# EXHIBIT A

**Asset Analysis and Recovery (.30 Hours; $ 150.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Ronald E. Reinsel | .30 | $500 | 150.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/19/04 | RER | 500.00 | 0.30 | Review quarterly operating results. |

**Total Task Code .01    .30**

**Case Administration (44.00 Hours; $ 13,315.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 11.20 | $685 | 7,672.00 |
| Ronald E. Reinsel | .20 | $500 | 100.00 |
| Rita C. Tobin | .40 | $375 | 150.00 |
| Robert C. Spohn | 16.60 | $180 | 2,988.00 |
| Andrew D. Katznelson | 6.50 | $160 | 1,040.00 |
| David B. Smith | 9.10 | $150 | 1,365.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/04 | PVL | 685.00 | 0.50 | Review 19 miscellaneous filings (.2); confer NDF (.3). |
| 08/02/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 08/02/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/4/04 (.3). |
| 08/03/04 | PVL | 685.00 | 0.20 | Review 11 miscellaneous filings (.1); review e-mail (.1). |

{D0026117:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/03/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/3/04 (.4). |
| 08/03/04 | ADK | 160.00 | 0.50 | Updated payment schedule with payment received. |
| 08/04/04 | PVL | 685.00 | 1.00 | Review Fed. Ins. appeal brief re FCR. |
| 08/04/04 | RCS | 180.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/4/04 (.3); review indices regarding documents potentially responsive to subpoena (.6). |
| 08/04/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/5/04 (.1). |
| 08/04/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 08/05/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/5/04 (.1). |
| 08/06/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/6/04 (.2). |
| 08/09/04 | RCT | 375.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 08/09/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/9/04 (.1). |
| 08/10/04 | PVL | 685.00 | 0.40 | Review ADR motion (.1); review 4 miscellaneous filings (.1); review contempt motion re Evans (.1); review agenda letter (.1). |
| 08/10/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/10/04 (.4). |
| 08/10/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 08/11/04 | PVL | 685.00 | 0.20 | Confer NDF re FCR appeal. |

{D0026117:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 08/11/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/11/04 (.3). |
| 08/13/04 | RER | 500.00 | 0.20 | Review weekly memos and calendar. |
| 08/16/04 | PVL | 685.00 | 0.20 | Review e-mail (.1); review 5 miscellaneous filings (.1). |
| 08/16/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/16/04 (.3). |
| 08/17/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/17/04 (.2). |
| 08/17/04 | ADK | 160.00 | 1.00 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 08/18/04 | RCS | 180.00 | 2.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/18/04 (.2); print out record of firm files and review for documents to be pulled in preparation for DOJ document review (1.9). |
| 08/19/04 | PVL | 685.00 | 0.20 | Review PD motion (.1); review LTC 6/30/04 report (.1). |
| 08/19/04 | RCS | 180.00 | 2.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/19/04 (.1); prepare documents and files for DOJ documents review (1.8); coordinate with records to recover additional boxes of documents stored off-site (.9). |
| 08/20/04 | PVL | 685.00 | 0.70 | Review 3 miscellaneous filings (.1); review Libby cls. re reply (.1); review PD CM motion (.3); e-mail JPC (.1); review am. agenda (.1). |
| 08/20/04 | RCS | 180.00 | 5.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/20/04 (.4); prepare boxes and file folders for DOJ documents review (4.8). |
| 08/23/04 | PVL | 685.00 | 2.50 | Prep for omni hearing (.2); attend same (2); review motion re ZAI trial budget (.1). |

{D0026117:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/23/04 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/23/04 (.5). |
| 08/23/04 | ADK | 160.00 | 1.00 | Review, classify and annotate relevant material for RCT. |
| 08/23/04 | DBS | 150.00 | 4.80 | Compile exhibits for upcoming court filing (3.8); compile documents for attorney review (1.0). |
| 08/24/04 | PVL | 685.00 | 3.40 | Review draft Grace resps. re FCR appeal (.6); e-mail Blatnick re same (.2); confer JPC (.1); teleconference Bernick (.1).; teleconference Wynn (.4); review draft ACC brief re FCR (.6); confer NDF and JPC re same (1.2); teleconference EI (.1); confer NDF (.1). |
| 08/24/04 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/24/04 (.5). |
| 08/25/04 | PVL | 685.00 | 1.30 | Review draft ACC application br re FCR (.8); conferences JPC re same (.4); teleconference NDF re same (.1). |
| 08/25/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/25/04 (.1); work with DOJ document production (.3). |
| 08/25/04 | DBS | 150.00 | 1.20 | Compile exhibits for upcoming court filing. |
| 08/26/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 08/26/04 | DBS | 150.00 | 2.20 | Proofread table of contents and table of authorities for upcoming court filing. |
| 08/27/04 | RCS | 180.00 | 1.10 | Analyze and annotate for distribution all hard ocpy and electronic court papers, pleadings and correspondence received 8/26/04 through 8/27/04 (.3); organize documents and coordinate with vendor for document reproduction regarding DOJ document review (.8). |
| 08/30/04 | PVL | 685.00 | 0.40 | Review 12 miscellaneous filings (.2); review e-mail and reply (.1); review new employee severance motion (.1). |

