**EXHIBIT B**

**Asset Analysis and Recovery (.3 Hours; $ 150.00)**

      Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01         .3**


**Case Administration (44.0 Hours; $ 13,315.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04         44.0**


**Claim Analysis Objection & Resolution (Asbestos) (24.6 Hours; $ 6,519.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05         24.6**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.9 Hours; $ 616.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06         .9**


**Committee, Creditors', Noteholders' or Equity Holders' (1.4 Hours; $1,025.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.


**Total Task Code .07         1.4**



**Fee Applications, Applicant (5.3 Hours; $ 1,342.50)**

{D0026118:1 }
DOC#151898

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        5.3**

**Fee Applications, Others (.4 Hours; $ 274.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .4**

**Litigation and Litigation Consulting (71.1 Hours; $ 22,589.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        71.1**

**Plan & Disclosure Statement (5.1 Hours; $ 3,493.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        5.1**

**Travel- Non Working (13.7 Hours; $ 4,692.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        13.7**

**Valuation (.1 Hours; $ 78.00)**

Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

{D0026118:1 }

- 3 -

**Total Task Code .22           .1**