## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,694.10 |
| Air Freight & Express Mail | 7.49 |
| Database Research | 1,924.97 |
| Local Transportation - DC | 7.18 |
| Long Distance-Equitrac In-House | 8.33 |
| Meals Related to Travel | 364.23 |
| Miscellaneous: Client Advances | 15.00 |
| NYO Long Distance Telephone | 30.53 |
| Postage | 2.59 |
| Telecopier/Equitrac | 35.85 |
| Travel Expenses - Ground Transportation | 87.80 |
| Travel Expenses - Hotel Charges | 282.81 |
| Travel Expenses - LD Calls on Hotel Bill | 33.09 |
| Xeroxing | 256.05 |
| **Total for Report** | **$ 4,750.02** |

{D0026119:1 }