| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | Page:  1 |
|---|---|---|
| Matter      000 | Disbursements | 9/24/2004 |

Attn:

## PREBILL  / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 8/31/2004

**Matter      000**
**Disbursements**
Bill Cycle:      Monthly      Style:      i1      Start:    4/16/2001

Last Billed : 8/27/2004                    13,655

Trust Amount Available

Total Expenses Billed To Date        $239,390.34

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch | |
| Responsible Empl: | 0120 | Elihu  Inselbuch | |
| Alternate Empl: | 0120 | Elihu  Inselbuch | |
| Originating Empl: | 0120 | Elihu  Inselbuch | |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | 2.59 | 0.00 | 2.59 |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,856.29 | 0.00 | 1,982.09 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 18.80 | 0.00 | 18.80 |
| 0106 | TWS | Trevor W Swett | 0.00 | 3.23 | 0.00 | 3.23 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 520.88 | 0.00 | 520.88 |
| 0227 | RH | Roxana  Healy | 0.00 | 12.60 | 0.00 | 12.60 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 6.15 | 0.00 | 6.15 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 8.40 | 0.00 | 8.40 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 7.95 | 0.00 | 7.95 |
| 0243 | IH | Iris  Houston | 0.00 | 1.35 | 0.00 | 1.35 |
| 0244 | AT | Ann  Taylor | 0.00 | 5.40 | 0.00 | 5.40 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 12.15 | 0.00 | 12.15 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 2,168.43 | 0.00 | 2,168.43 |
| **Total Fees** | | | **0.00** | **5,624.22** | **0.00** | **4,750.02** |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
| **Total Fees** | | | | | | | | |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1679295 | Equitrac - Long Distance to 8054993572 | E | 08/03/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 1.80 |

Client Number:  4642          **Grace Asbestos Personal Injury Claimants**

Matter        000              Disbursements

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1679305 | Equitrac - Long Distance to 8054993572 | E | 08/03/2004 | 0999 | C&D | 0.00 | $0.67 | 0.00 | $0.67 | 2.47 |
| 1679493 | Photocopy | E | 08/03/2004 | 0020 | PVL | 0.00 | $16.20 | 0.00 | $16.20 | 18.67 |
| 1679511 | Photocopy | E | 08/03/2004 | 0999 | C&D | 0.00 | $13.05 | 0.00 | $13.05 | 31.72 |
| 1679572 | Photocopy | E | 08/03/2004 | 0999 | C&D | 0.00 | $7.50 | 0.00 | $7.50 | 39.22 |
| 1679838 | Equitrac - Long Distance to 8027592646 | E | 08/04/2004 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 39.31 |
| 1679840 | Equitrac - Long Distance to 8027592646 | E | 08/04/2004 | 0999 | C&D | 0.00 | $0.39 | 0.00 | $0.39 | 39.70 |
| 1679905 | Equitrac - Long Distance to 3024261900 | E | 08/04/2004 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 39.93 |
| 1679985 | Postage | E | 08/04/2004 | 0001 | BSB | 0.00 | $2.59 | 0.00 | $2.59 | 42.52 |
| 1680078 | Photocopy | E | 08/05/2004 | 0244 | AT | 0.00 | $4.95 | 0.00 | $4.95 | 47.47 |
| 1680423 | Photocopy | E | 08/05/2004 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 47.92 |
| 1680467 | Photocopy | E | 08/05/2004 | 0244 | AT | 0.00 | $0.45 | 0.00 | $0.45 | 48.37 |
| 1681649 | Federal Express to Lauren Przybylek from EI on 7/26 | E | 08/06/2004 | 0120 | EI | 0.00 | $2.41 | 0.00 | $2.41 | 50.78 |
| 1681443 | Photocopy | E | 08/09/2004 | 0999 | C&D | 0.00 | $2.55 | 0.00 | $2.55 | 53.33 |
| 1681473 | Photocopy | E | 08/09/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 53.78 |
| 1681477 | Photocopy | E | 08/09/2004 | 0999 | C&D | 0.00 | $5.10 | 0.00 | $5.10 | 58.88 |
| 1681660 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19 for dinner with P.Weitz, S.Baron, R.Budd, M.Kelley, D.McCormick, J.Rice (plus one), S.Esserman (plus one), A.Rice, J.Cooney and E | E | 08/10/2004 | 0120 | EI | 0.00 | $60.00 | 0.00 | $60.00 | 118.88 |
| 1681675 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19 for Maestro breakfast with Mark Peterson | E | 08/10/2004 | 0120 | EI | 0.00 | $2.83 | 0.00 | $2.83 | 121.71 |
| 1681690 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19 for A.M. and P.M. beverage serivce at 6.50 per person and lunch at 29.00 per person  (attending members Baron,Budd,Cooney,Ferraro, Gold erg,Kazan,Kelley,Meyer, Rice, Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $207.20 | 0.00 | $207.20 | 328.91 |
| 1681705 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19 for Delta Shuttle from NY to Washington, DC  (attending members Baron,Budd, Cooney, Kerraro,Goldberg,Kazan,Kelley, Meyer,Rice, Rice and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $16.10 | 0.00 | $16.10 | 345.01 |
| 1681720 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for one night at The Ritz Carlton hotel in Tysons Corner, VA (attending members Baron, Budd, Cooney,Ferraro, Goldberg,Kazan, Kelley,Meyer, Rice,Rice and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $21.62 | 0.00 | $21.62 | 366.63 |
| 1681735 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for cabs t/f airport and hotel  (attending members Baron,Budd,Cooney, Ferraro, Goldberg, Kazan,Kelley,Meyer, Rice, Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $5.40 | 0.00 | $5.40 | 372.03 |
| 1681750 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for 2 day conference room rental  (attending members Baron,Budd, Cooney,Ferraro, Goldberg, Kazan,Kelley,Meyer, Rice, Rice and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $26.66 | 0.00 | $26.66 | 398.69 |
| 1681765 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for projector, tripod screen, extension cords,hard copy projection (ELMO)  (attending members Baron,Budd, Cooney,Ferraro,Goldberg, Kazan,Kelley, MeyerRice,Rich, and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $63.33 | 0.00 | $63.33 | 462.02 |
| 1681780 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for speaker phone (attending members Baron,Budd, Cooney,Ferraro,Goldberg, Kazan, Kelley, Meyer,Rice,Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $33.09 | 0.00 | $33.09 | 495.11 |

