IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: October 25, 2004 at 4:00 p.m. | |
| | ) Hearing Date: Only if Necessary (Negative Notice) | |

**FIFTEENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004**

Name of Applicant:   Deloitte & Touche LLP  ("Deloitte & Touche").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  February 4, 2003.

Period for which Compensation and Reimbursement is Sought:  April 1, 2004 through April 30, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary:  $150,157

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>: $316

This is a:        <u>xx</u> monthly            _ interim            _ final application.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date: October 25, 2004 at 4:00 p.m.** | |
| | ) **Hearing Date: Only if Necessary (Negative Notice)** | |

## FIFTEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004

### BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This fifteenth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered in connection with Deloitte & Touche's provision of customs procedures review

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of various prior monthly statements and fee applications for the Debtors during the period from April 1, 2004 through April 30, 2004.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought and (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Prybylo | Sr. Consultant- Human Capital | $285 | 13.7 | $3,905 |
| Jane Zeis | Sr. Manager - Human Capital | $500 | 1.5 | $750 |
| Darla Yager | Administrative Assistant – Human Capital | $65 | 1.1 | $72 |
| Bill Vawter | Sr. Consultant – Customs & | $230 | 4.0 | $920 |

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | International Tax | | | |
| Michelle McGuire | Principal - Customs & International Tax | $600 | 3.0 | $1,800 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 31.1 | $13,684 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $340 | 46 | $15,640 |
| Deb Chiemelski | Administrative Assistant – Customs & International Tax | $65 | 0.3 | $20 |
| Robin Raley | Associate- Customs & International Tax | $230 | 15.0 | $3,450 |
| Bryan Collins | Partner - National Tax | $600 | 38.0 | $22,800 |
| John Keenan | Senior Manager – National Tax | $515 | 1.5 | $773 |
| John Forrest | Senior Manager – National Tax | $515 | 86.0 | $44,290 |
| Sarah Mahn | Manager- National Tax | $475 | 85.0 | $40,375 |
| Tim Tuerff | Partner – National Tax | $600 | 2.8 | $1,680 |

Total Fees:     $150,157
Total Hours:    329.0
Blended Rate:   $456.40

### Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit | 94.2 | $33,758 |
| | | |
| TOTAL | | $33,758 |

### Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Compensation | 2.3 | $846 |
| | | |
| TOTAL | | $846 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 210.5 | $108,238 |
| International Tax Consulting | 2.8 | $1,680 |
| | | |
| TOTAL | | $109,918 |

### Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|

DOCS_DE:100741.1

| Fee Application/Billing | 19.2 | $5,636 |
|---|---|---|
|  |  |  |
| TOTAL |  | $5,636 |

## Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Working Meals |  | $208 |
| Administrative |  | $15 |
| Travel Expenses |  | $93 |
|  |  |  |
| TOTAL |  | $316 |

DOCS_DE:100741.1

Dated: October 1, 2004

DELOITTE & TOUCHE LLP

*(signature)*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661-1934

Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession