# EXHIBIT B

**W.R. Grace & Co.**
**Hours Spent by Each Person**
April 1 through April 30, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Jane Zeis | 1.5 | $500 | $750 | 0 |
| Allison Prybylo | 0.2 | $285 | $57 | 0 |
| Darla Yager | 0.6 | $65 | $39 | 0 |
| *Total Human Capital Services Fees* | 2.3 | | $846 | $0 |
| Tim Tuerff | 2.8 | $600 | $1,680 | 130 |
| Bryan Collins | 38.0 | $600 | $22,800 | 138 |
| John Keenan | 1.5 | $515 | $773 | 0 |
| John Forrest | 86.0 | $515 | $44,290 | 33 |
| Sara Mahn | 85 | $475 | $40,375 | 15 |
| *Total National Tax Services Fees* | 213.3 | | $109,918 | $316 |
| Michele McGuire | 3 | $600 | $1,800 | 0 |
| Melissa Stephanou | 28.2 | $440 | $12,408 | 0 |
| Matthew Frank | 46 | $340 | $15,640 | 0 |
| Robin Raley | 13 | $230 | $2,990 | 0 |
| Bill Vawter | 4 | $230 | $920 | 0 |
| *Total Customs & International Trade Fees* | 94.2 | | $33,758 | 0 |
| Robin Raley | 2 | $230 | $460 | 0 |
| Melissa Stephanou | 2.9 | $440 | $1,276 | 0 |
| Darla Yager | 0.5 | $65 | $33 | 0 |
| D. Chiemelski | 0.3 | $65 | $20 | 0 |
| Allison Prybylo | 13.5 | $285 | $3,848 | $0 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 19.2 | | $5,636 | $0 |
| **TOTAL FEES DUE** | **329.0** | | **$150,157** | **$316** |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/1/2004 | AP | Fee Application/Billing | Reformmated Tim Tuerff's billing into the appropriate format for the January and February. Wrote him an email requesting his groups detailed | 2.0 | 285 | $570 | |
| 4/1/2004 | BPC | Ruling Request | Lunch with Jonathan Forrest and Sara Mahn to discuss status of ruling request and next steps. | | | | $45 |
| 4/1/2004 | BPC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss status of ruling request and legal arguments related to the lonely parent exception to the SRLY rules. | 3.5 | 600 | $2,100 | |
| 4/1/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss status of ruling request and legal arguments related to the lonely parent exception to the SRLY rules. | 3.5 | 515 | $1,803 | |
| 4/1/2004 | JF | Ruling Request | Review additional information received regarding Grace's historical operations and development of businesses related to asbestos litigation. Review second draft of ruling request. | 6.5 | 515 | $3,348 | |
| 4/1/2004 | JK | Ruling Request | Draft agreement by IRS field office to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules. | 1.5 | 515 | $773 | |
| 4/1/2004 | SM | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss status of ruling request and legal arguments related to the lonely parent exception to the SRLY rules. | 3.5 | 475 | $1,663 | |
| 4/1/2004 | SM | Ruling Request | Review additional information received regarding Grace's prior transactions and historical business operations and strategy. Add additional information to Facts section of ruling request. | 8.0 | 475 | $3,800 | |
| 4/2/2004 | AP | Fee Application/Billing | Combined the the Human Capital and Custom Tax detailed summaries for January and February. | 1.5 | 285 | $428 | |
| 4/2/2004 | BPC | Ruling Request | Review fourth draft of facts section of ruling request and determine additional information needed. | 2.0 | 600 | $1,200 | |
| 4/2/2004 | JF | Ruling Request | Dinner with Sara Mahn to discuss ruling request and related additional information received. | | | | $18 |
| 4/2/2004 | JF | Ruling Request | Review additional information received regarding Grace's bankruptcy and make revisions to third draft of ruling request. | 7.0 | 515 | $3,605 | |
