# EXHIBIT B

Invoice #: 08802301
Billing Group: BG20469

**W.R. Grace & Co.**
**Hours Spent by Each Person**
May 1 through May 30, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Jane Zeis | 0 | $500 | $0 | 0 |
| Allison Prybylo | 0 | $390 | $0 | 0 |
| Darla Yager | 0.2 | $65 | $13 | 0 |
| *Total Human Capital Services Fees* | 0.2 | | $13 | $0 |
| Tim Tuerff | 0.0 | $600 | $0 | 0 |
| Bryan Collins | 39.0 | $600 | $23,400 | 154 |
| Irwin Panitch | 6.0 | $600 | $3,600 | 0 |
| John Keenan | 0.5 | $515 | $258 | 0 |
| John Forrest | 70.0 | $515 | $36,050 | 163 |
| Carita A. Smith | 1.0 | $75 | $75 | 0 |
| Vinita L. Chavis | 1.0 | $75 | $75 | 0 |
| Sara Mahn | 51 | $475 | $24,225 | 66 |
| *Total National Tax Services Fees* | 168.5 | | $87,683 | $383 |
| Michele McGuire | 13.0 | $600 | $7,800 | 0 |
| Melissa Stephanou | 9.0 | $440 | $3,960 | 0 |
| Matthew Frank | 28.0 | $340 | $9,520 | 0 |
| Fred Levitan | 1.0 | $340 | $340 | 0 |
| Robin Raley | 1.4 | $230 | $322 | 0 |
| D. Chiemelski | 0.5 | $65 | $33 | 0 |
| *Total Customs & International Trade Fees* | 52.9 | | $21,975 | 0 |
| Robin Raley | 4 | $230 | $920 | 0 |
| Melissa Stephanou | 0.5 | $440 | $220 | 1 |
| Fred Levitan | 0.3 | $340 | $102 | 2 |
| Darla Yager | 1.1 | $65 | $72 | 0 |
| Allison Prybylo | 21.2 | $390 | $8,268 | |
| *Total Monthly Statement & Fee Application Preparation Fees* | 27.1 | | $9,582 | $0 |
| **TOTAL FEES DUE** | **248.7** | | **$119,252** | **$383** |

# W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/1/2004 | JK | Ruling Request | | 0.0 | 515 | 0 | 0 |
| 5/3/2004 | DY | Fee Application/Billing | Checked status of invoices/email to determine what has been paid to date. | 0.1 | 65 | $7 | 0 |
| 5/3/2004 | MF | FA | Conference calls with Grace team re: FA | 2.0 | $340 | $680 | $0 |
| 5/3/2004 | MF | FA | Review/analysis of documentation for FA sample transactions in classification, NAFTA, 9801 | 2.0 | $340 | $680 | $0 |
| 5/3/2004 | RR | FA | Worked with M. Frank to obtain proper invoice documentation from Davison for GPC FA | 0.4 | $230 | $92 | $0 |
| 5/3/2004 | JF | Ruling Request | Finish adding discussion of private letter rulings to legal discussion of ruling request. | 1.0 | 515 | 515 | |
| 5/3/2004 | JF | Ruling Request | Review fourth draft of legal discussion of private letter ruling request regarding application of the Lonely Parent rule. | 4.0 | 515 | 2060 | |
| 5/3/2004 | SM | Ruling Request | Finish adding discussion of relevant private letter rulings to legal discussion of ruling request. | 1.0 | 475 | 475 | |
| 5/4/2004 | MS | FA | Review status of FA | 1.5 | $440 | $660 | $0 |
| 5/4/2004 | MF | FA | Conference calls with Grace team re: FA | 2.0 | $340 | $680 | $0 |
| 5/4/2004 | MF | FA | Review/analysis of documentation for FA sample transactions in classification, NAFTA, 9801 | 2.0 | $340 | $680 | $0 |
| 5/4/2004 | RR | FA | Worked with M. Frank to obtain proper invoice documentation from Davison for GPC FA | 0.4 | $230 | $92 | $0 |
| 5/5/2004 | MS | FA | Discussions with M. Frank re: FA | 0.5 | $440 | $220 | $0 |
| 5/5/2004 | MF | FA | Conference calls with Grace team re: FA | 2.0 | $340 | $680 | $0 |
| 5/5/2004 | MF | FA | Review/analysis of documentation for FA sample transactions in classification, NAFTA, 9801 | 2.0 | $340 | $680 | $0 |
| 5/5/2004 | RR | FA | Worked with M. Frank to obtain proper invoice documentation from Davison for GPC FA | 0.4 | $230 | $92 | $0 |
| 5/5/2004 | BC | Ruling Request | Review fourth draft of legal section of ruling request. | 1.0 | 600 | 600 | |
| 5/5/2004 | BC | Ruling Request | Conference call with Elyse Filon, Carol Finke, Jonathan Forrest, and Sara Mahn regarding legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | 600 | |
| 5/5/2004 | JF | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Sara Mahn regarding legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 515 | 515 | 0 |
