IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-1139 (PJW) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) Objection Date: October 25, 2004, at 4:00 p.m. | |
| ) Hearing Date: Only if Necessary (Negative Notice) | |

SEVENTEENTH MONTHLY APPLICATION OF
DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

Name of Applicant:   Deloitte & Touche LLP ("Deloitte & Touche").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:   February 4, 2003.

Period for which Compensation and Reimbursement is Sought:   June 1, 2004 through June 30, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary
for the Provision of Hourly Rate Customs Procedures
Review Services, Compensation and Benefits Services, and Tax

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

| | |
|---|---|
| <u>Advisory Services</u>: | $65,749.00 |
| <u>Amount of Compensation Sought as Actual, Reasonable and Necessary for the Provision of Contingent Fee Lease Consulting Services (not subject to holdback)</u>: | 207,957.04 |
| <u>Total Hourly Rate and Contingent Fee Compensation Sought as Reasonable Actual and Necessary</u>: | 273,706.04 |
| <u>Less 20% Holdback for Hourly Rate Services</u>: | <u>(13,149.80)</u> |
| <u>Amount of Payment Requested Hereunder for the Provision of Hourly Rate and Contingent Fee Services</u>: | $260,556.24 |

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>: $1,061

This is a:    xx monthly        _ interim        _ final application.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date: October 25, 2004 at 4:00 p.m.** | |
| | ) **Hearing Date: Only if Necessary (Negative Notice)** | |

### SEVENTEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

This seventeenth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered in connection with Deloitte & Touche's provision of customs procedures review services, compensation and benefits services, tax advisory services and lease consulting services to the Debtors, and for Deloitte & Touche's preparation hereof, during the period from June 1, 2004 through June 30, 2004. Attached hereto as Exhibit A is the Verification of Tim Tuerff.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## BACKGROUND

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 on an hourly rate basis (the "Hourly Rate Services") pursuant to an order entered by this Court on June 17, 2003. In addition, pursuant to the Order Authorizing the Expansion of the Scope of the Services Permitted to be Provided by Deloitte & Touche LLP to the Debtors to Include Certain Lease Consulting Services, entered by this Court on July 19, 2004, the Debtors were authorized to retain Deloitte & Touche to provide certain lease consulting services *nunc pro tunc* to October 1, 2003 on a contingent fee basis as more fully described below (the "Lease Consulting Services"), a copy of which is attached hereto as Exhibit B (the "Expansion Order"). Consistent with the Expansion Order, the Lease Consulting Services are provided pursuant to the terms of the engagement letter dated April 9, 2002 entered into between the Debtors and Deloitte & Touche, a copy of which is attached hereto as Exhibit C (the "Lease Consulting Services Engagement Letter").

As set forth in paragraph 9 of the Expansion Order:

(a) Deloitte & Touche is not required to submit detailed daily time records or expense records as part of any monthly statements, or interim or final fee applications submitted by Deloitte & Touche with respect to its provision of the lease consulting services; provided that in lieu of such records, Deloitte & Touche shall submit a reasonably detailed summary of such services and the contingent fee compensation earned by Deloitte & Touche in connection therewith as part of such monthly statements, or interim or final fee applications, and (b) Deloitte & Touche's contingent fee compensation earned in connection with such services shall not be subject to any holdbacks imposed on the compensation of professionals in these Chapter 11 Cases.

In accordance with (a) above, the Lease Consulting Services include, without limitation, (a) review of certain of the Debtors' leases and subleases to identify potential amounts owed to the

-4-

DOCS_DE:100744.1

Debtors by certain of its landlords and leasehold tenants (the "Lease Underpayments"), (b) preparation and delivery to the Debtors of reports on the Lease Underpayments and (c) recovery of the Lease Underpayments for the Debtors, as more fully described and set forth in the Lease Consulting Services Engagement Letter. Further, as set forth in the invoices pertaining to the provision of the Lease Consulting Services, attached hereto under Exhibit D, the savings realized by the Debtors' estate as a result of the provision of the lease consulting services is $594,163.00. Consistent with the terms of the Lease Consulting Services Engagement Letter, and as approved pursuant to the Expansion Order, Deloitte & Touche is herein seeking approval of a contingent fee of $207,957.04 (35% of $594,163.00) <u>for the provision of the lease consulting services, the payment of which is not to be subject to any holdbacks applicable to the compensation of professionals in these Chapter 11 cases.</u>

## FEE AND EXPENSE REIMBURSEMENT DETAIL

With respect to the Hourly Rate Services, below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought and (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services, and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought. With respect to the Lease Consulting Services, below is a table setting forth the total benefit to the Debtors' estates of such services, and the contingent fee

sought in connection therewith. Also included below is a table summarizing the expenses sought by Deloitte & Touche hereunder.

In addition to the foregoing tables, attached hereto is Exhibit E, pertaining to the Hourly Rate Services, consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

**SUMMARY OF HOURLY RATE COMPENSATION SOUGHT BY PROFESSIONAL**

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nick Bubnovich | Partner – Human Capital | $625 | 0.5 | $313 |
| Zach Georgeson | Associate – Human Capital | $255 | 4.8 | $1,224 |
| Michelle McGuire | Principal - Customs & International Tax | $600 | 20.0 | $12,000 |
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 3.0 | $1,320 |
| Matthew Frank | Manager – Customs & International Tax | $440 | 7.5 | $3,300 |
| Fred Levitan | Sr. Consultant - Customs & International Tax | $340 | 0.5 | $170 |
| Robin Raley | Associate- Customs & International Tax | $230 | 4.0 | $920 |
| Guillermo Del Nogal | Associate – Customs & International Tax | $230 | 1.0 | $230 |
| Deb Chmielewski | Administrative Assistant – Customs & International Tax | $65 | 1.3 | $85 |
| Bryan Collins | Partner- National Tax | $600 | 21.5 | $12,900 |
| Sarah Mahn | Manager- National Tax | $475 | 36.0 | $17,100 |
| Midori Owaki | Administrative Assistant – National Tax | $75 | 1.7 | $128 |
| Carol L. Washington | Administrative Assistant – National Tax | $75 | 3.5 | $263 |
| Vinita L. Chavis | Administrative Assistant – National Tax | $75 | 11.5 | $863 |
| Jonathan Forrest | Senior Manager – Customs & International Tax | $515 | 29.0 | $14,935 |

Total Fees:    $65,749

Total Hours: 145.8
Blended Rate: $450.95

### Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 34.3 | $17,335 |
| | | |
| TOTAL | | $17,335 |

### Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Compensation | 0.5 | $313 |
| | | |
| TOTAL | | $313 |

### Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 101.5 | $46,060 |
| International Tax | 0.2 | $15 |
| | | |
| TOTAL | | $46,075 |

### Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 9.3 | $2,027 |
| | | |
| TOTAL | | $2,027 |

## SUMMARY OF CONTINGENT FEE SERVICES

### Lease Consulting Services

| | Total Savings to Debtors' Estate | Total Contingent Fees Requested |
|---|---|---|
| TOTAL | $594,163 | $207,957.04 |

### Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|

-8-

| Hotel | | $173 |
|---|---|---|
| Travel Expenses | | $888 |
| | | |
| TOTAL | | $1,061 |

Dated: October 1, 2004

DELOITTE & TOUCHE LLP

*[signature]*

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661- 1934

Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession