# EXHIBIT D

Remittance Address
Deloitte & Touche LLP
File # 52578
Los Angeles, California 90074-2578

Tel: (213) 688-0800
Fax: (213) 688-0100

Taxpayer I.D. No. 13-3891517

EXHIBIT D

# Deloitte & Touche

Invoice Number: 08634941

Date: October 16, 2003

Mr. Akos L. Nagy
Director of Real Estate
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Progress Billing for Lease Consulting Services rendered with respect to W. R. Grace & Company's office lease at 1114 Sixth Avenue, New York, New York. Fees are in accordance with engagement letter dated April 9, 2002.

| | |
|---|---|
| Savings Achieved from Victoria's Secret Catalogue NY, Inc. | $384,163.00 |
| Deloitte & Touche Contingency Fee | 35% |
| **Total Due and Payable** | **$134,457.04** |

Deloitte & Touche LLP
350 South Grand Avenue
Los Angeles, California 90071-3462

Please Remit to:
File # 52578
Los Angeles, California 90074-2578

Tel: (213) 688-0800
Fax: (213) 688-0100

Taxpayer I.D. No. 13-3891517

# Deloitte & Touche

Invoice Number: 08850352

Date:   May 26, 2004

Mr. Akos L. Nagy
Director of Real Estate
W.R. Grace & Company
7500 Grace Drive
Columbia, Maryland 21044

**Amendment to Invoice #08850216, dated 04/30/04**
**For Internal Accounting Purporses Only**

Final Billing for Lease Consulting Services rendered with respect to
W.R. Grace & Company's office lease at 1114 Sixth Avenue, New
York, New York. Fees are in accordance with engagement letter dated
April 9, 2002.

| | |
|---|---:|
| Savings Achieved from Coudert Brothers LLP | $210,000 |
| Deloitte & Touche Contingency Fee | 35% |
| **Total Due and Payable** | **$ 73,500** |