# EXHIBIT E

**W.R. Grace & Co.**
**Hours Spent by Each Person**
June 1 through June 30, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Zach Georgeson | 0 | $255 | $0 | 0 |
| Nick Bubnovich | 0.5 | $625 | $313 | 0 |
| *Total Human Capital Services Fees* | 0.5 | | $313 | $0 |
| | | | | |
| Tim Tuerff | 0.0 | $600 | $0 | $0 |
| Bryan Collins | 21.5 | $600 | $12,900 | $0 |
| Irwin Panitch | 0.0 | $600 | $0 | $0 |
| Jonathan Forrest | 29.0 | $515 | $14,935 | $0 |
| Midori Owaki | 0.2 | $75 | $15 | $0 |
| Carol L. Washington | 3.5 | $75 | $263 | $0 |
| Vinita L. Chavis | 11.5 | $75 | $863 | $0 |
| Sara Mahn | 36.0 | $475 | $17,100 | $0 |
| *Total National Tax Services Fees* | 101.7 | | $46,075 | $0 |
| | | | | |
| Michele McGuire | 20.0 | $600 | $12,000 | $1,061 |
| Melissa Stephanou | 3.0 | $440 | $1,320 | 0 |
| Matthew Frank | 7.5 | $440 | $3,300 | 0 |
| Fred Levitan | 0.5 | $340 | $170 | 0 |
| Robin Raley | 1.0 | $230 | $230 | 0 |
| Guillermo Del Nogal | 1.0 | $230 | $230 | 0 |
| Deb Chmielewski | 1.3 | $65 | $85 | 0 |
| *Total Customs & International Trade Fees* | 34.3 | | $17,335 | $1,061 |
| | | | | |
| Robin Raley | 3.0 | $230 | $690 | 0 |
| Midori Owaki | 1.5 | $75 | $113 | 0 |
| Zach Georgeson | 4.8 | $255 | $1,224 | 0 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 9.3 | | $2,027 | $0 |
| | | | | |
| **TOTAL FEES DUE** | **145.8** | | **$65,749** | **$1,061** |

## W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 6/1/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding revisions needed for final draft of ruling request regarding the lonely parent exception to | 1.5 | 600 | $900 | $0 |
| 6/1/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding revisions needed for final draft of ruling request regarding the lonely parent exception to the SRLY rules including revisions to attachments. | 1.5 | 515 | $773 | $0 |
| 6/1/2004 | JF | Ruling Request | Begin finalizing entire ruling request including final revisions from Bryan Collins. | 6 | 515 | $3,090 | $0 |
| 6/1/2004 | VC | Ruling Request | Ruling Request | 0.5 | 75 | 38 | 0 |
| 6/1/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding revisions needed for final draft of ruling request regarding the lonely parent exception to the SRLY rules including revisions to attachments. | 1.5 | 475 | $713 | 0 |
| 6/1/2004 | SM | Ruling Request | Prepare attachments to ruling request regarding the lonely parent exception to the SRLY rules including revisions to powerpoint slides. | 6.5 | 475 | $3,088 | 0 |
| 6/2/2004 | BC | Ruling Request | Begin final review of entire ruling request regarding the lonely parent exception to the SRLY rules. | 3.5 | 600 | $2,100 | $0 |
| 6/2/2004 | JF | Ruling Request | Continue finalizing entire ruling request including final revisions from Bryan Collins. | 6.5 | 515 | $3,348 | $0 |
| 6/2/2004 | VC | Ruling Request | Coordination with mailroom | 1 | 75 | $75 | 0 |
| 6/2/2004 | SM | Ruling Request | Begin final changes to attachments to ruling request regarding the lonely parent exception to the SRLY rules including working with administrative personnel to supervise assembly and finalization of ruling request. | 10 | 475 | $4,750 | 0 |
| 6/3/2004 | BC | Ruling Request | Continue final review of entire ruling request including attachments. | 8 | 600 | $4,800 | $0 |
| 6/3/2004 | JF | Ruling Request | Make final revisions to ruling request and attachments to ruling request. In addition, prepare some of the attachments for the ruling request including indeces. | 9 | 515 | $4,635 | $0 |
