IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON OCTOBER 6, 2004 AT 12:00 P.M.

**The hearing will be held at the United States Bankruptcy Court,
5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.
The Dial in number is 877-221-8724 and the passcode 569605.
N.B. – Telephonic participants will only be able to listen to the hearing.
They will not be able to speak or argue by phone. To argue you must appear live.**

## CONTESTED MATTERS

1. Motion of Baron & Budd, P.C. and Silber Pearlman, LLP Pursuant to Bankruptcy Rule 9023, to Alter or Amend (1) Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, and (2) Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial [Filed: 9/7/04] (Docket No. 6322).

   Related Documents:

   (a) Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 [Filed: 8/30/04] (Docket No. 6275)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:100674.1

(b)  Certification of Counsel re [Proposed] Order [Filed: 9/9/04] (Docket No. 6345)

(c)  Joinder of Brayton Purcell in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial [Filed: 9/30/04] (Docket No. 6516).

Response Deadline: October 4, 2004 at 12:00 p.m.

Responses Received:

(a)  Statement of the United States Trustee Regarding Motions of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend (1) Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, and (2) Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial [Filed: 10/1/04] (Docket No. 6519)

(b)  Opposition of Federal Insurance Company to Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023 to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial [Filed: 10/4/04] (Docket No. 6521).

Status:  This matter will go forward.

Dated: October 4, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession