IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------x
In re:                                                    Chapter 11

W.R. GRACE & Co., et al.,                                 Case No. 01-01139 (JKF)
                                                          (Jointly Administered)

              Debtors

**SEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004)**

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | August 1, 2004 through August 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $99,215.50): | $79,372.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $1,341.49 |

This is an: __X__ interim _____ final application

This is the Seventh Interim Application filed by Capstone Corporate Recovery, LLC. ("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano & Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities (for both Capstone and FTI) is approximately 21.50 hours and corresponding compensation requested is approximately $5,402.50. Disclosure for the current period is as follows:

SEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |

2

SEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Professional
## For the Period 8/1/2004 through 8/31/2004

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $495 | 18.60 | $9,207.00 |
| S. Cunningham | Member | $475 | 59.70 | $28,357.50 |
| C. Troyer | Consultant | $375 | 133.80 | $50,175.00 |
| L. Hamilton | Consultant | $335 | 13.10 | $4,388.50 |
| T. Sell | Consultant | $275 | 1.50 | $412.50 |
| M. Desalvio | Research | $150 | 30.25 | $4,537.50 |
| M. Hakoun | Research | $150 | 10.90 | $1,635.00 |
| N. Backer | Paraprofessional | $75 | 6.70 | $502.50 |
| For the Period 8/1/2004 through 8/31/2004 | | | 274.55 | $99,215.50 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code
## For the Period 8/1/2004 through 8/31/2004

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed information provided by the Debtors regarding proposed acquisition/divestiture transactions. | 25.80 | $10,492.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed claims data and updated its analyses thereon. | 1.50 | $562.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including preferred share and POR issues. | 12.30 | $5,446.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared monthly and quarterly Fee Applications, and related materials, for itself and FTI Consulting, Inc. | 21.50 | $5,402.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q2 2004 financial results. The Applicant also prepared schedules supporting report on Q4 performance and peer Q2 earnings for inclusion in a report to the Committee. | 94.25 | $35,449.00 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed information regarding the Debtors' convertible preferred stock/debt proposals, and prepared various summaries for the Committee thereon. | 108.75 | $38,330.00 |
| 21. Research | During the Fee Application period, the Applicant analyzed court dockets for pertinent case information, as well as updated information regarding peer asbestos litigation and peer Q2 performance. | 3.05 | $457.50 |
| 26. Meetings with Debtors | During the Fee Application Period, we met/participated in calls with the Debtors and their advisors regarding acquisition and divestiture transactions, 2nd quarter results and other issues. | 7.40 | $3,075.00 |
| For the Period 8/1/2004 through 8/31/2004 | | 274.55 | $99,215.50 |

Capstone Corporate Recovery, LLC
Invoice for the Seventh Fee Application

Page 1 of 1

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Summary of Fees by Task Code by Professional
## For the Period 8/1/2004 through 8/31/2004

| Professional | Hours | Fees |
|---|---:|---:|
| **01. Asset Acquisitions** | | |
| E. Ordway | 1.00 | $495.00 |
| S. Cunningham | 10.80 | $5,130.00 |
| C. Troyer | 12.30 | $4,612.50 |
| M. Hakoun | 1.70 | $255.00 |
| | 25.80 | $10,492.50 |
| **03. Claims Analysis & Valuation** | | |
| C. Troyer | 1.50 | $562.50 |
| | 1.50 | $562.50 |
| **04. Creditor Committee Matters** | | |
| E. Ordway | 2.70 | $1,336.50 |
| S. Cunningham | 5.10 | $2,422.50 |
| C. Troyer | 4.50 | $1,687.50 |
| | 12.30 | $5,446.50 |
| **07. Fee Applications & Invoices** | | |
| E. Ordway | 0.20 | $99.00 |
| L. Hamilton | 13.10 | $4,388.50 |
| T. Sell | 1.50 | $412.50 |
| N. Backer | 6.70 | $502.50 |
| | 21.50 | $5,402.50 |
| **08. Financial Analysis - Schedules & Statements** | | |
| E. Ordway | 3.20 | $1,584.00 |
| S. Cunningham | 13.30 | $6,317.50 |
| C. Troyer | 70.60 | $26,475.00 |

