IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 01-01139 (JKF) |
| | § | (Jointly Administered) |
| W.R. GRACE & CO., et al., | § | |
| | § | **Related to Docket Nos.** |
| | § | 6275; 6322; 6345 |
| | § | **Hearing Date:** |
| | § | October 6, 2004 at 12:00 p.m. |
| Debtors. | § | Pittsburgh, PA |

**JOINDER OF CAMPBELL, CHERRY, HARRISON, DAVIS & DOVE, PC IN THE MOTION OF BARON & BUDD AND SILBER PEARLMAN PURSUANT TO BANKRUPTCY RULE 9023, TO ALTER OR AMEND AMENDATORY ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, OR ALTERNATIVELY, FOR NEW TRIAL [DOCKET NO. 6322]**

Campbell, Cherry, Harrison, Davis & Dove, PC ("Campbell Cherry") is a law firm representing numerous tort victims asserting personal injury claims against the Debtors in this chapter 11 case. Brayton Purcell hereby joins in the Motion of Baron & Budd and Silber Pearlman Pursuant to Bankruptcy Rule 9023, to Alter or Amend Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, or Alternatively, for New Trial [Docket No. 6322] (the "Motion to Amend").

Therefore, for the reasons set forth in the Motion to Amend, Campbell Cherry respectfully requests that this Court grant the relief sought by Baron & Budd and Silber Pearlman, enter an order modifying the disclosure required of law firms in this Case under Rule 2019 in form consistent with the proposed order submitted with the Motion to Amend, and grant such other and further relief to which this Court deems Campbell Cherry and Baron & Budd and Silber Pearlman entitled.

-2-

Dated: October 4, 2004                              Respectfully submitted,
       Wilmington, Delaware

                                                    */s/ Daniel K. Hogan*
                                                    Daniel K. Hogan (De. Bar No. 2814)
                                                    1311 Delaware Avenue
                                                    Wilmington, Delaware 19806
                                                    Telephone:  (302) 656-7540
                                                    Facsimile: (302) 656-7599

                                                    *and*

                                                    **STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, A Professional Corporation**
                                                    Sander L. Esserman
                                                    Texas Bar No. 06671500
                                                    2323 Bryan Street, Suite 2200
                                                    Dallas, Texas 75201
                                                    Telephone: (214) 969-4900
                                                    Facsimile: (214) 969-4999

                                                    **COUNSEL FOR CAMPBELL**, **CHERRY**, **HARRISON**, **DAVIS** & **DOVE**, **PC**