# EXHIBIT A

**General - 00000**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | April | May | June | |
| Harris, Colin | Partner | $     350.00 | 2.8 | 0 | 0 | $     980.00 |
| | | | | | | |
| TOTAL | | | 2.8 | 0.0 | 0.0 | $     980.00 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/13/04 | CGH | Per R. Emmett's request, review pleadings file for status of settlements of oil companies in 2002 (.50); review Samson complaint and related documents re plaintiff's suit against Samson post-bankruptcy and Samson's acquiring Grace's liabilities by stock/merger (.50); review settlement agreements for references to Grace (.30); review summary of case in bankruptcy spreadsheet and draft e-mail to R. Emmett (.20). | 1.50 | $ | 525.00 |
| 04/16/04 | CGH | Review bankruptcy filing in NY Hillside case (1.00); prepare for and participate in conference call with KWLund re same (.30). | 1.30 | | 455.00 |
| | | **Total Fees Through April 30, 2004:** | **2.80** | **$** | **980.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 2.80 | $ | 980.00 |
| | | | **Total Fees:** | **2.80** | **$** | **980.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 111,074.09 |

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|-------|-----|------|-------------|
| | | | April | May | June | Total Comp. |
| Neitzel, Charlotte | Partner | $ 350.00 | 0 | 0 | 3.1 | $ 1,085.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 1.3 | 0 | 4.6 | $ 1,652.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 0 | 0 | 1.3 | $ 162.50 |
| | | | | | | |
| TOTAL | | | 1.3 | 0 | 9 | $ 2,899.50 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $         - | $         - | $         - | $         - |
| Photocopies | $      5.25 | $         - | $      4.50 | $      9.75 |
| Facsimilies | $         - | $         - | $      3.00 | $      3.00 |
| Long Distance Telephone | $      2.40 | $         - | $      2.00 | $      4.40 |
| Outside Courier | $         - | $         - | $         - | $         - |
| Travel Expenses | $         - | $         - | $         - | $         - |
| Meal Expenses | $         - | $         - | $         - | $         - |
| Overtime | $         - | $         - | $         - | $         - |
| Other Expenses | $    196.80 | $    203.36 | $    203.36 | $    603.52 |
| Lexis | $         - | $         - | $         - | $         - |
| Federal Epress | $         - | $         - | $         - | $         - |
| Westlaw | $         - | $         - | $         - | $         - |
| Velo Binding | $         - | $         - | $         - | $         - |
| Color Copies | $         - | $         - | $         - | $         - |
| Outside Reproduction | $         - | $         - | $         - | $         - |
| Research Services | $         - | $         - | $         - | $         - |
| Tab Stock | $         - | $         - | $         - | $         - |
| | | | | $         - |
| | | | | $         - |
| **TOTAL** | **$    204.45** | **$    203.36** | **$    212.86** | **$    620.67** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 667181 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/16/04 | KJC | Telephone conference with M. Murphy re Lason document scanning and missing big floppies (0.50). | 0.50 | $ | 140.00 |
| 04/21/04 | KJC | Review and respond to email from M. Murphy re computer disks in old production documents (0.30). | 0.30 | | 84.00 |
| 04/27/04 | KJC | Telephone conference with A. Stringer re search for computer disks (.50). | 0.50 | | 140.00 |
| | | **Total Fees Through April 30, 2004:** | **1.30** | **$** | **364.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 1.30 | $ | 364.00 |
| | | **Total Fees:** | | **1.30** | **$** | **364.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/31/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: L606078; DATE: 3/31/2004  -  Document Storage - April 2004 | $ | 196.80 |
| 04/06/04 | 35 | Photocopy | | 5.25 |
| 04/08/04 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:11:2 | | 0.20 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/14/04 | | Long Distance Telephone: 6174265900, 8 Mins., TranTime:9:27 | 0.80 |
| 04/23/04 | | Long Distance Telephone: 4062933964, 2 Mins., TranTime:16:13 | 0.10 |
| 04/27/04 | | Long Distance Telephone: 4062933964, 13 Mins., TranTime:10:59 | 1.30 |
| | | **Total Disbursements:** | $    **204.45** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 5.25 |
| Long Distance Telephone | | 2.40 |
| Other Expense | | 196.80 |
