# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linnea Brown | Partner | Environmental | $400.00 | 0.8 | $320.00 |
| Charlotte Neitzel | Partner | Environmental | $350.00 | 3.1 | $1,085.00 |
| Colin Harris | Partner | Litigation | $350.00 | 2.8 | $980.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $300.00 | 2.8 | $840.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 3.1 | $868.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $280.00 | 74.4 | $20,832.00 |
| Natalie Tognetti | Paralegal | Environmental | $125.00 | 65.8 | $8,225.00 |
| Susan Haag | Paralegal | Bankruptcy | $125.00 | 8.4 | $1,050.00 |
| Joan Sherman | Paralegal | Environmental | $150.00 | 7.2 | $1,080.00 |
| Ann Carroll | Paralegal | Environmental | $140.00 | 2.0 | $280.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $125.00 | 1.0 | $125.00 |
| **TOTAL** | | | | **171.4** | **$35,685.00** |