# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $0.00 |
| Photocopies | $190.50 |
| Facsimiles | $6.00 |
| Long Distance Telephone | $20.90 |
| Outside Courier | $26.10 |
| Travel Expense | $0.00 |
| Lexis | $0.00 |
| Meal Expenses | $0.00 |
| Tab Stock | $0.00 |
| Other Expenses | $603.52 |
| Velo Binding | $5.00 |
| Federal Express | $37.56 |
| Color Copies | $21.45 |
| Witness Fee | $0.00 |
| Professional Billable Services | $1,631.13 |
| Supplies | $0.00 |
| Research Services | $6.09 |
| **TOTALS** | **$2,548.25** |