```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

W.R Grace & Co.                           Invoice Number      1191864
One Town Center Road                      Invoice Date       09/30/04
Boca Raton, FL   33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

        Fees                            3,008.50

                    TOTAL BALANCE DUE UPON RECEIPT          $3,008.50
                                                         =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R Grace & Co.                         Invoice Number      1191864
One Town Center Road                    Invoice Date        09/30/04
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/02/04 | Bentz | Review of articles regarding court appointments of judges in asbestos bankruptcies. | .80 |
| 08/03/04 | Lord | Research docket and update 20002 Service List. | .40 |
| 08/05/04 | Bentz | Review and analyze recent publication regarding vermiculite. | 1.50 |
| 08/09/04 | Lord | Update 2002 Service List. | .20 |
| 08/09/04 | Restivo | Review correspondence, pleadings and emails received week of 8/2/04 re: W.R. Grace bankruptcy. | 1.00 |
| 08/11/04 | Atkinson | Meeting with J. Bentz re: review of Grace Summation database for documents relating to document requests (0.3); search Summation databases for same (0.8). | 1.10 |
| 08/11/04 | Bentz | Conferences with R. Sentfleben (0.6) and M. Atkinson (0.4) regarding subpoenas and document requests. | 1.00 |
| 08/12/04 | Bentz | Review of document requests by R. Senftleben (0.5); call (0.3) and letter to R. Senftleben (0.8). | 1.60 |
| 08/16/04 | Cameron | Review information from R. Finke relating to asbestos claims. | .40 |

```
172573  W. R. Grace & Co.                         Invoice Number  1191864
60026   Litigation and Litigation Consulting      Page    2
        September 30, 2004


    Date    Name                                                    Hours
   -------- ----------                                               -----

  08/17/04 Bentz           Review of agenda regarding                 .30
                           upcoming Omnibus hearing.

  08/23/04 Bentz           Review of agenda for Omnibus               .40
                           hearing
                                                                    ------
                                                    TOTAL HOURS       8.70


  TIME SUMMARY              Hours         Rate          Value
  ------------------------  ----------------------      -------
  James J. Restivo Jr.      1.00  at  $   495.00  =       495.00
  Douglas E. Cameron        0.40  at  $   465.00  =       186.00
  James W Bentz             5.60  at  $   370.00  =     2,072.00
  John B. Lord              0.60  at  $   160.00  =        96.00
  Maureen L. Atkinson       1.10  at  $   145.00  =       159.50

                            CURRENT FEES                              3,008.50

                                                                    ------------
                            TOTAL BALANCE DUE UPON RECEIPT            $3,008.50
                                                                    ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1191865
5400 Broken Sound Blvd., N.W.            Invoice Date        09/30/04
Boca Raton, FL 33487                     Client Number        172573
```

==========================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                                    7,144.50

               TOTAL BALANCE DUE UPON RECEIPT         $7,144.50
                                                                            =============

```
                       REED SMITH LLP
                       PO Box 360074M
                 Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630



W. R. Grace                              Invoice Number        1191865
5400 Broken Sound Blvd., N.W.            Invoice Date         09/30/04
Boca Raton, FL 33487                     Client Number         172573
                                         Matter Number          60028


========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2004

   Date   Name                                                    Hours
   ----   ----                                                    -----


 08/02/04 Bentz         Review of document request from            .50
                        ZAI claimants' counsel and
                        correspond with M. Murphy
                        regarding same.

 08/02/04 Muha          Revise and make additions to ZAI           .30
                        budget motion.

 08/03/04 Cameron       Organize materials relating to ZAI         .90
                        Science Trial argument.

 08/03/04 Muha          Review ZAI claimants' counsel fee          .60
                        applications and revise draft
                        motion to increase ZAI Science
                        Trial budget.

 08/12/04 Muha          Revisions to ZAI budget motion.            .30

 08/13/04 Muha          Brief revisions to ZAI budget              .20
                        motion and forward to D. Cameron.

 08/15/04 Cameron       Review recent correspondence and          2.20
                        materials from R. Finke related to
                        ZAI (0.9); review motions and
                        materials for preparation for oral
                        argument (1.3).

 08/16/04 Restivo       Telephone call with E. Westbrook.          .40

 08/18/04 Bentz         Conference with R. Finke and               .50
                        corresponding with M. Atkinson
                        regarding information on
                        historical pricing of ZAI.
```

```
```

172573 W. R. Grace & Co.                         Invoice Number   1191865
60028  ZAI Science Trial                         Page    2
       September 30, 2004

```
  Date    Name                                                          Hours
--------  -----------                                                    -----

08/19/04  Bentz        Corresponding with R. Finke and W.                 .50
                       Sparks regarding historical
                       documents relating to the pricing
                       of ZAI.

