REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL    33486 | Invoice Number    1191860<br>Invoice Date      09/30/04<br>Client Number      172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Expenses                               1,481.58

              TOTAL BALANCE DUE UPON RECEIPT           $1,481.58
                                                                       =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R Grace & Co.                              Invoice Number      1191860
One Town Center Road                         Invoice Date        09/30/04
Boca Raton, FL   33486                       Client Number        172573
                                             Matter Number         60026

===========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 0.15 |
| Documentation Charge | 68.00 |
| Duplicating/Printing/Scanning | 123.30 |
| Other Databases | 8.40 |
| Courier Service - Outside | 8.54 |
| Outside Duplicating | 1,273.19 |

    CURRENT EXPENSES                                 1,481.58
                                                        --------------

    TOTAL BALANCE DUE UPON RECEIPT                  $1,481.58
                                                        ==============

```
                            REED SMITH LLP
                            PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1191860 |
| One Town Center Road | Invoice Date | 09/30/04 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 07/31/04 | Other Databases | 8.40 |
| 08/01/04 | ATTY # 0559; 209 COPIES | 31.35 |
| 08/01/04 | ATTY # 0559: 6 COPIES | .90 |
| 08/01/04 | ATTY # 0559: 5 COPIES | .75 |
| 08/01/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 08/01/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 08/01/04 | ATTY # 0559: 4 COPIES | .60 |
| 08/01/04 | ATTY # 0559: 13 COPIES | 1.95 |
| 08/03/04 | ATTY # 0718; 141 COPIES | 21.15 |
| 08/03/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 08/04/04 | ATTY # 0718; 119 COPIES | 17.85 |
| 08/04/04 | ATTY # 0887: 21 COPIES | 3.15 |
| 08/05/04 | ATTY # 0718; 129 COPIES | 19.35 |
| 08/05/04 | ATTY # 0559: 14 COPIES | 2.10 |
| 08/05/04 | ATTY # 0559: 6 COPIES | .90 |
| 08/06/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 08/10/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. - COPYING--Copying charges for service of fee application. | 254.00 |

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | Invoice Number | 1191860 |
| 60026  Litigation and Litigation Consulting | Page    2 | |
| September 30, 2004 | | |

| Date | Description | Amount |
|---|---|---|
| 08/10/04 | Outside Duplicating - - VENDOR:IKON OFFICE SOLUTIONS, INC. - COPYING--Copying charges for service of fee application. | 957.89 |
| 08/10/04 | Outside Duplicating - - VENDOR:  IKON OFFICE SOLUTIONS, INC. COPYING. | 61.30 |
| 08/12/04 | 561-362-1551/BOCA RATON, FL/4 | .15 |
| 08/12/04 | ATTY # 0885; 99 COPIES | 14.85 |
| 08/12/04 | ATTY # 0885: 1 COPIES | .15 |
| 08/12/04 | ATTY # 0885: 1 COPIES | .15 |
| 08/12/04 | ATTY # 0885: 2 COPIES | .30 |
| 08/12/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Richard A. Senftleben, W.R. Grace & Co. (BOCA RATON FL 33487). | 8.54 |
| 08/16/04 | Documentation Charge - -E-FILING SERVICE CHARGES. | 68.00 |
| | CURRENT EXPENSES | 1,481.58 |
| | TOTAL BALANCE DUE UPON RECEIPT | $1,481.58 |

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1191861
5400 Broken Sound Blvd., N.W.            Invoice Date        09/30/04
Boca Raton, FL 33487                     Client Number        172573
```

===========================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Expenses                                  18.45

                TOTAL BALANCE DUE UPON RECEIPT          $18.45

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1191861
5400 Broken Sound Blvd., N.W.            Invoice Date        09/30/04
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028


==========================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning                18.45

              CURRENT EXPENSES                                     18.45
                                                             --------------

              TOTAL BALANCE DUE UPON RECEIPT                      $18.45
                                                             ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                            Invoice Number      1191861
5400 Broken Sound Blvd., N.W.          Invoice Date       09/30/04
Boca Raton, FL 33487                   Client Number       172573
                                       Matter Number        60028
```

===========================================================================

Re: (60028)   ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 08/02/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 08/03/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 08/05/04 | ATTY # 0559; 24 COPIES | 3.60 |
| 08/18/04 | ATTY # 0856: 4 COPIES | .60 |
| 08/18/04 | ATTY # 0856: 1 COPIES | .15 |
| 08/19/04 | ATTY # 0559; 1 COPIES | .15 |
| 08/19/04 | ATTY # 0710: 10 COPIES | 1.50 |
| 08/19/04 | ATTY # 0710: 1 COPIES | .15 |
| 08/19/04 | ATTY # 0710: 1 COPIES | .15 |
| 08/19/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 08/19/04 | ATTY # 0559: 10 COPIES | 1.50 |
| 08/19/04 | ATTY # 0559: 4 COPIES | .60 |
| 08/23/04 | ATTY # 0710; 36 COPIES | 5.40 |
| 08/25/04 | ATTY # 0856: 3 COPIES | .45 |

```
                        CURRENT EXPENSES                    18.45
                                                       -------------
              TOTAL BALANCE DUE UPON RECEIPT               $18.45
                                                       =============
```