**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 6027 and |
| | | 9/27/04 Agenda Item 16 |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Sixth Omnibus Objection[2] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Sixth Omnibus Objection and all responses thereto; and due and proper notice of the Sixth Omnibus Objection having been given, it is hereby

ORDERED that the Objection to the Claim listed on Exhibit A to this Order is continued to the October 25, 2004 omnibus hearing; and it is further

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Sixth Omnibus Objection.

2

ORDERED that the Objection to each of the Claims listed on Exhibit B to this Order is sustained and the Claims are expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Reduce and/or Reclassify and Allow Claims listed on Exhibit C to this Order is sustained and the Claims are reduced and/or reclassified and allowed as indicated; and it is further

ORDERED that except as provided herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any Claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: September 30, 2004

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

Hearing Date: Monday, September 27, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LASON SYSTEMS INC<br><br>SUE MOORE<br>1305 STEPHENSON HWY<br>TROY MI 48083 | 01-01140<br><br>W.R. GRACE & CO.-CONN. | 3210 | $283,279.92 | (P) | RECLASSIFY, REDUCE & ALLOW | $204,990.45 | (U) | | CONTINUED TO 10/25/2004 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**EXHIBIT B**

Hearing Date: Monday, September 27, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALEXANDER, JOHN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3194 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 2 | BRABON JR, RONALD W<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CTR, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3514 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 3 | BURNETT, SCOTT<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CTR, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3513 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 4 | CONNER EL, MICHAEL<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3195 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 5 | CTL ENGINEERING INC<br>2860 FISHER RD<br>COLUMBUS OH 43204 | 01-01139<br>W.R. GRACE & CO. | 2174 | $968.45 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 6 | DAWSON, WARREN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3199 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 7 | ESTATE OF BOBBY CAMPBELL DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3200 | $10,000.00 | (U) | EXPUNGE | SUSTAINED |
| 8 | ESTATE OF DARRYL BROWN DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3204 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 9 | ESTATE OF ELTON FLOYD MIZELL DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3198 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 10 | ESTATE OF MARION STANLEY DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3187 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 11 | ESTATE OF MICHAEL HURD DECEASED<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3206 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 12 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES SECTIONS<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 01-01193<br>MRA STAFFING SYSTEMS, INC. | 274 | $6,870.32<br>$250.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 13 | FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | 01-01139<br>W.R. GRACE & CO. | 440 | $1,717,549.43 | (P) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 14 | GREEN, DONALD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3192 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 15 | LERMA, BENITO<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3191 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 16 | LIMOUSINE EIGHTEEN LTD<br>PO BOX 263<br>LEXINGTON MA 02421 | 01-01139<br>W.R. GRACE & CO. | 1361 | $0.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 17 | LOUISIANA DEPT OF REVENUE<br>PO BOX 66658<br>BATON ROUGE LA 70896 | 01-01158<br>GN HOLDINGS, INC. | 73 | $0.00<br>$0.00 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

Page 2 of 4                                                                                              9/22/2004 2:33:02 PM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 18 | MCLAUGHLIN, KEVIN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3196 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 19 | OBLIGADO & CIA LDA SA<br>PARAGUAY 610<br>C1057AAH<br>BUENOS AIRES<br>ARGENTINA | 01-01139<br>W.R. GRACE & CO. | 1946 | $177,057.26 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 20 | PATTERSON, LARRY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3193 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 21 | POWELL, RUFUS<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3197 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 22 | RIMKA, EDWARD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3190 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 23 | SEES SR, J RONALD<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3188 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 24 | STATE OF FLORIDA DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 6668<br>TALLAHASSEE, FL 32314-6668 | 01-01139<br>W.R. GRACE & CO. | 2010 | $390,809.39<br>$181,654.27 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 25 | TOMLIN, JERRY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3205 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 26 | VALENTINE, ANTHONY<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3189 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: **W.R. GRACE & CO., et al**

## OMNIBUS 6 - EXHIBIT B - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 27 | VANNUNALLY BEY, CYLESTER<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3203 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 28 | WHEELER, CHARLES<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER, STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3201 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |
| 29 | WOODARD, KEVIN<br>C/O RONALD M APPLEBAUM ESQ<br>WEINER & COX PLC<br>3000 TOWN CENTER STE 1800<br>SOUTHFIELD MI 48075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3202 | $10,000.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# EXHIBIT C

