**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | W.R. Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 168,145,048 | $ - | $ (96,807) | $ - | $ - | $ - |
| Accounts and other receivables, net | 116,410,324 | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 364,883,560 | (419,018,503) | (12,243,502) | 12,885,005 | (37,739,222) | (9,831,897) |
| Inventories | 75,729,039 | - | - | - | - | - |
| Deferred income taxes | 21,068,624 | - | 11,095,357 | - | - | - |
| Other current assets | 19,633,955 | - | - | - | - | - |
| Total Current Assets | 765,870,550 | (419,018,503) | (1,244,951) | 12,885,005 | (37,739,222) | (9,831,897) |
| | | | | | | |
| Properties and equipment, net | 360,319,481 | - | 439,107 | - | - | - |
| Goodwill | 14,499,090 | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | 97,810,260 | - | - | - | - | - |
| Deferred income taxes | 769,759,850 | - | 29,268,534 | - | - | - |
| Asbestos-related insurance receivable | 263,411,692 | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,365,345,259) | 882,343,890 | 130,798,192 | 4,974,904 | 215,125,214 | - |
| Investment in filing and non-filing entities | 809,223,762 | 241,512,111 | - | - | - | - |
| Other assets | 81,007,327 | - | - | - | - | - |
| **Total Assets** | $ 1,796,556,753 | $ 704,837,497 | $ 159,260,881 | $ 17,859,909 | $ 177,385,992 | $ (9,831,897) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 44,370,917 | - | 8,997 | - | - | - |
| Income taxes payable | 268 | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 104,395,453 | - | 397,608 | - | - | 3,752 |
| Total Current Liabilities | 148,766,638 | - | 406,605 | - | - | 3,752 |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | 142,791,654 | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | 0 | - | - | - | - | - |
| Other liabilities | 269,948,032 | 188,091 | - | - | (0) | - |
| Total Liabilities Not Subject to Compromise | 561,506,324 | 188,091 | 406,605 | - | (0) | 3,752 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 559,310,620 | - | - | - | - | - |
| Accounts payable | 30,596,036 | - | 665,607 | - | - | - |
| Income taxes payable | 155,647,152 | 28,428,320 | (1,248,043) | 125,731 | 5,913,533 | (11,461) |
| Asbestos-related liability | 987,144,335 | - | - | - | - | - |
| Other liabilities | 493,242,452 | - | 114,838,646 | - | 32,094,183 | - |
| Total Liabilities Subject to Compromise | 2,225,940,595 | 28,428,320 | 114,256,210 | 125,731 | 38,007,716 | (11,461) |
| Total Liabilities | 2,787,446,919 | 28,616,411 | 114,662,815 | 125,731 | 38,007,716 | (7,709) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 83,968,960 | 771,758 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 426,258,036 | 9,724,449 | 34,052,467 | 56,011,577 | - |
| (Accumulated deficit)/Retained earnings | (857,684,814) | 382,288,725 | 34,861,395 | (16,319,288) | 83,366,700 | (9,825,188) |
| Treasury stock, at cost | - | (133,097,532) | - | - | - | - |
| Accumulated other comprehensive loss | (359,984,190) | 100 | - | - | - | - |
| Total Shareholders' Equity (Deficit) | (990,890,166) | 676,221,086 | 44,598,066 | 17,734,178 | 139,378,277 | (9,824,188) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,796,556,753 | $ 704,837,497 | $ 159,260,881 | $ 17,859,909 | $ 177,385,992 | $ (9,831,897) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ (650) | $ - | $ - | $ 3,623,447 | $ - |
| Accounts and other receivables, net | | 91,027 | | | 2,333,185 | |
| Receivables from/(payables to) filing and non-filing entities, net | (386,938,460) | 5,646,378 | 140,524,854 | (84,749,767) | (1,011,430) | (4,261,960) |
| Inventories | | (0) | | | 298,101 | |
| Deferred income taxes | | 83,473 | | | 4,084 | |
| Other current assets | - | | - | | | |
| Total Current Assets | (386,938,460) | 5,820,227 | 140,524,854 | (84,749,767) | 5,247,388 | (4,261,960) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 670,290 | |
| Goodwill | | | | | | |
| Cash value of company owned life insurance, net of policy loans | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance receivable | | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 487,161,817 | (3,279,563) | - | 85,686,300 | - | |
| Investment in filing and non-filing entities | | | | 58,669,464 | | |
| Other assets | - | 54,000 | | (6,135,415) | 241,608 | |
| **Total Assets** | $ 100,223,358 | $ 2,594,664 | $ 140,524,854 | $ 53,470,583 | $ 6,159,285 | $ (4,261,960) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | 24,471 | | 23,688 | 374,743 | |
| Income taxes payable | - | | - | | | |
| Asbestos-related liability expected to be disbursed within one year | | | - | | | |
| Other current liabilities | - | 354,234 | | | 77,589 | |
| Total Current Liabilities | - | 378,705 | - | 23,688 | 452,331 | |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | |
| Deferred income taxes | - | 0 | - | | | |
| Asbestos-related liability expected to be disbursed after one year | - | | - | | | |
| Other liabilities | - | | - | | | |
| Total Liabilities Not Subject to Compromise | - | 378,705 | - | 23,688 | 452,331 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | | | |
| Accounts payable | - | | - | | 133,907 | |
| Income taxes payable | 18,220,043 | (910,295) | (150) | (2,587,251) | 2,267,530 | (85,313) |
| Asbestos-related liability | - | | | | | |
| Other liabilities | | 238,493 | | | | |
| Total Liabilities Subject to Compromise | 18,220,043 | (671,802) | (150) | (2,587,251) | 2,401,437 | (85,313) |
| Total Liabilities | 18,220,043 | (293,097) | (150) | (2,563,563) | 2,853,769 | (85,313) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | | | | | |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | | 25,358,993 | 61,845,489 | | 274,606 |
| (Accumulated deficit)/Retained earnings | 111,269,612 | (484,338) | 115,166,011 | (50,080,499) | 3,304,516 | (4,451,453) |
| Treasury stock, at cost | - | | | | | |
| Accumulated other comprehensive loss | | 3,371,099 | | 44,268,156 | | |
| Total Shareholders' Equity (Deficit) | 82,003,315 | 2,887,760 | 140,525,004 | 56,034,145 | 3,305,516 | (4,176,647) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 100,223,358 | $ 2,594,664 | $ 140,524,854 | $ 53,470,583 | $ 6,159,285 | $ (4,261,960) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Alewife Boston Ltd. | Five/Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | - | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,580) | - | (57,817,172) | (110) | (330) | (16,653) |
| Inventories | - | | - | | | |
| Deferred income taxes | - | | - | | | |
| Other current assets | - | | - | | | |
|    Total Current Assets | (2,143,580) | | (57,817,172) | (110) | (330) | (16,653) |
| | | | | | | |
| Properties and equipment, net | - | | - | | - | - |
| Goodwill | - | | - | | - | - |
| Cash value of company owned life insurance, net of policy loans | - | | - | | - | - |
| Deferred income taxes | - | | - | | - | - |
| Asbestos-related insurance receivable | - | | - | | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | | - | - |
| Investment in filing and non-filing entities | - | | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | | - | | - | - |
| **Total Assets** | **$ (2,143,580)** | **$ -** | **$ (23,763,706)** | **$ 54,499,890** | **$ 54,499,670** | **$ 55,994,924** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | | - | | | |
| Income taxes payable | - | | - | | | |
| Asbestos-related liability expected to be disbursed within one year | - | | - | | | |
| Other current liabilities | - | | - | | | |
|    Total Current Liabilities | - | | - | | - | |
| | | | | | | |
| Debt payable after one year | - | | - | | | |
| Deferred income taxes | - | | - | | | |
| Asbestos-related liability expected to be disbursed after one year | - | | - | | | |
| Other liabilities | - | | - | | | |
|    Total Liabilities Not Subject to Compromise | - | - | - | | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | | - | |
| Accounts payable | - | | - | | - | |
| Income taxes payable | (210) | | - | (110) | (330) | (4,062) |
| Asbestos-related liability | - | | - | | - | |
| Other liabilities | - | | - | | - | |
|    Total Liabilities Subject to Compromise | (210) | - | - | (110) | (330) | (4,062) |
|   **Total Liabilities** | (210) | - | - | (110) | (330) | (4,062) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | - | | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | | (34,103,706) | - | - | 1,498,986 |
| Treasury stock, at cost | - | | - | | - | |
| Accumulated other comprehensive loss | | | - | | | |
|    Total Shareholders' Equity (Deficit) | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 55,998,986 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ (2,143,580)** | **$ -** | **$ (23,763,706)** | **$ 54,499,890** | **$ 54,499,670** | **$ 55,994,924** |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Kootenai Development Company | CB Biomedical, Inc. | Amcon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 17,363 | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | | |
| Receivables from/(payables to) filing and non-filing entities, net | (10,483) | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | | |
| Other current assets | 6,437 | - | - | - | - | - |
| **Total Current Assets** | 13,317 | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | - |
