**Bank Statements**

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 JUL 2004
Statement End Date: 30 JUL 2004
Statement Code: 000-USA-21
Statement No: 007
Page 1 of 4

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 200,000.00 |
| Total Debits (incl. checks) | 21 | 212,447.66 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 JUL 2004) | Closing (30 JUL 2004) |
|---|---|---|
| Ledger | 124,016.00 | 111,568.34 |
| Collected | 124,016.00 | 111,568.34 |

### Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 01JUL | 111,916.65 |
| 02JUL | 103,706.43 |
| 06JUL | 97,228.47 |
| 07JUL | 84,993.75 |
| 08JUL | 73,211.20 |
| 09JUL | 63,325.18 |
| 12JUL | 56,053.19 |
| 13JUL | 42,302.96 |
| 14JUL | 133,828.79 |
| 15JUL | 119,859.71 |
| 16JUL | 110,141.10 |
| 19JUL | 104,663.07 |
| 20JUL | 91,949.43 |
| 21JUL | 85,513.70 |
| 22JUL | 71,450.92 |
| 23JUL | 62,450.80 |
| 26JUL | 53,745.35 |
| 27JUL | 41,355.18 |
| 28JUL | 132,673.93 |
| 29JUL | 132,673.80 |
| 30JUL | 111,568.34 |
| **COLLECTED BALANCES** | |
| 01JUL | 111,916.65 |
| 02JUL | 103,706.43 |
| 06JUL | 97,228.47 |
| 07JUL | 84,993.75 |
| 08JUL | 73,211.20 |
| 09JUL | 63,325.18 |

## Transactions

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 14JUL | | 14JUL | | USD YOUR: CAP OF 04/07/14 OUR: 2166000196J0 | 100,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- REF: CHASE MEDICAL ACCT FUNDING |
| 28JUL | | 28JUL | | USD YOUR: CAP OF 04/07/28 OUR: 2316700210J0 | 100,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- REF: CHASE MEDICAL ACCT FUNDING |
| **DEBITS** | | | | | | |
| 01JUL | 30JUN | 30JUN | | USD OUR: 0418300094WA | 12,099.35 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 06/30/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 02JUL | 01JUL | 01JUL | | USD OUR: 0418400096WA | 8,210.22 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/01/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 06JUL | 02JUL | 02JUL | | USD OUR: 0418800095WA | 6,477.96 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/02/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA    MD    21044-4098

Account No: 910-1-013572
Statement Start Date: 01 JUL 2004
Statement End Date: 30 JUL 2004
Statement Code: 000-USA-21
Statement No: 007

Page 2 of 4

### Closing Balances

| Date | Amount |
|------|--------|
| 12JUL | 56,053.19 |
| 13JUL | 42,302.96 |
| 14JUL | 133,828.79 |
| 14JUL | 119,159.71 |
| 15JUL | 110,141.10 |
| 16JUL | 104,663.07 |
| 19JUL | 91,947.45 |
| 20JUL | 85,513.70 |
| 21JUL | 71,504.92 |
| 22JUL | 62,450.80 |
| 23JUL | 53,744.35 |
| 26JUL | 41,355.18 |
| 27JUL | 132,313.93 |
| 28JUL | 122,673.80 |
| 29JUL | 111,568.34 |
| 30JUL | |

### DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 07JUL | 06JUL | 06JUL | USD | OUR: 0418900092WA | 12,234.72 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/06/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 08JUL | 07JUL | 07JUL | USD | OUR: 0419000093WA | 11,782.55 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/07/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09JUL | 08JUL | 08JUL | USD | OUR: 0419100093WA | 9,886.02 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/08/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 12JUL | 09JUL | 09JUL | USD | OUR: 0419400088WA | 7,271.99 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/09/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13JUL | 12JUL | 12JUL | USD | OUR: 0419500089WA | 13,750.23 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/12/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14JUL | 13JUL | 13JUL | USD | OUR: 0419600089WA | 8,474.17 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/13/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 15JUL | 14JUL | 14JUL | USD | OUR: 0419700090WA | 14,669.08 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/14/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 16JUL | 15JUL | 15JUL | USD | OUR: 0419800090WA | 9,018.61 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

Account No: 910-1-013572
Statement Start Date: 01 JUL 2004
Statement End Date: 30 JUL 2004
Statement Code: 000-USA-21
Statement No: 007
Page 3 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 19JUL | 16JUL | 16JUL | USD | DUR: 042010008BWA | 5,478.03 | 002-2-416598 FOR WORK OF 07/15/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 20JUL | 19JUL | 19JUL | USD | DUR: 042020009DWA | 12,715.62 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/16/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 21JUL | 20JUL | 20JUL | USD | DUR: 042030008TWA | 6,433.75 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/19/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 22JUL | 21JUL | 21JUL | USD | DUR: 042040008BWA | 14,008.78 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/20/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 23JUL | 22JUL | 22JUL | USD | DUR: 042050008SWA | 9,054.12 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/21/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 26JUL | 23JUL | 23JUL | USD | DUR: 042080009BWA | 8,706.45 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/22/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 27JUL | 26JUL | 26JUL | USD | DUR: 042090009AWA | 12,389.17 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/23/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 002-2-416598 FOR WORK OF 07/26/04 W R GRACE & CO C/O CORPORATE | | |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

Account No:           910-1-013572
Statement Start Date: 01 JUL 2004
Statement End Date:   30 JUL 2004
Statement Code:       000-USA-21
Statement No:         007

Page  4  of  4

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances |   |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   | Date | Amount |

## DEBITS CONTINUED

| 28JUL | 27JUL | 27JUL | | USD  OUR: 0421000089WA | 9,041.25 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/27/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 29JUL | 28JUL | 28JUL | | USD  OUR: 0421100092WA | 9,640.13 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/28/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 30JUL | 29JUL | 29JUL | | USD  OUR: 0421200096WA | 11,105.46 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 07/29/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

## CHECKS

*No Activity*



# Commercial Checking

01      2199500021812   036  130        0    0      146,477    —— ——
                                                                ——

00052484 1 MB  0.309 02   MAAD 234

**WACHOVIA**

|..|.|..|||..|.|.|.|.|.|.||..|.|.|.|.|.|.|
W R GRACE AND CO-CONN
GENERAL ACCOUNT                          CB
ATTN:PATTY ELLIOTT-GRAY
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

---

# Commercial Checking                    7/01/2004 thru 7/30/2004

Account number:        2199500021812
Account owner(s):      W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

