## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | **Objection Deadline: 10/26/04** |
| | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### FIRST MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 24, 2004 TO JUNE 30, 2004

TO:  (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Phillips, Goldman & Spence, P.A., ("PG&S") local counsel to David T. Austern, in his capacity as the Court appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its *First Monthly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of May 24, 2004 to June 30, 2004* seeking payment of fees and in the amount of $4,027.60 (80% of $5,034.50) and no expenses (the "Application") for a total of $4,027.60.

This application is submitted pursuant to this Court's *Amended, Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,* dated April 17, 2002 [Docket No. 1949] (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **October 26, 2004.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.


_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Claimants' Representative

Date:   October 6, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline: 10/26/04** |
| | ) **Hearing Date: Scheduled if Necessary** |

### COVER SHEET
### FIRST MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 24, 2004 TO JUNE 30, 2004

Name of Applicant:     Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:     David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention     PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought:     May 24, 2004 through June 30, 2004

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:     $5,034.50

80% of Fees to be Paid:     $4,027.60

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary:     $0.00

Total Fees @ 80% and Expenses:     $4,027.60

This is an:     __X__ interim     ____ monthly     ____ final application

     The total time expended for fee application in preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

     This is PG&S's first interim fee application for the period of May 24, 2004 through June 30, 2004 in the amount of $4,027.60 (80% of $5,034.50) and no expenses.

## COMPENSATION SUMMARY

### MAY 24, 2004 THROUGH JUNE 30, 2004

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 11.60 | 4,060.00 |
| Celeste A. Hartman | Sr. Paralegal/6 years/20 years prior experience | 130.00 | 7.40[1] | 962.00 |
| Tanya L. Birdsell | Legal Assistant (N/A) | 125.00 | .10 | 12.50 |
| Grand Total: | | | | $5,034.50 |
| Blended Rate: | | | | $263.59 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 3.9 | 1,299.00 |
| Fee/Employment Applications | 13.2 | 3,454.00 |
| Case Administration | 2.0 | 281.50 |
| Total | 19.1 | $5,034.50 |

## EXPENSE SUMMARY

| There were no expenses incurred during this fee application period. |
|---|

---

[1] This is the net hours after the application of a courtesy discount of .3 hours, creating a savings of $39.00.

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest.

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:   October 6, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 10/26/04** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware    :

               : ss

New Castle County   :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

     1.     I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

     2.     I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

     3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

 

                                _____

                          JOHN C. PHILLIPS, JR., ESQUIRE (#110)

                          Co-counsel to David T. Austern,

 

SWORN AND SUBSCRIBED TO BEFORE ME THIS 6th DAY OF OCTOBER, 2004.

                                  _____

                          Notary Public

                          My commission expires:

                                TAMMY A. PATTERSON
                                NOTARY PUBLIC
                                STATE OF DELAWARE
                          My Commission Expires Oct. 17, 2007

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MAY 24, 2004 THROUGH JUNE 30, 2004

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


October 5, 2004

Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File  WRG-AUS/JCP
Invoice number  53579

Re:  W. R. Grace & Co.
        David T. Austern
Case No.:  01-01139 (RLB)


|  | 19.4 | $5,073.50 |
|  | 0.3 | $39.00 |

Courtesy Discount is 1.55%
of "gross" hours worked

Subtotal for FEES only: 06/30/04   19.1      $5,034.50

-------------
CURRENT PERIOD FEES AND COSTS: 06/30/04     $5,034.50
-------------


PAY THIS AMOUNT     $5,034.50
=============


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Exhibit "A"

Phillips, Goldman & Spence, P.A.

