## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| W.R. GRACE & CO., et al , | ) |
|  | ) |
| Debtors. | ) |

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)

**Objection Deadline: 10/26/04**
**Hearing Date: Scheduled if Necessary**

### NOTICE OF FILING OF
### SECOND MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2004 TO JULY 31, 2004

TO:    (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Phillips, Goldman & Spence, P.A., ("PG&S") local counsel to David T. Austern, in his capacity as the Court appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its *Second Monthly Interim Application of Phillips, Goldman & Spence, P.A as Local Counsel to David T. Austern, Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of July 1, 2004 to July 31, 2004* seeking payment of fees and in the amount of $2,095.20 (80% of $2,619.00) and $852.87 (the "Application") for a total of $2,948.07.

This application is submitted pursuant to this Court's *Amended, Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949] (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **October 26, 2004.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Claimants' Representative

Date:   October 6, 2004

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                              )
In re:                                        )        Chapter 11
                                              )        Case No. 01-01139 (JKF)
W.R. GRACE & CO., et al.,                     )        (Jointly Administered)
                                              )
                          Debtors.            )        **Objection Deadline: 10/26/04**
_____)       **Hearing Date: Scheduled if Necessary**

**COVER SHEET**
**SECOND MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN**
**& SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE**
**CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD OF JULY 1, 2004 TO JULY 31, 2004**

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | July 1, 2004 through July 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,619.00 |
| 80% of Fees to be Paid: | $2,095.20 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $852.87 |
| Total Fees @ 80% and Expenses: | $2,948.07 |

This is an:    __X__ interim    _____ monthly    _____ final application

The total time expended for fee application in preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS MONTHLY APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Pending | $4,027.60 | $1,006.90 |

## CURRENT COMPENSATION SUMMARY

### JULY 1, 2004 THROUGH JULY 31, 2004

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 6.40[1] | $2,310.00 |
| Stephen W. Spence | Director/14years/1981/ bankruptcy | 350.00 | .40 | 140.00 |
| Celeste A. Hartman | Sr. Paralegal/6 years/20 years prior experience | 130.00 | 1.30 | 169.00 |
| Grand Total: | | | | $2,619.00 |
| Blended Rate: | | | | $315.54 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 4.20 | $1,316.00 |
| Fee/Employment Applications | 4.10 | $1,303.00 |
| Total | 8.30 | $2,619.00 |

---

[1] This is the net hours after the application of a courtesy discount of .2 hours, creating a savings of $70.00.

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| In-House Reproduction (15¢ per page) | N/A | $11.25 |
| Postage | N/A | 3.87 |
| Document retrieval/service/copy/mail service | Parcels, Inc. | $837.75 |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:    October 6, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 10/26/04** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

## <u>VERIFICATION OF JOHN C. PHILLIPS, JR.</u>

State of Delaware    :
                     : ss
New Castle County    :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2.    I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 6th DAY OF OCTOBER, 2004.

Notary Public
My commission expires: _____

TAMMY A. PATTERSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 17, 2007

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JULY 1, 2004 THROUGH JULY 31, 2004

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

October 5, 2004

Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File  WRG-AUS/JCP
Invoice number  53580

Re:  W. R. Grace & Co.
David T. Austern
Case No.:  01-01139 (RLB)

|  | 8.5 | $2,689.00 |
|  | 0.20 | $70.00 |

Courtesy Discount is 2.35%
of "gross" hours worked

Subtotal for FEES only: 07/31/04    8.3    $2,619.00

Subtotal for COSTS only: 07/31/04    $852.87
-------------
CURRENT PERIOD FEES AND COSTS: 07/31/04    $3,471.87
-------------

Prior Balance    $5,034.50

PAY THIS AMOUNT    $8,506.37
=============

***********************************************************
Please remit duplicate copy with payment.  Thank you.
***********************************************************

Phillips, Goldman & Spence, P.A.

Page  2

October 5, 2004

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number  53580

Re:  W. R. Grace & Co.
David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 4.2 | 1,316.00 |
| FEE/EMPLOYMENT APPLICATIONS | 4.1 | 1,303.00 |
| Subtotal for FEES only: 07/31/04 | 8.3 | $2,619.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | SWS | 0.40 | 0.40 | 140.00 | 0.00 | 0.00 |
| 350.00 | JCP | 6.80 | 6.60 | 2,310.00 | 0.20 | 70.00 |
| 130.00 | CAH | 1.30 | 1.30 | 169.00 | 0.00 | 0.00 |
| Totals | | 8.50 | 8.30 | 2,619.00 | 0.20 | 70.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

10/05/04   Page 1

Range Fields:
```
Grouping Code
Client Code
Client Code
Case Suffix
Invoice Number
```

Sort Fields:
```
Grouping Code
Client Code
Actual Employee Code
Transaction Date
```
(Paginate)
(Subtotals)

```
         WRG - WRG
         AUS -        AUS
         53580        53580
```

| Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | CAH | 07/14/04 | Respond to email and download pleadings for John C. Phillips, Jr. review. | fa | 0.30 | 39.00 |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 07/14/04 | Conference on filing with John C. Phillips, Jr.. | | 0.10 | 13.00 |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 07/27/04 | Integrate original signatures into filed pleadings. | | 0.20 | 26.00 |
| | | | | | 0.60 | 78.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 07/07/04 | E-mail from and e-mail to Rick Wyron (3x); review of voluminous miscellaneous forwarded materials; review of Property Damage Committee's Object to Employing SBSF; review of Combined Chapter 11 filing entity statements. | | 0.80 | 280.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 07/09/04 | Review of PD Committee's Objection to Austern's Application to Employ CIBC. | | 0.20 | 70.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 07/14/04 | Review of and revise Future Claimants' Representative's Motion to Fix Reply to Objections to Recentions; review of and revise Reply to Objections; conference with Celeste A. Hartman; phone conference with Debbie Felder (voicemail); phone conference with Debbie Felder; e-mail from Rose Meade with enclosure; review of and execute revised Motion for Leave and Reply to Objections; e-mail to Celeste A. Hartman; review of U.S.Trustee's Objection to Application to Retain Phillips, Goldman & Spence; review of Amended Agenda for 7/15/04 Hearing. | | 1.10 | 385.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 07/16/04 | Review of case law re: conflict of interest. | | 0.70 | 245.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 07/28/04 | Phone conference with Matt Chenny re: Recention of Professionals and Briefing of Appeal of Austern Appointment, e-mail to Celeste A. Hartman. | | 0.30 | 105.00 |
| | | | | | 3.10 | 1,085.00 |
| FEE/EMPLOYMENT APPLICATIONS | SWS | 07/15/04 | Phone conference with John C. Phillips, Jr. re: US Trustee Objection. | | 0.40 | 140.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

10/05/04   Page 2

| C1 Cost Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| | | | | | ------ | ------ |
| | | | | | 0.40 | 140.00 |
| | | | | | ------ | ------ |
| | | | | | 4.10 | 1,303.00 |
| | | | | | ------ | ------ |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

10/05/04    Page 3

| Cl Code Grouping Code Description | Act. Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| WRG | | | | | | |
| LITIGATION | CAH | 07/15/04 | Teleconference with SBSF re: missing exhibits; okay to file download and file same. | Li | 0.50 | 65.00 |
| LITIGATION | CAH | 07/15/04 | Email documents to R.Bello and send hard copies. | | 0.20 | 26.00 |
| | | | | | 0.70 | 91.00 |
| LITIGATION | JCP | 07/01/04 | E-mail from Roger Frankel (2x). | | 0.10 | 35.00 |
| LITIGATION | JCP | 07/06/04 | Conference with paralegal; phone conference with Judge Fitzgeraid and all counsel. | | 0.90 | 315.00 |
| LITIGATION | JCP | 07/07/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| LITIGATION | JCP | 07/08/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| LITIGATION | JCP | 07/09/04 | Review of miscellaneous pleadings; e-mail from counsel for Debtor with enclosure; review of confidentiality Agreement and Notice and Acknowledgement, e-mail to Roger Frankel and Rick Wyron; e-mail from and e-mail to Rick Wyron. | | 0.80 | 280.00 |
| LITIGATION | JCP | 07/12/04 | Review of miscellaneous pleadings; review of Certificate of Counsel re: Hearing Dates. | | 0.20 | 70.00 |
| LITIGATION | JCP | 07/13/04 | Review of P.D. Committee's Objection to Austern's retention of Phillips, Goldman & Spence; review of Agenda for 7/19/04 Hearing; e-mail from Rose Meade; review of Appeal Docket. | | 0.30 | 105.00 |
| LITIGATION | JCP | 07/19/04 | Phone conference with Judge Fitzgerald's chambers; e-mail from and e-mail to Rick Wyron (2x). | | 0.30 | 105.00 |
| LITIGATION | JCP | 07/20/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| LITIGATION | JCP | 07/22/04 | Review of miscellaneous pleadings (voluminous). | | 0.20 | 70.00 |
| LITIGATION | JCP | 07/24/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| LITIGATION | JCP | 07/26/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| LITIGATION | JCP | 07/28/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| LITIGATION | JCP | 07/29/04 | Review of miscellaneous pleadings (voluminous); e-mail from Celeste A. Hartman re: Objections to Retention Applications. | | 0.30 | 105.00 |
| | | | | | 3.70 | 1,295.00 |
| | | | | | 4.40 | 1,386.00 |
| | | | | | ========= | ========= |
| | | | | | 8.50 | 2,689.00 |

25 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JULY 1, 2004 THROUGH JULY 31, 2004

Phillips, Goldman & Spence, P.A.

Page   2

October 5, 2004

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number  53580

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 07/16/04 | Postage | 3.87 |
| 07/18/04 | Photocopies | 11.25 |
| 07/23/04 | Check No.: 25559 - Parcels - document retrieval/service, copy/mail, etc. | 692.75 |
| 07/30/04 | Check No.: 25625 - Parcels - document retrieval/service, copy/mail, etc. | 145.00 |
| | Subtotal for COSTS only: 07/31/04 | $852.87 |

# CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on October 6, 2004, I caused the *Notice, Cover Sheet to the Second Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period July 1, 2004 through July 31, 2004,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

CELESTE A. HARTMAN

***Hand Delivery and E-mail: ljones@pszyj.com***
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

***Via First Class U.S. Mail***
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
***Via Hand Delivery***

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

***Via Federal Express and E-mail: feeaudit@whsmithlaw.com***
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

***Via Federal Express and E-mail: william.sparks@grace.com***
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP