UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------X
In re:                                                       |
                                                             | Chapter 11
 W.R. GRACE & CO.-CONN.                                      |
                                                             | Case No. 01-01140
                                                             |
            Debtors.                                         |
-------------------------------------------------------------X    **Claim No. 3210**

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)        Lason Systems, Inc. And Lason Inc.
                        1305 Stevenson Highway
                        Troy, MI 48083
                        Attn: Jim Reynolds

The transfer of your claim as shown above, in the amount of $283,279.92 has been transferred (unless previously expunged by court order) to:
            LONGACRE MASTER FUND, LTD.
            Transferor: Lason Systems, Inc. And Lason Inc.
            810 Seventh Avenue, 22nd Floor
            New York, NY  10019
            Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

      United States Bankruptcy Court
      District of Delaware
      824 Market Street, Room 525
      Wilmington, DE 19801

   - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL No. ____ in your objection. If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                    Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                      _____
                                           Deputy Clerk

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit B

TO:        United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 Market St., Room 525
Wilmington, DE 19801
Attn:   Clerk

AND TO:      W.R. GRACE & CO.-CONN., ("Debtor")
Case No. 01-01140

Claim # 3210

**LASON SYSTEMS, INC. AND LASON, INC.,** its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $283,279.92 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated September 7, 2004.

**Lason Systems PMC, Inc.**

By:     /s/ James G. Reynolds
Name:  James G. Reynolds
Title:   VP and Corporate Controller