IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Hearing Date: October 25, 2004 at 12:00 p.m.<br>Objection Deadline: October 18, 2004 at 4:00 p.m. |

## NOTICE OF MOTION

TO:  The United States Trustee for the District of Delaware, counsel to the Debtors, counsel to each Official Committee and all parties requesting notice under Bankruptcy Rule 2002.

The Town of Acton, Massachusetts (the "Town"), by and through their undersigned counsel, have filed the attached **Town of Acton's Motion For Relief From The Automatic Stay And For Related Determinations** (the "Motion").[1]

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 18, 2004, at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection on the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on October 18, 2004**.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801 ON **OCTOBER 25, 2004 AT 12:00 P.M. (ET)**.

---

[1] Due to the voluminous nature of the exhibits to the Motion, the exhibits have been served on the United States Trustee, counsel for the Debtors, and Committee counsel. To obtain a copy of the exhibits to the Motion, contact Barbara Rost at Landis Rath & Cobb LLP, telephone: (302) 467-4400, facsimile (302) 467-4450.

470.001-5160.DOC

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 6, 2004

                                         **LANDIS RATH & COBB LLP**

                                         /s/ [signature]

                                         Adam G. Landis (No. 3407)
                                         Megan N. Harper (No. 4103)
                                         919 Market Street, Suite 600
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 467-4400
                                         Fax: (302) 467-4450

                                                  -and-

                                         Thomas O. Bean
                                         Eric P. Magnuson
                                         NUTTER, MCCLENNEN & FISH, LLP
                                         World Trade Center West
                                         155 Seaport Boulevard
                                         Boston, Massachusetts 02210-2604
                                         Telephone: (617) 439-2000

                                         Counsel for the Town of Acton, Massachusetts