## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | **RE: D.I. _____** |

### ORDER GRANTING TOWN OF ACTON'S MOTION FOR RELIEF FROM
### AUTOMATIC STAY AND FOR RELATED DETERMINATIONS

Upon consideration of the Town of Acton's Motion for Relief from Automatic Stay and for Related Determinations (the "Motion");[1] and good and sufficient notice of the Motion having been given; and a hearing having been held on October 25, 2004; and any objection to the Motion having subsequently been withdrawn, resolved, or overruled; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the relief sought in the Motion is GRANTED; and it is further

ORDERED that this Court finds that the Town's prepetition lien on the Debtor's property secures both the actual and estimated assessments; and it is further

ORDERED that the Town of Acton is granted relief from the automatic stay for "cause" to make the actual assessments, to certify them to the assessors, to commit them to the tax collector, and to issue bills to Debtor thereon; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to or arising from the Motion or the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2004

_____
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

470.001-5190.DOC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*,

               Debtors.

Chapter 11

Case No. 01-01139 (JKF)
Jointly Administered

**RE: D.I. _____**

### ORDER GRANTING TOWN OF ACTON'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND FOR RELATED DETERMINATIONS

Upon consideration of the Town of Acton's Motion for Relief from Automatic Stay and for Related Determinations (the "Motion");[1] and good and sufficient notice of the Motion having been given; and a hearing having been held on October 25, 2004; and any objection to the Motion having subsequently been withdrawn, resolved, or overruled; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the relief sought in the Motion is GRANTED; and it is further

ORDERED that the assessment of the final betterments relating to the Debtor's property in the Sewer District, the certification of those assessments to the Town assessors, the commitment of those assessments to the Town tax collector, and the issuance of bills to Debtor in connection with those assessments, are not subject to the automatic stay; and it is further

ORDERED that this Court shall retain jurisdiction over the parties with respect to any matters related to or arising from the Motion or the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2004

_____
THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

---

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Motion.

470.001-5174.DOC