# EXHIBIT E

1 1 6 2 9 0 8



COMMONWEALTH OF MASSACHUSETTS

Town Of Acton

Middlesex, ss

ORDER FOR CONSTRUCTION
MIDDLE FORT POND BROOK SEWER SYSTEM

The Board of Selectmen of the Town Of Acton, acting as a Board of Sewer Commissioners and acting in pursuance of the provisions of Chapter 83 of the General Laws and all acts in addition thereto and in amendment thereof, and of every other power and authority them thereto enabling, at a meeting duly held this twenty-third day of January, 2001, has laid out and voted to construct a common sewer for the Middle Fort Pond Brook area, as shown on a sketch entitled "Town of Acton, Board of Selectmen, Order of Construction, Middle Fort Pond Brook, Sewer Betterment Area" to be recorded herewith all in compliance with the vote taken at the Special Town Meeting held November 15, 1999, as follows:

"Voted that $3,633,050 is appropriated in addition to the $11,500,000 appropriated under Article 18 of the Warrant for the 1997 Annual Town Meeting and the $10,000,000 appropriated under Article 3 of the Warrant for the October 5, 1998 Special Town Meeting for the purpose of financing the construction of sewers and a wastewater treatment facility for the Middle Fort Pond Brook Sewer District, including without limitation all costs thereof as defined in Section 1 of Chapter 29C of the General Laws; that the Treasurer with the approval of the Board of Selectmen is authorized to borrow $3,633,050 and issue bonds and notes therefore under Chapter 44 of the General Laws and/or Chapter 29C of the General Laws; that the Treasurer with the approval of the Board of Selectmen is authorized to borrow all or a portion of such amount from the Massachusetts Water Pollution Abatement Trust established pursuant to Chapter 29C and in connection therewith to enter into a loan agreement and/or security agreement with the Trust and otherwise to contract with the Trust and the Department of Environmental Protection with respect to such loan and for any federal or state aid available for the project or for the financing thereof; and that the Town Manager is authorized to enter into a Project Regulatory Agreement with the Department of Environmental Protection, to expend all funds available for the project and to take any other action necessary to carry out the project."

Estimated betterments will be assessed for this improvement in accordance with the provisions of Chapter 83 Section 15B of the General Laws. The area which it is expected will receive advantage other than the general advantage to the community from such improvements comprises the area as shown upon the sketch, above referred to, which are designated in the schedule hereto annexed and made a part hereof. We estimate the betterments that would be assessed upon each said parcel of land to be as shown in the said schedule.

And it is further ordered that a copy of this order, attested by the Clerk of the Board, be filed for record in the Registry of Deeds for the Southern District of said County, as a statement of our action in the premises in compliance with the provisions of Section 27 of Chapter 83 of the General Laws.





1 1 6 3 9 0 8

Acton

*Record Owners:*

1) Rosemary Nicholson, Tr.    BK. U37, P. 74, U7674
   Padula Realty Trust

3) Concord-Assabet Family    BK. U52, P. 122, U10332
   and Adolescent Services Inc.

tbe 3) Dimitri Mossession &
   Irina Elsinovskaia    BK. U59, P. 119, U11719

tbe 4) Gregory Teran &
   Laura Taylor-Teran    BK. U61, P. 60, U12060

5) W. R. Grace & Co.    BK. 382, P. 365 - 57292

6) W. R. Grace & Co.    BK. 411, P. 1 - 61253

tbe 7) Richard F. Krug, Sr.    BK. 795, P. 70 - 133020
   Dianne G. Krug

tbe 8) Thomas M. Jacoby    BK. 916, 42 - 157192
   Rebecca Jacoby

tbe 9) Dennis F. Pavlock    BK. 919-137-157887
   Sheila Sherill L. Pavlock

9/T 10) Thomas H. Atkinson  BK.
   Ramsey Patricia M. Caiazza 922 30 - 158380

11) James J. Callahan, III    933-165-160715

tbe 12) James P. Hickman    941- 101-162251
   Sheela A. Hickman

tbe 13) James Chiang & Yeng-Fong Chiang   947-27-163377

16 tbe 14) Edward F. Maher    1222  73 - 218423
11/4/40  Cynthia Maher
6-7-00

1 1 6 2 9 0 8

toe
15) Alan B. Moore        966 - 108 - 167258
      Kathleen J. Moore

16) John                  967 - 162
toe Kenneth M. Ferry    1042 - 110 - 182460
      Janet M. Ferry

σ 17) Walter S. Sechrest    971 - 107 - 168257
σ/T   Cynthia G. Sechrest

toe 18) Bruce W. Stone     974 - 82 - 168832
          Sue G. Stone

toe 19) Charles W. Miller, Jr.  976 - 110 - 169260
          Alice P. Miller

toe 20) Robert A. Jodka    983 - 138 - 170688
        Sandra Sarah T. Jodka,

S/T 21) James B. George    1024 - 166 - 178916
          Kathryn M. George

toe 22) William Fo Ilbong Kwak  1191 - 36 - 212186
            Yiseon Kwak

toe 23) Stephen F. Shirron  1035 - 79 - 181029
            Elaine Shirron

toe 24) Malcolm G. Pluskal  1052 - 179 - 187529
          Patricia J. Pluskal

S/T 25) Elizabeth M. Haley  1053 - 92 - 184646
          Vicki M. Haley

toe 26) Robert F. Kinicki  1057 - 15 - 185365
          Rachel M. Kinicki

tbe 27)    Robert M. O'Donnell    1074-70-188820
           Janice F Nickerson

tbe 28)    Charles D. Rogers    1086-180-191330
           Pamela S. Rogers

tbe 29)    Gregory B. Doelp    1094-129-192879
           Jean Fox Doelp

tbe 30)    Donald E. Hunter    1100-43-193983
           Nancy K. Hunter

tbe 31)    Robert K. Travers    1114-80-196830
           Virginia M. Travers

tbe 375    James F Babish    1216-109  217259
tbe 32)    Ann-Marie D. Babish
1-11-2000

tbe 33)    Paul S. Kohout    1127-33-199383
           Joy B. Kohout

tbe 34)    James N. Greene    1127-51-199401
           Virginia M. Greene

tbe 35)    Gregory L. Poppe    1127-84-199434
           Helen C. Wolfman

tbe 36)    Fan Yang    1150-95-204095
           Jie Li

tbe 37)    Panos Karkantis    1156-97-205247
           Claudia Kay Karkantis

38)        Paul Puschak    } eal Tes. 1167-42-
           Elaine C. Puschak    207892
           Puschak Realty Trust

tbe 89) Eric S. Kolb                209 1178-80
        Hillery Dorner              209630

tbe 40) Theodore Ricketts, Jr.       #72
7-15-99   Vivian E. Ricketts   1192-72-212422
H12980
tbe 41) Zhigang Liu        1208-12- 215562
7-23-99   Xiao Hong Pei
H13792
tbe 42) James Martindale
        Linda Martindale   1208-89- 215 (6.3)
7-27-99                              659
H14051
tbe 43) Christopher P. Elicone 1208-113-215663
        Laurie B. Kahle

tbe 44) Lei Zhang
H14896   Hong Jiao    1227-33-219383
9-8-00

| PARCEL_ID | house_num | street | owner | book_page | deed_date | Certificate | SBU | acres | Betterment |
|---|---|---|---|---|---|---|---|---|---|
| G3 010000 | 1 | 360 MASS AV | NICHOLSON ROSEMARY T | 00029/0041 | 7/23/1988 0:00 | | 821311 | 9.63 | 0 | $71,575.62 |
| G3 010000 | 2 | 380 MASS AV | CONORLEY ALBERT EAM | 00028/0132 | 8/7/1995 0:00 | | 1099620 | 9.63 | 0 | $71,575.62 |
| H3A 032000 | 3 | 71 SCHOOL ST | MOSSESJIAN DMITRI | 00834/0142 | 10/30/1997 0:00 | | 1043353 | 0.57 | 0 | $4,979.82 |
| H3A 032000 | 4 | 69 SCHOOL ST | TERAN GREGORY | 00962/0068 | 5/22/1998 0:00 | | 1066318 | 0.67 | 0 | $4,979.82 |
| H3A 032000 | | 88 PARKER ST | WR GRACE & CO | 00382/0068 | | | 57292 | 17.66 | 8.11 | $131,259.13 |
| H3 251000 | 5 | 50 INDEPENDENCE RD | WR GRACE | 00413/0001 | | | 61253 | 255.1 | 130 | $1,896,047.83 |
| I4 005000 | 6 | 95 RIVER ET | KRUG RICHARD F SR | 00795/0070 | 8/11/1970 0:00 | | 478108 | 1 | 0.96 | $7,432.57 |
| I3 183000 | 7 | 457 MASS AV | JACOBY THOMAS M | 00916/0042 | 1/19/1979 0:00 | | 580419 | 1 | 1.13 | $7,432.57 |
| F2 108000 | | 17 SILVER HILL RD | PAVLOCK DENNIS F | 00919/0137 | 5/6/1979 0:00 | | 584059 | 1 | 0.93 | $7,432.57 |
| I3 064007 | | 3 SILVER HILL RD | ATKINSON THEODORE H | 00922/0030 | 6/29/1979 0:00 | | 586217 | 1 | 0.92 | $7,432.57 |
| I3 064012 | | 16 SILVER HILL RD | CALLAHAN JAMES J | 00935/0163 | 5/6/1980 0:00 | | 597265 | 1 | 1.54 | $7,432.57 |
| I3 064019 | | 12 SILVER HILL RD | HICKMAN JAMES P | 00941/0101 | 12/2/1980 0:00 | | 604539 | 1 | 0.97 | $7,432.57 |
| I3 064021 | | 119 PARKER ST | CHIANG JAMES ET AL | 00947/0027 | 6/18/1981 0:00 | | 611102 | 1 | 0.94 | $7,432.57 |
| I3 064000 | | 23 SILVER HILL RD | WEST JOHN E | 00953/ 74 | 1/19/1982 0:00 | | 619082 | 1 | 1 | $7,432.57 |
| H3 167000 | | 53 RIVER ET | MOORE ALLAN B | 00966/ 108 | 3/8/1983 0:00 | | 636002 | 1 | 0.75 | $7,432.57 |
| I3 064018 | | 18 SILVER HILL RD | THORP JOHN M | 00967/ 182 | 4/19/1983 0:00 | | 638030 | 1 | 1.38 | $7,432.57 |
| I3 064023 | | 8 SILVER HILL RD | SECHUEST WALTERS & CY | 00971/ 107 | 6/30/1983 0:00 | | 642090 | 1 | 0.91 | $7,432.57 |
| I3 064013 | | 5 SILVER HILL RD | STONE BRUCE W | 00974/ 82 | 8/31/1983 0:00 | | 646727 | 1 | 0.92 | $7,432.57 |
| I3 064016 | | 22 SILVER HILL RD | MILLER CHARLES W | 00976/ 110 | 10/25/1983 0:00 | | 650079 | 1 | 2.43 | $7,432.57 |
| H3A 017000 | | 90 SCHOOL ST | JODKA ROBERT A | 00983/ 138 | 1/18/1984 0:00 | | 660597 | 1 | 0.47 | $7,432.57 |
| I3 064001 | | 107 PARKER ST | GEORGE JAMES R | 01024/0166 | 12/30/1986 0:00 | | | 1 | 0.92 | $7,432.57 |
| I3 064215 | | 1 SILVER HILL RD | KWAK WILLIAM IBONG | 01052/0009 | 6/4/1987 0:00 | | 732504 | 1 | 0.92 | $7,432.57 |
| I3 064028 | | 123 PARKER ST | SHERRON STEPHEN F | 01052/ 179 | 12/30/1988 0:00 | | 754776 | 1 | 1.19 | $7,432.57 |
| I3 064006 | | 19 SILVER HILL RD | PLUSKAL MALCOLM G | 01053/0070 | 1/17/1989 0:00 | | 790764 | 1 | 0.49 | $7,432.57 |
| H3 154000 | | 91 RIVER ET | HALEY ELIZABETH M | 01057/0015 | 5/12/1989 0:00 | | 791768 | 1 | 1.85 | $7,432.57 |
| I3 064031 | | 5 TENNEY CIR | KINICKI ROBERT E | 01074/0070 | 10/2/1990 0:00 | | 798763 | 1 | 0.92 | $7,432.57 |
| I3 064025 | | 4 SILVER HILL RD | O'DONNELL ROBERT M | 01086/0180 | 10/1/1991 0:00 | | 830372 | 2 | 1.47 | $14,865.13 |
| H3 154002 | | 6 HALEY LN | ROGERS CHARLES D | 01094/0129 | 3/1/1992 0:00 | | 851968 | 1 | 1.08 | $7,432.57 |
| I3 064009 | | 13 SILVER HILL RD | DOELP GREGORY R | 01100/0043 | 8/28/1992 0:00 | | 868257 | 1 | 0.93 | $7,432.57 |
| I3 064008 | | 15 SILVER HILL RD | HUNTON DONALD E | 01114/0080 | 8/3/1993 0:00 | | 879153 | 1 | 1.35 | $7,432.57 |
| I3 064005 | | 21 SILVER HILL RD | TRAVERS ROBERT K | 01125/0011 | 1/20/1994 0:00 | | 913620 | 1 | 0.94 | $7,432.57 |
| I3 064029 | | 4 TENNEY CIR | BABISH JAMES F | 01127/0031 | 5/27/1994 0:00 | | 934766 | 1 | 0.93 | $7,432.57 |
| I3 064011 | | 9 SILVER HILL RD | KOHOUT PAUL S | 01127/0033 | 5/27/1994 0:00 | | 948324 | 1 | 0.92 | $7,432.57 |
| I3 064027 | | 2 TENNEY CIR | GREENE JAMES N | 01127/0095 | 6/1/1994 0:00 | | 948472 | 1 | 0.93 | $7,432.57 |
| I3 064010 | | 11 SILVER HILL RD | WOLFMAN HELEN C | 01156/0084 | 1/3/1996 0:00 | | 948699 | 1 | 0.96 | $7,432.57 |
| I3 064026 | | 2 SILVER HILL RD | YANG FAN | 01167/0040 | 6/3/1996 0:00 | | 1003935 | 1 | 0.93 | $7,432.57 |
| I3 064022 | | 10 SILVER HILL RD | KARKANITIS CLAUDIA KA | 01221/0082 | 1/22/1997 0:00 | | 1022677 | 1 | 1.2 | $7,432.57 |
| I3 064020 | | 14 SILVER HILL RD | PUSCHAK PAUL ET UX TRU | 01178/0086 | 10/3/1997 0:00 | | 1043303 | 1 | 1.01 | $7,432.57 |
| I3 064030 | | 6 TENNEY CIR | KOLB ERIC S | 01201/0072 | 8/11/1998 0:00 | | 1075896 | 1 | 0.47 | $7,432.57 |
| H3 154001 | | 4 HALEY LN | RICKETTS JR THEODORE | 01208/0012 | 7/13/1999 0:00 | | 1112083 | 1 | 0.92 | $7,432.57 |
| I3 064014 | | 3 SILVER HILL RD | LIU ZHIGANG | 01208/0069 | 7/23/1999 0:00 | | 1113793 | 1 | 0.93 | $7,432.57 |
| I3 064033 | | 3 TENNEY CIR | MARTINDALE LINDA | 01208/0113 | 7/27/1999 0:00 | | 1114052 | 1 | 0.92 | $7,432.57 |
| I3 064024 | | 6 SILVER HILL RD | BLICONE CHRISTOPHER P | 01227/0053 | 9/9/2000 0:00 | | 1148967 | 1 | 0.92 | $7,432.57 |
| I3 064002 | | 111 PARKER ST | ZHANG LEI | | | | | | | |

1 1 6 2 9 0 8

# ATTACHMENT #1

## LIST OF STREETS AND WAYS WITHIN THE
## MIDDLE FORT POND BROOK SEWER AREA

Abel Jones Place
Adams Street
Beverly Road
Carlton Drive
Carriage Drive
Chadwick Street
1-36 Charter Road
Clover Hill Road
Doris Road
Faulkner Hill Road
Fox Hill Road
Francine Road
Gerald Circle

Giaconda Avenue
Hennessey Road
213-276 High Street
Hillcrest Drive
Independence Road
Kelly Road
59-321 Main Street
Maple Street
21-45 Martin Street
360-472 Mass Ave.
Merriam Lane
Nadine Road
Nylander Way
Olde Surrey Drive

140-257 Parker Street
Pond View Drive
Putter Drive
Puritan Road
60-159 Prospect
Street
Railroad Street
River Street
Robert Road
1-125 School Street
Silver Hill Road
St. James Circle
Tenney Circle
Vanderbelt Road



1162908

# ATTACHMENT #2
## Sketch of Sewer Betterment Area

1 1 6 2 9 0 8



TOWN OF ACTON
Board of Selectmen
Order of Construction
Middle Fort Pond Brook
Sewer Betterment Area

Betterment Area
Parcels

1000  0  1000 2000  Feet

Town of Concord

Town of Maynard

Route 2

N

1 1 6 2 9 0 8

SO. MIDDLESEX LAND COURT
REGISTRY DISTRICT
RECEIVED FOR REGISTRATION

ON 02/15/01 AT 09:51:59 179.00 CAD

NOTED ON:
| CERT | 00027674 | BK U | 39 | PG | 74 |
| CERT | 00018032 | BK U | 52 | PG | 132 |
| CERT | 00017719 | BK U | 59 | PG | 119 |
| CERT | 00012060 | BK U | 61 | PG | 60 |
| CERT | 0057292 | BK | 382 | PG | 365 |
| CERT | 0061253 | BK | 411 | PG | 1 |
| CERT | 0133020 | BK | 795 | PG | 70 |
| CERT | 0157192 | BK | 916 | PG | 42 |
| CERT | 0157887 | BK | 919 | PG | 137 |
| CERT | 0158300 | BK | 922 | PG | 30 |
| CERT | 0160715 | BK | 933 | PG | 165 |
| CERT | 0162251 | BK | 941 | PG | 181 |
| CERT | 0163377 | BK | 947 | PG | 27 |
| CERT | 0210423 | BK | 1222 | PG | 73 |
| CERT | 0167258 | BK | 966 | PG | 100 |
| CERT | 0182460 | BK | 1042 | PG | 110 |
| CERT | 0182257 | BK | 971 | PG | 107 |
| CERT | 0188032 | BK | 974 | PG | 82 |
| CERT | 0169268 | BK | 976 | PG | 110 |
| CERT | 0178698 | BK | 983 | PG | 139 |
| CERT | 0178916 | BK | 1024 | PG | 166 |
| CERT | 0212186 | BK | 1191 | PG | 36 |
| CERT | 0181029 | BK | 1035 | PG | 79 |
| CERT | 0184523 | BK | 1052 | PG | 179 |
| CERT | 0194642 | BK | 1053 | PG | 92 |
| CERT | 0183565 | BK | 1057 | PG | 15 |
| CERT | 0188020 | BK | 1074 | PG | 70 |
| CERT | 0191330 | BK | 1086 | PG | 168 |

NOTED ON:
| CERT | 0196833 | BK | 1100 | PG | 43 |
| CERT | 0212539 | BK | 1114 | PG | 80 |
| CERT | 0193083 | BK | 1216 | PG | 189 |
| CERT | 0199401 | BK | 1127 | PG | 33 |
| CERT | 0199434 | BK | 1127 | PG | 84 |
| CERT | 0204045 | BK | 1150 | PG | 95 |
| CERT | 0205247 | BK | 1156 | PG | 97 |
| CERT | 0207392 | BK | 1167 | PG | 42 |
| CERT | 0205638 | BK | 1178 | PG | 80 |
| CERT | 0212422 | BK | 1192 | PG | 72 |
| CERT | 0215562 | BK | 1208 | PG | 12 |
| CERT | 0215669 | BK | 1208 | PG | 89 |
| CERT | 0215663 | BK | 1208 | PG | 113 |
| CERT | 0219383 | BK | 1227 | PG | 33 |