# EXHIBIT F



**Commonwealth of Massachusetts**
**Town of Acton**



Assessed Owner
As of January 1, 2000

WR GRACE
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

February 2, 2001

Dear Property Owner:

Your property is located within the Middle Fort Pond Brook Sewer Betterment Area. Pursuant to Massachusetts General Law Chapter 83, Section 15B, the Acton Health Department has calculated the appropriate "estimated betterment" charge for each residential and commercial property in the betterment area.

Your property at **50 INDEPENDENCE RD** has been assessed 255.10 "estimated sewer betterment" unit(s) at $7,432.57 per unit for a total "estimated betterment" of **$1,896,048.61**. This "estimated betterment" charge represents approximately one-half of the anticipated final betterment charge. Please note that "estimated betterments" are expected to be replaced with a final actual betterment charge in 2002. All "estimated betterment" principal payments will act as a deposit against the actual final betterment charge.

Payment is due on or before March 5, 2001. However, unlike taxes, a property owner is able to choose between two payment options. The first is the full payment option, which requires 100% of the total "estimated betterment" to be paid on or before March 5, 2001. The second option is to extend payment over 30 years, billed quarterly (120 billing periods). If the time payment option is elected then the first payment is due on March 5, 2001. The second payment will be due on June 5, 2001. The third payment will be added to the property tax bill due on August 1, 2001. In order to meet the real estate tax schedule, this bill will only cover a two-month period, and the billed amount will be adjusted accordingly. All subsequent amounts will be placed upon the quarterly property tax bills. Election of the time payment option will incur a finance charge of 1.5% per annum and the balance owed will be secured by a lien on the property at the Registry of Deeds.

In order to process your choice of payment plan efficiently, we would ask that you detach and sign one of the vouchers signifying your choice of payment plan from page 2. **If the choice of payment plan is not provided to the Town on or before 5:00 P.M. on March 5, 2001, then by default, the full payment option will be in effect. Please have your payment and the appropriate voucher to the Collector's Office no later than 5:00 P.M. on March 5, 2001. Unlike IRS payments that must be postmarked by the due date, State law requires a signed plan option and the appropriate payment be in hand at the Town Tax Collector's Office on or before the due date.**

If you have any questions regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the Ground floor of Town Hall.

A True Copy. Attest:

Cordially,
Sewer Commissioners

*Edward J Ellis*

I4-5




*Commonwealth of Massachusetts*
*Town of Acton*
# FULL PAYMENT OPTION

| Assessed Owner | WR GRACE |
| As of January 1, 2000 | C/O MARY ELLEN JOHNS |
| | 62 WHITTEMORE AVENUE |
| | CAMBRIDGE, MA 02140 |

As the property owner of **50 INDEPENDENCE RD** I elect to make full payment of my "estimated sewer betterment" assessment in the amount of **$1,896,048.61**. I understand that the amount of the "estimated betterment" charge is approximately one-half of the final betterment charge and that my payment of the "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002.

Signature: _____

Date: _____

I4-5

> Due on or before 5:00 P.M.
> On March 5, 2001.

↓ Detach along perforation ↓



*Commonwealth of Massachusetts*
*Town of Acton*
# TIME PAYMENT OPTION

| Assessed Owner | WR GRACE |
| As of January 1, 2000 | C/O MARY ELLEN JOHNS |
| | 62 WHITTEMORE AVENUE |
| | CAMBRIDGE, MA 02140 |

As the property owner of **50 INDEPENDENCE RD** I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of **$21,862.07** and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: _____

Date: _____

A True Copy. Attest:

*Edward J Ellis*

CLERK ACTON MASS

I4-5

> Due on or before 5:00 P.M.
> On March 5, 2001.

**ESTIMATED SEWER BETTERMENT:** This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES:** Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT:** You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS:** Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES:** If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

**ESTIMATED SEWER BETTERMENT:** This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES:** Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT:** You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS:** Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES:** If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.



*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION

RECEIVED
MAR - 5 2001
TOWN OF ACTON

Assessed Owner
As of January 1, 2000

WR GRACE
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

As the property owner of 50 INDEPENDENCE RD I elect to enter into a 6 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of $21,862.07 and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: *Maryellen C. Johns*
Date:       3/2/01

Due on or before 5:00 P.M.
On March 5, 2001.

14-5   *Execution of the above is without waiver of any rights to contest the betterment or to be construed as any type of admission that said betterment is due.*

GRACE                                                                00283856

W.R. Grace & Company-Conn
62 Whittemore Avenue
Cambridge, MA 02140

PAY   Twenty one thousand eight hundred sixty two and 07/100 Dollars

TO THE     TOWN OF ACTON
ORDER      472 MAIN STREET
OF         ACTON MA 01720

⑈00283856⑈ ⑊053101561⑊ 20799 2000576 1⑈

A True Copy. Attest:
*Edward J. Ellis*

TOWN CLERK  ACTON, MASS.



**Commonwealth of Massachusetts**
**Town of Acton**



Assessed Owner
As of January 1, 2000

WR GRACE
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

February 2, 2001

Dear Property Owner:

Your property is located within the Middle Fort Pond Brook Sewer Betterment Area. Pursuant to Massachusetts General Law Chapter 83, Section 15B, the Acton Health Department has calculated the appropriate "estimated betterment" charge for each residential and commercial property in the betterment area.

Your property at **47 INDEPENDENCE RD** has been assessed **2.94** "estimated sewer betterment" unit(s) at $7,432.57 per unit for a total "estimated betterment" of $21,851.76. This "estimated betterment" charge represents approximately one-half of the anticipated final betterment charge. Please note that "estimated betterments" are expected to be replaced with a final actual betterment charge in 2002. All "estimated betterment" principal payments will act as a deposit against the actual final betterment charge.

Payment is due on or before March 5, 2001. However, unlike taxes, a property owner is able to choose between two payment options. The first is the full payment option, which requires 100% of the total "estimated betterment" to be paid on or before March 5, 2001. The second option is to extend payment over 30 years, billed quarterly (120 billing periods). If the time payment option is elected then the first payment is due on March 5, 2001. The second payment will be due on June 5, 2001. The third payment will be added to the property tax bill due on August 1, 2001. In order to meet the real estate tax schedule, this bill will only cover a two-month period, and the billed amount will be adjusted accordingly. All subsequent amounts will be placed upon the quarterly property tax bills. Election of the time payment option will incur a finance charge of 1.5% per annum and the balance owed will be secured by a lien on the property at the Registry of Deeds.

In order to process your choice of payment plan efficiently, we would ask that you detach and sign one of the vouchers signifying your choice of payment plan from page 2. If the choice of payment plan is not provided to the Town on or before 5:00 P.M. on March 5, 2001, then by default, the full payment option will be in effect. Please have your payment **and** the appropriate voucher to the Collector's Office no later than 5:00 P.M. on March 5, 2001. Unlike IRS payments that must be postmarked by the due date, State law requires a signed plan option and the appropriate payment be in hand at the Town Tax Collector's Office on or before the due date.

If you have any questions regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

Cordially,
Sewer Commissioners

A True Copy. Attest:

*Edward J Ellis*

OWN CLERK  ACTON, MASS

I4-6




*Commonwealth of Massachusetts*
*Town of Acton*
# FULL PAYMENT OPTION

Assessed Owner     WR GRACE
As of January 1, 2000    C/O MARY ELLEN JOHNS
                       62 WHITTEMORE AVENUE
                       CAMBRIDGE, MA 02140

As the property owner of **47 INDEPENDENCE RD** I elect to make full payment of my "estimated sewer betterment" assessment in the amount of **$21,851.76**. I understand that the amount of the "estimated betterment" charge is approximately one-half of the final betterment charge and that my payment of the "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002.

Signature:      _____

Date:          _____

| Due on or before 5:00 P.M. On March 5, 2001. |
| --- |

I4-6

↓ Detach along perforation ↓



*Commonwealth of Massachusetts*
*Town of Acton*
# TIME PAYMENT OPTION

Assessed Owner     WR GRACE
As of January 1, 2000    C/O MARY ELLEN JOHNS
                       62 WHITTEMORE AVENUE
                       CAMBRIDGE, MA 02140

As the property owner of **47 INDEPENDENCE RD** I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of **$251.96** and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature:     _____

Date:        _____



A True Copy. Attest:

*Edward J Ellis*

OWN CLERK  ACTON, MASS.

| Due on or before 5:00 P.M. On March 5, 2001. |
| --- |

I4-6

ESTIMATED SEWER BETTERMENT: This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

PAYMENT DUE DATES/INTEREST CHARGES: Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

FULL SEWER BETTERMENT ASSESSMENT: You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

ABATEMENT/EXEMPTION APPLICATIONS: Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

INQUIRIES: If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

ESTIMATED SEWER BETTERMENT: This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

PAYMENT DUE DATES/INTEREST CHARGES: Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

FULL SEWER BETTERMENT ASSESSMENT: You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

ABATEMENT/EXEMPTION APPLICATIONS: Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

INQUIRIES: If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.



*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION

| | |
|---|---|
| **Assessed Owner**<br>As of January 1, 2000 | WR GRACE<br>C/O MARY ELLEN JOHNS<br>62 WHITTEMORE AVENUE<br>CAMBRIDGE, MA 02140 |

RECEIVED
MAR 5
TOWN OF ACTON

As the property owner of 47 INDEPENDENCE RD I elect to enter into a 10-year period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of $251.96 and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.

| | |
|---|---|
| Signature: *Maryellen C. Johns*<br>Date: 3/2/01 | Due on or before 5:00 P.M.<br>On March 5, 2001. |

14-6 *Execution of the above is without waiver of any rights to contest the betterment or to be construed as any type of admission that said betterment is due.*

---

DETACH CHECK BEFORE DEPOSITING AND RETAIN STUB FOR YOUR FILES

**GRACE**
W R Grace & Company-Conn
62 Whittemore Avenue
Cambridge, MA 02140

00283854

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 02/28/01 | ********$251.96 |

PAY  Two hundred fifty one and 96/100 Dollar

TO THE    TOWN OF ACTON
ORDER    472 MAIN STREET
OF    ACTON MA 0720

AUTHORIZED SIGNATURE

⑈00283854⑈ ⑈053101561⑈ 20799200057 61⑈

A True Copy. Attest:

*Edward J. Ellis*

TOWN CLERK ACTON, MASS.



# Commonwealth of Massachusetts
## Town of Acton



**Assessed Owner**
**As of January 1, 2000**

WR GRACE
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

February 2, 2001

Dear Property Owner:

Your property is located within the Middle Fort Pond Brook Sewer Betterment Area. Pursuant to Massachusetts General Law Chapter 83, Section 15B, the Acton Health Department has calculated the appropriate "estimated betterment" charge for each residential and commercial property in the betterment area.

Your property at 47 INDEPENDENCE RD has been assessed 0.61 "estimated sewer betterment" unit(s) at $7,432.57 per unit for a total "estimated betterment" of $4,533.87. This "estimated betterment" charge represents approximately one-half of the anticipated final betterment charge. Please note that "estimated betterments" are expected to be replaced with a final actual betterment charge in 2002. All "estimated betterment" principal payments will act as a deposit against the actual final betterment charge.

Payment is due on or before March 5, 2001. However, unlike taxes, a property owner is able to choose between two payment options. The first is the full payment option, which requires 100% of the total "estimated betterment" to be paid on or before March 5, 2001. The second option is to extend payment over 30 years, billed quarterly (120 billing periods). If the time payment option is elected then the first payment is due on March 5, 2001. The second payment will be due on June 5, 2001. The third payment will be added to the property tax bill due on August 1, 2001. In order to meet the real estate tax schedule, this bill will only cover a two-month period, and the billed amount will be adjusted accordingly. All subsequent amounts will be placed upon the quarterly property tax bills. Election of the time payment option will incur a finance charge of 1.5% per annum and the balance owed will be secured by a lien on the property at the Registry of Deeds.

In order to process your choice of payment plan efficiently, we would ask that you detach and sign one of the vouchers signifying your choice of payment plan from page 2. **If the choice of payment plan is not provided to the Town on or before 5:00 P.M. on March 5, 2001, then by default, the full payment option will be in effect. Please have your payment _and_ the appropriate voucher to the Collector's Office no later than 5:00 P.M. on March 5, 2001. Unlike IRS payments that must be postmarked by the due date, State law requires a signed plan option and the appropriate payment be in hand at the Town Tax Collector's Office on or before the due date.**

If you have any questions regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

A True Copy. Attest:

Cordially,
Sewer Commissioners

*Edward J Ellis*

TOWN CLERK  ACTON  MASS.

14-7




*Commonwealth of Massachusetts*
*Town of Acton*

# FULL PAYMENT OPTION

|  |  |
|---|---|
| Assessed Owner<br>As of January 1, 2000 | WR GRACE<br>C/O MARY ELLEN JOHNS<br>62 WHITTEMORE AVENUE<br>CAMBRIDGE, MA 02140 |

As the property owner of **47 INDEPENDENCE RD** I elect to make full payment of my "estimated sewer betterment" assessment in the amount of **$4,533.87**. I understand that the amount of the "estimated betterment" charge is approximately one-half of the final betterment charge and that my payment of the "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002.

Signature: _____

Date: _____

I4-7

> Due on or before 5:00 P.M.
> On March 5, 2001.

↓ Detach along perforation ↓




*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION

|  |  |
|---|---|
| Assessed Owner<br>As of January 1, 2000 | WR GRACE<br>C/O MARY ELLEN JOHNS<br>62 WHITTEMORE AVENUE<br>CAMBRIDGE, MA 02140 |

As the property owner of **47 INDEPENDENCE RD** I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of $52.28 and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: _____

Date: _____

I4-7



A True Copy. Attest:

*Edward J Ellis*

TOWN CLERK  ACTON. MASS.

> Due on or before 5:00 P.M.
> On March 5, 2001.

**ESTIMATED SEWER BETTERMENT:** This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES:** Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT:** You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS:** Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES:** If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

**ESTIMATED SEWER BETTERMENT:** This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES:** Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT:** You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS:** Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES:** If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.



*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION



RECEIVED
MAR -5 2001
TOWN OF ACTON
TOWN COLLECTOR

**Assessed Owner**
**As of January 1, 2000**

WR GRACE
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

As the property owner of **47 INDEPENDENCE RD** I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of $52.28 and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: *Maryellen C. Johns*
Date: 3/2/01

Due on or before 5:00 P.M.
On March 5, 2001.

I4-7    *Execution of the above is without waiver to any rights to contest the betterment or to be construed as any type of admission that said betterment is due.*

GRACE                                                        00283855
W.R. Grace & Company - Conn.
62 Whittemore Avenue
Cambridge, MA 02140

CHECK DATE    CHECK AMOUNT
02/28/01      ******$52.28

PAY    Fifty two and 00/100 Dollars
TO THE    TOWN OF ACTON
ORDER    472 MAIN STREET
OF    ACTON, MA 01720                    AUTHORIZED SIGNATURE

⑈00283855⑈ ⑆053101561⑆ 20799200005761⑈

A True Copy. Attest:
*Edward J Ellis*
TOWN CLERK - ACTON, MASS.



*Commonwealth of Massachusetts*
*Town of Acton*



| Assessed Owner | WR GRACE | February 2, 2001 |
|---|---|---|
| As of January 1, 2000 | C/O MARY ELLEN JOHNS | |
| | 62 WHITTEMORE AVENUE | |
| | CAMBRIDGE, MA 02140 | |

Dear Property Owner:

Your property is located within the Middle Fort Pond Brook Sewer Betterment Area. Pursuant to Massachusetts General Law Chapter 83, Section 15B, the Acton Health Department has calculated the appropriate "estimated betterment" charge for each residential and commercial property in the betterment area.

Your property at **INDEPENDENCE RD** has been assessed **6.51** "estimated sewer betterment" unit(s) at **$7,432.57** per unit for a total "estimated betterment" of **$48,386.03**. This "estimated betterment" charge represents approximately one-half of the anticipated final betterment charge. Please note that "estimated betterments" are expected to be replaced with a final actual betterment charge in 2002. All "estimated betterment" principal payments will act as a deposit against the actual final betterment charge.

Payment is due on or before March 5, 2001. However, unlike taxes, a property owner is able to choose between two payment options. The first is the full payment option, which requires 100% of the total "estimated betterment" to be paid on or before March 5, 2001. The second option is to extend payment over 30 years, billed quarterly (120 billing periods). If the time payment option is elected then the first payment is due on March 5, 2001. The second payment will be due on June 5, 2001. The third payment will be added to the property tax bill due on August 1, 2001. In order to meet the real estate tax schedule, this bill will only cover a two-month period, and the billed amount will be adjusted accordingly. All subsequent amounts will be placed upon the quarterly property tax bills. Election of the time payment option will incur a finance charge of 1.5% per annum and the balance owed will be secured by a lien on the property at the Registry of Deeds.

In order to process your choice of payment plan efficiently, we would ask that you detach and sign one of the vouchers signifying your choice of payment plan from page 2. If the **choice of payment plan is not provided to the Town on or before 5:00 P.M. on March 5, 2001, then by default, the full payment option will be in effect. Please have your payment and the appropriate voucher to the Collector's Office no later than 5:00 P.M. on March 5, 2001. Unlike IRS payments that must be postmarked by the due date, State law requires a signed plan option and the appropriate payment be in hand at the Town Tax Collector's Office on or before the due date.**

If you have any questions regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

Cordially,
Sewer Commissioners

A True Copy. Attest:
*Edward J Ellis*

I3-135




*Commonwealth of Massachusetts*
*Town of Acton*
# FULL PAYMENT OPTION

**Assessed Owner**          **WR GRACE**
**As of January 1, 2000**   **C/O MARY ELLEN JOHNS**
                            **62 WHITTEMORE AVENUE**
                            **CAMBRIDGE, MA 02140**

As the property owner of **INDEPENDENCE RD** I elect to make full payment of my "estimated sewer betterment" assessment in the amount of **$48,386.03.** I understand that the amount of the "estimated betterment" charge is approximately one-half of the final betterment charge and that my payment of the "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002.

Signature: _____

Date: _____

| |
|---|
| Due on or before 5:00 P.M. On March 5, 2001. |

I3-135

↓ Detach along perforation ↓



*Commonwealth of Massachusetts*
*Town of Acton*
# TIME PAYMENT OPTION

**Assessed Owner**          **WR GRACE**
**As of January 1, 2000**   **C/O MARY ELLEN JOHNS**
                            **62 WHITTEMORE AVENUE**
                            **CAMBRIDGE, MA 02140**

As the property owner of **INDEPENDENCE RD** I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of **$557.91** and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: _____

Date: _____



A True Copy. Attest:
Edward J Ellis

| |
|---|
| Due on or before 5:00 P.M. On March 5, 2001. |

I3-135

TOWN CLERK ACTON MASS.

ESTIMATED SEWER BETTERMENT: This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

PAYMENT DUE DATES/INTEREST CHARGES: Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

FULL SEWER BETTERMENT ASSESSMENT: You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

ABATEMENT/EXEMPTION APPLICATIONS: Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

INQUIRIES: If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

ESTIMATED SEWER BETTERMENT: This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

PAYMENT DUE DATES/INTEREST CHARGES: Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

FULL SEWER BETTERMENT ASSESSMENT: You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

ABATEMENT/EXEMPTION APPLICATIONS: Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

INQUIRIES: If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.



*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION

| | |
|---|---|
| **Assessed Owner**<br>As of January 1, 2000 | WR GRACE<br>C/O MARY ELLEN JOHNS<br>62 WHITTEMORE AVENUE<br>CAMBRIDGE, MA 02140 |

RECEIVED MAR - 5 TOWN OF ACTON

As the property owner of **INDEPENDENCE RD** I elect to enter into a TOWN OF ACTON "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of $557.91 and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: *Maryellen C. Johns*
Date: 3/2/01

| |
|---|
| Due on or before 5:00 P.M.<br>On March 5, 2001. |

I3-135  *Execution of the above is without waiver of any rights to contest the betterment or to be construed as any type of admission that said betterment is due.*

GRACE
W.R. Grace & Company Conn.
62 Whittemore Avenue
Cambridge MA 02140

00283859

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 02/28/01 | $557.91 |

PAY Five hundred fifty seven and 91/100 Dollars

TO THE TOWN OF ACTON
ORDER 472 MAIN STREET
OF ACTON MA 01720

AUTHORIZED SIGNATURE

⑊00283859⑊ ⑊053101561⑊ 20799 2000 5761⑊

A True Copy. Attest:

*Edward J Ellis*

TOWN CLERK  ACTON, MASS



*Commonwealth of Massachusetts*
*Town of Acton*



| Assessed Owner<br>As of January 1, 2000 | WR GRACE & CO<br>C/O MARY ELLEN JOHNS<br>62 WHITTEMORE AVENUE<br>CAMBRIDGE, MA 02140 | February 2, 2001 |

Dear Property Owner:

Your property is located within the Middle Fort Pond Brook Sewer Betterment Area. Pursuant to Massachusetts General Law Chapter 83, Section 15B, the Acton Health Department has calculated the appropriate "estimated betterment" charge for each residential and commercial property in the betterment area.

Your property at **88 PARKER ST** has been assessed **17.66** "estimated sewer betterment" unit(s) at $7,432.57 per unit for a total "estimated betterment" of **$131,259.19**. This "estimated betterment" charge represents approximately one-half of the anticipated final betterment charge. Please note that "estimated betterments" are expected to be replaced with a final actual betterment charge in 2002. All "estimated betterment" principal payments will act as a deposit against the actual final betterment charge.

Payment is due on or before March 5, 2001. However, unlike taxes, a property owner is able to choose between two payment options. The first is the full payment option, which requires 100% of the total "estimated betterment" to be paid on or before March 5, 2001. The second option is to extend payment over 30 years, billed quarterly (120 billing periods). If the time payment option is elected then the first payment is due on March 5, 2001. The second payment will be due on June 5, 2001. The third payment will be added to the property tax bill due on August 1, 2001. In order to meet the real estate tax schedule, this bill will only cover a two-month period, and the billed amount will be adjusted accordingly. All subsequent amounts will be placed upon the quarterly property tax bills. Election of the time payment option will incur a finance charge of 1.5% per annum and the balance owed will be secured by a lien on the property at the Registry of Deeds.

In order to process your choice of payment plan efficiently, we would ask that you detach and sign one of the vouchers signifying your choice of payment plan from page 2. **If the choice of payment plan is not provided to the Town on or before 5:00 P.M. on March 5, 2001, then by default, the full payment option will be in effect. Please have your payment <u>and</u> the appropriate voucher to the Collector's Office no later than 5:00 P.M. on March 5, 2001. Unlike IRS payments that must be postmarked by the due date, State law requires a signed plan option and the appropriate payment be in hand at the Town Tax Collector's Office on or before the due date.**

If you have any questions regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

Cordially,
Sewer Commissioners

A True Copy. Attest:
*Edward J Ellis*

H3-251




*Commonwealth of Massachusetts*
*Town of Acton*
# FULL PAYMENT OPTION

**Assessed Owner**
**As of January 1, 2000**

WR GRACE & CO
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

As the property owner of **88 PARKER ST** I elect to make full payment of my "estimated sewer betterment" assessment in the amount of **$131,259.19**. I understand that the amount of the "estimated betterment" charge is approximately one-half of the final betterment charge and that my payment of the "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002.

Signature: _____
Date: _____

| Due on or before 5:00 P.M. |
| On March 5, 2001. |

H3-251

---

↓ Detach along perforation ↓

---



*Commonwealth of Massachusetts*
*Town of Acton*
# TIME PAYMENT OPTION

**Assessed Owner**
**As of January 1, 2000**

WR GRACE & CO
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

As the property owner of **88 PARKER ST** I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of **$1,513.46** and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: _____
Date: _____



A True Copy. Attest:
*Edward J Ellis*

TOWN CLERK  ACTON, MASS.

| Due on or before 5:00 P.M. |
| On March 5, 2001. |

H3-251

**ESTIMATED SEWER BETTERMENT:** This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES:** Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT:** You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS:** Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES:** If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

**ESTIMATED SEWER BETTERMENT:** This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES:** Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT:** You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS:** Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES:** If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.




*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION



| Assessed Owner | WR GRACE & CO |
|---|---|
| As of January 1, 2000 | C/O MARY ELLEN JOHNS |
| | 62 WHITTEMORE AVENUE |
| | CAMBRIDGE, MA 02140 |

RECEIVED
MAR – 5 2001
TOWN OF ACTON

As the property owner of **88 PARKER ST** I elect to enter into an "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of **$1,513.46** and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: *Maryellen C. Johns*
Date: 3/2/01

> Due on or before 5:00 P.M.
> On March 5, 2001.

H3-251   *Execution of the above is without waiver of any rights to contest the betterment or to be construed as any type of admission that said betterment is due.*

GRACE                                                      00283857
W.R. Grace & Company-Conn.
62 Whittemore Avenue
Cambridge, MA 02140

CHECK DATE   CHECK AMOUNT
02/28/01     **$1,513.46**

PAY   One thousand five hundred thirteen and 46/100 Dollars

TO THE   TOWN OF ACTON
ORDER   472 MAIN STREET
OF   ACTON MA 01720

                                    AUTHORIZED SIGNATURE

⑈00283857⑈ ⑆053101561⑆ 20799200057 61⑈

A True Copy, Attest:

*Edward J Ellis*
_____

TOWN CLERK  ACTON, MASS



**Commonwealth of Massachusetts**
**Town of Acton**



Assessed Owner
As of January 1, 2000

WR GRACE
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

February 2, 2001

Dear Property Owner:

Your property is located within the Middle Fort Pond Brook Sewer Betterment Area. Pursuant to Massachusetts General Law Chapter 83, Section 15B, the Acton Health Department has calculated the appropriate "estimated betterment" charge for each residential and commercial property in the betterment area.

Your property at 88 **PARKER ST BESIDE** has been assessed **19.84** "estimated sewer betterment" unit(s) at $7,432.57 per unit for a total "estimated betterment" of **$147,462.19**. This "estimated betterment" charge represents approximately one-half of the anticipated final betterment charge. Please note that "estimated betterments" are expected to be replaced with a final actual betterment charge in 2002. All "estimated betterment" principal payments will act as a deposit against the actual final betterment charge.

Payment is due on or before March 5, 2001. However, unlike taxes, a property owner is able to choose between two payment options. The first is the full payment option, which requires 100% of the total "estimated betterment" to be paid on or before March 5, 2001. The second option is to extend payment over 30 years, billed quarterly (120 billing periods). If the time payment option is elected then the first payment is due on March 5, 2001. The second payment will be due on June 5, 2001. The third payment will be added to the property tax bill due on August 1, 2001. In order to meet the real estate tax schedule, this bill will only cover a two-month period, and the billed amount will be adjusted accordingly. All subsequent amounts will be placed upon the quarterly property tax bills. Election of the time payment option will incur a finance charge of 1.5% per annum and the balance owed will be secured by a lien on the property at the Registry of Deeds.

In order to process your choice of payment plan efficiently, we would ask that you detach and sign one of the vouchers signifying your choice of payment plan from page 2. **If the choice of payment plan is not provided to the Town on or before 5:00 P.M. on March 5, 2001, then by default, the full payment option will be in effect. Please have your payment _and_ the appropriate voucher to the Collector's Office no later than 5:00 P.M. on March 5, 2001. Unlike IRS payments that must be postmarked by the due date, State law requires a signed plan option and the appropriate payment be in hand at the Town Tax Collector's Office on or before the due date.**

If you have any questions regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

A True Copy. Attest:

Cordially,
Sewer Commissioners

*Edward J Ellis*

I3-4




*Commonwealth of Massachusetts*
*Town of Acton*

# FULL PAYMENT OPTION

**Assessed Owner**  **WR GRACE**
**As of January 1, 2000**  C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

As the property owner of **88 PARKER ST BESIDE** I elect to make full payment of my "estimated sewer betterment" assessment in the amount of **$147,462.19**. I understand that the amount of the "estimated betterment" charge is approximately one-half of the final betterment charge and that my payment of the "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002.

Signature: _____
Date: _____

| Due on or before 5:00 P.M. On March 5, 2001. |
| --- |

I3-4

↓ Detach along perforation ↓



*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION

**Assessed Owner**  **WR GRACE**
**As of January 1, 2000**  C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

As the property owner of **88 PARKER ST BESIDE** I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of **$1,700.29** and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

**By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.**

Signature: _____
Date: _____

A True Copy. Attest:
*Edward J Ellis*



| Due on or before 5:00 P.M. On March 5, 2001. |
| --- |

I3-4

TOWN CLERK   ACTON, MASS.

**ESTIMATED SEWER BETTERMENT**: This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES**:  Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT**: You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS**: Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES**: If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.

**ESTIMATED SEWER BETTERMENT**: This bill shows the amount of estimated sewer betterment(s). The amount of your preliminary sewer betterment assessment was calculated in accordance with M.G.L. Ch. 83 Sec. 15B.

**PAYMENT DUE DATES/INTEREST CHARGES**:  Preliminary sewer betterment bills are due 30 days from the mailing of the bill. If payments are not made by their due dates, interest at the rate of 14% (M.G.L. Ch. 59 Sec. 57C) will be charged on the amount of the payment that is unpaid and overdue. Interest will accrue from the day after the payment was due to the date payment is made. You will also be required to pay charges and fees incurred for collection if payments are not made when payment is due. Payments are considered made when received by the Collector. To obtain a receipted bill, please enclose a self-addressed stamped envelope and a copy of your bill with your payment.

**FULL SEWER BETTERMENT ASSESSMENT**: You will receive your full sewer betterment assessment charge once the full cost of the sewer project has been determined. Any preliminary sewer betterment payments made will be credited toward payment of your full betterment assessment. Your full (actual) sewer betterment assessment will provide you with more detailed information on payment due dates.

**ABATEMENT/EXEMPTION APPLICATIONS**: Your right to seek an abatement or exemption from your full (actual) sewer betterment assessment is not prejudiced by the issuance of the estimated sewer betterment. M.G.L. Ch. 83 Sec. 15B does not allow for an abatement or exemption on an estimated sewer betterment assessment. Once the full (actual) sewer betterment assessments are issued, you will be able to apply for an abatement or exemption. The deadline for filing your abatement or exemption application will be measured from the date the full sewer betterment assessment bills are mailed, not the date the preliminary sewer betterments were made. Your full sewer betterment assessment bill will provide you with more detailed information on application procedures and deadlines.

**INQUIRIES**: If you have any question regarding the method used to determine the total "estimated betterment" charge or the state of the sewer project, please call Doug Halley, Health Director, at (978) 264-9634 or make an appointment to meet with him at the Acton Health Department located on the ground floor of Town Hall.




*Commonwealth of Massachusetts*
*Town of Acton*

# TIME PAYMENT OPTION

Assessed Owner
As of January 1, 2000

WR GRACE
C/O MARY ELLEN JOHNS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140

As the property owner of 88 PARKER ST BESIDE I elect to enter into a 120 period "estimated sewer betterment" payment plan with the Town of Acton, each payment period being for a term of 3 months with the exception of the third payment. I fully understand that the cost per period will be in the amount of $1,700.29 and that the first period's payment of this amount is due on March 5, 2001. I also understand that the amount of the total "estimated betterment" charge is approximately one-half of the final betterment charge and that the principal payment portion of the total "estimated betterment" will act as a deposit against the final betterment charge, which is expected to be determined in 2002. Election of this payment option will incur a finance charge of 1.5% per annum.

By choosing this option I acknowledge that pursuant to Massachusetts General Law, Chapter 80, Section 12, a lien will exist against my property for the unpaid portion of the total estimated betterment charge.

Signature: *Maryellen C Johns*
Date: 3/2/01

Due on or before 5:00 P.M.
On March 5, 2001.

I3-4   *Execution of the above is without waiver of any rights to contest said betterment or to be construed as any type of admission that said betterment is due.*



A True Copy. Attest:
*Edward J Ellis*

OWN CLERK  ACTON, MASS.