# EXHIBIT H



## TOWN OF ACTON
## MIDDLE FORT POND BROOK SEWER BETTERMENT AREA
## ORDER DETERMINING
## FINAL SEWER BETTERMENT ASSESSMENTS
## (FOR REGISTERED LAND)

MOVED:  Pursuant to Massachusetts General Law Chapter 80, Section 4, Chapter 83, Sections 14 and 15, Chapter 340 of the Acts of 2000, and the Town of Acton Sewer Assessment By-law (Chapter D, Section 10 of the Town of Acton Bylaws, the "Bylaw") and regulations promulgated pursuant thereto, and all acts in addition thereto and in amendment thereof and every other power and authority them thereto enabling, the Acton Board of Selectmen acting as the Board of Sewer Commissioners hereby (A) adopts the lists of final sewer betterment assessments upon land in the Town's Middle Fort Pond Brook Sewer Betterment Area attached hereto as Exhibit 1 (registered land), the list of streets and ways within the Middle Fort Pond Brook Sewer Betterment Area attached hereto as Exhibit 2, and the Map Depicting the Final Order of Construction for the Middle Fort Pond Brook Sewer Betterment Area attached hereto as Exhibit 3 as the area which receives advantage other than general advantage to the community from such improvements and for which final betterments shall be assessed, and (B) further finds, orders, and determines as follows:

1.  In the column labeled "Bylaw D10," each of the parcels identified as 2.b.(i) is hereby assessed the number of sewer betterment units listed in the column labeled "SBU Final" pursuant to Bylaw § 2.b.(i).

2.  In the column labeled "Bylaw D10," each of the parcels identified as 2.b.(ii) is hereby assessed the number of sewer betterment units listed in the column labeled "SBU Final" pursuant to Bylaw § 2.b.(ii).

3.  In the column labeled "Bylaw D10," each of the parcels identified as 2.b.(iii) is hereby assessed the number of sewer betterment units listed in the column labeled "SBU Final" pursuant to Bylaw § 2.b.(iii).

4.  In the column labeled "Bylaw D10," it is determined that each of the parcels identified as 2.b.(iv) is hereby assessed the number of sewer betterment units listed in the column labeled "SBU Final" pursuant to Bylaw § 2.b.(iv), as land used or zoned for industrial use which hereby is assessed on the basis of a number of sewer units taking into account the

1

expected daily sewage flow from such land based on Title V design flows.

5. In the column labeled "Bylaw D10," it is determined that each of the parcels identified as 2.b.(v) is hereby assessed the number of sewer betterment units listed in the column labeled "SBU Final" pursuant to Bylaw § 2.b.(v), as land used or zoned for other purposes not specified in the foregoing sections, including, but not limited to, institutional and non-profit uses, which is hereby assessed on the basis of a number of sewer units taking into account the expected daily sewage flow from such land based on Title V design flows.

6. For purposes of calculating final sewer betterments, the total number of sewer betterment units assessed in the Middle Fort Pond Brook Sewer Betterment Area is hereby determined to be 1369.19.

7. For purposes of calculating the final sewer betterments charged on the basis of these sewer betterment units, the final costs of construction of the Middle Fort Pond Brook Sewer Project and all facilities to be assessed in connection therewith is hereby determined to be $25,086,136.21. Deducted from this figure for purposes of calculating the final sewer betterment assessments shall be the following amounts: (a) $1,336,600 under Bylaw §1 toward costs incurred in connection with the planning and construction of the sewer collection and treatment facility for Middle Fort Pond Brook Sewer District, for archeological studies, paving of roads, engineering peer reviews, police details, traffic studies, and land acquisition, (b) $5,592,988.42 constituting payments in lieu of betterments to be paid with respect to public school, town civil defense, town fire department, and housing authority condominium properties served by the Middle Fort Pond Brook Sewer Project, and (c) $1,166,200.00 allocated toward future construction costs of the Middle Fort Pond Brook Sewer Project. Accordingly, the adjusted final cost of construction of the Middle Fort Pond Brook Sewer Project and all facilities to be assessed in connection therewith is hereby determined to be $16,990,347.79 (i.e. $25,086,136.21 minus the total of items a, b and c).

8. For purposes of calculating the final sewer betterments, each sewer betterment unit shall be charged at the rate of $12,409.05 per unit (the adjusted final costs of construction under paragraph 7 divided by the total number of sewer betterment units under paragraph 6).

9. Based on the foregoing, each of the parcels identified on the lists of final sewer betterment assessments upon land in the Town's Middle Fort Pond Brook Sewer Betterment Area attached hereto as Exhibit 1 (registered land) is hereby assessed a final sewer betterment in the dollar amount set forth for the parcel in the column labeled "Final Betterment."

10. Pursuant to Chapter 340 of the Acts of 2000 and G.L. c. 80, § 13, the unpaid balance of all assessments made hereunder shall bear interest from the thirtieth day after assessments

have been committed to the collector at the rate of 1.75 per cent per annum.

11. As this Order determines sewer betterment assessments for properties within the Middle Fort Pond Brook Sewer District including without limitation those properties of W.R.Grace listed and depicted on the Exhibits attached hereto, and as W.R.Grace is subject to ongoing proceedings in the United States Bankruptcy Court, (a) this Order shall not be certified to the Acton Board of Assessors or filed in the Middlesex Land Court Registration Office, (b) the Acton Board of Assessors shall not commit these assessments with their warrant to the Acton Tax Collector, and (c) the Acton Tax Collector shall not send notice and demand payment in accordance with M.G.L. Chapter 80, Section 4 and Chapter 60, Section 3, to the person designated as the owner of each parcel assessed, unless and until the Sewer Commissioners shall so vote and order at a further public meeting called for the purpose. The Sewer Commissioners believe that the automatic stay contained in 11 U.S.C. s. 362(a) does not apply to the issuance of the final betterments set forth herein; nonetheless, to avoid any uncertainty in this matter, the Sewer Commissioners hereby authorize and direct the Town's special bankruptcy counsel to petition the Bankruptcy Court on an expedited basis pursuant to 11 U.S.C. ss. 105(a) and 362(d) for a determination that the automatic stay does not apply to the issuance of the final betterments or, in the alternative, for relief from the stay to issue the final betterments retroactive to the date of this vote. Special bankruptcy counsel shall report to the Board as soon as the Bankruptcy Court acts on this petition or by November 12, 2004, as to the status of the petition before the Bankruptcy Court, whichever occurs sooner. The Sewer Commissioners reserve the right to vacate this Order and re-determine the matters set forth herein as they deem necessary based on the opinion of bankruptcy counsel, the action of the Bankruptcy Court or otherwise

12. For the Orders of Construction of the Middle Fort Pond Brook Sewer Betterment Area, see Instrument Number 27 recorded in the Middlesex South District Registry on February 14, 2001 at Book 32363, Page 77; Instrument Number 259 recorded on February 15, 2001 at Book 32370, Page 507; Document Number 1162908 registered in the Middlesex Land Court Registration Office on February 15, 2001; the Instrument Number 1202 recorded on April 10, 2001, at Book 32657, Page 083; and the documents recorded and registered contemporaneously herewith.

Dated:         September 13, 2004

Moved by:    Peter K. Ashton

Seconded by: F. Dore' Hunter

Voted: 5 YES, 0 NO, and 0 ABSTAIN

3

IN WITNESS WHEREOF, the Board has caused this Order Determining and Certifying Final Sewer Betterment Assessments to be moved, seconded, approved, and executed at an open meeting duly called and noticed for the purpose on this 13th day of September, 2004.

TOWN OF ACTON, MASSACHUSETTS,
By its Board of Selectmen acting as the
Board of Sewer Commissioners

_____
F. Dore' Hunter, Chairman

_____
Peter K. Ashton,

_____
William H. Shupert, III

_____
Walter M. Foster

_____
Robert A. Johnson, Clerk

### ACKNOWLEDGEMENT

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF MIDDLESEX

On this 13th day of September, 2004, before me, the undersigned Notary Public, personally appeared each of the foregoing named members of the Board of Selectmen of the Town of Acton acting as the Board of Sewer Commissioners, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the persons whose names are signed on the preceding document, and acknowledged to me that each signed it voluntarily for its stated purpose as the foregoing named members of the Board of Selectmen of the Town of Acton, acting as the Board of Sewer Commissioners.

_____(official signature and seal of notary)
My commission expires _9/26/08_____

4

The foregoing is a true and accurate record of the action taken by the Acton Board of Selectmen acting as the Board of Sewer Commissioners at a duly noticed public meeting on September 13, 2004.

Robert A. Johnson, Clerk of the Board

Commonwealth of Massachusetts
Middlesex, SS.                                                September 13, 2004

On this 13th day of September, 2004, before me, the undersigned Notary Public, personally appeared Robert A. Johnson, Clerk of the Acton Board of Selectmen and Board of Assessors, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily as an accurate record of the action of the Board of Selectmen acting as the Board of Sewer Commissioners.

_____(official signature and seal of notary)

My commission expires  9/26/08

5

**EXHIBIT 1**

EXHIBIT J
SCHEDULE OF FINAL BETTERMENTS
REFERRED TO IN THE FOREGOING ORDER
MIDDLE FORT POND BROOK SEWER AREA

| Pid | Owner | Num | Street | SBU Final | Book/page | Date | Acres | Final Betterment | Bylaw D10 |
|-----|-------|-----|--------|-----------|-----------|------|-------|------------------|-----------|
| H3-154-1 | RICKETTS JR THEODORE | 4 | HALEY LN | 1 | LC 1192/0072 | 8/11/1998 | 0.47 | $12,409.05 | 2.b.(i) |
| H1-154-2 | ROGERS CHARLES D | 6 | HALEY LN | 1 | LC 1086/0180 | 10/1/1991 | 1.47 | $12,409.05 | 2.b.(i) |
| F2-108 | JACOBY THOMAS M | 457 | MASS AV | 1 | LC 916/0042 | 1/19/1979 | 1.12 | $12,409.05 | 2.b.(i) |
| 13-64-1 | HIBBARD KENT L | 107 | PARKER ST | 1 | LC 1262/ 35 | 12/16/2002 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-2 | ZHANG LEI | 111 | PARKER ST | 1 | LC 1227/0033 | 9/8/2000 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64 | CHIANG JAMES ET AL | 119 | PARKER ST | 1 | LC 947/0027 | 6/18/1981 | 0.94 | $12,409.05 | 2.b.(i) |
| 13-64-28 | SHIRRON STEPHEN F | 123 | PARKER ST | 1 | LC 1002/0008 | 9/4/1987 | 0.92 | $12,409.05 | 2.b.(i) |
| H3-154 | HALEY ELIZABETH M | 91 | RIVER ST | 1 | LC 1053/0092 | 1/17/1989 | 0.49 | $12,409.05 | 2.b.(i) |
| H3-167 | MOORE ALLAN B | 93 | RIVER ST | 1 | LC 966/ 108 | 3/8/1983 | 0.75 | $12,409.05 | 2.b.(i) |
| H3-183 | KRUG RICHARD F SR | 95 | RIVER ST | 1 | LC 795/0070 | 8/11/1970 | 0.96 | $12,409.05 | 2.b.(i) |
| H3.A-17 | JODKA ROBERT A | 90 | SCHOOL ST | 1 | LC 983/ 138 | 5/18/1984 | 0.47 | $12,409.05 | 2.b.(i) |
| 13-64-15 | KWAK WILLIAM IBONG | 1 | SILVER HILL RD | 1 | LC 1025/0095 | 7/23/1998 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-26 | YANG FAN | 2 | SILVER HILL RD | 1 | LC 1150/0095 | 1/2/1996 | 0.96 | $12,409.05 | 2.b.(i) |
| 13-64-14 | LIU ZHIGANG | 3 | SILVER HILL RD | 1 | LC 1208/0012 | 7/15/1999 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-25 | O'DONNELL ROBERT M | 4 | SILVER HILL RD | 1 | LC 1074/0070 | 10/2/1990 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-13 | STONE BRUCE W | 5 | SILVER HILL RD | 1 | LC 974/ .82 | 8/31/1983 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-24 | ELICONE CHRISTOPHER P | 6 | SILVER HILL RD | 1 | LC 1208/0113 | 7/27/1999 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-12 | ATKINSON PATRICIA M | 7 | SILVER HILL RD | 1 | LC 1263/ 124 | 1/22/2003 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-23 | SECHREST WALTERS & CYNTHIA G | 8 | SILVER HILL RD | 1 | LC 971/ 107 | 6/30/1982 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-11 | KOHOUT PAUL S | 9 | SILVER HILL RD | 1 | LC 1127/0033 | 5/27/1994 | 0.93 | $12,409.05 | 2.b.(i) |
| 13-64-22 | KARKANTIS CLAUDIA KAY | 10 | SILVER HILL RD | 1 | LC 1156/0097 | 6/3/1996 | 0.93 | $12,409.05 | 2.b.(i) |
| 13-64-10 | WOLFMAN HELEN C | 11 | SILVER HILL RD | 1 | LC 1127/0084 | 6/1/1994 | 0.93 | $12,409.05 | 2.b.(i) |
| 13-64-21 | JAMES + SHEELA HICKMAN TRUSTEES | 12 | SILVER HILL RD | 1 | LC 1249/ 70 | 3/7/2002 | 0.97 | $12,409.05 | 2.b.(i) |
| 13-64-9 | DOELP GREGORY R | 13 | SILVER HILL RD | 1 | LC 1094/0129 | 5/1/1992 | 1.08 | $12,409.05 | 2.b.(i) |
| 13-64-20 | PUSCHAK PAUL ET UX TRUSTEES | 14 | SILVER HILL RD | 1 | LC 999/0025 | 1/22/1997 | 1.2 | $12,409.05 | 2.b.(i) |
| 13-64-8 | HUNTON DONALD E | 15 | SILVER HILL RD | 1 | LC 1100/0043 | 8/28/1992 | 0.93 | $12,409.05 | 2.b.(i) |
| 13-64-19 | BHAN AMIT | 16 | SILVER HILL RD | 1 | LC 1240/0033 | 7/23/2001 | 1.54 | $12,409.05 | 2.b.(i) |
| 13-64-7 | MOLASKEY JOHN M | 17 | SILVER HILL RD | 1 | LC 1263/ 4 | 1/6/2003 | 0.93 | $12,409.05 | 2.b.(i) |
| 13-64-18 | THORP JOHN M | 18 | SILVER HILL RD | 1 | LC 967/ 182 | 4/19/1983 | 1.58 | $12,409.05 | 2.b.(i) |
| 13-64-6 | PLUSKAL MALCOLM G | 19 | SILVER HILL RD | 1 | LC 1052/ 179 | 12/30/1988 | 1.19 | $12,409.05 | 2.b.(i) |
| 13-64-17 | WHITLEY CHRISTOPHER J | 20 | SILVER HILL RD | 1 | LC 1256/ 21 | 7/31/2002 | 1.87 | $12,409.05 | 2.b.(i) |
| 13-64-5 | TRAVERS ROBERT K | 21 | SILVER HILL RD | 1 | LC 1114/0080 | 8/2/1993 | 1.35 | $12,409.05 | 2.b.(i) |
| 13-64-16 | MILLER CHARLES W | 22 | SILVER HILL RD | 1 | LC 976/ 110 | 10/25/1983 | 2.43 | $12,409.05 | 2.b.(i) |
| 13-64-4 | MAHER EDWARD F | 23 | SILVER HILL RD | 1 | LC 1222/0073 | 6/7/2000 | 1 | $12,409.05 | 2.b.(i) |
| 13-64-27 | GREENE JAMES N | 2 | TENNEY CIR | 1 | LC 1127/0051 | 5/27/1994 | 0.92 | $12,409.05 | 2.b.(i) |
| 13-64-32 | STROMBERG GEORGE A | 3 | TENNEY CIR | 1 | LC 1267/ 101 | 4/30/2003 | 0.93 | $12,409.05 | 2.b.(i) |
| 13-64-29 | BABISH JAMES F | 4 | TENNEY CIR | 1 | LC 1122/0109 | 1/11/2000 | 0.94 | $12,409.05 | 2.b.(i) |
| 13-64-31 | KINICKI ROBERT E | 5 | TENNEY CIR | 1 | LC 1057/0015 | 5/12/1989 | 1.85 | $12,409.05 | 2.b.(i) |
| 13-64-30 | KOLB ERIC S | 6 | TENNEY CIR | 1 | LC 1178/0080 | 10/7/1997 | 1.01 | $12,409.05 | 2.b.(ii) |
| H3.A-32-69 | DRAKE KAREN C K | 69 | SCHOOL ST | 0.67 | LC 11977096 | 1/23/2002 | 0 | $8,314.06 | 2.b.(ii) |
| H3.A-32-71 | MOSSESSIAN DMITRI | 71 | SCHOOL ST | 1 | LC 59/0119 | 10/30/1997 | 0 | $12,409.05 | 2.b.(iii) |
| G3-10-101 | NICHOLSON ROSEMARY TRUSTEE | 360 | MASS AV | 6.97 | LC U 33/ 23 | 7/25/1988 | 0 | $86,491.08 | 2.b.(iv) |
| 14-5 | WR GRACE & CO | 50 | INDEPENDENCE RD | 254.83 | LC 411/ 001 | 5/19/1947 | 130 | $3,162,198.21 | 2.b.(iv) |
| H3-251 | WR GRACE & CO | 88 | PARKER ST | 17.66 | LC 382/ 365 | | 8.11 | $219,143.82 | 2.b.(v) |
| G3-10-102 | CONCORD-ASSABET FAM + ADOL | 380 | MASS AV | 6.97 | LC 52/0132 | 8/7/1995 | 0 | $86,491.08 | |

# EXHIBIT 2

# EXHIBIT #2

## LIST OF STREETS AND WAYS WITHIN THE MIDDLE FORT POND BROOK SEWER AREA

Abel Jones Place
Adams Street
Beverly Road
Carlton Drive
Carriage Drive
Chadwick Street
1-36 Charter Street
Clover Hill Road
Concetta Circle
Doris Road
Dunham Lane[1]
Faulkner Hill Road
Fox Hill Road
Francine Road

Gerald Circle
Giaconda Avenue
Hennessey Road
213-276 High Street
Hillcrest Drive
Independence Road
Kelley Road
59-307 Main Street
Maple Street
21-39 Martin Street
360-472 Mass. Ave.
Nadine Road
Nylander Way
Olde Surrey Drive

140-257 Parker Street
Pond View Drive
Putter Drive
Puritan Road
60-159 Prospect Street
Railroad Street
River Street
Robert Road
1-125 School Street
Silver Hill Road
St. James Circle
Tenney Circle
Vanderbelt Road

---

[1]     Dunham Lane is a private way having a privately constructed sewer line that is connected to the public sewer in High Street referenced above. Dunham Lane is included on this list because (a) by Decision 01-01 dated April 11, 2001, the Acton Planning Board approved the definitive subdivision plan for Dunham Park with the requirement that five lots "shall be connected to the public sewer system" and additional lots on the site "shall be connected to the public service system" if the Sewer Commissioners so allow (Conditions 3.3.2 and 3.3.3); (b) on the request of the developer and lot owners of the Dunham Park Subdivision, the Acton Board of Selectmen acting as the Acton Sewer Commissioners has authorized all buildable lots in the Dunham Park subdivision to be serviced by the public sewer in High Street (either directly or by means of the sewer constructed in Dunham Lane itself); (c) the Dunham Lane sewer is in fact connected to the public sewer in High Street, (d) the buildable house lots in Dunham Park are or imminently will be connected to thereto; and (e) under these circumstances, the Sewer Commissioners have determined that it is appropriate to issue separate sewer betterment assessments for each of the separate house lots in Dunham Park because those lots are, will be, and by the terms of the Planning Board's approval must be serviced by the public sewer in High Street (either because the lots abut High Street itself, which is a public sewered street, or because the lots are and will be serviced by public sewerage through the Dunham Lane sewer line connection to the public sewer in High Street).

# EXHIBIT 3



Exhibit #3
TOWN OF ACTON
Sewer Commissioners
Final Order of Construction
Middle Fort Pond Brook
Sewer Betterment Area

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                          Chapter 11

W.R. Grace & Co., *et al.*,                     Case No. 01-01139 (JKF)
                                                Jointly Administered
                    Debtors.

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS
NEW CASTLE COUNTY      )

   Barbara J. Rost, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for Colonial Energy, Inc. in the above-referenced cases, and on this 6th day of October, 2004, she caused a copy of the following documents:

## TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS

to be served upon the parties on the attached list via U.S. First Class mail, postage paid.

.

         _____
         Barbara J. Rost

SWORN TO AND SUBSCRIBED before me this 6th day of October, 2004.

         _____
         Notary Public
         My Commission Expires: _____

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esq.
Scotta McFarland, Esq.
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

(Local Counsel to DIP Lender)
Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801-3549

William H. Sudell, Jr., Esq.
Eric D. Schwartz, Esq.
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel to Travelers Casualty and Surety
Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeffrey C. Wisler, Esq.
Michelle McMahon, Esq.
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Property Damage Claimants)
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Joseph Grey, Esq.
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esq.
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Laurie Selber Silverstein, Esq.
Monica Leigh Loftin, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

(United States Trustee)
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

(Counsel for General Electric Corporation)
Todd C. Schiltz, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

(Counsel to Century Indemnity Company)
Curtis Crowther, Esq.
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

(Counsel to First Union Leasing)
John D. Demmy, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

(Counsel to Potash Corp.)
Aaron A. Garber, Esq.
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE  19899-1709

(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esq.
James H. Joseph, Esq.
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esq.
Elzufon Austin Reardon Tarlov & Mondell,
P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Thomas G. Macauley
Zuckerman Spaeder LLP
919 Market Street, Ste. 1705
Wilmington, DE  19801

(Counsel to Mark Hankin and HanMar
Associates)
Thomas G. Whalen, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esq.
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

(Counsel to Royal Insurance)
Megan N. Harper, Esq.
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801

(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

(L.A. Unified School District)
William F. Taylor, Jr., Esq.
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

Frederick B. Rosner, Esq.
Jaspan Schlesinger Hoffman, LLP
1201 N. Orange Street
Suite 1001
Wilmington, DE 19801

(Counsel to Debtor)
James H.M. Sprayregen, Esq.
James Kapp, III, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

(Canadian Counsel to Debtor)
Derrick Tay, Esq.
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

(Counsel to Equity Committee)
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022-3852

(Counsel to Sealed Air Corporation)
D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Todd Meyer, Esq.
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Michael A. Berman, Esq.
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

James D. Freeman, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Jon L. Heberling, Esq.
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

Patrick L. Hughes, Esq.
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

David S. Heller, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Charles E. Boulbol, Esq.
26 Broadway, 17th Floor
New York, NY  10004

Ira S. Greene, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

James A. Sylvester, Esq.
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Steven J. Johnson, Esq.
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

Charlotte Klenke, Esq.
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

David S. Rosenbloom, Esq.
Jeffrey E. Stone, Esq.
Lewis S. Rosenbloom, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esq.
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY  10152

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

(Counsel to Asbestos Claimants)
Steven T. Baron, Esq.
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esq.
John J. Winter, Esq.
William M. Aukamp, Esq.
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

Alan R. Brayton, Esq.
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Shelby A. Jordan, Esq.
Nathaniel Peter Holzer. Esq.
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Courtney M. Labson, Esq.
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esq.
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY 10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY 10006

John P. Dillman, Esq.
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS 39202

Paul M. Baisier, Esq.
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA 30309

Christopher L. Beard, Esq.
The Beard Group
502 W. Patrick Street
Frederick, MD 21701-4002

Bernice Conn, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

Steven R. Schlesinger, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

Steven J. Kherkher, Esq.
Laurence G. Tien, Esq.
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA 98104-1158

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esq.
Ropes & Gray
One International Place
Boston, MA 02110-2624

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Joseph T. Kremer, Esq.
Lipsitz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esq.
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Robert Jacobs, Esq.
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esq.
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esq.
Attn: Sheree L. Kelly, Esq.
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esq.
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esq.
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

(Counsel to numerous asbestos claimants)
Damon J. Chargois, Esq.
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX  76011

(Counsel to Berry & Berry)
C. Randall Bupp, Esq.
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID  83536-9229

(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esq.
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

Jonathan H. Alden, Esq.
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant
County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

M. Diane Jasinski, Esq.
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY  10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C. 20004-1109

Steven R. Bourne, Esq.
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

Judy D. Thompson, Esq.
S. Andrew Jurs, Esq.
Poyner & Spruill, L.L.P.
One Wachovia Center
301 S. College Street
Suite 2300
Charlotte, NC 28202

Daniel H. Slate, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esq.
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert H. Rosenbaum, Esq.
M. Evan Meyers, Esq.
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Dorine Vork, Esq.
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

David Aelvoet, Esq.
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Robert Cimino, Esq.
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esq.
P.O. Box 617
Odessa, DE  19730

(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esq.
Nancy Draves, Esq.
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

Anne Marie P. Kelley, Esq.
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esq.
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY  10017-4024

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

(Counsel to Commissioner of Revenue)
Michael B. Willey, Esq.
Legal Services, 27th Floor
312 8th Avenue North
Nashville, TN  37243

Jeffrey L. Glatzer, Esq.
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Thomas V. Askounis, Esq.
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esq.
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC  29201-1708

Melanie S. Kaufman
938A Stanyan Street
San Francisco, CA  94117-3807

Michael H. Pinkerson, Esq.
James M. Garner, Esq.
Sher Garner Cahill Richter Klein McAlister
& Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

William H. Johnson, Esq.
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490

(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esq.
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122

(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esq.
Pamela H. Walters, Esq.
14910 Aldine-Westfield Road
Houston, TX 77032

DAP Products, Inc.
c/o Julien A. Hecht, Esq.
2400 Boston Street, Suite 200
Baltimore, MD 21224

Steven B. Flancher, Esq.
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esq.
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

(Counsel to LaVantage Solutions)
Matthew A. Porter, Esq.
Bernard J. Bonn III, Esq.
Dechert LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116

(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esq.
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esq.
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esq.
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

(Comptroller of Public Accounts of the State
of Texas)
Kay D. Brock, Esq.
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Cynthia C. Hemme, Esq.
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

(Counsel to Amalgamated Industries and
Service Workers Benefit Fund)
Judith Greenspan, Esq.
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

Donna J. Petrone, Esq.
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

(Counsel to Potash Corp.)
David W. Wirt, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

Alan H. Katz, Esq.
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX  75201-2689

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esq.
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esq.
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60610

Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ  85004

Coudert Brothers
Attn:  Joseph D. Farrell, Esq. and Edward H.
Tillinghast, III, Esq.
1114 Avenue of the Americas
New York, NY  10036

Margery N. Reed, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

(Counsel to Marco Barbanti)
Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466

(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esq.
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

(The Baupost Group LLC)
Gary M. Becker, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

(Attorney General of PA(Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

(W.C. Baker, E.E. Jaques, B.H. Miller, M.R.
Fisher, S.R. Ormsbee, M. Rea and the Fisher
Trust)
Richard B. Spector, Esq.
Mark M. Monachino, Esq.
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086

(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esq.
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA 90071

(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Craig A. Slater, Esq.
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY 14202

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

(Counsel to Travelers Casualty and Surety
Company)
Lynn K. Neuner, Esq.
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esq.
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Jonathan D. Berger, Esq.
Russell Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

(Counsel to CMGI)
Paul P. Daley, Esq.
George W. Shuster, Jr., Esq.
Hale and Dorr LLP
60 State Street
Boston, MA 02109

(Counsel to Louis S. Robles, Esq. and
Robles Law Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103

(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esq.
Richard G. Placey, Esq.
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esq.
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Theresa L. Wasser, Esq.
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222

(Counsel to Crossroads Industrial Park, Inc.
and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

(Counsel to Westcor)
Don C. Fletcher, Esq.
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esq.
Elaine Z. Cole, Esq.
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY 14604

James J. Restivo, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

(Counsel to William B. Dunbar)
Ted N. Pettit, Esq.
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813

(Counsel to West Group)
Michael S. Sandberg, Esq.
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esq.
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esq.
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

(Counsel to Royal Insurance)
Carl Pericone, Esq.
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY 10019-5639

(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esq.
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070

(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esq.
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

(Counsel to Carrollton-Farmers Branch
Independent School District)
Andrea Sheehan, Esq.
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esq.
Cohn & Whitesell LLP
101 Arch Street
Boston, MA 02110

(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

(Inventory Attorneys on behalf of all clients
of the Robles law firm)
Thomas Tew, Esq.
Jeffrey Tew, Esq.
Tew Cardenas Rebak Kellogg Lehman
DeMaria Tague Raymong & Levin, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL 33131

(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

(Federal Insurance Company)
Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA 92110-2052

Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY 10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Peter D. Bilowz, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

(Fireman's Fund Insurance Company)
Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

Ed Cottingham, Jr., Esq.
Motley Rice LLP
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC 29465

John Preefer, Esq.
John Preefer
60 East 42nd Street, Suite 1201
New York, NY 10165

Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

David E. Wilks, Esq.
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801
(Gamma Holding, NV)

(Spaulding & Slye Construction LP)
Bruce D. Levin, Esq.
Peter B. McGlynn, Esq.
125 Summer Street, Suite 1300
Boston, MA 02110

James Sottile, Esq.
Zuckerman Spaeder LLP
1201 Connecticut Avenue, N.W.
Suite 600
Washington, DC 20036

Primex Plastics Corp.
1235 North F Street
Richmond, IN 47374