## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


September 30, 2004

In Reference To:      Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10524

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 9/1/2004 | CO | draft of project category spreadsheet 12th interim period | 2.00 | 80.00 |
|  | JBA | Update database with Tersigni 7.04 e-detail | 0.10 | 4.00 |
| 9/2/2004 | MWS | review copy of email from Warren H. Smith to Conway firm regarding effective hourly rate issue. | 0.10 | 20.00 |
|  | JBA | draft WRG Project Category Spreadsheet for 12th Interim applications | 2.50 | 100.00 |
| 9/3/2004 | JBA | draft WRG Project Category Spreadsheet for 12th Interim | 2.00 | 80.00 |
|  | JBA | Electronic filing with court of Final Reports re: Conway 12th Interim (.2), and Omnibus No Objections 12th Interim (.2) | 0.40 | 16.00 |
|  | SLB | complete review and corrections of 12th Interim category spreadsheet and draft of 12th Interim fee & expenses charts (8.8) | 8.80 | 1,144.00 |
|  | WHS | revise amended final report re Conway | 0.50 | 137.50 |
| 9/6/2004 | JAW | draft summary of Provitis June, 2004, monthly invoice (1.2) | 1.20 | 162.00 |

| W.R. Grace & Co. | | | | Page | 2 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 9/7/2004 | CO | Update database with 04.01.04 through 06.30.04 Interim Fee Application of Hamilton (.10); 04.01.04 through 06.30.04 Interim Fee Application of Bilzin (.10); 04.01.04 through 06.30.04 Interim Fee Application of Stroock (.10) | | 0.30 | 12.00 |
| | JBA | draft WRG Project Catergory Spreadsheet for 12th Interim | | 1.70 | 68.00 |
| 9/8/2004 | WHS | left detailed telephone voicemail for Jan Baer re K&E fee app | | 0.10 | 27.50 |
| | PGS | Preparation of August 2004 Monthly Invoice of WHS | | 0.70 | 56.00 |
| 9/9/2004 | PGS | Preparation of CNO for July 2004 | | 0.10 | 8.00 |
| | PGS | Electronic filing with court of August 2004 Monthly Invoice of WHS | | 0.10 | 8.00 |
| | WHS | receive and review 8 misc pleadings | | 0.10 | 27.50 |
| 9/10/2004 | PGS | Electronic filing with court of CNO for July 2004 Monthly Invoice of WHS | | 0.10 | 8.00 |
| 9/15/2004 | CO | Update database with 07.04 Monthly Invoice of Smith (.10); 06.04 Monthly Invoice of Holme (.10); 07.04 Monthly Invoice of Stroock (.10); 07.04 Monthly Invoice of Campbell (.10); 06.04 and 05.04 Monthly Invoice of Austern (.10); 07.04 Monthly Invoice of Caplin (.10); 07.04 Monthly Invoice of Legal Analysis (.10); 06.04 Monthly Invoice of Kirkland (.10); 07.04 Monthly Invoice of Klett (.10); 07.04 Monthly Invoice of Nelson (.10); 07.04 Monthly Invoice of Latham (.10) | | 1.10 | 44.00 |
| | JBA | Update database with Bilzin 7.04 e-detail, and Hamilton 7.04 e-detail | | 0.10 | 4.00 |
| 9/16/2004 | CO | Update database with 04.01.04 through 06.30.04 Interim Fee Application of Woodcock (.10); 04.01.04 through 06.30.04 Interim Fee Application of Wallace (.10); 01.01.04 through 03.31.04 Interim Fee Application of Deloitte (.10); 04.01.04 through 06.30.04 Interim Fee Application of Pitney (.10) | | 0.40 | 16.00 |

W.R. Grace & Co.                                                                                                              Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/17/2004 | WHS | receive and review 17misc pleadings | 0.10 | 27.50 |
| 9/21/2004 | CO | Update database with 07.04 Monthly Invoice of Hamilton (.10); 07.04 Monthly Invoice of Bilzin (.10) | 0.20 | 8.00 |
| 9/22/2004 | CO | Update database with 04.01.04 through 06.30.04 Interim Fee Application of Ferry (.10) | 0.10 | 4.00 |
| 9/23/2004 | CO | Update database with 07.04 Monthly Invoice of Kirkand (.10); 04.04 and 06.04 and 05.04 Monthly Invoice of Steptoe (.20); 07.04 Monthly Invoice of Pitney (.10); 07.04 Monthly Invoice of Woodcock (.10); 08.04 Monthly Invoice of Carella (.10); 07.04 Monthly Invoice of Casner (.10) | 0.70 | 28.00 |
| 9/27/2004 | CO | Update database with 01.01.03 through 06.30.04 Interim Fee Application of Latham (.10); 05.04 and 06.04 and 07.04 Monthly Invoice of Goodwin (.20);  08.04 Monthly Invoice of Nelson (.10); 07.04 Monthly Invoice of Wallace (.10) | 0.50 | 20.00 |
|  | CO | Update database with 08.04 Monthly Invoice of Duane (.10); 08.04 Monthly Invoice of Stroock (.10); 04.01.04 through 06.30.04 Interim Fee Application of Elzufon (.10); 04.04 and 05.04 and 06.04 Monthly Invoice of Lukins (.20); 07.04 Monthly Invoice of Pricewaterhouse (.10) | 0.60 | 24.00 |
|  | JBA | Update database with Austern, Future Claimants 5.04 and 6.04 e-detail | 0.10 | 4.00 |
|  | JBA | research regarding Order Approving Fee for the 12th Interim Period | 0.10 | 4.00 |
| 9/28/2004 | WHS | draft e-mail to Will Sparks re hearing | 0.20 | 55.00 |
| 9/29/2004 | JBA | Update database with Bilzin 8.04 e-detail | 0.10 | 4.00 |

**For professional services rendered**                                                                          **25.10   $2,201.00**

W.R. Grace & Co.                                                                 Page    4

Additional Charges :

| | Price | Amount |
|---|---|---|
| Westlaw Chages for August 2004 | 82.26 | 82.26 |
| Third party copies & document prep/setup of Final Report of Richardson, Elzufon and Wallace for the period 01.01.04 - 03.31.04 | 50.65 | 50.65 |
| Third party copies & document prep/setup of Final Report of Kirkland for the period 01.01.04 - 03.31.04; Final Report of FTIPM for the period 01.01.04 - 02.03.04 | 39.63 | 39.63 |
| Third party copies & document prep/setup of Amended Final Report of Conway for the period 01.01.04 - 03.31.04 | 59.15 | 59.15 |
| Third party copies & document prep/setup of August 2004 Monthly Invoice of WHS | 28.06 | 28.06 |

**Total costs**                                                                                          **$259.75**

**Total amount of this bill**                                                 **$2,460.75**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney Orent | 5.90 | 40.00 | $236.00 |
| James A Wehrmann | 1.20 | 135.00 | $162.00 |
| Jeff B. Allgood | 7.10 | 40.00 | $284.00 |
| Mark W Steirer | 0.10 | 200.00 | $20.00 |
| Priscilla G Stidham | 1.00 | 80.00 | $80.00 |
| Stephen L. Bossay | 8.80 | 130.00 | $1,144.00 |
| Warren H Smith | 1.00 | 275.00 | $275.00 |