IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON OCTOBER 18, 2004 AT 9:00 A.M.
AND OCTOBER 19, 2004 AT 9:00 A.M., IN PITTSBURGH,
PENNSYLVANIA BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**CONTESTED MATTERS**[1]

1.  W. R. Grace & Co.'s Motion for Summary Judgment (Docket No. 4009) **Volume 1, Tab 1.**

    **Related Documents:**

    a.  Brief of W. R. Grace & Co. In Support of Motion for Summary Judgment (Docket No. 4009) **Volume 1, Tab 1(A).**

    b.  [Proposed] Order Granting Brief of W. R. Grace & Co. In Support of Motion for Summary Judgment (Docket No. 4009) **Volume 1, Tab 1(B).**

    c.  Appendix to W. R. Grace & Co.'s Motion for Summary Judgment (Volume 1 of 2) (Docket No. 4011) **Volume 1, Tab 1(C)** **[Exhibits A to F, including Expert Reports of Dr. Elizabeth L. Anderson (E) and Dr. Morton Corn (F)].**

    d.  Appendix to W. R. Grace & Co.'s Motion for Summary Judgment (Volume 2 of 2) (Docket No. 4013) **Volume 2, Tab 1(D)** **[Exhibits G to V, including Expert Reports of Dr. Richard Lee (G), Dr. William A. Hughson (H), and Dr. E.B. Ilgren (S)].**

    e.  Amended Notice of W. R. Grace & Co.'s Motion for Summary Judgment (Docket No. 4070) **Volume 2, Tab 1(E).**

    **Responses Received:**

    a.  United States' Statement Regarding Asbestos Analysis Issues in W. R. Grace's Motion for Summary Judgment and Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4173) **Volume 2, Tab A.**

---

[1] Parenthetical References are to the Court's Binders.

b.  Claimants' Response to W. R. Grace's Motion for Summary Judgment (Docket No. 4204) **Volume 2, Tab B.**

  i.  Notice of Filing of Exhibits 1 through 29 [Re: Claimants' Response to W. R. Grace's Motion for Summary Judgment] (Docket No. 4215) **Volume 3 [including Expert Reports of Richard Hatfield and Dr. William Longo (NO. 24)].**

  ii. Notice of Filing of Exhibits 30 through 60 [Re: Claimants' Response to W. R. Grace's Motion for Summary Judgment] (Docket No. 4216) **Volume 3, Exhibits 30-50 and Volume 4, Exhibits 51-60 [including Expert Report of William M. Ewing (No. 47)].**

  iii. Notice of Filing of Exhibits 61 through 89 [Re: Claimants' Response to W. R. Grace's Motion for Summary Judgment] (Docket No. 4217) **Volume 4, Exhibits 61-89.**

c.  Reply of W. R. Grace & Co. to United States' Statement Regarding Asbestos Analysis Issues in W. R. Grace's Motion for Summary Judgment and Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4296) **Volume 5, Tab C.**

d.  Reply of W. R. Grace & Co. to ZAI Claimants' Response to Grace's Motion for Summary Judgment (Docket No. 4298) **Volume 5, Tab D.**

  i.  Appendix to Reply of W. R. Grace & Co. to ZAI Claimants' Response to Grace's Motion for Summary Judgment (Docket No. 4298) **Volume 5, A-E.**

2. Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4022) **Volume 6, Tab 2.**

**Related Documents:**

a.  Memorandum in Support of the Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4022) **Volume 6, Tab 2(A).**

b.  Attachments 1 through 11 Re: Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4022) **Volume 6, Tab 2(B).**

c.  Attachments 12 through 22 Re: Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4023) **Volume 7, Tab 2(C).**

d.  Attachments 23 through 33 Re: Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4025) **Volume 7, Tab 2(D).**

**Responses Received:**

a. United States' Statement Regarding Asbestos Analysis Issues in W. R. Grace's Motion for Summary Judgment and Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4173) **Volume 8, Tab A.**

b. Opposition of W. R. Grace & Co. to Claimants' Motion to Exclude Dr. R. J. Lee's Opinion on Cleavage Fragments (Docket No. 4206) **Volume 8, Tab B.**

   i. Affidavit of Richard J. Lee, Ph.D. (Docket No. 4206) **Volume 8, Tab B.**

   ii. Exhibit 1 to the Affidavit of Richard J. Lee, Ph.D. (Docket No. 4206) **Volume 8, Tab B.**

   iii. Exhibits 2 Through 13 to the Affidavit of Richard J. Lee, Ph.D. (Docket No. 4207) **Volume 8, Tab B.**

   iv. Exhibits 14 Through 20 to the Affidavit of Richard J. Lee, Ph.D. (Docket No. 4208) **Volume 8, Tab B.**

   v. Exhibits 21 Through 26 to the Affidavit of Richard J. Lee, Ph.D. (Docket No. 4209) **Volume 8, Tab B.**

c. Claimants' Reply to W. R. Grace's Response to Claimants' Motion to Exclude Dr. R. J. Lee's Opinion on Cleavage Fragments (Docket No. 4293) **Volume 8, Tab C.**

d. Reply of W. R. Grace & Co. to United States' Statement Regarding Asbestos Analysis Issues in W. R. Grace's Motion for Summary Judgment and Claimants' Motion to Exclude Dr. R.J. Lee's Opinion on Cleavage Fragments (Docket No. 4296) **Volume 8, Tab D.**

3. ZAI Claimants' Motion for Summary Judgment [Re: issues that: (1) ZAI can contaminate Homes/Pose an Unreasonable Danger Upon Disturbance; and (2) ZAI Claimants have viable claims under tort and/or other legal theories] (Docket No. 4018) **Volume 9, Tab 3.**

**Related Documents:**

a. Memorandum in Support of the ZAI Claimants' Motion for Summary Judgment (Docket No. 4018) **Volume 9, Tab 3(A).**

b. Attachments 1 Through 27 to Memorandum in Support of the ZAI Claimants' Motion for Summary Judgment (Docket No. 4018) **Volume 9, Tab 3(B).**

c. Attachments 28 Through 54 to Memorandum in Support of the ZAI Claimants' Motion for Summary Judgment (Docket No. 4019) **Volume 10, Tab 3(C).**

    d.    Attachments 55 Through 94 to Memorandum in Support of the ZAI Claimants' Motion for Summary Judgment (Docket No. 4020) **Volume 10, Tab 3(D).**

**Responses Received:**

a.    Opposition of W. R. Grace & Co. to Claimants' Motion for Summary Judgment (Docket No. 4205) **Volume 11, Tab A.**

b.    Claimants' Reply to W. R. Grace's Response to Claimants' Motion for Summary Judgment (Docket No. 4294) **Volume 11, Tab B.**

    i.    Attachments 1-22 to Claimants' Reply to W. R. Grace's Response to Claimants' Motion for Summary Judgment (Docket No. 4306) **Volume 11, Tab B.**

4.    Zonolite Attic Insulation Claimants' Motion for Partial Summary Judgment (Docket No. 4007) **Volume 12, Tab 4.**

**Related Documents:**

a.    Zonolite Attic Insulation Claimants' Memorandum in Support of Motion for Partial Summary Judgment Re: W. R. Grace's Consumer Protection Liability (Docket No. 4007) **Volume 12, Tab 4(A).**

b.    Declaration of Danell W. Scott in support of Zonolite Attic Insulation Claimants' Memorandum in Support of Motion for Partial Summary Judgment Re: W. R. Grace's Consumer Protection Liability (Docket No. 4007) **Volume 12, Tab 4(B).**

c.    Corrected Zonolite Attic Insulation Claimants' Memorandum in Support of Motion for Partial Summary Judgment Re: W. R. Grace's Consumer Protection Liability (Docket No. 4028) **Volume 12, Tab 4(C).**

d.    Corrected Appendices to Zonolite Attic Insulation Claimants' Memorandum in Support of Motion for Partial Summary Judgment Re: W. R. Grace's Consumer Protection Liability (Docket No. 4028) **Volume 12, Tab 4(D).**

**Responses Received:**

a.    Grace's Memorandum in Opposition to ZAI Claimants' Motion for Partial Summary Judgment Regarding Consumer Protection Act Claims (Docket No. 4175) **Volume 12, Tab A.**

b.    Zonolite Attic Insulation Claimants' Reply to Grace's Memorandum in Opposition to ZAI Claimants' Motion for Partial Summary Judgment Re: W. R. Grace's Consumer Protection Liability (Docket No. 4291) **Volume 12, Tab B.**

5. Debtors' Motion *In Limine* to Exclude Evidence of Any Alleged Damages from the ZAI Science Trial (Docket No. 4012) **Volume 13, Tab 5.**

   **Related Documents:**

   a. Memorandum in Support of Debtors' Motion *In Limine* to Exclude Evidence of Any Alleged Damages From the ZAI Science Trial (Docket No. 4012) **Volume 13, Tab 5(A).**

   b. [Proposed] Order Granting Debtors' Motion *In Limine* to Exclude Evidence of Any Alleged Damages from the ZAI Science Trial (Docket No. 4012) **Volume 13, Tab 5(B).**

   c. Amended Notice of Debtors' Motion *In Limine* to Exclude Evidence of Any Alleged Damages from the ZAI Science Trial (Docket No. 4072) **Volume 13, Tab 5(C).**

   **Responses Received:**

   a. Response of ZAI Claimants' to Debtors Motion *In Limine* to Exclude Evidence of Any Alleged Damages from the ZAI Science Trial (Docket No. 4202) **Volume 13, Tab 5(A).**

      i. Appendix to Response of ZAI Claimants' to Debtors Motion *In Limine* to Exclude Evidence of Any Alleged Damages from the ZAI Science Trial (Docket No. 4202) **Volume 13, Tab A.**

   b. Reply in Support of Debtors' Motion *In Limine to* Exclude Evidence of Any Alleged Damages from the ZAI Science Trial (Docket No. 4297) **Volume 13, Tab B.**

6. Debtors' Motion to Consolidate the Actions of ZAI Claimants Pursuant to Rule 42 (Docket No. 4010) **Volume 13, Tab 6.**

   **Related Documents:**

   a. [Proposed] Order Granting Debtors' Motion to Consolidate the Actions of ZAI Claimants Pursuant to Rule 42 (Docket No. 4010) **Volume 13, Tab 6(A).**

   b. Amended Notice of Debtors' Motion to Consolidate the Actions of ZAI Claimants Pursuant to Rule 42 (Docket No. 4071) **Volume 13, Tab 6(B).**

   **Responses Received:**

   a. Claimants' Response to Debtors' Motion to Consolidate the Actions of ZAI Claimants Pursuant to Rule 42 (Docket No. 4203) **Volume 13, Tab A.**

Dated: October 7, 2004

REED & SMITH LLP
James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
James W. Bentz
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone: (412) 288-3131
Facsimile: (412) 288-3063

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession