IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Megan N. Harper, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Thomas O. Bean of Nutter McClennen & Fish LLP (the "Admittee"), to represent the Town of Acton, Massachusetts in this action. The Admittee is admitted, practicing and in good standing of the bars of the First Circuit Court of Appeals, the United States District Court for the District of Massachusetts, the Commonwealth of Massachusetts and the State of Rhode Island.

LANDIS RATH & COBB LLP

Megan N. Harper (No. 4103)
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Thomas O. Bean
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02110
(617) 439-2348

Motion granted.          BY THE COURT:


Date: _____          _____
                                United States Bankruptcy Court Judge


470.001-5196.DOC