

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

October 06, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#   2147

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

| Date | Atty | Description | **Hours** |
|---|---|---|---|
| 08/02/2004 | CHM | Review and comment on Hogan evidentiary memo (1.5). | 1.50 |
| 08/12/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (7.6). | 7.60 |
| 08/16/2004 | WFH | Review and comment on draft evidentiary memo prepared by Mr. Hogan (0.8); follow-up research in connection with same (0.5); review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (7.4). | 8.70 |
| 08/16/2004 | CHM | Conference with Hogan re Findings of Fact. (1.0) | 1.00 |
| 08/17/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (8.8). | 8.80 |
| 08/18/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (8.2). | 8.20 |
| 08/19/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (5.3); work on proposed findings (2.5). | 7.80 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/20/2004 | WFH | Review and analyze trial transcript and exhibits in connection with preparing proposed findings and trial brief (2.6); work on proposed findings (4.8). | 7.40 |
| 08/23/2004 | CHM | Travel to Buffalo New York (1.5). (Note: Travel time billed at 50%). | 0.70 |
| 08/23/2004 | CHM | Work on Post-Trial Findings of Fact. (7.0) | 7.00 |
| 08/24/2004 | CHM | Return to Washington, DC from Buffalo New York (1.5). (Note: Travel time billed at 50%.) | 0.70 |
| 08/24/2004 | CHM | Work on Post-Trial Findings of Fact. (7.0) | 7.00 |
| 08/25/2004 | CHM | Various conference calls re Third Circuit Stay denial. (1.8); Conference with client re same. (0.3). | 2.10 |
| 08/31/2004 | WFH | Work on trial brief and proposed findings of fact (6.9). | 6.90 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 75.40 | 30,552.00 |

Disbursements:

| | |
|---|---|
| C. Marraro - Working lunch on 8/3/04 (1 person) | 6.04 |
| Telephone | 67.10 |
| Federal Express | 16.34 |
| Total disbursements | $89.48 |
| Total Amount of This Bill | $30,641.48 |
| Balance Due | $30,641.48 |

## Timekeeper Summary

| Name | Title | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 20.00 | $475.00 |
| Hughes, William F. | Counsel | 55.40 | $380.00 |

**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Wallace
King
& Marraro
Branson

Phone 202.204.1000
Fax 202.204.1001

October 06, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#   2148

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | **Hours** |
|---|---|---|---|
| 08/01/2004 | WFH | Review EPA risk assessment guidance documents obtained by Mr. Moasser and follow-up research re same in connection with RCRA argument (2.4); work on CERCLA and Spill Act sections of 3rd Cir. brief (5.9). | 8.30 |
| 08/02/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.5); review and analyze document to be integrated into existing case files (.6). | 1.10 |
| 08/02/2004 | DMD | Memo to Mr. Hughes on standard of review by Court of Appeals (.2). | 0.20 |
| 08/02/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (9.8). | 9.80 |
| 08/02/2004 | CHM | Prepare brief (5.0). | 5.00 |
| 08/02/2004 | MM | Telephone conference with Mr. Marraro re: review, revising and completing a complete cite check of pending brief to be filed (i.e., The District Court's Injunction as to this Unique Toxic Site is Authorized by RCRA at 7002 and is Supported by the Trial Record) (.2); preliminary review of stated brief received from Mr. Marraro via e-mail (.2); search Westlaw and Lexis re: missing cites and other miscellaneous missing information and revise stated brief accordingly (2.9). | 3.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/02/2004 | ACZ | Research re discretion on appointment of special master by district courts (3.3). | 3.30 |
| 08/03/2004 | NAB | Cite check principal brief (5.7); prepare daily correspondence log and e-mail same to case attorney (.4); review and analyze document to be integrated into existing case files (.7). | 6.80 |
| 08/03/2004 | DMD | Research re validity of injunction under NJ law (1.2); editing Marraro section of brief on injunction under RCRA (3.9). | 5.10 |
| 08/03/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (10.3). | 10.30 |
| 08/03/2004 | CHM | Prepare brief (8.5). | 8.50 |
| 08/03/2004 | MM | Continue to review and search Westlaw and Lexis for missing cites to be filed in pertaining pending brief (i.e., The District Court's Injunction as to this Unique Toxic Site is Authorized by RCRA at 7002 and is Supported by the Trial Record) and complete full cite check on stated brief (9.8); review and revise stated brief with current information and forward same to Mr. Marraro for review (1.1); forward hard copy of stated brief and complete cite check results to Mr. Marraro for review (.2); office conference with Mr. Marraro re: status of same (.2). | 11.30 |
| 08/03/2004 | ACZ | Additional research re appointment of special masters and CERCLA issues (1.2). | 1.20 |
| 08/04/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (5.2). | 5.80 |
| 08/04/2004 | DMD | Research on injunction under NJ law (1.6); drafting brief section on injunction under NJ law (.7); edit Marraro section of the brief on injunction under RCRA (2.1). | 4.40 |
| 08/04/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (10.8). | 10.80 |
| 08/04/2004 | CHM | Travel to New Jersey for meeting on 3rd Circuit brief (1.8). (Note Travel time billed at 50%; 10% or 1.6 here and 40% at end of statement). | 1.60 |
| 08/04/2004 | CHM | Prepare brief (7.5). | 7.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/04/2004 | ACZ | Research OSHA requirements applicable to construction workers (2.2); conference with Mr. Hughes re same (0.4). | 2.60 |
| 08/05/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (5.0). | 5.60 |
| 08/05/2004 | DMD | Conference with Mr. Hughes re statement of facts (.1); telephone conference with Mr. Marraro re statement of facts (.1); review District court Opinion, Honeywell brief, etc., re editing Statement of Facts in Grace brief (1.1). | 1.30 |
| 08/05/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (11.3). | 11.30 |
| 08/05/2004 | CHM | Prepare brief (8.5). | 8.50 |
| 08/05/2004 | ACZ | Research re clearly erroneous standard applicable to trial court findings of fact in CERCLA cases (3.1); conference with Mr. Hughes re same (0.5). | 3.60 |
| 08/06/2004 | DMD | Edit Statement of Facts in Grace brief in Third Circuit (6.5); research re drafting amicus brief (.4). | 6.90 |
| 08/06/2004 | WFH | Work on 3rd Cir. brief and conferences with Mr. Marraro, Agnello and staff re same (8.8). | 8.80 |
| 08/06/2004 | CHM | Prepare brief (7.5). | 7.50 |
| 08/06/2004 | CHM | Travel from Newark New Jersey to Washington D.C. (1.8) (Note: Travel time billed at 50%; 10% or 1.6 here and 40% at end of statement.) | 1.60 |
| 08/06/2004 | ACZ | Research re CERCLA contribution, waiver issues and joint tort feasor liability (2.6); conference with Mr. Hughes re same (0.4). | 3.00 |
| 08/07/2004 | DMD | Edit Statement of Facts (.3). | 0.30 |
| 08/07/2004 | WFH | Revisions to CERCLA, Spill Act and common law sections and research in connection with same (4.8). | 4.80 |
| 08/08/2004 | DMD | Edit Statement of Facts and Argument section of brief on appeal (5.3); draft Statement of Issues (.5). | 5.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/08/2004 | WFH | Legal research, cite checking and other work on 3rd Cir. brief (6.3); conferences with Mr. Marraro and staff re same (1.3). | 7.60 |
| 08/09/2004 | NAB | Cite check principal brief and make appropriate corrections and changes (7.1); prepare daily correspondence log and e-mail same to case attorneys (.4). | 7.50 |
| 08/09/2004 | DMD | Edit brief on appeal (3.5); research re permissible involvement in amicus brief (.4). | 3.90 |
| 08/09/2004 | WFH | Work on 3rd Cir. brief and appendix and confer with Messrs. Agnello, Marraro and Dorsen re same (11.9). | 11.90 |
| 08/09/2004 | CHM | Travel to New Jersey for meeting (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 08/09/2004 | CHM | Work on brief (8.0). | 8.00 |
| 08/09/2004 | ACZ | Research re chromium sites in New Jersey and email to Mr. Marraro re same (2.4). | 2.40 |
| 08/09/2004 | RMR | Prepare legislative history addendum (4.4). | 4.40 |
| 08/09/2004 | MJH | Conference with Bill Hughes regarding research of an appellate court's standard of review of a lower court finding of strict liability and other issues pertaining to the finalizing of the brief (1.2). | 1.20 |
| 08/10/2004 | NAB | Cite check principal brief and make appropriate corrections and changes (6.6); prepare daily correspondence log and e-mail same to case attorneys (.3). | 6.90 |
| 08/10/2004 | DMD | Edit brief on appeal (2.8); research on drafting brief on standards of review (1.2). | 4.00 |
| 08/10/2004 | WFH | Work on 3rd Cir. brief and appendix and conferences with Messrs. Agnello, Marraro and Dorsen re same (12.3). | 12.30 |
| 08/10/2004 | CHM | Prepare brief (8.5). | 8.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/10/2004 | ACZ | Conference with NJDEP re chromium sites and update research re same for Mr. Marraro (1.1); work on Appendix and other materials for Third Circuit brief (4.0). | 5.10 |
| 08/10/2004 | MLW | Analysis of Third Circuit authority pertaining to standard of review, and multiple conference with C. Marraro, J. Agnello, and B. Hughes regarding strategy for completion of appellate brief (2.3). | 2.30 |
| 08/10/2004 | RMR | Legislative history addendum (4.6). | 4.60 |
| 08/11/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2); review and analyze document to be integrated into existing case files (4.3). | 4.50 |
| 08/11/2004 | DMD | Research re involvement in amicus brief (.2). | 0.20 |
| 08/11/2004 | WFH | Work on finalizing 3rd Cir. brief and conferences with Mr. Marraro and staff re serving same (7.6); review and evaluate backlog of correspondence and parties' submittals in connection with appeal and site remediation (1.2) | 8.80 |
| 08/11/2004 | CHM | Travel from Newark New Jersey to Washington, D.C. (2.1) (Note: Travel time billed at 50%, 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 08/11/2004 | CHM | Prepare brief (8.5). | 8.50 |
| 08/11/2004 | MM | Continue to review, organize and cite check both Statement of Facts and Statement of Case to be filed on 8/11/04 in Philadelphia, PA (3.9); office conference with Mr. Hughes re: status of same (.3). | 4.20 |
| 08/11/2004 | ACZ | Conference with Messrs. Marraro and Hughes and Ms. Ross re appendix to brief and work on same (1.1). | 1.10 |
| 08/11/2004 | RMR | Legislative history addendum (1.1). | 1.10 |
| 08/12/2004 | NAB | Scan Proof Briefs (Grace/ECARG, Honeywell, etc.) and e-mail same to Mr. Senftleben, Mr. Marraro and Mr. Gordon (1.6); send information requested by Mr. Gordon (.2); prepare daily correspondence log and e-mail same to case attorneys (.4); review and analyze document to be integrated into existing case files (4.2). | 6.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/12/2004 | DMD | Research re involvement in amicus brief, including U. S. Supreme Court practice (.6); review proof brief for conversion to final brief (1.1). | 1.70 |
| 08/12/2004 | WFH | Review and evaluate ICO's appellate brief (8.8). | 8.80 |
| 08/12/2004 | CHM | Review final brief (2.1); prepare letter to M.G. Sprague re Joint Appendix (2.0); prepare letter to client re brief (0.2). | 4.30 |
| 08/13/2004 | NAB | Scan ICO's Proof Briefs and SSP's Amicus Brief and e-mail same to Mr. Gordon (.9); prepare daily correspondence log and e-mail same to case attorneys (.4); review and analyze document to be integrated into existing case files (3.9). | 5.20 |
| 08/13/2004 | DMD | Review proof brief for conversion to final brief (1.4). | 1.40 |
| 08/16/2004 | CHM | Review ICO brief (2.8); meeting with A. Nagy (2.5); conference with client (0.5). | 5.80 |
| 08/17/2004 | CHM | Meeting with T. Milch (3.0); conference with client (0.5); review Langan memo and comment (1.0). | 4.50 |
| 08/18/2004 | CHM | Travel to Newark New Jersey for Special Master meeting (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 08/20/2004 | CHM | Various conference calls re Amicus brief, PSE&G and other issues. (2.5) | 2.50 |
| 08/20/2004 | CHM | Travel from Newark New Jersey to Washington D.C. (1.8) (Note: Travel time billed at 50%, 10% or 1.6 here and 40% at end of statement.) | 1.60 |
| 08/24/2004 | RMM | Review case mail and email team re: same (0.6) | 0.60 |
| 08/26/2004 | CHM | Lengthy conference call with client (1.5); Conference with Mr. Agnello (0.5); review fee decision (1.5); prepare letter to client re various issues (0.8); conference with Mr. Milch (0.5). | 4.80 |
| 08/27/2004 | NAB | Produce documents requested by Mr. Marraro (1.2); prepare daily correspondence log and e-mail same to case attorneys (.5); review and analyze document to be integrated into existing case files (5.8). | 7.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/27/2004 | CHM | Lengthy conference call with client re Mr. Kreindler issues (2.5); prepare issues list (1.6); conference with Langan and Bowe re paving issues (1.0). | 5.10 |
| 08/31/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.7). | 0.70 |
| 08/31/2004 | WFH | Review and analyze courts' decisions on fee application and Honeywell stay motion and confer with team members re same (1.8). | 1.80 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 363.00 | 120,117.00 |

Disbursements:

| | |
|---|---|
| C. Marraro - Working lunch on 7/15/04 (1 person) | 10.95 |
| C. Marraro - Working lunch on 720/04 (1 person) | 10.95 |
| C. Marraro - Working lunch on 7/21/04 (1 person) | 5.60 |
| C. Marraro - Working lunch on 7/22/04 (1 person) | 6.03 |
| C. Marraro - Working lunch on 7/28/04 (1 person) | 6.04 |
| C. Marraro - Parking at airport on 7/23/04 | 20.00 |
| C. Marraro - Taxi to lunch with Akos Nagy on 7/27/04 | 18.00 |
| N. Bynum - Overtime transportation on 7/22/04 | 35.50 |
| C. Marraro - Taxi to Union Station for trip to NJ on 7/14/04 | 51.75 |
| M. Moasser - Amtrak ticket re filing brief in 3rd Cicuit on 7/02/04 | 258.00 |
| Copying | 856.05 |
| Outside printing | 26.44 |
| Facsimile | 40.50 |
| Telephone | 47.86 |
| Online research | 6,449.05 |
| Delivery services/messengers | 113.66 |
| Postage | 5.55 |
| C. Marraro - Working lunch 8/25/2004 | 9.85 |
| Overtime Transportation | 41.76 |
| Secretarial Overtime | 920.24 |
| Federal Express | 50.02 |
| Total disbursements | $8,983.80 |
| Total Amount of This Bill | $129,100.80 |
| Less Deduction of 40% of Fees Per Agreement | $48,046.80 |
| Balance Due | $81,054.00 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | 22.30 | $250.00 |
| Marraro, Christopher H. | Partner | 99.20 | $475.00 |
| Dorsen, David M. | Counsel | 35.20 | $350.00 |
| Henderson, Michael J. | Associate | 1.20 | $180.00 |
| Williams, Michael L. | Associate | 2.30 | $250.00 |
| Moasser, Mahmoude | Paralegal | 18.80 | $145.00 |
| Bynum, Natasha A. | Legal Clerk | 58.00 | $110.00 |
| Mitchell, Rebecca M. | Paralegal | 0.60 | $130.00 |
| Ross, Rebecca M. | Paralegal | 10.10 | $130.00 |
| Hughes, William F. | Counsel | 115.30 | $380.00 |



Wallace King & Marraro Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

Phone 202.204.1000
Fax 202.204.1001

October 06, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#   2149

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|            |     |                                                                                                                                                                                                                                                                                               | **Hours** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 08/02/2004 | CHM | Review Woodward-Curran draft presentation. (0.5)                                                                                                                                                                                                                                              | 0.50      |
| 08/04/2004 | CHM | Review email traffic. (0.3)                                                                                                                                                                                                                                                                   | 0.30      |
| 08/30/2004 | MM  | Office conferences with Mr. Marraro re: producing several documents for meeting in Boston, MA on 8/31/04 (.3); search case files and prepare reference notebook as well as other miscellaneous correspondence (1.9); review and incorporate into files recent correspondence and revise index (.4). | 2.60      |

|            |      | **Amount** |
|------------|------|------------|
| Total fees | 3.40 | 757.00     |

Disbursements:
|                              |          |
|------------------------------|----------|
| Copying                      | 6.00     |
| Outside printing             | 279.35   |
| Delivery services/messengers | 25.37    |
| Total disbursements          | $310.72  |
| Total Amount of This Bill    | $1,067.72|
| Balance Due                  | $1,067.72|

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 0.80 | $475.00 |
| Moasser, Mahmoude | Paralegal | 2.60 | $145.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

October 06, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    2150

For Professional Services Rendered in Connection with Remediation Matters

Professional Services:

|            |     |                                                                                                                              | Hours |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|
| 08/02/2004 | WFH | Review back log of correspondence/submittals from the parties and Special Master in connection with site remediation (.8).  | 0.80  |
| 08/03/2004 | NAB | Review and analyze documents to be integrated into existing case files (.7).                                                 | 0.70  |
| 08/04/2004 | NAB | Review and analyze documents to be integrated into existing case files (1.7).                                                | 1.70  |
| 08/12/2004 | NAB | Review and analyze documents to be integrated into existing case files (.6).                                                 | 0.60  |
| 08/19/2004 | CHM | Attend Special Master meeting (8.0).                                                                                         | 8.00  |
| 08/30/2004 | NAB | Review and analyze documents to be integrated into existing case files (2.3).                                                | 2.30  |

|                          |         | **Amount** |
|--------------------------|---------|------------|
| Total fees               | 14.10   | 4,687.00   |
| Total Amount of This Bill |        | $4,687.00  |
| Balance Due              |         | $4,687.00  |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 8.00 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 5.30 | $110.00 |
| Hughes, William F. | Counsel | 0.80 | $380.00 |