IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
|  | ) |
| Debtors | ) Objection Deadline: 10/28/04 |
|  | ) Hearing Date: Scheduled if Necessary |

NOTICE OF FILING OF
THIRD MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN
& SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE
CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2004 TO AUGUST 31, 2004

TO:   (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
      (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
      (5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
      (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
      in Possession Lender; and (8) the Fee Auditor

Phillips, Goldman & Spence, P.A., ("PG&S") local counsel to David T. Austern, in his capacity as the Court appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its *Third Monthly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of August 1, 2004 to August 31, 2004* seeking payment of fees and in the amount of $2,488.00 (80% of $3,110.00) and $450.36 (the "Application") for a total of $2,938.36.

This application is submitted pursuant to this Court's *Amended, Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, dated April 17, 2002 [Docket No. 1949] (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **October 28, 2004**.

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Claimants' Representative

Date:   October 8, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | Objection Deadline: 10/28/04 |
| | Hearing Date: Scheduled if Necessary |

### COVER SHEET
### THIRD MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2004 TO AUGUST 31, 2004

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | August 1, 2004 through August 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,110.00 |
| 80% of Fees to be Paid: | $2,488.00 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $450.36 |
| Total Fees @ 80% and Expenses: | $2,938.36 |

This is an:    __X__ interim    ____ monthly    ____ final application

The total time expended for fee application in preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS MONTHLY APPLICATIONS

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Certificate of No Objection Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Pending | $4,027.60 | $1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | 852.87 | Pending | $2,095.20 | $538.80 |

## CURRENT COMPENSATION SUMMARY

### AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 5.80 | $2,030.00 |
| Stephen W. Spence | Director/14years/1981/ bankruptcy | 350.00 | 1.60[1] | $560.00 |
| Celeste A. Hartman | Sr. Paralegal/6 years/20 years prior experience | 130.00 | 4.00 | 520.00 |
| Grand Total: | | | | $3,110.00 |
| Blended Rate: | | | | $272.81 |

---

[1] This is the net hours after the application of a courtesy discount of .3 hours, creating a savings of $105.00.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 3.7 | $965.00 |
| Fee/Employment Applications | 7.5 | $2,119.00 |
| Case Administration | .2 | $26.00 |
| Total | 11.4 | $3,110.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | $7.98 |
| Postage | N/A | $10.80 |
| Parking | John C. Phillips, Jr. | $2.00 |
| Document retrieval/service/copy/mail service | Parcels, Inc. | $429.58 |
| Total | | 450.36 |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:  October 8, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: 10/28/04 |
| | ) | Hearing Date: Scheduled if Necessary |

### VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware     :
                      : ss
New Castle County     :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

1. I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2. I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 8th DAY OF OCTOBER, 2004.

_____
Notary Public
My commission expires:

MARY J. QUINN
NOTARY PUBLIC
MY COMMISSION EXPIRES
FEBRUARY 16, 2005

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# AUGUST 1, 2004 THROUGH AUGUST 31, 2004

```
                    Phillips, Goldman & Spence, P.A.
                          1200 N. Broom Street
                          Wilmington, DE  19806
                             (302) 655-4200
                           EI #: 51-0328786
```

October 5, 2004

Swidler Berlin Shereff Friedman, LLP  
Richard H. Wyron  
3000 K. Street, NW  
Suite 300  
Washington DC  20007

```
                                              File   WRG-AUS/JCP
                                              Invoice number   53581
```

Re: W. R. Grace & Co.  
    David T. Austern  
Case No.: 01-01139 (RLB)

|  |  |
|---|---|
| 11.7 | $3,215.00 |
| 0.3 | $105.00 |

Courtesy Discount is 2.56%  
of "gross" hours worked

| | | |
|---|---|---|
| Subtotal for FEES only: 08/31/04 | 11.4 | $3,110.00 |
| Subtotal for COSTS only: 08/31/04 | | $450.36 |
| CURRENT PERIOD FEES AND COSTS: 08/31/04 | | $3,560.36 |

=============

```
**************************************************************
         Please remit duplicate copy with payment.  Thank you.
**************************************************************
```

Exhibit "A"

Phillips, Goldman & Spence, P.A.

Page  2

October 5, 2004

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number  53581

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 3.7 | 965.00 |
| FEE/EMPLOYMENT APPLICATIONS | 7.5 | 2,119.00 |
| CASE ADMINISTRATION | 0.2 | 26.00 |
| Subtotal for FEES only: 08/31/04 | 11.4 | $3,110.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 350.00 | SWS | 1.90 | 1.60 | 560.00 | 0.30 | 105.00 |
| 350.00 | JCP | 5.80 | 5.80 | 2,030.00 | 0.00 | 0.00 |
| 130.00 | CAH | 4.00 | 4.00 | 520.00 | 0.00 | 0.00 |
| Totals | | 11.70 | 11.40 | 3,110.00 | 0.30 | 105.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

10/05/04 Page 4

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Li Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| WRG LITIGATION | CAH | 08/02/04 | Teleconference D. Felder and after review talk her through em-ecf registration system form. | Li | 0.40 | 52.00 |
| WRG LITIGATION | CAH | 08/26/04 | Create service for email and 1st class mail for joinder in brief. | | 0.40 | 52.00 |
| WRG LITIGATION | CAH | 08/26/04 | Serve and have filed joinder in brief - serve by email and mail. | | 0.50 | 65.00 |
| WRG LITIGATION | CAH | 08/26/04 | Email Matt Cheney that filing completed. | | 0.20 | 26.00 |
| | | | | | 1.50 | 195.00 |
| WRG LITIGATION | JCP | 08/02/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| WRG LITIGATION | JCP | 08/11/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| WRG LITIGATION | JCP | 08/13/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| WRG LITIGATION | JCP | 08/16/04 | Phone conference with Matt Cheney (voicemail). | | 0.10 | 35.00 |
| WRG LITIGATION | JCP | 08/16/04 | Review of Agenda for 08/23/04 Hearing; phone conference with Matt Cheney (voicemail). | | 0.20 | 70.00 |
| WRG LITIGATION | JCP | 08/17/04 | Review of miscellaneous pleadings (.2); e-mail from Matt Cheney (.1); phone conference with Matt Cheney (voicemail); phone conference with Matt Cheney (.1); review of e-mail from counsel for PD Committee (.1); e-mail to Celeste A. Hartman; conference with Celeste A. Hartman (.1); e-mail from and e-mail to Matt Cheney (.2); e-mail to paralegal (.1). | | 0.90 | 315.00 |
| WRG LITIGATION | JCP | 08/19/04 | Phone conference with Matt Cheney (voicemail)(2x); conference with Celeste A. Hartman; phone conference with Matt Cheney; e-mail from Celeste A. Hartman; phone conference with Matt Cheney; e-mail to Rick Wyron; review of miscellaneous pleadings. | | 0.50 | 175.00 |
| WRG LITIGATION | JCP | 08/20/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| WRG LITIGATION | JCP | 08/23/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| | | | | | 2.20 | 770.00 |
| | | | | | 3.70 | 965.00 |
| | | | | | 11.70 | 3,215.00 |

25 records printed.

Exhibit "A-1"

LEGALMASTER MIRC For Transactions
-Fees-

10/05/04 Page 1

Sort Fields:
   Grouping Code
   Client Code            (Paginate)
   Actual Employee Code
   Transaction Date      (Subtotals)

Range Fields:
   Client Code      ) WRG - WRG
   Case Suffix      ) AUS - AUS
   Invoice Number   ) 53581 - 53581

| Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | CAH | 08/17/04 | Draft Certification of Counsel regarding SBSF and CIBC retention applications. | fa | 0.70 | 91.00 |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 08/18/04 | Scan and file Certifications of Counsel for CIBC and SBSF retention applications. | | 0.40 | 52.00 |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 08/23/04 | Teleconference M.Cheney on changes to amend certifications of counsel regarding CIBC and SBSF retention applications. | | 0.20 | 26.00 |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 08/23/04 | Draft file and serve certification of counsel on CIBC and SBSF retention applications. | | 0.70 | 91.00 |
| FEE/EMPLOYMENT APPLICATIONS | CAH | 08/27/04 | Email Matt Cheney about receipt of transcript and Fed Ex same. | | 0.30 | 39.00 |
| | | | | | 2.30 | 299.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 08/18/04 | Review of, revise and execute Certification of counsel (2x) re: Retention of David Austern and SBSF; conference with Celeste A. Hartman. | | 0.30 | 105.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 08/20/04 | Conference with Stephen W. Spence re: Trustee's objection to retention of Phillips, Goldman & Spence (.4); review of Code (.3); phone conference with U.S.Trustee and Stephen W. Spence (.2). | | 0.90 | 315.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 08/23/04 | Phone conference with Matt Cheney (voicemail)(.1); conference with Celeste A. Hartman (.1); e-mail from and e-mail to Roger Frankel (.1); review of e-mail from counsel for PD Committee (.3); review of, revise and execute two Certificates of Counsel re: CIBC and SBSF (.2); e-mail from and e-mail to Rick Wyron (.1); review of Amended Agenda (.1); e-mail from Hearing re: Trustee's Objection to Retention of Phillips, Goldman & Spence (.1); court appearance re: FCR's Employment Applications (3)(.9). | | 2.00 | 700.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 08/26/04 | Conference with Celeste A. Hartman (2x); review of, revise and execute Joinder of FCR in Support of Austern and Certificate of Service. | | 0.40 | 140.00 |
| | | | | | 3.60 | 1,260.00 |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                         10/05/04  Page 2
                                                          -Fees-

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | SWS | 08/20/04 | Conference with John C. Phillips, Jr. (.4); phone conference with Frank Perch re: US Trustee Objection (.2); conference with John C. Phillips, Jr. (.2). | fa | 1.10 | 385.00 |
| WRG FEE/EMPLOYMENT APPLICATIONS | SWS | 08/23/04 | Participate in conference call before Judge Fitzgerald. | | 0.80 | 280.00 |
| | | | | | 1.90 | 665.00 |
| | | | | | 7.80 | 2,224.00 |

Exhibit "A-2"

WRG-AUS                                          LEGALMASTER MIRC For Transactions                           10/05/04 Page 3
                                                              -Fees-

C1 Code Grouping Code Description         Act  Trans                                        Grp              Actual      Actual
                                          Emp  Date    Transaction Description              Cd              Hours      Dollars

WRG  CASE ADMINISTRATION                  CAH  08/17/04 Update docket to system.            Ca               0.20        26.00
                                                                                                            -----       ------
                                                                                                             0.20        26.00
                                                                                                            -----       ------
                                                                                                             0.20        26.00
                                                                                                            -----       ------

Exhibit "A-3"

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# AUGUST 1, 2004 THROUGH AUGUST 31, 2004

Phillips, Goldman & Spence, P.A.

Page   2

October 5, 2004

Swidler Berlin Shereff Friedman, LLP

File   WRG-AUS/JCP
Invoice number   53581

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/01/04 | Long distance phone charges | 7.98 |
| 08/26/04 | Postage | 10.80 |
| 08/27/04 | Check No.: 25852 -+JCP - parking. | 2.00 |
| 08/31/04 | Check No.: 25914 - Parcels Inc. - document retrieval/service, copy/mail, etc. | 155.00 |
| 08/31/04 | Check No.: 25914 - Parcels Inc. - document retrieval/service, copy/mail, etc. | 274.58 |
| | Subtotal for COSTS only: 08/31/04 | $450.36 |

Exhibit "B"

## **CERTIFICATE OF SERVICE**

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on October 8, 2004, I caused the *Notice, Cover Sheet to the Third Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period August 1, 2004 through August 31, 2004*, be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

*/s/ Celeste A. Hartman*
CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP