IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Nov. *1*, 2004 at 4:00p.m. |
| | | Hearing Date : TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                    October 8, 2004
5400 BROKEN SOUND BLVD., N.W.           Invoice No.  25224
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   09/30/04

Matter #          734680.1       VS. HONEYWELL INTERNATIONAL


**Litigation and Litigation Consulting**


| | | | |
|---|---|---|---|
| 09/01/04 JMA | Revise memo re: settlement issues | 1.00 | 375.00 |
| 09/01/04 JMA | Appeal - conference with MEF re: deferred appendix issues | .50 | 187.50 |
| 09/01/04 JMA | Review of and comments to draft letter to Special Master re: paving | .60 | 225.00 |
| 09/01/04 JMA | Review notes of Special Master meeting and technical phone conference re: Honeywell position on paving | .50 | 187.50 |
| 09/01/04 JMA | Phone - K. Millian re: paving issues | .40 | 150.00 |
| 09/01/04 JMA | Receipt and review memo re: permit requirements for paving | .30 | 112.50 |
| 09/01/04 JMA | Appeal - phone - K. Millian re: timing of oral argument | .20 | 75.00 |
| 09/01/04 MEF | RCRA Fee Petition - continue review of fee detail for time spent on initial RCRA fee petition | 1.50 | 375.00 |
| 09/01/04 MEF | Appeal - phone with M. Sprague's office | .10 | 25.00 |
| 09/01/04 MEF | Appeal - phone with M. Sprague regarding deferred appendix | .10 | 25.00 |
| 09/01/04 MEF | Appeal - Conference with JMA regarding deferred appendix issues | .50 | 125.00 |
| 09/02/04 JMA | Phone - CHM re: remediation issues - permitting, paving, fill | .80 | 300.00 |
| 09/02/04 JMA | Conference with RCS and MEF re: unresolved motions in District Court | .40 | 150.00 |
| 09/02/04 JMA | Phone - CHM re: fill issues | .20 | 75.00 |
| 09/02/04 JMA | Appeal - phone - CHM re: scheduling oral argument | .20 | 75.00 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.              734680                          Page      2
INVOICE NO.             25224


| | | | | |
|---|---|---|---|---|
| 09/02/04 | JMA | Phone - K. Millian | .10 | 37.50 |
| 09/02/04 | MEF | Conference with RCS regarding unresolved motions in district court | .20 | 50.00 |
| 09/02/04 | MEF | Conference with JMA and RCS regarding unresolved motions in district court | .40 | 100.00 |
| 09/02/04 | RCS | Meeting with JMA and MEF regarding open motions before trial court. | .20 | 45.00 |
| 09/02/04 | RCS | Review file and prepare chart of motions and requested rulings related to RCRA fee petition. | 1.50 | 337.50 |
| 09/03/04 | JMA | Appeal - phone - M. Gordon's office | .10 | 37.50 |
| 09/03/04 | JMA | Appeal - conference with MEF re: deferred appendix | .20 | 75.00 |
| 09/03/04 | JMA | Appeal - review ICO principal brief and related citations | 2.40 | 900.00 |
| 09/03/04 | MEF | Appeal - voice mail CHM | .10 | 25.00 |
| 09/03/04 | MEF | Appeal - phone with M. Sprague regarding review of deferred appendix table of contents and documents | .20 | 50.00 |
| 09/03/04 | MEF | Appeal - phone with CHM regarding deferred appendix and oral argument dates | .20 | 50.00 |
| 09/03/04 | MEF | Appeal - email to Third Circuit regarding unavailability for oral argument | .20 | 50.00 |
| 09/03/04 | RCS | Continue review of file and prepare chart of motions and requested rulings related to RCRA fee petition. | 2.30 | 517.50 |
| 09/06/04 | MEF | Appeal - email from M. Sprague regarding draft table of contacts for deferral appendix | .10 | 25.00 |
| 09/06/04 | MEF | Appeal - review Honeywell's draft table of contents and compare with ECARG's designations | 2.50 | 625.00 |
| 09/06/04 | MEF | Review chart of open items in district court | .20 | 50.00 |
| 09/07/04 | JMA | Phone - MEF re: oral argument scheduling issues | .30 | 112.50 |
| 09/07/04 | JMA | Appeal - revisions to Grace response to Jersey City Motion to file Supplemental Appendix | .60 | 225.00 |
| 09/07/04 | JMA | Appeal - letter to Clerk - Third Circuit | .20 | 75.00 |

```
W.R. GRACE & COMPANY                            October 8, 2004
Client No.            734680                     Page      3
INVOICE NO.           25224
```

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/07/04 | JMA | Appeal - prepare Certificate of Service - Grace Response to Jersey City Motion to File Supplemental Appendix | .30 | 112.50 |
| 09/07/04 | JMA | Phone - R. Senftleben re: remediation issues | .20 | 75.00 |
| 09/07/04 | JMA | Appeal - review materials re: deferred appendix | 1.00 | 375.00 |
| 09/07/04 | JMA | Appeal - phone conference with CHM and MEF re: deferred appendix | .90 | 337.50 |
| 09/07/04 | JMA | Appeal - phone - CHM re: response to Jersey City Motion to File Supplemental appendix | .50 | 187.50 |
| 09/07/04 | JMA | Appeal - review Fed.R.App.P. re: contents of appendix | .70 | 262.50 |
| 09/07/04 | JMA | Appeal - phone - M. Gordon re: Jersey Motion re: Supplemental Appendix | .20 | 75.00 |
| 09/07/04 | JMA | Review of Stipulation and Amended Stipulation regarding immediate action items re: paving issues | 1.00 | 375.00 |
| 09/07/04 | JMA | Appeal - phone - CHM re; contents of deferred exhibit | .40 | 150.00 |
| 09/07/04 | JMA | Phone - CHM re: settlement issues | .40 | 150.00 |
| 09/07/04 | MEF | Appeal - review draft table of contents for appendix regarding Honeywell and ICO designations | 2.00 | 500.00 |
| 09/07/04 | MEF | Appeal - Conference with CHM regarding appendix | 2.90 | 725.00 |
| 09/07/04 | MEF | Appeal - Phones with JMA and CHM regarding appendix designations by Honeywell | .80 | 200.00 |
| 09/07/04 | MEF | Appeal - phones with LF regarding appendix designations by Honeywell | .30 | 75.00 |
| 09/07/04 | MEF | Appeal - meeting at Arnold & Porter regarding appendix | 2.00 | 500.00 |
| 09/07/04 | RCS | Telephone call to Jersey City Planning Board regarding upcoming meetings and agenda. | .20 | 45.00 |
| 09/07/04 | LF | Appeal - phone with MEF and review email regarding assignment | .30 | 27.00 |
| 09/07/04 | LF | Appeal - email to Natasha Bynum regarding photos | .20 | 18.00 |

W.R. GRACE & COMPANY                                  October 8, 2004
Client No.            734680                          Page      4
INVOICE NO.           25224


09/07/04 LF   Appeal - email to Kevin at Arnold & Porter      .20    18.00
              regarding photos

09/07/04 LF   Appeal - review lists of designations regarding 5.00   450.00
              joint deferred appendix and compare actual
              exhibits

09/08/04 JMA  Review file re: letter to Special Master -      1.00   375.00
              paving

09/08/04 JMA  Draft letter to Special Master re: paving       .60    225.00

09/08/04 JMA  Phone - CHM re: settlement issues               .30    112.50

09/08/04 JMA  Conference with MEF re: open items in District  .30    112.50
              Court

09/08/04 JMA  Phone - CHM re: paving and fill issues          .40    150.00

09/08/04 JMA  Appeal - receipt and review letter from J.      .10    37.50
              Brody to Clerk

09/08/04 JMA  Receipt and review email from H. Hall re:       .10    37.50
              paving

09/08/04 JMA  Receipt and review letter from Louis Berger     .20    75.00
              Group to Parsons re: paving

09/08/04 JMA  Receipt and review memo from K. Brown re:       .30    112.50
              9/1/04 weekly conference call

09/08/04 JMA  Receipt and review email from S.Graham re:      .10    37.50
              NJDPES Permit

09/08/04 JMA  Receipt and review letter from L. Walsh to F.   .20    75.00
              Weinstein

09/08/04 JMA  Appeal - phone conference with CHM and MEF re:  2.50   937.50
              deferred appendix issues

09/08/04 JMA  Receipt and review letter from Parsons to DEP   .10    37.50
              with signature page - Waterfront Development
              Permit

09/08/04 JMA  Receipt and review letter from Parsons to       .10    37.50
              Special Master - NJPDES Permit

09/08/04 JMA  Receipt and review letter from J. Norris to     .10    37.50
              PVSC - NJPDES Permit

09/08/04 JMA  Receipt and review letter from Parsons to DEP - .10    37.50
              NJPDES Permit

W.R. GRACE & COMPANY                           October 8, 2004
Client No.           734680                    Page     5
INVOICE NO.          25224

09/08/04 JMA  Receipt and review email from SI Group with Dr.    .10    37.50
              Brown memo

09/08/04 JMA  Receipt and review letter from HydroQual to H.     .20    75.00
              Fahy re: groundwater sampling

09/08/04 JMA  Receipt and review emails from/to F. Weinstein     .20    75.00
              and counsel for Special Master

09/08/04 JMA  Receipt and review email from S. Graham re:        .10    37.50
              sampling

09/08/04 JMA  Receipt and review letter from Parsons to          .10    37.50
              Special Master re: signature page - Waterfront
              Development Permit Application

09/08/04 JMA  Phone - CHM re: settlement issues                  .20    75.00

09/08/04 JMA  Receipt and review letter from L. Walsh to J.      .50   187.50
              Dugan re: Fred Weinstein with enclosures

09/08/04 JMA  Receipt and review letter from H. Fahy to          .10    37.50
              Special Master re: groundwater sampling

09/08/04 MEF  Appeal - email from CHM regarding errata sheet     .10    25.00

09/08/04 MEF  Appeal - email from CHM regarding corrections      .10    25.00
              to TOC for appendix

09/08/04 MEF  Appeal - letter to M. Sprague regarding errata     .20    50.00
              sheet

09/08/04 MEF  Appeal - emails to/from L. Thomas regarding ICO    .20    50.00
              proof brief

09/08/04 MEF  Appeal - letter to CHM regarding Exhibit 44        .20    50.00

09/08/04 MEF  Appeal - email to CHM regarding corrections to     .10    25.00
              appendix table of contents

09/08/04 MEF  Appeal - prepare list of errors in Honeywell's     .60   150.00
              deferred appendix Table of Contents

09/08/04 MEF  Appeal - email to CHM regarding errata sheet       .10    25.00

09/08/04 MEF  Appeal - phone with 3d Circuit regarding           .30    75.00
              service of papers

09/08/04 MEF  Appeal - phone with L. Thomas regarding            .20    50.00
              deferred joint appendix and appeal proof brief

```
W.R. GRACE & COMPANY                              October 8, 2004
Client No.            734680                       Page      6
INVOICE NO.           25224
```

| Date | | Description | Hours | Amount |
|------|---|-------------|------|--------|
| 09/08/04 | MEF | Conference with JMA regarding open items in District Court | .30 | 75.00 |
| 09/08/04 | MEF | Appeal - Conference with JMA and CHM (phone) regarding deferred joint appendix | 2.50 | 625.00 |
| 09/08/04 | MEF | Appeal - Conference with LF regarding appendix designations | .20 | 50.00 |
| 09/08/04 | MEF | Appeal - work on various issues relating to deferred joint appendix | 1.90 | 475.00 |
| 09/08/04 | MEF | Appeal - multiple emails to M. Sprague, K. Hogue, CHM regarding deferred joint appendix | .30 | 75.00 |
| 09/08/04 | MEF | Appeal - letter to M. Gordon | .20 | 50.00 |
| 09/08/04 | MEF | Appeal - letter to Clerk regarding amended certificate of service | .20 | 50.00 |
| 09/08/04 | MEF | Appeal - prepare amended certificate of service | .30 | 75.00 |
| 09/08/04 | MEF | Appeal - voice mail A. Laws | .10 | 25.00 |
| 09/08/04 | MEF | Receipt and review letter from S. Blatnik to all professionals regarding instructions to file statements in support of flat fee arrangements | .20 | 50.00 |
| 09/08/04 | LF | Appeal - complete review and comparison of proposed designations and actual exhibits regarding deferred joint appendix | 3.80 | 342.00 |
| 09/08/04 | LF | Appeal - Conference with MEF regarding deferred joint appendix | .20 | 18.00 |
| 09/09/04 | JMA | Phone - A. Nagy, R. Senftleben, CHM re: settlement issues | .50 | 187.50 |
| 09/09/04 | JMA | Phone - K. Brown re: fill and paving issues | .20 | 75.00 |
| 09/09/04 | JMA | Receipt and review email from CHM re: settlement issues | .30 | 112.50 |
| 09/09/04 | JMA | RCRA Fee Petition - phone - J. Stewart re: appeal and supersedeas bond | .20 | 75.00 |
| 09/09/04 | JMA | Receipt and review memos from Langan and Brown re: backfilling issues | 1.20 | 450.00 |
| 09/09/04 | JMA | Revisions to letter to Special Master re: paving western portion of Site | 1.50 | 562.50 |

W.R. GRACE & COMPANY                                October 8, 2004
Client No.            734680                         Page      7
INVOICE NO.           25224


09/09/04 JMA Conference with K. Brown re: paving issues     1.00    375.00

09/09/04 JMA Phone - D. Siegel, R. Senftleben, et al, CHM,   .30    112.50
             re: settlement issues

09/09/04 JMA Conference with K. Brown, R. Frizzi, CHM re:   1.30    487.50
             backfill issues

09/09/04 JMA Conference with CHM re: settlement issues      2.00    750.00

09/09/04 JMA Conference with CHM re: remediation issues for 1.80    675.00
             Special Master 9/14 meeting

09/09/04 MEF Appeal - receipt and review letter from J.      .10     25.00
             Brody to A. Laws regarding Honeywell reply
             brief

09/09/04 MEF Appeal - receipt and review email from M.       .10     25.00
             Sprague regarding reply exhibits

09/09/04 MEF Appeal - review Honeywell reply brief exhibits  .20     50.00

09/09/04 MEF Appeal - email from L. Thomas regarding joint   .10     25.00
             appendix

09/09/04 MEF Appeal - email to L. Thomas regarding joint     .10     25.00
             appendix

09/09/04 MEF Appeal - email to LF regarding L. Thomas        .10     25.00
             request

09/09/04 MEF Appeal - conference with RCS regarding Chapman  .20     50.00
             photos

09/10/04 JMA Finalize and execute letter to Special Master   .50    187.50
             re: paving

09/10/04 JMA Memo to file re: open issues in District Court  .60    225.00

09/10/04 JMA Phone - A. Nagy, CHM re: settlement issue       .20     75.00

09/10/04 JMA Conference with CHM re: survival of Final      2.00    750.00
             Judgment after partial settlement

09/10/04 JMA Conference with CHM and MEF re: settlement     1.80    675.00
             issues

09/10/04 JMA Phone - R. Senftleben, CHM re: Special Master   .30    112.50
             meeting

09/10/04 JMA Review Federal Rules re: settlement issues     1.00    375.00

W.R. GRACE & COMPANY                          October 8, 2004
Client No.              734680                Page      8
INVOICE NO.             25224


09/10/04 MEF Appeal - email from L. Thomas to M. Sprague        .20     50.00
             regarding copies of exhibits for appendix

09/10/04 MEF Appeal - email from M. Sprague to L. Thomas        .10     25.00
             regarding copies of exhibits for appendix

09/10/04 MEF Appeal - email to CHM regarding L. Thomas email    .10     25.00
             to M. Sprague

09/10/04 MEF Phone with CHM regarding settlement issues         .20     50.00

09/10/04 MEF Conference with JMA and CHM regarding             1.80    450.00
             settlement issues

09/10/04 LF  Appeal - Assist in obtaining exhibits for Joint    .80     72.00
             Appendix

09/11/04 JMA Receipt and review letter from M. Daneker to       .10     37.50
             Special Master re: triaxle trucking

09/11/04 JMA Receipt and review MRCE Report re: triaxle        1.50    562.50
             trucking

09/12/04 MEF Appeal - email from K. Hough regarding list of     .20     50.00
             appendices to be omitted from appendix

09/13/04 JMA Review and execute Carella Byrne monthly fee       .50    187.50
             application

09/13/04 JMA Conference with R. Senftleben, CHM re:            1.00    375.00
             settlement issues

09/13/04 JMA Review of and revisions to proposed Settlement    9.00   3375.00
             Agreement

09/13/04 JMA Appeal - phone - M. Gordon re: Jersey City         .10     37.50
             Amicus

09/13/04 JMA Appeal - letter to M. Gordon                       .10     37.50

09/13/04 JMA Review form Bankruptcy Court settlement           1.50    562.50
             pleadings

09/13/04 JMA Receipt and review email from S. Graham re:        .10     37.50
             trucking

09/13/04 JMA Receipt and review Honeywell Triaxle Trucking     1.80    675.00
             Report

09/13/04 MEF Appeal - email to L. Thomas regarding letters      .20     50.00
             cited in proof brief

W.R. GRACE & COMPANY                          October 8, 2004
Client No.            734680                  Page      9
INVOICE NO.           25224

| | | | | |
|---|---|---|---|---|
| 09/13/04 | MEF | Conference with JMA regarding fee petition for RCRA fee petition fees and expenses | .30 | 75.00 |
| 09/13/04 | MEF | Appeal - phone with K. Hough regarding joint appendix | .20 | 50.00 |
| 09/13/04 | MEF | RCRA Fee Petition - continue preparing petition for fees incurred in connection with July 21 fee petition | 6.00 | 1500.00 |
| 09/13/04 | MEF | Appeal - email from L. Thomas regarding omitted appendices | .10 | 25.00 |
| 09/13/04 | MEF | Appeal - email from K. Hough regarding omitted appendices | .10 | 25.00 |
| 09/13/04 | MEF | Appeal - email from M. Sprague regarding appendix | .10 | 25.00 |
| 09/13/04 | MEF | Appeal - email to K. Hough regarding PTE 544 | .10 | 25.00 |
| 09/14/04 | JMA | Review Agenda and materials for Special Master meeting | 1.50 | 562.50 |
| 09/14/04 | JMA | Conference with K. Brown, R. Senftleben, CHM re: issues for Special Master meeting | 1.50 | 562.50 |
| 09/14/04 | JMA | Attend Special Master meeting | 2.50 | 937.50 |
| 09/14/04 | JMA | Conference with R. Senftleben, CHM re: revisions to Settlement Agreement | 10.00 | 3750.00 |
| 09/14/04 | MEF | Appeal - review Honeywell reply brief | 1.20 | 300.00 |
| 09/14/04 | MEF | RCRA Fee Petition - continue working on petition for fees incurred in connection with original petition | 4.60 | 1150.00 |
| 09/14/04 | MEF | Appeal - email from L. Thomas to M. Sprague regarding omissions from appendix | .10 | 25.00 |
| 09/14/04 | MEF | Appeal - email from M. Sprague to L. Thomas regarding omissions from appendix | .10 | 25.00 |
| 09/14/04 | MEF | Appeal - email to L. Thomas regarding missing pages from documents | .20 | 50.00 |
| 09/14/04 | MEF | Appeal - Phone with CHM and M. Sprague regarding joint appendix | .50 | 125.00 |
| 09/14/04 | MEF | Appeal - letter to M. Sprague regarding objections to items included in joint appendix | 1.30 | 325.00 |

W.R. GRACE & COMPANY                              October 8, 2004
Client No.           734680                       Page      10
INVOICE NO.          25224

09/14/04 MEF  Appeal - email to K. Hough regarding appendix    .20     50.00
              TOC changes

09/14/04 MEF  Appeal - phone with K. Hough regarding           .20     50.00
              corrections to appendix

09/14/04 MEF  Appeal - fax from L. Thomas regarding letters    .10     25.00
              cited in proof brief

09/14/04 MEF  Appeal - review letters cited by plaintiff in    .40    100.00
              proof brief

09/14/04 MEF  Review Local Civil Rule 41.1 regarding           .30     75.00
              retainment jurisdiction with district court
              after settlement

09/14/04 RCS  Receipt and review of JCPB resolution            .20     45.00

09/14/04 RCS  Telephone call to JCPB regarding meeting         .20     45.00
              agenda.

09/15/04 JMA  Phone - CHM re: Settlement issues                .50    187.50

09/15/04 JMA  Phone R. Senftleben re: settlement issues        .30    112.50

09/15/04 JMA  Phone - A. Nagy re: settlement issues            .20     75.00

09/15/04 JMA  RCRA Fee Petition - revisions to invoices re:   2.10    787.50
              RCRA Fee Petition

09/15/04 JMA  Receipt and review letter from J. Brody to Case  .10     37.50
              Manager

09/15/04 JMA  Appeal - receipt and review Honeywell reply     3.40   1275.00
              brief and cited cases

09/15/04 JMA  Appeal - receipt and review Table of Contents   1.10    412.50
              for Joint Appendix

09/15/04 JMA  Letter to Special Master                         .40    150.00

09/15/04 JMA  Appeal - receipt and review Order regarding      .20     75.00
              Annotated Opinion

09/15/04 JMA  Appeal - Receipt and review letter from Wilentz  .10     37.50
              to Clerk

09/15/04 JMA  Receipt and review Notice of Appearance - J.C.   .20     75.00
              Amicus, Corporate Disclosure

W.R. GRACE & COMPANY                        October 8, 2004
Client No.          734680                  Page      11
INVOICE NO.         25224


09/15/04 JMA Receipt and review letter from Honeywell to DEP    .10    37.50
             regarding Waterfront Development Permit -
             wetlands

09/15/04 JMA Receipt and review ECO Science Wetlands Report     .30   112.50

09/15/04 JMA Receipt and review letter from Honeywell to DEP    .20    75.00
             regarding Waterfront Development Permit -
             Paving

09/15/04 JMA Receipt and review Revised Stormwater Pollution   1.20   450.00
             Prevention Plan with Paving of Western Portion
             of Site

09/15/04 MEF Review and revise letter to Special Master         .20    50.00

09/15/04 MEF Prepare summary analysis of fees and             2.60   650.00
             disbursements

09/15/04 RCS Telephone calls to JCPB meeting agendas.           .20    45.00

09/15/04 RCS Telephone calls to JC Board of Adjustment          .20    45.00
             regarding meeting agendas.

09/16/04 JMA Phone - R. Senftleben, A. Nagy and CHM re:         .60   225.00
             settlement issues

09/16/04 JMA Phone - M. Daneker and CHM re: settlement          .30   112.50
             issues

09/16/04 JMA Conference with CHM re: review and revise        8.00  3000.00
             Honeywell's revised version of Settlement
             Agreement

09/16/04 JMA Conference with CHM re: Bankruptcy Motion        1.50   562.50

09/16/04 JMA Receipt and review email from A. Nagy, R.          .30   112.50
             Senftleben, D. Siegel re: settlement issues

09/16/04 JMA Phone - M. Daneker, CHM re: settlement issues    1.00   375.00

09/16/04 JMA Phone - R. Senftleben, CHM re: settlement          .30   112.50
             issues

09/16/04 JMA Phone - A. Nagy, M. Obradovich, B. Hatfield,       .40   150.00
             CHM re: settlement issues

09/16/04 JMA Phone - A. Nagy, B. Hatfield, CHM re:              .20    75.00
             settlement issues

09/16/04 RKM Conference with JMA regarding settlement issue.    .60   165.00

W.R. GRACE & COMPANY                              October 8, 2004
Client No.          734680                        Page      12
INVOICE NO.         25224


09/17/04 JMA Phone - M. Daneker re: Settlement Agreement      .40    150.00

09/17/04 JMA Phone - R. Senftleben re: Settlement Agreement   .30    112.50
             and Bankruptcy filing

09/17/04 JMA Preparation of draft Bankruptcy Motion insert   3.00   1125.00
             re: settlement and benefiting settlement

09/17/04 JMA Email to M. Daneker                              .10     37.50

09/17/04 JMA Conference with CHM re: revisions to Settlement 3.50   1312.50
             Agreement

09/17/04 JMA Phone - M. Daneker re: Settlement Agreement      .20     75.00

09/17/04 JMA Phone - R. Senftleben re: Settlement Agreement   .30    112.50
             and Bankruptcy filing

09/17/04 JMA Phone - D. Siegel, R. Senftleben, Grace tax      .40    150.00
             counsel, CHM re: settlement issues

09/17/04 JMA Phone - A. Nagy, CHM re: settlement issues       .20     75.00

09/17/04 JMA Email to S. Blatnick                             .10     37.50

09/17/04 JMA Email to client                                  .10     37.50

09/17/04 JMA Revisions to Bankruptcy Motion insert           2.40    900.00

09/17/04 MEF Appeal - Receipt and review notice of            .20     50.00
             electronic filing of notice of appeal by
             Honeywell regarding Order on RCRA fees

09/17/04 MEF Appeal - Continue review Honeywell reply brief   .20     50.00

09/17/04 MEF Appeal - voice mail - M. Sprague regarding       .10     25.00
             missing pages

09/17/04 MEF Email to D. Siegel and R. Senftleben regarding   .20     50.00
             Honeywell proposed press release

09/17/04 MEF Multiple emails to/from R. Senftleben regarding  .40    100.00
             settlement issues

09/17/04 MEF Finalize summary of fees and expenses            .50    125.00

09/17/04 MEF Appeal - email from J. Brody regarding appendix  .10     25.00

09/17/04 MEF Appeal - email to J. Brody regarding appendix    .10     25.00

09/17/04 MEF Appeal - email from M. Sprague regarding draft   .10     25.00
             stipulation regarding 1953 PH3 Report

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.            734680                            Page      13
INVOICE NO.           25224


09/17/04 MEF Appeal - review draft stipulation regarding        .30     75.00
             1953 PH3 report

09/17/04 MEF Appeal - phone with L. Thomas regarding draft      .20     50.00
             stipulation

09/18/04 JMA Receipt and review Honeywell Notice of Intent      .20     75.00
             to Sue regarding access to 60 Kellog Street

09/18/04 JMA Receipt and review Honeywell Notice of Intent      .20     75.00
             to sue  - 100 Kellog Street

09/18/04 JMA Receipt and review Honeywell Notice of Intent      .20     75.00
             to Sue - 200 Kellog Street

09/18/04 JMA Receipt and review letter from Parsons to DEP      .10     37.50
             regarding 60% Design Document

09/18/04 JMA Receipt and review Notice of Electronic Filing     .10     37.50
             regarding Order - Special Master 15th Fee
             Application

09/18/04 JMA Receipt and review Order Approving Special         .20     75.00
             Master 15th Fee Application

09/18/04 JMA Appeal - Receipt and review Notice of              .10     37.50
             Electronic Filing regarding Notice of Appeal -
             Fee Award

09/18/04 JMA Appeal - Receipt and review Honeywell's Notice     .10     37.50
             of Appeal - Fee Award

09/18/04 JMA Receipt and review email from R. Senftleben        .10     37.50
             regarding settlement issues

09/18/04 JMA Receipt and review email from S. Graham            .10     37.50
             regarding Swale Data

09/18/04 JMA Receipt and review letter from Parsons with        .40    150.00
             Swale Monitoring Data Results

09/18/04 JMA Receipt and review letter from LBG to Parsons      .10     37.50
             regarding 100% Design Report

09/18/04 JMA Receipt and review email from S. Graham            .10     37.50
             regarding Progress Report #16

09/18/04 JMA Receipt and review letter from Parsons to          .50    187.50
             Special Master and Progress Report No. 16

09/19/04 JMA Revisions to Bankruptcy Motion insert            2.60    975.00

W.R. GRACE & COMPANY                          October 8, 2004
Client No.            734680                   Page      14
INVOICE NO.           25224

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/04 | JMA | Phone conference with CHM re: revisions to Bankruptcy Motion insert | 1.40 | 525.00 |
| 09/19/04 | JMA | Phone - CHM re: revisions to Bankruptcy Motion insert | .30 | 112.50 |
| 09/19/04 | JMA | Email to S. Blatnick re: Bankruptcy Motion insert | .10 | 37.50 |
| 09/19/04 | JMA | Revisions to Bankruptcy Motion insert | 1.80 | 675.00 |
| 09/19/04 | MEF | Assist in preparation of portions of motion to approve settlement | 1.30 | 325.00 |
| 09/20/04 | JMA | Letter to D. Siegel and R. Senftleben re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 | JMA | Letter to M. Daneker re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 | JMA | Letter to S. Blatnick re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 | JMA | Phone - Judge Cavanaugh's chambers | .10 | 37.50 |
| 09/20/04 | JMA | Revisions to Settlement Agreement | .30 | 112.50 |
| 09/20/04 | JMA | Phone - R. Senftleben re: settlement issues | .30 | 112.50 |
| 09/20/04 | JMA | Phone - CHM re: settlement issues | .40 | 150.00 |
| 09/20/04 | JMA | Phone - M. Daneker re: settlement issues | .10 | 37.50 |
| 09/20/04 | JMA | Phone - CHM re: settlement issues | .30 | 112.50 |
| 09/20/04 | JMA | Letter to D. Siegel and R. Senftleben re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 | JMA | Letter to M. Daneker re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 | JMA | Letter to S. Blatnick re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 | JMA | Receipt and review email from CHM to clients re: settlement issues | .20 | 75.00 |
| 09/20/04 | JMA | Phone - M. Daneker re: settlement issues | .20 | 75.00 |
| 09/20/04 | JMA | Phone - CHM and M. Daneker re: settlement issues | .20 | 75.00 |
| 09/20/04 | JMA | Phone - CHM re: settlement issues | .30 | 112.50 |
| 09/20/04 | JMA | Phone - S. Blatnick re: settlement issues/bankruptcy motion | .20 | 75.00 |

W.R. GRACE & COMPANY                              October 8, 2004
Client No.            734680                       Page      15
INVOICE NO.           25224


09/20/04 JMA  Receipt and review email from D. Siegel re:        .20      75.00
              settlement issues

09/20/04 JMA  Revisions to Settlement Agreement                  .40     150.00

09/20/04 JMA  Phone - CHM and K. Millian regarding settlement    .30     112.50
              issues

09/20/04 JMA  Receipt and review draft bankruptcy motion from  1.00     375.00
              S. Blatnik

09/20/04 JMA  Phone - CHM regarding bankruptcy motion            .40     150.00

09/20/04 JMA  Phone - CHM and R. Senftleben regarding            .30     112.50
              bankruptcy motion

09/20/04 JMA  Phone - CHM, R. Senftleben, Jan Baer, S.           .40     150.00
              Blatnik

09/20/04 JMA  Phone - CHM, R. Senftleben, Jan Baer               .30     112.50

09/20/04 JMA  Phone - CHM, A. Nagy, R. Senftleben regarding      .30     112.50
              revised version of bankruptcy motion

09/20/04 JMA  Receipt and review revised version of             .40     150.00
              bankruptcy motion

09/20/04 JMA  Phone - K. Millian, M. Daneker, CHM, Judge         .20      75.00
              Cavanaugh's Law Clerk regarding settlement

09/20/04 JMA  Phone - Special Master (S. Jackson), K.            .20      75.00
              Millian, CHM, M. Daneker regarding settlement

09/20/04 JMA  Phone - counsel for Special Master regarding       .40     150.00
              settlement

09/20/04 JMA  Phone - CHM, R. Senftleben regarding bankruptcy    .20      75.00
              motion revisions

09/20/04 MEF  Appeal - email from M. Sprague regarding           .10      25.00
              stipulation

09/20/04 MEF  Appeal - revise proposed stipulation               .20      50.00

09/20/04 MEF  Appeal - email to M. Sprague regarding revised     .10      25.00
              proposed stipulation

09/20/04 RCS  Receipt and review of JCPB agenda.                 .20      45.00

09/21/04 JMA  Phone - R. Senftleben re: bankruptcy motion        .30     112.50

09/21/04 MEF  Email to L. Walsh regarding Rule 60 opinion        .10      25.00

W.R. GRACE & COMPANY                              October 8, 2004
Client No.            734680                      Page      16
INVOICE NO.           25224


09/22/04 JMA Phone - CHM regarding settlement issues       .40    150.00

09/22/04 JMA Phone - CHM regarding extending filing date for    .30    112.50
             RCRA Fee Petition

09/22/04 JMA Receipt and review IRM Report No. 2           .90    337.50

09/22/04 JMA Receipt and review email from S. Graham       .10     37.50

09/22/04 JMA Phone - CHM regarding scheduling of oral      .30    112.50
             argument

09/22/04 MEF Conference with JMA regarding motion to extend    .20     50.00
             time to file fee petition

09/22/04 MEF Prepare motion papers regarding extension of    1.30    325.00
             time to file RCRA fee petition #2

09/23/04 JMA Phone - Special Master                        .20     75.00

09/23/04 JMA Phone - R. Senftleben regarding Bankruptcy    .20     75.00
             Issues

09/23/04 MEF Appeal - voice mail - CHM regarding proof brief   .10     25.00

09/23/04 MEF Appeal - begin review of joint appendix and    1.80    450.00
             proof brief

09/24/04 JMA Receipt and review Notice of Electronic Filing    .10     37.50
             Special Master 16th Fee Application

09/24/04 JMA Receipt and review Notice of Motion - Special    .20     75.00
             Master 16th Fee Application

09/24/04 JMA Receipt and review Special Master Fee         .60    225.00
             Application No. 16

09/24/04 JMA Receipt and review proposed order Special     .20     75.00
             Master Fee Application No. 16

09/24/04 JMA Letter to Judge Cavanaugh regarding Special    .20     75.00
             Master Fee Application

09/24/04 MEF Appeal - email from M. Sprague regarding 2    .20     50.00
             joint motions regarding appendix

09/24/04 MEF Appeal - review joint motion of all parties for    .10     25.00
             leave to include min-u-script transcripts in
             appendix

W.R. GRACE & COMPANY                              October 8, 2004
Client No.            734680                      Page      17
INVOICE NO.           25224


| | | | |
|---|---|---|---|
| 09/24/04 MEF | Appeal - review joint motion of all parties for leave to include videotape and oversized exhibits in appendix | .10 | 25.00 |
| 09/24/04 MEF | Appeal - phone with CHM regarding appendix designations and joint motions | .20 | 50.00 |
| 09/24/04 MEF | Email from A. Nagy regarding CBBG bills | .20 | 50.00 |
| 09/24/04 MEF | Appeal - email to M. Sprague regarding joint motions | .20 | 50.00 |
| 09/24/04 MEF | Appeal - email from M. Sprague regarding citation format in final appeal briefs | .10 | 25.00 |
| 09/24/04 MEF | Appeal - second email from M. Sprague regarding joint motions | .10 | 25.00 |
| 09/24/04 MEF | Appeal - phones with JMA regarding appendix designations and joint motions | .20 | 50.00 |
| 09/24/04 MEF | Appeal - phone with CHM regarding case manager | .10 | 25.00 |
| 09/24/04 MEF | Appeal - email to CHM regarding Case Manager | .10 | 25.00 |
| 09/24/04 RCS | Receipt and review of JCPB Agenda for 9/28. | .20 | 45.00 |
| 09/25/04 JMA | Receipt and review filed version of Bankruptcy Motion to Approve Settlement | .60 | 225.00 |
| 09/27/04 JMA | Receipt and review emails regarding conference call regarding settlement terms | .20 | 75.00 |
| 09/27/04 JMA | Conference with L. Florence regarding attending Special Master Meeting with JCMUA | .20 | 75.00 |
| 09/27/04 JMA | Receipt and review email from A. Nagy regarding Fee Summary | .10 | 37.50 |
| 09/27/04 JMA | Conference with MEF regarding Fee Summary | .50 | 187.50 |
| 09/27/04 JMA | Phone - A. Nagy, MEF regarding Fee Summary | .20 | 75.00 |
| 09/27/04 JMA | Phone - CHM regarding remediation and access issues | .30 | 112.50 |
| 09/27/04 JMA | RCRA Fee Petition - Conference with MEF regarding revise motion to extend time to letter request | 1.00 | 375.00 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.          734680                              Page      18
INVOICE NO.         25224


09/27/04 MEF RCRA Fee Petition - Conference with JMA        1.00    250.00
             regarding revise motion to extend time to
             letter request

09/27/04 MEF Conference with JMA regarding fee summary       .50    125.00

09/27/04 MEF Phone with JMA and A. Nagy regarding fee        .20     50.00
             summary

09/27/04 MEF RCRA Fee Petition - phone with Alysse Cimino at .20     50.00
             Judge Cavanaugh's regarding extension

09/27/04 MEF Revise fee summary                              .80    200.00

09/27/04 MEF Email to A. Nagy regarding fee summary          .10     25.00

09/27/04 MEF Appeal - phone with CHM regarding appeal brief  .10     25.00
             appendix designations

09/27/04 MEF Appeal - email from M. Sprague regarding        .10     25.00
             omissions from Joint Appendix

09/27/04 MEF Appeal - email to M. Sprague regarding          .20     50.00
             omissions from joint appendix

09/27/04 LF  Attend meeting at the JCMUA                    4.50    405.00

09/28/04 JMA Receipt and review emails regarding conference  .20     75.00
             call on settlement terms

09/28/04 JMA Phone - R. Senftleben, CHM, Jan Baer regarding  .40    150.00
             Honeywell and ICO Bankruptcy claims

09/28/04 JMA Phone - A. Daneker and CHM                      .30    112.50

09/28/04 JMA Receipt and review memo regarding Special       .70    262.50
             Master Meeting at JCMUA

09/28/04 JMA Conference with R. Senftleben, CHM regarding    .30    112.50
             JCMUA meeting

09/28/04 JMA Receipt and review email from R. Senftleben     .30    112.50
             regarding conference call questions -
             settlement

09/28/04 JMA Conference with CHM regarding conference call   .40    150.00
             questions - settlement

09/28/04 JMA Phone Conference - R. Senftleben, A. Nagy, CHM  .50    187.50
             regarding conference call questions -
             settlement

W.R. GRACE & COMPANY                              October 8, 2004
Client No.              734680                    Page      19
INVOICE NO.             25224


09/28/04 JMA Appeal - Conference with CHM regarding motion      1.20    450.00
             to strike portions of appendix

09/28/04 JMA Phone - R. Senftleben, CHM, Jan Baer regarding      .20     75.00
             dismissal of Honeywell Bankruptcy claim

09/28/04 JMA Work on Joint Appendix issues                      2.00    750.00

09/28/04 MEF Revise fee summary                                  .20     50.00

09/28/04 MEF Email to A. Nagy regarding revised fee summary      .10     25.00

09/28/04 MEF Appeal - email from L. Thomas to M. Sprague         .10     25.00
             regarding omissions in joint appendix

09/28/04 MEF Appeal - review appendix and update brief          4.30   1075.00

09/28/04 LF  Prepare memo to JMA regarding 9/27/04 meeting       .80     72.00
             at JCMUA

09/28/04 LF  Review and revise proof brief with joint           2.50    225.00
             appendix citations

09/29/04 JMA Review and revise Grace Proof Brief regarding      1.80    675.00
             Joint Appendix citations

09/29/04 JMA Phone - CHM regarding timing of filing final        .30    112.50
             Grace brief

09/29/04 MEF Appeal - phone with N. Byrnum regarding proof       .20     50.00
             brief designations

09/29/04 MEF Appeal - email to N. Byrnum regarding proof         .20     50.00
             brief appendix designations

09/29/04 MEF Appeal - continue reviewing proof brief and        3.10    775.00
             appendix for citations to appendix

09/29/04 MEF Appeal - receipt and review Notice of Appeal        .30     75.00
             04-3702 with enclosures

09/29/04 MEF Appeal - receipt and review letter from K.          .20     50.00
             Glaum to all counsel regarding potential
             jurisdiction defect in appeal 04-3702

09/29/04 MEF Appeal - receipt and review Notices of             .20     50.00
             Electronic Filing (2) regarding Honeywell
             appeal regarding fee petition order

09/29/04 MEF Appeal - voice mail - CHM regarding appendix        .10     25.00
             designations

W.R. GRACE & COMPANY                            October 8, 2004
Client No.            734680                     Page        20
INVOICE NO.           25224


09/29/04 LF   Continue to review and revise proof brief with   5.80   522.00
              Joint Appendix citations

09/30/04 JMA  Receipt and review letter from 3rd Circuit        .20    75.00
              regarding jurisdictional issue Honeywell appeal
              - fee order

09/30/04 JMA  Phone - CHM regarding Grace position regarding    .30   112.50
              jurisdictional issue

09/30/04 MEF  Appeal - emails to N. Byrnum regarding            .20    50.00
              citations to joint appendix

09/30/04 MEF  Appeal - continue working on appeal brief and    2.90   725.00
              joint appendix citations

09/30/04 MEF  Appeal - letter to M. Sprague regarding missing   .20    50.00
              exhibits

09/30/04 MEF  Appeal - memo to CHM and WFH regarding            .20    50.00
              citations in proof brief

09/30/04 MEF  Appeal - email from M. Sprague regarding          .10    25.00
              omitted exhibits and brief

09/30/04 MEF  Appeal - phone with CHM's office regarding memo   .10    25.00

09/30/04 MEF  Appeal - prepare disclosure statements and        .50   125.00
              appearance of counsel

09/30/04 MEF  Appeal - email from K. Millian to M. Sprague      .20    50.00
              regarding appendix errors and omissions

09/30/04 MEF  Appeal - phone with CHM regarding citations in    .30    75.00
              brief

09/30/04 MEF  Appeal - voice mail - K. Millian regarding        .10    25.00
              P-541

09/30/04 MEF  Appeal - phone with K. Millian regarding P-541    .10    25.00

09/30/04 LF   Continue to review and revise proof brief with   5.40   486.00
              joint appendix citations


**Fee Application, Applicants**

09/02/04 MEF  Fee Application - begin preparing 30th Monthly    .60   150.00
              Fee Application

```
W.R. GRACE & COMPANY                           October 8, 2004
Client No.            734680                    Page     21
INVOICE NO.           25224
```

| | | | | |
|---|---|---|---|---|
| 09/08/04 | MEF | Fee Application - email from S. Bossay regarding 12th Interim Fee Expense chart and Project Category spreadsheet | .10 | 25.00 |
| 09/08/04 | MEF | Fee Application - review 12th Quarterly chart and spreadsheet | .30 | 75.00 |
| 09/08/04 | MEF | Fee Application - email to S. Bossay regarding 12th Quarterly chart and spreadsheet | .10 | 25.00 |
| 09/09/04 | MEF | Fee Application - continue preparing 30th fee application | .50 | 125.00 |
| 09/09/04 | MEF | Fee Application - review August fee detail | .50 | 125.00 |
| 09/09/04 | MEF | Fee Application - receipt and review CNO for 29th Monthly Fee Application | .20 | 50.00 |
| 09/15/04 | JMA | Fee Application - receipt and review Certification of No Objection to Carella, Byrne 29th Monthly Fee Application | .20 | 75.00 |
| 09/15/04 | JMA | Fee Application - receipt and review letter from K&E regarding Flat Fee Professionals | .20 | 75.00 |
| 09/18/04 | MEF | Fee Application - PACER search regarding status of filing of 30th monthly fee application | .20 | 50.00 |
| 09/18/04 | MEF | Fee Application - review filed 30th monthly fee application | .20 | 50.00 |

**Travel Non-Work**

| | | | | |
|---|---|---|---|---|
| 09/07/04 | MEF | Appeal - Travel to Washington DC | 3.40 | 425.00 |
| 09/07/04 | MEF | Appeal - Travel from Washington DC | 2.70 | 337.50 |

```
                                               -------------
Total Fees:                                       75,647.50
```

```
W.R. GRACE & COMPANY                          October 8, 2004
Client No.           734680                   Page     23
INVOICE NO.          25224
```

SUMMARY OF FEES:

```
    *--------------------------TIME AND FEE SUMMARY--------------------*
    *---------TIMEKEEPER---------*   RATE  HOURS          FEES
    J M AGNELLO                    375.00 138.60       51975.00
    M E FLAX                       250.00  81.60       19637.50
    R K MATANLE                    275.00    .60         165.00
    RC SCRIVO                      225.00   5.40        1215.00
    LAURA FLORENCE                  90.00  29.50        2655.00
                        TOTALS            255.70       75647.50
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                        October 8, 2004
Client No.           734680                 Page      22
INVOICE NO.          25224
```

Disbursements

Messenger

```
09/13/04 Messenger MERCURY 9/8                   255.00
09/21/04 Messenger MERCURY 9/8 (4TRIPS)          328.00

                              SUBTOTAL:   583.00
```

Travel Expense

```
09/03/04 Travel Expense  MEF  (WASHINGTON D.C.) 9/07/04   428.70
09/07/04 Travel Expense  MEF (AIRPORT PARKING) 9/07/04     30.00
09/28/04 Travel Expense MEF 9/7 (TAXIS)                    29.00

                              SUBTOTAL:   487.70
```

Meals

```
09/21/04 Meals 9/14, STRIP HOUSE,  CHF, MEF, JMA & R.     232.45
         SENFTLEBEN
09/30/04 Meals FORTE 10/1 #2518 MEF, JEANNE, VIRGINIA,     35.42
         LAURA F.

                              SUBTOTAL:   267.87
```

Photocopies - Outside

```
09/21/04 Photocopies - Outside DOC EXP. 9/20              15.90

                              SUBTOTAL:    15.90
```

```
09/30/04 Photocopies                             468.15
09/30/04 Faxes                                   411.00
09/30/04 Telephone                               577.92
09/30/04 Computer Searches                        25.60
09/30/04 Federal Express                         114.66
09/30/04 Messenger - In House                     25.00
                                           -------------
Total Costs                                      2,976.80
                                           -------------
Total Due this Matter                           78,624.30
=============
```