UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------X
In re:                                                           |
                                                                 | Chapter 11
 W.R. GRACE & CO.-CONN.                                          |
                                                                 | Case No. 01-01140
                                                                 |
               Debtors.                                          |
-----------------------------------------------------------------X    **Claim No. 129**

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)         Fabricated Filters, Inc.
                         Elmwood Industrial Park 5630 Powell St
                         Harahan, LA 70123
                         Attn: Melanie White

The transfer of your claim as shown above, in the amount of $9,564.30 has been transferred (unless previously expunged by court order) to:

    LONGACRE MASTER FUND, LTD.
    Transferor: Fabricated Filters, Inc.
    810 Seventh Avenue, 22nd Floor
    New York, NY  10019
    Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

       United States Bankruptcy Court
       District of Delaware
       824 Market Street, Room 525
       Wilmington, DE 19801

       - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection. If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                         Intake Clerk
-------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                          _____
                                          Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO:         United States Bankruptcy Court ("Bankruptcy Court")
               District of Delaware
               824 Market St., Room 525
               Wilmington, DE 19801
               Attn:   Clerk

AND TO:    W.R. GRACE & CO.-CONN., ("Debtor")
               Case No. 01-01140

Claim # 129

**FABRICATED FILTERS, INC.,** its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

               **LONGACRE MASTER FUND, LTD.**
               810 Seventh Avenue, 22nd Floor
               New York, NY 10019
               Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $9,564.30 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated May 11, 2004.

**Fabricated Filters, Inc.**

By:     /s/ Melanie S. White
Name:  Melanie S. White
Title:   Secretary/Treasurer

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
  W.R. GRACE & CO.-CONN.                                        |
                                                                | Case No. 01-01140
                                                                |
          Debtors.                                              |
----------------------------------------------------------------X    **Claim No. 130**

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)         Fabricated Filters, Inc.
                         Elmwood Industrial Park 5630 Powell St
                         Harahan, LA 70123
                         Attn: Melanie White

The transfer of your claim as shown above, in the amount of $12,011.55 has been transferred (unless previously expunged by court order) to:
                         LONGACRE MASTER FUND, LTD.
                         Transferor: Fabricated Filters, Inc.
                         810 Seventh Avenue, 22nd Floor
                         New York, NY  10019
                         Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

       United States Bankruptcy Court
       District of Delaware
       824 Market Street, Room 525
       Wilmington, DE 19801

   - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                        Intake Clerk
-----------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                      _____
                                      Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

Exhibit B

TO:  United States Bankruptcy Court ("Bankruptcy Court")
District of Delaware
824 Market St., Room 525
Wilmington, DE 19801
Attn:  Clerk

AND TO:  W.R. GRACE & CO.-CONN., ("Debtor")
Case No. 01-01140

Claim #130

**FABRICATED FILTERS, INC.,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**LONGACRE MASTER FUND, LTD.**
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $12,011.55 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated May 11, 2004.

**FABRICATED FILTERS, INC.**

By:  /s/ Melanie S. White
Name:  Melanie S. White
Title:  Secretary/Treasurer