UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
  W.R. GRACE & CO.-CONN.                                        |
                                                                | Case No. 01-01140
                                                                |
              Debtors.                                          |
----------------------------------------------------------------X

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)
          LONGACRE MASTER FUND, LTD.
          Transferor: Filter Belts, Inc.
          810 Seventh Avenue, 22nd Floor
          New York, NY  10019
          Attn:  Vladimir Jelisavcic

A transfer in the amount of $44,178.72 from:

          Filter Belts, Inc.
          Elmwood Industrial Park
          5630 Powell Street
          Harahan, LA 70123
          Attn: Melanie White

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                     Intake Clerk
-------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
Copy:  Debtor's Attorney_____

                                                                _____
                                                                Deputy Clerk

## **LONGACRE**

THE LONGACRE FUNDS

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel:  212-259-4350
Fax: 212-259-4345
www.longacrellc.com

### Agreement to Assign Claim

*To:*   *Filter Belts, Inc.*
*Elmwood Industrial Park*
*5630 Powell St*
*Harahan, LA 70123*
*Attn:   Melanie White*
*Tel:    207-377-2626*
*Fax:    207-377-2629*

*From:  Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:   Steven S. Weissman*
*Tel:    212-259-4350*
*Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 5/10/2004. |
| **Seller:** | Filter Belts, Inc.. |
| **Buyers:** | Longacre Master Fund, Ltd. (86.00%) and Longacre Capital Partners (QP), L.P. (14.00%) |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession. |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding ("Claim"). |
| **Schedule Amount:** | $44,178.72. |
| **Proof of Claim Amount:** | N/A |
| **Purchase Rate:** | [deleted] |
| **Consideration:** | [deleted] |
| **Holdback Rate:** | None. |

**Disclosure:**     Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim.

**Payments:**     Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer.

**Subject to:**     1) Execution of an Assignment of Claim reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition.

**Settlement:**     As soon as reasonably practical.

**Binding Effect:**     Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim.

**Expiration:**     Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer.

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Marc Wingate** at the following fax number: (212) 259-4345.

ACCEPTED AND AGREED

FILTER BELTS, INC.

Signature: /s/ Wayne Mediamolle_____
Title:    Secretary/Treasurer_____
Name:  Wayne Mediamolle_____
Date:   5/10/04_____

LONGACRE MASTER FUND LTD. (86.00%)

By:   /s/ Steven Weissman_____
    Name:    Steven Weissman
    Title:    Director
    Date:    May 10, 2004

LONGACRE CAPITAL PARTNERS (QP), L.P. (14.00%)
By:    LONGACRE MANAGEMENT, LLC,
        its General Partner

By:    /s/ Steven Weissman_____

Name: Steven Weissman
Title: Member
Date: May 10, 2004