UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re: |
| Chapter 11
 W.R. GRACE & CO.-CONN. |
| Case No. 01-01140
|
                    Debtors. |
----------------------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)

      LONGACRE MASTER FUND, LTD.
      Transferor: Ferguson Enterprises, Inc.
      810 Seventh Avenue, 22nd Floor
      New York, NY  10019
      Attn:  Vladimir Jelisavcic

A transfer in the amount of $19,609.70 from:

      Ferguson Enterprises, Inc.
      12500 Jefferson Ave
      Newport News, VA 23602
      Attn: John Allen Waldrop

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                    Intake Clerk
--------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
Copy:  Debtor's Attorney_____

                                        _____
                                        Deputy Clerk

## **LONGACRE**

**THE LONGACRE FUNDS**

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel:  212-259-4350
Fax: 212-259-4345
www.longacrellc.com

### Agreement to Assign Claim

*To:    Ferguson Enterprises, Inc.*
*12500 Jefferson Ave*
*Newport News, VA 23602*
*Attn:    John Allen Waldrop*
*Tel:    757 989 2949*
*Fax:    757 989 2515*

*From:  Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:    Steven S. Weissman*
*Tel:    212-259-4350*
*Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 5/18/2004. |
| **Seller:** | Ferguson Enterprises, Inc.. |
| **Buyers:** | Longacre Master Fund, Ltd. (86.00%) and Longacre Capital Partners (QP), L.P. (14.00%) |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession. |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding ("Claim"). |
| **Schedule Amount:** | $19,609.70. |
| **Proof of Claim Amount:** | N/A |
| **Purchase Rate:** | [deleted] |
| **Consideration:** | [deleted] |
| **Holdback Rate:** | None. |

| | |
|---|---|
| **Disclosure:** | Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim. |
| **Payments:** | Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer. |
| **Subject to:** | 1) Execution of an Assignment of Claim reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition. |
| **Settlement:** | As soon as reasonably practical. |
| **Binding Effect:** | Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim. |
| **Expiration:** | Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer. |

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Marc Wingate** at the following fax number: (212) 259-4345.

ACCEPTED AND AGREED

FERGUSON ENTERPRISES, INC.

Signature: /s/ John Allen Waldrop III
Title:   Associate General Counsel
Name:  John Allen Waldrop III
Date:   5/21/2004

LONGACRE MASTER FUND LTD. (86.00%)

By:   /s/ Steven Weissman
    Name:    Steven Weissman
    Title:    Director
    Date:    May 18, 2004

LONGACRE CAPITAL PARTNERS (QP), L.P. (14.00%)
By:    LONGACRE MANAGEMENT, LLC,
        its General Partner

By:   /s/ Steven Weissman

Name:    Steven Weissman  
Title:     Member  
Date:     May 25, 2004