UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
 W.R. GRACE & CO.-CONN.                                         |
                                                                | Case No. 01-01140
                                                                |
         Debtors.                                               |
----------------------------------------------------------------X


**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)

      LONGACRE MASTER FUND, LTD.
      Transferor: Woolf, McClane, Bright, Allen & Carpenter PLLC
      810 Seventh Avenue, 22nd Floor
      New York, NY  10019
      Attn:  Vladimir Jelisavcic

A transfer in the amount of $10,349.72 from:

      Woolf, McClane, Bright, Allen & Carpenter PLLC
      900 South Gay Street
      Knoxville, TN 37902
      Attn: Randy Miller

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                   Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
Copy:  Debtor's Attorney_____


                                                   _____
                                                   Deputy Clerk

## **LONGACRE**

**THE LONGACRE FUNDS**

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel: 212-259-4350
Fax: 212-259-4345
www.longacrellc.com

### Agreement to Assign Claim

*To:*   *Woolf, McClane, Bright, Allen & Carpenter PLLC*
*900 South Gay Street*
*Knoxville, TN 37902*
*Attn: Randy Miller*
*Tel: (865) 215-1000*
*Fax: (865) 215-1001*

*From: Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn: Steven S. Weissman*
*Tel: 212-259-4350*
*Fax: 212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 8/9/2004. |
| **Seller:** | Woolf, McClane, Bright, Allen & Carpenter PLLC. |
| **Buyers:** | Longacre Master Fund, Ltd. (86.00%) and Longacre Capital Partners (QP), L.P. (14.00%) |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession. |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding ("Claim"). |
| **Schedule Amount:** | $10,349.72. |
| **Proof of Claim Amount:** | N/A |
| **Purchase Rate:** | [deleted] |
| **Consideration:** | [deleted] |
| **Holdback Rate:** | None. |

| | |
|---|---|
| **Disclosure:** | Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim. |
| **Payments:** | Any payments, distributions or accrued interest made on account of the Claim after the date hereof are for the benefit of Buyer. |
| **Subject to:** | 1) Execution of an Assignment of Claim (which is a more elaborate formulation of this Agreement) reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition. |
| **Settlement:** | As soon as reasonably practical. |
| **Binding Effect:** | It is the intent of the parties: 1) to be bound by this agreement 2) that this agreement shall be governed by New York law. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim. |
| **Expiration:** | Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer. |

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Marc Wingate** at the following fax number: (212) 259-4345.

ACCEPTED AND AGREED

WOOLF, MCCLANE, BRIGHT, ALLEN & CARPENTER PLLC

Signature: /s/ Dennis R. McClane
Title:   Manager
Name:  Dennis R. McClane
Date:   8/112/2004

LONGACRE MASTER FUND LTD. (86.00%)

By:    /s/ Steven Weissman
    Name:   Steven Weissman
    Title:   Director
    Date:    August 9, 2004

LONGACRE CAPITAL PARTNERS (QP), L.P. (14.00%)
By:    LONGACRE MANAGEMENT, LLC,
    its General Partner

By:   /s/ Steven Weissman_____
Name:  Steven Weissman
Title:  Member
Date:   August 9, 2004