UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
 W.R. GRACE & CO.-CONN.                                         |
                                                                | Case No. 01-01140
                                                                |
          Debtors.                                              |
----------------------------------------------------------------X   **Claim No. 351**

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

To: (Transferor)        Flemming Zulack & Williamson LLP
                        One Liberty Plaza, 35th Floor
                        New York, NY 10006
                        Attn: Jim Lynch

The transfer of your claim as shown above, in the amount of $114,951.11 has been transferred (unless previously expunged by court order) to:
                        LONGACRE MASTER FUND, LTD.
                        Transferor: Flemming Zulack & Williamson LLP
                        810 Seventh Avenue, 22nd Floor
                        New York, NY  10019
                        Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

       United States Bankruptcy Court
       District of Delaware
       824 Market Street, Room 525
       Wilmington, DE 19801

   - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                      Intake Clerk
------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                            _____
                                            Deputy Clerk

**LONGACRE**

THE LONGACRE FUNDS

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel: 212-259-4350
Fax: 212-259-4345
www.longacrellc.com

## Agreement to Assign Claim

*To:    Flemming Zulack & Williamson LLP*
*One Liberty Plaza*
*35th Floor*
*New York, NY 10006*
*Attn:    Jim Lynch*
*Tel:    212-412-9515*
*Fax:    212-964-9200*

*From:  Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:    Steven S. Weissman*
*Tel:    212-259-4350*
*Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 8/23/2004. |
| **Seller:** | Flemming Zulack & Williamson. |
| **Buyers:** | Longacre Master Fund, Ltd. (86.00%) and Longacre Capital Partners (QP), L.P. (14.00%) |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession. |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding ("Claim"). |
| **Schedule Amount:** | $114,951.11. |
| **Proof of Claim Amount:** | $114,951.11 |
| **Purchase Rate:** | [deleted] |
| **Consideration:** | [deleted] |
| **Holdback Rate:** | None. |

**Disclosure:** Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim.

**Payments:** Any payments, distributions or accrued interest made on account of the Claim after the date hereof are for the benefit of Buyer.

**Subject to:** 1) Execution of an Assignment of Claim (which is a more elaborate formulation of this Agreement) reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition.

**Settlement:** Within ten business days of Buyers receipt of fully executed Assignment of Claim and all necessary documents and releases.

**Binding Effect:** It is the intent of the parties: 1) to be bound by this agreement 2) that this agreement shall be governed by New York law. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim.

**Expiration:** Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer.

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Marc Wingate** at the following fax number: (212) 259-4345.

ACCEPTED AND AGREED

FLEMMING ZULACK & WILLIAMSON

Signature: /s/ James R. Lynch  
Title: Partner  
Name: James R. Lynch  
Date: 8/23/2004  

LONGACRE MASTER FUND LTD. (86.00%)

By:   /s/ Vladimir Jelisavcic  
    Name:   Vladimir Jelisavcic  
    Title:   Director  
    Date:   August 23, 2004  

LONGACRE CAPITAL PARTNERS (QP), L.P. (14.00%)  
By:   LONGACRE MANAGEMENT, LLC,  
    its General Partner

By:    /s/ Vladimir Jelisavcic_____
     Name:    Vladimir Jelisavcic
     Title:    Member
     Date:    August 23, 2004