UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------X
In re:                                                           |
                                                                 | Chapter 11
  W.R. GRACE & CO.-CONN.                                         |
                                                                 | Case No. 01-01140
                                                                 |
                     Debtors.                                    |
-----------------------------------------------------------------X    **Claim No. 13506**

### <u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)</u>

To: (Transferor)        General Chemical Corp.
                        90 East Halsey Road
                        Parsipanny, NJ 07054
                        Attn: Robert Marin


The transfer of your claim as shown above, in the amount of <u>$197,988.27 </u>has been transferred
(unless previously expunged by court order) to:
                        LONGACRE MASTER FUND, LTD.
                        Transferor: General Chemical Corp.
                        810 Seventh Avenue, 22nd Floor
                        New York, NY  10019
                        Att: Vladimir Jelisavcic


No action is required if you do not object to the transfer of your claim.  However, IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF
THIS NOTICE, YOU MUST:


        - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

                United States Bankruptcy Court
                District of Delaware
                824 Market Street, Room 525
                Wilmington, DE 19801


        - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing
will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE
WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                        Intake Clerk
----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2004.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____


                                _____
                                Deputy Clerk

**THE LONGACRE FUNDS**

# LONGACRE

**810 Seventh Avenue, 22nd Floor**
**New York, New York 10019**
**Tel:  212-259-4350**
**Fax: 212-259-4345**
**www.longacrellc.com**

### Agreement to Assign Claim

*To:*    *General Chemical Corp*
         *c/o General Chemical Performance Products LLC*
         *90 East Halsey Road*
         *Parsipanny, NJ 07054*
         *Attn:   Robert Marin*
         *Tel:     973-515-3210*
         *Fax:    973-515-1997*

*From:  Longacre Management, LLC*
          *810 Seventh Avenue, 22nd Floor*
          *New York, NY 10019*
          *Attn:    Steven S. Weissman*
          *Tel:     212-259-4350*
          *Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 9/22/2004. |
| **Seller:** | General Chemical Corp. |
| **Buyers:** | Longacre Master Fund, Ltd. (86.50%) and Longacre Capital Partners (QP), L.P. (13.50%) |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession. |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding ("Claim"). |
| **Schedule Amount:** | $178,396.44. |
| **Proof of Claim Amount:** | $197,988.27 |
| **Purchase Rate:** | [deleted] |
| **Consideration:** | [deleted] |
| **Holdback Rate:** | None. |

**Disclosure:**  Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim.

**Payments:**  Any payments, distributions or accrued interest made on account of the Claim after the date hereof are for the benefit of Buyer.

**Subject to:**  1) Execution of an Assignment of Claim (which is a more elaborate formalization of this Agreement) reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer.  Buyer may waive any condition at its option and settle this transaction without such condition.

**Settlement:**  As soon as reasonably practical.

**Binding Effect:**  It is the intent of the parties: 1) to be bound by this Agreement 2) that this Agreement shall be governed by New York law.  This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim.

**Expiration:**  Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer.


Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Marc Wingate** at the following fax number: (212) 259-4345.

ACCEPTED AND AGREED

GENERAL CHEMICAL CORP

Signature: /s/ Matthew M. Walsh_____
Title:   Vice President_____
Name:  Matthew M. Walsh_____
Date:   9/27/2004_____

LONGACRE MASTER FUND LTD. (86.50%)


By:      /s/ Steven Weissman_____
       Name:     Steven Weissman
       Title:     Director
       Date:     September 22, 2004

LONGACRE CAPITAL PARTNERS (QP), L.P. (13.50%)
By:      LONGACRE MANAGEMENT, LLC,
       its General Partner

By:     /s/ Steven Weissman
    Name:       Steven Weissman
    Title:        Member
    Date:        September 22, 2004