# FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1555
Fax: 302.575.1714

WR Grace PD Committee

August 1, 2004 – August 31, 2004

Invoice No.: 13737

RE: WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|------|--|-------|--------|
| B14 | Case Administration - | 10.20 | 2,251.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.90 | 390.00 |
| B18 | Fee Applications, Others - | 9.70 | 1,000.50 |
| B2  | Claims Analysis Obj. & Res. (Asbestos) | 0.50 | 112.50 |
| B25 | Fee Applications, Applicant - | 9.20 | 979.50 |
| B3  | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 135.00 |
| B32 | Litigation and Litigation Consulting - | 2.30 | 517.50 |
| B36 | Plan and Disclosure Statement - | 0.30 | 67.50 |
| B37 | Hearings - | 2.10 | 472.50 |
| **Total** | | **36.80** | **$5,926.50** |
| **Grand Total** | | **36.80** | **$5,926.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 150.00 | 0.90 | 135.00 |
| Rick S. Miller | 215.00 | 0.30 | 64.50 |
| Steven G. Weiler | 150.00 | 0.20 | 30.00 |
| Theodore J. Tacconelli | 225.00 | 18.60 | 4,185.00 |
| Legal Assistant - AD | 90.00 | 16.80 | 1,512.00 |
| **Total** | | **36.80** | **$5,926.50** |

## DISBURSEMENT SUMMARY

| Expense - | 322.61 |
|-----------|--------|
| **Total Disbursements** | **$322.61** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-10-04 | *Claims Analysis Obj. & Res. (Asbestos)* review pleading re: CSFB response to debtors' motion to estimate claims in Owens Corning case | 0.50 | TJT |
| Aug-04-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review pleading re: debtors' 6th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review order granting objections and continuing hearing on certain claims re: debtors' third omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review order granting 4th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review order continuing certain claim objections re: debtors' 4th omnibus objection to claims | 0.10 | TJT |
| Aug-09-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review email from A Danzeisen re: study and editorial questioning asbestos experts reading of chest x-rays | 0.10 | TJT |
| Aug-27-04 | *Claims Analysis Obj. & Res. (Non-Asb)* -review pleading re: response of Lason to 6th omnibus objection to claims | 0.10 | TJT |
| Aug-02-04 | *Case Administration* - update 2002 service list and labels re: Adelman Lavine change of address and Cohn & Whitesell amended entry of appearance | 0.20 | AD |
| Aug-03-04 | *Case Administration* - review pleading re: fee auditor's final report re: Ferry, Joseph & Pearce's 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Richardson Patrick quarterly fee app re: Jan-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final consolidated report re: miscellaneous professionals for 12th interim period quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Deloitte & Touche 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Holme Roberts 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: CDG 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Protiviti 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: PWC 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Stroock 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Capstone Corp. Recovery 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Lukins Annis 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Carella Byrne 12th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Klett Rooney June, 2004 fee app | 0.10 | TJT |
| Aug-04-04 | *Case Administration* - review pleading re: summary of Lukins Annis quarterly fee app Jan.-Mar., 2004 | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - review pleading re: order granting AllTech Acquisition | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' 12th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' 12th quarterly report of settlements | 0.10 | TJT |
| Aug-05-04 | *Case Administration* - review order granting debtors' motion for relief from rule 3007-1 re: property damage claims | 0.10 | TJT |
| | *Case Administration* - review order continuing certain objections to third omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - review order expanding scope of services of Deloitte & Touche | 0.10 | TJT |
| | *Case Administration* - review order denying stock motion to expand PI re: 01-771 | 0.10 | TJT |
| | *Case Administration* - review order authorizing assignment of certain property leases | 0.10 | TJT |
| | *Case Administration* - review order granting Baker Hughes motion to lift automatic stay | 0.10 | TJT |
| | *Case Administration* - review order granting debtors' 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Richardson Patrick quarterly fee app | 0.10 | TJT |
| Aug-08-04 | *Case Administration* - review pleading re: Caplan Drysdale June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Campbell Levine June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: L Tersigni June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Legal Analysis Systems June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to retain Deloitte & Touche | 0.20 | TJT |
| Aug-09-04 | *Case Administration* - review pleading re: summary of Reed Smith quarterly fee app re: April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Protiviti's quarterly fee app re: April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Steptoe & Johnson quarterly fee app re: Jan.-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of BMC's quarterly fee app re:Jan-March, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Kramer Levine monthly fee app May, 2004 | 0.10 | TJT |
| Aug-10-04 | *Case Administration* - review pleading re: debtors' motion for expedited hearing re: Evans litigation | 0.10 | TJT |
| | *Case Administration* - review pleading re: objection by Cambridge, MA to ADR motion | 0.20 | TJT |
| | *Case Administration* - review pleading re: conditional objection by MD Casualty Co. to Libby claimants' motion to take perpetuation depositions | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - review debtors' expedited motion to hold Evans counsel in contempt or to expand PI (with exhibits) | 1.00 | TJT |
| Aug-11-04 | *Case Administration* - review pleading re: Evans' counsel objection to debtors' motion for emergency hearing on motion to hold Evans counsel in contempt and to expand PI | 0.10 | TJT |
| Aug-12-04 | *Case Administration* - review pleading re: debtors' motion for leave to file submission to clarify ADR program with attachments | 0.30 | TJT |
| Aug-13-04 | *Case Administration* - review pleading re: summary of Capstone Corp. Recovery quarterly fee app Feb-Mar., 2004 | 0.10 | TJT |
| Aug-15-04 | *Case Administration* - review pleading re: debtors' objection to Libby claimants motion for relief from stay to take Perpetuation depositions | 0.20 | TJT |
| Aug-16-04 | *Case Administration* - review Certificates of Counsel of order granting expanded scope of Nelson Mullins | 0.10 | TJT |
| | *Case Administration* - review pleading re: amended notice of appearance for Charlotte Transit Center and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - teleconference with co-counsel re: procedural question regarding local rules | 0.10 | TJT |
| | *Case Administration* - review pleading re: Warren Smith and Assoc April-June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - prepare email to co-counsel re: procedural question regarding local rules | 0.10 | TJT |
| Aug-17-04 | *Case Administration* - update 2002 service list and labels re: Charlotte Transit Center | 0.10 | AD |
| Aug-18-04 | *Case Administration* - confer with T. Tacconelli re: scheduling matters | 0.30 | RSM |
| | *Case Administration* - review pleading re: Richardson Patrick April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Richardson Patrick May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Richardson Patrick June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: notice of death of Rodney Erickson 01-771 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Dec., 2003-June, 2004 fee app | 0.10 | TJT |
| Aug-19-04 | *Case Administration* - review pleading re: summary of Legal Analysis Systems April-June, 2004 quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Caplan Drysdale quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary for L Tersigni quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Holme Roberts May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Casner Edwards May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of PWC quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: Reed Smith May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Stroock May, 2004 fee app | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Aug-21-04 | *Case Administration* - review pleading re: objection by Kerry Evans, et al. to debtors' ADR program | 0.10 | TJT |
| Aug-26-04 | *Case Administration* - teleconference with committee member re: 2019 motion | 0.10 | TJT |
| | *Case Administration* - review email from J Sakalo re: 2019 order | 0.10 | TJT |
| Aug-29-04 | *Case Administration* - review pleading re: Woodcock and Washburn June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Pintey Hardin's May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Goodwin Procter April, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Wallace King June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Nelson Mullins May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: K&E May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Reed Smith June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Stroock June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Duane Morris May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Protiviti May, 200 fee app | 0.10 | TJT |
| Aug-30-04 | *Case Administration* - review pleading re: K&E June, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Blackstone group quarterly fee app Jan-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Goodwin Procter quarterly fee app Jan-Mar, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Casner Edwards quarterly fee app April-June, 2004 | 0.10 | TJT |
| Aug-31-04 | *Case Administration* - review email from J Sakalo re: amended 2019 order | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Wallace King 12th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Richardson Patrick 12th interim quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Elzufon Austin 12th interim period quarterly fee app | 0.10 | TJT |
| Aug-05-04 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | LLC |
| | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.30 | TJT |
| Aug-12-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.40 | TJT |
| Aug-17-04 | *Committee, Creditors', Noteholders' or* -review agenda for 8/23/04 hearing | 0.10 | TJT |
| Aug-19-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.30 | TJT |
| Aug-02-04 | *Fee Applications, Others* - review and revise Certificate of No Objection re: CDG's Jan-March, 2004 quarterly fee app | 0.20 | TJT |
| | *Fee Applications, Others* - draft Certificate of No Objection re: CDG's 12th | 0.30 | AD |

| | | | |
|---|---|---|---|
| | monthly fee app (.2) and draft Certificate of Service re: same (.1) | | |
| Aug-03-04 | *Fee Applications, Others* - Review Certificate of No Objection re: docket no. 5955 | 0.10 | LLC |
| | *Fee Applications, Others* - review docket re: CDG's Certificate of No Objection for 12th monthly fee app | 0.10 | AD |
| | *Fee Applications, Others* - prepare CDG's Certificate of No Objection for filing re: 12th monthly | 0.10 | AD |
| | *Fee Applications, Others* - e-file and serve CDG's Certificate of No Objection re: 12th monthly fee app | 0.30 | AD |
| Aug-09-04 | *Fee Applications, Others* - trade emails with S Jones re: CDG's 12th monthly fee app (x2) | 0.20 | AD |
| Aug-10-04 | *Fee Applications, Others* - review email from L Flores re: HRA 7th quarterly fee app and forward HRA's 7th quarterly fee app to S Bossay | 0.10 | AD |
| Aug-18-04 | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: Bilzin June, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA May, 2004 fee app | 0.30 | AD |
| Aug-19-04 | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA June, 2004 fee app | 0.30 | AD |
| Aug-20-04 | *Fee Applications, Others* - review and revise Certificate of No Objection re: HRA May, 2004 fee app | 0.20 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA June, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: June, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection prior to filing (.1), review docket (.1) and prepare documents for filing (.1) re: Bilzin June, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - review and revise Certificate of No Objection prior to filing (.1), review docket (.1) and prepare documents for filing (.1) re: HRA May, 2004 fee request | 0.30 | AD |
| | *Fee Applications, Others* - review Certificate of No Objection prior to filing (.1), review docket (.1) and prepare documents for filing (.1) re: HRA June, 2004 fee request | 0.30 | AD |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin June, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: HRA May, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: HRA June, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - review Certificate of No Objection prior to filing and make changes (.1), review docket (.1), and prepare Certificate of No Objection for filing (.1) re: HRA May, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - review Certificate of No Objection prior to filing (.1), review docket (.1), and prepare Certificate of No Objection for filing (.1) re: HRA June, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - review Certificate of No Objection prior to filing | 0.30 | AD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | (.1), review docket (.1), and prepare Certificate of No Objection for filing (.1) re: Bilzin June, 2004 fee app | | |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: HRA May, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: HRA June, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Others* - e-file and serve Certificate of No Objection re: Bilzin June, 2004 | 0.30 | AD |
| | *Fee Applications, Others* - teleconferences with S Jones re: payment of CDG's 12th monthly fee app (x2) (.2) and call to J Port re: same | 0.30 | AD |
| Aug-25-04 | *Fee Applications, Others* - review email from L Flores re: HRA 8th quarterly fee app and Bilzin Sumberg 13th quarterly fee | 0.10 | TJT |
| Aug-26-04 | *Fee Applications, Others* - review HRA 8th quarterly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review Bilzin Sumberg 13th quarterly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review email from L Flores re: Bilzin's 13th quarterly fee app and HRA's 8th quarterly fee app | 0.10 | AD |
| | *Fee Applications, Others* - review and revise documents attached in L Flores' email re: HRA's 8th quarterly fee app | 0.30 | AD |
| | *Fee Applications, Others* - review and revise documents attached in L Flores' email re: Bilzin's 13th quarterly fee app | 0.30 | AD |
| | *Fee Applications, Others* - draft invoices as Exhibit C (.1), finalize documents (.2), and draft Certificate of Service (.1) re: HRAs 8th quarterly fee app | 0.40 | AD |
| | *Fee Applications, Others* - draft invoices as Exhibit C (.1), finalize documents (.2), and draft Certificate of Service (.1) re: Bilzin's 13th quarterly fee app | 0.40 | AD |
| | *Fee Applications, Others* - prepare documents for filing (.1) and e-file and serve HRA's 8th quarterly fee app (.5) | 0.60 | AD |
| | *Fee Applications, Others* - prepare documents for filing (.1) and e-file and serve Bilzin's 13th quarterly fee app (.6) | 0.70 | AD |
| Aug-05-04 | *Litigation and Litigation Consulting* - prepare email to A Danzeisen re: 7/29/04 Owens Corning hearing transcript re: disgorgement of fees | 0.10 | TJT |
| Aug-09-04 | *Litigation and Litigation Consulting* - review debtors' monthly operating report for July, 2004 specifically notes to combined financial statements | 0.10 | TJT |
| Aug-11-04 | *Litigation and Litigation Consulting* - teleconference with S Kinsella re: stipulation to extend briefing schdeule re: appeal of futures rep.order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from S Kinsella re: stipulation to modify briefing schedule re: appeal of futures rep. order | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review proposed stipulation to modify briefing schedule re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review letter from S Kinsella re: stipulation to modify briefing schedule re: appeal of futures rep. order | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review stipulation to modify briefing schedule, execute stipuation and return to S Kinsella | 0.20 | TJT |
| Aug-17-04 | *Litigation and Litigation Consulting* - review letter from S Kinsella enclosing clocked-copy of stipulation to modify briefing schedule re: | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Aug-28-04 | *Litigation and Litigation Consulting* - review debtors' brief re: appeal of futures rep. order | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review brief of PI committee (with exhibits) re: appeal of futures rep. order | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - review joinder of futures rep. in brief filed by debtors and PI committee | 0.10 | TJT |
| Aug-31-04 | *Litigation and Litigation Consulting* - review email from J Sakalo re: opposition brief re: appeal of futures rep. order | 0.10 | TJT |
| Aug-21-04 | *Hearings* - review amended agenda for 8/23/04 hearing | 0.10 | TJT |
| Aug-23-04 | *Hearings* - review email from J Sakalo re: 8/23/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - attend bankruptcy court | 1.90 | TJT |
| Aug-12-04 | *Plan and Disclosure Statement* - review email from S Baena re: meeting with debtors to discuss plan | 0.10 | TJT |
| Aug-23-04 | *Plan and Disclosure Statement* - review email from A Danzeisen re: meeting with debtors in Washington, D.C. | 0.10 | TJT |
| Aug-27-04 | *Plan and Disclosure Statement* - review email from S Baena re: spike in WR Grace stock | 0.10 | TJT |
| Aug-01-04 | *Fee Applications, Applicant* - review and revise Ferry, Joseph & Pearce's revised June, 2004 time details | 0.20 | TJT |
| Aug-02-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's June, 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's June, 2004 time detail | 0.20 | AD |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's June, 2004 invoice for filing | 0.30 | AD |
| | *Fee Applications, Applicant* - draft notice (.1), draft summary (.2), and Draft Certificate of Service (.1) re: Ferry, Joseph & Pearce's June, 2004 fee app | 0.40 | AD |
| Aug-03-04 | *Fee Applications, Applicant* - Review 38th montly Fee Application | 0.20 | LLC |
| | *Fee Applications, Applicant* - prepare Ferry, Joseph & Pearce's June, 2004 fee app for filing | 0.10 | AD |
| | *Fee Applications, Applicant* - e-file and serve Ferry, Joseph & Pearce's June, 2004 fee app | 0.40 | AD |
| Aug-04-04 | *Fee Applications, Applicant* - Match fee/expense check with billing statement re: Ferry, Joseph & Pearce's 37th Fee Application; forward to T. Corrigan | 0.10 | SGW |
| Aug-05-04 | *Fee Applications, Applicant* - begin drafting chart information in summary | 1.80 | AD |
| Aug-08-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's July, 2004 time detail | 0.40 | TJT |
| Aug-09-04 | *Fee Applications, Applicant* - continue drafting fee summary re: Ferry, Joseph & Pearce's 13th quarterly fee app | 0.70 | AD |
| Aug-10-04 | *Fee Applications, Applicant* - begin calculating disbursement quarterly totals re: Ferry, Joseph & Pearce's 13 quarterly fee app | 0.50 | AD |
| Aug-12-04 | *Fee Applications, Applicant* - continue calculating disbursement summaries for Ferry, Joseph & Pearce's 13th quarterly fee app | 0.50 | AD |
| | *Fee Applications, Applicant* - begin drafting language for Exhibit B (task | 0.40 | AD |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | summaries) for Ferry, Joseph & Pearce's 13th quarterly fee app | | |
| Aug-13-04 | *Fee Applications, Applicant* - revise Ferry, Joseph & Pearce's July, 2004 time records for filing | 0.20 | AD |
| Aug-15-04 | *Fee Applications, Applicant* - review revised Ferry, Joseph & Pearce's time details for July, 2004 | 0.10 | TJT |
| Aug-16-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's July, 2004 time and request bill for filing of fee app | 0.20 | AD |
| Aug-17-04 | *Fee Applications, Applicant* - draft notice (.1), draft summary (.2), draft Certificate of Service (.1), and modify Ferry, Joseph & Pearce's July, 2004 invoice for filing (.3) re: Ferry, Joseph & Pearce's July, 2004 fee app | 0.70 | AD |
| Aug-18-04 | *Fee Applications, Applicant* - Review July 2004 Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - revise time detail prior to filing (.1), prepare documents for filing (.1), and e-file and serve Ferry, Joseph & Pearce's July, 2004 fee app | 0.60 | AD |
| Aug-23-04 | *Fee Applications, Applicant* - draft Certificate of No Objection (.2) and draft Certificate of Service re: Ferry, Joseph & Pearce's June, 2004 fee app | 0.30 | AD |
| | *Fee Applications, Applicant* - review docket (.1), prepare Certificate of No Objection for filing re: Ferry, Joseph & Pearce's June, 2004 fee app (.1), and e-file and serve Certificate of No Objection re: same (.3) | 0.50 | AD |
| Aug-24-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's June, 2004 fee app | 0.10 | TJT |
| Aug-25-04 | *Fee Applications, Applicant* - Determine status of overpayment from Ferry, Joseph & Pearce's 39th (July 2004) monthly Fee Application | 0.10 | SGW |

*Totals*                                                                                   *36.80*

## DISBURSEMENTS

| | | |
|---|---|---:|
| Aug-10-04 | *Expense* - Reliable Copy Service | 213.40 |
| Aug-18-04 | *Expense* - copying cost | 7.20 |
| | *Expense* - postage | 2.12 |
| | *Expense* - Federal Express | 12.91 |
| Aug-20-04 | *Expense* - copying cost | 31.50 |
| | *Expense* - postage | 8.48 |
| | *Expense* - service supplies | 14.00 |
| | *Expense* - T. Tacconelli - Reimbursement for parking | 13.00 |
| Aug-23-04 | *Expense* - Blue Marble Logistics | 5.00 |
| Aug-24-04 | *Expense* - Blue Marble Logistics | 15.00 |

*Totals*            *$322.61*

**Total Fees & Disbursements**            $6,249.11

**Balance Due Now**

$6,249.11