# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 6151 and |
| | | 9/27/04 Agenda Item 10 |

**ORDER DENYING THE MOTION OF INTERCAT, INC.
FOR LEAVE TO FILE A LATE PROOF OF CLAIM**

This matter coming before the Court on the Motion of Intercat, Inc. for Leave to File a Late Proof of Claim (the "Motion") filed by Intercat, Inc. ("Intercat") in the above-captioned bankruptcy cases; the Court having reviewed and considered the Motion; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) no further notice or hearing on the Motion being required:

IT IS HEREBY ORDERED THAT the Motion is denied for the reasons stated on the record at the hearing on the Motion.

Dated: October ___, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

91100-001\DOCS_DE:101075.1