## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE, et al. | ) | Case No. 01-1139-JKF |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE, that the party as named below, pursuant to Rule 9010 of the Rules of Bankruptcy Procedure, enter their appearance as counsel on behalf of Ancel Abadie and 410 additional claimants and request that all notices given or required to be given in this case and all papers served in this case be given to and served upon the party as listed at the following address and telephone number:

> The Murray Law Firm
> ATTN: Julie A. Ardoin, Esq.
> 909 Poydras Street, Suite 2550
> New Orleans, LA 70112-4000
> Tel: (504) 525-8100
> Fax: (504) 584-5224

PLEASE TAKE FURTHER NOTICE, that the foregoing demand not only includes notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders, and notices and any application, motion or petition, pleading, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise, which affects the Debtor or the property of the Debtor.

Respectfully submitted,

The Murray Law Firm

Dated: 10-4-04

By: _____
Stephen B. Murray (#9858)
Julie A. Ardoin (#22925)
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000
Tel: (504) 525-8100

## CERTIFICATE OF SERVICE

I do hereby certify that on this __4th__ day of October, 2004, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notices to be served via U.S. Mail, postage prepaid on the following parties:

Bankruptcy Court:

**U.S. Bankruptcy Court for the District of Delaware**
Attn: Intake
824 Market Street
Wilmington, Delaware 19801

Debtor's Attorney:

**Laura Davis Jones**
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

Daniel E. Lawless, Jr.