**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|     **W.R. GRACE & CO., et al.,** | ) | |
| | ) | **Case No. 01-01139 (JKF)** |
|     **Debtor.** | ) | |

**NOTICE OF ADDRESS CHANGE**

PLEASE TAKE NOTICE that The Hogan Firm, f/k/a Daniel K. Hogan, Attorney at Law, has changed the address of its Wilmington Office and is now located at:

1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
E-mail: dkhogan@dkhogan.com
(Telephone numbers, fax numbers and e-mail addresses remain unchanged)

PLEASE TAKE FURTHER NOTICE that The Hogan Firm requests that all future notices given or required to be given and all papers hereinafter served or required to be served in this case be given to and served upon The Hogan Firm at its new address as set forth above.

Dated: October 12, 2004                    **THE HOGAN FIRM**

                                                         */s/Daniel K. Hogan*
                                                         Daniel K. Hogan (DE #2814)
                                                         1311 Delaware Avenue
                                                          Wilmington, Delaware 19806
                                                          Telephone: 302-656-7540
                                                          Facsimile: 302-656-7599
                                                          Email: dkhogan@dkhogan.com