**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

October 11, 2004

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 84306

FOR PROFESSIONAL SERVICES RENDERED
THROUGH September 30, 2004

Atty - SLB
Client No. 74817/15537

RE:   01- Case Administration

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/01/04 | ASD | 1.40 | 406.00 | Continue review of KWELMB motion (.4); telephone conference with Debtor counsel and draft email to counsel regarding KWELMB issue (.2); review of prior settlement agreement (.4); review of ADZO settlement motion; review of motion for severance pay (.3); email financial advisor regarding motions (.1). |
| 09/01/04 | JMS | 3.80 | 1,102.00 | Review issues related to KWELMBS motion, KERP motion, and conferences with A. Danseizen, S. Baena thereon (1.5); emails with committee members regarding meeting with Austern and counsel (1.5); emails with R. Frankel thereon (.8) |
| 09/01/04 | AJ | 0.80 | 88.00 | Prinout of Docket for A. Danzeisen (.3) Printout of requested pleadings (.5) |
| 09/02/04 | ASD | 0.40 | 116.00 | Review prior KWELM issues (.4). |
| 09/02/04 | ASD | 1.20 | 348.00 | Interoffice conference with Scott Baena regarding AKZO and KWELMB motions (.4); prepare summary of sending motions for Committee (.8). |
| 09/02/04 | SLB | 0.40 | 220.00 | Interoffice conference with A. Danzeisen and J. Sakalo regarding report to PD committee on pending motions and proposed action plan (.4). |
| 09/07/04 | ASD | 1.10 | 319.00 | Research regarding patent issues (1.1). |
| 09/07/04 | SLB | 4.00 | 2,200.00 | Conference with D. Austern, R. Frankel and PD Committee (2.0); conference with committee post Austern meeting (2.0). |
| 09/07/04 | JMS | 1.70 | 493.00 | Review Baron & Budd motion for reconsideration of 2019 Order (.5); conference with S. Baena regarding pending matters (1.2) |
| 09/08/04 | ASD | 0.80 | 232.00 | Research regarding settlement issues (.5); telephone conference with Grace counsel regarding settlement motions (.2); draft email regarding KWELMB issue (.1). |
| 09/08/04 | SLB | 2.00 | 1,100.00 | Conference with Elliott Associates (2.0). |
| 09/08/04 | LMF | 0.80 | 96.00 | Review Court docket for order setting trial on Science trial (.8). |
| 09/09/04 | ASD | 0.20 | 58.00 | Email Grace counsel regarding outstanding issues related to settlement motions (.1); review response to same (.1). |
| 09/10/04 | ASD | 0.50 | 145.00 | Research inquiry from Co-Chair and response providing answer to inquiry (.5). |
| 09/10/04 | ASD | 1.40 | 406.00 | Review AKZO Nobel issues (.4); telephone conference with Grace counsel regarding AKZO issue (.4); draft summary of conclusion on AKZO issues (.6). |
| 09/10/04 | SLB | 0.60 | 330.00 | Telephone conference with D. Speights regarding production by Grace (.3); email from and to M. Dies regarding same (.3). |
| 09/10/04 | JMS | 1.50 | 435.00 | Multiple telephone conferences and emails with D. Speights regarding status, appeal, claims |
| 09/13/04 | ASD | 1.00 | 290.00 | Review objections of PI and futures to KWELMB Settlement (.4); draft objection to KWELMB Settlement (.6). |
| 09/13/04 | ASD | 0.40 | 116.00 | Review email regarding AKZO Nobel (.1); email Committee regarding our analysis of issue (.3). |
| 09/13/04 | SLB | 0.30 | 165.00 | Telephone call from M. Brodsky regarding discovery (.3). |
| 09/13/04 | JMS | 0.20 | 58.00 | Telephone conference with J. Hass regarding meeting with Future Claimants' Representative |
| 09/13/04 | AJ | 0.20 | 22.00 | Printout Docket for A. Danzeisen / J. Sakalo |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 2

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 09/14/04 | ASD | 0.70 | 203.00 | Review KWELMB objection (.2) put in final (.1); email Counsel regarding objection (.1); review email responses and reply regarding KWELMB objection (.3). |
| 09/14/04 | SLB | 1.00 | 550.00 | Review and revise objection to KWELMBS settlement (.3); review email traffic from J. Baer and D. Blatnick and email to A. Danzeisen regarding insurance settlement (.3); email from and to N. Finch regarding release of documents to FCR (.3); email to committee regarding same (.1). |
| 09/14/04 | JMS | 0.60 | 174.00 | Letter from and email to D. Hilton regarding letter from Grace (.3); email from N. Finch regarding release of information to Future Claimants' Representative's financial advisors (.3) |
| 09/14/04 | WV | 1.40 | 154.00 | Research on 2019 issues. |
| 09/14/04 | AJ | 0.20 | 22.00 | Printout Docket for A. Danzeisen / J. Sakalo |
| 09/15/04 | AJ | 0.50 | 55.00 | Printout Docket for A. Danzeisen / J. Sakalo (.2) Printout requested Pleadings (.3) |
| 09/16/04 | AJ | 0.20 | 22.00 | Printout Docket for A. Danzeisen / J. Sakalo |
| 09/17/04 | ASD | 0.70 | 203.00 | Research regarding pending asbestos legislation (.4); review email from Debtors counsel regarding proposed order on KWELMB settlement (.3). |
| 09/17/04 | SLB | 0.20 | 110.00 | Email to D. Speights and M. Dies, et al regarding status of legislation (.2). |
| 09/17/04 | AJ | 0.40 | 44.00 | Printout Docket for A. Danzeisen / J. Sakalo (.2) Printout requested Pleadings (.2) |
| 09/20/04 | AJ | 0.20 | 22.00 | Printout docket for A. Danzeisen & J. Sakalo |
| 09/21/04 | AJ | 0.50 | 55.00 | Printout docket for A. Danzeisen & J. Sakalo (.2) Printout requested pleadings (.3) |
| 09/22/04 | JMS | 1.40 | 406.00 | Email with S. Baena regarding KWELMB settlement (.3); telephone conferences with M. Hurford thereon (.6); second email to S. Baena regarding KWELMB settlement (.3); email to M. Dies, D. Speights regarding same (.2) |
| 09/22/04 | AJ | 0.40 | 44.00 | Printout docket for A. Danzeisen & J. Sakalo (.2) Printout requested pleadings (.2) |
| 09/23/04 | ASD | 0.20 | 58.00 | Review emails regarding KWELMB settlement (.2). |
| 09/23/04 | JMS | 0.80 | 232.00 | Telephone conference with M. Hurford regarding KWELMBS issues (.3); review same (.5) |
| 09/23/04 | WV | 3.20 | 352.00 | Prepare hearing notebook. |
| 09/23/04 | AJ | 0.30 | 33.00 | Printout docket for A. Danzeisen & J. Sakalo (.2) Printout requested pleadings (.1) |
| 09/24/04 | ASD | 0.30 | 87.00 | Review several emails regarding KWELMB'S settlement (.2); interoffice conference with Jay Sakalo regarding settlement (.1). |
| 09/24/04 | JMS | 0.20 | 58.00 | Review revised KWELMBS order and emails with A. Danzeisen thereon and email from S. Baena regarding meeting with Debtors. |
| 09/24/04 | WV | 0.20 | 22.00 | Finalize hearing notebook. |
| 09/24/04 | AJ | 0.20 | 22.00 | Printout docket for A. Danzeisen & J. Sakalo |
| 09/25/04 | JMS | 0.40 | 116.00 | Telephone conference with S. Baena regarding pending matters for hearing (.2); email to J. Fitzgerald thereon (.2) |
| 09/27/04 | JMS | 1.20 | 348.00 | Telephone conference with S. Baena and T. Tacconelli regarding hearing issues (.4); telephone conference with T. Tacconelli regarding results of hearing and memo thereon (.8) |
| 09/27/04 | AJ | 0.40 | 44.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.2) |
| 09/28/04 | JMS | 1.20 | 348.00 | Emails from and to D. Speights regarding 2019 questions (.3); conference with J. Moon regarding 2019 template (.3) (1/2 time with USG); telephone conference with M. Dies regarding 2019 issues (.4); telephone conference with M. Hurford regarding additional briefing on KWELMB issue (.2). |
| 09/28/04 | WV | 0.40 | 44.00 | Research 2019 motions. |
| 09/28/04 | AJ | 0.20 | 22.00 | Printout of docket for A. Danzeisen & J. Sakalo |
| 09/29/04 | JMS | 2.30 | 667.00 | Draft 2019 memo to Committee and prepare form templates thereon (1/2 time with USG) (.9); emails with D. Speights and M. Dies thereon (.7); emails with |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 3

| | | | | |
|---|---|---|---|---|
| | | | | S. Baena regarding status of pending issues (.4); conference with W. Van Dijk regarding template (.3) |
| 09/29/04 | JMS | 0.90 | 261.00 | Research additional briefing issues regarding KWELMBS settlement proceeds |
| 09/29/04 | AJ | 0.40 | 44.00 | Printout of docket for A. Danzeisen & J. Sakalo (.2) Printout of requested pleadings (.2) |
| 09/30/04 | JMS | 0.70 | 203.00 | Email to Committee regarding 2019 issues |
| 09/30/04 | AJ | 0.20 | 22.00 | Printout of docket for A. Danzeisen & J. Sakalo |

**PROFESSIONAL SERVICES** $13,792.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 07/18/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807065071; DATE: 7/31/2004 - Westlaw Charges | 9.58 |
| 07/19/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807065071; DATE: 7/31/2004 - Westlaw Charges | 127.94 |
| 07/26/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807065071; DATE: 7/31/2004 - Westlaw Charges | 40.72 |
| 07/31/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807065071; DATE: 7/31/2004 - Westlaw Charges | 742.85 |
| 08/22/04 | Fares, Mileage, ParkingTaxi fare to Airport - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/04; DATE: 8/26/2004 - Clients | 16.00 |
| 08/22/04 | Fares, Mileage, ParkingVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 60138; DATE: 8/22/2004 - Client #s 15537,15906 | 44.90 |
| 08/23/04 | LodgingTravel to Washington DC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/04; DATE: 8/26/2004 - Clients | 721.44 |
| 08/23/04 | MealsTravel to Washington DC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/04; DATE: 8/26/2004 - Clients | 5.38 |
| 08/23/04 | AirfareTravel to Philadelphia/Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/23/04; DATE: 8/23/2004 - Client - 15537 | 1,439.20 |
| 08/23/04 | Fares, Mileage, ParkingTaxi fares -Travel to Philadelphia/Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/23/04; DATE: 8/23/2004 - Client - 15537 | 63.00 |
| 08/23/04 | LodgingTravel to Philadelphia/Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/23/04; DATE: 8/23/2004 - Client - 15537 | 675.98 |
| 08/23/04 | Fares, Mileage, ParkingAmtrak fare from Wilmington to Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/23/04; DATE: 8/23/2004 - Client - 15537 | 204.00 |
| 08/24/04 | MealsTravel to Philadelphia/Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/23/04; DATE: 8/23/2004 - Client - 15537 | 30.64 |
| 08/24/04 | MealsTravel to Philadelphia/Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/23/04; DATE: 8/23/2004 - Client - 15537 | 182.75 |
| 08/25/04 | Fares, Mileage, ParkingTaxi to Airport - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/04; DATE: 8/26/2004 - Clients | 13.00 |

| Date | Description | Amount |
|---|---|---|
| 08/25/04 | MealsMeal w/Sakalo, Dies, Spieghts, Hass, Schwartz, Boyer, Jones 08/24/04 - Travel to Philadelphia/Washington - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-08/23/04; DATE: 8/23/2004 - Client - 15537 | 422.40 |
| 08/26/04 | Fares, Mileage, ParkingTaxi from airport - VENDOR: JAY M. SAKALO; INVOICE#: JMS-08/26/04; DATE: 8/26/2004 - Clients | 16.00 |
| 08/26/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4082964470; DATE: 8/29/2004 - Acct.#Bilzin01 | 9.03 |
| 08/31/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807264694; DATE: 8/31/2004 - Westlaw Charges | 18.85 |
| 08/31/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807264694; DATE: 8/31/2004 - Westlaw Charges | 58.92 |
| 09/01/04 | Photocopies 8.0000pgs @ 0.15/pg | 1.20 |
| 09/01/04 | Long Distance Telephone(513) 936-8888 | 33.66 |
| 09/01/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 09/01/04 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 09/01/04 | Long Distance Telephone(215) 665-2147 | 6.93 |
| 09/01/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 09/02/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 09/07/04 | AirfareTravel to NY - VENDOR: Continental Travel; INVOICE#: 319343; DATE: 9/1/2004 - Clients | 689.85 |
| 09/08/04 | Long Distance Telephone(312) 861-2000 | 3.96 |
| 09/09/04 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 09/09/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 09/09/04 | MealsTravel to NYC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-09/09/04; DATE: 9/9/2004 - Clients | 40.00 |
| 09/10/04 | Photocopies 56.0000pgs @ 0.15/pg | 8.40 |
| 09/10/04 | Long Distance Telephone(312) 861-2359 | 0.99 |
| 09/10/04 | Long Distance Telephone(312) 861-2359 | 8.91 |
| 09/14/04 | Photocopies 8.0000pgs @ 0.15/pg | 1.20 |
| 09/15/04 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 09/15/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 09/15/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 761183649 DATE: 9/20/2004 | 11.16 |
| 09/15/04 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 09/15/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 09/15/04 | Telecopies -2.0000pgs @ 1.00/pg | -2.00 |
| 09/15/04 | Long Distance Telephone(310) 645-9000 | -0.99 |
| 09/17/04 | Photocopies 22.0000pgs @ 0.15/pg | 3.30 |
| 09/17/04 | Photocopies 1.0000pgs @ 0.15/pg | 0.15 |
| 09/17/04 | Telecopies 1.0000pgs @ 1.00/pg | 1.00 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 12.87 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 5.94 |
| 09/17/04 | Long Distance Telephone(973) 538-0800 | 1.98 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 6.93 |
| 09/17/04 | Long Distance Telephone(512) 476-4397 | 0.99 |
| 09/17/04 | Photocopies 22.0000pgs @ 0.15/pg | 3.30 |
| 09/17/04 | Photocopies 1.0000pgs @ 0.15/pg | 0.15 |
| 09/17/04 | Telecopies 1.0000pgs @ 1.00/pg | 1.00 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 12.87 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 5.94 |
| 09/17/04 | Long Distance Telephone(973) 538-0800 | 1.98 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 6.93 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 5

| Date | Description | Amount |
|---|---|---|
| 09/17/04 | Long Distance Telephone(512) 476-4397 | 0.99 |
| 09/17/04 | Photocopies  22.0000pgs @ 0.15/pg | 3.30 |
| 09/17/04 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 09/17/04 | Telecopies   1.0000pgs @ 1.00/pg | 1.00 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | -12.87 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 09/17/04 | Long Distance Telephone(973) 538-0800 | 1.98 |
| 09/17/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 09/17/04 | Long Distance Telephone(512) 476-4397 | 0.99 |
| 09/20/04 | Photocopies  17.0000pgs @ 0.15/pg | 2.55 |
| 09/20/04 | Photocopies  16.0000pgs @ 0.15/pg | 2.40 |
| 09/22/04 | Photocopies  25.0000pgs @ 0.15/pg | 3.75 |
| 09/22/04 | Photocopies  99.0000pgs @ 0.15/pg | 14.85 |
| 09/22/04 | Long Distance Telephone(302) 426-1900 | 1.98 |
| 09/22/04 | Long Distance Telephone(212) 813-1073 | 1.98 |
| 09/22/04 | Long Distance Telephone(212) 813-1703 | 6.93 |
| 09/23/04 | Photocopies  15.0000pgs @ 0.15/pg | 2.25 |
| 09/23/04 | Photocopies  348.0000pgs @ 0.15/pg | 52.20 |
| 09/23/04 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 09/23/04 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 09/23/04 | Long Distance Telephone(310) 645-9000 | 0.99 |
| 09/23/04 | Long Distance Telephone(302) 426-9910 | 11.88 |
| 09/24/04 | Photocopies  321.0000pgs @ 0.15/pg | 48.15 |
| 09/24/04 | Long Distance Telephone(409) 883-4394 | 1.98 |
| 09/27/04 | Photocopies  25.0000pgs @ 0.15/pg | 3.75 |
| 09/27/04 | Long Distance Telephone(302) 575-1555 | 2.97 |
| 09/27/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 09/27/04 | Long Distance Telephone(302) 575-1555 | 0.99 |

TOTAL COSTS ADVANCED                                                                $5,910.95

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 8.50 | $550.00 | $4,675.00 |
| Danzeisen, Allyn S | 10.30 | $290.00 | $2,987.00 |
| Sakalo, Jay M | 16.90 | $290.00 | $4,901.00 |
| Flores, Luisa M | 0.80 | $120.00 | $96.00 |
| Van Dijk, Wendy | 5.20 | $110.00 | $572.00 |
| Josephs, Adam | 5.10 | $110.00 | $561.00 |
| *TOTAL* | *46.80* | | *$13,792.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $2,129.05 |
| Photocopies | $151.05 |
| Fares, Mileage, Parking | $356.90 |
| Telecopies | $9.00 |
| Federal Express | $11.16 |
| Long Distance Telephone | $167.31 |
| Long Distance Telephone-Outside Services | $9.03 |
| Lodging | $1,397.42 |
| Meals | $681.17 |
| Westlaw-Online Legal Research | $998.86 |
| TOTAL | $5,910.95 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 6

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $19,702.95

Atty - SLB
Client No. 74817/15539

RE: 03 - Creditors Committee

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/04 | ASD | 0.20 | 58.00 | Email Committee regarding Committee call (.2). |
| 09/08/04 | ASD | 0.30 | 87.00 | Email summary of Committee issues (.2); email Committee members regarding Committee call (.1). |
| 09/14/04 | SLB | 0.50 | 275.00 | Telephone call from D. Speights regarding 9/16 committee meeting agenda (.3); email to D. Speights regarding same (.2). |
| 09/15/04 | ASD | 0.20 | 58.00 | Review responses from Committee members regarding Committee (.2). |
| 09/15/04 | ASD | 0.20 | 58.00 | Review and respond to co-chairman regarding email distribution. |
| 09/15/04 | SLB | 0.20 | 110.00 | Email from D. Speights regarding committee meeting agenda (.2). |
| 09/16/04 | ASD | 2.10 | 609.00 | Prepare for (.6) and attend Committee call (1.5). |
| 09/16/04 | SLB | 1.00 | 550.00 | Telephone conference with PD committee (1.0). |
| 09/16/04 | JMS | 3.80 | 1,102.00 | Committee call (2.0); telephone conference with S. Baena |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 7

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | thereon (.3); research issues raised thereon (1.5) |
| 09/17/04 | ASD | 4.50 | 1,305.00 | Draft summary of Committee issues (3.1); prepare for Committee call (.4); attend Committee call (.7); review and respond to email correspondence from Committee members (.3). |
| 09/17/04 | SLB | 5.00 | 2,750.00 | Telephone call from D. Speights regarding 9/17 committee meeting (.2); research and memo, etc, per committee request for consideration at meeting (4.3); telephone conference with J. Schwartz regarding motion (.3); emails from and to D. Scott (.2). |
| 09/17/04 | JMS | 6.50 | 1,885.00 | Research committee issues and conferences with S. Baena thereon (4.8); telephone conferences and emails with J. Schwartz regarding motion (1.2); committee call (.5) |
| 09/23/04 | ASD | 0.20 | 58.00 | Email Committee Chairman regarding Committee conference; review response (.2). |
| 09/23/04 | ASD | 1.40 | 406.00 | Summarize minutes from Committee meeting. |
| 09/24/04 | ASD | 0.70 | 203.00 | Finalize Committee minutes (.6); review and respond to email Committee member (.1). |
| 09/27/04 | SLB | 0.50 | 275.00 | Request for interpretation of bylaws, review same and respond (.5). |
| 09/27/04 | JMS | 0.80 | 232.00 | Email from co-chair regarding committee bylaws (.3); research same (.4); conference with S. Baena thereon (.1) |
| 09/29/04 | SLB | 0.40 | 220.00 | Email exchanges with Speights, Dies, Scott, Cabreser and Westbrooke regarding meeting (.4). |
| 09/29/04 | JMS | 0.50 | 145.00 | Emails regarding meeting of subcommittee |
| 09/30/04 | ASD | 0.50 | 145.00 | Attend Committee conference. |
| 09/30/04 | SLB | 1.00 | 550.00 | Telephone conference with negotiating subcommittee (.5); telephone conference with committee (.5). |
| 09/30/04 | JMS | 1.20 | 348.00 | Meeting with S. Baena regarding committee issues (.3); subcommittee call (.4); committee call (.5). |

PROFESSIONAL SERVICES $11,429.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 8.60 | $550.00 | $4,730.00 |
| Danzeisen, Allyn S | 10.30 | $290.00 | $2,987.00 |
| Sakalo, Jay M | 12.80 | $290.00 | $3,712.00 |
| *TOTAL* | *31.70* | | *$11,429.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $11,429.00

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

|  |  |  | | Atty - SLB |
|---|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/01/04 | ASD | 0.40 | 116.00 | Research regarding fee issues (.4). |
| 09/07/04 | LMF | 0.60 | 72.00 | Review spreadsheets from fee auditors for 12th quarterly period and respond to email (.6). |
| 09/10/04 | LMF | 1.20 | 144.00 | Finalize July statement and prepare notice and summary for same and submit to local counsel for filing and serving (1.2). |
| 09/14/04 | LMF | 1.30 | 156.00 | Review prebill for August and attend to edits to same (1.3). |
| 09/23/04 | LMF | 1.20 | 144.00 | Review final statement for Bilzin for August 2004 fees and prepare notice and summary for same for bankruptcy case and for fraudulent transfer matter (1.2). |
| 09/24/04 | LMF | 0.50 | 60.00 | Complete Bilzin's notice and summary for 2004 fees and submit to local counsel for filing and serving (.5). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 9

PROFESSIONAL SERVICES $692.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | $290.00 | $116.00 |
| Flores, Luisa M | 4.80 | $120.00 | $576.00 |
| *TOTAL* | *5.20* | | *$692.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $692.00

Atty - SLB
RE:   08 - Hearings                                                                Client No. 74817/15544

09/30/04   ASD   1.20   348.00   Prepare for and attend hearing on Scott's Companies motion for stay.

PROFESSIONAL SERVICES $348.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.20 | $290.00 | $348.00 |
| *TOTAL* | *1.20* | | *$348.00* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 10

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER     $348.00

Atty - SLB
RE:    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/13/04 | JMS | 1.10 | 319.00 | Emails with D. Speights regarding meeting (.2); conference with S. Baena thereon (.5); review memo (.4) |
| 09/22/04 | JMS | 1.60 | 464.00 | Review objections to property damage claims in Federal Mogul (.4); review objections to personal injury bar date in Federal Mogul (1.2) |

PROFESSIONAL SERVICES     $783.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 11

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.70 | $290.00 | $783.00 |
| *TOTAL* | *2.70* | | *$783.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER          $783.00

                                                                                Atty - SLB
RE:   10 - Travel                                                    Client No. 74817/15546

| 09/07/04 | SLB | 0.50 | 275.00 | Travel to NYC [split with USG] (.5). |
| 09/10/04 | SLB | 2.50 | 1,375.00 | Return to Miami [split with USG] (2.5). |

PROFESSIONAL SERVICES                                                $1,650.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 12

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.00 | $550.00 | $1,650.00 |
| *TOTAL* | *3.00* | | *$1,650.00* |

Less 50% Discount on Travel -$825.00

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $825.00

---

Atty - SLB
RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) Client No. 74817/15548

---

| 09/15/04 | JMS | 0.50 | 145.00 | Review proposed settlement with Coudert Brothers (.3); email to S. Baena thereon (.2) |
|---|---|---|---|---|

**PROFESSIONAL SERVICES** $145.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 13

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $290.00 | $145.00 |
| *TOTAL* | *0.50* | | *$145.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      $145.00

Atty - SLB
Client No. 74817/15554

RE:   18 - Plan & Disclosure Statement

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/05/04 | JMS | 0.40 | 116.00 | Review motion to establish personal injury bar date in Federal Mogul (1/2 time with USG) |
| 09/07/04 | JMS | 8.30 | 2,407.00 | Prepare for meeting with Future Claimants' Representative (3.8); meet with Future Claimants' Representative and follow-up |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | meeting thereon (4.5) |
| 09/13/04 | JMS | 1.00 | 290.00 | Conference with R. Turken regarding voting issues and research thereon |
| 09/14/04 | JMS | 0.20 | 58.00 | Telephone conference with G. Boyer regarding meeting with Blackstone |
| 09/15/04 | SLB | 0.30 | 165.00 | Email from and to D. Speights regarding plan issue (.3). |
| 09/17/04 | JMS | 0.30 | 87.00 | Review email from S. Baena to D. Bernick |
| 09/22/04 | JMS | 1.30 | 377.00 | Research regarding 524(g); and conditions to receiving and channeling injunction (1.3) |
| 09/27/04 | JMS | 2.30 | 667.00 | Research regarding voting issues |
| 09/30/04 | SLB | 0.90 | 495.00 | Email to D. Bernick regarding meeting (.2); email and telephone call to M. Dies regarding plan materials (.4); email to and from D. Speights regarding same (.2); email to D. Scott regarding same (.1). |

**PROFESSIONAL SERVICES** $4,662.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.20 | $550.00 | $660.00 |
| Sakalo, Jay M | 13.80 | $290.00 | $4,002.00 |
| *TOTAL* | *15.00* | | *$4,662.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $4,662.00

Atty - SLB
RE:   27 - Litigation Consulting                                Client No. 74817/15563

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 09/07/04 | JMS | 0.70 | 203.00 | Address Austern appeal issues |
| 09/13/04 | SLB | 0.40 | 220.00 | Review memo from A. Danzeisen regarding AKZO settlement and email to A. Danzeisen regarding same (.4). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 15

| | | | | | |
|---|---|---|---|---|---|
| 09/14/04 | JMS | 1.00 | 290.00 | | Telephone conference with D. Felder regarding Future Claimants' Representative appeal dismissal (.2); email to D. Felder thereon (.2); telephone conference with J. Cohn regarding dismissal of Future Claimants' Representative appeal (.3); review stipulated order regarding dismissal (.3) |

PROFESSIONAL SERVICES $713.00

COSTS ADVANCED

| | | |
|---|---|---|
| 08/19/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807264694; DATE: 8/31/2004 - Westlaw Charges | 13.98 |

TOTAL COSTS ADVANCED $13.98

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | $550.00 | $220.00 |
| Sakalo, Jay M | 1.70 | $290.00 | $493.00 |
| *TOTAL* | *2.10* | | *$713.00* |

MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Westlaw-Online Legal Research | $13.98 |
| TOTAL | $13.98 |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER $726.98

Atty - SLB
RE:   30 - Fee Application of Others                                                Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 09/01/04 | JMS | 0.60 | 174.00 | Review Future Claimants' Representative's fee statements for May and June |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 09/07/04 | ASD | 0.90 | 261.00 | Review 8 fee applications (.9). |
| 09/10/04 | LMF | 0.90 | 108.00 | Finalize July statement and prepare notice and summary for Hamilton, Rabinovitz and submit to local counsel for filing and serving (.9). |
| 09/14/04 | JMS | 0.20 | 58.00 | Telephone conference with G. Boyer regarding response to Court request |
| 09/15/04 | ASD | 0.40 | 116.00 | Review four fee applications (.4). |
| 09/21/04 | JMS | 0.50 | 145.00 | Review CDG fee statement (.3); email from S. Baena thereon (.2) |
| 09/22/04 | LMF | 0.90 | 108.00 | Review invoice for August 2004 fees from Hamilton Rabinovitz and prepare notice and summary for filing (.9). |
| 09/22/04 | JMS | 1.30 | 377.00 | Review and revise CDG's fee statement (.9); telephone conferences with G. Boyer thereon (.4) |
| 09/24/04 | LMF | 0.50 | 60.00 | Complete HR&A's notice and summary for 2004 fees and submit to local counsel for filing and serving (.5). |

PROFESSIONAL SERVICES                                                                $1,407.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.30 | $290.00 | $377.00 |
| Sakalo, Jay M | 2.60 | $290.00 | $754.00 |
| Flores, Luisa M | 2.30 | $120.00 | $276.00 |
| *TOTAL* | *6.20* | | *$1,407.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                $1,407.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 17

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| *Danzeisen, Allyn S* | 23.50 | $6,815.00 |
| *Baena, Scott L* | 21.70 | $11,935.00 |
| *Flores, Luisa M* | 7.90 | $948.00 |
| *Sakalo, Jay M* | 51.00 | $14,790.00 |
| *Van Dijk, Wendy* | 5.20 | $572.00 |
| *Josephs, Adam* | 5.10 | $561.00 |
| Less 50% Discount on Travel | | *-$825.00* |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | *$34,796.00* |

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$2,129.05* |
| *Photocopies* | *$151.05* |
| *Fares, Mileage, Parking* | *$356.90* |
| *Telecopies* | *$9.00* |
| *Federal Express* | *$11.16* |
| *Long Distance Telephone* | *$167.31* |
| *Long Distance Telephone-Outside Services* | *$9.03* |
| *Lodging* | *$1,397.42* |
| *Meals* | *$681.17* |
| *Westlaw-Online Legal Research* | *$1,012.84* |

| | |
|---|---|
| *TOTAL COSTS ADVANCED THIS PERIOD* | $5,924.93 |
| *TOTAL AMOUNT DUE THIS PERIOD* | $40,720.93 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 18

*CLIENT SUMMARY*

|  | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 09/30/04** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | $13,792.00 | $5,910.95 | $19,702.95 |
| 03 - Creditors Committee/15539 | $11,429.00 | $0.00 | $11,429.00 |
| 07 - Applicant's Fee Application/15543 | $692.00 | $0.00 | $692.00 |
| 08 - Hearings/15544 | $348.00 | $0.00 | $348.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $783.00 | $0.00 | $783.00 |
| 10 - Travel/15546 | $825.00 | $0.00 | $825.00 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | $145.00 | $0.00 | $145.00 |
| 18 - Plan & Disclosure Statement/15554 | $4,662.00 | $0.00 | $4,662.00 |
| 27 - Litigation Consulting/15563 | $713.00 | $13.98 | $726.98 |
| 30 - Fee Application of Others/17781 | $1,407.00 | $0.00 | $1,407.00 |
| *Client Total* | *$34,796.00* | *$5,924.93* | *$40,720.93* |