# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: November 8, 2004 |
| | : | Hearing Date:  TBD |

## FEE DETAIL FOR PITNEY HARDIN LLP'S
## FORTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD
## FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 08/01/04 15 | Review file from trial in preparation for appellate brief. J. Mandel | 1.7 | 416.50 |
| 08/02/04 15 | Review trial file, including pre and post-trial briefs in preparation for appellate brief. J. Mandel | 1.5 | 367.50 |
| 08/03/04 15 | Attend to outline for appeal brief and direct J. Mandel on same. W. Hatfield | 1.0 | 300.00 |
| 08/03/04 15 | Continue review of file for preparation of appellate brief. J. Mandel | 0.5 | 122.50 |
| 08/03/04 15 | Research regarding right to jury trial on common law claims in Spill Act case. J. Clark | 2.4 | 588.00 |
| 08/03/04 15 | Prepare an appellate brief outline. J. Mandel | 0.5 | 122.50 |
| 08/03/04 15 | Research for argument on summary judgment and begin legal argument on summary judgment issue. J. Mandel | 1.5 | 367.50 |
| 08/03/04 15 | Conference with W. Hatfield regarding issues on appeal. J. Mandel | 1.0 | 245.00 |
| 08/04/04 15 | Continue preparation of appellate brief point heading on summary judgment to oil companies. J. Mandel | 1.0 | 245.00 |
| 08/04/04 15 | Continued research regarding right to jury trial on common law claims in Spill Act case. J. Clark | 3.3 | 808.50 |
| 08/05/04 15 | Address appellate brief strategy issues. W. Hatfield | 0.3 | 90.00 |

2

| 08/05/04 15 | Address issues on exemplified order for filing.<br>W. Hatfield | 0.2 | 60.00 |
|---|---|---|---|
| 08/05/04 15 | Review additional filings with the trial court in preparation of the appellate brief.<br>J. Mandel | 1.0 | 245.00 |
| 08/05/04 15 | Preparation of correspondence to W. Hatfield regarding Exemplified Judgment.<br>J. Borg | 0.1 | 27.00 |
| 08/05/04 15 | Review/Analysis correspondence from W. Hatfield regarding same.<br>J. Borg | 0.1 | 27.00 |
| 08/06/04 4 | Review URS invoice for remediation.<br>W. Hatfield | 0.3 | 90.00 |
| 08/06/04 15 | Letter to counsel requesting extension on briefing schedule.<br>W. Hatfield | 0.4 | 120.00 |
| 08/06/04 4 | Draft letter to Weja requesting contribution payment for URS invoice for remediation.<br>W. Hatfield | 0.3 | 90.00 |
| 08/06/04 15 | Review trial transcripts for appellate brief.<br>J. Mandel | 1.5 | 367.50 |
| 08/09/04 15 | Address extension request for brief.<br>W. Hatfield | 0.1 | 30.00 |
| 08/09/04 15 | Review several messages from respondents' counsel regarding briefing schedule.<br>J. Mandel | 0.2 | 49.00 |
| 08/09/04 15 | Prepare correspondence to W. Hatfield regarding briefing schedule.<br>J. Mandel | 0.1 | 24.50 |
| 08/10/04 15 | Address consent issues for extension.<br>W. Hatfield | 0.3 | 90.00 |
| 08/10/04 4 | Address and review URS remedial invoices for site.<br>W. Hatfield | 0.3 | 90.00 |
| 08/10/04 15 | Conference with J. Clark regarding research for appeal.<br>J. Mandel | 0.1 | 24.50 |

| 08/10/04 15 | Telephone conference with counsel for Shell regarding scheduling. J. Mandel | 0.1 | 24.50 |
|---|---|---|---|
| 08/11/04 15 | Address issues on consent for extension and Shell substitution of counsel. W. Hatfield | 0.3 | 90.00 |
| 08/11/04 15 | Address consent issues for extension. W. Hatfield | 0.2 | 60.00 |
| 08/11/04 15 | Address invoicing for transcripts. W. Hatfield | 0.2 | 60.00 |
| 08/11/04 15 | Address briefing issues. W. Hatfield | 0.3 | 90.00 |
| 08/12/04 4 | Follow up regarding appeal. A. Marchetta | 0.2 | 95.00 |
| 08/12/04 15 | Review trial file for trial errors as part of the preparation of the appellate brief. J. Mandel | 1.0 | 245.00 |
| 08/13/04 4 | Follow up on appellate brief. A. Marchetta | 0.2 | 95.00 |
| 08/13/04 15 | Letter to new Shell counsel on appeal. W. Hatfield | 0.3 | 90.00 |
| 08/13/04 15 | Preparation of appellate brief, including review of trial briefs. J. Mandel | 2.0 | 490.00 |
| 08/15/04 15 | Review prior filings for issues that warrant reversal of order granting summary judgment. J. Mandel | 1.2 | 294.00 |
| 08/16/04 15 | Continue preparation of appellate brief, including review of and search for material facts negating summary judgment granted to Shell and Sunoco. J. Mandel | 4.5 | 1,102.50 |
| 08/16/04 15 | Continued research regarding right to jury trial on common law claims in Spill Act case and began drafting appellate brief point regarding same. J. Clark | 6.2 | 1,519.00 |
| 08/17/04 15 | Continued drafting appellate brief point regarding right to jury trial on common law claims in Spill Act case. J. Clark | 6.1 | 1,494.50 |

| 08/19/04 4 | Memos on URS issues related to remediation. W. Hatfield | 0.5 | 150.00 |
|---|---|---|---|
| 08/19/04 15 | Continued drafting appellate brief point regarding right to jury trial on common law claims in Spill Act case. J. Clark | 4.8 | 1,176.00 |
| 08/20/04 4 | Address remedial issues. W. Hatfield | 0.4 | 120.00 |
| 08/20/04 4 | Address brief extension request. W. Hatfield | 0.1 | 30.00 |
| 08/23/04 15 | Address refund from court reporters on transcript request for appeal. W. Hatfield | 0.1 | 30.00 |
| 08/23/04 15 | Call with J. Favate's office on extension. W. Hatfield | 0.2 | 60.00 |
| 08/23/04 15 | Letter to clerk on extension for brief. W. Hatfield | 0.3 | 90.00 |
| 08/23/04 15 | Address exemplified copy of final order for NY filing. W. Hatfield | 0.1 | 30.00 |
| 08/23/04 15 | Attend to appellate brief issues. W. Hatfield | 0.4 | 120.00 |
| 08/23/04 15 | Conference with W. Hatfield regarding appellate brief. J. Mandel | 0.2 | 49.00 |
| 08/23/04 15 | Prepare appellate brief. J. Mandel | 2.3 | 563.50 |
| 08/23/04 15 | Review/Analysis correspondence regarding Exemplification of Judgment. J. Borg | 0.3 | 81.00 |
| 08/23/04 15 | Preparation of correspondence to W. Hatfield regarding Exemplification of Judgment. J. Borg | 0.1 | 27.00 |
| 08/24/04 15 | Call with CM M. Hunter at Appellate Division to confirm extension request and CASP conference and letter to clerk on same. W. Hatfield | 0.6 | 180.00 |

| 08/24/04<br>4 | Follow-up with W. Hatfield regarding appeal.<br>A. Marchetta | 0.1 | 47.50 |

| 08/25/04<br>15 | Contacts with appellate CM on CASP request.<br>W. Hatfield | 0.3 | 90.00 |

| 08/25/04<br>15 | Memos on extension and CASP on appeal.<br>W. Hatfield | 0.3 | 90.00 |

| 08/25/04<br>15 | Memo to clients on appeal status and activities on same.<br>W. Hatfield | 0.4 | 120.00 |

| 08/25/04<br>15 | Coordinate case team on appeal.<br>W. Hatfield | 0.4 | 120.00 |

| 08/25/04<br>15 | Review correspondence to Appellate Division regarding extension.<br>J. Mandel | 0.1 | 24.50 |

| 08/25/04<br>15 | Review trial transcripts for inserts to appellate brief.<br>J. Mandel | 1.0 | 245.00 |

| 08/26/04<br>15 | Address appeal issues in brief.<br>W. Hatfield | 0.4 | 120.00 |

| 08/26/04<br>15 | Call and memo with A. Nagy about damages figures and address same.<br>W. Hatfield | 0.5 | 150.00 |

| 08/26/04<br>4 | Call with A. Nagy and R. Sentfleben on remedial issues and draft URS report.<br>W. Hatfield | 0.4 | 120.00 |

| 08/26/04<br>15 | Continue preparation of appellate brief based on review of trial transcripts.<br>J. Mandel | 1.0 | 245.00 |

| 08/26/04<br>15 | Review/Analysis file regarding Judgment amount and calculation.<br>J. Borg | 0.3 | 81.00 |

| 08/26/04<br>15 | Review/Analysis numerous correspondence from W. Hatfield regarding Judgment calculation.<br>J. Borg | 0.2 | 54.00 |

| 08/26/04<br>15 | Preparation of numerous correspondence to W. Hatfield regarding judgment calculation.<br>J. Borg | 0.2 | 54.00 |

| 08/27/04 | Call with C. Tsentas at URS on site remediation issues. | | |

| 4 | W. Hatfield | 0.8 | 240.00 |

| 08/27/04<br>4 | Client communications on remedy issues.<br>W. Hatfield | 0.3 | 90.00 |

| 08/27/04<br>15 | Memos with A. Nagy on final judgment damages and potential collection issues.<br>W. Hatfield | 0.6 | 180.00 |

| 08/30/04<br>15 | Address appellate brief issues.<br>W. Hatfield | 0.7 | 210.00 |

| 08/30/04<br>4 | Address client request regarding memos for proposed site meeting.<br>W. Hatfield | 0.8 | 240.00 |

| 08/30/04<br>15 | Address exemplified order.<br>W. Hatfield | 0.2 | 60.00 |

| 08/30/04<br>15 | Telephone conference with W. Hatfield regarding appellate issues.<br>J. Mandel | 0.1 | 24.50 |

| 08/30/04<br>15 | Edited and revised appellate brief point regarding right to jury trial on common law claims in Spill Act case.<br>J. Clark | 1.2 | 294.00 |

| 08/31/04<br>15 | Review and comment on initial Summary Judgment section of brief; revise same.<br>W. Hatfield | 3.0 | 900.00 |

| 08/31/04<br>15 | Address appeal issues with M. Waller.<br>W. Hatfield | 1.3 | 390.00 |

| 08/31/04<br>15 | Address Statement of facts and procedural history for appellate brief.<br>W. Hatfield | 5.2 | 1,560.00 |

| 08/31/04<br>15 | Meeting with W. Hatfield regarding appeal, issues involved, and drafting brief.<br>M. Waller | 0.5 | 172.50 |

| 08/31/04<br>15 | Reviewing and analyzing briefs in connection with motion for reconsideration for preparation of brief point addressing errors at trial.<br>M. Waller | 2.5 | 862.50 |

| 08/31/04<br>15 | Finalized draft of appellate brief point regarding right to jury trial on common law claims in Spill Act case.<br>J. Clark | 1.5 | 367.50 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| W. Hatfield | | 22.80 | 300.00 | 6,840.00 |
| A. Marchetta | | 0.50 | 475.00 | 237.50 |
| M. Waller | | 3.00 | 345.00 | 1,035.00 |
| J. Borg | | 1.30 | 270.00 | 351.00 |
| J. Clark | | 25.50 | 245.00 | 6,247.50 |
| J. Mandel | | 24.10 | 245.00 | 5,904.50 |
| | TOTALS | 77.20 | | 20,615.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 475.00 | 237.50 |
| M. Waller | 15 | 3.0 | 345.00 | 1,035.00 |
| W. Hatfield | 4 | 4.2 | 300.00 | 1,260.00 |
| | 15 | 18.6 | 300.00 | 5,580.00 |
| J. Borg | 15 | 1.3 | 270.00 | 351.00 |
| J. Clark | 15 | 25.5 | 245.00 | 6,247.50 |
| J. Mandel | 15 | 24.1 | 245.00 | 5,904.50 |
| TOTAL | | 77.2 | | 20,615.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 08/04/04 | Drafted fee application for June 2004. | | |
|---|---|---|---|
| 11 | K. Jasket | 2.0 | 400.00 |

| 08/04/04 | Review of CNO for April 2004 and attention to forwarding same to A. Marchetta and S. Zuber. | | |
|---|---|---|---|
| 11 | K. Jasket | 0.2 | 40.00 |

| 08/05/04 | Drafted June 2004 fee application. | | |
|---|---|---|---|
| 11 | K. Jasket | 2.2 | 440.00 |

08/11/04    Revised June 2004 fee application and attention to sending same to S. McFarland for filing.

| 11 | K. Jasket | 0.8 | 160.00 |

| 08/12/04 | Drafted Quarterly Fee Application for the 13th Interim Period (April - June 2004). | | |
| 11 | K. Jasket | 2.8 | 560.00 |

| 08/16/04 | Review and revise PH fee application for April through June, 2004. | | |
| 11 | S. Zuber | 0.3 | 105.00 |

| 08/23/04 | Revised Quarterly fee application for the 13th Interim Period. | | |
| 11 | K. Jasket | 0.8 | 160.00 |

| 08/23/04 | Receipt and review of CNO for May 2004 and attention to forwarding same to A. Marchetta and S. Zuber. | | |
| 11 | K. Jasket | 0.2 | 40.00 |

| 08/25/04 | Drafted July 2004 fee application. | | |
| 11 | K. Jasket | 2.2 | 440.00 |

| 08/26/04 | Drafted July 2004 fee application. | | |
| 11 | K. Jasket | 1.1 | 220.00 |

| 08/30/04 | Review and revise Pitney Hardin's July 2004 Fee Application. | | |
| 11 | S. Zuber | 0.3 | 105.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| S. Zuber | 0.60 | 350.00 | 210.00 |
| K. Jasket | 12.30 | 200.00 | 2,460.00 |
| TOTALS | 12.90 | | 2,670.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.6 | 350.00 | 210.00 |
| K. Jasket | 11 | 12.3 | 200.00 | 2,460.00 |
| TOTAL | | 12.9 | | 2,670.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090506 Coudert Brothers

| 08/04/04 | Telephone conference with R. DePalma regarding electricity charges issue. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.1 | 36.00 |
| 08/06/04 | Draft correspondence to R. DePalma regarding continuing follow up to electricity charges issue. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 08/09/04 | Conference with B. Benjamin regarding status and review of issues. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |
| 08/10/04 | Review/analysis of bankruptcy court order regarding required approval for settlement of electricity charges claim. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 08/10/04 | Draft correspondence to V. Finkelstein regarding settlement of electricity charges issue with Coudert and conference call to resolve bankruptcy court approval issue. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 08/10/04 | Draft correspondence to R. DePalma follow up on settling electricity charges. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 08/18/04 | Draft correspondence to V. Finkelstein, R. DePalma, R. Tillinghast and S. Blatnick regarding conference call details to discuss electricity charges issue. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 08/19/04 | Conference call with V. Finkelstein, S. Blatnick, R. DePalma and E. Tillinghast regarding electricity charges issue and whether bankruptcy court approval required to settle claim. | | |
| 15 | B. Benjamin | 0.6 | 216.00 |
| 08/19/04 | Telephone conference with S. Blatnick regarding requirements to submit negative notice proposed order to resolve electricity charges. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 08/24/04 | Forward information regarding other bills. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |
| 08/26/04 | Draft Correspondence to S. Blatnick, Grace's bankruptcy counsel, summarizing claim by Grace against Coudert unbilled electricity charges. | | |
| 15 | B. Benjamin | 1.4 | 504.00 |

08/26/04  Review/analysis client documents (Sublease, correspondence with Grace, etc.) regarding preparation of factual summary to forward to S. Blatnick to resolve electricity charges issue.

15  B. Benjamin    0.4  144.00

### Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.40 | 475.00 | 190.00 |
| B. Benjamin | | 3.40 | 360.00 | 1,224.00 |
| | TOTALS | 3.80 | | 1,414.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.4 | 475.00 | 190.00 |
| B. Benjamin | 15 | 3.4 | 360.00 | 1,224.00 |
| TOTAL | | 3.8 | | 1,414.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

08/03/04  Monitored SDNY website for issuance of new orders.
4  S. Parker    0.2  23.00

08/05/04  Follow up regarding settlement agreement.
4  A. Marchetta    0.3  142.50

08/06/04  Monitored SDNY website for issuance of new orders.
4  S. Parker    0.2  23.00

08/09/04  Follow up by e-mails regarding draft of agreement and review of issues regarding same.
4  A. Marchetta    0.4  190.00

08/09/04  Follow up with B. Moffitt regarding request from CNA counsel for electronic version of settlement agreement.
15  M. Waller    0.2  69.00

08/09/04  Review exchange of e-mails with CNA regarding electronic version of

|  |  |  |  |
|---|---|---|---|
|  | settlement agreement. |  |  |
| 15 | M. Waller | 0.2 | 69.00 |
| 08/09/04 | Review e-mail from adversary and preparation of e-mail forwarding proposed settlement agreement. |  |  |
| 15 | B. Moffitt | 0.2 | 58.00 |
| 08/09/04 | Monitored SDNY website for issuance of new orders. |  |  |
| 4 | S. Parker | 0.2 | 23.00 |
| 08/17/04 | Draft e-mail to CNA counsel regarding extension of settlement order. |  |  |
| 15 | M. Waller | 0.2 | 69.00 |
| 08/17/04 | Follow up with B. Moffitt regarding extension of settlement order. |  |  |
| 15 | M. Waller | 0.1 | 34.50 |
| 08/18/04 | Call CNA counsel regarding letter to Judge Kaplan extending deadline to complete settlement. |  |  |
| 15 | M. Waller | 0.1 | 34.50 |
| 08/18/04 | Confer with B. Moffitt regarding call to W. Harstat, CNA counsel, regarding letter to Judge Kaplan extending deadline to complete settlement. |  |  |
| 15 | M. Waller | 0.1 | 34.50 |
| 08/18/04 | Receive response from E. DeCristofaro regarding letter to Court extending settlement order. |  |  |
| 15 | M. Waller | 0.1 | 34.50 |
| 08/18/04 | Draft letter to Judge Kaplan regarding expiration of current settlement order and requirements to extend same and forward with comment to CNA counsel. |  |  |
| 15 | M. Waller | 0.4 | 138.00 |
| 08/18/04 | Receive response from CNA counsel regarding finalizing letter to Judge Kaplan regarding expiration of current settlement order and requirements to extend same, finalize same. |  |  |
| 15 | M. Waller | 0.3 | 103.50 |
| 08/19/04 | Monitored SDNY website for issuance of new orders. |  |  |
| 4 | S. Parker | 0.2 | 23.00 |
| 08/20/04 | Monitored SDNY website for issuance of new orders, downloaded memo endorsed order and forwarded same to A. Marchetta, M. Waller and B. Moffitt. |  |  |
| 4 | S. Parker | 0.3 | 34.50 |

| 08/20/04 | Created docket entry reflecting upcoming deadlines. | | |
|----------|------------------------------------------------------|-----|-------|
| 4 | S. Parker | 0.2 | 23.00 |

| 08/23/04 | Review endorsed memo-order granting an additional 30 days to finalize settlement. | | |
|----------|------------------------------------------------------------------------------------|-----|-------|
| 15 | M. Waller | 0.1 | 34.50 |

| 08/30/04 | Review correspondence regarding forwarding draft agreement to CNA and letters to Judge Kaplan and draft e-mail to CNA counsel requesting comments to draft settlement agreement as soon as possible. | | |
|----------|---|-----|--------|
| 15 | M. Waller | 0.3 | 103.50 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|------------|-------|-------|--------|----------|
| A. Marchetta | | 0.70 | 475.00 | 332.50 |
| M. Waller | | 2.10 | 345.00 | 724.50 |
| B. Moffitt | | 0.20 | 290.00 | 58.00 |
| S. Parker | | 1.30 | 115.00 | 149.50 |
| | TOTALS | 4.30 | | 1,264.50 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|--------|----------|
| A. Marchetta | 4 | 0.7 | 475.00 | 332.50 |
| M. Waller | 15 | 2.1 | 345.00 | 724.50 |
| B. Moffitt | 15 | 0.2 | 290.00 | 58.00 |
| S. Parker | 4 | 1.3 | 115.00 | 149.50 |
| | TOTAL | 4.3 | | 1,264.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.


| 08/02/04 | Attendance at continued Mandatory Settlement Conference per Appellate Division. | | |
|----------|--------------------------------------------------------------------------------|-----|----------|
| 15 | B. Benjamin | 2.9 | 1,044.00 |

| 08/09/04 | Conference with B. Benjamin regarding status; and review of issues. | | |
|----------|---------------------------------------------------------------------|-----|--------|
| 4 | A. Marchetta | 0.3 | 142.50 |

| 08/10/04 | Draft correspondence to V. Finkelstein and A. Nagy regarding status of appeal, mandatory settlement conference, stipulation among parties regarding perfecting appeal, discovery and service of Demand for Bill of Particulars. | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.3 | 108.00 |
| 08/31/04 | Draft/revise Demand for Verified Bill of Particulars to Tahari. | | |
| 15 | B. Benjamin | 2.4 | 864.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.30 | 475.00 | 142.50 |
| B. Benjamin | | 5.60 | 360.00 | 2,016.00 |
| | TOTALS | 5.90 | | 2,158.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| A. Marchetta | | 4 | 0.3 | 475.00 | 142.50 |
| B. Benjamin | | 15 | 5.6 | 360.00 | 2,016.00 |
| | TOTAL | | 5.9 | | 2,158.50 |

# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004

### Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 08/26/04 | Paid NJ Law Journal #10501 S#5824[2] | 36.57 |
| 08/27/04 | CK# 16777 - FROM ELITE TRANSCRIPTS DATED 7/6/04 FOR UNBILLED ENGAGEMENTS COSTS | -814.63 |
| | Duplicating | 56.98 |
| | Postage | 8.88 |
| | Matter Total Engagement Cost | -712.20 |

### Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 08/11/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 81207334 | 10.78 |
| 08/24/04 | Duplicating (755 copies @ $.14 each) | 105.70 |
| | Matter Total Engagement Cost | 116.48 |

### Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 07/15/04 | PD AMEX FOR TRAVEL EXPENSE;   MEW; CK# 261262[3] | 11.00 |
| 07/18/04 | PD AMEX FOR TRAVEL EXPENSE;   AJM; CK# 264262[4] | 26.00 |
| 08/18/04 | PD UPS TO NEW YORK, NY; MEW; INV # 81207344 | 7.74 |
| 08/31/04 | DOCUMENT ACCESS FACILITY--AUGUST 2004 | 2864.00 |
| | Matter Total Engagement Cost | 2,908.74 |

### Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 06/30/04 | Pd Aetna Judicial for attempted service/CPLR; BMB; Ck# 264591[5] | 25.00 |
| | Matter Total Engagement Cost | 25.00 |

---

[2] See New Jersey Law Journal invoice bearing Order No. 00022541 dated 8/26/2004 attached hereto as Exhibit 1.

[3] See Invoice for Account Number 3782-906600-71003 dated 98/02/04 attached hereto as Exhibit 2.

[4] See AT&T Wireless statement attached hereto as Exhibit 3.

[5] See Invoice #: 25 from Aetna Central Judicial Services attached hereto as Exhibit 4.

# EXHIBIT 1

AUG-26-2004  16:23       NJ LAW JOURNAL                    19736421164      P.01

**New Jersey Law Journal**
DD$ ALERT "Daily Decision Service"
P.O. Box 18229
Newark, NJ 07191-8229
Phone: (973) 642-0075

| | |
|---|---|
| Invoice Date | 8/26/2004 |
| Invoice No. | 10022561 |
| Customer No. | PITNE1 |

Order No.      O0022541
Ordered By:  BETH GREENFIELD
Order Date:  8/26/2004

Salesperson No.
Terms:    NET 30 DAYS
Customer PO No:
Project Id:

Bill to:
Attention:  LIBRARY
PITNEY, HARDIN, KIPP & S.
PO BOX 1945
MORRISTOWN, NJ 07962-1945

Ship to:
Attention:  LIBRARY
PITNEY, HARDIN, KIPP & S.
PO BOX 1945
MORRISTOWN, NJ 07962-1945

| Qty | Item# | Title | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | 17-2-0688 | BITAR V. MRW, INC | | |
| | Your File Number is | This Item Consists of 30 Pages | | |
| 30 | PAGE CHARGE | $1.15 Per Page; $24.00 Minimum + 6% Sales Tax | 1.15 | 34.50 |

082910.

065656
Joe Clark

04464
264997
1050

**This fax consists of  30 pages excluding this sheet.**

This is your only invoice.
Please make payment promptly to ensure uninterrupted service.

| | |
|---|---|
| Sales Total | 34.50 |
| Shipping & Handling | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 2.07 |
| | 36.57 |
| Invoice Total | 36.57 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10022561 | Aug 26/04 | FP / 713JVS | 082910.065656 | Paid NJ Law Journal #10501 S#5824 | $36.57 | $36.57 |

| | | |
|---|---|---|
| | Invoice Totals: | $76.80 | $76.80 |

# EXHIBIT 2

*173 MRW*

ENTERED IN COMPUTER BY: ⌐₂₈⁰⁴

25970

spared For
NGELA S BARON
ITNEY HARDIN K & S

Account Number
3782-906600-71003

Closing Date
08/02/04

)er 3782-906600-71821

Reference Code

Amount $

DISON PLAZA CORP    NEWARK        NJ          0000007109                11.00    082 913
00007109 PARKING            07/14/04                          /0501            000609
         PARKING

# EXHIBIT 3

1223953A01101304

1ว่วฎ์ฑ

)4        AT&T Wireless

082913.9 – NY Superfund $ 26.00

# EXHIBIT 4

1223953A01101304

INVOICE #: 25    TO: PITNEY,HARDIN,KIPP & SZUCH ESQ.,

AETNA CENTRAL JUDICIAL SERVICES

| SERVE DATE | RECORD NUMBER | CLIENT FILE # | C A P T I O N | RECIPIENT | SERV CODE | FEES ADVANCE | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| '30/2004 | 1PHKS145394 | (102297) - B. Benjamin 1114 TRIZECHAN | v W.R GRACE | OBTAIN COPY OF BOND | B | 0.00 | 25.00 |