**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**August 2004**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended Aug 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | | 19.1 | $ 15,318.20 |
| Cleghorn Penn | Audit Partner | 20+ | 802 | | 1.0 | $ 802.00 |
| Diane Howell | Audit Partner | 20+ | 802 | | 1.0 | $ 802.00 |
| Richard Muir | Audit Partner | 20+ | 802 | | 5.0 | $ 4,010.00 |
| Peter Woolf | Tax Partner | 20+ | 802 | 2.5 | | $ 2,005.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | | 34.0 | $ 20,910.00 |
| Yan Zhang | National Review Manager | 10+ | 615 | | 8.9 | $ 5,473.50 |
| William Choi | Audit Manager | 6 | 526 | | 34.5 | $ 18,147.00 |
| Sandra David | Audit Manager | 7 | 526 | | 2.0 | $ 1,052.00 |
| Herman Schutte | Audit Manager | 4 | 526 | | 12.2 | $ 6,417.20 |
| Nina Govic | Audit Senior Associate | 4 | 369 | | 5.9 | $ 2,177.10 |
| Ryan Grady | Audit Senior Associate | 3 | 332 | | 12.2 | $ 4,050.40 |
| Aimee Stickley | Audit Senior Associate | 3 | 292 | | 1.6 | $ 467.20 |
| Stephanie Beckes | Audit Senior Associate | 3 | 292 | 1.5 | | $ 438.00 |
| Pamela Reinhardt | Audit Associate | 2 | 251 | | 51.2 | $ 12,851.20 |
| Lauren Misler | Audit Associate | 2 | 213 | | 27.6 | $ 5,878.80 |
| | | | **TOTAL** | | **220.2** | **$ 100,799.60** |

| | |
|---|---|
| Total at Standard Rate | $ 100,799.60 |
| 55% Accrual Rate Adjustmest | $ (55,439.78) |
| Total at 45% Accrual Rate | $ 45,359.82 |
| Total Hours | 220.2 |

{MCM9814.DOC}

**Professional Profiles**
**WR Grace Time Tracking - Sarbanes**
**For the Month Ended Aug 31, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 0.9 | $ 721.80 |
| Zahid Fakey | Audit Senior Manager | 10+ | 615 | 9.0 | $ 5,535.00 |
| John Newstead | Audit Senior Manager | 10+ | 615 | 51.5 | $ 31,672.50 |
| Thomas Kalinosky | Audit Senior Manager | 10+ | 615 | 1.0 | $ 615.00 |
| Mauren Driscoll | Audit Manager | 5 | 526 | 15.2 | $ 7,995.20 |
| Herman Schutte | Audit Manager | 4 | 526 | 95.8 | $ 50,390.80 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 64.6 | $ 23,837.40 |
| Hesham Hamed | Audit Associate | 1 | 292 | 12.0 | $ 3,504.00 |
| Joseph Daniel Meenan | Audit Associate | 1 | 213 | 83.5 | $ 17,785.50 |
| | | TOTAL | | 333.5 | $ 142,057.20 |

| | |
|---|---|
| **Total at Standard Rate** | $ 142,057.20 |
| **35% Accrual Rate Adjustmest** | $ (49,720.02) |
| **Total at 65% Accrual Rate** | $ 92,337.18 |
| **Total Hours** | 333.5 |
| | |
| **Total Fee Requested August 2004** | $ 137,697.00 |
| **Total Hours August 2004** | 553.7 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | |
|---|---|
| **Total Cost of Time Tracking** | $ 6,594.40 |
| **Less 55% rate reduction** | $ (3,626.92) |
| **Total Cost of Tracking Time Billed to Grace** | $ 2,967.48 |
| **Total Hours Spent Tracking Time** | 23.4 |

{MCM9814.DOC}

**Summary of PwC's Fees By Project Category:**
**August 2004**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 23.4 | $2,967.48 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 553.7 | $137,697.00 |
| 26-Business Analysis | | |

{MCM9814.DOC}

| | | |
|---|---|---|
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **577.1** | **$140,664.48** |

## Expense Summary
## August 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $2,375.85 |
| **Lodging** | N/A | $1,911.30 |
| **Sundry** | N/A | |
| **Business Meals** | N/A | $363.28 |
| **TOTAL:** | | $4,650.43 |

{MCM9814.DOC}