**EXHIBIT B**

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended August 31, 2004**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Nina Govic | Audit | 08/16/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| Lauren Misler | Audit | 08/02/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| Lauren Misler | Audit | 08/03/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| Lauren Misler | Audit | 08/04/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| Lauren Misler | Audit | 08/05/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| Lauren Misler | Audit | 08/06/2004 | $ 24.38 | | | | Mileage in excess of normal commute |
| Nicholas Stromann | Audit | 08/01/2004 | $ 5.63 | | | | Mileage in excess of normal commute |
| Nicholas Stromann | Audit | 08/01/2004 | $ 86.25 | | | | Mileage in excess of normal commute |
| Nicholas Stromann | Audit | 08/01/2004 | | $ 429.68 | | | Hotel while in State College |
| William Choi | Audit | 08/03/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| William Choi | Audit | 08/04/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| William Choi | Audit | 08/10/2004 | $ 27.76 | | | | Mileage in excess of normal commute |
| Nina Govic | Sarbanes | 08/17/2004 | | | | $ 5.65 | Team Travel Lunch |
| Nina Govic | Sarbanes | 08/17/2004 | | | | $ 45.70 | Team Travel Dinner |
| Nina Govic | Sarbanes | 08/18/2004 | | | | $ 12.81 | Team Travel Breakfast |
| Nina Govic | Sarbanes | 08/18/2004 | | | | $ 67.40 | Team Travel Dinner |
| Nina Govic | Sarbanes | 08/18/2004 | | | | $ 7.03 | Team Trave Lunch |
| Nina Govic | Sarbanes | 08/19/2004 | | | | $ 4.38 | Team Travel Breakfast |
| Nina Govic | Sarbanes | 08/19/2004 | $ 141.29 | | | | Rental Car |
| Nina Govic | Sarbanes | 08/19/2004 | $ 549.70 | | | | Roundtrip Airfare to Lake Charles |
| Nina Govic | Sarbanes | 08/19/2004 | | $ 243.62 | | | Hotel for two nights in Lake Charles |
| Nina Govic | Sarbanes | 08/19/2004 | | $ 248.00 | | | Hotel for two nights in Lake Charles |
| Nina Govic | Sarbanes | 08/20/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| Nina Govic | Sarbanes | 08/23/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| Nina Govic | Sarbanes | 08/24/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| Nina Govic | Sarbanes | 08/26/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| Nina Govic | Sarbanes | 08/27/2004 | $ 32.25 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/10/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/12/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/16/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/17/2004 | $ 33.00 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/17/2004 | $ 26.00 | | | | Parking at BWI Airport |
| Hermann Schutte | Sarbanes | 08/19/2004 | $ 549.70 | | | | Roundtrip Airfare BWI to Houston |
| Hermann Schutte | Sarbanes | 08/20/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/23/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/27/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| Hermann Schutte | Sarbanes | 08/31/2004 | $ 27.00 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/01/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/02/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/03/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/04/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/05/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/06/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/09/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/10/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/11/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Pamela Reinhardt | Sarbanes | 08/12/2004 | $ 8.26 | | | | Mileage in excess of normal commute |
| Joseph Meenan | Sarbanes | 8/10/2004 | $ 49.31 | | | | Mileage in excess of normal commute |
| Joseph Meenan | Sarbanes | 8/10/2004 | | | | $ 3.66 | Work Breakfast - Columbia, MD |
| Joseph Meenan | Sarbanes | 8/10/2004 | | | | $ 8.54 | Work Lunch - Columbia, MD |
| Joseph Meenan | Sarbanes | 8/10/2004 | | | | $ 20.54 | Work Dinner - Columbia, MD |
| Joseph Meenan | Sarbanes | 8/11/2004 | | | | $ 3.24 | Work Breakfast - Columbia, MD |
| Joseph Meenan | Sarbanes | 8/11/2004 | | | | $ 7.44 | Work Lunch - Columbia, MD |
| Joseph Meenan | Sarbanes | 8/11/2004 | | | | $ 21.09 | Work Dinner - Columbia, MD |
| Joseph Meenan | Sarbanes | 8/12/2004 | | | | $ 3.75 | Work Breakfast - Columbia, MD |
| Joseph Meenan | Sarbanes | 8/12/2004 | | | | $ 17.86 | Work Lunch - Columbia, MD |

| Name | | Date | Transportation | Lodging | | Business Meals | Description |
|---|---|---|---|---|---|---|---|
| **Joseph Meenan** | Sarbanes | 8/12/2004 | | | $ | 15.39 | Work Dinner - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/12/2004 | | $ 371.80 | | | Hotel Stay (8/10 - 8/12) |
| **Joseph Meenan** | Sarbanes | 8/12/2004 | $ 49.31 | | | | Mileage in excess of normal commute |
| **Joseph Meenan** | Sarbanes | 8/23/2004 | $ 49.31 | | | | Mileage in excess of normal commute |
| **Joseph Meenan** | Sarbanes | 8/23/2004 | $ 4.00 | | | | Tolls |
| **Joseph Meenan** | Sarbanes | 8/23/2004 | | | $ | 3.27 | Work Breakfast - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/23/2004 | | | $ | 8.23 | Work Lunch - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/23/2004 | | | $ | 20.54 | Work Dinner - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/24/2004 | | | $ | 4.15 | Work Breakfast - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/24/2004 | | | $ | 7.66 | Work Lunch - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/24/2004 | | | $ | 13.45 | Work Dinner - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/25/2004 | | | $ | 3.45 | Work Breakfast - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/25/2004 | | | $ | 8.29 | Work Lunch - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/25/2004 | | | $ | 22.83 | Work Dinner - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/26/2004 | | | $ | 3.45 | Work Breakfast - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/26/2004 | | | $ | 9.11 | Work Lunch - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/26/2004 | | | $ | 14.37 | Work Dinner - Columbia, MD |
| **Joseph Meenan** | Sarbanes | 8/26/2004 | | $ 618.20 | | | Hotel Stay (8/10 - 8/12) |
| **Joseph Meenan** | Sarbanes | 8/26/2004 | $ 9.00 | | | | Tolls |
| **Joseph Meenan** | Sarbanes | 8/26/2004 | $ 49.31 | | | | Mileage in excess of normal commute |
| **Maureen Driscoll** | Sarbanes | 08/11/2004 | $11.50 | | | | Taxi Cab Fare |
| | Sarbanes | 08/11/2004 | $47.25 | | | | Mileage in excess of normal commute |
| | Sarbanes | 08/11/2004 | $45.00 | | | | Mileage in excess of normal commute |

| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** |
|---|---|---|---|---|---|
| | $ 4,650.43 | $ 2,375.85 | $ 1,911.30 | $ - | $ 363.28 |

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended August 31, 2004**

| | | | | | |
|---|---|---|---|---|---|
| **Nina Govic** | 08/16/2004 | Audit Senior Associate | $ | 32.25 | Mileage in excess of normal commute (86 miles * $.375/mile) |
| | | | **$** | **32.25** | |
| **Lauren Misler** | 08/02/2004 | Audit Associate | $ | 24.38 | Roundtrip Mileage in excess of normal commute (90-25 miles * $.375/mile) |
| | 08/03/2004 | Audit Associate | $ | 24.38 | Roundtrip Mileage in excess of normal commute (90-25 miles * $.375/mile) |
| | 08/04/2004 | Audit Associate | $ | 24.38 | Roundtrip Mileage in excess of normal commute (90-25 miles * $.375/mile) |
| | 08/05/2004 | Audit Associate | $ | 24.38 | Roundtrip Mileage in excess of normal commute (90-25 miles * $.375/mile) |
| | 08/06/2004 | Audit Associate | $ | 24.38 | Roundtrip Mileage in excess of normal commute (90-25 miles * $.375/mile) |
| | | | **$** | **121.90** | |
| **Nicholas Stromann** | 08/01/2004 | Audit Associate | $ | 5.63 | One Way mileage from hotel to client site (15 miles * $.375/mile) |
| | 08/01/2004 | Audit Associate | $ | 86.25 | One Way mileage from State College to home (230 miles * $.375/mile) |
| | 08/01/2004 | Audit Associate | $ | 429.68 | Hotel while in State College (self-3 nights, L. Misler-1 night) |
| | | | **$** | **521.56** | |
| **William Choi** | 08/03/2004 | Senior Manager | $ | 27.76 | Mileage in excess of normal commute (74 miles * $.375/mile) |
| | 08/04/2004 | Senior Manager | $ | 27.76 | Mileage in excess of normal commute (74 miles * $.375/mile) |
| | 08/10/2004 | Senior Manager | $ | 27.76 | Mileage in excess of normal commute (74 miles * $.375/mile) |
| | | | **$** | **83.28** | |

**SARBANES OXLEY RELATED EXPENSES:**

| | | | | | |
|---|---|---|---|---|---|
| **Nina Govic** | 08/17/2004 | Audit Senior Associate | $ | 5.65 | Lunch while travelling to Lake Charles, LA |
| | 08/17/2004 | Audit Senior Associate | $ | 45.70 | Dinner while travelling - Nina Govic and H. Schutte |
| | 08/18/2004 | Audit Senior Associate | $ | 12.81 | Breakfast while travelling in Lake Charles, LA - N. Govic and H. Schutte |
| | 08/18/2004 | Audit Senior Associate | $ | 67.40 | Dinner while travelling in Lake Charles, LA - N. Govic and H. Schutte |
| | 08/18/2004 | Audit Senior Associate | $ | 7.03 | Lunch while travelling from Lake Charles, LA |
| | 08/19/2004 | Audit Senior Associate | $ | 4.38 | Breakfast while travelling from Lake Charles, LA |
| | 08/19/2004 | Audit Senior Associate | $ | 141.29 | Rental car while in Lake Charles, LA - H. Schutte and N. Govic (3 Days) |
| | 08/19/2004 | Audit Senior Associate | $ | 549.70 | Airfare in from Baltimore to Lake Charles, LA |
| | 08/19/2004 | Audit Senior Associate | $ | 243.62 | Hotel for N. Govic for two nights in Lake Charles, LA |
| | 08/19/2004 | Audit Senior Associate | $ | 248.00 | Hotel for H. Schutte for two nights in Lake Charles, LA |
| | 08/20/2004 | Audit Senior Associate | $ | 32.25 | Mileage in excess of normal commute to and from Grace (86 miles * $.375/mile) |
| | 08/23/2004 | Audit Senior Associate | $ | 32.25 | Mileage in excess of normal commute to and from Grace (86 miles * $.375/mile) |
| | 08/24/2004 | Audit Senior Associate | $ | 32.25 | Mileage in excess of normal commute to and from Grace (86 miles * $.375/mile) |
| | 08/26/2004 | Audit Senior Associate | $ | 32.25 | Mileage in excess of normal commute to and from Grace (86 miles * $.375/mile) |
| | 08/27/2004 | Audit Senior Associate | $ | 32.25 | Mileage in excess of normal commute to and from Grace (86 miles * $.375/mile) |
| | | | **$** | **1,486.83** | |