UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., INC., et al.,<br><br>Debtors, | Chapter 11<br><br>Case No.: 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>Hearing Date: November 15, 2004 @ 12:00 p.m. |

## RATIFICATION DECLARATION OF RICHARD N. SUKENIK CONCERNING ROCCO & ZWEIFACH CLAIM #1205

RICHARD N. SUKENIK hereby declares the following under penalty of perjury:

1. I am the former controller of debtor W.R. Grace & Co., Inc. I have personal knowledge of the facts stated herein. I submit this Declaration of Ratification in response to the Debtors' Fifth Omnibus Objection to Claims (Substantive) objecting to the claim filed by the law firm of Rocco & Zweifach, claim # 1205.

2. Rocco & Zweifach's claim seeks payment of the amount of $19,454.00 for legal services rendered to me by Rocco & Zweifach during the period March 1, 2000 through May 31, 2000 (hereinafter the "Rocco & Zweifach Claim"). A copy of the Rocco & Zweifach Claim is attached hereto as Ex. A.

3. The legal services provided by Rocco & Zweifach relate to an investigation by the Miami Office of the Securities Exchange Commission concerning reserves accrued by W.R. Grace & Co., Inc. (the "SEC Reserve Investigation"). In March 1997, W.R. Grace & Co., Inc. agreed to defend and indemnify me in accordance with the provisions of Article VI of its by-laws and pay upon request the reasonable expenses, including attorneys' fees, incurred by me or on my behalf in the defense of the SEC Reserve

Investigation through its final conclusion. (See Ex. B hereto.)

4. As noted above, Rocco & Zweifach represented me in connection with the SEC Reserve Investigation from March 1 – May 31, 2000. Rocco & Zweifach ceased practicing law on June 1, 2000, when its attorneys joined the firm of Heller Ehrman White & McAuliffe LLP. Thereafter, I have been represented by Heller Ehrman White & McAuliffe LLP.

5. None of the fees or expenses associated with the Rocco & Zweifach Claim have been paid by me or W.R. Grace & Co., Inc. Accordingly, the entire amount of the Rocco & Zweifach Claim is still due and owing.

6. I originally authorized and hereby ratify and approve the filing and continued prosecution by Rocco & Zweifach of the Rocco & Zweifach Claim, which, as noted above, seeks payment for legal services rendered to me during the period March 1, 2000 through May 31, 2000 in the amount of $19,454.00.

7. I hereby agree to be bound by any order or judgment resulting from, arising out of, or relating to the Rocco & Zweifach Claim.

8. So long as the instant objection to the Rocco & Zweifach Claim is denied, I warrant that I will bring no claim against the debtors relating to the Rocco & Zweifach Claim or for payment of the legal services covered by the Rocco & Zweifach Claim.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of October 2004 at Palm Beach Gardens, Florida

*Richard Sukenik*
Richard N. Sukenik

# EXHIBIT A

B10 (Official Form 10) (Rev. 04/01)

| UNITED STATES BANKRUPTCY COURT<br>For the District of Delaware | PROOF OF CLAIM |
|---|---|
| In re: **W.R. Grace & Co.** | Case Number: **01-01139** |

NOTE: This claim should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Creditor Name<br>(Person or entity debtor owes) **ROCCO & ZWEIFACH** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Address Line 1 **c/o Samuel Barkin** | ☒ Check box if you have never received any notices from the bankruptcy court in this case. | |
| Address Line 2 **Heller Ehrman White & McAuliffe LLP** | | |
| Address Line 3 **120 West 45th Street** | | |
| City, ST ZIP **New York, New York 10036** | ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br>**Richard Sukenik-Grace CMS #96-05348** | Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____ | |

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Personal injury/wrongful death
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☒ Services performed
- ☐ Taxes
- ☐ Wages, salaries, and compensation (Fill out below)
- ☐ Money loaned
- ☐ Other (Describe Briefly)

Your social security No. _____
Unpaid compensation for services performed from _____ (date) to _____ (date)

**2. Date Debt Incurred: (MMDDYY)** 05 31 00

**3. If Court Judgment, Date Obtained:** _____

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ **SECURED CLAIM**
Attach evidence of perfection of security interest.
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____

☒ **UNSECURED NONPRIORITY CLAIM**
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ **UNSECURED PRIORITY CLAIM** - Specify the priority of the claim.
- ☐ Wages, salaries, or commissions (up to $4,650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3)
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4)
- ☐ Up to $2,100 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
- ☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(7)
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) _____

**5. AMOUNT OF CLAIM AT TIME CASE FILED:**

| (Secured) | (Unsecured Nonpriority) 194540.0 | (Unsecured Priority) |
|---|---|---|

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>**4/24/02** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>**Samuel L. Barkin** /s/ |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# ROCCO & ZWEIFACH
Attorneys at Law

October 23, 2000

c/o Heller Ehrman White
& McAuliffe LLP
711 Fifth Avenue
New York, NY 10022-3194
212-832-8300 Telephone
212-832-3353 Fax

Robert H. Beber, Esq.
W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486-1010

37249.0001

Re:   **Richard Sukenik**

Dear Bob:

I have enclosed a final bill from the firm of Rocco & Zweifach, for the period through May 31, 2000, in connection with the above-referenced matter. Your prompt payment of the bill would be very much appreciated.

Please call me if you have any questions.

Very truly yours,

Lawrence J. Zweifach

Enclosure

284381 v01.NY (63FH01!.DOC)
10/23/00 2:18 PM (37301.0001)

Heller Ehrman White & McAuliffe LLP   711 Fifth Avenue   New York, NY 10022-3194   www.hewm.com

New York   Washington D.C.   San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage   Hong Kong   Singapore
Affiliated Carnelutti Offices:   Milan   Rome   Paris   Padua   Naples

## ROCCO & ZWEIFACH
Attorneys at Law

c/o Heller Ehrman White
& McAuliffe LLP
711 Fifth Avenue
New York, NY 10022-3194
212-832-8300 Telephone
212-832-3353 Fax

October 20, 2000

W.R. Grace & Co.
One Town Center Road
Boca Raton, Florida 33486-1010

Attention:   Robert H. Beber, Esq.

Matter:   Richard Sukenik
Grace CMS #96-05348
SEC Reserve Investigation
<u>In Re: W.R. Grace & Co. (A-1507)</u>

FOR PROFESSIONAL SERVICES RENDERED
during the period April 1, 2000
through May 31, 2000                                  $12,856.50

**SUBTOTAL**                                          $12,856.50

Amount owing per invoice dated 04/26/00               $ 6,597.50

**TOTAL AMOUNT DUE UPON RECEIPT**                     $19,454.00

DISBURSEMENTS INCURRED FOR WHICH BILLS HAVE NOT BEEN RECEIVED OR HAVE NOT BEEN POSTED AS OF THE DATE
HEREOF WILL BE BILLED IN DUE COURSE

W.R. Grace & Co.
Richard Sukenik

## Rocco & Zweifach

Billing Memorandum for the period ending 5/31/00

| Client: Sukenik | Matter: SEC Admin. Proceeding |
|---|---|

Attorney: Lawrence Zweifach

| DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|
| April 6 | 2.0 | 455 | $ 910.00 | Review Shaked (expert) materials to prepare for meeting |
| April 7 | 5.0 | 455 | $2,275.00 | Meeting with expert consultant Al Michel at office of Rosenman Colin; follow-up meeting at office |
| April 12 | 0.5 | 455 | $ 227.50 | Review letter and enclosures from Rosenman Colin to Judge Foelak requesting issuance of subpoenas |
| April 13 | 1.2 | 455 | $ 546.00 | Conversation with Richard Sukenik; review Brief of Robert Armstrong in Support of Affirmation of Dismissal of Rule 102(3) allegations |
| April 14 | 0.4 | 455 | $ 182.00 | Review SEC Division of Enforcement's opposition to Bolduc's request for subpoena to DOJ, HHS and NMC's successor |
| April 24 | 0.4 | 455 | $ 182.00 | Review Bolduc's reply memo in support of is 12/13/99 request for subpoena |
| April 26 | 0.3 | 455 | $ 136.50 | Review SEC's reply brief in response to brief of Robert Armstrong |
| May 5 | 0.9 | 455 | $ 409.50 | Review memo of law by Bolduc to disqualify SEC. |
| May 9 | 0.4 | 455 | $ 182.00 | Conversation with Jerry Walpin. |
| May 19 | 0.3 | 455 | $ 136.50 | Conversation with Kathy Botticelli |
| May 22 | 3.2 | 455 | $1,456.00 | Conference call with Robert Jossen and David Hoffner; review draft memo of law prepared by Dechert Price; conversation with Catherine Botticelli; conference call with Catherine Botticelli and Wally Timmeny; review revised draft memo of law; follow-up conversation with Catherine Boticelli. |
| May 26 | 0.5 | 455 | $ 227.50 | Conversation with Richard Sukenik. |
| Total | 15.10 | | $6,870.50 | |

W.R. Grace & Co.
**Richard Sukenik**

Attorney: **Erika Gorrin**

| DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|
| March 14* | 2.25 | 235 | $528.75 | Organize files; meeting with LJZ and SB |
| March 16* | 4.0 | 235 | $940.00 | Organize files |
| March 17* | 7.0 | 235 | $1,645.00 | Organize files |
| March 19* | 2.25 | 235 | $528.75 | Organize files |
| Total | 15.5 | | $3,642.50 | |

Attorney: **Samuel L. Barkin**

| DATE | TIME | RATE | VALUE | DIARY |
|---|---|---|---|---|
| March 14* | 0.50 | 310 | 155.00 | Meet w/LJZ, EG re: defense issues/tasks to be completed |
| March 24* | 1.00 | 310 | 310.00 | Meet w/Gorrin re: transc/docs on summation |
| April 7 | 4.50 | 310 | 1,395.00 | Meet w/expert at Rosenman |
| April 13 | 2.0 | 310 | 620.00 | Review expert documents at Rosenman; draft memo re: same |
| Total | 8.0 | | 2,480.00 | |

| TOTAL HOURS | TOTAL CHARGES |
|---|---|
| 38.6 | $12,993.00 |

*LATE ENTRIES

277958 v01.NY (5YH201!.DOC)
10/20/00 3:40 PM (99999.9090)

3

**EXHIBIT B**

MAY. 16 2001 13:41 FR 0124         8139712 TO #4794#37301#0001 P.02/08

**GRACE**

Robert H. Beber
Executive Vice President and
General Counsel

W. R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486-1010

(561) 362-1959
Fax: (561) 362-1970

March 12, 1997

Confidential

Mr. Richard Sukenik
P. O. Box 81-1869
Boca Raton, FL 33481-4869

Dear Dick:

Re:   Indemnification

This will confirm that W. R. Grace & Co. ("Grace") will defend and indemnify you in accordance with the provisions of Article VI of its by-laws in connection with the pending Miami District Office of the SEC investigation. I understand that the law firm of Gordon Altman Butowsky Weitzen Shalov & Wein ("Gordon Altman Butowsky") has been retained to represent you in the subject proceeding.

Pursuant to this agreement, Grace will pay promptly upon request the reasonable expenses, including attorneys' fees, incurred by you or on your behalf in the defense of the investigation through its final conclusion. In this regard, we understand that Gordon Altman Butowsky, subject to the approval of Grace, may seek to retain a consultant to assist in your representation. In the event that it is finally, judicially determined pursuant to the provisions of the Delaware General Corporation Law that you are not entitled to indemnification, you agree to repay the amounts advanced by Grace on your behalf.

You shall, during the period in which Grace is providing you with a defense in accordance with the provisions of this letter, fully cooperate in the defense of the investigation. Grace, in turn, will fully cooperate with you.

This undertaking by Grace does not constitute an acknowledgment or agreement by Grace that your conduct was within or outside the scope of your duties as an officer and/or director of Grace or that the conduct in the performance of your duties was not wrongful.

-2-

No provision of this letter may be modified, waived or discharged unless such modification, waiver or discharge is agreed to in writing and signed by you and an authorized representative of Grace. The terms of this letter shall be governed by the laws of the State of Delaware. This agreement shall be in addition to and shall not modify or supersede any arrangements or undertakings that you may have with Grace relating to any other matter, including, without limitation, any arrangements or understanding concerning any other lawsuit or claim.

By signing the acknowledgment appearing at the end of this letter, you confirm that this letter is in accordance with your understanding of how you and Grace will proceed in connection with the defense of the investigation. Please sign and date the enclosed copy of this letter and have your signature witnessed as provided below, and return the fully signed copy of this letter to me. You should also keep a fully signed copy of this letter for your file. Please do not hesitate to contact either me or Bob Lamm if you have any questions or comments concerning this matter.

Sincerely,

Enclosure

cc:  R. B. Lamm
     R. S. Strange
     M. Wolinsky
     D. Butowsky

AGREED AND ACCEPTED                                WITNESS:

_____                             _____
Richard Sukenik

Dated: as of 3/24/97                               Dated: as of 3/24/97

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., INC., et al.,

Debtors,

Chapter 11

Case No.: 01-01139 (JFK)

(Jointly Administered)

Hearing Date: November 15, 2004 @ 12:00 p.m.

## CERTIFICATE OF SERVICE

I, Samuel L. Barkin, hereby certify that on the 15th day of October, 2004, I served the

**RATIFICATION DECLARATION OF RICHARD N. SUKENIK CONCERNING ROCCO & ZWEIFACH CLAIM #1205;**

and

**RESPONSE OF ROCCO & ZWEIFACH TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

upon (1) Kirkland & Ellis LLP, Attention Rachel R. Schulman, Esq., 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601; and (2) Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attention David W. Carickoff, Esq., 919 N. Market Street, 16th Floor, Wilmington, Delaware 19899-8705 (Courier 19801) by electronic means and Federal Express overnight courier.

_____
Samuel L. Barkin