UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: W. R. GRACE & COMPANY : CASE NO. 01-01139

: CHAPTER 11

PARISH OF CALCASIEU

STATE OF LOUISIANA

### AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared, ROGER G. BURGESS, who being first duly sworn, deposed as follows:

1. He is an attorney licensed and practicing law in the State of Louisiana.

2. He represents the plaintiff, David Slaughter, in a personal injury lawsuit, wherein a Petition for Damages has been filed in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, entitled and numbered as "David Slaughter Versus No. 2001-4742 Turner Industries, Ltd. and W. R. Grace & Company". This petition was filed on September 20, 2001.

3. He was unaware that W. R. Grace & Company had filed for bankruptcy at the time he filed the above-described Petition for Damages, and that he actually learned that W. R. Grace had filed bankruptcy on September 28, 2001.

4. The defendant, W. R. Grace & Company filed a petition under Chapter 11 of the Bankruptcy Court, in the U. S. Bankruptcy Court for the District of Delaware.

5. No action has been taken against W. R. Grace & Company since the notification of W. R. Grace & Company's on September 28, 2001.

6. There was a recent hearing in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, concerning the plaintiff's Motion to Sever defendant, W. R.

Grace & Company from the lawsuit. At that hearing, the Judge deferred judgment, until plaintiff, David Slaughter's Motion to Lift Stay had been decided by the U. S. Bankruptcy Court for the District of Delaware, indicating that the Motion to Sever would be granted in the event the stay was not lifted.

7. David Slaughter sustained serious injuries, including, but not limited to, a neck injury which required neck surgery.

8. David Slaughter's income was approximately $600 per week gross, prior to the accident.

9. David Slaughter has been unable to perform any type of gainful employment since the date of his accident.

10. David Slaughter has sustained an estimated 1.2 million dollars in damages, which includes current lost wages of $71,122.34 and medical expenses in the amount of $43,493.05. Lost wages continue to accrue.

11. The granting of David Slaughter's Motion to Lift Stay will enable the determination of liability between the two defendants, Turner Industries, Ltd. and W. R. Grace & Company, through the discovery process, and allow for eventual extinguishment of the debt. It is estimated that within six (6) months, a determination of liability will be made through the discovery process.

12. Should W. R. Grace & Company be determined to be liable for the damages sustained by David Slaughter, the liability insurer for W. R. Grace & Company will have the responsibility for the plaintiff's claim or the non-self-insured portion thereof.

13. Should there be a judgment in favor of plaintiff against W. R. Grace & Company, the plaintiff will return to the U. S. Bankruptcy Court for the District of Delaware and petition for the enforcement of the judgment to any extent, should there still be a bankruptcy proceeding pending concerning W. R. Grace & Company.

_____
ROGER G. BURGESS

SWORN TO AND SUBSCRIBED before me, the 14th day of OCTOBER, 2004, at Lake Charles, Louisiana.

_____
NOTARY PUBLIC  Vickie Fee #51343