UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  W. R. GRACE & COMPANY          :          CASE NO. 01-01139

                                       :          CHAPTER 11

PARISH OF CALCASIEU

STATE OF LOUISIANA

## AFFIDAVIT

BEFORE ME, the undersigned authority, came and appeared, DAVID SLAUGHTER, who being first duly sworn, deposed as follows:

1.     He is the plaintiff in a personal injury lawsuit, filed in the 14th Judicial District Court, Calcasieu Parish, State of Louisiana, entitled and numbered as "David Slaughter Versus No. 2001-4742 Turner Industries, Ltd. and W. R. Grace & Company."

2.     The above-described lawsuit is based on his personal injury that occurred on December 24, 2000, and he sustained serious injuries, including, but not limited to, a neck injury which required neck surgery.

3.     Since his accident on December 24, 2000, he has been unable to perform any type of gainful employment.

4.     His lawsuit needs to be settled.

DAVID SLAUGHTER

SWORN TO AND SUBSCRIBED before me, the 14th day of OCTOBER, 2004, at Lake Charles, Louisiana.

NOTARY PUBLIC Vickie Fee #51343