**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. Grace & Company | ) | |
| | ) | Case No. 01-01139 |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: October 25, 2004, 12:00 p.m.** |
| | ) | **Related to Docket Nos. 6301, 6371** |

**NOTICE OF SUPPLEMENTAL MOTION OF DAVID SLAUGHTER
FOR RELIEF FROM STAY UNDER SECTION 362 OF THE
<u>BANKRUPTCY CODE</u>**

TO:  Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Co-Counsel for the Debtors*

Potter Anderson & Corroon, LLP
Hercules Plaza, 1313 N. Market St.
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel for the Official Committee
 Of Asbestos PI Claimants/Property
 Damage Claimants*

Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
*Official Committee of Unsecured Creditors*

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801
*United States Trustee*

Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE 19801
*Co-Counsel for the Debtors*

Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*Official Committee of Equity Holders*

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
*Debtor*

Saul Ewing, LLP, Suite 1200
222 Delaware Avenue, P.O. Box 1266
Wilmington, DE 19899-1266
*Counsel for the Official Committee of
  Asbestos PI Claimants*

Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
*Counsel for the Official Committee of
  Asbestos PI Claimants*

Ferry, Joseph, Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19801
*Counsel for the Official Committee of
  Asbestos PI Claimants*

Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue, P.O. Box 2165
Wilmington, DE 19899-2165
*Counsel to Royal & Sun Alliance and
  Royal Indemnity Co. (Other Prof.)*

Sonya M. Longo, Esquire
Budd, Larner, Rosenbaum, Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ 07078-0999
*Counsel to Other Prof.*

Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806
*Counsel for CIBC World Markets Corp.*

Rosenthal, Monhait, Gross & Goddess, PA
1401 Mellon Bank Center
Wilmington, DE 19801
*Counsel for Official Committee of Equity
  Security Holders*

Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Counsel for Official Committee of Equity
  Security Holders*

Fox, Rothschild, O'Brien & Frankel, LLP
919 Market Street, Suite 1400
Wilmington, DE 19801
*Counsel to Yessenia Rodriguez & Carlos Nieves
  (Other Prof.)*

**PLEASE TAKE NOTICE** that David Slaughter, Plaintiff in *David Slaughter v. W.R. Grace & Company, et al.* presently pending in the state court of the State of Lousiana by her counsel**,** Jacobs & Crumplar, P.A., has filed a Supplemental Motion to Lift Stay and Proceed to Liquidate His Personal Injury Claim which seeks the following relief: for an Order vacating or otherwise modifying the Section 362 automatic stay to permit the trial of the tort causes of action by David Slaughter against the Debtor, allowing liability to be determined as well as the amount of damages to be quantified; and granting such other and further relief as to the Court may seem just and proper under the circumstances.

**HEARING ON THE MOTION WILL BE HELD ON OCTOBER 25, 2004 at 12:00 p.m.**

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

By: __/s/ Robert Jacobs_____
Robert Jacobs, Esq. (Attorney ID# 0244)
Jacobs & Crumplar, P.A.
P.O. Box 1271
2 East 7th Street
Wilmington, DE 19899
(302) 656-5445
*Attorneys for David Slaughter*

Dated: October 15, 2004