# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Company ) | |
| ) | Case No. 01-01139 |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Hearing Date: October 25, 2004, 12:00 p.m.** |
| ) | **Related to Docket Nos. 6301, 6371** |

## ORDER

Having heard Creditor's/Petitioner's, arguments with respect to why the Louisiana suit was filed on September 20, 2001, about 5 ½ months after the filing of the Chapter 11 bankruptcy by the Debtor; and

Having understood that Plaintiff's Counsel was innocent of intentionally violating the automatic stay and immediately ceased all further prosecution of the Louisiana suit; and

Since Petitioner's case must go forward on the merits against the two defendants, which involves W.R. Grace & Company, and Debtor's employees would be necessary witnesses in the Louisiana case even if W.R. Grace & Company was not a party;

**THEN, THEREFORE IT IS ORDERED,** this _____ day of _____, 2004, as follows:

1.    Defendant's belated request to approve the post-petition filing of this case in Louisiana is granted and no Order will be issued requiring the dismissal of this case with respect to W.R. Grace & Company;

2.    The automatic stay is lifted and Petitioner may conduct discovery and liquidate its claim against the two Defendants in its suit in Louisiana;

3. The Petitioner must come to this Court before trying to execute judgment against W.R. Grace & Company or its insurers.

_____
J.

F:\WP70\Bankruptcies\Bankruptcies\SLAUGHTER, David v. W.R. Grace & Co\Pleadings\Motion to Lift Stay (J&C) - Never Filed\Order to Supplemental Motion to Lift Stay_101404.rj.doc