IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Hearing Date: November 15, 2004 at 12:00 p.m.<br>Objection Deadline: October 29, 2004 at 4:00 p.m.<br><br>Ref. No. : 6557 |

## *AMENDED* NOTICE OF MOTION

TO:   The United States Trustee for the District of Delaware, counsel to the Debtors, counsel to each Official Committee and all parties requesting notice under Bankruptcy Rule 2002.

On October 6, 2004, the Town of Acton, Massachusetts (the "Town"), by and through their undersigned counsel, filed the **Town of Acton's Motion For Relief From The Automatic Stay And For Related Determinations** (the "Motion"). **You have previously been served**[1] **with a copy of the Motion.**

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 29, 2004, at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection on the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on October 29, 2004**.

A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801 ON **NOVMEBER 15, 2004 AT 12:00 P.M. (ET)**.

---

[1] Due to the voluminous nature of the exhibits to the Motion, the exhibits were served on the United States Trustee, counsel for the Debtors, and Committee counsel. To obtain a copy of the exhibits to the Motion, contact Barbara Rost at Landis Rath & Cobb LLP, telephone: (302) 467-4400, facsimile (302) 467-4450.

470.001-5382.DOC

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 19, 2004

LANDIS RATH & COBB LLP

*/s/*
Adam G. Landis (No. 3407)
Megan N. Harper (No. 4103)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Fax: (302) 467-4450

-and-

Thomas O. Bean
Eric P. Magnuson
NUTTER, MCCLENNEN & FISH, LLP
World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2604
Telephone: (617) 439-2000

Counsel for the Town of Acton, Massachusetts