# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: Sept. 2, 2004 at 4:00p.m. |
| | Hearing Date:   TDB only if necessary |

## SUMMARY COVERSHEET TO TWENTY-NINTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH JULY 31, 2004

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | July 1, 2004 through July 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $73,179.00 period July 1, 2004 through July 31, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $5,708.23 period of July 1, 2004 through July 31, 2004 |

This is a:                    Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|---|---|---|---|---|---|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|------|---------------------------|------------|---------|------|------|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Application pending | Application pending |

As indicated above, this is the twenty-ninth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 157.90 | $59,212.50 |
| Melissa E. Flax | Partner | $250 | 47.10 | $11,775.00 |
| Kenneth L. Winters | Partner | $260 | 3.20 | $832.00 |
| L.H. Taylor | Of Counsel | $260 | 1.50 | $390.00 |
| Robert C. Scrivo | Associate | $225 | 2.50 | $562.00 |
| JA Kubert | Associate | $160 | 1.70 | $272.00 |
| Laura Florence | Paralegal | $90 | 1.50 | $135.00 |

Total Fees          $73,179.00

Total Hours          215.40

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $3,534.73 |
| Westlaw/Pacer | $317.00 |
| Telephone | $430.47 |
| Faxes | $284.00 |
| FedEx | $311.64 |
| Travel | |
| Messenger | $255.00 |
| Additional Staff Time | $380.97 |
| Court Reporter (Hearing Transcript) | |
| Meals | $194.22 |
| AirPhoto Services | $ |
| Stationary and Supplies | $ |
| | |
| Total | $5,708.23 |

Dated:  August 6, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(July 1, 2004 through July 31, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 157.70 | $59,212.50 |
| Melissa E. Flax | Partner | $250 | 47.10 | $11,775.00 |
| Kenneth L. Winters | Partner | $260 | 3.20 | $832.00 |
| L.H. Taylor | Of Counsel | $260 | 1.50 | $390.00 |
| Robert C. Scrivo | Associate | $225 | 2.50 | $562.00 |
| J.A. Kubert | Associate | $160 | 1.70 | $272.00 |
| Laura Florence | Paralegal | $90 | 1.50 | $135.00 |

| Grand Total: | | | | $73,179.00 |
|---|---|---|---|---|
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
| --- | --- | --- |
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $5,708.23 |
| Fee Applications, Applicant | 13.30 | $3,400.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 202.10 | $69,779.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $317.00 |
| Facsimile (with rates) | | $284.00 ($1.00 per page) |
| Long Distance Telephone | | $430.47 |
| In-House Reproduction | | $298.20 ($0.15 per page) |
| Outside Reproduction | Document Express* | $3,236.73 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $311.64 |
| Postage | | |
| Other (Explain) -<br>Working meal | | $194.22 |
| Messenger | | $255.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $380.97 |
| Aerial Photographs | | $ |
| Stationary & Supplies | | $ |

Dated: August 6, 2004


*Invoice attached to Exhibit B of Fee Detail.


*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                      )
                                            )        Chapter 11
                                            )
W. R. GRACE & CO. et al.[1]                 )        Case No. 01-01139 (JKF)
                                            )        (Jointly Administered)
          Debtors.                          )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,
Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New
Jersey, the United States District Court for the District of New Jersey, the United States Court of
Appeals for the Third Circuit, the State of New York, the United States District Courts for the
Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R.
Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a
Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc.
(f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil,
Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.   I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.   The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 11th day of August, 2004

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. [1] | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |
| Debtors. | ) **Objection Deadline: Sept.. , 2004 at 4:00p.m.** |
| | **Hearing Date : TDB only if necessary** |

### FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL 33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

August 6, 2004
Invoice No.  24569
Client No.  734680

For Professional Services Rendered through    07/31/04

Matter #          734680.1         VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | |
|---|---|---|
| 07/01/04 JMA Appeal - review trial file, appellate rules and cases re: preparation of Grace opposition to Motion to Stay | 2.00 | 750.00 |
| 07/01/04 JMA Appeal - conference with C. Marraro re: revisions to Grace opposition to Honeywell Motion to Stay | 7.00 | 2625.00 |
| 07/01/04 JMA Conference with C. Marraro re: settlement issues | 1.60 | 600.00 |
| 07/02/04 JMA Appeal - receipt and review letter from T. Milch to A. Laws | .10 | 37.50 |
| 07/02/04 JMA Appeal - receipt and review Honeywell opposition to ICO motion for additional words | .40 | 150.00 |
| 07/02/04 JMA Appeal - receipt and review letter from T. Milch to A. Laws re: Honeywell 7 day extension | .10 | 37.50 |
| 07/02/04 JMA Appeal - receipt and review Honeywell motion for 7 day extension for reply brief | .10 | 37.50 |
| 07/02/04 JMA Receipt and review memo from K. Brown re: 6/28/04 weekly conference call | .30 | 112.50 |
| 07/02/04 JMA Appeal - phone - C. Marraro re: opposition to Amicus motion | .70 | 262.50 |
| 07/02/04 JMA Appeal - initial review and comments to SSP Amicus Curiae Motion and Amicus Brief | 2.70 | 1012.50 |
| 07/02/04 JMA Appeal - receipt and review draft Declaration of B. Bell | .40 | 150.00 |
| 07/02/04 JMA Appeal - receipt and review draft of ICO opposition to Honeywell Motion to Stay | .80 | 300.00 |
| 07/06/04 JMA Appeal - phone conference with C. Marraro and R. Senftleben re: status of motions | .30 | 112.50 |

W.R. GRACE & COMPANY
Client No.          734680                    August 6, 2004
INVOICE NO.         24569                     Page      2

| 07/06/04 | JMA | Appeal - review of and comments to Grace response to Amicus Curiae Motion | 1.80 | 675.00 |
|----------|-----|------|------|------|
| 07/06/04 | JMA | Appeal - revisions to Grace response to Amicus Curiae Motion | 1.20 | 450.00 |
| 07/06/04 | JMA | Appeal - phone - C. Marraro re: final revisions to Grace response to Amicus Motion | 1.00 | 375.00 |
| 07/06/04 | JMA | Appeal - prepare initial draft of Grace Motion to Expand Word Limit for Grace principal brief | 2.60 | 975.00 |
| 07/06/04 | JAK | Appeal - updated research on Superfund Settlements Project for brief | 1.70 | 272.00 |
| 07/06/04 | LF | Appeal - review docket sheet on PACER regarding motions filed | .30 | 27.00 |
| 07/07/04 | JMA | Appeal - revisions to Grace Motion for additional words | 1.90 | 712.50 |
| 07/07/04 | JMA | Appeal - conference with C. Marraro re: Grace Motion for additional words | .60 | 225.00 |
| 07/07/04 | JMA | Appeal - finalize and execute Grace Motion for additional words | .40 | 150.00 |
| 07/07/04 | JMA | Receipt and review ICO reply - ICO Motion for more words | .50 | 187.50 |
| 07/07/04 | MEF | Appeal - prepare certificate of service regarding motion to expand word limit | .20 | 50.00 |
| 07/07/04 | MEF | Appeal - letter to A. Laws regarding motion to expand word limit | .20 | 50.00 |
| 07/07/04 | MEF | Appeal - review email from CHM regarding response to amicus motion | .10 | 25.00 |
| 07/07/04 | MEF | Appeal - review draft response to amicus brief | .40 | 100.00 |
| 07/07/04 | MEF | Appeal - review and finalize motion to expand word limit | .50 | 125.00 |
| 07/07/04 | LF | Appeal - Prepare chart of filed motions and dispositions | .80 | 72.00 |
| 07/08/04 | JMA | Phone - R. Senftleben and C. Marraro re: settlement issues | .40 | 150.00 |
| 07/08/04 | JMA | Phone - A. Nagy re: Site Remediation | .20 | 75.00 |

W.R. GRACE & COMPANY
Client No.
INVOICE NO.                734680                    August 6, 2004
                           24569                     Page      3

07/08/04 JMA Site visit with C. Marraro
                                                     2.00    750.00

07/08/04 JMA Conference with C. Marraro re: status of Site
             Remediation                             1.00    375.00

07/08/04 JMA Appeal - receipt and review letter from L.
             Thomas to A. Laws                        .20     75.00

07/08/04 JMA Review settlement and mediation notes for
             conference with client representatives  1.80    675.00

07/08/04 JMA Conference with C. Marraro re: all settlement
             issues                                  2.30    862.50

07/08/04 JMA Phone - R. Senftleben re: Special Master
             meeting                                  .30    112.50

07/08/04 JMA Phone conference with client representatives
             and C. Marraro re: settlement issues     .50    187.50

07/08/04 MEF Appeal - review docket regarding status of
             pending motions                          .30     75.00

07/09/04 JMA Appeal - receipt and review letter from M.
             Sprague to A. Laws                       .10     37.50

07/09/04 JMA Appeal - receipt and review appearance of
             counsel - M. Sprague                     .10     37.50

07/09/04 JMA Appeal - receipt and review letter from M.
             Sprague to A. Laws                       .10     37.50

07/09/04 JMA Appeal - receipt and review Honeywell reply -
             Motion to Expand District Court Record  1.00    375.00

07/09/04 JMA Phone - Jersey City Corporation Counsel
                                                     4.00   1500.00

07/09/04 JMA Appeal - receipt and review notice of
             electronic filing re ICO 3 day extension 1.00    375.00

07/09/04 JMA Appeal - receipt and review ICO motion for 3
             day extension and proposed Order         .20     75.00

07/09/04 JMA Receipt and review ICO letter to Clerk
                                                      .10     37.50

07/09/04 JMA Receipt and review ICO letter to Judge
             Cavanaugh                                .10     37.50

07/09/04 JMA Appeal - receipt and review Order re: extension
             of time - stay motion                    .10     37.50

W.R. GRACE & COMPANY
Client No.                 734680                    August 6, 2004
INVOICE NO.                24569                     Page      4


07/09/04 JMA Appeal - receipt and review Order re: extension    .20    75.00
             of time, Grace Motion to Strike, ICO Motion to
             expand word limits

07/09/04 JMA Appeal - receipt and review letter from L.         .10    37.50
             Thomas to Clerk

07/09/04 JMA Appeal - receipt and review ICO brief in          1.00   375.00
             opposition to SSP motion to file amicus brief

07/09/04 JMA Appeal - receipt and review ICO opposition to      .80   300.00
             Honeywell motion to stay

07/09/04 JMA Receipt and review MRCE memo re: gas main test     .70   262.50
             pit program

07/09/04 JMA Phone - A. Nagy re: Site remediation and           .40   150.00
             meeting with Special Master

07/09/04 JMA Phone - counsel for Special Master re: Special     .30   112.50
             Master meeting

07/09/04 JMA Phone - C. Marraro re: settlement issues           .30   112.50

07/09/04 LF  Appeal - complete chart of motions filed and       .40    36.00
             the disposition

07/12/04 JMA Appeal - phone -  C. Marraro re: outline of       1.00   375.00
             arguments for Grace principal brief

07/12/04 JMA Phone - C. Marraro and T. Milch re: settlement     .10    37.50
             issues

07/12/04 JMA Phone - C. Marraro re: settlement issues           .30   112.50

07/12/04 JMA Appeal - phone - C. Marraro and B. Hughes re:      .40   150.00
             arguments re: "Imminent and Substantial
             Endangerment" issues

07/12/04 JMA Appeal - phone - C. Marraro re: amicus curiae      .40   150.00
             for appellants

07/12/04 JMA Phone - C. Marraro re: settlement issues           .50   187.50

07/12/04 JMA Phone - C. Marraro and R. Senftleben re:           .30   112.50
             Special Master meeting

07/12/04 JMA Phone - C. Marraro and R. Senftleben re:           .40   150.00
             settlement issues

W.R. GRACE & COMPANY
Client No.            734680            August 6, 2004
INVOICE NO.           24569            Page     5

07/12/04 MEF Appeal - review docket regarding status of
             pending motions and due date for Honeywell        .30      75.00
             response to stay motion

07/13/04 JMA Appeal - review and revise letter to Jersey
             City corporate counsel                            .20      75.00

07/13/04 JMA Phone - C. Marraro re: 60% Design Work Plan       .60     225.00

07/13/04 JMA Phone - counsel for Special Master re: right of   .40     150.00
             way issues and meeting with Special Master

07/13/04 JMA Phone - C. Marraro and R. Senftleben re:
             Special Master meeting                            .30     112.50

07/13/04 JMA Phone - counsel for Special Master re: 7/14
             meeting                                           .20      75.00

07/13/04 JMA Review access statute and regulations and
             regulatory history                               1.70     637.50

07/13/04 JMA Letter to Special Master re: access statute      1.00     375.00

07/13/04 JMA Conference with C. Marraro re: revisions to
             letter to Special Master                          .80     300.00

07/13/04 JMA Phone - R. Senftleben re: settlement issues       .40     150.00

07/13/04 JMA Phone - C. Marraro and T. Milch re: settlement    .30     112.50
             issues

07/13/04 JMA Conference with C. Marraro re: settlement
             issues                                           1.00     375.00

07/13/04 JMA Conference with C. Marraro re: issues for
             7/14/04 Special Master meeting                    .80     300.00

07/13/04 JMA Conference with RCS re: Jersey City F.O.I.A.
             documents                                         .20      75.00

07/13/04 JMA Receipt and review memo from K. Brown re:
             7/7/04 weekly conference call                     .20      75.00

07/13/04 JMA Receipt and review letter from D. Field to
             Clerk with 60% Design Work Plan                   .10      37.50

07/13/04 JMA Receipt and review Honeywell 60% Design Work
             Plan submitted to Court                          1.30     487.50

07/13/04 MEF Review statute and regulation regarding access
             to non-owned property                            .30       75.00

W.R. GRACE & COMPANY
Client No.                  734680
INVOICE NO.                 24569

August 6, 2004
Page      6

| | | | | |
|---|---|---|---|---|
| 07/13/04 | MEF | Memo to JMA regarding access statute and regulation | .20 | 50.00 |
| 07/13/04 | MEF | Appeal - Conference with JMA and CHM regarding potential amicus issues | .40 | 100.00 |
| 07/13/04 | MEF | Appeal - review various issues regarding amicus | 2.00 | 500.00 |
| 07/13/04 | MEF | Appeal - memo to JMA regarding various issues regarding amicus | .90 | 225.00 |
| 07/13/04 | LHT | Research regarding EPA's position on definition of "access" to non-owned property for environmental clean-up | 1.50 | 390.00 |
| 07/13/04 | RCS | Telephone call to Jersey City Planning Board regarding today's meeting agenda. | .20 | 45.00 |
| 07/13/04 | RCS | Review Jersey City Planning Board meeting agenda for July 13. | .10 | 22.50 |
| 07/13/04 | RCS | Telephone call to Lem Thomas, Esq. regarding Right to Know requests filed on Jersey City. | .20 | 45.00 |
| 07/14/04 | JMA | Meeting with C. Marraro, A. Nagy and K. Brown re: meeting with Special Master | 1.00 | 375.00 |
| 07/14/04 | JMA | Attend Special Master meeting | 2.50 | 937.50 |
| 07/14/04 | JMA | Working lunch with A. Nagy, K. Brown and C. Marraro re: strategy for access-construction issues | 2.00 | 750.00 |
| 07/14/04 | JMA | Phone - C. Marraro, A. Nagy and R. Senftleben re: results of Special Master meeting | .60 | 225.00 |
| 07/14/04 | JMA | Conference with C. Marraro re: settlement issues/strategy | 1.80 | 675.00 |
| 07/15/04 | JMA | Appeal - conference with MEF re: original trial exhibits for use at oral argument | .40 | 150.00 |
| 07/15/04 | JMA | Phone - C. Marraro re: settlement issues | .70 | 262.50 |
| 07/15/04 | JMA | Appeal - phone - C. Marraro re: Grace reply - motion to strike | .50 | 187.50 |
| 07/15/04 | JMA | Phone - C. Marraro re: settlement issues/strategy | .40 | 150.00 |
| 07/15/04 | JMA | Phone - C. Marraro re: settlement issues | .20 | 75.00 |

W.R. GRACE & COMPANY                           August 6, 2004
Client No.              734680                  Page      7
INVOICE NO.             24569

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/15/04 | JMA | Appeal - phone - C. Marraro re: Grace reply - motion to strike | .30 | 112.50 |
| 07/15/04 | JMA | Receipt and review letter from M. Sprague to Clerk | .10 | 37.50 |
| 07/15/04 | JMA | Appeal - receipt and review Honeywell opposition to Grace motion to strike | 1.00 | 375.00 |
| 07/15/04 | JMA | Phone - C. Marraro re: settlement issues | .30 | 112.50 |
| 07/15/04 | JMA | Phone - C. Marraro and T. Milch re: settlement issues | .10 | 37.50 |
| 07/15/04 | MEF | Appeal - Conference with JMA regarding original trial exhibits - use at oral argument | .40 | 100.00 |
| 07/15/04 | MEF | Appeal - Review Honeywell web page and compare to 4/12/04 web page | .50 | 125.00 |
| 07/15/04 | MEF | Appeal - Memo to JMA regarding Honeywell web page | .30 | 75.00 |
| 07/16/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review Honeywell Progress Report No. 14 | .70 | 262.50 |
| 07/16/04 | JMA | Receipt and review letter from Parsons to Special Master | .10 | 37.50 |
| 07/16/04 | JMA | Receipt and review memo from MEF re: Honeywell web site | .20 | 75.00 |
| 07/16/04 | JMA | Conference with MEF re: Honeywell web site | .20 | 75.00 |
| 07/16/04 | JMA | Appeal - receipt and review letter from M. Steinberg to Clerk | .10 | 37.50 |
| 07/16/04 | JMA | Appeal - receipt and review SSP reply re: motion to file amicus brief | .50 | 187.50 |
| 07/16/04 | JMA | Appeal - phone - C. Marraro re: SSP reply brief | .30 | 112.50 |
| 07/16/04 | JMA | Receipt and review letter from MRCE to Honeywell with 60% Design Report and 60% Contract documents | .10 | 37.50 |
| 07/16/04 | JMA | Appeal - receipt and review summary chart of pending motions, orders and filings | .30 | 112.50 |

W.R. GRACE & COMPANY
Client No.          734680                     August 6, 2004
INVOICE NO.         24569                      Page      8

| | | | |
|---|---|---|---|
| 07/16/04 JMA | Appeal - conference with MEF re: pending motions | .20 | 75.00 |
| 07/16/04 JMA | Appeal - receipt and review email re: deadline for Grace reply - strike motion | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review Honeywell literature review - fish habitats | .50 | 187.50 |
| 07/16/04 JMA | Receipt and review notice of electronic filing re: ICO revised exhibits | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review notice of electronic filing re: 60% Design Work Plan | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review email from S. Graham re: literature review | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review email re: 60% Design Report | .10 | 37.50 |
| 07/16/04 JMA | RCRA Fee Petition - receipt and review letter from L. Thomas to Clerk | .10 | 37.50 |
| 07/16/04 JMA | RCRA Fee Petition - receipt and review letter from L. Thomas to Judge Cavanaugh | .10 | 37.50 |
| 07/16/04 JMA | RCRA Fee Petition - receipt and review ICO reply - motion to supplement record | .30 | 112.50 |
| 07/16/04 JMA | RCRA Fee Petition - receipt and review notice of electronic filing re: ICO reply - motion to supplement record | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review letter from Parsons to Special Master | .10 | 37.50 |
| 07/16/04 JMA | Appeal - prepare outline notes re: Grace reply to motion to strike | .60 | 225.00 |
| 07/16/04 JMA | Receipt and review email from K. Millian | .10 | 37.50 |
| 07/16/04 JMA | Receipt and review letter from K. Millian to Special Master | .20 | 75.00 |
| 07/16/04 JMA | Appeal - receipt and review letter from C. Marraro to Clerk | .10 | 37.50 |
| 07/16/04 JMA | Appeal - receipt and review Order granting ICO additional words | .20 | 75.00 |
| 07/16/04 JMA | Receipt and review letter from Special Master to M. Daneker re: Jersey City access | .10 | 37.50 |

W.R. GRACE & COMPANY                                    August 6, 2004
Client No.                734680                       Page      9
INVOICE NO.               24569

| | | |
|---|---|---|
| 07/16/04 JMA Appeal - conference with MEF re: Grace principal brief points | .50 | 187.50 |
| 07/16/04 JMA Phone - C. Marraro re: Special Master letter to M. Daneker re: Jersey City access issues | .20 | 75.00 |
| 07/16/04 MEF Appeal - phone with A. Laws regarding demonstrative exhibits from trial | .20 | 50.00 |
| 07/16/04 MEF Appeal - email to JMA, CHM and WFH regarding motion to lodge exhibits | .20 | 50.00 |
| 07/16/04 MEF Appeal - review docket regarding status of pending motions | .20 | 50.00 |
| 07/16/04 MEF Appeal - email to JMA and CHM regarding due date for reply on motion to strike | .20 | 50.00 |
| 07/16/04 MEF Appeal - receipt and review Honeywell's reply in further support of its stay motion | .60 | 150.00 |
| 07/16/04 MEF Appeal - Conference with JMA regarding Grace principal appellate brief | .50 | 125.00 |
| 07/17/04 JMA Appeal - phone - C. Marraro re: Grace principal brief | .30 | 112.50 |
| 07/17/04 JMA Appeal - preparation of "Statement of Facts" - Grace principal brief | 2.60 | 975.00 |
| 07/17/04 JMA Appeal - receipt and review letter from M. Sprague to Clerk | .10 | 37.50 |
| 07/17/04 JMA Appeal - receipt and review Honeywell reply brief - motion for stay | .80 | 300.00 |
| 07/17/04 JMA Draft letter to Special Master re: delays in 100% Design Work Plan | .40 | 150.00 |
| 07/17/04 JMA Email to C. Marraro | .10 | 37.50 |
| 07/17/04 MEF Appeal - review portions of Honeywell's trial brief and FOF/COL and Grace's trial brief and FOF/COL in connection with responding to portions of Honeywell's appellate brief | 1.60 | 400.00 |
| 07/18/04 MEF Appeal - review and update motion list and check status regarding pending motions in 3d Circuit | .60 | 150.00 |
| 07/19/04 JMA Letter to R. Senftleben re: 60% Design Work Plan | .20 | 75.00 |

W.R. GRACE & COMPANY
Client No.              734680              August 6, 2004
INVOICE NO.             24569              Page        10

| | | | | |
|---|---|---|---|---|
| 07/19/04 | JMA | Phone - R. Senftleben | .10 | 37.50 |
| 07/19/04 | JMA | Phone - C. Marraro | .10 | 37.50 |
| 07/19/04 | JMA | Phone - C. Marraro re: settlement issues | .20 | 75.00 |
| 07/19/04 | JMA | Phone - C. Marraro and R. Senftleben re: settlement issues | .30 | 112.50 |
| 07/19/04 | JMA | Revise letter to Special Master re: Honeywell stay motion | .20 | 75.00 |
| 07/19/04 | MEF | Appeal - Research FRAP rules regarding limitations on pages | .90 | 225.00 |
| 07/19/04 | MEF | Phone with M. Sprague regarding hyperlinks on web site | .20 | 50.00 |
| 07/19/04 | MEF | RCRA Fee Petition - PACER search - docket regarding decision on fee application | .20 | 50.00 |
| 07/19/04 | MEF | Appeal - PACER search - status of pending motions | .20 | 50.00 |
| 07/19/04 | MEF | Appeal - phone with CHM regarding Honeywell's reply brief on stay motion | .20 | 50.00 |
| 07/20/04 | JMA | Appeal - phone - C. Marraro re: Grace principal brief | .30 | 112.50 |
| 07/20/04 | JMA | Phone - C. Marraro and R. Senftleben re: status of settlement issues | .20 | 75.00 |
| 07/20/04 | JMA | Phone - C. Marraro re: settlement issues | .20 | 75.00 |
| 07/20/04 | JMA | Appeal - preparation of Statement of Facts - Grace principal brief | 2.30 | 862.50 |
| 07/20/04 | JMA | Conference call with C. Marraro and clients re: settlement issues | .40 | 150.00 |
| 07/20/04 | JMA | Phone - C. Marraro re: settlement issues | .50 | 187.50 |
| 07/20/04 | MEF | Appeal - review Honeywell's opposition to motion to strike | 1.50 | 375.00 |
| 07/20/04 | MEF | Phone with M. Daneker regarding Honeywell web page | .20 | 50.00 |
| 07/20/04 | MEF | Appeal - phone with JMA regarding motion to strike | .30 | 75.00 |

W.R. GRACE & COMPANY
Client No.                734680
INVOICE NO.               24569

August 6, 2004
Page       11

| | | | | |
|---|---|---|---|---|
| 07/21/04 JMA | Appeal - conference with C. Marraro re: comments to Grace reply - motion to strike | | .50 | 187.50 |
| 07/21/04 JMA | Appeal - conference with C. Marraro re: comments to Grace reply - motion to strike | | 1.50 | 562.50 |
| 07/21/04 JMA | Receipt and review information re: Clean Machine car wash portion of Site | | .60 | 225.00 |
| 07/21/04 JMA | Phone - C. Marraro re: Clean Machine Car Wash | | .20 | 75.00 |
| 07/21/04 JMA | Appeal - review Motion to Strike motion papers and Motion to Expand Record papers re: Grace reply brief - Motion to Strike | | 2.70 | 1012.50 |
| 07/21/04 JMA | Appeal - conference with MEF re: preparation of Grace reply - Motion to Strike | | 4.10 | 1537.50 |
| 07/21/04 JMA | Phone - S. Jackson re: 60% Design Work Plan | | .20 | 75.00 |
| 07/21/04 JMA | Phone - C. Marraro re: 60% Design Work Plan | | .30 | 112.50 |
| 07/21/04 JMA | Phone - C. Marraro and M. Golladay re: 60% Design Work Plan | | .20 | 75.00 |
| 07/21/04 JMA | Phone - S. Jackson re: 60% Design Work Plan | | .10 | 37.50 |
| 07/21/04 JMA | Phone - A. Nagy re: 60% Design Work Plan | | .10 | 37.50 |
| 07/21/04 MEF | Appeal - conferences with JMA regarding reply on motion to strike | | 4.10 | 1025.00 |
| 07/21/04 MEF | Appeal - draft portions of reply on motion to strike | | 3.00 | 750.00 |
| 07/21/04 MEF | Appeal - prepare certificate of service of reply on motion to strike | | .20 | 50.00 |
| 07/21/04 MEF | Appeal - letter to clerk regarding reply on motion to strike | | .20 | 50.00 |
| 07/21/04 MEF | Appeal - PACER search regarding status of pending motions | | .20 | 50.00 |
| 07/21/04 MEF | RCRA Fee Petition - Pacer search regarding status of decision of fee application | | .20 | 50.00 |
| 07/22/04 JMA | Phone - S. Jackson re: Grace comments to 60% Design Report | | .10 | 37.50 |
| 07/22/04 JMA | Receipt and review email from S. Graham | | .10 | 37.50 |

```
W.R. GRACE & COMPANY                          August 6, 2004
Client No.              734680                Page      12
INVOICE NO.             24569
```

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 07/22/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: daily field reports and tidal data | .10 | 37.50 |
| 07/22/04 | JMA | Appeal - receipt and review memo from MEF re: use of demonstrative exhibits at oral argument | .10 | 37.50 |
| 07/22/04 | JMA | Receipt and review letter from Parsons to Special Master re: Groundwater Addendum No. 6 | .10 | 37.50 |
| 07/22/04 | JMA | Receipt and review Groundwater Investigation - Addendum No. 6 | .60 | 225.00 |
| 07/22/04 | JMA | Receipt and review ICO comments to 60% Design Summary Report | .50 | 187.50 |
| 07/22/04 | JMA | Review of and revisions to Grace comments to 60% Design Summary Report | 1.80 | 675.00 |
| 07/22/04 | JMA | Phone - K. Brown re: revisions to Grace comments to 60% Design Summary Report | .40 | 150.00 |
| 07/22/04 | JMA | Phone - M. Golladay re: Grace comments to 60% Design Summary Report | .10 | 37.50 |
| 07/22/04 | JMA | Phone - C. Marraro re: settlement issues | .30 | 112.50 |
| 07/22/04 | JMA | Phone - C. Marraro and T. Milch re: settlement issues | .20 | 75.00 |
| 07/22/04 | JMA | Phone - C. Marraro re: Grace comments to 60% Design Report | .30 | 112.50 |
| 07/22/04 | JMA | Phone - C. Marraro re: PSE&G gas line issue | .30 | 112.50 |
| 07/22/04 | JMA | Letter to Special Master re: 60% Design Report | .20 | 75.00 |
| 07/23/04 | JMA | Receipt and review email from S. Graham | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: PVSC | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from Parsons to Special Master re: draft permit application | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: stay papers | .10 | 37.50 |
| 07/23/04 | JMA | Receipt and review email from T. Pasuit re: DEP meeting | .10 | 37.50 |

07/23/04 JMA Receipt and review email from S. Graham            .10    37.50

07/23/04 JMA Receipt and review letter from Parsons to         .10    37.50
             Special Master re: Sediment Work Plan

07/23/04 JMA Receipt and review Honeywell Additional           .50   187.50
             Sediment Investigation Work Plan

07/23/04 JMA Receipt and review email from counsel for         .10    37.50
             Special Master re: DEP meeting

07/23/04 JMA Receipt and review letter from Environ to J.      .10    37.50
             Morris

07/23/04 JMA Receipt and review Honeywell response to          .60   225.00
             Special Master and ICO comments - Sediment
             Investigation

07/23/04 JMA Receipt and review MRCE Daily Field Reports -     .30   112.50
             June

07/23/04 JMA Appeal - receipt and review letter from M.        .10    37.50
             Sprague to clerk

07/23/04 JMA Appeal - receipt and review Honeywell response    .20    75.00
             to Grace motion for additional words

07/23/04 JMA Receipt and review email from T. Pasuit re:       .10    37.50
             stay proceedings

07/23/04 JMA Receipt and review email from s. Graham re:       .10    37.50
             sediment investigation

07/23/04 JMA Receipt and review letter from Parsons to         .10    37.50
             Special Master re: Environ responses

07/23/04 JMA Receipt and review letter from Environ to J.      .10    37.50
             Morris re: contour maps

07/23/04 JMA Receipt and review Honeywell response re:         .80   300.00
             chromium contour maps

07/23/04 JMA Receipt and review letter from Environ to J.      .10    37.50
             Morris re: sediment investigation response

07/23/04 JMA Conference with C. Marraro re: special Master     .30   112.50
             meeting with DEP

07/23/04 JMA Receipt and review email from SI Group            .10    37.50

07/23/04 JMA Receipt and review memo from K. Brown re:         .30   112.50
             7/20/04 weekly conference call

W.R. GRACE & COMPANY
Client No.                 734680                  August 6, 2004
INVOICE NO.                24569                   Page     14

| 07/23/04 JMA | Receipt and review email from K. Millian | .10 | 37.50 |
|---|---|---|---|
| 07/23/04 JMA | Receipt and review letter from K. Millian to Special Master | .10 | 37.50 |
| 07/23/04 JMA | Appeal - phone - C. Marraro re: Grace principal brief | .50 | 187.50 |
| 07/23/04 MEF | Appeal - PACER search regarding status of motions | .30 | 75.00 |
| 07/23/04 MEF | Appeal - phone with CHM regarding ruling on amicus motion | .20 | 50.00 |
| 07/23/04 MEF | Appeal - review various briefs regarding License Agreement for appeal brief | .90 | 225.00 |
| 07/25/04 JMA | Appeal - Preparation of Grace principal brief - Statement of Facts | 6.00 | 2250.00 |
| 07/25/04 MEF | Appeal - review case law cited by Honeywell and review underlying documents in support of specific arguments | 3.50 | 875.00 |
| 07/26/04 KLW | Conference with JMA regarding appellate brief statement of facts and references | .50 | 130.00 |
| 07/26/04 JMA | Appeal - Phone - C. Marraro re: Grace principal brief | .50 | 187.50 |
| 07/26/04 JMA | Appeal - conference with MEF re: format of Grace principal brief | .30 | 112.50 |
| 07/26/04 JMA | Appeal - conference with KLW re: format of Grace principal brief | .50 | 187.50 |
| 07/26/04 JMA | Appeal - preparation of Grace principal brief | 8.50 | 3187.50 |
| 07/26/04 MEF | Appeal - assist in preparation of Statement of Fact | 1.00 | 250.00 |
| 07/27/04 JMA | Phone - C. Marraro re: meeting with NJDEP and Special Master | | 75.00 |
| 07/27/04 JMA | Appeal - preparation of Grace principal brief | 8.00 | 3000.00 |
| 07/27/04 JMA | Receipt and review letter from M. Daneker to Special Master re: access issues | .40 | 150.00 |
| 07/27/04 JMA | Receipt and review Stipulation re: access | .20 | 75.00 |

```
W.R. GRACE & COMPANY                                    August 6, 2004
Client No.              734680                 Page      15
INVOICE NO.             24569
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/27/04 | JMA | Phone - C. Marraro re: access issues | .40 | 150.00 |
| 07/27/04 | MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 07/27/04 | MEF | Review Honeywell Website regarding link to court opinion | .20 | 50.00 |
| 07/27/04 | MEF | Email to CHM and JMA regarding Honeywell Website | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - Conference with JMA regarding addendum | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - assist in preparation of Statement of Facts (appeal brief) | .50 | 125.00 |
| 07/27/04 | MEF | Appeal - phone with A. Laws at 3d Circuit | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - phone with M. Williams at 3d Circuit regarding briefing issues | .30 | 75.00 |
| 07/27/04 | MEF | Appeal - phone with JMA and CHM regarding addendum | .20 | 50.00 |
| 07/27/04 | MEF | Appeal - phone with JMA, CHM and K. Millian regarding addendum | .30 | 75.00 |
| 07/27/04 | MEF | Appeal - phone with JMA, CHM and M. Sprague regarding addendum | .30 | 75.00 |
| 07/27/04 | MEF | Appeal - conference with JMA and KLW regarding motion for addendum | .40 | 100.00 |
| 07/28/04 | KLW | Prepare appellate motion re leave to file addendum setting forth referenced in record to court's findings | 2.70 | 702.00 |
| 07/28/04 | JMA | Appeal - preparation of Grace principal brief | 7.80 | 2925.00 |
| 07/29/04 | JMA | Appeal - preparation of Grace principal brief - Statement of Facts | 9.00 | 3375.00 |
| 07/29/04 | MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 07/29/04 | MEF | Appeal - review docket regarding order granting Grace additional words | .20 | 50.00 |
| 07/29/04 | MEF | Appeal - Conference with JMA and CHM regarding motion to file addendum | .50 | 125.00 |
| 07/29/04 | MEF | Appeal - draft and revise portions of appeal brief | 1.50 | 375.00 |

W.R. GRACE & COMPANY                              August 6, 2004
Client No.                734680              Page      16
INVOICE NO.               24569

| | | | |
|---|---|---|---|
| 07/29/04 RCS | Appeal -- meeting with JMA regarding annotated Appendix. | .20 | 45.00 |
| 07/29/04 RCS | Appeal -- prepare annotations to Appendix. | 1.80 | 405.00 |
| 07/30/04 JMA | Appeal - phone - C. Marraro re: Grace principal brief | .50 | 187.50 |
| 07/30/04 JMA | Preparation of Grace principal brief - Statement of Facts | 7.50 | 2812.50 |
| 07/30/04 JMA | Receipt and review email re: 8/2 meeting at DEP | .10 | 37.50 |
| 07/30/04 MEF | Appeal - revise portions of appeal brief. | .40 | 100.00 |

                              Subtotal:
                                                      ----------
                                                      69779.00


## Fee Applications, Applicants

| | | | |
|---|---|---|---|
| 07/07/04 MEF | Fee Application - Pacer search - CNO regarding 27th Monthly Fee Application | .20 | 50.00 |
| 07/07/04 MEF | Fee Application - prepare response to Fee Auditor's Initial Report regarding Twelfth Quarterly fee application | .80 | 200.00 |
| 07/07/04 MEF | Fee Application - letter to W. Smith forwarding response to Initial Report regarding 12th Quarterly fee application | .10 | 25.00 |
| 07/07/04 MEF | Fee Application - email to S. Bossay regarding response to Initial Report regarding 12th Quarterly fee application | .10 | 25.00 |
| 07/07/04 MEF | Fee Application - receipt and review email from S. Bossay regarding Fee Auditor Initial Report regarding 12th Quarterly Fee Application | .10 | 25.00 |
| 07/07/04 MEF | Fee Application - review Fee Auditor's Initial Report regarding 12th Quarterly Fee Application | .30 | 75.00 |
| 07/07/04 MEF | Fee Application - email to S. Bossay regarding response to Fee Auditor Initial report regarding 12th Quarterly Fee Application | .10 | 25.00 |
| 07/07/04 MEF | Fee Application - review and update chart regarding status of payments | .20 | 50.00 |

```
W.R. GRACE & COMPANY                              August 6, 2004
Client No.              734680          Page         17
INVOICE NO.             24569
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 07/08/04 | MEF | Fee Application - Pacer search - CNO for 27th Monthly Fee Application | .20 | 50.00 |
| 07/08/04 | MEF | Fee Application - review CNO for 27th Monthly Fee Application | .20 | 50.00 |
| 07/08/04 | MEF | Fee Application - review June fee detail | 2.40 | 600.00 |
| 07/09/04 | JMA | Fee Application  - receipt and review Fee Auditor Initial Report re: Carella Byrne 12th Quarterly Application | .20 | 75.00 |
| 07/09/04 | JMA | Fee Application - review and execute 28th monthly fee application | .40 | 150.00 |
| 07/09/04 | MEF | Fee Application - letter to P. Cuniff regarding 28th Monthly Fee Application | .20 | 50.00 |
| 07/09/04 | MEF | Fee Application - voice mail - S. Bossay regarding monthly fee details | .10 | 25.00 |
| 07/09/04 | MEF | Fee Application - phone with S. Bossay regarding monthly applications | .10 | 25.00 |
| 07/09/04 | MEF | Fee Application - Email to S. Bossay regarding April and May 2004 fee detail | .20 | 50.00 |
| 07/09/04 | MEF | Fee Application - review revised fee detail for June 2004 | .50 | 125.00 |
| 07/09/04 | MEF | Fee Application - prepare 28th Monthly Fee Application | 2.00 | 500.00 |
| 07/13/04 | MEF | Fee Application - begin preparing 13th Quarterly Fee Application | 2.00 | 500.00 |
| 07/14/04 | MEF | Fee Application - Continue preparing 13th Quarterly Fee Application | .50 | 125.00 |
| 07/16/04 | MEF | Fee Application - PACER search regarding status of filing of 27th Monthly Fee Application | .20 | 50.00 |
| 07/16/04 | MEF | Fee Application - continue preparing 13th Quarterly Fee Application | 1.40 | 350.00 |
| 07/20/04 | MEF | Fee Application - PACER search regarding filing of June fee application | .20 | 50.00 |
| 07/20/04 | MEF | Fee Application - revise and finalize 13th Quarterly Fee Application | .40 | 100.00 |

W.R. GRACE & COMPANY                                        August 6, 2004
Client No.              734680                              Page      18
INVOICE NO.             24569


07/20/04 MEF Fee Application - email to S. Bossay regarding      .20     50.00
             CBBG June fee detail

                                      Subtotal:                      ----------
                                                                     3400.00

                                                                 -------------
Total Fees:                                                       73,179.00

```
W.R. GRACE & COMPANY                           August 6, 2004
Client No.              734680                  Page    20
INVOICE NO.             24569
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE    HOURS          FEES
K L WINTERS                     260.00    3.20          832.00
J M AGNELLO                     375.00  157.90        59212.50
M E FLAX                        250.00   47.10        11775.00
L H TAYLOR                      260.00    1.50          390.00
JA KUBERT                       160.00    1.70          272.00
RC SCRIVO                       225.00    2.50          562.50
LAURA FLORENCE                   90.00    1.50          135.00
                      TOTALS             215.40        73179.00
```

**E X H I B I T  B**

W.R. GRACE & COMPANY                                    August 6, 2004
Client No.                734680                        Page      19
INVOICE NO.               24569


          Disbursements


Meals

07/12/04 Meals FORTE 5/25 (Lunch JMA,MEF, RCS #2231)        18.87
07/21/04 Meals   JMA, CHM, K.BROWN, A.NAGY 7/14 ECCOLA     175.35
          #10042261

                                   SUBTOTAL:    194.22


Photocopies - Outside

07/08/04 Photocopies - DOC. EXP 6/28                      3236.73

                                   SUBTOTAL:   3236.73

07/31/04 Messenger                                         255.00
07/31/04 Photocopies                                       298.20
07/31/04 Faxes                                             284.00
07/31/04 Telephone                                         430.47
07/31/04 Additional Staff Time                             380.97
07/31/04 Computer Searches                                 317.00
07/31/04 Federal Express                                   311.64
                                                       -------------
Total Costs                                                5,708.23
                                                       -------------
Total Due this Matter                                     78,887.23
=============

# Document Express, Inc.

75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| | 152021 | 06/28/2004 |
|---|---|---|
| Sales Rep: | Zina Motley | |
| Customer#: | RO10025 | |
| Page: | 1 | |

BILL TO:

Carella Byrne
5 Becker Farm Road
Roseland, NJ 07068

Eileen

SHIP TO:

Carella Byrne
3 sets orig/4 copies  (3 orders)
Re: 734680.1  Grace
For Laura Florence, JMA

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 994-1700 | (973) 994-1744 | Eileen | MT06437/13255/10 | Marianne |

| Quantity | Description | Tax | Sub-Total |
|---|---|---|---|
| 4 @.14( 3-Hole) - 734680.1<br>20# Xerobond White<br>Copies on 8.5 x 11<br>4917 Originals, 1 Side, As Original<br>19,668 Copies | | Y | 2,753.52 |
| 4 @ .50 -<br>20# Xerobond White<br>Copies on 11 x 17<br>21 Originals, 1 Side, As Original<br>84 Copies | | Y | 42.00 |
| 5 3 RING BINDER - 1" view<br>Binding/3 Ring - R | @ 6.50 | Y | 32.50 |
| 5 3 RING BINDER -<br>Binding/3 Ring - R | @ 11.50 - 2" view | Y | 57.50 |
| 12 3 RING BINDER -<br>Binding/3 Ring - R | @ 14.00 - 3" view | Y | 168.00 |

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 3,053.52 | 6.000 | 183.21 | 0.00 | 0.00 | $ (3,236.73) |

*Thank you. We appreciate your business!*

*"catch the express"*

D 7/04