**EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Oct. 7, 2004 at 4:00p.m. |
| | | Hearing Date:   TDB only if necessary |

## SUMMARY COVERSHEET TO THIRTIETH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | August 1, 2004 through August 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $109,681.50 period August 1, 2004 through August 31, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,704.36 period of August 1, 2004 through August 31, 2004 |

This is a:                    Monthly interim application

Prior Applications filed:     Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|--------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|------|---------------------------|------------|---------|------|------|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Application pending | Application pending |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Application pending | Application pending |

As indicated above, this is the thirtieth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 198.10 | $74,287.50 |
| Melissa E. Flax | Partner | $250 | 78.50 | $19,625.00 |
| K.R. Heslin | Associate | $250 | 6.70 | $1,675.00 |
| Robert C. Scrivo | Associate | $225 | 59.40 | $13,365.00 |
| Laura Florence | Paralegal | $90 | 8.10 | $729.00 |

Total Fees      $109,681.50

Total Hours    350.80

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $1,423.05 |
| Westlaw/Pacer | $531.59 |
| Telephone | $781.55 |
| Faxes | $145.00 |
| FedEx | $223.74 |
| Travel | $11.50 |
| Messenger | $308.00 |
| Additional Staff Time | $64.17 |
| Court Reporter (Hearing Transcript) | |
| Meals | $215.76 |
| AirPhoto Services | |
| Stationary and Supplies | |
| | |
| Total | $3,704.36 |

Dated: September 9, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(August 1, 2004 through August 31, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 198.10 | $74,287.50 |
| Melissa E. Flax | Partner | $250 | 78.50 | $19,625.00 |
| K.R. Heslin | Associate | $250 | 6.70 | $1,675.00 |
| Robert C. Scrivo | Associate | $225 | 59.40 | $13,365.00 |
| Laura Florence | Paralegal | $90 | 8.10 | $729.00 |

| Grand Total: | $109,681.50 |
|---|---|
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $3,704.36 |
| Fee Applications, Applicant | 7.60 | $1,987.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 343.20 | $107,694.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $531.59 |
| Facsimile (with rates) | | $145.00 ($1.00 per page) |
| Long Distance Telephone | | $781.55 |
| In-House Reproduction | | $1,423.05 ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | JMA – parking Tolls | $6.00 $5.50 $11.50 |
| Out-Of-Town Travel airfare car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $223.74 |
| Postage | | |
| Other (Explain) - Working meal | | $215.76 |
| Messenger | | $308.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $64.17 |
| Aerial Photographs | | |
| Stationary & Supplies | | |

Dated: September 12, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )    Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )    Case No. 01-01139 (JKF)
                                                )    (Jointly Administered)
          Debtors.                              )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this ___ day of September, 2004

_____

Notary Public

My Commission Expires:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. [1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: Oct. 7, 2004 at 4:00p.m. |
| | Hearing Date : TDB only if necessary |

### FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY                     September 10, 2004
5400 BROKEN SOUND BLVD., N.W.            Invoice No.  24895
BOCA RATON, FL  33487                    Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


          For Professional Services Rendered through   08/31/04

Matter #          734680.1      VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


08/01/04 JMA Appeal - preparation of Grace principal          4.00   1500.00
             brief-Statement of Facts

08/01/04 JMA Appeal - phone - CHM re: Grace principal brief    .40    150.00

08/01/04 JMA Receipt and review Special Master's 14th Fee      .60    225.00
             Application

08/01/04 JMA Letter to Judge Cavanaugh re: Special Master's    .20     75.00
             14th Fee Application

08/01/04 RCS Appeal-continued preparation of annotations to   4.50   1012.50
             Appendix.

08/02/04 JMA Attend meeting at DEP re: Waterfront             5.50   2062.50
             Development Permit issues

08/02/04 JMA Prepare memo re: meeting at DEP                   .60    225.00

08/02/04 JMA Appeal - phone - CHM re: Grace principal brief    .50    187.50

08/02/04 JMA Phone - CHM re: meeting at DEP                    .30    112.50

08/02/04 JMA Phone - A. Nagy re: remediation and access        .30    112.50
             issues

08/02/04 JMA Appeal - preparation of Grace principal brief -  4.60   1725.00
             Statement of Facts

08/02/04 MEF Appeal - begin compiling Grace's counter         3.50    875.00
             designations for inclusion in appendix

08/02/04 RCS Appeal-continued preparation of annotations to   6.50   1462.50
             Appendix.

08/03/04 JMA Appeal - preparation of Grace principal brief    8.00   3000.00

08/03/04 RCS Appeal- continued preparation of annotations to 10.00   2250.00
             Appendix.

08/04/04 JMA Appeal - preparation of Grace principal brief   15.50   5812.50

```
W.R. GRACE & COMPANY                                    September 10, 2004
Client No.                 734680            Page      2
INVOICE NO.                24895
```

| | | | |
|---|---|---|---|
| 08/04/04 RCS | Telephone call to Lem Thomas, Esq. regarding Appendix Annotations. | .10 | 22.50 |
| 08/04/04 RCS | Continued preparation of annotations to Appendix. | 3.00 | 675.00 |
| 08/05/04 JMA | Appeal - preparation of Grace principal brief | 12.50 | 4687.50 |
| 08/05/04 JMA | Phone - M. Daneker re: Permits | .20 | 75.00 |
| 08/05/04 JMA | Phone - S. Jackson re: Permits and PSE&G | .40 | 150.00 |
| 08/05/04 RCS | Continued preparation of annotations to Appendix. | 7.50 | 1687.50 |
| 08/06/04 JMA | Receipt of DOT Driveway Access Permit | .20 | 75.00 |
| 08/06/04 JMA | Conference with CHM re: Permit issues | .50 | 187.50 |
| 08/06/04 JMA | Appeal - preparation of Grace principal brief | 9.50 | 3562.50 |
| 08/06/04 MEF | Appeal - PACER search regarding status of pending motions | .20 | 50.00 |
| 08/06/04 MEF | Appeal - conferences with JMA regarding revisions to appeal brief | 3.00 | 750.00 |
| 08/06/04 MEF | Appeal - revise portions of appeal brief | 1.10 | 275.00 |
| 08/06/04 RCS | Appeal- continued preparation of annotations to Appendix. | 9.50 | 2137.50 |
| 08/06/04 LF | Assist JMA and CHM in connection with evidential citations in Appellate brief | .50 | 45.00 |
| 08/07/04 JMA | Appeal - preparation of Grace principal brief | 6.00 | 2250.00 |
| 08/07/04 MEF | Appeal - prepare portions of appeal brief and appendix designations | 4.00 | 1000.00 |
| 08/09/04 JMA | Appeal - preparation of Grace principal brief | 13.00 | 4875.00 |
| 08/09/04 MEF | Appeal - Continue working on various portions of appeal brief | 5.50 | 1375.00 |
| 08/09/04 MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 08/09/04 MEF | Appeal - phones with WFH regarding addendum and citations | .30 | 75.00 |
| 08/09/04 MEF | Appeal - email from WFH regarding legislative materials | .10 | 25.00 |

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.                 734680                       Page      3
INVOICE NO.                24895


08/09/04 MEF Appeal - email to WFH regarding designation of      .10      25.00
             evidence for inclusion in the record

08/09/04 MEF Appeal - review and revise appellate brief         4.20    1050.00

08/09/04 RCS Appeal-revise and edit for leave to file an        4.00     900.00
             addendum to Grace Defendant's principal brief.

08/09/04 RCS Appeal: review relevant Federal Rules of           1.00     225.00
             Appellate Procedure and Local Rule of Appellate
             Procedure regarding filing motion to include
             addendum.

08/10/04 JMA Appeal - preparation of Grace principal brief     12.00    4500.00

08/10/04 JMA Appeal - revisions to motion for leave to          1.50     562.50
             include annotated Opinion as Addendum

08/10/04 MEF Appeal - PACER search - status of motions           .20      50.00

08/10/04 MEF Appeal - conference with JMA and CHM regarding     4.20    1050.00
             revisions to appellate brief

08/10/04 MEF Appeal - revise appellate brief                    5.90    1475.00

08/10/04 KRH (Appeal)  Research case law on standard of         1.00     250.00
             review for review of breach of contract
             decision

08/10/04 RCS Appeal- Research selected issues for John          3.00     675.00
             Agnello, Esq. and Chris Marraro, Esq. regarding
             District Court requirements for Findings of
             Fact and Conclusions of Law.

08/10/04 RCS Appeal- meetings with John Agnello, Esq. and        .70     157.50
             Chris Marraro, Esq. regarding Motion for Leave
             to File Annotated District Court Opinion to
             principal Brief.

08/10/04 RCS Appeal- continued preparation of Motion for        1.50     337.50
             Leave to File Annotated District Court Opinion.

08/10/04 RCS Appeal- preparation of Certificate of Service       .30      67.50
             filing Motion for Leave to File Annotated
             District Court Opinion.

08/10/04 RCS Appeal- preparation of cover letter filing          .30      67.50
             Motion for Leave to File Annotated District
             Court Opinion.

08/11/04 JMA Appeal - final revisions to Motion to file          .70     262.50
             annotated Opinion

W.R. GRACE & COMPANY                                      September 10, 2004
Client No.                    734680                     Page      4
INVOICE NO.                   24895


08/11/04 JMA Appeal - phone - CHM and K. Millian re: Amicus    .30    112.50

08/11/04 JMA Phone - M. Daneker's secretary re: execution of   .10     37.50
             Permits

08/11/04 JMA Appeal - preparation of final revisions to       6.50   2437.50
             Grace principal brief

08/11/04 MEF Appeal - revise and finalize appeal proof brief  5.50   1375.00

08/11/04 MEF Appeal - letter to Clerk filing proof brief       .20     50.00

08/11/04 MEF Appeal - letter to Clerk filing motion            .20     50.00
             regarding annotated opinion

08/11/04 MEF Appeal - PACER search - status of motions         .20     50.00

08/11/04 KRH (Appeal)  Review and revise 3rd Circuit Brief    2.80    700.00

08/11/04 RCS Appeal- meeting with John Agnello, Esq.           .30     67.50
             regarding Motion for Leave to File Annotated
             Copy of Amended Opinion.

08/11/04 RCS Appeal- revise and edit Motion for Leave to       .40     90.00
             File Annotated Copy of Amended Opinion.

08/11/04 RCS Appeal- proof read portions of citations in       .30     67.50
             principal brief.

08/11/04 RCS Appeal- Research regarding Findings of Fact by   2.20    495.00
             District Court.

08/11/04 RCS Telephone call to Jersey City Planning Board      .20     45.00
             regarding meeting agendas.

08/11/04 RCS Review Jersey City Planning Board Agenda.         .20     45.00

08/12/04 JMA Receipt and review Special Master's 13th Fee      .50    187.50
             Application

08/12/04 JMA Letter to Judge Cavanaugh re: Special Master's    .20     75.00
             13th Fee Application

08/12/04 JMA Appeal - phone - CHM and M. Gordon re: Amicus     .40    150.00
             brief

08/12/04 JMA Appeal - phone - CHM re: Amicus                   .20     75.00

08/12/04 JMA Receipt and review memo from K. Brown re: 8/5     .20     75.00
             weekly conference call

08/12/04 JMA Memo to K. Brown re: IRMs                         .20     75.00

W.R. GRACE & COMPANY                                          September 10, 2004
Client No.              734680                    Page      5
INVOICE NO.             24895

| | | | |
|---|---|---|---|
| 08/12/04 JMA | Appeal - review of and comments to letter from M. Sprague re: Appendix | .60 | 225.00 |
| 08/12/04 JMA | Appeal - conference with MEF re: Appendix issues | .50 | 187.50 |
| 08/12/04 JMA | Appeal - phone - J. Monahan re: Amicus brief | .20 | 75.00 |
| 08/12/04 JMA | Appeal - phone - CHM re: Amicus brief | .30 | 112.50 |
| 08/12/04 JMA | Appeal - phone - CHM re: Amicus brief | .40 | 150.00 |
| 08/12/04 JMA | Appeal - letter to R. Senftleben | .20 | 75.00 |
| 08/12/04 JMA | Appeal - phone - CHM and J. Monahan re: Amicus | .30 | 112.50 |
| 08/12/04 JMA | Appeal - phone - CHM and L. Thomas re: Amicus brief | .20 | 75.00 |
| 08/12/04 JMA | Phone - M. Daneker re: permits | .10 | 37.50 |
| 08/12/04 JMA | Letter to Honeywell re: DOT Permit Application | .30 | 112.50 |
| 08/12/04 MEF | Appeal - PACER search - status of motions | .20 | 50.00 |
| 08/12/04 MEF | Appeal - email to CHM regarding docket | .10 | 25.00 |
| 08/12/04 MEF | Appeal - email to WFH regarding appellate brief | .20 | 50.00 |
| 08/12/04 MEF | Appeal - begin preparing Table of Contents regarding designated portions of appendix | 2.00 | 500.00 |
| 08/12/04 MEF | Appeal - Conference with JMA regarding M. Sprague letter | .20 | 50.00 |
| 08/12/04 MEF | Appeal - review letter from M. Sprague regarding appendix and documents cited in letter | 1.50 | 375.00 |
| 08/12/04 MEF | Appeal - phone with CHM regarding M. Sprague letter | .20 | 50.00 |
| 08/12/04 KRH | Appeal - Research standard of review on affirmative defenses per JMA | 1.20 | 300.00 |
| 08/12/04 KRH | Memo to JMA regarding same | 1.70 | 425.00 |
| 08/12/04 RCS | Appeal: Research regarding District Court's Findings of Facts. | 1.30 | 292.50 |
| 08/13/04 JMA | Phone - counsel for Special Master re: remediation issues | .30 | 112.50 |

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.                    734680            Page        6
INVOICE NO.                   24895

| 08/13/04 | JMA | Phone - CHM re: remediation issues | .20 | 75.00 |
|---|---|---|---|---|
| 08/13/04 | JMA | Appeal - phone - MEF re: Jersey City Amicus issues | .30 | 112.50 |
| 08/13/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: groundwater reports | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review letter from HydroQual to Louis Berger Group re: groundwater report schedule | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review email re: sampling data - groundwater | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: groundwater sampling | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review Groundwater IRM Report | .50 | 187.50 |
| 08/13/04 | JMA | Receipt and review Honeywell response to all comments to 60% Design Report | .60 | 225.00 |
| 08/13/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: sediment sampling data | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review email from S. Graham re: IM performance | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review letter from Parsons to Louis Berger Group re: IRM Report | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review email from S. Graham re: Groundwater Investigation Report | .10 | 37.50 |
| 08/13/04 | JMA | Review letter from M. Daneker to Special Master re: access issues | .30 | 112.50 |
| 08/13/04 | JMA | Receipt and review letter from ICO to Special Master re: PSE&G issue | .30 | 112.50 |
| 08/13/04 | JMA | Receipt and review ICO comments to 60% Design Report | .40 | 150.00 |
| 08/13/04 | JMA | Receipt and review memo from K. Brown re: 7/26/04 technical meeting | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review email from D. Schwartz re: 60% Design Report | .10 | 37.50 |
| 08/13/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: 100% Design Report | .10 | 37.50 |

```
W.R. GRACE & COMPANY                              September 10, 2004
Client No.              734680            Page       7
INVOICE NO.             24895
```

| | | | |
|---|---|---|---|
| 08/13/04 JMA | Receipt and review email from L. Thomas | .10 | 37.50 |
| 08/13/04 JMA | Receipt and review letter from L. Thomas to Special Master re: Addendum No.  6 | .10 | 37.50 |
| 08/13/04 JMA | Receipt and review ICO comments to Addendum No. 6 | .40 | 150.00 |
| 08/13/04 JMA | Receipt and review email from D. Schwartz | .10 | 37.50 |
| 08/13/04 JMA | Receipt and review letter from Parsons to Special Master with draft Permit Applications | .10 | 37.50 |
| 08/13/04 JMA | Receipt and review draft Waterfront Development Permit Application | 1.00 | 375.00 |
| 08/13/04 JMA | Receipt and review Treatment Works Approval Application | .70 | 262.50 |
| 08/13/04 JMA | Receipt and review NJ DES Application | .40 | 150.00 |
| 08/13/04 JMA | Receipt and review Honeywell miscellaneous permit application | .40 | 150.00 |
| 08/13/04 JMA | Receipt and review letter from PVSC to Honeywell | .10 | 37.50 |
| 08/13/04 JMA | Receipt and review Honeywell/PVSC Agreement | .30 | 112.50 |
| 08/13/04 JMA | Receipt and review email from H. Hall re: 60% Design Report | .10 | 37.50 |
| 08/13/04 JMA | Receipt and review Special Master's comments to 60% Design Report | .50 | 187.50 |
| 08/13/04 JMA | Receipt and review email from MED re: Honeywell updated web site | .10 | 37.50 |
| 08/13/04 MEF | Appeal - phone with M. Gordon regarding amicus brief | .20 | 50.00 |
| 08/13/04 MEF | Appeal - email from M. Sprague regarding deferred appendix | .30 | 75.00 |
| 08/13/04 MEF | Appeal - review fax from CHM to M. Sprague regarding deferred appendix | .20 | 50.00 |
| 08/16/04 JMA | Appeal - phone - CHM re: Amicus Jersey City | .20 | 75.00 |
| 08/16/04 JMA | Appeal - phone - M. Gordon re: Amicus brief | .30 | 112.50 |
| 08/16/04 JMA | Appeal - phone - CHM re: Amicus brief | .30 | 112.50 |

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.                  734680                     Page      8
INVOICE NO.                 24895

| | | | |
|---|---|---|---|
| 08/16/04 JMA Phone - CHM re: Special Master meeting | | .20 | 75.00 |
| 08/16/04 JMA Phone - CHM re: settlement issues | | .40 | 150.00 |
| 08/16/04 MEF Appeal - Pacer search - status of motions | | .20 | 50.00 |
| 08/16/04 MEF Appeal - review ICO brief | | 2.00 | 500.00 |
| 08/16/04 RCS Research regarding District Court's Findings of Facts. | | 1.50 | 337.50 |
| 08/17/04 JMA Receipt and review ICO response re: sediment investigation | | .40 | 150.00 |
| 08/17/04 JMA Receipt and review email from L. Thomas re: sediment investigation | | .10 | 37.50 |
| 08/17/04 JMA Receipt and review K. Brown supplemental memo re: 8/10 conference call | | .20 | 75.00 |
| 08/17/04 JMA Appeal - receipt and review letter from L. Thomas to clerk | | .10 | 37.50 |
| 08/17/04 JMA Appeal - receipt and review ICO motion to file sur-reply re: stay motion | | .70 | 262.50 |
| 08/17/04 JMA Appeal - receipt and review email from M. Sprague re: appendix | | .10 | 37.50 |
| 08/17/04 JMA Appeal - receipt and review Honeywell exhibit list for appendix table of contents | | .30 | 112.50 |
| 08/17/04 JMA Receipt and review letter from Parsons re: 60% Design Addendum | | .10 | 37.50 |
| 08/17/04 JMA Receipt and review letter from L. Thomas to Special Master | | .10 | 37.50 |
| 08/17/04 JMA Receipt and review letter from CHM to M. Sprague re: appendix | | .30 | 112.50 |
| 08/17/04 JMA Receipt and review letter from D. Field to Judge Cavanaugh re: Special Master Fee Applications Nos. 14 and 15 | | .10 | 37.50 |
| 08/17/04 JMA Receipt and review email from H. Hall | | .10 | 37.50 |
| 08/17/04 JMA Receipt and review letter from Louis Berger Group to Parsons re: sediment and groundwater programs | | .30 | 112.50 |
| 08/17/04 JMA Phone  CHM re: access issues | | .40 | 150.00 |

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.                    734680                   Page      9
INVOICE NO.                   24895


08/17/04 JMA  Appeal - receipt and review letter from M.         .10      37.50
              Steinberg to Clerk

08/17/04 JMA  Appeal - receipt and review entry of appearance    .10      37.50
              forms - M. Steinberg

08/17/04 JMA  Receipt and review memo from K. Brown re:          .20      75.00
              7/29/04 DEP meeting

08/17/04 JMA  Appeal - receipt and review letter from Case       .20      75.00
              Manager to M. Schiappa re: Roned appearance

08/17/04 JMA  Receipt and review letter from Parsons to          .10      37.50
              Special Master re: addendum to 60% Design
              Report

08/17/04 JMA  Preliminary review of addendum package re: 60%    1.00     375.00
              Design Report

08/17/04 JMA  Receipt and review letter from M. Daneker to       .20      75.00
              Special Master re: Town of Kearny

08/17/04 JMA  Receipt and review notice of electronic filing     .10      37.50
              re: Special Master's 7th Report

08/17/04 JMA  Receipt and review 7th Progress Report of          .50     187.50
              Special Master

08/17/04 JMA  Receipt and review memo from K. Brown re:          .30     112.50
              8/3/04 weekly conference call

08/17/04 JMA  Receipt and review letter from Parsons to          .10      37.50
              Special Master enclosing Permit applications

08/17/04 JMA  Receipt and review email from M. Daneker re:       .10      37.50
              Permit Applications

08/17/04 JMA  Receipt and review letter from counsel for         .20      75.00
              Special Master re: violations at Site

08/17/04 JMA  Receipt and review letter from M. Daneker to K.    .50     187.50
              Coakley re: violations at Site and enclosures

08/17/04 JMA  Receipt and review notice of electronic filing     .10      37.50
              re: Special Master's 13th and 14th fee
              applications - return dates

08/17/04 JMA  Receipt and review email from S. Graham            .10      37.50

08/17/04 JMA  Receipt and review letter from Parsons to Louis    .10      37.50
              Berger Group re: contouring maps

W.R. GRACE & COMPANY                           September 10, 2004
Client No.                734680               Page      10
INVOICE NO.               24895

| | | | | |
|---|---|---|---|---|
| 08/17/04 MEF | Appeal - Pacer search regarding status of motions | | .20 | 50.00 |
| 08/17/04 MEF | Appeal - phone with CHM regarding record designations | | .20 | 50.00 |
| 08/17/04 MEF | Appeal - email to WFH regarding record designations | | .20 | 50.00 |
| 08/17/04 MEF | Appeal - continue preparing designation of record citations for inclusion in deferred appendix | | 7.00 | 1750.00 |
| 08/17/04 MEF | Appeal - prepare two amended certificates of service regarding proof brief and motion to file addendum | | .30 | 75.00 |
| 08/17/04 MEF | Appeal - letter to Clerk regarding amended certifications | | .20 | 50.00 |
| 08/18/04 JMA | Conference with R. Senftleben re: issues for Special Master meeting | | 2.00 | 750.00 |
| 08/18/04 MEF | Appeal - Pacer search regarding status of motions | | .20 | 50.00 |
| 08/18/04 MEF | Appeal - email from WFH regarding deferred appendix | | .10 | 25.00 |
| 08/18/04 MEF | Appeal - email to M. Sprague regarding Grace designations of the record for inclusion in deferred appendix | | .40 | 100.00 |
| 08/18/04 MEF | Appeal - phone with CHM regarding designation for deferred appendix | | .10 | 25.00 |
| 08/18/04 MEF | Appeal - emails from and to M. Sprague regarding appendix | | .30 | 75.00 |
| 08/19/04 JMA | Review correspondence and documents re: issues for Special Master meeting | | 1.30 | 487.50 |
| 08/19/04 JMA | Receipt and review email from S. Graham re: groundwater samples | | .10 | 37.50 |
| 08/19/04 JMA | Receipt and review letter from Parsons to Louis Berger Group with deep groundwater sample logs | | .40 | 150.00 |
| 08/19/04 JMA | Receipt and review letter from M. Daneker to counsel for Special Master re: open remediation issues | | .20 | 75.00 |

W.R. GRACE & COMPANY
Client No.                                           September 10, 2004
INVOICE NO.              734680                       Page      11
                         24895

08/19/04 JMA  Meeting with CHM, R. Senftleben, A. Nagy and K.   1.50    562.50
              Brown re: remediation issues for special Master
              meeting

08/19/04 JMA  Attend Special Master meeting                     2.00    750.00

08/19/04 JMA  Conference with R. Senftleben and CHM re:         2.50    937.50
              Honeywell proposals re: capping IRM, backfill
              quantity and quality

08/19/04 LF   Appeal - internet research on Pacer regarding      .20     18.00
              any orders filed

08/20/04 JMA  Review 60% Design Work Plan re: open              1.50    562.50
              remediation issues re: fill

08/20/04 JMA  Phone - CHM re: remediation issues: fill           .60    225.00

08/20/04 JMA  Review prior Honeywell IRM proposals re:          2.60    975.00
              proposed cap on Lot 14J

08/20/04 JMA  Phone - counsel for special Master re:             .40    150.00
              remediation issues

08/20/04 JMA  Receipt and review letter from L. Thomas to DEP    .40    150.00
              re: surface water discharges

08/20/04 JMA  Receipt and review letter from counsel for        .20     75.00
              Special Master to M. Daneker re: access

08/20/04 JMA  Receipt and review letter from counsel for        .20     75.00
              Special Master to T. Milch re: financial
              assurances

08/20/04 JMA  Receipt and review letter from counsel for        .20     75.00
              Special Master to T. milch re: insurance
              stipulation

08/20/04 MEF  Appeal - Pacer search - status of motions         .20     50.00

08/20/04 MEF  Appeal - letter from L. Thomas to M. Sprague      .10     25.00
              regarding ICO appendix designations

08/20/04 MEF  Appeal - phone with CHM regarding pending         .20     50.00
              motions

08/20/04 MEF  Appeal - review Grace proof brief with comments   .60    150.00

08/20/04 MEF  Appeal - review ICO's designations for            .50    125.00
              inclusion in the appendix

W.R. GRACE & COMPANY                                   September 10, 2004
Client No.                    734680           Page      12
INVOICE NO.                   24895

08/21/04 JMA Receipt and review email from S. Graham re:        .10    37.50
             Progress Report 15

08/21/04 JMA Receipt and review letter from Parsons to          .10    37.50
             Special Master re: Progress Report 15

08/21/04 JMA Receipt and review Honeywell Progress Report 15   1.00   375.00

08/21/04 JMA Appeal - receipt and review letter from J.         .10    37.50
             Brody to Clerk

08/21/04 JMA Appeal - receipt and review Honeywell             .40   150.00
             opposition to ICO motion to file sur-reply -
             stay motion

08/21/04 JMA Receipt and review email from S. Graham re:       .10    37.50
             permits

08/21/04 JMA Receipt and review letter from Parsons to Louis    .10    37.50
             Berger Group re: highway occupancy and driveway
             access permit applications

08/21/04 JMA Receipt and review highway occupancy and          .30   112.50
             driveway access permit applications

08/21/04 JMA Receipt and review letter from L. Thomas to       .10    37.50
             special Master

08/21/04 JMA Receipt and review ICO comments to Industrial    1.20   450.00
             Treatment Works, Waterfront Development,
             Dewatering, NJPDES Permit Applications and 60%
             Design Addendum

08/21/04 JMA Receipt and review email from SI Group re: Dr.    .10    37.50
             Brown memo

08/21/04 JMA Receipt and review memo from K. Brown re:         .30   112.50
             8/17/04 conference call

08/21/04 JMA Appeal - receipt and review email from L.         .10    37.50
             Thomas re: deferred appendix

08/21/04 JMA Appeal - receipt and review letter from L.        .10    37.50
             Thomas to M. Sprague re: appendix

08/21/04 JMA Appeal - receipt and review ICO designations     1.00   375.00
             for joint appendix

08/23/04 JMA Appeal - phone - CHM re: Jersey City Amicus        .30   112.50

08/23/04 JMA Appeal - phone - CHM and R. Senftleben re:         .40   150.00
             Jersey City Amicus

W.R. GRACE & COMPANY                                      September 10, 2004
Client No.                734680                         Page       13
INVOICE NO.               24895

| | | | |
|---|---|---|---|
| 08/23/04 JMA | Appeal - Phone - M. Gordon re: Jersey City Amicus | .40 | 150.00 |
| 08/23/04 JMA | Appeal - phone L. Thomas re: Jersey City Amicus | .20 | 75.00 |
| 08/23/04 JMA | Appeal - receipt and review Jersey City Amicus Brief, supp. appendix and motion | 1.00 | 375.00 |
| 08/23/04 JMA | Appeal - receipt and review letter from J. Brookner to Clerk | .10 | 37.50 |
| 08/23/04 JMA | Appeal - letter to R. Senftleben and  A. Nagy | .10 | 37.50 |
| 08/23/04 JMA | Phone - R. Senftleben and CHM re: settlement issues | .30 | 112.50 |
| 08/23/04 JMA | Appeal - review Jersey City Amicus filing | .50 | 187.50 |
| 08/23/04 JMA | Phone - CHM re: settlement strategy | 2.00 | 750.00 |
| 08/23/04 JMA | Phone - CHM re: settlement issues | .30 | 112.50 |
| 08/23/04 RCS | Appeal- meeting with John Agnello, Esq, and Laura Florence, paralegal regarding annotated opinion. | .30 | 67.50 |
| 08/24/04 JMA | Receipt and review notice of electronic filing re: Special Master's 15th Fee Application | .10 | 37.50 |
| 08/24/04 JMA | Receipt and review Notice of Motion and proposed Order re: Special Master Fee Application No. 15 | .30 | 112.50 |
| 08/24/04 JMA | Receipt and review Special Master Fee application No. 15 | .60 | 225.00 |
| 08/24/04 JMA | Appeal - phone - CHM re: Honeywell reply brief | .30 | 112.50 |
| 08/24/04 JMA | Appeal - phone - CHM and J. Brookner re: Jersey City Amicus | .40 | 150.00 |
| 08/24/04 JMA | Letter to Judge Cavanaugh re: Special Master Fee Application No. 15 | .20 | 75.00 |
| 08/24/04 JMA | Appeal - review Honeywell proposed Redevelopment Plan re: Jersey City Amicus | .80 | 300.00 |
| 08/24/04 JMA | Appeal - letter to M. Gordon and J. Brookner | .20 | 75.00 |
| 08/24/04 JMA | Appeal - phone - CHM re: Jersey City Amicus filing | .30 | 112.50 |

W.R. GRACE & COMPANY                                 September 10, 2004
Client No.                734680              Page       14
INVOICE NO.               24895

08/24/04 MEF Appeal - complete review of ICO's principal        .50    125.00
             brief

08/24/04 MEF Appeal - docket search - status of motions         .20     50.00

08/24/04 MEF Appeal - review Honeywell's motion for             .30     75.00
             reconsideration of order granting Grace's
             motion to file addendum

08/25/04 JMA Phone - counsel for Special Master re: denial      .20     75.00
             of stay

08/25/04 JMA Receipt and review memo from K. Brown re:          .30    112.50
             remediation issues from Special Master meeting

08/25/04 JMA Receipt and review notice of electronic filing     .10     37.50
             re: Special Master 14th Fee Application

08/25/04 JMA Receipt and review Order approving Special         .20     75.00
             Master's 14th Fee Application

08/25/04 JMA Receipt and review email from L. Thomas            .10     37.50

08/25/04 JMA Receipt and review letter from L. Thomas to        .20     75.00
             Special Master with ICO comments on Sediment
             Sampling

08/25/04 JMA Receipt and review memo from K. Brown re:          .30    112.50
             Honeywell capping of Lot 14H proposal

08/25/04 JMA Appeal - phone - CHM re: Jersey City Amicus        .40    150.00
             filing

08/25/04 JMA Appeal - phone - CHM and J. Brookner's office      .10     37.50

08/25/04 JMA Phone - CHM re: settlement issues                  .50    187.50

08/25/04 JMA Appeal - phone  - CHM re: Honeywell motion for     .40    150.00
             reconsideration

08/25/04 JMA Appeal - phone - CHM and M. Gordon re: Jersey      .50    187.50
             City Amicus filing

08/25/04 JMA Appeal - phone - CHM and K. Millian re: denial     .40    150.00
             of stay

08/25/04 JMA Appeal - receipt and review results of stay        .20     75.00
             motion

08/25/04 JMA Appeal - phone - CHM and R. Senftleben re:         .60    225.00
             denial of stay

W.R. GRACE & COMPANY
Client No.                734680
INVOICE NO.               24895

September 10, 2004
Page      15

| 08/25/04 JMA Phone - CHM re: paving proposal | .50 | 187.50 |
|---|---|---|
| 08/25/04 JMA Phone - CHM re: ramification of stay decision on remediation progress | 1.00 | 375.00 |
| 08/25/04 JMA Receipt and review letter from M. Daneker to Special Master re: PSE&G | .10 | 37.50 |
| 08/25/04 JMA Receipt and review letter from PSE&G to M. Daneker | .20 | 75.00 |
| 08/25/04 JMA Receipt and review letter from M. Daneker to Special Master re: Jersey City violations and related documents | .40 | 150.00 |
| 08/25/04 JMA Receipt and review letter from M. Daneker to Special Master re: JCMUA | .20 | 75.00 |
| 08/25/04 JMA Receipt and review notice of electronic filing re: Order Special Master 13th Fee Application | .10 | 37.50 |
| 08/25/04 JMA Receipt and review Order granting Special Master's 13th Fee Application | .20 | 75.00 |
| 08/25/04 JMA Appeal - receipt and review letter from L.Thomas to M. Sprague | .10 | 37.50 |
| 08/25/04 JMA Receipt and review Order re: annotated Amended Opinion | .20 | 75.00 |
| 08/25/04 JMA Appeal - receipt and review letter from M. Sprague to Clerk re: deferred appendix | .20 | 75.00 |
| 08/25/04 JMA Phone - CHM and R. Senftleben re: settlement issues | .80 | 300.00 |
| 08/25/04 LF Internet search on Pacer regarding fee application orders. | .20 | 18.00 |
| 08/25/04 LF Appeal - internet search on Pacer regarding stay motion. | .20 | 18.00 |
| 08/25/04 LF Review file regarding motion for summary judgment on license agreement papers. | .60 | 54.00 |
| 08/26/04 JMA RCRA Fee Petition - receipt and review RCRA Fee Opinion by Judge Cavanaugh | 1.60 | 600.00 |
| 08/26/04 JMA Preparation of memo re: settlement issues | 2.30 | 862.50 |
| 08/26/04 JMA Phone - CHM re: settlement issues | .60 | 225.00 |

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.                  734680          Page        16
INVOICE NO.                 24895

08/26/04 JMA Phone - CHM, A. Nagy and R. Senftleben re:        .90    337.50
             settlement issues

08/26/04 JMA RCRA Fee Petition - phone - CHM, A. Nagy and R.   .50    187.50
             Senftleben re: RCRA Fee Opinion

08/26/04 JMA RCRA Fee Petition - phone  -  CHM re: RCRA Fee    .70    262.50
             Decision

08/26/04 JMA Receipt and review emails re: conference call     .40    150.00
             with clients re: all issues

08/26/04 JMA RCRA Fee Petition - receipt and review email      .10     37.50
             from CHM re: RCRA Fee Decision

08/26/04 MEF Appeal - review recent appellate decision         .50    125.00

08/26/04 MEF Appeal - email from CHM regarding 3d Circuit      .20     50.00
             denial of Honeywell stay motion

08/26/04 MEF Appeal - review designation of evidence for       .40    100.00
             inclusion in deferred appendix

08/26/04 MEF RCRA Fee Petition - receipt and review Judge     1.00    250.00
             Cavanaugh's opinion regarding fee applications

08/26/04 MEF RCRA Fee Petition - email from CHM regarding      .10     25.00
             Judge Cavanaugh decision

08/26/04 MEF Appeal - review docket regarding response to      .20     50.00
             Honeywell motion for reconsideration

08/26/04 MEF Appeal - email to CHM regarding response date     .10     25.00

08/26/04 LF  Appeal - review draft Table of Contents from     1.40    126.00
             Arnold & Porter re: exhibits cited in the
             opening brief and compare with Carella Byrne
             list

08/27/04 JMA RCRA Fee Petition - phone - CHM re: RCRA Fee       .70    262.50
             Decision issues

08/27/04 JMA Receipt and review letter from counsel for        .20     75.00
             Special Master to F. Weinstein

08/27/04 JMA Receipt and review emails from F. Weinstein to    .20     75.00
             counsel for Special Master

08/27/04 JMA Receipt and review email from S. Graham re:       .10     37.50
             Waterfront Development Permit

W.R. GRACE & COMPANY                                September 10, 2004
Client No.                  734680                  Page      17
INVOICE NO.                 24895

08/27/04 JMA Receipt and review email from S. Graham re:        .10    37.50
             tidal data

08/27/04 JMA Appeal - receipt and review Order Denying Stay     .20    75.00

08/27/04 JMA Receipt and review notice of electronic filing     .10    37.50
             re: Special Master Fee Application

08/27/04 JMA Receipt and review transmittal re: supplement      .10    37.50
             to waterfront development permit application

08/27/04 JMA Receipt and review letter to Special Master        .10    37.50
             from Parsons

08/27/04 JMA Receipt and review letter from J. Morris to DEP    .40   150.00
             re: supplement to waterfront development permit
             application with enclosures

08/27/04 JMA Phone - CHM re: settlement issues                  .60   225.00

08/27/04 JMA RCRA Fee Petition - phone - CHM re: RCRA fee       .30   112.50
             award

08/27/04 JMA Revisions to memo re: settlement issues          1.00   375.00

08/27/04 JMA Conference with clients and CHM re: settlement   1.00   375.00
             issues

08/27/04 JMA Phone - CHM re: settlement strategy                .80   300.00

08/27/04 MEF Appeal - voice mail - A. Laws                      .10    25.00

08/27/04 MEF Appeal - phone - 3d Circuit                        .20    50.00

08/27/04 MEF RCRA Fee Petition - review portions of decision    .30    75.00
             regarding litigation expenses

08/27/04 MEF RCRA Fee Petition - review fee application         .40   100.00
             regarding request to file fee application for
             filing original fee application

08/27/04 MEF RCRA Fee Petition - receipt and review Order       .20    50.00
             awarding fees

08/27/04 MEF Appeal - phones with CHM regarding order on        .30    75.00
             stay motion and amicus motion

08/27/04 MEF Appeal - phone with Shannon Craven at 3d           .30    75.00
             Circuit

08/27/04 LF  Appeal - review annotated decision re: accuracy   2.30   207.00
             of citations

W.R. GRACE & COMPANY                                      September 10, 2004
Client No.              734680                       Page      18
INVOICE NO.             24895


08/28/04 JMA Appeal - receipt and review letter from J.          .10    37.50
             Brody to Clerk

08/28/04 JMA Appeal - receipt and review Honeywell motion        .40   150.00
             for reconsideration re: Order granting Grace
             leave to file an annotated Opinion

08/28/04 JMA Appeal - review file and prepare Grace response    2.30   862.50
             to Honeywell motion for reconsideration

08/28/04 JMA RCRA Fee Petition - receipt and review notice       .10    37.50
             of electronic filing re: Order awarding fees

08/28/04 JMA Receipt and review email from A. Nagy re:           .10    37.50
             development issues

08/28/04 JMA Receipt and review email from Special Master's      .10    37.50
             counsel re: all parties meeting

08/28/04 JMA Appeal - receipt and review letter from L.          .10    37.50
             Thomas to Clerk with Certifications of Service

08/28/04 JMA Receipt and review letter from counsel for          .10    37.50
             Special Master re: fill issues

08/28/04 JMA Receipt and review email from SI Group with         .20    75.00
             agenda for technical meeting

08/28/04 JMA Receipt and review memo from K. Brown re:           .40   150.00
             8/26/04 conference call

08/29/04 MEF Appeal - prepare errata sheet                      1.40   350.00

08/30/04 JMA Phone - CHM re: issues relating to                  .60   225.00
             quantity/quality of fill

08/30/04 JMA Appeal - review, finalize and execute response      .40   150.00
             to Honeywell motion for reconsideration -
             annotated Opinion

08/30/04 JMA Appeal - phone - CHM re: final version of Grace     .30   112.50
             response to Honeywell motion for
             reconsideration - annotated Opinion

08/30/04 JMA Appeal - phone - CHM and K. Millian re:             .30   112.50
             response to Jersey City motion - supplemental
             appendix

08/30/04 JMA Appeal - phone - K. Millian re: Honeywell           .20    75.00
             motion for reconsideration - annotated Opinion
             and Jersey City motion for supplemental
             appendix

W.R. GRACE & COMPANY                                         September 10, 2004
Client No.              734680                               Page      19
INVOICE NO.             24895


08/30/04 JMA Appeal - review Rule 52 and case law on          1.00    375.00
             District Court citing to record

08/30/04 JMA Phone - CHM re:  License Agreement issues         .40    150.00

08/30/04 JMA Appeal - phone - CHM re: responses to Jersey      .60    225.00
             City supplemental appendix motion and Honeywell
             motion for reconsideration

08/30/04 JMA Appeal - review file and prepare Grace response  3.40   1275.00
             to Jersey City supplemental appendix motion

08/30/04 JMA Appeal - revisions to Grace response - Jersey     .70    262.50
             City supplemental appendix motion

08/30/04 JMA Appeal - revisions to Grace response to           .60    225.00
             Honeywell motion for reconsideration -
             annotated Opinion

08/30/04 JMA RCRA Fee Petition - receipt and review Order      .20     75.00
             re: Fee Application re: expenses relating to
             filing of Fee Application

08/30/04 JMA RCRA Fee Petition - phone - CHM re: Order - Fee   .30    112.50
             Application for Petition

08/30/04 JMA RCRA Fee Petition - phone - K. Millian re: Fee    .10     37.50
             Application for Petition

08/30/04 JMA RCRA Fee Petition - letter to clients re: Fee     .20     75.00
             Application for Petition

08/30/04 JMA Phone - CHM re: PSE&G and License Agreement       .40    150.00
             issues

08/30/04 MEF Appeal - revise errata sheet                      .80    200.00

08/30/04 MEF Appeal - revise proof brief regarding errata      .80    200.00

08/30/04 MEF Appeal - email to CHM regarding errata sheet      .20     50.00

08/30/04 MEF Appeal - review exhibits designated by           1.30    325.00
             Honeywell not cited in Honeywell's brief

08/30/04 MEF Appeal - letter to M. Sprague regarding PTE 797   .60    150.00

08/30/04 MEF Appeal - phone with A. Laws at 3d Circuit         .20     50.00

08/30/04 MEF Appeal - finalize response to Honeywell          .40    100.00
             reconsideration motion

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.                  734680              Page        20
INVOICE NO.                 24895

08/30/04 MEF Appeal - prepare certificate of service of        .20      50.00
             response to Honeywell reconsideration motion

08/30/04 MEF Appeal - prepare letter filing response to        .20      50.00
             Honeywell reconsideration motion

08/30/04 MEF RCRA Fee Petition - review order directing ICO    .20      50.00
             and ECARG to file fee petitions for preparation
             of RCRA fee petition

08/30/04 MEF Appeal - review draft response to amicus Jersey   .30      75.00
             City motion to supplement appendix

08/30/04 MEF Appeal - review draft response to Honeywell       .20      50.00
             motion for reconsideration

08/30/04 RCS Appeal - meeting with JMA and telephone call      .50     112.50
             with Marraro regarding Honeywell's opposition
             to submitting annotated copy of district court
             opinion.

08/30/04 RCS Meeting with JMA regarding discussion with        .30      67.50
             Jersey City Planning Board.

08/30/04 LF  Appeal - complete review of annotated decision   2.70     243.00
             re: accuracy of citations

08/31/04 JMA Receipt and review letter from Honeywell to       .40     150.00
             NJDEP with Waterfront Development Permit
             Application

08/31/04 JMA Preliminary review of Waterfront Development      1.20     450.00
             Permit Application

08/31/04 JMA Preliminary review of Soil Erosion/Sediment       .20      75.00
             Control Permit Application

08/31/04 JMA Receipt and review letter from Honeywell to DEP   .30     112.50
             with Permit Application - Industrial Treatment
             Works

08/31/04 JMA Preliminary review of Application for             .80     300.00
             Industrial Treatment Works Permit

08/31/04 JMA Receipt and review letter from Honeywell to DEP   .30     112.50
             with NJDES Permit Application

08/31/04 JMA Preliminary review of NJDPES Permit Application   1.00     375.00

08/31/04 JMA Receipt and review emails from A. Nagy re: Site   .20      75.00
             visit

W.R. GRACE & COMPANY                                    September 10, 2004
Client No.               734680                Page        21
INVOICE NO.              24895


08/31/04 JMA Phone - CHM re: Site visit                    .20    75.00

08/31/04 JMA Receipt and review notice of electronic filing  .10    37.50
             re: Order Denying Stay

08/31/04 JMA Receipt and review letter from CHM to Parsons   .10    37.50
             with signature page

08/31/04 JMA RCRA Fee Petition - receipt and review letter   .10    37.50
             from L. Thomas to Judge Cavanaugh

08/31/04 JMA Review file and notes for settlement memo;      1.00   375.00
             prepare memo

08/31/04 JMA Phone - CHM re: remediation issues              .60    225.00

08/31/04 MEF Appeal - e-mail from Third Circuit Court of     .30    75.00
             Appeals regarding availability request.

08/31/04 MEF RCRA Fee Petition - review fee detail for time  2.40   600.00
             spent on initial RCRA fee petition.

08/31/04 MEF Appeal - review letter from Sprague to Laws     .10    25.00
             regarding filing of deferred appendix.


**Fee Applications, Applicants**


08/02/04 MEF Fee Application - PACER search regarding filing  .30    75.00
             of Quarterly Application

08/02/04 MEF Fee Application - email to P. Cuniff regarding   .20    50.00
             13th Quarterly Fee Application

08/02/04 MEF Fee Application - review Fee Auditor's final     .40    100.00
             report regarding 12th Quarterly Fee Application
08/02/04 MEF Fee Application - begin preparing 29th monthly   .50    125.00
             fee applications

08/06/04 MEF Fee Application - PACER search - status of       .30    75.00
             quarterly fee application

08/06/04 MEF Fee Application - review July 2004 fee detail    1.00   250.00

08/06/04 MEF Fee Application - continue preparing 29th        1.70   425.00
             Monthly Fee Application

08/09/04 MEF Fee Application - PACER search - 13th Quarterly  .20    50.00
             Fee Application

W.R. GRACE & COMPANY                                     September 10, 2004
Client No.              734680              Page      22
INVOICE NO.             24895


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/11/04 | JMA | Fee Application - review and execute 29th Fee Application | .50 | 187.50 |
| 08/11/04 | MEF | Fee Application - PACER search - status of 13th Quarterly and CNO for 28th Monthly Fee Application | .30 | 75.00 |
| 08/11/04 | MEF | Fee Application - revise and finalize 29th Monthly Fee Application | .50 | 125.00 |
| 08/11/04 | MEF | Fee Application - letter to P. Cuniff regarding 29th Monthly Fee Application | .20 | 50.00 |
| 08/11/04 | MEF | Fee Application - review CNO for 28th Monthly Fee Application | .20 | 50.00 |
| 08/13/04 | MEF | Fee Application - PACER search - 29th Monthly Fee Application and 13th Quarterly Fee Application | .30 | 75.00 |
| 08/13/04 | MEF | Fee Application - email to P. Cuniff regarding 13th Quarterly Fee Application | .20 | 50.00 |
| 08/17/04 | JMA | Fee Application - receipt and review auditor's final report re: 12th interim period | .20 | 75.00 |
| 08/17/04 | MEF | Fee Application - Pacer search regarding 13th Quarterly Fee Application | .20 | 50.00 |
| 08/24/04 | MEF | Fee Application - Docket search - status of filing 13th Quarterly Fee Application | .40 | 100.00 |

                                                        -------------
Total Fees:                                             109,681.50

W.R. GRACE & COMPANY                          September 10, 2004
Client No.              734680                Page     24
INVOICE NO.             24895


SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS            FEES
J M AGNELLO                      375.00  198.10         74287.50
M E FLAX                         250.00   78.50         19625.00
KR HESLIN                        250.00    6.70          1675.00
RC SCRIVO                        225.00   59.40         13365.00
LAURA FLORENCE                    90.00    8.10           729.00
                       TOTALS             350.80        109681.50
```

**EXHIBIT B**

W.R. GRACE & COMPANY                          September 10, 2004
Client No.            734680                  Page      23
INVOICE NO.           24895

          Disbursements


Travel Expense

08/12/04 Travel Expense JMA 8/2                    11.50

                                 SUBTOTAL:         11.50


Meals

08/06/04 Meals FORTE 8/6 CHM, MEF, JEANNE #2357         26.02
08/12/04 Meals FORTE 8/5 JMA CHM & JEANNE #248703       21.02
08/19/04 Meals JMA CLOUD 9 6/21 #364861                  7.84
08/30/04 Meals JMA, SENTFLEBEN, MEF 8/18, FIORINO'S    160.88

                                 SUBTOTAL:        215.76


Messenger - In House

08/24/04 Messenger - In House 7/9                  25.00

                                 SUBTOTAL:         25.00


08/31/04 Messenger                                283.00
08/31/04 Photocopies                             1423.05
08/31/04 Faxes                                    145.00
08/31/04 Telephone                                781.55
08/31/04 Additional Staff Time                     64.17
08/31/04 Computer Searches                        531.59
08/31/04 Federal Express                          223.74
                                                -------------
Total Costs                                          3,704.36
                                                -------------
Total Due this Matter                              113,385.86
=============

**031905**

Barella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein P.A.

| VOUCHER #   | INV. DATE | INVOICE NO. | NET INVOICE | G/L ACCT | G/L DESCRIPTION | G/L AMOUNT |
|---|---|---|---|---|---|---|
| 39580 | 08-12-2004 | 81204 | | 60319 60320 | Travel - J.M. Agnello | 32.50 |
| | | | | | | |
| | | | | | TOTAL | |

| | | | | | | | | 0 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 |
| Origination | | | | | | | | 0 |
| Destination | | | | | | | | |
| Parking | 6.00 | | | | | | | |
| Tolls | 5.50 | | | | | | | |
| Entertain. | | | | | | | | 0 |
| Tips | | | | | | | | 0 |
| Misc.(Path Train) | | | | | | | | 0 |
| TOTAL | 0.00 | 11.50 | | 0.00 | 0.00 | 0.00 | 0.00 | |

**NON BILLABLE EXPENSE**

| Date | Items | Place | Purpose | Guest/Bus.Relationship |
|---|---|---|---|---|
| 8/3/04 | All Items on 8/3 | | | |

**ALLOCATION TO CLIENT**

| Client/Matter Name | Client/Matter No. | Expense Date | Total Amount | Ent. | Bill |
|---|---|---|---|---|---|
| W.R.Grace/Honeywell | 734680-1 | 8/2/04 | 11.50 | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |

DS/04