**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Nov. / , 2004 at 4:00p.m. |
| | | Hearing Date:   TDB only if necessary |

**SUMMARY COVERSHEET TO THIRTY-FIRST MONTHLY INTERIM
APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART &
OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | September 1, 2004 through September 30, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $75,647.50 period September 1, 2004 through September 30, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,976.80 period of September 1, 2004 through September 30, 2004 |

This is a:                    Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|------|---------------------------|------------|---------|------|------|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Paid | Paid |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Application pending | Application pending |
| 09/04 | 08/01/04 through 08/31/04 | $87,745.20 | $3,704.36 | Application pending | Application pending |

As indicated above, this is the thirty-first application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 138.60 | $51,975.00 |
| Melissa E. Flax | Partner | $250 | 81.60 | $19,637.50 |
| R.K. Matanle | Counsel | $275 | .60 | $165.00 |
| Robert C. Scrivo | Associate | $225 | 5.40 | $1,215.00 |
| Laura Florence | Paralegal | $90 | 29.50 | $2,655.00 |

Total Fees       $75,647.50

Total Hours       255.70

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $484.05 |
| Westlaw/Pacer | $25.60 |
| Telephone | $577.92 |
| Faxes | $411.00 |
| FedEx | $114.66 |
| Travel | $487.70 |
| Messenger | $608.00 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | $267.87 |
| AirPhoto Services | |
| Stationary and Supplies | |
| | |
| Total | $2,976.80 |

Dated: October 7, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(September 1, 2004 through September 30, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 138.60 | $51,975.00 |
| Melissa E. Flax | Partner | $250 | 81.60 | $19,637.50 |
| R.K. Matanle | Counsel | $275 | .60 | $165.00 |
| Robert C. Scrivo | Associate | $225 | 5.40 | $1,215.00 |
| Laura Florence | Paralegal | $90 | 29.50 | $2,655.00 |

| | |
|---|---|
| Grand Total: | $75,647.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,976.80 |
| Fee Applications, Applicant | 4.40 | $1,150.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 245.20 | $73,735.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 6.10 | $762.50 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $25.60 |
| Facsimile (with rates) | | $411.00 ($1.00 per page) |
| Long Distance Telephone | | $577.92 |
| In-House Reproduction | | $468.15 ($0.15 per page) |
| Outside Reproduction | | $15.90 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel

airfare
car/taxi service | 

MEF (Continental 9/7/04)
MEF (Airport parking 9/7/04)
MEF (Taxis 9/7/04) | 

$428.70
$30.00
$29.00
$487.70 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $114.66 |
| Postage | | |
| Other (Explain) - Working meal | | $267.87 |
| Messenger | | $608.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| Aerial Photographs | | |
| Stationary & Supplies | | |

Dated: October 8, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                         )
                                               )    Chapter 11
                                               )
W. R. GRACE & CO. et al.[1]                    )    Case No. 01-01139 (JKF)
                                               )    (Jointly Administered)
        Debtors.                               )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this ___ day of October, 2004

_____
Notary Public

My Commission Expires:

JEANNE A. SPERA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Nov.   , 2004 at 4:00p.m. |
| | | Hearing Date :   TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

October 8, 2004
Invoice No.  25224
Client No.  734680

For Professional Services Rendered through   09/30/04

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/01/04 | JMA | Revise memo re: settlement issues | 1.00 | 375.00 |
| 09/01/04 | JMA | Appeal - conference with MEF re: deferred appendix issues | .50 | 187.50 |
| 09/01/04 | JMA | Review of and comments to draft letter to Special Master re: paving | .60 | 225.00 |
| 09/01/04 | JMA | Review notes of Special Master meeting and technical phone conference re: Honeywell position on paving | .50 | 187.50 |
| 09/01/04 | JMA | Phone - K. Millian re: paving issues | .40 | 150.00 |
| 09/01/04 | JMA | Receipt and review memo re: permit requirements for paving | .30 | 112.50 |
| 09/01/04 | JMA | Appeal - phone - K. Millian re: timing of oral argument | .20 | 75.00 |
| 09/01/04 | MEF | RCRA Fee Petition - continue review of fee detail for time spent on initial RCRA fee petition | 1.50 | 375.00 |
| 09/01/04 | MEF | Appeal - phone with M. Sprague's office | .10 | 25.00 |
| 09/01/04 | MEF | Appeal - phone with M. Sprague regarding deferred appendix | .10 | 25.00 |
| 09/01/04 | MEF | Appeal - Conference with JMA regarding deferred appendix issues | .50 | 125.00 |
| 09/02/04 | JMA | Phone - CHM re: remediation issues - permitting, paving, fill | .80 | 300.00 |
| 09/02/04 | JMA | Conference with RCS and MEF re: unresolved motions in District Court | .40 | 150.00 |
| 09/02/04 | JMA | Phone - CHM re: fill issues | .20 | 75.00 |
| 09/02/04 | JMA | Appeal - phone - CHM re: scheduling oral argument | .20 | 75.00 |

W.R. GRACE & COMPANY                              October 8, 2004
Client No.              734680                    Page      2
INVOICE NO.             25224

| | | | |
|---|---|---|---|
| 09/02/04 JMA | Phone - K. Millian | .10 | 37.50 |
| 09/02/04 MEF | Conference with RCS regarding unresolved motions in district court | .20 | 50.00 |
| 09/02/04 MEF | Conference with JMA and RCS regarding unresolved motions in district court | .40 | 100.00 |
| 09/02/04 RCS | Meeting with JMA and MEF regarding open motions before trial court. | .20 | 45.00 |
| 09/02/04 RCS | Review file and prepare chart of motions and requested rulings related to RCRA fee petition. | 1.50 | 337.50 |
| 09/03/04 JMA | Appeal - phone - M. Gordon's office | .10 | 37.50 |
| 09/03/04 JMA | Appeal - conference with MEF re: deferred appendix | .20 | 75.00 |
| 09/03/04 JMA | Appeal - review ICO principal brief and related citations | 2.40 | 900.00 |
| 09/03/04 MEF | Appeal - voice mail CHM | .10 | 25.00 |
| 09/03/04 MEF | Appeal - phone with M. Sprague regarding review of deferred appendix table of contents and documents | .20 | 50.00 |
| 09/03/04 MEF | Appeal - phone with CHM regarding deferred appendix and oral argument dates | .20 | 50.00 |
| 09/03/04 MEF | Appeal - email to Third Circuit regarding unavailability for oral argument | .20 | 50.00 |
| 09/03/04 RCS | Continue review of file and prepare chart of motions and requested rulings related to RCRA fee petition. | 2.30 | 517.50 |
| 09/06/04 MEF | Appeal - email from M. Sprague regarding draft table of contacts for deferral appendix | .10 | 25.00 |
| 09/06/04 MEF | Appeal - review Honeywell's draft table of contents and compare with ECARG's designations | 2.50 | 625.00 |
| 09/06/04 MEF | Review chart of open items in district court | .20 | 50.00 |
| 09/07/04 JMA | Phone - MEF re: oral argument scheduling issues | .30 | 112.50 |
| 09/07/04 JMA | Appeal - revisions to Grace response to Jersey City Motion to file Supplemental Appendix | .60 | 225.00 |
| 09/07/04 JMA | Appeal - letter to Clerk - Third Circuit | .20 | 75.00 |

W.R. GRACE & COMPANY                                          October 8, 2004
Client No.              734680                          Page      3
INVOICE NO.             25224

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/07/04 | JMA | Appeal - prepare Certificate of Service - Grace Response to Jersey City Motion to File Supplemental Appendix | .30 | 112.50 |
| 09/07/04 | JMA | Phone - R. Senftleben re: remediation issues | .20 | 75.00 |
| 09/07/04 | JMA | Appeal - review materials re: deferred appendix | 1.00 | 375.00 |
| 09/07/04 | JMA | Appeal - phone conference with CHM and MEF re: deferred appendix | .90 | 337.50 |
| 09/07/04 | JMA | Appeal - phone - CHM re: response to Jersey City Motion to File Supplemental appendix | .50 | 187.50 |
| 09/07/04 | JMA | Appeal - review Fed.R.App.P. re: contents of appendix | .70 | 262.50 |
| 09/07/04 | JMA | Appeal - phone - M. Gordon re: Jersey Motion re: Supplemental Appendix | .20 | 75.00 |
| 09/07/04 | JMA | Review of Stipulation and Amended Stipulation regarding immediate action items re: paving issues | 1.00 | 375.00 |
| 09/07/04 | JMA | Appeal - phone - CHM re; contents of deferred exhibit | .40 | 150.00 |
| 09/07/04 | JMA | Phone - CHM re: settlement issues | .40 | 150.00 |
| 09/07/04 | MEF | Appeal - review draft table of contents for appendix regarding Honeywell and ICO designations | 2.00 | 500.00 |
| 09/07/04 | MEF | Appeal - Conference with CHM regarding appendix | 2.90 | 725.00 |
| 09/07/04 | MEF | Appeal - Phones with JMA and CHM regarding appendix designations by Honeywell | .80 | 200.00 |
| 09/07/04 | MEF | Appeal - phones with LF regarding appendix designations by Honeywell | .30 | 75.00 |
| 09/07/04 | MEF | Appeal - meeting at Arnold & Porter regarding appendix | 2.00 | 500.00 |
| 09/07/04 | RCS | Telephone call to Jersey City Planning Board regarding upcoming meetings and agenda. | .20 | 45.00 |
| 09/07/04 | LF | Appeal - phone with MEF and review email regarding assignment | .30 | 27.00 |
| 09/07/04 | LF | Appeal - email to Natasha Bynum regarding photos | .20 | 18.00 |

W.R. GRACE & COMPANY
Client No.              734680
INVOICE NO.             25224

October 8, 2004
Page      4

| | | |
|---|---|---|
| 09/07/04 LF Appeal - email to Kevin at Arnold & Porter regarding photos | .20 | 18.00 |
| 09/07/04 LF Appeal - review lists of designations regarding joint deferred appendix and compare actual exhibits | 5.00 | 450.00 |
| 09/08/04 JMA Review file re: letter to Special Master - paving | 1.00 | 375.00 |
| 09/08/04 JMA Draft letter to Special Master re: paving | .60 | 225.00 |
| 09/08/04 JMA Phone - CHM re: settlement issues | .30 | 112.50 |
| 09/08/04 JMA Conference with MEF re: open items in District Court | .30 | 112.50 |
| 09/08/04 JMA Phone - CHM re: paving and fill issues | .40 | 150.00 |
| 09/08/04 JMA Appeal - receipt and review letter from J. Brody to Clerk | .10 | 37.50 |
| 09/08/04 JMA Receipt and review email from H. Hall re: paving | .10 | 37.50 |
| 09/08/04 JMA Receipt and review letter from Louis Berger Group to Parsons re: paving | .20 | 75.00 |
| 09/08/04 JMA Receipt and review memo from K. Brown re: 9/1/04 weekly conference call | .30 | 112.50 |
| 09/08/04 JMA Receipt and review email from S.Graham re: NJDPES Permit | .10 | 37.50 |
| 09/08/04 JMA Receipt and review letter from L. Walsh to F. Weinstein | .20 | 75.00 |
| 09/08/04 JMA Appeal - phone conference with CHM and MEF re: deferred appendix issues | 2.50 | 937.50 |
| 09/08/04 JMA Receipt and review letter from Parsons to DEP with signature page - Waterfront Development Permit | .10 | 37.50 |
| 09/08/04 JMA Receipt and review letter from Parsons to Special Master - NJPDES Permit | .10 | 37.50 |
| 09/08/04 JMA Receipt and review letter from J. Norris to PVSC - NJPDES Permit | .10 | 37.50 |
| 09/08/04 JMA Receipt and review letter from Parsons to DEP - NJPDES Permit | .10 | 37.50 |

W.R. GRACE & COMPANY                           October 8, 2004
Client No.              734680                 Page      5
INVOICE NO.             25224

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/08/04 | JMA | Receipt and review email from SI Group with Dr. Brown memo | .10 | 37.50 |
| 09/08/04 | JMA | Receipt and review letter from HydroQual to H. Fahy re: groundwater sampling | .20 | 75.00 |
| 09/08/04 | JMA | Receipt and review emails from/to F. Weinstein and counsel for Special Master | .20 | 75.00 |
| 09/08/04 | JMA | Receipt and review email from S. Graham re: sampling | .10 | 37.50 |
| 09/08/04 | JMA | Receipt and review letter from Parsons to Special Master re: signature page - Waterfront Development Permit Application | .10 | 37.50 |
| 09/08/04 | JMA | Phone - CHM re: settlement issues | .20 | 75.00 |
| 09/08/04 | JMA | Receipt and review letter from L. Walsh to J. Dugan re: Fred Weinstein with enclosures | .50 | 187.50 |
| 09/08/04 | JMA | Receipt and review letter from H. Fahy to Special Master re: groundwater sampling | .10 | 37.50 |
| 09/08/04 | MEF | Appeal - email from CHM regarding errata sheet | .10 | 25.00 |
| 09/08/04 | MEF | Appeal - email from CHM regarding corrections to TOC for appendix | .10 | 25.00 |
| 09/08/04 | MEF | Appeal - letter to M. Sprague regarding errata sheet | .20 | 50.00 |
| 09/08/04 | MEF | Appeal - emails to/from L. Thomas regarding ICO proof brief | .20 | 50.00 |
| 09/08/04 | MEF | Appeal - letter to CHM regarding Exhibit 44 | .20 | 50.00 |
| 09/08/04 | MEF | Appeal - email to CHM regarding corrections to appendix table of contents | .10 | 25.00 |
| 09/08/04 | MEF | Appeal - prepare list of errors in Honeywell's deferred appendix Table of Contents | .60 | 150.00 |
| 09/08/04 | MEF | Appeal - email to CHM regarding errata sheet | .10 | 25.00 |
| 09/08/04 | MEF | Appeal - phone with 3d Circuit regarding service of papers | .30 | 75.00 |
| 09/08/04 | MEF | Appeal - phone with L. Thomas regarding deferred joint appendix and appeal proof brief | .20 | 50.00 |

W.R. GRACE & COMPANY                              October 8, 2004
Client No.              734680                    Page      6
INVOICE NO.             25224


| | | | |
|---|---|---|---|
| 09/08/04 MEF | Conference with JMA regarding open items in District Court | .30 | 75.00 |
| 09/08/04 MEF | Appeal - Conference with JMA and CHM (phone) regarding deferred joint appendix | 2.50 | 625.00 |
| 09/08/04 MEF | Appeal - Conference with LF regarding appendix designations | .20 | 50.00 |
| 09/08/04 MEF | Appeal - work on various issues relating to deferred joint appendix | 1.90 | 475.00 |
| 09/08/04 MEF | Appeal - multiple emails to M. Sprague, K. Hogue, CHM regarding deferred joint appendix | .30 | 75.00 |
| 09/08/04 MEF | Appeal - letter to M. Gordon | .20 | 50.00 |
| 09/08/04 MEF | Appeal - letter to Clerk regarding amended certificate of service | .20 | 50.00 |
| 09/08/04 MEF | Appeal - prepare amended certificate of service | .30 | 75.00 |
| 09/08/04 MEF | Appeal - voice mail A. Laws | .10 | 25.00 |
| 09/08/04 MEF | Receipt and review letter from S. Blatnik to all professionals regarding instructions to file statements in support of flat fee arrangements | .20 | 50.00 |
| 09/08/04 LF | Appeal - complete review and comparison of proposed designations and actual exhibits regarding deferred joint appendix | 3.80 | 342.00 |
| 09/08/04 LF | Appeal - Conference with MEF regarding deferred joint appendix | .20 | 18.00 |
| 09/09/04 JMA | Phone - A. Nagy, R. Senftleben, CHM re: settlement issues | .50 | 187.50 |
| 09/09/04 JMA | Phone - K. Brown re: fill and paving issues | .20 | 75.00 |
| 09/09/04 JMA | Receipt and review email from CHM re: settlement issues | .30 | 112.50 |
| 09/09/04 JMA | RCRA Fee Petition - phone - J. Stewart re: appeal and supersedeas bond | .20 | 75.00 |
| 09/09/04 JMA | Receipt and review memos from Langan and Brown re: backfilling issues | 1.20 | 450.00 |
| 09/09/04 JMA | Revisions to letter to Special Master re: paving western portion of Site | 1.50 | 562.50 |

W.R. GRACE & COMPANY                    October 8, 2004
Client No.              734680          Page      7
INVOICE NO.             25224

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/09/04 | JMA | Conference with K. Brown re: paving issues | 1.00 | 375.00 |
| 09/09/04 | JMA | Phone - D. Siegel, R. Senftleben, et al, CHM, re: settlement issues | .30 | 112.50 |
| 09/09/04 | JMA | Conference with K. Brown, R. Frizzi, CHM re: backfill issues | 1.30 | 487.50 |
| 09/09/04 | JMA | Conference with CHM re: settlement issues | 2.00 | 750.00 |
| 09/09/04 | JMA | Conference with CHM re: remediation issues for Special Master 9/14 meeting | 1.80 | 675.00 |
| 09/09/04 | MEF | Appeal - receipt and review letter from J. Brody to A. Laws regarding Honeywell reply brief | .10 | 25.00 |
| 09/09/04 | MEF | Appeal - receipt and review email from M. Sprague regarding reply exhibits | .10 | 25.00 |
| 09/09/04 | MEF | Appeal - review Honeywell reply brief exhibits | .20 | 50.00 |
| 09/09/04 | MEF | Appeal - email from L. Thomas regarding joint appendix | .10 | 25.00 |
| 09/09/04 | MEF | Appeal - email to L. Thomas regarding joint appendix | .10 | 25.00 |
| 09/09/04 | MEF | Appeal - email to LF regarding L. Thomas request | .10 | 25.00 |
| 09/09/04 | MEF | Appeal - conference with RCS regarding Chapman photos | .20 | 50.00 |
| 09/10/04 | JMA | Finalize and execute letter to Special Master re: paving | .50 | 187.50 |
| 09/10/04 | JMA | Memo to file re: open issues in District Court | .60 | 225.00 |
| 09/10/04 | JMA | Phone - A. Nagy, CHM re: settlement issue | .20 | 75.00 |
| 09/10/04 | JMA | Conference with CHM re: survival of Final Judgment after partial settlement | 2.00 | 750.00 |
| 09/10/04 | JMA | Conference with CHM and MEF re: settlement issues | 1.80 | 675.00 |
| 09/10/04 | JMA | Phone - R. Senftleben, CHM re: Special Master meeting | .30 | 112.50 |
| 09/10/04 | JMA | Review Federal Rules re: settlement issues | 1.00 | 375.00 |

W.R. GRACE & COMPANY                               October 8, 2004
Client No.              734680              Page      8
INVOICE NO.             25224


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/04 | MEF | Appeal - email from L. Thomas to M. Sprague regarding copies of exhibits for appendix | .20 | 50.00 |
| 09/10/04 | MEF | Appeal - email from M. Sprague to L. Thomas regarding copies of exhibits for appendix | .10 | 25.00 |
| 09/10/04 | MEF | Appeal - email to CHM regarding L. Thomas email to M. Sprague | .10 | 25.00 |
| 09/10/04 | MEF | Phone with CHM regarding settlement issues | .20 | 50.00 |
| 09/10/04 | MEF | Conference with JMA and CHM regarding settlement issues | 1.80 | 450.00 |
| 09/10/04 | LF | Appeal - Assist in obtaining exhibits for Joint Appendix | .80 | 72.00 |
| 09/11/04 | JMA | Receipt and review letter from M. Daneker to Special Master re: triaxle trucking | .10 | 37.50 |
| 09/11/04 | JMA | Receipt and review MRCE Report re: triaxle trucking | 1.50 | 562.50 |
| 09/12/04 | MEF | Appeal - email from K. Hough regarding list of appendices to be omitted from appendix | .20 | 50.00 |
| 09/13/04 | JMA | Review and execute Carella Byrne monthly fee application | .50 | 187.50 |
| 09/13/04 | JMA | Conference with R. Senftleben, CHM re: settlement issues | 1.00 | 375.00 |
| 09/13/04 | JMA | Review of and revisions to proposed Settlement Agreement | 9.00 | 3375.00 |
| 09/13/04 | JMA | Appeal - phone - M. Gordon re: Jersey City Amicus | .10 | 37.50 |
| 09/13/04 | JMA | Appeal - letter to M. Gordon | .10 | 37.50 |
| 09/13/04 | JMA | Review form Bankruptcy Court settlement pleadings | 1.50 | 562.50 |
| 09/13/04 | JMA | Receipt and review email from S. Graham re: trucking | .10 | 37.50 |
| 09/13/04 | JMA | Receipt and review Honeywell Triaxle Trucking Report | 1.80 | 675.00 |
| 09/13/04 | MEF | Appeal - email to L. Thomas regarding letters cited in proof brief | .20 | 50.00 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.                734680                        Page      9
INVOICE NO.               25224


09/13/04 MEF Conference with JMA regarding fee petition for      .30      75.00
             RCRA fee petition fees and expenses

09/13/04 MEF Appeal - phone with K. Hough regarding joint        .20      50.00
             appendix

09/13/04 MEF RCRA Fee Petition - continue preparing petition    6.00   1500.00
             for fees incurred in connection with July 21
             fee petition

09/13/04 MEF Appeal - email from L. Thomas regarding omitted     .10      25.00
             appendices

09/13/04 MEF Appeal - email from K. Hough regarding omitted      .10      25.00
             appendices

09/13/04 MEF Appeal - email from M. Sprague regarding            .10      25.00
             appendix

09/13/04 MEF Appeal - email to K. Hough regarding PTE 544        .10      25.00

09/14/04 JMA Review Agenda and materials for Special Master     1.50     562.50
             meeting

09/14/04 JMA Conference with K. Brown, R. Senftleben, CHM       1.50     562.50
             re: issues for Special Master meeting

09/14/04 JMA Attend Special Master meeting                      2.50     937.50

09/14/04 JMA Conference with R. Senftleben, CHM re:            10.00    3750.00
             revisions to Settlement Agreement

09/14/04 MEF Appeal - review Honeywell reply brief             1.20     300.00

09/14/04 MEF RCRA Fee Petition - continue working on           4.60    1150.00
             petition for fees incurred in connection with
             original petition

09/14/04 MEF Appeal - email from L. Thomas to M. Sprague        .10      25.00
             regarding omissions from appendix

09/14/04 MEF Appeal - email from M. Sprague to L. Thomas        .10      25.00
             regarding omissions from appendix

09/14/04 MEF Appeal - email to L. Thomas regarding missing      .20      50.00
             pages from documents

09/14/04 MEF Appeal - Phone with CHM and M. Sprague             .50     125.00
             regarding joint appendix

09/14/04 MEF Appeal - letter to M. Sprague regarding           1.30     325.00
             objections to items included in joint appendix

W.R. GRACE & COMPANY                              October 8, 2004
Client No.              734680              Page      10
INVOICE NO.             25224

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/14/04 | MEF | Appeal - email to K. Hough regarding appendix TOC changes | .20 | 50.00 |
| 09/14/04 | MEF | Appeal - phone with K. Hough regarding corrections to appendix | .20 | 50.00 |
| 09/14/04 | MEF | Appeal - fax from L. Thomas regarding letters cited in proof brief | .10 | 25.00 |
| 09/14/04 | MEF | Appeal - review letters cited by plaintiff in proof brief | .40 | 100.00 |
| 09/14/04 | MEF | Review Local Civil Rule 41.1 regarding retainment jurisdiction with district court after settlement | .30 | 75.00 |
| 09/14/04 | RCS | Receipt and review of JCPB resolution | .20 | 45.00 |
| 09/14/04 | RCS | Telephone call to JCPB regarding meeting agenda. | .20 | 45.00 |
| 09/15/04 | JMA | Phone - CHM re: Settlement issues | .50 | 187.50 |
| 09/15/04 | JMA | Phone R. Senftleben re: settlement issues | .30 | 112.50 |
| 09/15/04 | JMA | Phone - A. Nagy re: settlement issues | .20 | 75.00 |
| 09/15/04 | JMA | RCRA Fee Petition - revisions to invoices re: RCRA Fee Petition | 2.10 | 787.50 |
| 09/15/04 | JMA | Receipt and review letter from J. Brody to Case Manager | .10 | 37.50 |
| 09/15/04 | JMA | Appeal - receipt and review Honeywell reply brief and cited cases | 3.40 | 1275.00 |
| 09/15/04 | JMA | Appeal - receipt and review Table of Contents for Joint Appendix | 1.10 | 412.50 |
| 09/15/04 | JMA | Letter to Special Master | .40 | 150.00 |
| 09/15/04 | JMA | Appeal - receipt and review Order regarding Annotated Opinion | .20 | 75.00 |
| 09/15/04 | JMA | Appeal - Receipt and review letter from Wilentz to Clerk | .10 | 37.50 |
| 09/15/04 | JMA | Receipt and review Notice of Appearance - J.C. Amicus, Corporate Disclosure | .20 | 75.00 |

W.R. GRACE & COMPANY                          October 8, 2004
Client No.              734680                Page     11
INVOICE NO.             25224

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| 09/15/04 | JMA | Receipt and review letter from Honeywell to DEP regarding Waterfront Development Permit - wetlands | .10 | 37.50 |
| 09/15/04 | JMA | Receipt and review ECO Science Wetlands Report | .30 | 112.50 |
| 09/15/04 | JMA | Receipt and review letter from Honeywell to DEP regarding Waterfront Development Permit - Paving | .20 | 75.00 |
| 09/15/04 | JMA | Receipt and review Revised Stormwater Pollution Prevention Plan with Paving of Western Portion of Site | 1.20 | 450.00 |
| 09/15/04 | MEF | Review and revise letter to Special Master | .20 | 50.00 |
| 09/15/04 | MEF | Prepare summary analysis of fees and disbursements | 2.60 | 650.00 |
| 09/15/04 | RCS | Telephone calls to JCPB meeting agendas. | .20 | 45.00 |
| 09/15/04 | RCS | Telephone calls to JC Board of Adjustment regarding meeting agendas. | .20 | 45.00 |
| 09/16/04 | JMA | Phone - R. Senftleben, A. Nagy and CHM re: settlement issues | .60 | 225.00 |
| 09/16/04 | JMA | Phone - M. Daneker and CHM re: settlement issues | .30 | 112.50 |
| 09/16/04 | JMA | Conference with CHM re: review and revise Honeywell's revised version of Settlement Agreement | 8.00 | 3000.00 |
| 09/16/04 | JMA | Conference with CHM re: Bankruptcy Motion | 1.50 | 562.50 |
| 09/16/04 | JMA | Receipt and review email from A. Nagy, R. Senftleben, D. Siegel re: settlement issues | .30 | 112.50 |
| 09/16/04 | JMA | Phone - M. Daneker, CHM re: settlement issues | 1.00 | 375.00 |
| 09/16/04 | JMA | Phone - R. Senftleben, CHM re: settlement issues | .30 | 112.50 |
| 09/16/04 | JMA | Phone - A. Nagy, M. Obradovich, B. Hatfield, CHM re: settlement issues | .40 | 150.00 |
| 09/16/04 | JMA | Phone - A. Nagy, B. Hatfield, CHM re: settlement issues | .20 | 75.00 |
| 09/16/04 | RKM | Conference with JMA regarding settlement issue. | .60 | 165.00 |

W.R. GRACE & COMPANY                       October 8, 2004
Client No.          734680          Page    12
INVOICE NO.        25224

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/17/04 | JMA | Phone - M. Daneker re: Settlement Agreement | .40 | 150.00 |
| 09/17/04 | JMA | Phone - R. Senftleben re: Settlement Agreement and Bankruptcy filing | .30 | 112.50 |
| 09/17/04 | JMA | Preparation of draft Bankruptcy Motion insert re: settlement and benefiting settlement | 3.00 | 1125.00 |
| 09/17/04 | JMA | Email to M. Daneker | .10 | 37.50 |
| 09/17/04 | JMA | Conference with CHM re: revisions to Settlement Agreement | 3.50 | 1312.50 |
| 09/17/04 | JMA | Phone - M. Daneker re: Settlement Agreement | .20 | 75.00 |
| 09/17/04 | JMA | Phone - R. Senftleben re: Settlement Agreement and Bankruptcy filing | .30 | 112.50 |
| 09/17/04 | JMA | Phone - D. Siegel, R. Senftleben, Grace tax counsel, CHM re: settlement issues | .40 | 150.00 |
| 09/17/04 | JMA | Phone - A. Nagy, CHM re: settlement issues | .20 | 75.00 |
| 09/17/04 | JMA | Email to S. Blatnick | .10 | 37.50 |
| 09/17/04 | JMA | Email to client | .10 | 37.50 |
| 09/17/04 | JMA | Revisions to Bankruptcy Motion insert | 2.40 | 900.00 |
| 09/17/04 | MEF | Appeal - Receipt and review notice of electronic filing of notice of appeal by Honeywell regarding Order on RCRA fees | .20 | 50.00 |
| 09/17/04 | MEF | Appeal - Continue review Honeywell reply brief | .20 | 50.00 |
| 09/17/04 | MEF | Appeal - voice mail - M. Sprague regarding missing pages | .10 | 25.00 |
| 09/17/04 | MEF | Email to D. Siegel and R. Senftleben regarding Honeywell proposed press release | .20 | 50.00 |
| 09/17/04 | MEF | Multiple emails to/from R. Senftleben regarding settlement issues | .40 | 100.00 |
| 09/17/04 | MEF | Finalize summary of fees and expenses | .50 | 125.00 |
| 09/17/04 | MEF | Appeal - email from J. Brody regarding appendix | .10 | 25.00 |
| 09/17/04 | MEF | Appeal - email to J. Brody regarding appendix | .10 | 25.00 |
| 09/17/04 | MEF | Appeal - email from M. Sprague regarding draft stipulation regarding 1953 PH3 Report | .10 | 25.00 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.              734680                          Page     13
INVOICE NO.             25224

| | | | |
|---|---|---|---|
| 09/17/04 MEF | Appeal - review draft stipulation regarding 1953 PH3 report | .30 | 75.00 |
| 09/17/04 MEF | Appeal - phone with L. Thomas regarding draft stipulation | .20 | 50.00 |
| 09/18/04 JMA | Receipt and review Honeywell Notice of Intent to Sue regarding access to 60 Kellog Street | .20 | 75.00 |
| 09/18/04 JMA | Receipt and review Honeywell Notice of Intent to sue  - 100 Kellog Street | .20 | 75.00 |
| 09/18/04 JMA | Receipt and review Honeywell Notice of Intent to Sue - 200 Kellog Street | .20 | 75.00 |
| 09/18/04 JMA | Receipt and review letter from Parsons to DEP regarding 60% Design Document | .10 | 37.50 |
| 09/18/04 JMA | Receipt and review Notice of Electronic Filing regarding Order - Special Master 15th Fee Application | .10 | 37.50 |
| 09/18/04 JMA | Receipt and review Order Approving Special Master 15th Fee Application | .20 | 75.00 |
| 09/18/04 JMA | Appeal - Receipt and review Notice of Electronic Filing regarding Notice of Appeal - Fee Award | .10 | 37.50 |
| 09/18/04 JMA | Appeal - Receipt and review Honeywell's Notice of Appeal - Fee Award | .10 | 37.50 |
| 09/18/04 JMA | Receipt and review email from R. Senftleben regarding settlement issues | .10 | 37.50 |
| 09/18/04 JMA | Receipt and review email from S. Graham regarding Swale Data | .10 | 37.50 |
| 09/18/04 JMA | Receipt and review letter from Parsons with Swale Monitoring Data Results | .40 | 150.00 |
| 09/18/04 JMA | Receipt and review letter from LBG to Parsons regarding 100% Design Report | .10 | 37.50 |
| 09/18/04 JMA | Receipt and review email from S. Graham regarding Progress Report #16 | .10 | 37.50 |
| 09/18/04 JMA | Receipt and review letter from Parsons to Special Master and Progress Report No. 16 | .50 | 187.50 |
| 09/19/04 JMA | Revisions to Bankruptcy Motion insert | 2.60 | 975.00 |

| | | | |
|---|---|---|---|
| 09/19/04 JMA | Phone conference with CHM re: revisions to Bankruptcy Motion insert | 1.40 | 525.00 |
| 09/19/04 JMA | Phone - CHM re: revisions to Bankruptcy Motion insert | .30 | 112.50 |
| 09/19/04 JMA | Email to S. Blatnick re: Bankruptcy Motion insert | .10 | 37.50 |
| 09/19/04 JMA | Revisions to Bankruptcy Motion insert | 1.80 | 675.00 |
| 09/19/04 MEF | Assist in preparation of portions of motion to approve settlement | 1.30 | 325.00 |
| 09/20/04 JMA | Letter to D. Siegel and R. Senftleben re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 JMA | Letter to M. Daneker re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 JMA | Letter to S. Blatnick re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 JMA | Phone - Judge Cavanaugh's chambers | .10 | 37.50 |
| 09/20/04 JMA | Revisions to Settlement Agreement | .30 | 112.50 |
| 09/20/04 JMA | Phone - R. Senftleben re: settlement issues | .30 | 112.50 |
| 09/20/04 JMA | Phone - CHM re: settlement issues | .40 | 150.00 |
| 09/20/04 JMA | Phone - M. Daneker re: settlement issues | .10 | 37.50 |
| 09/20/04 JMA | Phone - CHM re: settlement issues | .30 | 112.50 |
| 09/20/04 JMA | Letter to D. Siegel and R. Senftleben re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 JMA | Letter to M. Daneker re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 JMA | Letter to S. Blatnick re: Settlement Agreement | .20 | 75.00 |
| 09/20/04 JMA | Receipt and review email from CHM to clients re: settlement issues | .20 | 75.00 |
| 09/20/04 JMA | Phone - M. Daneker re: settlement issues | .20 | 75.00 |
| 09/20/04 JMA | Phone - CHM and M. Daneker re: settlement issues | .20 | 75.00 |
| 09/20/04 JMA | Phone - CHM re: settlement issues | .30 | 112.50 |
| 09/20/04 JMA | Phone - S. Blatnick re: settlement issues/bankruptcy motion | .20 | 75.00 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.              734680                    Page      15
INVOICE NO.             25224


| | | | |
|---|---|---|---|
| 09/20/04 JMA | Receipt and review email from D. Siegel re: settlement issues | .20 | 75.00 |
| 09/20/04 JMA | Revisions to Settlement Agreement | .40 | 150.00 |
| 09/20/04 JMA | Phone - CHM and K. Millian regarding settlement issues | .30 | 112.50 |
| 09/20/04 JMA | Receipt and review draft bankruptcy motion from S. Blatnik | 1.00 | 375.00 |
| 09/20/04 JMA | Phone - CHM regarding bankruptcy motion | .40 | 150.00 |
| 09/20/04 JMA | Phone - CHM and R. Senftleben regarding bankruptcy motion | .30 | 112.50 |
| 09/20/04 JMA | Phone - CHM, R. Senftleben, Jan Baer, S. Blatnik | .40 | 150.00 |
| 09/20/04 JMA | Phone - CHM, R. Senftleben, Jan Baer | .30 | 112.50 |
| 09/20/04 JMA | Phone - CHM, A. Nagy, R. Senftleben regarding revised version of bankruptcy motion | .30 | 112.50 |
| 09/20/04 JMA | Receipt and review revised version of bankruptcy motion | .40 | 150.00 |
| 09/20/04 JMA | Phone - K. Millian, M. Daneker, CHM, Judge Cavanaugh's Law Clerk regarding settlement | .20 | 75.00 |
| 09/20/04 JMA | Phone - Special Master (S. Jackson), K. Millian, CHM, M. Daneker regarding settlement | .20 | 75.00 |
| 09/20/04 JMA | Phone - counsel for Special Master regarding settlement | .40 | 150.00 |
| 09/20/04 JMA | Phone - CHM, R. Senftleben regarding bankruptcy motion revisions | .20 | 75.00 |
| 09/20/04 MEF | Appeal - email from M. Sprague regarding stipulation | .10 | 25.00 |
| 09/20/04 MEF | Appeal - revise proposed stipulation | .20 | 50.00 |
| 09/20/04 MEF | Appeal - email to M. Sprague regarding revised proposed stipulation | .10 | 25.00 |
| 09/20/04 RCS | Receipt and review of JCPB agenda. | .20 | 45.00 |
| 09/21/04 JMA | Phone - R. Senftleben re: bankruptcy motion | .30 | 112.50 |
| 09/21/04 MEF | Email to L. Walsh regarding Rule 60 opinion | .10 | 25.00 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.              734680                  Page        16
INVOICE NO.             25224

| | | |
|---|---|---|
| 09/22/04 JMA Phone - CHM regarding settlement issues | .40 | 150.00 |
| 09/22/04 JMA Phone - CHM regarding extending filing date for RCRA Fee Petition | .30 | 112.50 |
| 09/22/04 JMA Receipt and review IRM Report No. 2 | .90 | 337.50 |
| 09/22/04 JMA Receipt and review email from S. Graham | .10 | 37.50 |
| 09/22/04 JMA Phone - CHM regarding scheduling of oral argument | .30 | 112.50 |
| 09/22/04 MEF Conference with JMA regarding motion to extend time to file fee petition | .20 | 50.00 |
| 09/22/04 MEF Prepare motion papers regarding extension of time to file RCRA fee petition #2 | 1.30 | 325.00 |
| 09/23/04 JMA Phone - Special Master | .20 | 75.00 |
| 09/23/04 JMA Phone - R. Senftleben regarding Bankruptcy Issues | .20 | 75.00 |
| 09/23/04 MEF Appeal - voice mail - CHM regarding proof brief | .10 | 25.00 |
| 09/23/04 MEF Appeal - begin review of joint appendix and proof brief | 1.80 | 450.00 |
| 09/24/04 JMA Receipt and review Notice of Electronic Filing Special Master 16th Fee Application | .10 | 37.50 |
| 09/24/04 JMA Receipt and review Notice of Motion - Special Master 16th Fee Application | .20 | 75.00 |
| 09/24/04 JMA Receipt and review Special Master Fee Application No. 16 | .60 | 225.00 |
| 09/24/04 JMA Receipt and review proposed order Special Master Fee Application No. 16 | .20 | 75.00 |
| 09/24/04 JMA Letter to Judge Cavanaugh regarding Special Master Fee Application | .20 | 75.00 |
| 09/24/04 MEF Appeal - email from M. Sprague regarding 2 joint motions regarding appendix | .20 | 50.00 |
| 09/24/04 MEF Appeal - review joint motion of all parties for leave to include min-u-script transcripts in appendix | .10 | 25.00 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.              734680                          Page    17
INVOICE NO.             25224


| | | | |
|---|---|---|---|
| 09/24/04 MEF | Appeal - review joint motion of all parties for leave to include videotape and oversized exhibits in appendix | .10 | 25.00 |
| 09/24/04 MEF | Appeal - phone with CHM regarding appendix designations and joint motions | .20 | 50.00 |
| 09/24/04 MEF | Email from A. Nagy regarding CBBG bills | .20 | 50.00 |
| 09/24/04 MEF | Appeal - email to M. Sprague regarding joint motions | .20 | 50.00 |
| 09/24/04 MEF | Appeal - email from M. Sprague regarding citation format in final appeal briefs | .10 | 25.00 |
| 09/24/04 MEF | Appeal - second email from M. Sprague regarding joint motions | .10 | 25.00 |
| 09/24/04 MEF | Appeal - phones with JMA regarding appendix designations and joint motions | .20 | 50.00 |
| 09/24/04 MEF | Appeal - phone with CHM regarding case manager | .10 | 25.00 |
| 09/24/04 MEF | Appeal - email to CHM regarding Case Manager | .10 | 25.00 |
| 09/24/04 RCS | Receipt and review of JCPB Agenda for 9/28. | .20 | 45.00 |
| 09/25/04 JMA | Receipt and review filed version of Bankruptcy Motion to Approve Settlement | .60 | 225.00 |
| 09/27/04 JMA | Receipt and review emails regarding conference call regarding settlement terms | .20 | 75.00 |
| 09/27/04 JMA | Conference with L. Florence regarding attending Special Master Meeting with JCMUA | .20 | 75.00 |
| 09/27/04 JMA | Receipt and review email from A. Nagy regarding Fee Summary | .10 | 37.50 |
| 09/27/04 JMA | Conference with MEF regarding Fee Summary | .50 | 187.50 |
| 09/27/04 JMA | Phone - A. Nagy, MEF regarding Fee Summary | .20 | 75.00 |
| 09/27/04 JMA | Phone - CHM regarding remediation and access issues | .30 | 112.50 |
| 09/27/04 JMA | RCRA Fee Petition - Conference with MEF regarding revise motion to extend time to letter request | 1.00 | 375.00 |

W.R. GRACE & COMPANY                          October 8, 2004
Client No.            734680          Page     18
INVOICE NO.           25224

| | | | |
|---|---|---|---|
| 09/27/04 MEF | RCRA Fee Petition - Conference with JMA regarding revise motion to extend time to letter request | 1.00 | 250.00 |
| 09/27/04 MEF | Conference with JMA regarding fee summary | .50 | 125.00 |
| 09/27/04 MEF | Phone with JMA and A. Nagy regarding fee summary | .20 | 50.00 |
| 09/27/04 MEF | RCRA Fee Petition - phone with Alysse Cimino at Judge Cavanaugh's regarding extension | .20 | 50.00 |
| 09/27/04 MEF | Revise fee summary | .80 | 200.00 |
| 09/27/04 MEF | Email to A. Nagy regarding fee summary | .10 | 25.00 |
| 09/27/04 MEF | Appeal - phone with CHM regarding appeal brief appendix designations | .10 | 25.00 |
| 09/27/04 MEF | Appeal - email from M. Sprague regarding omissions from Joint Appendix | .10 | 25.00 |
| 09/27/04 MEF | Appeal - email to M. Sprague regarding omissions from joint appendix | .20 | 50.00 |
| 09/27/04 LF | Attend meeting at the JCMUA | 4.50 | 405.00 |
| 09/28/04 JMA | Receipt and review emails regarding conference call on settlement terms | .20 | 75.00 |
| 09/28/04 JMA | Phone - R. Senftleben, CHM, Jan Baer regarding Honeywell and ICO Bankruptcy claims | .40 | 150.00 |
| 09/28/04 JMA | Phone - A. Daneker and CHM | .30 | 112.50 |
| 09/28/04 JMA | Receipt and review memo regarding Special Master Meeting at JCMUA | .70 | 262.50 |
| 09/28/04 JMA | Conference with R. Senftleben, CHM regarding JCMUA meeting | .30 | 112.50 |
| 09/28/04 JMA | Receipt and review email from R. Senftleben regarding conference call questions - settlement | .30 | 112.50 |
| 09/28/04 JMA | Conference with CHM regarding conference call questions - settlement | .40 | 150.00 |
| 09/28/04 JMA | Phone Conference - R. Senftleben, A. Nagy, CHM regarding conference call questions - settlement | .50 | 187.50 |

W.R. GRACE & COMPANY                                    October 8, 2004
Client No.              734680                    Page      19
INVOICE NO.             25224

| | | |
|---|---|---|
| 09/28/04 JMA Appeal - Conference with CHM regarding motion to strike portions of appendix | 1.20 | 450.00 |
| 09/28/04 JMA Phone - R. Senftleben, CHM, Jan Baer regarding dismissal of Honeywell Bankruptcy claim | .20 | 75.00 |
| 09/28/04 JMA Work on Joint Appendix issues | 2.00 | 750.00 |
| 09/28/04 MEF Revise fee summary | .20 | 50.00 |
| 09/28/04 MEF Email to A. Nagy regarding revised fee summary | .10 | 25.00 |
| 09/28/04 MEF Appeal - email from L. Thomas to M. Sprague regarding omissions in joint appendix | .10 | 25.00 |
| 09/28/04 MEF Appeal - review appendix and update brief | 4.30 | 1075.00 |
| 09/28/04 LF  Prepare memo to JMA regarding 9/27/04 meeting at JCMUA | .80 | 72.00 |
| 09/28/04 LF  Review and revise proof brief with joint appendix citations | 2.50 | 225.00 |
| 09/29/04 JMA Review and revise Grace Proof Brief regarding Joint Appendix citations | 1.80 | 675.00 |
| 09/29/04 JMA Phone - CHM regarding timing of filing final Grace brief | .30 | 112.50 |
| 09/29/04 MEF Appeal - phone with N. Byrnum regarding proof brief designations | .20 | 50.00 |
| 09/29/04 MEF Appeal - email to N. Byrnum regarding proof brief appendix designations | .20 | 50.00 |
| 09/29/04 MEF Appeal - continue reviewing proof brief and appendix for citations to appendix | 3.10 | 775.00 |
| 09/29/04 MEF Appeal - receipt and review Notice of Appeal 04-3702 with enclosures | .30 | 75.00 |
| 09/29/04 MEF Appeal - receipt and review letter from K. Glaum to all counsel regarding potential jurisdiction defect in appeal 04-3702 | .20 | 50.00 |
| 09/29/04 MEF Appeal - receipt and review Notices of Electronic Filing (2) regarding Honeywell appeal regarding fee petition order | .20 | 50.00 |
| 09/29/04 MEF Appeal - voice mail - CHM regarding appendix designations | .10 | 25.00 |

W.R. GRACE & COMPANY                                  October 8, 2004
Client No.            734680                          Page      20
INVOICE NO.           25224

| | | | | |
|---|---|---|---|---|
| 09/29/04 | LF | Continue to review and revise proof brief with Joint Appendix citations | 5.80 | 522.00 |
| 09/30/04 | JMA | Receipt and review letter from 3rd Circuit regarding jurisdictional issue Honeywell appeal - fee order | .20 | 75.00 |
| 09/30/04 | JMA | Phone - CHM regarding Grace position regarding jurisdictional issue | .30 | 112.50 |
| 09/30/04 | MEF | Appeal - emails to N. Byrnum regarding citations to joint appendix | .20 | 50.00 |
| 09/30/04 | MEF | Appeal - continue working on appeal brief and joint appendix citations | 2.90 | 725.00 |
| 09/30/04 | MEF | Appeal - letter to M. Sprague regarding missing exhibits | .20 | 50.00 |
| 09/30/04 | MEF | Appeal - memo to CHM and WFH regarding citations in proof brief | .20 | 50.00 |
| 09/30/04 | MEF | Appeal - email from M. Sprague regarding omitted exhibits and brief | .10 | 25.00 |
| 09/30/04 | MEF | Appeal - phone with CHM's office regarding memo | .10 | 25.00 |
| 09/30/04 | MEF | Appeal - prepare disclosure statements and appearance of counsel | .50 | 125.00 |
| 09/30/04 | MEF | Appeal - email from K. Millian to M. Sprague regarding appendix errors and omissions | .20 | 50.00 |
| 09/30/04 | MEF | Appeal - phone with CHM regarding citations in brief | .30 | 75.00 |
| 09/30/04 | MEF | Appeal - voice mail - K. Millian regarding P-541 | .10 | 25.00 |
| 09/30/04 | MEF | Appeal - phone with K. Millian regarding P-541 | .10 | 25.00 |
| 09/30/04 | LF | Continue to review and revise proof brief with joint appendix citations | 5.40 | 486.00 |

**Fee Application, Applicants**

| | | | | |
|---|---|---|---|---|
| 09/02/04 | MEF | Fee Application - begin preparing 30th Monthly Fee Application | .60 | 150.00 |

```
W.R. GRACE & COMPANY                    October 8, 2004
Client No.              734680          Page     21
INVOICE NO.             25224
```

| | | | |
|---|---|---|---|
| 09/08/04 MEF | Fee Application - email from S. Bossay regarding 12th Interim Fee Expense chart and Project Category spreadsheet | .10 | 25.00 |
| 09/08/04 MEF | Fee Application - review 12th Quarterly chart and spreadsheet | .30 | 75.00 |
| 09/08/04 MEF | Fee Application - email to S. Bossay regarding 12th Quarterly chart and spreadsheet | .10 | 25.00 |
| 09/09/04 MEF | Fee Application - continue preparing 30th fee application | .50 | 125.00 |
| 09/09/04 MEF | Fee Application - review August fee detail | .50 | 125.00 |
| 09/09/04 MEF | Fee Application - receipt and review CNO for 29th Monthly Fee Application | .20 | 50.00 |
| 09/15/04 JMA | Fee Application - receipt and review Certification of No Objection to Carella, Byrne 29th Monthly Fee Application | .20 | 75.00 |
| 09/15/04 JMA | Fee Application - receipt and review letter from K&E regarding Flat Fee Professionals | .20 | 75.00 |
| 09/18/04 MEF | Fee Application - PACER search regarding status of filing of 30th monthly fee application | .20 | 50.00 |
| 09/18/04 MEF | Fee Application - review filed 30th monthly fee application | .20 | 50.00 |

**Travel Non-Work**

| | | | |
|---|---|---|---|
| 09/07/04 MEF | Appeal - Travel to Washington DC | 3.40 | 425.00 |
| 09/07/04 MEF | Appeal - Travel from Washington DC | 2.70 | 337.50 |

```
                                        -------------
Total Fees:                               75,647.50
```

```
W.R. GRACE & COMPANY                          October 8, 2004
Client No.              734680                Page      23
INVOICE NO.             25224
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS            FEES
J M AGNELLO                      375.00   138.60        51975.00
M E FLAX                         250.00    81.60        19637.50
R K MATANLE                      275.00      .60          165.00
RC SCRIVO                        225.00     5.40         1215.00
LAURA FLORENCE                    90.00    29.50         2655.00
                       TOTALS             255.70        75647.50
```

**E X H I B I T  B**

W.R. GRACE & COMPANY                         October 8, 2004
Client No.              734680               Page     22
INVOICE NO.             25224

### Disbursements

**Messenger**

| | |
|---|---|
| 09/13/04 Messenger MERCURY 9/8 | 255.00 |
| 09/21/04 Messenger MERCURY 9/8 (4TRIPS) | 328.00 |
| SUBTOTAL: | 583.00 |

**Travel Expense**

| | |
|---|---|
| 09/03/04 Travel Expense  MEF  (WASHINGTON D.C.) 9/07/04 | 428.70 |
| 09/07/04 Travel Expense  MEF (AIRPORT PARKING) 9/07/04 | 30.00 |
| 09/28/04 Travel Expense MEF 9/7 (TAXIS) | 29.00 |
| SUBTOTAL: | 487.70 |

**Meals**

| | |
|---|---|
| 09/21/04 Meals 9/14, STRIP HOUSE,  CHF, MEF, JMA & R. SENFTLEBEN | 232.45 |
| 09/30/04 Meals FORTE 10/1 #2518 MEF, JEANNE, VIRGINIA, LAURA F. | 35.42 |
| SUBTOTAL: | 267.87 |

**Photocopies - Outside**

| | |
|---|---|
| 09/21/04 Photocopies - Outside DOC EXP. 9/20 | 15.90 |
| SUBTOTAL: | 15.90 |

| | |
|---|---|
| 09/30/04 Photocopies | 468.15 |
| 09/30/04 Faxes | 411.00 |
| 09/30/04 Telephone | 577.92 |
| 09/30/04 Computer Searches | 25.60 |
| 09/30/04 Federal Express | 114.66 |
| 09/30/04 Messenger - In House | 25.00 |

Total Costs                                       2,976.80

Total Due this Matter                            78,624.30
=============