## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 9, 2004 at 4:00 p.m.**
**Hearing date: To be scheduled, only if objections are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served the Thirty-Second Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the period from September 1, 2004 through September 30, 2004,

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $18,370.50 and reimbursement for actual and necessary expenses in the amount of $198.58 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **November 9, 2004 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
      October 20, 2004

                    Respectfully submitted,

                    Michael R. Lastowski (DE I.D. No. 3892)
                    DUANE MORRIS LLP
                    1100 North Market Street, Suite 1200
                    Wilmington, DE 19801
                    Telephone:    (302) 657-4900
                    Facsimile:    (302) 657-4901
                    E-mail:       mlastowski@duanemorris.com

                    - and –

                    William S. Katchen (Admitted in NJ Only)
                    DUANE MORRIS LLP
                    One Riverfront Plaza
                    Newark, New Jersey 07102
                    Telephone:    (973) 424-2000
                    Facsimile:    (973) 424-2001
                    E-mail:       wskatchen@duanemorris.com

                    -and -

                    Lewis Kruger
                    STROOCK & STROOCK & LAVAN LLP
                    180 Maiden Lane
                    New York, New York 10038-4982
                    Telephone:    (212) 806-5400
                    Facsimile:    (212) 806-6006
                    e-mail:        lkruger@stroock.com

                    *Co-Counsel for the Official Committee of Unsecured Creditors of*
                    *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

**W.R. Grace & Co., et al.**                     Case No. 01-01139 (JKF)

             Debtors.          Jointly Administered

**Objection Date: November 9, 2004 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

### THIRTY-SECOND MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

Name of Applicant                               **Duane Morris LLP**

Authorized to Provide
Professional Services to:                        **Official Committee of Unsecured Creditors**

Date of Retention:                              **April 17, 2001**

Period for which compensation and               **September 1, 2004 – September 30, 2004**
reimbursement is sought

Amount of Compensation sought as                **$18,370.50**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought          **$198.58**
as actual, reasonable and necessary:

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.50 hours and the corresponding compensation requested is approximately $255.00[2]

This is the thirty-second monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-second Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

WLM\201817.1

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

WLM\201817.1

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | | |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | | |

# DuaneMorris

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
DETROIT
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

October 18, 2004

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1047176                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 09/30/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.90 | hrs. at | $495.00 | /hr. = | $9,355.50 |
| WS KATCHEN | PARTNER | 8.40 | hrs. at | $545.00 | /hr. = | $4,578.00 |
| MF HAHN | ASSOCIATE | 7.80 | hrs. at | $265.00 | /hr. = | $2,067.00 |
| DM SPEERS | PARALEGAL | 3.00 | hrs. at | $190.00 | /hr. = | $570.00 |
| VL AKIN | PARALEGAL | 10.40 | hrs. at | $170.00 | /hr. = | $1,768.00 |
| V MARCHELLO | LEGAL ASSISTAN | 0.40 | hrs. at | $80.00 | /hr. = | $32.00 |
| | | | | | | $18,370.50 |

DISBURSEMENTS
LEXIS LEGAL RESEARCH                            161.90
OVERNIGHT MAIL                                  10.23
OVERTIME RELATED COSTS                          12.80
PRINTING & DUPLICATING                          13.65
TOTAL DISBURSEMENTS                                        $198.58

BALANCE DUE THIS INVOICE                                   $18,569.08

PREVIOUS BALANCE                                          $80,555.26

TOTAL BALANCE DUE                                         $99,124.34

File # K0248-00001                                          INVOICE #  1047176
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 9/9/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S JULY MONTHLY OPERATING REPORT | 0.40 | $198.00 |
| 9/21/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO TRANSACTION TO ACQUIRE FLEXIA CORPORATION'S SYNTHETIC ROOF-UNDERLAYMENT BUSINESS | 0.40 | $198.00 |
| 9/21/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT WITH HONEYWELL INTERNATIONAL, INC. | 0.20 | $99.00 |
| 9/21/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR EXTENSION OF TIME TO ASSUME OR REJECT NON-RESIDENTIAL REAL PROPERTY LEASES | 0.10 | $49.50 |
| 9/21/2004 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO FILE SUR-REPLY RE: EVANS INJUNCTION | 0.10 | $49.50 |
| | | | Code Total | 1.20 | $594.00 |

October 18, 2004
Page 3

File # K0248-00001                                                  INVOICE # 1047176
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/1/2004 | 004 | DM SPEERS | REVIEWING 9/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 9/2/2004 | 004 | DM SPEERS | REVIEWING 9/2/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 9/3/2004 | 004 | DM SPEERS | REVIEWING 9/3/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $38.00 |
| 9/7/2004 | 004 | DM SPEERS | REVIEWING 9/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 9/8/2004 | 004 | DM SPEERS | REVIEWING 9/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 9/9/2004 | 004 | DM SPEERS | REVIEWING 9/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 9/10/2004 | 004 | DM SPEERS | REVIEWING 9/10/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 9/13/2004 | 004 | MF HAHN | REVIEW 2019 MOTION, PREVIOUS ORDERS AND RESEARCH REGARDING 2019 STANDARDS | 1.50 | $397.50 |
| 9/14/2004 | 004 | DM SPEERS | REVIEWING 9/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $19.00 |
| 9/16/2004 | 004 | DM SPEERS | REVIEWING 9/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.40 | $76.00 |
| 9/17/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| 9/21/2004 | 004 | DM SPEERS | REVIEWING 9/21/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.50 | $95.00 |
| 9/21/2004 | 004 | VL AKIN | OBTAIN PLEADINGS FROM ECF DOCKET | 0.30 | $51.00 |
| 9/22/2004 | 004 | DM SPEERS | REVIEWING 9/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |

October 18, 2004
Page 4

File # K0248-00001                                                          INVOICE #  1047176
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/23/2004 | 004 | DM SPEERS | REVIEWING 9/23/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 9/24/2004 | 004 | DM SPEERS | REVIEWING 9/24/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 9/27/2004 | 004 | DM SPEERS | REVIEWING 9/27/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 9/28/2004 | 004 | DM SPEERS | REVIEWING 9/28/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 9/29/2004 | 004 | DM SPEERS | REVIEWING 9/29/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 9/30/2004 | 004 | DM SPEERS | REVIEWING 9/30/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 9/30/2004 | 004 | VL AKIN | OBTAIN PLEADINGS FROM ECF DOCKET | 0.20 | $34.00 |
| 9/30/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| | | | Code Total | 5.40 | $1,120.50 |

File # K0248-00001                                              INVOICE #  1047176
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 9/2/2004 005 | WS KATCHEN | ANALYSIS OF ASBESTOS PI CLAIMS OBJECTION/ESTIMATION, METHODOLOGY AND DEBTOR'S INFORMATIONAL BRIEF. | 1.90 | $1,035.50 |
| 9/6/2004 005 | WS KATCHEN | WORK ON CLAIMS ALLOWANCE RESEARCH. | 2.30 | $1,253.50 |
| 9/9/2004 005 | MF HAHN | REVIEW RESEARCH ON CLAIMS ESTIMATION | 0.50 | $132.50 |
| 9/9/2004 005 | WS KATCHEN | REVIEW STROOCK MEMO TO THE COMMITTEE. | 0.20 | $109.00 |
| 9/10/2004 005 | MF HAHN | REVIEW RESEARCH ON CLAIMS ESTIMATION | 0.50 | $132.50 |
| 9/10/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS 237 F. SUPP. 2D 197 PER MICHAEL HAHN'S REQUEST. | 0.10 | $8.00 |
| 9/10/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS 146 F. SUPP. 2D 643 PER MICHAEL HAHN'S REQUEST. | 0.10 | $8.00 |
| 9/10/2004 005 | WS KATCHEN | FORWARD WEIL, GOTSHAL & MANGES' LETTER TO STROOCK. | 0.10 | $54.50 |
| 9/10/2004 005 | WS KATCHEN | REVIEW SUPPLEMENTAL STROOCK MEMO TO COMMITTEE. | 0.10 | $54.50 |
| 9/10/2004 005 | WS KATCHEN | REVIEW 2Q FINANCIAL. | 0.40 | $218.00 |
| 9/13/2004 005 | MR LASTOWSKI | REVIEW INTERCAT'S MOTION FOR ALLOWANCE TO FILE LATE PROOF OF CLAIM AND DEBTOR'S OBJECTION THERETO | 0.50 | $247.50 |
| 9/13/2004 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OBJECTION TO CONFIDENTIALITY PROVISIONS OF SETTLEMENT AGREEMENT WITH KWELMBS COMPANIES | 0.40 | $198.00 |
| 9/13/2004 005 | V MARCHELLO | RETRIEVE FROM LEXIS PER MIKE HAHN'S REQUEST 145 B.R. 124. | 0.10 | $8.00 |
| 9/13/2004 005 | WS KATCHEN | REVIEW ADR PLEADINGS. | 0.20 | $109.00 |
| 9/13/2004 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO INTERCAL MOTION. | 0.10 | $54.50 |
| 9/13/2004 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO §362(D) MOTION BY D. SLAUGHTER. | 0.10 | $54.50 |
| 9/14/2004 005 | MF HAHN | RESEARCH ASBESTOS CLAIMS ISSUES | 1.30 | $344.50 |
| 9/14/2004 005 | WS KATCHEN | REVIEW MOTION OF SCOTTS CO. | 0.20 | $109.00 |
| 9/15/2004 005 | MF HAHN | RESEARCH CLAIMS ESTIMATION ISSUES | 1.50 | $397.50 |
| 9/15/2004 005 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE RE:  SEPTEMBER 27, 2004 HEARINGS. | 0.20 | $109.00 |
| 9/16/2004 005 | MF HAHN | RESEARCH CLAIM ESTIMATION ISSUES | 1.30 | $344.50 |
| 9/17/2004 005 | V MARCHELLO | PREPARE LETTER TO LEWIS KRUGER AND KEN PASQUALE. | 0.10 | $8.00 |
| 9/17/2004 005 | WS KATCHEN | DRAFT MEMO TO LEWIS KRUGER AND KEN PASQUALE AT 1/2. | 0.20 | $109.00 |
| 9/17/2004 005 | WS KATCHEN | E-MAIL TO KEN PASQUALE AT 1/2. | 0.10 | $54.50 |

File # K0248-00001                                    INVOICE # 1047176
     W.R. GRACE & CO.

| 9/17/2004 005 | WS KATCHEN | ANALYSIS OF RULE 2019 ISSUES AT 1/2. | 0.60 | $327.00 |
| 9/22/2004 005 | MF HAHN | RESEARCH CLAIMS ESTIMATION ISSUES | 1.20 | $318.00 |
| 9/24/2004 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $54.50 |
| 9/24/2004 005 | WS KATCHEN | REVIEW SECOND COMMITTEE MEMO. | 0.10 | $54.50 |
| 9/24/2004 005 | WS KATCHEN | REVIEW RESPONSE ON SCOTT'S MOTION FOR STAY. | 0.10 | $54.50 |
| 9/30/2004 005 | WS KATCHEN | REVIEW SCOTT'S MOTION AND REPLY. | 0.20 | $109.00 |
| 9/30/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: IRS PROPOSED SETTLEMENT (COLI POLICIES). | 0.40 | $218.00 |
| 9/30/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO ACQUIRE FLEXIA ASSETS (TARJET BUSINESS). | 0.20 | $109.00 |
| 9/30/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE HONEYWELL INTERNATIONAL SETTLEMENT. | 0.40 | $218.00 |
| 9/30/2004 005 | WS KATCHEN | E-MAIL TO STROOCK RE:  ABOVE. | 0.10 | $54.50 |
| 9/30/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: §365 EXTENSION. | 0.10 | $54.50 |
| | | Code Total | 16.00 | $6,725.00 |

October 18, 2004
Page 7

File # K0248-00001                               INVOICE # 1047176
    W.R. GRACE & CO.

| 9/15/2004 | 006 | MR LASTOWSKI | REVIEW DEBTOR'S PROPOSED SETTLEMENT WITH KWELMBS COMPANIES AND LIMITED OBJECTION OF FUTURE CLAIMS REPRESENTATIVE THERETO | 0.30 | $148.50 |
| 9/15/2004 | 006 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OBJECTION TO THE DEBTOR'S PROPOSED SETTLEMENT WITH KWELMBS COMPANIES | 0.30 | $148.50 |
| | | | Code Total | 0.60 | $297.00 |

File # K0248-00001                                              INVOICE # 1047176
        W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 9/15/2004 007 | MR LASTOWSKI | REVIEW PROPOSED ORDER RE: BARON AND BUD OBJECTION TO 2019 PROCEDURES | 0.10 | $49.50 |
| 9/20/2004 007 | MR LASTOWSKI | TELEPHONE CALL FROM JERRY ROSENBERG (CREDITOR) RE: STATUS | 0.40 | $198.00 |
| 9/20/2004 007 | MR LASTOWSKI | TELEPHONE CALL FROM E. BENSON, CREDITOR, RE: STATUS | 0.30 | $148.50 |
| 9/27/2004 007 | MR LASTOWSKI | CONFERENCE WITH LEWIS KRUGER ER: STATUS | 0.20 | $99.00 |
| 9/28/2004 007 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: RULINGS IN PITTSBURGH CORNING ON 2019 ISSUES | 0.20 | $99.00 |
| 9/29/2004 007 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER (STROOCK) (WITH ATTACHMENTS RE: 2019 ISSUES) | 0.40 | $198.00 |
| 9/29/2004 007 | MR LASTOWSKI | REVIEW BARON AND BUDD OBJECTION RE: 2019 MOTIONS | 0.30 | $148.50 |
| | | Code Total | 1.90 | $940.50 |

File # K0248-00001                                            INVOICE #  1047176
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/8/2004 | 012 | VL AKIN | BILLING MATTERS REGARDING AUGUST 2004 BILL | 0.40 | $68.00 |
| 9/10/2004 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 12TH INTERIM FEE APPLICATION OF DUANE MORRIS | 0.30 | $51.00 |
| 9/10/2004 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR 13TH INTERIM FEE APPLICATION OF DUANE MORRIS | 0.30 | $51.00 |
| 9/13/2004 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR 13TH FEE APPLICATION OF DUANE MORRIS | 0.20 | $34.00 |
| 9/13/2004 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR 12TH QUARTERLY FEE APP OF DUANE MORRIS | 0.20 | $34.00 |
| 9/14/2004 | 012 | VL AKIN | BILLING MATTERS REGARDING AUGUST 2004 FEES | 0.30 | $51.00 |
| 9/14/2004 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JULY 2004 FEE APPLICATION OF DUANE MORRIS | 0.30 | $51.00 |
| 9/14/2004 | 012 | VL AKIN | BILLING MATTERS REGARDING AUGUST 2004 FEES | 0.30 | $51.00 |
| 9/15/2004 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION (DUANE MORRIS JULY FEE APPLICATION) | 0.10 | $49.50 |
| 9/15/2004 | 012 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION REGARDING JULY 2004 FEE APPLICATION OF DUANE MORRIS. FORWARD SAME TO INTERESTED PARTIES | 0.30 | $51.00 |
| 9/17/2004 | 012 | VL AKIN | UPDATE FEE APPLICATION STATUS CHART | 0.50 | $85.00 |
| 9/20/2004 | 012 | VL AKIN | PREPARE AUGUST 2004 FEE APPLICATION OF DUANE MORRIS | 1.00 | $170.00 |
| 9/21/2004 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS AUGUST FEE APPLICATION | 0.30 | $148.50 |
| 9/21/2004 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION (DUANE MORRIS JULY FEE APPLICATION) | 0.20 | $99.00 |
| 9/21/2004 | 012 | VL AKIN | PREPARE QUARTERLY FEE CHART | 0.80 | $136.00 |
| 9/21/2004 | 012 | VL AKIN | SCAN DUANE MORRIS AUGUST 2004 FEE APPLICATION | 0.20 | $34.00 |
| 9/22/2004 | 012 | VL AKIN | UPDATE QUARTERLY FEE APPLICATION CHART | 0.80 | $136.00 |
| 9/23/2004 | 012 | VL AKIN | FILE AND SERVE AUGUST 2004 FEE APPLICATION OF DUANE MORRIS | 0.80 | $136.00 |
| 9/28/2004 | 012 | VL AKIN | UPDATE QUARTERLY FEE CHART | 0.50 | $85.00 |
| 9/29/2004 | 012 | MR LASTOWSKI | REVIEW ORDER GRANTING 12TH QUARTERLY FEE APPLICATIONS | 0.20 | $99.00 |

October 18, 2004
Page 10

File # K0248-00001                                      INVOICE # 1047176
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 9/29/2004 | 012 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT SEPTEMBER OMNIBUS HEARING | 0.20 | $99.00 |
| | | | Code Total | 8.20 | $1,719.00 |

File # K0248-00001                                      INVOICE # 1047176
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 9/9/2004 | 013 | VL AKIN | FILE FORTIETH FEE APPLICATION OF STROOCK & STROOCK & LAVAN | 0.30 | $51.00 |
| 9/10/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 13TH INTERIM FEE APPLICATION OF FTI | 0.30 | $51.00 |
| 9/13/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR DUANE MORRIS 12TH QUARTERLY Y FEE APPLICATION | 0.10 | $49.50 |
| 9/13/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR DUANE MORRIS 13TH QUARTERLY Y FEE APPLICATION | 0.10 | $49.50 |
| 9/13/2004 | 013 | MR LASTOWSKI | LETTER FROM DEBTOR'S COUNSEL RE: REPORTING TO THE COURT RE: FINANCIAL ADVISORS RECEIVING FLAT FEES | 0.10 | $49.50 |
| 9/13/2004 | 013 | MR LASTOWSKI | E-MAIL TO A. KRIEGER CONCERNING LETTER FROM DEBTOR'S COUNSEL RE: REPORTING TO THE COURT RE: FINANCIAL ADVISORS RECEIVING FLAT FEES | 0.10 | $49.50 |
| 9/13/2004 | 013 | MR LASTOWSKI | EXECUTE CNO FOR FTI POLICANO THIRTEENTH QUARTERLY FEE APPLICATION | 0.10 | $49.50 |
| 9/13/2004 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR 13TH QUARTERLY FEE APPLICATION OF FTI POLICANO | 0.20 | $34.00 |
| 9/15/2004 | 013 | MR LASTOWSKI | REVIEW FUTURE CLAIM REPRESENTATIVE'S BRIEF IN SUPPORT OF HIS APPLICATION TO EMPLOY SWIDLER BERLIN AND CIBC WORKD MARKET'S CORP. | 0.30 | $148.50 |
| 9/17/2004 | 013 | MR LASTOWSKI | REVIEW DEBTOR'S REVISED ORDER RE: DELOITTE & TOUCHE RETENTION | 0.10 | $49.50 |
| 9/20/2004 | 013 | MR LASTOWSKI | REVIEW STATEMENT OF BLACKSTONE GROUP IN SUPPORT OF ITS FEE ARRANGEMENT | 0.20 | $99.00 |
| 9/20/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 6TH FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 9/21/2004 | 013 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS SUPPLEMENTAL RETENTION AFFIDAVIT | 0.10 | $49.50 |
| 9/21/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR 6TH INTERIM FEE APPLICATION OF CAPSTONE. FORWARD SAME TO THE COMPANY AND MS. BELLO. | 0.30 | $51.00 |
| 9/23/2004 | 013 | VL AKIN | FILE AUGUST 2004 FEE APPLICATION OF STROOCK STROOCK & LAVAN | 0.50 | $85.00 |

File # K0248-00001                                          INVOICE # 1047176
       W.R. GRACE & CO.

| 9/30/2004 | 013 | VL AKIN | FILE CERTIFICATION OF NO OBJECTION FOR JULY 2004 FEE APPLICATION OF STROOCK. FORWARD SAME TO THE COMPANY AND MS. BELLO | 0.20 | $34.00 |
|-----------|-----|---------|------|------|--------|
| 9/30/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR JULY 2004 FEE APPLICATION OF STROOCK | 0.20 | $34.00 |
| | | | Code Total | 3.50 | $985.00 |

File # K0248-00001                                              INVOICE # 1047176
   W.R. GRACE & CO.

| 9/21/2004 015 | MR LASTOWSKI | REVIEW NOTICE OF AGENDA RE: SEPTEMBER OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 2.30 | $1,138.50 |
| 9/21/2004 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: MATTERS TO BE HEARD AT SEPTEMBER OMNIBUS HEARING | 0.10 | $49.50 |
| 9/21/2004 015 | MR LASTOWSKI | E-MAIL TO FROM KRIEGER RE: MATTERS TO BE HEARD AT SEPTEMBER OMNIBUS HEARING | 0.10 | $49.50 |
| 9/27/2004 015 | MR LASTOWSKI | E-MAIL TO A. KRIEGER RE: 9/27/04 OMNIBUS HEARING | 0.10 | $49.50 |
| 9/27/2004 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARINGS | 1.80 | $891.00 |
| 9/27/2004 015 | MR LASTOWSKI | ATTEND OMNIBUS HEARING | 0.80 | $396.00 |
| 9/27/2004 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR OMNIBUS HEARING | 0.50 | $247.50 |
| 9/27/2004 015 | MR LASTOWSKI | E-MAILS TO A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $49.50 |
| 9/27/2004 015 | MR LASTOWSKI | E-MAILS FROM A. KRIEGER RE: OMNIBUS HEARING | 0.10 | $49.50 |
| 9/29/2004 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED AT SEPTEMBER OMNIBUS HEARING | 0.30 | $148.50 |
| | | Code Total | 6.20 | $3,069.00 |

File # K0248-00001                                              INVOICE #  1047176
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/13/2004 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S ADR PROCEDURES AND RELATED CERTIFICATION OF COUNSEL | 0.40 | $198.00 |
| 9/13/2004 | 016 | MR LASTOWSKI | REVIEW SCOTT'S COMPANY'S MOTION TO SAY RAND LITIGATION | 0.50 | $247.50 |
| 9/23/2004 | 016 | MR LASTOWSKI | ERVIEW RANDS' RESOPNSE TO SCOTT COMPANY'S MOTION TO STAY RAND LITIGATION | 0.30 | $148.50 |
| 9/24/2004 | 016 | MR LASTOWSKI | REVIEW WEBBER RESPONSE TO SCOTTS COMPANY'S MOTION TO STAY RAND LITIAGTION | 0.30 | $148.50 |
| | | | Code Total | 1.50 | $742.50 |

File # K0248-00001                                          INVOICE #  1047176
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 9/21/2004 | 017 | MR LASTOWSKI | REVIEW ISSUES RE: INDEMNIFICATION OF FUTURE CLAIMS REPRESENTATIVE | 0.90 | $445.50 |
| 9/21/2004 | 017 | MR LASTOWSKI | E-MAIL TO AND FROM A. KRIEGER RE: INDEMNIFICATION OF FUTURE CLAIMS REPRESENTATIVE | 0.90 | $445.50 |
| 9/24/2004 | 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 1.50 | $742.50 |
| | | | Code Total | 3.30 | $1,633.50 |

File # K0248-00001                                          INVOICE # 1047176
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S STIPULATION RE: CHAKARIAN CONTEMPT MOTION | 0.20 | $99.00 |
| 9/13/2004 | 018 | MR LASTOWSKI | REVIEW DEBTOR'S OBJECTION TO DAVID SLAUGHTER'S MOTION TO LIFT THE AUTOMATIC STAY | 0.20 | $99.00 |
| 9/28/2004 | 018 | MR LASTOWSKI | REVIEW SCOTT COMPANY REPLY RE: MOTIN TO SAY RAND LITIGATION | 0.30 | $148.50 |
| | | | Code Total | 0.70 | $346.50 |

File # K0248-00001                                                INVOICE #  1047176
     W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 9/21/2004 | 019 | MR LASTOWSKI | REVIEW DEBTOR'S PROPOSED SETTLEMENT WITH THE IRS RE: COLI POLICIES AND UNDERLYING MOTION FOR AUTHORITY TO ENTER INTO SETTLEMENT AGREEMENT | 0.40 | $198.00 |
| | | | Code Total | 0.40 | $198.00 |

October 18, 2004
Page 18

File # K0248-00001                                    INVOICE # 1047176
      W.R. GRACE & CO.

|  | | |
|---|---|---|
| TOTAL SERVICES | 48.90 | $18,370.50 |

File # K0248-00001                                          INVOICE # 1047176
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 9/10/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.50 |
| 9/10/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 10.00 |
| 9/12/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.70 |
| 9/12/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 16.00 |
| 9/12/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 128.00 |
| 9/13/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 0.70 |
| 9/13/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.00 |
| | | Total: | $161.90 |
| 9/23/2004 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790774924445) | | 10.23 |
| | | Total: | $10.23 |
| 9/30/2004 | OVERTIME RELATED COSTS | | 12.80 |
| | | Total: | $12.80 |
| 9/30/2004 | PRINTING & DUPLICATING | | 13.65 |
| | | Total: | $13.65 |
| | TOTAL DISBURSEMENTS | | $198.58 |