## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| In re: | ) **Chapter 11** |
| | ) **Case No. 01-1139 (JKF)** |
| W.R. GRACE & CO., et al. | ) **(Jointly Administered)** |
| | ) |
| | ) |
| **Debtors.** | ) **Related Docket Nos. 6641** |
| | ) **Hearing Date: October 25, 2004** |

### FUTURE CLAIMANTS' REPRESENTATIVE'S STATEMENT
### IN SUPPORT OF DEBTORS' MOTION TO EXTEND TIME
### WITHIN WHICH THE DEBTORS MUST FILE A CHAPTER 11 PLAN

David T. Austern, the legal representative for future asbestos claimants (the "Future Claimants Representative") appointed by this Court in the above-captioned Chapter 11 cases, by counsel, supports the Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must File a Chapter 11 Plan (the "Plan Extension Motion").

The Plan Extension Motion references negotiations among the Debtors, the Asbestos Personal Injury Committee, and the Asbestos Property Damage Committee regarding a Chapter 11 plan, and correctly states that progress has been made toward a consensual plan. The Future Claimants' Representative has participated in these plan negotiations.

The Debtors seek a one-month extension to try to bring consensus to the plan process. The requested extension will permit plan negotiations to continue unimpeded. If the Debtors were required to file a non-consensual plan at this time, it is possible that the present negotiations would be adversely affected. Finally, the requested one-month extension is not a material delay, particularly given the time-span of these cases.

Accordingly, the Future Claimants' Representative supports the Debtors' request that the Court grant the Plan Extension Motion.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated:  October 20, 2004

_____

John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (facsimile)

Roger Frankel, Esquire*
Richard H. Wyron, Esquire*
Matthew W. Cheney, Esquire*
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
(202) 424-7500
(202) 424-7643 (facsimile)

Counsel for David T. Austern,
Future Claimants Representative

* Pro hac vice application pending

## CERTIFICATE OF SERVICE

I, Celeste A. Hartman, Senior Paralegal, hereby certify that on this 20th day of October, 2004, I caused the foregoing *Future Claimants' Representative's Statement in Support of Debtors' Motion to Extend Time Within Which the Debtors Must File a Chapter 11 Plan* to be served on the following persons via facsimile and first class mail, postage prepaid:

Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Fax: 312-861-2200
*Counsel for the Debtors*

Bennett L. Spiegel, Esquire
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
Fax: 213-680-8400
*Counsel for the Debtors*

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
Fax: 302-652-4400
*Counsel for the Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Levan
180 Maiden Lane
New York, NY 10038-4982
Fax: 212-806-6006
*Counsel for the Official Committee of Unsecured Creditors*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Fax: 302-657-4901
*Counsel to the Official Committee of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Fax: 305-374-7593
*Counsel to the Official Committee of Property Damage Claimants*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Fax: 302-575-1714
*Counsel to the Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Fax: 212-644-6755
*Counsel to the Official Committee of Personal Injury Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947
*Counsel to the Official Committee of Personal Injury Claimants*

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York NY 10022
Fax: 212-715-8000
*Counsel to the Official Committee of Equity Holders*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
Fax: 302-552-4220
*Counsel to the Official Committee of Equity Holders*

Office of the United States Trustee
Attn: Frank J. Perch
844 N. King Street
Wilmington, DE 19801
Fax: 302-573-6497

     Under penalty of perjury, I certify the foregoing to be true and accurate.


CELESTE A. HARTMAN