## EXHIBIT A

### W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales July 1, 2004 through September 30, 2004

#### Part I – Sales in excess of $25,000, but less than $250,000.

| W. R. Grace & Co.-Conn., Seller | JSP Properties, LLC, Purchaser | W. R. Grace & Co.-Conn. sold approximately 5.2 acres of a former Grace vermiculite plant (polystyrene) on Cherry Street in New Castle, Pennsylvania to JSP Properties, LLC on August 19, 2004. Purchase Price: $240,000. Net to Grace after closing costs: $213,261.18 |
|---|---|---|

#### Part II – Sales equal to or less than $25,000.

NONE