**EXHIBIT A**

**W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139**

**Report on Settlements of Certain Claims and Causes of Action July 1, 2004 through September 30, 2004**

| | | |
|---|---|---|
| W. R. Grace & Co.-Conn. | Akzo Nobel, Inc.<br>525 West Van Buren Street<br>Chicago, IL 60607 | On July 28, 2004, the alleged claims by Akzo of patent infringement by Grace under certain of Akzo's patents was settled in the amount of $1,800,000. A motion for Bankruptcy Court approval of the settlement was approved by the Bankruptcy Court. |
| Grace Vydac<br>The Separations Group | James T. Dorsey, Jr.<br>17458 Orange Street<br>Hesperia, CA 92345 | On August 27, 2004, the wrongful discharge claim filed by a former Grace Vydac employee was settled in the amount of $25,000. *James Dorsey v. Grace Vydac*, California Superior Court, San Bernardino – Case No. 034589 |
| W. R. Grace & Co.-Conn. and Baker & Taylor<br><br>Grace represented by<br>Perkins Coie<br>1620 26th Street, Sixth Floor<br>South Tower<br>Santa Monica, CA 90404 | USA ex rel Robert Costa and Ronald Thornburg & State of California<br><br>Relators represented by<br>Eric Havian, Esquire<br>Phillips & Cohen LLP<br>131 Stuart Street, Suite 501<br>San Francisco, CA 94105 | In August 2004, the lawsuit was settled pre-filing with USA and California. The remaining claims by relators settled on Joint Stipulation of Dismissal of W. R. Grace & Co.-Conn. with prejudice. Claimants' relators will be able to pursue any appeal of their dismissal from the underlying claim solely against remaining co-defendant Baker & Taylor. Under the terms of the settlement, Grace agreed to sign a final dismissal with prejudice in the case. Relators, in turn, have withdrawn their filed Proof of Claim in the bankruptcy proceedings. |