**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 20th day of October, 2004, a copy of the foregoing ***Objection of Elliott International, L.p. to Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors must File a Chapter 11 Plan*** was served on the following parties by Federal Express to out of state counsel and hand delivery to local and via facsimile to all parties:

| | |
|---|---|
| Janet S. Baer, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Facsimile: 312-861-2200 | Scott L. Baena, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL  33131<br>Facsimile:  305-374-7593 |
| Bennett L. Spiegel, Esquire<br>Kirkland & Ellis<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Facsimile: 213-680-8400 | Michael B. Joseph, Esquire<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE  19899<br>Facsimile: 302-575-1714 |
| Laura Davis Jones, Esquire<br>Pachulski, Stang, Ziehl, Young Jones & Weintraub<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Facsimile: 302-652-4400 | Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY  10022<br>Facsimile:  212-644-2755 |
| Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>Facsimile: 212-806-6006 | Marla Eskin, Esquire<br>Mark Hurford, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street<br>#301<br>Wilmington, DE  19801-3549<br>Facsimile: 302-426-9947 |
| Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801-1246<br>Facsimile: 302-657-4901 | Thomas M. Mayer, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022<br>Facsimile: 212-715-8000 |
| | Teresa K.D. Currier, Esquire |

MCM9851.WPD

| | |
|---|---|
| Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397<br>Facsimile: 302-552-4220 | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Facsimile: 302-655-4210 |
| Richard H. Wyron, Esquire<br>Swidler Berlin Shereff Friedman, LLP<br>3000 K Street, NW, Suite 300<br>Washington, DC 20007<br>Facsimile: 202-424-7643 | Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Facsimile: 302-573-6497 |

/s/ Etta R. Wolfe
Etta R. Wolfe (ID No. 4164)

MCM9851.WPD