IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al. <br><br> Debtors. | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) |

## ~~MOTION AND~~ ORDER FOR ADMISSION PRO HAC VICE

John, C. Phillips, Jr. of the law firm Phillips Goldman & Spence P.A. (the "Movant"), a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Roger Frankel, Richard H. Wyron, Jonathan P. Guy, and Matthew W. Cheney, of the law firm Swidler Berlin Shereff Friedman, LLP at the address listed below (collectively, the "Admittees"), to represent and act as bankruptcy counsel for David T. Austern as the Court-appointed Future Claimants' Representative in the above-captioned jointly administered proceedings. The Admittees are admitted, practicing, and in good standing in the following jurisdictions:

| Roger Frankel | The state of Maryland and the District of Columbia |
| Richard H. Wyron | The state of Maryland and the District of Columbia |
| Jonathan P. Guy | The state of New York and the District of Columbia |
| Matthew W. Cheney | The state of Maryland and the District of Columbia |

Dkt. No. 5884

Date Filed: 6-28-04

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ JCP
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (facsimile)

Each Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these jointly administered proceedings, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Roger Frankel
MD Bar No. 10366; DC Bar No. 45799
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

_____
Richard H. Wyron
MD Bar No. 10225; DC Bar No. 333591
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

_____
Jonathan P. Guy
NY Registration No. 2634863; DC Bar No. 449031
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

_____
Matthew W. Cheney
MD Bar No. 25299; DC Bar No. 464013
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

3

MOTION GRANTED.

BY THE COURT:

Dated: October 20, 2004

*Judith K. Fitzgerald*

Judith K. Fitzgerald
United States Bankruptcy Judge