IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## *AMENDED* NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2004 AT 12:00 P.M.

CONTINUED MATTERS

1.    Complaint for Declaratory and Other Relief [Filed: 9/2/04] (Docket No. 1)
      *The Scotts Company v. American Employers et al. and W. R. Grace & Co., et al.*
      *[Adv. Pro. No. 04-55083].*

      Response Deadline: November 3, 2004.

      Responses Received: None as of the date of this agenda.

      Status:  An amended summons and notice of pretrial conference has been filed.
      Therefore, this matter will be continued to November 15, 2004 at 12:00 p.m.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

UNCONTESTED MATTERS

2.   Motion of the Debtors for an Order Extending Time to Assume, Assume and Assign, or
     Reject Unexpired Leases of Nonresidential Real Property [Filed: 9/20/04]
     (Docket No. 6428).

     Related Documents:

     (a)   [Signed] Order Extending Time to Assume, Assume and Assign, or Reject
           Unexpired Leases of Nonresidential Real Property [Filed: 10/13/04]
           (Docket No. 6605).

     Response Deadline: October 8, 2004 at 4:00 p.m.

     Responses Received: None.

     Status:  An order has been entered.  No hearing is necessary on this matter.

3.   Debtors' Motion for the Entry of an Order for Authorization to (i) Enter into a Settlement
     Agreement with the Internal Revenue Service with Respect to Interest Deductions for
     Certain Coli Policies, (ii) Pay Amounts Due Pursuant to the Settlement Agreement, and
     (iii) Terminate the Coli Policies [Filed: 9/20/04] (Docket No. 6429).

     Related Documents:

     (a)   [Signed] Order Authorizing the Debtors to Enter Into a Settlement Agreement
           with the Internal Revenue Service in Connection with Interest Deductions
           Claimed with Respect to Corporate Owned Life Insurance [Filed: 10/13/04]
           (Docket No. 6606).

     Response Deadline: October 8, 2004 at 4:00 p.m.

     Responses Received: None.

     Status:  An order has been entered.  No hearing is necessary on this matter.

4.   Motion for the Entry of an Order Authorizing the Debtors to Acquire Flexia
     Corporation's Synthetic, Roof-Underlayment Business [Filed: 9/20/04]
     (Docket No. 6430).

     Related Documents:

     (a)   [Signed] Order Pursuant to Sections 105(a) and 363 of the Bankruptcy Code
           Authorizing the Debtors to Acquire Certain Assets from Flexia Corporation
           [Filed: 10/13/04] (Docket No. 6607).

     Response Deadline: October 8, 2004 at 4:00 p.m.

Responses Received: None.

Status:  An order has been entered.  No hearing is necessary on this matter.


5.    Debtors' Motion for an Order Approving a Settlement Agreement with Honeywell
      International, Inc. [Filed: 9/20/04] (Docket No. 6431).

      Related Documents:

      (a)    Certificate of No Objection Regarding Docket No. 6431 [Filed 10/11/04]
             (Docket No. 6579)

      (b)    Certification of Counsel Regarding Docket No. 6431 [Filed: 10/12/04]
             (Docket No. 6599)

      (c)    [Signed] Order Approving a Settlement Agreement with Honeywell International,
             Inc. [Filed: 10/13/04] (Docket No. 6608).

      Response Deadline: October 8, 2004 at 4:00 p.m.

      Responses Received: None.

      Status:  At the hearing, the Debtors will seek to have the order approving the settlement
      (listed as item "c" above) vacated, and to have an amended order entered.  The amended
      order to be submitted at the hearing will be substantially similar to the proposed order
      attached to the Certification of Counsel.


CONTESTED MATTERS

6.    Debtors' Motion for an Order Approving the Privileged and Confidential Settlement
      Agreement and Release with the KWELMBS Companies [Filed: 8/23/04]
      (Docket No. 6244).

      Related Documents:

      (a)    [Signed] Order Approving the Privileged and Confidential Settlement Agreement
             and Release with the KWELMBS Companies [Filed: 9/27/04] (Docket No. 6477).

      Response Deadline: September 10, 2004 at 4:00 p.m. (extended until September 14, 2004
      for the Official Committee of Unsecured Creditors).

Responses Received:

(a)     Limited Objection of the Future Claimants' Representative to Motion of W. R.
        Grace & Co. to Approve Settlement Agreement and Release with the KWELMBS
        Companies [Filed: 9/10/04] (Docket No. 6368)

(b)     Limited Objection of the Official Committee of Asbestos Personal Injury
        Claimants to the Debtors' Motion for an Order Approving the Privileged and
        Confidential Settlement Agreement and Release with the KWELMBS Companies
        [Filed: 9/10/04] (Docket No. 6369)

(c)     Limited Objection of the Official Committee of Asbestos Property Damage
        Claimants to the Debtors' Motion to Approve Privileged and Confidential
        Settlement Agreement and Release with the KWELMBS Companies
        [Filed: 9/14/04] (Docket No. 6395).

Status: The underlying settlement has been approved by the Court. This matter will go
forward only as it relates to the use of proceeds of the settlement. The parties have
agreed to continue this open issue to the November 15, 2004 omnibus hearing at 12:00
p.m.

7.      Motion of David Slaughter to Lift Automatic Stay [Filed: 8/30/04] (Docket No. 6301).

        **Related Documents:**

        (a)     **Supplemental Motion of David Slaughter to Lift Stay and Proceed to
                Liquidate His Personal Injury Claim in the Parish 14th Judicial District
                Court of the Calcasieu Parish of the State of Louisiana [Filed: 10/15/04]
                (Docket No. 6654).**

        Response Deadline: September 20, 2004.

        Responses Received:

        (a)     Debtors' Objection to David Slaughter's Motion to Lift the Automatic Stay
                [Filed: 9/20/04] (Docket No. 6371).

        Status: This matter will go forward.

CLAIMS OBJECTIONS

8.      Debtors' Third Omnibus Objection to Claims (Non-Substantive) [Filed: 4/14/04]
        (Docket No. 5450).

        Response Deadline: May 14, 2004 at 4:00 p.m.

        Responses Received: There are no unresolved responses going forward.

DOCS_DE:100608.4

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to November 15, 2004 at 12:00 p.m.

9.    Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5525).

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received: There are no unresolved responses going forward.

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to November 15, 2004 at 12:00 p.m.

10.    Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5527).

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received: There are no unresolved responses going forward.

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to November 15, 2004 at 12:00 p.m.

11.    Debtors' Sixth Omnibus Objection to Claims (Substantive) [Filed: 7/26/04] (Docket No. 6027).

Response Deadline: August 25, 2004 at 4:00 p.m.

Responses Received: There are no unresolved responses going forward.

Status:  This matter will go forward with respect to any claims where the relief sought is unopposed.  However, where a claimant has filed a response, such matter will be continued to November 15, 2004 at 12:00 p.m.

12.    Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271).

Response Deadline: October 8, 2004 at 4:00 p.m.  Extended to October 25, 2004.

Responses Received: None as of the date of this agenda.

Status:  The parties have agreed to continue this matter to the November 15, 2004 omnibus hearing at 12:00 p.m.


ADDITIONAL MATTERS

13.    Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must File a Chapter 11 Plan [Filed: 10/14/04] (Docket No. 6641).

       Related Documents:

       (a)    Debtors' Motion for Leave from this Court's November 25, 2003 Scheduling Order and to Shorten Notice Period of Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must File a Chapter 11 Plan [Filed: 10/14/04] (Docket No. 6642)

       (b)    [Signed] Order Granting Debtors' Motion for Leave from this Court's November 25, 2003 Scheduling Order and to Shorten Notice Period of Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must File a Chapter 11 Plan [Filed: 10/15/04] (Docket No. 6644)

       (c)    **Future Claimants' Representative's Statement in Support of Debtors' Motion to Extend Time Within Which the Debtors Must File a Chapter 11 Plan [Filed: 10/20/04] (Docket No. 6678).**

       Response Deadline: October 20, 2004 at 4:00 p.m.

       Responses Received:

       (a)    **Objection of Elliott International, L.P. to Debtors' Motion for Entry of an Order Extending the Time Within Which the Debtors Must File a Chapter 11 Plan [Filed: 10/20/04] (Docket No. 6684).**

       Status:  This matter will go forward.


14.    Motion of The Scotts Company for Temporary Stay of the Claims Asserted Against Scotts in the Gandy Action Set for Trial November 1, 2004 [Filed: 10/14/04] (Adv. Pro. No. 01-771; Docket No. 303).

       Related Documents:

       (a)    Motion of The Scotts Company to Shorten Notice and For Expedited Hearing [Filed: 10/14/04] (Adv. Pro. No. 01-771; Docket No. 302)

       (b)    **[Signed] Order Denying Motion of The Scotts Company to Shorten Notice and For Expedited Hearing [Filed: 10/18/04] (Adv. Pro. No. 01-771; Docket No. 306).**

DOCS_DE:100608.4

(c)     **Debtors' Response in Support of The Scotts Company's Motion for a Temporary Stay of the Gandy Action [Filed: 10/21/04] (Adv. Pro. No. 01-771; Docket No. 308).**

Response Deadline: To be determined.

Responses Received: None as of the date of this agenda.

Status:  **The Motion to Shorten Notice has been denied. Accordingly, this matter will not go forward at this hearing.**

15.     **Debtors' Emergency Motion for Entry of an Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures ("Stock Trading Restriction Motion") [Filed: 10/20/04] (Docket No. 6681).**

**Related Documents:**

(a)     **Debtors' Motion for Leave from this Court's November 25, 2003 Scheduling Order to Have the Debtors' Emergency Motion for an Interim Order Limiting Certain Transfers of Equity Interests Heard During the Debtors' October 25, 2004 Omnibus Hearing ("Motion for Leave") [Filed: 10/20/04] (Docket No. 6682)**

(b)     **[Signed] Order Granting Debtors' Motion for Leave from this Court's November 25, 2003 Scheduling Order to Have the Debtors' Emergency Motion for an Interim Order Limiting Certain Transfers of Equity Interests Heard During the Debtors' October 25, 2004 Omnibus Hearing ("Motion for Leave") [Filed: 10/21/04] (Docket No. 6686)**

(c)     **[Proposed] Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 10/20/04] (Docket No. 6681).**

**Response Deadline: None.**

**Responses Received: None as of the date of this agenda.**

7

**Status:** **This matter will go forward.**

Dated: October 21, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

8