IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br>Objection Deadline: October 19, 2004 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 6495
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Second Monthly Fee Application (the "Application") of David T. Austern, Future Claimants' Representative (the "FCR") for the period from June 1, 2004 through June 30, 2004 (the "Period"), filed with the Court on September 29, 2004, and entered on the Court's docket as Docket No. 6495. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than October 19, 2004.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals, entered May 3, 2001 ("the Amended Administrative Order") dated March 17, 2003, the Debtors are authorized to pay SBSF $88,393.20 (80% of $110,491.50) and $15,846.02 in expenses for a total of $104,239.22, requested in the Application for the Period, upon the filing of this Certification.

                                        SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____
     Roger Frankel, *admitted pro hac vice*
     Richard H. Wyron, *admitted pro hac vice*
     3000 K Street, NW, Suite 300
     Washington, DC  20007
     (202) 424-7500
     Counsel to David T. Austern,
     As Future Claimants' Representative

Dated: October 22, 2004

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on October 22, 2004, I caused a copy of the *Certification of No Objection Regarding Docket No. 6495* to be served upon those persons listed in the attached Service List, by first class mail, postage prepaid.

*Debra O. Fullem*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

**W. R. Grace Service List**
Case No. 01-1139 (JKF)

David B. Siegel, Senior Vice President and
General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors in Possession)*

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*(Local Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #301
Wilmington, DE 19801-3549
*(Local Counsel to Asbestos Claimants)*

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Counsel to Property Damage Claimants)*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, TX 75201

Teresa K.D. Currier, Esquire
Jeffrey R. Waxman, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Official Committee of Personal Injury Claimants)*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*(Official Committee of Unsecured Creditors)*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
*(Official Committee of Property Damage Claimants)*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
*(Counsel to Official Committee of Unsecured Creditors)*

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
*(Counsel to Official Committee of Equity Holders)*

Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
*(Counsel to Asbestos Claimants)*