# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

October 15, 2004  
Invoice 648113  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 09/30/04 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 09/03/04 | Organize file materials for Attorney Melchers and paralegal Jennings.<br>K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 09/07/04 | Review minutes of Steering Committee meeting from Mr. English and memo from Mr. English regarding Steering Committee/Technical Committee conference call.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/16/04 | Prepare for and participate in Beaco Road Steering Committee conference call (0.6); follow-up regarding dispute of claim (0.4).<br>J.M. MELCHERS | 1.00 hrs. | 250.00/hr | $250.00 |
| 09/29/04 | Respond to client inquiry from Ms. Duff.<br>R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |

**Fees for Legal Services** .................................................................................................. **$364.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.20 | 250.00 | 300.00 |
| R.T. CARLISLE | 0.10 | 250.00 | 25.00 |
| K. LUCAS | 0.60 | 65.00 | 39.00 |
| TOTAL | 1.90 | $191.58 | $364.00 |

**Net current billing for this invoice** ................................................................................... **$364.00**

**GRAND TOTAL** ............................................................................................................... **$364.00**

W. R. Grace & Co.

October 15, 2004
Invoice 648113  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $364.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$364.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

October 15, 2004  
Invoice 648114 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 09/30/04 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| | | | | |
|---|---|---|---|---|
| 09/03/04 | Organize file materials for Attorney Carlisle's review. | | | |
| | K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 09/09/04 | Confer with Mr. Fishel regarding Title V Annual Compliance Certification (0.9); review draft (1.4); follow-up discussion with Mr. Fishel (0.3); compare draft to requirements (2.1). | | | |
| | R.T. CARLISLE | 4.70 hrs. | 250.00/hr | $1,175.00 |
| 09/13/04 | Comments on draft certification and conferences with Mr. Fishel regarding same. | | | |
| | R.T. CARLISLE | 3.70 hrs. | 250.00/hr | $925.00 |
| 09/14/04 | Confer with DHEC representative regarding certification issues (0.7); confer with Mr. Fishel regarding same (0.3) identify additional comments on draft and confer with Mr. Fishel regarding same and regarding additional comments on draft (0.7) | | | |
| | R.T. CARLISLE | 1.70 hrs. | 250.00/hr | $425.00 |

**Fees for Legal Services** .................................................................................................. **$2,564.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 10.10 | 250.00 | 2,525.00 |
| K. LUCAS | 0.60 | 65.00 | 39.00 |
| TOTAL | 10.70 | $239.63 | $2,564.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/13/2004 | Telephone 1-803-648-9575 | 1.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$1.10** |

### DISBURSEMENT SUMMARY

**Description** **Dollars**

W. R. Grace & Co.

October 15, 2004
Invoice 648114  Page 2

| Description | Dollars |
|---|---:|
| Telephone | 1.10 |
| TOTAL | $1.10 |

**Net current billing for this invoice** ................................................................. **$2,565.10**

**GRAND TOTAL**........................................................................................... **$2,565.10**

W. R. Grace & Co.

October 15, 2004
Invoice 648114   Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $2,564.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.10 |
| **Net current billing for this invoice** | **$2,565.10** |

**Terms of Payment: Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

October 15, 2004
Invoice 648115  Page 1

Our Matter #        02399/06031                          For Services Through 09/30/04
Cost Center #       800148
WR Grace #          001-KL-721490-01-501560
Name of Matter:     Li Tungsten

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/03/04 | Organize file materials for Attorneys Melchers and Carlisle.<br>K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 09/20/04 | Follow-up telephone call to EPA (0.1); review memo from Ms. Duff and prepare response regarding budget analysis and begin same (0.3).<br>J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 09/21/04 | Review and respond to memo from Ms. Duff regarding budget (0.1); begin work on same (0.5).<br>J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 09/22/04 | Confer with Attorney Carlisle regarding issues for liability memo (0.2); prepare for and telephone conference with EPA regarding negotiations (0.6); review and edit memo to Ms. Duff regarding same (0.5); review documents and prepare proposed budget as requested by Ms. Duff (1.2); review comments from Attorney Carlisle and further revise memo (1.1).<br>J.M. MELCHERS | 3.60 hrs. | 250.00/hr | $900.00 |
| 09/22/04 | Confer with Attorney Melchers regarding claims issues (0.2); review documents relating to same (0.2).<br>R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 09/23/04 | Review and respond to memo from Attorney Carlisle regarding budget analysis changes.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/23/04 | Begin review of documents related to claims issues.<br>R.T. CARLISLE | 0.50 hrs. | 250.00/hr | $125.00 |
| 09/24/04 | Telephone conference with Ms. Duff regarding strategy for upcoming conference call and negotiation issues (0.2); evaluate documents for statement and confer with Attorney Carlisle regarding same (0.5); review and revise statement regarding liability and discuss changes with Attorney Carlisle (0.9).<br>J.M. MELCHERS | 1.60 hrs. | 250.00/hr | $400.00 |
| 09/24/04 | Review documents relating to claims issues (3.6); confer with Attorney Melchers regarding same, and prepare related documents (1.3).<br>R.T. CARLISLE | 4.90 hrs. | 250.00/hr | $1,225.00 |

W. R. Grace & Co.

October 15, 2004
Invoice 648115  Page 2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/27/04 | Prepare for and telephone conference with EPA and prepare memo regarding same (0.7); review memo from Ms. Duff and respond (0.1); analysis of claims issues and confer with Attorney Carlisle regarding analysis for same and additional strategies (0.9).<br>J.M. MELCHERS | 1.70 hrs. | 250.00/hr | $425.00 |
| 09/27/04 | Review documents relating to claims issues.<br>R.T. CARLISLE | 6.50 hrs. | 250.00/hr | $1,625.00 |
| 09/27/04 | Update file with materials per instructions of Paralegal Jennings.<br>K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 09/28/04 | Work on document review relating to claims issues.<br>R.T. CARLISLE | 2.10 hrs. | 250.00/hr | $525.00 |
| 09/29/04 | Review documents relating to claims issues.<br>R.T. CARLISLE | 0.70 hrs. | 250.00/hr | $175.00 |

**Fees for Legal Services** .................................................................................................. **$5,853.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 8.00 | 250.00 | 2,000.00 |
| R.T. CARLISLE | 15.10 | 250.00 | 3,775.00 |
| K. LUCAS | 1.20 | 65.00 | 78.00 |
| TOTAL | 24.30 | $240.86 | $5,853.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/22/2004 | Telephone 1-212-637-3165 | 0.30 |
|---|---|---|
| 09/24/2004 | Telephone 1-443-803-5751 | 0.35 |
| 09/27/2004 | Telephone 1-212-637-3165 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$0.75**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.75 |
| TOTAL | $0.75 |

**Net current billing for this invoice** ............................................................................. **$5,853.75**

**GRAND TOTAL**.............................................................................................................. **$5,853.75**

W. R. Grace & Co.

October 15, 2004
Invoice 648115  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $5,853.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.75 |
| **Net current billing for this invoice** | **$5,853.75** |

**Terms of Payment:  Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

October 15, 2004  
Invoice 648116  Page 1

Our Matter #         02399/06032                         For Services Through 09/30/04
WR Grace #           063-KL-721490-01-0501221
Name of Matter:      Charleston

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/15/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07128280; DATE: 9/15/2004 | 233.25 |
| 09/15/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07128280; DATE: 9/15/2004 | 38.25 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$271.50**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 271.50 |
| TOTAL | $271.50 |

**Net current billing for this invoice** ............................................................................. **$271.50**

**GRAND TOTAL** .............................................................................................................. **$271.50**

W. R. Grace & Co.

October 15, 2004
Invoice 648116  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06032
Charleston

| | |
|---|---:|
| Fees for Professional Services | $0.00 |
| Charges for Other Services Provided/Expenses Incurred | $271.50 |
| **Net current billing for this invoice** | **$271.50** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

October 15, 2004  
Invoice 648117  Page 1

Our Matter #            02399/06091                          For Services Through 09/30/04
Name of Matter:         Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 09/03/04 | Organize file materials, create folders, etc., for Attorney Melchers review. | | | |
| | K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 09/07/04 | Review memo from Mr. Bossay regarding review of auditor's spreadsheet and followup regarding review of same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/08/04 | Review memo from Attorney Burn regarding review of and response to Mr. Bossay's memo and attachments regarding auditor's spreadsheet. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/08/04 | Review spreadsheet received from auditor on the 12th Quarterly Fee Application numbers and compare to our cumulative spreadsheet and records (0.2); follow up with auditor on same (0.1). | | | |
| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 09/15/04 | Review memo from Attorney Burn regarding CONOs for May 2004 and June 2004 Fee Applications and July 2004 filing. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/15/04 | Follow up on status of July 2004 Interim Fee Application (0.1); follow up on status of corrected CONO for May 2004 Interim Fee Application (0.1); update tracking chart for all objection deadlines and other details (0.1); review auditor's report (0.1). | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 09/20/04 | Review memo from Attorney Burn regarding review of draft August Fee Application. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/20/04 | Follow up with Attorneys Hawkins and Plowman regarding any new real estate bills and procedure for fee applications on same. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 09/21/04 | Review August bills and draft August 2004 Interim Fee Application. | | | |
| | A.R. PRICE | 3.50 hrs. | 100.00/hr | $350.00 |
| 09/21/04 | Review and revise draft August 2004 Interim Fee Application. | | | |
| | J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |

| Date | Description | | |
|---|---|---|---|
| 09/21/04 | Review and edit August 2004 Interim Fee Application.<br>B.J. BURN                     0.30 hrs.    190.00/hr | | $57.00 |
| 09/22/04 | Review and edit August 2004 Fee Application documents for filing.<br>J.M. MELCHERS                0.40 hrs.    250.00/hr | | $100.00 |
| 09/27/04 | Update file with materials per instructions of Paralegal Jennings.<br>K. LUCAS                     0.20 hrs.    65.00/hr | | $13.00 |

**Fees for Legal Services** .................................................................................. **$960.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.40 | 250.00 | 350.00 |
| B.J. BURN | 1.20 | 190.00 | 228.00 |
| A.R. PRICE | 3.50 | 100.00 | 350.00 |
| K. LUCAS | 0.50 | 65.00 | 32.50 |
| TOTAL | 6.60 | 145.53 | 960.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/22/2004 | Federal Express charge | 9.86 |
|---|---|---|
| 09/22/2004 | Photocopies 22 Page(s) | 1.10 |
| 09/22/2004 | Photocopies 3 Page(s) | 0.15 |
| **Total Charges for Other Services Provided/Expenses Incurred** .................................... | | **$11.11** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.25 |
| Fed Ex | 9.86 |
| TOTAL | $11.11 |

**Net current billing for this invoice** ................................................................................ **$971.61**

**GRAND TOTAL**.............................................................................................................. **$971.61**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $960.50 |
| Charges for Other Services Provided/Expenses Incurred | $11.11 |
| **Net current billing for this invoice** | **$971.61** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC