IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
## FOR THE PERIOD August 1, 2004 THROUGH AUGUST 31, 2004

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/02/04 | GHL | Further work on rebuttal brief in support of claim construction position; | 3.50 |
| 08/02/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans | 4.00 |
| 08/02/04 | DRB | Revisions to rebuttal claim construction brief | 4.50 |
| 08/02/04 | DRB | Telephone conference advising third party refineries regarding subpoena | 0.50 |
| 08/02/04 | KMW | Finalization of rebuttal brief on claim construction. | 3.40 |
| 08/02/04 | KMW | Review of documents in support of refinery subpoenas, counseling client regarding the same. | 1.30 |
| 08/02/04 | DRB | Preparation of technical tutorial | 0.50 |
| 08/02/04 | SW | Review Grace documents and create Spreadsheet Index | 6.70 |
| 08/03/04 | GHL | Finalization of rebuttal brief in support of claim construction; | 1.50 |
| 08/03/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; scanned in various pleadings to send to team and our client | 4.0 |
| 08/03/04 | SW | Review Grace documents and create Spreadsheet Index | 7.00 |
| 08/03/04 | KMW | Review and cite checking of rebuttal brief. | 1.10 |
| 08/03/04 | KMW | Analysis of 9th set of document requests from Intercat and preparation of response thereto. | 1.00 |
| 08/03/04 | CEZ | Prepared materials for meeting with animation representatives for technical tutorial. | 1.20 |
| 08/03/04 | KMW | Analysis of documents in support of document production. | 2.00 |
| 08/04/04 | KMW | Analysis of Intercat's rebuttal brief on claim construction. | 0.50 |
| 08/04/04 | GHL | Preliminary discussions with damages consultants on technology and related background issues of this matter; | 0.50 |
| 08/04/04 | SW | Review Grace documents and create Spreadsheet Index | 4.00 |
| 08/04/04 | GHL | Preliminary review of Intercat's reply brief on claim construction issues; | 0.50 |
| 08/04/04 | KMW | Fact gathering regarding subpoenaed refineries. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/04/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; prepared Markman binder for Dave Bailey | 6.50 |
| 08/04/04 | CEZ | Met with animation representatives to discuss tutorial | 0.80 |
| 08/04/04 | KMW | Preparation of responses to 9th set of document requests from Intercat. | 0.40 |
| 08/04/04 | KMW | Analysis of documents in support of Grace's 30(b)(6) deposition of Intercat's representative. | 0.40 |
| 08/04/04 | CEZ | Reviewed modeling documents produced by Intercat. | 2.50 |
| 08/04/04 | KMW | Review of documents in support of document production. | 0.10 |
| 08/05/04 | CEZ | Prepared graphical materials for tutorial to court. | 2.10 |
| 08/05/04 | CEZ | Reviewed Intercat's responses to financial document requests; drafted letter to Interact counsel regarding same. | 3.20 |
| 08/05/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; prepared Markman binder for Dave Bailey | 8.0 |
| 08/05/04 | CEZ | Reviewed modeling documents produced by Intercat. | 2.50 |
| 08/05/04 | SW | Review Grace documents and create Spreadsheet Index | 7.00 |
| 08/06/04 | GHL | Correspondence to Mr. Maggio relating to upcoming discovery and pre-trial tasks/activities; | 0.40 |
| 08/06/04 | SW | Review Grace documents and create Spreadsheet Index | 6.80 |
| 08/06/04 | KMW | Analysis of 10/1/03 scheduling order and creation of case schedule. | 1.20 |
| 08/06/04 | DRB | Preparation of technical tutorial | 1.40 |
| 08/06/04 | GHL | Work on tutorial on background technology to be submitted to court ; | 0.50 |
| 08/06/04 | DRB | Analysis of Intercat's reply brief | 0.50 |
| 08/06/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans | 4.0 |
| 08/06/04 | CEZ | Prepared graphical materials for tutorial to court. | 2.20 |
| 08/07/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans | 2.00 |
| 08/08/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans | 2.00 |
| 08/09/04 | SW | Review Grace documents and create Spreadsheet Index | 7.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/09/04 | CEZ | Reviewed production materials relating to Intercat's additives and additive systems. | 3.40 |
| 08/09/04 | GHL | Telephone conference with Mr. Maggio and Grace technical representative regarding infringement related issues; | 0.40 |
| 08/09/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans | 3.50 |
| 08/10/04 | FTC | Investigated potential sources for expert witnesses. | 6.80 |
| 08/10/04 | FTC | Reviewed transcript from the deposition of David Podratz. | 0.70 |
| 08/10/04 | SW | Review Grace documents and create Spreadsheet Index | 6.00 |
| 08/10/04 | DRB | Analysis of Intercat's rebuttal claim construction brief | 1.00 |
| 08/10/04 | CEZ | Detailed reviewed Intercat's supplemental response to interrogatory no. 8; parties' claim construction papers. | 5.90 |
| 08/10/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; document review for production; scanned in various documents to send to team and to our client | 3.50 |
| 08/10/04 | KMW | Attend to discovery-related issues: documents requests analysis; telephonic conference with Intercat regarding documents; fact-finding from client; analysis of documents produced. | 1.10 |
| 08/11/04 | GHL | Prepare for and read case strategy meeting with members of trial team: review outstanding discovery tasks and scheduling; status of court-requested technical tutorial; scheduling and preparation for Markman hearing; general case strategy. | 1.50 |
| 08/11/04 | FTC | Meeting with G. Levin, D. Bailey, and others to discuss case status and schedule, and preparation therefor. | 1.30 |
| 08/11/04 | DRB | Team meeting regarding discovery strategy | 1.30 |
| 08/11/04 | DRB | Analysis of new loader and discovery issues for supplementing discovery; telephone conference with Intercat regarding same | 1.20 |
| 08/11/04 | DRB | Preparation for 30(b)(6) deposition of Intercat regarding use of claimed method | 1.20 |
| 08/11/04 | SW | Review Grace documents and create Spreadsheet Index; | 2.90 |
| 08/11/04 | LL | Attended team meeting | 1.30 |
| 08/11/04 | CEZ | Team meeting; prepared materials for same. | 1.30 |
| 08/11/04 | DRB | Coordinating call with Court regarding Markman hearing | 0.40 |

| 08/11/04 | CEZ | Reviewed production materials relating to Intercat's additives and additive systems. | 4.00 |
| 08/12/04 | GHL | Organization and review of documents to discuss with damages experts; | 0.80 |
| 08/12/04 | GHL | Review of description of Clemtex loaders supplied by Grace to refinery customers; | 0.40 |
| 08/12/04 | GHL | Work on responses to Intercat's outstanding document requests; | 0.20 |
| 08/12/04 | GHL | Review of Intercat's motion to submit late claim to bankruptcy court related to subject matter of this action; | 0.20 |
| 08/12/04 | LL | Attended to and assisted in the preparation of witness files for depositions. | 5.00 |
| 08/12/04 | KMW | Review of documents in preparation for meeting with financial experts. | 1.50 |
| 08/12/04 | CEZ | Reviewed production materials relating to Intercat's additives and additive systems. | 7.60 |
| 08/13/04 | LL | Attended to and assisted in the preparation of files of various documents and binders for damages expert; set up production files; reviewed documents for production | 4.00 |
| 08/13/04 | CEZ | Reviewed production materials relating to Intercat's additives and additive systems. | 6.50 |
| 08/13/04 | GHL | Further organization and review of documents to be discussed with damages consultants; | 0.80 |
| 08/13/04 | GHL | Fee Application, Applicant -- preparation of quarterly fee petition for Thirteenth Interim Period. | 1.20 |
| 08/13/04 | KMW | Analysis of document requests, attend to questions by Intercat regarding documents, preparation of responses to Intercat's 9th set of document requests. | 3.40 |
| 08/13/04 | KMW | Analysis of financial documents and organizing them in support of financial expert meeting. | 2.00 |
| 08/13/04 | GHL | Coordination of schedule in preparation for contact with court chambers to identify date for Markman (claim construction) hearing | 0.20 |
| 08/15/04 | FTC | Reviewed financial data relating to additive sales. | 0.50 |
| 08/16/04 | KMW | Research in support of preparation of tutorial. | 1.00 |
| 08/16/04 | DRB | Coordination of Markman hearing with Intercat and Nol-Tec counsel | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/16/04 | LL | Attended to and assisted in the preparation of witness files; prepared documents for meeting with damages expert in the conference room | 5.00 |
| 08/16/04 | DRB | Preparation of deposition questions and outline for Rule 30(b)(6) deposition of Intercat | 4.80 |
| 08/16/04 | GHL | Participation in telephone conference with all counsel regarding scheduling of Markman hearing, and communication with court regarding same; participation in telephone conference with Nol-Tec counsel regarding strategy for Markman hearing; | 0.50 |
| 08/16/04 | FTC | Meeting to discuss damages. | 2.00 |
| 08/16/04 | CEZ | Drafted narrative for tutorial to Court | 5.70 |
| 08/16/04 | GHL | Review of materials prepared for technical tutorial as ordered by court, and consideration and outline of use of same in Markman presentation; | 0.80 |
| 08/16/04 | GHL | Telephone conference with Mr. Jordan regarding sales and marketing issues related to additives used with Nol-Tec loaders; | 0.50 |
| 08/16/04 | KMW | Analysis of document requests and preparation of response to Intercat's 9th Set of Requests. | 2.80 |
| 08/16/04 | GHL | Meeting in our offices with damages experts to review background of this matter and damages-related issues; | 1.50 |
| 08/16/04 | CEZ | Met with damages expert to provide background of case; prepared materials for same. | 2.00 |
| 08/17/04 | KMW | Analysis of Grace documents in support of Intercat's Interrogatory #10. | 0.80 |
| 08/17/04 | KMW | Research and summary in support of tutorial preparation. | 1.40 |
| 08/17/04 | KMW | Analysis of Intercat's documents in support of Grace's 30(b)(6) of Intercat's deponent. | 1.70 |
| 08/17/04 | LL | Attended to and assisted in the preparation of issue binders. | 3.00 |
| 08/17/04 | KMW | Preparation of responses to document requests and update interrogatory responses; fact-finding with client regarding the same; conference w/GHL regarding the same. | 3.60 |
| 08/17/04 | GHL | Review and revision to draft discovery responses (Intercat's 9th Rule 34 Requests; Supplemental Responses to Interrogatories 5 and 8). | 1.20 |
| 08/17/04 | CEZ | Drafted narrative for tutorial. | 1.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/18/04 | KMW | Analysis of Intercat's documents and preparation of strategy in support of Grace's 30(b)(6) of Intercat's deponent. | 4.30 |
| 08/18/04 | CEZ | Met with animation representative for technical tutorial. | 0.70 |
| 08/18/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; scanned in documents to send to team and our client; document search for Karen Whitney regarding Intercat documents | 3.50 |
| 08/18/04 | SW | Organizing documents for witness files. | 7.00 |
| 08/18/04 | KMW | Analysis of Grace's loader in support of tutorial preparation. | 0.60 |
| 08/18/04 | KMW | Analysis of Grace's documents in support of preparation of supplemental response to Intercat's Interrogatory #10. | 2.20 |
| 08/19/04 | CEZ | Met with K. Whitney to discuss document collection. | 0.60 |
| 08/19/04 | KMW | Analysis of Intercat's documents in support of Grace's 30(b)(6) deposition of Intercat's deponent; conference w/CEZ regarding the same. | 3.00 |
| 08/19/04 | LL | Attended to and assisted in the preparation of a witness file for Martin Evans; document search for Karen Whitney regarding Intercat production documents; phone call to Esquire to set up deposition | 4.50 |
| 08/19/04 | KMW | Fact-finding in support of preparing supplemental response to Interrogatory #10. | 2.00 |
| 08/19/04 | CEZ | Document review in preparation for Evans deposition. | 6.70 |
| 08/20/04 | CEZ | Reviewed documents and other materials in preparation for Evans deposition. | 6.70 |
| 08/20/04 | KMW | Analysis of Intercat's documents in support of Grace's 30(b)(6) of Intercat's deponent. | 1.90 |
| 08/20/04 | LL | Attended to and assisted in the preparation of witness files. | 3.50 |
| 08/20/04 | GHL | Work on technical tutorial for submission to court; | 0.50 |
| 08/21/04 | CEZ | Reviewed materials in preparation for Evans deposition. | 5.60 |
| 08/22/04 | CEZ | Reviewed materials and prepared outline in preparation for Evans deposition. | 5.10 |
| 08/23/04 | DRB | Preparation for 30(b)(6) deposition of Intercat | 1.00 |
| 08/23/04 | LL | Attended to and assisted in the preparation of issue binders. | 2.70 |
| 08/23/04 | CEZ | Preparation for deposition of Evans and 30(b)(6) designee. | 2.10 |
| 08/23/04 | DRB | Advice to Grace personnel regarding third party subpoenas | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/23/04 | SW | Organizing attachments and creating binder for Grace's Second Supp. Response to Plaintiff's Corrected Second Supplemental Set of Interrogatories | 3.00 |
| 08/24/04 | DRB | Preparation of deposition outline for Intercat 30(b)(6) deposition | 4.80 |
| 08/24/04 | DRB | Advice to Mr. Maggio regarding refinery contacts. | 0.40 |
| 08/24/04 | CEZ | Met with D. Bailey to prepare for Evans and 30(b)(6) depositions. | 5.70 |
| 08/24/04 | LL | Attended to and assisted in the preparation of witness files for various refineries; | 1.00 |
| 08/24/04 | CEZ | Reviewed materials to prepare for Evans and 30(b)(6) depositions. | 3.50 |
| 08/25/04 | DRB | Preparation for Intercat Rule 30(b)(6) deposition - outline questions prepared for deposition | 1.00 |
| 08/25/04 | CEZ | Preparation for deposition of Evans and 30(b)(6). | 12.50 |
| 08/25/04 | LL | Attended to and assisted in the preparation of witness files for refineries; updated intranet with discovery issues; performed document search for Mr. Ziegler | 4.50 |
| 08/26/04 | CEZ | Preparation for and taking of deposition of Intercat witness Evans; preparation for 30(b)(6) deposition. | 12.00 |
| 08/26/04 | DRB | Preparation of technical tutorial | 2.80 |
| 08/26/04 | DRB | Addressing issues regarding third party refinery subpoenas | 0.50 |
| 08/27/04 | CEZ | Preparation for and taking of deposition of Intercat 30 (b) (6) deposition on loader operation at offices of Intercat's counsel in Chicago; | 8.70 |
| 08/27/04 | DRB | Preparation of technical tutorial | 3.50 |
| 08/27/04 | CEZ | Travel from depositions 3 hours, billed at half time. | 1.50 |
| 08/27/04 | LL | Attended to and assisted in the preparation of witness file for various refineries; document search for various categories. | 3.50 |
| 08/27/04 | DRB | Third party refinery discovery - analysis of document production and coordinating depositions | 1.00 |
| 08/28/04 | GHL | Fee Application -- preparation of petition for fees for July 2004; | 0.80 |
| 08/30/04 | GHL | Review of Intercat's 10th document requests and 5th Interrogatories, telephone conference with Grace personnel regarding same, and consideration of responses to be made; | 0.40 |

| | | | |
|---|---|---|---:|
| 08/30/04 | CEZ | Drafted portions of narrative for technical tutorial. | 6.20 |
| 08/30/04 | LL | Attended to and assisted in the preparation of a witness file for Montana Refinery; prepared documents to send to Mr. Maggio via fax; updated log of document production; indexed new documents. | 5.00 |
| 08/30/04 | CEZ | Met with D. Bailey to discuss narrative; prepared materials for meeting. | 3.30 |
| 08/30/04 | DRB | Analysis of Grace's discovery responses | 2.00 |
| 08/30/04 | DRB | Preparation of technical tutorial | 3.90 |
| 08/30/04 | SW | Create index of document production rec'd from refineries | 5.20 |
| 08/30/04 | KMW | Analysis of Intercat's document requests and interrogatories, fact-finding in support of responding to same; drafting supplemental responses to interrogatories. | 4.00 |
| 08/30/04 | GHL | Review of Intercat patent material as received from Mr. Cross and consideration of relationship to claim interpretation and infringement issues in this matter; | 0.80 |
| 08/30/04 | GHL | Review of damages-related documents produced to Intercat in response to related Rule 34 requests and preparation for scheduled meeting with Grace representatives to discuss documents; | 0.70 |
| 08/31/04 | CEZ | Met with K. Whitney to discuss discovery related issues. | 0.40 |
| 08/31/04 | DRB | Preparation of discovery requests to Intercat | 1.00 |
| 08/31/04 | DRB | Preparation for Montana refinery deposition | 1.90 |
| 08/31/04 | KMW | Analysis of Grace's financial documents; conference w/CEZ regarding the same; teleconference w/GHL regarding the same. | 1.00 |
| 08/31/04 | CEZ | Drafted narrative for technical tutorial. | 2.50 |
| 08/31/04 | LL | Attended to and assisted in the preparation of a witness file for Montana Refinery including the deposition files; prepared Exxon Mobil witness binder; updated log of documents that came form the refineries; prepared documents for refineries; scanned in various documents to send to team and out client. | 4.00 |
| 08/31/04 | KMW | Preparation of subpoena to ExxonMobil in preparation for Intercat's deposition of the same. | 0.50 |
| 08/31/04 | GHL | Travel time (round-trip; Philadelphia to Columbia, Maryland) - 3 hours, billed at half time. | 1.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/31/04 | KMW | Analysis of documents requests; follow-up questions from Intercat; analysis of Grace's documents produced; correspondence w/Intercat regarding the same. | 5.60 |
| 08/31/04 | FTC | Held telecons with M. Privratsky and J. Paulson to discuss prior art. | 0.50 |
| 08/31/04 | DRB | Preparation of technical tutorial | 2.00 |
| 08/31/04 | SW | Create index of document production rec'd from refineries | 7.00 |
| 08/31/04 | GHL | Discussion with damages expert regarding damages-related issues in this matter, and meeting with expert and Grace representatives at Grace's offices in Columbia to review Grace sales and financial information and damages-related issues in this case; | 7.00 |

|  | SERVICES | | | $ | 102,078.00 |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 28.80 | hours at $ | 460.00 | |
| DRB | DAVID R. BAILEY | 44.00 | hours at $ | 380.00 | |
| CEZ | CHAD E. ZIEGLER | 136.00 | hours at $ | 290.00 | |
| FTC | FRANK T. CARROLL | 11.80 | hours at $ | 270.00 | |
| KMW | KAREN MILLANE WHITNEY | 56.10 | hours at $ | 210.00 | |
| LL | LARRY LABELLA | 88.00 | hours at $ | 130.00 | |
| SW | SUZANNE WALLACE | 69.60 | hours at $ | 90.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| PATENT COPIES | 9.00 |
| LOCAL COUNSEL FEES | 683.01 |
| FACSIMILE | 36.00 |
| COURT REPORTERS | 995.00 |
| POSTAGE & DELIVERY | 504.65 |
| TELEPHONE | 2.16 |
| PHOTOCOPYING | 5,685.30 |
| COMPUTER SEARCH | 514.34 |
| TRAVEL & EXPENSES | 1,152.59 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 9,582.05 |
| SERVICE TOTAL | $ | 102,078.00 |
| **INVOICE TOTAL** | $ | 111,660.05 |

**Travel and Expense: Vendor Chad Ziegler**

| 8/25/04 | **Transportation:** | Purpose of trip: 30(b)(6) Deposition at Intercat | |
|---|---|---|---|
| | 8/25/04 | Philadelphia to Chicago, IL | $ 255.69 |
| | 8/27/04 | Chicago, IL to Philadelphia | |
| | **Lodging:** | Marriott Courtyard | $ 588.08 |
| | **Meals:** | | $ 115.07 |
| | **Taxis** | | $ 108.00 |
| | | TOTAL EXPENSE: | $1,066.84 |

**Travel and Expense: Vendor Gary H. Levin**

| | | | |
|---|---|---|---|
| 8/31/04 | **Transportation:** | Purpose of trip: Meeting with Grace expert at W.R. Grace in Columbia, Maryland | |
| | **Mileage and Tolls:** | | $ 85.75 |
| | | TOTAL EXPENSE: | $ 85.75 |