IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 Case No. 01-01139-(JFK) |
| W.R. Grace & Co., et al., | |
| Debtor | |

## REQUEST FOR REMOVAL OF NOTICE OF APPEARANCE

SIRS:

PLEASE TAKE NOTICE that Quadrangle Group LLC. hereby appears in the above captioned Chapter 11 proceedings. The undersigned requests to be removed from the service list that receives copies of all papers, including, but not limited to all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein be duly served on the undersigned at the address set forth below.

Dated: October 20, 2004

Josiah Rotenberg
Quadrangle Group LLC
375 Park Avenue
New York, NY 10152
Telephone: 212 418-1741
Fax: 866 620-8887
Email: Josiah.Rotenberg@Quadranglegroup.com

cc:
William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899