IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: November 11, 2004 |
| ) | Hearing: December 20, 2004 at 12:00 p.m. |

NOTICE OF FILING OF
FIRST MONTHLY INTERIM FEE APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 4, 2004 THROUGH JUNE 30, 2004

TO: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its First Monthly Interim Fee Application for Compensation and Reimbursement of Expenses Incurred for the Period June 4, 2004 through June 30, 2004 seeking payment in the amount of $108,000.00 (80% of $135,000.00) in fees and $391.78 in expenses for a total of $108,391.78 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **November 11, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) CIBC World Markets Corp., Joseph J. Radecki, Jr., 425 Lexington Avenue, New York, New York 10017; (ii) co-counsel to David T. Austern, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (viii) counsel to the

the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (viii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____
Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants Representative

Dated: October 22, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: November 11, 2004 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FIRST MONTHLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 4, 2004 THROUGH JUNE 30, 2004**

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants Representative |
| Date of Retention: | As of June 4, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which compensation and reimbursement is sought: | June 4, 2004 – June 30, 2004 |
| 80% of Compensation sought as actual, reasonable and necessary: | $108,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $391.78 |

This is a   __x__ monthly          __ interim          ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $135,000.00.

This is CIBC's first monthly fee application for the period June 4-30, 2004. CIBC's first quarterly interim fee application is being filed simultaneously herewith.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JUNE 2004

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Case Administration | 17.4 | NA |
| Business Operations Related | 172.8 | NA |
| Travel Time (Nonworking) | 12.0 | NA |
| **TOTAL** | **202.2** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### JUNE 2004

| Expense Category | Total |
|---|---|
| Airfare | $242.35 |
| Transportation | $142.20 |
| Research | $7.23 |
| **TOTAL** | **$391.78** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Joseph J. Radecki, Jr.
425 Lexington Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to Davis T. Austern
Future Claimants Representative

Dated: October 21, 2004

---

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A
## W.R. Grace
### CIBC Time Records
June-04

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 6/4/04 | 3.0 | Business Operations | Discussions with FCR and Swidler |
| Jonathan Brownstein | 6/4/04 | 6.0 | Travel Time | Discussions with FCR and Swidler |
| Jonathan Brownstein | 6/7/04 | 8.0 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Jonathan Brownstein | 6/8/04 | 6.5 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Jonathan Brownstein | 6/9/04 | 4.8 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Jonathan Brownstein | 6/10/04 | 4.5 | Business Operations | Review of public information on Grace, including prior court filings |
| Jonathan Brownstein | 6/11/04 | 3.5 | Business Operations | Review of public information on Grace, including prior court filings |
| Jonathan Brownstein | 6/10/04 | 3.0 | Case Administration | Drafting of Joseph Radecki's Declaration / Conflict Check |
| Jonathan Brownstein | 6/14/04 | 2.0 | Business Operations | Review of Preliminary Valuation Analysis |
| Jonathan Brownstein | 6/15/04 | 8.0 | Business Operations | Review of information on Grace, Competitors and Industry |
| Jonathan Brownstein | 6/15/04 | 1.0 | Business Operations | Review of Proposed Alltech Acquisition |
| Jonathan Brownstein | 6/16/04 | 2.0 | Case Administration | Finalize Joseph Radecki's Declaration / Conflict Check |
| Jonathan Brownstein | 6/16/04 | 0.5 | Case Administration | Finalize Joseph Radecki's Declaration / Conflict Check |
| Jonathan Brownstein | 6/16/04 | 0.3 | Business Operations | Preparation of Document Request List |
| Jonathan Brownstein | 6/22/04 | 4.3 | Business Operations | Review of Grace's Industry and Competitors |
| Jonathan Brownstein | 6/23/04 | 2.8 | Business Operations | Review of Grace's Industry and Competitors |
| Jonathan Brownstein | 6/24/04 | 3.3 | Business Operations | Review of Grace's Industry and Competitors |
| Jonathan Brownstein | 6/25/04 | 2.0 | Business Operations | Review of Grace's Industry and Competitors |
| Jonathan Brownstein | 6/30/04 | 6.0 | Business Operations | Review of Alltech Acquisition / Due Diligence Documents |
| Jonathan Brownstein | 6/30/04 | 2.0 | Business Operations | Call with Grace Management Re: Proposed Acquisition of Alltech |
| | Subtotal: | 73.3 | | |
| Ritwik Chatterjee | 6/7/04 | 3.0 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Ritwik Chatterjee | 6/9/04 | 2.2 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Ritwik Chatterjee | 6/10/04 | 1.4 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Ritwik Chatterjee | 6/14/04 | 4.7 | Business Operations | Review of public information on Grace, including prior court filings |
| Ritwik Chatterjee | 6/15/04 | 1.5 | Business Operations | Review of public information on Grace, including prior court filings |
| Ritwik Chatterjee | 6/16/04 | 3.3 | Case Administration | Assist in internal conflict check process |
| Ritwik Chatterjee | 6/16/04 | 4.3 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 6/17/04 | 2.0 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 6/18/04 | 1.8 | Case Administration | Assist in internal conflict check process |
| Ritwik Chatterjee | 6/18/04 | 2.0 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 6/22/04 | 2.8 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 6/23/04 | 2.8 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 6/24/04 | 3.3 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 6/25/04 | 2.0 | Business Operations | Review of public information on Grace and general industry |
| Ritwik Chatterjee | 6/30/04 | 3.8 | Business Operations | Review of public information on Grace and general industry |
| | Subtotal: | 40.6 | | |
| Joseph Radecki | 6/1/04 | 4.0 | Business Operations | Research Company financials |
| Joseph Radecki | 6/2/04 | 5.0 | Business Operations | Research Company financials |
| Joseph Radecki | 6/3/04 | 2.5 | Business Operations | Research Company bankruptcy to date |
| Joseph Radecki | 6/4/04 | 3.0 | Business Operations | Discussions with FCR and Swidler |
| Joseph Radecki | 6/4/04 | 6.0 | Travel Time | Discussions with FCR and Swidler |
| Joseph Radecki | 6/8/04 | 2.0 | Case Administration | Work on engagement letter |
| Joseph Radecki | 6/9/04 | 3.0 | Business Operations | Review case filings |
| Joseph Radecki | 6/10/04 | 4.0 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Joseph Radecki | 6/11/04 | 1.5 | Business Operations | Review business information |
| Joseph Radecki | 6/11/04 | 1.5 | Business Operations | Discussions with Blackstone regarding case management |
| Joseph Radecki | 6/14/04 | 0.7 | Business Operations | Discussions with counsel regarding case management |
| Joseph Radecki | 6/15/04 | 1.2 | Business Operations | Meeting with counsel |
| Joseph Radecki | 6/16/04 | 1.3 | Case Administration | Review Declaration / Conflict Check |
| Joseph Radecki | 6/18/04 | 3.5 | Case Administration | Review case filings |
| Joseph Radecki | 6/24/04 | 2.0 | Business Operations | Review of Grace's Industry and Competitors |
| Joseph Radecki | 6/25/04 | 3.0 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Joseph Radecki | 6/28/04 | 1.0 | Business Operations | Review Alltech information |
| Joseph Radecki | 6/29/04 | 1.0 | Business Operations | Review Alltech information |
| Joseph Radecki | 6/30/04 | 2.0 | Business Operations | Call with Grace Management Re: Proposed Acquisition of Alltech |
| | Subtotal: | 48.2 | | |
| Scott Sozio | 6/8/04 | 3.0 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Scott Sozio | 6/9/04 | 2.2 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Scott Sozio | 6/10/04 | 1.6 | Business Operations | Review of public information on Grace, Competitors and Industry |
| Scott Sozio | 6/11/04 | 2.0 | Business Operations | Review of public information on Grace, including prior court filings |
| Scott Sozio | 6/16/04 | 2.8 | Business Operations | Review of public information on Grace, including prior court filings |
| Scott Sozio | 6/17/04 | 3.5 | Business Operations | Review of public information on Grace, including prior court filings |
| Scott Sozio | 6/22/04 | 1.0 | Business Operations | Review of public information on Grace, including prior court filings |
| Scott Sozio | 6/25/04 | 4.5 | Business Operations | Review of public information on Grace and general industry |
| Scott Sozio | 6/28/04 | 3.2 | Business Operations | Review of public information on Grace and general industry |
| Scott Sozio | 6/29/04 | 4.6 | Business Operations | Retreive public documents related to Grace and general industry |
| | Subtotal: | 28.4 | | |
| Tim Wilding | 6/28/04 | 4.1 | Business Operations | Review of public information on Grace |
| Tim Wilding | 6/29/04 | 3.8 | Business Operations | Review of public information on Grace |
| Tim Wilding | 6/30/04 | 3.9 | Business Operations | Review of public information on Grace |
| | Subtotal: | 11.8 | | |
| | Total: | 202.2 | | |

# EXHIBIT B

### W.R. Grace & Co.
### CIBC Expense Detail Report (June 4, 2004 – June 30, 2004)
### (with date expense was posted)

| **Charge** | **Date** | | **Amount** |
|---|---|---|---|
| Air fare: | | | |
| Joe Radecki | 6/24/04* | | $242.35 |
| | | Subtotal Air fare: | 242.35 |
| | | | |
| Transportation: | | | |
| Joe Radecki (taxis) | 6/24/04* | | 142.20 |
| | | Subtotal Transportation: | 142.20 |
| | | | |
| Research: | | | |
| Dow Jones Reuters Business | 6/29/04 | | 7.23 |
| | | Subtotal Research: | 7.23 |
| | | **TOTAL EXPENSES:** | **$391.78** |

\* For travel on June 4, 2004

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> W.R. GRACE & CO., et al. ) <br> ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br> Case No. 01-01139 (JKF) <br> (Jointly Administered) <br> Ref. Docket Nos. 5833, 5950, 5979, <br> 5981 & 6208 <br> 9/27/04 agendas |

ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, Future Claimants' Representative ("Future Claimants' Representative") in the above-captioned chapter 11 cases of W.R. Grace & Co. and its affiliates (collectively, the "Debtors"), seeking entry of an Order under section 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to employ and retain CIBC World Markets Corp. ("CIBC") as his financial advisor; and the Court having reviewed the Application and the accompanying Declaration of Joseph J. Radecki, Jr. (the "Radecki Declaration"), a Managing Director of CIBC; and the Court being satisfied from the Radecki Declaration that CIBC neither holds nor represents any interest adverse to the Future Claimants' Representative on the matters upon which CIBC is to be engaged; and it appearing that the relief requested is in the best interests of the Future Claimants' Representative and the Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice need be given and upon the record herein; and it further appearing that the terms and conditions of CIBC's employment as further described in the Application and the Radecki Declaration are reasonable and necessary; it is hereby

## ORDERED, ADJUDGED AND DECREED THAT:

1. The Application be, and it hereby is, approved;

2. Pursuant to section 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T. Austern as the Future Claimants' Representative [Docket No. 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain CIBC as financial advisor effective as of June 4, 2004, upon the terms, and to perform the services, set forth in the Application and the Radecki Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3. The indemnification provisions set forth in the engagement letter between the Future Claimants' Representative and CIBC, attached to the Radecki Declaration as Exhibit 1, including Annex A thereto (the "Engagement Agreement"), are incorporated by reference and are hereby approved;

4. CIBC shall be compensated in accordance with the terms of the Engagement Agreement and section 328(a) of the Bankruptcy Code, subject to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and as may be fixed by order of this Court, including the Administrative Compensation Order(s) entered in these cases; and

5. The fees and expenses of CIBC allowed by the Court shall be an administrative expenses of the Debtors' estates.

Dated: 9/27, 2004

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

9156310v1

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

Joseph J. Radecki being duly sworn, deposes and says:

1.  I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.  No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3.  I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered into connection herewith.

4.  I have reviewed the First Monthly Interim Application of CIBC World Markets Corp. for the time period June 4, 2004 through June 30, 2004 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 21 day of October, 2004

IVELLISE LARCY BROOK
Notary Public, State of New York
No. 02-4613750
Qualified in Bronx County
Commission Expires Dec. 31, 2005

My commission expires:

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on October 22, 2004, I caused a copy of the *Notice, First Monthly Interim Fee Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants Representative for Compensation and Reimbursement of Expenses Incurred for the Period June 4, 2004 through June 30, 2004, Exhibits A and B, and Affidavit* to be served upon those persons listed in the attached Service List in the manner so indicated.

*[signature]*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: <u>feeaudit@whsmithlaw.com</u> and <u>slbossay@whsmithlaw.com</u>*

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP


*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire

Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9177349v1