IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SCOTT L. BAENA

SCOTT L. BAENA, hereby declares:

1.    I am a partner in the law firm Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin"), which firm maintains offices at 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131.  I am familiar with the matters set forth herein and make this supplemental declaration in support of the continued employment of Bilzin as Counsel to the Official Committee of Property Damage Claimants (the "PD Committee).

2.    On April 12, 2001, the United States Trustee formed the PD Committee. Thereafter, the PD Committee approved the retention of Bilzin as its counsel.

3.    On May 22, 2001, the PD Committee filed an application to employ Bilzin as counsel (C.P. No. 298) together with the Affidavit of Scott L. Baena (the "Affidavit").  By order dated June 21, 2001 (the "Retention Order"), the Court authorized the PD Committee to retain Bilzin to represent the PD Committee in the Consolidated Cases.  On June 14, 2004, I supplemented the Affidavit to disclose the hiring of lateral associates.

4.    As required by Rule 2014 of the Federal Rules for Bankruptcy Procedure, I hereby again supplement the disclosures contained in the Affidavit to disclose the following information.

5. On October 20, 2004, Elliott International, L.P. filed an objection in the above case. Upon information and belief, Elliott International is affiliated with an entity known as Elliott Associates L.P. Although Bilzin does not represent Elliott International, L.P. or Elliott Associates, L.P., Bilzin wishes to disclose that it does represent the Ad Hoc Committee of Subordinated Noteholders (the "Ad Hoc Committee") in the bankruptcy of the Southeast Banking Corporation in the Southern District of Florida (Case No. 91-14561-BKG-PGH) and that Elliott Associates, L.P. is a member of and chairs the Ad Hoc Committee. Bilzin's representation of the Ad Hoc Committee does not impair our ability to discharge our professional responsibility to the Property Damage Committee.

6. While Bilzin has not represented Elliott International, L.P. or Elliott Associates, L.P. in this bankruptcy or other asbestos-related bankruptcies, Bilzin offers this information to all parties in interest for purposes of full and complete disclosure.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2004


/s/    /s/ Scott L. Baena
Scott L. Baena