## CERTIFICATE OF SERVICE

I, Theodore J. Tacconelli, Esquire, hereby certify that on this 22nd day of October, 2004, one copy of the foregoing *Supplemental Affidavit of Scott L. Baena* was served on the following parties in the indicated manner:

SEE ATTACHED 2002 SERVICE LIST

Upon penalty of perjury I declare that the foregoing is true and correct.

                                              /s/ Theodore J. Tacconelli
                                              Theodore J. Tacconelli (No. 2678)