## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | ) |
| W.R. GRACE & CO., et al. | ) |
|  | ) |
| Debtors. | ) |
|  | ) |

**Chapter 11**
**Case No. 01-01139 (JKF)**
**(Jointly Administered)**
Objection Deadline: November 11, 2004
Hearing: December 20, 2004 at 12:00 p.m.

## NOTICE OF FILING OF
## FIRST QUARTERLY INTERIM FEE APPLICATION OF
## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP,
## BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE
## CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND
## REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE PERIOD MAY 24, 2004 THROUGH JUNE 30, 2004

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP (the "SBSF"), has filed and served its First

Quarterly Interim Fee Application for Compensation and Reimbursement of Expenses

Incurred for the Period May 24, 2004 through June 30, 2004 seeking payment in the

amount of $120,681.00 in fees and $15,846.02 in expenses for a total of $136,527.02 (the

"Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members dated April 17, 2002  (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and

filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before

**November 11, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the following: (i) co-counsel to David T. Austern, Roger Frankel, Esquire and

Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW,

Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick,

Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura

Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market

Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the

Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock &

Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski,

Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE

19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage

Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod,

First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL

33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite

904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee

of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399

Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

-2-

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500,

Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire,

Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder,

Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders,

Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee

Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the

undersigned counsel.

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants Representative

Dated: October 22, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: November 11, 2004 |
| | ) | Hearing: December 20, 2004 at 12:00 p.m. |

**FIRST QUARTERLY INTERIM FEE APPLICATION OF
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD MAY 24, 2004 THROUGH JUNE 30, 2004**

### SUMMARY SHEET

Name of Applicant:      Swidler Berlin Shereff Friedman, LLP

Authorized to Provide
Professional Services to:      David T. Austern,
     Future Claimants Representative

Date of Retention:      As of May 24, 2004 (pursuant to this
     Court's Order entered September 27, 2004)

Period for which Compensation and
Reimbursement is sought:      May 24, 2004 – June 30, 2004

Amount of Compensation
sought as Actual Reasonable and      $120,681.00
Necessary:

Amount of Expense Reimbursement
sought as Actual, Reasonable and      $ 15,846.02
Necessary:

This is a   ___ monthly        _x_ interim        ___ final application

## PRIOR APPLICATIONS FILED

SBSF was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. SBSF has filed its monthly fee applications for the period May 24-31, 2004 and June 1-30, 2004 and has not filed any previous applications.

## SBSF PROFESSIONALS

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique Almy | Partner, 8 years in position; 17 years relevant experience; 1987, Bankruptcy | $430.00 | 4.50 | $1,935.00 |
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 63.70 | $38,538.50 |
| Mark J. Plumer | Partner, 10 years in position; 17 years relevant experience; 1987, Insurance Litigation | $520.00 | 2.90 | $1,508.00 |
| Mary A. Wallace | Partner, 3 years in position; 15 years relevant experience; 1989, Corporate | $420.00 | 13.00 | $5,460.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 54.30 | $27,693.00 |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 38.10 | $11,811.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 84.80 | $17,384.00 |
| Mykhaylo A. Gryzlov | Associate, 3 years in position; 3 years relevant experience; 2001, Bankruptcy | $230.00 | 1.70 | $391.00 |
| Elise Scherr Frejka | Associate, 13 years in position; 13 years relevant experience; 1991, Bankruptcy | $410.00 | 1.40 | $574.00 |
| Scott J. Levitt | Associate, 9 years in position; 9 years relevant experience; 1995, Insurance Litigation | $355.00 | 19.30 | $6,851.50 |
| Megan R. Wrathall | Legal Assistant | $125.00 | 5.00 | $625.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 45.20 | $7,910.00 |
| Total | | | 333.90 | $120,681.00 |

|  |  |
|---|---|
| **Total Fees:** | **$120,681.00** |
| **Total Hours:** | **333.90** |
| **Blended Rate:** | **$    361.42** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 8.40 | $3,204.50 |
| Due Diligence | 164.60 | $67,220.00 |
| Retention of Professionals-Swidler | 73.20 | $20,768.50 |
| Retention of Professionals-Other | 35.70 | $11,320.00 |
| Insurance | 28.10 | $9,529.00 |
| Litigation | 20.00 | $6,874.00 |
| Compensation of Professionals-Swidler | .50 | $123.50 |
| Travel Time (Nonworking)[1] | 1.00 | $605.00 |
| FCR Retention Appeals | 2.40 | $1,036.50 |
| **TOTAL** | **333.90** | **$120,681.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Photocopies | $13,075.40 |
| Telephone | $5.94 |
| Postage | $2,622.30 |
| Travel/Meal Charges | $110.38 |
| Secretarial Services | $32.00 |
| **TOTAL** | **$15,846.02** |

The actual and necessary costs and expenses for which SBSF seeks reimbursement include, *inter alia*, the following:

    a.    ***Duplicating*** -- It is SBSF's practice to charge all clients of the firm for duplicating at the in-house rate of 20¢ per page, however, SBSF has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

    b.    ***Long Distance Telephone and Facsimile Charges*** -- SBSF charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions do not exceed $1.00 per page and there is no charge for incoming facsimile charges.

---

[1] In accordance with the Local Rules of this Court, SBSF bills at a 50% reduced rate for nonworking travel time.

c.    ***Messenger and Courier Service*** -- It is SBSF's practice to use
Federal Express or similar express mail delivery and third-party
messenger services only in exigent circumstances (i.e., when
needed to meet a deadline or when a next-day response from the
recipient was necessary or beneficial to the case) and only when
less costly than other available alternatives.

d.    ***Overtime*** -- It is SBSF's practice to allow professionals and
paraprofessionals working more than 2.5 hours of overtime to
charge a meal to the appropriate client at a meal charge limited to
$10 per professional. It is SBSF's practice to allow professionals
and support staff to charge a car service or cab to the appropriate
client when working at least 2.5 hours of overtime. SBSF
endeavored not to incur overtime charges unless necessary to
benefit the case and in certain exigent circumstances.  SBSF
utilized secretarial assistance in connection with monitoring and
updating the main and adversary case dockets and downloading,
circulating and printing of pleadings filed in the case.  Thus,
certain charges were incurred by secretaries for overtime.  (Note:
These charges are at rates less than that charged by SBSF
paralegals or other professional staff who may have otherwise
performed this type of work.)

e.    ***Computerized Research*** -- It is SBSF's practice to use
computer-assisted legal research when it is impracticable to
conduct such research manually.  It is also SBSF's practice to use
computer- assisted research to assist its clients and to reduce the
amount of time spent by attorneys and paraprofessionals in manual
research when it was anticipated that the resulting manual research
would have resulted in a greater cost to the client.  The charge to
the client is actual cost, without a premium.  To the extent SBSF
has a volume discount, that benefit is passed on to the client.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: November 11, 2004 |
| | ) | Hearing: December 20, 2004 at 12:00 p.m. |

## FIRST QUARTERLY INTERIM FEE APPLICATION OF
## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL
## TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
## FOR THE PERIOD MAY 24, 2004 THROUGH JUNE 30, 2004

Pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and this

Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members, signed April 17, 2002, amending the Court's

Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation

and Reimbursement of Expenses of Professionals, entered May 3, 2001 (the

"Administrative Order"), the law firm of Swidler Berlin Shereff Friedman, LLP

("SBSF") hereby submits this first quarterly interim application (the "First Quarterly

Interim Application") for an allowance of (i) compensation for professional services

rendered to David T. Austern, the Future Claimants Representative (the "FCR") of W.R.

Grace & Co. and its affiliates (collectively, the "Debtors") for the period May 24, 2004

through June 30, 2004 (the "Interim Period"), and (ii) the reimbursement of expenses incurred during the same period.

By this First Quarterly Fee Application SBSF seeks the interim allowance of compensation in the amount of $120,681.00 and reimbursement of actual and necessary expenses in the amount of $15,846.02 for a total of $136,527.02, or 100% of all compensation and expense reimbursement requested, for the period May 24, 2004 through June 30, 2004 (the "Interim Period"). In support of this First Quarterly Interim Application, SBSF respectfully represents as follows:

## Jurisdiction

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

## Background

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      By an Order dated May 24, 2004, the Court appointed the FCR for the above captioned cases. The Order appointing the FCR also authorizes the FCR to employ professionals under the provision applicable to employment of professionals by an official committee (Section 1103 of the Bankruptcy Code). On June 15, 2004, the FCR applied to this Court for an order authorizing the retention of SBSF pursuant to an engagement agreement dated May 26, 2004 (the "Engagement Agreement") as his bankruptcy counsel.

-2-

4.    On September 27, 2004, this Court entered an order (the "Retention Order") authorizing the FCR to employ SBSF as bankruptcy counsel effective *nunc pro tunc* as of the May 24, 2004 pursuant to the terms of the Engagement Agreement. A copy of the Retention Order is attached as Exhibit A.

## Monthly Fee Applications Covered Herein

5.    Prior to the filing of this First Quarterly Fee Application, the May and June monthly fee applications of SBSF had been filed with the Court pursuant to the Administrative Order.

6.    On September 29, 2004, SBSF filed its First Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period May 1-31, 2004 (the "First Monthly", Docket No. 6494) requesting $10,189.50 in fees and $0.00 in expenses.[2]    The deadline to file objections to the First Monthly expired October 19, 2004. No objections were received or docketed with respect to the First Monthly, and a certificate of no objection is being filed simultaneously herewith. The First Monthly is attached hereto as Exhibit B.

7.    On September 29, 2004, SBSF filed its Second Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period June 1-30, 2004 (the "Second Monthly", Docket No. 6495) requesting $110,491.50 in fees and $15,846.02 in expenses. The deadline to file

objections to the Second Monthly expired October 19, 2004. No objections were received or docketed with respect to the Second Monthly, and a certificate of no

---

[2] Although SBSF's First Monthly states in its caption that the relevant period is May 1 through May 31, 2004, SBSF did not begin work until May 24, 2004, in accordance with the Court Order appointing SBSF.

objections to the Second Monthly expired October 19, 2004. No objections were received or docketed with respect to the Second Monthly, and a certificate of no objection is being filed simultaneously herewith. The Second Monthly is attached hereto as Exhibit C.

8.     The First and Second Monthly covered by this First Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by SBSF during the Interim Period as well as other detailed information to be included in fee applications. Those monthly applications attached hereto as Exhibits B and C are incorporated herein by reference.

## **Requested Relief**

9.     By this First Quarterly Application, SBSF requests that the Court approve the interim allowance of compensation for professionals services rendered and the reimbursement of actual and necessary expenses incurred by SBSF from May 24, 2004 through June 30, 2004. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Interim Period that already have been filed with the Court and are attached hereto as Exhibits B and C.

10.     At all relevant times, SBSF has been an disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interests of the FCR.

11.     All services for which compensation is requested by SBSF were performed for or on behalf of the FCR.

-4-

12.     Except for the Debtors' promise to pay compensation and reimbursement as allowed by the Court, SBSF has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

13.     Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, SBSF has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person other than with its partners, counsel and associates, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, SBSF respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period May 24, 2004 through June 30, 2004, an allowance be made to SBSF in the sum of $120,681.00 as compensation for reasonable and necessary professional services rendered to the FCR and in the sum of $15,846.02 for the reimbursement of actual and necessary costs and expenses incurred, for a total of $136,527.02, that the Debtors be authorized and directed to pay to SBSF the outstanding amount of such sums, and for such other and further relief as this Court may deem just and proper.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

Dated: October 22, 2004          By:_____
                                    Roger Frankel, *admitted pro hac vice*
                                    Richard H. Wyron, *admitted pro hac vice*
                                    3000 K Street, NW, Suite 300
                                    Washington, DC  20007
                                    (202) 424-7500
                                    Counsel to David T. Austern,
                                    As Future Claimants' Representative

-5-

# VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and am admitted to appear *pro hac vice* in these cases.

2.    I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the other lawyers, legal assistants, and other professionals of SBSF as set forth in the attached invoices.

3.    I have reviewed the First Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 22nd DAY OF OCTOBER, 2004

_____
Notary Public

My commission expires: October 31, 2007

Katherine Ann Swall
Notary Public In and for
The District of Columbia



# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Ref. Dkt Nos. 5815, 5937, 5979 |
| | ) | 5981, 6207 |

ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, Future Claimants'
Representative ("Future Claimants' Representative") in the above-captioned chapter 11 cases of
W.R. Grace & Co. and its affiliates (collectively, the "Debtors"), seeking entry of an Order under
section 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to
employ and retain Swidler Berlin Shereff Friedman, LLP ("SBSF") as bankruptcy counsel to the
Future Claimants' Representative; and the Court having reviewed the Application and the
accompanying Declaration of Roger Frankel (the "Declaration"), a partner of SBSF, and the
Court being satisfied that SBSF neither holds nor represents any interest adverse to the Future
Claimants' Representative on the matters upon which SBSF is to be engaged; and it appearing
that the relief requested is in the best interest of the Future Claimants' Representative and the
Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding
is a core proceeding pursuant to 28 U.S.C. § 158(a); and it further appearing that notice of the
Application was good and sufficient under the particular circumstances and that no other or

further notice need be given and upon the record herein; and it further appearing that the terms and conditions of SBSF's employment as further described in the Application and the Declaration are reasonable and necessary; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.   The Application be, and it hereby is, approved;

2.   Pursuant to section 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T. Austern as the Future Claimants' Representative [Docket No. 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain SBSF as bankruptcy counsel upon the terms, and to perform the services, set forth in the Application and Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3.   SBSF shall be compensated in accordance with procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court, including the Administrative Compensation Order(s) entered in these cases; and

4.   The fees and expenses of SBSF allowed by the Court shall be an administrative expense of the Debtors' estates.

Dated: ___9/27___, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

9156313v1

# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: October 19, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## FIRST MONTHLY INTERIM APPLICATION OF
## SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP, counsel to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its First Monthly Application of Swidler Berlin Shereff Friedman, LLP for Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for the time period May 1, 2004 through May 31, 2004 seeking payment of fees in the amount of $8,151.60 (80% of $10,189.50) and no expenses (the "Application") for a total of $8,151.60.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002  (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with
the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824
Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 19, 2004 at 4:00 p.m.,**
**Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon
the following: (i) co-counsel to David T. Austern, Future Claimants' Representative, Roger
Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K
Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M.
Bernick, Esquire, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601
and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North
Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the
Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan
LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane
Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel
to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire,
Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South
Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry &
Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-
counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch,
Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark
Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market
Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas
Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M.

2

Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130,

Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N.

King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H.

Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

       Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

       SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

       By: _____

       Roger Frankel, *pro hac vice admission pending*
       Richard H. Wyron, *pro hac vice admission pending*
       3000 K Street, NW, Suite 300
       Washington, DC 20007
       (202) 424-7500
       Counsel to David T. Austern,
       As Future Claimants' Representative

Dated: September 28, 2004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| Debtor. | ) | Objection Date: October 19, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO FIRST MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004

| | |
|---|---|
| Name of Applicant: | Swidler Berlin Shereff Friedman, LLP ("SBSF") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | SBSF Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | May 1, 2004 through May 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $10,189.50 |
| 80% of fees to be paid: | $ 8,151.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    0.00 |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

Total Fees @ 80% and
Expenses:                              $8,151.60

This is an:    X    interim    X    monthly    ___    final application.

     The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  The time spent for this matter will be requested in subsequent monthly interim applications.

     This is SBSF's first interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) and no expenses.

## COMPENSATION SUMMARY

### MAY 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 6.80 | $4,114.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 6.50 | $3,315.00 |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 1.30 | $403.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 11.50 | $2,357.50 |
| **Total** | | | **26.10** | **$10,189.50** |

**Total Fees:**    **$10,189.50**
**Total Hours:**    **26.10**
**Blended Rate:**    **$   312.32**

2

## COMPENSATION BY PROJECT CATEGORY

### MAY 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | .40 | $242.00 |
| Due Diligence | 21.20 | $7,684.00 |
| Retention of Professionals-Swidler | 3.00 | $1,498.50 |
| Retention of Professionals-Other | 1.50 | $765.00 |
| **TOTAL** | **26.10** | **$10,189.50** |

## EXPENSE SUMMARY

### MAY 2004

| Expense Category | Total |
|---|---|
| No expenses | $0.00 |
| **TOTAL** | **$0.00** |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest.

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____

Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: September 28, 2004

3

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and have filed a motion to appear *pro hac vice* which is pending before this Court.

2.    I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the attached invoices.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 28 DAY OF SEPTEMBER, 2004

_____
Notary Public

My commission expires: October 31, 2007

Katharine Ann Swall
Notary Public In and for
The District of Columbia

9163452v1

**EXHIBIT A**
**SWIDLER BERLIN SHEREFF FRIEDMAN, LLP**
**INVOICES FOR THE TIME PERIOD**
**MAY 1-31, 2004**

**FEDERAL IDENTIFICATION**
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270678

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/28/04 | Roger L. Frankel | Confer with R. Wyron re staffing. | 0.20 |
| 05/28/04 | Roger L. Frankel | Telephone conversation with D. Austern re futures study, insurance. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.40 | $242.00 |
| **TOTAL HOURS & FEES** | | **0.40** | **$242.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE......................................................................$242.00

PREVIOUS BALANCE (Breakdown attached if applicable).................................$0.00

TOTAL AMOUNT DUE.....................................................................$242.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0001

INVOICE NUMBER: 270678

## INVOICE SUMMARY

TOTAL FEES............................................................................$242.00

TOTAL OTHER CHARGES .................................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$242.00**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270679

CLIENT/CASE: 25369.0004

RE: Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/25/04 | Roger L. Frankel | Review pleadings in W.R. Grace Chapter 11 case. | 1.90 |
| 05/25/04 | Roger L. Frankel | Review financial information from CIBC. | 0.50 |
| 05/25/04 | Roger L. Frankel | Begin review of SEC filings. | 0.40 |
| 05/25/04 | Debra L. Felder | Review and retrieve various motions for extension of exclusivity and SEC filings re W.R. Grace (2.5). | 2.50 |
| 05/26/04 | Debra L. Felder | Review W.R. Grace docket; retrieve and review numerous pleadings re same; draft summary e-mail to R. Frankel and R. Wyron re same. | 9.00 |
| 05/28/04 | Richard H. Wyron | Begin review of selected pleadings (exclusivity pleadings; administrative orders, docket). | 1.20 |
| 05/28/04 | Matthew W. Cheney | Conference with R. Frankel re gathering background materials. | 0.30 |
| 05/28/04 | Roger L. Frankel | Review SEC filings, internal memo in preparation for meeting with D. Austern. | 1.60 |
| 05/28/04 | Roger L. Frankel | Confer with D. Austern re engagement, due diligence issues. | 1.20 |

David Austern, FCR (for W.R. Grace & Co.)
07/31/04
Page 2

CLIENT:  25369
MATTER: .0004
INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/28/04 | Roger L. Frankel | Confer with M. Cheney re due diligence package (.2); notes re same (.1). | 0.30 |
| 05/29/04 | Matthew W. Cheney | Gather background materials. | 0.40 |
| 05/31/04 | Matthew W. Cheney | Gather background information. | 0.20 |
| 05/31/04 | Richard H. Wyron | Begin review of pleadings and SEC filings (.8); confer with M. Cheney regarding follow-up on first round of information requests (.6). | 1.40 |
| 05/31/04 | Roger L. Frankel | Confer with R. Wyron re staffing, due diligence. | 0.20 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re background materials and application for employment. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 6.10 | $3,690.50 |
| Richard H. Wyron | $510.00 | 2.60 | $1,326.00 |
| Matthew W. Cheney | $310.00 | 1.00 | $310.00 |
| Debra L. Felder | $205.00 | 11.50 | $2,357.50 |
| **TOTAL HOURS & FEES** | | **21.20** | **$7,684.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE....................................................................................$7,684.00

PREVIOUS BALANCE  (Breakdown attached if applicable)............................................$0.00

TOTAL AMOUNT DUE..................................................................................$7,684.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270679

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES.................................................................................$7,684.00

TOTAL OTHER CHARGES ...............................................................$0.00

**TOTAL AMOUNT DUE** .............................................................**$7,684.00**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:          Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:            15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270682

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 05/27/04 | Richard H. Wyron | Review retention issues and confer with R. Frankel regarding same. | 0.40 |
| 05/27/04 | Richard H. Wyron | Review e-mail on Ryan proof of claim and respond. | 0.20 |
| 05/27/04 | Roger L. Frankel | Review issues re pre-petition claim, Pillowtex analysis. | 0.30 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re background materials and application for employment. | 0.10 |
| 05/31/04 | Richard H. Wyron | Review conflicts list for Debtors' counsel for disclosure items (.7); confer with R. Frankel regarding proof of claim filed by SBSF (.2); review materials (agreement, ledger, proof of claim) regarding claim filed by SBSF (.6); confer with M. Cheney regarding follow-up (.3). | 1.80 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re background materials and application for employment. | 0.00 |
| 05/31/04 | Matthew W. Cheney | Review correspondence from R. Wyron re disclosure. | 0.10 |
| 05/31/04 | Matthew W. Cheney | Conference with R. Wyron re conflicts search. | 0.10 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT: 25369
MATTER: .0009
INVOICE: 270682

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 0.30 | $181.50 |
| Richard H. Wyron | $510.00 | 2.40 | $1,224.00 |
| Matthew W. Cheney | $310.00 | 0.30 | $93.00 |
| **TOTAL HOURS & FEES** | | **3.00** | **$1,498.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$1,498.50

PREVIOUS BALANCE (Breakdown attached if applicable)................................................$0.00

TOTAL AMOUNT DUE.................................................................$1,498.50

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

INVOICE NUMBER: 270682

OUR REFERENCE: 25369.0009

## INVOICE  SUMMARY

TOTAL FEES...............................................................................$1,498.50

TOTAL OTHER CHARGES .........................................................$0.00

**TOTAL AMOUNT DUE** .............................................................**$1,498.50**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270683

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 05/28/04 | Richard H. Wyron | Meet with D. Austern on appointment and retention of professionals (SBSF, CIBC and Actuary), and case management issues. | 1.10 |
| 05/31/04 | Richard H. Wyron | Review FCR retention order and outline engagement letter terms. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $510.00 | 1.50 | $765.00 |
| **TOTAL HOURS & FEES** | | **1.50** | **$765.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE..............................................................$765.00

PREVIOUS BALANCE  (Breakdown attached if applicable)...............................................................$0.00

**SWIDLER BERLIN SHEREFF FRIEDMAN, LLP**

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT:  25369
MATTER: .0010
INVOICE: 270683

**TOTAL AMOUNT DUE**.......................................................................$765.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0010

INVOICE NUMBER: 270683

## INVOICE SUMMARY

TOTAL FEES..................................................................................$765.00

TOTAL OTHER CHARGES .............................................................$0.00

**TOTAL AMOUNT DUE** ...............................................................**$765.00**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 29, 2004, I caused the *Notice, Cover Sheet to First Monthly Interim Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period May 1, 2004 through May 31, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

# SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: October 19, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### SECOND MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin Shereff Friedman, LLP, counsel to David T. Austern, in his capacity as

the Court-appointed legal representative for future asbestos claimant (the "FCR"), has filed and

served its Second Monthly Application of Swidler Berlin Shereff Friedman, LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period June 1, 2004 through June 30, 2004 seeking payment of fees in the amount of

$88,393.20 (80% of $110,491.50) and reimbursement of expenses in the amount of $15,846.02

(the "Application") for a total of $104,239.22.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002  (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **October 19, 2004 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

2

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____

Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: September 28, 2004

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtor. | ) | Objection Date: October 19, 2004 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO SECOND MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004

| | |
|---|---|
| Name of Applicant: | Swidler Berlin Shereff Friedman, LLP ("SBSF") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | SBSF Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | June 1, 2004 through June 30, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $110,491.50 |
| 80% of fees to be paid: | $ 88,393.20[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 15,846.02 |
| Total Fees @ 80% and Expenses: | $104,239.22 |

This is an:  __X__  interim    __X__  monthly    ___  final application.

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is SBSF's second interim fee application for the period June 1-30, 2004. SBSF is simultaneously filing its first interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) and no expenses.

## COMPENSATION SUMMARY

### JUNE 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique Almy | Partner, 8 years in position; 17 years relevant experience; 1987, Bankruptcy | $430.00 | 4.50 | $1,935.00 |
| Roger Frankel | Partner, 21 years in position; 33 years relevant experience; 1971, Bankruptcy | $605.00 | 56.90 | $34,424.50 |
| Mark J. Plumer | Partner, 17 years in position; 17 years relevant experience; 1987, Insurance Litigation | $520.00 | 2.90 | $1,508.00 |
| Mary A. Wallace | Partner, 3 years in position; 15 years relevant experience; 1989, Corporate | $420.00 | 13.00 | $5,460.00 |
| Richard H. Wyron | Partner, 15 years in position; 25 years relevant experience; 1979, Bankruptcy | $510.00 | 47.80 | $24,378.00 |
| Matthew W. Cheney | Associate, 7 years in position; 7 years relevant experience; 1997, Bankruptcy | $310.00 | 36.80 | $11,408.00 |
| Debra L. Felder | Associate, 2 years in position; 2 years relevant experience; 2002, Bankruptcy | $205.00 | 73.30 | $15,026.50 |
| Mykhaylo A. Gryzlov | Associate, 3 years in position; 3 years relevant experience; 2001, Bankruptcy | $230.00 | 1.70 | $391.00 |
| Elise Scherr Frejka | Associate, 13 years in position; 13 years relevant experience; 1991, Bankruptcy | $410.00 | 1.40 | $574.00 |
| Scott J. Levitt | Associate, 9 years in position; 9 years relevant experience; 1995, Insurance Litigation | $355.00 | 19.30 | $6,851.50 |

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Megan R. Wrathall | Legal Assistant | $125.00 | 5.00 | $625.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 45.20 | $7,910.00 |
| Total | | | 307.80 | $110,491.50 |

Total Fees:      $110,491.50
Total Hours:        307.80
Blended Rate:    $   358.97

## COMPENSATION BY PROJECT CATEGORY

### JUNE 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 8.00 | $2,962.50 |
| Due Diligence | 143.40 | $59,536.00 |
| Retention of Professionals-Swidler | 70.20 | $19,270.00 |
| Retention of Professionals-Other | 34.20 | $10,555.00 |
| Insurance | 28.10 | $9,529.00 |
| Litigation | 20.00 | $6,874.00 |
| Compensation of Professionals-Swidler | .50 | $123.50 |
| Travel Time (Nonworking) | 1.00 | $605.00 |
| FCR Retention Appeals | 2.40 | $1,036.50 |
| TOTAL | 307.80 | $110,491.50 |

## EXPENSE SUMMARY

### JUNE 2004

| Expense Category | Total |
|---|---|
| Photocopies | $13,075.40[2] |
| Telephone | $5.94 |
| Postage | $2,622.30 |
| Travel/Meal Charges | $110.38 |
| Secretarial Services | $32.00 |
| TOTAL | $15,846.02 |

---

2 This amount represents the costs for photocopying and printing certain due diligence materials and service on parties of the applications to employ SBSF and the FCR.

3

The FCR was appointed effective May 24, 2004.  Since his appointment, the FCR and his

professionals have focused on due diligence with respect to the Debtors and events occurring in

these cases over the previous three years, and on preparation for negotiations with the Debtors,

the Committees and other parties in interest.

Respectfully submitted,

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By:_____

Roger Frankel, *pro hac vice admission pending*
Richard H. Wyron, *pro hac vice admission pending*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: September 28, 2004

4

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin Shereff Friedman, LLP ("SBSF") and have filed a motion to appear *pro hac vice* which is pending before this Court.

2.      I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the attached invoices.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 28 DAY OF SEPTEMBER, 2004

_____
Notary Public

My commission expires: October 31, 2007

Katherine Ann Swall
Notary Public in and for
The District of Columbia

9163788v1

# EXHIBIT A
# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP
# INVOICES FOR THE TIME PERIOD
# <u>JUNE 1-30, 2004</u>

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270678

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 06/01/04 | Matthew W. Cheney | Conference with R. Wyron re letter re D. Austern's retention. | 0.20 |
| 06/01/04 | Matthew W. Cheney | Draft letter re D. Austern's retention. | 0.80 |
| 06/01/04 | Matthew W. Cheney | Forward letter to R. Frankel for review. | 0.10 |
| 06/06/04 | Richard H. Wyron | Review draft 2014 statement for D. Austern and engagement letter. | 0.40 |
| 06/07/04 | Richard H. Wyron | Review draft of Austern Declaration. | 0.40 |
| 06/07/04 | Matthew W. Cheney | Draft declaration for D. Austern. | 0.50 |
| 06/08/04 | Matthew W. Cheney | Revise declaration for D. Austern. | 0.30 |
| 06/09/04 | Richard H. Wyron | Review final draft of Austern 2014 filing. | 0.40 |
| 06/10/04 | Roger L. Frankel | Review dockets (from several days). | 0.30 |
| 06/11/04 | Roger L. Frankel | Review, edit draft verified statement of D. Austern under Rule 2014. | 0.40 |
| 06/14/04 | Debra O. Fullem | Review statement of David Austern pursuant to Rule 2014 and coordinate filing with the Court by local counsel and service on parties from our office. | 0.80 |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT: 25369
MATTER: .0001
INVOICE: 270678

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/14/04 | Roger L. Frankel | Review dockets. | 0.20 |
| 06/15/04 | Roger L. Frankel | Review dockets, various entries. | 0.30 |
| 06/15/04 | Roger L. Frankel | Review with R. Wyron issues re Austern compensation, engagement. | 0.30 |
| 06/17/04 | Roger L. Frankel | Review dockets. | 0.20 |
| 06/17/04 | Debra O. Fullem | Organize filings in W.R. Grace bankruptcy case. | 0.50 |
| 06/18/04 | Matthew W. Cheney | Review docket and pleadings. | 0.20 |
| 06/21/04 | Debra O. Fullem | Review revised notice of corrected address and removal from service list from Richard Wyron and email to David Austern regarding same. | 0.30 |
| 06/21/04 | Richard H. Wyron | Review Service List issue with D. Austern. | 0.10 |
| 06/21/04 | Debra L. Felder | Telephone conference with R. Wyron re status report (.1); telephone conference with Judge Buckwalter's chambers re same (.2). | 0.30 |
| 06/22/04 | Debra L. Felder | Review docket. | 0.30 |
| 06/25/04 | Matthew W. Cheney | Review docket and pleadings. | 0.20 |
| 06/28/04 | Matthew W. Cheney | Review pleadings and docket. | 0.20 |
| 06/29/04 | Matthew W. Cheney | Review docket and pleadings. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.70 | $1,028.50 |
| Richard H. Wyron | $510.00 | 1.30 | $663.00 |
| Matthew W. Cheney | $310.00 | 2.80 | $868.00 |
| Debra L. Felder | $205.00 | 0.60 | $123.00 |
| Debra O. Fullem | $175.00 | 1.60 | $280.00 |
| **TOTAL HOURS & FEES** | | **8.00** | **$2,962.50** |

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 270678

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 5,313.75 |
| Telephone | 5.94 |
| Postage | 494.60 |
| Secretarial Services | 32.00 |
| Printing | 20.00 |
| Meal Charges | 110.38 |
| **TOTAL OTHER CHARGES** | **$5,976.67** |

**CURRENT INVOICE DUE**................................................................**$8,939.17**

PREVIOUS BALANCE  (Breakdown attached if applicable)..............................................$0.00

**TOTAL AMOUNT DUE**................................................................**$8,939.17**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270678

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES.................................................................................$2,962.50

TOTAL OTHER CHARGES......................................................$5,976.67

**TOTAL AMOUNT DUE** ...........................................................**$8,939.17**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270679

CLIENT/CASE: 25369.0004

RE: Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/04 | Matthew W. Cheney | Review background materials re debtor. | 0.20 |
| 06/02/04 | Matthew W. Cheney | Review pleadings re background of case. | 0.10 |
| 06/02/04 | Matthew W. Cheney | Conferences with D. Felder re collecting pleadings for due diligence. | 0.30 |
| 06/02/04 | Debra L. Felder | Review docket and various due diligence materials. | 3.80 |
| 06/03/04 | Debra L. Felder | Review numerous pleadings and orders. | 3.50 |
| 06/04/04 | Debra L. Felder | Review docket and numerous pleadings as part of due diligence (8.0); compile materials for R. Frankel and R. Wyron (2.5); conferences with M. Cheney re same (.5). | 11.00 |
| 06/04/04 | Matthew W. Cheney | Conference with R. Frankel, R. Wyron and D. Felder re background pleadings. | 0.40 |
| 06/04/04 | Matthew W. Cheney | Conference with D. Felder re additional pleadings. | 0.20 |
| 06/04/04 | Matthew W. Cheney | Review and respond to correspondence from R. Wyron re PI Committee. | 0.30 |
| 06/04/04 | Roger L. Frankel | Review 10-Q, internal memo in preparation for meeting with D. Austern, CIBC. | 0.80 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT:  25369
MATTER: .0004
INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/04/04 | Richard H. Wyron | Meet with CIBC and review information (.9); follow-up on due diligence checklist (.4); review pleadings (.5); meet with Mr. Austern and follow-up (.8). | 2.60 |
| 06/06/04 | Matthew W. Cheney | Draft correspondence to R. Frankel re pleadings. | 0.20 |
| 06/07/04 | Matthew W. Cheney | Review docket re proposed procedures for PI claims. | 2.50 |
| 06/07/04 | Matthew W. Cheney | Review other pleadings re background of case. | 0.80 |
| 06/07/04 | Matthew W. Cheney | Conference with D. Felder re gathering background materials. | 0.20 |
| 06/07/04 | Debra L. Felder | Review various motions and settlement agreements. | 3.00 |
| 06/08/04 | Matthew W. Cheney | Review pleadings. | 0.50 |
| 06/08/04 | Matthew W. Cheney | Conference with D. Felder re binders for pleadings. | 0.10 |
| 06/08/04 | Roger L. Frankel | Review pleadings in response to case management order. | 0.60 |
| 06/09/04 | Roger L. Frankel | Confer with D. Austern and D. Bernick re overview of Grace (.7); confer with D. Austern re same (.3). | 1.00 |
| 06/09/04 | Roger L. Frankel | Review historical pleadings in response to CMO. | 1.20 |
| 06/09/04 | Richard H. Wyron | Confer with D. Austern and R. Frankel before meeting with D. Bernick (.4); meet with D. Bernick and itemize follow-up (.7). | 1.10 |
| 06/09/04 | Matthew W. Cheney | Conference with D. Felder re pleadings. | 0.10 |
| 06/09/04 | Debra L. Felder | Review various pleadings and orders. | 3.50 |
| 06/10/04 | Debra L. Felder | Conference with M. Cheney re status of case and pending matters (.8); review docket and various pleadings re Sealed Air adversary (4.0). | 4.80 |
| 06/10/04 | Matthew W. Cheney | Review pleadings. | 0.70 |
| 06/10/04 | Matthew W. Cheney | Conferences with D. Felder re pleadings for background due diligence. | 0.60 |
| 06/10/04 | Matthew W. Cheney | Conference with R. Frankel re pleadings. | 0.10 |
| 06/10/04 | Roger L. Frankel | Review ACC, SAC, Equity Committee pleadings re procedure to evaluate asbestos claims. | 1.90 |
| 06/11/04 | Roger L. Frankel | Telephone conversation with D. Austern in preparation for Siegel meeting. | 0.20 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
07/31/04                                                     MATTER: .0004
Page 3                                                       INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/11/04 | Roger L. Frankel | Review motion and exhibits filed by Sealed Air re Judge Wolin in limine standards. | 1.40 |
| 06/11/04 | Roger L. Frankel | Review pleadings binders (.3); telephone conversation with D. Felder re same (.1). | 0.40 |
| 06/11/04 | Debra O. Fullem | Review e-mail from D. Felder with information regarding W.R. Grace v. Sealed Air Corp, Cryovac and Fresenius Medical Care Holdings, Inc. and order copy of concise summary from FDR. | 0.40 |
| 06/11/04 | Richard H. Wyron | Review pleadings on CMO. | 0.80 |
| 06/12/04 | Roger L. Frankel | Review 1st quarter 10-Q and prepare agenda - issues list for meeting with D. Siegel. | 1.30 |
| 06/13/04 | Debra L. Felder | Review and retrieve various pleadings re settlement agreement with Sealed Air and Fresenius. | 4.00 |
| 06/14/04 | Richard H. Wyron | Prepare outline for meeting with Mr. Siegel (.4); review documents for Siegel meeting (.8); meet with Mr. Siegel (1.7); develop follow-up list for Committee meetings (.6). | 3.50 |
| 06/14/04 | Roger L. Frankel | Review agenda, background materials from CIBC in preparation for meeting with D. Siegel. | 0.70 |
| 06/14/04 | Roger L. Frankel | Confer with D. Austern, D. Siegel, J. Friedland, R. Wyron re case overview, status (2.5); confer with D. Austern re same (.4). | 2.90 |
| 06/14/04 | Matthew W. Cheney | Conference with M. Almy re status report and status of case. | 0.20 |
| 06/14/04 | Matthew W. Cheney | Conference with R. Wyron re plan, items to track down and status report. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Conferences with R. Wyron re due diligence items. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Review docket and pleadings re spending motion and appeal re EPA case. | 0.90 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Felder re pleadings. | 0.10 |
| 06/15/04 | Matthew W. Cheney | Review notes re open items. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Felder re status report, and Sealed Air pleadings. | 0.60 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 4

CLIENT: 25369
MATTER: .0004
INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/15/04 | Mary A. Wallace | Telephone call with R. Wyron regarding issues in Sealed Air settlement to be researched. | 0.20 |
| 06/15/04 | Richard H. Wyron | Review CMO pleadings. | 1.20 |
| 06/15/04 | Debra L. Felder | Review various pleadings and background information re Sealed Air settlement. | 4.50 |
| 06/15/04 | Debra L. Felder | Conference with M. Cheney re status. | 0.50 |
| 06/15/04 | Roger L. Frankel | Read Grace Informational Brief, related papers. | 3.40 |
| 06/15/04 | Roger L. Frankel | Review files, prepare notes re meetings with various constituencies. | 0.40 |
| 06/16/04 | Roger L. Frankel | Review memo re Sealed Air settlement. | 0.40 |
| 06/16/04 | Roger L. Frankel | Review due diligence list from CIBC. | 0.30 |
| 06/16/04 | Mary A. Wallace | Begin review of pleadings regarding fraudulent conveyance actions (1.4 hours); research and review SEC filings regarding Sealed Air and Fresenius transactions (1 hour); review settlement with Sealed Air (4.7 hours). | 7.10 |
| 06/16/04 | Matthew W. Cheney | Review docket and pleadings. | 0.90 |
| 06/16/04 | Matthew W. Cheney | Draft correspondence to J. Freedland re copies of pleadings. | 0.50 |
| 06/16/04 | Matthew W. Cheney | Review CIBC's due diligence request to debtors. | 0.20 |
| 06/16/04 | Matthew W. Cheney | Review correspondence from J. Freedland re pleadings. | 0.10 |
| 06/16/04 | Matthew W. Cheney | Conference with D. Felder re Sealed Air case. | 0.20 |
| 06/17/04 | Mary A. Wallace | Continue review of settlement agreement with Sealed Air (2.7 hours); research and review SEC filings regarding Fresenius transaction (.7 hours); review exhibits to Sealed Air settlement agreement (1.6 hours); review Sealed Air motion to vacate Wolin's Standards Order (1.1 hours); review settlement agreement regarding termination rights and Sealed Air covenants to support 9019 motion in light of Sealed Air's motion to vacate (.3 hours); meeting with R. Wyron and draft description of termination provisions of settlement agreement and correspond with R. Wyron regarding additional thoughts on termination in view of pleadings (.4 hours). | 5.70 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 5

CLIENT:  25369
MATTER: .0004
INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/17/04 | Roger L. Frankel | Review, consider order extending exclusivity. | 0.20 |
| 06/17/04 | Roger L. Frankel | Telephone conversation with E. Inselbuch re case, meeting (.1); telephone conversation with G. Becker re same (.1); notes re meetings (.3). | 0.50 |
| 06/17/04 | Debra L. Felder | Review docket re motion to sell de minimis assets (.5); review Alltech motion (.4). | 0.90 |
| 06/17/04 | Richard H. Wyron | Review pleadings for status report (.6); confer with D. Austern and R. Frankel, and follow-up (.8); review Sealed Air pleading and agreement analysis from M. Wallace (.6); review first-day pleadings on sales and use of cash (.7). | 2.70 |
| 06/18/04 | Roger L. Frankel | Series of e-mails re due diligence meetings. | 0.30 |
| 06/18/04 | Roger L. Frankel | Telephone conversation with J. Radecki re status of due diligence. | 0.20 |
| 06/18/04 | Roger L. Frankel | Review pleadings re purchase of Alltech, affidavit re same, ADR program, "de minimis" sales. | 1.60 |
| 06/18/04 | Richard H. Wyron | Review pleadings in Sealed Air. | 1.10 |
| 06/22/04 | Matthew W. Cheney | Review status reports filed by parties. | 1.10 |
| 06/22/04 | Richard H. Wyron | Review pleadings on ZAI. | 1.10 |
| 06/22/04 | Roger L. Frankel | Review Status Reports filed by official committees (PI Committee, Commercial Committee w/ex, Equity Committee and Certain Insurers) per Judge Buckwalter's order. | 2.40 |
| 06/23/04 | Roger L. Frankel | Confer with D. Austern due diligence, status reports, open issues re PI claims. | 0.60 |
| 06/23/04 | Roger L. Frankel | Review status reports of PD Committee, Zonolite (ZAI) claimants, Libby claimants. | 2.20 |
| 06/23/04 | Matthew W. Cheney | Conference with R. Wyron and D. Felder re status of due diligence and meetings. | 0.20 |
| 06/24/04 | Richard H. Wyron | Review Zonolite motions. | 0.80 |
| 06/24/04 | Roger L. Frankel | Review status report of Debtor with exhibits. | 1.70 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 6

CLIENT: 25369
MATTER: .0004
INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/24/04 | Roger L. Frankel | Telephone conferences with D. Austern regarding meetings with committees, ZAI group, futures study; notes regarding meetings. | 0.40 |
| 06/24/04 | Debra L. Felder | Review record on appeal. | 0.40 |
| 06/25/04 | Debra L. Felder | Review summary judgment pleadings and Daubert pleadings re Zonolite Attic Insulation claimants. | 3.50 |
| 06/25/04 | Roger L. Frankel | Prepare detailed due diligence outline for work plan, meetings on June 29. | 2.40 |
| 06/25/04 | Richard H. Wyron | Confer with R. Frankel regarding status and review issues listed for 6/29 meeting. | 0.90 |
| 06/25/04 | Matthew W. Cheney | Review status reports of parties. | 0.70 |
| 06/28/04 | Roger L. Frankel | Review Sealed Air settlement agreement, various TDPs while traveling to New York. | 1.20 |
| 06/28/04 | Richard H. Wyron | Review materials for meetings with Committees on 6/29. | 2.30 |
| 06/29/04 | Richard H. Wyron | Confer with R. Frankel regarding meeting with Trade Committee counsel and review of notes (.9); meet with Trade Committee counsel (2.0); confer with R. Frankel regarding meeting with Equity Committee (.4); meet with Equity Committee (1.0); confer with R. Frankel and review notes in preparation for meeting with PI Committee (.8); meet with PI Committee (1.5); call with CIBC on due diligence and follow-up (.4); review confidentiality agreement (1.2); organize notes from meetings with Committees (1.3). | 9.50 |
| 06/29/04 | Debra L. Felder | Review various pleadings re case management orders. | 1.00 |
| 06/29/04 | Roger L. Frankel | Prepare and review notes in preparation for meetings in New York. | 0.50 |
| 06/29/04 | Roger L. Frankel | Confer with R. Wyron in preparation for due diligence meetings. | 1.10 |
| 06/29/04 | Roger L. Frankel | Series of meetings with Kruger, Pasquales (2.0), Bentley, Becker (1.7), Wyron (1.9), Inselbuch, Finch (1.5) including work travel. | 7.10 |
| 06/29/04 | Roger L. Frankel | Prepare notes re due diligence meetings (1.1), begin review of ZAI science pleadings while traveling (.5). | 1.60 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                  CLIENT:  25369
07/31/04                                                  MATTER: .0004
Page 7                                                    INVOICE: 270679

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/29/04 | Roger L. Frankel | Confer with R. Wyron while traveling to and at LGA re meetings. | 0.80 |
| 06/29/04 | Roger L. Frankel | Review confidentiality agreement sent to CIBC, marked up by R. Wyron; confer with R. Wyron re same. | 0.40 |
| 06/30/04 | Roger L. Frankel | Telephone conversation with D. Austern re due diligence meetings. | 0.30 |
| 06/30/04 | Richard H. Wyron | Review informational brief filed by Grace. | 1.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 42.40 | $25,652.00 |
| Mary A. Wallace | $420.00 | 13.00 | $5,460.00 |
| Richard H. Wyron | $510.00 | 29.30 | $14,943.00 |
| Matthew W. Cheney | $310.00 | 13.90 | $4,309.00 |
| Debra L. Felder | $205.00 | 44.40 | $9,102.00 |
| Debra O. Fullem | $175.00 | 0.40 | $70.00 |
| **TOTAL HOURS & FEES** | | **143.40** | **$59,536.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 590.25 |
| **TOTAL OTHER CHARGES** | **$590.25** |

CURRENT INVOICE DUE................................................................$60,126.25

PREVIOUS BALANCE (Breakdown attached if applicable)................................................$0.00

TOTAL AMOUNT DUE................................................................$60,126.25

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0004

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270679

## INVOICE SUMMARY

TOTAL FEES................................................................$59,536.00

TOTAL OTHER CHARGES .........................................$590.25

**TOTAL AMOUNT DUE** .........................................**$60,126.25**

**REMITTANCE INFORMATION:**

U.S. Mail:
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

CLIENT/CASE: 25369.0009

INVOICE NUMBER: 270682

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/04 | Debra O. Fullem | Conference with M. Cheney to discuss employment of firm (.4); review list of parties to check for conflicts (.5); prepare abbreviated list and provide to accounting to begin search (1.0); begin draft of application to employ and declaration in support of same (2.8). | 4.70 |
| 06/01/04 | Roger L. Frankel | Review, note list of interested parties. | 0.30 |
| 06/01/04 | Matthew W. Cheney | Conference with D. Fullem re application and disclosure. | 0.20 |
| 06/01/04 | Matthew W. Cheney | Review conflicts list. | 0.20 |
| 06/03/04 | Matthew W. Cheney | Conference with D. Fullem re status of conflicts search and application. | 0.10 |
| 06/03/04 | Debra O. Fullem | Work on disclosures of conflicts and application to employ. | 5.00 |

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT:  25369
MATTER: .0009
INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/04/04 | Debra O. Fullem | Conferences with M. Cheney regarding status of application to employ and R. Frankel affidavit (.4); continue to finalize draft of application to employ and R. Frankel affidavit (2.5); prepare e-mails to firm attorneys' regarding conflict issues and review numerous responses thereto (1.0); insert new information from attorneys on additional disclosures in R. Frankel's affidavit (.8). | 4.70 |
| 06/04/04 | Roger L. Frankel | Confer with R. Wyron re retention issues (.2); notes re same (.1). | 0.30 |
| 06/04/04 | Matthew W. Cheney | Conference with D. Fullem re application and disclosure. | 0.20 |
| 06/04/04 | Matthew W. Cheney | Conference with R. Wyron re application and disclosure. | 0.10 |
| 06/04/04 | Debra L. Felder | Draft notice of appearance and request for documents (.5). | 0.50 |
| 06/05/04 | Matthew W. Cheney | Draft application to employ SBSF and disclosure statement by R. Frankel. | 2.90 |
| 06/05/04 | Matthew W. Cheney | Draft correspondence to R. Wyron enclosing draft application. | 0.20 |
| 06/06/04 | Matthew W. Cheney | Review correspondence from R. Wyron re application. | 0.10 |
| 06/06/04 | Richard H. Wyron | Revise application to employ SBSF as counsel for D. Austern and draft disclosure. | 0.80 |
| 06/07/04 | Richard H. Wyron | Review draft of R. Frankel Declaration and Application to Employ SBSF. | 0.90 |
| 06/07/04 | Matthew W. Cheney | Review R. Wyron's comments to application. | 0.20 |
| 06/07/04 | Matthew W. Cheney | Conference with D. Fullem re status of application. | 0.10 |
| 06/07/04 | Matthew W. Cheney | Revise application to employ SBSF. | 0.10 |
| 06/07/04 | Matthew W. Cheney | Draft notice of appearance. | 0.20 |
| 06/08/04 | Matthew W. Cheney | Revise notice of appearance. | 0.10 |
| 06/08/04 | Matthew W. Cheney | Continue drafting application to employ SBSF and disclosure statement for R. Frankel. | 2.00 |
| 06/08/04 | Matthew W. Cheney | Conferences with D. Fullem re notice list and disclosures. | 0.60 |
| 06/08/04 | Matthew W. Cheney | Conference with R. Wyron re application and disclosures. | 0.20 |

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 3

CLIENT:  25369
MATTER: .0009
INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/08/04 | Debra O. Fullem | Conference with M. Cheney (.2); review of list from Debtor's counsel and process for conflict reports to accounting (.5); discuss timing with accounting (.2); update M. Cheney (.1); begin review of certain conflict reports (.5); begin initial draft of application to employ and declaration (2.0). | 3.50 |
| 06/08/04 | Debra O. Fullem | Conference with M. Cheney regarding case status, including timing of conflict reports and filing of employment application. | 0.50 |
| 06/09/04 | Richard H. Wyron | Review revised Frankel Declaration (.5); review of SBSF retention papers (.4). | 0.90 |
| 06/10/04 | Debra O. Fullem | Conference with M. Cheney regarding status of application to employ and R. Frankel disclosure; review and discuss status of conflict reports. | 0.50 |
| 06/10/04 | Debra O. Fullem | Continue preparing drafts of application to employ and R. Frankel's declaration in support (2.0); review and revise same per comments from R. Wyron and R. Frankel (1.0); review conflict reports (1.5); numerous follow up calls and e-mails from various attorneys re conflict information to provide in disclosure (.8); conference with R. Wyron and M. Cheney to review status of documents and conflict reports (.5); prepare further edits to documents and follow up on e-mails to unresponded to e-mails (1.0). | 6.80 |
| 06/10/04 | Roger L. Frankel | Review status with R. Wyron, employment issues. | 0.20 |
| 06/10/04 | Matthew W. Cheney | Conference with R. Wyron re application. | 0.30 |
| 06/10/04 | Matthew W. Cheney | Conference with D. Fullem re conflicts search. | 0.10 |
| 06/10/04 | Matthew W. Cheney | Draft application and disclosure. | 0.80 |
| 06/10/04 | Matthew W. Cheney | Conference with R. Wyron and D. Fullem re application. | 0.80 |
| 06/10/04 | Richard H. Wyron | Confer with D. Fullem regarding conflicts reports and follow-up (.9); call to E. Frejka regarding Ryan matter (.4); confer with M. Cheney and follow-up (.3). | 1.60 |
| 06/11/04 | Matthew W. Cheney | Review correspondence from D. Felder and M. Almy re: application to employ SBSF. | 0.20 |
| 06/11/04 | Roger L. Frankel | Review, edit application to retain Swidler, order re same, declaration of R. Frankel under Rule 2014. | 0.90 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 4

CLIENT:  25369
MATTER: .0009
INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/11/04 | Roger L. Frankel | Confer with R. Wyron re retention papers. | 0.30 |
| 06/11/04 | Debra O. Fullem | Prepare e-mails and responses to e-mails to and from attorneys for follow up on various conflict reports. | 1.00 |
| 06/11/04 | Debra O. Fullem | Review conflict report on professionals employed in the case. | 0.50 |
| 06/14/04 | Debra O. Fullem | Review conflict reports; prepare follow up e-mails to attorneys as necessary regarding additional information. | 1.00 |
| 06/14/04 | Matthew W. Cheney | Draft correspondence to D. Austern enclosing application to employ SBSF. | 0.20 |
| 06/14/04 | Richard H. Wyron | Review draft retention papers (.4); call to M. Cheney regarding filing and review (.2); call to D. Austern re SBSF application (.1); review Ryan conflict resolution (.2); follow-up on disclosure information (.8); revise R. Frankel declaration (.4). | 2.10 |
| 06/14/04 | Roger L. Frankel | Review, edit revised declaration in support of SBSF application. | 0.90 |
| 06/15/04 | Debra L. Felder | Draft and finalize application to employ Swidler (.8); conference with M. Cheney re same (.2). | 1.00 |
| 06/15/04 | Roger L. Frankel | Review, edit declaration (revised) of Frankel (.5); confer with R. Wyron and B. Direnfeld re declaration (.3). | 0.80 |
| 06/15/04 | Richard H. Wyron | Confer with D. Fullem on final issues (.4); finalize application to employ (.3); finalize Ryan letter on proof of claim (.2). | 0.90 |
| 06/15/04 | Matthew W. Cheney | Conference with R. Wyron and D. Fullem re application and disclosure statement. | 0.90 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Felder re notice of application. | 0.10 |
| 06/15/04 | Matthew W. Cheney | Review and revise notice of application. | 0.20 |
| 06/15/04 | Matthew W. Cheney | Conference with D. Fullem re filing applications. | 0.20 |
| 06/15/04 | Matthew W. Cheney | Conference with R. Wyron and D. Fullem re finalizing application. | 0.30 |
| 06/15/04 | Matthew W. Cheney | Draft correspondence to D. Austern enclosing filed application to employ SBSF. | 0.20 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 5

CLIENT:  25369
MATTER: .0009
INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/15/04 | Debra O. Fullem | Several conferences with R. Wyron and M. Cheney regarding employment application and disclosures (1.2); continue to review and revise application to employ and disclosure of R. Frankel (2.6); prepare notes and follow up on disclosure items and discuss with R. Wyron (1.2); conference with local counsel regarding filing and service of pleadings (.2); review and prepare final of service lists (.5); prepare final notice of appearance and application to employ and related documents and coordinate service of same (1.5). | 7.20 |
| 06/16/04 | Matthew W. Cheney | Review motion for admission pro hac vice. | 0.30 |
| 06/17/04 | Matthew W. Cheney | Review and revise motion for admission pro hac vice. | 0.10 |
| 06/17/04 | Roger L. Frankel | Review insert for Frankel declaration. | 0.20 |
| 06/17/04 | Roger L. Frankel | Review supplemental disclosure. | 0.30 |
| 06/17/04 | Debra L. Felder | Review supplemental declarations of R. Frankel and D. Austern. | 0.50 |
| 06/17/04 | Debra O. Fullem | Review language regarding CIBC from R. Wyron for purposes of updating declaration (.2); discuss with D. Felder (.1); prepare draft supplemental declaration of R. Frankel (1.0). | 1.30 |
| 06/18/04 | Debra O. Fullem | Discussions and coordination of filing and service of supplemental statement of R. Frankel. | 0.50 |
| 06/21/04 | Matthew W. Cheney | Conference with R. Wyron re: correspondence from F. Reich re application. | 0.10 |
| 06/21/04 | Elise Scherr Frejka | Review email from R. Wyron re UST inquiry re SBSF retention (.1); review materials and prepare response re representation of former WR Grace officer (1.3). | 1.40 |
| 06/21/04 | Roger L. Frankel | Review issues, series of e-mails re inquiries from UST re SBSF disclosures. | 0.50 |
| 06/21/04 | Richard H. Wyron | Review updated conflicts system reports (.3); work on response to US Trustee's inquiry (.9); draft email response (.3). | 1.50 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 6

CLIENT:  25369
MATTER:  .0009
INVOICE: 270682

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/22/04 | Debra O. Fullem | Finish review of remaining conflict reports from accounting (1.0); prepare summary of same (1.0); review summary with Richard Wyron (.2); prepare emails to attorneys regarding follow up on information in reports (.4). | 2.60 |
| 06/25/04 | Debra O. Fullem | Review and revise pro hac vice motion (.3); discuss with R. Wyron (.1); prepare edits thereto (.1); coordinate signatures by Roger Frankel, Richard Wyron, Matthew Cheney and Jonathan Guy (.2); telephone call to Celeste Hartman re filing and serving of same (.2); review and revise service list to provide notice to core service list (.4). | 1.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 4.70 | $2,843.50 |
| Richard H. Wyron | $510.00 | 8.70 | $4,437.00 |
| Matthew W. Cheney | $310.00 | 12.30 | $3,813.00 |
| Debra L. Felder | $205.00 | 2.00 | $410.00 |
| Elise Scherr Frejka | $410.00 | 1.40 | $574.00 |
| Debra O. Fullem | $175.00 | 41.10 | $7,192.50 |
| **TOTAL HOURS & FEES** | | **70.20** | **$19,270.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 3,789.00 |
| Postage | 889.35 |
| **TOTAL OTHER CHARGES** | **$4,678.35** |

CURRENT INVOICE DUE.................................................................$23,948.35

PREVIOUS BALANCE  (Breakdown attached if applicable).............................................$0.00

**TOTAL AMOUNT DUE**.................................................................**$23,948.35**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04

OUR REFERENCE: 25369.0009

INVOICE NUMBER: 270682

## INVOICE SUMMARY

TOTAL FEES.................................................................$19,270.00

TOTAL OTHER CHARGES....................................................$4,678.35

**TOTAL AMOUNT DUE** ........................................................**$23,948.35**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270683

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/04/04 | Matthew W. Cheney | Draft correspondence to J. Brownstein re conflicts search. | 0.20 |
| 06/04/04 | Matthew W. Cheney | Conference with D. Felder re application for CIBC. | 0.10 |
| 06/04/04 | Debra L. Felder | Draft and revise 2014 statement for D. Austern (2.5). | 2.50 |
| 06/04/04 | Roger L. Frankel | Confer with D. Austern, CIBC re possible retention. | 1.50 |
| 06/08/04 | Debra L. Felder | Begin drafting application to employ CIBC World Markets Corp. as financial advisor. | 1.80 |
| 06/10/04 | Matthew W. Cheney | Conference with D. Felder re application for CIBC. | 0.10 |
| 06/10/04 | Matthew W. Cheney | Conference with M. Almy re application for CIBC. | 0.20 |
| 06/10/04 | Matthew W. Cheney | Telephone conferences with J. Brownstein re application and retention letter. | 0.50 |
| 06/10/04 | Matthew W. Cheney | Draft correspondence to J. Phillips re application for employment. | 0.10 |
| 06/10/04 | Monique D. Almy | Meet with R. Wyron re engagement of CIBC. | 0.20 |
| 06/10/04 | Monique D. Almy | Make calls to CIBC/Brownstein re their engagement. | 0.30 |
| 06/10/04 | Monique D. Almy | Work on CIBC engagement letter. | 0.20 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                              CLIENT:  25369
07/31/04                                                              MATTER: .0010
Page 2                                                                INVOICE: 270683

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/10/04 | Monique D. Almy | Work on CIBC retention pleadings. | 0.80 |
| 06/11/04 | Monique D. Almy | Work on CIBC retention pleadings. | 1.80 |
| 06/11/04 | Monique D. Almy | Call to Jon Brownstein. | 0.20 |
| 06/11/04 | Debra L. Felder | Continue drafting application to employ CIBC (3.0); conference with M. Almy re same (.3). | 3.30 |
| 06/14/04 | Debra L. Felder | Revise application to employ CIBC. | 1.00 |
| 06/14/04 | Monique D. Almy | Edit Application to Employ and Order/CIBC. | 0.60 |
| 06/15/04 | Debra L. Felder | Revise application to employ CIBC. | 0.80 |
| 06/15/04 | Roger L. Frankel | Review engagement letters. | 0.40 |
| 06/16/04 | Debra L. Felder | Revise application to employ CIBC (2.0); conference with M. Cheney re same (.7); review Radecki declaration (.5); telephone conferences with J. Brownstein re same (.3). | 3.50 |
| 06/16/04 | Richard H. Wyron | Review and revise CIBC engagement letter and FCR's application to employ (1.8); review and revise 2014 supplemental statements for R. Frankel and D. Austern (.9). | 2.70 |
| 06/16/04 | Matthew W. Cheney | Telephone conferences with J. Brownstein re CIBC application. | 0.70 |
| 06/16/04 | Matthew W. Cheney | Conferences with D. Felder re CIBC application. | 0.30 |
| 06/16/04 | Matthew W. Cheney | Review and respond to correspondence from R. Wyron and M. Almy re CIBC application. | 0.10 |
| 06/16/04 | Matthew W. Cheney | Review and revise application to employ CIBC, retention letter and Radecki declaration. | 1.90 |
| 06/16/04 | Matthew W. Cheney | Draft correspondence to M. Almy re retention letter. | 0.10 |
| 06/16/04 | Matthew W. Cheney | Conference with R. Wyron re retention letter. | 0.30 |
| 06/17/04 | Matthew W. Cheney | Conference with R. Wyron re CIBC retention letter. | 0.10 |
| 06/17/04 | Matthew W. Cheney | Conference with D. Felder re CIBC retention letter. | 0.10 |
| 06/17/04 | Matthew W. Cheney | Review correspondence from J. Brownstein and R. Wyron re application and retention letter. | 0.20 |
| 06/17/04 | Monique D. Almy | Review Radecki Affidavit. | 0.20 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 3

CLIENT:   25369
MATTER:   .0010
INVOICE:  270683

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/17/04 | Richard H. Wyron | Review CIBC application and disclosure (.8); revise R. Frankel and D. Austern 2014 supplemental declarations (.4). | 1.20 |
| 06/17/04 | Roger L. Frankel | Review insert for David Austern supplemental declaration. | 0.10 |
| 06/17/04 | Debra O. Fullem | Review langage from R. Wyron regarding CIBC to insert into Mr. Radecki's declaration; discuss with D. Felder. | 0.50 |
| 06/17/04 | Debra O. Fullem | Discussions with R. Wyron, M. Cheney and D. Felder regarding CIBC employment. | 0.50 |
| 06/17/04 | Debra L. Felder | Conference with R. Wyron re application to employ CIBC (.2); revise same (1.0); telephone conferences with J. Brownstein re same (.7); review Radecki declaration and suggest revisions re same (1.5). | 3.40 |
| 06/18/04 | Debra L. Felder | Telephone conference with R. Meade re filing application to employ CIBC and supplemental declarations. | 0.30 |
| 06/18/04 | Debra O. Fullem | Discussions and coordination of filings of CIBC employment and supplemental statement of David Austern. | 1.00 |
| 06/22/04 | Richard H. Wyron | Review engagement letters and confidentiality issues. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $430.00 | 4.30 | $1,849.00 |
| Roger L. Frankel | $605.00 | 2.00 | $1,210.00 |
| Richard H. Wyron | $510.00 | 4.30 | $2,193.00 |
| Matthew W. Cheney | $310.00 | 5.00 | $1,550.00 |
| Debra L. Felder | $205.00 | 16.60 | $3,403.00 |
| Debra O. Fullem | $175.00 | 2.00 | $350.00 |
| **TOTAL HOURS & FEES** | | **34.20** | **$10,555.00** |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 4

CLIENT:  25369
MATTER: .0010
INVOICE: 270683

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 3,362.40 |
| Postage | 1,238.35 |
| **TOTAL OTHER CHARGES** | **$4,600.75** |

CURRENT INVOICE DUE.................................................................$15,155.75

PREVIOUS BALANCE  (Breakdown attached if applicable)..............................................$0.00

TOTAL AMOUNT DUE.................................................................$15,155.75

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270683

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES...................................................................................$10,555.00

TOTAL OTHER CHARGES ......................................................$4,600.75

**TOTAL AMOUNT DUE** ..........................................................**$15,155.75**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270680

CLIENT/CASE: 25369.0006

RE: Insurance Matters

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/04 | Roger L. Frankel | Review with M. Plumer and B. Direnfeld staffing and issues re insurance coverage. | 0.30 |
| 06/22/04 | Roger L. Frankel | Review M. Plumer availability; e-mail to Siegel re insurance due diligence. | 0.20 |
| 06/25/04 | Roger L. Frankel | Review insurance project issues with M. Plumer, portions of SEC filings regarding insurance, claims. | 0.40 |
| 06/25/04 | Scott J. Levitt | Office telephone conference with Mr. Plumer re case overview (.2); review and analyze Grace's 10-K and 10-Q (1.5); research on Mealey's re Grace's coverage actions (1.6). | 3.30 |
| 06/25/04 | Mark J. Plumer | Telephone conference with Jay Hughes (W.R. Grace) to set up 6/30 meeting (.2); follow-up with Mr. Levitt re preparation for same (.3). | 0.50 |
| 06/28/04 | Mark J. Plumer | Review background financial documents in preparation for 6/9 telephone conference re insurance issues. | 1.10 |
| 06/28/04 | Scott J. Levitt | Research Grace's asbestos coverage actions (1.7); draft memorandum re same (1.6); office conference with Ms. Wrathall re same (.2). | 3.50 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT: 25369
07/31/04                                                      MATTER: .0006
Page 2                                                        INVOICE: 270680

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/29/04 | Scott J. Levitt | Prepare outline for telephone conference with Jay Hughes (1.6); research history of Grace's coverage actions (2.5); draft memorandum re same (1.1). | 5.20 |
| 06/29/04 | Meghan R. Wrathall | Electronic research and review of documents on Mealeys for Mr. Levitt re preparation of materials for conference call. | 5.00 |
| 06/30/04 | Mark J. Plumer | Office conference with Mr. Levitt in preparation for telephone conference call with W.R. Grace re status of insurance recovery (.3); telephone conference with W.R. Grace risk manager, et al., re remaining insurance asset and historic insurance recovery efforts bearing upon residual coverage (1.0). | 1.30 |
| 06/30/04 | Scott J. Levitt | Office conference with Mr. Plumer re Grace's asbestos coverage and litigation (.3); telephone conference with W.R. Grace (1.0); draft memorandum re same (2.5); review and analyze 10-K and reported court decisions involving Grace (3.5). | 7.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 0.90 | $544.50 |
| Mark J. Plumer | $520.00 | 2.90 | $1,508.00 |
| Scott J. Levitt | $355.00 | 19.30 | $6,851.50 |
| Meghan R. Wrathall | $125.00 | 5.00 | $625.00 |
| **TOTAL HOURS & FEES** | | **28.10** | **$9,529.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$9,529.00

PREVIOUS BALANCE  (Breakdown attached if applicable).................................$0.00

TOTAL AMOUNT DUE.................................................................$9,529.00

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270680

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES......................................................................................$9,529.00

TOTAL OTHER CHARGES .................................................................$0.00

**TOTAL AMOUNT DUE** ..............................................................**$9,529.00**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270681

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/01/04 | Mykhaylo A. Gryzlov | Research regarding decisions by Judge Buckwalter re asbestos or bankruptcy issues (1.0); draft multiple e-mails to R. Wyron regarding the foregoing (.3). | 1.30 |
| 06/01/04 | Mykhaylo A. Gryzlov | Research regarding professional history of Judge Buckwalter and standing case management orders; draft e-mail to R. Wyron regarding the foregoing. | 0.40 |
| 06/11/04 | Roger L. Frankel | Review, consider J. Buckwalter memorandum and order re status reports. | 0.30 |
| 06/16/04 | Matthew W. Cheney | Conference with D. Felder re status report. | 0.10 |
| 06/16/04 | Debra L. Felder | Review pleadings re Judge Wolin's July 29, 2002 solvency opinion and motion to vacate same (1.0); draft e-mail summary re same (.5); begin drafting status report pursuant to June 8, 2004 Order (3.5). | 5.00 |
| 06/17/04 | Debra L. Felder | Conference with M. Almy and M. Cheney re status report (.2); revise same (1.3); telephone conference with D. Carickhoff re motion to vacate Judge Wolin's July 29, 2002 opinion (.2); review motion and draft summary e-mail re same (.7). | 2.40 |

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)
07/31/04
Page 2

CLIENT:  25369
MATTER:  .0007
INVOICE: 270681

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 06/17/04 | Richard H. Wyron | Review and revise draft status report. | 1.20 |
| 06/17/04 | Matthew W. Cheney | Review and revise status report. | 0.70 |
| 06/17/04 | Matthew W. Cheney | Conference with D. Felder re status report. | 0.10 |
| 06/18/04 | Roger L. Frankel | Review, revise status report for J. Buckwalter. | 0.40 |
| 06/21/04 | Roger L. Frankel | Review issues re Sealed Air motion to vacate. | 0.30 |
| 06/21/04 | Roger L. Frankel | Review, revise status report to J. Buckwalter. | 0.30 |
| 06/21/04 | Roger L. Frankel | Review protective opposition to Sealed Air motion. | 0.30 |
| 06/21/04 | Debra O. Fullem | Review status report by David Austern to be filed with Court and e-mail to Celeste Hartman regarding same. | 0.10 |
| 06/21/04 | Richard H. Wyron | Revise and fianlize status report (1.3); call to D. Austern (.2); follow-up on finalizing report (.6). | 2.10 |
| 06/25/04 | Roger L. Frankel | Confer with R. Wyron regarding status reports. | 0.30 |
| 06/26/04 | Roger L. Frankel | Review overall issues per status reports. | 0.50 |
| 06/29/04 | Matthew W. Cheney | Conference with D. Felder re Scott Company motion. | 0.10 |
| 06/29/04 | Matthew W. Cheney | Review correspondence from R. Wyron re Scott Company motion. | 0.10 |
| 06/30/04 | Matthew W. Cheney | Conference with D. Felder re Scott Company motion. | 0.10 |
| 06/30/04 | Matthew W. Cheney | Review correspondence from D. Felder re motion. | 0.20 |
| 06/30/04 | Matthew W. Cheney | Review correspondence from J. Phillips and R. Frankel re motion. | 0.20 |
| 06/30/04 | Roger L. Frankel | Review pleadings, exhibits filed by Scott Company to enforce preliminary injunction. | 0.60 |
| 06/30/04 | Roger L. Frankel | Review memo re Scott motion (.3); review ACC objection (.5); e-mails re same (.1). | 0.90 |
| 06/30/04 | Debra L. Felder | Review pleadings and exhibits re motion to enforce stay (1.2); draft e-mail summary re same (.8). | 2.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 3.90 | $2,359.50 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
07/31/04                                                     MATTER: .0007
Page 3                                                       INVOICE: 270681

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 3.30 | $1,683.00 |
| Matthew W. Cheney | $310.00 | 1.60 | $496.00 |
| Debra L. Felder | $205.00 | 9.40 | $1,927.00 |
| Mykhaylo A. Gryzlov | $230.00 | 1.70 | $391.00 |
| Debra O. Fullem | $175.00 | 0.10 | $17.50 |
| **TOTAL HOURS & FEES** | | **20.00** | **$6,874.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................**$6,874.00**

PREVIOUS BALANCE  (Breakdown attached if applicable)............................................$0.00

**TOTAL AMOUNT DUE**................................................................**$6,874.00**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270681

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES...................................................................................................$6,874.00

TOTAL OTHER CHARGES ............................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................................**$6,874.00**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0011

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270684

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/10/04 | Matthew W. Cheney | Telephone conference with S. Bossay's office re fee auditor's guidelines. | 0.20 |
| 06/11/04 | Debra L. Felder | Telephone conference with fee auditor re guidelines for fee applications. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Matthew W. Cheney | $310.00 | 0.20 | $62.00 |
| Debra L. Felder | $205.00 | 0.30 | $61.50 |
| **TOTAL HOURS & FEES** | | **0.50** | **$123.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................$123.50

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
07/31/04                                                     MATTER: .0011
Page 2                                                       INVOICE: 270684

    PREVIOUS BALANCE  (Breakdown attached if applicable).........................................................................$0.00

       **TOTAL AMOUNT DUE**...................................................................**$123.50**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270684

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES..................................................................$123.50

TOTAL OTHER CHARGES ...........................................$0.00

**TOTAL AMOUNT DUE** .............................................**$123.50**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270685

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 06/28/04 | Roger L. Frankel | Non-working travel to New York for meetings with Committee counsel. | 1.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.00 | $605.00 |
| **TOTAL HOURS & FEES** | | **1.00** | **$605.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE.................................................................................$605.00

PREVIOUS BALANCE (Breakdown attached if applicable).........................................................$0.00

TOTAL AMOUNT DUE...............................................................................$605.00

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270685

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES..................................................................$605.00

TOTAL OTHER CHARGES.................................................$0.00

**TOTAL AMOUNT DUE** ..............................................**$605.00**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:          Citibank, F.S.B.
Account Title:         Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:       254070116
Account No.:           15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270686

CLIENT/CASE: 25369.0015

RE:  FCR Retention Appeals

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 06/15/04 | Matthew W. Cheney | Review docket re appeal of FCR order. | 0.40 |
| 06/15/04 | Matthew W. Cheney | Draft correspondence to D. Austern re appeal. | 0.40 |
| 06/15/04 | Richard H. Wyron | Review pleadings on appeal of FCR order. | 0.90 |
| 06/17/04 | Monique D. Almy | Review Notice of Appeals filed by Federal Insurance Company, Royal and SunAlliance and designation of record. | 0.20 |
| 06/22/04 | Roger L. Frankel | Review docket entries (.2); review appeal issue filed by Property Committee (.1). | 0.30 |
| 06/25/04 | Matthew W. Cheney | Review correspondence from R. Wyron and D. Felder re appeal of FCR order. | 0.10 |
| 06/25/04 | Matthew W. Cheney | Conference with D. Felder re record on appeal. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Monique D. Almy | $430.00 | 0.20 | $86.00 |
| Roger L. Frankel | $605.00 | 0.30 | $181.50 |

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

David Austern, FCR (for W.R. Grace & Co,)  CLIENT:  25369
07/31/04                                     MATTER: .0015
Page 2                                       INVOICE: 270686

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $510.00 | 0.90 | $459.00 |
| Matthew W. Cheney | $310.00 | 1.00 | $310.00 |
| **TOTAL HOURS & FEES** | | **2.40** | **$1,036.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE....................................................................$1,036.50

PREVIOUS BALANCE  (Breakdown attached if applicable).........................................................$0.00

TOTAL AMOUNT DUE....................................................................$1,036.50

# Swidler Berlin Shereff Friedman, LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 07/31/04
INVOICE NUMBER: 270686

OUR REFERENCE: 25369.0015

## INVOICE SUMMARY

TOTAL FEES...................................................................................$1,036.50

TOTAL OTHER CHARGES.....................................................................$0.00

**TOTAL AMOUNT DUE** ....................................................................**$1,036.50**

**REMITTANCE INFORMATION:**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on September 29, 2004, I caused the *Notice, Cover Sheet to Second Monthly Interim Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period June 1, 2004 through June 30, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

*Debra O. Fullem*

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING FIRST QUARTERLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD MAY 24, 2004 THROUGH JUNE 30, 2004</u>**

Swidler Berlin Shereff Friedman, LLP ("SBSF"), as bankruptcy counsel to David

T. Austern, the Future Claimants Representative (the "FCR"), filed its First Quarterly

Interim Application for allowance of compensation and reimbursement of expenses for

the time period May 24, 2004 through June 30, 2004 (the "First Quarterly Application").

The Court has reviewed the First Quarterly Application and finds that: (a) the Court has

jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice

of the First Quarterly Application, and any hearing on the First Quarterly Application,

was adequate under the circumstances; and (c) all persons with standing have been

afforded the opportunity to be heard on the First Quarterly Application.  Accordingly, it

is hereby

ORDERED that the First Quarterly Application of SBSF is GRANTED on an interim basis. The Debtors shall pay to SBSF the sum of $120,681.00 as compensation, and $15,846.02 as reimbursement for expenses, for a total of $136,527.02 for services rendered and disbursements incurred by SBSF for the period May 24, 2004 through June 30, 2004, less any amounts which may have been previously paid in connection with SBSF's monthly fee applications for this period.

Dated: _____

_____

United States Bankruptcy Judge

## <u>CERTIFICATE OF SERVICE</u>

  I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on October 22, 2004, I caused a copy of the *Notice, First Quarterly Fee Application of Swidler Berlin Shereff Friedman, LLP, Bankruptcy Counsel to David T. Austern, Future Claimants Representative for Compensation and Reimbursement of Expenses Incurred for the Period May 24, 2004 through June 30, 2004, Exhibits A-C, Verification and proposed Order* to be served upon those persons listed in the attached Service List in the manner so indicated.

*Deborah Fullem*
               
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin Shereff Friedman, LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com***

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
 Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
 Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP


*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire

Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9177349v1