IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case Nos. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**VERIFIED STATEMENT OF
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PURSUANT TO BANKRUPTCY RULE 2019**

Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") submits the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the Amendatory Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019, dated August 27, 2004, and states as follows:

1. Skadden, Arps is counsel to the following creditors of the above-captioned debtors and debtors-in-possession: (a) Sealed Air Corporation and (b) Cryovac, Inc.

2.  As required by the terms of the Amendatory Order, the information required to be disclosed herein by Rule 2019, has been submitted to the Clerk of the Court on compact disc.

### VERIFICATION

The undersigned verifies under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2004.

        /s/ David R. Hurst
Mark S. Chehi (I.D. No. 2855)
David R. Hurst (I.D. No. 3743)
Skadden, Arps, Slate, Meagher
    & Flom LLP
One Rodney Square
Wilmington, Delaware  19899-0636
(302) 651-3000

- and -

Henry P. Wasserstein
Skadden, Arps, Slate, Meagher
    & Flom LLP
Four Times Square
New York, New York  10036-6522
(212) 735-3000

*Counsel for Sealed Air Corporation and Cryovac, Inc.*