IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | )<br>)<br>) Chapter 11<br>) Case No. 01-01139 (JKF)<br>) (Jointly Administered)<br>)<br>) |

### THIRD SUPPLEMENTAL DECLARATION OF ROGER FRANKEL UNDER FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN AS FUTURE CLAIMANTS' REPRESENTATIVE

I, ROGER FRANKEL, state:

1. I am a partner in the law firm of Swidler Berlin Shereff Friedman, LLP ("SBSF"), which maintains offices for the practice of law at 3000 K Street, N.W., Washington, D.C. 20007 and 405 Lexington Avenue, New York, New York 10174. I am admitted to practice law before the Bars of the District of Columbia and the State of Maryland, and am authorized to execute this Third Supplemental Declaration on behalf of SBSF. SBSF is bankruptcy counsel to David T. Austern, the Future Claimants' Representative appointed by the Court in the above-captioned cases, pursuant to an Order entered on September 27, 2004.

2. On June 15, 2004, I submitted my declaration pursuant to Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Rules") in support of the Application of the FCR seeking the entry of an Order authorizing the retention and employment of SBSF as his bankruptcy counsel. On June 18, 2004, I submitted a supplemental declaration and on September 14, 2004, I submitted a second supplemental declaration providing additional disclosures.

3.      Paragraph 10 of my original declaration identified certain parties in interest which SBSF represents or has represented in matters unrelated to these Chapter 11 cases. SBSF is continuing to review notices of appearance filed in these cases, and is supplementing paragraph 10 as appropriate. Based upon its review to date, SBSF has identified the parties listed below which (or whose affiliate) have filed such notices or have filed pleadings in these cases, and which SBSF represents in wholly-unrelated matters:

  a.      Bear Stearns & Co., as underwriter's counsel, in connection with bond financings with the New York City Housing Development Corporation.

  b.      Contrarian Capital Management, on arbitrage-related work unrelated to these bankruptcy cases.

  c.      Debt Acquisition Company, on issues related to certain claims purchases unrelated to these bankruptcy cases.

  d.      Elliott Associates, L.P., on arbitrage-related work unrelated to these bankruptcy cases.

  e.      Entergy-Koch, LP, in matters relating to commodity trading, energy regulatory matters and insurance matters.

  f.      Exxon Mobil Chemical Corporation, on certain environmental matters .

  g.      Lazard Freres, on general telecommunication regulatory matters.

  h.      Public Service Electric & Gas Co., on certain energy regulatory matters.

  i.      Waste Management, on insurance matters.

SBSF has not and will not represent any of these parties with respect to any matters in connection with these cases.

4.      SBSF has also determined that Suzan Charlton, currently counsel with SBSF, while she was associated with Anderson Kill Olick & Oshinsky, now know as Anderson Kill & Olick, P.C. ("Anderson Kill"), from 1991 to 1994, represented W.R. Grace on certain

environmental litigation and insurance matters. While at SBSF, Ms. Charlton has not represented Mr. Austern in these cases. She is screened from working on these cases and from obtaining any information relating to these cases.

5.     SBSF will use reasonable efforts to identify any additional relevant fact or relationship not previously disclosed. If any such fact or relationship is discovered, SBSF will, as soon as reasonably practicable, file additional supplemental declarations with the Court.

\* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Roger Frankel

Executed on October 25, 2004

3

9176997v2

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on October 25, 2004, I caused the *Third Supplemental Declaration of Roger Frankel Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Swidler Berlin Shereff Friedman, LLP as Bankruptcy Counsel to David T. Austern as Future Claimants' Representative,* to be served upon those persons as shown on the attached Service List by first class mail, postage prepaid.

                                                   _____
                                                   Debra O. Fullem, Senior Legal Assistant
                                                   Swidler Berlin Shereff Friedman, LLP

9151677v1

**W. R. Grace Service List**
Case No. 01-1139 (JKF)

David B. Siegel, Senior Vice President and
General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors in Possession)*

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*(Local Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #301
Wilmington, DE 19801-3549
*(Local Counsel to Asbestos Claimants)*

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Counsel to Property Damage Claimants)*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 North Saint Paul Street
Dallas, TX 75201

Teresa K.D. Currier, Esquire
Jeffrey R. Waxman, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Official Committee of Personal Injury Claimants)*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*(Official Committee of Unsecured Creditors)*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
*(Official Committee of Property Damage Claimants)*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

William S. Katchen, Esquire
Duane Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
*(Counsel to Official Committee of Unsecured Creditors)*

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
*(Counsel to Official Committee of Equity Holders)*

Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
*(Counsel to Asbestos Claimants)*