UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case Nos. 01-1139 (JKF) |
| | ) | *Chapter 11* |
| | ) | Jointly Administered |
| Debtors. | ) | |

**DECLARATION OF SERVICE WITH RESPECT TO VERIFIED STATEMENT OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP PURSUANT TO BANKRUPTCY RULE 2019**

I, David R. Hurst, hereby certify that on the 25th day of October, 2004, I caused to be served true and correct copies of the following document on the individuals listed on the attached service list in the manner indicated:

*Verified Statement of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 6709]*

Dated: October 25, 2004

/s/ David R. Hurst
Mark S. Chehi (I.D. No. 2855)
David R. Hurst (I.D. No. 3743)
Skadden, Arps, Slate, Meagher
 & Flom LLP
One Rodney Square
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Henry P. Wasserstein
Skadden, Arps, Slate, Meagher
 & Flom LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000

*Counsel for Sealed Air Corporation and Cryovac, Inc.*

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Kirkland & Ellis
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Office of the U.S. Trustee
Frank J. Perch III
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*U.S. Trustee*

Stroock & Stroock & Lavan LLP
Arlene G. Krieger
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400
*Counsel to the Official Committee of Unsecured Creditors*

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Robert W. Turken
Jay M. Sakalo
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
*Counsel to the Official Committee of Asbestos Property Damage Claimants*

Ferry, Joseph & Pearce, P.A.
Theodore J. Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*Counsel to the Official Committee of Asbestos Property Damage Claimants*

Caplin & Drysdale, Chartered
Elihu Inselbuch
Rita C. Tobin
399 Park Avenue, 27th Floor
New York, NY 10022
*Counsel to the Official Committee of Asbestos Personal Injury Claimants*