| First Name and middle initial of creditor/equity security holder | Last Name | Street Address | City | State | Zip Code | Reserved | Form of agreement/ instrument empowering entity to act on behalf of creditors or equity security holders | Amount of claim of creditor if liquidated (claim is presumed to be unliquidated if blank) | Date of acquisition of creditor's claim if acquired within 1 year prior to date of filing of bankruptcy 4/2/01 | For personal injury claimants, type of disease and for all other claimants, the nature of the claim or interest | Pertinent facts & circum-stances regarding employ-ment of counsel or inden-ture trustee, and, in the case of a committee, the name or names of the entity at whose in-stance directly or indirectly the employ-ment was arranged or the committee was organized or agreed to act (reference additional exhibits if necessary) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |