IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** Nov. 15 , 2004, at 4:00 p.m. (prevailing eastern time) |

**SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD, FROM AUGUST 1, 2004, THROUGH AUGUST 31, 2004, AND FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FOR THE QUARTER OF JULY - SEPTEMBER, 2004**

| | |
|---|---|
| Name of Applicant: | **Latham & Watkins LLP ("L&W")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001.** |
| Periods for which compensation and reimbursement is sought: | **August 1, 2004 through August 31, 2004, September 1, 2004 through September 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$81,729.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$5,199.44** |

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a(n) _X_ monthly, ___ interim, ___ final application.

The total time expended for the preparation of this application is approximately 1 hour, and the corresponding estimated compensation *that will be requested in a future application* is approximately $250.00.

This is the second monthly application for interim compensation of services for the July-September 2004 quarter that the Debtors have filed with the Bankruptcy Court in the Chapter 11 Cases. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| On or about August 9, 2004 | December 2004 – June 2004 | $211,719.00 | $6927.50 | Awaiting approval | Awaiting approval |
| On or about August 25, 2004 | July 1, 2004 – July 31, 2004 | $11,334.50 | $201.32 | Awaiting approval | Awaiting approval |

The hearing for the Quarterly Application for the interim period January 1, 2004, through March 31, 2004, has not yet been scheduled. The hearing for the Quarterly Application for the interim period April 1, 2004, through June 30, 2004, has, likewise, not been scheduled. Finally, the hearing for the Monthly Application for the interim period July 1, 2004 through September 30, 2004 has also not been scheduled.

The L&W attorneys who rendered professional services in these cases during the August 2004 Fee Period are:

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John McGahren | Partner | 14 | Environmental | 475.00 | 19.30 | $ 9167.50 |
| Laurie D. Matthews | Contract Associate | 9 | Environmental | 455.00 | 45.40 | 20,657.00 |
| Jeffrey LeJava | Associate | 6 | Environmental | 360.00 | 21.40 | 7,704.00 |
| Daniel Mulvihill | Associate | 3 | Environmental | 295.00 | 3.20 | 944.00 |
| Steven E. Savage | Associate | 1 | Litigation | 235.00 | 15.10 | 3,548.50 |
| | | | | Total for Attorneys | 104.40 | $42,021.00 |

2

## Compensation by Matter (August 2004)

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 029016-0001 | Hatco Remediation | 76.40 | $33,828.50 |
| 029016-0003 | Special Counsel Fee Application | 28.00 | 8,192.50 |
| | Total for Attorneys | 104.40 | $42,021.00 |

## Expense Summary for Hatco Remediation (August 2004)

| Description | Amount |
|---|---|
| Telephone | $ 45.86 |
| Calling Card | 3.96 |
| Standard Copies | 7.48 |
| Secretarial Overtime | 360.00 |
| Document Preparation | 138.00 |
| Electronic Legal Research | 3,138.48 |
| | |
| Total | $3,693.78 |

## Expense Summary for Special Environmental Counsel Application (August 2004)

| Description | Amount |
|---|---|
| Telephone | $ 5.01 |
| Standard Copies | 20.91 |
| Electronic Legal Research | 321.81 |
| Total | $347.73 |

The L&W attorneys who rendered professional services in these cases during the September 2004 Fee Period are:

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| John McGahren | Partner | 14 | Environmental | 475.00 | 30.90 | $14,677.50 |
| Laurie D. Matthews | Contract Associate | 9 | Environmental | 455.00 | 49.20 | 22,386.00 |
| Jeffrey LeJava | Associate | 6 | Environmental | 360.00 | .30 | 108.00 |
| Daniel Mulvihill | Associate | 3 | Environmental | 295.00 | 8.60 | 2,537.00 |
| | | | | Total for Attorneys | 89.00 | $39,708.50 |

## Compensation by Matter (September 2004)

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 029016-0001 | Hatco Remediation | 89.00 | $39,708.50 |
| | Total for Attorneys | 89.00 | $39,708.50 |

## Expense Summary for Hatco Remediation (September 2004)

| Description | Amount |
|---|---:|
| Telephone | $ 16.28 |
| Federal Express | 23.96 |
| Standard Copies | 21.42 |
| Telecopying | 47.50 |
| Secretarial Overtime | 270.00 |
| Ground Transportation | 14.35 |
| Postage | 2.13 |
| Electronic Legal Research | 620.04 |
| Mileage | 75.00 |
| Parking – Local | 8.00 |
| Total | $1098.68 |

**Expense Summary for Special Environmental Counsel Application (September 2004)**

| Description | Amount |
|---|---|
| Standard Copies | $ 5.95 |
| Federal Express | 53.30 |
| Total | $59.25 |

**WHEREFORE,** L&W respectfully requests (a) that an allowance be made to it, as fully described above for (i) the amount of **$81,729.50** for reasonable and necessary professional services L&W has rendered to the Debtors during the Fee Period and (ii) the reimbursement of actual and necessary costs and expenses incurred by L&W during the Fee Period (**$5,199.44**); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware  
Dated: October 25, 2004

Respectfully submitted,

LATHAM & WATKINS LLP

*[signature]*  
John McGahren, Esq.  
Latham & Watkins LLP  
One Newark Center, 16th Floor  
Newark, New Jersey 07101  
(973) 639-1234

5