## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| W.R. Grace & Co., et. al.[1], | ) Jointly Administered for Administrative Purposes under |
| Debtors. | ) Case No. 01-01139 (JKF) |
| | ) Honorable Judith K. Fitzgerald |
| | ) Re: D.I. 6275 |

### STATEMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL IN RESPONSE TO THE COURT'S AMENDATORY ORDER OF AUGUST 27, 2004 THAT REQUIRED FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019

Now Comes Morris, Nichols, Arsht & Tunnell ("MNAT"), and in response to this Court's Amendatory Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019, dated August 27, 2004, (the "Amendatory Order") states as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

MNAT, together with McDermott, Will & Emery LLP (MWE), represents Fresenius Medical Care Holdings, Inc. (FMCH) and certain of its direct and indirect corporate subsidiaries in this case (collectively, the "FMCH Group"). Because the FMCH Group constitutes a single affiliated group of corporate entities, and because these affiliated corporations are under common control of a single corporate parent, MNAT has concluded that its representation of the Fresenius entities within the FMCH Group does not constitute the type of representation of multiple creditors envisioned by this Court's Amendatory Order or Rule 2019. Nonetheless, in an abundance of caution, and in order to provide to the Court, the Debtors, and other interested parties clear notice of MNAT's understanding of the Amendatory Order, MNAT hereby files this notice and this list of the separate corporate entities within the FMCH Group that have an interest in the outcome of these proceedings.

The corporate entities on whose behalf MNAT and MWE submitted proofs of claims against the above-captioned Debtors and Debtors in Possession and their bankruptcy estates are:

1. Fresenius Medical Care Holdings, Inc., a New York corporation (taxpayer identification number 13-3461988).

2. National Medical Care, Inc., a Delaware corporation (taxpayer identification number 04-2835488).

3. Bio-Medical Applications of Indiana, a Delaware corporation (taxpayer identification number 04-2969825).

4. Bio-Medical Applications of Oklahoma, Inc., a Delaware corporation (taxpayer identification number 04-3017363).

5. Bio-Medical Applications of Mississippi, Inc., a Delaware corporation (taxpayer identification number 04-3108559).

6. Bio-Medical Applications of Rhode Island, Inc., a Delaware corporation (taxpayer identification number 04-2489760).

7. Bio-Medical Applications of South Carolina, Inc., a Delaware corporation (taxpayer identification number 04-2944532).

8. NMC Homecare, Inc., a Delaware corporation (taxpayer identification number 04-2898385).

9. Fresenius U.S.A., Inc., a Massachusetts corporation.

This Court, the Debtors, and other interested parties are already familiar with MNAT's and MWE's representation of the FMCH Group because of the Court's participation in the settlement of certain adversary proceeding claims that is reflected in the Order Approving, Authorizing, and Implementing Settlement Agreement By and Among Plaintiffs The Official Committee of Property Damage Claimants and The Official Committee of Personal Injury Claimants, The Debtors, and Defendants Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc., which Order was entered on June 25, 2003.

In light of the foregoing, MNAT has not submitted herewith an Exhibit A or Exhibit B, such as is required by this Court's Amendatory Order for counsel representing multiple unaffiliated and disparate creditors.

If the Court desires additional information from MNAT regarding its representation of the FMCH Group, MNAT will promptly provide such information.

Dated: October 25, 2004
       Wilmington, DE

Respectfully Submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ William H. Sudell*

William H. Sudell, Jr. (#0463)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: (302) 658-9200

434144