IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:
W.R. GRACE & CO.,

       Debtor.

Chapter 11
Case No. 01-1139 JFK

VERIFIED STATEMENT PURSUANT TO FED.R.BANKR. 2019
FILED BY CAROSELLI BEACHLER MCTIERNAN & CONBOY

CRAIG E. COLEMAN certifies as follows:

1. I am an attorney at law and a member of the law firm of Caroselli Beachler McTiernan & Conboy. I am admitted to practice before the State Courts of the State of Pennsylvania, New Jersey and West Virginia, the United States District Court for the Western District of Pennsylvania and the United States Court of Appeals, Third Circuit. I hereby provide this statement (the "Statement"" required by Bankruptcy Rule 2019 and Judge Judith Fitzgerald's August 27, 2004 order, in connection with Caroselli Beachler McTiernan & Conboy's representation in this chapter 11 proceeding of certain asbestos Plaintiffs suits against the Debtor for asbestos related diseases. The purpose of this Statement is to set forth certain facts and provide information pursuant to Bankruptcy Rule 2019.

2. A list of each asbestos plaintiffs' name, address and phone number, is provided on the attached CD.

3. A copy of each asbestos plaintiffs' fee agreement Caroselli Beachler McTiernan & Conboy is provided on the attached CD.

Dated: October 25, 2004

CAROSELLI BEACHLER McTIERNAN & CONBOY

By: /s/ Craig E. Coleman
Craig E. Coleman, Esquire
312 Boulevard of the Allies
8th Floor
Pittsburgh, PA  15222
(412) 391-9860

Attorneys for the Asbestos Plaintiffs