UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------------X
In re:                                                      |
                                                            | Chapter 11
W.R. GRACE & CO-CONN.                                       |
                                                            | Case No. 01-01140
                                                            |
            Debtors.                                        | Jointly Administered
-------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)

Longacre Master Fund, Ltd. ("Longacre") hereby withdraws its Notice of Transfer of Claim filed on October 12, 2004 pursuant to FRBP 3001 (e)(2).

Longacre further stipulates and requests that all distributions or notices in respect of the Claim in the amount of $12,011.55 (claim number 130) be sent to the Transferor at the following address:

> Fabricated Filters, Inc.
> Elmwood Industrial Park
> 5630 Powell St.
> Harahn, LA 70123
> Attn: Melanie White

This the 22nd day of October, 2004.

*[signature]*

Vladimir Jelisavcic
Longacre Master Fund, Ltd.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Tel:   212-259-4305
Fax:   212-259-4343