IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

*On Bench Filed 10/25/04*

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Docket No. 6641 and |
| | | 10/25/04 Agenda Item 13 |

## ORDER FURTHER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE A CHAPTER 11 PLAN

Upon the Motion[1] of the Debtors seeking entry of an order extending the time within which the Debtors must file a chapter 11 plan through and including November 15, 2004 (the Motion"); and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

---

[1] Capitalized terms not otherwise defined in this Order have the meanings given to them in the Motion.

91100-001\DOCS_DE:101272.2

2. The period within which the Debtors must file a chapter 11 plan is hereby extended through and including November 15, 2004.

3. This Order is without prejudice to the Debtors' right to seek a further extension of time within which to file a chapter 11 plan for good cause shown.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order, which is final.

Dated: October 25, 2004

                                       The Honorable Judith K. Fitzgerald
                                       United States Bankruptcy Judge