Hearing Date: Monday, October 25, 2004

## In re: W.R. GRACE & CO., et al
## OMNIBUS 3 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | TAPE RENTAL LIBRARY INC<br>PO BOX 107<br>COVESVILLE VA 22931 | 01-01139<br>W.R. GRACE & CO. | 1350 | $1,825.07 | (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | CONTINUED TO 11/15/2004 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT B - SUSTAINED - EXPUNGE

Hearing Date: Monday, October 25, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 | MITCHELL, RONALD<br>2130 11TH AVE N<br>BIRMINGHAM AL 35234 | 01-01139<br>W.R. GRACE & CO. | 4893 | $40,092.00 (U) | NO SUPPORTING DOCUMENTATION<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

10/21/2004 2:10:01 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 3 - EXHIBIT C - SUSTAINED - SURVIVING CLAIMS

Hearing Date: Monday, October 25, 2004

| Claim Number | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | INTERNATIONAL PAPER ARIZONA CHEMICAL<br>ATTN: LEE WALKER<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 01-01140 | 349 | $208,595.34 | (U) | ARIZONA CHEMICAL<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 01-01139 | 1106 | $211,684.16 | (U) |

Relief Requested: EXPUNGE

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured
(P) - Priority            (U) - Unsecured