In re: W.R. GRACE & CO., et al
**OMNIBUS 6 - EXHIBIT A - CONTINUED**

Hearing Date: Monday, October 25, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LASON SYSTEMS INC | 01-01140 | 3210 | $283,278.92 (P) | RECLASSIFY, REDUCE & ALLOW | $204,990.45 (U) | CONTINUED TO 11/15/2004 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured