UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case Nos. 01-1139 (JKF) |
| | ) | *Chapter 11* |
| | ) | Jointly Administered |
| Debtors. | ) | |

**DECLARATION OF SERVICE**

Please note that on the 26th day of October, 2004, I, David R. Hurst, caused true and correct copies of the Verified Statement of Skadden, Arps, Slate, Meagher & Flom LLP Pursuant to Bankruptcy Rule 2019 and its Exhibits to be served via first class mail on the following individuals:

Janet S. Baer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Dated: October 26, 2004

/s/ David R. Hurst
David R. Hurst (I.D. No. 3743)
Skadden, Arps, Slate, Meagher
& Flom LLP
One Rodney Square
Wilmington, Delaware 19899-0636
(302) 651-3000

*Counsel for Sealed Air Corporation
and Cryovac, Inc.*

486316-New York Server 5A - MSW