S I G N - I N   S H E E T

CASE NAME: WR Grace

CASE NO.: 01-1139

COURTROOM NO.: 2

DATE: 10/25/04

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Peter Lockwood | Caplin v Drysdale | AC |
| Ken Pasquale | Strook + Strook + Lavan LLP | Unsecured Creditors Committee |
| Lisa Carmichael | White & Williams LLP | Century |
| Jay Sakalo / Scott Baena | Bilzin Sumberg | PD Committee |
| Richard H. Wyron | Swidler Berlin | FCR |
| Marla Eskin | Campbell Levine | ACC |
| Philip Bentley | KRAMER Levin | Eq. Cttee |
| David Siegel | Grace | Grace |
| JSBaer | Grace | Grace |
| R. Sidman | Bilzberg Vorys Sater | Scotts |
| Dave Carickhoff | Pachulski Stang | Grace |
| Shelley Kinsella | Cozen O'Connor | Federal Ins. |
| Albert Lauber | | M. Shaughness a |
| W. Sparks | Morris, Nichols | Scotts |

SIGN-IN SHEET

CASE NAME: _____ WR Grace _____

CASE NO.: _____ 01-1139 _____

COURTROOM NO.: _____ 2 _____

DATE: _____ 10/25/04 _____

# PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Theodore Tacconelli | Ferry Joseph & Pearce | PD Committee |
| Josh Phillips | Phillips Goldman & Spence | Futures Rep |
| Rich Wynron | SBSF | " |
| Kathy Miller | Smith Katzenstein Furlow | Elliott Andrews |
| John Bee | Caldwell | " |
| Bruce Zirinsky | " | " |
| William D. Sullivan | Buchanan Ingersoll | ZAI Claimants |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



"David Carickhoff"
<dcarickhoff@pszyj.com>

10/22/2004 12:03 PM

To  <rachel_bello@deb.uscourts.gov>

cc  "Janet Baer" <jbaer@kirkland.com>, "Karina Yee"
<KYee@pszyjw.com>

bcc

Subject  W.R. Grace - October 25th Hearing at Noon

Rachel,
Below is a list of the people that have indicated a willingness to participate by phone at the W.R. Grace
hearing on Monday. October 25th:
Todd Maynes (Kirkland & Ellis) -- for the Debtors
David Bernick (Kirkland & Ellis) -- for the Debtors
Darrell Scott (Lukins & Annis) -- for ZAI Claimants
Edward Westbrook (Richardson Patrick Westbrook & Buckman) -- for ZAI Claimants
Tiffany Strelow-Cobb (Vorys Sater) -- for The Scotts Company
Sander Esserman (Stutzman Bromberg Esserman & Plifka) -- for Reaud Morgan & Quinn
David Parsons (Stutzman Bromberg Esserman & Plifka) -- for Reaud Morgan & Quinn
Roger Burgess (Baggatt McCall & Burgess) -- for David Slaughter
Bruce Levin (Bernkopf Goodman LLP) -- for Spaulding & Slye

The dial in number is 877-221-8724
The Judge's passcode is 24100. Judge Fitzgerald is set up as the moderator of the call.

Could you please let me know the courtroom designated for this hearing.

Thanks,
Dave Carickhoff
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street; 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
302-778-6464 phone
302-652-4400 fax