IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:   W.R. GRACE & CO., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2004, the **UNITED STATES' UNITED STATES' OBJECTIONS TO DEBTORS' OBJECTION TO CERTAIN CLAIMS FILED BY THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION (DOCKET NUMBER 6271)** was filed with the Court electronically and served upon the following in the manner indicated:

**Via Overnight Federal Express**

Rachel R. Schulman
KIRKLAND & ELLIS
200 East Randolph Drive, Suite 6500
Chicago, IL 60601

**Via Overnight Federal Express**

David W. Carickhoff, Jr.
PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

**U.S. Mail, postage prepaid**

Carol Iancu, AAG
Massachusetts Office of the Attorney General
200 Portland Street, 3rd Floor
Boston, MA 02114

                                                           /s/ Corrine A. Christen
                                                         Corrine A. Christen, CLA
                                                         Paralegal Specialist
                                                         U.S. Department of Justice/ENRD/EES