**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: November 15, 2004**<br>**Hearing Date: TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | August 1, 2004 through August 31, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 13,955.00 |
| Amount of Expenses Reimbursement: | $ 0 |

This is a: X monthly interim final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003-3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003-4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003-5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003-6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003-7/31/2003 | $126,035.00 | $25,802.60. | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003-8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003-9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003-10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003-11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003-12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004-1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004-2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004-3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004-4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004-5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004-6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/21/2004 | 7/1/2004-7/31/2004 | $12,247.50 | $ 0 | Pending | Pending |

This is the Twenty-Fourth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 26 | Litigation | $650 | 8.9 | $5,785.00 |
| TOTALS | | | | | 8.9 | $5,785.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 64.7 | $8,087.50 |
| Kim Garcia | Lit. Support | 10 | Litigation | $75 | 1.1 | $82.50 |
| TOTALS | | | | | 65.8 | $8,170.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 1.1 | $82.50 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 73.6 | $13,872.50 |
| TOTALS | 74.7 | $13,955.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| No Expenses During the Time Period | |
| Total | $0 |

Dated: October 25, 2004

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*

William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Tel: (302) 428-5500

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing to be served the *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from August 1, 2004 through August 31, 2004* upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: October 26, 2004

*/s/ William D. Sullivan*
William D. Sullivan

VERIFICATION

STATE OF SOUTH CAROLINA )
)
COUNTY OF CHARLESTON

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 23rd day of September 2004.

Kimberly Anderson-Garcia
Notary Public for South Carolina

My Commission Expires
February 4, 2014

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: November 15, 2004**<br>**Hearing Date: TBD only if necessary** |

**FEE DETAIL OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

09/17/2004



# Time report

**08/01/2004 - 08/31/2004**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | **L106** | | | | |
| **Day:** | | **08/03/2004** | | | | |
| 08/03/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 7.00 | $875.00 |
| **Day:** | | **08/04/2004** | | | | |
| 08/04/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 7.00 | $875.00 |
| **Day:** | | **08/05/2004** | | | | |
| 08/05/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 7.00 | $875.00 |
| **Day:** | | **08/09/2004** | | | | |
| 08/09/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 6.00 | $750.00 |
| **Day:** | | **08/10/2004** | | | | |
| 08/10/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 6.20 | $775.00 |
| **Day:** | | **08/12/2004** | | | | |
| 08/12/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and attend strategic meeting regarding ZAI with futures representative | $650.00 | 2.60 | $1,690.00 |
| **Day:** | | **08/16/2004** | | | | |
| 08/16/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewing ZAI database for sales information and inputtting general information | $125.00 | 4.20 | $525.00 |
| **Day:** | | **08/17/2004** | | | | |

# Time report

**08/01/2004 - 08/31/2004**

| Date / Timekeeper | Client No. / Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 08/17/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Reviewing ZAI database for sales information and inputtting general information | $125.00 | 6.70 | $837.50 |
| **Day:** | | **08/19/2004** | | | | |
| 08/19/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Reviewing ZAI database for sales information and inputtting general information | $125.00 | 6.70 | $837.50 |
| **Day:** | | **08/23/2004** | | | | |
| 08/23/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Reviewing ZAI database for sales information and inputtting general information | $125.00 | 6.70 | $837.50 |
| **Day:** | | **08/24/2004** | | | | |
| 08/24/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Prepare for meetign in Washington with Grace regarding plan of reorganization | $650.00 | 6.00 | $3,900.00 |
| **Day:** | | **08/26/2004** | | | | |
| 08/26/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Conversation with PD counsel regarding meeting with Grace, memos regarding ZAI matters | $650.00 | 0.30 | $195.00 |
| 08/26/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Reviewing ZAI database for sales information and inputtting general information | $125.00 | 2.70 | $337.50 |
| **Day:** | | **08/30/2004** | | | | |
| 08/30/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Reviewing ZAI database for sales information and inputtting general information | $125.00 | 4.50 | $562.50 |
| **Transaction:** | | **L150** | | | | |
| **Day:** | | **08/09/2004** | | | | |
| 08/09/2004 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Prepare April, May and June monthly applications and send to local counsel for filing and service | $75.00 | 1.10 | $82.50 |

# Time report

08/01/2004 - 08/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | **Grand Total:** | | | **$13,955.00** |
| | | | **Expense Grand Total:** | | | **$0.00** |
| | | | **Time Grand Total:** | | | **$13,955.00** |
| | | | **Total Hours/Report:** | | | **74.70** |
| | | | **Count:** | | | **15** |

**CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing to be served the *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from August 1, 2004 through August 31, 2004* upon those parties identified on the attached service list via hand delivery or US Mail.

I certify the foregoing to be true and correct under the penalty of perjury

Dated: October 26, 2004

*/s/ William D. Sullivan*
William D. Sullivan

**SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Mark Hurford
Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

#673800-v1