IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline to Interim Order Becoming Final: November 10, 2004 at Noon**
**Hearing Date on Interim Order Becoming Final: November 15, 2004 at Noon**

## NOTICE OF ENTRY OF INTERIM ORDER PURSUANT TO SECTIONS 105(a), 362(a)(3) AND 541 OF THE BANKRUPTCY CODE (A) LIMITING CERTAIN TRANSFERS OF EQUITY SECURITIES OF THE DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES

TO:    All parties required to receive notice pursuant to Del. L.R. 2002-1.

On October 26, 2004, the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court") entered

an *Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A)*

*Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice*

*Procedures* (the "Interim Order") (Docket No. 6471).  A true and correct copy of the Interim

Order is attached hereto.

Objections to the Interim Order becoming a final order must be in writing and

filed with the Bankruptcy Court no later than **12:00 p.m. (noon) Eastern Time on November**

**10, 2004.**

At the same time, you must also serve a copy of the objection or response, if any,

upon the following:  (i) co-counsel for the Debtors, Janet S. Baer, Kirkland & Ellis LLP, 200

East Randolph Drive, Chicago, IL 60601 (fax 312-861-2200), and Laura Davis Jones, Pachulski,

Stang, Ziehl, Young, Jones & Weintraub P.C., 919 North Market Street, Suite 1600, P.O. Box

8705, Wilmington, DE 19899-8705 (Courier 19801) (fax 302-652-4400); (ii) counsel to the

Official Committee of Unsecured Creditors, Lewis Kruger, Stroock & Stroock & Lavan, 180

Maiden Lane, New York, NY 10038-4982 (fax 212-806-6006), and Michael R. Lastowski,

Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-

1246 (fax 302-657-4901); (iii) counsel to the Official Committee of Property Damage Claimants,

Scott L. Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center,

200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 (fax 305-374-7593), and Michael

B. Joseph, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE

19899 (fax 302-575-1714); (iv) counsel to the Official Committee of Personal Injury Claimants,

Elihu Inselbuch, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 (fax

212-644-6755), and Marla Eskin, Campbell & Levine, LLC, 800 N. King Street, Suite 300,

Wilmington, DE 19801 (fax 302-426-9947); (v) counsel to the Official Committee of Equity

Holders, Thomas M. Mayer, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New

York, NY 10022 (fax 212-715-8000), and Teresa K.D. Currier, Klett Rooney Lieber &

Schorling, 1000 West Street, Suite 1410, P.O. Box 1397, Wilmington, DE 19899-1397 (fax 302-

552-4220); (vi) counsel to the Future Claimants' Representative, Richard H. Wyron, Swidler

Berlin Shereff Friedman, LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 (fax 202-

424-7643), and John C. Phillips, Jr., Phillips, Goldman & Spence, P.A., 1200 North Broom

Street, Wilmington, DE 19806 (fax 302-655-4210); and (vii) the Office of the United States

Trustee, Attn: Frank J. Perch, 844 N. King Street, Wilmington, DE 19801 (fax 302-573-6497).

2

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, THE INTERIM ORDER MAY BECOME A FINAL

ORDER WITHOUT FURTHER NOTICE OR HEARING.

[remainder of page intentionally left blank]

IN THE EVENT THAT ANY OBJECTION TO THE INTERIM ORDER

BECOMING A FINAL ORDER IS FILED AND SERVED IN ACCORDANCE WITH THIS

NOTICE, A HEARING ON THE MATTER WILL BE HELD BEFORE THE HONORABLE

JUDITH K. FITZGERALD AT THE BANKRUPTCY COURT ON **NOVEMBER 15, 2004 AT**

**12:00 P.M. EASTERN TIME.**

Dated: October 27, 2004

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Jonathan Friedland
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession