## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------
:
In re                          : Chapter 11
                               : Case No. 01-01139 (JKF)
**W.R. GRACE & CO., et al.**[1] : (Jointly Administered)
Debtors.                       :
                               :
---------------------------------------------

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS BY ALLSTATE INSURANCE COMPANY, SOLELY AS SUCCESSOR-IN-INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY NORTHBROOK INSURANCE COMPANY

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, James S. Yoder, of the firm of White and Williams LLP, as well as Stefano Calogero and Andrew K. Craig of the firm of Cuyler Burk, LLP, whose office addresses and telephone numbers appear below, do hereby enter their appearance as counsel for Interested Party, Allstate Insurance Company, Solely As Successor-In-Interest To Northbrook Excess And Surplus Insurance Company, Formerly Northbrook Insurance Company in this action, (hereinafter referred to as the "Allstate").

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson , Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to §§342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Allstate requests that copies of all notices and pleadings given or filed in this case be given and served upon the above referenced counsel at the following addresses:

| | |
|---|---|
| James S. Yoder, Esquire | Stefano Calogero, Esquire |
| White and Williams LLP | Andrew K. Craig, Esquire |
| 824 Market Street, Suite 902 | Cuyler Burk, LLP |
| Wilmington, DE 19899-0709 | Parsippany Corporate Center |
| Tel: 302-467-4524 | Four Century Drive |
| Fax: 302-467-4554 | Parsippany, NJ 07054 |
| E-mail: yoderj@whiteandwilliams.com | Tel 973-734-3200 |
| | Fax: 973-734-3201 |
| | Email: scalogero@cuyler.com |
| | Email: acraig@cuyler.com |

Please take further notice that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case and any proceedings therein.

       /s/ *James S. Yoder*
James S. Yoder (DE# 2643)
WHITE AND WILLIAMS LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-467-4524
Fax:    302-467-4554
Email:  yoderj@whiteandwilliams.com
Attorneys for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company

DATE: October 21, 2004

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, do hereby certify that a true and correct copy of the attached Notice of Appearance, Requesting for Matrix Entry and Request for Service of Notices and Documents was served by first class mail, postage prepaid on this 27th day of October, 2004, upon the counsel on the attached list.

      /s/ *James S. Yoder*
      JAMES S. YODER