UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

In re

**W.R. GRACE & CO., et al.**[1]
Debtors.

: 
: Chapter 11
: Case No. 01-01139 (JKF)
: (Jointly Administered)
:
:

---

## MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF STEFANO CALOGERO

James S. Yoder, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Stefano Calogero, of the firm Cuyler Burk, LLP, Parsippany Corporate Center, Four Century Drive, Parsippany, New Jersey 07054 counsel for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, in this action.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson , Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

action. The Admittee is admitted, practicing and in good standing in the Supreme Court for the State of New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, the Third Circuit Court of Appeals and the United States District Court for the Northern District of New York.

Dated: October 22, 2004

_____
James S. Yoder (DE# 2643)
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-467-4524
Fax:    302-467-4554
Email:  yoderj@whiteandwilliams.com
Attorneys for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company

      The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

                                                                          _____
                                                                          Stefano Calogero
                                                                          New Jersey I.D. No. 011071980
                                                                          Cuyler Burk, LLP
                                                                          Parsippany Corporate Center
                                                                          Four Century Drive
                                                                          Parsippany, NJ 07054
                                                                          Telephone: 973-734-3200
                                                                          Telecopy: 973-734-3201
                                                                          Email: scalogero@cuyler.com

Motion granted.

                                                                          BY THE COURT:

Date: _____
                                                                       _____
                                                                       United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, James S. Yoder, Esquire, do hereby certify that a true and correct copy of the attached Motion and Order for Admission Pro Hac Vice of Stefano Calogero was served by first class mail, postage prepaid on this 27th day of October, 2004, upon the counsel on the attached list.

_____
JAMES S. YODER

DOCS_DE 100583v1