## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 09/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $    9.59 | $ 1,946.80 | $    9.59 | $  486.70 |
| 09/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $   23.30 | $ 6,430.40 | $   23.30 | $1,607.60 |
| 09/17/04 | 06/01/04 - 06/30/04 | $32,636.00 | $2,581.55 | $26,108.80 | $2,581.55 | $6,527.20 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 6.50 | $ 2,827.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 69.40 | $36,642.00 |
| 42 | Travel (1/2 total hours billed) | 6.80 | $ 3,638.00 |
|  | Total | 82.70 | $43,107.50 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $    51.35 |
| Copies – Matter 32 (Fee Applications) | $    21.75 |
| Copies – Matter 46 (Tax Litigation) | $    10.65 |
| Computer Database Research | $         0 |
| Local Messenger | $         0 |
| Federal Express/Overnight Messenger | $    71.20 |
| Facsimile | $         0 |
| Postage | $         0 |
| Meals | $   299.93 |
| Hotel | $   864.07 |
| Parking | $   326.09 |
| Airfare | $   969.40 |
| Total | $ 2,614.44 |