# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

Objection Deadline:  October 14, 2004 at 4:00 p.m.
Hearing Date: to be scheduled if necessary

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004, FOR THE QUARTER OF JULY 2004 – SEPTEMBER 2004**

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **August 1, 2004 through August 31, 2004**

Amount of Compensation sought as actual, reasonable, and necessary:

**$3,945.50 for the period**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:47806.1

-1-

Amount of expense reimbursement sought as
actual, reasonable, and necessary:        **$89.18 for the period**

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(4.30)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately $ **(514.50).**

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001– August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

2

| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |

| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | Pending | Pending |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | Pending | Pending |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen- sation |
| --- | --- | --- | --- | --- | --- | --- |
| N.J. Smith | Partner | 26 years | Environmental | $275.00 | .80 | $220.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 5.10 | $1,275.00 |
| R.T. Carlisle | Of Counsel | 21 years | Environmental | $250.00 | 2.10 | $525.00 |
| Betsy J. Burn | Associate | 4 Years | Bankruptcy | $190.00 | 4.20 | $798.00 |

Grand Total for Fees: $2,818.00
Blended Rate:         $ 230.98

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Laurie J. Jennings | Paralegal | 2 years | Environmental | $115.00 | .80 | $92.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Anne R. Price | Paralegal | 1 year | Bankruptcy | $95.00 | 10.90 | $1,035.50 |

Grand Total for Fees:   $1,127.50
Blended Rate:              $96.37

| Matter Number | Matter | Total Hours | Total Fees Requested |
| --- | --- | --- | --- |
| 02399/06003 | Beaco Road Site | .70 | $175.00 |

4

| 02399/06030 | Aiken-Title V Permit App. Iss | 1.60 | $400.00 |
|---|---|---|---|
| 02399/06031 | Li Tungsten | 4.30 | $1,021.00 |
| 02399/06032 | Charleston | .80 | $220.00 |
| 02399/06091 | Fee Applications | 16.50 | $2,129.50 |
| **TOTAL** | | **23.90** | **$3,945.50** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $.80 |
| Photocopies | $13.20 |
| CopyOut | $11.42 |
| Fed Ex | $63.76 |
| **Total** | **$89.18** |

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.    I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.    I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

      3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

 

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this _22_ day of _September_, 2004

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _04/24/13_

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 14, 2004 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR NELSON MULLINS RILEY
### & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
Tax ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                           September 16, 2004
ATTN: Lydia Duff, Esq.                                  Invoice 642282  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06003                 For Services Through 08/31/04
WR Grace #               063-KL-721490-01-501270
Name of Matter:          Beaco Road Site

08/19/04    Review memo from Attorney Carlisle regarding progress reported at site and telephone
            conference with her regarding same.
            J.M. MELCHERS                    0.20 hrs.    250.00/hr          $50.00

08/19/04    Participate in conference call and prepare electronic mail memorandum regarding same.
            R.T. CARLISLE                    0.50 hrs.    250.00/hr         $125.00

Fees for Legal Services ......................................................................................    **$175.00**

### BILLING SUMMARY

|                      | Hours | Rate/Hr  | Dollars  |
|----------------------|-------|----------|----------|
| J.M. MELCHERS        | 0.20  | 250.00   | 50.00    |
| R.T. CARLISLE        | 0.50  | 250.00   | 125.00   |
| TOTAL                | 0.70  | $250.00  | $175.00  |

Net current billing for this invoice ...................................................................    **$175.00**

GRAND TOTAL.................................................................................................    **$175.00**

W. R. Grace & Co.

September 16, 2004
Invoice 642282  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 08/31/04

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $175.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

Net current billing for this invoice ................................................................  **$175.00**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 16, 2004
Invoice 642283 Page 1

Our Matter #     02399/06030                  For Services Through 08/31/04
WR Grace #     032-KL-721400-00-5250472
Name of Matter:     Aiken-Title V Permit App. Iss

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/10/04 | Detailed voice mail message to Mr. Balcer regarding consultants.<br>R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 08/11/04 | Review voice mail from Mr. Balcer (0.1); confer with Mr. Maalouf regarding sampling (0.6).<br>R.T. CARLISLE | 0.70 hrs. | 250.00/hr | $175.00 |
| 08/12/04 | Review message from Mr. Balcer regarding Rogers and Callcott (0.1); confer with Mr. Maalouf regarding issue (0.4); review proposal from Mr. Maalouf (0.1).<br>R.T. CARLISLE | 0.60 hrs. | 250.00/hr | $150.00 |
| 08/23/04 | Confer with Attorney Hawkins regarding submission of Title V annual compliance certification.<br>R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |
| 08/26/04 | Electronic mail memorandum to Mr. Fishel regarding selection of options relating to testing.<br>R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |

**Fees for Legal Services** ................................................................................................ **$400.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.60 | 250.00 | 400.00 |
| TOTAL | 1.60 | $250.00 | $400.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/11/2004 | Telephone 1-864-969-3353 | 0.10 |
| 08/30/2004 | VENDOR: Kane on Main; INVOICE#: 073104; DATE: 8/30/2004 | 11.42 |
| **Total Charges for Other Services Provided/Expenses Incurred** ..................................... | | **$11.52** |

W. R. Grace & Co.

September 16, 2004
Invoice 642283  Page 2

### DISBURSEMENT SUMMARY

| Description | Dollars |
| --- | --- |
| CopyOut | 11.42 |
| Telephone | 0.10 |
| TOTAL | $11.52 |

**Net current billing for this invoice** ..................................................................................... **$411.52**

**GRAND TOTAL** ............................................................................................................. **$411.52**

W. R. Grace & Co.

September 16, 2004
Invoice 642283  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 08/31/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $400.00 |
| Charges for Other Services Provided/Expenses Incurred | $11.52 |

Net current billing for this invoice ...............................................................    **$411.52**

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 17, 2004
Invoice 642284 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 08/31/04 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/09/04 | Telephone conference with Ms. Duff regarding negotiations and review memo from her regarding same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 08/13/04 | Review memo from Ms. Duff (0.1); prepare for and attempt phone conference regarding settlement issue and review documents regarding same (0.2). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 08/16/04 | Prepare for and carry out telephone conference with EPA regarding potential settlement issues (0.7); assignment to Attorney Carlisle regarding analysis in support of same (0.2); assignment to Paralegal Jennings regarding docket research on case (0.2); review interim agreement (0.5); review notes and prepare memo to Ms. Duff regarding call and next steps (0.6); confer with Attorney Hawkins regarding interim agreement (0.1). | | | |
| | J.M. MELCHERS | 2.30 hrs. | 250.00/hr | $575.00 |
| 08/16/04 | Confer with Attorney Melchers regarding recent Order and Stipulation (0.1); research PACER website to locate same (0.2), then provide copies of document to Attorneys Melchers, Carlisle and Hawkins (0.1) | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |
| 08/17/04 | Review and annotate revised Chapter 11 Consent Decree. | | | |
| | J.M. MELCHERS | 1.10 hrs. | 250.00/hr | $275.00 |

Fees for Legal Services ................................................................................................ **$1,021.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 3.90 | 250.00 | 975.00 |
| L.J. JENNINGS | 0.40 | 115.00 | 46.00 |
| TOTAL | 4.30 | $237.44 | $1,021.00 |

W. R. Grace & Co.

September 17, 2004
Invoice 642284 Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/16/2004 | Telephone 1-212-637-3165 | 0.40 |
|---|---|---|
| | Total Charges for Other Services Provided/Expenses Incurred ................................... | $0.40 |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.40 |
| TOTAL | $0.40 |

Net current billing for this invoice ................................................................................. $1,021.40

GRAND TOTAL.................................................................................................................. **$1,021.40**

W. R. Grace & Co.

September 17, 2004
Invoice 642284  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I 1009
COLUMBIA, SOUTH CAROLINA  2921 I
TELEPHONE (803) 799-2000

For Services Through 08/31/04

Our Matter # 02399/06031
Li Tungsten

| | | |
|---|---|---|
| Fees for Professional Services | $1,021.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.40 | |
| **Net current billing for this invoice** ............................................................... | | **$1,021.40** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 16, 2004
Invoice 642285  Page 1

Our Matter #          02399/06032                         For Services Through 08/31/04
WR Grace #           063-KL-721490-01-0501221
Name of Matter:      Charleston

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 08/09/04 | Review wetland delineation request form and additional requirements for adjacent owner Charleston Constructors (0.1); notes on agency delineation, coordination issues (0.1). N.J. SMITH | 0.20 hrs. | 275.00/hr | $55.00 |
| 08/16/04 | Review wetland delineation request package and nationwide permit conditions. N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |
| 08/20/04 | Review DHEC response to plan and additional information from Mr. Bucens. N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |

**Fees for Legal Services** ............................................................................................ **$220.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|
| N.J. SMITH | 0.80 | 275.00 | 220.00 |
| TOTAL | 0.80 | $275.00 | $220.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|------|-------------|--------|
| 08/13/2004 | Photocopies 17 page(s) | 0.85 |
| 08/13/2004 | Photocopies 17 Page(s) | 0.85 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$1.70**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 1.70 |
| TOTAL | $1.70 |

Net current billing for this invoice ............................................................................ **$221.70**

GRAND TOTAL............................................................................................................ **$221.70**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I I OO9
COLUMBIA, SOUTH CAROLINA  292 I I
TELEPHONE (8O3) 799-2OOO

For Services Through 08/31/04

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $220.00 | |
| Charges for Other Services Provided/Expenses Incurred | $1.70 | |
| **Net current billing for this invoice** ................................................................ | | **$221.70** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

September 16, 2004
Invoice 642286 Page 1

| Our Matter # | 02399/06091 | For Services Through 08/31/04 |
| Name of Matter: | Fee Applications | |

| | | | | |
|---|---|---|---|---|
| 07/31/04 | Follow up on status of fee auditor's report on our 12th Quarterly Fee Application and update chart (0.2); follow up on CONO for May 2004 Interim Fee Application and advise co-counsel of problem with wrong document filed with court (0.2); follow up with paralegal on status of signed application for June (0.1); follow up with paralegal on drafting 13th Quarterly Fee Application (0.1). | | | |
| | B.J. BURN | 0.60 hrs. | 190.00/hr | $114.00 |
| 08/02/04 | Review email from co-counsel regarding error with CONO and corrections to same (0.1); update tracking chart (0.1). | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 08/02/04 | Confer with Attorney Hawkins to determine status of June 2004 Interim Fee Application Package (0.2); confer with Administrative Assistant Wotherspoon to ensure Fee Auditor's Report for 12th Interim Period is filed properly (0.1), then discuss status of June 2004 Interim Fee Application Package with Administrative Assistant Lee (0.1). | | | |
| | L.J. JENNINGS | 0.40 hrs. | 115.00/hr | $46.00 |
| 08/02/04 | Draft 13th Interim Fee Application for attorney review. | | | |
| | A.R. PRICE | 4.20 hrs. | 95.00/hr | $399.00 |
| 08/03/04 | Edit 13th Quarterly Fee Application. | | | |
| | B.J. BURN | 0.50 hrs. | 190.00/hr | $95.00 |
| 08/03/04 | Follow up regarding June 2004 Interim Fee Application (0.2); review and FedEx June 2004 Interim Fee Application for filing (0.4); docket deadlines (0.3). | | | |
| | A.R. PRICE | 0.90 hrs. | 95.00/hr | $85.50 |
| 08/03/04 | Review and update online database. | | | |
| | A.R. PRICE | 0.40 hrs. | 95.00/hr | $38.00 |
| 08/04/04 | Continue editing 13th Quarterly Fee Application. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 08/04/04 | Review and revise 13th Interim Fee Application and Summary. | | | |
| | A.R. PRICE | 0.80 hrs. | 95.00/hr | $76.00 |

| | | | |
|---|---|---|---|
| 08/11/04 | Review and respond to memo from Attorney Burn regarding 13th Quarterly Fee Application filing. | | |
| | J.M. MELCHERS | 0.20 hrs.   250.00/hr | $50.00 |
| 08/11/04 | Follow up on status of June 2004 Fee Application (0.1); follow up on revisions on 13th Quarterly Fee Application (0.1); review voice mail from Puchalski regarding amended application to retain (0.1); telephone call with US Trustee's office regarding his objection to the amended application (0.2); revise proposed Order (0.4). | | |
| | B.J. BURN | 0.90 hrs.   190.00/hr | $171.00 |
| 08/12/04 | Review email from US Trustee approving revised Order to employ NMRS (0.1); forward same with comments to co-counsel for filing and follow up on whether court will enter without hearing (0.1). | | |
| | B.J. BURN | 0.20 hrs.   190.00/hr | $38.00 |
| 08/13/04 | Review memos regarding June 2004 Interim Fee Application and 13th Quarterly Fee Application filing (0.1); review July 2004 Interim Fee Application attachments for privilege issues (0.3). | | |
| | J.M. MELCHERS | 0.40 hrs.   250.00/hr | $100.00 |
| 08/13/04 | Review email from Scotta MacFarland regarding additional information needed for Order to approve amended application to employ as special counsel (0.1); create black line version of order for court and forward same to co-counsel (0.2). | | |
| | B.J. BURN | 0.30 hrs.   190.00/hr | $57.00 |
| 08/13/04 | Finalize 13th Quarterly Fee Application (0.2); follow up on status of June 2004 Fee Application and objection deadline (0.1). | | |
| | B.J. BURN | 0.30 hrs.   190.00/hr | $57.00 |
| 08/20/04 | Follow up on Order approving amended application to employ NMRS and Certification filed by local counsel and draft update to timekeepers regarding guidelines for time entries on new work (0.3); follow up on status of 13th Quarterly Fee Application and update tracking chart (0.2). | | |
| | B.J. BURN | 0.50 hrs.   190.00/hr | $95.00 |
| 08/25/04 | Revise and review July 2004 Interim Fee Application. | | |
| | B.J. BURN | 0.30 hrs.   190.00/hr | $57.00 |
| 08/25/04 | Review invoices and draft July 2004 Interim Fee Application for attorney review. | | |
| | A.R. PRICE | 3.80 hrs.   95.00/hr | $361.00 |
| 08/27/04 | Review and edit July 2004 Interim Fee Application. | | |
| | J.M. MELCHERS | 0.40 hrs.   250.00/hr | $100.00 |
| 08/31/04 | Follow up on status of CONO for June 2004 Interim Fee Application (0.1); final review of July 2004 Interim Fee Application (0.1). | | |
| | B.J. BURN | 0.20 hrs.   190.00/hr | $38.00 |
| 08/31/04 | Review and update Fee Application Summary charts (0.5); docket deadlines (0.3). | | |
| | A.R. PRICE | 0.80 hrs.   95.00/hr | $76.00 |

**Fees for Legal Services** ................................................................................................   **$2,129.50**

## BILLING SUMMARY

|               | Hours | Rate/Hr | Dollars  |
|---------------|-------|---------|----------|
| J.M. MELCHERS | 1.00  | 250.00  | 250.00   |
| B.J. BURN     | 4.20  | 190.00  | 798.00   |
| L.J. JENNINGS | 0.40  | 115.00  | 46.00    |
| A.R. PRICE    | 10.90 | 95.00   | 1,035.50 |
| TOTAL         | 16.50 | 129.06  | 2,129.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date       | Description                        | Amount  |
|------------|------------------------------------|---------|
| 08/02/2004 | Photocopies 20 Page(s)             | 1.00    |
| 08/03/2004 | Federal Express charge             | 13.14   |
| 08/03/2004 | Photocopies 16 Page(s)             | 0.80    |
| 08/11/2004 | Telephone 1-302-573-6491           | 0.25    |
| 08/11/2004 | Telephone 1-302-778-6406           | 0.05    |
| 08/13/2004 | Federal Express charge             | 21.00   |
| 08/13/2004 | Photocopies 97 Page(s)             | 4.85    |
| 08/18/2004 | Federal Express charge             | 16.48   |
| 08/18/2004 | Photocopies 69 Page(s)             | 3.45    |
| 08/31/2004 | Federal Express charge             | 13.14   |
| 08/31/2004 | Photocopies 28 Page(s)             | 1.40    |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$75.56**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 11.50   |
| Fed Ex      | 63.76   |
| Telephone   | 0.30    |
| TOTAL       | $75.56  |

**Net current billing for this invoice** ..................................................................... **$2,205.06**

**GRAND TOTAL**............................................................................................................ **$2,205.06**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 08/31/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $2,129.50 |
| Charges for Other Services Provided/Expenses Incurred | $75.56 |
| **Net current billing for this invoice** ................................................................ | **$2,205.06** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

       Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 24th day of September

2004 she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1. **SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. .R GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004, FOR THE QUARTER OF JULY 2004 – SEPTEMBER 2004; AND**

2. **FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004.**

Dated: September 24, 2004

Patricia E. Cuniff

Sworn to and subscribed before
me this 24th day of September, 2004

Notary Public
My Commission Expires:   03-21-06

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: *pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: *rserrette@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: *jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: *david.heller@lw.com* and
*carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: *pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP