# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: *NOV. 11, 2004 @ 4:00 p.m.* |

Hearing date: To be scheduled, only if objections are
timely filed and served.

## SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD INTERIM PERIOD, FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004, FOR THE QUARTER OF JULY 2004 – SEPTEMBER 2004

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **September 1, 2004 September 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,        **$9,741.50 for the period**
reasonable, and necessary:

Amount of expense reimbursement sought as
actual, reasonable, and necessary:              **$284.46 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(3.50)** hours, and the corresponding estimated compensation *that will be requested in a*
*future application* is approximately $ **(422.00)**.

Prior fee applications:

| Date Filed | Period Covered | **Requested** Fees | Expenses | **Approved** Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |

2

| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $60,393.50 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |

| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | Pending | Pending |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compen-sation |
|---|---|---|---|---|---|---|
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 10.60 | $2,650.00 |
| R.T. Carlisle | Of Counsel | 21 years | Environmental | $250.00 | 25.30 | $6,325.00 |
| Betsy J. Burn | Associate | 4 Years | Bankruptcy | $190.00 | 1.20 | $228.00 |

Grand Total for Fees: $9,203.00
Blended Rate:       $ 248.06

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 2 years | Bankruptcy | $100.00 | 3.50 | $350.00 |
| K. Lucas | Project Assistant | 1 year | Environmental | $65.00 | 2.90 | $188.50 |

Grand Total for Fees:   $538.50
Blended Rate:            $84.14

4

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06003 | Beaco Road Site | 1.90 | $364.00 |
| 02399/06030 | Aiken-Title V Permit App. Iss | 10.70 | $2,564.00 |
| 02399/06031 | Li Tungsten | 24.30 | $5,853.00 |
| 02399/06032 | Charleston | 0 | $0 |
| 02399/06091 | Fee Applications | 6.60 | $960.50 |
| **TOTAL** | | **43.50** | **$9,741.50** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $1.85 |
| Photocopies | $1.25 |
| CopyOut | $271.50 |
| Fed Ex | $9.86 |
| **Total** | **$284.46** |

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and

says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bar of the State of South

Carolina.

2.     I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this \_\_\_\_ day of _____, 2004

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 15, 2004
Invoice 648113 Page 1

| Our Matter # | 02399/06003 | For Services Through 09/30/04 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 09/03/04 | Organize file materials for Attorney Melchers and paralegal Jennings. | | | |
| | K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 09/07/04 | Review minutes of Steering Committee meeting from Mr. English and memo from Mr. English regarding Steering Committee/Technical Committee conference call. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/16/04 | Prepare for and participate in Beaco Road Steering Committee conference call (0.6); follow-up regarding dispute of claim (0.4). | | | |
| | J.M. MELCHERS | 1.00 hrs. | 250.00/hr | $250.00 |
| 09/29/04 | Respond to client inquiry from Ms. Duff. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 250.00/hr | $25.00 |

**Fees for Legal Services** ................................................................................................ **$364.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.20 | 250.00 | 300.00 |
| R.T. CARLISLE | 0.10 | 250.00 | 25.00 |
| K. LUCAS | 0.60 | 65.00 | 39.00 |
| TOTAL | 1.90 | $191.58 | $364.00 |

Net current billing for this invoice ................................................................................ **$364.00**

GRAND TOTAL ................................................................................................................ **$364.00**

W. R. Grace & Co.

October 15, 2004
Invoice 648113 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06003
Beaco Road Site

---

| | | |
|---|---|---|
| Fees for Professional Services | $364.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.00 | |
| **Net current billing for this invoice** ........................................................... | | **$364.00** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 15, 2004
Invoice 648114 Page 1

| Our Matter # | 02399/06030 | For Services Through 09/30/04 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| 09/03/04 | Organize file materials for Attorney Carlisle's review. | | | |
| | K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 09/09/04 | Confer with Mr. Fishel regarding Title V Annual Compliance Certification (0.9); review draft (1.4); follow-up discussion with Mr. Fishel (0.3); compare draft to requirements (2.1). | | | |
| | R.T. CARLISLE | 4.70 hrs. | 250.00/hr | $1,175.00 |
| 09/13/04 | Comments on draft certification and conferences with Mr. Fishel regarding same. | | | |
| | R.T. CARLISLE | 3.70 hrs. | 250.00/hr | $925.00 |
| 09/14/04 | Confer with DHEC representative regarding certification issues (0.7); confer with Mr. Fishel regarding same (0.3) identify additional comments on draft and confer with Mr. Fishel regarding same and regarding additional comments on draft (0.7) . | | | |
| | R.T. CARLISLE | 1.70 hrs. | 250.00/hr | $425.00 |

**Fees for Legal Services** ............................................................................................. **$2,564.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 10.10 | 250.00 | 2,525.00 |
| K. LUCAS | 0.60 | 65.00 | 39.00 |
| TOTAL | 10.70 | $239.63 | $2,564.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/13/2004 | Telephone 1-803-648-9575 | 1.10 |
| | **Total Charges for Other Services Provided/Expenses Incurred** ...................................... | **$1.10** |

### DISBURSEMENT SUMMARY

| **Description** | **Dollars** |

W. R. Grace & Co.

October 15, 2004
Invoice 648114  Page 2

| Description | Dollars |
|---|---|
| Telephone | 1.10 |
| TOTAL | $1.10 |

Net current billing for this invoice ................................................................................. **$2,565.10**

**GRAND TOTAL**................................................................................................................. **$2,565.10**

W. R. Grace & Co.

October 15, 2004
Invoice 648114  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | | |
|---|---|---|
| Fees for Professional Services | $2,564.00 | |
| Charges for Other Services Provided/Expenses Incurred | $1.10 | |
| **Net current billing for this invoice** ................................................................ | | **$2,565.10** |

---

| **Terms of Payment:  Balance due within thirty days of invoice date** |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 15, 2004
Invoice 648115 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 09/30/04 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| | | | | |
|---|---|---|---|---|
| 09/03/04 | Organize file materials for Attorneys Melchers and Carlisle. | | | |
| | K. LUCAS | 0.60 hrs. | 65.00/hr | $39.00 |
| 09/20/04 | Follow-up telephone call to EPA (0.1); review memo from Ms. Duff and prepare response regarding budget analysis and begin same (0.3). | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 09/21/04 | Review and respond to memo from Ms. Duff regarding budget (0.1); begin work on same (0.5). | | | |
| | J.M. MELCHERS | 0.60 hrs. | 250.00/hr | $150.00 |
| 09/22/04 | Confer with Attorney Carlisle regarding issues for liability memo (0.2); prepare for and telephone conference with EPA regarding negotiations (0.6); review and edit memo to Ms. Duff regarding same (0.5); review documents and prepare proposed budget as requested by Ms. Duff (1.2); review comments from Attorney Carlisle and further revise memo (1.1). | | | |
| | J.M. MELCHERS | 3.60 hrs. | 250.00/hr | $900.00 |
| 09/22/04 | Confer with Attorney Melchers regarding claims issues (0.2); review documents relating to same (0.2). | | | |
| | R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 09/23/04 | Review and respond to memo from Attorney Carlisle regarding budget analysis changes. | | | |
| | J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/23/04 | Begin review of documents related to claims issues. | | | |
| | R.T. CARLISLE | 0.50 hrs. | 250.00/hr | $125.00 |
| 09/24/04 | Telephone conference with Ms. Duff regarding strategy for upcoming conference call and negotiation issues (0.2); evaluate documents for statement and confer with Attorney Carlisle regarding same (0.5); review and revise statement regarding liability and discuss changes with Attorney Carlisle (0.9). | | | |
| | J.M. MELCHERS | 1.60 hrs. | 250.00/hr | $400.00 |
| 09/24/04 | Review documents relating to claims issues (3.6); confer with Attorney Melchers regarding same, and prepare related documents (1.3). | | | |
| | R.T. CARLISLE | 4.90 hrs. | 250.00/hr | $1,225.00 |

W. R. Grace & Co.

October 15, 2004
Invoice 648115  Page 2

| | | | |
|---|---|---|---|
| 09/27/04 | Prepare for and telephone conference with EPA and prepare memo regarding same (0.7); review memo from Ms. Duff and respond (0.1); analysis of claims issues and confer with Attorney Carlisle regarding analysis for same and additional strategies (0.9). | | |
| | J.M. MELCHERS | 1.70 hrs. 250.00/hr | $425.00 |
| 09/27/04 | Review documents relating to claims issues. | | |
| | R.T. CARLISLE | 6.50 hrs. 250.00/hr | $1,625.00 |
| 09/27/04 | Update file with materials per instructions of Paralegal Jennings. | | |
| | K. LUCAS | 0.60 hrs. 65.00/hr | $39.00 |
| 09/28/04 | Work on document review relating to claims issues. | | |
| | R.T. CARLISLE | 2.10 hrs. 250.00/hr | $525.00 |
| 09/29/04 | Review documents relating to claims issues. | | |
| | R.T. CARLISLE | 0.70 hrs. 250.00/hr | $175.00 |

**Fees for Legal Services** ................................................................................................. **$5,853.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 8.00 | 250.00 | 2,000.00 |
| R.T. CARLISLE | 15.10 | 250.00 | 3,775.00 |
| K. LUCAS | 1.20 | 65.00 | 78.00 |
| **TOTAL** | 24.30 | $240.86 | $5,853.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/22/2004 | Telephone 1-212-637-3165 | 0.30 |
| 09/24/2004 | Telephone 1-443-803-5751 | 0.35 |
| 09/27/2004 | Telephone 1-212-637-3165 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................... | | **$0.75** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.75 |
| TOTAL | $0.75 |

**Net current billing for this invoice** ................................................................................. **$5,853.75**

**GRAND TOTAL** .................................................................................................................. **$5,853.75**

W. R. Grace & Co.

October 15, 2004
Invoice 648115  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06031
Li Tungsten

| | |
|---|---|
| Fees for Professional Services | $5,853.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.75 |
| **Net current billing for this invoice** ............................................................... | **$5,853.75** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 15, 2004
Invoice 648116 Page 1

| Our Matter # | 02399/06032 | For Services Through 09/30/04 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 09/15/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07128280; DATE: 9/15/2004 | 233.25 |
| 09/15/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07128280; DATE: 9/15/2004 | 38.25 |
| Total Charges for Other Services Provided/Expenses Incurred ..................................... | | **$271.50** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 271.50 |
| TOTAL | $271.50 |

| | |
|---|---|
| Net current billing for this invoice ................................................................................... | **$271.50** |
| GRAND TOTAL........................................................................................................................ | **$271.50** |

W. R. Grace & Co.

October 15, 2004
Invoice 648116  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $0.00 |
| Charges for Other Services Provided/Expenses Incurred | $271.50 |

Net current billing for this invoice................................................................. **$271.50**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

October 15, 2004
Invoice 648117  Page 1

| Our Matter # | 02399/06091 | For Services Through 09/30/04 |
|---|---|---|
| Name of Matter: | Fee Applications | |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 09/03/04 | Organize file materials, create folders, etc., for Attorney Melchers review.<br>K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 09/07/04 | Review memo from Mr. Bossay regarding review of auditor's spreadsheet and followup regarding review of same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 09/08/04 | Review memo from Attorney Burn regarding review of and response to Mr. Bossay's memo and attachments regarding auditor's spreadsheet.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/08/04 | Review spreadsheet received from auditor on the 12th Quarterly Fee Application numbers and compare to our cumulative spreadsheet and records (0.2); follow up with auditor on same (0.1).<br>B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 09/15/04 | Review memo from Attorney Burn regarding CONOs for May 2004 and June 2004 Fee Applications and July 2004 filing.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/15/04 | Follow up on status of July 2004 Interim Fee Application (0.1); follow up on status of corrected CONO for May 2004 Interim Fee Application (0.1); update tracking chart for all objection deadlines and other details (0.1); review auditor's report (0.1).<br>B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 09/20/04 | Review memo from Attorney Burn regarding review of draft August Fee Application.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |
| 09/20/04 | Follow up with Attorneys Hawkins and Plowman regarding any new real estate bills and procedure for fee applications on same.<br>B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 09/21/04 | Review August bills and draft August 2004 Interim Fee Application.<br>A.R. PRICE | 3.50 hrs. | 100.00/hr | $350.00 |
| 09/21/04 | Review and revise draft August 2004 Interim Fee Application.<br>J.M. MELCHERS | 0.50 hrs. | 250.00/hr | $125.00 |

| 09/21/04 | Review and edit August 2004 Interim Fee Application. | | | |
| | B.J. BURN | 0.30 hrs. | 190.00/hr | $57.00 |
| 09/22/04 | Review and edit August 2004 Fee Application documents for filing. | | | |
| | J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 09/27/04 | Update file with materials per instructions of Paralegal Jennings. | | | |
| | K. LUCAS | 0.20 hrs. | 65.00/hr | $13.00 |

**Fees for Legal Services** ...................................................................................................... **$960.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 1.40 | 250.00 | 350.00 |
| B.J. BURN | 1.20 | 190.00 | 228.00 |
| A.R. PRICE | 3.50 | 100.00 | 350.00 |
| K. LUCAS | 0.50 | 65.00 | 32.50 |
| TOTAL | 6.60 | 145.53 | 960.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 09/22/2004 | Federal Express charge | 9.86 |
| 09/22/2004 | Photocopies 22 Page(s) | 1.10 |
| 09/22/2004 | Photocopies 3 Page(s) | 0.15 |
| **Total Charges for Other Services Provided/Expenses Incurred** ..................................... | | **$11.11** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.25 |
| Fed Ex | 9.86 |
| TOTAL | $11.11 |

**Net current billing for this invoice** ................................................................................. **$971.61**

**GRAND TOTAL**............................................................................................................... **$971.61**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 09/30/04

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $960.50 |
| Charges for Other Services Provided/Expenses Incurred | $11.11 |

Net current billing for this invoice ................................................................. **$971.61**

---

**Terms of Payment:  Balance due within thirty days of invoice date**

---

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 22nd day of October 2004

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Application of Nelson Mullins Riley & Scarborough, L.L.P. for
Compensation for Services and Reimbursement of Expenses as Special
Counsel to W. R. Grace & Co., et al., for the Third Interim Period, from
September 1, 2004 through September 30, 2004, for the Quarter of
July 2004 – September 2004

_Karina Yee_
Karina Yee

Sworn to and subscribed before
me this 28th day of October, 2004

_Timothy M. O'Brien_
Notary Public
My Commission Expires: _3-11-2006_

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP