**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 18, 2004 at 4:00 p.m.** |

**THIRTY-FIFTH MONTHLY APPLICATION OF**
**KLETT ROONEY LIEBER & SCHORLING,**
**CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | September 1, 2004 through September 30, 2004 |
| Amount of fees to be approved as actual, reasonable and necessary: | $20,634.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $1,231.46 |

This is a(n): ___ interim ____ final application. _x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01<br>1426 | 10/26/01 through<br>11/30/01 | $5,518.00/<br>$2,028.76 | $4,414.40/<br>$2,028.76 | 1541 |
| 01/25/02<br>1548 | 12/01/01 through<br>12/31/01 | $4,119.50/<br>$940.67 | $3,295.60/<br>$940.67 | 1689 |
| 02/26/02<br>1720 | 01/01/02 through<br>01/31/02 | $11,494.00/<br>$1,275.80 | $9,195.20/<br>$1,275.80 | 1836 |
| 04/03/02<br>1895 | 02/01/02 through<br>02/28/02 | $7,784.50/<br>$882.79 | $6,227.60/<br>$882.79 | 1984 |
| 05/08/02<br>2025 | 03/01/02 through<br>03/31/02 | $7,755.00/<br>$1,565.66 | $6,204.00/<br>$1,565.66 | 2120 |
| 06/03/02<br>2145 | 04/01/02 through<br>04/30/02 | $6,011.50/<br>$878.55 | $4,809.20/<br>$878.55 | 2285 |
| 07/02/02<br>2316 | 05/01/02 through<br>05/31/02 | $6,957.50/<br>$688.60 | $5,566.00/<br>$688.60 | 2436 |
| 08/02/02<br>2489 | 06/01/02 through<br>06/30/02 | $5520.00/<br>$447.36 | $4,416.00/<br>$447.36 | 2607 |
| 08/28/02<br>2609 | 07/01/02 through<br>07/31/02 | $3,597.50/<br>$879.97 | $2,878.00/<br>$879.97 | 2701 |
| 09/26/02<br>2751 | 08/01/02 through<br>08/31/02 | $9,457.50/<br>$1,172.93 | $7,566.00/<br>$1,172.93 | 2829 |
| 10/25/02<br>2885 | 09/01/02 through<br>09/30/02 | $14,313.50/<br>$665.71 | $11,450.80/<br>$665.71 | 3057 |
| 11/25/02<br>3069 | 10/01/02 through<br>10/31/02 | $12,568.50/<br>$1,343.14 | $10,054.80/<br>$1,343.14 | 3169 |
| 12/26/02<br>3188 | 11/01/02 through<br>11/30/02 | $9,268.50/<br>$430.93 | $7,414.80/<br>$430.93 | 3256 |
| 1/27/03<br>3276 | 12/1/02 through<br>12/25/02 | $4,071.00/<br>$160.28 | $3,256.00/<br>$160.28 | 3417 |
| 2/25/03<br>3425 | 12/26/02 through<br>1/31/03 | $6,386.50/<br>$82.31 | $5,109.00/<br>$82.31 | 3520 |
| 3/24/05<br>3545 | 2/1/03 through<br>2/28/03 | $3,576.50/<br>$70.72 | $2,861.20/<br>$70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

| 8/31/04<br>6292 | 7/1/04 through<br>7/31/04 | $20,746.50/<br>$1,010.62 | $16,597.20/<br>$1,010.62 | 6436<br>9/21/04 |
|---|---|---|---|---|
| 9/28/04<br>6485 | 8/1/04 through<br>8/31/04 | $20,512.00/<br>$1,821.42 | $16,409.60/<br>$1,821.42 | To be filed |

**SUMMARY OF TIME FOR BILLING PERIOD**
**SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $465 | 28.9 | $13,438.50 |
| Rhonda L. Thomas | $220 | 23.6 | $5,192.00 |
| Frances A. Panchak | $140 | 0.2 | $28.00 |
| Raelena Y. Taylor | $130 | 9.8 | $1,274.00 |
| Melissa N. Flores | $130 | 5.4 | $702.00 |
| **TOTAL** | | **67.9** | **$20,634.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 9.1 | $3,643.50 |
| Business Operations | 1.4 | $455.00 |
| Case Administration | 10.5 | $2,046.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 7.5 | $2,728.00 |
| Committee, Creditors', Noteholders', or Equity Holders' | 2.8 | $1,228.50 |
| Employee Benefits/Pension | 0.7 | $227.50 |
| Employment Applications, Others | 11.6 | $4,561.00 |
| Fee Applications, Applicant | 9.1 | $1,420.50 |
| Fee Applications, Others | 7.6 | $1,672.00 |
| Litigation and Litigation Consulting | 4.0 | $1,174.00 |
| Relief From Stay Proceedings | 3.1 | $1,294.50 |
| ZAI Science Trial | 0.5 | $183.50 |
| **TOTAL** | **67.9** | **$20,634.50** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

| **Expense Category** | **Total Expenses** |
|---|---|
| Reproduction of Documents | $18.45 |
| Federal Express | $59.28 |
| Messenger Services | $864.10 |
| Duplicating Services | $289.63 |
| **TOTAL** | **$1,231.46** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By: /s/ Rhonda Thomas

Teresa K. D. Currier (No. 3080)
Rhonda L. Thomas (No. 4053)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of Equity Holders

Dated: October 28, 2004

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-000
INVOICE : 182031

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: EXPENSES

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 08/31/04 | REPRODUCTION OF DOCUMENTS | 5.70 |
| 08/31/04 | REPRODUCTION OF DOCUMENTS | 9.15 |
| 09/02/04 | FEDERAL EXPRESS - FEDEX - # 7-612-07497 | 23.03 |
| 09/03/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 91.53 |
| 09/09/04 | FEDERAL EXPRESS - FEDEX - # 7-612-62688 | 23.03 |
| 09/10/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 324.00 |
| 09/10/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 21.20 |
| 09/16/04 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 198.10 |
| 09/16/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 63.00 |
| 09/21/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE | 63.00 |
| 09/21/04 | REPRODUCTION OF DOCUMENTS | 3.60 |
| 09/25/04 | MESSENGER SERVICES - TRISTATE COURIER & CARRIAGE - # 12001 | 392.90 |
| 09/30/04 | FEDERAL EXPRESS - FEDEX - # 7-660-33831 | 13.22 |

TOTAL EXPENSE ADVANCES : 1,231.46

TOTAL DUE : 1,231.46

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-002
INVOICE : 182032

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/08/04 | RLT | REVIEWED NOTICE OF SETTLEMENT BETWEEN THE DEBTORS AND COUDERT BROTHERS LLP | .20 |
| 09/10/04 | RLT | REVIEWED LIMITED OBJECTION TO MOTION OF W. R. GRACE & CO. TO APPROVE SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPLANIES | .20 |
| 09/10/04 | TC | REVIEWED LIMITED OBJECTION OF DAVID AUSTERN TO KWELMBS COMPANIES SETTLEMENT | .40 |
| 09/10/04 | TC | REVIEWED SETTLEMENT AGREEMENT WITH COUDERT BROTHERS AND DEBTOR | .80 |
| 09/10/04 | TC | REVIEWED LIMITED OBJECTION OF OFFICIAL ASBESTOS COMMITTEE TO KWELMBS COMPANIES SETTLEMENT | .40 |
| 09/13/04 | TC | REVIEWED LIMITED OBJECTION OF THE LIBBY CLAIMANTS TO MOTION OF WRGRACE TO APPROVE SETTLEMENT AGREEMENT WITH KWELMBS COMPANY | .30 |
| 09/15/04 | TC | REVIEWED LIMITED OBJECTION OF OFFICIAL PROPERTY DAMAGE COMMITTEE TO KWELMBS SETTLEMENT | .50 |
| 09/16/04 | RLT | REVIEWED MOTION TO AUTHORIZE /DEBTORS' MOTION FOR THE ENTRY OF AN ORDER FOR AUTHORIZATION TO (I) ENTER INTO A SETTLEMENT AGREEMENT WITH THE INTERNAL REVENUE SERVICE WITH RESPECT TO CERTAIN INTEREST DEDUCTIONS FOR CERTAIN COLI POLICIES, (II) PAY AMOUNTS DUE PURSUANT TO THE SETTLEMENT AGREEMENT, AND (III) TERMINATE THE COLI POLICIES FILED BY W.R. GRACE & CO | .30 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-002
INVOICE : 182032

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: ASSET DISPOSITION

| | | | |
|---|---|---|---|
| 09/16/04 | RLT | REVIEWED MOTION TO AUTHORIZE THE DEBTORS TO ACQUIRE FLEXIA CORPORATION'S SYNTHETIC, ROOF-UNDERLAYMENT BUSINESS FILED BY W.R. GRACE & CO.. | .40 |
| 09/16/04 | RLT | REVIEWED MOTION TO APPROVE COMPROMISE / DEBTORS' MOTION FOR AN ORDER APPROVING A SETTLEMENT AGREEMENT WITH HONEYWELL INTERNATIONAL, INC. FILED BY W.R. GRACE & CO.. | .40 |
| 09/17/04 | RLT | REVIEWED MOTION TO EXTEND TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY FILED BY W.R. GRACE | .30 |
| 09/20/04 | TC | REVIEWED MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES | .60 |
| 09/20/04 | TC | REVIEWED NOTICE OF SETTLEMENT WITH THE INTERNAL REVENUE SERVICE | .80 |
| 09/20/04 | TC | REVIEWED NOTICE OF MOTION TO ACQUIRE FLEXIA CORPORATION'S ROOF BUSINESS | 1.10 |
| 09/20/04 | TC | REVIEWED MOTION TO APPROVE SETTLEMENT AGREEMENT WITH HONEYWELL | .80 |
| 09/21/04 | TC | REVIEWED NOTICE OF SETTLEMENT | .60 |
| 09/27/04 | RLT | REVIEWED ORDER (I) APPROVING A SETTLEMENT AGREEMENT BETWEEN THE DEBTORS AND AKZO, INC. AND (II) AUTHORIZING THE DEBTORS TO PAY SETTLEMENT AMOUNT | .30 |
| 09/27/04 | RLT | REVIEWED ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES | .20 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-002
INVOICE : 182032

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: ASSET DISPOSITION

| | | |
|---|---|---|
| 09/27/04 TC | REVIEWED ORDER APPROVING A SETTLEMENT WITH AZKO | .40 |
| 09/28/04 RLT | REVIEWED ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS | .10 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.40 | 528.00 |
| T CURRIER | 465.00 | 6.70 | 3115.50 |
| TOTALS | | 9.10 | 3643.50 |

TOTAL FEES : 3,643.50

TOTAL DUE : 3,643.50

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-003
INVOICE : 182033

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/08/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD JULY 2004 FILED BY W.R. GRACE & CO. | .30 |
| 09/09/04 | TC | REVIEWED MONTHLY OPERATING REPORTS | .60 |
| 09/10/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD JUNE 2004 FILED BY W.R. GRACE & CO. | .50 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .80 | 176.00 |
| T CURRIER | 465.00 | .60 | 279.00 |
| TOTALS | | 1.40 | 455.00 |

TOTAL FEES : 455.00

TOTAL DUE : 455.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-004
INVOICE : 182034

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 08/30/04 | RLT | REVIEWED ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED.R.BANKR.P. 2019 | .20 |
| 09/01/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 09/09/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/15/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 09/16/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 09/17/04 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .70 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-004
INVOICE : 182034

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/17/04 | RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 27, 2004 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD | .30 |
| 09/21/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AGENDA RE 9/27/04 HEARING | .30 |
| 09/21/04 | TC | REVIEWED AGENDA OF MATTERS SET FOR HEARING 9/27 | .40 |
| 09/23/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE NOTICE OF AGENDA MATTERS SCHEDULED FOR 9/30/04 | .30 |
| 09/23/04 | RTT | REVIEW E-NOTICES | .20 |
| 09/23/04 | TC | REVIEWED NOTICE OF MATTERS SCHEDULED FOR HEARING 9/30 | .40 |
| 09/24/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 9/27/04 HEARING | .30 |
| 09/24/04 | RTT | REVIEW E-NOTICES | .10 |
| 09/24/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE SECOND AMENDED AGENDA RE 9/27/04 HEARING | .30 |
| 09/24/04 | RTT | COMMUNICATIONS WITH T.CURRIER RE MONDAY'S HEARING | .20 |
| 09/24/04 | TC | REVIEWED AMENDED AGENDA LETTER FOR 9/27 | .30 |
| 09/24/04 | TC | REVIEWED SECOND AMENDED AGENDA LETTER | .40 |
| 09/27/04 | RTT | REVIEW E-NOTICES | .20 |
| 09/27/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE TWELFTH QUARTERLY FEE ORDER | .30 |
| 09/28/04 | RTT | REVIEW E-NOTICES | .30 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-004
INVOICE : 182034

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/28/04 | RTT | UPDATE SERVICE LIST | .20 |
| 09/28/04 | TC | REVIEWED SECOND AMENDED AGENDA | .40 |
| 09/29/04 | RTT | REVIEW E-NOTICES | .20 |
| 09/29/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 130.00 | 3.70 | 481.00 |
| R L THOMAS | 220.00 | .50 | 110.00 |
| R T TAYLOR | 130.00 | 4.40 | 572.00 |
| T CURRIER | 465.00 | 1.90 | 883.50 |
| TOTALS | | 10.50 | 2046.50 |

TOTAL FEES : 2,046.50

TOTAL DUE : 2,046.50

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-006
INVOICE : 182035

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 08/30/04 | RLT | REVIEWED OBJECTION TO CLAIM /DEBTORS' OBJECTION TO CERTAIN CLAIMS FILED BY THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | .20 |
| 09/07/04 | TC | REVIEWED THIRD CONTINUATION ORDER GRANTING RELIEF IN THIRD OMNIBUS CLAIMS OBJECTION | .60 |
| 09/07/04 | TC | REVIEWED 5TH CONTINUATION ORDER GRANTING RELIEF RE CLAIMS OBJECTIONS | .50 |
| 09/07/04 | TC | REVIEWED SECOND CONTINUATION ORDER RE DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .40 |
| 09/08/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: DOCKET NO. 5808 {DEBTORS' MOTION PURSUANT TO SECTIONS 105(A), 362, 363, 502 AND 503 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 TO ESTABLISH AN ALTERNATE DISPUTE RESOLUTION PROGRAM TO LIQUIDATE CERTAIN PREPETITION CLAIMS | .20 |
| 09/08/04 | RLT | REVIEWED OBJECTION TO / DEBTORS' OBJECTION TO INTERCAT INC.'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM | .30 |
| 09/08/04 | RLT | REVIEWED EXHIBIT 26 A - CONTINUATION OF EXHIBITS FROM D.I. NO. 6346 AND 6358 FILED BY CITY OF CAMBRIDGE, MASSACHUSETTS | .30 |
| 09/08/04 | RLT | REVIEWED EXHIBIT 15 - CONTINUATION OF EXHIBITS FROM D.I. NO. 6346 FILED BY CITY OF CAMBRIDGE, MASSACH | .40 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-006
INVOICE : 182035

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/08/04 | RLT | REVIEWED RESPONSE TO THE DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY CITY OF CAMBRIDGE, MASSACHUSETTS (ATTACHMENTS: # (1) INDEX EXHIBIT INDEX# (2) EXHIBIT 1# (3) EXHIBIT 2# (4) EXHIBIT 3# (5) EXHIBIT 4# (6) EXHIBIT 5# (7) EXHIBIT 6# (8) EXHIBIT 7# (9) EXHIBIT 8# (10) EXHIBIT 9# (11) EXHIBIT 10# (12) EXHIBIT 11# (13) EXHIBIT 12# (14) EXHIBIT 13# (15) EXHIBIT 14) | .60 |
| 09/08/04 | RLT | REVIEWED RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY PERINI CORPORATION | .20 |
| 09/08/04 | RLT | REVIEWED RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) (RELATED DOCUMENT(S){5527 ) FILED BY MASSACHUSETTS BAY TRANSPORTATION AUTHORITY AND ATTACHMENTS: # (1) EXHIBIT "A" PART 1# (2) EXHIBIT A, PART 2# (3) EXHIBIT A, PART 3# (4) EXHIBIT A, PART 4# (5) EXHIBIT A, PART 5# (6) EXHIBIT A, PART 6# (7) EXHIBIT A, PART 7# (8) EXHIBIT "B") | .50 |
| 09/09/04 | TC | REVIEWED CITY OF CAMBRIDGE RESPONSE TO OMNIBUS CLAIMS OBJECTIONS | .70 |
| 09/09/04 | TC | REVIEWED PERINI CORPORATION RESPONSE TO CLAIMS OBJECTIONS | .50 |
| 09/09/04 | TC | REVIEWED MASSACHUSETTS BAY RESPONSE TO CLAIMS OBJECTION | .50 |
| 09/13/04 | TC | REVIEWED CERTIFICATION OF COUNSEL RE ADR PROCEDURES MOTION FOR CLAIMS RESOLUTION | .50 |
| 09/13/04 | TC | REVIEWED DEBTORS' OBJECTION TO INTERCAT MOTION TO FILE A LATE-FILED CLAIM | .70 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-006
INVOICE : 182035

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/28/04 | RLT | REVIEWED ORDER (FOURTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTION | .10 |
| 09/28/04 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .10 |
| 09/28/04 | RLT | REVIEWED ORDER (SECOND CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .10 |
| 09/28/04 | RLT | REVIEWED ORDER (THIRD CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .10 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 3.10 | 682.00 |
| T CURRIER | 465.00 | 4.40 | 2046.00 |
| TOTALS | | 7.50 | 2728.00 |

TOTAL FEES : 2,728.00

TOTAL DUE : 2,728.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-007
INVOICE : 182036

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: COMMITTEE, CREDITORS', NOTEHOLDERS', OR EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/08/04 | TC | REVIEWED MATERIALS IN PREPARATION FOR COMMITTEE MEETING TOMORROW | .60 |
| 09/09/04 | TC | EQUITY COMMITTEE MEETING | 1.50 |
| 09/10/04 | TC | CALL WITH A SHAREHOLDER WITH QUESTIONS ABOUT WRGRACE | .40 |
| 09/16/04 | RLT | REVIEWED AGENDA FOR SEPTEMBER 27TH HEARING | .30 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .30 | 66.00 |
| T CURRIER | 465.00 | 2.50 | 1162.50 |
| TOTALS | | 2.80 | 1228.50 |

TOTAL FEES : 1,228.50

TOTAL DUE : 1,228.50

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-008
INVOICE : 182037

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/24/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO OFFER ENHANCED SEVERANCE TO CERTAIN NEWLY-HIRED EXECUTIVES. | .20 |
| 09/27/04 | TC | REVIEWED ORDER APPROVING SEVERANCE FOR NEWLY HIRED EXECUTIVES | .30 |
| 09/28/04 | RLT | REVIEWED ORDER AUTHORIZING DEBTORS TO MAKE CONTRIBUTIONS TO DEFINED BENEFIT PLANS COVERING DEBTORS' EMPLO | .20 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .40 | 88.00 |
| T CURRIER | 465.00 | .30 | 139.50 |
| TOTALS | | .70 | 227.50 |

TOTAL FEES : 227.50

TOTAL DUE : 227.50

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-010
INVOICE : 182038

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/07/04 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO EXPAND SCOPE OF EMPLOYMENT OF NELSON MULLINS | .30 |
| 09/10/04 | RLT | REVIEWED AFFIDAVIT OF MICHAEL MILLER FOR THE SHAPIRO FIRM FILED BY W.R.GRACE TO PROVIDE SERVICES TO AN OFFICER OF THE DEBTOR. | .30 |
| 09/13/04 | TC | REVIEWED APPENDIX TO BRIEF OF FUTURES CLAIMANTS | 1.10 |
| 09/13/04 | TC | REVIEWED BRIEF OF FUTURES CLAIMANTS TO APPLICATION TO EMPLOY SWIDLER BERLIN | 2.60 |
| 09/14/04 | RLT | REVIEWED BRIEF SUPPLEMENTAL BRIEF OF THE FUTURE CLAIMANTS' REPRESENTATIVE REGARDING HIS APPLICATIONS TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AND CIBC WORLD MARKETS CORP. | .50 |
| 09/14/04 | RLT | REVIEWED APPENDIX IN SUPPORT OF SUPPLEMENTAL BRIEF OF THE FUTURE CLAIMANTS' REPRESENTATIVE REGARDING HIS APPLICATION TO EMPLOY SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AND CIBC WORLD MARKETS CORP. | .40 |
| 09/15/04 | TC | REVIEWED AFFIDAVIT OF BRIAN SINGAL | .70 |
| 09/15/04 | TC | REVIEWED AFFIDAVIT OF MICHAEL MILLER | .60 |
| 09/16/04 | RLT | REVIEWED COMPENSATION /STATEMENT OF CONWAY, DEL GENIO, GRIES & CO., LLC SUPPORTING FEE STRUCTURE RELATED TO ITS ENGAGEMENT AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .30 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-010
INVOICE : 182038

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: EMPLOYMENT APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/16/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE: DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DELOITTE CONSULTING LLP AS COMPENSATION ADVISORS TO THE DEBTORS NUNC PRO TUNC TO JULY 1, 2004 | .20 |
| 09/17/04 | RLT | REVIEWED AFFIDAVIT / TWELFTH SUPPLEMENTAL AFFIDAVIT OF JAMES H.M. SPRAYREGEN UNDER 11 U.S.C SECTION 327(A) AND FED.R.BANKR.P.2014 | .30 |
| 09/22/04 | RLT | REVIEWED BRIEF (SUPPLEMENTAL) OF THE FUTURE CLAIMANTS' REPRESENTATIVE REGARDING HIS APPLICATION TO EMPLOY PHILLIPS, GOLDMAN & SPENCE, P.A. ) FILED BY PHILLIPS, GOLDMAN & SPENCE, P.A | .60 |
| 09/22/04 | TC | REVIEWED BRIEF OF FUTURES' REPRESENTATIVE RE HIRING PHILLIPS GOLDMAN & SPENCE | 1.20 |
| 09/24/04 | TC | REVIEWED STATEMENT OF BLACKSTONE GROUP IN SUPPORT OF FEE ARRANGEMENTS | .40 |
| 09/27/04 | RLT | REVIEWED ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF DELOITTE CONSULTING LLP AS COMPENSATION ADVISORS TO THE DEBTORS NUNC PRO TUNC TO JULY 1, 2004 | .20 |
| 09/27/04 | RLT | REVIEWED ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE | .20 |
| 09/27/04 | RLT | REVIEWED ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE | .20 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-010
INVOICE : 182038

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: EMPLOYMENT APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/27/04 | RLT | REVIEWED ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE | .20 |
| 09/27/04 | TC | REVIEWED ORDER ALLOWING EXPANDED DELOITTE RETENTION | .40 |
| 09/27/04 | TC | REVIEWED RETENTION OF PHILLIPS GOLDMAN SPENCE FOR FUTURES CLAIMANT | .30 |
| 09/27/04 | TC | REVIEWED RETENTION OF CIBC WORLD MARKETS FOR FUTURES CLAIMANTS | .30 |
| 09/27/04 | TC | REVIEWED RETENTION OF SWIDLER BERLIN FOR FUTURES REPRESENTATIVE | .30 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 3.40 | 748.00 |
| T CURRIER | 465.00 | 8.20 | 3813.00 |
| TOTALS | | 11.60 | 4561.00 |

TOTAL FEES : 4,561.00

TOTAL DUE : 4,561.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-011
INVOICE : 182039

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/08/04 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 13TH QUARTERLY FEE APP OF KRLS (.1) DRAFT CNO RE: 13TH QUARTERLY FEE APP OF KRLS (.3) | .40 |
| 09/09/04 | MNF | E-FILE AND SERVE CNO RE: 13TH QUARTERLY FEE APP OF KRLS | .70 |
| 09/16/04 | MNF | REVIEWED PRE-BILLS FOR 8/1/04-8/31/04 | .60 |
| 09/21/04 | RLT | REVIEWED AND COMMENTED ON KRLS' PREBILLS FOR AUGUST | .70 |
| 09/21/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR KRLS 33RD FEE APPLICATION | .20 |
| 09/21/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION RE KRLS THIRTY-THIRD MONTHLY FEE APP | .60 |
| 09/21/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS THIRTY-THIRD FEE APP | .10 |
| 09/21/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CNO TO KRLS THIRTY-THIRD FEE APP | .60 |
| 09/22/04 | RTT | REVIEW AND COMPARE FINAL BILLS FOR AUGUST | .50 |
| 09/22/04 | RTT | REVIEW AND DISTRIBUTE PRE-BILLS TO ACCOUNTING FOR THE MONTH OF AUGUST 2004 | .20 |
| 09/23/04 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR KRLS' AUGUST FEE APPLICATION | .20 |
| 09/23/04 | TC | REVIEWED CNOS FOR OUR FEES | .30 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-011
INVOICE : 182039

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 09/24/04 | RTT | DRAFT KRLS THIRTY-FOURTH MONTHLY FEE APPLICATION | 1.60 |
| 09/28/04 | RLT | REVIEWED DRAFT 34TH FEE APPLICATION FOR KRLS | .60 |
| 09/28/04 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRLS THIRTY-FOURTH FEE APP | .10 |
| 09/28/04 | RTT | DISCUSSION WITH RLT RE FILING OF KRLS THIRTY-FOURTH FEE APP | .10 |
| 09/28/04 | RTT | E-FILE AND SERVE KRLS THIRTY-FOURTH MONTHLY FEE APP | 1.50 |
| 09/28/04 | RTT | CALENDAR OBJECTION DEADLINE RE KRLS THIRTY-FOURTH FEE APP | .10 |

T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 140.00 | .20 | 28.00 |
| M N FLORES | 130.00 | 1.70 | 221.00 |
| R L THOMAS | 220.00 | 1.50 | 330.00 |
| R T TAYLOR | 130.00 | 5.40 | 702.00 |
| T CURRIER | 465.00 | .30 | 139.50 |
| TOTALS | | 9.10 | 1420.50 |

TOTAL FEES : 1,420.50

TOTAL DUE : 1,420.50

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 08/30/04 | RLT | REVIEWED THIRTY-THIRD MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FORCOMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY OFFICIAL COMMITTEE OF EQUITY HOLDERS | .10 |
| 09/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY CAMPBELL & LEVINE, LLC. | .10 |
| 09/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC.. | .10 |
| 09/02/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED. | .10 |
| 09/02/04 | RLT | REVIEWEDAPPLICATION FOR COMPENSATION SIXTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .10 |
| 09/02/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIRST MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 09/02/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SECOND MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 09/07/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION -- SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 09/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTORS PRODUCT LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE THIRTY-SEVENTH MONTHLY INTERIM PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 09/07/04 RLT | REVIEWED APPLICATION FOR COMPENSATION / SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD, FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 09/07/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED FINAL REPORT REGARDING TWELFTH INTERIM QUARTERLY FEE APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC | .20 |
| 09/07/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY FERRY, | .20 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/07/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE TWELFTH INTERIM PERIOD | .20 |
| 09/07/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C.. | .10 |
| 09/07/04 | RLT | REVIEWED VERIFIED APPLICATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY PITNEY HARDIN KIPP & SZUCH LLP | .20 |
| 09/07/04 | RLT | REVIEWED QUARTERLY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRTEENTH QUARTERLY INTERIM PERIOD OF APRIL 1, 2004 TO JUNE 30, 2004 | .20 |
| 09/07/04 | RLT | REVIEWED THIRTEENTH QUARTERLY INTERIM VERIFIED APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION AND ENVIRONMENTAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 09/07/04 | RLT | REVIEWED {SECOND INTERIM OF DELOITTE & TOUCHE LLP AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2004 THROUGH MARCH 31, 2004 FILED BY DELOITTE & TOUCHE LLP. | .20 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/08/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 09/08/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC.. | .10 |
| 09/08/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE TWELFTH PERIOD AND CERTAIN PRIOR AMOUNTS FILED BY W.R. GRACE & CO. | .20 |
| 09/08/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FORTIETH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 09/08/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AUGUST 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C.. | .10 |
| 09/08/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION / SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD, FROM JULY 1, 2004 THROUGH JULY 31, 2004, FOR THE QUARTER OF JULY - SEPTEMBER, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/08/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION / SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JULY 1 THROUGH JULY 31, 2004 | .10 |
| 09/10/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | .10 |
| 09/10/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-SECOND MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JULY 2004 | .10 |
| 09/17/04 | RLT | REVIEWED STATEMENT OF PROFESSIONALS' COMPENSATION STATEMENT OF THE BLACKSTONE GROUP L.P., FINANCIAL ADVISOR TO THE DEBTORS, IN SUPPORT OF ITS FEE ARRANGEMENT FILED BY BLACKSTONE GROUP L.P | .30 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-FOURTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION /SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTIETH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD, FROM JULY 1 2004 THROUGH JULY 31 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 09/17/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004 | .10 |
| 09/21/04 | RLT | BRIEFLY QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE INTERIM PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 | .20 |
| 09/21/04 | RLT | REVIEWED EMAIL FROM JC RE LEASES TO BE REJECTED | .20 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/22/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-FIRST MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |
| 09/23/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FORTY-FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE SERVICES RENDERED DURING THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS. | .10 |
| 09/24/04 | RLT | REVIEWED AMENDED STATEMENT OF PROFESSIONALS' COMPENSATION (AMENDED STATEMENT OF CONWAY, DEL GENIO, GRIES & CO., LLC SUPPORTING FEE STRUCTURE RELATED TO ITS ENGAGEMENT AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMA | .20 |
| 09/24/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION SEVENTH FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR JULY 2004 FILED BY GOODWIN PROCTER LLP | .10 |
| 09/24/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION SIXTH FEE APPLICATION OF GOODWIN PROCTER LLP, COUNSEL TO STATE STREET BANK AND TRUST COMPANY AS INVESTMENT MANAGER AND FIDUCIARY OF THE GRACE STOCK WITHIN THE GRACE SAVINGS & INVESTMENT PLAN FOR MAY AND JUNE 2004 FILED BY GOODWIN PROCTER LLP. | .10 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/24/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION (FORTIETH) OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 09/24/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION / SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |
| 09/27/04 | RLT | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR THE TWELFTH PERIOD AND CERTAIN PRIOR AMOUNTS. | .20 |
| 09/27/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF DECHERT LLP FOR THE EIGHTH INTERIM PERIOD | .20 |
| 09/27/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR THE EIGHTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .20 |
| 09/27/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING THE FEE APPLICATION OF GILBERT HEINTZ & RANDOLPH LLP FOR THE EIGHTH INTERIM PERIOD | .20 |
| 09/27/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING EXPENSES SOUGHT IN APPLICATION OF LAZARD FRERES & CO. LLC FOR THE EIGHTH INTERIM PERIOD | .20 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 09/27/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 09/27/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |
| 09/28/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC.. | .10 |
| 09/28/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIRST MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2004 THROUGH MAY 31, 2004 | .10 |
| 09/28/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIRST MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JUNE 1, 2004 THROUGH JUNE 31, 2004 | .10 |

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-012
INVOICE : 182040

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: FEE APPLICATIONS, OTHERS

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 7.60 | 1672.00 |
| TOTALS | | 7.60 | 1672.00 |

TOTAL FEES : 1,672.00

TOTAL DUE : 1,672.00

KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-015
INVOICE : 182041

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/07/04 | RLT | REVIEWED COMPLAINT FOR DECLARATORY AND OTHER RELIEF BY THE SCOTTS COMPANY AGAINST AMERICAN EMPLOYERS INSURANCE COMPANY, BOSTON OLD COLONY INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, EMPLOYERS COMMERCIAL UNION N/K/A ONEBEACON AMERICA INSURANCE COMPANY, MARYLAND CASUALTY COMPANY, UNIGARD INSURANCE | .40 |
| 09/08/04 | RLT | REVIEWED MOTION TO AMEND MOTION OF BARON & BUDD, AND SILBER PEARLMAN PURSUANT TO BANKRUPTCY RULE 9023 TO ALTER OR AMEND (1) AMENDATORY ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, AND (2) ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, OR ALTERNATIVELY, FOR NEW TRIAL | .50 |
| 09/08/04 | RLT | REVIEWED PROPOSED ORDER RE: MOTION OF BARON & BUDD, AND SILBER PEARLMAN PURSUANT TO BANKRUPTCY RULE 9023 TO ALTER OR AMEND (1) AMENDATORY ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, AND (2) ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019 | .30 |
| 09/08/04 | RLT | REVIEWED LIMITED OBJECTION TO THE DEBTORS' MOTION FOR AN ORDER APPROVING THE PRIVELEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES (RELATED DOCUMENT(S){6244 ) FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANT | .30 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-015
INVOICE : 182041

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: LITIGATION AND LITIGATION CONSULTING

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/10/04 | RLT | REVIEWED LIMITED OBJECTION TO /LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO THE DEBTORS' MOTION TO APPROVE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES | .30 |
| 09/10/04 | TC | REVIEWED MOTION OF SCOTTS COMPANY FOR TEMPORARY STAY OF THE RAND ACTION SET FOR TRIAL FOR OCTOBER 11, 2004 | .80 |
| 09/23/04 | RLT | REVIEWED STIPULATED ORDER DISMISSING APPEAL (RE: CIVIL ACTION NO. 04-846). ORDER SIGNED ON 9/15/2004 BY THE HONORABLE RONALD L. BUCKWALTER. | .40 |
| 09/23/04 | TC | REVIEWED ORDER DISMISSING APPEAL | .40 |
| 09/28/04 | RLT | REVIEWED NOTICE OF SPECIAL HEARING TO ADDRESS MOTION OF BARON & BUDD, P.C. ET AL. PURSUANT TO BANKRUPTCY RULE 9013, TO LATER OR AMEND AMENDATORY ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED.R.BANKR.P. 2019 | .30 |
| 09/28/04 | RLT | REVIEWED JOINDER OF BRAYTON PURCELL IN THE MOTION OF BARON & BUDD AND SILBER PEARLMAN PURSUANT TO BANKRUPTCY RULE 9023, TO ALTER OR AMEND ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019, OR ALTERNATIVELY, FOR NEW TRIAL | .30 |

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-015
INVOICE : 182041

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: LITIGATION AND LITIGATION CONSULTING

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.80 | 616.00 |
| T CURRIER | 465.00 | 1.20 | 558.00 |
| TOTALS | | 4.00 | 1174.00 |

TOTAL FEES : 1,174.00

TOTAL DUE : 1,174.00

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-017
INVOICE : 182042

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/02/04 | TC | REVIEWED MOTION FOR RELIEF FROM STAY FILED BY DAVID SLAUGHTER | .70 |
| 09/02/04 | TC | REVIEWED THREE ORDERS RE LIBBY CLAIMANTS DENYING LIBBY CLAIMANTS' MOTION FOR RELIEF FROM STAY | .90 |
| 09/07/04 | RLT | REVIEWED MOTION FOR RELIEF FROM STAY RECEIPT #71425. FEE AMOUNT $150. FILED BY DAVID G. SLAUGHTER. | .40 |
| 09/08/04 | RLT | REVIEWED OBJECTION TO DAVID SLAUGHTER'S MOTION TO LIFT THE AUTOMATIC STAY | .20 |
| 09/10/04 | TC | REVIEWED DEBTORS' OBJECTION TO DAVID SLAUGHTER MOTION FOR RELIEF FROM STAY | .50 |
| 09/24/04 | TC | REVIEWED CARLTON AND ELLEN RAND'S RESPONSE TO MOTION OF SCOTTS COMPANY FOR TEMPORARY STAY | .40 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .60 | 132.00 |
| T CURRIER | 465.00 | 2.50 | 1162.50 |
| TOTALS | | 3.10 | 1294.50 |

TOTAL FEES : 1,294.50

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-017
INVOICE : 182042

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: RELIEF FROM STAY PROCEEDINGS

TOTAL DUE : 1,294.50

KLETT ROONEY LIEBER & SCHORLING
A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 21, 2004
MATTER : W9600-022
INVOICE : 182043

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/04 T C

RE: ZAI SCIENCE TRIAL

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 09/27/04 | RLT | REVIEWED ORDER GRANTING JOINT MOTION OF DEBTORS AND ZAI CLAIMANTS TO INCREASE BUDGET FOR ZAI SCIENCE TRIAL | .20 |
| 09/27/04 | TC | REVIEWED ORDER EXPANDING ZAI BUDGET TRIAL | .30 |

T I M E S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .20 | 44.00 |
| T CURRIER | 465.00 | .30 | 139.50 |
| TOTALS | | .50 | 183.50 |

TOTAL FEES : 183.50

TOTAL DUE : 183.50