REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1201009
One Town Center Road                     Invoice Date        10/19/04
Boca Raton, FL    33486                  Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


    Expenses                       665.96

                    TOTAL BALANCE DUE UPON RECEIPT        $665.96
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | Invoice Number | 1201009 |
| One Town Center Road | Invoice Date | 10/19/04 |
| Boca Raton, FL    33486 | Client Number | 172573 |
| | Matter Number | 60026 |

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Duplicating/Printing/Scanning | 470.10 |
| Other Databases | 23.94 |
| Postage Expense | 3.64 |
| Courier Service - Outside | 45.68 |
| Outside Duplicating | 122.60 |
| CURRENT EXPENSES | 665.96 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $665.96 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co. | |
|---|---|
| One Town Center Road | |
| Boca Raton, FL   33486 | |

| | |
|---|---|
| Invoice Number | 1201009 |
| Invoice Date | 10/19/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 08/31/04 | Other Databases-Electronic docket research | 23.94 |
|---|---|---|
| 09/02/04 | ATTY # 3984; 64 COPIES | 9.60 |
| 09/02/04 | ATTY # 3963; 6 COPIES | .90 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 09/03/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 09/03/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 09/03/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 09/03/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 09/03/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 09/07/04 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC.--Copying for service of 13th Quarterly Application CNO. | 61.30 |
| 09/07/04 | ATTY # 0856; 696 COPIES | 104.40 |
| 09/07/04 | ATTY # 0856; 385 COPIES | 57.75 |
| 09/08/04 | Postage Expense - Pleading | 3.04 |

172573 W. R. Grace & Co.                          Invoice Number  1201009
60026  Litigation and Litigation Consulting        Page   2
        October 19, 2004

| | | |
|---|---|---:|
| 09/08/04 | ATTY # 0856; 468 COPIES | 70.20 |
| 09/08/04 | ATTY # 0856; 17 COPIES | 2.55 |
| 09/08/04 | ATTY # 0856; 1216 COPIES | 182.40 |
| 09/08/04 | ATTY # 3984; 150 COPIES | 22.50 |
| 09/09/04 | ATTY # 5494: 4 COPIES | .60 |
| 09/09/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | 20.55 |
| 09/15/04 | ATTY # 0559; 20 COPIES | 3.00 |
| 09/15/04 | ATTY # 0559; 4 COPIES | .60 |
| 09/15/04 | ATTY # 0559; 6 COPIES | .90 |
| 09/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 09/16/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/21/04 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC.-- Copying for service of 13th Quarterly Application CNO. | 61.30 |
| 09/21/04 | ATTY # 0349: 3 COPIES | .45 |
| 09/21/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/22/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/22/04 | ATTY # 0349: 1 COPIES | .15 |
| 09/22/04 | Postage Expense | .60 |
| 09/22/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | 18.61 |
| 09/22/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | -18.61 |

```
172573 W. R. Grace & Co.                    Invoice Number  1201009
60026  Litigation and Litigation Consulting Page   3
       October 19, 2004
```

| Date | Description | Amount |
|------|-------------|--------|
| 09/27/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | 18.61 |
| 09/27/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to WILLIAM D. HARVARD, EVERT & WEATHERSBY, LLC (BOGART GA 30622). | 6.52 |

```
                    CURRENT EXPENSES                665.96
                                                ------------
                    TOTAL BALANCE DUE UPON RECEIPT   $665.96
                                                =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1201010
5400 Broken Sound Blvd., N.W.        Invoice Date        10/19/04
Boca Raton, FL 33487                 Client Number        172573

=============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Expenses                              (568.20)

                    TOTAL BALANCE DUE UPON RECEIPT        $  (568.20)
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1201010
5400 Broken Sound Blvd., N.W.        Invoice Date       10/19/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

==============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      2.30
        Duplicating/Printing/Scanning         86.25
        Transcript Expense                  (656.75)

                CURRENT EXPENSES                     (568.20)
                                               -------------

                TOTAL BALANCE DUE UPON RECEIPT    $ (568.20)
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                         Invoice Number     1201010
5400 Broken Sound Blvd., N.W.       Invoice Date      10/19/04
Boca Raton, FL 33487                Client Number       172573
                                    Matter Number        60028


===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/25/95 | Reversal from Cancelled Voucher 091604 | -656.75 |
| 09/08/04 | ATTY # 0856: 4 COPIES | .60 |
| 09/08/04 | Duplicating/Printing/Scanning | -1.80 |
| 09/09/04 | ATTY # 0856: 1 COPIES | .15 |
| 09/09/04 | ATTY # 0856: 3 COPIES | .45 |
| 09/09/04 | ATTY # 0856: 3 COPIES | .45 |
| 09/09/04 | ATTY # 0856: 3 COPIES | .45 |
| 09/20/04 | ATTY # 0856; 32 COPIES | 4.80 |
| 09/20/04 | ATTY # 0856; 161 COPIES | 24.15 |
| 09/20/04 | ATTY # 0856: 2 COPIES | .30 |
| 09/20/04 | ATTY # 0856: 3 COPIES | .45 |
| 09/20/04 | ATTY # 0856: 4 COPIES | .60 |
| 09/20/04 | ATTY # 0856: 3 COPIES | .45 |
| 09/20/04 | ATTY # 0856: 2 COPIES | .30 |
| 09/20/04 | ATTY # 0856: 5 COPIES | .75 |
| 09/22/04 | ATTY # 0856: 3 COPIES | .45 |
| 09/22/04 | ATTY # 0856; 224 COPIES | 33.60 |
| 09/26/04 | ATTY # 0856: 3 COPIES | .45 |

172573 W. R. Grace & Co.                      Invoice Number  1201010
60028  ZAI Science Trial                      Page   2
       October 19, 2004

09/26/04   ATTY # 0856: 3 COPIES                              .45

09/27/04   843-727-6513/CHARLESTON, SC/14                     .70

09/27/04   410-531-4355/COLUMBIA, MD/4                        .15

09/27/04   ATTY # 0559; 12 COPIES                            1.80

09/29/04   561-362-1533/BOCA RATON, FL/19                     .95

09/29/04   ATTY # 0349; 6 COPIES                              .90

09/29/04   ATTY # 0396; 20 COPIES                            3.00

09/29/04   ATTY # 0349: 1 COPIES                              .15

09/29/04   ATTY # 0349: 4 COPIES                              .60

09/30/04   843-727-6689/CHARLESTON, SC/3                      .15

09/30/04   404-233-8718/ATLANTA, GA/7                         .35

09/30/04   ATTY # 0559; 24 COPIES                            3.60

09/30/04   ATTY # 0559; 2 COPIES                              .30

09/30/04   ATTY # 0349; 7 COPIES                             1.05

09/30/04   ATTY # 0349: 49 COPIES                            7.35

09/30/04   ATTY # 0349: 1 COPIES                              .15


09/30/04   ATTY # 0349: 1 COPIES                              .15

09/30/04   ATTY # 0349: 1 COPIES                              .15

                         CURRENT EXPENSES                 (568.20)
                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT     $ (568.20)
                                                      ============