REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      1200027
One Town Center Road                   Invoice Date      10/19/04
Boca Raton, FL    33486                Client Number       172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              1,855.50


        TOTAL BALANCE DUE UPON RECEIPT        $1,855.50
                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1200027
One Town Center Road                     Invoice Date       10/19/04
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

| Date | Name | | Hours |
|------|------|--|-------|
| 09/07/04 | Restivo | Review information request and instruct M. Atkinson re: email to B. Harvard. | .50 |
| 09/08/04 | Lord | Update 2002 Service List. | .10 |
| 09/09/04 | Atkinson | Letter to William Harvard, Esq. (Evert & Weathersby) sending various experts materials from the ZAI Science Trial in regards to claims against third party non-debtor defendant. | 1.70 |
| 09/17/04 | Atkinson | Additional work on request for expert materials for ZAI Science Trial in regards to claims against third party non-debtor defendant. | 1.10 |
| 09/21/04 | Bentz | Review of agenda for omnibus hearing. | .30 |
| 09/22/04 | Atkinson | Collect ZAI Science Trial/Barbanti materials to send to Mr. Harvard. | 1.30 |
| 09/22/04 | Bentz | Corresponding with W. Sparks regarding availability of research regarding attorney-client privilege issues. | .20 |
| 09/22/04 | Restivo | Review miscellaneous new pleadings in the bankruptcy case. | 1.00 |
| 09/23/04 | Lord | Update 2002 Service List. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1200027
60026  Litigation and Litigation Consulting       Page   2
       October 19, 2004

```
   Date   Name                                                   Hours
 -------- -----------                                            -----

09/23/04 Muha          Review docket report and obtain            .40
                       agenda for omnibus hearing.

09/24/04 Bentz         Review of agenda and revised               .40
                       agenda regarding omnibus hearing.

09/30/04 Atkinson      Telephone call with W. Harvard re:         .30
                        Longo expert materials and
                       depositions (0.2); e-mail to J.
                       Restivo re:  same (0.1).

                                                                ------
                                          TOTAL HOURS            7.50
```

```
TIME SUMMARY                Hours          Rate          Value
------------------------    --------------------------   -------
James J. Restivo Jr.        1.50  at  $  495.00  =       742.50
James W Bentz               0.90  at  $  370.00  =       333.00
Andrew J. Muha              0.40  at  $  235.00  =        94.00
John B. Lord                0.30  at  $  160.00  =        48.00
Maureen L. Atkinson        4.40  at  $  145.00  =       638.00

                         CURRENT FEES                        1,855.50


                                                      ------------
             TOTAL BALANCE DUE UPON RECEIPT              $1,855.50
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W. R. Grace | Invoice Number    1200029 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    10/19/04 |
| Boca Raton, FL 33487 | Client Number     172573 |


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                       18,236.50

                    TOTAL BALANCE DUE UPON RECEIPT     $18,236.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W. R. Grace | Invoice Number | 1200029 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 10/19/04 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60028 |

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 09/03/04 | Cameron | Review materials relating to Science Trial. | .90 |
| 09/06/04 | Cameron | Review briefing in Science Trial for oral argument preparation. | 1.30 |
| 09/11/04 | Cameron | Organize material for oral argument preparation. | 2.60 |
| 09/16/04 | Cameron | Review recent articles relating to ZAI. | .90 |
| 09/18/04 | Cameron | Review materials relating to preparation for Science Trial argument. | 1.70 |
| 09/24/04 | Cameron | Review materials relating to ZAI Science Trial budget motion and hearing on same. | .30 |
| 09/24/04 | Flatley | Meet with J. Bentz re: ZAI Science Trial argument preparation. | .10 |
| 09/25/04 | Cameron | Review materials for ZAI Science Trial oral argument preparation. | 1.40 |
| 09/26/04 | Cameron | Review materials for ZAI Science Trial oral argument preparation. | 1.40 |
| 09/27/04 | Cameron | Meet with J. Restivo regarding ZAI Science Trial Motion (0.2); review materials relating to preparation for Science Trial argument (0.9). | 1.10 |

172573 W. R. Grace & Co.                      Invoice Number  1200029
60028  ZAI Science Trial                      Page   2
       October 19, 2004


| Date | Name | | Hours |
|------|------|--|-------|

09/28/04 Cameron    Review materials in preparation      1.60
                    for call with R. Finke regarding
                    argument in ZAI Science Trial
                    (0.4); participate in portions of
                    call with R. Finke (0.3); review
                    materials to prepare for argument
                    (0.9).


09/28/04 Restivo    Prepare for and telephone            1.50
                    conference with D. Cameron and R.
                    Finke re: ZAI Science Trial.


09/29/04 Bentz      Meeting with J. Restivo and L.       2.70
                    Flatley regarding argument in ZAI
                    Science Trial (.3); preparation
                    for argument in ZAI Science Trial
                    (2.4).


09/29/04 Butcher    Review filings submitted to court    2.80
                    in preparation for the ZAI Science
                    Trial argument.


09/29/04 Cameron    Meet with J. Restivo and L.          2.60
                    Flatley regarding oral argument
                    (0.5); review briefs and organize
                    expert materials for preparation
                    (0.4); e-mails to R. Finke
                    regarding same (0.4); review
                    recent developments with respect
                    to ZAI (1.3).


09/29/04 Flatley    Meet with J. Restivo and D.          1.60
                    Cameron re: status of argument
                    preparation (.50); follow up on
                    meeting and organizing re:
                    preparation for argument,
                    including e-mails to/from R. Finke
                    and with D. Cameron (1.10).


09/29/04 Restivo    Meet with L. Flatley and D.          6.00
                    Cameron re oral argument
                    preparation (0.5);  begin review
                    of pleadings filed for ZAI Science
                    Trial argument (4.3); telephone
                    calls with E. Westbrook (0.4);
                    conference call with R. Beber and
                    R. Finke (0.8).


09/30/04 Bentz      Preparation for hearing on pending   3.30
                    motions in ZAI Science Trial.

```
172573  W. R. Grace & Co.                        Invoice Number  1200029
60028   ZAI Science Trial                        Page    3
        October 19, 2004
```

| Date | Name | | Hours |
|------|------|--|-------|
| 09/30/04 | Butcher | Revise Science Trial hearing agenda (.4); meeting with J. Restivo re: agenda (.2). | .60 |
| 09/30/04 | Cameron | Meet with J. Restivo regarding argument issues (0.2); review e-mails and new developments regarding same (0.8); review motions and briefs relating to microscopy expert (0.8). | 1.80 |
| 09/30/04 | Muha | Research and review 9/17/03 ZAI Science Trial hearing agenda for J. Restivo. | .20 |
| 09/30/04 | Restivo | Continue review of 13 volumes of Science Trial pleadings and exhibits (4.6); correspondence and calls re:  procedures for argument (0.4). | 5.00 |

```
                                                    ------
                                    TOTAL HOURS      41.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 12.50 | at | $  495.00 | = | 6,187.50 |
| Lawrence E. Flatley | 1.70 | at | $  470.00 | = | 799.00 |
| Douglas E. Cameron | 17.60 | at | $  465.00 | = | 8,184.00 |
| James W Bentz | 6.00 | at | $  370.00 | = | 2,220.00 |
| Jayme L. Butcher | 3.40 | at | $  235.00 | = | 799.00 |
| Andrew J. Muha | 0.20 | at | $  235.00 | = | 47.00 |

```
                   CURRENT FEES                      18,236.50

                                                   ------------
             TOTAL BALANCE DUE UPON RECEIPT          $18,236.50
                                                   =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1200031 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date    10/19/04 |
| Boca Raton, FL 33487 | Client Number    172573 |
| | Matter Number    60029 |

================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

| Date | Name | | Hours |
|------|------|--|-------|
| 09/01/04 | Lankford | Scan CNO for Reed Smith's 13th Quarterly Application (.3). | .30 |
| 09/02/04 | Lankford | E-file and perfect service of CNO for Reed Smith's 13th Quarterly Application. | .30 |
| 09/07/04 | Lankford | Verify calculations regarding Reed Smith's 37th Monthly Fee Application. | .50 |
| 09/07/04 | Lord | Review and revise Reed Smith's 37th monthly fee application (.7); discuss same with L. Lankford (.1). | .80 |
| 09/07/04 | Muha | Review materials from Fee Auditor re: 12th quarterly fee application. | .30 |
| 09/08/04 | Falini | Reviewed Reed Smith's 37th Monthly Fee Application. | .20 |
| 09/08/04 | Lankford | Scan, e-file and perfect service of Reed Smith's 37th Monthly Fee Application. | 1.60 |
| 09/08/04 | Lord | Discussions w/ L. Lankford re: 37th monthly fee application (.2); perfect electronic service of same (.4). | .60 |
| 09/08/04 | Muha | Review 12th Quarterly fee application and e-mail to fee auditor re: spreadsheet. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1200031
60029  Fee Applications-Applicant           Page   2
       October 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/10/04 | Muha | Revisions to August 2004 fee and expense detail. | .50 |
| 09/14/04 | Muha | Continued revisions to August 2004 fee application. | .50 |
| 09/15/04 | Lord | Research and respond to e-mail from A. Muha re: June CNO. | .20 |
| 09/16/04 | Muha | Final revisions to fee and expense detail for August 2004 fee application. | .30 |

```
                                            ------
                              TOTAL HOURS    6.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 2.10 | at $ | 235.00 | = | 493.50 |
| Janice E. Falini | 0.20 | at $ | 200.00 | = | 40.00 |
| John B. Lord | 1.60 | at $ | 160.00 | = | 256.00 |
| Lisa Lankford | 2.70 | at $ | 95.00 | = | 256.50 |

```
              CURRENT FEES                         1,046.00


                                            ------------
              TOTAL BALANCE DUE UPON RECEIPT     $1,046.00
                                            ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1200032 |
| One Town Center Road | Invoice Date    10/19/04 |
| Boca Raton, FL  33486 | Client Number    172573 |
| | Matter Number    60030 |


==========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2004

| Date | Name | | Hours |
|------|------|--|-------|
| 09/27/04 | Muha | E-mails to and from local counsel re: arrangements for appearance at omnibus hearing (0.2); calls to and from court clerk re: same (0.2). | .40 |
| 09/27/04 | Restivo | Preparation for omnibus hearing and participation at omnibus hearing (2.2); calls with Westbrook, et al., re: activity at omnibus hearing (.6). | 2.80 |

```
                                                      ------
                              TOTAL HOURS    3.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 2.80 | at | $ 495.00 | = | 1,386.00 |
| Andrew J. Muha | 0.40 | at | $ 235.00 | = | 94.00 |

```
                    CURRENT FEES                       1,480.00


                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT           $1,480.00
                                                    ============
```