IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Objection Deadline: 11/17/04 |
| ) | Hearing Date: Scheduled if Necessary |

**NOTICE OF FILING OF
FOURTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF SEPTEMBER 1, 2004 TO SEPTEMBER 31, 2004**

TO:   (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **November 17, 2004.**

At the same time, you must also serve a copy of the objection or response upon the following:

| | |
|---|---|
| **Co-counsel to David T. Austern,** | **Co-counsel to the Debtors** |
| **Future Claimants Representative** | David M. Bernick, Esquire |
| Roger Frankel, Esquire | Kirkland & Ellis, LLP |
| Richard Wyron, Esquire | 200 East Randolph Drive |
| Swidler Berlin Shereff Friedman, LLP | Chicago, IL 60601 |
| 3000 K Street, NW, Suite 300 | |
| Washington, DC 20007 | Laura Davis Jones, Esquire |
| | Pachulski, Stang, Ziehl, Young & Jones, P.C. |
| John C. Phillips, Jr., Esquire | 919 North Market Street, Suite 1600 |
| Phillips, Goldman & Spence, P.A. | Wilmington, DE 19801 |
| 1200 North Broom Street | |
| Wilmington, DE 19806 | |

**Co-counsel to Official Committee
of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos
Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee
to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee
of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future Claimants' Representative

Date:   October 28, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | **Objection Deadline: 11/17/04** |
| ) | **Hearing Date: Scheduled if Necessary** |

### COVER SHEET
### FOURTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2004 TO SEPTEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | Phillips, Goldman & Spence, P.A. ("PG&S") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | PG&S Retention Order entered September 27, 2004 |
| Period for which Compensation is Sought: | September 1, 2004 through September 30, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $5,134.00 |
| 80% of Fees to be Paid: | $4,107.20 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $419.64 |
| Total Fees @ 80% and Expenses: | $4,526.84 |

This is an:     __X__ interim     ____ monthly     ____ final application

    The total time expended for fee application in preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

## PREVIOUS MONTHLY APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees Requested | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt No. 6549 | $5,034.50 | $0.00 | 10/27/04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $0.00 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Pending | $2,095.20 | $538.80 | N/A |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Pending | $2,488.00 | $450.36 | N/A |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Pending | N/A | $1,006.90 | N/A |

## CURRENT COMPENSATION SUMMARY

### SEPTEMBER 1, 2004 THROUGH SEPTEMBER 31, 2004

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/litigation/bankruptcy | 350.00 | 13.00 | $4,550.00 |
| Celeste A. Hartman | Sr. Paralegal/6 years/20 years prior experience | 130.00 | 4.30[1] | $559.00 |
| Tanya L. Birdsell | Legal Assistant/N/A | 125.00 | .20 | $25.00 |
| Grand Total: | | | | $5,134.00 |
| Blended Rate: | | | | $293.37 |

---

[1]This is the net hours after the application of a courtesy discount of .1 hours, creating a savings of $13.00.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications | 14.0 | $4,173.00 |
| Litigation | 3.0 | $896.00 |
| Case Administration | .5 | $65.00 |
| Total | 17.5 | $5,134.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | $14.25 |
| Postage | N/A | $2.40 |
| Overnight Courier | Federal Express | $35.54 |
| Document retrieval/service/copy/mail service | Parcels, Inc. | $367.45 |
| Total | | $419.64 |

The FCR was appointed effective May 24, 2004. Since his appointment, the FCR and his professionals have focused on due diligence with respect to the Debtors and events occurring in these cases over the previous three years, and on preparation for negotiations with the Debtors, the Committees and other parties in interest.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date: October 28, 2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Objection Deadline: 10/28/04 |
| ) | Hearing Date: Scheduled if Necessary |

### VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware    :
                     : ss
New Castle County    :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

    1.    I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

    2.    I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

    3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

                                                         _____
                                                          JOHN C. PHILLIPS, JR., ESQUIRE (#110)
                                                          Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 28th DAY OF OCTOBER, 2004.

_____
Notary Public
My commission expires:

MARIE MILLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov 18, 2005

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2004
# THROUGH SEPTEMBER 30, 2004

```
                    Phillips, Goldman & Spence, P.A.
                           1200 N. Broom Street
                           Wilmington, DE 19806
                              (302) 655-4200
                           EI #: 51-0328786
```

October 19, 2004

Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

```
                                             File   WRG-AUS/JCP
                                          Invoice number   53927
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

|  |  | |
|---|---:|---:|
|  | 17.6 | $5,147.00 |
|  | 0.10 | $13.00 |
| Courtesy Discount is .57% of "gross" hours worked | | |
| Subtotal for FEES only: 09/30/04 | 17.5 | $5,134.00 |
| Subtotal for COSTS only: 09/30/04 | | $419.64 |
| CURRENT PERIOD FEES AND COSTS: 09/30/04 | | $5,553.64 |

```
****************************************************************
         Please remit duplicate copy with payment.  Thank you.
****************************************************************
```

Exhibit "A"

Phillips, Goldman & Spence, P.A.

Page   2

October 19, 2004

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number   53927

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 14.0 | 4,173.00 |
| LITIGATION | 3.0 | 896.00 |
| CASE ADMINISTRATION | 0.5 | 65.00 |
| Subtotal for FEES only: 09/30/04 | 17.5 | $5,134.00 |

| RATE | SUMM | HOURS | | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 13.00 | 13.00 | 4,550.00 | 0.00 | 0.00 |
| 130.00 | CAH | 4.40 | 4.30 | 559.00 | 0.10 | 13.00 |
| 125.00 | TLB | 0.20 | 0.20 | 25.00 | 0.00 | 0.00 |
| Totals | | 17.60 | 17.50 | 5,134.00 | 0.10 | 13.00 |

WRG-AUS                                              LEGALMASTER MRC For Transactions                                              10/19/04   Page 1
                                                                   -Fees-

Sort Fields:
  Grouping Code
  Client Code                    (Paginate)
  Actual Employee Code
  Transaction Date               (Subtotals)

Range Fields:
  Client Code           I   WRG   -   WRG
  Invoice Number        I   53927 -   53927

| Cl Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/01/04 | Download and print May and June fee applications for D.Austern; file same. | 0.60 | 78.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/01/04 | Review of and revise; scan, file and serve June and July fee applications for Phillips, Goldman & Spence. | 0.60 | 78.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/13/04 | File brief in support of retention of SBSF and CIBC. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/13/04 | File appendix to brief in support of retention of SBSF and CIBC with 22 attachments. | 0.60 | 78.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/13/04 | Conference with John C. Phillips, Jr. on monthly fee apps. | 0.10 | 13.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/22/04 | Review of and revise pre-bill and code same for August. | 0.10 | 13.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/14/04 | File Second Declaration in support of SBSF retention. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/28/04 | Conference with John C. Phillips, Jr. on monthly fee apps. | 0.10 | 13.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 09/29/04 | Download and file May and June fee apps. for SBSF; email docket numbers to SBSF for service. | 0.50 | 65.00 | |
| | | | | | 3.10 | 403.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/13/04 | Phone conference with Rick Wyron; review of SBSF's Breif Support of Retention. | 0.20 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/15/04 | Review of miscellaneous pleadings; review of Future Claimants Rep's Supplemental Brief to Employ SBSF and CIBC. | 0.50 | 175.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/17/04 | Review of Frankel's second Supplemental Declaration. | 0.10 | 35.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/18/04 | Review of 08/23/04 Hearing Transcript (1.5); phone conference with Matt Cheney (.3); phone conference with Rick Wyron (.3); review of Application to Retain Phillips, Goldman & Spence (.3); draft and revise (3x) Supplemental Brief in Support of Retention (.2); draft and revise (3x) John C. Phillips, Jr. Supplemental Declaration in Support of Retention (.7); e-mail to Matt Cheney and Rich Wyron (.2); conference with paralegal (2x) re; docket numbers, claim number and hearing time (.3); phone conference with Matt Cheney (voicemail) (.1); e-mail from Matt Cheney (.3). | 4.20 | 1,470.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 09/21/04 | Review of ethics opinion (.3); review of Rules of Professional Conduct (.2); e-mail to Matt Cheney (.1). | 0.60 | 210.00 | |

Exhibit "A-1"

WRG-AUS                                           LEGALMASTER MIRC For Transactions                                    10/19/04  Page 2
                                                              -Fees-

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | JCP | 09/22/04 | Phone conference with Matt Cheney (.1); e-mail from Debra Felder (paralegal at SBSF) with enclosure and review of SBSF Withdrawal of Proof of Claim (.1); draft Withdrawal of Phillips, Goldman & Spence Proof of Claim (.2); revise and execute Supplemental Brief in Support of Phillips, Goldman & Spence Retention (.2); conference with paralegal (.1). | 0.70 | 245.00 | WRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 09/24/04 | Review of Orders (3) Authorizing Retention of Phillips, Goldman & Spence, SBSF and CIBC, conference with Celeste A. Hartman. | 0.20 | 70.00 | WRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 09/27/04 | E-mail from and e-mail to Rick Wyron (.1); review of file; prepare for Hearing re: retentions (.5); review of miscellaneous pleadings (.2); conference with David Austern, Roger Frankel and Rick Wyron (.9); court appearance re: Retention of Austern's professionals (2.1); e-mail to staff re: Ethics Wall to Farnans (.1). | 3.80 | 1,330.00 | WRG |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 09/29/04 | Conference with Celeste A. Hartman re: Phillips, Goldman & Spence and SBSF Fee Applications; review of SBSF 2nd Monthly Fee Application. | 0.40 | 140.00 | WRG |
| | | | | 10.70 | 3,745.00 | |
| FEE/EMPLOYMENT APPLICATIONS | TLB | 09/22/04 | Preparation of Certificate of Service; E-filing of Supplemental Brief of the Future Claimants' Representative Regarding His Application to Employ PG&S. | 0.20 | 25.00 | WRG |
| | | | | 0.20 | 25.00 | |
| | | | | 14.00 | 4,173.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

10/19/04 Page 4

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | CAH | 09/10/04 | Teleconference with Hurford and D.Felder about response to Motion due by 4pm after conference with James P. Hall. | 0.40 | 52.00 | Li |
| WRG LITIGATION | CAH | 09/10/04 | Teleconference with SBSF and M.Hurford on filing. | 0.30 | 39.00 | |
| | | | | 0.70 | 91.00 | |
| WRG LITIGATION | JCP | 09/09/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG LITIGATION | JCP | 09/13/04 | Review of miscellaneous pleadings; review of SBSF's Withdrawal of Claim. | 0.20 | 70.00 | |
| WRG LITIGATION | JCP | 09/16/04 | Review of miscellaneous pleadings (.2); e-mail from counsel for Personal Injury Committee with enclosure (.2); review of proposed Escrow Agreement for Asbestos Claims Settlement Fund and Wells Fargo Bank's related fee proposal (.1); e-mail from Celeste A. Hartman (.1); phone conference with counsel for PI Committee (voicemail)(2x)(.2). | 0.80 | 280.00 | |
| WRG LITIGATION | JCP | 09/20/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG LITIGATION | JCP | 09/21/04 | Review of Agenda for 09/27/04 Hearing; review of miscellaneous pleadings; review of Order Dismissing Property Committee's Appeal. | 0.30 | 105.00 | |
| WRG LITIGATION | JCP | 09/22/04 | Letter from counsel for Travelers with enclosure; review of 09/16/04 Order re: Scotts' Co. Motion for Stay of Rand Trial. | 0.20 | 70.00 | |
| WRG LITIGATION | JCP | 09/23/04 | Review of Agenda and Amended Agenda for 09/30/04 Hearing. | 0.20 | 70.00 | |
| WRG LITIGATION | JCP | 09/24/04 | Review of 2nd Amended Agenda for 09/27/04 Hearing. | 0.10 | 35.00 | |
| WRG LITIGATION | JCP | 09/24/04 | Review of miscellaneous pleadings and Orders. | 0.10 | 35.00 | |
| WRG LITIGATION | JCP | 09/29/04 | Review of miscellaneous pleadings; review of second Amended Agenda for 09/30/04 Hearing. | 0.20 | 70.00 | |
| | | | | 2.30 | 805.00 | |
| | | | | 3.00 | 896.00 | |
| | | | | 17.50 | 5,134.00 | |

12 records printed.

Exhibit "A-2"

WRG-AUS                                   LEGALMASTER MIRC For Transactions                    10/19/04  Page 3
                                                        -Fees-

| Cl | Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 09/17/04 | Review mail and merge documents. | 0.20 | 26.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 09/21/04 | Merge documents. | 0.30 | 39.00 | |
| | | | | | ------ | ------ | |
| | | | | | 0.50 | 65.00 | |
| | | | | | ------ | ------ | |
| | | | | | 0.50 | 65.00 | |
| | | | | | ------ | ------ | |

Exhibit "A-3"

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

### FOR THE TIME PERIOD
### SEPTEMBER 1, 2004
### THROUGH SEPTEMBER 30, 2004

Phillips, Goldman & Spence, P.A.

Page   2

October 19, 2004

Swidler Berlin Shereff Friedman, LLP

File   WRG-AUS/JCP
Invoice number   53927

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

```
09/01/04  Federal Express                                      35.54
09/01/04  Long distance phone charges                          14.25
09/09/04  Check No.: 25970 - Parcels, Inc. - document
          retrieval/service, copy/mail, etc.                  367.45
09/22/04  Postage                                               2.40
                                                         -------------
             Subtotal for COSTS only: 09/30/04           $419.64
                                                         -------------
```

Exhibit "B"

## CERTIFICATE OF SERVICE

       I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on October 28, 2004, I caused the *Notice, Cover Sheet to the Fourth Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period September 1, 2004 through September 30, 2004,* be served upon those persons as shown on the attached Service List in the manner set forth.

       Under penalty of perjury, I certify the foregoing to be true and correct.

                                          /s/ Celeste A. Hartman
                                          CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james_kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP