# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20041015

October 15, 2004

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of September, 2004.

**FEES**

| | |
|---|---:|
| James E. Hass | |
| 1.0 hours @ $ 500 per hour | **$ 500.00** |

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the month of September, 2004 .

|  | James E. Hass |  |
|---|---|---|
| 09/01/2004 |  |  |
| 09/02/2004 |  |  |
| 09/03/2004 |  |  |
| 09/04/2004 |  |  |
| 09/05/2004 |  |  |
| 09/06/2004 |  |  |
| 09/07/2004 |  |  |
| 09/08/2004 |  |  |
| 09/09/2004 |  |  |
| 09/10/2004 |  |  |
| 09/11/2004 |  |  |
| 09/12/2004 |  |  |
| 09/13/2004 |  |  |
| 09/14/2004 |  |  |
| 09/15/2004 |  |  |
| 09/16/2004 | 0.50 |  |
| 09/17/2004 |  |  |
| 09/18/2004 |  |  |
| 09/19/2004 |  |  |
| 09/20/2004 |  |  |
| 09/21/2004 |  |  |
| 09/22/2004 |  |  |
| 09/23/2004 |  |  |
| 09/24/2004 |  |  |
| 09/25/2004 |  |  |
| 09/26/2004 |  |  |
| 09/27/2004 |  |  |
| 09/28/2004 |  |  |
| 09/30/2004 |  |  |
| 09/30/2004 | 0.50 | Total Hours |
| Hours | 1.00 | 1.00 |
| Rate | $500 | Total Fees |
|  | $500.00 | $500.00 |

SEPTEMBER, 2004 TIME LOG OF JAMES E. HASS (JEH);

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 09/16/04 | 0.5 | Weekly conference call. |
| 9/30/04 | 0.5 | Weekly conference call. |
| Sub-Total: | 1.0 | Case Administration |
| TOTAL: | 1.0 | |