## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

                Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

Objection Deadline: November 18, 2004@ 4:00 p.m.

---

**THIRTY-SEVENTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | *August 1, 2004 through and including August 31, 2004* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$9,543.50* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$125.25* |

This is a(n):   **x**  monthly        __     interim application

KL2 2360048.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $18,704.00<br>$633.86 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | $51,487.00<br>$1,619.93 |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |
| May 5, 2004 | February 1, 2004 | $8,888.00 | $7,110.40 |

| | February 29, 2004 | $545.85 | $545.85 |
|---|---|---|---|
| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $13,807.50<br>$472.11 | $11,643.00<br>$472.11 |
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$383.90 | $11,728.21<br>$383.90 |
| August 3, 2004 | May 1,2004<br>May 31, 2004 | $10,840.00<br>$1,279.24 | pending |
| August 23, 2004 | June 1, 2004<br>June 30, 2004 | $23,202.00<br>$172.12 | pending |
| October 1, 2004 | July 1, 2004<br>July 31, 2004 | $13,523.50<br>$33.62 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 3.20 | $ 1,808.00 |
| Becker, Gary M. | 495.00 | 10.90 | $ 5,395.50 |
| Klein, David | 390.00 | 2.60 | $ 1,014.00 |
| Mangual, Kathleen | 195.00 | 6.00 | $ 1,170.00 |
| Shea, James | 195.00 | 0.80 | $ 156.00 |
| **Total** | | **23.50** | **$9,543.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period<br>8/1/04 through 8/31/04 | Total Fees for the Period<br>8/1/04 through 8/31/04 |
|---|---|---|
| Case Administration | 7.10 | $ 2,071.50 |
| Creditor Committee | 3.80 | $ 1,881.00 |
| Bankruptcy Motions | 0.40 | $ 198.00 |
| Fee Applications, Applicant | 4.00 | $ 1,110.00 |
| Claim Analysis Objection | 3.70 | $ 2,055.50 |
| Hearings | 3.00 | $ 1,485.00 |
| Travel/Non Working | 1.50 | $ 371.25 |
| **Total** | **23.50** | **$9,543.50** |

KL2 2360048.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 8/1/04 through 8/31/04 |
|---|---:|
| Photocopying | $55.89 |
| TEL Credit Card | $28.00 |
| Messenger/Courier | $27.36 |
| Out-of-Town Travel | $14.00 |
| **Total** | **$33.62** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____

Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 745-9100

Counsel to the Official Committee of
Equity Holders

Dated: October *28*, 2004

KL2 2360048 1

## CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 0.60 | 495.00 | 297.00 |
| KLEIN, DAVID | CRED | 2.60 | 390.00 | 1,014.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.90 | 195.00 | 760.50 |
| | Subtotal | 7.10 | $ | 2,071.50 |

## CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 3.80 | 495.00 | 1,881.00 |
| | Subtotal | 3.80 | $ | 1,881.00 |

## BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 0.40 | 495.00 | 198.00 |
| | Subtotal | 0.40 | $ | 198.00 |

## FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BECKER, GARY M. | CRED | 1.10 | 495.00 | 544.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 2.10 | 195.00 | 409.50 |
| SHEA, JAMES | CRED | 0.80 | 195.00 | 156.00 |
| | Subtotal | 4.00 | $ | 1,110.00 |

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 3.20 | 565.00 | 1,808.00 |
| BECKER, GARY M. | CRED | 0.50 | 495.00 | 247.50 |
| | Subtotal | 3.70 | $ | 2,055.50 |

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 3.00 | 495.00 | 1,485.00 |
| | Subtotal | 3.00 | $ | 1,485.00 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.50 | 247.50 | 371.25 |
| | Subtotal | 1.50 | $ | 742.50 |
| | Total | 23.50 | $ | 9,543.50 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|----------|-------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 3.20 | 565.00 | 1,808.00 |
| BECKER, GARY M. | SPEC COUNS | 10.90 | 495.00 | 5,395.50 |
| KLEIN, DAVID | ASSOCIATE | 2.60 | 390.00 | 1,014.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 6.00 | 195.00 | 1,170.00 |
| SHEA, JAMES | PARALEGAL | 0.80 | 195.00 | 156.00 |
| | Total | 23.50 | | $9,543.50 |

KL4:2109905.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 55.89 |
| TEL CREDIT CARD | 28.00 |
| MESSENGER/COURIER | 27.36 |
| OUT-OF-TOWN TRAVEL | 14.00 |
| Subtotal | $125.25 |

KL4.2109905.1

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 10/20/2004 14:07:09

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions:

## PRE-BILLING SUMMARY REPORT

|  |  | FEES | COSTS |
|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 08/31/2004 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 08/31/2004 |

| GROSS BILLABLE AMOUNT: | 9,543.50 | 125.25 |
|---|---|---|
| AMOUNT WRITTEN DOWN: |  |  |
| PREMIUM: |  |  |
| ON ACCOUNT BILLED: |  |  |
| DEDUCTED FROM PAID RETAINER: |  |  |
| AMOUNT BILLED: |  |  |
| THRU DATE: |  |  |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO |  |
| EXPECTED DATE OF COLLECTION: | 08/31/2004 |  |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

## ACCOUNTS RECEIVABLE TOTALS

|  | FEES | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 53,267.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 595.04 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 69,464.22 | TRUST BALANCE: |  |

## BILLING HISTORY

| DATE OF LAST BILL: | 09/29/04 | LAST PAYMENT DATE: | 10/18/04 |
|---|---|---|---|
| LAST BILL NUMBER: | 396938 | ACTUAL FEES BILLED TO DATE: | 757,094.00 |
|  |  | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 07/31/04 | TOTAL FEES BILLED TO DATE: | 757,094.00 |
|  |  | FEES WRITTEN OFF TO DATE: | 580,542.18 |

UNAPPLIED CASH

## FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development       (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding
                                                            (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

a1p_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 10/20/2004 14:07:13

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## UNBILLED TIME SUMMARY

| Emp Id Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Amount |
|---|---|---|---|---|---|
| 02495 BENTLEY, PHILIP | PARTNER | 08/05/04 | 08/24/04 | 3.20 | 1,808.00 |
| 05292 BECKER, GARY M. | SPEC COUNSEL | 08/02/04 | 08/31/04 | 10.90 | 5,395.50 |
| 05646 KLEIN, DAVID | ASSOCIATE | 08/05/04 | 08/31/04 | 2.60 | 1,014.00 |
| PARAPROFESSIONALS | | | | | |
| 05208 MANGUAL, KATHLEEN | PARALEGAL | 08/02/04 | 08/25/04 | 6.00 | 1,170.00 |
| 06091 SHEA, JAMES | PARALEGAL | 08/02/04 | 08/02/04 | 0.80 | 156.00 |
| Total: | | | | 23.50 | 9,543.50 |

## UNBILLED COSTS SUMMARY

| Code Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|
| 0820 PHOTOCOPYING | 08/03/04 | 08/30/04 | 55.89 |
| 0895 TEL CREDIT CARD | 08/06/04 | 08/06/04 | 28.00 |
| 0930 MESSENGER/COURIER | 08/13/04 | 08/31/04 | 27.36 |
| 0950 OUT-OF-TOWN TRAVEL | 08/23/04 | 08/23/04 | 14.00 |
| Total: | | | 125.25 |

Grand Total    9,668.75

## BILLING & PAYMENT HISTORY (Reflects Payments As of 10/20/04 14:07:13)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 143,986.00 | 16,201.41 | | 160,187.41 | | | |
| YEAR 2002 | | | 326,261.32 | 22,724.32 | | 348,985.64 | | | |
| 1/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 | | 12,670.32 | 349,695.64 | 03/25/03 | |
| 2/20/03 | 01/31/03 | 365684 | 11,100.00 | 927.47 | | 12,027.47 | 12,020.32 | 04/11/03 | |
| 3/19/03 | 02/28/03 | 367178 | 13,155.50 | 240.08 | | 13,395.58 | 12,027.47 | 04/23/03 | |
| 4/29/03 | 03/31/03 | 369330 | 26,969.00 | 452.38 | | 27,421.38 | 27,421.38 | 10/23/03 | |
| 5/16/03 | 04/30/03 | 370445 | 7,609.00 | | | 7,609.00 | 9,518.42 | 12/26/03 | |
| 6/17/03 | 05/31/03 | 371897 | 9,411.00 | 107.57 | | 9,518.57 | 9,518.57 | 12/26/03 | |
| 7/24/03 | 06/30/03 | 373811 | 10,427.00 | 137.09 | | 10,564.09 | 10,564.09 | 12/26/03 | |
| 8/31/03 | 07/31/03 | 375389 | 9,272.50 | | | 9,272.50 | 9,904.80 | | |
| 9/30/03 | 08/31/03 | 376733 | 9,815.50 | | | 9,815.50 | 9,946.43 | 05/10/04 | |
| 11/14/03 | 09/30/03 | 379590 | 14,930.00 | 227.75 | | 15,157.75 | 15,157.75 | 12/26/03 | |
| 11/30/03 | 10/31/03 | 380293 | 13,134.00 | 174.04 | | 13,308.04 | 13,308.04 | 07/02/04 | |
| 12/31/03 | 11/30/03 | 381784 | 14,197.50 | 273.00 | | 14,470.50 | 14,470.50 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 17,595.00 | 1,599.14 | | 19,194.14 | 19,194.14 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 8,979.00 | 436.47 | | 9,415.47 | 9,415.87 | 04/13/04 | |
| 04/30/04 | 02/29/04 | 388529 | 8,888.00 | 545.85 | | 9,433.85 | 9,433.85 | 10/18/04 | |
| 04/30/04 | 03/31/04 | 390208 | 13,058.00 | 469.11 | | 13,527.11 | 13,527.11 | 08/03/04 | |
| 06/29/04 | 05/31/04 | 391727 | 14,373.50 | 389.00 | | | | | 14,762.80 |
| 07/31/04 | 06/30/04 | 392045 | | | | | | | 2,168.00 |

Grand Total    9,951.24    10/18/04

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 10/20/2004 14:07:14

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 10/20/04 14:07:14)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------|-------------|
| 08/23/04 | 06/30/04 | 394084 | 23,202.00 | 172.12 | | .00 | | 23,374.12 |
| 09/29/04 | 07/31/04 | 396938 | 13,523.50 | 33.62 | | .00 | | 13,557.12 |
| | Total: | | 732,580.82 | 48,964.43 | | 727,683.21 | | 53,862.04 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 10/20/2004 14:07:07

Matter No: 056772-00001                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                         Status    : ACTIVE

*Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                              PRE-BILLING SUMMARY REPORT

                              ---------                   ---------
                                FEES                         COSTS

UNBILLED TIME FROM:                     TO:   08/31/2004
UNBILLED DISB FROM:  08/02/2004         TO:   08/31/2004
                     08/03/2004

GROSS BILLABLE AMOUNT:              2,071.50                    120.88
AMOUNT WRITTEN DOWN:
            PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
TOTAL OUTSTANDING:

         THRU DATE:                                               08/31/2004
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:        BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                                ---------
ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

     FEES:                   8,512.50
DISBURSEMENTS:                 157.94     UNIDENTIFIED RECEIPTS:          0.00
FEE RETAINER:                    0.00         PAID FEE RETAINER:          0.00
DISB RETAINER:                   0.00        PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:           8,670.44     TOTAL AVAILABLE FUNDS:          0.00
                                          TOTAL TRUST BALANCE:

                              BILLING HISTORY

DATE OF LAST BILL:   09/29/04     LAST PAYMENT DATE:          10/18/04
LAST BILL NUMBER:    396938 ACTUAL FEES BILLED TO DATE:    213,999.50
                            ON ACCOUNT FEES BILLED TO DATE:      0.00
                            TOTAL FEES BILLED TO DATE:    213,999.50
LAST BILL THRU DATE:  07/31/04  FEES WRITTEN OFF TO DATE:   79,053.50

FOR ACCT'G USE ONLY:   Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee        (10) Client Arrangement
    (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

a1p_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 10/20/2004 14:07:07

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## UNBILLED TIME SUMMARY ------------------- Total Unbilled -------------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | | 08/03/04 | 08/20/04 | 0.60 | 297.00 |
| 05646 | KLEIN, DAVID | CRED | 08/16/04 | 08/31/04 | 2.60 | 1,014.00 |
| | PARAPROFESSIONALS | CRED | 08/05/04 | | | |
| 05208 | MANUAL, KATHLEEN | CRED | 08/02/04 | 08/25/04 | 3.90 | 760.50 |

Total: 7.10 2,071.50

Sub-Total Hours : 0.00 Partners 0.60 Counsels 2.60 Associates 3.90 Legal Assts 0.00 Others

## UNBILLED COSTS SUMMARY ----------------- Total Unbilled -----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 08/03/04 | 08/06/04 | 51.52 |
| 0895 | TEL CREDIT CARD | 08/06/04 | | 28.00 |
| 0930 | MESSENGER/COURIER | 08/13/04 | 08/31/04 | 27.36 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/23/04 | 08/23/04 | 14.00 |

Total 120.88

Grand Total 2,192.38

## BILLING & PAYMENT HISTORY (Reflects Payments As of 10/20/04 14:07:07)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | From OA Applied | Total Collections | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 71,036.50 | 8,160.18 | | 79,196.68 | | |
| YEAR 2002 | | | 63,892.50 | 13,613.26 | | 77,505.76 | | |
| 11/31/03 | 12/31/02 | 364671 | 6,081.00 | 733.32 | | 6,814.32 | 03/25/03 | |
| 12/20/03 | 01/31/03 | 365684 | 2,264.50 | 904.37 | | 3,168.87 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 1,726.50 | 175.30 | | 1,901.80 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 4,200.00 | 435.90 | | 4,635.90 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 4,021.00 | 627.57 | | 4,648.57 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 378897 | 3,418.50 | 105.57 | | 3,524.07 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 2,578.50 | 135.10 | | 2,713.60 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 3,533.50 | 13.06 | | 3,546.56 | 11/28/03 | |
| 09/30/03 | 08/31/03 | 376733 | 3,660.00 | 89.89 | | 3,749.89 | 12/08/03 | |
| 11/14/03 | 09/30/03 | 379590 | 3,721.50 | 225.75 | | 3,947.25 | 12/26/03 | |
| 11/30/03 | 10/31/03 | 380293 | 3,546.00 | 155.04 | | 3,701.04 | 02/27/04 | |
| 12/31/03 | 11/30/03 | 381784 | 3,986.00 | 48.00 | | 4,034.00 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 6,246.50 | 1,364.34 | | 7,610.84 | 04/13/04 | |
| 02/25/04 | 01/31/04 | 384579 | 4,124.00 | 436.47 | | 4,560.47 | 04/13/04 | |
| 04/30/04 | 02/29/04 | 388529 | 2,552.50 | 43.85 | | 2,596.35 | 06/29/04 | |
| 05/27/04 | 04/30/04 | 390208 | 2,589.00 | 114.15 | | 2,703.15 | 08/03/04 | |

alp_132r: Matter Detail

Run Date & Time: 10/20/2004 14:07:07

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

BILLING & PAYMENT HISTORY (Reflects Payments As of 10/20/04 14:07:07)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 06/29/04 | 05/31/04 | 391727 | 2,331.00 | 13.05 | | .00 | | 2,344.05 |
| 07/31/04 | 06/30/04 | 392045 | 3,114.00 | 87.30 | | 3,201.30 | 10/18/04 | |
| 08/23/04 | 06/30/04 | 344084 | 3,718.50 | 125.39 | | .00 | | 3,843.89 |
| 09/29/04 | 07/31/04 | 396938 | 2,463.00 | 19.50 | | .00 | | 2,482.50 |
| Total: | | | 204,804.50 | 27,626.56 | | 223,760.62 | | 8,670.44 |

a1p_132r: Matter Detail

Run Date & Time: 10/20/2004 14:07:07

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 08/02/04 | review pacer for April filing date and revise fee app (.20) | 0.20 | 39.00 | 5260255 | 08/06/04 |
| MANGUAL, KATHLEEN | 08/05/04 | organization of files (.90) | 0.90 | 175.50 | 5263667 | 08/09/04 |
| KLEIN, DAVID | 08/05/04 | review pleadings/filings, distri same as necessary; | 0.10 | 39.00 | 5297028 | 09/02/04 |
| MANGUAL, KATHLEEN | 08/09/04 | organization of files, update index (1.1) | 1.10 | 214.50 | 5295199 | 09/02/04 |
| KLEIN, DAVID | 08/10/04 | review pleadings/filings, distri same as | 0.30 | 117.00 | 5297026 | 09/02/04 |
| KLEIN, DAVID | 08/11/04 | review pleadings/filings, distri same as necessary; | 0.10 | 39.00 | 5297027 | 09/02/04 |
| KLEIN, DAVID | 08/12/04 | review pleadings/filings, distri same as necessary; | 0.10 | 39.00 | 5297025 | 09/02/04 |
| BECKER, GARY M. | 08/16/04 | Review hearing docket for 8/27 hearing | 0.20 | 99.00 | 5273580 | 08/18/04 |
| KLEIN, DAVID | 08/16/04 | review pleadings/filings, distri same as necessary; | 0.20 | 78.00 | 5297024 | 09/02/04 |
| BECKER, GARY M. | 08/17/04 | Review hearing agenda and conf. local counsel re same | 0.20 | 99.00 | 5273999 | 08/18/04 |
| KLEIN, DAVID | 08/17/04 | review pleadings/filings, distri same as necessary; | 0.20 | 78.00 | 5297017 | 09/02/04 |
| KLEIN, DAVID | 08/18/04 | review pleadings/filings, distri same as necessary; | 0.20 | 78.00 | 5297016 | 09/02/04 |
| KLEIN, DAVID | 08/22/04 | review agenda, summarize same, email to GMB re same. | 0.30 | 117.00 | 5297018 | 09/02/04 |
| KLEIN, DAVID | 08/23/04 | review pleadings/filings, distri same as necessary; | 0.30 | 117.00 | 5297019 | 09/02/04 |
| KLEIN, DAVID | 08/24/04 | email from/to K.Mangual re CNO. | 0.20 | 78.00 | 5297020 | 09/02/04 |
| MANGUAL, KATHLEEN | 08/25/04 | organization of files, update index (1.7) | 1.70 | 331.50 | 5295198 | 09/02/04 |
| KLEIN, DAVID | 08/25/04 | review pleadings/filings, distri same as | 0.40 | 156.00 | 5297021 | 09/02/04 |
| KLEIN, DAVID | 08/30/04 | reviewed filings. | 0.20 | 78.00 | 5297022 | 09/02/04 |
| KLEIN, DAVID | 08/31/04 | review filings | 0.10 | 39.00 | 5297023 | 09/02/04 |
| BECKER, GARY M. | 08/31/04 | Email exchange Baer re conference | 0.20 | 99.00 | 5297444 | 09/02/04 |

Fee Total     7.10     2,071.50

Fee Total     7.10     2,071.50

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | SEIDMAN EMILY | | | | | |
| 0820 | SEIDMAN, E S | 08/03/04 | 25.76 | 6651100 | 118659 | 08/06/04 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Run Date & Time: 10/20/2004 14:07:07

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| MANUAL KATHLEEN | MANUAL, K M | 08/20/04 | 25.76 | 6670133 | 119209 | 08/23/04 |
| 0820 PHOTOCOPYING Total : | | | 51.52 | | | |
| TEL CREDIT CARD | | | | | | |
| TEL CREDIT CARD | BENTLEY, P | 08/06/04 | 28.00 | 6672232 | 119259 | 08/24/04 |
| TEL CREDIT CARD 07/07/04 | | | | | | |
| 0895 TEL CREDIT CARD Total : | | | 28.00 | | | |
| MESSENGER/COURIER | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANUAL, K M | 08/13/04 | 7.78 | 6662708 | 118943 | 08/16/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| FEDERAL EXPRESS CORPORAT | MANUAL, K M | 08/31/04 | 9.81 | 6683282 | 119534 | 09/01/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| FEDERAL EXPRESS CORPORAT | SEIDMAN, E S | 08/31/04 | 9.77 | 6683630 | 119540 | 09/01/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS | | | | | | |
| CORPORATION | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 27.36 | | | |
| OUT-OF-TOWN TRAVEL | | | | | | |
| MARIANNE FERGUSON, CASHI | BECKER, G M | 08/23/04 | 14.00 | 6688421 | 119980 | 09/09/04 |
| OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON, | | | | | | |
| CASHIER | | | | | | |
| 0950 OUT-OF-TOWN TRAVEL Total : | | | 14.00 | | | |

Costs Total :    120.88

```
aip_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                      PAGE    6
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/20/2004 14:07:07

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

Employee Name                        Hours        Amount           Bill        W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward

BECKER, GARY M.                       0.60         297.00          _____    _____    _____      _____
KLEIN, DAVID                          2.60       1,014.00          _____    _____    _____      _____
MANGUAL, KATHLEEN                     3.90         760.50          _____    _____    _____      _____
      Total:                          7.10       2,071.50          _____    _____    _____      _____


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code  Description                                 Amount           Bill        W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward

0820  PHOTOCOPYING                                 51.52          _____    _____    _____      _____
0895  TEL CREDIT CARD                              28.00          _____    _____    _____      _____
0930  MESSENGER/COURIER                            27.36          _____    _____    _____      _____
0950  OUT-OF-TOWN TRAVEL                           14.00          _____    _____    _____      _____

      Costs Total :                               120.88          _____    _____    _____      _____
```

```
alp_132r: Matter Detail                                                                                                    PAGE    7

Run Date & Time: 10/20/2004 14:07:07                 KRAMER LEVIN NAFTALIS & FRANKEL, LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                       Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

Special Billing Instructions:

                                                     PRE-BILLING SUMMARY REPORT

                          UNBILLED TIME FROM: 08/05/2004                       TO:
                          UNBILLED DISB FROM:                                  TO: 08/26/2004

                                          FEES                                        COSTS

GROSS BILLABLE AMOUNT:                 1,881.00                                             0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
        THRU DATE:
DEFERRED DATE OF COLLECTION:
CLOSE MATTER/FINAL BILLING?     YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                08/26/2004

BILLING COMMENTS:

BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

              ACCOUNTS RECEIVABLE TOTALS                     UNIDENTIFIED RECEIPTS:        0.00
                                                                    PAID FEE RETAINER:    0.00
      FEES:            9,736.50                                      PAID DISB RETAINER:   0.00
DISBURSEMENTS:            16.12                              TOTAL AVAILABLE FUNDS:        0.00
FEE RETAINER:              0.00                              TRUST BALANCE:
DISB RETAINER:             0.00
TOTAL OUTSTANDING:     9,752.62

                                          BILLING HISTORY

                        DATE OF LAST BILL: 09/29/04         LAST PAYMENT DATE:     10/18/04
                        LAST BILL NUMBER:  396938           ACTUAL FEES BILLED TO DATE:   90,089.00
                                                            ON ACCOUNT FEES BILLED TO DATE:  0.00
        LAST BILL THRU DATE: 07/31/04                       TOTAL FEES BILLED TO DATE:   90,089.00
                                                            FEES WRITTEN OFF TO DATE:  21,567.50

FOR ACCT'S USE ONLY:            Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

alp_132r: Matter Detail

Run Date & Time: 10/20/2004 14:07:07

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 8

| | |
|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

### UNBILLED TIME SUMMARY

| | | | ---------- Total Unbilled ---------- | | | |
|---|---|---|---|---|---|---|
| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
| 5292 | BECKER, GARY M. | CRED | 08/05/04 | 08/26/04 | 3.80 | 1,881.00 |
| | Total: | | | | 3.80 | 1,881.00 |

Sub-Total Hours :   0.00 Partners   3.80 Counsels   0.00 Associates   3.80 Legal Assts   0.00 Others

### BILLING & PAYMENT HISTORY (Reflects Payments As of 10/20/04 14:07:07)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | | | | | | |
| YEAR 2002 | | | 34,996.50 | 2,032.99 | | 37,029.49 | | |
| 1/31/03 | 12/31/02 | 364671 | 1,341.00 | 50.00 | | 1,341.00 | 03/25/03 | |
| 3/19/03 | 02/28/03 | 367178 | 1,123.50 | 50.00 | | 1,173.50 | 05/27/03 | |
| 4/29/03 | 03/31/03 | 369330 | 2,138.50 | 3.00 | | 2,141.50 | 10/23/03 | |
| 5/16/03 | 04/30/03 | 370445 | 455.00 | 26.55 | | 481.55 | 10/23/03 | |
| 6/17/03 | 05/31/03 | 371897 | .00 | 2.00 | | 2.00 | 08/19/03 | |
| 7/24/03 | 06/30/03 | 373811 | 2,292.50 | .00 | | 2,292.50 | 08/17/03 | |
| 8/31/03 | 07/31/03 | 375389 | 3,567.50 | .00 | | 3,567.50 | 10/23/03 | |
| 9/30/03 | 08/31/03 | 376733 | 1,137.50 | .00 | | 1,137.50 | 11/28/03 | |
| 1/14/03 | 09/30/03 | 379590 | 4,804.50 | 2.00 | | 4,806.50 | 12/08/03 | |
| 1/30/03 | 10/31/03 | 380293 | 3,302.50 | 19.00 | | 3,321.50 | 12/26/03 | |
| 2/31/03 | 11/30/03 | 381784 | 1,405.50 | 20.00 | | 1,425.50 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 2,416.00 | 36.00 | | 2,452.00 | 02/27/04 | |
| 2/25/04 | 01/31/04 | 384579 | 2,284.00 | .00 | | 2,284.00 | 04/11/04 | |
| 3/30/04 | 02/29/04 | 388529 | 1,717.50 | .00 | | 1,717.50 | 04/13/04 | |
| 5/27/04 | 04/30/04 | 390208 | 4,468.00 | 23.40 | | 4,491.40 | 06/29/04 | |
| 6/29/04 | 05/31/04 | 391727 | 2,466.00 | 2.00 | | 2,468.00 | 08/03/04 | 2,468.00 |
| 7/31/04 | 06/30/04 | 392045 | 1,789.00 | .00 | | 1,789.00 | 10/18/04 | |
| 8/23/04 | 06/30/04 | 394084 | 5,567.00 | .00 | | | | 5,567.00 |
| 9/29/04 | 07/31/04 | 396938 | 1,703.50 | 14.12 | | | | 1,717.62 |
| Total: | | | 90,089.00 | 3,855.63 | | 84,196.01 | | 9,752.62 |

alp_132: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 10/20/2004 14:07:07

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 08/05/04 | Conf. call with shareholder re case issues and conf. Bentley re same | 1.00 | 495.00 | 5264714 | 08/11/04 |
| BECKER, GARY M. | 08/16/04 | Conf. Grace shareholder re case status (0.3) | 0.30 | 148.50 | 5273581 | 08/18/04 |
| BECKER, GARY M. | 08/20/04 | Prepare for and conf. with T. Weschler and Bentley re various case issues | 1.00 | 495.00 | 5279273 | 08/24/04 |
| BECKER, GARY M. | 08/24/04 | Research and call equity holder re quiestion (0.5) | 0.50 | 247.50 | 5281388 | 08/26/04 |
| BECKER, GARY M. | 08/26/04 | Calls from equity holders and call to T. Weschler re case issues (1.0) | 1.00 | 495.00 | 5289891 | 08/31/04 |

Fee Total                                                                              3.80    1,881.00

Fee Total                                                                              3.80    1,881.00

alp_132r: Matter Detail

Run Date & Time: 10/20/2004 14:07:07

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 3.80 | 1,881.00 | | | | | |
| Total: | 3.80 | 1,881.00 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 10/20/2004 14:07:07

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   11

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 08/24/2004                TO:   08/24/2004
UNBILLED DISB FROM:                           TO:

                          FEES                COSTS

GROSS BILLABLE AMOUNT:    198.00              0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:                  08/24/2004

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                          ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                          FEES:             4,659.00    UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:                                  0.00    PAID FEE RETAINER:            0.00
FEE RETAINER:                                   0.00    PAID DISB RETAINER:           0.00
DISB RETAINER:                                  0.00    TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:                          4,659.00    TRUST BALANCE:
                                                        BILLING HISTORY

DATE OF LAST BILL:        09/29/04          LAST PAYMENT DATE:    10/18/04
LAST BILL NUMBER:         396938    ACTUAL FEES BILLED TO DATE:   31,073.50
                                    ON ACCOUNT FEES BILLED TO DATE:    0.00
                                    TOTAL FEES BILLED TO DATE:    31,073.50
LAST BILL THRU DATE:      07/31/04    FEES WRITTEN OFF TO DATE:      444.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
        (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   12

Run Date & Time: 10/20/2004 14:07:07

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR   MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status   : ACTIVE

**UNBILLED TIME SUMMARY**                         ---------- Total Unbilled ----------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 08/24/04 | 08/24/04 | 0.40 | 198.00 |

Total:   0.40   198.00

**Sub-Total Hours :**   0.00 Partners   0.40 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

**BILLING & PAYMENT HISTORY** (Reflects Payments As of 10/20/04 14:07:07)

|  |  | --------- Billed ---------- | | | ---- Applied ---- | ---- Collections ---- | |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2002 |  |  | 1,450.00 | 198.00 |  | 1,648.00 |  |  |
| 06/17/03 | 05/31/03 | 371897 | 2,677.50 | .00 |  | 2,677.50 | 12/26/03 |  |
| 08/11/03 | 07/31/03 | 375389 | .00 | .00 |  | .00 |  |  |
| 09/30/03 | 07/31/03 | 376713 | .00 | .00 |  | .00 |  |  |
| 11/14/03 | 08/31/03 | 379590 | 2,138.50 | .00 |  | 2,138.50 | 12/08/03 |  |
| 11/30/03 | 09/30/03 | 380293 | 2,444.00 | .00 |  | 2,444.00 | 12/26/03 |  |
| 11/30/03 | 10/31/03 | 381284 | 4,425.00 | .00 |  | 4,425.00 | 07/02/04 |  |
| 12/31/03 | 11/30/03 | 382765 | 4,533.50 | .00 |  | 4,533.50 | 02/27/04 |  |
| 01/29/04 | 12/31/03 | 384779 | 3,544.50 | 1.80 |  | 3,546.30 | 02/27/04 |  |
| 02/25/04 | 01/31/04 | 385629 | 261.50 | .00 |  | 261.50 | 04/13/04 |  |
| 04/30/04 | 02/29/04 | 388517 | 2,233.00 | 4.50 |  | 2,237.50 | 06/29/04 |  |
| 04/30/04 | 03/31/04 | 300208 | 1,039.50 | 4.05 |  | 1,043.55 | 08/03/04 |  |
| 05/27/04 | 04/30/04 | 391227 | 2,827.50 | .00 |  | 2,827.50 | 10/18/04 | 2,827.50 |
| 06/29/04 | 05/31/04 | 392045 | 1,667.50 | .00 |  | 1,667.50 | 10/18/04 | 1,667.50 |
| 07/31/04 | 06/30/04 | 394084 | 1,138.50 | .00 |  | 1,138.50 |  | 1,138.50 |
| 08/23/04 | 06/30/04 | 396938 | 693.00 | .00 |  | 693.00 |  | 693.00 |
| 09/29/04 | 07/31/04 |  | .00 | .00 |  | .00 |  |  |

Total:   31,073.50   208.35   26,622.85   4,659.00