alp_132r: Matter Detail                                                                                           PAGE   13
Run Date & Time: 10/20/2004 14:07:07

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                        Hours       Amount    Index#    Batch Date
BECKER, GARY M.        08/24/04    Review motion to increase ZAI budget and email      0.40       198.00    5281389   08/26/04
                                   to Bentley re same

                                                                     Fee Total         0.40       198.00

                                                                     Fee Total         0.40       198.00

```
alp_132r: Matter Detail                                                                                                      PAGE   14
Run Date & Time: 10/20/2004 14:07:07

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                   Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount           Bill        W/o / W/u     Transfer To   Clnt/Mtr    Carry Forward

BECKER, GARY M.             0.40        198.00

         Total:             0.40        198.00
```

```
alp_132r: Matter Detail                                                                                                                    PAGE    15
Run Date & Time: 10/20/2004 14:07:07

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:   08/02/2004                  TO:     08/20/2004
             UNBILLED DISB FROM:                               TO:

                                         FEES                              COSTS

       GROSS BILLABLE AMOUNT:         1,110.00                               0.00
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:          08/20/2004

   CLOSE MATTER/FINAL BILLING?       YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                     FEES:              2,109.00            UNIDENTIFIED RECEIPTS:     0.00
            DISBURSEMENTS:                  0.00              PAID FEE RETAINER:       0.00
              FEE RETAINER:                 0.00              PAID DISB RETAINER:      0.00
             DISB RETAINER:                 0.00              TOTAL AVAILABLE FUNDS:   0.00
          TOTAL OUTSTANDING:            2,109.00              TRUST BALANCE:
                                                              BILLING HISTORY

        DATE OF LAST BILL:        09/29/04                  LAST PAYMENT DATE:        10/18/04
        LAST BILL NUMBER:         396938                    ACTUAL FEES BILLED TO DATE:   61,510.00
                                                            ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                            PAID DISB RETAINER:             0.00
                                                            TOTAL FEES BILLED TO DATE:   61,510.00
        LAST BILL THRU DATE:      07/31/04                  FEES WRITTEN OFF TO DATE:      222.00

                                   Write Down/Up Reason Codes:
   FOR ACCTG USE ONLY:
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding         (10) Client Arrangement

   BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE  16
Run Date & Time: 10/20/2004 14:07:07                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                          Orig Prtnr : CRED. RGTS   - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status : ACTIVE
```

U N B I L L E D   T I M E   S U M M A R Y  ------- Total Unbilled -------
Emp Id Employee Name            Group        Oldest      Latest     Hours      Amount

| 05292 | BECKER, GARY M.      | CRED | 08/02/04 | 08/10/04 | 1.10 | 544.50 |
| 05208 | MANGUAL, KATHLEEN    | CRED | 08/20/04 | 08/20/04 | 2.10 | 409.50 |
| 06091 | SHEA, JAMES          | CRED | 08/02/04 | 08/02/04 | 0.80 | 156.00 |

Total:                                                     4.00   1,110.00

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/20/04 14:07:07)
                                    ------- Billed -------    ------ Applied ------ ---- Collections ----
Bill Date  Thru Date   Bill#        Fee & OA    Disbursement    From OA     Total    Date           Balance Due

| 01/31/03 | 12/31/02 | 364671 | 10,165.00 | 191.48 | | 10,356.48 | | |
| | YEAR 2001 | | 10,165.00 | 191.48 | | 10,356.48 | | |
| 02/20/03 | 01/31/03 | 365684 | 33,105.00 | 183.14 | | 33,288.14 | | |
| 03/19/03 | 02/28/03 | 367178 | 805.50 | .00 | | 805.50 | 03/25/03 | |
| 04/29/03 | 03/31/03 | 369330 | 838.00 | .00 | | 838.00 | 04/11/03 | |
| 05/16/03 | 04/30/03 | 370445 | 2,266.00 | 12.08 | | 2,278.08 | 05/27/03 | |
| 06/17/03 | 05/31/03 | 371897 | 670.00 | 13.48 | | 683.48 | 10/23/03 | |
| 07/24/03 | 06/30/03 | 373811 | 851.00 | .00 | | 851.00 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 1,033.00 | .00 | | 1,033.00 | 12/26/03 | |
| 09/30/03 | 08/31/03 | 376733 | 708.50 | .00 | | 708.50 | 10/23/03 | |
| 11/14/03 | 09/30/03 | 379590 | 203.50 | .00 | | 203.50 | 05/10/04 | |
| 11/30/03 | 10/31/03 | 380293 | 1,059.50 | 28.04 | | 1,087.54 | 12/08/03 | |
| 12/31/03 | 11/30/03 | 381784 | 687.50 | .00 | | 687.50 | 12/26/03 | |
| 01/29/04 | 12/31/03 | 382765 | 240.50 | .00 | | 240.50 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 962.00 | .00 | | 962.00 | 02/27/04 | |
| 04/30/04 | 02/29/04 | 388529 | 2,080.00 | .00 | | 2,080.00 | 07/02/04 | |
| 05/27/04 | 04/30/04 | 390208 | 1,758.00 | .00 | | 1,758.00 | 10/18/04 | |
| 07/31/04 | 04/30/04 | 392045 | 951.00 | .00 | | 951.00 | 10/18/04 | |
| 08/23/04 | 06/30/04 | 394084 | 78.00 | .00 | | 78.00 | 08/03/04 | |
| 09/29/04 | 07/31/04 | 396938 | 939.00 | .00 | | 939.00 | 10/18/04 | |
| | | | 939.00 | .00 | | .00 | | 1,170.00 |
| | | | 1,170.00 | .00 | | .00 | | 939.00 |

Sub-Total Hours :    0.00 Partners   1.10 Counsels   0.00 Associates   2.90 Legal Assts   0.00 Others

Total:                                                                61,510.00   428.22         59,829.22          2,109.00

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   17
Run Date & Time: 10/20/2004 14:07:07                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS   - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status  : ACTIVE

UNBILLED TIME DETAIL
Employee Name          Work Date    Description                                              Hours        Amount       Index#    Batch Date
-------------          ---------    -----------                                              -----        ------       ------    ----------
BECKER, GARY M.        08/02/04     Review and revise June fee invoice                         0.30       148.50      5260272    08/06/04
SHEA, JAMES            08/02/04     Prepare May Monthly Fee Application (0.8)                  0.80       156.00      5261005    08/06/04
BECKER, GARY M.        08/03/04     Review and execute monthly fee application                 0.40       198.00      5260273    08/06/04
BECKER, GARY M.        08/10/04     Review and revise July invoice.                            0.40       198.00      5265534    08/11/04
MANGUAL, KATHLEEN      08/20/04     Review and revise KL June Monthly fee app; draft           2.10       409.50      5295200    09/02/04
                                    cover ltr and send to local counsel (1.2);
                                    draft and revise KL June Monthly fee app; draft
                                    continue to revise interim fee applications
                                    (.90)
                                                                              Fee Total        4.00     1,110.00

                                                                              Fee Total        4.00     1,110.00
```

```
alp_132r: Matter Detail                                                                                                                      PAGE   18
Run Date & Time: 10/20/2004 14:07:07

                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                         Orig Prtnr : CRED. RGTS     - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status     : ACTIVE

BILLING   INSTRUCTIONS   FOR   UNBILLED   TIME   SUMMARY
Employee Name              Hours       Amount          Bill        W/o / W/u      Transfer To      Clnt/Mtr    Carry Forward

BECKER, GARY M.             1.10        544.50
MANGUAL, KATHLEEN           2.10        409.50
SHEA, JAMES                 0.80        156.00

         Total:             4.00      1,110.00
```

```
alp_132r: Matter Detail                                                                                                                PAGE  19
Run Date & Time: 10/20/2004 14:07:07

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                   Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:                    TO:
               UNBILLED DISB FROM:                    TO:

                                   FEES                      COSTS

 GROSS BILLABLE AMOUNT:             0.00                      0.00
 AMOUNT WRITTEN DOWN:
            PREMIUM:
 ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
 AMOUNT BILLED:
            THRU DATE:
 CLOSE MATTER/FINAL BILLING?  YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                                FEES:              136.50        UNIDENTIFIED RECEIPTS:      0.00
                        DISBURSEMENTS:               0.00        PAID FEE RETAINER:          0.00
                         FEE RETAINER:               0.00        PAID DISB RETAINER:         0.00
                         DISB RETAINER:              0.00        TOTAL AVAILABLE FUNDS:      0.00
                     TOTAL OUTSTANDING:            136.50        TRUST BALANCE:
                                                                 BILLING HISTORY

 DATE OF LAST BILL:        08/23/04         LAST PAYMENT DATE:            09/13/02
 LAST BILL NUMBER:         391727           ACTUAL FEES BILLED TO DATE:   5,569.00
                                            ON ACCOUNT FEES BILLED TO DATE:   0.00
                                            PAID FEE RETAINER:                0.00
                                            TOTAL FEES BILLED TO DATE:    5,569.00
 LAST BILL THRU DATE:      05/31/04         FEES WRITTEN OFF TO DATE:       150.00

 FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
     (2) Late Time & Costs Posted      (5) Business Development        (8) Premium
     (3) Pre-arranged Discount         (6) Summer Associate            (9) Rounding       (10) Client Arrangement

 BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                    PAGE   20
Run Date & Time: 10/20/2004 14:07:07

                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                      Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/20/04 14:07:07)
                                   ------- Billed -------    ----- Applied ------   ---- Collections ----
Bill Date Thru Date Bill#          Fee & OA    Disbursement  From OA     Total      Date                    Balance
                                                                                                            Due
                       YEAR 2001   5,432.50    120.78                    5,553.28                           
                       YEAR 2002         .00         .00                       .00                          
06/29/04  05/31/04  391727           136.50         .00                        .00                          136.50

        Total:                     5,569.00    120.78                    5,553.28                           136.50
```

```
alp_132r: Matter Detail                                                                                                                              PAGE   21
Run Date & Time: 10/20/2004 14:07:07

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                   Orig Prtnr  : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                           Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                           Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   08/05/2004                                       TO:  08/24/2004
UNBILLED DISB FROM:   08/27/2004                                       TO:  08/30/2004

                                FEES                                          COSTS
                               ------                                        -------

GROSS BILLABLE AMOUNT:         2,055.50                                         4.37
AMOUNT WRITTEN DOWN:
      PREMIUM:
DEDUCTED FROM PAID RETAINER:
ON ACCOUNT BILLED:
AMOUNT BILLED:
      THRU DATE:               08/24/2004                                   08/30/2004
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495                          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                              ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                  FEES:            13,983.00            UNIDENTIFIED RECEIPTS:        0.00
          DISBURSEMENTS:              133.08            PAID FEE RETAINER:            0.00
           FEE RETAINER:                0.00            PAID DISB RETAINER:           0.00
          DISB RETAINER:                0.00            TOTAL AVAILABLE FUNDS:        0.00
       TOTAL OUTSTANDING:          14,116.08            TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
DATE OF LAST BILL:             09/29/04                 LAST PAYMENT DATE:         10/18/04
LAST BILL NUMBER:              396938                   ACTUAL FEES BILLED TO DATE: 182,324.00
                                                        ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                        TOTAL FEES BILLED TO DATE:   182,324.00
LAST BILL THRU DATE:           07/31/04                 FEES WRITTEN OFF TO DATE:    4,417.50

                                                        Write Down/Up Reason Codes:
                                                        ---------------------------
FOR ACCTG USE ONLY:            (1) Exceeded Fixed Fee              (4) Excessive Legal Time      (7) Fixed Fee
                               (2) Late Time & Costs Posted        (5) Business Development      (8) Premium
                               (3) Pre-arranged Discount           (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    22
Run Date & Time: 10/20/2004 14:07:07                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                            Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y       --------------- Total Unbilled ---------------
                                                     Oldest          Latest           Total       Total
Emp Id  Employee Name          Group                 Entry           Entry            Hours       Amount
02495   BENTLEY, PHILIP        CRED               08/05/04         08/24/04            3.20     1,808.00
05292   BECKER, GARY M.        CRED               08/20/04         08/20/04            0.50       247.50

                                     Total:                                            3.70     2,055.50


Sub-Total Hours :   3.20 Partners   0.50 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others


U N B I L L E D   C O S T S   S U M M A R Y    --------- Total Unbilled ---------
                                                     Oldest          Latest           Total
Code  Description                                    Entry           Entry            Amount
0820  PHOTOCOPYING                                08/27/04         08/30/04            4.37

                                     Total:                                            4.37

                               Grand Total                                          2,059.87


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/20/04 14:07:07)
                                ------- Billed -------         Applied       ---- Collections ----           Balance
Bill Date  Thru Date  Bill#     Fee & OA       Disbursement    From OA       Total          Date             Due

YEAR 2001
YEAR 2002
01/31/03   12/31/02  364671     44,026.00       5,710.65                    49,736.65
02/20/03   01/31/03  365684     78,495.50       6,087.88                    84,583.38
03/19/03   02/28/03  367178      1,025.00            .00                     1,025.00   03/25/03
04/29/03   03/31/03  369330      6,254.00          23.10                     6,277.10   10/23/03
05/16/03   04/30/03  370445      6,230.00           2.70                     6,232.70   10/23/03
06/17/03   05/31/03  371897     19,960.50            .00                    19,960.50   12/26/03
07/24/03   06/30/03  373811      2,181.50          14.00                     2,195.50   12/26/03
08/31/03   07/31/03  375389      1,659.50            .00                     1,659.50   12/26/03
09/30/03                         2,845.50           1.79                     2,847.29   12/26/03
11/14/03   09/30/03  379590        535.50           2.69                       538.19   05/10/04
11/30/03   10/31/03  380293      1,627.50            .00                     1,627.50   05/10/04
01/29/04   12/31/03  382765        210.00            .00                       210.00   07/02/04
02/25/04   01/31/04  384579        582.00            .00                       582.00   07/02/04
04/30/04   02/29/04  388529         56.50            .00                        56.50   10/18/04
05/27/04   04/30/04  390208        247.50            .00                       247.50
06/29/04   05/31/04  391727      2,282.50         497.50                       745.00   10/18/04
07/31/04   06/30/04  392045      2,205.50          48.51                     2,330.51   08/03/04   2,315.75
08/23/04   06/30/04  394084           .00         110.25                          .00
09/29/04   07/31/04  396938           .00          18.84                        18.84   10/18/04
                                                   22.83                           .00                     11,383.33
                                                      .00                          .00                        417.00

                    Total:     182,201.50      12,540.74                   180,626.16                      14,116.08
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE  23
Run Date & Time: 10/20/2004 14:07:07                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/20/04 14:07:07)
                                         ------- Billed -------      ---- Applied ----    ---- Collections ----        Balance
Bill Date  Thru Date  Bill#            Fee & OA    Disbursement      From OA    Total             Date                 Due
```

## UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 08/05/04 | Trade voicemails with GB | 0.10 | 56.50 | 5262902 | | 08/09/04 |
| BENTLEY, PHILIP | 08/16/04 | Discs MDB and voicemail re asbestos issues | 0.50 | 282.50 | 5276358 | | 08/20/04 |
| BECKER, GARY M. | 08/20/04 | Review new radiology study | 0.50 | 247.50 | 5279274 | | 08/24/04 |
| BENTLEY, PHILIP | 08/20/04 | Discs TW, GB and voicemail re pain and asbestos issues | 1.50 | 847.50 | 5287818 | | 08/30/04 |
| BENTLEY, PHILIP | 08/23/04 | Discs GAH, TW and GB and review notes re asbestos issues | 0.80 | 452.00 | 5287816 | | 08/30/04 |
| BENTLEY, PHILIP | 08/24/04 | Review materials re asbestos issues | 0.30 | 169.50 | 5287817 | | 08/30/04 |

**Fee Total** 3.70 2,055.50

## UNBILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | BENTLEY, P | 08/27/04 | 4.14 | 6778131 | 119471 | 08/31/04 |
| PHOTOCOPYING | | BENTLEY, P | 08/30/04 | 0.23 | 6778132 | 119471 | 08/31/04 |

**0820 PHOTOCOPYING Total :** 4.37

**Fee Total** 4.37

**Costs Total :** 4.37

```
alp_132r: Matter Detail                                                                                                                          PAGE   24
Run Date & Time: 10/20/2004 14:07:07

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name                  Hours           Amount           Bill        W/o / W/u      Transfer To   Clnt/Mtr    Carry Forward

BENTLEY, PHILIP                 3.20         1,808.00       _____     _____     _____   _____   _____
DECKER, GARY M.                 0.50           247.50       _____     _____     _____   _____   _____

       Total:                   3.70         2,055.50       _____     _____     _____   _____   _____


BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code  Description                             Amount           Bill        W/o / W/u      Transfer To   Clnt/Mtr    Carry Forward

0820  PHOTOCOPYING                              4.37        _____     _____     _____   _____   _____

       Costs Total :                            4.37        _____     _____     _____   _____   _____
```

```
alp_132r: Matter Detail
Run Date & Time: 10/20/2004 14:07:07
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 25

```
Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status     : ACTIVE
```

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

```
                        UNBILLED TIME FROM:                TO:
                        UNBILLED DISB FROM:                TO:

                                                FEES             COSTS
           GROSS BILLABLE AMOUNT:                0.00              0.00
           AMOUNT WRITTEN DOWN:
                           PREMIUM:
DEDUCTED FROM PAID RETAINER:
                  ON ACCOUNT BILLED:
                     AMOUNT BILLED:
                         THRU DATE:
    CLOSE MATTER/FINAL BILLING?   YES OR NO
 EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:
```

```
                                    ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH
             FEES:                      247.50      UNIDENTIFIED RECEIPTS:           0.00
    DISBURSEMENTS:                        0.00              PAID FEE RETAINER:       0.00
    FEE RETAINER:                         0.00             PAID DISB RETAINER:       0.00
    DISB RETAINER:                        0.00           TOTAL AVAILABLE FUNDS:      0.00
 TOTAL OUTSTANDING:                     247.50                 TRUST BALANCE:
                                                          BILLING HISTORY
     DATE OF LAST BILL:        08/23/04          LAST PAYMENT DATE:         10/18/04
     LAST BILL NUMBER:         394084     ACTUAL FEES BILLED TO DATE:    76,233.00
                                         ON ACCOUNT FEES BILLED TO DATE:     0.00
                                         PAID DISB RETAINER:                 0.00
                                         TOTAL FEES BILLED TO DATE:      76,233.00
 LAST BILL THRU DATE:          06/30/04      FEES WRITTEN OFF TO DATE:    1,600.00
```

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
  (2) Late Time & Costs Posted    (5) Business Development         (8) Premium
  (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

```
alp_132r: Matter Detail                                                                                                              PAGE   26
Run Date & Time: 10/20/2004 14:07:07

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/20/04 14:07:07)
                                     ------- Billed -------    ------ Applied ------  ---- Collections ----   Balance
Bill Date Thru Date  Bill#           Fee & OA      Disbursement       From OA           Total         Date     Due
-------------------  ----------      ----------    ------------ ---------------        ---------   ---------   --------
   YEAR 2001                          2,212.50         389.75                           2,602.25
   YEAR 2002                         66,342.00         550.91                          66,892.91
01/31/03 12/31/02    364671           2,601.00          83.50                           2,684.50   08/19/03
02/20/03 01/31/03    365684           1,638.50            .00                           1,638.50   10/23/03
03/19/03 02/28/03    367178             672.00            .00                             672.00   10/23/03
05/16/03 04/30/03    370445             100.50         926.30                           1,026.80   12/26/03
06/17/03 05/31/03    371897             167.50            .00                             167.50   12/26/03
12/31/03 11/30/03    381784             443.50            .00                             443.50   02/27/04
04/30/04 02/29/04    388529           1,186.50            .00                           1,186.50   10/18/04
05/27/04 04/30/04    390208             621.50            .00                             621.50   08/03/04
08/23/04 06/30/04    394084             247.50            .00                                 .00                247.50
                                     ----------    ----------                          ---------              --------
              Total:                 76,233.00       1,950.46                          77,935.96                247.50
```

```
alp_132r: Matter Detail                                                                                                         PAGE    27
Run Date & Time: 10/20/2004 14:07:08

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                          Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                             Status     : ACTIVE

Special Billing Instructions:

                                   PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:                      TO:
        UNBILLED DISB FROM:                      TO:

                                          FEES                    COSTS

  GROSS BILLABLE AMOUNT:                  0.00                     0.00
  AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:
  CLOSE MATTER/FINAL BILLING?  YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:
  -----------------------------------------------------------------------------------------------

                           ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

        FEES:                  6,565.50      UNIDENTIFIED RECEIPTS:      0.00
  DISBURSEMENTS:                   0.00      PAID FEE RETAINER:           0.00
   FEE RETAINER:                   0.00      PAID DISB RETAINER:          0.00
  DISB RETAINER:                   0.00      TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:             6,565.50      TRUST BALANCE:
                                             BILLING HISTORY

  DATE OF LAST BILL:     09/29/04           LAST PAYMENT DATE:         10/23/03
  LAST BILL NUMBER:      396938             ACTUAL FEES BILLED TO DATE:  7,703.00
                                            ON ACCOUNT FEES BILLED TO DATE: 0.00
                                            PAID DISB RETAINER:             0.00
                                            TOTAL FEES BILLED TO DATE:  7,703.00
  LAST BILL THRU DATE:   07/31/04           FEES WRITTEN OFF TO DATE:      0.00

                                  Write Down/Up Reason Codes:
  FOR ACCTG USE ONLY:    (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
                         (2) Late Time & Costs Posted (5) Business Development   (8) Premium
                         (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding
                                                                                 (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```