```
alp_132r: Matter Detail                                                                                                              PAGE   28
Run Date & Time: 10/20/2004 14:07:08

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00015                                        Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                   Status      : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/20/04 14:07:08)
                            -------- Billed --------   ---- Applied ----    ---- Collections ----    Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement    From OA      Total         Total      Date    Due
----------------------------  --------    ------------   --------    --------       --------    ----    ----
03/19/03 02/28/03 367178      1,137.50          .00                                1,137.50 10/23/03
09/29/04 07/31/04 396938      6,565.50          .00                                     .00                6,565.50
                             ---------    ------------                            ---------            ---------
                    Total:    7,703.00          .00                                1,137.50                6,565.50
```

```
alp_132r: Matter Detail                                                                                                              PAGE   29
Run Date & Time: 10/20/2004 14:07:08

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                             Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                   Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:        08/23/2004                     TO:      08/23/2004
    UNBILLED DISB FROM:                                       TO:

                                       FEES                                       COSTS

    GROSS BILLABLE AMOUNT:          1,485.00                                        0.00
    AMOUNT WRITTEN DOWN:
                     PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
                   THRU DATE:           08/23/2004
    CLOSE MATTER/FINAL BILLING?   YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

                            BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:




                                           ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

                          FEES:                5,211.00      UNIDENTIFIED RECEIPTS:           0.00
                  DISBURSEMENTS:                   0.00      PAID FEE RETAINER:                0.00
                   FEE RETAINER:                   0.00      PAID DISB RETAINER:               0.00
                   DISB RETAINER:                  0.00      TOTAL AVAILABLE FUNDS:            0.00
               TOTAL OUTSTANDING:               5,211.00     TRUST BALANCE:
                                                             BILLING HISTORY

        DATE OF LAST BILL:        09/29/04       LAST PAYMENT DATE:         10/18/04
        LAST BILL NUMBER:         396938         ACTUAL FEES BILLED TO DATE:          63,468.50
                                                 ON ACCOUNT FEES BILLED TO DATE:           0.00
                                                 PAID DISB RETAINER:                       0.00
                                                 TOTAL FEES BILLED TO DATE:          63,468.50
        LAST BILL THRU DATE:      07/31/04       FEES WRITTEN OFF TO DATE:            5,087.68

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development     (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                              PAGE   30
Run Date & Time: 10/20/2004 14:07:08

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                     Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                             Status     : ACTIVE

                                                   U N B I L L E D    T I M E      S U M M A R Y      ------- Total Unbilled -------
                                                  ----------- Highest Billing Rate -----------                Hours          Amount
Emp Id  Employee Name                Group            Oldest        Latest                                   ----------------------
005292  BECKER, GARY M.                CRED          08/23/04       08/23/04                                    3.00         1,485.00

                                     Total:                                                                     3.00         1,485.00

Sub-Total Hours :   0.00 Partners    3.00 Counsels   0.00 Associates    0.00 Legal Assts    0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/20/04 14:07:08)
                                 ------- Billed -------    --- Applied ---   -- Collections --
Bill Date  Thru Date  Bill#      Fee & OA   Disbursement   From OA    Total        Date            Balance
                                                                                                    Due
YEAR 2002
02/20/03   01/31/03   365684    45,704.82      58.14                 45,762.96   10/23/03
07/24/03   06/30/03   373811       105.00        .00                    105.00   10/23/03
08/31/03   07/31/03   375389       455.00        .00                    455.00   12/26/03
09/30/03   08/31/03   376733          .00      12.00                     12.00   05/10/04
11/14/03   09/30/03   379550     1,365.00      13.00                  1,378.00   05/10/04
11/30/03   10/31/03   380293       940.00        .00                    940.00   07/02/04
12/31/03   11/30/03   381784     1,739.00        .00                  1,739.00   07/02/04
01/29/04   12/31/03   382765     2,021.00        .00                  2,021.00   07/02/04
05/27/04   04/30/04   390208     1,237.50        .00                  1,237.50   10/18/04
06/29/04   05/31/04   391727     3,785.50        .00                                                3,785.50
07/31/04   06/30/04   392045     1,845.50     127.40                  1,289.90   10/18/04             683.00
09/29/04   07/31/04   396938       742.50        .00                                                  742.50

                        Total:  60,880.82     210.54                 55,880.36                      5,211.00
```

```
alp_132r: Matter Detail                                                                                              PAGE   31
Run Date & Time: 10/20/2004 14:07:08

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                   Orig Prtnr : CRED. RGTS        - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP    - 02495       Bill Frequency: M
Matter Name : HEARINGS                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status   : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                      Hours     Amount      Index#    Batch Date

BECKER, GARY M.        08/23/04  Prepare for and appear at omnibus hearing            3.00   1,485.00    5279275    08/24/04

                                                         Fee Total                    3.00   1,485.00

                                                         Fee Total                    3.00   1,485.00
```

```
alp_132r: Matter Detail                                                                                                              PAGE   32
Run Date & Time: 10/20/2004 14:07:08

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                           Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                               Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours        Amount          Bill           W/O / W/u        Transfer To    Clnt/Mtr     Carry Forward
-------------              -----        ------          ----           ---------        ------------------------    -------------
BECKER, GARY M.             3.00      1,485.00

        Total:              3.00      1,485.00
```

```
alp_132r: Matter Detail                                                                                                   PAGE   33
Run Date & Time: 10/20/2004 14:07:08

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                    Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                    TO:
              UNBILLED DISB FROM:                    TO:

                                              FEES                      COSTS

     GROSS BILLABLE AMOUNT:                   0.00                       0.00
     AMOUNT WRITTEN DOWN:
                 PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                             BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH

                 FEES:                    0.00   UNIDENTIFIED RECEIPTS:   0.00
        DISBURSEMENTS:                   23.90   PAID FEE RETAINER:       0.00
          FEE RETAINER:                   0.00   PAID DISB RETAINER:      0.00
         DISB RETAINER:                   0.00   TOTAL AVAILABLE FUNDS:   0.00
     TOTAL OUTSTANDING:                  23.90   TRUST BALANCE:
                                                 BILLING HISTORY
DATE OF LAST BILL:     08/23/04                  LAST PAYMENT DATE:      07/02/04
LAST BILL NUMBER:        394084                  ACTUAL FEES BILLED TO DATE:    2,492.50
                                                 ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                 TOTAL FEES BILLED TO DATE:    2,492.50
LAST BILL THRU DATE:                             FEES WRITTEN OFF TO DATE:    0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee      (4) Excessive Legal Time   (7) Fixed Fee
   (2) Late Time & Costs Posted (5) Business Development  (8) Premium
   (3) Pre-arranged Discount   (6) Summer Associate       (9) Rounding    (10) Client Arrangement


BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                                                                                                        PAGE   34
Run Date & Time: 10/20/2004 14:07:08

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                        Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/20/04 14:07:08)
                                  -------- Billed --------   ------ Applied ------   ---- Collections ----   Balance
Bill Date Thru Date  Bill#        Fee & OA     Disbursement       From OA              Total      Date         Due
-----------------------------     ----------   ------------   ---------------   -----------------------   --------
07/24/03 06/30/03   373811           637.00           .00                              637.00 12/26/03
08/31/03 07/31/03   375389         1,432.50          4.55                            1,437.05 05/10/04
12/31/03 11/30/03   381784           423.00           .00                              423.00 07/02/04
08/23/04 06/30/04   394084               .00        23.90                                  .00              23.90

          Total:                   2,492.50         28.45                            2,497.05               23.90
```

```
alp_132r: Matter Detail                                                                                                          PAGE   35
Run Date & Time: 10/20/2004 14:07:08

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No : 056772-00028                          Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    08/23/2004                 TO:     08/23/2004
UNBILLED DISB FROM:                               TO:

                                      FEES                   COSTS

GROSS BILLABLE AMOUNT:                742.50                  0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:         08/23/2004

CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

           BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                           ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH

          FEES:                            2,106.50
          DISBURSEMENTS:                     264.00   UNIDENTIFIED RECEIPTS:             0.00
          FEE RETAINER:                        0.00   PAID FEE RETAINER:                 0.00
          DISB RETAINER:                       0.00   PAID DISB RETAINER:                0.00
          TOTAL OUTSTANDING:               2,370.50   TOTAL AVAILABLE FUNDS:             0.00
                                                      TRUST BALANCE:
                                                      BILLING HISTORY

DATE OF LAST BILL:              08/23/04             LAST PAYMENT DATE:              10/18/04
LAST BILL NUMBER:                392045              ACTUAL FEES BILLED TO DATE:    13,424.00
                                                     ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                     PAID DISB RETAINER:                 0.00
                                                     TOTAL FEES BILLED TO DATE:    13,424.00
LAST BILL THRU DATE:            06/30/04             FEES WRITTEN OFF TO DATE:     11,514.00

                                  Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:
    (1) Exceeded Fixed Fee                  (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted            (5) Business Development    (8) Premium
    (3) Pre-arranged Discount               (6) Summer Associate        (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____       DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   36
Run Date & Time: 10/20/2004 14:07:08

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                  Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                           Status     : ACTIVE

UNBILLED TIME SUMMARY  ---------------------------- Total Unbilled ----------------------------
Emp Id Employee Name              Group          Oldest      Latest          Hours          Amount
05292  BECKER, GARY M.             CRED           08/23/04    08/23/04         1.50          742.50

                        Total:                                                 1.50          742.50

Sub-Total Hours :   0.00 Partners    1.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

BILLING & PAYMENT HISTORY (Reflects Payments As of 10/20/04 14:07:08)
                                    ------- Billed --------      ---- Applied ----   ---- Collections ----
Bill Date  Thru Date  Bill#       Fee & OA     Disbursement       From OA    Total     Date      Balance Due

YEAR 2002                         2,275.00                                                                 2,275.00
06/17/03   05/31/03   371897        455.00            .00            .00    455.00    12/26/03
07/24/03   06/30/03   373811        910.00            .00            .00    910.00    12/26/03
09/30/03   08/31/03   376733        455.00            .00            .00    455.00    05/10/04
11/14/03   09/30/03   379590        705.00            .00            .00    705.00    05/10/04
11/30/03   10/31/03   380293        470.00            .00            .00    470.00    07/02/04
12/31/03   11/30/03   381784        705.00            .00         205.00    910.00    07/02/04
01/29/04   12/31/03   382765        705.00            .00         197.00    902.00    10/18/04
02/25/04   01/31/04   384579        495.00            .00            .00    495.00    10/18/04
05/27/04   04/30/04   390208        742.50            .00         279.00  1,021.50    10/18/04
06/29/04   05/31/04   391727        621.50            .00         264.00    885.50                          885.50
07/31/04   06/30/04   392045      1,485.00            .00            .00  1,485.00    10/18/04
                                                                          1,045.70    10/18/04            1,485.00

              Total:             10,024.00        1,990.70       1,045.70 9,644.20                        2,370.50
```

```
alp_132r: Matter Detail                                                                                                              PAGE   37
Run Date & Time: 10/20/2004 14:07:08

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                  Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status        : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name         Work Date    Description                                              Hours       Amount     Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.       08/23/04    Non working travel time to/from hearing (bill             1.50       742.50    5279276   08/24/04
                                  at 1/2 normal rate)

                                                                              Fee Total     1.50       742.50

                                                                              Fee Total     1.50       742.50
```

```
alp_132r: Matter Detail                                                                                           PAGE   38
Run Date & Time: 10/20/2004 14:07:08

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                  Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                        Hours       Amount       Bill      W/O / W/u     Transfer To    Clnt/Mtr   Carry Forward

BECKER, GARY M.                       1.50       742.50

         Total:                       1.50       742.50
```

```
alp_132rc: Client Analysis Sheet                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/20/04 14:07:14                       Work Thru : 08/31/04
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
```

| Matter Number | Name                           | Hours | Fees     | Disbursements | Total Charges | Resp Partners    | Class | Freq | Stat |
|---------------|--------------------------------|-------|----------|---------------|---------------|------------------|-------|------|------|
| 00001         | CASE ADMINISTRATION            | 7.10  | 2,071.50 | 120.88        | 2,192.38      | BENTLEY PHILIP   | 02495 | M    | B    |
| 00002         | CREDITOR COMMITTEE             | 3.80  | 1,881.00 | 0.00          | 1,881.00      | BENTLEY PHILIP   | 02495 | M    | B    |
| 00005         | BANKR. MOTIONS                 | 0.40  | 198.00   | 0.00          | 198.00        | BENTLEY PHILIP   | 02495 | M    | B    |
| 00008         | FEE APPLICATIONS, APPLIC       | 4.00  | 1,110.00 | 0.00          | 1,110.00      | BENTLEY PHILIP   | 02495 | M    | B    |
| 00009         | EMPLOYMENT APPLICATIONS,       | 0.00  | 0.00     | 0.00          | 0.00          | BENTLEY PHILIP   | 02495 | M    | B    |
| 00012         | CLAIM ANALYSIS OBJECTION       | 3.70  | 2,055.50 | 4.37          | 2,059.87      | BENTLEY PHILIP   | 02495 | M    | B    |
| 00013         | FRAUDULENT CONVEYANCE AD       | 0.00  | 0.00     | 0.00          | 0.00          | BENTLEY PHILIP   | 02495 | M    | B    |
| 00015         | PLAN AND DISCLOSURE STAT       | 0.00  | 0.00     | 0.00          | 0.00          | BENTLEY PHILIP   | 02495 | M    | B    |
| 00019         | HEARINGS                       | 3.00  | 1,485.00 | 0.00          | 1,485.00      | BENTLEY PHILIP   | 02495 | M    | B    |
| 00024         | ZAI SCIENCE TRIAL              | 0.00  | 0.00     | 0.00          | 0.00          | BENTLEY PHILIP   | 02495 | M    | B    |
| 00028         | TRAVEL\NON-WORKING             | 1.50  | 742.50   | 0.00          | 742.50        | BENTLEY PHILIP   | 02495 | M    | B    |
|               | Client Total                   | 23.50 | 9,543.50 | 125.25        | 9,668.75      |                  |       |      |      |