# EXHIBIT A

**Asset Disposition (.40 Hours; $ 274.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $685 | 274.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/24/04 | PVL | 685.00 | 0.40 | Review e-mail and draft KWELM order (.2); review 3 miscellaneous filings (.1); review e-mail (.1). |

**Total Task Code .02    .40**

**Case Administration (12.10 Hours; $ 4,169.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.10 | $685 | 2,808.50 |
| Robert C. Spohn | 4.70 | $180 | 846.00 |
| Andrew D. Katznelson | 2.00 | $160 | 320.00 |
| David B. Smith | 1.30 | $150 | 195.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/04 | RCS | 180.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/01/04 (.2). |
| 09/01/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI; perform review of recently recieved court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 09/02/04 | PVL | 685.00 | 0.10 | E-mail Hurford. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 09/02/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/2/04 (.1). |
| 09/03/04 | PVL | 685.00 | 0.20 | Review ZAI budget motion (.1); review Scotts adv. compl. (.1). |
| 09/03/04 | RCS | 180.00 | 2.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/03/04 (.4); inventory DOJ production documents (1.8). |
| 09/07/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/7/04 (.3). |
| 09/08/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/8/04 (.1). |
| 09/09/04 | PVL | 685.00 | 0.40 | Review Fed. Ins. reply re FCR (.3); review Hurford e-mail (.1). |
| 09/09/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/9/04 (.3). |
| 09/10/04 | PVL | 685.00 | 0.90 | Review 5 miscellaneous filings (.1); teleconference Felder (.1); teleconferences Hurford (.2); review draft opposition re KWELMBB deal (.3); review FCR opposition re same (.1); review LTC memo (.1). |
| 09/10/04 | RCS | 180.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/10/04 (.5). |
| 09/13/04 | PVL | 685.00 | 0.20 | Review Coudert settlement notice (.1); review revised draft resp. re PD CMO (.1). |
| 09/13/04 | RCS | 180.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/13/04 (.4). |
| 09/14/04 | PVL | 685.00 | 0.40 | Review e-mail (.1); review 8 miscellaneous filings (.1); review Scotts stay motion (.1); review 2 miscellaneous filings (.1). |

{D0027298:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/14/04 | RCS | 180.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/14/04 (.3). |
| 09/15/04 | PVL | 685.00 | 0.10 | Review Hurford e-mail and reply. |
| 09/15/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/15/04 (.1). |
| 09/15/04 | ADK | 160.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 09/16/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/16/04 (.1). |
| 09/17/04 | PVL | 685.00 | 0.20 | Review settlement notice and draft KWELM order. |
| 09/17/04 | RCS | 180.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 9/17/04 (.1). |
| 09/20/04 | PVL | 685.00 | 0.10 | Review agenda notice. |
| 09/20/04 | ADK | 160.00 | 0.50 | Review and classify documents in order to create database regarding upcoming hearing and pre-trial and status conferences for EI and RCT. |
| 09/20/04 | DBS | 150.00 | 0.50 | Review and compile incoming pleadings and correspondence for case files. |
| 09/21/04 | DBS | 150.00 | 0.40 | Review and compile incoming pleadings and correspondence for case files. |
| 09/22/04 | PVL | 685.00 | 0.10 | Review 4 miscellaneous filings and teleconference Hurford. |
| 09/23/04 | PVL | 685.00 | 0.50 | Review Hurford e-mail and reply (.2); review COLI motion (.2); review Honeywell 9019 motion (.1). |
| 09/26/04 | PVL | 685.00 | 0.10 | Review Rand reply to Scotts. |
| 09/28/04 | PVL | 685.00 | 0.70 | Review Scotts reply and 6 miscellaneous filings (.1); teleconference Hurford re KWELM and COLI motions (.5); review hearing memo and e-mail Eskin (.1). |

{D0027298:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/28/04 | DBS | 150.00 | 0.40 | Review and compile incoming pleadings and correspondence for case files. |
| 09/29/04 | PVL | 685.00 | 0.10 | Review e-mail. |

**Total Task Code .04        12.10**

## Claim Analysis Objection & Resolution (Asbestos) (4.50 Hours; $ 1,192.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| John P. Cunningham | 4.50 | $265 | 1,192.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/20/04 | JPC | 265.00 | 0.70 | Review developments in asbestos litigation. |
| 09/21/04 | JPC | 265.00 | 0.60 | Review developments in asbestos litigation. |
| 09/22/04 | JPC | 265.00 | 0.80 | Review developments in asbestos litigation. |
| 09/23/04 | JPC | 265.00 | 0.80 | Review developments in asbestos litigation. |
| 09/24/04 | JPC | 265.00 | 0.60 | Review developments in asbestos litigation. |
| 09/28/04 | JPC | 265.00 | 1.00 | Review developments in asbestos litigation. |

**Total Task Code .05        4.50**

## Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 137.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/08/04 | PVL | 685.00 | 0.20 | E-mail EI et al re Scotts (.1); review NDF e-mail. (.1). |

{D0027298:1 }

**Total Task Code .06           .20**


**Employee Benefits/Pension (.20 Hours; $ 156.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $780 | 156.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/10/04 | EI | 780.00 | 0.20 | Memo to Committee re: motion to provide enhanced severance program. |

**Total Task Code .08           .20**


**Employment Applications, Others (.20 Hours; $ 137.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $685 | 137.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/15/04 | PVL | 685.00 | 0.20 | Review FCR suppl. tr. re SBSF and CIBC retentions. |

**Total Task Code .10           .20**


**Fee Applications, Applicant (4.00 Hours; $ 1,177.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.50 | $375 | 937.50 |
| Andrew D. Katznelson | 1.50 | $160 | 240.00 |

| Trans | Empl | Bill | Billing |

{D0027298:1 }

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 09/10/04 | RCT | 375.00 | 0.50 | Review prebills. |
| 09/13/04 | RCT | 375.00 | 0.50 | Review exhibits. |
| 09/16/04 | RCT | 375.00 | 0.50 | Review interim application. |
| 09/27/04 | ADK | 160.00 | 1.00 | Worked on fee application. |
| 09/28/04 | RCT | 375.00 | 0.50 | Review final of monthly application. |
| 09/28/04 | RCT | 375.00 | 0.50 | Review fee app. |
| 09/28/04 | ADK | 160.00 | 0.50 | Worked on fee application. |

**Total Task Code .12        4.00**

**Fee Applications, Others (.30 Hours; $ 205.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $685 | 205.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/04 | PVL | 685.00 | 0.10 | Review 3 fee applications and 3 CNOs re fees. |
| 09/07/04 | PVL | 685.00 | 0.10 | Review 5 fee applications. |
| 09/23/04 | PVL | 685.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13        .30**

**Litigation and Litigation Consulting (14.10 Hours; $ 3,905.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $780 | 390.00 |
| Albert G. Lauber | .20 | $540 | 108.00 |
| Ronald E. Reinsel | .40 | $500 | 200.00 |
| Nathan D. Finch | 1.30 | $440 | 572.00 |
| Christopher S. Rizek | 2.00 | $435 | 870.00 |
| John P. Cunningham | 2.70 | $265 | 715.50 |

{D0027298:1 }

| | | | | |
|---|---|---|---|---|
| Ada I. Odum | | 7.00 | $150 | 1,050.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/04 | EI | 780.00 | 0.10 | Finalized memo on 2019 orders summarizing orders and situation (1.1); memo to Kendall re: same (.1). [Total time of 1.2 hours divided among 11 cases.] |
| 09/01/04 | EI | 780.00 | 0.30 | Read appeal briefs re: Austern (.3). |
| 09/03/04 | EI | 780.00 | 0.10 | 2019 memo. |
| 09/10/04 | NDF | 440.00 | 0.80 | Review and memo re medical issue (.8) |
| 09/13/04 | NDF | 440.00 | 0.30 | Memo to co-consel re discovery issue (.3). |
| 09/15/04 | RER | 500.00 | 0.40 | Review memo and complaint re Scotts company. |
| 09/17/04 | AGL | 540.00 | 0.20 | Review pending orders and motions. |
| 09/17/04 | NDF | 440.00 | 0.20 | Read corr. re protective order for Sealed Air docs (.2). |
| 09/20/04 | JPC | 265.00 | 1.90 | Review insurers' reply brief re: appeal to district court (1.8); email corresp to NDF re: same (0.1). |
| 09/20/04 | AIO | 150.00 | 7.00 | Organized exhibits and created indexes per attorney request. |
| 09/21/04 | JPC | 265.00 | 0.80 | Continue review of insurers' reply briefs re: appeal to district court. |
| 09/25/04 | CSR | 435.00 | 2.00 | Review COLI motion, analyze same, e-mail re same. |
| **Total Task Code .16** | | **14.10** | | |

**Plan & Disclosure Statement (1.30 Hours; $ 676.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | .80 | $520 | 416.00 |
| Trevor W. Swett | .50 | $520 | 260.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

{D0027298:1 }

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 09/16/04 | TWS | 520.00 | 0.50 | Review Grace outline of POR |
| 09/22/04 | JWD | 520.00 | 0.80 | Review Scott's motion re stay action |

**Total Task Code .17**       **1.30**


**Tax Issues (1.30 Hours; $ 565.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 1.30 | $435 | 565.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/27/04 | CSR | 435.00 | 0.30 | Teleconferences and e-mails re tax motion. |
| 09/28/04 | CSR | 435.00 | 0.60 | Teleconference with E. Filon re taxes. |
| 09/29/04 | CSR | 435.00 | 0.40 | E-mail re taxes. |

**Total Task Code .19**       **1.30**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 2.40 |
| Local Transportation - DC | 5.00 |
| Long Distance-Equitrac In-House | 6.04 |
| NYO Long Distance Telephone | 4.24 |
| Telecopier/Equitrac | 32.10 |
| Xeroxing | 101.10 |
| **Total for Report** | **$ 150.88** |

{D0027298:1 }