**EXHIBIT B**

**Asset Disposition (.4 Hours; $ 274.00)**

      Services rendered in this category pertain to the allocation, management and control of the Debtors' assets.

**Total Task Code .02**　　　.4

**Case Administration (12.1 Hours; $ 4,169.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**　　　12.1

**Claim Analysis Objection & Resolution (Asbestos) (4.5 Hours; $ 1,192.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**　　　4.5

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 137.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**　　　.2

**Employee Benefits/Pension (.2 Hours; $156.00)**

      Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**　　　.2

**Employment Applications, Others (.2 Hours; $137.00)**

{D0027295:1 }
DOC#151898

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**          .2

**Fee Applications, Applicant (4.0 Hours; $ 1,177.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**          4.0

**Fee Applications, Others (.3 Hours; $ 205.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**          .3

**Litigation and Litigation Consulting (14.1 Hours; $ 3,905.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**          14.1

**Plan & Disclosure Statement (1.3 Hours; $ 676.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**          1.3

**Tax Issues (1.3 Hours; $ 565.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19**          1.3