## **EXHIBIT C**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 2.40 |
| Local Transportation - DC | 5.00 |
| Long Distance-Equitrac In-House | 6.04 |
| NYO Long Distance Telephone | 4.24 |
| Telecopier/Equitrac | 32.10 |
| Xeroxing | 101.10 |
| **Total** | **$ 150.88** |

{D0027296:1 }