```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                      Page:    1
Matter     000                     Disbursements                                                                 10/21/2004
                                                                                                             Print Date/Time:
                                                                                                                 10/21/2004
                                                                                                                 10:11:17AM
Attn:                                                                                                            Invoice #

                                              PREBILL  / CONTROL  REPORT
                                                    Trans Date Range:  1/1/1950  to: 9/30/2004
Matter     000
Disbursements
Bill Cycle:        Monthly          Style:         i1         Start:     4/16/2001
                                                                    Last Billed : 9/29/2004              13,655




  Trust Amount Available

                                 Total Expenses Billed To Date        $244,140.36

                                                           Billing Empl:        0120     Elihu  Inselbuch
                                                           Responsible Empl:    0120     Elihu  Inselbuch
                                                           Alternate Empl:      0120     Elihu  Inselbuch
                                                           Originating Empl:    0120     Elihu  Inselbuch




Summary   by Employee
                                              ---------- A C T U A L ----------         ---------- B I L L I N G---------
 Empl      Initials     Name                      Hours            Amount                    Hours            Amount

 0120      EI           Elihu  Inselbuch            0.00              2.40                    0.00               2.40
 0187      NDF          Nathan D Finch              0.00              5.00                    0.00               5.00
 0232      LK           Lauren  Karastergiou        0.00              0.30                    0.00               0.30
 0234      RET          Rita E Tower                0.00              0.15                    0.00               0.15
 0238      SLG          Stacey L Gandy              0.00             55.80                    0.00              55.80
 0244      AT           Ann  Taylor                 0.00              0.60                    0.00               0.60
 0251      JO           Joan  O'Brien               0.00              2.40                    0.00               2.40
 0811      AIO          Ada I Odum                  0.00              0.30                    0.00               0.30
 0999      C&D          Caplin &. Drysdale          0.00             83.93                    0.00              83.93
                                                    0.00            150.88                    0.00             150.88
Total Fees




Summary   by Employee
                                           ---------- A C T U A L ----------             ---------- B I L L I N G---------
 Empl      Initials     Name                Rate         Hours         Amount              Rate        Hours         Amount

Total Fees




Detail Time / Expense  by  Date
                                                                                ---------- A C T U A L ----------  ---------- B I L L I N G---------
TransNo.    Description                       TransType  Trans Date   Work Empl   Rate    Hours       Amount     Rate    Hours     Amount    Cumulative

1691552     Equitrac - Long Distance to 2123139307      E  09/01/2004  0999   C&D         0.00        $2.77      0.00              $2.77       2.77
1691913     Fax Transmission to 12145239159             E  09/01/2004  0999   C&D         0.00        $1.35      0.00              $1.35       4.12
1691917     Fax Transmission to 12145239157             E  09/01/2004  0999   C&D         0.00        $1.35      0.00              $1.35       5.47
1691921     Fax Transmission to 12145239158             E  09/01/2004  0999   C&D         0.00        $1.35      0.00              $1.35       6.82
1691923     Fax Transmission to 12145991171             E  09/01/2004  0999   C&D         0.00        $0.30      0.00              $0.30       7.12
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 10/21/2004 |

Print Date/Time: 10/21/2004 10:11:17AM

Attn:    Invoice #

| ID | Description | | Date | Code | Init | | | | | Inv # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1691926 | Fax Transmission to 12148248100 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 8.62 |
| 1691927 | Fax Transmission to 12145991171 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 9.07 |
| 1691928 | Fax Transmission to 12145991171 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 9.22 |
| 1691929 | Fax Transmission to 17136501400 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 10.57 |
| 1691930 | Fax Transmission to 12145991171 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 11.02 |
| 1691931 | Fax Transmission to 13125516759 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 12.37 |
| 1691933 | Fax Transmission to 18432169290 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 13.72 |
| 1691935 | Fax Transmission to 14067527124 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 15.07 |
| 1691936 | Fax Transmission to 13026565875 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 16.42 |
| 1691938 | Fax Transmission to 15108354913 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 17.77 |
| 1691941 | Fax Transmission to 12165750799 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 19.12 |
| 1691943 | Fax Transmission to 13053796222 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 20.47 |
| 1691945 | Fax Transmission to 14124718308 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 21.82 |
| 1691948 | Fax Transmission to 12123440994 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 22.72 |
| 1691951 | Fax Transmission to 16179510679 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 24.07 |
| 1691954 | Fax Transmission to 18432169450 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 25.42 |
| 1691956 | Fax Transmission to 13024269947 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 25.57 |
| 1691957 | Fax Transmission to 14122615066 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 25.72 |
| 1691958 | Fax Transmission to 13024269947 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 25.87 |
| 1691959 | Fax Transmission to 14122615066 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 26.02 |
| 1691960 | Fax Transmission to 13024269947 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 26.17 |
| 1691961 | Fax Transmission to 14122615066 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 26.92 |
| 1691962 | Fax Transmission to 13024269947 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 27.07 |
| 1691963 | Fax Transmission to 13024269947 | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 27.82 |
| 1691964 | Fax Transmission to 18032597305 | E | 09/01/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 29.17 |
| 1691991 | Photocopy | E | 09/01/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 29.47 |
| 1692014 | Photocopy | E | 09/01/2004 | 0999 | C&D | 0.00 | $12.00 | 0.00 | $12.00 | 41.47 |
| 1692052 | Photocopy | E | 09/01/2004 | 0238 | SLG | 0.00 | $11.25 | 0.00 | $11.25 | 52.72 |
| 1692659 | Fax Transmission to 12123440994 | E | 09/02/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 54.07 |
| 1692660 | Fax Transmission to 14122615066 | E | 09/02/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 54.97 |
| 1692661 | Fax Transmission to 14122615066 | E | 09/02/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 55.12 |
| 1692662 | Fax Transmission to 14122615066 | E | 09/02/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 56.47 |
| 1692803 | Photocopy | E | 09/02/2004 | 0238 | SLG | 0.00 | $2.85 | 0.00 | $2.85 | 59.32 |
| 1692804 | Photocopy | E | 09/02/2004 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 59.77 |
| 1693297 | Federal Express to Lauren Przybylek from EI on 8/23 | E | 09/03/2004 | 0120 | EI | 0.00 | $2.40 | 0.00 | $2.40 | 62.17 |
| 1693674 | Photocopy | E | 09/07/2004 | 0238 | SLG | 0.00 | $1.50 | 0.00 | $1.50 | 63.67 |
| 1694032 | Photocopy | E | 09/08/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 64.57 |
| 1694778 | Equitrac - Long Distance to 3024261900 | E | 09/10/2004 | 0999 | C&D | 0.00 | $0.58 | 0.00 | $0.58 | 65.15 |
| 1694991 | Photocopy | E | 09/10/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 66.05 |
| 1695007 | Photocopy | E | 09/10/2004 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 66.35 |
| 1695009 | Photocopy | E | 09/10/2004 | 0238 | SLG | 0.00 | $3.90 | 0.00 | $3.90 | 70.25 |
| 1695010 | Photocopy | E | 09/10/2004 | 0238 | SLG | 0.00 | $3.90 | 0.00 | $3.90 | 74.15 |
| 1695029 | Photocopy | E | 09/11/2004 | 0251 | JO | 0.00 | $2.40 | 0.00 | $2.40 | 76.55 |
| 1694813 | Equitrac - Long Distance to 3027786464 | E | 09/11/2004 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 76.66 |
| 1694814 | Equitrac - Long Distance to 3027786464 | E | 09/11/2004 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 76.77 |
| 1695512 | Equitrac - Long Distance to 3027786464 | E | 09/13/2004 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 76.87 |
| 1695577 | Fax Transmission to 12024293329 | E | 09/13/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 77.32 |
| 1695578 | Fax Transmission to 12024293301 | E | 09/13/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 77.77 |
| 1695583 | Fax Transmission to 12024293301 | E | 09/13/2004 | 0238 | SLG | 0.00 | $1.05 | 0.00 | $1.05 | 78.82 |
| 1695608 | Photocopy | E | 09/13/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 80.62 |
| 1695630 | Photocopy | E | 09/13/2004 | 0234 | RET | 0.00 | $0.15 | 0.00 | $0.15 | 80.77 |
| 1695642 | Photocopy | E | 09/13/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 81.67 |
| 1695689 | Photocopy | E | 09/13/2004 | 0238 | SLG | 0.00 | $3.15 | 0.00 | $3.15 | 84.82 |
| 1695697 | Photocopy | E | 09/13/2004 | 0238 | SLG | 0.00 | $2.85 | 0.00 | $2.85 | 87.67 |
| 1695715 | Photocopy | E | 09/13/2004 | 0238 | SLG | 0.00 | $2.10 | 0.00 | $2.10 | 89.77 |
| 1697064 | Petty Cash   Cab home for NDF on 9/10 | E | 09/15/2004 | 0187 | NDF | 0.00 | $5.00 | 0.00 | $5.00 | 94.77 |
| 1697392 | Photocopy | E | 09/15/2004 | 0238 | SLG | 0.00 | $1.95 | 0.00 | $1.95 | 96.72 |
| 1697867 | Photocopy | E | 09/16/2004 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 97.02 |
| 1697882 | Photocopy | E | 09/16/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 97.62 |
| 1698314 | Photocopy | E | 09/17/2004 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 97.92 |
| 1698446 | Equitrac - Long Distance to 4065428851 | E | 09/20/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 97.97 |
| 1698590 | Photocopy | E | 09/20/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 98.87 |
| 1698614 | Photocopy | E | 09/20/2004 | 0244 | AT | 0.00 | $0.45 | 0.00 | $0.45 | 99.32 |
| 1698627 | Photocopy | E | 09/20/2004 | 0244 | AT | 0.00 | $0.15 | 0.00 | $0.15 | 99.47 |
| 1698642 | Photocopy | E | 09/20/2004 | 0811 | AIO | 0.00 | $0.30 | 0.00 | $0.30 | 99.77 |
| 1698654 | Photocopy | E | 09/20/2004 | 0238 | SLG | 0.00 | $3.45 | 0.00 | $3.45 | 103.22 |
| 1699286 | Photocopy | E | 09/21/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 106.82 |
| 1699644 | Equitrac - Long Distance to 3024269910 | E | 09/22/2004 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 106.92 |
| 1700296 | Photocopy | E | 09/23/2004 | 0238 | SLG | 0.00 | $10.80 | 0.00 | $10.80 | 117.72 |
| 1700310 | Photocopy | E | 09/23/2004 | 0999 | C&D | 0.00 | $3.75 | 0.00 | $3.75 | 121.47 |
| 1700972 | Photocopy | E | 09/24/2004 | 0238 | SLG | 0.00 | $1.50 | 0.00 | $1.50 | 122.97 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter   000** | | **Disbursements** | | | | | | | | 10/21/2004 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 10/21/2004 |
| | | | | | | | | | | 10:11:17AM |
| Attn: | | | | | | | | | | Invoice # |
| 1700981 | Photocopy | | E | 09/24/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 126.57 |
| 1700983 | Photocopy | | E | 09/24/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 130.17 |
| 1701578 | Photocopy | | E | 09/27/2004 | 0238 | SLG | 0.00 | $0.75 | 0.00 | $0.75 | 130.92 |
| 1701736 | NYO Long Distance Telephone Call for August 2004 | | E | 09/28/2004 | 0999 | C&D | 0.00 | $4.24 | 0.00 | $4.24 | 135.16 |
| 1702142 | Equitrac - Long Distance to 3024269910 | | E | 09/28/2004 | 0999 | C&D | 0.00 | $2.22 | 0.00 | $2.22 | 137.38 |
| 1702345 | Photocopy | | E | 09/28/2004 | 0999 | C&D | 0.00 | $8.70 | 0.00 | $8.70 | 146.08 |
| 1702347 | Photocopy | | E | 09/28/2004 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 148.48 |
| 1702371 | Photocopy | | E | 09/28/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 149.53 |
| 1702418 | Photocopy | | E | 09/28/2004 | 0238 | SLG | 0.00 | $1.35 | 0.00 | $1.35 | 150.88 |
| **Total Expenses** | | | | | | | 0.00 | $150.88 | 0.00 | $150.88 | |

|  |  |  |  |
|---|---|---|---|
| Matter Total Fees | | 0.00 | 0.00 |
| Matter Total Expenses | | 150.88 | 150.88 |
| Matter Total | 0.00 | 150.88 | 0.00 | 150.88 |
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $150.88 | $150.88 |
| Prebill Total | 0.00 | $150.88 | 0.00 | $150.88 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,040.00 | 8,608.00 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| **Matter    000** | | **Disbursements** | | 10/21/2004 |
| | | | | Print Date/Time: |
| | | | | 10/21/2004 |
| | | | | 10:11:17AM |
| Attn: | | | | Invoice # |
| 46,676 | 08/27/2004 | 18,002.33 | 18,002.33 | |
| 46,677 | 08/27/2004 | 240.00 | 240.00 | |
| 47,097 | 09/29/2004 | 58,845.77 | 58,845.77 | |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 | |
| | | 1,368,736.19 | 299,356.63 | |