**LAW OFFICES**
# TRINE & METCALF, P.C.
*1435 Arapahoe Avenue*
*Boulder, Colorado 80302-6390*

William A. Trine
J. Conard Metcalf
Deborah L. Taussig
Judy Bradshaw Snyder *
* Also admitted in Texas

Telephone: (303) 442-0173
Facsimile: (303) 443-7677
F.I.N. 84-0603964

## VIA UPS



RECEIVED

OCT 2 2 2004

October 20, 2004

Honorable Judith K. Fitzgerald
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Re: ***W.R. Grace & Co.***; United States Bankruptcy Court District for the District of Delaware; Case No. 01-1139-JKF

Dear Clerk:

Pursuant to Judge Fitzgerald's Order dated August 27, 2004, enclosed please find our three (3) CD's regarding the W.R. Grace & Co. bankruptcy, including Master Index, Set 1 and Set 2.

Please don't hesitate to contact us if you have questions, comments or concerns, or need any additional information.

Sincerely,

*Cathy Wasson*

Cathy Wasson
Paralegal to J. Conard Metcalf

Enclosures