IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) **Chapter 11** |
| | ) **Case No. 01-01139** |
| **W.R. GRACE & CO., et al.,** | ) **(Jointly Administered)** |
| | ) |
| **Debtors.** | ) **Objection Deadline: December 3, 2004** |
| | ) **Hearing Date: December 20, 2004 at 12pm** |

## NOTICE OF APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZIATION TO EMPLOY TILLINGHAST AS ACTUARIAL CONSULTANT

David T. Austern, the Court-appointed legal representative for future asbestos claimants against the above-captioned Debtors (the "Future Claimants' Representative" or "FCR"), by counsel, has submitted an application for authorization to employ the Tillinghast business of Towers, Perrin, Forster & Crosby, Inc., trading as Towers Perrin, ("Tillinghast") as his actuarial consultant pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code (the "Application").

Objections and other responses to the relief requested in the Application, if any, must be in writing and be filed with the Bankruptcy Court on or before December 3, 2004. At the same time, you must also serve a copy of the objections or responses, if any, upon the following:

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
*Bankruptcy Counsel to David T. Austern*
*As Future Claimants' Representative*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Bankruptcy Counsel to David T. Austern*
*As Future Claimants' Representative*

David M. Bernick, P.C., Esquire
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors*

Frank J. Perch, III, Esquire
Assistant United States Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801
*United States Trustee*

IN THE EVENT THAT ANY WRITTEN OBJECTION IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON DECEMBER 20, 2004, AT 12:00 PM.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  October 29, 2004

Respectfully submitted,

By: _____

John C. Phillips, Jr., Esquire (#110)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman, LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500

*Counsel to David T. Austern*
*as Future Claimants' Representative*

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-01139 |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: December 3, 2004 |
| | ) Hearing Date: December 20, 2004 at 12pm |

### APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS'
### REPRESENTATIVE, FOR AUTHORIZIATION TO EMPLOY
### TILLINGHAST AS ACTUARIAL CONSULTANT

David T. Austern, the Court-appointed legal representative for future asbestos claimants

against the above-captioned Debtors (the "Future Claimants' Representative" or "FCR"), by

counsel, hereby submits this application (the "Application") for the entry of an Order, pursuant

to sections 328(a) and 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"),

authorizing and approving the retention and employment of the Tillinghast business of Towers,

Perrin, Forster & Crosby, Inc., trading as Towers Perrin, ("Tillinghast") as his actuarial

consultant. In support of this Application, the Future Claimants' Representative relies upon the

Declaration of Michael E. Angelina (the "Angelina Declaration"), a Principal of Tillinghast,

attached to this Application as Exhibit A. In further support of this Application, the Future

Claimants' Representative respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding

within the meaning of 28 U.S.C. § 157(b)(2). The statutory bases for the relief requested herein

are sections 328(a) and 1103(a) of the Bankruptcy Code.

## Background

2.  On April 2, 2001 (the "Petition Date"), W.R. Grace & Co. and 61 affiliated entities (collectively, the "Debtors") each filed a petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing in the management of their respective businesses and possession of their respective properties as debtors in possession.

3.  By Order dated May 24, 2004 (the "May 24, 2004 Order"), the Court appointed the FCR for these jointly administered cases.[1]

## Relief Requested

4.  In order to assist the FCR in exercising his duties and to permit the interests of future asbestos claimants to be fully considered, the FCR requires the service of an actuarial consultant. The FCR has selected Tillinghast to assist him in that capacity, and respectfully asks the Court to consider and grant this Application.[2]

## Basis for the Relief Sought

5.  Since October 29, 2004, Tillinghast has provided actuarial consulting services to the Future Claimants' Representative. A copy of the engagement letter between the Future Claimants' Representative and Tillinghast (the "Engagement Agreement") is attached to the

---

[1] The May 24, 2004 Order is on appeal to the United States District Court for the District of Delaware but no stay pending appeal was sought. The May 24, 2004 Order authorizes the FCR to employ professionals under the provision applicable to employment of professionals by an official committee, section 1103 of the Bankruptcy Code.

[2] By Order dated June 22, 2001, the District Court, finding that experts such as Tillinghast are not professionals under section 327(a) of the Bankruptcy Code, approved the retention by the Debtors (and any official committee appointed in these Chapter 11 cases) of certain experts, without requiring the submission of separate retention applications for such experts. [Docket #564]. In light of recent concerns raised informally by the United States Trustee about the propriety of the Debtors and any official committee retaining experts without filing retention applications and disclosing the experts to the Court and other parties in interest, and because the FCR is not explicitly covered by the June 22, 2001 Order, the Future Claimants' Representative is filing this Application.

Angelina Declaration as Exhibit 1. Specifically, at the Future Claimants' Representative's request, Tillinghast has begun to develop independent estimates of the Debtors' future asbestos-related claims liabilities associated with the current outstanding cases and future claim filings.

6. As more fully described in the Angelina Declaration, Tillinghast is well qualified to act as the Future Claimants' Representative's actuarial consultant. Through its Tillinghast business, Towers Perrin provides global actuarial and management consulting and advises on risk financing and self-insurance.

### Services to be Rendered

7. Subject to the approval of this Court, Tillinghast will be engaged to develop independent estimates of the Debtors' future asbestos-related claims liabilities associated with the current outstanding case and future claim filings and to perform such other related tasks as the FCR may request.

8. The FCR believes that employing Tillinghast as his actuarial consultant as set forth herein will provide the FCR with advice, assistance and information in a cost effective manner in those areas in which Tillinghast has particular knowledge and expertise.

9. Tillinghast has indicated its willingness to act on behalf of, and render such services to, the FCR, upon the terms set forth herein.

### Disclosure Concerning Connections
### Between Tillinghast and Parties in Interest

10. To the best of the FCR's knowledge, except as otherwise set forth in the accompanying Angelina Declaration, Tillinghast and/or its employees who will perform services for FCR, do not have any connections with the FCR, the Debtors, their affiliates, creditors or any other party in interest, or their respective attorneys and accountants, the United States Trustee, or any person

employed by the Office of the United States Trustee, and does not hold or represent any interest adverse to the FCR on the matters upon which Tillinghast is to be engaged in these cases.

## Professional Compensation

11. Pursuant to the May 24, 2004 Order appointing the FCR, compensation, including professional fees and reimbursement of expenses, shall be payable to the Future Claimants' Representative and his professionals from the Debtors' estates, in accordance with the terms and conditions negotiated by the FCR and the Debtors, subject to approval by the Court and subject to the Administrative Compensation Order.[3]

12. As more fully described in the Engagement Agreement and the Angelina Declaration, Tillinghast has agreed to be compensated for professional services rendered in connection with these cases on an hourly basis. Tillinghast's hourly rates for individuals expected to provide services to the FCR range from $375 to $675 for consultants and $180 to $250 for support staff. Tillinghast also expects to be reimbursed for actual and necessary expenses incurred, as described below. Tillinghast intends to apply for compensation and reimbursement of expenses in accordance with section 328(a) of the Bankruptcy Code and the applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of this Court, and Orders of this Court, including the Administrative Compensation Order. Tillinghast has agreed to accept as compensation such sums as may be allowed by the Court for fees incurred for professional services and for reimbursement of reasonable and necessary expenses.

13. In addition to compensation on an hourly basis, as is typical of such engagements, the Engagement Agreement provides for reimbursement of reasonable out-of-pocket expenses

---

[3] "Administrative Compensation Order" refers to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, entered April 17, 2002 [Docket #1949], as may be further amended by the Court.

incurred in connection with the provision of services thereunder, including, but not limited to, travel and vendor expenses and itemized expenses, such as messenger and duplicating services. Tillinghast has agreed to invoice for these expenses in a manner and at rates consistent with charges made generally to Tillinghast's other clients.

14. Other than as set forth above, no arrangement is proposed between the FCR and Tillinghast for compensation to be paid in these cases.

15. The FCR has been advised by Tillinghast that it has no arrangement with any other entity to share compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

## Request for Nunc Pro Tunc Authorization

16. Issues which require the FCR's review and input have arisen and continue to arise in these cases, and the FCR requires the assistance of an actuarial consultant. In order to avoid delaying this proceeding, the FCR asked Tillinghast to begin work on October 29, 2004, contingent upon the Court's approval of this Application. Given the need for actuarial consulting services, the FCR respectfully asks that the employment of Tillinghast be authorized effective as of October 29, 2004.

17. For the reasons set forth above, the FCR respectfully suggests that the retention of Tillinghast, effective as of October 29, 2004, upon the terms set forth in the Engagement Agreement, is necessary and in the best interests of the FCR, the Debtors, their estates and their creditors.

## No Prior Request

18. No prior application for the relief requested herein has been made to this or any other Court.

### Notice

19. Notice of the Application and the requested relief has been provided to (i) counsel and co-counsel for the Debtors, (ii) the Office of the United States Trustee, (iii) counsel for the Official Committee of Unsecured Creditors, (iv) counsel for the Official Committee of Asbestos Property Damage Claimants, (v) counsel for the Official Committee of Personal Injury Claimants, (vi) counsel for the Official Committee of Equity Security Holders, (vii) the Fee Auditor, and (viii) each party who has entered their appearance in these cases pursuant to Bankruptcy Rule 2002. Accordingly, the Future Claimants' Representative believes that such notice of the Application is appropriate and sufficient.

### Conclusion

WHEREFORE, the Future Claimants' Representative respectfully requests that the Court enter its order (i) granting this Application, (2) authorizing the Future Claimants' Representative to retain and employ Tillinghast, as of October 29, 2004, as his actuarial consultant in these chapter 11 cases pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code, in accordance with the terms set forth in this Application, and (3) granting such other and further relief as is just and proper.

[signature follows on next page]

Dated:  October 29, 2004   Respectfully submitted,

By: _____
 John/C. Phillips, Jr., Esquire (#110)
 Phillips, Goldman & Spence, P.A.
 1200 North Broom Street
 Wilmington, DE 19806
 (302) 655-4200

 Roger Frankel, Esquire
 Richard H. Wyron, Esquire
 Matthew W. Cheney, Esquire
 Swidler Berlin Shereff Friedman, LLP
 The Washington Harbour
 3000 K Street, NW, Suite 300
 Washington, DC 20007
 (202) 424-7500

 *Counsel to David T. Austern*
 *as Future Claimants' Representative*

7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | **Case No. 01-01139** |
| **W.R. GRACE & CO., et al.,** | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF TILLINGHAST AS ACTUARIAL CONSULTANT TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, the Court-appointed legal representative for future asbestos claimants (the "Future Claimants' Representative") in the above-captioned chapter 11 cases of W.R. Grace & Co. and its affiliates (collectively, the "Debtors"), seeking entry of an Order under sections 328(a) and 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to employ and retain the Tillinghast business of Towers, Perrin, Forster & Crosby, Inc., trading as Towers Perrin, ("Tillinghast") as his actuarial consultant; and the Court having reviewed the Application and the accompanying Declaration of Michael E. Angelina (the "Angelina Declaration"), a Principal of Tillinghast; and the Court being satisfied from the Angelina Declaration that Tillinghast neither holds nor represents any interests adverse to the Future Claimants' Representative on the matters upon which Tillinghast is to be engaged; and it appearing that the relief requested is in the best interests of the Future Claimants' Representative and the Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that notice of the Application was good and sufficient under the particular circumstances and that no other or further notice need be given and upon the record herein; and it

further appearing that the terms and conditions of Tillinghast's employment as further described in the Application and the Angelina Declaration are reasonable and necessary; it is hereby

### ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application be, and it hereby is, approved;

2.    Pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T. Austern as the Future Claimants' Representative [Docket No. 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain Tillinghast as his actuarial consultant effective as of October 29, 2004, upon the terms, and to perform the services, set forth in the Application and the Angelina Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3.    Tillinghast shall be compensated in accordance with the terms of the Engagement Agreement and section 328(a) of the Bankruptcy Code, subject to the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Court, and by Orders of this Court, including the Amended Administrative Compensation Order, entered in these cases; and

4.    The fees and expenses of Tillinghast allowed by the Court shall be an administrative expense of the Debtors' estates.


Dated: _____, 2004


                                        _____
                                        The Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge

# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| | |
| Debtors. | |

**DECLARATION OF MICHAEL E. ANGELINA UNDER FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF THE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY TILLINGHAST AS ACTUARIAL CONSULTANT**

I, MICHAEL E. ANGELINA, state:

1.    I am a Principal with the Tillinghast business of Towers, Perrin, Forster & Crosby, Inc., trading as Towers Perrin, ("Tillinghast") which maintains offices at Centre Square East, 1500 Market Street, Philadelphia, Pennsylvania 19102, among other places.  This declaration is submitted pursuant to Fed. R. Bankr. P. 2014 and 5002, in support of the Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Tillinghast as Actuarial Consultant (the "Application"), filed by David T. Austern, the Future Claimants' Representative appointed by the Court in the above-captioned cases (the "FCR" or "Mr. Austern").[1]

2.    Except as otherwise provided below, the facts set forth in this declaration are based upon my personal knowledge, upon responses to a conflicts check or upon information known by other employees of Tillinghast and conveyed to me.

**Tillinghast's Qualifications and the Scope of Tillinghast's Retention**

---

[1] Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Application.

3.    Towers Perrin is a global professional services firm that helps organizations around the world improve their performance through effective people, risk and financial management. Through its Tillinghast business, Towers Perrin provides global actuarial and management consulting and advises on risk financing and self-insurance. Tillinghast has extensive experience and knowledge in providing actuarial consulting services to a variety of clients, particularly with respect to asbestos-related and other mass tort claims.

4.    Tillinghast is the acknowledged leader in quantification of liabilities arising from toxic tort exposures. Our philosophy is to provide professional advice based on strict objectivity and independence. Tillinghast has performed asbestos and pollution loss reserve reviews for insurers and reinsurers in support of insurance department examinations, mergers and acquisitions, and statutory reserve opinions. Our reviews constitute a significant portion of the insurance-industry-held asbestos reserves. Tillinghast has also projected liability and related payment streams for major asbestos defendants in support of operational strategies, bankruptcy proceedings, liability accruals, and financial reinsurance evaluations. Our client list spans a large number of the Tier 1, 2, and 3 defendants. The Tillinghast approach utilized for asbestos defendants is consistent with the methodology underlying Tillinghast's estimate of the US asbestos universe released in May 2001. Tillinghast has been very active in asbestos matters, co-sponsoring industry forums and seminars, authoring and contributing to articles in the trade press, and assisting both the insurance industry and manufacturers regarding the proposed federal legislation.

5.    As a result of Tillinghast's asbestos and other mass tort-related actuarial experience, Tillinghast is well suited to assist the FCR as his actuarial consultant during these chapter 11 cases.

2

6.    Since October 29, 2004, in connection with Mr. Austern's role as the legal representative for future asbestos claimants against W.R. Grace & Co. and 61 of its affiliated entities ("Grace" or the "Debtors"), Tillinghast has been providing Mr. Austern with actuarial consulting services. A copy of the engagement letter between Mr. Austern and Tillinghast, dated October 29, 2004 (the "Engagement Agreement") is attached hereto as Exhibit 1. At the FCR's request, Tillinghast has begun to develop independent estimates of the Debtors' future asbestos-related claims liabilities associated with the current outstanding cases and future claim filings.

7.    The FCR requested that Tillinghast develop independent estimates of the Debtors' future asbestos-related claims liabilities associated with the current outstanding case and future claim filings and perform such other related tasks as the FCR may request. Subject to the Court's approval of the Application, Tillinghast is willing to serve as an actuarial consultant to the FCR and to perform the services described above.

### Disinterestedness of Tillinghast

8.    In order to prepare this declaration, Tillinghast has taken various steps to determine whether any conflicts of interest exist that would preclude Tillinghast from serving as an actuarial consultant to the FCR. In connection with Tillinghast's proposed engagement in these cases, I initiated a conflicts check to determine, among other things, (i) whether Towers Perrin already represents Grace in connection with the proposed new matter, (ii) whether Tillinghast already represents other clients in connection with Grace's bankruptcy, and (iii) whether Tillinghast individuals expected to provide services to the FCR have any connections with the Debtors, their creditors and other parties identified to me as parties in interest. Based upon the conflicts check, as set forth above, and the resulting inquiries, and responses from individual Tillinghast employees, I have identified the following matters:

3

(a) To the best of my knowledge, Towers Perrin has worked with Grace on a small matter regarding Grace's participation in some executive compensation surveys since 1998. The annual cost associated with these engagements has averaged approximately $5,000 per year. Towers Perrin currently provides these services. Tillinghast has not represented Grace.

(b) To the best of my knowledge, we have not been engaged by any company for the purpose of assisting them in discussions or negotiations with Grace. However, Towers Perrin has multiple lines of business which provide a broad array of consulting services, including the Tillinghast business of Towers Perrin, which provides, among other things, actuarial services to insurers and their counsel.

(b) We cannot determine with certainty that none of the Towers Perrin clients who have filed notices of appearance in Grace's bankruptcy cases have requested advice regarding Grace in connection with its bankruptcy filing. We can, however, state that as to each of those clients, fees for professional services as a percentage of Towers Perrin's revenue is *de minimus*.

9.      The Debtors have or may have other parties in interest, and Tillinghast may have rendered or may be rendering services to certain of such parties, or may become involved in matters unrelated to these cases in which such parties, or attorneys or accountants for such parties, were, are or become, involved. Tillinghast also may have or represent interests adverse to such creditors or parties in interest in matters unrelated to these cases. Based on the information currently available, Tillinghast believes that no such matter involves representation of any interest adverse to the FCR on the matters upon which Tillinghast is to be engaged in these cases.

10.      In addition to the foregoing, the Tillinghast employees performing services in connection with this matter may have business associations with, professional and social

relationships with, or interests adverse to, creditors or parties in interest, or their attorneys, accountants or advisors; as far as I have been able to ascertain, none of these associations, relationships, or interests have any connection with these cases. As part of its practice, Tillinghast provides its services in cases, proceedings and transactions throughout the United States involving many different parties, and works together with many different parties, which may include creditors or parties in interest, or attorneys, accountants or other professional firms or advisors who may represent creditors or parties in interest in these cases.

11.    To the best of my knowledge, no employee expected to provide services in connection with this matter is related to any United States District Judge or United States Bankruptcy Judge for the District of Delaware or to the United States Trustee for this district or any known employee of his office.

12.    To the best of my knowledge, Tillinghast is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that:

(a) Tillinghast is not a creditor, equity security holder, or insider of the Debtors;

(b) Tillinghast is not and was not an investment banker for any outstanding security of the Debtors;

(c) Tillinghast has not been, within three years before the date of the filing of the Debtors' chapter 11 petitions, an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors;

(d) Tillinghast is not and was not, within two years before the date of the filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors or of an investment banker specified in subparagraph (b) or (c) of this paragraph; and

(e) Tillinghast does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker specified in subparagraph (b) or (c) of this paragraph, or for any other reason.

13.    None of the representations described above are materially adverse to the interests of the Debtors, their estates, any class of creditors or equity security holders, the future asbestos claimants, or the FCR. Thus, Tillinghast is disinterested and may serve as an actuarial consultant to the FCR notwithstanding its possible connection to parties in interest in the unrelated matters described above.

14.    As far as I have been able to ascertain to date and to the best of my knowledge, and except as otherwise set forth herein, (a) Tillinghast does not hold or represent any interest adverse to the FCR on the matters upon which Tillinghast is to be engaged in these cases and (b) the Tillinghast individuals expected to provide services to FCR have no connection with the Debtors, creditors, any other party in interest, their respective attorneys and retained professionals, the United States Trustee or any person employed in his office (to the extent identified to Tillinghast).

## Professional Compensation

15.    Pursuant to the May 24, 2004 Order appointing the FCR, compensation, including professional fees and reimbursement of expenses, shall be payable to the FCR and his professionals from the Debtors' estates, in accordance with the terms and conditions negotiated by the FCR and the Debtors, subject to approval by the Court and subject to the Amended Administrative Compensation Order. The terms and conditions of Tillinghast's retention are summarized below and are set forth in the Engagement Agreement attached hereto.

16.    Tillinghast has agreed to be compensated for professional services rendered in connection with these cases on an hourly basis. Tillinghast's hourly rates for individuals expected to provide services to FCR range from $375 to $675 for consultants and $180 to $250 for support staff. Tillinghast also expects to be reimbursed for actual and necessary expenses

6

incurred, as described below. Tillinghast intends to apply for compensation and reimbursement of expenses in accordance with section 328(a) of the Bankruptcy Code, and the applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Court, and Orders of this Court, including the Amended Administrative Compensation Order. Tillinghast has agreed to accept as compensation such sums as may be allowed by the Court for fees incurred for professional services and for reimbursement of reasonable and necessary expenses.

17.     In addition to compensation on an hourly basis, as is typical of such engagements, the Engagement Agreement provides for reimbursement of reasonable out-of-pocket expenses incurred in connection with the provision of services thereunder, including, but not limited to, travel and vendor expenses and itemized expenses such as messenger and duplicating services. Tillinghast has agreed to invoice for these expenses in a manner and at rates consistent with charges made generally to Tillinghast's other clients.

18.     To the best of my knowledge, no promises have been received by Tillinghast nor any officer, director or employee thereof as to payment or compensation in connection with the above-captioned cases other than in accordance with applicable provisions of the Bankruptcy Code. To the best of my knowledge, Tillinghast has no arrangement with any other entity to share with such entity compensation received by Tillinghast in connection with the Debtors' bankruptcy cases, except as permitted by Section 504(b)(1) of the Bankruptcy Code.

\* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

7

Executed on October 29, 2004

_____
Michael E. Angelina
Principal

Sworn to before me this
29th day of October, 2004

_____
NOTARY PUBLIC

```
        Notarial Seal
   Sharon Ann Blaine, Notary Public
City of Philadelphia, Philadelphia County
   My Commission Expires July 5, 2005
```
Member, Pennsylvania Association of Notaries

8

# EXHIBIT 1



**TOWERS
PERRIN**

TILLINGHAST

October 29, 2004

David T. Austern, Esq.
Future Claimants Representative
  For W.R. Grace & Company
c/o Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683

Dear Mr. Austern:

### ENGAGEMENT OF TILLINGHAST-TOWERS PERRIN FOR CONSULTING SERVICES

We are pleased to submit this proposal for your consideration. The Tillinghast business of Towers Perrin ("Tillinghast," "we," or "us") proposes to provide certain consulting services to David T. Austern, the Future Claimants Representative for Grace (the "FCR" or "you") appointed by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in connection with forecasting future asbestos related claims for W. R. Grace & Co. and its affiliates (collectively, "Grace"). At your direction, we will work with your counsel, Swidler Berlin Shereff Friedman, LLP ("Swidler") in order to assist Swidler in providing legal advice to you.

This letter outlines our understanding of your needs and our proposed scope of work, timelines, staffing, and fees. I have also enclosed a document highlighting our firm's capabilities in the asbestos area. If we have misunderstood your needs, we would appreciate the opportunity to amend this proposal.

### BACKGROUND

We understand that Grace filed for bankruptcy protection on April 2, 2001 in part to address funding of potential asbestos liabilities. As of March 31, 1998, Grace stated that it had a total claims population of over 210,000 claims, with an annual filing level of 30,000 claims. Since 1998, the asbestos litigation environment has deteriorated significantly.

### SCOPE OF WORK

We will develop independent estimates of Grace's future asbestos-related claims liabilities associated with the current outstanding cases and future claim filings. The estimates will not include defense counsel fees or related expenses. The estimates also will not include costs incurred by in-house counsel or costs of declaratory judgment

David T. Austern, Esquire
October 29, 2004
Page 2



**TOWERS
PERRIN**

TILLINGHAST

actions arising from insurance coverage disputes. However, upon request we can incorporate proposed settlement values to arrive at alternative future asbestos-related liability estimates.

## APPROACH AND DELIVERABLES

Our approach will be to analyze Grace's historical filing data by disease along with additional information such as exposed population and incidence ratios. We will project future claims to be filed against Grace, as well as other associated costs, using various modeling techniques and benchmarks developed internally by Tillinghast. As we discussed in our July 12 meeting, we can project certain categories of claims (e.g., mesothelioma, lung cancer, other cancers, asbestosis and other non-malignant claims) separately from other categories, at your request.

As previously mentioned, in addition to the selected average claim settlement values (based on the Grace data), we can incorporate proposed TDP-settlement values to the projected claims filings and provide our estimates on an ultimate undiscounted basis under different scenarios. The scenarios will vary according to differing assumptions regarding the number of future claims filings, average settlement values, dismissal ratios, incidence ratios and propensity to sue by disease type.

## SCHEDULE

Since Grace is currently operating under Chapter 11 bankruptcy protection, we ask that your counsel cooperate with our counsel in preparing and filing all appropriate documentation for any required court approvals for our services. Upon the execution of this letter and the filing of all necessary documentation with the court for our approval, we will commence work.

We will require six to eight weeks from the time we receive the necessary data to prepare preliminary results; we expect to have preliminary results completed in mid December. We anticipate a meeting with you to present the preliminary results of our review, and discuss the underlying assumptions. At your request, a draft report documenting our analysis will be available two to three weeks after this meeting. We anticipate two other meetings to discuss our progress with you and others as you deem appropriate. Any additional services would be beyond the Scope of the Proposal and would be billed under our normal time and expense procedures. Such additional services would include, at your request, preparation of an expert report and providing testimony in connection with Grace's bankruptcy proceedings.

David T. Austern, Esquire
October 29, 2004
Page 3


TOWERS
PERRIN
TILLINGHAST

## TOWERS PERRIN QUALIFICATIONS

Towers Perrin is a global professional services firm that helps organizations around the world improve their performance through effective people, risk and financial management. Through its Tillinghast business, Towers Perrin provides global actuarial and management consulting and advises on risk financing and self-insurance. Areas of focus include mergers, acquisitions and restructurings, financial and regulatory reporting, risk, capital and value management, and products, markets and distribution. The firm's other businesses are HR Services, which provides human resource consulting and administration services, and Reinsurance, which provides reinsurance intermediary services. Together, these businesses have over 8,000 employees and 78 offices in 76 cities in 24 countries. More information about Tillinghast is available at www.towersperrin.com/tillinghast.

## STAFFING

Mike Angelina will have responsibility for the overall quality of services, timely completion of the project, and your satisfaction with Tillinghast's work. He will be assisted by Greg Poirier, Jonathan Levy, Lisa Balatbat, and other members of Tillinghast's staff as needed in order to provide you with the best expertise and most cost efficient services possible. Jenni Biggs and/or Ollie Sherman will serve as peer reviewers to ensure that the project complies with Tillinghast's strict quality standards. Biographies of these individuals are included in Attachment A.

## FEES

**Time and Expenses Charges** -- We will charge on an hourly rate basis for the above services based upon the rate schedule set out below, which we reserve the right to modify from time to time following notice to you. Our charges will consist of the following:

■ Hourly time charges for personnel performing services at our hourly rates in effect at the time;

■ Reimbursement, at cost, of direct expenses reasonably incurred by us in connection with the performance of our Services such as travel and vendor expenses, and itemized extraordinary expenses such as large volume color printing, large volume courier shipments and the like; and

■ The amount of any tax or similar assessment based upon our charges for the Services, other than assessments based upon our net income.

David T. Austern, Esquire
October 29, 2004
Page 4



Hourly rates for the work described above are:

| Consultant | Current Hourly Time Charges |
|---|---|
| Mike Angelina | $575.00 |
| Lisa Balatbat | $400.00 |
| Jenni Biggs | $550.00 |
| Jon Levy | $375.00 |
| Greg Poirier | $425.00 |
| Ollie Sherman | $675.00 |
| Other Support | $180.00 to $250.00 |

Our estimate of hourly time charges for the work described above is $150,000. If at any point in this assignment we conclude that actual charges will significantly exceed our estimate, we will discuss the situation with you.

**Invoicing and Payment** -- At the end of each month during which we perform these services, we will bill you for all charges accrued for the month. Payment of all billed amounts is due in accordance with applicable orders of the Bankruptcy Court, including the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001 [Docket No. 198], and the Court's Amended Administrative Order Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated April 17, 2002 [Docket No. 1949]. We recognize and agree that Grace shall be solely responsible for payment of our fees and expenses, subject to approval of the Bankruptcy Court.

**Out-of-Scope Services** -- If you would like us to perform the services differently than contemplated herein, or to perform additional consulting services that are not contained within the Scope of Work, please advise us. Also, if we believe certain services are out of the defined scope, we will promptly notify you.

We will charge for the different or additional work based on our hourly rates and other terms set out above.

## CONSULTING SERVICES TERMS AND CONDITIONS

**Definitions** -- "Tillinghast," "we" or "us" means the Tillinghast business of Towers, Perrin, Forster & Crosby, Inc., trading as Towers Perrin; "you" means David T. Austern, in his capacity as the court-appointed Future Claimants Representative for W.R. Grace & Co, and "Grace" means W.R. Grace & Co. and its affiliates.

David T. Austern, Esquire
October 29, 2004
Page 5



TOWERS
PERRIN
TILLINGHAST

**Two-Consultant Rule** -- You recognize that Tillinghast's policy requires the presence of a second consultant in a peer review capacity in the event that any expert testimony is given by one of our consultants, and you agree to compensate the second consultant as part of the Services rendered under this agreement. Testimony includes both deposition and trial appearances.

**Required Information** -- To enable us to perform our Services, we require that Grace promptly provide us with such materials, information and access to Grace's representatives as we reasonably request. Please note that we do not take responsibility for verifying the accuracy or completeness of information supplied to us by Grace. If we receive inaccurate, incomplete or improperly formatted information, any additional time and expense required to correct the information will be billed to you as additional services outside the Scope of Work.

**Nondisclosure** -- Because of the confidential nature of Tillinghast's work, we will not disclose to any persons (other than you and your counsel) any of the communications or documents relating to this engagement without your prior written consent. This obligation of confidentiality, however, shall not apply to information that: (a) is or becomes available in the public domain through no wrongful act of Tillinghast; (b) is already in Tillinghast's possession without an obligation of confidentiality prior to disclosure by you in connection with this agreement; (c) is rightfully disclosed to Tillinghast by a third party without a known obligation of confidentiality; or (d) is independently developed by Tillinghast without the benefit of information covered by this agreement. In the event of any attempt to serve, or actual service of a court order, subpoena, or summons upon Tillinghast that requires the production of any documents, records, or testimony about any aspect of this engagement, we will assist you in such matters. Grace will reimburse us at agreed billing rates for professional time and expenses, as well as the fees and expenses of our counsel, in responding to such requests. Nothing in this agreement, however, shall be construed to prohibit Tillinghast from complying with any court or regulatory order served on Tillinghast, should our counsel determine that such compliance is required.

**Assistance as a Fact Witness** – In the event that an action is brought by or on behalf of or against Grace or any of its subsidiaries, or the FCR, or in connection with litigation, arbitration or bankruptcy proceedings which would put us in the position of a fact witness due to the nature of the claims and the Services provided herein, Tillinghast will provide its reasonable support and cooperation to the FCR and/or its counsel or co-counsel designated by the FCR, including but not limited to, preparing to appear and appearing as a fact witness or deponent or responding to document requests. You understand that the time and expense provisions herein shall apply to all services performed by us in connection with such activities.

David T. Austern, Esquire
October 29, 2004
Page 6


**TOWERS
PERRIN**
TILLINGHAST

**Limitation of Liability** -- The liability of Tillinghast, our affiliates, employees, actuaries, agents, and brokers, whether arising in contract, tort (including negligence) or otherwise, in connection with any of the Services provided under this agreement, shall in no event collectively exceed the total amount of the fees paid to us for those Services.

In no event shall Tillinghast, our affiliates, employees, actuaries, agents, and brokers be liable to you or Grace for any incidental, special, punitive, or consequential damages of any kind (including, without limitation, loss of income, loss of profits, or other pecuniary loss); or for any losses or expenses resulting from any inaccuracy in or omission from any information or data supplied to us in connection with the Services provided under this agreement.

**Work Product** -- The Services we perform, together with the work product we deliver to you, are provided for the internal use by you, your counsel, and other experts you or your counsel retain in connection with Grace's bankruptcy proceedings. Our Services and work product may not be referenced or distributed to any other party without our prior written consent, except to the extent required by applicable rules of civil procedure, local rules and/or a court or regulatory order. You will use all reasonable efforts to have such reports, opinions, conclusions or other information treated as proprietary and confidential under an appropriate protective order so that our work product does not become of public record, except for any final report submitted in connection with proposed testimony.

You will own the copies of the work product delivered to you and have the right to use, reproduce and adapt it for use in connection with your services as FCR. You will retain ownership of any information specific to your analysis contained in our work product. We will retain all intellectual property rights (including patents, trade secrets and copyrights) in our work product, including derivative works of it, and may use it for any purpose consistent with the requirements of this letter.

**Termination** -- Either of us may terminate this agreement with approval of the Bankruptcy Court at any time by providing at least 30 days prior written notice to the other. For work performed on an hourly rate basis, you agree to pay us for all direct expenses and charges accrued for Services performed up to the effective date of termination. You also agree to pay us for any expense charges incurred in connection with Services performed up to the effective date of termination. The sections of this agreement entitled "Required Information," "Nondisclosure," "Limitation of Liability," "Work Product" and "Disputes/Waiver of Jury Trial" will survive termination.

David T. Austern, Esquire
October 29, 2004
Page 7


TOWERS
PERRIN
TILLINGHAST

**Insurance** -- During this engagement, Tillinghast will maintain insurance policies relating to professional liability, workers' compensation and general liability in such amounts as we determine to be appropriate for our business activities.

**Independent Contractor** -- All of the Services provided by Tillinghast will be rendered in our capacity as an independent contractor. None of the terms set forth in this letter agreement will be interpreted to create any agency, master-servant, employment or any other relationship between you or Grace and Tillinghast or any of our employees. Tillinghast will determine the time, place and manner in which the Services are performed. We do not accept any fiduciary or trust responsibilities in connection with the performance of the Services.

**Disputes/Waiver of Jury Trial** -- The parties agree that they will work in good faith to resolve any disputes arising under this agreement. If a dispute cannot be resolved by the parties, the matter will be submitted to non-binding mediation before the parties pursue any other remedies.

The parties hereby waive their respective rights to trial by jury of any claim or cause of action arising out of or in any way connected with this agreement or the Services performed hereunder.

**General** -- This letter sets forth the entire agreement between the FCR and Tillinghast concerning this engagement and replaces and supersedes all other agreements of any kind in relation to the Services. Any amendment of it must be in writing and signed by all parties. If any provision set forth in this agreement is invalid or unenforceable under any law, the provision will be enforced to the extent permitted by law. Neither party will be responsible for any delay or failure in the performance of its duties caused by forces or events beyond its reasonable control. None of the parties may assign any rights set forth in this agreement to any third party without the other's written consent.

The validity and interpretation of the provisions of this agreement will be governed by the laws of Pennsylvania, without regard to any provisions governing conflict of laws. All parties agree that the exclusive jurisdiction and the proper venue for any action brought hereunder will be the Bankruptcy Court or any other court with jurisdiction over Grace's bankruptcy proceedings, or if any such court declines to exercise such jurisdiction, then the proper venue for any action brought hereunder will be the courts of the State of Pennsylvania or federal courts sitting there.

We understand that this agreement is subject to approval by the Bankruptcy Court.

David T. Austern, Esquire
October 29, 2004
Page 8



We look forward to your approval so we can commence work on this assignment.
Please indicate your acceptance of this by signing below and returning the signed copy
to me.

Very truly yours,

**TOWERS, PERRIN, FORSTER & CROSBY, INC.
(TRADING AS TOWERS PERRIN)**

By: _____

Michael E. Angelina, ACAS, MAAA
Principal

Accepted and agreed:


**DAVID T. AUSTERN, In his capacity as
Future Claimants Representative for
W.R. Grace & Co. and its affiliates**

By: _____

Date: _October 29, 2004_

## CERTIFICATE OF SERVICE

I, DEBRA L. FELDER, do hereby certify that I am over the age of 18, and that on October 29, 2004, I caused the *Notice, Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Tillinghast as Actuarial Consultant, Declaration of Michael D. Angelina under Fed. R. Bankr. P. 2014 and 5002 in Support of Application, Exhibit 1 and proposed Order*, to be served upon those persons as shown on the attached Service List by first class mail, postage prepaid.

Under penalty of perjury, I certify the foregoing to be true and correct.

*Debra L. Felder*

Debra L. Felder, Esquire
Swidler Berlin Shereff Friedman, LLP

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)

Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young Jones
& Weintraub
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors in Possession)*

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*(Local Counsel to DIP Lender)*

Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street, #301
Wilmington, DE 19801-3549
*(Local Counsel to Asbestos Claimants)*

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
*(Counsel to Travelers Casualty and Surety
Company)*

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*(Counsel to The Chase Manhattan Bank)*

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801
*(Counsel to Ingersoll-Rand Fluid Products)*

Frederick B. Rosner, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
*(Counsel to Ingersoll-Rand Fluid Products)*

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Counsel to Property Damage Claimants)*

Mark S. Chehi
Skadden, Arps, Slate, Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured
Creditors)*

Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE 19899

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
*(Counsel for General Electric Corporation)*

Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19801
*(Counsel to Century Indemnity Company)*

John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801
*(Counsel to First Union Leasing)*

Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19899-1709
*(Counsel to Potash Corp.)*

Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*(Counsel to Entergy Services, Inc.)*

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov
& Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
*(Zonolite Attic Litigation Plaintiffs)*

Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
1011 Centre Road #210
Wilmington, DE 19805

Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
*(Counsel to Mark Hankin and HanMar
Associates)*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
*(Counsel to Union Tank Car Company)*

Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
*(Counsel to Royal Insurance)*

Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801
*(Counsel to The Delaware Division of Revenue)*

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers,
LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
*(Counsel to the Libby Mine Claimants)*

William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899
*(L A Unified School District)*

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
1201 N. Orange Street
Suite 1001
Wilmington, DE 19801

James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
CANADA M5H 3T4
*(Canadian Counsel to Debtor)*

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
*(W. R. Grace & Co.)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Official Committee of Personal Injury
Claimants)*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*(Official Committee of Unsecured Creditors)*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
*(Official Committee of Property Damage
Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852
*(Counsel to Equity Committee)*

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*(Counsel to Sealed Air Corporation)*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465
*(Counsel to Asbestos Claimants)*

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO 80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT 59901

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX 77002-5012

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Josiah Rotenberg
Quadrangle
375 Park Avenue
New York, NY 10152

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick
 & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204
(Counsel to Asbestos Claimants)

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103
(Attorneys for PPG Industries, Inc.)

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX  78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ  07663

John M. Klamann
Klamann & Hubbard
7101 College Blvd , Suite 120
Overland Park, KS  66210

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury &
Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger &
Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101
*(Counsel to Public Service Electric and Gas
Company)*

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102
*(Counsel to Official Committee of Unsecured
Creditors)*

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207
*(Tennessee Department of Environment and
Conservation – Superfund)*

Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX 76011
*(Counsel to numerous asbestos claimants)*

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903
*(Counsel to Berry & Berry)*

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID 83536-9229

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
*(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)*

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL 32399-3000

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Greif, Inc
Attn: Credit Department
366 Greif Parkway
Delaware, OH 43015

Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ 08108
*(Counsel to SAP America, Inc.)*

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Danice Sims
P.O. Box 66658
Baton Rouge, LA 70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the
 City of New York
100 Church Street, Room 6-127
New York, NY 10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ 85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN 38103

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN 38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA 02210-2604

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
One Wachovia Center
301 S. College Street, Suite 2300
Charlotte, NC 28202

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730
*(Counsel to  Toyota Motor Credit)*

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674
*(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)*

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY  10017-4024
*(Counsel to General Electric Capital
Corporation)*

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein McAlister &
Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA 23510-9242

Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY 10004-1490
*(Counsel to Wells Fargo Bank Minnesota,
National Association)*

Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
*(Counsel to Wells Fargo Bank Minnesota,
National Association)*

Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX 77032
*(Counsel to Aldine Independent School District)*

DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095
*(Counsel to Asbestos Claimants)*

Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
200 Clarendon Street
27th Floor
Boston, MA 02116-5021
*(Counsel to LaVantage Solutions)*

John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002
*(Counsel to Occidental Permian, Ltd.)*

Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
*(Counsel to The Texas Comptroller of Public
Accounts)*

Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
*(Counsel to Century Indemnity Company)*

Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
*(Comptroller of Public Accounts of the State of
Texas)*

Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
*(Counsel to Anderson Memorial Hospital)*

Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007
*(Counsel to WESCO Distribution, Inc.)*

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service
Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY 10003-9511
*(Counsel to Amalgamated Industries and Service
Workers Benefit Fund)*

Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
*(Counsel to Potash Corp.)*

Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX 75201-2689

Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002
*(Counsel to Huntsman Corporation)*

Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111
*(Zonolite Attic Litigation Plaintiffs)*

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
*(Zonolite Attic Litigation Plaintiffs)*

Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610
*(Zonolite Attic Litigation Plaintiffs)*

Scott Barker
Credit Manager
Phelps Dodge Corp.
(Formerly Climax Molybdenum Marketing
Corporation)
One North Central Avenue
Phoenix, AZ 85004

Coudert Brothers
Attn: Joseph D. Farrell, Esquire and Edward H.
Tillinghast, III, Esquire
1114 Avenue of the Americas
New York, NY 10036

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Darrell W. Scott
Lukins & Annis, P.S.
1600 Washington Trust Financial Center
717 West Sprague Avenue
Spokane, WA 99201-0466
*(Counsel to Marco Barbanti)*

Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475
*(Missouri Department of Revenue)*

Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett
  & Trascher, LLP
PO Box 2055
Monroe, LA 71207
*(Peters, Smith & Company)*

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
*(The Baupost Group LLC)*

Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603
*(Attorney General of PA, Commonwealth of PA, Dept. of Revenue)*

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*(Snack, Inc.)*

Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367
*(Snack, Inc.)*

Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA 92612-1086
*(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R. Ormsbee, M. Rea and the Fisher Trust)*

Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
Suite 900
Four Penn Center
Philadelphia, PA 19103
*(Counsel to AON Consulting, Inc.)*

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA 90071
*(Hearthside Residential Corp.)*

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334
*(Georgia Department of Revenue)*

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

Craig A. Slater, Esquire
Harter, Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA 30303

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX 75201-2691
(Counsel to County Of Dallas)

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY 10017-3954
(Counsel to Travelers Casualty and Surety
Company)

Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal Services,
Inc.)

Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103
(Counsel to Louis S. Robles, Esq. and
Robles Law Center, P.A.)

Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
    Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
(Counsel to Novak Landfill RD/RA Group)

DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552
(Counsel to Lawson Electric Co.)

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Martha E. Romero
Law Offices of Martha E. Romero and
Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602
(Counsel to County of San Diego)

Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022
(Counsel to National Union Fire Insurance Co.
of Pittsburgh, PA)

Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA 15222
(Counsel to The Burlington Northern and Santa
Fe Railway Company)

Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166
(Counsel to Crossroads Industrial Park, Inc.
and Weedsport Associates, LLC)

Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901
(Counsel to the City of Knoxville)

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004
(Counsel to Westcor)

Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181
(Carteret Venture)

Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation
and Finance
340 E. Main Street
Rochester, NY 14604
(Counsel to State of New York, Dept. of Taxation
and Finance)

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI 96813
(Counsel to William B. Dunbar)

Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
(Counsel to West Group)

Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829
(Counsel to Certain Underwriters at Lloyd's
London)

Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202
*(Counsel to the U.S. Environmental Protection Agency)*

Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127
*(Counsel to the State of Minnesota)*

Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603
*(Counsel to Union Tank Car Company)*

Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes
  & Lerach LLP
One Pennsylvania Plaza
New York, NY 10119-0165

Xerox Capital Services, LLC
Attention: Cathy Flowers
800 Carillon Parkway
St. Petersburg, FL 33716-9876

Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman,
  Dicker LLP
150 East 42nd Street
New York, NY 10019-5639
*(Counsel to Royal Insurance)*

Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY 41075-0070
*(Counsel to James Grau, Anna Grau and Harry Grau & Sons, Inc.)*

Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760
*(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville ISD, Cameron County, Hildalgo County, Orange Grove, Orange Grove ISD, Premont ISD)*

Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
*(Counsel to Carrollton-Farmers Branch Independent School District)*

Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601
*(Counsel to Cornell University)*

Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603
*(Counsel to Citadel Investment Group, LLC)*

David B. Madoff, Esquire
Daniel C. Cohn, Esquire
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA 02110
*(Counsel to the Libby Mine Claimants)*

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002
*(Counsel to Enron Corp., et al.)*

Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman DeMaria
Tague Raymong & Levin, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL  33131
*(Inventory Attorneys on behalf of all clients of
the Robles law firm)*

Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210
*(Counsel to Town of Acton, MA)*

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
*(Federal Insurance Company)*

Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

Debt Acquisition Co of America V LLC
2120 W. Washington Street
San Diego, CA  92110-2052

Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY  11704-0487

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Daniel M. Glosband, P.C.
Peter D. Bilowz, Esq.
Goodwin Procter LLP
Exchange Place
Boston, MA  02109
*(Counsel for State Street Global Advisors)*

Jeffrey Kaufman, Esq.
Gerald F. Ellersdorfer, Esq.
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA  94105
*(Fireman's Fund Insurance Company)*

Ed Cottingham, Jr., Esq.
Motley Rice LLP
28 Bridgeside Boulevard
P. O. Box 1792
Mount Pleasant, SC  29465

John Preefer, Esq.
John Preefer
60 East 42nd Street, Suite 1201
New York, NY  10165

Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Suite 1300
Boston, MA  02110

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Michael S. Etkin, Esq.
Ira M. Levee, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
*(Counsel to Keri Evans, on behalf of herself and*
*all others similarly situated as Plaintiff in*
*ERISA litigation, Civil Action No. 01-11380)*

Amy Pritchard-Williams, Esq.
Margaret R. Westbrook, Esq.
Kennedy Covington Lobdell & Hickman LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*(Counsel for David T. Austern)*

9149211