IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br><br>**Objection Deadline: November 22, 2004 @ 4:00 p.m.**<br>**Hearing Date: December 20, 2004 @ 12:00 p.m.** |

**QUARTERLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004**

Name of Applicant:　　*Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:　　*Official Committee of Equity Holders*

Date of Retention:　　*As of July 18, 2001*

Period for which compensation
and reimbursement is sought:　　*April 1, 2004 through and
　　　　　　　　　　　　　　　including June 30, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$48,415.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$1,840.66*

This is a(n):　　_　　monthly　　　　　X　　interim application

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - APRIL 1, 2004 THROUGH JUNE 30, 2004

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 6/30/04 5897 | $14,373.50 | $383.90 | 7/21/04 6003 | $-0- | $-0- | $14,757.40 |
| 8/5/04 6131 | $10,840.00 | $1,279.24 | 8/24/04 6246 | $8,672.00 | $1,279.24 | $12,119.24 |
| 8/23/04 6239 | $23,202.00 | $172.12 | CNO to be filed | $-0- | $-0- | $14,276.61 |
| Total | $48,415.50 | $1,840.66 | | $20,400.21 | $1,663.14 | $50,256.16 |

Currently Unpaid:   Fees        $ 39,743.50
                    Expenses    $     556.02

**TOTAL**    **$40,299.52**

KL2:2360108.1

## SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL - APRIL 1, 2002 - MARCH 31, 2004

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $-0- |
| July 1, 2002 - September 30, 2002 | $87,266.50 $10,070.69 | $86,576.50 $9,737.19 | $86,576.50 9,737.19 | $-0- |
| October 1, 2002 - December 31, 2002 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $-0- |
| January 1, 2003 - March 31, 2003 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $-0- |
| July 1, 2003 - September 31, 2003 | $34,092.00 $497.86 | $34,092.00 $497.86 | $34,092.00 $497.86 | $-0- |
| October 1, 2003 - December 31, 2003 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $-0- |
| January 1, 2004 - March 31, 2004 | $31,674.50 $1,451.43 | $31,674.50 $1,451.43 | $31,674.50 $1,451.43 | $-0- |
| TOTAL | $421,096.50 $26,124.24 | $420,406.50 $26,124.24 | $388,732.00 $26,124.24 | $0.00 |

Currently Unpaid:   Fees:      $   0.00
                    Expenses   $   0.00

                    TOTAL      $   0.00
                                          +

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 25.10 | $14,181.50 |
| Bentley, Philip | 282.50 | 2.20 | $621.50 |
| Becker, Gary | 495.00 | 26.30 | $18,315.00 |
| Becker, Gary | 247.50 | 5.00 | $1,485.00 |
| Klein, David | 390.00 | 15.20 | $10,140.00 |
| Eliasen, Erin | 260.00 | 1.30 | $494.00 |
| Mangual, Kathleen | 195.00 | 16.30 | $3,178.50 |
| Total | | 114.50 | $48,415.50 |

---

[1] July 1-September 30, 2002 Fees and Expenses Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 2003 Order granted on April 26, 2004 (Docket No. 5482).

KL2:2360108.1


## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 04/1/04 through 06/30/04 | Total Fees for the Period 04/1/04 through 06/30/04 |
|---|---|---|
| Bankruptcy Motions | 12.00 | $5,633.50 |
| Case Administration | 27.40 | $9,163.50 |
| Claims Analysis Objection | 28.70 | $13,566.00 |
| Creditor Committee | 18.40 | $9,822.00 |
| Employment Applications, Applicant | 0.70 | $136.50 |
| Fee Applications, Applicant | 8.20 | $2,109.00 |
| Fraudulent Conveyance Adv. Proc. | 0.50 | $247.50 |
| Hearings | 10.40 | $5,631.00 |
| Travel/Non-Working | 8.20 | $2,106.50 |
| Total | 114.50 | $48,415.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 04/1/04 through 06/30/04 |
|---|---|
| Telecopier | $2.00 |
| Photocopying | $151.35 |
| Research Services | $14.00 |
| Postage | $7.59 |
| Long-Distance Tel. | $0.75 |
| Tel Credit Card | $21.61 |
| Westlaw On-Line Research | $18.78 |
| Messenger/ Courier | $31.36 |
| Cab Fares | $72.50 |
| Meals/In-House | $28.00 |
| In-House/Meals | $13.76 |
| Out-of-town Travel | $1,437.10 |
| Document Retrieval Fees | $41.86 |
| Total | $1,840.66 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 04/1/04 through 06/30/04 | Total Fees for the Period 04/1/04 through 06/30/04 |
|---|---|---|
| Bankruptcy Motions | 12.00 | $5,633.50 |
| Case Administration | 27.40 | $9,163.50 |
| Claims Analysis Objection | 28.70 | $13,566.00 |
| Creditor Committee | 18.40 | $9,822.00 |
| Employment Applications, Applicant | 0.70 | $136.50 |
| Fee Applications, Applicant | 8.20 | $2,109.00 |
| Fraudulent Conveyance Adv. Proc. | 0.50 | $247.50 |
| Hearings | 10.40 | $5,631.00 |
| Travel/Non-Working | 8.20 | $2,106.50 |
| Total | 114.50 | $48,415.50 |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 04/1/04 through 06/30/04 |
|---|---|
| Telecopier | $2.00 |
| Photocopying | $151.35 |
| Research Services | $14.00 |
| Postage | $7.59 |
| Long-Distance Tel. | $0.75 |
| Tel Credit Card | $21.61 |
| Westlaw On-Line Research | $18.78 |
| Messenger/ Courier | $31.36 |
| Cab Fares | $72.50 |
| Meals/In-House | $28.00 |
| In-House/Meals | $13.76 |
| Out-of-town Travel | $1,437.10 |
| Document Retrieval Fees | $41.86 |
| Total | $1,840.66 |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period April 1, 2004 through June 30, 2004, it be allowed the total amount of fees of $48,415.50 and disbursements $1,840.66, and that the Debtor be directed to pay all unpaid amounts as set forth above.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: October 29, 2004

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004

*CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 565.00 | 169.50 |
| BECKER, GARY M. | CRED | 1.90 | 495.00 | 940.50 |
| KLEIN, DAVID | CRED | 16.10 | 390.00 | 6,279.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 9.10 | 195.00 | 1,774.50 |
| Subtotal | | 27.40 | | $ 9,163.50 |

*CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 10.20 | 565.00 | 5,763.00 |
| BECKER, GARY M. | CRED | 8.20 | 495.00 | 4,059.00 |
| Subtotal | | 18.40 | | $ 9,822.00 |

*BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.00 | 565.00 | 1,130.00 |
| BECKER, GARY M. | CRED | 8.10 | 495.00 | 4,009.50 |
| ELIASEN, ERIN | CRED | 1.90 | 260.00 | 494.00 |
| Subtotal | | 12.00 | | $ 5,633.50 |

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.70 | 495.00 | 841.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 6.50 | 195.00 | 1,267.50 |
| Subtotal | | 8.20 | | $ 2,109.00 |

KL4:2110575.1

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004

### EMPLOYMENT APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MANGUAL, KATHLEEN | CRED | 0.70 | 195.00 | 136.50 |
| | Subtotal | 0.70 | $ | 136.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.70 | 565.00 | 3,220.50 |
| BECKER, GARY M. | CRED | 13.10 | 495.00 | 6,484.50 |
| KLEIN, DAVID | CRED | 9.90 | 390.00 | 3,861.00 |
| | Subtotal | 28.70 | $ | 13,566.00 |

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.50 | 495.00 | 247.50 |
| | Subtotal | 0.50 | $ | 247.50 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 6.90 | 565.00 | 3,898.50 |
| BECKER, GARY M. | CRED | 3.50 | 495.00 | 1,732.50 |
| | Subtotal | 10.40 | $ | 5,631.00 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.20 | 282.50 | 621.50 |
| BECKER, GARY M. | CRED | 6.00 | 247.50 | 1,485.00 |
| | Subtotal | 8.20 | $ | 2,106.50 |
| | Total | 114.50 | $ | 48,415.50 |

KL4:2110575.1

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 25.10 | 542.23 | 14,181.50 |
| BENTLEY, PHILIP | PARTNER | 2.20 | 282.50 | 621.50 |
| BECKER, GARY M. | SPEC COUNS | 37.00 | 495.00 | 18,315.00 |
| BECKER, GARY M. | SPEC COUNS | 6.00 | 247.50 | 1,485.00 |
| KLEIN, DAVID | ASSOCIATE | 26.00 | 390.00 | 10,140.00 |
| ELIASEN, ERIN | ASSOCIATE | 1.90 | 260.00 | 494.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 16.30 | 195.00 | 3,178.50 |
| | Total | 114.50 | | $48,415.50 |

KL4:2110575.1

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---|
| TELECOPIER | 2.00 |
| PHOTOCOPYING | 151.35 |
| RESEARCH SERVICES | 14.00 |
| POSTAGE | 7.59 |
| LONG-DISTANCE TEL. | 0.75 |
| TEL CREDIT CARD | 21.61 |
| WESTLAW ON - LINE RESEARCH | 18.78 |
| MESSENGER/COURIER | 31.36 |
| CAB FARES | 72.50 |
| MEALS/IN-HOUSE | 28.00 |
| IN-HOUSE/MEALS | 13.76 |
| OUT-OF-TOWN TRAVEL | 1,437.10 |
| DOCUMENT RETRIEVAL FEES | 41.86 |
| Subtotal | $1,840.66 |

KL4:2110575.1

SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004
IN ACCORDANCE WITH THE CASE MANAGEMENT ORDER

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.00 |
| PHOTOCOPYING | 80.72 |
| Subtotal | $81.72 |

KL4:2110575.1

```
alp_132c: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
Run Date & Time: 10/14/2004 12:48:11              *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele 1.00/photo 0.15/w/o manu. services
                                             PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:     01/01/1901                  TO:    07/31/2004
           UNBILLED DISB FROM:     01/01/1901                  TO:    07/31/2004

                                          FEES                         COSTS

    GROSS BILLABLE AMOUNT:               48,415.50                    1,840.66
      AMOUNT WRITTEN DOWN:
                  PREMIUM:
       ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
               THRU DATE:              07/31/2004              07/31/2004
    CLOSE MATTER/FINAL BILLING?    YES  OR  NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:                                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH

            FEES:                          67,676.90    UNIDENTIFIED RECEIPTS:            0.00
    DISBURSEMENTS:                          1,874.28    PAID FEE RETAINER:                0.00
     FEE RETAINER:                              0.00    PAID DISB RETAINER:               0.00
    DISB RETAINER:                              0.00    TOTAL AVAILABLE FUNDS:            0.00
 TOTAL OUTSTANDING:                         85,153.36   TRUST BALANCE:
                                                        BILLING HISTORY

    DATE OF LAST BILL:            09/29/04             LAST PAYMENT DATE:          08/03/04
    LAST BILL NUMBER:              396938              FEES BILLED TO DATE:        757,094.00
    LAST BILL THRU DATE:          07/31/04             FEES WRITTEN OFF TO DATE:   580,542.18

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development     (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:              Processed by:                    FRC:              CRC:
```

```
alp_132c: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE   2
                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:14

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   T I M E   S U M M A R Y                          ------- Total Billed -------
Emp Id Employee Name                   Group                 Oldest      Latest      Hours      Amount
                                                             ------      ------      -----      ------

02495 BENTLEY, PHILIP                  PARTNER             04/01/04    06/30/04       27.30    14,803.00
05292 BECKER, GARY M.                  SPEC COUNSEL        04/02/04    06/29/04       43.00    19,800.00
05646 KLEIN, DAVID                     ASSOCIATE           04/01/04    06/30/04       26.00    10,140.00
05859 ELIASEN, ERIN                    ASSOCIATE           04/27/04    04/27/04        1.90       494.00
05208 MANGUAL, KATHLEEN                PARALEGAL           04/12/04    06/29/04       16.30     3,178.50

                              Total:                                                 114.50    48,415.50

B I L L E D   C O S T S   S U M M A R Y ------- Total Billed --------
                                        Oldest      Latest      Total
Code  Description                       Entry       Entry       Amount
----  -----------                       ------      ------      ------

0815  TELECOPIER                        04/20/04    04/20/04        2.00
0820  PHOTOCOPYING                      04/14/04    06/29/04      151.35
0841  RESEARCH SERVICES                 06/09/04    06/09/04       14.00
0880  POSTAGE                           05/19/04    06/23/04        7.59
0885  LONG-DISTANCE TEL.                04/07/04    06/25/04        0.75
0895  TEL. CREDIT CARD                  06/30/04    06/30/04       21.61
0917  WESTLAW ON - LINE RESEARCH        06/03/04    06/10/04       18.78
0930  MESSENGER/COURIER                 05/20/04    06/30/04       31.36
0940  CAB FARES                         04/19/04    04/19/04       72.50
0942  MEALS/IN-HOUSE                    04/19/04    04/19/04       28.00
0943  IN-HOUSE/MEALS                    06/09/04    06/09/04       13.76
0950  OUT-OF-TOWN TRAVEL                04/19/04    05/24/04    1,437.10
0972  DOCUMENT RETRIEVAL FEES           06/30/04    06/30/04       41.86

                              Total                                             1,840.66

                              Grand Total                                      50,256.16
                                                                              ==========

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/14/04 12:48:14)
                                                                              Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#     Fee & OA      Disbursement    Total Billed      From OA       Total      Date         Due
---------------------------   ---------     ------------    ------------      -------       -----      ----         ---
YEAR 2001                     143,986.00       16,201.41                                 160,187.41
YEAR 2002                     327,571.32       22,724.32                                 350,295.64
01/31/03 12/31/02  364671      11,853.50          816.82                                  12,670.32  03/25/03
02/20/03 01/31/03  365684      11,100.00          927.47                                  12,027.47  04/11/03
03/19/03 02/28/03  367178      13,155.50          240.08                                  13,395.58  10/23/03
04/29/03 03/31/03  369330      26,969.00          452.38                                  27,421.38  10/23/03
05/16/03 04/30/03  370445       7,609.00        1,594.42                                   9,203.42  12/26/03
06/17/03 05/31/03  371897       9,411.00          107.57                                   9,518.57  12/26/03
07/24/03 06/30/03  373811      10,427.00          137.09                                  10,564.09  12/26/03
08/31/03 07/31/03  375389       9,272.50           32.30                                   9,304.80
09/30/03 08/31/03  376733       9,815.50          130.93                                   9,946.43  05/10/04
```

```
alp_132c: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:14

Client No.: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T  H I S T O R Y (Reflects Payments As of 10/14/04 12:48:14)
                             ------- Billed --------       Applied     ---- Collections ----    Balance
Bill Date Thru Date Bill#    Fee & OA    Disbursement     From OA      Total         Date        Due
-----------------------------------------------------------------------------------------------------------
11/14/03 09/30/03  379590    14,930.00        227.75                  15,157.75    12/26/03
11/30/03 10/31/03  380293    13,134.00        174.04                  13,308.04    07/02/04
12/31/03 11/30/03  381784    14,197.50        273.00                  14,470.50    02/27/04
01/29/04 12/31/03  382765    17,595.00      1,599.14                  19,194.14    07/02/04
02/25/04 01/31/04  384579     8,979.00        436.47                   7,619.67    04/13/04    1,795.80
04/30/04 02/29/04  388529     8,888.00        545.85                   7,656.25                1,777.60
05/27/04 04/30/04  390208    13,807.50        469.11                  12,112.11    08/03/04    2,164.50
06/29/04 05/31/04  391727    14,373.50        389.30                        .00                14,762.80
07/31/04 06/30/04  392045    10,840.00      1,279.24                        .00                12,119.24
08/23/04 06/30/04  394084    23,202.00        172.12                        .00                23,374.12
09/29/04 07/31/04  396938    13,523.50         33.62                        .00                13,557.12
                           -----------    ----------                 ----------              -----------
                   Total:  734,640.32     48,964.43                 714,053.57                69,551.18
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                          PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:    04/01/2004                    TO:    06/30/2004
       UNBILLED DISB FROM:    04/07/2004                    TO:    06/30/2004

                              FEES                                     COSTS
                              ----                                     -----
       GROSS BILLABLE AMOUNT:                9,163.50                            225.74
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
          ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                 06/30/2004                         06/30/2004
   CLOSE MATTER/FINAL BILLING?   YES    OR   NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:



                              ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                      FEES:              11,626.50
             DISBURSEMENTS:                  245.24      UNIDENTIFIED RECEIPTS:           0.00
              FEE RETAINER:                    0.00          PAID FEE RETAINER:           0.00
             DISB RETAINER:                    0.00         PAID DISB RETAINER:           0.00
         TOTAL OUTSTANDING:              11,871.74       TOTAL AVAILABLE FUNDS:           0.00
                                                                TRUST BALANCE:
                                                              BILLING HISTORY
                                                              ---------------
       DATE OF LAST BILL:            09/29/04          LAST PAYMENT DATE:         08/03/04
       LAST BILL NUMBER:              396938           FEES BILLED TO DATE:     213,999.50
       LAST BILL THRU DATE:          07/31/04          FEES WRITTEN OFF TO DATE: 79,053.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee             (6) Summer Associate
       (2) Late Time & Costs Posted       (7) Fixed Fee
       (3) Pre-arranged Discount          (8) Premium
       (4) Excessive Legal Time           (9) Rounding
       (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____     FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE   2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00001                                                   Orig Prtnr : CRED. RGTS  - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y            ---------------- Total Billed ----------------
Emp Id  Employee Name                 Group              Oldest        Latest        Hours         Amount

02495   BENTLEY, PHILIP               CRED             04/12/04      04/16/04         0.30          169.50
05292   BECKER, GARY M.               CRED             04/21/04      06/09/04         1.90          940.50
05646   KLEIN, DAVID                  CRED             04/01/04      06/30/04        16.10        6,279.00
        PARAPROFESSIONALS
05208   MANGUAL, KATHLEEN             CRED             04/12/04      06/16/04         9.10        1,774.50
                                                                                   -------       ---------
                 Total:                                                             27.40        9,163.50

Sub-Total Hours :     0.30 Partners     1.90 Counsels     16.10 Associates     9.10 Legal Assts     0.00 Others

  B I L L E D   C O S T S   S U M M A R Y          ------------- Total Billed -------------
Code Description                                     Oldest         Latest           Total
                                                     Entry          Entry           Amount

0820  PHOTOCOPYING                                  04/20/04       06/29/04           118.20
0841  RESEARCH SERVICES                             06/09/04       06/09/04            14.00
0885  LONG-DISTANCE TEL.                            04/07/04       06/25/04             0.75
0895  TEL CREDIT CARD                               06/30/04       06/30/04            21.61
0930  MESSENGER/COURIER                             06/16/04       06/30/04            15.56
0943  IN-HOUSE/MEALS                                06/09/04       06/09/04            13.76
0972  DOCUMENT RETRIEVAL FEES                       06/30/04       06/30/04            41.86
                                                                                   --------
         Total                                                                       225.74

              Grand Total                                                          9,389.24
                                                                                   ========

  B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:08)
                                                                       Applied     ---- Collections ----   Balance
Bill Date Thru Date Bill#     Fee & OA     Disbursement     Billed     From OA     Total        Date         Due

YEAR 2001                    71,036.50        8,160.18                            79,196.68
YEAR 2002                    63,892.50       13,613.26                            77,505.76
01/31/03 12/31/02 364671      6,081.00          733.32                             6,814.32   03/25/03
02/20/03 01/31/03 365684      2,264.50          904.37                             3,168.87   04/11/03
03/19/03 02/28/03 367178      1,726.50          175.30                             1,901.80   05/27/03
04/29/03 03/31/03 369330      4,200.00          435.90                             4,635.90   10/23/03
05/16/03 04/30/03 370445      4,021.00          627.57                             4,648.57   10/23/03
06/17/03 05/31/03 371897      3,418.50          105.57                             3,524.07   12/26/03
07/24/03 06/30/03 373811      2,578.50          135.30                             2,713.80   10/23/03
08/31/03 07/31/03 375389      3,533.50           13.06                             3,546.56   11/28/03
09/30/03 08/31/03 376733      3,660.00           89.89                             3,749.89   12/08/03
11/14/03 09/30/03 379590      3,721.50          225.75                             3,947.25   12/26/03
11/30/03 10/31/03 380293      3,546.00          155.04                             3,701.04   02/27/04
12/31/03 11/30/03 381784      3,986.00           48.00                             4,034.00   02/27/04
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    3
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00001                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/14/04 12:48:08)
                         -------- Billed --------       Applied    ---- Collections ----       Balance
Bill Date Thru Date Bill#    Fee & OA   Disbursement    From OA    Total         Date           Due
-----------------------------------------------------------------------------------------------------
01/29/04 12/31/03 382765     6,246.50      1,364.34              7,610.84  02/27/04
02/25/04 01/31/04 384579     4,124.00        436.47              4,560.47  04/13/04
04/30/04 02/29/04 388529     2,552.50         43.85              2,596.35  06/29/04
05/27/04 04/30/04 390208     2,589.00        114.15              2,703.15  08/03/04
06/29/04 05/31/04 391727     2,331.00         13.05                   .00              2,344.05
07/31/04 06/30/04 392045     3,114.00         87.30                   .00              3,201.30
08/23/04 06/30/04 394084     3,718.50        125.39                   .00              3,843.89
09/29/04 07/31/04 396938     2,463.00         19.50                   .00              2,482.50

         Total:            204,804.50     27,626.56            220,559.32             11,871.74
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    4
Run Date & Time: 10/14/2004 12:48:08             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                                         Hours    Amount     Index#   Batch Date

KLEIN, DAVID          04/01/04   review pleadings/filings, distr same as                               0.50    195.00    5118658   04/28/04
                                 necessary;
BENTLEY, PHILIP       04/12/04   Review Third Circuit notice re recusal hearing                        0.10     56.50    5127681   05/03/04
MANGUAL, KATHLEEN     04/12/04   organization of files; update pleadings index                         1.60    312.00    5130397   05/03/04
                                 and correspondence (1.6)
KLEIN, DAVID          04/13/04   review filings, email summary of various                              0.90    351.00    5132585   05/04/04
                                 motions to GMB
BENTLEY, PHILIP       04/16/04   Review Third Circuit recusal papers                                   0.20    113.00    5127680   05/03/04
KLEIN, DAVID          04/19/04   review pleadings/filings, distr same as                               0.40    156.00    5132583   05/04/04
                                 necessary; email to/from GMB re Libby filings;
KLEIN, DAVID          04/20/04   review pleadings/filings, distr same as                               0.30    117.00    5132584   05/04/04
                                 necessary;
BECKER, GARY M.       04/21/04   Research docket re 4/26 hearing rescheduling,                         0.90    445.50    5113326   04/22/04
                                 call local counsel, debtors counsel and judges
                                 chambers re same and email to Bentley re
                                 same (0.9).
MANGUAL, KATHLEEN     04/26/04   organization of files; update pleadings index                         1.40    273.00    5132328   05/04/04
                                 and correspondence (1.4)
KLEIN, DAVID          04/26/04   review pleadings/filings, distr same as                               0.20     78.00    5132586   05/04/04
                                 necessary;
KLEIN, DAVID          04/27/04   review filings;                                                       0.10     39.00    5132587   05/04/04
KLEIN, DAVID          04/29/04   review pleadings/filings, distr same as                               0.30    117.00    5132588   05/04/04
                                 necessary; disc. w/ GMB re same;
KLEIN, DAVID          04/30/04   receive/review email from GMB re motion/various                       0.20     78.00    5132589   05/04/04
                                 pleadings; receive email from S.Atlas re
                                 proposal;
KLEIN, DAVID          05/03/04   review pleadings/filings, distr same as                               0.20     78.00    5172581   06/02/04
                                 necessary;
MANGUAL, KATHLEEN     05/04/04   update pleadings index and correspondence (1.3)                       1.30    253.50    5163087   06/01/04
KLEIN, DAVID          05/04/04   review pleadings/filings, distr same as                               0.20     78.00    5172582   06/02/04
                                 necessary;
KLEIN, DAVID          05/05/04   review filings.                                                       0.10     39.00    5172583   06/02/04
KLEIN, DAVID          05/06/04   review filings;                                                       0.10     39.00    5172584   06/02/04
KLEIN, DAVID          05/07/04   review filings.                                                       0.10     39.00    5172585   06/02/04
KLEIN, DAVID          05/10/04   review pleadings/filings, distr same as                               0.70    273.00    5172586   06/02/04
                                 necessary;
KLEIN, DAVID          05/11/04   review pleadings/filings, distr same as                               0.40    156.00    5172587   06/02/04
                                 necessary;
KLEIN, DAVID          05/13/04   review pleadings/filings, distr same as                               0.10     39.00    5172588   06/02/04
                                 necessary;
KLEIN, DAVID          05/14/04   review pleadings/filings, distr same as                               0.10     39.00    5172589   06/02/04
                                 necessary;
```