```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    5
Run Date & Time: 10/14/2004 12:48:08              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name       Work Date   Description                                                      Hours    Amount      Index#    Batch Date

KLEIN, DAVID        05/17/04    review pleadings/filings, distr same as                           0.50    195.00    5172590   06/02/04
                                necessary.
BECKER, GARY M.     05/19/04    Review hearing agenda for next omnibus hearing;                   0.50    247.50    5150523   05/20/04
                                conf. Bentley re hearing and email local
                                counsel re hearing
KLEIN, DAVID        05/19/04    review pleadings/filings, distr same as                           1.10    429.00    5172591   06/02/04
                                necessary; email summary to MGB, PB re hearing.
MANGUAL, KATHLEEN   05/20/04    retrieval of pleadings, create hearing binder                     3.20    624.00    5163088   06/01/04
                                index and prepare materials for hearing (2.3);
                                update pleadings index (.90)
KLEIN, DAVID        05/21/04    review pleadings/filings, distr same as                           0.30    117.00    5172592   06/02/04
                                necessary.
KLEIN, DAVID        05/24/04    review pleadings/filings, distr same as                           0.40    156.00    5172593   06/02/04
                                necessary.
KLEIN, DAVID        05/31/04    review pleadings/filings, distr same as                           0.80    312.00    5172594   06/02/04
                                necessary.
KLEIN, DAVID        06/01/04    review pleadings/filings, distr same as                           0.40    156.00    5216649   07/02/04
                                necessary.
KLEIN, DAVID        06/02/04    review pleadings/filings, distr same as                           0.70    273.00    5216650   07/02/04
                                necessary.
KLEIN, DAVID        06/03/04    review pleadings/filings, distr same as                           0.20     78.00    5216651   07/02/04
                                necessary.
KLEIN, DAVID        06/07/04    review pleadings/filings, distr same as                           0.80    312.00    5216652   07/02/04
                                necessary.
BECKER, GARY M.     06/09/04    Meeting with Bentley to prepare for equity                        0.50    247.50    5185725   06/14/04
                                committee call (0.5).
KLEIN, DAVID        06/10/04    review pleadings/filings, distr same as                           1.00    390.00    5216653   07/02/04
                                necessary (0.7); email re same to PB, GMB
                                (0.3).
KLEIN, DAVID        06/14/04    review pleadings/filings, distr same as                           0.20     78.00    5216654   07/02/04
                                necessary.
KLEIN, DAVID        06/15/04    review pleadings/filings, distr same as                           0.20     78.00    5216655   07/02/04
                                necessary (0.1); rec'd call from Gregg Schrok
                                re case developments (0.1).
MANGUAL, KATHLEEN   06/16/04    organization of files, update pleadings index                     1.60    312.00    5216499   07/02/04
                                and correspondence (1.6)
KLEIN, DAVID        06/16/04    review pleadings/filings, distr same as                           0.90    351.00    5216656   07/02/04
                                necessary (0.6); receive call from G.Schlock re
                                case status (0.1); email to GMB re same (0.2);
KLEIN, DAVID        06/17/04    review pleadings/filings, distr same as                           1.00    390.00    5216657   07/02/04
                                necessary (0.8); emails from K.Mangual, GMB re
                                KLN&F fee app. (0.2).
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE
```

## BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 06/18/04 | review pleadings/filings, distr same as necessary; | 0.80 | 312.00 | 5216658 | 07/02/04 |
| KLEIN, DAVID | 06/22/04 | review pleadings/filings, distr same as necessary; | 0.30 | 117.00 | 5216659 | 07/02/04 |
| KLEIN, DAVID | 06/23/04 | review pleadings/filings, distr same as necessary; | 0.50 | 195.00 | 5216660 | 07/02/04 |
| KLEIN, DAVID | 06/24/04 | review pleadings/filings, distr same as necessary (0.5); email to/from GMB re status reports (0.2); | 0.70 | 273.00 | 5216661 | 07/02/04 |
| KLEIN, DAVID | 06/29/04 | review pleadings/filings, distr same as necessary; | 0.30 | 117.00 | 5216662 | 07/02/04 |
| KLEIN, DAVID | 06/30/04 | review pleadings/filings, distr same as necessary; | 0.10 | 39.00 | 5216663 | 07/02/04 |
|  |  | **Fee Total** | 27.40 | 9,163.50 |  |  |
|  |  | **Fee Total** | 27.40 | 9,163.50 |  |  |

## BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 |  |  |  |  |  |  |
| PHOTOCOPYING | KLEIN, D K | 04/20/04 | 8.70 | 6523611 | 114023 | 04/21/04 |
| PHOTOCOPYING | KLEIN, D K | 04/20/04 | 4.05 | 6523612 | 114023 | 04/21/04 |
| PHOTOCOPYING | MANGUAL, K M | 05/04/04 | 5.10 | 6544477 | 114792 | 05/07/04 |
| PHOTOCOPYING | MANGUAL, K M | 05/04/04 | 5.10 | 6544478 | 114792 | 05/07/04 |
| PHOTOCOPYING | MANGUAL, K M | 05/20/04 | 59.70 | 6590616 | 116326 | 06/15/04 |
| PHOTOCOPYING | MANGUAL, K M | 05/27/04 | 13.80 | 6573691 | 115546 | 06/01/04 |
| PHOTOCOPYING | MANGUAL, K M | 05/28/04 | 3.60 | 6573692 | 115546 | 06/01/04 |
| PHOTOCOPYING | MANGUAL, K M | 06/08/04 | 4.65 | 6584650 | 116189 | 06/10/04 |
| PHOTOCOPYING | MANGUAL, K M | 06/29/04 | 13.50 | 6605931 | 116754 | 06/30/04 |
| 0820 PHOTOCOPYING Total : |  |  | 118.20 |  |  |  |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE      7
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

     B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee            Date           Amount       Index#    Batch No   Batch Date
```

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| RESEARCH SERVICES | 0841 | | | | | | |
| RESEARCH SERVICES | | HALVEY, J H | 06/09/04 | 14.00 | 6611586 | 116838 | 07/02/04 |
| 06/09/2004 | | | | | | | |
| 0841 RESEARCH SERVICES Total : | | | | 14.00 | | | |
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL. | | BENTLEY, P | 04/07/04 | 0.30 | 6511803 | 113595 | 04/08/04 |
| 3128612248 | | | | | | | |
| LONG-DISTANCE TEL. | | BENTLEY, P | 06/20/04 | 0.15 | 6599339 | 116527 | 06/22/04 |
| 3128612162 | | | | | | | |
| LONG-DISTANCE TEL. | | BENTLEY, P | 06/25/04 | 0.30 | 6604496 | 116683 | 06/29/04 |
| 2524570001 | | | | | | | |
| 0885 LONG-DISTANCE TEL. Total : | | | | 0.75 | | | |
| TEL CREDIT CARD | 0895 | | | | | | |
| TEL CREDIT CARD | | BENTLEY, P | 06/30/04 | 21.61 | 6610060 | 116800 | 07/01/04 |
| TEL CREDIT CARD 05/07/04 | | | | | | | |
| 0895 TEL CREDIT CARD Total : | | | | 21.61 | | | |
| MESSENGER/COURIER | 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | MANGUAL, K M | 06/16/04 | 7.78 | 6593861 | 116392 | 06/16/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | | | | | | |
| FEDERAL EXPRESS CORPORAT | | MANGUAL, K M | 06/30/04 | 7.78 | 6611312 | 116792 | 07/01/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | | 15.56 | | | |
| IN-HOUSE/MEALS | 0943 | | | | | | |
| IN-HOUSE/MEALS | | KLEIN, D K | 06/09/04 | 13.76 | 6588534 | 116238 | 06/11/04 |
| 0943 IN-HOUSE/MEALS Total : | | | | 13.76 | | | |
| DOCUMENT RETRIEVAL F | 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | | PIZZARELLO, C | 06/30/04 | 41.86 | 6642385 | 118188 | 07/29/04 |
| 0972 DOCUMENT RETRIEVAL F Total : | | | | 41.86 | | | |
| Costs Total : | | | | 225.74 | | | |

```
alp_132r: Billed Charges Analysis           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   8
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours     Amount         Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

BENTLEY, PHILIP           0.30     169.50
BECKER, GARY M.           1.90     940.50
KLEIN, DAVID             16.10   6,279.00
MANGUAL, KATHLEEN         9.10   1,774.50
         Total:          27.40   9,163.50

   B I L L E D   C O S T S   S U M M A R Y
Code Description               Amount              Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward

0820 PHOTOCOPYING                118.20
0841 RESEARCH SERVICES            14.00
0885 LONG-DISTANCE TEL.            0.75
0895 TEL CREDIT CARD              21.61
0930 MESSENGER/COURIER            15.56
0943 IN-HOUSE/MEALS               13.76
0972 DOCUMENT RETRIEVAL FEES      41.86

         Costs Total :          225.74
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE     9
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

Special Billing Instructions:

                                                    PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:       04/02/2004                TO:     06/30/2004
            UNBILLED DISB FROM:       04/20/2004                TO:     04/20/2004

                                                FEES                              COSTS
                                              ---------                         ---------
            GROSS BILLABLE AMOUNT:          9,822.00                               2.00
            AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:                    06/30/2004                       04/20/2004
       CLOSE MATTER/FINAL BILLING?   YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                        FEES:                    11,525.50
                 DISBURSEMENTS:                      16.12    UNIDENTIFIED RECEIPTS:      0.00
                  FEE RETAINER:                       0.00    PAID FEE RETAINER:         0.00
                 DISB RETAINER:                       0.00    PAID DISB RETAINER:        0.00
             TOTAL OUTSTANDING:                  11,541.62    TOTAL AVAILABLE FUNDS:     0.00
                                                                        TRUST BALANCE:
                                                          BILLING HISTORY

        DATE OF LAST BILL:            09/29/04              LAST PAYMENT DATE:        08/03/04
        LAST BILL NUMBER:              396938               FEES BILLED TO DATE:     90,089.00
        LAST BILL THRU DATE:          07/31/04       FEES WRITTEN OFF TO DATE:      21,567.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (6) Summer Associate
        (2) Late Time & Costs Posted     (7) Fixed Fee
        (3) Pre-arranged Discount        (8) Premium
        (4) Excessive Legal Time         (9) Rounding
        (5) Business Development        (10) Client Arrangement

                         DATE OF BILL:           Processed by:                     FRC:              CRC:

BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   10
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00002                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status        : ACTIVE

  B I L L E D   T I M E   S U M M A R Y                 -------------- Total Billed ------------
Emp Id   Employee Name                       Group        Oldest        Latest       Hours      Amount

02495    BENTLEY, PHILIP                     CRED        04/02/04      06/30/04      10.20    5,763.00
05292    BECKER, GARY M.                     CRED        04/02/04      06/25/04       8.20    4,059.00
                                     Total:                                          18.40    9,822.00

Sub-Total Hours :     10.20 Partners      8.20 Counsels      0.00 Associates       0.00 Legal Assts      0.00 Others

  B I L L E D   C O S T S   S U M M A R Y  -------------- Total Billed ------------
                                               Oldest        Latest       Total
Code Description                               Entry         Entry        Amount

0815 TELECOPIER                              04/20/04      04/20/04       2.00

                             Total                                        2.00

                       Grand Total                                    9,824.00
                                                                    ============

  B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 10/14/04 12:48:08)
                            ------- Billed --------         Applied     ---- Collections ----     Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement      From OA      Total        Date         Due

  YEAR 2001                  11,113.50      1,628.57                  12,742.07
  YEAR 2002                  34,996.50      2,032.99                  37,029.49
01/31/03 12/31/02 364671      1,341.00            .00                  1,341.00    03/25/03
03/19/03 02/28/03 367178      1,123.50          50.00                  1,173.50    05/27/03
04/29/03 03/31/03 369330      2,138.50           3.00                  2,141.50    10/23/03
05/16/03 04/30/03 370445        455.00          26.55                    481.55    10/23/03
06/17/03 05/31/03 371897            .00          2.00                       2.00    08/19/03
07/24/03 06/30/03 373811      2,292.50            .00                  2,292.50    10/23/03
08/31/03 07/31/03 375389      3,567.50            .00                  3,567.50    11/28/03
09/30/03 08/31/03 376733      1,137.50            .00                  1,137.50    12/08/03
11/14/03 09/30/03 379590      4,804.50           2.00                  4,806.50    12/26/03
11/30/03 10/31/03 380293      3,302.50          19.00                  3,321.50    02/27/04
12/31/03 11/30/03 381784      1,405.50          20.00                  1,425.50    02/27/04
01/29/04 12/31/03 382765      2,416.00          36.00                  2,452.00    02/27/04
02/25/04 01/31/04 384579      2,284.00            .00                  2,284.00    04/13/04
04/30/04 02/29/04 388529      1,717.50            .00                  1,717.50    06/29/04
05/27/04 04/30/04 390208      4,468.00          23.40                  4,491.40    08/03/04
06/29/04 05/31/04 391727      2,466.00           2.00                      .00                     2,468.00
07/31/04 06/30/04 392045      1,789.00            .00                      .00                     1,789.00
08/23/04 06/30/04 394084      5,567.00            .00                      .00                     5,567.00
09/29/04 07/31/04 396938      1,703.50          14.12                      .00                     1,717.62

              Total:         90,089.00      3,859.63                  82,407.01                   11,541.62
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   11
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00002                                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:08)

                               -------- Billed --------       Applied    ---- Collections ----   Balance
Bill Date Thru Date Bill#      Fee & OA    Disbursement       From OA    Total          Date      Due
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    12
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:08

Matter No: 056772-00002                                   Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status         : ACTIVE

  B I L L E D   T I M E    D E T A I L
Employee Name              Work Date   Description                                                     Hours     Amount      Index#    Batch Date

BECKER, GARY M.            04/02/04    Revise status memo to committee and circulate                   1.50      742.50      5095975   04/06/04
                                       and conf. with Bentley re same
BENTLEY, PHILIP            04/02/04    Review and edit memo to committee re                            0.50      282.50      5127683   05/03/04
                                       appointment of futures rep, and discs GB re
                                       same
BECKER, GARY M.            04/05/04    Attn to email from equity committee member re                   0.20       99.00      5096769   04/06/04
                                       status memo
BECKER, GARY M.            04/13/04    Email creditor committee re sale of equity by                   0.20       99.00      5103423   04/15/04
                                       State Street
BENTLEY, PHILIP            04/20/04    Review motion to appoint futures                                1.70      960.50      5127688   05/03/04
                                       representative, and work on memo to Committee
                                       re same; review materials re unimpaired
                                       claimants, and discs TM and trade emails re
                                       same
BENTLEY, PHILIP            04/30/04    Review and edit memo to Committee re motion to                  0.50      282.50      5127690   05/03/04
                                       appoint futures representative
BECKER, GARY M.            05/03/04    Fax to Mercer re committee memo; attention to                   0.30      148.50      5143576   05/14/04
                                       emails from Weschler and Atlas re same.
BECKER, GARY M.            05/19/04    Review Wolin press release and circulate to                     0.40      198.00      5150524   05/20/04
                                       equity committee
BECKER, GARY M.            05/24/04    Revise and send memo to equity committee re                     1.00      495.00      5154210   05/25/04
                                       Wolin recusal decision
BECKER, GARY M.            05/25/04    Prepare memo to committee re omnibus hearing                    1.80      891.00      5157156   05/26/04
                                       and circulate (1.5); conf with Bentley re same
                                       (0.3).
BENTLEY, PHILIP            05/26/04    Review memo to Committee re recent developments                 0.10       56.50      5170588   06/01/04
BECKER, GARY M.            06/04/04    Trade emails with equity committee members re                   0.50      247.50      5180522   06/09/04
                                       case status and conf. Bentley re same
BENTLEY, PHILIP            06/04/04    Voicemails and discs GB                                         0.30      169.50      5214650   07/01/04
BENTLEY, PHILIP            06/09/04    Conf GB, discs T. Weschler, review sealed air                   2.80    1,582.00      5214647   07/01/04
                                       motion; prep for tomorrow's committee call;
                                       prepare short memo to Committee
BENTLEY, PHILIP            06/10/04    Committee call (1.3); review pleadings (0.3)                    1.60      904.00      5214645   07/01/04
BENTLEY, PHILIP            06/11/04    Review voicemails                                               0.10       56.50      5214646   07/01/04
BECKER, GARY M.            06/14/04    Conf. with equity holder re case issues (0.5)                   0.50      247.50      5187007   06/16/04
BENTLEY, PHILIP            06/14/04    Discs GB, voicemail and email                                   0.50      282.50      5214648   07/01/04
BENTLEY, PHILIP            06/17/04    Discs GB                                                        0.20      113.00      5214649   07/01/04
BENTLEY, PHILIP            06/18/04    Discs GB and Jan Baer                                           0.90      508.50      5214651   07/01/04
BECKER, GARY M.            06/20/04    Exchange email with committee chair re status                   0.20       99.00      5196298   06/23/04
                                       report
BECKER, GARY M.            06/22/04    Conf. with individual equity holder re case                     0.30      148.50      5195965   06/23/04
                                       issues
BENTLEY, PHILIP            06/22/04    Review docs                                                     0.10       56.50      5214655   07/01/04
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   13
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00002                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name        Work Date    Description                                     Hours      Amount         Index#   Batch Date

BECKER, GARY M.      06/23/04  Attention to sending status reports to              0.50      247.50        5197797  06/24/04
                               committee members
BENTLEY, PHILIP      06/23/04  Discs GB and voicemail                              0.10       56.50        5214656  07/01/04
BECKER, GARY M.      06/25/04  Prepare for and conf. with equity committee         0.80      396.00        5202492  06/29/04
                               chairman re meeting with futures
                               representative.
BENTLEY, PHILIP      06/25/04  Discs T. Weschler; DB and GB                        0.60      339.00        5214657  07/01/04
BENTLEY, PHILIP      06/28/04  Review docs                                         0.10       56.50        5214658  07/01/04
BENTLEY, PHILIP      06/30/04  Review emails                                       0.10       56.50        5214660  07/01/04

                                          Fee Total                               18.40    9,822.00

                                          Fee Total                               18.40    9,822.00


B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee              Date       Amount         Index#   Batch No  Batch Date

TELECOPIER                0815
    TELECOPIER                        BENTLEY, P         04/20/04        2.00        6524470    114026    04/21/04
    04.542-1423
                                      0815 TELECOPIER Total :            2.00

              Costs Total :                                              2.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   14
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS. - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name           Hours     Amount     Bill      W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

BENTLEY, PHILIP         10.20    5,763.00
BECKER, GARY M.          8.20    4,059.00
         Total:         18.40    9,822.00

   B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount     Bill      W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

0815 TELECOPIER                     2.00

         Costs Total :              2.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    15
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00005                                              Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : BANKR. MOTIONS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

Special Billing Instructions:

                                                     PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:     04/02/2004                TO:     06/22/2004
       UNBILLED DISB FROM:                                TO:

                                         FEES                     COSTS

       GROSS BILLABLE AMOUNT:         5,633.50                     0.00
       AMOUNT WRITTEN DOWN:
                    PREMIUM:
            ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                              06/22/2004
       CLOSE MATTER/FINAL BILLING?    YES  OR  NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                                      ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                   FEES:              6,326.50
          DISBURSEMENTS:                   0.00            UNIDENTIFIED RECEIPTS:     0.00
           FEE RETAINER:                   0.00            PAID FEE RETAINER:         0.00
          DISB RETAINER:                   0.00            PAID DISB RETAINER:        0.00
       TOTAL OUTSTANDING:              6,326.50            TOTAL AVAILABLE FUNDS:     0.00
                                                              TRUST BALANCE:
                                                             BILLING HISTORY
       DATE OF LAST BILL:           09/29/04               LAST PAYMENT DATE:       08/03/04
       LAST BILL NUMBER:              396938               FEES BILLED TO DATE:    31,073.50
       LAST BILL THRU DATE:         07/31/04               FEES WRITTEN OFF TO DATE:  444.00

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee            (6) Summer Associate
          (2) Late Time & Costs Posted      (7) Fixed Fee
          (3) Pre-arranged Discount         (8) Premium
          (4) Excessive Legal Time          (9) Rounding
          (5) Business Development          (10) Client Arrangement

                  DATE OF BILL:                  Processed by:                            FRC:            CRC:
BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE   16
Run Date & Time: 10/14/2004 12:48:09                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y                   ------------- Total Billed -------------
Emp Id  Employee Name                     Group              Oldest       Latest        Hours           Amount

02495   BENTLEY, PHILIP                   CRED              04/21/04     05/27/04         2.00         1,130.00
05292   BECKER, GARY M.                   CRED              04/02/04     06/22/04         8.10         4,009.50
05859   ELIASEN, ERIN                     CRED              04/27/04     04/27/04         1.90           494.00
                                                                                                    ----------
                              Total:                                                     12.00         5,633.50

Sub-Total Hours :    2.00 Partners      8.10 Counsels      1.90 Associates     0.00 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:09)
                        -------- Billed --------    Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#   Fee & OA   Disbursement   From OA   Total         Date         Due

YEAR 2002
06/17/03  05/31/03  371897     1,450.00       198.00       .00     1,648.00
08/31/03  07/31/03  375389     2,677.50          .00       .00     2,677.50  12/26/03
09/30/03  08/31/03  376733     2,138.50          .00       .00     2,138.50  12/08/03
11/14/03  09/30/03  379590     2,444.00          .00       .00     2,444.00  12/26/03
11/30/03  10/31/03  380293     4,425.00          .00       .00     4,425.00  07/02/04
12/31/03  11/30/03  381784     4,533.50          .00       .00     4,533.50  02/27/04
01/29/04  12/31/03  382765     3,544.50         1.80       .00     3,546.30  02/27/04
02/25/04  01/31/04  384579       261.50          .00       .00       261.50  04/13/04
04/30/04  02/29/04  388529     2,233.00         4.50       .00     2,237.50  06/29/04
05/27/04  04/30/04  390208     1,039.50         4.05       .00     1,043.55  08/03/04
06/29/04  05/31/04  391727     2,827.50          .00       .00                             2,827.50
07/31/04  06/30/04  392045     1,667.50          .00       .00                             1,667.50
08/23/04  06/30/04  394084     1,138.50          .00       .00                             1,138.50
09/29/04  07/31/04  396938       693.00          .00       .00                               693.00
                              ---------    --------    ------    ---------               ---------
              Total:          31,073.50       208.35       .00    24,955.35               6,326.50
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    17
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                      Hours        Amount     Index#    Batch Date
-------------           ---------   -----------                                      -----        ------     ------    ----------

BECKER, GARY M.         04/02/04    Conf. debtors counsel re LTIP motion              0.20         99.00     5095976   04/06/04
BECKER, GARY M.         04/13/04    Review new pleadings                              0.30        148.50     5103424   04/15/04
BECKER, GARY M.         04/19/04    Attention to recusal motion issues                0.30        148.50     5107875   04/20/04
BECKER, GARY M.         04/21/04    Call J. Baer re futures rep motion and conf.      0.50        247.50     5113327   04/22/04
                                    with Bentley and with Weschler re same
BENTLEY, PHILIP         04/21/04    Trade emails                                      0.10         56.50     5127687   05/03/04
BECKER, GARY M.         04/22/04    Cal J. Baer re motion to appoint futures rep.     0.10         49.50     5113859   04/23/04
BECKER, GARY M.         04/23/04    Conf. with J. Baer re future's representative     0.30        148.50     5120510   04/29/04
                                    motion.
ELIASEN, ERIN           04/27/04    Discussion w/ G. Becker re: response to           1.90        494.00     5119314   04/29/04
                                    debtors' motion to appoint a futures
                                    representative, and drafting the same
BECKER, GARY M.         04/27/04    Conf. with Eliasen re response to futures rep     0.60        297.00     5120511   04/29/04
                                    motion and review draft (0.6).
BECKER, GARY M.         04/29/04    Revise response to application to appoint         1.30        643.50     5126129   05/03/04
                                    futures representative and research re same
                                    (1.3 hrs)
BECKER, GARY M.         04/30/04    Conf. with Bentley re objection to futures rep    1.00        495.00     5126128   05/03/04
                                    and revise objection in light of conversation,
                                    circulate to clients with cover email (1.0)
BECKER, GARY M.         05/05/04    Conf. with Bentley re response to futures rep     0.30        148.50     5143577   05/14/04
                                    motion and send same to local counsel for
                                    service (0.3)
BECKER, GARY M.         05/17/04    Review recusal decision and circulate to equity   0.50        247.50     5149154   05/19/04
                                    committee
BECKER, GARY M.         05/19/04    Conf. Bentley re Wolin recusal decision and       0.40        198.00     5150525   05/20/04
                                    effect on Grace
BENTLEY, PHILIP         05/19/04    Review Third Circuit's recusal decision, and      0.40        226.00     5170584   06/01/04
                                    discs GB re same
BENTLEY, PHILIP         05/21/04    Review Third Circuit's recusal decision           1.10        621.50     5170585   06/01/04
BENTLEY, PHILIP         05/24/04    Review recusal issues                             0.10         56.50     5170586   06/01/04
BENTLEY, PHILIP         05/27/04    Review issues raised by Wolin recusal             0.30        169.50     5170587   06/01/04
BECKER, GARY M.         06/21/04    Review new motions filed by Debtor re lease       0.30        148.50     5196299   06/23/04
                                    assignment, ADR claim procedures and Alltech
                                    transaction.
BECKER, GARY M.         06/22/04    Review status reports from various parties and    2.00        990.00     5195966   06/23/04
                                    circulate to committee members

                                                           Fee Total              12.00       5,633.50


                                                           Fee Total              12.00       5,633.50
```