alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 10/14/2004 12:48:09

Matter NO: 056772-00005                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 2.00 | 1,130.00 | | | | | |
| BECKER, GARY M. | 8.10 | 4,009.50 | | | | | |
| ELIASEN, ERIN | 1.90 | 494.00 | | | | | |
| Total: | 12.00 | 5,633.50 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    19

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

                        UNBILLED TIME FROM:   05/03/2004                TO:   06/29/2004
                        UNBILLED DISB FROM:                             TO:

                                        FEES                            COSTS
                                        ------                          -----

        GROSS BILLABLE AMOUNT:          2,109.00                        0.00
        AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                   THRU DATE:                      06/29/2004
CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                         UNAPPLIED CASH
------------------------                                           --------------

        FEES:               4,635.90
DISBURSEMENTS:                  0.00              UNIDENTIFIED RECEIPTS:          0.00
FEE RETAINER:                   0.00                 PAID FEE RETAINER:          0.00
DISB RETAINER:                  0.00                PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:          4,635.90            TOTAL AVAILABLE FUNDS:          0.00
                                                       TRUST BALANCE:

                                        BILLING HISTORY

DATE OF LAST BILL:          09/29/04            LAST PAYMENT DATE:       08/03/04
LAST BILL NUMBER:           396938             FEES BILLED TO DATE:      61,510.00
LAST BILL THRU DATE:        07/31/04    FEES WRITTEN OFF TO DATE:          222.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
                            ----------------------------
        (1) Exceeded Fixed Fee              (6) Summer Associate
        (2) Late Time & Costs Posted        (7) Fixed Fee
        (3) Pre-arranged Discount           (8) Premium
        (4) Excessive Legal Time            (9) Rounding
        (5) Business Development            (10) Client Arrangement

BILL NUMBER:_____      DATE OF BILL:_____      Processed by:_____      FRC:_____      CRC:_____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   20

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | | | | |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 05/04/04 | 06/29/04 | 1.70 | 841.50 |
| | | | 05/03/04 | 06/29/04 | 6.50 | 1,267.50 |
| | Total: | | | | 8.20 | 2,109.00 |

Sub-Total Hours :     0.00 Partners     1.70 Counsels     0.00 Associates     6.50 Legal Assts     0.00 Others

## B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/14/04 12:48:09)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 10,165.00 | 191.48 | | 10,356.48 | | |
| YEAR 2002 | | | 33,105.00 | 183.14 | | 33,288.14 | | |
| 01/31/03 | 12/31/02 | 364671 | 805.50 | .00 | | 805.50 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 838.00 | .00 | | 838.00 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 2,266.00 | 12.08 | | 2,278.08 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 670.00 | 13.48 | | 683.48 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 851.00 | .00 | | 851.00 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | 1,033.00 | .00 | | 1,033.00 | 12/26/03 | |
| 07/24/03 | 06/30/03 | 373811 | 708.50 | .00 | | 708.50 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 203.50 | .00 | | 203.50 | 05/10/04 | |
| 09/30/03 | 08/31/03 | 376733 | 1,059.50 | 28.04 | | 1,087.54 | 12/08/03 | |
| 11/14/03 | 09/30/03 | 379590 | 687.50 | .00 | | 687.50 | 12/26/03 | |
| 11/30/03 | 10/31/03 | 380293 | 240.50 | .00 | | 240.50 | 07/02/04 | |
| 12/31/03 | 11/30/03 | 381784 | 962.00 | .00 | | 962.00 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 2,080.00 | .00 | | 2,080.00 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 1,758.00 | .00 | | 513.70 | 04/13/04 | 1,244.30 |
| 04/30/04 | 02/29/04 | 388529 | 951.00 | .00 | | 607.40 | 06/29/04 | 343.60 |
| 05/27/04 | 04/30/04 | 390208 | 78.00 | .00 | | 78.00 | 08/03/04 | |
| 07/31/04 | 06/30/04 | 392045 | 939.00 | .00 | | .00 | | 939.00 |
| 08/23/04 | 06/30/04 | 394084 | 1,170.00 | .00 | | .00 | | 1,170.00 |
| 09/29/04 | 07/31/04 | 396938 | 939.00 | .00 | | .00 | | 939.00 |
| Total: | | | 61,510.00 | 428.22 | | 57,302.32 | | 4,635.90 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    21
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE
```

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 05/03/04 | draft Feb. monthly fee application (.90); disc/w accounting re: fee's paid (.20) | 1.10 | 214.50 | 5148052 | 05/19/04 |
| BECKER, GARY M. | 05/04/04 | Review monthly fee application and execute. | 0.40 | 198.00 | 5143578 | 05/14/04 |
| MANGUAL, KATHLEEN | 05/04/04 | draft and service Feb Monthly Fee App (.90) | 0.90 | 175.50 | 5163091 | 06/01/04 |
| MANGUAL, KATHLEEN | 05/05/04 | revise KL Monthly fee app (.30) | 0.30 | 58.50 | 5163092 | 06/01/04 |
| MANGUAL, KATHLEEN | 05/26/04 | disc/w accounting re: proforma (.20) | 0.20 | 39.00 | 5163093 | 06/01/04 |
| MANGUAL, KATHLEEN | 05/27/04 | draft March Monthly fee application; revise such per GB comments; disc/w accounting re: charts; revise application, draft cover ltr and serve (1.3) | 1.30 | 253.50 | 5163094 | 06/01/04 |
| MANGUAL, KATHLEEN | 06/10/04 | review fee auditors number and compare with ours, disc/w accounting re: such (.30); email fee auditor (.10) | 0.40 | 78.00 | 5201632 | 06/29/04 |
| MANGUAL, KATHLEEN | 06/17/04 | confirmation that no objections were filed, disc/w local counsel re: such (.30) | 0.30 | 58.50 | 5216500 | 07/02/04 |
| MANGUAL, KATHLEEN | 06/21/04 | review time detail (.40) | 0.40 | 78.00 | 5216501 | 07/02/04 |
| BECKER, GARY M. | 06/22/04 | Review and revise May invoice | 0.50 | 247.50 | 5195967 | 06/23/04 |
| MANGUAL, KATHLEEN | 06/28/04 | draft KL monthly fee application (1.1) | 1.10 | 214.50 | 5216502 | 07/02/04 |
| BECKER, GARY M. | 06/29/04 | Review and sign April monthly fee application (0.4); review and revise May invoice (0.4) | 0.80 | 396.00 | 5209131 | 07/01/04 |
| MANGUAL, KATHLEEN | 06/29/04 | draft cover ltr and attend to service of fee app to local counsel (.40); disc/w para at Klett Rooney re: coverage of case (.10) | 0.50 | 97.50 | 5216503 | 07/02/04 |

```
                                                                     Fee Total          8.20       2,109.00


                                                                     Fee Total          8.20       2,109.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                         PAGE    22
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name         Hours      Amount        Bill      W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.        1.70       841.50
MANGUAL, KATHLEEN      6.50     1,267.50
        Total:         8.20     2,109.00
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00009                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     04/26/2004          TO:    04/26/2004
UNBILLED DISB FROM:                         TO:

                              FEES                        COSTS
                            --------                    ----------
GROSS BILLABLE AMOUNT:       136.50                         0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                 04/26/2004
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

FEES:                        136.50
DISBURSEMENTS:                 0.00          UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:                  0.00               PAID FEE RETAINER:      0.00
DISB RETAINER:                 0.00              PAID DISB RETAINER:      0.00
TOTAL OUTSTANDING:           136.50          TOTAL AVAILABLE FUNDS:      0.00
                                                     TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
DATE OF LAST BILL:      08/23/04             LAST PAYMENT DATE:      09/13/02
LAST BILL NUMBER:         391727             FEES BILLED TO DATE:     5,569.00
LAST BILL THRU DATE:    05/31/04             FEES WRITTEN OFF TO DATE:  150.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee            (6) Summer Associate
     (2) Late Time & Costs Posted      (7) Fixed Fee
     (3) Pre-arranged Discount         (8) Premium
     (4) Excessive Legal Time          (9) Rounding
     (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

PARAPROFESSIONALS

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    24
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00009                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

   BILLED   TIME   SUMMARY   ------------ Total Billed ------------
Emp Id Employee Name             Group          Oldest     Latest     Hours      Amount
                                                ------     ------     -----      ------
05208 MANGUAL, KATHLEEN          CRED          04/26/04    04/26/04    0.70      136.50

              Total:                                                  0.70      136.50

Sub-Total Hours :   0.00 Partners   0.00 Counsels   0.00 Associates   0.70 Legal Assts   0.00 Others

BILLING & PAYMENT HISTORY (Reflects Payments As of 10/14/04 12:48:09)
                                   ------ Billed ------       ---- Collections ----            Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement     Applied    From OA    Total    Date   Due

YEAR 2001                     5,432.50        120.78                           5,553.28
YEAR 2002                          .00            .00                                .00
06/29/04 05/31/04 391727        136.50                                                           136.50

             Total:           5,569.00        120.78                           5,553.28          136.50
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00009
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS. - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 04/26/04 | review time detail, disc/w GB (.70) | 0.70 | 136.50 | 5132329 | 05/04/04 |
| | | Fee Total | 0.70 | 136.50 | | |
| | | Fee Total | 0.70 | 136.50 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00009                                              Orig Prtnr : CRED. RGTS - 06975                     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 0.70 | 136.50 | | | | | |
| Total: | 0.70 | 136.50 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    04/01/2004              TO:    06/29/2004
UNBILLED DISB FROM:    04/14/2004              TO:    06/24/2004

                        FEES                        COSTS
                        ------                      -----

GROSS BILLABLE AMOUNT:         13,566.00                    151.92
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:             06/29/2004                   06/24/2004
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

FEES:                          14,287.00
DISBURSEMENTS:                    151.92      UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:                       0.00      PAID FEE RETAINER:           0.00
DISB RETAINER:                      0.00      PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:             14,438.92      TOTAL AVAILABLE FUNDS:       0.00
                                              TRUST BALANCE:

                                              BILLING HISTORY

DATE OF LAST BILL:             09/29/04       LAST PAYMENT DATE:      08/03/04
LAST BILL NUMBER:              396938         FEES BILLED TO DATE:    182,324.00
LAST BILL THRU DATE:           07/31/04       FEES WRITTEN OFF TO DATE:  4,417.50

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee            (6) Summer Associate
        (2) Late Time & Costs Posted      (7) Fixed Fee
        (3) Pre-arranged Discount         (8) Premium
        (4) Excessive Legal Time          (9) Rounding
        (5) Business Development           (10) Client Arrangement

            DATE OF BILL:              Processed by:                    FRC:               CRC:

BILL NUMBER:

alp_132r: Billed Charges Analysis     KRAMER LEVIN NAFTALIS & FRANKEL LLP     PAGE   28

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00012  
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  
Matter Opened : 07/27/2001  

Orig Prtnr : CRED. RGTS - 06975     Proforma Number:  
Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M  
Supv Prtnr : MAYER THOMAS MOERS - 03976  
    Status   : ACTIVE

### BILLED TIME SUMMARY

|        |                 |       |         |         | -------- Total Billed -------- |           |
| Emp Id | Employee Name   | Group | Oldest  | Latest  | Hours | Amount |
| ------ | --------------- | ----- | ------- | ------- | ----- | -------- |
| 02495  | BENTLEY, PHILIP | CRED  | 04/01/04 | 06/29/04 | 5.70  | 3,220.50 |
| 05292  | BECKER, GARY M. | CRED  | 04/06/04 | 06/29/04 | 13.10 | 6,484.50 |
| 05646  | KLEIN, DAVID    | CRED  | 06/02/04 | 06/10/04 | 9.90  | 3,861.00 |
|        | Total:          |       |         |         | 28.70 | 13,566.00 |

Sub-Total Hours : 5.70 Partners   13.10 Counsels   9.90 Associates   0.00 Legal Assts   0.00 Others

### BILLED COSTS SUMMARY

|      |                           | Oldest  | Latest  | ----- Total Billed ----- |
| Code | Description               | Entry   | Entry   | Total Amount |
| ---- | ------------------------- | ------- | ------- | ------ |
| 0820 | PHOTOCOPYING              | 04/14/04 | 06/24/04 | 13.80 |
| 0880 | POSTAGE                   | 05/19/04 | 05/19/04 | 3.04 |
| 0917 | WESTLAW ON - LINE RESEARCH | 06/03/04 | 06/10/04 | 18.78 |
| 0930 | MESSENGER/COURIER         | 05/20/04 | 05/20/04 | 15.80 |
| 0940 | CAB FARES                 | 04/19/04 | 04/19/04 | 72.50 |
| 0942 | MEALS/IN-HOUSE            | 04/19/04 | 04/19/04 | 28.00 |
|      | Total                     |         |         | 151.92 |
|      | Grand Total               |         |         | 13,717.92 |

### BILLING & PAYMENT HISTORY (Reflects Payments As of 10/14/04 12:48:09)

|           |           |        | -------- Billed -------- |  | --------- Collections --------- |  |  |  |
| Bill Date | Thru Date | Bill#  | Fee & OA  | Disbursement | Applied From OA | Total | Date | Balance Due |
| --------- | --------- | ------ | --------- | ------------ | --------------- | --------- | -------- | ---------- |
| YEAR 2001 |           |        | 44,026.00 | 5,710.65     |                 | 49,736.65 |          |            |
| YEAR 2002 |           |        | 78,495.50 | 6,087.88     |                 | 84,583.38 |          |            |
| 01/31/03  | 12/31/02  | 364671 | 1,025.00  | .00          |                 | 1,025.00  | 03/25/03 |            |
| 02/20/03  | 01/31/03  | 365684 | 6,254.00  | 23.10        |                 | 6,277.10  | 10/23/03 |            |
| 03/19/03  | 02/28/03  | 367178 | 6,230.00  | 2.70         |                 | 6,232.70  | 10/23/03 |            |
| 04/29/03  | 03/31/03  | 369330 | 19,960.50 | .00          |                 | 19,960.50 | 10/23/03 |            |
| 05/16/03  | 04/30/03  | 370445 | 2,181.50  | 14.00        |                 | 2,195.50  | 12/26/03 |            |
| 06/17/03  | 05/31/03  | 371897 | 1,659.50  | .00          |                 | 1,659.50  | 12/26/03 |            |
| 07/24/03  | 06/30/03  | 373811 | 2,845.50  | 1.79         |                 | 2,847.29  | 12/26/03 |            |
| 08/31/03  | 07/31/03  | 375389 | 535.50    | 2.69         |                 | 538.19    | 05/10/04 |            |
| 11/14/03  | 09/30/03  | 379590 | 1,627.50  | .00          |                 | 1,627.50  | 05/10/04 |            |
| 11/30/03  | 10/31/03  | 380293 | 210.00    | .00          |                 | 210.00    | 07/02/04 |            |
| 01/29/04  | 12/31/03  | 382765 | 582.00    | .00          |                 | 582.00    | 07/02/04 |            |
| 02/25/04  | 01/31/04  | 384579 | 56.50     | .00          |                 | .00       |          | 56.50      |
| 04/30/04  | 02/29/04  | 388529 | 247.50    | 497.50       |                 | 497.50    | 06/29/04 | 247.50     |
| 05/27/04  | 04/30/04  | 390208 | 2,282.00  | 48.51        |                 | 2,330.51  | 08/03/04 |            |
| 06/29/04  | 05/31/04  | 391727 | 2,205.50  | 110.25       |                 | .00       |          | 2,315.75   |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    29

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status       : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/14/04 12:48:09)

| Bill Date | Thru Date | Bill# | ------- Billed --------- Fee & OA | Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 07/31/04 | 06/30/04 | 392045 | .00 | 18.84 | .00 | | | 18.84 |
| 08/23/04 | 06/30/04 | 394084 | 11,360.50 | 22.83 | .00 | | | 11,383.33 |
| 09/29/04 | 07/31/04 | 396938 | 417.00 | .00 | .00 | | | 417.00 |
| Total: | | | 182,201.50 | 12,540.74 | 180,303.32 | | | 14,438.92 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    30

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00012                                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 04/01/04 | Discs GB | 0.10 | 56.50 | 5127686 | 05/03/04 |
| BECKER, GARY M. | 04/06/04 | Conf. with Bentley re futures rep issue (0.3); attention to fax from equity committee member re futures rep (0.1) | 0.40 | 198.00 | 5097161 | 04/07/04 |
| BENTLEY, PHILIP | 04/06/04 | Discs Bernick and GB re futures rep; review articles re asbestos issues | 0.50 | 282.50 | 5127684 | 05/03/04 |
| BECKER, GARY M. | 04/07/04 | Conf.with Bentley re futures representative (0.2 hrs); research re asbestos legislation (0.8 hrs). | 1.00 | 495.00 | 5101206 | 04/13/04 |
| BENTLEY, PHILIP | 04/07/04 | Trade voicemails | 0.10 | 56.50 | 5127682 | 05/03/04 |
| BECKER, GARY M. | 04/12/04 | Review new Fair Act (1.0); review new pleadings (0.3). | 1.30 | 643.50 | 5103425 | 04/15/04 |
| BENTLEY, PHILIP | 04/14/04 | Review documents re asbestos issues | 0.20 | 113.00 | 5127685 | 05/03/04 |
| BECKER, GARY M. | 04/20/04 | Review new article re recovery to unimpaired | 0.50 | 247.50 | 5113328 | 04/22/04 |
| BENTLEY, PHILIP | 04/26/04 | Discs Pasquale and voicemails re futures representative | 0.20 | 113.00 | 5127689 | 05/03/04 |
| BECKER, GARY M. | 06/02/04 | Conf. with D. Klein re Judge Buckwalter asbestos decisions (0.3). | 0.30 | 148.50 | 5180523 | 06/09/04 |
| KLEIN, DAVID | 06/02/04 | research re J.Buckwalter's opinions re mass tort, conting. liab, and asbestos (1.2); summary/email to GMB re same (0.7). | 1.90 | 741.00 | 5216664 | 07/02/04 |
| KLEIN, DAVID | 06/03/04 | revised draft memo per GMB | 0.30 | 117.00 | 5216665 | 07/02/04 |
| KLEIN, DAVID | 06/07/04 | email to D.Pelletier re online research. | 0.10 | 39.00 | 5216666 | 07/02/04 |
| KLEIN, DAVID | 06/08/04 | review filings (0.1), email to PB, GMB re same (0.1); revise, initial draft of formal memo to committee re Judge Buckwalter (3.0), review cases (1.5), bio re same (0.5). | 5.20 | 2,028.00 | 5216667 | 07/02/04 |
| KLEIN, DAVID | 06/09/04 | email to GMB re memo draft. | 0.10 | 39.00 | 5216668 | 07/02/04 |
| BECKER, GARY M. | 06/10/04 | Review Judge Buckwalter order re status reports. | 0.20 | 99.00 | 5185723 | 06/14/04 |
| KLEIN, DAVID | 06/10/04 | finalized memo re new judge for committee, email same to GMB. | 2.30 | 897.00 | 5216669 | 07/02/04 |
| BECKER, GARY M. | 06/11/04 | Review Judge Buckwalter order | 0.10 | 49.50 | 5185724 | 06/14/04 |
| BECKER, GARY M. | 06/14/04 | Prepare status report for Judge Buckwalter (1.0); call J. Baer re same (0.1); conf. Bentley re status report (0.2). | 1.30 | 643.50 | 5187006 | 06/16/04 |
| BECKER, GARY M. | 06/15/04 | Attention to call from J. Baer re status report to District Court and conf. with Bentley re same (0.4). | 0.40 | 198.00 | 5191449 | 06/18/04 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   31

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                        Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/17/04 | Conf. with Debtors counsel re status report to Judge Buckwalter; conf. with Bentley re same (0.6); conf. with Futures Rep counsel and email to same and research re background (0.6); prepare status report to Judge Buckwalter (1.0). | 2.20 | 1,089.00 | 5191450 | 06/18/04 |
| BECKER, GARY M. | 06/18/04 | Conf. with J. Baer and P. Bentley re Buckwalter status report and revise report (1.0). | 1.00 | 495.00 | 5196302 | 06/23/04 |
| BENTLEY, PHILIP | 06/19/04 | Review draft status regarding pleading | 0.20 | 113.00 | 5214652 | 07/01/04 |
| BECKER, GARY M. | 06/20/04 | Conf. call with Bentley re status report to district judge (0.6); review Debtor's draft report (0.5); revise Committee status report (0.7). | 1.80 | 891.00 | 5196301 | 06/23/04 |
| BENTLEY, PHILIP | 06/20/04 | Trade emails; discs GB re status report pleading | 1.10 | 621.50 | 5214653 | 07/01/04 |
| BECKER, GARY M. | 06/21/04 | Final preparation and send status report to local counsel for filing and conf. with local counsel re same (0.8). | 0.80 | 396.00 | 5196300 | 06/23/04 |
| BENTLEY, PHILIP | 06/21/04 | Prepare Status Report | 2.30 | 1,299.50 | 5214654 | 07/01/04 |
| BECKER, GARY M. | 06/29/04 | Prepare for and conf. with attorney for futures' representative (1.5); conf. with equity holder re asbestos legislation (0.3 hrs). | 1.80 | 891.00 | 5209159 | 07/01/04 |
| BENTLEY, PHILIP | 06/29/04 | Conf R. Frankel, counsel to future rep. | 1.00 | 565.00 | 5214659 | 07/01/04 |

Fee Total                  28.70    13,566.00

Fee Total                  28.70    13,566.00

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING   0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/14/04 | 0.60 | 6517760 | 113827 | 04/15/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/22/04 | 3.90 | 6526082 | 114098 | 04/23/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/22/04 | 0.45 | 6526083 | 114098 | 04/23/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/22/04 | 4.80 | 6526084 | 114098 | 04/23/04 |
| BENTLEY PHILIP | | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    32

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS - 06975               Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING                                                                          |  |  |  |  |  |  |
| BECKER, GARY M. | BECKER, G M | 06/09/04 | 3.15 | 6585582 | 116189 | 06/10/04 |
| PHOTOCOPYING | BENTLEY, P | 06/24/04 | 0.90 | 6603742 | 116682 | 06/29/04 |
| BENTLEY PHILIP |  |  |  |  |  |  |
| 0820 PHOTOCOPYING Total : |  |  | 13.80 |  |  |  |
| POSTAGE                                           0880 |  |  |  |  |  |  |
| POSTAGE | BECKER, G M | 05/19/04 | 2.44 | 6562339 | 115283 | 05/21/04 |
| Gina Pierre-Paul |  |  |  |  |  |  |
| POSTAGE | BECKER, G M | 05/19/04 | 0.60 | 6562340 | 115283 | 05/21/04 |
| Jayon Prierson |  |  |  |  |  |  |
| 0880 POSTAGE Total : |  |  | 3.04 |  |  |  |
| WESTLAW ON - LINE RE         0917 |  |  |  |  |  |  |
| WESTLAW ON - LINE RE | KLEIN, D K | 06/03/04 | 12.00 | 6612309 | 116889 | 07/06/04 |
| WESTLAW ON - LINE RE | KLEIN, D K | 06/10/04 | 6.78 | 6612310 | 116889 | 07/06/04 |
| 0917 WESTLAW ON - LINE RE Total : |  |  | 18.78 |  |  |  |
| MESSENGER/COURIER          0930 |  |  |  |  |  |  |
| FEDERAL EXPRESS CORPORAT | BENTLEY, P | 05/20/04 | 15.80 | 6560577 | 115216 | 05/20/04 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS |  |  |  |  |  |  |
| CORPORATION |  |  |  |  |  |  |
| 0930 MESSENGER/COURIER Total : |  |  | 15.80 |  |  |  |
| CAB FARES                    0940 |  |  |  |  |  |  |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 04/19/04 | 24.50 | 6525648 | 114066 | 04/22/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER |  |  |  |  |  |  |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 04/19/04 | 48.00 | 6528911 | 114139 | 04/26/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER |  |  |  |  |  |  |
| 0940 CAB FARES Total : |  |  | 72.50 |  |  |  |
| MEALS/IN-HOUSE              0942 |  |  |  |  |  |  |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 04/19/04 | 28.00 | 6525647 | 114066 | 04/22/04 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, |  |  |  |  |  |  |
| CASHIER |  |  |  |  |  |  |
| 0942 MEALS/IN-HOUSE Total : |  |  | 28.00 |  |  |  |
| Costs Total : |  |  | 151.92 |  |  |  |

alp_132r: Billed Charges Analysis

Run Date & Time: 10/14/2004 12:48:09

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   33

Matter NO: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 5.70 | 3,220.50 | | | | | |
| BECKER, GARY M. | 13.10 | 6,484.50 | | | | | |
| KLEIN, DAVID | 9.90 | 3,861.00 | | | | | |
| Total: | 28.70 | 13,566.00 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 13.80 | | | | | |
| 0880 POSTAGE | 3.04 | | | | | |
| 0917 WESTLAW ON - LINE RESEARC | 18.78 | | | | | |
| 0930 MESSENGER/COURIER | 15.80 | | | | | |
| 0940 CAB FARES | 72.50 | | | | | |
| 0942 MEALS/IN-HOUSE | 28.00 | | | | | |
| Costs Total : | 151.92 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    34

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:        06/09/2004                     TO:     06/09/2004
UNBILLED DISB FROM:                                       TO:

                              FEES                                COSTS
                              ------                              -----

GROSS BILLABLE AMOUNT:        247.50                              0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                 06/09/2004
CLOSE MATTER/FINAL BILLING?      YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH

FEES:                         1,434.00
DISBURSEMENTS:                    0.00      UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                     0.00           PAID FEE RETAINER:       0.00
DISB RETAINER:                    0.00          PAID DISB RETAINER:       0.00
TOTAL OUTSTANDING:            1,434.00       TOTAL AVAILABLE FUNDS:       0.00
                                                    TRUST BALANCE:

                                              BILLING HISTORY

DATE OF LAST BILL:            08/23/04       LAST PAYMENT DATE:        08/03/04
LAST BILL NUMBER:              394084       FEES BILLED TO DATE:     76,233.00
LAST BILL THRU DATE:          06/30/04      FEES WRITTEN OFF TO DATE: 1,600.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

                DATE OF BILL:             Processed by:              FRC:              CRC:

BILL NUMBER:

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    35

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00013                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Billed Amount |
|--------|---------------|-------|--------|--------|-------------|---------------|
| 05292  | BECKER, GARY M. | CRED | 06/09/04 | 06/09/04 | 0.50 | 247.50 |
| | Total: | | | | 0.50 | 247.50 |

Sub-Total Hours :    0.00 Partners    0.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 10/14/04 12:48:09)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | ------- Billed ------- Applied From OA | Total | --- Collections --- Date | Balance Due |
|-----------|-----------|-------|----------|--------------|----------------------------------------|-------|--------------------------|-------------|
| YEAR 2001 | | | 2,212.50 | 389.75 | | 2,602.25 | | |
| YEAR 2002 | | | 66,342.00 | 550.91 | | 66,892.91 | | |
| 01/31/03 | 12/31/02 | 364671 | 2,601.00 | 83.50 | | 2,684.50 | 08/19/03 | |
| 02/20/03 | 01/31/03 | 365684 | 1,638.50 | .00 | | 1,638.50 | 10/23/03 | |
| 03/19/03 | 02/28/03 | 367178 | 672.00 | .00 | | 672.00 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 100.50 | 926.30 | | 1,026.80 | 12/26/03 | |
| 06/17/03 | 05/31/03 | 371897 | 167.50 | .00 | | 167.50 | 12/26/03 | |
| 12/31/03 | 11/30/03 | 381784 | 443.50 | .00 | | 443.50 | 02/27/04 | |
| 04/30/04 | 02/29/04 | 388529 | 1,186.50 | .00 | | .00 | | 1,186.50 |
| 05/27/04 | 04/30/04 | 390208 | 621.50 | .00 | | 621.50 | 08/03/04 | |
| 08/23/04 | 06/30/04 | 394084 | 247.50 | .00 | | .00 | | 247.50 |
| | Total: | | 76,233.00 | 1,950.46 | | 76,749.46 | | 1,434.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    36

Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00013                        Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status       : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 06/09/04 | Review Sealed Air Motion to Vacate (0.5). | 0.50 | 247.50 | 5185726 | 06/14/04 |
| | | Fee Total | 0.50 | 247.50 | | |
| | | Fee Total | 0.50 | 247.50 | | |