```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   37
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter.No: 056772-00013                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name         Hours      Amount          Bill         W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.        0.50       247.50

       Total:          0.50       247.50
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    38
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00015                                                            Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                                Status     : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------- PRE-BILLING SUMMARY REPORT --------------------------------------------------------------

             UNBILLED TIME FROM:                               TO:
             UNBILLED DISB FROM:                               TO:

                              FEES                              COSTS

      GROSS BILLABLE AMOUNT:       0.00                        0.00
      AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                       ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                             FEES:         6,565.50            UNIDENTIFIED RECEIPTS:         0.00
                    DISBURSEMENTS:             0.00              PAID FEE RETAINER:           0.00
                    FEE RETAINER:              0.00              PAID DISB RETAINER:          0.00
                   DISB RETAINER:              0.00            TOTAL AVAILABLE FUNDS:         0.00
              TOTAL OUTSTANDING:           6,565.50              TRUST BALANCE:
                                                               BILLING HISTORY

             DATE OF LAST BILL:      09/29/04                  LAST PAYMENT DATE:       10/23/03
             LAST BILL NUMBER:         396938                  FEES BILLED TO DATE:      7,703.00
             LAST BILL THRU DATE:    07/31/04                  FEES WRITTEN OFF TO DATE: 0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee         (6) Summer Associate
             (2) Late Time & Costs Posted   (7) Fixed Fee
             (3) Pre-arranged Discount      (8) Premium
             (4) Excessive Legal Time       (9) Rounding
             (5) Business Development      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____ FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   39
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00015                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                         Status      : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:09)
                          ------- Billed --------     Applied    ---- Collections ----     Balance
Bill Date Thru Date Bill#  Fee & OA   Disbursement    From OA    Total       Date            Due
03/19/03 02/28/03 367178   1,137.50         .00                  1,137.50  10/23/03
09/29/04 07/31/04 396938   6,565.50         .00          .00                                6,565.50
                           --------     -------      -------    --------                   --------
          Total:           7,703.00         .00          .00     1,137.50                   6,565.50
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   40
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:09

Matter No: 056772-00017                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------------------------
                                           PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------

             UNBILLED TIME FROM:                         TO:
             UNBILLED DISB. FROM:                        TO:

                                  FEES                       COSTS
                                  ----                       -----
        GROSS BILLABLE AMOUNT:    0.00                       0.00
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
            ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:
  CLOSE MATTER/FINAL BILLING?  YES OR NO
    EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

             BILLING COMMENTS:

---------------------------------------------------------------------------------------------------------------------
                     ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                     FEES:                     184.50
                     DISBURSEMENTS:               0.00    UNIDENTIFIED RECEIPTS:       0.00
                     FEE RETAINER:                0.00    PAID FEE RETAINER:           0.00
                     DISB RETAINER:               0.00    PAID DISB RETAINER:          0.00
                     TOTAL OUTSTANDING:         184.50    TOTAL AVAILABLE FUNDS:       0.00
                                                          TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ---------------
                 DATE OF LAST BILL:       08/23/04        LAST PAYMENT DATE:        08/03/04
                 LAST BILL NUMBER:         390208         FEES BILLED TO DATE:      2,059.50
                 LAST BILL THRU DATE:     04/30/04        FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
             (1) Exceeded Fixed Fee        (6) Summer Associate
             (2) Late Time & Costs Posted  (7) Fixed Fee
             (3) Pre-arranged Discount     (8) Premium
             (4) Excessive Legal Time      (9) Rounding
             (5) Business Development     (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    41
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00017                                                 Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                        Status    : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:10)
                                                                  Applied     ---- Collections ----      Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement          From OA     Total       Date           Due

   YEAR 2002
05/27/04 04/30/04 390208         1,310.00          .00                         1,310.00
                                   749.50          .00                           565.00  08/03/04         184.50
           Total:                2,059.50          .00                         1,875.00                   184.50
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    42
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00019                                                Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status      : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:   04/19/2004            TO: 05/25/2004
          UNBILLED DISB FROM:   05/24/2004            TO: 05/24/2004

                                           FEES                COSTS
                                           ----                -----
          GROSS BILLABLE AMOUNT:          5,631.00              127.40
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                        05/25/2004
   CLOSE MATTER/FINAL BILLING?  YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                  FEES:                  7,611.00
          DISBURSEMENTS:                   127.40       UNIDENTIFIED RECEIPTS:    0.00
          FEE RETAINER:                      0.00       PAID FEE RETAINER:        0.00
          DISB RETAINER:                     0.00       PAID DISB RETAINER:       0.00
          TOTAL OUTSTANDING:             7,738.40       TOTAL AVAILABLE FUNDS:    0.00
                                                          TRUST BALANCE:
                                           BILLING HISTORY

          DATE OF LAST BILL:       09/29/04       LAST PAYMENT DATE:       07/02/04
          LAST BILL NUMBER:         396938        FEES BILLED TO DATE:     63,468.50
          LAST BILL THRU DATE:     07/31/04       FEES WRITTEN OFF TO DATE: 5,087.68

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee              (6) Summer Associate
          (2) Late Time & Costs Posted        (7) Fixed Fee
          (3) Pre-arranged Discount           (8) Premium
          (4) Excessive Legal Time            (9) Rounding
          (5) Business Development           (10) Client Arrangement

                     DATE OF BILL:           Processed by:                   FRC:            CRC:

BILL NUMBER:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   43
Run Date & Time: 10/14/2004 12:48:10                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status    : ACTIVE

    B I L L E D   T I M E   S U M M A R Y    -------------------- Total Billed ----------------
Emp Id Employee Name              Group            Oldest      Latest       Hours        Amount

02495 BENTLEY, PHILIP             CRED           04/19/04    05/25/04        6.90      3,898.50
05292 BECKER, GARY M.             CRED           05/24/04    05/24/04        3.50      1,732.50
                     Total:                                                 10.40      5,631.00

Sub-Total Hours :    6.90 Partners        3.50 Counsels      0.00 Associates      0.00 Legal Assts     0.00 Others

    B I L L E D   C O S T S   S U M M A R Y  ------------------- Total Billed ----------------
                                      Oldest       Latest          Total
Code  Description                     Entry        Entry           Amount

0950  OUT-OF-TOWN TRAVEL              05/24/04     05/24/04         127.40

                    Total                                           127.40
               Grand Total                                        5,758.40
                                                                 ==========

    B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:10)
                                    ------- Billed -------       Applied      ---- Collections ----    Balance
Bill Date Thru Date  Bill#          Fee & OA       Disbursement  From OA      Total         Date       Due

YEAR 2002
02/20/03 01/31/03   365684         45,704.82           58.14                 45,762.96
07/24/03 06/30/03   373811            105.00             .00                    105.00   10/23/03
08/31/03 07/31/03   375389            455.00             .00                    455.00   12/26/03
09/30/03 08/31/03   376733          1,365.00           12.00                  1,378.00   05/10/04
11/14/03 09/30/03   379590            940.00             .00                    940.00   05/10/04
11/30/03 10/31/03   380293            940.00             .00                    940.00   07/02/04
12/31/03 11/30/03   381784          1,739.00             .00                  1,739.00   07/02/04
01/29/04 12/31/03   382765          2,021.00             .00                  2,021.00   07/02/04
05/27/04 04/30/04   390208          1,237.50             .00                       .00                 1,237.50
06/29/04 05/31/04   391727          3,785.50             .00                       .00                 3,785.50
07/31/04 06/30/04   392045          1,845.50          127.40                       .00                 1,972.90
09/29/04 07/31/04   396938            742.50             .00                       .00                   742.50
                                  ----------         -------                ---------                ---------
          Total:                  60,880.82          210.54                 53,352.96                 7,738.40
```

alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    44
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                              Hours      Amount      Index#   Batch Date

BENTLEY, PHILIP        04/19/04    Attend Third Circuit recusal hearing, discs TW            6.70     3,785.50    5127691   05/03/04
                                   re same, and review briefs re same
BECKER, GARY M.        05/24/04    Prepare for and appear at omnibus hearing in              3.50     1,732.50    5154211   05/25/04
                                   Pittsburgh
BENTLEY, PHILIP        05/25/04    Discs GB re yesterday's hearing                           0.20       113.00    5170589   06/01/04

                                                        Fee Total                           10.40     5,631.00

                                                        Fee Total                           10.40     5,631.00


B I L L E D   C O S T S   D E T A I L
Description/Code                                    Employee              Date              Amount    Index#    Batch No   Batch Date

OUT-OF-TOWN TRAVEL       0950
MARIANNE FERGUSON, CASHI                            BECKER, G M          05/24/04           127.40   6571626    115513     05/28/04
OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON,
CASHIER

                           0950 OUT-OF-TOWN TRAVEL Total :                                  127.40



                    Costs Total :                                                           127.40

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 45

Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00019
Client Name: W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name: HEARINGS
Matter Opened: 09/06/2002

Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976
                                           Status : ACTIVE

**BILLED TIME SUMMARY**

| Employee Name    | Hours | Amount   | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------------------|-------|----------|------|-----------|-------------|----------|---------------|
| BENTLEY, PHILIP  | 6.90  | 3,898.50 |      |           |             |          |               |
| BECKER, GARY M.  | 3.50  | 1,732.50 |      |           |             |          |               |
| Total:           | 10.40 | 5,631.00 |      |           |             |          |               |

**BILLED COSTS SUMMARY**

| Code Description        | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|-------------------------|--------|------|-----------|-------------|----------|---------------|
| 0950 OUT-OF-TOWN TRAVEL | 127.40 |      |           |             |          |               |
| Costs Total :           | 127.40 |      |           |             |          |               |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    46
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00024                                              Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                         TO:
              UNBILLED DISB FROM: 06/23/2004              TO: 06/23/2004

                           FEES                  COSTS

    GROSS BILLABLE AMOUNT:               0.00            23.90
    AMOUNT WRITTEN DOWN:
               PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:                              06/23/2004
 CLOSE MATTER/FINAL BILLING?    YES   OR   NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

            FEES:                  0.00
   DISBURSEMENTS:                 23.90        UNIDENTIFIED RECEIPTS:   0.00
    FEE RETAINER:                  0.00           PAID FEE RETAINER:    0.00
   DISB RETAINER:                  0.00          PAID DISB RETAINER:    0.00
 TOTAL OUTSTANDING:               23.90        TOTAL AVAILABLE FUNDS:   0.00
                                                      TRUST BALANCE:
                                               BILLING HISTORY

 DATE OF LAST BILL:       08/23/04              LAST PAYMENT DATE:   07/02/04
 LAST BILL NUMBER:          394084              FEES BILLED TO DATE: 2,492.50
 LAST BILL THRU DATE:                         FEES WRITTEN OFF TO DATE:  0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee           (6) Summer Associate
         (2) Late Time & Costs Posted     (7) Fixed Fee
         (3) Pre-arranged Discount        (8) Premium
         (4) Excessive Legal Time         (9) Rounding
         (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```