```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    47
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00024                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status    : ACTIVE

  B I L L E D   C O S T S   S U M M A R Y  ------------- Total Billed -------------
                                    Oldest      Latest        Total
Code  Description                   Entry       Entry         Amount
                                    --------    --------      --------
0820  PHOTOCOPYING                  06/23/04    06/23/04        19.35
0880  POSTAGE                       06/23/04    06/23/04         4.55
                                                              --------
            Total                                               23.90

        Grand Total                                             23.90
                                                              ========

 B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:10)
                        ------- Billed --------       Applied   ---- Collections ----       Balance
Bill Date Thru Date Bill#   Fee & OA    Disbursement  From OA    Total      Date            Due
----------------------- ----------      ------------  --------   --------   -------         -------
07/24/03 06/30/03 373811       637.00            .00                637.00  12/26/03
08/31/03 07/31/03 375389     1,432.50           4.55              1,437.05  05/10/04
12/31/03 11/30/03 381784       423.00            .00                423.00  07/02/04
08/23/04 06/30/04 394084           .00         23.90                   .00                    23.90
                            ---------      --------              ---------                   ------
          Total:             2,492.50         28.45               2,497.05                    23.90
```

```
alp_132r: Billed Charges Analysis           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   48
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00024                                Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

  B I L L E D    C O S T S    D E T A I L

Description/Code          Employee            Date          Amount       Index#    Batch No   Batch Date
-------------------       --------            ----          ------       ------    --------   ----------

PHOTOCOPYING       0820
   PHOTOCOPYING
   BECKER, GARY M.        BECKER, G M        06/23/04         19.35      6601525   116604      06/24/04
                          0820 PHOTOCOPYING Total :           19.35

POSTAGE            0880
   POSTAGE
   Jessica Hernandez      BECKER, G M        06/23/04          4.55      6604787   116687      06/29/04
                          0880 POSTAGE Total :                 4.55


                 Costs Total :                                23.90
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    49
                                               *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00024                                   Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status       : ACTIVE

    B I L L E D   C O S T S   S U M M A R Y

Code Description        Amount         Bill        W/o / W/u     Transfer To     Clnt/Mtr   Carry Forward

0820 PHOTOCOPYING        19.35
0880 POSTAGE              4.55

            Costs Total :  23.90
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    50
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                       PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:  04/19/2004                 TO:  05/24/2004
        UNBILLED DISB FROM:  04/19/2004                 TO:  05/24/2004

                                   FEES                          COSTS
                                   ----                          -----
     GROSS BILLABLE AMOUNT:     2,106.50                       1,309.70
      AMOUNT WRITTEN DOWN:
                  PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:                                    05/24/2004
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

               FEES:          3,344.00
      DISBURSEMENTS:          1,309.70        UNIDENTIFIED RECEIPTS:         0.00
       FEE RETAINER:              0.00           PAID FEE RETAINER:          0.00
      DISB RETAINER:              0.00          PAID DISB RETAINER:          0.00
  TOTAL OUTSTANDING:          4,653.70        TOTAL AVAILABLE FUNDS:         0.00
                                                      TRUST BALANCE:
                                                 BILLING HISTORY
                              -----------------------------------------
  DATE OF LAST BILL:         08/23/04            LAST PAYMENT DATE:      08/03/04
   LAST BILL NUMBER:           392045           FEES BILLED TO DATE:    13,424.00
LAST BILL THRU DATE:         06/30/04        FEES WRITTEN OFF TO DATE:  11,514.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee              (6) Summer Associate
     (2) Late Time & Costs Posted        (7) Fixed Fee
     (3) Pre-arranged Discount           (8) Premium
     (4) Excessive Legal Time            (9) Rounding
     (5) Business Development           (10) Client Arrangement

                      DATE OF BILL:            Processed by:                      FRC:                CRC:

BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    51
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00028                                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                            Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y  -------------------- Total Billed ---------------
                                                          Oldest      Latest
Emp Id  Employee Name               Group                                  Hours             Amount
                                    -----                                  -----             ------
02495   BENTLEY, PHILIP             CRED                 04/19/04    04/19/04      2.20        621.50
05292   BECKER, GARY M.             CRED                 05/24/04    05/24/04      6.00      1,485.00
                         Total:                                                    8.20      2,106.50

Sub-Total Hours :      2.20 Partners         6.00 Counsels         0.00 Associates        0.00 Legal Assts        0.00 Others

B I L L E D   C O S T S   S U M M A R Y  --------------- Total Billed ---------------
                                                        Oldest     Latest        Total
Code   Description                                       Entry     Entry         Amount
                                                        ------     ------        ------
0950   OUT-OF-TOWN TRAVEL                              04/19/04    05/24/04      1,309.70
                         Total                                                   1,309.70

                         Grand Total                                             3,416.20
                                                                               ===========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/14/04 12:48:10)
                                 ------- Billed -------        Applied    ---- Collections ----   Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement      From OA      Total       Date        Due
---------- --------- -----       --------    ------------      -------      -----       ----        ---
    YEAR 2002
06/17/03  05/31/03  371897       2,275.00         .00                      2,275.00
07/24/03  06/30/03  373811         455.00         .00                        455.00   12/26/03
09/30/03  08/31/03  376733         910.00         .00                        910.00   12/26/03
11/14/03  09/30/03  379590         455.00         .00                        455.00   05/10/04
11/30/03  10/31/03  380293         705.00         .00                        705.00   05/10/04
12/31/03  11/30/03  381784         470.00         .00                        470.00   07/02/04
01/29/04  12/31/03  382765         705.00      205.00                        910.00   07/02/04
02/25/04  01/31/04  384579         705.00      197.00                        902.00   07/02/04
05/27/04  04/30/04  390208         495.00         .00                            .00                495.00
06/29/04  05/31/04  391727         742.50      279.00                        279.00   08/03/04      742.50
07/31/04  06/30/04  392045         621.50      264.00                            .00                885.50
                                 1,485.00    1,045.70                            .00              2,530.70

                        Total:  10,024.00    1,990.70                      7,361.00               4,653.70
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    52
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                             Status        : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name        Work Date    Description                                      Hours     Amount         Index#   Batch Date
----------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP      04/19/04  Non-working travel time to and from                  2.20     621.50      5127692 05/03/04
                               Philadelphia for Third Circuit hearing
BECKER, GARY M.      05/24/04  Travel to and from Pittsburgh for court hearing      6.00   1,485.00      5154212 05/25/04
                               (bill at 1/2 normal rate)

                                                   Fee Total                        8.20   2,106.50


                                                   Fee Total                        8.20   2,106.50


B I L L E D   C O S T S   D E T A I L
Description/Code                                    Employee              Date         Amount       Index#  Batch No  Batch Date
----------------------------------------------------------------------------------------------------------------------------------

OUT-OF-TOWN TRAVEL       0950
  CITICORP DINERS CLUB   VENDOR-CITICORP DINERS     BENTLEY, P          04/19/04       264.00      6558123   115179   05/19/04
   OUT-OF-TOWN TRAVEL -  VENDOR-CITICORP DINERS
   CLUB Philadelphia
  CITICORP DINERS CLUB   VENDOR-CITICORP DINERS     BECKER, G M         05/24/04     1,045.70      6596031   116435   06/18/04
   OUT-OF-TOWN TRAVEL -  VENDOR-CITICORP DINERS
   CLUB pittsbugh

                                     0950 OUT-OF-TOWN TRAVEL Total :                 1,309.70


                                                   Costs Total :                     1,309.70
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   53
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/14/2004 12:48:10

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name          Hours       Amount         Bill         W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward

BENTLEY, PHILIP          2.20        621.50
BECKER, GARY M.          6.00      1,485.00
       Total:            8.20      2,106.50

   B I L L E D    C O S T S    S U M M A R Y
Code Description                   Amount         Bill         W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward

0950 OUT-OF-TOWN TRAVEL           1,309.70

          Costs Total :           1,309.70
```

```
alp_132rc: Client Analysis Sheet            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   1
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/14/04 12:48:15          Worked : 04/01/04 thru 06/30/04
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

--------- Matter -----------
Number    Name                      Hours        Fees       Disbursements   Total Charges    Resp Partners          Class    Freq  Stat
-----------------------------      ------    -----------    -------------   -------------    --------------------   -----    ----  ----
00001  CASE ADMINISTRATION           27.40       9,163.50          225.74        9,389.24    BENTLEY PHILIP -       02495     M    B
00002  CREDITOR COMMITTEE            18.40       9,822.00            2.00        9,824.00    BENTLEY PHILIP -       02495     M    B
00005  BANKR. MOTIONS                12.00       5,633.50            0.00        5,633.50    BENTLEY PHILIP -       02495     M    B
00008  FEE APPLICATIONS, APPLIC       8.20       2,109.00            0.00        2,109.00    BENTLEY PHILIP -       02495     M    B
00009  EMPLOYMENT APPLICATIONS,       0.70         136.50            0.00          136.50    BENTLEY PHILIP -       02495     M    B
00012  CLAIM ANALYSIS OBJECTION      28.70      13,566.00          151.92       13,717.92    BENTLEY PHILIP -       02495     M    B
00013  FRAUDULENT CONVEYANCE AD       0.50         247.50            0.00          247.50    BENTLEY PHILIP -       02495     M    B
00015  PLAN AND DISCLOSURE STAT       0.00           0.00            0.00            0.00    BENTLEY PHILIP -       02495     M    B
00017  EMPLOYEE BENEFITS/PENSIO       0.00           0.00            0.00            0.00    BENTLEY PHILIP -       02495     M    B
00019  HEARINGS                      10.40       5,631.00          127.40        5,758.40    BENTLEY PHILIP -       02495     M    B
00024  ZAI SCIENCE TRIAL              0.00           0.00           23.90           23.90    BENTLEY PHILIP -       02495     M    B
00028  TRAVEL NON-WORKING             8.20       2,106.50        1,309.70        3,416.20    BENTLEY PHILIP -       02495     M    B
                                   ------    -----------    -------------   -------------
       Client Total                 114.50      48,415.50        1,840.66       50,256.16
```