IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
In re:                                       :
                                             :   Chapter 11
W.R. GRACE & CO., et al.,[1]                 :
                                             :   Case Nos. 01-1139 (JKF)
                                             :   (Jointly Administered)
                                             :
                          Debtors.           :
---------------------------------------------x

## MOTION AND ORDER APPROVING ADMISSION
## *PRO HAC VICE* OF BRUCE R. ZIRINSKY

Kathleen M. Miller, a member of the law firm of SMITH KATZENSTEIN & FURLOW LLP, and a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Bruce R. Zirinsky Esquire, to represent Elliott International, L.P. in this action. Mr. Zirinsky is a member at Cadwalader, Wickersham & Taft LLP, and he is admitted, practicing and in good standing before the

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food, N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

bar of the State of New York, the Southern and Eastern United States District Courts of New York, the U.S. Court of Appeals for the First Circuit, the U.S. Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, the U.S. Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States.

Dated: October 26, 2004            SMITH KATZENSTEIN & FURLOW LLP

Kathleen M. Miller (2898)
800 Delaware Ave., 7th Floor
P.O. Box 410
Wilmington, DE 19801 (Courier 19801)
Telephone: 302-652-8400
Facsimile: 302-652-8405
Email: Kmiller@skfdelaware.com

## CERTIFICATION OF BRUCE R. ZIRINSKY

Bruce R. Zirinsky hereby certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing the jurisdictions shown in the paragraph above, submits disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Bruce R. Zirinsky (NY Bar ID No. 82 2990)
Cadwalader, Wickersham & Taft, LLP
100 Maiden Lane
New York, NY 10038
Telephone: 212-504-6000
Facsimile: 212-504-6666
Email: bruce.zirinsky@cwt.com

Dated: October 25, 2004

Motion Granted.

BY THE COURT:

Dated: October 28, 2004

**Honorable Judith K. Fitzgerald**
United States Bankruptcy Judge

{MCM9863.DOC}                      3