Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| **Combined Balance Sheet** | | | |
| In millions | September 30, 2004 | December 31, 2003 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 172.6 | $ 120.5 | $ 8.6 |
| Trade accounts receivable, less allowance of $1.0 (Filing Date - $0.7) | 117.0 | 99.6 | 32.3 |
| Receivables from non-filing entities, net | 66.8 | 46.2 | 51.2 |
| Inventories | 76.7 | 81.2 | 80.6 |
| Deferred income taxes | 8.9 | 26.0 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 84.3 | 27.9 | 33.4 |
| **Total Current Assets** | 526.3 | 401.4 | 304.0 |
| Properties and equipment, net | 359.9 | 383.9 | 400.4 |
| Goodwill | 14.5 | 14.5 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 97.1 | 90.8 | 64.1 |
| Deferred income taxes | 589.0 | 587.9 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 263.4 | 269.4 | 323.4 |
| Loans receivable from non-filing entities, net | 390.6 | 448.0 | 387.5 |
| Investment in non-filing entities | 417.0 | 303.6 | 121.0 |
| Other assets | 79.0 | 78.2 | 308.5 |
| **Total Assets** | $ 2,736.8 | $ 2,577.7 | $ 2,323.5 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $ - | $ - | $ - |
| Accounts payable | 44.4 | 38.3 | - |
| Income taxes payable | 5.0 | 5.0 | - |
| Other current liabilities | 109.2 | 54.7 | - |
| **Total Current Liabilities** | 158.6 | 98.0 | - |
| Debt payable after one year | - | - | - |
| Other liabilities | 262.2 | 191.2 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 420.8 | 289.2 | 31.8 |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 572.8 | 565.2 | 511.5 |
| Accounts payable | 31.4 | 31.9 | 43.0 |
| Income taxes payable | 201.9 | 217.9 | 210.1 |
| Asbestos-related liability | 986.6 | 992.3 | 1,002.8 |
| Other liabilities | 641.0 | 645.0 | 598.6 |
| **Total Liabilities Subject to Compromise** | 2,433.7 | 2,452.3 | 2,366.0 |
| **Total Liabilities** | 2,854.5 | 2,741.5 | 2,397.8 |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 428.9 | 432.1 | 432.6 |
| Accumulated deficit | (85.8) | (170.9) | (201.8) |
| Treasury stock, at cost | (131.8) | (135.9) | (136.4) |
| Accumulated other comprehensive loss | (329.8) | (289.9) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (117.7) | (163.8) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,736.8 | $ 2,577.7 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis through two business segments: "Davison Chemicals," which includes two product groups - refining technologies and specialty materials; and "Performance Chemicals," which includes three product groups – specialty construction chemicals, building materials and sealants and coatings.

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co. on a consolidated basis, either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

**VOLUNTARY BANKRUPTCY FILING**

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"),   W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits

alleging damages from a former attic insulation product.   After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 process provided the best forum available to achieve predictability and fairness in the claims settlement process. Under Chapter 11, the Debtors have continued to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.  Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court.

The Debtors intend to address all of their pending and future asbestos-related claims and all other pre-petition claims in a plan of reorganization. The interests of the Company's shareholders could be substantially diluted or cancelled under a plan of reorganization. The value of Grace common stock following a plan of reorganization, and the extent of any recovery by non-asbestos-related creditors, will depend principally on the ultimate value assigned to Grace's asbestos-related claims, which will be addressed through the Bankruptcy Court proceedings.

*Status of Chapter 11 Proceedings* –   As a consequence of the Filing, pending litigation against the Debtors for pre-petition matters is generally stayed (subject to certain exceptions in the case of governmental authorities), and no party may take action to realize its pre-petition claims except pursuant to an order of the Bankruptcy Court.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received extensions of their exclusivity period through November 24, 2004, and extensions of the Debtors' exclusive right to solicit acceptances of a plan of reorganization through January 24, 2005.  In connection with this most recent extension, the Debtors were required to file a proposed plan of reorganization by October 14, 2004. On October 25, 2004, the Bankruptcy Court approved the Debtors' motion to delay filing its proposed plan of reorganization until November 16,

2004. (See "*Plan of Reorganization*" for more information.)

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees, and a legal representative of future asbestos claimants (appointed in May 2004), have the right to be heard on all matters that come before the Bankruptcy Court and are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain costs and expenses of the committees and of the future asbestos claimants' representative, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases had been assigned to Judge Alfred M. Wolin, a senior federal judge who sat in Newark, New Jersey. Judge Wolin was presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware. On May 17, 2004, a federal appeals court recused Judge Wolin and on May 27, 2004, Judge Ronald L. Buckwalter, a District Court Judge from the Eastern District of Pennsylvania, was assigned to the Chapter 11 cases.

*Claims Filings* – The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos-related property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related bodily injury claims or claims related to Zonolite attic insulation ("ZAI"), which will be dealt with separately.

Approximately 15,000 proofs of claim were filed by the bar date. Of these claims, approximately 10,000 were non-asbestos related, approximately 4,000 were for asbestos-related property damage, and approximately 1,000 were for medical monitoring. In addition, approximately 500 proofs of claim were filed after the bar date.

Approximately 7,000 of the 10,000 non-asbestos related claims involve claims by employees or former employees for future retirement benefits such as pension and retiree medical coverage. Grace views most of these claims as contingent and expects to propose a plan of reorganization that would retain such benefits. The other non-asbestos related claims include claims for payment for goods and services; taxes; product warranties; principal plus interest under pre-petition credit facilities; amounts due under leases; leases and other executory contracts rejected in the Bankruptcy Court; environmental remediation; indemnification or contribution from actual or potential co-defendants in asbestos-related and other litigation; pending non-asbestos-related litigation; and non-asbestos related personal injury.

The Debtors' analysis indicates that many claims are duplicates, represent the same claim filed against more than one of the Debtors, lack any supporting documentation, or provide insufficient supporting documentation. As of September 30, 2004, the Debtors had filed with the Bankruptcy Court objections to approximately 1,400 claims, most objections of which were non-substantive (duplicates, no supporting documentation, late filed claims, etc.). The Debtors expect to file objections to a substantial number of additional claims and revise its Filing Date liabilities each quarter to reflect its analysis and evaluation of the claims.

The medical monitoring claims were made by individuals who allege exposure to asbestos through Grace's products or operations. These claims, if sustained, would require Grace to fund ongoing health monitoring costs for qualified claimants. However, based on the number and expected cost of such claims, Grace does not believe such claims will have a material effect on its Consolidated Financial Statements.

Grace believes that its recorded liabilities represent a reasonable estimate of the ultimate allowable amount for claims that are not in dispute or have been submitted with sufficient information to both evaluate merit and estimate the cost of the claim. However, because of the uncertainties of the Chapter 11 and litigation process, the in-progress state of Grace's efforts to resolve disputed claims, and the lack of documentation in support of many claims, such recorded liabilities may prove to be insufficient to satisfy all of such claims. As claims are resolved, or where better information becomes available and is evaluated, Grace will make adjustments to the

liabilities recorded on its financial statements as appropriate. Any such adjustments could be material to its consolidated financial position and results of operations.

*Litigation Proceedings in Bankruptcy Court* – In July 2002, the Bankruptcy Court approved special counsel to represent, at the Debtors' expense, the ZAI claimants in a proceeding to determine certain threshold scientific issues regarding ZAI. On October 18, 2004, the Bankruptcy Court heard oral arguments from the Debtors and the counsel representing the ZAI claimants, each of whom requested summary judgment with respect to such scientific issues. No decision has been issued by the Court.

In September 2000, Grace was named in a purported class action lawsuit filed in California Superior Court for the County of San Francisco, alleging that the 1996 reorganization involving a predecessor of Grace and Fresenius Medical Care Holdings, Inc. ("Fresenius") and the 1998 reorganization involving a predecessor of Grace and Sealed Air Corporation ("Sealed Air") were fraudulent transfers. The Bankruptcy Court authorized the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to proceed with claims against Fresenius and Sealed Air on behalf of the Debtors' estates.

On November 29, 2002, Sealed Air and Fresenius each announced that they had reached agreements in principle with such Committees to settle asbestos and fraudulent conveyance claims related to such transactions. Under the terms of the Fresenius settlement, as subsequently revised and subject to certain conditions, Fresenius would contribute $115.0 million to the Debtors' estate as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization, subject to the fulfillment of specified conditions. In July 2003, the Fresenius settlement was approved by the Bankruptcy Court. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% per annum, commencing on December 21, 2002) and nine million shares of Sealed Air common stock (valued at $417.2 million as of September 30, 2004), as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization.

The Sealed Air settlement has not been agreed to by the Debtors and remains subject to the approval of the Bankruptcy Court and the fulfillment of specified conditions.

*Plan of Reorganization* – As noted under "*Status of Chapter 11 Proceedings*," the Debtors were required to submit a proposed plan of reorganization (the "Plan") by October 14, 2004. On October 15, 2004, Grace filed a motion with the Bankruptcy Court to delay filing the Plan until November 16, 2004. In a meeting held on October 14, 2004 among Grace and the official representatives of the asbestos creditors and the future asbestos claimants, sufficient progress was made for the parties to conclude that additional negotiations could lead to a consensual Chapter 11 Plan. On October 25, 2004, the Bankruptcy Court granted Grace's motion and extended the deadline for filing a Plan until November 16, 2004. During this period, Grace expects to continue negotiations with the official committees representing asbestos claimants, general unsecured creditors, and equity holders and with the future asbestos claimants' representative toward a consensual Plan. If negotiations do not lead to the filing of a consensual Plan, Grace is prepared to file its own Plan which would provide for the Bankruptcy Court to determine Grace's asbestos-related liability using litigation and estimation protocols.

Whether Grace proposes its own Plan or a consensual Plan with the support of creditors and equity holders, Grace is likely to make use of Section 524(g) of the Bankruptcy Code to resolve its asbestos-related liabilities. Section 524(g) requires, among other things, that a trust be established through which all current and future claims would be channeled for resolution, and that at least a majority of the voting securities of the reorganized Grace be owned by, or contingently available to, the trust to resolve such claims.

Grace is reevaluating its asbestos-related liability in light of the requirement to propose a Plan as discussed above. The measure of such liability, and the ultimate net cost to Grace, depends on a number of factors that, in the absence of a consensual Plan, require Bankruptcy Court approval such as: the definition of an allowed claim; the actual or estimated claims that meet such definition; the value of allowed claims based on severity of medical

condition; the risk of property damage related to Zonolite® Attic Insulation, if any; the number of properties qualifying for asbestos abatement and the cost of remediation; the method of funding an asbestos trust; the availability of funds under litigation settlement agreements with Sealed Air and Fresenius; and, the availability of insurance and timing of insurance recovery. Grace will address these matters as part of a Plan. The liability for asbestos-related litigation reflected in these financial statements has not been adjusted for possible outcomes of these uncertainties.

Recently, federal legislation has been proposed to address asbestos-related bodily injury litigation. Such legislation could substantially change the type of Plan that the Debtors ultimately propose. Because the passage of any such legislation is speculative at this time, the Debtors proposed Plan will assume that no legislation is passed during the confirmation process that would resolve or otherwise determine the amount of the Debtors' asbestos-related bodily injury liabilities. Furthermore, the proposed legislation is unlikely to apply to the Debtors' asbestos-related property damage or ZAI claims, which the Debtors still would expect to resolve through the Chapter 11 process.

The Chapter 11 proceedings, including the proposed Plan due in November or any revised Plan, could result in allowable claims that differ materially from recorded amounts or amounts in the proposed Plan. Grace will continue to adjust its estimates of allowable claims as facts come to light during the Chapter 11 process that justify a change, and as Chapter 11 proceedings establish court-accepted measures of Grace's pre-petition liabilities.

*Impact on Debt Capital* – All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet as of September 30, 2004 reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility expires on April 1, 2006.

*Accounting Impact* – The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of certain of Debtors' assets and the liquidation of certain of Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial Statements. Further, a plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements, which do not currently give effect to any adjustments to the carrying value or classification of assets or liabilities that might be necessary as a consequence of a plan of reorganization.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of September 30, 2004, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments), as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). The recorded amounts of such liabilities generally reflect accounting measurements as of the Filing Date, adjusted as warranted for changes in facts and circumstances, new information obtained in the claims review process, and/or rulings under Grace's Chapter 11 proceedings subsequent to the Filing. Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheets based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

**Basis of Presentation**

The interim Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2003 Form 10-K and when filed, its 2004 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim Combined Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed. Certain amounts in prior years' Combined Financial Statements have been reclassified to conform to the 2004 presentation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes, and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as net deferred tax assets, trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheets separately identify the liabilities that are "subject to compromise" as a result of the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through September 30, 2004.

| (In millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ........ | $ 2,437.9 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under Bankruptcy Court orders: | | |
| Freight and distribution order .... | -- | (5.7) |
| Trade accounts payable order .... | -- | (9.1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ........................... | (2.7) | (221.6) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ...... | 1.1 | 55.4 |
| Employee-related accruals ........ | 0.3 | 13.1 |
| Change in estimate of asbestos-related property damage contingencies ....................... | -- | 30.0 |
| Change in estimate of environmental contingencies . | 20.0 | 239.0 |
| Change in estimate of income tax contingencies ........................ | (22.9) | (7.7) |
| Balance sheet reclassifications ...... | -- | (25.7) |
| Balance, end of period .................. | $ 2,433.7 | $ 2,433.7 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

## 3.  Other Balance Sheet Accounts

| (In millions) | September 30, 2004 | Filing Date |
|---|---|---|
| **Inventories** | | |
| Raw materials ........................... | $   18.8 | $   20.3 |
| In process ................................. | 22.2 | 16.2 |
| Finished products ...................... | 59.7 | 63.8 |
| General merchandise ................ | 11.4 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis ................... | (35.4) | (29.3) |
| | $   76.7 | $   80.6 |
| **Other Assets** | | |
| Deferred pension costs............... | $     2.6 | $  227.9 |
| Deferred charges ....................... | 34.5 | 40.4 |
| Long-term receivables............... | 8.3 | 1.9 |
| Long-term investments ............. | -- | 2.1 |
| Patents, licenses and other intangible assets ................... | 12.9 | 25.2 |
| Pension – unamortized prior service cost .......................... | 20.7 | 8.1 |
| Other assets .............................. | -- | 2.9 |
| | $   79.0 | $  308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation .............. | $   49.0 | $     -- |
| Accrued commissions ............... | 6.2 | -- |
| Customer programs .................. | 15.8 | -- |
| Accrued utilities ...................... | 0.3 | -- |
| Accrued freight ........................ | 2.6 | -- |
| Accrued reorganization fees ..... | 10.7 | -- |
| Other accrued liabilities ........... | 24.6 | -- |
| | $  109.2 | $     -- |
| **Other Liabilities** | | |
| Deferred royalty income – non-filing entities ................. | -- | 31.8 |
| Pension – underfunded plans .... | 242.6 | -- |
| Other accrued liabilities ........... | 19.6 | -- |
| | $  262.2 | $   31.8 |
| **Other Liabilities Subject to Compromise** | | |
| Other postretirement benefits ... | $  122.9 | $  185.4 |
| Environmental remediation ...... | 346.3 | 164.8 |
| Retained obligations of divested businesses ............................. | 56.3 | 75.5 |
| Special pension arrangements ... | 70.9 | 70.8 |
| Deferred compensation ............. | 4.6 | 8.2 |
| Self insurance reserve .............. | 20.6 | 11.8 |
| Other accrued liabilities ........... | 19.4 | 82.1 |
| | $  641.0 | $  598.6 |

## 4. Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $97.1 million at September 30, 2004. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at September 30, 2004 and Filing Date:

| Components of Net Cash Value (In millions) | September 30, 2004 | Filing Date |
|---|---|---|
| Gross cash value | $ 478.8 | $ 453.7 |
| Principal – policy loans | (368.7) | (390.3) |
| Accrued interest – policy loans | (13.0) | 0.7 |
| Net cash value | $ 97.1 | $ 64.1 |
| Insurance benefits in force | $ 2,191.3 | $2,286.0 |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

Grace has reached an agreement with the Internal Revenue Service (the "IRS") to settle tax contingencies with respect to certain of these life insurance policies and, as part of that agreement, to terminate such policies in early 2005. If termination had occurred as of September 30, 2004, Grace would have received approximately $20 million in net cash value (gross cash value would have been reduced by approximately $378 million and policy loans of approximately $358 million would have been satisfied). In addition, Grace's insurance benefits in force would have been reduced by approximately $2,002 million to approximately $190 million.

## 5. Debt

On September 30, 2004, and Filing Date, Grace's debt was as follows:

| Components of Debt (In millions) | September 30, 2004 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| DIP facility | $ -- | $ -- |
| Other short-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt payable after one year** | | |
| DIP facility | $ -- | $ -- |
| Other long-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 15.2 | 1.2 |
| Accrued interest | 57.7 | 2.6 |
| | $ 572.9 | $ 511.5 |

In April 2001, the Debtors entered into the DIP facility for a two-year term in the aggregate amount of $250 million. The DIP facility is secured by a priority lien on substantially all assets of the Debtors, and bears interest based on LIBOR. The Debtors' have extended the term of the DIP facility through April 1, 2006. Grace had no outstanding borrowings under the DIP facility as of September 30, 2004; however, $28.0 million of standby letters of credit were issued and outstanding under the facility. The letters of credit, which reduce available funds under the facility, were issued mainly for trade-related matters such as performance bonds and certain insurance and environmental matters.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of September 30, 2004.

**Bank Statements**

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No:           910-1-013572
Statement Start Date:  31 JUL 2004
Statement End Date:    31 AUG 2004
Statement Code:        000-USA-21
Statement No:          008
                       Page 1 of 4

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 2 | 200,000.00 |
| Total Debits (incl. checks) | 22 | 214,049.09 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (31 JUL 2004) | Closing (31 AUG 2004) |
|---|---|---|
| Ledger | 111,568.34 | 97,519.25 |
| Collected | 111,568.34 | 97,519.25 |

## ENCLOSURES

| Credits | 0 |
|---|---|
| Debits | 0 |
| Checks | 0 |

## CREDITS

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 17AUG | 17AUG | USD OUR: 2306900230J0 | 100,000.00 | YOUR: CAP OF 04/08/17 BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- REF: CHASE MEDICAL ACCT FUNDING |
| 26AUG | 26AUG | USD OUR: 2693400239J0 | 100,000.00 | YOUR: CAP OF 04/08/26 BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- REF: CHASE MEDICAL ACCT FUNDING |

## DEBITS

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 02AUG | 30JUL | USD OUR: 0421500093WA | 9,169.01 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41659B FOR WORK OF 07/30/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 03AUG | 02AUG | USD OUR: 0421600093WA | 9,342.60 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41659B FOR WORK OF 08/02/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 04AUG | 03AUG | USD OUR: 0421700092WA | 8,361.83 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41659B FOR WORK OF 08/03/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

## Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 02AUG | 102,399.33 |
| 03AUG | 93,056.73 |
| 04AUG | 84,694.90 |
| 05AUG | 76,861.13 |
| 06AUG | 64,863.65 |
| 09AUG | 57,679.68 |
| 10AUG | 52,914.57 |
| 11AUG | 42,597.60 |
| 12AUG | 31,439.10 |
| 13AUG | 19,560.61 |
| 16AUG | 11,176.56 |
| 17AUG | 94,879.56 |
| 18AUG | 84,835.61 |
| 19AUG | 71,486.51 |
| 20AUG | 61,921.53 |
| 23AUG | 56,624.05 |
| 24AUG | 45,672.71 |
| 25AUG | 38,330.90 |
| 26AUG | 127,455.51 |
| 27AUG | 118,859.14 |
| 30AUG | 110,177.30 |
| 31AUG | 97,519.25 |
| COLLECTED BALANCES | |
| 02AUG | 102,399.33 |
| 03AUG | 93,056.73 |
| 04AUG | 84,694.90 |
| 05AUG | 76,861.13 |
| 06AUG | 64,863.65 |

FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S SERVICE TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDITIONS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA    MD   21044-4098

Account No:    910-1-013572
Statement Start Date:    31 JUL 2004
Statement End Date:    31 AUG 2004
Statement Code:    000-USA-21
Statement No:    008
Page  2  of  4

| Closing Balances | |
| --- | --- |
| Date | Amount |
| 09AUG | 57,679.68 |
| 10AUG | 52,914.57 |
| 11AUG | 42,597.60 |
| 12AUG | 31,439.10 |
| 13AUG | 19,560.61 |
| 16AUG | 11,176.56 |
| 17AUG | 94,879.56 |
| 18AUG | 84,835.61 |
| 19AUG | 71,486.51 |
| 20AUG | 61,921.53 |
| 23AUG | 56,624.05 |
| 24AUG | 45,672.11 |
| 25AUG | 38,330.90 |
| 26AUG | 127,455.51 |
| 27AUG | 118,859.14 |
| 30AUG | 110,177.30 |
| 31AUG | 97,519.25 |

TS

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
| --- | --- | --- | --- | --- |
| DEBITS CONTINUED | | | | |
| 05AUG | 04AUG | USD OUR: 0421800093WA | 7,833.77 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/04/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 06AUG | 05AUG | USD OUR: 0421900092WA | 11,997.48 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/05/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09AUG | 06AUG | USD OUR: 0422200091WA | 7,183.97 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/06/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10AUG | 09AUG | USD OUR: 0422300090WA | 4,765.11 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/09/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 11AUG | 10AUG | USD OUR: 0422400091WA | 10,316.97 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/10/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 12AUG | 11AUG | USD OUR: 0422500091WA | 11,158.50 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/11/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13AUG | 12AUG | USD OUR: 0422600090WA | 11,878.49 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/12/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 16AUG | 13AUG | USD OUR: 0422900090WA | 8,384.05 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

Account No:      910-1-013572
Statement Start Date:    31 JUL 2004
Statement End Date:    31 AUG 2004
Statement Code:    000-USA-21
Statement No:    008
Page 3 of 4

| Ledger Date | Adj Ledger Date | Value Date | E | Reference | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | E | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|
| 17AUG | 16AUG | USD | OUR: 0423000091WA | 16,297.00 | 002-2-416598 FOR WORK OF 08/13/04<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 18AUG | 17AUG | USD | OUR: 0423100089WA | 10,043.95 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 08/16/04<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 19AUG | 18AUG | USD | OUR: 0423200087WA | 13,349.10 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 08/17/04<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 20AUG | 19AUG | USD | OUR: 0423300092WA | 9,564.98 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 08/18/04<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 23AUG | 20AUG | USD | OUR: 0423600089WA | 5,297.48 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 08/19/04<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 24AUG | 23AUG | USD | OUR: 0423700085WA | 10,951.94 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 08/20/04<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 25AUG | 24AUG | USD | OUR: 0423800094WA | 7,341.21 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 08/23/04<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 08/24/04<br>W R GRACE & CO C/O CORPORATE |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 31 JUL 2004
Statement End Date: 31 AUG 2004
Statement Code: 000-USA-21
Statement No: 008
Page 4 of 4

## DEBITS CONTINUED

| Ledger Date | Full Ledger Date | Value Date | F | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 26AUG | 25AUG | 25AUG | USD | OUR: 0423900092WA | 10,875.39 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/25/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 27AUG | 26AUG | 26AUG | USD | OUR: 0424000097WA | 8,596.37 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/26/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 30AUG | 27AUG | 27AUG | USD | OUR: 0424300091WA | 8,681.84 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/27/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 31AUG | 30AUG | 30AUG | USD | OUR: 0424400096WA | 12,658.05 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 08/30/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

## CHECKS

*No Activity*

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098



## Commercial Checking

01        2199500021812  036  145          1      0          2,958

|ı.ıdı.ıllllı...ı.ıl.ıl.ıl.ılllı..ıl.ıl.ı.ı.ıd.ıl
**W R GRACE AND CO-CONN**
**GENERAL ACCOUNT**                              CB
**ATTN:PATTY ELLIOTT-GRAY**
**7500 GRACE DRIVE .BLDG 25**
**COLUMBIA,MD 21044-4098**

## Commercial Checking                                    7/31/2004 thru 8/31/2004

Account number:        2199500021812
Account owner(s):      W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

| Opening balance 7/31 | $37,101.22 |
|---|---|
| Deposits and other credits | 544,444.61 + |
| Other withdrawals and service fees | 571,545.83 - |
| **Closing balance 8/31** | **$10,000.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 8/10 | 21,701.64 | DEPOSIT |
| 8/10 | 42,865.72 | DEPOSIT |
| 8/10 | 190,406.37 | DEPOSIT |
| 8/20 | 5,861.76 | DEPOSIT |
| 8/20 | 7,377.98 | DEPOSIT |
| 8/20 | 78,887.68 | DEPOSIT |
| 8/20 | 197,343.46 | DEPOSIT |
| Total | **$544,444.61** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 8/10 | 607.78 | DEPOSIT CORRECTIONS DEBIT |
| 8/18 | 281,467.17 | FUNDS TRANSFER (ADVICE 040818016529) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=        08/18/04  11:50AM |
| 8/27 | 289,470.88 | FUNDS TRANSFER (ADVICE 040827033522) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=        08/27/04  02:04PM |
| Total | $571,545.83 | |



# Commercial Checking

| | | | | | |
|---|---|---|---|---|---|
| 02 | 2199500021812  036  145 | | 1 | 0 | 2,959 |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 8/10 | 291,467.17 | 8/20 | 299,470.88 | | |
| 8/18 | 10,000.00 | 8/27 | 10,000.00 | | |

*WITH VISA EXTRAS GET REWARDED FOR*
*EVERYDAY BUSINESS CHECK CARD PURCHASES.*
*PLEASE GO TO WACHOVIA.COM/VISAEXTRAS FOR DETAILS.*



# Commercial Checking

01     2079900003615   005   108        13  160        3,242

IIImahdmdhdhdIIImdIh
**W R GRACE & CO-CONN**
**62 WHITMORE AVE.**
**CAMBRIDGE MD 02140**                        CB    113

---

# Commercial Checking

7/31/2004 thru 8/31/2004

Account number:        2079900003615
Account owner(s):      W R GRACE & CO-CONN

Taxpayer ID Number:    133461988

*M- matches G/L*

## Account Summary

| | |
|---|---|
| Opening balance 7/31 | $0.00 |
| Deposits and other credits | 2,065,561.68 + |
| Other withdrawals and service fees | 2,065,561.68 - |
| **Closing balance 8/31** | **$0.00** |

## Deposits and Other Credits

| Date | | Amount | Description |
|------|---|--------|-------------|
| 8/02 | M | 3,017.07 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/03 | | 3,204.60 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/04 | | 1,985.59 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/05 | | 4,156.72 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/06 | | 1,147.36 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/10 | | 717.26 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/11 | | 332,583.09 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/12 | | 696,068.87 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/13 | | 1,271.64 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/16 | | 7,748.14 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/18 | | 4,504.44 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/19 | | 2,299.81 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/19 | | 3,493.27 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/20 | | 3,099.97 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |

*Deposits and Other Credits continued on next page.*

---

**WACHOVIA BANK, N.A. ,  CAP MKTS INV BKG DIV MFG FRANCHISE**



# Commercial Checking

02        2079900003615   005  108          13  160          3.243

WACHOVIA

---

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/23 | 2,907.39 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/24 | 7,388.04 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/25 | 337,690.37 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/26 | 650,061.94 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/27 | 1,271.63 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |
| 8/30 | 944.48 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W R GRACE & COM |

| Total | $2,065,561.68 |
|-------|---------------|

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 8/02 | 3,017.07 | LIST OF DEBITS POSTED |
| 8/03 | 3,204.60 | LIST OF DEBITS POSTED |
| 8/04 | 1,985.59 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040804 CCD<br>MISC C4025-023761215 |
| 8/05 | 4,156.72 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.       040805 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 8/06 | 1,147.36 | LIST OF DEBITS POSTED |
| 8/10 | 717.26 | LIST OF DEBITS POSTED |
| 8/11 | 1,319.70 | AUTOMATED DEBIT  CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 040811 CCD<br>MISC C4025-01 140652 |
| 8/11 | 1,592.25 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040811 CCD<br>MISC C4025-023786607 |
| 8/11 | 2,930.79 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040811 CCD<br>MISC C2916-003786535 |
| 8/11 | 3,706.92 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040811 CCD<br>MISC C2918-003786536 |
| 8/11 | 13,631.05 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040811 CCD<br>MISC C4213-003786614 |
| 8/11 | 309,402.38 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040811 CCD<br>MISC C4025-013786606 |

*Other Withdrawals and Service Fees continued on next page.*

---

WACHOVIA BANK, N.A.    CAP MKTS INV BKG DIV MFG FRANCHISE



# Commercial Checking

03      2079900003615   005   108          13   160          3,244

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/12 | 3,453.95 | AUTOMATED DEBIT               PAYROLL<br>CO. ID.       040812 CCD<br>MISC SETTL NCVCERIDN WR.GRACE NC |
| 8/12 | 5,151.27 | AUTOMATED DEBIT               PAYROLL<br>CO. ID.       040812 CCD<br>MISC SETTL NCVCERIDN GRACE WAS NC |
| 8/12 | 40,585.08 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.       040812 CCD<br>MISC SETTL NCVCERIDN REMEDIUM  NC |
| 8/12 | 60,786.20 | AUTOMATED DEBIT               PAYROLL<br>CO. ID.       040812 CCD<br>MISC SETTL NCVCERIDN GMS,INC.  NC |
| 8/12 | 586,092.37 | AUTOMATED DEBIT               PAYROLL<br>CO. ID.       040812 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 8/13 | 1,271.64 | LIST OF DEBITS POSTED |
| 8/16 | 7,748.14 | LIST OF DEBITS POSTED |
| 18 | 1,603.23 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040818 CCD<br>MISC C4025-023826712 |
| 8/18 | 2,901.21 | LIST OF DEBITS POSTED |
| 8/19 | 2,299.81 | LIST OF DEBITS POSTED |
| 8/19 | 3,493.27 | AUTOMATED DEBIT               PAYROLL<br>CO. ID.       040819 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 8/20 | 3,099.97 | LIST OF DEBITS POSTED |
| 8/23 | 2,907.39 | LIST OF DEBITS POSTED |
| 8/24 | 7,388.04 | LIST OF DEBITS POSTED |
| 8/25 | 1,319.70 | AUTOMATED DEBIT  CERIDIAN AKA CDC WAGE ATT<br>CO. ID. 3411902914 040825 CCD<br>MISC C4025-01 145074 |
| 8/25 | 1,634.38 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040825 CCD<br>MISC C4025-023856357 |
| 8/25 | 2,930.79 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040825 CCD<br>MISC C2916-003856287 |
| 8/25 | 8,959.82 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040825 CCD<br>MISC C4213-003856364 |
| 8/25 | 322,845.68 | AUTOMATED DEBIT  TAX SERVICE 702  PMT IMPND<br>CO. ID. 1411902914 040825 CCD<br>MISC C4025-013856356 |
| 8/26 | 5,151.27 | AUTOMATED DEBIT               PAYROLL<br>CO. ID.       040826 CCD<br>MISC SETTL NCVCERIDN GRACE WAS NC |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

| 04 | 2079900003615  005  108 | 13  160 | 3,245 |
|----|----|----|----|

**WACHOVIA**

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 8/26 | 28,089.02 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.        040826 CCD<br>MISC SETTL NCVCERIDN REMEDIUM  NC |
| 8/26 | 616,821.65 | AUTOMATED DEBIT                          PAYROLL<br>CO. ID.        040826 CCD<br>MISC SETTL NCVCERIDN WR.GRACE  NC |
| 8/27 | 1,271.63 | LIST OF DEBITS POSTED |
| 8/30 | 944.48 | LIST OF DEBITS POSTED |
| **Total** | **$2,065,561.68** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 8/02 | 0.00 | 8/12 | 0.00 | 8/24 | 0.00 |
| 8/03 | 0.00 | 8/13 | 0.00 | 8/25 | 0.00 |
| 8/04 | 0.00 | 8/16 | 0.00 | 8/26 | 0.00 |
| 8/05 | 0.00 | 8/18 | 0.00 | 8/27 | 0.00 |
| 8/06 | 0.00 | 8/19 | 0.00 | 8/30 | 0.00 |
| 8/10 | 0.00 | 8/20 | 0.00 | | |
| 8/11 | 0.00 | 8/23 | 0.00 | | |

**Merrill Lynch**   Investment Managers          Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

1 4 9 5

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 08/01/2004 - 08/31/2004

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 08/31/2004
$162,659,658.92

Dividends
08/01/2004 - 08/31/2004     Year To Date
$178,166.63                 $999,134.82

> MERRILL LYNCH FUNDS FOR INSTITUTIONS
  WILL BE OPEN ON COLUMBUS DAY, MONDAY
  OCTOBER 11 TO HANDLE SHAREOWNER INQUIRIES.

> THE AVERAGE NET ANNUALIZED YIELD FOR THE
  MONTH OF AUGUST WAS 1.38%. TRADING DEADLINES
  ON OCTOBER 8 WILL BE 3:00 P.M. ET.

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $201,181,492.29 |
| 08/02/2004 | 08/02/2004 | Same Day Wire Redemption | $50,000,000.00 | $1.00 | $151,181,492.29 |
| 08/03/2004 | 08/03/2004 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $150,181,492.29 |
| 08/04/2004 | 08/04/2004 | Shares Purchased By Wire | $600,000.00 | $1.00 | $150,781,492.29 |
| 08/05/2004 | 08/05/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $152,881,492.29 |
| 08/06/2004 | 08/06/2004 | Shares Purchased By Wire | $700,000.00 | $1.00 | $153,581,492.29 |
| 08/09/2004 | 08/09/2004 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $155,881,492.29 |
| 08/10/2004 | 08/10/2004 | Same Day Wire Redemption | $4,300,000.00 | $1.00 | $151,581,492.29 |
| 08/11/2004 | 08/11/2004 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $149,981,492.29 |
| 08/12/2004 | 08/12/2004 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $148,581,492.29 |
| 08/13/2004 | 08/13/2004 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $151,181,492.29 |
| 08/13/2004 | 08/13/2004 | Same Day Wire Redemption | $1,100,000.00 | $1.00 | $150,081,492.29 |
| 08/16/2004 | 08/16/2004 | Shares Purchased By Wire | $3,900,000.00 | $1.00 | $153,981,492.29 |
| 08/17/2004 | 08/17/2004 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $151,981,492.29 |
| 08/18/2004 | 08/18/2004 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $153,781,492.29 |
| 08/19/2004 | 08/19/2004 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $148,781,492.29 |
| 08/20/2004 | 08/20/2004 | Shares Purchased By Wire | $1,700,000.00 | $1.00 | $150,481,492.29 |
| 08/23/2004 | 08/23/2004 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $149,081,492.29 |
| 08/24/2004 | 08/24/2004 | Same Day Wire Redemption | $4,000,000.00 | $1.00 | $145,081,492.29 |

Account Number  318-3323735-8          (page  1 of  2)




MLM_#95100--015376905201535.01535.CWSMLM01.INVMWW.......MLM.......000057826

**Merrill Lynch**   Investment Managers                    Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 08/01/2004 - 08/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 08/24/2004 | 08/24/2004 | Same Day Wire Redemption | $1,700,000.00 | $1.00 | $143,381,492.29 |
| 08/25/2004 | 08/25/2004 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $142,181,492.29 |
| 08/26/2004 | 08/26/2004 | Same Day Wire Redemption | $6,800,000.00 | $1.00 | $135,381,492.29 |
| 08/27/2004 | 08/27/2004 | Shares Purchased By Wire | $12,800,000.00 | $1.00 | $148,181,492.29 |
| 08/30/2004 | 08/30/2004 | Shares Purchased By Wire | $17,100,000.00 | $1.00 | $165,281,492.29 |
| 08/30/2004 | 08/30/2004 | Same Day Wire Redemption | $6,600,000.00 | $1.00 | $158,681,492.29 |
| 08/31/2004 | 08/31/2004 | Shares Purchased By Wire | $3,800,000.00 | $1.00 | $162,481,492.29 |
| 08/31/2004 | 08/31/2004 | Div Reinvest | $178,166.63 | $1.00 | $162,659,658.92 |
| | | Ending Balance | | | $162,659,658.92 |

519575

Account Number   318-3323735-8          (page 2 of 2)




MLM ..#95210=.01537.09052.01538.01536.CMS MLM01.NN/MWW....... MLM..._000057826



# Commercial Checking

| 01 | 2199500021812 | 036 | 145 | | 1 | 0 | | 2,958 | | |

l.l.l..lllll...l.l.l.l.l.l..llll...l.l.l.l.l.l.l
W R GRACE AND CO-CONN
GENERAL ACCOUNT                                CB
ATTN:PATTY ELLIOTT-GRAY
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

# Commercial Checking

7/31/2004 thru 8/31/2004

Account number:       2199500021812
Account owner(s):     W R GRACE AND CO-CONN
                      GENERAL ACCOUNT

Taxpayer ID Number:   135114230

## Account Summary

| | |
|---|---|
| Opening balance 7/31 | $37,101.22 |
| Deposits and other credits | 544,444.61 + |
| Other withdrawals and service fees | 571,545.83 - |
| **Closing balance 8/31** | **$10,000.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 8/10 | 21,701.64 | DEPOSIT |
| 8/10 | 42,865.72 | DEPOSIT |
| 8/10 | 190,406.37 | DEPOSIT |
| 8/20 | 5,861.76 | DEPOSIT |
| 8/20 | 7,377.98 | DEPOSIT |
| 8/20 | 78,887.68 | DEPOSIT |
| 8/20 | 197,343.46 | DEPOSIT |
| **Total** | **$544,444.61** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 8/10 | 607.78 | DEPOSIT CORRECTIONS DEBIT |
| 8/18 | 281,467.17 | FUNDS TRANSFER (ADVICE 040818016529) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=      08/18/04 11:50AM |
| 8/27 | 289,470.88 | FUNDS TRANSFER (ADVICE 040827033522) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=      08/27/04 02:04PM |
| **Total** | **$571,545.83** | |



# Commercial Checking

WACHOVIA   02      2199500021812  036   145        1     0            2.959

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 8/10 | 291,467.17 | 8/20 | 299,470.88 | | |
| 8/18 | 10,000.00 | 8/27 | 10,000.00 | | |

*WITH VISA EXTRAS GET REWARDED FOR*
*EVERYDAY BUSINESS CHECK CARD PURCHASES.*
*PLEASE GO TO WACHOVIA.COM/VISAEXTRAS FOR DETAILS.*

TS   D

**W.R. GRACE AND COMPANY**
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

Account No: 323-223141
Statement Start Date: 31 JUL 2004
Statement End Date: 31 AUG 2004
Statement Code: 000-USA-22
Statement No: 008
Page 1 of 1

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 1 |
| Total Debits (incl. checks) | 1 |
| Total Checks Paid | 0 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## BALANCES

| | Opening (31 JUL 2004) | Closing (31 AUG 2004) |
|---|---|---|
| Ledger | 741,975.94 | .00 Ledger |
| | 741,975.94 | |
| | 0.00 | .00 |

**LEDGER BALANCES**

| Date | Amount |
|---|---|
| 02AUG | 0.00 |

## CREDITS

| Ledger Date | Value Date | Type | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|
| 02AUG | | | USD YOUR: NC0503784080020401 OUR: 0421500223IN | 741,975.94 | NASSAU DEPOSIT TAKEN B/O: WR GRACE & COMPANY JERSEY CITY, NJ 07310 REF: TO REPAY YOUR DEPOSIT FR 04070 2 TO 040802 RATE 1.2000 |

## DEBITS

| Ledger Date | Value Date | Type | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|
| 02AUG | | | USD YOUR: N00534021308020401 OUR: 0421500993IN | 741,975.94 | NASSAU DEPOSIT TAKEN A/C: WR GRACE & COMPANY JERSEY CITY, NJ 07310 REF: TO ESTABLISH YOUR DEPOSIT FR 0 40802 TO 040902 RATE 1.2500 |

## CHECKS

*No Activity*

FT CODE:

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT |

| | |
|---|---|
| US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

TS

D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA   MD   21044

JPMorganChase

Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:  31 JUL 2004
Statement End Date:   13 AUG 2004
Statement Code:      S00-USA-22
Statement No:        015

Page 1 of 15

| ENCLOSURES | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| TRANSACTIONS | |
|---|---|
| Total Credits | 36 | 98,542,038.49 |
| Total Debits (incl. checks) | 51 | 98,541,306.78 |
| Total Checks Paid | 0 | 0.00 |

| BALANCES | | |
|---|---|---|
| Opening (31 JUL 2004) | Closing (13 AUG 2004) | |
| Ledger  205,766.06 | Ledger  206,497.77 | |

| Date | Closing Balances Amount |
|---|---|
| | LEDGER BALANCES |
| 02AUG | 2,186,090.67 |
| 03AUG | 3,028,682.55 |
| 04AUG | 3,017,683.37 |
| 05AUG | 3,001,881.32 |
| 06AUG | 3,007,379.11 |
| 09AUG | 2,979,349.11 |
| 10AUG | 254,586.27 |
| 11AUG | 285,264.84 |
| 12AUG | 238,612.11 |
| 13AUG | 206,497.77 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 02AUG | | 02AUG | | USD YOUR: 040802400764 OUR: 0428703215FF | 751.78 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=040802400764 OBI=ST OCK OPTION EXERCISE TAX TD JULY 27 IMAD: 0802E3B7SDAC004508 |
| 02AUG | | 02AUG | | USD YOUR: 040802400770 OUR: 0423402215FF | 1,800.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=040802400770 OBI=ST OCK OPTION EXERCISE COST TD JULY 27 IMAD: 0802E3B7SDAC004526 |
| 02AUG | | | | USD OUR: 2158266120TC | 623,366.11 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:918065000 DESC DATE: CO ENTRY DESCR:DED PMT SEC:PPD TRACE#:021000028266120 EED:040802 IND ID: 3310ACH A 0207-3001 IND NAME:W R GRACE |

CREDITS

FT CODE:    USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELLED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

Account No:        016-001257
Statement Start Date: 31 JUL 2004
Statement End Date:   13 AUG 2004
Statement Code:      S00-USA-22
Statement No:        015
Page 2 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adl Ledger Date | Value Date | F. T | References | Credit / Debit | Description | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 02AUG | | 02AUG | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0263507215FF | 1,905,411.33 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/12:07<br>IMAD: 0802GIQFGY2C000476 | | |
| 02AUG | | 02AUG | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0253502215FF | 1,914,906.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0802E3B75DIC002890 | | |
| 02AUG | | 02AUG | USD | YOUR: MAESTRO<br>OUR: 0091601215FF | 50,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0802A1Q002HC000170 | | |
| 03AUG | | 03AUG | USD | YOUR: MAESTRO<br>OUR: 0348101216FF | 1,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0803A1Q002DC001473 | | |
| 03AUG | | 03AUG | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0105908216FF | 1,873,445.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO. - CONN. | | |

○ JPMorganChase

TS

Statement of Account

In US Dollars
Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 3 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 03AUG | | 03AUG | | USD YOUR: O/B BKAM IL CGO OUR: 0107408216FF | 3,557,346.65 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /TIME/11:21 IMAD: 0803G1QFGY2C000365 | | |
| 04AUG | | 04AUG | | USD YOUR: O/B WACHOVIA BK OUR: 0091001217FF | 1,087,266.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO /TIME/10:42 IMAD: 0804E3B75D1C001007 | | |
| 04AUG | | 04AUG | | USD YOUR: O/B BKAM IL CGO OUR: 0091803217FF | 1,223,804.87 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI /TIME/10:42 IMAD: 0804G1QFGY2C000289 | | |
| 05AUG | | 05AUG | | USD YOUR: O/B BKAM IL CGO OUR: 0358503218FF | 1,594,184.85 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 4 of 15

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 05AUG | | 05AUG | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0188701218FF | 5,515,730.00 | =/TIME/16:22<br>/MAD: 0805G10FGY2C001571<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/12:54 | | |
| 06AUG | | 06AUG | USD | YOUR: 0408060400612<br>OUR: 0248608219FF | 2,721.60 | /MAD: 0805G10FGY2C000616<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0408060400612 OBI=ST<br>OCK OPTION EXERCISE COST AUG 2 BBI= | | |
| 06AUG | | 06AUG | USD | YOUR: SWF OF 04/08/05<br>OUR: 0404300218FS | 26,935.20 | /MAD: 0806E3B75DAC03228<br>BOOK TRANSFER CREDIT<br>B/O: BANCO DO BRASIL S.A NOSTRO ACC<br>RIO DE JANEIRO BRAZIL 20031-201<br>ORG: GRACE BRASIL LTDA<br>AVENIDA PARANA 4690-CAJURU DO SUL<br>OGB: BANCO DO BRASIL SA<br>SAO PAULO BRAZIL | | |
| 06AUG | | 06AUG | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0248603219FF | 729,854.02 | REF:/INV/9204597G/CHGS/USD19,50/<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA. MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/14:06 | | |
| 06AUG | | 06AUG | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0238809219FF | 1,462,009.00 | /MAD: 0806G10FGY2C000840<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC, NA<br>/0530002I9<br>B/O: W R GRACE & CO. - CONN. | | |

JPMorganChase

TS

Statement of Account

Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 5 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 09AUG | | 09AUG | | USD YOUR: 04080940830 OUR: 0341912222FF | 886.45 | COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0806E3B75D1C002688 FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=04080940830 OBI=ST OCK OPTION EXERCISE TAX AUG 3 BBI=/ IMAD: 0809E3B75DAC004139 | | |
| 09AUG | | 09AUG | | USD YOUR: 04080940833 OUR: 0336309222FF | 1,800.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=04080940833 OBI=ST OCK OPTION EXERCISE COST AUG 3 BBI= IMAD: 0809E3B75DAC004140 | | |
| 09AUG | | 09AUG | | USD YOUR: 0/B BKAM IL CGO OUR: 0279109222FF | 2,067,302.57 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B BKAM IL CGO BBI =/TIME/14:53 IMAD: 0809G1QFGY2C000738 | | |
| 09AUG | | 09AUG | | USD YOUR: 0/B WACHOVIA BK OUR: 0285714222FF | 2,652,925.55 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B WACHOVIA BK OBI | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 6 of 15

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 10AUG | | 10AUG | | USD YOUR: SWF OF 04/08/06 OUR: 3996200219FS | =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0809E3B75D1C003072 BOOK TRANSFER CREDIT B/O: COMMERZBANK AG-KREFELD FRANKFURT GERMANY D-60311 ORG: /DE79500400000582225901 CROMPTON GMBH REF: REFUNDABLE CYLINDER DEPOSITS C | 21,775.00 | | |
| 10AUG | | 10AUG | | USD YOUR: O/B BKAM IL CGO OUR: 0091202223FF | REDITMEMO 96512136/CHGS/USD25,00/ FEDWIRE CREDIT /071000039 VIA: BANK OF AMERICA B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI =/TIME/10.33 | 3,739,534.39 | | |
| 10AUG | | 10AUG | | USD YOUR: MAESTRO OUR: 0339807223FF | IMAD: 0810G1Q1FGY2C000241 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=MAESTRO OBI=FUND-31 8-P-1-S ML PREMIER FUND BBI=/TIME IMAD: 0810A1Q00ZCC001518 | 4,300,000.00 | | |
| 11AUG | | 11AUG | | USD YOUR: 42241627575 OUR: 0388214224FF | FEDWIRE CREDIT VIA: CALYON /026008073 B/O: GRACE BRASIL LTDA BRASIL REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=44241627570 OBI=/IN V920807411BBI=/BNF/OBI=/INV920874 IMAD: 0811B1Q8631C00052Z | 14,475.14 | | |
| 11AUG | | 11AUG | | USD YOUR: O/B WACHOVIA BK OUR: 0227503224FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /05300021 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 | 1,187,480.34 | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 7 of 15

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

11AUG 11AUG USD YOUR: O/B BKAM IL CGO
OUR: 0135907224FF

1,489,713.94

REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140/AC-0
0000000160 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0811E3B75DIC00232Z
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/0710000039
B/O: W. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
000000160 RFB=O/B BKAM IL CGO BBI
=/TIME/11:44

11AUG 11AUG USD YOUR: MAESTRO
OUR: 0310409224FF

1,600,000.00

IMAD: 0811E3B51QFGY2C000478
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
000000160 RFB=MAESTRO OBI=FUND-31
6-1 ML PREMIER INST FUND BBI=/TIME

12AUG USD OUR: 2259348756TC

⟨R⟩  40,100.00

IMAD: 0811A1Q002BC001333
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:COMPANYID
ORIG ID:901601257 DESC DATE:OFFSET
CO ENTRY DESCR:TAXPAYMNTSEC:CCD
TRACE#:021000029348756 EED:040812
IND ID:901601257
IND NAME:EFT FILE NAME: R224059
EFT/ACH CREATED OFFSET FOR ORIGIN#:
813432199      CO EFF DATE: 04/08/12

12AUG 12AUG USD YOUR: O/B WACHOVIA BK
OUR: 0157313225FF

1,316,001.79

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
COLUMBIA MD 21044-4098
B/O: W R GRACE & CO. - CONN.
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0000000160 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
IMAD: 0812E3B75DIC001362

TS

Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 8 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 12AUG | | 12AUG | USD | YOUR: MAESTRO OUR: 0380409225FF | 1,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0812A10002BC001596 | | |
| 12AUG | | 12AUG | USD | YOUR: O/B BKAM IL CGO OUR: 0111607225FF | 1,475,574.46 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B BKAM IL CGO BBI =/TIME/10:40 IMAD: 0812G10FGY2C000447 | | |
| 13AUG | | 13AUG | USD | OUR: 2266743561TC | 14,753.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000026743561 EED:040813 IND ID:9016001257 IND NAME:EFT FILE NAME: R225023 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199    CO EFF DATE: 04/08/13 | | |
| 13AUG | | 13AUG | USD | YOUR: MAESTRO OUR: 0066708226FF | 1,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0813A1Q002BC000045 | | |
| 13AUG | | 13AUG | USD | YOUR: O/B BKAM IL CGO OUR: 0296814226FF | 1,494,578.98 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 | | |

## JPMorganChase

### Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| Account No: | 016-001257 |
| Statement Start Date: | 31 JUL 2004 |
| Statement End Date: | 13 AUG 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 015 |

Page 9 of 15

TS

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 13AUG | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0268802226FF | 2,105,604.47 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/14:39<br>IMAD: 0813G10FGY2C001081<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/05300219<br>B/O: W R GRACE & CO. - CONN.<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B WACHOVIA BK DBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0813E3B75D1C002795 | | |

## DEBITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 02AUG | | | | USD OUR: 0016200118XF | 43,766.31 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>ACCOUNT 0005231967O5 | | |
| 02AUG | | | | USD OUR: 0032420118XF | 72,564.19 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>ACCOUNT 00052388I963 | | |
| 02AUG | | | | USD YOUR: NONREF<br>OUR: 2707500215J0 | 186,455.30 | FEDWIRE DEBIT<br>VIA: 021000358<br>/021000358<br>/2100358<br>A/C: BANK AMERICA BUSINESS CREDIT,<br>ATTN: JOANN BASDEO 212-503-7642<br>REF: /TIME/16:40<br>IMAD: 0802B10GC05C005507 | | |
| 02AUG | | | | USD YOUR: NONREF<br>OUR: 0571002215J0 | 2,533,111.34 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: THE SEPARATIONS GROUP<br>IMAD: 0802B1QGC06C002014 | | |
| 02AUG | | | | USD YOUR: NONREF<br>OUR: 2707400215J0 | 2,800,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/05300219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0802B1QGC06C005574 | | |
| 02AUG | | | | USD YOUR: NONREF<br>OUR: 0581300215J0 | 46,830,013.47 | FEDWIRE DEBIT<br>VIA: BKAM IL CGO<br>/071000039<br>A/C: THE SEPARATIONS GROUP | | |

Case 01-01139-AMC    Doc 6606-1    Filed 11/02/04    Page 36 of 50

Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 10 of 15

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 03AUG | | | | USD OUR: 0030130114XF | | REF: ADVANCE OF FUNDS FOR ALLTECH A CO. |
| | | | | | | IMAD: 0802B1QGC07C001766 |
| 03AUG | | | | USD OUR: 0014790114XF | 711.37 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 03AUG | | | | USD YOUR: NONREF OUR: 0769900216J0 | 28,224.60 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| | | | | | 849,483.80 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0803B1QGC08C001879 |
| 03AUG | | | | USD YOUR: NONREF OUR: 2001900216J0 | 4,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0803B1QGC07C004028 |
| 04AUG | | | | USD YOUR: NONREF OUR: 2013700217J0 | | BOOK TRANSFER DEBIT A/C: 0022430680 METROPOLITAN LIFE INSURANCE COMPANY REF: ATTN: W.R. GRACE & CO. NO. 913 770 |
| | | | | | 2,226.37 | |
| 04AUG | | | | USD OUR: 0030510114XF | 7,440.11 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 04AUG | | | | USD OUR: 0015070114XF | 12,243.53 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 |
| 04AUG | | | | USD YOUR: NONREF OUR: 2468200217J0 | 600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P/(TRANSFER FUNDS)/TIME/17:44 IMAD: 0804B1QGC05C004885 |
| 04AUG | | | | USD YOUR: NONREF OUR: 2013600217J0 | 1,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0804B1QGC02C003870 |

Closing Balances
Date        Amount

**JPMorganChase**    Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

In US Dollars
Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 11 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 05AUG | | | | USD OUR: 0030530114XF | 164.55 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 05AUG | | | | USD OUR: 0014910114XF | 52,821.22 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 05AUG | | | | USD YOUR: NONREF OUR: 2123600218JO | 173,571.12 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO  ATTN: FPRS SSN: 024401? | | |
| 05AUG | | | | USD YOUR: NONREF OUR: 2123700218JO | 2,100,000.00 | FEDWIRE DEBIT /01100028 VIA: STATE ST BOS A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS)/TIME/16:36 /MAD: 080510GCBC004220 | | |
| 05AUG | | | | USD YOUR: NONREF OUR: 2123500218JO | 4,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS /MAD: 080510GC06C004141 | | |
| 06AUG | | | | USD YOUR: NONREF OUR: 1135100219JO | 425.00 | CHIPS DEBIT VIA: BANK OF AMERICA N.A. /0959 A/C: ACPAULBRSP SAO PAULO BRAZIL BEN: OKAHOMA COMERCIALE TEKNOLOGIA REF: INVOICE CNPJ 04328938 0001 96 SSN: 021869 | | |
| 06AUG | | | | USD OUR: 0031790114XF | 1,945.25 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 06AUG | | | | USD OUR: 0015270114XF | 22,753.82 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 06AUG | | | | USD YOUR: NONREF OUR: 2356900219JO | 700,000.00 | FEDWIRE DEBIT /01100028 VIA: STATE ST BOS A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Account No: | 016-001257 |
|---|---|
| Statement Start Date: | 31 JUL 2004 |
| Statement End Date: | 13 AUG 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 015 |
| | Page 12 of 15 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 06AUG | | 06AUG | USD | YOUR: NONREF OUR: 2356800219J0 | 1,500,000.00 | P (TRANSFER FUNDS)/TIME/16:03 IMAD: 0806B1QGC01C004625 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0806B1QGC06C004209 | | |
| 09AUG | | 09AUG | USD | OUR: 0031110114XF | 155.50 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | | |
| 09AUG | | 09AUG | USD | OUR: 0015350114XF | 50,787.08 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | | |
| 09AUG | | 09AUG | USD | YOUR: NONREF OUR: 2198100222J0 | 2,300,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU IMAD: 0809B1QGC02C003992 | | |
| 09AUG | | 09AUG | USD | YOUR: NONREF OUR: 2198000222J0 | 2,400,000.00 | P (TRANSFER FUNDS)/TIME/15:46 IMAD: 0809B1QGC04C003976 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0809B1QGC04C003976 | | |
| 10AUG | | 10AUG | USD | OUR: 0014750114XF | 23,437.56 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 | | |
| 10AUG | | 10AUG | USD | OUR: 0029850114XF | 300,054.77 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 | | |
| 10AUG | | 10AUG | USD | YOUR: NONREF OUR: 0788000223J0 | 841,214.12 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: HOURLY PAYROLL IMAD: 0810B1QGC03C001847 | | |
| 10AUG | | 10AUG | USD | YOUR: NONREF OUR: 0788100223J0 | 2,621,355.78 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON REF: SALARIED PAYROLL IMAD: 0810B1QGC04C002088 | | |

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| | | | | | |
|---|---|---|---|---|---|
| Account No: | 016-001257 | | | | |
| Statement Start Date: | 31 JUL 2004 | | | | |
| Statement End Date: | 13 AUG 2004 | | | | |
| Statement Code: | S00-USA-22 | | | | |
| Statement No: | 015 | | | | |
| | Page 13 of 15 | | | | |

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 10AUG | | 10AUG | USD | YOUR: NONREF<br>OUR: 2148600223J0 | 7,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/05300219<br>A/C: W. R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0810B1QGC07C004106 | | |
| 11AUG | | 11AUG | USD | OUR: 0030310114XF | 141.26 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 | | |
| 11AUG | | 11AUG | USD | YOUR: ACH OF 04/08/11<br>OUR: 0981700224HP | 40,100.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634-<br>AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 11AUG | | 11AUG | USD | OUR: 0014890114XF | 40,759.55 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | | |
| 11AUG | | 11AUG | USD | YOUR: NONREF<br>OUR: 2094200224J0 | 4,200,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/05300219<br>A/C: W. R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0811B1QGC06C003864 | | |
| 12AUG | | 12AUG | USD | OUR: 0030870114XF | 711.86 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 | | |
| 12AUG | | 12AUG | USD | OUR: 0015290114XF | 2,764.12 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | | |
| 12AUG | | 12AUG | USD | YOUR: ACH OF 04/08/12<br>OUR: 0011400225HP | 14,753.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 12AUG | | 12AUG | USD | OUR: 2259525955TC | 16,000.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:040812<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000029525955 EED:040812<br>IND ID:135114230<br>IND NAME:FED72005 | | |
| 12AUG | | 12AUG | USD | OUR: 2259525954TC | 24,100.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:040812<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000029525954 EED:040812<br>IND ID:135114230<br>IND NAME:FED72005 | | |
| 12AUG | | 12AUG | USD | YOUR: NONREF<br>OUR: 2144500225J0 | 4,200,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC | | |

◯ jpmorganchase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015
Page 14 of 15

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 13AUG | | | | USD OUR: 0031490114XF | 250.00 | /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0812B10GC02C004567 |
| 13AUG | | | | USD OUR: 2266929533TC | 1,508.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323881963 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040813 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000026929533 EED:040813 IND ID:ME-0100086 IND NAME:STATE OF MICHIGAN |
| 13AUG | | | | USD OUR: 2266929534TC | 13,245.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:040813 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000026929534 EED:040813 IND ID:10148551 IND NAME:STATE OF N. CAROLINA |
| 13AUG | | | | USD OUR: 0015470114XF | 14,891.88 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523196705 |
| 13AUG | | | | USD YOUR: NONREF OUR: 2187600226J0 | 1,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0813B1QGC01C004070 |
| 13AUG | | | | USD YOUR: NONREF OUR: 0337300226J0 | 1,117,155.91 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FFRST DEPOSITORY REF: FFRST PLAN 89994 W.R. GRACE & CO. ATTN: FPRS |
| 13AUG | | | | USD YOUR: NONREF OUR: 2187500226J0 | 2,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 IMAD: 0813B1QGC03C001150 A/C: MERRILL LYNCH PREMIER INSTITUT |

American Express

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 31 JUL 2004
Statement End Date: 13 AUG 2004
Statement Code: S00-USA-22
Statement No: 015

Page 15 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances - Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

REF: FFC TO ACCOUNT 3323735 NO WR G
RACE & CO. - CONN ATTN:MERRILL GROU
P (TRANSFER FUNDS)/TIME/15:32
IMAD: 0813B1Q6C06C004313

## CHECKS

*No Activity*

Chase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 14 AUG 2004
Statement End Date: 31 AUG 2004
Statement Code: S00-USA-22
Statement No: 016
Page 1 of 21

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 44 | 107,263,654.45 |
| Total Debits (incl. checks) | 80 | 107,241,880.82 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| Opening (14 AUG 2004) | | Closing (31 AUG 2004) | |
|---|---|---|---|
| Ledger | 206,497.77 | Ledger | 228,271.40 |

### LEDGER BALANCES

| Date | Amount |
|---|---|
| 16AUG | 207,865.40 |
| 17AUG | 251,766.56 |
| 18AUG | 283,030.59 |
| 19AUG | 213,943.02 |
| 20AUG | 273,089.90 |
| 23AUG | 572,900.18 |
| 24AUG | 258,621.22 |
| 25AUG | 236,743.83 |
| 26AUG | 240,527.16 |
| 27AUG | 229,705.94 |
| 30AUG | 224,591.73 |
| 31AUG | 228,271.40 |

### CREDITS

| Post Ledger Date | Value Date | Amount | References | Credit Field | Description |
|---|---|---|---|---|---|
| 16AUG | 16AUG | 274,359.17 | USD YOUR: MMK OF 04/08/16 OUR: 0056200229ES | | BOOK TRANSFER CREDIT B/O: JAY PEAK LLC GARDEN CITY NY 11530- |
| 16AUG | 16AUG | 2,361,309.33 | USD YOUR: O/B WACHOVIA BK OUR: 0155614229FF | | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO.- CONN. COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0816E3B75D1C001713 |
| 16AUG | 16AUG | 4,301,083.83 | USD YOUR: O/B BKAM IL CG0 OUR: 0144308229FF | | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CG0 BBI =/TIME/11:07 IMAD: 0816G1QFGY2C000305 |
| 17AUG | 17AUG | 2,000,000.00 | USD YOUR: MAESTRO OUR: 0358708230FF | | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 |

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MANY DAY FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERRONEOUS OR IMPROPER CHARGE OR CREDIT UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN 30 DAYS OF THE DELIVERY OR MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Account No: 016-001257
Statement Start Date: 14 AUG 2004
Statement End Date: 31 AUG 2004
Statement Code: S00-USA-22
Statement No: 016
Page 2 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | Val Ledger Date | Value Date | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | **CREDITS CONTINUED** | | |
| 17AUG | | 17AUG | USD YOUR: 0/B WACHOVIA BK OUR: 0264303230FF | 2,527,856.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 0817A1Q002HC001736 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /05300219 B/O: W R GRACE & CO. - CONN. COLUMBIA MD 21044-4098 | | |
| 17AUG | | 17AUG | USD YOUR: 0/B BKAM IL CG0 OUR: 0078201230FF | 2,650,138.80 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0817E3B75D1C002509 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B BKAM IL CG0 BBI =/TIME/10:21 | | |
| 18AUG | | 18AUG | USD YOUR: 26246046 OUR: 0183603231FF | 247,324.52 | IMAD: 0817G1QFGY2C000233 FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: HARTFORD LIFE COLI HARTFORD CT 06115 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=26246046 OBI=DEATH CLAIMS FOR MB038 AND MB039 BBI=/TIM IMAD: 0818A1QF148C003339 | | |
| 18AUG | | 18AUG | USD YOUR: 0/B WACHOVIA BK OUR: 0139008231FF | 281,467.17 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B WACHOVIA BK BBI =/TIME/11:50 | | |

JPMorganChase

Statement of account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:            016-001257
Statement Start Date:  14 AUG 2004
Statement End Date:    31 AUG 2004
Statement Code:        S00-USA-22
Statement No:          016

Page 3 of 21

| Ledger Date | Value Date | T | Reference | Credit/Bank | Description | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 18AUG | 18AUG | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0082208231FF | 2,262,400.01 | IMAD: 081E3B75D2C000836<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0/B BKAM IL CGO BBI<br>=/TIME/10:29 |
|---|---|---|---|---|---|

| 18AUG | 18AUG | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0117414231FF | 2,287,181.00 | IMAD: 0818G10FGY2C000258<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |

| 19AUG | 19AUG | USD YOUR: 0408194006 31<br>OUR: 0272103232FF | 3,644.00 | IMAD: 081E3B75D1C001302<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA NJ/PA/NY<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0408194006 31 OB1=ST<br>OCK OPTION EXERCISE TAX AUG 13 BBI= |

| 19AUG | 19AUG | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0098408232FF | 501,627.00 | IMAD: 0819E3B75DAC003250<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO |

| 19AUG | 19AUG | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0106502232FF | 1,206,949.13 | IMAD: 0819E3B75D1C001115<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039 |

TS

Account No: 016-001257
Statement Start Date: 14 AUG 2004
Statement End Date: 31 AUG 2004
Statement Code: S00-USA-22
Statement No: 016
Page 4 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | Reference | F | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 19AUG | | 19AUG | USD YOUR: MAESTRO OUR: 0287701232FF | | 5,000,000.00 | B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00000000160 RFB=O/B BKAM IL CGO BBI =/TIME/10.50 /MAD: 0819G1QFGY2C000336 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=MAESTRO OBI=FUND-31 8-P 1-S 1 ML PREMIER FUND BBI=/TIME /MAD: 0819A1Q02HC001345 | | |
| 20AUG | | 20AUG | USD YOUR: 04082040059O OUR: 0265603233FF | | 7,200.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA NJ/PA/NY /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-132B REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00000000160 RFB=04082040059O OBI=ST OCK OPTION EXERCISE COST AUG 13 BBI /MAD: 0820E3B75DAC003792 | | |
| 20AUG | | 20AUG | USD OUR: 23325722229TC | | 253,039.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022572229 EED:040820 IND ID:9016001257 IND NAME:EFT FILE NAME: R232015 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199 CO EFF DATE: 04/08/20 | | |
| 20AUG | | 20AUG | USD YOUR: O/B BKAM IL CGO OUR: 0106701233FF | | 1,174,725.49 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00000000160 RFB=O/B BKAM IL CGO BBI | | |

JPMorganChase

Statement of Account

Account No:        016-001257
Statement Start Date:  14 AUG 2004
Statement End Date:    31 AUG 2004
Statement Code:        S00-USA-22
Statement No:          016

Page 5 of 21

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Posting Date | All Other Date | Value Date | T | T | Reference | Credit/Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**20AUG**    20AUG USD YOUR: O/B WACHOVIA BK    OUR: 0122814233FF    1,634,323.00
=/TIME/10:49
/MAD: 0820GIQF6Y2C000327
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC,NA
/053000219
COLUMBIA MD 21044-4098
B/O: W R GRACE & CO-CONN
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0000000160 RFB=0/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO
/MAD: 0820E3B75D1C001409

**23AUG**    23AUG USD YOUR: 04082340866    OUR: 0381114236FF    2,582.06
FEDWIRE CREDIT
VIA: WACHOVIA BANK NA NJ/PA/NY
/031201467
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA PA-1328
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0000000160 RFB=04082340866 OBI=ST
OCK OPTION EXERCISE TAX TD AUG 17 2
/MAD: 0823E3B75DAC004460

**23AUG**    23AUG USD YOUR: 04082340864    OUR: 0375302236FF    4,320.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK NA NJ/PA/NY
/031201467
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA PA-1328
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0000000160 RFB=04082340864 OBI=ST
OCK OPTION EXERCISE TAX YF SIH 17 2
/MAD: 0823E3B75DAC004449

**23AUG**    USD OUR: 2360386500TC    346,216.42
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:AON CORPORATION
ORIG ID:9005551498 DESC DATE:040820
CO ENTRY DESCR:ACH PYMT  SEC:CCD
TRACE#:021000020386500 EED:040823
IND ID:
IND NAME:W R GRACE AND CO CONN
RFB***RETIREDB\

**23AUG**    23AUG USD YOUR: MAESTRO    OUR: 0381803236FF    1,400,000.00
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-001257
Statement Start Date: 14 AUG 2004
Statement End Date: 31 AUG 2004
Statement Code: S00-USA-22
Statement No: 016

Page 6 of 21

| Post Date | Val Ledger Date | Value Date | F X | References | Credit / Debit | Description | Date | Closing / Balance / Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 23AUG | | 23AUG | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0149914236FF | 1,634,323.00 | COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S016 MI PREMIER FUND BBI=/TIME<br>/MAD: 0823ALQ002DC001493<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN | | |
| 23AUG | | 23AUG | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0134701236FF | 2,143,986.72 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0823E3B75DIC001665<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W R GRACE & CO.-CONN. | | |
| 24AUG | | 24AUG | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0191007237FF | 1,315,226.00 | COLUMBIA. MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0/B BKAM IL CGO BBI<br>=/TIME/11:43<br>/MAD: 0823GIQFGY2C000343<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN | | |
| 24AUG | | 24AUG | USD | YOUR: MAESTRO<br>OUR: 0286501237FF | 1,700,000.00 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>/MAD: 0824E3B75DIC002345<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=MAESTRO OBI=FUND-31 | | |

Statement of Account

ſpmorganchase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:               016-001257
Statement Start Date:     14 AUG 2004
Statement End Date:       31 AUG 2004
Statement Code:           S00-USA-22
Statement No:             016
                          Page 7 of 21

| Ledger Date | Val Ledger Date | Value Date | References | F | Credits/Debits | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

24AUG    24AUG  USD YOUR: O/B BKAM IL CGO
OUR: 0193110237FF
2,004,690.78
8-P 1-S 1 ML PREMIER FUND BBI=/TIME
IMAD: 0824A10002CC001339
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00000000160 RFB=O/B BKAM IL CGO BBI
=/TIME/13.21

24AUG    24AUG  USD YOUR: MAESTRO
OUR: 0066503237FF
4,000,000.00
IMAD: 0824G10FGY2C000597
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00000000160 RFB=MAESTRO OBI=FUND=31
8-P 1-S 1 ML PREMIER FUND BBI=/TIME

25AUG    25AUG  USD YOUR: MAESTRO
OUR: 0369901238FF
1,200,000.00
IMAD: 0824A10002BC000045
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00000000160 RFB=MAESTRO OBI=FUND=31
8-P 1-S 1 ML PREMIER FUND BBI=/TIME

25AUG    25AUG  USD YOUR: O/B WACHOVIA BK
OUR: 0302801238FF
1,334,650.00
IMAD: 0824A10002HC001338
FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC NA
/053000219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
00000000160 RFB=O/B WACHOVIA BK OBI
=FUNDS TRANSFER FROM DAVISON LOCKBO

25AUG    25AUG  USD YOUR: O/B BKAM IL CGO
OUR: 0300801238FF
2,050,497.39
IMAD: 0825E3875DIC002634
FEDWIRE CREDIT
VIA: BANK OF AMERICA

Account No: 016-001257
Statement Start Date: 14 AUG 2004
Statement End Date: 31 AUG 2004
Statement Code: S00-USA-22
Statement No: 016
Page 8 of 21

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | All Ledger Date | F/C | TS | References | Credit / Debit No | Description | Closing Balances Date / Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 26AUG | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0185602239FF | 773,286.00 | /071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-O<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/14:04<br>IMAD: 0825G19FGY2C000884<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219 | |
| 26AUG | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0191014239FF | 937,015.64 | B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-O<br>0000000160 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 0826E3B75D1C002132<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039 | |
| 26AUG | | | | USD YOUR: MAESTRO<br>OUR: 0353309239FF | 6,800,000.00 | B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-O<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/12:52<br>IMAD: 0826G1QFGY2C000617<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028 | |
| 27AUG | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0250207240FF | 289,470.88 | B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-O<br>0000000160 RFB=MAESTRO OBI=FUND-31<br>8-7 1-S 1 ML PREMIER FUND BBI=/TIME<br>IMAD: 0826A1Q002CC001454<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | |

Statement of Account

in U.S. Dollars

Account No: 016-001257
Statement Start Date: 14 AUG 2004
Statement End Date: 31 AUG 2004
Statement Code: S00-USA-22
Statement No: 016

Page 9 of 21

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Posted Date | All Ledger Value Date | T | References | Credit/Debit | Description |
|---|---|---|---|---|---|

## CREDITS CONTINUED

| Posted Date | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| | | | | | ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B WACHOVIA BK BBI =/TIME/14:04 |
| 27AUG | 27AUG | USD | YOUR: O/B WACHOVIA BK OUR: 0257108240FF | 853,291.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 0827E3B75D1C003123 |
| 27AUG | 27AUG | USD | YOUR: O/B BKAM IL CGO OUR: 0255508240FF | 2,264,153.90 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI =/TIME/14:00 IMAD: 0827G1QFGY2C000954 |
| 27AUG | 27AUG | USD | YOUR: 6008237125300001 OUR: 1337500240FC | 10,713,471.29 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-0000000000160 O RG=/6008325611137 GRACE COLLECTION I NC. OGB=BANK OF AMERICA NT AND SA L ONDON ENGLAND E14 5AQ SSN: 0083915 IMAD: 0827G1QFGY2C000954 |
| 30AUG | 30AUG | USD | YOUR: O/B BKAM IL CGO OUR: 0375814243FF | 1,489,903.08 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI =/TIME/16:20 IMAD: 0830G1QFGY2C001606 |