IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: November 23, 2004 @ 4:00 p.m. |

**THIRTY-EIGHTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *September 1, 2004 through and including September 30, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$24,483.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$836.33*

This is a(n):    **x**    monthly        __    interim application

KL2:2360359.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20,392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

- 2 -

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $18,704.00<br>$633.86 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | $51,487.00<br>$1,619.93 |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 |
| September 25, 2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |

KL2:2360359.1

|  |  |  |  |
|---|---|---|---|
| May 5, 2004 | February 1, 2004<br>February 29, 2004 | $8,888.00<br>$545.85 | $7,110.40<br>$545.85 |
| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $13,807.50<br>$472.11 | $11,643.00<br>$472.11 |
| November 1, 2004 | January 1, 2004<br>March 31, 2004 | $48,415.50<br>$1,840.66 | pending |
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$383.90 | $11,728.21<br>$383.90 |
| August 3, 2004 | May 1, 2004<br>May 31, 2004 | $10,840.00<br>$1,279.24 | $8,672.00<br>$1,279.24 |
| August 23, 2004 | June 1, 2004<br>June 30, 2004 | $23,202.00<br>$172.12 | pending |
| October 1, 2004 | July 1, 2004<br>July 31, 2004 | $13,523.50<br>$33.62 | pending |
| October 29, 2004 | August 1, 2004<br>August 31, 2004 | $9,543.50<br>$125.25 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 7.00 | $ 3,955.00 |
| Mayer, Thomas Moers | 690.00 | 0.30 | $207.00 |
| Becker, Gary M. | 495.00 | 22.30 | $ 11,038.50 |
| Klein, David | 390.00 | 2.60 | $ 1,105.00 |
| Dimos, Bill | 250.00 | 29.20 | $7,300.00 |
| Mangual, Kathleen | 195.00 | 3.50 | $ 1,170.00 |
| Cotto, Lisa | 195.00 | 1.00 | $ 156.00 |
| **Total** |  | **65.90** | **$24,483.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 9/1/04 through 9/30/04 | Total Fees for the Period 9/1/04 through 9/30/04 |
|---|---|---|
| Case Administration | 6.50 | $2,105.50 |
| Creditor Committee | 45.20 | $15,656.50 |
| Bankruptcy Motions | 2.50 | $1,237.50 |
| Reorganization Plan | 0.30 | $169.50 |
| Fee Applications, Applicant | 1.70 | $421.50 |

- 4 -

KL2:2360359.1

| | | |
|---|---|---|
| Claim Analysis Objection | 1.70 | $932.50 |
| Hearings | 3.50 | $1,732.50 |
| Travel/Non Working | 4.50 | $2,227.50 |
| **Total** | **65.90** | **$24,483.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 9/1/04 through 9/30/04 |
|---|---|
| Photocopying | $193.20 |
| Long-Distance Tel. | $3.25 |
| Westlaw On-Line Research | $550.99 |
| Lexis/Nexis On-Line Research | $56.41 |
| Cab Fares | $14.00 |
| Document Retreival Fees | $18.48 |
| **Total** | **$836.33** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: November 1, 2004

- 5 -

KL2:2360359.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.80 | 495.00 | 396.00 |
| KLEIN, DAVID | CRED | 2.60 | 425.00 | 1,105.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.10 | 195.00 | 604.50 |
| Subtotal | | 6.50 | $ | 2,105.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.40 | 565.00 | 3,051.00 |
| MAYER, THOMAS MOERS | CRED | 0.30 | 690.00 | 207.00 |
| BECKER, GARY M. | CRED | 10.30 | 495.00 | 5,098.50 |
| DIMOS, BILL | CRED | 29.20 | 250.00 | 7,300.00 |
| Subtotal | | 45.20 | $ | 15,656.50 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.50 | 495.00 | 1,237.50 |
| Subtotal | | 2.50 | $ | 1,237.50 |

### REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 565.00 | 169.50 |
| Subtotal | | 0.30 | $ | 169.50 |

KL4:2109906.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.30 | 495.00 | 148.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.40 | 195.00 | 78.00 |
| COTTO, LISA | CRED | 1.00 | 195.00 | 195.00 |
| | Subtotal | 1.70 | $ | 421.50 |

*CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.30 | 565.00 | 734.50 |
| BECKER, GARY M. | CRED | 0.40 | 495.00 | 198.00 |
| | Subtotal | 1.70 | $ | 932.50 |

*HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 3.50 | 495.00 | 1,732.50 |
| | Subtotal | 3.50 | $ | 1,732.50 |

*TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 4.50 | 247.50 | 2,227.50 |
| | Subtotal | 4.50 | $ | 2,227.50 |
| | Total | 65.90 | $ | 24,483.00 |

KL4:2109906.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 7.00 | 565.00 | 3,955.00 |
| MAYER, THOMAS MOERS | PARTNER | 0.30 | 690.00 | 207.00 |
| BECKER, GARY M. | SPEC COUNS | 22.30 | 495.00 | 11,038.50 |
| KLEIN, DAVID | ASSOCIATE | 2.60 | 425.00 | 1,105.00 |
| DIMOS, BILL | ASSOCIATE | 29.20 | 250.00 | 7,300.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 3.50 | 195.00 | 682.50 |
| COTTO, LISA | PARALEGAL | 1.00 | 195.00 | 195.00 |
| Total | | 65.90 | | $24,483.00 |

KL4:2109906.1

## SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

| DISBURSEMENTS * | AMOUNT |
|---|---:|
| PHOTOCOPYING | 193.20 |
| LONG-DISTANCE TEL. | 3.25 |
| WESTLAW ON - LINE RESEARCH | 550.99 |
| LEXIS / NEXIS ON -LINE RESEAR | 56.41 |
| CAB FARES | 14.00 |
| DOCUMENT RETRIEVAL FEES | 18.48 |
| Subtotal | $836.33 |

KL4:2109906.1

```
alp_132rc: Client Analysis Sheet                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    1
Run Date & Time: 10/29/04 18:52:54                    *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE     Worked : 12/31/99 thru 10/29/04
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 6.50 | 2,105.50 | 40.13 | 2,145.63 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 45.20 | 15,656.50 | 760.58 | 16,417.08 | BENTLEY PHILIP - 02495 | M | B |
| 00005 | BANKR. MOTIONS | 2.50 | 1,237.50 | 0.00 | 1,237.50 | BENTLEY PHILIP - 02495 | M | B |
| 00007 | REORGANIZATION PLAN | 0.30 | 169.50 | 0.00 | 169.50 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 1.70 | 421.50 | 0.00 | 421.50 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 1.70 | 932.50 | 21.62 | 954.12 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 3.50 | 1,732.50 | 14.00 | 1,746.50 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 4.50 | 2,227.50 | 0.00 | 2,227.50 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 65.90 | 24,483.00 | 836.33 | 25,319.33 | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

```
alp_132c: Client Summary                                                                              PAGE    1
Run Date & Time: 10/29/2004 18:52:50

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

                                              PRE-BILLING SUMMARY REPORT

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                              FEES                                   COSTS
                              ----                                   -----
   UNBILLED TIME FROM:  01/01/1901                        TO:  09/30/2004
   UNBILLED DISB FROM:  01/01/1901                        TO:  09/30/2004

GROSS BILLABLE AMOUNT:              24,483.00                              836.33
AMOUNT WRITTEN DOWN:
            PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
          THRU DATE:   09/30/2004                               09/30/2004
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                            ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                            --------------------------              --------------
   DISBURSEMENTS:              80,344.00      UNIDENTIFIED RECEIPTS:        0.00
        FEES:              1,532.72           PAID FEE RETAINER:            0.00
   FEE RETAINER:                0.00          PAID DISB RETAINER:           0.00
   DISB RETAINER:               0.00          TOTAL AVAILABLE FUNDS:        0.00
   TOTAL OUTSTANDING:       97,478.90         TRUST BALANCE:

                                              BILLING HISTORY
                                              ---------------
DATE OF LAST BILL:     10/28/04               LAST PAYMENT DATE:       10/18/04
LAST BILL NUMBER:       398416                ACTUAL FEES BILLED TO DATE:  766,637.50
                                              ON ACCOUNT FEES BILLED TO DATE:   0.00
                                              TOTAL FEES BILLED TO DATE:   766,637.50
LAST BILL THRU DATE:   08/31/04               FEES WRITTEN OFF TO DATE:    581,809.68

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
     (2) Late Time & Costs Posted (5) Business Development    (8) Premium
     (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_1132c: Client Summary                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
Run Date & Time: 10/29/2004 18:52:53                        *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

U N B I L L E D   T I M E   S U M M A R Y ------------------- Total Unbilled -------------------
Emp Id Employee Name              Group             Oldest    Latest     Total      Total
                                                    Entry     Entry      Hours      Amount
------ ---------------------      ----------        --------  --------   --------   ----------
02495  BENTLEY, PHILIP            PARTNER           09/05/04  09/30/04      7.00     3,955.00
03976  MAYER, THOMAS MOERS        PARTNER           09/07/04  09/07/04      0.30       207.00
05292  BECKER, GARY M.            SPEC COUNSEL      09/02/04  09/30/04     22.30    11,038.50
05646  KLEIN, DAVID               ASSOCIATE         09/01/04  09/28/04      2.60     1,105.00
06208  DIMOS, BILL                ASSOCIATE         09/13/04  09/30/04     29.20     7,300.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN          PARALEGAL         09/02/04  09/30/04      3.50       682.50
05623  COTTO, LISA                PARALEGAL         09/27/04  09/27/04      1.00       195.00
                                                                         --------   ----------
                     Total:                                                65.90    24,483.00

U N B I L L E D   C O S T S   S U M M A R Y ------------------- Total Unbilled -------------------
Code   Description                                  Oldest    Latest     Total
                                                    Entry     Entry      Amount
------ ---------------------                        --------  --------   ----------
0820   PHOTOCOPYING                                 09/14/04  09/30/04     193.20
0885   LONG-DISTANCE TEL.                           09/30/04  09/30/04       3.25
0917   WESTLAW ON - LINE RESEARCH                   09/27/04  09/30/04     550.99
0921   LEXIS / NEXIS ON -LINE RESEAR                09/28/04  09/28/04      56.41
0940   CAB FARES                                    09/27/04  09/27/04      14.00
0972   DOCUMENT RETRIEVAL FEES                      09/30/04  09/30/04      18.48
                                                                         ----------
                     Total                                                 836.33

                                                                         ==========
                     Grand Total                                         25,319.33

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/29/04 18:52:53)
                         ------- Billed --------    Applied     ---- Collections ----    Balance
Bill Date Thru Date Bill#    Fee & OA  Disbursement  From OA    Total         Date        Due
---------- --------- -----  ----------  ----------- ---------  ----------  ----------    -------
           YEAR 2001        136,341.00   15,690.88             152,031.88
           YEAR 2002        259,919.32   22,173.41             282,092.73
01/31/03   12/31/02  364671   9,252.50      733.32               9,985.82  03/25/03
02/20/03   01/31/03  365684   9,461.50      927.47              10,388.97  04/11/03
03/19/03   02/28/03  367178  11,503.50      240.08              11,743.58  10/23/03
04/29/03   03/31/03  369330  26,969.00      452.38              27,421.38  10/23/03
05/16/03   04/30/03  370445   7,508.50      668.12               8,176.62  12/26/03
06/17/03   05/31/03  371897   9,243.50      107.57               9,351.07  12/26/03
07/24/03   06/30/03  373811   9,790.00      137.09               9,927.09  12/26/03
08/31/03   07/31/03  375389   7,840.00       27.75               7,867.75
09/30/03   08/31/03  376733   9,815.50      130.93               9,946.43  05/10/04
11/14/03   09/30/03  379590  14,930.00      227.75              15,157.75  12/26/03
11/30/03   10/31/03  380293  13,134.00      174.04              13,308.04  07/02/04
12/31/03   11/30/03  381784  13,331.00      273.00              13,604.00  02/27/04
01/29/04   12/31/03  382765  17,595.00    1,599.14              19,194.14  07/02/04
02/25/04   01/31/04  384579   8,979.00      436.47               9,415.47  04/13/04
```

```
alp_132c: Client Summary                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    3
Run Date & Time: 10/29/2004 18:52:53                              *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/29/04 18:52:53)
                                                                   Applied         ------ Collections ------   Balance
Bill Date Thru Date  Bill#       Fee & OA    Disbursement           From OA         Total             Date      Due
-----------------------------------------------------------------------------------------------------------------------
04/30/04 02/29/04    388529       7,701.50         545.85                          8,247.35         10/18/04
05/27/04 04/30/04    390208      12,436.50         469.11                         12,905.61         08/03/04
06/29/04 05/31/04    391727      14,237.00         389.30                               .00                     14,626.30
07/31/04 06/30/04    392045      10,840.00       1,279.24                          9,951.24         10/18/04     2,168.00
08/23/04 06/30/04    394084      22,954.50         148.22                               .00                     23,102.72
09/29/04 06/30/04    396938       6,958.00          33.62                               .00                      6,991.62
09/29/04 07/31/04    396938       9,543.50         125.25                               .00                      9,668.75
10/28/04 08/31/04    398416      24,483.00         836.33                               .00                     25,319.33
10/29/04 02/28/03    398942

              Total:            674,767.32      47,826.32                        640,716.92                     81,876.72
```

```
alp_132r: Matter Detail                                                                                                        PAGE    1
Run Date & Time: 10/29/2004 18:52:48

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

                                                PRE-BILLING SUMMARY REPORT

Matter No: 056772-00001                                             Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

----------------------------------------------------------------------------------------------------------------------------------
                         UNBILLED TIME FROM:   09/01/2004     TO:    09/30/2004
                         UNBILLED DISB FROM:   09/28/2004     TO:    09/30/2004
----------------------------------------------------------------------------------------------------------------------------------
                                                             FEES                COSTS
                                                          ----------         ----------
          GROSS BILLABLE AMOUNT:                            2,105.50              40.13
          AMOUNT WRITTEN DOWN:
                    PREMIUM:
          ON ACCOUNT BILLED:
          DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
          THRU DATE:                                      09/30/2004         09/30/2004
          CLOSE MATTER/FINAL BILLING?    YES OR NO
          EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                          BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

          BILLING COMMENTS:


----------------------------------------------------------------------------------------------------------------------------------
                                            ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                   FEES:                       12,689.50
                   DISBURSEMENTS:                 318.95    UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:                    0.00    PAID FEE RETAINER:              0.00
                   DISB RETAINER:                   0.00    PAID DISB RETAINER:             0.00
                   TOTAL OUTSTANDING:          13,008.45    TOTAL AVAILABLE FUNDS:          0.00
                                                            TRUST BALANCE:
                                                            BILLING HISTORY
                   DATE OF LAST BILL:          10/29/04     LAST PAYMENT DATE:              10/18/04
                   LAST BILL NUMBER:             398942     ACTUAL FEES BILLED TO DATE:  218,176.50
                                                            ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                            TOTAL FEES BILLED TO DATE:  218,176.50
                   LAST BILL THRU DATE:                     FEES WRITTEN OFF TO DATE:    76,948.00

FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
            (1) Exceeded Fixed Fee       (4) Excessive Legal Time       (7) Fixed Fee
            (2) Late Time & Costs Posted (5) Business Development       (8) Premium
            (3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding             (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Matter Detail                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    2
Run Date & Time: 10/29/2004 18:52:48                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                             Status    : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y        ------------ Total Unbilled -------------
Emp Id Employee Name                    Group         Oldest      Latest         Hours         Amount
                                                      Entry       Entry
05292 BECKER, GARY M.                   CRED         09/24/04    09/28/04         0.80          396.00
05646 KLEIN, DAVID                      CRED         09/01/04    09/28/04         2.60        1,105.00
       PARAPROFESSIONALS
05208 MANGUAL, KATHLEEN                 CRED         09/02/04    09/30/04         3.10          604.50
                                                                               -------       ---------
                            Total:                                                6.50        2,105.50

Sub-Total Hours :   0.00 Partners    0.80 Counsels    2.60 Associates    3.10 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y    ----------- Total Unbilled -----------
Code Description                                      Oldest      Latest         Total
                                                      Entry       Entry          Amount
0820  PHOTOCOPYING                                   09/28/04    09/28/04         18.40
0885  LONG-DISTANCE TEL.                             09/30/04    09/30/04          3.25
0972  DOCUMENT RETRIEVAL FEES                        09/02/04    09/30/04         18.48
                                                                                -------
                            Total                                                 40.13

                            Grand Total                                        2,145.63
                                                                               ========

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)
                            ------- Billed --------    ---- Applied ----    -- Collections ----    Balance
Bill Date Thru Date Bill#   Fee & OA     Disbursement  From OA    Total     Date                   Due
YEAR 2001                  71,036.50       8,160.18                         79,196.68
YEAR 2002                  63,892.50      13,613.26                         77,505.76
01/31/03 12/31/02 364671    6,081.00         733.32                          6,814.32  03/25/03
02/20/03 01/31/03 365684    2,264.50         904.37                          3,168.87  04/11/03
03/19/03 02/28/03 367178    1,726.50         175.30                          1,901.80  05/27/03
04/29/03 03/31/03 369330    4,200.00         435.90                          4,635.90  10/23/03
05/16/03 04/30/03 370445    4,021.00         627.57                          4,648.57  10/23/03
06/17/03 05/31/03 371897    3,418.50         105.57                          3,524.07  12/26/03
07/24/03 06/30/03 373811    2,578.50         135.30                          2,713.80  10/23/03
08/31/03 07/31/03 375389    3,533.50          13.06                          3,546.56  11/28/03
09/30/03 08/31/03 376733    3,660.00          89.89                          3,749.89  12/08/03
11/14/03 09/30/03 379590    3,721.50         225.75                          3,947.25  12/26/03
11/30/03 10/31/03 380293    3,546.00         155.04                          3,701.04  02/27/04
12/31/03 11/30/03 381784    3,986.00          48.00                          4,034.00  02/27/04
01/29/04 12/31/03 382765    6,246.50       1,364.34                          7,610.84  02/27/04
02/25/04 01/31/04 384579    4,124.00         436.47                          4,560.47  04/13/04
04/30/04 02/29/04 388529    2,552.50          43.85                          2,596.35  06/29/04
05/27/04 04/30/04 390208    2,589.00         114.15                          2,703.15  08/03/04
06/29/04 05/31/04 391727    2,331.00          13.05                                                2,344.05
```

```
alp_132r: Matter Detail                                                                                                    PAGE    3
Run Date & Time: 10/29/2004 18:52:48

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)

                        -------- Billed --------     ------- Applied ------- ---- Collections ----       Balance
Bill Date Thru Date Bill#    Fee & OA   Disbursement    From OA       Total       Date                     Due
-------------------------    --------   ------------    -------       -----       ----                   -------
07/31/04 06/30/04 392045    3,114.00          87.30                3,201.30     10/18/04
08/23/04 06/30/04 394084    3,718.50         125.39                      .00                             3,843.89
09/29/04 07/31/04 396938    2,463.00          19.50                      .00                             2,482.50
10/28/04 08/31/04 398416    2,071.50         120.88                      .00                             2,192.38
10/29/04 08/31/04 398942    2,105.50          40.13                      .00                             2,145.63
                                                                                                        ---------
                Total:    208,981.50      27,787.57              223,760.62                             13,008.45
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE     4
Run Date & Time: 10/29/2004 18:52:48                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                            Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE
```

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 09/01/04 | review pleadings/filings, distr same as necessary. | 0.40 | 170.00 | 5306832 | 09/21/04 |
| MANGUAL, KATHLEEN | 09/02/04 | retreival of Informational Brief, Supplemental and Reply Brief per GB (.90) | 0.90 | 175.50 | 5333494 | 10/01/04 |
| KLEIN, DAVID | 09/02/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346875 | 10/12/04 |
| KLEIN, DAVID | 09/03/04 | receive email/call from S.Gidumal re financial advisor, review filings; response re same. | 0.60 | 255.00 | 5346866 | 10/12/04 |
| KLEIN, DAVID | 09/08/04 | review pleadings/filings, distr same as necessary. | 0.10 | 42.50 | 5346867 | 10/12/04 |
| KLEIN, DAVID | 09/09/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346868 | 10/12/04 |
| KLEIN, DAVID | 09/14/04 | review pleadings/filings, distr same as necessary. | 0.50 | 212.50 | 5346865 | 10/12/04 |
| KLEIN, DAVID | 09/21/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346869 | 10/12/04 |
| MANGUAL, KATHLEEN | 09/22/04 | organization of files (1.1) | 1.10 | 214.50 | 5328184 | 09/30/04 |
| KLEIN, DAVID | 09/22/04 | review filings. | 0.10 | 42.50 | 5346870 | 10/12/04 |
| BECKER, GARY M. | 09/24/04 | Prepare for omnibus hearing and email local counsel re same. | 0.50 | 247.50 | 5328221 | 09/30/04 |
| BECKER, GARY M. | 09/28/04 | Review new pleadings | 0.30 | 148.50 | 5266682 | 09/30/04 |
| KLEIN, DAVID | 09/28/04 | review pleadings/filings, distr same as necessary. | 0.30 | 127.50 | 5346871 | 10/12/04 |
| MANGUAL, KATHLEEN | 09/30/04 | organization of files; chron correspondence and update index (1.1) | 1.10 | 214.50 | 5331325 | 10/01/04 |
| | | Fee Total | 6.50 | 2,105.50 | | |

UNBILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | MANGUAL, K M | 09/28/04 | 17.02 | 6711506 | 120810 | 09/29/04 |
| PHOTOCOPYING | | MANGUAL, K M | 09/28/04 | 1.38 | 6711507 | 120810 | 09/29/04 |
| | | 0820 PHOTOCOPYING Total : | | 18.40 | | | |
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL. | | BENTLEY, P | 09/30/04 | 3.25 | 6715846 | 120965 | 10/01/04 |
| 410531417O | | | | | | | |

```
alp_132r: Matter Detail                                                                                         PAGE   5
Run Date & Time: 10/29/2004 18:52:48
                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code          Employee          Date       Amount        Index#      Batch No   Batch Date
---------------------------------------------------------------------------------------------------------

DOCUMENT RETRIEVAL F           0972
  DOCUMENT RETRIEVAL F            PIZZARELLO, C.    09/30/04    18.48      6736266    135603   10/18/04
                                                    0972 DOCUMENT RETRIEVAL F Total :    18.48

                                                    0885 LONG-DISTANCE TEL. Total :       3.25

                             Costs Total :         40.13
```

```
alp_132r: Matter Detail                                                                                                    PAGE    6
Run Date & Time: 10/29/2004 18:52:48

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No.: 056772-00001                                     Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name                  Hours      Amount          Bill       W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward

BECKER, GARY M.                 0.80      396.00
KLEIN, DAVID                    2.60    1,105.00
MANGUAL, KATHLEEN               3.10      604.50

         Total:                 6.50    2,105.50

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                          Amount          Bill       W/o / W/u       Transfer To     Clnt/Mtr    Carry Forward

0820  PHOTOCOPYING                         18.40
0885  LONG-DISTANCE TEL.                    3.25
0972  DOCUMENT RETRIEVAL FEES              18.48

         Costs Total :                     40.13
```