```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      7
Run Date & Time: 10/29/2004 18:52:48                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:   09/02/2004   TO:  09/30/2004
    UNBILLED DISB FROM:   09/14/2004   TO:  09/30/2004

                                        FEES              COSTS
                                      ---------         ---------
    GROSS BILLABLE AMOUNT:            15,656.50           760.58
    AMOUNT WRITTEN DOWN:
                 PREMIUM:
       ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:                           09/30/2004
    CLOSE MATTER/FINAL BILLING?    YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

                              BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:




                                   ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

              FEES:                27,274.00    UNIDENTIFIED RECEIPTS:          0.00
     DISBURSEMENTS:                   776.70        PAID FEE RETAINER:          0.00
      FEE RETAINER:                     0.00       PAID DISB RETAINER:          0.00
     DISB RETAINER:                     0.00     TOTAL AVAILABLE FUNDS:         0.00
    TOTAL OUTSTANDING:             28,050.70          TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
    DATE OF LAST BILL:           10/29/04          LAST PAYMENT DATE:      10/18/04
    LAST BILL NUMBER:             398942      ACTUAL FEES BILLED TO DATE: 107,626.50
                                              ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                 TOTAL FEES BILLED TO DATE: 107,626.50
    LAST BILL THRU DATE:                          FEES WRITTEN OFF TO DATE:    5,911.00

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      8
Run Date & Time: 10/29/2004 18:52:48                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                       Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE
```

U N B I L L E D   T I M E   S U M M A R Y
------------------ Total Unbilled ------------------

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 09/09/04 | 09/24/04 | 5.40 | 3,051.00 |
| 03976 | MAYER, THOMAS MOERS | CRED | 09/07/04 | 09/07/04 | 0.30 | 207.00 |
| 05292 | BECKER, GARY M. | CRED | 09/02/04 | 09/28/04 | 10.30 | 5,098.50 |
| 06208 | DIMOS, BILL | CRED | 09/13/04 | 09/30/04 | 29.20 | 7,300.00 |
|       | Total:        |      |          |          | 45.20 | 15,656.50 |

Sub-Total Hours : 5.70 Partners 10.30 Counsels 29.20 Associates 0.00 Legal Assts 0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ---------- Total Unbilled ----------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 09/14/04 | 09/30/04 | 153.18 |
| 0917 | WESTLAW ON - LINE RESEARCH | 09/27/04 | 09/30/04 | 550.99 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 09/28/04 | 09/28/04 | 56.41 |
|      | Total                         |          |          | 760.58 |

Grand Total 16,417.08

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| YEAR 2001 | | | 11,113.50 | 1,628.57 | .00 | 12,742.07 | | |
| YEAR 2002 | | | 34,996.50 | 2,032.99 | .00 | 37,029.49 | | |
| 01/31/03 | 12/31/02 | 364671 | 1,341.00 | .00 | .00 | 1,341.00 | 03/25/03 | |
| 03/19/03 | 02/28/03 | 357178 | 1,123.50 | 50.00 | .00 | 1,173.50 | 05/27/03 | |
| 04/29/03 | 03/31/03 | 369330 | 2,138.50 | 3.00 | .00 | 2,141.50 | 10/23/03 | |
| 05/16/03 | 04/30/03 | 370445 | 455.00 | 26.55 | .00 | 481.55 | 10/23/03 | |
| 06/17/03 | 05/31/03 | 371897 | .00 | 2.00 | .00 | 2.00 | 08/19/03 | |
| 07/24/03 | 06/30/03 | 373811 | 2,292.50 | .00 | .00 | 2,292.50 | 10/23/03 | |
| 08/31/03 | 07/31/03 | 375389 | 3,567.50 | .00 | .00 | 3,567.50 | 11/28/03 | |
| 09/30/03 | 08/31/03 | 376733 | 1,137.50 | .00 | .00 | 1,137.50 | 12/08/03 | |
| 11/14/03 | 09/30/03 | 379590 | 4,804.50 | 2.00 | .00 | 4,806.50 | 12/26/03 | |
| 11/30/03 | 10/31/03 | 380293 | 3,302.50 | 19.00 | .00 | 3,321.50 | 02/27/04 | |
| 12/31/03 | 11/30/03 | 381784 | 1,405.50 | 20.00 | .00 | 1,425.50 | 02/27/04 | |
| 01/29/04 | 12/31/03 | 382765 | 2,416.00 | 36.00 | .00 | 2,452.00 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 2,284.00 | .00 | .00 | 2,284.00 | 04/13/04 | |
| 04/30/04 | 02/29/04 | 388529 | 1,717.50 | .00 | .00 | 1,717.50 | 06/29/04 | |
| 05/27/04 | 04/30/04 | 390208 | 4,468.00 | 23.40 | .00 | 4,491.40 | 08/03/04 | |
| 06/29/04 | 05/31/04 | 391727 | 2,466.00 | 2.00 | .00 | .00 | | 2,468.00 |
| 07/31/04 | 06/30/04 | 392045 | 1,789.00 | .00 | .00 | 1,789.00 | 10/18/04 | |

```
alp_132r: Matter Detail                                                                                                      PAGE    9
Run Date & Time: 10/29/2004 18:52:48

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                               Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status    : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)
                            -------- Billed --------   ---- Applied ----   ---- Collections ----
Bill Date  Thru Date  Bill#      Fee & OA   Disbursement    From OA     Total      Date          Balance Due
08/23/04   06/30/04   394084     5,567.00         .00         .00         .00                    5,567.00
09/29/04   07/31/04   396938     1,703.50       14.12         .00         .00                    1,717.62
10/28/04   08/31/04   398416     1,881.00         .00         .00         .00                    1,881.00
10/29/04   08/31/04   398942    15,656.50      760.58         .00         .00                   16,417.08

             Total:            107,626.50    4,620.21                 84,196.01                 28,050.70
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   10
Run Date & Time: 10/29/2004 18:52:48                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status     : ACTIVE
```

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/02/04 | Exchange email with Weschler re bonus motion and re upcoming committee call (0.3); conf. individual equity holder re case status (0.6); conf. second equity holder re tax issues and case status (0.3) | 1.20 | 594.00 | 5306423 | 09/21/04 |
| BECKER, GARY M. | 09/03/04 | Conf. with equity holder re various case issues. | 0.60 | 297.00 | 5310067 | 09/21/04 |
| BECKER, GARY M. | 09/07/04 | Send Grace docs to equity holder (0.3); conf. with three separate equity holders re case development (1.0); review info received from Weschler re company performance (0.3) | 1.60 | 792.00 | 5306424 | 09/21/04 |
| MAYER, THOMAS MOERS | 09/07/04 | Voicemails to and from S. Gidumal, new W.R. Grace shareholder, directing he contact T. Weschler for information; call with A. Cohen of York Capital re status of case, again refer him to Weschler. | 0.30 | 207.00 | 5309039 | 09/21/04 |
| BENTLEY, PHILIP | 09/09/04 | Committee call (1.3), and prep for same (0.4) | 1.70 | 960.50 | 5308713 | 09/21/04 |
| BECKER, GARY M. | 09/09/04 | Conf. with 2 different equity holders re case issues (0.8); prepare for and conf. with Equity Committee (1.6); direction to Dimos re corporate control research (0.4). | 2.80 | 1,386.00 | 5310068 | 09/21/04 |
| DIMOS, BILL | 09/13/04 | Research regarding corporate control issues in bankruptcy. | 4.00 | 1,000.00 | 5312442 | 09/21/04 |
| BENTLEY, PHILIP | 09/13/04 | Review recent letter re fee issues | 0.10 | 56.50 | 5321733 | 09/28/04 |
| DIMOS, BILL | 09/14/04 | Finished short memo on corporate control issues in bankruptcy proceedings. | 2.00 | 500.00 | 5312443 | 09/21/04 |
| BECKER, GARY M. | 09/16/04 | Conf. with equity holders re various case issues. | 0.80 | 396.00 | 5316060 | 09/23/04 |
| DIMOS, BILL | 09/17/04 | Edited memo on shareholder "control rights" in midst of a bankruptcy proceeding. Did additional research for cases in the third circuit following Manville holding on "clear abuse" standard and weaved them into the existing memo. | 4.80 | 1,200.00 | 5312441 | 09/21/04 |
| BENTLEY, PHILIP | 09/20/04 | Trade voicemails | 0.10 | 56.50 | 5321732 | 09/28/04 |
| BENTLEY, PHILIP | 09/21/04 | Analyze corp. governance issues, and review and comment on draft memo re same | 0.50 | 282.50 | 5321730 | 09/28/04 |
| BECKER, GARY M. | 09/22/04 | Conf. Bentley re memo re corporate governance and hearing attendance(0.4); conf. x2 with Grace equity holders re case issues (0.6); review hearing agenda (0.3). | 1.30 | 643.50 | 5316059 | 09/23/04 |
| BENTLEY, PHILIP | 09/22/04 | Analyze corp. governance issues, review key cases, and discs GB | 2.90 | 1,638.50 | 5321731 | 09/28/04 |

```
alp_132r: Matter Detail                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    11
Run Date & Time: 10/29/2004 18:52:48                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS - 06975                              Proforma Number:    1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495                          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status     : ACTIVE
```

U N B I L L E D    T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| DIMOS, BILL | 09/23/04 | Reviewed corporate "control issues" memo and made necessary revisions. | 2.50 | 625.00 | 5317925 | 09/24/04 |
| BECKER, GARY M. | 09/23/04 | Review memo re corporate governance and meeting with Dimos re same (1.0); conf. Grace equity holder re case issues (0.6). | 1.60 | 792.00 | 5328212 | 09/30/04 |
| DIMOS, BILL | 09/24/04 | Edits and further research in preparation for corporate control issues of shareholders in Chapter XI bankruptcy proceedings. | 1.00 | 250.00 | 5319181 | 09/27/04 |
| BENTLEY, PHILIP | 09/24/04 | Review recent pleadings | 0.10 | 56.50 | 5321729 | 09/28/04 |
| DIMOS, BILL | 09/27/04 | Edited memo on shareholder control issues in bankruptcy proceedings. | 2.10 | 525.00 | 5322392 | 10/01/04 |
| BECKER, GARY M. | 09/28/04 | Conf. Equity holder re various case issues | 0.40 | 198.00 | 5326683 | 09/30/04 |
| DIMOS, BILL | 09/28/04 | Edits to shareholder control issues in bankruptcy proceedings. | 4.00 | 1,000.00 | 5332393 | 10/01/04 |
| DIMOS, BILL | 09/29/04 | Edited memo on shareholder control issue in bankruptcy proceeding. | 3.50 | 875.00 | 5332394 | 10/01/04 |
| DIMOS, BILL | 09/30/04 | Continued to work on the memo on shareholder control issues in bankruptcy proceedings. | 5.30 | 1,325.00 | 5332395 | 10/01/04 |

Fee Total        45.20      15,656.50

U N B I L L E D    C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING           0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/14/04 | 0.92 | 6996109 | 120301 | 09/17/04 |
| BENTLEY, PHILIP | | | | | | |
| PHOTOCOPYING | DIMOS, B D | 09/14/04 | 9.66 | 6996110 | 120301 | 09/17/04 |
| DIMOS, BILL | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/14/04 | 2.30 | 6996111 | 120301 | 09/17/04 |
| BENTLEY, PHILIP | | | | | | |
| PHOTOCOPYING | DIMOS, B D | 09/15/04 | 0.23 | 6996112 | 120301 | 09/17/04 |
| DIMOS, BILL | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/23/04 | 5.98 | 6706358 | 120631 | 09/24/04 |
| BENTLEY, PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/28/04 | 1.84 | 6711508 | 120810 | 09/29/04 |
| BENTLEY, PHILIP | | | | | | |
| PHOTOCOPYING | DIMOS, B D | 09/30/04 | 132.25 | 6717901 | 121082 | 10/05/04 |
| DIMOS, BILL | | | | | | |

0820 PHOTOCOPYING Total :        153.18

```
alp_132r: Matter Detail                                                                                           PAGE   12
Run Date & Time: 10/29/2004 18:52:48
                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code              Employee             Date          Amount       Index#     Batch No    Batch Date
------------------            --------             ----          ------       ------     --------    ----------
WESTLAW ON - LINE RE    0917
    WESTLAW ON - LINE RE      DIMOS, B D           09/27/04        86.25      6720009    121444      10/06/04
    WESTLAW ON - LINE RE      DIMOS, B D           09/27/04       115.73      6720010    121444      10/06/04
    WESTLAW ON - LINE RE      DIMOS, B D           09/30/04       165.53      6720011    121444      10/06/04
    WESTLAW ON - LINE RE      DIMOS, B D           09/30/04       183.48      6720012    121444      10/06/04
                                             0917 WESTLAW ON - LINE RE Total :    550.99

LEXIS / NEXIS ON -L     0921
    LEXIS / NEXIS ON -L       DIMOS, B D           09/28/04        56.41      6719353    121434      10/06/04
    LEXIS / NEXIS ON -LINE RESEARCH
                                             0921 LEXIS / NEXIS ON -L Total :       56.41

                                                            Costs Total :         760.58
```

```
alp_132r: Matter Detail                                                                                                      PAGE    13
Run Date & Time: 10/29/2004 18:52:48

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                                       Orig Prtnr : CRED. RGTS - 06975       Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount         Bill       W/o / W/u     Transfer To    Clnt/Mtr      Carry Forward

BENTLEY, PHILIP             5.40       3,051.00      _____     _____     _____     _____     _____
MAYER, THOMAS MOERS         0.30         207.00      _____     _____     _____     _____     _____
BECKER, GARY M.            10.30       5,098.50      _____     _____     _____     _____     _____
DIMOS, BILL                29.20       7,300.00      _____     _____     _____     _____     _____
         Total:            45.20      15,656.50      _____     _____     _____     _____     _____

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description           Amount                    Bill        W/o / W/u     Transfer To    Clnt/Mtr      Carry Forward

0820 PHOTOCOPYING           153.18                   _____     _____     _____     _____     _____
0917 WESTLAW ON - LINE RESEARC  550.99               _____     _____     _____     _____     _____
0921 LEXIS / NEXIS ON -LINE R    56.41               _____     _____     _____     _____     _____
         Costs Total :      760.58                   _____     _____     _____     _____     _____
```

alp_132r: Matter Detail                                                                                        PAGE   14
Run Date & Time: 10/29/2004 18:52:48

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PRE-BILLING SUMMARY REPORT

| | |
|---|---|
| Matter No: 056772-00005 | Orig Prtnr : CRED. RGTS - 06975       Proforma Number: 1863484 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M |
| Matter Name : BANKR. MOTIONS | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | Status : ACTIVE |

Special Billing Instructions:

```
                                          FEES                        COSTS
                                          ----                        -----
UNBILLED TIME FROM:  09/29/2004              TO:  09/30/2004
UNBILLED DISB FROM:                          TO:

GROSS BILLABLE AMOUNT:                 1,237.50                       0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                             09/30/2004

CLOSE MATTER/FINAL BILLING?            YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:              BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:
```

ACCOUNTS RECEIVABLE TOTALS                                      UNAPPLIED CASH

```
DISBURSEMENTS:                           6,094.50         UNIDENTIFIED RECEIPTS:       0.00
FEES:                                        0.00         PAID FEE RETAINER:           0.00
FEE RETAINER:                                0.00         PAID DISB RETAINER:          0.00
DISB RETAINER:                               0.00         TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                       6,094.50         TRUST BALANCE:
                                                          BILLING HISTORY
```

```
DATE OF LAST BILL:           10/29/04        LAST PAYMENT DATE:              10/18/04
LAST BILL NUMBER:              398942        ACTUAL FEES BILLED TO DATE:    32,509.00
                                             ON ACCOUNT FEES BILLED TO DATE:     0.00
                                             TOTAL FEES BILLED TO DATE:     32,509.00
LAST BILL THRU DATE:                         FEES WRITTEN OFF TO DATE:        -793.50
```

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee              (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted        (5) Business Development       (8) Premium
(3) Pre-arranged Discount           (6) Summer Associate           (9) Rounding             (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

```
alp_132r: Matter Detail                                                                                                    PAGE    15
Run Date & Time: 10/29/2004 18:52:48

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                 Orig Prtnr : CRED. RGTS. - 06975         Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status     : ACTIVE

05292   BECKER, GARY M.                CRED                       09/29/04    09/30/04      2.50       1,237.50

                                        Total:                                              2.50       1,237.50

U N B I L L E D    T I M E      S U M M A R Y  ------------- Total Unbilled -------------
           Emp Id Employee Name           Group             Oldest      Latest     Total    Hours       Amount
Sub-Total Hours :     0.00 Partners      2.50 Counsels      0.00 Associates    0.00 Legal Assts   0.00 Others

B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)
                                            ------ Billed ------   ---- Applied ----    ---- Collections ----
Bill Date   Thru Date   Bill#     Fee & OA    Disbursement   From OA          Total          Date              Balance Due
------------------------------------------------------------------------------------------------------------------------------
YEAR 2002                         1,450.00         198.00       .00       1,648.00
06/17/03 05/31/03     371897      2,677.50            .00       .00       2,677.50    12/26/03
08/31/03 07/31/03     375389            .00           .00       .00             .00
09/30/03 08/31/03     376733      2,138.50            .00       .00       2,138.50    12/08/03
11/14/03 09/30/03     379590      2,444.00            .00       .00       2,444.00    12/26/03
11/30/03 10/31/03     380293      4,425.00            .00       .00       4,425.00    07/02/04
12/31/03 11/30/03     381784      4,533.50            .00       .00       4,533.50    02/27/04
01/29/04 12/31/03     382765      3,544.50           1.80       .00       3,546.30    02/27/04
02/25/04 01/31/04     384679        261.50            .00       .00         261.50    04/13/04
04/30/04 02/29/04     388529      2,233.00           4.50       .00       2,237.50    06/29/04
05/27/04 04/30/04     390208      1,039.50           4.05       .00       1,043.55    08/03/04
06/29/04 05/31/04     391727      2,827.50            .00       .00             .00                           2,827.50
07/31/04 06/30/04     392045      1,667.50            .00       .00       1,667.50    10/18/04
08/23/04 06/30/04     394084      1,138.50            .00       .00             .00                           1,138.50
09/29/04 07/31/04     396938        693.00            .00       .00             .00                             693.00
10/28/04 08/31/04     399416        198.00            .00       .00             .00                             198.00
10/29/04 08/31/04     398942      1,237.50            .00       .00             .00                           1,237.50

              Total:             32,509.00         208.35       .00      26,622.85                            6,094.50
```

```
alp_132r: Matter Detail                                                                                                    PAGE   16
Run Date & Time: 10/29/2004 18:52:48

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status   : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name                Work Date       Description                                     Hours      Amount      Index#   Batch Date
-------------                ---------       -----------                                     -----      ------      ------   ----------
BECKER, GARY M.              09/29/04        Review debtors motion re IRS settlement and      1.50      742.50      5328213  09/30/04
                                             motion re Honeywell settlement (1.0); memo to
                                             Bentley and Weschler re same (0.5).
BECKER, GARY M.              09/30/04        Review new motions by debtor and prepare memo    1.00      495.00      5333530  10/01/04
                                             to Weschler re same (1.0)
                                                                                              ----      ------
                                                               Fee Total                      2.50    1,237.50

                                                               Fee Total                      2.50    1,237.50
```

```
alp_132r: Matter Detail                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   17
Run Date & Time: 10/29/2004 18:52:48                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                Status    : ACTIVE

                    B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours         Amount              Bill            W/O / W/u       Transfer To         Clnt/Mtr       Carry Forward

BECKER, GARY M.           2.50        1,237.50
       Total:             2.50        1,237.50         _____         _____          _____          _____         _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    18
Run Date & Time: 10/29/2004 18:52:48              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                             PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     09/30/2004         TO:  09/30/2004
UNBILLED DISB FROM:                        TO:

                                    FEES              COSTS

GROSS BILLABLE AMOUNT:             169.50              0.00
AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
  THRU DATE:                   09/30/2004
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH

    FEES:                              169.50
    DISBURSEMENTS:                       0.00       UNIDENTIFIED RECEIPTS:     0.00
    FEE RETAINER:                        0.00       PAID FEE RETAINER:         0.00
    DISB RETAINER:                       0.00       PAID DISB RETAINER:        0.00
    TOTAL OUTSTANDING:                 169.50       TOTAL AVAILABLE FUNDS:     0.00
                                                    TRUST BALANCE:
                                                    BILLING HISTORY

    DATE OF LAST BILL:      10/29/04              LAST PAYMENT DATE:        05/27/03
    LAST BILL NUMBER:       398942                ACTUAL FEES BILLED TO DATE:     327.00
                                                  ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                  PAID DISB BILLED TO DATE:       327.00
    LAST BILL THRU DATE:                          TOTAL FEES BILLED TO DATE:
                                                  FEES WRITTEN OFF TO DATE:      -169.50

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     19
Run Date & Time: 10/29/2004 18:52:48                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                                Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                      Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------ Total Unbilled ------------
Emp Id Employee Name                        Group           Oldest       Latest         Hours           Amount
------ ------------------                   -----           ------       ------         -----           ------
02495  BENTLEY, PHILIP                      CRED           09/30/04     09/30/04         0.30           169.50

                                 Total:                                                  0.30           169.50

Sub-Total Hours :    0.30 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 10/29/04 18:52:48)
                                                    ------- Billed -------      ------ Applied ------  --- Collections ---
Bill Date  Thru Date  Bill#           Fee & OA       Disbursement      From OA       Total         Date          Balance Due
---------  ---------  -----           --------       ------------      ------        -----         ----          -----------
03/19/03   02/28/03   367178           157.50             .00             .00        157.50       05/27/03
10/29/04   02/28/03   398942           169.50             .00             .00        169.50                         169.50
                                     --------        ------------      -------      --------                      --------
         Total:                        327.00             .00             .00        327.00                         169.50
```

```
alp_132r: Matter Detail                                                                                         PAGE   20
Run Date & Time: 10/29/2004 18:52:48

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name             Work Date     Description                          Hours      Amount       Index#   Batch Date

BENTLEY, PHILIP           09/30/04  Discs D. Siegel and voicemail re debtors' draft
                                    plan                                      0.30      169.50     5329306  10/01/04

                                                            Fee Total         0.30      169.50

                                                            Fee Total         0.30      169.50
```

```
alp_132r: Matter Detail                                                                                                     PAGE   21
Run Date & Time: 10/29/2004 18:52:48

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours      Amount       Bill         W/O / W/u     Transfer To    Clnt/Mtr    Carry Forward

BENTLEY, PHILIP           0.30      169.50
                         ------    -------
         Total:           0.30      169.50
```