```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   22
Run Date & Time: 10/29/2004 18:52:48                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status      : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    09/27/2004                     TO:    09/29/2004
UNBILLED DISB FROM:                                   TO:

                                    FEES              COSTS
                                    ----              -----
GROSS BILLABLE AMOUNT:            421.50               0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                     09/29/2004
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                    ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                    --------------------------                   --------------

FEES:                              3,640.50         UNIDENTIFIED RECEIPTS:            0.00
DISBURSEMENTS:                         0.00         PAID FEE RETAINER:                0.00
FEE RETAINER:                          0.00         PAID DISB RETAINER:               0.00
DISB RETAINER:                         0.00         TOTAL AVAILABLE FUNDS:            0.00
TOTAL OUTSTANDING:                 3,640.50         TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
DATE OF LAST BILL:                10/29/04          LAST PAYMENT DATE:          10/18/04
LAST BILL NUMBER:                   398942          ACTUAL FEES BILLED TO DATE: 63,041.50
                                                    ON ACCOUNT FEES BILLED TO DATE:  0.00
                                                    TOTAL FEES BILLED TO DATE: 63,041.50
LAST BILL THRU DATE:                                FEES WRITTEN OFF TO DATE:    -199.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding        (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                       PAGE     23
Run Date & Time: 10/29/2004 18:52:48                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                   Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y               ------------------- Total Unbilled -------------------
                                                          --------- Oldest --------- Latest ---------
Emp Id Employee Name                     Group                                                    Hours            Amount

05292 BECKER, GARY M.                    CRED          09/27/04    09/27/04            0.30       148.50

05208 MANGUAL, KATHLEEN                  CRED          09/29/04    09/29/04            0.40        78.00
05623 COTTO, LISA                        CRED          09/27/04    09/27/04            1.00       195.00

                                  Total:                                               1.70       421.50

Sub-Total Hours :    0.00 Partners     0.30 Counsels     0.00 Associates    1.40 Legal Assts    0.00 Others


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)
                                           ............ Billed ............       Applied  ------ Collections ------        Balance
Bill Date Thru Date Bill#                  Fee & OA    Disbursement    From OA      Total                         Date        Due

              YEAR 2001                    10,165.00         191.48       .00   10,356.48
              YEAR 2002                    33,105.00         183.14       .00   33,288.14
01/31/03 12/31/02 364671                      805.50            .00       .00      805.50  03/25/03
02/20/03 01/31/03 365684                      838.00            .00       .00      838.00  04/11/03
03/19/03 02/28/03 367178                    2,266.00          12.08       .00    2,278.08  05/27/03
04/29/03 03/31/03 369330                      670.00          13.48       .00      683.48  10/23/03
05/16/03 04/30/03 370445                      851.00            .00       .00      851.00  10/23/03
06/17/03 05/31/03 371897                    1,033.00            .00       .00    1,033.00  12/26/03
07/24/03 06/30/03 373811                      708.50            .00       .00      708.50  10/23/03
08/31/03 07/31/03 375389                      203.50            .00       .00      203.50  05/10/04
09/30/03 08/31/03 376733                    1,059.50            .00     28.04    1,087.54  12/08/03
11/14/03 09/30/03 379950                      687.50            .00       .00      687.50  12/26/03
11/30/03 10/31/03 380293                      240.50            .00       .00      240.50  07/02/04
12/31/03 11/30/03 381784                      962.00            .00       .00      962.00  02/27/04
01/29/04 12/31/03 382755                    2,080.00            .00       .00    2,080.00  07/02/04
02/25/04 01/31/04 384579                    1,758.00            .00       .00    1,758.00  10/18/04
04/30/04 02/29/04 388529                      951.00            .00       .00      951.00  10/18/04
05/27/04 04/30/04 390208                       78.00            .00       .00       78.00  08/03/04
07/31/04 06/30/04 392045                      939.00            .00       .00      939.00  10/18/04
08/23/04 06/30/04 394084                    1,170.00            .00       .00         .00                              1,170.00
09/29/04 07/31/04 396938                      939.00            .00       .00         .00                                939.00
10/28/04 08/31/04 398416                    1,110.00            .00       .00         .00                              1,110.00
10/29/04 08/31/04 398942                      421.50            .00       .00         .00                                421.50

          Total:                           63,041.50         428.22     28.04   59,829.22                              3,640.50
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   24
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/29/2004 18:52:48

Matter No: 056772-00008                                                   Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name                Work Date   Description                                                       Hours     Amount    Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.              09/27/04    Review monthly fee application and conf.                           0.30     148.50   5328214  09/30/04
                                         Mangual re same.
COTTO, LISA                  09/27/04    draft fee application (.4); t/c with accounting                    1.00     195.00   5331931  10/01/04
                                         re: payments received (.1); review docket for
                                         information (.1); review and make revisions
                                         (.3); organize and deliver to attorney (.1).
MANGUAL, KATHLEEN            09/29/04    final revisions to July Monthly; attend to                         0.40      78.00   5328185  09/30/04
                                         service to local counsel; draft cover ltr (.40)

                                                                                            Fee Total       1.70     421.50

                                                                                            Fee Total       1.70     421.50
```

```
alp_132r: Matter Detail                                                                                                       PAGE    25
Run Date & Time: 10/29/2004 18:52:48

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours          Amount           Bill          W/o / W/u      Transfer To      Clnt/Mtr    Carry Forward

BECKER, GARY M.            0.30          148.50
MANGUAL, KATHLEEN          0.40           78.00
COTTO, LISA                1.00          195.00

        Total:             1.70          421.50
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  26
Run Date & Time: 10/29/2004 18:52:48                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                   Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status    : ACTIVE

Special Billing Instructions:


                              PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:     09/05/2004        TO:    09/28/2004
   UNBILLED DISB FROM:     09/21/2004        TO:    09/22/2004

                                      FEES                  COSTS

   GROSS BILLABLE AMOUNT:            932.50                  21.62
   AMOUNT WRITTEN DOWN:
   PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
   THRU DATE:                     09/28/2004              09/22/2004
   CLOSE MATTER/FINAL BILLING?        YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:



                              ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

          FEES:                     16,971.00    UNIDENTIFIED RECEIPTS:          0.00
          DISBURSEMENTS:                159.07   PAID FEE RETAINER:              0.00
          FEE RETAINER:                   0.00   PAID DISB RETAINER:             0.00
          DISB RETAINER:                  0.00   TOTAL AVAILABLE FUNDS:          0.00
          TOTAL OUTSTANDING:         17,130.07   TRUST BALANCE:

                                        BILLING HISTORY

   DATE OF LAST BILL:            10/29/04     LAST PAYMENT DATE:         10/18/04
   LAST BILL NUMBER:               398942     ACTUAL FEES BILLED TO DATE:    185,312.00
                                              ON ACCOUNT FEES BILLED TO DATE:      0.00
                                              TOTAL FEES BILLED TO DATE:    185,312.00
   LAST BILL THRU DATE:                       FEES WRITTEN OFF TO DATE:      3,485.00

   FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

          (1) Exceeded Fixed Fee           (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted     (5) Business Development    (8) Premium
          (3) Pre-arranged Discount        (6) Summer Associate        (9) Rounding    (10) Client Arrangement

   BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    27
Run Date & Time: 10/29/2004 18:52:48                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------------- Total Unbilled -------------------
Emp Id Employee Name             Group       Oldest      Latest         Hours        Amount
02495 BENTLEY, PHILIP            CRED       09/05/04    09/08/04         1.30        734.50
05292 BECKER, GARY M.            CRED       09/28/04    09/28/04         0.40        198.00

                        Total:                                           1.70        932.50

Sub-Total Hours : 1.30 Partners  0.40 Counsels  0.00 Associates  0.00 Legal Assts  0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  -------------- Total Unbilled --------------
Code Description                             Oldest      Latest         Total
                                             Entry       Entry          Amount

0820 PHOTOCOPYING                           09/21/04    09/22/04         21.62

                        Total                                            21.62

                        Grand Total                                     954.12
                                                                     =========

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 10/29/04 18:52:48)
                          ------- Billed --------     Applied      ---- Collections ----       Balance
Bill Date Thru Date Bill#   Fee & OA    Disbursement  From OA     Total        Date             Due

YEAR 2001
                          44,026.00       5,710.65                49,736.65
YEAR 2002
                          78,495.50       6,087.88                84,583.38
01/31/03 12/31/02 364671   1,025.00            .00                 1,025.00    03/25/03
02/20/03 01/31/03 355684   6,254.00          23.10                 6,277.10    10/23/03
03/19/03 02/28/03 367178   6,230.00           2.70                 6,232.70    10/23/03
04/29/03 03/31/03 369330  19,960.50            .00                19,960.50    10/23/03
05/16/03 04/30/03 370445   2,181.50          14.00                 2,195.50    12/26/03
06/17/03 05/31/03 371897   1,659.50            .00                 1,659.50    12/26/03
07/24/03 06/30/03 372811   2,845.50           1.79                 2,847.29    12/26/03
08/31/03 07/31/03 375389     535.50           2.69                   538.19    05/10/04
11/14/03 09/30/03 379590   1,627.50            .00                 1,627.50    05/10/04
11/30/03 10/31/03 380293     210.00            .00                   210.00    07/02/04
01/29/04 12/31/03 382765     582.00            .00                   582.00    07/02/04
02/25/04 01/31/04 384579      56.50            .00                    56.50    10/18/04
04/30/04 02/29/04 388529     247.50         497.50                   745.00    10/18/04
05/27/04 04/30/04 390208   2,282.00          48.51                 2,330.51    08/03/04
06/29/04 05/31/04 391727   2,205.50         110.25                 2,315.75
07/31/04 06/30/04 392045        .00          18.84                    18.84    10/18/04
08/23/04 06/30/04 394084  11,360.50          22.83                                             11,383.33
09/29/04 07/31/04 396938     417.00             .00                                               417.00
10/28/04 08/31/04 398416   2,055.50           4.37                                              2,059.87
10/29/04 08/31/04 398942     932.50          21.62                                                954.12
```

```
alp_132r: Matter Detail                                                                                             PAGE   28
Run Date & Time: 10/29/2004 18:52:48

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS. - 06975         Proforma Number: 1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status       : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)
                                  ------- Billed --------     ---- Applied ----      --- Collections ---     Balance
Bill Date Thru Date Bill#          Fee & OA    Disbursement    From OA    Total             Date              Due

            Total:                185,189.50    12,566.73                180,626.16                          17,130.07
```

```
alp_132r: Matter Detail                                                                                                    PAGE    29
Run Date & Time: 10/29/2004 18:52:48
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                             Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name            Work Date     Description                                                    Hours        Amount        Index#    Batch Date

BENTLEY, PHILIP          09/05/04      Review emails                                                   0.10         56.50       5308715    09/21/04
BENTLEY, PHILIP          09/08/04      Conf call with Kirland & Ellis, and trade                       1.20        678.00       5308714    09/21/04
                                       voicemails, re plan/asbestos issues
BECKER, GARY M.          09/28/04      Conf: Bentley re asbestos issues                                0.40        198.00       5326684    09/30/04

                                                 Fee Total                                             1.70        932.50


U N B I L L E D   C O S T S   D E T A I L
Description/Code           Employee                       Date         Amount       Index#   Batch No   Batch Date

PHOTOCOPYING
    0820
    PHOTOCOPYING           BENTLEY, P                     09/21/04        9.20      6702814  120449     09/22/04
    PHOTOCOPYING           BENTLEY, P                     09/21/04        6.44      6702815  120449     09/22/04
    PHOTOCOPYING           BENTLEY, P                     09/21/04        0.23      6702816  120449     09/22/04
    PHOTOCOPYING           BENTLEY, P                     09/21/04        1.15      6702817  120449     09/22/04
    PHOTOCOPYING           BENTLEY, P                     09/21/04        1.84      6702818  120449     09/22/04
    PHOTOCOPYING           BENTLEY, P                     09/22/04        2.76      6705514  120618     09/23/04

                                                 0820 PHOTOCOPYING Total :          21.62

                                                 Costs Total :                      21.62
```

```
alp_132r: Matter Detail                                                                                        PAGE    30

Run Date & Time: 10/29/2004 18:52:48

                                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status     : ACTIVE


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours      Amount              Bill           W/O / W/u              Transfer To       Clnt/Mtr Carry Forward
-------------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP              1.30      734.50            _____          _____              _____       _____
BECKER, GARY M.              0.40      198.00            _____          _____              _____       _____
   Total:                    1.70      932.50            _____          _____              _____       _____


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                       Amount              Bill           W/o / W/u              Transfer To       Carry Forward
-------------------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                       21.62            _____          _____              _____       _____

        Costs Total :                   21.62            _____          _____              _____       _____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    31
Run Date & Time: 10/29/2004 18:52:48                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                            Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:    1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                    Status     : ACTIVE

Special Billing Instructions:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                   PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:         09/27/2004     TO:    09/27/2004
            UNBILLED DISB FROM:         09/27/2004     TO:    09/27/2004

                                          FEES                  COSTS
                                        --------              --------
            GROSS BILLABLE AMOUNT:      1,732.50                 14.00
            AMOUNT WRITTEN DOWN:
            PREMIUM:
            ON ACCOUNT BILLED:
            DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
            THRU DATE:                  09/27/2004             09/27/2004
            CLOSE MATTER/FINAL BILLING?    YES OR NO
            EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

            BILLING COMMENTS:


                                                    ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                FEES:                        8,428.50
                DISBURSEMENTS:                  14.00           UNIDENTIFIED RECEIPTS:        0.00
                FEE RETAINER:                    0.00           PAID FEE RETAINER:            0.00
                DISB RETAINER:                   0.00           PAID DISB RETAINER:           0.00
                TOTAL OUTSTANDING:           8,442.50           TOTAL AVAILABLE FUNDS:        0.00
                                                                TRUST BALANCE:
                                                                BILLING HISTORY
                DATE OF LAST BILL:           10/29/04           LAST PAYMENT DATE:         10/18/04
                LAST BILL NUMBER:              398942           ACTUAL FEES BILLED TO DATE:       66,686.00
                                                                ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                                TOTAL FEES BILLED TO DATE:        66,686.00
                LAST BILL THRU DATE:                            FEES WRITTEN OFF TO DATE:          3,355.18

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding                (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   32
Run Date & Time: 10/29/2004 18:52:48                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                           Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:     1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status     : ACTIVE

                         U N B I L L E D    T I M E    S U M M A R Y       ------------ Total Unbilled ------------
Emp Id  Employee Name                          Group             Oldest         Latest            Hours           Amount

05292   BECKER, GARY M.                         CRED              09/27/04       09/27/04           3.50         1,732.50

                                     Total:                                                        3.50         1,732.50

Sub-Total Hours :    0.00 Partners   3.50 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

                         U N B I L L E D    C O S T S    S U M M A R Y     ----------- Total Unbilled -----------
Code  Description                              Oldest         Latest            Total
                                               Entry          Entry             Amount

0940  CAB FARES                                09/27/04       09/27/04              14.00

                                     Total:                                         14.00

                                     Grand Total                                 1,746.50


                         B I L L I N G  &  P A Y M E N T    H I S T O R Y   (Reflects Payments As of 10/29/04 18:52:48)
                                                    ------- Billed --------     ------ Applied ------   ---- Collections ----  Balance
Bill Date  Thru Date  Bill#      Fee & OA   Disbursement    From OA    Total             Date                    Date              Due

    YEAR 2002
02/20/03   01/31/03  365684      45,704.82        58.14        .00   45,762.96
07/24/03   06/30/03  373811         105.00          .00        .00      105.00          10/23/03
08/31/03   07/31/03  375389         455.00          .00        .00      455.00          12/26/03
09/30/03   08/31/03  376733       1,365.00        13.00        .00    1,378.00          05/10/04
11/14/03   09/30/03  379590         940.00          .00        .00      940.00          05/10/04
11/30/03   10/31/03  380293         940.00          .00        .00      940.00          07/02/04
12/31/03   11/30/03  381784       1,739.00          .00        .00    1,739.00          07/02/04
01/29/04   12/31/03  382765       2,021.00          .00        .00    2,021.00          07/02/04
05/27/04   04/30/04  390208       1,237.50          .00        .00    1,237.50          10/18/04
06/29/04   05/31/04  391727       3,785.50          .00        .00    3,785.50                                                3,785.50
07/31/04   06/30/04  392045       1,845.50        12.00        .00        .00                                                   683.00
                                                                                                                                 
                                                                      1,289.90  10/18/04
09/29/04   07/31/04  396938         742.50          .00        .00      742.50                                                  742.50
10/28/04   08/31/04  398416       1,485.00          .00        .00        .00                                                 1,485.00
10/29/04   08/31/04  398942       1,732.50        14.00        .00        .00                                                 1,746.50

              Total:             64,098.32       224.54                         55,880.36                                     8,442.50
```

```
alp_132r: Matter Detail                                                                                                    PAGE    33
Run Date & Time: 10/29/2004 18:52:48

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name              Work Date     Description                                    Hours        Amount       Index#    Batch Date

BECKER, GARY M.            09/27/04      Prepare for and attend omnibus hearing in       3.50       1,732.50     5328215   09/30/04
                                         Wilmington.

                                                                    Fee Total            3.50       1,732.50


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee            Date          Amount         Index#    Batch No    Batch Date

CAB FARES                    0940
   MARIANNE FERGUSON, CASHI                   BECKER, G M         09/27/04       14.00        6713262   1208072     09/29/04
   CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER

                                                    0940 CAB FARES Total :       14.00


                                                           Costs Total :         14.00
```

```
alp_132r: Matter Detail                                                                                                          PAGE   34
Run Date & Time: 10/29/2004 18:52:48

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                              Status     : ACTIVE


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name             Hours         Amount           Bill        W/o / W/u       Transfer To         Clnt/Mtr        Carry Forward
---------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.           3.50        1,732.50

      Total:              3.50        1,732.50


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount                   Bill      W/o / W/u       Transfer To        Clnt/Mtr     Carry Forward
---------------------------------------------------------------------------------------------------------------------------------------
0940 CAB FARES                         14.00

      Costs Total :                    14.00
```

```
alp_132r: Matter Detail                                                                                                      PAGE   35
Run Date & Time: 10/29/2004 18:52:48

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                               PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   09/27/2004                TO:  09/27/2004
UNBILLED DISB FROM:                             TO:

                          FEES                         COSTS
                       ---------                      -------
GROSS BILLABLE AMOUNT:   2,227.50                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                               09/27/2004
CLOSE MATTER/FINAL BILLING?             YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS            UNAPPLIED CASH
                              --------------------------
         FEES:                    5,076.50     UNIDENTIFIED RECEIPTS:      0.00
         DISBURSEMENTS:             264.00     PAID FEE RETAINER:          0.00
         FEE RETAINER:                0.00     PAID DISB RETAINER:         0.00
         DISB RETAINER:               0.00     TOTAL AVAILABLE FUNDS:      0.00
         TOTAL OUTSTANDING:       5,340.50     TRUST BALANCE:
                                               BILLING HISTORY
                                               ---------------
DATE OF LAST BILL:              10/29/04       LAST PAYMENT DATE:        10/18/04
LAST BILL NUMBER:                 398942       ACTUAL FEES BILLED TO DATE:    16,394.00
                                               ON ACCOUNT FEES BILLED TO DATE:     0.00
                                               TOTAL FEES BILLED TO DATE:    16,394.00
LAST BILL THRU DATE:                           FEES WRITTEN OFF TO DATE:      9,286.50

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development  (8) Premium
    (3) Pre-arranged Discount  (6) Summer Associate         (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    36
Run Date & Time: 10/29/2004 18:52:48                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:     1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                                  Status     : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ------------- Total Unbilled -------------
Emp Id Employee Name                Group                    Oldest       Latest       Hours       Amount
05292    BECKER, GARY M.            CRED                     09/27/04     09/27/04      4.50       2,227.50
                         Total:                                                         4.50       2,227.50

Sub-Total Hours :    0.00 Partners     4.50 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others


B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 10/29/04 18:52:48)
                                    ------- Billed -------    -------- Applied -------- Collections --------        Balance
Bill Date   Thru Date   Bill#       Fee & OA    Disbursement   From OA       Total        Date                       Due
YEAR 2002                           2,275.00         .00          .00       2,275.00
06/17/03    05/31/03    371897        455.00         .00          .00         455.00    12/26/03
07/24/03    06/30/03    373811        910.00         .00          .00         910.00    12/26/03
09/30/03    08/31/03    376733        455.00         .00          .00         455.00    05/10/04
11/14/03    09/30/03    379590        705.00         .00          .00         705.00    05/10/04
11/30/03    10/31/03    380293        470.00         .00          .00         470.00    07/02/04
12/31/03    11/30/03    381784        705.00         .00        205.00        910.00    07/02/04
01/29/04    12/31/03    382765        705.00         .00        197.00        902.00    07/02/04
02/25/04    01/31/04    384579        495.00         .00          .00         495.00    10/18/04
05/27/04    04/30/04    388579        742.50         .00        279.00      1,021.50    10/18/04
06/29/04    05/31/04    391727        621.50         .00        264.00        885.50
07/31/04    06/30/04    392045      1,485.00         .00      1,045.70      1,045.70   10/18/04         1,485.00
10/28/04    08/31/04    398416        742.50         .00          .00            .00                     742.50
10/29/04    08/31/04    398942      2,227.50         .00          .00            .00                   2,227.50

             Total:                 12,994.00     1,990.70                  9,644.20                    5,340.50
```

```
alp_132r: Matter Detail                                                                                                      PAGE   37

Run Date & Time: 10/29/2004 18:52:49

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date        Description                                    Hours       Amount       Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 09/27/04 | Non working travel to/from court hearing (bill at ½ normal rate). | 4.50 | 2,227.50 | 5328216 | 09/30/04 |
| | | Fee Total | 4.50 | 2,227.50 | | |
| | | Fee Total | 4.50 | 2,227.50 | | |

```
alp_132r: Matter Detail                                                                                                        PAGE   38
Run Date & Time: 10/29/2004 18:52:49

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1863484
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name            Hours        Amount           Bill      W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.           4.50      2,227.50         _____     _____    _____    _____    _____

         Total:           4.50      2,227.50         _____     _____                               _____
```