## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

---------------------------------------------

In re

W.R. GRACE & CO., et al.[1]
Debtors.

: Chapter 11
: Case No. 01-01139 (JKF)
: (Jointly Administered)
:
: RE: DN 6762

---------------------------------------------

### MOTION AND ORDER FOR ADMISSION
### *PRO HAC VICE* OF ANDREW K. CRAIG

James S. Yoder, a member of the bar of this Court, pursuant to District Court Local

Rule 83.5, moves the admission *pro hac vice* of Andrew K. Craig, of the firm Cuyler Burk,

LLP, Parsippany Corporate Center, Four Century Drive, Parsippany, New Jersey 07054

counsel for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess

and Surplus Insurance Company, formerly Northbrook Insurance Company, in this action.

The Admittee is admitted, practicing and in good standing in the Supreme Court for the State

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson , Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

action. The Admittee is admitted, practicing and in good standing in the Supreme Court for

the State of New Jersey, the United States District Court for the District of New Jersey, the

United States District Court for the District of Colorado and the United States District Court

for the District of Columbia.

Dated: October 22, 2004

James S. Yoder (DE#2643)
White and Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302-467-4524
Fax:    302-467-4554
Email:  yoderj@whiteandwilliams.com
Attorneys for Allstate Insurance Company, solely as
successor-in-interest to Northbrook Excess and
Surplus Insurance Company, formerly Northbrook
Insurance Company

DOCS_DE 100584v1

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Andrew K. Craig
New Jersey I.D. No. 024901995
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
Telephone: 973-734-3200
Telecopy: 973-734-3201
Email: acraig@cuyler.com

Motion granted.

BY THE COURT:

Date: Nov. 2, 2004

United States Bankruptcy Judge