# EXHIBIT 2

## 5th Omni 3 Continuation Order
## for WR Grace

Total number of parties: 5
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10892 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10892 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10892 | INTERNATIONAL PAPER ARIZONA CHEMICAL, ATTN: LEE WALKER, 4049 WILLOW LAKE BLVD, MEMPHIS, TN 38118 |
| 10892 | MITCHELL, RONALD, 2130 11TH AVE N, BIRMINGHAM, AL 35234 |
| 10892 | TAPE RENTAL LIBRARY INC, PO BOX 107, COVESVILLE, VA 22931 |

Subtotal for this group: 5