# EXHIBIT 2

## Omni 6 Continuation Order
## for WR Grace

Total number of parties: 3
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

Svc Lst  Name and Address of Served Party

| | |
|---|---|
| 10895 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10895 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10895 | LASON SYSTEMS INC, SUE MOORE, 1305 STEPHENSON HWY, TROY, MI 48083 |

Subtotal for this group: 3