# EXHIBIT 2

## 3rd Omni 1 Order
## for WR Grace

Total number of parties: 3
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10891 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10891 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 10891 | PIPELINE SERVICES INC, PO BOX 331, BRYSON CITY, NC 28713 |

Subtotal for this group: 3