# Exhibit 3

The Target Letter



U.S. Department of Justice

*United States Attorney*
*District of Montana*

---

Kris A. McLean
Assistant U.S. Attorney

P.O. Box 8329
Missoula, MT 59807

Phone: (406) 542-8851

October 27, 2004

VIA FEDERAL EXPRESS

Larry Urgenson
Attorney at Law
655 Fifteenth Street, NW
Washington DC 20005

    RE:  *Grand Jury Investigation*

Dear Mr. Urgenson:

    This letter is to advise you that a Federal Grand Jury is currently conducting an investigation into whether your client, W.R. Grace & Co., was involved in obstructing agency proceedings, violating federal environmental laws, and conspiring with others to violate federal law. The conduct in question may be in violation of Title 18, United States Code, Section 1505 (obstruction of justice); Title 42, United States Code, Section 7413 (Clean Air Act); and Title 18, United States Code, Section 371 (conspiracy).

    Your client is a target of this investigation. I am informing you of this fact in order to afford your client an opportunity to inform the Grand Jury of the identity and the substance of the testimony of witnesses or other evidentiary material you believe is relevant to this investigation at its next meeting on November 4, 2004.

    In the event your client wishes to present information or or other witnesses testify on its behalf, please contact me as soon as possible at (406) 542-8851.

                              Sincerely,

                              WILLIAM W. MERCER
                              United States Attorney

                              KRIS A. MCLEAN
                              Assistant U.S. Attorney

cc:    Kevin M. Cassidy
        Department of Justice, Environmental Crimes Section

N:\crim\04r0395\targetletter.wpd