# Exhibit 4

The Tolling Agreement

## **STATUTE OF LIMITATIONS TOLLING AGREEMENT**

The parties to this Statute of Limitations Tolling Agreement ("Agreement") are the United States of America, represented by the United States Department of Justice Environmental Crimes Section and the United States Attorney's Office for the District of Montana and W.R. Grace, represented by Larry Urgenson, Esq. The parties agree as follows:

1. The period beginning on November 3, 2004 through December 2, 2004 ("the tolled period") will be excluded from any calculation of time for the purpose of determining the statute of limitations and pre-indictment delay under the laws of the United States concerning any charges that W.R. Grace violated any provision of federal criminal law, including but not limited to charges under 42 United States Code, Section 7413 (Clean Air Act) and Title 18, United States Code, Section 371 (conspiracy), in connection with activities at Libby, Montana.

2. After consultation with counsel and with full knowledge of the protection provided to W.R. Grace by the statute of limitations, W.R. Grace expressly waives its right to raise any defenses based, in whole or in part, on the failure of Grand Juries in the District of Montana to act during the tolled period, including but not limited to motions to dismiss on the grounds of expiration of the statute of limitations and/or pre-indictment delay.

3. Nothing contained in this agreement shall be construed as a waiver of any other rights or defenses that W.R. Grace may have as to Grand Jury proceedings or as to any proceeding or action arising therefrom.

Dated this ___ day of _____, 2004.

WILLIAM W. MERCER
United States Attorney

_____
KRIS A. MCLEAN
Assistant U.S. Attorney

*David B___  Sr. VP &*
*General Counsel  Nov. 2, 2004*
W.R. GRACE & Co.              Date

*[signature]  Nov 2, 2004*
LARRY URGENSON              Date
Counsel for W.R. Grace & Co.

- 2 -