# Exhibit 5

In re Exide

# ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Exide Technologies, et al.,[1] | ) | Case No. 02-11125 (JCA) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Related Docket No. 458

## ORDER AUTHORIZING THE DEBTORS TO PAY EMPLOYEES' PREPETITION LEGAL FEES ARISING FROM THEIR COOPERATION WITH THE CRIMINAL PROSECUTION OF THE DEBTORS' FORMER DIRECTORS AND OFFICERS

AND NOW, upon the consideration of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to Pay Employees Prepetition Legal Fees Arising from their Cooperation with the Criminal Prosecution of the Debtors' Former Officer and Directors (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief and that the relief requested is in the best interests of the Debtors' estates and creditors; it is hereby

---

[1] The Debtors in these proceedings are: Exide Technologies f/k/a Exide Corporation; Exide Delaware, L.L.C.; Exide Illinois, Inc. and RBD Liquidation, L.L.C.

ORDERED, that Debtors are authorized, but not directed, to pay the Prepetition Legal Expenses[2] to the Cooperating Employees.

Dated: _____7/30_____, 2002

BY THE COURT:

_____
John C. Akard
United States Bankruptcy Judge

NO OBJECTION:

Office of the United States Trustee

By: _____
Mark S. Kenney
Trial Attorney

---

[2] Capitalized terms but not defined herein have the meanings assigned to them in the Motion.

-12-