# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: October 25, 2004 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Necessary (Negative Notice)** |

**SIXTEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004**

Name of Applicant: Deloitte & Touche LLP ("Deloitte & Touche").

Authorized to Provide Professional Services to: The above-captioned debtors and debtors-in-possession.

Date of Retention: February 4, 2003.

Period for which Compensation and Reimbursement is Sought: May 1, 2004 through May 31, 2004.

Amount of Compensation Sought as Actual, Reasonable and Necessary: $119,252

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: $383

This is a: xx monthly _ interim _ final application.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: October 25, 2004, at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Necessary (Negative Notice)** |

**SIXTEENTH MONTHLY APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004**

**BACKGROUND**

Deloitte & Touche was approved to provide customs procedures review services, compensation and benefits services, and tax advisory services to the Debtors *nunc pro tunc* to February 4, 2003 pursuant to an order entered by this Court on June 17, 2003. This sixteenth monthly application (this "Application") of Deloitte & Touche is for compensation for services rendered in connection with Deloitte & Touche's provision of customs procedures review

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

services, compensation and benefits services and tax advisory services to the Debtors and Deloitte & Touche's preparation of various prior monthly statements and fee applications for the Debtors during the period from May 1, 2004 through May 31, 2004.

Attached hereto as Exhibit A is the Verification of Tim Tuerff.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees and expenses sought by Deloitte & Touche in this Application: (a) a table containing a summary of compensation sought by professional, reflecting the professional's name, position, hourly billing rate, total hours billed and total compensation sought and (b) tables containing a summary of compensation sought for customs procedures review services, compensation and benefits services, tax advisory services and the preparation of monthly statements and fee applications broken into project categories, the total hours expended and the total compensation sought.

In addition to the foregoing tables, attached hereto is Exhibit B consisting of (a) a chart summarizing the fees sought by Deloitte & Touche by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought.

### SUMMARY OF COMPENSATION SOUGHT BY PROFESSIONAL

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Darla Yager | Administrative Assistant – Human Capital | $65 | 1.3 | $85 |
| Allison Prybolo | Sr. Consultant – Human Capital | $390 | 21.2 | $8,268 |
| Michelle McGuire | Principal - Customs & International Tax | $600 | 13.0 | $7,800 |

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melissa Stephanou | Manager – Customs & International Tax | $440 | 9.5 | $4,180 |
| Matthew Frank | Sr. Consultant – Customs & International Tax | $340 | 28.0 | $9,520 |
| Fred Levitan | Sr. Consultant - Customs & International Tax | $340 | 1.3 | $442 |
| John Keenan | Senior Manager – National Tax | $515 | 0.5 | $258 |
| Deb Chiemelski | Administrative Assistant – Human Capital | $65 | 0.5 | $33 |
| Robin Raley | Associate- Customs & International Tax | $230 | 5.4 | $1,242 |
| Bryan Collins | Partner- National Tax | $600 | 39.0 | $23,400 |
| Sarah Mahn | Manager- National Tax | $475 | 51.0 | $24,225 |
| Carita A. Smith | Administrative Assistant – National Tax | $75 | 1.0 | $75 |
| Vinita L. Chavis | Administrative Assistant – National Tax | $75 | 1.0 | $75 |
| John Forrest | Senior Manager – National Tax | $515 | 70.0 | $36,050 |
| Irwin Panitch | Partner – National Tax | $600 | 6.0 | $3,600 |

Total Fees: $119,252
Total Hours: 248.7
Blended Rate: $479.50

## Customs Procedures Review Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Customs Audit/FA (Focused Assessment) | 52.9 | $21,975 |
| | | |
| | | |
| TOTAL | | $21,975 |

## Compensation and Benefits Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Compensation | 0.2 | $13 |
| | | |
| TOTAL | | $13 |

## Tax Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Ruling Request | 168.5 | $87,683 |
| | | |
| | | |
| TOTAL | | $87,683 |

## Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 27.1 | $9,582 |
| | | |
| TOTAL | | $9,582 |

## Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Working Meals | | $383 |
| | | |
| TOTAL | | $383 |

Dated: October 21, 2004

DELOITTE & TOUCHE LLP

[signature]

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone: (202) 378-5223
Facsimile: (202) 661-1934

Customs services providers, and tax and compensation advisors for Debtors and Debtors in Possession

# EXHIBIT A

**EXHIBIT A**

**VERIFICATION**

WASHINGTON :
:
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte & Touche's retention as customs services providers, and tax and compensation advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Tim Tuerff

SWORN AND SUBSCRIBED
before me this 1st day of October, 2004.

Notary Public
My Commission Expires: 3/14/2005

91100-001\DOCS_DE:79005.1

# EXHIBIT B

Billing Group: BG20469

**W.R. Grace & Co.**
**Hours Spent by Each Person**
**May 1 through May 30, 2004**

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Jane Zeis | 0 | $500 | $0 | 0 |
| Allison Prybylo | 0 | $390 | $0 | 0 |
| Darla Yeger | 0.2 | $65 | $13 | 0 |
| *Total Human Capital Services Fees* | 0.2 | | $13 | $0 |
| Tim Tuerff | 0.0 | $600 | $0 | 0 |
| Bryan Collins | 39.0 | $600 | $23,400 | 164 |
| Irwin Panitch | 6.0 | $600 | $3,600 | 0 |
| John Keenan | 0.5 | $515 | $258 | 0 |
| John Forrest | 70.0 | $515 | $36,050 | 163 |
| Carlta A. Smith | 1.0 | $75 | $75 | 0 |
| Vinita L. Chavis | 1.0 | $75 | $75 | 0 |
| Sara Mehn | 51 | $475 | $24,225 | 66 |
| *Total National Tax Services Fees* | 168.5 | | $87,683 | $383 |
| Michele McGuire | 13.0 | $600 | $7,800 | 0 |
| Melissa Stephanou | 9.0 | $440 | $3,960 | 0 |
| Matthew Frank | 28.0 | $340 | $9,520 | 0 |
| Fred Levitan | 1.0 | $340 | $340 | 0 |
| Robin Raley | 1.4 | $230 | $322 | 0 |
| D. Chiemelski | 0.5 | $65 | $33 | 0 |
| *Total Customs & International Trade Fees* | 52.9 | | $21,875 | 0 |
| Robin Raley | 4 | $230 | $920 | 0 |
| Melissa Stephanou | 0.5 | $440 | $220 | 1 |
| Fred Levitan | 0.3 | $340 | $102 | 2 |
| Darla Yeger | 1.1 | $65 | $72 | 0 |
| Allison Prybylo | 21.2 | $390 | $8,268 | |
| *Total Monthly Statement & Fee Application Preparation Fees* | 27.1 | | $9,582 | $0 |
| **TOTAL FEES DUE** | 248.7 | | $119,252 | $383 |

## W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| /2004 | JK | Ruling Request | | 0.0 | 515 | 0 | 0 |
| /2004 | DY | Fee Application/Billing | Checked status of invoices/email to determine what has been paid to date. | 0.1 | 65 | $7 | 0 |
| /2004 | MF | FA | Conference calls with Grace team re: FA | 2.0 | $340 | $680 | $0 |
| /2004 | MF | FA | Review/analysis of documentation for FA sample transactions in classification, NAFTA, 9801 | 2.0 | $340 | $680 | $0 |
| /2004 | RR | FA | Worked with M. Frank to obtain proper invoice documentation from Davison for GPC FA | 0.4 | $230 | $92 | $0 |
| /2004 | JF | Ruling Request | Finish adding discussion of private letter rulings to legal discussion of ruling request. | 1.0 | 515 | 515 | |
| /2004 | JF | Ruling Request | Review fourth draft of legal discussion of private letter ruling request regarding application of the Lonely Parent rule. | 4.0 | 515 | 2060 | |
| /2004 | SM | Ruling Request | Finish adding discussion of relevant private letter rulings to legal discussion of ruling request. | 1.0 | 475 | 475 | |
| /4/2004 | MS | FA | Review status of FA | 1.5 | $440 | $660 | $0 |
| /4/2004 | MF | FA | Conference calls with Grace team re: FA | 2.0 | $340 | $680 | $0 |
| /4/2004 | MF | FA | Review/analysis of documentation for FA sample transactions in classification, NAFTA, 9801 | 2.0 | $340 | $680 | $0 |
| 5/4/2004 | RR | FA | Worked with M. Frank to obtain proper invoice documentation from Davison for GPC FA | 0.4 | $230 | $92 | $0 |
| 5/5/2004 | MS | FA | Discussions with M. Frank re: FA | 0.5 | $440 | $220 | $0 |
| 5/5/2004 | MF | FA | Conference calls with Grace team re: FA | 2.0 | $340 | $680 | $0 |
| 5/5/2004 | MF | FA | Review/analysis of documentation for FA sample transactions in classification, NAFTA, 9801 | 2.0 | $340 | $680 | $0 |
| 5/5/2004 | RR | FA | Worked with M. Frank to obtain proper invoice documentation from Davison for GPC FA | 0.4 | $230 | $92 | $0 |
| 5/5/2004 | BC | Ruling Request | Review fourth draft of legal section of ruling request. | 1.0 | 600 | 600 | |
| 5/5/2004 | BC | Ruling Request | Conference call with Elyse Filon, Carol Finke, Jonathan Forrest, and Sara Mahn regarding legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | 600 | |
| 5/5/2004 | JF | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Sara Mahn regarding legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 515 | 515 | 0 |
| 5/5/2004 | SM | Ruling Request | Conference call with Elyse Filon, Carol Finke, Bryan Collins, and Jonathan Forrest regarding legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 475 | 475 | |
| 5/5/2004 | SM | Ruling Request | Fifth draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 0.5 | 475 | 238 | |
| 5/6/2004 | AP | Fee Application/Billing | Interim Fee Application Work | 4.5 | 390 | $1,755 | $0 |
| 5/6/2004 | MS | FA | Call with Grace team re status of FA | 1.5 | $440 | $660 | $0 |
| 5/6/2004 | MS | FA | Discussions prior to call with Deloitte team | 1.5 | $440 | $660 | $0 |
| 5/6/2004 | MS | FA | Billing review | 0.5 | $440 | $220 | $0 |
| 5/6/2004 | MF | FA | GPC: conference calls with client re FA process and options; review of client data | 2.5 | $340 | $850 | $0 |
| 5/6/2004 | FL | Billing | Downloaded billing info into Excel and emailed to R. Raley who was working from home | 0.3 | $340 | $102 | $0 |
| 5/6/2004 | RR | BILLING | Prepared billing summary for April. | 4.0 | $230 | $920 | $0 |
| 5/6/2004 | BC | Ruling Request | Discuss fifth draft of legal section and related changes to be made with Sara Mahn. | 1.0 | 600 | $600 | |
| 5/6/2004 | SM | Ruling Request | Discuss fifth draft of legal section and related changes to be made with Bryan Collins. | 1.0 | 475 | $475 | |
| 5/6/2004 | SM | Ruling Request | Sixth draft of legal section of ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 475 | $475 | |

## W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| '/2004 | AP | Fee Application/Billing | Worked on the interim fee applications charts | 2.5 | 390 | $975 | $0 |
| 7/2004 | MF | FA | Conference call with client; discussion of approach to FA and offer from FA Team | 2.5 | $340 | $850 | $0 |
| 7/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding fifth draft of legal section of ruling request. | 2.0 | 600 | $1,200 | |
| 7/2004 | JF | Ruling Request | Review fifth draft of legal section of ruling request. | 0.5 | 515 | 258 | |
| 7/2004 | JF | Ruling Request | Discuss fifth draft of legal section of ruling request and related changes to be made with Bryan Collins. | 2.0 | 515 | $1,030 | |
| 10/2004 | AP | Fee Application/Billing | Worked on the charts for the January - March fee applications. | 3.5 | 390 | $1,365 | $0 |
| '10/2004 | MS | FA | Discussion re audit | 2.5 | $440 | $1,100 | $0 |
| /10/2004 | MF | FA | Review of client documentation; telephone calls with client | 2.0 | $340 | $680 | $0 |
| /10/2004 | RR | FA | Printing of import manual for Michele | 0.2 | $230 | $46 | $0 |
| /10/2004 | BC | Ruling Request | Meet with Jonathan Forrest regarding fifth draft of legal section of ruling request. | 1.0 | 600 | $600 | |
| /10/2004 | JF | Ruling Request | Discuss fifth draft of legal section of ruling request and related changes to be made with Bryan Collins. | 1.0 | 515 | $515 | |
| /10/2004 | JF | Ruling Request | Make revisions to sixth draft of legal section of ruling request. | 7.5 | 515 | $3,863 | |
| /10/2004 | JF | Ruling Request | Dinner for Bryan Collins and Jonathan Forrest while working on sixth draft of legal section. | | | | 50 |
| /11/2004 | AP | Fee Application/Billing | Prepared invoices for Darla to process for the three deloitte offices. | 1.2 | 390 | $468 | $0 |
| 3/11/2004 | DY | Fee Application/Billing | Processed invoices per Allison's request for the the charge codes: WRG0012, 0004, 0007 so that internal invoice tracking can take place. | 1.0 | 65 | $65 | 0 |
| 5/11/2004 | MF | FA | Review of client documentation; telephone calls with client | 1.0 | $340 | $340 | $0 |
| 5/11/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 1.0 | 600 | $600 | 0 |
| 5/11/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 1.0 | 515 | $515 | |
| 5/11/2004 | JF | Ruling Request | Revisions to first draft of entire ruling request. | 4.5 | 515 | $2,318 | |
| 5/11/2004 | JF | Ruling Request | Review first draft of entire ruling request and make additional changes. | 1.5 | 515 | $773 | |
| 5/11/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding additional revisions needed for first draft of entire ruling request. | 1.0 | 475 | $475 | |
| 5/11/2004 | SM | Ruling Request | Make revisions to first draft of entire ruling request. | 4.5 | 475 | $2,138 | |
| 5/12/2004 | AP | Fee Application/Billing | Prepared billing summary for April. | 1.5 | 390 | $585 | $0 |
| 5/12/2004 | BC | Ruling Request | Review first draft of entire ruling request. | 1.0 | 600 | $600 | |
| 5/13/2004 | AP | Fee Application/Billing | Prepared billing summary for April. | 1.0 | 390 | $390 | $0 |
| 5/13/2004 | BC | Ruling Request | Review first draft of entire ruling request. | 3.0 | 600 | $1,800 | |
| 5/14/2004 | DY | Compensation | Prepared and sent package to Brian McGowan. | 0.2 | 65 | $13 | 0 |
| 5/16/2004 | BC | Ruling Request | Review first draft of entire ruling request. | 2.5 | 600 | $1,500 | |
| 5/17/2004 | AP | Fee Application/Billing | worked on Grace billing and combining the groups monthly detail for April. Also worked on calculating the billing percentages. | 3.0 | 390 | $1,170 | $0 |
| 5/17/2004 | MM | FA Meeting | Meeting with customs re: FA | 5.0 | $600 | $3,000 | $0 |
| 5/17/2004 | MS | FA | Call with Grace team re: FA | 1.0 | $440 | $440 | $0 |
| 5/17/2004 | MS | FA | Preparation and follow up discussions for call | 0.5 | $440 | $220 | $0 |
| 5/17/2004 | BC | Ruling Request | Conference call with Elyse Filon regarding comments on the first draft of the entire rulng requests and related private letter rulings. | 1.0 | 600 | $600 | |

## W.R. Grace & Co.

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 17/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 3.0 | 600 | $1,800 | |
| 17/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn regarding additional revisions needed for first draft of entire ruling request. | 3.0 | 515 | $1,545 | |
| 17/2004 | JF | Ruling Request | Lunch for Sara Mahn and Jonathan Forrest while working on second draft of ruling request. | 0.0 | 515 | $0 | 23 |
| '17/2004 | JF | Ruling Request | Second draft of entire ruling request regarding the lonely parent exception to the SRLY rules. | 6.5 | 515 | $3,348 | |
| '17/2004 | JF | Ruling Request | Dinner for Sara Mahn and Jonathan Forrest while working on second draft of ruling request. | 0.0 | 515 | $0 | 45 |
| /17/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest regarding additional revisions needed for first draft of entire ruling request. | 3.0 | 475 | $1,425 | |
| /17/2004 | SM | Ruling Request | Second draft of entire ruling request regarding the lonely parent exception to the SRLY rules. | 7.0 | 475 | $3,325 | |
| /18/2004 | AP | Fee Application/Billing | Prepared billing summary for April. | 3.0 | 390 | $1,170 | $0 |
| /18/2004 | MM | FA Meeting | Work on implementation plan for FA | 8.0 | $600 | $4,800 | $0 |
| /18/2004 | MF | FA | Addressed follow-up issues for FA | 1.0 | $340 | $340 | $0 |
| /18/2004 | FL | FA | Researched foreign currency fluctuactions as applied to Grace FA | 0.3 | $340 | $102 | $0 |
| /18/2004 | BC | Ruling Request | Review second draft of entire ruling request. | 4.5 | 600 | $2,700 | |
| /18/2004 | JF | Ruling Request | Revisions to second draft of entire ruling request. | 13.0 | 515 | $6,695 | |
| 5/18/2004 | SM | Ruling Request | Revisions to second draft of entire ruling request. | 5.5 | 475 | $2,613 | |
| 5/18/2004 | SM | Ruling Request | Dinner for Bryan Collins, Jonathan Forrest, and Sara Mahn while working on second draft of ruling request. | 0.0 | 475 | $0 | 86 |
| 5/19/2004 | AP | | emails with Customs group regarding their detailed summaries and the total calculations. | 1.0 | 390 | $390 | $0 |
| 5/19/2004 | BC | Ruling Request | Lunch with Jonathan Forrest and Sara Mahn to discuss second draft of ruling request. | 0.0 | 600 | $0 | 95 |
| 5/19/2004 | BC | Ruling Request | Continue review of second draft of ruling request regarding the lonely parent exception to the SRLY rules. | 3.0 | 600 | $1,800 | |
| 5/19/2004 | JF | Ruling Request | Make revisions to second draft of entire ruling request. | 2.5 | 515 | $1,288 | 0 |
| 5/18/2004 | SM | Ruling Request | Make revisions to second draft of entire ruling request. | 0.5 | 475 | $238 | |
| 5/20/2004 | BC | Ruling Request | Conference call with Elyse Filon, Jonathan Forrest, and Sara Mahn regarding the status and timing of the ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | $600 | |
| 5/20/2004 | JF | Ruling Request | Conference call with Elyse Filon, Bryan Collins, and Sara Mahn regarding the status and timing of the ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 515 | $515 | |
| 5/20/2004 | JF | Ruling Request | Conference calls with Carol Finke and Sara Mahn regarding waiver of audit jurisdiction for issues similar to the issue presented in the ruling request regarding application of the lonely parent exception to the SRLY rules. | 1.0 | 515 | $515 | |
| 5/20/2004 | JF | Ruling Request | Review second draft of ruling request. | 2.0 | 515 | $1,030 | |
| 5/20/2004 | SM | Ruling Request | Conference call with Elyse Filon, Bryan Collins, and Jonathan Forrest regarding the status and timing of the ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 475 | $475 | |
| 5/20/2004 | SM | Ruling Request | Conference calls with Carol Finke and Jonathan Forrest regarding waiver of audit jurisdiction for issues similar to the issue presented in the ruling request regarding application of the lonely parent exception to the SRLY rules. | 1.0 | 475 | $475 | |
| 5/21/2004 | MF | FA | Tepelphone calls with GPC; work on follow-up FA action items | 2.5 | $340 | $850 | $0 |
| 5/21/2004 | FL | FA | 9801 Canada shipments: Prepared spreadsheet for Matt. | 0.7 | $340 | $238 | $0 |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 21/2004 | DC | Admin | Drafting letter to client | 0.2 | $65 | $13 | $0 |
| 21/2004 | BC | Ruling Request | Conference call with Carol Finke, David Freidel, Jonathan Forrest, and Sara Mahn regarding first draft of ruling request. | 2.5 | 600 | $1,500 | |
| 21/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss additional changes to be made to the second draft of the ruling request including suggested changes from Carol Finke and David Freidel. | 2.0 | 600 | $1,200 | |
| /21/2004 | JF | Ruling Request | Conference call with Carol Finke, David Freidel, Bryan Collins, and Sara Mahn regarding first draft of ruling request. | 2.5 | 515 | $1,288 | |
| /21/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss additional changes to be made to the second draft of the ruling request including suggested changes from Carol Finke and David Freidel. | 2.0 | 515 | $1,030 | |
| 5/21/2004 | JF | Ruling Request | Make additional changes to second draft of ruling request. | 1.5 | 515 | $773 | |
| 5/21/2004 | JF | Ruling Request | Dinner for Bryan Collins, Jonathan Forrest, and Sara Mahn while making additional changes to second draft of ruling request. | 0.0 | 515 | $0 | 45 |
| 5/21/2004 | SM | Ruling Request | Conference call with Carol Finke, David Freidel, Jonathan Forrest, and Sara Mahn regarding first draft of ruling request. | 2.5 | 475 | $1,188 | |
| 5/21/2004 | SM | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss additional changes to be made to the second draft of the ruling request including suggested changes from Carol Finke and David Freidel. | 2.0 | 475 | $950 | |
| 5/21/2004 | SM | Ruling Request | Make additional changes to second draft of ruling request. | 0.5 | 475 | $238 | |
| 5/23/2004 | MF | FA | Review/analysis of inventory tracking reports from SAP; created summary spreadsheet | 2.0 | $340 | $680 | $0 |
| 5/24/2004 | MF | FA | Conference calls with client; review of action items and documentation | 2.5 | $340 | $850 | $0 |
| 5/24/2004 | BC | Ruling Request | Review third draft of entire ruling request. | 3.0 | 600 | $1,800 | |
| 5/24/2004 | BC | Ruling Request | Dinner for Bryan Collins, Jonathan Forrest, and Sara Mahn while reviewing third draft of ruling request. | 0.0 | 600 | $0 | 59 |
| 5/24/2004 | JF | Ruling Request | Make changes to third draft of entire ruling request. | 4.0 | 515 | $2,060 | |
| 5/24/2004 | SM | Ruling Request | Make changes to third draft of entire ruling request. | 4.5 | 475 | $2,138 | |
| 5/25/2004 | BC | Ruling Request | Review third draft of entire ruling request regarding the lonely parent exception to the SRLY rules. | 1.0 | 600 | $600 | |
| 5/25/2004 | JF | Ruling Request | Make additional changes to third draft of ruling request. | 2.0 | 515 | $1,030 | |
| 5/25/2004 | CS | Ruling Request | WR Grace Engagement Letter | 1.0 | 75 | 75 | 0 |
| 5/25/2004 | SM | Ruling Request | Make additional changes to third draft of entire ruling request. Prepare attachments to ruling request regarding the lonely parent exception to the SRLY rules. | 5.5 | 475 | $2,613 | |
| 5/26/2004 | BC | Ruling Request | Continue review of third draft of entire ruling request. | 2.0 | 600 | $1,200 | |
| 5/26/2004 | JF | Ruling Request | Revisions to third draft of ruling request per Bryan Collins. | 1.0 | 515 | $515 | |
| 5/26/2004 | JK | Ruling Request | Provide recommendation regarding obtaining agreement by IRS field office to allow private letter ruling to be issued with respect to issues currently under audit involving application of the lonely parent exception to the SRLY rules. | 0.5 | 515 | $258 | $0 |
| 5/26/2004 | VC | Ruling Request | RFR for Ruling Request | 0.7 | 75 | 53 | 0 |
| 5/26/2004 | SM | Ruling Request | Make revisions to third draft of entire ruling request per Bryan Collins. | 2.0 | 475 | $950 | |
| 5/27/2004 | BC | Ruling Request | Conference call with Carol Finke, representatives for Fresenius Medical Care, Jonathan Forrest, and Sara Mahn. | 1.5 | 600 | $900 | |

**W.R. Grace & Co.**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 27/2004 | BC | Ruling Request | Meet with Jonathan Forrest and Sara Mahn to discuss changes to be made to ruling request related to conference call with Carol Finke and representatives of Fresenius Medical Care. | 1.0 | 600 | $600 | |
| 27/2004 | JF | Ruling Request | Conference call with Carol Finke, representatives for Fresenius Medical Care, Bryan Collins, and Sara Mahn. | 1.5 | 515 | $773 | |
| /27/2004 | JF | Ruling Request | Meet with Bryan Collins and Sara Mahn to discuss changes to be made to ruling request related to conference call with Carol Finke and representatives of Fresenius Medical Care. | 1.0 | 515 | $515 | |
| /27/2004 | JF | | Make revisions to fourth draft of entire ruling request. | 0.5 | 515 | $258 | |
| /27/2004 | VC | Ruling Request | RFR for Ruling Request | 0.3 | 75 | 23 | |
| /27/2004 | SM | Ruling Request | Conference call with Carol Finke, representatives for Fresenius Medical Care, Bryan Collins, and Jonathan Forrest. | 1.5 | 475 | $713 | |
| /27/2004 | SM | Ruling Request | Meet with Bryan Collins and Jonathan Forrest to discuss changes to be made to ruling request related to conference call with Carol Finke and representatives of Fresenius Medical Care. | 1.0 | 475 | $475 | |
| 5/27/2004 | SM | Ruling Request | Make revisions to fourth draft of entire ruling request. | 0.5 | 475 | $238 | |
| 5/28/2004 | DC | Admin | E-mail letter to client | 0.3 | $65 | $20 | $0 |
| 5/28/2004 | IP | Ruling Request | Review fourth draft of ruling request regarding application of the lonely parent exception to the SRLY rules and provide comments. | 6.0 | 600 | $3,600 | |
| 5/28/2004 | JF | Ruling Request | Review fourth draft of entire ruling request and make final revisions. | 1.0 | 515 | $515 | |
| 5/28/2004 | SM | Ruling Request | Work on attachments for ruling request regarding application of the lonely parent exception to the SRLY rules including the list of defined terms and the Power of Attorney. | 3.0 | 475 | $1,425 | |
| | | | Totals | 248.7 | | $119,252 | $383 |