## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 24, 2005 at 12:00 p.m. | 12/20/04 | 01/07/05 | 01/10/05 | 01/17/05 |
| February 28, 2005 at 12:00 p.m. | 01/24/05 | 02/11/05 | 02/14/05 | 02/21/05 |
| March 21, 2005 at 12:00 p.m. (14th Quarterly Fee Hearing) | 02/14/05 | 03/04/05 | 03/07/05 | 03/14/05 |
| April 25, 2005 at 12:00 p.m. | 03/21/05 | 04/08/05 | 04/11/05 | 04/18/05 |
| May 16, 2005 at 12:00 p.m. | 04/11/05 | 04/29/05 | 05/02/05 | 05/09/05 |
| June 27, 2005 at 12:00 p.m. (15th Quarterly Fee Hearing) | 05/23/05 | 06/10/05 | 06/13/05 | 06/20/05 |
| July 18, 2005 at 12:00 p.m. | 06/13/05 | 06/28/05* | 07/01/05* | 07/11/05 |
| August 22, 2005 at 12:00 p.m. | 07/18/05 | 08/05/05 | 08/08/05 | 08/15/05 |
| September 26, 2005 at 12:00 p.m. (16th Quarterly Fee Hearing) | 08/22/05 | 09/09/05 | 09/12/05 | 09/19/05 |
| October 24, 2005 at 12:00 p.m. | 09/19/05 | 10/07/05 | 10/10/05 | 10/17/05 |
| November 14, 2005 at 12:00 p.m. | 10/10/05 | 10/28/05 | 10/31/05 | 11/07/05 |
| December 19, 2005 at 12:00 p.m. (in Pittsburgh, PA) (17th Quarterly Fee Hearing) | 11/14/05 | 12/02/05 | 12/05/05 | 12/12/05 |

* The objection deadline and preliminary agenda due date are accelerated by 3 days to account for the fourth of July holiday.

*Exhibit A* (handwritten)