{D0026117:1 }

| 08/30/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/30/04 (.2). |
|---|---|---|---|---|
| 08/30/04 | ADK | 160.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 08/31/04 | PVL | 685.00 | 0.20 | Review 2 miscellaneous filings (.1); confer NDF re FCR appeal (.1). |
| 08/31/04 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 8/31/04 (.1); contact co-counsel regarding retrieval of plaintiffs exhibits from prior trial (.4). |
| 08/31/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 08/31/04 | DBS | 150.00 | 0.90 | Compile local rules for the District of Court of Delaware for attorney review. |

**Total Task Code .04**        44.00


**Claim Analysis Objection & Resolution (Asbestos) (24.60 Hours; $ 6,519.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Brian A. Skretny | 24.60 | $265 | 6,519.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/12/04 | BAS | 265.00 | 7.20 | Review Grace Business Plans per NDF's request (7.2). |
| 08/13/04 | BAS | 265.00 | 8.00 | Analyze business plans to determine number of homes in country that have had Zonolite attic insulation installed (5.0); draft memo showing results of above analysis (3.0). |
| 08/16/04 | BAS | 265.00 | 9.40 | Complete analysis of ZAI installation and draft memo showing results (9.4). |

{D0026117:1 }

**Total Task Code .05        24.60**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.90 Hours; $ 616.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .90 | $685 | 616.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/26/04 | PVL | 685.00 | 0.80 | Review Grace brief re FCR (.5); e-mail Blatnick re same (.2); review FCR brief (.1). |
| 08/31/04 | PVL | 685.00 | 0.10 | Review obj re MADEP claims. |

**Total Task Code .06        .90**

**Committee, Creditors', Noteholders' or Equity Holders'(1.40 Hours; $ 1,025.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $780 | 546.00 |
| Peter Van N. Lockwood | .70 | $685 | 479.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/18/04 | PVL | 685.00 | 0.60 | Draft memo to comm. re 8/16 meeting. |
| 08/19/04 | PVL | 685.00 | 0.10 | Draft memo to Comm. |
| 08/20/04 | EI | 780.00 | 0.20 | Report (to Committee) draft. |
| 08/30/04 | EI | 780.00 | 0.20 | Memo re: rumors. |
| 08/31/04 | EI | 780.00 | 0.30 | Response to DeLuca inquiry. |

{D0026117:1 }

**Total Task Code .07        1.40**


**Fee Applications, Applicant (5.30 Hours; $ 1,342.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.30 | $375 | 862.50 |
| Andrew D. Katznelson | 3.00 | $160 | 480.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/04 | RCT | 375.00 | 0.20 | Review fee schedules for August. |
| 08/04/04 | RCT | 375.00 | 0.20 | Conferences and emails with ADK re: various fee app issues (August filings). |
| 08/09/04 | RCT | 375.00 | 0.50 | Review pre-bills. |
| 08/09/04 | RCT | 375.00 | 0.20 | Telecons and emails to D.C. re: entries. |
| 08/10/04 | RCT | 375.00 | 0.50 | Review exhibits to fee applications. |
| 08/12/04 | RCT | 375.00 | 0.50 | Review final interim application. |
| 08/12/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 08/13/04 | RCT | 375.00 | 0.20 | Review correspondence re: fee issue. |
| 08/13/04 | ADK | 160.00 | 0.50 | Worked on fee application. |
| 08/20/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 08/23/04 | ADK | 160.00 | 0.50 | Worked on fee application. |

**Total Task Code .12        5.30**


**Fee Applications, Others (.40 Hours; $ 274.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $685 | 274.00 |

{D0026117:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/10/04 | PVL | 685.00 | 0.10 | Review 6 fee applications. |
| 08/19/04 | PVL | 685.00 | 0.10 | Review 4 fee applications. |
| 08/21/04 | PVL | 685.00 | 0.10 | Review 7 fee applications. |
| 08/23/04 | PVL | 685.00 | 0.10 | Review 5 fee applications. |

**Total Task Code .13          .40**


**Litigation and Litigation Consulting (71.10 Hours; $ 22,589.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $780 | 780.00 |
| Albert G. Lauber | .50 | $540 | 270.00 |
| Bernard Bailor | 7.80 | $515 | 4,017.00 |
| Ronald E. Reinsel | .30 | $500 | 150.00 |
| Nathan D. Finch | 6.60 | $440 | 2,904.00 |
| John P. Cunningham | 50.90 | $265 | 13,488.50 |
| Danielle K. Graham | 4.00 | $245 | 980.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/02/04 | NDF | 440.00 | 1.10 | T/c Cohen re: insurance issues (.4); conf. PVNL re: same (.3); email memo to co-counsel re: same (.2); conf. PVNL re: appeal brief re: FCR (.2). |
| 08/03/04 | JPC | 265.00 | 0.90 | Begin review of insurers' motion re: so-called "unimpaired" claims (0.5); conf. w/PVNL re: same (0.4). |
| 08/04/04 | JPC | 265.00 | 0.60 | Continue review of insurers' motion re: so-called "unimpaired" claims (0.6). |
| 08/04/04 | NDF | 440.00 | 0.70 | Read insurance company appeal brief re: FCR appointment (.7). |
| 08/05/04 | BSB | 515.00 | 2.30 | Montana grand jury subpoena - review confidentiality agreement, letter to counsel, review potentially responsive documents with Bob Spohn |

{D0026117:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/10/04 | BSB | 515.00 | 0.50 | TC to case agent re grand jury subpoena |
| 08/11/04 | BSB | 515.00 | 0.50 | TC AUSA Kris McKee re grand jury subpoena compliance (.3); conf with NDF re request to intervene (.2) |
| 08/11/04 | JPC | 265.00 | 4.20 | Continue rvw of fed insurers' appeal papers (1.9); begin drafting response to same (1.9); corresp w/counsel for legal rep re: insurers' request to extend briefing deadline (0.3); ph conf. w/local counsel re: same (0.1). |
| 08/12/04 | JPC | 265.00 | 2.40 | Continue rvw of fed insurers' appeal papers (0.9); continue drafting response to same (0.8); draft notes re: organization of response to fed insurers' appeal papers (0.5); follow up corresp w/counsel for legal rep re: insurers' request to extend briefing deadline (0.2) |
| 08/13/04 | EI | 780.00 | 0.40 | T/c Weitz (.2) and t/c PVNL (.2) re: meeting. |
| 08/16/04 | EI | 780.00 | 0.20 | T/c NDF and review of his memo to Committee re: criminal matter (.2). |
| 08/16/04 | JPC | 265.00 | 2.60 | Continue rvw of fed insurers' appeal papers (0.7); continue drafting response to same (0.7); draft notes re: organization of response to fed insurers' appeal papers (1.2); |
| 08/16/04 | NDF | 440.00 | 0.50 | Draft memo to clients re: criminal subpoena (.5). |
| 08/16/04 | RER | 500.00 | 0.30 | Review memo re US investigate. |
| 08/17/04 | AGL | 540.00 | 0.30 | Review schedule of pending orders and motions. |
| 08/17/04 | EI | 780.00 | 0.40 | T/c PVNL re: settlement meeting. |
| 08/17/04 | JPC | 265.00 | 3.40 | Continue review of fed insurers' appeal papers (0.4); continue drafting response to same (1.1); draft outline of response to fed insurers' appeal papers on so-called "unimpaireds" (1.9). |
| 08/18/04 | BSB | 515.00 | 0.20 | TC AUSA |
| 08/18/04 | JPC | 265.00 | 3.30 | Continue review of fed insurers' appeal papers (1.1); continue drafting responses to same (1.0); update draft outline of response to fed insurers' appeal papers on so-called "unimpaireds" (1.2). |

{D0026117:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/18/04 | NDF | 440.00 | 0.50 | Review proposal regarding settlement (.05). |
| 08/19/04 | BSB | 515.00 | 4.30 | Review Grace files for documents responsive to grand jury subpoena |
| 08/19/04 | JPC | 265.00 | 2.30 | Continue review of fed insurers' appeal papers (0.3); continue drafting response to same (0.9); update draft outline of response to fed insurers' appeal papers on so-called "unimpareds" (1.1). |
| 08/20/04 | JPC | 265.00 | 6.10 | Continue drafting response to federal insurers' appellate brief (2.9); continue rsrch for response to federal insurers' appellate brief (3.2) |
| 08/20/04 | DKG | 245.00 | 4.00 | Verify case citations; read and analyze case law re the same. |
| 08/23/04 | AGL | 540.00 | 0.20 | Review pending orders/motions. |
| 08/23/04 | JPC | 265.00 | 1.30 | Continue drafting response to federal insurers' appellate brief (1.3). |
| 08/23/04 | NDF | 440.00 | 1.10 | Edit response to appeal of FCR retention (1.0); conf. PVNL re: various (.1). |
| 08/24/04 | JPC | 265.00 | 8.20 | Continue drafting response to federal insurers' appellate brief (4.3); conf. w/PVNL and NDF re: edits to same (1.0); continue rsrch for response to federal insurers' appellate brief (1.9); rvw Debtors' response to federal insurers' appellate brief (1.0). |
| 08/24/04 | NDF | 440.00 | 1.00 | Conf. PVNL and JPC re FCR appeal brief (1.0). |
| 08/25/04 | JPC | 265.00 | 8.40 | Continue drafting response to federal insurers' appellate brief (5.7); follow up conf. w/PVNL and NDF re: edits to same (0.3); continue rsrch for response to federal insurers' appellate brief (2.4); |
| 08/26/04 | JPC | 265.00 | 7.20 | Finish drafting, revising, and editing response to federal insurers' appellate brief (4.3); citecheck and bluebook same (1.6); conf. w/local counsel re: finalizing and filing same (0.8); correspondence w/local counsel re: same (0.5). |
| 08/26/04 | NDF | 440.00 | 1.30 | Review edit FCR appeal brief (.3); conf. assistant US attorney re subpoena compliance and FT litigation (1.0). |

{D0026117:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/31/04 | NDF | 440.00 | 0.40 | T/c insurance company lawyer re FCR appeal (.2); conf. PVNL re same (.2). |

**Total Task Code .16       71.10**

**Plan & Disclosure Statement (5.10 Hours; $ 3,493.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.10 | $685 | 3,493.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/13/04 | PVL | 685.00 | 0.40 | Teleconference EI re POR meeting (.1); teleconference Weitz re same (.2); teleconference LKH re same (.1). |
| 08/16/04 | PVL | 685.00 | 4.30 | Confer NDF (.1); prep for meeting w/Bernick, et al (.6); confer Bernick, Siegal, Zilly, Weitz, Baron, Cooney, et al (3.3); confer Cooney, Weitz and Baron (.3). |
| 08/17/04 | PVL | 685.00 | 0.20 | Teleconference EI re POR meeting. |
| 08/23/04 | PVL | 685.00 | 0.20 | Review prop POR terms. |

**Total Task Code .17       5.10**

**Travel – Non Working (13.70 Hours; $ 4,692.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 13.70 | $342.50 | 4,692.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/16/04 | PVL | 342.50 | 5.10 | Travel to Chicago for meeting. |
| 08/17/04 | PVL | 342.50 | 6.00 | Return travel to DC from Chicago. |

{D0026117:1 }

| | | | | |
|---|---|---|---|---|
| 08/23/04 | PVL | 342.50 | 2.60 | Travel to/from Wilmington (half). |

**Total Task Code .21**     **13.70**

**Valuation (.10 Hours; $ 78.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $780 | 78.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/19/04 | EI | 780.00 | 0.10 | Report on quarter results and stock purchases (.1). |

**Total Task Code .22**     **.10**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,694.10 |
| Air Freight & Express Mail | 7.49 |
| Database Research | 1,924.97 |
| Local Transportation - DC | 7.18 |
| Long Distance-Equitrac In-House | 8.33 |
| Meals Related to Travel | 364.23 |
| Miscellaneous: Client Advances | 15.00 |
| NYO Long Distance Telephone | 30.53 |
| Postage | 2.59 |
| Telecopier/Equitrac | 35.85 |
| Travel Expenses - Ground Transportation | 87.80 |
| Travel Expenses - Hotel Charges | 282.81 |
| Travel Expenses - LD Calls on Hotel Bill | 33.09 |
| Xeroxing | 256.05 |
| **Total for Report** | **$ 4,750.02** |

{D0026117:1 }