Client Number:   4642          **Grace Asbestos Personal Injury Claimants**                                                                    Page:  1

**Matter**      **000**                  **Disbursements**

Attn:

| Entry | Description | | Date | Code | Code | | Amount | | Amount | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1681795 | EI; DC expenses to conduct all day meeting by members of 15 Asbestos Claimants to discuss case status & strategy on 7/19   for taxes for food and set-ups  (attending members Baron,Budd,Cooney, Ferraro, Goldberg, Kazan, Kelley, Meyer,Rice, Rich and Weitz) | E | 08/10/2004 | 0120 | EI | 0.00 | $77.16 | 0.00 | $77.16 | 572.27 |
| 1682138 | Equitrac - Long Distance to 4067213290 | E | 08/10/2004 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 572.41 |
| 1682664 | Photocopy | E | 08/11/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 573.31 |
| 1682080 | Terri Ballard:  2 articles from Academic Radiology ordered by Library | E | 08/11/2004 | 0999 | C&D | 0.00 | $15.00 | 0.00 | $15.00 | 588.31 |
| 1682096 | Red Top Cab for RCS to Dulles Marriott hotel for all day meeting on 7/20 | E | 08/11/2004 | 0101 | RCS | 0.00 | $3.95 | 0.00 | $3.95 | 592.26 |
| 1682112 | Red Top Cab  for TWS to Dulles Marriott hotel for all day meeting on 7/29 | E | 08/11/2004 | 0106 | TWS | 0.00 | $3.23 | 0.00 | $3.23 | 595.49 |
| 1683735 | Equitrac - Long Distance to 2123198798 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 595.54 |
| 1683851 | Fax Transmission to 12145239159 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 595.99 |
| 1683852 | Fax Transmission to 12145239157 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 596.14 |
| 1683853 | Fax Transmission to 12145239158 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 596.59 |
| 1683854 | Fax Transmission to 12145239157 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 596.89 |
| 1683855 | Fax Transmission to 12145991171 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 597.34 |
| 1683857 | Fax Transmission to 17136501400 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 597.79 |
| 1683858 | Fax Transmission to 13125516759 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 598.24 |
| 1683859 | Fax Transmission to 18432169290 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 598.69 |
| 1683861 | Fax Transmission to 14067527124 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 599.14 |
| 1683862 | Fax Transmission to 13026565875 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 599.59 |
| 1683863 | Fax Transmission to 15108354913 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 600.04 |
| 1683864 | Fax Transmission to 12165750799 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 600.49 |
| 1683865 | Fax Transmission to 13053796222 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 601.09 |
| 1683866 | Fax Transmission to 14124718308 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 601.54 |
| 1683867 | Fax Transmission to 12123440994 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 601.99 |
| 1683869 | Fax Transmission to 16179510679 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 602.44 |
| 1683871 | Fax Transmission to 18432169450 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 602.89 |
| 1683872 | Fax Transmission to 18032597305 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 603.34 |
| 1683873 | Fax Transmission to 14122615066 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 603.79 |
| 1683874 | Fax Transmission to 13024269947 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 603.94 |
| 1683875 | Fax Transmission to 13024269947 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 604.09 |
| 1683876 | Fax Transmission to 13024269947 | E | 08/16/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 604.24 |
| 1683925 | Photocopy | E | 08/16/2004 | 0212 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 605.14 |
| 1683997 | Photocopy | E | 08/16/2004 | 0245 | PT | 0.00 | $12.15 | 0.00 | $12.15 | 617.29 |
| 1684623 | Equitrac - Long Distance to 8054993572 | E | 08/17/2004 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 617.51 |
| 1684741 | Photocopy | E | 08/17/2004 | 0999 | C&D | 0.00 | $3.45 | 0.00 | $3.45 | 620.96 |
| 1684919 | Travel Expenses - Ground Transportation - cabs to/from airports for PVNL's trip to Chicago on 8/16 (petty cash) | E | 08/18/2004 | 0020 | PVL | 0.00 | $77.00 | 0.00 | $77.00 | 697.96 |
| 1684920 | Meals Related to Travel - Coffee for PVNL on trip to Chicago 8/16 (petty cash) | E | 08/18/2004 | 0020 | PVL | 0.00 | $4.06 | 0.00 | $4.06 | 702.02 |
| 1685426 | Meals Related to Travel - Tvl to Chicago on 8/16-8/17 for PVNL to attend settlement meeting | E | 08/19/2004 | 0020 | PVL | 0.00 | $12.98 | 0.00 | $12.98 | 715.00 |
| 1685427 | Travel Expenses - Hotel Charges - Tvl to Chicago on 8/16-8/17 for PVNL to attend settlement meeting | E | 08/19/2004 | 0020 | PVL | 0.00 | $171.20 | 0.00 | $171.20 | 886.20 |
| 1686473 | Equitrac - Long Distance to 2123199240 | E | 08/20/2004 | 0999 | C&D | 0.00 | $3.45 | 0.00 | $3.45 | 889.65 |
| 1686574 | Fax Transmission to 12145239159 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 890.10 |
| 1686575 | Fax Transmission to 12145239157 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 890.55 |
| 1686576 | Fax Transmission to 12145239158 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 891.00 |
| 1686577 | Fax Transmission to 12145991171 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 891.15 |
| 1686578 | Fax Transmission to 12145991171 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 891.45 |
| 1686579 | Fax Transmission to 13125516759 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 891.90 |
| 1686580 | Fax Transmission to 18432169290 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 892.35 |
| 1686581 | Fax Transmission to 17136501400 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 892.80 |
| 1686582 | Fax Transmission to 14067527124 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 893.25 |
| 1686583 | Fax Transmission to 13026565875 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 893.70 |
| 1686584 | Fax Transmission to 15108354913 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 894.15 |
| 1686585 | Fax Transmission to 12165750799 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 894.60 |
| 1686586 | Fax Transmission to 13053796222 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 895.05 |
| 1686587 | Fax Transmission to 14124718308 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 895.50 |
| 1686588 | Fax Transmission to 12123440994 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 895.95 |
| 1686589 | Fax Transmission to 12148248100 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 896.40 |
| 1686590 | Fax Transmission to 16179510679 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 896.85 |
| 1686591 | Fax Transmission to 18032597305 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 897.30 |
| 1686592 | Fax Transmission to 18432169450 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 897.75 |
| 1686593 | Fax Transmission to 13024269947 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 897.90 |

Client Number:  4642          **Grace Asbestos Personal Injury Claimants**                                                                                          Page:  1

**Matter          000                   Disbursements**

9/24/2004
Print Date/Time:
09/24/2004
12:06:47PM
Invoice #

Attn:

| ID | Description | E | Date | Code | Init | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1686594 | Fax Transmission to 14122615066 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 898.05 |
| 1686595 | Fax Transmission to 13024269947 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 898.35 |
| 1686596 | Fax Transmission to 14122615066 | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 898.65 |
| 1686659 | Photocopy | E | 08/20/2004 | 0101 | RCS | 0.00 | $1.05 | 0.00 | $1.05 | 899.70 |
| 1686661 | Photocopy | E | 08/20/2004 | 0243 | IH | 0.00 | $1.35 | 0.00 | $1.35 | 901.05 |
| 1686693 | Photocopy | E | 08/20/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 901.65 |
| 1686693 | Photocopy | E | 08/20/2004 | 0999 | C&D | 0.00 | $2.85 | 0.00 | $2.85 | 904.50 |
| 1686694 | Photocopy | E | 08/20/2004 | 0101 | RCS | 0.00 | $13.80 | 0.00 | $13.80 | 918.30 |
| 1686705 | Photocopy | E | 08/20/2004 | 0999 | C&D | 0.00 | $90.30 | 0.00 | $90.30 | 1,008.60 |
| 1686721 | Photocopy | E | 08/20/2004 | 0238 | SLG | 0.00 | $0.15 | 0.00 | $0.15 | 1,008.75 |
| 1686723 | Photocopy | E | 08/20/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 1,009.65 |
| 1686725 | Photocopy | E | 08/20/2004 | 0999 | C&D | 0.00 | $2.85 | 0.00 | $2.85 | 1,012.50 |
| 1686728 | Photocopy | E | 08/20/2004 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 1,013.40 |
| 1686729 | Photocopy | E | 08/20/2004 | 0232 | LK | 0.00 | $4.35 | 0.00 | $4.35 | 1,017.75 |
| 1686749 | Photocopy | E | 08/20/2004 | 0227 | RH | 0.00 | $12.60 | 0.00 | $12.60 | 1,030.35 |
| 1687085 | Photocopy | E | 08/23/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 1,033.95 |
| 1687106 | Photocopy | E | 08/23/2004 | 0237 | SRB | 0.00 | $8.40 | 0.00 | $8.40 | 1,042.35 |
| 1687140 | Photocopy | E | 08/23/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 1,043.85 |
| 1687144 | Photocopy | E | 08/23/2004 | 0999 | C&D | 0.00 | $9.00 | 0.00 | $9.00 | 1,052.85 |
| 1687197 | Photocopy | E | 08/23/2004 | 0238 | SLG | 0.00 | $1.80 | 0.00 | $1.80 | 1,054.65 |
| 1687378 | Equitrac - Long Distance to 3128612248 | E | 08/24/2004 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 1,054.87 |
| 1687506 | Photocopy | E | 08/24/2004 | 0020 | PVL | 0.00 | $22.65 | 0.00 | $22.65 | 1,077.52 |
| 1687730 | ADA  Travel  for PVNL on 8/16 to Chicago (coach fare 1638.00) | E | 08/25/2004 | 0020 | PVL | 0.00 | $2,512.20 | 0.00 | $1,638.00 | 2,715.52 |
| 1687731 | ADA  Travel  agency fee on PVNL 8/16 travel to Chicago | E | 08/25/2004 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 2,755.52 |
| 1687890 | Database Research By RS on 8/20 | E | 08/25/2004 | 0999 | C&D | 0.00 | $35.96 | 0.00 | $35.96 | 2,791.48 |
| 1688170 | Photocopy | E | 08/25/2004 | 0999 | C&D | 0.00 | $4.35 | 0.00 | $4.35 | 2,795.83 |
| 1688233 | NYO Long Distance Telephone for July 1-31, 2004. All-Day meeting attended by members of 15 asbestos claimants committees to discuss case status and strategy dial-in phone expense divided among 15 cases". | E | 08/26/2004 | 0999 | C&D | 0.00 | $30.53 | 0.00 | $30.53 | 2,826.36 |
| 1688313 | Federal Express to Lauren Przybylek from EI on 8/13 | E | 08/26/2004 | 0120 | EI | 0.00 | $5.08 | 0.00 | $5.08 | 2,831.44 |
| 1688389 | Equitrac - Long Distance to 3024269910 | E | 08/26/2004 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 2,831.82 |
| 1688633 | Photocopy | E | 08/26/2004 | 0238 | SLG | 0.00 | $1.50 | 0.00 | $1.50 | 2,833.32 |
| 1688634 | Photocopy | E | 08/26/2004 | 0238 | SLG | 0.00 | $3.15 | 0.00 | $3.15 | 2,836.47 |
| 1688997 | Fax Transmission to 12145239159 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,837.37 |
| 1689010 | Fax Transmission to 12145239157 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 2,837.82 |
| 1689011 | Fax Transmission to 12145239158 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,838.72 |
| 1689012 | Fax Transmission to 12145239157 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,838.87 |
| 1689013 | Fax Transmission to 12145239157 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,839.02 |
| 1689014 | Fax Transmission to 12145991171 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 2,839.32 |
| 1689015 | Fax Transmission to 12145239157 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,839.47 |
| 1689016 | Fax Transmission to 12148248100 | E | 08/27/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 2,840.52 |
| 1689017 | Fax Transmission to 12145991171 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,840.67 |
| 1689018 | Fax Transmission to 17136501400 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,841.57 |
| 1689019 | Fax Transmission to 13125516759 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,842.47 |
| 1689020 | Fax Transmission to 18432169290 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,843.37 |
| 1689021 | Fax Transmission to 12145991171 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,843.52 |
| 1689022 | Fax Transmission to 14067527124 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,844.42 |
| 1689023 | Fax Transmission to 12145991171 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 2,844.72 |
| 1689024 | Fax Transmission to 13026565875 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,845.62 |
| 1689025 | Fax Transmission to 15108354913 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,846.52 |
| 1689026 | Fax Transmission to 12165750799 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,847.42 |
| 1689027 | Fax Transmission to 13053796222 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,848.32 |
| 1689028 | Fax Transmission to 14124718308 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,849.22 |
| 1689029 | Fax Transmission to 12123440994 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,850.12 |
| 1689030 | Fax Transmission to 16179510679 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,851.02 |
| 1689031 | Fax Transmission to 18432169450 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,851.92 |
| 1689032 | Fax Transmission to 18032597305 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,852.82 |
| 1689033 | Fax Transmission to 13024269947 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,852.97 |
| 1689034 | Fax Transmission to 14122615066 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,853.87 |
| 1689035 | Fax Transmission to 13024269947 | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,854.62 |
| 1689054 | Photocopy | E | 08/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 2,854.92 |
| 1690601 | Equitrac - Long Distance to 2125945300 | E | 08/31/2004 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 2,855.39 |
| 1690609 | Equitrac - Long Distance to 2129469498 | E | 08/31/2004 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 2,855.61 |
| 1690900 | Database Research by JPC on 8/3-26 | E | 08/31/2004 | 0999 | C&D | 0.00 | $1,847.60 | 0.00 | $1,847.60 | 4,703.21 |
| 1692901 | Database Research by DBS on 8/23 | E | 08/31/2004 | 0999 | C&D | 0.00 | $41.41 | 0.00 | $41.41 | 4,744.62 |
| 1688803 | Travel Expenses - Ground Transportation - EI cabs to and from hotel and to airport for | E | 08/31/2004 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 4,750.02 |

**Client Number:  4642**          **Grace Asbestos Personal Injury Claimants**

**Matter      000**                **Disbursements**

9/24/2004
Print Date/Time:
09/24/2004
12:06:47PM
Invoice #

Attn:
    "Joint" committee meeting on 7/20 in DC NY PC
    JEH97

**Total Expenses**                                          0.00        $5,624.22         0.00       $4,750.02

Matter Total Fees                                                          0.00                      0.00

Matter Total Expenses                                                  5,624.22                  4,750.02

Matter Total                                                 0.00        5,624.22         0.00       4,750.02

Prebill Total Fees

Prebill Total Expenses                                                 $5,624.22                 $4,750.02

Prebill Total                                               0.00       $5,624.22         0.00      $4,750.02

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|-----------|-------------|--------------|-----------|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 12,991.50 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 44,595 | 02/26/2004 | 7,367.50 | 1,473.50 |
| 44,882 | 03/26/2004 | 18,454.50 | 3,690.90 |
| 45,209 | 04/28/2004 | 28,587.50 | 5,717.50 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,748.98 | 43,748.98 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 18,002.33 | 18,002.33 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
|  |  | 1,358,837.40 | 290,755.44 |

Client Number:    4642                Grace Asbestos Personal Injury Claimants                                    Page:    1

Matter        000                Disbursements                                                                    9/24/2004
                                                                                                          Print Date/Time:
                                                                                                              09/24/2004
                                                                                                              12:06:47PM
Attn:                                                                                                          Invoice #