| 4/2/2004 | SM | Ruling Request | Review additional information received regarding Grace's bankruptcy. Add additional facts received to current draft of ruling request. | 8.5 | 475 | $4,038 | |
| 4/5/2004 | AP | Fee Application/Billing | Continued to work on combining the the Human Capital and Custom Tax detailed summaries for January and February. | 1.0 | 285 | $285 | |
| 4/5/2004 | BC | Ruling Request | Discuss fourth draft of facts and related changes to be made with Jonathan Forrest and Sara Mahn. | 1.0 | 600 | $600 | |
| 4/5/2004 | JF | Ruling Request | Discuss fourth draft of facts and related changes to be made with Bryan Collins and Sara Mahn. | 1.0 | 515 | $515 | |
| 4/5/2004 | JF | Ruling Request | Discuss appropriate revisions to facts section with Sara Mahn. | 0.5 | 515 | $258 | |
| 4/5/2004 | SM | Ruling Request | Discuss fourth draft of facts and related changes to be made with Bryan Collins and Jonathan Forrest. | 1.0 | 475 | $475 | |
| 4/5/2004 | SM | Ruling Request | Discuss appropriate revisions to facts section with Jonathan Forrest. | 0.5 | 475 | $238 | |
| 4/5/2004 | SM | Ruling Request | Make changes to fourth draft of facts section. Review additional information received from Carol Finke. | 3.0 | 475 | $1,425 | |
| 4/5/2004 | SM | Ruling Request | Administrative assistance. | | | | $15 |
| 4/6/2004 | BC | Ruling Request | Review and comment on fifth draft of facts section. | 1.0 | 600 | $600 | |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/6/2004 | BC | Meeting | Meet with Elyse Filon at Deloitte offices to discuss ruling request regarding the lonely parent exception to the SRLY rules, due diligence with respect to an acquisition in Europe, and foreign tax credit restructuring. | 4.0 | 600 | $2,400 | |
| 4/6/2004 | BC | Ruling Request | Fee for Elyse Filon's car service to Columbia Maryland. | | | | $93 |
| 4/6/2004 | JF | Ruling Request | Review and provide comments on fifth draft of facts section of ruling request. | 9.0 | 515 | $4,635 | |
| 4/6/2004 | SM | Ruling Request | Complete review of additional information received from Carol Finke. Revise fifth draft of facts section of ruling request for comments from Bryan and Jonathan. Add additional facts from information received. | 13.0 | 475 | $6,175 | |
| 4/6/2004 | TT | International Tax Consulting | Meet with Elyse Filon at Deloitte offices to discuss debt in Hold Co. and related UK/international restructuring. | 1.3 | 600 | $780 | |
| 4/7/2004 | BC | Ruling Request | Review and comment on sixth draft of facts section of ruling request. | 4.0 | 600 | $2,400 | |
| 4/7/2004 | JF | Ruling Request | Review additional information from Carol Finke. Review and provide comments on sixth draft of ruling request. | 8.0 | 515 | $4,120 | |
| 4/7/2004 | SM | Ruling Request | Revise sixth draft of facts section of ruling request for Bryan's and Jonathan's comments. | 4.0 | 475 | $1,900 | |
| 4/7/2004 | SM | Ruling Request | Begin revising agreement by IRS field office to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules prepared by John Keenan. | 1.0 | 475 | $475 | |
| 4/8/2004 | BC | Ruling Request | Review and comment on seventh draft of facts section of ruling request regarding the lonely parent exception to the SRLY rules. | 2.0 | 600 | $1,200 | |
| 4/8/2004 | DC | Fee Application/Billing | Billing | 0.1 | 65 | $7 | |
| 4/8/2004 | JF | Ruling Request | Review and comment on seventh draft of facts section of ruling request regarding the lonely parent exception to the SRLY rules. | 7.0 | 515 | $3,605 | |
| 4/8/2004 | MS | Customs Audit | Reviewed classification samples and e-mails | 1.5 | 440 | $660 | |
| 4/8/2004 | SM | Ruling Request | Finish Revising IRS agreement to allow issuance of private letter ruling perpared by John Keenan. | 2.0 | 475 | $950 | |
| 4/8/2004 | SM | Ruling Request | Revise seventh draft of facts section of ruling request regarding the lonely parent exception to the SRLY rules for comments from Bryan and Jonathan. | 8.0 | 475 | $3,800 | |
| 4/9/2004 | BC | Ruling Request | Review eighth draft of facts section of ruling request and discuss with Sara Mahn. | 1.0 | 600 | $600 | |
| 4/9/2004 | DY | Compensation | Finalized letter to Brian McGowan. | 0.3 | 65 | $20 | |
| 4/9/2004 | JF | Ruling Request | Make additional revisions to eighth draft of facts section of ruling request. | 5.0 | 515 | $2,575 | |
| 4/9/2004 | MS | Fee Application/Billing | Grace billing | 1.7 | 440 | $748 | |
| 4/9/2004 | SM | Ruling Request | Discuss eighth draft of facts section of ruling request with Bryan Collins and send revised draft to Elyse Filon and Carol Finke. | 0.5 | 475 | $238 | |
| 4/12/2004 | AP | Compensation | Made revisions to the Grace timeline per Nick Bubnovich's request. | 0.2 | 285 | $57 | |
| 4/12/2004 | DY | Compensation | Prepared and sent package to Brian McGowan. | 0.3 | 65 | $20 | |
| 4/13/2004 | AP | Fee Application/Billing | Worked on combining Tim Tuerff's detail into the final detailed summaries. Finalized the detailed summaries for January, February and March. | 2.5 | 285 | $713 | |
| 4/13/2004 | BC | Ruling Request | Review legal section of ruling request and provide comments. | 1.0 | 600 | $600 | |
| 4/13/2004 | BV | Customs Audit | Classification research related to customs focussed | 2.0 | 230 | $460 | |
| 4/13/2004 | DC | Fee Application/Billing | Billing | 0.1 | 65 | $7 | |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/13/2004 | DY | Fee Application/Billing | Revised two invoices per Allison Prybylo's request. | 0.5 | 65 | $33 | |
| 4/13/2004 | JZ | Compensation | Met with Allison Prybylo to discuss the next steps on the W.R. Grace engagments upon their emergence from Bankruptcy. | 1.5 | 500 | $750 | |
| 4/13/2004 | MF | Customs Audit | Conference call with GCC; | 1.0 | 340 | $340 | |
| 4/13/2004 | MF | Customs Audit | Draft of memo on consignee issues with the scope of a Focused Assessment | 1.5 | 340 | $510 | |
| 4/13/2004 | MM | Customs Audit | Discussions with M. Stephanou re: FA | 2.0 | 600 | $1,200 | |
| 4/13/2004 | MS | Customs Audit | Communicate with Nasos re samples and action items | 1.5 | 440 | $660 | |
| 4/13/2004 | MS | Customs Audit | Review of documents and e-mails | 2.2 | 440 | $968 | |
| 4/13/2004 | RR | Fee Application/Billing | Drafted billing summary for March | 1.0 | 230 | $230 | |
| 4/13/2004 | SM | Ruling Request | Review email from Carol Finke regarding changes to facts section of ruling request. Draft legal section of ruling request regarding the SRLY rules in effect during 1996. | 3.5 | 475 | $1,663 | |
| 4/14/2004 | AP | Fee Application/Billing | Spoke with Melissa Stephanou regarding bills and totals for 2003. Prepared detailed billing sheet of total invoices, etc. | 2.5 | 285 | $713 | |
| 4/14/2004 | MF | Customs Audit | Conference call in preparation for FA follow-up; review of SAP reports for 9801 samples | 1.5 | 340 | $510 | |
| 4/14/2004 | MS | Customs Audit | Con call with Nasos and team re FA requested samples | 2.5 | 440 | $1,100 | |
| 4/15/2004 | AP | Fee Application/Billing | Spoke with Melissa Stephanou regarding the fee applications and the invoices. | 0.5 | 285 | $143 | |
| 4/15/2004 | DC | Fee Application/Billing | Billing | 0.1 | 65 | $7 | |
| 4/15/2004 | MF | Customs Audit | Research on consignee issues | 1.0 | 340 | $340 | |
| 4/15/2004 | MF | Customs Audit | Follow-up telephone calls with GPC to discuss preparation for FA and treatment of consignee transactions | 2.0 | 340 | $680 | |
| 4/15/2004 | MM | Customs Audit | Call with M. Stephanou re: FA | 1.0 | 600 | $600 | |
| 4/15/2004 | MS | Fee Application/Billing | Grace billing | 1.2 | 440 | $528 | |
| 4/15/2004 | MS | Customs Audit | Review documents and write e-mail re FA focus | 2.0 | 440 | $880 | |
| 4/15/2004 | RR | Fee Application/Billing | Prepared March billing summaries | 1.0 | 230 | $230 | |
| 4/16/2004 | BC | Ruling Request | Review legal section of ruling request regarding SRLY rules in effect during 1996. | 0.5 | 600 | $300 | |
| 4/16/2004 | MF | Customs Audit | Collection and review of entry and commercial documents for FA samples | 4.0 | 340 | $1,360 | |
| 4/16/2004 | MS | Customs Audit | Review FA information with M. Frank | 2.5 | 440 | $1,100 | |
| 4/16/2004 | MS | Customs Audit | Review consignee issues | 1.0 | 440 | $440 | |
| 4/19/2004 | BC | Ruling Request | Conference call with Elyse Filon and Carol Finke regarding facts section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | $600 | |
| 4/19/2004 | BV | FA | Classification research related to customs focussed Project Caesar - Coordination of foreign reporting. | 2 | 230 | $460 | $0 |
| 4/19/2004 | TT | International Tax Consulting | Project Ceasar. | 0.5 | 600 | $300 | |
| 4/20/2004 | BC | Ruling Request | Conference call with Elyse Filon, Carol Finke, and Jonathan Forrest regarding facts section of ruling request regarding the lonely parent exception to the SRLY rules and additional facts needed. | 1.0 | 600 | $600 | |
| 4/20/2004 | JF | Ruling Request | Conference call with Elyse Filon, Carol Finke, and Bryan Collins regarding facts section of ruling request regarding the lonely parent exception to the SRLY rules and additional facts needed. | 1.0 | 515 | $515 | |

## W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/20/2004 | JF | Ruling Request | Review legal section of ruling request. | 1.0 | 515 | $515 | |
| 4/21/2004 | AP | Fee Application/Billing | Worked on organizing fee application work for meeting with Robin. | 1.0 | 285 | $285 | |
| 4/21/2004 | BC | Ruling Request | Continue review of legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | $600 | |
| 4/21/2004 | MF | Customs Audit | Review of classification and NAFTA transaction samples for Focused Assessment | 4.0 | 340 | $1,360 | |
| 4/22/2004 | AP | Fee Application/Billing | Meeting with Robin to discuss Grace Billing procedures and fee applications process. | 1.5 | 285 | $428 | |
| 4/22/2004 | BC | Ruling Request | Complete review of first draft of legal section of ruling request. | 1.0 | 600 | $600 | |
| 4/22/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss additional items to include in legal section of ruling request. | 1.0 | 600 | $600 | |
| 4/22/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss additional items to include in legal section of ruling request. | 1.0 | 515 | $515 | |
| 4/22/2004 | MF | Customs Audit | Conference calls with client; | 2.5 | 340 | $850 | |
| 4/22/2004 | MF | Customs Audit | Review of classification and NAFTA transaction samples for Focused Assessment | 2.5 | 340 | $850 | |
| 4/22/2004 | MS | Customs Audit | Conference call with client re FA | 2.5 | 440 | $1,100 | |
| 4/22/2004 | RR | Customs Audit | Research on how to deactivate consignee numbers (importer ID numbers) | 1.0 | 230 | $230 | |
| 4/22/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest to discuss additional items to include in legal section of ruling request. | 1.0 | 475 | $475 | |
| 4/22/2004 | SM | Ruling Request | Begin drafting legal discussion of requirements for a qualified settlement fund and for a specified liability loss. | 2.5 | 475 | $1,188 | |
| 4/22/2004 | SM | Ruling Request | Review emails from Carol regarding additional factual information for ruling request. | 0.5 | 475 | $238 | |
| 4/22/2004 | TT | International Tax Consulting | Due diligence reports. | 1.0 | 600 | $600 | |
| 4/23/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss status of legal section of ruling request and additional items to include. | 1.0 | 600 | $600 | |
| 4/23/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss status of legal section of ruling request and additional items to include. | 1.0 | 515 | $515 | |
| 4/23/2004 | JF | Ruling Request | Review legal section of ruling request and provide comments. | 9.0 | 515 | $4,635 | |
| 4/23/2004 | MF | Customs Audit | Conference calls with client; | 2.5 | 340 | $850 | |
| 4/23/2004 | MF | Customs Audit | Review of classification and NAFTA transaction samples for Focused Assessment | 2.5 | 340 | $850 | |
| 4/23/2004 | MS | Customs Audit | Conference calls with client re FA | 2.5 | 440 | $1,100 | |
| 4/23/2004 | RR | Customs Audit | Research on how to deactivate consignee numbers (importer ID numbers) | 2.0 | 230 | $460 | |
| 4/23/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest to discuss status of legal section of ruling request and additional items to include. | 1.0 | 475 | $475 | |
| 4/23/2004 | SM | Ruling Request | Continue drafting legal discussion of requirements for a qualified settlement fund and for a specified liability loss. | 8.5 | 475 | $4,038 | |
| 4/23/2004 | TT | International Tax Consulting | Business lunch with Elyse Filon of W.R.Grace and Deloitte partner, Bryan Collins to discuss IRS ruling | | | | $130 |
| 4/24/2004 | JF | Ruling Request | Dinner while reviewing second draft of legal section of ruling request. | | | | $15 |
| 4/24/2004 | JF | Ruling Request | Review second draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules and provide comments. | 5.0 | 515 | $2,575 | |
| 4/25/2004 | BC | Ruling Request | Review second draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules and provide comments. | 1.0 | 600 | $600 | |
| 4/26/2004 | BC | Ruling Request | Review second draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules and provide comments. | 2.0 | 600 | $1,200 | |

# W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 4/26/2004 | JF | Ruling Request | Review second draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules and provide comments. | 4.0 | 515 | $2,060 | |
| 4/26/2004 | MF | Customs Audit | Conference calls with client; | 2.0 | 340 | $680 | |
| 4/26/2004 | MF | Customs Audit | Review of classification and NAFTA transaction samples for Focused Assessment | 2.0 | 340 | $680 | |
| 4/26/2004 | MS | Customs Audit | Conference calls with client re FA | 2.0 | 440 | $880 | |
| 4/26/2004 | RR | Customs Audit | Worked with M. Frank on NAFTA sample for FA | 3.0 | 230 | $690 | |
| 4/26/2004 | SM | Ruling Request | Make changes to second draft of legal section of ruling request for comments from Bryan Collins and Jonathan Forrest. Add discussion of the 1996 and 1998 spin-offs and related tax years to legal section of ruling request. | 5.0 | 475 | $2,375 | |
| 4/27/2004 | AP | Fee Application/Billing | Prepared various emails to Sue Halcli regarding fee applications. | 1.0 | 285 | $285 | |
| 4/27/2004 | BC | Ruling Request | Review third draft of legal section of ruling request containing sections regarding the 1996 and 1998 spin-offs. | 3.0 | 600 | $1,800 | |
| 4/27/2004 | JF | Ruling Request | Review third draft of legal section of ruling request containing sections regarding the 1996 and 1998 spin-offs. | 8.0 | 515 | $4,120 | |
| 4/27/2004 | MF | Customs Audit | Conference calls with client; | 2.0 | 340 | $680 | |
| 4/27/2004 | MF | Customs Audit | Review of classification and NAFTA transaction samples for Focused Assessment | 2.0 | 340 | $680 | |
| 4/27/2004 | MS | Customs Audit | Conference calls with client | 2.0 | 440 | $880 | |
| 4/27/2004 | RR | Customs Audit | Worked with M. Frank on NAFTA sample for FA | 2.0 | 230 | $460 | |
| 4/27/2004 | RR | Customs Audit | Research on how to deactivate consignee numbers (importer ID numbers) | 2.0 | 230 | $460 | |
| 4/27/2004 | SM | Ruling Request | Make changes to third draft of legal section of ruling request for comments from Bryan Collins and Jonathan Forrest. | 4.0 | 475 | $1,900 | |
| 4/28/2004 | BC | Ruling Request | Review fourth draft of legal section of ruling request. | 1.5 | 600 | $900 | |
| 4/28/2004 | MF | Customs Audit | Conference calls with client; | 2.0 | 340 | $680 | |
| 4/28/2004 | MF | Customs Audit | Review of classification and NAFTA transaction samples for Focused Assessment | 2.0 | 340 | $680 | |
| 4/28/2004 | MS | Customs Audit | Conference calls with client | 2.0 | 440 | $880 | |
| 4/28/2004 | RR | Customs Audit | Worked with M. Frank on NAFTA sample for FA | 2.0 | 230 | $460 | |
| 4/29/2004 | BC | Ruling Request | Complete review of fourth draft of legal section of ruling request and provide comments. | 2.0 | 600 | $1,200 | |
| 4/29/2004 | MF | Customs Audit | Conference calls with client. | 2.0 | 340 | $680 | |
| 4/29/2004 | MF | Customs Audit | Review of classification, NAFTA and 9801 transaction samples for Focused Assessment | 2.0 | 340 | $680 | |
| 4/29/2004 | MS | Customs Audit | Conference calls with client | 2.0 | 440 | $880 | |
| 4/30/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss private letter rulings relevant to ruling request and related legal discussion to add to ruling request regarding the lonely parent exception to the SRLY rules. | 2.5 | 600 | $1,500 | |
| 4/30/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss private letter rulings relevant to ruling request and related legal discussion to add to ruling request regarding the lonely parent exception to the SRLY rules. | 2.5 | 515 | $1,288 | |
| 4/30/2004 | JF | Ruling Request | Add discussion of relevant private letter rulings to legal discussion of ruling request. | 6.0 | 515 | $3,090 | |
| 4/30/2004 | MF | Customs Audit | Conference calls with client; | 2.0 | 340 | $680 | |
| 4/30/2004 | MF | Customs Audit | Review of classification, NAFTA and 9801 transaction samples for Focused Assessment | 3.0 | 340 | $1,020 | |
| 4/30/2004 | MS | Customs Audit | Conference calls with client | 2.0 | 440 | $880 | |
| 4/30/2004 | RR | Customs Audit | Worked with M. Frank on obtaining invoices and 7501s for NAFTA sample | 1.0 | 230 | $230 | |
| 4/30/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest to discuss private letter rulings relevant to ruling request and related legal discussion to add to ruling request regarding the lonely parent exception to the SRLY rules. | 2.5 | 475 | $1,188 | |
| 4/30/2004 | SM | Ruling Request | Add discussion of relevant private letter rulings to legal discussion of ruling request. | 3.5 | 475 | $1,663 | |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| | | | Totals | 329.0 | | $150,157 | $316 |