| 5/5/2004 | SM | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Jonathan Forrest regarding legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 475 | 475 | |
| 5/5/2004 | SM | Ruling Request | Fifth draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 0.5 | 475 | 238 | |
| 5/6/2004 | AP | Fee Application/Billing | Interim Fee Application Work | 4.5 | 390 | $1,755 | $0 |
| 5/6/2004 | MS | FA | Call with Grace team re status of FA | 1.5 | $440 | $660 | $0 |
| 5/6/2004 | MS | FA | Discussions prior to call with Deloitte team | 1.5 | $440 | $660 | $0 |
| 5/6/2004 | MS | FA | Billing review | 0.5 | $440 | $220 | $0 |
| 5/6/2004 | MF | FA | GPC: conference calls with client re FA process and options; review of client data | 2.5 | $340 | $850 | $0 |
| 5/6/2004 | FL | Billing | Downloaded billing info into Excel and emailed to R. Raley who was working from home | 0.3 | $340 | $102 | $0 |
| 5/6/2004 | RR | BILLING | Prepared billing summary for April. | 4.0 | $230 | $920 | $0 |
| 5/6/2004 | BC | Ruling Request | Discuss fifth draft of legal section and related changes to be made with Sara Mahn. | 1.0 | 600 | $600 | |
| 5/6/2004 | SM | Ruling Request | Discuss fifth draft of legal section and related changes to be made with Bryan Collins. | 1.0 | 475 | $475 | |
| 5/6/2004 | SM | Ruling Request | Sixth draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 475 | $475 | |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 5/7/2004 | AP | Fee Application/Billing | Worked on the interim fee applications charts | 2.5 | 390 | $975 | $0 |
| 5/7/2004 | MF | FA | Conference call with client; discussion of approach to FA and offer from FA Team | 2.5 | $340 | $850 | $0 |
| 5/7/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding fifth draft of legal section of ruling request. | 2.0 | 600 | $1,200 | |
| 5/7/2004 | JF | Ruling Request | Review fifth draft of legal section of ruling request. | 0.5 | 515 | 258 | |
| 5/7/2004 | JF | Ruling Request | Discuss fifth draft of legal section of ruling request and related changes to be made with Bryan Collins. | 2.0 | 515 | $1,030 | |
| 5/10/2004 | AP | Fee Application/Billing | Worked on the charts for the January - March fee applications. | 3.5 | 390 | $1,365 | $0 |
| 5/10/2004 | MS | FA | Discussion re audit | 2.5 | $440 | $1,100 | $0 |
| 5/10/2004 | MF | FA | Review of client documentation; telephone calls with client | 2.0 | $340 | $680 | $0 |
| 5/10/2004 | RR | FA | Printing of import manual for Michele | 0.2 | $230 | $46 | $0 |
| 5/10/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding fifth draft of legal section of ruling request. | 1.0 | 600 | $600 | |
| 5/10/2004 | JF | Ruling Request | Discuss fifth draft of legal section of ruling request and related changes to be made with Bryan Collins. | 1.0 | 515 | $515 | |
| 5/10/2004 | JF | Ruling Request | Make revisions to sixth draft of legal section of ruling request. | 7.5 | 515 | $3,863 | |
| 5/10/2004 | JF | Ruling Request | Dinner for Bryan Collins and Jonathan Forrest while working on sixth draft of legal section. | | | | 50 |
| 5/11/2004 | AP | Fee Application/Billing | Prepared invoices for Darla to process for the three deloitte offices. | 1.2 | 390 | $468 | $0 |
| 5/11/2004 | DY | Fee Application/Billing | Processed invoices per Allison's reqeust for the the charge codes: WRG0012, 0004, 0007 so that internal invoice tracking can take place. | 1.0 | 65 | $65 | 0 |
| 5/11/2004 | MF | FA | Review of client documentation; telephone calls with client | 1.0 | $340 | $340 | $0 |
| 5/11/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 1.0 | 600 | $600 | 0 |
| 5/11/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 1.0 | 515 | $515 | |
| 5/11/2004 | JF | Ruling Request | Revisions to first draft of entire ruling request. | 4.5 | 515 | $2,318 | |
| 5/11/2004 | JF | Ruling Request | Review first draft of entire ruling request and make additional changes. | 1.5 | 515 | $773 | |
| 5/11/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding additional revisions needed for first draft of entire ruling request. | 1.0 | 475 | $475 | |
| 5/11/2004 | SM | Ruling Request | Make revisions to first draft of entire ruling request. | 4.5 | 475 | $2,138 | |
| 5/12/2004 | AP | Fee Application/Billing | Prepared billing summary for April. | 1.5 | 390 | $585 | $0 |
| 5/12/2004 | BC | Ruling Request | Review first draft of entire ruling request. | 1.0 | 600 | $600 | |
| 5/13/2004 | AP | Fee Application/Billing | Prepared billing summary for April. | 1.0 | 390 | $390 | $0 |
| 5/13/2004 | BC | Ruling Request | Review first draft of entire ruling request. | 3.0 | 600 | $1,800 | |
| 5/14/2004 | DY | Compensation | Prepared and sent package to Brian McGowan. | 0.2 | 65 | $13 | 0 |
| 5/16/2004 | BC | Ruling Request | Review first draft of entire ruling request. | 2.5 | 600 | $1,500 | |
| 5/17/2004 | AP | Fee Application/Billing | worked on Grace billing and combining the groups monthly detail for April. Also worked on calculating the billing percentages. | 3.0 | 390 | $1,170 | $0 |
| 5/17/2004 | MM | FA Meeting | Meeting with customs re: FA | 5.0 | $600 | $3,000 | $0 |
| 5/17/2004 | MS | FA | Call with Grace team re: FA | 1.0 | $440 | $440 | $0 |
| 5/17/2004 | MS | FA | Preparation and follow up discussions for call | 0.5 | $440 | $220 | $0 |
| 5/17/2004 | BC | Ruling Request | Conference call with Elyse Filon regarding comments on the first draft of the entire rulng requests and related private letter rulings. | 1.0 | 600 | $600 | |

## W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/17/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 3.0 | 600 | $1,800 | |
| 5/17/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 3.0 | 515 | $1,545 | |
| 5/17/2004 | JF | Ruling Request | Lunch for Sara Mahn and Jonathan Forrest while working on second draft of ruling request. | 0.0 | 515 | $0 | 23 |
| 5/17/2004 | JF | Ruling Request | Second draft of entire ruling request regarding the lonely parent exception to the SRLY rules. | 6.5 | 515 | $3,348 | |
| 5/17/2004 | JF | Ruling Request | Dinner for Sara Mahn and Jonathan Forrest while working on second draft of ruling request. | 0.0 | 515 | $0 | 45 |
| 5/17/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding additional revisions needed for first draft of entire ruling request. | 3.0 | 475 | $1,425 | |
| 5/17/2004 | SM | Ruling Request | Second draft of entire ruling request regarding the lonely parent exception to the SRLY rules. | 7.0 | 475 | $3,325 | |
| 5/18/2004 | AP | Fee Application/Billing | Prepared billing summary for April. | 3.0 | 390 | $1,170 | $0 |
| 5/18/2004 | MM | FA Meeting | Work on implementation plan for FA | 8.0 | $600 | $4,800 | $0 |
| 5/18/2004 | MF | FA | Addressed follow-up issues for FA | 1.0 | $340 | $340 | $0 |
| 5/18/2004 | FL | FA | Researched foreign currency fluctuactions as applied to Grace FA | 0.3 | $340 | $102 | $0 |
| 5/18/2004 | BC | Ruling Request | Review second draft of entire ruling request. | 4.5 | 600 | $2,700 | |
| 5/18/2004 | JF | Ruling Request | Revisions to second draft of entire ruling request. | 13.0 | 515 | $6,695 | |
| 5/18/2004 | SM | Ruling Request | Revisions to second draft of entire ruling request. | 5.5 | 475 | $2,613 | |
| 5/18/2004 | SM | Ruling Request | Dinner for Bryan Collins, Jonathan Forrest, and Sara Mahn while working on second draft of ruling request. | 0.0 | 475 | $0 | 66 |
| 5/19/2004 | AP | | emails with Customs group regarding their detailed summaries and the total calculations. | 1.0 | 390 | $390 | $0 |
| 5/19/2004 | BC | Ruling Request | Lunch with Jonathan Forrest and Sara Mahn to discuss second draft of ruling request. | 0.0 | 600 | $0 | 95 |
| 5/19/2004 | BC | Ruling Request | Continue review of second draft of ruling request regarding the lonely parent exception to the SRLY rules. | 3.0 | 600 | $1,800 | |
| 5/19/2004 | JF | Ruling Request | Make revisions to second draft of entire ruling request. | 2.5 | 515 | $1,288 | 0 |
| 5/19/2004 | SM | Ruling Request | Make revisions to second draft of entire ruling request. | 0.5 | 475 | $238 | |
| 5/20/2004 | BC | Ruling Request | Conference call with Elyse Filon, Jonathan Forrest, and Sara Mahn regarding the status and timing of the ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | $600 | |
| 5/20/2004 | JF | Ruling Request | Conference call with Elyse Filon, Bryan Collins, and Sara Mahn regarding the status and timing of the ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 515 | $515 | |
| 5/20/2004 | JF | Ruling Request | Conference calls with Carol Finke and Sara Mahn regarding waiver of audit jurisdiction for issues similar to the issue presented in the ruling request regarding application of the lonely parent exception to the SRLY rules. | 1.0 | 515 | $515 | |
| 5/20/2004 | JF | Ruling Request | Review second draft of ruling request. | 2.0 | 515 | $1,030 | |
| 5/20/2004 | SM | Ruling Request | Conference call with Elyse Filon, Bryan Collins, and Jonathan Forrest regarding the status and timing of the ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 475 | $475 | |
| 5/20/2004 | SM | Ruling Request | Conference calls with Carol Finke and Jonathan Forrest regarding waiver of audit jurisdiction for issues similar to the issue presented in the ruling request regarding application of the lonely parent exception to the SRLY rules. | 1.0 | 475 | $475 | |
| 5/21/2004 | MF | FA | Tepelphone calls with GPC; work on follow-up FA action items | 2.5 | $340 | $850 | $0 |
| 5/21/2004 | FL | FA | 9801 Canada shipments: Prepared spreadsheet for Matt. | 0.7 | $340 | $238 | $0 |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/21/2004 | DC | Admin | Drafting letter to client | 0.2 | $65 | $13 | $0 |
| 5/21/2004 | BC | Ruling Request | Conference call with Carol Finke, David Freidel, Jonathan Forrest, and Sara Mahn regarding first draft of ruling request. | 2.5 | 600 | $1,500 | |
| 5/21/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss additional changes to be made to the second draft of the ruling request including suggested changes from Carol Finke and David Freidel. | 2.0 | 600 | $1,200 | |
| 5/21/2004 | JF | Ruling Request | Conference call with Carol Finke, David Freidel, Bryan Collins, and Sara Mahn regarding first draft of ruling request. | 2.5 | 515 | $1,288 | |
| 5/21/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss additional changes to be made to the second draft of the ruling request including suggested changes from Carol Finke and David Freidel. | 2.0 | 515 | $1,030 | |
| 5/21/2004 | JF | Ruling Request | Make additional changes to second draft of ruling request. | 1.5 | 515 | $773 | |
| 5/21/2004 | JF | Ruling Request | Dinner for Bryan Collins, Jonathan Forrest, and Sara Mahn while making additional changes to second draft of ruling request. | 0.0 | 515 | $0 | 45 |
| 5/21/2004 | SM | Ruling Request | Conference call with Carol Finke, David Freidel, Jonathan Forrest, and Sara Mahn regarding first draft of ruling request. | 2.5 | 475 | $1,188 | |
| 5/21/2004 | SM | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss additional changes to be made to the second draft of the ruling request including suggested changes from Carol Finke and David Freidel. | 2.0 | 475 | $950 | |
| 5/21/2004 | SM | Ruling Request | Make additional changes to second draft of ruling request. | 0.5 | 475 | $238 | |
| 5/23/2004 | MF | FA | Review/analysis of inventory tracking reports from SAP; created summary spreadsheet | 2.0 | $340 | $680 | $0 |
| 5/24/2004 | MF | FA | Conference calls with client; review of action items and documentation | 2.5 | $340 | $850 | $0 |
| 5/24/2004 | BC | Ruling Request | Review third draft of entire ruling request. | 3.0 | 600 | $1,800 | |
| 5/24/2004 | BC | Ruling Request | Dinner for Bryan Collins, Jonathan Forrest, and Sara Mahn while reviewing third draft of ruling request. | 0.0 | 600 | $0 | 59 |
| 5/24/2004 | JF | Ruling Request | Make changes to third draft of entire ruling request. | 4.0 | 515 | $2,060 | |
| 5/24/2004 | SM | Ruling Request | Make changes to third draft of entire ruling request. | 4.5 | 475 | $2,138 | |
| 5/25/2004 | BC | Ruling Request | Review third draft of entire ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | $600 | |
| 5/25/2004 | JF | Ruling Request | Make additional changes to third draft of ruling request. | 2.0 | 515 | $1,030 | |
| 5/25/2004 | CS | Ruling Request | WR Grace Engagement Letter | 1.0 | 75 | 75 | 0 |
| 5/25/2004 | SM | Ruling Request | Make additional changes to third draft of entire ruling request. Prepare attachments to ruling request regarding the lonely parent exception to the SRLY rules. | 5.5 | 475 | $2,613 | |
| 5/26/2004 | BC | Ruling Request | Continue review of third draft of entire ruling request. | 2.0 | 600 | $1,200 | |
| 5/26/2004 | JF | Ruling Request | Revisions to third draft of ruling request per Bryan Collins. | 1.0 | 515 | $515 | |
| 5/26/2004 | JK | Ruling Request | Provide recommendation regarding obtaining agreement by IRS field office to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules. | 0.5 | 515 | $258 | $0 |
| 5/26/2004 | VC | Ruling Request | RFR for Ruling Request | 0.7 | 75 | 53 | 0 |
| 5/26/2004 | SM | Ruling Request | Make revisions to third draft of entire ruling request per Bryan Collins. | 2.0 | 475 | $950 | |
| 5/27/2004 | BC | Ruling Request | Conference call with Carol Finke, representatives for Fresenius Medical Care, Jonathan Forrest, and Sara Mahn. | 1.5 | 600 | $900 | |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 5/27/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss changes to be made to ruling request related to conference call with Carol Finke and representatives of Fresenius Medical Care. | 1.0 | 600 | $600 | |
| 5/27/2004 | JF | Ruling Request | Conference call with Carol Finke, representatives for Fresenius Medical Care, Bryan Collins, and Sara Mahn. | 1.5 | 515 | $773 | |
| 5/27/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss changes to be made to ruling request related to conference call with Carol Finke and representatives of Fresenius Medical Care. | 1.0 | 515 | $515 | |
| 5/27/2004 | JF | | Make revisions to fourth draft of entire ruling request. | 0.5 | 515 | $258 | |
| 5/27/2004 | VC | Ruling Request | RFR for Ruling Request | 0.3 | 75 | 23 | |
| 5/27/2004 | SM | Ruling Request | Conference call with Carol Finke, representatives for Fresenius Medical Care, Bryan Collins, and Jonathan Forrest. | 1.5 | 475 | $713 | |
| 5/27/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest to discuss changes to be made to ruling request related to conference call with Carol Finke and representatives of Fresenius Medical Care. | 1.0 | 475 | $475 | |
| 5/27/2004 | SM | Ruling Request | Make revisions to fourth draft of entire ruling request. | 0.5 | 475 | $238 | |
| 5/28/2004 | DC | Admin | E-mail letter to client | 0.3 | $65 | $20 | $0 |
| 5/28/2004 | IP | Ruling Request | Review fourth draft of ruling request regarding application of the lonely parent exception to the SRLY rules and provide comments. | 6.0 | 600 | $3,600 | |
| 5/28/2004 | JF | Ruling Request | Review fourth draft of entire ruling request and make final revisions. | 1.0 | 515 | $515 | |
| 5/28/2004 | SM | Ruling Request | Work on attachments for ruling request regarding application of the lonely parent exception to the SRLY rules including the list of defined terms and the Power of Attorney. | 3.0 | 475 | $1,425 | |
| | | | **Totals** | **248.7** | | **$119,252** | **$383** |