| 6/3/2004 | VC | Ruling Request | Ruling Request | 3 | 75 | $225 | 0 |
| 6/3/2004 | CW | Ruling Request | | 1 | 75 | $75 | 0 |
| 6/3/2004 | SM | Ruling Request | Make final changes to attachments to ruling request regarding the lonely parent exception to the SRLY rules including working with administrative personnel to supervise assembly and finalization of ruling request. | 9 | 475 | $4,275 | 0 |
| 6/4/2004 | BC | Ruling Request | Complete final review of entire ruling request regarding the lonely parent exception to the SRLY rules including attachments and provide comments to Jonathan Forrest and Sara Mahn. | 5 | 600 | $3,000 | $0 |
| 6/4/2004 | JF | Ruling Request | Complete final revisions to ruling request and provide comments to Sara Mahn regarding final revisions to attachments to ruling request. | 6 | 515 | $3,090 | $0 |
| 6/4/2004 | VC | Ruling Request | Coordination with mailroom | 2 | 75 | $150 | 0 |
| 6/4/2004 | SM | Ruling Request | Make final changes to attachment to ruling request including working with Jonathan Forrest to make final changes to ruling request and working with administrative personnel to supervise assembly, finalization, and filing of ruling request. | 9 | 475 | $4,275 | 0 |
| 6/4/2004 | MF | FA | Telephone call with Nasos Phillips | 0.5 | $440 | $220 | $0 |
| 6/4/2004 | MF | FA | Calculations and review of duty paid for each importer number in FY03 | 0.5 | $440 | $220 | $0 |
| 6/4/2004 | DC | Admin | Prepared paperwork to create a billing group | 0.3 | $65 | $20 | $0 |
| 6/7/2004 | VC | Ruling Request | Collating of multiple file copy ruling requests | 3 | 75 | $225 | 0 |
| 6/7/2004 | CW | Ruling Request | | 2.5 | 75 | $188 | 0 |
| 6/8/2004 | VC | Ruling Request | Mailing of client files | 2 | 75 | $150 | 0 |
| 6/9/2004 | RR | Billing | Prepared Grace bill for May | 3 | $230 | $690 | $0 |
| 6/13/2004 | MM | FA (Focused Assessment) | Travel expenses - airplane tickets | 0 | $600 | | $391 |
| 6/13/2004 | MM | FA | Travel expenses - rental car | 0 | $600 | $0 | $89 |
| 6/13/2004 | MM | FA | Travel expenses - parking | 0 | $600 | $0 | $64 |
| 6/13/2004 | MM | FA | Travel expenses - hotel tax | 0 | $600 | $0 | $19 |

# W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 6/13/2004 | MM | FA | Travel expenses - parking | 0 | $600 | $0 | $27 |
| 6/13/2004 | MM | FA | Travel expenses - hotel | 0 | $600 | $0 | $154 |
| 6/14/2004 | ZG | Human Capital | Transitioned work from Allison to myself. Met with Jane Zeis and Allison to discuss the transition process and expected work for the fall Human Capital Group. | 1.5 | 255 | $383 | $0 |
| 6/14/2004 | MO | Billing | Billing | 0.5 | 75 | 38 | 0 |
| 6/14/2004 | MM | FA | Preparation for meeting with Grace and Customs | 1 | $600 | $600 | $0 |
| 6/14/2004 | MM | FA | Meeting with Grace and Customs | 4 | $600 | $2,400 | $0 |
| 6/14/2004 | MF | FA | Review of NAFTA sample transactions and follow-up issues | 0.5 | $440 | $220 | $0 |
| 6/15/2004 | ZG | Human Capital | Met with Allison to discuss W.R. Grace billing methodology. She left the firm and passed the billing responsibilities along to myself. | 1.5 | 255 | $383 | $0 |
| 6/15/2004 | BC | Ruling Request | Telephone call with Carol Finke regarding update from IRS on ruling request filed with the IRS regarding the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | $0 |
| 6/15/2004 | MF | FA | Phone conversation with Norm McIntosh; Review of NAFTA sample transactions and follow-up issues | 0.5 | $440 | $220 $220 | $0 |
| 6/15/2004 | MF | FA | Phone conversation with Nasos Phillips; Review of NAFTA sample transactions and follow-up issues | 0.5 | $440 | $220 $220 | $0 |
| 6/16/2004 | MF | FA | | 0.5 | $440 | | $0 |
| 6/16/2004 | MF | FA | Conference calls with Norm McIntosh and Nasos Phillips re NAFTA samples and strategy for Focused Assessment | 1.5 | $440 | $660 | $0 |
| 6/17/2004 | MF | FA | | | | | $0 |
| 6/18/2004 | MM | FA | Conf call with Grace re prior disclosure | 1 | $600 | $600 | $0 |
| 6/21/2004 | ZG | Human Capital | Worked on May 2004 billing for all service lines. Prepared the billing summary for each group and calculated Human Capital's estimated fees. | 1.5 | 255 | $383 | $0 |
| 6/21/2004 | BC | Ruling Request | Telephone call with IRS personnel regarding the ruling request filed with them regarding the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | $0 |
| 6/21/2004 | MS | FA | Revised prior disclosure letter | 1.5 | $440 | $660 | $0 |
| 6/21/2004 | FL | FA | Researched and emailed to Michele the requiremei | 0.5 | $340 | $170 | |
| 6/22/2004 | BC | Ruling Request | Telephone call with IRS personnel regarding the status of the ruling request filed with them regarding the lonely parent exception to the SRLY rules. | 1 | 600 | $600 | $0 |
| 6/22/2004 | MM | FA | Drafted prior disclosure | 3 | $600 | $1,800 | $0 |
| 6/22/2004 | MS | FA | Performed FOIA data manipulation for port of entry information and entry universe | 1 | $440 | $440 $880 | $0 |
| 6/22/2004 | MF | FA | Conference calls with Nasos Phillips; discussion of strategy for NAFTA sample transaction errors | 2 | $440 | | $0 |
| 6/22/2004 | RR | FA | Drafted Grace Prior Disclosure | 1 | $230 | $230 | $0 |
| 6/23/2004 | MO | International Tax | Set up conference Call with Germany | 0.2 | 75 | $15 | |
| 6/23/2004 | MM | FA | Work on prior disclosure | 2 | $600 | $1,200 | $0 |
| 6/23/2004 | MF | FA | Review of sample transaction documentation and FOIA data | 0.5 | $440 | $220 | $0 |
| 6/23/2004 | GD | FA | Organized FOIA data using excel | 1 | $230 | $230 | $0 |
| 6/23/2004 | DC | Admin | Filled out paperwork to arrange accounts properly | 1 | $65 | $65 | $0 |
| 6/24/2004 | ZG | Human Capital | Estimated April and May 2004 fees for Human Capital per Tony Scoles' request. Sent a quick summary of these two numbers. | 0.3 | 255 | $77 | $0 |
| 6/24/2004 | BC | Ruling Request | Telephone call with an IRS attorney regarding the ruling request filed with the IRS regarding the lonely parent exception to the SRLY rules. | 0.5 | 600 | $300 | $0 |
| 6/24/2004 | MM | FA | Work on prior disclosure | 2 | $600 | $1,200 | $0 |
| 6/25/2004 | MO | Billing | Billing | 1 | 75 | $75 | 0 |
| 6/25/2004 | MM | FA | Work on prior disclosure | 1 | $600 | $600 | $0 |
| 6/27/2004 | MM | FA | Travel expenses- parking | 0 | $600 | $0 | $30 |
| 6/27/2004 | MM | FA | Travel expenses - airplane tickets | 0 | $600 | $0 | $287 |
| 6/28/2004 | NB | Human Capital | Discuss with Mike P. pay package for new VP of finance who will be replacing Fred. | 0.5 | 625 | $313 | $0 |
| 6/28/2004 | MM | FA | Work on prior disclosure | 1 | $600 | $600 | $0 |
| 6/29/2004 | MM | FA | Working session at grace on implementation plan | 5 | $600 | $3,000 | $0 |
| 6/30/2004 | MS | FA | Worked on CF-28 | 0.5 | $440 | $220 | $0 |
|  |  |  |  |  |  |  | $0 |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|--|-------|--------------|-------------------|----------|
| | | | | Totals | 145.8 | | $65,749 | $1,061 |