Capstone Corporate Recovery, LLC          Page 1 of 2
Invoice for the Seventh Fee Application

| Professional | Hours | Fees |
|---|---|---|
| M. Hakoun | 7.15 | $1,072.50 |
| | 94.25 | $35,449.00 |
| **11. Financial Analysis - Other** | | |
| E. Ordway | 11.50 | $5,692.50 |
| S. Cunningham | 27.50 | $13,062.50 |
| C. Troyer | 40.50 | $15,187.50 |
| M. Desalvio | 29.25 | $4,387.50 |
| | 108.75 | $38,330.00 |
| **21. Research** | | |
| M. Desalvio | 1.00 | $150.00 |
| M. Hakoun | 2.05 | $307.50 |
| | 3.05 | $457.50 |
| **26. Meetings with Debtors** | | |
| S. Cunningham | 3.00 | $1,425.00 |
| C. Troyer | 4.40 | $1,650.00 |
| | 7.40 | $3,075.00 |
| **For the Period 8/1/2004 through 8/31/2004** | 274.55 | $99,215.50 |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
### Detailed Time Description by Task Code
### For the Period 8/1/2004 through 8/31/2004

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Asset Acquisitions** | | | |
| 8/4/2004 | M. Hakoun | 1.70 | Prepared analysis of W.R.Grace's acquisition of Alltech compared to industry M&A deals. |
| 8/9/2004 | C. Troyer | 3.30 | Read and analyzed materials received from the Debtors regarding a proposed acquisition and divestiture. |
| 8/9/2004 | S. Cunningham | 2.30 | Read and analyzed information regarding Project Roof acquisition and divesture of Darex business line. |
| 8/11/2004 | S. Cunningham | 2.00 | Read and analyzed information pertaining to proposed Project Roof and related divestiture of certain assets. |
| 8/11/2004 | E. Ordway | 1.00 | Prepared analyses to evaluate Debtors' proposed M&A transaction. |
| 8/12/2004 | C. Troyer | 6.50 | Drafted a memo to the Committee pertaining to the proposed acquisition and divestiture. |
| 8/12/2004 | S. Cunningham | 2.70 | Prepared analysis of acquisition and divestiture proposal. |
| 8/13/2004 | S. Cunningham | 2.20 | Prepared analysis of Project Roof. |
| 8/16/2004 | C. Troyer | 2.50 | Prepared report to the Committee on the proposed acquisition and divestiture. |
| 8/17/2004 | S. Cunningham | 1.60 | Prepared/edited analysis of Project Roof acquisition. |
| Subtotal | | 25.80 | |
| **03. Claims Analysis & Valuation** | | | |
| 8/18/2004 | C. Troyer | 1.50 | Read and analyzed the claims analysis prepared by the Debtors. |
| Subtotal | | 1.50 | |
| **04. Creditor Committee Matters** | | | |
| 8/2/2004 | E. Ordway | 0.40 | Discussed preferred stock proposal with Committee members. |
| 8/3/2004 | C. Troyer | 1.30 | Discussed the Debtors' proposed convertible preferred stock term sheet with counsel. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/3/2004 | E. Ordway | 1.10 | Participated in conference call with counsel to discuss POR/preferred stock issue. |
| 8/3/2004 | S. Cunningham | 1.80 | Participated in conference call with counsel to discuss proposed preferred stock issue. |
| 8/4/2004 | S. Cunningham | 0.40 | Discussed preferred share issues with tax counsel. |
| 8/10/2004 | S. Cunningham | 1.40 | Discussed preferred stock vs. convertible debt structure with counsel. |
| 8/10/2004 | C. Troyer | 1.00 | Participated in a conference call with counsel to discuss the convertible preferred stock discussion document. |
| 8/12/2004 | C. Troyer | 0.50 | Participated in a conference call with counsel to discuss convertible preferred stock issues. |
| 8/12/2004 | S. Cunningham | 0.80 | Prepared for and participated in call with counsel to discuss preferred stock proposal. |
| 8/12/2004 | S. Cunningham | 0.70 | Discussed preferred stock options with Committee chair and counsel. |
| 8/18/2004 | E. Ordway | 0.80 | Participated in call with Committee to discuss POR term sheet. |
| 8/18/2004 | C. Troyer | 1.70 | Participated in a conference call with the Committee. |
| 8/23/2004 | E. Ordway | 0.40 | Corresponded with Committee member regarding valuation and POR issues. |
| Subtotal | | 12.30 | |

### 07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/2/2004 | L. Hamilton | 2.80 | Prepared quarterly fee application. |
| 8/2/2004 | L. Hamilton | 1.00 | Prepared June fee application. |
| 8/3/2004 | L. Hamilton | 2.30 | Prepared quarterly fee application. |
| 8/3/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/4/2004 | L. Hamilton | 1.10 | Prepared status report concerning fee applications/audit for FTI. |
| 8/4/2004 | L. Hamilton | 1.60 | Updated quarterly schedules for fee auditor. |
| 8/4/2004 | L. Hamilton | 0.80 | Prepared status report concerning fee applications for Capstone. |
| 8/5/2004 | T. Sell | 1.50 | Updated expense database. |
| 8/16/2004 | L. Hamilton | 0.90 | Prepared/edited July fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/16/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/18/2004 | N. Backer | 0.40 | Processed July fee application. |
| 8/23/2004 | N. Backer | 2.10 | Processed July fee application. |
| 8/23/2004 | L. Hamilton | 1.00 | Prepared July fee application. |
| 8/26/2004 | E. Ordway | 0.20 | Prepared fee application. |
| 8/30/2004 | L. Hamilton | 1.60 | Prepared July fee application. |
| Subtotal | | 21.50 | |

### 08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/4/2004 | C. Troyer | 2.50 | Analyzed discussion materials and 2nd quarter financial package in advance of conference call with the Debtors. |
| 8/6/2004 | S. Cunningham | 3.00 | Read second quarter analysis and evaluated with respect to "material weakness" issues. |
| 8/11/2004 | C. Troyer | 6.40 | Prepared schedules supporting the report to the Committee on 2nd quarter performance. |
| 8/11/2004 | M. Hakoun | 0.90 | Prepared summary of 2Q04 earnings of peer specialty chemical companies |
| 8/11/2004 | M. Hakoun | 1.60 | Analyzed peer 2Q04 earnings, prepared summary schedule of top line financials. |
| 8/16/2004 | C. Troyer | 2.30 | Read and analyzed the 2nd quarter 10Q. |
| 8/16/2004 | C. Troyer | 2.70 | Prepared supporting schedules for the report to the Committee on 2nd quarter performance. |
| 8/17/2004 | C. Troyer | 6.00 | Prepared schedules supporting the report to the Committee on 2nd quarter performance. |
| 8/18/2004 | C. Troyer | 6.00 | Drafted report to the Committee on 2nd quarter performance. |
| 8/19/2004 | E. Ordway | 1.20 | Read and analyzed most recent financial reports, compared to plan, and summarized observations for further investigation. |
| 8/19/2004 | E. Ordway | 0.60 | Prepared EBITDA analysis for inclusion in monitoring report. |
| 8/19/2004 | C. Troyer | 6.00 | Prepared supporting schedules for the report to the Committee on 2nd quarter performance. |
| 8/20/2004 | E. Ordway | 0.80 | Prepared comparative analysis of revenues for inclusion in monitoring report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/20/2004 | C. Troyer | 4.00 | Drafted report to the Committee on 2nd quarter performance. |
| 8/23/2004 | S. Cunningham | 2.00 | Read Q2 financial data and prepared analysis. |
| 8/23/2004 | C. Troyer | 8.30 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/24/2004 | C. Troyer | 6.50 | Drafted report to the Committee on the Debtors' 2nd quarter performance. |
| 8/24/2004 | S. Cunningham | 2.40 | Read Q2 financial data and prepared analysis. |
| 8/25/2004 | C. Troyer | 2.30 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/26/2004 | S. Cunningham | 3.00 | Prepared analysis of Q2 financial results. |
| 8/26/2004 | C. Troyer | 7.00 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/27/2004 | C. Troyer | 4.50 | Drafted the report to the Committee on 2nd quarter performance. |
| 8/27/2004 | S. Cunningham | 2.50 | Prepared analysis of Q2 results for inclusion in report to Committee. |
| 8/30/2004 | E. Ordway | 0.60 | Continued preparation of 2nd quarter performance report to the Committee. |
| 8/31/2004 | M. Hakoun | 1.20 | Read and analyzed peer company analyst reports. |
| 8/31/2004 | M. Hakoun | 2.15 | Gathered and read peer chemical company 2Q04 SEC filings. |
| 8/31/2004 | M. Hakoun | 1.30 | Summarized key developments in peer operations. |
| 8/31/2004 | S. Cunningham | 0.40 | Prepared analysis of Q2 results. |
| 8/31/2004 | C. Troyer | 6.10 | Drafted report to the Committee on 2nd quarter performance. |
| Subtotal | | 94.25 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/2/2004 | S. Cunningham | 2.50 | Read and analyzed terms of preferred stock proposed by Debtors including research of comparable instruments. |
| 8/3/2004 | E. Ordway | 0.60 | Prepared/edited analyses regarding structure of convertible note/preferred stock proposals. |
| 8/3/2004 | S. Cunningham | 2.30 | Read and analyzed information pertaining to issuances of preferred stock by other companies. |
| 8/3/2004 | M. Desalvio | 3.80 | Read and analyzed rating information regarding new issues of convertible preferred stock. Gathered related articles and analysts reports. |
| 8/3/2004 | S. Cunningham | 2.20 | Prepared analysis of preferred stock vs. other debt/equity instruments. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/4/2004 | S. Cunningham | 3.10 | Read and analyzed information regarding issues related to convertible preferred stock and evaluated alternative structures. |
| 8/4/2004 | M. Desalvio | 9.50 | Continued to read and summarize convertible preferred stock information. |
| 8/4/2004 | E. Ordway | 0.40 | Analyzed market terms of recent convertible debt issues. |
| 8/5/2004 | S. Cunningham | 1.50 | Read and analyzed information regarding preferred stock issues and prepared analysis thereon. |
| 8/5/2004 | E. Ordway | 1.10 | Analyzed/researched tax issues pertaining to POR proposal. |
| 8/5/2004 | M. Desalvio | 7.30 | Continued to read and summarize convertible preferred stock information. |
| 8/5/2004 | C. Troyer | 4.30 | Prepared discussion document for the Committee regarding the Debtors' proposed convertible preferred stock term sheet. |
| 8/6/2004 | M. Desalvio | 2.15 | Prepared convertible preferred stock data summary. |
| 8/6/2004 | M. Desalvio | 2.00 | Read and analyzed rating information regarding new issues of convertible preferred stock. |
| 8/6/2004 | E. Ordway | 0.80 | Analyzed tax issues regarding preferred stock issuance to Committee. |
| 8/9/2004 | C. Troyer | 5.90 | Prepared discussion materials pertaining to the convertible preferred stock term sheet received from the Debtors. |
| 8/9/2004 | E. Ordway | 1.60 | Prepared analyses and term sheet to support POR proposal. |
| 8/9/2004 | E. Ordway | 0.50 | Analyzed recent preferred stock offerings. |
| 8/9/2004 | M. Desalvio | 2.00 | Read and summarized listing of recent convertible bond issues. |
| 8/9/2004 | S. Cunningham | 3.30 | Read and analyzed various convertible/preferred stock motions. |
| 8/10/2004 | E. Ordway | 1.50 | Prepared analysis summarizing key terms of report various preferred stock issues. |
| 8/10/2004 | S. Cunningham | 2.60 | Evaluated issues regarding convertible preferred stock versus convertible bonds. |
| 8/10/2004 | C. Troyer | 6.50 | Updated discussion document pertaining to the proposed convertible preferred stock term sheet received from the Debtors. |
| 8/11/2004 | C. Troyer | 2.60 | Updated the discussion document pertaining to the convertible preferred stock term sheet prepared by the Debtors. |
| 8/11/2004 | E. Ordway | 0.80 | Analyzed data regarding proposed asset transaction. |
| 8/12/2004 | S. Cunningham | 2.10 | Prepared/edited draft term sheet regarding convertible debt versus preferred stock. |

**Capstone Corporate Recovery, LLC**  
**Invoice for the Seventh Fee Application**

Page 5 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/12/2004 | E. Ordway | 1.60 | Prepared updated analyses to illustrate POR proposal. |
| 8/12/2004 | M. Desalvio | 0.80 | Continued to read and summarize recent convertible bond issues. |
| 8/13/2004 | S. Cunningham | 2.30 | Prepared and analyzed summary of comparable data regarding convertible debt issuances. |
| 8/13/2004 | C. Troyer | 8.50 | Researched and analyzed terms of recent issuances of convertible debt. |
| 8/16/2004 | C. Troyer | 1.50 | Prepared updated term sheet analysis and discussed with counsel. |
| 8/16/2004 | E. Ordway | 0.80 | Prepared for conference call to discuss POR proposal by analyzing Debtors' proposal, our analyses, etc. |
| 8/17/2004 | S. Cunningham | 2.40 | Read and analyzed term sheet and comparable transaction summary regarding convertible debt. |
| 8/17/2004 | M. Desalvio | 1.70 | Continued to summarize recent convertible bond issue data. |
| 8/18/2004 | E. Ordway | 0.40 | Prepared discussion outline for conference call with Committee. |
| 8/18/2004 | E. Ordway | 0.70 | Prepared for Committee conference call by reading recent financial data, counsel memos and our POR proposal. |
| 8/24/2004 | C. Troyer | 1.80 | Read and analyzed the enhanced severance and KWELMBS settlement motion. |
| 8/24/2004 | C. Troyer | 0.70 | Drafted questions regarding the enhanced severance and KWELMBS settlement motions. |
| 8/24/2004 | S. Cunningham | 2.10 | Read information and prepared analysis related to severance and other motions filed on 8/24/04. |
| 8/30/2004 | E. Ordway | 0.30 | Read judge's order re: comply with rule 2019. |
| 8/30/2004 | C. Troyer | 6.30 | Drafted a memo to the Committee regarding the KWELMBS settlement motion and the enhanced severance motion. |
| 8/31/2004 | S. Cunningham | 1.10 | Reviewed/edited final draft memo to Committee regarding severance/insurance motion. |
| 8/31/2004 | E. Ordway | 0.40 | Reviewed prior severance motions in connection with currently proposed motion for revision thereto. |
| 8/31/2004 | C. Troyer | 2.40 | Drafted memo to the Committee on the proposed KWELMBS settlement motion and the enhanced settlement motion. |
| Subtotal | | 108.75 | |

21. Research

Capstone Corporate Recovery, LLC  
Invoice for the Seventh Fee Application

Page 6 of 7

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 8/13/2004 | M. Hakoun | 1.40 | Updated information regarding asbestos litigation associated with peer asbestos companies and legislative developments. |
| 8/13/2004 | M. Hakoun | 0.65 | Updated bankruptcy docket virtual database |
| 8/31/2004 | M. Desalvio | 1.00 | Gathered analysts' reports on Q2 results for Debtors' competitors. |
| Subtotal | | 3.05 | |
| **26. Meetings with Debtors** | | | |
| 8/2/2004 | C. Troyer | 0.70 | Participated in a conference call with the Debtors to discuss the proposed convertible preferred stock term sheet. |
| 8/5/2004 | C. Troyer | 1.30 | Participated in a conference call with the Debtors to discuss 2nd quarter performance. |
| 8/12/2004 | C. Troyer | 1.50 | Participated in a conference call with the Debtors to discuss the proposed acquisition and divestiture. |
| 8/12/2004 | S. Cunningham | 1.00 | Participated in call with Debtors to discuss Project Roof acquisition. |
| 8/23/2004 | S. Cunningham | 2.00 | Discussed convertible debt term sheet with Blackstone and reviewed comparable transaction information. |
| 8/23/2004 | C. Troyer | 0.30 | Participated in a conference call with the financial advisors to the Debtors regarding the term sheet submitted to the Debtors by the Committee. |
| 8/26/2004 | C. Troyer | 0.30 | Participated in a conference call with the Debtors to discuss the proposed enhanced severance program. |
| 8/30/2004 | C. Troyer | 0.30 | Participated in a conference call with the Debtors to discuss the KWELMBS settlement motion. |
| Subtotal | | 7.40 | |
| **Total Hours** | | **274.55** | |