| **Total Disbursements:** | **$** | **204.45** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | *Outstanding Balance on Invoice 612649:* | | *$    1,095.20* |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 669970 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/30/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: M161686; DATE: 4/30/2004  -  Storage - April 2004 | $ | 203.36 |
| | | **Total Disbursements:** | **$** | **203.36** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 203.36 |
| **Total Disbursements:** | **$** | **203.36** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | | *Outstanding Balance on Invoice 612649:* | *$   1,095.20* |
| | | | |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 671980 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/09/04 | KJC | Review new Community Advisory Group meeting minutes. | 0.50 | $  140.00 |
| 06/10/04 | KJC | Research re sale agreement with Universal Land Corp. re pole building (.50); telephone conferences with A. Stringer re same (.20). | 0.70 | 196.00 |
| 06/15/04 | KJC | Research re ATSDR request re expanding plant personnel (1.00); telephone conferences with R. Finke and W. Corcoran re same (0.60). | 1.60 | 448.00 |
| 06/16/04 | CLN | Conference with D. Kuchinsky re FOIA requests to ATSDR ▬, conference with NKTognetti re same (.30); prepare and finalize letter to D. Kuchinsky re FOIA requests to ATSDR (.50). | 0.80 | 280.00 |
| 06/16/04 | KJC | Telephone conferences with R. Finke and W. Corcoran re ATSDR request regarding expanding plant personnel (1.00); research re same (0.80). | 1.80 | 504.00 |
| 06/16/04 | NKT | Research DCS files re FOIA requests to ATSDR and responses to same per CLNeitzel. | 0.90 | 112.50 |
| 06/17/04 | CLN | Conference with D. Kuchinsky re ATSDR responses to FOIA requests (.30); telephone call to Sciences International re D. Kuchinsky request (.20); conference with B. Anderson re D. Kuchinsky request (.50); review FOIA and answers to respond to D. Kuchinsky request (1.30). | 2.30 | 805.00 |
| 06/17/04 | NKT | Research and locate requested ATSDR documents per CLNeitzel request. | 0.40 | 50.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through June 30, 2004:** | **9.00** | **$   2,535.50** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 671980 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 3.10 | $ | 1,085.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 4.60 | | 1,288.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 1.30 | | 162.50 |
| | | **Total Fees:** | | **9.00** | **$** | **2,535.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 05/31/04 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: M672165; DATE: 5/31/2004 - Document Storage - May 2004 | $ | 203.36 |
| 06/10/04 | 3 | Facsimile | | 3.00 |
| 06/10/04 | | Long Distance Telephone: 4062933964, 4 Mins., TranTime:13:1 | | 0.40 |
| 06/15/04 | | Long Distance Telephone: 4105314355, 8 Mins., TranTime:15:57 | | 0.80 |
| 06/15/04 | | Long Distance Telephone: 4105314355, 6 Mins., TranTime:16:25 | | 0.60 |
| 06/16/04 | 30 | Photocopy | | 4.50 |
| 06/28/04 | | Long Distance Telephone: 7194485939, 2 Mins., TranTime:11:16 | | 0.20 |
| | | **Total Disbursements:** | **$** | **212.86** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 671980 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 4.50 |
| Facsimile | | 3.00 |
| Long Distance Telephone | | 2.00 |
| Other Expense | | 203.36 |
| **Total Disbursements:** | **$** | **212.86** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 612649 | 10/30/02 | Bill | 7,504.74 |
| | 12/16/02 | Cash Receipt | -6,409.54 |
| | 12/23/02 | Cash Receipt | -108.63 |
| | 04/14/03 | Cash Receipt Cancellation | 108.63 |
| | *Outstanding Balance on Invoice 612649:* | | *$   1,095.20* |
| | | | |
| 620923 | 01/24/03 | Bill | 309,771.81 |
| | 04/11/03 | Cash Receipt | -259,371.06 |
| | 04/14/03 | Cash Receipt Cancellation | 259,371.06 |
| | *Outstanding Balance on Invoice 620923:* | | *$ 309,771.81* |
| | | | |
| 621058 | 01/31/03 | Bill | 1,435.19 |
| | 04/11/03 | Cash Receipt | -1,191.79 |
| | 04/14/03 | Cash Receipt | -1,191.79 |
| | 04/14/03 | Cash Receipt Cancellation | 1,191.79 |
| | 09/05/03 | Cash Receipt | -237.92 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
| | | | April | May | June | |
|------|----------|-------------|-------|-----|------|-------------|
| Flaagan, Elizabeth | Partner | $    300.00 | 0.8 | 1 | 1 | $      840.00 |
| Coggon, Katheryn | Special Counsel | $    280.00 | 0 | 6.4 | 0 | $   1,792.00 |
| Haag, Susan | Paralegal | $    125.00 | 0 | 2.1 | 6.3 | $   1,050.00 |
| | | | | | | |
| TOTAL | | | 0.8 | 9.5 | 7.3 | $   3,682.00 |

**Bankruptcy Matters - 00390**

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $        - | $        8.70 | $       44.10 | $          52.80 |
| Facsimilies | $        - | $        - | $        - | $          - |
| Long Distance Telephone | $        - | $        0.60 | $        0.10 | $          0.70 |
| Outside Courier | $        - | $        - | $        - | $          - |
| Travel Expenses | $        - | $        - | $        - | $          - |
| Lexis | $        - | $        - | $        - | $          - |
| Federal Epress | $        - | $        - | $       27.56 | $          27.56 |
| Meal Expenses | $        - | $        - | $        - | $          - |
| Research Services | $      6.09 | $        - | $        - | $          6.09 |
| Professional Services | $        - | $     1,631.13 | $        - | $        1,631.13 |
| Postage | $        - | $        - | $        - | $          - |
| | | | | |
| **TOTAL** | **$      6.09** | **$     1,640.43** | **$       71.76** | **$        1,718.28** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

|  |  |
|---|---|
| Page | 25 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 04/12/04 | EKF | Review and revise March invoices (prebills) (.80). | 0.80 | $ | 240.00 |
| | | **Total Fees Through April 30, 2004:** | **0.80** | **$** | **240.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 0.80 | $ | 240.00 |
| | | **Total Fees:** | | **0.80** | **$** | **240.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount | |
|---|---|---|---|---|
| 04/23/04 | | Library: VENDOR: Wells Fargo Remittance Center; INVOICE#: 04082004; DATE: 4/23/2004  -  Master Card Charges to Pacer Service Center for Delaware Bankruptcy Court on 11/05/03 | $ | 4.41 |
| 04/23/04 | | Library: VENDOR: Wells Fargo Remittance Center; INVOICE#: 04082004; DATE: 4/23/2004  -  Master Card Charges to Pacer Service Center for Delaware Bankruptcy Court on 12/30/03 | | 1.68 |
| | | **Total Disbursements:** | **$** | **6.09** |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

Page            26
Invoice No.:    667181
Client   No.:   04339
Matter  No.:    00390

## Disbursement Summary

| Library | $ | 6.09 |
|---|---|---|
| **Total Disbursements:  $** | | **6.09** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |
| | 12/23/02 | Cash Receipt | -132.27 |
| | 04/14/03 | Cash Receipt Cancellation | 132.27 |
| | | *Outstanding Balance on Invoice 612649:* | *$    1,333.50* |
| 621058 | 01/31/03 | Bill | 3,749.68 |
| | 04/11/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt | -3,425.88 |
| | 04/14/03 | Cash Receipt Cancellation | 3,425.88 |
| | 09/05/03 | Cash Receipt | -316.51 |
| | | *Outstanding Balance on Invoice 621058:* | *$    7.29* |
| 628890 | 04/16/03 | Bill | 3,900.58 |
| | 06/16/03 | Cash Receipt | -3,198.68 |
| | 10/02/03 | Cash Receipt | -698.90 |
| | | *Outstanding Balance on Invoice 628890:* | *$    3.00* |
| 639049 | 07/31/03 | Bill | 3,095.49 |

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 669970 |
| Client   No.: | 04339 |
| Matter   No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 05/12/04 | EKF | Review and revise April invoices (prebills) (.70). | 0.70 | $ | 210.00 |
| 05/14/04 | KJC | Telephone conference with R. Emmett re Libby costs (.30); telephone conferences with Remedium re Libby costs (.40); research re Libby costs (1.20). | 1.90 | | 532.00 |
| 05/17/04 | KJC | Telephone conference with J. Roeder re Libby cost research (0.30); research re Libby costs (0.60). | 0.90 | | 252.00 |
| 05/18/04 | KJC | Research re Libby costs including telephone conferences with A. Stringer. | 1.90 | | 532.00 |
| 05/19/04 | KJC | Research re Libby costs (1.10); telephone conference with R. Marriam re Libby costs (0.60). | 1.70 | | 476.00 |
| 05/28/04 | EKF | Review, revise and finalize March 2004 fee application (.30). | 0.30 | | 90.00 |
| 05/28/04 | SH | Calculate March fee application (1.70); compile and file March fee applications (.40). | 2.10 | | 262.50 |

**Total Fees Through May 31, 2004:**    **9.50**    **$    2,354.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.00 | $ | 300.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 6.40 | | 1,792.00 |
| SH | Susan Haag | Paralegal | 125.00 | 2.10 | | 262.50 |

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 669970 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| | | **Total Fees:** | | **9.50** | $  **2,354.50** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/28/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 263188; DATE: 4/28/2004  -  Professional services through 3/31/04 | $ | 1,152.62 |
| 05/14/04 | | Long Distance Telephone: 9018202023, 3 Mins., TranTime:9:34 | | 0.30 |
| 05/17/04 | | Long Distance Telephone: 4062933964, 2 Mins., TranTime:16:14 | | 0.20 |
| 05/20/04 | | Long Distance Telephone: 3028886818, 1 Mins., TranTime:8:52 | | 0.10 |
| 05/24/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 264285; DATE: 5/24/2004  -  HRO Legal Fees & Costs in WR Grace Bankruptcy (Professional Services through 04/30/04) | | 478.51 |
| 05/28/04 | 58 | Photocopy | | 8.70 |
| | | **Total Disbursements:** | $ | **1,640.43** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,631.13 |
| Photocopy | | 8.70 |
| Long Distance Telephone | | 0.60 |
| **Total Disbursements:** | $ | **1,640.43** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 671980 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 06/01/04 | SH | Begin calculating 12th Interim Fee Application. | 0.60 | $ | 75.00 |
| 06/02/04 | EKF | Review, revise and finalize 12th interim quarterly fee application (.30). | 0.30 | | 90.00 |
| 06/02/04 | SH | Finalize calculation of 12th Interim Fee Application. | 2.30 | | 287.50 |
| 06/07/04 | SH | Finalize amounts for 12th interim fee application (.70); compile and file 12th interim fee application (.50). | 1.20 | | 150.00 |
| 06/17/04 | EKF | Review fee auditor's combined final report regarding fee applications. | 0.20 | | 60.00 |
| 06/25/04 | EKF | Review court order of June 16, 2004 on allowance of fees (.10.); draft e-mail to KWLund re same (.10). | 0.20 | | 60.00 |
| 06/28/04 | EKF | Review and finalize April monthly fee application. | 0.30 | | 90.00 |
| 06/28/04 | SH | Draft April fee application (1.80); compile and file April fee application (.40). | 2.20 | | 275.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through June 30, 2004:** | **7.30** | **$** | **1,087.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.00 | $ | 300.00 |
| SH | Susan Haag | Paralegal | 125.00 | 6.30 | | 787.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Total Fees:** | **7.30** | **$** | **1,087.50** |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 671980 |
| Client   No.: | 04339 |
| Matter   No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 06/01/04 | 74 | Photocopy | $ | 11.10 |
| 06/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-799-66954; DATE: 6/4/2004  -  Courier, Acct. 0802-0410-8. 05-28; William Weller Wilmington, De | | 10.47 |
| 06/07/04 | | Long Distance Telephone: 3028886909, 1 Mins., TranTime:10:33 | | 0.10 |
| 06/07/04 | 168 | Photocopy | | 25.20 |
| 06/11/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 1-846-23375; DATE: 6/11/2004  -  Courier, Acct. 0802-0410-8. 06-07; William Weller Wilmington, De | | 17.09 |
| 06/28/04 | 52 | Photocopy | | 7.80 |
| | | **Total Disbursements:** | $ | **71.76** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 44.10 |
| Long Distance Telephone | | 0.10 |
| Federal Express | | 27.56 |
| **Total Disbursements:** | $ | **71.76** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 612649 | 10/30/02 | Bill | 6,832.32 |
| | 12/16/02 | Cash Receipt | -5,498.82 |

**Ninth Circuit Appeal - 00420**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|-------|-----|------|-------------|
| | | | April | May | June | |
| Brown, Linnea | Partner | $ 400.00 | 0.8 | 0 | 0 | $ 320.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 50.2 | 0 | 11.9 | $ 17,388.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 3.1 | 0 | 0 | $ 868.00 |
| Sherman, Joan | Paralegal | $ 150.00 | 7.2 | 0 | 0 | $ 1,080.00 |
| Carroll, Ann | Paralegal | $ 140.00 | 2 | 0 | 0 | $ 280.00 |
| Tognetti, Natalie | Paralegal | $ 125.00 | 61.2 | 0.3 | 3 | $ 8,062.50 |
| Floyd, Mary Beth | Information Spec. | $ 125.00 | 1 | 0 | 0 | $ 125.00 |
| | | | | | | |
| TOTAL | | | 125.50 | 0.30 | 14.90 | $ 28,123.50 |

**Ninth Circuit Appeal - 00420**

| Description | April | May | June | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $          - | $          - | $          - | $          - |
| Photocopies | $       1.65 | $          - | $     126.30 | $     127.95 |
| Facsimilies | $          - | $          - | $       3.00 | $       3.00 |
| Long Distance Telephone | $      11.80 | $          - | $       4.00 | $      15.80 |
| Outside Courier | $      26.10 | $          - | $          - | $      26.10 |
| Federal Express | $          - | $          - | $          - | $          - |
| Service of Process | $          - | $          - | $          - | $          - |
| Velo Binding | $          - | $          - | $       5.00 | $       5.00 |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Travel Expense | $          - | $          - | $          - | $          - |
| Color Copies | $       2.60 | $          - | $      18.85 | $      21.45 |
| Other Expenses | $          - | $          - | $          - | $          - |
| Westlaw | $          - | $          - | $          - | $          - |
| | | | | |
| TOTAL | $      42.15 | $          - | $     157.15 | $     199.30 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/01/04 | KJC | Review and respond to email re brief (0.30). | 0.30 | $    84.00 |
| 04/01/04 | NKT | Research re documents cited in brief (2.00): update W.R. Grace Appeal database with results of same (.80); telephone conference with J. O'Quinn re follow-up items for finalization of brief (.20); review revised draft of brief along with information in W.R. Grace Appeal database (3.40); review EPA memorandum re residential cleanup (.50). | 6.90 | 862.50 |
| 04/02/04 | NKT | Research databases and filed briefs re documents cited in draft brief (4.70); update W.R. Grace Appeal database with results of same (.80); draft email to J. O'Quinn re status of research re Excerpts of Record (.60); begin research re previously filed deposition testimony (.30). | 6.40 | 800.00 |
| 04/05/04 | NKT | Research re deposition testimony cited in draft brief (5.50); draft email to J. O'Quinn re results and follow-up (.50). | 6.00 | 750.00 |
| 04/06/04 | NKT | Research re deposition testimony cited in draft brief (1.80); review and compile new documents received from J. O'Quinn for imaging into system (.40); work with CCotts re new database organization for appeal database (.50); review docket sheet and begin updating database with relevant information (.60). | 3.30 | 412.50 |
| 04/07/04 | NKT | Work with CCotts to revise design of W.R. Grace Appeal database (1.00). | 1.00 | 125.00 |
| 04/08/04 | KJC | Conferences with NKTognetti re appeal database (.20); address issues re brief (.80); review and sign amicus letter (.20). | 1.20 | 336.00 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 667181 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/08/04 | NKT | Conference with KJCoggon re status of W.R. Grace appeal database and other action items (.20); review case docket sheet and input relevant information into appeal database (2.00); follow-up research of databases re documents cited in draft brief (.80); email correspondence with J. O'Quinn re Excerpts of Record (.20). | 3.20 | 400.00 |
| 04/09/04 | KJC | Telephone conferences with C. Landau, J. O'Quinn, and N. Timmers re appeal issues (1.40). | 1.40 | 392.00 |
| 04/12/04 | KJC | Address questions re citations in brief (2.30); telephone conference with J. Freeman and J. Stahr re transcript and email team re same (0.50). | 2.80 | 784.00 |
| 04/12/04 | NKT | Conferences with KJCoggon and WBrown re final tasks for preparation of excerpts of records of brief. | 0.40 | 50.00 |
| 04/13/04 | KJC | Review brief and address cite checking issues. | 4.30 | 1,204.00 |
| 04/13/04 | NKT | Review revised draft brief for documents cited (2.80); draft email to KJCoggon and Kirkland & Ellis team re results of research (.50). | 3.30 | 412.50 |
| 04/14/04 | KJC | Review brief and address cite checking issues (6.40). | 6.40 | 1,792.00 |
| 04/14/04 | AEC | Cite check draft brief. | 2.00 | 280.00 |
| 04/14/04 | JLS | Review and cite check revised draft brief (4.00). | 4.00 | 600.00 |
| 04/14/04 | NKT | Prepare Excerpts of Record cited in brief (5.50); cite check draft brief and correspondence with KJCoggon re same (2.80). | 8.30 | 1,037.50 |
| 04/14/04 | MBF | Cite check draft brief. | 1.00 | 125.00 |
| 04/15/04 | KJC | Review brief and address cite checking issues (2.50). | 2.50 | 700.00 |
| 04/15/04 | JLS | Prepare Excerpts of Record cited in brief (2.90); conferences with KJCoggon and NKTognetti re same (.30). | 3.20 | 480.00 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | | |
|---|---|---|
| Page | 34 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 04/15/04 | NKT | Prepare Excerpts of Record cited in brief (5.50); conferences with KJCoggon and JLSherman re same (.30); work with Litigation Support re design of database and electronic documents (1.00); prepare index of Excerpts of Record and hard copies for transmittal to J. O'Quinn (.80). | 7.60 | 950.00 |
| 04/16/04 | KJC | Review index for Excerpts of Record (0.40); address questions re brief (0.70). | 1.10 | 308.00 |
| 04/16/04 | NKT | Finalize Excerpts of Record index for review by KJCoggon and Kirkland & Ellis team. | 2.30 | 287.50 |
| 04/19/04 | KJC | Address questions and comments re brief (2.50). | 2.50 | 700.00 |
| 04/20/04 | LB | Review draft appellate brief and provide comments re same to KJCoggon. | 0.80 | 320.00 |
| 04/20/04 | KJC | Assist with brief and Excerpts of Record (1.30); review final draft of brief and telephone conferences with C. Landau and J. O'Quinn re comments on same (4.40). | 5.70 | 1,596.00 |
| 04/21/04 | KJC | Assist re finalizing brief and Excerpts of Record (2.40); review draft brief (1.20). | 3.60 | 1,008.00 |
| 04/21/04 | NKT | Research re supplemental citations for draft brief (4.00); correspondence with KJCoggon and J. O'Quinn re same (.60); conferences with practice support team to computerize new Excerpts of Record (.50). | 5.10 | 637.50 |
| 04/22/04 | KJC | Address issues re final edits to brief and Excerpts of Record including telephone conferences and email exchange with C. Landau and J. O'Quinn (3.50); email exchange with amicus counsel (0.40). | 3.90 | 1,092.00 |
| 04/22/04 | NKT | Prepare new Excerpts of Record and correspondence with KJCoggon and J. O'Quinn re same (2.40). . | 2.40 | 300.00 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 04/23/04 | KJC | Telephone conferences with C. Landau and J. O'Quinn re final edits to brief and follow up re same (1.90); review comments on brief (1.30); review brief (1.00). | 4.20 | 1,176.00 |
| 04/23/04 | NKT | Research re W.R. Grace brief including conferences with KJCoggon and J. O'Quinn re same (2.20); prepare final versions of Excerpts of Record including conferences with practice support team re same (2.50). | 4.70 | 587.50 |
| 04/26/04 | KJC | Address outstanding issues re brief (.30); follow-up re receipt of brief (.20); forward draft amicus brief for review (.40). | 0.90 | 252.00 |
| 04/27/04 | KJC | Review amicus draft brief (1.00); telephone conference with team re same (.30). | 1.30 | 364.00 |
| 04/27/04 | EES | Review draft Montrose Chemical Amicus Brief (1.50); draft comments re same (1.10). | 2.60 | 728.00 |
| 04/28/04 | KJC | Review amicus brief (4.90); telephone conferences with team re suggested revisions to same (.50). | 5.40 | 1,512.00 |
| 04/28/04 | EES | Telephone conference with KJCoggon re comments and revisions to Montrose Chemical Amicus Brief. | 0.50 | 140.00 |
| 04/29/04 | KJC | Review suggested revisions to amicus brief. | 2.30 | 644.00 |
| 04/30/04 | KJC | Telephone conference with N. Timmers re amicus brief (.10); research re same (.30). | 0.40 | 112.00 |
| 04/30/04 | NKT | Telephone conference with N. Timmers re amicus brief (.20); conference with KJCoggon re same (.10). | 0.30 | 37.50 |

**Total Fees Through April 30, 2004:**    **125.50**   **$   24,379.00**

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | | |
|---|---|---|
| Page | 36 |
| Invoice No.: | 667181 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 400.00 | 0.80 | $ 320.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 50.20 | 14,056.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 3.10 | 868.00 |
| JLS | Joan L. Sherman | Paralegal | 150.00 | 7.20 | 1,080.00 |
| AEC | Ann E. Carroll | Paralegal | 140.00 | 2.00 | 280.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 61.20 | 7,650.00 |
| MBF | Mary Beth Floyd | Information Specialist | 125.00 | 1.00 | 125.00 |

| | | | | |
|---|---|---|---|---|
| **Total Fees:** | | | **125.50** | **$ 24,379.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/08/04 | | Long Distance Telephone: 6174983826, 1 Mins., TranTime:11:4 | $ 0.10 |
| 04/08/04 | | Long Distance Telephone: 2028795213, 2 Mins., TranTime:11:6 | 0.20 |
| 04/08/04 | 1 | Photocopy | 0.15 |
| 04/09/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:10:9 | 0.10 |
| 04/09/04 | | Long Distance Telephone: 2028795087, 7 Mins., TranTime:10:10 | 0.70 |
| 04/09/04 | | Long Distance Telephone: 6192382813, 3 Mins., TranTime:10:17 | 0.30 |
| 04/09/04 | | Long Distance Telephone: 6192382813, 7 Mins., TranTime:11:16 | 0.70 |
| 04/09/04 | | Long Distance Telephone: 2028795087, 2 Mins., TranTime:13:18 | 0.10 |
| 04/09/04 | | Long Distance Telephone: 2028795087, 8 Mins., TranTime:15:1 | 0.70 |
| 04/09/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:15:20 | 0.10 |
| 04/12/04 | 6 | Photocopy | 0.90 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 667181 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 04/13/04 | | Long Distance Telephone: 4105314170, 2 Mins., TranTime:12:19 | 0.10 |
| 04/13/04 | | Long Distance Telephone: 4105314751, 1 Mins., TranTime:12:20 | 0.10 |
| 04/13/04 | | Long Distance Telephone: 2028795087, 16 Mins., TranTime:15:22 | 1.60 |
| 04/13/04 | 2 | Photocopy | 0.30 |
| 04/14/04 | | Long Distance Telephone: 4105314170, 14 Mins., TranTime:9:11 | 1.40 |
| 04/15/04 | | Long Distance Telephone: 6192382813, 2 Mins., TranTime:10:12 | 0.20 |
| 04/15/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:15:52 | 0.10 |
| 04/15/04 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7220040; DATE: 4/15/2004  -  Courier, Acct. HO7068. 04-14; From Iron Mountain to HRO | 26.10 |
| 04/17/04 | 4 | Color Photocopy | 2.60 |
| 04/21/04 | | Long Distance Telephone: 6174983826, 3 Mins., TranTime:14:31 | 0.20 |
| 04/21/04 | 2 | Photocopy | 0.30 |
| 04/22/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:15:17 | 0.10 |
| 04/22/04 | | Long Distance Telephone: 2028795087, 17 Mins., TranTime:15:18 | 1.70 |
| 04/23/04 | | Long Distance Telephone: 2028795213, 3 Mins., TranTime:12:24 | 0.20 |
| 04/23/04 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:13:4 | 0.10 |
| 04/23/04 | | Long Distance Telephone: 4102998425, 1 Mins., TranTime:13:6 | 0.10 |
| 04/23/04 | | Long Distance Telephone: 2028795087, 6 Mins., TranTime:13:11 | 0.60 |
| 04/23/04 | | Long Distance Telephone: 4105314170, 6 Mins., TranTime:13:47 | 0.50 |
| 04/23/04 | | Long Distance Telephone: 2028795087, 3 Mins., TranTime:15:0 | 0.30 |
| 04/23/04 | | Long Distance Telephone: 2028795213, 3 Mins., TranTime:15:9 | 0.30 |
| 04/28/04 | | Long Distance Telephone: 6192361234, 2 Mins., TranTime:17:52 | 0.20 |
| 04/28/04 | | Long Distance Telephone: 6192382813, 4 Mins., TranTime:17:55 | 0.40 |
| 04/30/04 | | Long Distance Telephone: 6192382813, 2 Mins., TranTime:12:33 | 0.20 |
| 04/30/04 | | Long Distance Telephone: 6192382813, 5 Mins., TranTime:13:41 | 0.40 |

Holme Roberts & Owen LLP

May 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 667181 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| | | **Total Disbursements:** | **$    42.15** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1.65 |
| Long Distance Telephone | | 11.80 |
| Outside Courier | | 26.10 |
| Color Photocopy | | 2.60 |
| **Total Disbursements:** | **$** | **42.15** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 641124 | 08/18/03 | Bill | 21,356.50 |
| | 05/04/04 | Cash Receipt | -4,271.30 |
| | *Outstanding Balance on Invoice 641124:* | | *$      0.00* |
| 644977 | 09/25/03 | Bill | 28,438.91 |
| | 05/04/04 | Cash Receipt | -5,508.80 |
| | *Outstanding Balance on Invoice 644977:* | | *$      0.00* |
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 04/14/04 | Cash Receipt | -31,476.09 |
| | 05/04/04 | Cash Receipt | -7,411.42 |

Holme Roberts & Owen LLP

June 14, 2004

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 669970 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 05/19/04 | NKT | Telephone conference with KJCoggon re WR Grace's Findings of Fact content (.10); subsequent research re same (.20). | 0.30 | $ | 37.50 |
| | | **Total Fees Through May 31, 2004:** | **0.30** | **$** | **37.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|----------|------|----------|------|-------|---|-------|
| NKT | Natalie Tognetti | Paralegal | $ 125.00 | 0.30 | $ | 37.50 |
| | | **Total Fees:** | | **0.30** | **$** | **37.50** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 04/14/04 | Cash Receipt | -31,476.09 |
| | 05/04/04 | Cash Receipt | -7,411.42 |
| | | *Outstanding Balance on Invoice 646528:* | $     305.98 |
| 649383 | 11/13/03 | Bill | 5,482.57 |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 671980 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/15/04 | KJC | Telephone conferences with J. Freeman and J. Stahr re Opposition Brief (.40); e-mail exchange with team re same (.50). | 0.90 | $  252.00 |
| 06/17/04 | KJC | Review U.S. Opposition Brief (1.50); telephone conferences with W. Corcoran and J. O'Quinn re U.S. Opposition Brief (1.30); e-mail exchange with client re U.S. Opposition Brief (0.50). | 3.30 | 924.00 |
| 06/18/04 | KJC | Telephone conference with D. Kuchinsky re U.S. Response Brief (.40); discussions with team re response to Brief (1.20); further review of Brief (1.40). | 3.00 | 840.00 |
| 06/22/04 | KJC | Telephone conference with D. Kuchinsky re U.S. Response Brief (.30); e-mail exchange with appellate team re Reply Brief (.60). | 0.90 | 252.00 |
| 06/22/04 | KJC | Arrange conference call re Reply brief (No charge .30 hours). | 0.00 | 0.00 |
| 06/23/04 | KJC | Telephone conference with team re Reply brief (1.50); research re excerpts of records issues cites in Appeal brief (0.80). | 2.30 | 644.00 |
| 06/23/04 | NKT | Review U.S. Reply Brief (.60); begin research re issues on excerpts of record per KJCoggon (.20). | 0.80 | 100.00 |
| 06/24/04 | KJC | Telephone conference with J. O'Quinn and G. Lucero re strategies for Reply brief. | 0.90 | 252.00 |
| 06/24/04 | NKT | Continue review of U.S. Reply Brief (1.00); continue research re excerpts of records issues (.80); draft summary chart re same (.40). | 2.20 | 275.00 |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 671980 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/25/04 | KJC | Review and forward summary of excerpts of records issues. | 0.60 | 168.00 |

**Total Fees Through June 30, 2004:**   **14.90**   **$   3,707.00**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 280.00 | 11.90 | $  3,332.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 0.00 | 0.00 | 0.00 |
| NKT | Natalie Tognetti | Paralegal | 125.00 | 3.00 | 375.00 |

**Total Fees:**   **14.90**   **$   3,707.00**

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/15/04 | | Long Distance Telephone: 2025142855, 1 Mins., TranTime:15:37 | $   0.10 |
| 06/15/04 | | Long Distance Telephone: 4105314203, 7 Mins., TranTime:16:17 | 0.70 |
| 06/17/04 | 8 | Color Photocopy | 5.20 |
| 06/17/04 | 2 | Color Photocopy | 1.30 |
| 06/17/04 | 13 | Color Photocopy | 8.45 |
| 06/17/04 | 2 | Color Photocopy | 1.30 |
| 06/17/04 | 3 | Facsimile | 3.00 |
| 06/17/04 | | Long Distance Telephone: 2028795087, 1 Mins., TranTime:11:54 | 0.10 |
| 06/17/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:11:55 | 0.10 |

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 671980 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/17/04 | | Long Distance Telephone: 2028795213, 12 Mins., TranTime:13:07 | 1.20 |
| 06/17/04 | 2 | Photocopy | 0.30 |
| 06/17/04 | 1 | Photocopy | 0.15 |
| 06/17/04 | 1 | Photocopy | 0.15 |
| 06/17/04 | 532 | Photocopy | 79.80 |
| 06/17/04 | 1 | Photocopy | 0.15 |
| 06/17/04 | 2 | Photocopy | 0.30 |
| 06/17/04 | 3 | Velo Binding | 3.00 |
| 06/18/04 | 2 | Color Photocopy | 1.30 |
| 06/18/04 | 2 | Color Photocopy | 1.30 |
| 06/18/04 | | Long Distance Telephone: 4105314203, 11 Mins., TranTime:12:50 | 1.10 |
| 06/18/04 | | Long Distance Telephone: 2028795213, 1 Mins., TranTime:13:01 | 0.10 |
| 06/18/04 | 233 | Photocopy | 34.95 |
| 06/18/04 | 70 | Photocopy | 10.50 |
| 06/18/04 | 2 | Velo Binding | 2.00 |
| 06/23/04 | | Long Distance Telephone: 2025142855, 2 Mins., TranTime:10:34 | 0.20 |
| 06/23/04 | | Long Distance Telephone: 2028795213, 2 Mins., TranTime:10:53 | 0.20 |
| 06/25/04 | | Long Distance Telephone: 3609416302, 2 Mins., TranTime:12:37 | 0.20 |

**Total Disbursements:**          $      157.15

Holme Roberts & Owen LLP

July 9, 2004

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 671980 |
| Client   No.: | 04339 |
| Matter   No.: | 00420 |

### Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 126.30 |
| Facsimile | | 3.00 |
| Long Distance Telephone | | 4.00 |
| Color Photocopy | | 18.85 |
| Velo Binding | | 5.00 |
| **Total Disbursements:** | **$** | **157.15** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 646528 | 10/15/03 | Bill | 39,193.49 |
| | 04/14/04 | Cash Receipt | -31,476.09 |
| | 05/04/04 | Cash Receipt | -7,411.42 |
| | | *Outstanding Balance on Invoice 646528:* | *$    305.98* |
| | | | |
| 649383 | 11/13/03 | Bill | 5,482.57 |
| | 07/06/04 | Cash Receipt | -995.90 |
| | | *Outstanding Balance on Invoice 649383:* | *$    0.00* |
| | | | |
| 652391 | 12/10/03 | Bill | 2,460.33 |
| | 07/06/04 | Cash Receipt | -450.70 |
| | | *Outstanding Balance on Invoice 652391:* | *$    0.00* |
| | | | |
| 656750 | 01/27/04 | Bill | 7,350.45 |
| | 03/12/04 | Cash Receipt | -6,113.55 |
| | 07/06/04 | Cash Receipt | -1,225.96 |