08/19/04  Muha         Attend to issues re: filing ZAI                    .50
                       budget motion.

08/20/04  Bentz        Responding to request for                         1.30
                       production of documents (1.0) and
                       corresponding with M. Murphy
                       regarding same (0.3).

08/23/04  Bentz        Letter to ZAI claimants' counsel                  1.60
                       regarding document request (1.2)
                       and corresponding with M. Murphy
                       regarding same (0.4).

08/23/04  Cameron      Review materials relating to                      1.40
                       briefing and argument of
                       dispositive motions on ZAI Science
                       Trial.

08/24/04  Bentz        Letter to ZAI claimants' counsel                   .30
                       regarding document request.

08/25/04  Cameron      Additional review of ZAI Science                  1.40
                       Trial dispositive motions and
                       briefs.

08/25/04  Restivo      Telephone call with W. Harvard.                    .60

08/28/04  Cameron      Review materials relating to                      2.80
                       Science Trial arguments and
                       preparation for same.

08/31/04  Cameron      Review Science Trial motions and                   .90
                       legal memoranda in preparation for
                       call with Grace in-house counsel.
                                                                        ------
                                                   TOTAL HOURS           17.20


TIME SUMMARY              Hours           Rate            Value
------------              -----           ----            -----
James J. Restivo Jr.      1.00   at   $  495.00   =        495.00
Douglas E. Cameron        9.60   at   $  465.00   =      4,464.00
James W Bentz             4.70   at   $  370.00   =      1,739.00
Andrew J. Muha            1.90   at   $  235.00   =        446.50
```

```
172573  W. R. Grace & Co.                    Invoice Number   1191865
 60028  ZAI Science Trial                    Page       3
        September 30, 2004


                        CURRENT FEES                          7,144.50

                                                           ------------
                TOTAL BALANCE DUE UPON RECEIPT               $7,144.50
                                                           ============
```

```
                      REED SMITH LLP
                      PO Box 360074M
                 Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

W. R. Grace                                Invoice Number        1191862
5400 Broken Sound Blvd., N.W.              Invoice Date         09/30/04
Boca Raton, FL 33487                       Client Number         172573
                                           Matter Number          60029

===========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2004

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/02/04 | Lord | Revise and prepare RS 36th monthly fee application for e-filing and service (1.2); respond to A. Muha re: quarterly application (.1). | 1.30 |
| 08/02/04 | Muha | Final review of June monthly and 13th Quarterly fee applications. | .90 |
| 08/03/04 | Falini | Reviewed Reed Smith's 36th Monthly Fee Application. | .20 |
| 08/03/04 | Lankford | Verify calculations regarding RS 37th Monthly Fee Application. | 1.00 |
| 08/03/04 | Lord | Revise and e-file 36th monthly fee application (.7); prepare and perfect electronic service for same (.5); review, revise and prepare 13th quarterly fee application for e-filing and service (.7). | 1.90 |
| 08/04/04 | Lankford | Draft certificate of service for Application & Notice (1.3); finalize RS 13th Quarterly Fee Application (0.3). | 1.60 |
| 08/04/04 | Lord | Prepare and perfect service for 13th interim fee application (.4); attempt to e-file same (.2); coordinate e-filing of same with vendor due to technical problems w/ Court webpage (.1). | .70 |

```
172573  W. R. Grace & Co.                    Invoice Number   1191862
60029   Fee Applications-Applicant           Page     2
        September 30, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 08/12/04 | Muha | Revisions to July 2004 fee and expense detail for July 2004 monthly fee application. | 1.30 |
| 08/23/04 | Muha | Revisions to July fee and expense detail. | .30 |
| 08/25/04 | Lord | Research docket and draft CNO for 13th quarterly fee application (.4); Research docket and draft CNO for 36th monthly fee application (.3). | .70 |
| 08/31/04 | Lankford | Scan, e-file and perfect service regarding RS's 36th Monthly CNO. | .30 |

```
                                           TOTAL HOURS    10.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha | 2.50 | at $ | 235.00 | = | 587.50 |
| Janice E. Falini | 0.20 | at $ | 200.00 | = | 40.00 |
| John B. Lord | 4.60 | at $ | 160.00 | = | 736.00 |
| Lisa Lankford | 2.90 | at $ | 95.00 | = | 275.50 |

```
            CURRENT FEES                              1,639.00


            TOTAL BALANCE DUE UPON RECEIPT           $1,639.00
```