Hearing Date: Monday, September 27, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 6 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | A D INSTRUMENTS INC<br>DIVISION OF ENDRESS & HAUSEN<br>4711 A NATIONS CROSSING<br>CHARLOTTE NC 28217 | 01-01139<br>W.R. GRACE & CO. | 124 | $2,633.59 | (U) | REDUCE AND ALLOW | $1,433.59 | (U) | SUSTAINED |
| 2 | CAMBRIDGE ELECTRIC LIGHT CO<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 195 | $65,215.42 | (U) | REDUCE AND ALLOW | $47,261.85 | (U) | SUSTAINED |
| 3 | CATCHING FLUID POWER INC<br>881 REMINGTON BLVD<br>BOLINGBROOK IL 60440 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4488 | $32,162.24 | (U) | REDUCE AND ALLOW | $31,290.19 | (U) | SUSTAINED |
| 4 | CHEMICAL SPECIALTIES INC DBA<br>PO BOX 1330<br>5910 PHARR MILL ROAD<br>HARRISBURG NC 28075 | 01-01140<br>W.R. GRACE & CO.-CONN. | 56 | $51,918.08 | (U) | REDUCE AND ALLOW | $51,831.67 | (U) | SUSTAINED |
| 5 | CHEM-TAINER IND INC<br>361 NEPTUNE AVE<br>WEST BABYLON NY 11704 | 01-01139<br>W.R. GRACE & CO. | 3086 | $64,018.62 | (U) | REDUCE AND ALLOW | $62,670.83 | (U) | SUSTAINED |
| 6 | CORPORATE EXPRESS<br>7150 EXCHEQUER DR<br>BATON ROUGE LA 70809 | 01-01140<br>W.R. GRACE & CO.-CONN. | 75 | $9,685.70 | (U) | REDUCE AND ALLOW | $2,385.72 | (U) | SUSTAINED |
| 7 | ENSR CORPORATION<br>2 TECHNOLOGY DR<br>WESTFORD MA 01886 | 01-01139<br>W.R. GRACE & CO. | 189 | $50,716.91 | (U) | REDUCE AND ALLOW | $44,263.86 | (U) | SUSTAINED |
| 8 | FISHER SCIENTIFIC<br>ATTN: GARY R BARNES<br>2000 PARK LANE DRIVE<br>PITTSBURGH PA 15275 | 01-01139<br>W.R. GRACE & CO. | 312 | $60,206.71 | (S) | RECLASSIFY, REDUCE & ALLOW | $41,329.75 | (U) | SUSTAINED |
| 9 | GREIF INC<br>ATTN: CREDIT DEPT<br>366 GREIF PKWY<br>DELAWARE OH 43015 | 01-01139<br>W.R. GRACE & CO. | 682 | $336,481.88 | (U) | REDUCE AND ALLOW | $328,461.19 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 6 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 10 | MICHELIN NORTH AMERICA INC<br>ATTN: WANDA LINK / CREDIT<br>PO BOX 19001<br>GREENVILLE SC 29602-9001 | 01-01139<br>W.R. GRACE & CO. | 1299 | $11,739.90 | (U) | REDUCE AND ALLOW | $3,220.24 | (U) | SUSTAINED |
| 11 | MITCHELL DISTRIBUTING COMPANY<br>R D MAYHEW DIR OF CREDIT<br>PO BOX 32156<br>CHARLOTTE NC 28232 | 01-01140<br>W.R. GRACE & CO.-CONN. | 430 | $1,439.56 | (U) | REDUCE AND ALLOW | $718.67 | (U) | SUSTAINED |
| 12 | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504 | 01-01139<br>W.R. GRACE & CO. | 3211 | $1,599.70 | (P) | RECLASSIFY AND ALLOW | $1,599.70 | (U) | SUSTAINED |
| 13 | SEVERN TRENT LABORATORIES INC<br>ATTN: MARSHA HEMMERICH<br>4101 SHUFFEL DR NW<br>NORTH CANTON OH 44720 | 01-01139<br>W.R. GRACE & CO. | 1145 | $9,945.00 | (U) | REDUCE AND ALLOW | $7,210.00 | (U) | SUSTAINED |
| 14 | SUBURBAN PROPANE LP<br>240 ROUTE 10 WEST<br>WHIPPANY NJ 07981 | 01-01139<br>W.R. GRACE & CO. | 1231 | $1,598.82 | (U) | REDUCE AND ALLOW | $811.32 | (U) | SUSTAINED |
| 15 | TEXAS NATURAL RESOURCE<br>MC 132<br>C/O DENISE ESPINOSA<br>PO BOX 13087<br>AUSTIN TX 78711-3087 | 01-01140<br>W.R. GRACE & CO.-CONN. | 167 | $553.00 | (U) | REDUCE AND ALLOW | $125.00 | (U) | SUSTAINED |
| 16 | TURNER COMPANY LLC<br>C/O KIRK A PATRICK III<br>PO BOX 3656<br>BATON ROUGE LA 70821 | 01-01139<br>W.R. GRACE & CO. | 2850 | $9,511.06 | (U) | REDUCE AND ALLOW | $8,988.16 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority           (U) - Unsecured