| Goodwill | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance receivable | - | - | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | - | - | - | - | | - |
| Other assets | 1,630,940 | - | - | - | | - |
| **Total Assets** | $ 1,644,257 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | |
| Other current liabilities | 551,649 | 5,000 | - | - | | - |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | (4,254) | (195) | 10,346,794 | (230) | | - |
| Asbestos-related liability | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Subject to Compromise** | (4,254) | (195) | 10,346,794 | (230) | - | - |
| **Total Liabilities** | 547,395 | 4,805 | 10,346,794 | (230) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | | - |
| Common Stock | - | - | - | 5,150 | | - |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | | - |
| (Accumulated deficit)/Retained earnings | (8,092) | (27,478,060) | 43,427,950 | (12,433,596) | | - |
| Treasury stock, at cost | - | - | - | - | | - |
| Accumulated other comprehensive loss | - | - | (99,212) | - | | - |
| **Total Shareholders' Equity (Deficit)** | 1,096,862 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,644,257 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc | Grace Tarpon Investors, Inc | G C Limited Partners I, Inc | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Other current assets | - | - | - | - | | - |
| Total Current Assets | 5,824,284 | (101,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | - |
| Goodwill | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance receivable | - | - | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | | - |
| Other assets | - | - | - | - | | - |
| **Total Assets** | $ 5,824,284 | $ (7,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | - |
| Other current liabilities | - | - | - | 3 | | - |
| Total Current Liabilities | - | - | - | 3 | | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| Total Liabilities Not Subject to Compromise | - | - | - | 3 | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | (110) | - | (110) | (560) | (560) | (450) |
| Asbestos-related liability | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| Total Liabilities Subject to Compromise | (110) | - | (110) | (560) | (560) | (450) |
| Total Liabilities | (110) | - | (110) | (557) | (560) | (450) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | | |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | | - |
| Accumulated other comprehensive loss | - | - | - | - | | - |
| Total Shareholders' Equity (Deficit) | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,284 | $ (7,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 1,184,871 |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (45,742) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (818) | (110) | (210) | (110) | (30) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (818) | (110) | (210) | (110) | (30) |
| **Total Liabilities** | - | (818) | (110) | (210) | (110) | (30) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (45,742) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,324 | - | (73,061) | (12,559,518) | (264,688) | (19,466,026) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,708,324 | - | (73,061) | (12,559,518) | (264,688) | (19,465,526) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | 438,445 | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,461,459) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | 5,867 |
| **Total Current Liabilities** | - | - | - | - | 199 | 9,933 |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | (7,650) |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 199 | 2,283 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (812) | - | (110) | (265) | (759) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (812) | - | (110) | (265) | (759) | - |
| **Total Liabilities** | (812) | - | (110) | (265) | (560) | 2,283 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | - | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | - | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,461,459) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Creative Food 'N Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 23,478,912 | 6,345,361 | 810,265 | (59,581,637) | (185) | (86,721) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,478,912 | 6,345,361 | 810,265 | (59,581,637) | (185) | (86,721) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 23,478,912 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (1,237) | (300) | (335) | (405) | (185) | (110) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (1,237) | (300) | (335) | (405) | (185) | (110) |
| **Total Liabilities** | (1,237) | (300) | (335) | (405) | (185) | (110) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,478,912 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II, Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,864 | 875,359 | (5,289) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,864 | 875,359 | (5,289) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,864 | $ 875,359 | $ (5,289) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (119) | (110) | - | (335) | (310) | (235) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (119) | (110) | - | (335) | (310) | (235) |
| **Total Liabilities** | (119) | (110) | - | (335) | (310) | (235) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,864 | $ 875,359 | $ (5,289) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 108,105 | 130,215,583 | 145,239,206 | (81,115,113) | 47,407,796 | |
| Inventories | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Other current assets | - | - | - | - | - | |
| **Total Current Assets** | 108,105 | 130,215,583 | 145,239,206 | (81,115,113) | 47,407,796 | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill | - | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance receivable | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | - | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $ 108,105 | $ 130,215,583 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | |
| Other current liabilities | - | - | - | - | - | |
| **Total Current Liabilities** | - | - | - | - | - | |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | |
| Deferred income taxes | - | 27,277,846 | 27,277,846 | - | - | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Not Subject to Compromise** | - | 27,277,846 | 27,277,846 | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | (335) | 1,749,665 | 1,749,790 | (480) | (110) | |
| Asbestos-related liability | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Subject to Compromise** | (335) | 1,749,665 | 1,749,790 | (480) | (110) | - |
| **Total Liabilities** | (335) | 29,027,511 | 29,027,636 | (480) | (110) | |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | - |
| Paid in capital | - | 30,293,750 | 13,680,108 | 51,173,713 | 7,308,934 | |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | |
| Treasury stock, at cost | - | - | - | - | - | |
| Accumulated other comprehensive loss | - | - | - | - | - | |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,105 | $ 130,215,583 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | Hayden Gulch West Coal Company | H.G. Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | - |
| Inventories | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (6,208,228) |
| Other current assets | - | - | - | - | - |
| **Total Current Assets** | - | - | - | - | (6,208,228) |
| | | | | | |
| Properties and equipment, net | - | - | - | - | - |
| Goodwill | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (197,347,346) |
| Asbestos-related insurance receivable | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | (1,326,102,717) | 233,352,844 | 2,000,000 |
| Other assets | - | - | (1,101,282) | | |
| **Total Assets** | $ - | $ - | $ (1,327,203,999) | $ 233,352,844 | $ (201,555,574) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - |
| Income taxes payable | - | - | - | - | 5,000,000 |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - |
| Other current liabilities | - | - | - | - | (16,908,228) |
| **Total Current Liabilities** | - | - | - | - | (11,908,228) |
| | | | | | |
| Debt payable after one year | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (197,347,346) |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - |
| Other liabilities | - | - | (100,000) | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | (100,000) | - | (209,255,574) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - |
| Accounts payable | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - |
| Other liabilities | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - |
| **Total Liabilities** | - | - | (100,000) | - | (209,255,574) |
| | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | |
| Preferred Stock | - | - | - | - | - |
| Common Stock | - | - | (86,493,960) | - | - |
| Paid in capital | - | - | (1,209,470,000) | - | - |
| (Accumulated deficit)/Retained earnings | - | - | (31,140,039) | 261,040,058 | 2,000,000 |
| Treasury stock, at cost | - | - | - | (27,687,215) | 5,700,000 |
| Accumulated other comprehensive loss | - | - | - | | |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,327,103,999) | 233,352,844 | 7,700,000 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,327,203,999) | $ 233,352,844 | $ (201,555,574) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**August 31, 2004**

| | COMBINED FILING ENTITIES |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $ 171,689,901 |
| Accounts and other receivables, net | 118,834,536 |
| Receivables from/(payables to) filing and non-filing entities, net | 70,224,545 |
| Inventories | 76,027,141 |
| Deferred income taxes | 26,043,310 |
| Other current assets | 19,640,392 |
| **Total Current Assets** | 482,459,824 |
| | |
| Properties and equipment, net | 363,052,194 |
| Goodwill | 14,499,090 |
| Cash value of company owned life insurance, net of policy loans | 97,810,260 |
| Deferred income taxes | 601,681,037 |
| Asbestos-related insurance receivable | 263,411,692 |
| Loans receivable from/(payable to) filing and non-filing entities, net | 397,426,647 |
| Investment in filing and non-filing entities | 411,371,545 |
| Other assets | 75,701,245 |
| **Total Assets** | $ 2,697,413,534 |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Debt payable within one year | $ 0 |
| Accounts payable | 44,806,882 |
| Income taxes payable | 5,000,268 |
| Asbestos-related liability expected to be disbursed within one year | |
| Other current liabilities | 88,883,124 |
| **Total Current Liabilities** | 138,690,275 |
| | |
| Debt payable after one year | - |
| Deferred income taxes | - |
| Asbestos-related liability expected to be disbursed after one year | 0 |
| Other liabilities | 270,028,473 |
| **Total Liabilities Not Subject to Compromise** | 408,718,748 |
| | |
| **Liabilities Subject to Compromise** | |
| Debt, pre-petition plus accrued interest | 559,310,620 |
| Accounts payable | 31,395,550 |
| Income taxes payable | 219,587,035 |
| Asbestos-related liability | 987,144,335 |
| Other liabilities | 640,413,774 |
| **Total Liabilities Subject to Compromise** | 2,437,851,314 |
| **Total Liabilities** | 2,846,570,062 |
| | |
| **Shareholders' Equity (Deficit)** | |
| Preferred Stock | 112 |
| Common Stock | 774,434 |
| Paid in capital | 429,951,853 |
| (Accumulated deficit)/Retained earnings | (112,354,133) |
| Treasury stock, at cost | (133,097,532) |
| Accumulated other comprehensive loss | (334,431,262) |
| **Total Shareholders' Equity (Deficit)** | (149,156,528) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,697,413,534 |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

*Chart 5*

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>August 31, 2004 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ 12,423 | $ 2,059,561 | $ (2,059,561) | $ 12,423 |
| FICA - Employee | 5,089 | 1,087,867 | (1,088,711) | 4,245 |
| FICA and payroll- Employer | 1,233,416 | 1,087,951 | (1,023,358) | 1,298,009 |
| Unemployment | - | 2,358 | (2,358) | - |
| Other | - | 6,889 | (6,889) | - |
| Total Federal Taxes | $ 1,250,928 | $ 4,244,626 | $ (4,180,877) | $ 1,314,677 |
| **State and Local** | | | | |
| Withholding | $ - | $ 717,927 | $ (717,927) | $ - |
| Sales & Use | 540,298 | 366,094 | (360,373) | 546,019 |
| Property Taxes | 3,298,060 | 259,439 | (176,672) | 3,380,827 |
| Other | - | - | - | - |
| Total State and Local | $ 3,838,358 | $ 1,343,460 | $ (1,254,972) | $ 3,926,846 |
| Total Taxes | $ 5,089,286 | $ 5,588,086 | $ (5,435,849) | $ 5,241,523 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Remedium Group, Inc. Status of Postpetition Taxes MOR-4 August 31, 2004 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ - | $ 18,619 | $ (18,619) | $ - |
| FICA - Employee | - | 1,669 | (1,669) | - |
| FICA and payroll- Employer | - | 1,669 | (1,669) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ - | $ 21,957 | $ (21,957) | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ 633 | $ (633) | $ - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ - | $ 633 | $ (633) | $ - |
| Total Taxes | $ - | $ 22,590 | $ (22,590) | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>August 31, 2004 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $          - | $          4,466 | $     (4,466) | $          - |
| FICA - Employee | - | 240 | (240) | - |
| FICA and payroll- Employer | - | 240 | (240) | - |
| Unemployment | - | | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $          - | $          4,946 | $     (4,946) | $          - |
| **State and Local** | | | | |
| Withholding | $          - | $          916 | $        (916) | $          - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | | - | - |
| Other | - | - | - | - |
| Total State and Local | $          - | $          916 | $        (916) | $          - |
| Total Taxes | $          - | $          5,862 | $     (5,862) | $          - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>August 31, 2004 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | - | | - | - |
| FICA and payroll- Employer | - | | - | - |
| Unemployment | - | | - | - |
| Other | - | | - | - |
| Total Federal Taxes | $ - | $ - | $ - | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| Sales & Use | - | | - | - |
| Property Taxes | - | | - | - |
| Other | - | | - | - |
| Total State and Local | $ - | $ - | $ - | $ - |
| Total Taxes | $ - | $ - | $ - | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>August 31, 2004 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $           - | $           - | $           - | $           - |
| FICA - Employee | (293) | 794 | (794) | (293) |
| FICA and payroll- Employer | 2,799 | 794 | (406) | 3,187 |
| Unemployment | - | | - | - |
| Other | - | | - | - |
| Total Federal Taxes | $     2,506 | $     1,588 | $    (1,200) | $     2,894 |
| **State and Local** | | | | |
| Withholding | $           7 | $     1,181 | $    (1,181) | $           7 |
| Sales & Use | - | | | - |
| Property Taxes | 316,155 | 4,064 | - | 320,219 |
| Other | - | | - | - |
| Total State and Local | $   316,162 | $     5,245 | $    (1,181) | $   320,226 |
| Total Taxes | $   318,668 | $     6,833 | $    (2,381) | $   323,120 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 6

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## August 2004

| Trade Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, beginning of month, gross | $ 109,664,554 |
| Amounts billed during the period | 77,126,728 |
| Amounts collected during the period | (79,776,483) |
| Other | 4,349,613 |
| | |
| Trade accounts receivable at the end of month, gross | $ 111,364,412 |
| **Trade Accounts Receivable Aging** | |
| Current | $  81,496,632 |
| 1-30 days past due | 22,177,145 |
| 31-60 days past due | 6,402,475 |
| +61 days past due | 1,288,160 |
| Trade accounts receivable, gross | 111,364,412 |
| Allowance for doubtful accounts | (807,926) |
| Trade accounts receivable, net | $ 110,556,486 |

| Notes and Accounts Receivable Reconciliation | |
|---|---|
| Trade accounts receivable, net | $ 110,556,486 |
| Customer notes and drafts receivable | 379,075 |
| Pending customer credit notes | (5,005) |
| Advances and deposits | 4,170,803 |
| Nontrade receivables, net | 1,308,965 |
| Total notes and accounts receivable, net | $ 116,410,324 |

*Chart 6*

| Remedium Group, Inc. |
|---|
| **Accounts Receivable Reconciliation and Aging** |
| **MOR-5** |
| **August 2004** |

| **Trade Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| **Notes and Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | - |

*Chart 6*

| Darex Puerto Rico, Inc. | |
| :---: | :---: |
| **Accounts Receivable Reconciliation and Aging** | |
| **MOR-5** | |
| **August 2004** | |

| Trade Accounts Receivable Reconciliation | | |
| :--- | :---: | ---: |
| Trade accounts receivable, beginning of month, gross | $ | 2,472,530 |
| Amounts billed during the period | | 637,906 |
| Amounts collected during the period | | (607,403) |
| Other | | (152,421) |
| Trade accounts receivable at the end of month, gross | $ | 2,350,612 |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | 1,914,132 |
| 1-30 days past due | | 354,029 |
| 31-60 days past due | | 29,052 |
| +61 days past due | | 53,399 |
| Trade accounts receivable, gross | | 2,350,612 |
| Allowance for doubtful accounts | | (11,668) |
| Trade accounts receivable, net | $ | 2,338,944 |

| Notes and Accounts Receivable Reconciliation | | |
| :--- | :---: | ---: |
| Trade accounts receivable, net | $ | 2,338,944 |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | (5,759) |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | 2,333,185 |

*Chart 6*

| Grace Europe, Inc. Accounts Receivable Reconciliation and Aging MOR-5 August 2004 | | |
|---|---|---|
| **Trade Accounts Receivable Reconciliation** | | |
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| **Notes and Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | |
| Advances and deposits | | - |
| Nontrade receivables, net | | 91,027 |
| Total notes and accounts receivable, net | $ | 91,027 |

*Chart 7*

**W.R. Grace & Co., et al**
**Debtor Questionnaire**
**MOR - 5**
**August 2004**

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period?  If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect?  If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date?  If no, provide an explanation. | X (unless disputed in normal course of business) | |

**Note #5**
As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included.  The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000: Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | | |
|---|---|---|---|---|
| Combined Statement of Operations | | | | |
| | Month Ended August 31, | | Eight Months Ended August 31, | |
| In millions | 2004 | 2003 | 2004 | 2003 |
| Net sales to third parties | $      77.8 | $      76.5 | $      583.3 | $      552.6 |
| Net sales to non-filing entities | 31.7 | 21.0 | 185.9 | 118.8 |
| Interest and royalties from non-filing entities | 2.2 | 3.5 | 21.5 | 29.8 |
| | 111.7 | 101.0 | 790.7 | 701.2 |
| Cost of goods sold to third parties | 25.6 | 49.4 | 365.3 | 371.2 |
| Cost of goods sold to non-filing entities | 21.3 | 17.2 | 149.4 | 90.4 |
| Selling, general and administrative expenses | 22.1 | 17.8 | 173.5 | 148.7 |
| Depreciation and amortization | 4.7 | 4.9 | 37.7 | 41.3 |
| Research and development expenses | 3.1 | 2.6 | 23.2 | 27.2 |
| Net pension expense | 4.1 | 4.1 | 33.0 | 32.5 |
| Interest expense | 1.4 | 1.3 | 10.5 | 10.9 |
| Other expense (income) | (0.4) | 0.6 | 6.3 | (9.4) |
| Provision for environmental remediation | - | 50.0 | - | 52.5 |
| | 81.9 | 147.9 | 798.9 | 765.3 |
| (Loss) income before Chapter 11 expenses, | | | | |
|    income taxes and equity in net income of non-filing entities | 29.8 | (46.9) | (8.2) | (64.1) |
| Chapter 11 expenses, net | (1.0) | (0.9) | (9.2) | (11.7) |
| (Provision for) benefit from income taxes | (4.2) | 14.4 | (9.3) | 11.6 |
| (Loss) income before equity in net income | | | | |
|    of non-filing entities | 24.6 | (33.4) | (26.7) | (64.2) |
| Equity in net income of non-filing entities | (9.7) | 7.5 | 85.2 | 52.0 |
| Net income (loss) | $      14.9 | $      (25.9) | $      58.5 | $      (12.2) |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 9

| W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|
| **Combined Functional Basis Statement of Cash Flows** | | |
| *In millions* | **Month Ended August 31, 2004** | **Eight Months Ended August 31, 2004** |
| *Core operations cash flow* | | |
| Pre-tax income from core operations | $          32.4 | $          18.0 |
| Depreciation and amortization | 4.7 | 37.7 |
| | 37.1 | 55.7 |
| Payments to fund defined benefit pension arrangements | (0.4) | (2.9) |
| Cash received from Non-Filing entity operating loans | 9.9 | 125.5 |
| Cash received from Non-Filing entity investment | - | 0.9 |
| Changes in all core assets/liabilities and other | 8.0 | 6.4 |
| Net increase in accounts receivable from Non-Filing entities due to transfer price adjustments | (31.6) | (31.6) |
| Loans to Non-Filing entities to fund business combinations | (29.5) | (29.5) |
| **Core Pre-tax Operating Cash Flow** | (6.5) | 124.5 |
| Capital expenditures | (3.6) | (22.7) |
| **Core Pre-tax Operating Free Cash Flow** | (10.1) | 101.8 |
| *Charges against core reserves* | | |
| Pension liabilities | - | - |
| Deferred compensation | - | (0.4) |
| Self insurance | - | - |
| **Total Spending Against Core Reserves** | - | (0.4) |
| **Net Core Cash Flow** | (10.1) | 101.4 |
| *Noncore cash flow* | | |
| Proceeds from asset sales | 0.3 | 1.6 |
| Benefit proceeds under life insurance policies | 0.3 | 11.7 |
| Other noncore pretax cash flow | (0.4) | (2.5) |
| **Noncore Pre-tax Cash Flow** | 0.2 | 10.8 |
| *Charges against noncore reserves* | | |
| Asbestos | | |
| Asbestos claims processing | (0.7) | (5.1) |
| Less - insurance recovery | - | 6.0 |
| Net asbestos payments | (0.7) | 0.9 |
| Environmental remediation | (1.8) | (5.1) |
| Retained obligations and other | (0.1) | (1.0) |
| Postretirement benefits | (0.9) | (7.2) |
| **Total Spending Against Noncore Reserves** | (3.5) | (12.4) |
| **Noncore Cash Flow** | (3.3) | (1.6) |
| **Total Pre-tax/Pre-Interest/Pre-Chapter 11 Cash Flow** | (13.4) | 99.8 |
| Cash paid for taxes, net of refunds | 0.1 | (1.8) |
| Cash paid for interest, net | - | (1.1) |
| Chapter 11 expenses paid | (1.6) | (8.2) |
| **Cash Flow before Strategic Investments** | (14.9) | 88.7 |
| *Strategic Investments* | | |
| Cash paid for businesses acquired | - | - |
| Capital contributions to Non-Filing entities | (19.8) | (19.8) |
| Proceeds from exercise of stock options | 0.1 | 0.5 |
| **Cash used for Strategic Investments** | (19.7) | (19.3) |
| **Cash Flow after Strategic Investments** | (34.6) | 69.4 |
| Borrowings under the debtor-in-possession facility, net of fees | (0.2) | (1.4) |
| Net (investing)/financing activities under life insurance policies | (2.5) | (16.8) |
| **Net Cash Flow** | $          (37.3) | $          51.2 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| Combined Balance Sheet | | | |
| In millions | August 31, 2004 | December 31, 2003 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $       171.7 | $       120.5 | $         8.6 |
| Accounts and other receivables, net | 118.8 | 105.6 | 43.8 |
| Receivables from non-filing entities, net | 70.3 | 46.2 | 51.2 |
| Inventories | 76.0 | 81.2 | 80.6 |
| Deferred income taxes | 26.1 | 26.0 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 19.6 | 21.9 | 21.9 |
| **Total Current Assets** | 482.5 | 401.4 | 304.0 |
| Properties and equipment, net | 363.1 | 383.9 | 400.4 |
| Goodwill | 14.5 | 14.5 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 97.8 | 90.8 | 64.1 |
| Deferred income taxes | 601.7 | 587.9 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 263.4 | 269.4 | 323.4 |
| Loans receivable from non-filing entities, net | 387.4 | 448.0 | 387.5 |
| Investment in non-filing entities | 411.4 | 303.6 | 121.0 |
| Other assets | 75.7 | 78.2 | 308.5 |
| **Total Assets** | $     2,697.5 | $     2,577.7 | $     2,323.5 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $          - | $          - | $          - |
| Accounts payable | 44.8 | 38.3 | - |
| Income taxes payable | 5.0 | 5.0 | - |
| Other current liabilities | 88.9 | 54.7 | - |
| **Total Current Liabilities** | 138.7 | 98.0 | - |
| Debt payable after one year | - | - | - |
| Other liabilities | 270.1 | 191.2 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 408.8 | 289.2 | 31.8 |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 559.3 | 552.7 | 511.5 |
| Accounts payable | 31.4 | 31.9 | 43.0 |
| Income taxes payable | 219.6 | 217.9 | 210.1 |
| Asbestos-related liability | 987.1 | 992.3 | 1,002.8 |
| Other liabilities | 640.5 | 657.5 | 598.6 |
| **Total Liabilities Subject to Compromise** | 2,437.9 | 2,452.3 | 2,366.0 |
| **Total Liabilities** | 2,846.7 | 2,741.5 | 2,397.8 |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 429.9 | 432.1 | 432.6 |
| Accumulated deficit | (112.4) | (170.9) | (201.8) |
| Treasury stock, at cost | (133.1) | (135.9) | (136.4) |
| Accumulated other comprehensive loss | (334.4) | (289.9) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (149.2) | (163.8) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $     2,697.5 | $     2,577.7 | $     2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

## W. R. Grace & Co.
## Notes to Combined Financial Statements
## August 31, 2004

### 1.  Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis through two business segments: "Davison Chemicals," which includes two product groups - refining technologies and specialty materials; and "Performance Chemicals," which includes three product groups – specialty construction chemicals, building materials and sealants and coatings.

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co. on a consolidated basis, either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

### VOLUNTARY BANKRUPTCY FILING

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"),   W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product. After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 process provided the best forum available to achieve predictability and fairness in the claims settlement process. Under Chapter 11, the Debtors have continued to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.   Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court.

The Debtors intend to address all of their pending and future asbestos-related claims and all other pre-petition claims in a plan of reorganization. The interests of the Company's shareholders could be substantially diluted or cancelled under a plan of reorganization. The value of Grace common stock following a plan of reorganization, and the extent of any recovery by non-asbestos-related creditors, will depend principally on the ultimate value assigned to Grace's asbestos-related claims, which will be addressed through the Bankruptcy Court proceedings.

*Status of Chapter 11 Proceedings* –  As a consequence of the Filing, pending litigation against the Debtors for pre-petition matters is generally stayed (subject to certain exceptions in the case of governmental authorities), and no party may take action to realize its pre-petition claims except pursuant to an order of the Bankruptcy Court.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received extensions of their exclusivity period through November 24, 2004, and extensions of the Debtors' exclusive right to solicit acceptances of a plan of reorganization through January 24, 2005. In connection with this most recent extension, the Debtors are required to file a proposed plan of reorganization by October 14, 2004. (See "*Plan of Reorganization*" for more information.)

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing

shareholders have been appointed in the Chapter 11 Cases. These committees, and a legal representative of future asbestos claimants (appointed in May 2004), have the right to be heard on all matters that come before the Bankruptcy Court and are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain costs and expenses of the committees and of the future asbestos claimants' representative, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases had been assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin was presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware. On May 17, 2004, a federal appeals court recused Judge Wolin and on May 27, 2004, Judge Ronald L. Buckwalter, a District Court Judge from the Eastern District of Pennsylvania, was assigned to the Chapter 11 cases.

*Claims Filings* – The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos-related property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related bodily injury claims or claims related to Zonolite attic insulation ("ZAI"), which will be dealt with separately.

Approximately 15,000 proofs of claim were filed by the bar date. Of these claims, approximately 10,000 were non-asbestos related, approximately 4,000 were for asbestos-related property damage, and approximately 1,000 were for medical monitoring. In addition, approximately 500 proofs of claim were filed after the bar date.

Approximately 7,000 of the 10,000 non-asbestos related claims involve claims by employees or former employees for future retirement benefits such as pension and retiree medical coverage. Grace views most of these claims as contingent and does not plan to address them until a later date in the Chapter 11 proceeding. The other non-asbestos related claims include claims for payment for goods and services; taxes; product warranties; principal plus interest

under pre-petition credit facilities; amounts due under leases; leases and other executory contracts rejected in the Bankruptcy Court; environmental remediation; indemnification or contribution from actual or potential co-defendants in asbestos-related and other litigation; pending non-asbestos-related litigation; and non-asbestos related personal injury.

The Debtors' analysis indicates that many claims are duplicates, represent the same claim filed against more than one of the Debtors, lack any supporting documentation, or provide insufficient supporting documentation. As of August 31, 2004, the Debtors had filed with the Bankruptcy Court objections to approximately 1,400 claims, most objections of which were non-substantive (duplicates, no supporting documentation, late filed claims, etc.). The Debtors expect to file objections to a substantial number of additional claims, most objections of which will be substantive, as analysis and evaluation of the claims progresses. However, based on its initial claims analysis and other available information, Grace increased its estimated liability for asbestos-related litigation and environmental remediation in the fourth quarter of 2003. No other changes to Filing Date liabilities are deemed warranted as of August 31, 2004.

The medical monitoring claims were made by individuals who allege exposure to asbestos through Grace's products or operations. These claims, if sustained, would require Grace to fund ongoing health monitoring costs for qualified claimants. However, based on the number and expected cost of such claims, Grace does not believe such claims will have a material effect on its Consolidated Financial Statements. No specific liability has been established for these claims.

Grace believes that its recorded liabilities represent a reasonable estimate of the ultimate allowable amount for claims that are not in dispute or have been submitted with sufficient information to both evaluate merit and estimate the cost of the claim. However, because of the uncertainties of the Chapter 11 and litigation process, the in-progress state of Grace's efforts to resolve disputed claims, and the lack of documentation in support of many claims, such recorded liabilities may prove to be insufficient to satisfy all of such claims. As claims are resolved, or where better information becomes available and is

evaluated, Grace will make adjustments to the liabilities recorded on its financial statements as appropriate. Any such adjustments could be material to its consolidated financial position and results of operations.

*Litigation Proceedings in Bankruptcy Court* – In July 2002, the Bankruptcy Court approved special counsel to represent, at the Debtors' expense, the ZAI claimants in a proceeding to determine certain threshold scientific issues regarding ZAI. The Bankruptcy Court has established October 18 and 19, 2004 as the dates for oral arguments of pending motions.

In September 2000, Grace was named in a purported class action lawsuit filed in California Superior Court for the County of San Francisco, alleging that the 1996 reorganization involving a predecessor of Grace and Fresenius Medical Care Holdings, Inc. ("Fresenius") and the 1998 reorganization involving a predecessor of Grace and Sealed Air Corporation ("Sealed Air") were fraudulent transfers. The Bankruptcy Court authorized the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to proceed with claims against Fresenius and Sealed Air on behalf of the Debtors' estates.

On November 29, 2002, Sealed Air and Fresenius each announced that they had reached agreements in principle with such Committees to settle asbestos and fraudulent conveyance claims related to such transactions. Under the terms of the Fresenius settlement, as subsequently revised and subject to certain conditions, Fresenius would contribute $115.0 million to the Debtors' estate as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization, subject to the fulfillment of specified conditions. In July 2003, the Fresenius settlement was approved by the Bankruptcy Court. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% per annum, commencing on December 21, 2002) and nine million shares of Sealed Air common stock (valued at $442.1 million as of August 31, 2004), as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization. The Sealed Air settlement has not been agreed to by the Debtors and remains subject to the approval of the Bankruptcy Court and the

fulfillment of specified conditions. The Debtors are unable to predict how these settlements may ultimately affect their plan of reorganization.

*Plan of Reorganization* – As noted under "*Status of Chapter 11 Proceedings*," the Debtors are required to submit a proposed plan of reorganization (the "Plan") by October 14, 2004. In the Plan, the Debtors will propose how to resolve their pre-petition liabilities and contingencies, including undisputed trade-related, employee-related and financing-related claims, as well as liabilities associated with asbestos-related litigation, environmental remediation, tax matters and other claims filed with the Bankruptcy Court that the Debtors may dispute.

The Chapter 11 proceedings, including the proposed Plan due in October or any revised Plan, could result in allowable claims that differ materially from recorded amounts or amounts in the proposed Plan. Grace will continue to adjust its estimates of allowable claims as facts come to light during the Chapter 11 process that justify a change, and as Chapter 11 proceedings establish the amount of Grace's pre-petition liabilities.

*Impact on Debt Capital* – All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet as of August 31, 2004 reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility expires on April 1, 2006.

*Accounting Impact* – The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of

certain of Debtors' assets and the liquidation of certain of Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial Statements. Further, a plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements, which do not currently give effect to any adjustments to the carrying value or classification of assets or liabilities that might be necessary as a consequence of a plan of reorganization.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of August 31, 2004, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments), as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). The recorded amounts of such liabilities generally reflect accounting measurements as of the Filing Date, adjusted as warranted for changes in facts and circumstances, new information obtained in the claims review process, and/or rulings under Grace's Chapter 11 proceedings subsequent to the Filing. Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheets based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

**Basis of Presentation**

The interim Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted

accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2003 Form 10-K and when filed, its 2004 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim Combined Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed. Certain amounts in prior years' Combined Financial Statements have been reclassified to conform to the 2004 presentation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes, and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds.

4

- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as net deferred tax assets, trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheets separately identify the liabilities that are "subject to compromise" as a result of the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through August 31, 2004.

| (In millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ........ | $ 2,447.3 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under Bankruptcy Court orders: | | |
| Freight and distribution order ... | -- | (5.7) |
| Trade accounts payable order ... | -- | (9.1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ............................... | (10.8) | (218.9) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ...... | 1.1 | 54.3 |
| Employee-related accruals ........ | 0.3 | 12.8 |
| Change in estimate of asbestos-related property damage contingencies ......................... | -- | 30.0 |
| Change in estimate of environmental contingencies ..... | -- | 219.0 |
| Change in estimate of income tax contingencies ........................ | -- | 15.2 |
| Balance sheet reclassifications ...... | -- | (25.7) |
| Balance, end of period ................... | $ 2,437.9 | $ 2,437.9 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (In millions) | August 31, 2004 | | Filing Date | |
|---|---|---|---|---|
| **Accounts and other receivables, net** | | | | |
| Trade receivables, less allowance of $0.8 (Filing Date – $0.7) | $ | 113.3 | $ | 32.3 |
| Other receivables, less allowance of $1.7 (Filing Date – $2.1) | | 5.5 | | 11.5 |
| | $ | 118.8 | $ | 43.8 |
| **Inventories** | | | | |
| Raw materials | $ | 19.6 | $ | 20.3 |
| In process | | 20.9 | | 16.2 |
| Finished products | | 59.2 | | 63.8 |
| General merchandise | | 11.6 | | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis | | (35.3) | | (29.3) |
| | $ | 76.0 | $ | 80.6 |
| **Other Assets** | | | | |
| Deferred pension costs | $ | 5.5 | $ | 227.9 |
| Deferred charges | | 28.1 | | 40.4 |
| Long-term receivables | | 8.3 | | 1.9 |
| Long-term investments | | -- | | 2.1 |
| Patents, licenses and other intangible assets | | 13.0 | | 25.2 |
| Pension – unamortized prior service cost | | 20.7 | | 8.1 |
| Other assets | | 0.1 | | 2.9 |
| | $ | 75.7 | $ | 308.5 |
| **Other Current Liabilities** | | | | |
| Accrued compensation | $ | 47.0 | $ | -- |
| Accrued commissions | | 5.7 | | -- |
| Customer programs | | 13.7 | | -- |
| Accrued utilities | | 0.5 | | -- |
| Accrued freight | | 2.8 | | -- |
| Accrued reorganization fees | | 7.9 | | -- |
| Other accrued liabilities | | 11.3 | | -- |
| | $ | 88.9 | $ | -- |
| **Other Liabilities** | | | | |
| Deferred royalty income – non-filing entities | | -- | | 31.8 |
| Pension – underfunded plans | | 262.6 | | -- |
| Other accrued liabilities | | 7.5 | | -- |
| | $ | 270.1 | $ | 31.8 |
| **Other Liabilities Subject to Compromise** | | | | |
| Other postretirement benefits | $ | 125.2 | $ | 185.4 |
| Environmental remediation | | 327.4 | | 164.8 |
| Retained obligations of divested businesses | | 56.1 | | 75.5 |
| Special pension arrangements | | 70.8 | | 70.8 |
| Deferred compensation | | 4.7 | | 8.2 |
| Self insurance reserve | | 20.6 | | 11.8 |
| Other accrued liabilities | | 35.7 | | 82.1 |
| | $ | 640.5 | $ | 598.6 |

## 4. Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $97.8 million at August 31, 2004. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at August 31, 2004 and Filing Date:

| Components of Net Cash Value (In millions) | August 31, 2004 | | Filing Date | |
|---|---|---|---|---|
| Gross cash value | $ | 477.3 | $ | 453.7 |
| Principal – policy loans | | (367.9) | | (390.3) |
| Accrued interest – policy loans | | (11.6) | | 0.7 |
| Net cash value | $ | 97.8 | $ | 64.1 |
| Insurance benefits in force | $ 2,191.2 | | $2,286.0 | |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On August 31, 2004, and Filing Date, Grace's debt was as follows:

| Components of Debt (In millions) | August 31, 2004 | | Filing Date | |
|---|---|---|---|---|
| **Debt payable within one year** | | | | |
| DIP facility | $ | -- | $ | -- |
| Other short-term borrowings | | -- | | -- |
| | $ | -- | $ | -- |
| **Debt payable after one year** | | | | |
| DIP facility | $ | -- | $ | -- |
| Other long-term borrowings | | -- | | -- |
| | $ | -- | $ | -- |
| **Debt Subject to Compromise** | | | | |
| Bank borrowings | $ | 500.0 | $ | 500.0 |
| 8.0% Notes Due 2004 | | -- | | 5.7 |
| 7.75% Notes Due 2002 | | -- | | 2.0 |
| Other borrowings | | 2.7 | | 1.2 |
| Accrued interest | | 56.6 | | 2.6 |
| | $ | 559.3 | $ | 511.5 |

In April 2001, the Debtors entered into the DIP facility for a two-year term in the aggregate amount of $250 million. The DIP facility is secured by a priority lien on substantially all assets of the Debtors, and bears interest based on LIBOR. The Debtors'

have extended the term of the DIP facility through April 1, 2006. Grace had no outstanding borrowings under the DIP facility as of August 31, 2004; however, $28.0 million of standby letters of credit were issued and outstanding under the facility. The letters of credit, which reduce available funds under the facility, were issued mainly for trade-related matters such as performance bonds and certain insurance and environmental matters.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of August 31, 2004.