⬤payer ID Number:      135114230

## Account Summary

| | |
|---|---|
| Opening balance 7/01 | $10,052.48 |
| Deposits and other credits | 1,428,528.31 + |
| Other withdrawals and service fees | 1,401,479.57 - |
| **Closing balance 7/30** | **$37,101.22** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 7/09 | 352,384.91 | DEPOSIT |
| 7/09 | 632,677.19 | DEPOSIT |
| 7/15 | 0.00 | DEPOSIT |
| 7/15 | 109,762.58 | DEPOSIT |
| ⬤ | 306,602.41 | DEPOSIT |
| 7/30 | 7,718.59 | DEPOSIT |
| 7/30 | 19,382.63 | DEPOSIT |
| **Total** | **$1,428,528.31** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 7/13 | 984,789.58 | FUNDS TRANSFER  (ADVICE 040713013303) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=        07/13/04  11:10AM |
| 7/20 | 416,689.99 | FUNDS TRANSFER  (ADVICE 040720013790) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=        07/20/04  10:51AM |
| **Total** | **$1,401,479.57** | |

---



# Commercial Checking

03    2199500021812  036  130         0    0      146,479

**WACHOVIA**

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| TDD    (For the Hearing Impaired) | 800-388-2234 | NC8502 |
| Commercial Checking & Loan Accounts | 800-222-3862 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

---

## To Balance Your Account

| | | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | _____ | | | | |
| 3. Write in any deposits you have made since the date of this statement. | _____ _____ _____ _____ | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | _____ | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | _____ | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 | _____ | | | | |
| | | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

---


**WACHOVIA**

# WACHOVIA BANK, N.A.
## PAID / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN      113               ACCT NO.:    0001      2079900003615
ATTN: NELLIE FAUSTO
7500 GRACE DRIVE

COLUMBIA      MD 21044-4098

| RECONCILEMENT OF DEBITS | | CUTOFF DATE:  07/31/2004 |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | 50,662.22 |
| MISCELLANEOUS DEBITS | + | 1,975,299.51 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/− | .00 |
| DEBIT ADJUSTMENTS | − | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 2,025,961.73 |
| | | ===================== |
| TOTAL DEBITS FROM BANK STATEMENT | | 2,025,961.73 |

IF YOU HAVE ANY QUESTIONS, PLEASE
CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 113



# Commercial Checking

01    2079900003615  005  108         10  160         4,115    ▬▬  ▬▬

**WACHOVIA**

IIIₘₗₗₗIₗₗₗIₗₗIIₗIₗₗIIₗₗₗₗIₗI                                    ▬▬
W R GRACE & CO-CONN
62 WHITMORE AVE.                         CB  113
CAMBRIDGE MD 02140

---

# Commercial Checking                    7/01/2004 thru 7/30/2004

Account number:       2079900003615
Account owner(s):     W R GRACE & CO-CONN

Taxpayer ID Number:   133461988

## Account Summary

| | |
|---|---:|
| Opening balance 7/01 | $0.00 |
| Deposits and other credits | 2,025,961.73 + |
| Other withdrawals and service fees | 2,025,961.73 - |
| **Closing balance 7/30** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| 7/01 | 4,945.57 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/06 | 2,556.96 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/07 | 1,783.01 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/08 | 210.28 | AUTOMATED CREDIT W.R. GRACE    REVERSAL<br>CO. ID.      040708 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 7/08 | 3,463.11 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/09 | 329,637.73 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/12 | 1,434.52 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/12 | 680,229.42 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/14 | 3,876.26 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/15 | 2,057.24 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/15 | 4,253.74 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/16 | 3,244.30 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/19 | 23,343.72 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 7/21 | 1,544.63 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |

*Deposits and Other Credits continued on next page.*

---

**WACHOVIA BANK, N.A. , CAP MKTS INV BKG DIV MFG FRANCHISE**



# Commercial Checking

03        2079900003615  005   108          10  160          4,117

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 7/12 | 5,151.27 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040712 CCD<br>MISC SETTL NCVCERIDN GRACE WAS NC |
| 7/12 | 26,965.91 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.        040712 CCD<br>MISC SETTL NCVCERIDN REMEDIUM  NC |
| 7/12 | 63,947.70 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040712 CCD<br>MISC SETTL NCVCERIDN GMS,INC.  NC |
| 7/12 | 584,164.54 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040712 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 7/14 | 1,756.94 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040714 CCD<br>MISC C4025-023660402 |
| 7/14 | 2,119.32 | LIST OF DEBITS POSTED |
| 7/15 | 2,057.24 | LIST OF DEBITS POSTED |
| 7/15 | 4,253.74 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040715 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 7/16 | 3,244.30 | LIST OF DEBITS POSTED |
| 7/19 | 2,442.95 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040719 CCD<br>MISC C2918-003694864 |
| 7/19 | 20,900.77 | LIST OF DEBITS POSTED |
| 7/21 | 1,544.63 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040721 CCD<br>MISC C4025-023701104 |
| 7/22 | 2,508.62 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040722 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 7/23 | 1,319.70 | AUTOMATED DEBIT  CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 040723 CCD<br>MISC C4025-01 136060 |
| 7/23 | 2,930.79 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040723 CCD<br>MISC C2916-003718366 |
| 7/23 | 8,763.98 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040723 CCD<br>MISC C4213-003718407 |
| 7/23 | 310,802.19 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040723 CCD<br>MISC C4025-013718398 |
| 7/26 | 3,417.81 | LIST OF DEBITS POSTED |
| 7/26 | 5,151.27 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        040726 CCD<br>MISC SETTL NCVCERIDN GRACE WAS NC |

*Other Withdrawals and Service Fees continued on next page.*

---

# Merrill Lynch Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118    (800) 225-1576

1 5 1 3

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

**Merrill Lynch Premier Institutional Fund**

Cumulative Statement for 07/01/2004 - 07/31/2004

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 07/31/2004
$201,181,492.29

Dividends
07/01/2004 - 07/31/2004    Year To Date
$202,297.77    $820,968.19

> ON MONDAY, SEPTEMBER 6, MERRILL LYNCH
FUNDS FOR INSTITUTIONS WILL BE CLOSED
IN OBSERVANCE OF LABOR DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
MONTH OF JULY WAS 1.23%. TRADING DEADLINES
ON SEPTEMBER 3 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $194,979,194.52 |
| 07/01/2004 | 07/01/2004 | Same Day Wire Redemption | $2,400,000.00 | $1.00 | $192,579,194.52 |
| 07/02/2004 | 07/02/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $194,679,194.52 |
| 07/07/2004 | 07/07/2004 | Shares Purchased By Wire | $3,300,000.00 | $1.00 | $197,979,194.52 |
| 07/08/2004 | 07/08/2004 | Same Day Wire Redemption | $2,500,000.00 | $1.00 | $195,479,194.52 |
| 07/08/2004 | 07/08/2004 | Same Day Wire Redemption | $4,200,000.00 | $1.00 | $191,279,194.52 |
| 07/12/2004 | 07/12/2004 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $192,579,194.52 |
| 07/13/2004 | 07/13/2004 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $188,679,194.52 |
| 07/14/2004 | 07/14/2004 | Shares Purchased By Wire | $3,100,000.00 | $1.00 | $191,779,194.52 |
| 07/15/2004 | 07/15/2004 | Same Day Wire Redemption | $800,000.00 | $1.00 | $190,979,194.52 |
| 07/16/2004 | 07/16/2004 | Shares Purchased By Wire | $2,800,000.00 | $1.00 | $193,779,194.52 |
| 07/19/2004 | 07/19/2004 | Shares Purchased By Wire | $4,700,000.00 | $1.00 | $198,479,194.52 |
| 07/20/2004 | 07/20/2004 | Same Day Wire Redemption | $1,900,000.00 | $1.00 | $196,579,194.52 |
| 07/21/2004 | 07/21/2004 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $198,179,194.52 |
| 07/22/2004 | 07/22/2004 | Same Day Wire Redemption | $3,000,000.00 | $1.00 | $195,179,194.52 |
| 07/22/2004 | 07/22/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $190,779,194.52 |
| 07/26/2004 | 07/26/2004 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $193,379,194.52 |
| 07/27/2004 | 07/27/2004 | Same Day Wire Redemption | $2,300,000.00 | $1.00 | $191,079,194.52 |
| 07/28/2004 | 07/28/2004 | Same Day Wire Redemption | $3,200,000.00 | $1.00 | $187,879,194.52 |

519574

Account Number  318-3323735-8        (page 1 of 2)



MLM.=12100=.01516T1050.01548.01548.CNSMLM01.INVXXWW......MLM......000057826

**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 07/01/2004 - 07/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 07/29/2004 | 07/29/2004 | Shares Purchased By Wire | $15,600,000.00 | $1.00 | $203,479,194.52 |
| 07/29/2004 | 07/29/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $199,079,194.52 |
| 07/30/2004 | 07/30/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $200,979,194.52 |
| 07/31/2004 | 07/31/2004 | Div Reinvest | $202,297.77 | $1.00 | $201,181,492.29 |
| | | Ending Balance | | | $201,181,492.29 |

519575




MLM.-*12210*.0151671050.01548.01548.CNS.MLM01.INVHWW.-----.MLM......000057826

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

TS                    D

Account No:           323-223141
Statement Start Date: 01 JUL 2004
Statement End Date:   30 JUL 2004
Statement Code:       000-USA-22
Statement No:         007
                      Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 1 | 741,210.02 |
| Total Debits (incl. checks) | 1 | 741,210.02 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 JUL 2004) | Closing (30 JUL 2004) |
|---|---|---|
| Ledger | .00 | .00 Ledger |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | .00 |
| Checks | |

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

LEDGER BALANCES
02JUL                    0.00

### CREDITS
02JUL

USD YOUR: NC047599650702040I
    OUR: 041840018SIN

741,210.02   NASSAU DEPOSIT TAKEN
             B/O: WR GRACE & COMPANY
             JERSEY CITY, NJ 07310
             REF: TO REPAY YOUR DEPOSIT FR 04060
             3 TO 040702 RATE 0.9500

### DEBITS
02JUL

USD YOUR: ND050378440702040I
    OUR: 041840064SIN

741,210.02   NASSAU DEPOSIT TAKEN
             A/C: WR GRACE & COMPANY
             JERSEY CITY, NJ 07310
             REF: TO ESTABLISH YOUR DEPOSIT FR 0
             40702 TO 040802 RATE 1.2000

### CHECKS

*No Activity*

FT CODE:    USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT      USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

In US Dollars
Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013

Page 1 of 17

| TRANSACTIONS | | |
|---|---|---|
| Total Credits | 45 | 56,439,534.95 |
| Total Debits (incl. checks) | 53 | 56,422,635.11 |
| Total Checks Paid | 0 | 0.00 |

| BALANCES | | | |
|---|---|---|---|
| Opening (01 JUL 2004) | | Closing (15 JUL 2004) | |
| Ledger | 56,439,534.95 | Ledger | 239,706.83 |
| | | | 256,606.67 |

| ENCLOSURES | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Closing Balances | |
|---|---|
| Date | Amount |
| LEDGER BALANCES | |
| 01JUL | 902,981.74 |
| 02JUL | 378,702.50 |
| 05JUL | 295,676.25 |
| 06JUL | 287,252.87 |
| 07JUL | 284,064.35 |
| 08JUL | 236,818.95 |
| 09JUL | 296,629.54 |
| 12JUL | 228,861.27 |
| 13JUL | 284,653.03 |
| 14JUL | 256,606.67 |
| 15JUL | |

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| | | | | | | |

**CREDITS**

| Ledger Date | Value Date | F.T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 01JUL | 01JUL | USD | YOUR: 04070140092<br>OUR: 0550702183FF | 6,418.58 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001600126 OBI=ST<br>OCK OPTION TAX TD JUNE25 2004 BBI=/<br>MAD: 0701E3B75DAC006575 |
| 01JUL | 01JUL | USD | YOUR: 04070140092B<br>OUR: 0618509183FF | 10,560.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00001600126 OBI=ST<br>OCK OPTION COST TD JUNE 25 2004 BBI<br>MAD: 0701E3B75DAC007122 |
| 01JUL | 01JUL | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0533301183FF | 577,898.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC, NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00016001257 RFB=0/B WACHOVIA BK OBI |

FT CODE:
USD - SAME DAY FUNDS   US1 - ONE DAY FLOAT   US3 - THREE DAY FLOAT   US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS   US2 - TWO DAY FLOAT   US4 - FOUR DAY FLOAT   USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELLED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date: 01 JUL 2004
Statement End Date:  15 JUL 2004
Statement Code:      S00-USA-22
Statement No:        013

Page 2 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 01JUL | | USD OUR: 185096629TC | 633,053.76 | =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0701E3B75D1C005078 =ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID.9186063000 DESC DATE: CO ENTRY DESCR:DED PMT SEC:PPD TRACE#:021000025096629 EED:040701 IND ID: 3085ACH A IND NAME:W R GRACE 0207-3001 /07100039 |
| 01JUL | | USD YOUR: 04070240752 OUR: 0526009183FF | 1,710,453.42 | =FEDWIRE CREDIT VIA: BANK OF AMERICA /07100039 B/O:W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600001257 RFB=O/B BKAM IL CGO BBI =/7TME/14:45 IMAD: 070161OFGY2CO01815 |
| 01JUL | | USD YOUR: MAESTRO OUR: 061091313183FF | 2,400,000.00 | =FEDWIRE CREDIT VIA STATE STREET BANK & TRUST COMP /01100028 B/O:W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600001257 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0701A1Q002CC002371 |
| 02JUL | | USD YOUR: 04070240752 OUR: 0303603184FF | 31,053.03 | =FEDWIRE CREDIT VIA WACHOVIA BANK NA NJ/PA/NY /03120467 B/O:EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF.CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600001257 RFB=04070240752 OBI=ST OCK OPTION TAX JUNE 28 BBI=/TIME/14 IMAD: 0702E3B75DAC004277 |
| 02JUL | | USD YOUR: 04070240751 OUR: 0312507184FF | 49,680.00 | =FEDWIRE CREDIT VIA WACHOVIA BANK NA NJ/PA/NY /03120467 B/O:EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 |

JPMorganChase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Statement of Account

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 3 of 17

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 02JUL | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0148713184FF | 1,417,148.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-A<br>0001601257 RFB= 040702400751 OBI=ST<br>OCK OPTION COST JUNE 2004<br>IMAD: 0702E3B75DAC004281 | | |

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/05300021
B/O: W R GRACE & CO. - CONN.
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0001601257 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0702E3B75DIC001856

| 02JUL | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0148914184FF | 1,996,547.31 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/11:45<br>IMAD: 07026IQFGY2C000460 | | |

| 06JUL | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0128514188FF | 1,640,960.60 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO. CON -TREASURY<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO BBI<br>=//TIME/10:48<br>IMAD: 0706GIQFGY2C000349 | | |

| 06JUL | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0135702188FF | 3,333,350.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/05300219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:  01 JUL 2004
Statement End Date:    15 JUL 2004
Statement Code:    S00-USA-22
Statement No:      013
Page 4 of. 17

| Ledger Date | Adj Ledger Date | Value Date | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 07JUL | USD YOUR: 0/B WACHOVIA BK OUR: 020240118 9FF | 2,932,417.00 | MAD: 0706E3B75D1C001749 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001001257 RFB=0/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO |
| 07JUL | USD YOUR: 0/B BKAM IL CG0 OUR: 010241418 9FF | 3,518,494.14 | MAD: 0707E3B75D1C002183 FEDWIRE CREDIT VIA: BANK OF AMERICA /A 1 000059 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001001257 RFB=0/B BKAM IL CG0 BBI =/TIME/10:56 |
| 08JUL | USD YOUR: 04070840 0478 OUR: 021451319 0FF | 1,468.35 | MAD: 0707G1QFGY2C000325 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /051201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001001257 RFB=04070840 0478 OBI=ST OCK OPTION TAX JULY 1 BBI=/TIME/13: |
| 08JUL | USD YOUR: 04070840 0476 OUR: 022620119 0FF | 2,400.00 | IMAD: 0708E3B75DAC003105 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /051201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001001257 RFB=04070840 0476 OBI=ST OCK OPTION COST JULY 1, 2004 BBI=/T |
| 08JUL | USD YOUR: 0/B WACHOVIA BK OUR: 016740919 0FF | 366,436.00 | MAD: 0708E3B75DAC003077 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 |

CDN JPMorganChase    Statement of ........

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:  01 JUL 2004
Statement End Date:    15 JUL 2004
Statement Code:        S00-USA-22
Statement No:          013
Page 5 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08JUL | | | | USD YOUR: O/B BKAM IL CGO OUR: 0168214190FF | B/O: W R GRACE & CO - CONN. COLUMBIA MD 21044-4098 REF CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 =FUND51 RFB=O/B WACHOVIA BK OBI 0016001257 TRANSFER FROM DAVISON LOCKBO TMAD:0708E3875D1C001693 | 946,583.07 | |
| 08JUL | | | | USD YOUR: MAESTRO OUR: 0132002190FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /0710000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=O/B BKAM IL CGO BBI =/TIME/12:13 IMAD:0708G16FGY2C000550 | 2,500,000.00 | |
| 08JUL | | | | USD YOUR: MAESTRO OUR: 0361608190FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0002601257 RFB=MAESTRO OBI=FUND-31 B/PI-S ML PREMIER FUND BBI=/TIME IMAD:0708ALQ0028C000332 | 4,200,000.00 | |
| 09JUL | | | | USD YOUR: 04070940866 OUR: 0337114191FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0016001257 RFB=MAESTRO FUND BBI=/TIME IMAD:0708ALQ002BC001423 | | |
| 09JUL | | | | USD YOUR: 04070940866 OUR: 0337114191FF | FEDWIRE CREDIT /0312011467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 | 2,010.25 | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:            016-001257
Statement Start Date:  01 JUL 2004
Statement End Date:    15 JUL 2004
Statement Code:        S00-USA-22
Statement No:          013

Page 6 of 17

| Ledger Date | Adj. Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 09JUL | | | | USD YOUR: 04070940872 OUR: 0338107191FF | 3,600.00 | 0001601257 RFB=04070940086 OBI=ST OCK OPTION TAX JULY 2 BBI=/TIME/15: IMAD: 0709E3B75DAC004402 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=04070940872 OBI=ST OCK OPTION COST JULY 2 BBI=/TIME/15 IMAD: 0709E3B75DAC004423 | | |
| 09JUL | | | | USD YOUR: O/B BKAM IL CGO OUR: 0145502191FF | 2,444,289.67 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CON -TREASURY COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO BBI /=TIME/11148 IMAD: 0709G1QFGY2C000492 | | |
| 09JUL | | | | USD YOUR: O/B WACHOVIA BK OUR: 0147303191FF | 3,787,633.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0709E3B75DIC001678 | | |
| 12JUL | | | | USD YOUR: O/B BKAM IL CGO OUR: 0143601194FF | 68,463.88 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: ADVANCED REFINING TECHNOLOGIES COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001601257 RFB=O/B BKAM IL CGO OBI =INTEREST PAYMENT FROM ART FOR JULY IMAD: 0712G1QFGY2C000330 | | |

JP Morgan Chase    Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No:            016-001257
Statement Start Date:  01 JUL 2004
Statement End Date:    15 JUL 2004
Statement Code:        S00-USA-22
Statement No:          013
Page 7 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| CREDITS CONTINUED | | | | | | | | |
| 12JUL | | 12JUL | | USD YOUR: O/B WACHOVIA BK OUR: 0268313194FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0712E3B75D1C003101 | 1,390,904.00 | | |
| 12JUL | | 12JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0276207194FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF. CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B BKAM IL CGO BBI =/TIME/14:26 IMAD: 0712G1QFGY2C000638 | 2,501,282.43 | | |
| 13JUL | | 13JUL | | USD YOUR: 017604 OUR: 0165102195FF | FEDWIRE CREDIT VIA: BANK OF AMERICA N.A. /026009593 B/O: GRACE COLLECTIONS INC COLUMBIA MD REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=017604 OBI=CD INT T KT 420909 BBI=/TIME/12:32 IMAD: 0713B6B7HU5R000359 | 735.00 | | |
| 13JUL | | 13JUL | | USD YOUR: 04071340788 OUR: 0333814195FF | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201667 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=04071340078B OBI=ST OCK OPT/OH JULY 7 BBI=/TIME/16:16 IMAD: 0713E3B75DAC004253 | 6,635.77 | | |
| 13JUL | | 13JUL | | USD YOUR: 04071340790 OUR: 0333607195FF | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES | 12,000.00 | | |

IBM (illegible watermark)

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 8 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | **CREDITS CONTINUED** | | | |
| | | 13JUL | | USD YOUR: 0/B WACHOVIA BK OUR: 0101113195FF | 984,789.58 | PHILADELPHIA PA-1328 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=040713400790 OBI=SO CK OPTION COST JULY 7 BBI=/TIME/16: IMAD: 0713E3B75DAC004260 /VIA: WACHOVIA BANK NA OF FLORIDA FEDWIRE CREDIT /V063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=0/B WACHOVIA BK BBI =/TIME/11:10 IMAD: 0713E3B75D2C000630 | | |
| | | 13JUL | | USD YOUR: 0/B WACHOVIA BK OUR: 0095008195FF | 1,422,117.00 | FEDWIRE CREDIT /VIA: WACHOVIA BANK BANK OF NC,NA /V053000219 /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=0/B WACHOVIA BK CGO BBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0713E3B75D1C000866 | | |
| | | 13JUL | | USD YOUR: 0/B BKAM IL CGO OUR: 0094507195FF | 2,090,336.21 | FEDWIRE CREDIT /VIA: BANK OF AMERICA /V071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=0/B BKAM IL CGO BBI =/TIME/10:52 IMAD: 0713G1QFG6Y2C000323 | | |
| | | 13JUL | | USD YOUR: MAESTRO OUR: 0355008195FF | 3,900,000.00 | FEDWIRE CREDIT /VIA: STATE STREET BANK & TRUST COMP /V011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600125 7 RFB=MAESTRO OBI=FUND-31 | | |

Case 01-01139-AMC    Doc 6542-2    Filed 10/06/04    Page 22 of 35

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLENE PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:          016-001257
Statement Start Date:  01 JUL 2004
Statement End Date:    15 JUL 2004
Statement Code:        S00-USA-22
Statement No:          013
Page 9 of 17

**CREDITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | 14JUL | | USD YOUR: 040714400535<br>OUR: 0229713196FF | 7,070.98 | 8-P-1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0713A1Q002GC001770<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=040714400535 OBI=ST<br>OCK OPTION TAX JULY 8 BBI=/TIME/13:<br>IMAD: 0713C1B75DAC003150 | | |
| | | 14JUL | | USD OUR: 1962648676TC | | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022648676 EED:040714<br>IND ID:9016001257<br>IND NAME:EFT FILE NAME: R195041<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>81343219900 EFF DATE: 04/07/14 | | |
| | | 14JUL | | USD YOUR: 040714400531<br>OUR: 0229113196FF | 13,560.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=040714400531 OBI=ST<br>OCK OPTION COST JULY 8 BBI=/TIME/13<br>IMAD: 0714E3B75DAC003160 | | |
| | | 14JUL | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0313141196FF | 1,422,045.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0714E3B75D1C003474 | | |
| | | 14JUL | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0297003196FF | 3,193,461.03 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039 | | |

JPMorgan Chase   Statement of

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 10 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | **CREDITS CONTINUED** | | |
| | | 15JUL | | USD YOUR: 04071540746 OUR: 0375501197FF | 5,685.62 | B/O: W.R. GRACE & CO.-CONN. COLUMBIA, NYC/CTR/BNF=W.R. GRACE A REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=O/B BKAM IL CGO BBI =/TIME/15:42 /MAD: 0715IG101FGY2C001531 | | |
| | | 15JUL | | | | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=04071540746 OBI=ST OCK OPTION TAX JULY 9 BBI=/TIME/14: /MAD: 0715E3B7SDAC004038 | | |
| | | 15JUL | | USD YOUR: 04071540754 OUR: 0373114197FF | 10,200.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYMGRIDGE MA 02140-/AC-0 ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=04071540754 OBI=ST OCK OPTION COST=JULY 9 BBI=/TIME/14 /MAD: 0715E3B5DAC004046 | | |
| | | 15JUL | | USD OUR: 197068785BTC | 378,620.75 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:AON CORPORATION ORIG ID:9005551498 DESC DATE:040714 CO ENTRY DESCR:ACH PYMT SEC:CCD TRACE#:021000020687858 EED:040715 IND ID: IND NAME:W R GRACE AND CO CONN REF***RETIREDB\ | | |
| | | 15JUL | | USD YOUR: MAESTRO OUR: 0452914197FF | 800,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=MAESTRO OBI=FUND-31 8-P-1-S 1 ML PREMIER FUND BBI=/TIME | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 11 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 15JUL | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0363209197FF | 1,710,748.00 | MAD: 0715A1Q002BC001762<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>MAD: 0715E3B75DIC003393 | |
| 15JUL | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0344113197FF | 1,995,448.52 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0016001257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/1520<br>IMAD: 0715G1QFGYZC001584 | |

## DEBITS

| 01JUL | | | | USD OUR: 003264011 8XF | 9,609.27 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052388 1963 | |
| 01JUL | | | | USD OUR: 001606011 8XF | 17,230.79 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0005232 19 6705 | |
| 01JUL | | | | USD YOUR: NONREF<br>OUR: 2358100183J0 | 166,474.01 | FEDWIRE DEBIT<br>VIA: F121000358<br>/121000358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>ATTN: JOANN BASDEO 212-503-7642<br>REF: /TIME/15:55<br>IMAD: 0701B1QGC08C005035 | |
| 01JUL | | | | USD YOUR: NONREF<br>OUR: 2170300183J0 | 281,794.78 | FEDWIRE DEBIT<br>VIA: LASALLE NATL BK<br>/071000505<br>A/C: INTERNATIONAL NICKEL<br>REF: ATTN: KARLA HAGO RE: DAVISON P-<br>RE:PAYINVOICE IUSSO-017054<br>IMAD: 0701B1QGC07C004658 | |
| 01JUL | | | | USD YOUR: NONREF<br>OUR: 2358000183J0 | 4,200,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219 | |

TS

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Ent Code: S00-USA-22
Statement No: 013
Page 12 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F.T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 02JUL | | | | USD OUR: 0030710114XF | 6,262.45 | A/C: W.R. GRACE & CO. - CONN / REF: W.R GRACE PAYMENT FOR CONTROLL / ED DISBURSEMENT ACCOUNTS / IMAD: 0701B1QGC03C005173 | | |
| 02JUL | | | | USD OUR: 0015030114XF | 12,445.13 | AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 0003238B1963 | | |
| 02JUL | | | | USD YOUR: NONREF OUR: 1725600184J0 | 1,900,000.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 0003231 96705 / FEDWIRE DEBIT / VIA: WACHOVIA BK NA NC / 053000219 / A/C: W.R. GRACE & CO. - CONN / REF: W.R GRACE PAYMENT FOR CONTROLL / ED DISBURSEMENT ACCOUNTS / IMAD: 0702B1QGC04C003621 | | |
| 02JUL | | | | USD YOUR: NONREF OUR: 1725500184J0 | 2,100,000.00 | FEDWIRE DEBIT / VIA: STATE ST BOS / 011000028 / A/C: MERRILL LYNCH PREMIER INSTITUT / REF: FFC TO ACCOUNT 3323735 NO WR G / RACE & CO. - CONN ATTN:MERRILL GROU / P (TRANSFER FUNDS)/TIME/14:22 / IMAD: 0702B1QGC05C003640 | | |
| 06JUL | | | | USD OUR: 0031690114XF | 1,195.08 | AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 0003238B1963 | | |
| 06JUL | | | | USD YOUR: NONREF OUR: 1888600188J0 | 2,515.49 | BOOK TRANSFER DEBIT / A/C: 0022430680 / METROPOLITIAN LIFE INSURANCE COMPANY / REF: ATTN: W.R. GRACE & CO. NO. 913 / 70 | | |
| 06JUL | | | | USD OUR: 0015470114XF | 53,626.28 | AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 0003231 96705 | | |
| 06JUL | | | | USD YOUR: NONREF OUR: 1888500188J0 | 5,000,000.00 | FEDWIRE DEBIT / VIA: WACHOVIA BK NA NC / 053000219 / A/C: W.R. GRACE & CO. - CONN / REF: W.R GRACE PAYMENT FOR CONTROLL / ED DISBURSEMENT ACCOUNTS / IMAD: 0706B1QGC06C004852 | | |
| 07JUL | | | | USD OUR: 0014850114XF | 31,218.15 | AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 0003231 96705 | | |
| 07JUL | | | | USD OUR: 0030510114XF | 121,323.31 | AUTOMATIC DOLLAR/FLOAT TRANSFER / TO ACCOUNT 0003238B1963 | | |

JPMorganChase

Statement of Account

TS

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 13 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 07JUL | | 07JUL | USD YOUR: NONREF OUR: 0498800189J0 | | 906,793.06 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/05200013<br>A/C: GRACE DAVISON<br>REF: HOURLY PAYROLL<br>IMAD: 0707B1QGC01C001891 |
|---|---|---|---|---|---|---|

| 07JUL | | 07JUL | USD YOUR: NONREF OUR: 2033600189J0 | | 2,100,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/05300219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0707B1QGC02C003936 |

| 07JUL | | 07JUL | USD YOUR: NONREF OUR: 2035500189J0 | | 3,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332735 NO WR G<br>RACE & CO - CONN ATTN:MERRILL GROU<br>P TRANSFER FUNDS)/TIME/15:46<br>IMAD: 0707B1QGC06C003898 |

| 08JUL | | | USD OUR: 003077011 4XF | | 351.85 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323381963 |

| 08JUL | | | USD OUR: 001517011 4XF | | 86,914.26 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323196705 |

| 08JUL | | | USD YOUR: NONREF OUR: 0885200190J0 | | 2,532,809.83 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/05200013<br>A/C: GRACE DAVISON<br>REF: SALARIED PAYROLL<br>IMAD: 0708B1QGC05C001998 |

| 08JUL | | | USD YOUR: NONREF OUR: 1984800190J0 | | 5,400,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/05300219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0708B1QGC06C004277 |

| 09JUL | | | USD OUR: 003163011 4XF | | 10,216.68 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323381963 |

| 09JUL | | | USD OUR: 001545011 4XF | | 24,314.24 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00323196705 |

| 09JUL | | | USD YOUR: NONREF OUR: 2074300191J0 | | | FEDWIRE DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA |

TS

JPM Chase

Statement of

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 14 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 09JUL | | 09JUL | USD | YOUR: NONREF OUR: 2074100191JO | 1,482,500.00 | /0103 A/C: ACHABAEE2X AS HANSAPANK ESTONIA BEN: AS SILMET SSN: 0254456 FEDWIRE DEBIT VIA: CITIBANK NYC /021000089 A/C: /BBDABMIIM HAMILTON, BERMUDA BEN: MARSH & MCLENNAN GLOBAL BROKIN IMAD: 0709B1QGC08C004069 | | |
| 09JUL | | 09JUL | USD | YOUR: NONREF OUR: 2074200191JO | 4,700,000.00 | FEDWIRE DEBIT /053000219 VIA: WACHOVIA BK NA NC A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0709B1QGC03C004050 | | |
| 12JUL | | 12JUL | USD | OUR: 0030950114XF | 3,162.59 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | | |
| 12JUL | | 12JUL | USD | YOUR: NONREF OUR: 2383500194JO | 28,402.22 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0268027 | | |
| 12JUL | | 12JUL | USD | OUR: 0015190114XF | 39,240.30 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 12JUL | | 12JUL | USD | YOUR: NONREF OUR: 2383400194JO | 130,034.61 | CHIPS DEBIT /0103 VIA: DEUTSCHE BANK TRUST CO AMERICA A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0268009 | | |
| 12JUL | | 12JUL | USD | YOUR: NONREF OUR: 2383600194JO | 1,300,000.00 | FEDWIRE DEBIT /011000028 VIA: STATE ST BOS A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:32 | | |

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 15 of 17

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | References | | Amount | Description |
|---|---|---|---|---|
| 12JUL | USD YOUR: NONREF<br>OUR: 2383300194J0 | | 2,400,000.00 | /MAD: 0712B1QGC08C004659<br>FEDWIRE DEBIT<br>/053300219<br>VIA: WACHOVIA BK NA NC<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0712B1QGC08C004658 |
| 13JUL | USD YOUR: ACH OF 04/07/13<br>OUR: 0319400195HP | | 12,977.00 | BOOK TRANSFER DEBIT<br>A/CK CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL33634- |
| 13JUL | USD OUR: 0029850114XF | | 13,369.08 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032388 1963 |
| 13JUL | USD OUR: 0014630114XF | | 31,911.59 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032319 6705 |
| 13JUL | USD YOUR: NONREF<br>OUR: 2311000195J0 | | 858,947.62 | FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>IMAD: 0713B1QGC01C004662 |
| 13JUL | USD YOUR: NONREF<br>OUR: 0851800195J0 | | 867,176.54 | FEDWIRE DEBIT<br>/052000113<br>VIA: FIRST BANK<br>A/C: GRACE DAVISON<br>REF: HOURLY PAYROLL<br>IMAD: 0713B1QGC03C001994 |
| 13JUL | USD YOUR: NONREF<br>OUR: 2311100195J0 | | 6,700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0713B1QGC07C004412 |
| 14JUL | USD OUR: 0031080114XF | | 5,037.21 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032388 1963 |
| 14JUL | USD OUR: 1962805869TC | | | ELECTRONIC DEBIT<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9010001257 DESC DATE:040714<br>CO ENTRY DESCR:TXP PAYMNTSEC:CCD<br>TRACE#:021000022805869 EED:040714<br>IND ID:10148551<br>IND NAME:STATE OF N. CAROLINA |

JP Morgan Chase

Statement of accounts

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013
Page 16 of 17

| Ledger Date | Adj.Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 14JUL | | | | USD OUR: 0015200114XF | 25,308.04 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 14JUL | | | | USD YOUR: NONREF OUR: 2166100196J0 | 50,000.00 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: ACBBDABMIIM HAMILTON, BERMUDA BEN: MARSH & MCLENNAN GLOBAL BROKIN SSN: 0237850 | | |
| 14JUL | | | | USD YOUR: NONREF OUR: 2166000196J0 | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING | | |
| 14JUL | | | | USD YOUR: NONREF OUR: 2165800196J0 | 1,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0714B1QGC05C004286 | | |
| 14JUL | | | | USD YOUR: NONREF OUR: 2165900196J0 | 3,100,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332373S NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/15:46 IMAD: 0714B1QGC03C004337 | | |
| 15JUL | | | | USD YOUR: ACH OF 04/07/15 OUR: 0396000197HP | 1,015.19 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 15JUL | | | | USD OUR: 0032450114XF | 1,777.34 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000323881963 | | |
| 15JUL | | | | USD YOUR: NONREF OUR: 2529300197J0 | 65,026.99 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0281918 | | |
| 15JUL | | | | USD OUR: 0015990114XF | 83,895.55 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 15JUL | | | | USD YOUR: NONREF OUR: 2529100197J0 | 95,795.38 | BOOK TRANSFER DEBIT A/C: NATEXIS BANQUE POPULAIRES (CCB | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 JUL 2004
Statement End Date: 15 JUL 2004
Statement Code: S00-USA-22
Statement No: 013

Page 17 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 15JUL | | | | USD YOUR: NONREF<br>OUR: 2529200197J0 | 181,238.80 | PARIS CEDEX 09 FRANCE 75427-<br>BEN: /30021S00304094I1501476<br>RHODIA TERRES RARERS<br>REF: GRACE DAVISON ROYALTY PAYMENT<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN:FPRS<br>SSN: 0281915 | | |

| 15JUL | | | | USD YOUR: NONREF<br>OUR: 2529000197J0 | 4,500,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0715B1Q6C05C005229 | | |

## CHECKS

*No Activity*

# JPMorganChase

## Statement of account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JUL 2004 |
| Statement End Date: | 30 JUL 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 014 |

Page 1 of 24

### TRANSACTIONS

| | | | |
|---|---|---|---|
| Total Credits | 51 | 87,110,935.41 | Ledger |
| Total Debits (incl. checks) | 84 | 87,161,776.02 | Ledger |
| Total Checks Paid | 0 | 0.00 | |

### BALANCES

Opening (16 JUL 2004) 256,606.67 Ledger

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 16JUL | 251,527.28 |
| 19JUL | 222,333.44 |
| 20JUL | 228,653.63 |
| 20JUL | 233,616.64 |
| 22JUL | 292,873.14 |
| 23JUL | 1,770,538.66 |
| 26JUL | 300,502.06 |
| 27JUL | 245,349.10 |
| 28JUL | 206,352.19 |
| 29JUL | 205,614.79 |
| 30JUL | 205,766.06 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 16JUL | | | | USD OUR: 1987262341TC | | ER |
| | | | | | | ORIG CO NAME:COMPANYID DESC DATE:OFFSET |
| | | | | | | ORIG ID:9016001257 DESC DATE:OFFSET |
| | | | | | | CO ENTRY DESCR:TAXEZPAYMNTSEC:CCD |
| | | | | | | TRACE#:021000027262341 EED:040716 |
| | | | | | | IND ID:9016001257 |
| | | | | | | IND NAME:EFT FILE NAME: R197023 |
| | | | | | | EFT/ACH CREATED OFFSET FOR ORIGIN#: |
| | | | | | | 78134321I99 CO EFF DATE: 04/07/16 |
| 16JUL | | | | USD YOUR: 04071640596 OUR: 02653071986FF | 4,800.00 | FEDWIRE CREDIT |
| | | | | | | VIA: WACHOVIA BANK NA NJ/PA/NY |
| | | | | | | /031201467 |
| | | | | | | B/O: EMPLOYEE SHAREHOLDER SERVICES |
| | | | | | | PHILADELPHIA PA-1328 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 |
| | | | | | | 0016001257 RFB=04071640596 OBI=ST |
| | | | | | | QCK OPTION COST JULY12 BBI=/TIME/1 |
| | | | | | | /MAD: 0716E3B75DAC003464 |
| 16JUL | | | | USD YOUR: O/B BKAM IL CG0 OUR: 02845071986FF | 1,024,404.15 | FEDWIRE CREDIT |
| | | | | | | VIA: BANK OF AMERICA |
| | | | | | | /071000039 |
| | | | | | | B/O: W.R. GRACE & CO.-CONN. |
| | | | | | | COLUMBIA, MD 21044-4098 |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A |
| | | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 |
| | | | | | | 0016001257 RFB=O/B BKAM IL CG0 BBI |
| | | | | | | =/TIME/14:30 |

FT CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND APPLIES TO THE TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUL 2004
Statement End Date: 30 JUL 2004
Statement Code: S00-USA-22
Statement No: 014

Page 2 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 16JUL | | 16JUL | | USD YOUR: O/B WACHOVIA BK OUR: 0291703198FF | 2,639,623.00 | IMAD: 0716G1QFGY2C000931 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0716E3B75D1C003057 | | |
| 19JUL | | 19JUL | | USD YOUR: 04071940025 OUR: 0291301201FF | 1,660.56 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=040719400825 OBI=ST OCK OPTION TAX BBI=/TIME/15:16 IMAD: 0719E3B75DAC003562 | | |
| 19JUL | | 19JUL | | USD OUR: 003108011KXF | 2,680.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER FROM ACCOUNT 0003238B1963 | | |
| 19JUL | | 19JUL | | USD YOUR: 040719400829 OUR: 0313307201FF | 2,880.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=040719400829 OBI=ST OCK OPTION COST JULY 13 BBI=/TIME/1 IMAD: 0719E3B75DAC003567 | | |
| 19JUL | | 19JUL | | USD OUR: 201628101 2TC | | ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000026281012 EED:040719 IND ID:9016001257 IND NAME:EFT FILE NAME: R198010 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199 CO EFF DATE: 06/07/19 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA | | |
| 19JUL | | 19JUL | | USD YOUR: O/B WACHOVIA BK OUR: 0296009201FF | 2,544,518.00 | | | |

JPMorganChase

TS

Statement of account

In US Dollars
016-001257
16 JUL 2004
30 JUL 2004
S00-USA-22
014
Page 3 of 24

Account No: 016-001257
Statement Start Date: 16 JUL 2004
Statement End Date: 30 JUL 2004
Statement Code: S00-USA-22
Statement No: 014

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 19JUL | USD YOUR: O/B BKAM IL CG0 OUR: 0299407201FF | | 2,994,086.69 | /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A' ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0719ES3B75D1C003021 | | |
| 19JUL | | | | | | FEDWIRE CREDIT /071000039 VIA: BANK OF AMERICA B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B BKAM IL CG0 BBI =/TIME/15:01 IMAD: 0719G1QFGY2C000768 | | |
| 20JUL | | 20JUL | USD YOUR: SWF OF 04/07/19 OUR: 8008200201JS | | 14,464.66 | BOOK TRANSFER CREDIT B/O: BANCO DO BRASIL S.A NOSTRO ACC RIO DE JANEIRO BRAZIL 20031-201 ORG: GRACE BRASIL LTDA RUA ALBION 229 10 ANDAR-LAPA OGB: BANCO DO BRASIL SA SAO PAULO BRAZIL REF: /INV/92049752/CHGS/USD19,50/ | | |
| 20JUL | | 20JUL | USD YOUR: O/B WACHOVIA BK OUR: 011114202FF | | 416,689.99 | FEDWIRE CREDIT /063000021 VIA: WACHOVIA BANK NA OF FLORIDA B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=O/B WACHOVIA BK BBI =/TIME/10:52 IMAD: 072OE3B75D2C000527 | | |
| 20JUL | | 20JUL | USD YOUR: MAESTRO OUR: 0403907202FF | | 1,900,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600257 RFB=MAESTRO OBI=FUND-31 | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 16 JUL 2004
Statement End Date: 30 JUL 2004
Statement Code: S00-USA-22
Statement No: 014
Page 4 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | CREDITS CONTINUED | | | |
| 20JUL | | 20JUL | | USD YOUR: O/B WACHOVIA BK OUR: 0097607202FF | 2,286,930.00 | B-P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0720A1Q002CC001906 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0720E3B75D1C000959 | | |
| 20JUL | | 20JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0259102202FF | 3,205,662.77 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=O/B BKAM IL CGO BBI =/TIME/14:09 IMAD: 0720G10FGY2C000777 | | |
| | | | | USD OUR: 203885264TC | | ~~illegible~~ ORIG CO NAME:COMPANY ID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000002BB52646 EED:040721 IND ID:9016001257 IND NAME:EFT FILE NAME: R202035 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199    CO EFF DATE: 04/07/21 | | |
| 21JUL | | 21JUL | | USD YOUR: O/B WACHOVIA BK OUR: 0217813203FF | 1,442,518.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0001600157 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0721E3B75D1C002151 | | |
| 21JUL | | 21JUL | | USD YOUR: O/B BKAM IL CGO OUR: 0212309203FF | 1,662,088.27 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 | | |

jpt organchase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

In US Dollars
016-001257
16 JUL 2004
30 JUL 2004
S00-USA-22
014

Page 5 of 24

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 22JUL | | | | USD YOUR: O/B CITIBANK NYC<br>OUR: 2201800204FC | 515.01 | B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=O/B BKAM IL CGO BBI<br>=/TIME/13:41<br>IMAD: 0721G1QFGY2C000825<br>CHIPS CREDIT<br>VIA: CITIBANK<br>/0008 | | |
| 22JUL | | | | USD YOUR: 04072240060 9<br>OUR: 0272307204FF | 1,885.48 | B/O: EASTMAN CHEMICAL COMPANY<br>KINGSPORT TN 37662<br>REF: NBNF=W.R. GRACE AND COMPANY CA<br>MBRIDGE MA 02140-/AC-00001601257 0<br>RG=/40634446 KINGSPORT TN 37662 OBI<br>=SEMI-ANNUAL PAYMENT JAN - JUNE 200<br>SSN: 0128743<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0407224006 09 OBI=ST<br>OCK OPTION EXERCISE TAX BBI=/TIME/1<br>IMAD: 0722E3B75DAC003199 | | |
| 22JUL | | | | USD YOUR: 04072240061 3<br>OUR: 0274307204FF | 1,995.84 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0001601257 RFB=0407224006 13 OBI=ST<br>OCK OPTION EXERCISE COST JULY 16 BB<br>IMAD: 0722E3B75DAC003218 | | |
| 22JUL | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0306603204FF | 468,749.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0 | | |