Page  2

October 5, 2004

Swidler Berlin Shereff Friedman, LLP

File   WRG-AUS/JCP
Invoice number   53579

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 3.9 | 1,299.00 |
| FEE/EMPLOYMENT APPLICATIONS | 13.2 | 3,454.00 |
| CASE ADMINISTRATION | 2.0 | 281.50 |
| Subtotal for FEES only: 06/30/04 | 19.1 | $5,034.50 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 11.60 | 11.60 | 4,060.00 | 0.00 | 0.00 |
| 130.00 | CAH | 7.70 | 7.40 | 962.00 | 0.30 | 39.00 |
| 125.00 | TLB | 0.10 | 0.10 | 12.50 | 0.00 | 0.00 |
| Totals | | 19.40 | 19.10 | 5,034.50 | 0.30 | 39.00 |

LEGALMASTER MIRC For Transactions
-Fees-

10/05/04    Page 4

WRG-AUS

| Cl Code Grouping Case Description | Act Emp | Trans Date | Transaction Description | Grp Cd | L1 | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|---|
| WRG | | | | | | | |
| LITIGATION | CRH | 06/21/04 | Download and file status report. | L1 | | 0.30 | 39.00 |
| | | | | | | 0.30 | 39.00 |
| LITIGATION | JCP | 05/27/04 | Review of Designation of District Court Judge. | | | 0.10 | 35.00 |
| LITIGATION | JCP | 06/07/04 | Review of miscellaneous pleadings. | | | 0.10 | 35.00 |
| LITIGATION | JCP | 06/14/04 | Review of Agenda for 6/21/04 Hearing. | | | 0.10 | 35.00 |
| LITIGATION | JCP | 06/17/04 | Review of Order Further Extending Exclusivity; review of Amended Agenda for 6/21/04 Hearing. | | | 0.20 | 70.00 |
| LITIGATION | JCP | 06/21/04 | E-mail from Rose Meade with enclosure; review of David Austern's Status Report. | | | 0.20 | 70.00 |
| LITIGATION | JCP | 06/23/04 | Review of Addendum to Status Report of Official Committee of Asbestos Property Damage Claimants. | | | 0.10 | 35.00 |
| LITIGATION | JCP | 06/24/04 | Review of status report of the official Committee of Asbestos Property Damage Claimants. | | | 0.60 | 210.00 |
| LITIGATION | JCP | 06/29/04 | Phone conference with counsel for Committee of Asbestos PI Claimants (2x); e-mail from counsel for Committee for Asbestos PI Claimants with enclosure (4x); e-mail to Roger Frankel and Rick Wyron (4x) re: Scotts' Expedited Motion to Enforce Automatic Stay. | | | 0.60 | 210.00 |
| LITIGATION | JCP | 06/30/04 | E-mail to Jonathan Guy and Matt Cheney (4x); review of Notice of Motion, Expedited Motion to Enforce Automatic Stay with Exhibits and proposed Order (voluminous); letter from counsel for Scotts re: t/c with enclosure; review of Judge Fitzgerald's 6/25/04 Order re: Expedited Hearing; phone conference with counsel for Committee of Asbestos PI Claimants (2x); e-mail from counsel for Committee of Asbestos PI Claimants with enclosure; review of PI Claimants with enclosure; review of PI Committee's Objection to Scotts' Expedited Motion to Enforce Automatic Stay; e-mail to Roger Frankel and Matt Cheney. | | | 1.60 | 560.00 |
| | | | | | | 3.60 | 1,260.00 |
| | | | | | | 3.90 | 1,299.00 |
| | | | | | | 19.40 | 5,073.50 |

34 records printed.

Exhibit "A-1"

WRG-AUS

LEGALMASTER HIRC For Transactions
-Fees-

10/05/04    Page 1

Sort Fields:
Grouping Code
Client Code
Actual Employee Code
Transaction Date

Range Fields:
Client Code
Case Suffix
Invoice Number

```
            WRG  - WRG
            AUS  -    AUS
            53579  -  53579
```

(Paginate)
(Subtotals)

| Grouping Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/14/04 | File certification of D.Austern in support of retention as future Claimants representative. | fa | 0.30 | 39.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/15/04 | Email 4x to D.Fullem about filing of documents. | | 0.50 | 65.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/15/04 | Download and format, scan and file Entry of Appearance and email back to D.Fullem for service. | | 0.50 | 65.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/15/04 | Download portions of retention application as become available; format and forward to John C. Phillips, Jr. for review. | | 0.40 | 52.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/15/04 | File application to employ SBSF and email docket number to D.Fullem. | | 0.50 | 65.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/18/04 | Locate and copy three filings. | | 0.70 | 91.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/18/04 | Download; format and file declarations of Roger Frankel and David Austern and application to employ CIBC. | | 1.00 | 130.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/18/04 | Email F&S Application, declaration and retention letter to D.Austern. | | 0.20 | 26.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/18/04 | Download Motion Order and appeals related to appt of Future Claimant Rep. | | 0.70 | 91.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CKH | 06/21/04 | Draft Notice and COS; put app in final form and serve same. | | 0.80 | 104.00 |
| | | | | | | 5.60 | 728.00 |
| FEE/EMPLOYMENT | APPLICATIONS | JCP | 06/05/04 | Draft letter to David Austern. | | 0.40 | 140.00 |
| FEE/EMPLOYMENT | APPLICATIONS | JCP | 06/09/04 | Revise letter to David Austern. | | 0.10 | 35.00 |
| FEE/EMPLOYMENT | APPLICATIONS | JCP | 06/12/04 | Review of Application to Employ SBSF; review of list of W. R. Grace interested Parties; memorandum to paralegal. | | 0.80 | 280.00 |
| FEE/EMPLOYMENT | APPLICATIONS | JCP | 06/14/04 | Draft Application to Retain Phillips, Goldman & Spence; draft John C. Phillips, Jr. Declaration in Support of Application; preform conflicts check. | | 3.40 | 1,190.00 |
| FEE/EMPLOYMENT | APPLICATIONS | JCP | 06/15/04 | Conference with Celeste A. Hartman (2x); review of and execute Notice of Appearance; review of and execute Notice | | 0.40 | 140.00 |

Exhibit "A-2"

LEGALMASTER HIRC For Transactions

-Fees-

10/05/04   Page 2

| WRG-AUS | | | | | | | |
|---|---|---|---|---|---|---|---|
| C1 Case Grouping Case Description | Act. Emp | Trans Date | Transaction Description | | Grp Cd | Actual Hours | Actual Dollars |
| WRG | JCP | 06/17/04 | Review of and revise Application to Employ FG&S and John C. Phillips, Jr. Declaration in Support of Application. | | | 1.80 | 630.00 |
| FEE/EMPLOYMENT APPLICATIONS | | | of Application to Employ SBSF. | | | | |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 06/18/04 | Review of Debtors' Motion to Appoint a Legal Rep for The Future Claimants; review of Notice of Appeal of Order Appointing Austern; review of Notice of Appeal in District Court (2x); review of Joint Designation and Joint Amended Designation of Items to be included in Record on Appeal; review of and execute Application to Employ FG&S; review, revise and execute Application to Employ FG&S; review, revise and execute John C. Phillips, Jr. Declaration; review, revise and execute David Austern; conference with Celeste A. Hartman. | | | 1.00 | 350.00 |

|  | Actual Hours | Actual Dollars |
|---|---|---|
|  | 7.90 | 2,765.00 |
|  | 12.50 | 3,493.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

10/05/04   Page 2

| Cl | Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|----|------|------|------|------|------|------|------|
| WRG | CASE ADMINISTRATION | CAH | 06/21/04 | Format and update 2002 list. | Ca | 0.60 | 78.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/21/04 | Download and file withdrawal from service list and change of address. | | 0.30 | 39.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/25/04 | Review and download Pro Hac Vice for Frankel, Myron Guy and Chaney email comments to D.Fullem. | | 0.30 | 39.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/28/04 | File Pro Hac Vice and send copy to Judge. | | 0.20 | 26.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/28/04 | Merge original signatures into filed documents. | | 0.40 | 52.00 |
| | | | | | | 1.80 | 234.00 |
| WRG | CASE ADMINISTRATION | JCP | 06/28/04 | Review of and execute Motion and Order Pro Hac Vice. | | 0.10 | 35.00 |
| | | | | | | 0.10 | 35.00 |
| WRG | CASE ADMINISTRATION | TLB | 06/22/04 | Open file. | | 0.10 | 12.50 |
| | | | | | | 0.10 | 12.50 |
| | | | | | | 2.00 | 281.50 |

Exhibit "A-3"

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on October 6, 2004, I caused the *Notice, Cover Sheet to the First Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period May 24, 2004 through June 30, 2004,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Propery Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP