# EXHIBIT 2

# Notification Procedures for Trading in Equity Securities for WR Grace

**Total number of parties: 198621**

**Preferred Mode of Service:  US Mail (1st Class)**

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | (SB 3500) DEF. DIST. DEPOT MEMPHIS, SUPPLY DIV. (DDMT-WSW), MEMPHIS, TN 38114-5210 | |
| 10925 | , DAVID, #3 S LONDON DR, NASHUA, NH 03062 | |
| 10925 | , MELVIN, 15 HURST DR, LAUREL, MS 39440 | |
| 10925 | @ROAD INC DEPT 33209, PO BOX 39000, SAN FRANCISCO, CA 94139-3209 | |
| 10925 | {IBBS, HARRY, 27 LANTERN DR, GREER, SC 29651 | |
| 10925 | ~R.@X#}}I, MELLISSA, RR2 BOX 112 B, MOMENCE, IL 60954 | |
| 10925 | ~TONE, ALISA, 301 N. MAIN PO BOX 124, GRANT PARK, IL 60940 | |
| 10925 | 08-080 HEALTHSOUTH MEDICAL CLINIC, PO BOX 371612, PITTSBURGH, PA 15251-7612 | |
| 10925 | 08-134 HEALTHSOUTH MEDICAL CLINIC, POBOX 371612, PITTSBURGH, PA 15251-7612 | |
| 10924 | 1 BOSTON PLACE, CORNER OF STATE & WASHINGTON ST., BOSTON, MA 02113 | |
| 10924 | 1 BOSTON PLACE, CORNER OF STATE & WASHINGTON STS, BOSTON, MA 02133 | |
| 10924 | 1 CALIFORNIA ST., C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101 | |
| 10924 | 1 CALIFORNIA STREET, FREDERICK MEISWINKEL, SAN FRANCISCO, CA 94101 | |
| 10924 | 1 CHASE PLAZA, NEW YORK, NY 10001 | |
| 10924 | 1 CONSTITUTION PLAZA, HARTFORD, CT 06100 | |
| 10924 | 1 MED CENTER, TRANS. CONTROL NO., LANGLEY AIR FORCE BASE, VA 23665-5300 | |
| 10924 | 1 MERCEDES DRIVE, 1 MERCEDES DRIVE, MONTVALE, NJ 07645 | |
| 10924 | 1 NEW YORK PLAZA, 1 NEW YORK PLAZA, MANHATTAN, NY 10021 | |
| 10924 | 1 NY PLAZA, NEW YORK, NY 10044 | |
| 10924 | 1 SCARSDALE ROAD, 1 SCARSDALE ROAD, TUCKAHOE, NY 10707 | |
| 10924 | 1 STATE STREET PLAZA, NEW YORK, NY 10001 | |
| 10924 | 1 STATE STREET, 1 STATE STREET, NEW YORK, NY 10101 | |
| 10924 | 1 SUPS - LGS, 125 BENNETT AVENUE, HURLBURT FIELD, FL 32544-5737 | |
| 10924 | 1 SUPS - SUMC, 23 SWEENEY BLVD., LANGLEY AIR FORCE BASE, VA 23665-2199 | |
| 10924 | 1 SUPS- LGS, LANGLEY AIR FORCE BASE, VA 23665-5000 | |
| 10924 | 1 WELLS AVENUE, 1 WELLS AVENUE, NEWTON, MA 02159 | |
| 10924 | 1 WILSHIRE, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90100 | |
| 10924 | 10 PARK AVE OFFICE BLDG, 10 PARK AVENUE, MORRISTOWN, NJ 07960 | |
| 10924 | 10 ROONEY CIRCLE, WEST ORANGE, NJ 07052 | |
| 10924 | 10 SOUTH RIVERSIDE, 10 SOUTH RIVERSIDE, CHICAGO, IL 60606 | |
| 10924 | 10 SOUTH RIVERSIDE, 555 WEST MONROE, CHICAGO, IL 60661 | |
| 10924 | 100 COLONY SQUARE, 1201 PEACHTREE STREET N.E., ATLANTA, GA 30361 | |
| 10924 | 100 FEDERAL STREET, 100 FEDERAL STREET, BOSTON, MA 01603 | |
| 10924 | 100 FEDERAL STREET, BOSTON, MA 02101 | |
| 10924 | 100 FROELICH FARM, 100 FROELICH FARM BLVD, WOODBURY, NY 11797 | |
| 10924 | 100 NASSAU PARK, ROUTE 1 - LAWRENCEVILLE, PRINCETON, NJ 08540 | |
| 10925 | 100 NORTH MAIN BUILDING, 100 NORTH MAIN, MEMPHIS, TN 38103 | |
| 10924 | 100 WALL STREET, NEW YORK, NY 10005 | |
| 10924 | 1000 NICOLETTE / TARGET TOWER, 1000 NICOLETTE, MINNEAPOLIS, MN 55403 | |
| 10924 | 1000 SUNSET RIDGE, 1000 SUNSET RIDGE, NORTHBROOK, IL 60062 | |
| 10924 | 1001 DEXTER BUILDING, C/O FARWEST YARD, SEATTLE, WA 98101 | |
| 10925 | 1001 RESTAURANT CORP., 4930-C EISENHOWER AVE., ALEXANDRIA, VA 22304 | |
| 10925 | 1001 RESTAURANT CORP., 5105 BERWYN RD., STE 101, COLLEGE PARK, MD 20740 | |
| 10925 | 1001 YOSEMITE LIMITED, 1891 LANDINGS DR, MOUNTAIN VIEW, CA 94043 | |
| 10924 | 101 HUNTINGTON AVENUE, BOSTON, MA 02133 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   102ND. CIVIL ENGINEERING SQR., AIR NATIONAL GUARD, BLDG. 971, OTIS AIR FORCE BASE, MA 02542-5001

10924   104 DAVIDSON MILL ROAD, DAYTON, NJ 08810

10924   1040 SSG - LGS, BLDG. 310, PATRICK AIR FORCE BASE, FL 32925-5350

10924   1095  6TH AVE, 1095 6TH AVE, NEW YORK, NY 10036

10924   110 BROADWAY, SAM, LEMON GROVE, CA 92045

10924   110 EAST 16TH STREET / GARAGE, C/O ABATEMENT INT'L / ADVATEX, 110 EAST 16TH STREET, MANHATTAN, NY 10001

10924   110 THIRD STREET, 110 THIRD STREET, ELIZABETH, NJ 07201

10924   110 TOWER LTD., SAM, SAN DIEGO, CA 92121

10924   110 WEST BERRY STREET PROJECT, 110 WEST BERRY STREET, FORT WAYNE, IN 46802

10924   1100 PEACHTREE BLDG., 1100 PEACHTREE ST., ATLANTA, GA 30310

10924   1100 RAYMOND BLVD, 1100 RAYMOND BLVD, NEWARK, NJ 07102

10924   111 8TH AVENUE, 111 8TH AVENUE, MANHATTAN, NY 10021

10924   111 HUNTINGTON AVENUE, 111 HUNTINGTON AVENUE, BOSTON, MA 02199

10924   111 WALL STREET @@, 111 WALL STREET, NEW YORK, NY 10001

10924   111 WALL STREET 8TH FLOOR, 111 WALL STREET 8TH FLOOR, NEW YORK, NY 10005

10924   111 WALL STREET, 111 WALL STREET, MANHATTAN, NY 10021

10924   111 WALL STREET, 111 WALL STREET, NEW YORK, NY 10043

10924   1110 EDGEWATER DRIVE, RED SPOT C/O AMERICAN COLORS, SHILOH, OH 44878

10925   1114 AVE OF AMERICAS ASSOCIATES LLC, 1411 BROADWAY STE 3150, NEW YORK, NY 10018

10925   1114 AVE OF THE AMERICAS, PO BOX 12093, NEWARK, NJ 07101

10925   1114 AVENUE OF THE AMERICAS ASSOC., PO BOX 12093, NEWARK, NJ 07101

10925   1114 TRIZECHAHN-SWIG, LLC, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020

10925   1114 TRIZICHAHN SWIG LLC, POBOX 6756, NEW YORK, NY 10249-6756

10924   1115 SUNSET, SIFFLING BROTHERS, WEST COVINA, CA 91790

10924   113 SOUTH SERVICE ROAD, 113 SOUTH SERVICE ROAD, JERICHO, NY 11753

10924   1133 6TH AVE, LOADING DOCK ON 43RD STREET BETWEEN, 6TH AND 7TH AVE, 1133 6TH STREET, MANHATTAN, NY 10021

10924   1133 6TH AVE, OFF WEST 43RD ST, BROOKLYN, NY 11200

10924   12 CAESARS HOTEL, 4200 CITY AVENUE, PHILADELPHIA, PA 19131

10924   12 UNITED PLAZA, 8550 UNITED PLAZA BOULEVARD, BATON ROUGE, LA 70809

10924   120 MOOREHEAD, 120 W. MOOREHEAD, CHARLOTTE, NC 28209

10924   120 SOUTH RIVERSIDE PLAZA, CORNER OF ADAMS AND CANAL, CHICAGO, IL 60606

10924   120 SOUTH RIVERSIDE, JACKSON & CANAL, CHICAGO, IL 60606

10924   1201 LOUISANA STREET, 1201 LOUISANA STREET, HOUSTON, TX 77002

10924   122 MOTT STREET/ OFF HESTER, LOADING DOCK ON ELIZABETH STREET, 79 ELIZABETH STREET, NEW YORK, NY 10013

10924   125 BROAD STREET, NEW YORK, NY 10001

10924   1251 AVENUE OF AMERICAS, 1251 AVENUE OF AMERICAS, NEW YORK, NY 10001

10924   127 JOHN STREET @@, C/O ISLAND LATHING & PLASTING, NEW YORK, NY 10001

10924   12700 WHITE WATER, C/O MINUTE-OGLE, 12700 WHITE WATER, MINNETONKA, MN 55343

10925   128 BUSINESS COUNCIL, PO BOX 1290, WALTHAM, MA 02254-1290

10924   130 STYVESANT PLACE, 130 STYVESANT PLACE, STATEN ISLAND, NY 10308

10924   1300 CRESCENT GREEN, DAVISON JONES BEERS CONST., 1300 CRESCENT GREEN ST, CARY, NC 27511

10924   1313 TH MEDIUM PORT COMMAND, C/O TEMPLE INTERNATIONAL, INC., KENT, WA 98032

10924   132 DORMATORY, HURLBURT FIELD, PENSACOLA, FL 32502

10924   1335 WINDWARD CONCOURSE, 1355 WINDWARD CONCOURSE, ALPHARETTA, GA 30202

10925   134 HEALTHSOUTH MEDICAL CLINIC, POBOX 371612, PITTSBURGH, PA 15251-7612

10925   135 EAST 37TH STREET CORP, 500 WEST 37TH ST, NEW YORK, NY 10018

10924   1350 6TH AVENUE, BETWEEN 6THAVE AND 54TH STREET, 1350 6TH AVENUE, MANHATTAN, NY 10019

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | 1380 SOLDIERS FIELD ROAD, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVE. BLDG 3, NORWOOD, MA 02062 | |
| 10924 | 140 BROADWAY, 140 BROADWAY, MANHATTAN, NY 10021 | |
| 10924 | 140 BROADWAY, 140 BROADWAY, NEW YORK, NY 10001 | |
| 10924 | 140 BROADWAY, FOR J & B SERVICES, 140 BROADWAY, NEW YORK, NY 10001 | |
| 10924 | 140 E. 45TH STREET, 200 ENTERPRISE AVENUE, TRENTON, NJ 08638 | |
| 10924 | 1400 PARKER STREET REALTY CORP., 1380 PARKER STREET, BRONX, NY 10499 | |
| 10924 | 1405 S. BROADWAY, C/O WESTWOOD, LOS ANGELES, CA 90015 | |
| 10924 | 1414 N. WELLS - SPRAY, 1414 N. WELLS, CHICAGO, IL 60614 | |
| 10925 | 14901 N SCOTTSDALE ROAD LLC, 2150 E HIGHLAND #207, PHOENIX, AZ 85016 | |
| 10925 | 14TH JDC - CS FUND, PO BOX 1150, LAKE CHARLES, LA 70602-1150 | |
| 10924 | 150 EAST 42ND STREET, 150 EAST 42ND ST, NEW YORK, NY 10001 | |
| 10924 | 150 EAST 42ND STREET, LOADING DOCK, NEW YORK, NY 10001 | |
| 10924 | 150 NORTH ORANGE, 150 NORTH ORANGE AVENUE, ORLANDO, FL 32801 | |
| 10924 | 151 MEETING STREET, WISE & COLE, PO DRAWER O, CHARLESTON, SC 29402 | |
| 10924 | 1515 BROADWAY, 1515 BROADWAY, NEW YORK, NY 10001 | |
| 10924 | 15671 MAUBERG, SAN LEANDRO, CA 94577 | |
| 10924 | 160 WATER STREET, 160 WATER STREET, MANHATTAN, NY 10038 | |
| 10924 | 1601 WASHINGTON STREET, 1601 WASHINGTON STREET, BOSTON, MA 02118 | |
| 10924 | 1633 BROADWAY, 1633 BROADWAY 37TH FLOOR, NEW YORK, NY 10001 | |
| 10924 | 1633 BROADWAY, 1633 BROADWAY, NEW YORK, NY 10001 | |
| 10924 | 1633 BROADWAY, 50TH AND 51ST STREET, MANHATTAN, NY 10021 | |
| 10924 | 1633 BROADWAY, LOADING DOCK 51ST BETWEEN BRAODWAY, AND 8TH AVE, 1633 BROADWAY, MANHATTAN, NY 10021 | |
| 10924 | 1633 BROADWAY, NEW YORK, NY 10001 | |
| 10925 | 16TH AFCM TECHNICAL SYMPOSIUM, 60 NEW RACHADAPISEK RD, KLONGTOEY, 10110THAILAND | *VIA Deutsche Post* |
| 10924 | 16TH AND PORTRERO, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94107 | |
| 10925 | 16TH NAM CATLAYSIS SOCIETY MEETING, MEETING SOLUTIONS, INC., BALTIMORE, MD 21202 | |
| 10924 | 174TH FIGHTER WING, HANCOCK FIELD, 6001 E MOLLOY RD, SYRACUSE, NY 13211 | |
| 10925 | 1790.COM, 250 DODGE AVE, EAST HAVEN, CT 06512-3358 | |
| 10924 | 1800 N. CLYBOURN, 1800 N. CLYBOURN, CHICAGO, IL 60614 | |
| 10925 | 1-800-CONFERENCE, POBOX 95537, CHICAGO, IL 60694-5537 | |
| 10925 | 1848 HOUSE RESTAURANT, 780 S COBB DR, MARIETTA, GA 30060 | |
| 10924 | 191 SPRING STREET C/O CUDDY, 191 SPRING STREET, LEXINGTON, MA 02173 | |
| 10925 | 1995 CORPORATE UNIV.FORUM, 1420 MACARTHUR DR #104, CARROLLTON, TX 75007 | |
| 10925 | 1995 SE/SW ACS MEETING, CHEM DEPT/UNIV OF MEMPHIS, MEMPHIS, TN 38152 | |
| 10925 | 1995 SENATE-HOUSE DINNER, 1101 17TH ST NW #808, WASHINGTON, DC 20036 | |
| 10925 | 1997 REPUBLICAN SENATE-HOUSE DINNER, 919 18TH ST NW #400, WASHINGTON, DC 20006 | |
| 10925 | 1997 SED CONFERENCE, 405 SW 75TH WAY, NORTH LAUDARDALE, FL 33068-1378 | |
| 10925 | 1997 SOUTHEAST DISTRICT CONFERENCE, 405 SW 75TH WAY, NORTH LAUDERDALE, FL 33068-1378 | |
| 10925 | 1998 IEEE / PCA CEMENT TECH CONFER, PO BOX 360, RAPID CITY, SD 57709 | |
| 10925 | 1998 REPUBLICAN HOUSE-SENATE DINNER, 425 SECOND ST NE, WASHINGTON, DC 20002 | |
| 10925 | 1999 IEEE/PCA CEMENT TECH.CONF., PO BOX 27, CLOVERDALE, VA 24077 | |
| 10925 | 19TH & M ASSOCIATES LLC, 7315 WISCONSIN AVE # 800 WEST, BETHESDA, MD 20814 | |
| 10924 | 19TH STREET MIDDLE SCHOOL, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | 1ST AD SPECIALISTS, 321 PEARL ST, FITCHBURG, MA 01420 | |
| 10924 | 1ST BANK GRAND FORKS  C/O CUS. DRY, 600 DEMERS, GRAND FORKS, ND 58201 | |
| 10924 | 1ST BANK PLACE WEST, 120 S. 6TH, MINNEAPOLIS, MN 55402 | |
| 10924 | 1ST CHURCH OF THE NAZARENE C/O T S, 9401 E. 25 STREET, INDIANAPOLIS, IN 46229 | |
| 10924 | 1ST CITIZEN OPERATIONS CTR., C/O ACOUSTICS, INC., RALEIGH, NC 27603 | |
| 10925 | 1ST CLASS ENTERTAINMENT LTD, PO BOX 321, WILLOW SPRINGS, IL 60480 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | 1ST COMMUNITY CREDIT UNION, 8575 WATSON RD., BALLWIN, MO 63011 | |
| 10924 | 1ST LUTHERAN CHURCH, C/O BAHL INSULATION, DULUTH, MN 55802 | |
| 10925 | 1ST NATIONAL BANK OF BLOOMINGTON, TRUSTEE UNDER LAST WILL &, TESTAMENT OF JANE ALLEN ELLIS, PO BOX 608 TRUST DEPT, BLOOMINGTON, IN 47401 | |
| 10924 | 1ST NATIONAL BANK-C/O E&K OF OMAHA, 14000 FIRST NATIONAL BANK PKWY, OMAHA, NE 68154 | |
| 10924 | 1ST NATIONAL BANK-C/O E&K OF OMAHA, 14000 FNB PARKWAY, OMAHA, NE 68154 | |
| 10924 | 1ST STAMFORD PLACE, 100 STAMFORD PLACE, STAMFORD, CT 06900 | |
| 10924 | 2 BROADWAY, 2 BROADWAY, MANHATTAN, NY 10021 | |
| 10924 | 2 CANAL PK, CORNER OF 1ST ST. & CAMBRIDGE ST., CAMBRIDGE, MA 02140 | |
| 10924 | 2 GATEWAY CENTER  (AT&T), MCCARTER HWY & COMMERCE ST, NEWARK, NJ 07100 | |
| 10924 | 2 METRO PLACE, DBA MOONEY & MOSES, 585 METRO SOUTH, DUBLIN, OH 43016 | |
| 10924 | 2 MONTGOMERY PLACE, 2 MONTGOMERY PLACE, JERSEY CITY, NJ 07302 | |
| 10924 | 20 SIDNEY ST, 20 SIDNEY ST, CAMBRIDGE, MA 02140 | |
| 10925 | 20/20 VISION CLINIC, 111 WEST MCNEESE ST, LAKE CHARLES, LA 70605 | |
| 10924 | 200 DEERFIELD POINT, 12720 OLD MORRIS ROAD, ALPHARETTA, GA 30004 | |
| 10924 | 200 INNER BELT ROAD, 200 INNER BELT ROAD, SOMERVILLE, MA 02413 | |
| 10924 | 200 PARK AVENUE, C/O  BEST FIREPROOFING, 200 PARK AVENUE, NEW YORK, NY 10001 | |
| 10924 | 200 PARK AVENUE, NEW YORK, NY 10011 | |
| 10924 | 2000 CENTRAL TRUST TOWER, BLOOM & GREENE, 201 E FIFTH, CINCINNATI, OH 45202 | |
| 10924 | 2000 CROWN COLONY, 2000 CROWN COLONY, QUINCY, MA 02269 | |
| 10925 | 2000 HOUSE-SENATE DINNER TRUST, THE, POBOX 1721, WASHINGTON, DC 20013 | |
| 10925 | 2002 U S SENIOR OPEN CHAMPIONSHIP, PO BOX 42826, BALTIMORE, MD 21284 | |
| 10924 | 201 E. 80TH STREET, @ 3RD AVENUE, NEW YORK, NY 10044 | |
| 10924 | 206 CARNEGIE CENTER, 206 CARNEGIE CENTER, PRINCETON, NJ 08543 | |
| 10925 | 20TH CENTURY PLASTICS, PO BOX 2376, BREA, CA 92822-2376 | |
| 10924 | 20TH CENTURY REALTY CO., 4520 MAIN ST., KANSAS CITY, MO 64111 | |
| 10924 | 20TH CENTURY TOWER, 4620 MAIN STREET, KANSAS CITY, MO 64116 | |
| 10924 | 210 W 42ND STREET, NEW YORK, NY 10001 | |
| 10924 | 2100 CENTRAL TRUST CTR, STRAUSS & TROY, 201 E FIFTH ST, CINCINNATI, OH 45202-4018 | |
| 10924 | 211 MAIN ST., 3RD FLOOR, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101 | |
| 10924 | 215 EAST 86TH STREET, 215 EAST 86TH STREET, MANHATTAN, NY 10021 | |
| 10924 | 215/217 E. 23RD STREET- CRESCENT, 215-217 E. 23RD STREET, NEW YORK, NY 10010 | |
| 10925 | 21ST CENTURY CONTAINERS LTD, 150 SELIG DR, ATLANTA, GA 30336 | |
| 10924 | 222 RIVERSIDE  C/O SPRAY INSULATION, 222 RIVERSIDE, CHICAGO, IL 60606 | |
| 10924 | 222 SO RIVERSIDE PLAZA, CORNER OF JACKSON & CANAL (CHICAGO), 222 SO RIVERSIDE PLAZA, CHICAGO, IL 60606 | |
| 10924 | 222 SOUTH RIVERSIDE PLAZA, 222 SOUTH RIVERSIDE PLAZA, CHICAGO, IL 60606 | |
| 10924 | 230 PEACHTREE RENOVATION, C/O ALPHA INSULATION, ATLANTA, GA 30303 | |
| 10924 | 230 PEACHTREE STREET CENTER, C/O ADAMS CONSTRUCTION, ATLANTA, GA 30303 | |
| 10924 | 230 PEACHTREE, 230 PEACHTREE STREET, ATLANTA, GA 30303 | |
| 10924 | 25 NEW CHARDON STREET, 25 NEW CHARDON STREET, BOSTON, MA 02114 | |
| 10924 | 250 NORTH AVENUE, 250 NORTH AVENUE, WHITE PLAINS, NY 10601 | |
| 10924 | 2500 W. COMMONWEALTH, FIREPROOFING COATINGS, ALHAMBRA, CA 91801 | |
| 10924 | 2527 COMMONWEALTH AVENUE, C/O ISLAND LATHING & PLASTERING, BOSTON, MA 02110 | |
| 10924 | 260 PEACHTREE, 260 PEACHTREE, ATLANTA, GA 30303 | |
| 10924 | 267 WEST 23RD STREET, 2678 WEST 23RD STREET, MANHATTAN, NY 10021 | |
| 10924 | 270 PARK AVE, 270 PARK AVE, NEW YORK, NY 10001 | |
| 10924 | 270 PARK AVE, NEW YORK, NY 10001 | |
| 10924 | 270 PARK AVE, NEW YORK, NY 10011 | |
| 10924 | 270 PARK AVENUE, 270  PARK AVENUE, MANHATTAN, NY 10021 | |
| 10924 | 270 PARK AVENUE, 270 PARK AVENUE, MANHATTAN, NY 10001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | 2700 STEMMONS, GEN COUNSEL, 2001 BRYAN ST #3200, DALLAS, TX 75201 | |
| 10924 | 275 GROVE STREET, 275 GROVE STREET, NEWTON, MA 02162 | |
| 10924 | 277 PARK AVENUE, 277 PARK AVENUE, MANHATTAN, NY 10021 | |
| 10924 | 280 PARK AVENUE, 280 PARK AVENUE, MANHATTAN, NY 10021 | |
| 10924 | 280 PARK AVENUE, CAMBRIDGE, MA 99999 | |
| 10924 | 280 PARK AVENUE, OFF 49TH STREET, NEW YORK, NY 10001 | |
| 10925 | 2824 REAL ST, NINETY SIX, SC 29666 | |
| 10924 | 299 PARK AVENUE, NEW YORK, NY 10011 | |
| 10924 | 3 COM, FOREST STREET, MARLBOROUGH, MA 01752 | |
| 10924 | 3 FRANKLIN PLAZA, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | 3 M CO., 3M CENTER, SAINT PAUL, MN 55144-1000 | |
| 10924 | 3 M COMPANY, 3 M CENTER/BLDG. #208, ST PAUL, MN 57114 | |
| 10924 | 3 M COMPANY, PO BOX 33080, SAINT PAUL, MN 55133 | |
| 10924 | 3 TIME SQUARE, 3 TIME SQUARE, NEW YORK, NY 10036 | |
| 10924 | 300 3RD STREET, CORNER OF 3RD & BENNING, 300 3RD STREET, CAMBRIDGE, MA 02140 | |
| 10924 | 300 DELAWARE AVENUE, WILMINGTON, DE 19899 | |
| 10924 | 3000 QUIGLEY, 3000 QUIGLEY ROAD, CLEVELAND, OH 44113 | |
| 10924 | 301/DEF.DISTR. SAN JOAQUIN (W62N2A), CCP, BLDG. 208, SHARPE SITE, LATHROP, CA 95330 | |
| 10924 | 303 ALMADEN, FREDRICK MEISWINKEL, SAN JOSE, CA 95101 | |
| 10924 | 303 CONGRESS STREET, 303 CONGRESS STREET, BOSTON, MA 02119 | |
| 10924 | 310 EAST SHORE ROAD, 310 EAST SHORE ROAD, PORT WASHINGTON, NY 11050 | |
| 10924 | 310 WEST 43RD STREET, 310WEST 43RD STREET, NEW YORK, NY 10011 | |
| 10924 | 3100 MAIN STREET, HOUSTON, TX 77002 | |
| 10924 | 3125 FIECHTNER DRIVE, 3125 FIECHTNER DRIVE, FARGO, ND 58103 | |
| 10924 | 315 BEVERLY DRIVE, VERSATILE COATINGS, SANTA MONICA, CA 90401 | |
| 10924 | 32 POULIN STREET, WINSLOW, ME 04901 | |
| 10924 | 320 BENT STREET, 320 BENT STREET, CAMBRIDGE, MA 02139 | |
| 10924 | 320 CONGRESS STREET, 320 CONGRESS STREET, BOSTON, MA 02210 | |
| 10924 | 3254 LINCOLN - JOBSITE, 3254 LINCOLN, CHICAGO, IL 60657 | |
| 10924 | 33 N. DEARBORN, C/O J.L. MANTA, CHICAGO, IL 60602 | |
| 10924 | 330 MADISON AVENUE, LOADING DOCK ON 43RD BETWEEN, 5TH AND MADISON, 330 MADISON AVENUE, NEW YORK, NY 10001 | |
| 10924 | 330 WEST 34TH STREET, 330 WEST 34TH STREET, MANHATTAN, NY 10001 | |
| 10924 | 332 DAVIDSON MILL ROAD, DAYTON, NJ 08810 | |
| 10924 | 33-23 UNION STREET, FLUSHING, NY 11300 | |
| 10924 | 33RD PRECINCT, 168TH STREET AND AMSTERDAM AVE, MANHATTAN, NY 10032 | |
| 10924 | 343 CONGRESS STREET (BELL ATLANTIC), 343 CONGRESS STREET, BOSTON, MA 02210 | |
| 10924 | 345 PARK AVENUE, 345 PARK AVENUE, NEW YORK, NY 10001 | |
| 10924 | 345 PARK AVENUE, 345 PARK AVENUE, NEW YORK, NY 10154 | |
| 10924 | 34TH STREET THEATER, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | 35 CROSBY DRIVE, 35 CROSBY DRIVE, BEDFORD, MA 01730 | |
| 10924 | 35 LANDSDOWNE STREET, 35 LANDSDOWNE STREET, CAMBRIDGE, MA 02139 | |
| 10924 | 350 SOUTH MAIN STREET, C/O ACOUSTIC CEILING & PARTITION, ANN ARBOR, MI 48104 | |
| 10925 | 360 COMMUNICATIONS, 5520 CAPITAL CENTER DR, RALEIGH, NC 27606 | |
| 10925 | 360 COMMUNICATIONS, POBOX 70200, CHARLOTTE, NC 28272-0200 | |
| 10925 | 360 COMMUNICATIONS, POBOX 96019, CHARLOTTE, NC 28296-0019 | |
| 10924 | 360 NETWORK, 132 KETCH HARBOUR ROAD, HALIFAX, NS B3V 1J4TORONTO | *VIA Deutsche Post* |
| 10924 | 363 SUPS-LGS, SHAW AIR FORCE BASE, SC 29152-5350 | |
| 10924 | 370 MAIN STREET C/O FORGE INDUST., 370 MAIN STREET, WORCESTER, MA 01608 | |
| 10924 | 370 MAIN STREET, WORCESTER, MA 01603 | |
| 10924 | 3710 NOSTRAN AVENUE, BETWEEN AVE X AND Y, 3710 NOSTRAN AVE, BROOKLYN, NY 11235 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | 37-31 10TH STREET, LONG ISLAND CITY, NY 11100 | |
| 10924 | 3D CONCRETE, INC., 1110 MULESHOE ROAD, BATTLE MOUNTAIN, NV 89820 | |
| 10924 | 3D CONCRETE, INC., ATTN: ACCOUNTS PAYABLE, BATTLE MOUNTAIN, NV 89820 | |
| 10925 | 3D TECHNOLOGY INC., 902 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | 3D TECHNOLOGY, INC, 12 CAMBRIDGE DRIVE, TRUMBULL, CT 06611-4764 | |
| 10925 | 3M - DEPT Y, POBOX 33984, SAINT PAUL, MN 55133-3984 | |
| 10924 | 3M - MONROVIA, ATTN: GRANT PSUGAWA, MONROVIA, CA 91016 | |
| 10924 | 3M CANADA COMPANY, HWY #7E, HAVELOCK, ON K0L 1Z0TORONTO | *VIA Deutsche Post* |
| 10924 | 3M CANADA COMPANY, PO BOX 5757, LONDON, ON N6A 4T1TORONTO | *VIA Deutsche Post* |
| 10925 | 3-M CHEMOLITE, BLDG 17-P, HWY 61 COUNTY ROAD 19, COTTAGE GROVE, MN 55033 | |
| 10924 | 3M CO, PO BOX33121, SAINT PAUL, MN 55133 | |
| 10924 | 3M CO.   3M CENTER, PO BOX 33121, SAINT PAUL, MN 55133 | |
| 10924 | 3M CO., 10746 CHEMOLITE ROAD, COTTAGE GROVE, MN 55016 | |
| 10924 | 3M CO., 304S-075E CROSS AVENUE, HARTFORD CITY, IN 47348 | |
| 10924 | 3M CO., 3M CENTER - BLDG 207, MAPLEWOOD, MN 55144 | |
| 10924 | 3M CO., 3M CENTER, SAINT PAUL, MN 55144 | |
| 10924 | 3M CO., 3M CENTER, SAINT PAUL, MN 55144-0001 | |
| 10924 | 3M CO., 600 MAPLEWOOD, DEKALB, IL 60115 | |
| 10924 | 3M CO., GREEN LANE, DOCK #1, BRISTOL, PA 19007 | |
| 10924 | 3M CO., HIGHWAY 35 & CEDAR STREET, PRAIRIE DU CHIEN, WI 53821 | |
| 10924 | 3M CO., PO BOX 33121, SAINT PAUL, MN 55133 | |
| 10924 | 3M CO., PO BOX 33121, SAINT PAUL, MN 55133-3121 | |
| 10924 | 3M CO., PO BOX 33327, SAINT PAUL, MN 55133 | |
| 10924 | 3M COMPANY BUILDING # 17, 10746 CHEMOLITE ROAD, COTTAGE GROVE, MN 55016 | |
| 10924 | 3M COMPANY DISBURSEMENTS, PO BOX 33121, SAINT PAUL, MN 55144 | |
| 10924 | 3M COMPANY, 10745 CHEMOLITE ROAD, PO BOX 959072, COTTAGE GROVE, MN 55016 | |
| 10924 | 3M COMPANY, 11705 RESEARCH BLVD., AUSTIN, TX 78769 | |
| 10924 | 3-M COMPANY, 1425 PARKWAY DRIVE, MENOMONIE, WI 54751 | |
| 10924 | 3M COMPANY, 18750 MINNESOTA ROAD, CORONA, CA 91720 | |
| 10924 | 3M COMPANY, 3130 LEXINGTON AVE. SOUTH, SAINT PAUL, MN 55121 | |
| 10924 | 3M COMPANY, 3211 E CHESTNUT EXPRESSWAY, SPRINGFIELD, MO 65802 | |
| 10924 | 3M COMPANY, 3211 EAST CHESTNUT EXP, SPRINGFIELD, MO 65802 | |
| 10924 | 3M COMPANY, 3406 E PLEASANT STREET, KNOXVILLE, IA 50138 | |
| 10924 | 3M COMPANY, 3406 E. PLEASANT STREET, KNOXVILLE, IA 50138 | |
| 10924 | 3M COMPANY, 3M CENTER, SAINT PAUL, MN 55144-1000 | |
| 10924 | 3M COMPANY, 3M ROAD PLANT, LITTLE ROCK, AR 72216 | |
| 10924 | 3M COMPANY, 6801 RIVERPLACE BLVD, AUSTIN, TX 78726 | |
| 10924 | 3M COMPANY, 801 N. MARGUETTE ROAD, PRAIRIE DU CHIEN, WI 53821 | |
| 10924 | 3M COMPANY, ATT: DENNIE FALDE, 1425 STOKKE PARKWAY, MENOMONIE, WI 54751 | |
| 10924 | 3M COMPANY, BLDG. 17P, 10746 CHEMOLITE RD., COTTAGE GROVE, MN 55016 | |
| 10924 | 3M COMPANY, HWY #365 & WATERS DRIVE, LITTLE ROCK, AR 72206 | |
| 10924 | 3M COMPANY, HWY 777 SOUTH, BROWNWOOD, TX 76801 | |
| 10924 | 3M COMPANY, HWY. 377 SOUTH, BROWNWOOD, TX 76801 | |
| 10924 | 3M COMPANY, PO BOX 33080, SAINT PAUL, MN 55133 | |
| 10924 | 3M COMPANY, PO BOX 33121, HARTFORD CITY, IN 47348 | |
| 10924 | 3M COMPANY, PO BOX 33121, SAINT PAUL, MN 55133 | |
| 10924 | 3M COMPANY, PO BOX 33121, SAINT PAUL, MN 55133-3121 | |
| 10924 | 3M COMPANY, PO BOX33121, SAINT PAUL, MN 55133 | |
| 10924 | 3M COMPANY, ROUTE 601, BELLE MEAD, NJ 08502 | |
| 10924 | 3M DISBURSEMENT SERVICES, PO BOX 33121, SAINT PAUL, MN 55133-3121 | |
| 10925 | 3M GAU7648 (NI), POBOX 101063, ATLANTA, GA 30392-1063 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   3M GBB3050 (NY), POBOX 101063, ATLANTA, GA 30392-1063

10925   3M GBQ8426, POBOX 269-F, ST LOUIS, MO 63150-0269

10924   3M GENERAL OFFICES, 3M CENTER BUILDING 223-2S-07, SAINT PAUL, MN 55144-1000

10925   3M HKZ7665 NI, PO BOX 269-F, SAINT LOUIS, MO 63150-0269

10925   3M KBT4912 (PY), BOX 8500-S-6680, PHILADELPHIA, PA 19178-6680

10924   3-M NEVADA - C/O COATINGS UNLIMITED, ATTN: J.S. ALBERICI, NEVADA, MO 64772

10924   3M PHASE II EXPANSION, C/0 JOE MCGILL CO., NEVADA, MO 64772

10924   3M PLANT - MIDSTATE PAINT, C/O DEWITT CONST. CO., NEVADA, MO 64772

10924   3M PLANT, 5400 ROUTE B, COLUMBIA, MO 65205

10924   3M, 3406 E. PLEA SANT STREET, KNOXVILLE, IA 50138

10925   3-M, BLDG 410 DOCK 91-105, 1050 HAZEL ST N, SAINT PAUL, MN 55119-4800

10924   3M, COUNTY RD 19 - HWY 61, SAINT PAUL, MN 55133

10924   3M, HWY 71 SOUTH, NEVADA, MO 64772

10924   3M, PO BOX 33121, SAINT PAUL, MN 55133

10924   3M, PO BOX 33121, SAINT PAUL, MN 55133-3121

10925   3RE.COM, 6269 E SHELBY DR, MEMPHIS, TN 38141

10925   3S SALES & SERVICE, INC, 9 HAYDEN DR., CINCINNATI, OH 45218

10924   3-V CHEMICAL, PENNY ROYAL ROAD, GEORGETOWN, SC 29442

10925   3V INC., 9140 ARROWPOINT BLVD #120, CHARLOTTE, NC 28273

10925   3V INC., PO BOX 10281, NEWARK, NJ 07193-0281

10924   4 NEW YORK PLAZA @ @, 4 NEW YORK PLAZA, NEW YORK, NY 10001

10924   4 NEW YORK PLAZA, 4 NEW YORK PLAZA, MANHATTAN, NY 10021

10924   4 NEW YORK PLAZA, BROAD & WATER STREET, MANHATTAN, NY 10021

10924   4 NEW YORK PLAZA, NEW YORK, NY 10001

10924   4 PARKWAY NORTH BLVD, FOUR PARKWAY NORTH BLVD., DEERFIELD, IL 60015

10925   4 SPEED DELIVERY SERVICES INC., PO BOX 16037, IRVINE, CA 92713-6037

10924   40 CALHOUN ST, MOORE & VAN ALLEN, PO BOX 22828, CHARLESTON, SC 29413-2828

10924   40 WALL STREET, 40 WALL STREET, MANHATTAN, NY 10021

10924   40 WEST OFFICE BUILDING, 14567 NORTH OUTER 40, CHESTERFIELD, MO 63017

10924   400 5TH STREET, PICK UP AT BARRETT'S WHSE, NORWOOD, MA, 505 UNIVERSITY AVE. BLDG 3, NORWOOD, MA 02062

10924   400 BURLINGTON CENTER, 400 BURLINGTON CENTER, BURLINGTON, MA 01803

10924   400 NORTH CHURCH STREET, C/O WARCO CONSTRUCTION, CHARLOTTE, NC 28201

10924   400 NORTH FREDRICK ROAD, CIMARRON, EL PASO, TX 79905

10924   4001 BUILDING C/O CJ COAKLEY, 4001 BRANDYWINE STREET, GEORGETOWN, MD 21930

10925   401 SOUTH INC, PO BOX 2785, COLUMBIA, SC 29202-2785

10924   404 COURT SQ N, BARRET LAW OFFICES, PO BOX 987, LEXINGTON, MS 39095

10924   404 COURT SQ N, BARRETT LAW OFFICES, PO BOX 987, LEXINGTON, MS 39095

10924   41 MADISON AVENUE, 41 MADISON AVENUE, MANHATTAN, NY 10010

10924   416 SUPS-SUDR, 425 BROOKS RD.  STE 221, GRIFFISS AIR FORCE BASE, NY 13441-4503

10925   42 BUILDING ENTERPRISES, 9624 CINTI-COLUMBUS ROAD, CINCINNATI, OH 45241

10924   425 CALIFORNIA ST., SAN FRANCISCO, CA 94102

10924   42ND STREET HOTEL, 42ND STREET, MANHATTAN, NY 10021

10924   437 MADISON AVE, 437 MADISON AVE, NEW YORK, NY 10001

10924   437 MADISON AVENUE, 437 MADISON AVENUE, NEW YORK, NY 10022

10924   44 MONTGOMERY, C/O CEN-CAL WALLBOARD, SAN FRANCISCO, CA 94142

10924   444 WEST JACKSON, C/O SPRAY INSULATION, CHICAGO, IL 60606

10924   45 WALL STREET, CAMBRIDGE, MA 99999

10924   45 WALL STREET, NEW YORK, NY 10001

10924   450 BALAS ROAD, 2601 CCOMMERCE BOULEVARD, IRONDALE, AL 35210

10924   450 WEST 33RD STREET, 450 WEST 33RD STREET, MANHATTAN, NY 10001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | 4501 NORTHPOINT, C/O CHAMBLESS FIREPROOFING, ALPHARETTA, GA 30202 | |
| 10924 | 465 HAMILTON AVE, 465 HAMILTON AVE, BROOKLYN, NY 11231 | |
| 10924 | 46TH STREET AND 10TH AVENUE, 46TH STREET AND 10TH AVNUE, MANHATTAN, NY 10036 | |
| 10924 | 480 ARCATA BLVD., NORTH AMERICAN OXIDE C/O VALSPAR, CLARKSVILLE, TN 37040 | |
| 10924 | 489 5TH AVENUE C/O BEST FIREPROOF, 489 5TH AVENUE BTWN 41ST & 42ND, NEW YORK, NY 10001 | |
| 10924 | 489 FIFTH AVE, 489 FIFTH AVE, NEW YORK, NY 10001 | |
| 10924 | 49 SUPS-SUM, 280 DELAWARE AVE., HOLLOMAN AIR FORCE BASE, NM 88330-7706 | |
| 10925 | 49 WRECKER SERVICE, JONES COUNTY, MACON, GA 31217 | |
| 10925 | 4-D INC, 426 RIVER ST, MIDLAND, MI 48640 | |
| 10924 | 4-D INC., 136 EAST MUNGER ROAD, MUNGER, MI 48747 | |
| 10924 | 4-D WHOLESALE SUPPLY, **TO BE DELETED**, MIDLAND, MI 48640 | |
| 10924 | 4-D WHOLESALE SUPPLY, 426 RIVER STREET, MIDLAND, MI 48640 | |
| 10924 | 4-D WHOLESALE SUPPLY, P O BOX 592, MIDLAND, MI 48640 | |
| 10925 | 4-D WHOLESALE SUPPLY, PO BOX 592, MIDLAND, MI 48640 | |
| 10924 | 4MC ENTERPRISES, RT 1 BOX 10, RED ROCK, TX 78662 | |
| 10924 | 4MC ENTERPRISES, RT1 BOX 480, CEDAR CREEK, TX 78612 | |
| 10925 | 4P FOLIE FORCHHEIM, AUBERE NURNBERGER STRABE 1, FORCHHEIM, 91301GERMANY | *VIA Deutsche Post* |
| 10925 | 4-STAR, 10704 COMPOSITE DR., DALLAS, TX 75220 | |
| 10924 | 5 TIME SQUARE, 5 TIME SQUARE, MANHATTAN, NY 10021 | |
| 10925 | 5000K DESIGN & DUPLICATION, 22 ALLEGHENY AVE.,STE. 5, TOWSON, MD 21204 | |
| 10925 | 5018 PEACHTREE LLC, 5018 PEACHTREE INDUSTRIAL RD, CHAMBLEE, GA 30341 | |
| 10925 | 5018 PEACHTREE LLC, 7225 BELL ROAD, DULUTH, GA 30097 | |
| 10924 | 502 CARNEGIE CENTER, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | 5030 BROADWAY, NEW YORK, NY 10034 | |
| 10924 | 505 WEST ALLAGEN, 505 WEST ALLAGEN, LANSING, MI 48933 | |
| 10924 | 510 CARNEGIE CENTER, PICKUP IN TRENTON, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | 510 CARNEGIE CENTER, ROUTE 1, PRINCETON, NJ 08543 | |
| 10925 | 51ST ST SPRINKLER PROTECTION, SYSTEM ASSOCIATION, CHICAGO, IL 60638 | |
| 10925 | 51ST STREET MANAGEMENT CORP., 8203 S 58TH ST, FRANKLIN, WI 53132 | |
| 10925 | 51ST STREET MANAGEMENT CORPORATION, 8203 S 58TH ST, FRANKLIN, WI 53132 | |
| 10924 | 520 MARYVILLE, 520 MARYVILLE, SAINT LOUIS, MO 63101 | |
| 10924 | 525 GROVE AVENUE, NATIONAL GEOGRAPHIC/ATTN: MR. NICK, CHARLOTTESVILLE, VA 22902-4804 | |
| 10924 | 525 MARKET ST., C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94107 | |
| 10924 | 530 B STREET, FIREPROOFING SPECIALISTS, SAN DIEGO, CA 92112 | |
| 10925 | 54 PIZZA EXPRESS, ALVEY PARK & HWY 54, OWENSBORO, KY 42303 | |
| 10924 | 545 ALDINE STREET, 545 ALDINE STREET, CHICAGO, IL 60657 | |
| 10924 | 55 MARIETTA STREET, 55 MARIETTA ST., ATLANTA, GA 30303 | |
| 10924 | 55 WALL STREET, 55 WALL STREET, MANHATTAN, NY 10021 | |
| 10924 | 55 WATER STREET, 20TH FLOOR, NEW YORK, NY 10001 | |
| 10924 | 55 WATER STREET, 55 WATER STREET, NEW YORK, NY 10001 | |
| 10924 | 55 WATER STREET, NEW YORK, NY 10001 | |
| 10924 | 550 TOWN CENTER, 550 TOWN CENTER DRIVE, DEARBORN, MI 48126 | |
| 10924 | 550 TOWN CENTER, 550 TOWN CENTER, DEARBORN, MI 48126 | |
| 10924 | 550 WEST JACKSON, 550 WEST JACKSON, CHICAGO, IL 60661 | |
| 10924 | 550 WEST WASHINGTON, 550 WEST WASHINGTON, CHICAGO, IL 60661 | |
| 10924 | 5500 CANOGA AVE., C/O THOMPSONS BUILDING MATERIALS, CANOGA PARK, CA 91303 | |
| 10924 | 555 CALIFORNIA, FREDRICK MEISWINKEL, SAN FRANCISCO, CA 94101 | |
| 10925 | 574R LAND MOBIL RENEWAL, PO BOX 358245, PITTSBURGH, PA 15251-5245 | |
| 10924 | 59 MAIDEN LANE, 36TH FLOOR, 59 MAIDEN LANE, NEW YORK, NY 10001 | |
| 10924 | 595 11TH AVENUE, 595 11TH AVENUE, NEW YORK, NY 10001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   59TH MEDICAL WING, MRK FOR: FM 3047  F41636  96P4917, LACKLAND AIR FORCE BASE, TX 78236-5300

10924   59TH MEDICAL WING, SUITE 1/HSLS, 220 BERQUIST DR., LACKLAND AIR FORCE BASE, TX 78236-5300

10924   6 EAST 43RD STREET, 6 EAST 43RD STREET, NEW YORK, NY 10001

10924   600 3RD AVE, LOADING DOCK ON 39TH STREET BETWEEN, 3RD AND LEXINGTON, 600 3RD AVE, MANHATTAN, NY 10016

10924   600 NORTH MICHIGAN AVENUE, C/O J. L. MANTA, CHICAGO, IL 60600

10924   601 CALIF. ST., C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924   610 LINCOLN STREET, 610 LINCOLN STREET, WALTHAM, MA 02451

10924   610 PARK AVE, 610 PARK AVE, NEW YORK, NY 10001

10924   62ND AND MADISON AVE, 62ND AND MADISON AVE, MANHATTAN, NY 10021

10924   6380 WILSHIRE, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924   65 LANDSDOWNE STREET, 65 LANDSDOWNE STREET, CAMBRIDGE, MA 02139

10924   65 TH WEST 13TH STREET, 65 WEST 13TH STREET, MANHATTAN, NY 10011

10924   650 CALIF STREET, ALL SEASONS, SAN FRANCISCO, CA 94124

10924   650 CALIFORNIA, ALL SEASONS, SAN FRANCISCO, CA 94101

10924   650 COLLEGE ROAD C/O MASON BLDG., 650 COLLEGE ROAD, PLAINSBORO, NJ 08536

10924   6600 FRANCE BLDG., 6600 FRANCE AVE., EDINA, MN 55424

10924   695 MANSELL, 695 MANSELL ROAD, ALPHARETTA, GA 30004

10924   6TH & DUNCANNON ELEMENTARY SCHOOL, C/O DUGGAN & MARCON, PHILADELPHIA, PA 19105

10924   6TH BAY SMALL AIRCRAFT, CONTRACTOR STORAGE HANGER AREA, CLOVIS, NM 88101

10924   6TH DISTRICT POLICE STATION, 1930 MARTIN KUTHER KING BLVD., NEW ORLEANS, LA 70130

10924   6TH DISTRICT POLICE STATION, 78TH STREET & HALSTED, CHICAGO, IL 60601

10925   6TH STREET AUTO BODY, 533 W 6TH ST, OSHKOSH, WI 54901

10925   7 UP AMERICAN BOTTLING CO, 401 N RAILROAD AVE, NORTHLAKE, IL 60164-1666

10924   7/11 MATERIALS, INC., 1601 CULPEPPER AVENUE, MODESTO, CA 95352

10924   7/11 MATERIALS, INC., 17300 JOHANT ROAD, CLEMENTS, CA 95227

10924   7/11 MATERIALS, INC., POST OFFICE BOX 4770, MODESTO, CA 95352

10924   70 HUDSON STREET, 70 HUDSON STREET, JERSEY CITY, NJ 07302

10924   705 MT. AUBURN ST., 705 MT. AUBURN ST., WATERTOWN, MA 02172

10925   710 INC, 11394 JAMES WATT DR #301, EL PASO, TX 79936

10924   7-11 MATERIALS, ATTN: ACCOUNTS PAYALE, MODESTO, CA 95352

10924   7200 SEARS TOWER, SCHIFF, HARDIN & WAITE, 233 S WALKER DR, CHICAGO, IL 60606

10924   75 SIDNEY STREET, 75 SIDNEY STREET, CAMBRIDGE, MA 02139

10924   7500 BROADWAY, C/O WESTWOOD BUILDING MATERIALS, LOS ANGELES, CA 90001

10924   7500 NW 81 PLACE, MOTOROLA C/O SPEED CARGO SERVICE, MIAMI, FL 33166

10924   7500 POLICE, C/O WESTWOOD BUILDING MATERIALS, LOS ANGELES, CA 90001

10924   751 BROAD STREET, 751 BROAD STREET, NEWARK, NJ 07102

10924   7617 ARLINGTON ROAD, BETHESDA, MD 20814

10924   767 5TH AVENUE, 767 5TH AVENUE, NEW YORK, NY 10001

10924   77 WATER STREET C/O MORELL BROWN, 77 WATER STREET, NEW YORK, NY 10001

10924   8 CAMBRIDGE CENTER, 8 CAMBRIDGE CENTER, CAMBRIDGE, MA 02141

10924   8 CORPORATE, 8 CORPORAT BLVD., ATLANTA, GA 30329

10925   8 NAMC, UNIV.OF TEXAS AT AUSTIN, AUSTIN, TX 78712

10924   8 UNITED PLAZA, ESSEN LANE, BATON ROUGE, LA 70800

10924   800 BANK ONE CTR, SEELEY, SAVIDGE & AUSSEM CO, 600 SUPERIOR AVE E, CLEVELAND, OH 44114

10924   800 CASTLETON AVENUE, 800 CASTLETON AVENUE, STATEN ISLAND, NY 10301

10924   800 DELAWARE AVENUE, WILMINGTON, DE 19899

10924   800 SUPERIOR BUILDING, 800 SUPERIOR AVENUE, CLEVELAND, OH 44114

10924   800 WILSHIRE, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90001

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   808 MEMORIAL DRIVE, 43 HOWARD STREET, WATERTOWN, MA 02272

10925   81 ELECTRIC INC, PO BOX 319, SACRAMENTO, KY 42372

10924   81 SUPS - LGS, 517 L ST. SUITE 102, KEESLER AIR FORCE BASE, MS 39534-2120

10924   810 7TH AVENUE, 810 7TH AVE, NEW YORK, NY 10019

10924   810 SEVENTH AVENUE, (MIDTOWN), 810 SEVENTH AVENUE, NEW YORK, NY 10001

10924   825 3RD AVENUE, 825 3RD AVENUE, NEW YORK, NY 10022

10924   830 WINTER STREET, 830 WINTER STREET, WALTHAM, MA 02154

10924   835 SCHOOL STREET C/O EASTERN MAT, 825 SCHOOL ST., PAWTUCKET, RI 02860

10924   838 5TH AVENUE, UNLOAD ON 5TH AVE AT THE CORNER OF, 65TH STREET, 838 5TH AVENUE, MANHATTAN, NY 10021

10924   84 LUMBER COMPANY #1326, 1038 N.W. 4TH ST., HOMESTEAD, FL 33030

10924   84 LUMBER COMPANY #1326, ATTN:  ACCOUNTS PAYABLE, EIGHTY FOUR, PA 15384

10924   855 FRANKLIN AVENUE, 855 FRANKLIN AVENUE, GARDEN CITY, NY 11530

10924   870 W. 2ND UNIT C, PACIFIC PLASTERING, EUGENE, OR 97402

10924   88 PINE STREET, 88 PINE STREET, NEW YORK, NY 10001

10924   88 PINE STREET, 88 PINE STREET, NEW YORK, NY 10005

10924   886 EDGEWATER AVE. CORP.., 213-01 99TH AVE., QUEENS VILLAGE, NY 11429

10924   888 7TH AVENUE, 56TH STREET BETWEEN 7TH & BROADWAY, 888 7TH AVENUE, NEW YORK, NY 10106

10924   888 SEVENTH AVENUE, 888 SEVENTH AVENUE, NEW YORK, NY 10001

10924   89 SUPS-LGS, 3066 E. PERIMETER RD., ANDREWS AFB, MD 20331-5010

10925   9 19TH SOW -SERV AIR, EGLIN AUXILLARY FIELD #3, 205 BLAKE ROAD / BLDG#3001, EGLIN AIR FORCE BASE, FL 32542

10924   9 METROTECH @ @, BROOKLYN, NY 11200

10924   9 WEST 57TH STREET, 9 WEST 57 TH STREET, NEW YORK, NY 10019

10924   9 WEST 57TH STREET, 9 WEST 57TH STREET, NEW YORK, NY 10001

10924   9 WEST 57TH STREET, 9 WEST 57TH STREET, NEW YORK, NY 10019

10924   9 WEST 57TH STREET, NEW YORK, NY 10019

10924   90 DAY HAZARDOUS WASTE, C/O SMC, MCCONNELL  AIR FORCE BASE, WICHITA, KS 67214

10924   90 SANDS STREET, BROOKLYN, NY 11201

10924   900 WEST PARK DRIVE, 900 WEST PARK DRIVE, WESTBORO, MA 01581

10924   919 3RD AVENUE, 919 3RD AVENUE, NEW YORK, NY 10022

10924   919 THIRD  AVE., 919 THIRD AVE., NEW YORK, NY 10001

10925   919-18TH STREET ASSOC, 601 13TH ST NW #300 N, WASHINGTON, DC 20005

10924   92 FORT LAWTON PROJECT, 4573 36TH. AVE. W., SEATTLE, WA 98199

10924   9200 SUNSET BLVD., FIREPROOFING COATINGS, LOS ANGELES, CA 90001

10924   95 GREEN STREET, 95 GREENE STREET, JERSEY CITY, NJ 07302

10924   9600 PICO, PERLITE PLASTERING, LOS ANGELES, CA 90001

10924   99 HIGH STREET, 99 HIGH STREET, BOSTON, MA 02110

10924   99 HIGH STREET, ACROSS FROM 100 FEDERAL STREET, BOSTON, MA 02133

10925   A - COPY, INC, 315 UNIVERSITY AVE, WESTWOOD, MA 02090

10924   A #1 CONCRETE - DO NOT USE, 4992 FREEDOM WAY, WEIRTON, WV 26062

10924   A #1 CONCRETE, P O BOX 6252, WHEELING, WV 26003

10924   A & A BLDG. MATL. CO, 310 N. SANTA ANITA AVE, ARCADIA, CA 91006

10924   A & A BUILDING MATERIALS, 310 N. SANTA ANITA, ARCADIA, CA 91006

10925   A & A ENVIRONMENTAL, 5200 RAYNOR AVE, LINTHICUM HEIGHTS, MD 21090

10925   A & A LIMOUSINE RENTING INC., PO BOX 45235, SOMERVILLE, MA 02145-0006

10924   A & A READY MIXED CON./LONGBEACH, 1650 EAST SPRING STREET, LONG BEACH, CA 90806

10924   A & A READY MIXED CONCRETE INC, 134 WEST REDONDO BOULEVARD, GARDENA, CA 90248

10924   A & A STEPPING STONE INC, 10291 OPHIR RD, NEWCASTLE, CA 95658

10924   A & A STEPPING STONE, 10291 OPHIR ROAD, NEWCASTLE, CA 95658

10925   A & A WELDING COMPANY, 2626 LITHONIA BLVD, LITHONIA, GA 30058

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | A & D RUBBER PRODUCTS, 3941 HOLLY DRIVE #J, TRACY, CA 95376 | |
| 10924 | A & D SUPPLY (DG), 801 SOUTH AGNEW, OKLAHOMA CITY, OK 73108 | |
| 10924 | A & D SUPPLY, 2520 W. INTERSTATE 40, OKLAHOMA CITY, OK 73108 | |
| 10924 | A & F/MARK I, LAS VEGAS, NV 89125 | |
| 10925 | A & G TOOL & DIE INC, 84 RANGEWAY ROAD, NORTH BILLERICA, MA 01862 | |
| 10924 | A & H BUILDING MATERIALS, TUCSON, AZ 85733 | |
| 10924 | A & H EMISSION TESTING, 511 RED CORNER ROAD, DOUGLASSVILLE, PA 19518 | |
| 10924 | A & H ENTERPRISES, 562 B EAST COUNTY ROAD, WINTHROP, WA 98862 | |
| 10924 | A & H ENTERPRISES, 562 B. E. COUNTY RD., WINTHROP, WA 98862 | |
| 10924 | A & H ENTERPRISES, GACO WESTERN, WINTHROP, WA 98862 | |
| 10924 | A & H ENTERPRISES, P.O. BOX 1310, TWISP, WA 98856 | |
| 10924 | A & H ENTERPRISES, PO BOX1310, TWISP, WA 98856 | |
| 10924 | A & L HANDLES, 244 SHOEMAKER ROAD, POTTSTOWN, PA 19464 | |
| 10924 | A & L READY MIX, 19333 INDUSTRIAL DRIVE, SONORA, CA 95370 | |
| 10924 | A & L READY MIX, PO BOX9, STANDARD, CA 95373 | |
| 10924 | A & L READY MIX, POST OFFICE BOX 9, STANDARD, CA 95373 | |
| 10925 | A & M PRINTING, 1258 QUARRY LANE #E, PLEASANTON, CA 94566-4756 | |
| 10925 | A & M PRINTING, INC, 1258 QUARRY LANE #E, PLEASANTON, CA 94566-4756 | |
| 10924 | A & M QUALITY-ASBESTOS REMOVAL, C/O VILLAGER LODGE, HUNTSVILLE, AL 35816 | |
| 10925 | A & M TAPE & PACKAGING, PO BOX 451237, SUNRISE, FL 33345-1237 | |
| 10924 | A & R SURGURY, BAPTIST HOSPITAL, NASHVILLE, TN 37236 | |
| 10924 | A & S ELECTRIC SUPPLY, COORDINATOR DRIVE, ERLANGER, KY 41018 | |
| 10924 | A & S ELECTRIC SUPPLY, P.O. BOX 18429, ERLANGER, KY 41018 | |
| 10925 | A & S INORGANIC TECHNOLOGIES INC, 77 KING ST, GEORGETOWN, ON L7G 2G8CANADA | *VIA Deutsche Post* |
| 10925 | A & S LABORATORIES INC., 2165 SUNNYDALE BLVD. SUITE Q, CLEARWATER, FL 34625-1211 | |
| 10925 | A & T ASSOCIATES, INC, 78 RITCHIE ROAD, CAPITOL HEIGHTS, MD 20743 | |
| 10924 | A & T CONCRETE SUPPLY CO, HWY 41 & 168, FORT BRANCH, IN 47648 | |
| 10924 | A & T CONCRETE SUPPLY CO, P O BOX 23, FORT BRANCH, IN 47648 | |
| 10924 | A & T CONCRETE SUPPLY INC, JCT HWY 41 & 168, FORT BRANCH, IN 47648 | |
| 10925 | A & W ELECTRIC MOTORS INC., 2337 S.BROADWAY, SANTA ANA, CA 92707 | |
| 10924 | A & W READY MIX CONCRETE-LCC, 151 KYKER FERRY ROAD, KODAK, TN 37764 | |
| 10924 | A & W READY MIX CONCRETE-LLC, 151 KYKER FERRY RD, KODAK, TN 37764 | |
| 10924 | A 1 CONCRETE, ATTN: ACCOUNTS PAYABLE, HARROGATE, TN 37752 | |
| 10925 | A A ABERDALE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140-1692 | |
| 10925 | A A ANDERSON & CO, 25 W 618 ST CHARLES DR, WHEATON, IL 60189 | |
| 10925 | A A N A, 216 HIGGINS RD, PARK RIDGE, IL 60068-5790 | |
| 10925 | A AARON, 777 NORTH SHORE RD RT 1A, REVERE, MA 02151-1563 | |
| 10925 | A AB-BRA-CA-DA-BRA, PO BOX 4864, PASADENA, TX 77502 | |
| 10925 | A ACCURATE ATLANTIC SAFE, 447 S CYPRESS RD, POMPANO BEACH, FL 33060 | |
| 10925 | A AND P MOVING INC, 77 HAMILTON DRIVE, NOVATO, CA 94949-5602 | |
| 10925 | A AOKI & ASSOCIATES, SEIKO TORANOMOM BLDG, 8-10 TORANOMOM L-CHOME, MINATO-KU, TOKYO, 105JAPAN | *VIA Deutsche Post* |
| 10924 | A B C BUILDING MAT, P.O.BOX 970165, MIAMI, FL 33197 | |
| 10925 | A B C ENGRAVING AND AWARDS, 2089 E 14TH ST SUITE B, SAN LEANDRO, CA 94577 | |
| 10924 | A B C POOLS, 8313 BELAIR ROAD, BALTIMORE, MD 21236 | |
| 10924 | A B C REDI MIX, 401 S. CHAMBER DRIVE, FREDERICKTOWN, MO 63645 | |
| 10925 | A B CARTER INC, ERNEST W SUMNER VP, PO BOX 518, GASTONIA, NC 28053 | |
| 10925 | A B CHANCE CO, 210 NORTH ALLEN ST, CENTRALIA, MO 65240 | |
| 10925 | A B CHANCE, 1100 E SWITZLER ST, CENTRALIA, MO 65240 | |
| 10925 | A B DICK CO, PATRICIA A HOFFMAN, 7400 CALDWELL AVE, NILES, IL 60714-4690 | |
| 10925 | A B FILICKO INC, POBOX 306, MORTON, PA 19070 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   A B KENNEDY, PO BOX 282, ANGLETON, TX 77516-0282

10925   A BATTERIES BATTERIES INC, 3915 EAST LASALLE ST, PHOENIX, AZ 85040

10925   A C & S, POBOX 8500-S-6835, PHILADELPHIA, PA 19178

10925   A C ANGELES PALLETS, POBOX #2187, LA PUENTE, CA 91746

10925   A C DEPUYDT INC, 5843 SHEILA ST, COMMERCE, CA 90040

10925   A C F INDUSTRIES INC., PO BOX 86, MINNEAPOLIS, MN 55486-0135

10925   A C I NEW ENGLAND CHAPTER, 111 FIRST ST, CAMBRIDGE, MA 02141

10924   A C KREBS, 4000 CRITTENDEN DR, LOUISVILLE, KY 40209

10925   A C LAMOTHE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   A C MOLDING COMPOUND, PO BOX 93111, CHICAGO, IL 60673-3111

10925   A C P A, 222 WEST LAS COLLINAS BLVD STE 641, IRVING, TX 75039-5423

10924   A C R ELECTRONICS, 5757 RAVENSWOOD, FORT LAUDERDALE, FL 33312

10925   A C SCHULTES INC, 664 S EVERGREEN AVE, WOODBURY, NJ 08096

10925   A CLARK ENTERPRISES INC, 3132 W THOMAS ROAD, PHOENIX, AZ 85017

10925   A D & H FOAM, 865 ROOSEVELT AVE, SECAUCUS, NJ 07094

10925   A D I INTEGRATIONS, 2512 TRIPALDI WAY, HAYWARD, CA 94545

10924   A D I, 12880 VALLEY BRANCH LANE, FARMERS BRANCH, TX 75234

10924   A D I, 13190 56TH COURT, CLEARWATER, FL 33760

10924   A D I, 1635 N. BATAVIA ST., ORANGE, CA 92667

10924   A D I, 19 CHAPIN 'RD, PINEBROOK, NJ 07058

10924   A D I, 21355 MELROSE AVE STE D, SOUTHFIELD, MI 48075

10924   A D I, 2201 BRENTWOOD RD SUITE 107, RALEIGH, NC 27604

10924   A D I, 2237 DABNEY ROAD, RICHMOND, VA 23230

10924   A D I, 230 W. FALLBROOK SUITE 103, FRESNO, CA 93711

10924   A D I, 25601 GLENDALE, REDFORD, MI 48239

10924   A D I, 263 OLD COUNTRY ROAD, MELVILLE, NY 11747

10924   A D I, 2747 ENENBORN AVENUE, METAIRIE, LA 70002

10924   A D I, 301 POMONA DRIVE UNIT E, GREENSBORO, NC 27407

10924   A D I, 335 QUARRY ROAD, MILFORD, CT 06460

10924   A D I, 3720 N. 124TH ST. SUITE F, WAUWATOSA, WI 53222

10924   A D I, 5300 OLD PINEVILLE RD. STE. 104, CHARLOTTE, NC 28217

10924   A D I, 6020 N. IRWINDALE AVE STE. D-E, IRWINDALE, CA 91706

10924   A D I, 6900 INTERNATIONAL DR. UNITE B, GREENSBORO, NC 27409

10924   A D I, 695 VISTA BLVD, SPARKS, NV 89434

10924   A D I, 709 W. DEL PASO ROAD, SACRAMENTO, CA 95834

10924   A D I, 7112 SOUTH 212TH STREET, KENT, WA 98032

10924   A D I, 7260 RADFORD AVENUE, NORTH HOLLYWOOD, CA 91605

10924   A D I, 7685 THE BLUFFS SUITE A, AUSTELL, GA 30168

10924   A D I, DIXIE PIKE 3908 PRODUCE RD, LOUISVILLE, KY 40218

10925   A D LAEHDER, 6401 POPLAR SUITE 301, MEMPHIS, TN 38119-4840

10925   A DAIGGER & COMPANY, 159 W KINZIE, CHICAGO, IL 60610

10924   A DECK SUPPLY CO. INC., 384 LANCASTER AVENUE, FRAZER, PA 19355

10925   A DI CENSO TEXT, INC, 875 HOLLY DR. S., ANNAPOLIS, MD 21401

10925   A DONG ORIENTAL GROCERY & GIFTS, GENERAL COUNSEL, 146 SHIELD ST, WEST HARTFORD, CT 06110

10924   A DUCHINI CONCRETE INC, P O BOX 10005, ERIE, PA 16501

10924   A DUCHINI CONCRETE INC, P O BOX 10005, ERIE, PA 16514

10925   A DUIE PYLE INC, PO BOX 564, WEST CHESTER, PA 19381-0564

10925   A DUIE PYLE, INC, PO BOX 564, WEST CHESTER, PA 19381-0564

10925   A E STANLEY MANUFACTURING CO, PO BOX 2514, DECATUR, IL 62525

10925   A ELIZABETH WHITE, 69 WATERSIDE LA, W HARTFORD, CT 06107-3523

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   A F C P, 243 GRAND BLVD, WESTBURY, NY 11590

10924   A FINKL & SONS CO, 2011 NO SOUTHPORT AVE., CHICAGO, IL 60614

10925   A G ANDERSON CO INC, POBOX 300, WATERBURY, VT 05676

10924   A G ANDERSON R/M, JOHNSON, VT 05656

10924   A G ANDERSON, RAILROAD ST, WATERBURY, VT 05676

10925   A G DA CUNHA FERREIRA LDA, RUA DAS FLORES 74 - 4TH FL, LISBOA CODEX, 01294PORTUGAL   *VIA Deutsche Post*

10925   A G EDWARDS & SONS INC, POBOX 500153, SAINT LOUIS, MO 63150-0153

10925   A G HEINS COMPANY INC, POBOX 486, KNOXVILLE, TN 37901-0486

10925   A G LADOUCEUR, 34 PRESTON DR, CRANSTON, RI 02910-1823

10925   A GALAXY OF MAPS, 6820 N FLORIDA AVE, TAMPA, FL 33604

10925   A GARDEN OF EARTHLY DELIGHTS, 24 RIDGE RD, CATONSVILLE, MD 21228

10925   A GARDEN OF EARTHLY DELIGHTS, 24 RIDGE RD., CATONSVILLE, MD 21228

10925   A GREEN & SHRUBBERY SERVICE, 8908 THERMAL ST, OAKLAND, CA 94605

10925   A J ABRAMS CO, PO BOX 5171, WESTPORT, CT 06881

10925   A J ELECTRONICS, 20945 PLUMMER ST, CHATSWORTH, CA 91311

10925   A J HALLER TR UA JUN 3 86 THE, A J HALLER REVOCABLE LIVING TR, 618 SPRING MEADOWS, MANCHESTER, MO 63011-3451

10925   A J PARK & SON, HUDDART PARK BLDG, POST OFFICE SQUARE, WELLINGTON, NEW ZEALAND   *VIA Deutsche Post*

10925   A J PARK & SON, PO BOX 949, WELLINGTON, 09999NEW ZEALAND   *VIA Deutsche Post*

10925   A J SACKETT & SONS CO., 1701 S. HIGHLAND AVE., BALTIMORE, MD 21224

10924   A J SMITH CO, P O BOX 90288, NASHVILLE, TN 37209

10924   A J SMITH CO., 1501 SO.BROOK STREET, LOUISVILLE, KY 40208

10924   A JANDRIS & SONS, 202 HIGH STREET, GARDNER, MA 01440

10925   A JOHN GIRONDA & ROSA MARIE, GIRONDA TR UDT JUN 13 89, 3192 YELLOWTAIL DR, LOS ALAMITOS, CA 90720-5249

10925   A L LARSEN CO INC, 21 DRYDOCK AVE, BOSTON, MA 02210

10924   A L PATTERSON INC, 200 LOWER MORRISVILLE RD, FALLSINGTON, PA 19054

10925   A L SIVERTS, 308 PROSPECT DR, GLENDIVE, MT 59330-1945

10925   A LASER RECHARGE INC., 850 S.W. 56 AVE., MARGATE, FL 33068

10925   A LOCK & SAFE, 1511 NE FOURTH AVE, FORT LAUDERDALE, FL 33304

10925   A M A TRANSPORTATION COMPANY INC, NUTTING LAKE, NUTTING LAKE, MA 01865-0939

10924   A M C WILLOW BROOK MALL, 17145 TOMBALL PKWY, HOUSTON, TX 77064

10924   A M CONTRACTING, 12 ARROW HEAD LANE, COHOES, NY 12047

10925   A M TECHNOLOGIES INC, 30700 SOLON INDUSTRIAL PKWY, SOLON, OH 44139

10925   A N DERINGER INC, POBOX 1309, SAINT ALBANS, VT 05478

10925   A N TRUCHETTA & J E TRUCHETTA, TR UA AUG 12 93 THE ANTHONY, N TRUCHETTA & JOSEPHINE E, TRUCHETTA FAMILY TRUST, 1677 CURTNER AVE, SAN JOSE, CA 95125-4920

10925   A NIGHT TO REMEMBER, INC, 509 HIGHVIEW CIRCLE, CHATTANOOGA, TN 37415

10925   A O SMITH ENGINEERED STORAGE, PO BOX 99553, CHICAGO, IL 60693

10925   A O SMITH/PEABODY TECTANK, PO BOX 361, LAKE CHARLES, LA 70602

10924   A O STEUBER CONST. CO., P O BOX 5055, TOPEKA, KS 66605

10925   A OAK FARMS, 626 OAK DR, LEXINGTON, SC 29073

10925   A ONE TAXI OF LEXINGTON, 131 LINDEN ST, WALTHAM, MA 02154

10925   A ONE TAXI OF LEXINGTON, PO BOX 186, LEXINGTON, MA 02173

10925   A P A TRANSPORT, PO BOX 831, NORTH BERGEN, NJ 07047

10925   A P BUCK INC, PO BOX 568037, ORLANDO, FL 32856-8037

10925   A P BUCK, INC, PO BOX 568037, ORLANDO, FL 32856

10925   A P C LANDSCAPE, 17909 SEINE AVE, ARTESIA, CA 90701

10925   A P EXPRESS INC., 2720 ANNAPOLIS ROAD, BALTIMORE, MD 21230

10924   A P I, P.O. BOX 648, MINNEAPOLIS, MN 55440

10924   A P NONWEILER, 3321 NORTH SHORE DRIVE, OSHKOSH, WI 54901

10924   A P S SUPPLY CO, 711 COOPER STREET, BEVERLY, NJ 08010

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   A PLUS WAREHOUSE EQUIPMENT & SUPPLY, 76 SANDERS AVE, LYNN, MA 01902

10925   A PRO COPIER SERVICE, 16880 134TH TERRACE N, JUPITER, FL 33478

10925   A PROFESSIONAL IMAGE, 406 E. SOUTHERN, TEMPE, AZ 85282

10925   A PROFESSIONAL IMAGE, 406E. SOUTHERN, TEMPE, AZ 85282

10925   A R ARENA PRODUCTS INC, 2101 MT READ BLVD, ROCHESTER, NY 14615

10924   A R CHAMBERS, 111 35TH STREET, PITTSBURGH, PA 15201

10925   A R TAYLOR CO INC, 5455 CRESTVIEW SUITE 13, MEMPHIS, TN 38134

10924   A R TECH, 16246 VALLEY BLVD, FONTANA, CA 92335

10924   A RISI & SONS BLDG SUPP, 64 RIVER ROAD, SOUTH BERLIN, MA 01549

10924   A RISI & SONS, 64 RIVER ROAD, SOUTH BERLIN, MA 01549

10924   A RISI & SONS, P.O. BOX 115, SOUTH BERLIN, MA 01503

10924   A ROTONDO & SONS INC., 41 ALMEIDA ROAD, REHOBOTH, MA 02769

10924   A S C INSULATION & FIREPROOFING, CAMBRIDGE, MA 02140

10924   A S I, 3000 N MAIN ST, POCATELLO, ID 83204

10925   A SCHULMAN INC, POBOX 74052, CLEVELAND, OH 44194

10925   A SCHULMAN, INC, 790 EAST TALLMADGE AVE., AKRON, OH 44310

10924   A SHULMAN INC, 3550 WEST MARKET STREET, AKRON, OH 44333

10925   A SIGN OF QUALITY, 6409 DEBBIE CIRCLE, ROWLETT, TX 75088

10924   A SILVESTRI CORPORATION, 149 SOUTH LINDEN AVE, SOUTH SAN FRANCISCO, CA 94080

10925   A SMITH BOWMAN DISTILLERY INC, ONE BOWMAN DRIVE, FREDERICKSBURG, VA 22408

10925   A SONJA MARCHANT, 2408 ROYAL OAK DR, JOHNS ISLAND, SC 29455-7455

10925   A STORAGE CONTAINER CO OF, 3708 MT DIABLO BLVD #215, LAFAYETTE, CA 94549

10924   A T & T BUILDING, ATTN:D O JONES, C/O HUGHES SUPPLY, CR PAGE RD. & STONECREEK, DURHAM, NC 27703

10925   A T & T CREDIT CORPORATION, PO BOX 85340, LOUISVILLE, KY 40285-5340

10925   A T & T, 1842 CENTRE PT DR, NAPERVILLE, IL 60563

10924   A T & T, C/O CHAMBLESS FIREPROOFING, MARIETTA, GA 30067

10925   A T & T, PO BOX 27-5843, KANSAS CITY, MO 64184-5843

10925   A T & T, PO BOX 371302, PITTSBURGH, PA 15250-7302

10925   A T & T, PO BOX 371358, PITTSBURGH, PA 15286-7358

10925   A T & T, PO BOX 914000, ORLANDO, FL 32891-4000

10925   A T & T, PO BOX 945800, MAITLAND, FL 32794-5800

10924   A TO Z PRECAST-USE #500485, 4451 8TH AVE. SOUTH, SAINT PETERSBURG, FL 33711

10925   A TO Z RENTAL, 1553 N PLEASANTBURG DR, GREENVILLE, SC 29609

10925   A TOTAL RENTAL CENTER INC, 10700 HANNA ST, BELTSVILLE, MD 20705

10925   A TOTAL RENTAL CENTER INC, 12801 BRUSHWOOD TERRACE, POTOMAC, MD 20854

10925   A TOUCH OF ELEGANCE, 43 CHARLES ST, WAKEFIELD, MA 01880

10925   A TOUCH OF GREEN LANDSCAPING,INC, 12720 WEST 159TH ST, LOCKPORT, IL 60441

10925   A TRUCK EXPRESS, 2323 CHALK HILL RD, DALLAS, TX 75212

10925   A TRUE REFRIGERATION SERVICE CORP, PO BOX 210033, WEST PALM BEACH, FL 33421-0033

10925   A VOZZELLA & SONS INC, 536 HYDE PARK AVE, ROSLINDALE, MA 02131

10925   A W C I BOOKSTORE, 307 E ANNANDALE RD #200, FALLS CHURCH, VA 22042-2433

10925   A W C INC, POBOX 62850, NEW ORLEANS, LA 70162

10925   A W CHESTERTON CO, PO BOX 3351, BOSTON, MA 02241

10925   A W CHESTERTON COM, PO BOX 3351, BOSTON, MA 02241

10924   A W MANUFACTURING INC, 4120 W BELMONT AVE, CHICAGO, IL 60641

10925   A W MEYER CO, 509 BROAD AVE, RIDGEFIELD, NJ 07657

10925   A W PRATT, 640 3RD AVE S, GLASGOW, MT 59230

10925   A W THERRIEN CO INC, 199 HAYWARD ST, MANCHESTER, NH 03103

10924   A YOUNG SALES CO., 412 RIVERWALK, MCDONOUGH, GA 30252

10925   A&A BOLT & SCREW INC., 1110 BATAVIA FARM RD., PO BOX 72120, BALTIMORE, MD 21237

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  A&A CENTER, 8834 TARA BLVD, JONESBORO, GA 30236

10925  A&A ENVIRONMENTAL SERVICE, INC, 5200 RAYNOR AVE., LINTHICUM HEIGHTS, MD 21090

10924  A&A ENVIRONMENTAL SERVICES, 5200 RAYNOR AVE., LINTHICUM HEIGHTS, MD 21090

10924  A&A ENVIRONMENTAL SERVICES, ATT: KEVIN, 1500 CARBON AVE., BALTIMORE, MD 21226

10924  A&A INDUSTRIAL PIPING, 494 SOUTH RIVERVIEW DRIVE, TOTOWA, NJ 07512

10925  A&A MFG CO. INC., 2300 SOUTH CALHOUN ROAD, NEW BERLIN, WI 53151-0847

10925  A&A TIRE SERVICE INC., 2934 JUNCTION HWY, KERRVILLE, TX 78028

10925  A&A WASTE OIL SERVICE, 5226 FAIRLAWN AVE., BALTIMORE, MD 21215

10924  A&B ASBESTO, 5810 WINN RD, LAS VEGAS, NV 89118

10925  A&B CONSTRUCTION & HOME BUILDERS, ALAN SCHMIDT OWNER, 463 TOMAHAWK TRAIL, NEKOOSA, WI 54457-8669

10925  A&B CONTROLS, 51 W EUCLID AVE, HADDONFIELD, NJ 08033-2553

10925  A&B DEBURRING CO., 525 CARR ST, CINCINNATI, OH 45203

10924  A&B INTERIOR SYSTEMS, BOX 700, VENETA, OR 97487

10925  A&B STAINLESS VALVE & FIT.CO.INC., ROUTE 513, PO BOX 325, CALIFON, NJ 07830

10925  A&B TRANSPORTATION, TRANSPORTATION FUNDING GROUP, INC., PO BOX 64418, SAINT PAUL, MN 55164-0418

10924  A&D SUPPLY, 4225 S. SHERIDAN, TULSA, OK 74145

10925  A&G CHEMICAL SUPPLY CO, 250 E 14TH ST, CHICAGO HEIGHTS, IL 60411

10925  A&G SALES INC, 122 CUMMINGS PARK, WOBURN, MA 01801

10924  A&H BLDG MATERIALS, PO BOX 42227, TUCSON, AZ 85733

10924  A&I (AGRICULTURAL & INDUSTRIAL, WAREHOUSE), MEMPHIS, TN 38116

10924  A&I COMPANY, P O BOX 9275, SOUTH CHARLESTON, WV 25309

10924  A&K SPECIALTY CONTRACTOR, 710 W.ROBINSON, MARION, IL 62959

10925  A&L SANDBLASTING & PAINTING INC., 1728 N. HWY. 146, LA PORTE, TX 77571

10925  A&M COMMUNICATIONS, 716 S.W. 149TH PLACE, OKLAHOMA CITY, OK 73170

10924  A&M INDUSTRIAL SUPPLY, PO BOX 1044, RAHWAY, NJ 07065

10925  A&M MINERALS & METALS LIMITED, 82 WALL ST SUITE 711, NEW YORK, NY 10005

10925  A&M TAPE & PACKAGING, PO BOX 451237, SUNRISE, FL 33345-1237

10924  A&M WALLBOARD, 306-308 E. 38TH ST., NEW YORK, NY 10016

10924  A&MAINTENANCE PROD. INC., 40  6TH ST., CRESSKILL, NJ 07626

10925  A&P SUPERMARKETS, EDMUND C MICHALAK, REAL ESTATE COUNS, PO BOX 33446, DETROIT, MI 48232-5446

10925  A&R PRINTERS, INC, PO BOX 429, BERWYN, IL 60402

10925  A&R TRANSPORT, INC, PO BOX 2217, JOLIET, IL 60434-2217

10925  A&R WOODBRIDGE ASSOCIATES, GEN COUNSEL, 888 SEVENTH AVE., NEW YORK, NY 10019

10925  A&S LABORATORIES INC, 2165 SUNNYDALE BLVD, CLEARWATER, FL 33765

10925  A&T CONCRETE, PO BOX 23, FORT BRANCH, IN 47648

10925  A. AOKI & ASSOCIATES, THE BANK OF TOKOYO-MITSUBISHI LTD, ACCT#4185001, TORANOMON BR, 99999JAPAN                                                          *VIA Deutsche Post*

10925  A. COPELAND ENTERPRISES INC, POPEYES CHICKEN & BISCUITS, OFFICE OF GEN COUNSEL, 1333 S. CLEARVIEW PKWY, JEFFERSON, LA 70121

10925  A. D. ROSIER PLUMBING & HEATING, PO BOX 883, MOUNT DORA, FL 32756

10924  A. D. SWARTZLANDER & SONS, 399 KECH RD, BUTLER, PA 16001

10924  A. D. SWARTZLANDER & SONS, 399 KECH ROAD, BUTLER, PA 16001

10924  A. D. SWARTZLANDER & SONS, R.D.1, BOX 247C, WORTHINGTON, PA 16262

10925  A. DAIGGER & CO., 620 LAKEVIEW PKWY, VERNON HILLS, IL 60061

10924  A. DUCHINI CONCRETE INC., 2550 MC KINLEY AVENUE, ERIE, PA 16514

10924  A. FINKL & SONS CO., (INVENTORY UNIT # 41-50-050), 1347 COURTLAND, CHICAGO, IL 60614

10924  A. FINKL & SONS CO., 1347 COURTLAND, CHICAGO, IL 60614

10924  A. G. ANDERSON CO., INC., GRAINGER ROAD, BERLIN, VT 05641

10924  A. GRAZIANO, PO BOX850904, BOSTON, MA 02185

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  A. GUSMER CO., PO BOX 846, CRANFORD, NJ 07016-2188

10924  A. H. SMITH ASSOCIATES, 9101 RAILROAD AVE., BRANCHVILLE, MD 20740

10924  A. H. SMITH SAND & GRAVEL, ROUTE 301, BRANDYWINE, MD 20613

10925  A. HARTDRODT (USA) INC., 120 BROADWAY, #3330, NEW YORK, NY 10271

10924  A. M. BEST, 104 DAVIDSON MILL ROAD, NEW BRUNSWICK, NJ 08902

10925  A. MACCHIONE CONSTRUCTION INC., 27 EAST KENNEDY ST, HACKENSACK, NJ 07601

10924  A. MARINELLI & SONS INC, P.O. BOX 1137, HAVERTOWN, PA 19083

10924  A. MARINELLI & SONS INC., P O BOX 1137, HAVERTOWN, PA 19083

10924  A. MARINELLI & SONS INC., TOWNSHIP LINE AND, UPPER DARBY, PA 19082

10924  A. MOSER, INC., 611 EISENHOWER BLVD., MIAMI, FL 33152

10924  A. MOSER, INC., 707 CONTINENTAL CIRCLE #1134, MOUNTAIN VIEW, CA 94040

10924  A. O. BAUER GLASS, INC., 1145 E. GENEVA STREET, DELAVAN, WI 53115

10924  A. O. BAUER GLASS, INC., PO BOX 566, DELAVAN, WI 53115

10925  A. P. GREEN REFRACTORIES, HERLIHY & OBRIEN, 133 FEDERAL ST, BOSTON, MA 02109

10924  A. ROTONDO & SON, ALLEN AVE., REHOBOTH, MA 02769

10924  A. SCHULMAN INC., 6522 INTERSTATE HWY 10W, ORANGE, TX 77630

10924  A. SCHULMAN INC., 790 E. TALMADGE AVENUE, AKRON, OH 44310

10924  A. SCHULMAN INC., PO BOX 1710, AKRON, OH 44309-1710

10925  A. STECHER & SON, ALBERT C. STECHER JR., TOWNSHIP LINE RD., BOX 241A, SWEDESBORO, NJ 08085

10925  A. T. VASWANI, 704 NORITA HIRANANDARI GARDENS, POWAI BOMBAY, IT 400076INDIA                    *VIA Deutsche Post*

10924  A. W. CHESTERTON, 9 FORBES RD., WOBURN, MA 01801

10924  A. WATTS, INC., 4715 E. NORTH CENTRE, WILMINGTON, NC 28403

10925  A. WILLIAM ROBERTS, JR, & ASSOC., 46-A STATE ST, CHARLESTON, SC 29401

10925  A.A. WILL MATERIALS CORPORATION, PO BOX 616, STOUGHTON, MA 02072

10924  A.A.A. BUILDING, C/O WESTSIDE BUILDING MATERIALS, ORANGE, CA 92613

10925  A.B. COLBY INC., 122 NORTH HEIDE LANE, MCMURRAY, PA 15317

10925  A.B. CONTAINER CO. INC., 21 MANNING ROAD, ENFIELD, CT 06082

10925  A.B. DICK COMPANY, PO BOX 75685, CHICAGO, IL 60675-5685

10924  A.B.C. SUPPLY CO. INC. #10, 1607 WEST RIVER, DAVENPORT, IA 52802

10924  A.B.C. SUPPLY CO. INC. #105, 325 WACONIA CT. SW, CEDAR RAPIDS, IA 52404

10924  A.B.C. SUPPLY CO., INC. #111, 2200 EAST EUCLID AVENUE, DES MOINES, IA 50317

10924  A.B.C. SUPPLY CO., INC. #140, 3136 WAGNER ROAD, WATERLOO, IA 50703

10924  A.B.C. SUPPLY CO., INC. #196, 250 SOUTH MAIN STREET, DUBUQUE, IA 52003

10924  A.B.C. SUPPLY, #35 JORDAN STREET, SAN RAFAEL, CA 94901

10924  A.B.C. SUPPLY, #6 ALVA STREET, GREENVILLE, SC 29605

10924  A.B.C. SUPPLY, ***USE 225409***, SCRANTON, PA 18512

10924  A.B.C. SUPPLY, **DO NOT USE - MOVED**, DUNMORE, PA 18512

10924  A.B.C. SUPPLY, **DO NOT USE** USE 504953, MANCHESTER, NH 03109

10924  A.B.C. SUPPLY, **TO BE DELETED**, ELKHART, IN 46516

10924  A.B.C. SUPPLY, **TO BE DELETED**, INDIANAPOLIS, IN 46217

10924  A.B.C. SUPPLY, **TO BE DELETED**, LAWRENCE, IN 46226

10924  A.B.C. SUPPLY, **TO BE DELETED**, SOUTH BEND, IN 46619

10924  A.B.C. SUPPLY, *DO NOT USE*, MUNDELEIN, IL 60060

10924  A.B.C. SUPPLY, 1000 WISTER AVENUE, HARRISBURG, PA 17104

10924  A.B.C. SUPPLY, 1001 Y STREET, LINCOLN, NE 68508

10924  A.B.C. SUPPLY, 1002 ANN STREET, MADISON, WI 53713

10924  A.B.C. SUPPLY, 101 CANFIELD AVENUE, RANDOLPH, NJ 07869

10924  A.B.C. SUPPLY, 1019 S. DUPRE ST., NEW ORLEANS, LA 70125

10924  A.B.C. SUPPLY, 102 FULTON, WAUSAU, WI 54403

10924  A.B.C. SUPPLY, 10931 W. MITCHELL STREET, WEST ALLIS, WI 53214

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 A.B.C. SUPPLY, 111 HUNTER ROAD, NEWPORT NEWS, VA 23601

10924 A.B.C. SUPPLY, 11155 FM 529, HOUSTON, TX 77041

10924 A.B.C. SUPPLY, 11180 COMMERCIAL PARKWAY, CASTROVILLE, CA 95012

10924 A.B.C. SUPPLY, 1123 KINGS HIGHWAY, KALAMAZOO, MI 49001

10924 A.B.C. SUPPLY, 1129 HENDRICKS, CORPUS CHRISTI, TX 78469

10924 A.B.C. SUPPLY, 11621 WESTMINSTER AVENUE, GARDEN GROVE, CA 92643

10924 A.B.C. SUPPLY, 120  INDUSTRIAL DR, BURLINGTON, WI 53105

10924 A.B.C. SUPPLY, 120 INDUSTRIAL DRIVE, BURLINGTON, WI 53105

10924 A.B.C. SUPPLY, 1216 W. AMELIA STREET, ORLANDO, FL 32805

10924 A.B.C. SUPPLY, 123 W. SHERMAN BLVD., MUSKEGON HEIGHTS, MI 49444

10924 A.B.C. SUPPLY, 125 EAST COLUMBIA AVENUE, PONTIAC, MI 48340

10924 A.B.C. SUPPLY, 12855 ALCOSTA BLVD, SAN RAMON, CA 94583

10924 A.B.C. SUPPLY, 1320 STARLIGHT DRIVE, AKRON, OH 44306

10924 A.B.C. SUPPLY, 1400 EXCHANGE AVENUE, OKLAHOMA CITY, OK 73108

10924 A.B.C. SUPPLY, 1489 STRATFORD AVENUE, STRATFORD, CT 06497

10924 A.B.C. SUPPLY, 152 SISK AVENUE, SPRINGFIELD, MA 01107

10924 A.B.C. SUPPLY, 1550 FIRST STATE BLVD., STANTON, DE 19804

10924 A.B.C. SUPPLY, 1600 S. LARAMIE AVENUE, CICERO, IL 60650

10924 A.B.C. SUPPLY, 1650 NORTH 14TH STREET, SPRINGFIELD, IL 62702

10924 A.B.C. SUPPLY, 17201 S. RIDGELAND AVENUE, TINLEY PARK, IL 60477

10924 A.B.C. SUPPLY, 1736 W. EPLER AVE., INDIANAPOLIS, IN 46217

10924 A.B.C. SUPPLY, 1835 N.E. COLUMBUS BLVD, PORTLAND, OR 97211

10924 A.B.C. SUPPLY, 1835 N.E. COLUMBUS BLVD., PORTLAND, OR 97211

10924 A.B.C. SUPPLY, 2051 POTSHOP LANE, NORRISTOWN, PA 19403

10924 A.B.C. SUPPLY, 2115 W. WESTERN AVE. *DO NOT USE*, SOUTH BEND, IN 46619

10924 A.B.C. SUPPLY, 2115 W. WESTERN AVENUE, SOUTH BEND, IN 46619

10924 A.B.C. SUPPLY, 2120 BELLMEADE ROAD, RICHMOND, VA 23224

10924 A.B.C. SUPPLY, 2200 CHIPLEY, SAN ANTONIO, TX 78217

10924 A.B.C. SUPPLY, 2401 E. 40TH AVENUE, DENVER, CO 80205

10924 A.B.C. SUPPLY, 2401 EAST 40TH AVENUE, DENVER, CO 80205

10924 A.B.C. SUPPLY, 24615 COUNTY ROAD 45, ELKHART, IN 46516

10924 A.B.C. SUPPLY, 2591 CENTRE AVENUE, READING, PA 19605

10924 A.B.C. SUPPLY, 2601 S. DIVISION AVENUE, GRAND RAPIDS, MI 49507

10924 A.B.C. SUPPLY, 2606 KEYWAY DRIVE, YORK, PA 17402

10924 A.B.C. SUPPLY, 2801 HENNEPIN AVENUE, MINNEAPOLIS, MN 55413

10924 A.B.C. SUPPLY, 2900 AIRWAYS, MEMPHIS, TN 38132

10924 A.B.C. SUPPLY, 29W581 NORTH AVENUE, WEST CHICAGO, IL 60185

10924 A.B.C. SUPPLY, 3000 WEST KENTUCKY, MIDLAND, TX 79701

10924 A.B.C. SUPPLY, 302 ENTERPRISE STREET, LONGVIEW, TX 75608

10924 A.B.C. SUPPLY, 310 S. 12TH, GRAND JUNCTION, CO 81503

10924 A.B.C. SUPPLY, 310 SOUTH 12TH, GRAND JUNCTION, CO 81503

10924 A.B.C. SUPPLY, 3100 PARKSIDE DRIVE, CHARLOTTE, NC 28212

10924 A.B.C. SUPPLY, 3185 WOLF ROAD, SAGINAW, MI 48601

10924 A.B.C. SUPPLY, 3670 PROCYON, LAS VEGAS, NV 89103

10924 A.B.C. SUPPLY, 3825 CANAL DRIVE, FORT COLLINS, CO 80524

10924 A.B.C. SUPPLY, 3900 "D" STREET, OMAHA, NE 68107

10924 A.B.C. SUPPLY, 40 CONYNGHAM AVE, WILKES-BARRE, PA 18702

10924 A.B.C. SUPPLY, 40 CONYNGHAM AVENUE, WILKES BARRE, PA 18702

10924 A.B.C. SUPPLY, 400 RINKER WAY *DO NOT USE*, LAKE WORTH, FL 33460

10924 A.B.C. SUPPLY, 400 RINKER WAY, LAKE WORTH, FL 33460

10924 A.B.C. SUPPLY, 4001 DORCHESTER ROAD, CHARLESTON, SC 29403

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   A.B.C. SUPPLY, 4001 DORCHESTER ROAD, NORTH CHARLESTON, SC 29418

10924   A.B.C. SUPPLY, 401 C NORTH T STREET, HARLINGEN, TX 78550

10924   A.B.C. SUPPLY, 401 C. NORTH T STREET, TENNESSEE COLONY, TX 75880

10924   A.B.C. SUPPLY, 401 RAYNOLDS, EL PASO, TX 79905

10924   A.B.C. SUPPLY, 404 34TH STREET, LUBBOCK, TX 79404

10924   A.B.C. SUPPLY, 4111 WASHINGTON BLVD, BALTIMORE, MD 21227

10924   A.B.C. SUPPLY, 4111 WASHINGTON BLVD., BALTIMORE, MD 21227

10924   A.B.C. SUPPLY, 4141 MILGEN ROAD, COLUMBUS, GA 31907

10924   A.B.C. SUPPLY, 4141 SEBSATOPOL ROAD, SANTA ROSA, CA 95407

10924   A.B.C. SUPPLY, 4330 HULL STREET, LAWRENCE, IN 46226

10924   A.B.C. SUPPLY, 4502 ADAMO DRIVE, TAMPA, FL 33619

10924   A.B.C. SUPPLY, 4818 SUNRISE DRIVE, MARTINEZ, CA 94553

10924   A.B.C. SUPPLY, 4833 SINGLETON, DALLAS, TX 75222

10924   A.B.C. SUPPLY, 4860 SPRING GROVE AVENUE, CINCINNATI, OH 45232

10924   A.B.C. SUPPLY, 490 PHELAN AVE., SAN JOSE, CA 95112

10924   A.B.C. SUPPLY, 490 PHELAN AVENUE, SAN JOSE, CA 95112

10924   A.B.C. SUPPLY, 490 PHELAN, SAN JOSE, CA 95112

10924   A.B.C. SUPPLY, 4933 SINGLETON, DALLAS, TX 75222

10924   A.B.C. SUPPLY, 500 JEFFERSON HWY. *DO NOT USE*, NEW ORLEANS, LA 70121

10924   A.B.C. SUPPLY, 504 NORTH AVE. *DO NOT USE*, LIBERTYVILLE, IL 60048

10924   A.B.C. SUPPLY, 504 NORTH AVENUE, LIBERTYVILLE, IL 60048

10924   A.B.C. SUPPLY, 5100 N.W. 9TH AVENUE, FORT LAUDERDALE, FL 33309

10924   A.B.C. SUPPLY, 5130 PHILLIPS HIGHWAY, JACKSONVILLE, FL 32207

10924   A.B.C. SUPPLY, 5300 HORSESHOE LAKE ROAD, COLLINSVILLE, IL 62234

10924   A.B.C. SUPPLY, 5305 W. 130TH, PARMA, OH 44130

10924   A.B.C. SUPPLY, 5359 E. VIRGINIA BEACH BLVD., NORFOLK, VA 23502

10924   A.B.C. SUPPLY, 536 SHENANDOAH AVENUE, ROANOKE, VA 24016

10924   A.B.C. SUPPLY, 55 LUDY STREET, HICKSVILLE, NY 11801

10924   A.B.C. SUPPLY, 5602 SOUTH 3RD WEST, SALT LAKE CITY, UT 84107

10924   A.B.C. SUPPLY, 5757 TIROS DRIVE, SPRINGFIELD, VA 22151

10924   A.B.C. SUPPLY, 605 E. CHERRY STREET, WACO, TX 76704

10924   A.B.C. SUPPLY, 6050 TENSION DRIVE, FORT WORTH, TX 76112

10924   A.B.C. SUPPLY, 6137 N. 55TH AVENUE, GLENDALE, AZ 85301

10924   A.B.C. SUPPLY, 618 TILERY ROAD, AUSTIN, TX 78702

10924   A.B.C. SUPPLY, 633 N. MILITARY AVENUE, GREEN BAY, WI 54303

10924   A.B.C. SUPPLY, 6550 CHASE ROAD, DEARBORN, MI 48121

10924   A.B.C. SUPPLY, 701 KINYON ROAD, CHAMPAIGN, IL 61820

10924   A.B.C. SUPPLY, 704 S SIERRA MADRE, COLORADO SPRINGS, CO 80903

10924   A.B.C. SUPPLY, 704 S. SIERRA MADRE, COLORADO SPRINGS, CO 80903

10924   A.B.C. SUPPLY, 704 SOUTH SIERRA MADRE, COLORADO SPRINGS, CO 80903

10924   A.B.C. SUPPLY, 705 COMANCHE ROAD, ALBUQUERQUE, NM 87197

10924   A.B.C. SUPPLY, 7101 EAST EIGHT MILE ROAD, WARREN, MI 48091

10924   A.B.C. SUPPLY, 7275 N.W. 7TH AVENUE, MIAMI, FL 33150

10924   A.B.C. SUPPLY, 751 KEYSTONE INDUSTRIAL PARK, SCRANTON, PA 18512

10924   A.B.C. SUPPLY, 770 N. MARSHALL AVENUE, EL CAJON, CA 92020

10924   A.B.C. SUPPLY, 7710 N. SHEPHARD, HOUSTON, TX 77088

10924   A.B.C. SUPPLY, 801 FIRST AVENUE, KING OF PRUSSIA, PA 19406

10924   A.B.C. SUPPLY, 801 POPE AVENUE, HAGERSTOWN, MD 21740

10924   A.B.C. SUPPLY, 815 S. PIONEER ROAD, FOND DU LAC, WI 54935

10924   A.B.C. SUPPLY, 8211 SWANSTON LANE, GILROY, CA 95020-4515

10924   A.B.C. SUPPLY, 8520 RAINSWOOD DRIVE, LANDOVER, MD 20785

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   A.B.C. SUPPLY, 855 BROOKWOOD DRIVE, COLUMBIA, SC 29201

10924   A.B.C. SUPPLY, 8745 MUNSON DRIVE, MENTOR, OH 44060

10924   A.B.C. SUPPLY, 908 13TH STREET NORTH, BIRMINGHAM, AL 35203

10924   A.B.C. SUPPLY, 9203 N. 2ND STREET, ROSCOE, IL 61073

10924   A.B.C. SUPPLY, 930 S. LAKE STREET *DO NOT USE*, MUNDELEIN, IL 60060

10924   A.B.C. SUPPLY, 930 S. LAKE STREET, MUNDELEIN, IL 60060

10924   A.B.C. SUPPLY, DUPLICATE #, 4833 SINGLETON BLVD. *DO NOT USE*, DALLAS, TX 75212

10924   A.B.C. SUPPLY, FIRST STATE INDUSTRIAL PARK, 1550 FIRST STATE BLVD., STANTON, DE 19804

10924   A.B.C. SUPPLY, P.O. BOX 2189, GARDEN GROVE, CA 92642

10924   A.B.C. SUPPLY, P.O. BOX 4665 *DO NOT USE*, MADISON, WI 53711

10924   A.B.C. SUPPLY, P.O. BOX 838 *USE 225403*, BELOIT, WI 53511

10924   A.B.C. SUPPLY, P.O. BOX 838N DR.*USE 225403*, BELOIT, WI 53511

10924   A.B.C. SUPPLY, PO BOX 4665, MADISON, WI 53711

10924   A.B.C. SUPPLY, PO BOX838, BELOIT, WI 53511

10924   A.B.C. SUPPLY/CATALOG #880, ONE ABC PARKWAY, BELOIT, WI 53511-4441

10924   A.B.C. SUPPLY/MARSHALL, 4730 WYNN ROAD, LAS VEGAS, NV 89103

10924   A.B.C. SUPPLY/PERFECTION RFG., 110 W. LITTLE YORK, HOUSTON, TX 77076

10924   A.B.C. SUPPLY/PERFECTION ROOFING, 11155 FM 529, HOUSTON, TX 77041

10924   A.B.C./VIKING BUILDING PRODUCTS, 250 NIANTIC AVENUE, PROVIDENCE, RI 02907

10924   A.B.C./VIKING BUILDING PRODUCTS, 295 E. INDUSTRIAL PARK DRIVE, MANCHESTER, NH 03109

10924   A.C. MILLER CONCRETE, BRIDGE & MAIN STS, SPRING CITY, PA 19475

10924   A.C. MILLER CONCRETE, P O BOX G, SPRING CITY, PA 19475

10924   A.C.E. SUPPLY, 32 N. 6TH STREET, KANSAS CITY, KS 66103

10925   A.C.T./NUCOAT, 3431 HOGARTH ST., EAU CLAIRE, WI 54702

10925   A.D. INSTRUMENTS, 4711 A NATIONS CROSSINGS RD., CHARLOTTE, NC 28217

10924   A.D.C. ELECTRIC INC, 5377 NORTH LAKE DR, LAKE CITY, GA 30260

10925   A.D.C.TRUCK TERMINAL, 7799 TELEGRAPH ROAD, MONTEBELLO, CA 90640

10924   A.D.M. ANIMAL NUTRITION, 1600 S. WILSON AVE., DUNN, NC 28334

10924   A.D.P, OFF COMAC ROAD, 510 MERCEDES WAY, DEER PARK, NY 11729

10925   A.E. STALEY MFG. CO., PO BOX 751947, CHARLOTTE, NC 28275-1947

10925   A.E. STALEY MFG. COMPANY, PO BOX 70533, CHICAGO, IL 60673-7533

10925   A.E. WALSH, 3851 NW 126TH AVE. #615, CORAL SPRINGS, FL 33065

10924   A.G. HEINS, 116 HEINS ST, KNOXVILLE, TN 37921

10924   A.G. HEINS, PO BOX486, KNOXVILLE, TN 37901

10925   A.G. PARROTT CO., 6421 LOUDON AVE, ELKRIDGE, MD 21075

10925   A.G. PARROTT CO., 6421 LOUDON AVE., ELKRIDGE, MD 21075

10924   A.H. ANGERSTEIN, 315 NEW ROAD, WILMINGTON, DE 19805

10925   A.H. BENNETT COMPANY, 900 GLENWOOD AVE., MINNEAPOLIS, MN 55405

10924   A.H. BENNETT, 900 GLENWOOD AVE, MINNEAPOLIS, MN 55405

10924   A.H. BENNETT, 900 GLENWOOD AVENUE, MINNEAPOLIS, MN 55405

10925   A.H. GARDNER & SON CO., 2207 S. NEWKIRK ST., BALTIMORE, MD 21224-6409

10924   A.H.SMITH ASSOCIATES, 9101 RAILROAD AVE., BRANCHVILLE, MD 20740

10925   A.I.A. CONNECTICUT CONVENTION, 87 WILLOW ST, NEW HAVEN, CT 06511

10925   A.I.D.(ADVANCED INDUST.DESIGN), 2025 S. ARLINGTON HEIGHTS RD., ARLINGTON HEIGHTS, IL 60005

10925   A.I.M. INC., PO BOX 5056, THIBODAUX, LA 70302

10925   A.I.M. SERVICE CORPORATION, POBOX 763, BOSTON, MA 02217-0763

10925   A.I.P.A, 35-17 CALLE 24, BAYAMON, PR 00959PUERTO RICO          *VIA Deutsche Post*

10925   A.I.W. INC, 16300 KATY FREEWAY, HOUSTON, TX 77094

10924   A.J. DAW PRINTING INK, 3559 SOUTH GREENWOOD AVENUE, LOS ANGELES, CA 90040

10924   A.J. DEAN & SONS RMC, ATTN: ACCOUNTS PAYABLE, SALT LAKE CITY, UT 84171

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  A.J. DEAN & SONS, 6695 WASATCH BLVD, SALT LAKE CITY, UT 84121

10924  A.J. HILL, SAINT MARK'S HOSPITAL, SALT LAKE CITY, UT 84115

10924  A.J. LABS, 21160 NORTH HIGHWAY 99 WEST, DUNDEE, OR 97115

10925  A.J. OSTER CO., PO BOX 92637, CHICAGO, IL 60675-2637

10924  A.J. REYNOLDS CO., INC., 3435 W. LOMITA BLVD, TORRANCE, CA 90505-6081

10925  A.J. SEILER INC., 7350 SHEED RD., CINCINNATI, OH 45247

10924  A.J. SMITH LUMBER CO., 1501 S. BROOK ST., LOUISVILLE, KY 40208

10924  A.K. STEEL CORP- DO NOT USE, PO BOX 1211, BUTLER, PA 16003-1211

10924  A.K. STEEL CORP, BUTLER WORKS, BUTLER, PA 16001

10924  A.K. STEEL CORP, LOWER SILICONE DOCK 17-I, BUTLER, PA 16001

10924  A.K. STEEL CORP, PO BOX 1211, BUTLER, PA 16003-1211

10924  A.K. STEEL CORP., PO BOX 1211, BUTLER, PA 16003-1211

10924  A.K. STEEL HEADQUARTERS NODE*, COLUMBIA, MD 21004

10924  A.K. STEEL HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924  A.K. STEEL, 1724 LINDEN AVENUE, ZANESVILLE, OH 43701

10925  A.L. BREWSTER, 399 HEMLOCK LANE, NAZARETH, PA 18064

10924  A.L. BROWN SCHOOL, KANNAPOLIS, NC 28081

10924  A.L. SMITH GLASS CO. INC., 8005 CESSNA AVENUE, GAITHERSBURG, MD 20879

10924  A.L. STANBACK MIDDLE SCHOOL, C/O STANDARD INSULATING CO., HILLSBOROUGH, NC 27278

10925  A.L. STRASSER HARDWARE, 910 SOUTHWEST BLVD, KANSAS CITY, KS 66103

10924  A.L.L. ROOFING SUPPLY, 15208 RAYMER STREET, VAN NUYS, CA 91405

10924  A.L.THOMPSON BLDS SUPPLY, PO BOX 220, LEXINGTON, AL 35648

10924  A.LOPEZ/THOMPSON MIDDLE SCHOOL, FONTANA, CA 92334

10924  A.M. MCCARTHY & SONS CO., 22750 HOOVER ROAD, WARREN, MI 48089

10925  A.M.D.I., 77 GREAT ROAD, ACTON, MA 01720

10924  A.M.S. OF HAWAII, INC., 2312-E KAMEHAMEHA HWY., HONOLULU, HI 96819

10925  A.O. SMITH COMPANY, 11270 W PARK PL, MILWAUKEE, WI 53224

10925  A.O. SMITH COMPANY, 11270 W. PARK PL, MILWAUKEE, WI 53024

10925  A.O. SMITH COMPANY, 2101 S. 21ST ST, PARSONS, KS 67357

10925  A.O. SMITH ENGINEERED, PO BOX 99553, CHICAGO, IL 60693-9553

10924  A.O. STEUBER CONST CO INC, 3501 S.E. 21 ST, TOPEKA, KS 66607

10924  A.O. STEUBER CONST CO INC, P. O. BOX 5055, TOPEKA, KS 66605

10924  A.P. BOYD MECHANICAL CONT, 3207 MATTAPAN AVE, POINT PLEASANT, NJ 08742

10925  A.P. GREEN INDUSTRIES INC., 815 SUPERIOR AVE NE, CLEVELAND, OH 44114

10925  A.P. GREEN INDUSTRIES, C/O C.T. CORPORATION, 350 NORTH ST PAUL ST, DALLAS, TX 75201

10925  A.P. GREEN INDUSTRIES, GREEN BLVD., MEXICO, MO 65265

10925  A.P. GREEN INDUSTRIES, MAIN POST OFFICE, SAINT LOUIS, MO 63195

10925  A.P. GREEN REFRACTORIES, GREEN BLVD., MEXICO, MO 65265

10925  A.P. GREEN SERVICES INC., 888 MILILANI ST 8TH FL, HONOLULU, HI 96813

10924  A.P. NONWEILER CO., 3321 NORTH SHORE DRIVE, OSHKOSH, WI 54901

10924  A.P. NONWEILER, 3321 NORTH SHORE DRIVE, OSHKOSH, WI 54901

10924  A.P. NONWEILER, PO BOX 1007, OSHKOSH, WI 54902

10924  A.P.R. ASSOCIATES, PO BOX 30310, MEMPHIS, TN 38130

10924  A.Q.W. INC, 18 NORTH MAIN STREET, WALTON, KY 41094

10924  A.Q.W. INC., 18 NORTH MAIN STREET, WALTON, KY 41094

10924  A.R. CHAMBERS & SONS, 111 35TH STREET, PITTSBURGH, PA 15201

10925  A.R. TAYLOR, 33A MANOR GROVE, ST NEOTS HUNTINGDON, CA PE 19- 1PP

10924  A.R.C. GLASS INC., 1225 CONNECTICUT AVENUE, BRIDGEPORT, CT 06607

10925  A.S.A.T.T., 9805 NE 116TH ST, A-183, KIRKLAND, WA 98034-4248

10925  A.S.C.E. ACCOUNTING DEPT., PO BOX 824, SOMERSET, NJ 08875-0824

10924  A.S.I., C/O MOTEL 6 4838 CHILES, DAVIS, CA 95616

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    A.SCHULMAN INC., 350 NORTH BUCKEYE STREET, BELLEVUE, OH 44811

10924    A.T. CURD STRUCTURES, INC, 2239 STONEHURST AVENUE, RIALTO, CA 92376

10924    A.T. CURD STRUCTURES, INC, 2239 WEST STONEHURST AVENUE, RIALTO, CA 92376

10924    A.T. CURD STRUCTURES, INC., 2239 STONEHURST AVENUE, RIALTO, CA 92376

10924    A.T. SWITZER WAREHOUSE, 4720 BLUE PARKWAY, KANSAS CITY, MO 64130

10924    A.T. SWITZER, 4720 BLUE PARKWAY, KANSAS CITY, MO 64130

10924    A.T. SWITZER, CAMBRIDGE, MA 02140

10924    A.T.& T., 7831 N. NAGLE STREET, MORTON GROVE, IL 60053

10925    A.T.LENGADE, 10283 GLOBE DR, ELLICOTT CITY, MD 21043

10925    A.V. KERKAR, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    A.W. CHESTERTON CO., 11999 INDUSTRIPLEX BLVD., BATON ROUGE, LA 70809

10925    A.W. CHESTERTON CO., PO BOX 3351, BOSTON, MA 02241

10925    A.W. CHESTERTON CO., PO BOX 3351, BOSTON, MA 02241-3351

10925    A.W. CHESTERTON COMPANY, 225 FALLON RD., STONEHAM, MA 02180-9101

10924    A.W. CHESTERTON, 225 FALLON RD, STONEHAM, MA 02180

10924    A.W. MFG., 7724 S. CLAIREMONT AVENUE, CHICAGO, IL 60620

10925    A.W. PENDERGAST SAFETY EQUIP. CO., 8400 ENTERPRISE AVE., PHILADELPHIA, PA 19153

10924    A/D TRUSTEE - HUGHES, P.O. BOX 2508, COLUMBUS, GA 31902

10924    A/D TRUSTEE - HUGHES, P.O. BOX 530416, ATLANTA, GA 30353

10924    A/D TRUSTEE - HUGHES, PO BOX 530416, ATLANTA, GA 30353-0416

10925    A/R INDUSTRIAL CLEANING &, 940 DIDDLE AVE., WYANDOTTE, MI 48192

10924    A/R READY MIX, 3600  WILBUR AVENUE, ANTIOCH, CA 94509

10924    A/R READY MIX/ANTIOCH, 3600 WILBUR AVENUE, ANTIOCH, CA 94509

10924    A/R READY MIX/BYRON, 5301 BYRON HOT SPRING ROAD, BYRON, CA 94514

10924    A/R READY MIX/DIXON-DAVIS, 7043 TREEMONT ROAD, DIXON, CA 95620

10924    A/R READY MIX/FAIRFIELD, 4969 VANDEN ROAD, FAIRFIELD, CA 94533

10924    A/R READY MIX/RIO VISTA, 1051 ST. FRANCIS DRIVE, RIO VISTA, CA 94571

10924    A/R READY MIX/WOODLAND, 949 KENTUCKY AVENUE, WOODLAND, CA 95695

10924    A+ MAINTENANCE PROD. INC., 40  6TH STREET, CRESSKILL, NJ 07626

10924    A+ MAINTENANCE PROD. INC., 40 6TH STREET, CRESSKILL, NJ 07626

10925    A+ NETWORK INC., PO BOX 105890, ATLANTA, GA 30348-5890

10925    A+ NETWORK INC., POBOX 911030, ORLANDO, FL 32891-1030

10925    A+ TROPHY, 1702 E FIRST ST STE E, HUMBLE, TX 77338

10925    A-1 AIR COMPRESSOR CORP, PO BOX 66973, CHICAGO, IL 60666-0973

10924    A-1 BLOCK CORP, 1617 S DIVISION, ORLANDO, FL 32805

10924    A-1 BLOCK CORP, 1617 S.DIVISION AVE., ORLANDO, FL 32805

10925    A-1 COMPUTER REPAIR, 7334 BELLE GLEN DR, HOUSTON, TX 77072-2802

10925    A1 COUPLING, PO BOX 2295, EUGENE, OR 97402

10925    A-1 COURIER CORP., PO BOX 50556, NEW BEDFORD, MA 02745

10924    A1 DURAN RFG. C/O LITECRETE, INC., 595 WEST 18TH STREET, HIALEAH, FL 33010

10924    A-1 ELECTRIC OF LAKE CITY, 426 SOUTH MARION STREET, LAKE CITY, FL 32025

10925    A1 FENCE COMPANY, 2831 E LACRESTA AVE, ANAHEIM, CA 92806

10925    A-1 FIRE EQUIPMENT CO, INC, PO BOX 9953, HOUSTON, TX 77213-9953

10925    A-1 FIRE EQUIPMENT CO. INC., PO BOX 9953, HOUSTON, TX 77213-9953

10925    A-1 HYDRAULIC SALES & SERVICE, 3136 COUNTRY DRIVE, SAINT PAUL, MN 55117

10924    A-1 IRRIGATION & LANDSCAPE, 1005 W. LUCAS ROAD, LUCAS, TX 75002

10925    A-1 LASER SUPPLY INC, 5643 W 63RD ST, CHICAGO, IL 60638

10925    A-1 LOCKSMITH, E. 1500 SPRAGUE AVE., SPOKANE, WA 99202

10925    A-1 METAL SERVICES CORP, 1460 SOUTH MANHATTAN AVE, FULLERTON, CA 92631-5289

10925    A-1 METAL SERVICES CORP., 1460 SOUTH MANHATTAN AVE, ANAHEIM, CA 92831

10925    A-1 METAL STRIPPING, 4321 KILMER, GOLDEN, CO 80401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    A-1 PERSONNEL SERVICE INC, PO BOX 16923, MILWAUKEE, WI 53216

10925    A-1 PERSONNEL SERVICE INC, POBOX 16923, MILWAUKEE, WI 53216

10925    A-1 PRINT AND COPY CENTER, SUITE 175, 2001 PARK PLACE TOWER NORTH, BIRMINGHAM, AL 35203

10925    A-1 PUBLIC SCALES, PO BOX 1261, HOUSTON, TX 77251

10925    A-1 PUBLIC SCALES, PO BOX 1261, HOUSTON, TX 77251-1261

10924    A-1 QUALITY READY MIX, WEST HWY 60, SOCORRO, NM 87801

10924    A-1 QUALITY REDI MIX, PO BOX591, SOCORRO, NM 87801

10924    A-1 READY MIX CONCRETE, 4750 COUNTY ROAD J, BOX 741, CHIPPEWA FALLS, WI 54729

10924    A-1 READY MIX, 2365 DOLPHIN ROAD, WARRENTON, OR 97146

10924    A-1 READY MIX, 700 ATCHISON STREET, SAINT JOSEPH, MO 64503

10924    A-1 READY MIX, 700 ATCHISON, SAINT JOSEPH, MO 64503

10924    A-1 READY MIX, CAMERON, MO 64429

10924    A-1 READY MIX, MOUND CITY, MO 64470

10924    A-1 READY MIX/ASTORIA PLANT, 461 32ND STREET, ASTORIA, OR 97103

10924    A-1 READY MIX/SEASIDE PLANT, 888 AVE. S, SEASIDE, OR 97138

10925    A-1 RESTORATION INC, 2887 HWY MN, STOUGHTON, WI 53589

10924    A-1 SANITARY RAG CO., 330 S. WELLS ST., CHICAGO, IL 60606

10925    A-1 SANITARY RAG COMPANY, 330 S WELLS ST, CHICAGO, IL 60606

10925    A-1 SANITARY RAG COMPANY, 330 S. WELLS ST, CHICAGO, IL 60606

10925    A-1 SEWER SERVICE, TONY SCHWERSINSKE, 1011 CARPENTER, MADISON, WI 53704

10925    A1 STORE REALTY CORP., GEN COUNSEL, 61ST AVE. AND DOUGLASTON PKWY., LITTLE NECK, NY 11363

10924    A-1 SUPPLY INC., 3398 BROADWAY EXTENDED N.E., MOSES LAKE, WA 98837

10924    A-1 SUPPLY INC., ATTN:  ACCOUNTS PAYABLE, MOSES LAKE, WA 98837

10925    A-1 TEMPORARY PERSONNEL SVC, POBOX 72122, CHICAGO, IL 60678-2122

10925    A-1 VIDEO PRODUCTIONS, 3534 GOLDEN GATE WAY, LAFAYETTE, CA 94549

10924    A-1/R.C.S. COATINGS, 1401 NW 70TH, SEATTLE, WA 98117

10925    A1-LUBE DIVISION OF FAR BEST CORP, 928 ALLEN AVE, LA/GLENDALE, CA

10924    A-4 HOME CENTER, US 129 BY-PASS, ROBBINSVILLE, NC 28771

10924    A-7 JOINT VENTURE, 20 WEST HOWELL ST., DORCHESTER, MA 02125

10925    AA ADVANCE AIR INC, 1920 NW 32ND ST, POMPANO BEACH, FL 33064

10925    AA ELECTRIC INC, 1665 LAKES PKWY #108, LAWRENCEVILLE, GA 30243-5858

10925    A-A GLASS & BOARD UP SERVICE, 5510 S NEWCASTLE, CHICAGO, IL 60638

10925    A-A LOCK & ALARM INC, PO BOX 909, MENLO PARK, CA 94026-0909

10925    AA MILLWRIGHT & RIGGING SERVICES IN, 2205 LANGDON FARM ROAD, CINCINNATI, OH 45237

10924    AA PRODUCTIONS INC., 5087 S. TOWNSHIP ROAD, YUBBA CITY, CA 95996

10925    AA SEPTIC TANK SERVICE, BILLY JOYNER, 8300 W BEAVER ST, JACKSONVILLE, FL 32220-2381

10924    AA SEPTIC TANK SERVICE, INC., 8300 W. BEAVER ST., JACKSONVILLE, FL 32220

10925    AA TRANSPORTATION SERVICES INC., PO BOX 197, GARDEN CITY, AL 35070-0197

10925    AAA ACME LOCK CO. INC., PO BOX 05500, MILWAUKEE, WI 53205

10925    AAA ASPHALT PAVING INC., 10526 TANNER ROAD, HOUSTON, TX 77041

10925    AAA BUSINESS MACHINES CO., 102 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10925    AAA BUSINESS MACHINES COMPANY, 102 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10925    AAA BUSINESS MACHINES, 102 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10925    AAA CELLULAR INSTALLATIONS, POBOX 17881, SALT LAKE CITY, UT 84117

10925    AAA COOPER TRANSPORTATION, PO BOX 6827, DOTHAN, AL 36302

10925    AAA COOPER TRANSPORTATION, PO BOX 6827, DOTHAN, AL 36302-6827

10925    AAA COOPER TRANSPORTATION, POBOX 6827, DOTHAN, AL 36302

10925    AAA COOPER, DON BLEICH, 1700 FLAG ST, JACKSONVILLE, FL 32209

10925    AAA DISCOUNT PLUMBING INC, 1728 SALEM DRIVE, ORLANDO, FL 32807

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AAA ENVIRONMENTAL INDUSTRIES INC, 3240 WEST ELM ROAD, FRANKLIN, WI 53132

10925   AAA ENVIRONMENTAL, PO BOX 8190, SPARTANBURG, SC 29305

10925   AAA FASTENER & SUPPLY, 1310 B BUNCOMBE ST, GREENVILLE, SC 29609

10925   AAA FENCE CO OF CHARLESTO, POBOX 2045, MOUNT PLEASANT, SC 29464

10924   AAA FIRE SPRINKLER, INC, 630 KRESGE LANE, SPARKS, NV 89431

10924   AAA HEADQUATERS, CORNERS OF HUBBARD DR. &, DEARBORN, MI 48120

10925   AAA MINI STORAGE, 402 28TH ST SOUTH, IRONDALE, AL 35210

10925   AAA PAGING, PO BOX 80460, CONYERS, GA 30208-8460

10925   AAA PALLET CO, 1220 SHOTWELL, HOUSTON, TX 77020

10925   AAA PALLETS & LUMBER CO., PO BOX 6701, PHOENIX, AZ 85005

10924   AAA READY MIX BLOCK DIV., 8025 N.W. 120TH ST, REDDICK, FL 32686

10924   AAA READY MIX, 6760 N.W. 24TH AVENUE ROAD, OCALA, FL 34475

10924   AAA READY MIX, 6760 NW 24 AVE, OCALA, FL 34475

10924   AAA READY MIX, BLOCK DIVISION, OCALA, FL 32670

10924   AAA READY MIX, P.O. BOX 729, REDDICK, FL 32686

10925   AAA TELEPHONE CO, 113 FURMAN VIEW DR, GREENVILLE, SC 29609

10924   AAA WATERPROOFING, 750 W. 48TH AVE, DENVER, CO 80216

10924   AAA WATERPROOFING, 750 WEST 48TH AVENUE, DENVER, CO 80216

10925   AAAP, 19 HARRISON ST, FRAMINGHAM, MA 01702-2313

10925   AAAP, 5 GRANT ST, FRAMINGHAM, MA 01701-6708

10925   AAAS, 1333 H ST NW, WASHINGTON, DC 20005

10925   AAAS, PO BOX 2032, MARION, OH 43305-2032

10924   AABBITT ADHESIVES INC., 2403 N OAKLEY AVENUE, CHICAGO, IL 60647

10925   AABERG, ROBERT, 824 EXMOOR CIRCLE, CRAIG, CO 81625

10924   AAC, 8 CAIRN STREET, ROCHESTER, NY 14611

10924   A-ACCURATE ROOFING, PHOENIX, AZ 85000

10925   AACRAO DISTRIBUTION CTR, PO BOX 231, MHY, ANNAPOLIS JUNCTION, MD 20701

10924   AADCO, 145 S. MIAMI AVENUE, CLEVES, OH 45002

10925   AADVANCED MACHINERY INC, 35044 AUTOMATION DRIVE, CLINTON TOWNSHIP, MI 48035

10925   AADVANCED MACHINERY INC., 35044 AUTOMATION DRIVE, CLINTON TOWNSHIP, MI 48035

10925   AAF INTERNATIONAL, 1067 SOLUTIONS CENTER, CHICAGO, IL 60677-1000

10925   AAF INTERNATIONAL, PO BOX 3015, CAROL STREAM, IL 60132-3015

10925   AAF INTERNATIONAL, POBOX 3015, CAROL STREAM, IL 60132-3015

10925   A-AFFORDABLE HAULING, INC, 6061 N. NEWBURG AVE, CHICAGO, IL 60631

10925   A-AFFORDABLE HAULING,INC, 6061 N. NEWBURG AVE, CHICAGO, IL 60631

10925   AAI CORPORATION, 717 CONSTITUTION DR., SUITE 101, EXTON, PA 19341

10925   AAI CORPORATION, FAEGRE & BENSON L.L.P., 2500 REPUBLIC PLAZA, 370 SEVENTEENTH ST, DENVER, CO 80202-4004

10925   AAIS, 603 N. BAKER ST, FOUR OAKS, NC 27524

10924   AAL C/O MACKENZIE PAINTING, 560 NORTH WASHINGTON AVENUE, BRIDGEPORT, CT 06604

10925   AALBORG COMPANY, 4521 HARVEY, WESTERN SPRINGS, IL 60558

10925   AALBORG INSTRUMENTS AND CONTROLS, 20 CORPORATE DR, ORANGEBURG, NY 10962

10925   A-ALPHA INC, 1310 W98TH ST, BLOOMINGTON, MN 55431-2614

10925   AAM COMMUNICATIONS, 700 N. PACIFIC COAST HWY., STE 202A, REDONDO BEACH, CA 90277

10925   AAM COMMUNICATIONS, 800 N PACIFIC COAST HWY, REDONDO BEACH, CA 90277

10925   AAMA, PO BOX 94324, CHICAGO, IL 60678

10925   AAMRO CORP, 3110 S 26TH AVE, BROADVIEW, IL 60153

10925   A-AMSCO ABC PEST CONTROL, 12 MATTHEW DR, SUSSEX, NJ 07461

10925   AAOHN, 2920 BRANDYWINE ROAD, SUITE 100, ATLANTA, GA 30341

10924   AAPER ALCOHOL, 1101 ISAAC SHELBY DRIVE, SHELBYVILLE, KY 40066

10924   AAPER ALCOHOL, PO BOX339, SHELBYVILLE, KY 40066-0000

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AAR CADILLAC MANUFACTURING, 201 HAYNES ST, CADILLAC, MI 49601

10925   AAR CADILLAC MANUFACTURING, 612 7TH ST, CADILLAC, MI 49601

10925   AAR CORPORATION, POBOX 70205, CHICAGO, IL 60673

10925   AAR ENGINE COMPONENT SERVICES, 601 MARSHALL PHELPS RD, WINDSOR, CT 06095

10924   AAR HARDWARE, 200 SAW MILL RIVER ROAD, HAWTHORNE, NY 10532

10925   AARDVARK SAFETY SUPPLY, 20423 STATE ROAD 7, BOCA RATON, FL 33498-6774

10925   AARIST INTERNATIONAL INC, POBOX 451261, ATLANTA, GA 31145

10925   AARO EQUIPMENT INC, 14485 N US 27, DEWITT, MI 48820

10925   AARO RENTS, 1207 LAURENS ROAD, GREENVILLE, SC 29607

10925   AARON BARRETT, POBOX 1293, ZELLWOOD, FL 32798

10925   AARON BLECKER, 50 GRIST MILL LANE, GREAT NECK, NY 11023-1813

10925   AARON EQUIPMENT CO., PO BOX 80, BENSENVILLE, IL 60106

10925   AARON EQUIPMENT, 735 E GREEN ST, BENSENVILLE, IL 60106

10925   AARON GLADURA, 4244 SOUTH 650 W., OGDEN DUNES, IN 46368

10925   AARON KEITH CARVER TR UA, DEC 22 92 THE CARVER FAMILY, TRUST, 29486 RIDGE RD, SAN JUAN CAPISTRANO, CA 92675-1137

10925   AARON OIL CO. INC., PO BOX 2304, CUSSETA, AL 36852

10925   AARON PHIPPS, HWY 221, ENOREE, SC 29335

10925   AARON RENTS & SELL OFFICE FURNITURE, 1301 W COPANS RD BLDG C, POMPANO BEACH, FL 33064-0000

10925   AARON RENTS, INC, 4600-A S. I-35, OKLAHOMA CITY, OK 73129-0000

10925   AARON, CHERYL, 312 MEADOW LAKES DRIVE, MARBLE FALLS, TX 78654

10925   AARON, FRED, 638 BUNCH AVE., GLEN BURNIE, MD 21060

10925   AARON, RUTH, 125 NW 45 AVE, PLANTATION, FL 33317

10925   AARON, WAYNE, 637 ST ROAD, JASPER, AL 35504

10925   AARONS, HARRY, 60-05 60TH AVE, MASPETH, NY 11378

10925   AARONS, LORRAINE, 60-05 60TH AVE, MASPETH, NY 11378-3420

10925   AARONSON, CHARLENE, 412 MAPLE GROVE BLVD, MT HOLLY, NJ 08060

10925   AARP, 3200 EAST CARSON ST., LAKEWOOD, CA 90712

10925   AARSTAD PEST CONTROL, 5144 WEST IRVING PARK ROAD, CHICAGO, IL 60641

10925   AASHTO BRIDGE 1999, POBOX 942874, SACRAMENTO, CA 24274

10924   AASU COLLEGE, 11935 ABERCORN STREET, SAVANNAH, GA 31404

10925   A-ATHLETIC & MEDICAL SUPPLY CO,INC, PO BOX 30067, HOUSTON, TX 77249

10925   AB BONDED LOCKSMITHS, INC, 4344 MONTGOMERY ROAD, CINCINNATI, OH 45212

10925   AB CELEBRATION 1998, 45 STOW ST, ACTON, MA 01720

10925   AB CONVERTING, 5039 SOUTH 38TH ST, SAINT LOUIS, MO 63116

10924   A-B ELECTRIC, 68 SOUTH JEFFERSON RD., WHIPPANY, NJ 07981

10924   AB ENVIRONMENTAL SERVICES, INC., 3900-B US HWY. 29, GREENSBORO, NC 27405

10924   AB FILICKO CO, INC, 8975-A YELLOW BRICK RD., BALTIMORE, MD 21237

10925   ABA INDUSTRY INC, 1260 US 19 NORTH, PINELLAS PARK, FL 34666

10925   ABA, 750 N LAKE SHORE DR, CHICAGO, IL 60611

10925   ABACUS CORP., PO BOX 64743, BALTIMORE, MD 21264-4743

10925   ABACUS SECURITY SERVICES, 610 GUSRYAN ST., BALTIMORE, MD 21224

10925   ABAD, ORLANDO, 560 E PLEASANT VALLEY RD BOX 1807, PORT HUENEME, CA 93044

10925   ABADEEY, KIM, 140 ROOSEVELT AVE, EAST ORANGE, NJ 07017

10924   ABADOR (EXPORT) DISTRIBUTORS, 1924-1928 N.W. 82ND AVENUE, MIAMI, FL 33126

10924   ABADOR (EXPORT) DISTRIBUTORS, 1924-1928-N.W. 82ND AVENUE, MIAMI, FL 33126

10924   ABADOR (EXPORT), 4721 NW 72ND AVENUE, MIAMI, FL 33166

10924   ABADOR EXPORT DIST., 4721 NW 72ND AVENUE, MIAMI, FL 33166

10925   ABAGIS, JOSEPH, PO BOX 62, FORT DRUM, NY 13603-0062

10925   ABALLO, ROSE, 80 VINCENT COURT, SPOTSWOOD, NJ 08884-1524

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ABALO, AGUSTIN, 1721 SW 104TH AVE, MIAMI, FL 33165 | |
| 10925 | ABALOS, JESSIE, 2510 W. 10TH, ODESSA, TX 79763 | |
| 10925 | ABANAKI CORP, 17387 MUNN ROAD, CHAGRIN FALLS, OH 44022 | |
| 10925 | ABARA, JULIA, 134 W 231ST ST, CARSON, CA 90745 | |
| 10924 | ABASTECEDORA INDUSTRIAL GASI, S.A., VULCANIZACION 163, COL. 20 DE NOVIEMBRE, DF 15300UNK | *VIA Deutsche Post* |
| 10924 | ABATEMENT COOPERATIVES, 11183 WOODWARD LANE, CINCINNATI, OH 45241 | |
| 10924 | ABATEMENT COOPERATIVES, 11183 WOODWARD LN, CINCINNATI, OH 45241 | |
| 10924 | ABATEMENT COOP-MICHIGAN WAREHOUSE, 9450 BUFFALO, HAMTRAMCK, MI 48212 | |
| 10925 | ABATEMENT SPECIALTIES, INC, 3747 S. BEGLIS PKWY, SULPHUR, LA 70665 | |
| 10924 | ABATIX CORP, 3011 EAST BROAD RD SUITE #300, PHOENIX, AZ 85040 | |
| 10924 | ABATIX CORP. ENVIRONMENTAL, 1664 DELTA COURT, HAYWARD, CA 94544 | |
| 10924 | ABATIX CORP. ENVIRONMENTAL, 3955 WEST MESA VISTA AVE., LAS VEGAS, NV 89118 | |
| 10924 | ABATIX CORP. ENVIRONMENTAL, 4202 EAST ELWOOD ST., PHOENIX, AZ 85040 | |
| 10924 | ABATIX CORP., 8201 EASTPOINT DRIVE SUITE 500, DALLAS, TX 75227 | |
| 10924 | ABATIX CORP.ENVIRONMENTAL, 12809 BUSH PLACE, SANTA FE SPRINGS, CA 90670 | |
| 10924 | ABATIX CORP-SAN LEANDRO, 14068 CATALINA ST, SAN LEANDRO, CA 94577 | |
| 10924 | ABATIX ENVIRONMENTAL, 1430 NORTH POST OAK RD, HOUSTON, TX 77055 | |
| 10924 | ABATIX ENVIRONMENTAL, 19217 66TH AVENUE SOUTH, KENT, WA 98032 | |
| 10924 | ABATIX ENVIRONMENTAL, 3860 REVERE ST SUITE  B, DENVER, CO 80239 | |
| 10924 | ABATIX ENVIRONMENTAL, 4022 S. 20TH ST, PHOENIX, AZ 85040 | |
| 10924 | ABATIX, 14068 CATALINA STREET, SAN LEANDRO, CA 94577 | |
| 10925 | ABB - TBI BAILEY C/O RVS CONTROLS, 1288 VALLEY FORGE ROAD, STE. 61, PHOENIXVILLE, PA 19460 | |
| 10925 | ABB AUTOMATION INC, 125 E COUNTY LINE RD, WARMINSTER, PA 18974 | |
| 10925 | ABB AUTOMATION INC, 22123 NETWORK PLACE, CHICAGO, IL 60673-1221 | |
| 10925 | ABB AUTOMATION INC, C/O SIMONE ENGINEEERING INC, HIGHLAND, IN 46322 | |
| 10925 | ABB AUTOMATION INC., 200 W 22ND ST, LOMBARD, IL 60148 | |
| 10925 | ABB AUTOMATION, PO BOX 7777-W1170, PHILADELPHIA, PA 19175 | |
| 10925 | ABB COMBUSTION ENGINEERING, 1119 RIVERFRONT PKWY, CHATTANOOGA, TN 37402 | |
| 10925 | ABB ELECTRO-MECHANICS, 150 DOWNEY DR, NEW BRITAIN, CT 06051 | |
| 10925 | ABB GARDEN CITY FAN CO., PO BOX 760, NILES, MI 49120 | |
| 10925 | ABB INSTRUMENTATION INC, 1175 JOHN ST, ROCHESTER, NY 14602-0000 | |
| 10925 | ABB INSTRUMENTATION INC, 1175 JOHN ST, WEST HENRIETTA, NY 14586 | |
| 10924 | ABB LUMMUS GLOBAL INC., 1515 BROAD STREET, BLOOMFIELD, NJ 07003 | |
| 10924 | ABB LUMMUS GLOBAL INC., 1515 BROAD STREET, BLOOMFIELD, NJ 07003-3096 | |
| 10925 | ABB LUMMUS GLOBAL INCORPORATED, 1515 BROAD ST., BLOOMFIELD, NJ 07003-3096 | |
| 10925 | ABB LUMMUS GLOBAL, 1515 BROAD ST., BLOOMFIELD, NJ 07003 | |
| 10924 | ABB LUMMUS GLOBAL, INC., 1515 BROAD STREET, BLOOMFIELD, NJ 07003 | |
| 10924 | ABB LUMMUS, 1515 BROAD, BLOOMFIELD, NJ 07003 | |
| 10925 | ABB POWER, 25 BRIDLE LANE, WESTBORO, MA 01581 | |
| 10925 | ABB POWER, 30 OAK ST, WESTBORO, MA 01581 | |
| 10924 | ABB PRODUCTS DEVELOPMENT & TECHNOLO, 2000 DAY HILL ROAD, WINDSOR, CT 06095 | |
| 10925 | ABB VETCO GRAY INC, JANICE BREESE DIR OF LEGAL SER, PO BOX 5308 501 MERRITT #7, ADDRESS OFF INTERNET, NORWALK, CT 06856-5308 | |
| 10925 | ABBAS, ROD, 3539 LOGAN AVE, WATERLOO, IA 50703-1050 | |
| 10925 | ABBATE, JAMES T, 4493 E. PEAKVIEW CIRCLE, LITTLETON, CO 80121 | |
| 10925 | ABBATECOLA, MICHAEL, 419 34TH AVE, SAN FRANCISCO, CA 94121 | |
| 10925 | ABBE BERSHATSKY, 717 QUENTIN RD, BROOKLYN, NY 11223-2227 | |
| 10925 | ABBE, PAUL O, 139 CENTER AVE, LITTLE FALLS, NJ 07424 | |
| 10925 | ABBENE, ROBERT L, 18 F MAPLE ST, NEEDHAM, MA 02192 | |
| 10925 | ABBEY DRUM CO, 1440 CHESAPEAKE AVE, BALTIMORE, MD 21226-1043 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ABBEY DRUM CO., 1440 CHESAPEAKE AVE., BALTIMORE, MD 21226 | |
| 10925 | ABBEY DRUM, 1440 CHESAPEAKE AVE., BALTIMORE, MD 21226 | |
| 10925 | ABBEY ON LAKE GENEVA, THE, PO BOX 50, FONTANA, WI 53125 | |
| 10925 | ABBEY, DONALD, 4605 TRADEWINDS, WICHITA FALLS, TX 76310 | |
| 10925 | ABBEY-FRITZ FENCE CO, INC, 4113 AQUARIUM PLACE, BALTIMORE, MD 21215 | |
| 10925 | ABBONDANZA, ALFRED, 10 LIBERTY HOLL DRIVE, BLACKSTONE, MA 01504 | |
| 10925 | ABBOOD HOLLORAN ASSOCIATES INC, 275 WYMAN ST SUITE 100, WALTHAM, MA 02154 | |
| 10925 | ABBOOD/HOLLORAN ASSOCIATES, INC, 275 WYMAN ST , SUITE 100, WALTHAM, MA 02254 | |
| 10924 | ABBOT CRITICAL CARE, 1212 TERRA BELLA AVENUE, MOUNTAIN VIEW, CA 94043 | |
| 10924 | ABBOT LABS - ASC INSULATION & FIREP, BLDG.#F3 - STRAIN BLDG, NORTH CHICAGO, IL 60064 | |
| 10925 | ABBOT OFFICE SYSTEMS, PO BOX 688, FARMINGDALE, NJ 07727 | |
| 10925 | ABBOT SHEET METAL, 7 NORTH CIRCLE, BLOOMINGDALE, IL 60108 | |
| 10925 | ABBOTT AND ASSOCIATES, INC, SEVEN NORTH CIRCLE, BLOOMINGDALE, IL 60108-1194 | |
| 10925 | ABBOTT BOX CO INC, 58 TEED DR, RANDOLPH, MA 02368 | |
| 10925 | ABBOTT COMPANY, PO BOX 631, MARBLEHEAD, MA 01945 | |
| 10925 | ABBOTT COMPUTER SERVICES, 190 EL CERRITO PLAZA SUITE 401, EL CERRITO, CA 94530 | |
| 10925 | ABBOTT COMPUTER SERVICES, 190 EL CERRITO PLAZA, SUITE 401, EL CERRITO, CA 94530 | |
| 10924 | ABBOTT HEALTH PROD. INC, PO BOX 278, BARCELONETA, IT 617UNK | **\*VIA Deutsche Post\*** |
| 10924 | ABBOTT HEALTH PRODUCTS, INC., ROAD NO. 2 KM 58, BARCELONETA, IT UNK | **\*VIA Deutsche Post\*** |
| 10924 | ABBOTT LABOR  C/O ASC, SHERATON RD., NORTH CHICAGO, IL 60064 | |
| 10925 | ABBOTT LABORATORIES, 1 ABBOTT PARK ROAD, ABBOTT PARK, IL 60064 | |
| 10924 | ABBOTT LABORATORIES, 10TH & SHERIDAN ENTRANCE, NORTH CHICAGO, IL 60064 | |
| 10924 | ABBOTT LABORATORIES, 10TH & SHERIDAN, NORTH CHICAGO, IL 60064 | |
| 10925 | ABBOTT LABORATORIES, 200 ABBOTT PARK ROAD, NORTH CHICAGO, IL 60064-3537 | |
| 10924 | ABBOTT LABORATORIES, 6601 SOUTH RIDGERD., WICHITA, KS 67231 | |
| 10924 | ABBOTT LABORATORIES, ABBOTT PARK, RTS 43 & 137, AP16, NORTH CHICAGO, IL 60064 | |
| 10924 | ABBOTT LABORATORIES, BLDG AP-15, NORTH CHICAGO, IL 60064 | |
| 10924 | ABBOTT LABORATORIES, BLDG AP9B, 100 ABBOTT PARK ROAD, NORTH CHICAGO, IL 60064 | |
| 10924 | ABBOTT LABORATORIES, PO BOX 177, ABBOTT PARK, IL 60064 | |
| 10925 | ABBOTT LABORATORIES, PO BOX 177, ABBOTT PARK, IL 60064-3500 | |
| 10924 | ABBOTT LABORATORIES, PO BOX 177, NORTH CHICAGO, IL 60064 | |
| 10924 | ABBOTT LABS, 16TH ST. ENTRANCE, NORTH CHICAGO, IL 60064 | |
| 10924 | ABBOTT LABS, GATE M-6, NORTH CHICAGO, IL 60064 | |
| 10925 | ABBOTT LABS, SHARON JONES OFFICE OF GEN COUN, 100 ABBOTT PARK ROAD, D-324 BLDG AP6D, ABBOTT PARK, IL 60064-3500 | |
| 10924 | ABBOTT M6 PHASE 2, 1400 SHERADEN ROAD, CHICAGO, IL 60607 | |
| 10924 | ABBOTT PUERTO RICO OPERATIONS, PO BOX 3030, BARCELONETA, IT 617UNK | **\*VIA Deutsche Post\*** |
| 10925 | ABBOTT, AARON G, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | ABBOTT, AARON, 13 GOWING ROAD, HUDSON, NH 03051 | |
| 10925 | ABBOTT, BRIAN, 7056 AUGUSTA BLVD, NAPLES, FL 33962 | |
| 10925 | ABBOTT, CAROL, RFD #2 BOX 1640, BUCKFIELD, ME 04220 | |
| 10925 | ABBOTT, CLIFFORD, 926 NORTHWEST ST, CARROLL, IA 51401-2353 | |
| 10925 | ABBOTT, DAVID, 318 CENTRAL ST, HUDSON, NH 03051 | |
| 10925 | ABBOTT, FLORA-BELLE, 1511 HANBY ST, SILVER SPRING, MD 20902 | |
| 10925 | ABBOTT, HEATHER, 7 ROSEWOOD DRIVE, LINCOLN, RI 02865 | |
| 10925 | ABBOTT, JOEL, 827 EDGEWATER CIRCLE, EUSTIS, FL 32726 | |
| 10925 | ABBOTT, JOHN ANDREW, PO BOX 213, MEETEETSE, WY 82433-0213 | |
| 10925 | ABBOTT, JUDITH, 3249 CHIMNEY LN, HARVEY, LA 70058 | |
| 10925 | ABBOTT, KARON, 11278 WARBONNET, EL PASO, TX 79936 | |
| 10925 | ABBOTT, KIRK, 3428 COVE VIEW, GALVESTON, TX 77554 | |
| 10925 | ABBOTT, PAUL, 63 MICHIGAN, VERNON HILLS, IL 60061 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ABBOTT, TIMOTHY M, RD 1, BOX 2113, FAIRFIELD, VT 05455 | |
| 10925 | ABBOTT-AVON PACKAGING CORP, 10 CAMPANELLI CIRCLE, CANTON, MA 02021 | |
| 10925 | ABBS, BRION, 7902 TIMBERLINE RD, OCONTO FALLS, WI 54154 | |
| 10925 | ABBUHL, MYRNA, 13321 RUSSET LEAF LN, SAN DIEGO, CA 92129 | |
| 10925 | ABC AUTRONICA SA, KM 118, CP-6549, CAMPINAS, 13082970BRAZIL | *VIA Deutsche Post* |
| 10924 | ABC BLOCK CO, 6902 BRODIE LANE, LITTLE ROCK, AR 72204 | |
| 10924 | ABC BLOCK-HARRISON, PO BOX45025, LITTLE ROCK, AR 72214 | |
| 10925 | ABC BUILDERS INC, RF LEE PRES, 6213 MONONA DRIVE, MADISON, WI 53716 | |
| 10924 | ABC BUILDING MATERIALS #1 (PERRINE), 9931 S.W. 170 ST., MIAMI, FL 33157 | |
| 10925 | ABC CATALOG, 479 JUMPERS HOLE RD #301, SEVERNA PARK, MD 21146 | |
| 10925 | ABC CO., 18 CLAYMOSS, BOSTON, MA 02118 | |
| 10925 | ABC DISPOSAL/BFI, 3083 HWY MM, MADISON, WI 53713 | |
| 10925 | ABC DISTRIBUTING, INC, PO BOX 610130, NORTH MIAMI, FL 33261-0130 | |
| 10925 | ABC DOORS, PO BOX 20485, HOUSTON, TX 77225-0485 | |
| 10925 | ABC ENGRAVING AND AWARDS, 2089 E 14TH ST, SAN LEANDRO, CA 94577 | |
| 10924 | ABC EQUIPMENT, 6902 BRODIE LANE, LITTLE ROCK, AR 72204 | |
| 10925 | ABC FOOD SERVICE REPAIR & SALES INC, 1324 WOODLAWN ROAD, CHARLOTTE, NC 28209 | |
| 10925 | ABC FRAME & PALLET, INC, PO BOX 134, PITTSBURG, CA 94565 | |
| 10925 | ABC HUMANE WILDLIFE, 1418 E OLIVE ST, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | ABC INC, 450 N WYMORE RD, WINTER PARK, FL 32789 | |
| 10925 | ABC PERSONNEL ASSOCIATES INC, 4004 OLEANDER DRIVE SUITE F-1, WILMINGTON, NC 28403 | |
| 10924 | ABC POOLS, 8313 BELAIR, BALTIMORE, MD 21236 | |
| 10925 | ABC PROMOTIONS, INC BF-49, 9629 S. SEALEY, CHICAGO, IL 60643 | |
| 10924 | ABC READY MIX CONCRETE, 225 FEATHERSON, MOUNT IDA, AR 71957 | |
| 10924 | ABC READY MIX CONCRETE, PO BOX1264, MOUNT IDA, AR 71957 | |
| 10924 | ABC READY MIX, 610 WICHITA ST, WICHITA FALLS, TX 76304 | |
| 10924 | ABC READY MIX, P O BOX 1739, WICHITA FALLS, TX 76309 | |
| 10924 | ABC REDI-MIX INC., PO BOX1739, WICHITA FALLS, TX 76309 | |
| 10925 | ABC RENT-ALLS INC, MITCH GUTIERREZ, 8725 S NORWALK BLVD, ADDRESS OFF INTERNET, WHITTIER, CA 90606-3496 | |
| 10925 | ABC RESEARCH INC, 3437 S.W. 24TH AVE, GAINESVILLE, FL 32607 | |
| 10925 | ABC SEPTIC TANK SERVICE INC, 7955 LAKE RIDGE DR, JONESBORO, GA 30236 | |
| 10925 | ABC SIGNS, 38 WEST MCMICKEN, CINCINNATI, OH 45210 | |
| 10925 | ABC SUPPLY CO - CATALOG, ONE ABC PKWY, BELOIT, WI 53511 | |
| 10925 | ABC SUPPLY CO INC, 1002 ANN ST, MADISON, WI 53713 | |
| 10925 | ABC SUPPLY CO INC, 123 W SHERMAN BLVD, MUSKEGON, MI 49444 | |
| 10925 | ABC SUPPLY CO INC, 2801 E HENNEPIN AVE, MINNEAPOLIS, MN 55413 | |
| 10925 | ABC SUPPLY CO INC, 3136 WAGNER ROAD, WATERLOO, IA 50703 | |
| 10925 | ABC SUPPLY CO INC, 479 JUMPERS HOLE RD SUITE 301, SEVERNA PARK, MD 21146 | |
| 10925 | ABC SUPPLY CO INC, 8745 MUNSON ROAD, MENTOR, OH 44060 | |
| 10925 | ABC SUPPLY CO INC, 9203 N 2ND ST, ROSCOE, IL 61673 | |
| 10925 | ABC SUPPLY CO INC, 930 SOUTH LAKE ST, MUNDELEIN, IL 60060 | |
| 10925 | ABC SUPPLY CO INC, POBOX 470, FOND DU LAC, WI 54936 | |
| 10925 | ABC SUPPLY CO, 102 FULTON ST, WAUSAU, WI 54401 | |
| 10925 | ABC SUPPLY CO, 125 E COLUMBIA AVE, PONTIAC, MI 48340 | |
| 10925 | ABC SUPPLY CO, 2591 CENTRE AVE., READING, PA 19605 | |
| 10925 | ABC SUPPLY CO, 325 WACONIA CT SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | ABC SUPPLY CO, 61 MASSIRIO DR, BERLIN, CT 06037 | |
| 10925 | ABC SUPPLY CO, 751 KEYSTONE IND PK, SCRANTON, PA 18512 | |
| 10925 | ABC SUPPLY CO, 815 S PIONEER ROAD, FOND DU LAC, WI 54935 | |
| 10925 | ABC SUPPLY CO, 99 BUCK ROAD, HUNTINGDON VALLEY, PA 19006 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ABC SUPPLY CO, INC, 10931 W.MITCHELL ST., WEST ALLIS, WI 53124

10925   ABC SUPPLY CO, INC, 2801 SYENE RD., MADISON, WI 53713

10925   ABC SUPPLY CO, INC, 310 S 12TH ST, GRAND JUNCTION, CO 81501-3628

10925   ABC SUPPLY CO, INC, ONE ABC PKWY, BELOIT, WI 53512

10925   ABC SUPPLY CO. INC., 2601 S DIVISION AVE., GRAND RAPIDS, MI 49507

10925   ABC SUPPLY CO., 1550 FIRST STATE BLVD, STANTON, DE 19804

10925   ABC SUPPLY CO., 633 N. MILITARY AVE., GREEN BAY, WI 54303

10925   ABC SUPPLY CO., 9203 N. 2ND ST, ROSCOE, IL 61073

10925   ABC SUPPLY COMPANY, 29W581 NORTH AVE., WEST CHICAGO, IL 60185

10925   ABC SUPPLY INC, 2401 E 40TH AVE, DENVER, CO 80205

10925   ABC SUPPLY, 1600 S LARAMIE, CICERO, IL 60650

10925   ABC SUPPLY, 1607 W RIVER DR, DAVENPORT, IA 52802

10925   ABC SUPPLY, 17201 S RIDGELAND, TINLEY PARK, IL 60477

10925   ABC SUPPLY, 2115 W WESTERN AVE., SOUTH BEND, IN 46619

10925   ABC SUPPLY, 250 SO MAIN ST, DUBUQUE, IA 52003

10925   ABC SUPPLY, 2601 S DIVISION, GRAND RAPIDS, MI 49507

10924   ABC SUPPLY, 436 SUPEIOR ST., COLUMBIA, SC 29205

10925   ABC SUPPLY, 505 N FIFTH ST, KANKAKEE, IL 60901

10924   ABC TELEVISION NETWORK A/P, PO BOX 7, NEW YORK, NY 10023

10924   ABC TELEVISION NETWORK, 47 WEST 66TH STREET, NEW YORK, NY 10023

10925   ABC TOOL RENTALS, 6707 W ARCHER AVE, CHICAGO, IL 60638

10925   ABC-AAMSCO PEST CONTROL, 13 BLACK WALNUT MT. ROAD, SUSSEX, NJ 07461-4830

10925   ABCEDE, TERESITA, 1323 EAST 32ND ST., BROOKLYN, NY 11210

10925   ABCO ENTERPRISES, POBOX 74556, CHICAGO, IL 60690

10924   ABCO FIRE PROTECTION, 14202 HWY. 87 SOUTH, LUBBOCK, TX 79423

10925   ABCO INC., C/O LEON J. KAPLAN, 1600 SOUTH AKARD, DALLAS, TX 75215

10924   ABCO WHOLESALE DIST., 46385 CONTINENTAL DR, CHESTERFIELD, MI 48047

10924   ABCO WHOLESALE DIST., 46385 CONTINENTAL DRIVE, CHESTERFIELD, MI 48047

10925   ABDALIAN JR, CHARLES, 8 OLD CHIMNEY RD, UPR SADDLE RIVER, NJ 07458

10925   ABDEL-ILAH, EL, 300 WEST 55TH ST, NEW YORK, NY 10019

10925   ABDELLAH, ABDULBASIT, 6064 E. LOVERS LANE, DALLAS, TX 75206

10925   ABDO, KAMAL, 8237-LOWELL VALLEY DRIVE, BAHAMA, NC 27503

10925   ABDOW, LINDA, 3914 RIVER WALK, ELLICOTT CITY, MD 21042

10925   ABDUL MABUD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ABDULLAH, JASON, 453 MASS. AVE. #3, BOSTON, MA 02118

10925   ABDULLAH, SALIMA, 22312 CITY CTR DR #2, HAYWARD, CA 94541

10925   A-BEAR PRODUCTIONS, 2008 CEDARDALE AVE, BATON ROUGE, LA 70808

10924   A-BEAR READY MIX CONCRETE, 5696 FM 1960, DAYTON, TX 77535

10924   A-BEAR READY MIX CONCRETE, PO BOX492, HUFFMAN, TX 77336

10924   ABEC COLLEGE, 2802 MOORE HWY, TIFTON, GA 31794

10925   ABEGG, KAREN T., 1620 WOODMAN, FLORISSANT, MO 63031

10925   ABEL, ANNE, 12 MARBLEHEAD ROAD, WINDHAM, NH 03087

10925   ABEL, PENAY L, PO BOX 744, DESERT HOT SPRINGS, CA 92240-0744

10925   ABELDANO, M, 1219 JASMIN, WESLACO, TX 78596

10925   ABELE, ERIC, 111 LEE ST, TEWKSBURY, MA 01876

10925   ABELE, ERIC, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ABELEE, LUANN, 513 KILLINGTON CT, COLUMBIA, SC 29212-8682

10925   ABELL, BRECK, PO BOX 141791, ANCHORAGE, AK 99504

10925   ABELL, WILLIAM, PO BOX 1332, CHESTER, SC 29706

10925   ABELLEIRA, ANGEL, 23C HUNT ST, NASHUA, NH 03060

10925   ABELLEIRA, ANGEL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ABELLEIRA, ANGEL, 66 MUSKET DRIVE, NASHUA, NH 03062

10925   ABELL-HOWE COMPANY, 7747 VAN BUREN ST, FOREST PARK, IL 60130

10925   ABELL-HOWE COMPANY, DEPT 77-2511, CHICAGO, IL 60678-2511

10925   ABELLO, JOSEPH, 6101 S MOZART, CHICAGO, IL 60629

10925   ABELSON, SHELDON, 1695 LAKE COOK ROAD, HIGHLAND PARK, IL 60035

10925   ABEND ASSOCIATES, 265 WINN ST, BURLINGTON, MA 01803

10925   ABER, ANDREW, 357 82ND ST, BROOKLYN, NY 11209

10925   ABER, FLORENCE, PO BOX 18, STERLING, OH 44276

10925   ABERCROMBIE, JAMES, 211 OLD HUNDRED RD, PELZER, SC 29669

10925   ABERCROMBIE, JEANETTE, 703 FAIRVIEW ST, FOUNTAIN INN, SC 29644

10925   ABERCROMBIE, JOHN, 513 WILLIS RD, FOUNTAIN INN, SC 29644

10925   ABERCROMBIE, KEITH, 3817 COOKS BRIDGE RD, FOUNTAIN INN, SC 29644

10925   ABERCROMBIE, KEITH, 3817 COOKS BRIDGE ROAD, FOUNTAIN INN, SC 29644

10925   ABERCROMBIE, KEITH, PO BOX 403, FOUNTAIN INN, SC 29644

10925   ABERCROMBIE, MARK, PO BOX 172, WELLFORD, SC 29385

10925   ABERCROMBIE, PAMELA, ROUTE 1 BOX 17, GRAY COURT, SC 29645

10925   ABERCROMBIE, REX, 235 BRUCE ST LOT #4, SIMPSONVILLE, SC 29681

10925   ABERCROMBIE, ROBERT, 1026 CROSS ANCHOR HWY, WOODRUFF, SC 29388

10925   ABERCROMBIE, RONALD, 169 SEAWAY CT, HERCULES, CA 94547

10925   ABERCROMBIE, SHARON, 4250 POWELL ST, SHREVEPORT, LA 71109

10925   ABERDALE, ANDREW, 5 STACY WAY, ACTON, MA 01720

10925   ABERDEEN GROUP, THE, 426 S.WESTGATE, ADDISON, IL 60101-4546

10924   ABERDEEN READY MIX, PO BOX 782, ABERDEEN, SD 57402

10924   ABERDEEN READY MIX, W. HIGHWAY 12, ABERDEEN, SD 57401

10924   ABERDEEN READY MIX, WEST HIGHWAY 12, ABERDEEN, SD 57401

10925   ABERNATHEY, RONALD, 1015 CRESS PKWY, HIAWATHA, IA 52233

10925   ABERNATHY, CARMEL, 13413 RANGOON ST, ARLETA, CA 91331

10925   ABERNATHY, JAMES, 1236 APACHE TRAIL NW, CEDAR RAPIDS, IA 52405

10925   ABERNATHY, LYNDA, 2637 OLD HAPEVILLE #3-F, ATLANTA, GA 30315

10925   ABERNATHY, RALPH, 4723 NORTH HARTEL #57, POTTERVILLE, MI 48876

10925   ABERNATHY, RODGER, 124 PEREGRINE CT, WINTER SPRINGS, FL 32708

10925   ABERNATHY, SARAH, 606 JENKINS BRIDGE RD, SIMPSONVILLE, SC 29681

10925   ABERNATHY-THOMAS ENG. CO., 535 E SULLIVAN ST., KINGSPORT, TN 37662-1493

10925   ABERNATHY-THOMAS ENGINEERING CO., PO BOX 1493, KINGSPORT, TN 37662-1493

10925   ABERNETHY, LERLENE, 208 OLDE WELL ROAD, HUDSON, NC 28638

10925   ABERNETHY, RHONDA, 1007 BEDDING FIELD, KNIGHTDALE, NC 27545

10925   ABES SERVICES, 105 JASMINE LN., WINDSOR, SC 29856

10925   A-BEST PRODUCTS COMPANY, 3200 NATIONAL CITY CENTER, CLEVELAND, OH 44114

10925   A-BEST PRODUCTS COMPANY, 705 MCKNIGHT PARK DR., PITTSBURGH, PA 15237

10925   ABEX CORPORATION, RANDOLPH & GREEN STS., PORTSMOUTH, VA 23704

10925   ABEX/NWL AEROSPACE, PO BOX 751139, CHARLOTTE, NC 28275

10925   ABEYTA, SHIRLEY, 960 SOUTH JASON, #61, DENVER, CO 80223

10925   ABF FREIGHT SYSTEM INC, 4820 MENDEL CT SW, ATLANTA, GA 30336-0386

10925   ABF FREIGHT SYSTEM INC, PO BOX 10048, FORT SMITH, AR 72917-0048

10925   ABF FREIGHT SYSTEM INC, PO BOX 430, WEST BRIDGEWATER, MA 02379

10925   ABF FREIGHT SYSTEM, INC, PO BOX 10048, FORT SMITH, AR 72917-0048

10925   ABF FREIGHT SYSTEMS, INC, 5578 ESTE AVE., CINCINNATI, OH 45232

10925   ABF FRIGHT SYSTEM, INC, 6720 WASHINGTON BLVD., ELKRIDGE, MD 21075-6041

10925   ABG MEASUREMENTS, INC, 640 MAPLE AVE., RTE. 9, SARATOGA SPRINGS, NY 12866

10925   ABG MEASUREMENTS, INC, 640 MAPLE AVE., SARATOGA SPRINGS, NY 12866

10925   ABHARI, RAMIN, 11 FOXBORO DRIVE, VIENNA, WV 26105

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 ABIFF MFG CORP, 2185 S JASON STREET, DENVER, CO 80223

10925 ABIGAIL ABBOTT STAFFING SVCS INC, POBOX 57053, IRVINE, CA 92619-7053

10925 ABILA, SUSIE, RT1, BOX 1155A 16TH JUANITA, ODESSA, TX 79763

10924 ABILENE BAPTIST CHURCH, 3917 WASHINGTON ROAD, MARTINEZ, GA 30917

10924 ABILENE READY MIX, 7703 HWY 277 SOUTH, ABILENE, TX 79606

10924 ABILENE READY MIX, INC., PO BOX5641, ABILENE, TX 79608

10924 ABILEZ DEVELOPMENT LLC, RT 2. BOX 138, MCLOUD, OK 74851

10924 ABILEZ DEVELOPMENT, 21205 SE 59TH, NEWALLA, OK 74857

10925 ABILITY PACKAGING PRODUCTS CORP., 12760 S. HARLEM AVE, PALOS HEIGHTS, IL 60463

10925 ABI-NAJM, JOYCE, 9836 MAHOGANY DRIVE, 402, GAITHERSBURG, MD 20878

10924 ABINGTON MEMORIAL HOSPTIAL, DROP TRAIL ON WOODLAND AVE, ROUTE 611 & WOODLAND AVE, ABINGTON, PA 19001

10925 ABIOG, MARISSA, 104 OAKLAND AVE, JERSEY CITY, NJ 07306

10925 ABIOMED, 33 CHERRY HILL DR, DANVERS, MA 01923

10925 ABITZ & PARTNER, POSCHINGERSTR 6, MUENCHEN, 81628GERMANY     *VIA Deutsche Post*

10925 ABITZ & PARTNER, POSTFACH 860109, MUNICH, 81628GERMANY     *VIA Deutsche Post*

10925 ABIVA, ENCARNACION, 653 CRESCENT DR., CHULA VISTA, CA 91911

10924 ABL AEROSPACE INC, 25032 ANZA DRIVE, VALENCIA, CA 91355

10925 ABL AEROSPACE, 25032 ANZA DR, VALENCIA, CA 91355

10925 ABLE DELIVERY CORP, 47A RIVER ST, WELLESLEY, MA 02181

10925 ABLE DELIVERY CORPORATION, 47A RIVER ST, WELLESLEY, MA 02181

10924 ABLE ELECTRIC CO, THE, 11 NORTHWOOD DRIVE, BLOOMFIELD, CT 06002

10925 ABLE EQUIPMENT RENTAL, 8242 ORANGETHORPE AVE, BUENA PARK, CA 90621

10925 ABLE FIRE & SAFETY EQUIPMENT, PO BOX 1000, FRANKFORT, IL 60423-3700

10924 ABLE INC., C/O GREEN VALLEY ELEM. SCHOOL, CHARLOTTE, NC 28206

10924 ABLE INCORPORATED, 235 W. LIDDELL, CHARLOTTE, NC 28206

10924 ABLE INCORPORATED, C/O UNIV. OF N. CAROLINA ASHVILLE, ASHEVILLE, NC 28801

10925 ABLE INTERNATIONAL, INC, 8 WRIGHT ACRES RD, BEDFORD, NH 03110-6130

10925 ABLE LOCK & KEY, 1200 W. WARNER STE.E, SANTA ANA, CA 92707

10925 ABLE MACHINE TOOL SALES, 800 SILVER ST, AGAWAM, MA 01001

10925 ABLE NETWORK, INC, 420 BENIGNO BLVD., 2ND FL, BELLMAWR, NJ 08031

10925 ABLE OVERHEAD DOOR & CONSTRUCTION C, 6933 WEST 59TH ST, CHICAGO, IL 60638

10925 ABLE OVERHEAD DOOR &, 6933 WEST 59TH ST, CHICAGO, IL 60638

10924 ABLE PLASTERING/CHAMPAGNE TOWERS, WESTWOOD BUILDING MATERIALS, SANTA MONICA, CA 90401

10924 ABLE PLASTERING/FIVE STORY MIX, 1207 4TH ST., SANTA MONICA, CA 90401

10925 ABLE REMANUFACTURING AND VENDING, 749 OLD NORCROSS TUCKER ROAD, TUCKER, GA 30084

10924 ABLE TOOL & FASTENER CO, 191 CROWE AVENUE, MARS, PA 16046

10925 ABLE, BARBARA, 12847 PEMBROKE CIR, LEAWOOD, KS 66209

10924 ABLE, INC, C/O CATAWBA HOSPITAL, HICKORY, NC 28602

10924 ABLE, INC, C/O MOSES H CONE HOSPITAL, GREENSBORO, NC 27405

10925 ABLE, RHONDA, PO BOX 106, ROSELAWN, IL 60954

10925 ABLE, ROBERT, 644 LEXINGTON CT, WESTERVILLE, OH 43081

10925 ABLES, BILLY, 200 W. ROJO, HOBBS, NM 88240

10925 ABM GRAPHICS, POBOX 2153, BIRMINGHAM, AL 35287-3015

10925 ABM JANITORIAL SERVICES, BOX 930547, ATLANTA, GA 31193

10925 ABM JANITORIAL SERVICES, DEPT 1088-02 PO BOX 61000, SAN FRANCISCO, CA 94161

10925 ABM/SOUTH FLORIDA, BOX 930547, ATLANTA, GA 31193

10925 ABN AMRO BANK N.V., 335 MADISON AVE 16TH FL, NEW YORK, NY 10017

10925 ABN AMRO BANK N.V., 335 MADISON AVE., NEW YORK, NY 10017

10925 ABNAMRO BANK, 335 MADISON AVE, NEW YORK, NY 10017

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ABNAMRO BANK, 500 PARK AVE, NEW YORK, NY 10022

10925    ABNER BOILER AND FURNACE, 4302 WEST BELTLINE HWY, MADISON, WI 53711

10925    ABNER BOILER, ROBERT KASDORF, PO BOX 1466, MADISON, WI 53701

10925    ABNER, GERALD, 12200 FLEMING, HOUSTON, TX 77013

10925    ABNER, NATHAN, 13941 WHITCOMB, DETROIT, MI 48227

10925    ABNET REALTY COMPANY, GEN COUNSEL, 6 EAST 45TH ST., NEW YORK, NY 10017

10925    ABNET REALTY COMPANY, PO BOX 5133 GPO, NEW YORK, NY 10087-5133

10925    ABNEY, BENNY, 594 LOCUST ST, RAYNHAM, MA 02767

10925    ABNEY, CHARLES, CRITTENDEN MT ZION RD BOX 515, DRY RIDGE, KY 41035

10925    ABNEY, LINDA, 134 OAK CIRCLE, GRAMBLING, LA 71245

10925    ABNEY, STEPHEN, PO BOX 672025, HOUSTON, TX 77267-2025

10925    ABNEY, SUE, 2527 GARY LANE, WACO, TX 76708

10925    ABNEY, TONY, 3154 LESLEY, INDIANAPOLIS, IN 46208

10925    ABNEY, TRACEY, 194 SUNSET DR, BRONSTON, KY 42518

10925    ABO INDUSTRIES INC, 6046 CORNERSTONE CT W #206, SAN DIEGO, CA 92121

10925    ABOBO, RICA, 87-58 110 ST, RICHMOND HILL, NY 11418

10925    ABOHN, 10448 N CEDARBURG RD., MEQUON, WI 53092

10925    ABOOTORAB, MICHAEL, 800 B BROOKRIDGE DR.#92, VALLEY COTTAGE, NY 10989

10924    ABOSONIC SERVICE CENTER, 1825 S. MICHIGAN AVENUE, CHICAGO, IL 60616

10925    ABOUL-GHEIT, MOHAMED, 7720 TREMAYNE PL, 310, MCLEAN, VA 22102

10925    ABOYTES, PHILLIP, 2903 S FAIRFIELD, AMARILLO, TX 79103

10925    ABRA AUTO BODY & GLASS, 7100 LANDERS ROAD, NORTH LITTLE ROCK, AR 72117

10925    ABRACADABRA KEY & LOCK SERVICE, PO BOX 4864, PASADENA, TX 77502-4864

10925    ABRAHA, RAHEL, 2683 ARLINGTON DR #203, ALEXANDRIA, VA 22306

10925    ABRAHAM COHEN & RUTH COHEN JT TEN, 103 SEGSBURY RD, WILLIAMSVILLE, NY 14221-3427

10925    ABRAHAM FAMILY TRUST UD, THE, OCT 16 93, 3154 TOPPINGTON DRIVE, BEVERLY HILLS, CA
         90210-1115

10925    ABRAHAM GOLD, 14 DONNA COURT, OCEAN TOWNSHIP, NJ 07712-4185

10925    ABRAHAM GROSS & SONS INC, DEFINED BENEFIT PENSION PLAN, DTD JUN 1 79, 580 5TH AVE,
         NEW YORK, NY 10036-4701

10925    ABRAHAM J PANTELES, 2616 COVE CAY DR APT 307, CLEARWATER, FL 33760-1314

10925    ABRAHAM MOSS, 5350 S. STAPLES, CORPUS CHRISTI, TX 78411

10925    ABRAHAM R LOPEZ, 520 PENNSYLVIANIA, REDLANDS, CA 92374

10925    ABRAHAM SEBROW CUST ZVI SHAYA, SEBROW UINF GIFT MIN ACT NY, 815 E 135TH ST, BRONX,
         NY 10454-3506

10925    ABRAHAM, ABE, CUST FOR KAYE M ABRAHAM, UNIF GIFT MIN ACT MI, 38660 MT KISCO DR,
         STERLING HEIGHTS, MI 48310-3217

10925    ABRAHAM, BABU, 2700 NORTHVIEW RD, PHILADELPHIA, PA 19152

10925    ABRAHAM, JANCY, 1921 W. 5TH ST., IRVING, TX 75060

10925    ABRAHAM, JERRY, PO BOX 193, CONESTEE, SC 29636

10925    ABRAHAM, KUNJAMMA, 304 S. COPPELL RD., COPPELL, TX 75019

10925    ABRAHAM, MARIAMMA, 10208 DADEKAR ST, PHILADELPHIA, PA 19116

10925    ABRAHAM, MARIAMMA, 1236N BRITAIN, IRVING, TX 75061

10925    ABRAHAM, REBECCA, 7551 LIGHTHOUSE LANE, RENO, NV 89511

10925    ABRAHAM, SARAMMA, 5806 TIBBY RD, BENSALEM, PA 19020

10925    ABRAHAM, SHANNON, 8246 ZODIAC, UNIVERSAL CITY, TX 78148

10925    ABRAHAM, SHIRLEY, 816 E. GRUBB DR., MESQUITE, TX 75149

10925    ABRAHAMS, MICHAEL, PO BOX 796, BOUSE, AZ 85325

10925    ABRAHAMSON, JOHN E, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    ABRAHAMSON, JOHN, 9 MOLLY LANE, ATKINSON, NH 03811

10925    ABRAHAMSON, JOHN, 9 MOLLY LN, ATKINSON, NH 03811-2188

10925    ABRAHAMSON, LARRY, 406 6TH AVE SW, BOWMAN, ND 58623

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ABRAHAMSON, LEAH, 5 PEARL ST # 5, CHARLESTOWN, MA 02129 | |
| 10925 | ABRAIRA, CARLOS, 7100 WEST 20TH AVE, HIALEAH, FL 33016 | |
| 10924 | ABRAM & HAWKINS, HWY 41 SOUTH, SULLIVAN, IN 47882 | |
| 10924 | ABRAM & HAWKINS, N. PARK ROAD, LINTON, IN 47441 | |
| 10924 | ABRAM & HAWKINS, P O BOX 390, SULLIVAN, IN 47882 | |
| 10924 | ABRAM & HWKNS EXCVTNG CO, OLD U S HWY 41 SOUTH, SULLIVAN, IN 47882 | |
| 10924 | ABRAM READY MIX, 1107 M STREET, BELLEVILLE, KS 66935 | |
| 10924 | ABRAM READY MIX, 431 W 3RD STREET, CONCORDIA, KS 66901 | |
| 10924 | ABRAM READY MIX, 431 W. 3RD, CONCORDIA, KS 66901 | |
| 10924 | ABRAM READY MIX, 609 W. 10TH, MINNEAPOLIS, KS 67467 | |
| 10924 | ABRAM READY MIX, 915 E. 8TH ST., BELOIT, KS 67420 | |
| 10924 | ABRAM READY MIX, 915 EAST 8TH STREET, BELOIT, KS 67420 | |
| 10925 | ABRAM, DERRICK, 12402 BIG OAKS, HOUSTON, TX 77050 | |
| 10925 | ABRAM, JENNIFER, 2973 RR 224, GREENWICH, OH 44837 | |
| 10925 | ABRAM, PAUL, 15432 WEST, | |
| 10925 | ABRAM, PHYLLIS, 9028 DEXTER BLVD., DETROIT, MI 48206 | |
| 10925 | ABRAMOWSKI, EDWARD, 2007 129TH AVE S.E., BELLEVUE, WA 98005 | |
| 10925 | ABRAMOWSKI, EDWARD, 6119 S 239TH ST, C304, KENT, WA 98032-2971 | |
| 10925 | ABRAMS, ANNETTE N, 16 E 98TH ST APT 8A, NEW YORK, NY 10029-6547 | |
| 10925 | ABRAMS, CHARLES, PO BOX 65, GRAY COURT, SC 29645 | |
| 10925 | ABRAMS, CLAIRE, 1080B PARKSIDE GREEN, WEST PALM BEACH, FL 33415 | |
| 10925 | ABRAMS, JEFFREY, 31 WILLOW ST, PELHAM, NH 03076 | |
| 10925 | ABRAMS, PAUL, 23 CRESCENT ST, LYMAN, SC 29365 | |
| 10925 | ABRAMS, RONNIE, 1877 MUSKEGON DRIVE, CINCINNATI, OH 45255 | |
| 10925 | ABRAMS, SHARON, 1056 CAYER DR, GLEN BURNIE, MD 21061 | |
| 10925 | ABRAMS, SINCLAIR, 21 OCEAN AVE, BOYNTON BEACH, FL 33437 | |
| 10925 | ABRAMS, STACY, 669 HARRISON AVE, EAST MEADOW, NY 11554 | |
| 10925 | ABRAMS, VINCENT, 17441 LOCK LAMOND WAY, BOCA RATON, FL 33496 | |
| 10925 | ABRAMSON, JAMES, 13760 DULUTH DRIVE, APPLE VALLEY, MN 55124 | |
| 10925 | ABRAMSON, JILL, 84 SEEKELL ST, E TAUNTON, MA 02718 | |
| 10925 | ABRAMSON, NORMAN, 1430 DOLPHIN TER., CORONA DEL MAR, CA 92625 | |
| 10925 | ABRAMSON, NORMAN, 52 ORANGE DR, MARLBORO, NJ 07746 | |
| 10925 | ABRAMSON, SHARON, 7525 NW 61 TER #2101, PARKLAND, FL 33067 | |
| 10925 | ABREGO, MARCO, 4008 N EXPRESSWAY, BROWNSVILLE, TX 78520 | |
| 10925 | ABREU, CARLOS, 1924 SW 19TH ST, BOYNTON BEACH, FL 33426 | |
| 10925 | ABREU, ELBA, BORINQUEN PO, AGUADILLA, PR 00603 | |
| 10925 | ABREU, ELENA, BO TEJAS APT 748, YABUCOA, PR 00767 | |
| 10925 | ABREU, G, 969 HELEN AVE, SAN LEANDRO, CA 94577 | |
| 10924 | ABRISCO ENTERPRISES, INC., 514 BOGDEN BOULEVARD, MILLVILLE, NJ 08332 | |
| 10925 | ABS (HAM), 140 POND VIEW DR, MERIDEN, CT 06450-7156 | |
| 10925 | ABS BUSINESS PRODUCTS, INC, 10855 MEDALLION DR., CINCINNATI, OH 45241-4829 | |
| 10925 | ABS GROUP INC, 4 RESEARCH PLACE SUITE 200, ROCKVILLE, MD 20850-3226 | |
| 10925 | ABS GROUP INC., PO BOX 846304, DALLAS, TX 75284-6304 | |
| 10925 | ABS GROUP, INC, 4 RESEARCH PLACE, SUITE 200, ROCKVILLE, MD 20850 | |
| 10924 | ABS SALES COMPANY OF WEST, 418 SAW MILL RIVER ROAD, YONKERS, NY 10701 | |
| 10925 | ABS, INC, 110 SYCAMORE PLACDE, DECATUR, GA 30030 | |
| 10925 | ABSCO, PO BOX 1028, WESTLAKE, LA 70669 | |
| 10924 | ABSCOA INDUSTRIES, INC., 200 SAW MILL RIVER ROAD, HAWTHORNE, NY 10532 | |
| 10924 | ABSCOA INDUSTRIES, INC., 2000 ROBOTICS PLACE, FORT WORTH, TX 76118 | |
| 10925 | ABSENIO FLORES Y ANDRADE ABOGADOS &, TORRE I, 10O NIVEL OFICINA 3, GUATEMALA, 01004GUATEMELA | *VIA Deutsche Post* |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ABSHER, JESSIE, 540 S. GOBBLER KNOB RD., PEKIN, IN 47165

10925   ABSHIRE, DUANE, PO BOX 2561, ALVIN, TX 77512-2561

10925   ABSHIRE, JOSEPH LEE, 2064 LOUISE ST., SULPHUR, LA 70663-5210

10925   ABSHIRE, JOSEPH, 2064 LOUISE ST, SULPHUR, LA 70663

10925   ABSHIRE, ROBERT, 603 DUNBAR, VICTORIA, TX 77904

10925   ABSHIRE, RODNEY, 213 CLINE, ALVIN, TX 77511

10924   ABSOLUTE CONCRETE, 40004 NATIONAL ROAD, MORRISTOWN, OH 43759

10925   ABSOLUTE DRUG DETECTION SERVICES, 813-A GREEN SPRINGS HWY, HOMEWOOD, AL 35209

10925   ABSOLUTE DRUG DETECTION, 1400 URBAN CENTER DR, STE 115, VESTAVIA HILLS, AL 35242

10925   ABSOLUTELY PERFECT/FEST. AFFAIRS, 7391 WASHINGTON BLVD.,SUITE 103, ELKRIDGE, MD 21075

10925   ABSOLUTELY PERFECT/FESTIVE AFFAIRS, 7391 WASHINGTON BLVD, ELKRIDGE, MD 21075

10924   ABSTRACT CONSTRUCTION CO, 11157 ABLES LANE, DALLAS, TX 75229

10924   ABSTRACT CONSTRUCTION, 11157 ABLES LANE, DALLAS, TX 75229

10925   ABT APPLIANCES, 9000 WAUKEGAN ROAD, MORTON GROVE, IL 60053

10925   ABT, MARY, 53 GAMBIER CIRCLE, CINCINNATI, OH 45218

10925   ABTECH SYSTEMS, INC, 2728 LOKER AVE, WEST, CARLSBAD, CA 92008

10925   ABULARRAGE, PIERRE, PO BOX 90411, GAINESVILLE, FL 32607

10925   ABUL-HUDA, AHMAD, 300 GARIBALDI AVE APT 4A, LODI, NJ 07644

10924   ABURNDALE MASONARY/ WAREHOUSE, 132-53 34TH AVENUE, FLUSHING, NY 11354

10925   ABU-SALIM, A, 1137 ASHLAND DRIVE, MESQUITE, TX 75149

10925   ABUTIN, FE, 1405 LAKESHORE DR., IRVING, TX 75060

10925   ABUZAID, GAYLENE, 5067 E. EVANS RD, SAN ANTONIO, TX 78259

10925   ABX, 2707 WEST COYLE, ELK GROVE VILLAGE, IL 60007

10925   ABZ, INC, 14595 AVION PKWY, CHANTILLY, VA 22021

10925   ABZORBIT INC., PO BOX 1538, CONOVER, NC 28613

10925   ABZORBIT, INC, PO BOX 9195, HICKORY, NC 28603-9195

10924   AC & R INSULATION CO, 10207 SOUTHHARD RD, BELTSVILLE, MD 20705

10924   AC & S, 2340 E. ARTESIA  ATTN: JIMMY, LONG BEACH, CA 90805

10925   AC ANALYTICAL CONTROLS INC., 3494 PROGRESS DR., BENSALEM, PA 19020

10924   AC AND S, INC., POST OFFICE BOX 1548, LANCASTER, PA 17608

10925   AC CONTROLS CO, INC, PO BOX 651631, CHARLOTTE, NC 28265-1631

10925   AC CONTROLS CO. INC., PO BOX 651631, CHARLOTTE, NC 28265-1631

10925   AC CONTROLS, PO BOX 69-1000, CHARLOTTE, NC 28229

10924   A-C ELECTRIC CO, 6125 HIGHWAY 162, HOLLYWOOD, SC 29449

10924   A-C ELECTRIC CO., 6125  HIGHWAY 162, HOLLYWOOD, SC 29449

10925   AC FREIGHT SYSTEMS, INC, PO BOX 611030, SAN JOSE, CA 95161-1030

10924   AC HUMKO CORP., 710 NORTH MATTIS AVENUE, CHAMPAIGN, IL 61821-2450

10924   AC HUMKO, 1025 PERRY STREET, COLUMBUS, OH 43215

10924   AC HUMKO, PO BOX 182206, COLUMBUS, OH 43218-2206

10925   AC LINDLEY & SON, DAVID LINDLER, 2211 PARVIEW ROAD, MIDDLETON, WI 53562

10925   AC MOLDING COMPOUNDS, PO BOX 93111, CHICAGO, IL 60673-3111

10925   AC SPARK PLUG, REC 405 DEPT 5788, 2926 DAVISON RD, FLINT, MI 48556

10925   A-C SUPPLY CO., 827 NORTH CENTRAL AV, WOOD DALE, IL 60191

10925   AC&R INSULATION CO. INC., GAVETT & DATT, SUITE 180, 15850 CRABBS BRANCH WAY, ROCKVILLE, MD 20855

10924   AC&S-SAC, PARKING LOT-LAKE STREET EAST SIDE, RENO, NV 89510

10925   ACA DINNER, 241 ERIE ST ROOM 234, JERSEY CITY, NJ 07310-1397

10924   ACADEMIC CENTER/UNIVERSITY CENTER, CULPEPPER CONSTR. CO., TALLAHASSEE, FL 32304

10924   ACADEMIC SUPPORT CENTER, C/O NOVINGERS, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   ACADEMY LOCKSMITH INC, 5101 E LA PALMA AVE #205, ANAHEIM, CA 92807

10924   ACADEMY OF ADVANCED TECHNOLOGY, SMITH AND GREEN, LAS VEGAS, NV 89101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ACADEMY OF CERTIFIED HAZARDOUS, PO BOX 1216, ROCKVILLE, MD 20849

10925   ACADEMY OF NATURAL SCIENCES, 10545 MACKALL ROAD, ST. LEONARD, MD 20685

10925   ACADEMY PAINTING SERVICES, 2424 NORTH 66TH ST, MILWAUKEE, WI 53213

10925   ACADEMY STUDIO, 70 GALLI DR, NAOVATO, CA 97979

10925   ACADEMY, 4533 JOHNSTON ST., LAFAYETTE, LA 70503

10925   ACADIA INDUSTRIES INC., PO BOX 361, CROWLEY, LA 70527

10925   ACADIA INDUSTRIES, INC, PO BOX 361, CROWLEY, LA 70527-0361

10924   ACADIA MANUFACTURING CORP., 9611 PULASKI PARK DRIVE, MIDDLE RIVER, MD 21220

10925   ACADIA POLYMERS INCORPORATED, PO BOX 529, CLIFTON FORGE, VA 24422

10925   ACADIA, TANNERY ROAD, IRON GATE, VA 24448

10925   ACADIAN HEARING & SPEECH, 555 S. RYAN ST, LAKE CHARLES, LA 70601

10925   A-CAL ASSOCIATED CALIBRATION INC, 4343 E LA PALMA AVE, ANAHEIM, CA 92807-1805

10925   ACAMS INC, 1128 PELICAN BAY DRIVE, DAYTONA BEACH, FL 32119

10925   ACANDS INC., GOLLATZ GRIFFIN & EWING & MCCARTHY, 2 PENN CENTER PLAZA 6TH FL, PHILADELPHIA, PA 19102

10925   ACANDS INC., PO BOX 1548, 120 NORTH LIME ST, LANCASTER, PA 17603

10925   ACAPULCO Y LOS ARCOS, ATTN DENNIS JONES VP FINANCE, 4001 VIA ORO STE 200, LONG BEACH, CA 90810-1400

10924   ACC ALPHARETTA GA (STOR), 1034 WINDWARD RIDGE, ALPHARETTA, GA 30005

10925   ACC BUSINESS, PO BOX 5149, BUFFALO, NY 14270-5149

10925   ACCA - BALTIMORE CHAPTER, 8072 DONEGAL LANE, SPRINGFIELD, VA 22153

10925   ACCA-NORHTEAST CHAPTER, PO BOX 423, ASHLAND, MA 01721

10925   ACCARDI, ELIZABETH, 23 MARRIGAN ST, ARLINGTON, MA 02174-3812

10925   ACCEL EMPLOYMENT SERVICES, 308 15TH ST, OAKLAND, CA 94612

10924   ACCELERATED LEARNING SCHOOL, CORNER OF WOODLAND ST. & CLAREMONT, WORCESTER, MA 01601

10925   ACCENT BANNER CORP, 407 REAR MYSTIC AVE SUITE 34D, MEDFORD, MA 02155

10924   ACCENT FLOORING & SUPPLY, 20 BROOKLYN AVE, MASSAPEQUA, NY 11758

10924   ACCENT FLOORING & SUPPLY, 390 RT 25, MIDDLE ISLAND, NY 11953

10925   ACCENT FLORIST, 9430 WARNER AVE.-SUITE N, FOUNTAIN VALLEY, CA 92708

10924   ACCENT PAPER, PO BOX 288, STOCKTON, CA 95201

10925   ACCENT PRESENTATIONS, 10360 SORRENTO VALLEY RD, SAN DIEGO, CA 92121

10925   ACCENTS PUBLICATIONS SERVICES, INC, 4611 ASSEMBLLY DR, SUITE F, LANHAM, MD 20706

10925   ACCESS ADVISOR, BOX 469030, ESCONDIDO, CA 92046-9918

10925   ACCESS CAPITAL INC, 405 PARK AVE, NEW YORK, NY 10022

10925   ACCESS CONTROL SOLUTIONS INC, 111 N KENMAN AVE, LA GRANGE, IL 60525

10925   ACCESS CONTROL SOLUTIONS, 111 N. KEMMAN AVE, LA GRANGE, IL 60525

10925   ACCESS INFO SERVICES, INC, PO BOX 3709, ALBANY, NY 12203

10924   ACCESS LIBRARY, 7030 NORTH 6TH STREET, OAKDALE, MN 55128

10925   ACCESS TCA INC, ONE MAIN ST, WHITINSVILLE, MA 01588

10925   ACCESS TECHNOLOGIES INC, 2065 FLETCHER CREEK DRIVE, MEMPHIS, TN 38134

10925   ACCESS TECHNOLOGY SYSTEMS, INC, 3341 NW 82ND AVE, MIAMI, FL 33122

10925   ACCESS TELECONFERENCING, DEPT 3008, WASHINGTON, DC 20061-3008

10925   ACCETTULLO, ANN, 6 ROLLING HILL ROAD, BILLERICA, MA 01821

10925   ACCOMMODATIONS AMERICA -, 6400 CONGRESS AVE, BOCA RATON, FL 33487

10924   ACCOMPLISHMENTS THR PEOPLE, INC., 1790 CORPORATE DRIVE, SUITE 300, NORCROSS, GA 30093

10925   ACCORD PRODUCTIONS, 2000 SOUTH DIXIE HWY #112, COCONUT GROVE, FL 33133

10925   ACCOUNT SOURCE, 185 DEVONSHIRE ST, BOSTON, MA 02110-1407

10925   ACCOUNTABLE, 53 W JACKSON BLVD #1320, CHICAGO, IL 60604-3702

10925   ACCOUNTANTS, INC, PO BOX 67000, DETROIT, MI 48267-1646

10925   ACCOUNTEMPS OF BOSTON, D-3759, BOSTON, MA 02241-3759

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ACCOUNTEMPS, PO BOX 4377, CAROL STREAM, IL 60197-4377

10925   ACCOUNTEMPS, PO BOX 6248, CAROL STREAM, IL 60197-6248

10925   ACCOUNTEMPS, POBOX 6248, CAROL STREAM, IL 60197-6248

10925   ACCOUNTING & FINANCE OFFICER, 236 MILLEDGEVILLE ST #F26, ROBINS AIR FORCE BASE, GA 31098-1111

10925   ACCOUNTS PAYABLE, AIRCRAFT DIVISION DP083/MS-74, 6000 EAST 21ST ST, INDIANAPOLIS, IN 46219-2222

10924   ACCOUSTICAL CELINGS, 1109 WEST BLVD, CHARLOTTE, NC 28208

10924   ACCOUSTICAL MATERIALS SUPPLY, 1620 S. MAPLE, MONTEBELLO, CA 90640

10924   ACCOUSTICAL SPEC. SUPPLY, 12433 SO. CHOCTOW DR., BATON ROUGE, LA 70815

10925   ACCP & HR COMPLY, 100 EXECUTIVE WAY SUITE 110, PONTE VEDRA BEACH, FL 32082

10925   ACCP, 20 N WACKER DR #1958, CHICAGO, IL 60606-3001

10924   ACCRA PAC INC, 2730 MIDDLEBURY STREET, ELKHART, IN 46515

10924   ACCRA PAC, INC., 2730 MIDDLEBURY STREET, ELKHART, IN 46515

10924   ACCRA PAC, INC., PO BOX 878, ELKHART, IN 46515

10925   ACCRA PAK INC., 2626 INDUSTRIAL PKWY, ELKHART, IN 46516-5403

10925   ACCRAM INC., 2901 W. CLARENDON, PHOENIX, AZ 85017

10925   ACCREDITED MOVERS, INC, 1 EASTMAN RD., PARSIPPANY, NJ 07054

10924   ACCTS PAYABLE, SERVICE BLDG, ROOM 0410, COLLEGE PARK, MD 20742-6015

10924   ACCU TECH CORPORATION, 10640 IRON BRIDGE RD SUITE G, JESSUP, MD 20794

10924   ACCU TECH CORPORATION, 1812 BRITTMOORE ROAD STE. 200, HOUSTON, TX 77043

10924   ACCU TECH CORPORATION, 200 HEMBREE PARK DR, ROSWELL, GA 30076

10924   ACCU TECH CORPORATION, 200 HEMBREE PARK DR., ROSWELL, GA 30076

10924   ACCU TECH CORPORATION, 2209-B RUTLAND DR. SUITE #100, AUSTIN, TX 78758

10925   ACCU/SCALE & SYSTEMS INC, 37 WASHINGTON ST, MELROSE, MA 02176

10925   ACCU-CAL BOYLSTON, 2 CLEARVIEW AVE., BOYLSTON, MA 01505

10925   ACCUDYNE INDUSTRIES, 5800 MCHINES PLACE, RALEIGH, NC 27604

10925   ACCU-LAB RESEARCH, INC, 4663 TABLE MOUNTAIN DR., GOLDEN, CO 80403

10925   ACCU-LABS RESEARCH INC., 4663 TABLE MOUNTAIN DRIVE, GOLDEN, CO 80403-1650

10925   ACCULABS, INC, 4663 TABLE MOUNTAIN DR., GOLDEN, CO 80403-1650

10924   ACCUPAC INC., BOX H, MAINLAND, PA 19451

10924   ACCUPAC INC., WAMBOLD ROAD AND INDUSTRIAL BLVD., MAINLAND, PA 19451

10924   ACCUR. COAT. & DISPER., 192 WEST 155TH STREET, SOUTH HOLLAND, IL 60473

10925   ACCURATE AIR ENGINEERING INC, PO BOX 5526, COMPTON, CA 90224

10924   ACCURATE AIR ENGINEERING, 2712 N. ALAMEDA ST, COMPTON, CA 90224

10925   ACCURATE CIRCUIT ENGINEERING, 3019 KILSON DR, SANTA ANA, CA 92707

10925   ACCURATE CO./BURKE PROCESS, 746 E MILWAUKEE ST, WHITEWATER, WI 53190

10924   ACCURATE COATINGS & DISPERSIONS, 15530 SOUTH LASALLE, SOUTH HOLLAND, IL 60473

10924   ACCURATE COATINGS & DISPERSIONS, 192 WEST 155TH. STREET, SOUTH HOLLAND, IL 60473

10925   ACCURATE COMMUNICATIONS, 2615 HARNEY ST, OMAHA, NE 68131

10925   ACCURATE CONCRETE CUTTING,INC, PO BOX 87239, PHOENIX, AZ 85080-7239

10924   ACCURATE CONCRETE, BOX 7091, YUTAN, NE 68073

10924   ACCURATE CONCRETE, P. O. BOX 7091, YUTAN, NE 68073

10924   ACCURATE CONCRETE, YUTAN, NE 68073

10925   ACCURATE DOOR CO, 264 TURNBERRY DR, VALPARAISO, IN 46385

10925   ACCURATE ELECTRIC SERVICE, 1257 NW 4TH ST, BOCA RATON, FL 33486

10925   ACCURATE ENGRAVING, PO BOX 510, MEMPHIS, TN 38101-0510

10925   ACCURATE EQUIPMENT AND, ENGINEERING SERVICES, P.O. BOX 692, GERMANTOWN, WI 53022

10925   ACCURATE FASTENERS INC, 550 E. FIRST ST, SOUTH BOSTON, MA 02127

10924   ACCURATE FIRE PROTECTION, 28159 STATE RT. 31, RICHWOOD, OH 43344

10925   ACCURATE FLEET SERVICE, 3020 WEST FRANKLIN ST, APPLETON, WI 54914

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ACCURATE PARTITIONS CORP., PO BOX 287, LYONS, IL 60534 | |
| 10925 | ACCURATE PAVING CO, 74 ACTON ST, WATERTOWN, MA 02172 | |
| 10925 | ACCURATE PAVING CO, INC, 415 MYSTIC AVE, MEDFORD, MA 02155 | |
| 10925 | ACCURATE REPORTERS INC, 20 NORTH ORANGE AVE, ORLANDO, FL 32801 | |
| 10924 | ACCURATE RM, 171 ST & CENTER AVE, HAZEL CREST, IL 60429 | |
| 10924 | ACCURATE SAFETY DISTR. INC, 10320 NORTH THOR DRIVE, FREELAND, MI 48623 | |
| 10925 | ACCURATE TECHNOLOGIES, INC, 89 APPLE ST, TINTON FALLS, NJ 07724 | |
| 10925 | ACCURATE TRACKING SYSTEMS,LLC, 1165 ALLERTON ROAD, WEST CHESTER, PA 19382 | |
| 10925 | ACCURATE WEIGHING SYSTEMS INC., 3016 E.PROGRESS DRIVE, WEST BEND, WI 53095 | |
| 10925 | ACCURATE, POBOX 208, WHITEWATER, WI 53190 | |
| 10924 | ACCURATEK LTDA, ASTURIAS 182, LAS CONDES, SANTIAGO, CHILE, CHL | *VIA Deutsche Post* |
| 10925 | ACCUREL SYSTEMS, 785 LUCERNE DR, SUNNYVALE, CA 94086 | |
| 10925 | ACCUROUNDS CO, 74 DOHERTY AVE, AVON, MA 02322 | |
| 10925 | ACCUSTAFF INC, 1981 N BROADWAY, STE 360, WALNUT CREEK, CA 94596 | |
| 10925 | ACCUSTAFF INC, PO BOX 4654, CAROL STREAM, IL 60197-4654 | |
| 10925 | ACCUSTAFF, DEPT. 2047, LOS ANGELES, CA 90096 | |
| 10925 | ACCUSTAFF, FILE #55334, LOS ANGELES, CA 90074-5334 | |
| 10925 | ACCUSTAFF, INCORPORATED, DEPT 4047, LOS ANGELES, CA 90096-4047 | |
| 10925 | ACCUSTANDARD, INC, 125 MARKET ST., NEW HAVEN, CT 06513 | |
| 10925 | ACCU-TECH CORPORATION, PO BOX 730, ROSWELL, GA 30077-0730 | |
| 10925 | ACCU-TECH CORPORATION, POBOX 730, ROSWELL, GA 30077-0730 | |
| 10925 | ACCUTECH OPTICAL INC, 916 PLEASANT ST UNIT #10, NORWOOD, MA 02062 | |
| 10925 | ACCUTEST LABORATORIES, 2235 ROUTE 130, DAYTON, NJ 08810 | |
| 10925 | ACCUTROL SYSTEMS, PO BOX 482, LEMOYNE, PA 17043 | |
| 10925 | ACCUTROL SYSTEMS, PO BOX 661, NEW CUMBERLAND, PA 17070 | |
| 10925 | ACCUTRONICS INC, 4982 EUCLID ROAD, VIRGINIA BEACH, VA 23462 | |
| 10924 | ACCU-WELD, INC., 1211 FORD ROAD, BENSALEM, PA 19020 | |
| 10924 | ACE  BOLT & SCREW COMPANY, P.O. BOX 22533, JACKSON, MS 39225-2533 | |
| 10925 | ACE ADVERTISING, 6211 W. 34TH ST., HOUSTON, TX 77092 | |
| 10925 | ACE ASPHALT OF ARIZONA, INC, 895 W. ELWOOD, PHOENIX, AZ 85041 | |
| 10925 | ACE AUTOMATIC SPRINKLER CO INC, 81 WAREHAM ST, BOSTON, MA 02118 | |
| 10925 | ACE AWARDS & RECOGNITION, INC, 12450 I-10 EAST , STE 115, HOUSTON, TX 77015 | |
| 10924 | ACE BOLT & SCREW COMPANY, 530 JULIENNE ST., JACKSON, MS 39201 | |
| 10925 | ACE COFFEE BAR INC, 30W626 ROUTE 20, ELGIN, IL 60120-7409 | |
| 10925 | ACE COFFEE BAR, INC, 30 W.626 HWY.20, ELGIN, IL 60120-7409 | |
| 10925 | ACE COFFEE BAR, INC, 30W626 RTE. 20, ELGIN, IL 60120-9526 | |
| 10924 | ACE CONTRACTORS SUPPLY, 4813 GONZALES, AUSTIN, TX 78702 | |
| 10924 | ACE CONTRACTORS SUPPLY, PO BOX 251, AUSTIN, TX 78767-0251 | |
| 10925 | ACE CRANE & HOIST, 6295 MCDONOUGH DRIVE, NORCROSS, GA 30093 | |
| 10925 | ACE EXPEDIATERS, PO BOX 1009, ORLANDO, FL 32802 | |
| 10925 | ACE EXTERMINATING CO., 1920 LOSANTIVILLE AVE., CINCINNATI, OH 45237 | |
| 10925 | ACE EXTERMINATING, PO BOX 691700, CINCINNATI, OH 45269-1700 | |
| 10925 | ACE GLASS CO., PO BOX 996, LOUISVILLE, KY 40202 | |
| 10925 | ACE GLASS INCORPORATED, PO BOX 820023, PHILADELPHIA, PA 19182-0023 | |
| 10925 | ACE GLASS, PO BOX 820023, PHILADELPHIA, PA 19182-0023 | |
| 10924 | ACE HARDWARE CORP., 2200 KENSINGTON COURT, OAK BROOK, IL 60521 | |
| 10924 | ACE HARDWARE CORP., 2200 KENSINGTON CRT, OAK BROOK, IL 60521 | |
| 10924 | ACE HARDWARE CORPORATION, 2200 KENSINGTON COURT, OAK BROOK, IL 60523 | |
| 10924 | ACE HARDWARE, 21901 SOUTH CENTRAL AVENUE, MATTESON, IL 60443-2801 | |
| 10924 | ACE HARDWARE, PURCHASING DEPT., 21901 SOUTH CENTRAL AVENUE, MATTESON, IL 60443-2801 | |
| 10924 | ACE HARDWARE, ROUTE 340, GROTTOES, VA 24441 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ACE INC., PO BOX 96838, CHICAGO, IL 60693

10925 ACE INDUSTRIAL SUPPLY, 4200 WEST 63RD ST, CHICAGO, IL 60629

10925 ACE INDUSTRIAL SUPPLY, 4921 HWY 58, CHATTANOOGA, TN 37416

10925 ACE INDUSTRIAL SUPPLY/FMA, INC, 4200 W. 63RD ST., CHICAGO, IL 60629

10925 ACE INDUSTRIES INC, 6295 MCDONOUGH DR, NORCROSS, GA 30093-1206

10925 ACE LOCK & KEY SERVICE, 4412 DODDS AVE., CHATTANOOGA, TN 37407

10925 ACE LOCK & KEY SERVICE, PO BOX 71812, CHATTANOOGA, TN 37407-0812

10925 ACE LUMBER & SUPPLY CO, INC, 909 NE LOOP 410, STE 636, SAN ANTONIO, TX 78209

10925 ACE MIRROR & GLASS, 11600 NW 27TH COURT, CORAL SPRINGS, FL 33065

10925 ACE PALLETS INC, POBOX 23818, PHOENIX, AZ 85063

10925 ACE PAPER TUBE CORP, 4918 DENISON AVE, CLEVELAND, OH 44102

10924 ACE PRECISION MACHINING CORPORATION, W146 N5714 ENTERPRISE AV, MENOMONEE FALLS, WI 53051

10924 ACE R/M & BUILDING MATERIALS, 34-16 COLLEGE POINT BLVD., FLUSHING, NY 11354

10924 ACE R/M BUILDING MATERIALS, 34-16 COLLEGE POINT BLVD., FLUSHING, NY 11354

10924 ACE READY MIX - DO NOT USE, 303 - 1ST AVENUE, ROCHELLE, IL 61068

10924 ACE READY MIX & BLDG MATL, 34-16 COLLEGE POINT BLVD., FLUSHING, NY 11354

10924 ACE READY MIX, 303 - 1ST AVENUE, ROCHELLE, IL 61068

10925 ACE SAUK PRAIRIE, 500 WATER ST, SAUK CITY, WI 53583

10925 ACE TRAILER LEASING AND SALES INC, 8800 OLD AIRPORT HWY, HOLLAND, OH 43528

10925 ACE TRANSPORTATION, INC, PO BOX 54880, NEW ORLEANS, LA 70154-4880

10925 ACE TRANSPORTATION, INC, PO BOX 95290, NEW ORLEANS, LA 70195

10925 ACE TRUCK EQUIPMENT, 1130 NEWARK ROAD, ZANESVILLE, OH 43702-2605

10925 ACE UNIFORM SERVICES, INC, 1800 PARKMAN AVE., BALTIMORE, MD 21230

10925 ACE WATER WELL SERV., 4404 GUERNSEY, ODESSA, TX 79764

10925 ACE WATER WELL SERVICE, 4404 GUERNSEY, ODESSA, TX 79764

10925 ACE YOUNG, 2260 E DEVON, ELK GROVE VILLAGE, IL 60007

10925 ACE, RHONDA, HCR #1 BOX 82, SAYLORSBURG, PA 18353

10925 ACE, STEVEN, 3801 JOANN DR APT 11B, WICHITA FALLS, TX 76306-2428

10925 ACE-LON CORPORATION, 960 EASTERN AVE, MALDEN, MA 02148

10924 ACENSION PARRISH SCHOOL, C/O ACENSION ROOFING & SHEET METAL, GONZALES, LA 70737

10925 ACENTECH INCORPORATED, PO BOX 4329, BOSTON, MA 02211

10924 ACES LIBRARY, CORNER OF PENNSYLVANIA AVE. AND, GOODWIN, CHAMPAIGN, IL 61820

10925 ACETO CORPORATION, 1 HOLLOW LANE, LAKE SUCCESS, NY 11042

10925 ACEVEDO JR, PETER, 1522 CLAUSER ST, HELLERTOWN, PA 18055

10925 ACEVEDO, AGILIO, 5942 FLUSHING AVE, MASPETH, NY 11378

10925 ACEVEDO, ALEX, 301 56TH ST, W NEW YORK, NJ 07093

10925 ACEVEDO, ANDRES, 43 N 10TH ST 1ST FLR, READING, PA 19601

10925 ACEVEDO, DARLENE, 8788 SW 12TH ST., MIAMI, FL 33174

10925 ACEVEDO, EDUARDO, BO CAIMITAL ALTO, AGUADILLA, PR 00603

10925 ACEVEDO, HORTENCIA, RT. 1 BOX 311, MISSION, TX 78572

10925 ACEVEDO, LUIS, BO MARIAS BUZON HC-1, MOCA, PR 00676

10925 ACEVEDO, MARIA, 10407 NORTHWEST SIXTH ST, PEMBROKE PINES, FL 33026

10925 ACEVEDO, NESTOR, 452 STATE ST, 1-C, PERTH AMBOY, NJ 08861

10925 ACEVEDO, SILVIA, 30-21 89 ST, JACKSON HGTS, NY 11369

10925 ACEVEDO, SONIA, BOX 507, CAMUY, PR 00627

10925 ACEVEDO, SUSAN, 430 WEST AVE S., SAN ANGELO, TX 76903

10925 ACEVEDO, TIMOTHY, 557 HARRISTOWN ROAD, GLEN ROCK, NJ 07452

10925 ACF INDUSTRIES, 3301 RIDER TRAIL S., EARTH CITY, MO 63045

10925 ACF INDUSTRIES,INC, PO BOX 952359, SAINT LOUIS, MO 63195-2359

10925 ACG INC, 232 FRONT AVE, WEST HAVEN, CT 06516

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ACG/UNITED RENTALS, INC, PO BOX 3158, SOUTH BEND, IN 46619

10925    ACGI - (100) LA, PO BOX 1827, LAKE CHARLES, LA 70602-1827

10925    ACGI - (100) LA. DIV., PO BOX 1827, LAKE CHARLES, LA 70602-1827

10925    ACGIH, DEPT 839, CINCINNATI, OH 45269

10924    ACH FOOD COMPANIES, INC., 702 N. MATTIS AVENUE, CHAMPAIGN, IL 61821

10924    ACH FOOD COMPANIES, INC., 710 N. MATTIS AVENUE, CHAMPAIGN, IL 61821-2450

10925    ACHAIYA SYSTEMS, 4 BAYBERRY LANE, FRAMINGHAM, MA 01701

10924    ACHESON COLLOIDS, 1600 WASHINGTON AVE., PORT HURON, MI 48060

10924    ACHESON COLLOIDS, P.O. BOX 611747, PORT HURON, MI 48061

10925    ACHIEVE GLOBAL HEADQUARTERS, 8875 HIDDEN RIVER PKWY, TAMPA, FL 33637

10925    ACHILES, RICHARD, 2535 ADRIATIC AVE, LONG BEACH, CA 90810

10925    ACHOR, MARK, 10556 BIG BONE ROAD, UNION, KY 41091

10925    ACHTERKIRCH, H, 705 SEVENTH ST EAST, COKATO, MN 55321

10925    ACHTERMANN, GORDON, 3919 KELLER AV, ALEXANDRIA, VA 22302

10925    ACHTIEN, CHRISTOPHER, 21522 SITIO VERANO, EL TORO, CA 92630

10925    ACI 1999 CHICAGO CONVENTION, POBOX 2405, CHICAGO, IL 60690

10925    ACI 2000 CONVENTION ONTARIO CHAPTER, 505 WOODWARD AVE UNIT 1, HAMILTON, ON L8H      *VIA Deutsche Post*
         6N6CANADA

10925    ACI 2001, 7310 TILGHMAN ST #600, ALLENTOWN, PA 18106-9295

10925    ACI ALAMEDA COUNTY INDUSTRIES, 610 ALADDIN AVE, SAN LEANDRO, CA 94577

10925    ACI CENTRAL ALABAMA CHAPTER, 1315 66TH ST WEST, BIRMINGHAM, AL 35228

10925    ACI CENTRAL FLORIDA CHAPTER, PO BOX 940671, MAITLAND, FL 32751-0671

10925    ACI CONVENTION 2000, POBOX 12649, EL CAJON, CA 92022

10925    ACI CONVENTION 98, PO BOX 2937, RANCHO CUCAMONGA, CA 91729

10925    ACI DISTRIBUTION, PO BOX 666, SANTA CLARA, CA 95050

10924    ACI GLASS HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924    ACI GLASS, 322 S. HOLLYWOOD, MEMPHIS, TN 38104

10924    ACI GLASS, 322 SOUTH HOLLYWOOD, MEMPHIS, TN 38104

10924    ACI GLASS, 4128 JACK ST., RICHMOND, VA 23230

10925    ACI GREATER MICHIGAN CHAPTER, PO BOX 3384, FARMINGTON HILLS, MI 48333-3384

10925    ACI HOUSTON CHAPTER, 5500 GUHN RD, HOUSTON, TX 77040

10925    ACI INDIANA CHAPTER AMERICAN, 3500 DEPAUW BLVD.SUITE 1081, INDIANAPOLIS, IN 46268

10925    ACI INTERNATIONAL PUBLICATION, PO BOX 78000, DETROIT, MI 48278-0302

10925    ACI LOUISIANA CHAPTER, PO BOX 791438, NEW ORLEANS, LA 70179-1438

10925    ACI N.J.CHAPTER, 25 IRELAND BROOK DR, NORTH BRUNSWICK, NJ 08902

10925    ACI SEMINAR REGISTRAR, PO BOX 9094, FARMINGTON HILLS, MI 48333-9094

10925    ACI WASHINGTON CHAPTER CONVENTION, 2366 EASTLAKE AVE E RM 428, SEATTLE, WA 98102

10925    ACI, 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550

10925    ACI, 6221 SW 80TH ST, MIAMI, FL 33143

10925    ACI, GMVC, 659 VAN METER ST, CINCINNATI, OH 45202-1568

10925    ACI, PO BOX 9094, FARMINGTON HILLS, MI 48333-9094

10925    ACI-ALAMEDA COUNTY INDUSTRIES, 610 ALADDIN AVE, SAN LEANDRO, CA 94577

10925    ACID PRODUCTS, 600 WEST 41ST ST, CHICAGO, IL 60609

10925    ACID-OHM BOILER DESCALING, 2929 23RD PLACE, NORTH CHICAGO, IL 60064

10925    ACIERTO, CELSO, 1230 KIPLING PLACE, OXNARD, CA 93033

10925    ACKAD, LOUISE, 49 CALLE DEL NORTE, RCH SNT MARGARITA, CA 92688

10925    ACKE, THOMAS, 18046 SPRING MEADOWSDR, MOKENA, IL 60448

10925    ACKELSBERG, OSCAR, 333 ELMWOOD AVE APT J202, MAPLEWOOD, NJ 07040

10924    ACKER MILLWORK CO., INC., 3300 WEST PABST AVENUE, MILWAUKEE, WI 53215

10925    ACKER, DEBORAH, 506 VINCENT DRIVE, LOUNDONVILLE, OH 44842

10925    ACKER, ELLSWORTH, 2204 CHEROKEE DRIVE, WESTMINSTER, MD 21157

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ACKER, JAMES D, MAIN ST, NUREMBURG PA, PA 18241

10925   ACKER, LOUISE, 10 LEMIEUX ST, LEWISTON, ME 04240

10925   ACKER, MELVIN, 6280 MILLBROOK RD., SHREVE, OH 44676

10925   ACKER, PHILIP, 5355 DOVER RD, APPLE CREEK, OH 44606

10925   ACKER, STEVEN, 205 FRETHELL DR, ANDERSON, SC 29625

10925   ACKERMAN & BAYNES INC., 4215 ERDMAN AVE, BALTIMORE, MD 21213

10925   ACKERMAN CHACCO CO, INC, 10770 KENWOOD RD, CINCINNATI, OH 45242

10925   ACKERMAN CHACCO CO, INC, DEPT 839, CINCINNATI, OH 45269

10925   ACKERMAN GROUP INC, THE, 1666 KENNEDY CAUSEWAY, MIAMI, FL 33141

10925   ACKERMAN, BARBARA, 2876 S. E. EVERGREEN, STUART, FL 34997

10925   ACKERMAN, CARRIE, 298 WEST BERWICK ST., EASTON, PA 18042

10925   ACKERMAN, DALE, 8107 FREDERICKSBURG RD, FREDERICKSBURG, OH 44627

10925   ACKERMAN, DELORES, 1123 IVANHOE RD, MT VERNON, IA 52314

10925   ACKERMAN, DENNIS W & GWYN M, TTEES, ACKERMAN FAMILY TRUST, UA APR 28 00, 13141
RIDGEWOOD RD, ANCHORAGE, AK 99516-2938

10925   ACKERMAN, DOROTHY, 805 PINE ST, ATLANTIC, IA 50022

10925   ACKERMAN, JUNE, 1511 CLAUDINE, ST LOUIS, MO 63138-2340

10925   ACKERMAN, LESLIE, 14 INDIAN RIDGE ROAD, NATICK, MA 01760-5610

10925   ACKERMAN, LESTER, BOX 358, RICHLANDTOWN, PA 18955

10925   ACKERMAN, LILLIAN, 180 N EDGEHILL AVE, DOVER, DE 19901-4267

10925   ACKERMAN, MAUREEN, 6729 AMIGO AVE, RESEDA, CA 91335

10925   ACKERMAN, MICHAEL, 97 PACKARD ROAD, STOW, MA 01775

10925   ACKERMAN, NEAL, PO BOX 1354, MCKINNEY, TX 75070

10925   ACKERMAN, PENELOPE, W2976 COUNTY ROAD ES, ELKHORN, WI 53121

10925   ACKERMAN, THOMAS, 9768 MILLERSBURG RD, SHREVE, OH 44676

10925   ACKERSON, RUSS, 3825 APPLETON WAY, WILMINGTON, NC 28412-0000

10925   ACKEY, LUCIUS, 75 PEEK DR, CARROLLTON, GA 30117

10925   ACKEY, RAYMOND, PO BOX 1674, CARROLLTON, GA 30117

10924   ACKLANDS GRAINGER -CANADA, 11708 167TH ST., EDMONDTON, AB T5M 3Z2TORONTO    *VIA Deutsche Post*

10924   ACKLANDS GRAINGER, 90 WEST BEAVER CREEK DRIVE, RICHMOND HILL, ON L4B 1E7TORONTO    *VIA Deutsche Post*

10925   ACKLEY, MICHAEL, 427 LAKE SHORE DR, ROUND LAKE PARK, IL 60073

10925   ACKLEY, R, 5527 CREWS AVE., CHILLOCOTHE, IL 61523

10925   ACKLEY, TARA, 608 FIGG DR, AKRON, OH 44319

10924   ACL ELECTRONICS, 539 WEDDELL DRIVE, SUNNYVALE, CA 94089

10924   ACL INDUSTRIES, INC., 52 MAPLE ST., MANCHESTER, NH 03103

10924   ACL INDUSTRIES, INC., USE #500807, 177 GAY ST., MANCHESTER, NH 03103

10924   ACM CONCRETE PRODUCTS, BRIDGE STREET, SPRING CITY, PA 19475

10924   ACM CONCRETE PRODUCTS, PO BOX G, SPRING CITY, PA 19475

10925   ACM CONSULTING CORP, 184 RIVERVALE ROAD, RIVERVALE, NJ 07675

10925   ACM EQUIPMENT RENTAL AND SALES CO, 4010 SOUTH 22ND ST, PHOENIX, AZ 85040

10925   ACMA USA, INC, 501 SOUTHLAKE BLVD., RICHMOND, VA 23236-3078

10925   ACMAR REGIONAL LANDFILL INC, 231 BRECKINRIDGE SANE SUITE 201, LOUISVILLE, KY 40207

10924   ACMAR REGIONAL LANDFILL INC., 3301 ACMAR ROAD, MOODY, AL 35004

10924   ACMAR REGIONAL LANDFILL, INC., 3301 ACMAR ROAD, MOODY, AL 35004

10925   ACMC, CHURCH & HOUFF, 2 NORTH CHARLES ST. 6TH FL, BALTIMORE, MD 21201

10924   ACME ARSENA CO, 18440 CRANWOOD PKWY, WARRENSVILLE HEIGHTS, OH 44128

10924   ACME ARSENA COMPANY, 18440 CRANWOOD PARKWAY, WARRENSVILLE HEIGHTS, OH 44128

10924   ACME ARSENA, 18440 CRANWOOD PARKWAY, CLEVELAND, OH 44128

10924   ACME BARREL, 2300 WEST 13TH STREET, CHICAGO, IL 60608

10924   ACME BLOCK & BRICK, 248 DAYTON SPUR RD., CROSSVILLE, TN 38555

10924   ACME BLOCK, 130 MAYBERRY ST., HARRIMAN, TN 37748

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ACME BRICK COMPANY, 4747 CHOCTAW DRIVE, BATON ROUGE, LA 70805

10924   ACME BRICK COMPANY, 5200 S GENERAL BRUCE DRIVE, TEMPLE, TX 76502

10924   ACME BRICK COMPANY, ATTN: 1B3 - PP, FORT WORTH, TX 76101-0425

10924   ACME BRICK COMPANY, PO BOX 425, FORT WORTH, TX 76101

10924   ACME BRICK, RT 2 FM 696, ELGIN, TX 78621

10924   ACME BUILDING BRANDS, PO BOX425, FORT WORTH, TX 76101

10924   ACME BUILDING BRANDS, PO BOX425, FT. WORTH, TX 76101

10924   ACME BUILDING BRANDS, PO BOX489, LUBBOCK, TX 79408

10924   ACME BUILDING MATERIALS, G 3414 ARLENE DRIVE, FLINT, MI 48501

10924   ACME BUILDING MATERIALS, P.O. BOX 858, FLINT, MI 48501

10924   ACME BUILDING MATERIALS, PO BOX 858, FLINT, MI 48501

10924   ACME CEMENT CO, 324 RAPIDES DR, NATCHITOCHES, LA 71457

10924   ACME CEMENT CO, P O BOX 144, NATCHITOCHES, LA 71457

10924   ACME CEMENT CO., PO BOX144, NATCHITOCHES, LA 71457

10925   ACME CONTROL SERVICE INC, 6140 HIGGINS AVE, CHICAGO, IL 60630

10925   ACME CONTROL SERVICE, INC, 6140 W. HIGGINS AVE., CHICAGO, IL 60630

10925   ACME CORRUGATED BOX CO INC, POBOX 826139, PHILADELPHIA, PA 19182-6139

10925   ACME DELIVERY SERVICES INC, PO BOX 142, GREENVILLE, SC 29602

10924   ACME DISTRIBUTORS INC, 1405 BELVIDERE AVE., WAUKEGAN, IL 60085

10924   ACME DISTRIBUTORS INC., 1405 BELVIDERE AVE., WAUKEGAN, IL 60085

10925   ACME DRY ICE, 100 KIRKLAND ST, CAMBRIDGE, MA 02138

10925   ACME ELECTRIC CORPORATION, PO BOX 75409, CHARLOTTE, NC 28275

10924   ACME ELECTRIC, 1705 13ST AVENUE NORTH, GRAND FORKS, ND 58502

10924   ACME ELECTRIC, P.O. BOX 13720, GRAND FORKS, ND 58208

10925   ACME FIRE EXTINGUISHER COMPANY, 1305 FRUITVALE AVE, OAKLAND, CA 94601

10924   ACME FUEL & MATERIAL COMPANY, 2544 PETTIBONE AVENUE, MUSCATINE, IA 52761

10924   ACME FUEL & MATERIAL COMPANY, P.O. BOX 34, MUSCATINE, IA 52761

10924   ACME FUEL & MATERIAL COMPANY, PO BOX 34, MUSCATINE, IA 52761

10925   ACME INDUSTRIAL BUSHINGS, 441 MAPLE AVE, CARPENTERSVILLE, IL 60110

10925   ACME INDUSTRIAL PIPING, INC, PO BOX 72936, CHATTANOOGA, TN 37407

10925   ACME INSULATIONS INC., 100 LOGAN ST. S.W., GRAND RAPIDS, MI 49503

10925   ACME LADDER, 3737 S. HANOVER ST., BALTIMORE, MD 21225

10925   ACME LOCK AND KEY INC, ACME SAFE COMPANY OF ATLANTA, 1020 WHITE ST SW, ATLANTA, GA 30310

10925   ACME LUMBER & SUPPLY CO INC, 4807 WEST AVE STE 200, SAN ANTONIO, TX 78213

10925   ACME PAPER & SUPPLY CO, INC, PO BOX 422, SAVAGE, MD 20763

10925   ACME PAPER & SUPPLY CO, INC, PO BOX 75087, BALTIMORE, MD 21275

10924   ACME PRECAST CO INC., 520 THOMAS B. LANDERS RD., FALMOUTH, MA 02540

10924   ACME PRECAST CO INC., PO BOX 2034, TEATICKET, MA 02536

10924   ACME PRECAST CO. INC., P.O. BOX 2034, TEATICKET, MA 02536

10925   ACME PRINTING COMPANY INC, PO BOX 4115, BOSTON, MA 02211

10925   ACME SCALE & SUPPLY CO., 5401 BUTLER ST, PITTSBURGH, PA 15201-0260

10925   ACME SCALE CO, POBOX 1922, SAN LEANDRO, CA 94577

10925   ACME SCALE COMAPANY, POBOX 190, VILLA PARK, IL 60181

10925   ACME SIGN CO INC, 109 NORTH 20TH ST, IRONDALE, AL 35210

10925   ACME SKID & PLUG CO., PO BOX 187, SILSBEE, TX 77656

10925   ACME STEEL CO, ROBERT W HICKEY, 13500 SOUTH PERRY AVE, RIVERDALE, IL 60627

10924   ACME STORE, JENKINTOWN, PA 19046

10925   ACME TRUCK LINE INC, PO BOX 183, HARVEY, LA 70059-0183

10925   ACME TRUCK LINES, INC, PO BOX 183, HARVEY, LA 70059

10925   ACME WELDING & FABRICATING INC, PO BOX 1047, FRIENDSWOOD, TX 77549-1047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ACME-HARDESTY CO., 1787 SENTRY PKWY WEST SUITE 18-4, BLUE BELL, PA 19422

10925   ACN ENERGY, POBOX 70815, CHARLOTTE, NC 28272

10925   ACOCELLA, ZENAIDA, 312 JEFFERSON ST, CARLSTADT NJ, NJ 07072

10925   ACOPIAN TECHNICAL CO, PO BOX 638, EASTON, PA 18044

10925   ACOPIAN TECHNICAL COMPANY, PO BOX 638, EASTON, PA 18044

10925   A-COPY INC, PO BOX 30069, HARTFORD, CT 06150

10925   A-COPY INC., PO BOX 30069, HARTFORD, CT 06150

10925   ACORACE, PAULA, 57 MINOT SST, MANCHESTER, NH 03109

10925   ACORD, CHARLES, 2230 CROCKETT DR, CRAIG, CO 81625

10925   ACORD, MARY, 5946 S RUE RD, W PALM BEACH, FL 33415

10925   ACORD, WILBERT, 1638 CARTER ST, AUBURNDALE, FL 33823-9727

10924   ACORDIS INDUSTRIA FIBERS INC., 7526 AKZO BLVD., SCOTTSBORO, AL 35768

10924   ACORDIS INDUSTRIAL FIBERS INC., 7526 AKZO BLVD., SCOTTSBORO, AL 35768

10924   ACORDIS INDUSTRIAL FIBERS, INC., ROUTE 9 BOX 66, 7526 AKZO BLVD., SCOTTSBORO, AL 35768

10924   ACORDIS INDUSTRIAL FIBERS, INC., RT 9 BOX 66, SCOTTSBORO, AL 35768

10924   ACORN PAPER, 3686 E. OLYMPIC BLVD., LOS ANGELES, CA 90023

10924   ACORN SUPPLY & DISTRIBUTING, 11167 A PULASKI HIGHWAY, WHITE MARSH, MD 21162

10925   ACOSTA, ANGELITA, ROUTE 5 BOX 321-M, CLEVELAND, TX 77327

10925   ACOSTA, BERTHA, 1601 MCGRAE, EL PASO, TX 79925

10925   ACOSTA, CORINA, 725 NORTH AUSTIN AVE., SAN BENITO, TX 78586

10925   ACOSTA, DAVID, 615 SOUTH GLENDALE AVE, 37, GLENDALE, CA 91205

10925   ACOSTA, ELIZABETH, NARDO NJA #9, MAYAGUEZ, PR 00680

10925   ACOSTA, EVELYN, URB EXT EL VALLE, LAJAS, PR 00667

10925   ACOSTA, JOE, PO BOX 5172, UVALDE, TX 78802

10925   ACOSTA, LIWAYWAY, 9202 MESSINA DR, FT WASHINGTON, MD 20744

10925   ACOSTA, MONICA, 1601 MCCRAE, EL PASO, TX 79925

10925   ACOSTA, RAUL, 122 E. SPRUCE #B, INGLWEWOOD, CA 90301

10925   ACOSTA, SIXTO, URB VILLA AIDA, CABO ROJO, PR 00623

10924   ACOUSTA LITE, 605 GLENDALE, UNIT 101, SPARKS, NV 89431

10924   ACOUST-A-FIBER, 759 PITTSBURGH DRIVE, DELAWARE, OH 43015

10924   ACOUSTI ENG. OF ALABAMA, 4121 LEWISBURG RD, BIRMINGHAM, AL 35207

10924   ACOUSTI ENGINEERING, 5201 W. 1ST ST., JACKSONVILLE, FL 32205

10924   ACOUSTI ENGINEERING, 5201 W.1ST STREET, JACKSONVILLE, FL 32205

10924   ACOUSTI ENGINEERING, C/O CARVER HIGH SCHOOL, MONTGOMERY, AL 36108

10924   ACOUSTI ENGINEERING, PO BOX 2232, FORT MYERS, FL 33916

10924   ACOUSTIC CEILING & PART., 3500 EAST ELLSWORTH ROAD, ANN ARBOR, MI 48108

10924   ACOUSTIC CEILING & PARTITION CO., 3500 EAST ELLSWORTH RD., ANN ARBOR, MI 48108

10924   ACOUSTIC CEILING & PARTITION, CAMBRIDGE, MA 02140

10924   ACOUSTIC SCIENCE CORP., 855 W.FIRST ST, EUGENE, OR 97401

10924   ACOUSTIC SPEC./BONNEVILLE CNTY.JAIL, ENRIRONMENTAL WAY, IDAHO FALLS, ID 83401

10924   ACOUSTIC SPEC./ISU PHYSICAL SCIENCE, 3000 N MAIN ST, POCATELLO, ID 83204

10924   ACOUSTIC SPECIALTIES INC, PO BOX 4135, POCATELLO, ID 83205

10924   ACOUSTIC SPECIALTIES INC., 3000 N MAIN ST, POCATELLO, ID 83204

10924   ACOUSTIC SPECIALTIES, INC., 3000 N MAIN ST, POCATELLO, ID 83204

10924   ACOUSTIC SPECIALTIES, INC., 3000 N. MAIN, POCATELLO, ID 83204

10924   ACOUSTICAL CEILING & PARTITION, WAREHOUSE - OHIO, 7686 FISHEL DRIVE NORTH, DUBLIN, OH
43016

10924   ACOUSTICAL MATERIAL SERVICES, 1137 OLINDER COURT, SAN JOSE, CA 95101

10924   ACOUSTICAL MATERIAL SERVICES, 2040 W. BUCKEYE ROAD, PHOENIX, AZ 85009

10924   ACOUSTICAL MATERIAL SERVICES, 2420 LOSSE RD, LAS VEGAS, NV 89101

10924   ACOUSTICAL MATERIAL SERVICES, 456 E. INDUSTRIAL RD., SAN BERNARDINO, CA 92408

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ACOUSTICAL MATERIAL SERVICES, 7900 HASKELL, VAN NUYS, CA 91406 | |
| 10924 | ACOUSTICAL MATERIAL SERVICES, BAKERSFIELD, CA 93313 | |
| 10924 | ACOUSTICAL MATERIAL SUPPLY, 2111 HOWELL ST., ANAHEIM, CA 92806 | |
| 10924 | ACOUSTICAL MATERIALS SUPP, 6545 N.BURLINGTON STREET, HOUSTON, TX 77032 | |
| 10924 | ACOUSTICAL MATERIALS SUPPLY, 6545 BURLINGTON NORTH DR., HOUSTON, TX 77092 | |
| 10924 | ACOUSTICAL MATLS SER., PO BOX 2071, MONTEBELLO, CA 90640 | |
| 10924 | ACOUSTICAL SPEC. SUPPLY, 12433 SO CHOCTAW DR, BATON ROUGE, LA 70815 | |
| 10924 | ACOUSTICAL SPECIALTY WAREHOUSE A-1, 12421 S.CHOCTAW DRIVE, BATON ROUGE, LA 70815 | |
| 10924 | ACOUSTICAL SUPPLY AND DISTR., 5410 STATE ST., BOISE, ID 83707 | |
| 10924 | ACOUSTICAL SUPPLY AND DISTR., P.O. BOX 6851, BOISE, ID 83707 | |
| 10924 | ACOUSTICAL THERMAL INS, 288 PLYMOUTH, FALL RIVER, MA 02721 | |
| 10924 | ACOUSTICS INC, PO BOX242507, CHARLOTTE, NC 28224 | |
| 10924 | ACOUSTICS INC., PO BOX 36204, 9335 NATIONS FORD ROAD, CHARLOTTE, NC 28273 | |
| 10924 | ACOUSTICS SCIENCE CORP., 855 W. FIRST STREET, EUGENE, OR 97401 | |
| 10924 | ACOUSTICS SCIENCE CORP., CAMBRIDGE, MA 02140 | |
| 10924 | ACOUSTICS SPECIALTIES/RICKS COLLEGE, 525 VIKING DR., REXBURG, ID 83440 | |
| 10924 | ACOUSTICS, INC., 1309 NOWELL ROAD, RALEIGH, NC 27609 | |
| 10924 | ACOUSTICS, INC., 2436 SO. MIAMI BLVD.  SUITE 200-1, DURHAM, NC 27703 | |
| 10924 | ACOUSTICS, INC., SUITE 200-1, 2436 SOUTH MIAMI BLVD., DURHAM, NC 27703 | |
| 10924 | ACOUSTICS-GREENSBORO WAREHOUSE, 502 RADAIR ROAD, GREENSBORO, NC 27410 | |
| 10925 | ACP C/O AUTOMATIC CONTROLS COMPANY, 2331-B AMPERE DRIVE, LOUISVILLE, KY 40299 | |
| 10924 | ACP, 800 SOUTH BOULEVARD EAST, PONTIAC, MI 48341 | |
| 10924 | ACPI- CHARLOTTE, 10709-D GRANITE STREET, CHARLOTTE, NC 28273 | |
| 10924 | ACPI-LINCOLN, 1400 CUSHMAN DRIVE, LINCOLN, NE 68512 | |
| 10924 | ACPI-PHILADELPHIA, 1625 HYLTON ROAD, PENNSAUKEN, NJ 08110 | |
| 10925 | ACQOUION INC, 204 HALTON RD, GREENVILLE, SC 29607 | |
| 10925 | ACQUE, COLLEEN, 536 MADIERA DR SE, ALBUQUERQUE, NM 87108 | |
| 10925 | ACR ENVIRONMENTAL SERVICES, 200F COMMERCE CIRCLE, YORKTOWN, VA 23693 | |
| 10925 | ACR EQUIPMENT CO, 19615 NOTTINGHAM ROAD, CLEVELAND, OH 44110 | |
| 10925 | ACR RENTAL, 4150 JOHN YOUNG PKWY, ORLANDO, FL 32804 | |
| 10925 | ACREE, JANE, PO BOX 2334, TAPPAHANNOCK, VA 22560 | |
| 10925 | ACRES, CATHERINE, 405 HIGHWOOD DRIVE, LOUISVILLE, KY 40206 | |
| 10925 | ACREY, DORIS, 142 CLARK AVE, GREER, SC 29651 | |
| 10924 | ACRISON INC, 20 EMPIRE BLVD, MOONACHIE, NJ 07074 | |
| 10925 | ACRISON, INC, 20 EMPIRE BLVD, MOONACHIE, NJ 07074 | |
| 10924 | ACRISON, INC, 20 EMPIRE BLVD, MOONACHIE, NJ 07074 | |
| 10925 | ACRISON, INC, 20 EMPIRE BLVD., MOONACHIE, NJ 07074 | |
| 10925 | ACRISON, PO BOX 486, FOREST HILL, MD 21050 | |
| 10924 | ACRO REDI MIX INC, RR 3 BOX 155B, SAINT JOHNSBURY, VT 05819 | |
| 10924 | ACRO REDI MIX, INC., DUCK POND RD., WATERFORD, SAINT JOHNSBURY, VT 05819 | |
| 10924 | ACRO REDI MIX, INC., RR 3 BOX 155B, SAINT JOHNSBURY, VT 05819 | |
| 10925 | ACRO TRECH LABS, 728 NW 7TH TERR., FORT LAUDERDALE, FL 33311 | |
| 10924 | ACROCRETE OF STOCKBRIDGE, 820-B ROCK QUARRY ROAD, STOCKBRIDGE, GA 30281 | |
| 10925 | ACROMAG INC, PO BOX 437, WIXOM, MI 48393-7037 | |
| 10924 | ACRYLUX PAINT MFG. CO., INC., FORT LAUDERDALE, FL 33309 | |
| 10925 | ACS INDUSTRIES INC, PO BOX 11067, BOSTON, MA 02211 | |
| 10925 | ACS INDUSTRIES, 160 HAMLET AVE., WOONSOCKET, RI 02895 | |
| 10924 | ACS INDUSTRIES, 71 VILLANOVA ST., WOONSOCKET, RI 02895 | |
| 10924 | ACS INDUSTRIES, 71 VILLANOVA STREET, WOONSOCKET, RI 02895 | |
| 10925 | ACS INDUSTRIES, LP, PO BOX 31152, HARTFORD, CT 06150-1152 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ACS INTERNATIONAL S.A. DE C.V., PLANT #2, ITC INDUSTRIAL, 14407 ATLANTA DR., LAREDO, TX 78045

10924   ACS INTERNATIONAL, 350 OAKS LANE, POMPANO BEACH, FL 33069

10924   ACS INTERNATIONAL, UNIT 3, 3201 N. DIXIE HWY, BOCA RATON, FL 33431

10925   ACS, 1525 NW 3RD ST SUITE 5, DEERFIELD BEACH, FL 33442

10925   ACS-AUTOMATION COMPONENT SALES, 1731 EVERGREEN LN, PARK RIDGE, IL 60068

10925   ACS-DIV.PETROLEUM CHEM. INC., 4440 WARRENSVILLE CENTER RD., CLEVELAND, OH 44128-2837

10924   ACT BENDING AND STEEL COMPANY, 900 S.W. ADAMS STREET, PEORIA, IL 61602

10925   ACT MANUFACTURING, 108 FOREST AVE, HUDSON, MA 01749

10925   ACT MANUFACTURING, 2 CABOT RD, HUDSON, MA 01749

10925   ACTIMED LABORATORIES INC, 5 TERRI LANE, BURLINGTON, NJ 08016

10925   ACTIN, INC, 1102 E. COLUMBUS DR., EAST CHICAGO, IN 46312

10924   ACTINIC, INC., 7210 CESSNA DRIVE, GREENSBORO, NC 27409

10924   ACTINIC, INC., PO BOX 4121, GREENSBORO, NC 27404-4121

10924   ACTIO INC, 16 OAK STREET, ROSWELL, GA 30075

10924   ACTIO INC., 16 OAK STREET, ROSWELL, GA 30075

10925   ACTION AUTOMATION & CONTROLS INC, POBOX 2540, NORTH ATTLEBORO, MA 02763

10925   ACTION AUTOMATION & CONTROLS, 10 LARSEN WAY, ATTLEBORO FALLS, MA 02763

10925   ACTION AUTOMATION & CONTROLS, 10 LARSEN WAY, NORTH ATTLEBORO, MA 02763

10924   ACTION BOLT & SUPPLY, 5025 OLD YORK ROAD, ROCK HILL, SC 29731

10924   ACTION BOLT & SUPPLY, PO BOX 36150, ROCK HILL, SC 29732-0502

10924   ACTION BOLT AND TOOL CO., 2113 SOUTH DIVISON AVE., ORLANDO, FL 32805

10924   ACTION BOLT AND TOOL CO., 212 NEWMAN ROAD, LAKE PARK, FL 33403

10924   ACTION BOLT AND TOOL CO., 6431 ARC WAY, FORT MYERS, FL 33912

10925   ACTION BROADCASTING SERV. KUSF-FM, 435 BRANNAN ST ,STE 208, SAN FRANCISCO, CA 94107

10924   ACTION CONTRACTORS SUPPLY, 9555 HARMON ROAD, FORT WORTH, TX 76177

10925   ACTION CRANE SERVICE INC, 140 NE 30TH ST, FORT LAUDERDALE, FL 33334

10925   ACTION DOCK SERVICES INC, 1400 N WATKINS, MEMPHIS, TN 38101

10925   ACTION DUPLICATION, 8 UNION HILL ROAD, WEST CONSHOHOCKEN, PA 19428

10925   ACTION DUPLICATION, INC, 8 UNION HILL RD, WEST CONSHOHOCKEN, PA 19428

10925   ACTION EARTH DAY, 376 MAIN ST, ACTON, MA 01720

10925   ACTION EQUIPMENT CO, PO BOX 3100, NEWBERG, OR 97132

10924   ACTION EQUIPMENT, 2229 SOUTH 16TH STREET, PHOENIX, AZ 85034

10924   ACTION EQUIPMENT, 4390 SOUTH POLARIS, LAS VEGAS, NV 89103

10924   ACTION EQUIPT SCAFFOLDING, 4450 SO.VALLEY VIEW, LAS VEGAS, NV 89103

10925   ACTION HOSE INC, POBOX 30534, ALBUQUERQUE, NM 87190-0534

10925   ACTION LABOR OF JACKSONVILLE, PO BOX 6297, JACKSONVILLE, FL 32236

10925   ACTION LABOR OF TALLAHASSEE, PO BOX 4122, TALLAHASSEE, FL 32315-4122

10925   ACTION LEARNING, 55 CAPITAL ST, NEWTON, MA 02158

10925   ACTION LIGHTING INC, PO BOX 6428, BOZEMAN, MT 59715

10925   ACTION LOCK & KEY INC., METROPOLITAN DOOR CLOSER CO., 17 CAMBRIDGE ST, BURLINGTON, MA 01803

10925   ACTION MOWERS & GROUNDS MAINTENANCE, POBOX 1114, CYPRESS, TX 77410-1114

10924   ACTION PAK INC, 2550 PEARLBUCK ROAD, BRISTOL, PA 19007

10925   ACTION PARKING AREA MAINTENANCE, POBOX 2144, PEARLAND, TX 77588-2144

10925   ACTION PEST CONTROL, 1229 SWEENEY ST, OWENSBORO, KY 42303

10924   ACTION PRODUCTS MARKETING CORP, C/O: PCI, 391 CHARLES CT., WEST CHICAGO, IL 60185

10924   ACTION PRODUCTS MARKETING CORP, DBA PERMAFORM, 6250 NW BEAVEER DRIVE, JOHNSTON, IA 50131

10924   ACTION PRODUCTS MARKETING CORP, P. O. BOX 555, JOHNSTON, IA 50131

10924   ACTION PRODUCTS MKT CORP, PO BOX 555, JOHNSTON, IA 50131

10925   ACTION PUBLICATION INC, 8 UNION HILL ROAD, WEST CONSHOHOCKEN, PA 19428

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ACTION QUICK PRINT, 7415 W. BRADLEY RD., MILWAUKEE, WI 53223

10925   ACTION REDI-MIX -REFER TO #229573-, 5959 N. 55TH AVE, GLENDALE, AZ 85306

10924   ACTION REDI-MIX, INC., 5959 N. 55TH AVENUE, GLENDALE, AZ 85301

10924   ACTION ROOFING SUPPLY, 5925 COLLEGE, BEAUMONT, TX 77707

10925   ACTION SCALE, POBOX 20461, RIVERSIDE, CA 92516

10924   ACTION SPRAY-ON, 4053 FORRESTAL AVE SUITE 8, ORLANDO, FL 32806

10925   ACTION STATEWIDE DELIVERY, PO BOX 542300, HOUSTON, TX 77254

10925   ACTION STORAGE TRAILERS, 3409 MCCARTY DR., HOUSTON, TX 77029-1035

10924   ACTION SUPPLY CO, CALCON HOOKS RD., SHARON HILL, PA 19079

10924   ACTION SUPPLY CO., INC., 2802 DELAWARE AVENUE, PHILADELPHIA, PA 19148

10924   ACTION SUPPLY CO., INC., CALCON HOOK RD., SHARON HILL, PA 19079

10925   ACTION TRUCK AND TRAILERS OF HOUSTO, 3409 MCCARTY DR., HOUSTON, TX 77029-1035

10925   ACTIV E SOLUTIONS, 400 FEHELEY DR, KING OF PRUSSIA, PA 19406-2666

10925   ACTIVATION, PO BOX 2054, BIRMINGHAM, AL 35201-2054

10924   ACTIVE ELECTRIC & FOX LTG, 4240 W LAWRENCE AVE, CHICAGO, IL 60630-2798

10924   ACTIVE ELECTRIC & FOX LTG, 4240 W LAWRENCE AVE, CHICAGO, IL 60630-5208

10925   ACTIVE INC, 1 CHARLES ST, PLEASANT VALLEY, NY 12569

10925   ACTIVE PROPANE CO INC, 4158 DIVISION ST, HILLSIDE, IL 60162-1898

10925   ACTIVE PROPANE CO, INC, 4158 DIVISION ST., HILLSIDE, IL 60162-1898

10925   ACTIVE PROPANE, 4158 DIVISION ST, HILLSIDE, IL 60162-1898

10925   ACTON BOARD OF HEALTH, 472 MAIN ST, ACTON, MA 01720

10925   ACTON BOXBOROUGH CELEBRATION 99, 45 STOW ST, ACTON, MA 01720

10925   ACTON CITIZEN, THE, PO BOX 2457, ACTON, MA 01720

10925   ACTON COMMUNITY CHORUS, 27 INTERVALE FARM LN, NORTHBOROUGH, MA 01532-2747

10925   ACTON FIRE DEPT., 256 CENTRAL ST, ACTON, MA 01720

10925   ACTON MEMORIAL LIBRARY, MAIN ST, ACTON, MA 01720

10925   ACTON PLANNING DEPT, DONNA JACOBS, 472 MAIN ST, ACTON, MA 01720

10925   ACTON PLUMBING & HEATING CO INC, 3409 FIFTH AVE SOUTH, BIRMINGHAM, AL 35222

10925   ACTON POLICE DEPT, PO BOX 2212, ACTON, MA 01720

10925   ACTON POST, SIXTY THREE, LUCK, NY, NY 10048

10925   ACTON REAL ESTATE CO. INC., 371 MASS AVE., ACTON, MA 01720

10925   ACTON REFRIGERATION INC, 241 TAYLOR ST, LITTLETON, MA 01460-2099

10925   ACTON SURVEY AND ENGINEERING INC, PO BOX 666, ACTON, MA 01720

10925   ACTON TOWN COUNSEL, PALMER & DODGE ACHESON H CALLAGHAN, ONE BEACON ST, BOSTON, MA 02108

10925   ACTON TRUE VALUE HARDWARE, 210 MAIN ST, ACTON, MA 01720

10925   ACTON WATER DISTRICT, 693 MASSACHUSETTS AVE., ACTON, MA 01720

10925   ACTON, FEMALE, PLED, NY, NY 10077

10925   ACTON, KAY, 223 W MAIN ST, PLAINFIELD, IN 46168

10925   ACTON, THIRTY YEARS, CORT, NY, NY 10098

10925   ACTRACHEM LP, PO BOX 642243, PITTSBURGH, PA 15264-2243

10925   ACTUARIAL SCIENCES ASSOC INC, 270 DAVIDSON AVE, SOMERSET, NJ 08873

10925   ACTUARIAL SCIENCES ASSOCIATES INC, 5200 TOWN CENTER CIRCLE SUITE 201, BOCA RATON, FL 33486

10925   ACTUARIAL SCIENCES ASSOCIATES, 5200 TOWN CENTER CIRCLE SUITE 201, BOCA RATON, FL 33486

10925   ACUCOBOL INC, 7950 SILVERTON AVE, SAN DIEGO, CA 92126

10925   ACUFF, FREDDY, 207 PINETREE DR, SIMPSONVILLE, SC 29681

10925   AC-U-KWIK INC, PO BOX 12901, OVERLAND PARK, KS 66282-2901

10925   ACUKWIK, PO BOX 12949, SHAWNEE MISSION, KS 66282-9943

10925   ACUMETER LABORATORIES INC., POBOX 9894, NORTH SAINT PAUL, MN 55109-0894

10925   ACUPOWDER INTERNATIONAL LLC, PO BOX 501007, SAINT LOUIS, MO 63150

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ACUPOWDER INT'L, 901 LEHIGH AVENUE, UNION, NJ 07083 | |
| 10925 | AD FIRE PROTECTION SYSTEMS CORP, 420 TAPSCOTT ROAD, SCARBOROUGH, ON M1B 1Y4CANADA | *VIA Deutsche Post* |
| 10925 | AD MACKAY, INC, PO BOX G, RED HOOK, NY 12571-0046 | |
| 10925 | AD PRODUCTIONS, 16 LOPEZ ST, CAMBRIDGE, MA 02139 | |
| 10924 | AD SUPPLY, 2520 W. INTERSTATE 40, OKLAHOMA CITY, OK 73108 | |
| 10925 | ADA DELANEY, 33 TANGLEWOOD LANE, COLONIA, NJ 07067-3035 | |
| 10925 | ADA M DE IBARGUEN, 7A AVENIDA 4-99 ZONA 4, PLAZUCIA 11 DE MARZO, | *VIA Deutsche Post* |
| 10925 | ADA R TRAGER &, CAROL SHALOO JT TEN, 6039 COLLINS AVE 1410, MIAMI BEACH, FL 33140-2253 | |
| 10925 | ADA R TRAGER &, ROBERT TRAGER JT TEN, 6039 COLLINS AVE 1410, MIAMI BEACH, FL 33140-2253 | |
| 10925 | ADA R TRAGERS &, STEVEN TRAGER JT TEN, 6039 COLLINS AVE 1410, MIAMI BEACH, FL 33140-2253 | |
| 10924 | ADA, 211 E. CHICAGO AVE, CHICAGO, IL 60611 | |
| 10924 | ADAIR ELECTRIC, 204 16TH. STREET SE, ROCHESTER, MN 55904-7980 | |
| 10925 | ADAIR GREENE HEALTHCARE, PO BOX 101941, ATLANTA, GA 30392-1941 | |
| 10925 | ADAIR GREENE, PO BOX 101941, ATLANTA, GA 30392-1941 | |
| 10925 | ADAIR, ADINA, 1404 ADAMS ST, GRETNA, LA 70053 | |
| 10925 | ADAIR, BONNIE, 10354 N FOWLER AVE, CLOVIS, CA 93611 | |
| 10925 | ADAIR, DANNY, 359 HELLAMS ROAD, GRAY COURT, SC 29645 | |
| 10925 | ADAIR, DORIS, BOX 300 DECK ROAD, GRAY COURT, SC 29645 | |
| 10925 | ADAIR, M, 169 SUNSET DRIVE, COWPENS, SC 29330 | |
| 10925 | ADAM A WESCHLER & SON INC, 905-9 E ST NW, WASHINGTON, DC 20004 | |
| 10925 | ADAM CHASE NORTHEAST MINNEAPOLIS, DAN BIERSDORF BIERSDORF & ASSO C, 4100 MULTIFOODS TOWER, 33 SOUTH SIXTH ST, MINNEAPOLIS, MN 55402 | |
| 10925 | ADAM CHASE NORTHEAST MINNEAPOLIS, WILLIAM B BUTLER, 4100 MULTIFOODS TOWER, 33 SOUTH SIXTH ST, MINNEAPOLIS, MN 55402 | |
| 10924 | ADAM NUTRITION, INC., 11010 HOPKINS ST., MIRA LOMA, CA 91805 | |
| 10925 | ADAM, HOWARD, 970 GILLESPIE ST, ENGLEWOOD, FL 34223-2323 | |
| 10925 | ADAM, ISABEL, 1711 CANTRELL, APT.4, SAN ANTONIO, TX 78224 | |
| 10925 | ADAM, JEANETTE, 87 MCINTYRE CIR, GOLDEN, CO 80401 | |
| 10925 | ADAM, ROBERT, 9635 WOODRIDGE DRIVE, EDEN PRAIRIE, MN 55437 | |
| 10925 | ADAM, STEVEN, 87 MCINTYRE CIRCLE, GOLDEN, CO 80401 | |
| 10925 | ADAM, WILLIAM, 913 BEECH ST, READING, PA 19605 | |
| 10925 | ADAMATION INC, POBOX 95037, NEWTON, MA 02195-0037 | |
| 10925 | ADAMCIK, VERONICA, 240 VAN HOLTEN RD, BRIDGEWATER, NJ 08807 | |
| 10925 | ADAMCZEWSKI, RONALD, 5866 S. MADELINE AVE., MILWAUKEE, WI 53221 | |
| 10925 | ADAME, ROBERT, 1107 ANTHONY ROAD, VICTORIA, TX 77901 | |
| 10925 | ADAMEK, ANNE, 5627 VERONA ROAD, VERONA, PA 15147 | |
| 10925 | ADAMEK, RUTHANN, 26 PINEWOODS AVE., TONAWANDA, NY 14150 | |
| 10925 | ADAMIC, BRUCE, 11607 MASONVILLE DR., PARKER, CO 80134 | |
| 10925 | ADAMIEC, ADAM, 2700 VISTA GRANDE NW, ALBUQUERQUE, MA 87120 | |
| 10925 | ADAMKIEWICZ, MARY, 4017 HILLCREST AVE, BALTIMORE, MD 21225 | |
| 10925 | ADAMO, CARMEN, 8611 BUSTLETON AVE, PHILADELPHIA, PA 19152-1205 | |
| 10925 | ADAMO, LISA, 8611 BUSTLETON AVE, PHILADELPHIA, PA 19152 | |
| 10925 | ADAMOWICZ, JEREMY, 5854 DOGWOOD DR, ORLANDO, FL 32807 | |
| 10925 | ADAMS & ADAMS, PO BOX 1014, PRETORIA, 1SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | ADAMS & GRAHAM, PO DRAWER 1429, HARLINGEN, TX 78551 | |
| 10925 | ADAMS AND ADAMS, 1140 PROSPECT ST, HATFIELD, 00083ZAF | *VIA Deutsche Post* |
| 10924 | ADAMS BROS, INC., 1501 WOODLAWN AVE, ZANESVILLE, OH 43701 | |
| 10924 | ADAMS BROS., 1501 WOODLAWN AVE, ZANESVILLE, OH 43701 | |
| 10924 | ADAMS BROTHERS INC., 1501 WOODLAWN AVENUE, ZANESVILLE, OH 43701 | |
| 10925 | ADAMS BUSINESS CENTER, PO BOX 34695, MEMPHIS, TN 38134 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ADAMS CESARIO, 1550 E 79TH ST #800, BLOOMINGTON, MN 55425

10924   ADAMS CLEAR & SAFE INDUSTRIES INC., 426 E. AYRE ST., NEWPORT, DE 19804

10925   ADAMS COMPANY, THE, PO BOX 43164, ATLANTA, GA 30336

10924   ADAMS CONCRETE INC., 227 ELMO BURTON LOOP, MINDEN, LA 71055

10924   ADAMS CONCRETE INC., PO BOX441, SIBLEY, LA 71073

10924   ADAMS CONCRETE PRODUCTS, 5701 MCCRIMMON PARKWAY, MORRISVILLE, NC 27560

10924   ADAMS CONCRETE PRODUCTS, PO BOX189, MORRISVILLE, NC 27560

10924   ADAMS CONCRETE, 106 LA SALLE STREET, DURHAM, NC 27705

10924   ADAMS CONCRETE, 5701 MCCRIMMON PARKWAY, MORRISVILLE, NC 27560

10924   ADAMS CONCRETE, HIGHWAY 7 SOUTH, SIBLEY, LA 71073

10924   ADAMS CONCRETE, HWY 70 EAST, KINSTON, NC 28501

10924   ADAMS CONCRETE, P O BOX 189, MORRISVILLE, NC 27560

10924   ADAMS CONCRETE, P O BOX 441, SIBLEY, LA 71073

10924   ADAMS CONCRETE, PO BOX 189, MORRISVILLE, NC 27560

10924   ADAMS CONSTRUCTION SERVICE, 519 JOHNSON FERRY ROAD, BUILDING A,SUITE 200, MARIETTA, GA 30068

10924   ADAMS CONSTRUCTION SERVICES, 519 JOHNSON FERRY ROAD, BLDG A, SUITE 200, MARIETTA, GA 30068

10924   ADAMS CONSTRUCTION SERVICES, CAMBRIDGE, MA 02140

10924   ADAMS CONSTRUCTION, 1679 COBB PARKWAY, MARIETTA, GA 30067

10925   ADAMS COUNTY TREASURER, PO BOX 869, BRIGHTON, CO 80601-0869

10925   ADAMS FLEET TIRE INC., PO BOX 897, CLARKSTON, GA 30021

10925   ADAMS INDUSTRIAL HOSE, INC, PO BOX 544, AUGUSTA, GA 30913-1999

10925   ADAMS JR, CHARLES, 105 AIRPORT RD LOT 54, SAINT SIMONS ISLAND, GA 31522-2834

10925   ADAMS JR, FREDERICK J, 823 S 67TH AVE, OMAHA, NE 68106-1115

10925   ADAMS JR, LOUIS, 8081 HOLLAND DR #4F, HUNTINGTON BEACH, CA 92647

10925   ADAMS JR, ROBERT, 10184 HWY 221, WOODRUFF, SC 29388-9484

10925   ADAMS JR., LOUIS, PO BOX 745, MEEKER, CO 81641

10925   ADAMS JT TEN, CHARLES W & KAREN, 13660 ZEHNER RD, ATHENS, AL 35611-7634

10925   ADAMS JT TEN, ERNEST P & MARY E, C/O MHT-BY PASS TRACERS, 3650 SW UPPER DRIVE, LAKE OSWEGO, OR 97035-4437

10924   ADAMS LUMBER, 6720 S. JORDON RD., ENGLEWOOD, CO 80112

10924   ADAMS LUMBER, 6720 SOUTH JORDAN RD, ENGLEWOOD, CO 80112

10924   ADAMS MARK CONFERENCE CENTER, 443 NORTH OLIVE STREET, DALLAS, TX 75201

10924   ADAMS MARK HOTEL, 120 CHURCH STREET, BUFFALO, NY 14202

10924   ADAMS MARK HOTEL, 430 SOLEDAD STREET, SAN ANTONIO, TX 78205

10924   ADAMS MARK HOTEL, C/O DIVERSIFIED THERMAL, SAN ANTONIO, TX 78205

10925   ADAMS MARK, FOURTH & CHESTNUT, ST. LOUIS, MO 63102

10925   ADAMS MONK, EBONI, 6980 ROSWELL ROAD APT B-7, ATLANTA, GA 30328

10924   ADAMS PAINT MFG, PO BOX 5276, LUBBOCK, TX 79417

10924   ADAMS PAINT MFG., 1416 N. UNIVERSITY, LUBBOCK, TX 79417

10924   ADAMS PAINT MFG., PO BOX 5276, LUBBOCK, TX 79417

10924   ADAMS POOL CO., ROUTE 3 BOX 677, TAYLORSVILLE, NC 28681

10925   ADAMS PRE, EIGHTY SIX, KALM, NY, NY 10044

10925   ADAMS PRE, EIGHTY SIX, KLEN, NY, NY 10067

10924   ADAMS PRODUCTS INC., 957 COUNTRY CLUB ROAD, FAYETTEVILLE, NC 28302

10924   ADAMS PRODUCTS, 6211 MARLAT STREET, WILMINGTON, NC 28405

10924   ADAMS PRODUCTS, 957 COUNTRY CLUB DRIVE, FAYETTEVILLE, NC 28301

10924   ADAMS PRODUCTS, 957 COUNTY CLUB DR, FAYETTEVILLE, NC 28301

10924   ADAMS REDI MIX CONCRETE, 11200 SHAW FERRY ROAD, LENOIR CITY, TN 37772

10924   ADAMS REDI-MIX CONCRETE, 11200 SHAW FERRY ROAD, LENOIR CITY, TN 37772

10924   ADAMS SPECIALTY OILS, 7301 JOHN GALT WAY, ARBUCKLE, CA 95912

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ADAMS SUPPLY, C/O WILLIS KNIGHT HEALTH FITNESS, SHREVEPORT, LA 71100

10925   ADAMS TECHNICAL MAINT SERVICES CO, 489 REDWOOD AVE, WOODBURY HEIGHTS, NJ 08097

10925   ADAMS THIENHAUS KNOX, 13 EAST COURT ST, SUITE 400, CINCINNATI, OH 45202

10924   ADAMS TRUCKING & SUPPLY, 3700 ROUTE 60 EAST226158, LESAGE, WV 25537

10924   ADAMS TRUCKING SUPPLY, 3700 ROUTE 60, BARBOURSVILLE, WV 25504

10924   ADAMS TRUCKING SUPPLY, BARBOURSVILLE, WV 25504

10925   ADAMS, ALFRED, 104 PINEDALE AVE, UNION, SC 29379

10925   ADAMS, ANGELA, 1950 MCGEE RD, SNELLVILLE, GA 30278

10925   ADAMS, APRIL, RD 1 BOX 58E, BRIDGEVILLE, DE 19933

10925   ADAMS, BEATRICE, 2755 WORTHINGTON DR SW, CEDAR RAPIDS, IA 52404-7338

10925   ADAMS, BETTY, 3525 RUFUS ST., FT WORTH, TX 76119

10925   ADAMS, BOBBIE, RR 1 BOX 112, CLIFTON, IL 60927

10925   ADAMS, BRAD, 511 E 2ND ST, BURKBURNETT, TX 76354

10925   ADAMS, BRENDA, 1100 PARK AVE APT 2, ANNISTON, AL 36201

10925   ADAMS, BRYAN, RT. 1, 102 12TH, LOCKPORT, LA 70374

10925   ADAMS, CAROL, 2 HAVER PLACE, WHITEHOUSE STN, NJ 08888

10925   ADAMS, CARSANDRA, 7306 RIDGE PARK, DALLAS, TX 75232

10925   ADAMS, CECILE, 5309 S MEADE AVE, CHICAGO, IL 60638

10925   ADAMS, CHARLES, PO BOX 669, PHENIX CITY, AL 36867

10925   ADAMS, CHER, PO BOX 6861, CHANDLER, AZ 85246

10925   ADAMS, CHERYL, 321 TURNER RD., ROME, GA 30161

10925   ADAMS, CHRISTINE, 1010 SOUTH PEARL ST., COLUMBUS, OH 43206

10925   ADAMS, CYNTHIA, 1502 JAMESTOWN WAY, JACKSON, MS 39211

10925   ADAMS, DALE, 241 EAST 69TH ST., CUT OFF, LA 70345

10925   ADAMS, DALTON, 907 FARGO ST, MAULDIN, SC 29662

10925   ADAMS, DANIEL, 1712 SIXTH ST, BETHLEHEM, PA 18017

10925   ADAMS, DARIA, 115 PLEASANT VIEW DR, MCMURRAY, PA 15317

10925   ADAMS, DARLENE, 1334 SADDLEBROOK CIRCLE#K58, INDIANAPOLIS, IN 46208

10925   ADAMS, DARRELL, 421 PRIMROSE DR, SULPHUR, LA 70663

10925   ADAMS, DAVID A, 158 MOUNTAIN VIEW PARADE, MACLEOD, VICTORIA, 03085AUSTRALIA          *VIA Deutsche Post*

10925   ADAMS, DAWN, 6213 APT. D MONTEGO, CHARLOTTE, NC 28215

10925   ADAMS, DEBBIE, 210 WHEELER ROAD, BAY MINETTE, AL 36507

10925   ADAMS, DEBRA, 4858 S 94 PLAZA E17, OMAHA, NE 68127

10925   ADAMS, DENA, 1742 MOHICAN ST, PHILADELPHIA, PA 19138

10925   ADAMS, DEONNE, 551 TOWOODS ROAD, WESTMINSTER, SC 29693

10925   ADAMS, DIANA, 4308 EDGEHILL, WICHITA FALLS, TX 76305

10925   ADAMS, DWIGHT, 110 MIDWAY LANE, ROANOKE RAPIDS, NC 27870-9568

10925   ADAMS, ERNEST, PO BOX 686, MAYSVILLE, OK 73057

10925   ADAMS, ESTHER, 2344 OPPIO, SPARKS, NV 89431

10925   ADAMS, GAYNELL, 6045 ARIZONA AVE, BALTIMORE, MD 21206

10925   ADAMS, GEORGE, 375 KLOCKNER RD, TRENTON, NJ 08619

10925   ADAMS, GLENN, 5000 8TH AVE. WYLAM, BIRMINGHAM, AL 35224

10925   ADAMS, GORDON, 3843 PIPERS MEADOW, SAN ANTONIO, TX 78251

10925   ADAMS, GRACE, 2938 NORTH 17TH ST, MILWAUKEE, WI 53206

10925   ADAMS, GREGORY, 206 NORTHWOODS RD., MANHASSET, NY 11030

10925   ADAMS, GREGORY, 5555 WHITBY RD, BALTIMORE, MD 21206

10925   ADAMS, GREGORY, 67 FOREST ST, MEDFORD, MA 02155

10925   ADAMS, HENNIE, 5338 HARDING RD, PENNSAUKEN, NJ 08109

10925   ADAMS, HILDA, 5314 CHOCOLATE BAYON, MANVEL, TX 77578

10925   ADAMS, JACQUELINE, 169 COOLEY ST, SPRINGFIELD, MA 01128

10925   ADAMS, JAMES, 20 LANTERN LN, MANSFIELD, MA 02048

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ADAMS, JAMES, 2001 MAIN ST, WILLISTON, ND 58801

10925   ADAMS, JAMES, 9314 PINE RIDGE RD., OOLTEWAH, TN 37363

10925   ADAMS, JANELLE, 5405 DENISON PLACE, SPRINGFIELD, VA 22151

10925   ADAMS, JASON, 20 LANTERN LN, MANSFIELD, MA 02048

10925   ADAMS, JEFFREY, 375 KLOCKNER AVE., TRENTON, NJ 08619

10925   ADAMS, JENNIFER, 1100 E WYOMSNG BLVD APT 26B, READING, PA 19611

10925   ADAMS, JEREMY, 604 WHITE PATH DRIVE, DALTON, GA 30721

10925   ADAMS, JEWELL, 151 ADAMS CIRCLE, DUNCAN, SC 29334

10925   ADAMS, JIMMY, PO BOX 31, RED OAK, OK 74563

10925   ADAMS, JO, 4811 5TH AVE W, PALMETTO, FL 34221

10925   ADAMS, JOAN, 11811 7TH AVE., HESPERIA, CA 92345

10925   ADAMS, JODY, 227 PEYTRAL DR, RACELAND, LA 70394

10925   ADAMS, JOHN, 12036 MEADOW GATE, EL PASO, TX 79936

10925   ADAMS, JOHN, PO BOX 8782, ENNIS, TX 75120

10925   ADAMS, JON, PO BOX 1023A, CORNETTSVILLE, KY 41731

10925   ADAMS, JUDY, 2512 ABNER CREEK RD, GREER, SC 29651

10925   ADAMS, JUDY, 657 LINCOLN ST, WOOSTER, OH 44691

10925   ADAMS, KAREN, 706 BELLE CHASSE HWY. SOUTH, BELLE CHASSE, LA 70037

10925   ADAMS, KAY F, PO BOX 229, DAVENPORT, WA 99122-0229

10925   ADAMS, KELLY, 782 E BUTLER RD #514, MAULDIN, SC 29662

10925   ADAMS, KENNETH, PO BOX 595, SHORTSVILLE, NY 14548

10925   ADAMS, KEVIN, 3403 WELLINGTON LANE, WICHITA FALLS, TX 76305

10925   ADAMS, KEVIN, 522 KANSAS WOODS COURT, ORLANDO, FL 32824

10925   ADAMS, LA, 1325 MILL CREEK RD., MCKINLEYVILLE, CA 95521

10925   ADAMS, LARRY, PO BOX 160, CANDIA, NH 03034

10925   ADAMS, LISABETH, 1317 E TURTLE CREEK CIRCLE, PALATINE, IL 60074

10925   ADAMS, LISABETH, 502 AVE G #27, LOS ANGELES, CA 90040

10925   ADAMS, LORRAINE, PO BOX 82, BRIER HILLS, NY 13614

10925   ADAMS, LOUIS, 8726 LAMAR ST., SPRING VALLEY, CA 91977

10925   ADAMS, LUCILLE, 2291-1 JONESBORO RD., ATLANTA, GA 30375

10925   ADAMS, LYNN, 8145 VICTORIA LANE, CUMMING, GA 30130

10925   ADAMS, MARGIE, S 19 MOLTER, LIBERTY LAKE, WA 99019

10925   ADAMS, MARION, PO BOX 361, DUNCAN, SC 29334-0361

10925   ADAMS, MARNEY, 971 STORMY LANE, JONESBORO, GA 30236

10925   ADAMS, MARTHA, 2619 HENDERSON, MEMPHIS, TN 38127

10925   ADAMS, MARVIN, 811 SMITH ST EXT, DONALDS, SC 29638

10925   ADAMS, MARY, 1091 FOREST RIDGE DR, CONCORD, NC 28027

10925   ADAMS, MARY, 274 RICHARD BASSETT, DOVER, DE 19901

10925   ADAMS, MAY, 69 AVERDONE ST, LOWELL, MA 01850

10925   ADAMS, MERLIN, 2424 MAIN ST, WOODWARD, OK 73801

10925   ADAMS, MICHAEL, 1861 LYLE AVE., COLLEGE PARK, GA 30337

10925   ADAMS, MICHAEL, RT 1 BOX 125A, GARYSBURG, NC 27831

10925   ADAMS, MICHELE, 10 MAC ALPINE WAY, DANBURY, CT 06811

10925   ADAMS, MICHELLE, 1002 W LOUISA, IOWA PARK, TX 76367

10925   ADAMS, MICHELLE, 950 EAST-WEST HWY, TAKOMA PARK, MD 20912

10925   ADAMS, NANCY, PO BOX 1524, KEMAH, TX 77565

10925   ADAMS, NEIL, 1020 W. MAIN ST., ASHLAND, OH 44805

10925   ADAMS, NONALD, 5547 KY 142, PHILPOT, KY 42366

10925   ADAMS, PATRICIA, 221 BLUE MEADOW DRIVE, MIDDLETOWN, CT 06457

10925   ADAMS, PATRICK, 504 1/2 COLUMBIA AVE, MONROE, LA 71203

10925   ADAMS, PAUL, 547 ST MARK RD, TAYLORS, SC 29687

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ADAMS, PHIL, 1134 ALTA LOMA ROAD, SUITE 107, W HOLLYWOOD, CA 90069 | |
| 10925 | ADAMS, PHILLIP, 333 CLORER, FORT COLLINS, CO 80521 | |
| 10925 | ADAMS, PHILLIP, 333 CLOVER LANE, FORT COLLINS, CO 80521 | |
| 10925 | ADAMS, POLLOCK, RT 1 BOX 1251, JEFFERSON, GA 30549 | |
| 10925 | ADAMS, RANDY, 51173 CARNEGIA RD, FRANKLINTON, LA 70438 | |
| 10925 | ADAMS, RAY, 6711 BICKHAM LANE, CHARLOTTE, NC 28269 | |
| 10925 | ADAMS, RAY, RT. 4 ERIESBURG CH. RD., WINSTON-SALEM, NC 27103 | |
| 10925 | ADAMS, RICHARD, 2545 KYLE ST, LAKELAND, FL 33801 | |
| 10925 | ADAMS, ROBERT A, 3 WOODHOLM LN, MANCHESTER, MA 01944-1057 | |
| 10925 | ADAMS, ROBERT, 10 OCEAN VIEW AVE, MATTAPOISETT, MA 02739 | |
| 10925 | ADAMS, ROBERT, 1355 W 9TH ST, LAKELAND, FL 33805-3316 | |
| 10925 | ADAMS, ROBERT, 907 FARGO ST, MAULDIN, SC 29662 | |
| 10925 | ADAMS, RONNIE, PO BOX 164, RED OAK, OK 74563 | |
| 10925 | ADAMS, RUSSELL, 5105 KY. 142, PHILPOT, KY 42366 | |
| 10925 | ADAMS, SAMUEL, PO BOX 7040, NIKISKI, AK 99635-7040 | |
| 10925 | ADAMS, SANDRA, 9616 W. 238TH, SCHNEIDER, IN 46376 | |
| 10925 | ADAMS, SHANNON, 24 LINCOLN AVE #26, IOWA CITY, IA 52246 | |
| 10925 | ADAMS, SHERRY, BOX 242, LAS VEGAS, NM 87701 | |
| 10925 | ADAMS, STEPHANIE, 105 CAEDMON CT, GREER, SC 29651 | |
| 10925 | ADAMS, TAMMY, 718 SPATES, CHANNELVIEW, TX 77530 | |
| 10925 | ADAMS, THOMAS, 4001 PELHAM RD APT 64, GREER, SC 29650 | |
| 10925 | ADAMS, TIMOTHY, 7428 N. 43RD. AVE., GLENDALE, AZ 85301 | |
| 10925 | ADAMS, VICTOR, 571 SOUTH ST, 4, GLENDALE, CA 91203 | |
| 10925 | ADAMS, W. JACK, 470 HIMALAYA AVE, BROOMFIELD, CO 80020 | |
| 10925 | ADAMS, WALTER, 381 CCC CAMP ROAD, GREER, SC 29651 | |
| 10925 | ADAMS, WILLIAM, 13975 REDBUD LANE, EDMOND, OK 73034 | |
| 10925 | ADAMS, WILLIAM, 3817 CROSBY DRIVE NW, ATLANTA, GA 30331 | |
| 10925 | ADAMS, WILLIAM, 730 SOUTH OSPREY AVE, SARASOTA, FL 34236 | |
| 10925 | ADAMS, WILLIE, 8518 TILGHAM ST, HOUSTON, TX 77029-3246 | |
| 10925 | ADAMS, YTISRA, 2291 JONESBORO RD SEAPT D 67, ATLANTA, GA 30315 | |
| 10925 | ADAMSON JR, V CASSEL, 6510 THREE CHOPT RD, RICHMOND, VA 23226-3119 | |
| 10925 | ADAMSON, DEBBIE, R D #2 BOX 410-A, LEMONT FURNANCE, PA 15456 | |
| 10925 | ADAMSON, ERIC, 15136 CR 195, TYLER, TX 75703 | |
| 10925 | ADAMSON, LORI, 12105 GREEN LEDGE COURT #202, 202, FAIRFAX, VA 22033 | |
| 10925 | ADAMSON, REX, 5409 17TH ST, LUBBOCK, TX 79416 | |
| 10925 | ADAMS-ROCHA, RHONDA, 21 FAWN CIRCLE, RANDOLPH, MA 02368 | |
| 10925 | ADAN, VERA, 4101 W ANDERSON DR, GLENDALE, AZ 85308 | |
| 10925 | ADAO, JOHN, RUA DA SILVA 7-1, 14950PORTUGAL | *VIA Deutsche Post* |
| 10925 | ADAPTIVE CONTROLS, INC, 11848 S. HARRELLS FERRY RD., STE E, BATON ROUGE, LA 70816 | |
| 10925 | ADAPTIVE CONTROLS, INC, 3387 LAUREL, STE. 210, BEAUMONT, TX 77707 | |
| 10925 | ADAPTIVE CONTROLS, INC, 419 CENTURY PLAZA DR STE 200, HOUSTON, TX 77073 | |
| 10924 | ADAPTIVE TECHNOLOGY, 730 KENOAK DRIVE, PLACENTIA, CA 92670 | |
| 10925 | ADARVE, HERNANDO, 276 ENGLE ST #3B, ENGLEWOOD, NJ 07631 | |
| 10925 | ADARVE, PATRICIA, 276 ENGLE ST, ENGLEWOOD, NJ 07631 | |
| 10925 | ADASAVAGE, CONSTANCE, 12 CROOKED RD., FEASTERVILLE, PA 19053 | |
| 10925 | ADB SYSTEMS, INC, 2777 ALLEN PKWY, SUITE 1130, HOUSTON, TX 77019 | |
| 10925 | ADB-ALNACO, 977 GRAHANNA PKWY, COLUMBUS, OH 43230 | |
| 10924 | ADC ELECTRIC INC., C/O MCI 2477 GATEWAY, IRVING, TX 75061 | |
| 10925 | ADC TELECOMMUNICATIONS, PO BOX 93283, CHICAGO, IL 60673-3283 | |
| 10925 | ADCHEM ADHESIVES OF, 75 ELMVIEW AVE, HAMBURG, NY 14075 | |
| 10925 | ADCHEM INC, 1650 AIRPORT RD, KENNESAW, GA 30144 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ADCHEM INC, 369 PROGRESS DRIVE, MANCHESTER, CT 06040

10925 ADCHEM, 625 MAIN ST, WESTBURY, NY 11590

10925 ADCO EQUIPMENT, PO BOX 2100, CITY OF INDUSTRY, CA 91746

10924 ADCO PRODUCTS, INC., 4401 PAGE AVE., MICHIGAN CENTER, MI 49254

10924 ADCO SERVICES INC, PO BOX1129, TINLEY PARK, IL 60477

10924 ADCOCK POOL, SPA & BILLIARDS, 24 POOL SPA ROAD, ELLISVILLE, MS 39437

10924 ADCOCK POOLS, HIGHWAY 29 NORTH, ELLISVILLE, MS 39437

10925 ADCOCK, ADANA K, 204 S SMITH ST, SANDERSVILLE GA, GA 31082

10925 ADCOCK, ANGELA, 9430 GUERNSEY CT, CHARLOTTE, NC 28213

10925 ADCOCK, CHARLES, 1504 LIBERTY DRIVE, LEXINGTON, NE 68850

10925 ADCOCK, EVELYN, 420 W RIVER ST., MOMENCE, IL 60954

10925 ADCOCK, HENRY, RT 1 BOX 346, MORVEN, NC 28119

10925 ADCOCK, LEONA, 420 W RIVER, MOMENCE, IL 60954

10925 ADCOCK, LINDA, 190 S IRWIN ST, SAFETY HARBOR, FL 34695

10925 ADCOCK, TOMMY, 811 NORTH PARKER, NIXON, TX 78140

10925 ADCOM CORPORATION, 3710 PARK CENTRAL BLVD NO, POMPANO BEACH, FL 33064

10925 ADCOM PRODUCTS INC., 170 KERRY PLACE, NORWOOD, MA 02062

10925 ADCOX, RICHARD, RT. 1, BOX 212, SANDY HOOK, MS 39478

10925 ADDERHOLDT, JOHN, 204 TANNER ROAD, TAYLORS, SC 29687-9657

10925 ADDESSO, LUCY, 6414 WAVERLY COURT, FAYETTEVILLE, NC 28304

10925 ADDICTION RESEARCH FOUNDATION, PO BOX 1299, PALO ALTO, CA 94302-1299

10925 ADDIE HAYWOOD, 10700 FULLER AVE, KANSAS CITY, MO 64134-2603

10925 ADDIS M MIRE, 11305 HWY 73, GEISMAR, LA 70734-3326

10925 ADDIS, CARRIE, 169 BIRCH LN, ROEBUCK, SC 29376

10925 ADDISON & ASSOCIATES, PO BOX 2756, ORLEANS, MA 02653

10925 ADDISON AND ASSOCIATES, PO BOX 2756, ORLEANS, MA 02653

10925 ADDISON C LAWTON &, MARY RUTH LAWTON JT TEN, 10304 E 30TH, INDEPENDENCE, MO 64052

10925 ADDISON WHITNEY, 301 SOUTH COLLEGE ST , SUITE3800, CHARLOTTE, NC 28202

10925 ADDISON, CYNTHIA, 4220 EVELYN DR., BOSSIER CITY, LA 71112

10925 ADDISON, JAMES, 16035 HWY 40 EAST, INDEPENDENCE, LA 70443

10925 ADDISON, JERRY, 5234 OLD EAGLE LAKE ROAD, WINTER HAVEN, FL 33880

10925 ADDISON, KIM, 1703 CHAMPAGNE AVE #, AUGUSTA, GA 30909

10925 ADDISON, MOODY, 208 W. 151ST ST, GALLIANO, LA 70354

10925 ADDISON-JONES, FREIDA, 223 PINE COVE DRIVE, INMAN, SC 29349

10925 ADDO-OBOUBI, WALLACE, 1062 N ORANGE ST., RIVERSIDE, CA 92501

10925 ADDPOVENRHALL, INC, 10 CORPORATE PLACE SOUTH, PISCATAWEH, NY 08854

10925 ADDY, WILLIAM, 118 HUGHLETT ST, EASTON, MD 21601

10925 ADECCO EMPLOYMENT SERVICES, DEPT LA 21250, PASADENA, CA 91185-1250

10925 ADECCO EMPLOYMENT SERVICES, PO BOX 360161M, PITTSBURGH, PA 15250

10925 ADECCO, PO BOX 371084, PITTSBURGH, PA 15250-7084

10925 ADELA MAVROS, 14 CALLE 29-31 CIUDAD DE PLATA II, ZONA 7, GUATEMALA CITY, GUATEMALA      *VIA Deutsche Post*

10925 ADELAIDE B MCCONNELL, 300 SO HIGH ST, URBANA, OH 43078-2017

10925 ADELAIDE R BATES, TOPTON LUTHERAN HOME, TOPTON, PA 19562

10925 ADELAIDE VIRGINIA RYAN, 107 OSPREY BAY, WASHINGTON, NC 27889-8802

10925 ADELE B SALLE TTEE, UA DATED 03-05-80, THE ADELE B SALLE TR, 12188 TERRENCE AVE, SARATOGA, CA 95070-3347

10925 ADELE C HARRIS TR UA JUN 27 90, FBO ADELE C HARRIS, PO BOX 233, ENGLEWOOD, FL 34295-0233

10925 ADELE C MCKAMY, CO WILLIAM J MCKAMY, 2717 NW 52ND CT, TAMARAC, FL 33309-2530

10925 ADELE HIRSCHHORN &, SIDNEY HIRSCHHORN JT TEN, 327 THREE BRIDGE, NESHANIC, NJ 08853-0000

10925 ADELE LYNN CALVERT, 327 WOODLAWN DR RD 2, BETHLEHEM, PA 18017-0000

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ADELIA V RAMIREZ TR, UA 03 14 95, ADELIA V RAMIREZ TRUST, 431 FAIRWAY RD, LINDEN, NJ 07036-5410

10925   ADELINA DE SALAZAR, C/560, 1408 NW 82ND AVE., MIAMI, FL 33126

10925   ADELINE B CALVERT, 327 WOODLAWN DR RD 2, BETHLEHEM, PA 18020-9635

10925   ADELINE E GLENA, 4212 DAY RD, LOCKPORT, NY 14094-9412

10925   ADELINE M KANE, 1620 43RD AVE E 16A, SEATTLE, WA 98112-3209

10925   ADELINE R CONWAY, 9 WOODLAND AVE, BRONXVILLE, NY 10708-3208

10924   ADELL PLASTICS, INC., 4530 ANNAPOLIS ROAD, HALETHORPE, MD 21227

10925   ADELMA P GILLESPIE, 773 RTE 9W, NYACK, NY 10960-5020

10925   ADELMAN, LISA, 2020 F ST NW, WASHINGTON, DC 20006

10925   ADELMAN, MICHAEL, 2051 SERENDIPITY WAY, SKIPPACK, PA 19474

10925   ADELMAN, ROBIN, PO BOX 6283, DELRAY BEACH, FL 33482

10925   ADELPHIA BUSINESS SOLUTIONS, PO BOX 931843, ATLANTA, GA 31193-1843

10925   ADELPHIA BUSINESS SOLUTIONS-959, PO BOX 932003, ATLANTA, GA 31193-2003

10925   ADELSON, GOLDEN, LORIA & SIMONS, PC, 1 INTERNATIONAL PL SUITE 1120, BOSTON, MA 02110

10925   ADEMCO MANUFACTURING, 171 EILEEN WAY, SYOSSET, NY 11791

10925   ADEMCO, DIV OF PITTWAY, ATTN ACCTS PAYABLE, 165 EILEEN WAY, SYOSSET, NY 11791

10924   ADEPT CONSTRUCTION, 740 HWY 281 SOUTH, PLEASANTON, TX 78064

10925   ADEPT INC, PO BOX 11512, BOSTON, MA 02211

10925   ADEPT INCORPORATED, PO BOX 11512, BOSTON, MA 02211

10925   ADER, EUGENE, 6059 BUCK BLVD., INDIANAPOLIS, IN 46237

10924   ADERHOLT SPECIALTIES, 1557 CUMMINS DR, MODESTO, CA 95351

10924   ADERHOLT SPECIALTIES, 1557 CUMMINS DR., MODESTO, CA 95351

10924   ADERHOLT SPECIALTIES, C/O SAN FRANCISCO GRAVEL, REDWOOD CITY, CA 94059

10924   ADERHOLT SPECIALTY COMPANY INC., 1557 CUMMINS DR., MODESTO, CA 95358-6413

10924   ADERHOLT SPECIALTY, 1833 CLAYTON AVENUE, MODESTO, CA 95351

10924   ADERHOLT SPECIALTY, 1833 CLAYTON, MODESTO, CA 95350

10924   ADERHOLT, 1557 CUMMINS DRIVE, MODESTO, CA 95358

10924   ADERHOLT/#10-0011 BISHOP RANCH, 6101 BOWENGER CANYON RD., SAN RAMON, CA 94583

10924   ADERHOLT/10TH ST. PLAZA, 10TH ST., MODESTO, CA 95351

10924   ADERHOLT/1730 N. FIRST ST., SAN FRANCISCO GRAVEL, SAN JOSE, CA 95113

10924   ADERHOLT/211 MAIN ST., 2ND FLOOR, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924   ADERHOLT/2126 ONELL DR., VALORI THOMPSON BUILDING MATERIALS, SAN JOSE, CA 95113

10924   ADERHOLT/5815 PELADEAV, CEN CAL WALLBOARD SUPPLY, EMERYVILLE, CA 94608

10924   ADERHOLT/B.T.V., SACRAMENTO, CA 94203

10924   ADERHOLT/BISHOP RANCH, CEN CAL WALLBOARD SUPPLY, SAN RAMON, CA 94583

10924   ADERHOLT/BISHOP RANCH, N. CANYON & ACOSTA, SAN RAMON, CA 94583

10924   ADERHOLT/BISHOP RANCH, SAN RAMON, CA 94583

10924   ADERHOLT/BOY SCOUTS, CEN CAL WALLBOARD SUPPLY, SAN JOSE, CA 95113

10924   ADERHOLT/BTV CROWN INVESTMENTS, 2890 GATEWAY OAKS, SACRAMENTO, CA 94203

10924   ADERHOLT/CORPORATE TECHNOLOGY, CEN CAL WALBOARD SUPPLY, SAN JOSE, CA 95113

10924   ADERHOLT/DOBB'S KITCHEN/SF AIRPORT, C/O SF GRAVEL, SAN FRANCISCO, CA 94142

10924   ADERHOLT/EFI, 303 VELOCITY RD., FOSTER CITY, CA 94404

10924   ADERHOLT/EFI, SAN FRANCISCO GRAVEL, FOSTER CITY, CA 94404

10924   ADERHOLT/ELECTRONICS, ALTA BUILDING MATERIALS, REDWOOD CITY, CA 94059

10924   ADERHOLT/EMERALD POINT, CEN CAL WALLBOARD SUPPLY, DUBLIN, CA 94568

10924   ADERHOLT/ESQUIRE PLAZA, 13TH & J ST., SACRAMENTO, CA 94203

10924   ADERHOLT/ESSENTIAL SERVICES, STOCKTON, CA 95215

10924   ADERHOLT/GATEWAY, CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924   ADERHOLT/GREEN WASTE, CEN CAL WALLBOARD SUPPLY, SAN JOSE, CA 95113

10924   ADERHOLT/HEWLETT PACKARD, 395 PAGEMILL RD., PALO ALTO, CA 94301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|-----------------------------|

10924    ADERHOLT/HEWLETT PACKARD, SAN FRANCISCO GRAVEL, 10951 N. FANTAU, CUPERTINO, CA 95014

10924    ADERHOLT/KAISER MEDICAL CENTER, 1425 SOUTH MAIN ST., WALNUT CREEK, CA 94596

10924    ADERHOLT/KAISER-M.O.B., CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924    ADERHOLT/MARRIOTT COURTYARD, EMERYVILLE, CA 94608

10924    ADERHOLT/MISSION TOWERS, SANTA CLARA, CA 95050

10924    ADERHOLT/NORDSTROMS, 1111 ROSEVILLE PKWY., ROSEVILLE, CA 95661

10924    ADERHOLT/NOVELL, N. 1ST & GUADALUPE, SAN JOSE, CA 95101

10924    ADERHOLT/O'NELL, VALORI THOMPSON, SAN JOSE, CA 95101

10924    ADERHOLT/ORACLE, 300 ISLAND PKWY., BELMONT, CA 94002

10924    ADERHOLT/ORACLE, C/O SAN FRANCISCO GRAVEL, 600 ORACLE PARKWAY, BELMONT, CA 94002

10924    ADERHOLT/PACIFIC SHORES, 1000 PACIFIC SHORES - BLDG. #9, REDWOOD CITY, CA 94059

10924    ADERHOLT/PARKSIDE TOWERS, 1001 E. HILLSDALE BLVD., FOSTER CITY, CA 94404

10924    ADERHOLT/SAFEWAY, PLEASANTON, CA 94566

10924    ADERHOLT/SAK'S FIFTH AVENUE, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924    ADERHOLT/SALIDA SCHOOL, SALIDA, CA 95368

10924    ADERHOLT/SAN JOSE BUS. CENTER, VALORI THOMPSON BUILDING MATERIALS, SAN JOSE, CA 95101

10924    ADERHOLT/SANTA CLARA HILTON, SANTA CLARA, CA 95050

10924    ADERHOLT/SHAKLI, 4747 WILLOW RD., PLEASANTON, CA 94566

10924    ADERHOLT/STANFORD UNIVERSITY, CEN CAL WALLBOARD SUPPLY, PALO ALTO, CA 94305

10924    ADERHOLT/STANISLAUS SURGERY CENTER, OAKDALE RD. & ORANGEBURG, MODESTO, CA 95351

10924    ADERHOLT/THE BUCK CENTER, 8001 REDWOOD RD., NOVATO, CA 94945

10924    ADERHOLT/TRAVIS FED. CREDIT UNION, 1500 ALLISON DR., VACAVILLE, CA 95687

10924    ADERHOLT/TREAT TOWERS, CEN CAL WALLBOARD SUPPLY, WALNUT CREEK, CA 94596

10924    ADERHOLT/U.C. DAVIS, SAN FRANCISCO GRAVEL, HWY. 80 & DAVIS, DAVIS, CA 95616

10924    ADERHOLT/WOOD FIN HOTEL, EMERYVILLE, CA 94608

10925    ADEUS, VESTA, 55 NW 39 ST, MIAMI, FL 33127

10925    ADEWALE, KOLAPO, 400 FRANKFORT RD, MONACA, PA 15061

10925    ADFIL-DK, SNEDKERVEJ 1, VARDE, 1 06800DENMARK                    *VIA Deutsche Post*

10925    ADGAR, CALVIN, RTE. 1 BOX 497, MANNING, SC 29102

10925    ADGATE, MARGARET, 91 NASHUA ST, WOBURN, MA 01801-4448

10924    ADHERON COATINGS, 16420 SOUTH KILBOURN AVENUE, OAK FOREST, IL 60452

10924    ADHERON COATINGS, PURCHASING DEPT., 16420 SOUTH KILBOURN AVENUE, OAK FOREST, IL 60452

10925    ADHESIVE & PACKAGING SYSTEMS, INC, 448 SOUTH FIRST AVE. UNIT 300, HILLSBORO, OR 97123

10925    ADHESIVE INFORMATION SERVICES INC, POBOX 1123, MISHAWAKA, IN 46546-1123

10925    ADHESIVE PACKAGING SPECIALTIES INC, 103 FOSTER ST, PEABODY, MA 01960

10925    ADHESIVE PACKAGING SPECIALTIES INC, POBOX 31, PEABODY, MA 01960

10924    ADHESIVES & CHEMICALS, 131 BROWN STREET, PITTSTON, PA 18640

10925    ADHESIVES & TAPES, 1945 CAMINO VIDA ROBLE SUITE F, CARLSBAD, CA 92008

10925    ADHESIVES & TAPES, 1945 CAMINO VIDA ROBLE, CARLSBAD, CA 92008

10925    ADHESIVES RESEARCH INC, PO BOX 62065, BALTIMORE, MD 21264-2065

10924    ADHESIVES RESEARCH, INC., PO BOX 100, GLEN ROCK, PA 17327

10924    ADHESIVES RESEARCH, INC., ROUTE 216 / WEST OF I-83, MONT ALTO, PA 17237

10925    ADHYA, MITA, 984 HAMPTON PARK, BARRINGTON, IL 60010

10925    ADI CONTROL TECHNIQUES, 2512 TRIPALDI WAY, HAYWARD, CA 94545

10924    ADI, 2500 ALMEDA AVE, STE 107, NORFOLK, VA 23513

10924    ADI, 25977 CANYON CREEK ROAD, WILSONVILLE, OR 97070

10924    ADI, 2877 SILVER DRIVE, COLUMBUS, OH 43211

10925    ADI, PO BOX 950, SYOSSET, NY 11791

10925    ADIA PERSONNEL SERVICES, POBOX 360161M, PITTSBURGH, PA 15250

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ADIBOARD, CEP 13213-000, JUNDIAI, BRAZIL | *VIA Deutsche Post* |
| 10925 | ADIC, PO 34935, SEATTLE, WA 98124-1935 | |
| 10924 | ADICCOM INC, CAMBRIDGE, MA 02140 | |
| 10924 | ADICCOM INCORP, 1683 DEWEY AVENUE, ROCHESTER, NY 14606 | |
| 10925 | ADIE E. HAMMOND, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | ADIGHIJE, VALERIE, 405 VANN ST SW, JACKSONVILLE, AL 36265 | |
| 10925 | ADIL, LINDA, 81 HAMMOND PLACE, WOBURN, MA 01801 | |
| 10924 | ADIM BUILDING, 55755 LUNDY PARKWAY, DEARBORN, MI 48126 | |
| 10925 | ADIMORA, LEMMY, PO BOX 1561, GREENVILLE, SC 29602 | |
| 10925 | ADIRONDACK DIRECT, 31-01 VERNON BLVD., LONG ISLAND CITY, NY 11106 | |
| 10925 | ADIRONDACK DIRECT, 31-01 VERNON BLVD., LONG ISLAND CITY, NY 11107 | |
| 10925 | ADJACENT LANDOWNERS TO REAL PROPERT, SOUTH ST, WALPOLE, MA | |
| 10924 | ADJUNTAS READY MIX, ADJUNTAS, PR 601PUERTO RICO | *VIA Deutsche Post* |
| 10924 | ADJUNTAS READY MIX, ATTN: ACCOUNTS PAYABLE, ADJUNTAS, PR 601PUERTO RICO | *VIA Deutsche Post* |
| 10924 | ADJUNTAS READY MIX-USE #500248, BOX 646, ADJUNTAS, PR 644PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ADJUSTCO INC, PO BOX 370, WHITE PLAINS, NY 10603 | |
| 10925 | ADJUSTCO INC., PO BOX 370, WHITE PLAINS, NY 10603 | |
| 10925 | ADJUSTCO, INC, PO BOX 370, WHITE PLAINS, NY 10603 | |
| 10924 | ADKINS CONSTRUCTION CO, 1301 PORTLAND AVE, LOUISVILLE, KY 40203 | |
| 10924 | ADKINS CONSTRUCTION COMPANY, INC., CAMBRIDGE, MA 02140 | |
| 10925 | ADKINS, CAROL, 207 OLD MAGOTHY BRDGE RD, PASADENA, MD 21122 | |
| 10925 | ADKINS, CHARLES, 1412 FULTON ST., NEW IBERIA, LA 70560 | |
| 10925 | ADKINS, DONALD, 4742 1ST AVE, AUBURNDALE, FL 33823 | |
| 10925 | ADKINS, FRANCES, PO BOX 1021, SIMPSONVILLE, SC 29681 | |
| 10925 | ADKINS, JIM, 1-A HOLLYWOOD LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | ADKINS, JOLENE, 8024 GROVE RD, BROOKSVILLE, FL 34613 | |
| 10925 | ADKINS, KENNETH, 12064 KY 1389, LEWISPORT, KY 42351 | |
| 10925 | ADKINS, KENNETH, 9920 HILLYARD AVE., BATON ROUGE, LA 70809 | |
| 10925 | ADKINS, MANERVIA, 1534 COURT ST, PORT ALLEN, LA 70767 | |
| 10925 | ADKINS, MICHAEL, 2111 FERNDALE LANE, ARLINGTON, TX 76006 | |
| 10925 | ADKINS, MICHAEL, 798 JOSEPH CLUB DR, MABLETON, GA 30059 | |
| 10925 | ADKINS, MICHELLE, RT2 BOX 132, ATHENS, TN 37370 | |
| 10925 | ADKINS, MURL, 1249 SLATE RUN ROAD, NEW ALBANY, IN 47150 | |
| 10925 | ADKINS, NATHANIEL, 321 W PALM AVE, TAMPA, FL 33602-2027 | |
| 10925 | ADKINS, RUBY PATTON, 1283 GRACE ST, MANSFIELD, OH 44905 | |
| 10925 | ADKINS, SUSAN, 973 FLATCAR LANE, SPARKS, NV 89431 | |
| 10925 | ADKINS, THOMAS, 38252 RIVER DRIVE, LEBANON, OR 97355 | |
| 10925 | ADKINS, TRICIA, 6255 HARBIN WOOD DR, MORROW, GA 30260 | |
| 10925 | ADKINS, TROY, 4714 DOE RUN DRIVE, OWENSBORO, KY 42303 | |
| 10925 | ADKINS, VICKY, 3510 NEWBURG RD #D-38, LOUISVILLE, KY 40218 | |
| 10925 | ADKINS, WILLIAM, 1013 BLANTON DRIVE, EAST RIDGE, TN 37412 | |
| 10924 | ADKISON READY MIX, ATTN: ACCOUNTS PAYABLE, TOMBALL, TX 77375 | |
| 10924 | ADKISON READY MIX, HWY 249, MAGNOLIA, TX 77355 | |
| 10924 | ADKISON READY MIX, P. O. BOX 1209, TOMBALL, TX 77375 | |
| 10924 | ADKISON READY MIX, PLANT 2, TOMBALL, TX 77375 | |
| 10924 | ADKISON READY MIX, WEST OF 290 OFF HWY 6, HOUSTON, TX 77100 | |
| 10925 | ADL, 1081 SHARY CIRCLE, CONCORD, CA 94518 | |
| 10925 | ADLA V POLIVCHAK, 9200 PEARL RD, CLEVELAND, OH 44136-1403 | |
| 10925 | ADLEMAN, KAREN, 535 N. SUNSET, FT. COLLINS, CO 80521 | |
| 10925 | ADLER DISPLAY, 1101 EAST 25TH ST, BALTIMORE, MD 21218-5580 | |
| 10925 | ADLER DISPLAY, 7140 WINDSOR BLVD, BALTIMORE, MD 21244 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ADLER PLANTARIUM, 1300 SOUTH LAKESHORE DRIVE, CHICAGO, IL 60605 | |
| 10925 | ADLER, DEBORAH, 303 WILLIAM DRIVE, BROWNSBURG, IN 46112 | |
| 10925 | ADLER, MAURICE, CUST FOR LAWRENCE ADLER, UNIF GIFT MIN ACT NY, 221 WEST 82ND ST APT 3C, NEW YORK, NY 10024-5407 | |
| 10925 | ADLER, STEPHANIE, 4297 NEW HOPE CH. RD, ACWORTH, GA 30102 | |
| 10925 | ADLER, WARREN, 15715 REGAL HILL CIR, DALLAS, TX 75248-4234 | |
| 10925 | ADLEY, BRENDA, 1039 REEDY DRIVE, WADSWORTH, OH 44281 | |
| 10925 | ADLEY, ELLA, 2502 BABCOCK RD., SAN ANTONIO, TX 78229 | |
| 10925 | ADLEY, STEPHEN, 368 CARUTHERS RD, TALLMADGE, OH 44278 | |
| 10924 | ADM AGRI INDUSTRIES LTD., 5550 MAPLEWOOD DRIVE, WINDSOR, ON N9C 3Z1TORONTO | *VIA Deutsche Post* |
| 10924 | ADM ANIMAL HEALTH, 1600 SO.WILSON AVE, DUNN, NC 28334 | |
| 10925 | ADM COCOA, 12500 WEST CARMEN AVE, MILWAUKEE, WI 53225 | |
| 10924 | ADM COCOA, 300 FIRST STAMFORD PLACE, STAMFORD, CT 06902 | |
| 10925 | ADM COCOA, 660 WHITE PLAINS ROAD, TARRYTOWN, NY 10591 | |
| 10925 | ADM COCOA, BIRKBUSCHSTRASSE 54-56, BERLIN, 12167GERMANY | *VIA Deutsche Post* |
| 10925 | ADM COCOA-AMBROSIA CHOCOLATES, ADM COCOA BIN#53098, MILWAUKEE, WI 53288-0288 | |
| 10924 | ADM CORN SWEETENERS, 4666 FARIES PKWY, DECATUR, IL 62526 | |
| 10924 | ADM HEADQUARTERS NODE*, COLUMBIA, MD 21044 | |
| 10924 | ADM REFINERY, 1841 CLAY ROAD, VALDOSTA, GA 31601 | |
| 10924 | ADM REFINERY, 7800 THAYER, LINCOLN, NE 68507-1098 | |
| 10924 | ADM REFINERY, PO BOX 1589, VALDOSTA, GA 31603 | |
| 10924 | ADM REFINERY, PO BOX 29268, LINCOLN, NE 68529-0268 | |
| 10924 | ADM TRONICS UNLIMITED INC., 224 S PEGASUS AVE., NORTHVALE, NJ 07647 | |
| 10924 | ADM, 1730 E. MOORE STREET, SOUTHPORT, NC 28461 | |
| 10924 | ADM, 225 LIND STREET, MANKATO, MN 56001 | |
| 10924 | ADM, 3883 FARIES PKWY, DECATUR, IL 62525 | |
| 10924 | ADM, PO BOX 1360, MANKATO, MN 56001 | |
| 10924 | ADM-AGRI INDUSTRIES, 4805 62ND AVENUE, LLOYDMINSTER, IT S9V 1K5TORONTO | *VIA Deutsche Post* |
| 10925 | ADMASSU, ZEWDITU, 4208 LIMEKLIN DR, FORT WASHINGTON, MD 20744 | |
| 10924 | ADMATIC INDUSTRIES, 260 JOHNSON AVENUE, BROOKLYN, NY 11206 | |
| 10924 | ADMIN. FOR CHILDREN'S SERVICES, HOSPITAL, C/O CRESCENT INSTALLATIONS, INC., 492 FIRST AVENUE, NEW YORK, NY 10016 | |
| 10925 | ADMINISRATIVE OFFICE OF PA COURTS, PO BOX 46, CAMP HILL, PA 17001 | |
| 10924 | ADMINISTRACION NACIONAL DE COMBUSTI, AVENIDA DEL LIBERTADOR, BRIG.GRAL.LAVALLEJA Y PAYSANDU, MONTEVIDEO, URY | *VIA Deutsche Post* |
| 10924 | ADMINISTRATION BUILDING & PARKING, C/O MORELL BROWN, 19 EAST KANSAS STREET, HACKENSACK, NJ 07601 | |
| 10925 | ADMINISTRATIVE OFFICE OF PA COURTS, PO BOX 46, CAMP HILL, PA 17001-0046 | |
| 10925 | ADMINISTRATOR SALVATION ARMY, GENERAL COUNSEL, 333 HOMESTEAD AVE, HARTFORD, CT 06112 | |
| 10925 | ADMIRAL LIMOUSINE SERVICE, 1104 PRINCESS ST, ALEXANDRIA, VA 22314 | |
| 10925 | ADMIRAL LINEN - STEINER CORP, BOX 9398 150 - 26TH ST, OGDEN, UT 84409 | |
| 10925 | ADMIRAL LINEN & UNIFORM SERVICE, 2030 KIPLING, HOUSTON, TX 77098 | |
| 10925 | ADMIRAL LOCK & KEY SERVICE,INC, 3023 WEST 63RD ST, CHICAGO, IL 60629 | |
| 10925 | ADMIRAL METALS, PO BOX 11545, BOSTON, MA 02211 | |
| 10925 | ADMIRAL METALS, POBOX 11545, BOSTON, MA 02211 | |
| 10925 | ADMIRAL TRANSPORTATION, 350 BENIGNO BLVD., BELLMAWR, NJ 08031 | |
| 10925 | ADMIRAL VALVE CO., 1461 WEST GRAND AVE, CHICAGO, IL 60622-6381 | |
| 10925 | ADMIRAL VALVE COMPANY, 1461 W. GRAND AVE., CHICAGO, IL 60622-6381 | |
| 10925 | ADMIRAL VALVE COMPANY, 1461 WEST GRAND AVE, CHICAGO, IL 60622 | |
| 10925 | ADMIRALS CLUB, POBOX 676399, DALLAS, TX 75267-6399 | |
| 10925 | ADMIREA D BARRETT, 724 N FRONT ST, READING, PA 19601-2428 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  ADMIXTURES INC, 34 E. LANCASTER AVE., SHILLINGTON, PA 19607

10925  ADMIXTURES INC, SHILLINGTON, PA 19607

10924  ADMIXTURES INC., FURNACE RD. OFF ROUTE 422 W, WERNERSVILLE, PA 19565

10924  ADMIXTURES INC., P O BOX 125, SHILLINGTON, PA 19607

10925  ADMO, INC, 2550 DECADE COURT, ELGIN, IL 60123

10925  ADNER, BETHANY, 4025 HWY V, DE FOREST, WI 53532

10924  ADOBE SYSTEMS, 303 PARK ST., SAN JOSE, CA 95101

10925  ADOLF J ROHRMAIER &, ELIZABETH B ROHRMAIER JT TEN, 4400 NORTH SQUIRREL RD, AUBURN HILLS, MI 48326-1836

10925  ADOLFO A SIGN COMPANY INC, 2033-L WEST MCNAB ROAD, POMPANO BEACH, FL 33069

10924  ADOLFSON & PETERSON, 6701 W.23RD ST, MINNEAPOLIS, MN 55426

10925  ADOLFSON, ROBERT, 1911 WEST GLASS, SPOKANE, WA 99205-2533

10925  ADOLPH A SCHUSTER TTEES UTD, SCHEUTZLER, STEPHANIE, 2046 OVERBROOK LN, SPRING HILL, FL 34606-3701

10925  ADOLPH ALM &, JEAN ALM, JT TEN, 2812 DODGE DR, BLOOMINGTON, IL 61704-6253

10925  ADOMITIS, ESQ, ANDREW, GROGAN GRAFFAN MCGINLEY, THREE GATEWAY CENTER 22ND FL, PITTSBURGH, PA 15222-1009

10925  ADOPTANTE, ARLENE, 93 BAIN ST, CRANSTON, RI 02920

10925  ADORNO & ZEDER, 2601 S BAYSHORE DR., MIAMI, FL 33133

10925  ADP - PROXY SERVICES, PO BOX 23487, NEWARK, NJ 07189

10925  ADP INVESTOR COMMUNICATION SERVICES, 51 MERCEDES WAY, EDGEWOOD, NY 11717

10925  ADRA J COOK, 137 HAWTHORN ST, NEW BEDFORD, MA 02740-3461

10925  ADRA, MAJED, 8324 VIA SONOMA #68, LA JOLLA, CA 92037

10925  ADRAGNA, MICHAEL, 6605 HWY 29 NORTH, PELZER, SC 29669

10925  ADRENALINE INC, 3 BRENT DRIVE, HUDSON, MA 01749

10925  ADRIAN ANTHONY LONGO &, LOUISE MARIE MANCINO JT TEN, 41-39 50TH ST, WOODSIDE, NY 11377-4345

10925  ADRIAN CROW, 3278 RAMBLEWOOD COURT, ELLICOTT CITY, MD 21042

10925  ADRIAN H BROWN, 29 NORTH 8TH ST, COUNCIL BLUFFS, IA 51503-0629

10925  ADRIAN J ZAWADZKI, 7 OAK CREEK DR UNIT 2703, BUFFALO GROVE, IL 60089-3716

10925  ADRIAN SECURITY CO., PO BOX 1317, CONYERS, GA 30207

10925  ADRIAN SECURITY, PO BOX 278, LITHONIA, GA 30058

10925  ADRIAN, GORGE, 5832 ARBOR VITAE ST, LOS ANGELES, CA 90045

10925  ADRIAN, KIMBERLY, 5 KENMAR DRIVE APT 5, BILLERICA, MA 01821

10925  ADRIAN, MANUEL L, C/O HENRY ADRIAN, 1323 CHUKAR ST, LOS BANOS, CA 93635-3035

10925  ADRIANNE KOLB, 141 HAWTHORNE DR, BROOKLYN, MI 49230-8924

10925  ADRIANO, BERTONDINI, PACINOTTI 20, VILLA CORTESE, 20020ITALY          *VIA Deutsche Post*

10925  ADRIENNE ALICEA &, PIERRE KAHN JT TEN, 250 BRONXVILLE RD APT 6C, BRONXVILLE, NY 10708-2842

10925  ADS CONSULTING CORPORATION, 11331 LAKE TREE CT, BOCA RATON, FL 33498

10925  ADS OF ILLINOIS INC, R.R. 3 P.O. BOX 646, PONTIAC, IL 61764

10925  ADS OF ILLINOIS, INC, R. R. 3 PO BOX 646, PONTIAC, IL 61764

10925  ADS, 5025 BRADFORD DR, HUNTSVILLE, AL 35805

10925  ADSIT, RONALD, 1688 CO RD 103, CRAIG, CO 81625

10925  ADSPECS, INC, 1337 PENNSYLVANIA AVE, SE, WASHINGTON, DC 20003

10925  ADT SECURITY SERVICE, INC, 10 CENTRAL AVE., GREENVILLE, SC 29601

10925  ADT SECURITY SERVICES INC, 1630 DALTON AVE, CINCINNATI, OH 45214

10925  ADT SECURITY SERVICES INC, PO BOX 371956M, PITTSBURGH, PA 15250

10925  ADT SECURITY SERVICES INC, PO BOX 371967, PITTSBURGH, PA 15250-7967

10925  ADT SECURITY SERVICES INC, PO BOX 371967M, PITTSBURGH, PA 15250

10925  ADT SECURITY SERVICES INC, PO BOX 371968M, PITTSBURGH, PA 15250

10925  ADT SECURITY SERVICES, INC, 4600 WESLEY AVE., SUITE H, CINCINNATI, OH 45212

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ADT SECURITY SERVICES, PO BOX 371956, PITTSBURGH, PA 15250 | |
| 10925 | ADT SECURITY SERVICES, PO BOX 371956, PITTSBURGH, PA 15250-7956 | |
| 10925 | ADT SECURITY SYSTEM INC, PO BOX 371956M, PITTSBURGH, PA 15250-7956 | |
| 10925 | ADT SECURITY SYSTEMS INC, PO BOX 371956, PITTSBURGH, PA 15250 | |
| 10925 | ADT SECURITY SYSTEMS INC, PO BOX 371967M, PITTSBURGH, PA 15250-7967 | |
| 10925 | ADT SECURITY SYSTEMS NORTHEAST INC, PO BOX 371967M, PITTSBURGH, PA 15250 | |
| 10925 | ADT SECURITY SYSTEMS, 1875 CONN AVE NW, WASHINGTON, DC 20009 | |
| 10925 | ADT SECURITY SYSTEMS, 6855 DEERPATH RD, ELKRIDGE, MD 21227 | |
| 10925 | ADT SECURITY SYSTEMS, INC, 361 FRONTAGE ROAD, BURR RIDGE, IL 60521 | |
| 10925 | ADT SECURITY SYSTEMS, MID-SOUTH INC, PO BOX 371967M, PITTSBURGH, PA 15250 | |
| 10925 | ADT SECURITY SYSTEMS, PO BOX 371967M, PITTSBURGH, PA 15250-7967 | |
| 10925 | ADT TITLE HOLDING COMPANY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486 | |
| 10924 | ADT, 1 RIVER ROAD, COS COB, CT 06807 | |
| 10925 | ADTECH SYSTEMS INC, 526 BOSTON POST RD, WAYLAND, MA 01778 | |
| 10925 | ADTECH SYSTEMS INC, POBOX 2480, LYNN, MA 01903 | |
| 10925 | ADTECH SYSTEMS INC., 526 BOSTON POST ROAD, WAYLAND, MA 01778 | |
| 10925 | ADTECH SYSTEMS, INC, PO BOX 2480, LYNN, MA 01903 | |
| 10925 | AD-TEK, PO BOX 848, BORING, OR 97009 | |
| 10925 | AD-TEK, POBOX 848, BORING, OR 97009 | |
| 10925 | ADTRAN CUSTOM EXTENDED SERVICES, 901 EXPLORER BLVD., HUNTSVILLE, AL 35806 | |
| 10925 | ADTRAN, 6767 OLD MADISON PIKE, HUNTSVILLE, AL 35806 | |
| 10925 | ADUDDELL ROOFING & SHEET METAL,INC, 1908 COWART ST, CHATTANOOGA, TN 37408 | |
| 10925 | ADV WELDING EQUIPMENT, 15133 WINDSOR DR., ORLAND PARK, IL 60462-3812 | |
| 10925 | ADV WELDING EQUIPMENT, 15133 WINDSOR DR., ORLAND PARK, IL., IL 60462-3812 | |
| 10925 | ADVANCE AUDIOVISUAL, PO BOX 852, BURTONSVILLE, MD 20866 | |
| 10925 | ADVANCE AWNAIR CO, 8859 SO KEDZIE AVE, EVERGREEN PARK, IL 60642 | |
| 10924 | ADVANCE BUILDING, 431 W. SEYMOUR AVE, CINCINNATI, OH 45216 | |
| 10925 | ADVANCE BUSINESS SYSTEMS, PO BOX 0627, COCKEYSVILLE, MD 21030-0627 | |
| 10924 | ADVANCE CEMENT, 3250 N.W. N RIVER DRIVE, MIAMI, FL 33142 | |
| 10924 | ADVANCE CEMENT, PO BOX13132, NASSAU, BHS | *VIA Deutsche Post* |
| 10925 | ADVANCE CHEMICAL DISTRIBUTION, 7101 BURNS RD., FORT WORTH, TX 76118 | |
| 10924 | ADVANCE CIRCUITS INC, 15102 MINNETONKA INDUSTRIAL RD, MINNETONKA, MN 55343 | |
| 10924 | ADVANCE CIRCUITS INC, 1633 TERRACE DRIVE, SAINT PAUL, MN 55113 | |
| 10924 | ADVANCE CIRCUITS INC, 5929 BAKER ROAD, MINNETONKA, MN 55345 | |
| 10924 | ADVANCE CIRCUITS, 1739 TERRACE DRIVE, ROSEVILLE, MN 55112 | |
| 10925 | ADVANCE CIRCUITS, 560 16TH AVE SOUTH, HOPKINS, MN 55343 | |
| 10925 | ADVANCE COATING CO, DEPOT ROAD, WESTMINSTER, MA 01473 | |
| 10924 | ADVANCE CONCRETE PRODUCTS, PO BOX 548, HIGHLAND, MI 48357 | |
| 10924 | ADVANCE CONCRETE, 975 N. MILFORD RD., HIGHLAND, MI 48356 | |
| 10924 | ADVANCE CONCRETE, 975 N. MILFORD RD., HIGHLAND, MI 48357 | |
| 10925 | ADVANCE ELECTRONICS, 112 BEACH ST, BOSTON, MA 02111 | |
| 10925 | ADVANCE ELECTRONICS, 12 CHANNEL ST, BOSTON, MA 02210 | |
| 10925 | ADVANCE FIBER TECHNOLOGIES CORP, 344 LODI ST, HACKENSACK, NJ 07601-3120 | |
| 10925 | ADVANCE FIBER TECHNOLOGIES CORP., 344 LODI ST., HACKENSACK, NJ 07601 | |
| 10924 | ADVANCE GLOVE & SAFETY CO., 3638 SOUTH SAGINAW, FLINT, MI 48503 | |
| 10925 | ADVANCE LIFTS INC, 701 KIRK ROAD, SAINT CHARLES, IL 60174 | |
| 10925 | ADVANCE NOTICE INC, PO BOX 593, PEABODY, MA 01960-7593 | |
| 10925 | ADVANCE NOTICE INC., POBOX 593, PEABODY, MA 01960-7593 | |
| 10925 | ADVANCE OF CHATTANOOGA, 428 MARKET ST., CHATTANOOGA, TN 37402 | |
| 10925 | ADVANCE OF CHATTANOOGA, 911 CREEKSIDE ROAD, CHATTANOOGA, TN 37406 | |
| 10925 | ADVANCE PALLETT, 4415 ROBERTSON RD, MADISON, WI 53714 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ADVANCE PLANNING ASSOCIATES, 5025 REDCLIFF COURT, SUITE 100, ATLANTA, GA 30338

10925   ADVANCE PROTECTION SYSTEMS, 190 MILTON ST SUITE 101, DEDHAM, MA 02026-2902

10924   ADVANCE READY MIX, 4600 ROBARDS LANE, LOUISVILLE, KY 40218

10924   ADVANCE READY MIX, 820 WATER STREET, LOUISVILLE, KY 40206

10925   ADVANCE REPRODUCTIONS CORPORATION, WILLOW INDUSTRIAL PARK, NORTH ANDOVER, MA 01845

10925   ADVANCE ROOFING & SUPPLY CO INC, 1921 W GRANT ST, PHOENIX, AZ 85009

10925   ADVANCE SECURITY INC, POBOX 931703, ATLANTA, GA 31193

10924   ADVANCE SHORING, 1400 JACKSON ST, SAINT PAUL, MN 55117

10924   ADVANCE SHORING, 1400 JACKSON ST., SAINT PAUL, MN 55117

10925   ADVANCE SPECIALTIES CO, PO BOX 499, GLEASON, TN 38229

10924   ADVANCE SUPPLY CO., P.O. BOX 1340, HOMEWOOD, IL 60430

10924   ADVANCE TECH CENTER, 1770 TECHNOLOGY BLVD, DAYTONA BEACH, FL 32117

10924   ADVANCE TECHNICAL BUILDING, C/O CIRCLE B, TERRE HAUTE, IN 47807

10924   ADVANCE TECHNOLOGIES, INC., 485 NO. D/PIERROZ ROAD, WOODLAND, CA 95776

10924   ADVANCE TRANSFORMER CO, DENNIS TOOHEY, 2950 NORTHWESTERN AVE, CHICAGO, IL 60618

10925   ADVANCE TRANSPORTATION CO, PO BOX 2011, MILWAUKEE, WI 53201

10925   ADVANCE TRANSPORTATION, BOX 719, MILWAUKEE, WI 53201-0719

10924   ADVANCE TURNING & MANUFACTURING INC, 4005 MORRILL ROAD, JACKSON, MI 49201

10924   ADVANCED ABAT TECH, 57 RIVER ROAD, ESSEX JUNCTION, VT 05452

10925   ADVANCED ALIGNMENT, 15 BERWICK ST, BRAINTREE, MA 02184

10924   ADVANCED ANALYTICAL LABORATORIES, 3710 WESTWAY STREET, TYLER, TX 75703

10924   ADVANCED AROMATICS LP, 4600 POST OAK PLACE STE 250, HOUSTON, TX 77027

10924   ADVANCED AROMATICS, 5501 BAKER ROAD, BAYTOWN, TX 77520-1611

10925   ADVANCED AUDIO SERVICES, 1115 EAST MAIN ST, ROCHESTER, NY 14609

10925   ADVANCED AUTO BODY, 6815 WEST CHANDLER BLVD, CHANDLER, AZ 85226

10925   ADVANCED BIOTECHNOLOGIES INC., 9108 GUILFORD ROAD, COLUMBIA, MD 21046

10925   ADVANCED BOILER SERVICE, 13321 ALONDRA BLVD STE L, SANTA FE SPRINGS, CA 90670

10924   ADVANCED BUILDING PRODUCTS, 48-16 70TH STREET, WOODSIDE, NY 11377

10925   ADVANCED BUSINESS TECH &, 719 W.ALGONQUIN ROAD, ARLINGTON HEIGHTS, IL 60005

10925   ADVANCED BUSINESS, POBOX 329, ADDISON, IL 60101

10925   ADVANCED CARE P.T., 8005 HARFORD RD., STE 102, BALTIMORE, MD 21234

10924   ADVANCED CAULKING & WTRPR, 9208-C9 VENTURE COURT, MANASSAS PARK, VA 22111

10924   ADVANCED CAULKING & WTRPRFG., 9208-C9 VENTURE COURT, MANASSAS, VA 22111

10925   ADVANCED CELLULAR OF CINCINNATI, 11439 PRINCETON ROAD, CINCINNATI, OH 45246

10924   ADVANCED CEMENT TECHNOLOGIES, LLC, PO BOX 4966, BLAINE, WA 98231

10925   ADVANCED CEMENT-BASED MATERIALS, 2145 SHERIDAN ROAD,ROOM A130, EVANSTON, IL 60208-4400

10924   ADVANCED CHEMICAL SENSORS, 3201 NORTH DIXIE HIGHWAY, BOCA RATON, FL 33431

10924   ADVANCED CHEMICAL, 12400 VENTURA BLVD #164, STUDIO CITY, CA 91604

10924   ADVANCED CHEMICAL, 12400 VENTURA BLVD. #164, STUDIO CITY, CA 91604

10924   ADVANCED CHEMICALS, INC., 41 SOUTH UNION AVENUE, LANSDOWNE, PA 19050

10925   ADVANCED CIRCUITBOARD REPAIR, PO BOX 101836, IRONDALE, AL 35210

10924   ADVANCED CIRCUITRY, 4811 W KEARNEY, SPRINGFIELD, MO 65803

10925   ADVANCED CIRCUITS, 6885 EAST 48TH AVE, DENVER, CO 80216

10925   ADVANCED COATINGS TECHNOLOGY LAB IN, POBOX 101706, ATLANTA, GA 30392

10925   ADVANCED COMBUSTION SYSTEMS, INC, PO BOX 22523, CHATTANOOGA, TN 37422

10925   ADVANCED COMPOSITE MATERIALS, DAVID M COMEN, 1525 S BUNCOMBE ROAD, GREER, SC 29651

10924   ADVANCED CONCRETE INNOVATIONS, 15870 JOHNSON MEMORIAL DRIVE, JORDAN, MN 55352

10924   ADVANCED CONCRETE, 101 EIGHTH ST, WAUNAKEE, WI 53597

10924   ADVANCED CONCRETE, 6075 COUNTY HIGHWAY K, WAUNAKEE, WI 53597

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  ADVANCED CONCRETE, PO BOX 326, WAUNAKEE, WI 53597

10924  ADVANCED COSMETIC RESERACH LAB, 20550 PRAIRIE STREET, CHATSWORTH, CA 91311

10925  ADVANCED DIGITAL INFORMATION CORP, PO BOX 95057, REDMOND, WA 98073

10925  ADVANCED DISPUTE RESOLUTION, INC, PO BOX 50191, MINNEAPOLIS, MN 55405

10925  ADVANCED DISTRIBUTION SYSTEM INC., DEPT. L-1237, COLUMBUS, OH 43260-1237

10925  ADVANCED DOCUMENT IMPRESSIONS INC, 4330 SW 2ND COURT, PLANTATION, FL 33317

10925  ADVANCED ELECTRONICS DEMEXICO, PARQUE INDUSTRIAL ZAPOPAN NTE, ZAPOPAN JALISCO,     *VIA Deutsche Post*
       42130MEXICO

10925  ADVANCED ELECTRONICS INSTALLATION, 11137 ARROWHEAD ST NW, COON RAPIDS, MN 55433

10925  ADVANCED ELECTRONICS, 112 BEACH ST, BOSTON, MA 02111

10925  ADVANCED ELECTRONICS, 12 CHANNEL ST, BOSTON, MA 02111

10925  ADVANCED ELECTRONICS, 721 WINSTON ST, WEST CHICAGO, IL 60185

10925  ADVANCED ELECTROSTATIC REFINISHING, 160 ROCKINGHAM RD, AUBURN, NH 03032

10925  ADVANCED ENVIR RECYCLING CO,LLC, ADVANCED ENVIR. RECYCLING CO.,LLC, 2591 MITCHELL
       AVE., ALLENTOWN, PA 18103

10924  ADVANCED ENVIR SOLUTION, 7118 SO 220TH ST, KENT, WA 98032

10924  ADVANCED ENVIROMENTAL, 3199 OAK CREEK RD., CHINO HILLS, CA 91709

10925  ADVANCED ENVIRONMENTAL CONTROLS, 4019 WESTERLY PL #102, NEWPORT BEACH, CA 92660-
       2333

10924  ADVANCED ENVIRONMENTAL SOLUTION, 777 HENDERSON BLVD, FOLCROFT, PA 19032

10925  ADVANCED ENVIRONMENTAL TECHNICAL SE, PO BOX 73709, CHICAGO, IL 60673-7709

10925  ADVANCED ENVIRONMENTAL TECHNICAL, PO BOX 73709, CHICAGO, IL 60673-7709

10925  ADVANCED FILTRATION & SEPARATION, 2139 GREENSPRING DR, TIMONIUM, MD 21093

10925  ADVANCED FILTRATION, 3812 DUDDINGTON WAY,

10925  ADVANCED FILTRATION, DIV. OF DENTECH, 3812 DUDDINGTON WAY, PHOENIX, MD 21131

10925  ADVANCED FILTRATION, PO BOX 339, BROWNSTOWN, PA 17508-0339

10924  ADVANCED FIREPROOFING &, PO BOX 789, GREENACRES, WA 99016

10925  ADVANCED FLEX & ADVANCED FLEX II, MICHAEL HALBACH, 15115 MINNETONKA INDUSTRIAL
       ROAD, MINNETONKA, MN 55345

10925  ADVANCED FLEX II, MARTY HERMAN OR LEGAL COUNSEL, 3905 CA ST NE, MINNEAPOLIS, MN
       55421

10924  ADVANCED FLEX, 15115 MINNETONKA IND RD, MINNETONKA, MN 55345

10924  ADVANCED FLEX, 4300 PEAVEY ROAD, HOPKINS, MN 55345

10925  ADVANCED FLUID POWER INC, PO BOX 628, THEODORE, AL 36590

10924  ADVANCED FOOD SYSTEMS INC., 21 ROOSEVELT BLVD., SOMERSET, NJ 08873

10925  ADVANCED FORM SYSTEMS INC., 183 CHESTNUT ST, DUXBURY, MA 02332

10925  ADVANCED GLASS INDUSTRIES, 1335 EMERSON ST, ROCHESTER, NY 14606

10925  ADVANCED GRAPHICS TECHNOLOGIES INC, JONES DAY REAVIS & POGUE, ATTN: NANCY, 2727 N
       HARWOOD ST, DALLAS, TX 75201-1515

10924  ADVANCED HEATING & PLUMBING, 1044 FOSTER RD., CASPER, WY 82601-1639

10924  ADVANCED HEATING/CODY HOUSE, 7658 TWINOT CHAIRLIFT DR., TETON VILLAGE, WY 83025

10925  ADVANCED IMAGING SOLUTIONS, 4070 MECHAN BEELER CT, SOUTH BEND, IN 46628

10925  ADVANCED IMAGING SOLUTIONS, PO BOX 745, SOUTH BEND, IN 46624

10925  ADVANCED IMAGING SOLUTIONS, PO BOX 745, SOUTH BEND, IN 46628

10925  ADVANCED INFORMATION CONSULTANTS, PO BOX 87127, CANTON, MI 48187

10925  ADVANCED INFORMATION RESEARCH, 11403 CRONRIDGE DR., STE 232, OWINGS MILLS, MD 21117

10925  ADVANCED INFORMATION RESOURCES, INC, 11460 CRONRIDGE DR., 129, OWINGS MILLS, MD
       21117

10925  ADVANCED INPUT DEVICES, PRIEST RIVER IND PARK, PRIEST RIVER, ID 83856

10925  ADVANCED INPUT DEVICES, WEST 250 A I D DR, COEUR DALENE, ID 83814

10924  ADVANCED INSU/GOOD SAMARITAN HOSPIT, GOOD SAMARITIAN HOSPITAL, 407 14TH AVE SE,
       PUYALLUP, WA 98372

10924  ADVANCED INSUL./SKONE & CONNERS, EIGHT S.E. & U S.E., WARDEN, WA 98857

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ADVANCED INSUL./SKONE & CONNORS, 8 S.E. & U S.E., WARDEN, WA 98857 | |
| 10924 | ADVANCED INSUL./SOUTH SALEM H.S., 1910 CHURCH STREET S.E., SALEM, OR 97302 | |
| 10924 | ADVANCED INSUL/COLUMBIA COUNTY JAIL, 911 PORT AVE., SAINT HELENS, OR 97051 | |
| 10924 | ADVANCED INSUL/DEACONES HEALTH SERV, 965 HIGHLAND BLVD., BOZEMAN, MT 59715 | |
| 10924 | ADVANCED INSUL/POTATO SHED, 25838 N. MIDDLETON RD.., MIDDLETON, ID 83644 | |
| 10924 | ADVANCED INSULATION CO., PO BOX 789, GREENACRES, WA 99016 | |
| 10925 | ADVANCED INTEGRATED SOLUTIONS INC, 1855 OLYMPIC BLVD SUITE 205, WALNUT CREEK, CA 94596 | |
| 10925 | ADVANCED LASER TECHNOLOG., W 9721 SUNSET HWY, SPOKANE, WA 99204 | |
| 10925 | ADVANCED LOGIC RESEARCH, FILE # 53880, LOS ANGELES, CA 90074-3880 | |
| 10925 | ADVANCED LOOSELEAF, TECHNOLOGIES INC., 1424 SOMERSET AVE PO BOX 26, DIGHTON, MA 02715-0026 | |
| 10925 | ADVANCED MACHINE TECHNOLOGY INC, 767 CONCORD AVE, CAMBRIDGE, MA 02138 | |
| 10925 | ADVANCED MANUFACTURING RESEARCH, 2 OLIVER ST. FIFTH FL, BOSTON, MA 02109-4925 | |
| 10924 | ADVANCED MATERIAL RESOURCES INC, 1013 CENTRE RD SUITE 350, WILMINGTON, DE 19805 | |
| 10925 | ADVANCED MATERIAL TECHNOLOGIES LTD, 20A CLIFTON COURT, PANMURE AUCKLAND, 0NEW ZEALAND | *VIA Deutsche Post* |
| 10925 | ADVANCED MATERIAL TECHNOLOGIES LTD, PO BOX 14756, PANMURE AUCKLAND, 0NEW ZEALAND | *VIA Deutsche Post* |
| 10925 | ADVANCED MATERIAL TECHNOLOGIES PTY, ELTHAM, VICTORIA 3095, 0AUSTRALIA | *VIA Deutsche Post* |
| 10925 | ADVANCED MATERIAL TECHNOLOGIES PTY, THOMASTOWN, 33 COMMERCIAL DR, VICTORIA 3074, 0AUSTRALIA | *VIA Deutsche Post* |
| 10925 | ADVANCED MATERIALS, 865 PEA RIDGE ROAD, NEW HILL, NC 27562 | |
| 10925 | ADVANCED MECHANICAL SERVICES,INC, PO BOX 33237, DENVER, CO 80233-0237 | |
| 10925 | ADVANCED METALLURGY INC STRADLEY RO, ANDY LEVINE, 2600 ONE COMMERCE SQURE, PHILADELPHIA, PA 19103 | |
| 10925 | ADVANCED MICRO DEVICES INC, W J SANDERS III, ONE AMD PLACE PO BOX 3453, ADDRESS OFF INTERNET, SUNNYVALE, CA 94088 | |
| 10925 | ADVANCED MICRO DEVICES, MAIL STOP 3, SUNNYVALE, CA 94086 | |
| 10925 | ADVANCED MICRO DISTRIBUTION CHANNEL, 18-A CAMPUS PLAZA, EDISON, NJ 08837 | |
| 10924 | ADVANCED MICROBIAL SYSTEMS, INC., 671 CANTERBURY ROAD, SHAKOPEE, MN 55379 | |
| 10924 | ADVANCED MICROBIAL SYSTEMS, INC., PO BOX 540, SHAKOPEE, MN 55379 | |
| 10925 | ADVANCED MILITARY LOGISTICS CORP, 5970 ATLANTIC DR, MISSISSAUGA, ON L4W 1N6CANADA | *VIA Deutsche Post* |
| 10925 | ADVANCED MODULAR SYSTEMS, INC, 1911 NW 15TH ST, POMPANO BEACH, FL 33069-1601 | |
| 10925 | ADVANCED OFFICE SERVICES, 1430 VILLAGE WAY, SANTA ANA, CA 92705 | |
| 10924 | ADVANCED ON SITE CONCRETE, 5308 GRAND, CHICAGO, IL 60639 | |
| 10924 | ADVANCED ON-SITE CONCRETE, 5308 GRAND, CHICAGO, IL 60639 | |
| 10924 | ADVANCED ON-SITE CONCRETE, 5308 LOCKWOOD & GRAND, CHICAGO, IL 60639 | |
| 10924 | ADVANCED OPTICAL, INC., 113 23RD AVENUE NORTH, NASHVILLE, TN 37203 | |
| 10925 | ADVANCED PALLETS INC, 3101 NW 16TH TERRACE, POMPANO BEACH, FL 33064 | |
| 10925 | ADVANCED PLANNING ASSOCIATES, INC, 5025 REDCLIFF COURT SUITE 100, ATLANTA, GA 30338 | |
| 10925 | ADVANCED PLUMBING & DRAIN CLEANING, POBOX 2056, WEST PATERSON, NJ 07424 | |
| 10925 | ADVANCED PNEUMATICS, 9708 ASHLEY DAWN CT., FREDERICKSBURG, VA 22408 | |
| 10925 | ADVANCED POLYMER SCIENCES, PO BOX 269, AVON, OH 44011 | |
| 10925 | ADVANCED POWER TECHNOLOGIES INC, 4731 W ATLANTIC AVE STE#1, DELRAY BEACH, FL 33445-3866 | |
| 10925 | ADVANCED PRACTICAL THINKING TRAININ, 10520 NEW YORK AVE, DES MOINES, IA 50322 | |
| 10924 | ADVANCED PRECISION COATING, 4495 HAMANN PARKWAY, WILLOUGHBY, OH 44094 | |
| 10925 | ADVANCED PRESENTATION SUPPORT, 1410 E CHESTNUT AVE, ORANGE, CA 92867 | |
| 10925 | ADVANCED PROCESS CONTROL, 500 WEST CUMMINGS PK, WOBURN, MA 01801 | |
| 10925 | ADVANCED PRODUCTS CO, INC, PO BOX 296, NORTH HAVEN, CT 06473 | |
| 10925 | ADVANCED PRODUCTS CO., 33 DEFCO PARK RD., NORTH HAVEN, CT 06473 | |
| 10925 | ADVANCED PUMP CO INC, 10 DRUID AVE, BURLINGTON, MA 01803-3608 | |
| 10925 | ADVANCED PUMP CO., 10 DRUID AVE, BURLINGTON, MA 01803-3608 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ADVANCED QUICK CIRCUIT, 245 EAST DR, MELBOURNE, FL 32904

10925   ADVANCED QUICK CIRCUITS, 600C N JOHN RODES BLVD, MELBOURNE, FL 32934

10925   ADVANCED QUICKPRINTING INC., 42 WEST MAIN ST, ROCHESTER, NY 14614

10925   ADVANCED QUICKPRINTING, INC, 42 WEST MAIN ST, ROCHESTER, NY, NY 14614

10925   ADVANCED QUICKPRINTING, INC, SUITE 110 FIRST FL, ROCHESTER, NY 14604

10925   ADVANCED RADIOLOGISTS, 7253 EMBASSADOR RD., BALTIMORE, MD 21224

10925   ADVANCED RADIOLOGY, PO BOX 64580, BALTIMORE, MD 21264-4580

10925   ADVANCED REFINING TECHNOLOGIES, 7500 GRACE DR, COLUMBIA, MD 21044

10924   ADVANCED RESINS SYSTEMS, 455 STATE STREET, DES PLAINES, IL 60016

10925   ADVANCED ROOFING INC., 4345 NE 12TH TERRACE, FORT LAUDERDALE, FL 33334

10925   ADVANCED SAFETY SYSYETM, 141 SUMMIT ST, PEABODY, MA 01960

10925   ADVANCED SEALING & SUPPLY CO INC, 6782 STANTON AVE UNIT A, BUENA PARK, CA 90621

10925   ADVANCED SEARCH GROUP INC, 231 W GRAND AVE SUITE 102, BENSENVILLE, IL 60106

10925   ADVANCED SIGNING INC, 4 INDUSTRIAL PARK RD, MEDWAY, MA 02053

10925   ADVANCED SOLAR PROTECTION, 92 SWEET HILL ROAD, PLAISTOW, NH 03865

10924   ADVANCED SPECIALTY GASES, INC, 28 ENTERPRISE WAY, DAYTON, NV 89403

10924   ADVANCED SYSTEMS INC., 953 E. ETON STREET, BIRMINGHAM, MI 48009

10925   ADVANCED SYSTEMS, 635 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10924   ADVANCED TECH C/O CIRCLE B, 650 CHERRY ST, TERRE HAUTE, IN 47807

10924   ADVANCED TECHNICAL PRODUCTS, 843 SHAWNEE TREE, CINCINNATI, OH 45255-4333

10925   ADVANCED TECHNICAL SERVICES LLC, 575 FARMINGTON AVE SUITE 170, BRISTOL, CT 06010

10924   ADVANCED TECHNOLOGICAL PRODUCTS, 100 ATP DRIVE, ALBERTVILLE, AL 35950

10924   ADVANCED TECHNOLOGIES, 738 NORTH 1890 WEST, PROVO, UT 84601

10925   ADVANCED TECHNOLOGY SERVICES, INC, 8201 N. UNIVERSITY ST., PEORIA, IL 61615

10925   ADVANCED TELEPHONE CONCEPTS, 811 EAST PRIEN LAKE ROAD, LAKE CHARLES, LA 70601

10925   ADVANCED TELEPHONE CONCEPTS, PO BOX 76, LAKE CHARLES, LA 70602-0076

10925   ADVANCED TERRA TESTING, INC, 833 PARFET ST, LAKEWOOD, CO 80215

10924   ADVANCED TISSUE, SIPLAST, 10557 SCIENCE CENTER DR., SAN DIEGO, CA 92121

10925   ADVANCED TRANSPORTATION SYSTEMS, PO BOX 360, CROYDON, PA 19021-0360

10925   ADVANCED VACUUM CO,INC(ADVAC, 1215 BUSINESS PKWY. N., WESTMINSTER, MD 21157

10925   ADVANCED VACUUM CO,INC(ADVACO), 1215 BUSINESS PKWY. N., WESTMINSTER, MD 21157

10925   ADVANCED VACUUM CO,INC, 1215 BUSINESS PKWY. N.,

10925   ADVANCED VISUALS, INC, 1424 EAST JOPPA RD., BALTIMORE, MD 21286

10925   ADVANCED WASTE SERVICES, SUITE N508B, 1126 S 70TH ST, WEST ALLIS, WI 53214

10925   ADVANCED WASTE SERVICES, SUITE N508B, 1126 S. 70TH ST, WEST ALLIS, WI 53214

10925   ADVANCED WATER TREATMENT CORP., 29 WALL ST, FOXBORO, MA 02035

10925   ADVANCED WEIGH TECHNOLOGIES, INC, KENCO SCALE, PO BOX 924873, HOUSTON, TX 77292-4873

10925   ADVANCED WEIGH TECHNOLOGIES, INC, PO BOX 924873, HOUSTON, TX 77292-4873

10924   ADVANCED WIRE, 1150 DAVIS ROAD UNIT G, ELGIN, IL 60123

10925   ADVANSTAR COMMUNICATIONS INC, PO BOX 64584, SAINT PAUL, MN 55164-0584

10925   ADVANSTAR COMMUNMICATIONS, INC, 1 EAST FIRST ST, DULUTH, MN 55802

10925   ADVANSTAR, PO BOX 64584, SAINT PAUL, MN 55164-0584

10925   ADVANTA BUSINESS SERVICES CORP, PO 41598, PHILADELPHIA, PA 19101-1598

10925   ADVANTA BUSINESS SERVICES CORP, PO BOX 15110, WILMINGTON, DE 19886

10925   ADVANTA LEASING SERVICES, PO BOX 13604, PHILADELPHIA, PA 19101-3604

10925   ADVANTA LEASING SERVICES, PO BOX 41598, PHILADELPHIA, PA 19101-1598

10924   ADVANTA, 32 PLUM STREET, TRENTON, NJ 08638

10925   ADVANTAGE ALLOYS, INC, 1528 N BALLARD ROAD, APPLETON, WI 54911-4252

10925   ADVANTAGE COMMUNICATIONS, POBOX 282, WATERTOWN, MA 02471

10925   ADVANTAGE MAGAZINE, PMB 338, 407 WEST IMPERIAL HWY #H, BREA, CA 92821-4841

10924   ADVANTAGE MARKETING, INC., 2323 W. DIRECTORS ROW (1100 S.), PORTLAND, ME 04104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | ADVANTAGE MARKETING, PO BOX 27233, SALT LAKE CITY, UT 84127 | |
| 10925 | ADVANTAGE PERSONNEL SERVICES, 1981 N BROADWAY SUITE 360, WALNUT CREEK, CA 94596 | |
| 10925 | ADVANTAGE PERSONNEL-CORPORATE, PO BOX 800, ALAMO, CA 94507-0800 | |
| 10924 | ADVANTAGE RENTAL & SALES, 100 ROUTE 50, SEAVILLE, NJ 08230 | |
| 10925 | ADVANTAGE SALES & SERVICE, 4906 WALLBANK AVE, DOWNERS GROVE, IL 60515 | |
| 10925 | ADVANTAGE SALES & SERVICE, INC, 4906 WALLBANK AVE., DOWNERS GROVE, IL 60515 | |
| 10924 | ADVANTAGE SUPPLIES, 4272 KELLWAY CIRCLE, DALLAS, TX 75244-2032 | |
| 10925 | ADVANTAGE, LP, PO BOX 14001, STAMFORD, CT 06904 | |
| 10925 | ADVANTEC MFS, INC, 6691 OWENS DRIVE, PLEASANTON, CA 94588 | |
| 10925 | ADVANTICA RESTAURANT GROUP INC, DAVID O DEVOY: PRESIDENT OF COCOS, & CARROW, 3355 MICHELSON DRIVE, SUITE 350, IRVINE, CA 92612 | |
| 10925 | ADVANTICA RESTAURANT GROUP INC, DAVID O DEVOY: PRESIDENT OF COCOS, & CARROWS, 3355 MICHELSON DRIVE, SUITE 350, IRVINE, CA 92612 | |
| 10925 | ADVANTICA RESTAURANT GROUP INC, DAVID O DEVOY: PRESIDENT OF COCOS, 3355 MICHELSON DRIVE, SUITE 350, IRVINE, CA 92612 | |
| 10925 | ADVANTICA RESTAURANT GROUP INC, DAVID O. DEVOY, 3355 MICHELSON DRIVE, SUITE 350, IRVINE, CA 92612 | |
| 10925 | ADVANTIS LIMITED SPECIAL BILLING, PO BOX 31174, TAMPA, FL 33631-1174 | |
| 10925 | ADVENT SYSTEMS, INC, 435 W FULLERTON AVE, ELMHURST, IL 60126 | |
| 10925 | ADVENT SYSTEMS, INC, 477 W. WRIGHTWOOD AVE, ELMHURST, IL 60126-1011 | |
| 10925 | ADVENTIST HEALTH SYSTEMS/SUNBELT IN, 500 HOSPITAL DR, MADISON, TN 37115 | |
| 10925 | ADVENTURE CORPS, 1324 ARROWHEAD COURT, AUBURNDALE, FL 33823 | |
| 10925 | ADVERTISER PRINTING CO INC, THE, PO BOX 490, LAURENS, SC 29360 | |
| 10925 | ADVERTISING AGE, 965 E JEFFERSON, DETROIT, MI 48207-9901 | |
| 10925 | ADVERTISING COUNCIL INC, 261 MADISON AVE, NEW YORK, NY 10016-2303 | |
| 10925 | ADVERTISING INFORMATION, 353 LEXINGTON AVE, NEW YORK, NY 10016 | |
| 10925 | ADVERTISING PREMIUMS & INCENTIVES, 4471 NICOLE DR, LANHAM, MD 20706 | |
| 10925 | ADVINCULA, EMMA, 1109 N. CARRIER # A231, GRAND PRAIRIE, TX 75050 | |
| 10925 | ADVISORY BOARD CO, THE, 600 NEW HAMPSHIRE AVE NW, WASHINGTON, DC 20037 | |
| 10925 | ADVISORY BOARD CO, THE, DEPT CH 10335, PALATINE, IL 60055-0335 | |
| 10925 | ADVOCATE SERVICES INC., PO BOX 1021, BUTLER, PA 16003-1021 | |
| 10925 | ADVOCATE, FAY, 1 11 LAWRENCE PARK, PIERMONT NY, NY 10968 | |
| 10925 | ADWEEK, PO BOX 1973, DANBURY, CT 06813-9844 | |
| 10925 | ADX FIRE PROTECTION, PO BOX 272, LITTLETON, CO 80160-0272 | |
| 10925 | AE DOOR SALES & SERVICE, INC, 1260 WEST SHARON ROAD, CINCINNATI, OH 45240 | |
| 10925 | AE DRILLING SERVICES INC, 98 ANNEX 365, ATLANTA, GA 30398-0365 | |
| 10925 | AEA TECHNOLOGY QSA, 40 NORTH AVE, BURLINGTON, MA 01803 | |
| 10925 | AEARO CO, MECHANICS ST, SOUTHBRIDGE, MA 01550 | |
| 10925 | AEARO CO., 3421 RIVERBEND DR. NE, CEDAR RAPIDS, IA 52411 | |
| 10925 | AEARO CO., PO BOX 18026B, SAINT LOUIS, MO 63160-8026 | |
| 10925 | AEARO COMPANY, PO BOX 18026B, SAINT LOUIS, MO 63160-8026 | |
| 10925 | AEBI, JEFFERY, 7913 CASTLE LAKE CT, RALEIGH, NC 27615 | |
| 10925 | AEC INC., PO BOX 96838, CHICAGO, IL 60693 | |
| 10925 | AEC, INC, DEPT. 59904, MILWAUKEE, WI 53259-0904 | |
| 10925 | AEC, INC, DEPT. N 59904, MILWAUKEE, WI 53259-0904 | |
| 10925 | AEDO, MARIO, 8740 SW 53RD ST, MIAMI, FL 33165 | |
| 10924 | AEGIS ELECTRONIC SYSTEMS INC., 10 SKYLINE DRIVE, HAWTHORNE, NY 10532 | |
| 10925 | AEGIS INTERNATIONAL INSURANCE CORP, 416 PONCE DE LEON AVE SUITE 1701, SAN JUAN, PR 00918-9930 | |
| 10925 | AEGIS INTERNATIONAL INSURANCE CORP., 416 PONCE DE LEON SUITE 1701, SAN JUAN, PR 00918-9930PUERTO RICO | *VIA Deutsche Post* |
| 10925 | AEI AND ASSOCIATES, PO BOX 1894, LOGANVILLE, GA 30249 | |
| 10925 | AEI CUSTOM BROKERAGE SERVICES, 135 S. LA SALLE,DEPT. 2337, CHICAGO, TX 60674-2337 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | AEI CUSTOMS BROKERAGE SERVICES, 2834 COLLECTIONS CENTER DR, CHICAGO, IL 60693 | |
| 10925 | AEKYUNG SPECIALTY CHEMICALS CO,INC, DAE DUK KU, DAEJON, KOREA | *VIA Deutsche Post* |
| 10924 | AEL, 305 RICHARDSON ROAD, LANSDALE, PA 19446 | |
| 10924 | AELCO CORPORATION, 16010 STRATHERN STREET, VAN NUYS, CA 91406 | |
| 10925 | AEN (NEW JERSEY) INC, 28 SPRINGDALE ROAD, CHERRY HILL, NJ 08003 | |
| 10925 | AEP INDUSTRIES INC., PO BOX 8500 - 50590, PHILADELPHIA, PA 19178-8500 | |
| 10925 | AEP INDUSTRIES, INC, 12900 SOUTH CRAWFORD AVE., ALSIP, IL 60658 | |
| 10925 | AEP INDUSTRIES, INC, PO BOX 891916, DALLAS, TX 75389-1916 | |
| 10925 | AEP INDUSTRIES, PO BOX 891916, DALLAS, TX 75389-1916 | |
| 10925 | AERATION INDUSTRIES INTERNATIONAL, PO BOX 86, MINNEAPOLIS, MN 55486-1490 | |
| 10925 | AERATION INDUSTRIES, INC, 4100 PEAVEY RD., CHASKA, MN 55318 | |
| 10924 | AERIAL LIGHTING & ELEC INC, 2 LARSON DRIVE, DANBURY, CT 06814 | |
| 10924 | AERIAL LIGHTING & ELECTRIC, 26 HOTCHKISS ST, NAUGATUCK, CT 06770 | |
| 10924 | AERIAL LIGHTING C/O HIDDEN BROOK, 1655 POST ROAD EAST, WESTPORT, CT 06889 | |
| 10924 | AERIAL LIGHTING, 26 HOTCHKISS ST., NAUGATUCK, CT 06770 | |
| 10925 | AERIAL PHOTOS INC, POBOX 924445, HOUSTON, TX 77292 | |
| 10925 | AERIAL VIEWS INC., PO BOX 500, ALBION, NY 14411 | |
| 10925 | AERIAL VIEWS, PO BOX 500, ALBION, NY 14411 | |
| 10924 | AERO AUTOMATIC SPRINKLER CO., 4324 N. 42ND AVENUE, PHOENIX, AZ 85019 | |
| 10924 | AERO BLOCK CO, PO 691, MINOT, ND 58701 | |
| 10924 | AERO CONTRACTS, 3700 NORTH 29TH AV, HOLLYWOOD, FL 33020 | |
| 10924 | AERO HARDWARE & PARTS CO., 130 BUSINESS PARK DR., ARMONK, NY 10504 | |
| 10925 | AERO HARDWARE & SUPPLY INC, PO BOX 552530, FORT LAUDERDALE, FL 33355 | |
| 10925 | AERO INSTRUMENT CO, 14901 EMERY AVE, CLEVELAND, OH 44135 | |
| 10924 | AERO QUIP CORP., 1225 W. MAIN STREET, VAN WERT, OH 45891 | |
| 10924 | AERO QUIP CORP., 1830 HWY. 201 S. SPUR, MOUNTAIN HOME, AR 72653 | |
| 10925 | AERO RECORDS & TITLE CO., PO BOX 19246, OKLAHOMA CITY, OK 73144 | |
| 10924 | AEROBRAZE CORPORATION, 940 REDNA TERRACE, CINCINNATI, OH 45215 | |
| 10925 | AEROCHEM INC, ROBERT B HAHN PRES, 1885 NORTH BATAVIA ST, ADDRESS OFF INTERNET, ORANGE, CA 92865 | |
| 10925 | AEROELECTRONICS INC, 10720 TUBE DRIVE #13, HURST, TX 76053 | |
| 10924 | AEROFIL TECH. INC., 225 INDUSTRIAL PARK, SULLIVAN, MO 63080 | |
| 10925 | AEROFUND FINANCIAL INC, 6910 SANTA TERESA BLVD, SAN JOSE, CA 95119 | |
| 10924 | AEROGAS PROCESSORS LTD, POINT LISAS INDUSTRIAL ESTATE, POINT LISAS, TTO | *VIA Deutsche Post* |
| 10925 | AEROGLIDE CORP, 100 AEROGLIDE DR, CARY, NC 27511 | |
| 10925 | AEROJECT GENERAL CORP, SUZANNE L PHINNEY VP ENV, PO BOX 13222, SACRAMENTO, CA 95813 | |
| 10925 | AEROJET GENCORP, JOSE N URANGA, 1940 ALABAMA AVE, PO BOX 3530, RANCHO CORDOVA, CA 95741-3530 | |
| 10924 | AEROLYUSA, INC, 357 SCALLY PLACE, WESTBURY, NY 11590 | |
| 10924 | AEROLYUSA, INC., 357 SCALLY PLACE, WESTBURY, NY 11590 | |
| 10925 | AEROMAP U S INC, 2014 MERRILL FIELD DR, ANCHORAGE, AK 99501 | |
| 10925 | AERONAUTICAL RADIO, INC, PO BOX 277217, ATLANTA, GA 30384-7217 | |
| 10925 | AEROPORTS DEMONTREAL, BUREAU 2100, MONTREAL, QC H3B 4X8CANADA | *VIA Deutsche Post* |
| 10925 | AEROQUIP CORP, SCOTT E ALLBERY SR ATTY EATON C, 1111 SUPERIOR AVE, EATON CENTER, CLEVELAND, OH 44114-2584 | |
| 10924 | AEROQUIP CORPORATION, ***OUR BOOKS ONLY***, CREDIT MEMO, IT 0UNK | *VIA Deutsche Post* |
| 10924 | AEROSOL MAINT. & ANAL. INC., 1331 ASHTON RD, HANOVER, MD 21076-0646 | |
| 10925 | AEROSOL MONITORING & ANALYSIS, 246 COCKEYSVILLE RD., HUNT VALLEY, MD 21030 | |
| 10925 | AEROSOL MONITORING & ANALYSIS, INC, PO BOX 646, HANOVER, MD 21076 | |
| 10925 | AEROSOL SPECIALTIES CORPORATION, 3150 MOON STATION ROAD, KENNESAW, GA 30144 | |
| 10925 | AEROSOL SYSTEMS INC., 9150 VALLEY VIEW ROAD, MACEDONIA, OH 44056 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    AEROSOL SYSTEMS, INC., 9150 VALLEY VIEW ROAD, MACEDONIA, OH 44056

10924    AEROSOURCE, INC., 390 CAMPUS DRIVE, SOMERSET, NJ 08873

10924    AEROSPACE BUILDING, EASTMAN, GA 31023

10924    AEROSPACE BUILDING, UNIVERSITY OF ARIZONA, PHOENIX, AZ 85019

10925    AEROSPACE CENTER SUPPORT, 100 KINDEL DR #A239, ARNOLD AFB, TN 99999

10925    AEROSPACE CENTER SUPPORT, 1476 AVE E, ARNOLD AIR FORCE BASE, TN 37389-8888

10925    AEROSPACE CORP THE, 2350E EL SEGUNDO BLVD, EL SEGUNDO, CA 90245-4691

10924    AEROSPACE CORP., 2040 EAST MAPLE AVENUE, LOS ANGELES, CA 90009

10924    AEROSPACE CORP., PO BOX 91055, LOS ANGELES, CA 90009

10925    AEROSPACE LIGHTING CORP, 75 BEACON DR, HOLBROOK, NY 11741

10925    AEROSTAR INDUSTRY CO INC, 28 TERMINAL DRIVE SOUTH, PLAINVIEW, NY 11803

10925    AEROSTAR INDUSTRY CO INC, 85-3 AIR PARK DR, RONKONKOMA, NY 11779

10925    AEROSTAR MACHINE INC., 1801 B OLD SULPHUR SPRING RD., ARBUTUS, MD 21227

10925    AEROTECH INC, 101 ZETA DR, PITTSBURGH, PA 15238

10924    AEROTECH, INC., 101 ZETA DRIVE, PITTSBURGH, PA 15238

10925    AEROTEK COMPANY LTD, 1756 SUKHUMVIT 52 BANGJARK, BANGKOK, 10251THAILAND          *VIA Deutsche Post*

10925    AEROTEK INC, PO BOX 630853, BALTIMORE, MD 21263-0853

10925    AEROTEK, INC, 3689 COLLECTION CTR. DR., CHICAGO, IL 60693

10925    AEROTHERM CORPORATION, 580 CLYDE AVE, MOUNTAIN VIEW, CA 94043

10925    AEROTHRUST, 5300 N W 36TH ST, MIAMI, FL 33122

10925    AEROTHRUST, PO BOX 522236, MIAMI, FL 33152

10924    AERTECH MACHINE, 2903 WEST MICHIGAN AVENUE, JACKSON, MI 49202

10924    AERVOE-PACIFIC COMPANY, INC., 1198 SAWMILL RD., GARDNERVILLE, NV 89410

10925    AERZEN USA CORP., 645 SANDS COURT, HIGHLANDS CORPORATE CENTER, COATESVILLE, PA 19320-1709

10925    AES GROUP INC, PO BOX 15, NEWBURGH, IN 47630-1237

10924    AESCHBACH MAINTENANCE MACHINING, 705 WEST NORTH STREET, POYNETTE, WI 53955

10924    AET, 901 EDGEMONT DRIVE, COVINGTON, VA 24426

10925    AETEA INFORMATION TECH., 1445 RESEARCH BLVD., STE 300, ROCKVILLE, MD 20850

10925    AETEA INFORMATION TECHNOLOGY, PO BOX 631599, BALTIMORE, MD 21263-1599

10925    AETNA CORP, 175 BROOKLINE ST, CAMBRIDGE, MA 02139

10925    AETNA HEALTH PLAN OF GEORGIA, 3500 PIEDMONT ROAD, NE STE 300, ATLANTA, GA 30305

10925    AETNA HEALTH PLANS OF GA, INC, 151 FARMINGTON AVE CONV: MBID, HARTFORD, CT 06156-7614

10925    AETNA LIFE INSURANCE CO., PO BOX 9621, UNIONDALE, NY 11555

10925    AETNA ROOFING CORP., 1320 E STATE ST, TRENTON, NJ 08609

10925    AETNA US HEALTHCARE, PO BOX 7777-W5805-50, PHILADELPHIA, PA 19175-5805

10925    AETNA US HEALTHCARE, PO BOX 7777-W5805-50, PHILADELPHIA, PA 19175-8260

10924    AEXCEL CORP., 7373 PRODUCTION DRIVE, MENTOR, OH 44060

10924    AEXCEL CORP., 7373 PRODUCTION DRIVE, MENTOR, OH 44061-0780

10925    AF PUBLICOVER & CO INC, POBOX 149, ARLINGTON, MA 02174

10924    AF UNDERHILL, 155 WILL DRIVE MARK # 22879, CANTON, MA 02021

10925    AF UNDERHILL, INC, 155 WILL DR., CANTON, MA 02021

10925    AFA ACCOUNTING OFFICE, 4672 S HOLLADAY BLVD., SALT LAKE CITY, UT 84117

10925    AFA PROTECTIVE SYSTEMS INC, 155 MICHAEL DRIVE, SYOSSET, NY 11791

10925    AFALLA, JOVAL, 145 SOUTH ST #3, WALTHAM, MA 02154

10925    AFC OF PORTUGAL, THE, PO BOX 656, REMSENBURG, NY 11960

10925    AFCM 16TH TECHNICAL SYMPOSIUM, TAMKJAMAHENG 24 HUAMARK, BANGKOK, 10240THAILAND          *VIA Deutsche Post*

10925    AFCO, POBOX 360572, PITTSBURGH, PA 15250-6572

10924    AFFILIATED COMMUNITY MEDICAL CENTER, 101 WILLMAR AVENUE S.W., WILLMAR, MN 56201-3591

10925    AFFILIATED CONTROL EQUIPMENT CO., DEPT 77-2630, CHICAGO, IL 60678-2630

10925    AFFILIATED CONTROL, 640 WHEATING, WOOD DALE, IL 60191

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AFFILIATED DISTRIBUTORS (A/D), 2700 HORIZON DR, KING OF PRUSSIA, PA 19406

10925   AFFILIATED MANUFACTURERS INC, PO BOX 5049, NORTH BRANCH, NJ 08876

10925   AFFILIATED STEAM EQUIP CO, 135 S LASALLE ST DEPT 3201, CHICAGO, IL 60674-3201

10925   AFFILIATED STEAM EQUIP. CO., 135 S. LASALLE, DEPT 3201, CHICAGO, IL 60674-3201

10925   AFFILIATED STEAM EQUIPMENT CO, 12424 S LOMBARD LANE, ALSIP, IL 60803-1863

10925   AFFILIATED STEAM EQUIPMENT CO, 135 S LASALLE ST DEPT 3201, CHICAGO, IL 60674-3201

10925   AFFILIATED STEAM EQUIPMENT CO, POBOX 92170, ELK GROVE VILLAGE, IL 60009

10925   AFFILIATED STEAM EQUIPMENT CO., PO BOX 92170, ELK GROVE VILLAGE, IL 60009

10925   AFFILIATED TEMPORARY HELP, POBOX 124, BELL, CA 90201-0013

10925   AFFILIATES, PO BOX 6248, CAROL STREAM, IL 60197-6248

10925   AFFILIATES, POBOX 6248, CAROL STREAM, IL 60197-6248

10925   AFFINITY DATA PRODUCTS, PO BOX 1550, SALEM, NH 03079

10925   AFFINITY VIDEONET INC, SEVEN DESOTO ROAD, ESSEX, MA 01929

10925   AFFIRMED MEDICAL SERVICES, 15941 S HARLEM AVE STE 124, TINLEY PARK, IL 60477

10925   AFFLECK, JAMES G, PO BOX 477, EAST DORSET, VT 05253

10925   AFFLIATED REPORTING TECHNOLOGY INC., 755 MAGAZINE ST, NEW ORLEANS, LA 70130

10925   AFFORDABLE INTERIOR SYSTEMS INC, 4 BONAZZOLI AVE, HUDSON, MA 01749

10925   AFFORDABLE TELEPHONES, POBOX 48489, WATAUGA, TX 76148

10924   AFG INSULATING, 365 MCCLURG ROAD, YOUNGSTOWN, OH 44512

10924   AFGD (RICHMOND), 6200 GORMAN ROAD, RICHMOND, VA 23231

10924   AFGD (SCOTIA), 803 PRESTIGE PARKWAY, SCHENECTADY, NY 12302

10924   AFGD- DO NOT USE, 8017 EDITH NE, ALBUQUERQUE, NM 87113

10924   AFGD HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   AFGD, INC- DO NOT USE, ATTN: ACCTS PAYABLE, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC- DO NOT USE, SUITE 300, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC, 160 NORTH HIGH STREET, HEBRON, OH 43025

10925   AFGD, INC, 1600 PARKWOOD CIRCLE, STE. 300, ATLANTA, GA 30339

10924   AFGD, INC, 207 EAST 38TH STREET, BOISE, ID 83714

10924   AFGD, INC. - DO NOT USE, ATTN: CORPORATE PURCHASING, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC. -, ATTN: CORPORATE PRUCH., 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC.- DO NOT USE, 10750 SENTINEL DRIVE, SAN ANTONIO, TX 78217

10924   AFGD, INC.- DO NOT USE, ATTN: ACCOUNTS PAYABLE, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC.- DO NOT USE, ATTN: CORPORATE PURCHASING, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC., 11950 E. 33RD. AVENUE, AURORA, CO 80010

10924   AFGD, INC., 11950 EAST 33RD STREET, AURORA, CO 80010

10924   AFGD, INC., 1201 HIGHWAY 67 EAST, ALVARADO, TX 76009

10924   AFGD, INC., 148 FLINT MILL ROAD, WESTVILLE, SC 29175

10924   AFGD, INC., 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC., 2522 WESTCOTT BLVD., KNOXVILLE, TN 37923

10924   AFGD, INC., 3200 AUSTELL ROAD, MARIETTA, GA 30060

10924   AFGD, INC., 3350 BALL STREET, BIRMINGHAM, AL 35234

10924   AFGD, INC., 575 CURRANT ROAD, FALL RIVER, MA 02720

10924   AFGD, INC., 5909 MILWEE, HOUSTON, TX 77292

10924   AFGD, INC., 6600 SUEMAC PLACE, JACKSONVILLE, FL 32254

10924   AFGD, INC., 710 WEST LANDRY STREET, OPELOUSAS, LA 70570

10924   AFGD, INC., ATTN: ACCOUNTS PAYABLE, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC., ATTN: CORPORATE PURCHASING, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

10924   AFGD, INC., SUITE 300, 1600 PARKWOOD CIRCLE, ATLANTA, GA 30339

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | AFIRMATIVE SUPPLY C0MPANY, ATTN: MARK STEMMONS, 5233 HOHMAN AVENUE, HAMMOND, IN 46320 | |
| 10924 | AG CHEMICAL INC., 6277 BUERMAN ROAD, SODUS, NY 14551-9555 | |
| 10925 | AG MACHINING, 4607 S. WINDERMERE ST, ENGLEWOOD, CO 80110 | |
| 10924 | AG MUELLER APARTMENTS, 1401 6TH STREET, MINNEAPOLIS, MN 55404 | |
| 10924 | AG PROCESSING INC., 127TH & DODGE, OMAHA, NE 68137 | |
| 10925 | A-G SAFETY SALES, PO BOX 15336, BATON ROUGE, LA 70895 | |
| 10924 | AGA GAS C.A., URB SANTA FE NORTE, COLEGIO PISO 15, CARACAS, VENZUALA | *VIA Deutsche Post* |
| 10925 | AGA GAS CENTRAL, INC, 3930 MICHIGAN ST., HAMMOND, IN 46323-1023 | |
| 10925 | AGA GAS CENTRAL, INC, 6060 INTERSTATE CIRCLE, HAMMOND, IN 46323-1023 | |
| 10924 | AGA GAS INC, 1060 CLYDE HANSON DR, HAMMOND, WI 54015 | |
| 10924 | AGA GAS INC, PO BOX 94737, CLEVELAND, OH 44101-4737 | |
| 10925 | AGA GAS, INC, PO BOX 94706, CLEVELAND, OH 44101 | |
| 10925 | AGA GAS, INC, PO BOX 94706, CLEVELAND, OH 44101-4706 | |
| 10925 | AGACITE, HELEN, 24318 MARIGOLD AVE, HARBOR CITY, CA 90710 | |
| 10925 | AGAMBAR, STEPHEN JOHN, ROXBURGH HOUSE, IVY LANE GREAT BRICKHILL, BUCKS, MK17 9AHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | AGAMIE, JUDITH, 4 HALSEY ROAD, WAYNE, NJ 07470 | |
| 10925 | AGAN, JOEL, 1450 CORINTH-POSEYVILLE ROAD, BREMAN, GA 30110 | |
| 10925 | AGAN, MARY, 5604 RICHLAND DRIVE, DOUGLASVILLE, GA 30135 | |
| 10925 | AGARWAL, RAJIV, 12 LARIVIERE RD, FRAMINGHAM, MA 01701 | |
| 10924 | AGATE LACQUERS MFG., 11-13 43RD ROAD, LONG ISLAND CITY, NY 11101 | |
| 10925 | AGBAY, GERARDO, 325 S STORY #219, IRVING, TX 75060 | |
| 10925 | AGC OF ALASKA, 2500 S GARNSEY ST, SANTA ANA, CA 92707 | |
| 10925 | AGC OF CALIFORNIA, 3095 BEACON BLVD, WEST SACRAMENTO, CA 95691 | |
| 10924 | AGCO - R.J. GRIFFIN, 4205 RIVER GREEN PARKWAY, DULUTH, GA 30136 | |
| 10924 | AGCON, INC., 23382 NATIONAL TRAILS HWY., ORO GRANDE, CA 92368 | |
| 10925 | AGC-UTAH CHAPTER, PO BOX 2666, SALT LAKE CITY, UT 84110-2666 | |
| 10925 | AGDA CUNHA FERREIRA, LDA, RUA DAS FLORES, 74 - 4., LISBOA CODEX, 01294PORTUGAL | *VIA Deutsche Post* |
| 10924 | AGE REFINING , INC, 7811 S. PRESA, SAN ANTONIO, TX 78223 | |
| 10924 | AGE REFINING, INC, 1131 E COMMERCE ST #2ND-FL, SAN ANTONIO, TX 78205-3305 | |
| 10924 | AGE REFINING, INC, 1131 E COMMERCE ST, 2ND FL, SAN ANTONIO, TX 78205 | |
| 10924 | AGE REFINING, INC, 1131 E COMMERCE STREET #2ND FL, SAN ANTONIO, TX 78205-3305 | |
| 10925 | AGE, LAURA, 3701 HARROGATE DRIVE, VALRICO, FL 33594 | |
| 10925 | AGEE, J, 219 CENTENNIAL AVE., BOONVILLE, IN 47601 | |
| 10925 | AGENTO, ESQ, L, DICKIE, MCCARNEY & CHILCOTE, TWO PPG PLACE, SUITE 400, PITTSBURGH, PA 15222-5402 | |
| 10924 | AGFA DIVISION, BAYER CORP., PO BOX 1271, SOMERVILLE, NJ 08876-1271 | |
| 10924 | AGGREGATE INDUSTIRES INC., BOX C, FERGUS FALLS, MN 56537 | |
| 10924 | AGGREGATE INDUSTRIES INC., PO BOX499, MOORHEAD, MN 56561 | |
| 10924 | AGGREGATE INDUSTRIES, 105 COOLIDGE HILL AVE., WATERTOWN, MA 02272 | |
| 10924 | AGGREGATE INDUSTRIES, 1125 SHORT STREET, LOUISVILLE, CO 80027 | |
| 10924 | AGGREGATE INDUSTRIES, 11717 205TH AVE. N.W., ELK RIVER, MN 55330 | |
| 10924 | AGGREGATE INDUSTRIES, 11920 HWY 86, ELIZABETH, CO 80107 | |
| 10924 | AGGREGATE INDUSTRIES, 1200 W. 120TH AVENUE, WESTMINSTER, CO 80234 | |
| 10924 | AGGREGATE INDUSTRIES, 14145 NORTHDALE BLVD., ROGERS, MN 55374 | |
| 10924 | AGGREGATE INDUSTRIES, 15 S. FRANCES ST., LONGMONT, CO 80501 | |
| 10924 | AGGREGATE INDUSTRIES, 1515 FIRST AVE. NO., MOORHEAD, MN 56560 | |
| 10924 | AGGREGATE INDUSTRIES, 160 WORCESTER RD, NORTH GRAFTON, MA 01536 | |
| 10924 | AGGREGATE INDUSTRIES, 1715 BROADWAY, SAUGUS, MA 01906 | |
| 10924 | AGGREGATE INDUSTRIES, 201 PECK STREET, FERGUS FALLS, MN 56537 | |
| 10924 | AGGREGATE INDUSTRIES, 21 SOUTH SUNSET, LONGMONT, CO 80501 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | AGGREGATE INDUSTRIES, 211 GOLDEN GATE CANYON RD, GOLDEN, CO 80403 | |
| 10924 | AGGREGATE INDUSTRIES, 2915 WATERS ROAD - SUITE 105, EAGAN, MN 55121-1562 | |
| 10924 | AGGREGATE INDUSTRIES, 30 DANVERS RD., SWAMPSCOTT, MA 01907 | |
| 10924 | AGGREGATE INDUSTRIES, 30501 HIGHWAY 257, WINDSOR, CO 80550 | |
| 10924 | AGGREGATE INDUSTRIES, 3457 HWY 119, LONGMONT, CO 80504 | |
| 10924 | AGGREGATE INDUSTRIES, 3605 SO. TELLER ST., LAKEWOOD, CO 80235 | |
| 10924 | AGGREGATE INDUSTRIES, 400 W. 61ST STREET, MINNEAPOLIS, MN 55419 | |
| 10924 | AGGREGATE INDUSTRIES, 401 W. 64TH/BROADWAY PLANT, DENVER, CO 80201 | |
| 10924 | AGGREGATE INDUSTRIES, 4975 W. HWY C470, LITTLETON, CO 80123 | |
| 10924 | AGGREGATE INDUSTRIES, 5000 W. 160TH ST., LAKEVILLE, MN 55044 | |
| 10924 | AGGREGATE INDUSTRIES, 5000 WEST 160TH STREET, LAKEVILLE, MN 55044 | |
| 10924 | AGGREGATE INDUSTRIES, 57 - 21ST STREET, NEWPORT, MN 55055 | |
| 10924 | AGGREGATE INDUSTRIES, 6100 INDUSTRY AVENUE, RAMSEY, MN 55303 | |
| 10924 | AGGREGATE INDUSTRIES, 6125 NORTH 210TH STREET, FOREST LAKE, MN 55025 | |
| 10924 | AGGREGATE INDUSTRIES, 6442 BUISNESS CENTER DRIVE, HIGHLANDS RANCH, CO 80126 | |
| 10924 | AGGREGATE INDUSTRIES, 6442 BUSINESS CENTER DRIVE, HIGHLANDS RANCH, CO 80126 | |
| 10924 | AGGREGATE INDUSTRIES, 6615 NORTH PETERSON ROAD, SEDALIA, CO 80135 | |
| 10924 | AGGREGATE INDUSTRIES, 6801 HIGHWAY 101, SHAKOPEE, MN 55379 | |
| 10924 | AGGREGATE INDUSTRIES, 72 PROVIDENCE RD., SUTTON, MA 01590 | |
| 10924 | AGGREGATE INDUSTRIES, 8420 W. RIVERVIEW PKWY, LITTLETON, CO 80125 | |
| 10924 | AGGREGATE INDUSTRIES, 9001 COALTON RD, SUPERIOR, CO 80027 | |
| 10924 | AGGREGATE INDUSTRIES, ATTN:  ACCOUNTS PAYABLE, DENVER, CO 80217-5588 | |
| 10924 | AGGREGATE INDUSTRIES, COLORADO COUNTY ROAD 27, YUMA, CO 80759 | |
| 10924 | AGGREGATE INDUSTRIES, DONALD LYNCH BLVD, BERLIN, MA 01503 | |
| 10924 | AGGREGATE INDUSTRIES, ENTERPRISE ROAD, DORCHESTER, MA 02125 | |
| 10924 | AGGREGATE INDUSTRIES, GRAFTON STREET, WORCESTER, MA 01612 | |
| 10924 | AGGREGATE INDUSTRIES, GREELEY, CO 80631 | |
| 10924 | AGGREGATE INDUSTRIES, HIGHWAY 83, FRANKTOWN, CO 80116 | |
| 10924 | AGGREGATE INDUSTRIES, HWY 287, SUPERIOR, CO 80027 | |
| 10924 | AGGREGATE INDUSTRIES, MILLBURY STREET, WORCESTER, MA 01612 | |
| 10924 | AGGREGATE INDUSTRIES, P O BOX C, FERGUS FALLS, MN 56537 | |
| 10924 | AGGREGATE INDUSTRIES, PLANT #6, INTERSTATE 76 TO 88TH AVENUE, DENVER, CO 80202 | |
| 10924 | AGGREGATE INDUSTRIES, PO BOX 1036, MOORHEAD, MN 56561 | |
| 10925 | AGGREGATE INDUSTRIES, PO BOX 328, LONGMONT, CO 80501 | |
| 10925 | AGGREGATE INDUSTRIES, PO BOX 5-0070, WOBURN, MA 01815-0070 | |
| 10924 | AGGREGATE INDUSTRIES, PORTABLE PLANT, DENVER, CO 80202 | |
| 10924 | AGGREGATE INDUSTRIES, POST OFFICE BOX 5588, DENVER, CO 80217-5588 | |
| 10924 | AGGREGATE INDUSTRIES, ROUTE 20, CHARLTON CITY, MA 01508 | |
| 10924 | AGGREGATE INDUSTRIES, ROUTE 99, SAUGUS, MA 01906 | |
| 10924 | AGGREGATE INDUSTRIES, ROVER STREET, EVERETT, MA 02149 | |
| 10924 | AGGREGATE INDUSTRIES, SOUTH STREET, WALTHAM, MA 02154 | |
| 10925 | AGGREGATE PRODUCERS ASSOC OF, 400 CAPITOL MALL SUITE 900, SACRAMENTO, CA 95814 | |
| 10925 | AGGREGATE PRODUCERS ASSOCIATION, PO BOX 254491, SACRAMENTO, CA 95825 | |
| 10925 | AGGREGATE PRODUCTS CO INC, 5420 W. BETHANY HOME ROAD, GLENDALE, AZ 85301 | |
| 10924 | AGGREGATE PRODUCTS CO INC, 5420 W. BETHANY HOME ROAD, GLENDALE, AZ 85301 | |
| 10924 | AGGREGATE PRODUCTS, 5420 W. BETHANY HOME RD., GLENDALE, AZ 85301 | |
| 10924 | AGGREGATE PRODUCTS, INC., CAMBRIDGE, MA 02140 | |
| 10925 | AGGREGATE READY MIX ASSOCIATION, 275 MARKET ST SUITE C-13, MINNEAPOLIS, MN 55405 | |
| 10925 | AGGREKO INC., 2698 E. NAPOLEON, SULPHUR, LA 70663 | |
| 10925 | AGGREKO, 121 VERA ROAD, LEXINGTON, SC 29072 | |
| 10925 | AGGREKO, INC, 11964 TRAM WAY DR., SHARONVILLE, OH 45241 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    AGGREKO, INC, 124 LANGLEY RD., GLEN BURNIE, MD 21060-6589

10925    AGGREKO, INC, 2707-1/2 E. NAPOLEON ST., SULPHUR, LA 70664

10924    AGGRESSORS INTERNATIONAL LTD, ARTCO CENTER #8 CREWE ROAD, GRAND CAYMAN, CYM    *VIA Deutsche Post*

10925    AGH RENTALS INC, POBOX 517, CAMBRIDGE, MA 02140-0005

10925    AGH RENTALS INC., PO BOX 517, CAMBRIDGE, MA 02140-0005

10925    AGI INDUSTRIES, PO BOX 998, SULPHUR, LA 70664

10925    AGILENT TECHNOLIGIES, PO BOX 75265, CHARLOTTE, NC 28275-0265

10925    AGILENT TECHNOLOGIES, 2850 CENTERVILLE RD., WILMINGTON, DE 19808

10925    AGILENT TECHNOLOGIES, INC, 2401 FOURTH AVE. - STE. 500, SEATTLE, WA 98121-1436

10925    AGILENT TECHNOLOGIES, PO BOX 105191, ATLANTA, GA 30348-5191

10925    AGILENT TECHNOLOGIES, PO BOX 945575, ATLANTA, GA 30394-5575

10924    AGILENT TECHNOLOGIES, PO BOX2810, COLORADO SPRINGS, CO 80901

10924    AGL BUILDING SPECIALITY SY., 1652 EDISON DR., MAPLE GLEN, PA 19002

10924    AGL BUILDING SPECIALITY SY., P.O. BOX 3269, MAPLE GLEN, PA 19002

10924    AGL RESOURCES, 3401 N. HAWTHORNE, CHATTANOOGA, TN 37406

10925    AGL WELDING SUPPLY CO INC, 723 FAIRVIEW AVE, FAIRVIEW, NJ 07022

10925    AGL WELDING SUPPLY CO, INC, PO BOX 1707, CLIFTON, NJ 07015-1707

10925    AGM ELECTRONICS, INC, PO BOX 32227, TUCSON, AZ 85751-2227

10924    AGMED, INC, 401 E. BRINGLE FERRY ROAD, SALISBURY, NC 28145

10924    AGMED, INC, PO BOX 3301, SALISBURY, NC 28144

10924    AGMET METALS, 7800 MEDUSA STREET, CLEVELAND, OH 44146

10925    AGNER, JEAN, 10040 N HOLMES CT, MEQUON, WI 53092-5453

10925    AGNER-SANTOS, GLORIA, 11 BERSANI CIRCLE, NORTH QUINCY, MA 02171

10925    AGNES BAPTISTA TR UA AUG 30 96, BAPTISTA FAMILY 1989 LIVING TRUST, 1426 BARBARA DR, SANTA CLARA, CA 95050-4463

10925    AGNES BUERKLIN, 15A HAZELWOOD DR, PITTSGROVE, NJ 08318

10925    AGNES D JARES, C/O AGNES D CHRISTL, 100 GLENVIEW PLACE APT 310A, NAPLES, FL 34108-3128

10925    AGNES I ALBINSON, PO BOX 982, LANDING WAY, SHELTER ISLAND, NY 11964-0000

10925    AGNES KOLIBABA, 10419 NE KNOTTS ST, PORTLAND, OR 97220-2826

10925    AGNES L ALLEN, 300 WEST 30TH ST, SIOUX FALLS, SD 57105-3804

10925    AGNES LENORE LATKA &, JOHN PETER LATKA JT TEN, 308 NORTH 9TH AVE, MANVILLE, NJ 08835-1241

10925    AGNES SHELLHAMMER, 6606 LOWELL AVE, SHAWNEE MISSION, KS 66202-3866

10925    AGNEW CARTER MCCARTHY INC, 745 BOYLESTON ST LBBY 6, BOSTON, MA 02116-2611

10925    AGNEW CARTER MS&L, POBOX 77000, DETROIT, MI 48277

10925    AGNEW, BARBARA, 300 SEMINARY AVE, GREENSBURG, PA 15601

10925    AGNEW, BROOKS, 4680 REGGIE DR, MORRISTOWN, TN 37814

10925    AGNEW, EUGENE, 13 QUEENCT., GREENVILLE, SC 29611

10925    AGNEW, ROBERT, 103 W WOODBURN AVE, PINE HILL, NJ 08021

10925    AGNEW, ROBERT, 481 LACASCATA, CLEMENTON, NJ 08021

10925    AGOPIAN, JOEL, 1601 ANITA LANE, NEWPORT BEACH, CA 92660

10925    AGOSTINE, LORI, 3801 RIDGE KNOLL CT #1A, FAIRFAX, VA 22033

10925    AGOSTO, ROSA, CALLE A C-27, BAYAMON, PR 00657

10925    AGOSTO, VICTOR, 6109 W. BARRY, CHICAGO, IL 60634

10925    AGOUTI ENTERPRISES, 601 S. SETTLEMIER AVE, WOODBURN, OR 97071

10924    AGP HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924    AGP L.C., 1201 EAST PECAN STREET, SHERMAN, TX 75090

10924    AGP L.C., 500 N. COMMERCIAL STREET, EAGLE GROVE, IA 50533

10924    AGP L.C., PO BOX 85, EAGLE GROVE, IA 50533

10925    AGPAOA, ROMULO, 22128 NICOLLE AVE, CARSON, CA 90745

10925    AGRA EARTH & ENVIRONMENTAL INC, POBOX 24445, SEATTLE, WA 98124-0445

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | AGRA EARTH & ENVIRONMENTAL LIMITED, 221 - 18TH ST SE, CALGARY, AB T2E 6J5CANADA | *VIA Deutsche Post* |
| 10925 | AGRA EARTH & ENVIRONMENTAL, 2227 DOUGLAS RD, BURNABY, BC V5C 5A9CANADA | *VIA Deutsche Post* |
| 10925 | AGRA EUROPE LTD, 80 CALVERLEY ROAD, TURNBRIDGE WELLS, KENT, TN1 2UNUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | AGRACETUS, 8520 UNIVERSITY GREEN, MIDDLETON, WI 53562 | |
| 10925 | AGRACETUS, INC, 8520 UNIVERSITY GREEN, MIDDLETON, WI 53562 | |
| 10925 | AGRAS BILLING - MACC, PO BOX 400, BLAIR, NE 68008-0400 | |
| 10925 | AGRAS BILLING M.A.C.C., PO BOX 400, BLAIR, NE 68008 | |
| 10925 | AGRE, KEITH, 213 PROSPECT, RIDGECREST, CA 93555 | |
| 10924 | AGRESEARCH, INC., 1 GENSTAR DR., JOLIET, IL 60435 | |
| 10925 | AGRESTI, DAVID, 8 INDIAN LANE, FRANKLIN, MA 02038 | |
| 10925 | AGRESTI, JULIE, 25 FISKE AVE, SOMERVILLE, MA 02145 | |
| 10925 | AGRESTI, MARLENE, 25 FISKE AV, SOMERVILLE, MA 02145 | |
| 10925 | AGRESTI, PAUL, 8 LARAWAY CT, 2E, DERRY, NH 03038 | |
| 10924 | AGREVO ENVIRONMENTAL HEALTH, 3310 PASADENA BLVD., PASADENA, TX 77503 | |
| 10924 | AGREVO ENVIRONMENTAL HEALTH, 95 CHESTNUT RIDGE ROAD, MONTVALE, NJ 07645 | |
| 10924 | AGRI RESEARCH, GRAND FORKS, ND 58201 | |
| 10924 | AGRI TURF, 2257 LAS POSITOS, SANTA BARBARA, CA 93105 | |
| 10924 | AGRICOLA BARRANCA S.A., AV. ARGENTINA 4090, CALLAO, PER | *VIA Deutsche Post* |
| 10924 | AGRICOLA LA MINITA, S.P.R. DE R.L., TEXAS INDUSTRIAL PARK III, 9330 SAN MATEO DRIVE, LAREDO, TX 78041 | |
| 10925 | AGRICULTURAL CHEMICAL REFINERY ROAD & INTERSTATE, 20 EAST, BIG SPRINGS, TX | |
| 10925 | AGRICULTURE STREET LANDFILL, ORLEANS PARISH, NEW ORLEANS, LA | |
| 10925 | AGRI-LAWN, 803 FRONT ST., RICHMOND, TX 77469 | |
| 10925 | AGRISEARCH INC., 36 WATER ST, THUMONT, MD 21788-1912 | |
| 10925 | AGRI-TECH SERVICES, 9911 OAKRUN DRIVE, BRADENTON, FL 34202 | |
| 10924 | AGRITECK BIOINGREDIENT CO, 139 FRONT RD., ONTARIO CA K6A2, ON O1T 1I1TORONTO | *VIA Deutsche Post* |
| 10924 | AGRITEK BIOINGREDIENTS CO., 139 FRONT RD., HAWKESBURG, ON K6A 2S8TORONTO | *VIA Deutsche Post* |
| 10924 | AGRITEK BIOINGREDIENTS, CAMBRIDGE, MA 99999 | |
| 10924 | AGRITEK BIOINGREDIENTS, COUNTY ROAD 650 SOUTH, MODOC, IN 47358 | |
| 10924 | AGRO DISTRIBUTION, 790 N.W. 10TH AVENUE, HOMESTEAD, FL 33030 | |
| 10924 | AGRO DISTRIBUTION, 8245 STATE ROAD 7, BOYNTON BEACH, FL 33437 | |
| 10924 | AGRO DISTRIBUTION, PO BOX6000, SIOUX CITY, IA 51102-6000 | |
| 10924 | AGRO SUPPLIES, 161 E. MAYRA DR., NOGALES, AZ 85628 | |
| 10924 | AGRO SUPPLIES, COLONIA CENTRO SINALOA, AVENIDA MANUEL VALLARTA #2079, CULIACAN, 80129MEXICO | *VIA Deutsche Post* |
| 10924 | AGROEXPO, S.A. DE C.V., PASEO DE LA REFORMA 2421, SALTILLO, COAHUILA, 25020MEXICO | *VIA Deutsche Post* |
| 10924 | AGROMIN, 1501 S. LAS POSAS RD., CAMARILLO, CA 93012 | |
| 10924 | AGROSERVICIOS NIETO S.A. DE C.V., ATT: ARTURO LONGORIA, 281 EAST JCT. 10TH ST. S., HIDALGO, TX 78557 | |
| 10924 | AGROSERVICIOS NIETO SA DE CV, AVE CONTITUYENTES NO. 198, CELAYA GTO, 99999MEXICO | *VIA Deutsche Post* |
| 10924 | AGROSERVICIOS NIETO, S.A. DE C.V., CARR. PANAMERICANA KM.1, CELAYA, 38020MEXICO | *VIA Deutsche Post* |
| 10924 | AGROSERVICIOS NINETO S.A. DE C.V., CARR. PANAMAERICANA KM.1, CELAYA GTO, 38020MEXICO | *VIA Deutsche Post* |
| 10924 | AGUDA STATE FARM, (KILLEBREW), HONOLULU, HI 96801 | |
| 10925 | AGUDA, MERLY, PO BOX 2822, FREMONT, CA 94536 | |
| 10925 | AGUERO, RODNEY, PO BOX 244, IRAAN, TX 79744 | |
| 10925 | AGUIAR, JOSE, 229 SALEM RD, TEWKSBURY, MA 01876 | |
| 10925 | AGUIAR, THERESA, 143 BRAHMA AVE, BRIDGEWATER, NJ 08807 | |
| 10925 | AGUIAR, YOHALE, 10359 NW 127TH ST, HIALEAH GARDENS, FL 33016 | |
| 10925 | AGUILAR, ALFONSO, 2901 RACE, FT WORTH, TX 76111 | |
| 10925 | AGUILAR, ANTONIETA, 3409 CORPUS CHRISTI, LAREDO, TX 78043 | |
| 10925 | AGUILAR, ARISTEO, 2578 BRANDY WAY, LIVINGSTON, CA 95334 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AGUILAR, BEATRICE, 7712 NEW SULPHUR SPRINGS RD., SAN ANTONIO, TX 78263

10925   AGUILAR, ERIC, 7703 CAMINITO PUERTO, LA COSTA, CA 92009

10925   AGUILAR, ERNESTO, 2121 W. BORCHARD, SANTA ANA, CA 92704

10925   AGUILAR, GEMA, 5307 ABERDEEN ST, SAN DIEGO, CA 92117

10925   AGUILAR, GRIZELDA, 1321 E.17TH, SAN ANGELO, TX 70901

10925   AGUILAR, JESUS, 3649 GARNET ST, 223, TORRANCE, CA 90503

10925   AGUILAR, JOSE, 1313 CULLEN BLVD, HOUSTON, TX 77023

10925   AGUILAR, MANUEL, 11163 OUTLAW WAY, MORENO VALLEY, CA 92557

10925   AGUILAR, MARGARITA, 416 BRIGHTON, DALLAS, TX 75208

10925   AGUILAR, MARIA ELENA, RT 1 BOX 15-X, SAN JUAN, TX 78589

10925   AGUILAR, MARTIN, 16424 LETTEAU AVE, DELHI, CA 95315

10925   AGUILAR, MONICA, 9061/2 N.E. 7TH ST, ANDREWS, TX 79714

10925   AGUILAR, NICKOLAS, 5895 CENTRAL AVE, NEWARK, CA 94560

10925   AGUILAR, ORLANDO, 87 LODI ST, HACKENSACK, NJ 07601

10925   AGUILAR, PEDRO, 908 AVE A, ALICE, TX 78332

10925   AGUILAR, RENEE, 1281 W 7TH ST, SAN PEDRO, CA 90731

10925   AGUILAR, RUBEN, 1200 NW 15 AVE, POMPANO BEACH, FL 33069

10925   AGUILAR, RUBEN, 17713 SW 24TH CT, MIRAMAR, FL 33029

10925   AGUILAR, RUBEN, 32223 OLNEY CT, UNION CITY, CA 95035

10925   AGUILAR, SANDRA, PO BOX 684, DECATUR, AR 72722

10925   AGUILAR-LOPEZ, MARIO, 3813 CHERRY BLOSSOM, NATIONAL CITY, CA 91550

10925   AGUILERA JT TEN, RUBEN & CHRIS, 10503 W THUNDERBIRD SUITE 200, SUN CITY, AZ 85351-3047

10925   AGUILLON, JESUS, 121 ELIZONDO ST., RIO GRANDE CITY, TX 78582

10925   AGUINID, CECILIA, 1704-A SCOTT RD, BURBANK, CA 91504

10925   AGUIRRE, CINDY, 1800 WISDOM APT 121, AMARILLO, TX 79106

10925   AGUIRRE, FELSY, 187 CALLE UDEJULIO, MERCEDITA PR, PR 00715

10925   AGUIRRE, MARIA, 23203 ALMA, ST. PERRIS, CA 92370

10925   AGUIRRE, MARIO, 12701 YORK AVE, HAWTHORNE, CA 90250

10925   AGUIRRE, SALVADOR, 3726 WEST 102ND ST, ENGLEWOOD, CA 90303

10925   AGUIRRE, SERGIO, 6215 MUSTANG, FORT WORTH, TX 76114

10925   AGUIRRE, SONIA, 1424 CHAPIN ST. NW APT. B1, WASHINGTON, DC 20009

10925   AGUIRRE-MUELLER, BELINDA, 9155 DEER VILLAGE, SAN ANTONIO, TX 78250

10925   AGUN TRANSPORT INC, PO BOX 902, DORADO, PR 00646

10925   AGURS, ROBERT, 3 WHITE BIRCH CT, BRANCHBURG, NJ 08876

10924   AGWAY INC, P.O. BOX 4741, SYRACUSE, NY 13221

10924   AGWAY, INC., BIG FLATS, NY 14814

10924   AGWAY, INC., CAMBRIDGE, MA 02140

10925   AH GARDNER & SON, INC, 2207 S. NEWKIRK ST, BALTIMORE, MD 21224-6409

10925   AHAD, MOHD, 3701 30TH AVE , 15, QUEENS, NY 11103

10925   AHAD, TAMARA, 22900 CIRCLE J RANCH ROAD, 137, SAUGUS, CA 91350

10925   AHAGHOTU, NNENNA, 410 MEMORIAL DRIVE, CAMBRIDGE, MA 02139

10925   AHAMED, GLENNA, 3691 PEACOCK COURT, SANTA CLARA, CA 95051

10924   AHAVA DAIRY PRODUCTS CORP., 120-3RD STREET, BROOKLYN, NY 11231

10924   AHAVA DAIRY PRODUCTS CORP., PO BOX 559, BROOKLYN, NY 11230

10925   AHEARN, CHRISTINE, 63 WEBSTER ST., WHITMAN, MA 02382

10925   AHEARN, STUART, 1456 BERTHA AVE NW, BREMERTON, WA 98312

10925   AHERIN, DENNIS, 3236 A ST, LINCOLN, NE 68510

10925   AHERN & SOPER, 540 N. COMMERCIAL ST, MANCHESTER, NH 03101

10925   AHERN RENTALS, 2909 ALEXANDER, NORTH LAS VEGAS, NV 89030

10925   AHERN RENTALS, 4241 ARVILLE ST, LAS VEGAS, NV 89103-3713

10925   AHERN, A.LAWRENCE, 4118 MANOR HOUSE DR, MARIETTA, GA 30062

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AHERN, DAVID, 61 MYRTLE ST, WATERTOWN, MA 02172

10925   AHERN, L, 2004 LAUREL SPRINGS DRIVE NW, CLEVELAND, TX 37311

10925   AHERN, LAWRENCE A, 5225 PHILLIP LEE DRIVE, ATLANTA, GA 30336

10925   AHERN, STEPHEN H, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   AHERN, STEPHEN, 3379 WALNUT DRIVE, ELLICOTT CITY, MD 21043

10925   AHERN, TIMOTHY, ONE LINCOLN DR, LAUREL SPRINGS, NJ 08021

10925   AHERRERA, MARK, 32 PRESCOTT ST, MELROSE, MA 02176

10925   AHFC CORP, PO BOX 1027, ALPHARETTA, GA 30239

10925   AHLBERG, EDGAR, PO BOX 137, BREWSTER, MA 02631-0005

10925   AHLBRANDT JR, DONALD, 419 HARRISON AVE, MANVILLE, NJ 08835

10925   AHLBRANDT, JOANN, 419 HARRISON AVE, MANVILLE, NJ 08835

10925   AHLBRANDT, NANCY, 419 HARRISON AVE, MANVILLE, NJ 08835

10925   AHLENSTORF, REBECCA, 207 N OLATHEVIEW, OLATHE, KS 66061

10925   AHLERS, HEINZ, 40102 WHITE LEAF LANE, MURRIETA, CA 92562-3806

10925   AHLGREN, KELLY, 6 CHANTILLY COURT, GREENVILLE, SC 29615

10925   AHLHEIM, STEPHEN, 132 12TH ST SE, WASHINGTON, DC 20003

10925   AHLQUIST, CARL, 33 MITCHELL HILL RD, SCARBOROUGH, ME 04074

10925   AHLSTROM FILTRATION, 122 W. BUTLER ST., MOUNT HOLLY SPRINGS, PA 17065

10925   AHLSTROM, VAUGHN, 855 PERSHING, CRAIG, CO 81625

10925   AHLVIN, J, 1019 W ROYAL PALM, PHOENIX, AZ 85021

10925   AHMAD ARFAEI, 7675 PALMILLA DR, APT#6412, SAN DIEGO, CA 92122

10925   AHMAD MD, SAEED, FRCP LONDON, 1000 BROOKSIDE DR, FAIRMONT, WV 26554-1425

10925   AHMAD, MESBAH, 233 EAST 4TH ST, NEW YORK, NY 10009

10925   AHMED, DILSHAD M, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925   AHMED, DILSHAD, 4746 BATES DRIVE, ELLICOTT CITY, MD 21043

10925   AHMED, DILSHAD, 7500 GRACE DR., COLUMBIA, MD 21044

10925   AHMED, FAKHERA, 34 WISSE ST APT #10, LODI, NJ 07644

10925   AHMED, PAUL, 5529 PENINSULA PK LDG, HERMITAGE, TN 37076

10925   AHMED, RESHMA, 306 HOME ST, TEANECK, NJ 07666

10925   AHMED, SHAHEK, 233 EAST 4TH ST, NEW YORK, NY 10009

10925   AHMED, SHAMIM, 1155 GLEENMORE AVE, BROOKLYN, NY 11208

10925   AHMED, SYED, 308 S FOREST DRIVE, 2, KENAI, AK 99611

10925   AHMED, SYED, 6335 ROCKSHIRE ST, ALEXANDRIA, VA 22310

10925   AHMED, SYED, 85A DONOR AVE, ELMWOOD PARK, NJ 07407

10925   AHMED, TARUJ, 90 BERGEN AVE, RIDGEFIELD PARK, NJ 07660

10925   AHMUTY DEMERS & MCMANUS, 200 I U WILLETS RD, ALBERSTON, NY 11507

10925   AHN, MIMI O, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   AHN, MIMI, 233 ELM ST, NORTH READING, MA 01864

10925   AHO APPARATUS SERVICE SHOP, POBOX 4013, SALT LAKE CITY, UT 84116

10924   AHOLD, 1200  BROOKFIEL BLVD, GREENVILLE, SC 29607

10924   AHRENS CHIMNEY TECHNIQUE INC, 2000 INDUSTRIAL AVE, SIOUX FALLS, SD 57104

10924   AHRENS CHIMNEY TECHNIQUE, INC., 2000 INDUSTRIAL AVE, SIOUX FALLS, SD 57104

10924   AHRENS STUDIO, 550 E. BROKAW ROAD, SAN JOSE, CA 95112

10925   AHRLETT, DONNA, 14947 COLVILLE, CHANNELVIEW, TX 77530

10925   AI SCIENTIFIC CO, INC, 116 GREAT BELT RD., BUTLER, PA 16002

10925   AI&M, PO BOX 2227, VALLEJO, CA 94592

10925   AIA CHARLOTTE, PO BOX 561065, CHARLOTTE, NC 28256

10925   AIA COLUMBUS, 21 W BROAD ST, COLUMBUS, OH 43215-4100

10925   AIA FLORIDA GULF COAST, PO BOX 48986, SARASOTA, FL 34230-5986

10925   AIA LAS VEGAS, 4170 S. DECATUR BLVD. SUITE B-5, LAS VEGAS, NV 89103

10925   AIA LAS VEGAS, 4505 S MARYLAND PKWY, LAS VEGAS, NV 89154-4018

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AIA LAS VEGAS, 709 VALLE VERDE CT, HENDERSON, NV 89014

10925   AIA NORTH CAROLINA, 115 W MORGAN ST, RALEIGH, NC 27601

10925   AIA NORTHERN NEVADA, PO BOX 607, RENO, NV 89504-0607

10925   AIA SOUTH CAROLINAA, 1522 RICHLAND ST, COLUMBIA, SC 29201

10925   AIA WISCONSIN, 321 S HAMILTON ST, MADISON, WI 53703

10925   AIA/CES PROVIDERS, 1735 NEW YORK AVE NW, WASHINGTON, DC 20006-5292

10925   AIA/CSI PRODUCTS FAIR, 9000 W SHERIDAN ST SUITE 166, PEMBROKE PINES, FL 33024

10925   AICHE, PO BOX 13915, NEWARK, NJ 07101-5315

10925   AICHER, HARRY, 5045 420TH ST. SE, IOWA CITY, IA 52240

10925   AICHER, RANDY, 1106 PILGRIM WAY APT I, GREEN BAY, WI 54304

10925   AICPA, 201 PLAZA III / CIR DEPT, JERSEY CITY, NJ 07311-3881

10925   AICPA, PO BOX 1598, NEWARK, NJ 07101-1598

10925   AICPA, PO BOX 2205, JERSEY CITY, NJ 07303-2205

10925   AICPA, PO BOX 2212, JERSEY CITY, NJ 07303-2212

10925   AICPA, PO BOX 5795, HICKSVILLE, NY 11802-5795

10925   AICPA, PO BOX 9264, CHURCH ST STATION, NEW YORK, NY 10256-9264

10924   AID TO TRAFFIC &, EVERLASTING CONCRETE PROD, DELRAY BEACH, FL 33445

10925   AID TO TRAFFIC, 2101 SOUTH CONGRESS AVE, DELRAY BEACH, FL 33445

10925   AIDANT FIRE PROTECTION CO, 15836 N 77TH ST, SCOTTSDALE, AZ 85260

10925   AIDANT FIRE PROTECTION CO, 15836 NORTH 77TH ST, SCOTTSDALE, AZ 85260

10925   AIDANT FIRE PROTECTION COMPANY, 15836 NORTH 77TH ST, SCOTTSDALE, AZ 85260-1700

10924   AIDANT FIRE, 15836 N. 77TH ST., SCOTTSDALE, AZ 85260

10925   AIDS ACTION COMMITTEE, 131 CLARENDON ST, BOSTON, MA 02116

10924   AID-TO-TRAFFIC, 2101 S CONGRESS AVE, DELRAY BEACH, FL 33445

10924   AID-TO-TRAFFIC, 2350 S. CONGRESS AVE, DELRAY BEACH, FL 33445

10925   AIELLO, BRENDA LYNN, 3203 E HAYES RD, NORRISTOWN, PA 19403

10925   AIELLO, JON JOSEPH, 11 PINETREE ROAD, HUNTINGTON STA, NY 11746

10925   AIELLO, LAWRENCE P, 12 EASTMAN ROAD, ANDOVER, MA 01810-4029

10925   AIELLO, LAWRENCE, 12 EASTMAN ROAD, ANDOVER, MA 01810

10925   AIG NATIONAL UNION FIRE INSUR CO, PO BOX 923, WALL ST STATION, NEW YORK, NY 10268

10925   AIG, 70 PINE ST, NEW YORK, NY 10270

10925   AIG--NATIONAL UNION FIRE INSUR CO, PO BOX 923, WALL ST STATION, NEW YORK, NY 10268

10925   AIHCE, PO BOX 4088, FREDERICK, MD 21705

10925   AIIM INTERNATIONAL, DEPT. 1083, DENVER, CO 80291-1083

10925   AIKEN AUTO PARTS, 126 PENDLETON ST. S.W., AIKEN, SC 29801

10925   AIKEN BOXING/YOUTH DEVELOPMENT, PO BOX 33, AIKEN, SC 29802-0033

10925   AIKEN CLEANING SERVICES INC, PO BOX 6082, AIKEN, SC 29804-6082

10925   AIKEN CLEANING SERVICES, INC, PO BOX 6082, AIKEN, SC 29804-6082

10925   AIKEN CLERK OF COURT, PO BOX 3047, AIKEN, SC 29802-3047

10925   AIKEN COUNTY TAX COLLECTOR, PO BOX 873, AIKEN, SC 29802-0873

10925   AIKEN COUNTY TREASURER, PO BOX 636, AIKEN, SC 29802-0636

10925   AIKEN ELECTRIC COOPERATIVE INC., PO BOX 417, AIKEN, SC 29802-0417

10925   AIKEN ELECTRICAL WHOLESALERS, INC, PO BOX 2371, AIKEN, SC 29801

10925   AIKEN ELECTRONICS, 610 ALDRICH ST., NE, AIKEN, SC 29801

10925   AIKEN EMERGENCY PHYS, 216 EDGEFIELD AVE NW, AIKEN, SC 29801

10925   AIKEN EMERGENCY PHYS, DBA FAM MEDCENTER, 216 EDGEFIELD AVE NW, AIKEN, SC 29801

10924   AIKEN GLASSFIBER YARNS, ATT: WILBUR YONCE, HWY. 302, AIKEN, SC 29801

10925   AIKEN JAYCEES, 213 KAOLIN RD, AIKEN, SC 29801

10925   AIKEN JAYCEES, 213 KAOLIN RD., AIKEN, SC 29801

10925   AIKEN MACHINE TOOL SUPPLY, 150 PENDLETON ST. NW, AIKEN, SC 29801

10925   AIKEN TECHNICAL COLLEGE, PO DRAWER 696, AIKEN, SC 29802

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    AIKEN WORK SHOE & FACTORY OUTLET, PO BOX 211027, AUGUSTA, GA 30917-1027

10925    AIKEN, DARCEE, DEFOREST, WI 53532

10925    AIKEN, DAVE, PO BOX #802, HIGHLANDS, TX 77562

10925    AIKEN, JOE, 124 HOFFMAN AVE, TRENTON, NJ 08618

10925    AIKEN, SPOUSE BENEFIT, BRIAN, NY, NY 10098

10925    AIKEN, TEST, AAA, AA, AIKEN, SC 29812

10925    AIKENS, KATHY, 4809 ANGELINA, WICHITA FALLS, TX 76308

10925    AIKENS, MARIE, 6707 NW 29TH ST., BETHANY, OK 73008-4729

10925    AIKENS, ROBERT, 18 GREENWOOD DR, NASHUA, NH 03062-3151

10925    AIKENS, W, 8813 TRACY DRIVE, OKLAHOMA CITY, OK 73132-1070

10925    AIKIN, DONALD, 8805 BUD SMITH ROAD, WAKE FOREST, NC 27587

10924    AIL SYSTEMS INC, COMMACK ROAD, DEER PARK, NY 11729

10924    AIL SYSTEMS, INC., 455 COMMACK ROAD, DEER PARK, NY 11729-9998

10925    AILEEN CONNOLLY, 364 CEDAR AVE, WEST END, LONG BRANCH, NJ 07740-5060

10925    AILEEN JUNE POLTER, 390 MCCLURE RD, LIMA, OH 45801

10925    AILEEN L BIRMINGHAM, 407 ST S RUN ROAD, PITTSBURGH, PA 15236-2008

10925    AILEEN R WILSON &, JUDITH A RUTZ &, JULE BISHOP JT TEN, 472 HILLCREST, ELLENTON, FL 34222-3233

10925    AILES, RACHEAL, RT 1 BOX 501, MOMENCE, IL 60954

10925    AIM AVIATION, 849 SENECA AVE SW, RENTON, WA 98055

10925    AIM AVIATION, PO BOX 9011, RENTON, WA 98057

10925    AIM CARRIBEAN, 2401 NORTHWEST 69TH ST., MIAMI, FL 33147

10925    AIM PLASTIC, 300 COUNTY LINE ROAD, BENSENVILLE, IL 60106

10925    AIM RIVERSIDE PRESS, 2300 WEST COPANS ROAD, POMPANO BEACH, FL 33069-1230

10925    AIM-ALLOY WELDING INC., 3939 S.W. 12TH COURT, FORT LAUDERDALE, FL 33312

10925    AIN PLASTICS INC, 65 SHAWMUT ROAD, CANTON, MA 02021

10925    AIN PLASTICS, INC, 65 SHAWMUT ROAD, CANTON, MA 02021

10925    AINSCOUGH, HARRY, 2819 MAPLE AVE, BROOKFIELD, IL 60513-1036

10925    AINSWORTH & PARTNERS,INC, 4504 N.HWY H, RIDGEWAY, WI 53582-0008

10925    AINSWORTH FRANKENFIELD, 119 N. ROBINSON SUITE 250, OKLAHOMA CITY, OK 73102

10925    AINSWORTH, BEVERLY, 200 LIMBER PINE DRIVE, 13, RENO, NV 89506

10925    AINSWORTH, CHARLES, 1301 LAUREL, ODESSA, TX 79762

10925    AINSWORTH, CINDY, 1158 INDIAN COVE WAY, RENO, NV 89523

10925    AINSWORTH, JAMES, PO BOX 111 7726 CROCKETT RD, HAYES, LA 70646

10925    AINSWORTH, JOHN, 6714 NEW SULPHER SPRINGS ROAD, SAN ANTONIO, TX 78263

10925    AINSWORTH, LOTTIE, 1475 OKALOOSA RD, EROS, LA 71238

10925    AINSWORTH, SHERRY, 4970 SUN FLOWER DR., SUN VALLEY, NV 89433

10925    AIP TRUCKING INC, 9864 LELAND AVE, SCHILLER PARK, IL 60176

10925    AIPLA, 2001 JEFFERSON DAVIS HWY SUITE, ARLINGTON, VA 22202

10925    AIPLA, DEPT 5029, WASHINGTON, DC 20061-5029

10925    AIR & HYDRAULIC EQUIP. CO., PO BOX 3247, CHATTANOOGA, TN 37404

10924    AIR & LIQUID SYSTEMS, 1426 MAGAZINE STREET, NEW ORLEANS, LA 70130

10925    AIR & WASTE MANAGEMENT ASSN., PO BOX 1020, SEWICKLEY, PA 15143-1020

10925    AIR & WASTE MANAGEMENT ASSOC., 420 FORT DUQUESNE BLVD. FL.3, PITTSBURGH, PA 15222-1416

10925    AIR AMERICANA INC., 6900 RAINTREE PLACE, FLOWER MOUND, TX 75028

10925    AIR AND WASTE MANAGEMENT ASSOC., ONE GATEWAY CENTER, THIRD FL, PITTSBURGH, PA 75222

10925    AIR BARRIER ASSOCIATION OF AME, 1600 BOSTON-PROVIDENCE HWY, WALPOLE, MA 02081

10924    AIR BOSS RUBBER COMPOUNDING, 101 GLASGOW STREET, KITCHENER, ON N2G 4X8TORONTO    **\*VIA Deutsche Post\***

10925    AIR BP CREDIT CARD PROCESSING CTR, POBOX 930935, KANSAS CITY, MO 64193-0935

10925    AIR CANADA, #62 PO BOX 10000, MONTREAL INTL AIRPORT, DORVAL, QC H4Y 1C1CANADA    **\*VIA Deutsche Post\***

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | AIR CANADA, MAIN STORE BASE 10, MONTREAL INTL AIRPORT, DORVAL, QC H4Y 1C1CANADA | *VIA Deutsche Post* |
| 10924 | AIR CARE LTD., 2, COX'S HILL, PEMBROKE, HM-04BMU | *VIA Deutsche Post* |
| 10924 | AIR CARE LTD., PO BOXHM 1750, HAMILTON, HM-GXBMU | *VIA Deutsche Post* |
| 10925 | AIR CARGO INTERNATIONAL & DOMESTIC, POBOX 18461, NEWARK, NJ 07191 | |
| 10924 | AIR CENTER FT PIERCE, 2982 AVIATION WAY, FORT PIERCE, FL 34946 | |
| 10925 | AIR CENTERS OF SOUTH CAROLINA, PO BOX 27132, GREENVILLE, SC 29616 | |
| 10925 | AIR CHEM SYSTEMS, INC, 15222 CONNECTOR LANE, HUNTINGTON BEACH, CA 92649 | |
| 10925 | AIR CLEAN DAMPER DIV OF MESTEK, INC, PO BOX 230, MILFORD, OH 45150 | |
| 10925 | AIR CLEAN DAMPER, PO BOX 5-0571, WOBURN, MA 01815 | |
| 10925 | AIR COM COMMUNICATIONS, 37-21 12TH ST, LONG ISLAND CITY, NY 11101 | |
| 10925 | AIR COMFORT, 2550 BRAGA DR, BROADVIEW, IL 60153 | |
| 10924 | AIR COMPLIANCE CONSULTANTS, INC., 1050 WILLIAM PITT WAY, PITTSBURGH, PA 15238 | |
| 10925 | AIR COMPONENTS & SYSTEMS LTD., PO BOX 560578, CHARLOTTE, NC 28256-0578 | |
| 10925 | AIR COMPONENTS INC, 10641 FULTON COURT, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | AIR COMPRESSOR EQUIPMENT INC., PO BOX 3961, WILSON, NC 27895 | |
| 10924 | AIR COMPRESSOR PARTS INC., PO BOX 583, HANOVER, MA 02339 | |
| 10925 | AIR CONCIERGE INC., 2677 FOREST HILL BLVD. #109, WEST PALM BEACH, FL 33406 | |
| 10925 | AIR CONTROL INC., 2917 WEST IRVING PARK RD, CHICAGO, IL 60618 | |
| 10924 | AIR CRETE BLOCK, 552 S. GLADIOLA STREET BLDG B, SALT LAKE CITY, UT 84101 | |
| 10924 | AIR CRYO INC., 190 BOUNDARY ROAD, MARLBORO, NJ 07796-0189 | |
| 10924 | AIR CRYO, INC., 190 BOUNDARY ROAD, MARLBORO, NJ 07796-0189 | |
| 10925 | AIR DATA INC., 1289 PARKER ROAD, CONYERS, GA 30094 | |
| 10925 | AIR DRAULICS ENGINEERING, POBOX 6124, BUFFALO GROVE, IL 60089 | |
| 10925 | AIR DYNAMICS INC, PO BOX 37045, LOUISVILLE, KY 40233-7045 | |
| 10925 | AIR ENERGY INC, 480 NEPONSET ST, CANTON, MA 02021 | |
| 10925 | AIR EXPRESS INTERNATIONAL LTD, 656 ALBERT DE NIVERVILLE, DORVAL, QC H4Y 1G6CANADA | *VIA Deutsche Post* |
| 10924 | AIR EXPRESS, CARGO AREA C. BUILDING 88, 146TH STREET AND 150TH AVENUE, JAMAICA, NY 11430 | |
| 10925 | AIR FILTER & EQUIPMENT, 1200 GREENLEAF RD, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | AIR FILTER ENGINEERS INC., PO BOX 216, BEDFORD PARK, IL 60499 | |
| 10925 | AIR FILTER ENGINEERS, PO BOX 216, BEDFORD PARK, IL 60499 | |
| 10924 | AIR FILTER SERVICE CO, PO BOX 1813, SUMTER, SC 29150 | |
| 10924 | AIR FILTER SERVICE CO., 812 S GUIGNARD DR., SUMTER, SC 29150 | |
| 10924 | AIR FILTER SERVICE CO., INC., 812 S. GUIGNARD DR., SUMTER, SC 29150 | |
| 10924 | AIR FILTER SERVICE CO., INC., CAMBRIDGE, MA 02140 | |
| 10924 | AIR FILTERS ENGINEERS, INC, 6736 BELT CIRCLE DRIVE, BEDFORD PARK, IL 60638 | |
| 10925 | AIR FILTERS INC., 2955 FREDERICK AVE., STE. A, BALTIMORE, MD 21223 | |
| 10925 | AIR FILTERS, INC, 2955 FREDERICK AVE. SUITE A, BALTIMORE, MD 21223-2713 | |
| 10925 | AIR FLOW CO INC, 226 ROBBINS AVE, ROCKLEDGE, PA 19046 | |
| 10925 | AIR FLOW CO., 4TH & SOENCER ST., PHILADELPHIA, PA 19120 | |
| 10925 | AIR FLOW SERVICES, 2208 COFFEEWOOD CT., WHEATON, MD 20906 | |
| 10925 | AIR FLOW SERVICES, INC, 2208 COFFEEWODD COURT, WHEATON, MD 20906 | |
| 10924 | AIR FORCE, AFDW CONTRACTING OFFICE, OPERATIONAL CONTRACTING, 1100 CNS/CN (AFDW), ANDREWS AIR FORCE BASE, DC 20331 | |
| 10924 | AIR FORCE, CONTRACTING SQUADRON, P.O. 875, ANCHORAGE, AK 99505 | |
| 10924 | AIR FORCE, MEDICAL SUPPLY WAREHOUSE, MRK FOR:  FM4425-94P3573, 3424 TENNESSEE AVENUE, ANDREWS AFB, MD 20331 | |
| 10924 | AIR FORCE, MEDICAL SUPPLY WAREHOUSE, MRK FOR: FM4425 93P5296, BLDG 3424/SGLS, ANDREWS AIR FORCE BASE, DC 20331 | |
| 10924 | AIR FORCE, MEDICAL SUPPLY, MRK FOR:, 1506 SOUTH DRIVE, SCOTT AIR FORCE BASE, IL 62225 | |
| 10924 | AIR FORCE, MRK FOR: FM500093M2288, 24800 HOSPITAL DRIVE, ELMENDORF AIR FORCE BASE, AK 99506 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | AIR FORCE, MRK FOR:, 215 HERTIAGE DRIVE, ROOM 404, SCOTT AIR FORCE BASE, IL 62225 | |
| 10925 | AIR FRAME, 26135 W TECHNOLOGY DR, VALENCIA, CA 91355 | |
| 10925 | AIR HANDLING SYSTEMS MANUFACTURERS, 5 LUNAR DR, WOODBRIDGE, CT 06525 | |
| 10925 | AIR INCORPORATED, 9 FORGE PARK, FRANKLIN, MA 02038-3135 | |
| 10925 | AIR LIQUID AMERICA, 821 CHESAPEAKE DR., CAMBRIDGE, MD 21613 | |
| 10925 | AIR LIQUIDE AMERICA CORP, 2455 S PLATTE RIVER DR, DENVER, CO 80223 | |
| 10925 | AIR LIQUIDE AMERICA CORP, PO BOX 65634, CHARLOTTE, NC 28265 | |
| 10925 | AIR LIQUIDE AMERICA CORP, PO BOX 95198, CHICAGO, IL 60694-5198 | |
| 10925 | AIR LIQUIDE AMERICA CORP, PO BOX 95850, CHICAGO, IL 60694 | |
| 10925 | AIR LIQUIDE AMERICA CORP., PO BOX 95198, CHICAGO, IL 60694-5198 | |
| 10924 | AIR LIQUIDE, 11400 BAY AREA BLVD., PASADENA, TX 77507 | |
| 10924 | AIR LIQUIDE, 1-9-1 SHINONOME, KOTO-KU, TOKYO 1350062, 09999JPN | *VIA Deutsche Post* |
| 10924 | AIR LIQUIDE, PO BOX 908, HOUSTON, TX 77001 | |
| 10925 | AIR MANAGEMENT SYSTEMS, 1140 DRR RD., MARRIOTTSVILLE, MD 21104 | |
| 10925 | AIR MOVEMENT AND CONTROL ASSOC INC, 30 W UNIVERSITY DR, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | AIR PERMIT REPORT, PO BOX 7167, WASHINGTON, DC 20044 | |
| 10925 | AIR PHOTO SERVICES, INC, 425 E. COLUMBINE AVE., SANTA ANA, CA 92707 | |
| 10925 | AIR PLUS LTD, PO BOX 11878, SAINT PAUL, MN 55111-0878 | |
| 10924 | AIR PLUS, 75 RUE DES GRAND LACS, ST. AUGUSTIN, COMTE PORTN, QC G3A 1T5TORONTO | *VIA Deutsche Post* |
| 10925 | AIR POLLUTION CONTROL BUREAU, DEVELOPMENT RESOURCE CENTER, 1250 MARKET ST , SUITE 3020, CHATTANOOGA, TN 37402-2713 | |
| 10924 | AIR POWER EQUIPMENT CO., INC., 703 NORTH VILLA, OKLAHOMA CITY, OK 73107 | |
| 10925 | AIR PREHEATER CO., DIVISION COMBUSTION ENGR., WELLSVILLE, NY 14895 | |
| 10925 | AIR PREHEATER CO., PO BOX 100295, ATLANTA, GA 30384 | |
| 10925 | AIR PROCESS SYSTEMS &, 774 BURR OAK DRIVE, WESTMONT, IL 60559-1182 | |
| 10924 | AIR PROD HEADQUARTERS NODE*, COLUMBIA, MD 21044 | |
| 10924 | AIR PROD. & CHEM, INC.-DO NOT USE, PO BOX 25704, LEHIGH VALLEY, PA 18002-5704 | |
| 10924 | AIR PRODUCT, FREEPORT ROAD, CREIGHTON, PA 15030 | |
| 10924 | AIR PRODUCTS & CHEM INC-DO NOT USE, PO BOX 25701, LEHIGH VALLEY, PA 18002-5701 | |
| 10924 | AIR PRODUCTS & CHEMCALS, 405 ROUTE 33, ENGLISHTOWN, NJ 07726 | |
| 10925 | AIR PRODUCTS & CHEMICAL, PO BOX 25760, LEHIGH VALLEY, PA 18002 | |
| 10925 | AIR PRODUCTS & CHEMICAL, PO BOX 360545M, PITTSBURGH, PA 15251-0545 | |
| 10925 | AIR PRODUCTS & CHEMICAL0, INC, PO BOX 1536, WASHINGTON, DC 20013 | |
| 10924 | AIR PRODUCTS & CHEMICAL-DO NOT USE, PO BOX 25701, LEHIGH VALLEY, PA 18002-5701 | |
| 10924 | AIR PRODUCTS & CHEMICALS CO., 6601 SOUTH RIDGE ROAD, HAYSVILLE, KS 67060 | |
| 10925 | AIR PRODUCTS & CHEMICALS INC, DEPT CH10200, PALATINE, IL 60055-0200 | |
| 10925 | AIR PRODUCTS & CHEMICALS INC, DEPT CH10256, PALATINE, IL 60055-0256 | |
| 10924 | AIR PRODUCTS & CHEMICALS INC, PO BOX 25704, LEHIGH VALLEY, PA 18002-5704 | |
| 10924 | AIR PRODUCTS & CHEMICALS INC.(65), 14700 INTRACOASTAL DRIVE, NEW ORLEANS, LA 70129 | |
| 10925 | AIR PRODUCTS & CHEMICALS INC., DEPT CH10256, PALATINE, IL 60055-0256 | |
| 10924 | AIR PRODUCTS & CHEMICALS, 2500 YANKEE RD, MIDDLETOWN, OH 45044 | |
| 10924 | AIR PRODUCTS & CHEMICALS, 2820 QUIGLEY ROAD, CLEVELAND, OH 44113 | |
| 10924 | AIR PRODUCTS & CHEMICALS, 3001 W. RADIO DRIVE, FLORENCE, SC 29501-7801 | |
| 10924 | AIR PRODUCTS & CHEMICALS, 390 INDIAN RD. SOUTH, SARNIA, IT N7T 3W8TORONTO | *VIA Deutsche Post* |
| 10924 | AIR PRODUCTS & CHEMICALS, 7201 HAMILTON BLVD (RTE. 222, TREXL, ALLENTOWN, PA 18195 | |
| 10924 | AIR PRODUCTS & CHEMICALS, 7201 HAMILTON BLVD, ALLENTOWN, PA 18195 | |
| 10925 | AIR PRODUCTS & CHEMICALS, DEPT CH10256, PALATINE, IL 60055 | |
| 10925 | AIR PRODUCTS & CHEMICALS, INC, DEPT. CH10200, PALATINE, IL 60055-0200 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC, HANOVER TOWNSHIP, WILKES BARRE, PA 18703 | |
| 10925 | AIR PRODUCTS & CHEMICALS, INC, M/S A5338, 7201 HAMILTON BLVD., ALLENTOWN, PA 18195-1501 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC, PO BOX 15701, LEHIGH VALLEY, PA 18002-5701 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | AIR PRODUCTS & CHEMICALS, INC, PO BOX 360545M, PITTSBURGH, PA 15251-0545 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC.(51), BUNCHER INDUSTRIAL DIST., AVENUE B, LEETSDALE, PA 15056 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC.(51), BUNCHER INDUSTRIAL DISTRICT, ATTN: 7870 APO# LV-M2084, LEETSDALE, PA 15056 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC., 22600 S. WILMINGTON AVENUE, CARSON, CA 90745 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC., 4575 US HIGHWAY 90 EAST, MILTON, FL 32571 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC., 600 W. DUTTON MILL RD., ASHTON, PA 19014 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC., 7201 HAMILTON BOULEVARD, ALLENTOWN, PA 18195 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC., 7900 118TH AVE. NORTH, LARGO, FL 34643 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC., BUNCHER INDUSTRIAL DISTRICT, AVENUE B, LEETSDALE, PA 15056 | |
| 10924 | AIR PRODUCTS & CHEMICALS, INC., PO BOX 25701, LEHIGH VALLEY, PA 18002-5701 | |
| 10924 | AIR PRODUCTS & CHEMICALS-DO NOT USE, PO BOX 25701, LEHIGH VALLEY, PA 18002 | |
| 10924 | AIR PRODUCTS & CHEMICALS-DO NOT USE, PO BOX 25701, LEHIGH VALLEY, PA 18002-5701 | |
| 10924 | AIR PRODUCTS & CHEMICALS-DO NOT USE, PO BOX 25704, LEHIGH VALLEY, PA 18002-5704 | |
| 10925 | AIR PRODUCTS AND CHEMICALS INC, DEPT CH10256, PALATINE, IL 60055-0256 | |
| 10925 | AIR PRODUCTS AND CHEMICALS INC, PO BOX 371763, PITTSBURGH, PA 15251-7763 | |
| 10925 | AIR PRODUCTS AND CHEMICALS INC., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10925 | AIR PRODUCTS AND CHEMICALS INC., DEPT CH10256, PALATINE, IL 60055-0256 | |
| 10924 | AIR PRODUCTS AND CHEMICALS, ATTN: STD. N2 PLANT LEON SMITH, 2301 NORTH UNIVERSITY AVENUE, LUBBOCK, TX 79408 | |
| 10925 | AIR PRODUCTS AND CHEMICALS, DEPTARTMENT CH10256, PALATINE, IL 60055-0256 | |
| 10924 | AIR PRODUCTS AND CHEMICALS, INC., 7201 HAMILTON BOULEVARD, ALLENTOWN, PA 18195 | |
| 10924 | AIR PRODUCTS CANADA LTD, 390 S. INDIAN ROAD, SARNIA, ON N7T 7K2TORONTO | *VIA Deutsche Post* |
| 10924 | AIR PRODUCTS CANADA LTD, 7201 HAMILTON BOULEVARD, ALLENTOWN, PA 18195 | |
| 10925 | AIR PRODUCTS CO, 2827 BROOKWOOD RD, CUMMING, GA 30131 | |
| 10924 | AIR PRODUCTS ELECTRONIC CHEMICALS, 2441 WEST ERIE DRIVE, TEMPE, AZ 85282 | |
| 10924 | AIR PRODUCTS GASES INDUSTRIAIS LTDA, PRACA RADIALISTA MANOEL DE NOBREGA, SAO PAULO-SP, 999999999BRAZIL | *VIA Deutsche Post* |
| 10925 | AIR PRODUCTS MANUFACTURING CORP, 6601 S RIDGE RD, PO BOX 12291, WICHITA, KS 67277-2291 | |
| 10925 | AIR PRODUCTS POLYMERS L.P., PO BOX 371763, PITTSBURGH, PA 15251-7763 | |
| 10924 | AIR PRODUCTS S.R.L., GRAL. PIRAN 230 WILDE, BUENOS AIRES, 09999ARG | *VIA Deutsche Post* |
| 10924 | AIR PRODUCTS, LP (153), 1423 HWY 225, PASADENA, TX 77506 | |
| 10924 | AIR PRODUCTS, LP, PO BOX 25701, LEHIGH VALLEY, PA 18002-5701 | |
| 10924 | AIR PRODUCTS, LP-DO NOT USE, PO BOX 25701, LEHIGH VALLEY, PA 18002-5701 | |
| 10924 | AIR PRODUCTS, PO BOX 565, CREIGHTON, PA 15030 | |
| 10925 | AIR PRODUCTS, PO BOX 802588, CHICAGO, IL 60680-2588 | |
| 10925 | AIR PRODUCTS, UDI BUSINESS PARK, DURHAM, NC 27713 | |
| 10925 | AIR PURIFICATION SYSTEMS, 4308 RUGBY RD., BALTIMORE, MD 21210-2923 | |
| 10925 | AIR PURIFIERS, INC, 1 PINE ST, ROCKAWAY, NJ 07866-3132 | |
| 10925 | AIR ROUTING INTERNATIONAL, 2925 BRIARPARK DR, 7TH FL, HOUSTON, TX 77042 | |
| 10924 | AIR SAFE ENVIRONMENTAL, 7500 SADLER CIRCLE, OMAHA, NE 68127 | |
| 10924 | AIR SEA FORWARDERS INC., 149-09 183 RD STREET, JAMAICA, NY 11430 | |
| 10925 | AIR SECURITY INTL COMP, 2925 BRIARPARK DR 7TH FLR, HOUSTON, TX 77042 | |
| 10925 | AIR SERVICES CO., 108 GATEWAY ROAD, BENSENVILLE, IL 60106 | |
| 10925 | AIR SERVICES COMPANY, 706 EMERALD AVE., KNOXVILLE, TN 37917 | |
| 10925 | AIR SUPPLY SYSTEMS, INC, 6431 SOUTH 108TH ST, FRANKLIN, WI 53132 | |
| 10925 | AIR SYSTEMS CO, INC, PO BOX 351, ABINGDON, MD 21009 | |
| 10925 | AIR TECHNOLOGIES INC., DEPT #753, COLUMBUS, OH 43206-2344 | |
| 10925 | AIR TECHNOLOGIES, DEPT.#667, COLUMBUS, OH 43265-0667 | |
| 10925 | AIR TECHNOLOGIES, INC, PO BOX 436, MONROE, OH 45050-0436 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AIR TECHNOLOGY SYSTEMS INC, POBOX 791102, BALTIMORE, MD 21279-1102

10925   AIR TEXAS MECHANICAL LC, 15819 ARCHDUKE, HOUSTON, TX 77032

10924   AIR TIGHT SEALS, 5420 CAMPBELL RD., WAPATO, WA 98951

10924   AIR TIGHT SEALS/A TO Z FRUIT, 5420 CAMPBELL RD, WAPATO, WA 98951

10924   AIR TIGHT SEALS/COSTCO, 4000 ALBERT  142 AVE. EAST, SUMNER, WA 98390

10924   AIR TIGHT SEALS/DOUGLAS FRUIT, 410 TAYLOR LANE, PASCO, WA 99301

10924   AIR TIGHT SEALS/NICKELL FRUIT, 471 INDUSTRIAL WAY, PATEROS, WA 98846

10924   AIR TIGHT SEALS/W.A. FRUIT, 5420 CAMPBELL RD, WAPATO, WA 98951

10924   AIR TIGHT SEALS/ZERKALE FRUIT, 352 HARRISON RD, SELAH, WA 98942

10924   AIR TIGHT/CM HOLTZERNGER, 101 BENITEZ, PROSSER, WA 99350

10924   AIR TIGHT/KITTITAS HOSPITAL, C/O V.K. POWELL CONSTRUCTION, 603 S. CHESTNUT, ELLENSBURG, WA 98926

10924   AIR TIGHT/VALLEY FRUIT, #12 HOFFER RD., WAPATO, WA 98951

10925   AIR TOOL EXCHANGE INC, PO BOX 262468, HOUSTON, TX 77207-2468

10925   AIR TOOL EXCHANGE, PO BOX 952104, ST LOUIS, TX 63195-2106

10925   AIR TOOL EXCHANGE, POBOX 262468, HOUSTON, TX 77207-2468

10925   AIR TOX ENVIRONMENTAL CO., 8 TOLLAND TURNPIKE, WILLINGTON, CT 06279

10924   AIR TRAFFIC CONTROL TOWER, 2696 WESTOVER ROAD, JACKSON, TN 38301

10924   AIR TRAFFIC CONTROL, 32 PLUM STREET, TRENTON, NJ 08638

10925   AIR TRAFFIC NANAGEMENT, PO BOX 60092AMF, HOUSTON, TX 77205-0092

10925   AIR TRAFFIC SERVICES INC., PO BOX 560297, ORLANDO, FL 32856

10924   AIR VOL BLOCK, PO BOX 931, SAN LUIS OBISPO, CA 93401

10925   AIR WAVE TECHNOLOGIES, INC, 132 ADAMS ST SUITE 7, NEWTON, MA 02158

10925   AIR/CON, POBOX 549, WOBURN, MA 01801

10924   AIR/TAK, 637 W. MAIN STREET, WORTHINGTON, PA 16262

10925   AIRA ENTERPRISES INC, 5921 W 65TH ST, CHICAGO, IL 60638

10925   AIRBORN INC, 4321 AIRBORN DRIVE, ADDISON, TX 75001

10924   AIRBORNE EXPRESS CONTROL TOWER, OREN FAB & SUPPLY, HUBER HEIGHTS, OH 45424

10925   AIRBORNE EXPRESS, 3101 WESTERN AVE, SEATTLE, WA 98121

10924   AIRBORNE EXPRESS, OREN FAB & SUPPLY, HUBER HEIGHTS, OH 45424

10925   AIRBORNE EXPRESS, PO BOX 662, SEATTLE, WA 98111

10925   AIRBORNE EXPRESS, PO BOX 91001, SEATTLE, WA 98111

10925   AIRBORNE, PO BOX 91001, SEATTLE, WA 98111

10925   AIRCAR, 2351 W. NORTHWEST HWY., DALLAS, TX 75220

10924   AIRCEL CORP, 3525 CASTLE LANE PLANT #2B, ALCOA, TN 37701

10925   AIRCO HEATING & AIR COND. CORP., 4020 CENTRAL AVE. NE, MINNEAPOLIS, MN 55421-2916

10924   AIRCO READING WAREHOUSE, 732 TULPEHOCKEN STREET, READING, PA 19601-2222

10925   AIRCON, 437-441 GREEN ST., PHILADELPHIA, PA 19123

10924   AIRCRAFT ENGINEERING COMPANY, INC., 2 ACKERMAN AVENUE, CLIFTON, NJ 07011

10925   AIRCRAFT POROUS MEDIA, BLDG C SUITE 110, 5136 SOUTH RIDGE, ATLANTA, GA 50349

10925   AIRCRAFT SUPPLIERS INTERNATIONAL, 1060 CALLE NEGOCIO BLDG G, SAN CLEMENTE, CA 92673

10925   AIRD, EILEEN, 828 MORNINGSIDE RD, RIDGEWOOD, NJ 07450

10924   AIR-DUCT/BANK OF AMERICA, 345 NM BRAND BLVD, GLENDALE, CA 91203

10925   AIRDYNE LAFAYETTE, INC, PO BOX 4768, HOUSTON, TX 77210-4768

10925   AIRDYNE, INC, PO BOX 51809, BROUSSARD, LA 70518

10924   AIREL ELECTRICIAN, 489-C JOHNSON AVE, BOHEMIA, NY 11716

10924   AIREL ELECTRONICS, CAMBRIDGE, MA 02140

10925   AIRES VIEIRA, 2140 DAVIS ST., SAN LEANDRO, CA 94577

10925   AIREX CORPORATION, 900 LAWRENCE ST, LOWELL, MA 01853

10925   AIRFLOAT SYSTEMS/HSI SYSTEMS INC, DEPT 77-52203, CHICAGO, IL 60678-2230

10925   AIRFLOW EQUIP., PO BOX 75224, FORT THOMAS, KY 41075-0224

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   AIRFOIL MANAGEMENT, 18502 LAUREL PARK ROAD, COMPTON, CA 90220

10925   AIRGAS - MID AMERICA, PO BOX 31173, TAMPA, FL 33631-3173

10925   AIRGAS DIRECT IND, 128 WHARTON RD., BRISTOL, PA 19007

10924   AIRGAS DIRECT INDUSTRIAL, 128 WHARTON ROAD, BRISTOL, PA 19007

10925   AIRGAS DIRECT INDUSTRIAL, 128 WHARTON ROAD, BRISTOL, PA 19007-1693

10924   AIRGAS DIRECT INDUSTRIAL, 2225 WORKMAN MILL ROAD, WHITTIER, CA 90601

10924   AIRGAS DIRECT INDUSTRIAL, 2700 BRECKENRIDGE BLVD, DULUTH, GA 30096

10924   AIRGAS DIRECT INDUSTRIAL, W185 N 11300 WHITNEY DRIVE, GERMANTOWN, WI 53022

10925   AIRGAS LYONS SAFETY, BOX 78068, MILWAUKEE, WI 53278-0068

10925   AIRGAS MID ATLANTIC INC, 4995 FAIRVIEW AVE, LINTHICUM, MD 21090

10925   AIRGAS NORTH CENTRAL, POBOX 2395, WATERLOO, IA 50704

10924   AIRGAS, 1515 E 14TH STREET, LOS ANGELES, CA 90021-2336

10925   AIRGAS, PO BOX 1117, BOWLING GREEN, KY 42102-1117

10925   AIRGAS, PO BOX 9249, MARIETTA, GA 30065-2249

10925   AIRGAS, PO BOX 98500, LOUISVILLE, KY 40298-8500

10925   AIRGAS, POBOX 44229, ATLANTA, GA 30336-1229

10925   AIRGAS-GULF STATES REGION, 2210 SWISCO RD., SULPHUR, LA 70663

10925   AIRGAS-GULF STATES REGION, PO BOX 190969, MOBILE, AL 36619

10925   AIRINC, 1100 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10925   AIRITE, INC, PO BOX 775, SIMPSONVILLE, SC 29681

10924   AIRLAX INC, 2463 W 208TH STREET #100, TORRANCE, CA 90501

10925   AIRLINE FREIGHT SERVICES INC, 4 EAGLE SQUARE, EAST BOSTON, MA 02128

10925   AIRLINE STATIONERY, 284 MADISON AVE, NEW YORK, NY 10017

10924   AIRLITE PLASTICS, 914 N 18TH STREET, OMAHA, NE 68102

10925   AIRMATIC COMPRESSOR SYSTEMS INC, POBOX 4047, SOUTH HACKENSACK, NJ 07606

10925   AIRMATIC, INC, 7317 STATE RD., PHILADELPHIA, PA 19136

10925   AIRMATIC, INC, PO BOX 7777W-8465, PHILADELPHIA, PA 19175-8465

10925   AIR-MAZE CORP, 115 E STEELS CORNERS RD, STOW, OH 44224

10925   AIR-MAZE CORP, PO BOX 1459, STOW, OH 44224-0000

10925   AIR-MAZE CORP, ROCKWELL DR, GREENEVILLE, TN 37743

10925   AIRMOLD, 6780 CENTRAL AVE, RIVERSIDE, CA 92504

10925   AIRMOLD, POB 610, ROANOKE RAPIDS, NC 27870

10925   AIRPAX CORP, 550 HIGHLAND ST, FREDERICK, MD 21701

10925   AIRPORT CORP, 35 LOIS ST, NORWALK, CT 06851

10925   AIRPORT GLASS CO INC, 6115 S CICERO AVE, CHICAGO, IL 60638

10925   AIRPORT GLOSS & MIRROR CO INC, 6652 WEST 99TH ST, CHICAGO RIDGE, IL 60415

10925   AIRPORT MOBIL, ALAN COWCABANY, 14958 DUVAL ROAD EAST, JACKSONVILLE, FL 32205-9025

10925   AIRPORT TAXI MANAGEMENT LLC, PO BOX 46056, BALTIMORE WASHINGTON INTE, MD 21240

10925   AIRPORT TAXI MANAGEMENT LLC, PO BOX 46056, BALTIMORE, MD 21240

10924   AIRPORT TRAFFIC CONTROL TOWER, 5100 S. 66TH ST., FORT SMITH, AR 72903-6554

10925   AIRRECON, 5 JOHNSON DR, PO BOX 130, RARITAN, NJ 08869

10924   AIRSAFE ENVIROMENTAL, 2417 SOUTH 156TH CIRCLE, OMAHA, NE 68130

10925   AIRSAN CORP, 4554 W WOOLWORTH, MILWAUKEE, WI 53218

10924   AIRSEC S.A, 41202 ROMORANTIN CEDEX, ZAC DE LA GRANGE, 0FRANCE          **\*VIA Deutsche Post\***

10924   AIRSEC S.A., 41202 ROMORANTIN CEDEX, ZAC DE LA GRANGE, 99999FRANCE          **\*VIA Deutsche Post\***

10925   AIRSTAR, 2501 E. 23RD ST., CHATTANOOGA, TN 37407

10925   AIRSTAR, PO BOX 957656, CHATTANOOGA, TN 37407

10925   AIRSTAR, PO BOX 957656, DULUTH, GA 30095-9528

10925   AIRTIGHT III INC, 299 SMITHTOWN BLVD, NESCONSET, NY 11767

10924   AIRTIGHT SEALS INC., PO BOX85, NACHES, WA 98937

10924   AIRTITE INSULATION, 970 RADFORD ROAD, CHAMBERSBURG, PA 17201

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   AIRTOUCH CELLULAR - AT, PO BOX 105818, ATLANTA, GA 30348-5818

10925   AIRTOUCH CELLULAR - LA, DEPT. 6080, LOS ANGELES, CA 90088-6080

10925   AIRTOUCH CELLULAR, BOX 55-429A, DETROIT, MI 48255-0429

10925   AIRTOUCH CELLULAR, PO BOX 7304, SAN FRANCISCO, CA 94120-7304

10925   AIRTOUCH CELLULAR, PO BOX 79005, CITY OF INDUSTRY, CA 91716-9005

10925   AIRTOUCH CELLULAR, POBOX 173796, DENVER, CO 80217-3796

10925   AIRTOUCH CELLULAR, POBOX 19603, IRVINE, CA 92623-9603

10925   AIRTOUCH PAGING, PO BOX 3056, BOSTON, MA 02241-3056

10925   AIRTOUCH PAGING, PO BOX 4438, HAYWARD, CA 94544

10924   AIRVOL BLOCK, #1 SUBURBAN RD, SAN LUIS OBISPO, CA 93406

10924   AIRVOL BLOCK, PO BOX 931, SAN LUIS OBISPO, CA 93406

10925   AIRWAVE TECHNOLOGIES INC, 132 ADAMS ST SUITE 7, NEWTON, MA 02458

10925   AIRWAYS SYSTEMS INC., 106 GATEWAY RD, BENSENVILLE, IL 60106-1951

10924   AIRXCHANGE HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   AIRXCHANGE INC., 85 LONGWATER DRIVE, ROCKLAND, MA 02370

10924   AIRXCHANGE-DO NOT USE, 85 LONGWATER DRIVE, ROCKLAND, MA 02370

10925   AIRZONE INDUSTRIES, 4 S SAN FRANCISCO ST STE 437, FLAGSTAFF, AZ 86001-5737

10925   AISI, 275 LENOX ST, NORWOOD, MA 02062

10925   AIST, DAYNA, 1123 HAMLIN ROAD, WALDORF, MD 20602

10925   AIT FREIGHT SYSTEMS, PO BOX 66730, CHICAGO, IL 60666-0730

10925   AITCHISON, BROOKS, 208 GULF AIRE DR., PT. ST. JOE, FL 32456

10925   AITCHISON, E, 17224 ST. HELENA DRIVE, RAMONA, CA 92065

10925   AITCHISON, SALLY, 520 WILBURN ST., ROSENBERG, TX 77471

10925   AITHACA CHEMICAL CORP., 50 CHARLES LINDBERGH BLVD., UNIONDALE, NY 11553

10924   AITKIN COUNTY JAIL, 209 2ND STREET, AITKIN, MN 56431

10924   AITKIN READY MIX, ROUTE 4, AITKIN, MN 56431

10925   AITP, 33405 TREASURY CENTER, CHICAGO, IL 60694-3400

10925   AJ MACHINING, 7229 W 66TH ST, BEDFORD PARK, IL 60638

10925   AJ OSTER FOILS, INC, 2081 MCREA ST., ALLIANCE, OH 44601

10925   AJ SWEET & CO, 4850 HELGESEN DRIVE, MADISON, WI 53704

10925   AJA INTERNATIONAL INC, 9261 S. W. 140 ST, MIAMI, FL 33176

10924   AJAX ACE BUEHLER, P O BOX 25170, SANTA ANA, CA 92799

10925   AJAX ADHESIVES INDUSTRIES INC, 1314 WEST 21ST ST, CHICAGO, IL 60608

10924   AJAX BLOCK CORP., 2368 E 69TH ST, BROOKLYN, NY 11234

10924   AJAX BLOCK CORP., 2368 E. 68TH ST., BROOKLYN, NY 11234

10924   AJAX BLOCK CORP., 2368 E. 69TH ST., BROOKLYN, NY 11234

10924   AJAX BOILER INC., 2701 S HARBOR BLVD, SANTA ANA, CA 92704

10924   AJAX BOILER INC., PO BOX25170, SANTA ANA, CA 92799-5170

10925   AJAX BUSINESS MACHINES, 1000 N.MIAMI AVE., MIAMI, FL 33136

10924   AJCO - ANNING-JOHNSON CO., C/O DIXON MIDDLE SCHOOL, MELROSE PARK, IL 60160

10924   AJCO C/O FARADAY SCHOOL, ANNING - JOHNSON CO., MELROSE PARK, IL 60160

10925   AJINOMOTO USA INC, PO BOX 94008, CHICAGO, IL 60690

10925   AJOUE, C, FRD 3 BOX 31A, MORRISONVILLE, NY 12962

10924   AJ'S QUALITY CONC, 1737 EAST NORTH ST, SALINA, KS 67401

10924   AJ'S QUALITY CONC, AJ FRESH CONCRETE SERV, SALINA, KS 67401

10925   AKATHEPUTHETHU, JACOB, 1200 N. BRITAIN APT #102, IRVING, TX 75061

10924   AKERBLOM CONTRACTING INC, 1230 NW 33 STREET, POMPANO BEACH, FL 33069

10924   AKERBLOM CONTRACTING INC, 2017 S. W. 28 TERRACE, FORT LAUDERDALE, FL 33312

10924   AKERBLOOM, 2017 SW 28TH, FORT LAUDERDALE, FL 33312

10925   AKERMAN SENTERFITT & EIDSON PA, PO BOX 231, ORLANDO, FL 32802-0231

10925   AKERMAN SENTERFITT & EIDSON, 255 SOUTH ORANGE AVE, ORLANDO, FL 32802

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   AKERMAN, CHRISTOPHER, ROUTE 1 BOX 58A, KONOWA, OK 74849

10925   AKERMAN, RICK, 2156 NEVADA DRIVE, LIBERAL, KS 67901-5403

10925   AKERMAN, RONNIE, BOX 572, LINDSAY, OK 73052

10925   AKERMAN, WILLIAM, BOX 117 ROUTE 2, KONAWA, OK 74849

10924   AKERS LAB, 201 GROVE ROAD, THOROFARE, NJ 08086

10924   AKERS LABORATORIES, 201 GROVE RD., THOROFARE, NJ 08086

10925   AKERS, BONITA, 2110 GARVEY, PASADENA, TX 77506

10925   AKERS, CHARLES, 121 BLUE BIRD ROAD, MAGEE, MS 39111

10925   AKERS, DELORES, 12512 W 105TH TERR, OVERLAND PARK, KS 66215

10925   AKERS, DONNA, 1709 BEVERLY DR., WICHITA FALLS, TX 76309

10925   AKERS, JOHN F, 290 HARBOR DR, STAMFORD, CT 06902-7441

10925   AKERS, RUFUS, 10955 BARTLE, MISSION HILLS, CA 91304

10925   AKERS, VIRGINIA, 65 EAST ELLENDALE ST, BELAIR, MD 21014

10925   AKERS, WILLIAM, 23233 GARDEN DR, COVINGTON, LA 70435

10925   AKHIDENOR, FRANCISCA, 2528 21ST AVE, OAKLAND, CA 94606

10925   AKIMOTO, ADA, 98-114 LANIA WAY, AIEA, HI 96701

10925   AKIN GUMP STRAUSS HAUER & FELD, 1333 NEW HAMPSH. AVE., NW, WASHINGTON, DC 20036

10925   AKIN, BILL, 5944 W. 64TH ST, CHICAGO, IL 60638

10925   AKIN, CHARLES, 441 CIRCLE DRIVE, FREDERICK, OK 73542

10925   AKIN, GARY, 1808 CITY AVE, MOORE, OK 73160

10925   AKIN, JAMES, 1296 S.W. 74TH, OKLAHOMA CITY, OK 73139

10925   AKINS, COLE, 427 LAKE SHORE DRIVE, ROUND LAKE PARK, IL 60073

10925   AKINS, JIMMY, 4406 BURNETT PLACE, MEMPHIS, TN 38141

10925   AKINS, TAMMY, 139 DIXIE DRIVE, JONESBORO, GA 30236

10925   AKINS, THELMA, 3209 OAKELLAR ST, TAMPA, FL 33611

10925   AKIYAMA, ROBERT, 72 GLISON ROAD, SCITUATE, MA 02066

10925   AKKATHARA, LISSAMMA, 8820 N. ROOT, NILES, IL 60714

10925   AKLES, TORRANCE, 1612 FRONT ST, ANNISTON, AL 36201

10925   AKOON, THERESA, 778 NW 82ND AVE, CORAL SPRINGS, FL 33071

10925   AKPAN, EMMANUEL, 13450 MAHAN #1123, DALLAS, TX 75240

10924   AKR. RUBB. & DEVEL. LAB, 300 KENMORE BLVD., AKRON, OH 44301

10925   AKRAY, FARID, 2000 MAIN ST, SPRINGFIELD, MA 01103

10925   AKROCHEM CORP, 255 FOUNTAIN ST, AKRON, OH 44304

10925   AKROCHEM CORP, 255 FOUNTAIN ST, AKRON, OH 44304-1991

10925   AKROCHEM CORPORATION, 255 FOUNTAIN ST, AKRON, OH 44304-1991

10925   AKROCHEM, 255 FOUNTAIN ST, AKRON, OH 44304

10924   AKRO-FIREGUARD PRODUCTS INC., 9001 ROSEHILL ROAD, SHAWNEE MISSION, KS 66215

10925   AKRON - REGENT MARKET, 1424 THIRD AVE, NEW YORK, NY 10028

10925   AKRON BRICK & BLOCK CO LTD, 3225 MOGADORE ROAD, AKRON, OH 44312

10924   AKRON BRICK & BLOCK, 3225 MOGADORE RD, AKRON, OH 44312

10924   AKRON BRICK & BLOCK, 3225 MOGADORE ROAD, AKRON, OH 44312

10925   AKRON CANTON REGIONAL AIRPORT, 5400 LAUBY RD BOX 9, NORTH CANTON, OH 44720-1598

10924   AKRON DISPERSIONS, INC., 3291 SAWMILL ROAD, AKRON, OH 44321

10924   AKRON DISPERSIONS, INC., PO BOX 4295, AKRON, OH 44321

10924   AKRON INSULATING CO., INC., 1985 MANCHESTER ROAD, AKRON, OH 44314

10924   AKRON INSULATING, 1985 MANCHESTER ROAD, AKRON, OH 44314

10924   AKRON INSULATING, CAMBRIDGE, MA 99999

10924   AKRON PAINT & VARNISH, 1390 FIRESTONE PARKWAY, AKRON, OH 44301

10924   AKRON PAINT & VARNISH, 1390 FIRESTONE PKWY, AKRON, OH 44301

10924   AKRON PAINT & VARNISH, 39 W. EMERLING, AKRON, OH 44301

10924   AKRON POST OFFICE, 675 WOLF LEDGES PKWY, AKRON, OH 44309

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   AKRON RUBBER & DEVELOPMENT LAB, 2887 GILCHRIST ROAD, AKRON, OH 44305

10924   AKRON RUBBER & DEVELOPMENT LAB., 300 KENMORE BLVD., AKRON, OH 44301

10925   AKROSIL, PO BOX 371272 M, PITTSBURGH, PA 15251

10925   AKSTULEWICZ, JAMES, 629 BUTTONWOOD CIR, NAPERVILLE, IL 60540

10925   AKYUZ, MARY B, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   AKYUZ, MARY, 29 WHITE OAK LANE, SUDBURY, MA 01776

10924   AKZO CHEMICALS INC, 340 MEADOW ROAD, EDISON, NJ 08817

10924   AKZO CHEMIE AMERICA, 500 JERSEY AVENUE, NEW BRUNSWICK, NJ 08903

10924   AKZO CHEMIE AMERICA, PO BOX 638, NEW BRUNSWICK, NJ 08903

10924   AKZO COATINGS HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   AKZO COATINGS INC-DO NOT USE, PO BOX 489, COLUMBUS, OH 43216

10924   AKZO COATINGS, 1000 INDUSTRIAL PARK ROAD, CLINTON, MS 39056

10924   AKZO COATINGS, 1313 WINDSOR AVENUE, COLUMBUS, OH 43211

10924   AKZO COATINGS, 15500 28TH AVE. NORTH, MINNEAPOLIS, MN 55447

10924   AKZO COATINGS, 1660 CROSS STREET S.E., SALEM, OR 97302

10924   AKZO COATINGS, 1915 INDUSTRIAL AVENUE, ZION, IL 60099

10924   AKZO COATINGS, 200 YARD ROAD, BROWNSVILLE, TX 78521

10924   AKZO COATINGS, 27 BRUSH STREET, PONTIAC, MI 48341

10924   AKZO COATINGS, 2837 ROANOKE AVENUE S.W., ROANOKE, VA 24015

10924   AKZO COATINGS, 30 BRUSH STREET, PONTIAC, MI 48341

10924   AKZO COATINGS, 434 WEST MEATS AVENUE, ORANGE, CA 92865

10924   AKZO COATINGS, 4730 CRITTENDEN DRIVE, LOUISVILLE, KY 40209

10924   AKZO COATINGS, 6369 OLD PEACH TREE ROAD, NORCROSS, GA 30071

10924   AKZO COATINGS, HANNA CHEMICAL CTG, PO BOX 489, COLUMBUS, OH 43216-0489

10924   AKZO COATINGS, INC., 1431 PROGRESS STREET, HIGH POINT, NC 27261

10924   AKZO COATINGS, INC., 1629 VANDERBILT ROAD, BIRMINGHAM, AL 35234

10924   AKZO COATINGS, INC., DECORATIVE FINISHES MFG, 25 BRUSH STREET, PONTIAC, MI 48341

10924   AKZO COATINGS, INC., PO BOX 2124, HIGH POINT, NC 27261

10924   AKZO COATINGS, PO BOX 4627, ROANOKE, VA 24015

10924   AKZO COATINGS, PO BOX 489, COLUMBUS, OH 43216-0489

10924   AKZO COATINGS, PO BOX 669, BLOOMFIELD HILLS, MI 48303-0669

10924   AKZO COATINGS-DO NOT USE, Y, PO BOX 489, COLUMBUS, OH 43216-0489

10924   AKZO NOBEL CHEMICALS INC, #1 LIVINGSTONE AVENUE, DOBBS FERRY, NY 10522-3401

10924   AKZO NOBEL CHEMICALS INC, 1 LAWRENCE STREET, ARDSLEY, NY 10502

10925   AKZO NOBEL CHEMICALS INC., PO BOX 905361, CHARLOTTE, NC 28290-5361

10925   AKZO NOBEL CHEMICALS, 300 SOUTH RIVERSIDE PLAZA, CHICAGO, IL 60606

10924   AKZO NOBEL CHEMICALS, INC, 730 BATTLEGROUND ROAD, DEER PARK, TX 77536

10924   AKZO NOBEL CHEMICALS, INC, PO BOX 600, DEER PARK, TX 77536

10924   AKZO NOBEL CHEMICALS, INC., FLOOR 21ST, 300 S. RIVERSIDE PLAZA, CHICAGO, IL 60606

10925   AKZO NOBEL CHEMICALS, PO BOX 905361, CHARLOTTE, NC 28290-5361

10925   AKZO NOBEL CHEMICALS, RT 6 AND TABLER RD, MORRIS, IL 60410

10924   AKZO NOBEL COAT., INC. -, 1915 INDUSTRIAL AVENUE, ZION, IL 60099

10924   AKZO NOBEL COATINGS INC, 434 W. MEATS AVE., ORANGE, CA 92665

10924   AKZO NOBEL COATINGS INC, PO BOX 2124, HIGH POINT, NC 27261

10924   AKZO NOBEL COATINGS INC., 100 BELMONT DRIVE, SOMERSET, NJ 08873

10924   AKZO NOBEL COATINGS INC., 1000 INDUSTRIAL PARK ROAD, CLINTON, MS 39056

10924   AKZO NOBEL COATINGS INC., 434 W. MEATS AVE., ORANGE, CA 92665

10924   AKZO NOBEL COATINGS INC., DECORATIVE COATINGS, PO BOX 4240, TROY, MI 48099-4240

10925   AKZO NOBEL COATINGS, INC, 2031 NELSON MILLER PKWY, LOUISVILLE, KY 40223

10924   AKZO NOBEL COATINGS, INC, 4730 CRITTENDEN DRIVE, LOUISVILLE, KY 40209

10924   AKZO NOBEL COATINGSINC., 1000 INDUSTRIAL PARK ROAD, CLINTON, MS 39056

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | AKZO NOBEL CORPORATION, 2200 CABOT BLVD WEST, LANGHORNE, PA 19047 | |
| 10924 | AKZO NOBEL INC., 5555 SPALDING DRIVE, NORCROSS, GA 30092 | |
| 10925 | AKZO NOBEL INC., 7 LIVINGSTON AVE, DOBBS FERRY, NY 10522-3408 | |
| 10924 | AKZO NOBEL PEINTURES LTEE, 1001 DANIEL-JOHNSON BLVD., SAINT-JEROME, QC J7Y 4C2TORONTO | *VIA Deutsche Post* |
| 10925 | AKZO NOBEL RESINS AND VEHICLES, DEPT 70066, CHICAGO, IL 60673 | |
| 10925 | AKZO NOBEL RESINS AND VEHICLES, DEPT 70066, CHICAGO, IL 60673-7066 | |
| 10924 | AKZO NOBEL, 1370 DOLLE AVENUE, COLUMBUS, OH 43200 | |
| 10925 | AKZO NOBEL, 300 SOUTH RIVERSIDE PLAZA, CHICAGO, IL 60606 | |
| 10925 | AKZO NOBEL, POBOX 905361, CHARLOTTE, NC 28290-5361 | |
| 10925 | AKZO, 300 S. RIVERSIDE PLAZA, CHICAGO, IL 60606 | |
| 10924 | AKZO, 6001 ANTIONE DRIVE, HOUSTON, TX 77091 | |
| 10924 | AKZO, 6001 ANTIONE DRIVE, HOUSTON, TX 77091 | |
| 10924 | AKZO, EAST WATER STREET, WAUKEGAN, IL 60085-5652 | |
| 10924 | AL BANKYK, 11745 MONROVIA, OVERLAND PARK, KS 66210 | |
| 10925 | AL BENAVIDES, 2864 OAKBROOK DR, WESTON, FL 33332-3414 | |
| 10925 | AL DOMROSE, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | A-L EQUIPMENT CO INC, 10201 PACIFIC AVE, FRANKLIN PARK, IL 60131-1685 | |
| 10925 | A-L EQUIPMENT CO INC, 355 WINDY POINT DRIVE, GLENDALE HEIGHTS, IL 60139-3084 | |
| 10925 | A-L EQUIPMENT CO, INC, 355 WINDY POINT DRIVE, GLENDALE HEIGHTS, IL 60139 | |
| 10925 | A-L EQUIPMENT CO,INC, 355 WINDY POINT DR., GLENDALE HEIGHTS, IL 60139-3084 | |
| 10925 | A-L EQUIPMENT CO. INC., 355 WINDY POINT DRIVE, GLENDALE HEIGHTS, IL 60139-3804 | |
| 10924 | AL GROUP LAWSON MARDON PACKAGING, 10 CLIFTON BLVD., CLIFTON, NJ 07015 | |
| 10924 | AL GROUP LAWSON MARDON PACKAGING, 1600 WESTINGHOUSE BLVD., CHARLOTTE, NC 28273 | |
| 10924 | AL GROUP LAWSON MARDON PACKAGING, 6700 MIDLAND INDUSTRIAL DRIVE, SHELBYVILLE, KY 40065 | |
| 10925 | AL HACKER CO, INC, 7606 EASTERN AVE., BALTIMORE, MD 21224 | |
| 10924 | AL HAYS, HOLD & CALL 800-354-5414 X5420, 4711-A EWELL ROAD, FREDERICKSBURG, VA 22408 | |
| 10924 | AL JOHNSON-MASSMAN CONSTRUCTION CO, ROUTE 62 - WINFIELD LOCK & DAM, ELEANOR, WV 25070 | |
| 10925 | AL KENT, 3700 61ST WAY NORTH, ST PETERSBURG, FL 33710-1758 | |
| 10925 | AL MELANSON CO, INC, 353 WEST ST, KEENE, NH 03431 | |
| 10924 | ALABAMA A & M COLLEGE, NORMAL, AL 35762 | |
| 10924 | ALABAMA A & M, C/O ALLSOUTH FIREPROOFING, HUNTSVILLE, AL 35801 | |
| 10925 | ALABAMA ATTY GENERAL, ATTN: BILL PRYOR, STATE HOUSE, 11 S UNION ST, MONTGOMERY, AL 36130 | |
| 10925 | ALABAMA BAG COMPANY, POBOX 580, HELENA, AL 35080 | |
| 10924 | ALABAMA BRICK DELIVERY INC., PO BOX5462, BIRMINGHAM, AL 35207 | |
| 10924 | ALABAMA BRICK DELIVERY, 2201 24TH AVE. NORTH, BIRMINGHAM, AL 35234 | |
| 10925 | ALABAMA BUTANE CO INC, POBOX 170310, BIRMINGHAM, AL 35217 | |
| 10925 | ALABAMA CHILD SUPPORT PAYMENT CTR, PO BOX 244015, MONTGOMERY, AL 36124-4015 | |
| 10925 | ALABAMA CONCRETE INDUSTRIES, 660 ADAMS AVE.,STE.188, MONTGOMERY, AL 36104 | |
| 10924 | ALABAMA CONCRETE, HWY 18, FAYETTE, AL 35555 | |
| 10924 | ALABAMA CONCRETE, P O BOX 2212, TUPELO, MS 38803 | |
| 10924 | ALABAMA CONCRETE, PO BOX2212, TUPELO, MS 38803 | |
| 10924 | ALABAMA CONST SUPPLY INC, 4900 5TH AVE SOUTH, BIRMINGHAM, AL 35232 | |
| 10924 | ALABAMA CONSTRUCTION SUPPLY, 4900 5TH AVE. SOUTH, BIRMINGHAM, AL 35232 | |
| 10925 | ALABAMA COUNCIL AIA, PO BOX 237, MONTGOMERY, AL 36101-0237 | |
| 10925 | ALABAMA DEPT OF AGRICULTURE &, POBOX 3336, MONTGOMERY, AL 36109-0336 | |
| 10925 | ALABAMA DEPT OF ENV MANAGEMENT, POBOX 301463, MONTGOMERY, AL 36130-1463 | |
| 10925 | ALABAMA DEPT OF ENV MGMT, JAMES J WARR DIR, 1400 COLISEUM BLVD, PO BOX 301463, MONTGOMERY, AL 36130-1463 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALABAMA DEPT OF ENVIR MGMT, PO BOX 301463, MONTGOMERY, AL 36130

10925   ALABAMA DEPT OF ENVIR MGT, PO BOX 301463, MONTGOMERY, AL 36130-1463

10925   ALABAMA DEPT OF REVENUE, MONTGOMERY, AL 36132

10925   ALABAMA DEPT OF TRANSPORTATION, 3704 FAIRGROUND ROAD, MONTGOMERY, AL 36110-2132

10924   ALABAMA EAGLE BURIAL VAULT, ATTN:  ACCOUNTS PAYABLE, ELMORE, AL 36025

10924   ALABAMA EAGLE VAULTS, 840 HWY 14 - MORTAR CREEK, ELMORE, AL 36025

10924   ALABAMA EAGLE VAULTS, P.O. BOX 305, ELMORE, AL 36025

10925   ALABAMA GAS CORPORATION, 20 TWENTIETH ST SOUTH, BIRMINGHAM, AL 35295-0188

10925   ALABAMA OIL & GAS RECOVERY INC, 2400 BLACKJACK ROAD, TRUSSVILLE, AL 35173

10924   ALABAMA POWER CO, FARLEY NUCLEAR/HWY 95 S, COLUMBIA, AL 36319

10924   ALABAMA POWER COCAST, P.O. BOX 2641, BIRMINGHAM, AL 35291

10924   ALABAMA POWER COMPANY, ACCT.DEPT, BIRMINGHAM, AL 35291

10925   ALABAMA POWER COMPANY, POBOX 242, BIRMINGHAM, AL 35292

10924   ALABAMA SAFETY PRODUCTS, INC., 1715 HILLYER ROBINSON IND. PARKWAY, ANNISTON, AL 36207

10924   ALABAMA SAFETY PRODUCTS, INC., 1715 HILLYER ROBINSON IND. PKWAY, ANNISTON, AL 36207

10925   ALABAMA SCALE WORKS, POBOX 381497, GERMANTOWN, TN 38183-1497

10924   ALABAMA SCHOOL OF MATH & SCIENCE, 1255 DAUPHIN STREET, MOBILE, AL 36604

10924   ALABAMA SPECIALTIES INC, 7225 1ST AVE NO, BIRMINGHAM, AL 35206

10925   ALABAMA VERMICULITE CO, EMPIRE BLDG, BIRMINGHAM, AL

10925   ALACRA, INC, 88 PINE ST 3RD FL, NEW YORK, NY 10005

10925   ALADJ, DANA, 6201 LITTLE FALLS RD, ARLINGTON, VA 22207

10925   ALAEI, JODI, 775 CARMEL AVE.#1, SUNNYVALE, CA 94086

10925   ALAIN JARAMILLO, 113 GLENWOOD AVE, BALTIMORE, MD 21228

10925   ALAM, MORSHED, 70-35 BROADWAY, JACKSON HEIGHTS, NY 11372

10925   ALAMANCE FOODS INC, POST OFFICE BOX 2690, BURLINGTON, NC 27216

10924   ALAMANCE HOSPITAL, 1230 HUFFMAN MILL ROAD, BURLINGTON, NC 27215

10925   ALAMBAR, ALBERT, 307 WEST TEXAS, IOWA PARK, TX 76367

10925   ALAMBAR, HEIDI, 1312 N 4TH, IOWA PARK, TX 76367

10925   ALAMEDA COUNTY WATER DIST, PO BOX 5110, FREMONT, CA 94537

10925   ALAMEDA COUNTYS CHILDRENS MEMORIAL, ALAMEDA COUNTY BOARD OF SUPERVISORS, 1221 OAK ST 5TH FL, OAKLAND, CA 94612-4305

10925   ALAMEDA NEWSPAPER GROUP, PO BOX 5050, HAYWARD, CA 94540

10924   ALAMEDA TRAIN STATION, SIFLING BROTHERS, ALAMEDA, CA 94501

10925   ALAMEDA, ANNA, 830 MONTICELLO, SAN ANTONIO, TX 78223

10925   ALAMEDA, TANIA, 7720 CAMINO REAL C107, MIAMI, FL 33143

10925   ALAMILLO, ROBERTO, 630 ARCHER, A, COCKRELL HILL, TX 75211

10925   ALAMO AUTO SUPPLY, 5923 GATEWAY WEST AT TROWBRIDGE, EL PASO, TX 79925

10924   ALAMO CEMENT CO., 5675 F.M. 1604 EAST, SAN ANTONIO, TX 78218

10924   ALAMO CEMENT CO., P O BOX 34807, SAN ANTONIO, TX 78265

10924   ALAMO CEMENT CO., P.O.BOX 34807, SAN ANTONIO, TX 78265

10925   ALAMO CEMENT COMPANY LTD, POBOX 1538, SAN ANTONIO, TX 78295-1538

10924   ALAMO CONCRETE PROD LTD., 6981 E EVANS RD, SAN ANTONIO, TX 78265

10924   ALAMO CONCRETE PROD LTD., 6981 E EVANS ROAD, SAN ANTONIO, TX 78266

10924   ALAMO CONCRETE PROD LTD., P O BOX 1546, VICTORIA, TX 77902

10924   ALAMO CONCRETE PROD LTD., PARKWAY BUILDING, SUITE 100, CORPUS CHRISTI, TX 78405

10924   ALAMO CONCRETE PRODUCTS, #77, 624 COTTON GIN LANE, KERRVILLE, TX 78028

10924   ALAMO CONCRETE PRODUCTS, 1006 HALLETTSVILLE HWY, VICTORIA, TX 77904

10924   ALAMO CONCRETE PRODUCTS, 1323 W. POPLAR, SAN ANTONIO, TX 78207

10924   ALAMO CONCRETE PRODUCTS, 1802 AVENUE P, HONDO, TX 78861

10924   ALAMO CONCRETE PRODUCTS, 2010 FLOUR BLUFF DRIVE, CORPUS CHRISTI, TX 78403

10924   ALAMO CONCRETE PRODUCTS, 2718 SW MILITARY DRIVE, SAN ANTONIO, TX 78218

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ALAMO CONCRETE PRODUCTS, 301 MCCAMPBELL ROAD, CORPUS CHRISTI, TX 78405

10924   ALAMO CONCRETE PRODUCTS, 301 W. WELDER, SINTON, TX 78387

10924   ALAMO CONCRETE PRODUCTS, 309 PEARL ST, ROCKPORT, TX 78382

10924   ALAMO CONCRETE PRODUCTS, 3828 IH 35 SOUTH, NEW BRAUNFELS, TX 78132

10924   ALAMO CONCRETE PRODUCTS, 503 10TH ST., FLORESVILLE, TX 78114

10924   ALAMO CONCRETE PRODUCTS, 6129 AGNES  PLANT #44, CORPUS CHRISTI, TX 78403

10924   ALAMO CONCRETE PRODUCTS, 6889 EAST EVANS RD, SAN ANTONIO, TX 78266

10925   ALAMO CONCRETE PRODUCTS, 6981 EAST EVANS ROAD, SAN ANTONIO, TX 78266-2813

10924   ALAMO CONCRETE PRODUCTS, 7003 LESLIE ROAD, SAN ANTONIO, TX 78254

10924   ALAMO CONCRETE PRODUCTS, 801 N. SIXTH, KINGSVILLE, TX 78363

10924   ALAMO CONCRETE PRODUCTS, 933 N. W.W. WHITE, SAN ANTONIO, TX 78219

10924   ALAMO CONCRETE PRODUCTS, CANAL PLANT, INGLESIDE, TX 78362

10924   ALAMO CONCRETE PRODUCTS, COUNTY ROAD 44, ROBSTOWN, TX 78380

10924   ALAMO CONCRETE PRODUCTS, HWY 181 & 351, BEEVILLE, TX 78102

10924   ALAMO CONCRETE PRODUCTS, HWY 72 WEST, THREE RIVERS, TX 78071

10924   ALAMO CONCRETE PRODUCTS, OLD HWY 9, MATHIS, TX 78368

10924   ALAMO CONCRETE PRODUCTS, P. O. BOX 34807, SAN ANTONIO, TX 78265

10924   ALAMO CONCRETE PRODUCTS, PLANT #4, SAN ANTONIO, TX 78249

10924   ALAMO CONCRETE PRODUCTS, PLANT 28, 5103 LOOP 1604 NW, SAN ANTONIO, TX 78249

10924   ALAMO CONCRETE PRODUCTS, PORT ARANSAS, TX 78373

10924   ALAMO CONCRETE PRODUCTS, SUN RAY ROAD, INGLESIDE, TX 78362

10924   ALAMO CONCRETE PROUDCTS, 7503 S. ZARZAMARA, SAN ANTONIO, TX 78224

10924   ALAMO CONCRETE TILE INC., 1008 HOEFGEN AVENUE, SAN ANTONIO, TX 78210

10924   ALAMO CONCRETE, 2708 HOWARD LANE, AUSTIN, TX 78760

10924   ALAMO CONCRETE, 4200 TODD LANE, AUSTIN, TX 78760

10924   ALAMO CONCRETE, 5525 NORTH US HWY 281, MARBLE FALLS, TX 78654

10924   ALAMO CONCRETE, 6981 E EVANS ROAD, SAN ANTONIO, TX 78266

10924   ALAMO CONCRETE, PLANT 78, 300 E. MILLER, FALFURRIAS, TX 78355

10924   ALAMO CONCRETE, PLANT 79, RILEY STREET, FREER, TX 78357

10925   ALAMO INDUSTRIES, 5923 GATEWAY WEST, EL PASO, TX 79925

10925   ALAMO IRON WORKS, POBOX 231, SAN ANTONIO, TX 78291-0231

10924   ALAMO READY MIX, 116 WEST FRONT STREET, ALICE, TX 78333

10924   ALAMO READY MIX, 2049 WEST MAIN, PORT LAVACA, TX 77979

10924   ALAMO READY MIX, P. O. BOX 1546, VICTORIA, TX 77902

10924   ALAMO TILE COMPANY, 1008 HOEFGEN AVENUE, SAN ANTONIO, TX 78210

10925   ALAMO TRANSFORMER SUPPLY CO, 10220 MYKAWA RD, HOUSTON, TX 77048

10925   ALAMO TRANSFORMER SUPPLY CO, PO BOX 39908, SAN ANTONIO, TX 78218

10924   ALAMO TRANSIT MIX, HWY 54 70 NORTH, ALAMOGORDO, NM 88310

10924   ALAMO TRANSIT MIX, P O BOX 1353, ALAMOGORDO, NM 88310

10924   ALAMO TRANSIT MIX, P.O. BOX 1353, ALAMOGORDO, NM 88310

10925   ALAMOGORDO TITLE COMPANY, 1100 NEW YORK AVE, ALAMOGORDO, NM 88310

10925   ALAMOSA COUNTY TREASURER, PO BOX 659, ALAMOSA, CO 81101

10925   ALAN A CORBETT, ALLANBANK, SHIELDHILL RD, REDDINGMUIRHEAD FALKIRK, SCOTLAND,    *VIA Deutsche Post*
        FK20DTUNITED KINGDOM

10925   ALAN ALBERY, 5958 CRESENT RIDGE COURT, ORLANDO, FL 32810

10925   ALAN B MORSE &, RALPH E BURCHSTEAD JT TEN, 6 COGSWELL AVE, BEVERLY, MA 01915-1502

10925   ALAN CORBETT, ALLANBANK REDDINGMUIRHEAD, FALKIRK, FK20DTUNITED KINGDOM    *VIA Deutsche Post*

10925   ALAN COWLISHAW, PO BOX 105, GLEN RIDGE, NJ 07028-0105

10925   ALAN D COCHRANE, 3450 JONES MILL RD APT 812, NORCROSS, GA 30092-4366

10925   ALAN D GRIFFIN, STEPHANIE VON BORN-FALLOIS, JT TEN, 1213 LA MANCHA AVE, CORAL GABLES,
        FL 33134-2325

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALAN D R FRESE, 268 DOGWOOD LANE, STAMFORD, CT 06903-4518

10925   ALAN DOBZINSKI, 5911 IVY LEAGUE DR., CATONSVILLE, MD 21228

10925   ALAN EPSTEIN, 200 DIPLOMAT PKWY APT 630, HALLANDALE, FL 33009-3706

10925   ALAN F BECKNELL, 7500 GRACE DR, COLUMBIA, MD 21044

10925   ALAN F HUGHES, 408 GORDON DR, CLARKS GREEN, PA 18411-2620

10925   ALAN F NORFLEET, AND DOMINIC R MACCARIO JT TEN, 404 ROOSEVELT WAY, SAN FRANCISCO, CA 94114-1436

10925   ALAN FIERS, 4000 N RIVER ST, ARLINGTON, VA 22207

10925   ALAN FRANCIS NORFLEET, 404 ROOSEVELT WAY, SAN FRANCISCO, CA 94114-1436

10925   ALAN FRIEDBERG, 10416 BOCO CT., BOCA RATON, FL 33498

10925   ALAN G FABER &, MOLLIE FABER JT TEN, 6 WOODMONT RD, MELVILLE, NY 11747-3313

10925   ALAN GURTMAN, BOX 1849, CLIFTON, NJ 07015-1849

10925   ALAN H SLODKI & ASSOCIATES LTD, 2600 W PETERSON AVE SUITE 107, CHICAGO, IL 60659

10925   ALAN J JONES, 6606 MARSHALL BLVD., LITHONIA, GA 30058

10925   ALAN J MAURER &, CHRISTINE L MAURER JT TEN, 3766 JESSUP, CINCINNATI, OH 45247-6067

10925   ALAN J MORRISON, 1020 FLECK AVE, ORLANDO, FL 32804-2160

10925   ALAN JONES, 121 HEATON RD., COVINGTON, GA 30209

10925   ALAN KOLOD, MOSES & SINGER, 1301 AVE OF THE AMERICAS 40TH FLR, NEW YORK, NY 10019-6076

10925   ALAN L STOCKETT &, CATHERINE E STOCKETT WROS JT TEN, 11 TIMOTHY DRIVE, MERTZTOWN, PA 19539-9618

10925   ALAN L STOCKETT, 11 TIMOTHY DR, MERTZTOWN, PA 19539-9618

10925   ALAN LEWIS HERBST, 6609 EASTERN AVE, TAKOMA PARK, MD 20912-4608

10925   ALAN OFFENBERG, 29 BAYBERRY RD, ARMOCK, NY 10504-1007

10925   ALAN OREMUS, 7601 WEST 79TH ST, BRIDGEVIEW, IL 60455

10925   ALAN PARSONS, 809 HOLLEY RD, ELMIRA, NY 14905-1212

10925   ALAN R BRAYTON ASSOC, 999 GRANT AVE., NOVATO, CA 94947

10925   ALAN R GENESKY, PO BOX 1092, NANTUCKET, MA 02554-1092

10925   ALAN R PHILLIPS, 14224 GREENCROFT LA, HUNT VALLEY, MD 21030-1112

10925   ALAN R. PRICE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   ALAN R. STRINGER, 27597 VIA FORTUNA, SAN JUAN CAPISTRANO, CA 92675

10925   ALAN R. STROHMAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   ALAN ROBBINS, 29 HICKORY HILL ROAD, TEQUESTA, FL 33469

10925   ALAN SARNO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   ALAN SCHWARTZ, 5967 SW 114TH AVE, COOPER CITY, FL 33330

10925   ALAN SCHWARTZ, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   ALAN SILVER, 158 RIDGE AVE., NEWTON, MA 02159

10925   ALAN SILVERMAN, BOX 12604, PITTSBURGH, PA 15241

10925   ALAN STINGER, 27597 VIA FORTUNA, SAN JUAN CAPISTRANO, CA 92675

10925   ALAN T GIBSON, 1125 BLACKMER LANE, COLUMBIA FALLS, MT 59912-9335

10925   ALAN W ZELLMER AS CUSTODIAN, FOR GAGE A ZELLMER, UNDER THE IOWA UNIFORM, TRANSFERS TO MINORS ACT, RR 2 BOX 247, ATLANTIC, IA 50022-9667

10925   ALAN ZELLMER AS CUSTODIAN FOR, CRISTIN ZELLMER UNDER THE IOWA, UNIFORM TRANSFERS TOMINORS ACT, R R 2 BOX 247, ATANTIC, IA 50022-9667

10925   ALAN ZELLMER AS CUSTODIAN FOR, DANELLE ZELLMER UNDER THE IOWA, UNIFORM TRANSFERS TO MINORS ACT, RR 2 BOX 247, ATLANTIC, IA 50022-9667

10925   ALAN ZELLMER AS CUSTODIAN FOR, ETHAN ZELLMER UNDER THE IOWA, UNIFORM TRANSFERS TO MINORS ACT, RR 2 BOX 247, ATLANTIC, IA 50022-9667

10925   ALAN ZELLMER AS CUSTODIAN FOR, FELICIA ZELLMER UNDER THE IOWA, UNIFORM TRANSFERS TO MINORS ACT, RR 2 BOX 247, ATLANTIC, IA 50022-9667

10925   ALANIZ, ABELARDO, PO BOX 851, HEBBRONVILLE, TX 78361

10925   ALANIZ, ADALBERTO, PO BOX 783, HEBBRONVILLE, TX 78361

10925   ALANIZ, ARMANDO, 2203 MYKAWA, PEARLAND, TX 77581

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ALANIZ, ARTURO, 707 S TREVINO, SAN DIEGO, TX 78384

10925 ALANIZ, JOE, PO BOX 232, ORANGE GROVE, TX 78372

10925 ALANIZ, ROBERT, PO BOX 1617, WESLACO, TX 78596

10925 ALANNA FORSHAY FENSKE, 360 W LAKE ST, WINONA, MN 55987-3018

10925 ALANNA J FENSKE, 360 WEST LAKE ST, WINONA, MN 55987-3018

10925 ALARIO, CARLOS, 233 DRESNER ST, LOCKPORT, LA 70374

10925 ALARM CONTROL CO, 2166 SOUTH 900 EAST, SALT LAKE CITY, UT 84106

10925 ALASKA ATTY GENERAL, ATTN: BRUCE M BOTELHO, PO BOX 110300, DIAMOND COURTHOUSE, JUNEAU, AK 99811

10925 ALASKA DEPT OF ENVIR CONSERV, 410 WILLOUGHBY AVE #105, JUNEAU, AK 99801

10925 ALASKA DEPT OF ENVIR CONSERV, 410 WILLOUGHBY AVE #105, JUNEAU, AK 99801-1795

10925 ALASKA DEPT OF NATURAL RESOURCES, 550 W 7TH AVE, #1260, ANCHORAGE, AK 99501-3557

10925 ALASKA DEPT OF OF NATURAL RESOURCES, 550 W 7TH AVE, #1260, ANCHORAGE, AK 99501

10924 ALASKA ENVIRONMENTAL & SAFETY, 21828 76 TH AVE SOUTH, KENT, WA 98032

10924 ALASKA ENVIRONMENTAL & SAFETY, 4725 GAMBELL ST, ANCHORAGE, AK 99503

10925 ALASKA SOIL RECYCLING, 1040 OMALLEY ROAD, ANCHORAGE, AK 99515

10924 ALASKA STELL & FASTNERS, 1200 W. DOWLING, ANCHORAGE, AK 99518

10925 ALATI, CATHERINE, R.D. #1, BOX 369, CORAOPOLIS, PA 15108

10925 ALB, CRIN-STEFAN, C/O JAMES MADISON U PO BOX 1012, HARRISONBURG, VA 22807

10925 ALBA CONVEYORS & IND. EQUIP., 19 KIESLAND COURT, HAMILTON, OH 45015

10925 ALBA, MARIA V, 41-32 ITHACA ST, ELMHURST, NY 11373

10925 ALBA, MARLYN, 2120 CHESTNUT, FT WORTH, TX 76106

10925 ALBA, SANTO, 15 MAPLEWOOD AVE, BILLERICA, MA 01821-1619

10925 ALBAN LIFT TRUCK INC., PO BOX 17126, BALTIMORE, MD 21203

10925 ALBAN LIFT TRUCK, INC, 2945 WHITTINGTON AVE., BALTIMORE, MD 21230

10925 ALBAN TRACTOR CO., 6455 WASHINGTON BLVD., ELKRIDGE, MD 21075

10925 ALBAN, MILDRED, 441 RIVENDELL LANE, SEVERNA PARK, MD 21146-4034

10925 ALBAN, THOMAS, 1347 NO MAIN ST, HAMPSTEAD, MD 21024-2227

10925 ALBANESE, MICHAEL, 730 N. OLCOTT, CHICAGO, IL 60648

10925 ALBANESE, VIRGINIA, 568 PENNY LANE, GRAYSLAKE, IL 60030

10925 ALBANO, ANTHONY, 31 WILLOW LANE, STAFFORD, VA 22554

10925 ALBANO, ELIZABETH, 124 C JUNIPER ST, QUAKERTOWN, PA 18951

10925 ALBANO, FIDEL, 8724 GOLDEN RIDGE RD, LAKESIDE, CA 92040

10925 ALBANO, MARIA, 342 ROSEVILLE AVE, NEWARK, NJ 07107

10925 ALBANO, TONY, 12223 NW 32 MANOR, SUNRISE, FL 33323

10924 ALBANY CONCRETE, 5 COMMERCE AVENUE, ALBANY, NY 12206

10924 ALBANY INTERNATIONAL  CORP, 777 WEST ST, MANSFIELD, MA 02048

10924 ALBANY INTERNATIONAL, 777 WEST ST., MANSFIELD, MA 02048

10924 ALBANY JEWISH COMMUNITY CTR., 340 WHITEHALL ROAD, ALBANY, NY 12208

10925 ALBANY LADDER CO. INC., 1586 CENTRAL AVE, ALBANY, NY 12205-2494

10924 ALBANY MOLECULAR RESEARCH, INC, 20 CORPORATE CIRCLE, ALBANY, NY 12203

10924 ALBANY MOLECULAR RESEARCH, INC, ONE UNIVERSITY PLACE, RENSSELAER, NY 12144

10924 ALBANY ROCK PRODUCTS, CORVALLIS DIVISION, CORVALLIS, OR 97339

10924 ALBANY STATE COLLEGE, 400-A COLLEGE DRIVE, ALBANY, GA 31705

10925 ALBAO, EMERITA, 27405 PARKVIEW, WARREN, MI 48092

10925 ALBAR JR, VICENTE, 1889 WEST 7TH ST, PISCATAWAY, NJ 08854-1970

10925 ALBARADO, MICHELLE, PO BOX 201, MILTON, LA 70558

10925 ALBARRIE ENVIRONMENTAL SERVICES, PO BOX 66512 AMF OHARE, CHICAGO, IL 60666-0512

10925 ALBATROSS TECHNOLOGIES, 1833 WEST MAIN ST #142, MESA, AZ 85201

10925 ALBAUGH, BELINDA, 24 EASTRIDGE DR, ROYSE CITY, TX 75189

10925 ALBEE, LYNNE, REAR 120 MANHATTAN, ASHLEY, PA 18706

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ALBEMARLE CORP, 451 FLORIDA STREET, BATON ROUGE, LA 70801 | |
| 10924 | ALBEMARLE CORP, GULF STATES ROAD, BATON ROUGE, LA 70805 | |
| 10925 | ALBEMARLE CORP., PO BOX 281365, ATLANTA, GA 30384-1365 | |
| 10925 | ALBEMARLE CORPORATION, PO BOX 651672, CHARLOTTE, NC 28265-1672 | |
| 10924 | ALBEMARLE HIGH SCHOOL, 311 PARK RIDGE RD., ALBEMARLE, NC 28002 | |
| 10924 | ALBEMARLE PRISON, ALBEMARLE, NC 28001 | |
| 10925 | ALBEN, KAREN, 5 PRIDES CROSSING, WASHINGTONVILLE, NY 10992 | |
| 10925 | ALBER LELMID, 500 NORTH SKINKER BLVD, SAINT LOUIS, MO 63130 | |
| 10924 | ALBERCHI CONSTRUCTION, C/O 3-M PLANT, NEVADA, MO 64772 | |
| 10925 | ALBERINO, DEBORAH, 62 BROMFIELD ROAD, SOMERVILLE, MA 02144 | |
| 10925 | ALBERMAR COMPANY, 30 SOUTHWARD AVE, FARMINGDALE, NJ 07727 | |
| 10925 | ALBERMARLE CORP., 451 FLORIDA ST., BATON ROUGE, LA 70201-1765 | |
| 10925 | ALBERS INDUSTRIAL SALES, PO BOX 27423, TEMPE, AZ 85285-7423 | |
| 10925 | ALBERS MECHANICAL, 200 WEST PLATO BLVD., SAINT PAUL, MN 55107 | |
| 10925 | ALBERS, DONALD, 1807 REVERE TR, DE PERE, WI 54115 | |
| 10925 | ALBERS, E, 596 SEVERN ROAD, SEVERNA PARK, MD 21146 | |
| 10925 | ALBERS, EDWIN, 596 SEVERN ROAD, SEVERNA PARK, MD 21146 | |
| 10925 | ALBERS, GAIL, 15 MAPLELEAF DR, NASHUA, NH 03062 | |
| 10925 | ALBERS, JOSEPH, 1807 REVERE TRAIL, DE PERE, WI 54115 | |
| 10925 | ALBERSON, GERALDEANE, 596 COOLEY BRIDGE RD, PELZER, SC 29669-9254 | |
| 10925 | ALBERT A DOUB II, 8221 NEEDWOOD RD APT T-104, DERWOOD, MD 20855 | |
| 10925 | ALBERT A GULAS &, PHYLLIS F GULAS JT TEN, 72 THERESA CT, WEST SENECA, NY 14224-4716 | |
| 10925 | ALBERT A MAYNARD, 17127 N NUNNELY, MT CLEMENS, MI 48036-3609 | |
| 10925 | ALBERT BREUER &, PHYLLIS SUCHOFF BREUER JT TEN, 8840 RHEIMS RD, BOCA RATON, FL 33496-5031 | |
| 10925 | ALBERT BRINKMEYER, ROUTE 1, DEWITT, NE 68341-9801 | |
| 10925 | ALBERT C MESSENGER, 132 MOUNTAIN VALLEY DR, PO BOX 1238, ETOWAH, NC 28729-1238 | |
| 10925 | ALBERT C WARREN, PFD 1 BOX 437-A, PITTSBURG, NH 03592 | |
| 10925 | ALBERT CARUTH &, PATRICIA CARUTH JT TEN, R D 5, MOSCOW, PA 18444-9805 | |
| 10925 | ALBERT DROSSMAN TR UA FEB 26 97, ALBERT DROSSMAN TRUST, PO BOX 730546, ELMHURST, NY 11373-0546 | |
| 10925 | ALBERT EDWARD FERRARA III, 160 SPRING MEADOW DR, PITTSBURGH, PA 15241-2148 | |
| 10925 | ALBERT ERICKSON & NORMA J, GREENWOOD-ERICKSON TR UA, NOV 2 99 THE ERICKSON TRUST, 10638 SKY MEADOWS AVE, LAS VEGAS, NV 89134-5303 | |
| 10925 | ALBERT ESQ, MICHAEL S, 54 MEETING HOUSE PATH, ASHLAND, MA 01721 | |
| 10925 | ALBERT F GRENZER &, LAURA BELLE GRENZER JT TEN, 2739 KLEIN RD, SAN JOSE, CA 95148-2217 | |
| 10925 | ALBERT F NEWALL &, EILEEN M NEWALL JT TEN WROS, 1803 BERKELEY ST, MURFREESBORO, TN 37129-1070 | |
| 10925 | ALBERT FRANK LUTZ &, BETTY R LUTZ JT TEN, 11903 W 143RD TERR, OLATHE, KS 66062-9413 | |
| 10924 | ALBERT GALLITAN SCHOOL, ROUTE 160, NEW GENEVA, PA 15467 | |
| 10925 | ALBERT H LEWIS &, MURIEL D LEWIS JT TEN, 6140 PITCH LANE, BOYNTON BEACH, FL 33437-4124 | |
| 10924 | ALBERT HELLHAKE GMBH & CO, 44309 DORTMUND-WAMBEL, NIEDERSACHSENWE, 99999DEU | *VIA Deutsche Post* |
| 10924 | ALBERT HELLHAKE GMBH & CO., 44309 DORTMUND-WAMBEL 37, NIEDERSACHSENWEG, 99999DEU | *VIA Deutsche Post* |
| 10925 | ALBERT HUMMEL, 6200 WESTCHESTER PARK DR, APT 1816, COLLEGE PARK, MD 20740-2843 | |
| 10925 | ALBERT II, WALTER, 22 BIRCH ROAD, PETERBOROUGH, NH 03458 | |
| 10925 | ALBERT J BARRIS, PO BOX 770, BUXTON, NC 27920-0770 | |
| 10925 | ALBERT J COSTELLO, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | ALBERT J GALLO, PO BOX 407, MT AUKUM, CA 95656-0407 | |
| 10925 | ALBERT J HARRINGTON &, MILDRED LEGG HARRINGTON JT TEN, 143 MIDDLESEX AVE, MEDFORD, MA 02155-5021 | |
| 10925 | ALBERT J JOHNSON, 1820 1ST AVE NW, CEDAR RAPIDS, IA 52405-4702 | |
| 10925 | ALBERT J MATRICCIANI JR & ROY, DRAGONE TR UW ALBERT J, MATRICCIANI TRUST, C/O WHITEFORD TAYLOR & PRESTON, 7 SAINT PAUL ST SUITE 1400, BALTIMORE, MD 21202-1654 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ALBERT L BOULENGER &, ALBERT L BOULENGER JR JT TEN, 9107W S W 133RD PLACE, MIAMI, FL 33186-1662

10925  ALBERT L HOPPE, 501 SHANNON DR, GREENVILLE, SC 29615-1818

10924  ALBERT LEA HIGH SCHOOL, 1101 HAMMER ROAD, ALBERT LEA, MN 56007

10924  ALBERT LEA MEDICAL CENTER, 404 FOUNTAIN STREET, ALBERT LEA, MN 56007

10925  ALBERT LONZI &, BESSIE LONZI JT TEN, 72 INTER DR, W SENECA, NY 14224-1326

10925  ALBERT LOUIS CAVIGLIA, 1035 RANGPUR CT, SUNNYVALE, CA 94087-1871

10925  ALBERT M EVANS & PATRICIA A, EVANS TR UDT JUN 10 92, PO BOX 441, SANTA CLARA, CA 95052-0441

10925  ALBERT M WENTWORTH, 280 MARRETT RD, LEXINGTON, MA 02421-7009

10925  ALBERT MAND, 24 ANDOVER DR, WAYNE, NJ 07470-2915

10925  ALBERT MARK &, ELIZABETH C MARK TEN ENT, 7307 STAFFORD RD, ALEXANDRIA, VA 22307-1808

10925  ALBERT O GALLO, PO BOX 407, MT AUKUM, CA 95656-0407

10925  ALBERT O KENNEALLY & DOLORES J, KENNEALLY TR UA FEB 5 96 ALBERT O, KENNEALLY & DOLORES J KENNEALLY, TRUST, 13518 WEST WAGON WHEEL DR, SUN CITY WEST, AZ 85375-

10924  ALBERT PLASTERING CO, 807 SO. "Y", FORT SMITH, AR 72901

10924  ALBERT PLASTERING, 7301 ROGERS AVE., FORT SMITH, AR 72914

10924  ALBERT PLASTERING, 807 S. Y STREET, FORT SMITH, AR 72914

10924  ALBERT PLASTERING, C/O ST. EDWARDS CANCER CENTER, FORT SMITH, AR 72914

10925  ALBERT R KERN, R D 1, EXPORT, PA 15632-9801

10925  ALBERT ROSS &, MURIEL ROSS JT TEN, 500 HIGH POINT DRIVE APT 812, HARTSDALE, NY 10530-1135

10925  ALBERT SANTORO &, PATRICIA SANTORO JT TEN, 187 LAMOKA AVE, STATEN ISLAND, NY 10308-2235

10925  ALBERT TRUCK SERVICE, 13031 MARKET ST, HOUSTON, TX 77015

10925  ALBERT VOGEL, 20 PANORAMA DR, ALEXANDRIA, KY 41001-1015

10925  ALBERT W VONTZ, HEIDELBERG DISTRIBUTING, 1518 DALTON ST, CINCINNATI, OH 45214-2018

10925  ALBERT, ALLAN, 115 74 OLD HWY 67, BILOXI, MS 39532

10925  ALBERT, DAVID, 21 CONVERSE AVE, MALDEN, MA 02148

10925  ALBERT, DEBOR, PO BOX 34, PARROTT, VA 24132

10925  ALBERT, E, 509 S. LANIER AVE, FT. MEADE, FL 33841

10925  ALBERT, FLOYD, 212 HALPHEN, NEW IBERIA, LA 70560-1532

10925  ALBERT, GERALD, 721 W 10TH ST, LAKELAND, FL 33801

10925  ALBERT, HAYLEE, 22355 BOYACA AVE, BOCA RATON, FL 33433

10925  ALBERT, JAMES, 34 JOANNE DRIVE, HOLYOKE, MA 01040

10925  ALBERT, JASON G, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925  ALBERT, JASON, 22355 BOYACA AVE, BOCA RATON, FL 33433

10925  ALBERT, JAY, 22355 BOYACA AVE, BOCA RATON, FL 33433

10925  ALBERT, KEITH, 36 MAGOUN ST, CAMBRIDGE, MA 02140

10925  ALBERT, MICHELLE, 1004 LEE VAUGHN RD, SIMPSONVILLE, SC 29681

10925  ALBERT, PHILIP, 1665 DEER PATH ROAD, READING, PA 19604-1314

10924  ALBERTA BOOT MFG LTD, 614-10TH AVENUE SW, CALGARY ALBERTA, AB T2P 2J2TORONTO        *VIA Deutsche Post*

10925  ALBERTASSI, JOHN, AND SANDRA LANDRY JT TEN, 14 THORNDIKE ST, BRAINTREE, MA 02184-1810

10925  ALBERTINI, RICHARD, PO BOX 595, EAST TAUTON, MA 02718

10924  ALBERTO CULVER, 2525 ARMITAGE, MELROSE PARK, IL 60160

10925  ALBERTS & ASSOCIATES, 1042 NORVELT DR., PHILADELPHIA, PA 19115

10925  ALBERTS, THERESA, 38N 353O E, KANKAKEE, IL 60901

10925  ALBERTSON, JEFFREY S, CUST FOR DAVID S ALBERTSON, UNIF GIFT MIN ACT NC, 1013 MEADOWLEAH ST, LAS VEGAS, NV 89145-8642

10925  ALBERTSON, LOUIS, 333 A TREE HAVEN, MATAWAN, NJ 07747

10924  ALBERTSONS, 960 WEST MAIN STREET, TUPELO, MS 38801

10924  ALBERTVILLE CITY BOARD OF EDUCATION, 1100 HORTON ROAD, ALBERTVILLE, AL 35950

10925  ALBERY, ALAN, 5958 CRESCANTRIGE CT, ORLANDO, FL 32810

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ALBERY, ALAN, 5958 CRESENT RIDGE, ORLANDO, FL 32810

10925    ALBIHNS STOCKHOLM AB, BOX 5581, STOCKHOLM, 11485SWEDEN        *VIA Deutsche Post*

10925    ALBIN SR, LENNY L, 9 DRIFTWOOD DR, SULPHUR, LA 70663-6431

10925    ALBIN SR, LENNY L, STE 230, 3838 N. SAM HOUSTON PKWY., HOUSTON, TX 77032

10925    ALBIN SR, LENNY, 20138 PINEHAVEN LANE, SPRING, TX 77379

10925    ALBINO, STACEY, 3524 MONT MARTRE BOX 232, ORLANDO, FL 32822

10925    ALBINO, YOLANDA, URB. VILLA ALBA CALLE 6 F-13, SABANA GRANDE, PR 00637

10925    ALBINSON, BRUCE, 1225 SCANDIA TERR, OVIEDO, FL 32765

10925    ALBRECHT, CINDY, 15230 FLAGSTAFF ROAD, BROOKFIELD, WI 53005

10925    ALBRIGHT & WILSON AMERICAS INC., 4851 LAKE BROOK DRIVE, GLEN ALLEN, VA 23060

10925    ALBRIGHT & WILSON AMERICAS, DEPT 79141, BALTIMORE, MD 21279-0141

10925    ALBRIGHT BUSINESS MACH CO, 54 WEST 21ST ST RM 301, NEW YORK, NY 10010

10925    ALBRIGHT, G, 3821 LAKEHURST DRIVE, MEMPHIS, TN 38128

10925    ALBRIGHT, JR, DUANE, 270 CHERRY TREE SQ, FOREST HILL, MD 21050

10925    ALBRIGHT, LEANN, LAKESHORE MHP LOT 81, OPELIKA, AL 36801

10925    ALBRIGHT, M, 11718 PARKVIEW DR., PLYMOUTH, MI 48170

10925    ALBRIGHT, MARLENE, 11718 PARKVIEW DR, PLYMOUTH, MI 48170

10925    ALBRIGHT, NORMA, 3800 BRANT ST, RENO, NV 89506

10925    ALBRITTON, BRENTON, 213 HILLS DR, WESTMONROE, LA 71291

10925    ALBRITTON, C, ROUTE 2, BOX 50, LITHIA, FL 33611

10925    ALBRITTON, JEANETTE, 114 BENTLEY PKWY, WOODSTOCK, GA 30188

10925    ALBRITTON, JEFFERY, 3844 FOXCROFT CT, LAKELAND, FL 33813-1321

10925    ALBRO, THOMAS, 1907 HAMLET PLACE, BELAIR, MD 21015

10924    ALBU & ASSOCIATES, INC., POST OFFICE 918414, LONGWOOD, FL 32791-6414

10925    ALBUQUERQUE PIPE & PUMP, 3700 EDITH BLVD. NE, ALBUQUERQUE, NM 87107

10924    ALBUQUERQUE VAULT & SEPTIC, 1628 GONZALES SW, ALBUQUERQUE, NM 87105

10924    ALBUQUERQUE VAULT SPECTIC, 1628 GONZALES S.W., ALBUQUERQUE, NM 87105

10925    ALBURY, BESS, 3950 N.E 175TH SR RD, CITRA, FL 31173

10925    ALBURY, RICKY, PO BOX AB20480, MARSH HARBOR, ABACO, BAHAMAS        *VIA Deutsche Post*

10924    ALBY BLOCK CO, PO BOX 370, BURLINGTON, WI 53105

10924    ALBY BLOCK COMPANY, P O BOX 370, BURLINGTON, WI 53105

10924    ALBY MATERIALS INC., 32409 HIGH DR., BURLINGTON, WI 53105

10924    ALBY MATERIALS INC., 32409 HIGH DRIVE, BURLINGTON, WI 53105

10924    ALBY MATERIALS INC., 32409 HIGH DRIVER, BURLINGTON, WI 53105

10924    ALC/OL SPECIAL ACTIVITIES OFFICE, 6082 FIR AVENUE BLDG. 1232, HILL AIR FORCE BASE, UT 84056-5820

10925    ALCALA, PEDRO, 5118 KENILWORTH AVE, HYATTVILLE, MD 20781

10924    ALCAN ROLLED PRODUCTS COMPANY, PO BOX28, OSWEGO, NY 13126

10925    ALCAN ROLLED PRODUCTS, 6060 PARKLAND BLVD, MAYFIELD HEIGHTS, OH 44124

10924    ALCAN ROLLED PRODUCTS, 72 ALCAN WEST ENTRANCE ROAD, OSWEGO, NY 13126

10925    ALCAN RUBBER & CHEMICAL INC., 29 BROADWAY, NEW YORK, NY 10006

10925    ALCAR GROUP INC, THE, 5215 OLD ORCHARD RD SUITE 600, SKOKIE, IL 60077-1035

10925    ALCAR, LEK, 101 FEDERAL ST, BOSTON, MA 02110

10925    ALCATEL NETWORK SYSTEMS, 6385 SAN IGNACIO AVE, SAN JOSE, CA 95119

10925    ALCATEL, 1355 INTERNATIONAL PKWY, RICHARDSON, TX 75081

10925    ALCATEL, PO BOX 833802, RICHARDSON, TX 75083

10925    ALCAZAR, DOLORES, 42-20 KISSENA BLVD E6, FLUSHING, NY 11355-9998

10925    ALCHEMY-SOUTH LTD, 1345 OWENBY DR, MARIETTA, GA 30066

10925    ALCIATORE ASSOCIATES ARCHITECTS, 2313 N HULLEN ST, METAIRIE, LA 70001-1930

10925    ALCO BUILDING PRODUCTS CO., 4835 PARA DR., CINCINNATI, OH 45237

10925    ALCO CAPITAL RESOURCE INC, POBOX 9115, MACON, GA 31208-9115

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ALCO CAPITAL RESOURCE INC., POBOX 9115, MACON, GA 31208-9115

10925    ALCO CHEMICAL CORP., PO BOX 65998, CHARLOTTE, NC 28265-0998

10924    ALCO CRYOGENICS, 42 INDUSTRIAL DRIVE, KEYPORT, NJ 07735

10924    ALCO CRYOGENICS, PO BOX 583, PARLIN, NJ 08859

10925    ALCO IRON & METAL CO, 1091 DOOLITTLE DRIVE, SAN LEANDRO, CA 94577

10925    ALCO SALES & SERVICE CO, 6851 HIGH GROVE BLVD, BURR RIDGE, IL 60521

10924    ALCO, INC., 55-11-08 KAAUHUHU HOMESTEAD ROAD, HAWI, HI 96719

10924    ALCO, INC., PO BOX 1088, KAPAAU, HI 96755

10925    ALCOA ALUMINA & CHEMICALS, LLC, DRAWER CS 198276, ATLANTA, GA 30384-8276

10925    ALCOA ALUMINA & CHEMICALS, LLC, PO BOX 841429, DALLAS, TX 75284-1429

10925    ALCOA ALUMINA AND CHEMICALS L.L.C., POBOX 777-W5035, PHILADELPHIA, PA 19175-5035

10924    ALCOA BUILDING  @@, PITTSBURGH, PA 15123

10924    ALCOA BUILDING SERVICE, 201 ISABELLA ST., PITTSBURGH, PA 15212

10924    ALCOA CLOSURE SYSTEMS INTERNATIONAL, 1205 EAST ELMORE STREET, CRAWFORDSVILLE, IN 47933

10924    ALCOA CLOSURE SYSTEMS INTERNATIONAL, 318 GLEN STREET, CRAWFORDSVILLE, IN 47933

10924    ALCOA CLOSURE SYSTEMS INTERNATIONAL, 8363 METRO DRIVE, OLIVE BRANCH, MS 38654

10924    ALCOA CORPORATE HEADQUARTERS @ @, 201 ISABELLA STREET, PITTSBURGH, PA 15123

10924    ALCOA CSI DE MEXICO EN ENSENADA,, CARR.ENSENADA-TECATE KM.103.5 #1473, ENSENADA,    *VIA Deutsche Post*
         B.C., 22760MEXICO

10924    ALCOA EARRICK OERATIONS  RECEIVING, STATE ROUTE 66, NEWBURGH, IN 47630

10925    ALCOA INC, DRAWER CS198276, ATLANTA, GA 30384

10924    ALCOA INC, FM 1786, ROCKDALE, TX 76567

10925    ALCOA INC., 1250 RIVERVIEW TOWER, 900 S GAY ST, KNOXVILLE, TN 37902

10925    ALCOA INC., ATTN: MARGARET BARRETT, 707 EAGLEVIEW BLVD SUITE 110, EXTON, PA 19341

10925    ALCOA INC., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10924    ALCOA INDUSTRIAL CHEMICALS, 4701 ALCOA RD., BAUXITE, AR 72011

10924    ALCOA MILL PRODUCTS, PO BOX 3167, LANCASTER, PA 17604

10925    ALCOA PACKAGING MACHINERY RANDOLPH, PO BOX 371943M, PITTSBURGH, PA 15251

10925    ALCOA PACKAGING MACHINERY, POBOX 360035M, PITTSBURGH, PA 15251

10925    ALCOA PRIMARY METALS, 900 SOUTH GAY ST, KNOXVILLE, TN 37902

10925    ALCOA PRIMARY METALS, PO BOX 841429, DALLAS, TX 75284-1429

10925    ALCOA SEPARATIONS TECHNOLOGY, INC, 4669 SHEPHERD TRIAL, ROCKFORD, IL 61105

10925    ALCOA, 16010 BARKERS PT. LN., STE 250, HOUSTON, TX 77079

10925    ALCOA, 2 ALLEGHENY CENTER, PITTSBURGH, PA 15219

10924    ALCOA, CAMBRIDGE, MA 02140

10924    ALCOA, EASTALCO WORKS, 5601 MANOR WOODS ROAD, FREDERICK, MD 21703

10924    ALCOA, EASTALCO WORKS, G, 5601 MANOR WOODS ROAD, FREDERICK, MD 21703-7999

10924    ALCOA, EASTALCO WORKS, NG, 5601 MANOR WOODS ROAD, FREDERICK, MD 21703

10925    ALCOA, PO BOX 91423, CHICAGO, IL 60693-1423

10924    ALCOA, PO BOX535131, PITTSBURGH, PA 15253

10924    ALCOA, WARRICK OPERATIONS, NEWBURGH, IN 47630

10924    ALCOA-MT HOLLY, PO BOX1000, GOOSE CREEK, SC 29445

10925    ALCOCK, CATHY, 300 S E 2ND ST, DEERFIELD BEACH, FL 33441

10925    ALCOCK, RICHARD, PO BOX 123, GENEVA, NY 14456-0123

10925    ALCOCK, WILLIAM, 118 POND DRIVE, MATAMORAS, PA 18336

10925    ALCOLAC INC, GEORGE GOODRIDGE, CN 5266, PRINCETON, NJ 08543

10925    ALCON LABORATORIES INC, INFORMATION FROM INTERNET, FORTH WORTH, TX 76134-2099

10924    ALCON, P.O.BOX 49, CLARKSBURG, WV 26302

10924    ALCON, RT 33 WEST, ELKINS, WV 26241

10925    ALCOOK, JOHN, 1401 FIELD CLUB, PITTSBURGH, PA 15237

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ALCOPRO, 2547 SUTHERLAND AVENUE, KNOXVILLE, TN 37919

10924   ALCOPRO, PO BOX 10954, KNOXVILLE, TN 37939

10925   ALCOR, INC, PO BOX 792222, SAN ANTONIO, TX 78279-2222

10924   ALCORN READY MIX PROD., NO. FULTON DR. EXT, CORINTH, MS 38834

10924   ALCORN READY MIX PROD., P O BOX 2488, CORINTH, MS 38834

10924   ALCORN READY MIX PROD., PO BOX 2488, CORINTH, MS 38834

10925   ALCORN, JAMES, 5100 JOHN RYAN BLVD. # 325, SAN ANTONIO, TX 78245

10925   ALCORN, MICKEY, 196 TWIN LAKES DRIVE, EDEN, NC 27288

10925   ALCORTA, ELIZABETH, 3015 2ND ST, LUBBOCK, TX 79415

10925   ALCORTA, JAVIER D, 215 AIKEN HUNT CIRCLE, COLUMBIA, SC 29223

10925   ALCORTA, JAVIER D, CONSULTANT, 215 AIKEN HUNT CIRCLE, COLUMBIA, SC 29223

10925   ALCOTT, LEVERETT, 7150 GOLDENGATE DR, CINCINNATI, OH 45244

10925   ALDABA, MARIA, 3202 N ELM, FORT WORTH, TX 76106

10925   ALDAG, KARL, 1407 CHESTNUT, ATLANTIC, IA 50022-2547

10925   ALDAKKOUR, NADIA, 3814 SHADOW COVE DR, HOUSTON, TX 77082

10925   ALDEN & CLARK INC., POOX 180177, BOSTON, MA 02118

10925   ALDEN CONC PRODS INC, P O BOX 266, ALDEN, MN 56009

10924   ALDEN CONC PRODS INC, POBOX 266, ALDEN, MN 56009

10924   ALDEN CONC PRODS, NORTH STAR RD., ALDEN, MN 56009

10924   ALDEN LEADS, 55 JACOBUS AVENUE, SOUTH KEARNY, NJ 07032

10925   ALDEN SCIENTIFIC INCORPORATED, 11133 BROADWAY, ALDEN, NY 14004

10925   ALDEN YACHT CHARTERS, 1909 ALDEN LANDING, PORTSMOUTH, RI 02871

10925   ALDEN, SCOTT, 527 N HURON ST, DEPERE, WI 54115

10925   ALDEN, WAYNE, 50 LEON ST APT 802B, BOSTON, MA 02115

10925   ALDER, MARJORIE, RT 6 BOX 25, ST. ANNE, IL 60964

10925   ALDERMAN, CHARLES, 7701 RANCHWOOD NW, ALBUQUERQUE, NM 87120

10925   ALDERMAN, KEITH, 138 SUNNYCREST DR, RIDGELAND, MS 39157

10925   ALDERMAN, NEIL, 725 PARK PLAZA, IOWA PARK, TX 76367

10925   ALDERSON REPORTING CO, INC, 1111 14TH ST , NW , 4TH FL, WASHINGTON, DC 20005-5650

10925   ALDERSON, MICHAEL, 3801 FOX HOLLOW DR, BEDFORD, TX 76021

10925   ALDINE INDEPENDENT SCHOOL, 14909 ALDINE WESTFIELD, TAX OFFICE, HOUSTON, TX 77032-3027

10925   ALDIP, CARMELO, 200 S. LOGANBERRY ST, ANAHEIM, CA 92808-0000

10925   ALDO TRIBELLINI, VIA GUERCINO 28, VARESE, 21100ITALY                              *VIA Deutsche Post*

10924   ALDON CHEMICALS, 1533 W. HENRIETTA ROAD, AVON, NY 14414

10925   ALDON CO, THE, 3410 SUNSET AVE, WAUKEGAN, IL 60087-3295

10925   ALDON CO., 3410 SUNSET AVE., WAUKEGAN, IL 60087

10925   ALDORASI, FREDERICK, 42 STEPHENS ROAD, TAPPAN, NY 10983

10925   ALDREDGE, PENNY, 210 GREISON TR APT 6-D, NEWNAN, GA 30263

10925   ALDRETE, PEDRO, 7019 1/2 LANTO ST, COMMERCE, CA 90040

10925   ALDRICH CHEMCIAL COMPANY, INC, DEPT 700, MILWAUKEE, WI 53259

10925   ALDRICH CHEMICAL CO INC, DEPT 700, MILWAUKEE, WI 53259

10924   ALDRICH CHEMICAL CO INC., P.O. BOX 2988, MILWAUKEE, WI 53201

10925   ALDRICH CHEMICAL CO, INC, 1001 W. ST. PAUL AVE., MILWAUKEE, WI 53233

10924   ALDRICH CHEMICAL CO., INC., 230 S. EMMBER LANE, MILWAUKEE, WI 53233

10924   ALDRICH CHEMICAL CO., INC., 230 SOUTH EMMBER, MILWAUKEE, WI 53233

10924   ALDRICH CHEMICAL CO., INC., 5485 COUNTY HWY. V, SHEBOYGAN FALLS, WI 53085

10924   ALDRICH CHEMICAL CO., INC., PO BOX2988, MILWAUKEE, WI 53201

10925   ALDRICH CHEMICAL CO., PO BOX 18817B, SAINT LOUIS, MO 63160

10925   ALDRICH CHEMICAL CO., PO BOX 355, MILWAUKEE, WI 53201

10925   ALDRICH CHEMICAL COMPANY INC, DEPT 700, MILWAUKEE, WI 53259

10924   ALDRICH CHEMICAL COMPANY INC., PO BOX 355, MILWAUKEE, WI 53201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ALDRICH CHEMICAL COMPANY, INC, PO BOX 355, MILWAUKEE, WI 53201

10924    ALDRICH CHEMICAL COMPANY, INC., PO BOX 2988, MILWAUKEE, WI 53201

10924    ALDRICH CHEMICAL COMPANY, MILWAUKEE, 1101 W. ST. PAUL AVENUE, MILWAUKEE, WI 53233

10924    ALDRICH CHEMICAL, 230 S. EMMBER LANE, MILWAUKEE, WI 53233

10925    ALDRICH CHEMICAL, PO BOX 355, MILWAUKEE, WI 53201

10925    ALDRICH, KENNETH, PO BOX 21451, SAN ANTONIO, TX 78221

10925    ALDRICH, LARRY, 3900 13TH AVE SE, CEDAR RAPIDS, IA 52403

10925    ALDRICH, LEON, 909 BUNKER CIRCLE, WINTER HAVEN, FL 33881

10924    ALDRICH, MILWAUKEE, WI 53200

10925    ALDRICH, RUSSELL, 11 BROADSHIP ROAD, BALTIMORE, MD 21222

10925    ALDRIDGE III, CHARLES, PO BOX 826, LAKE ZURICH,, IL 60047

10925    ALDRIDGE, ANGELA, 6800 PEACHTREE IND. BLVD. APT #W-4, DORAVILLE, GA 30360

10925    ALDRIDGE, IRENE, 10910 HAMMOND DR, LAUREL, MD 20723

10925    ALDRIDGE, KATHY, 6480 S DAYTON APT M 10, ENGLEWOOD, CO 80111

10925    ALDRIDGE, LINDA, PO BOX 458, TOWNVILLE, SC 29689

10925    ALDRIDGE, RANDAL, 8100 WOOD DUCK DRIVE, OKLA. CITY, OK 73132

10925    ALDRIDGE, RICHARD, PO BOX 458, TOWNVILLE, SC 29689

10925    ALDRIDGE, ROBERT, 1323 WOODGATE WAY, TALLAHASSEE, FL 32312

10925    ALDRIDGE, RONALD, 15 TIMBER LANE DR, COLLINS, MS 39428

10925    ALDYKIEWICZ JR, ANTONIO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    ALDYKIEWICZ, JR, ANTONIO, 199 PLEASANT STUNIT #3-2, BROOKLINE, MA 02146

10925    ALDYKIEZICZ, ANTONIO, 85 MONTOYA DR, BRANFORD, CT 06405-2529

10924    ALEDO HIGH SCHOOL, 1103 F.R.1187SOUTH, ALEDO, TX 76008

10925    ALEGRIA, RUBEN, PO BOX 334, ALVIN, TX 77511

10925    ALEJANDRO GARFIA DIAZ, HC02 BOX 14076, CAROLINA, 00630-9703PUERTO RICO          **\*VIA Deutsche Post\***

10925    ALEJANDRO NIGRO, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925    ALEJANDRO, ADOLFO, 206 6TH ST, JERSEY CITY, NJ 07302

10925    ALEJANDRO, ELIU, RANCHO BONITO CALLE 5 J-9, JUNCOS, PR 00777

10925    ALEJANDRO, JOSE, 602 NICHOLAS, UVALDE, TX 78801

10925    ALEJANDRO, VICENTE, FRATERNIDAD #190 VILLA ESPERANZA, CAGUAS, PR 00725

10925    ALEJANDRO, VIRGINIA, 1002 THOMAS WAY, DELANO, CA 93215

10925    ALEKTRONICS INC, 3510 STOP EIGHT ROAD, DAYTON, OH 45414

10925    ALEMAN, ANA, 5608 HAMILTON MANOR DRIVE, #4, HYATTSVILLE, MD 20782

10925    ALEMAN, ELMER, 3514 13TH ST NW #2, WASHINGTON, DC 20006

10925    ALEMAN, JANIE, 1087 SW 35TH, SAN ANTONIO, TX 78237

10925    ALEMAN, WILLIAM, HC01-3259 BO, LARES, PR 00669

10925    ALEMANY, ROSARIO, PO BOX 1715, WAUCHULA, FL 33873

10925    ALENIA C/O INTERMAN, 149-09 183RD ST, JAMAICA, NY 11430

10925    ALENIA, CORSO MARCH 41, TORINO, 0ITALY          **\*VIA Deutsche Post\***

10924    ALENTUY C.A., ATTN:  MARILYN RODRIGUEZ, 4781 N.W. 72ND AVENUE, MIAMI, FL 33166

10925    ALERT COMMUNICATIONS CO., 5515 YORK BLVD, LOS ANGELES, CA 90042-2499

10925    ALERT COMMUNICATIONS CO., 5515 YORK BLVD., LOS ANGELES, CA 90042-3897

10925    ALERT FIRE PROTECTION SERVICE, 3912 JEFFERSON ST, HYATTSVILLE, MD 20781

10924    ALERT MFG. & SUPPLY CO., 2700 LIVELY BLVD., ELK GROVE VILLAGE, IL 60007

10924    ALERT MFG. & SUPPLY, 520 SOUTH 18TH STREET, WEST DES MOINES, IA 50265

10924    ALERT MFG. & SUPPLY, DIVISION OF ALL STATE, 520 SOUTH 18TH STREET, WEST DES MOINES, IA 50265

10925    ALERT PUBLICATIONS INC, 401 WEST FULLERTON PKWY, CHICAGO, IL 60614-9904

10925    ALERT PUBLICATIONS, INC, PO BOX 3000, DEPT. LIA, DENVILLE, NJ 07834

10925    ALES, JOHN, 325 HAYMARKET LN, LAWRENCEVILLE, GA 30245

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALESI, LARRY, RT. 4, BOX 225, DERIDDER, LA 70634

10925   ALESNA, LARRY, PO BOX 564, KANEOHE, HI 96744

10925   ALESSI, ANTHONY, 14400 S. KOLIN AVE, MIDLOTHIAN, IL 60445

10925   ALESSI, ANTHONY, 6050 W 51ST ST, CHICAGO, IL 60638

10925   ALESSI, DANA, 1956 MARYLAND AVE, CHARLOTTE, NC 28209

10924   ALESSI-KEYES CONSTRUCTION, 1723 MERRILL DRIVE, LITTLE ROCK, AR 72212

10924   ALEWELT INC., 32 MILES SOUTH OF DALHART, DALHART, TX 79022

10924   ALEWELT, INC., 4608 TREVI DRIVE, SPRINGFIELD, IL 62703

10925   ALEWINE, WILLIE, 1156 HOLIDAY DAM ROAD, HONEA PATH, SC 29654-9209

10924   ALEX FRIES INC, 1000 REDNA TERRACE, CINCINNATI, OH 45215

10925   ALEX MARKIN, 2882 BANYAN BLVD CIR NW, BOCA RATON, FL 33431-6332

10925   ALEX NAGY, 402 WOODGROVE TRACE, SPARTANBURG, SC 29301-6434

10925   ALEX ROIGE, C/PROVENZA 37 1 4 08029, BARCELONA, SPAIN      *VIA Deutsche Post*

10925   ALEX SALIT &, GLORIA SALIT JT TEN, 2185 LEMOINE AVE APT 4-K, FORT LEE, NJ 07024-6003

10925   ALEX TIMMONS, 15 MILL CREEK ROAD, TRAVELERS REST, SC 29690

10925   ALEX, ANNAMMA, 1941 KING ARTHUR RD, PHILA, PA 19116

10925   ALEX, DAVID, ROUTE 2 BOX 165D, YORKTOWN, TX 78164

10925   ALEXANDER & ALEXANDER, 125 CHUBB AVE, LYNDHURST, NJ 07071

10925   ALEXANDER & ASSOCIATES, 1400 W OAK ST SUITE H, KISSIMMEE, FL 34741

10925   ALEXANDER & RAYS TV & APPLIANCE, 211 E. SANTA FE, OLATHE, KS 66061

10925   ALEXANDER ANDRASI &, OLIVE E ANDRASI JT TEN, 2519 E SILVER LAKE RD N, TRAVERSE CIT, MI 49684-9360

10925   ALEXANDER ANDREW NICHIPOR &, MARGARET M NICHIPOR JT TEN, 9 FAIRLAND, LEXINGTON, MA 02173-7509

10924   ALEXANDER BUILDERS, 626 3RD STREET, MAMARONECK, NY 10543

10924   ALEXANDER BUILDERS, 690 N. BROADWAY, WHITE PLAINS, NY 10603

10924   ALEXANDER CENTRAL HIGH SCHOOL, C/O WARCO CONSTRUCTION, 241 SCHOOL AVENUE S W, TAYLORSVILLE, NC 28681

10925   ALEXANDER CHEMICAL CORPORATION, 135 S LASALLE DEPT. 2347, CHICAGO, IL 60674-2347

10925   ALEXANDER HALL PALM BEACH, 8077 DAMASCUS DR, PALM BEACH GARDENS, FL 33418

10925   ALEXANDER HAMILTON INSTITUTE, 70 HILLTOP ROAD, RAMSEY, NJ 07446-1119

10925   ALEXANDER J BENEDICT &, BARBARA A BENEDICT JT TEN, 521 BEDFORD RD, ARMONK, NY 10504-2509

10925   ALEXANDER JR, HUBERT, 143 STONERIDGE RD K-9, COLUMBIA, SC 29210

10924   ALEXANDER MATERIALS INC, P O BOX 368, PETAL, MS 39465

10925   ALEXANDER MURRAY III, 52 MAST ROAD, LEE, NH 03824-6558

10925   ALEXANDER NAPORA, 11-C DORADO DR, MORRISTOWN, NJ 07960-6033

10925   ALEXANDER RALPH LASOT &, SADI ROSE LASOT JT TEN, 144 SEACLIFF ST, ISLIP TERRACE, NY 11752-1023

10925   ALEXANDER REED MAYER, 1826 MARYLAND BLVD, BIRMINGHAM, MI 48009-4121

10925   ALEXANDER RIEDER KLAUS, 7838 ROYAL OAK, BURNABY, BC V5J 4K5CANADA      *VIA Deutsche Post*

10925   ALEXANDER RIEDER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ALEXANDER S GORT, 42-02 KISSENA BLVD, FLUSHING, NY 11355-3214

10925   ALEXANDER T DAIGNAULT &, ELIZABETH B DAIGNAULT JT TEN, 29 QUISSETT HARBOR ROAD, BOSTON, MA 02186

10925   ALEXANDER W NAGY &, DOROTHY K NAGY JT TEN, 402 WOODGROVE TRACE, SPARTANBURG, SC 29301-6434

10924   ALEXANDER WAGNER CO, 25 LAFAYETTE ST, PATERSON, NJ 07501

10924   ALEXANDER WAGNER COMPANY, INC., CAMBRIDGE, MA 02140

10925   ALEXANDER WONG, 2012 CLEARWOOD DR, MITCHELLVILLE, MD 20721-2506

10925   ALEXANDER ZIPPIN, 501 B SURF AVE, BROOKLYN, NY 11224-3501

10925   ALEXANDER, ANGELA, 130 NEWMAN RD, CARROLLTON, GA 30117

10925   ALEXANDER, ANITA, 118 KONNAROCK CIRCLE, GREENVILLE, SC 29611

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ALEXANDER, ANITA, 9769 WEST MAIN ST, LAPEL, IN 46051

10925 ALEXANDER, ANTHONY, 4649 OLD SPBG RD #9, TAYLORS, SC 29687

10925 ALEXANDER, B, 80 GREEN FOREST RD, SWANNANOA, NC 28778

10925 ALEXANDER, BECKY, 4825 MADRID DR., SULPHUR, LA 70665

10925 ALEXANDER, BECKY, 4825 MADRID DRIVE, SULPHUR, LA 70665

10925 ALEXANDER, BRENDA, 13 GIBSON, MARION, AR 72364

10925 ALEXANDER, C, ONE EASTERN BLVD, BALTIMORE, MD 21221

10925 ALEXANDER, CEDRIC, 1926 CINDY DR., DECATUR, GA 30032

10925 ALEXANDER, CHARLES, 2133 85TH ST., NORTH BERGEN, NJ 07047

10925 ALEXANDER, CHARLES, 3335 N. 26TH ST, MILWAUKEE, WI 53206

10925 ALEXANDER, CHARLES, 83 MADONNA PL, E ORANGE, NJ 07018

10925 ALEXANDER, CHRISTOPHER, #8 SCOTT DRIVE, GREENVILLE, SC 29611

10925 ALEXANDER, CINDY, S. 502 NEYLAND, LIBERTY LAKE, WA 99019

10925 ALEXANDER, CLARENCE, 7510 CLEARLAKE LANE, BALTIMORE, MD 21220

10925 ALEXANDER, CRISTINA, 7949 PRAIRIE SHADOW, SAN DIEGO, CA 92126

10925 ALEXANDER, CYNTHIA, 4645 N 99TH DR, PHOENIX, AZ 85037

10925 ALEXANDER, DENISE, 172 C PETERBURG CR, MARTINEZ, GA 30907

10925 ALEXANDER, DENNIS, 314 BUNCOMBE ST, WOODRUFF, SC 29388

10925 ALEXANDER, EILEEN, 220 WALNUT ST., JEFFERSONVILLE, IN 47130

10925 ALEXANDER, EMMANUEL, 10405 TULSA DR, ADELPHI, MD 20783

10925 ALEXANDER, EVERETT, 534 ROSEDALE AVE, MORRISTOWN, TN 37814

10925 ALEXANDER, FRANK, 1802 NW 124TH ST, VANCOUVER, WA 98685

10925 ALEXANDER, FREDRICK, 528 DURRAH ST., WOODRUFF, SC 29388

10925 ALEXANDER, GAIL, 183 FENNEL, SAN ANTONIO, TX 78213

10925 ALEXANDER, GEORGE, 904 SERO ESTATES DR, FT WASHINGTON, MD 20744

10925 ALEXANDER, GEORGE, PO BOX 5202, HYATTSVILLE, MD 20782

10925 ALEXANDER, HORACE, ROUTE 4 BOX 18B, YROKTOWN, TX 78164

10925 ALEXANDER, JACQUELINE, 7020 ANDERSON ST., TEXAS CITY, TX 77591

10925 ALEXANDER, JAMES, 125 CHESTNUT DR, WOODRUFF, SC 29388

10925 ALEXANDER, JAMES, 9014 FAIR GROVE COURT, ELK GROVE, CA 95758

10925 ALEXANDER, JASON, 4377 HOUSWORTH DR, LITHONIA, GA 30038

10925 ALEXANDER, JIMMY, 5130 LANGFORD, WICHITA FALLS, TX 76310

10925 ALEXANDER, KEITH, RT. 2 BOX 490A, CARRIERE, MS 39426

10925 ALEXANDER, KEVIN, 1051 BEAUREGARD AVE, ATLANTA, GA 30316

10925 ALEXANDER, MARY HICKS, 3803 ST BARNABAS RD, SUITLAND, MD 20746

10925 ALEXANDER, MARY, 8951 SENATE, DALLAS, TX 75228

10925 ALEXANDER, MICHAEL, 220 MEADOWRIDGE DRIVE, SALEM, SC 29676

10925 ALEXANDER, NICKY, 12831 BONNIE LANE, STAFFORD, TX 77477

10925 ALEXANDER, PAMELA, 10010 BELLE RIVE BLVD E #1704, JACKSONVILLE, FL 32256

10925 ALEXANDER, PATRICIA, 4301 YORKSHIRE DR, MONTGOMERY, AL 36108

10925 ALEXANDER, PAUL, 2621 JASMINE ST, NEW ORLEANS, LA 70122

10925 ALEXANDER, PAYTON, 7584 OLD SOUTH LANE, JONESBORO, GA 30236

10925 ALEXANDER, RANDY, 4409 DAWN ROAD, GREENSBORO, NC 27405

10925 ALEXANDER, RENEE, 3015 GRAYBILL ROAD, UNIONTOWN, OH 44685

10925 ALEXANDER, RICHARD, 2202 WOODLAND DR, OWENSBORO, KY 42301

10925 ALEXANDER, ROBERT, 106 VIEW POINT KNOLL, SIMPSONVILLE, SC 29681

10925 ALEXANDER, ROBERT, PO BOX 21, MULBERRY, FL 33860

10925 ALEXANDER, RONALD, 1117 ROYAL, MACON, GA 31201

10925 ALEXANDER, SABRINA, 1279 BRENTHAVEN, FLORISSANT, MO 63031

10925 ALEXANDER, SANDRA, PO BOX 313, SCRANTON, SC 29591

10925 ALEXANDER, SHANNON, 4645 N 99TH DRIVE, PHOENIX, AZ 85037

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | ALEXANDER, SHERYL, 4017 S. JACKSON, AMARILLO, TX 79110 | |
| 10925 | ALEXANDER, SONJONLYN, POBOX 20624, MONTGOMERY, AL 36120 | |
| 10925 | ALEXANDER, STEPHANIE, 3113 MERIDIAN ST, HUNTSVILLE, AL 35811 | |
| 10925 | ALEXANDER, SUSAN, 5245 LYELL #104, FRESNO, CA 93727 | |
| 10925 | ALEXANDER, THOMAS, 105 GOLIGHTLY ST, LYMAN, SC 29365-9729 | |
| 10925 | ALEXANDER, TIMOTHY, 115 LOGAN DR, BUFFALO, SC 29321 | |
| 10925 | ALEXANDER, VARGHESE, 8451 LAPRADA DR., DALLAS, TX 75228 | |
| 10925 | ALEXANDER, VINCENT, 5969 TWILIGHT TR, MORROW, GA 30260 | |
| 10925 | ALEXANDER, WILLIE, 3503 DONALDSON DR #, ATLANTA, GA 30319 | |
| 10924 | ALEXANDER'S, QUEENS BLVD AND JUNCTION BLVD, QUEENS, NY 11401 | |
| 10925 | ALEXANDRA BLONDEL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | ALEXANDRA CONTRERAS, 500 CENTRAL AVE APT 211, UNION CITY, NJ 07087 | |
| 10925 | ALEXANDRA SELLERS, 5 QUEEN ANNE LANE, MALVERN, PA 19355-2054 | |
| 10925 | ALEXANDRE ROIGE, 4 PROVENZA 37 1 4, BARCELONA, 08029SPAIN | *VIA Deutsche Post* |
| 10924 | ALEXANDRIA CONCRETE COMPANY, 901 4TH AVENUE EAST, ALEXANDRIA, MN 56308 | |
| 10925 | ALEXANDRIA PACKAGING & SUPPLY, 7398 WARD PARK LANE, SPRINGFIELD, VA 22153 | |
| 10925 | ALEXANDRIA VOLUNTEER BUREAU, 801 NORTH PH ST #102, ALEXANDRIA, VA 22314 | |
| 10925 | ALEXANDRIAS FLOWERS, 3037 HOPYARD RD STE F, PLEASANTON, CA 94566 | |
| 10925 | ALEXANDROPOULOS, C, 14 LANGSCHUR CT, THIELLS, NY 10984 | |
| 10925 | ALEXO, ANDREA, 602 CAROTHERS AVE., CARNEGIE, PA 15106 | |
| 10924 | ALEXSON SUPPLY INC, 3 ORMOND ST., LINWOOD, PA 19061 | |
| 10924 | ALEXSON SUPPLY INC, 3 ORMOND STREET, LINWOOD, PA 19061 | |
| 10925 | ALEY, GLENN, 1221 FIFTH AVE., BEAVER FALLS, PA 15010 | |
| 10925 | ALF, GEORGE, 5364 WERK ROAD UNIT 20, CINCINNATI, OH 45248-6217 | |
| 10925 | ALFA AESAR, 30 BOND ST., WARD HILL, MA 01835-8099 | |
| 10925 | ALFA AESAR, PO BOX 371598, PITTSBURGH, PA 15250 | |
| 10925 | ALFA AESAR, POBOX 200047, PITTSBURGH, PA 15251-0047 | |
| 10924 | ALFA FLOUR INC, PO BOX 332, WRAY, CO 80758 | |
| 10924 | ALFA FLOUR INC., PO BOX 332, WRAY, CO 80758 | |
| 10924 | ALFA FLOUR, INC., 25101 COUNTY R OAD 35, WRAY, CO 80758 | |
| 10925 | ALFA LAVAL SEPARATION INC., PO BOX 13559, NEWARK, NJ 07188-0559 | |
| 10925 | ALFA LAVAL SEPARATION, INC, 101 CARLETON AVE., HAZLETON, PA 18201 | |
| 10925 | ALFA LAVAL THERMAL INC., PO BOX 890095, DALLAS, TX 75389-0095 | |
| 10925 | ALFA LAVAL THERMAL, INC, PO BOX 13469, NEWARK, NJ 07188-0469 | |
| 10925 | ALFA LAVAL THERMAL, INC, PO BOX 86760, BATON ROUGE, LA 70879 | |
| 10925 | ALFA LAVAL, 5400 INTERNATIONAL TRADE DR., RICHMOND, VA 23231 | |
| 10925 | ALFA-LAVAL INC., 6133 N. RIVER RD., ROSEMONT, IL 60018 | |
| 10925 | ALFA-LAVAL TERMAL INC., PO BOX 13469, NEWARK, NJ 07188-0469 | |
| 10925 | ALFA-LAVAL THERMAL CO., NESHAMINY PLAZA II,, 3070 BRISTOL PIKE, BENSALEM, PA 19020 | |
| 10925 | ALFA-LAVAL, 11100 AIRPARK ROAD, ASHLAND, VA 23005 | |
| 10925 | ALFA-LAVAL, 955 MEARNS RD., WARMINSTER, PA 18974-0556 | |
| 10925 | ALFA-LAVAL, PO BOX 13559, NEWARK, NJ 07188-0559 | |
| 10925 | ALFANO, ANGELA, 8605 WINDY CIRCLE, BOYNTON BEACH, FL 33437 | |
| 10925 | ALFARO FERRER RAMIREZ & ALEMAN, APARTADO 951, PANAMA 1 REP DE PANAMA, PANAMA | *VIA Deutsche Post* |
| 10925 | ALFARO FERRER RAMIREZ & ALEMAN, AVENIDA FREDERICO BOYD NO 33, REPUBLIC OF PANAMA (C A ), PANAMA 1, PANAMA | *VIA Deutsche Post* |
| 10925 | ALFARO, LOUIS, 7803 W 99TH ST, PALOS HILLS, IL 60465 | |
| 10925 | ALFARO, ROSENDO, 3316 N E 1ST AVE APT 3, POMPANO BEACH, FL 33060-3608 | |
| 10925 | ALFATIR Q CRAWFORD, PO BOX 25683, RALEIGH, NC 27611-5683 | |
| 10925 | ALFERT, GEORGE, 343 ROYAL PALM WAY, BOCA RATON, FL 33432 | |
| 10925 | ALFERT, JORGE, 343 ROYAL PALM WAY, BOCA RATON, FL 33432 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ALFIERO, LORA, 22 ROSEMARY DRIVE RD#6, SINKING SPRNG, PA 19608

10925 ALFOND, AUGUSTA K, HAYDEN AVE, LEXINGTON, MA 02173

10925 ALFOND, AUGUSTA, 177 MAIN ST, LYNNFIELD, MA 01940

10925 ALFONSO HERRERA SALAZAR, AVENIDA ALEMANIA 01624, TEMUCO, CHILE          *VIA Deutsche Post*

10925 ALFONSO PINILLOS G, MANUEL PRADO 638, LA MOLINA, LIMA, PERU          *VIA Deutsche Post*

10925 ALFONSO SALAZAR, 10908 CORTO CT NW, ALBUQUERQUE, NM 87114

10924 ALFONSO SALAZAR, 10908 CORTO CT. N.W., ALBUQUERQUE, NM 87114

10925 ALFONSO, LA PURISIMA, 6819 FRONT ROYAL RD., SPRINGFIELD, VA 22151

10925 ALFORD JR, DAVID, 610 S THIRD AVE, BARTOW, FL 33830-5105

10925 ALFORD WOODS CHILDS, INC, 415 WALCOT RD., WESTLAKE, LA 70669

10925 ALFORD, APRIL, 243 TOLBERT ST, CUMMING, GA 30130

10925 ALFORD, BARRY, 10 MORNING GLORY CT, FOUNTAIN INN, SC 29644

10925 ALFORD, BECKY, 501 E WINGED FOOT RD, PHOENIX, AZ 85022

10925 ALFORD, BLANCA, 7501 ARLINGTON BLVD, ARLINGTON, VA 22203

10925 ALFORD, CLINTON, PO BOX 39, KOKOMO,, MS 39643

10925 ALFORD, CONSTANCE, 5140 RIVERDALE ROAD, COLLEGE PARK, GA 30349

10925 ALFORD, DAPHNE, 5317 16TH ST E PO BOX 1197, ONECO, FL 34264

10925 ALFORD, FRED, 4231 SOUTHCREST, DALLAS, TX 75229

10925 ALFORD, J, PO BOX 6-600 WAKEFIELD ST, ZEBULON, NC 27597

10925 ALFORD, JAMES, 102 WOOD CREEK ROAD, MAULDIN, SC 29662

10925 ALFORD, JOSEPHINE, 1725 OAKLAND E ROAD, LAKELAND, FL 33801-9631

10925 ALFORD, KIMBERLY, 5909 PYTHAGORAS LN, KNITHDALE, NC 27545

10925 ALFORD, ROSALIND, 1212 METZE RD, COLUMBIA, SC 29210

10925 ALFORD, STEPHANIE, 826 GUESS RD RT #1, HILLSBOROUGH, NC 27278

10925 ALFORD, WILLIAM, 61 FIRST ST, HARTWELL, GA 30643

10924 ALFREBRO, INC., 1055 REED ROAD, MONROE, OH 45050

10925 ALFRED BIBELNIEKS, 563 8TH ST, BROOKLYN, NY 11215-4210

10925 ALFRED C CARBONETTI, 19400 MERRILL PLACE, CASTRO VALLEY, CA 94546-3567

10925 ALFRED CHARLES & JOSEPH LUPINACCI, COLONIAL LAND CO., 90 BROOKDALE DRIVE, STAMFORD, CT 06903

10925 ALFRED CORKISH &, BEATRICE CORKISH JT TEN, 18407 FERNCLIFFE AVE, CLEVELAND, OH 44135-3927

10925 ALFRED D PEERS AND ELIZABETH, ROUTE 3 BOX 1455, LOUISA, VA 23093

10925 ALFRED F KOZDEBA &, ALEXANDRA B KOZDEBA JT TEN, 9 DOREMUS PL, CLIFTON, NJ 07013-2601

10925 ALFRED F KOZDEBA, 9 DOREMUS PLACE, CLIFTON, NJ 07013-2601

10925 ALFRED GLUECKSMANN, 1001 SPRING ST, SILVER SPRING, MD 20910-4006

10925 ALFRED H KLEINER &, JOSEPHINE K KLEINER JT TEN, 105 FRIEND ST, APT E, ADAMS, MA 01220-1447

10925 ALFRED H MILLER, 6786 ANN LEE DR, NORTH ROSE, NY 14516-9744

10925 ALFRED J BANKS, 8252 EAST OUTER DR, DETROIT, MI 48213-1386

10925 ALFRED J KOLATCH, 72-08 JUNO ST, FOREST HILLS, NY 11375-5930

10925 ALFRED J WIENER, 1904 W ALLEN ST, ALLENTOWN, PA 18104-5005

10925 ALFRED KEITH FRITZSCHE, 310 BEECH ST, CARY, NC 27513-4308

10925 ALFRED M GENSCH, 100 BUSTEED DR, MIDDLAND PARK, NJ 07432-1956

10925 ALFRED M. BARBE HIGH SCHOOL, 2200 W. MCNEESE ST., LAKE CHARLES, LA 70605

10925 ALFRED MACHIS & RUTH MACHIS, TR UA APR 3 92 FBO ALFRED, MACHIS & RUTH MACHIS TRUST, 10709 STONEYHILL DRIVE, SILVER SPRING, MD 20901-1543

10925 ALFRED MATHIASEN III, 510 WATTS AVE, GREENVLLE, SC 29601-4358

10924 ALFRED MILLER GEN/MASONRY CNTG, 1177 L MILLER RD, LAKE CHARLES, LA 70605

10924 ALFRED MILLER GEN/MASONRY CNTG, P.O. BOX 6030, LAKE CHARLES, LA 70606

10924 ALFRED MILLER GEN/MASONRY, PO BOX6030, LAKE CHARLES, LA 70606

10924 ALFRED MILLER, PO BOX 6029, LAKE CHARLES, LA 70606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALFRED OSWALD, OSTHOFENER STRASSE 75, EICH, 67575GERMANY     **\*VIA Deutsche Post\***

10925   ALFRED R MOENKE & LOUISE, G MOENKE JT TEN, 329 RIVER AVE, POINT PLEASANT BEACH, NJ 08742

10925   ALFRED RIVERA &, LYDIA RIVERA JT TEN, 1467 EAST 98TH ST, BROOKLYN, NY 11236-5321

10925   ALFRED RIVERS, 8319 SO ELIZABETH, CHICAGO, IL 60620-3943

10925   ALFRED T GALLI &, ROBERTA M GALLI JT TEN, 244 STANDISH PL, STEWARTSVILLE, NJ 08886-0000

10924   ALFRED TECH UNIVERSITY, MAIN STREET, ELMA, NY 14059

10925   ALFRED THOMAS CONLIN, 14857 LA CUARTA ST, WHITTIER, CA 90605-1150

10925   ALFRED UNIVERSITY, 2 PINE ST., ALFRED, NY 14802

10925   ALFRED, ADRIANE, 1513 NOVEMBER CIRCLE APT 201, SILVER SPRING, MD 20904

10925   ALFRED, DELORES, 5512 ASHLEY PLACE, DISTRICT HEIGHTS, MD 20747

10925   ALFRED, THERESA, PO BOX 90, NEWTON, TX 75966

10925   ALFREDO ACOSTA, LETTER EXPRESS MAIL, 1408 NW 82 AVE., MIAMI, FL 33126

10925   ALFREDO ESPINOSA, 1333 ELDRIDGE PKWY. #612, HOUSTON, TX 77077

10925   ALFREDO FOURNIER Y ASSC, APARTADO 348 CENTRO COLON, SAN JOSE, COSTA RICA     **\*VIA Deutsche Post\***

10925   ALFREDO R ASIS, 690 WESTSIDE AVE, JERSEY CITY, NJ 07304-1877

10925   ALFUS H SEYMOUR &, SARA SEYMOUR JT TEN, LOTHRIDGE RD, GAINESVILLE, GA 30501

10925   ALGAESEVA, JOE, 8033 S. PADRES IS DRAPT. 1620, CORPUS CHRISTI, TX 78412

10925   AL-GAR SPECIALTIES CO, 8683 HARJOAN AVE, SAN DIEGO, CA 92123

10925   ALGER, NOREEN, 544 MERCER ST, JERSEY CITY, NJ 07306

10925   ALGIS JANUSKA, 32 CEDAR GROVE DR, ROCHESTER, NY 14617-0000

10924   ALGOMA HARDWOOD CORP, 1001 PERRY STREET, ALGOMA, WI 54201

10924   ALGOMA HARDWOODS, INC., CAMBRIDGE, MA 02140

10925   ALGOMOD TECHNOLOGIES CORP., 116 JOHN ST., NEW YORK, NY 10038

10925   ALGOMOD TECHNOLOGIES CORP., PO BOX 876, NEW YORK, NY 10268-0876

10924   ALGON CORPORATION, 12010 S.W. 114 PLACE, MIAMI, FL 33176

10924   ALGRAFHER LTDA, SANTA FE DE BOGATA D.C., BOGATA, 0COLOMBIA     **\*VIA Deutsche Post\***

10924   ALHAMBRA BLDG SUPPLY, 2253 NORTH DURFEE AVE, EL MONTE, CA 91732

10924   ALHAMBRA BLDG. SUPPLY, 2253 NORTH DURFEE AVE., EL MONTE, CA 91732

10924   ALHAMBRA HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, ALHAMBRA, CA 91802

10925   ALHOLM, WAYNE, 759 WEST ST, STOUGHTON, MA 02072

10925   ALHUSEN, HANNS DIETER, 1700 ARAPAHO, SPRINGDALE, AR 72764-6905

10925   ALI C CASSADAY, 7220 GITHENS AVE, PENNSAUKEN, NJ 08109-3160

10925   ALI, ABDINUS, 3121-D CENTRAL AVE, CHARLOTTE, NC 28205

10925   ALI, CHERYL, 13107 SILVER MAPLE COURT, BOWIE, MD 20715

10925   ALI, DONNA, 17 PORTER PLAIN ROAD, THOMPSON, CT 06277

10925   ALI, HAMID S, CUST FOR NABEEL S ALI, UNIF GIFT MIN ACT IA, 4789 WALNUT CREEK CIRCLE, WEST BLOOMFIELD, MI 48322-3493

10925   ALI, KIMBERLY, 7903 ELM AVE, RANCHO CUCAMONGA, CA 91730

10925   ALI, MIR, 6161 E. NORTHWEST, DALLAS, TX 75231

10925   ALI, MOHAMMAD, 105 SPIT BROOK ROAD APT #11-A, NASHUA, NH 03062

10925   ALI, MOHAMMED, 105 SPIT BROOK ROAD APT #11A, NASHUA, NH 03062

10925   ALI, NAHEED, 86-11 127 ST, RICHMOND HILL, NY 11418

10925   ALI, SHIRAZ, 6345 SW 138 COURT, MIAMI, FL 33183

10925   ALI-ABA, 4025 CHESTNUT ST, PHILADELPHIA, PA 19104-3099

10924   ALIANT COMMUNICATIONS, 330 SEWARD STREET, SEWARD, NE 58434

10924   ALIANT COMMUNICATIONS, 6900 FLETCHER AVENUE, LINCOLN, NE 68507

10924   ALIANT COMMUNICATIONS, PO BOX 81309, LINCOLN, NE 68501-1309

10925   ALIBOZEK, EDWARD, 167 BURLINGAME HILL, ADAMS, MA 01220

10925   ALICAT SCIENTIFIC, 2200 NORTH WILMOT RD., TUCSON, AZ 85712

10925   ALICE BLASZAK, 4398 NEWBERRY, CLEVELAND, OH 44144-2828

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ALICE C MERRITT, 1730 DIXIE HWY, MADISON, GA 30650-2234

10925    ALICE CAUZZA, PO BOX 685, JULIAN, CA 92036-0685

10925    ALICE CHRISTINA PERRY, 2243 W WINNEMAC AVE, CHICAGO, IL 60625-1815

10925    ALICE D ROMERO, 1500 COUNTY RD 1 APT 120, DUNEDIN, FL 34698-3935

10925    ALICE DUFFY, 2050 YOUNGS AVE BOX 519, SOUTHOLD, NY 11971-1618

10925    ALICE E FARRELL, 7745 E PASADENA AVE, SCOTTSDALE, AZ 05250

10925    ALICE E NIGHTNGALE, 2136 LINNEMAN ST, GLENVIEW, IL 60025-4166

10925    ALICE FIORANI, 1130 EDGEBROOK DR, WINSTON SALEM, NC 27106-3308

10925    ALICE G JOHNSON, 2521 DUKE CIRCLE, SALISBURY, NC 28144-2429

10925    ALICE GILKEY KERR, 1716 KINGSLEY W, THE DALLES, OR 97058-4388

10925    ALICE INGERSOLL, 70A CAMPBELL ST, WOBURN, MA 01801-3644

10925    ALICE K BINNS, 1712 PARK DR, COLUMBUS, GA 31906-3515

10925    ALICE KOZIOL &, LENORE C FRENZEL &, LOIS A CIBA JT TEN, 34726 OAK AVE, INGELSIDE, IL 60041-9542

10925    ALICE M CARHART TTEE U/D/T 6/5/69, FBO ALICE M CARHART ET AL, LAKE POINTE WOODS 218, 7979 S TAMIAMI TRAIL, SARASOTA, FL 34231-6819

10925    ALICE M CLARK, 6361 77 PL, MIDDLE VILLAGE, NY 11379-1305

10925    ALICE M FRIEDRICH, 17288 TAYLOR LANE, OCCIDENTAL, CA 95465-9275

10925    ALICE MARIE D OSBORNE, 5204 WOODLANE DR, JULIAN, NC 27283-9146

10925    ALICE MULLER & JAMES L MULLER, TR UW FELIX MULLER, 111 CHESTNUT ST APT 309, CHERRY HILL, NJ 08002-1838

10925    ALICE PURCELL, C/O JOHN J DALTON JR ESQ, 1064 POMPTON AVE, CEDAR GROVE, NJ 07009-1170

10925    ALICE R KODITEK, 136 BEECHWOOD AVE, BOGOTA, NJ 07603-1631

10925    ALICE S BALL, PO BOX 52, BIRMINGHAM, MI 48012-0052

10925    ALICE S RIETZL, PO BOX 298, ACCORD, MA 02018-0298

10925    ALICE VIRGINIA LINDSTROM, 6829 ROBERTS DR, WOODRIDGE, IL 60517-1501

10925    ALICE WENDELL VOLZ, C/O ROBERTA A SIEGEL, PO BOX 14888, PORTLAND, OR 97214-0888

10925    ALICEA, ANGEL, COND BAYAMONTE, BAYAMON, PR 00719

10925    ALICEA, WANDA, 135 SMALLEY ST 2ND FL, NEW BRITAIN, CT 06051

10925    ALICES FLOWERS, PO BOX 15608, WEST PALM BEACH, FL 33416

10925    ALICES WONDERLAND FLORIST, 5800 OLD PINEVILLE RD, CHARLOTTE, NC 28217

10925    ALICH, JAMES, 1810 ASHFORD LANE, CRYSTAL LAKE, IL 60014

10925    ALIDA MACOR, PO BOX 187, MARTINSVILLE, NJ 08836-0187

10925    ALIEF I.S.D., PO BOX 368, ALIEF, TX 77411

10925    ALIMAE P SMITH, 10763 GREEN TRAIL DR SOUTH, BOYNTON BEACH, FL 33436-4921

10925    ALIMAK ELEVATOR CO., 3040 AMWILER RD., ATLANTA, GA 30360

10925    ALIMED INC, PO BOX 9135, DEDHAM, MA 02026-9135

10925    ALIMED, INC, 297 HIGH ST, DEDHAM, MA 02026-9135

10925    ALIMED, INC, PO BOX 9135, DEDHAM, MA 02027-9135

10925    ALIN MACHINERY CO INC, 4624 NORTH OKETO, CHICAGO, IL 60656

10925    ALINA KOZINSKA, 10518 VISTA RD., COLUMBIA, MD 21044

10925    ALINA, LEILA, 2532 YORKWAY APT. B, BALTIMORE,, MD 21222

10925    ALINABAL INC, PO BOX 5120, MILFORD, CT 06460-1520

10925    ALINE FRIEDMAN, 299 BISHOP AVE, PO BOX 4005, BRIDGEPORT, CT 06607-0005

10925    ALINE GOLD, 6 NOBHILL COURT, MANALAPAN, NJ 07726-3212

10925    ALIOTO, LAWRENCE, 3 PEQUOT ROAD, PEABODY, MA 01960

10925    ALIQUIPPA WOLVES ORGANIZATION, THE, PO BOX 8853, NEW CASTLE, PA 16101

10925    ALIRIE, JANE, 706 BONNIE DRIVE, MYRTLE BEACH, SC 29577

10925    ALISA A NAKASHIAN, 6 BETTY LN, WESTFORD, MA 01886-1571

10925    ALISMA, SHIRLEY, 17234 NW 24 PL, MIAMI, FL 33056

10925    ALISON G MILESZKO, 7 EARLE KERR RD, MEDFIELD, MA 02052-2053

10925    ALISSA ENRIQUEZ, 2500 S GARNSEY ST, SANTA ANA, CA 92707

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ALISSA JILL STAYN, 34 INGLISIDE RD, LEXINGTON, MA 02173-2522 | |
| 10925 | ALISTAIR C MACDONALD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | ALISTAIR MACDONALD, 6 ICKENHAM CLOSE, MIDDLESEX, RUISLIP, HA4 7DJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | ALK ASSOCIATES,INC, 1000 HERRONTOWN ROAD, PRINCETON, NJ 08540 | |
| 10925 | ALKALOUTI, LINDA, 200 EAST FOURTH ST, LANSDALE, PA 19446 | |
| 10924 | ALKAY INDUSTRIES INC, 101 ROYCE RD, BOLINGBROOK, IL 60440 | |
| 10924 | ALKAY INDUSTRIES INC, P.O.BOX 311, DOWNERS GROVE, IL 60515 | |
| 10924 | ALKERMES, INC., 6960 CORNELL ROAD, CINCINNATI, OH 45242 | |
| 10925 | ALKIRE, C, 655 BUCCANEER BLVD., TAVARES, FL 32778 | |
| 10925 | ALKIRE, VIOLA, 2232 DORA AVE, TAVARES, FL 32778 | |
| 10925 | ALKIRE, VIOLA, 655 BUCCANEER BLVD, TAVARES, FL 32778 | |
| 10925 | ALKSNITIS, JACQUELINE, HHC 3RD US INF TOG ST, ARLINGTON, VA 22211 | |
| 10925 | ALL ACQUISITION CORP, JON D WALTON SR VP & SECY, | |
| 10924 | ALL ALASKA URETHANE,INC., PO BOX72583, FAIRBANKS, AK 99707 | |
| 10924 | ALL ALASKA URETHANE/EIELSON AFB, EIELSON AIR FORCE BASE PROJECT, 1140 FLIGHT LANE, EIELSON AIR FORCE BASE, AK 99702 | |
| 10925 | ALL AMERICAN ENVIRONMENTAL INC, 1058 OLD HWY 109 NORTH, GALLATIN, TN 37066 | |
| 10925 | ALL AMERICAN ENVIRONMENTAL SERVICES, 9515 GERWIG LANE, SUITE 105-106, COLUMBIA, MD 21046 | |
| 10925 | ALL AMERICAN FABRICS OF GREENVILLE, 2518 POINSETT HWY, GREENVILLE, SC 29609 | |
| 10925 | ALL AMERICAN MECHANICAL INC, 496 N PRIOR AVE, SAINT PAUL, MN 55104 | |
| 10925 | ALL AMERICAN METAL PRODUCTS, 4999 LABOUNTY ROAD, FERNDALE, WA 98248 | |
| 10925 | ALL AMERICAN OFFICE MACHINES, 151 WEST 28TH ST, NEW YORK, NY 10001 | |
| 10925 | ALL AMERICAN REDI MIX INC, 818 CENTRAL AVE, SUMMERVILLE, SC 29483 | |
| 10924 | ALL AMERICAN SEASONINGS, INC., 1540 WAZEE STREET, DENVER, CO 80202 | |
| 10925 | ALL AMERICAN TEXTILE CORPORATION, PO BOX 75, SYLVANIA, OH 43560-0075 | |
| 10925 | ALL CITIES PERMIT SERVICES, PO BOX 666, FONTANA, CA 92334 | |
| 10924 | ALL COMMUN. PROD. INC-DO NOT USE, PO BOX 1622, ALPHARETTA, GA 30009-1622 | |
| 10924 | ALL COUNTY BLOCK & SUPPLY, 108 ROCKY POINT RD, MIDDLE ISLAND, NY 11953 | |
| 10924 | ALL COUNTY BLOCK & SUPPLY, PO BOX502, BOHEMIA, NY 11716 | |
| 10925 | ALL CRANE RENTAL OF GA, 8100 PHILLIPS DR, AUSTELL, GA 30001 | |
| 10925 | ALL CRANE RENTAL OF GEORGIA, INC, PO BOX 43626, ATLANTA, GA 30336-0626 | |
| 10925 | ALL CUSTOM MIRRORS INC, 18889 CLOUD LAKE CIRCLE, BOCA RATON, FL 33496 | |
| 10925 | ALL DOG SECURITY, PO BOX 171, CLIFTON, NJ 07012 | |
| 10925 | ALL ELECTRIC, 6726 SOUTH ASHLAND AV, CHICAGO, IL 60636 | |
| 10924 | ALL FLORIDA ELECTRIC, 2606 N. E. 17TH TERRACE, GAINESVILLE, FL 32609 | |
| 10925 | ALL GREEN CORPORATION, 8145 TROON CIRCLE SUITE E, AUSTELL, GA 30001 | |
| 10925 | ALL INDUSTRIAL-SAFETY PRODUCTS, INC, PO BOX 189, EDGEWATER PARK, NJ 08010 | |
| 10924 | ALL INTERIOR SUPPLY, 4000 N.ORANGE BLOSSOM, ORLANDO, FL 32804 | |
| 10925 | ALL ISLAND TESTING ASSOC. INC., 75B PINE AIRE DRIVE, BAY SHORE, NY 11706 | |
| 10924 | ALL MIDWOOD GLASS, 1779 FLATBUSH AVENUE, BROOKLYN, NY 11210 | |
| 10925 | ALL PALLET SOURCE, POBOX 3266, PEARLAND, TX 77588 | |
| 10924 | ALL PHASE ELECT. -SOUTHERN REG., 9411 HIGHWAY 431, ALBERTVILLE, AL 35950 | |
| 10924 | ALL PHASE ELECTRIC S. CENTRAL, 122 WEXLER ST., KINGSPORT, TN 37660 | |
| 10924 | ALL PHASE ELECTRIC S. CENTRAL, 15 COMMERCE WAY CORNESTONE WEST, SOUTH WINDSOR, CT 06704 | |
| 10924 | ALL PHASE ELECTRIC S. CENTRAL, 2341 NORTH RANGE RD, DOTHAN, AL 36303 | |
| 10924 | ALL PHASE ELECTRIC S. CENTRAL, 3610 LANSING ROAD, LANSING, MI 48927 | |
| 10924 | ALL PHASE ELECTRIC SUPPLY CO., 3610 LANSING ROAD, LANSING, MI 48917 | |
| 10924 | ALL PHASE ELECTRIC SUPPLY, 5255 BROOKS HOLLOW PARKWAY, NORCROSS, GA 30071 | |
| 10924 | ALL PHASE ELECTRIC, 122 WEXLER ST., KINGSPORT, TN 37660 | |
| 10924 | ALL PHASE ELECTRIC, 207 ROSE DR., MONROEVILLE, AL 36460 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ALL PHASE ELECTRIC, 2341 NORTH RANGE RD, DOTHAN, AL 36303 | |
| 10924 | ALL PHASE ELECTRIC, 321 EAST SHARON AVE, BURLINGTON, WA 98233 | |
| 10924 | ALL PHASE ELECTRIC, 675 HORNADAY DRIVE, MONROEVILLE, LA 36460 | |
| 10924 | ALL PHASE ELECTRIC, P.O. BOX 8573, BENTON HARBOR, MI 49023-8573 | |
| 10924 | ALL PHASE ELECTRIC-S. CENTRAL, P.O. BOX 8510, BENTON HARBOR, MI 49023-8510 | |
| 10924 | ALL PHASE, 122 AIRPORT RD, HAZLETON, PA 18201 | |
| 10924 | ALL PHASE-SOUTHERN REGION, PO BOX 8510, BENTON HARBOR, MI 49023-8510 | |
| 10925 | ALL PRO FREIGHT SYSTEMS, INC, PO BOX 901774, CLEVELAND, OH 44190-1774 | |
| 10924 | ALL RITE PAVING & REDI MIX, 30783 E. HWY 50, LA JUNTA, CO 81050 | |
| 10925 | ALL RITE PAVING & REDI MIX, POBOX 1714, LAMAR, CO 81052 | |
| 10924 | ALL RITE PAVING & REDI-MIX INC., 200 SPECULATOR AVE, LAMAR, CO 81052 | |
| 10924 | ALL RITE PAVING AND READY MIX, 200 SPECULATOR AVENUE, LAMAR, CO 81052 | |
| 10924 | ALL RITE PAVING AND READY MIX, ATTN:  ACCOUNTS PAYABLE, LAMAR, CO 81052 | |
| 10924 | ALL ROOFING & BLDG. MATL., 15208 RAYMER, VAN NUYS, CA 91405 | |
| 10924 | ALL SEALANTS - DO NOT SELL, 8501 W. 191ST STREET, MOKENA, IL 60448 | |
| 10924 | ALL SEALANTS, 8453 W. 192ND ST., MOKENA, IL 60448 | |
| 10924 | ALL SEASON POOLS, BOX 275, FREMONT, CA 94536 | |
| 10924 | ALL SEASONS INSTALL.&FIRE, 1223 7TH STREET, MODESTO, CA 95354 | |
| 10925 | ALL SEASONS INSULATION &, 1223 N 7TH ST, MODESTO, CA 95354 | |
| 10924 | ALL SEASONS INSULATION, 1223 N. 7TH ST., MODESTO, CA 95354 | |
| 10924 | ALL SEASONS INSULATION, CEN CAL, SAN FRANCISCO, CA 94101 | |
| 10924 | ALL SEASONS INSULATION, RIDGEVIEW HIGH SCHOOL, BAKERSFIELD, CA 93304 | |
| 10924 | ALL SEASONS POOLS, PO BOX 275, FREMONT, CA 94537 | |
| 10925 | ALL SEASONS RENT ALL, 924 PROVIDENCE HWY, NORWOOD, MA 02062-0003 | |
| 10924 | ALL SEASONS, 50 BEALE STREET, SAN FRANCISCO, CA 94101 | |
| 10924 | ALL SEASONS, 601 CALIF ST., SAN FRANCISCO, CA 94100 | |
| 10924 | ALL SEASONS, ORDWAY BLDG., OAKLAND, CA 94601 | |
| 10925 | ALL SERVICE FIRE PROTECTION INC, 230 POWERVILLE RD, BOONTON TOWNSHIP, NJ 07005 | |
| 10925 | ALL SOUTH FABRICATORS INC, PO BOX 767, TRUSSVILLE, AL 35173 | |
| 10924 | ALL SOUTH SUBCONTRACTORS, 6751 AIRPORT BLVD., MOBILE, AL 36608 | |
| 10924 | ALL SOUTH SUBCONTRACTORS, PO BOX 88, ALTON, AL 35015 | |
| 10924 | ALL SOUTH/ UNIVERSITY OF SOUTH AL., MEDICAL SCIENCE BUILDING, MOBILE, AL 36688 | |
| 10925 | ALL SPRAY, POBOX 345, SWANTON, OH 43558-0345 | |
| 10925 | ALL STAINLESS, 75 RESEARCH ROAD, HINGHAM, MA 02043 | |
| 10924 | ALL STAR AGGREGATE, INC, 3930 E LONE MOUNTAIN ROAD, NORTH LAS VEGAS, NV 89031 | |
| 10924 | ALL STAR AGGREGATE, INC. DBA, 3930 E. LONE MOUNTAIN ROAD, NORTH LAS VEGAS, NV 89031 | |
| 10924 | ALL STAR BUILDING SUPPLY, 755 S.W. 16TH AVENUE, DELRAY BEACH, FL 33444 | |
| 10924 | ALL STAR BUILDING SUPPLY, 755 SW 16TH AVE., DELRAY BEACH, FL 33444-1323 | |
| 10925 | ALL STAR DJS, 70 NE 6 AVE, DEERFIELD BEACH, FL 33441 | |
| 10925 | ALL STAR GAS INC. OF AIKEN, 2850 COLUMBIA HWY NORTH, AIKEN, SC 29805-9329 | |
| 10924 | ALL STAR TRANSIT MIX/SO VEGAS PLANT, OFF STATE HWY 146-BY HANSON ANTHEM, MARYLAND PARKWAY & EAST CACTUS, LAS VEGAS, NV 89124 | |
| 10924 | ALL STATE C/O NATHAN KIMMEL, 2000 AVE P, SUITE 11 & 12, RIVIERA BEACH, FL 33404 | |
| 10925 | ALL STATE FINANCIAL CO., 3421 N. CAUSEWAY BLVD., METAIRIE, LA 70002 | |
| 10924 | ALL STATE FIREPROOFING, 2000 AVENUE P  SUITE 12, RIVIERA BEACH, FL 33404 | |
| 10924 | ALL STATE FIREPROOFING, WAREHOUSE, RIVIERA BEACH, FL 33404 | |
| 10925 | ALL STATE PETROLEUM CO., 230 MARLBORO ST., AIKEN, SC 29801 | |
| 10925 | ALL STATE PETROLEUM, PO BOX 662, AIKEN, SC 29802 | |
| 10924 | ALL STATES FIREPROOFING, 1380 15TH STREET WEST, RIVIERA BEACH, FL 33404 | |
| 10924 | ALL STEEL SERVICES, HC 80, DORADO, PR 646PUERTO RICO | *VIA Deutsche Post* |
| 10924 | ALL STEEL SERVICES, PR #2 KM 25.2, DORADO, PR 646PUERTO RICO | *VIA Deutsche Post* |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALL SYSTEMS INC, POBOX 287, CUMMING, GA 30028

10924   ALL TEX SUPPLY, 10764 N. STEMMONS FREEWAY, DALLAS, TX 75220

10924   ALL TEX SUPPLY, 9416 NEILS THOMPSON DR, AUSTIN, TX 78758

10924   ALL TEX SUPPLY, 9416 NEILS THOMPSON RD, AUSTIN, TX 78759

10925   ALL THERMAL INSULATION CO, 831 W TOUHY AVE, PARK RIDGE, IL 60068

10924   ALL THERMAL INSULATION, 831 W. TOUHY AVENUE, PARK RIDGE, IL 60068

10925   ALL TRANSPORT PACKAGING CORPORATION, 152-32A ROCKAWAY BLVD, JAMAICA, NY 11434

10925   ALL USERS OF LANSING PUBLIC WATER S, PUBLICATION (?), LANSING, MI

10925   ALL WEATHER ROOFING & CONSTRUCTION, INC, 9234 S KILPATRICK, OAK LAWN, IL 60453

10925   ALL WEATHER SEWER SERVICE CO, PO BOX 24, MAPAVILLE, MO 63065-0024

10925   ALL, ROBERT, 116 HIALEAH RD, GREENVILLE, SC 29607

10924   ALL. COMMUN. PROD. INC-DO NOT USE, PO BOX 1622, ALPHARETTA, GA 30009-1622

10925   ALLA A APEL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ALLAGOA, PETER, 536 1/2 HYDE PARK PL, INGLEWOOD, CA 90302

10925   ALLAIN II, ALEXANDER, 301 CHARLES DR, LAFAYETTE, LA 70508-4507

10925   ALLAN A WERCHICK TR UA, SEP 22 88, ALLAN A WERCHICK TRUST, 1532B DAY AVE, SAN MATEO, CA 94403-1609

10925   ALLAN B POSEY, 1828 BALBOA, EUGENE, OR 97408-1674

10925   ALLAN D CORCORAN, 6 JAMES ROAD, LEWISBURG, PA 17837-8848

10925   ALLAN E MORSE &, JEAN M MORSE JT TEN, 18800 57TH NE, SEATTLE, WA 98155-4434

10925   ALLAN E PEARSON &, MYRNA S PEARSON JT TEN, 14 ELM ST, NORTON, MA 02766-2316

10925   ALLAN FAINBARG & SARA FAINBARG, TR UA DTD 4/19/82 THE FAINBARG, TR MD ALLAN FAINBARG &, SARA FAINBARG, 300 VIA LIDO NORD, NEWPORT BEACH, CA 92663-

10925   ALLAN FROST, 1480 LUNDY AVE, SAN JOSE, CA 95131-3311

10925   ALLAN G. BYER & MARIAN BYER, BYER PROPERTIES - GEN COUNSEL, 1000 BRANNAN ST., SUITE 2, SAN FRANCISCO, CA 94103

10925   ALLAN J MARTICEK &, KARIN MARTICEK JT TEN, 377 EASTERN BLVD, BAYVILLE, NJ 08721-2923

10925   ALLAN M BARKER TR UA DTD 11-23-71, SUSAN B DENNETT TRUST, PO BOX 328, NASHUA, NH 03061-0328

10925   ALLAN N FORSYTH, 702 MEADOW CREEK RD, LOCUST, NC 28097

10925   ALLAN, CHESNEY, 6107 SOUTH HILL ST, LITTLETON, CO 80120

10925   ALLAN, JAMES, 17 COONEY AVE, PLAINVILLE, MA 02762

10925   ALLAN, JIM, 385 S MAPLE DRIVE, WOODLAND HILLS, UT 84653-2016

10925   ALLAN, MARIE, 1369 BONAIR RD., VISTA, CA 92084

10925   ALLANE C ESSEX, 1260 SHORES, INWOOD, NY 11096-0000

10925   ALLARD INDUSTRIES, 124 JOLIETTE ST, MANCHESTER, NH 03102

10925   ALLARD INDUSTRIES, 55 MIDDLESEX ST, NORTH CHELMSFORD, MA 01863

10925   ALLARD, CAROL, 14 LANCASTER AVE, PLYMOUTH, MA 02360

10925   ALLARD, LAURA, 119 CANDLESTICK DR., MT. VERNON, IA 52314

10925   ALLBAUGH, JON, 13445 CHINABERRY LANE, EDMOND, OK 73013-5653

10925   ALL-BRIGHT CLEANING SERVICE, INC, PO BOX 5463, LAKE WORTH, FL 33466-5463

10925   ALLBRITTEN, TIAKAY, 4628 SO 3950 WEST, ROY, UT 84067

10925   ALLBRITTON, GILBERT, 380 3RD ST S APT #5, SAFETY HARBOR, FL 34695-5021

10925   ALL-CHEMIE LTD, 501 OLAMESA ROAD, MOUNT PLEASANT, SC 29464-7800

10925   ALLCO CHEMICAL CORP, PO BOX 247, GALENA, KS 66739

10925   ALLCOM, 139 NEWBURY ST, FRAMINGHAM, MA 01701

10925   ALLCOMM WIRELESS, INC, 4116 1ST AVE NO, BIRMINGHAM, AL 35222

10925   ALLCOPY SUPPLY COMPANY, POBOX 81148, ATLANTA, GA 30366-1148

10925   ALLDREDGE, FAYE, 835 JOHNSON RD #8, WARNER ROBINS, GA 31093

10925   ALLDREDGE, G, PO BOX 663, BENNETT, CO 80102

10925   ALLDRIDGE, GAYLA, 1801 GASCHE ST, WOOSTER, OH 44691

10924   ALLEE LABS, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ALLEE, DALLAS, 909 PALMER, GLENWOOD SPRINGS, CO 81601

10925  ALLEGA CONCRETE CORP., 32800 LAKELAND BLVD, WILLOWICK, OH 44094

10924  ALLEGA CONCRETE CORP., 5585 CANAL RD., VALLEY VIEW, OH 44125

10924  ALLEGANY-LIMESTONE SCHOOLS, FIVE MILE ROAD, ALLEGANY, NY 14706

10924  ALLEGHANY COUNTY JAIL, 5TH AVENUE, PITTSBURGH, PA 15219

10924  ALLEGHANY POWER - DO NOT USE, WEST PENN POWER, HAGERSTOWN, MD 21740

10924  ALLEGHANY POWER, 643 N. MAIN STREET, GREENSBURG, PA 15601

10924  ALLEGHENAN GENERAL HOSPITAL, 320 NORTH AVENUE, PITTSBURGH, PA 15205

10924  ALLEGHENY CENTER MALL, BUILDING #2, PITTSBURGH, PA 15222

10925  ALLEGHENY COUNTY TREASURER, 1520 PENN AVE, PITTSBURGH, PA 15222

10924  ALLEGHENY ENERGY, 10435 DOWNSVILLE PIKE, HAGERSTOWN, MD 21740

10925  ALLEGHENY GENERAL HOSPITAL, 16TH FL SOUTH TOWER, 320 EAST NORTH AVE, PITTSBURGH, PA 15212

10924  ALLEGHENY INTERMEDIATE HS @@, 350 CUMBERLAND RD, PITTSBURGH, PA 15232

10925  ALLEGHENY LEGAL AID INC, LAWYER REFERRAL SERVICE, SOUTH SWANK BLDG, JOHNSTOWN, PA 15902

10924  ALLEGHENY LUDLUM STEEL CORP, LINE #67, BAGDAD, PA 15652

10925  ALLEGHENY POWER, 800 CABIN HILL DR, GREENSBURG, PA 15606-0001

10925  ALLEGHENY TECHNOLOGIES, LAUREN S MCANDREWS, 1000 SIX PPG PLACE, PITTSBURGH, PA 15222

10924  ALLEGHENY UNIVERSITY HOSPITAL, HANEMAN RADIOLOGY 3RD FLOOR, RACE STREET (BTWN 15TH & BROAD), PHILADELPHIA, PA 19092

10924  ALLEGIANCE - VL, 2800 PERIMETER PARK DR, MORRISVILLE, NC 27560

10924  ALLEGIANCE HEALTHCARE CORP, 5950A GREENWOOD PARKWAY, BESSEMER, AL 35022

10924  ALLEGIANCE/COLORADO SP, 82 INVERNESS DRIVE EAST, ENGLEWOOD, CO 80112

10924  ALLEGIANCE-HS/HAMMOND, 701 PRIDE DRIVE, HAMMOND, LA 70401

10924  ALLEGIANCE-HS/WAUKEGAN, 2101 WAUKEGAN ROAD, WAUKEGAN, IL 60085

10924  ALLEGIANCE-VL/INDIANAPOLIS, 6812 CORPORATE DRIVE, INDIANAPOLIS, IN 46278

10924  ALLEGIANCE-VL/ONTARIO, 4551 E. PHILADELPHIA STREET, ONTARIO, CA 91761

10925  ALLEGRETTO, ANGELO, 21 KNOLLWOOD ROAD, MEDFIELD, MA 02052-9998

10925  ALLEMAND, ALLEN, PO BOX 474, GOLDEN MEADOW, LA 70357

10925  ALLEMAND, ALLEN, RT. 2, 108 ELM ST., LOCKPORT, LA 70374

10925  ALLEMAND, JR, NATHAN, 229 DANTIN ST, RACELAND, LA 70394

10925  ALLEMAND, WILBERT, 111 ARLENE ST, LOCKPORT, LA 70374

10924  ALLEN & BUBENICK, PO BOX 8336, PISCATAWAY, NJ 08855

10925  ALLEN & OVERY, ONE NEW CHANGE, LONDON, EC4M 9QQUNITED KINGDOM     *VIA Deutsche Post*

10925  ALLEN ADVERTISING INC, 6504 WEYMOUTH ROAD, BALTIMORE, MD 21212

10925  ALLEN ADVERTISING, INC, 6504 WEYMOUTH RD., BALTIMORE, MD 21212-1202

10924  ALLEN AND BUBENICK, 475 STELTON RD., PISCATAWAY, NJ 08855

10925  ALLEN AVIONICS, 224 EAST 2ND ST, MINEOLA, NY 11501

10925  ALLEN B HOPPE, 311 CORDOBA DR, UNIVERSAL CITY, TX 78148-3106

10925  ALLEN B WALTER &, KATHLEEN WALTER JT TEN, 5391 EAST 111TH ST, GARFIELD HEIGHTS, OH 44125-3160

10925  ALLEN BRADLEY, 7055 HIGH GROVE BLVD, BURR RIDGE, IL 60521

10925  ALLEN CALDER, TRACY, 2 PASHO ROAD, BILLERICA, MA 01821

10924  ALLEN CO. MEMORIAL COLISEUM, CORNER OF PAYNELL AVE &, FORT WAYNE, IN 46805

10924  ALLEN COUNTY JAIL, 417 CALHOUN STREET, FORT WAYNE, IN 46815

10925  ALLEN DATAGRAPH INC., 2 INDUSTRIAL WAY, SALEM, NH 03079

10925  ALLEN E OLSON, 464 LOVELL, ST PAUL, MN 55113-4615

10924  ALLEN ELECTRIC SUPPLY, 31750 PLYMOUTH ROAD, LIVONIA, MI 48150

10924  ALLEN ELECTRIC SUPPLY, P.O. BOX 510300, LIVONIA, MI 48151-6300

10924  ALLEN ELMER, 293 WRIGHT BROTHERS AVENUE, LIVERMORE, CA 94550

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ALLEN GRISCHOW, 11 ALLEN DR, ELGIN, IL 60120-6828

10925 ALLEN HALL & SONS, PO BOX 281, LINTHICUM, MD 21090

10925 ALLEN HYDRAULICS CO., PO BOX 23178, SAVANNAH, GA 31403

10924 ALLEN INDUSTRIAL SUPPLY, 1309 BUSINESS PARK DRIVE, MISSION, TX 78572

10925 ALLEN J ELMER,JR, 6960 KOLL CTR PKWY #307, PLEASANTON, CA 94566

10925 ALLEN JR., ROBERT, PO BOX 47, PREMONT, TX 78375

10925 ALLEN JT TEN, ANITRA WATLEY & RICHARD L, 6945 E HALIFAX, MESA, AZ 85207-3713

10925 ALLEN KESSLER, 9010 SHADY LANE, HICKORY HILLS, IL 60457-1041

10925 ALLEN LANDSCAPE CONST., 2539 45TH ST., HIGHLAND, IN 46322

10925 ALLEN LUMBER, PO BOX 470, BARRE, VT 05641

10925 ALLEN MACHINERY, 500 EAST ILLINOIS ST, NEWBERG, OR 97132

10925 ALLEN MAXWELL & SILVER INC, 190 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ 07632

10925 ALLEN P ROTHLISBERG, 2887 NINTA DR, PRESCOTT, AZ 86301-4894

10924 ALLEN PACKAGING, 1150 VALENCIA, TUSTIN, CA 92680

10925 ALLEN PHOTOGRAPHICS, PO BOX 14667, LAS VEGAS, NV 89114

10925 ALLEN PRECISION EQUIPMENT, 1550 BOGGS RD, DULUTH, GA 30096

10925 ALLEN R BLANKENSHIP, 6138 DOWNS RIDGE CT, ELKRIDGE, MD 21075-6550

10925 ALLEN R KESSLER, 1105 TESTA DR, JUSTICE, IL 60458-1246

10925 ALLEN RAY JOHNSON, 4201 TWIN PINE DR NE, CEDAR RAPIDS, IA 52402-1722

10925 ALLEN SR, WILLIAM, 184 ELLIOT ST, MILTON, MA 02187

10925 ALLEN STEVENSON, 916 VIVIAN, COLLINSVILLE, IL 62234-3739

10925 ALLEN TELECOM GROUP, 31225 BAINBRIDGE ROAD, CLEVELAND, OH 44139-2281

10924 ALLEN THOMAS, 5943 BROADWAY #2, DENVER, CO 80216

10925 ALLEN TRACY, 542 UPLAND RD, REDWOOD CITY, CA 94062-2848

10925 ALLEN, ALICE, 2006 CHESTERFIELD DR, KENNESAW, GA 30144

10925 ALLEN, ALLIE, RT 1 BOX 250, COMMERCE, GA 30529

10925 ALLEN, AMY, 121 KNOTTS LANDING, MACON, GA 31210

10925 ALLEN, ANN, 133 HALSTED, LOWELL, IN 46356

10925 ALLEN, BRIAN, 111 E ALAMEDA, IOWA PARK, TX 76367

10925 ALLEN, BRIAN, 11775 STONEY PEAK DR, SAN DIEGO, CA 92128

10925 ALLEN, BRUCE, 665 DRUMMOND DR., BOURBONNAIS, IL 60914

10925 ALLEN, C, 2735 KILBOURNE AVE, COLUMBUS, OH 43231

10925 ALLEN, CALVIN, #86 BOX110 PARKVIEW, ATHENS, GA 30605

10925 ALLEN, CARLETON, 4 DUNBAR DRIVE, BROOKLINE, NH 03033

10925 ALLEN, CAROLYN, 5502 PICK FAIR, DALLAS, TX 75235

10925 ALLEN, CHRISTINA, RT 4 BOX 490, COMMERCE, GA 30529

10925 ALLEN, CINDI, 181 J.Y. CARMICHAEL RD., NEWMAN, GA 30263

10925 ALLEN, CLAY, 1101 COMAL, CORPUS CHRISTI, TX 78407

10925 ALLEN, DALE, 76 OMALLEY RD, MARLBORO, MA 01752

10925 ALLEN, DANIEL, 800 NEUSE RIDGE DR., CLAYTON, NC 27520

10925 ALLEN, DARYL, 34453 COLUMBINE TRAIL WEST, ELIZABET, CO 80107-7866

10925 ALLEN, DARYL, 34453 COLUMBINE TRL W, ELIZABETH, CO 80107-7866

10925 ALLEN, DAVE, 3790 WAYSIDE DR, MARIETTA, GA 30062

10925 ALLEN, DAVID, 1061 ALBERT ST, JACKSONVILLE, FL 32202

10925 ALLEN, DAVID, 359 THOMPSON ROAD, FOUNTAIN INN, SC 29644

10925 ALLEN, DAVID, RT. 1, BOX 301-B, DUNCANVILLE, AL 35456

10925 ALLEN, DEBORAH, 1020 BLUEBONNET, BIG SPRING, TX 79720

10925 ALLEN, DEBRA, 5155 VISTA DE LUZ NW, ALBUQUERQUE, NM 87120

10925 ALLEN, DEBRA, RT 2 BOX 2455, DANIELSVILLE, GA 30633

10925 ALLEN, DELORES, RT.1 BOX 47, BETHEL, NC 27812

10925 ALLEN, DIANE, 6310-73RD ST, 108, KENOSHA, WI 53142

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALLEN, DONALD, 6840 ASPENHILL ROAD, BARTLETT, TN 38135

10925   ALLEN, DONNA A., 150 MUSE BISHOP RD, CANONSBURG, PA 15317

10925   ALLEN, EDWARD, 18 LANGSTON ST, PIEDMONT, SC 29673

10925   ALLEN, EDWARD, 6401 EASTBRIAR, LITHONIA, GA 30058

10925   ALLEN, ELVIRA, 20527 OSAGE AVE, TORRANCE, CA 90503-3615

10925   ALLEN, FLORIDALMA, 16 GRANGE ROAD, MARION, AR 72364

10925   ALLEN, FLOYD T, 229 HALL DR, CHESAPEAKE, VA 23320-5209

10925   ALLEN, FLOYD, 229 HALL DR, CHESAPEAKE, VA 23320-5209

10925   ALLEN, FRANCES, BOX 547, HAWLEY, TX 79525

10925   ALLEN, FREDDIE, 13732 SABLEGLEN #301, HOUSTON, TX 77014

10925   ALLEN, GARY, 11523 CANYON TRAIL, HOUSTON, TX 77066

10925   ALLEN, GENA, 3013 WOODRUFF RD, SIMPSONVILLE, SC 29681-1752

10925   ALLEN, GEORGE, 1507 CANDYCE ST, LAKELAND, FL 33801-1269

10925   ALLEN, GEORGE, 2531 N. W. 35 ST, OCULA, FL 34476

10925   ALLEN, GILBERT, 2919 ARCHDALE RD, RICHMOND, VA 23235

10925   ALLEN, GLENDA, 116 ELMWOOD PLACE, 2B, PLAINFIELD, NJ 07060

10925   ALLEN, GLORIA, 398 LEBEAUX CT., KENNESAW, GA 30144

10925   ALLEN, GLORIA, 8912 SOUTH RACINE, CHICAGO, IL 60620

10925   ALLEN, GREGORY, 3436 N WINTHROP AVE, INDIANAPOLIS, IN 46205

10925   ALLEN, GREGORY, 424 POPLAR ST, DELANCO, NJ 08075

10925   ALLEN, HELEN, 1364 DENTON ST, GREENSBURG, PA 15601

10925   ALLEN, HOWARD, 2507 WELCOME ROAD, LITHIA, FL 33547-9998

10925   ALLEN, J, 3392 HOLLY RD, SENECA, MO 64865

10925   ALLEN, J, 58 SAGEWOOD DRIVE, BRANDON, MS 39042

10925   ALLEN, J, C/O C BOARDMAN DEWEY & ALMY, 55 HAYDEN AVE LEXINGTON, MA 02173

10925   ALLEN, J., 303 ANSLEY BROOK DR, LAWRENCEVILLE, GA 30244

10925   ALLEN, JACKIE, RT 1 BOX 275, COMMERCE, GA 30529

10925   ALLEN, JAMES, 1109 LOUISIANA AVE, LIBBY, MT 59923

10925   ALLEN, JAMES, 1505 PECOS, HOBBS, NM 88240

10925   ALLEN, JAMES, 1508 CONCORD LANE, EDMOND, OK 73034

10925   ALLEN, JAMES, 2417 ROMA LN, ST JOSEPH, MO 64505

10925   ALLEN, JAMES, 971 AUGUSTA ROAD, ROME, ME 04963

10925   ALLEN, JAMES, APARTMENT 131, PALM HARBOR, FL 34684

10925   ALLEN, JANICE, 4724 MANLY CT, STONE MTN, GA 30088

10925   ALLEN, JEAN, 82 BRICK KILN RD #3102, CHELMSFORD, MA 01824-3242

10925   ALLEN, JEFFERY, 1816 SANTA FE DRIVE #314, NAPERVILLE, IL 60563

10925   ALLEN, JENNIFER, 97 PERKINS AVE, OCEANSIDE, NY 11572

10925   ALLEN, JERRY, 2810 BARNETTS CREEK RD., HARTFORD, KY 42347

10925   ALLEN, JESSICA, 504 PARK AVE., OXFORD, AL 36203

10925   ALLEN, JESSIE, 3671 NORTH HILL DRIVE, FORT WORTH, TX 76117

10925   ALLEN, JILL, 47 WOOD ST, COMMERCE, GA 30529

10925   ALLEN, JIMMIE, RR 4 BOX 49H, ST. ANNE, IL 60904

10925   ALLEN, JOAN, 429 NARNIE ROAD, LAURENS, SC 29360

10925   ALLEN, JOAN, HWY 221, ENOREE, SC 29335

10925   ALLEN, JOEL, 321 GORMAN WAY, WEST BEND, WI 53095

10925   ALLEN, JOHN, 10832 POUNDS AVE, WHITTIER, CA 90603

10925   ALLEN, JOHN, 180 W. AUBURN ROAD, ROCHESTER HILLS, MI 48309

10925   ALLEN, JOHNNIE, RT 1 BOX 34A, GARYSBURG, NC 27831

10925   ALLEN, JUDITH, 14234 W. 121ST ST., OLATHE, KS 66062

10925   ALLEN, JUDY, 2607 SHERMAN RD., WICHITA FALLS, TX 76309

10925   ALLEN, JULIE, 5 PRICES COURT, COLUMBIA, SC 29212

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALLEN, JUNE, 1075 UNIVERSITY AVE, BRONX, NY 10116

10925   ALLEN, KAREN, 506 LEAFHAVEN LN, WINDSOR, CA 95492

10925   ALLEN, KARL, 6080 FINGER ROAD, LUXEMBURG, WI 54217

10925   ALLEN, KATHLEEN, 21 PITCHER AVE., MEDFORD, MA 02155

10925   ALLEN, KELLY, 424 E. TURQUOISE AV, PHOENIX, AZ 85020

10925   ALLEN, KELLY, 618 LOUIS ST, DEFOREST, WI 53532

10925   ALLEN, KENNETH, 1302 MOUNT ST, BALTIMORE, MD 21217

10925   ALLEN, KENNETH, 1307 S 10TH, LOMESA, TX 79331

10925   ALLEN, KENNETH, D8 COOPER VALLEY, EDGEWATER PARK, NJ 08010

10925   ALLEN, KIMBERLY, 21 GURNEY ST, EAST PROVIDENCE, RI 02914

10925   ALLEN, KRISTEN, 3515 RICHMOND CT, S SOMERVILLE, NJ 08876

10925   ALLEN, LASHANDA, 222 N DIXIE # 243, ODESSA, TX 79763

10925   ALLEN, LEE, 20527 OSAGE AVE, TORRANCE, CA 90503-3615

10925   ALLEN, LES, 1901 MISSION ROAD, EDMOND, OK 73034

10925   ALLEN, LILLIAN, 2673 MARLETTE RD, GAINESVILLE, GA 30501

10925   ALLEN, LOGAN, 7231 CEDAR RD, MEMPHIS, TN 38135

10925   ALLEN, LOUISE, PO BOX 91, MOHRSVILLE, PA 19541

10925   ALLEN, LYNN, 1828 MENDON ROAD, WOONSOCKET, RI 02895

10925   ALLEN, M, 1105 MIDLAND DRIVE, WILMINGTON, NC 28403

10925   ALLEN, MARGARET C, 6333 LINCOLNIA RD, ALEXANDRIA, VA 22312-1533

10925   ALLEN, MARGARET, PO BOX 304, NORTH FREEDOM, WI 53951

10925   ALLEN, MARIETTA, 800 E. 5TH, IRVING, TX 75060

10925   ALLEN, MARK, 3424 GLASSON ST #C, DURHAM, NC 27707

10925   ALLEN, MARK, 4000 N. HAWTHORNE ST, CHATTANOOGA, TN 37406

10925   ALLEN, MARK, ROUTE 3 BOX 331, DUNLAP, TN 37327

10925   ALLEN, MARTHA, 175 ANN DRIVE, SPARTANBURG, SC 29303

10925   ALLEN, MARY, ROUTE 2 BOX 2267 A, DANIELSVILLE, GA 30633

10925   ALLEN, MELVIN, 117-A CLEVERVINE AVE, GREENVILLE, SC 29607

10925   ALLEN, MICHAEL, 1120 CHARLOTTE ST, ROANOKE RAPIDS, NC 27870

10925   ALLEN, MICHAEL, 4226 IDLEWOOD DRIVE, WICHITA FALLS, TX 76308

10925   ALLEN, MISSY, 3576 MEADOW GLEN VILLAGE LANE, D, DORAVILLE, GA 30340

10925   ALLEN, NICOLE, 1485 FIELDSHIRE WAY, MORGAN HILL, CA 95037

10925   ALLEN, NORMAN, 2316 RANDOLPH, WICHITA FALLS, TX 76306

10925   ALLEN, OTIS, 200 TRELLIS ST, GREENVILLE, SC 29615

10925   ALLEN, PATRICIA, 111 PAXTON ST, MAULDIN, SC 29662

10925   ALLEN, PETER, 1027 VALLEY FORGE RD, DEVON, PA 19333

10925   ALLEN, R, 1639 SKINNER ST, LAKELAND, FL 33801

10925   ALLEN, REBECCA, 121 PINK DILL MILL ROAD, GREER, SC 29651-8714

10925   ALLEN, RENEE, RT 4 BOX 49H, ST ANNE, IL 60954

10925   ALLEN, RENEE, RT 4 BOX 49H, ST ANNE, IL 60964

10925   ALLEN, ROBERT, 10774 SEACLIFF CIR, BOCA RATON, FL 33498

10925   ALLEN, ROBERT, 1090 PARTRIDGE ROAD, SPARTANBURG, SC 29302

10925   ALLEN, ROBERT, 2810 NEWMAN RD, WHITESBURG, GA 30185

10925   ALLEN, ROBYN, 2710 BARTON AVE, RICHMOND, VA 23222

10925   ALLEN, ROGER, BOX 141, RALEIGH, WV 25911

10925   ALLEN, RUSSELL, 1 MORISTON ROAD, MAULDIN, SC 29662

10925   ALLEN, RUSSELL, 3206 GARRISON BLVD, BALTIMORE, MD 21216

10925   ALLEN, SANDRA, 4103 VERMONT AVE, LOUISVILLE, KY 40211

10925   ALLEN, SARA, 306 GARDENS DRIVE, POMPANO BEACH, FL 33069

10925   ALLEN, SARAH, 3033 SILVER BEACH RD, HARTFORD, KY 42347

10925   ALLEN, SCOTT, 11507 COACHFIELD, HOUSTON, TX 77035

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ALLEN, SHANNON, 2820 NE 9TH CT, POMPANO BEACH, FL 33062

10925   ALLEN, SHIRLEY, PO BOX 42, COMMERCE, GA 30529

10925   ALLEN, STEPHANIE, 112 E. SIXTH ST, NASHVILLE, NC 27856

10925   ALLEN, STEVE, 3406 ELIZABETH ST., HUNTSVILLE, AL 35810

10925   ALLEN, STEVEN, PO BOX 794, MEEKER, CO 81641

10925   ALLEN, TED, ROUTE #1, BOX 274A, WARE SHOALS, SC 29692

10925   ALLEN, TERESA, 21 KEYES ROAD, BILLERICA, MA 01821

10925   ALLEN, THERESA, PO BOX 907, SILVER SPRINGS, FL 34489

10925   ALLEN, THOMAS, 5651 PECOS ST., ORLANDO, FL 32807

10925   ALLEN, TONYA, 319 WISCONSIN AVE, WARNER ROBINS, GA 31093

10925   ALLEN, TONYA, 3812 YARD ARM DR, CHESTER, VA 23831

10925   ALLEN, VELMA, 5600 FARM POND LN. #B, CHARLOTTE, NC 28212

10925   ALLEN, VICKI, 10832 POUNDS AVE, WHITTIER, CA 90603-3024

10925   ALLEN, VICTOR, PO BOX 823, OTTAWA, IL 61350

10925   ALLEN, W, 2149 PARKER ROAD, LAKELAND, FL 33803

10925   ALLEN, WADE, 1500 STRAWBERRY #43, PASADENA, TX 77502

10925   ALLEN, WENDY, 27 HAMILTON ST, SOMERVILLE, NJ 08876

10925   ALLEN, WILLIAM, 3010 S. HAMPTON ROAD, OWENSBORO, KY 42303

10924   ALLEN/LOERA CUSTOMS, 5845 EAST 14TH STREET, BROWNSVILLE, TX 78521

10925   ALLEN-BRADLEY CO, 1201 S 2ND ST, MILWAUKEE, WI 53201

10925   ALLEN-BRADLEY CO., DRAWER #162, MILWAUKEE, WI 53278

10925   ALLEN-BRADLEY CO/ROCKWELL INTL, RICHARD C STEINMETZ ALLEN-BRADLEY C, 1201 SOUTH SECOND ST, MILWAUKEE, WI 52304

10925   ALLEN-BRADLEY COMPANY, INC, 7055 HIGH GROVE BLVD., BURR RIDGE, IL 60521

10925   ALLEN-BRADLEY COMPANY, PO BOX 75736, CHARLOTTE, NC 28275

10925   ALLEN-BRADLEY CORPORATION, 1200 RESOURCE DR. #1, CLEVELAND, OH 44131-1893

10925   ALLEN-BRADLEY, 15411 VANTAGE, SUITE 200, HOUSTON, TX 77032

10925   ALLEN-BRADLEY, 460 ELM ST, MANCHESTER, NH 03101

10925   ALLEN-BRADLEY, ALLEN-BRADLEY, POBOX 70962, CHICAGO, IL 60673

10925   ALLEN-BRADLEY, DRAWER #162, MILWAUKEE, WI 53278

10925   ALLEN-BRADLEY, POBOX 371125M, PITTSBURGH, PA 15251

10925   ALLENE MALONEY, 5907 N EUCLID, GLADSTONE, MO 64118-5409

10925   ALLENOVITCH, CATHERINE, 210 E UNION AVE, BOUND BROOK, NJ 08805

10924   ALLEN'S CONCRETE INC, PO BOX 4048, WICHITA, KS 67204

10924   ALLENS CONCRETE, 1820 N. MOSELEY, WICHITA, KS 67204

10924   ALLENS CONCRETE, P O BOX 4048, WICHITA, KS 67204

10924   ALLENTOWN CEMENT CO INC, P.O.BOX 199, BLANDON, PA 19510

10924   ALLENTOWN CEMENT CO INC., EVANSVILLE RD, BLANDON, PA 19510

10924   ALLENTOWN CEMENT CO INC., P O BOX 199, BLANDON, PA 19510

10925   ALLENTOWN CEMENT CO. INC., PO BOX 619, BLANDON, PA 19510

10925   ALLENUH HEBBEL & ALICE J HEBBEL, JT TEN, 3438 W LOCUST ST, DAVENPORT, IA 52804-3054

10925   ALLER, L. BRYAN, 162 DOWNING DR., SEVERNA PARK, MD 21146

10925   ALLER, L., 162 DOWNING DRIVE, SEVERNA PARK, MD 21146

10924   ALLERGAN CARIBBEAN, EL MALECON SEC., MAYAGUEZ, IT 708UNK     *VIA Deutsche Post*

10924   ALLERGAN MEDICAL OPTICS, PO BOX 1408, ANASCO, IT 610UNK     *VIA Deutsche Post*

10924   ALLERGAN MEDICAL OPTICS, RD. 402N. KM1 HM.0, ANASCO, IT 610UNK     *VIA Deutsche Post*

10925   ALLES CORPORATION, PO BOX 4335, BOSTON, MA 02211

10925   ALLES SOUTHEAST CORP, PO BOX 4277, HIALEAH, FL 33014-0277

10925   ALLES, JULIE, PO BOX 1957, MCKINNEY, TX 75070

10925   ALLEY, BRADLEY, 9513 TRESANTON DRIVE, CHARLOTTE, NC 28210

10925   ALLEY, CATHERINE, 1609 MAURICE LANE, SAN JOSE, CA 95129

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    ALLEY, RACHELLA, 2800 N. FARNUM RD, AVON PARK, FL 33825

10924    ALLEY-CASSETTY BRICK & BLOCK CO, 415 NEW SALEM ROAD (HWY 99 WEST), MURFREESBORO, TN 37129-3368

10924    ALLEY-CASSETTY BRICK & BLOCK CO., 415 NEW SALEM RD. (OFF HWY 99 WEST), MURFREESBORO, TN 37129-3368

10924    ALLEY-CASSETTY BRICK & BLOCK CO., 415 NEW SALEM RD.(HWY 99 WEST), MURFREESBORO, TN 37129-3368

10924    ALLEY-CASSETTY BRICK & BLOCK CO., ATTN:  ACCOUNTS PAYABLE, 240 LOWER STATION CAMP CREEK ROAD, GALLATIN, TN 37066

10924    ALLEY-CASSETTY BRICK & BLOCK, 240 LOWER STATION CAMP CREEK ROAD, GALLATIN, TN 37066

10924    ALLEY-CASSETTY BRICK & BLOCK, 415 NEW SALEM RD (HWY 99 WEST), MURFREESBORO, TN 37129-3368

10924    ALLEY-CASSETTY BRICK & BLOCK, 415 NEW SALEM ROAD (HWY 99 WEST), MURFREESBORO, TN 37129-3368

10925    ALL-FACTS INC, PO BOX 180, VERBANK, NY 12545

10925    ALL-FILL, INC, OAKLAND CORPORATE CENTER, EXTON, PA 19341

10924    ALLFORM ELECTRIC, P.O. BOX 803, VALRICO, FL 33595

10924    ALLFORM, 5316 E. HENRY AVENUE, TAMPA, FL 33610

10924    ALLFORM, P.O. BOX 803, VALRICO, FL 33594

10924    ALLFORM, PO BOX 803, VALRICO, FL 33594

10925    ALLGAIER, KENNETH, ROUTE 1 - BOX 75, TRENT, SD 57065

10925    ALLGEIER MARTIN & ASSOCIATES INC, PO BOX 2627, JOPLIN, MO 64803

10925    ALLGEIER, STEPHEN, 22207 HOCKODAY DR., KATY, TX 77450-2409

10925    ALLGIER, WILLIAM, TRAIL SIDE PARK #46, EVANSTON, WY 82930

10925    ALLGOOD, JACK, 413 SW SYCAMORE ST, FORT MEADE, FL 33841

10924    ALLGRIND PLASTICS INC., 6 VLIET FARM ROAD, ASBURY, NJ 08802-1171

10924    ALLGRIND PLASTICS INC., PO BOX 363, BLOOMSBURY, NJ 08804

10925    ALLGRIND PLASTICS, INC, PO BOX 363, BLOOMSBURY, NJ 08804

10925    ALLIANCE A DIVISION OF BLUEBIRD, 5928 GEIGER CT #100, CARLSBAD, CA 92008-7305

10924    ALLIANCE AIRPORT - DEA HANGER, 2300 HORIZON ROAD, FORT WORTH, TX 76177

10925    ALLIANCE ENERGY CORP, D-3202, BOSTON, MA 02241-3202

10924    ALLIANCE ENVIROMENTAL, ATT: MARIEK, 882 SOUTH MATLACK STREET BLDG. G, WEST CHESTER, PA 19382

10924    ALLIANCE EQUIPMENT & SUPPLY, 2075 DRYDEN RD, DAYTON, OH 45439

10924    ALLIANCE EQUIPMENT & SUPPLY, PO BOX415, DAYTON, OH 45449

10925    ALLIANCE EQUIPMENT CORP., 8513 OAKVIEW AVE., RICHMOND, VA 23228

10925    ALLIANCE FIRE PROTECTION, INC, PO BOX 14423, MONROE, LA 71207

10925    ALLIANCE FOR A FAIR TOBACCO, THE, 1120 CONNECTICUT AVE NW, WASHINGTON, DC 20036

10925    ALLIANCE FOR CHEMICAL SAFETY, E.I. DUPONT, 5216 TRAVERSE COURT, WEST CHESTER, OH 45069

10925    ALLIANCE FOR FIRE AND SMOKE, BOX 196, COLUMBIA, MD 21046

10925    ALLIANCE GAS PRODUCTS, POBOX 23804, OAKLAND, CA 94623-0804

10925    ALLIANCE GPTECHCO-CALUMET,INC, 8252 VIRGINIA ST., MERRILLVILLE, IN 46410

10925    ALLIANCE GROUP TECHNOLOGIES CO, PO BOX 1015, HAMMOND, IN 46325

10925    ALLIANCE GROUP TECHNOLOGIES CORP., PO BOX 1015, HAMMOND, IN 46325

10924    ALLIANCE LAUNDRY SYSTEMS, SHEPPARD STREET, RIPON, WI 54971-0990

10925    ALLIANCE NORTH AMERICAN, 789 ASHLAND AVE, FOLCROFT, PA 19032

10925    ALLIANCE PLUMBING & MECH CONTR INC, 34 GREEN ST UNIT B, WOODBRIDGE, NJ 07095

10925    ALLIANCE PPO INC, PO BOX 75223, BALTIMORE, MD 21275-5223

10924    ALLIANCE READY MIX, ATTN:  ACCOUNTS PAYABLE, ALLIANCE, NE 69301

10924    ALLIANCE READY MIX, EAST PLANT, 110 BUCHFINK RD, ALLIANCE, NE 69301

10924    ALLIANCE READY MIX, WEST PLANT, EAST 3RD STREET, ALLIANCE, NE 69301

10925    ALLIANCE ROOFING SYSTEMS LTD, 7012 MERRITT AVE, BURNABY, BC V5J 4R6CANADA          *VIA Deutsche Post*

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALLIANCE SHIPPERS INC., PO BOX 23007, NEWARK, NJ 07189-3007

10925   ALLIANCE SHIPPERS, PO BOX 23007, NEWARK, NJ 07189

10925   ALLIANT FOOD SERVICE INC, 9200 E 146TH ST, NOBLESVILLE, IN 46060

10924   ALLIANT TECH SYSTEMS INC., PO BOX 610, HOPKINS, MN 55343

10925   ALLIANT TECH SYSTEMS, 104 ROCK ROAD, HORSHAM, PA 19044

10925   ALLIANT TECH SYSTEMS, 600 2ND ST NE, HOPKINS, MN 55343

10924   ALLIANT TECHNICAL SYSTEMS, INC., KILGORE DRIVE, TOONE, TN 38381

10924   ALLIANT TECHNICAL SYSTEMS, INC., PO BOX610, HOPKINS, MN 55343

10924   ALLIANT TECHNICAL SYSTEMS, INC., TWIN CITY PLANT, BLDG. 502, STATE HIGHWAY 96, NEW BRIGHTON, MN 55112

10925   ALLIANT TECHSYSTEMS INC, 4100 SOUTH 7900 WEST, WEST VALLEY, UT 84120

10925   ALLIANT TECHSYSTEMS INC, 7812 WEST 4100 SOUTH, MAGNA, UT 84044

10925   ALLIANT TECHSYSTEMS INC, BACCHUS WORKS, MAGNA, UT 84044

10924   ALLIANT TECHSYSTEMS POWER SOURCES, 104 ROCK ROAD, HORSHAM, PA 19044

10925   ALLIANT TECHSYSTEMS, 7900 WEST 4100 SOUTH, WEST VALLEY CITY, UT 84120

10925   ALLIANT TECHSYSTEMS, BLDG 103, NEW BRIGHTON, MN 55112

10925   ALLIANT TECHSYSTEMS, PO BOX 610, HOPKINS, MN 55343

10924   ALLIED AFTERMARKET, 10 NEW ROAD, PROVIDENCE, RI 02916

10924   ALLIED AFTERMARKET, 1200 E HIGHLAND AVENUE, NEVADA, MO 64772

10924   ALLIED AFTERMARKET, FINANCIAL SHARED SERVICES, LIVONIA, MI 48150

10925   ALLIED AMERICAN GYPSUM CO NE, 1000 N HILL RD, ALBUQUERQUE, NM

10925   ALLIED ARTS, 20 BLUFF VIEW, CHATTANOOGA, TN 37403

10925   ALLIED BENDIX AERO, 250 KNOTTER DR, CHESHIRE, CT 06410

10925   ALLIED BENDIX, 15825 ROXFORD ST, SYLMAR, CA 91342

10925   ALLIED BLDG PRODUCTS CORP, 41 CANAL ST, SOUTH BOUND BROOK, NJ 08880

10925   ALLIED BLDG PRODUCTS, PO BOX 21852, LEHIGH VALLEY, PA 18002

10925   ALLIED BODY WORKS INC., 625 SOUTH 96TH ST, SEATTLE, WA 98108

10925   ALLIED BOILER & IRON WORKS INC., #160, 6480 ROCKSIDE RD., CLEVELAND, OH 44131

10925   ALLIED BUILDING PROD CORP, 1121 N ELLIS ST, BENSENVILLE, IL 60106

10925   ALLIED BUILDING PRODUCT, 1109 ENTERPRISE ROAD, EAST PETERSBURG, PA 17520

10924   ALLIED BUILDING PRODUCTS CORP, 2815 HILL AVENUE, TOLEDO, OH 43607

10924   ALLIED BUILDING PRODUCTS CORP, 850 FLORA STREET, ELIZABETH, NJ 07201

10925   ALLIED BUILDING PRODUCTS CORP, PO BOX 511, 15 E UNION AVE, EAST RUTHERFORD, NJ 07073

10925   ALLIED BUILDING PRODUCTS., 2130 5TH AVE., RONKONKOMA, NY 11779

10924   ALLIED BUILDING PRODUCTS, ** DO NOT USE**, ELIZABETH, NJ 07201

10924   ALLIED BUILDING PRODUCTS, **DO NOT USE- USE 539875**, LANSING, MI 48906

10924   ALLIED BUILDING PRODUCTS, **TO BE DELETED**, GRAND RAPIDS, MI 49548

10924   ALLIED BUILDING PRODUCTS, **TO BE DELETED**, INDIANAPOLIS, IN 46222

10924   ALLIED BUILDING PRODUCTS, **USE 225756**, SOUTH BOUND BROOK, NJ 08880

10924   ALLIED BUILDING PRODUCTS, 1055 KINNEAR ROAD, COLUMBUS, OH 43212

10924   ALLIED BUILDING PRODUCTS, 1077 EASTSHORE HIGHWAY, BERKELEY, CA 94710

10924   ALLIED BUILDING PRODUCTS, 1109 ENTERPRISE ROAD, EAST PETERSBURG, PA 17520

10924   ALLIED BUILDING PRODUCTS, 11305 N.E. MARX, PORTLAND, OR 97220

10924   ALLIED BUILDING PRODUCTS, 11312 SUN CO DRIVE, RANCHO CORDOVA, CA 95742

10924   ALLIED BUILDING PRODUCTS, 11440 S.W. TIEDEMAN ROAD, PORTLAND, OR 97273

10924   ALLIED BUILDING PRODUCTS, 11501 ROSLYN ROAD ***USE 226761), MINEOLA, NY 11501

10924   ALLIED BUILDING PRODUCTS, 1160 SCOTTSVILLE ROAD, ROCHESTER, NY 14624

10924   ALLIED BUILDING PRODUCTS, 1211 N. ELLIS, BENSENVILLE, IL 60106

10924   ALLIED BUILDING PRODUCTS, 1244 N. LEMON, ANAHEIM, CA 92801

10924   ALLIED BUILDING PRODUCTS, 1308 E. 50TH STREET, LUBBOCK, TX 79404

10924   ALLIED BUILDING PRODUCTS, 13601 S. WESTERN AVE., BLUE ISLAND, IL 60406

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ALLIED BUILDING PRODUCTS, 1380 N. MAIN STREET, ANN ARBOR, MI 48107 | |
| 10924 | ALLIED BUILDING PRODUCTS, 138-60 JAMAICA AVENUE, JAMAICA, NY 11435 | |
| 10925 | ALLIED BUILDING PRODUCTS, 15 E UNION AVE, EAST RUTHERFORD, NJ 07073 | |
| 10924 | ALLIED BUILDING PRODUCTS, 15 EAST UNION AVE, EAST RUTHERFORD, NJ 07073 | |
| 10924 | ALLIED BUILDING PRODUCTS, 1510 N. 21ST. AVENUE, PHOENIX, AZ 85009 | |
| 10925 | ALLIED BUILDING PRODUCTS, 1634 S 108TH ST, WEST ALLIS, WI 53214 | |
| 10924 | ALLIED BUILDING PRODUCTS, 1634 S. 108TH STREET, WEST ALLIS, WI 53214 | |
| 10924 | ALLIED BUILDING PRODUCTS, 1700 E. 9 MILE ROAD, DETROIT, MI 48220 | |
| 10924 | ALLIED BUILDING PRODUCTS, 1703 7TH AVENUE, HUNTINGTON, WV 25703 | |
| 10924 | ALLIED BUILDING PRODUCTS, 1735 EASTERN AVENUE, CINCINNATI, OH 45212 | |
| 10925 | ALLIED BUILDING PRODUCTS, 1841 VULTEE ST, ALLENTOWN, PA 18103 | |
| 10924 | ALLIED BUILDING PRODUCTS, 1841 VULTEE STREET, ALLENTOWN, PA 18103 | |
| 10924 | ALLIED BUILDING PRODUCTS, 1990 MC KEES ROCKS ROAD, MC KEES ROCKS, PA 15136 | |
| 10924 | ALLIED BUILDING PRODUCTS, 2015 112TH STREET SOUTH, TACOMA, WA 98444 | |
| 10924 | ALLIED BUILDING PRODUCTS, 24 RAILROAD AVENUE, ALBANY, NY 12205 | |
| 10924 | ALLIED BUILDING PRODUCTS, 2430 E. TIOGA STREET, PHILADELPHIA, PA 19134 | |
| 10924 | ALLIED BUILDING PRODUCTS, 245 42ND STREET, BROOKLYN, NY 11210 | |
| 10924 | ALLIED BUILDING PRODUCTS, 245 42ND STREET, BROOKLYN, NY 11232 | |
| 10924 | ALLIED BUILDING PRODUCTS, 2701 BELLS ROAD, RICHMOND, VA 23224 | |
| 10924 | ALLIED BUILDING PRODUCTS, 27-02 FIRST STREET, ASTORIA, NY 11103 | |
| 10924 | ALLIED BUILDING PRODUCTS, 3121 S.W. 1ST TERRACE, FORT LAUDERDALE, FL 33315 | |
| 10924 | ALLIED BUILDING PRODUCTS, 322 TERMINAL STREET S.W., GRAND RAPIDS, MI 49548 | |
| 10924 | ALLIED BUILDING PRODUCTS, 32800 GROSBEK HWY., FRASER, MI 48026 | |
| 10925 | ALLIED BUILDING PRODUCTS, 3285B WEST FIRST AVE, EUGENE, OR 97402 | |
| 10924 | ALLIED BUILDING PRODUCTS, 3611 PENNSY DRIVE, LANDOVER, MD 20785 | |
| 10924 | ALLIED BUILDING PRODUCTS, 3825 COMMERCIAL N.E. *DO NOT USE*, ALBUQUERQUE, NM 87107 | |
| 10924 | ALLIED BUILDING PRODUCTS, 3825 COMMERCIAL N.E., ALBUQUERQUE, NM 87107 | |
| 10924 | ALLIED BUILDING PRODUCTS, 3855 INTERPARK DRIVE, COLORADO SPRINGS, CO 80907 | |
| 10924 | ALLIED BUILDING PRODUCTS, 3900 W. QUAIL AVENUE, LAS VEGAS, NV 89118 | |
| 10924 | ALLIED BUILDING PRODUCTS, 3900 WEST QUAIL AVENUE, LAS VEGAS, NV 89118 | |
| 10924 | ALLIED BUILDING PRODUCTS, 4050 WEST 10TH STREET, INDIANAPOLIS, IN 46222 | |
| 10924 | ALLIED BUILDING PRODUCTS, 41 CANAL STREET, SOUTH BOUND BROOK, NJ 08880 | |
| 10924 | ALLIED BUILDING PRODUCTS, 4159 SANTA ROSA AVENUE, SANTA ROSA, CA 95407 | |
| 10924 | ALLIED BUILDING PRODUCTS, 42-16 11TH STREET, LONG ISLAND CITY, NY 11101 | |
| 10924 | ALLIED BUILDING PRODUCTS, 438 SOUTH DEVILS GLENN ROAD, BETTENDORF, IA 52722 | |
| 10924 | ALLIED BUILDING PRODUCTS, 4700 S. 500 WEST, MURRAY, UT 84123 | |
| 10924 | ALLIED BUILDING PRODUCTS, 4700 SOUTH 500 WEST, MURRAY, UT 84123 | |
| 10925 | ALLIED BUILDING PRODUCTS, 479 JUMPERS HOLE SUITE 301, SEVERNA PARK, MD 21146 | |
| 10924 | ALLIED BUILDING PRODUCTS, 481 E.Z. STREET, PRESCOTT, AZ 86301 | |
| 10925 | ALLIED BUILDING PRODUCTS, 481 E2 ST, SCOTTSDALE, AZ 85254 | |
| 10924 | ALLIED BUILDING PRODUCTS, 5000 VAN EPPS ROAD, CLEVELAND, OH 44131 | |
| 10924 | ALLIED BUILDING PRODUCTS, 5201 EAST COMMERCE, FLAGSTAFF, AZ 86004 | |
| 10924 | ALLIED BUILDING PRODUCTS, 5252 SHERMAN STREET, DENVER, CO 80216 | |
| 10924 | ALLIED BUILDING PRODUCTS, 5810 EMILIE RD. *DO NOT USE*, LEVITTOWN, PA 19057 | |
| 10924 | ALLIED BUILDING PRODUCTS, 5810 EMILIE ROAD, LEVITTOWN, PA 19057 | |
| 10924 | ALLIED BUILDING PRODUCTS, 596 N. COMMERCIAL DR., GRAND JUNCTION, CO 81501 | |
| 10924 | ALLIED BUILDING PRODUCTS, 596 N. COMMERCIAL DRIVE, GRAND JUNCTION, CO 81501 | |
| 10924 | ALLIED BUILDING PRODUCTS, 622 EAST GRAND RIVER AVENUE, LANSING, MI 48906 | |
| 10925 | ALLIED BUILDING PRODUCTS, 67 ROSLYN RD, MINEOLA, NY 11501 | |
| 10924 | ALLIED BUILDING PRODUCTS, 7100 212 ST S W, EDMONDS, WA 98020 | |
| 10924 | ALLIED BUILDING PRODUCTS, 7100 212ST S.W., EDMONDS, WA 98020 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ALLIED BUILDING PRODUCTS, 7100 212TH ST SW, EDMONDS, WA 96026

10924   ALLIED BUILDING PRODUCTS, 7100 212TH STREET S.W.*DO NOT USE*, EDMONDS, WA 98020

10924   ALLIED BUILDING PRODUCTS, 795 GABLE WAY, EL CAJON, CA 92020

10924   ALLIED BUILDING PRODUCTS, 8207 HARTZELL ROAD, ANCHORAGE, AK 99507

10925   ALLIED BUILDING PRODUCTS, 85 HANNA PKWY, AKRON, OH 44319

10924   ALLIED BUILDING PRODUCTS, 850 FLORA STREET, ELIZABETH, NJ 07201

10924   ALLIED BUILDING PRODUCTS, 888 ORCHARD LAKE ROAD, PONTIAC, MI 48341

10925   ALLIED BUILDING PRODUCTS, 888 ORCHARD LANE ROAD, PONTIAC, MI 48341

10924   ALLIED BUILDING PRODUCTS, 9416 RIVER ROAD, MARCY, NY 13403

10924   ALLIED BUILDING PRODUCTS, DO NOT USE, ANAHEIM, CA 92801

10924   ALLIED BUILDING PRODUCTS, MARKED FOR DELETION, DENVER, CO 80216

10924   ALLIED BUILDING PRODUCTS, P O BOX 511 *DO NOT USE*, EAST RUTHERFORD, NJ 07073

10925   ALLIED BUILDING PRODUCTS, PO BOX 178-H, WALL, NJ 07719

10924   ALLIED BUILDING PRODUCTS, PO BOX 2087, FARGO, ND 58107-2087

10925   ALLIED BUILDING PRODUCTS, PO BOX 511, EAST RUTHERFORD, NJ 07073

10924   ALLIED BUILDING PRODUCTS, ROSLYN ROAD & 2ND STREET*USE 226761, MINEOLA, NY 11501

10924   ALLIED BUILDING PRODUCTS, ROSLYN ROAD & 2ND STREET, MINEOLA, NY 11501

10924   ALLIED BUILDING PRODUCTS, ROUTE #17, EAST RUTHERFORD, NJ 07073

10924   ALLIED BUILDING PRODUCTS, ROUTE 17, EAST RUTHERFORD, NJ 07073

10924   ALLIED BUILDING/R.S.I., 322 TERMINAL S.W., GRAND RAPIDS, MI 49548

10925   ALLIED CARRIERS EXCHANGE, INC, PO BOX 17626 T.A., DENVER, CO 80217

10925   ALLIED CARRIERS EXCHANGE, PO BOX 17627, DENVER, CO 80217-0626

10924   ALLIED CENTER - BLDG. "C", SOUTHFIELD, MI 48075

10925   ALLIED CHEMICAL CO., 2217 NICOLLET AVE SOUTH, MINNEAPOLIS, MN 55404

10925   ALLIED CHEMICAL TECHNOLOGIES INC, PO BOX 2912, SUNNYVALE, CA 94087-0912

10925   ALLIED CHEMICAL TECHNOLOGIES, INC, POBOX 8659, ELKRIDGE, MD 21075-8659

10924   ALLIED COLLOIDS, WILRAY ROAD, SUFFOLK, VA 23432

10924   ALLIED CONC.-SUFFOLK BLOCK, 999 KENYON ROAD, SUFFOLK, VA 23434

10924   ALLIED CONCRETE CO, 1000 HARRIS ST., CHARLOTTESVILLE, VA 22901

10924   ALLIED CONCRETE CO, P O BOX 1647, CHARLOTTESVILLE, VA 22903

10924   ALLIED CONCRETE COMPANY, 1000 HARRIS ST, CHARLOTTESVILLE, VA 22903

10924   ALLIED CONCRETE COMPANY, P.O. BOX 3197, SUFFOLK, VA 23434

10924   ALLIED CONCRETE PROD, 1928 JAMES SAVAGE RD, MIDLAND, MI 48640

10924   ALLIED CONCRETE PRODUCTS, (USE PAYER NO. 226675), P.O. BOX 3197, SUFFOLK, VA 23434

10924   ALLIED CONCRETE PRODUCTS, 1928 JAMES SAVAGE, MIDLAND, MI 48640

10924   ALLIED CONCRETE PRODUCTS, INC., 120 COURTLAND ROAD, EMPORIA, VA 23847

10924   ALLIED CONCRETE, 3900 SHANNON STREET, CHESAPEAKE, VA 23324

10924   ALLIED CONST SERVICES INC, 2300 S.W.ADAMS ST, PEORIA, IL 61602

10924   ALLIED CONSTR'N - PAVER, VARIOUS LOCATIONS, CHARLES CITY, IA 50616

10924   ALLIED CONSTRUCTION CO, 503 EAST 10TH STREET, HAYS, KS 67601

10924   ALLIED CONSTRUCTION CO, P O BOX 190, HAYS, KS 67601

10925   ALLIED CONSTRUCTION CO, PO BOX 1396, PORTLAND, ME 04104

10924   ALLIED CONSTRUCTION CO, PO BOX190, HAYS, KS 67601

10924   ALLIED CONSTRUCTION SERV, P.O. BOX 749, BETTENDORF, IA 52722

10924   ALLIED CONSTRUCTION SERVICES, 10812 SAPP BROS. DRIVE, OMAHA, NE 68138

10924   ALLIED CONSTRUCTION SERVICES, 2122 FLEUR DR., DES MOINES, IA 50321

10924   ALLIED CONSTRUCTION SERVICES, CAMBRIDGE, MA 02140

10924   ALLIED CONSTRUCTION, 214 35TH STREET SOUTH, BETTENDORF, IA 52722

10924   ALLIED CONSTRUCTION, 35TH AND STATE STREET, BETTENDORF, IA 52722

10924   ALLIED CONSTRUCTION, CAMBRIDGE, MA 02140

10925   ALLIED CONSTUCTION EQUIPMENT CO., 4015 FOREST PARK AVE., SAINT LOUIS, MO 63108

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ALLIED CONTAINER CORP, 435 E.HEDDING ST, SAN JOSE, CA 95112

10924    ALLIED CORP., 400 S. BEIGER, MISHAWAKA, IN 46544

10924    ALLIED ELECTRIC  SUPPLY, 2535 7TH AVE, WATERVLIET, NY 12189

10924    ALLIED ELECTRIC SUPPLY CO, 1201 FORBES AVENUE, PITTSBURGH, PA 15219

10924    ALLIED ELECTRIC SUPPLY CO, 4055 WM FLYNN HWY, ALLISON PARK, PA 15101

10924    ALLIED ELECTRIC SUPPLY, 146 EAST MAIN STREET, COBLESKILL, NY 12043

10924    ALLIED ELECTRIC, 4690 EAST JENSEN, FRESNO, CA 93725

10924    ALLIED ELECTRICAL SUPPLY, 23820 TELEGRAPH, SOUTHFIELD, MI 48034

10925    ALLIED ELECTRONICS, 1355 SLEEPY HOLLOW, ELGIN, IL 60120

10925    ALLIED ELECTRONICS, 3681 WEST 183 ST, HAZEL CREST, IL 60429

10925    ALLIED ELECTRONICS, INC, PO BOX 2325, FORT WORTH, TX 76113

10925    ALLIED EMERGENCY RESTORATION, 4018 NE 5TH AVE, OAKLAND PARK, FL 33334

10925    ALLIED ENGINEERING, 808 W. 6TH STREET, ATLANTIC, IA 50022

10924    ALLIED ENVIRONMENTAL, 65 S FRONT STREET, COLUMBUS, OH 43215

10925    ALLIED FENCE CO. OF DALLAS, 266 W. COMMERCE ST., DALLAS, TX 75208

10925    ALLIED FLOOR CLEANING SYSTEMS INC, PO BOX 4240, CAROL STREAM, IL 60197-4240

10925    ALLIED FLOOR CLEANING SYSTEMS, 6400 WEST 73RD ST, BEDFORD PARK, IL 60638

10925    ALLIED FOAM TECH CORP., 121 DICKERSON ROAD UNIT #, NORTH WALES, PA 19454

10924    ALLIED FOODS, INC., 1450 HILLS PLACE, ATLANTA, GA 30318

10925    ALLIED FORCES, PO BOX 1205, CHANDLER, AZ 85244-1205

10924    ALLIED GARY CO., 1 GARY WAY, WAYNESBORO, GA 30830

10925    ALLIED GLOVE CORPORATION, 431 NORTH 5TH ST., MILWAUKEE, WI 53203-3004

10925    ALLIED HASTINGS BARREL & DRUM, 915 W 37TH ST, CHICAGO, IL 60609

10924    ALLIED HASTINGS BARREL, 915 W. 37TH STREET, CHICAGO, IL 60609

10924    ALLIED HEALTH/THOMAS TECH CAMPUS, C/O SOUTHEASTERN ROOF DECKS, THOMASVILLE, GA 31792

10924    ALLIED HEATING, 12 DE LUCA PLACE, SAN RAFAEL, CA 94901

10924    ALLIED HEATING, 12 DE, LUCA, SAN RAFAEL, CA 94901

10925    ALLIED HYDRAULIC SERVICES INC, 3695 POMONA BLVD, POMONA, CA 91768

10925    ALLIED INDUSTRIES INC, 1100 PEARL ST, BROCKTON, MA 02401-5409

10925    ALLIED INDUSTRIES INC., 1100 PEARL ST, BROCKTON, MA 02401-5409

10925    ALLIED INDUSTRIES, INC, 1100 PEARL ST, BROCKTON, MA 02301-5409

10924    ALLIED INSULATION SUPPLY CO, INC., PO BOX 2122, MILWAUKEE, WI 53201

10924    ALLIED INTERNATIONAL SALES, 10850 RICHMOND AVENUE, HOUSTON, TX 77042

10925    ALLIED INTERNATIONAL, PO BOX 4403, CHICAGO, IL 60680

10925    ALLIED INTERNATIONAL, PO BOX 95890, CHICAGO, IL 60694

10925    ALLIED INTL, PO BOX 95890, CHICAGO, IL 60694

10925    ALLIED LIGHTING PRODUCTS INC., PO BOX 565, SOUTH EASTON, MA 02375

10925    ALLIED LIGHTING PRODUCTS, INC, PO BOX 565, SOUTH EASTON, MA 02375

10925    ALLIED MATERIALS HANDLING INC, 4370 SHALLOWFORD IND. PKWY., MARIETTA, GA 30066

10925    ALLIED MATERIALS HANDLING INC., 6 OFFICE PARK CIRCLE, SUITE 100, BIRMINGHAM, AL 35223-2566

10924    ALLIED OIL & SUPPLY CO, PO BOX 3763, OMAHA, NE 68108

10925    ALLIED PACKAGING, POBOX 1100, MELROSE PARK, IL 60160-1100

10925    ALLIED PALLET & LUMBER CO., PO BOX 99, HAMPSTEAD, NC 28443

10925    ALLIED PETRO PEODUCTS INC, 125 SOUTH EDGEWOOD AVE, JACKSONVILLE, FL 32254-3765

10925    ALLIED PRECISION, 509 STEVEN ST, GENEVA, IL 60134

10925    ALLIED PUBLISHING SERVICE INC, 221 W 10TH ST STE B, MEDFORD, OR 97501-8603

10924    ALLIED READY MIX CO., 1321 N. DELPHINE AVENUE, WAYNESBORO, VA 22980

10924    ALLIED READY MIX CO., PO BOX280, WAYNESBORO, VA 22980

10924    ALLIED READY MIX, 300 PIKE BLVD, LAWRENCEVILLE, GA 30045

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ALLIED READY MIX, P.O.BOX 728, DECATUR, GA 30031 | |
| 10924 | ALLIED READYMIX, INC., 574 HWY 314, FAYETTEVILLE, GA 30214 | |
| 10924 | ALLIED REDI MIX, 1211 S MAIN STREET, CHARLES CITY, IA 50616 | |
| 10924 | ALLIED REDI-MIX, 2953 - 360TH STREET, NEW HAVEN, IA 50461 | |
| 10924 | ALLIED REDI-MIX, HIGHWAY 18 WEST, NORA SPRINGS, IA 50458 | |
| 10924 | ALLIED REDI-MIX, P O BOX 687, CHARLES CITY, IA 50616-0687 | |
| 10924 | ALLIED REDI-MIX, RICEVILLE, IA 50466 | |
| 10925 | ALLIED RENTALS, 4907 RUGBY AVE., BETHESDA, MD 20814 | |
| 10925 | ALLIED RESIN CORP, WEYMOUTH INDUSTRIAL PARK, EAST WEYMOUTH, MA 02189 | |
| 10925 | ALLIED SECURITY GROUP LLC, PO BOX 633, CLIFTON, NJ 07012 | |
| 10925 | ALLIED SECURITY GROUP, PO BOX 633, CLIFTON, NJ 07012 | |
| 10925 | ALLIED SECURITY INC, 2840 LIBRARY ROAD, PITTSBURGH, PA 15234-2621 | |
| 10925 | ALLIED SECURITY, PO BOX 8500-50795, PHILADELPHIA, PA 19178-8500 | |
| 10924 | ALLIED SEPTIC TANK CO INC, 5640 CARDER ROAD, ORLANDO, FL 32810 | |
| 10924 | ALLIED SEPTIC TANK CO., INC., 5640 CARDER RD., ORLANDO, FL 32810 | |
| 10924 | ALLIED SEPTIC TANK CO., INC., CAMBRIDGE, MA 99999 | |
| 10925 | ALLIED SIGNAL AERO, 375 N LAKE ST, BOYNE CITY, MI 49712 | |
| 10924 | ALLIED SIGNAL AEROSPACE DE MEXICO, P.O. BOX 500, 233 PAULINE AVENUE, CALEXICO, 92231MEXICO | *VIA Deutsche Post* |
| 10924 | ALLIED SIGNAL AEROSPACE, 3520 WESTMOOR STREET, SOUTH BEND, IN 46556 | |
| 10924 | ALLIED SIGNAL AEROSPACE, 375 NORTH LAKE STREET, BOYNE CITY, MI 49712 | |
| 10924 | ALLIED SIGNAL AEROSPACE, 699 RTE 46E, TETERBORO, NJ 07608 | |
| 10924 | ALLIED SIGNAL AEROSPACE, 717 N BENDIX, SOUTH BEND, IN 46620 | |
| 10924 | ALLIED SIGNAL AEROSPACE, AIRCRAFT LANDING SYSTEMS, TEMPE, AZ 85285 | |
| 10924 | ALLIED SIGNAL AEROSPACE, CONTROLS & ACCESSORIES, TEMPE, AZ 85285-2222 | |
| 10925 | ALLIED SIGNAL AEROSPACE, PO BOX 29003, PHOENIX, AZ 85038-9003 | |
| 10924 | ALLIED SIGNAL AEROSPACE, PO BOX22312, TEMPE, AZ 85285 | |
| 10924 | ALLIED SIGNAL AUTOMOTIVE DE MEXICO, 5601 CERRITO PREITO COURT, LAREDO, TX 78040 | |
| 10924 | ALLIED SIGNAL AUTOMOTIVE OF CANADA, 305 ROMEO STREET SOUTH, STRATFORD, ONTARIO, ON N5A 4T8TORONTO | *VIA Deutsche Post* |
| 10924 | ALLIED SIGNAL AUTOMOTIVE OF CANADA, PO BOX550, STRATFORD, ONTARIO, ON N5A 6V4TORONTO | *VIA Deutsche Post* |
| 10925 | ALLIED SIGNAL AUTOMOTIVE, 901 CLEVELAND ST, ELYRIA, OH 44036 | |
| 10925 | ALLIED SIGNAL AUTOMOTIVE, PO BOX 3395, LIVONIA, MI 48151-3333 | |
| 10924 | ALLIED SIGNAL BRAKING SYSTEMS, 900 W. MAPLE RD., TROY, MI 48084 | |
| 10925 | ALLIED SIGNAL COMPANY, 101 COLUMBIA RD, PO BOX 4000, MORRISTOWN, NJ 07962-2497 | |
| 10924 | ALLIED SIGNAL CORPORATION, 57190 FLORANGE, STE AGATHE, 57190FRANCE | *VIA Deutsche Post* |
| 10924 | ALLIED SIGNAL CORPORATION, ZONE INDUSTRIELLE, STE. AGATHE, FLORANGE, 57190FRANCE | *VIA Deutsche Post* |
| 10925 | ALLIED SIGNAL INC HONEYWELL INTL, MICHAEL R BONSIGNORE CEO, 101 COLUMBIA ROAD, MORRISTOWN, NJ 90067 | |
| 10925 | ALLIED SIGNAL INC, PO BOX 2105, MORRISTOWN, NJ 07962-2105 | |
| 10925 | ALLIED SIGNAL INC, PO BOX 360142M, PITTSBURGH, PA 15251 | |
| 10924 | ALLIED SIGNAL INC., 2100 E. 95TH STREET, KANSAS CITY, MO 64131 | |
| 10925 | ALLIED SIGNAL INC., 33533 WEST 12 MILE ROAD, FARMINGTON HILLS, MI 48331 | |
| 10925 | ALLIED SIGNAL INC., C/O ALLIED CORPORATION, 101 COLUMBIA ROAD, MORRISTOWN, NJ 07962 | |
| 10925 | ALLIED SIGNAL INC., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10925 | ALLIED SIGNAL INC., PO BOX 1053, MORRISTOWN, NJ 07962-1053 | |
| 10924 | ALLIED SIGNAL SINGAPORE (PTE) LTD., 161 GUL CIRCLE, SINGAPORE, 629619SGP | *VIA Deutsche Post* |
| 10925 | ALLIED SIGNAL, 1401 W CYPRESS CREEK, FORT LAUDERDALE, FL 33309-1969 | |
| 10925 | ALLIED SIGNAL, 15825 ROXFORD ST, SYLMAR, CA 91342 | |
| 10925 | ALLIED SIGNAL, 2100 N W 62ND ST, FORT LAUDERDALE, FL 33309 | |
| 10925 | ALLIED SIGNAL, 255 ATWELL DR, ETOBICOKE, ON M9W 6L7CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ALLIED SIGNAL, 3737 IND BLVD, ORANGEBURG, SC 29115

10925    ALLIED SIGNAL, 991 PARK CENTER DR, VISTA, CA 92083

10924    ALLIED SIGNAL, CAMBRIDGE, MA 02140

10924    ALLIED SIGNAL, COLUMBIA TURNPIKE, MORRIS PLAINS, NJ 07950

10925    ALLIED SIGNAL, ELECTRIC POWER DIV, 118 HWY 35, EATONTOWN, NJ 07724

10924    ALLIED SIGNAL, INC. ATT: REC. DEPT., BENDIX FRICTION MATERIALS, GREEN ISLAND, NY 12183

10924    ALLIED SIGNAL, INC., 1301 MAIN PARKWAY, CATOOSA, OK 74015

10924    ALLIED SIGNAL, INC., 15001 N.E. 36TH STREET, REDMOND, WA 98073

10924    ALLIED SIGNAL, INC., 400 S. BEIGER STREET, MISHAWAKA, IN 46544

10924    ALLIED SIGNAL, INC., 717 NORTH BENDIX DRIVE, SOUTH BEND, IN 46620

10924    ALLIED SIGNAL, INC., 851 JACKSON STREET, GREENVILLE, OH 45331

10924    ALLIED SIGNAL, INC., CLEARFIELD PLANT, BLDG. C-13, FREEPORT CENTER, CLEARFIELD, UT 84016

10924    ALLIED SIGNAL, INC., CONTROLS & ACCESSORIES, TEMPE, AZ 85285-2222

10924    ALLIED SIGNAL, INC., FINANCIAL SHARED SERVICES, LIVONIA, MI 48153-7777

10925    ALLIED SIGNAL, PO BOX 2332R, MORRISTOWN, NJ 07960

10925    ALLIED SIGNAL, PO BOX 360142M, PITTSBURGH, PA 15251

10925    ALLIED SIGNAL, PO BOX 905210, CHARLOTTE, NC 28290

10925    ALLIED SPECTAGUARD, PO BOX 8500-50795, PHILADELPHIA, PA 19178-8500

10924    ALLIED STEEL PRODUCTS, INC., 500 WATER STREET, WILMINGTON, DE 19804

10925    ALLIED TRAILER SALES & RENTAL, PO BOX 427, SAVAGE, MD 20763

10925    ALLIED UNIVERSAL, THOMAS BOOTH, 9549 RANGE LINE ROAD, PORT ST LUCIE, FL 34987

10925    ALLIED VALVE INDUSTRIES INC, 1019 W.GRAND AVE, CHICAGO, IL 60622

10925    ALLIED VALVE, 1019 W GRAND AVE, CHICAGO, IL 60622

10925    ALLIED VAN LINES INC., PO BOX 95062, CHICAGO, IL 60694

10925    ALLIED VAN LINES, INC, PO BOX 95062, CHICAGO, IL 60694

10925    ALLIED VAN LINES, POBOX 95062, CHICAGO, IL 60694

10924    ALLIED WAREHOUSE, 2122 FLEUR DRIVE, DES MOINES, IA 50321

10925    ALLIED WASTE INDUSTRIES INC BROWNIN, STEVE DOSS, 15880 N GREENWAY-HAYDEN LOOP, SUITE 100, SCOTTSDALE, AZ 85260

10925    ALLIED WASTE SERVICES INC, C/O 3201 SOUTH 61ST ST, PHILADELPHIA, PA 19153-3592

10925    ALLIED WELDING SUPPLY, INC, PO BOX 08312, MILWAUKEE, WI 53208

10924    ALLIED WHOLESALE ELECTRICAL SY, 120 N. LYNHURST DR, INDIANAPOLIS, IN 46224

10925    ALLIED YOUR OFFICE PARTNER, POBOX 18347, NEWARK, NJ 07191

10924    ALLIED/OLYMPIC JOINT VENTURE, CAMBRIDGE, MA 02140

10924    ALLIED/OLYMPIC JUNT VENT., P.O.BOX 8280, DES MOINES, IA 50301

10925    ALLIED-HASTINGS BARREL &, DRUM SERVICES INC, 915 WEST 37TH ST., CHICAGO, IL 60609

10925    ALLIEDSIGNAL AEROSPACE, PO BOX 101854, ATLANTA, GA 30392-1854

10925    ALLIEDSIGNAL AVIONICS INC, PO BOX 730214, DALLAS, TX 75373-0214

10924    ALLIEDSIGNAL BUSINESS SERVICES, PO BOX 4189, DANBURY, CT 06813-4189

10925    ALLIEDSIGNAL INC, LOWENSTEIN SANDLER KOHL, FISHER & BOYLAN, 65 LIVINGSTON AVE, ROSELAND, NJ 07068

10924    ALLIEDSIGNAL INC, PO BOX3133, BATON ROUGE, LA 70821

10925    ALLIEDSIGNAL INC., PO BOX 360142M, PITTSBURGH, PA 15251

10925    ALLIEDSIGNAL INC., PO BOX 93078, CHICAGO, IL 60673-3078

10924    ALLIEDSIGNAL TECH SER, 6200 FLAGSHIP CIRCLE, JACKSONVILLE, FL 32226

10924    ALLIEDSIGNAL TECHNICAL SVCS. CORP., 6200 FLAGSHIP CIRCLE, JACKSONVILLE, FL 32226

10924    ALLIEDSIGNAL, INC., ROUTE 45 NORTH, METROPOLIS, IL 62960

10925    ALLIEGRO, MARY, 1917 SW 63RD TERR, POMPANO BEACH, FL 33068

10925    ALLIGOOD, BARRIE, 3337 BANDY RD, ROANOKE, VA 24014

10925    ALLING & CORY, 8779 GREENWOOD PLACE, SAVAGE, MD 20763

10925    ALLING & CORY, PO BOX 3037, HARRISBURG, PA 17105-3037

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ALLIS CHALMERS CORPORATION, 1126 SOUTH 70TH ST., MILWAUKEE, WI 53214-3151

10925   ALLIS-CHALMERS CORP., ONE COMMERCIAL PLAZA, HARTFORD, CT 06103

10925   ALLISON BRINKLEY MACKENZIE, 8627 BLACK ROCK HARBOUR, PASADENA, MD 21122-2547

10924   ALLISON CONCRETE PRODUCTS, 120 S PARK, STANBERRY, MO 64489

10924   ALLISON GAS TURBINE, 2001 S TIBBS AVENUE, INDIANAPOLIS, IN 46241

10925   ALLISON MARMER MANDELL, 1135 E W NEWPORT, CHICAGO, IL 60657

10925   ALLISON S KEPSEL, 133 JEFFERSON AVE, HASBROUCK HEIGHTS, NJ 07604-1211

10925   ALLISON SMITH, 12004 W 85TH AVE, ARVADA, CO 80005

10925   ALLISON, BERKLEY, 169 S KOSSUTH ST, BALTIMORE, MD 21229

10925   ALLISON, BETSY, 2 VIEWMONT DRIVE, CANTON, NC 28716-9321

10925   ALLISON, BILLY, PO BOX 7073, MONROE, LA 71211

10925   ALLISON, CHRISTOPHER, 2748 WEST GEORGIA RD LOT 15, PIEDMONT, SC 29673

10925   ALLISON, DIANA, 1185 W. RIVER, KANKAKEE, IL 60901

10925   ALLISON, DONALD C, 303 TALL PINE ROAD, FOUNTAIN INN, SC 29644

10925   ALLISON, DONALD, 130 SOUTHSIDE CIRCLE, PIEDMONT, SC 29673-9532

10925   ALLISON, DONALD, 303 TALL PINE RD, FOUNTAIN INN, SC 29644

10925   ALLISON, JAMES, PO BOX 412, KATHLEEN, FL 33849-0412

10925   ALLISON, JULIE, 605 DODGE, EVANSTON, IL 60202

10925   ALLISON, LEWIS, BOX 202, SYLVA, NC 28779-0202

10925   ALLISON, LINDA, 183 N MADISON, BRADLEY, IL 60915

10925   ALLISON, LINDA, 4413 N 4 TH RD # 1, ARLINGTON, VA 22203

10925   ALLISON, MEREDITH, 869 HIGHLAND AVE, ANNAPOLIS, MD 21401

10925   ALLISON, MERYL, 211 POUND RIDGE RD, BEDFORD, NY 10506

10925   ALLISON, NICHOLAS, 8947 TR 552, SHREVE, OH 44676

10925   ALLISON, PATRICK, 5404 EAST LAKE CT CR, LAKE CHARLES, LA 70605

10925   ALLISON, PATRICK, 5404 EAST LAKE CT., LAKE CHARLES, LA 70605

10925   ALLISON, ROBERT, 301 CAMDEN DR, PIEDMONT, SC 29673

10925   ALLISON, RONALD, 3164 WOODRUFF ROAD, SIMPSONVILLE, SC 29681

10925   ALLISON, ROY, 120 HILLTOP ST, SIMPSONVILLE, SC 29681

10925   ALLISON, SAM, PO BOX 1626, PANHANDLE, TX 79068

10925   ALLISON, SHAWNA, 3832 E 37 TH, ODESSA, TX 79762

10925   ALLISON, SHERRY, 822 ELIZABETH, LIBERTY, MO 64068

10925   ALLISON, WILMA, PO BOX 714, PELZER, SC 29669

10925   ALLMAN, PATRICIA, 170 WASHINGTON ST., BLOOMFIELD, NJ 07007

10925   ALLMAN, ROBIN, 803 OVERLOOK DRIVE, BETHLEHEM, PA 18017

10925   ALLMAN, SUSAN, 5060 PLESS ROAD, ROCKWELL, NC 28138

10925   ALLMON, MICHAEL, ROUTE 4, BOX 308, ATHENS, TN 37303

10925   ALLOMETRICS, INC, PO BOX 15825, BATON ROUGE, LA 70895

10925   ALLORE, MARJORY, 202 DORIS DRIVE, LAKELAND, FL 33803

10925   ALLORE, R, 202 DORIS AVE, LAKELAND, FL 33803

10924   ALLOU HEALTH & BEAUTY CARE, INC., 50 EMJAY BLVD., BRENTWOOD, NY 11717

10924   ALL-OUT FIRE EQUIPMENT, 385 HIGH ST., HOLBROOK, NY 11741

10925   ALLOWAY, GRETHA, 6026 COUNTY RD 105, TROY, AL 36081

10925   ALLOY CARBIDE CO CERAMETALS DIVISIO, WALTER J MCCAIN JR PRES, PO BOX 5368 7827 AVE H, HOUSTON, TX 77012-1131

10924   ALLOY POLYMERS, INC. (TIETEK), 3310 DEEPWATER TERMINAL ROAD, RICHMOND, VA 23234

10924   ALLOY POLYMERS, INC.(TIETEK), 3310 DEEPWATER TERMINAL ROAD, RICHMOND, VA 23234

10925   ALLOY PRODUCTS CORP., PO BOX 529, WAUKESHA, WI 53187

10925   ALLOY PRODUCTS CORP., PO BOX 68-9583, MILWAUKEE, WI 53268-9583

10925   ALLOY SLING CHAIN, 1416 WEST 175TH ST, EAST HAZEL CREST, IL 60429

10924   ALLOYD SUPPLY INC., 5734 WEBSTER ST, DAYTON, OH 45414

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ALLOYD SUPPLY INC., P.O. BOX 14476, DAYTON, OH 45414

10925   ALLOYS INC MCGOVERN NOEL & BENIK, KAREN A MIGNONE, 159 MILLBURN AVE, 2ND FL, MILLBURN, NJ 07041

10925   ALL-PAK, INC, 1195 WASHINGTON PIKE, BRIDGEVILLE, PA 15017-2854

10925   ALL-PAK, INC, PO BOX 641087, PITTSBURGH, PA 15264-1087

10925   ALL-PHASE ELECTRIC CO., PO BOX 3103, LAKE CHARLES, LA 70602

10925   ALL-PHASE ELECTRIC SUPPLY CO, PO BOX 8525, BENTON HARBOR, MI 49023-8525

10925   ALL-PHASE ELECTRIC, PO BOX 8525, BENTON HARBOR, MI 49023-8525

10924   ALL-PHASE NATCHEZ, 187 HIGHWAY 61 SOUTH, NATCHEZ, MS 39120

10925   ALLPRO DRIVER LEASING INC, POBOX 300442, KANSAS CITY, MO 64130-0442

10925   ALLRED, DEAN, 3921 MOSSYROCK RD, GREENSBORO, NC 27406

10925   ALLRED, DOYLE, 2215 PARKER ROAD, LAKELAND, FL 33811-2019

10925   ALLRED, JASON, 8395 SWAN DRIVE, HIRAM, GA 30141

10925   ALLRED, MARGARET, 18855 WATTS VALLEY, SANGER, CA 93657

10925   ALLRED, MELISSA, 1302 FINGER, BORGER, TX 79007

10925   ALLRED, SHARON, 372 SCHOOL ST., CRAIG, CO 81625

10925   ALL-REDI FOOD FLOUR & SALT, 99 CRESCENT AVE, CHELSEA, MA 02150

10924   ALLRED'S INC., PO BOX 57160, SALT LAKE CITY, UT 84107

10924   ALLRIGHT PARKING, P. O. BOX 881, MILWAUKEE, WI 53201

10925   ALLSCHWANG, JAY S, 215 SPIERS ROAD, NEWTON, MA 02459

10925   ALLSCHWANG, JAY, 215 SPIERS ROAD, NEWTON, MA 02459

10925   ALL-SHRED, FORMERLY ALL-SHRED, 3600 EAST 48TH AVE., DENVER, CO 80216-3012

10925   ALL-SIGN CORPORATION, 5501 W. 109TH ST, OAK LAWN, IL 60453

10925   ALLSOP, KAREN, 740 N 73 TERR #410 PERRY, HOLLYWOOD, FL 33024

10925   ALLSOUTH ENVIRONMENTAL SERVICES INC, 179 WINDING WAY, JACKSON, GA 30233

10924   ALLSOUTH SUBCONTRACTORS, 2678 QUEENSTOWN ROAD, ALTON, AL 35015

10925   ALLSPACH, MARION, 14 GRAHAM PLACE, CLIFTON, NJ 07013

10925   ALL-STAINLESS INC, 992 TEMPLE ST RT.27, WHITMAN, MA 02382

10924   ALL-STAR CHEMICALS, P.O. BOX 84286, SAN DIEGO, CA 92138

10925   ALLSTAR PERSONNEL, 1638 E 17TH ST SUITE G, SANTA ANA, CA 92705

10924   ALLSTATE  INSULATION, RALPHO BUSINESS PARK, MANHEIM, PA 17545

10925   ALLSTATE APPRAISAL INC, 320 W 202ND ST, CHICAGO HEIGHTS, IL 60411

10924   ALLSTATE CAN CORPORATION, 1 WOOD HOLLOW ROAD, PARSIPPANY, NJ 07054

10924   ALLSTATE FIREPROOFING, 1380 15TH STREET W, WEST PALM BEACH, FL 33404

10924   ALLSTATE INDUSTRIAL, 10415 LORAIN AVE, CLEVELAND, OH 44111

10925   ALLSTATE LEASING LLC, 3575 HWY 13, EAGAN, MN 55122

10925   ALLSTATE LIGHTING & CHEMICAL, POBOX 639, BARSTOW, CA 92312-0639

10925   ALLSTATE POLYETHYLENE CORP, PO BOX 900, ENFIELD, NH 03748

10924   ALL-STATE PRODUCTS INC., 6301 NORTH WEST 74TH AVE, MIAMI, FL 33166

10924   ALL-STATE PRODUCTS INC., 6301-A NW 74TH AVENUE, MIAMI, FL 33166

10925   ALLSTATE RENT A FENCE,INC, 210 S 55TH AVE, PHOENIX, AZ 85043

10925   ALLSTATE, 51 WEST HIGGINS ROAD, FOX RIVER VALLEY GARDENS, IL 60010

10925   ALLSTATE, PO BOX 70510, CHARLOTTE, NC 28272-0510

10925   ALLSTATE, PO BOX 70541, CHARLOTTE, NC 28272-0541

10925   ALLSTATES AIR CARGO, INC, PO BOX 959, FORKED RIVER, NJ 08731

10925   ALLSTATES FIREPROOFING INC, 1380 15TH ST WEST, RIVIERA BEACH, FL 33404

10924   ALLSTATES FIREPROOFING, 1380 15TH STREET WEST, RIVIERA BEACH, FL 33404

10924   ALLSTATES FIREPROOFING, 2000 AVE. P, SUITE 11 & 12, RIVIERA BEACH, FL 33404

10925   ALLSTATES WORLDCARGOINC, PO BOX 959, FORKED RIVER, NJ 08731

10924   ALLSTATES, 1201 WEST PINE ST., ORLANDO, FL 32801

10924   ALLSTEEL & GYPSUM  PRODUCT INS, 1250 N W 23RD AVENUE, FORT LAUDERDALE, FL 33311

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ALLSTON TERMINAL, 310 CAMBRIDGE STREET, ALLSTON, MA 02134

10925   ALLSUP, JO, 4001 30TH ST., LUBBOCK, TX 79410

10925   ALLTECH ASSOC., 2051 WAUKEGAN ROAD, DEERFIELD, IL 60015

10925   ALLTECH ASSOCIATES INC, POBOX 23, DEERFIELD, IL 60015

10925   ALLTECH ASSOCIATES, INC, PO BOX 23, DEERFIELD, IL 60015

10924   ALLTECH ASSOCIATES, INC., 2051 WAUKEGAN ROAD, DEERFIELD, IL 60015

10925   ALL-TECH DECORATING COMPANY, SUITE 201, 206 MAIN ST, LEMONT, IL 60439

10924   ALLTECH INC, 3031 CATNIPHILL RD, NICHOLASVILLE, KY 40356

10924   ALLTECH INC., 3031 CATNIP HILL PARK, NICHOLASVILLE, KY 40356

10924   ALLTECH INC., 3031 CATNIP HILL PIKE, NICHOLASVILLE, KY 40356

10924   ALLTECH INC., 30310 CATNIP HILL PARK, NICHOLASVILLE, KY 40356

10924   ALL-TECH, 250 LAIRD STREET, PLAINS, PA 18705

10924   ALLTECH, INC., 3031 CATNIP HILL PIKE, NICHOLASVILLE, KY 40356

10924   ALLTEL COMMUNICATIONS PRODUCTS, INC, ONE ALLTEL CENTER, ALPHARETTA, GA 30009-1622

10924   ALLTEL COMMUNICATIONS-DO NOT USE, ONE ALLTEL CENTER, PO BOX 1622, ALPHARETTA, GA 30009-1622

10925   ALLTEL CORPORATION, PO BOX 2989, OMAHA, NE 68103-2989

10924   ALLTEL NEW YORK, 132 FLUVANNA AVENUE, JAMESTOWN, NY 14701

10924   ALLTEL OFFICE BUILDING #IV, 1400 RIVERFRONT, LITTLE ROCK, AR 72202

10924   ALLTEL SUPPLY, INC., 10720 COMPOSITE DRIVE, DALLAS, TX 75220

10924   ALLTEL SUPPLY, INC., 1400 CUSHMAN DRIVE, LINCOLN, NE 68512

10924   ALLTEL SUPPLY, INC., 2525 WORKMAN MILL ROAD, WHITTIER, CA 90601

10924   ALLTEL SUPPLY, INC., 650 DUBUQUE AVENUE, SOUTH SAN FRANCISCO, CA 94080

10924   ALLTEL SUPPLY, INC., 65-8 CLYDE ROAD, SOMERSET, NJ 08873

10924   ALLTEL SUPPLY, INC., ATLANTA BRANCH, 6702 JIMMY CARTER BLVD., NORCROSS, GA 30071

10924   ALLTEL SUPPLY, INC., COLUMBUS BRANCH, 1800 ARLINGATE LANE, COLUMBUS, OH 43228

10924   ALLTEL SUPPLY, INC., SUITE 400, 6625 THE CORNERS PARKWAY, NORCROSS, GA 30092

10924   ALLTEL SUPPLY, INC.-DO NOT USE, SUITE 400, 6625 THE CORNERS PARKWAY, NORCROSS, GA 30092

10924   ALLTEL, 13560 MORRIS RD., ALPHARETTA, GA 30004

10925   ALLTEL, PO BOX 78838, PHOENIX, AZ 85062-8838

10925   ALLTEL, PO BOX 8000, LITTLE ROCK, AR 72203-8000

10925   ALLTEL, PO BOX 96019, CHARLOTTE, NC 28296-0019

10925   ALLTEMP SENSORS INC, 100 INTERNATIONAL BLVD, SWEETGRASS, MT 59484

10925   ALLTEMP SENSORS INC, 9328 37TH AVE, EDMONTON, AB T6E 5K3CANADA                *VIA Deutsche Post*

10924   ALLTHERM SERVICES, 9810 BELSHAW ROAD, LOWELL, IN 46356

10925   ALLTITE GASKET CO, INC, 323 WILLIAM ST, SOUTH RIVER, NJ 08882

10925   ALL-TYPE ELECTRIC SUPPLY, 3601 S. HALSTED, CHICAGO, IL 60609

10925   ALLWASTE CONTAINER SERVICES, PO BOX 651132, CHARLOTTE, NC 28265-1132

10925   ALLWASTE CONTAINER SVCS., PO BOX 651132, CHARLOTTE, NC 28265-1132

10925   ALLWASTE ENVIRONMENTAL SERVICES, PO BOX 277830, ATLANTA, GA 30384-7830

10925   ALLWASTE ENVIRONMENTAL, POBOX 277831, ATLANTA, GA 30384-7831

10925   ALLWASTE FIELD SERVICES OF, PO BOX 65807, CHARLOTTE, NC 28265-0807

10925   ALLWASTE TRANSPORTATION &, FILE #54079, LOS ANGELES, CA 90074-4079

10925   ALLWASTE TRANSPORTATION AND, POBOX 201321, HOUSTON, TX 77216-1321

10925   ALLWASTE TRANSPORTATION, POBOX 201321, HOUSTON, TX 77216-1321

10925   ALLYE E MOODY, 414 S COMMERCE ST, NATCHEZ, MS 39120-3506

10925   ALLYN, KIM, 36 PARRAMATTA ROAD, BEVERLY, MA 01915

10925   ALLYN, WILLIAM, 900 POWER HORN CT, WEST MINISTER, MD 21157

10925   ALM, ADOLPH, 2812 DODGE DRIVE, BLOOMINGTON,, IL 61704

10925   ALM, JOHN, 205 E ST CLAIR BOX 336, MARINE CITY, MI 48039

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ALMA BACA &, ANNAMARIE BACA JT TEN, 3833 S WOOD, CHICAGO, IL 60609-2015

10924 ALMA CONCRETE PROD, 1277 BRIDGE ST, ALMA, MI 48801

10924 ALMA CONCRETE PROD, 1277 BRIDGE STREET, MOUNT PLEASANT, MI 48858

10924 ALMA CONCRETE PRODUCTS CO, P.O.BOX 387, MOUNT PLEASANT, MI 48858

10924 ALMA HIGH SCHOOL, C/O DALE CRAMPTON CO., ALMA, AR 72921

10924 ALMA INTERMEDIATE SCHOOL, C/O DALE CRAMPTON CO., ALMA, AR 72921

10924 ALMA INTERMEDIATE SCHOOL, C/O DALE CRAMPTON, ALMA, AR 72921

10925 ALMA L GARMAN, ROUTE 1 BOX 135, BURR OAK, KS 66936-9604

10925 ALMA M NICHOLS & THEODORE J, NICHOLS JR & LEONARD E NICHOLS, PERSONAL REPRESENTATIVE EST, THEODORE H NICHOLS, 300 S PARK AVE, FOWLER, IN 47944-1509

10925 ALMA M NICHOLS, 300 SOUTH PARK AVE, FOWLER, IN 47944-1509

10924 ALMA MIDDLE SCHOOL, C/O DALE CRAMPTON COMPANY, ALMA, AR 72921

10924 ALMA MIDDLE SCHOOL, C/O DALE CRAMPTON, ALMA, AR 72921

10925 ALMA PAYNE &, DENNIS PAYNE JT TEN, 7823 GLEASON RD, KNOXVILLE, TN 37919-6814

10925 ALMA R COHEN, 81-B MOLLY PITCHER LANE, YORKTOWN HEIGHTS, NY 10598-1500

10925 ALMA S KEITH, 6 LOCKSLEY AVE APT 3B, SAN FRANCISCO, CA 94122-3842

10925 ALMA, 1201 DON DIEGO AVE., SANTA FE, NM 87505

10925 ALMAC ELECTRIC SUPPLY CO, 5331 W 65TH ST, BEDFORD PARK, IL 60638-5680

10925 ALMAC ELECTRIC SUPPLY CO, 5331 W.65TH ST, BEDFORD PARK, IL 60638-5680

10925 ALMAGER, BETTY, 205 6 TH EAST ST, SUNDOWN, TX 79372

10925 ALMAND CORROSION CONTROL, INC, PO BOX 169, AVONDALE ESTATES, GA 30002

10924 ALMANOR CUSTOM CONCRETE, 160 RICHARDSON WAY, CHESTER, CA 96020

10924 ALMANOR CUSTUM CONCRETE, P O BOX 647, CHESTER, CA 96020

10925 ALMAR TELECOMMUNICATIONS, 1246 WEST CHESTER PIKE SUITE 310, WEST CHESTER, PA 19382

10925 ALMARAZ, JOHN, 1905 MORRIS, HOUMA, LA 70364

10925 ALMARAZ, RUDI, 7983 RIGGS RD.,#12, HYATTSVILLE, MD 20783

10924 ALMASOL CORP, 1628 ROGERS RD., FORT WORTH, TX 76107

10924 ALMASOL CORP, P O BOX 11396, FORT WORTH, TX 76107

10924 ALMASOL CORP, PLANT # 2, FORT WORTH, TX 76101

10925 ALMATRON ELECTRONICS, 644 EAST YOUNG ST, SANTA ANA, CA 92705

10925 ALMAZAN, JOSE N, 312 N FLAG, PHARR TX, TX 78577

10925 ALMAZAN, RUFINO, 14518 S. KEYSTONE AV, MIDLOTHIAN, IL 60445

10925 ALMEDA, EVANGELINE, 2160 GALE AVE, LONG BEACH, CA 90810

10925 ALMEGA PRINTING, 601 WILLIAMS ST, BENSENVILLE, IL 60106

10925 ALMEIDA, ANA-MARIE, 802 W MAIN ST, APT 4, WAUNAKEE, WI 53597

10925 ALMEIDA, GLORIA, 339 HOURGLASS, EL PASO, TX 79915

10925 ALMEIDA, JANET FLORA, 55 CRAWFORD WAY, AMERICAN CANYON, CA 94589

10925 ALMEIDA, RACHEL, 1022 BILLINGS BLVD, SAN LEANDRO, CA 94577

10925 ALMEIDA, RONALD, 8 BIRCHFIELD ST, FAIRHAVEN, MA 02719

10925 ALMENDRALES, ETHEL, 260 ENGLE ST., ENGLEWOOD, NJ 07087

10925 ALMENDRALES, ETHELL, 260 ENGLE ST, ENGLEWOOD, NJ 07631

10925 ALMERO, NORMA, 23413 BROADWELL AVE, TORRANCE, CA 90502

10925 ALMODOVA, GRACIELA, 307 N KELLY, ODESSA, TX 79763

10925 ALMODOVAR, MONSERRATE, JUAN B MORCIGLIO #3, GUANICA, PR 00653-9998PUERTO RICO    *VIA Deutsche Post*

10925 ALMODOVAR, R, CALLE JOSE TORO SOTO 4, GUANICA, PR 00653

10925 ALMODOVAR, RADAMES, CALLE JOSE TOUS SOTO #4, GUANICA, PR 00653

10925 ALMODOVAR, RAQUEL, 5941 LINCON CIRCLE W, LAKE WORTH, FL 33463

10925 ALMOND, ROBERT J, CUST FOR JOHN BRADFORD ALMOND, UNIF GIFT MIN ACT DE, 3322 ROCKFIELD DR S, WILMINGTON, DE 19810-3236

10925 ALMOND, ROGER, PO BOX 4274, CLEARLAKE, CA 95422

10925 ALMOND, SHERYL, 5921 SUNRISE COURT, CHARLOTTE, NC 28212

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ALMOND, STUART, 4031 MAPLE ST, FAIRFAX, VA 22204 | |
| 10925 | ALMONTE S, CARLOS, MR ING HECTOR URQUIAGA CABADA, PO BOX 18-0383 MIRAFORES, LIMA, 18PERU | *VIA Deutsche Post* |
| 10925 | ALMONTE, RAFAEL, 6 ILANA LANE, NEW CITY, NY 10956 | |
| 10925 | ALNAREZ, NOEL, 250 EAST 39TH ST, NEW YORK, NY 10016 | |
| 10925 | ALNOR INSTRUMENT COMPANY, 120 SOUTH LASALLE ST SUITE 1450, CHICAGO, IL 60603 | |
| 10925 | ALNOR INSTRUMENT COMPANY, 7555 NORTH LINDER AVE, SKOKIE, IL 60077 | |
| 10925 | ALOE, ORLANDO, BOX 171 7TH ST, WEST PITTSBURG, PA 16160 | |
| 10925 | ALOHA HAWAII CHAPTER NAIC, 2526 - A MAKIKI HTS DR, HONOLULU, HI 96822 | |
| 10925 | ALOLAC INC RHONE-POULENC INC, BETSY J MACHT, CN 7500, CRANBURY, NJ 08512-7500 | |
| 10924 | ALON USA LP, PO BOX 517030, DALLAS, TX 75251-7030 | |
| 10924 | ALON, EAST OF CITY LIMITS ON I-20, BIG SPRING, TX 79720 | |
| 10924 | ALON, PO BOX 1311, BIG SPRING, TX 79721 | |
| 10925 | ALONSO & CARUS IRON WORKS INC, PO BOX 566, CATANO, 963 | |
| 10925 | ALONSO & CARUS IRON WORKS INC, PO BOX 566, CATANO, PR 00963PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ALONSO, ALFREDO, 1663 DARR ST., IRVING, TX 75061 | |
| 10925 | ALONSO, LUISA, 6620 S. 33RD ST, MC ALLEN, TX 78503 | |
| 10925 | ALONTI DELI, 2444 TIMES BLVD, HOUSTON, TX 77005 | |
| 10925 | ALONZO, CHRISTINE, 218 CRAIGMONT LANE, SAN ANTONIO, TX 78213 | |
| 10925 | ALONZO, HILARY, C/O WARREN TOWERS 700 COMMONWEALTH AVE, BOSTON, MA 02215 | |
| 10925 | ALONZO, TOMMY, 2106 TAFT, WICHITA FALLS, TX 76309 | |
| 10925 | ALONZO-MORILLO, JOSPEHINE, PO BOX 276, IDAHO CITY, ID 83631 | |
| 10925 | ALOTECH INC., 3233 GRAND AVE , SUITE N-227, CHINO, CA 91709 | |
| 10925 | ALOTECH, 3233 GRAND AVE, #N-227, CHINO HILLS, CA 91709-1276 | |
| 10925 | ALOTECH, 3233 GRAND AVE. STE N-227, CHINO HILLS, CA 91709-1276 | |
| 10925 | ALOX CORPORATION, PO BOX 73060-N, CLEVELAND, OH 44193-0402 | |
| 10925 | ALOYOCO INC., 1400 W. ELIZABETH AVE, LINDEN, NJ 07036 | |
| 10925 | ALPACK INC., 7 OVERHILL ROAD, NATICK, MA 01760 | |
| 10925 | AL-PAR PEAT CO, 5900 W HENDERSON RD, ELSIE, MI 48831-9400 | |
| 10925 | ALPENA COMMUNITY COLLEGE, 666 JOHNSON ST, ALPENA, MI 49707 | |
| 10925 | ALPER, TAMMI, 1 MAKEFIELD RD, MORRISVILLE, PA 19067 | |
| 10925 | ALPERN, DAVID, 801 HUDSON ST, HOBOKEN, NJ 07030 | |
| 10925 | ALPERT, BRENDA, 39 EDDY ST, WEST NEWTON, MA 02165 | |
| 10925 | ALPERT, KATHRYN, 13 CLOVELLY LANE, FRAMINGHAM, MA 01702 | |
| 10925 | ALPERT, RUSSEL, 1246 ROOSEVELT AVE., DETROIT LAKES, MN 56501-4028 | |
| 10925 | ALPHA ANALYTICAL LABORATORIES INC, 8 WALKUP DRIVE, WESTBOROUGH, MA 01581-1019 | |
| 10925 | ALPHA ANALYTICAL LABS, 8 WALKUP DR, WESTBOROUGH, MA 01581-1019 | |
| 10924 | ALPHA ASSOCIATES, INC., 2 AMBOY AVE, WOODBRIDGE, NJ 07095 | |
| 10924 | ALPHA ASSOCIATES, INC., 2 AMBOY AVENUE, WOODBRIDGE, NJ 07095 | |
| 10924 | ALPHA BLOCK, 187 MACE ST., CHULA VISTA, CA 91911 | |
| 10925 | ALPHA CHEMICAL DISTRIBUTOR, PO BOX 360514, SAN JUAN, PR 00936-0514 | |
| 10925 | ALPHA CHEMICAL DISTRIBUTOR, PO BOX 360514, SAN JUAN, PR 00936-0514PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ALPHA CONSTRUCTION, POBOX 4156, ANTIOCH, CA 94531 | |
| 10924 | ALPHA DISTRIBUTING, 12 STATE HIGHWAY #5, PALISADES PARK, NJ 07650 | |
| 10925 | ALPHA ENVIRONMENTAL INC, 4511 ILLINOIS AVE, LOUISVILLE, KY 40213 | |
| 10925 | ALPHA IDENTIFICATION INC., 7 SPANISH RIVER ROAD, GRAFTON, MA 01519-1009 | |
| 10924 | ALPHA INSUL/SOUTHERN BLEACHERS, 715 5TH ST., GRAHAM, TX 76450 | |
| 10924 | ALPHA INSULATION, 1420 WILLIAMS DRIVE, MARIETTA, GA 30062 | |
| 10924 | ALPHA INSULATION, 1420 WILLIAMS DRIVE, MARIETTA, GA 30066 | |
| 10924 | ALPHA INSULATION, 4738 WHIRLWIND DRIVE, SAN ANTONIO, TX 78200 | |
| 10924 | ALPHA INSULATION, 4738 WHIRLWIND DRIVE, SAN ANTONIO, TX 78217 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ALPHA INSULATION, 5145 NORWOOD RD., DALLAS, TX 75247 | |
| 10924 | ALPHA INSULATION, ATTN: GILBERT, SAN ANTONIO, TX 78217 | |
| 10924 | ALPHA INSULATION, C/O JOERIS INC., SAN ANTONIO, TX 78210 | |
| 10924 | ALPHA INSULATION, CAMBRIDGE, MA 02140 | |
| 10924 | ALPHA INSULATION, STE:  100, 1225 CAPITAL DRIVE, CARROLLTON, TX 75006 | |
| 10924 | ALPHA LAVAL THERMAL, INC., 5400 INTERNATIONAL TRADE DRIVE, RICHMOND, VA 23231 | |
| 10925 | ALPHA MAINTENANCE, PO BOX 25829, ANAHEIM, CA 92825-5829 | |
| 10924 | ALPHA METALS PC FAB, 16782 VON KARMAN AVENUE, IRVINE, CA 92606-4919 | |
| 10924 | ALPHA METALS, 200 TECHNOLOGY DRIVE, ALPHARETTA, GA 30005 | |
| 10924 | ALPHA METALS, 600 ROUTE 440, JERSEY CITY, NJ 07304 | |
| 10925 | ALPHA OMEGA GROUP, 628 WHISPERING WOODS COURT, MAYS LANDING, NJ 08330 | |
| 10924 | ALPHA PC FAB, 144 HARVEY ROAD, LONDONDERRY, NH 03053 | |
| 10925 | ALPHA PRIME COMMUNICATIONS INC, 26633 S ANNA LN, MONEE, IL 60449 | |
| 10924 | ALPHA PROJECT, C/O WESTSIDE BUILDING MATERIALS, ALHAMBRA, CA 91801 | |
| 10924 | ALPHA READY MIX, P O BOX 429, ALPHA, IL 61413 | |
| 10924 | ALPHA READY MIX, PO BOX 429, ALPHA, IL 61413 | |
| 10924 | ALPHA READY MIX, RT 150, ALPHA, IL 61413 | |
| 10924 | ALPHA RESOURCES INTERNATIONAL CO., 5725 HARTSDALE, HOUSTON, TX 77036 | |
| 10924 | ALPHA RESOURCES, INC, 3090 JOHNSON ROAD, STEVENSVILLE, MI 49127 | |
| 10925 | ALPHA RESOURCES, INC, BOX 199, STEVENSVILLE, MI 49127 | |
| 10924 | ALPHA RESOURCES, INC., 3090 JOHNSON ROAD, STEVENSVILLE, MI 49127 | |
| 10924 | ALPHA RESOURCES, INC., PO BOX 199, STEVENSVILLE, MI 49127 | |
| 10925 | ALPHA SERVICES COMPANY, 1310 WEST 98TH ST, BLOOMINGTON, MN 55431-2614 | |
| 10925 | ALPHA STATIONERS & PRINTERS, 2323 N. TUSTIN AVE, SANTA ANA, CA 92705-0000 | |
| 10924 | ALPHA SYSTEMS, **TO BE DELETED**, ELKHART, IN 46516 | |
| 10924 | ALPHA SYSTEMS, 5120 BECK DRIVE, ELKHART, IN 46516 | |
| 10925 | ALPHA TECHNOLOGIES, 2689 WINGATE AVE., AKRON, OH 44314 | |
| 10925 | ALPHA TECHNOLOGIES, PO BOX 71409, CHICAGO, IL 60694-1409 | |
| 10925 | ALPHA TEMPS INC, PO BOX 67, MANSFIELD, MA 02048 | |
| 10925 | ALPHA TIME CLOCK COMPANY, 6 KELLY DRIVE, WOBURN, MA 01801-4763 | |
| 10925 | ALPHA WEATHERPROOFING CORP, 25 WASHINGTON ST, SOMERVILLE, MA 02143 | |
| 10925 | ALPHA, EDWARD, 7239 OVERLOOK DRIVE, COOPERSBURG, PA 18036 | |
| 10924 | ALPHAGARY CHEMICAL, 1 JAPEZ STREET, NEWARK, NJ 07105 | |
| 10924 | ALPHAGARY CHEMICAL, PIONEER INDUSTRIAL PARK, LEOMINSTER, MA 01453 | |
| 10924 | ALPHAGARY CORPORATION, 9635 INDUSTRIAL DR., PINEVILLE, NC 28134 | |
| 10925 | ALPHAGARY, POBOX 75417, CHARLOTTE, NC 28275 | |
| 10925 | ALPHAGRAPHICS #72, 5110 WEST OLIVE AVE, GLENDALE, AZ 85302 | |
| 10925 | ALPHAGRAPHICS, 1625 E THOUSAND OAKS BLVD, THOUSAND OAKS, CA 91362 | |
| 10925 | ALPHAGRAPHICS, 279 POWERS FERRY ROAD, MARIETTA, GA 30067 | |
| 10925 | ALPHA-LIBERTY CO., 7908 CINCINNATI-DAYTON ROAD N, WEST CHESTER, OH 45069 | |
| 10925 | ALPHA-LIBERTY CO., PO BOX 276, WEST CHESTER, OH 45071-0276 | |
| 10925 | ALPHAMBRA APARTMENTS, 101 ALHAMBRA PL, MADISON, WI 53713-4201 | |
| 10925 | ALPHAPAGE INC, 1545 WEST BAYAUD AVE, DENVER, CO 80223 | |
| 10925 | ALPHARMA USPD INC., ALPHARAMA INC. ONE EXECUTIVE DRIVE, FORT LEE, NJ 07024 | |
| 10924 | ALPHATEC DIVISION, 950 VERMONT STREET, PO BOX 128, RIPON, WI 54971-0128 | |
| 10924 | ALPHATEC EXTRUSION, INC., 950 VERMONT STREET, RIPON, WI 54971-0130 | |
| 10925 | ALPHATEC USA, 400 INDUSTRIAL PARK DR, MANTECA, CA 95336 | |
| 10925 | ALPINE AIR CONDITIONING CORP, 185 NEW BOSTON ST, WOBURN, MA 01801 | |
| 10924 | ALPINE HEALTH INDUSTRIES, 1525 WEST BUSSINESS PARK, OREM, UT 84058 | |
| 10924 | ALPINE LUMBER & READY MIX, 1790 CUDDY CANYON ROAD, LEBEC, CA 93243 | |
| 10924 | ALPINE LUMBER & READY MIX, 3521 MT PINOS WAY, FRAZIER PARK, CA 93225 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ALPINE LUMBER & READY MIX, ATTN: ACCOUNTS PAYABLE, FRAZIER PARK, CA 93225

10925    ALPINE POLYVISION, 866 N MAIN ST EXTENTION, WALLINGFORD, CT 06492

10924    ALPINE ROCK CO., 14802 WEST 44TH AVENUE, GOLDEN, CO 80403

10924    ALPINE ROCK CO., ATTN:  ACCOUNTS PAYABLE, BRECKENRIDGE, CO 80424

10924    ALPINE SAND & GRAVEL, 7141 RIXIE ROAD SOUTHEAST, OLYMPIA, WA 98501

10924    ALPINE SAND & GRAVEL, ATTN:  ACCOUNTS PAYABLE, EAST OLYMPIA, WA 98540-0443

10925    ALPINE SPRING WATER COMPANY, PO BOX 311, LAURENS, SC 29360

10925    ALPINE SPRING WATER INC, 1006A BANKTON DR, HANAHAN, SC 29406-2925

10925    ALPINE SPRING WATER, INC, 1006A BANKTON DR., HANAHAN, SC 29406

10925    ALPINE TRANSFER CORP, PO BOX 160374, CLEARFIELD, UT 84016

10925    ALPINE VALLEY WATER CO., 10341 JULIAN DRIVE, CINCINNATI, OH 45215-1132

10925    ALPINE VALLEY, 10341 JULIAN DR, CINCINNATI, OH 45215

10925    ALPIZAR, GUILLERMO, 121 VOSSELLER AVE, BOUND BROOK, NJ 08805

10925    ALPIZAR, RENATO, 33 TECUMSEH TRAIL, MARLBORO, MA 01752

10924    ALPS MANOR @ @, ALPS ROAD, WAYNE, NJ 07470

10924    AL'S CONCRETE PRODUCTS INC., 800 TOWN HALL ROAD, LA CRESCENT, MN 55947

10924    AL'S CONCRETE PRODUCTS INC., 800 TOWNHALL ROAD, LA CRESCENT, MN 55947

10924    AL'S GARDEN ART INC, 311 WEST CITRUS AVE, COLTON, CA 92324

10924    AL'S GARDEN ART INC, 311 WEST CITRUS AVENUE, COLTON, CA 92324

10924    ALS GARDEN ART INC, P.O. BOX 111, COLTON, CA 92324

10924    ALS PURCHASING, 200 DANTON DRIVE, METHUEN, MA 01844

10925    ALS REFRIGERATION SERVICE CO., PO BOX 1962, GLENDALE, AZ 85311-1962

10925    AL-SAFI, MOSADAQ, 4104 E BROADWAY, MESA, AZ 85206

10925    ALSBURY, FREDERICK, 279 SPENCER ROAD, LIBBY, MT 59923

10925    ALSCHULER, GROSSMAN AND PINES, 2049 CENTURY PARK EAST, LOS ANGELES, CA 90067-3214

10925    ALSCHULER, GROSSMAN STEIN & KAHAN, 2049 CENTURY PARK EAST 39TH FL, LOS ANGELES, CA 90067-3213

10925    ALSCO INDUSTRIAL PRODUCTS, POBOX 419, LITHIA SPRINGS, GA 30122

10925    ALSFELD, GEORGE W, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925    ALSFELD, GEORGE, 3233 STONE EAGLE CT, ABINGDON, MD 21009

10924    ALSIDE SUPPLY, ***USE 227018***, HUNTINGDON VALLEY, PA 19006

10924    ALSIDE SUPPLY, 1650 REPUBLIC RD, HUNTINGDON VALLEY, PA 19006

10924    ALSIDE SUPPLY, 1650 REPUBLIC ROAD, HUNTINGDON VALLEY, PA 19006

10924    ALSIDE SUPPLY, 2475 WALDEN AVE, CHEEKTOWAGA, NY 14225

10924    ALSIDE SUPPLY, 2475 WALDEN AVENUE, CHEEKTOWAGA, NY 14225

10924    ALSIDE SUPPLY, 290 CORLISS STREET, PITTSBURGH, PA 15220

10924    ALSIDE SUPPLY, 4523 W. LOVERS LANE, DALLAS, TX 75209

10924    ALSIDE SUPPLY, PO BOX 2010, AKRON, OH 44309

10924    ALSIDE SUPPLY, PO BOX2010, AKRON, OH 44309

10925    ALSING, KEVIN, 717 BREEZY DR., BRANDON, FL 33511

10925    ALSOBROOK, GENNITA, 148 CLAIRMONT TER, ORANGE, NJ 07050

10924    ALSOP SAND CO., INC., ROUTE 1, CLAY CENTER, KS 67432

10924    ALSOP SAND COMPANY, P O BOX 331, CONCORDIA, KS 66901

10924    ALSOP SAND COMPANY, PO BOX331, CONCORDIA, KS 66901

10925    ALSTOM AIR PREHEATER CO., 650 WARRENVILLE RD., LISLE, IL 60532-4314

10925    ALSTOM AIR PREHEATER CO., PO BOX 100295, ATLANTA, GA 30384

10925    ALSTOM POWER, 650 WARRENVILLE RD.- SUITE 200, LISLE, IL 60532

10925    ALSTOM POWER, AIR PREHEATER CO., PO BOX 100295, ATLANTA, GA 30384

10924    ALSTOM SIGNALING INC., 847 WEST AVENUE, ROCHESTER, NY 14611

10925    ALSTON & BIRD, E PEYTON NUNEZ, 1201 W PEACHTREE ST, ATLANTA, GA 30309

10925    ALSTON & BYRD, LEE DEHIHNS, 1201 WEST PEACHTREE ST, ATLANTA, GA 30309-3242

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ALSTON ELECTRIC SY (CED), 3725 NORTH PALAFOX ST., PENSACOLA, FL 32505

10925   ALSTON EQUIPMENT CO, INC, 227 NORTHWEST CENTRAL AVE, AMITE, LA 70422

10925   ALSTON, BEVERLY, 480 STUART CIRCLE, NORFOLK, VA 23502

10925   ALSTON, BRENDA, 3245 PEBBLE DRIVE, EAST POINT, GA 30344

10925   ALSTON, DONNIE, 9 KEY ST, ROANOKE RAPIDS, NC 27870

10925   ALSTON, ELDRADGE, 6802 HIGHVIEW TERR, HYATTSVILLE, MD 20782

10925   ALSTON, ERIKA, RT 2 BOX 492, PITTSBORO, NC 27312

10925   ALSTON, JONATHAN, 68 STUYVESANT AVE, NEWARK, NJ 07106

10925   ALSTON, MARY, STAR RTE 1 BOX 168, GEORGETOWN, SC 29440

10925   ALSTON, TONI, 1515 OGDEN ST NW #625, WASHINGTON, DC 20010

10925   ALT ESQ, NORMAN C, 1070 BOSTON POST RD., RYE, NY 10580

10925   ALT, JOHN, 67 FOX RUN WAY, ARNOLD, MD 21012

10925   ALT, NORMAN, 1070 BOSTON POST RD RYE NY 10580, RYE, NY 10580

10925   ALT, W, 845 WALBRIDGE DRIVE, GAHANNA, OH 43230

10924   ALTA BUILDING  MATERIALS  CO., 2857 HANNAH ST., OAKLAND, CA 94608

10924   ALTA BUILDING  MATERIALS  CO., P.O. BOX 8667, OAKLAND, CA 94862

10924   ALTA BUILDING MATERIAL CO, PO BOX 8667, OAKLAND, CA 94608

10924   ALTA BUILDING MATERIALS, 2857 HANNAH ST., OAKLAND, CA 94608

10925   ALTA COLLEEN MURRAY &, BYNUM EDWARD MURRAY JT TEN, 202 HEMLOCK ST, SPARTANBURG, SC 29301-5229

10925   ALTA D NOVAKOSKI, 1623 SUNNYSIDE AVE, LANSING, MI 48910-1858

10925   ALTA LOMA MEDICAL GROUP, 9695 BASELINE ROAD, RANCHO CUCAMONGA, CA 91730

10925   ALTA TEFERTILLER &, EARLENE TEFERTILLER JT TEN, BOX 24, MAYFIELD, KS 67103-0024

10925   ALTA VIDEO, 363 MASSACHUSETTS AVE, LEXINGTON, MA 02173

10925   ALTAIR/LINDE GASES, PO BOX 60000, SAN FRANCISCO, CA 94160-2536

10925   ALTAMIRANO, JUANITA, 1449 PARADE ST, LONG BEACH, CA 90810

10924   ALTAMONT READY MIX, ALTAMONT, IL 62411

10925   ALTANO, JOANN, CUST FOR CAITLIN J ALTANO, UNIF GIFT MIN ACT NY, 1 MOUNTAINVIEW DR, FORT SALONGA LONG ISLAND, NEW YORK, NY 11768-2337

10925   ALTANO, JOANN, CUST FOR JESSICA CRISTINE ALTANO, UNIF GIFT MIN ACT NY, 1 MOUNTAINVIEW DR, FORT SALONGA, NY 11768-2337

10925   ALTASH CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10924   ALTAVIEW CONCRETE INC, 9547 SOUTH 500 WEST, SANDY, UT 84070

10924   ALTAVIEW CONCRETE, 14800 SOUTH JORDAN NARROWS, BLUFFDALE, UT 84065

10924   ALTAVIEW CONCRETE, 5792 WEST AXEL PARK ROAD, WEST JORDAN, UT 84088

10924   ALTAVIEW CONCRETE, 68 EAST 8000 SOUTH, MIDVALE, UT 84047

10924   ALTAVIEW CONCRETE, 9547 SOUTH 500 WEST, SANDY, UT 84070

10924   ALTAVIEW HOSPITAL, 9800 S. 1300 EAST, SANDY, UT 84070

10924   ALTAWOOD, INC., 420 SOUTH 11TH AVENUE, UPLAND, CA 91786-1150

10925   ALTENBERG, JOHN, 317 HARRIS ST, MINERAL POINT, WI 53565

10925   ALTENBERG, MARGARET, 1785 26TH AVE, MARION, IA 52302

10925   ALTENBERG, MARGARET, 1785 26TH AVE., MARION, IA 52302

10925   ALTENBURG, WILLIAM, 9100 N COUNTRY ROAD, #15, FORT COLLINS, CO 80524

10925   ALTENBURGER, MARILYN, 2724 BERKELEY AVE, LAKELAND, FL 33803-3210

10925   ALTENBURGER, MICHAEL, 2724 BERKELEY AVE, LAKELAND, FL 33803-3210

10925   ALTERNATE CONSTRUCTION CONTROLS INC, 12225 DISK DRIVE, ROMEOVILLE, IL 60441

10925   ALTERNATIVE COMPUTER PRODUCTS, 1120 HOLLAND DR, BOCA RATON, FL 33487

10924   ALTERNATIVE MATERIALS TECHNOLOGY, OTTERSON DRIVE, 311, CHICO, CA 95928

10925   ALTERNATIVE PRODUCTIONS, 491 MASSACHUSETTS AVE #206, ARLINGTON, MA 02474

10925   ALTERNATIVE PRODUCTIONS, 491 MASSACHUSETTS AVE SUITE 206, ARLINGTON, MA 02474

10925   ALTERNATIVE RESOURCES CORP, DEPT 77-3259, CHICAGO, IL 60678-3259

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ALTERNATIVE RESOURCES CORP., DEPT 77-3259, CHICAGO, IL 60678-3259

10925    ALTERNATIVE RESOURCES CORP., JEAN MIELE, 1302 CONCOURSE DR - SUITE 302, LINTHICUM, MD 21090

10924    ALTERNATIVE SUPPLY & FASTENERS, 718 EAST PEAK VIEW CIRCLE, DRAPER, UT 84020

10925    ALTERNATIVE TRAINING SOLUTIONS, 31350 MCCORMICK ROAD, HUNT VALLEY, MD 21031

10925    ALTERNATOR & GENERATOR SPECIALISTS, 2416 4TH AVE. SOUTH, BIRMINGHAM, AL 35233

10925    ALTHAUSEN, JOAN, 8 RUTGERS LN, MIDDLESEX, NJ 08846

10925    ALTHEA K. LAWTON-THOMPSON, 4131 BEDFORD RD., BALTIMORE, MD 21207

10925    ALTHIN CD MEDICAL INC, C/O JIAN A NORELID, BOX 9308, MIAMI LAKES, FL 33014-9308

10925    ALTHOUSE, TODD, 2530 KUTZTOWN ROAD, READING, PA 19605

10925    ALTHOUSE, WILLIAM, 4421 8TH AVE, TEMPLE, PA 19560-1808

10925    ALTIER BARASCH, 450 SEVENTH AVE, NEW YORK, NY 10123

10925    ALTIZER, MARCEY, 1711 SUNSET DR, LONGWOOD, FL 32750

10925    ALTMAN WEIL PUBLICATIONS INC., PO BOX 625, NEWTOWN SQUARE, PA 19073

10925    ALTMAN, KATHLEEN, 67 OAK ST, FRANKLIN, MA 02038

10925    ALTMAN, MICHAEL, 2633 NORTH BREMEN ST, MILWAUKEE, WI 53212-3061

10925    ALTMAN, SUSAN, 1019 APPLETON RD, SIMI VALLEY, CA 93065

10925    ALTO, DEBRA, 22160 PALMS WAY #203, BOCA RATON, FL 33433

10925    ALTOBANO, PACIFLOR, 5112 DOWNWIND WAY, OXNARD, CA 93033

10924    ALTOM INDUSTRIAL SUPPLY, 650 LAWRENCE STREET, BATESVILLE, AR 72501

10925    ALTON R ZENTNER &, DEBBIE J ZENTNER JT TEN, 195 FORGEDALE RD, FLEETWOOD, PA 19522-9709

10924    ALTOONA HOSPITAL, 620 HOWARD STREET, ALTOONA, PA 16601

10925    ALTOUBAT, SALAH, 12 MCCUSKER DRIVE #6, BRAINTREE, MA 02184

10924    ALTRON INC, 1 JEWELL DRIVE, WILMINGTON, MA 01887

10924    ALTUS AIR FORCE BASE, C/O MCMASTER CONSTRUCTION, C/O SUBLETT & ASSOCIATES, AIR TRAFFIC CONTROL TOWER, ALTUS AIR FORCE BASE, OK 73523

10924    ALTUS AIR FORCE BASE, C/O WILLIAMS INSULATION, ALTUS, OK 73522

10925    ALTWELL INC., 4 TAFT ROAD, TOTOWA, NJ 07512

10924    ALTZHEIMER'S, PHOENIX, AZ 85019

10925    ALUCHEM INC, PO BOX 691295, CINCINNATI, OH 45269-1295

10924    ALUCHEM, 1 LANDY LANE, CINCINNATI, OH 45215

10924    ALUCHEM, 14782 BEAVER PIKE, JACKSON, OH 45640

10925    ALUCHEM, PO BOX 690822, CINCINNATI, OH 45269-0822

10925    ALUFOIL PRODUCTS, 135 OSER AVE., HAUPPAUGE, NY 11788

10925    ALUIA, J, 8 AUSTIN ST, SOMERVILLE, MA 02143

10925    ALULEMA, FABIAN, 74-08 5TH AVE, BROOKLYN, NY 11209

10925    ALUMAX ALUMINUM CORP LEBOEUF LAMB, PATRICIA A SHAW,

10924    ALUMAX OF SC, INC., US HIGHWAY 52 NORTH, MOUNT HOLLY, SC 29445

10924    ALUMAX OF SC, INC., US HWY. 52 NORTH, MOUNT HOLLY, SC 29445

10925    ALUMINIUM CO OF AMERICA (ALCOA), ALAIN JP BELDA PRES AND CEO, ALCOA CORPORATE CENTER, ISABELLA ROAD SUITE 201, PITTSBURGH, PA 15212-5858

10924    ALUMINUM CO OF AMERICA, P O BOX 1397, PITTSBURGH, PA 15230

10924    ALUMINUM CO OF AMERICA, RT 780, 77TH STREET ROAD, ALCOA CENTER, PA 15069

10924    ALUMINUM CO OF AMERICA, SHARED SERVICES CENTER, PITTSBURGH, PA 15230

10925    ALUMINUM CO. OF AMERICA, PO BOX 300, LITTLE ROCK, AR 72211

10925    ALUMINUM COMPANY OF AMERICA INC., 201 ISABELLA ST AT 7TH ST BRIDGE, PITTSBURGH, PA 15212

10924    ALUMINUM COMPANY OF AMERICA, 3000 STATE DRIVE, LEBANON, PA 17042

10924    ALUMINUM COMPANY OF AMERICA, ROUTE 419 & STATE DRIVE, LEBANON, PA 17042

10924    ALUMINUM DISCOUNT, 12021 UNIVERSAL, TAYLOR, MI 48180

10925    ALUMINUM PRECISION PRODUCTS INC, 3333 W WARNER AVE, ADDRESS OFF INTERNET, SANTA ANA, CA 92704

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ALUMINUM PRECISION PRODUCTS, 3333 WEST WARNER AVENUE, SANTA ANA, CA 92704 | |
| 10924 | ALUMNI CENTER - PENN STATE, MIDDLE OF CAMPUS/BEHIND ENGINEERING, BUILDING, UNIVERSITY PARK, STATE COLLEGE, PA 16802 | |
| 10924 | ALUPLATA S.A., PARQUE INDUSTRIAL DE PILAR, (1629) PILAR, PRO. DE BUENOS AIRES, 0ARG | *VIA Deutsche Post* |
| 10924 | ALVA CONCRETE, 400 COLLEGE, ALVA, OK 73717 | |
| 10924 | ALVA CONCRETE, PO BOX601, ALVA, OK 73717 | |
| 10925 | ALVA, MARIA, 6588 MORNING MEADOW, ALEXANDRIA, VA 22310 | |
| 10925 | ALVA, NORMA B, RT.11 BOX 101X23, MISSION, TX 78572 | |
| 10925 | ALVAN MOTOR FREIGHT INC., 3600 ALVAN RD, KALAMAZOO, MI 49001 | |
| 10925 | ALVARADE, ROGER, 4039 BOBTOWN RD., GARLAND, TX 75043 | |
| 10924 | ALVARADO HIGH SCHOOL, 10701 EAST 917, ALVARADO, TX 76009 | |
| 10925 | ALVARADO, ALBA, BO BAJADURAS, ISABELA, PR 00662 | |
| 10925 | ALVARADO, ALONSO, 2027 VINCE, PASADENA, TX 77502 | |
| 10925 | ALVARADO, EDMUND, 308 SYCAMORE RD C, SAN YSIDRO, CA 92073 | |
| 10925 | ALVARADO, ELDER, HC-08 BOX 929, PONCE, PR 00731 | |
| 10925 | ALVARADO, HUMBERTO, V4 KINGS CANYON, RIO PIEDRAS, PR 00926 | |
| 10925 | ALVARADO, IRENE, 205 W. SEYMOUR, LAREDO, TX 78040 | |
| 10925 | ALVARADO, JACOB, 12341 LEWIS APT #12, GARDEN GROVE, CA 92840 | |
| 10925 | ALVARADO, JESUS, HWY 97, COTULLA, TX 78014 | |
| 10925 | ALVARADO, JUAN, 1708 KILBOURNE PL NW, WASHINGTON, DC 20010 | |
| 10925 | ALVARADO, MARIA, 2313 BOSTON REAR, LAREDO, TX 78041 | |
| 10925 | ALVARADO, MARIA, 5351 SAN SIMEON, SAN ANTONIO, TX 78228 | |
| 10925 | ALVARADO, OLGA, 4675 W. 18TH CT., HIALEAH, FL 33012 | |
| 10925 | ALVARADO, OSCAR, 3132 16TH ST NW #406, WASHINGTON, DC 20009 | |
| 10925 | ALVARADO, PATRICIA, 57 TRAILOR PARK, EAGLE PASS, TX 78852 | |
| 10925 | ALVARADO, PEDRO, 1412 CHAPIN ST NW #14, WASHINGTON, DC 20009 | |
| 10925 | ALVARADO, ROBERTO, PO BOX 3464, CINCINNATI, OH 45201 | |
| 10925 | ALVARADO, ROSIE, 15923 REGINA, HOUSTON, TX 77084 | |
| 10925 | ALVARADO, SILVIA, HCR 7, BOX 46B, LAMESA, TX 79331 | |
| 10925 | ALVARADO-RIVERA, ADA, CALLE CASTILLA F5, BAYAMON, PR 00956 | |
| 10925 | ALVARDO, LUCIA, 1411 RUATAN ST, HYATTSVILLE, MD 20783 | |
| 10925 | ALVARENGA, ROSA, 3637 11 TH ST,NW, WASHINGTON, DC 20010 | |
| 10925 | ALVAREZ MENDEZ, AWILDA, 243 PARIS SUITE 1003, HATO REY, PR 00917 | |
| 10925 | ALVAREZ, ALBERT, PO BOX 3575, SAN ANTONIO, TX 78211 | |
| 10925 | ALVAREZ, FRANCISCO, 2715 MEYERSVILLE, DALLAS, TX 75212 | |
| 10925 | ALVAREZ, FRANK, 11262 EVANSTRAIL DR. #104, BELTSVILLE, MD 20705 | |
| 10925 | ALVAREZ, FREDYS, POB 499 GRAND CENTRAL STATION, NEW YORK, NY 10163 | |
| 10925 | ALVAREZ, IBIS, URB VILLAS UNIV #42 CALLE UPR, AGUADILLA, PR 00603 | |
| 10925 | ALVAREZ, IVETTE, 425 EAST 25TH ST, NEW YORK, NY 10010 | |
| 10925 | ALVAREZ, JAIME, ALVAREZ JANITORIAL SERVICE, 1334 DRAKE AVE, SAN LEANDRO, CA 94579 | |
| 10925 | ALVAREZ, JESUS, 207 BRIDGES, DALLAS, TX 75217 | |
| 10925 | ALVAREZ, JOEL, 345 JACKSON ST, LAWRENCE, MA 01841 | |
| 10925 | ALVAREZ, JOHN, 1000 CORN WELL DRIVE, APT. 515, YUKON, OK 73099 | |
| 10925 | ALVAREZ, JOSE R, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | ALVAREZ, JOSE, 611 PARK AVE APT. 701, BALTIMORE, MD 21201 | |
| 10925 | ALVAREZ, JOSE, ROUTE 1 BOX 56F4, SAN JUAN, TX 78589 | |
| 10925 | ALVAREZ, LOURDES, 94 HIGHLAND AVE, HARRINGTON PARK, NJ 07640 | |
| 10925 | ALVAREZ, M. AIDA, 2704 N. 26TH LANE, MCALLEN, TX 78501 | |
| 10925 | ALVAREZ, MARIA, 1300 EAST 1ST, MISSION, TX 78572 | |
| 10925 | ALVAREZ, MARIA, 2275 WASHINGTON AVE, BRONX, NY 10457 | |
| 10925 | ALVAREZ, MARIA, 24 STILLMAN ST, BOSTON, MA 02113 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ALVAREZ, MARY, 6755 CORIE LN, W HILLS, CA 91307 | |
| 10925 | ALVAREZ, MELANIA, 1704N WILMINGTON BLV, WILMINGTON, CA 90744 | |
| 10925 | ALVAREZ, MILAGROS, 256 WATERSIDE DRIVE, LITTLE FERRY, NJ 07643 | |
| 10925 | ALVAREZ, MORRISON, RT 1 BOX 208BB, ENOREE, SC 29335 | |
| 10925 | ALVAREZ, NELSON, 23029 ARCHIBALD AVE, CARSON, CA 90745 | |
| 10925 | ALVAREZ, ORTENCIA, 415 S. MILAM, AMARILLO, TX 79106 | |
| 10925 | ALVAREZ, PATRICIO, 401 E. 89ST APT 8B, NEW YORK, NY 10128 | |
| 10925 | ALVAREZ, PATRICIO, TORRE COLON #2 PISO 6TO DPTO#1, GUAYAQUIL, GUAYAQUIL | *VIA Deutsche Post* |
| 10925 | ALVAREZ, PORFIRIO, BR 14-15 TURABO GARD, CAGUAS, PR 00625 | |
| 10925 | ALVAREZ, RANDOLPH, 854 NW 87TH AVE, MIAMI, FL 33172 | |
| 10925 | ALVAREZ, REYNALDO, 8135 COOK DRIVE, EL PASO, TX 79907 | |
| 10925 | ALVAREZ, SANTA, CARR 307 KM 7.5 INT, BOQUERON, PR 00622 | |
| 10925 | ALVAREZ, SHARON, RT 1 BOX 208 BB, ENOREE, SC 29335 | |
| 10925 | ALVAREZ, SIMON, 407 HILL ST, BRYAN, TX 77803-3406 | |
| 10925 | ALVAREZ, THERESA, 803 LAURITA ST, LINDEN, NJ 07036 | |
| 10925 | ALVAREZ, ZOE, 524 HIBISCUS PLACE, ORLANDO, FL 32807 | |
| 10925 | ALVAREZ-MORELL, MARIA, APTO 11-6 ALTOS DE TORRIMAR, GUAYNABO, PR 00657 | |
| 10925 | ALVARO BELTRAN, CALLE 128 #59-48 INTERIOR 2, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | ALVARO BELTRAN, CALLE 128 NO. 59-48, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | ALVATOR, M, 849 NW 47 ST, POMPANO BEACH, FL 33064 | |
| 10925 | ALVERA R RUFFNER TR, UA 06 12 97, FBO ALVERA R RUFFNER LIVING, TRUST, 236 JUBAKA DR, FAIRVIEW HEIGHTS, IL 622 | |
| 10925 | ALVERSON, BENJAMIN, 884 NASH MILL ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | ALVERSON, DONNIE, 709 OLD HUNDRED RD, PELZER, SC 29669 | |
| 10925 | ALVERSON, EDDIE, 709 OLD HUNDRED ROAD, PELZER, SC 29669 | |
| 10925 | ALVERSON, HOMER, PO BOX 1063, SIMPSONVILLE, SC 29618 | |
| 10925 | ALVERSON, LARRY, RT. 1 BOX 130, DARDANELLE, AR 72834 | |
| 10925 | ALVERSON, R, 114 WASHINGTON CH RD, PELZER, SC 29669-9207 | |
| 10925 | ALVES, ANTONIO, 2314 GLENMONT CIR #107, WHEATON, MD 20902 | |
| 10925 | ALVES, DEOLINDA, 240 S 3RD ST, READING, PA 19602 | |
| 10925 | ALVEY INC., POBOX 95922, CHICAGO, IL 60694-5922 | |
| 10925 | ALVEY SYSTEMS, INC, PO BOX 60843, CHARLOTTE, NC 28260-0843 | |
| 10925 | ALVIAR JR., GUADALUPE, 7830 COUNTY RD., PEARLAND, TX 77584 | |
| 10925 | ALVIAR, JIM, PO BOX 14972, ZAPATA, TX 78076 | |
| 10925 | ALVIE COES JR &, ELIZABETH R COES JT TEN, PO BOX 774, UNADILLA, GA 31091-0774 | |
| 10925 | ALVIN C HULIN, 6029 STRAWBERRY FIELDS, LAKEWORTH, FL 33463 | |
| 10925 | ALVIN COLBY, 73 LARRY S LANE, PLEASANTVILLE, NY 10570-2401 | |
| 10925 | ALVIN D HAVERTY, 2606 OXFORD ROAD, LAWRENCE, KS 66049-2821 | |
| 10925 | ALVIN E SCALIN, 2905 WEST HOWARD ST, CHICAGO, IL 60645-1229 | |
| 10925 | ALVIN E. LEVINE, PO BOX 2439, MATTHEWS, NC 28106 | |
| 10925 | ALVIN G MCDANIEL, 4434 LIVE OAK LANE, CHATTANOOGA, TN 37411-1711 | |
| 10925 | ALVIN KRAUTHAMER, 14 AVALON LN, MATAWAN, NJ 07747-1218 | |
| 10925 | ALVIN L SIEGEL &, BRENDA SIEGEL JT TEN, 301 E 78TH ST APT 8C, NEW YORK, NY 10021-1327 | |
| 10925 | ALVIN NOVICK, 7305 LAUREL OAK LANE, CINCINNATI, OH 45237-2931 | |
| 10924 | ALVIN PRODUCTS INC., 350 MERRIMACK STREET, LAWRENCE, MA 01843 | |
| 10924 | ALVIN PRODUCTS INC., PO BOX 1166, BREWSTER, MA 02631 | |
| 10925 | ALVIN SUDOFSKY, 7210 AVE T, BROOKLYN, NY 11234-6235 | |
| 10925 | ALVIN TARLOV CUST EDWARD TARLOV, UNIF GIFT MIN ACT ILL, 520 KERFOOT FARM ROAD, WILMINGTON, DE 19803-2444 | |
| 10925 | ALVIN WARSAW, 3700 CAPRI CT APT 401, GLENVIEW, IL 60025-3846 | |
| 10925 | ALVIN WATKINS, 5000 CLEVELAND AVE, ORLANDO, FL 32819-3203 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 ALVIS, KIMBERLY, RR 2 BOX 413, MOMENCE, IL 60954

10925 ALVORD, BEN, 4341 HALLMARK DR, DALLAS, TX 75229

10925 ALWINE, LINDA, 829 E. MISHAWAKA AVE, MISHAWAKA, IN 46545

10924 ALWORLD HARDWARE & LUMBER CO., INC., SUITE 32, 4989 NORTH UNIVERSITY DRIVE, FORT LAUDERDALE, FL 33351

10924 ALWORLD HARDWARE & LUMBER CO.INC., SUITE 32, 4989 NORTH UNIVERSITY DRIVE, FORT LAUDERDALE, FL 33351

10924 ALWORTH OF TENN., 101 S. PARK DR., MOUNT PLEASANT, TN 38474

10925 ALY, ROGER, 202 DULA SPRINGS RD, WEAVERVILLE, NC 28787

10925 ALYCE F PINK, 23558 FIELD RD, LAKE ZURICH, IL 60047-8817

10924 ALYESKA HOTEL, GIRDWOOD, AK 99587

10924 ALYESKA PIPELINE SERVICE CO., 300 DAYVILLA ROAD, VALDEZ, AK 99686

10925 ALZA CORPORATION, VP & DEPUTY GEN COUNSEL, 1900 CHARLESTON ROAD, MOUNTAIN VIEW, CA 94043

10925 ALZHEIMERS ASSOCIATION, 1850 YORK RD., SUITE D, TIMONIUM, MD 21093

10925 ALZHEIMERS ASSOCIATION, 3200 N FEDERAL HWY, BOCA RATON, FL 33431

10925 ALZHEIMERS ASSOCIATION, 38 CAMERON AVE, CAMBRIDGE, MA 02140

10924 AM CONTRACTING LLC, 12 ARROWHEAD LANE, COHOES, NY 12047-4812

10924 AM CONTRACTING WAREHOUSE, 12 ARROWHEAD LANE, COHOES, NY 12047-4812

10925 AM MULTIGRAPHICS, PO BOX 640129, PITTSBURGH, PA 15264-0129

10925 AM SOCIETY FOR TRAINING & DEVELOPMT, 27 GLEN ST SUITE 4, STOUGHTON, MA 02072

10925 AM&PM OCCUPATIONAL HEALTH, PO BOX 785, LAWTON, OK 73502-0785

10925 AMA ANALYTICAL SERVICES, PO BOX 646, HANOVER, MD 21076

10925 AMA TRANSPORTATION CO INC, NUTTING LAKE BOX 939, NUTTING LAKE, MA 01865-0939

10925 AMACAR GROUP LLC, 6525 MORRISON BLVD, CHARLOTTE, NC 28211

10925 AMACHREE, DEBORAH, 2230 JONATHAN DR, HUNTSVILLE, AL 35810

10925 AMACK, LANCE, 83 N. WOLF RD., APT. 3F, WHELLING, IL 60090

10925 AMACKER, DONNA, 12602 SUNBROOK, PEARLAND, TX 77581

10925 AMACKER, MICHELE, 906 JENNIFER ST, 5, MADISON, WI 53703

10925 AMADEO, GABRIELLA, 1601 BAYOU SHORE DR, GALVESTON, TX 77551

10925 AMADO, EUCLIDES, 86 WALTHAM ST, PAWTUCKET, RI 02860

10924 AMADOR TRANSIT MIX, 1001 SOUTH HIGHWAY 99, JACKSON, CA 95642

10924 AMADOR TRANSIT MIX, PO BOX 1265, JACKSON, CA 95642

10924 AMADOR TRANSIT MIX, POST OFFICE BOX 1265, JACKSON, CA 95642

10925 AMADOR VALLEY MEDICAL CENTER, 7667 AMADOR VALLEY BLVD, DUBLIN, CA 94568

10925 AMADOR, ARMANDO, 4715 NETA LANE, WICHITA FALLS, TX 76302

10925 AMADOR, DANNY, PO BOX 931, IOWA PARK, TX 76367

10925 AMADOR, LAURA, 14 RIZZO COURT, HOWELL, NJ 07731

10925 AMADOR, MAGDALENA, 1017 RALSTON DRIVE, CORPUS CHRISTI, TX 78404

10925 AMAKYE, EMANUEL, PO BOX 1312, SALMON, ID 83467

10925 AMAKYE, EMMANUEL, PO BOX 1312, SALMON, ID 83467

10925 AMAL TAMIM, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 AMALGAMATED INDUSTRIAL SERVICE, PO BOX 1433, NEW YORK, NY 10116-1433

10925 AMALGAMATED LIFE, 730 BROADWAY, NEW YORK, NY 10003

10925 AMALGAMATED TECHNOLOGIES INC, PO BOX 354, SOMMERVILLE, MA 02144

10924 AMALTHEA INTERNATIONAL, INC., 1137 JANIS STREET, CARSON, CA 90746

10924 AMALTHEA INTERNATIONAL, INC., ATTN: HENRY DAVIS, 5510 WEST 102ND STREET, LOS ANGELES, CA 90045

10925 AMAN, C, 118 BROOKSHIRE LANE, WILMINGTON, NC 28409

10925 AMANA REFRIDGERATION, 1810 WILSON PKWY, FAYETTEVILLE, TN 37334

10924 AMANA REFRIGERATIION, 1810 WILSON PARKWAY, FAYETTEVILLE, TN 37334

10925 AMANDA E. JORDAN, 1619 KIMBER RD., GLEN BURNIE, MD 21060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AMANDA MYOTT, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   AMANDA TURGEON, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   AMANDA UHRICK, 7490 BROMPTON RD APT#182, HOUSTON, TX 77025

10925   AMANI, BABAK, 9531 BARCELLONA CT., FAIRFAX, VA 22031

10925   AMANTE, FABIAN, 101 PORT ROYAL DRIVE, GREENVILLE, SC 29615

10925   AMANUEL, AWET, 2615 TABIONA CR., SILVER SPRING, MD 20906

10925   AMARAL, CAROL, 11534 HARVARD DR, NORWALK, CA 90650

10925   AMARAL, CAROL, 2502 S GARNSEY ST, SANTA ANA, CA 92707

10925   AMARAL, JOSEPH, 25 MEMORIAL RD, SOMERVILLE, MA 02145

10925   AMARAL, JOSEPH, 81 EAST HODGES ST, NORTON, MA 02766

10925   AMARAL, JOSEPH, PO BOX 360, NORTON, MA 02766-0360

10925   AMARAL, LAURIE, 105 BONNEY ST, NEW BEDFORD, MA 02740

10925   AMARAL, ROGER, 84 ASH ST., 7, MANCHESTER, NH 03104

10925   AMARAL, SUSAN, 10 PLEASANT DRIVE, LONDONDERRY, NH 03053

10924   AMARALTO CONC *REFER TO #227045*, 280 N.W. 129 AVE., MIAMI, FL 33182

10924   AMARALTO CONCRETE, 13851 N.W. 186TH STREET, HIALEAH, FL 33015

10924   AMARALTO CONCRETE, 1451 N.W. 129TH AVE., MIAMI, FL 33182

10924   AMARALTO CONCRETE, 280 N.W. 129TH AVE, MIAMI, FL 33182

10924   AMARALTO CONCRETE, 280 NW 129TH AVE, MIAMI, FL 33182

10924   AMARALTO CONCRETE, 400 N.W. 10 AVE., HOMESTEAD, FL 33030

10925   AMARANTOS, PAMELA, 8312 MAJOR, MORTON GROVE, IL 60053

10925   AMARCO RESOURCES CORP SOS, 2920 ONE MAIN PLACE, DALLAS, TX 75250

10925   AMARI, MICHAEL, 9 NEW HAMPSHIRE AVE, SOMERVILLE, MA 02145

10925   AMARI, PETER, 50 RUSSELL PK, QUINCY, MA 02169

10925   AMARIANOS, SUSAN, 6150 LIEBIG AVE, RIVERDALE, NY 10471

10924   AMARILLO BLDG PROD/SHEPLER'S, 99 N. TAYLOR, AMARILLO, TX 79101

10924   AMARILLO BUILDING PRODUCT, PO BOX 9026, AMARILLO, TX 79105

10924   AMARILLO BUILDING PRODUCTS, P. O. 9026, AMARILLO, TX 79105

10924   AMARILLO CONCRETE, 3711  N.W. 12TH STREET, AMARILLO, TX 79106

10924   AMARILLO CONCRETE, INC., PO BOX10227, AMARILLO, TX 79116

10925   AMARILLO HOSPITAL DISTRICT, PO BOX 1110, AMARILLO, TX 79175

10925   AMARO JR, JOE, 200 SONDRA WAY, CAMPBELL, CA 95008-1821

10925   AMAROK, ATTN: CHARLENE, POBOX 51526, PHOENIX, AZ 85076-1526

10925   AMARU, RICHARD, 1546 EAST PORTNER, WEST COVINA, CA 91790

10925   AMASOL CORP, 1628 ROGERS ROAD, FORT WORTH, TX 76107

10925   AMAT, PAULO, 10236 BOCA ENTRADA B, BOCA RATON, FL 33428

10925   AMATEK INC US GAUGE DIVISION, PO BOX 8500 S 8275, PHILADELPHIA, PA 19178

10924   AMATEX CORP., 1032 STANBRIDGE ST., NORRISTOWN, PA 19404

10924   AMATEX CORP., 45 PRIMROSE DRIVE, LACONIA, NH 03246

10925   AMATEX CORPORATION, 1032 STANBRIDGE ST., NORRISTOWN, PA 19401-3666

10925   AMATO CREELY, 901 DERBIGNY ST, PO BOX 441, GRETNA, LA 70054-0441

10925   AMATO, GINA, 15 WORTHINGTON CT, STERLING, VA 22170

10925   AMATUCCI, SHERYL, 44991 CLAYMORE DR, CANTON, MI 48187

10925   AMAX, PHELPS DODGE CORPORATION, 1501 W FOUNTAINHEAD PKWY #2, TEMPE, AZ 85282

10925   AMAYA, CARLOS, 4309 34TH ST, BRENTWOOD, MD 20722

10925   AMAYA, EVE, 1706 17 ST NW #307, WASHINGTON, DC 20009

10925   AMAYA, JOSE, 8842-A INDEPENDENCE AVE., CANOGA PARK, CA 91304

10925   AMAYA, MERCEDES, 447 SOUTH HAMPTON DR, SILVER SPRING, MD 20903

10925   AMAYA, ROY, 4025 CARROLL LANE, CORPUS CHRISTI, TX 78411

10925   AMAZON HOSE & RUBBER CO., PO BOX 1426, TAMPA, FL 33601

10925   AMAZON HOSE & RUBBER CO., PO BOX 370673, MIAMI, FL 33137

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 AMAZON HOSE & RUBBER CO., PO BOX 547665, ORLANDO, FL 32854-7665

10925 AMAZON.COM, PO BOX 80463, SEATTLE, WA 98108

10925 AMB PROPERTY L.P., PO BOX 503104, SAINT LOUIS, MO 63150-3104

10925 AMB PROPERTY L.P., POBOX 503104, SAINT LOUIS, MO 63150-3104

10925 AMBAR CHEMICAL INC, POBOX 2451, CAROL STREAM, IL 60132-2451

10925 AMBASSADOR LIMOUSINES, PO BOX 870871, DALLAS, TX 75287-0871

10925 AMBASSADOR MAPS, 7040 W. PALMETTO PARK RD., #4, BOCA RATON, FL 33433

10925 AMBER MERYMAN, 5378 ROSSLYN AVE, INDIANAPOLIS, IN 46220-3322

10925 AMBER MERYMAN, C-O STEPHEN F LOPIANO JR, 241 BRUCE ST, LAWRENCE, MA 01841-1808

10925 AMBERGER JT TEN, THOMAS P & LESLIE A, 28642 RANCHO GRANDE, LAGUNA NIGUEL, CA 92656-5339

10925 AMBERGER, TOM, 28642 RANCHO GRANDE, LAGUNA NIGUEL, CA 92656-5339

10925 AMBIENT TEMPERATURE CORPORATION, PO BOX 1117, MIDDLETON, MA 01949-3117

10925 AMBITECH ENGINEERING CORP, 1333 BUTTERFILED RD SUITE 200, DOWNERS GROVE, IL 60515

10925 AMBRIC TESTING INC., 3502 SCOTTS LANE, PHILADELPHIA, PA 19129

10925 AMBRIZ, EUGENIA, 1637 W 208TH ST, TORRENCE, CA 90501

10925 AMBRIZ, VICTORIA, 11729 CHRISTOPHER AVE, INGLEWOOD, CA 90303

10925 AMBROGIO, MAXINE M, 8816 FRANCES FALSOM SW, TACOMA, WA 98498

10925 AMBROSE EASTERLY & RUBYE, EASTERLY JT TEN, 933 SNOW HILL RD, DOWELLTOWN, TN 37059-2280

10925 AMBROSE JR, JAMES, 8 ABANAKI RD, BILLERICA, MA 01821

10925 AMBROSE, CAROL, 2218 TIMBERGREEN CIRCLE, MAGNOLIA, TX 77355

10925 AMBROSE, HELEN, 33 ERSKINE CT, MAHWAH, NJ 07430-2014

10925 AMBROSE, J, 10 BRADLEE ROAD, MARBLEHEAD, MA 01945

10925 AMBROSE, JOHN, 10 BRADLEE RD, MARBLEHEAD, MA 01945

10925 AMBROSE, JOHN, 2151 APPLEGATE DRIVE, CORONA, CA 91720

10925 AMBROSE, LYNNE, 10 BRADLEE RD, MARBLEHEAD, MA 01945

10925 AMBROSE, MARTHA, 7 SPRINGDALE DRIVE, WILLIAMSTON, SC 29697

10925 AMBROSE, MICHAEL, 119 LAWRENCE AVE, BARRINGTON, NJ 08007

10925 AMBROSE, ROBERT, 2818 MICKEY LANE, LAKE CHARLES, LA 70607

10925 AMBROSE, ROBERT, 2818 MICKEY LN., LAKE CHARLES, LA 70607

10925 AMBROSE, STEVEN, 210 OAK DRIVE, PASADENA, MD 21122

10925 AMBROSE, TRACY, RT 4 BOX 609, LAKE CITY, FL 32055

10925 AMBROSELLI, GREGORY, 22346 GILMORE ST, CANOGA PARK, CA 91303

10925 AMBROSIA CHOCOLATE, 1133 N. 5TH ST, MILWAUKEE, WI 53203

10925 AMBROSIA CHOCOLATE, 364 N. FIFTH ST., NEWARK, NJ 07107

10925 AMBROSIA CHOCOLATE, 3746 N. DAVIDSON ST., CHARLOTTE, NC 28225

10925 AMBROSIA CHOCOLATE, BIN NO 53098, MILWAUKEE, WI 53288-0098

10925 AMBROSIA ON HUNTINGTON, 116 HUNTINGTON AVE., BOSTON, MA 02108

10925 AMBROSIA, FOUR, M, NY, NY 10025

10925 AMBROSIA, ONE, 88ST, NY, NY 10025

10925 AMBROSIA, THREE, LPA, NY, NY 10056

10925 AMBROSIA, TWO, PLO, NY, NY 10025

10925 AMBROSIUS, CARL, RT 6 1894 CYPRESS RD, DE PERE, WI 54115

10925 AMBROSIUS, JAMES, 3071 CACTUS AVE, GREEN BAY, WI 54313

10925 AMBROSIUS, JOSEPH, 1273 MARIAN LA, GREEN BAY, WI 54304-2842

10925 AMBROSIUS, JULIE, 1273 MARIAN LA, GREEN BAY, WI 54304

10925 AMBROSO, ARTHUR, 594 D EVANS DRIVE, FOND DU LAC, WI 54935

10925 AMBROZAITIS, DEREK, 46 ANDERSON AVE, MIDDLEBORO, MA 02346

10925 AMBU INC, 611 NORTH HAMMONDS FERRY ROAD, LINTHICUM, MD 21090-1356

10925 AMBU, INC, 611 N. HAMMONDS FERRY ROAD, LINTHICUM, MD 21090

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 AMBULATORY CARE CENTER, CONWAY REGIONAL HOSPITAL, CONWAY, AR 72032

10924 AMBULATORY CARE, C/O BRAUN DRYWALL, COLUMBIA, MO 65211

10924 AMBULATORY CARE, C/O TRUE FIREPROOFING, LITTLE ROCK, AR 72205

10924 AMBULATORY HEALTH CARE, C/O ALPHA INSULATION, DAY STREET GATE, MONTGOMERY, AL 36108

10924 AMBUR CHEMICAL COMPANY,INC., 2123 BAY CLUB DRIVE, ARLINGTON, TX 76013-5207

10925 AMBURGEY, RAVENELL, 303 AMBURGEY DR, NEW ALBANY, IN 47150

10925 AMBURGEY, RONALD, 5500 FM 2004, 6D, HITCHCOCK, TX 77563

10925 AMBURGEY, W, 303 AMBURGEY DRIVE, NEW ALBANY, IN 47150

10924 AMC 20 PLEX, COFFMAN, MISSION VALLEY CENTER, CA 92108

10924 AMC 30 GRAPEVINE, FARM RD. 2499 & TEXAS HWY. 121, GRAPEVINE, TX 76051

10924 AMC 30 THEATER, 1-88 AND WINFIELD SW CORNER, WARRENVILLE, IL 60555

10924 AMC ARROWHEAD, GLENDALE, AZ 85301

10925 AMC CANCER RESEARCH CENTER, 1600 PIERCE ST, LAKEWOOD, CO 80214

10924 AMC CONCORDE MILLS 24 PLEX, 8111 EAST KINGS GRANT BLVD., HARRISBURG, NC 28075

10924 AMC LIVONIA THEATER, 19500 HAGGERTY ROAD, LIVONIA, MI 48153

10924 AMC OLATHE STATION, 12075 S. STRANGE LINE RD., OLATHE, KS 66062

10924 AMC THEATER 24, SLOAN AVENUE, MERCERVILLE, NJ 08619

10924 AMC THEATER PROJECT, 3130 TAMPA RD, OLDSMAR, FL 34677

10924 AMC THEATER, 19200 E. 39TH ST., INDEPENDENCE, MO 64058

10924 AMC THEATER, BARRINGTON ROAD AND I-90, SOUTH BARRINGTON, IL 60010

10924 AMC THEATERS - 6 PLEX, SUPERIOR WALL SYSTEMS, LONG BEACH, CA 90801

10924 AMC THEATERS, PHOENIX, AZ 85019

10924 AMC THEATRE, 3130 TAMPA ROAD, OLDSMAR, FL 34677

10924 AMC, 2380 MILL ROAD, ALEXANDRIA, VA 22314

10925 AMCA INTL CORP, THOMAS M HOBAN, DARTMOUTH NATIONAL BANK BLDG, HANOVER, NH 03755-2077

10925 AMCAN INDUSTRIES, 433 MANVILLE ROAD, PLEASANTVILLE, NY 10570

10925 AMCAP/DENVER LTD. PARTNERSHIP, AMCAP INC.- GEN COUNSEL, 201 STEELE ST, SUITE 201, DENVER, CO 80206

10925 AMCHEM PRODUCTS INC., KELLY DRYE & WARREN, 101 PARK AVE, NEW YORK, NY 10178

10925 AMCHEM PRODUCTS PVT. LTD., A-79, SECTOR 58, NOIDA, 201 301INDIA                    *VIA Deutsche Post*

10924 AMCO CORP, 8-7, 4-CHROME, IIDABASHI, CHIYODA-KU, TOKYO  102, 09999JPN              *VIA Deutsche Post*

10924 AMCO CORP, 8-7, 4-CHROME, LIDABASHI, CHIYDDA-KU  TOKYO  102, 09999JPN              *VIA Deutsche Post*

10925 AMCO INDUSTRIES-ITASCA, 625 DISTRICT DR., ITASCA, IL 60143-1364

10925 AMCO INDUSTRIES-ROCKFORD, PO BOX 95996, CHICAGO, IL 60694

10924 AMCON BLOCK AND PRECAST, INC., 8645 RIDGEWOOD RD, SAINT JOSEPH, MN 56374

10924 AMCON BLOCK AND PRECAST, INC., P O BOX 99, SAINT JOSEPH, MN 56374

10924 AMCON BLOCK AND PRECAST, INC., PO BOX 99, SAINT JOSEPH, MN 56374

10924 AMCON BLOCK, 2211 HWY 10 SOUTH, SAINT CLOUD, MN 56304

10924 AMCON BLOCK, 331 E HWY 7, HUTCHINSON, MN 55350

10924 AMCON BLOCK, P O BOX 546, SAINT CLOUD, MN 56402

10924 AMCON BLOCK, POBOX 546, SAINT CLOUD, MN 56302

10924 AMCON MOBILE CONCRETE, OLD PALL RD., LEWISBURG, WV 24901

10924 AMCON MOBILE CONCRETE, P O BOX 248, RONCEVERTE, WV 24970

10924 AMCON MOBILE CONCRETE, PO BOX 248, RONCEVERTE, WV 24970

10924 AMCOR / INACTIVE DO NOT USE, ARVADA, CO 80002

10924 AMCOR BLOCK, 2240 S. YELLOW STONE, IDAHO FALLS, ID 83402

10924 AMCOR BLOCK, 3839 OVERLAND, BURLEY, ID 83318

10924 AMCOR BLOCK, P.O. BOX 51418, IDAHO FALLS, ID 83045

10924 AMCOR BLOCK, PO BOX51418, IDAHO FALLS, ID 83405

10924 AMCOR INCORPORATED, 333 S. REDWOOD RD, NORTH SALT LAKE, UT 84054

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | AMCOR INCORPORATED, 333 SOUTH REDWOOD ROAD, NORTH SALT LAKE, UT 84054 | |
| 10924 | AMCOR INCORPORATED, 801 W. 12TH ST., OGDEN, UT 84404 | |
| 10924 | AMCOR INCORPORATED, P O BOX 868, BOUNTIFUL, UT 84011 | |
| 10924 | AMCOR INCORPORATED, P O BOX 9489, OGDEN, UT 84409 | |
| 10924 | AMCOR INCORPORATED, PO BOX 9489, OGDEN, UT 84409 | |
| 10924 | AMCOR MASONRY PRODUCTS, PO BOX868, BOUNTIFUL, UT 84011-0868 | |
| 10924 | AMCOR PRECAST, 16419 TEN LANE, NAMPA, ID 83687 | |
| 10924 | AMCOR PRECAST, 6640 INDUSTRY AVENUE, RAMSEY, MN 55303 | |
| 10924 | AMCOR PRECAST, 8381 BLAKELAND DRIVE, LITTLETON, CO 80125 | |
| 10924 | AMCOR PRECAST, 8392 RIVERVIEW PKY., LITTLETON, CO 80125 | |
| 10924 | AMCOR PRECAST, ATTN:  ACCOUNTS PAYABLE, OGDEN, UT 84404 | |
| 10924 | AMCOR PRECAST, WEST 12TH STREET, OGDEN, UT 84404 | |
| 10924 | AMCOR, 16419 TEN LANE, NAMPA, ID 83687 | |
| 10924 | AMCOR, 2240 SOUTH YELLOWSTONE, IDAHO FALLS, ID 83405 | |
| 10924 | AMCOR, 333 SO. REDWOOD AVE, NO SALT LAKE, UT 84045 | |
| 10924 | AMCOR, 8392 RIVERVIEW PARKWAY, LITTLETON, CO 80125 | |
| 10924 | AMCOR, BLOCK PLANT, PROVO, UT 84601 | |
| 10924 | AMCOR, POST OFFICE BOX 9489, OGDEN, UT 84404 | |
| 10924 | AMCRAFT INC., ATTN: ACCOUNTS PAYABLE, IDAHO SPRINGS, CO 80452 | |
| 10924 | AMCRAFT, INC., 1431 MINER STREET, IDAHO SPRINGS, CO 80452 | |
| 10924 | AMCRAFT, INC., ATTN:  ACCOUNTS PAYABLE, IDAHO SPRINGS, CO 80452 | |
| 10924 | AMCRAFT, STATE ROAD 38, SAN JUAN PUEBLO, NM 87566 | |
| 10925 | AMD PENANG, FREE TRADE ZONE, PENANG, 0MALAYSIA | *VIA Deutsche Post* |
| 10924 | AMD/FAB 25, C/O WILLIAMS INSULATION, AUSTIN, TX 78741 | |
| 10925 | AME INC, PO BOX 909, FORT MILL, SC 29716-0909 | |
| 10925 | AMEC EARTH & ENVIRONMENTAL, 221 18TH ST SE, CALGARY, AB T2E 6J5CANADA | *VIA Deutsche Post* |
| 10925 | AMECO, PO BOX 65664, CHARLOTTE, NC 28265-0664 | |
| 10925 | AMEDEX INSURANCE COMPANY, 7001 SW 97TH AVE, MIAMI, FL 33173-1472 | |
| 10925 | AMELIA L BONNER, RT 1 BOX 267-5, PRYOR, OK 74361-9297 | |
| 10925 | AMELIAS DELI, 4825 HOPYARD ROAD F2, PLEASANTON, CA 94588 | |
| 10925 | AMELUNG, JAMES, 4271 LEONARD DRIVE, ST LOUIS, MO 63128 | |
| 10925 | AMEN SOC INDL SECURITY, 2419 N FEDERAL HWY, DELRAY BEACH, FL 33483 | |
| 10925 | AMEND, PATRICIA, 95 STONYRIDGE DRIVE, LINCOLN PARK, NJ 07035 | |
| 10924 | AMENIA SAND & GRAVEL INC., LEEDSVILLE RD, BOX C, AMENIA, NY 12501 | |
| 10924 | AMENIA SAND & GRAVEL, INC., LEEDSVILLE RD. BOX C, AMENIA, NY 12501 | |
| 10924 | AMENIA SAND & GRAVEL, LEEDSVILLE RD., AMENIA, NY 12501 | |
| 10925 | AMENT, MARIE, 12816 LOWER RIVER RD, ORLANDO, FL 32828 | |
| 10924 | AMER GEN, PO BOX 678, CLINTON, IL 61727 | |
| 10924 | AMER MUSEUM (79TH & COLUMBUS), SHIP TO: 1462 SCHENECTADY AVE., BROOKLYN, NY 11203 | |
| 10925 | AMER SOC IND SECURITY, PO BOX 74030, BALTIMORE, MD 21274 | |
| 10924 | AMERA SUITES, HIGHWAY 40 & I-17, FLAGSTAFF, AZ 86001 | |
| 10924 | AMERADA HESS (PT READING) CORP., 750 CLIFF ROAD, PORT READING, NJ 07064 | |
| 10924 | AMERADA HESS (PT READING) CORP., PO BOX 500, WOODBRIDGE, NJ 07095 | |
| 10924 | AMERADA HESS (PT READING) CORP.-A, 750 CLIFF ROAD, PORT READING, NJ 07064 | |
| 10925 | AMERADA HESS COMPANIES, 1 HESS PLAZA, WOODBRIDGE, NJ 07095-0961 | |
| 10925 | AMERADA HESS CORP, PO BOX 11507, NEWARK, NJ 07101-4507 | |
| 10925 | AMERADA HESS CORP, POBOX 198847, ATLANTA, GA 30384-8847 | |
| 10924 | AMERADA HESS CORP., 835 WEST AVENUE, PORT READING, NJ 07064 | |
| 10925 | AMERADA HESS CORP., PO BOX 11507, NEWARK, NJ 07101 | |
| 10925 | AMERADA HESS CORP., PO BOX 500, WOODBRIDGE, NJ 07095 | |
| 10925 | AMERADA HESS CORPORATION, PO BOX 11510, NEWARK, NJ 07101-4510 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | AMERADA HESS CORPORATION, PO BOX 640051, PITTSBURGH, PA 15264-0051 | |
| 10925 | AMERAIL LLC, ONE TRANSIT DR, HORNELL, NY 14843 | |
| 10925 | AMERAQUATIC, INC, 1061 S.W. 30TH AVE, DEERFIELD BEACH, FL 33442 | |
| 10925 | AMERENUE, PO BOX 66529, SAINT LOUIS, MO 63166-6529 | |
| 10925 | AMERFORD, 218-01 MERRICK BLVD, JAMAICA, NY 11413 | |
| 10925 | AMERHARDT INC., POBOX 10097, GREEN BAY, WI 54304 | |
| 10924 | AMERHART LTD., 2455 CENTURY ROAD, GREEN BAY, WI 54307 | |
| 10924 | AMERHART LTD., PO BOX10097, GREEN BAY, WI 54307 | |
| 10924 | AMERI LUMBER HARDWARE, 7004 SW 40TH ST, MIAMI, FL 33155 | |
| 10925 | AMERIAN IND. HYGIENE ASSOC.-CHICAGO, 650 GRAND AVE., SUITE 308, ELMHURST, IL 60126 | |
| 10925 | AMERIBROM,INC SYNERGY FLUIDS DIV, 16800 IMPERIAL VALLEY DR, S,310, HOUSTON, TX 77060 | |
| 10925 | AMERICA GIUSTI LA ROSA, ROSA, AVENIDA AREQUIPA, EDIFICIO MONTREAL 5241, DEPT 1002, LIMA, 18PERU | *VIA Deutsche Post* |
| 10924 | AMERICA ON LINE, WAXPOOL ROAD, ASHBURN, VA 22011 | |
| 10925 | AMERICAL GRAPHIC SYSTEMS, PO BOX 4715, SAN DIMAS, CA 91773 | |
| 10925 | AMERICAN & EFIRD, INC, PO BOX 60221, CHARLOTTE, NC 28260 | |
| 10925 | AMERICAN AEROSOLS COMPANY, 9353 SEYMOUR AVE, SCHILLER PARK, IL 60176 | |
| 10925 | AMERICAN AEROSPACE CORP, 9 GRANT AVE., BAY SHORE, NY 11706 | |
| 10925 | AMERICAN AIR FILTER CO, INC, 542 NORTHLAND RD., CINCINNATI, OH 45240 | |
| 10925 | AMERICAN AIR FILTER, 215 CENTRAL AVE., LOUISVILLE, KY 40208 | |
| 10925 | AMERICAN AIR FILTER, PO BOX 35690, LOUISVILLE, KY 40232 | |
| 10924 | AMERICAN AIR PLANTS CO., 17 PARK ROAD, EATONTOWN, NJ 07724 | |
| 10925 | AMERICAN AIRLINES INC, JOAN KRAJEWSKI, | |
| 10924 | AMERICAN AIRLINES, C/O WILLIAMS, 8008  CEDAR SPRINGS ROAD, DALLAS, TX 75235 | |
| 10924 | AMERICAN AIRLINES, INC., AMARILLO INTL. AIRPORT, ATTN: TRAVIS YORK 10801 BAKER STREE, AMARILLO, TX 79111 | |
| 10924 | AMERICAN AIRLINES, INC., PO BOX 582809, TULSA, OK 74158-2809 | |
| 10924 | AMERICAN AIRLINES, INC., PO BOX 582839, MD 788, TULSA, OK 74158-2839 | |
| 10925 | AMERICAN AIRLINES, PO BOX 730052, DALLAS, TX 75373-0052 | |
| 10925 | AMERICAN AIR-TECH, 7 PETTOM ROAD, NORWALK, CT 06850 | |
| 10924 | AMERICAN ALUMINUM & INSULATION, 150 FULING MILL RD, MIDDLETOWN, PA 17057 | |
| 10925 | AMERICAN ANALYTICAL & TECH. SERVICE, 11950 INDUSTRIPLEX BLVD., BATON ROUGE, LA 70809 | |
| 10925 | AMERICAN ANALYTICAL & TECHNICAL SER, 1700 W. ALBANY, STE. C, BROKEN ARROW, OK 74012 | |
| 10925 | AMERICAN APPRAISAL ASSOCIATES INC, BIN 391, MILWAUKEE, WI 53288-0391 | |
| 10925 | AMERICAN ARBITRATION ASSOCIATION, 133 FEDERAL ST 10TH FL, BOSTON, MA 02110 | |
| 10925 | AMERICAN ARBITRATION ASSOCIATION, 133 FEDERAL ST, BOSTON, MA 02110-1703 | |
| 10925 | AMERICAN ARBITRATION ASSOCIATION, 140 WEST 51 ST, NEW YORK, NY 10020-1203 | |
| 10925 | AMERICAN ARBITRATION ASSOCIATION, 335 MADISON AVE., NEW YORK, NY 10017-4605 | |
| 10925 | AMERICAN ART CLAY COMPANY, INC., 4717 W. 16TH ST., INDIANAPOLIS, IN 46222 | |
| 10924 | AMERICAN ART STONE, 224 3RD NORTH STREET, NEW ULM, MN 56073 | |
| 10924 | AMERICAN ART STONE, 224 3RD ST., NEW ULM, MN 56073 | |
| 10924 | AMERICAN ART STONE, INC., 40 RIZZOLO ROAD, KEARNY, NJ 07032 | |
| 10924 | AMERICAN ART STONE, P O BOX 425, NEW ULM, MN 56073 | |
| 10924 | AMERICAN ART STONE, P.O. BOX 425, NEW ULM, MN 56073 | |
| 10924 | AMERICAN ASPAHLT & GRADING, 3624 GOLDFIELD STREET, NORTH LAS VEGAS, NV 89030 | |
| 10924 | AMERICAN ASPHALT, 829 WEST RIVERSIDE, BUNKERVILLE, NV 89007 | |
| 10925 | AMERICAN ASSN. FOR DENTAL RESEARCH, 1619 DUKE ST., WASHINGTON, DC 20005 | |
| 10925 | AMERICAN ASSN. FOR THE ADVANCEMENT, FEIN#53-0196568, PO BOX 1811, DANBURY, CT 06813-1811 | |
| 10925 | AMERICAN ASSN. OF THE, PO BOX 131973, HOUSTON, TX 77219-1973 | |
| 10925 | AMERICAN ASSOC OF, 1111 NINETEENTH ST NW#608, WASHINGTON, DC 20036-3690 | |
| 10925 | AMERICAN ASSOC. OF, PO BOX 116005, ATLANTA, GA 30368-6005 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    AMERICAN ASSOCIATED ROOFING, POBOX 4056, ATLANTA, GA 30302

10925    AMERICAN ASSOCIATED, PO BOX 4056, ATLANTA, GA 30302

10925    AMERICAN ASSOCIATIOIN FOR AFF ACT, 505 HUDSON ST, HARTFORD, CT 06106

10925    AMERICAN ASSOCIATION FOR LABORATORY, 656 QUINCE ORCHARD RD., GAITHERSBURG, MD 20878-1409

10925    AMERICAN ASSOCIATION FOR THE, 1200 NEW YORK AVE NW, WASHINGTON, DC 20005

10925    AMERICAN ASSOCIATION FOR, SUITE 350, 5301 BUCKEYSTOWN PIKE, FREDERICK, MD 21704-8307

10925    AMERICAN ASSOCIATION OF L, PO BOX 94340, CHICAGO, IL 60678-4340

10925    AMERICAN ASSOCIATION OF NURSE, PO BOX 88, THOROFARE, NJ 08086-0088

10925    AMERICAN ASSOCIATION OF STATE, DEPT 1013, WASHINGTON, DC 20061-1013

10925    AMERICAN ASSOCIATION OF, PO BOX 96974, WASHINGTON, DC 20077-7022

10925    AMERICAN BANK NOTE CO, PO BOX 7247-8678, PHILADELPHIA, PA 19170-8678

10925    AMERICAN BANK NOTE COMPANY, PO BOX 5457 GPO, NEW YORK, NY 10087-5457

10925    AMERICAN BANKERS ASSOCIATION, PO BOX 79447, BALTIMORE, MD 21279-0447

10925    AMERICAN BAR ASSOC/CASH RECEIP, 135 S LASALLE, CHICAGO, IL 60674-1551

10925    AMERICAN BAR ASSOCIATION, 541 N FAIRBANKS COURT, CHICAGO, IL 60611-3314

10925    AMERICAN BAR ASSOCIATION, 750 N LAKE SHORE DR, CHICAGO, IL 60611-4497

10925    AMERICAN BAR ASSOCIATION, 750 NORTH LAKE SHORE DR, CHICAGO, IL 60611

10925    AMERICAN BAR ASSOCIATION, DEPT 1551, CHICAGO, IL 60674-1551

10925    AMERICAN BAR ASSOCIATION, PO BOX 109078, CHICAGO, IL 60610-9078

10925    AMERICAN BAR ASSOCIATION, PO BOX 4745, CAROL STREAM, IL 60197

10925    AMERICAN BAR ASSOCIATION, PO BOX 4747, CAROL STREAM, IL 60197-4747

10925    AMERICAN BAR ASSOCIATION, POST OFFICE BOX 4745, CAROL STREAM, IL 60197-4745

10924    AMERICAN BEAN BAG, 2341 POMONA RINCON RD, CORONA, CA 91720

10925    AMERICAN BEARING AND POWER, PO BOX 630879, BALTIMORE, MD 21263-0879

10925    AMERICAN BEARING AND POWER, PO BOX 65786, CHARLOTTE, NC 28265-0786

10925    AMERICAN BEARING AND POWER, POBOX 905794, CHARLOTTE, NC 28290-5794

10925    AMERICAN BED & BREAKFAST, 87 PLEASANT ST, ARLINGTON, MA 02174

10925    AMERICAN BENEFITS COUNCIL, PO BOX 91537 BRENTWOOD RD STATION, WASHINGTON, DC 20090-1537

10925    AMERICAN BILTRITE INC., 105 WHITTENDALE DR., MOORESTOWN, NJ 08057

10925    AMERICAN BINDERY, INC, 210 BROADWAY, EVERETT, MA 02149

10925    AMERICAN BLACK EMPLOYMENT JOURNAL, 19528 VENTURA BLVD SUITE 519, TARZANA, CA 91356

10924    AMERICAN BLENDING CO., 2001 SOUTH LEO STREET, CITY OF COMMERCE, CA 90040

10924    AMERICAN BLOCK COMPANY, GREEN TREE CROSS ROAD, ROUTE 460, PRINCETON, WV 24740

10924    AMERICAN BLOCK COMPANY, P O BOX 5365, PRINCETON, WV 24740

10924    AMERICAN BOA, INC, 1420 REDI ROAD, CUMMING, GA 30130

10924    AMERICAN BOARD COMPANY, 200 STAGE ROAD, VESTAL, NY 13850

10925    AMERICAN BOARD OF IND. HYGIENE, 6015 W. ST. JOSEPH, SUITE 102, LANSING, MI 48917

10925    AMERICAN BOARD OF, 6015 W ST JOSEPH STE 102, LANSING, MI 48917-3980

10924    AMERICAN BOLT CO, P. O. BOX 18327, AUSTIN, TX 78760

10924    AMERICAN BORATE COMPANY, ATTN: ACCOUNTS PAYABLE, 5700 CLEVELAND STREET, VIRGINIA BEACH, VA 23462

10924    AMERICAN BORATE COMPANY, ATTN: PURCHASING DEPT., 5700 CLEVELAND STREET, VIRGINIA BEACH, VA 23462

10924    AMERICAN BORATE COMPANY, ELIZABETH RIVER TERMINALS, 4100 BUELL STREET, CHESAPEAKE, VA 23324

10924    AMERICAN BRAIDING AND MFG., 247 OLD TAVERN ROAD, HOWELL, NJ 07731

10925    AMERICAN BREAST CANCER FOUNDATION, 798 KENILWORTH DR., TOWSON, MD 21204

10925    AMERICAN BREEDERS SERVICE, 1604 E COUNTRY ROAD #76, WELLINGTON, CO 80549

10925    AMERICAN BREEDERS SERVICE, PO BOX 459, DE FOREST, WI 53532

10924    AMERICAN BRICK & BLOCK, 1433 S. EUCLID AVE., DAYTON, OH 45408

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    AMERICAN BRUSH CO., 600 MYRTLE ST, NEW BRITAIN, CT 06050

10925    AMERICAN BRUSH COMPANY INC, LINDEN HILL STATION, WYANDANCH, NY 11798

10924    AMERICAN BUILDER, CONTRACTOR SPECIALITIES, HORSHAM, PA 19044

10924    AMERICAN BUILDERS SUPPLY, 6700 BROADWAY, QUINCY, IL 62301

10924    AMERICAN BUILDERS SUPPLY, P.O. BOX 3731, QUINCY, IL 62305

10924    AMERICAN BUILDERS SUPPLY, P.O.BOX 3731, QUINCY, IL 62305

10924    AMERICAN BUILDERS SY, INC., 6700 BROADWAY, QUINCY, IL 62305

10924    AMERICAN BUILDING CO, PO BOX800, EUFAULA, AL 36027

10925    AMERICAN BUILDING MAINTENANCE, DEPT. 1088-02 PO BOX 61000, SAN FRANCISCO, CA 94161

10924    AMERICAN BUILDINGS COMPANY, P.O. BOX 800, EUFAULA, AL 36027

10924    AMERICAN BUILDINGS COMPANY, WILL CALL @ L.A. PLANT, CITY OF COMMERCE, CA 90040

10924    AMERICAN BUILT EQUIPMENT COMPANY, PO BOX610105, DALLAS, TX 75261

10924    AMERICAN BUILT EQUIPMENT, 4901 W. ROCHELLE ROAD, IRVING, TX 75062

10925    AMERICAN BULK CONVEYING, INC, 564 CENTRAL AVE., MURRAY HILL, NJ 07974-1573

10925    AMERICAN BUSINESS INFORMATION, PO BOX 3366, OMAHA, NE 68176-0202

10925    AMERICAN BUSINESS LISTS, PO BOX 27086, OMAHA, NE 68127-0086

10924    AMERICAN CAL TECH, C/O THOMPSONS BUILDING MATERIALS, CENTURY CITY, CA 90067

10925    AMERICAN CALIBRATION & TESTING CO, 34 FOREST PARK AVE., N.BILLERICA, MA 01862-1333

10925    AMERICAN CALIBRATION & TESTING, 176 WALNUT ST, LAWRENCE, MA 01841

10924    AMERICAN CAL-TECH, C/O THOMPSONS BUILDING MATERIALS, ENCINO, CA 91316

10924    AMERICAN CAL-TECH, PALO ALTO, CA 94301

10924    AMERICAN CAL-TECH/606 OLIVE ST., C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90001

10925    AMERICAN CAN CO RESEARCH CENTER, 433 N NORTHWEST HWY, BARRINGTON, IL 61360

10925    AMERICAN CANCER SOCIETY, 11331 AMHERST AVE, SILVER SPRING, MD 20902

10925    AMERICAN CANCER SOCIETY, 1400 WINTON RD NORTH, ROCHESTER, NY 14609

10925    AMERICAN CANCER SOCIETY, 1599 CLIFTON RD., N.E., ATLANTA, GA 30329

10925    AMERICAN CANCER SOCIETY, 2929 E THOMAS RD, PHOENIX, AZ 85016

10925    AMERICAN CANCER SOCIETY, 30 SPEEN ST, FRAMINGHAM, MA 01701

10925    AMERICAN CANCER SOCIETY, 3350 NW BOCA RATON BLVD #A-34, BOCA RATON, FL 33431-6636

10925    AMERICAN CANCER SOCIETY, 3407 NW 9TH AVE #100, FORT LAUDERDALE, FL 33309

10925    AMERICAN CANCER SOCIETY, 360 STATE RT 101 SUITE 501, BEDFORD, NH 03110

10925    AMERICAN CANCER SOCIETY, 400 MAIN ST, PAWTUCKET, RI 02860

10925    AMERICAN CANCER SOCIETY, 600 NORTH MAIN ST, GREER, SC 29650

10925    AMERICAN CANCER SOCIETY, 661 MASSACHUSETTS AVE., ARLINGTON, MA 02174

10925    AMERICAN CANCER SOCIETY, 777 YAMATO RD - SUITE 105, BOCA RATON, FL 33431

10925    AMERICAN CANCER SOCIETY, ONE LAKESHORE DR., SUITE 1585, LAKE CHARLES, LA 70629

10925    AMERICAN CANCER SOCIETY, PO BOX 632291, CINCINNATI, OH 45263-2291

10925    AMERICAN CANCER SOCIETY, POBOX 3163, BOSTON, MA 02241

10924    AMERICAN CASA/NATIONAL AIR, 6871 AIRPORT DRIVE, RIVERSIDE, CA 92504

10925    AMERICAN CASTING & MANUFACTURING, 51 COMMERCIAL ST, PLAINVIEW, NY 11803

10925    AMERICAN CASTING & MFG. CORP., 51 COMMERCIAL ST, PLAINVIEW, NY 11803

10925    AMERICAN CERAMIC SOCIETY, 735 CERAMIC PLACE, WESTERVILLE, OH 43081

10925    AMERICAN CERAMIC SOCIETY, POBOX 6136, WESTERVILLE, OH 43086-6136

10925    AMERICAN CHAMBER OF COMME, PO BOX 75462, CHICAGO, IL 60690-9387

10924    AMERICAN CHEMICAL CORP, PO BOX 1168, WILMINGTON, DE 19899

10925    AMERICAN CHEMICAL CORP., PO BOX 1168, WILMINGTON, DE 19899

10924    AMERICAN CHEMICAL S.A., CARLOS A. LOPEZ 5940, MONTEVIDEO, URY      **\*VIA Deutsche Post\***

10925    AMERICAN CHEMICAL SOCIETY, 1155 16TH ST, WASHINGTON, DC 20037

10925    AMERICAN CHEMICAL SOCIETY, 1155 SIXTEENTH ST NW, WASHINGTON, DC 20036

10925    AMERICAN CHEMICAL SOCIETY, 1155 SIXTEENTH ST,NW, WASHINGTON, DC 20036

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AMERICAN CHEMICAL SOCIETY, 1155 SIXTENNTH ST., NW, WASHINGTON, DC 20036

10925   AMERICAN CHEMICAL SOCIETY, 676 EAST SWEDESFORD ROAD, STE 202, WAYNE, PA 19087-1612

10925   AMERICAN CHEMICAL SOCIETY, C/O CENTCOM, LTD., 676 E. SWEDESFORD RD., STE 202, WAYNE, PA 19087-1612

10925   AMERICAN CHEMICAL SOCIETY, DEPT L 0011, COLUMBUS, OH 43268-0011

10925   AMERICAN CHEMICAL SOCIETY, DEPT L-0011, COLUMBUS, OH 43268

10925   AMERICAN CHEMICAL SOCIETY, DEPT L-0011, COLUMBUS, OH 43268-0011

10925   AMERICAN CHEMICAL SOCIETY, DEPT. L-0011, WASHINGTON, DC 20036

10925   AMERICAN CHEMICAL SOCIETY, PO BOX 182426, COLUMBUS, OH 43218-2426

10925   AMERICAN CHEMICAL SOCIETY, PO BOX 28597, CENT. STATION, WASHINGTON, DC 20005

10925   AMERICAN CHEMICAL SOCIETY, PO BOX 57136, WASHINGTON, DC 20037

10925   AMERICAN CHEMICAL SOCIETY, PO BOX 57136, WASHINGTON, DC 20037-0136

10925   AMERICAN CHEMICAL SOCIETY, POBOX 18598, 20TH ST STATION, WASHINGTON, DC 20036-8598

10925   AMERICAN CHEMISTRY COUNCIL, 1300 WILSON BLVD, ARLINGTON, VA 22209

10925   AMERICAN CHEMISTRY COUNCIL, 1300 WILSON BLVD., ARLINGTON, VA 22209

10925   AMERICAN CIRCUIT SYSTEMS, 712 WESTGATE ST, ADDISON, IL 60101

10925   AMERICAN CLASSIC CARPET CARE, POBOX 2655, MATTHEWS, NC 28106

10924   AMERICAN COATED PRODUCTS INC., 1 HERITAGE PARK ROAD, CLINTON, CT 06413

10924   AMERICAN COATED PRODUCTS INC., PO BOX 918, CLINTON, CT 06413

10924   AMERICAN COATING & MARKING INK, 1220NORTH AVENUE, PLAINFIELD, NJ 07062

10924   AMERICAN COATING ENTERPRISE, 640 SOUTH SHELFER STREET, QUINCY, FL 32351

10924   AMERICAN COATING TECHNOLOGY, 3431 HOGARTH STREET, EAU CLAIRE, WI 54702

10925   AMERICAN COATING TECHNOLOGY, INC, PO BOX 1525, EAU CLAIRE, WI 54702-1525

10924   AMERICAN COATING TECHNOLOGY, PO BOX 1525, EAU CLAIRE, WI 54702

10924   AMERICAN COATINGS TECHNOLOGY, 3431 HOGARTH STREET, EAU CLAIRE, WI 54702-1992

10924   AMERICAN COATINGS, 11204 HOPSON RD, ASHLAND, VA 23005

10924   AMERICAN COATINGS, 11204 HOPSON RD., ASHLAND, VA 23005

10924   AMERICAN COATINGS, 11204 HOPSON ROAD, ASHLAND, VA 23005

10925   AMERICAN COIL SPRING CO, LARRY ZADONICK, 1041 E KEATING ST, MUSKEGON, MI 49442

10925   AMERICAN COLLOID, PO BOX 95338, CHICAGO, IL 60694

10924   AMERICAN COLORS, INC., 1110 EDGEWATER AVENUE, SANDUSKY, OH 44870

10924   AMERICAN COLORS, INC., PO BOX 397, SANDUSKY, OH 44870

10925   AMERICAN COMMERCIAL TERMINALS LLC, PO BOX 100294, ATLANTA, GA 30384-0294

10925   AMERICAN COMPENSATION ASSOCIATION, 14040 N NORTHSIGHT BLVD, SCOTTSDALE, AZ 85260

10925   AMERICAN COMPENSATION ASSOCIATION, 1650 BLUEGRASS LAKES PKWY, ALPHARETTA, GA 30004

10924   AMERICAN CONC PIPE, 5000 N 124 STREET, MILWAUKEE, WI 53225

10924   AMERICAN CONC PIPE, PO BOX828, WAUKESHA, WI 53187-0828

10924   AMERICAN CONC PRODS, 4924 POPPLETON, OMAHA, NE 68106

10924   AMERICAN CONCRETE & GRAVEL, 220 INDUSTRIAL PARK RD., GUNNISON, CO 81230

10924   AMERICAN CONCRETE & GRAVEL, 220 INDUSTRIAL PK RD, GUNNISON, CO 81230

10924   AMERICAN CONCRETE CO INC, 504 N. SMELTER, PITTSBURG, KS 66762

10924   AMERICAN CONCRETE CO., INC., 504 N. SMELTER, PITTSBURG, KS 66762

10924   AMERICAN CONCRETE INC., R F D #5 BOX 100, BANGOR, ME 04401

10924   AMERICAN CONCRETE IND, R F D # 5  BOX 100, BANGOR, ME 04401

10924   AMERICAN CONCRETE IND, STILLWATER AVE, VEAZIE, ME 04401

10924   AMERICAN CONCRETE IND., 1022 MINOT AVENUE, AUBURN, ME 04210

10925   AMERICAN CONCRETE INSTITUE, PO BOX 3869, SCOTTSDALE, AZ 85271-3869

10925   AMERICAN CONCRETE INSTITUTE,

10925   AMERICAN CONCRETE INSTITUTE, 2366 EASTLAKE AVE 3 #428, SEATTLE, WA 98102

10925   AMERICAN CONCRETE INSTITUTE, 38800 COUNTRY CLUB DR, FARMINGTON HILLS, MI 48331

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | AMERICAN CONCRETE INSTITUTE, 6503 MONTEREY DR, TAMPA, FL 33625 | |
| 10925 | AMERICAN CONCRETE INSTITUTE, PO BOX 18078, FOUNTAIN HILLS, AZ 85269-8078 | |
| 10925 | AMERICAN CONCRETE INSTITUTE, PO BOX 32190, DETROIT, MI 48232-0190 | |
| 10925 | AMERICAN CONCRETE INSTITUTE, PO BOX 32431, DETROIT, MI 48232-0431 | |
| 10925 | AMERICAN CONCRETE INSTITUTE, PO BOX 78000, DETROIT, MI 48278-0302 | |
| 10925 | AMERICAN CONCRETE INSTITUTE, PO BOX 8094, FARMINGTON HILLS, MI 48333-8094 | |
| 10925 | AMERICAN CONCRETE INSTITUTE, POBOX 78000, DETROIT, MI 48278-0297 | |
| 10925 | AMERICAN CONCRETE PAVEMENT ASSOC, 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550 | |
| 10925 | AMERICAN CONCRETE PAVEMENT ASSOC, 5420 OLD ORCHARD RD SUITE A100, SKOKIE, IL 60077-1059 | |
| 10925 | AMERICAN CONCRETE PAVEMENT, 3640 GRAVELLY BEACH LOOP NW, OLYMPIA, WA 98502 | |
| 10925 | AMERICAN CONCRETE PAVEMENT, 600 S. SECOND ST. SUITE 400, SPRINGFIELD, IL 62704 | |
| 10925 | AMERICAN CONCRETE PAVING ASSOC, 3723 BIRCH ST #11, NEWPORT BEACH, CA 92660 | |
| 10925 | AMERICAN CONCRETE PAVING ASSOC, 6960 KOLL CENTER PKWY #307, PLEASANTON, CA 94566 | |
| 10925 | AMERICAN CONCRETE PAVING, 4253 MONTGOMERY N.E., SUITE 210, ALBUQUERQUE, NM 87109 | |
| 10924 | AMERICAN CONCRETE PIPE, 2448 CENTURY RD, GREEN BAY, WI 54303 | |
| 10924 | AMERICAN CONCRETE PIPE, PO BOX828, WAUKESHA, WI 53187-0828 | |
| 10924 | AMERICAN CONCRETE PROD IN, PO BOX 1835, STATESVILLE, NC 28687 | |
| 10924 | AMERICAN CONCRETE PROD, 8TH ST. N.E., TAYLORSVILLE, NC 28681 | |
| 10924 | AMERICAN CONCRETE PROD, E 20TH ST EXT, NEWTON, NC 28658 | |
| 10924 | AMERICAN CONCRETE PROD, P.O. BOX 1835, STATESVILLE, NC 28687 | |
| 10924 | AMERICAN CONCRETE PROD, PO BOX 1835, STATESVILLE, NC 28687 | |
| 10924 | AMERICAN CONCRETE PRODUCT, INC., 102 EAST 1ST., SCHALLER, IA 51053 | |
| 10924 | AMERICAN CONCRETE PRODUCTS CO, PO BOX620, DOCTORS INLET, FL 32030 | |
| 10924 | AMERICAN CONCRETE PRODUCTS CO., 4924 POPPLETON, OMAHA, NE 68106 | |
| 10924 | AMERICAN CONCRETE PRODUCTS CO., ATTN:  ACCOUNTS PAYABLES, DOCTORS INLET, FL 32030 | |
| 10924 | AMERICAN CONCRETE PRODUCTS CO., OMAHA, NE 68117 | |
| 10924 | AMERICAN CONCRETE PRODUCTS INC., HIGHWAY 169 NORTH, FORT DODGE, IA 50501 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, 210 RIDGE RD., GEORGETOWN, SC 29440 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, 43 SLEEPY HOLLOW ROAD, MIDDLEBURG, FL 32068 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, 4301 HWY 82 WEST, LELAND, MS 38756 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, 701 NORTH, MYRTLE BEACH, SC 29578 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, HIGHWAY 16 N., DENVER, NC 28037 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 10 MAIN STREET, ALBERT CITY, IA 50510 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 1820 E. RICHLAND, STORM LAKE, IA 50588 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 1ST. AVENUE N.W., CLARION, IA 50525 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 205 4TH AVENUE SW, DAYTON, IA 50530 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 2060 QUAIL AVENUE, FORT DODGE, IA 50501 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 216 S.E. 2ND.ST., EAGLE GROVE, IA 50533 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 407 E. CENTRAL, JEFFERSON, IA 50129 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 4944 MASON RD, HOWELL, MI 48843 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 505 DES MOINES ST., WEBSTER CITY, IA 50595 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 5145 N.W. BEAVER DRIVE, JOHNSTON, IA 50131 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 5165 NW BEAVER DRIVE, JOHNSTON, IA 50131 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 827 MONONA ST, BOONE, IA 50036 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 906 HIGH STREET, ROCKWELL CITY, IA 50579 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., 908 CORNWELL STREET, PERRY, IA 50220 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., HIGHWAY 169 SOUTH, FORT DODGE, IA 50501 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., HWY 169 NORTH BOX 542, HUMBOLDT, IA 50548 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., HWY.3 EAST, POCAHONTAS, IA 50574 | |
| 10924 | AMERICAN CONCRETE PRODUCTS, INC., HWY.65 NORTH, MANSON, IA 50563 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    AMERICAN CONCRETE PRODUCTS, INC., PO BOX 48, LAKOTA, IA 50451

10924    AMERICAN CONCRETE PRODUCTS, INC., PO BOX5582, GREENVILLE, MS 38704

10924    AMERICAN CONCRETE PRODUCTS, OCEAN ISLE BEACH, NC 28459

10924    AMERICAN CONCRETE PRODUCTS, P O BOX 2508, MYRTLE BEACH, SC 29578

10924    AMERICAN CONCRETE SUP INC, 137-09 EAST GATE PLAZA, JAMAICA, NY 11413

10924    AMERICAN CONCRETE SUPPLY, INC., 137-09 EASTGATE PLAZA, SPRINGFIELD GARDENS, NY 11413

10924    AMERICAN CONCRETE, 2001 MAIN STREET S.E., HICKORY, NC 28603

10924    AMERICAN CONCRETE, 2511 BIG BLOCK ROAD, MYRTLE BEACH, SC 29575

10924    AMERICAN CONCRETE, 301 S. DAVIS, CORNING, IA 50841

10924    AMERICAN CONCRETE, 305 E. COLUMBUS, MOUNT AYR, IA 50854

10924    AMERICAN CONCRETE, 410 RICHFIELD ST, LOCKPORT, NY 14094

10924    AMERICAN CONCRETE, 500 RICHFIELD ST, LOCKPORT, NY 14095

10924    AMERICAN CONCRETE, 500 RICHFIELD ST., LOCKPORT, NY 14094

10924    AMERICAN CONCRETE, 504 N. SMELTER, PITTSBURG, KS 66762

10924    AMERICAN CONCRETE, 506 E. MONTGOMERY, CRESTON, IA 50801

10924    AMERICAN CONCRETE, HWY 150 E, MOORESVILLE, NC 28115

10924    AMERICAN CONCRETE, HWY 70 E, STATESVILLE, NC 28687

10924    AMERICAN CONCRETE, LITTLE RIVER, SC 29566

10924    AMERICAN CONCRETE, MAIN PLANT, MYRTLE BEACH, SC 29578

10925    AMERICAN CONFERENCE INSTI, 175 FIFTH AVE, NEW YORK, NY 10010

10925    AMERICAN CONFERENCE OF GOVERNMENTAL, 1330 KEMPER MEADOW DR., CINCINNATI, OH 45240

10925    AMERICAN CONFORM, 1820 S. SANTA FE, SANTA ANA, CA 92705

10925    AMERICAN CORP. COUNSEL ASSN., DEPT. 0509, WASHINGTON, DC 20073-0509

10925    AMERICAN CORP. COUNSEL ASSOC., PO BOX 879, OXON HILL, MD 20750-0879

10925    AMERICAN CORPORATE COUNSEL ASSOC, DEPT 0509, WASHINGTON, DC 20073-0509

10925    AMERICAN COUNCIL BLIND ETRPRS, GENERAL COUNSEL, ONE FINANCIAL PLAZA 120 S 6TH ST, STE. 1005, MINNEAPOLIS, MN 55402-1839

10925    AMERICAN COUNCIL ON INTERNATIONAL, 515 MADISON AVE, NEW YORK, NY 10022

10925    AMERICAN COURT REPORTING CO, 1904 MONROE DR N E, ATLANTA, GA 30324

10925    AMERICAN CRANE & TRACTOR, 2200 STATE LINE ROAD, KANSAS CITY, KS 66103

10925    AMERICAN CRATING AND PACKAGING INC, 1619 LAUREL AVE, ATLANTA, GA 30318

10925    AMERICAN CUBE MOLD, TESTING EQUIPMENT, 9241 RAVENNA ROAD, UNIT C-5, TWINSBURG, OH 44087

10925    AMERICAN CURB CUTTERS, PO BOX 18541, FOUNTAIN HILLS, AZ 85269

10925    AMERICAN CUSTOM HYDRAULICS INC, 27 ROOSEVELT AVE, BELLEVILLE, NJ 07109

10925    AMERICAN CUTTING AND DRILLING CO, POBOX 15427, PLANTATION, FL 33318-5427

10925    AMERICAN CYANAMID & CHEMICAL CO, 50 ROCKEFELLER PLAZA,

10924    AMERICAN CYANAMID COMPANY, 1937 WEST MAIN STREET, STAMFORD, CT 06904

10924    AMERICAN CYANAMID COMPANY, PO BOX 60, STAMFORD, CT 06904

10924    AMERICAN DECAL & MFG. CO., 4100 WEST FULLERTON AVENUE, CHICAGO, IL 60639

10924    AMERICAN DENTAL ASSOC C/O WILKIN, 211 E CHICAGO, CHICAGO, IL 60611

10925    AMERICAN DIABETES ASSOC., 8405 NW 53RD ST, MIAMI, FL 33166

10925    AMERICAN DIGITAL, POBOX 517, NEEDHAM HEIGHTS, MA 02194

10925    AMERICAN DIRECTORY CO INC, 364 TRAPELO ROAD, BELMONT, MA 02178

10925    AMERICAN DISPOSAL SERVICES, RR 3 PO BOX 646, PONTIAC, IL 61764

10925    AMERICAN DISTRIBUTION CENTERS, PO BOX 27404, SALT LAKE CITY, UT 84127-0404

10925    AMERICAN DRILLING AND SAWING, PO BOX 40531, HOUSTON, TX 77240-0531

10924    AMERICAN DRUM, 545 NIPPER AVE, SAN JOSE, CA 95133

10925    AMERICAN DURAFILM CO INC, PO BOX 6770, HOLLISTON, MA 01746

10925    AMERICAN EAGLE AIRLINES, 835 AIRPORT DR, SAN LUIS OBISPO, CA 93401

10924    AMERICAN EAGLE CONCRETE, 1136 2ND AVE NORTH, NASHVILLE, TN 37208

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AMERICAN EAGLE INC, 1136 SECOND AVE NORTH, NASHVILLE, TN 37208

10925   AMERICAN EAGLE LINES, PO BOX 200251, DALLAS, TX 75320-0251

10925   AMERICAN EAGLE WELL LOGGING, 8039 SEYMOUR HWY, WICHITA FALLS, TX 76310-6855

10925   AMERICAN EFRID MILLS, INC, PO BOX 507, MOUNT HOLLY, NC 28120

10925   AMERICAN ELECTRIC POWER CO. INC, 1 RIVERSIDE PLAZA #1600, COLUMBUS, OH 43215-2373

10924   AMERICAN ELECTRIC POWER, KENTUCKY POWER CO., PO BOX 1428, ASHLAND, KY 41105-1428

10924   AMERICAN ELECTRIC POWER, P. O. BOX 490, ATHENS, OH 45701

10924   AMERICAN ELECTRIC POWER, RT 33, NEW HAVEN, WV 25265

10924   AMERICAN ELECTRIC POWER, US 23 COALRUN VILLAGE, PIKEVILLE, KY 41501

10924   AMERICAN ELECTRIC SUPPLY, 776 ALBANY STREET, SCHENECTADY, NY 12301

10924   AMERICAN ELECTRIC, 510 FUNSTON, EMPORIA, KS 66801

10925   AMERICAN ELECTROPLATING COMPANY, 41 BARTLETT ST, EVERETT, MA 02149

10925   AMERICAN ELEVATOR CO, INC, 214 HARVARD AVE., ALLSTON, MA 02134-4641

10925   AMERICAN ELEVATOR COMPANY, 214 HARVARD AVE, ALLSTON, MA 02134-4641

10925   AMERICAN EMBROIDERED APPAREL INC, 6586 SWEET MAPLE LANE, BOCA RATON, FL 33433

10925   AMERICAN EMPLOYMENT INC, 1950 SPECTRUM CIRCLE,STE 400, MARIETTA, GA 30067

10925   AMERICAN ENGINEERING TESTING INC, 550 CLEVELAND AVE N, SAINT PAUL, MN 55114-1804

10925   AMERICAN ENGRAVING CO., PO BOX 398, PERRY HALL, MD 21128

10925   AMERICAN ENV CONTROL, LARRY ZONDES, 813 SHADY OAKS LN, OREGON, WI 53575-3209

10925   AMERICAN ENV MGMT INC, 11855 WHITE ROACK ROAD, RANCHO CORDOVA, CA 95742

10925   AMERICAN EQUIPMENT COMPANY, 1080 HARDEES DRIVE, ABERDEEN, MD 21001

10925   AMERICAN EQUIPMENT SALES, PO BOX 21516, FORT LAUDERDALE, FL 33335

10925   AMERICAN EQUIPTMENT CO, PO BOX 65664, CHARLOTTE, NC 28265

10925   AMERICAN EXPEDITING, 2215 ARCH ST., PHILADELPHIA, PA 19103

10924   AMERICAN EXPLORER, PO BOX 51205, LAFAYETTE, LA 70505

10925   AMERICAN EXPRESS CASHIER OPERATIONS, PO BOX 27234, SALT LAKE CITY, UT 84127-0234

10925   AMERICAN EXPRESS COMPANY, 300 S RIVERSIDE PLAZA 9TH FL S, CHICAGO, IL 60606

10925   AMERICAN EXPRESS CORPORATE GIFT, PO BOX 31556, SALT LAKE CITY, UT 84184-4030

10925   AMERICAN EXPRESS CORPORATE SERV, SUITE 0005, CHICAGO, IL 60679

10925   AMERICAN EXPRESS CORPORATE, PO BOX 31556, SALT LAKE CITY, UT 84184-4030

10925   AMERICAN EXPRESS GIFT CHEQUE UNIT, 4315 S. 2700 W., SALT LAKE CITY, UT 84184-4030

10925   AMERICAN EXPRESS TRAVEL RELATED SVC, PO BOX 31556, SALT LAKE CITY, UT 84131

10925   AMERICAN EXPRESS TRAVEL RELATED, 4315 SOUTH 2700 WEST, SALT LAKE CITY, UT 84184-4030

10925   AMERICAN EXPRESS TRAVEL RELATED, PO BOX 31556, SALT LAKE CITY, UT 84184

10925   AMERICAN EXPRESS TRAVEL SERVICES, PO BOX 31556, SALT LAKE CITY, UT 84119

10925   AMERICAN EXPRESS, (CORP CARD), CHICAGO, IL 60679-0001

10925   AMERICAN EXPRESS, 12340 CONWAY RD, BELTSVILLE, MD 20705

10925   AMERICAN EXPRESS, 20002 N 19 AVE, PHOENIX, AZ 85027-4250

10925   AMERICAN EXPRESS, 20002 N 19TH AVE M.C. A-04, PHOENIX, AZ 85027

10925   AMERICAN EXPRESS, 20002 N. 19 AVE. A-21, PHOENIX, AZ 85027-4250

10925   AMERICAN EXPRESS, 2500 S GARNSEY ST, SANTA ANA, CA 92707

10924   AMERICAN EXPRESS, 2823 HEDBERG DRIVE, MINNETONKA, MN 55305

10925   AMERICAN EXPRESS, 39 JFK, CAMBRIDGE, MA 02138

10925   AMERICAN EXPRESS, FINANCIAL RESOURCE CENTER, POBOX 53618, PHOENIX, AZ 85072-3618

10925   AMERICAN EXPRESS, PO BOX 1270, NEWARK, NJ 07101-1270

10925   AMERICAN EXPRESS, PO BOX 1334, DES PLAINES, IL 60017-1334

10925   AMERICAN EXPRESS, PO BOX 2855, NEW YORK, NY 10116-2855

10925   AMERICAN EXPRESS, PO BOX 357, NEWARK, NJ 07101-0357

10925   AMERICAN EXPRESS, PO BOX 407135, FORT LAUDERDALE, FL 33340-7135

10925   AMERICAN EXPRESS, PO BOX 407135, FT LAUDERDALE, FL 33340-7135

10925   AMERICAN EXPRESS, PO BOX 630001, DALLAS, TX 75363-0001

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   AMERICAN EXPRESS, POBOX 114, NEWARK, NJ 07101-0114

10925   AMERICAN EXPRESS, POBOX 31162, TAMPA, FL 33631-3162

10925   AMERICAN EXPRESS, POBOX 357, NEWARK, NJ 07101-0357

10925   AMERICAN EXPRESS, SUITE 0001 #1, CHICAGO, IL 60679-0001

10925   AMERICAN EXPRESS, SUITE 0001, CHICAGO, IL 60679-0001

10925   AMERICAN EXPRESS, SUITE 0005, CHICAGO, IL 60679-0005

10925   AMERICAN EXPRESS-CASHIER OPERATIONS, PO BOX 27234, SALT LAKE CITY, UT 84127-0234

10925   AMERICAN FAMILY CARE, DRAWER 726 POBOX 830876, BIRMINGHAM, AL 35283-0876

10925   AMERICAN FAMILY DAY CORPORATION, PO BOX 669068, MARIETTA, GA 30066-0102

10924   AMERICAN FAMILY INSURANCE, 6250 AMERICAN PARKWAY, MADISON, WI 53718

10925   AMERICAN FAN CO., 7245 EDINGTON DR., CINCINNATI, OH 45249

10925   AMERICAN FARM IMPLEMENT AND SPEC, BILL DECKER, 122 SOUTH RIVER ROAD, PO BOX 89, JANESVILLE, WI 53545

10925   AMERICAN FENCE CO,INC, PO BOX 60406, MIDLAND, TX 79711

10925   AMERICAN FENCE CORPORATION, PO BOX 18886, PHOENIX, AZ 85005-8886

10925   AMERICAN FIBERGLASS REPAIR, PO BOX 65, BOSTON, MA 02136

10924   AMERICAN FINE FOODS, 25 NORTH 6TH STREET, PAYETTE, ID 83661

10924   AMERICAN FINISH & CHEMICAL CO., 960 BROADWAY, CHELSEA, MA 02150

10924   AMERICAN FINISH & CHEMICAL CO., PO BOX 505676, CHELSEA, MA 02150-5676

10924   AMERICAN FIRE & SAFETY, 6424 DERRY STREET, HARRISBURG, PA 17111

10924   AMERICAN FIRE EQUIPMENT SALES, 2041 W. GLENDALE AVENUE, PHOENIX, AZ 85021

10924   AMERICAN FIRE EQUIPMENT SALES, 6849 N. 21ST AVENUE, PHOENIX, AZ 85015

10924   AMERICAN FIRE EQUIPMENT SALES, 6849 N.21 AVENUE, PHOENIX, AZ 85015

10924   AMERICAN FIRE RETARD/CONGREGATION, CAL PLY, ANAHEIM, CA 92807

10924   AMERICAN FIRE RETARDANT, 9337 BOND AVENUE, EL CAJON, CA 92021

10924   AMERICAN FIRE./AROMA SPOREX BLDG., 3680 WILSHIRE BLVD., LOS ANGELES, CA 90001

10924   AMERICAN FIREP INC #2, P.O.BOX 590, PALM CITY, FL 34991

10924   AMERICAN FIREPROOFING & INSULATION, CAMBRIDGE, MA 02140

10924   AMERICAN FIREPROOFING, 3550 SOUTH WEST DEGGELLER COURT, PALM CITY, FL 34990

10924   AMERICAN FIREPROOFING,INC, PO BOX 590, PALM CITY, FL 34991

10925   AMERICAN FIRST AID, 276 CAHABA VALLEY PKWY, PELHAM, AL 35124

10925   AMERICAN FIRST AID, 3726 W ROANOKE #4, PHOENIX, AZ 85009-1349

10925   AMERICAN FIRST AID, 633 S ROCKFORD, TEMPE, AZ 85281-3016

10925   AMERICAN FIRST AID, 7247 NATIONAL DR, HANOVER, MD 21076

10925   AMERICAN FIRST AID, POBOX 6718, ORANGE, CA 92863-6718

10925   AMERICAN FLANGE & MANUFACTURING CO, PO BOX 88688, CAROL STREAM, IL 60188-0688

10925   AMERICAN FLANGE & MANUFACTURING, DEPT.77-3262, CHICAGO, IL 60678-3262

10924   AMERICAN FLANGE MFG. COMPANY, 290 EAST FULLERTON AVENUE, CAROL STREAM, IL 60187

10925   AMERICAN FORK HOSPITAL, PO BOX 30180, SALT LAKE CITY, UT 84130-0180

10925   AMERICAN FREIGHTWAYS, 2200 FORWARD DR, HARRISON, AR 72601-2004

10925   AMERICAN FREIGHTWAYS, PO BOX 840, HARRISON, AR 72602

10925   AMERICAN FREIGHTWAYS, PO BOX 910150, DALLAS, TX 75391-0150

10925   AMERICAN GAS & CHEMICAL CO, 220 PEGASUS AVE, NORTHVALE, NJ 07647

10925   AMERICAN GENERAL FINANCE, 20 NORTH CLARK ST STE 2600, CHICAGO, IL 60602

10924   AMERICAN GENERAL, C/O OMNI FIREPROOFING, NASHVILLE, TN 37214

10925   AMERICAN GRANBY INC. (LP), PO BOX 5293, SYRACUSE, NY 13220-5293

10924   AMERICAN GROCERIES INT'L INC., 1840 WEST 49 STREET-SUITE 401, HIALEAH, FL 33012

10925   AMERICAN GUARANTEE & LIABILIT, THE, ONE ZURICH TOWERS, 1400 AMERICAN LANE, SCHAUMBURG, IL 60196

10924   AMERICAN GYPSUM CO., 1000 NORTH HILL RD, BERNALILLO, NM 87004

10924   AMERICAN GYPSUM CO., 740 HWY 6, GYPSUM, CO 81637

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AMERICAN GYPSUM CO/CENTEX, PO BOX 6345, STATION B, ALBUQUERQUE, NM 87103

10924   AMERICAN GYPSUM COMPANY, PO BOX90880, ALBUQUERQUE, NM 87199-0880

10924   AMERICAN GYPSUM, 3160 S.W. 7TH ST., OCALA, FL 34474

10924   AMERICAN GYPSUM, 4600 PASEO DEL NORTE, ALBUQUERQUE, NM 87109

10925   AMERICAN HARDWARE & PAINT CO. INC., CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925   AMERICAN HARDWARE AND PARTS CO INC, C/O MS. HELENE ROSSENWASSER, 1909 AVE L, BROOKLYN, NY 11230

10925   AMERICAN HARDWARE CENTER, 2746 EVANS MILL ROAD, LITHONIA, GA 30058

10924   AMERICAN HEALTH & SAFETY INC., 6250 NESBITT RD., MADISON, WI 53719-1800

10925   AMERICAN HEART ASSOC, 20 SPEEN ST, FRAMINGHAM, MA 01701

10925   AMERICAN HEART ASSOC., 100 NW 12TH AVE, DEERFIELD BEACH, FL 33442

10925   AMERICAN HEART ASSOCIATION, 11200 GOLF LINKS ROAD, OAKLAND, CA 94605

10925   AMERICAN HEART ASSOCIATION, 131 JEFFERSON DR., LAKE CHARLES, LA 70605

10925   AMERICAN HEART ASSOCIATION, 218 GREEN RIDGE RD., FEDERALSBURG, MD 21632

10925   AMERICAN HEART ASSOCIATION, 500 NE SPANISH RIVER BLVD.,STE 22, BOCA RATON, FL 33431-4582

10925   AMERICAN HEART ASSOCIATION, PO BOX 361320, COLUMBUS, OH 43236-1320

10925   AMERICAN HEART ASSOCIATION, 500 NE SPANISH RIVER BLVD, BOCA RATON, FL 33431

10925   AMERICAN HEATING & COOLING, 519 DUTCHESS TURNPIKE, POUGHKEEPSIE, NY 12603

10925   AMERICAN HOME PRODUCTS CORP, GERALDINE SMITH,

10925   AMERICAN HOME PRODUCTS CORP., SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808

10925   AMERICAN HOME PRODUCTS CORPORATION, AMERICAN HOME PRODUCT CORPORATION, 5 GIRALDA FARMS, MADISON, NJ 07940

10924   AMERICAN HORTICULTURAL SUPPLY, INC., 4045 VIA PESCADOR, CAMARILLO, CA 93012

10924   AMERICAN HOTEL, 160 SPRING ST, ATLANTA, GA 30303

10924   AMERICAN HOTEL, 90 LUCKY STREET, ATLANTA, GA 30301

10925   AMERICAN HYPERFORM INC, 412 S PERTH ST, PHILADELPHIA, PA 19147

10924   AMERICAN HYPERFORM INC, 54TH STREET AND PASCHAL AVENUE, PHILADELPHIA, PA 19143

10924   AMERICAN HYPERFORM, INC, 54TH STREET AND PASCHALL AVENUE, PHILADELPHIA, PA 19143

10924   AMERICAN HYPERFORM, INC., 412 PERTH STREET, PHILADELPHIA, PA 19147

10925   AMERICAN ID / K-PRODUCTS, PO BOX 414951, KANSAS CITY, MO 64141-4951

10925   AMERICAN IMMIGRATION LAWYERS ASSOCI, 1400 EYE ST , NW, WASHINGTON, DC 20005

10925   AMERICAN INDUSTRIAL CHEMICAL CORP, 1819 S.COBB INDUSTRIAL BLVD., SMYRNA, GA 30080

10925   AMERICAN INDUSTRIAL CHEMICAL CORP, 1819 SOUTH COBB INDUSTRIAL BLVD, SMYRNA, GA 30082

10925   AMERICAN INDUSTRIAL CHEMICAL CORP, PO BOX 101390, ATLANTA, GA 30392-1390

10925   AMERICAN INDUSTRIAL CHEMICALS CORP., PO BOX 101390, ATLANTA, GA 30392-1390

10924   AMERICAN INDUSTRIAL CONTRACTING, 264 E. BEAVER ST, SEWICKLEY, PA 15143

10925   AMERICAN INDUSTRIAL FERROCAST INC, 1 AMERICAN WAY, EAST GREENWICH, RI 02818

10925   AMERICAN INDUSTRIAL HYGIENE ASSOC., PO BOX 1519, MERRIFIELD, VA 22116-9990

10925   AMERICAN INDUSTRIAL HYGIENE, ASSOCIATION, RICHMOND, VA 23260-6081

10925   AMERICAN INDUSTRIAL, 1850 SOUTH ACOMA ST., DENVER, CO 80223

10925   AMERICAN INDUSTRIAL, PO BOX 340410, MILWAUKEE, WI 53234-0410

10925   AMERICAN INDUSTRIES INC., PO BOX 495, FLORENCE, SC 29503

10925   AMERICAN INDUSTRIES, INC, PO BOX 1405, LUMBERTON, NC 28359-1405

10925   AMERICAN INDUSTRY, 21 RUSSELL WOODS ROAD, GREAT NECK, NY 11021

10925   AMERICAN INGENUITY INC, 395 PAINT ST, ROCKLEDGE, FL 32955

10924   AMERICAN INGENUITY INC., 8777 HOLIDAY SPRINGS RD, ROCKLEDGE, FL 32955

10924   AMERICAN INGENUITY, 395 PAINT ST, ROCKLEDGE, FL 32955

10924   AMERICAN INGENUITY, 8777 HOLIDAY SPRINGS ROAD, ROCKLEDGE, FL 32955

10924   AMERICAN INGREDIENTS, INC, 2929 EAST WHITE STAR AVENUE, ANAHEIM, CA 92806-2628

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    AMERICAN INKS & COATINGS CORP., 300 PAWLING ROAD, PHOENIXVILLE, PA 19460

10924    AMERICAN INKS & COATINGS CORP., PO BOX 803, VALLEY FORGE, PA 19482

10925    AMERICAN INST. OF CHEM. ENGINEERS, PO BOX 6111, NEW YORK, NY 10277-2660

10925    AMERICAN INST. OF CHEMICAL ENG., PO BOX 29496, NEW YORK, NY 10087-9496

10925    AMERICAN INSTIRUTE OF CPAS, PO BOX 9264, NEW YORK, NY 10256-9264

10925    AMERICAN INSTITUTE CHEM, 345 EAST 47TH ST, NEW YORK, NY 10017

10925    AMERICAN INSTITUTE OF CHEM. ENGR., THREE PARK AVE., NEW YORK, NY 10016

10925    AMERICAN INSTITUTE OF CHEMICAL, 3 PARK AVE, NEW YORK, NY 10016-5901

10925    AMERICAN INSTITUTE OF CHEMICAL, PO BOX 29496, NEW YORK, NY 10087-9496

10925    AMERICAN INSTITUTE OF CPA, PO BOX 2212, JERSEY CITY, NJ 07303-2212

10925    AMERICAN INSTITUTE OF CPA, PO BOX 9264, NEW YORK, NY 10256-9264

10925    AMERICAN INSTITUTE OF CPAS, CIRCULATION DEPT, JERSEY CITY, NJ 07303-2212

10925    AMERICAN INSTITUTE OF CPAS, PO BOX 1598, NEWARK, NJ 07101-1598

10925    AMERICAN INSTITUTE OF PHYSICS, POBOX 503284, SAINT LOUIS, MO 63150-3284

10925    AMERICAN INSTITUTE OF, 8180 CORPORATE PK DR #305, CINCINNATI, OH 45242

10925    AMERICAN INSTRUMENT EXCHANGE, INC, 1023 WESTERN AVE, HAVERHILL, MA 01832

10925    AMERICAN INSULATED PANEL CO, 200 WILLIAMS ST, NORTH DIGHTON, MA 02764

10925    AMERICAN INTELLECTUAL PROPERTY LAW, DEPT 5029, WASHINGTON, DC 20061-5029

10925    AMERICAN INTELLECTUAL PROPERTY, LAW ASSN., WASHINGTON, DC 20061-5029

10925    AMERICAN INTERNATIONAL COMPANIES, PO BOX 10642, NEWARK, NJ 07193-0642

10925    AMERICAN INTERNATL NEWS, 1825 EYE ST. NW, WASHINGTON, DC 20006

10925    AMERICAN INTL CONTAINERS INC, 11825 NW 100TH ROAD BLDG 3, MIAMI, FL 33178

10925    AMERICAN JOURNAL OF TRANS, 1354 HANCOCK ST SUITE 300, QUINCY, MA 02169

10925    AMERICAN LABELMARK CO., 5724 NORTH PULASKI, CHICAGO, IL 60646

10924    AMERICAN LABELMARK, 5724 NO PULASKI AVE, CHICAGO, IL 60646

10925    AMERICAN LABOR, 200 S. PROSPECT, PARK RIDGE, IL 60068-4088

10925    AMERICAN LADDERS & SCAFFOLDS, 129 KREIGER LANE, GLASTONBURY, CT 06033

10925    AMERICAN LAW INSTITUTE-AMER BA, THE, 4025 CHESTNUT ST, PHILADELPHIA, PA 19104-3099

10925    AMERICAN LAWYER MEDIA, 345 PARK AVE SOUTH, NEW YORK, NY 10010

10925    AMERICAN LAWYER, THE, 600 THIRD AVE, NEW YORK, NY 10016

10925    AMERICAN LEGION, PO BOX 5762, COLUMBIA, SC 29250-5762

10925    AMERICAN LEISTRITZ EXTRUDER CORP., 169 MELSTER AVE., SOMERVILLE, NJ 08876

10925    AMERICAN LEWA INC, 132 HOPPING BROOK RD, HOLLISTON, MA 01746

10925    AMERICAN LIMOUSINE CORP., 485 FRONTAGE ROAD, BURR RIDGE, IL 60521

10925    AMERICAN LIMOUSINE, PO BOX 631446, BALTIMORE, MD 21263-1446

10925    AMERICAN LIMOUSINE, POBOX 631446, BALTIMORE, MD 21263-1446

10925    AMERICAN LINEN - STEINER CORP, BOX 9398, OGDEN, UT 84409

10925    AMERICAN LOCK & KEY, 1105 LAURENS RD., GREENVILLE, SC 29607

10924    AMERICAN LUB.HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924    AMERICAN LUBRICANTS INC., 619 BAILEY AVENUE, BUFFALO, NY 14206

10924    AMERICAN LUBRICANTS, 1227 DEEDS AVENUE, DAYTON, OH 45404

10924    AMERICAN LUBRICANTS, PO BOX 696, DAYTON, OH 45401-0696

10924    AMERICAN LUBRICANTS, PURCHASING DEPT., PO BOX 696, DAYTON, OH 45401-0696

10924    AMERICAN LUMBER CO, 1231 9TH STREET, MODESTO, CA 95354

10924    AMERICAN LUMBER CO., 1231 9TH ST., MODESTO, CA 95354

10925    AMERICAN LUNG ASSOCIATION, 1505 COMMONWEALTH AVE., BRIGHTON, MA 02315-3605

10925    AMERICAN LUNG ASSOCIATION, 2701 N AUSTRALIAN AVE, WEST PALM BEACH, FL 33407

10925    AMERICAN LUNG ASSOCIATION, PO BOX 16677, COLUMBUS, OH 43216-6677

10925    AMERICAN MAGNETICS, 20701 MANHATTAN PL, TORRANCE, CA 90501

10925    AMERICAN MANAGEMENT ASSOC INC, PO BOX 169, SARANAC LAKE, NY 12983-0169

10925    AMERICAN MANAGEMENT ASSOC, 135 WEST 50TH ST, NEW YORK, NY 10020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    AMERICAN MANAGEMENT ASSOC, PO BOX 169, SARANAC LAKE, NY 12983-0169

10925    AMERICAN MANAGEMENT ASSOC., PO BOX 169, SARANAC LAKE, NY 12983

10925    AMERICAN MANAGEMENT ASSOC., PO BOX 169, SARANAC LAKE, NY 12983-0169

10925    AMERICAN MANAGEMENT ASSOC., PO BOX 410, SARANAC LAKE, NY 12983-0410

10925    AMERICAN MANAGEMENT ASSOC., PO BOX 4725, BUFFALO, NY 14240-4725

10925    AMERICAN MANAGEMENT ASSOCIATION, PO BOX 169, SARANAC LAKE, NY 12983-0169

10925    AMERICAN MANAGEMENT ASSOCIATION, PO BOX 4725, BUFFALO, NY 14240-4725

10924    AMERICAN MANUFACTURING, CASCADE, IA 52033

10925    AMERICAN MARINE TRANSPORT, PO BOX 651070, CHARLOTTE, NC 28265-1070

10925    AMERICAN MARINE, INC, PO BOX 940, COCOA, FL 32922

10925    AMERICAN MARKETING &, PO BOX 640, FORT LAUDERDALE, FL 33302

10925    AMERICAN MARKETING ASSOC., 250 S. WACKER DR., STE. 200, CHICAGO, IL 60606-5819

10925    AMERICAN MARKETING ASSOC., PO BOX 107, BALTIMORE, MD 21203

10925    AMERICAN MARKETING ASSOCIATION, 200 RESERVOIR ST SUITE 309A, NEEDHAM, MA 02494

10925    AMERICAN MARKETING ASSOCIATION, 250 S WACKER DR, CHICAGO, IL 60606-5819

10925    AMERICAN MARKING SYSTEMS, PO BOX 107, BALTIMORE, MD 21203

10925    AMERICAN MARKING, INC, 2435 VALE DRIVE, BIRMINGHAM, AL 35244

10924    AMERICAN MASON&BLDRSUPPLY, 3250 MAIN STREET, HARTFORD, CT 06120

10924    AMERICAN MASONS, 3250 MAIN ST., HARTFORD, CT 06120

10924    AMERICAN MASONS, P O BOX 972, HARTFORD, CT 06120

10924    AMERICAN MATERIALS CORP PLT #1 MAIN, 3189 JOPKE ROAD, EAU CLAIRE, WI 54702

10924    AMERICAN MATERIALS CORP PLT #5, 6300 - 628TH AVENUE, MENOMONIE, WI 54751

10924    AMERICAN MATERIALS CORP PLT 2 HALLE, 30TH AVENUE, CHIPPEWA FALLS, WI 54729

10924    AMERICAN MATERIALS CORP PLT 20, 449 - 21-1/2 STREET, CHETEK, WI 54728

10925    AMERICAN MATERIALS CORP, BOX 88786, MILWAUKEE, WI 53288-0786

10925    AMERICAN MATERIALS CORP, POBOX 388, EAU CLAIRE, WI 54702-0388

10924    AMERICAN MATERIALS CORP. PAVING PLT, PAVING PLANT, VARIOUS LOCATIONS, EAU CLAIRE, WI 54702

10924    AMERICAN MATERIALS CORPORATION, 717 SHORT STREET - BOX 388, EAU CLAIRE, WI 54702

10924    AMERICAN MATSUSHITA, 1400 W. MARKET STREET, TROY, OH 45373

10925    AMERICAN MAYFLOWER, 4200 LINDBERG DR, DALLAS, TX 75244

10925    AMERICAN MEAT INSTITUTE, PO BOX 3556, WASHINGTON, DC 20007

10925    AMERICAN MECHANICAL INC, 1475 RODENBURG ROAD, SCHAUMBURG, IL 60193

10925    AMERICAN MECHANICAL, INC, 2150 LIVELY BLVD., ELK GROVE VILLAGE, IL 60007

10925    AMERICAN MEDIA INC, 4900 UNIVERSITY AVE, WEST DES MOINES, IA 50266-6769

10925    AMERICAN MEDIA INC, 4900 UNIVERSITY, WEST DES MOINES, IA 50266

10925    AMERICAN MEDICAL ALERT CORP, 3265 LAWSON BLVD, OCEANSIDE, NY 11572

10925    AMERICAN MEDICAL ALERT CORP., PO BOX 40, OCEANSIDE, NY 11572

10925    AMERICAN MEDICAL LABORATORIES INC., AMERICAN MEDICAL LABORATORIES INC., 14225 NEWBROOK DRIVE, CHANTILLY, VA 20153

10924    AMERICAN MEDICAL SECURITY, 3100 RIVERVIEW DRIVE, GREEN BAY, WI 54313

10924    AMERICAN METAL WASH, INC., 360 EUCLID AVENUE, CANONSBURG, PA 15317

10924    AMERICAN METER COMPANY (THE), 2221 INDUSTRIAL ROAD, NEBRASKA CITY, NE 68410-6889

10924    AMERICAN METER COMPANY, INDUSTRIAL ROAD, NEBRASKA CITY, NE 68410

10924    AMERICAN METER COMPANY, THE, 920 PAYNE AVE, ERIE, PA 16503

10924    AMERICAN METER COMPANY, THE, INDUSTRIAL SITE ROAD, NEBRASKA CITY, NB Z9Z     *VIA Deutsche Post*
9Z9TORONTO

10925    AMERICAN METRIC CORP, POBOX 890146, CHARLOTTE, NC 28289-0146

10925    AMERICAN MILITARY SUPPLY INC, 9877 NAPIER AVE, MACON, GA 31203

10925    AMERICAN MINORITY REVIEW, 8335 WINNETKA AVE STE 177, WINNETKA, CA 91306

10924    AMERICAN MODULAR TECHNOLOGIES, 6306 OLD 421 ROAD, LIBERTY, NC 27298

10924    AMERICAN MODULAR TECHNOLOGIES, 6306 OLD HWY 421, LIBERTY, NC 27298

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   AMERICAN MOISTENING CO, POBOX 1066, PINEVILLE, NC 28134

10925   AMERICAN MOISTENING COMPANY, PO BOX 1066, PINEVILLE, NC 28134

10925   AMERICAN MUDJACK INC., 13831 WEST 54TH AVE, ARVADA, CO 80002

10924   AMERICAN MUSEUM OF NATRUAL HISTORY, 200 CENTRAL PARK WEST, NEW YORK, NY 10024

10924   AMERICAN MUSEUM OF NATURAL HISTORY, 200 CENTRAL PARK WEST @ 81ST STREET, MANHATTAN, NY 10021

10924   AMERICAN MUSEUM OF NATURAL HISTORY, 78TH & COLUMBUS, MANHATTAN, NY 10021

10924   AMERICAN MUSEUM OF NATURAL HISTORY, 79TH AND COLUMBUS, NEW YORK, NY 10001

10924   AMERICAN MUSIC THEATER, 1412 CHESTNUT STREET, PHILADELPHIA, PA 19092

10925   AMERICAN NATIONAL CAN CO, 8770 WEST BRYN MAWR AVE, CHICAGO, IL 60631-3542

10925   AMERICAN NATIONAL CAN CO, DAVID S POOLE POOL & SHAFFERY, 415 SOUTH FIGUEROA ST, SUITE 2520, LOS ANGELES, CA 90071

10924   AMERICAN NATIONAL CAN COMPANY, 1220 NORTH 2ND STREET, KENT, WA 98032

10924   AMERICAN NATIONAL CAN COMPANY, 1301 DUGDALE ROAD, WAUKEGAN, IL 60085

10924   AMERICAN NATIONAL CAN COMPANY, 2500 LIVELY BOULEVARD, ELK GROVE VILLAGE, IL 60007

10924   AMERICAN NATIONAL CAN COMPANY, 2501 165TH STREET, HAMMOND, IN 46320

10924   AMERICAN NATIONAL CAN COMPANY, 2601 NORTH WEST LOWER RIVER ROAD, VANCOUVER, WA 98660

10924   AMERICAN NATIONAL CAN COMPANY, 320 W MAIN STREET, HOOPESTON, IL 60942

10924   AMERICAN NATIONAL CAN COMPANY, 3200 S. KINGS HIGHWAY, SAINT LOUIS, MO 63139

10924   AMERICAN NATIONAL CAN COMPANY, 430 DOHERTY AVENUE, MODESTO, CA 95354

10924   AMERICAN NATIONAL CAN COMPANY, 437 NORTH BALDWIN PARK BOULEVARD, CITY OF INDUSTRY, CA 91746

10924   AMERICAN NATIONAL CAN COMPANY, 48 ROYAL DRIVE, FOREST PARK, GA 30050

10924   AMERICAN NATIONAL CAN COMPANY, 512 DOHERTY ROAD, MODESTO, CA 95351

10924   AMERICAN NATIONAL CAN COMPANY, 567 SOUTH RIVERSIDE DRIVE, MODESTO, CA 95354

10924   AMERICAN NATIONAL CAN COMPANY, 755 N PRIOR AVENUE, SAINT PAUL, MN 55104

10924   AMERICAN NATIONAL CAN COMPANY, 8770 W. BRYN MAWR AVENUE, CHICAGO, IL 60631

10924   AMERICAN NATIONAL CAN COMPANY, 8770 W. BRYN MAWR AVENUE, CHICAGO, IL 60631-3333

10924   AMERICAN NATIONAL CAN COMPANY, AMERICAN LANE, GREENWICH, CT 06830

10924   AMERICAN NATIONAL CAN COMPANY, CONTAINER DIVISION, HIGHWAY 101 & WALNUT STREET, SAVAGE, MN 55378

10924   AMERICAN NATIONAL CAN COMPANY, HIGHWAY 13 & LYNN AVENUE, SAVAGE, MN 55378

10924   AMERICAN NATIONAL CAN COMPANY, PO BOX66939, CHICAGO O'HARE INTERNATIO, IL 60666

10925   AMERICAN NATIONAL CAN, PO BOX 73136, CHICAGO, IL 60673-7136

10925   AMERICAN NATIONAL CARBIDE CO, D GREG STROUD EVP & GEN COUN, 915 SOUTH CHERRY ST, TOMBALL, TX 77375

10925   AMERICAN NATIONAL SKYLINE, PO BOX 679, ADDISON, IL 60101-0679

10925   AMERICAN NATIONAL STANDARDS INSTITU, INSTITUTE INC, NEW YORK, NY 10036

10925   AMERICAN NICKELOID CO, DUANE MORRIS & HECKSCHER DAVID C TO, 4200 ONE LIBERTY PLACE, PHILADELPHIA, PA 19103-7396

10925   AMERICAN NUCLEAR INSURERS, 29 SOUTH MAIN ST, WEST HARTFORD, CT 06107-2445

10925   AMERICAN OCCUPATIONAL HEALTH CONF, 55 W SEEGERS RD, ARLINGTON HEIGHTS, IL 60005

10925   AMERICAN OIL CHEMISTS SOCIETY, PO BOX 3489, CHAMPAIGN, IL 61826-3489

10925   AMERICAN OIL COMPANY, C/O PRENTICE HALL CORP SYSTEM, 800 BRAZOS ST, AUSTIN, TX 78701

10924   AMERICAN ORNAMENT STUDIO, 7800 EDGEWATER DRIVE, OAKLAND, CA 94621

10924   AMERICAN ORTHOPEDIC SUPPLY CO., INC, 3616 SEVENTH COURT SOUTH, BIRMINGHAM, AL 35222

10924   AMERICAN ORTHOPEDIC SUPPLY CO., INC, 37017 STATE HWY. 79, CLEVELAND, AL 35049

10924   AMERICAN ORTHOPEDIC SUPPLY CO., P.O. BOX 148, CLEVELAND, AL 35049

10925   AMERICAN OSMENT, POBOX 11407, BIRMINGHAM, AL 35246-0213

10925   AMERICAN PACIFIC FORWARDERS, 13951 MAGNOLIA AVE, ADDRESS OFF INTERNET, CHINO, CA 91710

10924   AMERICAN PACKAGING CORPORATION, 2900 GRANT AVE., PHILADELPHIA, PA 19114

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | AMERICAN PACKAGING CORPORATION, 777 DRIVING PARK AVE, ROCHESTER, NY 14613 | |
| 10924 | AMERICAN PACKAGING, 304 N. GROVE AVE., ELGIN, IL 60120 | |
| 10924 | AMERICAN PACKAGING, 304 NORTH GROVE AVE, ELGIN, IL 60120 | |
| 10925 | AMERICAN PAGING INC, LOC 051-0149852-6, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING INC, LOC 051-0323175-0, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING INC, LOC 051-0375570-9, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING INC, LOC 051-0395587-9, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING INC, LOC 051-0623175-0, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING INC., DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING INC., LOC 051, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING MILWAUKEE WI, POBOX 22478, OKLAHOMA CITY, OK 73123 | |
| 10925 | AMERICAN PAGING OF MINNESOTA, LOC 051, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING OF WISCONSIN, 2200 FLETCHER AVE STE 4, FORT LEE, NJ 07024-5016 | |
| 10925 | AMERICAN PAGING, LOC #051-0323175-0, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING, LOC 051-0149852-6, DENVER, CO 80281-0051 | |
| 10925 | AMERICAN PAGING, POBOX 820042, PHILADELPHIA, PA 19182-0042 | |
| 10925 | AMERICAN PALLET TRANSFER INC, POBOX 1333, BURLINGTON, NJ 08016 | |
| 10925 | AMERICAN PARKINSON FOUNDATION, 7301 N. UNIVERSITY DR, TAMARAC, FL 33321 | |
| 10925 | AMERICAN PAYROLL ASSOCIATION, 711 NAVARRO SUITE 100, SAN ANTONIO, TX 78205-1721 | |
| 10925 | AMERICAN PERLITE CO, BOX 128, RAILROAD AVE, GILLIAM, LA 71029 | |
| 10925 | AMERICAN PERSONNEL, 133 FEDERAL ST, BOSTON, MA 02110 | |
| 10925 | AMERICAN PETROFINA, INC, VINSON & ELKINS, 1001 FANNIN ST., SUITE 2300, HOUSTON, TX 77002-6760 | |
| 10925 | AMERICAN PETROGRAPHIC SERVICES,INC, 550 CLEVELAND AVE NORTH, SAINT PAUL, MN 55114 | |
| 10925 | AMERICAN PETROGRAPHIC, 2102 UNIVERSITY AVE. W., SAINT PAUL, MN 55114 | |
| 10925 | AMERICAN PETROLEUM INST. CENTR, 275 SEVENTH AVE , 9TH FLR., NEW YORK, NY 10001 | |
| 10925 | AMERICAN PETROLEUM INSTITUTE, 1220 L ST , NW, WASHINGTON, DC 20005 | |
| 10925 | AMERICAN PETROLEUM INSTITUTE, PO BOX 1327, MERRIFIELD, VA 22116 | |
| 10925 | AMERICAN PETROLEUM INSTITUTE, PO BOX 1327, MERRIFIELD, VA 22116-1327 | |
| 10925 | AMERICAN PHOTOCOPY INC., 9349 CHINA GROVE CHURCH RD., PINEVILLE, NC 28134 | |
| 10925 | AMERICAN PIPE & SUPPLY CO, INC, 3300 FIFTH AVE , SOUTH, BIRMINGHAM, AL 35222 | |
| 10924 | AMERICAN PLANT PRO & SERV, 9200 NW TENTH STREET, OKLAHOMA CITY, OK 73127 | |
| 10924 | AMERICAN PLANT PRODS. & SERV., INC., OKLAHOMA CITY, OK 73127 | |
| 10924 | AMERICAN PLANT PRODUCTS, 9200 N W TENTH, OKLAHOMA CITY, OK 73107 | |
| 10924 | AMERICAN PLASTERING, 870 FOUR ROD ROAD, BERLIN, CT 06037 | |
| 10925 | AMERICAN PLASTICS COUNCIL, INC, 1300 WILSON BLVD., #800, ARLINGTON, VA 22209 | |
| 10925 | AMERICAN POLYMER STANDARD, PO BOX 901, MENTOR, OH 44061-0901 | |
| 10925 | AMERICAN POLYMER STANDARDS, PO BOX 901, MENTOR, OH 44061-0901 | |
| 10925 | AMERICAN POLY-THERM, PO BOX 100, LINCOLN, CA 95648-0100 | |
| 10924 | AMERICAN POOL 'N SPA CORP., CAMBRIDGE, MA 02140 | |
| 10924 | AMERICAN POOL'N SPA CORP, ATTN:  ACCOUNTS PAYABLE, MOUNTAIN TOP, PA 18707 | |
| 10924 | AMERICAN PORCELAIN ENAMEL CO., 1285 EAST KEATING AVENUE, MUSKEGON, MI 49442 | |
| 10924 | AMERICAN PRECAST CONCRETE, 1030 S KITLEY AVE, INDIANAPOLIS, IN 46203 | |
| 10924 | AMERICAN PRECAST CONCRETE, P.O. BOX 475, GROVE CITY, OH 43123 | |
| 10924 | AMERICAN PRECAST CONCRETE, PO BOX 475, GROVE CITY, OH 43123 | |
| 10924 | AMERICAN PRECAST, 1030 SO KITLEY AVE, INDIANAPOLIS, IN 46203 | |
| 10925 | AMERICAN PRECISION IND., 2777 WALDEN AVE., BUFFALO, NY 14225 | |
| 10925 | AMERICAN PRECISION, 270 QUAKER ROAD, EAST AURORA, NY 14052 | |
| 10925 | AMERICAN PRESIDENT LINES, 116 IVERNESS DR. EAST #400, ENGLEWOOD, CO 80112 | |
| 10925 | AMERICAN PRESIDENT LINES, LTD, 614 TERMINAL WAY-FREIGHT CASHIER, TERMINAL ISLAND, CA 90731 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    AMERICAN PRESS, PO BOX 2893, LAKE CHARLES, LA 70602

10925    AMERICAN PROCESS EQUIPMENT INC, PO BOX 4233, ANTIOCH, IL 60002

10925    AMERICAN PUBLIC HEALTH ASSOCIATION, DEPT 5037, WASHINGTON, DC 20061-5037

10925    AMERICAN PURCHASING SOCIETY INC, 11910 OAK TRAIL WAY, PORT RICHEY, FL 34668

10925    AMERICAN PURCHASING SOCIETY INC, 8 EAST GALENA BLVD SUITE 203, AURORA, IL 60506

10925    AMERICAN PURCHASING, 11910 OAK TRAIL WAY, PORT RICHEY, FL 34668

10925    AMERICAN QUALITY CONCEPTS, 10421 PALO VERDE P1 NW, ALBUQUERQUE, NM 87114

10925    AMERICAN RADIOLOGICAL SERVICE, PO BOX 23190, TOLEDO, OH 43623

10925    AMERICAN RADIOLOGY ASSOC., PO BOX 17513, BALTIMORE, MD 21226

10925    AMERICAN RADIOLOGY ASSOC.PA, PO BOX 17513, BALTIMORE, MD 21297

10925    AMERICAN RADIOLOGY ASSOICATES, PA, 10373A REISTERSTOWN ROAD, OWINGS MILLS, MD 21117

10925    AMERICAN RAIL CAR IND, 18728F, SAINT LOUIS, MO 63150

10925    AMERICAN RAILCAR IND, 100 CLARK ST, SAINT CHARLES, MO 63301

10924    AMERICAN READY MIX COMPANY - GUMBO, 18395 CHESTERFIELD AIRPORT ROAD, CHESTERFIELD, MO 63017

10924    AMERICAN READY MIX COMPANY, 13098 GRAVOIS ROAD, SAINT LOUIS, MO 63127

10924    AMERICAN READY MIX COMPANY, 18395 CHESTERFIELD AIRPORT ROAD, CHESTERFIELD, MO 63005

10924    AMERICAN READY MIX COMPANY, 3801 EAST HWY, PARKERSBURG, IL 62452

10924    AMERICAN READY MIX COMPANY, 5000 BUSSEN ROAD, SAINT LOUIS, MO 63129

10924    AMERICAN READY MIX COMPANY, 8000 IVORY AVENUE, SAINT LOUIS, MO 63111

10924    AMERICAN READY MIX COMPANY, 8400 EAGER ROAD, BRENTWOOD, MO 63144

10924    AMERICAN READY MIX CORP., 2541 RICHMOND TERRACE, STATEN ISLAND, NY 10303

10924    AMERICAN READY MIX SERVICE, 211 N LYNN ST, VAN WERT, OH 45891

10924    AMERICAN READY MIX SERVICE, 211 N. LYNN ST., VAN WERT, OH 45891

10924    AMERICAN READY MIX SERVICE, 8703 E U. S. 24, PERU, IN 46970

10924    AMERICAN READY MIX SERVICE, 8703 E. U.S. 24, PERU, IN 46970

10925    AMERICAN REAL ESTATE HOLDINGS LP, 90 SOUTH BEDFORD RD., MOUNT KISCO, NY 10549

10925    AMERICAN REAL ESTATE HOLDINGS, 100 SOUTH BEDFORD ROAD, MOUNT KISCO, NY 10549

10925    AMERICAN REAL ESTATE HOLDINGS, GENERAL COUNSEL, 90 SOUTH BEDFORD RD., MOUNT KISCO, NY 10549

10925    AMERICAN REAL ESTATE, HOLDINGS LTD. PS, GEN COUNSEL, 90 SOUTH BEDFORD RD., MOUNT KISCO, NY 10549

10925    AMERICAN RECYCLING COMPANY, ACCOUNTS RECEIVABLE DEPT., ATLANTA, GA 30336-2004

10925    AMERICAN RED CROSS (MD), 15601 CRABBS BRANCH WAY, ROCKVILLE, MD 20855

10925    AMERICAN RED CROSS (MD), MORGAN LEWIS & BOCKIUS LLP, 1800 M ST NW, WASHINGTON, DC 20036

10925    AMERICAN RED CROSS BAY AREA, 85 2ND ST. STE. 700, SAN FRANCISCO, CA 94105-3459

10925    AMERICAN RED CROSS MILWAUKEE, PO BOX 05800, MILWAUKEE, WI 53205-0800

10925    AMERICAN RED CROSS OF CTR FL, 5 NORTH BUMBY AVE, ORLANDO, FL 32803

10925    AMERICAN RED CROSS, 26 GREENVILLE AVE, JERSEY CITY, NJ 07305

10925    AMERICAN RED CROSS, 43 EAST OHIO ST, CHICAGO, IL 60611-2791

10925    AMERICAN RED CROSS, 444 SHERMAN ST, DENVER, CO 80203-3521

10925    AMERICAN RED CROSS, 6135 N BLACK CANYON HWY, PHOENIX, AZ 85015

10924    AMERICAN RED CROSS, 825 JOHN STREET, HENRIETTA, NY 14467

10925    AMERICAN RED CROSS, 950 22ND ST NORTH, SUITE 750, BIRMINGHAM, AL 35203

10925    AMERICAN RED CROSS, PO BOX 10158, ATLANTA, GA 30392

10925    AMERICAN RED CROSS, PO BOX 384, AIKEN, SC 29802

10925    AMERICAN RED CROSS, PO BOX 57930, LOS ANGELES, CA 90057-0930

10925    AMERICAN RED CROSS, PO BOX 870, WEST PALM BEACH, FL 33402

10925    AMERICAN RED CROSS, POBOX 397, HOUSTON, TX 77001-0397

10925    AMERICAN RED CROSS/CHATTANOOGA, 801 MCCALLIE AVE, CHATTANOOGA, TN 37403

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   AMERICAN REDI-MIX CORP, 2000 WEST 135TH STREET, BOLINGBROOK, IL 60440

10924   AMERICAN REDI-MIX CORP., 2000 W. 135TH, BOLINGBROOK, IL 60440

10924   AMERICAN REDI-MIX CORP., 2000 W. 135TH. STREET, BOLINGBROOK, IL 60440

10924   AMERICAN REDI-MIX INC., 16900 GATOR ROAD, FORT MYERS, FL 33912

10924   AMERICAN REDI-MIX, 46 PARIS STREET, NEWARK, NJ 07105

10924   AMERICAN REDI-MIX, INC., 8181 MAINLINE PKWY, FORT MYERS, FL 33912

10924   AMERICAN REF-FUEL, 10 HIGHLAND AVENUE, CHESTER, PA 19013

10925   AMERICAN REMEDIATION TECHNOLOGY, 7813 RECO AVE, BATON ROUGE, LA 70814

10924   AMERICAN RESEARCH GROUP INC, 225 BRENTWOOD CT, BLOOMINGDALE, IL 60108

10925   AMERICAN RESEARCH GROUP, INC, PO BOX 900002, RALEIGH, NC 27675-9000

10925   AMERICAN RESEARCH GROUP, PO BOX 1039, CARY, NC 27512-1039

10925   AMERICAN RESEARCH KEMICALS, PO BOX 69-4232, MIAMI, FL 33269

10924   AMERICAN RESEARCH, 2 N 270 PRINCE CROSSING ROAD, WEST CHICAGO, IL 60185

10925   AMERICAN ROAD & TRANSPORTATION, 1010 MASSACHUSETTS AVE NW SIXTH FLR, WASHINGTON, DC 20001

10925   AMERICAN ROLLER CO, 1525 11TH AVE, UNION GROVE, WI 53182

10925   AMERICAN ROLLER, 4326 S BEAUMONT ST, KANSASVILLE, WI 53139

10925   AMERICAN ROOFING SUPPLY, 4550 E 52ND AVE, COMMERCE CITY, CO 80022

10924   AMERICAN ROOFING SUPPLY, 4550 E. 52ND AVENUE, COMMERCE CITY, CO 80022

10924   AMERICAN ROOFING SUPPLY, 4550 EAST & 52ND AVE, COMMERCE CITY, CO 80022

10924   AMERICAN ROOFING SUPPLY, 4550 EAST 52ND AVENUE, COMMERCE CITY, CO 80022

10924   AMERICAN ROYAL ARENA FACILITY, 1701 AMERICAN ROYAL COURT, KANSAS CITY, MO 64109

10924   AMERICAN SAFETY & ABATEMENT, 4354 CLAYTON AVE, SAINT LOUIS, MO 63110

10924   AMERICAN SAFETY SERVICE, INC., 1244-A RIDGE ROAD, APOLLO, PA 15613

10924   AMERICAN SAFETY TECHNOLOGIES INC, 565 EAGLE ROCK AVENUE, ROSELAND, NJ 07068

10924   AMERICAN SAFETY TECHNOLOGIES INC., 565 EAGLE ROCK AVENUE, ROSELAND, NJ 07068

10924   AMERICAN SAND & GRAVEL, 630 PLAINFIELD RD, JEWETT CITY, CT 06351

10924   AMERICAN SAND & GRAVEL, RT 12 PLAINFIELD RD, JEWETT CITY, CT 06351

10924   AMERICAN SAVINGS BANK, C/O WESTSIDE BUILDING MATERIALS, SAN MATEO, CA 94401

10925   AMERICAN SCAFFOLDING, INC, 7161 EAGLE CREEK RD., CINCINNATI, OH 45247

10925   AMERICAN SCAFFOLDING, INC, PO BOX 58145, CINCINNATI, OH 45258

10925   AMERICAN SCALE & EQUIPMENT CO INC, PO BOX 70189, BALTIMORE, MD 21237-6189

10925   AMERICAN SCALE & EQUIPMENT CO, INC, PO BOX 70189, BALTIMORE, MD 21237-6189

10925   AMERICAN SCALE CO INC, POBOX 911340, COMMERCE, CA 90091-1340

10925   AMERICAN SCALE, 8839-D KELSO DR., BALTIMORE, MD 21221

10925   AMERICAN SCIENTIFIC LABS, LAVERNE MOE,

10924   AMERICAN SEAL & RESTORATION, 11111 GRAND RIVER AVENUE, DETROIT, MI 48204

10924   AMERICAN SEALANTS, 3806 OPTION PASS, FORT WAYNE, IN 46819

10924   AMERICAN SECURITY PRODUCTS, 11925 PACIFIC AVE, FONTANA, CA 92337

10924   AMERICAN SECURITY PRODUCTS, 11925 PACIFIC AVE., FONTANA, CA 92335

10924   AMERICAN SECURITY PRODUCTS, 11925 PACIFIC AVE., FONTANA, CA 92337

10925   AMERICAN SECURITY STORAG, PO BOX 79696, BALTIMORE, MD 21279

10925   AMERICAN SECURITY STORAGE, PO BOX 79696, BALTIMORE, MD 21279

10924   AMERICAN SELF STORAGE, 5220 SAN MATEO NE, ALBUQUERQUE, NM 87109

10925   AMERICAN SHIZUKI, 301 W O ST, OGALLALA, NE 69153

10925   AMERICAN SHIZUKI, 312 W O ST, OGALLALA, NE 69153

10925   AMERICAN SIGMA/HOCH COMPANY, LOCK BOX 0002, DENVER, CO 80263

10924   AMERICAN SILICON HEADQUARTER NODE*, COLUMBIA, MD 21044

10924   AMERICAN SILICON PRODUCTS, 15 CLARKSON STREET, PROVIDENCE, RI 02908-2609

10924   AMERICAN SILICON PRODUCTS, 2613 INDUSTRIAL LANE, GARLAND, TX 75041

10924   AMERICAN SILICON PRODUCTS, 2985 MARKET STREET, GARLAND, TX 75041

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924  AMERICAN SILICONES,INC., 420 N. TAYLOR ROAD, GARRETT, IN 46738

10924  AMERICAN SILICONES,INC., PO BOX 90, GARRETT, IN 46738

10925  AMERICAN SOC. FOR MASS SPECTROMETRY, 1201 DON DIEGO AVE, SANTA FE, NM 87505

10925  AMERICAN SOC. OF SAFETY ENGRS., 1800 E. OAKTON ST., DES PLAINES, IL 60018

10925  AMERICAN SOCIETY FOR QLTY. CONT., PO BOX 3066, MILWAUKEE, WI 53201-3066

10925  AMERICAN SOCIETY FOR QUALITY, PO BOX 3033, MILWAUKEE, WI 53201-3033

10925  AMERICAN SOCIETY FOR TESTING &, 100 BARR HARBOR DR, WEST CONSHOHOCKEN, PA 19428-2959

10925  AMERICAN SOCIETY FOR TRAINING, AND DEVELOPMENT INC, ALEXANDRIA, VA 22334-0840

10925  AMERICAN SOCIETY FOR TRAINING, PO BOX 1567, MERRIFIELD, VA 22116-1567

10925  AMERICAN SOCIETY FOR, PO BOX 1567, MERRIFIELD, VA 22116-1567

10925  AMERICAN SOCIETY OF BREWING CHEMIST, 3340 PILOT KNOB RD., SAINT PAUL, MN 55121

10925  AMERICAN SOCIETY OF CIVIL ENGINEERS, 1801 ALEXANDER BELL DR, RESTON, VA 20191

10925  AMERICAN SOCIETY OF CIVIL ENGINEERS, PO BOX 79084, BALTIMORE, MD 21279-0084

10925  AMERICAN SOCIETY OF LANDSCAPE, 636 EYE ST NW, WASHINGTON, DC 20001-3736

10925  AMERICAN SOCIETY OF MECHANICAL, BOX 29359, GPO, NEW YORK, NY 10087-9359

10925  AMERICAN SOCIETY OF NOTARIES, POBOX 5707, TALLAHASSEE, FL 32314-5707

10925  AMERICAN SOCIETY OF SAFETY ENGINEER, 1800 E OAKTON ST, DES PLAINES, IL 60018

10925  AMERICAN SOCIETY OF SAFETY ENGINEER, 1800 E. OAKTON ST., DES PLAINES, IL 60018

10925  AMERICAN SOCIETY OF SAFETY, 1800 E. OAKTON ST, DES PLAINES, IL 60018

10925  AMERICAN SOCIETY OF SAFETY, 1800 E. OAKTON ST, DES PLAINES, IL 60018-2187

10925  AMERICAN SOCIETY OF, 520 N. NORTHWEST HWY, PARK RIDGE, IL 60068-5586

10925  AMERICAN SOCIETY OF, 521 FIFTH AVE.,32FL, NEW YORK, NY 10175

10925  AMERICAN SOLDER & FLUX CO.INC., FORCE INDUSTRIES DIVISION, PAOLI, PA 19301-0847

10925  AMERICAN SOUND AND ELECTRONICS, INC, 1800 RUSSELL ST., COVINGTON, KY 41014

10925  AMERICAN SPECIALTY EQUIPMENT INC, 15 DANIEL ROAD, FAIRFIELD, NJ 07004-2506

10924  AMERICAN SPRAY ON WAREHOUSE, 5-22 46TH AVENUE, LONG ISLAND CITY, NY 11101

10924  AMERICAN SPRAY-ON CORP, 22 WEST 21ST STREET, NEW YORK, NY 10010

10924  AMERICAN SPRAY-ON CORPORATION, 510 WEST 16TH STREET, NEW YORK, NY 10001

10924  AMERICAN SPRAY-ON, 16 W 19TH STREET, NEW YORK, NY 10011

10925  AMERICAN STANDARD INC., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925  AMERICAN STANDARD INCORPORATED, 324 4TH AVE., TIFFIN, OH 44883-1227

10924  AMERICAN STAR MFG., INC., 20 NORTH WATER, SAPULPA, OK 74066

10924  AMERICAN STAR MFG., INC., PO BOX1566, SAND SPRINGS, OK 74063

10925  AMERICAN STEEL & ALUMINUM CORP, PO BOX 18603, NEWARK, NJ 02062

10925  AMERICAN STEEL & ALUMINUM CORP, PO BOX 18603, NEWARK, NJ 07191

10925  AMERICAN STEEL & ALUMINUM CORP., POBOX 428, NORWOOD, MA 02062

10924  AMERICAN STEEL CONTAINER, 4445 WEST 5TH AVENUE, CHICAGO, IL 60624

10925  AMERICAN STOCK EXCHANGE, 86 TRINITY PLACE, NEW YORK, NY 10006-1881

10925  AMERICAN STOCK EXCHANGE, PO BOX 11181A, NEW YORK, NY 10286-1181

10924  AMERICAN STONE INC, 7901 CINDERBED RD, NEWINGTON, VA 22122

10924  AMERICAN STONE INC., 7901 CINDERBED RD., NEWINGTON, VA 22122

10924  AMERICAN STONE INC.P., P.O. BOX 150, NEWINGTON, VA 22122

10924  AMERICAN STONE-MIX INC., 10300 PULASKI HWY, WHITE MARSH, MD 21162

10924  AMERICAN STONE-MIX INC., 10352 FRANKLIN AVE, FRANKLIN PARK, IL 60131

10924  AMERICAN STONE-MIX INC., 36506 SIBLEY RD, NEW BOSTON, MI 48164

10924  AMERICAN STONE-MIX INC., 8320 BELLONA AVE, TOWSON, MD 21204

10924  AMERICAN STONE-MIX, INC., 10300 PULASKI HWY., MIDDLE RIVER, MD 21220

10924  AMERICAN STONE-MIX, INC., 8320 BELLONA AVENUE, TOWSON, MD 21204

10924  AMERICAN STORAGE AND DIST., ROAD #869 KM 1.5 BLDG. C#6, ROYAL INDUSTRIAL PARK,BO    **\*VIA Deutsche Post\***
       PALMAS, CATANO, PR 962PUERTO RICO

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    AMERICAN SUPER CONDUCTOR, 2 TECHNOLOGY DRIVE, WESTBOROUGH, MA 01581

10925    AMERICAN TANK TRANSPORT, 6317 MACAW COURT, ELKRIDGE, MD 21227

10925    AMERICAN TECHNICAL SERVICE INC, 1581 HUNTINGTON AVE, CALUMET CITY, IL 60409

10924    AMERICAN TECHNOLOGY, 1046 UNIVERSITY AVENUE, ROCHESTER, NY 14607

10925    AMERICAN THERMO-TECH, 4105 E.BROADWAY SUITE 180, LONG BEACH, CA 90803

10925    AMERICAN TRADING REAL ESTATE, ONE N. CHARLES ST. STE. 2400, BALTIMORE, MD 21201

10925    AMERICAN TRADING REAL ESTATE, PO BOX 238, BALTIMORE, MD 21203

10924    AMERICAN TRAFFIC INFORMATION, 1897 CLOVE ROAD, STATEN ISLAND, NY 10304

10924    AMERICAN TRAFFIC INFORMATION, TION INCORP, STATEN ISLAND, NY 10304

10925    AMERICAN TRAILER RELOCATORS INC, 5600 GREENWOOD PLAZA BLVD, GREENWOOD VILLAGE, CO 80111

10925    AMERICAN TRANSFER & STORAGE COMPANY, 4204 LINDBERG DRIVE, DALLAS, TX 75244

10924    AMERICAN TRANSIT MIX CO. INC., 318 BEARD AVE, MODESTO, CA 95354

10924    AMERICAN TRANSIT MIX CO., 2295 GIBSON STREET, BAKERSFIELD, CA 93301

10924    AMERICAN TRANSIT MIX, 1100 SO. GARZOLI, DELANO, CA 93215

10924    AMERICAN TRANSIT MIX, 12321 ROAD 29, MADERA, CA 93638

10924    AMERICAN TRANSIT MIX, 1307 W. LINWOOD AVENUE, TURLOCK, CA 95380

10924    AMERICAN TRANSIT MIX, 13475 NORTH FRIANT ROAD, FRIANT, CA 93626

10924    AMERICAN TRANSIT MIX, 30338 SOUTH TRACY BLVD., TRACY, CA 95376

10924    AMERICAN TRANSIT MIX, 3407 STUHR ROAD, NEWMAN, CA 95360

10924    AMERICAN TRANSIT MIX, 802 NORTH CLUFF, LODI, CA 95240

10924    AMERICAN TRANSIT MIX, 889 EAST ROTH ROAD, FRENCH CAMP, CA 95231

10924    AMERICAN TRANSIT MIX, UP AS A SOLD TO. MLJ, 30338 S. TRACY BLVD, TRACY, CA 95376

10924    AMERICAN TRANSIT MIX/MERCED PORTABL, AVENUE, FRESNO, CA, PORTABLE PLANT, MERCED, CA 95340

10924    AMERICAN TRANSIT MIX-USE 241253, *MARKED FOR DELETION-S.CLARK*, 13475 NORTH FRIANT RD, FRIANT, CA 93626

10925    AMERICAN TRANSPORT INC, PO BOX 640469, PITTSBURGH, PA 15264

10924    AMERICAN TRASNINAL CARE, 285 N.TO EXIT 18, ATLANTA, GA 30342

10924    AMERICAN TRIMSTONE CO INC, 52 HICKORY DR., OAKLAND, NJ 07436

10924    AMERICAN TRIMSTONE, 52 HICKORY DRIVE, OAKLAND, NJ 07436

10924    AMERICAN TRIMSTONE, 85 4TH AVE., HASKELL, NJ 07420

10925    AMERICAN TRUCKING ASSOCIATIONS, 2200 MILL ROAD, ALEXANDRIA, VA 22314-4677

10925    AMERICAN TUBE COMPANY INC, 16100 S. LATHROP AVE, HARVEY, IL 60426-6021

10925    AMERICAN TV & APPLIANCE OF MADISON, LEONARD S MATTIOLI, 2202 W BELTLINE HWY, MADISON, WI 53713-2346

10925    AMERICAN TYPE CULTURE COLLECTION, 10801 UNIVERSITY BLVD, MANASSAS, VA 20110

10925    AMERICAN TYPE CULTURE, 12301 PARKLAWN DR., ROCKVILLE, MD 20852

10925    AMERICAN ULTRAVIOLET COMPANY, 212 N MT ZION ROAD, LEBANON, IN 46052

10925    AMERICAN UNDERGROUND INC, 2009 AMMER RIDGE APT 302, GLENVIEW, IL 60025

10925    AMERICAN UNIVERSITY, OFFICE OF UNIVERSITY COUNSEL, LEONARD HALL LOWER LEVEL 4400, MASSACHUSETTS AVE NW, WASHINGTON, DC 20016

10924    AMERICAN VAULT CORP, 7911 PANTHER WAY, WACO, TX 76712

10924    AMERICAN VAULT CORP., 7911 PANTHER WAY, WACO, TX 76712

10925    AMERICAN VERMICULITE, 814 LIVINGSTON COURT, SUITE C, MARIETTA, GA 30067

10924    AMERICAN W & D ART, 633 49TH AVENUE, VERO BEACH, FL 32963

10924    AMERICAN W & D ART, PO BOX 3693, VERO BEACH, FL 32964

10924    AMERICAN WALL COVER, 245 E. BLUE HARON LANE, MERIDIAN, ID 83642

10924    AMERICAN WALL SYSTEMS, 1600 S W 13TH COURT, POMPANO BEACH, FL 33069

10924    AMERICAN WALL SYSTEMS, 1600 S.W. 13TH COURT, POMPANO BEACH, FL 33069

10924    AMERICAN WALL/HEWLETT PACKARD #27, BOISE, ID 83701

10924    AMERICAN WALLCOVER INC., 245 E. BLUE HERON LANE, MERIDIAN, ID 83642

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    AMERICAN WALLCOVER, CAMBRIDGE, MA 02140

10924    AMERICAN WALLCOVER, DEPT. OF EMPLOYMENT, BOISE, ID 83704

10924    AMERICAN WALLCOVER, STOCK, BOISE, ID 83701

10924    AMERICAN WALLCOVER/IDAHO POWER, BOISE, ID 83701

10924    AMERICAN WALLCOVER/JEROME H.S., JEROME, ID 83338

10924    AMERICAN WALLCOVER/MERIDIAN, 1830 N. LINDER RD., MERIDIAN, ID 83642

10925    AMERICAN WAR VETERAN, THE, 8880 BELLAIRE BLVD #199, HOUSTON, TX 77036

10924    AMERICAN WASTE GROUP, 2010 W. MADISON STREET, MAYWOOD, IL 60153

10925    AMERICAN WATER SYSTEMS LLC, 115 POND ST, AVON, MA 02322

10925    AMERICAN WATERPROOFING INC, 1918 COBBLE CREEK, HOUSTON, TX 77073

10925    AMERICAN WELDING SOCIETY, 550 NW LEJEUNE ROAD, MIAMI, FL 33126

10925    AMERICAN WEST ANALYTICAL, 463 WEST 3600 SOUTH, SALT LAKE CITY, UT 84115

10925    AMERICAN WHOLESALE LTD., PO BOX 1605, DUXBURY, MA 02331

10925    AMERICAN WHOLESALE, 479 JUMPERS HOLE STE 301, SEVERNA PARK, MD 21146

10925    AMERICAN WICK DRAIN, PO BOX 65122, CHARLOTTE, NC 28265

10925    AMERICAN WIPING RAG CO, 509 E 2ND ST, BOSTON, MA 02127-1431

10925    AMERICAN WISCONSIN FIRE, PROTECTION CONSULTANTS, 2734-A STATE HWY 150, NEENAH, WI 54956

10925    AMERICAN WOMEN TODAY, 18904 HWY 99 SUITE Q, LYNNWOOD, WA 98036

10925    AMERICAN ZETTLER INC, 75 COLUMBIA, ALISO VIEJO, CA 92656

10925    AMERICANS FOR INDIAN OPPORTUNITY, 3508 GARFIELD N W, WASHINGTON, DC 20007-1441

10925    AMERICAN-VET, THE, 7349 MILLIKEN AVE #140-104, RANCHO CUCAMONGA, CA 91730

10925    AMERICARES, 161 CHERRY ST, NEW CANAAN, CT 06840

10925    AMERICAS ATHLETES WITH DISABILITIE, PO BOX 5206, CLEVELAND, OH 44101-0206

10925    AMERICAS ATHLETES WITH DISABILITIES, 3710 INDIAN RIVER ROAD, CHESAPEAKE, VA 23325-2908

10925    AMERICAS ATHLETES WITH DISABILITIES, POBOX 131447, HOUSTON, TX 77219-1447

10925    AMERICAS BANQUETS, 205 N. BROADWAY, AURORA, IL 60507

10925    AMERICAS REGISTRY INC, PO BOX 19096, NEWARK, NJ 07195-0096

10925    AMERICAS SAP USERS GROUP, PO BOX 809109, CHICAGO, IL 60680-9109

10925    AMERICAS SERVICES GROUP, 8609 SIX FORKS RD., RALEIGH, NC 27615

10925    AMERICAS SOCIETY INC., 680 PARK AVE, NEW YORK, NY 10021

10924    AMERICAST, INC., 11352 VIRGINIA PRECAST RD., ASHLAND, VA 23005

10924    AMERICAST, INC., P O BOX 120, HALLTOWN, WV 25423

10924    AMERICAST, INC., ROUTE 340, HALLTOWN, WV 25423

10924    AMERICAST,INC., P.O.BOX 120, HALLTOWN, WV 25423

10924    AMERICHEM CORP HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924    AMERICHEM INC. -, 225 BROADWAY E., CUYAHOGA FALLS, OH 44221

10924    AMERICHEM INC., 155 E. STEELS CORNERS ROAD, AKRON, OH 44310

10924    AMERICHEM INC., 225 BROADWAY E., CUYAHOGA FALLS, OH 44221

10924    AMERICHEM PHARMACEUTICAL CORP., 2862 N.W. 79TH AVENUE, MIAMI, FL 33122

10924    AMERICHEM PHARMACEUTICAL, 2862 N.W. 79TH AVENUE, MIAMI, FL 33122

10925    AMERICHEM SYSTEMS, 111 S. LOMBARD ROAD, ADDISON, IL 60101

10924    AMERICHEM, INC., 1535 INDUSTRIAL PARKWAY, AKRON, OH 44310

10925    AMERICHEM, PO BOX 235, MASON, MI 48854

10925    AMERICO HENRIQUES &, JANICE I HENRIQUES TEN COM, 19 ATLAS ST, FAIRHAVEN, MA 02719-3712

10925    AMERICOMM LABEL SYSTEMS, BOX 660, WILTON, NH 03086-0660

10925    AMERICOMM, 4426 HUGH HOWELL RD SUITE B-370, TUCKER, GA 30084-4905

10925    AMERICRETE, 112 CLAY STREET, JACKSON, MS 39209

10924    AMERICRETE, 1230 SPRING RIDGE RD., CLINTON, MS 39056

10924    AMERICRETE, 1330 FLOWOOD DRIVE, FLOWOOD, MS 39208

10924    AMERICRETE, 2060 CASINO STRIP BLVD, ROBINSONVILLE, MS 38664

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    AMERICRETE, 220 65TH AVE, MERIDIAN, MS 39301

10924    AMERICRETE, 220 65TH AVE., MERIDIAN, MS 39307

10924    AMERICRETE, 220 65TH AVENUE, MERIDIAN, MS 39301

10924    AMERICRETE, 220 65TH AVENUE, MERIDIAN, MS 39307

10924    AMERICRETE, OFF HWY 35 SOUTH, CARTHAGE, MS 39051

10925    AMERIDATA INC, POBOX 35086, NEWARK, NJ 07193-5086

10925    AMERIDATA, PO BOX 94020, PALATINE, IL 60094-4020

10925    AMERIGAS - BIRMINGHAM, 815 34TH ST N, BIRMINGHAM, AL 35222-1011

10925    AMERIGAS - CICERO, 3501 S CICERO AVE., CICERO, IL 60804-4534

10925    AMERIGAS - GARDENA 5402, POBOX 79140, CITY OF INDUSTRY, CA 91716-9140

10925    AMERIGAS - KULPSVILLE, PO BOX 272, KULPSVILLE, PA 19443-0272

10925    AMERIGAS - MILWAUKEE, 632 SOUTH 84TH ST., MILWAUKEE, WI 53214-1438

10925    AMERIGAS MILWAUKEE, PO BOX 506, FRANKSVILLE, WI 53126-0506

10925    AMERIGAS, 10097 BALTIMORE NATL PIKE, ELLICOTT CITY, MD 21042

10925    AMERIGAS, 1212 BECK ST, SALT LAKE CITY, UT 84116-1207

10925    AMERIGAS-CICERO, 3501 S. CICERO AVE., CICERO, IL 60650

10925    AMERI-GLOBE PUBLISHING INC, 2630 WEST 81 ST, MIAMI, FL 33016-2755

10924    AMERI-KHEN, 515-D HERBERT STREET, DAYTONA BEACH, FL 32119

10924    AMERILUMBER HARDWARE & BUILDING, 7004 S.W. 40TH ST. (BIRD RD.), MIAMI, FL 33155

10924    AMERIMARK, INC., 606 W. CENTER STREET, BOURBON, IN 46504

10924    AMERIMARK, INC., 606 W. CENTER STREET, PO BOX 107, BOURBON, IN 46504

10925    AMERIPOL SYNPOL COMPANY, POBOX 95956, CHICAGO, IL 60694-5956

10925    AMERIPOL SYNPOL CORPORATION, 146 S. HIGH ST. 7TH FL, AKRON, OH 01483

10924    AMERISAFE, 2050 N. 15TH AVENUE, MELROSE PARK, IL 60160

10924    AMERISAFE, 3530 DEVELOPERS ROAD, INDIANAPOLIS, IN 46227

10925    AMERI-SOURCE PUBLICATIONS, PO BOX 2661, CHAMPLAIN, NY 12919-2661

10925    AMERI-SOURCE PUBLICATIONS, POBOX 2661, CHAMPLAIN, NY 12919

10925    AMERISPEC, 8023 27TH ST. S.E., BUFFALO, MN 55313

10925    AMERISTEEL CO., PO BOX 116660, ATLANTA, GA 30368-6660

10925    AMERISUITES BOSTON/MEDFORD, 116 RIVERSIDE AVE NE, MEDFORD, MA 02155

10924    AMERITECH - 25TH FLOOR, 225 W. RANDOLPH STREET, CHICAGO, IL 60606

10925    AMERITECH COMMUNICATIONS, PO BOX 30310, LOS ANGELES, CA 90030-0310

10925    AMERITECH CORP, BILL PAYMENT CENTER, SAGINAW, MI 48663-0003

10925    AMERITECH CORP., BILL PAYMENT CTR, SAGINAW, MI 48663

10925    AMERITECH LIBRARY SERVICES, PO BOX 95391, CHICAGO, IL 60694-5391

10925    AMERITECH MOBILE, DEPT. 0076, CINCINNATI, OH 45274-0076

10925    AMERITECH PAGING, PO BOX 5082, SAGINAW, MI 48605-5082

10924    AMERITECH RELOCATION PROJECT, 2880 SCOTTEN AVENUE, DETROIT, MI 48209

10925    AMERITECH SECURITYLINK, LOCK BOX 319, MILWAUKEE, WI 53288

10924    AMERITECH, 225 W. RANDOLPH ST., CHICAGO, IL 60606

10924    AMERITECH, 225 W. RANDOLPH, CHICAGO, IL 60606

10925    AMERITECH, BILL PAYMENT CENTER, CHICAGO, IL 60663-0001

10924    AMERITECH, C/O ASC INSULATION & FIREPROOFING, CHICAGO, IL 60606

10924    AMERITECH, C/O WILKIN INSULATION, CHICAGO, IL 60606

10924    AMERITECH, C/O WILKIN INSULATION, WEST CHICAGO, IL 60185

10924    AMERITECH, CAMBRIDGE, MA 99999

10924    AMERITECH, E ON LAKEWOOD OFF OF BARRINGTON, BARRINGTON, IL 60010

10925    AMERITECH, PO BOX 2500, BEDFORD PARK, IL 60499-2500

10925    AMERITECH, PO BOX 4520, CAROL STREAM, IL 60197

10925    AMERITECH, PO BOX 4520, CAROL STREAM, IL 60197-4520

10925    AMERITECH, PO BOX 740076, CINCINNATI, OH 45274-0076

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AMERITECH, PO BOX 77864, DETROIT, MI 48277

10925   AMERITECH, PO BOX 79001, DETROIT, MI 48279-1240

10925   AMERITECH, PO BOX 79001, DETROIT, MI 48279-1505

10925   AMERITECH, PO BOX 84000, COLUMBUS, OH 43284-0001

10925   AMERITECH, PO BOX 9001008, LOUISVILLE, KY 40290-1008

10925   AMERITECH, POBOX 4520, CAROL STREAM, IL 60197-4520

10924   AMERITEL, OVERLAND & S. COLE, BOISE, ID 83701

10925   AMERITREND CORPORATION, 3710 PARK CENTRAL BLVD,NO, POMPANO BEACH, FL 33064

10925   AMERO, MARIE ANTOIN, 11 PLUMB CREEK TRAIL, LANCASTER, NY 14086

10924   AMERON INC, 10100 LINNE RD, TRACY, CA 95376

10924   AMERON INC, 1020 B STREET, FILLMORE, CA 93015

10924   AMERON INC., 10100 LINNE ROAD, TRACY, CA 95376

10924   AMERON INC., 1130 WEST MARINE VIEW DRIVE, EVERETT, WA 98201

10924   AMERON INC., ATTN:  ACCOUNTS PAYABLE, FILLMORE, CA 93015

10924   AMERON INTERNATIONAL - DO NOT USE, 5851 THILLE STREET #101, VENTURA, CA 93003

10924   AMERON INTERNATIONAL CORPORATION, 11605 VIMY RIDGE ROAD, ALEXANDER, AR 72002-1625

10924   AMERON INTERNATIONAL, 1860 ELECTRONICS, ANNISTON, AL 36207

10924   AMERON INTERNATIONAL, 5851 THILLE STEET 101, VENTURA, CA 93003

10924   AMERON INTERNATIONAL, 5851 THILLE STREET #101, VENTURA, CA 93003

10925   AMERON INTL CORP, 245 SOUTH LOS ROBIES AVE, ADDRESS OFF INTERNET, PASADENA, CA 91101-0894

10924   AMERON PROTECT COAT SYS., PO BOX 192610, LITTLE ROCK, AR 72219-2610

10924   AMERON PROTECTIVE COATINGS SYSTEMS, 11605 VIMY RIDGE ROAD, LITTLE ROCK, AR 72209

10924   AMERON PROTECTIVE COATINGS SYSTEMS, PO BOX 192610, LITTLE ROCK, AR 72219-2610

10924   AMERON, 2506 PHOENIX AVE, JACKSONVILLE, FL 32206

10924   AMERON, C/O WESTSIDE BUILDING MATERIALS, BREA, CA 92621

10925   AMERPOL INTERNATIONAL INC, 20 VESEY ST, STE 1400, NEW YORK, NY 10007

10925   AMERSHAM PHARMACIA BIOTECH, 800 CENTENNIAL AVE., PISCATAWAY, NJ 08855-1327

10925   AMERSON ENGRAVING INC, POBOX 3184, HUEYTOWN, AL 35023

10925   AMERSON, LORRAINE, 2906 BRANDON ROAD, MADISON, WI 53719

10924   AMERTECH BLDG, 23500 NORTHWESTERN HWY, SOUTHFIELD, MI 48037

10924   AMERTITECH, 225 W. RANDOLPH STREET, CHICAGO, IL 60606

10925   AMERTRON INC, SAN DIONISIO, ATTN MS FLORA M BALUYOT, PARANAQUE METRO, MANILA, 0PHILIPPINES                               **\*VIA Deutsche Post\***

10924   AMES CONST. CO., TWIN CITIES AIRPORT, MN 55111

10924   AMES CONSTRUCTION, 18450 E. 28TH AVENUE, AURORA, CO 80011

10924   AMES CONSTRUCTION, 25 MILES NORTH OF CARLIN, CARLIN, NV 89822

10924   AMES CONSTRUCTION, INC., 3737 W. 2100 SOUTH, SALT LAKE CITY, UT 84120

10924   AMES CONSTRUCTION,INC., 3737 WEST 2100 SOUTH, SALT LAKE CITY, UT 84120

10924   AMES READY MIX, 1109 E.LINCOLN WAY, AMES, IA 50010

10925   AMES RUBBER CORP, 1440 RT 565, SUSSEX, NJ 07461

10925   AMES RUBBER CORP, 59 VERNON CROSSING RD, VERNON, NJ 07462

10925   AMES RUBBER CORPORATION, 23-47 AMES BLVD, HAMBURG, NJ 07419

10925   AMES, CLAIRE C, 5304 ROSAER PL, VIRGINIA BEACH, VA 23464-2432

10925   AMES, JOELLEN, 4231 KNOLL AVE, OAKLAND, CA 94619

10925   AMES, KARY, 3420 CIMARRON CIRCLE, CASPER, WY 82604

10925   AMES, MICHAEL L, 2320 LAKE CREST DRIVE, SPRINGFIELD, IL 62707

10925   AMES, MICHAEL, 2320 LAKE CREST DR, SPRINGFIELD, IL 62707

10925   AMES, STEVEN, 1309 W ELDER, 2, DUNCAN, OK 73533

10925   AMET, PAULA JEAN, 30 SUMMIT ST, E. PROVIDENCE, RI 02914

10924   AMETEK CHEMICAL PRODUCTS DIVISION, 900 GREENBANK RD., WILMINGTON, DE 19808

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | AMETEK DREXELBROOK CO., 835 MANDRAKE DR., BATAVIA, IL 60510 | |
| 10925 | AMETEK DREXELBROOK, PO BOX 8500 S3680, PHILADELPHIA, PA 19178 | |
| 10925 | AMETEK INC, 37 NORTH VALLEY RD BLDG 4, ADDRESS OFF INTERNET, PAOLI, PA 19301 | |
| 10925 | AMETEK INC, PO BOX 220, WESTERVILLE, OH 43081 | |
| 10925 | AMETEK INC. HAVEG DIVISION, PO BOX 8500-S-3415, PHILADELPHIA, PA 19178 | |
| 10925 | AMETEK INC., 37 NORTH VALLEY RD BLDG 4, PO BOX 1764, PAOLI, PA 19301-0801 | |
| 10925 | AMETEK NATIONAL CONTROLS CORP., PO BOX 601512, CHARLOTTE, NC 28260-1512 | |
| 10925 | AMETEK PMT DIVISION, PO BOX 8500-S-8275, PHILADELPHIA, PA 19178 | |
| 10925 | AMETEK PROCESS & ANALYTICAL INST, 150 FREEPORT RD, PITTSBURGH, PA 15238 | |
| 10925 | AMETEK PROCESS & ANALYTICAL INST, PO BOX 8500-S3415, PHILADELPHIA, PA 19178 | |
| 10925 | AMETEK US GAUGE DIVISION, 900 CLYMER AVE, SELLERSVILLE, PA 18960 | |
| 10925 | AMETEK, 450 POLK ST, BARTOW, FL 33830 | |
| 10925 | AMETEK, INC, 900 GREENBANK RD., WILMINGTON, DE 19808 | |
| 10925 | AMETEK/CHEMICAL PRODUCTS DIVISION, POBOX 8500-50050, PHILADELPHIA, PA 19178-8500 | |
| 10925 | AMETEK/DIXSON DIVISION, 287 27 ROAD, GRAND JUNCTION, CO 81503 | |
| 10925 | AMEX BANK OF CANADA, AGINCOURT POSTAL STATION, SCARBOROUGH, ON M1S 4B1CANADA | *VIA Deutsche Post* |
| 10924 | AMEX OP. CENTER, 1001 3RD AVENUE SOUTH, MINNEAPOLIS, MN 55404 | |
| 10925 | AMEY, SEQUOIA, 103 VAUGHN, BURKBURNETT, TX 76354 | |
| 10925 | A-M-F DISTRIBUTORS, PO BOX 398, MONTEBELLO, CA 90640 | |
| 10925 | AMF TECHNOLOGIES, 50 PARK ST, BOSTON, MA 02122 | |
| 10925 | AMF TRUCKING & WAREHOUSING INC, GEN COUNSEL, 2 GERMAK DRIVE, BLDGS 1, 2 & 4, CARTERET, NJ 07008 | |
| 10925 | AMF TRUCKING & WAREHOUSING, INC, 2 GERMAK DR, CARTERET, NJ 07008-1217 | |
| 10925 | AMFAR, 5900 WILSHIRE BLVD., LOS ANGELES, CA 90036 | |
| 10925 | AMG THE MEDICAL-SURGICAL, 2400 WEST LINCOLN AVE, MILWAUKEE, WI 53215-2599 | |
| 10925 | AMGEN BOULDER INC., 4000 NELSON ROAD, LONGMONT, CO 80503 | |
| 10924 | AMGEN, 1 KENDALL SQUARE, CAMBRIDGE, MA 02139 | |
| 10924 | AMGEN, C/O WESTSIDE BUILDING MATERIALS, THOUSAND OAKS, CA 91358 | |
| 10924 | AMGEN, RAYMOND INTERIORS, THOUSAND OAKS, CA 91358 | |
| 10924 | AMGEN, THOUSAND OAKS, CA 91360 | |
| 10925 | AMHEALTH MEDICAL GRP 121 OF CA, P C SAN LEANDRO, SAN LEANDRO, CA 94577 | |
| 10924 | AMHERST ELECTRIC SUPPLY, 1591 RTE 38, MOUNT HOLLY, NJ 08060 | |
| 10924 | AMHERST HEALTH CARE CENTER, 4459 NORTH BAILEY AVENUE, AMHERST, NY 14226 | |
| 10924 | AMHERST HIGH SCHOOL, AMHERST, MA 01002 | |
| 10925 | AMHERST PROCESS INSTRUMENTS, INC, MOUNTAIN FARMS TECHNOLOGY PARK, HADLEY, MA 01035-9547 | |
| 10924 | AMI CENTRAL ARKANSAS HOSPITAL, C/O COVINGTON ROOFING, SEARCY, AR 72143 | |
| 10925 | AMI DODUCO INC, LARRY J GAUDINO, 1003 CORPORATE LANE, EXPORT, PA 15632 | |
| 10924 | AMI, 15001 WEST 101ST TERRACE, LENEXA, KS 66215 | |
| 10924 | AMI, 169 E. REYNOLDS ROAD, LEXINGTON, KY 40517 | |
| 10924 | AMI, ATTN: ACCTS PAYABLE, 169 E. REYNOLDS ROAD, LEXINGTON, KY 40517 | |
| 10924 | AMI, ATTN: PURCHASING, 169 E. REYNOLDS ROAD, LEXINGTON, KY 40517 | |
| 10924 | AMICA INSURANCE, BLACKSTONE VALLEY RD., LINCOLN, RI 02865 | |
| 10925 | AMICK, RANDALL, 124 BABB ST, FOUNTAIN INN, SC 29644 | |
| 10925 | AMICK, W, 2769 HUNTERS DRIVE, GERMANTOWN, TN 38138 | |
| 10925 | AMICO, SALVATORE, 62 BRINKERHOFF ST, RIDGEFIELD PARK, NJ 07660 | |
| 10925 | AMICON – W.R.GRACE, 17 CHERRY HILL DR, DANVERS, MA 01923-2565 | |
| 10925 | AMICON INC, POBOX 91954, CHICAGO, IL 60693 | |
| 10925 | AMICON, 40A CHERRY HILL DR, DANVERS, MA 01923 | |
| 10925 | AMICON, 72 CHERRY HILL DR, BEVERLY, MA 01915 | |
| 10925 | AMICON, HIGHPAY, 164, 164, NY, NY 11111 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AMICON, INC, 17 CHERRY HILL DRIVE, DANVERS, MA 01923

10925   AMICON, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   AMICON, LOWPAY, 164, 164, NY, NY 11111

10925   AMICON, POST, 164, 164, NY, NY 11111

10925   AMICON, PRE, 164, 164, NY, NY 11111

10924   AMIDE PHARMACEUTICAL INC., 101 E. MAIN STREET, LITTLE FALLS, NJ 07424

10924   AMIDE PHARMACEUTICAL INC., 101 E.MAIN STREET, LITTLE FALLS, NJ 07424

10925   AMIDEO, KENNETH, 1504 N GORDON ST., PLANT CITY, FL 33566-2611

10925   AMIDON, STEVEN, 209 LANDO DR, SPOTSYLVANIA, VA 22553

10925   AMIGOS EIGHTH FIELD TRIP, 158 SPRING ST, CAMBRIDGE, MA 02141

10925   AMIL J GERLOCK, 137 SW GRAHAM ST, PORT CHARLOTTE, FL 33952-9122

10924   AMI-LENEXA, 15001 WEST 101ST. TERRACE, LENEXA, KS 66215

10925   AMIN, ADITYA, 1551 NW 13TH ST #711, BOCA RATON, FL 33486

10925   AMIN, LUCILLE, 10659 SPRING OAK WAY, BURKE, VA 22015

10925   AMIN, PALLAVI, 596 BRIDGEWATER AVE, BRIDGEWATER, NJ 08807

10925   AMIN, RAHUL G, 1330 INDUSTRY ROAD, HATFIELD, PA 19440

10925   AMIN, RAHUL, 1330 INDUSTRY ROAD, HATFIELD, PA 19940

10925   AMIN, RAHUL, 2700 ELROY RD APT J-7, HATFIELD, PA 19440

10925   AMINOFF GEM CO INC, 48 W 48TH ST SUITE 1210, NEW YORK, NY 10036-1703

10925   AMIR, BEVERLY, 4955 OCEAN PINES, BERLIN, MD 21811

10925   AMIR, JUDY, 31 HICKORY PL, LIVINGSTON, NJ 07039

10925   AMIRBEKYAN, IRINA, 33 QUIMBY ST, WATERTOWN, MA 02172

10925   AMIRSAKIS, JAMES, 1 STORYBOOK LANE, AMHERST, NH 03031-2604

10925   AMIS INC, 44 EAST 32ND ST, NEW YORK, NY 10016

10924   AMISTAD READY MIX, 1661 FORNTERA, DEL RIO, TX 78842

10924   AMISTAD READY MIX, PO BOX420789, DEL RIO, TX 78842

10925   AMI-SYSTEMS INC., 185 HIGH ST, MEDFORD, MA 02155

10924   AMITE READY MIX, 59165 HIGHWAY 51, AMITE, LA 70422

10925   AMITECH, PO BOX 149, OXFORD, NJ 07863

10924   AMITRON INC, 85 FLAGSHIP DRIVE, NORTH ANDOVER, MA 01845

10924   AMITRON, 2001 LAMDMEIER RD, ELK GROVE VILLAGE, IL 60007

10924   AMITYVILLE PARK AVENUE SCHOOL, PARK AVE, AMITYVILLE, NY 11701

10924   AMJAY CHEMICALS, 16350 PARK PLACE SUITE 233, HOUSTON, TX 77218

10924   AMKO SERVICE COMPANY, 2312 LARSON ROAD SE, GNADENHUTTEN, OH 44629

10924   AMKOR ELECTRONICS INC, 1345 ENTERPRISE DRIVE, WEST CHESTER, PA 19380

10924   AMKOR, 2410 LUNA ROAD SUITE 114, CARROLLTON, TX 75006

10925   AMMANN, CHARLES, 103 EDWARD WYATT, FORDS COLONY, WILLIAMSBURG, VA 23188

10925   AMMIRATI, ANDREA, 8571 NW 49TH ST, LAUDERHILL, FL 33351

10925   AMMON, EDWIN D, CUST FOR DAVID AMMON UNDER, THE MO UNIF GIFT TO MIN LAWS, 417 E 135TH, KANSAS CITY, MO 64145-1414

10925   AMMON, HELEN, 4120 VILLAGE GREEN, IRVING, TX 75062

10925   AMMONS, GARY W, 927 PIETY ST, NEW ORLEANS LA, LA 70117

10925   AMNIC INC., 7030 QUAD AVE, BALTIMORE, MD 21237

10925   AMNOTT, NORMAN, 33 WORCESTER SQ, 6, BOSTON, MA 02118

10924   AMOCO BUSINESS SERVICES, PO BOX 22024, TULSA, OK 74121-2024

10924   AMOCO CHEM CORP HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   AMOCO CHEMICAL CORP, PO BOX 1488, ALVIN, TX 77511-1488

10924   AMOCO CHEMICAL CORP., CHOCOLATE BAYOU PLANT, ALVIN, TX 77511

10924   AMOCO CHEMICAL CORP., FM2917 & FM 2004, 2 MI. SOUTH OF INTERSECTION OF, ALVIN, TX 77511

10924   AMOCO CHEMICAL CORP., PO BOX 1488, ALVIN, TX 77511-1488

10924   AMOCO CHEMICAL CORPORATION, 1 MILE S. E. JUNCTIONS RT. 6 AND 66, JOLIET, IL 60436

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | AMOCO CHEMICAL CORPORATION, PO BOX 941, JOLIET, IL 60434 | |
| 10925 | AMOCO CORP, MARIE OSADJAN, 200 EAST RANDOLPH DR, MAIL CODE 2104, CHICAGO, IL 60601-7125 | |
| 10925 | AMOCO CORP, PAUL RESSMEYER, 1006 NORTH FORK ROAD, MARSHALL, NC 28753 | |
| 10925 | AMOCO CORP., MAIL CODE 1906B, 200 E. RANDOLPH DR., CHICAGO, IL 60601 | |
| 10925 | AMOCO CORP., PO BOX 87703, CHICAGO, IL 60680-0703 | |
| 10925 | AMOCO CORPORATE CREDIT, 15 EAST 5TH ST, TULSA, OK 74103-4346 | |
| 10925 | AMOCO FABRICS & FIBERS CO., PO BOX 198554, ATLANTA, GA 30384-8554 | |
| 10925 | AMOCO IRELAND, 1 MARSTON RD, ST NEOTS, PE19 2HNUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | AMOCO LEARNING CENTER, 28310 FERRY ROAD, WARRENVILLE, IL 60555 | |
| 10925 | AMOCO OIL CO, 2054 HECKSCHER DR, | |
| 10924 | AMOCO OIL CO., GATE 4 - 2100 FRONT STREET, WHITING, IN 46394 | |
| 10924 | AMOCO OIL CO., PO BOX 710, WHITING, IN 46394 | |
| 10924 | AMOCO OIL CO-DO NOT USE, RT 173, YORKTOWN, VA 23690 | |
| 10924 | AMOCO OIL COMPANY, 474 WEST 900 NORTH STREET, SALT LAKE CITY, UT 84103 | |
| 10924 | AMOCO OIL COMPANY, 509 SOUTH BOSTON, TULSA, OK 74103 | |
| 10924 | AMOCO OIL COMPANY, 900 GRANT AVENUE, HOUSTON, TX 77028 | |
| 10925 | AMOCO OIL COMPANY, CUSTOMER SERVICE CENTER, DES MOINES, IA 50364-0064 | |
| 10924 | AMOCO OIL COMPANY, MAIL CODE 4302, PO BOX 87707, CHICAGO, IL 60680-0707 | |
| 10925 | AMOCO OIL COMPANY, PO BOX 100522, ATLANTA, GA 30384-0522 | |
| 10925 | AMOCO OIL, PO BOX S-1570, PHILADELPHIA, PA 19178-1570 | |
| 10924 | AMOCO PRODUCTION CO., 20 MILES S.W. OF, EVANSTON, WY 82930 | |
| 10924 | AMOCO PRODUCTION CO., PO BOX 800, DENVER, CO 80201 | |
| 10924 | AMOCO PRODUCTION, PO BOX 9460, LONGVIEW, TX 75608 | |
| 10924 | AMOCO PROPERTIES, 200 E. RANDOLF ST., CHICAGO, IL 60601 | |
| 10924 | AMOCO PROPERTIES, 200 EAST RANDOLF, CHICAGO, IL 60601 | |
| 10924 | AMOCO RESEARCH BLDG. 600, WARRENVILLE RD.& WASHINGTON ST., NAPERVILLE, IL 60563 | |
| 10925 | AMOCO TOROLON PRODUCTS, 5300 A FULTON INDUSTRIAL BLVD., ATLANTA, GA 30336 | |
| 10925 | AMOCO VENTURE CAPITAL CO., 200 E. RANDOLPH DRIVE, CHICAGO, IL 60601 | |
| 10925 | AMODEO, JENNIFER, 550 ANDERSON ST, ST. AUGUSTINE, FL 32084 | |
| 10925 | AMODIA, MARLOWE, 103 LEXINGTON AVE, DUMONT, NJ 07628 | |
| 10925 | AMODIO, MILDRED, 40 GLACIER DRIVE, MORRIS PLAINS, NJ 07950 | |
| 10925 | AMOLING, MARK, 1949 SUWANEE VALLEY, LAWRENCEVILLE, GA 30243 | |
| 10924 | AMON CARTER MUSEUM, 3500 WEST LANCASTER, FORT WORTH, TX 76107 | |
| 10925 | AMON, PHILIP, 155 RICHMOND AVE, AMITYVILLE, NY 11701 | |
| 10925 | AMORE, JOSEPH, 191-15 39 AVE, AUBURNDALE, NY 11358 | |
| 10925 | AMORE, WILLIAM, 37 MASON ST, BEVERLY, MA 01915 | |
| 10925 | AMOROSO, LAWRENCE, 12 RAYMOND ST, EVERETT, MA 02149 | |
| 10925 | AMOS, BILLY, PO BOX 2902, MONROE, LA 71207 | |
| 10925 | AMOS, DEMETRIUS, 276 UPPER RIVERDALE ROAD, APT 22-D, JONESBORO, GA 30236 | |
| 10925 | AMOS, GREGSON, 19 MANOR DRIVE, SHAVERTOWN, PA 18708 | |
| 10925 | AMOS, JERRI, 3404 MYRTLELAWN ST, BATON ROUGE, LA 70805 | |
| 10925 | AMOS, LORI, 19 MANOR DRIVE, SHAVERTOWN, PA 18708 | |
| 10925 | AMOSS, KENNETH, 6044 EMERALD DR, RIDGE MANOR, FL 33525 | |
| 10925 | AMP AMERMEX SA DE CV, 1270 NORTH INDUSTRIAL PARK AVE, NOGALES, AZ 85621 | |
| 10924 | AMP CIRCUITS, 200 FAIRFOREST WAY, GREENVILLE, SC 29607 | |
| 10925 | AMP ILLUSTRATING, 17 PARK ST, STONEHAM, MA 02180 | |
| 10925 | AMP INC, 1250 EAST MAIN ST, MOUNT JOY, PA 17552 | |
| 10925 | AMP INC, 3101 FULLING MILL RD, MIDDLETOWN, PA 17057 | |
| 10925 | AMP INC, 425 PRINCE ST, HARRISBURG, PA 17109 | |
| 10925 | AMP INC, 435 MAPLE AVE, TORRANCE, CA 90503 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 AMP INC, 61 CHUBB WAY, SOMERVILLE, NJ 08876

10925 AMP INC, 950 FORGE AVE, NORRISTOWN, PA 19403

10925 AMP INC, PO BOX 68355, HARRISBURG, PA 17106-8888

10925 AMP INCORPORATED, PO BOX 8500 S-5275, PHILADELPHIA, PA 19178

10925 AMP SPECIAL INDUSTRIES, 1100 W. IRVING PARK RD., SCHAUMBURG, IL 60193

10924 AMPACET COPR HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924 AMPACET CORPORATION -, 660 WHITE PLAINS ROAD, TARRYTOWN, NY 10591-5130

10924 AMPACET CORPORATION, 125 AMPACET DRIVE, DERIDDER, LA 70634

10924 AMPACET CORPORATION, 1855 JAMES PARK WAY, HEATH, OH 43056

10924 AMPACET CORPORATION, 3701 NORTH FRUITRIDGE AVENUE, TERRE HAUTE, IN 47805

10924 AMPACET CORPORATION, 660 WHITE PLAINS ROAD, TARRYTOWN, NY 10591-5130

10924 AMP-AKZO CORP, WEST LANE, AQUEBOGUE, NY 11931

10925 AMPARO JR., RAFAEL, 4254 N 89TH ST, MILWAUKEE, WI 53222

10925 AMPE EXCAVATING INC, 2417 VONDRON ROAD, MADISON, WI 53704

10925 AMPER, MICHAEL, 6352 BELLINGHAM AVE, NO HOLLYWOOD, CA 91606

10924 AMPERE C/O SPRAY INSULATION, 3509 W. ADDISON, CHICAGO, IL 60618

10925 AMPEX BUSINESS MACHINES INC., 6400 GULF FREEWAY, HOUSTON, TX 77023

10925 AMPHENOL AEROSPACE, 40-60 DELAWARE ST, SIDNEY, NY 13838

10924 AMPHITHEATER MIDDLE SCHOOL, TUCSON, AZ 85701

10925 AMPLICA INC MICROWAVE DB, ADDRESS OFF INTERNET, NEWBURY PARK, CA

10924 AMPOLEX (USA), INC., ATTN: BOB ARCENEAUX, 1225 17TH STREET, DENVER, CO 80202

10925 AMR COMBS WORLDWIDE FLIGH, PO BOX 619025, DFW IRVING, TX 75261-9025

10925 AMR COMBS, 8001 LEMMON AVE, DALLAS, TX 75209

10925 AMR RESEARCH INC, PO BOX 5961, BOSTON, MA 02206

10925 AMR ROUCHDY, 26 GREYSTONE, POINTE-CLAIRE, QC H9R 5T7CANADA          **\*VIA Deutsche Post\***

10925 AMR SHIPPING LTD, 9 MURRAY ST, NEW YORK, NY 10007

10924 AMR TECHNOLOGIES, 121 KING STREET WEST, SITE 1740, TORONTO, ONTARIO, IT M5H          **\*VIA Deutsche Post\***
3T9TORONTO

10925 AMRECORP REALTY INC., GEN COUNSEL, 16415 ADDISON ROAD, SUITE 200 LB #6, DALLAS, TX
75248

10925 AMRHEIN, JOHN C, 1212 S GRAND AVE W, APT 111, SPRINGFIELD, IL 62704-3574

10925 AMRIKHAS-SHAUT, SWEETLANA, 3011 BROMLEY CT, WOODBRIDGE, VA 22192

10924 AMRON INTERNATIONAL, 759 WEST FOURTH AVENUE, ESCONDIDO, CA 92025

10925 AMS BUSINESS EQUIPMENT INC., 417 COMMERCIAL DRIVE, FAIRFIELD, OH 45014

10924 AMS COATING SYSTEMS INC., 16457 HIGHWAY 7 EAST, HUTCHINSON, MN 55350

10924 AMS COATING SYSTEMS INC.16457 HIGHW, ATTN PURCHASING, HUTCHINSON, MN 55350

10925 AMS COMMERCIAL MOVING SERVICE, 10001 FRANKLIN SQUARE DR., BALTIMORE, MD 21236

10925 AMS CONSTRUCTION COMPANY, INC, 1160 N. VILLA AVE., VILLA PARK, IL 60181

10925 AMS ENVIRONMENTAL INC, 3815 BORDEAUX DRIVE, HOFFMAN ESTATES, IL 60195

10924 AMS, 1620 S. MAPLE, MONTEBELLO, CA 90640

10925 AMSBAUGH, MARTY, 671 24TH ST W, 23, DICKINSON, ND 58601

10925 AMSCO SALES COR., PO BOX 632810, CINCINNATI, OH 45263-2810

10925 AMSCO SALES CORP., 1050 HOLLYDELL CT., SEWELL, NJ 08080

10925 AMSDEN, TIMOTHY, 1322 18TH ST EAST, WILLISTON, ND 58801

10925 AMSEC INTERNATIONAL, 5400 HWY 29 SUITE C-4, LILBURN, GA 30047

10925 AMSEL-DIAB, DEIRDRE, 5434 ZELZAHHH AVE, ENCINO, CA 91316

10925 AMSLER, RICHARD, 8 ACKERS TERRACE, BROOKLINE, MA 02146

10924 AMSOUTH BANK, 15051 SOUTH TAMIAMI TRAIL, FORT MYERS, FL 33908

10924 AMSOUTH SONAT, 1900 5TH AVENUE NORTH, BIRMINGHAM, AL 35203

10925 AMSPAK, PO BOX 2225, HARTSVILLE, SC 29551

10924 AMSPEC, INC., 2013 S. WOOD AVENUE, LINDEN, NJ 07036

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | AMSTAR CINEMA, 700 QUINTARD DRIVE, OXFORD, AL 36203 | |
| 10925 | AMSTERDAM COLOR WORKS INC, 1546 STILLWELL AVE, BRONX, NY 10461 | |
| 10925 | AMSTERDAM PRINTING AND LITHO, POBOX 701, AMSTERDAM, NY 12010 | |
| 10925 | AMT MACHINES INC, POBOX 101, EAST AURORA, NY 14052-0101 | |
| 10924 | AMTC, 413 PINE AVENUE, FREDERICK, MD 21701 | |
| 10924 | AMTC, 8841 STAUFFER ROAD, WALKERSVILLE, MD 21793 | |
| 10925 | AMTEC METER & EQUIPMENT CO., PO BOX 5010, SAN MARCOS, CA 92069 | |
| 10924 | AM-TECH / MBNA, 1600 JAMES NAISMITH 3RD FLOOR, OTTAWA, ON K1B 5N8TORONTO | *VIA Deutsche Post* |
| 10925 | AMTECH INTERNATIONAL INC, 2316 TIMBER SHADOWS SUITE 208, KINGWOOD, TX 77339 | |
| 10924 | AMTECO, 1100 JEFFERSON DRIVE, PACIFIC, MO 63069 | |
| 10924 | AMTECO, PO BOX 9, PACIFIC, MO 63069 | |
| 10924 | AMTRADE INTERNATIONAL, INC., 1700 NORTH DIXIE HIGHWAY/ SUITE 142, BOCA RATON, 33432PER | *VIA Deutsche Post* |
| 10924 | AMTRAK AMERICAN FLYER, HIGH SPEED RAIL MAINTENANCE FAC., SUNNYSIDE YARD, LONG ISLAND CITY, NY 11101 | |
| 10925 | AMTREX CORPORATION, 200 EAST HOWARD ST, DES PLAINES, IL 60018 | |
| 10925 | AMUNDSEN, JAMES C, 1103 W NASSAU DRIVE, PEORIA, IL 61615 | |
| 10925 | AMUNDSEN, JAMES, 1103 W. NASSAU DRIVE, PEORIA, IL 61615 | |
| 10925 | AMUNDSEN, SUSAN, 21 PROVIDENCE AVE, FALMOUTH, ME 04105 | |
| 10925 | AMV COMPUTER SERVICES, PO BOX 148, PEDRICKTOWN, NJ 08067 | |
| 10925 | AMV CONTRACT SERVICES INC, PO BOX 148, PEDRICKTOWN, NJ 08067 | |
| 10925 | AMVET, 9431 WESTPORT ROAD, PMB 406, LOUISVILLE, KY 40241-2225 | |
| 10924 | AMWAY CORPORATION - DO NOT USE, 7575 FULTON ST. EAST, ADA, MI 49355 | |
| 10924 | AMWAY CORPORATION, 7575 FULTON ST. EAST, ADA, MI 49355 | |
| 10924 | AMWAY CORPORATION, 7575 FULTON ST-E  M-21, ADA, MI 49355 | |
| 10924 | AMWAY CORPORATION, 7575 FULTON STREET EAST, ADA, MI 49355-0001 | |
| 10924 | AMWAY CORPORATION, PO BOX 513, ADA, MI 49301-0513 | |
| 10924 | AMWAY CORPORATION, PO BOX 547, ADA, MI 49301-0547 | |
| 10925 | AMX CORP, PO BOX 300111, DALLAS, TX 75303-0111 | |
| 10925 | AMY H ABERNETHY, 1412 JONES FERRY RD, CHAPEL HILL, NC 27516-9348 | |
| 10925 | AMY H HALZEL, 44 LINCOLN ST, NEEDHAM, MA 02192-2924 | |
| 10925 | AMY H WILLIS &, KENNETH T WILLIS JT TEN, 10 HOLLAND TERRACE, NEEDHAM, MA 02492-3537 | |
| 10925 | AMY J AIRGOOD &, BRUCE E AIRGOOD JT TEN, 941 GREENSBURG PIKE, EAST PITTSBURGH, PA 15112-1514 | |
| 10925 | AMY L BAJIC, 5226 S MOODY, CHICAGO, IL 60638 | |
| 10925 | AMY M STANLEY, C/O JEAN STANLEY, 3406 BLAISDELL AVE, MINNEAPOLIS, MN 55408-4315 | |
| 10925 | AMY TIMM, 9157 N DEER CT, BROWN DEER, WI 53223 | |
| 10925 | AMY VISGILIO, 600 PAGE ST, 304, SAN FRANCISCO, CA 94117-2568 | |
| 10925 | AMY, DEBRA, 591 GRAND CANYON ROAD, INMAN, SC 29349 | |
| 10925 | ANA MARIA MESSIER FERRELL, 120 CERAMIC DR, COLUMBUS, OH 43214-3004 | |
| 10925 | ANA S MAROSHEK, 8630 FENWAY RD, BETHESDA, MD 20817-2739 | |
| 10925 | ANACOMP INC, 12365 CROSTHWAITE CIRCLE, ADDRESS OFF INTERNET, PONWAY, CA 92064 | |
| 10925 | ANACOMP, INC, PO BOX 905322, CHARLOTTE, NC 28290-5322 | |
| 10925 | ANACOMP, PO BOX 7780-1236, PHILADELPHIA, PA 19182 | |
| 10925 | ANACOMP, PO BOX 7780-1236, PHILADELPHIA, PA 91982 | |
| 10925 | ANACONE, STEVEN, 30 LENOX AVE, NORWOOD, MA 02062 | |
| 10924 | ANADARKO PETROLEUM CORP., 211 NORTH ROBINSON, OKLAHOMA CITY, OK 73102 | |
| 10924 | ANAGRAPHICA, 1906 SOUTH 3850 WEST, SALT LAKE CITY, UT 84104 | |
| 10925 | ANAHEIM FIRE EXTINGUISHER CO., 1815 N BUDLONG CIRCLE, ANAHEIM, CA 92807 | |
| 10925 | ANAHEIM MARRIOTT, 700 WEST CONVENTION WAY, ANAHEIM, CA 92802-3483 | |
| 10925 | ANAHEIM VENTURE A PARTNERSHIP, THE, PO BOX 85671, LAS VEGAS, NV 89185-0671 | |
| 10925 | ANAISE, DIANE, 5 MIDHURST, SILVER SPRING, MD 20910 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ANALEX CORPORATION, 2000 AEROSPACE PARKWAY, BROOKPARK, OH 44142

10925    ANALOG DEVICES, IED ACCTS PAYABLE, NORWOOD, MA 02062

10925    ANALOG, 7910 TRIAD CTR DR, GREENSBORO, NC 27409

10924    ANALTECH, INC., 75 BLUE HEN DRIVE, NEWARK, DE 19711

10924    ANALTECH, INC., PO BOX 7558, NEWARK, DE 19714

10925    ANALYSIS GROUP ECONOMICS, FIFTH FL, CAMBRIDGE, MA 02138

10925    ANALYSIS GROUP ECONOMICS, ONE BATTLE SQUARE 5TH FL, CAMBRIDGE, MA 02138

10925    ANALYSIS RESEARCH PLANNING, 420 LEXINGTON AVE SUITE 1840, NEW YORK, NY 10170

10925    ANALYSTS INTERNATL CORP., BOX 1450 - NW 9802, MINNEAPOLIS, MN 55485

10925    ANALYTIC, INC, 1380 SEABOARD INDUSTRIAL BLVD., ATLANTA, GA 30318

10925    ANALYTICAL & RESEARCH LABS INC, 1085 ALCO ST NE, ATLANTA, GA 30324

10925    ANALYTICAL ANSWERS INC, 4 ARROW DRIVE, WOBURN, MA 01801

10925    ANALYTICAL ANSWERS, INC, 4 ARROW DRIVE, WOBURN, MA 01801

10925    ANALYTICAL CONTROLS, 3494 PROGRESS DR., BENSALEM, PA 19020

10925    ANALYTICAL DEVELOPMENT CORPORATION, 4405 N CHESTNUT ST SUITE D, COLORADO SPRINGS, CO 80907

10925    ANALYTICAL INDUSTRIAL RESEARCH, 4295 CROMWELL ROAD, SUITE 611, CHATTANOOGA, TN 37421-2177

10925    ANALYTICAL INDUSTRIES INC, 449 WEST ALLAN AVE, SAN DIMAS, CA 91773

10925    ANALYTICAL PRODUCTS GROUP, INC, 2730 WASHINGTON BLVD., BELPRE, OH 45714

10925    ANALYTICAL SENSORS, INC, 12800 PARK ONE DR., SUGAR LAND, TX 77478

10925    ANALYTICAL SERVICES INC, 110 TECHNOLOGY PKWY, NORCROSS, GA 30092

10925    ANALYTICAL TESTING CONSULTANTS INC, 301 BROOKDALE ST, KANNAPOLIS, NC 28083

10925    ANALYTICAL XRAY INSTRUMENT SALES, PO BOX 483, GOLDEN, CO 80402

10925    ANALYTICS CORP., PO BOX 791022, BALTIMORE, MD 21279-1022

10924    ANAMOSA SILO COMPANY, 8827 ESGATE, MAQUOKETA, IA 52060

10925    ANAPOL, SCHWARTZ, WEISS & SCHWARTZ, 1900 DELANCEY PLACE, PHILADELPHIA, PA 19103

10925    ANAPOLLE, VICTOR, 2493 EMORY LANE, MARIETTA, GA 30068

10925    ANASTACIO, TESSIE, 198 6TH ST, JERSEY CITY, NJ 07302

10925    ANASTASI, HELENE P, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    ANASTASI, HELENE, 25 BRIGHT ST, WALTHAM, MA 02154

10925    ANASTASI, HELENE, 25 BRIGHT ST, WALTHAM, MA 02453

10925    ANASTASIA M RYON, 5909 RYLAND DR, BETHESDA, MD 20817-2540

10925    ANASTASIA PECEVICH, ONE POWER ST, BEVERLY, MA 01915-2724

10925    ANASTASIA, PETER, 1189 SALEM ST, MALDEN, MA 02148

10925    ANASTASIA, ROBERT, 200 HILTON AVE, HEMPSTEAD, NY 11550

10925    ANASTASIADES, LYNNE, 27 CHARLES ST, WATERTOWN, MA 02172

10925    ANATOLY N PRIMAK, 1324 RINGLING AVE, JOHNSTOWN, PA 15902-3438

10925    ANAYA, CHRIS, 116 COOPER COURT, CLOVIS, NM 88101

10925    ANAYA, DAN, 2417 CAMINO AGUA, SANTA FE, NM 87505

10925    ANAYA, EMITERIA, 1800 DOUGLAS, ODESSA, TX 79765

10925    ANAYA, JOSE, 309 N GERGE MASON #4, ARLINGTON, VA 22203

10925    ANAYA, MARIO, 1012 S QUEBEC ST 37, ARLINGTON, VA 22204

10925    ANAYA, PAULA, 1364 W.139TH ST., GARDENA, CA 90247

10925    ANAYA, ROBERTO, 8847 MENLO AVE, LOS ANGELES, CA 90044

10925    ANAZA, OZOMA, 7951 15TH AVE. APT. 204, ADELPHI, MD 20783

10924    ANC INCORPORATED, 3150 SUNRISE AVENUE, LAS VEGAS, NV 89101

10924    ANCAST INCORP, 3194 DOWNLINE RD, SODUS, MI 49126

10924    ANCAST, INC., CAMBRIDGE, MA 02140

10925    ANCHONDO, SUSANA, 1007 WEST LEA, HOBBS, NM 88240

10924    ANCHOR BLOCK COMPANY, 2300 MCKNIGHT RD, NORTH SAINT PAUL, MN 55109

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    ANCHOR BLOCK COMPANY, 8201 BROOKLYN BLVD, BROOKLYN PARK, MN 55445

10924    ANCHOR BLOCK, 13450 JOHNSON MEMORIAL DR, SHAKOPEE, MN 55379

10925    ANCHOR BLOCK, 2300 MCKNIGHT ROAD N, SAINT PAUL, MN 55109

10924    ANCHOR BLOCK, 5959 BAKER RD. SUITE 390, MINNETONKA, MN 55345

10925    ANCHOR BULK SERVICE CO., PO BOX 24560, OAKLAND, CA 94623

10925    ANCHOR CHEMICAL CO., 777 ANTEBURY RD, WESTLAKE, OH 44145

10924    ANCHOR CONCRETE PROD, 975 BURNT TAVERN ROAD, BRICKTOWN, NJ 08724

10924    ANCHOR CONCRETE PRODUCTS, 100 S. FOULRIST RD., PHILLIPSBURG, NJ 08865

10924    ANCHOR CONCRETE PRODUCTS, 1913 ATLANTIC AVE., MANASQUAN, NJ 08736

10925    ANCHOR ENGRAVING CO INC, 31-00 47TH AVE, LONG ISLAND CITY, NY 11101

10925    ANCHOR EXECUTIVE CTR.- KATY, 11111 KATY FREEWAY, STE. 910, HOUSTON, TX 77079

10925    ANCHOR FENCES INC., 620 A SHEPARD DRIVE, CINCINNATI, OH 45215

10925    ANCHOR FIRE SAFETY, 217 OLD PIEDMONT HWY, GREENVILLE, SC 29605

10925    ANCHOR HOCKING DIVISION, NEWELL CO., PO BOX 600, LANCASTER, OH 43130

10924    ANCHOR HOCKING PACKAGING COMPANY, 1765 WEST FAIR AVENUE, LANCASTER, OH 43130

10924    ANCHOR HOCKING PACKAGING COMPANY, 1840 BALDRIDGE STREET, ADELAIDE, PA 15425

10924    ANCHOR HOCKING PACKAGING COMPANY, 70 SEWELL STREET, GLASSBORO, NJ 08028

10925    ANCHOR JANITORIAL SERVICES, 8616 W. PRENTICE AVE., LITTLETON, CO 80123

10925    ANCHOR JANITORIAL SERVICES, 9623 W. PRENTICE AVE., LITTLETON, CO 80123

10925    ANCHOR PACKING CO., C/O C. T. CORP. SYSTEMS, 2 OLIVER ST, BOSTON, MA 02109

10925    ANCHOR PACKING COMPANY, 3789 MAIN ST, PHILADELPHIA, PA 19127

10924    ANCHOR PLAZA, BETWEEN 116 AND 117TH STREET, ENTRANCE ON 117 STREET, 130 MALCOLM X BLVD, MANHATTAN, NY 10021

10924    ANCHOR PLAZA, BETWEEN 116 AND 117TH STREET, ENTRANCE ON 117TH STREET, 130 MALCOLM X BLVD, MANHATTAN, NY 10021

10924    ANCHOR POOLS, 6405 CALHOUN MEMORIAL HWY., EASLEY, SC 29640

10925    ANCHOR PROTECTION INC, PO BOX 14295, HUMBLE, TX 77347

10925    ANCHOR RESTAURANT SUPPLY INC, 150 VENUS ST SUITE 6, JUPITER, FL 33458-4923

10925    ANCHOR SCIENTIFIC INC., BOX 378, LONG LAKE, MN 55356

10925    ANCHOR TRUST INC, 23524 RHEA COUNTY HWY, SPRING CITY, TN 37381

10924    ANCHOR/LITH-KEM-KO, INC., 50 INDUSTRIAL LOOP NORTH, ORANGE PARK, FL 32073

10924    ANCHOR/LITH-KEM-KO, INC., PO BOX 979, ORANGE PARK, FL 32067

10924    ANCHORAGE COURTHOUSE, ANCHORAGE, AK 99501

10925    ANCHORAGE INTNL AIRPORT, PO BOX 196960, ANCHORAGE, AK 99519-6960

10924    ANCHORAGE LATHING & PLASTERING, 2828 LILY ST., ANCHORAGE, AK 99508-4771

10924    ANCHORAGE LATHING & PLASTERING, 8130 S. 216TH ST., KENT, WA 98032

10924    ANCHORAGE SAND & GRAVEL, 1040 O"MALLEY RD, ANCHORAGE, AK 99515

10924    ANCHORAGE SAND & GRAVEL, 1040 O'MALLEY RD, ANCHORAGE, AK 99515

10924    ANCHORAGE SAND & GRAVEL, 1813 E 1ST AVENUE, ANCHORAGE, AK 99515

10924    ANCIENT STONE, 1210 E. NORTHERN AVENUE, PHOENIX, AZ 85020

10925    ANCISO, ROLANDO, RT. 2, BOX 37, MERCEDES, TX 78570

10925    ANCO INDUSTRIES INC, PO BOX 83730, ADDRESS OFF INTERNET, BATON ROUGE, LA 70884-3730

10925    ANCO INSULATION CO., PO BOX 83730, 15981 AIRLINE HWY, BATON ROUGE, LA 70884-3730

10925    ANCO TESTING LABORATORY INC, 2258 GRISSOM DRIVE, SAINT LOUIS, MO 63146

10925    ANCTIL, ALBERT, 151/2 SALEM ST, NASHUA, NH 03060

10925    ANDAL, JERRY, 148 PLATT CT., VALLEJO, CA 94589

10924    ANDALE READY MIX INC, 2ND & MAGNOLIA, KS 67001

10924    ANDALE READY MIX, 430 W. 2ND STREET, ANDALE, KS 67001

10924    ANDALUSIA DEVELOPMENT COMPANY, INC., 603 N. BYPASS, ANDALUSIA, AL 36420

10925    ANDANAR, LOURDES, 136 MIDLAND AVE, GARFIELD, NJ 07026

10925    ANDATACO, POBOX 92760, LOS ANGELES, CA 90009

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ANDAYA, RAMONA, 504B LOIRE AVE, LAFAYETTE, LA 70507

10925 ANDE, HAROLD, 631 S. WALNUT CREEK, MANSFIELD, TX 76063

10925 ANDEE BOILER & WELDING, 7649 S. STATE ST, CHICAGO, IL 60619

10925 ANDERKO, JOHN, 2737 GLENMAWR AVE, PITTSBURGH, PA 15204

10925 ANDERS, C, 403 RICHBOURGH ROAD, GREENVILLE, SC 29615

10925 ANDERS, DWIGHT, 413 E HICKORY, MIDLAND, TX 79701

10925 ANDERS, EDDY, PO BOX 506S HWY, MT VERNON, TX 75457

10925 ANDERS, GLORIA, 6412 N. 107TH ST, MILWAUKEE, WI 53214

10925 ANDERS, JAMES, 402 JAMESON DR, PIEDMONT, SC 29673

10925 ANDERS, M, 1858 CASCO ST, LAKELAND, FL 33801

10925 ANDERS, REGINALD, 413 E. HICKORY, MIDLAND, TX 79705

10925 ANDERSEN CONSULTING LLP, PO BOX 70629, CHICAGO, IL 60673

10925 ANDERSEN CONSULTING LLP, PO BOX 70629, CHICAGO, IL 60673-0629

10925 ANDERSEN CONSULTING, POBOX 9151, WELLESLEY, MA 02181

10925 ANDERSEN, BENT, 3877 CROMWELL LANE, WILLIAMSBURG, VA 23188

10925 ANDERSEN, CHARLENE, 86 BARDERRY LANE, NOTTINGHAM, NH 03290

10925 ANDERSEN, DANA, 3228 OAK RIDGE DR., JOPLIN, MO 64804

10925 ANDERSEN, DENNIS, BOX 1122, MADISON, NE 68748

10925 ANDERSEN, DIANE, PO BOX 1554, PALM CITY, FL 34990

10925 ANDERSEN, HEIDI, 22317 CYNTHIA CT., HAYWARD, CA 94541

10925 ANDERSEN, LORETTA, 8 ARBOR LANE, ROSLYN HEIGHTS, NY 11577

10925 ANDERSEN, MARGRETHE BAK, SUNDBYVEJ, SUNDBY, ERSLEV MORS, PR 7950PUERTO RICO          *VIA Deutsche Post*

10925 ANDERSEN, NANCY, 1 FOX CHASE, MALVERN, PA 19355

10925 ANDERSEN, NORMA, 21 LAKE, LAKE ZURICH, IL 60047

10925 ANDERSEN, TIMOTHY, 586 TRAILRIDGE DR, BONITA, CA 91902

10925 ANDERSEN, TRAVIS, 3228 OAK RIDGE DR, JOPLIN, MO 64804

10925 ANDERSEN, TRUDIE, 22317 CYNTHIA COURT, HAYWARD, CA 94541

10925 ANDERSON & ASSOCIATES, 17 COLONIAL WAY, SHORT HILLS, NJ 07078

10925 ANDERSON & HOLLAND, 623 E 100 SOUTH, SALT LAKE CITY, UT 84102

10925 ANDERSON & KREIGER, LLP, STEPHEN D ANDERSON, ESQ, CITY OF CAMBRIDGE, 43 THORNDIKE ST, CAMBRIDGE, MA 02141-1764

10925 ANDERSON & SONS TRUCKING CO, INC, PO BOX 21419, RENO, NV 89515-1419

10924 ANDERSON A G CO INC, RAILROAD ST, WATERBURY, VT 05676

10924 ANDERSON A G CO INC., RAILROAD ST, WATERBURY, VT 05676

10925 ANDERSON AND VREELAND INC, POBOX 527, BRYAN, OH 43506

10924 ANDERSON AREA MED CTR C/O HAWKRIDGE, 800 N. FANT STREET, ANDERSON, SC 29621

10925 ANDERSON AUTO PARTS CO, INC, 312 S PENDLETON ST, EASLEY, SC 29640

10925 ANDERSON BOLDS, 24050 COMMERCE PARK, CLEVELAND, OH 44122-5838

10925 ANDERSON BOLDS, 4030 MT. CARMEL-TABASCO RD., CINCINNATI, OH 45255

10925 ANDERSON COE KING, 201 N CHARLES ST #2000, BALTIMORE, MD 21201

10924 ANDERSON CONCRETE CORP, 399 FRANK ROAD, COLUMBUS, OH 43216

10924 ANDERSON CONCRETE CORP, 400 FRANK ROAD, COLUMBUS, OH 43216

10925 ANDERSON CONCRETE CORP, POBOX 398, COLUMBUS, OH 43216-0398

10924 ANDERSON CONCRETE CORP., HAUI ROAD, COLUMBUS, OH 43207

10924 ANDERSON CONCRETE, 2917 N. DIRKSEN, SPRINGFIELD, IL 62708

10924 ANDERSON CONCRETE, P.O. BOX 3546, SPRINGFIELD, IL 62708

10924 ANDERSON CONCRETE, PO BOX 3546, SPRINGFIELD, IL 62708

10924 ANDERSON ELEMENTARY, 2800 OAKLAND AVENUE, PLANO, TX 75025

10924 ANDERSON EMERGENCY ROOM, 800 NORTH FANT, ANDERSON, SC 29621

10925 ANDERSON ENGINEERING CONSULTANTS, POBOX 4588, LITTLE ROCK, AR 72214

10925 ANDERSON ET AL., MITCHELL COUNTY, TX

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ANDERSON FIRE & SAFETY, POBOX 1265, ANDERSON, SC 29622

10925   ANDERSON FLORIST INC, 226 MOODY ST, WALTHAM, MA 02154

10925   ANDERSON FLORIST OF ARLINGTON, 280 BROADWAY, ARLINGTON, MA 02174

10925   ANDERSON FLORISTS OF ARLINGTON, 901 MASS AVE, ARLINGTON, MA 02174

10925   ANDERSON GENERAL INDUSTRIAL CONTRAC, 1531 DESOTO RD., BALTIMORE, MD 21230-1203

10925   ANDERSON HOWELL, 2029 N. 3RD ST, JACKSONVILLE BEACH, FL 32250

10925   ANDERSON III, FLOYD, 1316 CANDY DRIVE, LAKE HAVASU CITY, AZ 86404

10925   ANDERSON III, NELS, 716 JAEDUKE DRIVE, LEXINGTON, KY 40517-1939

10925   ANDERSON INDUSTRIAL PRODUCTS, INC, 598 DEMING ROAD, BERLIN, CT 06037

10925   ANDERSON JR, JAMES, 1510 RICHARD AVE., BETHLEHEM, PA 18018

10925   ANDERSON JR, KENNETH, 2734 FLICKINGER HILL, WOOSTER, OH 44691

10925   ANDERSON JR, N CALHOUN, 425 EAST CONGRESS ST, PO BOX 9886, SAVANNAH, GA 31412

10925   ANDERSON KEEVILL, BARBARA, 16 MULBERRY LANE, SWEDESBORO, NJ 08085

10924   ANDERSON MATERIALS CO., INC., 2 GUERDON ROAD, LAKE CITY, FL 32055

10924   ANDERSON MATERIALS CO., INC., ATTN:  ACCOUNTS PAYABLE, LAKE CITY, FL 32056

10924   ANDERSON MATERIALS, 2316 HIGHWAY 71, MARIANNA, FL 32448

10924   ANDERSON MATERIALS, ATTN:  ACCOUNTS PAYABLE, LAKE CITY, FL 32056-2125

10924   ANDERSON MATERIALS, EAST FLORIDA AVENUE, MACCLENNY, FL 32063

10924   ANDERSON MATERIALS, HWY 27/5MI W/BRANFORD @ CEMENT MILL, BRANFORD, FL 32008

10924   ANDERSON MATERIALS, US HWY 19 6 MILES N., CHIEFLAND, FL 32626

10924   ANDERSON MEDICAL CENTER, C/O ALPHA INSULATION, ANDERSON, SC 29625

10925   ANDERSON MILL ROAD BAPTIST CHURCH, 4455 ANDERSON MILL ROAD, MOORE, SC 29369

10925   ANDERSON PEST CONTROL, 12201 SOUTH WESTERN AVE, BLUE ISLAND, IL 60406

10925   ANDERSON PLUMBING CO, INC, 975 BROOKHAVEN DR., AIKEN, SC 29803

10925   ANDERSON PUBLISHING CO, LOCATION 00709, CINCINNATI, OH 45264-0709

10925   ANDERSON SOFT-TEACH, 983 UNIVERSITY AVE., LOS GATOS, CA 95030

10925   ANDERSON STAMP &, 211 E. STONE AVE., GREENVILLE, SC 29609

10925   ANDERSON ZEIGLER DISHAROO, PO BOX 1498, SANTA ROSA, CA 95402-1498

10925   ANDERSON, ALTHA, 112 SHILOH ROAD, VICTORIA, TX 77904

10925   ANDERSON, ANDERS, 88 WALNUT ST, NATICK, MA 01760

10925   ANDERSON, ANDRE, 3748 STATEOAK DR., DALLAS, TX 75241

10925   ANDERSON, ANN MARIE, 941 SW 80 AVE, N. LAUDERDALE, FL 33068

10925   ANDERSON, ANNETTE, 1456 STATE ROAD 78, MOUNT HOREB, WI 53572

10925   ANDERSON, ANTONIO, 5932 SAINT REGIS, BALTIMORE, MD 21206

10925   ANDERSON, ARLITA, 3639 MC CORKLE RD, MEMPHIS, TN 38116

10925   ANDERSON, ARVID, 3310 BENSON AVE., 227, BALTIMORE, MD 21227

10925   ANDERSON, B, 3223 CLAIBORNE FARM COVE, GERMANTOWN, TN 38138

10925   ANDERSON, BARBARA ANN, 26891 FALLING LEAF DR, LAGUNA HILLS, CA 92653-7536

10925   ANDERSON, BARBARA LEE, 26891 FALLING LEAF DR, LAGUNA HILLS, CA 92653-7536

10925   ANDERSON, BARRY, 209 CHILDRESS CIRCLE, GREENVILLE, SC 29611

10925   ANDERSON, BENITA, 203 CANTONGATE RD, TARBORO, NC 27886

10925   ANDERSON, BERTHA, 800 GENTRY WAY, #26, RENO, NV 89502

10925   ANDERSON, BETH, 218 SOUTH MAIN ST, LARRABEE, IA 51029

10925   ANDERSON, BOBBY, 131 W. HYDE PARK BLV, INGLEWOOD, CA 90302

10925   ANDERSON, BOBBY, 712 BELMONT, GARLAND, TX 75040

10925   ANDERSON, BRAD, 170 SHADY LANE, 8, SOLDOTNA, AK 99669

10925   ANDERSON, BRETT, 6505 WESTHEIMER #333, HOUSTON, TX 77057

10925   ANDERSON, BRIAN, 312 MILAN COURT, SCHAUMBURG, IL 60193

10925   ANDERSON, BRUCE W, 16 MAYFLOWER LA, S YARMOUTH MA, MA 02664

10925   ANDERSON, BRUCE, 900 FRANGI PANI DRIVE, BAREFOOT BAY, FL 32976

10925   ANDERSON, CALVIN, 9346 CORNSHOCK COURT, COLUMBIA, MD 21045

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ANDERSON, CAROL, 938 B ANNAPOLIS RD., GAMBRILLS, MD 21054

10925 ANDERSON, CAROLYN, 202 PARK AVE, PATERSON, NJ 07501

10925 ANDERSON, CATHERINE, 5111 ALCOTT DR, COLUMBIA, SC 29203

10925 ANDERSON, CELIA, PO BOX 6207, SPARTANBURG, SC 29304

10925 ANDERSON, CHARLES, 2341 STANFORD ROAD, GREER, SC 29651

10925 ANDERSON, CHARLES, 483 LORDS LANE, LAWRENCEVILLE, GA 30245

10925 ANDERSON, CHRISTINE, 115 E STRASMA, KANKAKEE, IL 60901

10925 ANDERSON, CLICE, PO BOX 720238, JACKSON, MS 39272

10925 ANDERSON, CLIFFORD, 5414 S CHRISTIANA, CHICAGO, IL 60632

10925 ANDERSON, CYNTHIA, 2703 GIBBONS AVE, BALTIMORE, MD 21214

10925 ANDERSON, DALE, 3509 N GOLDER, 605, ODESSA, TX 79764

10925 ANDERSON, DAMON, 3627 CHOKECHERRY LANE, INDIANAPOLIS, IN 46236

10925 ANDERSON, DANNY, BOX 1021, CARNEGIE, OK 73015

10925 ANDERSON, DARLA, 5219 E. SLOPE, ANA, TX 79108

10925 ANDERSON, DARLEAN, 500 S. DOBSON AVE, BAY MINETTE, AL 36507

10925 ANDERSON, DARNELL, 37 HOLIDAY ST, DORCHESTER, MA 02122

10925 ANDERSON, DAVID, 13211 AUTUMN VALLEY DRIVE, CYPRESS, TX 77429

10925 ANDERSON, DAVID, 26 CHATWOOD CT, SIMPSONVILLE, SC 29681

10925 ANDERSON, DAVID, PO BOX 2344, FARMINGTON, NM 87499

10925 ANDERSON, DEANNA, 4805 BRANDON LA, BELTSVILLE, MD 20705

10925 ANDERSON, DEBORAH, 2424 MEMPHIS ST, PHILADELPHIA, PA 19125

10925 ANDERSON, DEBRA, 1827 PISGAH RD, N.AUGUSTA, SC 29841

10925 ANDERSON, DENNIS, 204 FRONT ST, ATLANTIC, IA 50022

10925 ANDERSON, DONNA, PO BOX 311, LAKE VILLAGE, IN 46349

10925 ANDERSON, DORIS, 919 SILVERLEAF ROAD, CHARLOTTE, NC 28217

10925 ANDERSON, DUANE, 1503 TERESA DRIVE, ATLANTIC, IA 50022-2561

10925 ANDERSON, E, 25102STANFORD, DEARBORN, MI 48125

10925 ANDERSON, EARL, CUST FOR DAVID E ANDERSON, UNIF GIFT MIN ACT WA, C/O DAVID E
ANDERSON, 1212 NORTH G ST, TACOMA, WA 98403-2520

10925 ANDERSON, EDWARD, 211 ATLANTIC ROAD, GLOUCESTER, MA 01930

10925 ANDERSON, EDWARD, 808 MEMORIAL DRIVE, CAMBRIDGE, MA 02134

10925 ANDERSON, ELIZABETH, 8113 IRISH DR., N. RICHLAND HILLS, TX 76180

10925 ANDERSON, ELNER, 213 GAP CREEK RD., DUNCAN, SC 29334

10925 ANDERSON, ERIKA, 1042 NW 80TH TERR, PLANTATION, FL 33324

10925 ANDERSON, ERNEST, 1588 CURRIE DRIVE, SULPHUR, LA 70665

10925 ANDERSON, EUGENE, 4606 GOLDFINCH DRIVE, MADISON, WI 53714

10925 ANDERSON, EVELYN, 464 WEST 4TH ST, PLAINFIELD, NJ 07060

10925 ANDERSON, EZRA, 1906 S LAWNDALE, CHICAGO, IL 60623

10925 ANDERSON, FELICIA, 108 GOODWIN BRIDGE RD, TRAVELER REST, SC 29690

10925 ANDERSON, FLETCHER, 752 FAIRFIELD LAKE DRIVE, CHESTERFIELD, MO 63017

10925 ANDERSON, FLORA, 6235 SPRINGHILL DR APT 204, GREENBELT, MD 20770

10925 ANDERSON, FORREST, 915 SCHIRRA DRIVE, PALATINE, IL 60067

10925 ANDERSON, G EMORY, 3137 BOURBON ST., ROCKWALL, TX 75032

10925 ANDERSON, G EMORY, 3137 BOURBON ST., ROCKWALL, TX 75087

10925 ANDERSON, GAIL, 5086 BRADBURY DR, SYRACUSE, NY 13215

10925 ANDERSON, GARY, 301 E. CONANT ST, PORTAGE, WI 53901

10925 ANDERSON, GARY, 600 1ST ST. SW, BEACH, ND 58621

10925 ANDERSON, GEORGE JR, 1553 W. 91ST ST, CHICAGO, IL 60620

10925 ANDERSON, GEORGE, 302 9TH AVE, HIAWATHA, IA 52233

10925 ANDERSON, GILBERT, 22570 NORMAN ST, ALLIANCE, OH 44601-3440

10925 ANDERSON, GLENDORIS, 1022 DALE HOLLOW DR., INDIANPOLIS, IN 46229

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ANDERSON, GUY, 6404 MELLOW WINE WAY, COLUMBIA, MD 21044

10925   ANDERSON, GUY, 7500 GRACE DR., COLUMBIA, MD 21044

10925   ANDERSON, HARVEY, 3023 CHAMBERLAYNE AV, RICHMOND, VA 23227

10925   ANDERSON, HENRY, 519 BAY DALE COURT, ARNOLD, MD 21012-2352

10925   ANDERSON, HERBERT, 8870 SODA BAY ROAD, KELSEYVILLE, CA 95451

10925   ANDERSON, ILER, PO BOX 262, BRICELYN, MN 56014

10925   ANDERSON, J, 33 NELSON ST., DORCHESTER, MA 02124

10925   ANDERSON, JACK, 1 WANDFLOWER COURT, SIMPSONVILLE, SC 29680

10925   ANDERSON, JACQUELINE, 7928 GRAPEVIEW BLVD, LOXAHATCHEE, FL 33470

10925   ANDERSON, JADE, 120-39 164TH ST, JAMAICA, NY 11434

10925   ANDERSON, JAMES DREW, 6250 E LONG CIRCLE SOUTH, ENGLEWOOD, CO 80112

10925   ANDERSON, JAMES DREW, 6250 E. LONG CIRCLE S, ENGLEWOOD, CO 80112

10925   ANDERSON, JAMES, 112 SHILOH, VICTORIA, TX 77904

10925   ANDERSON, JAMES, 125 SHADOW LANE, LAKELAND, FL 33813

10925   ANDERSON, JAMES, 163 HARCOURT, SAN ANTONIO, TX 78223

10925   ANDERSON, JAMES, 1701 FRANCES PLACE, MONROE, LA 71201

10925   ANDERSON, JAMES, 2021 ELMER, HOUSTON, TX 77019

10925   ANDERSON, JAMES, 202B ASHLEY LANE, LAURENS, SC 29360

10925   ANDERSON, JAMES, 209 AUTUMN RD, GREER, SC 29650

10925   ANDERSON, JAMES, 600 LIONS CLUB RD., MABLETON LODGE, MABLETON, GA 30059

10925   ANDERSON, JAMES, 619 DOUGLAS DR., HOUMA, LA 70360

10925   ANDERSON, JAMES, 656 COMMERCE ST, GRETNA, LA 70056

10925   ANDERSON, JAMES, PO BOX 1254, DE FUNIAK, FL 32433

10925   ANDERSON, JAMES, PO BOX 513, ZWOLLE, LA 71486

10925   ANDERSON, JAMIE, 713 SUGAR HILL, LAPORTE, TX 77571

10925   ANDERSON, JANE ELIZABETH, 711 E MILWAUKEE ST, JANESVILLE, WI 53545

10925   ANDERSON, JANE, RR1 BOX 182, ST ANNE, IL 60964

10925   ANDERSON, JANET, 4132 N 45TH PLACE, PHOENIX, AZ 85018

10925   ANDERSON, JASON, 1009 BILLS DRIVE, KILGORE, TX 75662

10925   ANDERSON, JASON, 4118 CYPRESS SPRINGS, ARLINGTON, TX 76017

10925   ANDERSON, JENNIFER, 213 N CONTENTENA ST, FARMVILLE, NC 27828

10925   ANDERSON, JENNIFER, 5 SHINLEAF DRIVE, GREENVILLE, SC 29615

10925   ANDERSON, JERRY, 28160 PINE DRIVE, EVERGREEN, CO 80439

10925   ANDERSON, JILL, 1332 W. ROBINSON AVE, FRESNO, CA 93705

10925   ANDERSON, JOAN, 732 9TH ST, DE PERE, WI 54115

10925   ANDERSON, JOANN, 280 SYPHRIT RD, WELLFORD, SC 29385

10925   ANDERSON, JOHN, 104 DAIL ST, LAURENS, SC 29360

10925   ANDERSON, JOHN, 1289 WATERFORD GRN TRAIL, MARIETTA, GA 30068

10925   ANDERSON, JOHN, 206 4TH ST NORTH, NORTHWOOD, IA 50459

10925   ANDERSON, JOHN, 4220 SCARLET SAGE COURT, ELLICOTT CITY, MD 21042

10925   ANDERSON, JOHN, RT. 2, BOX 32A, BONDUEL, WI 54107

10925   ANDERSON, JOHNIS, 5666 BRENDON WAY PKWY, APT. C, INDIANAPOLIS, IN 46226

10925   ANDERSON, JR, HARRY, 205 LINCOLN AVE, GLEN BURNIE, MD 21061

10925   ANDERSON, JUDY, 5370 S.E. 29TH PL, OCALA, FL 34471

10925   ANDERSON, JUNE, 553 U.S. HWY RT. 22 WEST, HILLSIDE, NJ 07205

10925   ANDERSON, KATHERINE, 1560 MT VERNON RD SE, CEDAR RAPIDS, IA 52403

10925   ANDERSON, KATHIE, ROUTE 2 BOX 144, ATLANTIC, IA 50022

10925   ANDERSON, KEITH, 320 OLE COLONY RD., LAFAYETTE, LA 70506

10925   ANDERSON, KENDALL, 5205 WILDWOOD DR, WICHITA FALLS, TX 76302

10925   ANDERSON, KENNETH, 2992 HARBOR WINDS DRIVE, SUAMICO, WI 54173

10925   ANDERSON, KENNETH, 6586 LONGFELLOW DR, BUENA PARK, CA 90620

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ANDERSON, KERRY, 13917 DRAKEWOOD DR., SUGAR LAND, TX 77478

10924    ANDERSON, KILL, OLICK & OSHINSKY, 666 THIRD AVE, NEW YORK, NY 10017

10925    ANDERSON, KIM, 2865 EAST SHORE DR, GREEN BAY, WI 54302

10925    ANDERSON, KIMELA, 4513 N HARTMAN DRIVE, INDIANAPOLIS, IN 46226

10925    ANDERSON, KORIN, 56 SEAVER ST, NORTH EASTON, MA 02356

10925    ANDERSON, LAINE, PO BOX 617, ENCAMPMENT, WY 82325

10925    ANDERSON, LARRY, 813 CAMELOT DR, MOORE, OK 73160

10925    ANDERSON, LARRY, PO BOX 74, FOX, OK 73435

10925    ANDERSON, LAURA, 2210 PARKER ROAD, LAKELAND, FL 33803

10925    ANDERSON, LAURIE, 61 ELM ST BOX 401, NORTH EASTON, MA 02356

10925    ANDERSON, LAVERN, 5527 MANDAN ST., ZEPHYRHILLS, FL 33541

10925    ANDERSON, LINDA, 4220 SCARLET SAGE CT, ELLICOTT CITY, MD 21042-5955

10925    ANDERSON, LISA, 5948 N PARENT, WESTLAND, MI 48185

10925    ANDERSON, LORETTA, 197 N CLECELAND, I, BRADLEY, IL 60915

10925    ANDERSON, M, 2591 BOREN DRIVE, SAN JOSE, CA 95121

10925    ANDERSON, MADELINE, 303 HWY 1225, NATCHITOCHES, LA 71457

10925    ANDERSON, MALLIE, RT. 3, BOX 167-J, NATCHITOCHES, LA 71457

10925    ANDERSON, MARGARET, 1208 JUNIPER ST, SALISBURY, NC 28146

10925    ANDERSON, MARIA, 300 SULPHUR SPRINGS ROAD, F8, GREENVILLE, SC 29611

10925    ANDERSON, MARJORIE A, CUST FOR KATHERINE M ANDERSON, UNDER THE MA UNIF TRAN MIN ACT, 131 PINE ST, TEWKSBURY, MA 01876-3732

10925    ANDERSON, MARJORIE A, CUST FOR MARIE E ANDERSON, UNDER THE MA UNIF TRAN MIN ACT, 131 PINE ST, TEWKSBURY, MA 01876-3732

10925    ANDERSON, MARJORIE, 9804 NICHOLAS STR., 120, OMAHA, NE 68114-2159

10925    ANDERSON, MARK, 1439 N OVERLAND TRAIL, FORT COLLINS, CO 80521

10925    ANDERSON, MARK, 2717 MILLER CT, WICHITA FALLS, TX 76308

10925    ANDERSON, MARLENE, 2614 S CLEVELAND, SIOUX CITY, IA 51106

10925    ANDERSON, MARTIN, 7123 FLOWSSTORE ROAD, CONCORD, NC 28025

10925    ANDERSON, MICHAEL, 4029 GOSSETT, WICHITA FALLS, TX 76308

10925    ANDERSON, MICHAEL, 812 HARRIS BRIDGE RD, WOODRUFF, SC 29388

10925    ANDERSON, MICHELLE, 306 NW 3RD, ANDREWS, TX 79714

10925    ANDERSON, MISHAY, 126 GRAY ST, LAURENS, SC 29360

10925    ANDERSON, NANCY, 2320 FRTLAND BLVD SW, CEDAR RAPIDS, IA 52404

10925    ANDERSON, NANCY, 32 FREMONT ST, BLOOMFIELD, NJ 07003-3427

10925    ANDERSON, NICOLE, 5211 BRENTWOOD RD, COLLEGE PARK, GA 23504

10925    ANDERSON, NONA, 27 FREDRICK, LEMMON VALLEY, NV 89506

10925    ANDERSON, OPAL, 38667 BELOIT ST, FREMONT, CA 94536-6801

10925    ANDERSON, ORVILLE A, 6620 SOUTH 33RD ST, MCALLEN, TX 78503

10925    ANDERSON, P, 527 GLENMORE#B, BATON ROUGE, LA 70806

10925    ANDERSON, PAMELA, 1174 CEDAR AVE, SHADYSIDE, MD 20764

10925    ANDERSON, PATRICIA, 1809 E MARION, SHOREWOOD, WI 53211

10925    ANDERSON, PATRICIA, 2009 HIGHLAND AVE., WILMETTE, IL 60091

10925    ANDERSON, PATRICIA, 3320 QUALE LAKE VILL, NORCROSS, GA 30093

10925    ANDERSON, PATRICIA, 5 WASHINGTON ST, READING, MA 01867

10925    ANDERSON, PAUL, 204 14TH ST, BROOKLYN, NY 11215

10925    ANDERSON, PAUL, 5509 BROOKDALE AVE, OAKLAND, CA 94603

10925    ANDERSON, PEGGY, 1818 S 5TH ST, JACKSONVILLE, FL 32250

10925    ANDERSON, PHILIP, 12 BROOKWOOD LANE, PONTIAC, MI 48340

10925    ANDERSON, PRISCILLA, 409 N. PAPAYA CR., BAREFOOT BAY, FL 32976

10924    ANDERSON, QUINN WYLAND, YOST & SCAN, 811 GATEHOUSE RD, FALLS CHURCH, VA 22047

10925    ANDERSON, RACHEL, RT 1, BOX 258, COMMERCE, GA 30529

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  ANDERSON, RAYMOND L, 921 19TH ST SO, WISCONSIN RAPIDS, WI 54494-5134

10925  ANDERSON, RICHARD, 38595 BECKET TERRACE, FREMONT, CA 94536

10925  ANDERSON, ROBERT, 1606 WADDELL DRIVE, ATLANTIC, IA 50022-2661

10925  ANDERSON, ROBERT, 215 FIELDCREST LANE, SPARTANBURG, SC 29301

10925  ANDERSON, ROBERT, 7077 SANDIMARK PLACE, WESTERVILLE, OH 43081

10925  ANDERSON, ROBERT, 8689 DOVERBROOK DR, PALM BEACH GARDEN, FL 33410

10925  ANDERSON, ROBERT, RT 3, BOX 446 - E-9, VILLE PLATTE, LA 70586

10925  ANDERSON, ROBIN, EAST 7616 MAXWELL, SPOKANE, WA 99212

10925  ANDERSON, ROBYN, 2920 CREEKWOOD DR., SNELLVILLE, GA 30278

10925  ANDERSON, ROGER, 3800 COLLINS RD, OAKLAND, MI 48363

10925  ANDERSON, RONALD, 702 EAST 45TH, SHAWNEE, OK 74801

10925  ANDERSON, RONALD, 7655 E SPOUSE, C, PRESCOTT VALLEY, AZ 86314

10925  ANDERSON, RONDELINE, 21 HALLOWELL ST #1, MATTAPAN, MA 02126

10925  ANDERSON, RUSSELL, 53244 745TH ST, ANITA, IA 50020-8957

10925  ANDERSON, S L MARIE, 212 MILLARD AVE., FOX RIVER GROVE, IL 60021

10925  ANDERSON, S, 621 ACADEMY LN, SOUTH HILL, VA 23970-2234

10925  ANDERSON, SANDRA, RT 5 BOX 474, MARION, VA 24354

10925  ANDERSON, SCOTT, RR1 BOX 94, STANLEY, ND 58784

10925  ANDERSON, SERITA, 139 GLENWOOD AVE, HYDE PARK, MA 02136

10925  ANDERSON, SHEILA, 340 WHITE ST, LAKE CHARLES, LA 70601

10925  ANDERSON, SHERYL, 308 S MAIN, ELECTRA, TX 76360

10925  ANDERSON, SHERYL, 607 E GLISSON, ELECTRA, TX 76360

10925  ANDERSON, SONYA, 1 LAKE ST, W.PEABODY, MA 01960

10925  ANDERSON, SR, JASON, 3211 ECHODALE AVE., BALTIMORE, MD 21214

10925  ANDERSON, SR, RODNEY, 4013 HILTON RD., BALTIMORE, MD 21215

10925  ANDERSON, STANLEY, 112 JAMES CREEK PT, EASLEY, SC 29640-8739

10925  ANDERSON, STEPHANIE, 28 HUTCHINSON ST, CAMBRIDGE, MA 02138

10925  ANDERSON, STEPHANIE, 2926 BROKEN BOUGH, ABILENE, TX 79606

10925  ANDERSON, THOMAS V, 7237 E GAGE AVE, LOS ANGELES, CA 90040

10925  ANDERSON, THOMAS, 12539 MC GEE DRIVE, WHITTIER, CA 90606

10925  ANDERSON, THOMAS, 4308 BOWLING BLVD, LOUISVILLE, KY 40207

10925  ANDERSON, THOMAS, 8305 KY 56, OWENSBORO, KY 42301

10925  ANDERSON, THYONNIA, 2341 OVERLOOK RD, AUGUSTA, GA 30906

10925  ANDERSON, TWYLA, 1261 E. WASHINGTON, ESCONDIDO, CA 92027

10925  ANDERSON, VERONICA, 5146 COSBY, HOUSTON, TX 77021

10925  ANDERSON, VERTLIEB, 835 GRANVILLE ST, VANCOUVER, BC V6Z 1K7CANADA          *VIA Deutsche Post*

10925  ANDERSON, W, 401 GOLDEN LEAF LANE, SIMPSONVILLE, SC 29681

10925  ANDERSON, WADE M, 534 250TH ST, WOODVILLE, WI 54028

10925  ANDERSON, WADE, 534 250TH ST, WOODVILLE, WI 54028

10925  ANDERSON, WALTER, 1238 CROSS ANCHOR RD, WOODRUFF, SC 29388

10925  ANDERSON, WAYNE, 114 WEST SECOND ST, LAKELAND, FL 33805

10925  ANDERSON, WAYNE, 16916 LANGLAND RD, PFLUGERVILLE, TX 78660

10925  ANDERSON, WESLEY, 1106 N VERNE, ROCKPORT, TX 78382

10925  ANDERSON, WILLIAM, 2 SOUTH UNION BOX 408, URBANA, IA 52345

10925  ANDERSON, WILLIAM, 26971 FALLING LEAF DR, LAGUNA HILLS, CA 92653

10925  ANDERSON, WILLIAM, 4125 FINCH CT. NE, CEDAR RAPIDS, IA 52402

10925  ANDERSON, WILLIAM, 5 SHINLEAF DRIVE, GREENVILLE, SC 29615-4406

10925  ANDERSON, WILLIAM, 816 HARRIS BRIDGE RD, WOODRUFF, SC 29388

10925  ANDERSON, WILLIE, 3575 GAYLORD PLACE, MONTGOMERY, AL 36105

10925  ANDERSON, YVONNE, 5958 OVERHILL DR., LOS ANGELES, CA 90043

10924  ANDERSON-COTTNWD CNCT PDT, WILLIAM LANE, COTTONWOOD, CA 96022

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ANDERSON-COTTONWOOD CONCRETE, 3119 TRADE WAY, COTTONWOOD, CA 96022

10924    ANDERSON-COTTONWOOD CONRETE, WILLIAM LANE, COTTONWOOD, CA 96022

10925    ANDERSON-MARION, TERRY, 8835 WILLACY COURT, HOUSTON, TX 77064

10924    ANDERSON-MCGRIFF CO, 1335 MARRIETTA BLVD, ATLANTA, GA 30318

10925    ANDERSONS RAILCAR REPAIR SHOP, PO BOX 119, MAUMEE, OH 43537-0119

10925    ANDERSONS RAILCAR, PO BOX 71101, CHICAGO, IL 60694-1101

10925    ANDERSONS, THE, PO BOX 71101, CHICAGO, IL 60694-1101

10925    ANDERSON-VERE, P, 14410 DICKENS ST #4, SHERMAN OAKS, CA 91423

10925    ANDERTON, AREN G, 961 NW 9 COURT, BOCA RATON, FL 33486-2213

10925    ANDERTON, AREN G, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925    ANDERTON, AREN, 961 NW 9TH COURT, BOCA RATON, FL 33486

10925    ANDERTON, DARIN, RT. 1, BOX 432, GOLDEN MEADOW, LA 70357

10925    ANDERTON, JANET, 3008 AVE K, WICHITA FALLS, TX 76309

10924    ANDES CHEMICAL, 10850 N.W. 30TH STREET, MIAMI, FL 33172

10924    ANDES CHEMICALS, 10850 N.W. 30TH STREET, MIAMI, FL 33172

10925    ANDES, MELANIEE, 1541 WALT ARNEY RD, LENOIR, NC 28645

10925    ANDESON-HAYE, S, RT 4 SUMMERPLACE, MARTINEZ, GA 30907

10925    ANDING, JAMES, ROUTE 4, BOX 113-C, BROOKHAVEN, MS 39601

10925    ANDINO, ANA, COND MONTE REAL 18A, EXP TRUJILLO ALTO, PR 00976

10925    ANDINO, LOUIS, 259 N 7TH ST, NEWARK, NJ 07107

10925    ANDINO, SONIA, CALLE 4 H-39 SIERRA LINDA, BAYAMON, PR 00957

10925    ANDON SPECIALTIES INC., 1215 POST OAK RD., STE. #2, SULPHUR, LA 70663

10925    ANDON SPECIALTIES, INC, PO BOX 890661, DALLAS, TX 75389-0661

10925    ANDOVER COMMUNICATIONS INC, 500 W CUMMINGS PARK, WOBURN, MA 01801

10925    ANDOVER COMMUNICATIONS INC, 500 WEST CUMMINGS PARK, WOBURN, MA 01801-1039

10925    ANDOVER COMMUNICATIONS, 500 WEST CUMMINGS PARK, WOBURN, MA 01801

10925    ANDOVER CONTROLS, 300 BRICKSTONE SQUARE, ANDOVER, MA 01810

10925    ANDOVER COUNTRY CLUB INC, 60 CANTERBURY ST, ANDOVER, MA 01810

10924    ANDOVER HARVARD THEOLOGICAL LIBRARY, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062

10924    ANDOVER HIGH SCHOOL, 603 EAST CENTRAL, ANDOVER, KS 67002

10925    ANDRADA, HERLINA, 2861 BRIGE HILL DR, GRAND PRAIRIE, TX 75052

10925    ANDRADE, ANGELA, 120 MIDDLEBORO ROAD, E. FREETOWN, MA 02717

10925    ANDRADE, ANTONIO, 33 KING AVE, TAUNTON, MA 02780

10925    ANDRADE, ARSENIO, 79 BRENTWOOD AVE, BROCKTON, MA 02402

10925    ANDRADE, CAIO, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    ANDRADE, DORA A M, 1400 S HOUSTON, AMARILLO TX, TX 79102

10925    ANDRADE, EUSTORGIO, 6050 OAKLAND HILLS DRIVE, 1019, FT WORTH, TX 76112

10925    ANDRADE, ISABEL, 10045 ALCAN, EL PASO, TX 79924

10925    ANDRADE, JOSEPH, 38 LAWSBROOK ROAD, ACTON, MA 01720-5310

10925    ANDRADE, KELLY, 109 PROSPECT HILL ST, TAUNTON, MA 02780

10925    ANDRADE, MICAELA, 16326 CLAY PIGEON CT, MISSOURI CITY, TX 77489

10925    ANDRADE, RAUL, 7120 CANYON RD., EL PASO, TX 79912

10925    ANDRADE, RUBEN, 8602-12 RAMONA ST., BELLFLOWER, CA 90706

10925    ANDRADE, SAN, 105 ALAMO, HEREFORD, TX 79045

10925    ANDRADE, VALERIE, 109 FOSTER ST, BROCKTON, MA 02401

10925    ANDRAS, RANDY, 434 ADAMS ST, RACELAND, LA 70394

10925    ANDRE LAMARCHE, 2012 BROADWAY ST, SAN FRANCISCO, CA 94115-1588

10925    ANDRE, ANDRES, 1216 E. HELMER, PHARR, TX 78577

10925    ANDRE, PAUL, R R 1 NORTH BOX 114H, WILLISTON, ND 58801

10924    ANDREA ELECTRIC SUPPLY CO., 351 WEST ROUTE 59, NANUET, NY 10954

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ANDREA FABER, 4717 N GALEN RD, HARRISBURG, PA 17110-3237

10925   ANDREA H BAKER &, JAMES W BAKER SR JT TEN, 15 N COLTS NECK WAY, HOCKESSIN, DE 19707-9789

10925   ANDREA KUHL, 7221 W PARKLAND CT, MILWAUKEE, WI 53223

10925   ANDREA LOMBARDO, C/O CHARLES & TANYA TABAK, 6 CROMWELL DR, CONVENT STATION, NJ 07960-4602

10925   ANDREA OLSON, 460 COUNTY RD 579, MILFORD, NJ 08848-2130

10925   ANDREA PETKIEWICH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   ANDREA S VAPAA AS CUSTODIAN FOR, JACQUELINE S PASTORE UNDER THE, NEW JERSEY UNIFORM GIFTS TO, MINORS ACT, 36 S CLIFFE DR WYCLIFFE, WILMINGTON, DE 19809-160

10925   ANDREA S VAPAA AS CUSTODIAN FOR, ZACHARY SORENSEN PASTORE UNDER, THE NEW JERSEY UNIFORM TRANSFERS, TO MINORS ACT, WYCLIFFE, 36 S CLIFFE DR, WILMINGTON, DE 19809-1601

10925   ANDREA TOTH, 460 COUNTY RD 579, MILFORD, NJ 08848-2130

10925   ANDREA TOWERS ROHALY, 235 MERRITT DR, ROSWELL, GA 30076-3937

10925   ANDREA WEINSTEIN &, JEFFREY WEINSTEIN JT TEN, 78 TALL OAKS DR, E BRUNSUIK, NJ 08816-3433

10925   ANDREAS PANTELI, 194 PINEWOOD AVE, STATEN ISLAND, NY 10306-1820

10925   ANDREAS, WILLIAM, 38S, RIVER ST, WATERLOO, NY 13165

10925   ANDREASEN, STEVEN, 31508 BEAVER HOMES ROAD, RAINIER, OR 97048

10925   ANDREJAK, RONALD, 745 SHORE DRIVE, JOPPA, MD 21085

10925   ANDREOTTI PHARMACY INC, 574 WASHINGTON ST, CANTON, MA 02021

10925   ANDRES FLOREZ, CALLE 7 OESTE N 2-63, SANTA TERESITA,

10925   ANDRES PEEKNA, 265 COE RD, CLARENDON HILLS, IL 60514-1029

10925   ANDRESEN, CATHLEEN, 6727 W. IRVING PARK, 2A, CHICAGO, IL 60634

10925   ANDRESEN, MARGARET, 2002 SAN SEBASTIAN, HOUSTON, TX 77058

10925   ANDRESON, KERRY, 160 BLEECKER, NEW YRK, NY 10012

10925   ANDRESS ENGINEERING ASSOC, INC, DRAWER 153, PO BOX 830769, BIRMINGHAM, AL 35283-0769

10925   ANDRESS ENGINEERING ASSOCIATES INC., PO BOX 830769, BIRMINGHAM, AL 35283-0769

10925   ANDRESS ENGINEERING, PO BOX 480, CONYERS, GA 30207-0480

10925   ANDRESS, LYNDA, 6515 E. 46TH ST, TULSA, OK 74145

10925   ANDRESS, MICHAEL, 8714 COUNTY LINE ROAD, LITHIA, FL 33547

10925   ANDREU ALICEA, FLOR, CONDOMINIO MONTE BELAPT #4D, SANGERMAN, PR 00683

10925   ANDREW A CASTIGLIONE &, E SUSAN CASTIGLIONE JT TEN, 536 ANNESLIE RD, BALTIMORE, MD 21212-2009

10925   ANDREW A KAFALAS, 223 MERRIMAC ST, NEWBURYPORT, MA 01950-2229

10925   ANDREW ANSALDO & ROSE ANSALDO, TR UA OCT 19 93 ANDREW ANSALDO &, ROSE ANSALDO TRUST, 1647 CHERRY GROVE, SAN JOSE, CA 95125-5510

10925   ANDREW ANTENNA COMPANY LTD, 606 BEECH ST, WHITBY, ON L1N 5S2CANADA        **\*VIA Deutsche Post\***

10925   ANDREW B CAMPBELL, PO BOX 270024, WEST HARTFORD, CT 06127-0024

10925   ANDREW B GANAHL, 4051 CROWN RANCH RD, CORONA, CA 92881-4714

10925   ANDREW B GANAHL, 4051 CROWN RANCH ROAD, CORONA, CA 91719-4714

10925   ANDREW B. CAMPBELL LOCK & SAFE, 337 HIGHLAND AVE., WESTVILLE, NJ 08093

10925   ANDREW BARANICH, 106 SIEGFRIED DR, WILLIAMSVILLE, NY 14221-4460

10925   ANDREW BOBBY MCADA &, VICKI LYNN MCADA TEN COM, 4604 WOODFIELD DR, ARLINGTON, TX 76016-5539

10925   ANDREW C ROBINSON, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   ANDREW CAMPBELL LOCK & SAFE, 337 HIGHLAND AVE, WESTVILLE, NJ 08093

10925   ANDREW CLINCHY VILA &, NANCY J VILA JT TEN, 9050 N PELHAM PKWY, MILWAUKEE, WI 53217-1855

10924   ANDREW CORP., 10500 W 153RD STREET, ORLAND PARK, IL 60462

10924   ANDREW CORP., 8430 ROVANA CIRCLE, SACRAMENTO, CA 95828

10925   ANDREW CORPORATION, 10500 WEST 153RD ST, ORLAND PARK, IL 60462

10924   ANDREW CORPORATION, 32 DART ROAD, NEWNAN, GA 30265

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ANDREW D ARMINGTON, 7070 SOUTH LANE, WAITE HILL, OH 44094-9388 | |
| 10925 | ANDREW D REBAK, 820 MINSI TRAIL, FRANKLIN LAKES, NJ 07417-2214 | |
| 10925 | ANDREW F KEHOE & ANN MARIE, KEHOE JT TEN, 18 GRANDVIEW RD, CHELMSFORD, MA 01824-1203 | |
| 10925 | ANDREW G THAILING, 12443 S W 30TH ST, MIAMI, FL 33175-0000 | |
| 10925 | ANDREW GORDON, 2518 MARLBOROUGH, CAMBRIA, CA 93428-4447 | |
| 10925 | ANDREW J LAZOR &, KATHRYN LAZOR TEN COM, 2410 12TH AVE, MILTON, WA 98354-8921 | |
| 10925 | ANDREW J WARNER, 3453 LAKEWOOD SHORES DR, HOWELL, MI 48843-7876 | |
| 10925 | ANDREW LEE BROWN, 1623 WEST COLUMBIA, APT 2K, CHICAGO, IL 60626-4121 | |
| 10925 | ANDREW M BENSON, 126 TAFT AVE, NORTH MERRICK, NY 11566-1822 | |
| 10925 | ANDREW MACRAE GILLANDERS, 38 MCCARTHY WAY, FINCHAMPSTEAD BERKS, RG114UAUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | ANDREW MEAKIN, 72 OGDEN, WEST YORKSHIRE, CRESCENT, BD134LBUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | ANDREW MIHAL, C/O CHARLES MIHAL, 710 RIVERSIDE DR, SPRINGFIELD, OH 45504-1224 | |
| 10925 | ANDREW P GRAHAM, 5425 CANDLE GLOW NE, ALBUQUERQUE, NM 87111 | |
| 10925 | ANDREW P MORRIS, 1900 WILLOW CREEK DR 112, AUSTIN, TX 78741-2941 | |
| 10924 | ANDREW PERLMAN, 100 DANBURY ROAD, SUITE 201D, RIDGEFIELD, CT 06877 | |
| 10925 | ANDREW R. BETO, 6 MARBLEHEAD DR, PRINCETON JUNCTION, NJ 08550 | |
| 10924 | ANDREW R. MANCINI ASSOCIATES, 129 ODELL AVENUE, ENDICOTT, NY 13760 | |
| 10925 | ANDREW RICHMOND, 6050 W.51ST ST, CHICAGO, IL 60638 | |
| 10925 | ANDREW ROBERT REICHEL, 124 LYNNE THERESE CIRCLE, OCEAN SPRINGS, MS 39564-9733 | |
| 10925 | ANDREW S GOOD, 303 WELDIN ROAD, WILMINGTON, DE 19803 | |
| 10925 | ANDREW SCOTT TARGUM, 535 WEST 110TH ST APT 6D, NEW YORK, NY 10025-2024 | |
| 10925 | ANDREW T MODER, 8543 STRIMPLE RD, CLEVES, OH 45002-9780 | |
| 10925 | ANDREW T WIGGINS, 336 COTTON WOOD LANE, BOCA RATON, FL 33487-0000 | |
| 10924 | ANDREW TRANCHINA BUILDING, 1580 HIGHLAND BLVD, STATEN ISLAND, NY 10305 | |
| 10925 | ANDREW VISSER, 5 OAK RIDGE DR, CHARLTON, MA 01507 | |
| 10925 | ANDREW W ALEXSON & ANNE K, ALEXSON JT TEN, 38 FARLEY AVE, IPSWICH, MA 01938-2043 | |
| 10925 | ANDREW W HOLLEY, 48 WELLINGTON RD, MEDFORD, MA 02155-5011 | |
| 10925 | ANDREW WERLE DEERING, 82 MILLER ST, FRANKLIN, MA 02038-1112 | |
| 10925 | ANDREW WILLIAM STRICKLAND, 1350 GRAPE ST, DENVER, CO 80220-2616 | |
| 10925 | ANDREW, ALAN, RD. #2 BOX 28, MCDONALD, PA 15057 | |
| 10925 | ANDREW, ANNE, 1 EASTON BLVD., BALTIMORE, MD 21221 | |
| 10925 | ANDREW, LISA M, 1832 E. 153RD TERR, OLATHE, KS 66062 | |
| 10925 | ANDREW, SHARLEEN, PO BOX 884, COARSEGOLD, CA 93614 | |
| 10925 | ANDREWS & KURTH LLP, 450 LEXINGON AVE, 15TH FLOOR, NEW YORK, NY 10017 | |
| 10925 | ANDREWS BEARING CORP, BRUCE CONRAD INA BEARING CO INC, 308 SPRINGHILL FARM ROAD, FORT MILL, SC 29715 | |
| 10924 | ANDREWS CORP, 1290 S W  10TH RD, BURLINGTON, KS 66839 | |
| 10924 | ANDREWS CORP, 2701 MAYHILL RD, DENTON, TX 76205 | |
| 10924 | ANDREWS CORP, 2701 MAYHILL ROAD, DENTON, TX 76205 | |
| 10925 | ANDREWS DAVIS LEGG BIXLER MILSTEN &, 500 WEST MAIN, OKLAHOMA CITY, OK 73102 | |
| 10925 | ANDREWS DAVIS LEGG BIXLER, 500 WEST MAIN, OKLAHOMA CITY, OK 73102-2275 | |
| 10925 | ANDREWS FILTER & SUPPLY CORP., 2309 COOLIDGE AVE., ORLANDO, FL 32804-4897 | |
| 10925 | ANDREWS JR, ALBERT C, 124 E BRIDGE ST, BEREA, OH 44017-2128 | |
| 10925 | ANDREWS JR, C BRUCE, 504 BRIDGE CREEK CIRCLE, REEDVILLE, VA 22539 | |
| 10925 | ANDREWS JR, RICHARD C, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | ANDREWS PRESTRESSED CONCR, 1305 N 32ND STREET, CLEAR LAKE, IA 50428 | |
| 10924 | ANDREWS PRESTRESSED CONCRETE, 1305 N 32ND STREET, CLEAR LAKE, IA 50428 | |
| 10925 | ANDREWS PUBLICATIONS, 175 STRAFFORD AVE., WAYNE, PA 19087 | |
| 10925 | ANDREWS SCHOOL, 1920 MCGOINN DRIVE, HIGH POINT, NC 27262 | |
| 10925 | ANDREWS, ALFRED, 255 HOODRIDGE DR., PITTSBURGH, PA 15234 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ANDREWS, ALYEX, 5637 WHITBY RD., BALTIMORE, MD 21206

10925 ANDREWS, ARLENE, 656 GIRAUSO DRIVE, SAN JOSE, CA 95111

10925 ANDREWS, ATHENA, 368 LINCOLN ST #6, WALTHAM, MA 02154

10925 ANDREWS, BETTY, 608 NW 51, OKLA CITY, OK 73118

10925 ANDREWS, CAROL, 56 SPRUCE ST, WESTFIELD, MA 01085

10925 ANDREWS, CAROLYN, 922 WARING DR WEST, INDIANAPOLIS, IN 46229

10925 ANDREWS, CHERYL, 11300 SPRING CREEK R, OKLA. CITY, OK 73162

10925 ANDREWS, CYNTHIA, 1831 W. PIONEER, IRVING, TX 75061

10925 ANDREWS, CYNTHIA, 3438 SILVER HILL DR., DALLAS, TX 75241

10925 ANDREWS, DALE, 230 BENDINGWOOD CIRCLE, TAYLORS, SC 29687

10925 ANDREWS, DANNY, 307 VALLEY DR, IOWA PARK, TX 76367

10925 ANDREWS, DEVNA, 2246 JACKSON ST, HOLLYWOOD, FL 33020

10925 ANDREWS, EDITH, 809 FAIRWAY DRIVE, WAYNESBORO, VA 22980-3309

10925 ANDREWS, FANNIE, 104 CEDARWOOD CIRCLE, BETHEL, NC 27812

10925 ANDREWS, GREG D, PO BOX 1077, COLUMBUS, MS 39703

10925 ANDREWS, JANINE, 1003 EAST ADOUE #A8, ALVIN, TX 77511

10925 ANDREWS, JOHN, 149 N FAIRVIEW ST, RIVERSIDE, NJ 08075

10925 ANDREWS, JOHN, 607 N LEE ST, WHITEVILLE, NC 28472

10925 ANDREWS, JONATHAN, 2315 N. HWY 101, GREER, SC 29651

10925 ANDREWS, -JR., 504 BRIDGE CREEK CIR, REEDVILLE, VA 22539

10925 ANDREWS, KATHLEEN, 5003 MAPLEBROOK LANE, KINGWOOD, TX 77345

10925 ANDREWS, KEVIN, 49 CHURCH ST, HEBRON, CT 06248

10925 ANDREWS, LARRY, PO BOX 2201, WAUKESHA, WI 53187

10925 ANDREWS, LEONARD, 40 CHARTERHOUSE AVE, PIEDMONT, SC 29673

10925 ANDREWS, LINDA JEAN, 933 OAK AVE., WASCO, CA 93280

10925 ANDREWS, LINDA, 230 OAK HILL RD, AUBURN, ME 04210

10925 ANDREWS, MARIANNE, 10625 HORSESHOE PL, LAPLATA, MD 20646

10925 ANDREWS, MARY, 204 W 114TH ST, KANSAS CITY, MO 64114

10925 ANDREWS, MELODY F, 4730 GLASTONBURY CT, INDIANAPOLIS, IN 46237

10925 ANDREWS, MELVIN, 201 OLD PEYTONSVILLE RD, FRANKLIN, TN 37064-5019

10925 ANDREWS, MILTON, PO BOX 321, CATANO, PR 00963PUERTO RICO                    *VIA Deutsche Post*

10925 ANDREWS, OLGA, 72 FAIRMOUNT AVE, BRIDGEWATER, NJ 08807

10925 ANDREWS, PATRICIA, 3 ALCOTT PARK, MALDEN, MA 02148

10925 ANDREWS, PERRY, 1004 22ND COURT, LEAVENWORTH, KS 66048

10925 ANDREWS, RICHARD, 32 AVON DRIVE, HUDSON, MA 01749

10925 ANDREWS, ROSANNE, 255 HOODRIDGE DR, PITTSBURGH, PA 15234

10925 ANDREWS, RUSSELL, 400 SOUTH MAIN ST, ALBION, IA 50005

10925 ANDREWS, SHANNON, 4426 INDIAN TR, GREEN BAY, WI 54313

10925 ANDREWS, SHARON, 4730 SHENANDOAH, LOUISVILLE, KY 40241

10925 ANDREWS, TOMMY, 1101 CHELSEA LN, PEARLAND, TX 77581

10925 ANDREWS, VERNESTER, 17157 VAUGHN, DETROIT, MI 48219

10925 ANDREWS, WILLIAM, 316 LINCOLNSHIRE, COLUMBIA, SC 29203

10925 ANDREWS-CLARK, LAURA, 5509 OUTLY DR, MOBILE, AL 36693

10925 ANDREYCAK, ALLAN, 2105 CYPRESS DRIVE, BEL AIR, MD 21014

10925 ANDREYCAK, ALLAN, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925 ANDRICK, KATHLEEN, PO BOX 403, GRANVILLE, OH 43023

10925 ANDRICK, RANDY, 934 DRURY LN, COLORADO SPRINGS, CO 80911

10925 ANDRIGHETTI, KARA, 102 BRIDLE WAY, GREER, SC 29650

10925 ANDRING, MYRA, 103 FOREST DRIVE, MARS, PA 16046

10925 ANDRIOLO, KIMLY, 8491 NW 16TH ST, PEMBRIKE PINES, FL 33024

10925 ANDRITZ INC., PO BOX 8500 (S-8785), PHILADELPHIA, PA 19178-8785

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 ANDRITZ SPROUT-BAUER INC, POBOX 8500 (S-8785), PHILADELPHIA, PA 19178-8785

10925 ANDRITZ SPROUT-BAUER, INC, 342 LINCOLN AVE., WILLIAMSPORT, PA 17701

10925 ANDRITZ, INC, 35 SHERMAN ST, MUNCY, PA 17756

10925 ANDRITZ, SPROUT-BAUER, 35 SHERMAN ST, MUNCY, PA 17756

10925 ANDRIX, JAMES, 1308 FOWLER DRIVE, COLUMBUS, OH 43224

10925 ANDRUS, DEVON, 2059 N. WEDGEWOOD LANE, CEDAR CITY, UT 84720-9736

10925 ANDRUS, MARK, 4880 FOXLAIR TRAIL, RICHMOND HTS, OH 44143

10925 ANDRUS, RICHARD, 5518 BIG APPLE RD, DEPERE, WI 54115

10925 ANDRUS, ROBERT, 1861 SYLVAN DR, GREEN BAY, WI 54313

10925 ANDRY COMMUNICATIONS INC., 15445 VENTURA BLVD,SUITE 369, SHERMAN OAKS, CA 91403

10925 ANDRYCHUK, JUDITH, 8 LINE ST, PITTSFORD, NY 14534

10925 ANDUJAR, ISRAEL, 111 WADSWORTH AVE, NEW YORK, NY 10033-6120

10925 ANDUJAR, LUIS, 15510 SCENIC, HOUSTON, TX 77083

10925 ANDUJAR, MARIA, 17018 CAIRN LADDIE, HOUSTON, TX 77084

10924 ANDWIN SCIENTIFIC, 6636 VARIEL AVE., CANOGA PARK, CA 91303

10924 ANDY CRAMER, 317 CELGO, MONTICELLO, IA 52310

10924 ANDY CRAMER, 319 CELGO, MONTICELLO, IA 52310

10925 ANDY FRAIN SERVICES INC, DEPT. 77-5165, CHICAGO, IL 60678-5165

10924 ANDY GOOD, 303 WELDIN ROAD, WILMINGTON, DE 19803

10925 ANDY L FORDEMWALT & FLORENCE M, FORDEMWALT JT TEN, 12410 BALTIMORE COURT, KANSAS CITY, MO 64145-1168

10925 ANDY V LANGFORD &, NELL J LANGFORD JT TEN, ROUTE 1 BOX 357, SOMERVILLE, TX 77879-9719

10924 ANDY WEINTRAUB, OLSEN ROAD, LOT 5, RED HOOK, NY 12571

10925 ANDYS EXPRESS CO INC, 85 ROGERS ST, QUINCY, MA 02169

10925 ANDYS NURSERY & LANDSCAPING, 1807 HWY. 85 N., FAYETTEVILLE, GA 30214

10925 ANE RESOURCES, INC, 830 W. MAIN ST , SUITE 250, LAKE ZURICH, IL 60047

10925 ANECHINA, FE, 10 SPARROW LANE, PEABODY, MA 01960

10925 ANELICCHIO, KARI, 206 SO EMERSON ST, DENVER, CO 80209

10925 ANELLO, JOHN, 33 EDGEHILL ROAD, NORWOOD, MA 02062

10925 ANELLO, PATRICIA, 22 VERANO LOOP, SANTA FE, NM 87505

10925 ANERSON GREENWOOD & CO, C/O MAUND-RICHARDS & ASSOC, POSEN, IL 60469

10924 ANESCO (AD), 517 PIERCE ST., KINGSTON, PA 18704

10924 ANESCO (AD), P.O. BOX 1053, KINGSTON, PA 18704

10924 ANESTHESIA SERVICE & SUPPLY COMPANY, 1941 AE. 129 DRIVE, THORNTON, CO 80241

10925 ANESTIS METAL CORP, 40 BENNETT ST, SOMERVILLE, MA 02143

10925 ANEX, GRETCHEN F, 9602 42ND AVE NE, SEATTLE, WA 98115-2524

10925 ANEY, CHRISTINE, 400 E. PATRICIAN DRIVE, RENO, NV 89506

10924 ANG ASST USPFO FOR PROP, 14300 FANG DRIVE, JACKSONVILLE, FL 32218-5000

10925 ANG NEWSPAPERS, POBOX 28984, OAKLAND, CA 94604-8984

10925 ANG, FLORINDA, 7312 TOOMA ST. #253, SAN DIEGO, CA 92139

10925 ANG, MICHAEL KWANG HIN, BLK 896 A 05-78, WOODLANDS DR 50, 731896

10925 ANGADICHERIL, ROSAMMA, 4905 HIBISCUS DR., ARLINGTON, TX 76018

10925 ANGAGAW, MINILIK, 48 JEFFERSON ST, MILFORD, MA 01757

10925 ANGARITA, DIEGO, 246 CANTERBURY COURT, KISSIMMEE, FL 34758

10925 ANGEL ABELLEIRA, 66 MUSKET DR, NASHUA, NH 03062

10925 ANGEL RUGINA &, IRENE A RUGINA JT TEN, 145 MOSS HILL RD, JAMAICA PLAIN, MA 02130-3035

10925 ANGEL, JEREMY, 516 ROCKY MT RD, OXFORD, AL 36203

10925 ANGEL, LAZ, 9015 BRAE BURN VALLEY DRIVE, HOUSTON, TX 77074-5407

10925 ANGEL, REGINALD, 76 RHODES RD, OXFORD, AL 36203

10925 ANGELA B JONES, 1681 SWALLOW RD, ELDERSBURG, MD 21784-7135

10925 ANGELA BARLAS SARELIS, 28275 RANCHWOOD DR, SOUTHFIELD, MI 48076-5449

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ANGELA BRICE-SMITH, 2622 WYNFIELD ROAD, WEST FRIENDSHIP, MD 21794-9517

10925    ANGELA CALHOUN, 5050 TURQUOISE DR, COLORADO, CO 80918

10925    ANGELA F GAWELL, 101 MADISON AVE, CLIFTON, NJ 07011-2705

10925    ANGELA R GRAHAM, 2417 EVERETT AVE, KANSAS CITY, KS 66102-2639

10925    ANGELES, CECILIA, 50 ILYSSA WAY, STATEN ISLAND, NY 10312

10925    ANGELES, JOCELYN, 1712 CLEARWATER LANE, CHESAPEAKE, VA 23322-3992

10925    ANGELES, TEODORA, 2205 STRAWBERRY CT, EDISON, NJ 08817

10925    ANGELILLO, DONNA, 3541 W. HILLSBORO BLVD4, 203, POMPANO BEACH, FL 33073

10924    ANGELINA STATE COLLEGE, 3109 COLLEGE DRIVE, LUFKIN, TX 75904

10925    ANGELINE L FERRARI EUGENE A, FERRARI & NORMA BOMMARITO TR U/A, 4/19 FBO ANGELINE L FERRARI, 787 CAMINO DR, SANTA CLARA, CA 95050-5922

10925    ANGELINI, LORELLA, 2928 DEAN PKWY 5L, MINNEAPOLIS, MN 55416

10925    ANGELIQUE E. LAW, 1403 OAKMOND DR. BLDG. 14, TOMS RIVER, NJ 08753

10924    ANGELL MFG COMPANY, 1516 STANLEY AVENUE, DAYTON, OH 45404

10924    ANGELL MFG COMPANY, PO BOX583, DAYTON, OH 45401

10925    ANGELL, CHARLOTTE, 17 LA FOND LANE, ORINDA, CA 94563-3907

10924    ANGELL/HAVEN HALL CONNECTOR, UNIVERSITY OF MICHIGAN, ANN ARBOR, MI 48109

10924    ANGELLE CONCRETE CO, % EVANS CONCRETE HWY 190, JENNINGS, LA 70546

10924    ANGELLE CONCRETE CO, 1725 FITZENREITER, LAKE CHARLES, LA 70601

10924    ANGELLE CONCRETE CO, 299 DUHON ROAD, LAFAYETTE, LA 70508

10924    ANGELLE CONCRETE CO, HWY 90, CROWLEY, LA 70527

10924    ANGELLE CONCRETE CO, OFF HWY 108, WESTLAKE, LA 70669

10924    ANGELLE CONCRETE CO, PO BOX186, JENNINGS, LA 70546

10924    ANGELLE CONCRETE CO., 2280 INLAND ROAD, PORT ALLEN, LA 70767

10924    ANGELLE CONCRETE CO., 811 W. LINCOLN RD., LAKE CHARLES, LA 70605

10924    ANGELLE CONCRETE INC, 1623 HWY 90 WEST, JENNINGS, LA 70546

10924    ANGELLE CONCRETE INC., PO BOX186, JENNINGS, LA 70546

10924    ANGELLE CONCRETE OF LOUISIANA INC., 1623 HWY 90 WEST, JENNINGS, LA 70546

10924    ANGELLE CONCRETE, 132 PAWN SHOP LANE OFF HWY 115, BUNKIE, LA 71322

10925    ANGELLE CONCRETE, 1623 HWY 90 WEST, JENNINGS, LA 70546

10924    ANGELLE CONCRETE, 17437 AIRLINE HIGHWAY, PRAIRIEVILLE, LA 70769

10924    ANGELLE CONCRETE, 306 CREOLE LANE    HWY 90 E, FRANKLIN, LA 70538

10924    ANGELLE CONCRETE, 31804 HIGHWAY 16, DENHAM SPRINGS, LA 70727

10924    ANGELLE CONCRETE, 4095 HIGHWAY 73, GEISMAR, LA 70734

10924    ANGELLE CONCRETE, 514 W. GROLEE, OPELOUSAS, LA 70570

10924    ANGELLE CONCRETE, AIRPORT PLANT, 2620 S.W. EVANGELINE THRUWAY, LAFAYETTE, LA 70508

10924    ANGELLE CONCRETE, CARENCRO PLANT, 800 PONT DES MOUTON ROAD, LAFAYETTE, LA 70507

10924    ANGELLE CONCRETE, DAIRY FESTIVAL ROAD, ABBEVILLE, LA 70510

10924    ANGELLE CONCRETE, HWY 1 SO - 2 MI N OF T, MARKSVILLE, LA 71351

10924    ANGELLE CONCRETE, HWY 14 EXIT, NEW IBERIA, LA 70560

10924    ANGELLE CONCRETE, HWY 165, KINDER, LA 70648

10924    ANGELLE CONCRETE, HWY 190 WEST, EUNICE, LA 70535

10924    ANGELLE CONCRETE, P O BOX 69, OPELOUSAS, LA 70570

10924    ANGELLE CONCRETE, ROUTE 6 BOX 303 HIGHWAY 167, OPELOUSAS, LA 70570

10925    ANGELLE, GLENN, 305 EAST 87TH ST, CUT OFF, LA 70345

10925    ANGELLE, TERRY, 124 WEST 197TH ST, GALLIANO, LA 70354

10925    ANGELLE, TINA, 1831 ANSE BROUSSARD HWY, BREAUX BRIDGE, LA 70517-6724

10925    ANGELL-GRANITZ, PATRICIA, 6451 ROYAL WDS DR SW, FORT MEYERS, FL 33908

10925    ANGELLIS, STEPHEN, 19 EDWARD T SULLIVAN, CAMBRIDGE, MA 02138

10925    ANGELLOZ, CYNTHIA, 17050 ROBERT LANE, GROSSE TETE, LA 70740

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ANGELO B SORDELLO & CHRISTINA E, SORDELLO TR UA SEP 18 1993 THE, ANGELO B SORDELLO & CHRISTINA E, SORDELLO REVOCABLE LIVING TRUST, 14224 BUCKNER DR, SAN JOSE, CA 95127-3200

10925 ANGELO FERRO, 100 PT SAN PEDRO RD, SAN RAFAEL, CA 94901-4200

10924 ANGELO LANE INCORP., 12 WEST NOBLESTOWN RD, CARNEGIE, PA 15106

10924 ANGELO LANE INCORP., 12 WEST NOBLESTOWN ROAD, CARNEGIE, PA 15106

10925 ANGELO MIELE & SONS,INC, PO BOX 1580, MONTCLAIR, NJ 07042-2886

10925 ANGELO P BORELLI &, ANGELINA C BORELLI, JT TEN, 2636 SHILLINGTON RD, SINKING SPG, PA 19608-1731

10924 ANGELO T CEMENT CONST CO., 46850 GRAND RIVER AVE, NOVI, MI 48374

10924 ANGELO T CEMENT CONSTRUCTION CO, 46850 GRAND RIVER AVE, NOVI, MI 48374

10925 ANGELO T. CEMENT CONSTR. CO., 46850 GRAND RIVER AVE. STE #3, LENOX, MI 48050

10925 ANGELO VIDALIS, 12011 WILSHIRE BLVD SUITE 635, LOS ANGELES, CA 90025

10925 ANGELO, JOSE, CASILLA CORREO 85,1878 QUELMES, BUENOS AIRES, ARGENTINA        *VIA Deutsche Post*

10925 ANGELO, SUSAN GAIL, 5405 LOS MONTEROS, YORBA LINDA, CA 92687-5110

10924 ANGELO'S CRUSHED CONCRETE INC, 19300 W 8 MILE ROAD, SOUTHFIELD, MI 48075

10924 ANGELO'S CRUSHED CONCRETE, 26400 SHERWOOD, WARREN, MI 48091

10925 ANGELUS BLOCK CO INC, ADDRESS OFF INTERNET, ORANGE, CA

10924 ANGELUS BLOCK CO, 11374 TUXFORD ST., SUN VALLEY, CA 91352

10924 ANGELUS BLOCK, 11374 TUXFORD ST, SUN VALLEY, CA 91352

10924 ANGELUS BLOCK, 11374 TUXFORD STREET, SUN VALLEY, CA 91352

10924 ANGELUS BLOCK, 14515 WHITTRAM AVE., FONTANA, CA 92335

10924 ANGELUS BLOCK, 1509 BLUFF RD., MONTEBELLO, CA 90640

10924 ANGELUS BLOCK, 1705 N MAIN ST, ORANGE, CA 92668

10924 ANGELUS BLOCK, 252 E. REDONDO BEACH BLVD., GARDENA, CA 90248

10924 ANGELUS CONCRETE BLOCK, 1509 BLUFF RD., MONTEBELLO, CA 90640

10924 ANGELUS CONCRETE BLOCK, 1509 BLUFF ROAD, MONTEBELLO, CA 90640

10925 ANGELUS SANITARY CAN MACHINE COMPAN, PO BOX 60880, LOS ANGELES, CA 90060

10925 ANGELUS, LOIS, 104 WARWICK TURNPIKE, WARWICK, NY 10990

10925 ANGELYN KONUGRES, 35 SINGLETREE RD, CHESTNUT HILL, MA 02167-2826

10925 ANGENEND, PATRICK, 2055 WOOTEN ROAD, BEAUMONT, TX 77707

10925 ANGER, JOSEPH, 23 SOUTH FAIR ST, WARWICK, RI 02888

10925 ANGERHOFER, PAMELA, 31485 WESTLOOS ROAD, SIOUX CITY, IA 51108

10925 ANGERMAN, PATRICIA, 208 S DUNNING, VENTURA, CA 93003

10925 ANGERMEIER, WILLIAM, 803 E STRAIN ST, FT BRANCH, IN 47648

10925 ANGERON, REGGIE, RT. 5, BOX 236-H, CUT OFF, LA 70345

10924 ANGERSTEIN'S OF DOVER, 492 WEBBS LANE, DOVER, DE 19904-5440

10925 ANGIELLO, MAUREEN, 66 BRANCHVILLE RD, VALLEY COTTAGE, NY 10989

10925 ANGIER, JOHN, 1644 RIVER LANDING CIRCLE, LAWRENCEVILLE, GA 30245

10925 ANGLE, JAMES R, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 ANGLE, JAMES, 88 LOWELL ROAD, E. PEPPERELL, MA 01463

10925 ANGLE, JAMES, CUST FOR LAURA LYNNE ANGLE, UNDER THE MA UNIF TRAN MIN ACT, 88 LOWELL RD, PEPPERELL, MA 01463-1710

10925 ANGLE, LISA, 100 INSTITUTE ROAD BOX 1972; W.P.I., WORCESTER, MA 01609

10925 ANGLE, TAMMY, 863 MASSILLON ROAD LOT 3, MILLERSBURG, OH 44654

10925 ANGLE, WANDA, 4335 PLANTATION EST ROAD, RADFORD, VA 24141

10925 ANGLIN, CHESTERFIELD, 471 FREDONIA ROAD, THOMASVILLE, GA 31757

10925 ANGLIN, GERALDINE, 2616 WESTCHESTER DR, FAYETTEVILLE, NC 28303

10925 ANGLIN, JIMMIE, 2806 ASHMONT, MISSOURI CITY, TX 77459

10925 ANGLO DANISH FIBRE INDUSTRIES-UK, BORWICK DR, GROVEHILL, EAST YORKSHIRE, BEVERLEY,        *VIA Deutsche Post*
       HU170HQUNITED KINGDOM

10925 ANGLO, ALELI, 9202 MESSINA DR., FORT WASHINGTON, MD 20744

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ANGLOGOLD - MURRY, 50 MILES NORTH OF ELKO OFF HWY 225, ELKO, NV 89801

10924   ANGLOGOLD - SSX, 50 MILES NORTH OF ELKO ON HWY 225, ELKO, NV 89801

10924   ANGLOGOLD CORP, ATTN:  ACCOUNTS PAYABLE, HC 31 BOX 79, ELKO, NV 89801

10924   ANGLOGOLD CORP, HC 31 BOX 79, ATTN:  ACCOUNTS PAYABLE, ELKO, NV 89801

10925   ANGOLD, JOHN, 19421 STATE RRK, ST JOSEPH, MO 64505

10925   ANGOMAS, SANTOS, 15 SUMMIT CR, WOMELSDORF, PA 19567

10925   ANGORN, JULIE, 12212 I ST NEW #101, WASHINGTON, DC 20037

10925   ANGSTADT, FREDERICK, 318 N 3RD ST, PERKASIE, PA 18944-1839

10925   ANGSTROM, INC, PO BOX 248, BELLEVILLE, MI 48112

10925   ANGSTROM, JANE A., 24 ELLIOTT ST, DANVERS, MA 01923

10925   ANGUIL ENVIRONMENTAL SYSTEMS, 8855 N. 55TH ST, MILWAUKEE, WI 53223

10925   ANGULO, VICTOR, 1831 AVENIDA, ROWLAND HEIGHTS, CA 91748

10925   ANGUS CHEMICAL CO, PO91053, CHICAGO, IL 60693

10925   ANGUS CHEMICAL COMPANY, FORMALLY ANGUS, PO BOX 91053, CHICAGO, IL 60693

10924   ANGUS CHEMICAL COMPANY, PO BOX 6004, MIDLAND, MI 48641-6004

10925   ANGUS CHEMICAL COMPANY, PO BOX 91053, CHICAGO, IL 60693

10924   ANGUS CHEMICALS, LA HIGHWAY 2, STERLINGTON, LA 71280

10925   ANGUS W MERCER, 4500 CARMEL ESTATES RD, CHARLOTTE, NC 28226-3417

10925   ANGUS, SHANNON, 405 VILLAGE DRIVE, FAIRMONT, WV 26554

10924   ANHEUSER BUSCH BREWING, 100 BUSCH DRIVE, CARTERSVILLE, GA 30120

10924   ANHEUSER BUSCH BREWING, 100 BUSCH DRIVE, PO BOX 200248, CARTERSVILLE, GA 30120

10924   ANHEUSER BUSH HEADQUARTER NODE*, COLUMBIA, MD 21044

10924   ANHEUSER-BUSCH COMPANIES, ONE BUSCH PLACE, SAINT LOUIS, MO 63118-1852

10924   ANHEUSER-BUSCH INC., 750 SCHROCK ROAD, COLUMBUS, OH 43229

10925   ANHYDRIDES AND CHEMICALS INC, 7-33 AMSTERDAM ST, NEWARK, NJ 07105

10925   ANI SAFETY INC, PO BOX 0228, SKOKIE, IL 60076-0228

10925   ANICET JANAVICE, 2021 VICTORIA PARK, MODESTO, CA 95355-1964

10925   ANICIETE, REYNALDO, 192 WASHINGTON AVE, HACKENSACK, NJ 07601

10925   ANICO, FRANCISCA, 10014 EDGEWATER TER, FORT WASHINGTON, MD 20744-5767

10924   ANICOM, INC., 6133 RIVER ROAD, ROSEMONT, IL 60018

10924   ANICOM,INC. VIRGINIA BEACH, 5301 CLEVELAND ST., VIRGINIA BEACH, VA 23462

10925   ANIELLO, MURANO, 10 HILLSIDE, AMESBURY, MA 01913-2214

10925   ANI-KAN CO INC/SANDCASTLES OF MA, PO BOX 7251, CUMBERLAND, RI 02864

10925   ANIL MISRA PHD PE, 13857 PEMBROKE DR, LEAWOOD, KS 66224

10925   ANIL MISRA PHD PE, 5 KIMBALL COURT APT 604, WOBURN, MA 01801

10924   ANIMAL HEALTH PRODUCTS OF AMERICA, 300 INDUSTRIAL DRIVE, LEXINGTON, SC 29072

10924   ANIMAL KINGDOM LODGE, C/O MADER, 3101A BLOCK LAKE ROAD, LAKE BUENA VISTA, FL 32830

10924   ANIMAL LEGENDS, 360 WEST CHURCH STREET, BATESBURG, SC 29006

10924   ANIMAL SCIENCE BUILDING, 425 RIVER ROAD, ATHENS, GA 30605

10924   ANIMAL SCIENCE PRODUCTS, INC., FM 1275 SOUTH, NACOGDOCHES, TX 75961

10924   ANIMAL SCIENCE PRODUCTS, INC., PO BOX631408, NACOGDOCHES, TX 75963-1408

10925   ANIMAL TRAINING CENTER, 387 SKI TRAIL, KINNELON, NJ 07405

10925   ANIS-MOAWAD, MARY, 1495 HURON RD, NORTH BRUNSWICK, NJ 08902

10925   ANISTEIN & LEHR, JOHN L ROPIEQUET, 120 S RIVERSIDE PLAZA, SUITE 1200, CHICAGO, IL 60606-3910

10925   ANITA GERLACH TR, UA JUN 6 83, FBO ANITA GERLACH, 3324 CORINNA DR, RANCHO PALOS VERDES, CA 90275-6212

10924   ANITEC IMAGE CORPORATION, 40 CHARLES STREET, PO BOX 4444, BINGHAMTON, NY 13902

10924   ANITEC IMAGE CORPORATION, WEST STREET DOCK, BINGHAMTON, NY 13905

10924   ANITOX CORPORATION, 1055 PROGRESS CIRCLE, LAWRENCEVILLE, GA 30043

10924   ANITOX CORPORATION, PO BOX490310, LAWRENCEVILLE, GA 30049-0310

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ANIXTER BROS INC, PO BOX 98908, CHICAGO, IL 60693-8908

10925  ANIXTER BROS, INC, PO BOX 98908, CHICAGO, IL 60693-8908

10924  ANIXTER BROS. INC., 6901 DISTRICT BLVD, BAKERSFIELD, CA 93313

10924  ANIXTER BUSINESS MGR., SUITE 300, 6602 OWENS DRIVE, PLEASANTON, CA 94588

10924  ANIXTER COMMUNICATIONS, 155 WEST STREET, WILMINGTON, MA 01887

10924  ANIXTER COMMUNICATIONS, PO BOX 1123, SKOKIE, IL 60077

10924  ANIXTER COMMUNICATIONS/ABS, 335 PUTNAM AVENUE, HAMDEN, CT 06517

10924  ANIXTER HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924  ANIXTER INC -PHOENIX HUB, 9035 S. KYRNE ROAD SUITE 101, TEMPE, AZ 85284

10924  ANIXTER INC, PO BOX C1123, SKOKIE, IL 60077

10925  ANIXTER WIRE & CABLE GROUP, 5010 LINBAR DR.,STE. 100, NASHVILLE, TN 37211

10924  ANIXTER, 14105 13TH AVE. NORTH, MINNEAPOLIS, MN 55441

10924  ANIXTER, 2201 MAIN STREET, EVANSTON, IL 60202

10925  ANIXTER, 8320 GUILFORD ROAD, COLUMBIA, MD 21046

10925  ANIXTER, PO BOX 1067, CHARLOTTE, NC 28201-1067

10924  ANIXTER, PO BOX 1123, SKOKIE, IL 80077

10925  ANIXTER, POBOX 1067, CHARLOTTE, NC 28201-1067

10924  ANIXTER-CINCINNATI, 4650 LAKE FOREST DRIVE, CINCINNATI, OH 45242

10924  ANIXTER-PRUZAN, 321 RICHARD MINE ROAD, WHARTON, NJ 07885

10924  ANIXTER-ROCHESTER HUB, 4 MARWAY CIRCLE, ROCHESTER, NY 14624

10924  ANIXTER-ROCHESTER, 4 MARWAY CIRCLE, ROCHESTER, NY 14624

10925  ANJ PRINTER, 1696 WASHINGTON AVE, SAN LEANDRO, CA 94577

10925  ANKENBAUER, JOHN, 52701 436 AVE NW, KENMARE, ND 58746-8893

10925  ANKER, WILLIAM, 17106 GUNTHER ST, GRANADA HILLS, CA 91344

10924  ANKERDOWN FASTENERS, 11 SILVERSTONE DR, ASHEVILLE, NC 28805

10925  ANKMAR DOOR INC, 4005 GRAPE ST, DENVER, CO 80216

10924  ANLE PAPER CO., 100 PROGRESS, LOMBARD, IL 60148

10924  ANLE PAPER, 13868 PARKS SPEED DRIVE, EARTH CITY, MO 63045

10924  ANM CONSTRUCTION CO, 45285 GRAND RIVER, NOVI, MI 48375

10924  ANM CONSTRUCTION CO., 45285 GRAND RIVER, NOVI, MI 48375

10924  ANMNING JOHNN/VERIPHONE, C/O SAN FRANCISCO GRAVEL, GREAT AMERICAN PKWY & TASMAN, SANTA CLARA, CA 95050

10925  ANN ALTMAN, 11 MARTINS RUN APT. E104, MEDIA, PA 19063

10924  ANN ARBOR CEILING & PARTITION, CAMBRIDGE, MA 02140

10924  ANN ARBOR CEILING & PARTN, 5075 CARPENTER RD, ANN ARBOR, MI 48107

10925  ANN ARBOR CONCRETE CO, POBOX 980629, YPSILANTI, MI 48197

10925  ANN B BIXLER, 62 BAYSIDE ROAD, NORTHPORT, ME 04849-4435

10925  ANN B NOBLES CUST BRUCE MICHAEL, NOBLES UNIF GIFT MIN ACT OK, 911 N W 57TH ST, OKLAHOMA CITY, OK 73118-5908

10925  ANN B THOMAS &, JOSEPH A THOMAS JR JT TEN, 7844 HORSESHOE TRAIL, HUNTSVILLE, AL 35802-3218

10925  ANN BRADLEY HEDGES, 12816 HUNTSMAN WAY, POTOMAC, MD 20854

10925  ANN D BOHNE, PO BOX 881, LOXAHATCHEE, FL 33470-0881

10925  ANN D. THOMPSON, 6519 CLAY ST, DENVER, CO 80211

10925  ANN G FITZGERALD, 135 SHANNON RD, LAFAYETTE, LA 70503-3510

10925  ANN GOLD TR UA 09 23 94, FBO ANN GOLD REVOCABLE, TRUST, 51 SHEFFIELD C, WEST PALM BEACH, FL 33417-1563

10925  ANN GREEN COMMUNICATIONS, 1045 BRIDGE RD., CHARLESTON, WV 25314

10925  ANN GREEN COMMUNICATIONS, INC, 300 D ST., SOUTH CHARLESTON, WV 25303-3106

10925  ANN M JORGENSEN TR UDT MAR 16 87, 105 ALPINE LANE, DAYTON, OH 45419-1507

10924  ANN SULLIVAN SCHOOL, 3100 E 28TH STREET, MINNEAPOLIS, MN 55413

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 ANN W CLOSSER TR UA MAR 4 91, ANN W CLOSSER TRUST, 6449 VERONA RD, MISSION HILLS, KS 66208-1834

10925 ANN WALTONSMITH TR, UA 04 18 94, WALTON 1983 FAMILY TRUST, 21060 SARATOGA HILLS RD, SARATOGA, CA 95070-5372

10925 ANNA C LILJA TR UA JUN 22 99, ANNA C LILJA LIVING TRUST, 1021 LAKESIDE DR, COLUMBIA, MO 65203-1422

10925 ANNA ECKHOFF JOHN ECKHOFF JR &, ANNETTE QUINLAN EX UW, JOHN ECKHOFF, C/O LEON FORST, 60 E 42ND ST, NEW YORK, NY 10165-0006

10924 ANNA JACOB CORP., P.O. BOX 429, MADISONVILLE, TX 77884

10925 ANNA JACOB CORP., PO BOX 429, MADISONVILLE, TX 77864

10924 ANNA KLEIN SCHOOL, GUTTENBERG, NJ 07093

10925 ANNA M KANITRA & GEORGE F KANITRA, TR UA DEC 3 98 ANNA M KANITRA, REVOCABLE LIVING TRUST, 8160 ANNA, WARREN, MI 48093-2778

10925 ANNA MAE CAIN REV TRUST, ANNA MAE CAIN TTEE, 1112 WARREN, SEDALIA, MO 65301-5259

10924 ANNA READY MIX CONCRETE I, PO BOX377, ANNA, IL 62906

10925 ANNA READY MIX CONCRETE INC, PO BOX 377, ANNA, IL 62906

10924 ANNA READY MIX, P. O. BOX 377, ANNA, IL 62906

10925 ANNABELLE M BARRIE TR, UA 01 22 87, FBO ANNABELLE M BARRIE TRUST, 1935 THOMAS AVE, SAN DIEGO, CA 92109-4529

10924 ANNAPOLIS HOSPITAL, 4420 VENOY AVENUE, TRENTON, MI 48183

10925 ANNAPOLIS PUBLISHING CO, THE, 114 WEST ST, ANNAPOLIS, MD 21401

10924 ANNAPOLIS TRANSFER STATION, 7950 BROCK BRIDGE ROAD, ANNAPOLIS JUNCTION, MD 20701

10924 ANNE ARUNDEL COUNTY COURTHOUSE, ANNAPOLIS, MD 21400

10925 ANNE ARUNDEL LOCKSMITHS INC., 8105 RIVERSIDE DRIVE, PASADENA, MD 21122

10925 ANNE B BLAHUT TR, UA 03 16 94, BY ANNI BAUDIS TRUST, BOX 117525, BURLINGAME, CA 94011-7525

10924 ANNE BUVAT, 255 LAFLEUR, LASALLE, QC H8R 3H4TORONTO     *VIA Deutsche Post*

10925 ANNE G SYMCHYCH TR, UA JUN 29 83, ANNE G SYMCHYCH TRUST, 4 WOODLAND RD, ANDOVER, MA 01810-2112

10925 ANNE GARILLI, AND ANTHONY PAGLIUGHI JT TEN, 1124 42 ST, BROOKLYN, NY 11219-1213

10925 ANNEAR, RALPH, 1904 6TH ST, PERRY, IA 50220

10925 ANNEN, MARGARET, 8 BLUE BLOSSOM CT, ST CHARLES, MO 63303

10924 ANNENBERG SCHOOL OF COMMUNICATION, 36TH & MARKET, PHILADELPHIA, PA 19099

10925 ANNIN & CO, ONE ANNIN DRIVE, ROSELAND, NJ 07068

10924 ANNING JOHN (NORTH)/TARGET, 400 NEWPARK MALL, NEWARK, CA 94560

10924 ANNING JOHN/1330 BROADWAY, 1330 BROADWAY, OAKLAND, CA 94601

10924 ANNING JOHN/150 CALIFORNIA ST., SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924 ANNING JOHN/ADVANCED TISSUE SCIENCE, 10557 SCIENCE CENTER DR., SAN DIEGO, CA 92101

10924 ANNING JOHN/ADVANCED TISSUE SCIENCE, E.R.STONG, 10557 SCIENCE CENTER DR., SAN DIEGO, CA 92101

10924 ANNING JOHN/AGOURON LOT #27, 10646 SCIENCE CENTER DR., SAN DIEGO, CA 92122

10924 ANNING JOHN/AGOURON LOT 27, 10770 SCIENCE CENTER DRIVE, SAN DIEGO, CA 92121

10924 ANNING JOHN/ALISO VIEJO FLUOR, ALISO VIEJO, CA 92656

10924 ANNING JOHN/CARR AMERICA, 3115 MARY FIELD, SAN DIEGO, CA 92101

10924 ANNING JOHN/CARR AMERICA, E.R. STONG BUILDING MATERIALS, SAN DIEGO, CA 92101

10924 ANNING JOHN/COLBURN SCHOOL, C/O AMS-MONTEBELLO, LOS ANGELES, CA 90001

10924 ANNING JOHN/FLUOR DANIEL, SIPLAST, 23216 LAGUNA HILLS DR., ALISO VIEJO, CA 92656

10924 ANNING JOHN/GATEWAY -DIAMOND BAR, 21688 GATEWAY CENTER DR., DIAMOND BAR, CA 91765

10924 ANNING JOHN/GLENDALE ADVENTIST, ANNING JOHNSON, GLENDALE, CA 91206

10924 ANNING JOHN/HARMAN INTERNATIONAL, ANNING JOHNSON, 8510 BALBOA BLVD., NORTHRIDGE, CA 91325

10924 ANNING JOHN/HONOLULU CONV. CENTER, C/O G.W. KILLEBREW, HONOLULU, HI 96820

10924 ANNING JOHN/HONOLULU CONVENTION CTR, 1777 KAPIOLNANI DR., HONOLULU, HI 96800

10924 ANNING JOHN/JOAN KROK INSTITUTE, 5555 MARIAN WAY, SAN DIEGO, CA 92110

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ANNING JOHN/KAISER - SAN MARCOS, 400 CRAVEN RD, SAN MARCOS, CA 92069

10924    ANNING JOHN/KAISER M.O.B., 4652 PALM DR., SAN DIEGO, CA 92101

10924    ANNING JOHN/KOLL CENTER, PO BOX 60398, PASADENA, CA 91116-6398

10924    ANNING JOHN/LIGAND PHARMACEUTICALS, C/O CAL PLY ANAHEIM, SAN DIEGO, CA 92101

10924    ANNING JOHN/LNR WARNER CENTER, 21271 BURBANK BLVD., WOODLAND HILLS, CA 91364

10924    ANNING JOHN/MARSHALL SQUARE 2, 901 MARSHALL ST., REDWOOD CITY, CA 94059

10924    ANNING JOHN/NEXUS TWIN TOWERS, ONE & TWO MAC ARTHUR PLACE, SANTA ANA, CA 92707

10924    ANNING JOHN/SEARS, TEMECULA, CA 92589

10924    ANNING JOHN/SO.WEST CO.JUSTICE, SOUTHWEST COUNTY JUSTICE CENTER, 30755-B AULD RD, MURRIETA, CA 92562

10924    ANNING JOHN/THE ARBORETUM, 2200 COLORADO AVE., SANTA MONICA, CA 90401

10924    ANNING JOHN/THE MONEY STORE, C/O CEN CAL WALLBOARD SUPPLY, WEST SACRAMENTO, CA 95691

10924    ANNING JOHN/TORREY PINES # 9 & 10, 3528 GENERAL ATOMIE COURT, SAN DIEGO, CA 92101

10924    ANNING JOHN/TRW "M1", ONE SPACE PARK, REDONDO BEACH, CA 90278

10924    ANNING JOHN/TRW M4, ONE SPACE PARK, REDONDO BEACH, CA 90278

10924    ANNING JOHN/TRW, REDONDO BEACH, CA 90277

10924    ANNING JOHN/U.C.L.A. - CHS, 714 TIVERTON AVE., LOS ANGELES, CA 90095

10924    ANNING JOHN/WALL STREET MART, 427-429 EAST 9TH ST., LOS ANGELES, CA 90014

10924    ANNING JOHNN NORTH/APPLIED MATERIAL, 974 E. ARQUES, SUNNYVALE, CA 94089

10924    ANNING JOHNN(NORTH)/CISCO, ANNING-JOHNSON, SAN JOSE, CA 95113

10924    ANNING JOHNN/#1 POST ST., SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/#20 CISCO SYSTEMS, CISCO SYSTEM BLDG 20, MCCARTY RANCH RD. & ALDER, SAN JOSE, CA 95101

10924    ANNING JOHNN/#21 CISCO SYSTEM, CISCO SYSTEMS BLDG. 21, MCCARTY RANCH RD. & ALDER, SAN JOSE, CA 95101

10924    ANNING JOHNN/#22 CISCO SYSTEM, SAN JOSE, CA 95101

10924    ANNING JOHNN/#23 CISCO BLDG., SAN JOSE, CA 95101

10924    ANNING JOHNN/#24 CISCO SYSTEM, GREAT MALL PKWY & BARBARA LANE, MILPITAS, CA 95035

10924    ANNING JOHNN/#3 MOFFETT OFFICE PARK, 1111 LOCKHEED MARTIN WAY, SUNNYVALE, CA 94086

10924    ANNING JOHNN/1 MARKET PLAZA, SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/101 2ND ST., SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94107

10924    ANNING JOHNN/1333 BROADWAY, SAN FRANCISCO GRAVEL, OAKLAND, CA 94608

10924    ANNING JOHNN/199 FREMONT, SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/2500 N. MAIN ST., SAN FRANCISCO GRAVEL, WALNUT CREEK, CA 94596

10924    ANNING JOHNN/275 SACRAMENTO ST., SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/525 MARKET ST., C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/55 2ND ST. PROJECT, 55 2ND ST & 83 STEVENSON ST., SAN FRANCISCO, CA 94105

10924    ANNING JOHNN/650 CALIFORNIA ST., C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94107

10924    ANNING JOHNN/ABOVE NET, 160 HARRISON ST., SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/AMWAY, 512 S. SAN FRANCISCO, SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/BANK OF AMERICA, 550 CALIFORNIA, SAN FRANCISCO, CA 94101

10924    ANNING JOHNN/BAY PLAZA, 5171 AIRPORT BLVD., BURLINGAME, CA 94010

10924    ANNING JOHNN/BAY SIDE TOWERS, MARINA BLVD., FOSTER CITY, CA 94404

10924    ANNING JOHNN/BELMONT LEARNING CTR., 1034 MIGNONETTE ST., LOS ANGELES, CA 90001

10924    ANNING JOHNN/BLDG #1 PACIFIC SHORES, 1000 SEAPORT BLVD., REDWOOD CITY, CA 94059

10924    ANNING JOHNN/BLDG #2 PACIFIC SHORES, 1000 SEAPORT BLVD., REDWOOD CITY, CA 94059

10924    ANNING JOHNN/BLDG #3 PACIFIC SHORES, 1000 SEAPORT BLVD, REDWOOD CITY, CA 94059

10924    ANNING JOHNN/BLDG #7 PACIFIC SHORES, 1000 SEAPORT BLVD., REDWOOD CITY, CA 94059

10924    ANNING JOHNN/BLDG #8 PACIFIC SHORES, 1000 SEAPORT BLVD., REDWOOD CITY, CA 94059

10924    ANNING JOHNN/BLDG#10 PACIFIC SHORES, 1000 SEAPORT BLVD., REDWOOD CITY, CA 94059

10924    ANNING JOHNN/BLDG.E YAHOO, 1ST AVE. & MATHILDA, SUNNYVALE, CA 94086

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | ANNING JOHNN/CABANA HOTEL, 4290 EL CAMINO REAL, PALO ALTO, CA 94301 | |
| 10924 | ANNING JOHNN/CALIENTE CASINO, 32-350 BOB HOPE DRIVE, RANCHO MIRAGE, CA 92270 | |
| 10924 | ANNING JOHNN/CHILDREN'S MUSEUM, 1446 25TH AVE., SAN FRANCISCO, CA 94107 | |
| 10924 | ANNING JOHNN/CHOMP HOSPITAL, C/O SAN FRANCISCO GRAVEL, MONTEREY, CA 93942 | |
| 10924 | ANNING JOHNN/CIRCLE STAR, SAN FRANCISCO GRAVEL, VETERAN'S BLVD., REDWOOD CITY, CA 94059 | |
| 10924 | ANNING JOHNN/CISCO, CORNER HWY 237 & ZANKER RD, SANTA CLARA, CA 95050 | |
| 10924 | ANNING JOHNN/CONCOURSE 6, TECHNOLOGY DRIVE, SAN JOSE, CA 95101 | |
| 10924 | ANNING JOHNN/CONCOURSE, 1731 TECHNOLOGY DR., SAN JOSE, CA 95101 | |
| 10924 | ANNING JOHNN/CSUN STUDENT SERVICES, 1958 MATADOR WAY  #83, NORTHRIDGE, CA 91324 | |
| 10924 | ANNING JOHNN/DMV, 2415 FIRST AVE., SACRAMENTO, CA 94203 | |
| 10924 | ANNING JOHNN/ELECTRONIC ARTS/5TH FL, C/O SAN FRANCISCO GRAVEL, 251 REDWOOD SHORE PKWY. & HOLLY, BELMONT, CA 94002 | |
| 10924 | ANNING JOHNN/EMERY STATION II, 5980 HORTON ST., EMERYVILLE, CA 94608 | |
| 10924 | ANNING JOHNN/FIRST & MONAGUE, SAN FRANCISCO GRAVEL, SANTA CLARA, CA 95050 | |
| 10924 | ANNING JOHNN/FOX PLAZA, SAN FRANCISCO, CA 94107 | |
| 10924 | ANNING JOHNN/GATEWAY, 433 AIRPORT BLVD., BURLINGAME, CA 94010 | |
| 10924 | ANNING JOHNN/GENENTECH, C/O SAN FRANCISCO GRAVEL, 2040 HORSECREEK, VACAVILLE, CA 95687 | |
| 10924 | ANNING JOHNN/HAYWARD CITY HALL, C/O SAN FRANCISCO GRAVEL, B ST. & WATKINS, HAYWARD, CA 94540 | |
| 10924 | ANNING JOHNN/HOLIDAY INN, 1520 JACKSON ST., SAN FRANCISCO, CA 94107 | |
| 10924 | ANNING JOHNN/JAVA PROJECT, 475 JAVA DRIVE, SUNNYVALE, CA 94089 | |
| 10924 | ANNING JOHNN/JEWISH HOSPITAL, 1223 16TH AVE., SAN FRANCISCO, CA 94107 | |
| 10924 | ANNING JOHNN/JPL EMERGENCY SERVICE, 4800 OAK GROVE DR., PASADENA, CA 91101 | |
| 10924 | ANNING JOHNN/LYNX THERAPEUTICS, 25861 INDUSTRIAL BLVD., HAYWARD, CA 94541 | |
| 10924 | ANNING JOHNN/MACY'S MEN STORE, EL CAMINO & UNIVERSITY, C/O SAN FRANCISCO GRAVEL, PALO ALTO, CA 94303 | |
| 10924 | ANNING JOHNN/MARSHALL SQUARE, VETERAN & WALNUT, REDWOOD CITY, CA 94059 | |
| 10924 | ANNING JOHNN/MOFFET PARK, 1111 LOCKHEED MARTIN WAY, SUNNYVALE, CA 94089 | |
| 10924 | ANNING JOHNN/MOFFETT PARK OFFICE, 1111 LOCKHEED MARTIN WAY, SUNNYVALE, CA 94089 | |
| 10924 | ANNING JOHNN/MOSCONE SCHOOL, 21ST & HARRISON, SAN FRANCISCO, CA 94107 | |
| 10924 | ANNING JOHNN/NETWORK APPLIANCE, 1260 CROSSMAN AVE.  BLDG.5, SUNNYVALE, CA 94089 | |
| 10924 | ANNING JOHNN/NEWGEN, 10243 GENETIC CENTER DR., SAN DIEGO, CA 92121 | |
| 10924 | ANNING JOHNN/NOVELL, N. 1ST. & GUADALUPE, SAN JOSE, CA 95101 | |
| 10924 | ANNING JOHNN/OLD CIRCLE STAR, SAN FRANCISCO GRAVEL, REDWOOD CITY, CA 94059 | |
| 10924 | ANNING JOHNN/PAC BELL, 143 E. AMERIGE AVE., FULLERTON, CA 92832 | |
| 10924 | ANNING JOHNN/PAC BELL, 2525 ORANGE OLIVE AVE., ORANGE, CA 92865 | |
| 10924 | ANNING JOHNN/PAC BELL, 25762 CAMINO DEL AVION, SAN JUAN CAPISTRANO, CA 92675 | |
| 10924 | ANNING JOHNN/PAC BELL, 3200 BRISTOL ST., SANTA ANA, CA 92707 | |
| 10924 | ANNING JOHNN/PAC BELL, 3850 JACKSON ST., RIVERSIDE, CA 92501 | |
| 10924 | ANNING JOHNN/PAC BELL, 4302 FORD RD., CORONA DEL MAR, CA 92625 | |
| 10924 | ANNING JOHNN/PAC BELL, 507 N. BUSH ST., SANTA ANA, CA 92707 | |
| 10924 | ANNING JOHNN/PAC BELL, 7701 ARTESIA BLVD., BUENA PARK, CA 90622 | |
| 10924 | ANNING JOHNN/PRUNEYARD VILLAGE, CAMPBELL AVE. & HAMILTON, CAMPBELL, CA 95008 | |
| 10924 | ANNING JOHNN/ROWLAND PLAZA, C/O SAN FRANCISCO GRAVEL, HWY. 101 ROWLAND RD., NOVATO, CA 94945 | |
| 10924 | ANNING JOHNN/SANTA CLARA, SAN FRANCISCO GRAVEL, 601 EL CAMINO REAL, SANTA CLARA, CA 95050 | |
| 10924 | ANNING JOHNN/SEARS, 1161 HARNING BLVD., ROSEVILLE, CA 95661 | |
| 10924 | ANNING JOHNN/SILICONIX, SANTA CLARA, CA 95050 | |
| 10924 | ANNING JOHNN/SKYPORT PLAZA, SAN FRANCISCO, CA 94101 | |
| 10924 | ANNING JOHNN/ST. FRANCIS HOTEL, PAUL & GARY ST., SAN FRANCISCO, CA 94107 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ANNING JOHNN/STONERIDGE MALL, 6120 STONERIDGE MALL RD., PLEASANTON, CA 94566

10924   ANNING JOHNN/SUMMIT PHASE II, 85 ENTERPRISE RD., ALISO VIEJO, CA 92656

10924   ANNING JOHNN/SUN MICRO, HWY. 84 & THORTON, NEWARK, CA 94560

10924   ANNING JOHNN/TEL TECHS, 12234 VICTORY BLVD., VAN NUYS, CA 91401

10924   ANNING JOHNN/TERMINATOR 2 - 3D, SIPLAST, 100 UNIVERSAL CITY PLAZA, UNIVERSAL CITY, CA 91608

10924   ANNING JOHNN/TRANS AMERICAN BLDG., WASHINGTON AND MONTGOMERY ST, SAN FRANCISCO, CA 94111

10924   ANNING JOHNN/UNITED AIRLINES, SIPLAST, 800 WORLD WAY, LOS ANGELES, CA 90001

10924   ANNING JOHNN/UNIVERSITY OF, SAN FRANCISCO GRAVEL, 2101 FULTON ST., SAN FRANCISCO, CA 94107

10924   ANNING JOHNN/VA REGIONAL HOSPITAL, 8810 RIO SAN DIEGO DR., SAN DIEGO, CA 92101

10924   ANNING JOHNN/WIND RIVER, SHERMAN & ATLANTIC, ALAMEDA, CA 94501

10924   ANNING JOHNSON - HAYWARD, 22955 KIDDER ST, HAYWARD, CA 94545

10924   ANNING JOHNSON - PRO OFFICE BLDG, GOOD SAMARITAN HOSPITAL, DOWNERS GROVE, IL 60515-1590

10924   ANNING JOHNSON CO, 1901 MACARTHUR BLVD NW, ATLANTA, GA 30318

10925   ANNING JOHNSON CO, 22955 KIDDER ST, HAYWARD, CA 94545

10924   ANNING JOHNSON CO, PO BOX1228, LA PUENTE, CA 91749

10924   ANNING JOHNSON CO., #7 WEST 5TH AVE., ROME, GA 30162

10924   ANNING JOHNSON CO., 2876 OLD ROCKY RIDGE ROAD, HOOVER, AL 35243

10924   ANNING JOHNSON CO., 5375 CHAMBLEE-DUNWOODY ROAD, DUNWOODY, GA 30338

10925   ANNING JOHNSON COMPANY, 13250 TEMPLE AVE, CITY OF INDUSTRY, CA 91746

10924   ANNING JOHNSON COMPANY, 1959 ANSON DRIVE, MELROSE PARK, IL 60160

10924   ANNING JOHNSON COMPANY, CAMBRIDGE, MA 02140

10925   ANNING JOHNSON, 13250 TEMPLE AVE, CITY OF INDUSTRY, CA 91744

10924   ANNING JOHNSON, 13250 TEMPLE, CITY OF INDUSTRY, CA 91744

10924   ANNING JOHNSON, 22955 KIDDER ST, HAYWARD, CA 94545

10924   ANNING JOHNSON, 22955 KIDDER ST., HAYWARD, CA 94545

10924   ANNING JOHNSON, 22955 KIDDER STREET, HAYWARD, CA 94545

10924   ANNING JOHNSON, CAMBRIDGE, MA 02140

10924   ANNING JOHNSON, CITY OF INDUSTRY, CA 91749

10924   ANNING JOHNSON, J.C. PENNY, NORTHRIDGE, CA 91324

10924   ANNING JOHNSON/PAC BELL BREA, 245 ORANGE AVE., BREA, CA 92821

10924   ANNING JOHNSON/THE VENETIAN, 3317 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89109

10924   ANNING JOHNSON/WAREHOUSE, 22955 KIDDER ST., HAYWARD, CA 94545

10924   ANNING-JOHN/1ST ENTERTAINMENT C.U., 6735 FOREST LAWN, LOS ANGELES, CA 90001

10924   ANNING-JOHN/HOWARD HUGHES, 6060 CENTER DR., LOS ANGELES, CA 90045

10924   ANNING-JOHN/LNR NEWPORT PLAZA, 895 DOVE ST., NEWPORT BEACH, CA 92657

10924   ANNING-JOHN/MACYS STORE, 130 LAKEWOOD CENTER MALL, LAKEWOOD, CA 90712

10924   ANNING-JOHN/MARINA POINTE TOWER, 13252 TEMPLE AVE, INDUSTRY, CA 91746

10924   ANNING-JOHN/PHASE II HOWARD HUGHES, 6080 CENTER DR., WESTCHESTER, CA 90045

10924   ANNING-JOHN/WILSHIRE CONDO, LOS ANGELES, CA 90001

10924   ANNING-JOHNN/WIND RIVER, SAN FRANCISCO GRAVEL, ALAMEDA, CA 94501

10924   ANNING-JOHNN/YAHOO HEADQUARTERS, 1ST AVE. & MATHILDA, SUNNYVALE, CA 94089

10924   ANNING-JOHNSON CO., 13250 TEMPLE AVE., INDUSTRY, CA 91746

10924   ANNING-JOHNSON CO., 1601 W. PEACHTREE ST., ATLANTA, GA 30309

10924   ANNING-JOHNSON CO., 22955 KIDDER STREET, HAYWARD, CA 94545

10924   ANNING-JOHNSON/GLENDALE ADVENTIST, 200 RICHLAND AVE., GLENDALE, CA 91206

10925   ANNIS LICK WALCOTT, 1147 ARNOLD AVE, GREENVILLE, MS 38701-6322

10924   ANNISTON ARMY DEPOT, 7 FRANKFORT AVENUE, ANNISTON, AL 36201

10924   ANNISTON PLATING & METAL FIN., INC., CAMBRIDGE, MA 02140

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    ANNISTON PLATING &, METAL FINISHING, ANNISTON, AL 36204

10925    ANNIVERSARY CLASSIC, THE, 201 WEST PALMETTO PARK RD, BOCA RATON, FL 33432

10925    ANNOYE, DEAN, E2556 CTY S, CASCO, WI 54205

10925    ANNS FLORIST, 1245 BANKHEAD HWY S W, MABLETON, GA 30059

10925    ANNUAL CONCRETE AWARDS DINNER, 25 IRELAND BROOK DR, NORTH BRUNSWICK, NJ 08902

10925    ANNUAL CONCRETE AWARDS DINNER, 3951 JOHNS WAY, DOYLESTOWN, PA 18901

10925    ANNUAL REVIEWS, PO BOX 10139, PALO ALTO, CA 94303-0139

10924    ANNUNCIATION CATHOLIC ACADEMY, C/O GALE FIREPROOFING, ALTAMONTE SPRINGS, FL 32701

10924    ANOKA CTY HUMAN SERVICES C/O BAHL, EAST SIDE OF HWY 65, 1201 89TH AVE, HWY 65 & 89TH AVE N.E., BLAINE, MN 55434

10924    ANOKA HIGH SCHOOL, 3939 NORTH 7TH AVENUE, ANOKA, MN 55303

10924    ANOKA SENIOR HIGH SCHOOL, 3939 7TH AVE. NORTH, ANOKA, MN 55303

10924    ANOKA TECHNICAL COLLEGE, 1355 W. MAIN ST., ANOKA, MN 55303

10925    ANRICH MICROSCREEN, 15751 ROXFORD, SYLMAR, CA 91342

10925    ANS, 975 WALNUT ST, CARY, NC 27511

10925    ANSALDO INDUSTRIA SPA, CORTE LAMBRUSCHINI - TORRE A, PIAZZA BORGO PILA, 40, 16129 GENOVA, ITALY                    *VIA Deutsche Post*

10925    ANSALDO NORTH AMERICA INC., 430 MOUNTAIN AVE, NEW PROVIDENCE, NJ 07974

10925    ANSARI, DARIUSH, 2510 DELS LA, TURLOCK, CA 95380

10925    ANSAY JT TEN, PAUL R & SARAH E, 3121 TIMBERLANE, VERONA, WI 53593-9057

10925    ANSBRO, JEANNE, 23426A SW 54TH WAY, BOCA RATON, FL 33433

10925    ANSBRO, LISA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    ANSELENE, CINDY, 8 HUTCHINSON AVE, FAIRMONT, WV 26554

10925    ANSELL, MARLENE, 3109 RESEDA CT, TAMPA, FL 33618

10925    ANSETT INDUSTRIES, 12675 ENCINITAS AVE, SYLMAR, CA 91342-3333

10925    ANSI INC OF IL, POST OFFICE BOX 95109, PALATINE, IL 60095-0109

10925    ANSIN TECHNOLOGY GROUP, 38 LOVETT ROAD, NEWTON, MA 02159

10925    ANSLEY INC, POBOX 2150, SHELBY, NC 28151-2150

10925    ANSLEY, CLARENCE, 1834 FLAT ST, PENN YAN, NY 14527-9150

10925    ANSLEY, GAIL, 3150 N W 14TH ST, FT LAUDERDALE, FL 33311

10925    ANSON, JAMES R, 1664 RHODODENDRON DRIVE, LIVERMORE, CA 94550

10924    ANSTEC INC, BLDGS-16W, CODE 239.1, GREENBELT, MD 20771-0001

10925    ANSTROM, DONALD, 212 HICKORY LANE, MOMENCE, IL 60954

10925    ANSTROM, NANCY, RR2 6 APACHECT, BOURBONNAIS, IL 60914

10925    ANSTROM, NANCY, RT 2, 6 APACHE COURT, BOURBONNAIS, IL 60914

10924    ANSUL CO., 1 STANTON STREET, MARINETTE, WI 54143

10925    ANSUL FIRE PROTECTION TYCO LABORAT, M BRIAN MOROZE, ONE TYCO PARK, EXETER, NH 03833

10925    ANSUL FIRE PROTECTION, PETER L FLEMISTER, 16100 S LATHROP AVE, HARVEY, IL 60426

10925    ANSWER ILLINOIS INC, PO BOX 4620, WHEATON, IL 60189-4620

10925    ANSWER ILLINOIS, INC, PO BOX 4620, WHEATON, IL 60189-4620

10925    ANSWER, INC, 8345 WEST 16TH AVE, DENVER, CO 80215

10925    ANT CORP., 189 GENTRY ST, POMONA, CA 91767

10925    ANTAR, SHARON, 25 GRAND VIEW AVE, REVER, MA 02151

10924    ANTCLIF ALUMINUM PRODUCTS, 2417 E. JUDD ROAD, BURTON, MI 48529

10925    ANTCZAK, GLENNA, 17 MARION ROAD, MONTVALE, NJ 07645

10924    ANTEC CORPORATION, 11450 TECHNOLOGY CIRCLE, DULUTH, GA 30097

10924    ANTEC MFR., ROUTE30 WEST, ROCK FALLS, IL 61071

10925    ANTEE, VANUEL, 1016 JEWEL AVE, BURKBURNETT, TX 76354

10925    ANTEK INSTRUMENTS LP, 300 BAMMEL WESTFIELD RD, HOUSTON, TX 77090

10925    ANTEL CORPORATION, 669 EXECUTIVE DR, WILLOWBROOK, IL 60521

10925    ANTENNA PRODUCTS CORP., 101 S.E. 25TH AVE., MINERAL WELLS, TX 76067

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ANTENNACO INC, 120 ARMORY RD, MILFORD, NH 03055

10925   ANTHONIES, RACHAEL M., 1299 RED FEATHER CT., OFALLON, MO 63366

10925   ANTHONY AND CO, INC, PO BOX 887, ESCANABA, MI 49829

10924   ANTHONY CONCRETE SUPPLY CO., 175 KENT AVENUE, BROOKLYN, NY 11211

10924   ANTHONY CONCRETE SUPPLY CO., P. O. BOX 0549, BRONX, NY 10472

10924   ANTHONY CONCRETE SUPPLY CO., P.O. BOX 0549, BRONX, NY 10472

10924   ANTHONY CORRADO, INC., 125 HIGGINSON AVE., LINCOLN, RI 02865

10925   ANTHONY CRANE RENTAL INC., PO DRAWER 7055, GARDEN CITY, GA 31418

10925   ANTHONY F DEROSE TR UDT MAY 22 93, ANTHONY F DEROSE, 253 STANLEY AVE, WAUKEGAN, IL 60085-2115

10925   ANTHONY F MACEK SR TR, UA 04 05 00, ANTHONY F MACEK SR TRUST, 13006 W 116TH TER, OVERLAND PARK, KS 66210-3530

10925   ANTHONY GRIGNANO CO, GERALD OBRIEN, 6702 EAST PASS, MADISON, WI 53719

10924   ANTHONY HALL ENGINEERING BUILDING, C/O UNIVERSITY OF MICHIGAN, LANSING, MI 48901

10924   ANTHONY HARPER READY MIX, 804 E. MAIN, HARPER, KS 67058

10925   ANTHONY J DELAURENTIS PA, 2001 JEFFERSON DAVIS HWY #200, ARLINGTON, VA 22202

10925   ANTHONY J DELAURENTIS PA, 2001 JEFFERSON DAVIS HWY, SUITE 211, ARLINGTON, VA 22202

10925   ANTHONY LANZA TR, UA 10 28 96, ANTHONY LANZA U-DECL, 6053 S MERRIMAC AVE, CHICAGO, IL 60638-4223

10925   ANTHONY PONTIAC GMC BUICK, 7225 WEST GRAND AVE, GURNEE, IL 60031

10925   ANTHONY ROBERT GRINNEL SCHOLARSHIP, 8776 E SHEA BLVD B 3A 443, SCOTTSDALE, AZ 85260

10925   ANTHONY SR., EARL, 7683 QUARTERFIELD RD., GLEN BURNIE, MD 21061

10925   ANTHONY, CHRISTINE, 413 1/2 SPINK ST, WOOSTER, OH 44691

10925   ANTHONY, CHRISTOPHER, 2421 NW 14TH, AMARILLO, TX 79107

10925   ANTHONY, DOROTHY, 6240-D RIDGE POND RD, CENTREVILLE, VA 22020

10925   ANTHONY, KIMBERLY, 11841 GOSHEN #9, LOS ANGELES, CA 90049

10925   ANTHONY, LARRY, 604 WEST HAMPSHIRE, KING CITY, MO 64463

10925   ANTHONY, LEIGH, 39 WEST CLAYTON PARK, CLAYTON, NC 27520

10925   ANTHONY, LINDA, 1058 7TH ST, GLEN BURNIE, MD 21060

10925   ANTHONY, LINDA, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   ANTHONY, MICHAEL, 2645 SILVERCREEK DRIVE, FRANKLIN PARK, IL 60131

10925   ANTHONY, MICHEAL, 1991 K POWERS FERRY, MARIETTA, GA 30067

10925   ANTHONY, NANCY, 104 NIXON AVE, ROME, GA 30161

10925   ANTHONY, SARAH, 4701 HAYES RD, APT 201, MADISON, WI 53704

10925   ANTHONY, TRENT, 8308 APT C HARRIS, CHARLOTTE, NC 28269

10925   ANTHONY, VICTOR, 5305 LAUREL POINTE DRIVE, VALRICO, FL 33594

10925   ANTHONY, WHITNEY, 626 ROBERTSON ST, NEW IBERIA, LA 70560-4242

10925   ANTHONY, WILBERT, 1131 IVERLEIGH TRAIL, CHARLOTTE, NC 28270

10925   ANTHONYS FINE RESTAURANTS, 153 HUMPHREY ST, SWAMPSCOTT, MA 01907

10925   ANTHONYS PIER 4 RESTAURANTS, 299 SALEM ST, SWAMPSCOTT, MA 01907-1322

10925   ANTHONYS PIER 4, 140 NORTHERN AVE, BOSTON, MA 02210

10925   ANTI STATIC RESOURCES, 6710 W HENRIETTA ROAD, RUSH, NY 14543

10925   ANTIBUS SCALES & SYSTEMS, 3600 W. MCGILL ST., #200, SOUTH BEND, IN 46628

10925   ANTIBUS SCALES & SYSTEMS, 4809 ILLINOIS RD., FORT WAYNE, IN 46804

10924   ANTIGO BLOCK CO INC, 230 MILTON ST, ANTIGO, WI 54409

10924   ANTIGO BLOCK CO INC, POBOX 34, ANTIGO, WI 54409

10924   ANTIGO BLOCK CO, P O BOX 34, ANTIGO, WI 54409

10925   ANTIGUA, DOMINGO, 59 - 1ST ST, NEWARK, NJ 07107

10925   ANTIGUA, MARTIN, 1977 LAUFFTEN, BRONX, NY 10457

10925   ANTINI, BARBARA, 1504 SHADY REST PL SW, SHALLOTTE, NC 28470

10924   ANTIOCH BLDG MATLS, ATTN: ACCOUNTS PAYABLE, ANTIOCH, CA 94509

10924   ANTIOCH BUILDING MATERIALS, 1375 CALIF. AVE & LOVERIDGE ROAD, PITTSBURG, CA 94565

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ANTIPAS, KATINA, 174 OLD LOGGING ROAD, STAMFORD, CT 06903

10924   ANTIQUE TRAILER - C/O TED JONES, WEBER URETHANE, DUBUQUE, IA 52001

10925   ANTLITZ, WILLIAM, 1131 HULL ST, BALTIMORE, MD 21230

10925   ANTOINETTE D WARRICK TR UA, AUG 1 89 THE ANTOINETTE D, WARRICK, 2958 GARDENDALE DR, SAN JOSE, CA 95125-4230

10925   ANTON, LINDA M, 339 ATTENBOROUGH DR #204, BALTIMORE, MD 21237

10925   ANTON, LINDA, 10325 VINCENT ROAD, WHITE MARSH, MD 21162

10925   ANTONCECCHI, DEBRA, 32 SPENCER DR., WESTERLY, RI 02891

10925   ANTONCIC, JOHN, AND KATE MANZONI JT TEN, BOX 638, LYNBROOK, NY 11563-0638

10925   ANTONELLI, TERRY, STOUT & KRAUS, 1300 N 17TH ST #1800, ARLINGTON, VA 22209

10925   ANTONELLIS, CAROLINE, 51 MAIN ST, DOVER, MA 02030

10925   ANTONETTY, YVONNE, BOX 904 ALEMANY SOSA, MAYAGUEZ, PR 00680

10925   ANTONICELLI, JOHN A, 14 LINDSEY LN, HOLTSVILLE, NY 11742-2253

10925   ANTONIO, AMBER MARIE, 26435 SANDWICH PLACE, SORRENTO, FL 32776

10925   ANTONIO, EVERETT, 7903 KREEGER DR #107, ALDEPHIO, MD 20783

10925   ANTONIO, MARGARITA, 10531 ODESSA AVE, GRANADA HILLS, CA 91344

10925   ANTONIOU, CHRIS, 44 CLOVERHILL DRIVE, CHELMSFORD, MA 01824

10925   ANTONSON, CLAIRE, RR 1 BOX 266, VERMILLION, SD 57069

10925   ANTONUCCI, SANDRA, 652 E. CENTER ST, ANAHEIM, CA 92805

10925   ANTONY, GARY, 12815 PEMBROKE CIRCLE, LEAWOOD, KS 66209-1625

10925   ANTONY, LUCY, 3681 DILIDO APT. 1040, DALLAS, TX 75228

10925   ANTONY, LUKE, 5135 N. LECLAIRE, CHICAGO, IL 60630

10925   ANTUNES, MARGO, 2545 E HILLERY DR, PHOENIX, AZ 85032

10925   ANTUNES, MARY, 6 BIRCHWOOD TERRACE, N. DARTMOUTH, MA 02747

10925   ANTUNEZ, NADINE, 1421 RAMA DR., VALINDA, CA 91746

10925   ANTUONO, RENEE, 2020 PREUSS RD APT 210, LOS ANGELES, PA 90034-1290

10925   ANUSZEWSKI, ANTHONY, 1787 LOWER 40 LANE DRIVE, HAMPSTEAD, MD 21074-2568

10925   ANYANWU, ANNIE, 7683 FERGUSON RD, DALLAS, TX 75228

10925   ANZAI, EARL, 425 QUEEN ST, HONOLULU, HI 96813

10925   ANZALONE, LINDA, 226 PUTNAM LA, WEIRTON, WV 26062

10925   AO INC, 1304 SW 160TH AVE #435, SUNRISE, FL 33326

10924   AOC YORKTOWN VA, ROUTE 173, YORKTOWN, VA 23690

10925   AOCS ATTN: AMY LYDIC, PO BOX 3489, CHAMPAIGN, IL 61826-3489

10925   A-O-K MAINTENANCE, INC, 492 WEST SHARON ROAD, CINCINNATI, OH 45246

10925   AOK TRUCKING SUPPLY INC, PO BOX 3096, WHEELING, WV 26003

10924   AOK TRUCKING, 4098 N JEFFERSON, BELLAIRE, OH 43906

10924   AOK TRUCKING, P.O. BOX 3096, WHEELING, OH 26003

10925   AON CONSULTING INC, 300 HARMON MEADOW BLVD. 3RD FL, SECAUCUS, NJ 07094

10925   AON CONSULTING NEW ZEALAND LIMITED, POBOX 2764, WELLINGTON,

10925   AON CONSULTING,INC, 125 CHUBB AVE., LYNDHURST, NJ 07071-0629

10925   AON CONSULTING/ASA, PO BOX 905494, CHARLOTTE, NC 28290-5494

10925   AON RISK SERVICES INC OF NY, 685 3RD AVE, NEW YORK, NY 10017

10925   AON RISK SERVICES INC, CHURCH ST STATION, NEW YORK, NY 10261-4453

10924   A-ONE READY MIX, 7295 HIGHWAY 45 NORTH, GREENVILLE, MS 38702

10924   A-ONE TRANSIT MIX, INC., 431 EAST 165TH STREET, BRONX, NY 10456

10924   A-ONE-READY MIX, 7296 HWY 45, COLUMBUS, MS 39701

10925   AOUCHER, HICHEM, 714 HAYES AVE APT B, LIVERMORE, CA 94550

10925   AOXY MANAGEMENT TRUST, 300 TICE BLVD, WOODCLIFF LAKE, NJ 07677

10925   AP NONWEILER CO INC, POBOX 1007, OSHKOSH, WI 54902-1007

10925   AP TECHNOLOGIES, PO BOX 940773, HOUSTON, TX 77094

10925   APA BUSINESS SERVICES INC, PO BOX 81146, ATLANTA, GA 30366

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   A-P-A TRANSPORT CORP, PO BOX 831, NORTH BERGEN, NJ 07047

10925   APA TRANSPORT CORP., PO BOX 831, NORTH BERGEN, NJ 07047

10925   APA, 400 CAPITOL MALL SUITE 900, SACRAMENTO, CA 95814

10925   APA, PO BOX 831, NORTH BERGEN, NJ 07047

10924   APAC - MS, INC., PO BOX1388, COLUMBUS, MS 39703-1388

10924   APAC - MS., INC., PO BOX 1388, COLUMBUS, MS 39703

10924   APAC CAROLINA INC., 1550 E. CAMPGROUND ROAD, FLORENCE, SC 29501

10924   APAC CAROLINA INC., 830 LUCAS STREET, FLORENCE, SC 29501

10924   APAC CAROLINA, INC., 122 PALMETTO POINTE ROAD, MARION, SC 29571

10924   APAC CAROLINA, INC., 620 MINERAL SPRINGS ROAD, ATTN: ACCOUNTS PAYABLE, DARLINGTON, SC 29540

10924   APAC CAROLINA, INC., 869 SCOTLAND ROAD, DILLON, SC 29536

10924   APAC MISSISSIPPI INC, INDUSTRIAL ROAD, STARKVILLE, MS 39759

10924   APAC MISSISSIPPI INC, LAKE NORRIS ROAD, COLUMBUS, MS 39703

10924   APAC MISSISSIPPI INC, PO BOX1388, COLUMBUS, MS 39703-1388

10925   APAC MISSISSIPPI, POBOX 562, WEST POINT, MS 39773

10925   APAC PAPER & PACKAGING CORP, PO BOX 64854, DETROIT, MI 48264

10924   APAC, HWY 373 S, HAMILTON, MS 39746

10924   APAC, PO BOX1388, COLUMBUS, MS 39703-1388

10924   APAC-GEORGIA INC., 900 WEST LEE ROAD, TAYLORS, SC 29687

10924   APAC-GEORGIA INC., ATTN: CINDY ALEXANDER, GREENVILLE, SC 29602

10924   APAC-GEORGIA, INC., 1275 AIRPORT LOOP RD. SOUTH, COLLEGE PARK, GA 30337

10925   APACHE CORPORATION, 2000 POST OAK, STE 100, HOUSTON, TX 77058-4400

10924   APACHE GOLD, SMITH AND GREEN, GLOBE, AZ 85501

10925   APACHE HOSE & BELTING, INC, 135 S LA SALLE ST #1726, CHICAGO, IL 60603-4177

10925   APACHE HOSE & BELTING, POBOX 1719, CEDAR RAPIDS, IA 52406-1719

10924   APACHE MILLS INC., PO BOX 694, CALHOUN, GA 30703

10924   APACHE MILLS, 417 RIVER STREET, CALHOUN, GA 30701

10924   APAC-MISSISSIPPI INC., 700 NORTH MERIDIAN, ABERDEEN, MS 39730

10924   APAC-MISSISSIPPI,INC., PO BOX1388, COLUMBUS, MS 39703-1388

10924   APAC-MISSOURI INC., PO BOX1117, COLUMBIA, MO 65205

10924   APAC-MISSOURI INC., SPRINGFIELD AIRPORT, PORTABLE, SPRINGFIELD, MO 65806

10924   APAC-MS INC., PO BOX1388, COLUMBUS, MS 39703-1388

10924   APALACHEE CORRECTIONAL IN, PO BOX 699, SNEADS, FL 32460

10925   APANA, P, 5570 SW 7TH CT, MARGATE, FL 33063

10925   APARICIO, RICHARD, 32 FRENCH ST, PAWTUCKET, RI 02860

10925   APARTE, NELSON, PO BOX 520 GROUND FL, LODI, NJ 07644

10925   APAYDIN, GAIL, E 608 42ND, SPOKANE, WA 99203

10925   APCCO CHEMICAL, 203 W OLDFIELD STREET, LANCASTER, CA 93534

10925   APCO WORLDWIDE, 2200 ALASKAN WAY SUITE 3000, SEATTLE, WA 98121

10925   APERAWIC, DOROTHY, 4 BROOKSIDE COURT, PARSIPPANY, NJ 07054

10925   APERTUS TECHNOLOGIES, CM 9585, SAINT PAUL, MN 55170-9585

10925   APEX BULK COMMODITIES, PO BOX 66610, EL MONTE, CA 91735-6610

10924   APEX CONCRETE, 1307 LONGHOLLOW ROAD, ELIZABETH, IL 61028

10924   APEX CONCRETE, 45 JONES STREET, DUBUQUE, IA 52001

10924   APEX CONCRETE, INDUSTRIAL COURT, PEOSTA, IA 52068

10924   APEX ELECTRIC SUPPLY, 406 W EXCHANGE STREET, AKRON, OH 44302-1786

10924   APEX ELECTRIC, 941 S.W. HENDERSON RD, TOPEKA, KS 66615

10925   APEX ENGINEERING PRODUCTS CO., PO BOX 4588, NAPERVILLE, IL 60567-4588

10924   APEX ENGINEERING, 1234 WELLINGTON PLACE, WICHITA, KS 67203

10925   APEX GROUP, 7151 GATEWAY DR., COLUMBIA, MD 21046

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | APEX IND SUPPLY, 320 CHARLOTTE ST, ST JOHN, NB E2L 4A5CANADA | *VIA Deutsche Post* |
| 10924 | APEX INDUSTRIAL COATINGS, 11895 S. PROFIT ROW, FORNEY, TX 75126 | |
| 10924 | APEX LUMBER MART, INC, 651 S. BROAD STREET, TRENTON, NJ 08611 | |
| 10924 | APEX MANUFACTURING, INC., 3201 E. BROADWAY, PHOENIX, AZ 85040 | |
| 10924 | APEX PLASTERING, C/O A & A BLDG. MTLS., WATTS, CA 90002 | |
| 10924 | APEX PLASTERING, C/O A & A BUILDING MATERIALS, EL MONTE, CA 91734 | |
| 10924 | APEX REDI-MIXED CONCRETE CO., PO BOX1854, EL DORADO, AR 71731 | |
| 10924 | APEX REDI-MIXED CONCRETE, 1605 HAYNESVILLE HWY, EL DORADO, AR 71730 | |
| 10925 | APEX SUPPLY CO, INC, PO BOX 101802, ATLANTA, GA 30392-1802 | |
| 10925 | APEX SUPPLY CO, PO BOX 101802, ATLANTA, GA 30392-1802 | |
| 10924 | APEX TOOL, 3200 TOLLVIEW ROAD, ROLLING MEADOWS, IL 60008 | |
| 10924 | APEX/BETHAL KOREAN CHURCH, HARVARD ST, IRVINE, CA 92709 | |
| 10924 | APEX/COLUMBIA MEDICAL CENTER, C/O WESTSIDE BUILDING MATERIALS, SAN CLEMENTE, CA 92672 | |
| 10924 | APEX/DATE ELEMENTARY SCHOOL, APEX PLASTERING, FONTANA, CA 92334 | |
| 10924 | APEX/HUGHES AIRCRAFT, C/O WESTSIDE BUILDING MATERIALS, EL SEGUNDO, CA 90245 | |
| 10924 | APEX/HYPERIAN  PLANT, APEX PLASTERING, LOS ANGELES, CA 90001 | |
| 10924 | APEX/HYPERION WATER TREAT, C/O A & A BUILDING MATERIALS, EL SEGUNDO, CA 90245 | |
| 10924 | APEX/JUVENILE DETENTION CENTER, C/O A & A BUILDING MATERIALS, 331 THE CITY DR., ORANGE, CA 92668 | |
| 10924 | APEX/KING DREW MEDICAL CENTER, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | APEX/KING DREW, C/O A & A BLDG. MTLS., WILLOW BROOK, CA 90222 | |
| 10924 | APEX/PALOS VERDES COLLEGE, DEFRAIN & 6TH ST., BLYTHE, CA 92225 | |
| 10924 | APEX/RIVERSIDE COURT HOUSE, WESTSIDE BUILDING MATERIALS, RIVERSIDE, CA 92501 | |
| 10924 | APEX/SIMI VALLEY POLICE STATION, WESTSIDE BUILDING MATERIALS, SIMI VALLEY, CA 93062 | |
| 10924 | APEX/UCLA GYM EXPANSION, LOS ANGELES, CA 90001 | |
| 10924 | APEX/VICTOR VALLEY HIGH SCHOOL, APEX, VICTORVILLE, CA 92392 | |
| 10925 | APEXQ, 1425 HAMPSHIRE AVE.SOUTH,SUITE 113, MINNEAPOLIS, MN 55426 | |
| 10925 | APFEL, ANTHONY, PO BOX 818, LITHIA, FL 33547-0818 | |
| 10925 | APGAR, JOAN, 376 WILLIAM ST, SOMERVILLE, NJ 08876 | |
| 10925 | API BASCO INC., PO BOX 623, BUFFALO, NY 14240-0623 | |
| 10924 | API CONSTRUCTION COMPANY, 2366 ROSE PLACE, SAINT PAUL, MN 55113 | |
| 10925 | API CONTROLS INC, 5037 COLLECTION CENTER DR, CHICAGO, IL 60693-0050 | |
| 10925 | API CONTROLS, 4 SOUTH HAZELWOOD DR., AMHERST, NY 14228 | |
| 10925 | API CONTROLS, 45 HAZELWOOD DR, AMHERST, NY 14228-2278 | |
| 10925 | API ENCOMPASS, 1 CASTLE POINT TERRACE, LIVINGSTON, NJ 07039 | |
| 10924 | API FOILS, 3841 GREENWAY CIRCLE, LAWRENCE, KS 66046 | |
| 10925 | API MOTION, 5037 COLLECTIONS CENTER DR., CHICAGO, IL 60693 | |
| 10925 | API SERVICES, PO BOX 318, NEW ALBANY, KY 47151 | |
| 10925 | API SUPPLY INC, 624 ARTHUR ST NE, MINNEAPOLIS, MN 55413 | |
| 10924 | API SUPPLY, 4420 W RIVER RD, MILWAUKEE, WI 53223 | |
| 10924 | API SUPPLY, 4429 W. RIVER LANE, MILWAUKEE, WI 53223 | |
| 10924 | API UNIVERSAL FOILS INC, 11401 WILMAR BLVD, CHARLOTTE, NC 28273 | |
| 10924 | API UNIVERSAL FOILS INC., 3841 GREENWAY CIR, LAWRENCE, KS 66046 | |
| 10925 | API, 245 TANK FARM ROAD, SAN LUIS OBISPO, CA 93401 | |
| 10925 | APICS, 500 WEST ANNANDALE RD, FALLS CHURCH, VA 22046 | |
| 10925 | APICS, 5301 SHAWNEE ROAD, ALEXANDRIA, VA 22312-2317 | |
| 10925 | APICS, POBOX 630057, BALTIMORE, MD 21263-0057 | |
| 10925 | APIGO, MARIO V, 7910 FITZROY ST, ALEXANDRIA, VA 22309 | |
| 10925 | APL INTERMODEL, PO BOX 70218, CHICAGO, IL 60673 | |
| 10925 | APL, PO BOX 70218, CHICAGO, IL 60673-0218 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   APLICARE INC., 50 E. INDUSTRIAL RD., BRANFORD, CT 06405

10925   APLICARE, INC, 50 E. INDUSTRIAL ROAD, BRANFORD, CT 06405-6507

10925   A-PLUS NETWORK INC., PO BOX 105172, ATLANTA, GA 30348-5172

10925   APOGEE CONSULTANTS, LTD, PO BOX 254, JARRETTSVILLE, MD 21084

10925   APOLITO, MARY, 1003 LINCOLNSHIRE DR., NO. ATTLEBORO, MA 02760

10924   APOLLO COATING TECHNOLOGIES, INC., 2953 LADYBIRD LANE, DALLAS, TX 75220

10925   APOLLO CONSTRCTION CO, 4160 GILES ROAD, KENNESAW, GA 30144

10925   APOLLO CONSTRUCTION CO, 50 MITCHELL ST, LODI, NJ 07644

10924   APOLLO CONSTRUCTION GROUP,INC., 4160 GILES ROAD, KENNESAW, GA 30144

10925   APOLLO MICROWAVE LIMITED, 11450 COTE DE LIESSE, DORVAL, QC H9P 1A9CANADA          *VIA Deutsche Post*

10925   APOLLO MOTOR EXPRESS INC, PO BOX 149, MILLBURY, MA 01527

10925   APOLLO SECURITY, INC, 2150 BOSTON-PROVIDENCE HWY, WALPOLE, MA 02081

10924   APOLLO TECHNOLOGIES, MEZI SKLADY 3/107, 140 00 PRAHA 4, CZECH REPUBLIC, CZE          *VIA Deutsche Post*

10924   APOLLO TECHNOLOGIES, SUITE 526, 5 S REGENT STREET, LIVINGSTON, NJ 07039

10925   APOLLO TRANSPORTATION OF ORLANDO, 955 W LANCASTER ROAD, SUITE 357, ORLANDO, FL
        32809

10925   APOLLO TRANSPORTATION SVS, 1300 PARK OF COMMERCE BLVD., DELRAY BEACH, FL 33445

10924   APOLLO, 1850 S. COBB INDUTRIAL BLVD, SMYRNA, GA 30082

10925   APOLLO/RYBOLT, 1730 TENNESSEE AVE., CINCINNATI, OH 45229

10925   APONTE, AIDA, CALLE ESTONIA N1 SANTA JUANITA, BAYAMON, PR 00956

10925   APONTE, RAYMON, 501 VAN BUREN ST, D6, EAST FT MYERS, FL 33916

10925   APONTE-CRUZ, GERALD, 107 THOMPSON ST, RARITAN, NJ 08869

10925   APOPKA AREA CHAMBER OF COMMERCE, 180 EAST MAIN ST, APOPKA, FL 32703

10925   APOPKA HIGH SCHOOL SWIM TEAM, 555 WEST MARTIN ST, APOPKA, FL 32712

10925   APOSTOL, M ALEXIS, 551 ROUTE DES QUEINIERES TOURRETTES SUR LOUP, VENCE,          *VIA Deutsche Post*
        06140FRANCE

10924   APOSTOLIC CHURCH OF GOD, 6320 DORCHESTER AVENUE, CHICAGO, IL 60637

10925   APOSTOLOS STAVROPOLOS, PATMOU 8, ATHENS, GREECE          *VIA Deutsche Post*

10924   APPALACHIAN POWER COMPANY, PO BOX 24400, CANTON, OH 44701-4400

10924   APPALACHIAN STATE UNIVERSITY, PLENMONS STUDENT UNION, BOONE, NC 28607

10925   APPALACHIAN TREE CO, INC, PO BOX 353, NEW MARKET, MD 21774

10925   APPAREL EMBROIDERY, 6121-B HERITAGE PARK DR, CHATTANOOGA, TN 37416

10924   APPAREL MART, I-35 & 2300 STEMMONS FREEWAY, DALLAS, TX 75200

10925   APPCO, INC, PO BOX 23449, CHARLOTTE, NC 28227

10925   APPEL, KIMBERLY, 2026 PEACH ORCHARD DR #T-2, FALLS CHURCH, VA 22043

10925   APPEL, LISA, 2701 EARL DRIVE, MERAUX, LA 70075

10925   APPELBAUM, JEANNE, 19 LOMA VISTA DRIVE, ORINDA, CA 94563

10925   APPERSON CHEMICALS, INC, PO BOX 30056, TAMPA, FL 33630-3056

10925   APPLE GLASS & TRIM, 3111 ANTOINE, HOUSTON, TX 77092-7037

10924   APPLE HILL # OFFICE BLDG., 505 UNIV. AVE BLDG. #3, NORWOOD, MA 02062

10924   APPLE HILL PHASE II, 594 WORCHESTER RD. RT. 9, NATICK, MA 01760

10925   APPLE MOVING, 2653 MYRTLE SPRINGS AVE, DALLAS, TX 75220-2514

10925   APPLE ONE, PO BOX 29048, GLENDALE, CA 91209-9048

10924   APPLE VALLEY MIDDLE SCHL-CUSTOM DRY, CORNER OF JOHNNY CAKE RIDGE ROAD &, APPLE
        VALLEY, MN 55124

10925   APPLE, JAMES, ROUTE N 1 148-B, CROSS PLAINS, TX 76443

10925   APPLE, JOHN, PO BOX 24163, GREENVILLE, SC 29616-4163

10925   APPLE, JOHN, PO BOX 464, DUNCAN, SC 29334

10925   APPLE, STEPHEN, 5911 CLEVELAND ROAD, WOOSTER, OH 44691

10925   APPLEBAUM, REBECCA, 5961 GRAND BANKS, COLUMBIA, MD 21044

10925   APPLEBEE-CHURCH, INC, 3120 MEDLOCK BRIDGE RD., NORCROSS, GA 30071

10924   APPLEBEES, 11950 OLIVE BLVD., SAINT LOUIS, MO 63141

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | APPLEBROOK RLLP, ATTN: STEVE APPLEMAN, 153 DENARGO MARKET, DENVER, CO 80216 | |
| 10925 | APPLEBY, MARILYN, 265 E 48TH ST, JAX, FL 32208 | |
| 10925 | APPLEBY, VANESSA, 7343 W 98TH PL, WESTMINSTER,, CO 80021 | |
| 10925 | APPLEBY, VERNON, 812 SW 12TH AVE, FT LAUDERDALE, FL 33312 | |
| 10925 | APPLEGARTH, HOWARD, 1244 SHADOWOOD DRIVE, SPARTANBURG, SC 29301 | |
| 10925 | APPLEGATE, CORINNE, 102 CROFT CT, MT HOLLY, NJ 08060 | |
| 10925 | APPLEGATE, DOROTHY, 3520 VICKIE, DEL CITY, OK 73115 | |
| 10925 | APPLEGATE, F, 3607 BIG PINEY DRIVE, KINGWOOD, TX 77345 | |
| 10925 | APPLEGATE, R, 6030 GRACIOSA DRIVE, HOLLYWOOD, CA 90068-3071 | |
| 10925 | APPLEGATE, ROBERT, PO BOX 95, MAXWELL, IA 50161-0095 | |
| 10925 | APPLESEED PERSONNEL SERVICES INC, 54 MAIN ST, LEOMINSTER, MA 01453 | |
| 10925 | APPLETON MEDICAL CENTER, 1818 NORTH MEADE ST, APPLETON, WI 54913-2759 | |
| 10924 | APPLETON PAPER HEADQUARTERS NODE*, COLUMBIA, MD 21044 | |
| 10924 | APPLETON PAPER INC., APPLETON PLANT, PO BOX 1752, APPLETON, WI 54912-1752 | |
| 10924 | APPLETON PAPER INC., PURCHASING DEPT., PO BOX 1752, APPLETON, WI 54912-1752 | |
| 10924 | APPLETON PAPERS INC., 825 EAST WISCONSIN AVENUE, APPLETON, WI 54911 | |
| 10924 | APPLETON PAPERS INC., 875 COUNTY ROUTE 60, NEWTON FALLS, NY 13666 | |
| 10924 | APPLETREE SQUARE -RIVERVIEW OFC TWR, C/O BALH INSULATION, BLOOMINGTON, MN 55425 | |
| 10924 | APPLEWOOD SEED & GARDEN GROUP LLC, 5360 VIVIAN ST., ARVADA, CO 80002 | |
| 10924 | APPLEWOOD SEED & GARDEN GROUP LLC, 5380 VIVIAN ST., ARVADA, CO 80002 | |
| 10925 | APPLICATION EQUIPMENT, INC, 779 ANNORENO DRIVE, ADDISON, IL 60101 | |
| 10924 | APPLICATOR SALES & SERVICE, 420 WARREN AVENUE, PORTLAND, ME 04103 | |
| 10924 | APPLICATOR SALES & SERVICE, P.O. BOX 10109, PORTLAND, ME 04104 | |
| 10924 | APPLICATOR SALES & SERVICE, PO BOX10109, PORTLAND, ME 04104 | |
| 10925 | APPLICATOR SALES, 400 WARREN AVE, PORTLAND, ME 04104 | |
| 10925 | APPLICATORS SALES & SERVICE INC, PO BOX 10109, PORTLAND, ME 04104 | |
| 10925 | APPLIED ANALYTICS CORPORATION, 550 ALDEN ROAD, MARKHAM, ON L3R 6A8CANADA | *VIA Deutsche Post* |
| 10924 | APPLIED ASSOCIATES INC, 2051 WAUKEGAN ROAD, DEERFIELD, IL 60015 | |
| 10925 | APPLIED BUSINESS TECHNOLO, 361 BROADWAY - DEPT AR, NEW YORK, NY 10013-3998 | |
| 10925 | APPLIED CHEMICAL TECHNOLOGY INC, 4350 HELTON DR, FLORENCE, AL 35630 | |
| 10924 | APPLIED CIRCUITS, 18 GRANITE STREET, HAVERHILL, MA 01830 | |
| 10924 | APPLIED CLEANING TECHNOLOGIES, 10889 PORTAL DRIVE, LOS ALAMITOS, CA 90720 | |
| 10924 | APPLIED COMPUTER RESEARCH INC, PO BOX 82266, PHOENIX, AZ 85071-2266 | |
| 10925 | APPLIED COMPUTER SYS. INC, 2709 ROCKY POINT DR., TAMPA, FL 33607 | |
| 10925 | APPLIED ERGONOMIC SOL., 10829 NICHOLSRIDGE RD., GREAT FALLS, VA 22066 | |
| 10925 | APPLIED ERGONOMICS GROUP, POBOX 769, REDAN, GA 30074-0769 | |
| 10924 | APPLIED EXTRUSION TECH., PKG FILMS DIV. /, 901 W. EDGEMONT DRIVE, COVINGTON, VA 24426-0951 | |
| 10924 | APPLIED EXTRUSION TECH., PO BOX 5038, TERRE HAUTE, IN 47805 | |
| 10924 | APPLIED FOOD BIOTECHNOLOGY, INC., 937 LONE STAR DRIVE, O FALLON, MO 63366 | |
| 10925 | APPLIED HEALTH PHYSICS INC, 2986 INDUSTRIAL BLVD, BETHEL PARK, PA 15102 | |
| 10925 | APPLIED HEAT INC, PO BOX 990, BYRON, IL 61010 | |
| 10925 | APPLIED IND TECH, 22510 NETWORK PL, CHICAGO, IL 60673-1225 | |
| 10925 | APPLIED INDUST TECH, PO BOX 905794, CHARLOTTE, NC 28290-5794 | |
| 10925 | APPLIED INDUSTRIAL TECH, 22647 NETWORK PL, CHICAGO, IL 60673-1226 | |
| 10925 | APPLIED INDUSTRIAL TECH., 11150-R PULASKI HWY, WHITE MARSH, MD 21162 | |
| 10925 | APPLIED INDUSTRIAL TECH., 1761 TENNESSEE AVE., CINCINNATI, OH 45229 | |
| 10925 | APPLIED INDUSTRIAL TECH., 22510 NETWORK PLAZA, CHICAGO, IL 60673-1225 | |
| 10925 | APPLIED INDUSTRIAL TECH., 22647 NETWORK PL, CHICAGO, IL 60673-1226 | |
| 10925 | APPLIED INDUSTRIAL TECH., 291 SOUTH FRONTAGE ROAD, BURR RIDGE, IL 60521 | |
| 10925 | APPLIED INDUSTRIAL TECH., 3641 SOUTH BEGLIS PKWY, SULPHUR, LA 70663 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | APPLIED INDUSTRIAL TECH., 5454 HAVANA ST., DENVER, CO 80239 | |
| 10924 | APPLIED INDUSTRIAL TECHNOLOGIES, 170 MONARCH LANE, MIAMISBURG, OH 45342 | |
| 10925 | APPLIED INDUSTRIAL TECHNOLOGIES, 7509 RESOURCE COURT, BALTIMORE, MD 21226 | |
| 10925 | APPLIED INDUSTRIAL TECHNOLOGIES, IN, 22647 NETWORK PL, CHICAGO, IL 60673-1226 | |
| 10925 | APPLIED INDUSTRIAL TECHNOLOGIES, PO BOX 11244, CHATTANOOGA, TN 37401 | |
| 10924 | APPLIED INDUSTRIAL TECHNOLOGIES, PO BOX 361580, CLEVELAND, OH 44101 | |
| 10924 | APPLIED INDUSTRIAL TECHNOLOGIES, PO BOX 6925, CLEVELAND, OH 44101 | |
| 10925 | APPLIED INDUSTRIES TECH, 22647 NETWORK PLAZA, CHICAGO, IL 60673-1226 | |
| 10925 | APPLIED MAGNETICS CORP, CRAIG D CRISMAN CEO, 75 ROBIN HILL ROAD, GOLETA, CA 93117 | |
| 10925 | APPLIED MAINT SPECIALTIES, INC, PO BOX 209, BUNA, TX 77612 | |
| 10925 | APPLIED MAINTENANCE SPECIALITES, PO BOX 487, SILSBEE, TX 77656-0487 | |
| 10925 | APPLIED MARKET INFORMATION, LTD, 45-47 STOKES CROFT, BRISTOL ENGLAND, BS1 3QPUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | APPLIED MATERIALS, DPR, SANTA CLARA, CA 95050 | |
| 10924 | APPLIED MECHAN.HEADQUARTERS NODE*, COLUMBIA, MD 21044 | |
| 10924 | APPLIED MECHANICAL SYSTEMS, INC., 548 NORTHLAND BLVD., CINCINNATI, OH 45240 | |
| 10924 | APPLIED MECHANICAL SYSTEMS, INC., PO BOX 26220, DAYTON, OH 99999 | |
| 10924 | APPLIED MECHANICAL SYSTEMS, INC., PO BOX 40223, CINCINNATI, OH 45240 | |
| 10925 | APPLIED MICROBIAL SYSTEMS, 617 NORTH BLVD., STE. 400, BATON ROUGE, LA 70802 | |
| 10925 | APPLIED MICROFILM CORP, 26 BEDFORD ST PO BOX 494, WALTHAM, MA 02254 | |
| 10925 | APPLIED PLASTICS, 11771 W. 49TH, WHEAT RIDGE, CO 80033 | |
| 10925 | APPLIED POLYMERS, INC, 10643 HADDINGTON ST, HOUSTON, TX 77043 | |
| 10925 | APPLIED POWDER & COATINGS, INC, FORMERLY WOODWISE, 942 VALLEYBROOK ROAD, BOOTHWYN, PA 19061 | |
| 10925 | APPLIED PROCESS EQUIP., 700 CHURCH RD, ELGIN, IL 60123 | |
| 10925 | APPLIED PROCESS TECHNOLOGY, INC, PO BOX 30167, CINCINNATI, OH 45262-0302 | |
| 10925 | APPLIED PROCESS TECHNOLOGY, INC, PO BOX 30167, GAHANNA, OH 43230 | |
| 10925 | APPLIED PROCESS TECHNOLOGY, INC, PO BOX 62302, CINCINNATI, OH 45262-0302 | |
| 10925 | APPLIED RELIABILITY CONCEPTS, & TRAINING INC, 3933 HWY 61 N, BOONVILLE, IN 47601 | |
| 10924 | APPLIED RESEARCH ASSOC, BLDG 9742, PANAMA CITY, FL 32403 | |
| 10924 | APPLIED RESEARCH ASSOC, P O BOX 40128, TYNDALL AIR FORCE BASE, FL 32403 | |
| 10924 | APPLIED RESEARCH ASSOC., PO BOX40128, PANAMA CITY, FL 32403 | |
| 10924 | APPLIED RESEARCH CENTER @ @, NEWPORT NEWS, VA 23607 | |
| 10925 | APPLIED RESEARCH INC, PO BOX 9239, HOLLYWOOD, FL 33084-1239 | |
| 10925 | APPLIED ROADWASTE MANAGEMENT, INC, PO BOX 2225, WEST COLUMBIA, SC 29171 | |
| 10925 | APPLIED SAFETY INC, 3348-H SERVICE ST, CHARLOTTE, NC 28206 | |
| 10924 | APPLIED SCI. LAB/ALLTECH, 2701 CAROLEAN INDUSTRIAL DRIVE, STATE COLLEGE, PA 16801 | |
| 10924 | APPLIED SCIENCE LAB, 2701 CAROLEAN INDUSTRIAL DRIVE, STATE COLLEGE, PA 16801 | |
| 10924 | APPLIED SYSTEMS, 5580 HWY 160 E, HAYDEN, AL 35079 | |
| 10924 | APPLIED SYSTEMS, PO BOX 516, HAYDEN, AL 35079 | |
| 10924 | APPLIED TECH, 1103 B MADISON AVE, REDWOOD CITY, CA 94061 | |
| 10925 | APPLIED TECHNICAL SALES CO., STUMP ROAD, PLUMSTEADVILLE, PA 18949 | |
| 10925 | APPLIED TECHNICAL SERVICES INC, POBOX 945627, ATLANTA, GA 30394-5627 | |
| 10925 | APPLIED TECHNICAL SERVICES, INC, 1190 ATLANTA INDUSTRIAL BLVD., MARIETTA, GA 30066 | |
| 10924 | APPLIED TECHNOLOGY GROUP, 1407 NORTH GRAND AVENUE, COLUMBIA, MO 65203 | |
| 10925 | APPLIED TECHNOLOGY SOLUTIONS INC, 241 WILLOW LANE, DECATUR, GA 30030 | |
| 10925 | APPLIED TEST SYSTEMS, INC, 348 NEW CASTLE RD., BUTLER, PA 16001 | |
| 10925 | APPLI-TEC, 151 ESSEX ST, HAVERHILL, MA 01831 | |
| 10925 | APPLI-TEC, 151 ESSEX ST, HAVERHILL, MA 01832 | |
| 10925 | APPLITECH CONSULTING CORP, INC, 85 LEAMAN RD., LANCASTER, PA 17603 | |
| 10925 | APPLITECH CONSULTING CORP., 85 LEAMAN ROAD, LANCASTER, PA 17603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   APPLY INDUSTRIAL TECHNOLOGY, 1717 SOUTH GRAND AVE, SANTA ANA, CA 92705

10925   APPOLO CONSTRUCTION GROUP, INC, 4160 GILES ROAD, KENNESAW, GA 30144

10925   APPRAISAL GROUP INTL, 111 NORTHFIELD AVE, WEST ORANGE, NJ 07052

10925   APPROPRIATE TECHNOLOGIES II INC, STAR LIGHTNER PAUL HASTINGS JANOFSK, 345 CA ST, 29TH FL, SAN FRANCISCO, CA 94104

10925   APPROPRIATE TECHNOLOGY, 1828 L ST NW, WASHINGTON, DC 20036

10925   APPROTEC, 5602 SPRING STUEBNER, SPRING, TX 77389

10925   APPROVATO, MARYELLEN, 101 MAPLE ST, BRIDGEWATER, NJ 08807

10925   APPROVED FIRE PROTECTION CO, INC, 114 ST. NICHOLAS AVE, SOUTH PLAINFIELD, NJ 07080

10925   APPROVED FIRE PROTECTION SYSTEMS, 911 U.S. ROUTE 22, NORTH PLAINFIELD, NJ 07060-3622

10924   APPROVED MANUFACTURING, 30790 W. 8 MILE, FARMINGTON HILLS, MI 48336

10924   APPROVED MANUFACTURING, PO BOX417, FARMINGTON, MI 48332

10925   APPROVED PHARMACEUTICAL CORP., 1643 E. GENESEE ST, SYRACUSE, NY 13210

10925   APRIL, ARTHUR, 15 KELLY COURT, GOFFSTOWN, NH 03045

10924   APRYON TECHNOLOGIES INC, 4030-F PLEASANTDALE RD, ATLANTA, GA 30340

10924   APS SUPPLY COMPANY, 711 COOPER ST., BEVERLY, NJ 08010

10924   APS, PALO VERDE, AZ 85343

10925   APT,CORPSQUARE INC, PO BOX 1450, MINNEAPOLIS, MN 55485

10924   APTUS ENVIRONMENTAL, 2175 CEDAR AVE., LAKEVILLE, MN 55044

10925   APTUS, HWY 169 N BOX 1328, COFFEYVILLE, KS 67337

10925   APV AMERICAS, LOCK BOX 73305, CHICAGO, IL 60673

10925   APV AMERICAS, PO BOX 70380, CHICAGO, IL 60673-0380

10924   APV BAKER, INC., 1200 W. ASH, GOLDSBORO, NC 27530-4570

10925   APV CREPACO, 395 FILLMORE AVE., TONAWANDA, NY 14150

10925   APV GAULIN CORP, PO BOX 70148, CHICAGO, IL 60673-0148

10925   APV GAULIN INC., PO BOX 70380, CHICAGO, IL 60673-0380

10925   APV HOMOGENIZER GROUP, 500 RESEARCH DR., WILMINGTON, MA 01887

10925   APV NORTH AMERICA, INC, PO BOX 70380, CHICAGO, IL 60673-0380

10925   APV USA SERVICE CENTER, POBOX 93054, CHICAGO, IL 60673-3054

10925   AQUA CARE SYSTEMS, INC, 9542 HARDPAN RD.D, ANGOLA, NY 14006

10925   AQUA CARE SYSTEMS, INC, PO BOX 971199, DALLAS, TX 75397-1199

10925   AQUA COOL ENTERPRISES, PO BOX 15599, WORCESTER, MA 01615-0587

10925   AQUA COOL ENTERPRISES, PO BOX 15599, WORCESTER, MA 01615-0599

10925   AQUA COOL, PO BOX 15587, WORCESTER, MA 01615-0587

10925   AQUA COOL-BALTIMORE, 8280 PATUXENT RANGE ROAD, JESSUP, MD 20794

10924   AQUA DREAM POOLS, 1211 OSGOOD ST., NORTH ANDOVER, MA 01845

10924   AQUA GON INC., 29 WEST 411 N.AUROR RD., NAPERVILLE, IL 60540

10925   AQUA MEASURE INSTRUMENT CO., 1712 EARHART COURT, LA VERNE, CA 91750-0369

10925   AQUA MECH L.L.C., 321 HWY 33 EAST, MANALAPAN, NJ 07726

10925   AQUA SERVICE, 145 BERNICE DR, BENSENVILLE, IL 60106

10925   AQUA SOLUTIONS, PO BOX 70, DEER PARK, TX 77536

10924   AQUA TECH DIVE CENTER, 1800 LOGAN AVENUE, SAN DIEGO, CA 92113

10924   AQUA TECH DIVE CENTER, 6101 WESTBANK EXPRESSWAY, MARRERO, LA 70072

10924   AQUA TECH DIVE CENTER, 6101 WESTBANK EXPWY, MARRERO, LA 70072

10924   AQUA TECH DIVE CENTER, 6711 HIGHWAY 90 EAST, MORGAN CITY, LA 70381

10924   AQUA TECH DIVE CENTER, 7366 SOUTH 1ST AVENUE, SABINE PASS, TX 77655

10924   AQUA TECH DIVE CENTER, PO BOX910, MARRERO, LA 70073

10925   AQUA WAVE, PO BOX 6097, INDIANAPOLIS, IN 46206-6097

10924   AQUA-10 LABORATORIES, 153 AQUA-10 ROAD, BEAUFORT, NC 28516-0818

10924   AQUA-10 LABORATORY, P.O.BOX 818, BEAUFORT, NC 28516

10925   AQUA-AEROBIC SYSTEMS INC, PO BOX 388487, CHICAGO, IL 60638

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    AQUAAIR ENVIRONMENTAL, 738 SE GLENWOOD DR, BEND, OR 97701

10925    AQUA-CHEM INC., 7800 NORTH 113TH ST, MILWAUKEE, WI 53224

10925    AQUAGENIX LAND-WATER, 6500 NW 15TH AVE STE 300, FORT LAUDERDALE, FL 33309

10924    AQUAGRAF INC., 118 WHEELER STREET, LA VERGNE, TN 37086

10925    AQUALLO, EVELYN, 6581 MT CARMEL RD, ELECTRA, TX 76360-3838

10925    AQUALLO, JESSE, 6581 MT CARMEL RD, ELECTRA, TX 76360

10925    AQUALON DIVISION, 1313 NORTH MARKET ST, WILMINGTON, DE 19894-0001

10924    AQUA-PROS, ROUTE 7 BOX 386, BEDFORD, VA 24523

10924    AQUARIUS PATIO POOL & SPA, 421 N.W. RACETRACK ROAD, FORT WALTON BEACH, FL 32547

10924    AQUATECH CORP., 7901 PROFESSIONAL CIRCLE, HUNTINGTON BEACH, CA 92648

10925    AQUA-TECH ENVIRONMENTAL, COUNTY ROAD, GREER, SC

10925    AQUA-TECH INC, DAVID OPITZ, 140 S PARK ST, PORT WASHINGTON, WI 53074

10925    AQUA-TECH PRP GROUP RI/FS TRUST, POBOX 11070, COLUMBIA, SC 29211

10924    AQUATECH, CAMBRIDGE, MA 02140

10925    AQUATRAC INSTRUMENTS INC, 8660 RED OAK AVE, RANCHO CUCAMONGA, CA 91730-4819

10924    AQUATROLS CORP OF AMERICA, CHERRY HILL IND. SITES  BLDG 26, CHERRY HILL, NJ 08003

10924    AQUATROLS CORP. OF AMERICA, 5 N. ALMAY ROAD, CHERRY HILL, NJ 08003

10924    AQUATROLS CORP., 5 N. ALMAY ROAD, CHERRY HILL, NJ 08003

10925    AQUENT, POBOX 845407, BOSTON, MA 02284-5407

10924    AQUEOUS RECOVERY RESOURCES, INC., 300 ADAMS STREET, BEDFORD HILLS, NY 10507

10925    AQUEST CORP, POBOX 777, SOMERS, CT 06071

10925    AQUILA ENERGY MARKETING, PO BOX 412761, KANSAS CITY, MO 64141-2761

10925    AQUILA JT TEN, ANTHONY D & ROSE MARIE D, 29 VALLEY VIEW RD, TRUMBULL, CT 06611-3811

10925    AQUILAR, SANDRA, 712 FAIRMONT ST NW, WASHINGTON, DC 20001

10925    AQUINO, DAVID, BOX 498 BO CAPAEZ, HATILLO, PR 00659

10925    AQUINO, DORRIE, 7098 EL MALABAR, VENTURA, CA 93003

10925    AQUINO, EDUARDO, 8912 SW 10 TERR, MIAMI, FL 33174

10925    AQUINO, MARCIA, 9850 S. KIRKWOOD #107, HOUSTON, TX 77099

10925    AQUINO, MARIA, 811 COOPER SQ CIRCLE #239, ARLINGTON, TX 76013

10925    AQUINO, RESITA, 106 CHESTNUT ST, PROV. W. APT 106, CHERRY HILL, NJ 08002

10925    AQUINO-HUGHES, EUSEBIA, 16840 FAIRFIELD, DETROIT, MI 48221

10925    AQUIS COMMUNICATIONS, INC, PO BOX 64010, BALTIMORE, MD 21264-4010

10925    AR ANDERSON RENT-ALL, 1501 PEARMAN DAIRY RD., ANDERSON, SC 29625

10925    AR INDUSTRIES, INC, 4380 MARBURG AVE., CINCINNATI, OH 45209

10925    AR WILFLEY & SONS, INC, 7350 E. PROGRESS PL., ENGLEWOOD, CO 80111

10925    AR WILFLEY & SONS, INC, PO BOX 2330, DENVER, CO 80201

10924    ARAB/GUNTERSVILLE HOSPITAL, HWY 50 RT. 3, GUNTERSVILLE, AL 35976

10924    ARABIA VERMICULITE INC, PO BOX 222 DAMMAM, SAUDI ARABIA, AK 31411

10924    ARABIAN  VERMICULITE INDUSTRIES, PO BOX7137, DAMMAM, 31462SAU          *VIA Deutsche Post*

10925    ARABIAN AMEICAN OIL CO, 22 BATTERY ST, SAN FRANCISCO, CA 94111-5505

10925    ARABIE GENERAL CONTRACTORS, 921 MANUEL ROAD, LAKE CHARLES, LA 70607

10924    ARACOMA READY MIX, P.O. BOX 2251, PARKERSBURG, WV 26102

10925    ARACON DRAPERY & VENETIAN BLIND LTD, 3015 N.KEDZIE AVE, CHICAGO, IL 60618

10925    ARADI, LENORE, 2291 ENLUND DR, PALATINE, IL 60074

10925    ARADO, JULIE, W11084 W HARMONY DR, LODI, WI 53555-1577

10924    ARAF COMPANY, INC., 25 LAFAYETTE STREET, PATERSON, NJ 07501

10925    ARAGON, ALLEN, 10504 SAN MARINO, ALBUQUERQUE, NM 87111

10925    ARAGON, CARLOS, 4129 S MEADOUS, SANTA FE, NM 87505

10925    ARAGON, ELSA, 916 N LORAINE, MIDLAND, TX 79701

10925    ARAGON, JACKIE, 705 WARNER ST, OLNEY SPRINGS, CO 81062

10925    ARAGON, JULIUS, RT 10 BOX 94 JA, SANTA FE, NM 87501

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ARAGON, LEE, 6TH AND MAIN, CROWLEY, CO 81033 | |
| 10925 | ARAGON, MARIA, 22816 COVE VIEW ST, CANYON LAKE, CA 92587 | |
| 10925 | ARAGON, MARY, 10547 GRAMERCY PL, RIVERSIDE, CA 92505 | |
| 10925 | ARAGON, MICHAEL, 4828 SIERRA MADRE, EL PASO, TX 79904 | |
| 10925 | ARAGON, MOLLY, 3329 W WADLEY #48, MIDLAND, TX 79707 | |
| 10925 | ARAGON, PAULINA, 3609 CALDERA # 110, MIDLAND, TX 79707 | |
| 10925 | ARAGON, ROBERT, 216 FIRST ST, CROWLEY, CO 81033 | |
| 10925 | ARAGONI, WILLIAM, 1019 UPTON ROAD, GLEN BURNIE, MD 21060 | |
| 10925 | ARAIZA, RODOLFO, 1838 S RACINE ST, CHICAGO, IL 60608 | |
| 10925 | ARAKAWA CHEMICAL IND, 1700, 625 N MICHIGAN AVE #1700, CHICAGO, IL 60611 | |
| 10925 | ARAKELIAN, EDWARD, 1378 W. TENAYA, FRESNO, CA 93711 | |
| 10925 | ARAKELIAN, JEANNE, 1378 W. TENAYA, FRESNO, CA 93711 | |
| 10925 | ARAMARK REFRESHMENT SERVICES, 265 BALLARDVALE ST, WILMINGTON, MA 01887 | |
| 10925 | ARAMARK SPORTS & ENTERTAINMENT, 555 RUSSELL ST. SUITE B, BALTIMORE, MD 21230 | |
| 10925 | ARAMARK UNIFORM CORPORATE ACCOUNTS, PO BOX 9170, HINGHAM, MA 02043-9170 | |
| 10925 | ARAMARK UNIFORM SERV, INC, PO BOX 540224, OPA LOCKA, FL 33054-0224 | |
| 10925 | ARAMARK UNIFORM SERVICES INC, PO BOX 54343, ATLANTA, GA 30308-2952 | |
| 10925 | ARAMARK UNIFORM SERVICES INC, PO BOX 568, LAWRENCE, MA 01842 | |
| 10925 | ARAMARK UNIFORM SERVICES INC, POBOX 5034, HAYWARD, CA 94540-5034 | |
| 10925 | ARAMARK UNIFORM SERVICES INC, POBOX 568, LAWRENCE, MA 01842 | |
| 10925 | ARAMARK UNIFORM SERVICES INC., 160 ALI BABA AVE, OPA LOCKA, FL 33054 | |
| 10925 | ARAMARK UNIFORM SERVICES INC., PO BOX 76005, TAMPA, FL 33675-1005 | |
| 10925 | ARAMARK UNIFORM SERVICES INC., POBOX 10722, BIRMINGHAM, AL 35202 | |
| 10925 | ARAMARK UNIFORM SERVICES INC., POBOX 568247, ORLANDO, FL 32856-8247 | |
| 10925 | ARAMARK UNIFORM SERVICES, 2334 S MICHIGAN AVE #603, CHICAGO, IL 60616 | |
| 10925 | ARAMARK UNIFORM SERVICES, 2928 WASHINGTON BLVD., BALTIMORE, MD 21220 | |
| 10925 | ARAMARK UNIFORM SERVICES, INC, 540 WEST ARMORY DRIVE, SOUTH HOLLAND, IL 60473 | |
| 10925 | ARAMARK, 721 GARVER RD., MONROE, OH 45050 | |
| 10925 | ARAMARK, INC, 555 RUSSELL ST., STE. B, BALTIMORE, MD 21230-2413 | |
| 10925 | ARAMATIC REFRESHMENT SERVICES INC, 595 SW 13TH TERR SUITE C, POMPANO BEACH, FL 33069 | |
| 10925 | ARAMBULA, ARMANDO, 6111 VANCE JACKSON 79, SAN ANTONIO, TX 78230 | |
| 10925 | ARAMBULA, JANE, 201 E BUTLER, PHARR, TX 78577 | |
| 10924 | ARAMCO SERVICES CO, 16825 J F K BOULEVARD, HOUSTON, TX 77032 | |
| 10924 | ARAMCO SERVICES COMPANY, PO BOX 4313, HOUSTON, TX 77210-4313 | |
| 10924 | ARAMCO SERVICES COMPANY, PO BOX 4536, HOUSTON, TX 77210-4536 | |
| 10925 | ARAMSCO, 1655 IMPERIAL WAY, PO BOX 18, THOROFARE, NJ 08086 | |
| 10925 | ARANA, JAIME, 722 MCLELLAN AVE, SAN JOSE, CA 95110 | |
| 10925 | ARANA, JORGE, 7401 CRESTBERRY LANE, BETHESDA, MD 20817-1258 | |
| 10924 | ARANCIA CPC, S.A. DE C.V., PHONE:210-724-5991, 8019 SN. GABRIEL, LAREDO, TX 78041 | |
| 10924 | ARANCIA CPC,S.A. DE C.V., CP4100, LOPEZ COTILLA 2030 1ER PISO, GUADALAJARA, 44900MEXICO | *VIA Deutsche Post* |
| 10924 | ARANCIA S.A. DE C.V., PARAISO 1944, GUADALAJARA, 44100MEXICO | *VIA Deutsche Post* |
| 10924 | ARANCIA-ALMIDONES Y DERIVADOS, S.A., 404 CHIHUAHUA STREET, LAREDO, TX 78040 | |
| 10925 | ARANCIO, JOLIE, 421 KINGS HWY, VALLEY COTTAGE, NY 10989 | |
| 10925 | ARAND, JAMES, 933 BIG BAND, VALLEY PARK, MO 63088 | |
| 10925 | ARANDA, CORAZON, 10918 HOBACK ST., NORWALK, CA 90650 | |
| 10925 | ARANDA, LINA, 182 CHARLES ST, SECAUCUS, NJ 07094 | |
| 10925 | ARANGIO, ALANA, 185 CENTRAL ST, STONEHAM, MA 02180 | |
| 10925 | ARANGO, CARLOS, 132 WEST ST, ENGLEWOOD, NJ 07631 | |
| 10925 | ARANGUREN, JERLENE, 732 SUNKIST LANE, PLANO, TX 75025 | |
| 10925 | ARANIBAR, ERNESTO, 875 E CAMINO REAL 11G, BOCA RATON, FL 33432-9998 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ARANT, MESHA, 200 DUPONT DR, W. MONROE, LA 71291

10925  ARAPAHOE FAMILY PRACTICE, 14000E ARAPAHOE ROAD 300, ENGLEWOOD, CO 80112

10925  ARARIPE & ASSOCIADOS, 10 GR 3011, RIO DE JANEIRO, 20119-900BRASIL          *VIA Deutsche Post*

10925  ARA-SMITH, BETSY, 15475 SW 63RD TERR, MIAMI, FL 33193

10925  ARAUJO, ARTHUR, 881 COUNTY ST, NEW BEDFORD, MA 02740

10925  ARAUJO, NORMA, 417 DONNA ST, MISSION, TX 78572

10925  ARAYA, VIRGINIA, 334-7 S.W. 62ND BLVD, GAINESVILLE, FL 32607

10925  ARB ENTERPRISES, PO BOX 765, CHATTANOOGA, TN 37401

10924  ARB INC, 2600 COMMERCECENTRE DRIVE, LAKE FOREST, CA 92630

10924  ARB INC., ATTN:  ACCOUNTS PAYABLE, LAKE FOREST, CA 92630

10924  ARB, INC., 1500 SOUTH UNION AVENUE, BAKERSFIELD, CA 93307

10924  ARBA CORPORATION, 113 STREET, MIAMI, FL 33196

10924  ARBA CORPORATION, ATTN: MS. MARY CRUZ, 305-592-6480, 8292 NW 21 STREET, MIAMI, FL 33126

10925  ARBACH, CHARLES, 16506 SE 29TH ST APT 51, VANCOUVER, WA 98683-2339

10925  ARBAUCH JR, CHARLES, 28 DUNGARRIE ROAD, CATONSVILLE, MD 21228

10925  ARBAUGH, CHARLES, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925  ARBEE ASSOC., 111 MARKET PLACE, BALTIMORE, MD 21202

10925  ARBEE ASSOC., PO BOX 75200, BALTIMORE, MD 21275

10925  ARBEE ASSOCIATES, PO BOX 75200, BALTIMORE, MD 21275

10924  ARBELLA CAPITAL CORP, 1900 CROWN COLONY DRIVE, QUINCY, MA 02269

10925  ARBELLE, VICTORIA, 2409 N BENGAL RD, METAIRIE, LA 70003

10925  ARBERDEENS CONCRETE, 426 S WESTGATE ST, ADDISON, IL 68101-9804

10924  ARBILL GLOVE & SAFETY PRODUCTS, 130 WEST 10TH ST, HUNTINGTON STATION, NY 11746

10925  ARBILL GLOVE & SAFETY PRODUCTS, PO BOX 820542, PHILADELPHIA, PA 19182-0542

10925  ARBILL INDUSTRIES, INC, 2207 W GLENWOOD AVE, PHILADELPHIA, PA 19132

10925  ARBILL INDUSTRIES, INC, PO BOX 820542, PHILADELPHIA, PA 19182

10925  ARBILL INDUSTRIES, INC, PO BOX 820542, PHILADELPHIA, PA 19182-0542

10925  ARBINIA, WALKER, 11563 ANDES ST, RENO, NV 89506

10925  ARBO MACHINE COMPANY, INC, 45 UNION ST, ROCKLAND, MA 02370

10925  ARBOGAST, WILLIAM, 720 OLD DONALDSON AVE, SEVERN, MD 21144-1934

10925  ARBON EQUIPMENT CORP, 7389 WASHINGTON BLVD #107, BALTIMORE, MD 21227

10925  ARBON EQUIPMENT CORP, PO BOX 78196, MILWAUKEE, WI 53278-0196

10925  ARBON EQUIPMENT CORPORATION, 2150-E NORTHMONT PKWY, DULUTH,, GA 30136

10925  ARBON EQUIPMENT, PO BOX 78196, MILWAUKEE, WI 53278-0196

10925  ARBOR COAST NURSERY INC, PO BOX 7017, BOCA RATON, FL 33431

10924  ARBOR INTERIORS, 24350 CAPITOL RD, REDFORD, MI 48239

10924  ARBOR INTERIORS, 24350 CAPITOL, REDFORD, MI 48239

10924  ARBOR PACE MALL, 6700 DOUGLAS BLVD., DOUGLASVILLE, GA 30134

10925  ARBOR SERVICES INC, 3200 N FEDERAL HWY, BOCA RATON, FL 33431

10925  ARBORE, MICHAEL, 177 FIELDSTONE DR., LONDONDERRY, NH 03053

10925  ARBORETUM COMPLEX, 813 ARBORETUM, BURLINGTON, MA 01803

10924  ARBORETUM LAKES C/O JL MANTA, 1100 WARRENVILLE, LISLE, IL 60532

10925  ARBORETUM, THE, ONE ARBORETUM WAY, BURLINGTON, MA 01803

10925  ARBOUR, GREGORY, 84 WETHERSFIELD ROAD, NASHUA, NH 03062-3437

10924  ARBRISCO ENTERPRISES, INC., 514 BOGDEN BOULEVARD, MILLVILLE, NJ 08332

10924  ARBUCKLE MEMORIAL HOSPITAL, 2011 W. BROADWAY ST., SULPHUR, OK 73086-4221

10925  ARBUTUS REFRIGERATION, INC, 3635 BENSON AVE,, BALTIMORE, MD 21227

10925  ARBUTUS REFRIGERATION, INC, 3635 BENSON AVE., BALTIMORE, MD 21227

10924  ARC ELECTRIC, 930 JUNIPER CRES, CHESAPEAKE, VA 23320

10924  ARC PRODUCTS, 8510 CHANCELLOR ROW, DALLAS, TX 75247

10924  ARC PRODUCTS, 8510, DALLAS, TX 75247

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ARC PRODUCTS, INC, 8510 CHANCELLOR ROW, DALLAS, TX 75247

10925   ARC ROOFING CORP, 650 MCCLARY AVE, OAKLAND, CA 94621

10925   ARC SERVICES, PO BOX 3001, LAKE CHARLES, LA 70602-3001

10925   ARC SHEET METAL INC., 6655 W 99TH ST, CHICAGO RIDGE, IL 60415

10925   ARC SHEET METAL, 6655 W 99TH ST, CHICAGO RIDGE, IL 60415

10925   ARC WELDER SALES & RENTAL CO., 3403 SINCLAIR LN, BALTIMORE, MD 21213

10925   ARC WELDING CO INC, 44 WILLIAMS ST, WALTHAM, MA 02453-4114

10924   ARCADE ELECTRONICS, 5655-F GENERAL WASHINGTON DRIVE, ALEXANDRIA, VA 22312

10924   ARCADE, INC., 1815 E. MAIN STREET, CHATTANOOGA, TN 37404

10924   ARCADE, INC., PO BOX 3196, CHATTANOOGA, TN 37404

10924   ARCADIA HIGH SCHOOL MEDIA CENTER, REMODEL, PHOENIX, AZ 85018

10924   ARCADIA METHODIST HOSPITAL, C/O WESTSIDE, ARCADIA, CA 91006

10925   ARCADIA PRESS, ONE BERT DR, WEST BRIDGEWATER, MA 02379

10925   ARCADIAN EQUIPMENT INC, 140 LAWRENCE ST, HACKENSACK, NJ 07601

10925   ARCADIAN FERTILIZER LP, PO BOX 102835, ATLANTA, GA 30368-2835

10925   ARCADIAN FERTILIZER,LP, PO BOX 630, WILMINGTON, NC 28402

10924   ARCADIS GERAGHTY & MILLER, 4915 PROSPECTUS DRIVE, DURHAM, NC 27713

10924   ARCADIS GERAGHTY & MILLER, PO BOX 13109, DURHAM, NC 27709

10925   ARCADO ASSOCIATES, 1505 LAKES PKWY #140, LAWRENCEVILLE, GA 30043

10925   ARCADO ASSOCIATES, 6075 LAKE FORREST DR #210, ATLANTA, GA 30328

10925   ARCAN AG, KLOSTERSTRASSE 32, WORMS, 67547GERMANY          *VIA Deutsche Post*

10924   ARCAR GRAPHICS, LLC., 450 WEGNER DRIVE, WEST CHICAGO, IL 60185

10924   ARCAR GRAPHICS, LLC., 500 WEGNER DRIVE, WEST CHICAGO, IL 60185

10924   ARCATA READY MIX, ATTN:  ACCOUNTS PAYABLE, ARCATA, CA 95518

10924   ARCATA REDI MIX, 4945 BOYD ROAD, ARCATA, CA 95521

10925   ARCE, JOHN, W489 JOSHUA CT, DE PERE, WI 54115

10925   ARCELLA JT TEN, JOHN & MARIANNE F, 2503 N NOB HILL RD, BLDG 199 UNITE 303, SUNRISE, FL 33322

10925   ARCEMENT, GEORGE, 117 IRONWOOD COVE, PASS CHRISTIAN, MS 39571

10925   ARCEMENT, MARC, 107 ROMY DRIVE, LOCKPORT, LA 70374

10925   ARCENEAUX, BILLY, POBOX 298, HAYES, LA 70646

10925   ARCENEAUX, DALE, 1129 JACKSON AVE , APT. #7, NEW ORLEANS, LA 70130

10925   ARCENEAUX, JAMES G, 2435 POPLAR ST., LAKE CHARLES, LA 70601

10925   ARCENEAUX, JAMES, 2435 POPLAR ST, LAKE CHARLES, LA 70601

10925   ARCENEAUX, JR, DUKIN, PO BOX 3, BOURG, LA 70343

10925   ARCENEAUX, TERRY, PO BOX 305, HAYES, LA 70646

10925   ARCEO, JOHN, 6743 LEYTE PT., SAN DIEGO, CA 92139

10924   ARCH CHEMICALS, 501 MERRITT, NORWALK, CT 06856-5204

10925   ARCH CHEMICALS, INC, PO BOX 640060, PITTSBURGH, PA 15264

10924   ARCH CHEMICALS, PO BOX 547, BRANDENBURG, KY 40108

10925   ARCH CHEMICALS, POBOX 640060, PITTSBURGH, PA 15264

10925   ARCH COMMUNICATIONS, 2111 GUNBARREL RD., CHATTANOOGA, TN 37421

10925   ARCH COMMUNICATIONS, PO BOX 173806 TA, DENVER, CO 80217-3806

10925   ARCH CONSULTING ASSOCIATES, 4539 HEDGEMORE DR #160, CHARLOTTE, NC 28209

10925   ARCH CONSULTING ASSOCIATES, 4539 HEDGEMORE DR., CHARLOTTE, NC 28209

10925   ARCH PAGING GEORGIA, PO BOX 740501, ATLANTA, GA 30374-0501

10925   ARCH PAGING, 11570 MOSTELLER RD., CINCINNATI, OH 45241

10925   ARCH PAGING, P O BOX660770, DALLAS, TX 75266-0770

10925   ARCH PAGING, PO BOX 105888, ATLANTA, GA 30348-5888

10925   ARCH PAGING, PO BOX 14414, DES MOINES, IA 50306-3414

10925   ARCH PAGING, PO BOX 14417, DES MOINES, IA 50306-3417

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ARCH PAGING, PO BOX 34, BOSTON, MA 02297-0034

10925    ARCH PAGING, PO BOX 34549, SEATTLE, WA 98124-1549

10925    ARCH PAGING, PO BOX 740085, CINCINNATI, OH 45274-0085

10925    ARCH PAGING, PO BOX 96017, CHARLOTTE, NC 28296-0017

10924    ARCH, 2450 OLIN ROAD, BRANDENBURG, KY 40108

10925    ARCH, KELLY, R.D. #1, BOX 249, EIGHTY-FOUR, PA 15330

10925    ARCH, PO BOX 16806, NEWARK, NJ 07101-6806

10925    ARCH, PO BOX 4062, WOBURN, MA 01888-4062

10925    ARCH, PO BOX 4308, CAROL STREAM, IL 60197-4308

10925    ARCH, PO BOX 4330, CAROL STREAM, IL 60197-4330

10925    ARCH, PO BOX 660770, DALLAS, TX 75266-0770

10925    ARCH, PO BOX 740154, CINCINNATI, OH 45274-0154

10925    ARCH, POBOX 4330, CAROL STREAM, IL 60197-4330

10925    ARCH, POBOX 4376, CAROL STREAM, IL 60197-4376

10925    ARCH, POBOX 4392, CAROL STREAM, IL 60197-4392

10925    ARCH, POBOX 6211, CAROL STREAM, IL 60197-6211

10925    ARCHAMBAULT, MICHAEL, 25 DEERPATH RD., FLEMINGTON, NJ 08822

10925    ARCHAMBO, CALVIN, 1220 FAITH LN, DANDRIDGE, TN 37725-4346

10925    ARCHAMBO, WILFRED, 26 KITTRELL ST, SPRINGFIELD, MA 01119

10925    ARCHECTURAL CONSULTING GROUP, 3151 NW 63RD ST, BOCA RATON, FL 33496

10925    ARCHEM COMPANY SITE, THAMES CHELSEA CHEMICAL CO USA, HOUSTON, TX

10925    ARCHER DANIELS MIDLAND CO, 4666 FARIES PKWY, DECATUR, IL 62526

10925    ARCHER DANIELS MIDLAND CO, POBOX 1470, DECATUR, IL 62525-1820

10925    ARCHER DANIELS MIDLAND CO, POBOX 92572, CHICAGO, IL 60675-2572

10924    ARCHER DANIELS MIDLAND LAB, 1 EDMUND STREET, PEORIA, IL 61602

10925    ARCHER ELECTRICAL SUPPLIES &, LIGHTING GALLERY, CHICAGO, IL 60638

10925    ARCHER MANOR LITTLE LEAGUE INC, 3602 W 55TH PLACE, CHICAGO, IL 60629

10925    ARCHER MD, AMY, 135 SO LASALLE ST DEPT 2368, CHICAGO, IL 60674-2368

10925    ARCHER, CECIL, RT. 2 BOX 195-D, OZARK, AR 72949

10925    ARCHER, CRAIG, 1551 3RD AVE., MARION, IA 52302

10925    ARCHER, DAVID, 2016 HUFF, APT 1, WICHITA FALLS, TX 76301

10925    ARCHER, DUDLEY, 1200 ORANGE, MCALLEN, TX 78501

10925    ARCHER, JERRY, PO BOX 697, COMMERCE, GA 30529

10925    ARCHER, JUANITA, 5727 E HAMPTON C, HOUSTON TX, TX 77039

10925    ARCHER, MICHELLE, 706 W TEXAS, IOWA PARK, TX 76367

10925    ARCHER, PATRICIA, 7335 MARINER WAY, 303, INDIANAPOLIS, IN 46214

10925    ARCHER, SHIRLEY, 4406 TELLER RD, DUBLIN, OH 43017

10925    ARCHER, WILLIAM, 2010 LUCILLE, WICHITA FALLS, TX 76301

10925    ARCHER-DANIELS-MIDLAND CO., 4666 FARIES PKWY, DECATER, IL 62525

10925    ARCHERS DANIEL MIDLAND, 68 ANNEX, ATLANTA, GA 30368

10925    ARCHIBALD, BARBARA, RT 1 BOX 100, RED OAK, TX 75154

10925    ARCHIBALD, GERALDINE, 13727 TAYLORCREST, HOUSTON, TX 77079

10925    ARCHIBALD, PEGGY, 1540 W ONYX, MUSTANG, OK 73064

10925    ARCHIE, LILLIE, 3035 BLANTON, WICHITA FALLS, TX 76308

10925    ARCHIE, MICHAEL, 1408 HARRIS LN, WICHITA FALLS, TX 76305

10925    ARCHIFECTS, 1606 QUAIL LANE, CASTLE ROCK, CO 80104

10925    ARCHIPOV, VSEVOLOD, 4353 S ATLANTIC CIRCLE, N FORT MYERS, FL 33903

10924    ARCHITECHTURAL COATINGS, 2811 12TH AVE. SOUTH, SAINT PETERSBURG, FL 33707

10924    ARCHITECHURAL COATINGS, CAMBRIDGE, MA 02140

10924    ARCHITECT CLADDING SYS IN, 10 CLINTON DR, HOLLIS, NH 03049

10925    ARCHITECTS FIRST SOURCE FOR PRODUCT, 3577 PKWY LANE SUITE 110, NORCROSS, GA 30092

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ARCHITECTS OF PACKAGING INC, 11 MAIN LINE DRIVE, WESTFIELD, MA 01085

10925    ARCHITECTURAL AND CUSTOM SIGNAGE, 6409 DEBBIE CIRCLE, ROWLETT, TX 75088

10924    ARCHITECTURAL ART STONE, 2400 ALLEN TERRACE, KANSAS CITY, MO 64108

10924    ARCHITECTURAL ART STONE, 563 S. 11TH ST., KANSAS CITY, KS 66105

10924    ARCHITECTURAL ART STONE, 563 SOUTH 11TH ST, KANSAS CITY, KS 66105

10924    ARCHITECTURAL ART STONE, P.O. BOX 5128, KANSAS CITY, KS 66119

10924    ARCHITECTURAL CLADDING, 10 CLINTON STREET, HOLLIS, NH 03049

10924    ARCHITECTURAL COATINGS, 2811 12TH AVENUE SOUTH, SAINT PETERSBURG, FL 33713

10924    ARCHITECTURAL COATINGS, 3100 MORRIS ST NORTH, SAINT PETERSBURG, FL 33713

10924    ARCHITECTURAL COATINGS, 3100 MORRIS ST. NORTH, SAINT PETERSBURG, FL 33713

10925    ARCHITECTURAL DESIGN & PLANNING, 128 PROSPECT ST, WAKEFIELD, MA 01880

10925    ARCHITECTURAL DESIGN WORKS, 303 S. MAIN ST., STE 202, BEL AIR, MD 21014

10924    ARCHITECTURAL FACADES, 1990 STONE AVENUE, SAN JOSE, CA 95125-1314

10924    ARCHITECTURAL FACADES, 600 E. LUCHESSA AVENUE, GILROY, CA 95020-7068

10924    ARCHITECTURAL FACADES, 600 EAST LUCHESSA, GILROY, CA 95020

10925    ARCHITECTURAL GRAPHICS & SIGNS INC, 73 OAKLAND ST, WATERTOWN, MA 02472

10925    ARCHITECTURAL MEDICAL PATENT ILLUS., 17 PARK ST, STONEHAM, MA 02180

10924    ARCHITECTURAL POTTERY, 15161 VAN BUREN, MIDWAY CITY, CA 92655

10924    ARCHITECTURAL PRODUCTS MFG., 7470 GREENBUSH AVENUE, NORTH HOLLYWOOD, CA 91605

10924    ARCHITECTURAL PRODUCTS, 14876 RAYMER STREET, VAN NUYS, CA 91405

10925    ARCHITECTURAL RESEARCH ASSOCIATIONS, 300 GORGE ROAD SUITE 42, CLIFFSIDE PARK, NJ 07010

10924    ARCHITECTURAL RESTORATION CASTINGS, 338 FOURTEENTH STREET, AMBRIDGE, PA 15003

10925    ARCHITECTURAL SYSTEMS INC, 150 WEST 25TH ST EIGHTH FL, NEW YORK, NY 10001

10925    ARCHIVAL STORAGE, 10930 ALDER CIRCLE, DALLAS, TX 75238

10924    ARCHIVES MUSEUM, 109 EAST JONES STREET, RALEIGH, NC 27601

10925    ARCHULETA, DALE, 465 STOUT, CRAIG, CO 81625

10925    ARCHULETA, NOLAN, PO BOX 1412, CRAIG, CO 81625

10925    ARCIERO, STEVE P, 5603 CHEMICAL ROAD, BALTIMORE, MD 21226

10925    ARCIERO, STEVEN, 10220 SCAGGSVILLE RD, LAUREL, MD 20723

10925    ARCO CHEMICAL CO., 3801 WEST CHESTER PIKE, NEWTON SQUARE, PA 19073-2387

10924    ARCO CHEMICAL CO., 3801 WEST CHESTER PIKE, NEWTOWN SQUARE, PA 19073

10925    ARCO CHEMICAL CO., 3801 WESTCHESTER PIKE, NEWTOWN SQUARE, PA 19073

10925    ARCO CHEMICAL COMPANY, PO BOX 8500-S3765, PHILADELPHIA, PA 19178-3765

10924    ARCO CHEMICAL, 3801 WESTCHESTER PIKE, NEWTOWN SQUARE, PA 19073

10924    ARCO CHEMICAL, PO BOX 709, NEWTOWN SQUARE, PA 19073

10925    ARCO ELECTRONICS DISTR, 1101 WEST CHICAGO AVE, EAST CHICAGO, IN 46312

10925    ARCO ENVIRONMENTAL REMEDIATION LLC, BP AMOCO LAW DEPT, 444 S FLOWER ST ALF 3561, LOS ANGELES, CA 90071

10924    ARCO MATERIALS INC, ATTN:  ACCOUNTS PAYABLE, FARMINGTON, NM 87499

10924    ARCO MATERIALS, ATTN: ACCOUNTS PAYABLE, FARMINGTON, NM 87499

10924    ARCO MATERIALS/STAKER PAVING, 1800 BISTI HIGHWAY, FARMINGTON, NM 87499

10924    ARCO MATERIALS/STAKER PAVING, 1800 BISTI ROAD, FARMINGTON, NM 87499

10925    ARCO METALS, CATHERINE COLBERT ATLANTIC RICHFIEL, 444 SOUTH FLOWER ST, LOS ANGELES, CA 90071

10924    ARCO OIL & GAS COMPANY, PO BOX 147, BAKERSFIELD, CA 93302

10924    ARCO OIL & GAS COMPANY, SOUTH TEXAS DISTRICT, 15375 MEMORIAL, HOUSTON, TX 77079

10924    ARCO PRODUCTS CO., 1801 E. SEPULVEDA BLVD., CARSON, CA 90745

10924    ARCO PRODUCTS CO., PO BOX 6210, CARSON, CA 90745-6214

10925    ARCO WELDING SUPPLY, 1200 EASTERN AVE, MALDEN, MA 02148

10924    ARCON INC, PO BOX 345, LACONIA, NH 03247

10924    ARCON, INC., P. O. BOX 345, LACONIA, NH 03247

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ARCON, RTE 106, BELMONT, NH 03220

10925    ARCTIC DRY ICE, STE. B&C, 7504 CONNELLEY DR., HANOVER, MD 21076

10925    ARCTIC ENGINEERING CO, INC, 8410 MINNESOTA ST., MERRILLVILLE, IN 46410

10924    ARCTIC FIREPROOFING &&, CAMBRIDGE, MA 02140

10924    ARCTIC FIREPROOFING INC, 9550 BERGER RD, COLUMBIA, MD 21046

10924    ARCTIC FIREPROOFING, 9550 BERGER ROAD, COLUMBIA, MD 21046

10924    ARCTIC INSULATION, 9550 BERGER ROAD, COLUMBIA, MD 21046

10925    ARCUS DATA SECURITY INC, PO BOX 911862, DALLAS, TX 75391-1862

10925    ARCUS DATA SECURITY, PO BOX 34936, SEATTLE, WA 98124

10925    ARCUS DATA SECURITY, PO BOX 60709#559, LOS ANGELES, CA 90060-0709

10925    ARCY MFG CO INC, 675 GRAND AVE, RIDGEFIELD, NJ 07657

10925    ARD, BRUCE, RT. 8, BOX 338, FRANKLINTON, LA 70438

10925    ARD, LLOYD, 2620 LAFFERTY #401, PASADENA, TX 77502

10925    ARD, TIMOTHY, 1818 BLUEBERRY DRIVE, BOGALUSA, LA 70427

10925    ARDAGNA, JOHN, 28 CLEMENTI LANE, METHUEN, MA 01844

10925    ARDAGNA, JOHN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    ARDAMAN & ASSOCIATES INC, 8008 S ORANGE AVE, POBOX 593003, ORLANDO, FL 32859-3003

10925    ARDAMICA, MARIANNE, 1638 KINGSWY RD, BALTIMORE, MD 21218

10925    ARDAPPLE, W, 650 S RONCHO FE RD SP 307, SAN MARCAS, CA 92069

10924    ARDCO - SCOTTSBORO AL, 201 THOMAS FRENCH DRIVE, SCOTTSBORO, AL 35768

10924    ARDCO INC HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924    ARDCO INC., HWY.68 WEST, ELKTON, KY 42220

10924    ARDCO INC., PO BOX 1030, BREA, CA 92822-1030

10924    ARDCO, INC., PO BOX 1030, BREA, CA 92822-1030

10925    ARDELL B VOLD, PO BOX 1146, MINNEAPOLIS, MN 55440-1146

10924    ARDEN HILL HOSPITAL, GOSHEN, NY 10924

10924    ARDEN PRESBYTERIAN CHURCH, ARDEN, SC 99999

10924    ARDENLEE CONCRETE, 833 WILDWOOD BLVD., WILLIAMSPORT, PA 17701

10925    ARDITTI JT TEN, ARTHUR & SHIRLEY, BOX 4151, WARREN, NJ 07059-0151

10925    ARDOIN TANET LAW FIRM, 3520 GENERAL DEGAULLE DR, SUITE 1100, NEW ORLEANS, LA 70114

10925    ARDOIN, DENNIS, 17045 ARDOIN COVE ROAD, WELSH, LA 70591

10925    ARDOIN, KAREN T, 201 COUNTRY CLUB CR, MINDEN, LA 71055

10925    ARDOIN, KIMBERLY, 1100 W. VINE AVE., EUNICE, LA 70535

10925    ARDOIN, PAUL, 110 MARIA CT., HOUMA, LA 70360

10925    ARDOIN, STEPHEN, 2265 COTTONTAIL DR, FLORISSANT, MO 63033

10925    ARDOIN, TIMOTHY, ROUTE 1 BOX 143, IOTA, LA 70543

10925    ARDOX CORP, 6437 PIONEER ROAD, CEDARBURG, WI 53012

10925    ARDT INC, PO BOX 144, COOPERSBURG, PA 18036

10925    ARDT, INC, PO BOX 144, COOPERSBURG, PA 18036

10925    ARDYTH PLUMB, 26056 PIONEER TRAIL, COUNCIL BLUFFS, IA 51503-7150

10925    ARE MOD(AIO), NASR CITY, CAIRO AR, 0EGYPT      *VIA Deutsche Post*

10924    AREA CONCRETE, 10TH AVENUE - HWY 280, ALEXANDER CITY, AL 35010

10924    AREA CONCRETE, INC., 4837 DADEVILLE ROAD, ALEXANDER CITY, AL 35010

10924    AREA CONCRETE, P.O. BOX 286, ALEXANDER CITY, AL 35010

10924    AREA CONCRETE, PO BOX338, ALEXANDER CITY, AL 35011

10924    AREA WELDERS SUPPLY INC., 3930 MICHIGAN AVE., HAMMOND, IN 46323

10925    AREAWIDE CELLULAR, PO BOX 927, NAPERVILLE, IL 60566-0927

10925    AREAWIDE CELLULAR, POBOX 927, NAPERVILLE, IL 60566-0927

10924    AREIL RIOS BUILDING, WASHINGTON, WASHINGTON, DC 20306

10925    ARELLANO, ANGELA, 1419 PLACE RD., LOS BANOS, CA 93635

10925    ARELLANO, ELENA, 3447 IRIS PL UNIT A, WALDORF, MD 20602-2690

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ARELLANO, ELEONOR, 10447 BLUCHER AVE, GRANADA HILLS, CA 91344

10925  ARELLANO, ELOISA, 5112 EDMONSTON RD #201, HYATTSVILLE, MD 20781

10925  ARELLANO, JOHN, 10628 SOMBRA VERDE, EL PASO, TX 79935

10924  AREMCO PRODUCTS INC, 707 EXECUTIVE BLVD, VALLEY COTTAGE, NY 10989

10924  AREMCO PRODUCTS INC., 707-B EXECUTIVE BLVD., VALLEY COTTAGE, NY 10989

10924  AREMCO PRODUCTS INC., PO BOX 517, VALLEY COTTAGE, NY 10989

10925  ARENA, FABIANO, 5 CARRIAGE ROAD, N BILLERICA, MA 01862

10925  ARENA, LINDA, 2685 DUNCAN, BEAUMONT, TX 77707

10925  ARENA, NICOLE, 96 DEREK DE, PLYMOUTH, MA 02360

10925  ARENAS, DOROTHY, 245 HENLEY AVE, NEW MILFORD, NJ 07646

10925  ARENAS, KIMBERLY, 720 ROBINHOOD #173, RENO, NV 89509

10925  ARENAS, PEDRO, 9016 VILLA MADERO, EL PASO, TX 79907

10925  ARENAS, PLINY, 117 THOMAS ST, BLOOMFIELD, NJ 07003

10925  ARENDELL, SALLY, 5702 50TH APT #9, LUBBOCK, TX 79414

10925  ARENDER, GEORGE, ROUTE 7 BOX 585-3, RUSTON, LA 71270

10925  ARENDS, ANN, 2251 HERNDON AVE., CLOVIS, CA 93611

10925  ARENIUAS, VICKY, RT 5 BOX 723, ODESSA, TX 79766

10925  ARENIVAR, ABEL, 1543 MALCOLM, WICHITA FALLS, TX 76302

10925  ARENIVAS, SEVERA, 926 E 17 TH, ODESSA, TX 79761

10924  ARENOL CHEMICAL CORP, 2820 NORTH NORMANDY DRIVE, PETERSBURG, VA 23805

10924  ARENOL CHEMICAL CORP, PO BOX 1658, PETERSBURG, VA 23805

10925  ARENOS, GLORIA, 79 FRANCES PL, SPRING VALLEY, NY 10977

10925  ARENS, FREDERICK, 1104 CHERYL, BURKBURNETT, TX 76354

10925  ARENT, SUSAN, 11935 PAINTED TREE, CHARLOTTE, NC 28226

10924  ARES SERONO, 20 COMMERCE ROAD, ROCKLAND, MA 02370

10925  ARETZ, C, 12175 CO ROAD 51, COLOGNE, MN 55322-9207

10925  AREVALO, BENEDICTO, 239 OAK MEADOW DR, SIMPSONVILLE, SC 29681

10925  AREVALO, HERBERT, 1325 BLACKHAWK, BARTLETT, IL 60103

10925  AREVALO, LAURA, 1123 RIGHTS LANE, BOURBONNAIS, IL 60914

10925  AREY, CHARLES, 5858 MISTYVIEW DRIVE, REX, GA 30273

10925  ARFAEI, AHMAD, 7675 PALMILLA DRIVE APT 6412, SAN DIEGO, CA 92122

10925  ARGANDA, R, 3321 QUARTZ #E5, FULLERTON, CA 92631

10925  ARGAW, SHITAYE, 1600 S JOYCE ST #B-104, ARLINGTON, VA 22202

10925  ARGENDELI, NICHOLAS, 2145 DEANS LANDING DR, LAWRENCEVILLE, GA 30043

10925  ARGENT SOFTWARE INC, 24 ORCHARD VIEW DR #2, LONDONDERRY, NH 03053

10925  ARGENT, 49 MAIN ST, TORRINGTON, CT 06790

10925  ARGENT, DENNIS K, CUST FOR TODD ANDREW ARGENT, UNIF GIFT MIN ACT CA, 1615 VIA CAMPO VERDE, SAN JOSE, CA 95120-5010

10925  ARGO INDUSTRIAL, 33 TERMINAL AVE, CLARK, NJ 07066

10925  ARGO INTERNATIONAL, 140 FRANKLIN ST, NEW YORK, NY 10013

10924  ARGO NEW YORK MARINE, 140 FRANKLIN STREET, NEW YORK, NY 10013

10925  ARGO SEED CO, 761 SANBURN ROAD S, SALINAS, CA

10925  ARGO SIGNS, 4328 W. 111 ST, OAK LAWN, IL 60453

10925  ARGO, DONALD, 231 NAVAJO LANE, NORTH ENGLISH, IA 52316

10925  ARGO, GUY, GENERAL DELIVERY, MORAVIA, IA 52571

10925  ARGO, MAX, 1503 BRYN MAWR BLVD., ATLANTIC, IA 50022

10925  ARGO, REX, BOX 333, MORAVIA, IA 52571

10925  ARGONNE NATIONAL LABORATORY, LRSM, 3231 WALNUT ST., PHILADELPHIA, PA 19104-6272

10924  ARGONNE NATIONAL LABORATORY, SPRAY INSULATION, LEMONT, IL 60439

10925  ARGO-SUMMIT CHAMBER OF COMMERCE, 7447 W. 63RD ST, SUMMIT-ARGO, IL 60501

10924  ARGOSY CASINO C/O SPRAY CRAFT, 320 E CENTER STREET AT ARCH, LAWRENCEBURG, IN 47025

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ARGOSY HOTEL C/O OMNI, 320 CENTER STREET, LAWRENCEBURG, IN 47025

10925    ARGOTE, MARTHA R., 14850 SW 82ND ST, MIAMI, FL 33193

10925    ARGOTECH BUSINESS SYSTEMS, 2815 MCGRAW AVE, IRVINE, CA 92714

10925    ARGUE, GEORGE, 7 NORTH GRANT ST, BELLEVILLE, WI 53508-9504

10925    ARGUE, PHILLIP, 1304 9TH ST, MONROE, WI 53566

10925    ARGUELLES, EULOGIO, 3203 CYPRESS, VICTORIA, TX 77901

10925    ARGUELLES, MICHELLE, 14633 BODGER AVE, HAWTHORNE, CA 90250

10925    ARGUELLO, GABRIELLA, 28 THOMPSON ST, RARITAN, NJ 08869

10925    ARGUELLO, GENEVIEVE, 5042 FRANK BORMAN, SAN ANTONIO, TX 78219

10925    ARGUELLO, NIDIA, 7 DARTMOUTH, 2A, BRIDGEWATER, NJ 08807

10925    ARGUETA, JAVIER, 1301 MASSACHUSETTS AVE. NW #602, WASHINGTON, DC 20005

10925    ARGUIJO, MARCEELO, 218 HEREFORD CALLE, HEREFORD, TX 79045

10925    ARGUS, DIRECT MARKETING, ATLANTA, GA 30339-2941

10925    ARGYLE, KAREN, 2918 STATE FARM ROAD, 1, EVANS, CO 80620

10925    ARHIN, VILMA, 5100 USAA BLVD #2303, SAN ANTONIO, TX 78240

10925    ARI ENVIRONMENTAL, INC, 951 OLD RAND ROAD #106, WAUCONDA, IL 60084

10925    ARIAS, CRISTINA, 1961 HOWE AVE, 68, SACRAMENTO, CA 95825

10925    ARIAS, JAVIER, 5809 BRIARGROVE, WICHITA FALLS, TX 76310

10925    ARIAS, OSCAR, 41 COYNE COURT, BERGENFIELD, NJ 07621

10925    ARIEL DESIGN, 1502 PROVIDENCE HWY UNIT 6, NORWOOD, MA 02062

10925    ARIEL DESIGN, 1502 PROVIDENCE HWY, NORWOOD, MA 02062

10925    ARIEL RESEARCH CORP, 7910 WOODMONT AVE SUITE 902, BETHESDA, MD 20814-3015

10924    ARIEL RIOS, 13TH & PENNSYLVANIA AVENUE, WASHINGTON, DC 20004

10925    ARIEL, JOHN, 11 LESLIE LANE, NASHUA, NH 03062

10925    ARIELLA LINDSAY ROSENZWEIG, 18 CROSSING DR, FLANDERS, NJ 07836-4709

10925    ARIES GROUP - MPSG, 18223A FLOWER HILL WAY, ROCKVILLE, MD 20850

10924    ARIES/L.A., ACOUSTICAL MTL. SERVICES, LOS ANGELES, CA 90001

10925    ARIETA, NILDA, 137 S. VENDOME ST., LOS ANGELES, CA 90057

10925    ARIEV, PETER, 4611 N 15TH ST, ARLINGTON, VA 22207

10925    ARIMBORGO, JOSEPH, 15873 HESPERIAN BLVD, SAN LORENZO VILL, CA 94580

10925    ARINAGA, DAVID, 1884 W. WASHINGTON, STOCKTON, CA 95203

10925    ARINC INC., PO BOX 277217, ATLANTA, GA 30384-7217

10924    ARIS CHEMICAL & SY, 8535 TANGLEWOOD SQUARE, CHAGRIN FALLS, OH 44023

10925    ARISMENDEZ, MARIA, 3505 N. 23RD LN., MCALLEN, TX 78501

10925    ARISON, EVELYN, 4650 SIERRA MADRE, 665, RENO, NV 89502

10925    ARISPE, SHIRLEY, 4825 EASTER DRIVE, CORPUS CHRISTI, TX 78415

10925    ARISTA COURT REPORTING, 192 LEXINGTON AVE, NEW YORK, NY 10016-6823

10924    ARISTECH CHEMICAL CORP, 8811 STRANG ROAD, LA PORTE, TX 77571

10924    ARISTECH CHEMICAL CORP, 8811 STRANG ROAD, PO BOX 1436, LA PORTE, TX 77572-1436

10925    ARISTECH CHEMICAL CORP, PO BOX 640672, PITTSBURGH, PA 15264

10924    ARISTECH CHEMICAL CORPORATION, 200 BIG SANDY RD, KENOVA, WV 25530

10924    ARISTECH CHEMICAL CORPORATION, 210 SIXTH AVENUE, PITTSBURGH, PA 15222-2611

10925    ARISTECH CHEMICAL CORPORATION, PO BOX 640672, PITTSBURGH, PA 15264-0672

10924    ARISTECH CHEMICAL CORPORATION, US ROUTE 52 SOUTH, KENOVA, WV 25530

10924    ARISTECH HEADQUARTERS NODE*, COLUMBIA, MD 21044

10925    ARISTON ENGRAVING & MACHINE CO INC, 56 DRAGON COURT, WOBURN, MA 01801

10925    ARISTONICS CORP, 95 WALKERS BROOK DR, READING, MA 01867

10925    ARISTONICS CORPORATION, 95 WALKERS BROOK DR, READING, MA 01867

10925    ARISUE, KIMBERLY, 4767 SERRENTE PLAZA, YORBA LINDA, CA 92686

10925    ARIZA, FANNY, 80 CHARLES ST, ENGLEWOOD, NJ 07631

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    ARIZONA ATTY GENERAL, ATTN: JANET NAPOLITANO, 1275 W WASHINGTON ST, PHOENIX, AZ 85007

10925    ARIZONA BACKFLOW SPECIALIST, 2101 WEST MEADOW DR, PHOENIX, AZ 85023-2233

10924    ARIZONA BLOCK 2000, 9311 N. CASA GRANDE HWY., TUCSON, AZ 85743

10924    ARIZONA BLOCK 2000, 9311 NORTH CASA GRANDE HW, TUCSON, AZ 85705

10924    ARIZONA BLOCK 2000, 9311 NORTH CASA GRANDE HWY, TUCSON, AZ 85743

10924    ARIZONA CANCER CENTER, TUCSON, AZ 85701

10925    ARIZONA CHAPTER - AMERICAN, PO BOX 18078, SCOTTSDALE, AZ 85269-8078

10924    ARIZONA CHARLIES, MJ DE BAISE, LAS VEGAS, NV 89103

10925    ARIZONA CHEMICAL CO, PO BOX 730597, DALLAS, TX 75373-0597

10925    ARIZONA CHEMICAL CO, PO BOX 905251, CHARLOTTE, NC 28290-5251

10925    ARIZONA CHEMICAL COMPANY, DEPT CH 10377, PALATINE, IL 60055-0377

10925    ARIZONA CHEMICAL COMPANY, PO BOX 9052151, CHARLOTTE, NC 28290-5251

10925    ARIZONA CHEMICAL COMPANY, PO BOX 905251, CHARLOTTE, NC 28290-5251

10924    ARIZONA CHEMICAL, 251 NEWPORT PARKWAY, BAY MINETTE, AL 36507

10925    ARIZONA CHEMICAL, PO BOX 13822, NEWARK, NJ 07188-0822

10925    ARIZONA CHEMICAL, PO BOX 641167, PITTSBURGH, PA 15264-1167

10925    ARIZONA CHEMICAL, PO BOX 70664, CHICAGO, IL 60673-0664

10925    ARIZONA CHEMICAL, PO BOX 730597, DALLAS, TX 75373-0597

10925    ARIZONA CHEMICAL, PO BOX 905251, CHARLOTTE, NC 28290-5251

10925    ARIZONA COMMERCIAL BUILDERS, 5036 NORTH 54TH AVE SUITE 10, GLENDALE, AZ 85301-7509

10925    ARIZONA CONCRETE CONTRACTORS, 5225 N. CENTRAL SUITE 115, PHOENIX, AZ 85012

10924    ARIZONA CONCRETE, ATTENTION: ACCOUNTS PAYABLE, TUCSON, AZ 85731

10924    ARIZONA CONCRETE, INC., 4100 EAST COLUMBIA, TUCSON, AZ 85714

10924    ARIZONA CONTRACT SPECIALISTS, 21602 N. 21ST AVE., PHOENIX, AZ 85027

10925    ARIZONA DEPT OF ENV QUALITY, JACQUELINE E SCHAFER DIR, 3033 N CENTRAL AVE, PHOENIX, AZ 85012

10925    ARIZONA DEPT OF ENVIR QUALITY, 3033 N CENTRAL AVE, PHOENIX, AZ 85012

10925    ARIZONA DEPT OF FISH & GAME, 2221 W GREENWAY, PHOENIX, AZ 85023

10925    ARIZONA DEPT OF REVENUE, POBOX 29009, PHOENIX, AZ 85038

10924    ARIZONA EDM, 2328 W. CAMPUS, TEMPE, AZ 85282

10924    ARIZONA ELM, 2328 W. CAMPUS, STE 102, TEMPE, AZ 85282

10925    ARIZONA ICEMAN INC, 508 W WATKINS ST, PHOENIX, AZ 85003

10925    ARIZONA INFORMATION SOLUTIONS, 6900 E CAMELBACK STE 935, SCOTTSDALE, AZ 85251

10925    ARIZONA INSTRUMENT, 1912 W 4TH ST, TEMPE, AZ 85281

10925    ARIZONA INSTRUMENTS, 4114 EAST WOOD ST, PHOENIX, AZ 85040

10925    ARIZONA INTERIM STAFFING INC, 4800 N SCOTTSDALE RD # 2800, SCOTTSDALE, AZ 85251

10925    ARIZONA MASONRY GUILD, 5225 N CENTRAL AVE, PHOENIX, AZ 85012

10925    ARIZONA MEDIA DUPLICATION, INC, PO BOX 1450, MINNEAPOLIS, MN 55485-8235

10925    ARIZONA MOTOR VEHICLE DIVISION, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    ARIZONA PALLET EXCHANGE, INC, 250 S.59TH AVE., PHOENIX, AZ 85043

10924    ARIZONA PORTLAND CEMENT, 11115 NORTH CASA GRANDE HGWY, RILLITO, AZ 85654

10924    ARIZONA PRECAST VAULTS INC., 3030 S. 35TH AVENUE, PHOENIX, AZ 85009

10924    ARIZONA PRECAST VAULTS INC., ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85036

10924    ARIZONA REPAIR MASON'S INC., 3841 E. SUPERIOR, PHOENIX, AZ 85040

10924    ARIZONA REPAIR MASON'S INC., ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85082-0215

10924    ARIZONA REPAIR MASONS-USE #502976, FOR DELETION** S.CLARK, 3918 E. SUPERIOR, PHOENIX, AZ 85040

10925    ARIZONA REPUBLIC, THE, CUSTOMER ACCOUNTING SERVICES, PO BOX 1950, PHOENIX, AZ 85001-0300

10925    ARIZONA ROCK PRODUCTS ASSOC., 916 WEST ADAMS, PHOENIX, AZ 85007-2732

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  ARIZONA ST UNIV OFFICE OF RADIATION, VICE PROVOST FOR ADMIN SVC, ARIZONA STATE UNIVERSITY, PO BOX 872303, TEMPE, AZ 85287-2303

10924  ARIZONA STATE CAPITOL, BASEMENT, PHOENIX, AZ 85019

10925  ARIZONA STATE UNIVERSITY LIBRARIES, TEMPE, AZ 85287-1006

10925  ARIZONA STORAGE RENTAL INC, POBOX 48385, PHOENIX, AZ 85075-8385

10925  ARIZONA TIME RECORDER INC., 6022 N 35TH AVE, PHOENIX, AZ 85017

10925  ARI-ZONOLITE, 51ST AVE, GLENDALE, AZ

10925  ARK INDUSTRIAL, POBOX 3625, HALLANDALE, FL 33008-3625

10924  ARK VALLEY CONCRETE, 3 MI WEST ON HWY 54, AUGUSTA, KS 67010

10924  ARK VALLEY CONCRETE, ANDOVER, KS 67002

10924  ARK VALLEY READY MIX, 3 MI WEST ON HWY 54, AUGUSTA, KS 67010

10924  ARK VALLEY READY MIX, AUGUSTA, KS 67010

10924  ARK, THE, 713 LEHMAN, HOUSTON, TX 77018

10925  ARKADIE, TUMI, RT. 3, PO BOX 718, TUSKEGEE, AL 36083

10924  ARKANSAS CONCRETE, TURNER RD, FORREST CITY, AR 72335

10925  ARKANSAS ALUMINUM ALLOYS, INC, PO BOX 1410, HOT SPRINGS, AR 71901

10925  ARKANSAS ATTY GENERAL, ATTN: MARK PRYOR, 200 TOWER BLDG, 323 CENTER ST, LITTLE ROCK, AR 72201

10925  ARKANSAS BEST FREIGHT, PO BOX 10048, FORT SMITH, AR 72917

10924  ARKANSAS CANCER RESEARCH CENTER, C/O REIMER OAKS, LITTLE ROCK, AR 72205

10924  ARKANSAS CHILDREN'S HOSPITAL, 800 MARSHALL STREET, LITTLE ROCK, AR 72200

10924  ARKANSAS CONCRETE TANK, STADIUM DRIVE, BATESVILLE, AR 72503

10924  ARKANSAS CONCRETE, #7 CYPRESS AVENUE - HWY 70 E., BRINKLEY, AR 72021

10924  ARKANSAS CONCRETE, DE VALLS BLUFF, AR 72041

10924  ARKANSAS CONCRETE, HWY 64 WEST, WYNNE, AR 72396

10924  ARKANSAS CONCRETE, HWY 64, AUGUSTA, AR 72006

10925  ARKANSAS DEPT OF ENV QUALITY, RANDALL MATHIS DIR, 8001 NATIONAL DRIVE, LITTLE ROCK, AR 72209

10925  ARKANSAS DEPT OF ENVIR QUALITY, 8001 NATIONAL DRIVE, LITTLE ROCK, AR 72209

10925  ARKANSAS EASTMAN CO, ACCTS PAYABLE DEPT, KINGSPORT, TN 37662

10924  ARKANSAS EASTMAN CO, GAP ROAD, BATESVILLE, AR 72503

10924  ARKANSAS PRECAST, 1402 CENTER, BEEBE, AR 72012

10924  ARKANSAS PRECAST, 2601 CORY DR, JACKSONVILLE, AR 72076

10924  ARKANSAS PRECAST, P O BOX 425, JACKSONVILLE, AR 72076

10924  ARKANSAS PRECAST, PO BOX 425, JACKSONVILLE, AR 72076

10925  ARKANSAS READY MIXED CONCRETE, 200 SO UNIV AVE/MALL PROF BLDG, LITTLE ROCK, AR 72205

10925  ARKANSAS STATE PLANT BOARD, PO BOX 1069, LITTLE ROCK, AR 72203

10925  ARKANSAS STRUCTURAL PRODUCTS, PO BOX 1026, CONWAY, AR 72033

10924  ARKASAS CONCRETE, CYPRESS STREET, MARIANNA, AR 72360

10924  ARKHOLA READY MIX, 100 W. CHEROKEE, SALLISAW, OK 74955

10924  ARKHOLA SAND & GRAVEL CO., HWY 62, TAHLEQUAH, OK 74464

10924  ARKHOLA SAND & GRAVEL, 2205 ARKHOLA DR, SPRINGDALE, AR 72764

10924  ARKHOLA SAND & GRAVEL, 2901 N. O ST., FORT SMITH, AR 72902

10924  ARKHOLA SAND & GRAVEL, 3007 SOUTH ARKANSAS, RUSSELLVILLE, AR 72801

10924  ARKHOLA SAND & GRAVEL, 5215 SOUTH ZERO, FORT SMITH, AR 72903

10924  ARKHOLA SAND & GRAVEL, HWY 7 SOUTH, RUSSELLVILLE, AR 72801

10924  ARKHOLA SAND & GRAVEL, P.O. BOX 1627, FORT SMITH, AR 72902

10924  ARKHOLA SAND & GRAVEL, PO BOX 1627, FORT SMITH, AR 72902

10924  ARKHOLA SAND & GRAVEL, PO BOX1627, FORT SMITH, AR 72902

10924  ARKHOLA SAND & GRAVEL, ROUTE 1 BOX 118, RUSSELLVILLE, AR 72801

10924  ARKHOLA SAND & GRAVEL, STILWELL, OK 74960

10924  ARKHOLA SAND AND GRAVEL CO., HWY 62 SOUTH, TAHLEQUAH, OK 74464

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ARKIN SCHAFFER & SUPINO, 590 MADISON AVE 35TH FL, NEW YORK, NY 10022

10925   ARKLA EXPLORATION, PO BOX 391, RUSTON, LA 71273-0391

10925   ARKOFF MD, DR HAROLD, 88 EAST NEWTON ST, BOSTON, MA 02118-2393

10924   ARK-TENN HOLDING CO., HWY 65 N., DAMASCUS, AR 72039

10924   ARK-TENN HOLDING CO., RT. 1, BOX 57-7, DAMASCUS, AR 72039

10925   ARKWRIGHT FOUNDATION, THE, PO BOX 1086, SPARTANBURG, SC 29304-1086

10924   ARKWRIGHT HEADQUARTERS NODE*, COLUMBIA, MD 21044

10925   ARKWRIGHT MUTUAL INSURANC, PO BOX 13738, NEWARK, NJ 07188-0738

10925   ARKWRIGHT MUTUAL INSURANCE CO., PO BOX 13738, NEWARK, NJ 07188-0738

10924   ARKWRIGHT, 1555 NORTH 5THSTREET, CHARLESTON, IL 61920

10924   ARKWRIGHT, 385 LONG HILL ROAD, GUILFORD, CT 06437

10924   ARKWRIGHT, 538 MAIN STREET, FISKEVILLE, RI 02823

10924   ARKWRIGHT, 6075 XAVIER DRIVE, ATLANTA, GA 30336

10924   ARKWRIGHT, INC., 2388 RAILROAD STREET, CORONA, CA 91720

10924   ARKWRIGHT, INC.-DO NOT USE, 538 MAIN STREET, FISKEVILLE, RI 02823-0139

10924   ARKWRIGHT-DO NOT USE, 538 MAIN STREET, FISKEVILLE, RI 02823

10924   ARKWRIGHT-DO NOT USE, 538 MAIN STREET, FISKEVILLE, RI 02823-0139

10924   ARKWRIGHT-DO NOT USE, 6075 XAVIER DRIVE, ATLANTA, GA 30336

10925   ARLE COMPRESSOR SYSTEMS CORP, 10650 NW SOUTH RIVER DR, MEDLEY, FL 33178

10925   ARLETA, LEONOR, 2311 LOVING, FORT WORTH, TX 76106

10925   ARLEX YELLOW CAB ASSOC, 640 BOSTON AVE, MEDFORD, MA 02155

10925   ARLIN MFG CO INC, PO BOX 222, LOWELL, MA 01853-0222

10925   ARLINGTON BANNER & FLAG, 110 MASSACHUSETTS AVE, ARLINGTON, MA 02474

10925   ARLINGTON CATHOLIC HIGH SCHOOL, 16 MEDFORD ST, ARLINGTON, MA 02174

10925   ARLINGTON CHEVRON, DON PATEL, 5975 ARLINGTON EXPWY, JACKSONVILLE, FL 32211-5358

10925   ARLINGTON COMPUTER PRODUCTS, 1970 CORBOY, MOUNT PROSPECT, IL 60056

10925   ARLINGTON COMPUTER PRODUCTS, 851 COMMERCE COURT, BUFFALO GROVE, IL 60089

10925   ARLINGTON COMPUTER PRODUCTS, PO BOX 95109, PALATINE, IL 60095-0109

10924   ARLINGTON CONCRETE PRODUCTS, 104 1ST AVE N., ARLINGTON, MN 55307

10924   ARLINGTON CONCRETE, PO BOX 310, ARLINGTON, MN 55307

10925   ARLINGTON DISPOSAL, PO BOX 916061, FORT WORTH, TX 76191-6061

10925   ARLINGTON FLAGG SALES, 21W265 CORONET ROAD, LOMBARD, IL 60148

10925   ARLINGTON LITHOGRAPH CO INC, 6 SCHOULER COURT, ARLINGTON, MA 02476

10925   ARLINGTON LITHOGRAPH CO, INC, SIX SCHOULER COURT, ARLINGTON, MA 02174

10924   ARLINGTON MEDICAL CENTER, C/O WILLIAM INSULATION, ARLINGTON, TX 76015

10924   ARLINGTON MEDICAL CENTER, MEDICAL OFFICE BUILDING, ARLINGTON, TX 76015

10924   ARLINGTON MEMORIAL HOSPITAL, 3301 MATLOCK, ARLINGTON, TX 76015

10924   ARLINGTON MEMORIAL HOSPITAL, 800 WEST RANDELL MILL ROAD, ARLINGTON, TX 76012

10925   ARLINGTON SPORTSMANS CLUB, POBOX 453, ARLINGTON, MA 02476

10924   ARLON PRODUCTS, 2811 HARBOR BLVD., SANTA ANA, CA 92704

10924   ARLON PRODUCTS, 2811 SOUTH HARBOR BOULEVARD, SANTA ANA, CA 92704-0260

10924   ARLON PRODUCTS, PO BOX 5260, SANTA ANA, CA 92704-0260

10925   ARLOW, DOUGLAS, 2400 N LAKEWOOD AVE, 1117, CHICAGO, IL 60614

10925   ARLWOOD INC, POBOX 2058, WOBURN, MA 01888

10925   ARM, 275 MARKET ST., SUITE C13, MINNEAPOLIS, MN 55405

10925   ARM/MCMA ANNUAL CONVENTION, 275 MARKET ST SUITE C-13, MINNEAPOLIS, MN 55405

10924   ARMADA HOFFLER CONSTRUCTION, 900 E. MAIN STREET, RICHMOND, VA 23219

10925   ARMAGON, ARCHIBALD, 2682 CRESTON AVE APT 3-A, BRONX, NY 10468-3615

10925   ARMAND JR, HAROLD, RT. 2, BOX 512, MANSURA, LA 71350

10925   ARMAND PRODUCTS COMPANY, PO BOX 95378, CHICAGO, IL 60694

10925   ARMAND, JOHN, 108 BEECH ST, COTTONPORT, LA 71327

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ARMAND, SERGE, 88-44 161 ST, JAMAICA, NY 11432 | |
| 10925 | ARMANI, SHARI, 656 DOW AVE, A, CARNEGIE, PA 15106 | |
| 10925 | ARMANTROUT, C, 4801 OAKWOOD APT 1704, ODESSA, TX 79761 | |
| 10925 | ARMAO, JOANNE, 130 SALEM ROAD, BILLERICA, MA 01821 | |
| 10924 | ARMATA HOLFER, 900 EAST MAIN STREET, RICHMOND, VA 23173 | |
| 10925 | ARMATA, NED, 13 RICHMOND ST, ADAMS, MA 01220 | |
| 10925 | ARMBRUSTER ASSOCIATES INC, 43 STOCKSTON ROAD, SUMMIT, NJ 07901 | |
| 10925 | ARMCA, 200 SOUTH UNIVERSITY, LITTLE ROCK, AR 72205 | |
| 10925 | ARMCO INC., 703 CURTIS ST, MIDDLETON, OH 45043 | |
| 10925 | ARMELLINO, DAWN, 12345 SW 151 ST, MIAMI, FL 33186 | |
| 10925 | ARMENDAREZ, HENRY, 1323 GRAYSON, HOBBS, NM 88240 | |
| 10924 | ARMENDARIZ CONSTRUCTION, 1805 BRYANT STREET, DENVER, CO 80204 | |
| 10924 | ARMENDARIZ CONSTRUCTION, NEW BRONCO STADIUM, DENVER, CO 80204 | |
| 10925 | ARMENDARIZ, CARMEN, PO BOX 13343, EL PASO, TX 79913 | |
| 10925 | ARMENDARIZ, CECILIO, 2000 ALSTON, FT WORTH, TX 76110 | |
| 10925 | ARMENDARIZ, RODRIGO, 7215 ENCHANTED FLAME, SAN ANTONIO, TX 78250 | |
| 10925 | ARMENGAUD AINE, 3 AVE BUGEAUD, PARIS, 75116FRANCE | *VIA Deutsche Post* |
| 10925 | ARMENTA, REBECCA, 2516 JEFFERSON ST, LONG BEACH, CA 90810 | |
| 10925 | ARMENTOR, RALPH, 2439 SANTA ROSA, LAKE CHARLES, LA 70611 | |
| 10925 | ARMENTROUT, LEON, 1001 OLEANDER #16, BAKERSFIELD, CA 93304 | |
| 10925 | ARMFIELD, ALLISON, 2315 KIVETT DR, GREENSBORO, NC 27406 | |
| 10925 | ARMFIELD, HENRIETTA, 300 FORK RD, FOUNTAIN INN, SC 29644 | |
| 10925 | ARMIJO, N, 2656 E RUSSELL RD, LAS VEGAS, NV 89120 | |
| 10925 | ARMIJO, SUSAN, 6419 W MONTERAY PL, CHANDLER, AZ 85226 | |
| 10925 | ARMIL/CFS INC, PO BOX 114, SOUTH HOLLAND, IL 60473-0114 | |
| 10925 | ARMINGTON III, ARTHUR P, 7083 RUSHMORE WAY 23, PAINESVILLE, OH 44077-2301 | |
| 10925 | ARMINGTON, ARTHUR P, 7070 SOUTH LANE, WILLOUGHBY, OH 44094-9388 | |
| 10924 | ARMISTEAD MECHANICAL, 39 SIDING PLACE, MAHWAH, NJ 07430 | |
| 10925 | ARMITAGE, PAULA, 2118 W SEWAHA ST, TAMPA, FL 33612 | |
| 10925 | ARMOCIDA, WILLIAM, 55 ELM RIDGE ROAD, STOW, MA 01775 | |
| 10925 | ARMOND, EMILY, 72 DREAMCOURT, METAIRIE, LA 70001 | |
| 10925 | ARMOND, LOUIS, 72 DREAM COURT, METAIRIE, LA 70001 | |
| 10924 | ARMORY DISTRIBUTORS, P.O.BOX 1368, WESTFIELD, MA 01086 | |
| 10924 | ARMORY HILL OFFICE BUILDING, 3011  ARMORY DRIVE, NASHVILLE, TN 37204 | |
| 10924 | ARMORY PHARMACUTICAL, C/O J.L. MANTA, INC., KANKAKEE, IL 60901 | |
| 10924 | ARMOUR FOOD INGREDIENTS, 223 PROGRESS ROAD, SPRINGFIELD, KY 40069 | |
| 10924 | ARMOUR PHARMACEUTICAL CO., PO BOX511, KANKAKEE, IL 60901 | |
| 10925 | ARMOUR, DAVID, 3304 STEEPLE CIRCLE, CLEVELAND, TN 37312 | |
| 10925 | ARMPAC - STATE ACCOUNT, PO BOX 5804, ARLINGTON, VA 22205 | |
| 10925 | ARMS, ALAN, 619 OAKWOOD LANE, ARLINGTON, TX 76012 | |
| 10925 | ARMS, KENNETH, 1223 FOWLER RD, WOODRUFF, SC 29388 | |
| 10925 | ARMS, OSCAR, 347 D LAKE DR, MARIETTA, GA 30060 | |
| 10925 | ARMSDEN, WILLIAM L, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | ARMSDEN, WILLIAM, 3 BROOKBRIDGE RD, STONEHAM, MA 02180 | |
| 10925 | ARMSTEAD, NINA, 813 WATERS ST, KINSTON, NC 28501 | |
| 10924 | ARMSTRONG CEMENT & SUP CO, 100 CLEARFIELD RD, CABOT, PA 16023 | |
| 10924 | ARMSTRONG CEMENT & SUP CO, 100 CLEARFIELD ROAD, CABOT, PA 16023 | |
| 10925 | ARMSTRONG CHEMICAL CO, GERALD OBRIEN, 1530 JACKSON ST, JACKSONVILLE, WI 53545 | |
| 10925 | ARMSTRONG DISPLAY CONCEPTS, 480 S PARK, NEWAYGO, MI 49337 | |
| 10924 | ARMSTRONG GARDEN CENTER, 2200 E. ALOSTA AVE., GLENDORA, CA 91740 | |
| 10924 | ARMSTRONG GARDEN CENTER, 78325 HIDDEN RIVER RD., BERMUDA DUNES, CA 92201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ARMSTRONG III, ROBERT, 27 BROOKS ST, WINCHESTER, MA 01890 | |
| 10924 | ARMSTRONG INDUSTRIAL SPECIALTIES, LEWIS MILL, MAIN ST., BEAVER FALLS, NY 13305 | |
| 10925 | ARMSTRONG JR, AVERILL, 100 PALMVIEW ROAD N 7, PALMETTO, FL 34221-9351 | |
| 10925 | ARMSTRONG MECHANICAL SERVICES INC, 30987 OREGON ROAD, PERRYSBURG, OH 43551 | |
| 10925 | ARMSTRONG MONITORING CORP., 215 COLONNADE ROAD SOUTH, NEPEAN, ON K2E 7K3CANADA | *VIA Deutsche Post* |
| 10925 | ARMSTRONG MOVING &, 621 WEST 8TH ST, LITTLE ROCK, AR 72201-4109 | |
| 10925 | ARMSTRONG RELOCATION, 3927 WINCHESTER, MEMPHIS, TN 38118 | |
| 10925 | ARMSTRONG WORLD INDUSTRIES INC, DOUG BROSSMAN, | |
| 10925 | ARMSTRONG WORLD INDUSTRIES INC., 2500 COLUMBIA AVE, LANCASTER, PA 17604-3001 | |
| 10925 | ARMSTRONG WORLD INDUSTRIES INC., 815 SUPERIOR AVE. N.E., CLEVELAND, OH 44114 | |
| 10925 | ARMSTRONG WORLD INDUSTRIES INC., LEGAL DEPT, PO BOX 3001, LANCASTER, PA 17604 | |
| 10924 | ARMSTRONG WORLD INDUSTRIES, 10 PLAIN STREET, BRAINTREE, MA 02184 | |
| 10924 | ARMSTRONG WORLD INDUSTRIES, PO BOX3511, LANCASTER, PA 17604 | |
| 10925 | ARMSTRONG, A, PO BOX 14753, GREENVILLE, SC 29611 | |
| 10925 | ARMSTRONG, ALAN, 13165 MAPLE DR, SUNSET HILLS, MO 63127 | |
| 10925 | ARMSTRONG, C, 310 SINCLAIR, KERENS, TX 75144 | |
| 10925 | ARMSTRONG, CARLA, 472 SUN LAKE CIR APT 210, LAKE MARY, FL 32746 | |
| 10925 | ARMSTRONG, CHARLENE, 148 CEDAR DRIVE, BELLE CHASSE, LA 70037-3225 | |
| 10925 | ARMSTRONG, CHARLES, 1475 HUMBOLDT ST #11, DENVER, CO 80218 | |
| 10925 | ARMSTRONG, CLARIS, 435-1/2 MARION AVE, MANSFIELD, OH 44903 | |
| 10925 | ARMSTRONG, DAISY, 139 VALLEY N BLVD, JACKSON, MS 39206 | |
| 10925 | ARMSTRONG, DIANA, 38340 TYLER, ROMULUS, MI 48174 | |
| 10925 | ARMSTRONG, DIANE, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | ARMSTRONG, DIANE, 8455 OAKTON LN APT. 2E, ELLICOTT CITY, MD 21043 | |
| 10925 | ARMSTRONG, DONNA, 511 NEELY FERRY RD, SIMPSONVILLE, SC 29680 | |
| 10925 | ARMSTRONG, DOROTHY, 511 NEELEY FERRY RD, SIMPSONVILLE, SC 29681 | |
| 10925 | ARMSTRONG, HUGH, 100 ARMSTRONG DRIVE, HONEA PATH, SC 29654-9101 | |
| 10925 | ARMSTRONG, JAMIE, 8316 MCCUBBINS LANE, KNOXVILLE, TN 37924 | |
| 10925 | ARMSTRONG, JEF, #8 NORTH SHORE CIRCLE, WICHITA FALLS, TX 76310 | |
| 10925 | ARMSTRONG, JEREMY, 2513 EAST ROAD, WICHITA FALLS, TX 76306 | |
| 10925 | ARMSTRONG, JIMMY, PO BOX 254, GRAY COURT, SC 29645 | |
| 10925 | ARMSTRONG, JOEL, 1850 MARSHALL ST, BARTOW, FL 33830-6049 | |
| 10925 | ARMSTRONG, JOHN, 411 QUILLEN AVE, FOUNTAIN INN, SC 29644 | |
| 10925 | ARMSTRONG, KIMBERLY, 13310 MAHAM, 1110, DALAS, TX 75240 | |
| 10925 | ARMSTRONG, LANELLE, 2789 KENNER RD., FORTUNA, CA 95540 | |
| 10925 | ARMSTRONG, LEE, 4401 FALLS BRIDGE DR APT #G, BALTIMORE, MD 21211 | |
| 10925 | ARMSTRONG, LEE, 600 E ANDERSON #714, HOUSTON, TX 77047 | |
| 10925 | ARMSTRONG, LEONARD, 3018 MALLVIEW ROAD, BALTIMORE, MD 21230 | |
| 10925 | ARMSTRONG, MARK, 704 CAROLINA ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | ARMSTRONG, MURRAY, 148 CEDAR DRIVE, BELLE CHASSE, LA 70037-3225 | |
| 10925 | ARMSTRONG, NANCY, RURAL ROUTE 2, BOX 131, ATLANTIC, IA 50022 | |
| 10925 | ARMSTRONG, NONA, 4011 LAMONT #2F, SAN DIEGO, CA 92109 | |
| 10925 | ARMSTRONG, PATTY, 5451 COLUMBIA RD., COLUMBIA, MD 21044 | |
| 10925 | ARMSTRONG, PAUL, 275 S DRYNNIND, BOURBONNAIS, IL 60914 | |
| 10925 | ARMSTRONG, PHYLLIS, PO BOX 33 12796 SR.226, BIG PRAIRIE, OH 44611 | |
| 10925 | ARMSTRONG, SANDRA, 804 ASHLAWN PL, NASHVILLE, TN 37211 | |
| 10925 | ARMSTRONG, SHEILA D, 222 PIONEER ESTATES, SALEM AL, AL 36874 | |
| 10925 | ARMSTRONG, SR, CHRISTOPHER, 5615 MAY VIEW AVE., BALTIMORE, MD 21206 | |
| 10925 | ARMSTRONG, SUSANNA, 14575 TIBORIA LOOP, PEYTON, CO 80831 | |
| 10925 | ARMSTRONG, TAMMY, 6085 W DALE DR #2034, GRAND BLANC, MI 48439 | |
| 10925 | ARMSTRONG, THOMAS, 1232 W CROSS ST, BALTIMORE, MD 21230 | |

}

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ARMSTRONG, WENDELL, 209 OAKLAND WAY, FOUNTAIN INN, SC 29644

10925   ARMSTRONG, WILLIAM, GEORGIA RD PO BOX 93, GRAY COURT, SC 29645-0093

10925   ARMSTRONG, WILLIE, 819 MUNCIE, DALLAS, TX 75212-5323

10925   ARMSTRONG, ZELMA, 2875 N CARDWOOD PT, HERNANDO, FL 34442

10925   ARMSTRONG-EUDELL, DONNA, 2374 ROSINA DRIVE, MIAMIBURGS, OH 45342

10925   ARMSTRONG-LYNCH, FRANCES, 655 OELLA AVE, ELLICOTT CITY, MD 21043

10924   ARMTECH, 22 CORTLAND STREET, NEW YORK, NY 10001

10924   ARMY AVIATION, 141 AVENUE OF INDUSTRY, WATERBURY, CT 06705

10924   ARMY, DIRECTORATE OF CONTRACTING, USAFACFS ATTN:ATZR-QB, FORT SILL, OK 73503

10924   ARMY, RACH MEDICAL SUPPLY, DLDA09-94-P-, BLDG 4300, FORT SILL, OK 73503

10925   ARNALDO, BEULAH, 102 MT TRINITY CT, CLAYTON, CA 94517

10925   ARNAO, MARYANN, 363 N. CALERA #15, AZUSA, CA 91702

10925   ARNAUD, KENNETH, 1106 ST. JUDE ST, NEW IBERIA, LA 70560

10925   ARNAUD, RITA, 12908 MARTINDALE, HOUSTON, TX 77048

10925   ARNDT, D, 15456 PAINTER DRIVE, CHINO HILLS, CA 91709

10925   ARNDT, D, 5826 S 14TH ST, MILWAUKEE, WI 53221-5001

10925   ARNDT, MERIAM, 1511 JAMES ST, SINKINGSPRING, PA 19608

10925   ARNDT, SCOTT, 48 SEXTON ROAD, NAZARETH, PA 18064

10925   ARNE ROSLUND PHOTOGRAPHY, 141 NW 20TH ST., SUITE B-13, BOCA RATON, FL 33431

10925   ARNE ROSLUND PHOTOGRAPHY, 190 W. GLADES RD STE E, BOCA RATON, FL 33432

10924   ARNEL COMPANY INC., 126 REAR WATER STREET, DANVERS, MA 01923

10924   ARNEL COMPANY INC., PO BOX 2003, DANVERS, MA 01923

10925   ARNESON, LYNN, 1945 SPRING RD, STOUGHTON, WI 53589

10924   ARNET PHARMACEUTICAL CORP., 2525 DAVIE ROAD, FORT LAUDERDALE, FL 33317

10925   ARNETT CLINIC, PO BOX 7200, LAFAYETTE, IN 47903

10925   ARNETT, CAROLYN, 993 AVERILL AVE, MANSFIELD, OH 44906

10925   ARNETT, CHARLOTTE, 3212 PLEASANT VALLEY, OWENSBORO, KY 42303

10925   ARNETT, FAYE, 1451 CEDAR CRESCENT, MOBILE, AL 36605

10925   ARNETT, SARAH, 4024 PRATT AVE, BRONX, NY 10466

10925   ARNHOLT, BETTY, 418 E WOOD ST BOX 429, 1, SHREVE, OH 44676

10925   ARNHOLT, NANCY, 13425 C. R. 280, BIG PRAIRE, OH 44611

10925   ARNHOLT, SCOTT, 602 K LANE, 3A, ELKHART, IN 46517

10925   ARNN, JOHN, 38 WYNWOOD DRIVE, MONMOUTH JUNCTION, NJ 08852

10925   ARNO X ARNOLD, 111 CHERRY VALLEY AVE PH 810, GARDEN CITY, NY 11530-1575

10924   ARNO. FACT. SUPPL. CO. -, 1800 S. HANOVER STREET, BALTIMORE, MD 21230

10925   ARNOLD & PORTER, ANDREW S RATZKIN, 399 PARK AVE, NEW YORK, NY 10022-4690

10925   ARNOLD CREATIVE GROUP, 35 ALMERIA, CORAL GABLES, FL 33134

10924   ARNOLD ELECTRIC SUPPLY, 815 STATE RD, CROYDON, PA 19021

10925   ARNOLD ENGINEERING COMPANY, 1000 E EISENHOWER AVE, NORFOLK, NE 68701

10924   ARNOLD ENGINEERING DEVELOPMENT CNTR, WAREHOUSE 1- 1476 AVENUE E, ARNOLD AIR
FORCE BASE, TN 37389

10925   ARNOLD ENGINEERING, 300 WEST ST, MARENGO, IL 60152

10925   ARNOLD HOLAN TR, UA 07 05 94, ARNOLD HOLAN TRUST, 5802 SEASHELL TER, BOYNTON BEACH,
FL 33437-4251

10925   ARNOLD JACOBS INC, 2600 CHARNEY RD, UNIVERSITY HTS, OH 44118-4405

10925   ARNOLD JR, WILLIAM, 1832 TWIN PINES DRIVE, MACON, GA 31211

10925   ARNOLD MACHINERY, 6024 W. SOUTHERN AVE., LAVEEN, AZ 85339

10924   ARNOLD MATERIALS, 4050 BRIARGLEN RD, MILTON, FL 32583

10924   ARNOLD MILL ELEMENTARY SCHOOL, C/O SOUTHEASTERN ROOF DECKS, WOODSTOCK, GA 30188

10925   ARNOLD PALMERS BAY HILL CLUB, 9000 BAY HILL BLVD, ORLANDO, FL 32819-4899

10924   ARNOLD R/M CONCRETE INC, 8150 SOUTH INDUSTRIAL DRIVE, CEDAR HILL, MO 63016

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ARNOLD R/M CONCRETE INC., HWY 61-67, IMPERIAL, MO 63052

10924    ARNOLD R/M, CLARK STREET - RT. 6, DE SOTO, MO 63020

10924    ARNOLD READY MIX CORP, P O BOX 69, IMPERIAL, MO 63052

10924    ARNOLD READY MIX CORP, P.O. BOX 69, IMPERIAL, MO 63052

10924    ARNOLD WILBERT, 1401 W GRANTHAM ST, GOLDSBORO, NC 27530

10925    ARNOLD, ALICE, 12 GARRETT TRAIL, MAXWELL, TX 78656

10925    ARNOLD, ALLEN, 1619 N ELMHURST DR, INDIANAPOLIS, IN 46219

10925    ARNOLD, ANTONETTE, 4469 CLEVELAND AVE., SAN DIEGO, CA 92116

10925    ARNOLD, ARMSTEAD, 215 OLD POST RD, MADISON, GA 30650

10925    ARNOLD, BETTY, ROUTE 1 BOX 1011, JEFFERSON, GA 30549

10925    ARNOLD, CARLA, 2701 FAIR PALMS, ODESSA, TX 79762

10925    ARNOLD, CAROLYN, 6799 ST RT 754 RT, MILLERSBURG, OH 44654

10925    ARNOLD, CATHY, 109 HENRY SR DR, PERU, NY 12972

10925    ARNOLD, CLEMENT, 9312 LAWSON LANE, LAUREL, MD 20723

10925    ARNOLD, CLIFTON, BOX 402, MEEKER, CO 81641

10925    ARNOLD, COLEEN, 1082 SEA HOLLY CT, VA BEACH, VA 23454

10925    ARNOLD, CORBY D, 2965 S. JONES BLVD - SUITE A, LAS VEGAS, NV 89102

10925    ARNOLD, DARRELL, PO BOX 544, MEEKER, CO 81641

10925    ARNOLD, DAVID, 1702 CO RD 32, MEEKER, CO 81641

10925    ARNOLD, DERINDA, 15706 TAMMANY, HOUSTON, TX 77082

10925    ARNOLD, DOUGLAS, 3535 E AVE NW #10, CEDAR RAPIDS, IA 52405

10925    ARNOLD, EARL, BOX 125, MT. VIEW, WY 82939

10925    ARNOLD, ELEANOR L, 4512 N CRAMER ST, WHITEFISH BAY, WI 53211-1201

10925    ARNOLD, GEORGE, PO BOX 436, PITKIN, LA 70656-0436

10925    ARNOLD, HARVEY, 452 SOUTH WALL ST, KANKAKEE, IL 60901

10925    ARNOLD, HERLINDA, 3939 FREDERICKSBURA, SAN ANTONIO, TX 78201

10925    ARNOLD, HILLIS, PO BOX 1142, MEEKER, CO 81641-1142

10925    ARNOLD, III, 270 FIRECREEK COURT, LAWRENCEVILLE, GA 30245

10925    ARNOLD, JAMES, 7014 CHERRY LANE, LAUREL, MD 20707

10925    ARNOLD, JOAN, 23 W GOLDEN STRIP DR, MAULDIN, SC 29662

10925    ARNOLD, JOYCE, 127 DOGWOOD DR, WINNFIELD, LA 71483

10925    ARNOLD, KAREN, 5000 SMOKEY RD POB 72, ATHENS, GA 30601

10925    ARNOLD, KENDAL, 725 S BROAD ST, BURLINGTON, NC 27215

10925    ARNOLD, LARRY, 4613 FOUNTAIN LANE, ODESSA, TX 79761

10925    ARNOLD, LONNIE, 2007 AUGUSTA ST., SULPHUR, LA 70663

10925    ARNOLD, LYNDELL, 1932 WORDSWORTH DR, FAYETTEVILLE, NC 28304

10925    ARNOLD, MADISON, 3351 MIDWAY ROAD RT 3, MARION, IA 52302-9712

10925    ARNOLD, MARK, 15 CYPRESS AVE, LINCOLN PARK, NJ 07035

10925    ARNOLD, MAXINE, 716 ST CHARLES ST, BREAUX BRIDGE, LA 70517

10925    ARNOLD, NORMA, 6162 MISTY MEADOW, CORPUS CHRISTI, TX 78414

10925    ARNOLD, PAUL, 504 1/2 2ND AVE NE, JACKSONVILLE, AL 36265

10925    ARNOLD, PERRY, 177 CRYSTAL LANE, RAGLEY, LA 70657

10925    ARNOLD, RODERICK, 1947 HILLTOP ROAD, PASADENA, MD 21122

10925    ARNOLD, RONALD, 3372 TOWER ROAD, WESTLAKE, LA 70669

10925    ARNOLD, ROXANN, 11015 KERNITE COURT, RENO, NV 89506

10925    ARNOLD, SALLY, 1717 BARLOW RD, TARBORO, NC 27886

10925    ARNOLD, SANDRA, 1379 DOVE COURT, BRADLEY, IL 60915

10925    ARNOLD, SHERRY, 4315 ESMOND DR., ODESSA, TX 79762

10925    ARNOLD, STANLEY, 1280 W. PEACHTREE ST, ATLANTA, GA 30309

10925    ARNOLD, STANLEY, RD2 STREUN RD, BOX 175E, TABERG, NY 13471-9802

10925    ARNOLD, STEPHEN, 1328 PATCH ST, SULPHUR, LA 70663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ARNOLD, SUSAN, 7409 YORKTOWN DR, NORFOLK, VA 23505

10925   ARNOLD, THERESA, 181 MINDYS MILL RD, JONESBORO, GA 30236

10925   ARNOLD, TINA, 2221 SUMTER ST #B, INDIANAPOLIS, IN 46224

10925   ARNOLD, TODD, 1314 BROUGHTON DRIVE, BEVERLY, MA 01915

10925   ARNOLD, TREVOR, 4707 N.SPRING RD, KENNESAW, GA 30144

10925   ARNOLD, VIRGINIA, 1710 CHARLESTOWN ROAD, NEW ALBANY, IN 47150

10925   ARNOLD, WILLIAM, 111 HOB OF THE HILL WAY, GUN BARREL CITY, TX 75147

10925   ARNOLD, WILLIAM, 375 E. ROSS ROAD, EL CENTRO, CA 92243

10925   ARNOLD, WILLIE, 4410 W TARPON DR, TAMPA, FL 33617

10924   ARNOLD FACTORY HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   ARNOLDS FACTORY SUPPLIES CO, 3101 WASHINGTON BOULEVARD, BALTIMORE, MD 21230

10924   ARNOLDS FACTORY SUPPLIES, 1800 S HANOVER ST, BALTIMORE, MD 21230

10924   ARNOLD'S FACTORY SUPPLIES, 3101 WASHINGTON BOULEVARD, BALTIMORE, MD 21230

10925   ARNOLDS FACTORY SUPPLIES, INC, PO BOX 6480, BALTIMORE, MD 21230

10924   ARNOLD-WILBERT, 1401 W GRANTHAM ST, GOLDSBORO, NC 27530

10925   ARNONE, BETTY, PO BOX 1512, 55364 OLD US HW 51, INDEPENDENCE, LA 70443

10925   ARNOPOLE, SANDRA, 4540 ORANGE AVE #409, LONG BEACH, CA 90807

10925   ARNQUIST PACKAGING CORP., 16W107 83RD ST, BURR RIDGE, IL 60527-5824

10925   ARNREICH, JOHN, 213 HANCE AVE, NORTH LINTHICUM, MD 21090

10925   ARNS, G., 712 CITADEL CT, DES PLAINES, IL 60016

10925   ARO CORPORATION, THE, PO BOX 6373 N, CLEVELAND, OH 44193-0583

10925   ARON, DEBRA, 14402 MAYFAIR DR, LAUREL, MD 20707

10925   ARONSON FURNITURE CO, 3401 W 47TH ST, CHICAGO, IL 60632

10925   ARONSON, KEITH, 2601 PARK CTR DR #C-603, ALEXANDRIA, VA 22302

10925   ARP CHURCH, ROUTE 2 BOX 353, GRAY COURT, SC 29645

10925   ARP, THOMAS, PO BOX 922, IOWA PARK, TX 76367

10925   ARPC ANALYSIS, RESEARCH & PLANNING, 1850 M ST NW SUITE 850, WASHINGTON, DC 20036

10924   ARPS RED-E-MIX, 1304 D STREET, SCHUYLER, NE 68661

10924   ARPS RED-E-MIX, 1479 STATE ST,, BLAIR, NE 68008

10924   ARPS RED-E-MIX, 250 W. VINE, FREMONT, NE 68025

10924   ARPS RED-E-MIX, 250 WEST VINE STREET, FREMONT, NE 68025

10924   ARPS RED-E-MIX, 611 W. 6TH, NORTH BEND, NE 68649

10924   ARPS RED-E-MIX, 660 5TH STREET, DAVID CITY, NE 68632

10924   ARPS RED-E-MIX, 924 S 13TH STREET, TEKAMAH, NE 68061

10925   ARQUETA, DELMIS, 2017 VERMONT AVE NW, WASHINGTON, DC 20001

10925   ARQUETTE, SUZE, 1224 VIOLETTE AVE, BALTIMORE, MD 21229

10924   ARQUIMEX S.A.C.I., CALLE 113 NO. 2320(1650) SAN MARTIN, BUENOS AIRES, 09999ARG     **\*VIA Deutsche Post\***

10925   ARRA INC, 15 HAROLD COURT, BAY SHORE, NY 11706

10925   ARRA, SUSAN, 910 N LAKESHORE DR #1916, CHICAGO, IL 60611

10925   ARRAMBIDE, OSCAR, PO BOX 3579, ANTHONY, TX 79821

10925   ARRANTS, DWAIN, R R 4, BOX 312, KEARNEY, NE 68847

10925   ARRAS, RAMON, 6105 TURNABOUT LN #3, COLUMBIA, MD 21044

10924   ARRC SAFETY, 300 BEDFOED STREET, MANCHESTER, NH 03101

10925   ARREDONDO, ALEX, 224 E CHESTNUT AVE, GLENDALE, CA 91205

10925   ARREDONDO, ANN, 210 E. RISCHE, SAN ANTONIO, TX 78204

10925   ARREDONDO, ANNETTE, 930 PRINCETON AVE, AMHERST, OH 44001-1140

10925   ARREDONDO, HILARIO, ROUTE 1 BOX 20, CONCEPCION, TX 78349

10925   ARREDONDO, HORACIO, 608 WEST REBECCA, IOWA PARK, TX 76367

10925   ARREDONDO, PAUL, 1910 GRANT, WICHITA FALLS, TX 76309

10925   ARREDONDO, PAULA, 8378 DAWNWOOD, SAN ANTONIO, TX 78250

10925   ARREDONDO, RAYMUNDO, 305 VENADO CT, LAREDO, TX 78041

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ARREDONDO, ROBERT, 502 ELMWOOD DRIVE, HUDSON, NH 03051

10925   ARREDONDO, RUBEN, 4820 MATTERHORN, WICHITA FALLS, TX 76310

10925   ARRENDONDO, RICARDO, 924 S LASSITER, FALFURRIAS, TX 78355

10925   ARREOLA, OMAR, 805 W. PLOK, AMARILLO, TX 79107

10925   ARREOLA, SILVIA, RT. 1 359 F-11, EDINBURG, TX 78539

10925   ARREST AIR SYSTEMS, 6 WOODLAWN ST, AMESBURY, MA 01913

10925   ARRIAGA, CONCEPCION, 2210 ROOSEVELT, FT WORTH, TX 76106

10925   ARRIAGA, OLGA, PO BOX 122, GERONIMO, TX 78115

10925   ARRIAGA, RAUL, 2221 CLINTON, FORT WORTH, TX 76106

10925   ARRIAGA, SAMUEL, 1806 HIGHLAND, FT WORTH, TX 76106

10925   ARRICK, JASON, 8145 CARRIAGE LN, WICHITA FALLS, TX 76306

10925   ARRIETA, MELINDA, 725 PRISSOL LANE, PORT ORANGE, FL 32127

10925   ARRIGO ENTERPRISES INC., 7643 W. 100TH PL., BRIDGEVIEW, IL 60455

10925   ARRINGTON, ALICIA, 105 LITTLE JOHN LN., DALTON, GA 30720

10925   ARRINGTON, CHARLES, 6126 THOMPSON DRIVE, CLARKSVILLE, MD 21029

10925   ARRINGTON, CURTIS, 3126 LUGINE AVE, BALTIMORE, MD 21207

10925   ARRINGTON, DEBORAH, 766 PRINCETON BLVD, WILKENSBURG, PA 15221

10925   ARRINGTON, DEEDRA, PO BOX 162, TAMAL, CA 94912

10925   ARRINGTON, JR, WESLEY, 2627 MARBOURNE AVE, BALTIMORE, MD 21230

10925   ARRINGTON, TRACEY, 4363 N. 68TH ST, MILWAUKEE, WI 53216

10925   ARRISOLA, SONYA, 10335 WINDFERN #309, HOUSTON, TX 77064

10925   ARRO CORPORATION, 11861 S COTTAGE GROVE AVE, CHICAGO, IL 60628

10925   ARRO LABORATORY INC, POBOX 686, JOLIET, IL 60434

10925   ARRO LABORATORY, INC, PO BOX 686, JOLIET, IL 60434

10925   ARRO TRANSPORT LLC, 11861 S COTTAGE GROVE AVE, CHICAGO, IL 60628

10925   ARROJO, BENJAMIN, 367 KRESSON RD, CHERRY HILL, NJ 08034

10924   ARROW ALUMINUM INDUSTRIES INC., 113 NEAL STREET, MARTIN, TN 38237

10924   ARROW ALUMINUM INDUSTRIES INC., PO BOX 528, MARTIN, TN 38237

10925   ARROW APPAREL, PO BOX 22026, FORT LAUDERDALE, FL 33335

10924   ARROW AUTOMOTIVE INDUSTRIES, 1 TELEX DR, MORRILTON, AZ 72110-4729

10925   ARROW BELL COMPONENTS, 35 UPTON DR, WILMINGTON, MA 01887

10924   ARROW CONCRETE INDUSTRIES, RTE. 68 NORTH, PARKERSBURG, WV 26101

10924   ARROW CONCRETE PRODUCTS I, 560 SALMON BROOK, GRANBY, CT 06035

10924   ARROW CONCRETE PRODUCTS OF MILFORD, 539 ORONOQUE RD, MILFORD, CT 06460

10924   ARROW CONCRETE PRODUCTS, 560 SALMON BROOK RD. RTE. 10, GRANBY, CT 06035

10924   ARROW CONCRETE PRODUCTS, 560 SALMON BROOK, GRANBY, CT 06035

10924   ARROW CONCRETE PRODUCTS, INC., 21 VERGASON AVENUE, NORWICH, CT 06360

10924   ARROW CONCRETE PRODUCTS/MILFORD, 539 ORONOQUE RD., MILFORD, CT 06460

10924   ARROW CONCRETE PRODUCTS/MILFORD, 560 SALMON BROOK, RTE. 10, GRANBY, CT 06035

10924   ARROW CONCRETE, 251 N HARTFORD AVE, COLUMBUS, OH 43222

10924   ARROW CONCRETE, 3 SOUTH 6TH STREET, PITTSBURGH, PA 15220

10924   ARROW CONST (HUBBARD), 35 HUBBARD ROAD, FREDERICTON, NB E3B 5B4TORONTO          ***VIA Deutsche Post***

10924   ARROW CONSTRUCTION PRODUCTS LTD., 55 HUBBARD ROAD, FREDERICTON, NB E3B          ***VIA Deutsche Post***
          5B4TORONTO

10924   ARROW CONSTRUCTION PRODUCTS LTD., PO BOX 760, FREDERICTON, NB E3B 5B4TORONTO          ***VIA Deutsche Post***

10925   ARROW CROWN WINDOW CLEANING, 3811 FEAR AVE., BALTIMORE, MD 21215-5587

10925   ARROW ELECTRONICS, 35 UPTON DR, WILMINGTON, MA 01887

10925   ARROW ENERGY INC., 1404 INDUSTRIAL DR ST 3, SALINE, MI 48176

10925   ARROW ENGINEERING CO., 260 PENNSYLVANIA AVE, HILLSIDE, NJ 07205-2636

10925   ARROW FINANCIAL SERVICES LLC, 7301 N. LINCOLN AVE. #220, LINCOLNWOOD, IL 60646

10924   ARROW INDUSTRIES CORP., P.O. BOX 5517, VIENNA, WV 26105

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ARROW INDUSTRIES CORP., PO BOX 5517, VIENNA, WV 26105

10925   ARROW INTERNATIONAL, 3000 BERNVILLE ROAD, READING, PA 19605

10925   ARROW INTL, 938 CENTRAL SHILOH ROAD, ABBEVILLE, SC 29620

10925   ARROW LOCKSMITHS INC, 848 NORTH FEDERAL HWY, POMPANO BEACH, FL 33062

10924   ARROW REDI-MIX, 5600 E. RAILROAD AVENUE, FLAGSTAFF, AZ 86004

10924   ARROW REDI-MIX, 6902 ORANGE BOX DRIVE, FLAGSTAFF, AZ 86004

10925   ARROW STAR DISCOUNT, 6087 BUFORD HWY, NORCROSS, GA 30071

10925   ARROW STAR INC, 3-1 PARK PLAZA, GLEN HEAD, NY 11545-1857

10925   ARROW STAR, INC, 6 WILLIAM ST, LYNBROOK, NY 11563

10925   ARROW STAR, POBOX 5200, SUWANEE, GA 30024

10925   ARROW STEEL PRODUCTS INC, PO BOX 2525, SPARTANBURG, SC 29304

10924   ARROW SUPPLY COMPANY, 1 PRYOR DRIVE, SUITE 574, CHATTANOOGA, TN 37421

10924   ARROW SUPPLY COMPANY, PO BOX24073, CHATTANOOGA, TN 37422

10925   ARROW TANK CO, INC, 16 BARNETT ST., BUFFALO, NY 14215

10925   ARROW TRUCKING, PO BOX 3570, TULSA, OK 74101

10925   ARROWHEAD ENGINEERING INC, PO BOX 843, LIBBY, MT 59923

10924   ARROWHEAD HOSPITAL, PHOENIX, AZ 85019

10925   ARROWHEAD MOUNTAIN SPRING WATER CO, PO BOX 52237, PHOENIX, AZ 85072-2237

10925   ARROWHEAD MOUNTAIN SPRING WATER, PO BOX 52237, PHOENIX, AZ 85072-2237

10924   ARROWHEAD STONE, 8422 ASHEVILLE HWY, KNOXVILLE, TN 37924

10925   ARROWOOD, JAMES, 512 TRINITY WAY, GREENVILLE, SC 29609

10925   ARROWOOD, JONATHAN, 1308 NELSON ST, GREEN BAY, WI 54304

10925   ARROWOOD, LEONARD, 101 PONDEROSA DR, PELZER, SC 29669

10925   ARROWOOD, PHILIP, 1308 NELSON ST, GREEN BAY, WI 54304

10924   ARROYO BUILDING MATERIALS, 890 ARROYO ST., SAN FERNANDO, CA 91340

10925   ARROYO JR., CARMEN, 2712 N 8TH, MCALLEN, TX 78501

10925   ARROYO PROCESS EQUIPMENT, 13750 AUTOMOBILE BLVD., CLEARWATER, FL 33762

10925   ARROYO PROCESS EQUIPMENT, INC, 13750 AUTOMOBILE BLVD., CLEARWATER, FL 33762

10925   ARROYO SECO FOOD & BEVERAGE CO, PO BOX 1699, LAKE ARROWHEAD, CA 92352

10925   ARROYO, ANTHONY, 4724 WEST 20TH ST. 2ND FL, CICERO, IL 60650

10925   ARROYO, ELISA, CALLE 507 BQ 209 #29, CAROLINA, PR 00629

10925   ARROYO, RAMONA, BOX 1038, ANASCO, PR 00610

10925   ARROYO, SOFIA, BOX 305, LARES, PR 00665

10925   ARROYO, TANYA, 220 WILKIE ST, 834, LAFAYETTE, LA 70506

10925   ARS AMERICAN RADIATION SERVICES, INC, 1726 WOODDALE CT., BATON ROUGE, LA 70806

10925   ARS CONTRACTING, 9540 CARLS DR, PLAINFIELD, IL 60544

10925   ARSENAULT, EDWARD, 14 ARCADIA ST, REVERE, MA 02151

10925   ARSENAULT, ELIZABETH, 165 MILLBURY AVE, MILLBURY, MA 01527

10925   ARSENAULT, WILLIAM, 29 STARK LANE, LITCHFIELD, NH 03051

10925   ARSENAULT, WILLIAM, 3 RIVERVIEW AVE, HUDSON, NH 03051

10925   ARSENEAU, BESS, PO BOX 124, AROMA PARK, IL 60910-0124

10925   ARSENEAU, CATHERINE, 1039 S COURTLAND AVE, KOKOMO, IN 46902-6202

10925   ARSENEAU, IONA, BOX 193, MARTINTON, IL 60951

10925   ARSENEAU, RANDI, RR 2 BOX 59, ST ANNE, IL 60964

10925   ARSENEAUX, CLEMENT, 65 NASHUA ROAD, NORTH BILLERICA, MA 01862

10925   ARSLANIAN, J, 97 WATERSIDE DRIVE, LITTLE FERRY, NJ 07643

10924   ARSYNCO INC., FOOT OF 13TH STREET, CARLSTADT, NJ 07072

10924   ARSYNCO INC., PO BOX 8, CARLSTADT, NJ 07072

10925   ART 270 INC, 741 YORKWAY PLACE, JENKINTOWN, PA 19046

10924   ART CRAFT CONCRETE BLOCK, 1509 BLUFF ROAD, MONTEBELLO, CA 90640

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ART METAL CONST CO, C/O HELLER FINANCIAL, ATTN CORPORATE ACCTG, 200 NORTH LASALLE, CHICAGO, IL 60601-1014

10924   ART VAN C/O PONTIAC CEILING &, WOODWARD (BETWEEN 13 MILE RD/14 MIL, ROYAL OAK, MI 48067

10924   ART WAGNER/DBA AIR-LOC, 5309 W 99 TERR, OVERLAND PARK, KS 66207

10925   ART, LLC, 7500 GRACE DR, COLUMBIA, MD 21044

10925   ART, LLC, PO BOX 3247, LAKE CHARLES, LA 70602

10925   ARTALE, BEVERLY, 3826 SUNFLOWER CIRCL, MITCHELLEVILL, MD 20721

10925   ARTALE, ESQ, BEVERLY J, 3826 SUNFLOWER CIRCLE, STE 001, MITCHELLVILLE, MD 20721

10925   ARTCO OFFSET INC, 12 CHANNEL ST, BOSTON, MA 02210

10925   ARTCO OFFSET INC, 12 CHANNEL ST, BOSTON, MA 02210-2199

10925   ARTEAGA, LISA, 1249 HIGH ST, CUMBERLAND RI, RI 02864

10924   ARTEC INTERIORS, 1407 WOODMERE, TRAVERSE CITY, MI 49684

10925   ARTECH ILLUSTRATION GROUP, 229 GLEN ST ,3RD FL, GLEN FALLS, NY 12801

10925   ARTELL, LINDA, PO BOX 831, ROBERT, LA 70455

10925   ARTEMIS PRODUCTIONS, PO BOX 2038, COLUMBIA, MD 21045

10924   ARTEMIS RUBBER TECHNOLOGY, INC., 14300 I-25 FRONTAGE ROAD, LONGMONT, CO 80504

10925   ARTENAY JT TEN, RAYMOND D & GEORGE D, 509 PORTER LA, SAN JOSE, CA 95127-2516

10924   ARTER & HADDEN, 10 W BROAD ST, COLUMBUS, OH 43215

10925   ARTERBURN, DORIS, 5910 VIA DEL CIELO, PLEASANTON, CA 94566

10925   ARTERBURN, LINDA, 5111 AVOCA AVE, ELLICOTT CITY, MD 21043

10925   ARTERBURN, MARY PAULA, 1129 CLIFFWOOD DRIVE, GOSHEN, KY 40026

10925   ARTESE, LARAINE M, PO BOX 548, E SANDWICH, MA 02537

10924   ARTESIA BLDG. MATERIAL, 16632 PIONEER BLVD., ARTESIA, CA 90701

10924   ARTESIA BUILDING MATERIAL, 16632 PIONEER BLVD., ARTESIA, CA 90701

10925   ARTESIA BUILDING MATERIALS INC, 16632 PIONEER BLVD., ARTESIA, CA 90701

10924   ARTESIA READY MIX CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, TULARE, CA 93275

10924   ARTESIA READY MIX CONCRETE, 1000 SOUTH 19TH AVENUE, LEMOORE, CA 93245

10924   ARTESIA READY MIX CONCRETE, 14619 ROAD 72, TIPTON, CA 93272

10924   ARTESIA READY MIX CONCRETE, 1741 NORTH RIVER ROAD, PASO ROBLES, CA 93447

10924   ARTESIA READY MIX CONCRETE, 1890 SOUTH K STREET, TULARE, CA 93275

10924   ARTESIA READY MIX CONCRETE, 300 PERRY STREET, FARMERSVILLE, CA 93223

10924   ARTESIA READY MIX CONCRETE, 46005 SOUTH LOST HILLS ROAD, COALINGA, CA 93210

10924   ARTESIA READY MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, TULARE, CA 93275

10924   ARTESIA READY MIX, 14200 ROAD 284, PORTERVILLE, CA 93257

10924   ARTESIA READY MIX, 217 TERRABELLA, PIXLEY, CA 93256

10924   ARTESIA SAWDUST PRODUCTS, INC., 13434 ONTARIO AVE., ONTARIO, CA 91761

10925   ARTHERTON, VAN, 3665 MIRA PACIFIC DR, OCEANSIDE, CA 92056-3954

10925   ARTHUR ANDERSEN & CO. SC, 777 S. FLAGLER DR. #1700, WEST PALM BEACH, FL 33401

10925   ARTHUR ANDERSEN & CO., 777 SOUTH FLAGLER DRIVE, WEST PALM BEACH, FL 33401

10925   ARTHUR ANDERSEN LLP, PO BOX 70630, CHICAGO, IL 60673-0630

10925   ARTHUR ANDERSEN LLP, PO BOX 905719, CHARLOTTE, NC 28290-5719

10925   ARTHUR ANDERSEN LLP, POST OFFICE BOX 730201, DALLAS, TX 75373-0201

10925   ARTHUR BLANK & CO,INC, 225 RIVERMOOR ST, BOSTON, MA 02132

10925   ARTHUR C LAMB CO INC, 85 JACKSON ST, CANTON, MA 02021

10925   ARTHUR D LITTLE INC, 15F/226 ACORN PARK, CAMBRIDGE, MA 02140-2390

10925   ARTHUR D LITTLE INC, PO BOX 7247-8409, PHILADELPHIA, PA 19170-8409

10925   ARTHUR D LITTLE, INC, ACORN PARK, CAMBRIDGE, MA 02140-2390

10924   ARTHUR D. LITTLE COMPANY, 20 ACORN PARK, CAMBRIDGE, MA 02140

10924   ARTHUR D. LITTLE, 311 ARSENAL STREET, WATERTOWN, MA 02172

10924   ARTHUR FREUING, 2760 54TH AVE, COLUMBUS, NE 68601

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    ARTHUR FREUING, 2912 31ST ST, COLUMBUS, NE 68601

10924    ARTHUR FREUING, 2912 31ST STREET, COLUMBUS, NE 68601

10925    ARTHUR J BABCOCK TR UA NOV 12 86, ARTHUR JAMES BABCOCK TRUST, BOX 5, SAN SIMEON, CA 93452-0005

10925    ARTHUR L CLACK, 5504 ANDERSON AVE, MANHATTAN, KS 66503-9623

10925    ARTHUR L HUMPHREY & JUANITA, HUMPHREY TR UA AUG 7 97 ARTHUR L, HUMPHREY & JUANITA HUMPHREY, FAMILY LIVING TRUST, 231 HIDDEN VALLEY LANE, VACAVILLE, CA 95688-2449

10925    ARTHUR T KUMADA & HIDEKO H, KUMADA TR UA JUL 16 90, KUMADA FAMILY 1990 TRUST, 5898 LALOR DR, SAN JOSE, CA 95123-3927

10925    ARTHUR W PAGE SOCIETY, 14384 WEST BAYAUD PL, GOLDEN, CO 80401

10924    ARTHUR WHITCOMB INC, 725 MAIN STREET, KEENE, NH 03431

10924    ARTHUR WHITCOMB INC, P.O.BOX 747, KEENE, NH 03431

10924    ARTHUR WHITCOMB INC., 25 MONADNOCK HWY., NORTH SWANZEY, NH 03431

10924    ARTHUR WHITCOMB INC., 725 MAIN STREET, KEENE, NH 03431

10924    ARTHUR WHITCOMB INC., P.O. BOX 747, KEENE, NH 03431

10924    ARTHUR WHITCOMB INC., PO BOX 747, KEENE, NH 03431

10924    ARTHUR WHITCOMB, 368 OLD SPRINGFIELD ROAD, CHARLESTOWN, NH 03603

10924    ARTHUR WHITCOMB, ELM STREET EXTENSION, WEST LEBANON, NH 03784

10924    ARTHUR WHITCOMB, RT 14,L, EAST MONTPELIER, VT 05651

10925    ARTHUR, BRAD, ORTS C US NAVAL OBSERVATORY, WASH, DC 20390

10925    ARTHUR, DORIS, 106 PIGEON POINT, GREENVILLE, SC 29607

10925    ARTHUR, HARRY, 2250 HOLLY HALL #181, HOUSTON, TX 77054

10925    ARTHUR, JASON, 111 BALDWIN CIRCLE, MAULDIN, SC 29662-1803

10925    ARTHUR, NANCY, 4012 DOGWOOD LANE, FORT WORTH, TX 76137

10925    ARTHUR, PERLEY, 199 OLD SANDOWN ROAD, CHESTER, NH 03036-4124

10925    ARTHUR, ROBERT, 2289 HARVEYS BARBER, DUBBERLY, LA 71024

10925    ARTHUR, TERRIE, 106 PINE ST, ATHENS, TN 37303

10925    ARTHUR, THOMAS, 6014 S.E. HORSESHOE, STUART, FL 34997

10925    ARTHURS, DAVID, 305 EAST 72ND ST, NY, NY 10021

10925    ARTHURS, ROBERT, PO BOX 347, LAWTEY, FL 32058

10924    ARTIC FIREPROOFING INC., 9550 BERGER RD, COLUMBIA, MD 21046

10924    ARTIC FIREPROOFING, 9550 BERGER ROAD, COLUMBIA, MD 21046

10924    ARTIC SEAL URATHANE-FOAM ENTERPRISE, PO BOX 581, JESUP, IA 50648

10925    ARTINIAN, DIKRAM, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    ARTINIAN, DIKRAN, 1 WASHINGTON ST UNIT 301, SALEM, MA 01970

10925    ARTIS, R JOYE, 752 ROSE HURST WAY, LEXINGTON, KY 40515-6318

10925    ARTISAN CONTROLS, 5 EASTMANS ROAD, PARSIPPANY, NJ 07054

10924    ARTISAN DISPLAY, 1239 JAMES RD., RED HILL, PA 18076

10925    ARTISAN ELECTRONICS, 5 EASTMANS ROAD, PARSIPPANY, NJ 07054

10925    ARTISAN MECHANICAL, 11567 GOLDCOAST DR., CINCINNATI, OH 45249-1633

10924    ARTISAN MICHIGAN, INC., 3324  MARENTETTE, WINDSOR, ON N8N 0A1TORONTO                    *VIA Deutsche Post*

10924    ARTISAN PLASTERING INCORP, 2901 4TH STREET S.E., MINNEAPOLIS, MN 55414

10925    ARTISOFT, FILE #54251, LOS ANGELES, CA 90074-4251

10925    ARTISTIC FURNITURE, 400 NE 27 ST, UNIT C, POMPANO BEACH, FL 33064

10924    ARTISTIC READY MIX CORP, DELETION** S.CLARK, 8720 NW 93 STREET, MEDLEY, FL 33166

10924    ARTISTIC READY MIX CORP., 8720 NW 93 STREET, MEDLEY, FL 33166

10924    ARTISTIC READY MIX, 8720 N.WEST 93RD ST, MEDLEY, FL 33178

10925    ARTISTONICS CORPORATION, 95 WALKERS BROOK DR, READING, MA 01867

10925    ARTISTREE, 15 S.W. 19 AVE., FORT LAUDERDALE, FL 33312-1529

10925    ARTJUCH, KIM, 240 E LEXINGTON ST, ALLENTOWN, PA 18103

10924    ARTLO INDUSTRIES, 1045 E. LA CADENA DRIVE, RIVERSIDE, CA 92501

10924    ARTLO INDUSTRIES, 2020 GOETZ ROAD, PERRIS, CA 92570

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ARTOGRAPHY LABS, 2419 SAINT PAUL ST., BALTIMORE, MD 21218

10925    ARTS EQUIPMENT & SUPPLY, 215 E. 6TH ST, NEWPORT, KY 41071

10925    ARTS LOCK SHOP, PO BOX 195, ORDWAY, CO 81063

10925    ARTS, GRAPHIC, GA, AG, NY, NY 10001

10925    ARTUSA, FRANK, 62 ROOSEVELT AVE, INWOOD, NY 11696

10924    ARUBA POOL SERVICE N.V., SUITE 2112, MIAMI, FL 33146

10924    ARUBA POOL, 12501 N.W. 38TH AVENUE, OPA LOCKA, FL 33054

10925    ARUNDEL CEMENT CO., PO BOX 38181, BALTIMORE, MD 21231

10924    ARUNDEL CORP, THE, 500 FRANKFURST AVE., BALTIMORE, MD 21225

10924    ARUNDEL CORP, THE, 921 S. WOLFE ST., BALTIMORE, MD 21231

10924    ARUNDEL CORP, THE, WHARF & CANAL RDS., BALTIMORE, MD 21219

10925    ARUNDEL CORP., PO BOX 626, SPRINGFIELD, VA 22150

10924    ARUNDEL CORPORATION, 500 FRANKFURST AVENUE, BALTIMORE, MD 22150

10924    ARUNDEL CORPORATION, P O BOX 626, SPRINGFIELD, VA 22150

10924    ARUNDEL CORPORATION, PO BOX626, SPRINGFIELD, VA 22150

10924    ARUNDEL CORPORATION, THE, P.O. BOX 626, CONCRETE DIVISION, SPRINGFIELD, VA 22150

10924    ARUNDEL CORPORATION, THE, PO BOX 626, SPRINGFIELD, VA 22150

10925    ARUNDEL ELEVATOR CO, INC, 152 A BLADES LN., GLEN BURNIE, MD 21060

10925    ARUNDEL ELEVATOR CO., 152 A BLADES LN., PASADENA, MD 21122

10925    ARUNDEL ELEVATOR CO., 8249 BODKIN AVE., PASADENA, MD 21122

10925    ARUNDEL ENGINEERING CORP., 300 S. HAVEN ST, BALTIMORE, MD 21224

10925    ARUNDEL LIFTRUCK, PO BOX 831, GLEN BURNIE, MD 21060

10924    ARUNDEL MEDICAL CENTER, INSULATION OF MARYLAND, INC., 140 JENNIFER ROAD, ANNAPOLIS, MD 21401

10925    ARUP LABORATORIES INC., ARUP LABORATORIES INC., 500 CHIPETA WAY, SALT LAKE CITY, UT 84108-1221

10925    ARVALLO, FRANCES, 5635 S 5TH ST, PHOENIX, AZ 85040

10925    ARVAN INC, 14083 S NORMANDIE AVE, GARDENA, CA 90249

10925    ARVIDA REALTY SALES LTD, 555 S FEDERAL HWY, BOCA RATON, FL 33432-4924

10925    ARWAY, KRISTINE, 10812 CHARLES DR, FAIRFAX, VA 22030

10925    ARY, DANNY, PO BOX 595, WILBURTON, OK 74578

10925    ARY, ROBERT L., PO BOX 658, MEEKER, CO 81641

10925    ARY, ROBERT, PO BOX 749, MEEKER, CO 81641-0749

10925    ARYAL, SUMITRA, 500 THAYER AVE #305, SILVER SPRING, MD 20910

10925    ARZATE, ADRIANA, 1701 LAGUNA ST, CONCORD, CA 94520

10925    ARZEE SUPPLY CORP OF NJ, 17 E FREDERICK PL, CEDAR KNOLLS, NJ 07927

10924    ARZEE SUPPLY, 15 E. FREDERICK PLACE, CEDAR KNOLLS, NJ 07927

10924    ARZEE SUPPLY, 27-33 FRANKLIN TURNPIKE, MAHWAH, NJ 07430

10925    ARZENTI, FRANK, 3419 POPLAR AVE., PITTSBURGH, PA 15234

10925    ARZENTI, MARY, 3419 POPLAR AVE, PITTSBURGH, PA 15234

10924    ARZON LTD., 80 MORLEY STREET, ONTARIO, ON L8H 7N1TORONTO      *VIA Deutsche Post*

10924    ARZON LTD., 85 BURFORD ROAD, ONTARIO, ON L8E 3C6TORONTO      *VIA Deutsche Post*

10924    A'S, C/O WESTSIDE BUILDING MATERIALS, SAN DIEGO, CA 92100

10925    ASA COMMUNICATIONS INC, 850 THIRD AVE, NEW YORK, NY 10022

10925    ASA ENVIRON. PRODUCTS INC, 33 BUSINESS PARK DR., BRANFORD, CT 06405

10925    ASA SALES INC, 2501 B WEST 237TH ST, TORRANCE, CA 90505

10925    ASA, 3536 UNIVERSITY BLVD N STE 123, JACKSONVILLE, FL 32277

10925    ASADORIAN, ARA, 11104 CRABAPPLE CT, STRONGSVILLE, OH 44136

10925    ASAHI KASEI KOGYO KABUSHIKI KAISHA, ., OSAKA, 27 09999JAPAN      *VIA Deutsche Post*

10925    ASA-NM, 8512 ASPEN AVE NE, ALBUQUERQUE, NM 87112

10925    ASANTE HEALTH SYSTEM, 2825 BARNETT ROAD, MEDFORD, OR 97504-8389

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ASAP FABRICATION, INC, 8270 SOUTH 86TH COURT, JUSTICE, IL 60458-1763

10925    ASARCO INCORPORATED, 180 MAIDEN LANE, NEW YORK, NY 10038-4991

10925    ASARCO, INC, 180 MAIDEN LAND, NEW YORK, NY 10038

10925    ASARCO, INC, BROWN, MCCARROLL & OAKS HARTLINE, 111 CONGRESS AVE, SUITE 1400, AUSTIN, TX 78701-4043

10925    ASARIS, AUGUSTUS, 1251 RICHLANDTOWN PK, RICHLANDTOWN, PA 18955

10925    ASAT LIMITED, 138 TEXACO ROAD, TSUEN WAN NT, 0HONG KONG          **\*VIA Deutsche Post\***

10925    ASBERRY, FLECIA, 10411 SOUTH DRIVE SOUTH DRIVE #712, HOUSTON, TX 77099

10924    ASBESTOS ABATEMENT, 2420 N. GRAND RIVER, LANSING, MI 48905

10925    ASBESTOS ANALYSIS & INFORMATION, PO BOX 837, FOUR OAKS, NC 27524

10925    ASBESTOS ANALYSIS AND INFORMAT, PO BOX 837, FOUR OAKS, NC 27524

10925    ASBESTOS ANALYSIS AND INFORMATION, POBOX 837, FOUR OAKS, NC 27524

10925    ASBESTOS CLAIMS MANAGEMENT CORP, FKA NATIONAL GYPSUM CO, 2609 EASTLAND AVE #202, GREENVILLE, TX 75402

10924    ASBESTOS CONTAINMENT SERVICES &&, CAMBRIDGE, MA 02140

10924    ASBESTOS CONTAINMENT SERVICES, 350 WARREN STREET, JERSEY CITY, NJ 07302

10924    ASBESTOS CONTAINMENT SERVICES, ATT:JEFF OR ELWOOD, 30 WARREN STREET 1ST FLOOR, JERSEY CITY, NJ 07302

10924    ASBESTOS CONTAINMENT WAREHOUSE, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924    ASBESTOS CONTROL GROUP INC, 6905 MC COMBER ST, SACRAMENTO, CA 95826-2521

10924    ASBESTOS CONTROL GROUP, 6905 MC COMBER ST., SACRAMENTO, CA 95828

10924    ASBESTOS CONTROL GROUP, 6905 MCCOMBER ST., SACRAMENTO, CA 95828

10924    ASBESTOS CONTROL GROUP, 8597 JACKSON RD., SACRAMENTO, CA 95826

10924    ASBESTOS CONTROL GROUP, ATTN: TERRY OSTRANDER, SACRAMENTO, CA 95826

10924    ASBESTOS CONTROLL GROUP, C/O JOE NICK, SACRAMENTO, CA 95826

10924    ASBESTOS COOPERATIVES, 32 N. 6TH STREET, KANSAS CITY, KS 66103

10925    ASBESTOS CORP. LTD., 835 MOONEY ST, BOX 9, THETFORD MINES, QC G6G-55CANADA      **\*VIA Deutsche Post\***

10925    ASBESTOS CORP.ATLAS ASBESTOSATLAS, 400 RENAISSANCE CTR #1010, DETROIT, MI 48243

10925    ASBESTOS ENGINEERS, 9201 N 9TH AVE, PHOENIX, AZ 85021

10925    ASBESTOS INSULATION CO., 355 W. MAIN ST., NORRISTOWN, PA 19401

10924    ASBESTOS REMOVAL SERVICES, 3380-D LAWSON STREET, JACKSON, MS 39216

10924    ASBESTOS SPECIALTY INC., PO BOX 368, LINTHICUM HEIGHTS, MD 21090

10925    ASBESTOS/LEAD ABATEMENT RP, 8737 COLESVILLE RD #1100, SILVER SPRING, MD 20910-3928

10925    ASBILL, BILLY J, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925    ASBILL, BILLY, 7931 SHORT TAIL SPRINGS RD, OOLTEWAH, TN 37363

10925    ASBILL, MARTY, PO BOX 474, HARRISON, TN 37341

10924    ASBURY FLUXMASTER OF UTAH, INC., 791 SOUTH 9300 WEST, OGDEN, UT 84404

10925    ASBURY GRAPHITE MILLS INC., 41 MAIN ST., ASBURY, NJ 08802

10924    ASBURY HARDWARE INC, 1221 ASBURY AVE, ASBURY PARK, NJ 07712-5728

10924    ASBURY MANOR, C/O UNITED FIREPROOFING, ASBURY, NJ 08802

10924    ASBURY PARK PRESS, 245 WILLOW BROOK ROAD, FREEHOLD, NJ 07728

10924    ASBURY WINDOW FACTORY, 1001 ASBURY AVENUE, ASBURY PARK, NJ 07712

10925    ASBURY, ALEASIA, 500 HEMLOCK SHORES DRIVE, GOODVIEW, VA 24095

10925    ASBURY, NATHAN, 4726 ELAM RD, STONE MT., GA 30083

10925    ASBY, CYNTHIA, RT 1 BOX 1460, CORSICANA, TX 75110

10924    ASC - LAKE PARK COUNTY SCHOOL, 2100 STONINGTON AVENUE, HOFFMAN ESTATES, IL 60195

10924    ASC - NORWOOD, 2100 STONINGTON AVENUE, HOFFMAN ESTATES, IL 60195

10924    ASC - SKYLINE LOFTS, 2100 STONINGTON AVENUE, HOFFMAN ESTATES, IL 60195

10924    ASC CUSTOMER PICK-UP TRANSHIELD, TRANSHEILD W. CHICAGO, WEST CHICAGO, IL 60185

10925    ASC GEOSCIENCES INC, 3055 DRANE FIELD ROAD, LAKELAND, FL 33811

10925    ASC INDUSTRIES, LTD, 1416 W. 175TH ST., EAST HAZEL CREST, IL 60429

10924    ASC INSULATION & FIREPR., 2100 STONINGTON AVE, HOFFMAN ESTATES, IL 60195

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ASC INSULATION & FIREPROOFING, RUSH WALTON RENOVATION, CHICAGO, IL 60606

10924   ASC INSULATION, 2100 STONINGTON AVENUE, HOFFMAN ESTATES, IL 60195

10925   ASC PUMPING EQUIPMENT, 180 N. POPLAR PLACE, NORTH AURORA, IL 60542

10925   ASC PUMPING EQUIPMENT, PO BOX 68-5043, MILWAUKEE, WI 53268-5043

10924   ASC/DEPARTMENT OF AVIATION, 2100 STONINGTON AVE, HOFFMAN ESTATES, IL 60195

10925   ASCAP, PO BOX 4705, CAROL STREAM, IL 60197-4705

10925   ASCAP, SCNPC, PASADENA, CA 91189-0220

10925   ASCARI, HOWARD, 111 SHADY BROOK DR, CINCINNATI, OH 45216

10925   ASCE - EL PASO BRANCH, 1410 GAIL BORDEN PLACE C-5, EL PASO, TX 79935-4809

10925   ASCE, PO BOX 8147, CLEARWATER, FL 33758-8147

10925   ASCENDIX TECHNOLOGIES, INC, 13140 COIT ROAD, SUITE 450, DALLAS, TX 75240

10924   ASCENSION READY MIX, PO  BOX 510, PRAIRIEVILLE, LA 70769-0510

10924   ASCENSION READY MIX, PO BOX510, PRAIRIEVILLE, LA 70769

10924   ASCENSION ROOFING COMPANY, GONZALES, LA 70737

10925   ASCHENBRENNER, ETHEL, 4057 NW 2ND ST, DELRAY, FL 33445

10925   ASCHERMAN, RIKI, 1967 NORTH HALSTED, 3F, CHICAGO, IL 60614

10924   ASCI/PLANT #1 96TH STREET, 10000 DALLAS, HENDERSON, CO 80640

10924   ASCI/PLANT #2 MOBILE, 7321 E. 88TH, HENDERSON, CO 80640

10924   ASCI/PLANT #3 MOBILE, NW QUADRANT OF THE INTERSECTION OF, E47TH& PEORIA, DENVER, CO 80239

10925   ASCO FUEL AND LUBRICANTS, PO BOX 6984, METAIRIE, LA 70009-6984

10925   ASCO PNEUMATIC CONTROLS, POBOX 905925, CHARLOTTE, NC 28290-5925

10925   ASCOLTA TRAINING COMPANY, 2351 MCGAW AVE, IRVINE, CA 92614

10925   ASCOM HASLER AMS TMS, 757 CAROLYN AVE, COLUMBUS, OH 43224

10925   ASCOM HASLER MAILING, PO BOX 895, SHELTON, CT 06484-0895

10924   ASCON CUTTERS, ATTN: ACCOUNTS PAYABLE, PHOENIX, AZ 85046

10925   ASCONA, DRESDNER BANK AG, NY BRANCH, NEW YORK, NY 10005-2889

10925   ASD AUCTIONS INC, 12360 US HWY 29, CHATHAM, VA 24531

10924   ASDCO, 4701 COLALILLO DRIVE, DULUTH, MN 55807

10924   ASDCO, 4701 MIKE CALALILLO DR., DULUTH, MN 55807

10924   ASE CONTRACTING, 738 S WATERMAN AVENUE   STE C45, SAN BERNARDINO, CA 92408-2370

10925   ASEA BROWN BOVERI INC., 1209 ORANGE ST, WILMINGTON, DE 19801

10924   ASEC MANUFACTORING & SALES (PTY) LT, PO BOX 329, PORT ELIZABETH, 00000-0000ZAF      **\*VIA Deutsche Post\***

10924   ASEC MANUFACTURING & SALES, PO BOX 329, PORT ELIZABETH, 06000ZAF      **\*VIA Deutsche Post\***

10924   ASEC MANUFACTURING & SALES, POST OFFICE BOX 329, PORT ELIZABETH, 06000ZAF      **\*VIA Deutsche Post\***

10924   ASEC MANUFACTURING, PO BOX 1679, CATOOSA, OK 74015

10925   ASEC SALES & MANUFACTURING, PO BOX 329, PORT ELIZABETH, 06000ZAF      **\*VIA Deutsche Post\***

10925   ASEVEDO, JOSE, PO BOX 225, AQUA DULCE, TX 78330

10925   ASEVEDO, NOE, COUNTY RD 103, AQUA DULCE, TX 78330

10925   ASFEH, KATHY, 8238 UNION CREEK WAY, SACRAMENTO, CA 95828

10925   ASFP, HAMPSHIRE, 235 ASH RD, ALDERSHOT, GU12 4DDUNITED KINGDOM      **\*VIA Deutsche Post\***

10925   ASGCO MANUFACTURING, INC, 301 GARDEN ST, ALLENTOWN, PA 18102

10924   ASH BRICK DIV, MERRY COMPANIES INC, VAN WYCK, SC 29744

10925   ASH EQUIPMENT CO., PO BOX 8, BATAVIA, IL 60510

10925   ASH EQUIPMENT, 155 OSWALT AVE, PO BOX 8, BATAVIA, IL 60510

10924   ASH GROVE CEMENT CO, 16215 HIGHWAY 50, LOUISVILLE, NE 68037

10924   ASH GROVE CEMENT CO, 1801 N. SANTA FE, CHANUTE, KS 66720

10924   ASH GROVE CEMENT CO, FOREMAN, AR 71836

10924   ASH GROVE CEMENT CO, P O BOX 130, FOREMAN, AR 71836

10924   ASH GROVE CEMENT CO, PO BOX 130, FOREMAN, AR 71836

10924   ASH GROVE CEMENT COMPANY INC., INKOM, ID 83245

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ASH GROVE CEMENT COMPANY, 100 MONTANA HIGHWAY 518, CLANCY, MT 59634

10924   ASH GROVE CEMENT COMPANY, 16215 HIGHWAY 50, LOUISVILLE, NE 68037

10924   ASH GROVE CEMENT COMPANY, CHANUTE, KS 66720

10924   ASH GROVE CEMENT WEST INC, PO BOX 51, NEPHI, UT 84648

10924   ASH GROVE CEMENT WEST, 3801 EAST MARGINAL WAY SOUTH, SEATTLE, WA 98134

10924   ASH GROVE CEMENT WEST, INC., PO BOX51, NEPHI, UT 84648

10924   ASH GROVE CEMENT WEST, INTERS 80 AT MI POST 331, DURKEE, OR 97905

10924   ASH GROVE CEMENT WEST, P O BOX 5, DURKEE, OR 97905

10924   ASH GROVE CEMENT WEST, PO BOX 5, DURKEE, OR 97905

10925   ASH GROVE MATERIALS CORP, 8900 INDIAN CREEK PKWY #500, SHAWNEE MISSION, KS 66225

10924   ASH GROVE READY MIX, 800 INDUSTRIAL PARK, ASH GROVE, MO 65604

10924   ASH GROVE WEST, 3801 E. MARGINAL WAY SOUTH, SEATTLE, WA 98134

10924   ASH GROVE, 100 MONTANA  HWY 518, CLANCY, MT 59634

10924   ASH STEVENS INC., 18655 KRAUSE STREET, WYANDOTTE, MI 48192

10924   ASH STEVENS, INC, 18665 KRAUSE, WYANDOTTE, MI 48192

10924   ASH STEVENS, INC, 5861 JOHN LODGE FREEWAY, DETROIT, MI 48202

10924   ASH STEVENS, INC., 5861 JOHN LODGE FREEWAY, DETROIT, MI 48202

10925   ASH, BOBBY, 1601 HALTER, ODESSA, TX 79763

10925   ASH, CARLA, 790 ARBOR HILL DR, STONE MTN, GA 30088

10925   ASH, F, 330 SWEET BRIAR CT, JOPPA, MD 21085

10925   ASH, HIRAM, PO BOX 203, COLEBROOK, CT 06021

10925   ASH, KIMBERLY, 8-A NOBILITY CT, OWINGS MILLS, MD 21117

10925   ASH, LEEANN, 6053 PIERSON ST, ARVADA, CO 80004

10925   ASH, STANLEY, 6053 PIERSON ST., ARVADA, CO 80004

10925   ASH, TED, 6801 W 52ND AVE., ARVADA, CO 80002

10925   ASHBURN HILL HUNTING PRESERVE, PO BOX 3128, MOULTRIE, GA 31776

10925   ASHBURY, TERESA, 3710 COUNTY ST, PORTSMOUTH, VA 23707

10925   ASHBY CROSS COMPANY INC, 418 BOSTON ST, TOPSFIELD, MA 01983

10925   ASHBY, BENJAMIN, 206 E. 22ND ST., 9, ATLANTIC, IA 50022

10925   ASHBY, CHRISTOPHER, 4040 RELIANT CIRCLE, OWENSBORO, KY 42301

10925   ASHBY, COLAN, RT 1 BOX 543, RED OAK, OK 74536

10925   ASHBY, KENNER, 6902 BROOKS ROAD, HIGHLAND, MD 20777

10925   ASHBY, PEGGY, 1497 BLAIN CEM RD NW, SWISHER, IA 52338

10925   ASHBY, ROBERT C, PO BOX 27432, SAN DIEGO, CA 92198-1432

10925   ASHBY, ROBERT, 12160A RANCHO BERNARDO ROAD, SAN DIEGO, CA 92128

10925   ASHCRAFT AND GEREL, 10 E. BALTIMORE ST #1212, BALTIMORE, MD 21202

10925   ASHCRAFT GEREL, 111 DEVONSHIRE ST, BOSTON, MA 02109

10925   ASHCRAFT GEREL, 2000 L ST NW #400, WASHINGTON, DC 20036

10925   ASHCRAFT II, WILLIAM, 706 MARTIN LUTHER KING DR, CINCINNATI, OH 45220

10925   ASHCRAFT, CLEEDA, 411 ELM ST, NEWPORT, KY 41071-1226

10925   ASHCRAFT, JUNE, 34101 SYLVESTER DRIVE, FREMONT, CA 91536-2227

10925   ASHCRAFT, WILLIAM, 106 DALE RD, HIGHLAND HEIGHT, KY 41076

10925   ASHCROFT, THOMAS, 9 GOLF STREAM DRIVE, PENFIELD, NY 14526

10924   ASHDOWN BROS. CONSTRUCTION CO., 1134 N. LUND HWY, CEDAR CITY, UT 84720

10924   ASHDOWN BROS. CONSTRUCTION CO., PO BOX 855, CEDAR CITY, UT 84721-0855

10925   ASHE, IRMA, C/O MRS J EARLE TURNER, 109 BRIARCLIFF PL, BELVEDERE, SC 29841-9998

10925   ASHE, R, C/O MRS J EARLE TURNER, 109 BRIARCLIFF PL, BELVEDERE, SC 29841

10924   ASHEBORO CONCRETE PRODUCT, 2800 SOUTH FAYETTEVILLE ST., ASHEBORO, NC 27203

10924   ASHEBORO CONCRETE PRODUCTS CO., 2800 SOUTH FAYETTEVILLE ST., ASHEBORO, NC 27203

10925   ASHER, BENJAMIN, 4 WOODLAND CT APT 201, LAUREL, MD 20707

10925   ASHER, DONNA, 85 PROSPECT ST, NORTHAMPTON, MA 01060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ASHER, ROBERT, 664-109 OAK HAVEN, ALTAMONTE SPRGS, FL 32701 | |
| 10925 | ASHEVILLE RUBBER & GASKET, PO BOX 8463, ASHEVILLE, NC 28814-8463 | |
| 10924 | ASHEVILLE SCHOOL, JOHN TYLER DINEING HALL FACILITY, ASHEVILLE, NC 28815 | |
| 10924 | ASHFORD CONCRETE INC., ROUTE #219, SPRINGVILLE, NY 14141 | |
| 10924 | ASHFORD CONCRETE INC./REIFLER, P O BOX 189, SPRINGVILLE, NY 14141 | |
| 10925 | ASHFORD, BRENNA, RT 2 BOX 92, WICHITA FALLS, TX 76301 | |
| 10925 | ASHFORD, EDMUNDO, 10103 LANSDALE #412, HOUSTON, TX 77036 | |
| 10925 | ASHFORD, ROBERT, 1715 EASTCREST DRIVE, CHARLOTTE, NC 28297 | |
| 10925 | ASHFORD, V, 3105 ANGORA DR, HUNTSVILLE, AL 35810 | |
| 10925 | ASHGATE PUBLISHING COMPANY, 2252 RIDGE RD., BROOKFIELD, VT 05036-9704 | |
| 10925 | ASHJIAN, ARLET, 180 WARREN ST, WATERTOWN, MA 02172 | |
| 10924 | ASHLAND CHEMICAL CANADA LTD, 10515 NOTRE DAME EAST, MONTREAL, QC H1B 2V1TORONTO | *VIA Deutsche Post* |
| 10924 | ASHLAND CHEMICAL CANADA LTD., 1270 NOBEL BOULEVARD, BOUCHERVILLE QUEBEC, QC J4B 5H1TORONTO | *VIA Deutsche Post* |
| 10924 | ASHLAND CHEMICAL CANADA LTD., 2620 ROYAL WINDSOR DRIVE, MISSISSAUGA  ONTARIO, ON L5J 4E7TORONTO | *VIA Deutsche Post* |
| 10924 | ASHLAND CHEMICAL CO -, PO BOX 2803, ASHLAND, KY 41105-2803 | |
| 10924 | ASHLAND CHEMICAL CO, 1817 W. INDIANAAVENUE, SOUTH BEND, IN 46613 | |
| 10924 | ASHLAND CHEMICAL CO, 2307 BUSINESS CTR DRIVE, AUSTIN, TX 78744 | |
| 10924 | ASHLAND CHEMICAL CO, 4550 NE EXPWY, ATLANTA, GA 30340 | |
| 10925 | ASHLAND CHEMICAL CO, PO BOX 101489, ATLANTA, GA 30392 | |
| 10925 | ASHLAND CHEMICAL CO, PO BOX 101489, ATLANTA, GA 30392-1489 | |
| 10924 | ASHLAND CHEMICAL CO, PO BOX 2803, ASHLAND, KY 41105-2603 | |
| 10925 | ASHLAND CHEMICAL CO, PO BOX 371002, PITTSBURGH, PA 15250-7002 | |
| 10924 | ASHLAND CHEMICAL CO., 729 MAUNEY DRIVE, COLUMBIA, SC 29201 | |
| 10925 | ASHLAND CHEMICAL CO., PO BOX 101489, ATLANTA, GA 30392-1489 | |
| 10925 | ASHLAND CHEMICAL CO., PO BOX 15649, BATON ROUGE, LA 70815 | |
| 10924 | ASHLAND CHEMICAL CO., PO BOX 2219, COLUMBUS, OH 43216 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 100 12TH STREET, CATLETTSBURG, KY 41129 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 10505 SOUTH PAINTER AVENUE, SANTA FE SPRINGS, CA 90670 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 1101 NEW FORD MILL ROAD, MORRISVILLE, PA 19067 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 11109 SOUTH CHOCTAW DRIVE, BATON ROUGE, LA 70815 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 1415 SOUTH BLOODWORTH, RALEIGH, NC 27610 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 156 W. 56TH AVENUE, DENVER, CO 80216 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 1745 COTTAGE STREET, ASHLAND, OH 44805 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 1817 WEST INDIANA AVENUE, SOUTH BEND, IN 46613 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 200 DARROW ROAD, AKRON, OH 44305 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 200 NORTH EAST 181ST STREET, MIAMI, FL 33162 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 2351 CHANNEL AVENUE, MEMPHIS, TN 38113 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 2788 GLENDALE-MILFORD ROAD, CINCINNATI, OH 45241 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 2802 PATTERSON, GREENSBORO, NC 27407 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3101 WOOD DRIVE, GARLAND, TX 75041 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3300 BALL STREET, BIRMINGHAM, AL 35234 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3322 NORTH WEST 35TH AVENUE, PORTLAND, OR 97210 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3350 SOUTH ZUNI STREET, ENGLEWOOD, CO 80110 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3535 WEST 21ST STREET, TULSA, OK 74107 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3701 RIVER ROAD, TONAWANDA, NY 14150 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3849 FISHER ROAD, COLUMBUS, OH 43228 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 3930 GLENWOOD DRIVE, CHARLOTTE, NC 28208 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 400 MAIN STREET, TEWKSBURY, MA 01876 | |
| 10924 | ASHLAND CHEMICAL COMPANY, 400 TELFAIR ROAD, SAVANNAH, GA 31401 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    ASHLAND CHEMICAL COMPANY, 4185 ALGONQUIN PARKWAY, LOUISVILLE, KY 40211

10924    ASHLAND CHEMICAL COMPANY, 4300 S.W. 36TH STREET, OKLAHOMA CITY, OK 73119

10924    ASHLAND CHEMICAL COMPANY, 455 INDUSTRIAL DRIVE, JACKSON, MS 39209

10924    ASHLAND CHEMICAL COMPANY, 4550 NORTHEAST EXPRESSWAY, DORAVILLE, GA 30340

10924    ASHLAND CHEMICAL COMPANY, 5125 WEST HANNA AVENUE, TAMPA, FL 33634

10924    ASHLAND CHEMICAL COMPANY, 5263 NATIONAL DRIVE, KNOXVILLE, TN 37914

10924    ASHLAND CHEMICAL COMPANY, 5420 SPEAKER ROAD, KANSAS CITY, KS 66106

10924    ASHLAND CHEMICAL COMPANY, 5700 STONE RIDGE MALL ROAD, SUITE 3, PLEASANTON, CA 94588

10925    ASHLAND CHEMICAL COMPANY, 5700 STONERIDGE MALL ROAD, PLEASANTON, CA 94588

10924    ASHLAND CHEMICAL COMPANY, 6839 W. CHICAGO, CHANDLER, AZ 85226

10924    ASHLAND CHEMICAL COMPANY, 729 MAUNEY DRIVE, COLUMBIA, SC 29201

10924    ASHLAND CHEMICAL COMPANY, 7710 POLK STREET, SAINT LOUIS, MO 63111

10924    ASHLAND CHEMICAL COMPANY, 8500 SOUTH WILLOW SPRINGS ROAD, WILLOW SPRINGS, IL 60480

10924    ASHLAND CHEMICAL COMPANY, 8901 OLD GALVESTON ROAD, HOUSTON, TX 77034

10924    ASHLAND CHEMICAL COMPANY, BLAZER PARKWAY, DUBLIN, OH 43017

10924    ASHLAND CHEMICAL COMPANY, BUILDING 12, CLEARFIELD, UT 84016

10924    ASHLAND CHEMICAL COMPANY, P.O. BOX 101489, ATLANTA, GA 30392

10924    ASHLAND CHEMICAL COMPANY, P.O. BOX 2219, COLUMBUS, OH 43216

10925    ASHLAND CHEMICAL COMPANY, PO BOX 101489, ATLANTA, GA 30392

10925    ASHLAND CHEMICAL COMPANY, PO BOX 101489, ATLANTA, GA 30392-1489

10925    ASHLAND CHEMICAL COMPANY, PO BOX 2219, COLUMBUS, OH 43216

10924    ASHLAND CHEMICAL COMPANY, PO BOX101489, ATLANTA, GA 30392

10924    ASHLAND CHEMICAL COMPANY, PO BOX2219, COLUMBUS, OH 43216

10925    ASHLAND CHEMICAL COMPANY, POBOX 101489, ATLANTA, GA 30392

10924    ASHLAND CHEMICAL COMPANY, RD  1, TAMAQUA, PA 18252

10924    ASHLAND CHEMICAL COMPANY, SOUTH STREET, RENSSELAER, NY 12144

10925    ASHLAND CHEMICAL COMPANY, UNION OIL CO OF CALIFORNIA, ATLANTA, GA 30392

10925    ASHLAND CHEMICAL CORP, PO BOX 93263, CHICAGO, IL 60673

10924    ASHLAND CHEMICAL DS EXPANSION, 5202  BLAZER MEMORIAL PKWY, DUBLIN, OH 43017

10924    ASHLAND CHEMICAL HEADQUARTER NODE*, COLUMBIA, MD 21044

10925    ASHLAND CHEMICAL INC., 600 OAKMOUNT LANE, WESTMONT, IL 60559

10924    ASHLAND CHEMICAL, 100 N. COMMERCE DR., PHILADELPHIA, PA 19104

10924    ASHLAND CHEMICAL, 11109 S. CHOCTAW DRIVE, BATON ROUGE, LA 70815

10924    ASHLAND CHEMICAL, 6121 ALMEDA-GENOA ROAD, HOUSTON, TX 77048

10924    ASHLAND CHEMICAL, 824 DISTRIBUTION ROW, NEW ORLEANS, LA 70123-3210

10924    ASHLAND CHEMICAL, 8500 S. WILLOW SPRINGS ROAD, WILLOW SPRINGS, IL 60480

10924    ASHLAND CHEMICAL, ATTN: ANA WILLIAMS, 1 DREW PLAZA, BOONTON, NJ 07005

10924    ASHLAND CHEMICAL, DREW DIVISION, 1106 HARRISON AVENUE, KEARNY, NJ 07032

10925    ASHLAND CHEMICAL, INC, PO BOX 101489, ATLANTA, GA 30392

10925    ASHLAND CHEMICAL, INC, PO BOX 93263, CHICAGO, IL 60673

10925    ASHLAND CHEMICAL, PO BOX 101489, ATLANTA, GA 30392

10925    ASHLAND CHEMICAL, PO BOX 101489, ATLANTA, GA 30392-1489

10924    ASHLAND CHEMICAL, PO BOX 2219, COLUMBUS, OH 43216

10925    ASHLAND CHEMICAL, PO BOX 2219, COLUMBUS, OH 43216

10924    ASHLAND CHEMICAL, PO BOX 2803, ASHLAND, KY 41105-2803

10925    ASHLAND CHEMICAL, PO BOX 93263, CHICAGO, IL 60673-3263

10925    ASHLAND CHEMICAL, ZONA INDUSTRIAL LAS PALMAS, CATANO,                    **\*VIA Deutsche Post\***

10925    ASHLAND CHEMICALS CO, PO BOX 93263, CHICAGO, IL 60673-3263

10924    ASHLAND CHEMICALS, PO BOX 2803, ASHLAND, KY 41105-2803

10925    ASHLAND DISTRIBUTION CO., PO BOX 371002, PITTSBURGH, PA 15250-7002

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ASHLAND DISTRIBUTION COMPANY, ATTN: ACCOUNTS PAYABLE, PO BOX 1026, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ASHLAND DISTRIBUTION COMPANY, PO BOX 1026, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10924 | ASHLAND INC, PO BOX 391, ASHLAND, KY 41114 | |
| 10924 | ASHLAND INC., 20915 S WILMINGTON AVE, CARSON, CA 90810 | |
| 10925 | ASHLAND INC., 50 EAST RIVER CENTER BLVD., PO BOX 391, COVINGTON, KY 41012-0391 | |
| 10925 | ASHLAND INC., ASHLAND CHEMICAL COMPANY, DREW MARINE DIV ONE DREW PLAZA, BOONTON, NJ 07005 | |
| 10924 | ASHLAND INC., PO BOX2219, COLUMBUS, OH 43216 | |
| 10924 | ASHLAND INC., PO BOX2803, ASHLAND, KY 41105 | |
| 10924 | ASHLAND OIL CO, 2802 PATTERSON STREET, GREENSBORO, NC 27419 | |
| 10924 | ASHLAND OIL CO, P.O. BOX 2219 DIST DEPT, COLUMBUS, OH 43216 | |
| 10924 | ASHLAND OIL INC, 2788 GLENDALE MILFORD ROAD, CINCINNATI, OH 45241 | |
| 10924 | ASHLAND OIL INC, 455 INDUSTRIAL DRIVE, JACKSON, MS 39209 | |
| 10924 | ASHLAND OIL INC, 701 WESTERN AVENUE, MOBILE, AL 36607 | |
| 10924 | ASHLAND OIL INC, P.O. BOX 2219 DIST DEPT, COLUMBUS, OH 43216 | |
| 10924 | ASHLAND OIL INC, P.O.BOX 2219 DIST DEPT, COLUMBUS, OH 43216 | |
| 10924 | ASHLAND OIL INC, S STREET, RENSSELAER, NY 12144 | |
| 10924 | ASHLAND PETROLEUM COMPANY, RESEARCH & ENGINEERING BLDG., 11631 US ROUTE 23, CATLETTSBURG, KY 41129 | |
| 10924 | ASHLAND PETROLEUM, PO BOX 570-R, ASHLAND, KY 41114 | |
| 10925 | ASHLAND PLUMBING/HEATING, 242 WEST 20TH ST, NEW YORK, NY 10011 | |
| 10924 | ASHLAND TBA CORPORATION, E. LAKE ROAD, GUNTERSVILLE, AL 35976 | |
| 10924 | ASHLAND TBA CORPORATION, PO BOX 89, GUNTERSVILLE, AL 35976 | |
| 10925 | ASHLEE PUBLISHING CO, INC, 310 MADISON AVE., NEW YORK, NY 10017-6098 | |
| 10924 | ASHLEY INDUSTRIAL PRODUCTS, 1 FARMERS LANE, SAINT JAMES, NY 11780 | |
| 10924 | ASHLEY INDUSTRIAL PRODUCTS, PO BOX 5453, HAUPPAUGE, NY 11788-0342 | |
| 10924 | ASHLEY MEWS, CORNER OF MAIN AND WILLIAMS, 400 S MAIN, ANN ARBOR, MI 48103 | |
| 10924 | ASHLEY PROFESSIONAL CENTER, 320 ASHVILLE AVENUE, CARY, NC 27511 | |
| 10924 | ASHLEY VALLEY MEDICAL CENTER, 100 WEST 200 NORTH, VERNAL, UT 84078 | |
| 10925 | ASHLEY, CAMERON, 9 HARRISON AVE, WHITE RIVER JUNCTION, VT 05001 | |
| 10925 | ASHLEY, CAMERON, PO BOX 420, EAST MADISON, ME 04976 | |
| 10925 | ASHLEY, CAMERON, POBOX 420, WATERVILLE, ME 04901 | |
| 10925 | ASHLEY, CARLA, 1128 FOXRIVER LANE, FT. WORTH, TX 76112 | |
| 10925 | ASHLEY, CHRISTINE, 3236 GRANITE ROAD, WOODSTOCK, MD 21163 | |
| 10925 | ASHLEY, DANA, 1516 EAST GIRARD PLACE, ENGLEWOOD, CO 80118 | |
| 10925 | ASHLEY, DANIEL, PO BOX 623, RIFLE,, CO 81650 | |
| 10925 | ASHLEY, DAWN, N63W 14960 POCAHONTAS DRIVE, MENOMONEE FALLS,, WI 53051 | |
| 10925 | ASHLEY, ELLIOT, 6700 PCHTRE.IND.BLVD, DORAVILLE, GA 30360 | |
| 10925 | ASHLEY, ERIC, 685 CRANFORD DRIVE, CINCINNATI, OH 45240 | |
| 10925 | ASHLEY, FRANK, 1381 VIBURNUM AVE, WINTER PARK, FL 32792 | |
| 10925 | ASHLEY, GINGER, 3514 IDLEWOOD PKWY #407, INDIANAPOLIS, IN 46214 | |
| 10925 | ASHLEY, JAMES, 630W. RIDGEWAY RD, HONEA PATH, SC 29654 | |
| 10925 | ASHLEY, NICOLE, 10551 TWIN RIVERS RD #D-2, COLUMBIA, MD 21044 | |
| 10925 | ASHLEY, TERRY, PO BOX 995, FOUNTAIN INN, SC 29644 | |
| 10925 | ASHLEY, TOMMIE, 13 N THURMAN, HAUGHTON, LA 71037 | |
| 10925 | ASHLEY, WALTER, 910 W 15TH ST, WILLISTON, ND 58801 | |
| 10925 | ASHLEY-MCCORMICK CO, INC, PO BOX 38, BRIDGETON, NJ 08302 | |
| 10925 | ASHMORE LAWSON, HWY 221, ENOREE, SC 29335 | |
| 10925 | ASHMORE, CHARLES, 160 ROLLING GREEN CIR, GREENVILLE, SC 29615 | |
| 10925 | ASHMORE, GEORGE, 12 WOODS EDGE CT, GREENVILLE, SC 29615 | |
| 10925 | ASHMORE, RAYMOND, ROUTE 6 BOX 186, CARTHAGE, MO 64836 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ASHTABULA HIGHWAY DEPT., 186 EAST SATIN, JEFFERSON, OH 44047

10924   ASHTON BLOCK & TILE, 4987-250 ST., ASHTON, IA 51232

10924   ASHTON CO. INC., THE, 2727 S. COUNTRY CLUB, TUCSON, AZ 85713

10924   ASHTON CO. INC., THE, POST OFFICE BOX 26927, TUCSON, AZ 85726

10924   ASHTON CO. INCORP, THE, PO BOX 26927, TUCSON, AZ 85726

10924   ASHTON CO. JOB #00-07, THE, ASHTON PLANT SITE @ SAN XAVIERS, ROCK & MATERIAL VALENCIA PLANT, VALENCIA AND 1-19, TUCSON, AZ 85713

10924   ASHTON COMPANY, THE, ATTENTION: ACCOUNTS PAYABLE, TUCSON, AZ 85713-6927

10925   ASHTON JT TEN, JOHN B & JOHN G, 70 E CEDAR ST, CHICAGO, IL 60611-1179

10925   ASHTON JT TEN, WM LESLIE & MARGARET JANE, 1302 5TH ST NW, CALGARY, AB T2M 3B7CANADA   *VIA Deutsche Post*

10925   ASHTON PLACE, 341 WEST 75TH ST, WILLOWBROOK, IL 60514

10924   ASHTON READY MIX, WEST MOUNTAIN RD, GLENS FALLS, NY 12801

10924   ASHTON TILE CO, 3152 MONROE AVENUE, SHELDON, IA 51201

10925   ASHTON, LINDA, 19 HOWARD ST, PITTSBURGH PA, PA 15209

10925   ASHTON, MARGARET JANE, 1302 5TH ST NW, CALGARY, AB T2M 3B7CANADA   *VIA Deutsche Post*

10924   ASHVILLE CARDIOLOGY ASSOCIATES, 381 HENDERSONVILLE  ROAD, ASHEVILLE, NC 28813

10925   ASHWORTH, CHERYL, 2415 RED PINE CT, PORTAGE, WI 53901

10925   ASHWORTH, DAVID, 115-2 NORTH MAIN ST, MANSFIELD, MA 02048

10925   ASHWORTH, ERIC, 826 MISTY RIDGE, SUGARLAND, TX 77479

10925   ASHWORTH, JACK, 10268 CEDARWOOD DR, UNION, KY 41091

10925   ASHWORTH, JERRY W, 10129 CEDARWOOD DR, UNION, KY 41091

10925   ASHWORTH, JERRY, 10129 CEDARWOOD DR, UNION, KY 41091

10925   ASHWORTH, STEVEN, 105 SW 8TH, SEMINOLE, TX 79360

10925   ASI ELECTRONICS, INC, PO BOX 578, CYPRESS, TX 77429

10924   ASI PRODUCTS, 826 SOUTH COMMERCE, LAS VEGAS, NV 89106

10924   ASI RCC, INC., 14600 SPOTSWOOD FURNACE ROAD, FREDERICKSBURG, VA 22407

10924   ASI RCC, INC., 28221 COUNTY ROAD 319, BUENA VISTA, CO 81211

10924   ASI RCC, INC., 8177 ROCKY RIDGE SCHOOL ROAD, SIMS, NC 27880

10924   ASI RCC, INC., ATTN:  ACCOUNTS PAYABLE, BUENA VISTA, CO 81211

10924   ASI RCC, INC., HWY 119 W, BLACK HAWK, CO 80422

10924   ASI RCC, PARK RD 25, MATHIS, TX 78368

10925   ASI SENSIR TECHNOLOGIES, 140 WATER ST, NORWALK, CT 06856-1379

10924   ASI/LVI ENVIRONMENTAL SERVICES,INC., 245 ROSELAWN AVE E, SUITE 21, SAINT PAUL, MN 55117

10925   ASIA CONSTRUCTION RESEARCH, BOX 1182, HELSINGBORG, 25111

10924   ASIA PETROLEUM SUPPLIES, MR. SUNNY GU, RM 909, 9/F METRO PLAZA, 183 TIAN HE BEI ROAD, GUANGZHOU, 0CHN   *VIA Deutsche Post*

10925   ASIA SOCIETY, 725 PARK AVE, NEW YORK, NY 10021-5088

10925   ASIAN PCB & PCBA DIRECTORY, 175 LINMORE DR, FREMONT, CA 94539

10925   ASIAN WALL ST JRNL WK, THE, PO BOX 15, CHICOPEE, MA 01021-9989

10924   ASIC ALLIANCE CORP., 78 DRAGON COURT, WOBURN, MA 01801

10925   ASIC ALLIANCE, 78 DRAGON COURT, WOBURN, MA 01801

10925   ASINAS, EMMETT, 17837 SHERMAN WAY, RESEDA, CA 91335

10925   ASI-RCC INC, PO BOX 3127, BUENA VISTA, CA 81211

10925   ASIS CHAPTER #139, 25540 COUNTRY CLUB BLVD #105, BOCA RATON, FL 33434

10924   ASKANIA  AS, HABORNVEIEN 59, FREDRIKSTAD  NORWAY, 01631NOR   *VIA Deutsche Post*

10924   ASKANIA AS, POSTBOKS 82, RUD  NORWAY, 01351NOR   *VIA Deutsche Post*

10924   ASKANSIA AS, POSTBOKS 82, RUD  NORWAY, 01351NOR   *VIA Deutsche Post*

10924   ASKCO ELECTRIC SUPPLY, 14 COOPER ST, GLENS FALLS, NY 12801

10924   ASKCO ELECTRIC SUPPLY, P.O. BOX 2176, GLENS FALLS, NY 12801

10925   ASKEW, DAVID, 4914 FRANKLIN, CORPUS CHRISTI, TX 78415

10925   ASKEW, MELISSA, 14360 RIOS CANYON, EL CAJON, CA 92021

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ASKEW, PAULA, 7615 N. JEFFERSON PL #57B, BATON ROUGE, LA 70809 | |
| 10925 | ASKEW, SIDONIE, 305 WILSON AVE, KINSTON, NC 28501 | |
| 10925 | ASKEW, STEPHANIE, PO BOX 226, AUBURN, AL 36831 | |
| 10925 | ASKEW, VERONICA, 104 CHATHAM ST APT C, LAGRANGE, GA 30240 | |
| 10925 | ASKIN, CHARLES A, 31 LOMA VISTA, WALNUT CREEK, CA 94596 | |
| 10925 | ASKINS, CARRIE, 9009 N MAY AVE APT 147, OKLA CITY, OK 73120 | |
| 10925 | ASKINS, DOROTHY, 1064 WASHINGTON DR., CHESAPEAKE, VA 23320 | |
| 10925 | ASKINS, KENNETH, 331 DUNFEY LANE, WINDSOR, CT 06095 | |
| 10925 | ASLINGER, CHARLES, 608 TUNBRIDGE RD, DANVILLE, CA 94526 | |
| 10925 | ASME DUES PROCESSING DIV., BOX 29359, GPO, NEW YORK, NY 10087-9359 | |
| 10925 | ASME INTERNATIONAL, 22 LAW DR, PO BOX 2900, CALDWELL, NJ 07007-2900 | |
| 10925 | ASME, 22 LAW DR, BOX 2300, CALDWELL, NJ 07007-2300 | |
| 10925 | ASME, BOX 29359 GPO, NEW YORK, NY 10087-9359 | |
| 10925 | ASME, BOX 7525, MAYWOOD, NJ 07607-7525 | |
| 10925 | ASOCIACION ARGENTINA, AV VELEZ SARSFIELD 56 3 B, CORDOBA, 05000ARGENTINA | *VIA Deutsche Post* |
| 10925 | ASOCIACION PRODUCTORES DE HORMIGON, BOX 6516 SANTA ROSA UNIT, BAYAMON, PR 00960-9005 | |
| 10925 | ASOCIACION PRODUCTORES DE HORMIGON, STE 401 URB. LA CUMBRE, 271 SIERRA MORENA, SAN JUAN, PR 00926PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ASOCIACION PRODUCTORES DE, URB LA CUMBRE, 797 CALLE EMILIANO POL STE 592, SAN JUAN, PR 00926-5636 | |
| 10925 | ASOCIADOS, LARRAIN Y, ABOGADOS, AVENIDA EL BOSQUE 130, PISO 12 LAS CONDES, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | ASOGWA, PATRICK, 6620 S 33RD ST, MCALLEN, TX 78503 | |
| 10925 | ASOLUKA, VICTORIA, 108 MELVILLE PLACE, IRVINGTON, NJ 07111 | |
| 10924 | ASPC - EYMAN MEADOWS PRISON, FLORENCE, AZ 85232 | |
| 10924 | ASPC PRISON, YUMA, AZ 85364 | |
| 10925 | ASPEN CHEMICAL CO., 61 UNION ST, MEDFORD, NJ 08055 | |
| 10925 | ASPEN CREEK SEMINARS, POBOX 3531, LITTLETON, CO 80161-3531 | |
| 10925 | ASPEN LAW & BUSINESS, POBOX 3000, DENVILLE, NJ 07834-3000 | |
| 10925 | ASPEN PUBLISHERS INC, PO BOX 4448, GREENWICH, CT 06831-0408 | |
| 10925 | ASPEN PUBLISHERS INC, PO BOX 64054, BALTIMORE, MD 21264-4054 | |
| 10925 | ASPEN PUBLISHERS INC, PO BOX 911, FREDERICK, MD 21705-0911 | |
| 10925 | ASPEN PUBLISHERS INC, PO BOX 989, FREDERICK, MD 21701-0989 | |
| 10925 | ASPEN PUBLISHERS, INC, PO BOX 911, FREDERICK, MD 21705-0911 | |
| 10925 | ASPEN TECHNOLOGY INC., PO BOX 4786, BOSTON, MA 02212-4786 | |
| 10925 | ASPEN TECHNOLOGY INC., TEN CANAL PARK, CAMBRIDGE, MA 02141 | |
| 10925 | ASPEN TECHNOLOGY, 200 SOUTH ST, NEW PROVIDENCE, NJ 07974 | |
| 10925 | ASPER, HANS, % INTERN. MINING CO CASILLA 5129, LA PAZ, BOLIVIA | *VIA Deutsche Post* |
| 10925 | ASPHALT BLOCK CONCRETE, 2001 N ANDREWS AVE, POMPANO BEACH, FL 33069 | |
| 10925 | ASPHALT DOCTOR, PO BOX 767806, ROSWELL, GA 30076 | |
| 10924 | ASPHALT ROOFING CONSULTANTS L.P., 255B RIO WEST, EL PASO, TX 79932 | |
| 10925 | ASPHALT ROOFING MANUFACTURERS ASSOC, 4041 POWDER MILL RD #404, CALVERTON, MD 20705-3106 | |
| 10925 | ASPLUNDH TREE EXPERT CO., 1900 BETSON CT., ODENTON, MD 21113 | |
| 10925 | ASPREY, CYNTHIA, 5813 CASCADE DR, FREDERICKSBURG, VA 22407 | |
| 10925 | ASQ EDUCATION SERVICES, PO BOX 3005, MILWAUKEE, WI 53201-3005 | |
| 10925 | ASQ, PO BOX 3033, MILWAUKEE, WI 53201-3033 | |
| 10925 | ASQC, PO BOX 3033, MILWAUKEE, WI 53201-3033 | |
| 10925 | ASQC, PO BOX 555, MILWAUKEE, WI 53201 | |
| 10925 | ASQC, PO BOX 555, MILWAUKEE, WI 53201-0555 | |
| 10925 | ASQC, PO BOX 833, MILWAUKEE, WI 53259-0833 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ASQUITH, KERRY, 121 KIRKLAND DR, STOW, MA 01775 | |
| 10925 | ASR, 842 WATERWAY PLACE, LONGWOOD, FL 32750 | |
| 10925 | ASSAADI, NAJIB, 1960 N CALVERT ST #303, ARLINGTON, VA 22201 | |
| 10925 | ASSABET SAND & GRAVEL, 16 KNOX TRAIL, ACTON, MA 01720 | |
| 10925 | ASSAD JR, GEORGE P, 909 RIVERSIDE DR, METHUEN, MA 01844-7318 | |
| 10925 | ASSAD, TERESA, 6374 OVERBROOK AVE, PHILA PA, PA 19151 | |
| 10925 | ASSAF, LEILA, 327 E. MERRIMACK ST, LOWELL, MA 01852 | |
| 10925 | ASSANA, REINE, 5166 N. LOVERS LANE RD., MILWAUKEE, WI 53225 | |
| 10925 | ASSAY TECHNOLOGY, 1252 QUARRY LN., PLEASANTON, CA 94566 | |
| 10925 | ASSEFA, SEBHAT, 185-43 80TH RD, JAMAICA ESTATES, NY 11432 | |
| 10925 | ASSELIN, DONALD, 1043 SOUTH BEECH, MANCHESTER, NH 03103 | |
| 10925 | ASSEM, ELIZABETH, 2100 GODBY RD 414, COLLEGE PARK, GA 30349 | |
| 10925 | ASSEMBLY TECHNOLOGY EXPO, DEPT 77-7261, CHICAGO, IL 60678-7261 | |
| 10925 | ASSENG, KAREN M, 795 RIVER ROAD, DEERFIELD, MA 01342 | |
| 10925 | ASSENG, STEPHEN W, 795-B RIVER ROAD, DEERFIELD, MA 01342 | |
| 10925 | ASSENG, STEPHEN, 795 RIVER ROAD, DEERFIELD, MA 01342 | |
| 10925 | ASSER, SABIEN, 1550 CLARENDON BLVD #404, ARLINGTON, VA 22209 | |
| 10925 | ASSET CONSERVATION CO, PO BOX 13983, SAN JUAN, PR 00908-0800 | |
| 10925 | ASSET RECOVERY TRUST, 2118 WILSHIRE BLVD #231, SANTA MONICA, CA 90403-5784 | |
| 10925 | ASSET REDEPLOYMENT SYSTEM, PO BOX 793, 1000 AT AMSTERDAM, 1000NETHERLANDS | *VIA Deutsche Post* |
| 10925 | ASSET REDEPLOYMENT SYSTEM, PO BOX 793, AMSTERDAM, 1000NETHERLANDS | *VIA Deutsche Post* |
| 10925 | ASSIGNED COMPONENTS, IRWIN M SHUR, 1635 BROADWAY, PO BOX 2204, FORT WAYNE, IN 46801 | |
| 10925 | ASSISTANT COMMISSIONER DEPT OF ENV, JAMES C COLMAN, ONE WINTER ST, BOSTON, MA 02108 | |
| 10924 | ASSISTED LIVING FACILITY, 2101 RUNNING MEADOW LANE, CHARLOTTE, NC 28211 | |
| 10925 | ASSOC INDUSTRIES OF FL, PO BOX 784, TALLAHASSEE, FL 32302-0784 | |
| 10925 | ASSOC. BUILDERS & CONTRACTORS, 7801 YORK RD #360, BALTIMORE, MD 21204 | |
| 10925 | ASSOC. FOR FINANCIAL PROF., PO BOX 64714-D, BALTIMORE, MD 21264 | |
| 10925 | ASSOCIACION DE INDUSTRIALES DE, PUERTO RICO, PO BOX 195477, SAN JUAN, PR 00919-5477 | |
| 10925 | ASSOCIATE ENTERPRISES OF HOUSTON, GEN COUNSEL, PO BOX 1074, BELLAIRE, TX 77401 | |
| 10925 | ASSOCIATE ENTERPRISES OF HOUSTON, GENERAL COUNSEL, PO BOX 1074, BELLAIRE, TX 77401 | |
| 10925 | ASSOCIATED AIR FREIGHT, PO BOX 5015, NEW HYDE PARK, NY 11042-0015 | |
| 10925 | ASSOCIATED BAG CO, PO BOX 37750, MILWAUKEE, WI 53237-0750 | |
| 10925 | ASSOCIATED BAG CO., 400 BODEN ST., MILWAUKEE, MI 53207 | |
| 10925 | ASSOCIATED BAG COMPANY, PO BOX 3036, MILWAUKEE, WI 53201-3036 | |
| 10925 | ASSOCIATED BUILDERS & CONTRACTORS, 1830 28TH ST , SOUTH, BIRMINGHAM, AL 35209 | |
| 10925 | ASSOCIATED BUILDERS & CONTRACTORS, 450 N WYMORE ROAD, WINTER PARK, FL 32789-2803 | |
| 10925 | ASSOCIATED BUILDERS & CONTRACTORS, 4700 NW 2ND AVE #202, BOCA RATON, FL 33431 | |
| 10925 | ASSOCIATED BUILDERS & CONTRACTORS, 5716 YORK RD., STE. 200, BALTIMORE, MD 21212 | |
| 10925 | ASSOCIATED BUILDERS & CONTRACTORS, 5828 SPRING MTN ROAD #301, LAS VEGAS, NV 89146 | |
| 10925 | ASSOCIATED BUILDERS & CONTRACTORS, 5944 RICHARD ST, JACKSONVILLE, FL 33216 | |
| 10925 | ASSOCIATED BUSINESS EQUIPMENT, 7 TECH CIRCLE, NATICK, MA 01760 | |
| 10925 | ASSOCIATED CABS, INC, 504 CRAIN HGWY., SW, GLEN BURNIE, MD 21061 | |
| 10925 | ASSOCIATED COFFEE SERVICE, 1605 STEVENS, DALLAS, TX 75228 | |
| 10925 | ASSOCIATED CONSTRUCTORS OF MAINE, PO BOX 5519, AUGUSTA, ME 04332-5519 | |
| 10925 | ASSOCIATED CONSTRUCTORS OF, 100 CRAWFORD ST UNIT 4, LEOMINSTER, MA 04332-0551 | |
| 10925 | ASSOCIATED CONTROLS INC, 915 MONTGOMERY AVE, NARBERTH, PA 19072 | |
| 10925 | ASSOCIATED CREDIT UNION, 6789 PEACHTREE INDUSTRIAL BLVD, ATLANTA, GA 30369-2288 | |
| 10925 | ASSOCIATED DESIGNERS INC, 406 HEADQUARTERS DRIVE #205A, MILLERSVILLE, MD 21108 | |
| 10924 | ASSOCIATED DIST. & LEASING, 808 RIVER ST, BOISE, ID 83702 | |
| 10924 | ASSOCIATED DIST. & LEASING, P.O. BOX 7686, BOISE, ID 83707 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ASSOCIATED DRUGS, 2222 TAFT AVENUE, MANILA, TEMECULA, 0PHL | *VIA Deutsche Post* |
| 10924 | ASSOCIATED ELECTRIC COOPERATIVE, RT #1, CLIFTON HILL, MO 65244 | |
| 10925 | ASSOCIATED ELECTRONICS CO, PO BOX 1179, RANCHO CUCAMONGA, CA 91729-1179 | |
| 10925 | ASSOCIATED ENTERPRISES, 9624 CINCINNATI-COLUMBUS RD, CINCINNATI, OH 45241 | |
| 10925 | ASSOCIATED ENTERTAINMENT NETWORK,IN, 630 N.BUMBY AVE #226, ORLANDO, FL 32803 | |
| 10925 | ASSOCIATED GENERAL CONTRACTORS OF, 600 S CHERRY ST #600, DENVER, CO 80246 | |
| 10925 | ASSOCIATED GENERAL CONTRACTORS, 1200 WESTLAKE AVE N #301, SEATTLE, WA 98109 | |
| 10925 | ASSOCIATED GENERAL CONTRACTORS, 3095 BEACON BLVD, WEST SACRAMENTO, CA 95691 | |
| 10925 | ASSOCIATED GENERAL CONTRACTORS, 701 E COURT AVE SUITE B, DES MOINES, IA 50309-4901 | |
| 10925 | ASSOCIATED GENERAL CONTRACTORS, OF VERMONT, PO BOX 750, MONTPELIER, VT 05601-0750 | |
| 10925 | ASSOCIATED GENERAL CONTRACTORS, PO BOX 757, DES MOINES, IA 50303 | |
| 10925 | ASSOCIATED GENERAL CONTRACTORS, POBOX 2666, SALT LAKE CITY, UT 84110 | |
| 10925 | ASSOCIATED GENERAL, 1957 E ST , NW, WASHINGTON, DC 20006-5107 | |
| 10925 | ASSOCIATED INDUSTRIAL DESIGNERS, PO BOX 327, MARTINEZ, CA 94553 | |
| 10925 | ASSOCIATED INDUSTRIES OF FLORIDA, POST OFFICE BOX 812319, BOCA RATON, FL 33481-2319 | |
| 10925 | ASSOCIATED INDUSTRIES OF MASS, 222 BERKELEY ST, BOSTON, MA 02117-0763 | |
| 10925 | ASSOCIATED LAW OFFICES, 2 HALKOVA 2, PRAHA, 120 00CZECH REPUBLIC | *VIA Deutsche Post* |
| 10925 | ASSOCIATED LAW OFFICES, VSETECKA AND PARTNERS, HALKOVA 2 120 00 PRAHA 2, CZECH REPUBLIC | *VIA Deutsche Post* |
| 10924 | ASSOCIATED LEISURE PRODUCTS, 4400 STEVE REYNOLDS PARKWAY, NORCROSS, GA 30093 | |
| 10924 | ASSOCIATED LESURE PROD., 4400 STEVE REYNOLDS PKY, NORCROSS, GA 30093 | |
| 10925 | ASSOCIATED LUNG SPECIALISTS, 111 CLOCKTOWER COMMONS, BREWSTER, NY 10509 | |
| 10925 | ASSOCIATED MECHANICAL SYSTEMS, INC, 3315 CURTIS ST, CHATTANOOGA, TN 37406 | |
| 10924 | ASSOCIATED OF LOS  ANGELES, P.O. BOX 23950, LOS ANGELES, CA 90023 | |
| 10925 | ASSOCIATED PACKAGING, INC, 4365 INDUSTRIAL ACCESS RD., DOUGLASVILLE, GA 30134-3922 | |
| 10925 | ASSOCIATED PACKAGING, INC, PO BOX 307080, NASHVILLE, TN 37230 | |
| 10925 | ASSOCIATED PACKAGING, INC, PO BOX 440088, NASHVILLE, TN 37244-0088 | |
| 10925 | ASSOCIATED PACKING, INC, PO BOX 307080, NASHVILLE, TN 37230-7080 | |
| 10925 | ASSOCIATED PAPER, INC, PO BOX 80427, CONYERS, GA 30208 | |
| 10925 | ASSOCIATED PAPER, PO BOX 80427, CONYERS, GA 30013-8427 | |
| 10925 | ASSOCIATED PAPER, PO BOX 80427, CONYERS, GA 30208-8427 | |
| 10925 | ASSOCIATED PAPER, PO BOX 816, AUGUSTA, GA 30903 | |
| 10925 | ASSOCIATED PHYSICIANS OF MCO, POBOX 317, TOLEDO, OH 43697-0317 | |
| 10925 | ASSOCIATED PHYSICIANS, PO BOX 317, TOLEDO, OH 43691-0317 | |
| 10925 | ASSOCIATED PLASTERING AND, POBOX 19753, SAN DIEGO, CA 92159 | |
| 10925 | ASSOCIATED PROFESSIONAL REPORTERS, 10 WEST BROADWAY, SALT LAKE CITY, UT 84101 | |
| 10924 | ASSOCIATED READY MIX #40, 2730 E. WASHINGTON BLVD., LOS ANGELES, CA 90023 | |
| 10924 | ASSOCIATED READY MIX #56, 25901 TOWNE CENTER DRIVE, FOOTHILL RANCH, CA 92610 | |
| 10924 | ASSOCIATED READY MIX CONCRETE INC., 18030 MT. WASHINGTON BLVD., FOUNTAIN VALLEY, CA 92708 | |
| 10924 | ASSOCIATED READY MIX, 1709 SHERBORN STREET, CORONA, CA 91719 | |
| 10924 | ASSOCIATED READY MIX, 4621 TELLER AVE  SUITE 130, NEWPORT BEACH, CA 92660-2165 | |
| 10924 | ASSOCIATED READY MIX, 8946 BRADLEY AVENUE, SUN VALLEY, CA 91352 | |
| 10924 | ASSOCIATED READY MIX, 9645 EAST WAHSBURN ROAD, DOWNEY, CA 90241 | |
| 10925 | ASSOCIATED RECEIVABLES FUNDING INC, PO BOX 16253, GREENVILLE, SC 29606 | |
| 10925 | ASSOCIATED SALES & BAG CO, PO BOX 3036, MILWAUKEE, WI 53201 | |
| 10925 | ASSOCIATED SALES & BAG COMPANY, PO BOX 3036, MILWAUKEE, WI 53201-3036 | |
| 10925 | ASSOCIATED SAND & GRAVEL, PO BOX 2037, EVERETT, WA 98203 | |
| 10924 | ASSOCIATED SAND AND GRAVEL, 6014 237TH PLACE SOUTH EAST, WOODINVILLE, WA 98072 | |
| 10924 | ASSOCIATED SAND AND GRAVEL, ARLINGTON PLANT, ARLINGTON, WA 98223 | |
| 10924 | ASSOCIATED SAND AND GRAVEL, BURLINGTON, WA 98233 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ASSOCIATED SAND AND GRAVEL, MUKILTEO, WA 98275

10925   ASSOCIATED SCALE, 4473 STATE ROUTE 128, CLEVES, OH 45002

10925   ASSOCIATED SERVICES CO., 1000 BEECHER ST, SAN LEANDRO, CA 94577

10925   ASSOCIATED SERVICES CO., 8210 CAPWELL DRIVE, OAKLAND, CA 94621

10925   ASSOCIATED STEAM SPECIALTIES, PO BOX 151, DREXEL HILL, PA 19026

10924   ASSOCIATED SYSTEMS, 4240 ADAMS, BOISE, ID 83710

10924   ASSOCIATED SYSTEMS, CAMBRIDGE, MA 02140

10924   ASSOCIATED SYSTEMS, P.O.BOX 7524, BOISE, ID 83707

10924   ASSOCIATED SYSTEMS/BOISE H.S., BOISE, ID 83707

10925   ASSOCIATED TECHNICAL SERVICES, 524 W ST CHARLES ROAD, VILLA PARK, IL 60181

10925   ASSOCIATED TECHNICAL SERVICES, 524 W. ST. CHARLES ROAD, VILLA PARK, IL 60181

10925   ASSOCIATED TESTING LABS, POBOX 620000, ORLANDO, FL 32891

10925   ASSOCIATED TESTING LABS, POBOX 620000, ORLANDO, FL 32891-9905

10925   ASSOCIATED TRANSPORT LINE,INC, PO BOX 670467, HOUSTON, TX 77267-0467

10925   ASSOCIATED VALLEY INDUSTRIES, 1204 CLEO AVE., S.E., DECATUR, AL 35601-4516

10924   ASSOCIATED WASTE MGR, 12324 ASHWORTH PL, CERRITOS, CA 90703

10924   ASSOCIATED WHOLESALES, INC., C/O HUNGERFORD INSULATION CO, ROBINSON, PA 15949

10925   ASSOCIATED WORLD OF GLASS & MIRROR, 3500 45TH ST, WEST PALM BEACH, FL 33407

10925   ASSOCIATES & SAVIDGE, PO BOX 26531, GREENVILLE, SC 29616

10925   ASSOCIATES COMMERCIAL CORP., PO BOX 410587, KANSAS CITY, MO 64141-0587

10925   ASSOCIATES COMMERCIAL CORP., PO BOX 7247-0371, PHILADELPHIA, MO 19170-0371

10925   ASSOCIATES COMMERCIAL CORPORATION, PO BOX 410587, KANSAS CITY, MO 64141-0587

10924   ASSOCIATES CORP., THE, C/O LCR CONTRACTORS, N.E.ROYAL LANE & LOS COLINAS BLVD., IRVING, TX 75039

10925   ASSOCIATES FLEET SERVICES, PO BOX 841841, DALLAS, TX 75284-1841

10925   ASSOCIATES FOR INTERNATIO, 1100 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10925   ASSOCIATES FOR INTL RESEARCH INC., 1100 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10925   ASSOCIATES IN RADIOLOGY, PA, 9 WENTWORTH ST, ROCHESTER, NH 03867-2793

10925   ASSOCIATES, THE, 8001 RIDGEPOINT, IRVING, TX 75063

10925   ASSOCIATION FOR CORPORATE GROWTH, 82 MARGARET ST, ARLINGTON, MA 02474

10925   ASSOCIATION FOR FACILITIES, 8180 CORPORATE PK DR #305, CINCINNATI, OH 45242

10925   ASSOCIATION FOR FACILITIES, PO BOX 710316, CINCINNATI, OH 45271-0316

10925   ASSOCIATION FOR FINANCIAL, PO BOX 64714-R, BALTIMORE, MD 21264

10925   ASSOCIATION FOR FINANCIAL, POBOX 64714-D, BALTIMORE, MD 21298-9758

10925   ASSOCIATION FOR MANUFACTURING, 380 W. PALATINE ROAD, WHEELING, IL 60090-5863

10925   ASSOCIATION FOR THE PRESERVATION OF, ., FREDERICKSBURG, VA 22401

10925   ASSOCIATION OF AMERICAN RAILROADS, CT CORPORATION SYSTEM, 1025 VERMONT AVE NW, WASHINGTON, DC 20005

10925   ASSOCIATION OF CONCRETE, 55 MINEOLA AVE, MINEOLA, NY 11501

10925   ASSOCIATION OF DIVING CONTRACTORS, 2611 FM 1960 W , SUITE F-204, HOUSTON, TX 77068

10925   ASSOCIATION OF ENERGY MANAGEMENT, 4731 W ATLANTIC AVE #22, DELRAY BEACH, FL 33445-3866

10925   ASSOCIATION OF PRIVATE, PO BOX 91537, WASHINGTON, DC 20090-1537

10925   ASSOCIATION OF PUBLIC CORPORATIONS, 1500 SAN REMO AVE #179, CORAL GABLES, FL 33146-3041

10925   ASSOCIATION OF PUBLIC CORPORATIONS, 9741 S.W. 122 ST, MIAMI, FL 33176

10925   ASSOCIATION OF PUBLIC CORPORATIONS, PO BOX 561625, MIAMI, FL 33256-1625

10925   ASSOCIATION OF THE BAR OF THE, THE, 42 WEST 44TH ST, NEW YORK, NY 10036-6689

10925   ASSOCIATION OF THE BAR, PO BOX 11381, NEW YORK, NY 10249-1381

10925   ASSOCIATION OF THE WALL AND CEILING, 307 E.ANNANDALE RD #200, FALLS CHURCH, VA 22042

10925   ASSOCIATION OF THE WALL AND CEILING, 803 W BROAD ST #600, FALLS CHURCH, VA 22046

10925   ASSOCIATION OF THE WALL AND, 800 W BROAD ST #600, FALLS CHURCH, VA 22046

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ASSOCIATION OF TRIAL LAWYERS, THE, PO BOX 3717, WASHINGTON, DC 20007-4499 | |
| 10925 | ASSUR JT TEN, AZMAT A & ANN MARIE, 21 SHAWNEE RD, SCARSDALE, NY 10583-2210 | |
| 10925 | ASSURANCE MAXI WAREHOUSES, 1977 ASSURANCE RD, COLUMBIA, SC 29210 | |
| 10925 | ASSURANCE MAXI WAREHOUSES, 1977 ASSURANCE ROAD, COLUMBIA, SC 29210 | |
| 10925 | ASSURED SERVICES INC, 573 N WOLF ROAD, WHEELING, IL 60090 | |
| 10925 | ASSURED STAFFING INC, POBOX 16253, GREENVILLE, SC 29606 | |
| 10925 | AST ACME COATINGS & LININGS, SECTION 790, LOUISVILLE, KY 40289 | |
| 10925 | AST RESEARCH INC, 1001 NORTHEAST LOOP 820, FORT WORTH, TX 76131 | |
| 10925 | AST RESEARCH INC, 1813 E DYER RD STE 405, SANTA ANA, CA 92705-5731 | |
| 10925 | AST RESEARCH INC, 4211 E ROSEDALE, FORT WORTH, TX 76105 | |
| 10925 | AST RESEARCH, 17665 NEWHOPE ST, FOUNTAIN VALLEY, CA 92728 | |
| 10925 | AST&L, 229 PEACHTREE ST #401, ATLANTA, GA 30303 | |
| 10925 | AST, 29 DEARBORN ST, SALEM, MA 01970 | |
| 10925 | ASTA, PATRICIA ELLEN, 1531 E VILLA THERESA DR, PHOENIX, AZ 85022-1280 | |
| 10925 | ASTARIS L.L.C., 231 SOUTH LASALLE ST, CHICAGO, IL 60604 | |
| 10925 | ASTARIS L.L.C., 2415 COLLECTION CENTER DR, CHICAGO, IL 60693 | |
| 10925 | ASTARIS L.L.C., 2415 COLLECTIONS CENTER DR, CHICAGO, IL 60693 | |
| 10925 | ASTATECH, INC, 8301 TORRESDALE AVE #19C, PHILADELPHIA, PA 19136 | |
| 10925 | ASTBURY ENVIRONMENTAL SERVICES INC, 5933 WEST 71ST ST, INDIANAPOLIS, IN 46278 | |
| 10925 | ASTBURY ENVIRONMENTAL SERVICES, 203 BROADWAY, CHESTERTON, IN 46304 | |
| 10925 | ASTBURY, JR, LOUIS, 1375 HEARST DR, PLEASANTON, CA 94566 | |
| 10925 | ASTD150, PO BOX 1567, MERRIFIELD, VA 22116-1567 | |
| 10925 | ASTEX, 35 CABOT ROAD, WOBURN, MA 01801 | |
| 10925 | ASTHMA & ALLERGY FOUNDTN, 5601 LOCH RAVEN BLVD., BALTIMORE, MD 21239 | |
| 10925 | ASTLE, ROBERT, 1076 KENSINGTON PARK CT, UNIT 108, ALTAMONTE SPRINGS, FL 32714 | |
| 10925 | ASTM MASONRY HOSPITALITY INDUSTRY, PO BOX 3050, NORTH CANTON, OH 44720 | |
| 10925 | ASTM, 100 BARR HARBOR DR, WEST CONSHOHOCKEN, PA 19428-2959 | |
| 10925 | ASTM, 1916 RACE ST, PHILADELPHIA, PA 19103 | |
| 10925 | ASTM, 1916 RACE ST., PHILADELPHIA, PA 19103 | |
| 10925 | ASTON, BONNIE, 4181 VANDEGRIFT LANE, BENSALEM, PA 19020 | |
| 10925 | ASTON, LARRY, EUREKA APTS., GRAY, LA 70359 | |
| 10925 | ASTOR UNIVERSAL, POBOX 116675, ATLANTA, GA 30368-6675 | |
| 10925 | ASTORGA, ROBERT, 4242 E ALDER AVE, MESA, AZ 85206 | |
| 10925 | ASTORGA, RONALD, 113 NAVAJO DR, WINSLOW, AZ 86047 | |
| 10924 | ASTORIA READY MIX, 520 WEST ADAMS, RUSHVILLE, IL 62681 | |
| 10924 | ASTORIA READY MIX, BOX 842, ASTORIA, IL 61501 | |
| 10924 | ASTORIA READY MIX, S. PEARL, ASTORIA, IL 61501 | |
| 10924 | ASTORIA READY MIX, SOUTH ORANGE, HAVANA, IL 62644 | |
| 10925 | ASTRA PHARMACEUTICAL, 760 WINTER ST., WALTHAM, MA 02154 | |
| 10924 | ASTRO CHEMICALS INC., 64-94 SHAWS LANE, PO BOX 2248, SPRINGFIELD, MA 01102 | |
| 10924 | ASTRO CHEMICALS INC., 64-94 SHAW'S LANE, SPRINGFIELD, MA 01102 | |
| 10924 | ASTRO CONCRETE INC., P. O. BOX 3037, PEARLAND, TX 77588 | |
| 10925 | ASTRO CONTAINER CO., 2795 SHARON RD., CINCINNATI, OH 45241 | |
| 10925 | ASTRO CONTAINER CO., PO 641187, CINCINNATI, OH 45264-1187 | |
| 10924 | ASTRO CONTAINER, 2795 SHARON ROAD, CINCINNATI, OH 45241 | |
| 10924 | ASTRO REDI MIX, 2210 COUNTY ROAD 93, PEARLAND, TX 77588 | |
| 10924 | ASTRO REDI MIX, P. O. BOX 3037, PEARLAND, TX 77588 | |
| 10925 | ASTROCOM ELECT INC, PO BOX 370, ONEONTA, NY 13820 | |
| 10925 | ASTROCOM ELECT INC, ROUTE 28, COLLIERSVILLE, NY 13747 | |
| 10924 | ASTROTECH BLDG.#9, 1515 CHAFFEE DRIVE, TITUSVILLE, FL 32780 | |
| 10925 | ASTUDILLO, JULIO, 1055 CASITAS PASS ROAD #108, CARPINTERIA, CA 93013 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ASTUGUE, TYRONNE, 71 DRIFTWOOD BLVD, KENNER, LA 70065

10924 ASU CENTER, C/O WARCO CONSTRUCTION, 158 STANSBURY CIRCLE, BOONE, NC 28608

10925 ASU FOUNDATION, PO BOX 874011, TEMPE, AZ 85287-4011

10924 ASU-DIR DATA CENTER, CAMBRIDGE, MA 99999

10924 ASU-DIR DATA CENTER, SAN ANGELO, TX 76901

10925 ASYMETRIX LEARNING SYSTEMS, INC, 2165 BRIGHTON HENRIETTA TOWN LINE RD, ROCHESTER, NY 14623-2755

10925 A-SYSTEMS INC, 2030 AVON COURT, SUITE 8, CHARLOTTESVILLE, VA 22902

10925 AT & T,

10924 AT & T, 32 PLUM STREET, TRENTON, NJ 08638

10924 AT & T, C/O WESTSIDE BUILDING MATERIALS, VAN NUYS, CA 91401

10925 AT & T, PO BOX 27-811, KANSAS CITY, MO 64184-0811

10925 AT & T, POBOX 9001309, LOUISVILLE, KY 40290-1309

10924 AT &T, PHOENIX, AZ 85001

10924 AT AND T WEST REMODEL, STRATIFORM, PHOENIX, AZ 85004

10925 AT EASE INC., 119 EAST COURT ST, CINCINNATI, OH 45202

10925 AT ONCE CLEANING SERVICES INC., 3811 FEAR AVE., BALTIMORE, MD 21215

10925 AT PLASTICS, INC, PO BOX 360862M, PITTSBURGH, PA 15251-6862

10925 AT PRODUCTS CORP., 16TH FL, 750 LEXINGTON AVE., NEW YORK, NY 10022

10924 AT&T  R&D  BLDG.  C&E  ***, 200  LAUREL AVENUE, MIDDLETOWN, NJ 07748

10925 AT&T AUTOMOTIVE SERVICES, PO BOX 740231, ATLANTA, GA 30374-0231

10925 AT&T AUTOMOTIVE SERVICES, POBOX 740231, ATLANTA, GA 30374-0231

10924 AT&T BEDMINSTER C/O ISLAND, 900 ROUTE 202-206 NORTH, BEDMINSTER, NJ 07921

10925 AT&T BELL LABS, 600 MOUNTAIN AVE, MURRAY HILL, NJ 07974

10925 AT&T CAPITAL CORPORATION, ONE WEST PENNSYLVANIA AVE., TOWSON, MD 21204

10925 AT&T CAPITAL LEASING SERVICES, INC, 550 COCHITUATE RD., FRAMINGHAM, MA 01701-9104

10925 AT&T COMMERCIAL FINANCE, ATTN: DIANIA MANSHULT, PHOENIX, AZ 85062-8155

10925 AT&T COMMUNICATIONS, PO BOX 371462, PITTSBURGH, PA 15250-7462

10925 AT&T CREDIT CORP, 2 GATEHALL DRIVE, PARSIPPANY, NJ 07054

10925 AT&T CREDIT CORPORATION, 2 GATEHALL DRIVE, PARSIPPANY, NJ 07054

10925 AT&T CREDIT CORPORATION, PO BOX 85340, LOUISVILLE, KY 40285-5340

10925 AT&T CREDIT CORPORATION, PO BOX 85690, LOUISVILLE, KY 40285-5690

10925 AT&T CREDIT CORPORATION, PO BOX 93000, CHICAGO, IL 60673-3000

10925 AT&T CREDIT CORPORATION, PO BOX 93603, CHICAGO, IL 60673-3603

10925 AT&T EASYLINK SERVICES, CS DRAWER 100659, ATLANTA, GA 30384-0659

10925 AT&T EASYLINK SERVICES, CS-DRAWER 100659, ATLANTA, GA 30384-0659

10925 AT&T EASYLINK SVCS, PO BOX 6552, CHICAGO, IL 60680

10925 AT&T EXECUBILL COLLECTION, 300 CORPORATE DR, PITTSBURGH, PA 15237-5848

10924 AT&T FRAMINGHAM, P/U @ NORWOOD, 505 UNIVERSITY BLVD. BLDG. #3, NORWOOD, MA 02062

10924 AT&T GENERATOR ROOM, 12451 - T EDISON DRIVE, ALPHARETTA, GA 30005

10925 AT&T GLOBAL INFO SOLUTION, DEPT 0162, CINCINNATI, OH 45263-0162

10925 AT&T GLOBAL INFORMATION, PO BOX 70083, CHICAGO, IL 60673-0083

10925 AT&T GLOBAL INFORMATION, PO BOX 75245, CHARLOTTE, NC 28275-5245

10925 AT&T GROUP SAVINGS PLAN, PO BOX 55000, DETROIT, MI 48255-1212

10925 AT&T INFORMATION SYSTEM, 400 E. PRATT ST., BALTIMORE, MD 21202

10925 AT&T INFORMATION SYSTEMS, PO BOX 371358, PITTSBURGH, PA 15286-7358

10924 AT&T OFFICES @ FLORHAM PARK, 180 PARK AVE. -  BUILDING 103, FLORHAM PARK, NJ 07932

10925 AT&T OPUS, PO BOX 198375, ATLANTA, GA 30384

10925 AT&T PARADYNE CORPORATION, PO BOX 100299, ATLANTA, GA 30384

10924 AT&T TECHNOLOGIES, 4500 SOUTH LABURNUM AVE, RICHMOND, VA 23231

10924 AT&T TECHNOLOGIES, PO BOX105202, ATLANTA, GA 30348

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   AT&T TELECONFERENCE SERV., PO BOX 64000, DETROIT, MI 48264-1571

10925   AT&T TELECONFERENCE SERVICES, DEPT 0830 PO BOX 55000, DETROIT, MI 48255-0830

10925   AT&T TELECONFERENCE SERVICES, PO BOX 55000, DETROIT, MI 48255-0830

10925   AT&T TELECONFERENCE SERVICES, PO BOX 64000, DETROIT, MI 48264-1571

10925   AT&T TELETRAVEL SERVICE, PO BOX 27-820, KANSAS CITY, MO 64184-0820

10925   AT&T WIRELESS SERVICE, PO BOX 650628, DALLAS, TX 75265-0628

10925   AT&T WIRELESS SERVICES - BOISE, POST OFFICE BOX 78620, PHOENIX, AZ 85062-8620

10925   AT&T WIRELESS SERVICES BROWARD, 151 WYMORE RD. SUITE 1000, ALTAMONTE SPRINGS, FL 32714

10925   AT&T WIRELESS SERVICES DADE SA, 5255 NORTHWEST 87TH AVE., MIAMI, FL 33178

10925   AT&T WIRELESS SERVICES VEGAS, PO BOX 78132, PHOENIX, AZ 85062-8132

10925   AT&T WIRELESS SERVICES, 1401 W COMMERCIAL BLVD, FORT LAUDERDALE, FL 33309

10925   AT&T WIRELESS SERVICES, 151 WYMORE ROAD, ALTAMONTE SPRINGS, FL 32714-4243

10925   AT&T WIRELESS SERVICES, 880 HARBOUIR WY S, RICHMOND, CA 94804

10925   AT&T WIRELESS SERVICES, 880 HARBOUR WAY S, RICHMOND, CA 94804

10925   AT&T WIRELESS SERVICES, PO BO 628065, ORLANDO, FL 32862-8065

10925   AT&T WIRELESS SERVICES, PO BOX 34023, SEATTLE, WA 98124-1023

10925   AT&T WIRELESS SERVICES, PO BOX 51471, LOS ANGELES, CA 90051-5771

10925   AT&T WIRELESS SERVICES, PO BOX 628065, ORLANDO, FL 32862-8065

10925   AT&T WIRELESS SERVICES, PO BOX 628072, ORLANDO, FL 32862-8072

10925   AT&T WIRELESS SERVICES, PO BOX 628085, ORLANDO, FL 32862-8085

10925   AT&T WIRELESS SERVICES, PO BOX 78110, PHOENIX, AZ 85062-8110

10925   AT&T WIRELESS SERVICES, PO BOX 78215, PHOENIX, AZ 85062

10925   AT&T WIRELESS SERVICES, PO BOX 78224, PHOENIX, AZ 85062-8224

10925   AT&T WIRELESS SERVICES, PO BOX 78248, PHOENIX, AZ 85062-8248

10925   AT&T WIRELESS SERVICES, PO BOX 78356, PHOENIX, AZ 85062-8356

10925   AT&T WIRELESS SERVICES, PO BOX 78360, PHOENIX, AZ 85062-8360

10925   AT&T WIRELESS SERVICES, PO BOX 78407, PHOENIX, AZ 85062-8407

10925   AT&T WIRELESS SERVICES, PO BOX 78521, PHOENIX, AZ 85062-8521

10925   AT&T WIRELESS SERVICES, PO BOX 78524, PHOENIX, AZ 85062-8524

10925   AT&T WIRELESS SERVICES, PO BOX 78651, PHOENIX, AZ 85062-8651

10925   AT&T WIRELESS SERVICES, PO BOX 8220, AURORA, IL 60572-8220

10925   AT&T WIRELESS SERVICES, POBOX 129, NEWARK, NJ 07101-0129

10925   AT&T WIRELESS SERVICES, POBOX 650054, DALLAS, TX 75265-0054

10925   AT&T WIRELESS SERVICES, POBOX 78654, PHOENIX, AZ 85062-8654

10925   AT&T WIRELESS, PO BOX 650726, DALLAS, TX 75265-0726

10925   AT&T WIRELESS, POBOX 8220, AURORA, IL 60572-8220

10925   AT&T, 101 CRAWFORDS CORNER RD, HOLMDEL, NJ 07733

10925   AT&T, 1100 WALNUT, FLR 16 SOUTH, KANSAS CITY, MO 64106

10925   AT&T, 11311 MCCORMICK RD, HUNT VALLEY, MD 21031

10925   AT&T, 6200 EAST BROAD ST, COLUMBUS, OH 43213

10925   AT&T, 650 N SAM HOUSTON PKWY E, HOUSTON, TX 77060

10925   AT&T, 7725 W RENO AVE, OKLAHOMA CITY, OK 73127

10925   AT&T, 825 WAVERLY ST F-5, FRAMINGHAM, MA 01701

10925   AT&T, 8545 126TH AVE N, LARGO, FL 34643

10925   AT&T, ACCOUNTS PAYABLE, ATLANTA, GA 30348

10925   AT&T, ACCTS PAYABLE, ATLANTA, GA 30348

10925   AT&T, AT&T - POBOX 9001307, LOUISVILLE, KY 40290-1307

10925   AT&T, AT&T-PO BOX 27-0520, KANSAS CITY, MO 64180-0520

10924   AT&T, C/O AMERICAN FIREPROOFING, LAKE MARY, FL 32746

10925   AT&T, CONTRACT BILLING SYSTEM, LOUISVILLE, KY 40285

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | AT&T, DIRECT MARKETING, CHICAGO, IL 60673-7587 | |
| 10925 | AT&T, P O BOX 830018, BALTIMORE, MD 21283-0018 | |
| 10925 | AT&T, P.O. BOX 9001307, LOUISVILLE, KY 40290-1307 | |
| 10925 | AT&T, PO BOX 10103, VAN NUYS, CA 91410-0103 | |
| 10925 | AT&T, PO BOX 10192, VAN NUYS, CA 91410-0192 | |
| 10925 | AT&T, PO BOX 10193, VAN NUYS, CA 91410-0193 | |
| 10925 | AT&T, PO BOX 10262, VAN NUYS, CA 91410-0262 | |
| 10925 | AT&T, PO BOX 105446, ATLANTA, GA 30348 | |
| 10925 | AT&T, PO BOX 27-0520, KANSAS CITY, MO 64180-0520 | |
| 10925 | AT&T, PO BOX 27-5843, KANSAS CITY, MO 64184-5843 | |
| 10925 | AT&T, PO BOX 27-680, KANSAS CITY, MO 64180-0680 | |
| 10925 | AT&T, PO BOX 27-744, KANSAS CITY, MO 64180-0744 | |
| 10925 | AT&T, PO BOX 27-811, KANSAS CITY, MO 64184-0811 | |
| 10925 | AT&T, PO BOX 27-820, KANSAS CITY, MO 64184-0820 | |
| 10925 | AT&T, PO BOX 27-850, KANSAS CITY, MO 64180 | |
| 10925 | AT&T, PO BOX 27-866, KANSAS CITY, MO 64184-0866 | |
| 10925 | AT&T, PO BOX 2826, LARGO, FL 34649 | |
| 10925 | AT&T, PO BOX 2969, OMAHA, NE 68103-2969 | |
| 10925 | AT&T, PO BOX 2971, OMAHA, NE 68103-2971 | |
| 10925 | AT&T, PO BOX 30199, TAMPA, FL 33630-3199 | |
| 10925 | AT&T, PO BOX 30247, TAMPA, FL 33630-3247 | |
| 10925 | AT&T, PO BOX 371302, PITTSBURGH, PA 15250-7302 | |
| 10925 | AT&T, PO BOX 371397, PITTSBURGH, PA 15250-7397 | |
| 10925 | AT&T, PO BOX 371430, PITTSBURGH, PA 15250-7430 | |
| 10925 | AT&T, PO BOX 52602, PHOENIX, AZ 85072-2602 | |
| 10925 | AT&T, PO BOX 6195, CHICAGO, IL 60680-6195 | |
| 10925 | AT&T, PO BOX 73587, CHICAGO, IL 60673-7587 | |
| 10925 | AT&T, PO BOX 78214, PHOENIX, AZ 85062-8214 | |
| 10925 | AT&T, PO BOX 78225, PHOENIX, AZ 85062-8225 | |
| 10925 | AT&T, PO BOX 78314, PHOENIX, AZ 85062-8314 | |
| 10925 | AT&T, PO BOX 78355, PHOENIX, AZ 85062-8355 | |
| 10925 | AT&T, PO BOX 78425, PHOENIX, AZ 85062-8425 | |
| 10925 | AT&T, PO BOX 78522, PHOENIX, AZ 85062-8522 | |
| 10925 | AT&T, PO BOX 802501, CHICAGO, IL 60680-2501 | |
| 10925 | AT&T, PO BOX 8103, FOX VALLEY, IL 60598-8103 | |
| 10925 | AT&T, PO BOX 8201, FOX VALLEY, IL 60572-8201 | |
| 10925 | AT&T, PO BOX 8204, FOX VALLEY, IL 60572-8204 | |
| 10925 | AT&T, PO BOX 8207, FOX VALLEY, IL 60572-8207 | |
| 10925 | AT&T, PO BOX 8212, AURORA, CO 60572-8212 | |
| 10925 | AT&T, PO BOX 9001307, LOUISVILLE, KY 40290-1307 | |
| 10925 | AT&T, PO BOX 9001310, LOUISVILLE, KY 40290-1310 | |
| 10925 | AT&T, PO BOX 9001311, LOUISVILLE, KY 40290-1311 | |
| 10925 | AT&T, PO BOX 914000, ORLANDO, FL 32891-4000 | |
| 10925 | AT&T, PO BOX 914500, ORLANDO, FL 32891-4500 | |
| 10925 | AT&T, PO BOX 945800, MAITLAND, FL 32794-5800 | |
| 10925 | AT&T, PO BOXX 371462, PITTSBURGH, PA 15250-7462 | |
| 10925 | AT&T, POBOX 10193, VAN NUYS, CA 91410-0193 | |
| 10925 | AT&T, POBOX 198375, ATLANTA, GA 30384-8375 | |
| 10925 | AT&T, POBOX 27-680, KANSAS CITY, MO 64180-0680 | |
| 10925 | AT&T, POBOX 27-820, KANSAS CITY, MO 64184-0820 | |
| 10925 | AT&T, POBOX 2969, OMAHA, NE 68103-2969 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | AT&T, POBOX 2971, OMAHA, NE 68103-2971 | |
| 10925 | AT&T, POBOX 30247, TAMPA, FL 33630-3247 | |
| 10925 | AT&T, POBOX 333 STATION M, TORONTO, ON M6S 4W9CANADA | *VIA Deutsche Post* |
| 10925 | AT&T, POBOX 371358, PITTSBURGH, PA 15286-7358 | |
| 10925 | AT&T, POBOX 52602, PHOENIX, AZ 85072-2602 | |
| 10925 | AT&T, POBOX 78314, PHOENIX, AZ 85062-8314 | |
| 10925 | AT&T, POBOX 78355, PHOENIX, AZ 85062-8355 | |
| 10925 | AT&T, POBOX 8212, AURORA, IL 60572-8212 | |
| 10925 | AT&T, POBOX 8221, AURORA, IL 60572-8221 | |
| 10925 | AT&T, POBOX 9001309, LOUISVILLE, KY 40290-1309 | |
| 10925 | AT&T, POBOX 9001310, LOUISVILLE, KY 40290-1310 | |
| 10924 | AT&T, WASHINGTON, DC, 15445 DEPOT LANE, UPPER MARLBORO, MD 20772 | |
| 10925 | AT&T-FBS, PO BOX 198401, ATLANTA, GA 30384-8401 | |
| 10925 | AT&T-OPUS, POBOX 198401, ATLANTA, GA 30384 | |
| 10925 | ATACS PRODUCTS INC, 14040 INTERURBAN AVE S, TUKWILA, WA 98168 | |
| 10925 | ATACS PRODUCTS INC, PO BOX 88237, SEATTLE, WA 98188 | |
| 10925 | ATANASU, ROGER, ROUTE 2 BOX 18, WILLISTON, ND 58801 | |
| 10925 | ATANGAN-YOUNG, JEAN, 925 REED AVE, SUNNYVALE, CA 94086 | |
| 10924 | ATANOR, S.A., TTE. GRAL. PERON 646, PCIA. DE BUENOS AIRES, 01038ARG | *VIA Deutsche Post* |
| 10925 | ATAPCO PROPERTIES INC., ONE NORTH CHARLES ST, SUITE 2400, BALTIMORE, MD 21201 | |
| 10924 | ATB LEISURE PRODUCTS, 2212 BADGER COURT, WAUKESHA, WI 53188 | |
| 10925 | ATC ASSOCIATES INC, PO BOX 12054, NEWARK, NJ 07101 | |
| 10925 | ATC, 141 BUTTERWORTH ROAD, CANTON, GA 30114 | |
| 10925 | ATCC, PO BOX 3605, MANASSAS, VA 20110 | |
| 10925 | ATC-DIVERSIFIED ELECTRONICS, 1511 E. MAIN ST., LEESBURG, FL 34748 | |
| 10925 | ATCHERSON, AMIRA, 7805 NE 10TH ST. APT. #311, MIDWEST CITY, OK 73110 | |
| 10925 | ATCHESONS EXPRESS, 7439 LAPALMA AVE, BUENA PARK, CA 90620 | |
| 10925 | ATCHISON, JEFFERY R, PO BOX 13359, LAKE CHARLES, LA 70612 | |
| 10925 | ATCHISON, JEFFERY, PO BOX 13359, LAKE CHARLES, LA 70612 | |
| 10925 | ATCHISON, KEVIN, 1325 NW 124 AVE, PEMBROKE PINES, FL 33026 | |
| 10925 | ATCHISON, TOPEKA, AND SANTE FE, PO BOX 911677, DALLAS, TX 75391-1677 | |
| 10925 | ATCHLEY, DEWAYNE, 2700 ERNEST ST., APT. 450, LAKE CHARLES, LA 70601 | |
| 10925 | ATCHLEY, JOHN LLOYD, 1239 HAINES AVE, DALLAS, TX 75208-4103 | |
| 10924 | ATCO BUILDING MATERIALS INC., 1624 S. EUCLID, TUCSON, AZ 85713 | |
| 10924 | ATCO BUILDING MATERIALS, 2735 N. NELLIS BLVD., LAS VEGAS, NV 89115 | |
| 10924 | ATCO MECHANICAL, 190 DUFFY AVE, HICKSVILLE, NY 11801 | |
| 10924 | ATCO, 24  EAST RIVERSIDE, SAINT GEORGE, UT 84770 | |
| 10924 | ATCO, CAMBRIDGE, MA 02140 | |
| 10925 | ATEL, 514 DORCHESTER AVE, BOSTON, MA 02127 | |
| 10925 | A-TEQ INC, 1682 SHELBY OAKS DR #8, MEMPHIS, TN 38134 | |
| 10925 | ATES, JAMES, RT. 2, BOX 633B, WINNFIELD, LA 71483 | |
| 10925 | ATHA, VIRGINIA, BOX 1727 HWY 85 S, FAYETTIVILLE, GA 30214 | |
| 10925 | ATHANS, CARL, 5615 GARDE GROVE CIR, WINTER PARK, FL 32792 | |
| 10925 | ATHENA SOFTWARE, 45 QUINCY AVE, DRACUT, MA 01826 | |
| 10924 | ATHENS AREA TECHNICAL INSTITUTE, 800 HWY. 29 NORTH, ATHENS, GA 30610 | |
| 10924 | ATHENS BUILDING MATERIALS, 1134 INDEPENDENCE AVE, MARION, OH 43302-6318 | |
| 10924 | ATHENS BUILDING MATERIALS, 250 N. COLUMBUS RD., ATHENS, OH 45701 | |
| 10924 | ATHENS BUILDING MATERIALS, P O BOX 380, ATHENS, OH 45701 | |
| 10924 | ATHENS DISPOSAL, CITY OF INDUSTRY, CA 91714 | |
| 10924 | ATHENS REGIONAL MEDICAL CENTER, 256 KING AVENUE, ATHENS, GA 30606 | |
| 10924 | ATHENS SCHOOL, THE, 6800 STATE HIGHWAY 19 SOUTH, ATHENS, TX 75751 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ATHENS STONE CASTING, 9740 COMMERCE ROAD, ATHENS, GA 30607

10924   ATHENS STONE CASTING, 9740 COMMERCE, ATHENS, GA 30607

10924   ATHENS STONECASTING, 9740 COMMERCE ROAD, ATHENS, GA 30607

10925   ATHERTON ELECTRIC CO INC, PO BOX 6426, SPARTANBURG, SC 29304

10925   ATHERTON, AIMEE, 51 JOYSAN TERR, FREEHOLD, NJ 07728

10925   ATHERTON, POLLY, 605 N BROADWAY, ORLANDO, FL 32803

10925   ATHERTON, RUPERT, 820 DIXIANA DRIVE, OWENSBORO, KY 42303-6419

10925   ATHLETES CORNER, 1737 W. SALE ROAD, LAKE CHARLES, LA 70605

10925   ATHLETIC DESIGNS, 458 NORTH FULTON, FRESNO, CA 93701

10925   ATHLETIC SPECIALTIES, 105 WEST NEWBERRY ST., CHATTANOOGA, TN 37415

10925   ATHLONE INDUSTRIES INC COMMONWEALTH, ALAN SHAW VP JAMES A ROGERS SKADDIN, 1440 NEW YORK AVE NW, WASHINGTON, DC 20005-2107

10924   ATI WINDOWS, 401 A STREET, UPLAND, CA 91786

10924   ATI, 288 PLYMOUTH AVE., FALL RIVER, MA 02721

10925   ATIENZA, A. NELSON, 34 WISSE ST, LODI, NJ 07644

10925   ATILANO, GEORGE, 6338 W POTTER DR., GLENDALE, AZ 85308

10925   ATIPA LINUX SOLUTIONS, PO BOX 30055, KANSAS CITY, MO 64112

10925   ATIS JURBERGS, 535 S WATERMAN AVE, ARLINGTON HTS, IL 60004-6927

10925   ATKEARNEY, POBOX 96796, CHICAGO, IL 60693

10925   ATKERSON, HELEN, 24 WOOD LAKE DR, LUGOFF, SC 29078

10925   ATKINS & STANG ELECTRIC, INC, 409 W. LIBERTY ST, CINCINNATI, OH 45214

10925   ATKINS & STANG, 1031 META DR, CINCINNATI, OH 45237

10925   ATKINS JR, JAMES, 9401 CONCORD CHURCH, LEWISVILLE, NC 27023

10924   ATKINS REDI MIX, 11 LOUISIANA DRIVE, ETHRIDGE, TN 38456

10924   ATKINS REDI-MIX, 11 LOUISIANA DRIVE, ETHRIDGE, TN 38456

10925   ATKINS, ALVIN, PO BOX 24, MARGSVILLE, IN 47141-0024

10925   ATKINS, BILLY, 1136 WILLOWOOD CR., GULF BREEZE, FL 32563

10925   ATKINS, BRENDA, 227 WOODSIDE CIRCLE, SIMPSONVILLE, SC 29681

10925   ATKINS, DANIEL, 1994 QUAIL HOLLOW RD, MORRISTOWN, TN 37814

10925   ATKINS, DEBRA, 5866 CANAL RD, PLEASANTVILLE, OH 43148

10925   ATKINS, DOROTHY, ROUTE 1 BOX 38, MULDOON, TX 78949

10925   ATKINS, GLORIA, 2231 2ND ST NE, HICKORY, NC 28601

10925   ATKINS, JAMES, 500 S. DANTZLER ROAD, DUNCAN, SC 29334

10925   ATKINS, JONATHAN, 14 BROWNE ST, BROOKLINE, MA 02146

10925   ATKINS, JOYCE, 110 LANCASTER LANE, GREENVILLE, SC 29605

10925   ATKINS, JUDITH, 45 WALL ST, AUBURN, NY 13021

10925   ATKINS, KELLY, 14508 HUS MC GINNIS RD, HUNTERSVILLE, NC 28078

10925   ATKINS, NGOZI, PO BOX 62219, WASHINGTON, DC 20019

10925   ATKINS, ROBERT, 106 GETTYSBURG COURT, SIMPSONVILLE, SC 29681

10925   ATKINS, ROBERT, 390 E. NELSON ST., JASPER, TX 75951

10925   ATKINS, SHARRON L, 1920 HAMILTON LANE, CARMEL, IN 46032

10925   ATKINS, THEODORE, 4031 CEDARVIEW ROAD, DALLAS, TX 75287

10925   ATKINS, THERESA, 8601 MILLICENT WAY, SHREVEPORT, LA 71115

10925   ATKINS, V, 10565 WASHINGTON BLVD, INDIANAPOLIS, IN 46280

10925   ATKINS, WILLIAM, 283 TILLEY LEDOUX ROAD, SULPHUR, LA 70663

10925   ATKINSON DYNAMICS, 405 ECCLES AVE, SOUTH SAN FRANCISCO, CA 94080-1964

10925   ATKINSON NOLAND & ASSOCIATES INC, 2619 SPRUCE ST, BOULDER, CO 80302

10925   ATKINSON, BRIAN R, 1917 OLENE DR., SULPHUR, LA 70663

10925   ATKINSON, BRIAN, 1917 OLENE DRIVE, SULPHUR, LA 70663

10925   ATKINSON, CYNTHIA, 15026 BURNING CREEK, SAN ANTONIO, TX 78217

10925   ATKINSON, DANIEL, 1500 WHEATON DR, MEMPHIS, TN 38117

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ATKINSON, DIANA, RURAL ROUTE 2 BOX 406, SINTON, TX 78387

10925   ATKINSON, GALE, PO BOX 1584, NATALBANY, LA 70451

10925   ATKINSON, GENIVE, 5828 BAMBOO DRIVE, ORLANDO, FL 32807

10925   ATKINSON, GREGORY, 97 NEWELL AVE., NEEDHAM, MA 02192

10925   ATKINSON, JANET, 214 WINGATE AVE., HUNTSVILLE, AL 35801

10925   ATKINSON, JUSTO, 2379 FRENCH, BROWNSVILLE, TX 78520

10925   ATKINSON, KRYSTAL, 609 S JONES AVE, ROCK HILL, SC 29730

10925   ATKINSON, LURE, 14020 SO BUDLONG, GARDENA, CA 90247

10925   ATKINSON, MARGARET, 2417 WESTRIDGE DR, PLANO, TX 75075

10925   ATKINSON, MARIE, 17310 QUAKER LANE #C4, SANDY SPRING, MD 20860-1253

10925   ATKINSON, MELINDA, 8053 GRAY HAVEN ROAD, BALTIMORE, MD 21222

10925   ATKINSON, MELISSA, 701 ASTER, COLLEGE STATION, TX 77845

10925   ATKINSON, RICHARD, 5995 COUNTY RD. 7, CRAIG, CO 81625

10925   ATKINSON, ROBYN, 1604 BEDFORD OAKS, BEDFORD, TX 76021

10925   ATKINSON, ROSANNE, 8023 MISTY BREEZE, SAN ANTONIO, TX 78250

10925   ATKINSON, WILLIAM, 1208 MAY ST, ALBEMARLE, NC 28001-4727

10925   ATKINSONS CABINET SHOP, INC, 3150 E. 47TH ST, TUCSON, AZ 85713

10924   ATKINSON-WASHINGTON-ZACHARY, ATTENTION: DAN TREMBLY, HIGHLAND, CA 92346

10925   ATKINSON-WASHINGTON-ZACHRY, 129 S INEZ ST, HEMET, CA 92543

10924   ATKINSON-WASHINGTON-ZACHRY, ATTN:  ACCOUNTS PAYABLE, WINCHESTER, CA 92596

10925   ATKISSON, AMIE, RR1 BOX 93-2, BRINGHURST, IN 46913

10924   ATKO BUILDING MATERIAL, 2735 NO NELLIS BLVD, LAS VEGAS, NV 89115

10924   ATKO BUILDING MATERIAL, 600 W 25TH ST, TUCSON, AZ 85713

10924   ATKO BUILDING MATERIALS, 22255 NO. SCOTTDALE RD, SCOTTSDALE, AZ 85255

10924   ATKO BUILDING MATERIALS, CAMBRIDGE, MA 02140

10925   ATLANTA AIRPORT HILTON &, POBOX 92137, CHICAGO, IL 60675-2137

10925   ATLANTA AIRPORT HILTON, PO BOX 92137, CHICAGO, IL 60675-2137

10925   ATLANTA AIRPORT MARRIOTT, 4711 BEST ROAD COLLEGE PARK, ATLANTA, GA 30337

10924   ATLANTA AIRPORT, GATE 79, ATLANTA, GA 30320

10925   ATLANTA BELTING CO, POBOX 105774, ATLANTA, GA 30348

10924   ATLANTA BRANCH, 6702 JIMMY CARTER BLVD., NORCROSS, GA 30071

10925   ATLANTA BRAVES, PO BOX 4064, ATLANTA, GA 30302

10925   ATLANTA CHEMICAL ASSOCIATION, 1091 LAKE DR, MARIETTA, GA 30066

10925   ATLANTA COMMERCIAL SERVICES, 8632 MAIN ST, WOODSTOCK, GA 30188

10925   ATLANTA DOCUMENT DESTRUCTION, 35 HICKORY SPRINGS IND DR, CANTON, GA 30115

10925   ATLANTA FALCONS, PO BOX 105612, ATLANTA, GA 30348

10925   ATLANTA FENCE CO. INC., 2536 LITHONIA WEST DRIVE, LITHONIA, GA 30058

10924   ATLANTA FERTILIZER &, CHEMICAL, HOMESTEAD, FL 33090

10924   ATLANTA FINANCIAL CENTER PHASE III, 3340 PEACHTREE ROAD, ATLANTA, GA 30042

10925   ATLANTA FIXTURE & SALES, 3185 NORTHEAST EXPRESSWAY, ATLANTA, GA 30341-5389

10925   ATLANTA FORK LIFTS,INC, 3111 E PONCE DE LEON AVE, SCOTTDALE, GA 30079

10925   ATLANTA GAS LIGHT CO, 89 ANNEX, ATLANTA, GA 30389-0005

10924   ATLANTA GAS LIGHT CO., 7790 HIGHWAY 85, RIVERDALE, GA 30274

10925   ATLANTA GAS LIGHT COMPANY, 89 ANNEX, ATLANTA, GA 30389-0005

10925   ATLANTA GAS LIGHT COMPANY, PO BOX 11227, CHATTANOOGA, TN 37401-2227

10925   ATLANTA GROTNES COMPANY, 305 SELIG DRIVE, S.W., ATLANTA, GA 30336

10925   ATLANTA GROTNES MACHINE COMPANY, 305 SELIG DRIVE, ATLANTA, GA 30336

10924   ATLANTA GROTNES, 300 SELIG DRIVE, S.W., ATLANTA, GA 30336

10924   ATLANTA HARTSFIELD AIRPORT, ATRIUM PROJECT, ATLANTA, GA 30320

10924   ATLANTA HAWKS ARENA, 100 TECHWOOD, ATLANTA, GA 30303

10925   ATLANTA HILTON AND TOWERS, PO BOX 102269-68 ANEX, ATLANTA, GA 30368

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924  ATLANTA INTERNATION AIRPORT, CONCOARSE E - AGT TUNNEL, ATLANTA, GA 30320

10924  ATLANTA INTERNATION AIRPOT, AIRPORT TOWER, ATLANTA, GA 30320

10924  ATLANTA JEWISH COMMUNITY CENTER, 5342 TILLY MILL RD., DUNWOODY, GA 30338

10925  ATLANTA JOURNAL AND CONSTITUTI, THE, PO BOX 105375, ATLANTA, GA 30302-4689

10925  ATLANTA JOURNAL CONSTITUTION, PO BOX 105126, ATLANTA, GA 30348-5126

10925  ATLANTA JOURNAL, THE, PO BOX 105126, ATLANTA, GA 30348-5126

10925  ATLANTA JOURNAL, THE, PO BOX 105375, ATLANTA, GA 30348-5375

10925  ATLANTA MOTOR LINES, PO BOX 345, CONLEY, GA 30027-0345

10925  ATLANTA OIL SERVICES, 1257 HENRICO ROAD, CONLEY, GA 30288

10924  ATLANTA PRODUCE - BLDG. G, 1600 FOREST PKWY., FOREST PARK, GA 30050

10925  ATLANTA SPRINKLER INSPECTION CO, PO BOX 2101, NORCROSS, GA 30091

10924  ATLANTA STATE FARMERS MARKET, C/O FOAMCO INC., FOREST PARK, GA 30050

10924  ATLANTA STRUCTURAL, 4000 PINE CREST ROAD, POWDER SPRINGS, GA 30073

10924  ATLANTA STRUCTURAL, 80 DEHUNT DRIVE, BUCHANAN, GA 30113

10924  ATLANTA STRUCTURAL, ATTN:  ACCOUNTS PAYABLE, BUCHANAN, GA 30113

10925  ATLANTA STRUCTURAL, PO BOX 5, POWDER SPRINGS, GA 30073

10925  ATLANTA SYSTEMS CONSULTANTS, INC, PO BOX 724617, ATLANTA, GA 31139

10925  ATLANTA WEST PACKAGING SYSTEMS, 5757 POWELL DR, MABLETON, GA 30059

10925  ATLAN-TEC, 3215 BRYSON DR, FLORENCE, SC 29501-6011

10925  ATLANTECH DISTRIBUTION,INC, PO BOX 60838, CHARLOTTE, NC 28260

10924  ATLANTIC & FLATBUSH, ATLANTIC & FLATBUSH AVE., BROOKLYN, NY 11201

10925  ATLANTIC AVIATION CORP, PO BOX 93958, CHICAGO, IL 60673

10925  ATLANTIC AVIATION SERVICE, PHILADELPHIA INTL AIRPRT, PHILADELPHIA, PA 19153

10925  ATLANTIC AVIATION, 153 N DUPONT HYWY, NEW CASTLE, DE 19720

10925  ATLANTIC AVIATION, AIRPORT, WILMINGTON, DE 19850

10925  ATLANTIC AVIATION, PO BOX 641830, PITTSBURGH, PA 15264-1830

10924  ATLANTIC BLDG MASON & SUP, 183-30 JAMICA AVE, HOLLIS, NY 11423

10924  ATLANTIC BLDG.MASON & SUPPLY, 183-30 JAMICA AVE., HOLLIS, NY 11423

10925  ATLANTIC BONDING CO INC, PO BOX 11901, FORT LAUDERDALE, FL 33339-1901

10925  ATLANTIC CATERERS, INC, 4507-4509 HARFORD ROAD, BALTIMORE, MD 21214

10924  ATLANTIC CENTER, ATLANTIC AND FLATBUSH AVENUE, BROOKLYN, NY 11211

10924  ATLANTIC CITY MEDICAL CENTER, JIMMY LEEDS ROAD, POMONA, NJ 08240

10924  ATLANTIC COAST FIREPROOFING, 465 BAY STREET, STATEN ISLAND, NY 10304

10925  ATLANTIC COAST LIFE INS CO, PO BOX 20010, CHARLESTON, SC 29413-0010

10924  ATLANTIC COAST PRECAST IN, 520 NE 34TH ST, FORT LAUDERDALE, FL 33334

10925  ATLANTIC COAST RESTAURANT EQUIPMENT, 5025 OKOCHOBEE BLVD., WEST PALM BEACH, FL 33431

10924  ATLANTIC CONCRETE PRODUCT, 1701 MYRTLE ST, SARASOTA, FL 33578

10924  ATLANTIC CONCRETE PRODUCT, 8900 OLD ROUTE 13, TULLYTOWN, PA 19007

10924  ATLANTIC CONCRETE PRODUCT, P O BOX 129, TULLYTOWN, PA 19007

10924  ATLANTIC CONCRETE PRODUCT, PO BOX 129, TULLYTOWN, PA 19007

10924  ATLANTIC CONCRETE PRODUCTS, 1605 MYRTLE ST., SARASOTA, FL 34234

10924  ATLANTIC CONCRETE PRODUCTS, SARASOTA, FL 34230

10925  ATLANTIC CONSULTING, 55 SW 22ND AVE #302, BOCA RATON, FL 33432

10925  ATLANTIC CONTAINER LINE, 4525 SOUTH BLVD, STE 200, VIRGINIA BEACH, VA 23452

10925  ATLANTIC CONTRACTING & SPECIALTIES, PO BOX 64191, BALTIMORE, MD 21264-4191

10925  ATLANTIC DESIGN, 5601 WILKINSON BLVD, CHARLOTTE, NC 28208

10924  ATLANTIC ELECTRIC SUPPLLY, 3726 10TH STREET NE, WASHINGTON, DC 20017

10925  ATLANTIC ELECTRIC, 6801 BLACK HORSE PIKE, EGG HARBOR TOWNSHIP, NJ 08234

10925  ATLANTIC ELECTRONICS INC, 1727 DONNA ROAD, WEST PALM BEACH, FL 33409

10925  ATLANTIC ELEVATOR NORTH, 145 BODWELL ST, AVON, MA 02322

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ATLANTIC EMPLOYERS INSURANCE CO, MICHAEL J BOCCELLA, LAW OFFICES OF PAUL LEODORI, 220 LAKE DR EAST, CHERRY HILL, NJ 08802

10924   ATLANTIC FERTILIZER & CHEMICAL, CO., 18375 S.W. 260TH ST., HOMESTEAD, FL 33031

10924   ATLANTIC FERTILIZER, PO BOX1488, HOMESTEAD, FL 33090

10925   ATLANTIC FIBER TECHNOLOGIES LIMITED, 468 PORTSWAY AVE, NORTH SYDNEY, NS B2A 3L7CANADA          *VIA Deutsche Post*

10925   ATLANTIC FIBER TECHNOLOGIES, 468 PORTSWAY AVE, POINT EDWARD, NS B2A 3L7CANADA          *VIA Deutsche Post*

10924   ATLANTIC FIREPROOFING, 25 CHAMPION WAY, PEMBROKE, MA 02359

10925   ATLANTIC GARAGE, INC, 1828 L ST , NW, WASHINGTON, DC 20036

10925   ATLANTIC HEALTH GROUP, 2625 CUMBERLAND PKWY, SUITE 310, ATLANTA, GA 30339

10925   ATLANTIC HEALTH GROUP, PO BOX 100491, ATLANTA, GA 30384-0491

10924   ATLANTIC INDUSTRIAL HARDWARE, 24 NORTH CALIFORNIA AVENUE, ATLANTIC CITY, NJ 08401

10925   ATLANTIC INDUSTRIAL SERVICES INC, 6600 NW 12TH AVE SUITE 205, FORT LAUDERDALE, FL 33309-1147

10925   ATLANTIC INDUSTRIAL SERVICES, 1411 NW 13TH AVE, POMPANO BEACH, FL 33069

10925   ATLANTIC INDUSTRIAL SUPPLY COMPANY, 11 CYPRESS DRIVE, BURLINGTON, MA 01803

10924   ATLANTIC LAB INC., 41 CROSS STREET, WALDOBORO, ME 04572

10924   ATLANTIC LABS -, 41 CROSS STREET, WALDOBORO, ME 04572

10924   ATLANTIC LABS, 41 CROSS STREET, WALDOBORO, ME 04572

10925   ATLANTIC LIFT TRUCK INC, 2945 WHITTINGTON AVE, BALTIMORE, MD 21230

10925   ATLANTIC LIFT TRUCK INC., PO BOX 17126, BALTIMORE, MD 21203

10925   ATLANTIC LIFT TRUCK, INC, PO BOX 17126, BALTIMORE, MD 21203

10925   ATLANTIC LIFT TRUCK,INC, PO BOX 17126, BALTIMORE, MD 21203

10925   ATLANTIC LIGHTING AND SUPPLY CO INC, 526 PLASTERS AVE NE, ATLANTA, GA 30324

10925   ATLANTIC MARKETING, 10540 YORK RD., STE K, HUNT VALLEY, MD 21030

10925   ATLANTIC MEDICAL IMAGING, 9002 RED BRANCH ROAD, COLUMBIA, MD 21045

10925   ATLANTIC MICROS SOLUTIONS INC, ROUTE 10 BOX 284, KINSTON, NC 28501-8664

10925   ATLANTIC MILLWRIGHTS, 77 CONCORD ST, NORTH READING, MA 01864

10925   ATLANTIC NETWORK SYSTEMS INC, 8205 BROWNLEIGH DR, RALEIGH, NC 27612

10925   ATLANTIC NETWORK SYSTEMS INC, 8205 BROWNLEIGH DRIVE, RALEIGH, NC 27612

10925   ATLANTIC NETWORK SYSTEMS INC, 975 WALNUT ST #104, CARY, NC 27511

10925   ATLANTIC NETWORK SYSTEMS, 10206 NW 47TH ST, FORT LAUDERDALE, FL 33351

10925   ATLANTIC NETWORK SYSTEMS, 8205 BROWNLEIGH DR, RALEIGH, NC 27612

10925   ATLANTIC NETWORK SYSTEMS, 975 WALNUT ST, CARY, NC 27511

10925   ATLANTIC NETWORK SYSTEMS, PO BOX 5525, BOSTON, MA 02206

10924   ATLANTIC PAPER & TWINE CO, PO BOX 443, PAWTUCKET, RI 02862

10924   ATLANTIC PAPER & TWINE CO., 85 YORK AVE., PAWTUCKET, RI 02860

10925   ATLANTIC PIPE CORPORATION, PO BOX 366259, SAN JUAN, PR 00936-6259

10924   ATLANTIC PRECAST CONC, 10823 BEAVERDAM RD, COCKEYSVILLE, MD 21030

10924   ATLANTIC PRECAST CONC, ATTN:  ACCOUNTS PAYABLE, DOUGLASVILLE, GA 30134

10924   ATLANTIC PRECAST DO NOT USE, PLANT CLOSED, CAMBRIDGE, MA 02140

10924   ATLANTIC PRECAST, 5651 E BANKHEAD HIGHWAY, DOUGLASVILLE, GA 30133

10924   ATLANTIC PRECAST, P O BOX 305, COCKEYSVILLE, MD 21030

10924   ATLANTIC PRECAST, P O BOX 759, DOUGLASVILLE, GA 30133

10924   ATLANTIC PRECAST, P.O. BOX 305, COCKEYSVILLE, MD 21030

10924   ATLANTIC PRECAST, P.O.BOX 759, DOUGLASVILLE, GA 30133

10925   ATLANTIC PROCESS AUTOMATION INC., 1 WALNUT DRIVE, FLEMINGTON, NJ 08822

10924   ATLANTIC RESEARCH CORP, 5945 WELLINGTON RD, GAINESVILLE, VA 22065

10925   ATLANTIC RESEARCH CORP, HIGHLAND IND PARK, EAST CAMDEN, AR 71701

10924   ATLANTIC RESEARCH CORP., 5945 WELLINGTON ROAD, GAINESVILLE, VA 22065

10924   ATLANTIC RESEARCH CORPORATION, 5945 WELLINGTON RD. BLDG. 300/226, GAINESVILLE, VA 22065-1699

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | ATLANTIC RESEARCH CORPORATION, 5945 WELLINGTON ROAD, GAINESVILLE, VA 20155 | |
| 10924 | ATLANTIC RESEARCH CORPORATION, CAMBRIDGE, MA 02140 | |
| 10925 | ATLANTIC RESEARCH, 5945 WELLINGTON RD, GAINESVILLE, VA 22065 | |
| 10925 | ATLANTIC RICHFIELD CO (ARCO), C RICHARD KNOWLES MANAGER ENV REMED, | |
| 10925 | ATLANTIC RICHFIELD COMPANY, ARCO CHEMICAL CO., 515 S. FLOWER ST., LOS ANGELES, CA 90071 | |
| 10925 | ATLANTIC RICHFIELD COMPANY, NKA BP-AMOCO INC., 200 E. RANDOLPH DR. #3500, CHICAGO, IL 60601-6511 | |
| 10925 | ATLANTIC ROOFERS LTD, BOX 375, COCAGNE, NB E0A 1K0CANADA | *VIA Deutsche Post* |
| 10924 | ATLANTIC SAFETY SEAL, 517 WEST 42ND STREET, NEW YORK, NY 10036 | |
| 10925 | ATLANTIC SAW CORP., 18 ASSEMBLY SQ. DR., SOMERVILLE, MA 02143 | |
| 10925 | ATLANTIC SCALE CO INC, 136 WASHINGTON AVE, NUTLEY, NJ 07110 | |
| 10925 | ATLANTIC SHEET METAL, INC, 1220 BACK RIVER NECK RD., ESSEX, MD 21221 | |
| 10924 | ATLANTIC STEAMERS SUPPLY, 1100 ADAMS ST, HOBOKEN, NJ 07030 | |
| 10924 | ATLANTIC STEAMERS SUPPLY, 1100 ADAMS STREET, HOBOKEN, NJ 07030 | |
| 10925 | ATLANTIC SUPPLY & EQUIPMENT CO., 505 WEST GEORGIA RD., SIMPSONVILLE, SC 29680 | |
| 10925 | ATLANTIC TECHNICAL SALES & SERVICE, 3215 BRYSON DR, FLORENCE, SC 29501-6011 | |
| 10925 | ATLANTIC TESTING LABORATORIES, PO BOX 29, CANTON, NY 13617 | |
| 10925 | ATLANTIC THERMAL SALES, 1B BUSINESS WAY, HOPEDALE, MA 01747 | |
| 10925 | ATLANTIC TIRE CORPORATION, PO BOX 363751, SAN JUAN, PR 00936-3751 | |
| 10925 | ATLANTIC TRACY/MOTION INDUSTRIES, 44 THIRD AVE, SOMERVILLE, MA 02143 | |
| 10925 | ATLANTIC VIDEO SYSTEMS INC, 5 ALEXANDER RD, BILLERICA, CA 01821 | |
| 10925 | ATLANTIC VIDEO SYSTEMS, INC, 300 WILDWOOD AVE., STE 15, WOBURN, MA 01801 | |
| 10925 | ATLANTIC WASTE SYSTEMS 79, POBOX 3797, PEABODY, MA 01961 | |
| 10925 | ATLANTIC, NET, PARK STR, NY, NY 10025 | |
| 10925 | ATLANTIC, SERVICE, 135, 135, NY, NY 11111 | |
| 10924 | ATLANTIC-PACIFIC WHOLESALE, 5150 SOUTH WEST 48TH WAY, FORT LAUDERDALE, FL 33314 | |
| 10924 | ATLANTIS ADVENTURES, 32 GORING AVENUE, GRAND CAYMAN, GRAND CAYMAN ISLAND B.W.I, IT UNK | *VIA Deutsche Post* |
| 10924 | ATLANTIS GUAM INC., P O BOX 10598, TAMUNING, GU 96931 | |
| 10924 | ATLANTIS GUAM INC., PO BOX10598, TAMUNING, GU 96931 | |
| 10925 | ATLANTIS PARTNERS, POBOX 370027, BOSTON, MA 02241-0727 | |
| 10924 | ATLANTIS SUBMARINE (ST THOMAS), INC, HAVENSIGHT MALL, BLDG 6, BAY -L, SAINT THOMAS, VI 802 | |
| 10924 | ATLANTIS SUBMARINE BAHAMAS, C/O PINDERS CUSTOMS BROKERS, MACKEY STREET & ROSEVELT AVENUE, NASSAU, 0BHS | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINE, 55 WEST 8TH AVE., VANCOUVER, BC V5Y 1N1TORONTO | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINES (ARUBA) N.V., T.M.T. CENTER, ORANJESTAD, ARUBA, 0ABW | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINES (BAHAMAS), CABLE BEACH SHOPPING CENTER, NASSAU BAHAMAS  BWI, 0BHS | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINES (BARBADOS) INC., THE SHALLOW DRAFT, BRIDGETOWN, 0BRB | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINES (CAYMAN) LTD., GEORGE TOWN, GRAND CAYMAN ISLAND  BWI, IT 0UNK | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINES (HAWAII) L.P., PIER 40, HONOLULU, HI 96817 | |
| 10924 | ATLANTIS SUBMARINES (ST. THOMAS) IN, 8168 SUB BASE, STE. 4, SAINT THOMAS, VI 00802-5555 | |
| 10924 | ATLANTIS SUBMARINES CANCUN S.A., BLVD. KUKULKAN  LOCAL #4, ZONA HOTELERA, CANCUN QUINTANA ROO, 77500MEXICO | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINES COZUMEL, CARRETERA A CHANKANAAB KM. 4, COZUMEL, QUINTANA ROO, 77600MEXICO | *VIA Deutsche Post* |
| 10924 | ATLANTIS SUBMARINES HAWAII, L.P., PIER 40, HONOLULU, HI 96817 | |
| 10924 | ATLANTIS TECHNOLOGY, INC., 605 FLIGHT AVENUE, BLOUNTSTOWN, FL 32424 | |
| 10924 | ATLANTIS TECHNOLOGY, INC., 605 FLIGHT AVENUE, PANAMA CITY, FL 32404 | |
| 10925 | ATLAS ALARM CORP, 1239 WASHINGTON ST, WEYMOUTH, MA 02189 | |
| 10925 | ATLAS BAG CO, INC, DEPT 77-6829, CHICAGO, IL 60678 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ATLAS BLDG SUPPLY CO INC, 4207 E.WHITESIDE ST, LOS ANGELES, CA 90063 | |
| 10924 | ATLAS BUILDERS SUPPLY, CAMBRIDGE, MA 02140 | |
| 10925 | ATLAS BUSINESS SOLUTIONS, PO BOX 9013, FARGO, ND 58106 | |
| 10924 | ATLAS CONCRETE CO INC, P O BOX 739, CRESTWOOD, KY 40014 | |
| 10924 | ATLAS CONCRETE CONSTRUCTION CO,INC., P.O.BOX 739, CRESTWOOD, KY 40014 | |
| 10924 | ATLAS CONCRETE PRODS, 2500 PEERLESS MINE RD, SPRINGFIELD, IL 62702 | |
| 10924 | ATLAS CONCRETE STEP CORP, 575 WALLINGFORD RD, DURHAM, CT 06422 | |
| 10924 | ATLAS CONCRETE STEP CORP, 575 WALLINGFORD RD., DURHAM, CT 06422 | |
| 10924 | ATLAS CONCRETE STEP CORP, 575 WALLINGFORD ROAD, DURHAM, CT 06422 | |
| 10924 | ATLAS CONCRETE, P.O. BOX 361, SHELDON, IA 51201 | |
| 10924 | ATLAS CONST SUPPLY, P.O. BOX 30, SAN DIEGO, CA 92112 | |
| 10924 | ATLAS CONSTRUCTION SPC CO, 4044 22ND AVE WEST, SEATTLE, WA 98199 | |
| 10924 | ATLAS CONSTRUCTION SPC CO, 4044 22ND AVE. WEST, SEATTLE, WA 98199 | |
| 10924 | ATLAS CONSTRUCTION SPEC, 4044 22ND AVE. WEST, SEATTLE, WA 98199 | |
| 10924 | ATLAS CONSTRUCTION SUPPLY, CAMBRIDGE, MA 02140 | |
| 10925 | ATLAS CONTRACTORS INC, POBOX 865, NEWPORT, KY 41072 | |
| 10925 | ATLAS COPCO COMPRESSORS INC, PO BOX 91730, CHICAGO, IL 60693 | |
| 10925 | ATLAS COPCO COMPTEC, INC, PO BOX 99046, CHICAGO, IL 60693 | |
| 10925 | ATLAS COPCO RENTAL, INC, PO BOX 99333, CHICAGO, IL 60693 | |
| 10924 | ATLAS CUMBERLAND DO NOT USE, NORTH U.S. 25E ROUTE 2, MIDDLESBOROUGH, KY 40965 | |
| 10924 | ATLAS ELECTRIC DEVICES COMPANY, 4114 N. RAVENSWOOD AVENUE, CHICAGO, IL 60613 | |
| 10924 | ATLAS ELECTRIC SUPPLY, 1111 WEST 2ND STREET, HIALEAH, FL 33010 | |
| 10925 | ATLAS HEATING & AIR, INC, PO BOX 1835, LAWRENCEVILLE, GA 30046 | |
| 10924 | ATLAS INDUSTRIES INC, 530 BELL AVE, CARNEGIE, PA 15106 | |
| 10924 | ATLAS INDUSTRIES INC., 530 BELL AVE., CARNEGIE, PA 15106 | |
| 10925 | ATLAS INTERNATIONAL, PO BOX 75628, SEATTLE, WA 98125-0628 | |
| 10925 | ATLAS METALS INC, 475 COLUMBIS ST, SOMERVILLE, MA 02143 | |
| 10925 | ATLAS PARTY RENTAL, 1420 NEPTUNE DR, BOYNTON BEACH, FL 33426 | |
| 10924 | ATLAS PEAT & SOIL INCORP, 9621 STATE RD. #7, BOYNTON BEACH, FL 33437 | |
| 10924 | ATLAS PEAT & SOIL, INC., 9621 STATE RD. 7, BOYNTON BEACH, FL 33437 | |
| 10924 | ATLAS POOLS-DIV ATLAS INC, 10023 BEACH BLVD, JACKSONVILLE, FL 32216 | |
| 10924 | ATLAS POOLS-DIV ATLAS INC., 10023 BEACH BOULEVARD, JACKSONVILLE, FL 32216 | |
| 10925 | ATLAS POWDER COMPANY, 15301 DALLAS PKWY, SUITE 1200, DALLAS, TX 75248-4629 | |
| 10924 | ATLAS PROCESSING CO., 3333 MIDWAY STREET, SHREVEPORT, LA 71133 | |
| 10924 | ATLAS PROCESSING CO., PO BOX 3099, SHREVEPORT, LA 71133 | |
| 10924 | ATLAS SCAFFOLD & SUPPLY, INC., 4234 KANAWHA TPKE, SOUTH CHARLESTON, WV 25309 | |
| 10925 | ATLAS SERVICE INC, 22 PROSPECT ST SUITE 11, WOBURN, MA 01801-4300 | |
| 10924 | ATLAS SUPPLY CO., INC., 3820 DR. MARTIN LUTHER KING DR, SAINT LOUIS, MO 63113 | |
| 10925 | ATLAS SUPPLY INC, 2820 N W NELA, PORTLAND, OR 97210 | |
| 10925 | ATLAS SUPPLY INC, 611 S CHARLESTOWN ST, SEATTLE, WA 98108-5239 | |
| 10924 | ATLAS SUPPLY, 1736 4TH AVE SO., SEATTLE, WA 98134 | |
| 10924 | ATLAS SUPPLY, 1736 4TH AVENUE SOUTH, SEATTLE, WA 98134 | |
| 10924 | ATLAS SUPPLY, 2405 N. ALBINA, PORTLAND, OR 97227 | |
| 10925 | ATLAS TURNER INC., (FORMERLY ATLAS ASBESTOS CO.), 850 BD OUELLET OUEST, THETFORD MINES, QC G6G 7A5CANADA | *VIA Deutsche Post* |
| 10925 | ATLAS TURNER INC., BELL ASBESTOS MINES LTD., HINKLEY ALLEN & SNYDER, 28 STATE ST, BOSTON, MA 02109 | |
| 10925 | ATLAS VAN LINES INC, PO BOX 75004, CHARLOTTE, NC 28275 | |
| 10925 | ATLAS VAN LINES INTERNATIONAL, PO BOX 509, EVANSVILLE, IN 47703-0509 | |
| 10925 | ATLAS VAN LINES, INC, 1212 ST. GEORGE RD., EVANSVILLE, IN 47703 | |
| 10925 | ATLAS WATER SYSTEMS, PO BOX 66187, NEWTON, MA 02166 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ATLAS WEATHERING SERVICES GROUP, PO BOX 71016, CHICAGO, IL 60694-1016

10924    ATLAS WHOLESALE SUPP INC., P O 546, CARNEGIE, PA 15106

10925    ATLAS, LINDA, 21 LANSDOWNE RD, ARLINGTON, MA 02174

10925    ATLAS, SIMON, 8314 MEADOWLARK LANE, BETHESDA, MD 20817-3806

10925    ATLAS/PELLIZZARI ELECTRIC INC, 450 HOWLAND ST, REDWOOD CITY, CA 94063

10924    ATLAS/SCA CONST SUPP, 2801 W WELDON AVE, PHOENIX, AZ 85017

10925    ATM INC., 8 FARRINGTON ST, ARLINGTON, MA 02174

10924    ATMEL PROJECT, 1150 E. CHEYENNE MOUNTAIL BLVD., COLORADO SPRINGS, CO 80900

10924    ATMI - AMERICAN TRANSIT MIX, 930 RIDGEWAY AVENUE, AURORA, IL 60506

10924    ATMI DYNACORE, 551 S.INDEPENDENCE BLVD, LOCKPORT, IL 60441

10924    ATMI DYNACORE, P.O. BOX 160, LOCKPORT, IL 60441

10924    ATMI ECO SYS -, 617 RIVER OAKES PKWY, SAN JOSE, CA 95134-1907

10924    ATMI ECO SYS, 617 RIVER OAKS PKWY, SAN JOSE, CA 95134-1907

10924    ATMI ECO SYS, 7 COMMERCE DRIVE, DANBURY, CT 06810

10924    ATMI ECOSYS CORPORATION, 7 COMMERCE DRIVE, DANBURY, CT 06810

10924    ATMI, 111 DOWNER PLACE, AURORA, IL 60506

10924    ATMI, 111 W. DOWNER PL., AURORA, IL 60506

10924    ATMORE READY MIX C/O READY MIX USA, 4.5 MI. SOUTH OF HWY 65, 1.6 MI. NORTH OF HWY 31, ATMORE, AL 36504

10924    ATMORE READY MIX, ATTN:  ACCOUNTS PAYABLE, ATMORE, AL 36504

10925    ATMORE READY MIX, PO BOX 200, ATMORE, AL 36504

10925    ATMOS SERVICE INC, POBOX 2500, NEW ROCHELLE, NY 10801

10924    ATMOSPHERIC RES INC, 410 MIDENHALL WAY, CARY, NC 27513

10924    ATMOSPHERIC RESEARCH & ANALYSIS INC, 720 AVENUE F, PLANO, TX 75074

10924    ATMOSPHERIC RESEARCH, & ANALYSIS INC., 3500 COTTONWOOD DRIVE, DURHAM, NC 27707

10925    ATO FINDLEY INC, 11320 WATERTOWN PLANK RD, WAUWATOSA, WI 53226-3413

10924    ATO FINDLEY INC., 11320 WATERTOWN PLANK RD, WAUWATOSA, WI 53226

10924    ATO FINDLEY INC., 3033 W PEMBERTON, MILWAUKEE, WI 53210

10925    ATOBE, YASUO, 2-6-20 IMAGAWA, CHIBA PREF 279, URAYASU CITY, 279JAPAN          *VIA Deutsche Post*

10924    ATOCHEM NORTH AMERICA, 421 LONDONRD, DELAWARE, OH 43015

10924    ATOCHEM NORTH AMERICA, P.O. BOX 363, DELAWARE, OH 43015

10924    ATOCHEM NORTH AMERICA, PO BOX 363, DELAWARE, OH 43015

10925    ATOCHEM, PO BOX 11619, NEWARK, NJ 07197

10924    ATOFINA CHEMICALS INC, 2000 MARKET STREET, PHILADELPHIA, PA 19103

10925    ATOFINA CHEMICALS INC., PO BOX 844454, DALLAS, TX 75284-4454

10924    ATOFINA CHEMICALS, INC, 421 LONDON ROAD, DELAWARE, OH 43015

10924    ATOFINA CHEMICALS, INC., 421 LONDON ROAD, DELAWARE, OH 43015

10924    ATOFINA PETRICHEMICALS, INC, PO BOX 674411, HOUSTON, TX 77267-4411

10924    ATOFINA PETROCHEM INC., PO BOX 5010, LA PORTE, TX 77572

10924    ATOFINA PETROCHEMICALS INC., 12212 PORT ROAD, PASADENA, TX 77507

10924    ATOFINA PETROCHEMICALS, 1818 BATTLEGROUND ROAD, LA PORTE, TX 77571

10924    ATOFINA PETROCHEMICALS, HIGHWAY 366 AT 32ND STREET, PORT ARTHUR, TX 77642

10924    ATOFINA PETROCHEMICALS, INC., PO BOX 888, DEER PARK, TX 77536

10924    ATOFINA PETROCHEMICALS, PO BOX 849, PORT ARTHUR, TX 77641

10925    ATOFINA, PO BOX 8500-8125, PHILADELPHIA, PA 19178-8125

10925    ATOL, ROBERT, 128 W ZANE ST, LONG BEACH, CA 90805

10925    ATOMIZING SYSTEMS INC., ONE HOLLYWOOD AVE, HO HO KUS, NJ 07423-1433

10925    A-TOP POLYMERS, INC, 47 ROCKINGHAM RD., WINDHAM, NH 03087

10924    ATOTECH DO BRASIL GALVANOTECNICA LT, 06787-480-SAO PAULO-SP-BRAZIL, RUA MARIA PAT.          *VIA Deutsche Post*
DA SILVA, IT 999999999UNK

10924    ATRIUM PLAZA, C/O UNITED FIREPROOFING, C/O TRENTON WHSE, 32 PLUM STREET, TRENTON, NJ 08638

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   ATRIUM, 312 MARION RD, MIDDLEBORO, MA 02346

10925   ATR-TIME SOLUTIONS INC, 6022 NORTH 35TH AVE, PHOENIX, AZ 85017

10925   ATS TELEPHONE & DATA SYSTEMS INC., PO BOX 2901, MEMPHIS, TN 38101-2901

10925   ATSI BUSINESS COMMUNICATIONS, 8100 W. GLEN DR., HOUSTON, TX 77063

10924   ATT S.P.A., 1-20098 S. GIUILANO MIL-SE (MILAN), MILAN, 99999ITA          *VIA Deutsche Post*

10924   ATT S.P.A., I-20098 S. GIUILANO MIL.SE (MI), MILAN, 99999ITA          *VIA Deutsche Post*

10924   ATT, 1200 W. 120TH AVENUE, WESTMINSTER, CO 80234

10924   ATTA BOY MANAGEMENT, 615 GATES STREET, PHILADELPHIA, PA 19128

10924   ATTABOY MANAGEMENT, PO BOX 35089, 615 GATES STREET, PHILADELPHIA, PA 19128

10925   ATTAWAY, BRENDA, 301 CHURCH ST, HOGANVILLE, GA 30230

10925   ATTAWAY, CAROL, 3218 BAYOU, DEER PARK, TX 77536

10925   ATTAWAY, GEDDIES, 4 HODGENS DRIVE, GREENVILLE, SC 29611-2211

10925   ATTAWAY, JOSEPH, 1720 PELTON, MODESTO, CA 95351

10925   ATTEBERY, CATHERINE, 444 LOCUST ST, LAWRENCE, KS 66044

10925   ATTERTON, GLENN, 12925 BIRCHWOOD PIKE, HARRISON, TN 37341

10924   ATTIC ANGEL NURSING HOME & TOWER, 8301 OLD SAUK RD, MIDDLETON, WI 53562

10924   ATTICA JR. & SR. HIGH SCHOOL, 211 SYCAMORE STREET, ATTICA, IN 47918

10924   ATTICA READY MIXED CONC, 104 W. SYCAMORE ST., ATTICA, IN 47918

10924   ATTICA READY MIXED CONCRETE, 104 W. SYCAMORE ST, ATTICA, IN 47918

10925   ATTLE, PAUL, 10077 STANDIFER GAP, COLLEGEDALE, TN 37315

10924   ATTN:  MR. M. R. ALLEN, 11000 N. W. 121 WAY, TARMAC AMERICA INC., MEDLEY, FL 33178

10924   ATTN: FRANK, 100 MIDDLESEX AVENUE, CARTERET, NJ 07008

10924   ATTN: JORGE, 6521-31 NW 87TH AVENUE, MIAMI, FL 33152

10924   ATTORNEY GENERAL OF IDAHO, 700 W JEFFERSON ST, BOISE, ID 83720-0600

10925   ATTORNEY GENERAL OF TEXAS, PO BOX 13499, AUSTIN, TX 78711-3499

10924   ATTORNEY GENERAL OFFICE, PCI, SACRAMENTO, CA 94203

10925   ATTORNEY REGISTRATION & D, PO BOX 3444, SPRINGFIELD, IL 62708-3444

10925   ATTRIDGE, JEANNETTE, 2426 DAUPHINE ST., NEW ORLEANS, LA 70117

10925   ATTURO, JEANETTE, 6602 38TH AVE CIR W, BRADENTON, FL 34209

10925   ATTWOOD, KEVIN, 6451 W BELL ROAD, GLENDALE, AZ 85308

10925   ATTY GENERAL OF MONTANA, JOSEPH P MAZUREK, PO BOX 201401, HELENA, MT 59620-1401

10925   ATWATER SR, TERRY, 9420 S. CHAMPLAIN, CHICAGO, IL 60619

10925   ATWATER, ERNEST, 1 HARRINGTON AVE, ROXBURY, MA 02119

10925   ATWATER, ERNEST, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ATWATER, ESTHER, 488 NINTH AVE, MARION, IA 52302

10925   ATWATER, MICHAEL, 14 ACKERMAN ST, SALEM, NH 03079

10925   ATWELL, BOBBY, 118 NORTH PARK, ALICE, TX 78332

10925   ATWELL, CARA, 11351 CALICO DRIVE, KANSAS CITY, MO 64137

10925   ATWELL, EUGENE, 106 PORTIA AVE, ROCKPORT, TX 78382

10925   ATWELL, LARRY, 714 KNOLL, CRAIG, CO 81625

10925   ATWOOD PUBLISHING LLC, PO BOX 414674, KANSAS CITY, MO 64141-4674

10925   ATWOOD, EDDIE, PO BOX 1187, MEEKER, CO 81641-1187

10925   ATWOOD, FRANCES, 145 JOHNSON AVE, KITTANNING, PA 16201

10925   ATWOOD, JEAN, 4461 S. LOWELL, DENVER, CO 80236

10925   ATWOOD, PHILLIP, 3128 DUBOIS AVE., BALTIMORE, MD 21234

10925   AU BON PAIN CATERING, PO BOX 9212, BOSTON, MA 02209

10925   AU BON PAIN CO INC, POBOX 9212, BOSTON, MA 02209

10925   AU GOLF TOURNEY, PO BOX 4184, MONTGOMERY, AL 63103

10925   AU, TRUONG, 8109 EAST 93RD ST SO, #1606, TULSA, OK 74133

10925   AUBE, CATHERINE, 102 WOODLOT ROAD, RIDGE, NY 11961-1939

10925   AUBER, BERESFORD, 1915 FOX ST 103, ADELPHI, MD 20783

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AUBERT-HATT, CAROL, 1141 GRANADA, FT PIERCE, FL 34949

10924   AUBREY WELCH ENTERPRISES, 6493 MARISSA CIRCLE, LAKE WORTH, FL 33467

10925   AUBREY, AMY, 1924 WEISENBERGER MILL ROAD, MIDWAY, KY 40347

10925   AUBREY, RICHARD, 7890 A 169 HWY, ST JOSEPH, MO 64507

10925   AUBUCHON, EUGENE, 47 UNIVERSITY, LADSON, SC 29456

10925   AUBUCHON, LAURE, 325 EAST 79TH ST, APT 3E, NEW YORK, NY 10021

10925   AUBUCHON, LINDA, 9634 BRIXTON AVE, AKRON, OH 44685

10925   AUBURN C/O P.H. WHITE & ASSOC., 130 W. LIBERTY DRIVE, WHEATON, IL 60187

10924   AUBURN CEMENT PRODUCTS, 22-24 PERRINE ST, AUBURN, NY 13021

10924   AUBURN CEMENT PRODUCTS, 22-24 PERRINE ST., AUBURN, NY 13021

10924   AUBURN CENTRAL, 1229 EELM ST., LIVERMORE, CA 94550

10924   AUBURN CENTRAL, 2677 PILLSBURY CT, LIVERMORE, CA 94550

10924   AUBURN CONCRETE, 82 GOLDTHWAITE ROAD, AUBURN, ME 04210

10924   AUBURN CONCRETE, PO BOX1747, AUBURN, ME 04210

10924   AUBURN CORRECTIONAL, 135 STATE STREET, AUBURN, NY 13024

10924   AUBURN COURT, 505 UNIVERSITY AVE BLDG 3, NORWOOD, MA 02062

10925   AUBURN INTERNATIONAL INC, PO BOX 2008, DANVERS, MA 01923

10925   AUBURN INTERNATIONAL, 661 BUDLEIGH CIRCLE, TIMONIUM, MD 21093

10925   AUBURN INTERNATIONAL, INC, PO BOX 2008, DANVERS, MA 01923

10924   AUBURN MANUFACTURING INC., PO BOX220, MECHANIC FALLS, ME 04256

10924   AUBURN MANUFACTURING, CAMBRIDGE, MA 02140

10924   AUBURN MANUFACTURING, INC., CAMBRIDGE, MA 99999

10924   AUBURN MANUFACTURING, INC., KITTY HAWK INDUSTRIAL PARK, 130 FIRST FLIGHT DR., AUBURN, ME 04210

10924   AUBURN MANUFACTURING, INC., WALKER RD., MECHANIC FALLS, ME 04256

10925   AUBURN PLASTICS, 4535 W FULLERTON AVE, CHICAGO, IL 60639

10924   AUBURN RACE TRACK, PACIFIC CONSTRUCTION, AUBURN, WA 98001

10923   AUBURN SYSTEMS, LLC, 8 ELECTRONICS AVE., DANVERS, MA 01923

10924   AUBURN UNIVERSITY LOCKER EXPANSION, 1552 BAILEY HARRIS DRIVE, AUBURN, AL 36831

10925   AUBURN UNIVERSITY, 85 BAGBY DR -SUITE 100, BIRMINGHAM, AL 35209

10925   AUBURN UNIVERSITY, DR CHARLES H RAY JR, ROOM 300 NUCLEAR SCIENCE CTR, AUBURN, AL 36849-5317

10925   AUBURN, GROSS, ALM, NY, NY 10092

10925   AUBURN, GROSS, PRIM, NY, NY 10092

10925   AUBURN, NET, PREM, NY, NY 10050

10925   AUBURN, NON-CRED, HELMUT, NY, NY 10089

10925   AUBURN, PRE-RET, PRE, NY, NY 10024

10925   AUBURN, UND. SIXTY FIVE, SELS\, NY, NY 10067

10924   AUBURNDALE MASON SUP INC, 40-02 FRANCIS LEWIS BLVD, BAYSIDE, NY 11361

10924   AUBURNDALE MASONRY SUPPLY, 40-02 FRANCIS LEWIS BOULEVARD, BAYSIDE, NY 11361

10925   AUBUT, CINDY, 488 SUN LAKE CIRCLE, LAKE MARY, FL 32746

10925   AUCAMP, THOMAS E, 1985 SACRAMENTO, FORT LAUDERDALE, FL 33326

10925   AUCAMP, THOMAS, 1985 SACRAMENTO, FORT LAUDERDALE, FL 33326

10924   AUCHAN STORE PROJECT, 6059 SOUTH LOOP EAST, HOUSTON, TX 77087

10925   AUCHTER INDUSTRIAL VAC SERVICE INC, 4801 S. WOOD AVE, LINDEN, NJ 07036

10925   AUCLAIR, RHONDA, RR #1 BOX 1145, NORWAY, ME 04268

10925   AUCOIN, DAVID, PO BOX 159, BASILE, LA 70515

10925   AUCOIN, RONALD, 827 ASHTON ST, NEW IBERIA, LA 70560

10924   AUCUTTS INC, 107 SPRUCE ST, AURORA, IL 60506

10925   AUD, CHARLES, 6247 KY 142, PHILPOT, KY 42366

10925   AUDAIN, CHRISTINE, 372 NORTH ARLINGTON, EAST ORANGE, NJ 07017

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  AUDAIN, GETTIE, 120 NW 117TH ST, MIAMI, FL 33168

10925  AUDERSCH, HANNELORE, 28-05 33RD ST #C3, ASTORIA, NY 11102

10925  AUDET, JOYCE, 26 CARLOW COURT, SPARTANBURG, SC 29301

10925  AUDET, PAUL, 26 CARLOW COURT, SPARTANBURG, SC 29301-3846

10925  AUDETTE, JEFFREY, 133 QUAKER MEETING HOUSE ROAD, E SANDWICH, MA 02537

10925  AUDIBLE SOURCE INC, PO BOX 699, HALLANDALE, FL 33008

10925  AUDIBLE SOURCE, INC, PO BOX 699, HALLANDALE, FL 33008

10925  AUDIO VIDEO REPORTING SV, 5508 CAHUENGA BLVD, NORTH HOLLYWOOD, CA 91601-2919

10925  AUDIO VISUAL HEADQUARTERS CORP, PO BOX 30329, LOS ANGELES, CA 90030-0329

10925  AUDIO VISUAL HEADQUARTERS, 2300 GLADWICK ST, RANCHO DOMINGUEZ, CA 90220

10925  AUDIO VISUAL INC, PO BOX 650519, DALLAS, TX 75265-0519

10925  AUDIO VISUAL, PO BOX 36040, HOUSTON, TX 77236-6040

10925  AUDIOLOGY ASSOC, INC, 7000 SECURITY BLVD., BALTIMORE, MD 21244

10925  AUDIOLOGY ASSOCIATES, 29 MANN ST, IRVINE, CA 92612-2741

10925  AUDIOMETRICS INC, 3318 NORTH MARKET SUITE 2, SHREVEPORT, LA 71107

10925  AUDIO-TECH BUSINESS BOOK SUMMARIES, 117 W HARRISON BLDG, CHICAGO, IL 60605-9774

10925  AUDIO-TECH BUSINESS BOOK, 117 W. HARRISON BLDG., CHICAGO, IL 60605-9774

10925  AUDIT BUREAU OF CIRCULATIONS, 135 S LASALLE DEPT 1884, CHICAGO, IL 60674-1884

10925  AUDITORE, LORI, 35 CHATHAM LANE, WALTHAM, MA 02154

10925  AUDRA V MCCARTNEY, 3003 VAN NESS ST N W, APT W-513, WASHINGTON, DC 20008-0000

10925  AUDREY A APKING CUST LOIS M, APKING UNIF GIFT MIN ACT OH, 1174 GEORGIA LA, CINCINNATI, OH 45215-4020

10925  AUDREY S HAWLEY T O D, EDWARD F HAWLEY SUBJECT TO, STA T O D RULES, 134 UNION PL, RIDGEFIELD PK, NJ 07660-1231

10925  AUDRY LYN STOCKTON, 4821 RUTTERS DR, LAPORTE, CO 80535-9576

10924  AUDUBON-EXIRA READY MIX, 110 N. DIVISION, AUDUBON, IA 50025

10924  AUDUBON-EXIRA READY MIX, INC., 110 N. DIVISION, AUDUBON, IA 50025

10925  AUE, W, 512 NORTH VAN, SEARCY, AR 72143

10925  AUERBACH, PO BOX 6123 DEPT 200, FT. LAUDERDALE, FL 33310

10925  AUFDERMAUER, JEWELL, 3233 WHIPPLE RD, UNION CITY, CA 94587

10925  AUGAT/ALCO SWITCH, 89 FORBES BLVD, MANSFIELD, MA 02048

10925  AUGAT/ALCO SWITCH, ESTATES, COMMUNITY DR, SANFORD, ME 04073

10925  AUGENSTEIN, LARRY, 6001 MOORE RD, DELAWARE, OH 43015-9501

10924  AUGENTI AND SIVIL, 24 ERIE AVENUE, WANAQUE, NJ 07465

10925  AUGER MANUFACTURING SPECIALIST, 22A BACTON HILL RD., FRAZER, PA 19355

10925  AUGER MANUFACTURING SPECIALISTS, 22A BACTON HILL ROAD, FRAZER, PA 19355

10925  AUGERI, MARILYN, 101 FARM HILL RD, MIDDLETOWN, CT 06457

10925  AUGHINBAUGH, ANDREA, RD #11, GREENSBURG, PA 15601

10925  AUGINS, CHRISTOPHER, 4728 BONNIE BRAE, PIKESVILLE, MD 21208

10925  AUGIS SPORTSWEAR INC, 1239 VERN CORA ROAD, LAURENS, SC 29360

10925  AUGSPURGER, ROBERT, 25827 S. DARTFORD DR., SUN LAKES, AZ 85248

10925  AUGUST A BUSCH JR MEMORIAL, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925  AUGUST, LAWRENCE, 2137 13TH ST, LAKE CHARLES, LA 70601

10924  AUGUSTA AMERICA BUILDERS, 3319 PERKINS ROAD, AUGUSTA, GA 30906

10924  AUGUSTA BLOCK INC, 306 NEW HOPE ROAD, STAUNTON, VA 24401

10924  AUGUSTA BLOCKS INC, P O BOX 1288, STAUNTON, VA 24401

10924  AUGUSTA BLOCKS INC, PO BOX1288, STAUNTON, VA 24401

10924  AUGUSTA CHEMICAL COMPANY, GLASS FACTORY ROAD, AUGUSTA, GA 30903

10924  AUGUSTA CONCRETE & BLOCK, PO BOX 514, AUGUSTA, GA 30903

10924  AUGUSTA CONCRETE BLOCK, 315 JEFFERSON DAVIS HWY, NORTH AUGUSTA, SC 29841

10924  AUGUSTA CONCRETE BLOCK, P O BOX 514, AUGUSTA, GA 30903

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    AUGUSTA CRONICLE, C/O SOUTHEAST RESTORATION, AUGUSTA, GA 30901

10925    AUGUSTA FIBERGLASS, PO BOX 472609, CHARLOTTE, NC 28247

10924    AUGUSTA HENES GULDEN, 1000 MONTAUK HIGHWAY, ISLIP, NY 11751

10924    AUGUSTA READY MIX INC, MURRAY ROAD, AUGUSTA, GA 30917

10924    AUGUSTA READY MIX, 101 APAC INDUSTRIAL WAY, AUGUSTA, GA 30917

10924    AUGUSTA READY MIX, ATTN:  ACCOUNTS PAYABLE, AUGUSTA, GA 30917

10924    AUGUSTA READY MIX, DOUGHTY ROAD, AUGUSTA, GA 30917

10924    AUGUSTA READY MIX, INC., RIVERWATCH PKWY., AUGUSTA, GA 30917

10925    AUGUSTA SERVICE COMPANY, PO BOX 2186, AUGUSTA, GA 30903

10925    AUGUSTA TELEPHONE SALES AND SERVICE, PO BOX 204780, MARTINEZ, GA 30917

10925    AUGUSTA TOOL & SPECIALTY CO., PO BOX 6277, AUGUSTA, GA 30916-1277

10925    AUGUSTA TOOL & SPECIALTY CO., PO BOX 6370, AUGUSTA, GA 30916

10925    AUGUSTA TRUCK SALES, PO BOX 10107, AUGUSTA, GA 30903-2707

10925    AUGUSTIN JR, ROLF M, 19 BRADFORD RD, WELLESLEY HILLS, MA 02481-2902

10925    AUGUSTIN, AMAN, 141 WEST 139TH ST., NEW YORK, NY 10030

10925    AUGUSTIN, JOSEPHINE, 840 17TH ST. #311, SAN DIEGO, CA 92101

10925    AUGUSTINE, SHARON, 8514 CHIMNEY HILL, SAN ANTONIO, TX 78250

10925    AUGUSTINO CUST, MICHAEL, MICHAEL F AUGUSTINO, PO BOX 1762, BUFFALO, NY 14231-1762

10925    AUGUSTON, ROBERT, 146 KNOLLWOOD DRIVE, CARLE PLACE, NY 11514

10925    AUGUSTUS, DONNA I, 4900 PLAZA DR APT 18, MONTGOMERY, AL 36116

10925    AULD, RICHARD, 20 LIVINGSTONE AVE, BEVERLY, MA 01915

10925    AULD, ROBERTA, 14130 ROSEMARY LN #3205, LARGO, FL 33774

10925    AULD, WILLIAM, 14130 ROSEMARY LN #3205, LARGO, FL 33774-2917

10925    AULET, NEREIDA, C/94 BLQ. 98 #13, CAROLINA, PR 00985

10925    AULETTO, JOHN, 981 WHISPERING DR, TURLOCK, CA 95380

10925    AULGUR, R, 219 ELM ST, SLATER, MO 65349

10925    AULISI, PAULA, 80 EDWARD DRIVE, FRANKLIN PARK, NJ 08823

10925    AULL, JAMES, 829 MASON COURT, OWENSBORO, KY 42303

10925    AULL, TIMOTHY, 2555 EASTLAND DRIVE, OWENSBORO, KY 42303

10924    AULSON COMPANY, 50 PROSPECT STREET, HARTFORD, CT 06183

10925    AULT, JAMES, RR #1 BOX 32, NEEDHAM, IN 46162

10925    AULT, RICHARD K, 7E TIERRA BUENA, PHOENIX, AZ 85022

10925    AULT, RICHARD, 7 E TIERRA BUENA, PHOENIX, AZ 85022

10925    AULTMAN HOSPITAL, 400 W TUSCARAWAS ST #20, CANTON, OH 44702

10925    AULTMAN TYNER RUFFIN & YARBOROUGH, 315 HEMPHILL ST, HATTIESBURG, MS 39403

10925    AULTMAN TYNER, RUFFIN & YARBOROUGH, 315 HEMPHILL ST, HATTIESBURG, MS 39403

10925    AULTMAN, CARY, HC 35 BOX 5770-129, EVANSVILLE, WY 82636

10925    AULTMAN, DONNIE, ROUTE 1 BOX 483, DUBBERLY, LA 71024

10925    AULTMAN, RONALD, ROUTE 1 BOX 482, DUBBERLY, LA 71024

10925    AULTMAN, TYNER, MCNEESE AND RUFFIN, 329 CHURCH ST, COLUMBIA, MS 39429

10925    AULTMAN, VERNON, RT 3 BOX 996, LAURENS, SC 29360

10925    AUMAN, HOLLY, 1235 CRESS PKWY, HIAWATHA, IA 52233

10925    AUMAN, JOYCE M, 10400 SAXONY RD, RICHMOND, VA 23235-2638

10925    AUMAN, JULENE, 26 EAST FIRST AVE., LATROBE, PA 15650

10925    AUMAN, MARK, 3106 BAYBERRY DR SW, CEDAR RAPIDS, IA 52404

10925    AUNKST, RALPH, 20 JOHNSTON ST, SENECA FALLS, NY 13148

10925    AURA C KITSON, 385 CONGDON ST, MIDDLETOWN, CT 06457-2027

10924    AURACHEM CORPORATION, 310 S. THIRD STREET, GARWOOD, NJ 07027

10924    AURACHEM CORPORATION, PO BOX 471, GARWOOD, NJ 07027

10925    AURELIO NICOLOSI, 242 MOTT ST, NEW YORK, NY 10012-3434

10925    AURELON INC, 17905 METZLER LANE, HUNTINGTON BEACH, CA 92647

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  AUREN, ANTHONY, 415 5TH ST PO BOX 946, WESTMORLAND, CA 92281

10925  AUREUS SOLUTIONS INC, 4929 GREEN VALLEY RD SUITE D, MONROVIA, MD 21770

10925  AUREUS SOLUTIONS, INC, 4929 GREEN VALLEY RD., MONROVIA, MD 21770

10925  AURIC AVIONICS & INSTRUMENTS, 5801 WALTER BEECH ST #103, NEW ORLEANS, LA 70126

10925  AURIEMMA, BRENDA, 112 LINDBERGH AVE, BLANDON, PA 19510

10925  AURIEMMA, RALPH, 4400 NW 27TH AVE, BOCA RATON, FL 33434

10925  AURILEE A GEERTZ, 1118 N WALNUT, WEST LIBERTY, IA 52776-9602

10925  AURORA CRUZ, 304 LOURDES DR, FORT WASHINGTON, MD 20744

10924  AURORA ELECTRICAL SUPPLY, RT 15 & 2, SPARTA, NJ 07871

10925  AURORA FAST FREIGHT, INC, 1859 PLAIN AVE, AURORA, IL 60505

10924  AURORA HEALTH CARE C/O BOLDT CONST, 4600 MEMORIAL DRIVE, TWO RIVERS, WI 54241

10924  AURORA HEALTH CARE C/O BOLDT CONST., 4600 MEMORIAL DRIVE, TWO RIVERS, WI 54241

10924  AURORA HEALTH CARE, 3100 S. 30TH STREET, MILWAUKEE, WI 53215

10924  AURORA HEALTH CARE, P.O. BOX 514, TWO RIVERS, WI 54241

10924  AURORA HEALTH CENTER, 10400 75TH STREET, KENOSHA, WI 53142

10925  AURORA MED GRP DEPERE, PO BOX 976, SHEBOYGAN, WI 53082

10925  AURORA PICTURES INC., 2525 EAST FRANKLIN AVE, MINNEAPOLIS, MN 55406-9937

10925  AURORA SUPPLY CO INC, 180 N POPLAR PL, NORTH AURORA, IL 60542

10924  AURORA TEXTILE FINISHING CO., 911 NORTH LAKE STREET, AURORA, IL 60506

10924  AURORA TEXTILE FINISHING CO., PO BOX 70, AURORA, IL 60506

10925  AUSAMA, TERRY, PO BOX 562, NAPOLEONVILLE, LA 70390

10925  AUSBURN, GEORGEANN, RT. 1 BOX 186A, BALDWIN, GA 30511

10925  AUSGOOD, HATTIE, 3611 SE 17TH AVE, GAINESVILLE, FL 32601

10925  AUSIMONT USA INC, POBOX 7247-7471, PHILADELPHIA, PA 19170-7471

10925  AUSMUS JR, JAMES, 210 LAKEVIEW DRIVE, MILLBURY, OH 43447

10924  AUSTIN AIRPORT, 9539 AIRSIDE RD., AUSTIN, TX 78719

10925  AUSTIN BROWN, INC, 110 SYCAMORE PLACE, DECATUR, GA 30030

10925  AUSTIN C MCCARTHY TR, 09 16 99, AUSTIN C MCCARTHY, REV LIVING TRUST, 216 PALMER DR, BOONE, NC 28607-8712

10924  AUSTIN CHEMICAL COMPANY, INC, 1565 BARCLAY BOULEVARD, BUFFALO GROVE, IL 60089

10924  AUSTIN COATING, RT 136 & 519, EIGHTY FOUR, PA 15330

10925  AUSTIN DETECTIVES INC, PO BOX 202422, AUSTIN, TX 78720

10924  AUSTIN DIAGNOSTIC CLINIC, 12221 N. MOPAC EXPRESSWAY, AUSTIN, TX 78758

10925  AUSTIN EQUIPMENT, PO BOX 40651, HOUSTON, TX 77240-0651

10924  AUSTIN F. FLETCHER, INC., PO BOX 536, BINGHAMTON, NY 13902

10924  AUSTIN INDUSTRIAL COATINGS, CAMBRIDGE, MA 02140

10924  AUSTIN INDUSTRIAL COATINGS, ROUTE 136 & 519, EIGHTY FOUR, PA 15330

10925  AUSTIN INDUSTRIAL, INC, PO BOX 87888, HOUSTON, TX 77287

10925  AUSTIN KNIGHT INC, POBOX 39000, SAN FRANCISCO, CA 94139-5204

10924  AUSTIN MEDICAL CENTER, 1000 FIRST DRIVE N.W., AUSTIN, MN 55912

10925  AUSTIN MOVING & STORAGE, 615 POINSETT HWY, GREENVILLE, SC 29609

10924  AUSTIN PRODUCTIONS INC., 815 GRUNDY AVENUE, HOLBROOK, NY 11741

10925  AUSTIN QUALITY FOODS INC, CHARLES D CASE, HUNTON & WILLIAMS, ONE HANOVER SQUARE, SUITE 1400, RALEIGH, NC 27606

10925  AUSTIN QUALITY FOODS INC., ONE QUALITY LANE, CARY, NC 27512

10924  AUSTIN RADISSON HOTEL, 111 EAST CAESAR CHAVEZ, AUSTIN, TX 78701

10924  AUSTIN READY MIX CONCRETE CO, OLD HWY 218 NORTH, AUSTIN, MN 55912

10924  AUSTIN READY MIX CONCRETE CO, RT 4 BOX 16, AUSTIN, MN 55912

10924  AUSTIN ROOFERS SUPPLY, 9317 OLD MC NEIL ROAD, AUSTIN, TX 78758

10924  AUSTIN ROOFERS SUPPLY, 9317 OLD MCNEIL RD, AUSTIN, TX 78758

10924  AUSTIN SCULPTURE, 815 GRUNDY AVENUE, HOLBROOK, NY 11741

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   AUSTIN SCULPTURE, 9107 AUSTIN DRIVE, PHARR, TX 78577

10924   AUSTIN UTILITIES, 419 4TH AVNEUE NE REF PO # 7576, AUSTIN, MN 55912

10925   AUSTIN WHITE LIME COMPANY, 4900 HOWARD LANE, AUSTIN, TX 78728-6306

10925   AUSTIN, A STANLEY, 6 LOOKOUT LANE, SALEM, SC 29676-4423

10925   AUSTIN, AMY, 204 BOBO ROAD, WELLFORD, SC 29385

10925   AUSTIN, ANITA, 131-18 ROCKAWAY BLVD, SO. OZONE PK, NY 11420

10925   AUSTIN, ANNE G, C/O ANNE AUSTIN MASTAIN, PO BOX 681125, PARK CITY, UT 84068-1125

10925   AUSTIN, BETTY, 1945 MEADOW RUN, OPELOUSAS, LA 70570

10925   AUSTIN, BILLY, 551 E VCTR HLL RD R1, DUNCAN, SC 29334-9755

10925   AUSTIN, CAROL, 29929 N TYLER LN #741, CANYON COUNTRY, CA 91351

10925   AUSTIN, DARRELL, 232 TERRACE LANE, SIMPSONVILLE, SC 29681

10925   AUSTIN, DOROTHY, 215 LATHAN RD, COMMERCE, GA 30529

10925   AUSTIN, GENE, 1305 CARMEN AVE, BARTOW, FL 33830

10925   AUSTIN, JAMES, 3242 SALUDA DAM ROAD, EASLEY, SC 29640

10925   AUSTIN, JAMES, 6031 RIDGEWAY, DOUGLASVILLE, GA 30135

10925   AUSTIN, JANICE, 5727 95TH ST, LUBBOCK, TX 79424

10925   AUSTIN, KEELY, 516 W. 1ST AVE., COLUMBUS, OH 43201

10925   AUSTIN, KENNETH, 2716 KAYWOOD DRIVE, NEW ALBANY, IN 47150-2327

10925   AUSTIN, KRISTIE, 109 WATER FOUNTAIN WAY, GLEN BURNIE, MD 21060

10925   AUSTIN, LOUIS, ROUTE 2 BOX 19A, CHANDLER, OK 74834

10925   AUSTIN, MILDRED, 10736 CAMP ST, WOOSTER, OH 44691

10925   AUSTIN, PAMELA, 6349 HWY 73 EAST, MT PLEASANT, NC 28124

10925   AUSTIN, R, 2721 PONDEROSA DR, LAWRENCE, KS 66044

10925   AUSTIN, RUTH, 2212 N HIGH ST, LANSING, MI 48906-4222

10925   AUSTIN, SALEDI, 1520 JACKSON ST 110, OAKLAND, CA 94612

10925   AUSTIN, SANDRA, BOX 1507/4632 KEEMA AVE, NO HIGHLANDS, CA 95660

10925   AUSTIN, SHIRLEY, RT 2, DANIELSVILLE, GA 30633

10925   AUSTIN, STUART, CUST FOR BRADBURY AUSTIN, UNIF GIFT MIN ACT CA, 545 INDUSTRIAL DR, ADRIAN, MI 49221-9755

10925   AUSTIN, TERRY, 6300 MAIN, #411, KANSAS CITY, MO 64113

10925   AUSTIN, VERONICA, 29212 JANE, ST CLAIR SHORES, MI 48081

10925   AUSTINS PROPERTY MAINTENANCE INC, 3117 NECTAR DRIVE, POWDER SPRINGS, GA 30127

10924   AUSTRAILLIAN BODY WORKS, 2939 COBB PKWY STE 100, ATLANTA, GA 30339

10925   AUSTRALIAN MAGNET TECHNOLOGY PTY LT, 64 HEATHER ST, RAYMOND TERRACE NSW, 02324AUSTRALIA                                                 *VIA Deutsche Post*

10925   AUSTRIA, ANTHONY, 77 ROOSEVELT ST, CLOSTER, NJ 07624

10925   AUSTRIA, MARGARET, 77 ROOSEVELT ST, CLOSTER, NJ 07624

10925   AUSTRONIC SECURITY SYSTEMS INC, 9385A GERWIG LANE, COLUMBIA, MD 21046

10925   AUTEN, JACK, PO BOX 823, COBB, CA 95426

10925   AUTEN, MELVIN, 5921 APPLE VALLEY LANE, LAS VEGAS, NV 89108

10925   AUTERIO, MICHELE, 26 BRADLEE RDE APT 13, MEDFORD, MA 02155

10925   AUTERIO, MICHELLE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   AUTHENTIC FIRE PROTECTION, 6923 CHAMBERS ROAD, BALTIMORE, MD 21234

10925   AUTIN, ROWDY, 124 DANTIN ST, RACELAND, LA 70394

10925   AUTIN, STEVEN, 152 DANTIN ST, RACELAND, LA 70394

10925   AUTIN, STEVENS, 3122 HWY. 308, RACELAND, LA 70394

10925   AUTIN, URIC, PO BOX 281, LOCKPORT, LA 70374

10925   AUTO AIR COMPOSITES INC, 5640 ENTERPRISE DR, LANSING, MI 48911

10925   AUTO AIR COMPOSITES INC, 5640 ENTERPRISE DRIVE, LANSING, MI 48911

10925   AUTO BODY ARTISTS INC, 1531 BRANDY PKWY, STREAMWOOD, IL 60107

10925   AUTO BODY OF MILL RUN, POBOX 190, HILLIARD, OH 43026

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    AUTO CLUB (AAA), C/O WESTSIDE BUILDING MATERIALS, 333 FAIRVIEW, COSTA MESA, CA 92626

10925    AUTO DRIVEAWAY, 1170 COMMONWEALTH AVE, BOSTON, MA 02134

10925    AUTO DRIVEAWAY, 136 BACON ST, WALTHAM, MA 02451

10925    AUTO EAST INC., RTE.1 59 WASHINGTON ST, FOXBORO, MA 02035

10925    AUTO MACHINE SERVICE,INC, 233 MAIN ST., MAYNARD, MA 01754

10924    AUTO OWNERS INSU C/O WM REICHENBACH, 6101 ANACAPRI DR, LANSING, MI 48917

10924    AUTO RESEARCH LABS, 14750 WALLACE AVENUE, HARVEY, IL 60426

10924    AUTO RESEARCH LABS, 6735 S. OLD HARLEM AVENUE, CHICAGO, IL 60638-4799

10925    AUTO SAFETY HOUSE, POBOX 20643, PHOENIX, AZ 85036

10924    AUTOCAM CORPORATION, 4070 EAST PARIS AVENUE, KENTWOOD, MI 49512

10925    AUTOCATALYTIC SALES, 209 E. BUTTERFIELD RD., ELMHURST, IL 60126

10925    AUTOCLAVE ENGINEERS INC, PO BOX 400087-E, PITTSBURGH, PA 15268-0087

10925    AUTOCLAVE ENGINEERS, INC, 2930 WEST 22ND ST., ERIE, PA 16506

10925    AUTOCLAVE ENGINEERS, PO BOX 400087-E, PITTSBURGH, PA 15268-0087

10925    AUTODESK INC., PO BOX 24026, SEATTLE, WA 98124-9939

10925    AUTODESK, INC, PO BOX 2188, CAROL STREAM, IL 60132-2188

10925    AUTOFLITE, PO BOX 697, MONTEREY, CA 93940

10925    AUTOGRAPHICS, INC, 1414 KEY HWY., BALTIMORE, MD 21230-5132

10925    AUTOGRAPHIX INC, PO BOX 5745, BOSTON, MA 02206

10925    AUTOMASTERS, INC, 9301 LIBERTY RD., RANDALLSTOWN, MD 21133

10925    AUTOMATA INC, 1200 SEVERN WAY, STERLING, VA 20166

10925    AUTOMATECH, 34 MAIN ST UNIT 403, PLYMOUTH, MA 02360

10924    AUTOMATED BAGGAGE STATION, DENVER INTERNATIONAL AIRPORT, COMMERCE CITY, CO 80022

10924    AUTOMATED CABLE SERVICES, 5627 ALLENTOWN ROAD, SUITLAND, MD 20746

10924    AUTOMATED CLANING TECHNOLOGIES, 13311 SAGE HEIGHTS, SAN ANTONIO, TX 78230

10924    AUTOMATED CLEANING TECHNOLOGIES, 6991 ALAMO DOWNS PKWY, SAN ANTONIO, TX 78238

10924    AUTOMATED CLEANING TECHNOLOGIES, PO BOX782108, SAN ANTONIO, TX 78278

10924    AUTOMATED CONTROL SYSTEMS, 122 SOUTH WOODBURN DR., DOTHAN, AL 36305

10925    AUTOMATED DATA CAPTURE, INC, 4769 HOLLINS FERRY RD #100, BALTIMORE, MD 21227

10925    AUTOMATED ENERGY SYSTEMS, 25851 GOOSE NECK RD., ROYAL OAK, MD 21662-1420

10925    AUTOMATED INGREDIENT SYSTEM, PO BOX 481517, KANSAS CITY, MO 64148

10924    AUTOMATED PRODUCTION SYS, CAROLINA DIV, MOUNT OLIVE, NC 28365

10924    AUTOMATED PRODUCTSION SYSTEMS, 3684 MOUNT OLIVE HWY, MOUNT OLIVE, NC 28365

10925    AUTOMATED SCALE CORPORATION, 202 FAY ST, ADDISON, IL 60101

10925    AUTOMATED TECHNOLOGY INC, SOUTH SUPERHWY PARANAQUE, METRO MANILA, 0PHILIPPINES    *VIA Deutsche Post*

10925    AUTOMATIC BUILDING CONTROLS, 1580 NORTH NORTHWEST HWY, PARK RIDGE, IL 60068

10925    AUTOMATIC CONTROL EQUIP, INC, PO BOX 23587, KNOXVILLE, TN 37933-1587

10925    AUTOMATIC CONTROL EQUIPMENT, 10700 DUTCHTOWN RD., KNOXVILLE, TN 37932

10925    AUTOMATIC CONTROL EQUIPMENT, PO BOX 23587, KNOXVILLE, TN 37933-1587

10925    AUTOMATIC DATA PROCESSING, 225 SECOND AVE, WALTHAM, MA 02254

10925    AUTOMATIC DATA PROCESSING, DEPT 651, DENVER, CO 80271-0651

10925    AUTOMATIC DATA PROCESSING, PO BOX 78130, PHOENIX, AZ 85062-8130

10925    AUTOMATIC DATA PROCESSING, PO BOX 78318, PHOENIX, AZ 85062-8318

10925    AUTOMATIC DATA PROCESSING, PO BOX 9001006, LOUISVILLE, KY 40290-1006

10925    AUTOMATIC DATA PROCESSING, PO BOX 9001007, LOUISVILLE, KY 40290-1007

10925    AUTOMATIC DATA PROCESSING, POBOX 10449, DES MOINES, IA 50306

10925    AUTOMATIC DATA PROCESSING, POBOX 78130, PHOENIX, AZ 85062-8130

10924    AUTOMATIC FASTENERS, INC., 101 27TH ST., KENNER, LA 70062

10925    AUTOMATIC FIRE ALARM ASSOCIATION, PO BOX 951807, LAKE MARY, FL 32795-1807

10925    AUTOMATIC FIRE CONTROLS INC., 130 ARMORY DRIVE, SOUTH HOLLAND, IL 60473-2817

10925    AUTOMATIC FIRE PROTECTION INC, 3265 N. 126TH ST, BROOKFIELD, WI 53005

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   AUTOMATIC FIRE PROTECTION INC., 3265 N 126TH STREET, BROOKFIELD, WI 53005

10925   AUTOMATIC FIRE SYSTEMS, PO BOX 751965, CHARLOTTE, NC 28275-1965

10925   AUTOMATIC GATES PLUS, 10866 ST. RT. 774, HAMERSVILLE, OH 45130

10925   AUTOMATIC PUMP CO., PO BOX 26012, BEAUMONT, TX 77720-6012

10925   AUTOMATIC SWITCH CO, PO BOX 73115, CHICAGO, IL 60673-7115

10925   AUTOMATIC SWITCH CO, PO BOX 905397, CHARLOTTE, NC 28290-5397

10925   AUTOMATIC SWITCH COMPANY, PO BOX 73115, CHICAGO, IL 60673-7115

10925   AUTOMATIC SWITCH, 1561 COLUMBIA HWY, AIKEN, SC 29802

10925   AUTOMATIC SWITCH, 50 HANOVER ROAD, FLORHAM PARK, NJ 07932

10925   AUTOMATION APPLICATIONS, 102 PICKERING WAY, SUITE 100, EXTON, PA 19341-1330

10925   AUTOMATION APPLICATN INC, 717 CONSTITUTION DR. #101, EXTON, PA 19341-1140

10925   AUTOMATION COMPONENTS INC, 280 HILLSIDE AVE, NEEDHAM HEIGHTS, MA 02194

10925   AUTOMATION CONSULTING & EDUCATION, 3005 HOEDT RD., TAMPA, FL 33618

10925   AUTOMATION CONTROL CO, INC, 4404 RHODA DR., BATON ROUGE, LA 70805

10925   AUTOMATION CONTROL CO, INC, PO BOX 41165, BATON ROUGE, LA 70835

10925   AUTOMATION CONTROL CO, INC, PO BOX 41165, BATON ROUGE, LA 70835-1165

10925   AUTOMATION DELECTRONICS CORP, 856-8 JOHNSON AVE, RONKONKOMA, NY 11779

10925   AUTOMATION DYNAMICS CORP, 2180 PLEASANT HILL RD, DULUTH, GA 30096

10925   AUTOMATION DYNAMICS CORP, 2180 PLEASANT HILL RD, DULUTH, GA 30136

10925   AUTOMATION EQUIPMENT CO. INC., 832 E. RAND ROAD UNIT #18, MOUNT PROSPECT, IL 60056-2571

10925   AUTOMATION INC., 707 OAKWOOD AVE, WEST HARTFORD, CT 06133

10925   AUTOMATION PRODUCTS INC, 3030 MAX ROY ST, HOUSTON, TX 77008

10925   AUTOMATION SERVICE, 2360 CHAFFEE DR., SAINT LOUIS, MO 63146

10925   AUTOMATION SERVICE, DEPT # 462142, PO BOX 790100, SAINT LOUIS, MO 63179-0100

10925   AUTOMATIONDIRECT.COM INC., 3505 HUTCHINSON RD., CUMMING, GA 30040-9905

10925   AUTOMATIONDIRECT.COM INC., PO BOX 402417, ATLANTA, GA 30384-2417

10925   AUTOMAX CORPORATION, 8237 SOUTH 86TH COURT, JUSTICE, IL 60458

10925   AUTOMOTIVE CONTROLS INC, 1300 W OAK ST, INDEPENDENCE, KS 67301

10925   AUTOMOTIVE MARKET REPORT, 1713 ARDMORE BLVD, PITTSBURGH, PA 15221-4405

10925   AUTOPILOT SYSTEMS INC, 5755 POWERLINE ROAD, FORT LAUDERDALE, FL 33309

10925   AUTO-RENEWAL INC, 940 BIDDLE AVE, WYANDOTTE, MI 48192

10925   AUTORIDAD DE ACUEDUCTOS Y, PO BOX 14580, SAN JUAN, PR 00916-4580

10925   AUTORIDAD DE ENERGIA ELECTRICA DE, PO BOX 363508, SAN JUAN, PR 00936-3508

10925   AUTORIDAD ENERGIA ELECTRICA, PO BOX 363508, SAN JUAN, PR 00936-3508

10925   AUTOTECH TECHNOLOGIES,LP, 135 S.LASALLE ST., CHICAGO, IL 60674-3373

10925   AUTOZONE COMMUNICATIONS, 9701 SW 16TH ST, PEMBROKE PINES, FL 33025

10925   AUTOZONE INC, GENERAL COUNSEL, DEPT. 4040 PO BOX 2198, MEMPHIS, TN 38101-9842

10924   AUTOZONE, INC., DEPT. 4040, MEMPHIS, TN 38101-9842

10925   AUTREY, WILLIAM, 2 DUNLAP ST, WEST PELZER, SC 29669

10925   AUTRY, BARRY, 103 HICKORY DRIVE APT 5, BEAVER DAM, KY 42320

10925   AUTRY, CHRISTINA, 3365 SPRING DR, DORAVILLE, GA 30360

10925   AUTRY, EVA, ROUTE 1, BOX 97, WEST, MS 39192

10925   AUTRY, JOYCE, 307 TOMROB, SAN ANTONIO, TX 78220

10925   AUTRY, SARA, POB 234, DANIELSVILLE, GA 30633

10925   AV FUEL SYSTEMS CO, INC, 1212 N. 39TH ST, TAMPA, FL 33605

10925   AV INSIGHTS INC, 9 E PALISADE AVE, ENGLEWOOD, NJ 07631

10924   AV.MARINA NACIONAL 329, TORRE EJEC, PISO 40 CO, MEXICO CITY, 11311MEXICO        *VIA Deutsche Post*

10925   AVA COFFEE SERVICE, PO BOX 2169, ALVIN, TX 77512

10925   AVA SHYPULA CONSULTING INC, 24 COMMERCE ST, SPRINGFIELD, NJ 07081

10925   AVAILABLE SERVICES, PO BOX 1088, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AVAKIAN, MARGARET, 314 WATER ST BAUER HOUSE, QUINCY, MA 02169

10925   AVALON PROPERTIES INC, 100 LEXINGTON RIDGE, LEXINGTON, MA 02173

10924   AVALON RAY, 98 REPUBLIC RD, MELVILLE, NY 11747

10924   AVALON/ESSEX, 64 PROSPECT ST., PEABODY, MA 01960

10925   AVALOS, JOSE, 630 WEST PICO BLVD., SANTA MONICA, CA 90405

10925   AVALOS, JULIE, 1513 CUSTER AVE, COLORADO SPRINGS, CO 80903

10924   AVALOTIS PAINTING CO INC, 400 JONES STREET, VERONA, PA 15147

10924   AVALOTIS PAINTING CO, 1505 RIVER ROAD, COFIELD, NC 27922

10925   AVANESSIAN, SHAKEH, 5344 CIRCLE DRIVE, SHERMAN OAKS, CA 91401

10924   A-VAN-STEP CONCRETE PRODUCTS, 21180 BURNHAM AVENUE, LYNWOOD, IL 60411

10925   AVANT, ELLIOT, 4875 N. MAGNOLIA #402, CHICAGO, IL 60640

10925   AVANT, KIMBERLY, 113 RIDGEGROVE, WEST MONROE, LA 71292

10925   AVANT, LEE, 5194 N 63RD ST, MILWAUKEE, WI 53218

10925   AVANT, MICHELE, 515 MERCER ST, BRIDGEWATER, NJ 08807

10924   AVANTI POLAR LIPIDS, 700 INDUSTRIAL PARK DRIVE, ALABASTER, AL 35007

10925   AVANTI RESTAURANT, 8801 WASHINGTON BLVD., JESSUP, MD 20794

10925   AVANTS, MICHAEL, 209 W TRADE ST, SIMPSONVILLE, SC 29681

10925   AVATECH SOLUTIONS, 11400-A CRONRIDGE DR, OWINGS MILLS, MD 21117

10925   AVAYA COMMUNICATIONS, PO BOX 371358, PITTSBURGH, PA 15286-7358

10925   AVAYA FINANCIAL SERVICES, PO BOX 93000, CHICAGO, IL 60673-3000

10925   AVAYA FINANCIAL SERVICES, POBOX 93000, CHICAGO, IL 60673-3000

10925   AVAYA INC,

10925   AVAYA INC, PO BOX 27-850, KANSAS CITY, MO 64180-0850

10925   AVAYA INC, PO BOX 52602, PHOENIX, AZ 85072-2602

10925   AVAYA INC, PO BOX 9001077, LOUISVILLE, KY 40290-1077

10925   AVAYA INC, POBOX 10193, VAN NUYS, CA 91410-0193

10925   AVAYA INC, POBOX 5332, NEW YORK, NY 10087-5332

10925   AVAYA, INC, PO BOX 5332, NEW YORK, NY 10087-5332

10925   AVAYA, PO BOX 27-7850, KANSAS CITY, MO 64184-7850

10925   AVCARD, PO BOX 651325, CHARLOTTE, NC 28265-1325

10925   AVCARD, PO BOX 79682, BALTIMORE, MD 21279-0682

10925   AVCO LEASING SERVICES INC, POBOX 19774, IRVINE, CA 92713-9774

10925   AVCOM TECHNOLOGIES, 206 CENTURY DR, MANSFIELD, TX 76063

10925   AVCORP, 2611 VISCOUNT WAY, RICHMOND, BC V6V 1M9CANADA      *VIA Deutsche Post*

10925   AVECIA INC. BIODIDES BUSINESS, PO BOX 751822, CHARLOTTE, NC 28275-1822

10925   AVECIA, INC, 1405 FAULK RD., WILMINGTON, DE 19850

10925   AVEDES ARZROUNI & FLORENCE, ARZROUNI JT TEN, 493 QUINCE CT, MAHWAH, NJ 07430-2091

10925   AVELAR, AURORA, 13426 RACELAND RD, LA MIRADA, CA 90638

10925   AVELAR, MARIA, 2713 NE 28TH ST, FT WORTH, TX 76111

10925   AVELLAN, GUILLERMO, 1A MAIN ST, AMITYVILLE, NY 11701

10924   AVELLI CONSTRUCTION CORP., 7O FIRST STREET, AMBRIDGE, PA 15003

10925   AVEN FIRE SYSTEMS, INC, 10 E. CLAYTON ST, NEW CASTLE, PA 16102

10924   AVENAL STATE PRISON, BERGER BROS., AVENAL, CA 93204

10925   AVENS, ROSLYN, 300 SYCAMORE ST, II, WELDON, NC 27890

10924   AVENTIC PHARMA INC, PO BOX 156300, CINCINNATI, OH 45215-6300

10924   AVENTIES, 10236 MARION PARK DRIVE, KANSAS CITY, MO 64153

10924   AVENTIS BIO, 6007 RIDAN DRIVE, KNOXVILLE, TN 37909

10924   AVENTIS BIO-SERVICES, 1304 S. 70TH STREET, MILWAUKEE, WI 53214

10924   AVENTIS BIO-SERVICES, 6007 RIDAN DRIVE, KNOXVILLE, TN 37909

10924   AVENTIS BUILDING, 1041 ROUTE 202/206, BRIDGEWATER, NJ 08807

10924   AVENTIS CROPSCIENCE, PO BOX 13985, DURHAM, NC 27709

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   AVENTIS ENVIRONMENTAL SCIENCE, 3310 PASADENA BLVD., PASADENA, TX 77503

10924   AVENTIS ENVIRONMENTAL SCIENCE, 95 CHESTNUE RIDGE ROAD, MONTVALE, NJ 07645

10924   AVENTIS MEDIA CENTER, 101 W. COCHRAN, SIMI VALLEY, CA 93065

10924   AVENTIS PHARMA INC, ATTN: ACCOUNTS PAYABLE - K2 - M0522, PO BOX 9640, KANSAS CITY, MO 64134-0640

10924   AVENTIS PHARMA INC, BLDG. 18, RECEIVING DOCK, 2110 E. GALBRAITH ROAD, CINCINNATI, OH 45215

10924   AVENTIS PHARMACEUTIAL, RT 206 BLDG JR1, BRIDGEWATER, NJ 08807

10924   AVENTIS PHARMACEUTICALS, INC., DOCK #2, 10236 MARION PARK DRIVE, KANSAS CITY, MO 64137

10924   AVENTIS PHARMACEUTICALS, INC., PO BOX 9790, KANSAS CITY, MO 64134-0790

10924   AVENTIS-BIO SERVICES, 1054 UNIVERSITY AVENUE, SAINT PAUL, MN 55104

10924   AVENTIS-BIO SERVICES, 6007 RIDAN DRIVE, KNOXVILLE, TN 37909

10924   AVENTIS-BIO SERVICES, PO BOX 511, KANKAKEE, IL 60901

10925   AVENUE SUPPLY LLC, 1205 OAKRIDGE ROAD, MCDONALD, PA 15057

10925   AVERA, JUDITH, 5131 MAPLE CT, CALLAHAM, FL 32011-5380

10925   AVERETT, SHEILA, RT 5 BOX 334-A, YOUNGSVILLE, NC 27596

10925   AVERILL, JOANNE, 3415 COOPER ST, STONE RIDGE, NY 12484

10925   AVERITT EXPRESS INC, PO BOX 3145, COOKEVILLE, TN 38502-3145

10925   AVERITT EXPRESS INC., PO BOX 3145, COOKEVILLE, TN 38502-3145

10925   AVERITT EXPRESS, 518 OLD KENTUCKY ROAD, COOKEVILLE, TN 38502-3166

10925   AVERITTE, KENNETH D, RT 1 BOX 224, PARKTON NC, NC 28371

10924   AVERY C0UNTY ELEM/MIDDLE SCHOOL, HWY 19 E. CRANBERRY HIGHWAY, ELK PARK, NC 28622

10924   AVERY DENN HEADQUARTERS NODE*, COLUMBIA, MD 21044

10925   AVERY DENNISON - IPD, PO BOX 95190, CHICAGO, IL 60694

10925   AVERY DENNISON CORP, 17700 FOLTZ INDUSTRIAL PKWY, STRONGSVILLE, OH 44136

10924   AVERY DENNISON, 250 CHESTER STREET, PAINESVILLE, OH 44077

10924   AVERY DENNISON, 650 WEST 67TH AVENUE, SCHERERVILLE, IN 46375

10924   AVERY DENNISON, 650 WEST 67TH. STREET, SCHERERVILLE, IN 46375

10924   AVERY DENNISON, 7590 AUBURN ROAD, PAINESVILLE, OH 44077

10924   AVERY DENNISON, BUILDING #5, 205 CHESTER STREET, PAINESVILLE, OH 44077

10924   AVERY DENNISON, GRAPHICS MATERIALS DIVISION, 250 CHESTER ST.#6UP, PAINESVILLE, OH 44077

10924   AVERY DENNISON, PURCHASING DEPT., 650 WEST 67TH. STREET, SCHERERVILLE, IN 46375

10924   AVERY DENNISON/MATERIAL GROUP(US), 250 CHESTER STREET, PO BOX 749, PAINESVILLE, OH 44077-0479

10925   AVERY FILTER COMPANY,INC, 99 KINDERKAMACK ROAD, WESTWOOD, NJ 07675

10924   AVERY HEALTH CARE, 1105 N. CHURCH ST., CHARLOTTE, NC 28206

10924   AVERY HEALTH CARE, SHELCO INCORPORATED, 3410 NEWLIN HWY, LINVILLE, NC 28646

10925   AVERY JR., ERNEST, 116 MADISON ST NW, WASHINGTON, DC 20011

10924   AVERY LABEL, 17700 FOLTZ INDUSTRIAL PARKWAY, STRONGSVILLE, OH 44136

10925   AVERY MASON HAACK, 118 SOUTH WHITCOMB ST, APT 2, FORT COLLINS, CO 80521-2621

10924   AVERY POINT, SHENICOFETT ROAD, GROTON, CT 06340

10925   AVERY SHIPPING CO., PO BOX 1825, PORT ORCHARD, WA 98366

10925   AVERY, ANDREW, ROUTE 14 BOX 740-G, MACON, GA 31211

10925   AVERY, BARRIE, 5930 BELLEGROVE ROAD, BALTIMORE, MD 21225

10924   AVERY, BLDG. #3, 250 CHESTER STREET, PAINESVILLE, OH 44077

10924   AVERY, BLDG. #5, 205 CHESTER STREET, PAINESVILLE, OH 44077

10925   AVERY, CRYSTAL, 1035 S DAVID, CASPER, WY 82061

10925   AVERY, DANIEL, 1759 CLIFTVIEW AVE, BALTIMORE, MD 21213

10925   AVERY, DARIUS, 300 B KING ST., LAGRANGE, GA 30240

10925   AVERY, EDWARD, 812 LOPATCONG ST, BELVIDERE, NJ 07823

10925   AVERY, LEANNE, 2920 HARWOOD RD APT #206K, BEDFORD, TX 76021

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   AVERY, LINDA, 595 HARRIS ROAD, HAYWARD, CA 94544

10925   AVERY, SHERRILL, PO BOX 663, SILSBEE, TX 77656

10925   AVERY, TERRY, 6917 LAKE FRONT DRIVE, OKLAHOMA CITY, OK 73132

10925   AVERY, TIMOTHY, 126 SOUTH COTTONWOOD COURT, VISALIA, CA 93271

10925   AVERY, VICKI, 105 SUMMER DRIVE, SOUTHWICK, MA 01077

10924   AVERY/FASSON, 250 CHESTER STREET, PAINESVILLE, OH 44077

10925   AVERYT, SYBLE, 130 CARLYON LANE, ALEXANDRIA, LA 71303-7783

10925   AVESIAN, PHILIP, 501 ADAMS ST, 5H, HOBOKEN, NJ 07030

10925   AVEY ART DISPLAY, PO BOX 441931, SOMERVILLE, MA 02144-0016

10925   AVFUEL CREDIT CARD, PO BOX 263, DEPT 847, KANSAS CITY, MO 64193-0847

10925   AVGERINOS, GEORGE, 15 HAMMOND CIRCLE, SUDBURY, MA 01776

10924   AVI HOTEL/FORT MOHAVE, SMTIH & GREEN, LAUGHLIN, NV 89028

10925   AVI RENTAL SERVICES DIVISION LLC, 6313 BENJAMIN ROAD, TAMPA, FL 33634

10924   AVIALL, 6200 S. 42ND STREET, MCALLEN, TX 78503

10924   AVIALL, ATTENTION:  ACCOUNTS PAYABLE, DALLAS, TX 75209

10925   AVIALL, PO BOX 920055, ATLANTA, GA 30392

10924   AVIARY FOUR SEASONS HOTEL, SAN DIEGO, CA 92112

10925   AVIATION INFORMATION SERVICES, PO BOX 173834, DENVER, CO 80217-3834

10925   AVIATION PRODUCTS INC, 5621 E ROSEDALE, FORT WORTH, TX 76112

10925   AVIATION WEEK, PO BOX 503, HIGHTSTOWN, NJ 08520

10925   AVILA, DAVID, 5265 RIVENDELL LN #6, COLUMBIA, MD 21044

10925   AVILA, GEORGE, 16517 S. WESTERN AVE, GARDENA, CA 90247

10925   AVILA, JUANITA, 15080 SEQUOIA ST #C, HESPERIA, CA 92345

10925   AVILA, M, 2730 FYKE RD #114, FARMERS BRANCH, TX 75234

10925   AVILA, MARIA, 2950 OLD NORTH RD, FARMERS BRANCH, TX 75234

10925   AVILA, MAURICIA, 565 UNIVERSITY BLVD, SILVER SPRING, MD 20901

10925   AVILA, ROBERT M., 509 W. MULBERRY, SAN ANTONIO, TX 78212

10925   AVILA, VICTOR, 1119 HARLAN AVE, WICHITA FALLS, TX 76305

10925   AVILA, YVONNE, 1037 W. GRAND BLVD, CORONA, CA 91720

10925   AVILES, ERNEST, 740 N. 34TH ST, MILWAUKEE, WI 53215

10925   AVILES, JUAN, AVE PONCE DE LEON #114 INT. SABANA, GUAYNABO, PR 00925

10925   AVILES, MONICA, 7135 FORESTWOOD CT, MCLEAN, VA 22101

10925   AVILES, PEDRO, VICTOR ROJAS NO 1 CALLE A N0355, ARECIBO, PR 00612

10925   AVILLION, J, 25 GREEN ST, MC ADOO, PA 18237

10925   AVINA, JUAN, 1524 W CARLTEN, SANTA ANA, CA 92704

10925   AVINGER, MAYBELLE, 17414 DEQUINDEE, DETROIT, MI 48212

10925   AVIOJET CORP, 76 BROOKSIDE DR, UPPER SADDLE RIVER, NJ 07458

10925   AVIONIC INSTRUMENTS, INC, 1414 RANDOLPH AVE., AVENEL, NJ 07001

10925   AVIS M HOLT TR UA NOV 21 90, HOLT TRUST, 145 WARFIELD DR, MORAGA, CA 94556-1322

10925   AVIS, PO BOX 772, GARDEN CITY, NY 11530

10925   AVISTA HOSPITAL, 5570 DTC PKWY, ENGLEWOOD, CO 80111

10924   AVISTA UTILITIES STORES & SERV., E. 1430 N. CRESCENT ST., WHSE. REC., SPOKANE, WA 99207

10925   AVNET COMPUTER, PO BOX 905308, CHARLOTTE, NC 28290-5308

10925   AVNET ELECTRONICS MARKETING, BOX 360761, PITTSBURGH, PA 15250-6761

10925   AVNET INDUSTRIAL, POBOX 70373, CHICAGO, IL 60673-0373

10925   AVO INTERNATIONAL, PO BOX 841400, DALLAS, TX 75237

10924   AVOGADRO ENVIRONMENTAL CORPORATION, 3353 GUN CLUB ROAD, NAZARETH, PA 18064

10924   AVON CONCRETE CORP, PO BOX 38159, OLMSTED FALLS, OH 44138

10925   AVON CORRUGATED CORP, PO BOX 747, RANDOLPH, MA 02368

10925   AVON CUSTOM MIXING SERVICES, 55 HIGH ST, HOLBROOK, MA 02343

10924   AVON ELECTRICAL SUPPLY INC, 60 HOFFMAN AVENUE, HAUPPAUGE, NY 11788

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | AVON MEDICAL CENTER, 8244 EAST US HIGHWAY 36, INDIANAPOLIS, IN 46231 | |
| 10924 | AVON READY MIX, HWY 9 1/4 MILE SOUTH OF I-94, AVON, MN 56310 | |
| 10924 | AVON READY MIX, P. O. BOX 37, AVON, MN 56310 | |
| 10924 | AVON READY MIX, P.O. BOX 37, AVON, MN 56310 | |
| 10924 | AVON STATION MED CTR C/O THERMO, 8244 E. U.S. HIGHWAY 36, AVON, IN 46168 | |
| 10925 | AVON SUPPLY CO INC, 123 FOUNDRY ST, WAKEFIELD, MA 01880 | |
| 10925 | AVONDALE INDUSTRIES INC., 400 RIVER RD., WESTWEGO LOUISIANA, WESTWEGO, LA | |
| 10925 | AVONDALE SHELL, JUDSON WEBB, 3601 ST JOHNS AVE, JACKSONVILLE, FL 32205-9025 | |
| 10925 | AVP SYSTEMS, 27 CONGRESS ST, SALEM, MA 01970 | |
| 10925 | AVPRO INC, 900 BESTGATE RD SUITE 412, ANNAPOLIS, MD 21401 | |
| 10925 | AVR DESIGN GROUP INC, 10301 NW 50TH ST #111, SUNRISE, FL 33351 | |
| 10925 | AVRAM, PAMELA, PO BOX 16163, BELLEMONT, AZ 86015 | |
| 10925 | AVTAX INC, PODRAWER 816368, DALLAS, TX 75381-6368 | |
| 10925 | AVTECH ELECTRO, 55 GRENFELL CRES, NEPEAN, ON K2G 0G3CANADA | *VIA Deutsche Post* |
| 10925 | AVTECH ELECTRO, SYSTEMS LTD, OTTAWA, ON K2C 3H4CANADA | *VIA Deutsche Post* |
| 10925 | AVV PROF RICCARDO LUZZA, AG 2, MILANO, ITALY | *VIA Deutsche Post* |
| 10925 | AVV PROF. RICCARDO LUZZATTO, AG 2, MILANO, MI 20122 | |
| 10925 | AVX CORP, WYCHE BURGESS FREEMANS & PARHAM BRA, 44 EAST CAMPERDOWN WAY, PO BOX 728, GREENVILLE, SC 29602 | |
| 10925 | AVX CORPORATION, 7D LEIGH FISHER, EL PASO, TX 79906 | |
| 10925 | AVX CORPORATION, PO BOX 10118, EL PASO, TX 79992 | |
| 10925 | AVX FILTERS, 11144 PENROSE ST, SUN VALLEY, CA 91352 | |
| 10925 | AW TOOL & MACHINE LTD., PO BOX 395, TIMONIUM, MD 21094 | |
| 10925 | AWAD, STEVE, 11311 HARRY HINES #104, DALLAS, TX 75229 | |
| 10925 | AWAKUNI, RUSSELL, 512 N. HILLTOP CR., BURKBURNETT, TX 76354 | |
| 10925 | AWAN, AZHAR, PO BOX 1249, W. SPRINGFIEL, MA 01090 | |
| 10925 | AWAPATENT AB, BOX 5117 S-200 71, MALMO, 99999SWEDEN | *VIA Deutsche Post* |
| 10925 | AWAPATENT AB, SODRA HAMNGATAN, 37-41 3RD FL, GOTHENBURG, S-40428SWEDEN | *VIA Deutsche Post* |
| 10925 | AWARD SERVICE COMPANY, PO BOX 14154, PARKVILLE, MO 64152 | |
| 10924 | AWARDS ETC., 24 FINANCE DRIVE, DANBURY, CT 06813 | |
| 10925 | AWARDS UNLIMITED, 77 BROADWAY, SOMERVILLE, MA 02145 | |
| 10925 | AWBREY, GARLAND, HC 31 BOX 284-F, ANDREWS, TX 79714 | |
| 10925 | AWC, INC, PO BOX 62850, NEW ORLEANS, LA 70162 | |
| 10925 | AWCI, 803 W BROAD ST, FALLS CHURCH, VA 22046 | |
| 10925 | AWDHODT VASANT KERKAR, 10 SMOKERISE DR, CHELMSFORD, MA 01824-4425 | |
| 10925 | AWDHOOT KERKAR, 10 SMOKERIDGE DR, CHELMSFORD, MA 01824-4425 | |
| 10924 | AWHATUKEE 24 PLEX, SMITH AND GREEN, PHOENIX, AZ 85019 | |
| 10924 | AWHATUKEE MEDICAL CENTER, SMITH AND GREEN, TEMPE, AZ 85280 | |
| 10925 | AWI, CHURCH & HOUFF, 2 NORTH CHARLES ST. 6TH FL, BALTIMORE, MD 21201 | |
| 10925 | AWOSIKA, JIBAYO, 4101 S. SHAVER, PASADENA, TX 77504 | |
| 10925 | AWOYERA, MATTHEW, PO BOX 083, REISTERSTOWN, MD 21136 | |
| 10925 | AXE, JENNIFER, 6605 PLEASANTVIEW RD, LANCASTER, OH 43130 | |
| 10925 | AXELBERD, FREDERICK J, GENERAL COUNSEL, PO BOX 670, MONROE, GA 30655 | |
| 10925 | AXELRAD, STEWART, 3333 CUMMINS, HOUSTON, TX 77027 | |
| 10925 | AXEN, PAMELA, 1555 A1A S #11, ST AUGUSTINE, FL 32084 | |
| 10925 | AXENT TECHNOLOGIES INC., 2400 RESEARCH BLVD. SUITE 200, ROCKVILLE, MD 20850 | |
| 10925 | AXIAL BASIN RANCH CO., 5731 STATE HWY 13, MEEKER, CO 81641 | |
| 10925 | AXLEY, SHERRY, 1955 BELLSFERRY RD APT #536, MARIETTA, GA 30066 | |
| 10925 | AXTELL, L NEIL, W 925 MONTGOMERY, SPOKANE, WA 99205-4552 | |
| 10925 | AXWORTHY, DAVID, 1541 E 60TH PL, TULSA, OK 74105-8011 | |
| 10924 | A-Y SUPPLY CO., INC., 4550 ROSEVILLE RD., NORTH HIGHLANDS, CA 95660 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    A-Y SUPPLY INC., ATTENTION: ACCOUNTS PAYABLE, COSTA MESA, CA 92626-4610

10924    A-Y SUPPLY, INC., 5780 EAST SHIELDS, FRESNO, CA 93727

10925    AYALA, AMADOR, 804 KING RD., SAN JUAN, TX 78589

10925    AYALA, DANIEL, HC-02 BOX 6930, ADJUNTAS, PR 00601

10925    AYALA, IVELISSE, CALLE D BUZON 353 SABANA ENEAS, SAN GERMAN, PR 00683

10925    AYALA, JASON, 2330 W GLENROSA, PHOENIX, AZ 85019

10925    AYALA, JOE, 205 W ANDERSON, ELECTRA, TX 76360

10925    AYALA, JOSE A, 56 MACEDONIA ST, AIBONITO, PR 705PUERTO RICO    **\*VIA Deutsche Post\***

10925    AYALA, JOSE, 4216 JENIFER ST NW, WASHINGTON, DC 20015

10925    AYALA, JUAN, PO BOX 1435, MCALLEN, TX 78502

10925    AYALA, JULIO, 100 AMER ROAD, #B, SILVER SPRING, MD 20903

10925    AYALA, M, BOX 4587, TAOS, NM 87571

10925    AYALA, MANUEL, 4216 JENNIFER ST NW, WASHINGTON, DC 20015

10925    AYALA, MAXIMINO, POBOX 720521, ORLANDO, FL 32872

10925    AYALA, PATRICIA, 1721 W. BROOK, SANTA ANA, CA 92703

10925    AYALA, XAVIER, 3414 NASHVILLE, EL PASO, TX 79930

10925    AYALA-SERRANO, JUAN, CALLE 35 AR 10, TOA ALTA HEIGHTS, TOA ALTA, PR 00953

10925    AYCOCK, DEBRA, 2907, SELMA, AL 36701

10925    AYCOCK, FRANK, 1901 SYCAMORE ST, ABILENE, TX 79602-4853

10925    AYCOCK, WILLIAM, 108 CINDY DR, LAFAYETTE, LA 70508

10925    AYDIN CONTROLS DIVISION, 700 DRESHER RD, HORSHAM, PA 19044

10925    AYER SALES, INC, PO BOX 9504, PROVIDENCE, RI 02940

10925    AYER, CHRISTINA, 11481 CUMPSTON, 2, NORTH HOLLYWOOD, CA 91606

10925    AYER, GARRY, 700 MAPLE AVE, OWENSBORO, KY 42301

10925    AYER, JOHN D, 287 E. 2ND AVE, CHICO, CA 95926

10925    AYERBES ABOGADOS, PO BOX 2057 - SANTA TERESITA, CALI, 09999COLOMBIA    **\*VIA Deutsche Post\***

10924    AYERS BUILDING & SUPPLY CO., 710 N. MAIN ST., FARMVILLE, VA 23901

10925    AYERS SALES INC, PO BOX 390054, BOSTON, MA 02241-0954

10925    AYERS, BOBBY, 442 REEDY FORK ROAD, GREENVILLE, SC 29605

10925    AYERS, EDWARD, 3915 DUNBAR AVE, NEW ALBANY, IN 47150

10925    AYERS, ELIZABETH, 386 ORCHARD CIRCLE, COMMERCE, GA 30529

10925    AYERS, GINA, PO BOX 4382, FRESNO, CA 93744

10925    AYERS, JAMES, RT 2 BOX 39, BELLEVUE, TX 76228

10925    AYERS, JOHN, 210 SANDY BROOK LANE, LAFAYETTE, LA 70508-5351

10925    AYERS, LAWINTHIA, 2508 PARK VILLAGE DR, ARLINGTON, TX 76014

10925    AYERS, LINDA, 750-373 SIX FLAGS RD, AUSTELL, GA 30001

10925    AYERS, MARILYN, 3368 VAUGHN ROAD, LAFAYETTE, CA 94549

10925    AYERS, MONTY, 2613 LYNVILLE COURT, LILLINGTON, NC 27546

10925    AYERS, PAUL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    AYERS, REBECCA, PO BOX 191, GIBSON, TN 38338

10925    AYERS, RICHARD, 45 EDINBOROUGH CT, HACKETTSTOWN, NJ 07840

10925    AYERS, ROBERT, 512 BENNETT ST, AUBURNDALE, FL 33823

10925    AYERS, SEAN, 3814 ELKADER ROAD, BALTIMORE, MD 21218

10925    AYERS, TIMOTHY, PO BOX 558, BUFFALO, TX 75831

10925    AYERS, WANDA, RT 1, BOX 492, MAYSVILLE, GA 30558

10925    AYLER, KENDRA, 1651 CHESHIRE DR W, MOBILE, AL 36605

10925    AYLES, DEBRA, 7 WILDBROOK DRIVE, PLAISTOW, NH 03865

10925    AYLOR, TRONA, 3428 GINSING LANE, BAKERSFIELD, CA 93309-0000

10925    AYNAPUDI, JAGADISH, 11507 FAULKEY GULLY CIRCLE, HOUSTON, TX 77070

10925    AYOTTE, KATHLEEN, 514 BEAHAN RD, ROCHESTER, NY 14624

10925    AYOTTE, ORALD, PO BOX 718, PELHAM, NH 03076

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | AYRCO INVESTMENTS, 6357 MONROE ST, SYLVANIA, OH 43560 | |
| 10925 | AYRE, ALLAN, 12-2246 FOLKSTONE WAY, WEST VANCOUVER, BC V7S2X7CANADA | *VIA Deutsche Post* |
| 10924 | AYRES AIRES, 4201 COLD WATER RD., FORT WAYNE, IN 46805 | |
| 10925 | AYRES, DAVID, PO BOX 1949, ODESSA, TX 79760 | |
| 10925 | AYRES, DONALD, 8 MEADOWLARK, WATERTOWN, WI 53094 | |
| 10925 | AYRES, JAMES, 2236 CO. RD. 30, CRAIG,, CO 81625 | |
| 10925 | AYRES, PEGGY, 6015 FALKIRK RD, BALTIMORE, MD 21239-2214 | |
| 10925 | AYSCUE, BARBARA, 12697 HEADWATER CIR, WELLINGTON, FL 33414 | |
| 10925 | AYSSE, FRED, 2338 COLGATE DR, FAYETTEVILLE, NC 28304 | |
| 10925 | AYSSE, JUNE, 415 PARK AVE APT 104, FAYETTEVILLE, NC 28305-4840 | |
| 10925 | AYUB, HASHIM, 1043 GARDEEN VIEW, WOODBRIDGE, VA 22191 | |
| 10925 | AYUB, SALIM, 5345 ESSEX CT #52, ALEXANDRIA, VA 22311 | |
| 10925 | AZ CHAPTER - ACI, PO BOX 18078, FOUNTAIN HILLS, AZ 85269-8078 | |
| 10925 | AZ CONCRETE CONTRACTORS ASSOC., 5225 N.CENTRAL AVE SUITE 115, PHOENIX, AZ 85012 | |
| 10925 | AZ CONSULTANTS, 1822 EAST BASSETT WAY, ANAHEIM, CA 92805 | |
| 10925 | A-Z MFG, 1762 BALDWIN ST, MADERA, CA 93638 | |
| 10924 | A-Z PRECAST CONCRETE, 4451 8TH AVENUE S, SAINT PETERSBURG, FL 33711 | |
| 10925 | A-Z SUPPLY COMPANY, 9706 INDUSTRIAL DRIVE, BRIDGEVIEW, IL 60455 | |
| 10925 | AZ/AWCC, PO BOX 27693, TEMPE, AZ 85285 | |
| 10925 | AZAM, SAFEEIA, 15218 OAK CHASE CT, WELLINGTON, FL 33414 | |
| 10925 | AZAM, SAFEEIA, 15218 OAK CHASE CT., WELLINGTON, FL 33414 | |
| 10925 | AZAR, GEORGE, 1936 SAMUELSON RD, PORTAGE, IN 46368 | |
| 10925 | AZBELL, LELIA, 9417 E ESCONDIDO AVE, MESA, AZ 85208 | |
| 10924 | AZCOAT CORPORATION, 7707 EAST ACOMA DRIVE, SCOTTSDALE, AZ 85260 | |
| 10925 | AZCUY, MATILDE, 14714 INGLEWOOD AVE APT D, LAWNDALE, CA 90260 | |
| 10925 | AZEEZ, LUE, 54 DURANT ST, STAMFORD, CT 06902 | |
| 10925 | AZEMBER, BRENDA, 127 WOODMONT, JOPLIN, MO 64801 | |
| 10925 | AZHAR, NAGMA, 6701 DESOTO AVE APT 243, CANOGA PARK, CA 91303 | |
| 10925 | AZHAR, SAJID, 6701 DESOTO AVE, CANOGA PARK, CA 91303 | |
| 10925 | AZI INSTRUMENTS, 4114 EAST WOOD ST., PHOENIX, AZ 85040 | |
| 10925 | AZINGE, NICHOLAS, 12406 SPRING RIDGE CT, LAUREL, MD 20708-2488 | |
| 10925 | AZIZ, MARY, 31 MEREDITH WAY, CENTERVILLE, MA 02632 | |
| 10924 | AZON CORPORATION, 720 AZON ROAD, JOHNSON CITY, NY 13790 | |
| 10924 | AZON CORPORATION, PO BOX 290, JOHNSON CITY, NY 13790 | |
| 10925 | AZTEC ELECTRONICS, 24 SOUTH MAIN ST, SAINT MICHAEL, MN 55376 | |
| 10924 | AZTEC FOAM, 214 S. CLUFF AVENUE, LODI, CA 95240 | |
| 10924 | AZTEC FOAM/COLD STORAGE BUILDING, 25862 SCHULTE COURT, TRACY, CA 95376 | |
| 10924 | AZTEC FOAM/O.G. PACKING, STOCKTON, CA 95215 | |
| 10925 | AZTEC INDUSTRIES, 310 S NINA DRIVE, MESA, AZ 85210 | |
| 10924 | AZTEC MATERIAL SERVICE CORP, 200 BELMONT & SCHOOL, CHICAGO, IL 60657 | |
| 10924 | AZTEC MATERIAL SERVICE CORP, 3624 W 26TH ST, CHICAGO, IL 60623 | |
| 10924 | AZTEC MATERIALS YD 66, MANNHEIM RD. & IRVING PARK RD, CHICAGO, IL 60613 | |
| 10924 | AZTEC MATERIALS YD. 66, MANNHEIM RD. / IRVING PARK RD., CHICAGO, IL 60613 | |
| 10924 | AZTEC MTLS SERVICE CORP, 3624 WEST 26TH ST, CHICAGO, IL 60623 | |
| 10925 | AZTEC PARTY HANDLERS, 5714 BISSONET, HOUSTON, TX 77081 | |
| 10925 | AZTEC RESTAURANT ENTERPRISES INC, GEN COUNSEL, 133 SW 158TH ST, SEATTLE, WA 98166 | |
| 10925 | AZTEC RESTAURANTS INC, GEN COUNSEL, 133 SW 158TH ST, SEATTLE, WA 98166 | |
| 10925 | AZTEC TECHNOLOGY CORP, 2550 S SANTA FE AVE, VISTA, CA 92084 | |
| 10924 | AZTECA MILLING / HENDERSON, 5301 INDUSTRIAL PARK DRIVE, HENDERSON, KY 42420 | |
| 10924 | AZTECA MILLING CO., ATTN: ACCTS PAYABLE, 4700 SOUTH JEFFERSON, PLAINVIEW, TX 79072 | |
| 10924 | AZTECA MILLING CO., PO BOX 141, EDINBURG, TX 78540 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 AZTECA MILLING HEADQUARTER NODE*, COLUMBIA, MD 21044

10925 AZTECA MILLING L.P., 501 W. CHAPIN, EDINBURG, TX 78539

10924 AZTECA MILLING LP, 501 W CHAPLIN, EDINBURG, TX 78539

10924 AZTECA MILLING, 15700 HWY 41N, EVANSVILLE, IN 47711

10924 AZTECA MILLING, 4700 S. JEFFERSON, PLAINVIEW, TX 79072

10924 AZTECA MILLING, 501 W. CHAPIN AVENUE, EDINBURG, TX 78539

10924 AZTECA MILLING, 5301 INDUSTRIAL PARK DRIVE, HENDERSON, KY 42420

10924 AZTECA MILLING, L.P., PO BOX 141, EDINBURG, TX 78540

10924 AZTECA MILLING, PO BOX 141, EDINBURG, TX 78540

10924 AZTECA MILLING, PO BOX 23550, EVANSVILLE, IN 47724

10925 AZTECH AMERICA, RENAISSANCE CENTER, DETROIT, MI 48243

10925 AZTECH ELECTRONICS CORP, 524 42ND ST, UNION CITY, NJ 07087

10925 AZTECH INDUSTRIES, 333 S NINA DRIVE, MESA, AZ 85210

10925 AZUBUINE, NDUBUISI, 11 BEACON ST, SOMERVILLE, MA 02143

10925 AZUCENA, MAURICIO, 37929 WESLEY COURT, PALMDALE, CA 93552

10925 AZZALINE, HEATHER, 4305 W SHAMROCK LANE #3C, MCHENRY, IL 60050

10925 AZZARA, ROBERT, 33H GARDEN TERRACE, NO. ARLINGTON, NJ 07031

10925 AZZOLINA, TERESA, 519 NORTH FRONT ST, READING, PA 19601

10924 B & B CONCEPTS, INC, 7002 NIGHTINGALE TERRACE, LANHAM, MD 20706

10924 B & B CONCRETE CO, 130 N INDUSTRIAL ROAD, TUPELO, MS 38801

10924 B & B CONCRETE CO, HWY 145 NORTH, SALTILLO, MS 38866

10924 B & B CONCRETE CO, OLD HWY 6, OXFORD, MS 38655

10924 B & B CONCRETE CO, P O BOX 407, TUPELO, MS 38802

10924 B & B CONCRETE CO, PLANT #9, 1220 W BANKHEAD ST., NEW ALBANY, MS 38652

10924 B & B CONCRETE CO., HWY 15 SOUTH, RIPLEY, MS 38663

10924 B & B CONCRETE CO., INC., 291 8TH ST., PONTOTOC, MS 38863

10924 B & B CONCRETE CO., INC., INDUSTRIAL PARK, HOLLY SPRINGS, MS 38635

10924 B & B CONCRETE CO., INC., PO BOX407, TUPELO, MS 38801

10924 B & B CONCRETE CO., P O BOX 596, RIPLEY, MS 38663

10924 B & B CONCRETE CO., PO BOX1178, PONTOTOC, MS 38863

10924 B & B CONCRETE CO., PO BOX1978, CORINTH, MS 38834

10924 B & B CONCRETE CO., PO BOX533, HOLLY SPRINGS, MS 38635

10924 B & B CONCRETE CO., PO BOX580, NEW ALBANY, MS 38652

10924 B & B CONCRETE CO., PO BOX596, RIPLEY, MS 38663

10924 B & B CONCRETE CO., PO BOX633, BOONEVILLE, MS 38829

10924 B & B CONCRETE CO., PO BOX825, OXFORD, MS 38655

10924 B & B CONCRETE INC, 1510 WESTERN AVE, BROOKINGS, SD 57006

10924 B & B CONCRETE INC, P O BOX 786, BROOKINGS, SD 57006

10924 B & B CONCRETE INC, RURAL ROUTE 2, FLANDREAU, SD 57028

10924 B & B CONCRETE OF JACKSONVILLE, 1111 REDMOND ROAD, JACKSONVILLE, AR 72076

10924 B & B CONCRETE OF JACKSONVILLE, PO BOX25640, LITTLE ROCK, AR 72221

10924 B & B CONCRETE OF LITTLE ROCK, 1209 VOGLER, LITTLE ROCK, AR 72204

10924 B & B CONCRETE OF LITTLE ROCK, P O BOX 25640, LITTLE ROCK, AR 72221

10924 B & B CONCRETE OF LITTLE ROCK, P. O. BOX 25640, LITTLE ROCK, AR 72221

10924 B & B CONCRETE, 2171 HWY 72 EAST, CORINTH, MS 38834

10924 B & B CONCRETE, HARE ROAD, BOONEVILLE, MS 38829

10924 B & B CONCRETE, P O BOX 1978, CORINTH, MS 38835-1978

10924 B & B CONCRETE, P O BOX 633, BOONEVILLE, MS 38829

10924 B & B CONCRETE, P.O.BOX 407, TUPELO, MS 38802

10924 B & B CONCRETE, TUPELO, MS 38801

10925 B & B ELECTRIC COMPANY, 4511 VENTURA DRIVE, CHARLESTON, SC 29405-7251

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924　B & B EXCAVATING INC, 33415 HIGHWAY 6, VAIL, CO 81658

10924　B & B EXCAVATING INC., 33415 HIGHWAY 6, EDWARDS, CO 81632

10924　B & B EXCAVATING INC., 33415 HIGHWAY 6, VAIL, CO 81658

10924　B & B INKS AND LACQUER, 490 GREAT SW PKWY, ATLANTA, GA 30336

10925　B & B LIGHTING SUPPLY, POBOX 68084, BALTIMORE, MD 21215-7814

10924　B & B MASONRY, 3711 E. SUPERIOR, PHOENIX, AZ 85040

10924　B & B PORTERCREEK INC, PO BOX874, ST CHARLES, MO 63372

10924　B & B PRODUCTS, 3145 NW 38TH STREET, MIAMI, FL 33142

10924　B & B REDI MIX, 500 S. OAK STREET, STOCKTON, KS 67669

10924　B & B REDI MIX, ALMA, NE 68920

10924　B & B REDI MIX, RAILROAD AVE, PHILLIPSBURG, KS 67661

10924　B & B REDI MIX, RT 1 BOX 2, PHILLIPSBURG, KS 67661

10924　B & B RED-I-MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, ARCADIA, CA 91066

10924　B & B RED-I-MIX CONCRETE, P.O. BOX 660728, ARCADIA, CA 91066

10924　B & B SEPTIC TANKS, 1069 INDUSTRIAL BLVD. N, DALLAS, GA 30132

10924　B & B SEPTIC TANKS, ATTENTION ACCOUNTS PAYABLES, DALLAS, GA 30132

10925　B & B SERVICE AND SUPPLY CO, POBOX 320207-4838 1ST AVE SO, BIRMINGHAM, AL 35232

10924　B & B/IRWINDALE, 590 EAST LIVE OAK AVENUE, IRWINDALE, CA 91706

10924　B & B/PORT-A-CRETE MOBIL INC., 14827 TUGGLE, MEMPHIS, TN 38100

10924　B & B/PORT-A-CRETE MOBIL INC., P. O. BOX 874, SAINT CHARLES, MO 63302

10925　B & C FAB INC, 6325 N ORANGE BLOSSOM TRL #126, ORLANDO, FL 32810

10924　B & C NUTRITIONAL PRODUCTS, 2520 PIONEER AVENUE, VISTA, CA 92083

10924　B & C NUTRITIONAL PRODUCTS, 2550 PIONEER AVENUE, VISTA, CA 92083

10924　B & D ELECTRIC CO, 9720 BELL AVE SE, ALBUQUERQUE, NM 87123

10925　B & D ELECTRIC MOTOR CO.INC., 2320 4TH AVE S, BIRMINGHAM, AL 35233

10924　B & D READY MIX, 5240 HEBBARDVILLE ROAD, ATHENS, OH 45701

10925　B & E CUSTOM SILK SCREEN INC, 4802 NW 57TH LANE, CORAL SPRINGS, FL 33067

10924　B & E TRANSIT MIX, 604 LOCUST ST, SOUTH HILL, VA 23970

10924　B & F CONCRETE, 4023 GILLSVILLE HWY, GILLSVILLE, GA 30543

10924　B & F DISTRIBUTION SERVICES, INC, 825 GREAT SOUTHEAST PARKWAY, ATLANTA, GA 30336

10924　B & F SUPPLY CO., PO BOX667, DAYTONA BEACH, FL 32115

10924　B & G CONTRACTORS SUPPLY, 2457 MOGADORE ROAD, AKRON, OH 44312

10925　B & G GARAGE & TIRE, 504 W WILSON ST, KENTLAND, IN 47951

10924　B & G READY MIX, HWY 51, KENTWOOD, LA 70444

10925　B & H PHOTO - VIDEO, INC, 420 9TH AVE, NEW YORK, NY 10001

10924　B & H POOLS, 4764 S.W. CAPITAL, BATTLE CREEK, MI 49017

10925　B & H PROTRANS CORP, 208 E. 28TH ST, CHATTANOOGA, TN 37410

10925　B & J FLOOR SERVICE INC, 3038 HOLLYWOOD AVE, SHREVEPORT, LA 71108

10925　B & K APPLIANCE SERVICE, 3712 S MENDENHALL, MEMPHIS, TN 38115

10925　B & K ELECTRIC WHOLESALE, PO BOX 4050, LOS ANGELES, CA 90051-4050

10925　B & K ELECTRIC WHOLESALE, PO BOX 54507, LOS ANGELES, CA 90054-0507

10924　B & K ENGINEERING, 1080 B L'AVENIDA, MOUNTAIN VIEW, CA 94043

10925　B & K EQUIPMENT COMPANY, 1924 - 177TH ST, LANSING, IL 60438

10924　B & L DISTRIBUTING, 1005 LYNES AVE., SAVANNAH, GA 31401

10924　B & L DISTRIBUTING, 5636 SHAKESPEARE ROAD, COLUMBIA, SC 29223

10924　B & L DISTRIBUTING, 610 KENTUCKY ST, SCOTTDALE, GA 30079

10924　B & L DISTRIBUTING, 700 HICKORY AVENUE, HARAHAN, LA 70123

10924　B & L DISTRIBUTING, ATTN:  ACCOUNTS PAYABLE, COLUMBIA, SC 29224

10924　B & L DISTRIBUTING, P O BOX 926, SCOTTDALE, GA 30079

10924　B & L DISTRIBUTING, P.O.B 926, SCOTTDALE, GA 30079

10924　B & L DISTRIBUTING, PO BOX926, SCOTTDALE, GA 30079

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   B & L WATER SERVICE INC, PO BOX 60661, MIDLAND, TX 79711-0661

10925   B & L WHOLESALE SUPPLY INC., 70 HARTFORD ST, ROCHESTER, NY 14605

10924   B & L WHOLESALE, **DO NOT USE**, ERIE, PA 16506

10924   B & L WHOLESALE, 1 BUD MIL DRIVE, BUFFALO, NY 14206

10924   B & L WHOLESALE, 4623 PACIFIC AVENUE, ERIE, PA 16506

10924   B & L WHOLESALE, 70 HARTFORD STREET, ROCHESTER, NY 14605

10925   B & M FENCE, POBOX 828, IRVINGTON, NJ 07111

10924   B & M INDUSTRIES, 17806 RAVENNA ROAD ROUTE 44&422, AUBURN CORNERS, OH 44255

10924   B & M READY MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, RUSSELLVILLE, AL 35653

10924   B & M READY MIX CONCRETE, HWY 243 SOUTH, RUSSELLVILLE, AL 35653

10924   B & M READY MIX, 460 PEPI DRIVE, MUSCLE SHOALS, AL 35661

10925   B & M TRUCK BODY REPAIRS, 1100 S.MAPLE, MONTEBELLO, CA 90640

10925   B & N ENTERPRISES, PO BOX 12348, JACKSON, MS 39236-2348

10925   B & P PROCESS EQUIPMENT AND SYSTEMS, PO BOX 78000, DETROIT, MI 48278-0103

10924   B & P SUPPLY, 2059 SCOTT AVENUE, WEST PALM BEACH, FL 33409

10925   B & R GARAGE, RD 3 BOX 250, WAYNESBURG, PA 15370

10925   B & R GLASS & SONS, 109 MASS AVE, ARLINGTON, MA 02174

10925   B & R GLASS COMPANY, 109 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10925   B & R PACKAGING INC, POBOX 83, SOUDERTON, PA 18964

10925   B & R READY MIX, EUREKA, KS 67045

10924   B & R READY MIX, P O BOX 565, EUREKA, KS 67045

10924   B & S CONSTRUCTION, CAMBRIDGE, MA 02140

10925   B & S EXCAVATING & HOME REPAIRS, 214 DEBBIE COURT, PHENIX CITY, AL 36870

10925   B & T CONSTRUCTION CO INC, 212 FOREST ST, MEDFORD, MA 02155

10924   B & W COMMERCIAL CONTRACTORS, HWY 191, MORENCI, AZ 85540

10924   B & W COMMERCIAL CONTRACTORS, LLC, PO BOXU, MORENCI, AZ 85540

10924   B & W SALES & EQUIP RENT, 5033 A STATE RT 10, BARBOURSVILLE, WV 25504

10925   B & W SALES & EQUIPMENT, 5033 A STATE ROUTE 10, BARBOURSVILLE, WV 25504

10925   B 400 IPO1, POBOX 1746, AUGUSTA, GA 30903-1746

10925   B AND B HOSE AND RUBBER, 305 CAMPBELL ST, WILMINGTON, NC 28401

10924   B B & T BANK, C/O WARCO CONSTRUCTION, GREENVILLE, SC 29602

10925   B B FRUSZTAJER, C/O BBF CORP, 275 WYMAN ST SUITE 150, WALTHAM, MA 02451-1265

10924   B C CONCRETE INC, HOBBS, NM 88240

10925   B C PAVING, 933 N BATAVIA ST SUITE B, ORANGE, CA 92667

10925   B C R ENTERPRISES INC, 950 YORK ROAD SUITE 203, HINSDALE, IL 60521-2939

10924   B C SCHUEMANN, 110 ARBOR ROAD, BATTLE CREEK, MI 49016

10925   B C WESTMORELAND &, MARGARET BROWN WESTMORELAND, JT TEN, 2123 COLEMAN DR, GREER, SC 29650-4501

10925   B DAVID CO, 1624 KNOWLTON ST, CINCINNATI, OH 45223-2213

10925   B F GOODRICH AEROSPACE, 440 MIDDLEFIELD ST, MIDDLETOWN, CT 06457

10925   B F GOODRICH CO THE, LEE LARSON, 6100 OAK TREE BLVD, CLEVELAND, OH 44131

10924   B F GOODRICH COMPANY, THE, 9911 BRECKSVILLE RD, CLEVELAND, OH 44141

10924   B F GOODRICH COMPANY, THE, JACOBS WAY, LAWRENCE, MA 01842

10924   B F GOODRICH TEXTILE CHEMICALS INC, 8309 WILKINSON BLVD, CHARLOTTE, NC 28214

10924   B F GOODRICH, 201 MITCHELL BOULEVARD, TULLAHOMA, TN 37388

10924   B F GOODRICH, 7901 BURKE AVENUE, CLEVELAND, OH 44105

10924   B F GOODRICH, 8000 MARBLE AVENUE, CLEVELAND, OH 44105

10925   B F GOODRICH, PO BOX 73605-N, CLEVELAND, OH 44193-0941

10924   B F GOODRICH, PO BOX1270, TULLAHOMA, TN 37388

10925   B F GOODRICH, ROUTE 12, NORWICH, NY 13815

10925   B FREEMAN, 2140 DAVIS ST, SAN LEANDRO, CA 94577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    B G C, 15820 CHIEF COURT, FORT MYERS, FL 33912

10925    B H & M TRANSPORTATION, PO BOX 64131, BALTIMORE, MD 21264-4131

10925    B I TECHNOLOGIES, 4200 BONITA PLACE, ANAHEIM, CA 92835-1111

10925    B J BARRINGTON, 6050 W 51 ST, CHICAGO, IL 60638

10925    B J DEMARTIN JR & SONS, 245 MOUNTAIN ST, SHARON, MA 02067

10925    B J G ELECTRONICS, 160 GARY WAY, RONKONKOMA, NY 11779

10924    B J MC GLONE INC., 40 BRUNSWICK AVE, EDISON, NJ 08818

10925    B L MAKEPEACE, INC, 125 GUEST ST, BRIGHTON, MA 02135-2083

10925    B LIPMAN & ASSOCIATES, 326 E 25TH ST, BALTIMORE, MD 21218

10924    B M I COLORADO REFACTORIE, 309 SO. 11TH ST, CANON CITY, CO 81212

10924    B M I COLORADO REFACTORIE, 309 SO. 11TH ST., CANON CITY, CO 81212

10925    B P OIL LIMA REFINERY, POBOX 4505, LIMA, OH 45802

10925    B R ARMSTRONG, PO BOX 197, GARDEN CITY, AL 35070-0197

10924    B R B CONSTRUCTION, PORTLAND, OR 97227

10925    B R DEWITT INC, POBOX 8000, BUFFALO, NY 14267

10924    B STEPHEN COPPERAGE, PO BOX9537, ONTARIO, CA 91762

10925    B V S INC, POBOX 52522, PHOENIX, AZ 85072-2522

10925    B W NORTON MFG CO INC, 20670 CORSAIR BLVD, HAYWARD, CA 94545

10925    B WHITEHURST GDN, LAURA A WHITEHURST, 316 E 18TH ST, TULSA, OK 74120-7405

10924    B&B BUILDERS INC., BRISBEN RD BOX 35 B, GREENE, NY 13778

10925    B&B CONCRETE CO, 130 N INDUSTRIAL ROAD, TUPELO, MS 38802

10924    B&B CONCRETE CO, PO BOX596, RIPLEY, MS 38663

10924    B&B CONCRETE CO. INC., OLD BREWER ROAD, VERONA, MS 38879

10924    B&B CONCRETE CO., STATE PLANT, TUPELO, MS 38801

10924    B&B DRILLING, PO BOX 967, LIBBY, MT 59923

10925    B&B GLASS & PAINT, 810 PARK AVE., S.E., AIKEN, SC 29801

10925    B&B GRAPHICS INC, CS 105100, TUCKER, GA 30085-5100

10925    B&B INDUSTRIAL SALES, PO BOX 9278, AUGUSTA, GA 30906

10925    B&B INSTRUMENTS INC, 1810 BROAD RIPPLE AVE SUITE 7, INDIANAPOLIS, IN 46220

10925    B&B INSTRUMENTS, 16940 S VINCENNES ROAD, SOUTH HOLLAND, IL 60473

10924    B&B REDI MIX, PO BOX513, STOCKTON, KS 67669

10925    B&B REFRACTORIES, 12121 LOSNIETOS RD., SANTA FE SPRINGS, CA 90670

10925    B&B TRUCKING CO. LLC., RT. 1 BOX 51, NEWHOPE, AR 71959

10925    B&B TRUCKING, LLC, PO BOX 150290, OGDEN, UT 84403

10925    B&C MACHINING INC, HI-TEK HYDRAULICS DIV, GRIFFITH, IN 46319

10925    B&D ELECTRIC MOTOR CO INC, 2320 4TH AVE , SOUTH, BIRMINGHAM, AL 35233

10924    B&D PLUMBING, 979 O'NEAL LANE, BATON ROUGE, LA 70816

10925    B&E CUSTOM SILK SCREENING, CARAMBOLA CIRCLE SOUTH, COCONUT CREEK, FL 33066

10924    B&E TRANSIT MIX, 604 LOCUST ST., SOUTH HILL, VA 23970

10924    B&F CONCRETE, 4023 GINSVILLE HWY, GILLSVILLE, GA 30543

10925    B&H AIR TOOLS, INC, 6938 EXCHEQUER, BATON ROUGE, LA 70809

10925    B&H CONSTRUCTION SERV INC, 108 COUNTRY ESTATE DRIVE, HOUMA, LA 70364

10925    B&H PHOTO-VIDEO, INC, 119 WEST 17TH ST, NEW YORK, NY 10011

10925    B&J TRUCK & EQUIPMENT, REPAIR SERVICE, 601 W. PATAPSCO AVE., BALTIMORE, MD 21225

10925    B&J TRUCKING, PO BOX 14043, CINCINNATI, OH 45250

10925    B&K ELECTRIC WHOLESALE, PO BOX 54507, LOS ANGELES, CA 90054-0507

10924    B&L GLASS, 827 N. MAIN STREET, HARRISONBURG, VA 22802

10925    B&L TRANSPORT, PO BOX 638, GLENDALE, AZ 85311

10925    B&L WHOLESALE, 70 HARTFORD RD, ROCHESTER, NY 14624

10924    B&N&K RESTORATION CO INC, 223 RANDOLPH AVE, CLIFTON, NJ 07011

10925    B&P PROCESS EQUIPMENT & SYSTEMS, 1000 HESS ST., SAGINAW, MI 48601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   B&P PROCESS EQUIPMENT & SYSTEMS, 611 WOODWARD AVE, DETROIT, MI 48226

10925   B&R CAB INC., 1019 1ST ST., GLEN BURNIE, MD 21061

10925   B&R FABRICATORS, INC, 508 WALNUT ST., ELMWOOD, OH 45216

10924   B&R READY MIX, PO BOX 565, EUREKA, KS 67045

10924   B&S CONSTRUCTION, 16 BERRY ST, BROOKLYN, NY 11211

10924   B&W SALES & EQUIPMENT RENTAL, 5033 A STATE ROUTE 10, BARBOURSVILLE, WV 25504

10925   B. BUTCHER, 2738 N. CALVERT ST., BALTIMORE, MD 21218

10925   B. C. MCDONALD & COMPANY, 1265 RESEARCH BLVD., SAINT LOUIS, MO 63132

10924   B. F. GOODRICH CO. -DO NOT USE, PO BOX 41256, BRECKSVILLE, OH 44141

10924   B. F. GOODRICH CO., 9921 BRECKSVILLE ROAD, BRECKSVILLE, OH 44141

10925   B. GUNTHER AND CO., 4742 MAIN ST , SUITE 107, LISLE, IL 60532

10924   B. J. & R., INC., 780 SCHOCALOG ROAD, AKRON, OH 44320

10924   B. J. AND R., INC., PO BOX 124, CUYAHOGA FALLS, OH 44222

10925   B. SHEPARD PHOTOGRAPHER, 363 SELVA TERRACE, WEST PALM BEACH, FL 33415

10924   B. STEPHEN COOPERAGE, 10746 VERNON AVE., ONTARIO, CA 91762

10924   B.A. ASBESTOS ABATEMENT, UNIVERSITY OF SOUTH CAROLINA, COLUMBIA, SC 29201

10925   B.A.C.P.A.C., 1800 NORTH DIXIE HWY, BOCA RATON, FL 33432-1892

10925   B.A.G. CORP, PO BOX 971570, DALLAS, TX 75397-1570

10925   B.A.G. CORP., PO BOX 245, SAVOY, TX 75479

10925   B.A.G. CORPORATION, PO BOX 910403, DALLAS, TX 75391

10924   B.B. COMER SCHOOL, 801 SEMINOLE AVENUE, SYLACAUGA, AL 35150

10924   B.B.L. CARLTON, LLC., 900 LEE STREET, SUITE 1400, CHARLESTON, WV 25324

10924   B.C. COURTHOUSE, 3RD STREET, BEAVER, PA 15009

10925   B.E. WAGNER, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   B.E.S.T. BULK EQUIPMENT SYSTEMS, TECH., INC., BRUNSWICK, OH 44212

10925   B.F. GOODRICH CO., FOUR COLISEUM CENTRE, 2730 WEST TYVOLA RD., CHARLOTTE, NC 28217-4578

10925   B.F. GOODRICH COMPANY (THE), C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925   B.F. GOODRICH COMPANY, 3 COLISEUM CENTRE, 2550 WEST TYVOLA RD., CHARLOTTE, NC 28217

10924   B.F. GOODRICH COMPANY, 9911 BRECKSVILLE ROAD, BRECKSVILLE, OH 44141

10924   B.F. GOODRICH COMPANY, THE, 500 S. MAIN STREET, AKRON, OH 44318

10924   B.F. GOODRICH COMPANY, THE, 9921 BRECKSVILLE ROAD, BRECKSVILLE, OH 44141

10925   B.F. GOODRICH HILTON DAVIS INC., PO BOX 73605-N, CLEVELAND, OH 44193

10924   B.F. GOODRICH, 1 JACOBS WAY, LAWRENCE, MA 01843

10924   B.F. GOODRICH, 300 WHITNEY STREET, LEOMINSTER, MA 01453

10924   B.F. GOODRICH, 9911 BRECKSVILLE ROAD, BRECKSVILLE, OH 44141

10924   B.F. GOODRICH/C.H. PATRICK, 200 TANNER DRIVE, TAYLORS, SC 29687

10924   B.F. GOODRICH/C.H. PATRICK, PO BOX 2526, GREENVILLE, SC 29602

10924   B.F. MANUFACTURING, 116 BETHEA RD UNIT 322, FAYETTEVILLE, GA 30214

10924   B.F. SHAW COMPANY, OLD AIRPORT ROAD, LAURENS, SC 29360

10925   B.G. PRATT, 450 LAUREL ST N 1050, BATON ROUGE, LA 70801

10925   B.I. CHEMICALS INC., POBOX 74667, CHICAGO, IL 60675-4667

10924   B.I. SERVICE CENTER, 900 RIDGEBURY RD., RIDGEFIELD, CT 06877

10924   B.J. MC GLONE, 40 BRUNSWICK AVE, EDISON, NJ 08818

10924   B.K. DORSEY AND ROSALEA DORSEY, POBOX 17, BOONE, NC 28607

10925   B.L. MITCHELL, INC., 103 HIGHWAY 82, LELAND, MS 38756

10924   B.L. MITCHELL, INC., 1774 E. AZALEA DRIVE, GREENVILLE, MS 38701

10924   B.N.T. S&G CO.INC., PAYER NO. 231882, 72 PROVIDENCE RD, SUTTON, MA 01590

10924   B.O.C. GASES, US HWY 30 WEST, CLINTON, IA 52732

10925   B.O.S.E., PO BOX 800, WESTMINSTER, MD 21158

10925   B.P.O.E. #91, 1067 GRAYSVILLE RD., CHATTANOOGA, TN 37421

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | B.T. & R. LANDSCAPING, PO BOX 4187, EAST ORANGE, NJ 07019 | |
| 10925 | B.T. GINNS OFFICE PRODUCTS, 9301 LARGO DR, WEST, LANDOVER, MD 20785 | |
| 10925 | B.V. WAVIN PFP, PO BOX 5, HARDENGERG, 7770 AANETHERLANDS | *VIA Deutsche Post* |
| 10925 | B.W. SULLIVAN, 1546 OLD HWY. 49 E., HATTIESBURG, MS 39401 | |
| 10924 | B.Y.C./SONY - MEXICO, SAN DIEGO, CA 92101 | |
| 10925 | B=M-A- INC, 31 WILLOWS RD, AYER, MA 01432 | |
| 10924 | B0LLING CONSTRUCTION, 651 E. WILSON, PAHRUMP, NV 89041 | |
| 10924 | B1 COMPOSITE HANGER BLDG. 35, N. PERIMETER RD., ROBINS AIR FORCE BASE, GA 31098 | |
| 10924 | B-280 ADDITION EASTMAN, KINGSPORT, TN 37660 | |
| 10925 | BA, ELHADJ, 955 S COLUMBIA PIKE APT. #2, ARLINGTON, VA 22204 | |
| 10925 | BAACK, CLIFFORD, 21 BUTCER ROAD, MARTELLE, IA 52305-9730 | |
| 10925 | BAARTS, LYLE, 353 LEMOND ROAD APT 212, OWATONNA, MN 55060 | |
| 10925 | BABA, JACK, 146 ROCKY RIDGE ROAD, DILLSBURG, PA 17019 | |
| 10925 | BABA, SIDNEY M, 3735 7TH AVE, SAN DIEGO, CA 92103-4335 | |
| 10925 | BABALOLA, ABIGAIL, 2013 BORDER DRIVE, FORT WASHINGTON, MD 20744 | |
| 10925 | BABAZADEH, PHILLIP, 4601 HUNT AVE, CHEVY CHASE, MD 20815 | |
| 10925 | BABB & BABB, PO BOX 670, LAURENS, SC 29360 | |
| 10925 | BABB, CASPER, 117 STONEWOOD CR, LAFAYETTE, LA 70508-5630 | |
| 10925 | BABB, CYNTHIA, 352 THOREAU ST, CONCORD, MA 01742 | |
| 10925 | BABB, DAVID, BOX 533, DUNCAN, SC 29334-0533 | |
| 10925 | BABB, JAMES, PO BOX 274, DUNCAN, SC 29334 | |
| 10925 | BABB, JENNIE, 375 W MCCONKEY ST, SHREVE, OH 44676 | |
| 10925 | BABB, REBECCA, 681 N. MAIN ST., SHREVE, OH 44676 | |
| 10924 | BABBIDGE LIBRARY, C/O UNIVERSITY OF CONN, STORRS, CT 06268 | |
| 10925 | BABBIDGE, CASIE, 176 SCHOOL ST, WOBURN, MA 01801 | |
| 10925 | BABBIDGE, SCOTT C, 9 TATE LANE, WINDHAM, ME 04062 | |
| 10925 | BABBIDGE, SCOTT, 20 TATE LANE, WINDHAM, ME 04062 | |
| 10925 | BABBIO, LAWRENCE, 21 FAIRVIEW AVE, BOUND BROOK, NJ 08805 | |
| 10925 | BABBITT, J, 702 SNYDER ST, WEBB CITY, MO 64870 | |
| 10924 | BABBITT´S HOME CENTER, PO BOX 1328, FLAGSTAFF, AZ 86001 | |
| 10925 | BABCOCK & WILCOX CO, DIVISION, MT ATHOS ROAD, LYNCHBURG, VA 24504 | |
| 10925 | BABCOCK & WILCOX CO, HWY 726, LYNCHBURG, VA 24505 | |
| 10925 | BABCOCK & WILCOX COMPANY INC. THE, 20 S. VAN BUREN AVE, BARBERTON, OH 44203-0351 | |
| 10925 | BABCOCK & WILCOX EGYPT SAE, PO BOX 1626, MANIAL SHIHA GIZA, CAIRO, EGYPT | *VIA Deutsche Post* |
| 10925 | BABCOCK & WILCOX, 20 S VAN BUREN AVE, BARBERTON, OH 44203 | |
| 10925 | BABCOCK & WILCOX, HAYES CLARK HUNT AND EMERY, PO BOX 410206, 43 THORNDIKE ST, BULFINCH SQUARE, CAMBRIDGE, MA 02141-0002 | |
| 10924 | BABCOCK & WILCOX, PO BOX 111, BARBERTON, OH 44203-0111 | |
| 10925 | BABCOCK ESQ, BRET S, FIRST NATIONAL BANK BLDG, PEORIA, IL 61602 | |
| 10925 | BABCOCK JT TEN, DAVID GEORGE & ANDREA RUTH, FOREST POINT RESORT, R 1, GORDON, WI 54838-9801 | |
| 10925 | BABCOCK, ANDREA, 7 CLIFF ROAD, BELLINGHAM, MA 02019 | |
| 10925 | BABCOCK, CRAIG, 130 LIGHTHOUSE CT, FAYETTEVILLE, GA 30215 | |
| 10925 | BABCOCK, CRAIG, 5225 PHILLIP LEE DRIVE, ATLANTA, GA 30336 | |
| 10925 | BABCOCK, DANIEL, 1342 ABBEY PLACE, CHARLOTTE, NC 28209 | |
| 10925 | BABCOCK, GREG, 1886 PIEDMONT RD, SAN JOSE, CA 95132 | |
| 10925 | BABCOCK, JOHN, 90 KIMBALL ST, MALDEN, MA 02148 | |
| 10925 | BABCOCK, MARK, 20 FULTON AVE, STEWARTSTOWN, PA 17363 | |
| 10925 | BABCOCK, ROBERT, P.O BOX 1792, SULPHUR, LA 70664 | |
| 10925 | BABEK COMMERCIAL TIRE SERVICES, 12 MILEED WAY, AVENEL, NJ 07001 | |
| 10925 | BABEL JR., RAYMOND, ROUTE 3 BOX 194, BLANCHARD, OK 73010 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BABER ANDREWS, EDITH, 809 FAIRWAY DR, WAYNESBORO, VA 22980-3309

10925   BABER, DWAYNE, 851 1/2 NEWPORT ST, LONG BEACH, CA 90804

10925   BABER, FRANK, 8508 S MASSASOIT, BURBANK, IL 60459

10925   BABER, MARSHA, 2903 NORTHROPE ST., EULESS, TX 76039

10925   BABIARZ, RICHARD, 17 ROCKINGHAM RD, AUBURN, NY 13021

10925   BABIASH, MICHAEL, 4161 PITTCO RD, GREEN BAY, WI 54313-8755

10925   BABIN, CRAIG, 111 LEWALD DRIVE, HOUMA, LA 70360

10925   BABIN, ERNEST, 3202 SHARON ST., HOUMA, LA 70363

10925   BABIN, JEANNE, 1058 BRENTWOOD WAY #H, ATLANTA, GA 30350

10925   BABIN, JEOY, LOT #20, KEVIN ST, HOUMA, LA 70364

10925   BABIN, JR, KEN, 1612 E. BRIDGE ST., BREAUX BRIDGE, LA 70517

10925   BABIN, KENNETH, 469 GAUAUX AVE., HOUMA, LA 70364

10925   BABIN, MARK, PO BOX 1242, RACELAND, LA 70394

10925   BABINEAU, PAUL, 2 MYRICK ST, AYER, MA 01432

10925   BABINEAU, TERENCE, 40 MYRICK ST, AYER, MA 01432

10925   BABINEAUX, ANDY, RT 2 BOX 140 BB, CHURCH POINT, LA 70525

10925   BABINEAUX, CAROL, RT 1 BOX 535, CARENCRO, LA 70520

10925   BABINEAUX, DONALD, RT 10 BOX 1084, LAKE CHARLES, LA 70601

10925   BABINEAUX, PRISCILLA, 102 BRADFORD DR, CARENCRO, LA 70520-3918

10925   BABLOUZIAN, LEON, 20 MANSFIELD ST., FRAMINGHAM, MA 01702

10925   BABLOUZIAN, LEON, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02410

10925   BABROWICZ, ROBERT, 307 GREENTREE COURT, SPARTANBURG, SC 29302

10925   BABSON COLLEGE, BABSON HALL 323, BABSON PARK, MA 02457-0310

10925   BABSON SCHOOL OF EXECUTIVE, BABSON COLLEGE, BABSON PARK, MA 02457

10925   BABU, MATHEW, 1010 MCCARRON CT, GAHANNA, OH 43230-3867

10925   BABU, SUSAMMA, 3928 KINGSFORD AVE, DALLAS, TX 75227

10925   BABY (BABIJ), HUGO, 13503 AVEBURY DRIVE #22, LAUREL, MD 20810

10924   BABYLON VAULT CO INC, 925 WAKEFIELD VALLEY RD, NEW WINDSOR, MD 21776

10925   BABYLON, DORIS, 655 RIVERSIDE DR,CHELSEA, PASADENA, MD 21122

10925   BACA, CHRISTINE, 2038 KIVA, SANTA FE, NM 87501

10925   BACA, DEENA, 7150 LEETSDALE, BOX 312-140, DENVER, CO 80224

10925   BACA, EUGENE, 5803 CRESTWOOD CR., N RICHLAND HILLS, TX 76180

10925   BACA, GABRIEL, 7417 GLOBE AVE, LUBBOCK, TX 79404

10925   BACA, JEFFERY, PO BOX 1171, COBB MOUNTAIN, CA 95426

10925   BACA, JOHNNIE, ROUTE 6 BOX 527D, EDINBURG, TX 78538

10925   BACA, MERIDITH, 2720 SE PINE LANE, MILWAUKIE, OR 97267

10925   BACA, MICHELLE, 212-A NORTH TROY, LUBBOCK, TX 79416

10925   BACA, MICHELLE, 3005 FORDHAM, LUBBOCK, TX 79415

10925   BACA, ROBERTA, 1224 S. BEACH BLVD, ANAHEIM, CA 92804

10925   BACA, TED, 37 CEDAR AVE, LOS LUNAS, NM 87031

10925   BACALAN, ROSALYN, 680 NE 64 ST, MIAMI, FL 33138

10924   BACARDI BOTTLING CO, 12200N. MAIN STREET, JACKSONVILLE, FL 32218

10924   BACARDI BOTTLING CO, PO BOX 26368, JACKSONVILLE, FL 32226

10925   BACARDI CORPORATION, GPO BOX#363549, SAN JUAN, PR 00936-3549

10924   BACCALA CONCRETE CORP, 100 ARMENTO STREET, JOHNSTON, RI 02919

10924   BACCALA CONCRETE CORP., 100 ARMENTO STREET, JOHNSTON, RI 02919

10924   BACCHUS CONSTRUCTION, 1883 LONDON RANCH, SAINT HELENA, CA 94574

10925   BACCHUS-ALLAN, PATSY, 6351 NW 201 ST., HIALEAH, FL 33015

10925   BACCO, JAMES, 17 CLASS COURT, BALTIMORE, MD 21234

10925   BACCUS, MONTY, 600 NOTTING HAM OAKS, HOUSTON, TX 77079

10925   BACH, D, 311 WILLOW AVE, BALTIMORE, MD 21206

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BACH, GARY, 8250 ORCHARD, ALTA LOMA, CA 91701

10925   BACH, JULIE, 1225 CHESTNUT ST, NARVON, PA 17555

10925   BACH, MARIE, 311 WILLOW AVE, BALTIMORE, MD 21206-1240

10925   BACH, MARK, 3556 CUSHING CT, DEXTER, MI 48130

10925   BACHAND, LISA, 9 UNION ST, BEVERLY, MA 01915

10925   BACHARACH, 625 ALPHA DR, PITTSBURGH SERVICE CENTER, PITTSBURGH, PA 15238

10925   BACHARACH, AVA, 2131 FORT BEVON RD, HARLEYSVILLE, PA 19438

10925   BACHARACH, INC, 7281 GARDEN GROVE BLVD., SUITE H, GARDEN GROVE, CA 92841

10925   BACHE, BRAD, 7664 KILOWATT DRIVE, KALAMAZOO, MI 49001

10925   BACHELLER JR, JOHN, 1821 MEADOWDALE AVE N E, ATLANTA, GA 30306-3115

10924   BACHELORS QUARTERS, GROTON, CT 06340

10925   BACHICHA, BRIAN, 2062 CALLE LORCA, SANTA FE, NM 87501

10925   BACHINI, RICHARD, 17 STILLWATER DR, CHELMSFORD, MA 01824

10925   BACHLI, MARK E, 342 S COCHRAN AVE APT #304, LOS ANGELES, CA 90036

10925   BACHLI, MARK, 342 SO COCHRAN AVE APT 304, LOS ANGELES, CA 90036

10925   BACHMAN & LAPOINTE, PC, 900 CHAPEL ST, NEW HAVEN, CT 06510-2802

10925   BACHMAN, DENNIS, 766 WOODSIDE AVE, MERTZTOWN, PA 19539

10925   BACHMAN, JOHN, 19 JUDY DRIVE, BLANDON, PA 19510

10925   BACHMAN, LINDA, 19 JUDY DRIVE, BLANDON, PA 19510

10925   BACHMAN, MARY, 11020 HUEBNER OAKS, SAN ANTONIO, TX 78230

10925   BACHMAN, OSCAR, 14513- 235TH ST, MILTON, IA 52570

10925   BACHMAN, ROBERT, 41 COCALICO ROAD, ROBESONIA, PA 19551

10925   BACHMANN CONSTRUCTION CO, GERALD OBRIEN, 4610 FEMRITE DR, MADISON, WI 53716

10925   BACHMANN, MICHAEL, 13 HOLT ST, LITCHFIELD, CT 06786

10925   BACHMANN, WENDELL, 766 34TH PLACE, WEST DES MOINES, IA 50022

10925   BACHRACH STUDIOS, 48 EAST 50TH ST, NEW YORK, NY 10022

10925   BACHRACH, JAMES, 2715 CLARION CT., SAN JOSE, CA 95148

10924   BACK BAY HILTON, BOSTON, MA 02113

10925   BACK BAY PRESS, 20 WINCHESTER ST, BOSTON, MA 02116

10924   BACK RIVER SUPPLY INC, PO BOX329, GLYNDON, MD 21071-0329

10924   BACK RIVER SUPPLY, 12200 B GLYNOWINGS DRIVE, REISTERSTOWN, MD 21136

10924   BACK RIVER SUPPLY, 12200-B GLYNOWINGS DRIVE, REISTERSTOWN, MD 21136

10924   BACK RIVER SUPPLY, INC., 12200 B GLYNOWINGS DR., GLYNDON, MD 21071

10924   BACK RIVER SUPPLY, PO BOX329, GLYNDON, MD 21071

10924   BACK STREET INC., 3905 REYNOLDS BLVD., NORCROSS, GA 30093

10924   BACK STREET INC., 3905 STEVE REYNOLDS BLVD, NORCROSS, GA 30093

10924   BACK STREET INC., 3905 STEVE REYNOLDS BLVD., ATHENS, AL 35611

10925   BACK, GEORGE, 1108 MARK CIRCLE, MEEKER, CO 81641

10925   BACKFLOW PREVENTION DEVICE INSPECT, 15840 N. 32ND ST , #4, PHOENIX, AZ 85032

10925   BACKFLOW TECH, 468 SOUTH DUDLEY ST., LAKEWOOD, CO 80226

10925   BACKFLOW TESTING SERVICES, 364 OVERLOOK COURT, AUBURN, GA 30011

10925   BACKGROUND AMERICA, INC, 4312 BLACK ROCK RD., HAMPSTEAD, MD 21074

10925   BACKGROUND BUREAU, INC, 880 ALEXANDRIA PIKE, FORT THOMAS, KY 41075-2100

10925   BACKHAUS, CLAIRE, 1462 WYNDCLIFF DR, WEST PALM, FL 33414

10925   BACKLOG MGMT DIVISION OF HOUSTON, PO BOX 272884, HOUSTON, TX 77277-2884

10925   BACKMON, DAVID, 829 5TH AVE, CHARLESTON, SC 29407

10925   BACKPAC, 227 MASSACHUSETTS AVE NE, WASHINGTON, DC 20002

10925   BACKSCHEIDER, PAUL, 509 S COUNTY ROAD 625 E, MILAN, IN 47031

10925   BACKSTROM, SUSAN, 79 W 12 ST APT 13D, NEW YORK, NY 10011

10925   BACKUS, MICHELLE, PO BOX 1048, WOLFFORTH, TX 79382

10925   BACON IND, 192 PLEASANT ST, WATERTOWN, MA 02172

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BACON JR, THOMAS, 10009 ROBIN, LAPORTE, TX 77571

10925   BACON, COREY, 708 PENNSYLVANIA AVE APT #2, BALTIMORE, MD 21201

10925   BACON, CYNTHIA, 6010 EAST EDGEMONT, SCOTTSDALE, AZ 85257

10925   BACON, ESQ, J DOUGLAS, LATHAM & WATKINS, SEARS TOWER, STE 5800, CHICAGO, IL 60606

10925   BACON, JOHN, 64 RUSTIC TR, FLEMINGTON, NJ 08822

10925   BACON, MALCOLM, DANE HILL DR., ALFRED, ME 04002

10925   BACON, RICHARD, PO BOX 1785, ROANOKE RAPIDS, NC 27870

10925   BACONS INFORMATION INC, POST OFFICE BOX 98869, CHICAGO, IL 60693-8869

10925   BACSA, VICTORIA, 212 HANCOCK AVE, JERSEY CITY, NJ 07307

10925   BADAL, SEKHAR, 39 WESTERVELT PL., PASSAIC PARK, NJ 07055

10925   BADEAU, BRULE, 18 KESSLER FARM DR #641, NASHUA, NH 03063

10925   BADEAU, ROGER, 719 DOLPHIN DR, TAVARES, FL 32778-4532

10925   BADEAUX, HOWARD, PO BOX 425, LOCKPORT, LA 70374

10925   BADEL, CLAUDIO, 2293-A MAGNOLIA AVE, LONG BEACH, CA 90806

10925   BADENCORP INC, 101 SUNNYTOWN RD #208, CASSELBERRY, FL 32707

10925   BADER, GERALD, W5789 MAPLECREST RD, CRIVITZ, WI 54114

10925   BADER, LINDA, 14911 MARQUETTE, MOORPARK, CA 93021

10924   BADGER CORRUGATED, 1801 W. AVENUE SOUTH, LA CROSSE, WI 54601

10924   BADGER CORRUGATED, 1801 WEST AVE. SO., LA CROSSE, WI 54601

10924   BADGER CORRUGATED, P.O. BOX 1837, LA CROSSE, WI 54600

10924   BADGER ENGINEERS, INC., ONE BROADWAY, CAMBRIDGE, MA 02142

10925   BADGER JR, RUSSELL, 1510 ARIANA ST #58, LAKELAND, FL 33803-6920

10925   BADGER MATERIAL HANDLING, PO BOX 510041, NEW BERLIN, WI 53151

10925   BADGER METER CO, 4501 W BROWN DEER RD, MILWAUKEE, WI 53223

10925   BADGER METER CO, 6116 E 15TH ST, TULSA, OK 74112

10925   BADGER METER CO, PO BOX 581390, TULSA, OK 74158

10925   BADGER METER INC, 15 KIPPER ST, RIO RICO, AZ 85648

10925   BADGER METER INC, 4545 W BROWN DEER ROAD, MILWAUKEE, WI 53223

10925   BADGER METER INC, BIN NO 88223, MILWAUKEE, WI 53288-0223

10925   BADGER METER INC, BOX 88223, MILWAUKEE, WI 53288-0223

10925   BADGER METER INC., BIN #223, MILWAUKEE, WI 53288-0223

10925   BADGER METER, INC, BIN N223, MILWAUKEE, WI 53288

10925   BADGER METER, INC, PO BOX 581390, TULSA, OK 74158

10925   BADGER ROOFING COMPANY, 5 SMALLEY AVE, MIDDLESEX, NJ 08846

10924   BADGER ROOFING SUPPLY, 2100 WEST PIERCE STREET, MILWAUKEE, WI 53204

10925   BADGER SCALE INC, PO BOX 629, FOND DU LAC, WI 54936-0629

10925   BADGER TRANSFORMER CO, 7939 WEST TOWER AVE, MILWAUKEE, WI 53223

10925   BADGER, GLEN, 1400 CAROL DRIVE, EDMOND, OK 73003-3826

10925   BADGER, GLEN, 7417 COUNTRY OAKS ROAD, EDMOND, OK 73034

10925   BADGER, GREGORY, 1601 E. MCMILLAN ST., CINCINNATI, OH 45206

10925   BADGER, ROOSEVELT, 145 ORANGE AVE, IRVINGTON, NJ 07111

10925   BADIEI-BOUSHEHR, BEHJAT, 5213 CANNES COURT, ALEXANDRIA, VA 22310

10925   BADILLO, EUNICE, 960 S W 49TH TERR, PLANTATION, FL 33317

10925   BADISCHE CORP, DOUGLAS E MARTIN SR ENV ATTY, 3000 CONTINENTAL DR - NORTH, MOUNT
        OFFICE, NJ 07828-1234

10925   BADISCHE CORP, HARRY M BAUMGARTNER SR ATTY, 3000 CONTINENTAL DR - NORTH, MOUNT
        OFFICE, NJ 07828-1234

10925   BADISCHE CORP, LINDA S MIRSKY BRESSLER AMERY & ROS, PO BOX 1980, MORRISTOWN, NJ
        07962

10924   BADOUKIAN RESEACH INC, 21 FINANCE DRIVE BUILDING 1, DANBURY, CT 06810-4192

10925   BADRIAN-KOWALSK, ROSALIE, 166-40 15TH DRIVE, WHITESTONE, NY 11357

10925   BADY D.O., PEJMAN, 1151 S W HWY 160, PAHRUMP, NV 89048

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BAE, ERIC, 6201 GREENLEAF LANE, ELKRIDGE, MD 21227

10925   BAE, JEWAN, 123 WILDWOOD ST, WINCHESTER, MA 01890

10925   BAE, JEWAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140-1692

10925   BAEHL, LINDA, 1004 NEELY FARM DRIVE, SIMPSONVILLE, SC 29680

10925   BAEHR, SANDRA, 210 FLEMINGTON ARMS APT, C2, FLEMINGTON, NJ 08822

10925   BAENA, ESQ, SCOTT L, BILZIN, SUMBERG, DUNN, BAENA, FIRST UNION FINANCIAL CENTER 200 S BISCAYNE BLVD,, MIAMI, FL 33131

10925   BAENEN, LOUIS, 15 POST ST, LIBBY, MT 59923

10925   BAENEN, NANCY JEANS, 2536 KENDALL AVE, MADISON, WI 53705

10924   BAER CONCRETE, P O BOX 147, ROSELAND, NJ 07068

10924   BAER CONCRETE, P.O.BOX 147, ROSELAND, NJ 07068

10925   BAER, 6819 MEADOWLARK, ALVIN, TX 77511

10925   BAER, BRIAN, 1922 BRENTWOOD ST, NEW CASTLE, PA 16101-1540

10925   BAER, CLAY, 1921 INVERTON ROAD, BALTIMORE, MD 21222

10925   BAER, PEGGY, 101 EL PASO #10, DUMAS, TX 79029

10925   BAER, PO BOX 75087, BALTIMORE, MD 21275

10925   BAER, RONALD, 211 MAYFIELD DR, TRUMBULL, CT 06611

10925   BAETEN, CYNTHIA, 2068 W VISTA, DE PERE, WI 54115

10925   BAEYCO CONSTRUCTION CO, 19273 CANYON DR, VILLA PARK, CA 92861

10925   BAEYCO CONSTRUCTION CO, 2215 GONDAR AVE, LONG BEACH, CA 90815

10925   BAEZ III, EMILIO, 5914 DEER HORN, SAN ANTONIO, TX 78238

10925   BAEZ, ANITA, 2057 S. SEMORAN BLVD, ORLANDO, FL 32822

10925   BAEZ, CHRISTIAN, NEW YORK, NY 11001

10925   BAEZ, CHRISTINE, 3058 S 38TH ST, MILWAUKEE, WI 53215

10925   BAEZ, FRANCISCA, URB. LA MILAGROSA, SABANA GRANDE, PR 00637

10925   BAEZ, IRIS, CARR176KM.10.0CAMINOEL MUDO,CUPEY ALTO, RIO PIEDRAS, PR 00928

10925   BAEZ, RENE, 510 BEECHWOOD AVE., ALTAMONTE SPRINGS, FL 32714

10925   BAEZ, YOLANDA, 407 I ST PO BOX 15, WESTMORLAND, CA 92281

10925   BAEZA, LETICIA, 1403 PERRY, HOBBS, NM 88240

10925   BAG CORP., STE. 9, 5 MOUNTAIN BLVD., WARREN, NJ 07059

10925   BAGALA, JON, 41257 DEMI MILLE DR, GONZALES, LA 70737

10925   BAGATELLA, JOHN, 1925 SUMMIT DR, FAIRFIELD, CA 94533-2978

10925   BAGBY, EDWARD, 413B PFANSTIEL ROAD, DEMOSSVILLE, KY 41033-0000

10925   BAGBY, LENA MAE, 413 B PFANSTIEL ROAD, DEMOSSVILLE, KY 41033-9998

10925   BAGEL CITY - SOUTH, 6006 SW 18TH ST, BOCA RATON, FL 33433

10925   BAGEL TWINS, 5130 LINTON BLVD, DELRAY BEACH, FL 33484

10925   BAGGE, MICHAEL, 43 FOREST ST, MILTON, MA 02186

10925   BAGGENSTOSS, LLOYD, 1307 CHESTNUT ST, ATLANTIC, IA 50022-2239

10925   BAGGERLY, CHARLES, 2405 MAY LANE, GRAND PRAIRIE, TX 75050

10925   BAGGETT MCCALL BURGESS, PO DRAWER 7820, 3006 COUNTRY CLUB RD, PO BOX 1645, LAKE CHARLES, LA 70606-7820

10925   BAGGETT, CHARLES, 2948 B. KENNEDY AVE., GRAND JUNCTION, CO 81504

10925   BAGGETT, LINDA, 7937 GLEN STONE AVE, CITRUS HEIGHTS, CA 95610

10924   BAGGETT, MCCALL & BURGESS, 30006 COUNTRY CLUB ROAD, LAKE CHARLES, LA 70606-7820

10925   BAGGETTA, DEBORAH, 378 MANHATTAN ST, STATEN ISLAND, NY 10307

10924   BAGGETTE CONSTRUCTION INC., C/O NORTHWEST ALA. COMM. COLLEGE, HAMILTON, AL 35570

10925   BAGGIO, LEUVEDA, 3621 STEPHANIE CT., POWDER SPRINGS, GA 30073

10925   BAGGS, JAY, 10600 N. CEMETERY RD, YUKON, OK 73099

10925   BAGGS, WILLIAM, 1008 NORMAL ST, HENRY, IL 61537

10925   BAGHOUSE ACCESSORIES CO., 8800 EAST 63RD. ST., KANSAS CITY, MO 64133

10925   BAGHOUSE SERVICES, INC, 10572 CHESTNUT ST, LOS ALAMITOS, CA 90720-2150

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10925    BAGINSKI, ALLISON, 11 WALLACE RD, WAYLAND, MA 01778

10925    BAGINSKI, JAMES, 7013 CRESTHAVEN DR, GLEN BURNIE, MD 21061

10925    BAGLEY, LINDA, 6100 WINDRUSH LN, ALPHARETTA, GA 30004

10925    BAGLEY, PAUL, 593 LAKEVIEW AV, LOWELL, MA 01850

10925    BAGLEY, RITA, PO BOX 111, ANDREWS, TX 79714-0111

10924    BAGNELL MOVING & STORAGE, LAKE ROAD 54-56, OSAGE BEACH, MO 65065

10925    BAGOT, MONA, 1605 APPLEBY LN, HARVEY, LA 70058

10925    BAGROWSKI, TIMOTHY, 1311 GUNPOWDER CROSSING LANE, BALTIMORE, MD 21220

10925    BAGWELL, BARBARA, 5875 HWY 101 NORTH, WOODRUFF, SC 29388

10925    BAGWELL, C, 233 PERRY AVE, SIMPSONVILLE, SC 29681

10925    BAGWELL, DALE, 1509 MARIETTA ST., NORTH CHARLESTON, SC 29406

10925    BAGWELL, DAVID, 9427 S 69TH EAST AVE, TULSA, OK 74133

10925    BAGWELL, EARL, 108 CLOVERLEAF CT, GREENVILLE, SC 29611

10925    BAGWELL, JAY, 5875 HWY 101 NORTH, WOODRUFF, SC 29388

10925    BAGWELL, JIMMY, HC60 BOX 143-B, FRANKLIN, LA 70538

10925    BAGWELL, JULIA, 912 N. MEADOWS RD., KNOX, TN 37938

10925    BAGWELL, MARYANN, 1138 LEE VAUGHN RD, SIMPSONVILLE, SC 29681

10925    BAGWELL, PHILLIP, 313 MIMOSA DRIVE, MAULDIN, SC 29662

10925    BAGWELL, THOMAS, 1002 WILLOW BRANCH DRIVE, SIMPSONVILLE, SC 29680

10925    BAGYI, TAMMY, 10901 BLUE HERON DR, CHARLOTTE, NC 28226

10925    BAHAI, DORRAINE, 11 BROOKFARM VILLAGE, ROCHESTER, NH 03839

10924    BAHAMA OIL REF CO, PO BOX 21048, FORT LAUDERDALE, FL 33335

10925    BAHAMUNDI, FRANKIE, CALLE 6 F-54 TOA ALTA HEIGHTS, TOA ALTA, PR 00758

10925    BAHEK COMMERCIAL TIRE SERVICES, 12 MILEED WAY, AVENEL, NJ 07001

10925    BAHEN, MARY, 729 FAIRHAVEN RD, FAIRHAVEN, MD 20754

10924    BAHL FIREPROOFING INC, O VALLEY TRAIL, ROUND ROCK, TX 78664

10924    BAHL INCORPORATED, 50-8TH STREET NORTH, SAUK RAPIDS, MN 56379

10924    BAHL INS/KENDELL COUNTY COURT HOUSE, EAST SAN ANTONIO & SAUNDERS, BOERNE, TX 78006

10924    BAHL INSUL./KILLEEN EAST HIGH, 1001 WEST F.M. 2410, HARKER HEIGHTS, TX 76548

10924    BAHL INSUL./KILLEEN WEST HIGH, 3302 S. SCHLUETER LOOP, KILLEEN, TX 76543

10924    BAHL INSUL./MERCY HOSPITAL, 1700 E. SANDERS, LAREDO, TX 78041

10924    BAHL INSUL./MURCHISON MIDDLE SCHOOL, 3700 NORTH HILLS RD., AUSTIN, TX 78731

10924    BAHL INSUL./SID PETERSON MEMORIAL, 710 WATER ST., KERRVILLE, TX 78028

10924    BAHL INSUL./USAA OFFICE BLDG., 9800 FREDERICKSBURG RD., SAN ANTONIO, TX 78288

10924    BAHL INSUL/BOERNE BAPTIST, 631 S. SCHOOL ST., BOERNE, TX 78006

10924    BAHL INSUL/BOZEMAN DEACONESS HOSP, 965 HIGHLAND BLVD., BOZEMAN, MT 59715

10924    BAHL INSUL/CENTON SOUTHWEST MEDICAL, 7900 F.M. 1826, AUSTIN, TX 78767

10924    BAHL INSUL/CHANDLER ROAD, 807 CHANDLER ROAD, ROUND ROCK, TX 78664

10924    BAHL INSUL/CLINT SMALL JR. SCHOOL, 4801 MONTERREY OAKS RD., AUSTIN, TX 78749

10924    BAHL INSUL/COPPERFIELD ELEM. SCH., 12135 THOMPKINS ROAD, AUSTIN, TX 78753

10924    BAHL INSUL/EAGLE PASS JUNIOR H.S., 1700 BIDD ST., EAGLE PASS, TX 78852

10924    BAHL INSUL/HERMALINDA RODRIGUEZ, 4400 FRANKLIN PARK DRIVE, AUSTIN, TX 78744

10924    BAHL INSUL/JOHN B. CONNALLY H.S., 13212 - B NORTH LAMAR, AUSTIN, TX 78739

10924    BAHL INSUL/MCALLEN MEDICAL CENTER, 301 W. EXPRESS WAY 83, MCALLEN, TX 78503

10924    BAHL INSUL/METROPOLITAN THEATER, 6200 CROW LANE, AUSTIN, TX 78745

10924    BAHL INSUL/MISSION HOSPITAL, 900 BRYAN RD., MISSION, TX 78572

10924    BAHL INSUL/NORWEST BANK BUILDING, 301 JUNCTION HIGHWAY, KERRVILLE, TX 78029

10924    BAHL INSUL/PERMIAN GEN. HOSPITAL, 720 HOSPITAL DR., ANDREWS, TX 79714

10924    BAHL INSUL/PFLUGERVILLE SCHOOL #9, 222015  KELLY LANE, PFLUGERVILLE, TX 78660

10924    BAHL INSUL/VLSI TECH. BUILDING, 9651 WESTOVER HILLS BLVD., SAN ANTONIO, TX 78251

10924    BAHL INSUL/WINDERMER SCHOOL, 1330 GRAND AVE., PFLUGERVILLE, TX 78660

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BAHL INSULATION INC, ROUTE 1 BOX 287, CUSHING, MN 56443-9739

10924   BAHL INSULATION, 0 VALLEY TRAIL, ROUND ROCK, TX 78664

10924   BAHL INSULATION, 3251 30TH AVENUE SOUTH, GRAND FORKS, ND 58201

10924   BAHL INSULATION, 400 EAST 1ST STREET, MORRIS, MN 56267

10924   BAHL INSULATION, 50- 8TH STREET NORTH, SAUK RAPIDS, MN 56379

10924   BAHL INSULATION, 50 NORTH 8TH STREET, SAUK RAPIDS, MN 56379

10924   BAHL INSULATION, 715 8TH AVENUE N.W., ABERDEEN, SD 57401

10924   BAHL INSULATION, CAMBRIDGE, MA 02140

10924   BAHL INSULATION, ISANTI COUNTY GOVERNMENT CENTER, CAMBRIDGE, MN 55008

10924   BAHL INSULATION, ROUTE 1, CUSHING, MN 56443

10924   BAHL, INC, 50-8TH STREET NORTH, SAUK RAPIDS, MN 56379

10924   BAHL, INC., 50-8 EAST STREET NORTH, SAUK RAPIDS, MN 56379

10924   BAHL/BROOKDALE LIVING COMMUNITY, 4409 GAINS RANCH LOOP, AUSTIN, TX 78735

10925   BAHLENHORST, RUSS, 6050 W 51 ST, CHICAGO, IL 60638

10925   BAHLENHORST, RUSSELL, 5130 W 155TH ST, OAK FOREST, IL 60452

10924   BAHLINSUL/HENDRICK CANCER CENTER, BAHL INSULATION, 1242 N. 19TH, ABILENE, TX 79601

10925   BAHLSEN INC, SMITH HELMS MULLISS & MOORE, ONE QUALITY LANE, CARY, NC 38103

10925   BAHN, WILLIAM S, CUST FOR BARBARA ANN BAHN, UNIF GIFT MIN ACT MO, 11202 POINTE COURT, ST LOUIS, MO 63127-1741

10925   BAHNY, REGINA, 355 MOON CLINTON RD, CORAOPOLIS, PA 15108

10925   BAHR, EDWARD, 7525 HOLLY BROOK ROAD, GLEN BURNIE, MD 21061

10925   BAHR, EVELYN, RIVERVIEW NURSING CENTER 1 EASTERN BLVD, BALTIMORE, MD 21221

10925   BAHR, GLORIA, 15 BELLFLOWER COURT, TOMS RIVER, NJ 08755

10925   BAHRT, PAMELA, 2023 FERNDALE AVE, LAKEWOOD, OH 44107

10925   BAI INC, 21 AIRPORT BLVD, SOUTH SAN FRANCISCO, CA 94080

10925   BAI INC, 437 ROZZI PLACE, SOUTH SAN FRANCISCO, CA 94080

10925   BAIADA, KAREN D, RT 1 BOX 100, ELM CITY, NC 27822

10925   BAIDACK, IRVING, 18833 N 89TH LANE, PEORIA, AZ 85382-8536

10925   BAIDACK, IRVING, 9016 WEST HARMONY LN, PEORIA, AZ 85382

10925   BAIDE, DAYSI, 5325 SW 115 AVE, MIAMI, FL 33165

10925   BAIER, TWILA, 2840 SOUTH 57TH ST, MILWAUKEE, WI 53219

10925   BAIERA, LEONARD, 5 ALTA VISTA TERR, PITTSTON, PA 18640

10925   BAIH, NYONG, 2871 RIVERFRONT DR, LITHONIA, GA 30058

10925   BAIKIE, JANET, 106 DOLPHINE AVE, HALF MOON BAY, CA 94019-4933

10925   BAILES, WENDY, 107 CRESTWOOD DR, WEST MONROE, LA 71291

10925   BAILEY AND SON ENGINEERING, INC, PO BOX 10324, GREENVILLE, SC 29603-0324

10925   BAILEY COMPANY, PO BOX 5346, CHATTANOOGA, TN 37406

10925   BAILEY COMPANY, THE, PO BOX 30094, NASHVILLE, TN 37241-0094

10925   BAILEY CONTROLS, 1400 WORDEN ROAD, WICKLIFFE, OH 44092

10925   BAILEY CONTROLS, 29801 EUCLID, WICKLIFFE, OH 44092

10925   BAILEY DIST., 1064 GOFFS FALLS ROAD, MANCHESTER, NH 03103

10925   BAILEY DISTRIBUTING CORPORATION, 1064 GOFFS FALLS ROAD, MANCHESTER, NH 03108-6068

10925   BAILEY DISTRIBUTORS, 2223 RANDOLPH AVE., AVENEL, NJ 07001

10924   BAILEY DISTRIBUTORS, 2223 RANDOLPH AVENUE, AVENEL, NJ 07001

10924   BAILEY DISTRIBUTORS, 2323 RANDOLPH AVENUE, AVENEL, NJ 07001

10925   BAILEY FENCE CO INC, 3205 BAUMBERG AVE, HAYWARD, CA 94545

10925   BAILEY FISCHER PORTER, 380 LAPP RD., MALVERN, PA 19355

10925   BAILEY JR, ROBERT, 2710 WILLOW GROVE LA, FT. WALTON BCH, FL 32547

10925   BAILEY JT TEN, JEFF A & FAYRENE C, 3713 OLETA, EL DORADO, AR 71730-8648

10924   BAILEY MONUMENT, 2125 MINNESOTA AVE., WAYCROSS, GA 31502

10924   BAILEY MONUMENT, 7/27/99 M JACKSON, 2125 MINNESOTA AVE, WAYCROSS, GA 31502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   BAILEY REFRIGERATION CORP., 632 ALVAR STREET, NEW ORLEANS, LA 70117

10924   BAILEY REFRIGERATION CORP., PO BOX 3338, NEW ORLEANS, LA 70116

10925   BAILEY TRUSTY COOK, PO BOX 151, BATESVILLE, MS 38606

10925   BAILEY WILLIAMS, 3500 NCBN PLAZA, 901 MAIN ST, DALLAS, TX 75202-3714

10925   BAILEY, ANDREA, 107 1/2 CHURCH ST., DELHI, LA 71232

10925   BAILEY, ANNE, 472 MADRESELVA CT, CAMARILLO, CA 93010

10925   BAILEY, ANTHONY, PO BOX 6891, LAKE CHARLES, LA 70606

10925   BAILEY, AYANNA, 4300 SLOOP WAY, COLLEGE PARK, GA 30349

10925   BAILEY, B, RT. 1, BOX 331, JASPER, MO 64755

10925   BAILEY, BARBARA, 2324 THRUSH ROAD, FLOWER MOUND, TX 75028

10925   BAILEY, BETTY, 1217 MAREED, YAZOO CITY, MS 39111

10925   BAILEY, BRENDA, RT 1 BOX 1G, HOMER, LA 71040

10925   BAILEY, BYRON, 17369 OHIO, DETROIT, MI 48221

10925   BAILEY, CAROL, 1041 CHURCH ST, BALTIMORE, MD 21225

10925   BAILEY, CAROLE, 4790 70TH ST #7, LA MESA, CA 91941

10925   BAILEY, CHARLES, 2450 A-1 HILL ROAD, ARANSAS PASS, TX 78336

10925   BAILEY, CHARLES, 315 BRUSHWOOD DRIVE, OWINGS MILLS, MD 21117-1382

10925   BAILEY, CHARLES, PO BOX 768, MERTZON, TX 76941-0768

10925   BAILEY, CHARLIE, 2211 S 39TH ST, FT PIERCE, FL 34947-9998

10925   BAILEY, CHERYL, 730 S.HANOVER ST, BLATIMORE, MD 21230

10925   BAILEY, CLEO, 1270 SAM POWELL DAIRY RD, ROANOKE RAPIDS, NC 27870

10925   BAILEY, COREY, 2251 SHERMAN AVE NW APT 432, WASHINGTON, DC 20001

10925   BAILEY, CRAIG, RT 3 BOX 3631, PEARLAND, TX 77581

10925   BAILEY, DAVID, 317 EAST 35TH ST., ODESSA, TX 79762

10925   BAILEY, DONALD, 201 S GRANT AVE, FOWLER, IN 47944-9998

10925   BAILEY, DOROTHEA, 6118 MAGNOLIA ST, PHILADELPHIA, PA 19144

10925   BAILEY, DUNCAN, 7415 S A1A #205, MELBOURNE BEACH, FL 32951

10925   BAILEY, EDWARD, 781 KINGSTON DRIVE, EDGEWOOD, KY 41017

10925   BAILEY, ELLEN, 8360 DUNHAM CT. APT C, SPRINGFIELD, VA 22152

10925   BAILEY, ELMORE, 101 SUNRISE DRIVE, MAULDIN, SC 29662-2430

10925   BAILEY, ERNEST, 560 OWENS DRIVE, SPARTANBURG, SC 29303-3220

10925   BAILEY, ETTA, ROUTE 1 BOX 78, SUNBURY, NC 27979

10925   BAILEY, GEORGE E, PO BOX 1385, HEBRON, CT 06248

10925   BAILEY, GEORGE, 1414 ELEONER ST, NEW ORLEANS, LA 70115

10925   BAILEY, GEORGE, PO BOX 1385 38 BURROWS HILLS RD, HEBRON, CT 06248-1385

10925   BAILEY, GORDON, 29 MEADOW LANE, WESTFORD, MA 01886

10925   BAILEY, HAROLD, 900 CAVINS RD, WOODRUFF, SC 29388

10925   BAILEY, HARRY, 10966 WAYNES TRACE ROAD, SOMERVILLE, OH 45064

10925   BAILEY, HARRY, 4007 ST. CHARLES AVEAPT. 319, NEW ORLEANS, LA 70115

10925   BAILEY, HENRY, 112 HERON COVE, GEORGETOWN, SC 29440

10925   BAILEY, HENRY, 407 ARNOLD AVE, SUMTER, SC 29150

10925   BAILEY, J SCOTT, 26306 BUSCADOR, MISSION VIEGO, CA 92692

10925   BAILEY, J, 1155 DEMUNN RD., BEAVER DAMS, NY 14812

10925   BAILEY, J, 3713 OLETA, EL DORADO, AR 71730

10925   BAILEY, JACKIE, 4202 S HEATHCOE RO, PLANT CITY, FL 33567

10925   BAILEY, JACQUELINE, 10283 NICHOLS ROAD, GARRETTSVILLE, OH 44231

10925   BAILEY, JAMES, 10453 SHADOW, GEISMAR, LA 70734

10925   BAILEY, JAMES, 2410 FINCHLEY DRIVE, CHARLOTTE, NC 28205

10925   BAILEY, JAMES, 25 DURRIN CHURCH ROAD, FOUNTAIN INN, SC 29644

10925   BAILEY, JAMES, 3064 ABERCROMBIE ROAD, FOUNTAIN INN, SC 29644

10925   BAILEY, JAMES, 8400 WOODWARD DRIVE, RICHMOND, VA 23236

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BAILEY, JAMES, PO BOX 561611, CHARLOTTE, NC 28256

10925  BAILEY, JEFFREY, PO BOX 902, MAULDIN, SC 29662

10925  BAILEY, JENNIFER, 1895 W 900 N, THORNTOWN, IN 46071

10925  BAILEY, JERRY, 17503 DEERCREEK DR, SPRING, TX 77379

10925  BAILEY, JESSIE, 1287 CR 288, FIVEPOINTS, AL 36855

10925  BAILEY, JOHN, 169 SOUTH AVE, WHITMAN, MA 02382

10925  BAILEY, JONATHAN, 201 SOUTH KINGS DR, FOUNTAIN INN, SC 29644

10925  BAILEY, JOSEPH, 6909 W. 64TH PLACE, CHICAGO, IL 60638

10925  BAILEY, JULIAN, 524 NORTH CHARLES ST, 1417, BALTIMORE, MD 21201

10925  BAILEY, KENNETH, 2130 RD B, REDWOOD VALLEY, CA 95470

10925  BAILEY, KEVIN, 6111 RYEGATE DR, HOUSTON, TX 77041

10925  BAILEY, KEVIN, 7806 VALLEY TRAILS, SAN ANTONIO, TX 78250

10925  BAILEY, KIMBERLY, PO BOX 6, IVEL, KY 41642

10925  BAILEY, KIP, 443 E. NORTHWOOD DR, GRIFFIN, GA 30223

10925  BAILEY, KRISTINA, 2130 RD B, REDWOOD VALLEY, CA 95482

10925  BAILEY, LARRY, 4714 N 73RD AVE, PHOENIX, AZ 85033

10925  BAILEY, LAURA, 26 KINSMANVIEW CIRCL, SILVER SPRING, MD 20901

10925  BAILEY, LAVINIA, 250 TWIN VALLEY ROAD, DUNCAN, SC 29334-9769

10925  BAILEY, LESLIE, 800 CONCORD RD, CARLISLE, MA 01741

10925  BAILEY, LINDA, 6112 RIDGE TREE ROAD, FREDERICKSBURG, VA 22407

10925  BAILEY, LINDA, 614 MAYBERRY RD, JONESBORO, TN 37659

10925  BAILEY, LORRIE, 1020 BRICKYARD ROAD, SEAFORD, DE 19973

10925  BAILEY, MARGARET, 1126 CHIPPENDALE, KILLEEN, TX 76542

10925  BAILEY, MARGARET, 1424 APPLETON ROAD, ELKTON, MD 21921

10925  BAILEY, MARK, 10041 KY 405, MACEO, KY 42355

10925  BAILEY, MARK, 3506 READING CREST AV, READING, PA 19605

10925  BAILEY, MARSHA, 380 BUTTERNUT DRIVE, AUBURN, AL 36830

10925  BAILEY, MARSHA, 67 MILES ROAD, NEWBERRY, SC 29108

10925  BAILEY, MARY, 18330 S.E. 52ND PL., OKLAWAHA, FL 32179

10925  BAILEY, MARYANN, 6517 ITHACA ST, METAIRIE, LA 70003

10925  BAILEY, MICHAEL, 35221 JULIE DRIVE, DONALDSONVILE, LA 70346

10925  BAILEY, MICHELLE, 1212 METZE RD #29D, COLUMBIA, SC 29210

10925  BAILEY, MYRON, 17369 OHIO, DETROIT, MI 48221

10925  BAILEY, MYRTLE, 3443 MONTE CARLO, DALLAS, TX 75238

10925  BAILEY, NOLEN, 2714 HANCOCK, ODESSA, TX 79762

10925  BAILEY, PATRICIA, 1784 OVERLOOK DRIVE, AMBRIDGE, PA 15003

10925  BAILEY, PATRICIA, PO BOX 530, HOLLIDAY, TX 76366

10925  BAILEY, PATRICK, 413 CHARING CROSS RD, IRMO, SC 29063

10925  BAILEY, PEYTON, 1401 NOBLE FOREST DR, NORCROSS, GA 30092

10925  BAILEY, PHYLLIS, 1155 DEMUNN RD, BEAVER DAMS, NY 14812

10925  BAILEY, REGINA, 12623 BAY TREE DR, ST LOUIS, MO 63033

10925  BAILEY, RICHARD, 16049 ROBINSON RD, PLAIN CITY, OH 43064

10925  BAILEY, S, 128 4TH ST, SLATINGTON, PA 18080

10925  BAILEY, SCOTT, 1825 WILDERNESS DR, TALBOTT, TN 37877

10925  BAILEY, SHEILA, 357 HILLANDALE RD #85, GREENVILLE, SC 29609

10925  BAILEY, SHELBY, 3966 NEW HAVEN ROAD, HAMILTON, OH 45013

10925  BAILEY, STACY, 138 CONSTITUTION, DEMOTTE, IN 46310

10925  BAILEY, STEPHANIE, 2235 ARTHUR FORD CT., LOUISVILLE, KY 40217

10925  BAILEY, STEPHEN, PO BOX 844, CRAIG, CO 81626

10925  BAILEY, SUSAN, 64 HARTFORD ST, MEDFIELD, MA 02052

10925  BAILEY, TAMALA, 2275 JASMINE AVE., MACON, GA 31204

}

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BAILEY, TAMMY, 4750 W. VILLA THERESA DR., GLENDALE, AZ 85038

10925   BAILEY, TERRY, 410 TUCKER ST. # 34, CRAIG, CO 81625

10925   BAILEY, TODD, 215 REVERE BLVD., READING, PA 19609

10925   BAILEY, VALERIE, 1568 GLENN ST, ALEX CITY, AL 35010

10925   BAILEY, VANESSA, 209 NORTH AVE., SANDERSVILLE, GA 31082

10925   BAILEY, WANDA, 740 FAIRVIEW CHRCH RD, FOUNTAIN INN, SC 29644

10925   BAILEY, WILLIAM, 127 WHEAT FIELD, DUSON, LA 70529

10925   BAILEY, WILLIAM, RT. 1, BOX 714K, SPRUCE PINE, NC 28777

10925   BAILEY/FISHER & PORTER, 125 E COUNTY LINE RD, WARMINSTER, PA 18974-4444

10925   BAILEYS DISTRIBUTORS, 1064 GOFFS FALL RD, MANCHESTER, NH 03103

10925   BAILEYS MOVING & STORAGE, 11755 E PEAKVIEW AVE, ENGLEWOOD, CO 80111

10925   BAILEY-TRAMMELL, JEAN, PO BOX 384, SIMPSONVILLE, SC 29681

10925   BAILIE, GARY, 110 ROSE ANN COURT, EASLEY, SC 29640

10925   BAILIFF ENTERPRISES, INC, 8423 AIRLINE DR., HOUSTON, TX 77037

10925   BAILLIE, DANIEL, 275 MACKINTOSH AVE, GLEN BURNIE, MD 21061

10925   BAILLIE, ROGER, 662 CHESTNUT SPRINGS LA, GLEN BURNIE, MD 21060

10925   BAILOUL, SAID, 1583 B NORIL VAN, ALEXANDRIA, VA 22304

10925   BAILS, DONALD, BOX 62, NORWAY, IA 52318

10925   BAILY JR, THEODORE L, 4670 DICK PRICE ROAD, FORT WORTH, TX 76140-7712

10925   BAILY, SHERRI, 978 NEW HUTCHINSON R, LAGRANGE, GA 30240

10925   BAIN ENVIRONMENTAL INC, 900 OGDEN AVE, DOWNERS GROVE, IL 60515

10925   BAIN SR., FREEMAN, SP 156, SAN LEANDRO, CA 94577

10925   BAIN, DOUGLAS, 4618 JADE LANE, HOFFMAN ESTATES, IL 60195

10925   BAIN, GLADYS S, 15161 HIGHLAND AVE, ORLAND PARK, IL 60462-3540

10925   BAIN, KIMBERLY J, 4323 CRITES ST, HOUSTON, TX 77003

10925   BAIN, LELAND, 6 AVENIDA AVETA, ALAMOGORDO, NM 88311

10924   BAINBRIDGE HOSPITAL, 1500 E. SHOTWELL STREET, BAINBRIDGE, GA 31717

10925   BAINBRIDGE, MARTHA, 834 INDIAN TRAIL RUN, INMAN, SC 29349

10925   BAINBRIDGE, ROSEANN, 214 FOREST WAY, WOODSTOCK, GA 30188

10925   BAINE, NELLIE, 5 N BROWN AVE, FORT MEADE, FL 33841-2813

10925   BAINES, DAWN, 13011 LAUREL ST, LAKESIDE, CA 92040

10925   BAINTER, PHILLIP, 228 E.PEACHTREE, ATLANTA, GA 30305

10925   BAIR, DAVID, 553 ROSEMONT ROAD, VIRGINIA BEACH, VA 23452

10925   BAIR, FRANK, 4422 VENTURA PLACE, ST LOUIS, MO 63128

10925   BAIR, GARY, 95 N RIDGE RD, REINHOLSA, PA 17569

10924   BAIRD CONCRETE PROD INC., ATTN:  ACCOUNTS PAYABLE, COSHOCTON, OH 43812

10924   BAIRD CONCRETE PROD, INC., 15 LOCUST ST, COSHOCTON, OH 43812

10924   BAIRD CONCRETE, 15 LOCUST STREET, COSHOCTON, OH 43812

10925   BAIRD JR, S, 306 HUEY ST, GASTON, NC 27832

10925   BAIRD JR, WILLIAM, 1018 WOODBURN ROAD, SPARTANBURG, SC 29302

10925   BAIRD, BRIAN, 306 CLOVER DRIVE, SLIDELL, LA 70458

10925   BAIRD, FRED, 1199 SALEM ROAD, CLARKSVILLE, TN 37040

10925   BAIRD, JACQUELINE, 282 FISK ST, PITTSBURGH, PA 15201

10925   BAIRD, JAMES, 7201 WOODVILLE RD, MT AIRY, MD 21771

10925   BAIRD, JASON, 1848 IVYSTONE CT., RICHMOND, VA 23233

10925   BAIRD, JUSTUS N., 9114 MAHONING, HOUSTON, TX 77074

10925   BAIRD, SANDRA, 5509 FOUNTAIN LAKE, BRADENTON, FL 34207

10925   BAIRD, SHIRLEY, PO BOX 1675, NEW CASTLE, PA 16103

10925   BAIRDS CLEANING SERVICE, 4706 SLADE DR, FAIRFIELD, OH 45014

10925   BAIRDS CLEANING SERVICE, 4706 SLADE DR., FAIRFIELD, OH 45014

10925   BAIRNCO CORP., 2251 LUCIEN WAY, MAITLAND, FL 32751-7037

}

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BAIROS, JOSE, 195 POWELL ST, STOUGHTON, MA 02072

10925  BAIRSTOW, SUSAN, PO BOX 235, BELLEVIEW, FL 34421

10925  BAISCH, LYNDA, 5916 JEMEZ, EL PASO, TX 79905

10925  BAISDEN, JACK, 8955 ST RT 514, SHREVE, OH 44676

10925  BAISDEN, KATHRYN, 11760 MINOT DR, BRIDGETON, MO 63044

10925  BAITH, BENJAMIN, 1178 1/2 AMOY WEST, MANSFIELD, OH 44903

10925  BAITY, GLYNIS, 1034 FOXCHASE DR, SAN JOSE, CA 95123

10925  BAIZ JR, THOMAS A, 600 CENTRAL PLAZA #316, GREAT FALLS, MT 59401

10925  BAIZA, DIANA L., 7343 PARK WEST DR., SAN ANTONIO, TX 78250

10924  BAJA CONTRACTORS INC, O' HARE AIRPORT, CAMBRIDGE, MA 02140

10924  BAJA CONTRACTORS, 8452 W 44TH PLACE, LYONS, IL 60534

10924  BAJA CONTRACTORS, INC., 116TH STREET & TORRENCE AVENUE, CHICAGO, IL 60617

10924  BAJA CONTRACTORS, INC., 123RD & DIVISION STREET, BLUE ISLAND, IL 60406

10924  BAJA CONTRACTORS, INC., 1ST AVENUE & CERMAK ROAD, NORTH RIVERSIDE, IL 60546

10924  BAJA CONTRACTORS, INC., 2100 N. DES PLAINES RIVER ROAD, RIVER GROVE, IL 60171

10924  BAJA CONTRACTORS, INC., 22ND & LAFLIN, CHICAGO, IL 60608

10924  BAJA CONTRACTORS, INC., P. O. BOX 668, LEMONT, IL 60439

10924  BAJA CONTRACTORS, INC., PO BOX 668, LEMONT, IL 60439

10924  BAJA CONTRACTORS, INC., TALCOTT & TOUHY, PARK RIDGE, IL 60068

10925  BAJEMA, LARA, 1644 VALENCIA, RESTON, VA 22090

10925  BAJIC, AMY, 5226 S MOODY AVE, CHICAGO, IL 60638

10925  BAK, JOHN, 22 FRUIT ST, TAUNTON, MA 02780

10925  BAKEMAN, VANCE, 20 FULL SWEEEP, HILTON HD ISLD, SC 29928

10925  BAKER - PERKINS, 1000 HESS, SAGINAW, MI 48601

10925  BAKER & BOTTS L.L.P., PO BOX 201626, HOUSTON, TX 77216-1626

10925  BAKER & BOTTS, LLP, 1600 SAN JACINTO CENTER, AUSTIN, TX 78701-4039

10925  BAKER & HOSTETLER LLP, PO BOX 200161, DALLAS, TX 75320-0161

10925  BAKER & HOSTETLER, DONNA L DUFFY, 3200 NATIONAL CITY CENTER, 1900 EAST 9TH ST, CLEVELAND, OH 44114-3485

10924  BAKER & HOSTETLER, P O BOX 70189-T, CLEVELAND, OH 44114-3485

10925  BAKER & MC KENZIE, 815 CONNECTICUT AVE NW, WASHINGTON, DC 20006-4078

10925  BAKER & MCKENZIE, 10 HARCOURT ROAD, HONG KONG, HONG KONG          *VIA Deutsche Post*

10925  BAKER & MCKENZIE, 1200 BRICKELL AVE 19TH FL, MIAMI, FL 33131

10925  BAKER & MCKENZIE, 130 EAST RANDOLPH DR, CHICAGO, IL 60601

10925  BAKER & MCKENZIE, 130 EAST RANDOLPH DRIVE, CHICAGO, IL 60601

10925  BAKER & MCKENZIE, 32 AVE KLEBER, PARIS, 75116FRANCE          *VIA Deutsche Post*

10925  BAKER & MCKENZIE, AVINGUDA DIAGONAL 652 EDIF.D,.PL., BARCELONA, 08034SPAIN          *VIA Deutsche Post*

10925  BAKER & MCKENZIE, LINNEGATAN 18, POBOX 5719, STOCKHOLM, 11487SWEDEN          *VIA Deutsche Post*

10925  BAKER & MCKENZIE, PRAGUE, 110 OZCZECH REPUBLIC          *VIA Deutsche Post*

10925  BAKER & MCKENZIE, UL DLUGA 26/28, WARSZAWA, 00-238POLAND          *VIA Deutsche Post*

10924  BAKER & SHINDLER R/M, 525 CLEVEVLAND AVE, DEFIANCE, OH 43512

10924  BAKER & SHINDLER R/M, GERMAN ST. OFF ST. RT 111, PAULDING, OH 45879

10924  BAKER & SHINDLER READY MIX, P O BOX 488, DEFIANCE, OH 43512

10924  BAKER & TAYLOR BOOKS, 2709 WATER RIDGE PARKWAY, CHARLOTTE, NC 28217

10925  BAKER & TAYLOR INC, 501 S GLADIOLUS, MOMENCE, IL 60954

10925  BAKER & TAYLOR INC, 555 ELEVENTH ST NW SUITE 1000, WASHINGTON, DC 20004-1304

10925  BAKER & TAYLOR INC, CARLILE PATCHEN & MURPHY LLP, 366 EAST BROAD ST, COLUMBUS, OH 43215

10925  BAKER & TAYLOR, 2709 WATER RIDGE PKWY, CHARLOTTE, NC 28217

10925  BAKER & TAYLOR, INC, 555 ELEVENTH ST, NW, SUITE 1000, WASHINGTON, DC 20004-1304

10925  BAKER & TAYLOR, INC, PO BOX 2194, CAROL STREAM, IL 60132-2194

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BAKER ADHESIVES, INC., 152-158 MT PLEASANT AVE, NEWARK, NJ 07104

10925    BAKER AND MCKENZIE, 1200 BRICKELL AVE 19TH FL, MIAMI, FL 33131

10925    BAKER BOTTS LLP, 2001 ROSS AVE, DALLAS, TX 75201

10925    BAKER BOTTS LLP, PO BOX 201626, HOUSTON, TX 77216-1626

10925    BAKER COMMODITIES, PO BOX 132, NORTH BILLERICA, MA 01862-0132

10924    BAKER CONCRETE CONST.(ATT MARK, BROUGHTON   C/O WOMACK REPLACEMENT, FORT BRAGG, NC 28307

10924    BAKER CONCRETE CONSTRUCTION, 900 NORTH GARVER RD, MONROE, OH 45050

10924    BAKER CONCRETE CONSTRUCTION, 900 NORTH GARVER ROAD, MONROE, OH 45050

10924    BAKER CONCRETE CONSTRUCTION, ARGOSY PLANT US 50, LAWRENCEBURG, IN 47025

10924    BAKER CONCRETE CONSTRUCTION, INC., 1220 SOLON ROAD, WAXAHACHIE, TX 75165

10924    BAKER CONCRETE CONSTRUCTION, INC., 900 NORTH GARVER RD, MONROE, OH 45050

10924    BAKER CONCRETE CONSTRUCTION, LONG & LILLY RD., FORT BRAGG, NC 28307

10924    BAKER CONCRETE, REILLY & LONG ST., C/O WOMACK ARMY REPLACEMENT, FORT BRAGG, NC 28307

10924    BAKER CONSTRUCTION, 1220 N. SOLON ROAD, WAXAHACHIE, TX 75165

10925    BAKER DISTRIBUTING CO., PO BOX 861765, ORLANDO, FL 32886-1765

10925    BAKER DONELSON BEARMAN & CALDWELL, 555 ELEVENTH ST NW, WASHINGTON, DC 20004

10925    BAKER ELECTRONICS INC, PO BOX 2759, SARASOTA, FL 34230

10925    BAKER EVERSEN, MARGARET, 1657 REED ROAD, WEST TRENTON, NJ 08628

10925    BAKER FAMILY INVESTMENT CLUB, 291 STUYVESANT AVE, BROOKLYN, NY 11233-1068

10925    BAKER FURNACE, INC, 3780-A PROSPECT AVE, YORBA LINDA, CA 92886

10925    BAKER HUGHES INC AS BAKER HUGHES OI, J CURTIS, 3900 ESSEX LANE, SUITE 1200, HOUSTON, TX 77027

10925    BAKER HUGHES/BAKER PETROLITE, BUSINESS SUPPORT SERVICES, PO BOX 200415, HOUSTON, TX 77216-0415

10925    BAKER III, JOHN H, 1177 W. LOOP SOUTH, SUITE 1177, HOUSTON, TX 77027

10925    BAKER JR, CLYDE, 6825 RACEWAY ROAD, CAMBY, IN 46113

10925    BAKER JR, WILLARD O, 9840 ARROWSMITH AVE S, SEATTLE, WA 98118-5905

10925    BAKER PROCESS, 10769 WOODSIDE AVE, SANTEE, CA 92071

10925    BAKER PROCESS, 14990 YORKTOWN PLAZA DR., HOUSTON, TX 77040

10925    BAKER PROCESS, 2600 WENTZ AVE., SASKATOON, SK S7K 2L1CANADA          *VIA Deutsche Post*

10925    BAKER PROCESS, 291 RT 22 STE 11, LEBANON, NJ 08833

10925    BAKER PROCESS, 669 W. 200 SOUTH, SALT LAKE CITY, UT 84101

10925    BAKER PROCESS, PO BOX 1406, EL CAJON, CA 92022

10925    BAKER PROCESS, PO BOX 200246, HOUSTON, TX 77216-0246

10925    BAKER PROCESS, PO BOX 203055, HOUSTON, TX 77216-3055

10925    BAKER PROCESS, PO BOX 203055, SALT LAKE CITY, UT 84101

10925    BAKER PROCESS, PO BOX 300, SALT LAKE CITY, UT 84110

10924    BAKER QUIMICAS DE VENEZUELA S.A., APARTADO 66721, CARACAS 1061-A, .VENZUALA          *VIA Deutsche Post*

10924    BAKER READY MIX & CONSTRUCTION, 3495 HWY 15 SOUTH, LOUISVILLE, MS 39339

10925    BAKER REALTY COMPANY INC, PO BOX 53471, KNOXVILLE, TN 37950-3471

10924    BAKER ROCK RESOURCES, 21880 SW FARMINGTON RD, BEAVERTON, OR 97007

10924    BAKER ROCK RESOURCES, 33485 CROWN ZELLERBBACH ROAD, SCAPPOOSE, OR 97056

10924    BAKER RUBBER CO., 811 PROGRESS ROAD, CHAMBERSBURG, PA 17201

10924    BAKER RUBBER CO., CAMBRIDGE, MA 02140

10925    BAKER RUBBER INC, 135 SOUTH LASALLE, CHICAGO, IL 60674-4357

10924    BAKER SHINDLER READY MIX, 121 GERMAN, PAULDING, OH 45879

10924    BAKER SHINDLER READY MIX, 525 CLEVELAND AVENUE, DEFIANCE, OH 43512

10924    BAKER SHINDLER READY MIX, P.O. BOX 488, DEFIANCE, OH 43512

10924    BAKER SHINDLER READY MIX, P.O.BOX 488, DEFIANCE, OH 43512

10925    BAKER SR, PAUL, 4550 MONTGOMERY AVE, 1000N, BETHESDA,, MD 20814

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BAKER TANKS GULF SOUTH, INC, 19618 S. SUSANA RD., RANCHO DOMINGUEZ, CA 90221

10925    BAKER TANKS, PO BOX 12, SULPHUR, LA 70664

10925    BAKER THOMSEN ASSOCIATES, 9817 NE 54TH ST, VANCOUVER, WA 98662

10925    BAKER WORTHINGTON, PO BOX 59008, KNOXVILLE, TN 37950-9008

10925    BAKER, ALTON, 552 NORMANDY LANE, FT WORTH, TX 76179

10925    BAKER, ANDREA, 15 N COLTS NECK WAY, HOCKESSIN, DE 19707

10925    BAKER, ANGELA, 1408 10TH AVE, BELLE PLAINE, IA 52208

10925    BAKER, ANGELA, 14314 GEORGIA AVE, SILVER SPRING, MD 20906

10925    BAKER, ANN, 3559 WARBLER DR, DECATUR, GA 30034

10925    BAKER, ANNE-MARIE M, 22 DUSTIN YOUNG LN, BILLERICA, MA 01821-5107

10925    BAKER, ANTHONY, 4810 CEDAR SPRINGS, DALLAS, TX 75219

10925    BAKER, ARLISS, 76 PHILLIPS LANE, MCKEES ROCK, PA 15136

10925    BAKER, AUGUSTA, 291 STUYVESANT AVE, BROOKLYN, NY 11233-1068

10925    BAKER, BARRY, PO BOX 312042, NEW BRAUNFELS, TX 78131

10925    BAKER, BERYL, 208 E. SOUTH ST, 117, SHREVE, OH 44676

10925    BAKER, BETTY, 5745 LAWSON LANE, OKLA CITY, OK 73132

10925    BAKER, BEVERLY, RT 3 HWY 51 PO BOX 3129, CARNESVILLE, GA 30521

10925    BAKER, BRIAN, 46409 284TH ST, DAVIS, SD 57021

10925    BAKER, BRIAN, 96 OLD COLONY AVE., 112, EAST TAUNTON, MA 02718

10925    BAKER, BRUCE, 1514 S 16TH AVE, YAKIMA, WA 98901

10925    BAKER, BURTON, 307 WEST 2ND ST, LIBBY, MT 59923

10925    BAKER, CARLTON BERN, 467 LINCOLN AVE, ORANGE, NJ 07050

10925    BAKER, CAROL, 52 HARRIOT AVE, HARRINGTON PARK, NJ 07640

10925    BAKER, CAROL, 6506 RED TOP RD, HYATTSVILLE, MD 20783

10925    BAKER, CAROLE, STAR RT BOX 1AA, GASTON, NC 27832

10925    BAKER, CAROLYN, 3201 ELLINGTON CT., BENSALEM, PA 19020

10925    BAKER, CHARLES, 1986 ALFALFA COURT, MARRIOTTSVILLE, MD 21104

10925    BAKER, CHERYL, 201 BLACKWOOD DR, MONROE, LA 71202

10925    BAKER, CHRISTIE C, RT 1 BOX 473, EASTOVER SC, SC 29044

10925    BAKER, CHRISTOPHER, 10118 TOWHEE AVE, ADELPHI, MD 20783

10925    BAKER, CONNIE, 250 PEARSON ST, GREER, SC 29651

10925    BAKER, DARICE, 1340 S. W. 52, OKLAHOMA CITY, OK 73119

10925    BAKER, DAVID E, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    BAKER, DAVID L, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    BAKER, DAVID, 101 SHARON DRIVE, PASADENA, MD 21122

10925    BAKER, DAVID, 1103 W 21ST ST, ODESSA, TX 79762

10925    BAKER, DAVID, 1215 TURNBERRY COURT, PASADENA, MD 21122

10925    BAKER, DAVID, 6413 MOSSY BANK PARK ROAD, BATH, NY 14810

10925    BAKER, DAWN, 5935 KELLYS LANDING, FAYETTEVILLE, NC 28306

10925    BAKER, DEANGELO, 3436 N. RALSTON, INDIANAPOLIS, IN 46218

10925    BAKER, DEBORAH, 5400 PINEHURST DRIVE, WILMINGTON, DE 19808

10925    BAKER, DEBRA LYNN, 2966 NW 91ST AVE, CORAL SPRINGS, FL 33065

10925    BAKER, DEE, 1421 ROPER MTN RD #404, GREENVILLE, SC 29615

10925    BAKER, DONELSON, BEARMAN & CADWELL, 511 UNION ST, NASHVILLE, TN 37219

10925    BAKER, DONNA, 1215 TURN BERRY CT, PASADENA, MD 21122

10925    BAKER, DONNA, 4295 FRISCO BRANCH, SUMTER, SC 29154

10925    BAKER, DORIS, 2913 MESSA VERDE, GRAPEVINE, TX 76051

10925    BAKER, DOROTHY, 21 LAKE VILLA DRIVE, ROSWELL, GA 30076

10925    BAKER, DOUGLAS, RD 1 BOX 1831, NEW COLUMBIA, PA 17856

10925    BAKER, E, 59 DELTA LANE, CLAYTON, GA 30525-2741

10925    BAKER, EDYTH, RT.1, BOX 394-D, ROANOKE RAPIDS, NC 27870

}

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BAKER, ELIZABETH, CHESTNUT ST PO BOX 67, REIDVILLE, SC 29375

10925   BAKER, ELSA, 16 MILLTOWN RD, BRIDGEWATER, NJ 08807

10925   BAKER, ERIC, 954 KINNEY LAKE ROAD, CARROLLTON, GA 30116

10925   BAKER, ESQ, DJ, SKADDEN, ARPS, SLATE, MEAGHER, FOUR TIMES SQUARE, NEW YORK, NY 10036

10925   BAKER, F, 6728 VILLA HERMOSA, EL PASO, TX 79912

10925   BAKER, FRANCIS, 26 CHARLES ST, ROCHESTER, NH 03867

10925   BAKER, FRANK, 200 W SAN BERARDINO AVE, RIALTO, CA 92375

10925   BAKER, GARY, 1011 BEAUMONT AVE, BALTIMORE, MD 21212

10925   BAKER, GENTLE, 2776 OLD PEACHTREE, DACULA, GA 30211

10925   BAKER, GEORGE, 555 BEE HILL ROAD, WILLIAMSTOWN, MA 01267

10925   BAKER, GERALD, 15 WHITCOMB ST, WEBSTER, MA 01570

10925   BAKER, GINGER, 3991 WOODLAND CIRCLE, CONYERS, GA 30208

10925   BAKER, GLENN, 241 WARD DRIVE, ELMWOOD, GA 30049

10925   BAKER, GLORIA, 123 SUNSET, HARRELLSVILLE, NC 27942

10925   BAKER, HAROLD, 100 FORESTVILLE ROAD, TRAVELER REST, SC 29690

10925   BAKER, HAROLD, 9 MIDWAY RD, GREENVILLE, SC 29605

10925   BAKER, HARRY, 128 BLACK RD, SIMPSONVILLE, SC 29681

10925   BAKER, HERSHEL, 1640 LAKE PARK CR, MORRISTOWN, TN 37814

10925   BAKER, J, 219 WEST KILLARNEY LK, MOORE, SC 29369

10925   BAKER, JACQUELINE, 620 W. BARSTOW #B, CLOVIS, CA 93612-0000

10925   BAKER, JACQUELYN, 52 WHISPERING PINES DRIVE, CRANSTON, RI 02921

10925   BAKER, JAMES, 1130 OLD FORT DR, TALLAHASSEE, FL 32301-4664

10925   BAKER, JAMES, 2501 ROANOKE DR #175, HUNTSVILLE, AL 35801

10925   BAKER, JAMES, 605 VALENCIA COURT, BARTOW, FL 33830-7031

10925   BAKER, JAMES, 680 REDWOOD COURT, SATELLITE BEACH, FL 32937

10925   BAKER, JENNIFER, 52 HARRIOT AVE., HARRINGTON PK, NJ 07640

10925   BAKER, JOHN, 21 WALES AVE, STOUGHTON, MA 02072

10925   BAKER, JOHN, 9320 RIDINGS WAY, LAUREL, MD 20723

10925   BAKER, JOHN, PO BOX 870, EVANSTON, WY 82930

10925   BAKER, JOHNNY, PO BOX 1694, LEAGUE CITY, TX 77574-1694

10925   BAKER, JOSEPH, 1215 S FAIRVIEW, BARTOW, FL 33830

10925   BAKER, K.E. KELLI, 196 ROLLING, FLORENCE, MS 39273

10925   BAKER, KATHERINE, 53 FAIR OAKS, MONROE, LA 71203

10925   BAKER, KELVIN, 511 S WILSON AVE, LAKELAND, FL 33801

10925   BAKER, KEVIN, 5969 CLERKENWELL CT, BURKE, VA 22015

10925   BAKER, L, 4115 GARFIELD ST, DALLAS, TX 75211

10925   BAKER, LARRY, 515 FOX RUN PKWY, OPELIKA, AL 36801

10925   BAKER, LAWRENCE, 1121 TWELFTH ST NW, WASHINGTON, DC 20005

10925   BAKER, LEO, 32 ROYAL CREST DRIVE, 5, NASHUA, NH 03060

10925   BAKER, LISA, 1112 N. W. 55TH ST., OKLA. CITY, OK 73118

10925   BAKER, LISA, 3645 STANTON ST, INDIANAPOLIS, IN 46201

10925   BAKER, LORRAINE, 22 WAMPONAOUG TRAIL, WEST GREENWICH, RI 02817

10925   BAKER, LORRAINE, 31 LISA LANE, LINCOLN PARK, NJ 07035

10925   BAKER, LUTHER, 6342 RED HAVEN RD, COLUMBIA, MD 21045

10925   BAKER, LYDIA, 5112 LEEWARD ROAD, BENSALEM, PA 19020-5361

10925   BAKER, LYNN, 53 N CLARK AVE, SOMERVILLE, NJ 08876

10925   BAKER, MELANIE A, 1316 HYMELIA ST, METAIRIE, LA 70003

10925   BAKER, MELISSA, 101 SHARON DRIVE, PASADENA, MD 21122

10925   BAKER, MELISSA, 2776 OLD PEACHTREE RD., DACULA, GA 30211

10925   BAKER, MERRY ANN, RT 1 BOX 216 B, BUNNELL, FL 32110

10925   BAKER, MICHAEL, 1358 MEADOW LANE AVE, RACINE, WI 53406

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BAKER, MICHAEL, 1901 VINTON, MEMPHIS, TN 38104

10925   BAKER, MIKE, 203 WOOD DR, PRINCETON, TX 75407-9070

10925   BAKER, MINNIE, PO BOX 238, HOMELAND, FL 33847-0238

10925   BAKER, NANCY, 17500 YOUNGBLOOD RD, CHARLOTTE, NC 28278

10925   BAKER, NICHOLAS, 4 METCALF ST, WESTWOOD, MA 02090

10925   BAKER, OBED, PO BOX 128, FALFURRIAS, TX 78355

10925   BAKER, PAIGE, 3215 DOYCRON COURT, BALTIMORE, MD 21207

10925   BAKER, PATRICIA, 442 SO MAIN ST APT 3, ATTLEBORO, MA 02703

10925   BAKER, PAUL, 1215 TURNBERRY COURT, PASADENA, MD 21122

10925   BAKER, PHD, R TERRY K, NORTHEASTERN UNIVERSITY, BOSTON, MA 02115-5000

10925   BAKER, PHYLLIS, 3361 S. LOCUST ST., DENVER, CO 80222

10925   BAKER, RANDY, 4330 GRANDVIEW #1505, ODESSA, TX 79762

10925   BAKER, RICHARD, 1107 MANDALAY CT., LILBURN, GA 30247

10925   BAKER, RICHARD, 2973 R C.R. 529, LOUDONVILLE, OH 44842

10925   BAKER, RICHARD, 8526 VERBENA DRIVE, RIVERSIDE, CA 92504

10925   BAKER, RICHARD, 8933 CHAPEL AV, ELLICOTT CTY, MD 21043

10925   BAKER, RICHARD, RT. 1, AGRA, OK 74824

10925   BAKER, ROBERT A, 2087 HAMMOND AVE, MARRIOTTSVILLE, MD 21104

10925   BAKER, ROBERT ALAN, 11701 SAN JOSE BLVD, JACKSONVILLE, FL 32223

10925   BAKER, ROBERT, 1029 JONQUIL LANE, CINCINNATI, OH 45231

10925   BAKER, ROBERT, PO BOX 923, LYMAN, WY 82937

10925   BAKER, RONALD, 644 MOSS OAK AVE, GAMANNA, OH 43230

10925   BAKER, RONALD, PO BOX 127, DURHAM, OK 73642-0127

10925   BAKER, RONALD, PO BOX 1471, GOLIAD, TX 77963

10925   BAKER, RONALD, PO BOX 42, GOODWINE, IL 60939

10925   BAKER, ROSE, 503 BELLEVIEW, BURTON, SC 29902

10925   BAKER, ROXANNE, 219 WEST KILLARNEY LK, MOORE, SC 29369-9112

10925   BAKER, SANDY, 601 N. DEPOT, CUSHING, OK 74023

10925   BAKER, SHARON, 823 17TH AVE. DR SE, HICKORY, NC 28602

10925   BAKER, SHERYL M, 32-31 102ND ST, EAST ELMHURST, NY 11369

10925   BAKER, SHERYL, 32-31 102ND ST, EAST ELMHURST, NY 11369

10925   BAKER, SHIRLEY, 101 APOLLO ST., SAN FRANCISCO, CA 94124-0000

10925   BAKER, STARLON, 4350 80 FOOT ROAD, BARTOW, FL 33830-9667

10925   BAKER, STEPHEN, 110 MADISON DRIVE, WEST UNION, SC 29696

10925   BAKER, STEPHEN, 741 NORTHERN AVE #K-8, CLARKSTON, GA 30021

10925   BAKER, TAMMY, PO BOX 646, HONEOYE, NY 14471

10925   BAKER, THURBERT, 40 CAPITOL SQUARE, SW, ATLANTA, GA 30334-1300

10925   BAKER, TIMMY, 66 THIRD ST, SOMERVILLE, NJ 08876

10925   BAKER, TRAVIA, 2906-A 11 TH ST NW, WASHINGTON, DC 20001

10925   BAKER, TROY, 3426 WEST COUNTRY RD 50, FT COLLINS, CO 80521

10925   BAKER, VERNITA, 799 SOUTH 11TH ST, NEWARK, NJ 07108

10925   BAKER, VERNON, 700 E. FAIRVIEW, MERIDAN, ID 83642

10925   BAKER, WAYNE, 1205 S HANOVER ST, BALTIMORE, MD 21230

10925   BAKER, WILLIAM L, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BAKER, WILLIAM, 10 PARSONAGE LANE, TOPSFIELD, MA 01983

10925   BAKER, WILLIAM, 3 LOCKMOOR LA, NEWPORT BEACH, CA 92660

10925   BAKER, WILLIAM, 5390 NORTHCHESTER COURT, DUNWOODY, GA 30338-3008

10925   BAKER, WILLIAM, C/O CORBETT STEELMAN, 18200 VON KARMAN AVE, SUITE 200, IRVINE, CA 92715

10925   BAKER, WORTHINGTON, CROSSLEY, 511 UNION ST SUITE 1700, NASHVILLE, TN 37219

10925   BAKERLIFT OF CHICAGO INC, 6454 WEST 74TH ST, BEDFORD PARK, IL 60638-9926

10925   BAKERS AUTO BODY INC, 445 W MCKELLIPS ROAD, MESA, AZ 85201

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BAKERS RUBBER CO, 811 PROGRESS RD, CHAMBERSBURG, PA 17201

10924   BAKERSFIELD TANK - HOOVER GROUP, 2903 PATTON WAY, BAKERSFIELD, CA 93308

10924   BAKERSFIELD TANK - HOOVER GROUP, ATTN:  ACCOUNTS PAYABLE, BAKERSFIELD, CA 93302-0639

10924   BAKERSFIELD TANK CO., ATTN:  ACCOUNTS PAYABLE, BAKERSFIELD, CA 93302-0639

10924   BAKERSTOWN CONTAINER CORPORATION, MIDDLESEX ROAD, BAKERSTOWN, PA 15007

10925   BAKER-WHITNEY OIL CO, POBOX 682, ACTON, MA 01720

10925   BAKEWELL, MARNIE, 1005 HICKORY HILL LN, HERMITAGE, TN 37076

10925   BAKHSHANDEH, GINA, 3527 HASTINGS DR., CARLSBAD, CA 92008

10925   BAKKER, STEVEN, 888 TYLERTON CIRCLE, GRAYSLAKE, IL 60030

10925   BAKLINI, LEONARD, 940 HIGHVIEW DR, SMYRNA, GA 30082

10925   BAKONDI, DANIEL, 408 WESTGATE ROAD, BALTIMORE, MD 21229

10925   BAKOPOLUS, MARIA, 36 ESSEX ST UNIT 11, SAUGUS, MA 01906

10925   BAKOVE, RICHARD, 1620 TAMARAC DRIVE, GOLDEN, CO 80401

10925   BAKSH, AMEENA, 137-09 132 AVE, S. OZONE PARK, NY 11436

10924   BALA CONCRETE INC, 130 QUAKER LANE, MALVERN, PA 19355

10924   BALA CYNWYD SCHOOL, 101 WEST LEVERING MILL RD, BALA CYNWYD, PA 19004

10925   BALA SUBRAMANIAM, 4006 LERNED HALL, CONGER-GABEL PROFESSOR, LAWRENCE, KS 66045-2223

10925   BALACHANDRAMOORTHY, SHYAMALAN, 1974 ST. GEORGE AVE #6, RAHWAY, NJ 07065

10925   BALADENSKAS, HELEN, 606 WASHBURN AVE, BALTIMORE, MD 21225

10925   BALADEZ, MELISSA, 4041 MEDICAL DR., SAN ANTONIO, TX 78229

10925   BALAKIRSKY, IRENE, 8805 ALLENSWOOD RD., RANDALLSTOWN, MD 21133

10925   BALAN, JOSEPH, 7810 STANWAY PLACE, BOCA RATON, FL 33433

10925   BALANCE TECHNOLOGY INC., 120 ENTERPRISE DRIVE, ANN ARBOR, MI 48103

10924   BALATAS AMER BRICK BLOCK, NO. 674 COL INDUSTRIAL, VALIEJO, 99999MEXICO     **\*VIA Deutsche Post\***

10924   BALATAS AMER BRICK BLOCK, VALIEJO 02300 MX D.F., S.A.DE C.V., PONIENTE, VALIEJO, 99999MEXICO     **\*VIA Deutsche Post\***

10924   BALATAS AMERICAN BRAKEBLOK, 514 ENTERPRISE BLDG., LAREDO, TX 78045

10924   BALATAS AMERICAN BRAKEBLOK, C/O DESPACHOS CASTANEDA SA DE C.V., LAREDO, TX 78040

10924   BALATAS AMERICAN BRAKEBLOK, COL. INDUSTRIAL, VALLEJO C.P., 02330MEXICO     **\*VIA Deutsche Post\***

10925   BALAVAGE, PATRICIA, 14 HEATHER HIGHLAND, INKERMAN, PA 18641

10925   BALAZS ANALYTICAL LABORATORY, 252 HUMBOLDT COURT, SUNNYVALE, CA 94089-1300

10925   BALBASTRO, MARTHA, 154 CAMARENA COURT, CALEXICO, CA 92231

10925   BALBOA BAY CLUB, 1221 WEST COAST HWY, NEWPORT BEACH, CA 92663

10925   BALBUENA, LERMA, 13453 APPALACHIAN WY, SAN DIEGO, CA 92129

10925   BALCELLS, JACQUELINE, 6312 FALLING BROOK DR, BURKE, VA 22015

10925   BALCER, DAVID, 1028 W. MAIN ST, LAURENS, SC 29360

10925   BALCER, MICHAEL, 1028 WEST MAIN ST. APT. B, LAURENS, SC 29360

10925   BALCH, FREDDIE, 805 PARK PLAZA, IOWA PARK, TX 76367

10925   BALCH, GARY, 11116 SMALLWOOD DRIVE, BURLESON, TX 76028

10925   BALCH, KIMBERLY, 230 NW 124TH ST, N. MIAMI, FL 33168

10924   BALCHEM CORPORATION, PO BOX 175, SLATE HILL, NY 10973

10924   BALCHEM CORPORATION, RT 284, SLATE HILL, NY 10973

10925   BALCHER, MICHAEL J, ROUTE 221, ENOREE, SC 29335

10925   BALCO, INC, 306 NORTHERN AVE, BOSTON, MA 02205-9022

10925   BALCOMBE, BOBBY, 750 FAIRVIEW CH RD, FOUNTAIN INN, SC 29644

10925   BALCOMBE, JOHN, 304 SHADOW RIDGE CIR, SIMPSONVILLE, SC 29681

10925   BALCOMBE, RITA, 304 SHADOW RIDGE CIR, SIMPSONVILLE, SC 29681

10925   BALCOME, AMANDA, 1206 BRENTWOOD WAY, SIMPSONVILLE, SC 29680

10925   BALCONES RECYCLING, 1101 EAST 11TH ST, AUSTIN, TX 78702

10925   BALDENEGRO, STEVE, 4323 N 53RD LANE #1075, PHOENIX, AZ 85031

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BALDEO, J., 5 PATERSON RD., LEBANON, NJ 08833

10925   BALDERAMA, TEETA, 2233 NORDYKE AVE., SANTA ROSA, CA 95403

10925   BALDERAS, JESUS, 631 MARIA ELENA, SAN ANTONIO, TX 78228

10925   BALDERAS, S, 1934 W WINONA, CHICAGO, IL 60640

10925   BALDERAS, SERAFIN, 4034 N. ST. LOUIS, CHICAGO, IL 60618

10925   BALDERAS, TRINIDAD, 509 N CLOSNER, EDINBURG, TX 78539

10925   BALDERAZ, DEBRA, 8709 FELICIA, ROSHARON, TX 77583

10925   BALDERRAMA, ROBERT, 23637 MESQUITE LANE, VON ORMY, TX 78073

10925   BALDERSON MOTOR SALES INC., 2770 MAPLE AVE., ZANESVILLE, OH 43701

10925   BALDERSON, DAVID, RT. 1 BOX B1, FARNHAM, VA 22460

10925   BALDESSARI, ALDO, 2 NEPTUNE RD #462, E BOSTON, MA 02128-1457

10925   BALDETTI, GAIL, 239 SE 34TH AVE, BOYNTON BEACH, FL 33435

10924   BALDI BROTHERS CONSTRUCTION, 201 CALIFORNIA AVENUE, BEAUMONT, CA 92223

10924   BALDI BROTHERS CONSTRUCTION, ATTENTION: ACOUNTS PAYABLE, BEAUMONT, CA 92223-0500

10925   BALDIVIA, CHAD, 2852 S. KNOXVILLE WAY, DENVER, CO 80227

10925   BALDNER, MICHAEL, 37 CHARLES ST, HYDE PARK, MA 02136

10924   BALDRIDGE ELECTRIC, 2602 CANDLEWOOD  DRIVE, EMPORIA, KS 66801

10925   BALDRIDGE STUDIOS, 347 N MAIN, MEMPHIS, TN 38103

10925   BALDRIDGE, C, 2201 S 133RD EAST AVE, TULSA, OK 74134

10925   BALDRIDGE, ELISE, 3272 AMOY-GANGES RD., MANSFIELD, OH 44903

10925   BALDWIN & BALDWIN, LLP, 400 W. HOUSTON, PO BOX 134, MARSHALL, TX 75670

10925   BALDWIN BUICK-GMC INC, 630 NORTH HARPER ST, LAURENS, SC 29360

10924   BALDWIN COMMUNITY HOSPITAL, HIGHWAY 63, BALDWIN, WI 54002

10925   BALDWIN COOKE COMPANY, PO BOX 6217, CAROL STREAM, IL 60197-6217

10925   BALDWIN COOKE COMPANY, POBOX 6213, CAROL STREAM, IL 60197-6213

10924   BALDWIN COUNTY JAIL, HAND AVENUE, BAY MINETTE, AL 36507

10925   BALDWIN ENVIRONMENTAL INC., 895 E. PATRIOT BLVD #107, RENO, NV 89511

10924   BALDWIN FILTERS, 4400 HIGHWAY 30 EAST, KEARNEY, NE 68848

10924   BALDWIN FILTERS, PO BOX6006, KEARNEY, NE 68848

10924   BALDWIN HALL COMPANY, P.O. BOX 4847, SYRACUSE, NY 13221

10925   BALDWIN JR, WILLIAM A, 2 NEW CASTLE LANE, LINCOLNSHIRE, IL 60069-3435

10925   BALDWIN JR, WILLIAM, 8 SETEN CIRCLE, ANDOVER, MA 01810

10925   BALDWIN JR., JOHNNY, 605 MUNSTER AVE, GREENSBORO, NC 27406

10924   BALDWIN LIGHTING INC., 15208 BRADY EXT., BAY MINETTE, AL 36507

10924   BALDWIN LIGHTING, INC., PO BOX608, BAY MINETTE, AL 36507

10925   BALDWIN MAP CORP., 23 WALKERS BROOK DR, READING, MA 01867

10924   BALDWIN PARK PERFORMING ARTS, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90001

10924   BALDWIN READY MIX, 2000 E. BROUSSARD ROAD, LAFAYETTE, LA 70501

10924   BALDWIN READY MIX, 2222 SAW MILL HWY, BREAUX BRIDGE, LA 70517

10924   BALDWIN REDI MIX, 2290 WEEKS ISLAND ROAD, NEW IBERIA, LA 70560

10924   BALDWIN REDI MIX, 611 MARTIN LUTHER KING, BALDWIN, LA 70514

10924   BALDWIN REDI MIX, HWY 182 CORNER OF SANDRA, BERWICK, LA 70342

10924   BALDWIN REDI MIX, P O BOX 670, BALDWIN, LA 70514

10924   BALDWIN REDI MIX, PLANT #3 - DRAVO YARD, AMELIA, LA 70340

10924   BALDWIN REDI MIX, PO BOX670, BALDWIN, LA 70514

10925   BALDWIN TECHNOLOGIES, INC, 4907 NIAGRA ROAD, COLLEGE PARK, MD 20740

10925   BALDWIN, CHARLES, 3001 VERDANT CT, BAKERSFIELD, CA 93309-8704

10925   BALDWIN, DAVID, 241 SHORE DRIVE, HIGHLANDS, NJ 07732

10925   BALDWIN, DAVID, PO BOX 194, COVINGTON, OK 73730

10925   BALDWIN, DEBRA, 2134 MANTZ ST, ASHLAND, KY 41101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | BALDWIN, ERIC, 535 EAST 2ND AVE, ROSELLE, NJ 07203 | |
| 10925 | BALDWIN, ERNEST, 21408 130TH AVE SE, KENT, WA 98031 | |
| 10925 | BALDWIN, HEATH, 705 PARKER, POTEAU, OK 74953 | |
| 10925 | BALDWIN, HENRY, 246 ST MATTHEWS LANE, SPARTANBURG, SC 29301 | |
| 10925 | BALDWIN, JEROME, 2902 WHISPERING WINDS #712, PEARLAND, TX 77581 | |
| 10925 | BALDWIN, JOHN, 1212 COURT NW BIRMINGHAM AL, BIRMINGHAM, AL 35215 | |
| 10925 | BALDWIN, JULIE, 1838A N OAKLAND AVE, MILWAUKEE, WI 53202 | |
| 10925 | BALDWIN, K, 313 JAMES ST, HENRY, IL 61537 | |
| 10925 | BALDWIN, KATHERINE, 1474 WILLOW ST, KINGSPORT, TN 37664 | |
| 10925 | BALDWIN, KEITH, ROUTE 1 BOX 185, SHADY POINT, OK 74956 | |
| 10925 | BALDWIN, LESLIE, 21 HONISS PLACE, NEWARK, NJ 07104 | |
| 10925 | BALDWIN, MARY, 3103 8TH ST APT 1001, GULFPORT, MS 39501 | |
| 10925 | BALDWIN, MICHELLE, 2148 68TH ST, HILLSDALE, MO 63121 | |
| 10925 | BALDWIN, NANCY, 122 S. HARVARD ST., MOMENCE, IL 60954 | |
| 10925 | BALDWIN, NEIL, 44 MCAULIFFE ROAD, RANDOLPH, MA 02368 | |
| 10925 | BALDWIN, RHONDA, 575 BAXTER AVE #701, MACON, GA 31201 | |
| 10925 | BALDWIN, ROBERTA, PO BOX 194, COVINGTON, OK 73730 | |
| 10925 | BALDWIN, SCOTT, 875 WASHINGTON ST, 22, EUGENE, OR 97401 | |
| 10925 | BALDWIN, SHARON, 10 RAILROAD ST., ANNISTON, AL 36201 | |
| 10925 | BALDWIN, STEVEN, 32 PELCZAR AVE, BALTIMORE, MD 21221 | |
| 10925 | BALDWIN, STEVEN, 5007 W CO RD 116 #24, MIDLAND, TX 79705 | |
| 10925 | BALE, FLORENCE, 305 STONY WAY, NORRISTOWN, PA 19403 | |
| 10924 | BALENCO, 1640 WEST 134 STREET, COMPTON, CA 90222 | |
| 10925 | BALERIO, ESTELLA, 1204 CORONADO, ODESSA, TX 79763 | |
| 10925 | BALES, LAURIE, 618 E COLLEGE, BURKBURNETT, TX 76354 | |
| 10925 | BALES, RODNEY, 618 E COLLEGE, BURKBURNETT, TX 76354 | |
| 10925 | BALES, S, 1311 EAST 161ST ST, WESTFIELD, IN 46074 | |
| 10925 | BALFOUR BEATTY CONSTRUCTION, 999 PEACHTREE ST NE #1949, ATLANTA, GA 30309 | |
| 10924 | BALFOUR BEATTY CONSTRUCTION, ATTN: ACCOUNTS PAYABLE, MANNS HARBOR, NC 27953 | |
| 10925 | BALFOUR, JOHN, PO BOX 1054, WILTON, NH 03086-1054 | |
| 10925 | BALIK, JOSEPH S, 619 SUFFIELD DR, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | BALIK, JOSEPH, 619 E. SUFFIELD DR., ARLINGTON HEI, IL 60004 | |
| 10925 | BALILES, JOAN, 2314 CALVERT ST, VA. BEACH, VA 23451 | |
| 10925 | BALIN, WILLIAM, 211R COLLEGE ST, ELLWOOD CITY, PA 16117 | |
| 10925 | BALING, JOHN J, CUST FOR LARRY E BALING, UNIF GIFT MIN ACT PA, 935 FOREST LANE, SHARPSVILLE, PA 16150-1724 | |
| 10925 | BALINGIT, AMADITO, 1111 SOUTHGATE AVE, DALY CITY, CA 94015 | |
| 10924 | BALIVA CONCRETE PRODUCTS, 245 PAUL RD, ROCHESTER, NY 14624 | |
| 10925 | BALIVIA, DEBRA, 4890 ASTORIA AVE, COLUMBUS, OH 43207 | |
| 10925 | BALJEET S DHANJAL, 2107 STERNSHILL ROAD, WALTHAM, MA 02154 | |
| 10925 | BALKO, ANNE, RR#2 BOX 50-C, HAZLETON, PA 18201 | |
| 10925 | BALKO, JEFFREY, 1416 HUNTINGWOOD RD, ANNAPOLI, MD 21403-1639 | |
| 10925 | BALKO, JEFFREY, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | BALKUM, WESLEY, 706 SINCLAIR, MIDLAND, TX 79705 | |
| 10924 | BALL BALL & BROSAMER, 415 S. MC CLINTOCK SUITE 1&2, TEMPE, AZ 85281 | |
| 10924 | BALL BALL & BROSAMER, P O BOX 107, FORT HUACHUCA, AZ 85613 | |
| 10924 | BALL BALL & BROSAMER, POST OFFICE BOX 107, FORT HUACHUCA, AZ 85613 | |
| 10924 | BALL BALL & BROSAMER, POST OFFICE BOX 888, MORGAN, UT 84050 | |
| 10924 | BALL BALL BROSAMER INC, ATTN:  ACCOUNTS PAYABLE, AURORA, CO 80042 | |
| 10924 | BALL BALL BROSAMER INC, P.O.BOX 888, MORGAN, UT 84050 | |
| 10924 | BALL BALL BROSAMER, 415 SO MCCLINTOCK, TEMPE, AZ 85281 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BALL CORPORATION, 11310 CORNELL PARK DRIVE, CINCINNATI, OH 45242 | |
| 10924 | BALL CORPORATION, 12340 COUNTY ROAD 99, FINDLAY, OH 45839 | |
| 10924 | BALL CORPORATION, 12340 TOWNSHIP ROAD 99 EAST, FINDLAY, OH 45840 | |
| 10924 | BALL CORPORATION, 1900 BARNES STREET, REIDSVILLE, NC 27320 | |
| 10924 | BALL CORPORATION, 2690 CHARTER STREET, COLUMBUS, OH 43228 | |
| 10924 | BALL CORPORATION, 3010 BIRCH DRIVE, WEIRTON, WV 26062 | |
| 10924 | BALL CORPORATION, 4525 INDIANA AVENUE, GOLDEN, CO 80401 | |
| 10924 | BALL CORPORATION, 724-729-2496, 62 STEUBENVILLE PIKE, BURGETTSTOWN, PA 15021 | |
| 10924 | BALL CORPORATION, 750 OLD ABINGDON HIGHWAY, BRISTOL, VA 24201 | |
| 10925 | BALL CORPORATION, 9300 WEST 108TH CIRCLE, BROOMFIELD, CO 80021 | |
| 10924 | BALL CORPORATION, ANCOR PLANT, 8200 BROADWELL ROAD, CINCINNATI, OH 45242 | |
| 10924 | BALL CORPORATION, ATTN: ACCOUNTS PAYABLE, EDEN, NC 27288 | |
| 10924 | BALL CORPORATION, CRUTCHER & TURNER STREETS, SPRINGDALE, AR 72764 | |
| 10924 | BALL CORPORATION, HIGHWAY 51 & V, DE FOREST, WI 53532 | |
| 10924 | BALL CORPORATION, PO BOX 589, BROOMFIELD, CO 80038-0589 | |
| 10924 | BALL CORPORATION, PO BOX1046, FINDLAY, OH 45839 | |
| 10924 | BALL CORPORATION, PO BOX589, BROOMFIELD, CO 80020 | |
| 10924 | BALL CORPORATION, PO BOX589, BROOMFIELD, CO 80038 | |
| 10925 | BALL CORPORATION, POBOX 70644, CHICAGO, IL 60673-0644 | |
| 10925 | BALL FOSTER, 1 NATIONAL ST, MILFORD, MA 01757 | |
| 10925 | BALL III, PHILIP S, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406 | |
| 10924 | BALL METAL BEVERAGE CONTAINER CORP, PO BOX95677, RICHMOND, VA 23285-5555 | |
| 10924 | BALL METAL BEVERAGE CONTAINER CORP., 3939 CINCINNATI, ROCKLIN, CA 95677 | |
| 10925 | BALL METAL CONTAINER GRP, PO BOX 589, BROOMFIELD, CO 80020-0589 | |
| 10924 | BALL METAL CONTAINER, 4525 INDIANA STREET, GOLDEN, CO 80401 | |
| 10924 | BALL METAL CONTAINER, 501 NORTH SIXTH STREET, MONTICELLO, IN 47960 | |
| 10924 | BALL METAL CONTAINER, PO BOX589, BROOMFIELD, CO 80038 | |
| 10925 | BALL PACKAGING CORP., PO BOX 70644, CHICAGO, IL 60673-0644 | |
| 10925 | BALL PACKAGING PRODUCTS CANADA INC, 1700 #6 ROAD, BRITISH COLUMBIA, BC V6V 1W3CANADA | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., 1121 WALKERS LINE, BURLINGTON, ONTARIO, ON L7N 2G4TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., 1506 WENTWORTH ST, WHITBY, ONTARIO, ON L1N 7C1TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., 1700 #6 ROAD, RICHMOND BC, BC V6V 1W3TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., 1700 #6 ROAD, RICHMOND,, BC V6V 1W3TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., 391 VICTORIA AVENUE NORTH, HAMILTON, ONTARIO, ON L8L 5G7TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., 5239 53RD AVENUE, RED DEER, ALBERTA, AB T4N 5K1TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., 555 LEE AVENUE, BAIE D'URFE, QUEBEC, QC H9X 3P6TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., A, NO CITY, ZZ Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., PO BOX2038, HAMILTON, ONTARIO, ON L8N 3V1TORONTO | *VIA Deutsche Post* |
| 10924 | BALL PACKAGING PRODUCTS CANADA INC., PO BOX948, RED DEER, ALBERTA, AB T4N 5K1TORONTO | *VIA Deutsche Post* |
| 10925 | BALL PARK FOUR LTD, 6537 WEST CRESCENT COURT, OAK LAWN, IL 60453 | |
| 10925 | BALL PARK ST. GEORGE, 1 WALL STREET, STATEN ISLAND, NY 10301 | |
| 10924 | BALL SEED CO., 622 TOWN ROAD, WEST CHICAGO, IL 60185 | |
| 10925 | BALL WAREHOUSE & DISRIBUTION, 6501 WEST 65TH ST, BEDFORD PARK, IL 60638 | |
| 10924 | BALL WESTERN CONTAINER, 300 W. GREGER STREET, OAKDALE, CA 95361 | |
| 10924 | BALL, BALL & BROSAMER, #DACA09-93-C0081, FORT HUACHUCA, AZ 85613 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BALL, BALL & BROSAMER, 3 MILES EAST OF MORGAN OFF, MORGAN, UT 84018

10924    BALL, BALL & BROSAMER, PIMA/RED MTN INTERCHANGE, TEMPE, AZ 85281

10925    BALL, BARBARA, 11400 4TH ST N, ST PETERSBURG, FL 33716

10925    BALL, BOCCE, BERGIN HUNT & FISH CLUB - 87 109 ST, 77, QUEENS, NY 10677

10925    BALL, CARLIE, PO BOX 185, SIMPSONVILLE, SC 29681

10925    BALL, CHERYL, 124 CIRCLE DR, GARDEN, KS 66030

10925    BALL, DANIEL, 3907 W CINDY ST, CHANDLER, AZ 85226

10925    BALL, DAVID, 602 N IMBODEN ST #403, ALEXANDRIA, VA 22304

10925    BALL, DOROTHEA, C/O JUANITA BALL BOS 1253, WEEMS, VA 22576

10925    BALL, EVELYN, 1127 SHAFER LANE, FAIRMONT, WV 26554

10925    BALL, JAMES, 20813 SEMINOLE ROAD, INDIAN HILLS, CO 80454

10925    BALL, JAMES, 5745 CRANSTON RD, MOREHEAD, KY 40351

10925    BALL, JOHN, 311 OVERBROOK RD, GREENVILLE, SC 29607

10925    BALL, JOHN, 318 SCHMIDT PLACE, FORDS, NJ 08863

10925    BALL, JOHN, 5 AUTUMN LEAF DR #14, NASHUA, NH 03060

10925    BALL, K, 606 HAWTHORNE SQUARE, OAKDALE, PA 15071

10925    BALL, KARLA, 2825 CONRAD DRIVE, MORRISTOWN, TN 37814

10925    BALL, KIM A, 938 ALBERCORE ST, LAUREL BAY SC, SC 29902

10925    BALL, MARK, 1932 W IKE PATTON DR, ASHLAND, KY 41102

10925    BALL, MARY, 6410 COVE POINTE LANE, HIXSON, TN 37343

10925    BALL, MATTHEW, 3414 WOODSTOCK AVE, BALTIMORE, MD 21213

10925    BALL, MICHAEL, 1721 JACKS BRANCH RD., CANTONMENT, FL 32533

10925    BALL, MICHAEL, 3406 COUNTRY CLUB #171, IRVING, TX 75038

10925    BALL, PHILIP, 6410 COVE POINTE LA, HIXSON, TN 37343

10925    BALL, R, 1127 SHAFER LANE, FAIRMONT, WV 26554

10925    BALL, SARAH, RT 2, BOX 261, LULA, GA 30554

10925    BALL, VERONICA, 48 STANLEY STONE ESTATES, HENRICO, NC 27842

10925    BALLAI, M, 100 MATHEWS AVE, RIVERDALE, NJ 07457

10925    BALLAND, JEAN-PAUL, 3633 N 88TH DR, PHOENIX, AZ 85037

10925    BALLANTINE, ELAINE, 25 RICHMOND ST, NASHUA, NH 03063

10924    BALLARD BROS CONCRETE, E LINCOLN ST, WHITE HALL, IL 62092

10924    BALLARD BROS CONCRETE, EAST LINCOLN STREET, WHITE HALL, IL 62092

10924    BALLARD EXPLORATION CO., 1021 MAIN STREET, HOUSTON, TX 77002

10925    BALLARD II, NORMAN, BOX 1813, LOVINGTON, NM 88260

10925    BALLARD JR, EDWIN, 305 CLOVER HILL ROAD, PASADENA, MD 21122

10925    BALLARD PRODUCTION, INC, 7940 EAST 27TH COURT, TULSA, OK 74129

10925    BALLARD SPAHR ANDREWS & INGERSOLL,L, 1101 LAUREL OAK RD., STE. 100, VOORHEES, NJ
         08043-4313

10925    BALLARD, ANDRE, 6906 ROCKERGATE, MISSOURI CITY, TX 77489

10925    BALLARD, CHRISTOPHER, 9654 KENTUCKY HWY #144, PHILPOT, KY 42366

10925    BALLARD, CYNTHIA, 2120 6TH AVE, FORT WORTH, TX 76110

10925    BALLARD, DANIEL, 1343 PONCE DE LEON ST, ST AUGUSTINE, FL 32084

10925    BALLARD, DAVID, 9001 GINGER OAK LN, BAKERSFIELD, CA 93311

10925    BALLARD, DEBORAH, 10428 DESOTO AVE, CHATSWORTH, CA 91311

10925    BALLARD, EDDIE, 1036 OLD SPTBG HWY, WOODRUFF, SC 29388

10925    BALLARD, JERRY CASIDY, 414 FRANKLIN DR, EULESS, TX 76040

10925    BALLARD, JOSEPH, 10379 CORAL VILLAGE, SAN ANTONIO, TX 78245

10925    BALLARD, OLIVER, 1225 CEDAR ST APT 3, BOONTON, NJ 07005

10925    BALLARD, PHILLIP, 110 MORNINGLAKE DRIVE, MOORE, SC 29369

10925    BALLARD, RAY, PO BOX 5018, ASHEVILLE, NC 28813

10925    BALLARD, SHARON, 4600 MIRA LOMA #16G, RENO, NV 89502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BALLARD, SIDNEY, 29855 BICKFORD LANE, DENHAM SPRINGS, LA 70726

10925    BALLARD, TAMARA, 1416 MCCLONEY, WACO, TX 76704

10925    BALLARD, TERRY, 450 WEST GEORGIA ST, WOODRUFF, SC 29388

10925    BALLARO, JEFFREY, 1715 PADDOCK CIRCLE, CHARLOTTE, NC 28209

10925    BALLEAU, JEFFREY, 73 CART PATH COURT, ST CHARLES, MO 63304-8551

10925    BALLECK, CARL, PO BOX 90, CRAIG, CO 81626-0090

10925    BALLECK, DENNIS, 4905 COUNTY RD. 20, CRAIG, CO 81625

10925    BALLENTINE, BILLY, 4251 COLE, FORT WORTH, TX 76115

10924    BALLENTINE, CHARLOTTE, NC 28200

10925    BALLENTINE, JOHN, 153 WARRENTON WAY, SIMPSONVILLE, SC 29681

10925    BALLENTINE, PAMELA, 782 E BUTLER RD #1117, MAULDIN, SC 29662

10925    BALLERING, C, N43W32877 RASMUS RD. UNIT 7A, NASHOTAH, WI 53058

10925    BALLERING, CYRIL B, 4344 N 40TH ST, MILWAUKEE, WI 53216-1651

10925    BALLERING, GUIDO, 4425 S LONVIEW DR, NEW BERLIN, WI 53151

10925    BALLERING, SYLVIA R, C/O MARY ANN OLLHOFF, 4425 S LONGVIEW DR, NEW BERLIN, WI 53151-9224

10925    BALLESTER, OFELIA, 222 NW 46TH AVE, MIAMI, FL 33126

10925    BALLESTEROS, CORAZON, 2059 HUNTINGTON AVE #105, ALEXANDRIA, VA 22303

10925    BALLESTRASSE, DAVID, 752 COTTONWOOD AVE., SO SAN FRANCI, CA 94080

10925    BALLEW, ANTHONY, 3719 ALBEMARLE ST NW, WASH, DC 20016

10925    BALLEW, BOBBY, 105 CLARIDGE COURT, FOUNTAIN INN, SC 29644

10925    BALLEW, BRUCE, 39 TILLBROOKE CT, FOUNTAIN INN, SC 29644

10925    BALLEW, JAMES, 100 LOONEYBROOK DR, FOUNTAIN INN, SC 29644

10925    BALLEW, JODY, 113 BENNETT ST #4, GREENVILLE, SC 29601

10925    BALLEW, THOMAS, 13 TANGLEWOOD RD., NEWNAN, GA 30265

10924    BALLEY'S, SMITH AND GREEN, LAS VEGAS, NV 89100

10925    BALLINGALL, TRACIE, 39 THURMONT RD, DENVILLE, NJ 07834

10925    BALLINGER, CECILIA, 145 MACFARLANE DR, DELRAY BEACH, FL 33483

10925    BALLINGER, CECILLIA, 3336 N. KEY DR #J3, NORTH FORT MYERS, FL 33903

10925    BALLINGER, RENELLA, 12944 PARTRIDGE RUN, FLORRISANT, MO 63033

10925    BALLINGER, ROBERT, 1901 W. WILLIAM CANNON, AUSTIN, TX 78745

10925    BALLINGHAM, DWAIN, 120 LANSING DRIVE, SUN VALLEY, NV 89433

10925    BALLOU, LYNN, 5511 37TH ST., LUBBOCK, TX 79411

10925    BALLOU, MATTHEW, 5 ROEDEAN DRIVE #101, NASHUA, NH 03063

10925    BALLOU, SIDNEY, 38 HIGHLAND AVE, LEXINGTON, MA 02173

10925    BALLOW, SUSAN, 7010 ASTER PLACE, CARLSBAD, CA 92009

10924    BALLSTON PARKING GARAGE, 627 NORTH GLEBE ROAD, ARLINGTON, VA 22201

10925    BALLUNGAY, LETICIA, 19020 CLYMER ST, NORTH RIDGE, CA 91326

10925    BALLWEG CONSTRUCTION, GERALD OBRIEN, 8090 HWY K, CROSS PLAINS, WI 53528

10925    BALLWEG INC., 783 PHILLIPS BLVD, SAUK CITY, WI 53583-0548

10925    BALLWEG, THEODORE, 5576 AUCHTER LANE, WAUNAKEE, WI 53957

10924    BALLY 'S FITNESS CENTER, 9090 CAROUSEL CENTER DR., SYRACUSE, NY 13290

10924    BALLY'S GRAND HOTEL TOWER EXPANSION, 3400 PACIFIC AVENUE, ATLANTIC CITY, NJ 08400

10925    BALMASEDA, TERESA, 14-23 4TH ST, FAIR LAWN, NJ 07410

10925    BALOG, LAURA, 3220 GUILFORD AVE, BALTIMORE, MD 21218

10925    BALOGH, DIETER, 4827 DON PIO DR, WOODLAND HILLS, CA 91364

10925    BALOGH, VINCENT, POBOX 425, ROCHESTER, WI 53167

10925    BALONAR CORP. N.V., HUTTON INGRAM ET AL -, GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925    BALOUSKUS, ROBERT, 3135-A WEST SPRINGS DRIVE, ELLICOTT CITY, MD 21043

10925    BALSAM ENVIRONMENTAL, 5 INDUSTRIAL WAY, SALEM, NH 03079

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BALSAMO, CLAUDIA, 7401 EASTMORELAND RD, ANNANDALE, VA 22003

10925   BALSBOUGH, LARRY, 79 CARDINAL RD, WYOMISSING, PA 19610

10925   BALSINO, VITA, 8182 N. TAMMERON CT., TUCSON, AZ 85741-4043

10925   BALSTER, RAINI, 15051 W 138TH ST APT #908, OLATHE, KS 66062

10925   BALSTON, INC, PO BOX C, LEXINGTON, MA 02173

10924   BALTASAR LAKESIDE CENTER, 1561 FAIRBANKS AVENUE, WINTER PARK, FL 32789

10925   BALTAZAR, DIVINA, 281 LEXINGTON AVE, JERSEY CITY, NJ 07304

10925   BALTAZAR, JOSE, 1405 DEL MAR DRIVE, GARLAND, TX 75040-7882

10925   BALTES, WILLIAM, 1632 CASTLE HILL LN, FT WRIGHT, KY 41011

10925   BALTHASER, BEVERLY, PO BOX 21, MAHANOY PLANE, PA 17949

10925   BALTHAZOR, BERNARD, 153 HENDRIX ROAD, COMMERCE, GA 30529-8852

10925   BALTHAZOR, JEANENNE, 3 MONROE ST, SOMERVILLE, NJ 08876

10925   BALTHROP, MARCOS, 609 FRIAR TUCK LN, MACON, GA 31210

10925   BALTIMORE AREA SL-1 USERS, PO BOX 4162, LUTHERVILLE, MD 21094-4162

10925   BALTIMORE BUSINESS JOURNAL, PO BOX 52252, BOULDER, CO 80321-2252

10925   BALTIMORE CHAPTER CSI, PO BOX 85080, RICHMOND, VA 23285-4236

10925   BALTIMORE CHEM ASSOC, INC, PO BOX 3250, BALTIMORE, MD 21228

10925   BALTIMORE CHEMICAL ASSOC. INC., 150 LONGVIEW DR., BALTIMORE, MD 21228-5411

10925   BALTIMORE CIRCUIT COURT, ATTN: SAUNDRA E BANKS, CLERK OF THE COURT, BALTIMORE, MD 21202

10925   BALTIMORE CITY DIRECTOR OF FINANCE, 200 HOLLIDAY ST., BALTIMORE, MD 21202

10925   BALTIMORE CITY RETIRED, PO BOX 13101, BALTIMORE, MD 21203-3101

10925   BALTIMORE CITY, DIRECTOR OF FINANCE, 200 HOLLIDAY ST., BALTIMORE, MD 21202

10925   BALTIMORE COLOR PLATE, 1030 CROMWELL BRIDGE RD., TOWSON, MD 21286

10925   BALTIMORE COLOR PLATE, INC, 9006 YELLOW BRICK RD., BALTIMORE, MD 21237

10925   BALTIMORE COUNTY DIVISION OF, PO BOX 6758, TOWSON, MD 21285-6758

10925   BALTIMORE COUNTY REVENUE AUTHORITY, 1935 BACK RIVER NECK RD., BALTIMORE, MD 21221

10925   BALTIMORE FIRE OFFICERS ASSOC., PO BOX 2215, BALTIMORE, MD 21203-2215

10925   BALTIMORE GALVANIZING, 7110 QUAD AVE., BALTIMORE, MD 21237

10924   BALTIMORE GAS & ELECTRIC CO, PO BOX 1475, BALTIMORE, MD 21203-1475

10925   BALTIMORE GAS & ELECTRIC CO., LEXINGTON & LIBERTY ST., BALTIMORE, MD 21203

10925   BALTIMORE GAS & ELECTRIC CO., REVENUE PROCESSING, PO BOX 1431, BALTIMORE, MD 21203-1431

10925   BALTIMORE GAS & ELECTRIC COMPANY, 17TH FL, PO BOX 1475, BALTIMORE, MD 21203-1475

10925   BALTIMORE GAS & ELECTRIC CORP., 39 W. LEXINGTON ST., BALTIMORE, MD 21201-3940

10925   BALTIMORE GAS & ELECTRIC, 7225 WINDSOR BLVD., BALTIMORE, MD 21207

10925   BALTIMORE GAS & ELECTRIC, PO BOX 1431, BALTIMORE, MD 21203-1431

10925   BALTIMORE GAS & ELECTRIC, PO BOX 1475, BALTIMORE, MD 21203

10924   BALTIMORE GAS AND ELECTRIC, PO BOX 1535, BALTIMORE, MD 21203

10925   BALTIMORE GOODWILL INDUSTRIES INC., PO BOX 2907, BALTIMORE, MD 21229-0907

10925   BALTIMORE INDUSTRIAL MEDICAL, PO BOX 18277, BALTIMORE, MD 21227

10925   BALTIMORE INTERCOM, 904 JESSICAS LN., STE. D, BEL AIR, MD 21014

10924   BALTIMORE JUVENILE JUSTICE CENTER, 949 HILLEN STREET, BALTIMORE, MD 21202

10925   BALTIMORE MACK TRUCKS, INC, 610 NURSERY ROAD, LINTHICUM, MD 21090

10924   BALTIMORE MOTHER HOUSE OF PRAYER, 2133 NORTH FOUNTAIN GREEN ROAD, BEL AIR, MD 21015

10925   BALTIMORE OFFICE SUPPLY CO., 641 WASHINGTON BLVD., BALTIMORE, MD 21230

10925   BALTIMORE ORIOLES CHARITABLE FND., 333 W. CAMDEN ST., BALTIMORE, MD 21201

10925   BALTIMORE ORIOLES, INC, 333 W. CAMDEN ST., BALTIMORE, MD 21201-2476

10924   BALTIMORE POLICE STATION, BALTIMORE, MD 21200

10924   BALTIMORE PROD HEADQUAETER NODE*, COLUMBIA, MD 21044

10925   BALTIMORE RENT-A-TOUR, 3414 PHILIPS DR., BALTIMORE, MD 21208

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BALTIMORE RUBBER & GASKET CO, 9520 GERWIG LANE, COLUMBIA, MD 21046

10925   BALTIMORE RUBBER & GASKET CO, INC, 9520 GERWIG LANE, COLUMBIA, MD 21046

10925   BALTIMORE RUBBER & GASKET CO, INC, PO BOX 2631, COLUMBIA, MD 21045-2631

10925   BALTIMORE SOUND ENGINEERING, 2603 N. ROLLING RD., STE. 303, BALTIMORE, MD 21224

10925   BALTIMORE SOUND ENGINEERING, INC, 6308 BLAIR HILL LN., BALTIMORE, MD 21209

10925   BALTIMORE SUN, PO BOX 1013, BALTIMORE, MD 21203-1013

10925   BALTIMORE SUN, THE, POBOX 1013, BALTIMORE, MD 21203-1013

10925   BALTIMORE SYMPHONY ORCHESTRA, 1212 CATHEDRAL ST, BALTIMORE, MD 21201

10925   BALTIMORE TECHNICAL SALES, STE. 119, 6400 BALTIMORE NATIONAL PIKE, BALTIMORE, MD 21228

10925   BALTIMORE TRANE SALES & SERVICE, 9603 DEERECO RD., STE. 400, LUTHERVILLE-TIMONIUM, MD 21093

10925   BALTIMORE VALVE & FITTING INC, 4328 RITCHIE HWY, BALTIMORE, MD 21225

10925   BALTIMORE WASHINGTON INSULATION, 10942 BEAVER DAM ROAD, COCKEYSVILLE, MD 21030

10925   BALTIMORE WELLNESS COMMUNITIES, THE, 901 DULANEY VALLEY RD., BALTIMORE, MD 21204

10924   BALTIMORE WINDOW FACTORY, 8871 CITATION ROAD, ESSEX, MD 21221

10925   BALTO CITY OFFICE OF, PO BOX 778, BALTIMORE, MD 21203-0778

10925   BALTZ COMPANY, INC, 150T NEW BOSTON ST, WOBURN, MA 01801

10925   BALUN, GENEVIEVE, 2763 PINE MT CIRCLE, KENNESAW, GA 30144

10925   BALUN, THOMAS, 22835 REDWOOD DRIVE, RICHTON PARK, IL 60471

10925   BALUTA, JEAN, 125 HARDY AVE, BOUND BROOK, NJ 08805

10925   BALZ, EMANUEL, 501 N MAIN ST, WILLIAMSTOWN, KY 41097

10925   BALZA, BRUCE, 1012 S FISK ST, GREEN BAY, WI 54304

10925   BALZER, J. LEROY, 408 HORSE TRAIL COURT, ALAMO, CA 94507

10925   BALZER, JOSEPH, 941 COLBY CIRCLE, CRAIG, CO 81625

10925   BALZERS TOOL COATING, 30 GENERAL ABRAMS DR, AGAWAM, MA 01001

10924   BAM INDUSTRIES, INC., 20 WEST PARK AVENUE, LONG BEACH, NY 11561

10925   BAMA CHEM, 10445 PIONEER RD., THEODORE, AL 36582

10924   BAMA CONCRETE PRODUCTS CO, 1608 17TH STREET, TUSCALOOSA, AL 35403

10924   BAMA CONCRETE PRODUCTS CO, 1608 17TH STREET, TUSCALOOSA, AL 35401

10924   BAMA CONCRETE PRODUCTS CO., P.O. BOX 1099, TUSCALOOSA, AL 35403

10925   BAMBIC, BARBARA, 960 WILD ROSE COURT, BROOKFIELD, WI 53045

10925   BAMBOO ABBOTT, 2990 SIMMS ST, HOLLYWOOD, FL 33020-1580

10925   BAMBRICK, DONALD, 9 ROBERGE DR, AMHERST, NH 03031

10925   BAME JR., CHARLIE, 1010 FERNDALE ST, THOMASVILLE, NC 27360-5608

10925   BAME, JACK, 2360 CHEYENNE BLVD APT #9, TOLEDO, OH 43614

10925   BAMFORD JR, RAY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BAMFORD, BROOKE, 3 FAIRFIELD ST, MAYNARD, MA 01754

10925   BAMFORD, JR, RAYMOND, 19 DAVIS ROAD APT.B-1, ACTON, MA 01720

10925   BAMFORD, SR, RAYMOND, 420 GREAT RD #A10, ACTON, MA 01720

10925   BAMMEL, LAURA, 255 HAWTHORNE AVE, HAWTHORNE, NJ 07506

10925   BAMMER, SHARON, ROUTE 3, BOX 197-A1, CARTHAGE, MS 39051

10925   BAMMES, CRAIG, 4700 ROANOKE PKWY, KANSAS CITY, MO 64112

10925   BAMRICK, VALERIE, 116 S. HIGH ST, FOXBORO, MA 02035

10925   BANAHAN, JULIE, 1048 WATERFORD, CASPER, WY 82609

10925   BANAL, DONNA, 5560 LAKESIDE DR., MARGATE, FL 33063

10924   BANAS SAND & GRAVEL CO IN, 246 FULLER ST, LUDLOW, MA 01056

10924   BANAS SAND & GRAVEL CO INC., 246 FULLER ST, LUDLOW, MA 01056

10924   BANAS SAND & GRAVEL CO. INC., 246 FULLER ST, LUDLOW, MA 01056

10924   BANASZAK CONCRETE CORP, 2401 COLLEGE AVE, DAVIE, FL 33317

10924   BANASZAK CONCRETE CORP, 2401 COLLEGE AVENUE, DAVIE, FL 33317

10924   BANASZAK CONCRETE CORP., 2401 COLLEGE AVE., DAVIE, FL 33314

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   BANASZAK CONCRETE CORP., 2401 COLLEGE AVE., DAVIE, FL 33317

10924   BANASZAK CONCRETE CORP., 3523 PEMBROKE ROAD, HOLLYWOOD, FL 33021

10925   BANASZAK, BRIAN, 526 BEACON ST., BOSTON, MA 02215

10925   BANBURY, BARBARA, 401 W SYLVANIA AVE, NEPTUNE, NJ 07753

10924   BANC ONE PLAZA, C/O SPRAY INSULATION, WISCONSIN DELLS, WI 53965

10925   BANCHON, RUTH, PO BOX 430446, MIAMI, FL 33242-0446

10925   BANCO POPULAR DE PUERTO RICO, PO BOX 362708, SAN JUAN, PR 00936-2708

10925   BANCROFT BAG INC, PO BOX 388069, CHICAGO, IL 60638

10925   BANCROFT BARREL COMPANY INC, 17 VILLAGE ST, SOMERVILLE, MA 02143

10925   BANCROFT BARREL COMPANY, 17 VILLAGE ST, SOMERVILLE, MA 02143

10925   BANCROFT MACHINE, 216 RIVER ST, HAVERHILL, MA 01832

10925   BANCROFT, DALE, 2491 N. HWY 89 #127, OGDEN, UT 84404

10925   BANDA, GLORIA, PO BOX 1619, EAGLE PASS, TX 78852

10925   BANDA, IRMA, 410 OAK ST, LAEVLLAND, TX 79336

10925   BANDA, JOSEFINA, 409 NW 16TH ST, FT WORTH, TX 76106

10925   BANDA, LISA, 454 ASTOR, SAN ANTONIO, TX 78210

10925   BANDAG INC, PAUL CROSSER,

10925   BANDFIELD, R, 1329 EDGEFIELD AVE, UPLAND, CA 91786

10924   BANDINI FERTILIZER, 4139 BANDINI BLVD, LOS ANGELES, CA 90023

10924   BANDMILL READY MIX, BANDMILL SHOPPING CENTER, MELBOURNE, AR 72556

10924   BANDMILL READY MIX, P O BOX 35, MELBOURNE, AR 72556

10924   BANDMILL READY MIX, PO BOX 35, MELBOURNE, AR 72556

10925   BANDWAGON INC., 54 INDUSTRIAL HWY, WILMINGTON, MA 01887

10924   BANDY UNIVERSAL INC, 3422 NE CANDICE AVENUE, JENSEN BEACH, FL 34958

10925   BANDY, MARY, 2726 MOSS VALLEY DR, BARTLETT, TN 38134

10925   BANDYK, ALAN A, 2109 LAKE MIOLA DR, PAOLA, KS 66071

10925   BANDYK, ALAN, 2109 LAKE MIOLA DR, PAOLA, KS 66071

10925   BANE, PATRICIA, 8826 W OLD FORT RD, FORTVILLE, IN 46040

10925   BANE, SHIRELENE, 2811 CHERRY FIELD DR., SAN ANTONIO, TX 78245

10925   BANEA, JANET, 13563 SAN MARTIN LN, HOUSTON, TX 77083

10925   BANGERD, MICHAEL, 859 FAIRFIELD AVE, WESTMINSTER, MD 21157

10925   BANGERT, RICHARD, 581 PASTURE BROOK ROAD, SEVEIN, MD 21144

10924   BANGOR AIR NATIONAL GUARD, AIRPORT, BANGOR, ME 04401

10924   BANGOR HIGH SCHOOL, RT 512, BANGOR, PA 18013

10924   BANGOR PUBLIC LIBRARY C/O SPEC COAT, 145 HARLOW STREET, BANGOR, ME 04401

10924   BANGOR, ME, C/O NORWOOD, 505 UNIVERSITY AVE - BLDG 3, NORWOOD, MA 02062

10925   BANHALMI, BONA, 10 ALPINE COURT, EAST BRUNSWICK, NJ 08816

10925   BANIAGA, BRADLEY, 10710 DABNEY DRIVE, SAN DIEGO, CA 92126

10925   BANIC, JAMES, 1224 SOUTH MILITARY TRAIL APT 2322, DEERFIELD BEACH, FL 33442

10925   BANISTER, MELISSA, POB 592, HOMER, GA 30547

10925   BANJO CORPORATION, 150 BANJO DR, CRAWFORDSVILLE, IN 47933

10925   BANJO CORPORTIONN, 150 BANJO DR, CRAWFORDSVILLE, IN 47933

10925   BANK BOSTON, 278 MYSTIC AVE, MEDFORD, MA 02155

10925   BANK CALUMET, 5231 HOHMAN AVE., HAMMOND, IN 46320

10925   BANK OF AMERICA SAVINGS BOND, 400 N. SKOKIE BLVD.-SUITE 325, NORTHBROOK, IL 60062

10925   BANK OF AMERICA, 231 S LASALLE ST 17TH FL, CHICAGO, IL 60697

10925   BANK OF AMERICA, 231 S LASALLE ST,

10925   BANK OF AMERICA, 231 S LASALLE ST, TRADE SERVICES, 231/17 IL 1-231-17-00, CHICAGO, IL 60697

10925   BANK OF AMERICA, 231 SOUTH LASALLE ST 17TH FL, CHICAGO, IL 60697

10925   BANK OF AMERICA, 335 MADISON AVE 5TH FL, NEW YORK, NY 10017-4605

10924   BANK OF AMERICA, 555 CALIF STREET, SAN FRANCISCO, CA 94101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BANK OF AMERICA, 840 SOUTH CANAL, CHICAGO, IL 60607 | |
| 10924 | BANK OF AMERICA, C/O WESTSIDE BUILDING MATERIALS, SAN BERNARDINO, CA 92401 | |
| 10925 | BANK OF AMERICA, DEPT 3015 POBOX 37000, SAN FRANCISCO, CA 94137 | |
| 10924 | BANK OF AMERICA, FIREPROOFING, BEVERLY HILLS, CA 90209 | |
| 10925 | BANK OF AMERICA, LETTER OF CREDIT DEPT IL1-231-17-0, 231 S LASALLE ST 17TH FLOOR, CHICAGO, IL 60697 | |
| 10925 | BANK OF AMERICA, STANDBY L/C DEPT, 231 S LASALLE ST, CHICAGO, IL 60697 | |
| 10925 | BANK OF AMERICA/81880-03115, 231 SOUTH LASALLE ST, CHICAGO, IL 60697 | |
| 10924 | BANK OF BOSTON, 100 FEDERAL STREET, BOSTON, MA 02133 | |
| 10925 | BANK OF BOSTON/44987004, POBOX 9124, DEDHAM, MA 02026-9124 | |
| 10925 | BANK OF BOSTON/51217666, PO BOX 9124, DEDHAM, MA 02026-9124 | |
| 10924 | BANK OF CALIFORNIA, ACOUSTICAL MATERIAL SERVICES, SAN DIEGO, CA 92182 | |
| 10924 | BANK OF ITASKA, ARLINGTON HTS RD, BTWN THORNDALE, & DEVON, ITASCA, IL 60143 | |
| 10925 | BANK OF NEW YORK, ONE WALL ST , 12TH FL, NEW YORK, NY 10286 | |
| 10925 | BANK OF NEW YORK, PO BOX 11211, NEW YORK, NY 10286-1211 | |
| 10925 | BANK OF NEW YORK, THE, 1 WALL ST, NEW YORK, NY 10286 | |
| 10925 | BANK OF NEW YORK, THE, 101 BARBLAY ST - 12W, NEW YORK, NY 10286 | |
| 10925 | BANK OF NEW YORK, THE, 101 BARCLAY ST - 21W, NEW YORK, NY 10286 | |
| 10925 | BANK OF NEW YORK, THE, 101 BARCLAY ST -12W, NEW YORK, NY 10286-1091 | |
| 10925 | BANK OF NEW YORK, THE, 101 BARCLAY ST, FL 21W, NEW YORK, NY 10286 | |
| 10925 | BANK OF NEW YORK, THE, 101 BARCLAY ST, NEW YORK, NY 10286 | |
| 10925 | BANK OF NEW YORK, THE, PO BOX 19445, NEWARK, NJ 07195-0445 | |
| 10924 | BANK ONE   C/O OMNI FIREPROOFING, TURNER BROTHERS & WILLIAMSON, COLUMBUS, OH 43235 | |
| 10924 | BANK ONE BALLPARK GARAGE, C/O DON BOEHMER, PHOENIX, AZ 85019 | |
| 10925 | BANK ONE CASH MANAGEMENT SERVICES, POBOX 70176, CHICAGO, IL 60673-0176 | |
| 10924 | BANK ONE CORPORATE CENTER PHASE 2, POLARIS PKWY., COLUMBUS, OH 43240 | |
| 10925 | BANK ONE PURCHASING CARD, PO BOX 73661, CHICAGO, IL 60673-7761 | |
| 10925 | BANK ONE WISCONSIN TRUST, PO BOX 1308, MILWAUKEE, WI 53201-1308 | |
| 10924 | BANK ONE, 1111 POLARIS PKWY, COLUMBUS, OH 43215 | |
| 10924 | BANK ONE, 2220 CHEM SEARCH, IRVING, TX 75015 | |
| 10925 | BANK ONE, TEXAS, NA, PO BOX 672024, DALLAS, TX 75267-2024 | |
| 10924 | BANK ONE, TURNER BROTHERS & WILLIAMSON, COLUMBUS, OH 43235 | |
| 10925 | BANKE, KENNETH, 2 JOYCE LANE, GLEN BURNIE, MD 21061 | |
| 10925 | BANKER INDUSTRIAL SUPPLY CO INC, POBOX 321415, BIRMINGHAM, AL 35232 | |
| 10925 | BANKERS GUARANTY CORP, ATTN EUGENE M FRESE, WILDLIFE PROTECTORATE SOCIETY, ATTN EUGENE FRESE, PO BOX 19608, ALEXANDRIA, VA 22320-060 | |
| 10925 | BANKERS LIFE OF NEBRASKA, PO BOX 81889, LINCOLN, NE 68501-1889 | |
| 10925 | BANKERS TRUST AS TRUSTEE OII, 901 CORPORATE CENTER, STE 204, MONTEREY PARK, CA 91754 | |
| 10925 | BANKERS TRUST AS TRUSTEE, 901 CORPORATE CTR DR #204, MONTEREY PARK, CA 91754 | |
| 10925 | BANKERS TRUST AS TRUSTEE, C/O BOONE & ASSOC, 901 CORPORATE CTR DR #204, MONTEREY PARK, CA 91754 | |
| 10925 | BANKERS TRUST AS TRUSTEE, FOUR ALBANY ST , FOURTH FL, NEW YORK, NY 10006 | |
| 10925 | BANKERS TRUST AS TRUSTEE, FOUR ALBANY ST,FOURTH FL, NEW YORK, NY 10006 | |
| 10925 | BANKERS TRUST CO, PO BOX 1757, NEW YORK, NY 10008 | |
| 10925 | BANKO, SUSAN, 407 SOUTHMOOR DR., ARLINGTON, TX 76010 | |
| 10925 | BANKOFF ASSOCIATES, 3733 YUMA ST NW, WASHINGTON, DC 20016 | |
| 10925 | BANKOFF ASSOCIATES, 3733 YUMA ST. NW, WASHINGTON, DC 20016 | |
| 10925 | BANKOFF, BARBARA A., DBA BANKOFF ASSOCIATES, 3733 YUMA ST, NW, WASHINGTON, DC 20016 | |
| 10925 | BANKRUPTCY ADMINISTRATION, IOS CAPITAL, INC, 1738 BASS RD, PO BOX 13708, MACON, GA 31208-3708 | |
| 10924 | BANKRUPTCY COURT, CLINT CASTON, RIVERSIDE, CA 92501 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BANKS, ALFRED, 7724 SUNRISE DRIVE APT H, BIRMINGHAM, AL 35210

10925    BANKS, ARTIS, 418 N. 2ND ST, CORSICANA, TX 75110

10925    BANKS, BOBBY, 10973 CHELSEA, DETROIT, MI 48213

10925    BANKS, CAROLYN, 120 JEFFERSON DR, ROANOKE RAPIDS, NC 27870

10925    BANKS, DAVID, 12000 LTL. PATUXANT APT. N, COLUMBIA, MD 21044

10925    BANKS, G, 46 TOM ROSE BRANCH RD., CAMPTON, KY 41301

10925    BANKS, INEDA, 14894 GREENVIEW, DETROIT, MI 48223

10925    BANKS, JOE, PO BOX 1045, ANGLETON, TX 77515-1045

10925    BANKS, JOSEPH, 100 WINDY MEADOW WAY, SIMPSONVILLE, SC 29680

10925    BANKS, JOYCE, 1685 KNOLLWOOD DR, MOBILE, AL 36609

10925    BANKS, MARK, 30 WYMAN AVE, MEDFORD, MA 02155

10925    BANKS, MARYJO, 218 STRATFORD AVE, PITTSBURGH, PA 15206

10925    BANKS, MELISSA, 112 DAVENPORT RD #223, SIMPSONVILLE, SC 29680

10925    BANKS, MICHELE, 816-E CINNAMON RG PL, COCKEYSVILLE, MD 21030

10925    BANKS, NADINE, 7651 DUNE DR, NEW ORLEANS, LA 70128

10925    BANKS, RICARDO, 7431 S CHAPPEL AVE #3, CHICAGO, IL 60649

10925    BANKS, SANDRA, 30 LYMAN AVE, MEDFORD, MA 02155

10925    BANKS, SANDRA, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    BANKS, SHARON, 13720 FENELON, DETROIT, MI 48212

10925    BANKS, SHAYLAR, 4516 BARNETT RD #2056, WICHITA FALLS, TX 76310

10925    BANKS, VERONICA, PO BOX 1348, ROANOKE RAPIDS, NC 27870

10925    BANKS, WILHELMINA, 8604 BAYARD ST, PHILA, PA 19141

10925    BANKSON, WILLIAM, BOX 52, HORDVILLE, NE 68846

10925    BANKSTON MCDOWELL STANLEY, 3700 GULF TOWER, 1301 MCKINNEY, HOUSTON, TX 77010

10925    BANKSTON, ANN, 5054 WOMACK DR., JACKSON, MS 39212

10925    BANKSTON, CHARLES, PO BOX 316, HARRISON, TN 37341

10925    BANNAN-BAUERCHT, HELEN M, 3129 HONEY CREEK CT, OSH KOSH, WI 54904-9393

10925    BANNER INDUSTRIES OF NE INC, 40 A CHERRY HILL DRIVE, DANVERS, MA 01923

10925    BANNER INDUSTRIES, 40A CHERRY HILL DRIVE, DANVERS, MA 01923

10924    BANNER PHARMACAPS INC., 20730 DEARBORN STREET, CHATSWORTH, CA 91311

10924    BANNER PHARMACAPS INC., 4125 PREMIER DRIVE, HIGH POINT, NC 27261

10924    BANNER PHARMACAPS INC., PO BOX2157, CHATSWORTH, CA 91311

10924    BANNER SUPPLY CO, 7195 NW 30TH ST., MIAMI, FL 33152

10924    BANNER SUPPLY CO., 103 E INDIANOLA AVE, YOUNGSTOWN, OH 44507

10924    BANNER SUPPLY CO., 7195 N.W. 30TH STREET, MIAMI, FL 33152

10924    BANNER SUPPLY, 103 E. INDIANOLA AVENUE, YOUNGSTOWN, OH 44507

10924    BANNER SUPPLY, 15410 BROOKPARK ROAD, CLEVELAND, OH 44135

10924    BANNER SUPPLY, 1660 S W 13TH COURT, POMPANO BEACH, FL 33069

10925    BANNER, SHARON, 1143 MAIN AVE, 9, WARWICK, RI 02886

10925    BANNERA, DIANE, 151 BERKLEY ROAD BLDG 4, UNIT 211, HOLLYWOOD, FL 33024

10925    BANNERAMA, 10 SIBLEY ROAD, WESTON, MA 02193

10925    BANNERMAN, PATRICIA, 355 PLYMOUTH ST., E BRIDGEWATER, MA 02333

10925    BANNING, TAMMY, 212 SKEET CRL. WEST, BEAR, DE 19701

10925    BANNING, WILLIAM R, HWY 221, ENOREE, SC 29335

10925    BANNING, WILLIAM, 144 SOUTH 200 EAST, IVINS, UT 84738

10925    BANNING, WILLIAM, 216 IRBY AVE, LAURENS, SC 29360

10925    BANNISTER, ALLEN, 2310 RIGGS AVE APT # 3-B, BALTIMORE, MD 21216

10925    BANNISTER, DAVID, 59 ROCKY COVE ROAD, LEXINGTON, SC 29072

10925    BANNISTER, JANET, 7802 SAMURA #26, GARDEN GROVE, CA 92641

10925    BANNISTER, RENA, 2408 ANDREW JACKSON, HUNTSVILLE, AL 35811

10925    BANNISTER, RONNIE, RT 3, 116 CENTER ST, WILLIAMSTON, SC 29697

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    BANNOCK REGIONAL MEDICAL CLINIC, 1855 N. HARRISON, POCATELLO, ID 83204

10924    BANNOCKBURN OFFICE BUILDING, HALFDAY ROAD & LAKESIDE DRIVE, BANNOCKBURN, IL 60015

10925    BANNON, DONNA, 23 RAHWAY ROAD, BURLINGTON, MA 01803

10925    BANNON, JAMES, 119 SUNSET DRIVE, GREENVILLE, SC 29605

10925    BANNON, KATHLEEN, 45 AVONDALE DR, ISLIP, NY 10751

10925    BANNON, LAURA, 6887 SUGARLOAF KEY ST, LAKE WORTH, FL 33467

10925    BANNON, MARILYN, 12022 GREBE CIRCLE, INDIANAPOLIS, IN 46229

10925    BANNON, THOMAS F & FRANCES B, 83 SOUTH ST, WALPOLE, MA 02081

10925    BANSAL, JASWINDER, 17941 DEVONSHIRE ST, #12, NORTHRIDGE, CA 91325

10925    BANSLEBEN, DONALD, 10616 HARPOON HILL, COLUMBIA, MD 21044

10925    BANTA ELECTRICAL CONTRACTORS, INC, 6869 HILL ST, PO BOX 377, MIAMITOWN, OH 45041

10925    BANTA, FLOYD, ROUTE 1 BOX 40, SEGUIN, TX 78155

10925    BANTA, JERRY, 5004 SHERWOOD, MIDLAND, TX 79707

10925    BANTA, WILDA, 2577 E. CYGNET CIRCLE, SPARKS, NV 89431

10925    BANTAY, NARITA, 1248 DE MEO ST., SANTA ROSA, CA 95407

10925    BANTON, JOYCE, 122-05 LONG ST, JAMAICA, NY 11434

10925    BANTON, JR, MARVIN, PO BOX 160, DUNCAN, SC 29334-0160

10925    BANTON, MONICA, 15344 SW 112 PLACE, MIAMI, FL 33151

10925    BANTUGAN, MYDA, 118 LEEWARD CT, VALLEJO, CA 94591

10925    BANUELOS, ARTURO, 24406 YUCCA ST, SUN CITY, CA 92584

10925    BANUELOS, BIBIANA, 2873 W. AVE 33, LOS ANGELES, CA 90065

10925    BANUELOS, CARLOS, 114 VENTURA, EL PASO, TX 79907

10925    BANUELOS, FAUSTINO, 24406 YUCCA ST., SUN CITY, CA 92584

10925    BANUELOS, GONZALO, 3552 JOSEPHINE ST LYNWOOD CA, LYNWOOD, CA 90262

10925    BANUELOS, MARE, PO BOX 69 4624 WILLOW ST, MORRISONVILLE, WI 53571

10925    BANUSKEVICH, ROBERT, PO BOX 6307, NASHUA, NH 03063

10925    BANZON, REY, 10327 N 57TH DRIVE, GLENDALE, AZ 85302

10924    BAPTIST EYE CLINIC, 9800 LYLE DRIVE, LITTLE ROCK, AR 72205

10924    BAPTIST HOSPITAL NASHVILLE, NORTH TOWER, NASHVILLE, TN 37236

10924    BAPTIST HOSPITAL, 1000 NORTH MARENO ST., PENSACOLA, FL 32501

10924    BAPTIST HOSPITAL, 1202 RUSSELL STREET, UNION CITY, TN 38261

10924    BAPTIST HOSPITAL, 2120 EXETER ROAD, GERMANTOWN, TN 38138

10924    BAPTIST HOSPITAL, 2301 S. LAMAR, OXFORD, MS 38655

10924    BAPTIST HOSPITAL, HWY. 30 WEST, NEW ALBANY, MS 38652

10924    BAPTIST MEDICAL CENTER, 1250 S. 18TH ST., JACKSONVILLE, FL 32212

10924    BAPTIST MEDICAL CENTER, 4227 MORROW DRIVE, MONTGOMERY, AL 36116

10924    BAPTIST MEDICAL CENTER, 500 HOSPITAL DRIVE, MADISON, TN 37115

10924    BAPTIST MEDICAL CENTER, C/O WARCO CONSTRUCTION, COLUMBIA, SC 29201

10924    BAPTIST MEDICAL PLAZA, C/O HICO CONCRETE, NASHVILLE, TN 37211

10924    BAPTIST MEMORIAL HOSPITAL EAST, 6019 WALNUT GROVE ROAD, MEMPHIS, TN 38119

10924    BAPTIST MEMORIAL HOSPITAL, 2100 EXETER ROAD, GERMANTOWN, TN 38138

10924    BAPTIST MEMORIAL HOSPITAL, 2100 EXETER ROAD, GERMANTOWN, TN 38139

10924    BAPTIST MEMORIAL HOSPITAL, 2678 QUEENSTOWN RD., ALTON, AL 35015

10924    BAPTIST MEMORIAL HOSPITAL, 6227 HUMPHRIES BLVD., MEMPHIS, TN 38120

10924    BAPTIST MEMORIAL HOSPITAL, 631 R.B. DRIVE, HUNTINGDON, TN 38344

10924    BAPTIST MERIWETHER HOSPITAL, 5995 SPRING STREET, WARM SPRINGS, GA 31830

10924    BAPTIST PROFFESIONAL OFFICE, THE, C/O HICO CONCRETE, 6035 WALNUT GROVE ROAD, MEMPHIS, TN 38120

10925    BAPTIST, RUDOLPH, 210 HELEN ST, STROUDSBURG, PA 18360

10925    BAPTISTA, MELVIN, 98 PALEMOON DRIVE, PELZER, SC 29669

10925    BAPTISTE, ELVARADO, 18153 S. 181ST CIRCLE, BOCA RATON, FL 33498

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BAPTISTE, ROBERTO, 18153 181ST CIRCLE S, BOCA RATON, FL 33498

10925   BAQUERA, GUSTAVO, 1005 GLORIA, EL PASO, TX 79907

10925   BAQUIR, RUBEN, 5300 CHURCH WAY, TEMPLE HILLS, MD 20748

10925   BAR GREEN INC, 5950 FAIRVIEW ROAD SUITE 218, CHARLOTTE, NC 28210

10925   BAR TRANS, PO BOX 417, MOUNT JULIET, TN 37121

10925   BAR/BRI, 2810-28 SHARER ROAD, TALLAHASSEE, FL 32312

10925   BARA, MICAELA, 713 S.W. 5TH, GRAND PRAIRIE, TX 75051

10925   BARA, MICHAEL, 2212 VICKERS DRIVE, PLANO, TX 75075

10924   BARABOO CONCRETE CO., INC., HWY 136 WEST, BARABOO, WI 53913

10924   BARABOO CONCRETE, BOX 130, BARABOO, WI 53913

10924   BARABOO CONCRETE, FOX HILL ROAD, BARABOO, WI 53913

10924   BARABOO CONCRETE, HWY 136 WEST, BARABOO, WI 53913

10925   BARADAS, APOLONIA, 4306 KARNES DR., MESQUITE, TX 75150

10924   BARAGA COUNTY CONCRETE TRANS MIX, P.O.BOX 65, BARAGA, MI 49908

10924   BARAGA COUNTY CONCRETE, HIGHWAY 41 NORTH, BARAGA, MI 49908

10924   BARAGA COUNTY CONCRTE, P O BOX 65, BARAGA, MI 49908

10925   BARAHONA, IRMA, 9102 BALLARD LANE, CLINTON, MD 20735

10925   BARAHONA, LILLIAN, 9504 VICTORIA DR., UPPER MARLBORO, MD 20772

10925   BARAHONA, MARINA, 638 BAILEY AVE, ELIZABETH, NJ 07208

10925   BARAINCA, TORIE, 1167 SCHOOL, CRAIG, CO 81625

10925   BARAJAS, JESUS, 2056 LINBERG CIRCLE, MCALLEN, TX 78501

10925   BARAJAS, RUBEN, 6191 THOMAS AVE, NEWARK, CA 94560

10925   BARAL, LEON, 725 MOUNT WILSON LANE, BALTIMORE, MD 21208

10925   BARALDI, DIANE, 9 BRIARGATE PLACE, PUEBLO, CO 81001

10925   BARAN, JANICE, 1126 ST JOSE FORREST, ST AUGUSTINE, FL 32084

10925   BARANGAN, PACITA, 2255 MABUHAY WAY, SAN DIEGO, CA 92154

10925   BARANOWSKI, PAULA, R 1 BOX 372, ST ANNE, IL 60964

10925   BARANOWSKI, TOYOKO, 265 W GUERTIN ST, ST ANNE, IL 60964-9998

10925   BARANOWSKI, VICKI, 1317 PLACID DR., SYKESVILLE, MD 21784

10924   BARAT COLLEGE, C/O SPRAY INSULATION, LAKE FOREST, IL 60045

10925   BARATH, DONALD, 2146 DEER POINT LANE, DEPERE, WI 54115-8456

10925   BARATH, JOSEPHINE, 2146 DEER POINT LN, DE PERE, WI 54115

10925   BARATTA, ALFRED P., 16 FISHER TERRACE, WOBURN, MA 01801-2306

10925   BARATTA, ELIZABETH, 10959 ROYAL PORTHCAWL, NAPERVILLE, IL 60564

10925   BAR-B TRAVEL PLAZA, I-94 STATE HWY 54, BLACK RIVER FALLS, WI 54615

10925   BARB, RICKEY, 470 IVANHOE DRIVE, FAIRBORN, OH 45324

10925   BARBAGALLO III, ANTHONY, 2085 WILSHIRE DRIVE, MARIETTA, GA 30064

10925   BARBAGALLO, ANTHONY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   BARBAGALLO, CHRISTOPHER, 12 WEST WYOMING AVE #3, MELROSE, MA 02176

10925   BARBAGALLO, SALVATORE, 83 WHIPPLE RD, BILLERICA, MA 01821

10925   BARBANTI, MARCO, 275 BATTERY ST, EMBARCADERO CTR W 30TH FL, SAN FRANCISCO, CA 94111

10925   BARBARA B SCHULTZ TR UA, SEP 12 91 BARBARA B SCHULTZ, REVOCABLE TRUST, 1821 W CATALPA LN, MT PROSPECT, IL 60056-4560

10925   BARBARA BOWDEN & BERT LAURENCE, TR UA MAR 25 99, BOWDEN-LAURENCE FAMILY 1999 TRUST, 2001 MIDDLEFIELD ROAD, PALO ALTO, CA 94301-4020

10924   BARBARA BUSH MIDDLE SCHOOL, 1500 EVANS RD., SAN ANTONIO, TX 78258

10925   BARBARA J GOLDSMITH & CO, 6 DEEP MEADOW RD, BARRINGTON, RI 02806-2740

10925   BARBARA, JACQUELINE, 2904 ROBIN GLEN CT, HERNDON, VA 22071

10925   BARBARA, LISA, 15 ROYAL CREST DR., MARLBORO, MA 01752

10925   BARBARE JR., WALTER, 1608 JENSON ROAD, FORT WORTH, TX 76112

10925   BARBARINE, AUGUST, 6300 DEEP CREEK DRIVE, PROSPECT, KY 40059

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BARBARINE, HALLEEN, PO BOX 402, SAINT MARYS CITY, MD 20686 | |
| 10925 | BARBARO, RICHARD, 79 ASSUNTA RD, REVERE, MA 02151 | |
| 10925 | BARBAS, THOMAS, 8 MILLYAN, WOBURN, MA 01801-2216 | |
| 10925 | BARBASCH, SIEGFRIED, 203 BELLA VISTA DRIVE, ITHACA, NY 14850 | |
| 10925 | BARBATI, EVELYN, 250 CEDAR ST, SOMERSET, NJ 08873 | |
| 10925 | BARBATI, JOSEPH, 3858 CORAL TREE CIR #307, COCONUT CREEK, FL 33073 | |
| 10925 | BARBATO, MARION, 9161 ONEIDA, SUN VALLEY, CA 91352 | |
| 10925 | BARBATO-GRAUSO, MARY, 14771 BETULA WAY, DAYTON, MD 21036 | |
| 10925 | BARBE GIRLS CAGE CLUB, 1136 S BAYOUWOOD DR, LAKE CHARLES, LA 70605 | |
| 10925 | BARBE, DEBORAH, 729 WINDSOR DRIVE, WESTMINSTER, MD 21158 | |
| 10925 | BARBEAU, DR CLAUDE, 997 JEANNE LEBER, SAINTE-FOY, QC G1W 4G7CANADA | *VIA Deutsche Post* |
| 10925 | BARBECUE ON WHEELS, 1620 GILPEN AVE, SOUTH ELGIN, IL 60177 | |
| 10925 | BARBEE, CAROL, 908 PRISCILLA LANE, CHESAPEAKE, VA 23320 | |
| 10925 | BARBEE, JACQUELINE, 1924 E BARTON, WEST MEMPHIS, AR 72301 | |
| 10925 | BARBEE, NORMA LEE, 3128 HICKORY TREE LANE, DELAND, FL 32724-8263 | |
| 10925 | BARBEE, THEODORE, ROUTE 2 BOX 86, JASPER, MO 64755 | |
| 10925 | BARBEE, TUCKY, 4400 BELL APT 206C, AMARILLO, TX 79109 | |
| 10925 | BARBELLA, JOSEPH, 901 TENNIS AVE., ARDSLEY, PA 19038 | |
| 10924 | BARBER & RODSS HEADQUARTERS NODE*, COLUMBIA, MD 21044 | |
| 10924 | BARBER & ROSS CO., 110 CATOCTIN CIRCLE S.E., LEESBURG, VA 20177 | |
| 10924 | BARBER & ROSS CO., PO BOX 1294, LEESBURG, VA 22075 | |
| 10924 | BARBER & ROSS MILLWORK COMPANY, 3301 A ROSEDALE AVENUE, RICHMOND, VA 23230 | |
| 10924 | BARBER & ROSS MILLWORK COMPANY, PO BOX 6886, RICHMOND, VA 23230 | |
| 10924 | BARBER & ROSS, 200 REDMAN CROSSING ROAD, MEBANE, NC 27302 | |
| 10925 | BARBER COLMAN CO., PO BOX 360712M, PITTSBURGH, PA 15251 | |
| 10924 | BARBER FIRESTOP SYSTEMS, 10 PINE TREE ROAD, MONROE, CT 06468 | |
| 10925 | BARBER JR, EDWIN L, 1739 KIRBY RD #305, MCLEAN, VA 22101-4817 | |
| 10925 | BARBER OPTICS INC, 8300 GUILFORD RD STE. E, COLUMBIA, MD 21046 | |
| 10925 | BARBER SR, JESSIE, 570 RAINBOW CIRCLE, WEST COLUMBIA, SC 29169 | |
| 10925 | BARBER, ANGELA, 5317 5TH AVE, PITTSBURGH, PA 15232 | |
| 10925 | BARBER, CAROLE, 1908 QUEEN ST, FORT WORTH, TX 76103 | |
| 10925 | BARBER, CLINT, RT. 7, BOX 27, FRANKLINTON, LA 70438 | |
| 10925 | BARBER, GARY, 1475 FAWLER AVE, AKRON, OH 44314 | |
| 10925 | BARBER, HILDA, 1231 CLARK ST., MILLEDGEVILLE, GA 31061 | |
| 10925 | BARBER, HOLLY, 1908 QUEEN ST., FORT WORTH, TX 76103 | |
| 10925 | BARBER, JAMES M, CUST FOR MARK JAMES BARBER, UNIF GIFT MIN ACT OH, 408 EAST AUGLAIZE ST, WAPAKONETA, OH 45895-1603 | |
| 10925 | BARBER, JAMES M, CUST FOR RACHAEL DELLA BARBER, UNIF GIFT MIN ACT OH, 408 EAST AUGLAIZE ST, WAPAKONETA, OH 45895-1603 | |
| 10925 | BARBER, JAMES M, CUST FOR SARAH LOUISE BARBER, UNIF GIFT MIN ACT OH, 408 EAST AUGLAIZE ST, WAPAKONETA, OH 45895-1603 | |
| 10925 | BARBER, JAMES M, CUST FOR STELLA LAURA BARBER, UNIF GIFT MIN ACT OH, 408 EAST AUGLAIZE ST, WAPAKONETA, OH 45895-1603 | |
| 10925 | BARBER, JANE, 100 SHEFFIELD RD., WALTHAM, MA 02451-2374 | |
| 10925 | BARBER, JERRY, 422 N STATE, ELK CITY, OK 73644 | |
| 10925 | BARBER, JIMMY, PO BOX 306, TAYLORSVILLE, MS 39168 | |
| 10925 | BARBER, JOHN, 1444 HUGGINS DR, GAINESVILLE, GA 30506 | |
| 10925 | BARBER, JOHN, 81 EAST HILLCREST AVE, DAYTON, OH 45406 | |
| 10925 | BARBER, JOHN, PO BOX 576, BEN BOLT, TX 78342 | |
| 10925 | BARBER, JONATHAN, 728 LINDEN ST, WAUKESHA, WI 53186 | |
| 10925 | BARBER, LEWIS, 200 RIVERSIDE AVE, CHATTANOOGA, TN 37405 | |
| 10925 | BARBER, LISA, PO BOX 13601, ALEX, LA 71315 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BARBER, LORI, 63 LAPHAM FARM ROAD, PASCOAG, RI 02859 | |
| 10925 | BARBER, MARY, 7819 EUCALYPTUS, PEARLAND, TX 77584 | |
| 10925 | BARBER, MICHELLE, 57 PARKBURG RD., JACKSON, TN 38301 | |
| 10925 | BARBER, PHILIP G, 405 LEXINGTON AVE, NEW YORK, NY 10174 | |
| 10925 | BARBER, R, 1226 W WESTCHESTER WAY, MUSTANG, OK 73064 | |
| 10925 | BARBER, RICHARD, PO BOX 931, TIOGA, LA 71477 | |
| 10925 | BARBER, ROBERT, 3504 MILLVALE ROAD, BALTIMORE, MD 21244 | |
| 10925 | BARBER, SCOTTIE, 2500 EASTWAY DR #8-F, CHARLOTTE, NC 28205 | |
| 10925 | BARBER, SHARON, PO BOX, DURHAM, NC 27715 | |
| 10925 | BARBER, SHERRY, 260 N. MATHILDA, SUNNYVALE, CA 94086 | |
| 10925 | BARBER, WILLIAM, 308 FARNOL ST #2, WINTER HAVEN, FL 33880 | |
| 10925 | BARBERA BUSINESS SYSTEMS, 5020 CAMPBELL BLVD., STE. 1, BALTIMORE, MD 21236 | |
| 10925 | BARBERA IMAGING TECHNOLOGIES, PO BOX 691748, CINCINNATI, OH 45269-1748 | |
| 10925 | BARBER-COLMAN OF CANADA LIMITED, 5840 FALBOURNE ST, MISSISSAUGA, ON L5R3L8CANADA | *VIA Deutsche Post* |
| 10925 | BARBER-COLMAN, PAUL SCHULER GEN COUN & TREAS, PO BOX 2940, 1354 CLIFFORD AVE, LOVES PARK, IL 61132-2940 | |
| 10925 | BARBERENA, NEOMI, 515 PRITCHETT RD, RED OAK, TX 75154 | |
| 10925 | BARBERO, JANET, 3939 MONROE AVE #139, FREMONT, CA 94536-6943 | |
| 10925 | BARBERY, ARCHIE, 105 WOODSIDE CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | BARBERY, DAVID, PO BOX 12010, LAKE CHARLES, LA 70612-2010 | |
| 10925 | BARBERY, EDNA, 216 GREENBRIER DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | BARBERY, JAMES, 216 GREENBRIER DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | BARBERY, LUCILLE, 105 WOODSIDE CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | BARBETT INDUSTRIES, 226 CEDAR ST, READING, PA 19601 | |
| 10925 | BARBEY, 1200 WEST 8TH ST., CINCINNATI, OH 45203 | |
| 10925 | BARBEY, PO BOX 2, CINCINNATI, OH 45203 | |
| 10925 | BARBEY, PO BOX 2, READING, PA 19603-0002 | |
| 10925 | BARBI, CHARLOTTE, 9 BOARDMAN ST., SENECO FALLS, NY 13148 | |
| 10925 | BARBI, IRMA, 9 BOARDMAN ST., SENECO FALLS, NY 13148 | |
| 10925 | BARBI, YOLANDA, 9 BOARDMAN ST, SENECA FALLS, NY 13148-2034 | |
| 10925 | BARBIAN, SUSAN, 911 S DIVISION, WAUNAKEE, WI 53597 | |
| 10925 | BARBIERI, KATHRYN, 580 BURNS CIRCLE, SAN RAMON, CA 94583 | |
| 10925 | BARBIERI, PHILIP, 4600 S FOUR MILE RUN #819, ARLINGTON, VA 22204 | |
| 10925 | BARBIR, NICOLAE, 5629 WEDGE LANE, WESCOVILLE, PA 18106 | |
| 10925 | BARBO, CLINT, 158 FAITH TRAILOR COURT, HOUMA, LA 70364 | |
| 10925 | BARBOSA, CAROL, PO BOX 830604, SAN ANTONIO, TX 78283 | |
| 10925 | BARBOSA, MARY, PO BOX 1712, MOCA, PR 00676 | |
| 10924 | BARBOUR CONCRETE CO INC, 21521 TRUMAN RD, INDEPENDENCE, MO 64051 | |
| 10924 | BARBOUR CONCRETE CO INC, LIBERAL, MO 64762 | |
| 10925 | BARBOUR, MARK, 10518 PRAIRIE FOX DR, FISHERS, IN 46038 | |
| 10925 | BARBOUR, NEVA, 9197 ROLLNG MEADOW RUN, PASADENA, MD 21122 | |
| 10924 | BARBOURSVILLE BLOCK MFG, P O BOX 114, BARBOURSVILLE, WV 25504 | |
| 10924 | BARBOURSVILLE BLOCK MFG, PO BOX 114, BARBOURSVILLE, WV 25504 | |
| 10924 | BARBOURSVILLE BLOCK MFG., OFF STATE ROUTE #2, 140 KYLE LANE, HUNTINGTON, WV 25702 | |
| 10925 | BARBOZA, AMBROSIO, 1711 ELIZABETH ST, WICHITA FALLS, TX 76301 | |
| 10925 | BARBOZA, MIGUEL, 295 FIRESIDE WAY, FAIRBURN, GA 30213 | |
| 10925 | BARBRE, CHARLES, 110 SOUTH CIRCLE DR, PIEDMONT, SC 29673 | |
| 10925 | BARBRE, TRACEY, 110 SOUTH CIR DR, PIEDMONT, SC 29673 | |
| 10925 | BARBREY, ANSEL, PO BOX 44, MAULDIN, SC 29662-0044 | |
| 10925 | BARBREY, FARRELL, 409 NORTH MAIN ST #18, SIMPSONVILLE, SC 29681 | |
| 10925 | BARBREY, LILA, 205 W TRADE ST, SIMPSONVILLE, SC 29681 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BARBREY, PATTY, 409 N MAIN ST #18, SIMPSONVILLE, SC 29681 | |
| 10925 | BARCALA, CARMEN, 6758 CROOKED PALM LANE, MIAMI LAKES, FL 33014 | |
| 10924 | BARCELONA CONSTRUCTION, CAMBRIDGE, MA 02140 | |
| 10924 | BARCELONA INCORP., 2118 NLEXINGTON RD, EVANSVILLE, IN 47720 | |
| 10924 | BARCELONA, 2118 LEXINGTON AVE, EVANSVILLE, IN 47720 | |
| 10924 | BARCELONA, INC., CAMBRIDGE, MA 02140 | |
| 10925 | BARCIKOWSKI, MICHAEL, 9522 HOLIDAY MANOR R, NOTTINGHAM, MD 21236 | |
| 10924 | BARCLAY MECHANICAL SERV., INC., POB 360-490, PAUL, ID 83347 | |
| 10924 | BARCLAY WATER MANAGEMENT, PO BOX 318, WATERTOWN, MA 02417-0318 | |
| 10925 | BARCLAY, ALAN, 4244 FAIRWAY DRIVE, CARROLLTON, TX 75010 | |
| 10925 | BARCLAY, ANDREW, 71 LIBERTY ST, ACTON, MA 01720 | |
| 10925 | BARCLAY, PERCY, AVE SANTA CRUZ 949 DEPT 202, LIMA, 18PERU | *VIA Deutsche Post* |
| 10925 | BARCLAY, PERCY, AVE SANTA CRUZ 949, MIRAFLORES, LIMA 18, PERU | *VIA Deutsche Post* |
| 10925 | BARCLAY, RICHARD, RR 2 BOX 6620 SOUTH ROAD, EAST HOLDEN, ME 04429 | |
| 10925 | BARCLAY, TEODORE, JACINTO LARA 465101, SAN ISIDRO, LIMA 27, PERU | *VIA Deutsche Post* |
| 10925 | BARCLAYS LAW PUBLISHERS, PO BOX 95767, CHICAGO, IL 60694-5767 | |
| 10924 | BARCO ENT, INC., 666 W BALTIMORE STREET, BALTIMORE, MD 21201 | |
| 10924 | BARCO ENTERPRISES WAREHOUSE, 11200 PULASKI HWY, WHITE MARSH, MD 21162 | |
| 10924 | BARCO ENTERPRISES, ACORN SUPPLY, STUDENT UNION 2ND & 3RD FLOORS, 8000 YORK RD., TOWSON, MD 21252 | |
| 10924 | BARCO ENTERPRISES, INC., 11200 PALASKI HWY, WHITE MARSH, MD 21162 | |
| 10924 | BARCO INTERNATIONAL, 11200 PULSKI HWY, WHITE MARSH, MD 21162 | |
| 10925 | BARCO PRODUCTS, 11 N. BATAVIA AVE, BATAVIA, IL 60510 | |
| 10925 | BARCO, DEPT 77-3085, CHICAGO, IL 60678-3085 | |
| 10925 | BARCODE INTEGRATORS, INC, POBOX 360307, STRONGSVILLE, OH 44136 | |
| 10925 | BARCOMB, JOHN, 18723 BUFFALO RIVER WAY, HOUSTON, TX 77084 | |
| 10925 | BARD WRISLEY CORPORATION, PO BOX 1021, DAHLONEGA, GA 30533 | |
| 10925 | BARDE, KISHOR, 14 WESTGATE DRIVE #101, WOBURN, MA 01801 | |
| 10924 | BARDEN CORPORATION, THE, 200 PARK AVENUE, DANBURY, CT 06813 | |
| 10925 | BARDMAN, DENNIS R, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | BARDMAN, DENNIS, 2894 GLADNOR ROAD, PASADENA, MD 21122 | |
| 10925 | BARDON GROUP, 1200 NW 15TH AVE., POMPANO BEACH, FL 33069 | |
| 10925 | BARDON GROUP, PO BOX 826, MONROE, NC 28111 | |
| 10925 | BARDON TRIMOUNT INC, POBOX 30070, BOSTON, MA 02241 | |
| 10925 | BARDON TRIMOUNT INC., PO BOX 39, BURLINGTON, MA 01803 | |
| 10925 | BARDON TRIMOUNT INC., PO BOX 5-0070, WOBURN, MA 01815-0070 | |
| 10925 | BARDON,INC, PO BOX 64890, BALTIMORE, MD 21264-4890 | |
| 10925 | BARDSLEY, JANET, 110 CRESCENT HILL DR, OAKDALE, PA 15071 | |
| 10925 | BARDWELL, CYNTHIA, 2205 BOSTON ROAD, WILBRAHAM, MA 01095 | |
| 10925 | BARDWELL, HERMAN, 10041 EAST CHESTNUT DRIVE, SUN LAKES, AZ 85248-0000 | |
| 10925 | BARECO INTERNATIONAL SALES CORP, POBOX 10312, ROCK HILL, SC 29730 | |
| 10925 | BARECO PRODUCTS, PO BOX 10312, ROCK HILL, SC 29730 | |
| 10925 | BARECO PRODUCTS, PO BOX 65453, CHARLOTTE, NC 28265-0453 | |
| 10925 | BAREFIELD & CO. INC., PO BOX 649, JACKSON, MS 39205 | |
| 10925 | BAREFIELD, JACKIE, 853 HANCOCK ST. #921, HAYWARD, CA 94541 | |
| 10925 | BAREFIELD, SANDRA, 204 OLD FOREST RD, EASLEY, SC 29640 | |
| 10925 | BARELA, CRUZ, 3800 TRETORN, BAKERSFIELD, CA 93313 | |
| 10925 | BARELA, DONNA, PO BOX 354, INDIO, CA 92202 | |
| 10925 | BARENBORG, WILLIAM, 1605 CONGRESSIONAL BLVD, SUMMERVILLE, SC 29483 | |
| 10925 | BARESCH, JOHN, 17 BEAVER DAM DRIVE, WESTFORD, MA 01886 | |
| 10925 | BARFIELD, ARMA, 3119A W VLIET ST, MILWAUKEE, WI 53208 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BARFIELD, CHARLES, 208 CAMP COX CIRCLE, FORT MILL, SC 29715 | |
| 10925 | BARFIELD, CONNIE, 1091 HARDY CIRCLE, DALLAS, GA 30132 | |
| 10925 | BARFIELD, JARED, 929 CLAYTON PL, GREEN BAY, WI 54302 | |
| 10925 | BARFIELD, KIM, 1529 N. JEFFERSON ST, MILWAUKEE, WI 53202 | |
| 10925 | BARFIELD, PAMELA, 257 WINDWARD ROAD, GREEN BAY, WI 54302 | |
| 10925 | BARFKNECHT, LARRY G, 660 MONETTE AVE #212, NEW RICHMOND, WI 54017 | |
| 10925 | BARFKNECHT, LARRY, 660 MONETTE AVE #212, NEW RICHMOND, WI 54017 | |
| 10925 | BARGAR, IRVIN, 7679 SOLLEY ROAD, GLEN BURNIE, MD 21061 | |
| 10925 | BARGE, MARY, 165 OAK HILL CL, INDEPENDENCE, MO 64057 | |
| 10925 | BARGE, MICHAEL, 127 PLANTATION WEST #1005, LAKE JACKSON, TX 77566 | |
| 10925 | BARGER MOSS, 800 NORTH SHORELINE BLVD, SUITE 2000 NORTH TOWER, CORUS CHRISTI, TX 78401 | |
| 10925 | BARGER PISO & PARTNER, WIEN 1 BIBERSTRABE 15, WIEN, A-1011AUSTRIA | *VIA Deutsche Post* |
| 10925 | BARGER PISO & PARTNER, WIEN 1, MAHLERSTRASSE, 9AUSTRIA | *VIA Deutsche Post* |
| 10925 | BARGER, MARK, 2 OXBRIDGE WAY, MILFORD, NH 03055 | |
| 10925 | BARGER, MARY, PO BOX 626, BATH, ME 04530-0626 | |
| 10925 | BARGER, SANDRA, 530 CAMBRIDGE DRIVE, SPARTANBURG, SC 29301-9801 | |
| 10925 | BARGER, STEVEN, 530 CAMBRIDGE DRIVE, SPARTANBURG, SC 29301 | |
| 10925 | BARGIEL, JOHN, 2700 IPNAR RD, N. HUNTINGDON, PA 15642 | |
| 10925 | BARHAM, BEVERLY, 309 EAST 19TH, WOLFFORTH, TX 79382 | |
| 10925 | BARHAM, BLAINE, 4100 CHESTNUT PLACE, ALEXANDRIA, VA 22311-1108 | |
| 10925 | BARHAM, K, 559 SOUTH RHYNE, BOONEVILLE, AR 72927 | |
| 10925 | BARHAM, SHELBA, PO BOX 344, ALTUS, AR 72821 | |
| 10925 | BARHAM, WILLIAM, PO BOX 344, ALTUS, AR 72821 | |
| 10925 | BARIBEAULT, DAVID, 3 DEERFIELD PL, NORTH READING, MA 01864-1557 | |
| 10925 | BARICH, SALLY, 8138 PLEASANT PLAINS, 206N, TOLDSON, MD 21258 | |
| 10925 | BARIL, J, 3531 PARK RD, GREENLEAF, WI 54126 | |
| 10925 | BARILLAS, EDDY, 9300 JARRETT CT, GAITHERSBURG, MD 20879 | |
| 10925 | BARILOVITS, FRANK, 151 MOUNTAIN VIEW DR, GRAY COURT, SC 29645 | |
| 10925 | BARIN, IONA, 4589 GENERAL MALONEYCIRCLE, EL PASO, TX 79924 | |
| 10925 | BARISH, RICHARD L, 5210 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | BARISH, RICHARD, 615 PEREZ ST, SAN ANTONIO, TX 78207 | |
| 10924 | BARIVAN S.A., PO BOX 4403, HOUSTON, TX 77210 | |
| 10924 | BARIVEN CORPORATION, PO BOX 4403, HOUSTON, TX 77210-4403 | |
| 10924 | BARIVEN S.A. / PDVSA SERVICES INC., 8451 MARKET STREET, HOUSTON, TX 77020 | |
| 10924 | BARIVEN S.A., PO BOX 4403, HOUSTON, TX 77210 | |
| 10924 | BARIVEN S.A., PURCHASING AGENT, PO BOX 4403, HOUSTON, 772104403VENZUALA | *VIA Deutsche Post* |
| 10924 | BARIVEN S.A./MARAVEN S.A., DEL TO, HOUSTON, .VENZUALA | *VIA Deutsche Post* |
| 10924 | BARIVEN, S.A., P.O. BOX 4403, HOUSTON, 772104403VENZUALA | *VIA Deutsche Post* |
| 10925 | BARJON, FRITZ, 5 SHERMAN ST, SPRING VALLEY, NY 10977 | |
| 10925 | BARJON, INES, 5 SHERMAN ST, SPRING VALLEY, NY 10977 | |
| 10925 | BARK RIVER CONCRETE PRODUCTS, PO BOX 67, BARK RIVER, MI 49807-0067 | |
| 10924 | BARK RIVER CONCRETE, P O BOX 67, BARK RIVER, MI 49807 | |
| 10924 | BARK RIVER CONCRETE, POBOX 67, BARK RIVER, MI 49807 | |
| 10924 | BARK RIVER CONCRETE, US 2 & 41, BARK RIVER, MI 49807 | |
| 10925 | BARKALOW, LYLE, 202 RAILROAD BOX 604, WILTON, IA 52778-0604 | |
| 10925 | BARKAN, MURRAY, 1517 ALPEN LANE, TOMS RIVER, NJ 08755-0835 | |
| 10925 | BARKER AIR & HYDRAULICS, INC, PO BOX 186, MAULDIN, SC 29662 | |
| 10925 | BARKER AIR & HYDRAULICS, INC, PO BOX 5896, GREENVILLE, SC 29606 | |
| 10925 | BARKER AIR & HYDRAULICS, POBOX 186, MAULDIN, SC 29662 | |
| 10925 | BARKER GARAGE DOORS, 209 FLORENCE AVE, NEW CASTLE, PA 16101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BARKER STEEL CO.INC., POBOX 84-5475, BOSTON, MA 02284-5475

10925   BARKER STEEL COMPANY INC., 38 SPENCER ST, LEBANON, NH 03766

10924   BARKER STEEL COMPANY, **DO NOT USE**, LEBANON, NH 03766

10924   BARKER STEEL COMPANY, 38 SPENCER STREET, LEBANON, NH 03766

10924   BARKER STEEL COMPANY, 42 SCHOOL STREET, BOSTON, MA 02172

10924   BARKER STEEL COMPANY, 42 SCHOOL STREET, WATERTOWN, MA 02172

10924   BARKER STEEL COMPANY, BUILDING B, SUITE 30, MILFORD, NH 01757

10925   BARKER, ALEX, PO BOX 113, LOCKPORT, LA 70374

10925   BARKER, ALLIE, 554 DIALS CHURCH RD, GRAY COURT, SC 29645

10925   BARKER, B, 4978 SW 86TH TERR, COOPER CITY, FL 33328

10925   BARKER, BRUCE, 146 STOKES ROAD, SIMPSONVILLE, SC 29681

10925   BARKER, C, 507 W. 29TH ST, LUMBERTON, NC 28358

10925   BARKER, CATHERINE, RT 6 BOX 82, MARION, VA 24354

10925   BARKER, CHARLES, ROUTE 1, BOX 51, DOVER, OK 73734

10925   BARKER, CHERI, 5457 SIDEHILL DR, RENO, NV 89433

10925   BARKER, CURTIS, 4618 SANTIAGO, PASADENA, TX 77504

10925   BARKER, D PAXSON, 4024 RILEY, HOUSTON, TX 77005

10925   BARKER, DAVID C, 743 COLLEGE ST, SHREVEPORT LA, LA 71104

10925   BARKER, ELIZABETH, 156 CARPENTER RD, MANSFIELD, OH 44903

10925   BARKER, ELLIS, PO BOX 371, FOREST HILL, LA 71430

10925   BARKER, GREGORY M, 41 MADISON AVE., 3-C, MADISON, NJ 07940

10925   BARKER, GREGORY, 70 COLUMBUS AVE APT 2B, SOMERVILLE, MA 02145

10925   BARKER, GREGORY, 70 COLUMBUS AVE APT 2-B, SOMERVILLE, MA 02145

10925   BARKER, JOHN, 16800 BLACKHAWK ST, GRANADA HILLS, CA 91344

10925   BARKER, KATHERINE, 902 OLD GROVE RD, PIEDMONT, SC 29673

10925   BARKER, LESLIE, RT2 BOX 410, GRAY COURT, SC 29645

10925   BARKER, LINDA, 1943 B CLINTON RD, HEWITT, NJ 07421

10925   BARKER, MARK, 2100 10TH, ODESSA, TX 79761

10925   BARKER, PATRICIA, 3050 NEWPORT DR, DEMOTTE, IN 46310

10925   BARKER, PHILLIP, 625 DANIELS, CROWLEY, TX 76036

10925   BARKER, RANDY, PO BOX 575, DELL CITY, TX 79837

10925   BARKER, ROBERT, PO BOX 1053, EVANSTON, WY 82930

10925   BARKER, ROBERT, ROUTE #1 BOX 115 B, GRAY COURT, SC 29645

10925   BARKER, SONIA, 5318 WASHINGTON AVE, CHARLESTON, WV 25304

10925   BARKER, STACY, 3050 NEWPORT DRIVE, DEMONTTE, IN 46310

10925   BARKER, STEPHEN, 902 OLD GROVE RD, PIEDMONT, SC 29673

10925   BARKER, TERESA, 1871 N SHEFFIELD, CHICAGO, IL 60614

10925   BARKER, WILLIAM, 4402 MARS COURT, ORLANDO, FL 32809

10925   BARKER, WILLIAM, 554 DIALS CHURCH ROAD, GRAY COURT, SC 29645

10925   BARKER, WILTON, 918 DUNKLIN BRIDGE ROAD, FOUNTAIN INN, SC 29644

10925   BARKERS, SHIRLEY, 220-04 137TH AVE, LAURELTON, NY 11413

10925   BARKLEY, DALLAS, 5 LOU ELLEN DR, LITTLE ROCK, AR 72202

10925   BARKLEY, DAVID, 1005 WOODGLEN DR, NEWTON FALLS, OH 44444

10925   BARKLEY, DAWNA, 309 PECAN DR., MONROE, LA 71203

10925   BARKLEY, EUGENE, 164 WASHINGTON, MCDONOUGH, GA 30253

10925   BARKLEY, JAMES, 201 FLAVELL RD, GROTON, MA 01450

10925   BARKLEY, MAUREEN, 12717 VIA SOMBRAS, POWAY, CA 92064

10925   BARKLOW, CHRISTOPHER, 1210 TEIGEN DR., HAYWARD, CA 94542

10924   BARKOFF CONTAINER & SUP, 26599 CORPORATE AVE, HAYWARD, CA 94545

10925   BARKOFSKY, PAUL, 6 BENJAMIN RUSH LN, PRINCETON, NJ 08540

10925   BARKSDALE, AVIS, 142 FOUNTAIN INN DR, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BARKSDALE, CALVIN, 142 FOUNTAIN INN DR, SIMPSONVILLE, SC 29681

10925    BARKSDALE, DEMETRIA, 109 1/2 WOODLAND DR, FOUNTAIN INN, SC 29644

10925    BARKSDALE, DENISE, 38795 HARVEST GROVE, WALKER, LA 70785

10925    BARKSDALE, JOHNNY, 9 BROWNWOOD DRIVE, GREENVILLE, SC 29611

10925    BARKSDALE, STACIE, 2716 PAKLAND AVE, AUGUSTA, GA 30907

10925    BARKSDALE, STIRLING, 4402 SIDE HILL RD, BALTIMORE, MD 21229

10925    BARKWILL, C, 6057 28TH AVE DR, VINTON, IA 52349

10925    BARLAND, THOMAS H, 1617 DRUMMOND ST, EAU CLAIRE, WI 54701-4052

10924    BARLCAY WATER MANAGEMENT, 80 COOLIDGE AVENUE, WATERTOWN, MA 02472

10924    BARLETTA ENGINEERING ROCHESTER, 175 PICKERING ROAD, GONIC, NH 03839

10924    BARLETTA HEAVY DIVISION, INC., 10 WHIPPLE AVENUE, ROSLINDALE, MA 02131

10925    BARLETTO CORP., 526 JEFFERSON ST, NEW CASTLE, PA 16101

10925    BARLEW NEUHOFF ARCHITECTS INC, 699 DALLAS RD, CHATTANOOGA, TN 37405

10925    BARLOCKER, BRADLEY, 12175 SOUTH 3235 WEST, RIVERTON, UT 84065

10924    BARLOW BROTHERS, 66 MATTATUCK HEIGHTS   ATTN PAT, WATERBURY, CT 06705

10925    BARLOW, BOBBY, 2882 AVE N LOT B, WINTER HAVEN, FL 33881

10925    BARLOW, DARLENE V, 16511 ARCHDALE, DETROIT, MI 48235

10925    BARLOW, DARLENE, 18918 HAMPSHIRE, LATHRUP VILLAGE, MI 48076

10925    BARLOW, EDDIE, 188 ROCKY POINT RD, COVINGTON, GA 30209

10925    BARLOW, ELIZABETH, 305 WEST 28 ST, NEW YORK, NY 10001

10925    BARLOW, JERALD, PO BOX 174, PANAMA, OK 74951

10925    BARLOW, JOAN, 4388 E. CENTRAL AVE, CAMARILLO, CA 93010

10925    BARLOW, KATHERENE, 13003 TWP. RD. 473, BIG PRARIE, OH 44611

10925    BARLOW, LASHUNDA, 508 DENNIS DR, JASPER, TX 75951

10925    BARLOW, MAGGIE, 360 FERNWOOD CT, VA BEACH, VA 23454

10925    BARLOW, MARLANE, 75350 HENDERSON RD, COVINGTON, LA 70433

10925    BARLOW, MARVIN, 447 BARBARA DRIVE, CRAIG, CO 81625

10925    BARLOW, NANCY V, 2833 WEST MONTEBELLO, PHOENIX, AZ 85017-2628

10925    BARLOW, TERRY, 5715 69TH ST NE, MARYSVILLE, WA 98270

10925    BARLOWE, PAULA, RT 2 BOX 400-D-34, ROANOKE RAPIDS, NC 27870

10925    BARLOWORLD HANDLING LP, PO BOX 402473, ATLANTA, GA 30384-2473

10925    BARMER, SUSAN, 3315 WACO ST. #2, SAN DIEGO, CA 92117

10925    BARMORE, CHARLES, 113 CUMBERLAND DRIVE, MOORE, SC 29369-9701

10925    BARMORE, K, 113 CUMBERLAND DRIVE, MOORE, SC 29369

10925    BARN, THE, 8740 U.S. 31, HANCEVILLE, AL 35077

10925    BARNANT CO., 28 W. 092 COMMERCIAL AVE., BARRINGTON, IL 60010

10925    BARNANT CO., DEPT. 77-3397, CHICAGO, IL 60678-3397

10925    BARNARD AND GANNON, 218 WEST FRONT ST, MEDIA, PA 19063-0289

10925    BARNARD AND GANNON, THE WILLIAMSON HOUSE, 218 WEST FRONT ST, PO BOX 289, MEDIA, PA 19063-0289

10925    BARNARD ASSOCIATES, 9017F RED BRANCH ROAD, COLUMBIA, MD 21045

10925    BARNARD ELEVATOR COMPANY, 14846 GLEN CREST LANE, LOCKPORT, IL 60441

10925    BARNARD, BRIAN M, 214 E 5TH ST ST, SALT LAKE CITY, UT 84111-0000

10925    BARNARD, C, 1433 W FOUNTAIN WAY, FRESNO, CA 93705

10925    BARNARD, CAROLINE, 225 W. SUNNYVIEW DRIVE, N, OAK CREEK, WI 53154

10925    BARNARD, DANNY, 917 TEATRO CT, ORLANDO, FL 32807

10925    BARNARD, FERN, 536 MOCCASIN COURT, CASSELBERRY, FL 32707

10925    BARNARD, FREDERICK, 36 PAYNE WHITNEY LANE, MANHASSET, NY 11030

10925    BARNARD, JAMES, 103 GROVETON CT, SIMPSONVILLE, SC 29681

10925    BARNARD, JAMES, 61 SHADY OAK CT, ALVIN, TX 77511

10925    BARNARD, MICHAEL, 353 BERKELEY PK BLVD, KENSINGTON, CA 94707

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BARNARD, RAYMOND, RT 3 BOX 120, MOORELAND, OK 73852

10925   BARNARD, RICHARD, 200 NW SHAMROCK AVE, LEES SUMMIT, MO 64081

10925   BARNASKAS, JONATHAN, 58 ELYCROFT PKWY, RUTHERFORD, NJ 07070

10925   BARNASKAS, JOSEPH, 58 ELYCROFT PKWY, RUTHERFORD, NJ 07070

10925   BARNCASTLE, DOUGLAS, 1101 SHORELINE DR, LAKESIDE CITY, TX 76308

10925   BARNCASTLE, WILLIAM, 1101 SHORELINE, LAKESIDE CITY, TX 76308

10925   BARNEBEY SUTCLIFFE CORPORATION, 835 NORTH CASSADY AVE, COLUMBUS, OH 43219-2203

10925   BARNEGAT ANALYTICAL INSTRUMENTATION, PO BOX 537, BARNEGAT, NJ 08005

10925   BARNER, MARION, 15 C EASTGATE APT, NEWNAN, GA 30263

10924   BARNES & CONE INC, P O BOX 280, SYRACUSE, NY 13206

10925   BARNES & CONE INC, POBOX 280 EASTWOOD STATION, SYRACUSE, NY 13206-0280

10924   BARNES & CONE INC., 5894 COURT STREET ROAD, SYRACUSE, NY 13206

10924   BARNES & CONE INC., P.O. BOX 35 EASTWOOD STATION, SYRACUSE, NY 13206

10924   BARNES & NOBLE - SPRAY CRAFT, KENWOOD MALL, CINCINNATI, OH 45201

10924   BARNES & NOBLE, 18TH & WALNUT STREET, PHILADELPHIA, PA 19092

10925   BARNES & THORNBURG, 11 SOUTH MERIDAN ST, INDIANAPOLIS, IN 46204

10925   BARNES & THORNBURG, 2600 CHASE PLAZA, CHICAGO, IL 60603

10924   BARNES CONCRETE, 873 PROVIDENCE TPKE., PUTNAM, CT 06260

10924   BARNES CONCRETE, 8763 PROVIDENCE TURNPIKE, PUTNAM, CT 06260

10924   BARNES HIND HYDROCURVE, INC., 4676 BRINELL STREET, SAN DIEGO, CA 92111

10924   BARNES HIND HYDROCURVE, INC., 8006 ENGINEER ROAD, SAN DIEGO, CA 92111

10924   BARNES HOSPITAL, SAINT LOUIS, MO 63100

10924   BARNES JEWISH CHRISTIAN HOSPITAL, 4910 FOREST PARK BLVD., SAINT LOUIS, MO 63108

10924   BARNES JEWISH WEST, C/O SMC SERVICES, 1020 NORTH MASON RD., CREVE COEUR, MO 63141

10925   BARNES JR, THOMAS, 649 LUMMIS RD, SUFFOLK, VA 23434

10925   BARNES PLUMBING CO INC, 3923 WASHINGTON AVE N, MINNEAPOLIS, MN 55412

10924   BARNES RESTAURANT, C/O BONITZ OF GEORGIA, INC., SAVANNAH, GA 31410

10924   BARNES RESTURANT, C/O BONITZ OF GEORGIA, INC., SAVANNAH, GA 31410

10925   BARNES SR., ERNEST, 70 SOUTH RITCHIE HWY, PASADENA, MD 21122-4303

10925   BARNES ST PETERS HEALTH CARE, PO BOX 906, SAINT PETERS, MO 63376-7906

10925   BARNES USED CARS INC., 2125 N CICERO AVE, CHICAGO, IL 60639

10925   BARNES, ALTHERIA, 590 FLATBUSH AVE, 12L, BROOKLYN, NY 11225

10925   BARNES, AMELIA, 220 N CREST LANE #308, KANKAKEE, IL 60901

10925   BARNES, ARTHUR, 1107 E 20TH ST, BALTIMORE, MD 21218

10925   BARNES, CECIL, 38 MEADE ST, NASHUA, NH 03060

10925   BARNES, CHARLES, 1088 LOCUST DRIVE, PASADENA, MD 21122

10925   BARNES, CHIQUITA, 3202 TOLEDO PL #104, HYATTSVILLE, MD 20782

10925   BARNES, CHRISTOPHER, 1524 RAMBLEWOOD ROAD, BALTIMORE, MD 21239

10925   BARNES, CHRISTOPHER, 3519 CONGER ROAD, HUNTSVILLE, AL 35805

10925   BARNES, DARRYN, 9001 GLACIER AVE, 153, TEXAS CITY, TX 77591

10925   BARNES, DAVID, 6075 BABYLON CREST, COLUMBIA, MD 21045

10925   BARNES, DAVID, RT 1 BOX 22, FARGO, OK 73840

10925   BARNES, DIANNA, 2956 OIL CITY RD, WOOSTER, OH 44691

10925   BARNES, EDWARD, BOX 187, COWLEY, WY 82420

10925   BARNES, ELEANOR, 10229 LYNFORD, DALLAS, TX 75238

10925   BARNES, ERROL, 22 BETLOU JAMES PL., BALTIMORE, MD 21207

10925   BARNES, FREDERICK, 311 WALL ST, LAGRANGE, GA 30240

10925   BARNES, GEORGE, 3041 W RENEE COURT, MEQUON, WI 53092

10925   BARNES, GERALD, 1910 JOHN ARTHUR WAY, LAKELAND, FL 33803

10925   BARNES, GILBERT, 2037 WATERS DR., MARRERO, LA 70072

10925   BARNES, GLORIA, 1809 SUSSEX ST, RICHMOND, VA 23223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BARNES, JAMES, 3630 SHALLOWFORD RD.APT B 10, DORAVILLE, GA 30340

10925   BARNES, JAMES, 8308 LAKEWOOD DRIVE, RALEIGH, NC 27613

10925   BARNES, JAMES, ROUTE 2 BOX 107, CHILLICOTHE, TX 79225

10925   BARNES, JANET, 1700 MATHESON AVE, CHARLOTTE, NC 28205

10925   BARNES, JOAN, 9236 SW 148 CT, MIAMI, FL 33196

10925   BARNES, JOHN, 12724 RICHMOND AVE, GRANDVIEW, MO 64030

10925   BARNES, JOHN, 1916 GARLING DRIVE, BLOOMINGTON, IL 61701-7128

10925   BARNES, JOHN, 45947 COUNTY RD 23, LOUDONVILLE, OH 44842

10925   BARNES, JOHNNY, PO BOX 393, BLACKWELL, TX 79506

10925   BARNES, JOSEPH, 1616 S. VALOR DR, PETERSBURG, VA 23805

10925   BARNES, JOYCE, 2508 LAKE RIDGE DR, GLENN HEIGHTS, TX 75154

10925   BARNES, JR, EARTLE, 7612 BRIGHTSIDE AVE., BALTIMORE, MD 21237

10925   BARNES, JUDY, 1654 1/2 RAVENNA, WILMINGTON, CA 90744

10925   BARNES, KEVIN, 109 HENDERSON, SANGER, TX 76266

10925   BARNES, LEO, 109 HICKORY WOOD CT, EASLEY, SC 29640

10925   BARNES, LEON, 201 68TH PL NORTH, BIRMINGHAM, AL 35206

10925   BARNES, LINDA, 4916 LAKE WILSON RD, ELM CITY, NC 27822

10925   BARNES, LORENZO, 616 GAYLE, BURKBURNETT, TX 76354

10925   BARNES, MAUREEN, 189-14 CROCHERON AVE, FLUSHING, NY 11358

10925   BARNES, MOSES JR, 7517 AUTUMNLEAF CT, RICHMOND, VA 23234

10925   BARNES, PAMELA, 1521 28TH ST SE, WASHINGTON, DC 20020

10925   BARNES, PAUL, 911 EAST COLSON ROAD, PLANT CITY, FL 33567-8028

10925   BARNES, ROBERT, 5 HOVER CREEK ROAD, SAVANNAH, GA 31419

10925   BARNES, ROBERT, 716A CHURCH ST., MOUNT JOY, PA 17552

10925   BARNES, ROBIN, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   BARNES, RONALD, 3615 N. 107TH DRIVE, AVONDALE, AZ 85323

10925   BARNES, SAM, PO BOX 509, HAYDEN, CO 81639

10925   BARNES, SHEREE, PO BOX 9001, RIVERSIDE, CA 92504

10925   BARNES, SHUWANDA, 2121 WINDY HILL RD # 511, MARETTA, GA 30060

10925   BARNES, SUSAN, 7742 WILLOW AVE, RIVERSIDE, CA 92504

10925   BARNES, SUSAN, R 1 BOX 164, GRAND CHAIN, IL 62941

10925   BARNES, THOMAS, 416 THE TERRACE #25, REDLANDS, CA 92374

10925   BARNES, THOMAS, 7 FRAZIER ST., 1B, TRENTON, NJ 08618

10925   BARNES, TONY, 20 JANTZEN COURT, SENECA, SC 29672

10925   BARNES, WAYNE, 7564 SR 514, BIG PRAIRIE, OH 44611

10925   BARNES, WILLIAM, PO BOX 470, CHINA, TX 77613

10925   BARNES, WILLIE MAE, 1506 S W 27 AVE RD, OCALA, FL 34473

10925   BARNES, WILLIE, 1303 ASHLAND AVE, BALTIMORE, MD 21205

10925   BARNETT JT TEN, F EDWARD LILLIAN H, 1116 N SHADESVIEW TERR, BIRMINGHAM, AL 35209-6638

10925   BARNETT, ADEANIA, 9602 WALLACE LAKE, SHREVEPORT, LA 71106

10925   BARNETT, ANITA G, 11 FLANAGAN DR, FRAMINGHAM, MA 01701-3712

10925   BARNETT, BOB READY MIX INC, EQUALITY, IL 62934

10924   BARNETT, BOB READY MIX, INC., 285 HARDEN HEIGHTS ROAD, HARRISBURG, IL 62946

10924   BARNETT, BOB READY MIX, R.R.3 - GARDEN HEIGHTS ROAD, HARRISBURG, IL 62946

10925   BARNETT, CAROL, PO BOX 1147 CHAPMAN HWY, SEYMOUR, TN 37865

10925   BARNETT, CHARLES, 114 HOLLY TREE CIRCLE, DUNCAN, SC 29334

10925   BARNETT, CHERYL, 4715 GUERNSEY RD., ODESSA, TX 79764

10925   BARNETT, DEBRA, 1420 17TH ST S.E., 631, AUBURN, WA 98002

10925   BARNETT, ELIZABETH, 333 MERION AVE, NARBETH, PA 19072

10925   BARNETT, ERIK, 13940 APPALACHIAN TR, DAVIE, FL 33325

10925   BARNETT, EVELYN, 4585 LAUREL CLUB DR, WEST BLOOMFIELD, MI 48323

)

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BARNETT, FRANCES, 414 EAST CURTIS ST, SIMPSONVILLE, SC 29681

10925   BARNETT, GARLAND, 3107 MEADOWSIDE LANE, NASHVILLE, TN 37207

10925   BARNETT, GARY, 1612 CARL ST, FT WORTH, TX 76103

10925   BARNETT, HOBERT, 4614 ACORN DRIVE, N, LAKELAND, FL 33805-9159

10925   BARNETT, JACQUELINE, 4384 WOODLAKE TRAIL, WOOSTER, PA 44691

10925   BARNETT, JAMES, 6 BRANDYWINE DR., GLENMOORE, PA 19343

10925   BARNETT, JEFFREY, 2216 W 37TH ST, CHICAGO, IL 60609

10925   BARNETT, JEFFREY, PO BOX 93, CONESTEE, SC 29636

10925   BARNETT, JERRY, 4775 S PAGOSA CIR, AURORA, CO 80015

10925   BARNETT, JERRY, 4775 S PAGOSA CIRCLE, AURORA, CO 80015

10925   BARNETT, JOHN, 511 GRESHAM PL, NW, WASHINGTON, DC 20059

10925   BARNETT, JR, EMETT, 10812 KY 764, WHITESVILLE, KY 42378

10925   BARNETT, KAREN, 130 BROOKDALE DRIVE, LYMAN, SC 29365

10925   BARNETT, LARRY, 1112 SCHOOLEY, PORT LAVACA, TX 77979

10925   BARNETT, LEMAR, 6031 CANDLEWICK DR., INDIANAPOLIS, IN 46228

10925   BARNETT, LINOL, ROUTE 1, TAYLORS, SC 29687-9801

10925   BARNETT, MARK, 116 DRUID ST, GREENVILLE, SC 29609

10925   BARNETT, MARK, 500 E. CAPITOL, PIERRE, SD 57501-5070

10925   BARNETT, MAX, 131 MEADOWOOD, SAN ANTONIO, TX 78216

10925   BARNETT, MICHAEL, 746 COX RD, INDEPENDENCE, KY 41051

10925   BARNETT, PAUL, 1315 N 59TH ST, PHILA, PA 19131

10925   BARNETT, RICHARD, 5166 JR FURNACE RD, FRANKLIN FURNACE, OH 45629

10925   BARNETT, ROBERT, 1722 LUDLOW, INDIANAPOLIS, IN 46201

10925   BARNETT, ROBERT, 7 DICKENS LANE, TAYLOR, SC 29687-3822

10925   BARNETT, STEPHEN, 400 LINDALE DRIVE #30, MARION, IA 52302

10925   BARNETT, WALLACE, 1206 LAKEVIEW CIRCLE, GREER, SC 29651

10925   BARNETT, WAYNE, 369 W. 76TH ST, SHREVEPORT, LA 71106

10925   BARNETT, YOLANDA, 1351 N PKWY, MEMPHIS, TN 38104

10925   BARNETTE, DEBORAH, 1245 STEVENS AVE, BALTIMORE, MD 21227

10925   BARNETTE, DUDLEY, 5125 BONNIE ACRES DRIVE, ELLICOTT CITY, MD 21043

10925   BARNETTE, JOHNNY, 201 CHERRY LANE, GREER, SC 29651-8968

10925   BARNETTE, NANCY, 1307 PLAZA ST, DECATUR, AL 35603

10925   BARNETTE, TAMARA, 1400 DOVE LANDING RD, YORK, SC 29745

10925   BARNETZKE, JANE, 823 WINDFIELD PLACE, APPLETON, WI 54911

10925   BARNEY RABIN CO. INC., 14 CENTRAL ST, MARBLEHEAD, MA 01945-0670

10925   BARNEY, RITA, 932 BOESEL AVE, MANVILLE, NJ 08835

10925   BARNEY, SHARON, 2731 NORTH 59TH ST, MILWAUKEE, WI 53210

10925   BARNEY, SUSAN, 1796 BEACH STR., SAN FRANCISCO, CA 94123

10925   BARNHART JR., DAVID, 18741-301 NAUTICAL DRIVE, HUNTERSVILLE, NC 28078

10925   BARNHART JR., TEDDY, 13705 HARCUM ROAD, PHOENIX, MD 21131

10925   BARNHART, AMY, 261 PFLUGH RD., BUTLER, PA 16001

10925   BARNHART, B, RT 3. BOX 280, BROWNSVILLE, TN 38012

10925   BARNHART, DALE, 261 PFLUGH ROAD, BUTLER, PA 16001

10925   BARNHART, DEAN, 260 PFLUGH ROAD, BUTLER, PA 16001

10925   BARNHART, DEAN, 3548 KINGSWOOD DRIVE, BILLINGS, MT 59101

10925   BARNHART, HAROLD, 69B JACKMAN DRIVE, POUGHKEEPSIE, NY 12603-9998

10925   BARNHART, JANE, 9579 MASON DIXON HWY, SALISBURY, PA 15558

10925   BARNHART, JENNIFER, 5720 TR 264 RT #1, MILLERSBURG, OH 44654

10925   BARNHART, LISA, 260 PFLUGH ROAD, BUTLER, PA 16001

10925   BARNHART, WILLIAM, 1559 S CONGRESS AVE, DELRAY BEACH, FL 33445-6325

10925   BARNHILL, NATHAN, 404 SUMMERFIELD DR, HOUMA, LA 70361

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BARNHILL, W, 5312 ANDOVER ROAD, WILMINGTON, NC 28401

10925   BARNHOUSE, ELAINE, 113 KING ARTHUR DR, PIEDMONT, SC 29673

10925   BARNHOUSE, W, 113 KING ARTHUR DRIVE, PIEDMONT, SC 29673

10925   BARNICK, DORA, C/O ARLENE SCHROEDER 4811 W. WARWICK AVE, CHICAGO, IL 60641

10925   BARNISH, KATHERINE, 600 BUENA PKWY, BRIDGEWATER, NJ 08807

10925   BARNOCKI, JILL, 419 FORNEY AVE NW, JACKSONVILLE, AL 36265

10925   BARNOSKI, BRIAN, 190 HUBBARD ST, LENOX, MA 01240

10924   BARNSCO INC., 2609 WILLOWBROOK, DALLAS, TX 75220

10924   BARNSCO INC., P. O. BOX 541087, DALLAS, TX 77354

10924   BARNSCO INC., P.O.BOX 541087, DALLAS, TX 75354

10925   BARNSTABLE MUNICIPAL AIRPORT, 480 BARNSTABLE ROAD, HYANNIS, MA 02601

10925   BARNSTEAD THERMOLYNE, 2555 KERPER BLVD, DUBUQUE, IA 52001

10925   BARNSTEAD THERMOLYNE, PO BOX 96752, CHICAGO, IL 60693

10925   BARNSTEAD/THERMOLYNE, 2555 KERPER BLVD., DUBUQUE, IA 52001

10925   BARNSTEAD/THERMOLYNE, PO BOX 96752, CHICAGO, IL 60693

10925   BARNSTORMING DESIGNS, 106 PIPE MEADOW WAY, FREDERICK, MD 21702

10924   BARNWELL & ASSO.INC., 3760 KORI ROAD, JACKSONVILLE, FL 32260-0070

10924   BARNWELL & ASSOCIATES, 3760 KORI RD., JACKSONVILLE, FL 32260

10925   BARNWELL, BRUCE, 5645 HWY. 49, ENOREE, SC 29335

10925   BARNWELL, THOMAS, 5645 CROSS KEYS HWY, ENOREE, SC 29335

10925   BAROCO, HELEN B, BOX 485, DAPHNE, AL 36526-0485

10924   BAROID DRILLING FLUIDS, INC., 2 MI NW OF MAGNET COVE, MALVERN, AR 72104

10924   BAROID DRILLING FLUIDS, INC., BUCHANAN RD.-5 MI E. OF HWY 59, TEXARKANA, TX 75502

10924   BAROID DRILLING FLUIDS, INC., PO BOX 1675, HOUSTON, TX 77251

10924   BAROID DRILLING FLUIDS,INC., PO BOX 60020, HOUSTON, TX 77205-0020

10924   BAROID, ATTN: BRENDA, 1025 LOCKWOOD, HOUSTON, TX 77020

10925   BARON BUDD, 3102 OAK LAWN AVE #1100, DALLAS, TX 75219-4281

10925   BARON BUDD, 43 B NEW GARVER RD, MONROE, OH 45050

10925   BARON BUDD, 660 MADISON AVE 18TH FL, NEW YORK, NY 10021

10925   BARON, ESQ, STEVEN T, SILBER PEARLMAN, 2711 N HASKELL AVE, 5TH FL, DALLAS, TX 75204

10925   BARON, GERMAN, 6515 S.W. 22ND CT., MIRAMAR, FL 33023

10925   BARON, JOE, 2049 IRONTON ST., AURORA, CO 80010

10925   BARON, LLOYD, 49 SHADY REST ROAD, N EASTON, MA 02356

10925   BARON, RONALD, 437 EAST THIRD, HERSHER, IL 60941

10925   BARONE, CHRISSA, 82 SOUTH MAIN ST, LODI, NJ 07644

10925   BARONE,III, PASCAL, 411 E WILLIAM DAVID PKWY, METAIRIE, LA 70005

10925   BARONI, RICHARD, 34 GOSHEN AVE, WASHINGTONVILLE, NY 10992

10925   BARONIAL CORP. N.V., HUTTON INGRAM ET AL GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY
10036

10925   BARONS EDUCATIONAL SERVICES INC., 250 WIRELESS BLVD., HAUPPAUGE, NY 11788

10925   BAROODY, CARA, 2337 MCGREGOR CT, VIENNA, VA 22182

10925   BAROS, EDMUND, 202 BOHMAN, CUERO, TX 77954

10925   BAROS, MICHAEL, 13000 CLOUDVIEW NE, ALBUQUERQUE, NM 87123

10925   BAROVIC, DONALD, 35929 PACIFIC HWY S, FEDERAL WAY, WA 98003-7420

10925   BARR & MILES, 5448 W. 47TH ST., CHICAGO, IL 60638

10924   BARR & MILES, INC, 5448 W. 47TH ST., CHICAGO, IL 60638

10925   BARR AUDIO VISUAL, 309 S CLOVERDALE B3, SEATTLE, WA 98108

10925   BARR FILMS, PO BOX 7878, IRWINDALE, CA 91706-7878

10925   BARR JR., WILLIAM, 319 N 4TH, LOVINGTON, NM 88260

10924   BARR LAB HEADQUARTER NODE*, COLUMBIA, MD 21044

10924   BARR LABORATORIES INC. - DO NOT USE, PO BOX 2900, POMONA, NY 10970

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BARR LABORATORIES INC., 2 QUAKER ROAD, PO BOX 2900, POMONA, NY 10970

10924   BARR LABORATORIES INC., 2 QUAKER ROAD, POMONA, NY 10970

10924   BARR LABORATORIES INC., 232 PEGASUS AVENUE, NORTHVALE, NJ 07647

10925   BARR SYSTEMS INC, 25 LONGCOMMON ROAD, RIVERSIDE, IL 60546

10924   BARR& BARR BROOKLYN HOSPITAL CENTER, 121 DEKALB AVE, BROOKLYN, NY 11201

10925   BARR, A, 4046 VICTORIA DR, NESBIT, MS 38651

10925   BARR, AMBER L, 341 ADELLE ST, LIVERMORE, CA 94550

10925   BARR, BAILEY, 724 MILITARY, CORPUS CHRISTI, TX 78418-4227

10925   BARR, BARBARA, 195 HIGH ST, METUCHEN, NJ 08840

10925   BARR, CHERYL, 4246 BAKER LANE #F, RENO, NV 89509

10925   BARR, CHRIS, 4710 A BRADFORD DR, DALLAS, TX 75219

10925   BARR, GLENN, PO BOX 425, REEDSVILLE, PA 17084-0425

10925   BARR, JAMES, 64 VAN LIEUS ROAD, EAST AMWELL,, NJ 08551

10925   BARR, KELLY, RR 2 BOX 44, LOVINGTON, NM 88260

10925   BARR, MARIE, 4046 VICTORIA DR, NESBIT, MS 38651

10925   BARR, PAULINE, 4213 VANETTA CIR, CHARLOTTE, NC 28215

10925   BARR, PETER, 34 WALNUT CIR, MERRIMACK, NH 03054

10925   BARR, RICHARD A, 5517 N 75TH ST, OMAHA, NE 68134

10925   BARR, RICHARD, 5517 NO 75TH ST, OMAHA, NE 68134

10925   BARR, ROBERT, 2417 CAROLYNE AVE, BALTIMORE, MD 21219

10925   BARR, TERESA, FLUSHING, NY 11355

10925   BARR, WILBERT, 5007 DENMORE AVE., BALTIMORE, MD 21215

10925   BARR, WILLIAM, 128 CHIPLEY LANE, GREENVILLE, SC 29605-4505

10925   BARR, WILLIAM, 513 TYLER, LOVINGTON, NM 88260

10925   BARRACOS PIZZA & CATERING, 3701 W. 95TH ST., EVERGREEN PARK, IL 60805

10925   BARRAGAN, KENNETH, 914 GREEN DR, ODESSA, TX 79763

10925   BARRAND INC, GEN COUNSEL, 6607 CLEARHAVEN CIRCLE, DALLAS, TX 75248

10925   BARRAS, ANDREW, 509 ALBERT ST., NEW IBERIA, LA 70560

10925   BARRAS, ANTOINE, 11735 AUDUBON RD, ABBEVILLE, LA 70510

10925   BARRAS, CARROLL, 13606 GREENBRIAR, SUGAR LAND, TX 77478-2225

10925   BARRAS, FELIX, PO BOX 262, ABBEVILLE, LA 70511

10924   BARRASSO & SONS INC, 160 FLORAL PARK ST, ISLIP TERRACE, NY 11752

10924   BARRASSO & SONS INC, 160 FLORAL PARK STREET, ISLIP TERRACE, NY 11752

10925   BARRATT, EDITH, 620 W LIVINGSTON RD, HIGHLAND MI, MI 48031

10925   BARRATT, RAYMOND, 6 CARRIE FARM COURT, SCOTCH PAINS, NJ 07076

10925   BARRATT, WILLIAM, 1425 TODD FARM DRIVE, ELGIN, IL 60120

10925   BARRAZA, CAROLINA, 1101 S. BLUEBONNET ODESSA, TX. 79761, ODESSA, TX 79761

10925   BARRAZA, JAIME, 1503 NORTH 68TH ST., LOS ANDELES, CA 90047

10925   BARRAZA, RENE, 115 LYNN LOOP, LAREDO, TX 78041

10925   BARRE, MELISSA, 30 EKMAN ST, WORCESTER, MA 01607

10925   BARRECA, JOHN, 45 JOSEPH AVE, STATEN ISLAND, NY 10314-5013

10925   BARREDA MOLLER ABOGADOS, AV. ANGAMOS OESTE #1200, LIMA 18, PERU          *VIA Deutsche Post*

10925   BARREDA MOLLER, AV ANGAMOS OESTE 1200, LIMA, 18PERU          *VIA Deutsche Post*

10925   BARRELLS, THOMAS, 605 S BERRY ST, BURKBURNETT, TX 76354

10925   BARRENTINE, JAMES, 1433 PALERMO DRIVE, SULPHUR, LA 70663

10925   BARRERA, AURORA, 1929 S. 33RD ST., MCALLEN, TX 78503

10925   BARRERA, BLANCA, PO BOX 7, HIDALGO, TX 78557

10925   BARRERA, CHRIS, 3703 E. 13TH, AMARILLO, TX 79104

10925   BARRERA, EULALIO, PO BOX 864, ROMA, TX 78584

10925   BARRERA, HELIODORO, 3501 NORMA ST, MCALLEN, TX 78501

10925   BARRERA, J, 2870 N TOWNE #149, POMONA, CA 91767

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 BARRERA, JAVIER., 400 S ST. JAMES, SAN DIEGO, TX 78384

10925 BARRERA, JESSE, 1601 DALIEN, LA MARQUE, TX 77568

10925 BARRERA, KRISTI, 6201 S.W. 54TH, AMARILLO, TX 79109

10925 BARRERA, MARIA ELENA, 1925 S. 33RD, MCALLEN, TX 78501

10925 BARRERA, MIGUEL, 407 CHAPULTEPEC, SAN DIEGO, TX 78384

10925 BARRERA, NICOLE, 101 MIDDLESEX TPKE STE 6-138, BURLINGTON, MA 01803

10925 BARRERA, RAUL, 157 ARCHIMEDES COURT, BALTIMORE, MD 21208

10925 BARRERA, RAUL, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 BARRERAS, ILDIKO, 9218 AERO DR, PICO RIVERA, CA 90660-0000

10925 BARRET, SHARON, 3407 NW 198 TERR, MIAMI, FL 33056

10925 BARRET-FISHER CO INC, 800 JR MILLER BLVD, OWENSBORO, KY 42303

10925 BARRETO, EDWIN, HC-01 BOX 3265, CAMUY, PR 00627

10925 BARRETO, HUGO, 2829 28TH ST NW, WASHINGTON, DC 20008

10925 BARRETO, PATRICIA, 2434 NW 177 TER, MIAMI, FL 33056

10925 BARRETT & SONS PAINTING CO INC, 627 PINE DRIVE, PASADENA, MD 21122

10925 BARRETT CO, THE, 33 STONEHOUSE RD, MILLINGTON, NJ 07946

10925 BARRETT ELECTRIC INC, 120 ACUFF LANE, COLLEYVILLE, TX 76034

10924 BARRETT INTERIORS SPECIALTY &, C/O WAREHOUSE, ATTN:  TOBY LANDRY, 102 CAPITAL BLVD.,
HOUMA, LA 70360

10925 BARRETT JT TEN, JOHN D & MARY G, 128 LARCHMONT DR, HENDERSONVILLE, NC 28791-9736

10925 BARRETT LAW OFFICES, PO BOX 987, LEXINGTON, MS 39095

10924 BARRETT PAVING, 2551 NEEDMORE RD, DAYTON, OH 45414

10924 BARRETT PAVING, 2551 NEEDMORE ROAD, DAYTON, OH 45414

10924 BARRETT PAVING, 7374 MAIN STREET, CINCINNATI, OH 45244

10924 BARRETT PAVING, 7374 MAIN, CINCINNATI, OH 45244

10924 BARRETT SPECIALTY INTERIORS &, 102 CAPITAL BLVD., HOUMA, LA 70360

10924 BARRETT VARNISH, 1532 SOUTH 50TH. COURT, CICERO, IL 60650

10924 BARRETT VARNISH, 5050 WEST 16TH. STREET, CICERO, IL 60650

10925 BARRETT WAREHOUSE & TRANS INC, PO BOX 31811, HARTFORD, CT 06150-1811

10925 BARRETT WAREHOUSE AND TRANS INC, PO BOX 31811, HARTFORD, CT 06150-1811

10925 BARRETT, ADMIREA, 724 N FRONT ST, READING, PA 19601

10925 BARRETT, ALICE, 5201 PINE ST, WETUMPKA, AL 36092

10925 BARRETT, CHRISTOPHER, 8 BRADLEE PARK, HYDE PARK, MA 02136

10925 BARRETT, CLAUDE, 724 N FRONT ST, READING, PA 19601

10925 BARRETT, COLIN, 1511 E 49TH ST, BROOKLYN, NY 11234

10925 BARRETT, DAVID, 1718 LANSING ROAD, GLEN BURNIE, MD 21060

10925 BARRETT, DIANA, 131 HOWELL CHASE, DULUTH, GA 30136

10925 BARRETT, DIANA, PO BOX 378, PEAPACK, NJ 07977

10925 BARRETT, EVELYN, 100 MAINSAIL DR, CARY, NC 27511

10925 BARRETT, FRED, PO BOX 814, BATH, SC 29816

10925 BARRETT, GEORGE J, 4503 N MAIN ST, RACINE, WI 53402-2870

10925 BARRETT, JEANNE, 4249 EAST BLVD #1, LOS ANGELES, CA 90066

10925 BARRETT, JOHN, 1118 W 174TH ST, EAST HAZEL CR, IL 60429

10925 BARRETT, JONATHAN, 1269 HASTINGS, GREEN BAY, WI 54301

10925 BARRETT, KENNETH, 2020 HASSES ROAD #110, HOFFMAN ESTATES, IL 60195

10925 BARRETT, MARK, RT 3, BOX 3330, CARNESVILLE, GA 30521

10925 BARRETT, MARY, 108 DUNBAR DR, SUFFOLK, VA 23434

10925 BARRETT, MAYNARD, 15784 HIGHLAND AVE, AURORA, IN 47001

10925 BARRETT, MICHAEL, 10220 TUSCANY ROAD, ELLICOTT CITY, MD 21042

10925 BARRETT, MICHELLE, 132 CARMEL RIDGE ROAD, SALEM, SC 29676

10925 BARRETT, MIRIAM, RT 4, BOX 195, COMMERCE, GA 30529

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BARRETT, PAUL, 25 NEW ST, DOVER, NJ 07801-4619 | |
| 10925 | BARRETT, ROBERT, 7897 BELLHAVEN AVE, PASADENA, MD 21122 | |
| 10925 | BARRETT, TAMMY JO, 1269 HASTINGS, GREEN BAY, WI 54301 | |
| 10925 | BARRETT, TONYA, DIAMONDHEAD D N, DIAMONDHEAD, MS 39525 | |
| 10925 | BARRETT, VIRGINIA, RT 1 BOX 140, HULL, GA 30646 | |
| 10925 | BARRETTE, PERRY A, 218 PALMER PKWY, LODI, WI 53555-1123 | |
| 10925 | BARRETTE, RUBY, 801 MORGAN BLVD, CAMDEN, NJ 08104 | |
| 10925 | BARRETTS RESTAURANT, 2 CONSTITUTION PLAZA, CHARLESTOWN, MA 02129 | |
| 10925 | BARRIE SCHOOL, 13500 LAYHILL ROAD, SILVER SPRING, MD 20906 | |
| 10925 | BARRIENTES, GUADALUPE, 1614 14TH ST, HONDO, TX 78861 | |
| 10925 | BARRIENTES, MARIA, 2428 IROQUOIS, DALLAS, TX 75212 | |
| 10925 | BARRIENTOS, MARIO, 4337 ERICKSON, FORT WORTH, TX 76114 | |
| 10924 | BARRIER CORP, 7831 NO NAGLE AVE, MORTON GROVE, IL 60053 | |
| 10924 | BARRIER CORP., BLOOM HIGH SCHOOL, CHICAGO HEIGHTS, IL 60411 | |
| 10924 | BARRIER, 7831 NORTH NAGLE, MORTON GROVE, IL 60053 | |
| 10925 | BARRIGA, ELIZABETH, 706 LASITTER, ODESSA, TX 79763 | |
| 10925 | BARRILE & ASSOCIATES, LTD, 9420 GOLDFIELD LANE, BURKE, VA 22015 | |
| 10924 | BARRILES METALICOS, S.A. DE C.V., EUGENIO A. BENAVIDES NO. 205-B, APODACA, N.L., 66615MEXICO | *VIA Deutsche Post* |
| 10925 | BARRINGER LABORATORIES INC., 15000 W 6TH AVE # 300, GOLDEN, CO 80401 | |
| 10925 | BARRINGER LABORATORIES, INC, 15000 W 6TH AVE # 300, GOLDEN, CO 80401 | |
| 10925 | BARRINGER, DARLENE, 3531 SCHOFIELD, INDIANAPOLIS, IN 46218 | |
| 10925 | BARRINGER, FRANK, 708 SCENIC BLUFF, YAKIMA, WA 98908-1043 | |
| 10925 | BARRINGER, KENDALE, 1505 WILLIAMS ST, BELMONT, CA 94002 | |
| 10925 | BARRINGER, TAMMY, 4000 COLD SPRINGS RD, CONCORD, NC 28025 | |
| 10925 | BARRINGTON CONSULTING GROUP INC, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020 | |
| 10924 | BARRINGTON INN, 1985 MANCHESTER ROAD, AKRON, OH 44314 | |
| 10925 | BARRINGTON, BYRON, 3515 THORNWOOD AVE, WILMETTE, IL 60091 | |
| 10925 | BARRINGTON, JOHN, 21 WARREN AVE, WALTHAM, MA 02154 | |
| 10925 | BARRINGTON, JONATHAN, 1520 FAIRVILLE ROAD, CHADDS FORD, PA 19317 | |
| 10925 | BARRINGTON, KENNETH, 13355 THOUSAND OAKS, BEAUMONT, TX 77713 | |
| 10925 | BARRINGTON, REBECCA, 318 DOLPHIN DR., OCEANSIDE, CA 92054 | |
| 10925 | BARRIOS, CEASAR, 488 EUCLID AVE, EL CENTRO, CA 92243 | |
| 10925 | BARRIOS, TODD, 7518 HWY. 1, LOCKPORT, LA 70374 | |
| 10925 | BARRISH, SHARON, 438 LINWOOD AVE, B, ELMWOOD PARK, NJ 07407 | |
| 10925 | BARRISTER SYSTEMS, 725 CHESTNUT ST, NEW CASTLE, PA 16101 | |
| 10925 | BARR-NUNN TRANSPORTATION, PO BOX 289, DES MOINES, IA 50301 | |
| 10925 | BARROCAS & SARMENTO, AV. FONTES PEREIRA DE MELO 15-7.O, LISBOA, 01050PORTUGAL | *VIA Deutsche Post* |
| 10925 | BARROIS, MARION, 153 IROQUOIS, ABITA SPRINGS, LA 70420 | |
| 10925 | BARRON & STADFELD PC, TWO CENTER PLAZA, BOSTON, MA 02108 | |
| 10925 | BARRON II, RICHARD, HOLLINS MOBILE HOME, ROANOKE, VA 24019 | |
| 10925 | BARRON, C, 7342 GLENVIEW PLACE, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | BARRON, DANIEL, 2119 RED THORN RD., BALTIMORE, MD 21220 | |
| 10925 | BARRON, DIANE, RD#3 BOX 244, NEW ALEXANDRIA, PA 15670 | |
| 10925 | BARRON, EDWARD, 12 MONDAMIN COURT, SOMERVILLE, MA 02143-3610 | |
| 10925 | BARRON, ELIZABETH, 720 ELDORADO LANE, DELRAY BEACH, FL 33444 | |
| 10925 | BARRON, JOSEFINA, 233 LINDA, SAN ANTONIO, TX 78216 | |
| 10925 | BARRON, MATILDE, 5499 BRAES VALLEY APT. #461, HOUSTON, TX 77096 | |
| 10925 | BARRON, PHILIP, 11 RUTLEDGE AVE, GREENVILLE, SC 29617 | |
| 10925 | BARRON, THOMAS, ROUTE 1 BOX 13A, SEMINOLE, TX 79360 | |
| 10925 | BARRON, WILLIAM, 9 WESTCHESTER ROAD, GREENVILLE, SC 29615 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BARRONE, PATRICIA, 2 LAUREL ST, WOBURN, MA 01801

10925   BARRONS, PO BOX 209, CHICOPEE, MA 01021-9988

10925   BARROS, LAWRENCE, 584 DEPOT ST, NO.HARWICH, MA 02645

10925   BARROS, MARINA, 4709 UTE NW, ALBUQUERQUE, NM 87105

10924   BARROW ELECTRICAL & LIGHTING, 2820 E BELKNAP ST, FORT WORTH, TX 76111-4127

10925   BARROW, ALEX, 19226 HARLAN AVE, CARSON, CA 90746-2725

10925   BARROW, BARBARA, 1307 CHESTNUT ST., GREENVILLE, NC 27834

10925   BARROW, BRENDA, RT 7 BOX 366, KINSTON, NC 28501

10925   BARROW, JUDITH, 6341 PINEY RIDGE DRIVE, SYKESVILLE, MD 21784

10925   BARROW, NELL, 3509 WINDY TRAIL, NEW BERN, NC 28561

10925   BARROW, PHYLLIS, 18475 GREENFIELD, DETROIT, MI 48235

10925   BARROW, SR, JOSEPH, 810 IDAHO LANE, OWENSBORO, KY 42301

10925   BARROW, WILLIAM, ROUTE 8 BOX 1001, ODESSA, TX 79763

10925   BARROWS, DONALD, 202 ASHLEY DRIVE, DAYTON, TX 77535

10925   BARROWS, LINDA, 10 BOYLSTON ST, BOSTON, MA 02130

10925   BARRS, KATHY, RT 15 BOX 1482, LAKE CITY, FL 32024

10924   BARRUS CONSTRUCTION CO., ATTN:  ACCOUNTS PAYABLE, KINSTON, NC 28502-0399

10924   BARRUS READY MIXED CONCRETE CO., 604 E. NEW BERN RD. / HWY. 70 EAST, KINSTON, NC 28502

10925   BARRY & BONNIE OBER, 15 OVERLOOK DRIVE, ACTON, MA 01720

10925   BARRY A. GOLDIN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   BARRY APPEL, 7002 BLVD E 35E, GUTTENBURG, NJ 07093-4929

10925   BARRY C NELSON, 802 CORNWALL COURT, ELDERBURG, MD 21784-6183

10925   BARRY CATHERWOOD, 69 HILLCREST AVE, STATEN ISLAND, NY 10308-2733

10924   BARRY CONCRETE INC., PO BOX2998, LAFAYETTE, LA 70502

10924   BARRY CONCRETE, ALLEY 2 CAMERON ST., LAFAYETTE, LA 70506

10924   BARRY CONCRETE, INC., 265 BRIDGES RD., OPELOUSAS, LA 70570

10925   BARRY E SIMESCU, 1375 WILLIAM, PLYMOUTH, MI 48170-1157

10925   BARRY F LOVE &, ELAINE KAY LOVE JT TEN, 1615 W 4TH ST, CEDAR FALLS, IA 50613-2325

10925   BARRY HYMAN DIVISION, 12 GARFIELD CIRCLE, BURLINGTON, MA 01803

10925   BARRY INDUSTRIAL SAND INC., PO BOX 3903, BEAUMONT, TX 77704-3903

10925   BARRY INDUSTRIES INC, 67 MECHANIC ST, ATTLEBORO, MA 02703

10925   BARRY INDUSTRIES INC, PO BOX 1326, ATTLEBORO FALLS, MA 02763

10925   BARRY JR, ROBERT, 8412 CHERRY LAUREL CT, LAUREL, MD 20723

10925   BARRY KENNEDY & LESLIE C WALTERS, JTWRS JT TEN, 2663 NE 3RD PLACE, HILLSBORO, OR 97124-1869

10925   BARRY L. MOORE & ASSOC. INC., PO BOX 52828, BATON ROUGE, LA 70892-2828

10925   BARRY MEDA, 32470 COVENTRY PLACE, WARREN, MI 48093-6119

10925   BARRY N COULTER &, JANET B COULTER JT TEN, 1585 KENTWOOD CIRCLE, CHARLESTON, SC 29412-9383

10925   BARRY NELSON, HWY 221, ENOREE, SC 29335

10925   BARRY P JENKINS, 72 HENRY DR, PLYMOUTH, MA 02360-1582

10925   BARRY R FRIEDMAN &, RITA FRIEDMAN JT TEN, 2609 E 63RD ST, BROOKLYN, NY 11234-6811

10925   BARRY R. WEDGWOOD, 144 JUNALUSKA DR., WOODSTOCK, GA 30188

10925   BARRY S BRODKIN & PAULA A, BRODKIN JT TEN, 530 LAKEMONT COURT, ROSWELL, GA 30075-3237

10925   BARRY STEINBERG CUST STEVEN, HERSCH STEINBERG, UNIF GIFT MIN ACT VA, 5421 RUMSEY PLACE, FAIRFOX, VA 22032-2933

10925   BARRY SYSTEMS, INC, 43 EAST QUINCY ST, RIVERSIDE, IL 60546

10925   BARRY, BEVERLY, 702 LISA LANE, ABILENE, TX 79601

10925   BARRY, CHARLES P & THERESA E, 28 CLARK AVE, WALPOLE, MA 02081

10925   BARRY, DANIEL, 13406 SAND ROCK CT, CHANTILLY, VA 22021

10925   BARRY, DAVID A, RR 3 BOX 1360, STUART, VA 24171-9372

10925   BARRY, DAVID, 9514 SAYBROOK AVE, B, SILVER SPRING, MD 20901

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BARRY, FRANCIS, 115 ISSAQUEENA DRIVE, CENTRAL, SC 29630

10925    BARRY, GALINA, 82 GLENVILLE AVE #5, BRIGHTON, MA 02135

10925    BARRY, GALINA, 82 GLENVILLE AVE APT 5, BRIGHTON, MA 02135

10925    BARRY, KATHERINE, 123 WATERBURY CT., SIMPSONVILLE, SC 29681

10925    BARRY, MICHAEL, 6211 88TH PL, CR POINT, IN 46307

10925    BARRY, PETER, 1087 WEST WESTWOOD, BIRMINGHAM, MI 48009-1161

10925    BARRY, SCOTT C, 4004 HARRODS LANDING, PROSPECT, KY 40059

10925    BARRY, SCOTT, 4004 HARRODS LANDING, PROSPECT, KY 40059

10925    BARRY, SUSAN, 202 FLATWOOD ROAD, GREER, SC 29651

10925    BARRY, THOMAS P, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    BARRY, THOMAS, 123 WATERBURY COURT, SIMPSONVILLE, SC 29681

10925    BARRY, THOMAS, 23 FIELDSTONE DRIVE, WESTFORD, MA 01886

10925    BARRY, TIMOTHY M, 2336 S THOMAS DRIVE, TUCSON, AZ 85710

10925    BARRY, TIMOTHY, 2336 S. THOMAS DR., TUCSON, AZ 85710

10925    BARRY, WAYNE, 145 SOUTH 13TH AVE.,, 2, MANVILLE, NJ 08835

10925    BARSELLA, JAMES, 2230 N. ORCHARD, CHICAGO, IL 60614

10925    BARSKY, DENNIS, 4733 BRADLEY BLVD APT 4, CHEVY CHASE, MD 20015

10925    BARSOCCHI, JANET, 411 EVANS COURT, MT. LAUREL, NJ 08054

10925    BARSOOM, J, 5700 NORTH HAVEN DR, NORTH HIGHLANDS, CA 95660

10925    BARSOTTI, ROSE, 832 WALNUT DR, ELLWOOD CITY, PA 16117

10925    BARSTOW, ROGER, 24 SANFORD ST, PAWTUCKET, RI 02860

10925    BARSTOW, WILLIAM, 1434 MARIGOLD, LAKELAND, FL 33811

10925    BART GERARD ROUSSEAU, 2 FAIRWAY DR APT 142, DERRY, NH 03038-6110

10924    BART STATION, C/O ROLLIE R. FRENCH, SAN JOSE, CA 95100

10925    BARTA, ROBERT, 707 RAWSON BRIDGE ROAD, CARY, IL 60013-9998

10925    BARTEAUX, GUILFORD, 506 N.E. 40TH TERRACE, OCALA, FL 34470-1446

10925    BARTEE, BOBBY S, 101 MANASSZ CIRCLE, CAVENCRO LA, LA 70520

10925    BARTEL, PHILIP, 3737 FERNWOOD AVE, GREEN BAY, WI 54301-1211

10925    BARTELL, WILMA R, 1214 E 68TH ST, TACOMA, WA 98404-2212

10925    BARTELS, 2600 HARRISON AVE, ROCKFORD, IL 61180

10925    BARTELS, CRAIG, BOX 87, BELDON, NE 68717

10925    BARTELS, DIANE, 6236 HANNETT N.E., ALBUQUERQUE, NM 87110

10925    BARTELS, H, 623 HIGHLAND AVE, SAC CITY, IA 50583-2412

10925    BARTELS, RONNIE, 8715 SOUTHDOWN LANE, RIVER RIDGE, LA 70123

10925    BARTELS, WILLIAM, R R 2, BOX 57, HARTINGTON, NE 68739

10925    BARTELT, BRAD, 2146 S. 99TH ST, WEST ALLIS, WI 53227

10925    BARTER JR, STEVE, 22 SMOKERISE PLACE, THE WOODLANDS, TX 77381

10925    BARTER, SHEILA, 40 MIRIAM LANE, LOWELL, MA 01852

10925    BARTH MICHAEL A CORP FOR THE ESTATE, MICHAEL A BARTH, 31 MALAGA COVE PLAZA, PALOS
         VERDES ESTATES, CA 90274

10925    BARTH, CATHERINE, 232 COLE ROAD, SARVER, PA 16055

10925    BARTH, CINDY E, 4 STALLION RD, RNCHO PLS VR, CA 90275-5257

10925    BARTH, DANETTE, 3956 PALISADES PARK DR, BILLINGS, MT 59102

10925    BARTH, DAVID, 215 THATCHER ROAD, QUAKERTOWN, PA 18951

10925    BARTH, JOHN, 409 RALEIGH, RAHWAY, NJ 07065

10925    BARTH, LAWRENCE, 4 AUBREY RD, UPPER MONTCLAIR, NJ 07043

10925    BARTH, ROY, % EDWARD H BARTH 837 BADER ST, GREEN BAY, WI 54302

10925    BARTHELEMY, IVY, 1013 MANHATTAN BLVD, HARVEY, LA 70058

10925    BARTHOLD, GLEN, 1616 GREENBRAE, SPARKS, NV 89431

10925    BARTHOLDY, RICHARD, 570 HILLSIDE DRIVE, CLOVERDALE, CA 95425

10925    BARTHOLOMEW, CARLOS, 5910 JOY ST., CHAUVIN, LA 70344

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BARTHOLOMEW, MARK, RD #2, BOX 515, COOPERSBURG, PA 18036

10924   BARTILE ROOFS INC, 725 NORTH 1000 WEST, CENTERVILLE, UT 84014

10924   BARTILE, 725 N 1000 W, CENTERVILLE, UT 84014

10925   BARTKE, GEORGE, 9237 S HOMESTEAD LN, BRIDGEVIEW, IL 60455

10925   BARTKE, MATTHEW, 9237 S HOMESTEAD LN, BRIDGEVIEW, IL 60455

10924   BARTLE HALL CONFERENCE CENTER, 301 WEST 13TH STREET, KANSAS CITY, MO 64108

10924   BARTLE HALL EXPANSION, 301 WEST 13TH STREET, KANSAS CITY, MO 64108

10925   BARTLETT ENTERPRISES, 2617 FRANKLINVILLE RD., JOPPA, MD 21085

10924   BARTLETT HIGH SCHOOL, C/O J.L. MANTA, BARTLETT, IL 60103

10925   BARTLETT MANUFACTURING, 225 N FIRST ST, CARY, IL 60013

10924   BARTLETT MFG. COMPANY, INC., 225 N. FIRST STREET, CARY, IL 60013

10925   BARTLETT, BARRY, 3804 LIVONIA CENT ROAD, LIVONIA, NY 14487

10925   BARTLETT, D, 7848 COURTYARD DRIVE, MADISON, WI 53719-3517

10925   BARTLETT, DEBORAH, 768 HAMPSHIRE LANE # 104, VIRGINIA BEACH, VA 23462

10925   BARTLETT, ERIC, 2700 N. MIDLAND DRIVE #607, MIDLAND, TX 79703

10925   BARTLETT, EVA, 9215 FERNDALE ROAD, DALLAS, TX 75238

10925   BARTLETT, JUNE, 52 KENSINGTON DR, CHELMSFORD, MA 01824

10925   BARTLETT, KEITH, 20 KATHLEEN CIRCLE, ROWLEY, MA 01969

10925   BARTLETT, KEITH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BARTLETT, KIM, 2109 25TH AVE. W., BRADENTON, FL 34205

10925   BARTLETT, MICHAEL, PO BOX 252, ALTUS, AR 72821

10925   BARTLETT, MICHELE A, 1576 BARRY ST, CLEARWATER FL, FL 33516

10925   BARTLETT, NICOLE, 77 OAKLEAF DRIVE, MARSHFIELD, MA 02050

10925   BARTLETT, PAUL, 14 LAUREL ST, MELROSE, MA 02176

10925   BARTLETT, RENEE M, 249 GROSS ST, PITTSBURGH, PA 15224

10925   BARTLETT, W, 146 BRIDWELL ROAD, WOODRUFF, SC 29388

10925   BARTLETTE, FERNE, RT 27 RD4 BOX 498, PRINCETON, NJ 08540

10925   BARTLETT-SMITH, TERESA, 1825 BRYN MAWR CIRCLE, ATLANTIC, IA 50022

10925   BARTLEY CRUCIBLE & REFRACTORIES INC, PO BOX 5464, TRENTON, NJ 08638

10924   BARTLEY MACHINE, 35 WATER STREET, AMESBURY, MA 01913

10925   BARTLEY, EUGENE, 110 E 12TH ST, LITTLEFIELD, TX 79339

10925   BARTLEY, HILDA, 12 RACE LANE, SANDWICH, MA 02563-2519

10925   BARTLEY, MARIAN, 20905 EAST 15TH, INDEPENDENCE, MO 64057

10925   BARTLEY, NEIL, 42 WESTOVER ST, W ROXBURY, MA 02132

10925   BARTLEY, NEIL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BARTLEY, NEIL, 6242 WARNER AVE #12H, HUNTINGTON BCH, CA 92647

10925   BARTLEY, NILSA, 251 NE 43RD COURT, OAKLAND PARK, FL 33334

10925   BARTLEY, RENE, 130 ESMERALDA DR, CARSON CITY, NV 89701

10925   BARTLEY, SUSAN, R. R. 1,, LAKE VILLAGE, IN 46349

10925   BARTLING, JESSIE, PO BOX 756, VELMA, OK 73091

10925   BARTLINSKI JR, JOSEPH, 422 HENRY ST, SOUTH AMBOY, NJ 08879

10925   BARTLIT BECK HERMAN PALENCHAR &, 54 WEST HUBBARD ST, CHICAGO, IL 60610

10924   BARTLO PACKAGING CO., ATT: FRNAK DOMINIANI, 61 WILLETT STREET, PASSAIC, NJ 07055

10925   BARTMAN, LINDA, 146 RUNYON AVE, MIDDLESEX, NJ 08846

10925   BARTNESS, MARGARET, 3215-A S DELAWARE AVE., MILWAUKEE, WI 53207

10925   BARTO, BRET, 306 PLYMONTH DRIVE, FT. WALTON BEACH, FL 32547

10925   BARTO, CHERIE, 306 PLYMOUTH, FT WALTON BCH, FL 32547

10925   BARTO, DONALD, 212 S 8TH ST, QUAKERTOWN, PA 18951-1522

10925   BARTO, GREGORY, 8638 DRAYTON CT., ORLANDO, FL 32825

10925   BARTO, NANCY, 279 LOST LAKE TRAIL, VILLA RICA, GA 30180

10925   BARTO, PAMELA, 4019 WILLAMETTE, SAN DIEGO, CA 92117

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BARTOK, GLORIA, 15916 CASIMIR AVE, GARDENA, CA 90249

10925    BARTOLAZO, P, 3622 VALLEY MEADOWS DR, BENSALEM, PA 19020

10925    BARTOLO JR, FRANK, 2780 SKYLINE DRIVE, WESTMINSTER, CO 80030

10925    BARTOLOME, FERNANDA, 81 ONONDAGA ST, SAN FRANCISCO, CA 94112

10925    BARTON AND WILLIAMS, 3007 MAGNOLIA ST, PASCAGOULA, MS 39567

10924    BARTON CREEK COUNTRY CLUB, 8212 BARTON CLUB DRIVE, AUSTIN, TX 78735

10925    BARTON INSTRUMENT SYSTEMS LLC, POBOX 512247, LOS ANGELES, CA 90051-2247

10924    BARTON LABORATORY, 1240 RESEARCH FOREST, MACEDON, NY 14502

10924    BARTON MALOW CO. CONST. SERVICES, ST. FRANCIS HOSPITAL/ WARCO CONSTR., CHARLESTON, SC 29414

10924    BARTON MALOW, 21100 FERN, OAK PARK, MI 48237

10924    BARTON MARLOW CO., 2027 MAGWOOD RD., CHARLESTON, SC 29414

10924    BARTON PHARMACAL CO, INC, 70 HIGH STREET, RYE, NY 10580

10925    BARTON RADIATOR & ELECTRIC, PO BOX 1376, AIKEN, SC 29802

10925    BARTON, ALVIN, 213 HELLAMS ST, FOUNTAIN INN, SC 29644

10925    BARTON, ANN, 60 ENDICOTT ST, WESTWOOD, MA 02090

10925    BARTON, BRENDA, 640 E. 13TH ST., INDIANAPOLIS, IN 46202

10925    BARTON, CLEDUS, 2 QUAIL HOLLOW RD, FOUNTAIN INN, SC 29644-9381

10925    BARTON, CLIFFORD, 50 DARTMOUTH ROAD, MT LAKES, NJ 07046

10925    BARTON, EMILY, 1733 IRVING PARK RD APT 411, CHICAGO, IL 60613

10925    BARTON, GARY, 9620M HOMESTEAD CT, LAUREL, MD 20723

10925    BARTON, JOAN, 1346 SOUTH 113TH ST, WEST ALLIS, WI 53214

10925    BARTON, JOE, 3 BRIARWOOD CT, SIMPSONVILLE, SC 29681

10925    BARTON, JOHN, 341 GREGG ST, CARNEGIE, PA 15106

10925    BARTON, JOHNNY, PO BOX 1845, MONAHAN, TX 79756

10925    BARTON, JOSEPH, 931 MELROSE AVE, TRENTON, NJ 08629

10925    BARTON, JR, RONALD, 5603 PIONEER DR., BALTIMORE, MD 21214

10925    BARTON, JULIAN, 940 S GETTY, UVALDE, TX 78801

10925    BARTON, KATHRYN, 491 CHAPMAN ROAD #54, FOUNTAIN INN, SC 29644

10925    BARTON, KENNETH, 16474 DAPPLE GRAY CT, CHESTERFIELD, MO 63005

10925    BARTON, LAURINA, 23 MILTON AVE, DORCHESTER, MA 02124

10925    BARTON, LINDA, 2908 PARKSIDE DR, PLANO, TX 75075

10925    BARTON, MARGARET, 20548 STAGG ST, WINNETKA, CA 91306

10925    BARTON, MARK, 106 N PECK DR, INDEPENDENCE, MO 64056

10925    BARTON, MARSHA, 106 NORTH PECK DRIVE, INDEPENDENCE, MO 64056

10925    BARTON, MINNIE, 64096 MANGANO RD 140, PEARL RIVER, LA 70452

10925    BARTON, PAMELA, RT 1 BOX 129-G, PORT LAVACA, TX 77979

10925    BARTON, SANDY, 2303 23RD ST, TAMPA, FL 33605-4073

10925    BARTON, SHIRLEY, 3 BRIARWOOD CT, SIMPSONVILLE, SC 29681

10925    BARTON, STELLA, 34 QUAIL HOLLOW RD, FOUNTAIN INN, SC 29644

10925    BARTON, WILLIAM, 506 GERONA AVE, CORAL GABLES, FL 33146

10925    BARTON-CORDER, SUZYN, 112 RUSTIC DRIVE, NEWARK, DE 19713

10925    BARTONS BOOSTERS, 7251 WEST PALMETTO PK RD, BOCA RATON, FL 33433

10924    BARTOO SAND & GRAVEL, HIGHWAY 181 CUCHILLO CREEK, TRUTH OR CONSEQUENCES, NM 87901

10924    BARTOO SAND & GRAVEL, P O BOX 769, TRUTH OR CONSEQUENCES, NM 87901

10924    BARTOO SAND & GRAVEL, P.O. BOX 769, TRUTH OR CONSEQUENCES, NM 87901

10925    BARTOS, RANDALL, 819 RIDDLE AVE, RAVENNA, OH 44266

10925    BARTOSCH, ANGELENA, 1832 SANTA CLARA, ST. CHARLES, MO 63303

10925    BARTOSH, BARBARA, 95 RIDGE RD, LISBON, IA 52253

10925    BARTOSH, DAVID, 120 STRATFORD WAY, FAYETTEVILLE, GA 30214

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BARTOSZEK, LOTTIE, 4810 N.E. 14TH PLACE, OCALA, FL 34470

10924   BARTOW MEMORIAL HOSPITAL, 200 HOSPITAL DRIVE, BARTOW, FL 33830

10924   BARTOW PRECAST INC, 1504 SUGAR VALLEY RD S.W., CARTERSVILLE, GA 30120

10924   BARTOW PRECAST INC, ATTN:  ACCOUNTS PAYABLE, CARTERSVILLE, GA 30120

10924   BARTZ TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210

10925   BARTZ, KIMBERLY, 3820 BAKER ROAD, MINNETONKA, MN 55305

10924   BARUCH ACADEMIC COMPLEX - MANHATTAN, 23RD STREET & LEXINGTON AVE., NEW YORK, NY 10001

10925   BARUCH BERMAN & ROSE BERMAN TR, UDT NOV 30 89 FBO BARUCH BERMAN, & ROSE BERMAN TRUST, 28739 TRAILRIDERS DR, RANCHO PALOS VERDES, CA 90275-3051

10925   BARUCH, ERNEST, 8755 ASHCROFT AVE, LOS ANGELES, CA 90048

10925   BARWEGEN, PHYLLIS, 12 CIRCLE DRIVE, ST. ANNE, IL 60964

10925   BARWOOD, CHARLES E, 6415 EAST BLANCHE DR, SCOTTSDALE, AZ 85254

10925   BARWOOD, CHARLES E, 7034 E PERSHING, SCOTTSDALE, AZ 85254-4024

10925   BARWOOD, CHARLES, 6415 E BLANCHE DR, SCOTTSDALE, AZ 85254

10925   BARZAR, SR, CHARLES, PO BOX 965, OBERLIN, LA 70655

10925   BASA, ELAINE, 161 AURORA PLAZA, UNION CITY, CA 94587

10925   BASALDUA, VICENTE, 65-03 FRESH POND RD, RIDGEWOOD, NY 11385

10924   BASALITE BLOCK, 11888 WEST LINNE RD., TRACY, CA 95376

10924   BASALITE BLOCK, 3001 I STREET, SACRAMENTO, CA 95816

10924   BASALITE BLOCK, 605 INDUSTRIAL WAY, DIXON, CA 95620

10924   BASALITE, 2600 BOEING WAY, CARSON CITY, NV 89701

10924   BASALITE, 355 GREG ST, SPARKS, NV 89431

10924   BASALITE, 355 GREG ST., SPARKS, NV 89431

10924   BASALT PRECAST, C/O ARTLO INDUSTRIES, PERRIS, CA 92570

10924   BASALT PRECAST, PO BOX 2490, NAPA, CA 94558

10924   BASALT PRECAST, POST OFFICE BOX 2490, NAPA, CA 94558

10925   BASCH, SARAH, 15495 CHELSEA, REDFORD, MI 48239

10925   BASCLE, GLENN, PO BOX 863, BOURG, LA 70343

10924   BASCO CONCRETE, 1204 WEST 5TH, ALTURAS, CA 96101

10925   BASCO, 2595 PALMER AVE, UNIVERSITY PARK, IL 60466-3178

10925   BASCO, 2595 PALMER AVE., UNIVERSITY PARK, IL 60466

10925   BASCO, DEPT 77-5015, CHICAGO, IL 60678-5015

10925   BASCO, POBOX 66973, CHICAGO, IL 60666-0973

10925   BASCOM, MARK, 6351 E HWY 40, JENSON, UT 84035

10925   BASDEN, LARRY, 6601 ASHBY TERR., OKLAHOMA CITY, OK 73149

10924   BASE SUPPLY OFFICER, 6161 DEPOT RD. - BLDG. 811, NELLIS AIR FORCE BASE, NV 89191-7222

10924   BASE SUPPLY OFFICER-SB3510, BLDG. 595N-DLA DISTR. SITE, TEXARKANA, TX 75507

10925   BASELINE SOFTWARE, INC, PO BOX 1219, SAUSALITO, CA 94966-1219

10924   BASELL U.S.A. INC., 12001 BAY AREA BLVD., PASADENA, TX 77507

10924   BASELL USA INC, 1125 GAHANNA PKWY, COLUMBUS, OH 43230

10924   BASELL USA INC, 7115 CLINTON DRIVE, HOUSTON, TX 77020

10924   BASELL USA INC, 800 GREENBANK ROAD, WILMINGTON, DE 19808

10924   BASELL USA INC, PO BOX 15439, WILMINGTON, DE 19850-5439

10924   BASELL USA INC., 1035 BENDIX DRIVE, JACKSON, TN 38301

10924   BASELL USA INC., 1125 GAHANNA PARKWAY, COLUMBUS, OH 43230

10924   BASELL USA INC., 1125 GAHANNA PARKWAY, PO BOX 30967, COLUMBUS, OH 43230

10924   BASELL USA INC., 12001 BAY AREA BLVD, PASADENA, TX 77507

10924   BASELL USA INC., PO BOX 15439, WILMINGTON, DE 19850-1539

10924   BASF AKTIENGESELLSCHAFT, BUILDING: D108, 67056 LUDWIGSHAFEN, 99999DEU           *VIA Deutsche Post*

10925   BASF AKTIENGESELLSCHAFT, DEPT 2FF/RR BLDG D108 67056, LUDWIGSHAFEN, 99999GERMANY           *VIA Deutsche Post*

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BASF AKTIENGESELLSCHAFT, DEPT. ZLF/RRC, D-6700 LUDWIGSHAFEN, 99999DEU | *VIA Deutsche Post* |
| 10925 | BASF CORP CHEMICALS DIVISION (SPART, 3455 SOUTHPORT RD, ADDRESS FROM INTERNET, SPARTANBURG, SC 29302 | |
| 10924 | BASF CORP, 4330 CHESAPEAKE DRIVE, CHARLOTTE, NC 28216 | |
| 10925 | BASF CORP, 602 COPPER ROAD, FREEPORT, TX 77541 | |
| 10924 | BASF CORP, PO BOX 903, BUDD LAKE, NJ 07828 | |
| 10924 | BASF CORP. - GURNEE PLANT, 3938 PORETT DRIVE, GURNEE, IL 60031-1244 | |
| 10924 | BASF CORP. -, PO BOX 903, BUDD LAKE, NJ 07828 | |
| 10924 | BASF CORP., 8404 RIVER ROAD, GEISMAR, LA 70734 | |
| 10924 | BASF CORP., PO BOX 457, GEISMAR, LA 70734 | |
| 10925 | BASF CORPORATION CHEMICALS DIV, 11501 STEELE CREEK ROAD, CHARLOTTE, NC 28273 | |
| 10925 | BASF CORPORATION CHEMICALS DIV, POBOX 500610, SAINT LOUIS, MO 63150 | |
| 10925 | BASF CORPORATION ROBERT S, WINKWORTH DIR, C/O CREDIT MGR, 6805 MORRISON BLVD, CHARLOTTE, NC 28211-3500 | |
| 10924 | BASF CORPORATION, 1110 CARBON CITY ROAD, MORGANTON, NC 28655-7271 | |
| 10924 | BASF CORPORATION, 1231 S. LINCOLN STREET, COLTON, CA 92324 | |
| 10924 | BASF CORPORATION, 1440 MALCOM MOSBY DRIVE, NEOSHO, MO 64850 | |
| 10924 | BASF CORPORATION, 1500 LATHEM ROAD, BATAVIA, IL 60510 | |
| 10925 | BASF CORPORATION, 1609 BIDDLE AVE., WYANDOTTE, MI 48192 | |
| 10924 | BASF CORPORATION, 1609 BIDDLE AVENUE, WYANDOTTE, MI 48192 | |
| 10924 | BASF CORPORATION, 1609 BIDDLE AVENUE, WYANDOTTE, MI 48192-3729 | |
| 10924 | BASF CORPORATION, 26701 TELEGRAPH ROAD, SOUTHFIELD, MI 48034 | |
| 10924 | BASF CORPORATION, 300 MITCHELL COURT, ADDISON, IL 60101 | |
| 10924 | BASF CORPORATION, 3000 CONTINENTAL DRIVE NORTH, MOUNT OLIVE, NJ 07828-1234 | |
| 10924 | BASF CORPORATION, 312 COLLINS BOULEVARD, ORRVILLE, OH 44667 | |
| 10924 | BASF CORPORATION, 33 HAYNES CIRCLE, CHICOPEE, MA 01020 | |
| 10924 | BASF CORPORATION, ADDISON LOCATION, PO BOX 903, MOUNT OLIVE, NJ 07828 | |
| 10924 | BASF CORPORATION, BATAVIA LOCATION, PO BOX 903, MOUNT OLIVE, IL 07828 | |
| 10924 | BASF CORPORATION, C/O CENTURY CONTRACTING, WHITE STONE, SC 29386 | |
| 10924 | BASF CORPORATION, COLTON LOCATION, PO BOX 903, MOUNT OLIVE, NJ 07828 | |
| 10924 | BASF CORPORATION, DECATUR INDUSTRIAL PARK, DECATUR, AL 35602 | |
| 10924 | BASF CORPORATION, DECATUR LOCATION, PO BOX 903, MOUNT OLIVE, NJ 07828 | |
| 10925 | BASF CORPORATION, P O BOX 75908, CHARLOTTE, NC 28275 | |
| 10925 | BASF CORPORATION, PO BOX 500610, SAINT LOUIS, MO 63150 | |
| 10925 | BASF CORPORATION, PO BOX 75908, CHARLOTTE, NC 28275 | |
| 10924 | BASF CORPORATION, PO BOX 903, BUDD LAKE, NJ 07828 | |
| 10924 | BASF CORPORATION, PO BOX 904, BUDD LAKE, NJ 07828 | |
| 10925 | BASF CORPORATION, POBOX 75908, CHARLOTTE, NC 28275 | |
| 10924 | BASF CORPORTION, 1440 MALCOM MOSBY DRIVE, NEOSHO, MO 64850 | |
| 10924 | BASF HEADQUARTER NODE*, COLUMBIA, MD 21044 | |
| 10925 | BASF UNITED TECHNOLOGIES, PARKER BRUGGE, 2550 M ST NW, WASHINGTON, DC 20037-1350 | |
| 10924 | BASF, 101 TAKEDA DRIVE, WILMINGTON, NC 28401 | |
| 10925 | BASF, 3000 CONTINENTAL DR NORTH, MOUNT OLIVE, NJ 07828-1234 | |
| 10924 | BASF, 3455 SOUTHPORT ROAD, SPARTANBURG, SC 29302 | |
| 10924 | BASF, 836 CHICAGO DRIVE S.W., GRAND RAPIDS, MI 49509 | |
| 10924 | BASF, CAMBRIDGE, MA 02140 | |
| 10924 | BASF, PO DRAWER 3025, ANDERSON, SC 29624 | |
| 10925 | BASF, POBOX 72167, CHICAGO, IL 60678-2167 | |
| 10925 | BASF, POBOX 75908, CHARLOTTE, NC 28275 | |
| 10925 | BASF, TIMOTHY A VANDERVER JR, 2550 M ST NW, WASHINGTON, DC 20037-1350 | |
| 10925 | BASHAM RINGE &, PASEO DE LOS TAMARINDOS 400-A, 9TH FL, CO BOSQUES DE LAS LAMAS, MEXICO CITY, 05120MEXICO | *VIA Deutsche Post* |

}

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BASHAM RINGE Y CORREA SC, BOSQUES DE LAS LOMAS, MEXICO DF, 05120 | |
| 10925 | BASHAM RINGE Y CORREA SC, LIVERPOOL 123, MEXICO D F, 06600MEXICO | *VIA Deutsche Post* |
| 10925 | BASHAM, DOUGLAS, 4897 AMY CLARK RD, HILLSBORO, MO 63050 | |
| 10925 | BASHAM, GLENN, 224 STOUT SPRING AVE, MT HOLLY, NJ 08060 | |
| 10925 | BASHER, ANJUM, 2907 BIRCH ST, ANDERSON, SC 29625 | |
| 10925 | BASHKIN, MICHAEL, 940 APPLETREE LANE, DEEFIELD, IL 60015-2734 | |
| 10925 | BASIA RIDLEY, 1106 S.E. AVE., BALTIMORE, MD 21224 | |
| 10924 | BASIC  INDUSTRIES, 9139 WALLISVILLE, HOUSTON, TX 77029 | |
| 10924 | BASIC AMERICAN FOODS, 245 1000 NORTH, REXBURG, ID 83440-3504 | |
| 10924 | BASIC AMERICAN FOODS, 2999 OAK ROAD, WALNUT CREEK, CA 94596-2016 | |
| 10924 | BASIC AMERICAN FOODS, 415 WEST COLLINS ROAD, BLACKFOOT, ID 83221 | |
| 10924 | BASIC BLOCK, 3001 OLD MISSOURI ROAD, SPRINGDALE, AR 72765 | |
| 10925 | BASIC CHEMICAL SOLUTIONS, PO BOX 8538-272, PHILADELPHIA, PA 19171-0272 | |
| 10924 | BASIC CONSTRUCTION CO, PO BOX228, CHILLICOTHE, OH 45601 | |
| 10924 | BASIC CONSTRUCTION PRODUCTS, 1111 E. MAIN STREET, CHILLICOTHE, OH 45601 | |
| 10924 | BASIC CONSTRUCTION PRODUCTS, P.O. BOX 228, CHILLICOTHE, OH 45601 | |
| 10924 | BASIC DRILLING COMPANY, 3587 SOUTH MERIDIAN, APACHE JUNCTION, AZ 85220 | |
| 10924 | BASIC DRILLING, ATTENTION: ACCOUNTS PAYABLE, APACHE JUNCTION, AZ 85217 | |
| 10925 | BASIC ELECTRONICS INC, GIDDINGS & LEWIS LLC ELIZABETH SIT, 142 DOTY ST, PO BOX 590, FOND DU LAC, WI 54936-0590 | |
| 10925 | BASIC ENTERPRISES INC, 2877 47TH AVE NORTH, SAINT PETERSBURG, FL 33714 | |
| 10925 | BASIC FIRE PROTECTION, INC, 13825 INDIANA AVE., CHICAGO, IL 60827 | |
| 10924 | BASIC HIGH SCHOOL, 400 PALO VERDE, HENDERSON, NV 89009 | |
| 10925 | BASIC INC., 1209 ORANGE ST., WILMINGTON, DE 19801 | |
| 10924 | BASIC IND OF SO TEXAS LTD, 402 WESTCHESTER, CORPUS CHRISTI, TX 78408 | |
| 10924 | BASIC INDUSTRIES 800 BELL, 9139 WALLISVILLE ROAD, HOUSTON, TX 77029 | |
| 10924 | BASIC INDUSTRIES INC., 9139 WALLSVILLE ROAD, HOUSTON, TX 77029 | |
| 10924 | BASIC INDUSTRIES OF S. TEXAS, LTD., CAMBRIDGE, MA 02140 | |
| 10924 | BASIC INDUSTRIES OF SOUTH TEXAS, CORPUS CHRISTI, TX 78408 | |
| 10924 | BASIC INDUSTRIES, 16055 AIRLINE, BATON ROUGE, LA 70817 | |
| 10924 | BASIC INDUSTRIES, 16073 AIRLINE HIGHWAY, BATON ROUGE, LA 70817 | |
| 10924 | BASIC INDUSTRIES, 16073 AIRLINE, BATON ROUGE, LA 70817 | |
| 10924 | BASIC INDUSTRIES, C/O B & R AT ROCHE CAROLINA, FLORENCE, SC 29506 | |
| 10924 | BASIC INDUSTRIES, INC., CAMBRIDGE, MA 02140 | |
| 10925 | BASIC LEARNG SYSTEMS,INC, 600 SW 75TH TERRACE, PLANTATION, FL 33317 | |
| 10924 | BASIC PRECAST COMPANY (PRESTRESS), 6087 WEST 5400 SOUTH, SALT LAKE CITY, UT 84118 | |
| 10924 | BASIC PRECAST COMPANY, 6087 WEST 5400 SOUTH, SALT LAKE CITY, UT 84118 | |
| 10924 | BASIC READY MIX, 712 NORTH WALL ST., CALHOUN, GA 30703 | |
| 10924 | BASIC READY MIX, ATTN:  ACCOUNTS PAYABLE, CALHOUN, GA 30701 | |
| 10924 | BASIC READY MIX, BROCK ST., DALTON, GA 30720 | |
| 10924 | BASIC READY MIX, CELANESE IND. WAY., ROME, GA 30161 | |
| 10924 | BASIC READY MIX, DOW CHEMICAL PORTABLE JOB, RESACA, GA 30735 | |
| 10924 | BASIC SCIENCE CENTER, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | BASIC SCIENCE U OF M, CLASSIC DRYWALL, MINNEAPOLIS, MN 55455 | |
| 10925 | BASIK BUSHEL & YOUNG, 210 W PENNSYLVANIA AVE SUITE 720, BALTIMORE, MD 21204 | |
| 10925 | BASIL MANLY IV, 2 CHANTICLEER DR, GREENVILLE, SC 29605-3106 | |
| 10925 | BASIL YANKOPOULOS, 34 BUTTONWOOD LANE, PEABODY, MA 01960-3126 | |
| 10924 | BASIN ELECTRIC POWER COOP., 1717 E INTERSTATE AVENUE, BISMARCK, ND 58501-0564 | |
| 10924 | BASIN ELECTRIC POWER COOP., 1717 E INTERSTATE AVENUE, FORT DODGE, IA 50501-0564 | |
| 10924 | BASIN ELECTRIC POWER COOP., BEULAH TSM, 525 HWY 26, BEULAH, ND 58523-0656 | |
| 10924 | BASIN TECH CENTER, 1100 PITTSFORD-VICTOR RD., PITTSFORD, NY 14534 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BASINGER, JEROLD, 3225 FAIR FOREST DRIVE, MATTHEWS, NC 28105-6719

10924  BASIN-RIVER ELECTRICAL SUPPLY, P. O. BOX 306, PLAQUEMINE, LA 70764

10924  BASIN-RIVER ELECTRICAL, 24310 RAILROAD AVENUE, PLAQUEMINE, LA 70764

10925  BASINSKI, EDWIN, 9181 HOLIDAY INN RD, SURING, WI 54174

10925  BASINSKI, EDWIN, W 1371 GOVERNAMENT RD., SEYMOUR, WI 54165

10925  BASINSKI, PAUL, 4231 N. CARDON DRIVE, FARMINGTON, NM 87401-9284

10925  BASKERVILLE, JARVIS, 4013 HILTON RD., BALTIMORE, MD 21215

10925  BASKETS & MORE INC., 1842 WOODRUFF ROAD, GREENVILLE, SC 29607

10925  BASKETTE, ARTHUR J, 12300 S PUTNEY COURT, LEESBURG, FL 34788

10925  BASKETTE, ARTHUR, 12300 S PUTNEY CT, LEESBURG, FL 34788

10925  BASKIN, DAVID, ROUTE 2 BOX 2390, DEMOREST, GA 30535

10925  BASKIN, MARY, 240 PICADILLY SQ.C-9, ATHENS, GA 30605

10925  BASKIN, STUART, 34 MOHAWK ROAD, SHORT HILLS, NJ 07078

10925  BASKIN, TANISHA, 410 CALVERT DRIVE, BETHUNE, SC 29008

10925  BASKIN, WILLIAM, 17196 MALICO MOUNTAIN ROAD, WEST FORK, AR 72774

10925  BASLER AUTO LTD., 909 OHIO ST, OSHKOSH, WI 54901

10925  BASLER ELECTRIC CIRCUITS, 204 HIGHLAND DR, TAYLOR, TX 76574

10925  BASQUEZ, DEBBIE, 1208 BROOKS AVE L25, ROSENBURG, TX 77471

10924  BASS LATH & PLASTERING, CAMBRIDGE, MA 02140

10925  BASS TRANSPORTATION CO, INC, PO BOX 391, FLEMINGTON, NJ 08822-0391

10925  BASS, ANGELA, 1206 SEDGEFILED ST, DURHAM, NC 27705

10925  BASS, BERRY & SIMS, FIRST AMERICAN CENTER, NASHVILLE, TN 37238

10925  BASS, BETTY, 23476 N EAST DRIVE, BARRINGTON, IL 60010

10925  BASS, C, 3547 JAGGERS RD, TUPELO, MS 38801

10925  BASS, CHARLES, 132 JOHNSTON PKWY, KENNESAW, GA 30144

10925  BASS, CONNIE, ROUTE 9 BOX 529J, LUMBERTON, NC 28358

10925  BASS, DARNELL, 6701 TOWNBROOK DR. APT. A, BALTIMORE, MD 21207

10925  BASS, ERNEST D, 1415 JONESVILLE ROAD, SIMPSONVILLE, SC 29681

10925  BASS, FREDERIC, PO BOX 5564, HILO, HI 96720

10925  BASS, GENE, 8328 N. CEMETERY RD., EVANSVILLE, WI 53536

10925  BASS, JUNIOR, 17456 IMPERIAL RD, CARTHAGE, MO 64836

10925  BASS, KATHLEEN, 112 SYLVAN AVE, PISCATAWAY, NJ 08854

10925  BASS, KEVIN, 1708 NORWOOD DRIVE, MARRERO, LA 70072

10925  BASS, MELISSA, 802 UNDERWOOD ST, CLINTON, NC 28328

10925  BASS, MELVIN, 5602 W. BELLAIRE, SANTA FE, TX 77510

10925  BASS, PATRICIA, 802 UNDERWOOD ST, CLINTON, NC 28328

10925  BASS, ROSETTA, 1508 LESSEPS ST, NEW ORLEANS LA, LA 70117

10925  BASS, STACY, RT 1, JACK, AL 36346

10925  BASSER, HAROLD, SPECTOR & FELDMAN, 800 SECOND AVE., NEW YORK, NY 10017

10925  BASSER-KAUFMAN, 335 CENTRAL AVE, LAWRENCE, NY 11559

10924  BASSETT FURNITURE, 11125 CROMWELL BRIDGE ROAD, TOWSON, MD 21286

10924  BASSETT HEALTH CARE, 1 ATWELL ROAD, COOPERSTOWN, NY 13326

10924  BASSETT HOSPITAL/SCHOHARIE CTY, 41 GRANDVIEW DR., COBLESKILL, NY 12043-1320

10924  BASSETT N.M., D/B/A/ VALLEY TRANSIT MIX, LAS CRUCES, NM 88004

10924  BASSETT NM DBA NELSON CONCRETE, #1 SOUTH FLORIDA, ALAMOGORDO, NM 88310

10924  BASSETT NM DBA VALLEY TRANSIT, 300 SOUTH WALNUT, LAS CRUCES, NM 88001

10924  BASSETT NM DBA VALLEY TRANSIT, P. O. DRAWER L, LAS CRUCES, NM 88004

10925  BASSETT, KAREN, 137 WEBSTER ST, ARLINGTON, MA 02174

10925  BASSETT, LORRAINE, 46 SANFORD ST, 3, MELROSE, MA 02176

10925  BASSETT, SCOTT, 1931 S.W. KNOLL AVE, BEND, OR 97702

10925  BASSETT, SUSAN, 17732 HOLLY BROOK WAY, BOCA RATON, FL 33487

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BASSETTE, ERIC, 17681 WINSTON DRIVE, COUNTRY CLUB, IL 60478 | |
| 10925 | BASSHAM, ROBERT, 3615 FLORIDA RD, BALTIMORE, MD 21224 | |
| 10925 | BASSMAN, SHEILA, 123 W. 93ST, 3F, NEW YORK, NY 10025 | |
| 10925 | BASSO, MICHELLE, FLUSGIN, NY 11355 | |
| 10925 | BASSO, MILDRED, 503 W WATER ST, MOMENCE, IL 60954 | |
| 10925 | BASTARACHE, RICKY N, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | BASTARACHE, RICKY, 263 ST. JOSEPH AVE., FITCHBURG, MA 01420 | |
| 10925 | BASTARDI, SALVATORE, 150 DEAN ST, VALLEY STREAM, NY 11580 | |
| 10925 | BASTAS, ANNA MARIE, 130 SHERRY LN., CHICAGO HEIGHTS, IL 60411 | |
| 10925 | BASTAS, ANNA-MARIE, 130 SHERRY LANE, CHICAGO HGHTS, IL 60411 | |
| 10925 | BASTEN, DAVID, 1557 1/2 FOELLER DR, GREEN BAY, WI 54302 | |
| 10925 | BASTIAN, JEFFREY, 7814 REVERE ST, PHILADELPHIA, PA 19152 | |
| 10925 | BASTIAN, MARK, BOX 734, MORRILL, NE 69358 | |
| 10925 | BASTIDA, ARTURO MORENO, TEXCOCO 1026 2, CP 50040, TOLUCA EDO DE, MEXICO | *VIA Deutsche Post* |
| 10925 | BASTIDAS, EVERARDO, 620 S 8TH ST, EL CENTRO, CA 92243 | |
| 10925 | BASTOLLA, ANGELO, 30 ELLINGTON RD, TEWKSBURY, MA 01876 | |
| 10925 | BASU, PAM, 9621 HORSHAM DRIVE, LAUREL, MD 20707 | |
| 10925 | BASURTO, ROBERTO, 648 MOSS ST. #52, CHULA VISTA, CA 91911 | |
| 10925 | BASWELL, WILLIAM, 8905 N 131ST E AVE, OWASSO, OK 74055 | |
| 10924 | BATAVIA CONCRETE, P O BOX 215, BATAVIA, IL 60510 | |
| 10924 | BATAVIA CONCRETE, PO BOX 215, BATAVIA, IL 60510 | |
| 10924 | BATAVIA CONCRETE, RT 25 SOUTH, BATAVIA, IL 60510 | |
| 10924 | BATAVIA ELECTRIC SUPPLY CO, 300 W MAIN ST., BATAVIA, OH 45103 | |
| 10924 | BATCHELDER & COLLINS INC, PO BOX11295, NORFOLK, VA 23517 | |
| 10924 | BATCHELDER & COLLINS, INC., 23RD & GRANDY STS., NORFOLK, VA 23517 | |
| 10925 | BATCHELDER, KENNETH, 48 FRUIT ST. EXT., MILFORD, MA 01757 | |
| 10925 | BATCHELLOR, EDWIN, 1316 STEVENS AVE, BALTIMORE, MD 21227 | |
| 10925 | BATCHELLOR, PAULA, 131 UNION ST., BATAVIA, NY 14020 | |
| 10924 | BATCHELOR COMPANY, PO BOX 4408, TULSA, OK 74159 | |
| 10925 | BATCHELOR, BARBARA, 4 SEVIER CT, TAYLORS, SC 29687-2658 | |
| 10925 | BATCHELOR, DOROTHY, PO BOX 83, WELDON, NC 27890-0083 | |
| 10925 | BATCHELOR, TODD A, 7215 GENNAKER DRIVE, TAMPA, FL 33607 | |
| 10925 | BATCHELOR, TODD, 7215 GENNAKER DRIVE, TAMPA, FL 33607 | |
| 10925 | BATCHER, ROGER, 2412 17TH AVE SOUTH, MINNEAPOLIS, MN 55404 | |
| 10925 | BATCHO, JOHN, BATCHO,JOHN P. 501 ROBERTS DR., RIVERDALE, GA 30374 | |
| 10925 | BATE, JAMES, RD 1 87G WHITES RD, WASHINGTONJ, NJ 07882 | |
| 10925 | BATE, SARA, 7 HOWARD CT., LEBANON, NJ 08833 | |
| 10924 | BATELLE, 505 KING AVENUE, COLUMBUS, OH 43201 | |
| 10925 | BATEMAN, THEODORE, 1320 CO RD 7, CRAIG, CO 81625 | |
| 10925 | BATEMAN, THOMAS, ROUTE 3, ODESSA, TX 79762 | |
| 10925 | BATEMAN, WILLIAM L, 13411-D RIVERSIDE DR, SHERMAN OAKS, CA 91423 | |
| 10925 | BATEMON, ELOIS, 4022 N. 40TH ST, MILWAUKEE, WI 53216 | |
| 10925 | BATER, ROBERT, 9 COOLIDGE AV, WESTFORD, MA 01886 | |
| 10924 | BATES & ASSOCIATE, INC., 1734 AIRPARK DRIVE, PO BOX 108, GRAND HAVEN, MI 49417 | |
| 10924 | BATES & ASSOCIATES, INC., 1734 AIRPARK DRIVE, PO BOX 108, GRAND HAVEN, MI 49417 | |
| 10924 | BATES & DALY CO, 1600 SW 13 COURT, POMPANO BEACH, FL 33060 | |
| 10924 | BATES CHEMICAL INC., 107 SOUTH REMEBY LOOP, CROSBY, TX 77532 | |
| 10924 | BATES CONCRETE & SEPTIC TANKS, 1559 GEORGIA ROAD, FRANKLIN, NC 28734 | |
| 10924 | BATES CONCRETE, 1559 GEORGIA ROAD, FRANKLIN, NC 28734 | |
| 10924 | BATES COUNTY REDI MIX, 110 N. STATE STREET, DREXEL, MO 64742 | |
| 10924 | BATES COUNTY REDI-MIX INC., RT 4, BOX 342, BUTLER, MO 64730 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BATES CUSTOM & COLLISION, 3219 N MAIN, BAYTOWN, TX 77521

10925   BATES FINISHING SUPPLY INC, 168 AYER ROAD, LITTLETON, MA 01460

10925   BATES, ASTA, PO BOX 165, FELTON, CA 95018

10925   BATES, BRANDI, PO BOX 766, PINEGROVE, LA 70453

10925   BATES, C, RTE 1 BOX82B, ENOREE, SC 29335

10925   BATES, CAROLYN, 2520 REBECCA AVE, ODESSA, TX 79763

10925   BATES, CHARLES, 805 ROGERS ST, COLUMBIA, MS 39429

10925   BATES, DANIEL, 4331 CUNNINGHAM, WICHITA FALLS, TX 76308

10925   BATES, DAVID, 100 CHATEAU ROAD, 48, HOUMA, LA 70363

10925   BATES, DAVID, 15 LEDO LANE, FOUNTAIN INN, SC 29644

10925   BATES, DEBRA, 1001 N VERMONT ST # 813, ARLINGTON, VA 22201

10925   BATES, DONALD, 525 SMILEY ST, ELLWOOD CITY, PA 16117

10925   BATES, DWIGHT, 44 HARBOUR VIEW PL, STRATFORD, CT 06497

10925   BATES, GREGORY, 5397 SIERRA ROAD, SAN BERNADINO, CA 92407-3240

10925   BATES, JAMES C, PO BOX 10064, MADISON, MS 39110

10925   BATES, JAMES, 2704 CHURCH, GREENVILLE, TX 75401

10925   BATES, JAMES, 709 S W 46TH ST, OKLAHOMA CITY, OK 73109

10925   BATES, JAVON, 17226 HIGHLAND AVE, HAZEL CREST, IL 60429

10925   BATES, JAVON, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   BATES, JENNIFER, 14 FLORENCE PL, CALDWELL, NJ 07006

10925   BATES, JIMMY, 2866 N 7TH ST, MILWAUKEE, WI 53212

10925   BATES, JOHN, RT. 4 BOX 225P, WINNSBORO, SC 29180

10925   BATES, KENNETH, PO BOX1025, WOODRUFF, SC 29388

10925   BATES, KIM, 1013 MANHATTAN BLVD, APT #261, HARVEY, LA 70058

10925   BATES, KRISTI, 12200 HERITAGE PARK RD., 226, OKLA CITY, OK 73120

10925   BATES, LARRY, ROUTE 3, BOX 179, FOREST CITY, IA 50436

10925   BATES, LAVAEDA, 2104 W HUNTINGPARK A, PHILADELPHIA, PA 19140

10925   BATES, LORI, 4933 GEN. STERLING, BOSSIER CITY, LA 71112

10925   BATES, MARCUS, 515 CODY ST, SULPHUR, LA 70663

10925   BATES, MARY, 113 NORTH HILL ROAD, GREENWOOD, SC 29646

10925   BATES, MECKLER, BULGER & TILSON, 8300 SEARS TOWER, CHICAGO, IL 60606

10925   BATES, MICHAEL, 70 OLD SHOALS RD, ARDEN, NC 28704

10925   BATES, MICHELLE, 3233 MANGUM, APT. 132, HOUSTON, TX 77092

10925   BATES, MILLEDGE, 1427 REDD ST, AIKEN, SC 29801

10925   BATES, MONTY, 7571 TROTWOOD LANE, VICTOR, NY 14564

10925   BATES, NELLIE, PO BOX 95, FERGUSON, KY 42533

10925   BATES, PAUL, 4605 LOCKINGTON LANE, CHATTANOOGA, TN 37416

10925   BATES, PAUL, HWY 221, ENOREE, SC 29335

10925   BATES, PAUL, RT. 1, BOX 96 A, ENOREE, SC 29335

10925   BATES, PEGGY, 67 VERN CORA RD, LAURENS, SC 29360

10925   BATES, RICKY, 508 IVY CIRCLE, ANDERSON, SC 29621

10925   BATES, ROBERT, 603 ORPINGTON ROAD, BALTIMORE, MD 21229

10925   BATES, SHARON, 2651 COLDSPRING MANOR #A, INDIANAPOLIS, IN 46222

10925   BATES, SHERRY, 24 TIMBER TRAIL, WEAVERVILLE, NC 28787

10925   BATES, SUSAN, 1091 MAIN ST, LEWISTON, ME 04240

10925   BATES, VERNA, 2817 61ST, LUBBOCK, TX 79413

10925   BATES, WILLIE, PO BOX 175, MULBERRY, FL 33860-0175

10925   BATESVILLE CONCRETE PRODUCTS, PO BOX 1500, BATESVILLE, MS 38606

10925   BATH IRON WORKS INC, 700 WASHINGTON ST, BATH, ME 04530

10925   BATHE, JESSIE, 5699 NUTRONE ST, MADISON, WI 53711

10925   BATHGATE III, CLARENCE, 206 CHEDDINGTON ROAD, LINTHICUM HGHTS, MD 21090

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BATHGATE, RAYMOND, 1302 ASHBURTON COURT, MILLERSVILLE, MD 21108

10925    BATHURST, LINDA, PO BOX 32, YOUNGSTOWN, PA 15696

10925    BATHURST, MATTHEW, 708 MORNINGSIDE DRIV, TOWSON, MD 21204

10925    BATISTA, ANTONIO, 57 COLUMBIA ST, STOUGHTON, MA 02072

10925    BATISTA, DUANE, ONE HERSEY ST, SALEM, MA 01970

10925    BATISTA, WILLIAM, 67 WALES ST, TAUNTON, MA 02780

10925    BATISTE, CLARENCE, PO BOX 171, ST. MARTINVILLE, LA 70582

10925    BATISTE, JOSEPH, 6211 HUMMINGBIRD, HOUSTON, TX 77096

10925    BATISTE, JULES, 4519 BRYAN AVE, FRESNO, TX 77545

10925    BATISTE, MARY, 241 AUBURN DR., CARENCRO, LA 70520

10924    BATON ROUGE CONCRETE, 1160 JOPLIN AVE., BATON ROUGE, LA 70821

10924    BATON ROUGE CONCRETE, PO BOX 2842, BATON ROUGE, LA 70821

10925    BATON ROUGE MACHINE WORKS, INC, 12612 RONALDSON RD., BATON ROUGE, LA 70807

10925    BATON ROUGE MACHINE WORKS, INC, PO BOX 91149, BATON ROUGE, LA 70821

10924    BATON ROUGE READY MIX, 13616 FLORIDA BLVD, BATON ROUGE, LA 70819

10924    BATON ROUGE TERMINAL CASINO, RIVER ROAD, BATON ROUGE, LA 70800

10924    BATON ROUGE, P.O. BOX 2842, BATON ROUGE, LA 70821

10925    BATREZ, ARCHIE, 203 JOYCE ST, PRATTVILLE, AL 36067

10925    BATSON, DONALD, 105 PATROL CLUB ROAD, GREENVILLE, SC 29609-9802

10925    BATSON, GEORGE, 970 ST MARKS AVE, BROOKLYN, NY 11213-2075

10925    BATSON, JAMES, 1324 HAMPTON LANE, MUNDELEIN, IL 60060

10925    BATSON, JERRY, 103 ROBERTA DR, W MONROE, LA 71291

10925    BATSONS PLUMBING, INC, PO BOX 695, SIMPSONVILLE, SC 29681

10925    BATTAGLIA, SHIRLEY, 724 CAMBERLY CIRCLE, C1, TOWSON, MD 21204

10924    BATTELLE MEMORIAL INSTITUTE, 505 KING AVE, COLUMBUS, OH 43201

10924    BATTELLE MEMORIAL INSTITUTE, 505 KING AVENUE, COLUMBUS, OH 43201

10924    BATTELLE NORTH WEST, BUILDERS LUMBER, 6TH & "W" ST., RICHLAND, WA 99352

10925    BATTELLE PACIFIC NORTHWEST LABORATORY, PO BOX 999, MAIL STOP K1067, RICHLAND, WA 99352

10925    BATTELLE PRESS, DEPT. L. 1007, COLUMBUS, OH 43260

10925    BATTELLE, 505 KING AVE, COLUMBUS, OH 43260

10924    BATTELLE, 651 WEST 5TH AVENUE, COLUMBUS, OH 43201

10925    BATTENBERG, TIBOR, 7 BLACKSTONE DRIVE, 57, NASHUA, NH 03063

10925    BATTERIES BATTERIES FOR EVERYTHING, 3915 EAST LA SALLE ST, PHOENIX, AZ 85040

10925    BATTERIES BATTERIES, 3415 W GLENDALE AVE, PHOENIX, AZ 85051-8387

10925    BATTERSBY, DENNIS, 122 FOREST ST, N ANDOVER, MA 08145

10925    BATTERSBY, KRISTINE, 122 FOREST ST., N. ANDOVER, MA 01845

10925    BATTERSHELL, C, HC61, BOX 122B, CALVIN, OK 74531

10925    BATTERY DISTRIBUTORS INC, 642 CORDELL DRIVE UNIT D, COLLEGE PARK, GA 30349

10924    BATTERY PARK CITY AUTHORITY SITE 22, 450 NORTH END AVENUE, NEW YORK, NY 10282

10925    BATTERY SHOP OF MARYLAND, PO BOX 828, FINKSBURG, MD 21048-0828

10924    BATTERY, THE, 151 DORNACH WAY, ADVANCE, NC 27006

10925    BATTEY, VALERIE, 339 WALTON ST, WEST HEMPSTEAD, NY 11552

10925    BATTIATO, IGNATIUS, 6205 S MCVICKER, CHICAGO, IL 60638

10925    BATTIATO, NICHOLAS, 4901 SO LOTUC, CHICAGO, IL 60638

10925    BATTISTA, CAROL ANN, 114 CROWLEY AVE, BUFFALO NY, NY 14207

10924    BATTLE CREEK HEALTH SYS C/O COOK, 300 NORTH AVENUE, BATTLE CREEK, MI 49017

10925    BATTLE CREEK LODGE, PO BOX 670, CHOTEAU, MT 59422

10924    BATTLE MOUNTAIN, LAS VEGAS, NV 89101

10925    BATTLE, CHRISTOPHER, 9239 S. ADA CHICAGO IL, CHICAGO, IL 60620

10925    BATTLE, NATHANIEL, 225 W. GREEN ST, READING, PA 19601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BATTLE, SATINA, 2102 POPPY LANE, RICHARDSON, TX 75081

10925   BATTLEBURY, MONICA, 77 BRIGHTON SQUAREHAROLDS CROSS, DUBLIN 6,

10924   BATTLECREEK JR. HIGH SCHOOL, 2121 NORTH PARK DRIVE, SAINT PAUL, MN 55119

10924   BATTLECREEK SCHOOL, 2121 N. PARK DRIVE, SAINT PAUL, MN 55102

10925   BATTLES, CAROLYN, 12116 LOOP 107, ADKINS, TX 78101

10925   BATTLES, WENDY, 18 AGAWAM ROAD, PLYMOUTH, MA 02360

10925   BATTS, JUANITA, 2626 DUNCANVILLE RD, DALLAS, TX 75211

10925   BATTS, SHANE, 8139 MAIN ST, SORRENTO, LA 70778

10925   BATTUNG, BERNARD, 5259 S. CENTRAL AVE APT 2, CHICAGO, IL 60638

10925   BATTUNG, BERNARD, 6051 W 65 ST, BEDFORD PARK, IL 60638

10925   BATTUNG, DOMINGO, 5259 S CENTRAL, CHICAGO, IL 60638

10925   BATTUNG, ELMER, 5656 W 63RD PLACE, CHICAGO, IL 60638

10925   BATTY, CRAIG, 4571 S 2500 EAST, VERNAL, UT 84078

10925   BATTY, TYRONE, 1517 W. MULBERRY ST, BALTIMORE, MD 21223

10925   BATUS INC., 200 BROWN & WILLIAMSON TOWER, LOUISVILLE, KY 40202

10925   BATUS TOBACCO SERVICES INC., 200 BROWN & WILLIAMSON TOWER, LOUISVILLE, KY 40202

10925   BATY, VIRGINIA, 5900 WHISPERING PINE, PINEVILLE, LA 71306

10925   BATZ BROTHERS SANITATION, 411 VERLEEN AVE, JANESVILLE, WI 53545

10925   BATZ COMPANY, BANK OF TAZEWELL CTY, TRUST DEPT DELIVERY ACCT, BOX 687, TAZEWELL, VA 24651-0687

10925   BATZ, GEORGE, 815 EMERSON ST, MADISON, WI 53715

10925   BAU INGENIEUR SOZIETAT, BERGDRIESCH 4, AACHEN, 52062GERMANY      *VIA Deutsche Post*

10925   BAUBLITZ ADVERTISING, 20 WEST MARKET ST, YORK, PA 17401

10924   BAUBOUR CONCRETE CO INC, P O BOX 1248, INDEPENDENCE, MO 64051

10924   BAUBOUR CONCRETE CO INC, P.O.BOX 1248, INDEPENDENCE, MO 64051

10925   BAUCOM, PATRICIA, 1014 WILLOW BRANCH DR, SIMPSONVILLE, SC 29680

10925   BAUDO, ROBERT, 1512 MARIGOLD, MCALLEN, TX 78501

10925   BAUDOIN, DONALD, 203 9TH ST, LOCKPORT, LA 70374

10925   BAUDOIN, JAMES, 1241 B & B AVE, EUNICE, LA 70535

10925   BAUDOIN, PAUL, 225 ANTIGUA DR, LAFAYETTE, LA 70503-5043

10925   BAUDOIN, RANDY, 3434 HWY. 1, RACELAND, LA 70394

10925   BAUDOUX, MICHELLE, RD 1 BOX 250, C, HAMPTON, NJ 08827

10925   BAUDVILLE COMPUTER PRODUCTS, 5380 52ND ST , SE, GRAND RAPIDS, MI 49512

10924   BAUER BLOCK CO, 1150 NORTH WATER ST., KITTANNING, PA 16201

10924   BAUER BLOCK CO., 1150 NORTH WATER ST., KITTANNING, PA 16201

10924   BAUER CO INC, THE, 1150 N WATER STREET, KITTANNING, PA 16201

10924   BAUER CO., 1150 N. WATER STREET, KITTANNING, PA 16201

10924   BAUER COMPRESSORS, INC, 1330 AZALEA GARDEN ROAD, NORFOLK, VA 23502

10924   BAUER COMPRESSORS, INC., 1328 AZALEA GARDEN ROAD, NORFOLK, VA 23502

10925   BAUER JT TEN, GERTRUDE C & ANTHONY M, 87 LEDGEWOOD RD, WEST HARTFORD, CT 06107-3733

10925   BAUER, B, 12550 CARSON ST #61, HAWAIIAN GARDENS, CA 90716

10925   BAUER, BERNADINE, 10825 EBERHARDT DRIVE, GAITHERSBURG, MD 20879

10925   BAUER, BRIAN J, 6452 S KEELER, CHICAGO, IL 60629

10925   BAUER, CHARLES, 2735 WEBSTER ST, SAN FRANCISCO, CA 94123

10925   BAUER, CHRISTINE, 444 ORCHARD AVE, 3, PITTSBURGH, PA 15202

10925   BAUER, DONALD, 651 KELSO ROAD, PITTSBURGH, PA 15243

10925   BAUER, FLORA, 4307 RIVER PARK DR, LOUISVILLE, KY 40211

10925   BAUER, FRANK, 165 COVEY HILL LANE, GREENVILLE, SC 29615

10925   BAUER, GEORGE, 603 SOUTHERN DRIVE, W. CHESTER, PA 19380

10925   BAUER, GLEN, 110 BENNETTS BRIDGE RD, GREER, SC 29651-7034

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BAUER, HARRY, 67-03 RAVENS CREST DRIVE, PLAINSBORO, NJ 08536

10925  BAUER, HOLLY, 952 E BROADWAY, BRADLEY, IL 60915

10925  BAUER, JAMES, 4300 N. MAIN ST #126, RACINE, WI 54302

10925  BAUER, JAMES, 501 SELLRUS COURT, FALLSTON, MD 21047

10925  BAUER, JAMES, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925  BAUER, JERRY, 911 13TH AVE, GREEN BAY, WI 54304

10925  BAUER, JOSEPH, 571 ALBANY AVE, 201, AMATYVILLE, NY 11701

10925  BAUER, KATHLEEN, 2151 HILLTOP DR, ASHWAUBENON, WI 54313

10925  BAUER, LAURA, PO BOX 2155, EAST MILLSTONE, NJ 08875

10925  BAUER, LOIS, PO BOX 149, PENS PARK, PA 18943

10925  BAUER, LYNDA, 110 BENNETTS BRIDGE RD, GREER, SC 29651-7034

10925  BAUER, LYNDA, 110 BENNETTS BRIDGE ROAD, GREER, SC 29651

10925  BAUER, MICHAEL, 10311 NIGHT MIST CT., COLUMBIA, MD 21044

10925  BAUER, PAMELA, PO BOX 10814, RENO, NV 89510

10925  BAUER, PATRICK C, 1616 DIXIE DR, WAUKESHA, WI 53186

10925  BAUER, PATRICK, 1616 DIXIE DRIVE, WAUKESHA, WI 53189

10925  BAUER, PAULA, 4615 ANTHONY DR, COPLAY, PA 18037

10925  BAUER, RICHARD, PO BOX 149, PENNS PARK, PA 18943

10925  BAUER, STACY, 18625 MIDWAY ROAD, DALLAS, TX 75287

10925  BAUER, TIMOTHY, 1455 ST RT 534, SW, NEWTON FALLS, OH 44444

10924  BAUERLY BROTHERS INC., 4787 SHADOWWOOD DRIVE N.E., SAUK RAPIDS, MN 56379

10924  BAUERLY COMPANIES - PAVER, PAVING LOCATIONS, SAUK RAPIDS, MN 56379

10924  BAUERLY COMPANIES, 1158 REGENT STREET, BRAHAM, MN 55006

10924  BAUERLY COMPANIES, INC., 12TH STREET, STAPLES, MN 56479

10924  BAUERLY COMPANIES, INC., 1750 INDUSTRIAL PARK ROAD, BAXTER, MN 56425

10924  BAUERLY COMPANIES, INC., 2920 9TH ST HIGHWAY 169, GLENCOE, MN 55336

10924  BAUERLY COMPANIES, INC., 31910 126TH ST, PRINCETON, MN 55371

10924  BAUERLY COMPANIES, INC., 4787 SHADOW WOOD DRIVE NE, SAUK RAPIDS, MN 56379

10924  BAUERLY COMPANIES, INC., 750 55TH AVE NE, SAUK RAPIDS, MN 56379

10924  BAUERLY COMPANIES, INC., 8255 S RAILROAD ST, CAMBRIDGE, MN 55008

10924  BAUERLY COMPANIES, INC., 8646 RIDGEWOOD ROAD, SAINT JOSEPH, MN 56374

10924  BAUERLY COMPANIES, INC., HIGHWAY 371 NORTH, PINE RIVER, MN 56474

10924  BAUERLY COMPANIES, INC., HIGHWAY 6, DEERWOOD, MN 56444

10924  BAUERLY COMPANIES, INC., HWY 169 N R997, MILACA, MN 56353

10924  BAUERLY COMPANIES, INC., P.O. BOX 2746, BAXTER, MN 56425

10924  BAUERLY COMPANIES, INC., RT 3 HIGHWAY 169, MILACA, MN 56353

10924  BAUGH INDUSTRIAL CONTRACTORS, INC., PO BOX14135, SEATTLE, WA 98114

10925  BAUGH, BRIAN, 906 CORNELIA, IOWA PARK, TX 76367

10925  BAUGH, DENNIS, 6240 NORTH 18TH STRE, ARLINGTON, VA 22205

10925  BAUGH, DONNA, 4490 N 15500 E. ROAD, MOMENCE, IL 60954

10925  BAUGH, MARY, 1704 PACIFIC PL., FORT WORTH, TX 76112

10925  BAUGH, MARY, 8733 WINDOW LANE, FORT WORTH, TX 76120

10925  BAUGH, TAMMY, 2927 OAKRIDGE, CORSICANA, TX 75110

10925  BAUGHCOME, MARIE, 205 WOODFIELD ST, FOUNTAIN INN, SC 29644

10925  BAUGHER, JOHN, 1236 WILLOW, CASPER, WY 82604

10925  BAUGHMAN, BECKY, 12176 ST RT 226, BIG PRAIRIE, OH 44611

10925  BAUGHMAN, DIANA, 450 S PRAIRIE COVE, MARION, AR 72364

10925  BAUHAUS, FREDERICK, 2038 POPLAR RIDGE ROAD, PASADENA, MD 21122

10925  BAUKMAN, MARION, 267 MALONE ROAD, DEQUINCY, LA 70633-0000

10925  BAUKMAN, PATSY, 817 ROMEO, PASADENA, TX 77502

10925  BAULDREE, JUDY, 220 MONARCH ST, J-22, HOUMA,, LA 70364

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BAULER, DONALD, RR2 BOX 130D, LECENTER, MN 56057-9629

10924   BAUM CONSTRUCTION, INC, ATTN:  ACCOUNTS PAYABLE, ATASCADERO, CA 93423

10924   BAUM CONSTRUCTION, INC., END OF LANGFORD LAKE ROAD, FORT IRWIN, CA 92310

10925   BAUM, BEATRICE, 1800 RT 35, 245, MIDDLETOWN, NJ 07748

10925   BAUM, CATHERINE, 63 MASTERS DRIVE, ST. AUGUSTINE, FL 32095

10925   BAUM, CRAIG, 104-1 WIGINGTON ST, CLEMSON, SC 29631

10925   BAUMAN, CONNIE, 1319 5TH AVE., FORD CITY, PA 16226

10925   BAUMAN, DAVID, 8709 W. BECHER ST, WEST ALLIS, WI 53227

10925   BAUMANN, CHAD, 1972 DICKINSON RD, DE PERE, WI 54115-9213

10925   BAUMANN, DENNIS, 1972 DICKINSON RD, DE PERE, WI 54115-9213

10925   BAUMANN, ELIZABETH, 3 LODGE ROAD, NATICK, MA 01760

10925   BAUMANN, T, 3729 N 64TH ST, MILWAUKEE, WI 53216

10925   BAUMERT, DAVID, RT1 PO 138, STANTON, NE 68779

10925   BAUMGARDNER, JULIA, RTE 2 BOX 272, HUDSON, NC 28638

10925   BAUMGARNER, DENNIS, 190 BEAVER LAKE DRIVE, WEST UNION, SC 29696

10925   BAUMGART, TERRY, 3226 SOMERTON, 1705, LA PORTE, TX 77571

10925   BAUMGARTNER OIL CO WOOD SMITH HENN, DAVID F WOOD, 801 SO FIGUEROA ST, NINTH FL, LOS ANGELES, CA 90017

10925   BAUMGARTNER RESOURCES LTD, FRANK BAUMGARTNER, 910 OAKWOOD DR, CASTLE ROCK, CO 80104

10925   BAUMGARTNER, STEPHEN, 13 KINGSLAND CIRCLE, MONMOUTH JUNCTION, NJ 08852

10925   BAUN, DONALD, 35 ALTACREST DRIVE, GREENVILLE, SC 29605-2501

10925   BAURYS, INA, 9127 RIVEREDGE PL SW, CALABASH, NC 28467

10925   BAUSBACK, KATHLEEN, PO BOX 21, NAHMA, MI 49864

10924   BAUSCH & LOMB SURGICAL INC., 499 SOVEREIGN COURT, MANCHESTER, MO 63011

10924   BAUSCH AND LOMB, 499 SOVEIGN COURT, BALLWIN, MO 63011

10924   BAUSCH AND LOMB, INC., 2006 GOVERNMENT STREET, OCEAN SPRINGS, MS 39564

10925   BAUSER, KENDRA, 6559 N 24 ST, ARLINGTON, VA 22205

10924   BAUSH AND LOMB, 555 WEST ARROW HIGHWAY, CLAREMONT, CA 91711

10925   BAUSHA, JEANNE, 66 RUSSELL HILL RD, BROOKLINE, NH 03033

10925   BAUSHER, RONALD, 414 NICHOLS ST, LEESPORT, PA 19533

10925   BAUSHER, TIFFANIE, 1550 MAIN ST, SHOEMAKERSVIL, PA 19555

10925   BAUSHER, TROY, 1550 MAIN ST, SHOEMAKERSVIL, PA 19555

10925   BAUST, GEORGE, 8721 BLAIRWOOD ROAD T-3, BALTIMORE, MD 21236

10925   BAUTISTA, DOMINADOR, 8901 OLD PALMER RD., FORT WASHINGTON, MD 20744

10925   BAUTISTA, ERNEST, 15930 NISQUALLY RD #10B, VICTORVILLE, CA 92392

10925   BAUTISTA, EVANGELINE, 10122 JOVITA AVE, CHATSWORTH, CA 91311

10925   BAUTISTA, GUINA, 661 DESERT WILLOW ST, IMPERIAL, CA 92251

10925   BAUTISTA, JOSEPH, 10122 JOVITA AVE, CHATSWORTH, CA 91311

10925   BAUTISTA, RESIE, 30 VISTA WAY, CHULA VISTA, CA 91910

10925   BAUTISTA, REYNALDO, 20208 WALNUT DR, WALNUT, CA 91789

10925   BAUTISTA, RIGOBERTO, 150 ST DICKERSON ST # 308, ARLINGTON, VA 22204

10925   BAUTISTA, SHIRLEY, 9615 COOLBROOK, SAN ANTONIO, TX 78250

10925   BAUVERLAG GMBH, WIESBADEN, 65173GERMANY      **\*VIA Deutsche Post\***

10925   BAVA, LINDA, 6000 MORRIS ST, ODESSA, TX 79764

10924   BAVARIAN AID SOCIETY, 113 SOUTH 12TH STREET, ALTOONA, PA 16602

10925   BAVARIAN WASTE COLLECTION, 4837 MADISON PIKE, INDEPENDENCE, KY 41051

10925   BAWDEN, JOYCE, 1224 THIRD AVE, HELLERTOWN, PA 18055

10925   BAWROCKI INSULATION INC, BLDG NO 5, MINNESOTA TRANSFER, MN

10925   BAX GLOBAL, DEPT CH 10391, PALATINE, IL 60055-0391

10925   BAX GLOBAL, DEPT LA 21047, PASADENA, CA 91185-1047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 BAX GLOBAL, DEPT. CH10391, PALATINE, IL 60055-0391

10925 BAX GLOBAL, PO BOX 371963, PITTSBURGH, PA 15250-7963

10925 BAXLEY, ALFREDA, RTE 4 BOX 161, GEORGETOWN, SC 29440

10925 BAXLEY, RICHARD, 2001 HILLSIDE DR., BALTIMORE,, MD 21207

10924 BAXTER CONCRETE PROD. INC, 909 E. ROSS STREET, CINCINNATI, OH 45217

10924 BAXTER CONCRETE PRODUCTS, 909 E. ROSS AVENUE, CINCINNATI, OH 45217

10924 BAXTER CONCRETE PRODUCTS, INC., 909 E. ROSS AVENUE, CINCINNATI, OH 45217

10924 BAXTER COUNTY HOSPITAL, 624 HOSPITAL DRIVE, MOUNTAIN HOME, AR 72653

10924 BAXTER COUNTY REGIONAL HOSPITAL, 624 HOSPITAL DRIVE, MOUNTAIN HOME, AR 72654

10925 BAXTER DIAGNOSTICS INC., PO BOX 105048, ATLANTA, GA 30348

10925 BAXTER ECONOMIC SERVICE, PO BOX 802, CUTCHOGUE, NY 11935-9805

10924 BAXTER HALL -UNIVERSITY OF MISS., INTESECTION OF DOMITORY ROW &, OXFORD, MS 38655

10925 BAXTER HEALTHCARE CORP ANESTHESIA &, DAVID C MCKEE CORPORATE VP & DEPUTY, 95 SPRING ST, ADDRESS FROM INTERNET, NEW PROVIDENCE, NJ 07974

10925 BAXTER HEALTHCARE CORPORATION, 8350 ARROWRIDGE BLVD., CHARLOTTE, NC 28217

10925 BAXTER PHARMACEUTICAL, INC, 21269 NETWORK AVE, CHICAGO, IL 60673-1212

10924 BAXTER PRECAST INC., 3370 PORT UNION RD, HAMILTON, OH 45014

10924 BAXTER PRECAST, INC., 3370 PORT UNION ROAD, HAMILTON, OH 45014

10925 BAXTER, APRIL, 229 HIGHTOWER DR, MARTINEZ, GA 30907

10925 BAXTER, BETTY, 209 GOODJOIN ROAD, LYMAN, SC 29365-0492

10925 BAXTER, BRENDA, 685 E. GREENBRAE DR., SPARKS, NV 89431

10925 BAXTER, CAROLYN, 5370 N. 9000 E ROAD, GRANT PARK, IL 60940-5497

10925 BAXTER, CLAYTON, 876 PALO VEROE, PASADENA, CA 91104

10925 BAXTER, ERNEST, 10414 W. 44TH AVE #1B, WHEAT RIDGE, CO 80033

10925 BAXTER, GERALD, 605 2ND ST NW, WAUKON, IA 52172-1025

10925 BAXTER, JAMES, 4 HORSEMAN AVE, GREENVILLE, SC 29615

10925 BAXTER, MARCIA, 22 BUTTONWOOD LANE, LEWISTON, ME 04240

10925 BAXTER, MICHAEL, 11633 NE 75TH ST, KIRKLAND, WA 98033

10925 BAXTER, PAMELA, 2213 BRIARCREST DR, PLANO, TX 75023

10925 BAXTER, ROBERT, 103 MAYWOOD CT., ST. PETERS, MO 63376

10925 BAXTER, ROBERT, 3225 JACKSON ST, HAPEVILLE, GA 30354

10925 BAXTER, SCOTT, 1635 PIRKLE ROAD NW, NORCOSS, GA 30093

10924 BAY AGGREGATE INC, PO BOX 1067, BAY CITY, MI 48706

10924 BAY AGGREGATE, INC., 301 N WATER ST, BAY CITY, MI 48706

10925 BAY AREA AIR QUALITY MANAGEMENT, 939 ELLIS ST, SAN FRANCISCO, CA 94109-7799

10925 BAY AREA DRUM AD-HOC PRP GROUP, HELLER EHRMAN, ATTN NICHOLAS W VAN,

10925 BAY AREA DRUM FACILITY FUND, BOONE ASSOCIATES, 901 CORPORATE CTR DR #204, MONTEREY PARK, CA 91754

10925 BAY AREA DRUM PROPERTY, 1212 THOMAS AVE, SAN FRANCISCO, CA

10924 BAY AREA MEDICAL CTR. HEART INST., 7004 WILLIAMS DR., CORPUS CHRISTI, TX 78412

10925 BAY AREA OIL PRODUCTS COMPANY, 485 INDUSTRIAL WAY, BENICIA, CA 94510

10925 BAY AREA PALLET COMPANY, PO BOX 6102, CONCORD, CA 94524

10925 BAY AREA TROPHIES, 16852 N HWY 3 & BAY AREA BLVD, WEBSTER, TX 77598

10925 BAY AREA/DIABLO PETROLEUM CO, PO BOX 44550, SAN FRANCISCO, CA 94144

10924 BAY CARE MEDICAL CENTER, 1340 HUBBLE DRIVE, GREEN BAY, WI 54311

10925 BAY CITIES FENCE COMPANY, 655 LEWELLING BLVD #360, SAN LEANDRO, CA 94579

10925 BAY CITY BOILER & ENGINEERING CO., 915 LINDER AVE, SOUTH SAN FRANCISCO, CA 94080

10925 BAY CITY ELECTRIC CO INC, PO BOX 448, KINGSVILLE, MD 21087

10925 BAY CITY ELECTRIC CO., PO BOX 448, KINGSVILLE, MD 21087

10924 BAY COLONY OFFICE, 1050 WINTER ST, WALTHAM, MA 02154

10924 BAY COLONY, 5401 FM 646, LEAGUE CITY, TX 77573

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BAY DESIGN, INC, 1907 LANSDOWNE RD., BALTIMORE, MD 21227

10925    BAY DRUMS SUPERFUND SITE, STATE ROAD 574, NEAR INTERSTATE 4, TAMPA, FL

10925    BAY ELECTRONICS, 20805 KRAFT BLVD, ROSEVILLE, MI 48066

10924    BAY HARBOR MARINA, 751 BAY HARBOR DRIVE, PETOSKEY, MI 49770

10924    BAY HARBOUR MALL, (OLD SERVICE MERCHANDISE BUILDING), CORNER OF PENINSULA AND, ROCKAWAY TURNPIKE, LAWRENCE, NY 11559

10925    BAY HILL CLUB & LODGE, THE, 9000 BAY HILL BLVD., ORLANDO, FL 32819-4899

10924    BAY INDUSTRIAL INC., ***DO NOT USE***USE 500905***, AURORA, CO 80011

10924    BAY INDUSTRIAL INC., DO NOT USE, AURORA, CO 80011

10924    BAY INDUSTRIAL INC., P.O BOX 80005, GREEN BAY, WI 54308

10924    BAY INDUSTRIES INC., P.O. BOX 80005, GREEN BAY, WI 54308

10925    BAY INSULATION OF ILLINOIS, POBOX 8005, GREEN BAY, WI 54308

10924    BAY INSULATION OF NEW ENGLAND, 155 WILL DR., CANTON, MA 02021

10924    BAY INSULATION OF NEW ENGLAND, P.O. BOX 9229, GREEN BAY, WI 54308-9229

10924    BAY INSULATION PRODUCTS CO., DBA BEXAR INSULATION, SAN ANTONIO, TX 78208

10925    BAY NETWORKS, 100 TECHNOLOGY PARK DR., BILLERICA, MA 01821

10925    BAY NETWORKS, 4401 GREAT AMERICA PKWY, SANTA CLARA, CA 95052-8185

10925    BAY NETWORKS, PO BOX D-3457, BOSTON, MA 02241-3457

10925    BAY RUBBER CO, 404 PENDLETON WAY, OAKLAND, CA 94621-2185

10925    BAY RUBBER COMPANY, 404 PENDLETON WAY, OAKLAND, CA 94621

10925    BAY SCALE OF MARYLAND, 9693-1 GERWIG LANE, COLUMBIA, MD 21046

10925    BAY SCALE, INC, 9693-I GERWIG LANE, COLUMBIA, MD 21046

10924    BAY SHORE CONCRETE PROD, P.O.BOX 230, CAPE CHARLES, VA 23310

10924    BAY SHORE HIGH SCHOOL, 3005 57TH AVENUE WEST, BRADENTON, FL 34207

10924    BAY SPRINGS HIGH SCHOOL, HIGHWAY 18 EAST, BAY SPRINGS, MS 39422

10924    BAY STAR PRECAST CORP., 925 SKINNERS TURN ROAD, OWINGS, MD 20736

10924    BAY STAR PRECAST CORP., PO BOX959, OWINGS, MD 20736-0959

10924    BAY STATE ANESTHESIA, 30 WILLOW STREET, NORTH ANDOVER, MA 01845

10925    BAY STATE AREA TRADE BINDERY, 331-B NEW BOSTON ST, WOBURN, MA 01801

10925    BAY STATE CALENDAR CO, PO BOX 81383, WELLESLEY HILLS, MA 02481-0004

10924    BAY STATE CHOWDER, PHOENIX AVENUE, LOWELL, MA 01850

10925    BAY STATE COMPUTER GROUP INC, PO BOX 5-0061, WOBURN, MA 01815-0061

10925    BAY STATE CONTROLS CORP., 51 UNION ST, WORCESTER, MA 01608

10925    BAY STATE GAS, PO BOX 4310, WOBURN, MA 01888-4310

10925    BAY STATE HOME CONSTRUCTION CO, 5 HENSHAW ST, BRIGHTON, MA 02135

10924    BAY STATE MEDICAL, CHESTNUT STREET, SPRINGFIELD, MA 01107

10924    BAY STATE POOL, STRATHAM INDUSTRIAL PARK, EXETER, NH 03833

10924    BAY STATE POOLS INC, 26 SMITH PLACE, CAMBRIDGE, MA 02138

10924    BAY STATE POOLS, 1360 BLUE HILL AVE. EXT., BLOOMFIELD, CT 06002

10925    BAY STATE PRESS, POBOX 631827, BALTIMORE, MD 21263-1827

10925    BAY STATE SCALE COMPANY, 57 REGENT ST, CAMBRIDGE, MA 02140-2111

10925    BAY STATE/STERLING INC, 12 UNION ST, WESTBOROUGH, MA 01581

10925    BAY STATE/STERLING INC, 3001 EXECUTIVE DRIVE #270, CLEARWATER, FL 34622-3333

10924    BAY STREET GARAGE /TAMPA, C/O ARCHITECTURAL COATINGS, 2223 WEST SHORES BLVD, TAMPA, FL 33607

10925    BAY TOWER, THE, SIXTY STATE ST, BOSTON, MA 02109

10925    BAY VIEW FUNDING, PO64741, PHOENIX, AZ 85082-4741

10925    BAY, JONATHAN, 652 WOODLAWN DR, THOUSAND OAKS, CA 91360

10925    BAYAIT, MICHAEL, 521 ANDRIA AVE #143, SOMERVILLE, NJ 08876

10924    BAYAMON CAN INC., PO BOX51969, SAN JUAN, PR 00950-1111PUERTO RICO    **\*VIA Deutsche Post\***

10924    BAYAMON CAN INC., SABANA SECA, TOA BAJA, PR 949PUERTO RICO    **\*VIA Deutsche Post\***

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BAYAMON CONCRETE INDUSTRIES INC, BO CANDELARIA, TOA BAJA, PR 00759PUERTO RICO | *VIA Deutsche Post* |
| 10925 | BAYAMON CONCRETE INDUSTRIES INC, BO HATO TEJAS, BAYAMON, PR 619 | |
| 10925 | BAYAMON CONCRETE INDUSTRIES INC, PO BOX 1232, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10924 | BAYBORO STATION, 263 13TH AVENUE SOUTH, SAINT PETERSBURG, FL 33701 | |
| 10925 | BAYBROOK SEDAN, 400 CEDAR HILL RD., BALTIMORE, MD 21225 | |
| 10925 | BAYCHEM INC, 3200 MOON STATION ROAD, KENNESAW, GA 30144 | |
| 10925 | BAYCHEM INC., 3200 MOON STATION RD., KENNESAW, GA 30144 | |
| 10925 | BAYCHEM, 3200 MOON STATION ROAD, KENNESAW, GA 30144 | |
| 10925 | BAYCROFT, HARVEY, 11370 DARLING ROAD NO 41, VENTURA, CA 93004-1403 | |
| 10924 | BAYEM, CALLE OCHO 710, FRACCIONAMENTO, TOLUCA, 0MEXICO | *VIA Deutsche Post* |
| 10924 | BAYER - BUILDING B27, 25 HEFFERMAN DRIVE, WEST HAVEN, CT 06516 | |
| 10924 | BAYER @ @ @ @, 25 HEFFERNAN DRIVE, WEST HAVEN, CT 06516 | |
| 10924 | BAYER CORP HEADDQUARTERS NODE*, COLUMBIA, MD 21044 | |
| 10925 | BAYER CORP, 100 BAYER ROAD, PITTSBURGH, PA 15205-9741 | |
| 10924 | BAYER CORP, 1100 RANDOLPH STREET, ELKHART, IN 46514 | |
| 10924 | BAYER CORP, PO BOX 3110, ELKHART, IN 46514 | |
| 10925 | BAYER CORP., 100 BAYER RD., PITTSBURGH, PA 15205 | |
| 10924 | BAYER CORP., 1000 RANDOLPH STREET, ELKHART, IN 46514 | |
| 10924 | BAYER CORP., 1884 MILES AVENUE, ELKHART, IN 46515-0040 | |
| 10924 | BAYER CORP., 400 MORGAN LANE, WEST HAVEN, CT 06516 | |
| 10924 | BAYER CORP., PO BOX 2011, MISHAWAKA, IN 46546 | |
| 10924 | BAYER CORP., PO BOX 26330, WEST HAVEN, CT 06516 | |
| 10924 | BAYER CORP., PO BOX 3110, ELKHART, IN 46514 | |
| 10924 | BAYER CORP., REC AREA 44, 430 S. BEIGER STREET, MISHAWAKA, IN 46544 | |
| 10925 | BAYER CORPORATION INDUSTRIAL, 100 BAYER ROAD, PITTSBURGH, PA 15205 | |
| 10924 | BAYER CORPORATION, 100 BAYER ROAD, PITTSBURGH, PA 15205-9741 | |
| 10924 | BAYER CORPORATION, 8500 W. BAY ROAD, BAYTOWN, TX 77520 | |
| 10925 | BAYER CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10925 | BAYER CORPORATION, FILE NO 72476, LOS ANGELES, CA 90074-2476 | |
| 10925 | BAYER CORPORATION, PO BOX 75662, CHARLOTTE, NC 28275-5662 | |
| 10925 | BAYER CORPORATION, POBOX 92162, CHICAGO, IL 60675-2162 | |
| 10924 | BAYER CORPORATION, RT 2 N, NEW MARTINSVILLE, WV 26155 | |
| 10925 | BAYER DIAGNOSTICS MFG LTD, SWORDSCO, DUBLIN, IRELAND | *VIA Deutsche Post* |
| 10925 | BAYER DIAGNOSTICS, 511 BENEDICT AVE, TARRYTOWN, NY 10591 | |
| 10924 | BAYER, 21 BY PASS INDUSTRIAL ROAD, ROCK HILL, SC 29730 | |
| 10924 | BAYER, 472 PLAZA DRIVE, ATLANTA, GA 30349 | |
| 10924 | BAYER, 753 STATE ROUTE 30, IMPERIAL, PA 15126 | |
| 10924 | BAYER, 8500 WEST BAY ROAD, BAYTOWN, TX 77520 | |
| 10925 | BAYER, CRAIG, 803 W ANGLUS AVE ADWEST TECHNOLOGIES, ORANGE, CA 92668 | |
| 10925 | BAYER, CYNTHIA, 3821 NE 13TH AVE, POMPANO BEACH, FL 33064 | |
| 10925 | BAYER, ESTELLE, 1001 HYTHE A, BOCA RATON, FL 33434 | |
| 10925 | BAYER, LISA, 3916 N. CHRISTIANA, CHICAGO, IL 60618 | |
| 10925 | BAYER, NEIL, 2 VANCEVILLE RD., EIGHTY-FOUR, PA 15330 | |
| 10924 | BAYER, PO BOX 2855 CRS, ROCK HILL, SC 29731 | |
| 10925 | BAYERL, ROBERT, 12304 HWY 25, PIERZ, MN 56364 | |
| 10925 | BAYERL, ROBERT, PO BOX 4084, BENSON, AZ 85602 | |
| 10925 | BAYES, G, 3729 DONNA CT, CARLSBAD, CA 92008 | |
| 10925 | BAYES, JANE, 4 FOREST ROAD, GLEN BURNIE, MD 21060 | |
| 10925 | BAYES, ROBERT, 37 DESTINO WAY, HOT SPRINGS VILLAGE, AZ 71909 | |
| 10925 | BAYEX INC, PO BOX 640763, PITTSBURGH, PA 15264-0763 | |
| 10925 | BAYEX, 14770 EAST AVE, ALBION, NY 14411 | |

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BAYFAB METALS, 870 DOOLITTLE DR, SAN LEANDRO, CA 94577

10925  BAYFERROX COLOR WORKSHOP, 100 BAYER ROAD, PITTSBURGH, PA 15205

10924  BAYLER RICHARDSON MEDICAL CENTER, NORTHSIDE 75 ON CAMPBELL RD., RICHARDSON, TX 75081

10925  BAYLES, CHARLES, 402 AVONDALE CIRCLE, SEVERNA PARK, MD 21146

10925  BAYLESS, DENNIS, ROUTE 1, DEVOL, OK 73531

10925  BAYLESS, STEVE, 20118 ECHO FALLS DR., KATY, TX 77450

10925  BAYLISS MACHINE & WELDING CO. LLP, PO BOX 10847, BIRMINGHAM, AL 35202-0847

10925  BAYLISS MACHINE & WELDING COMPANY, PO BOX 10847, BIRMINGHAM, AL 35202

10925  BAYLISS MACHINE & WELDING, PO BOX 10847, BIRMINGHAM, AL 35202-0847

10925  BAYLISS, JEFFREY, 1855 WALKER ROAD, SULPHUR,, LA 70663

10925  BAYLISS, RONALD, 37 WAUGH AVE, GLYNDON, MD 21071-5319

10925  BAYLOR JR, EDWIN, 2001 GEMINI BLVD., 1302, HOUSTON, TX 77058

10925  BAYLOR, JOHN, 3733 MASTERS DR, HOPE MILLS, NC 28348

10925  BAYLOR, PATTI, 8416 NW 109, OKLA. CITY, OK 73162

10925  BAYLOR, VICKIE, 1305 W WHEATLAND #206, DALLAS, TX 75232

10925  BAYNE, ALAN, 7720 VENA CT., PASADENA, MD 21122

10925  BAYNE, BOBBY, 998 S BENNETTS BRIDGE RD, SIMPSONVILLE, SC 29681

10925  BAYNE, CLARENCE, 531 S BENNETT BRDG RD, SIMPSONVILLE, SC 29681-9998

10925  BAYNE, CURTIS, 24 HENRY ST, GREENVILLE, SC 29605

10925  BAYNE, DAVID, PO BOX 605, PELZER, SC 29669-0605

10925  BAYNE, DONALD, 2551 EAST GEORGIA RD, SIMPSONVILLE, SC 29681

10925  BAYNE, JOE, 508 ANDREWS RD, FOUNTAIN INN, SC 29644

10924  BAYNES ELECTRIC SY. CO., 16 ARROWHEAD DRIVE, NANTUCKET, MA 02554

10924  BAYNES ELECTRIC SY. CO., 900 W CHESTNUT STREET, BROCKTON, MA 02401

10925  BAYNES, MARK, 1137 N MAIN ST, FOUNTAIN INN, SC 29644

10924  BAYONNE  BLOCK, PO BOX183, BAYONNE, NJ 07002

10924  BAYONNE BLOCK CO., HOOK ROAD RT. 169, BAYONNE, NJ 07002

10924  BAYONNE BLOCK INC., PO BOX 183, BAYONNE, NJ 07002

10924  BAYONNE BLOCK, 147 FIFTH STREET, SADDLE BROOK, NJ 07663

10924  BAYONNE HOSPITAL, BAYONNE, NJ 07002

10924  BAYOU BLOCK & SPECIALITY, 401 S ROYAL STREET, MOBILE, AL 36633

10924  BAYOU BLOCK & SPECIALTY, ATTN: ACCOUNTS PAYABLE, MOBILE, AL 36652-2525

10924  BAYOU CONCRETE CO INC, ATTN:  ACCOUNTS PAYABLE, MOBILE, AL 36652-2525

10924  BAYOU CONCRETE, 115 INDUSTRIAL CANAL ROAD, MOBILE, AL 36603

10924  BAYOU CONCRETE, ATTN: ACCOUNTS PAYABLE, MOBILE, AL 36652-2525

10924  BAYOU CONCRETE, CLOLINGER ROAD, JACKSON, AL 36545

10924  BAYOU CONCRETE, HWY 43 SOUTH, MCINTOSH, AL 36553

10924  BAYOU CONCRETE, P O BOX 2525, MOBILE, AL 36652

10924  BAYOU ELECTRIC & SPECIALTY INC, 1601 HOPKINS ST, NEW IBERIA, LA 70560

10924  BAYPARK HOSPITAL, 2800 BROWN ROAD, OREGON, OH 43616

10925  BAYRON, RUDY, 6712 W. SHERIDAN, MILWAUKEE, WI 53218

10925  BAYSDEN, CHRISTINA, ROUTE 6 BOX 76A, KINSTON, NC 28501

10924  BAYSHORE CONCRETE PROD, 8200 BAYSHORE RD, FORT MYERS, FL 33917

10924  BAYSHORE CONCRETE PROD, BAYSHORE RD AT RR, FORT MYERS, FL 33917

10924  BAYSHORE CONCRETE PROD., 1010 BELL MILL RD., CHESAPEAKE, VA 23328

10924  BAYSHORE CONCRETE PROD., ONE BAYSHORE RD, CAPE CHARLES, VA 23310

10924  BAYSHORE CONCRETE PROD., P. O. BOX 230, CAPE CHARLES, VA 23310

10924  BAYSHORE CONCRETE PROD., PO BOX16180, CHESAPEAKE, VA 23328

10924  BAYSHORE CONCRETE PRODUCTS/ME,INC., 445 LEWISTON JUNCTION ROAD, AUBURN, ME 04211

10924  BAYSHORE CONCRETE PRODUCTS/ME,INC., P. O. BOX 1347, AUBURN, ME 04211

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BAYSHORE EQUIPMENT, 1800 NW 93RD AVE, MIAMI, FL 33172

10924    BAYSHORE FIREPROOFING, ATTN: MILO DEGUGAS, UNION BEACH, NJ 07735

10924    BAYSHORE INDUSTRIAL, 11490 WESTHEIMER  SUITE 1000, HOUSTON, TX 77077

10924    BAYSHORE INDUSTRIAL, 1300 MCCABE ROAD, LA PORTE, TX 77571

10924    BAYSHORE INDUSTRIAL, PO BOX 785, LA PORTE, TX 77571

10924    BAYSHORES FIREPROOFING, 722 SEVENTH STREET, UNION BEACH, NJ 07735

10925    BAYSIC, PRUDENTE, 535 MAIN ST APT. 415, LAUREL, MD 20707

10925    BAYSIDE EMERGENCY MEDICAL AS, 6 LAKEVILLE BUSINESS PARK, LAKEVILLE, MA 02347

10925    BAYSIDE HIGH SCHOOL, 1901 DEGROODT N.W., PALM BAY, FL 32908

10924    BAYSIDE HIGH SCHOOL, BLDG - 7 PH # 2, 1901 BEGRODT ROAD, PALM BAY, FL 32908

10924    BAYSIDE HIGH SCHOOL, BLDG.-7  PH#2, 1901  BEGRODT ROAD, PALM BAY, FL 32908

10925    BAYSIDE MEDICAL GROUP, 5720 STONERIDGE MALL RD #240, PLEASANTON, CA 94588

10925    BAYSTATE COMMUNITY, PO BOX 192, IPSWICH, MA 01938

10924    BAYSTATE MEDICAL, 280 CHESTNUT STREET, SPRINGFIELD, MA 01104

10924    BAYSTATE POOL SUP OF CT, 1360 BLUE HILL AVE., BLOOMFIELD, CT 06002

10924    BAYSTATE POOLS, CAMBRIDGE, MA 02140

10925    BAYSTATE PRESS, 2 WATSON PLACE 5C, FRAMINGHAM, MA 01701

10925    BAYSTATE PRESS, PO BOX 3310, SAXONVILLE STATION, FRAMINGHAM, MA 01705-0603

10924    BAYVIEW ELECTRIC, 12230 DIXIE ST., REDFORD, MI 48239

10925    BAZALA, CYNTHIA, 70B VARNEY MILL ROAD, WINDHAM, ME 04062

10925    BAZAN, KRISTA, 6139 DEER VALLEY, SAN ANTONIO, TX 78242

10925    BAZAN, ORELIA, 7914 RAY BON, SAN ANTONIO, TX 78218

10925    BAZEMORE, CHARLENE, 5405 PARK AVE, RICHMOND, VA 23226

10925    BAZOON, TIMOTHY, 1605 S. NORFOLK ST., INDIANAPOLIS, IN 46241

10925    BAZZEY, DENISE, 1238 OXFORD AVE, PLAINFIELD, NJ 07062

10925    BAZZI, GHASSAN, 6611 REUTER ST, DEARBORN, MI 48126

10925    BAZZINOTTI, LINDA, PO BOX 382551, GERMANTOWN, TN 38183

10925    BBC PRINTING & PRODUCTS INC, PO BOX 102, WALTHAM, MA 02454

10925    BBC PRINTING & PRODUCTS, INC, PO BOX 102, WALTHAM, MA 02254

10925    BC ASSOCIATES INC, 2221 PACIFIC HEIGHTS ROAD, HONOLULU, HI 96813

10925    BC ASSOCIATES PROGRAM (CSOM), FULTON HALL, RM 560, CHESTNUT HILL, MA 02467-3808

10924    BC CONCRETE INC., PO BOX1123, HOBBS, NM 88240

10925    BC ENGINEERING CO., 4417 KITTY LN., BATAVIA, OH 45103-1530

10925    BC INSTALLATION COMPANY, 15342 COLORADO AVE, PARAMOUNT, CA 90723

10925    BC LEASING ASSOCIATES, 275 N.E. 48TH ST, POMPANO BEACH, FL 33064

10925    BC LEASING ASSOCIATES, 500 FAIRWAY DRIVE #210, DEERFIELD BEACH, FL 33441

10924    BCAG CENTRAL RECEIVING, BLDG. 4-63, DOOR 37, LOGAN AVENUE NORTH & NORTH 6TH, RENTON, WA 98055

10924    BCI UTILITY CONSTRUCTION INC., 11340 KLINE DRIVE, DALLAS, TX 75229

10924    BCI UTILITY CONSTRUCTION INC., 1711 SO. INTERSTATE 35 EAST, CARROLLTON, TX 75006

10925    BCI, PO BOX 5467, LAKELAND, FL 33807-5467

10925    BCM ENGINEERS INC, PO BOX 35053, NEWARK, NJ 07193-5053

10925    BCM/SMITH ENVIRONMENTAL, 135 S LASALLE DEPT 2795, CHICAGO, IL 60674-2795

10925    BCR ENTERPRISES INC, 950 YORK ROAD SUITE 203, HINSDALE, IL 60521-2939

10925    BCS, 5 STEEL ROAD EAST, MORRISVILLE, PA 19067

10924    BCW/DBA SUNWARD LEASING, 2625 SOUTH 19TH AVENUE, PHOENIX, AZ 85009

10924    BCW/SUNWARD #31, 8855 S. HUGHES ACCESS ROAD, TUCSON, AZ 85706

10924    BCW/SUNWARD/TANGERINE, 800 W. NARANJA ROAD, TUCSON, AZ 85704

10925    BDH INDUSTRIES, INC, 100, DES ROUTIERS, SUITE 101, CHICOUTIMI, QC G7H 5B1CANADA        ***VIA Deutsche Post***

10924    BDM INTERNATIONAL, INC., 1501 BDM WAY, MC LEAN, VA 22102-3204

10924    BDM INTERNATIONAL, INC., STATE HWY 60 & 123, BARTLESVILLE, OK 74005

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |

10925   BDO SEIDMAN LLP, 201 EDGEWATER PK #285, WAKEFIELD, MA 01880

10925   BDP (USE FOR EDI/ACH), POBOX 64332, BALTIMORE, MD 21264-4332

10925   BDP INTERNATIONAL INC., 510 WALNUT ST 3RD FL, PHILADELPHIA, PA 19106

10925   BDP INTERNATIONAL, PO BOX 8500-2295, PHILADELPHIA, PA 19178-2295

10925   BDS INC., PO BOX 1160, MALTA, MT 59538

10925   BE WINDOWS CORPORATION, ONE WORLD TRADE CENTER 107TH FL, NEW YORK, NY 10048-0202

10924   BE&K CONSTRUCION CO., 1 EVERITT AVE., PANAMA CITY, FL 32401

10924   BEACH BUILDING MATERIALS, 4826 N. CROATAN HWY., KITTY HAWK, NC 27949

10924   BEACH BUILDING MATERIALS, 4826 NO CROATAN HWY, KITTY HAWK, NC 27949

10925   BEACH CLUB APARTMENTS, 14721 WHITECAP BLVD, CORPUS CHRISTI, TX 78418

10924   BEACH CLUB, C/O W.G. YATES, THE, 527 B. BEACHCLUB TRAIL, GULF SHORES, AL 36542

10925   BEACH JR., HARVEY, 217 BECK RIDGE ROAD, WILBURTON, OK 74578

10925   BEACH LAUNDRY, EDWIN BRAINARD, 3104 NE 9TH ST, FT LAUDERDALE, FL 33304

10925   BEACH, DAVID, 403 SELWOOD CIR, SIMPSONVILLE, SC 29680

10925   BEACH, GEORGE, 3186 S CHURCH ST EXT, SPARTANBURG, SC 29306

10925   BEACH, JOHN, 1405 WOMACK AVE, EAST POINT, GA 30344

10925   BEACH, PATRICIA, 1188 SUMMIT, SNELLVILLE, GA 30278

10925   BEACH, PRESTON, 10329 ALAMEDA ALMA RD, CLERMONT, FL 34711-6348

10925   BEACH, SYLVIA, 2204 MODENA ST, GASTONIA, NC 28054

10925   BEACH, SYLVIA, 4148-D GARDNER RIDGEDR, GASTONIA, NC 28056

10925   BEACHAM, GAIL, 20 STEPHANIE DR, WEST PELZER, SC 29669

10925   BEACHAM, SAMBRA, 95 CAREYS ESTATES, MILLSBORO, DE 19966

10925   BEACHLEY, ROBERT, 2752 MOORING PKWY, LITHONIA, GA 30058

10924   BEACHNER CONST COMPANY INC., PO BOX128, SAINT PAUL, KS 66771

10924   BEACHNER CONSTRUCTION CO. INC., 6TH & CENTRAL, SAINT PAUL, KS 66771

10924   BEACHNER CONSTRUCTION CO. INC., PO BOX 128, SAINT PAUL, KS 66771

10924   BEACHNER CONSTRUCTION, 6TH AND CENTRAL, SAINT PAUL, KS 66771

10925   BEACHUM, KIMBERLY, 4222 MAYLOCK LN, FAIRFAX, VA 22033

10925   BEACO ROAD PRP GROUP, GREGORY J ENGLISH, WYCHE BURGESS FR, PO BOX 728, GREENVILLE, SC 29601

10925   BEACO ROAD SITE PRP GROUP, PO BOX 728, GREENVILLE, SC 29602

10925   BEACO ROAD SITE PRP GROUP, POST OFFICE BOX 728, GREENVILLE, SC 29602

10925   BEACON AWARDS & SIGNS, 285 HWY 35 N, RED BANK, NJ 07701-5911

10925   BEACON COMMUNITY NEWSPAPE, PO BOX 9191, CONCORD, MA 01742

10925   BEACON COMMUNITY NEWSPAPERS, 150 BAKER AVE, CONCORD, MA 01742

10924   BEACON CONCRETE INC, 1597 BLUFF ROAD, MONTEBELLO, CA 90640

10924   BEACON CONCRETE INC, ATTN:  ACCOUNTS PAYABLE, MONTEBELLO, CA 90640

10924   BEACON CONSTRUCTION CO, 331 PEACHTREE ST, MUSCLE SHOALS, AL 35661

10924   BEACON CONSTRUCTION CO, P O BOX 2426, MUSCLE SHOALS, AL 35661

10924   BEACON CONSTRUCTION, P.O.BOX 2426, MUSCLE SHOALS, AL 35661

10924   BEACON CONTRACTING GROUP, C/O GATE FOOD STORE, 4511 SAN JUAN AVE, JACKSONVILLE, FL 32210

10924   BEACON CONTRACTING, 337 INTERNATIONAL GOLF PARKWAY, SAINT AUGUSTINE, FL 32092

10924   BEACON ELECT SY, 147 SUMMIT ST, PEABODY, MA 01960

10924   BEACON ELECTRICAL SALES, 111 HALE STREET, HAVERHILL, MA 01830

10925   BEACON SALES CO, ATTN: BOB PICKET, 50 WEBSTER AVE, SOMERVILLE, MA 02143

10924   BEACON SALES CORPORATION, P O BOX 8664, JACKSONVILLE, FL 32239

10924   BEACON SALES, 10024 S. WILLOW ST. ***USE 519744**, MANCHESTER, NH 03103

10924   BEACON SALES, 10024 S. WILLOW STREET, MANCHESTER, NH 03103

10924   BEACON SALES, 1120 WEST CHESTNUT, BROCKTON, MA 02401

10924   BEACON SALES, 120 PRESCOTT STREET, WORCESTER, MA 01605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BEACON SALES, 17-21 DU MAIS AVENUE, LEWISTON, ME 04240

10924    BEACON SALES, 50 WEBSTER AVENUE, SOMERVILLE, MA 02143

10924    BEACON SALES, 6610 SUEMAC PLACE, JACKSONVILLE, FL 32254

10924    BEACON SALES, PO BOX150, SOMERVILLE, MA 02143

10924    BEACON SKANSKA HILTON-LOGAN HILTON, 18 LOGAN AIRPORT, EAST BOSTON, MA 02128

10924    BEACON TELCOM  A DIVISION OF, BEACON ELECTRIC SUPPLY, SAN DIEGO, CA 92123-1307

10925    BEACON TELCOM, 9630 CHESAPEAKE DR, SAN DIEGO, CA 92123-1307

10924    BEACON/PRO CON, 55 PLEASANT ST, CONCORD, NH 03301

10924    BEACON/PRO CON, 55 PLEASANT STREET, CONCORD, NH 03310

10925    BEAED CORP., PO BOX 1760, ALVIN, TX 77512

10925    BEAED CORP., PO BOX 9586, BEAUMONT, TX 77709

10925    BEAFORD, MARQUITA, 1304 CONCEPT 21 CR, AUSTELL, GA 30062

10925    BEAGELMAN, RUTH, 15 BRIGGS COURT, BERGENFIELD, NJ 07621

10925    BEAGLE, JOHN, ROUTE 1 BOX 30, ENOREE, SC 29335

10925    BEAGLE, ROBERT, 18 RAINBOW LANE, LIBBY, MT 59923

10925    BEAGLEY, DONALD, 101 PROSPECT ST APT 3, WOBURN, MA 01801

10925    BEAKES, CLIFFORD, 5323 W PINEHURST DRIVE, BANNING, CA 92220-9998

10925    BEAKLEY, DERRILL, 9958 S HILL TERRACE BLDG 23 APT 305, PALOS HILLS, IL 60465

10925    BEAL INDL PRODUCTS INC, 190-J PENROD CT, GLEN BURNIE, MD 21061

10925    BEAL INDUSTRIAL PROD, INC, 190 J. PENROD COURT, GLEN BURNIE, MD 21061

10925    BEAL JR, IRA A, 3985 NEAL RD, PARADISE, CA 95969-5740

10925    BEAL, DOROTHY, 3928 TYNEWICK DR., SILVER SPRING, MD 20906

10925    BEAL, JOEY, 1007 ROBERSON ST., JACKSONVILLE, AL 36265

10925    BEAL, THOMAS ELLETT, 104 H WINDSOR LANE, WILLIAMSBURG, VA 23185-2981

10925    BEAL, VICTOR, 2717 BROWNING, MEMPHIS, TN 38114

10925    BEALE JR, JAMES CHESLEY, BOX 367, FRANKLIN, VA 23851-0367

10925    BEALE JR, WILLIAM L, 4040 51ST ST N W, WASHINGTON, DC 20016-1922

10925    BEALE, R, 186 BLUE HERON BLVD, RIVERIA BEACH, FL 33404

10924    BEALL CONCRETE COMPANY, 1308 HWY 199E, AZLE, TX 76020

10924    BEALL CONCRETE COMPANY, 2725 PREMIER STREET, FORT WORTH, TX 76111

10924    BEALL CONCRETE COMPANY, EXIT OFF I-20, LEFT ON FEEDER RD, WILLOW PARK, FORT WORTH, TX 76134

10924    BEALL CONCRETE COMPANY, P O BOX 7505, FORT WORTH, TX 76111

10924    BEALL CONCRETE COMPANY, WEATHERFORD, TX 76086

10924    BEALL CONCRETE, PO BOX7505, FORT WORTH, TX 76111

10925    BEALL TRAILERS OF WASHINGTON INC, PO BOX 1047, KENT, WA 98035-1047

10925    BEALL, ANN, 2602 WINSLOW DR., GRAND PRAIRIE, TX 75052

10925    BEALL, JOY, RT. 9 BOX 128, MORGANTOWN, WV 26505

10925    BEALL, KELLY, 1862 CANVASBACK LN, COLUMBUS, OH 43215

10925    BEALL, MARGARET, 3081 PARK CREEK COURT, LAWRENCEVILLE, GA 30244

10925    BEALL, MICHAELA, 7909 N W 19TH ST, MARGATE, FL 33063

10925    BEALONIS, NADINE, RD#3 BOX 40A, NEW FLORENCE, PA 15944

10924    BEALS BLDG., WALTHAM WOODS CORPORATE CTR., 60 SECOND AVENUE, WALTHAM, MA 02154

10924    BEALS CO, ATTN:  ACCOUNTS PAYABLE, FREDERICKSBURG, VA 22404

10925    BEALS, DARYL, 1301 SUNSET, IOWA PARK, TX 76367

10925    BEAM JR, AARON, 3160 HIGHLAND DRIVE, BIRMINGHAM, AL 35205-1413

10925    BEAMAN, JOHN, 214 WEST ST, E. BRIDGEWATER, MA 02333

10925    BEAMAN, KAY, 2629 ROBINHOOD TRAIL, SUFFOLK, VA 23435

10925    BEAMAN, ROBERT, 55 E. ASH ST., ZIONSVILLE, IN 46077

10925    BEAMER, DONALD, 124 S. 14TH. ST, QUAKERTOWN, PA 18951

10925    BEAMER, ROBERT, 856 HAZELVALLEY DR, HAZELWOOD, MO 63042

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BEAMISH, LORI, 370 W. 11TH ST, FRONT ROYAL, VA 22630

10925    BEAMON, LEO, 1485 E MOUNTAIN, AURORA, IL 60505

10925    BEAN GRO & POOLS, PO BOX 192, ENOREE, SC 29335

10925    BEAN JR, GEORGE WM, 2016 WINDSOR PLACE, FORT WORTH, TX 76110-1758

10925    BEAN MANNING, 5847 SAN FELIPE, SUITE 1500, HOUSTON, TX 77057-3083

10925    BEAN, CLAUDIA, 852 W. 145 ST., GARDENA, CA 90247

10925    BEAN, CYNTHIA, 2326 WOODSDALE ST, KANNAPOLIS, NC 28081

10925    BEAN, DARRELL, 1309 CEDER BAYOU, BAYTOWN, TX 77520

10925    BEAN, GAYLA ANN, 2324 WALKER RD., SULPHUR, LA 70665

10925    BEAN, GAYLA, 2324 WALKER ROAD, SULPHUR, LA 70665

10925    BEAN, GLENN, 2324 WALKER ROAD, SULPHUR, LA 70665

10925    BEAN, HEATHER, 1625 WEST PLUM ST., F-65, FORT COLLINS, CO 80521

10925    BEAN, JEFFERY, PO BOX 797, MEEKER,, CO 81641

10925    BEAN, JIMMY, 960 ORCHARD RD, MARION, IA 52302

10925    BEAN, JOSEPH, 5429 DEE ACRES DR, PHILPOT, KY 42366

10925    BEAN, MARSHALL, ROUTE 6, BOX 1275, ODESSA, TX 79764

10925    BEAN, MARTY, 6638 ROWELL CT., MISSOURI CITY, TX 77489

10925    BEAN, MONICA, 1105 E 150TH ST, COMPTON, CA 90220

10925    BEAN, SEBERT, BOX 658, APACHE, OK 73006

10925    BEAN, TERRI, 960 ORCHARD RD, MARION, IA 52302

10925    BEAN, TRACY, 1207 WINDSOR RIDGE, WESTBORO, MA 01581

10925    BEANE, CARMELA M, 24 ELM ST, FOXBORO MA, MA 02035

10925    BEANE, CHARLES, 3 WEST MADISON ST, YORK, SC 29745

10925    BEANE, JOANN, 45303 STAGECOACH RD, PARKER, CO 80134

10925    BEANE, PHILLIP, 103 SMITHWOOD COURT, SIMPSONVILLE, SC 29681

10925    BEANE, WILLIE, 11403 JULY DRIVE, SILVER SPRING, MD 20409

10925    BEANS GROCERIES, PO BOX 192, ENOREE, SC 29335

10925    BEANS, RUTH, 100 HOCH AVE, TOPTON, PA 19562

10925    BEANUM, LANCE, 600 GREENBRIAR CT., FREDERICKSBURG, VA 22401

10925    BEAR BRAND RANCH COMPANY, GEN COUNSEL, 230 NEWPORT CENTER DR., SUITE M 100, NEWPORT BEACH, CA 92660

10924    BEAR CONCRETE PROD INC, PO BOX944, CULLMAN, AL 35056

10924    BEAR CONCRETE, HWY 278 WEST, CULLMAN, AL 35055

10924    BEAR CONCRETE, P.O. BOX 944, CULLMAN, AL 35056

10924    BEAR LUMBER CO, 39 E JEFFERSON ST, MONTGOMERY, AL 36102

10924    BEAR STEARNS BLDG, 383 MADISON AVE, MANHATTAN, NY 10021

10924    BEAR STEARNS BLDG, 383 MADISON AVENUE, MANHATTAN, NY 10021

10925    BEAR, DINA, 15 MONTE VERDE LANE, MONTEVALLO, AL 35115

10925    BEAR, DINA, 15 MONTE VERDE LANE, MONTEVALLO, AL 35115-5443

10925    BEAR, JAMES, 2557 CARDINAL DRIVE, PITTSBORO, IN 46167

10925    BEAR, JAMES, 311 GREEN ST EXT, WILLIAMSTON, SC 29697-1011

10925    BEAR, JEFFREY, RR # 4 BOX 188, WATSEKA, IL 60970

10925    BEAR, JIMMY, 20 RIVER DRIVE EXTN, WILLIAMSTON, SC 29697-2017

10925    BEAR, RAYMOND, 3 BLAKE ST, PELZER, SC 29669

10925    BEAR, RONALD M, 2240 N STATE RTE 1, WATSEKA, IL 60970

10925    BEAR, RONALD M, 6050 W 51ST ST, CHICAGO, IL 60638

10925    BEAR, RONALD, 2240 N STATE ROUTE 1, WATSEKA, IL 60970

10925    BEARCE III, WILLIAM, 8 RD 5777 SPACE E, 64, FARMINGTON, NM 87401

10925    BEARCE, MATTHEW, 46 CLARK ROAD, SHIRLEY, MA 01464

10925    BEARCE, MATTHEW, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    BEARCOM, POST OFFICE BOX 200600, DALLAS, TX 75320-0600

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BEARD & SUTHERLAND, 1103 BECK BLDG, SHREVEPORT, LA 71101

10924   BEARD CONCRETE CO INC, 127 BOSTON POST ROAD, MILFORD, CT 06460

10924   BEARD CONCRETE CO., INC., 127 BOSTON POST ROAD, MILFORD, CT 06460

10924   BEARD CONCRETE CO., INC., BIC DR., MILFORD, CT 06460

10924   BEARD CONCRETE CO., INC., RT 8 7 RT 34, DERBY, CT 06418

10925   BEARD, DAVID, 1540 POWELL ST., INDIANAPOLIS, IN 46227

10925   BEARD, G, 952 MEADOW, BROWNSVILLE, TN 38012

10925   BEARD, KEITH, 1933 DOUGLAS TR. SE.E., BROOKHAVEN, MS 39601

10925   BEARD, LARRY, PO BOX 382, IOWA PARK, TX 76367

10925   BEARD, LONZO, 532 THORNHILL ST, VAN BUREN, AR 72956

10925   BEARD, MARGARET, 6501 MULBERRY, PINE BLUFF, AR 71603

10925   BEARD, MARVIN, 321 CORNELL DR SE, ALBUQUERQUE, NM 87106

10925   BEARD, SANDIE, 808 WOODRUFF ST EXT, WOODRUFF, SC 29388

10925   BEARD, SHELDON, 1700 SWANSON DR #86, ROCK SPRINGS, WY 82901

10925   BEARD, THOMAS, 4235 WANAMAKER DR., INDIANAPOLIS, IN 46239

10925   BEARD, TIMOTHY, 226 COLEMAN, MARLIN, TX 76661

10925   BEARDEN, DEANNA, 3 WOODMERE CT, WILLIAMSTON, SC 29697

10925   BEARDEN, DONALD, 21333 TREASURER AVE., BATON ROUGE, LA 70816

10925   BEARDEN, GLORIA, 1940 YELLOWHAMMER, MCALLEN, TX 78504

10925   BEARDSLEY, DONALD, 5880 EAST LAKE ROAD, AUBURN, NY 13021

10925   BEARES, STEPHEN L, 5327 FOURTH ST., BALTIMORE, MD 21225

10925   BEARES, STEPHEN, 1210 KIMBERLY LN, GLEN BURNIE, MD 21061

10925   BEARING AND POWER TRANSMISSION, 10925 FRANKLIN AVE, FRANKLIN PARK, IL 60131

10925   BEARING DISTRIBUTORS, 1850 SUMMIT RD., CINCINNATI, OH 45237

10925   BEARING DISTRIBUTORS, 8200 SOUTH 86TH COURT, JUSTICE, IL 60458

10925   BEARING DISTRIBUTORS, INC, PO BOX 74069, CLEVELAND, OH 44194-0161

10925   BEARING ENGINEERING CO, 5901 CHRISTIE AVE, EMERYVILLE, CA 94608

10925   BEARING HEADQUARTERS, 12007 S. CICERO AVE., ALSIP, IL 60658

10925   BEARING HEADQUARTERS, 922 E. CHICAGO AVE., EAST CHICAGO, IN 46312

10925   BEARING HEADQUARTERS, PO BOX 6267, EAST CHICAGO, IN 46312

10925   BEARING SERVICE CO., PO BOX 371733, PITTSBURGH, PA 15251-7733

10925   BEARINGS & DRIVES, INC, PO BOX 5267, CHATTANOOGA, TN 37406

10925   BEARINGS AND DRIVES INC., PO BOX 116733, ATLANTA, GA 30368-6733

10925   BEARINGS INC, 22647 NETWORK PL, CHICAGO, IL 60673

10925   BEARINGS SPECIALTY CO INC, 50 ENERGY DR, CANTON, MA 02021-2897

10925   BEARINGS SPECIALTY CO, 50 ENERGY DR, CANTON, MA 02021-2897

10925   BEARINGS SPECIALTY CO. INC., 50 ENERGY DR, CANTON, MA 02021

10925   BEARINGS, INC, 22647 NETWORK PL, CHICAGO, IL 60673

10925   BEARSE, STACEY, 289 STONEBRIDGE DR, NASHUA, NH 03063

10925   BEARSON, LAWRENCE, 130 PALO VERDE CIRCLE, SEDONA, AZ 86351-7889

10925   BEARY, FRANCIS, 44 MORRIS ST, REVERE, MA 02151

10924   BEASLEY MECHANICAL GUY BEASLEY, 1005 EAST MONTAGUE AVE., NORTH CHARLESTON, SC 29405

10925   BEASLEY, ANNA, 5201 WESTBANK EXPRESSWAY, SUITE 202, MARRERO, LA 70072

10925   BEASLEY, LACITA, RT 3 BOX 398 B, TEXARKANA, TX 75501

10925   BEASLEY, M, 1715 HODGES BLVD. #2812, JACKSONVILLE, FL 32224

10925   BEASLEY, MAXINE, 2317 BEASLEY ROAD, SULPHUR, LA 70663-9568

10925   BEASLEY, MINNIE, 2067 84TH AVE., OAKLAND, CA 94621

10925   BEASLEY, STEVE, 2317 BEASLEY ROAD, SULPHUR, LA 70663-0000

10925   BEASLEY, TANYA, PO BOX 231, HOLLIDAY, TX 76366

10925   BEASLEY, WILLIAM, 24 STATION ST.,, 12, SARALAND, AL 36571

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BEASLEY, WILLIAM, ROUTE 1 BOX 59, BUCKATUNNA, MS 39322

10925    BEASLEY, YOLANDA, 2525 17TH ST, LAKE CHARLES, LA 70601

10925    BEASLEY, YOLANDA, 2525 17TH ST., LAKE CHARLES, LA 70601-8050

10925    BEASON, DOUGLAS, 2729 E. GEORGIA RD., SIMPSONVILLE, SC 29681

10925    BEASON, LLOYD, 2739 E. GEORGIA ROAD, SIMPSONVILLE, SC 29681

10925    BEASON, MILDRED, 1029 FRANKLIN RD, MARIETTA, GA 30067

10925    BEATE STIEF, 11375 LITTLE PATUXENT PKWY, #838, COLUMBIA, MD 21044

10925    BEATRICE ARFANIS, 3 MELANIE LANE, SYOSSET, NY 11791-5831

10924    BEATRICE CONCRETE INC, 4TH & SCOTT STREET, BEATRICE, NE 68310

10924    BEATRICE CONCRETE INC, P O BOX 306, BEATRICE, NE 68310

10924    BEATRICE CONCRETE INC, TECUMSEH, NE 68450

10924    BEATRICE CONCRETE INC., P.O.BOX 306, BEATRICE, NE 68310

10925    BEATRICE CONCRETE INC., PO BOX 306, BEATRICE, NE 68310

10925    BEATRICE KLOPPENBURG, 88 SCOTT SWAMP DR APT254A, FARMINGTON, CT 06032-2978

10925    BEATRICE KOPOLOVITZ, 2728 KINGS HWY, BROOKLYN, NY 11229-1768

10925    BEATRICE M LIPSETT, SIMPSON HOUSE 110M, 2101 BELMONT AVE, PHILADELPHIA, PA 19131-1628

10925    BEATRICE R WHITESIDE &, REGIS B WHITESIDE JT TEN, 1437 ORR DR, PITTSBURGH, PA 15234-2334

10924    BEATRICE READY MIX, ADAMS, NE 68301

10925    BEATRICE T COOPER, 186 RIVERSIDE DR, NEW YORK, NY 10024-1007

10924    BEATRIZ READY MIX, HC 72, CAYEY, PR 00736-9513PUERTO RICO      *VIA Deutsche Post*

10924    BEATRIZ READY MIX, PMB 24 BOX 6400, CAYEY, PR 737PUERTO RICO      *VIA Deutsche Post*

10925    BEATTIE, BRIAN, 7289 S. QUINCY AVE, OAK CREEK, WI 53154

10925    BEATTIE, ROBERT, 325 S BANANA RIVER BLVD, 207, COCOA BEACH, FL 32931

10925    BEATTY, BARBARA, 210 BAMBOO DRIVE, SANFORD, FL 32773

10925    BEATTY, GAYLE, 296 PONDEROSA CR, MOONESVILLE, NC 28115

10925    BEATTY, GLENN, 1211 ROBIN TRAIL, ROUND ROCK, TX 78681

10925    BEATTY, JAMES, 102 7TH AVE, HADDON HEIGHTS, NJ 08035

10925    BEATTY, JOSEPH, 615 SPRINGFIELD AVE., BALTIMORE, MD 21212

10925    BEATTY, JOSEPH, PO BOX 363 19 HILLSIDE LANE, NEW HOPE, PA 18938

10925    BEATTY, LUCY, 641 PEARSON, FERNDALE, MI 48220

10925    BEATTY, MICHAEL, 4100 CLUBHOUSE DRIVE, MECHANICSBURG, PA 17055

10925    BEATTY, THOMAS, 115 BEAVER SLIDE DRIVE, DRUMS, PA 18222

10925    BEATTY, TONYA, 656 SKYDALE, EL PASO, TX 79912

10925    BEATY & STJOHN,INC, 1640 NW BOCA RATON BLVD, BOCA RATON, FL 33432

10925    BEATY, CHARLES, 835 NW 84TH LANE, CORAL SPRINGS, FL 33071

10925    BEATY, DORTHY, PO BOX 558, SNYDER, TX 79550-0558

10925    BEATY, JAMES, 4630 MCINTOSH RD, DOVER, FL 33527

10925    BEAUBE, CHARLOTTE, 600 S 5TH ST, GADSDEN, AL 35901

10925    BEAUBOUEF, PATSY, RT 4 BOX 531, WINNFIELD, LA 71483

10925    BEAUCHAMP JR, THEODORE, 2316 WEST AVE, OCEAN CITY, NJ 08226

10925    BEAUCHAMP, DELBERT, 1300 GREEN TREE ROAD, 201, FREDERICKSBURG, VA 22406

10925    BEAUCHAMP, ELAINE, RT 1 BOX 87, COMMERCE, GA 30529

10925    BEAUCHAMP, FLORRIE, 1126 ROSEDALE DR, MONTGOMERY, AL 36107

10925    BEAUCHAMP, MARY ANN, 11561 TOWN LAKE LANE, EL PASO, TX 79936

10925    BEAUCHAMP, TERRY, 912 TAMARAC DRIVE, SALISBURY, MD 21804

10925    BEAUCHAMP, WILLIAM, 3201 BLUE SAGE DR., WOODWARD, OK 73801

10925    BEAUCHEMIN, ELIZABETH, 21361 E TUDOR, COVINA, CA 91724

10925    BEAUCHESNE, CHARLES, 902 VARNUM AVE, LOWELL, MA 01854

10925    BEAUCHESNE, JEAN, 791 LAKEVIEW AVE, LOWELL, MA 01850

10925    BEAUDOIN, BETSY, 6 LOCUST HILL RD, TIJERAS, NM 87059

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BEAUDOIN, CAROLINE, PO BOX 243, THETFORD MINES, QC G6G 5S5CANADA | *VIA Deutsche Post* |
| 10925 | BEAUDOIN, JAMES, 3221 STANFORD LANE, #3, WEST BEND, WI 53095 | |
| 10925 | BEAUDOIN, JUDITH, 17557 LAUREL DR, LIVONIA, MI 48152 | |
| 10925 | BEAUDRY, KIMBERLY, 1321 SWAN DR, ANNAPOLIS, MD 21401 | |
| 10925 | BEAUDRY, MATTHEW, 1321 SWAN DRIVE, ANNAPOLIS, MD 21401 | |
| 10925 | BEAUFORT TRANSFER CO., PO BOX 104540, JEFFERSON CITY, MO 65110-4540 | |
| 10925 | BEAUFORT, CLEVELAND, 5 OLIVER COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | BEAUGH, DENNIS, 19 EVELAND AVE., SULPHUR, LA 70663 | |
| 10925 | BEAUGH, DENNIS, 19 EVELAND, SULPHUR, LA 70663 | |
| 10925 | BEAULIEU, CYNTHIA, 26 ALPINE AVE, SWANSEA, MA 02777 | |
| 10925 | BEAULIEU, DONALD, PO BOX 583, LEWISTON, ME 04243 | |
| 10925 | BEAULIEU, LISA, 10 BARRINGTON AVE UNIT 201, NASHUA, NH 03062-2289 | |
| 10925 | BEAULIEU, THOMAS, 154 SKI ROAD, LIBBY, MT 59923 | |
| 10924 | BEAUMONT CONCRETE CO., ATTN:  ACCOUNTS PAYABLE, BEAUMONT, CA 92223 | |
| 10924 | BEAUMONT CONCRETE/CABAZON, 13990 APACHE TRAIL, CABAZON, CA 92230 | |
| 10924 | BEAUMONT CONCRETE/COACHELLA, 86160 AVENUE 54, COACHELLA, CA 92236 | |
| 10925 | BEAUMONT ENTERPRISE, PO BOX 2991, BEAUMONT, TX 77704-2991 | |
| 10924 | BEAUMONT HOSPITAL, 44201 DEQUINDRE, TROY, MI 48098 | |
| 10925 | BEAUMONT, CARLA, 313 KIRKWOOD ROAD, MILLERSVILLE, MD 21108 | |
| 10925 | BEAUREGARD, GREGORY, 10 MEADOWGRASS, IRVINE, CA 92604 | |
| 10925 | BEAUREGARD, ROBERT, PO BOX 383, MOODY, ME 04054 | |
| 10924 | BEAURIVAGE (GOLDEN NUGGET), 916 BEACH BLVD., BILOXI, MS 39530 | |
| 10925 | BEAUVAIS, CURTIS, 5203 BELAIRE, MIDLAND, TX 79703 | |
| 10925 | BEAUVAIS, DONALD, 312 CHURCH AVE, CASCO, WI 54205 | |
| 10925 | BEAUVAIS, LOIS, 100 WILLIAMS AVE, BURAS, LA 70041 | |
| 10925 | BEAUVAIS, MARC, VIMONT, LAVAL, QC H7K3J2CANADA | *VIA Deutsche Post* |
| 10925 | BEAVEN, CHARLES, 2920 YALE PLACE APT 1409, OWENSBORO, KY 42301 | |
| 10924 | BEAVER ADHESIVE INC., 2801 CLINARD DR, SPRINGFIELD, TN 37172 | |
| 10924 | BEAVER ADHESIVE INC., 4400 EDGEWYN AVENUE, HILLIARD, OH 43026 | |
| 10925 | BEAVER BROOK CIRCUITS, 10 GRASSY PLAIN ST, BETHEL, CT 06801 | |
| 10924 | BEAVER CONCRETE & GRAVEL, 600 RAILROAD STREET, ROCHESTER, PA 15074 | |
| 10924 | BEAVER CONCRETE & GRAVEL, J & L STEEL CO. JOBSITE, MIDWAY, PA 15060 | |
| 10924 | BEAVER CONCRETE & GRAVEL, ROCHESTER, PA 15074 | |
| 10924 | BEAVER CONTG & GRADING CO, PINNEY AVE & NEW YORK AVE, ROCHESTER, PA 15074 | |
| 10924 | BEAVER CREEK CONC CORP, 10100 MAPLEVILLE ROAD, HAGERSTOWN, MD 21740 | |
| 10924 | BEAVER CREEK CONC CORP., 10100 MAPLEVILLE RD, HAGERSTOWN, MD 21740 | |
| 10925 | BEAVER CREEK CONCRETE CORP., 10100 MAPLEVILLE ROAD, HAGERSTOWN, MD 21740 | |
| 10924 | BEAVER DAM COMM HOSP. WI, 707 S UNIVERSITY, BEAVER DAM, WI 53916 | |
| 10924 | BEAVER LAKE CONCRETE CORP, P.O.BOX 307, SPRINGDALE, AR 72765 | |
| 10924 | BEAVER LAKE CONCRETE, 2425 OLD WIRE ROAD, SPRINGDALE, AR 72764 | |
| 10924 | BEAVER LAKE CONCRETE, PO BOX 307, SPRINGDALE, AR 72765 | |
| 10924 | BEAVER LAKE CONCRETE., HWY 412 EAST, HUNTSVILLE, AR 72740 | |
| 10925 | BEAVER OIL CO, INC, 6037 LENZI AVE, HODGKINS, IL 60525 | |
| 10924 | BEAVER PAINT COMPANY, INC., 710 BEAVER ROAD, GIRARD, PA 16417 | |
| 10924 | BEAVER PAINT COMPANY, INC., ANIA, PO BOX 85, GIRARD, PA 16417 | |
| 10925 | BEAVER PAPER & PACKAGING INC., PO BOX 740094, ATLANTA, GA 30374-0094 | |
| 10925 | BEAVER, DONALD, 3802 ENGLISH RD, A-2, FARMINGTON, NM 87401-8374 | |
| 10925 | BEAVER, MARILYN, 810 ROUN TREE DR, SELMA, AL 36701 | |
| 10925 | BEAVER, ROBERT, 21 WALES AVE, STOUGHTON, MA 02072 | |
| 10925 | BEAVERS, ANTHONY, 55 HALSTED ST, NEWARK, NJ 07106 | |
| 10925 | BEAVERS, BART, 1709 QUAIL VALLEY ROAD, IOWA PARK, TX 76367 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BEAVERS, CHARLES, ROUTE 1 BOX 62J, ALTUS, AR 72821 | |
| 10925 | BEAVERS, DANIEL, PO BOX 482, BASKIN, LA 71219 | |
| 10925 | BEAVERS, ELIZABETH, 4201 LEA COURT, BAKERSFIELD, CA 93306 | |
| 10925 | BEAVERS, LIESL, 816 3RD ST SW, WASHINGTON, DC 20024 | |
| 10925 | BEAVERS, MARY, PO BOX 521, TUSKEGEE, AL 36087 | |
| 10925 | BEAVERS, ROGER A, 3 BAHIA PASS LN, OCALA FL, FL 32672 | |
| 10925 | BEAVERS, THE, 2053 GRANT ROAD PMB-370, LOS ALTOS, CA 94024 | |
| 10924 | BEAVERTON TRANSIT MIX INC, 2302 SOUTH M-18, BEAVERTON, MI 48612 | |
| 10924 | BEAVERTON TRANSIT MIX, INC., 2312 S M-18, BEAVERTON, MI 48612 | |
| 10924 | BEAVERTOWN BLOCK COMP INC, P O BOX 350, MIDDLEBURG, PA 17842 | |
| 10924 | BEAVERTOWN BLOCK COMPANY INC., PO BOX337, MIDDLEBURG, PA 17842 | |
| 10924 | BEAVERTOWN BLOCK COMPANY, R.D. #1, MIDDLEBURG, PA 17842 | |
| 10924 | BEAVERTOWN BLOCK, 121 NORTH HARRISON RD, PLEASANT GAP, PA 16823 | |
| 10925 | BEAVIS, PATRICIA, 220 ELM ST #404, CLEMSON, SC 29631 | |
| 10925 | BEAVON, JERRY, 142 COUNTRY LANE, PLANT CITY, FL 33565 | |
| 10925 | BEAZER EAST INC ( STRUCK & IRWIN), 44 E MIFFIN ST, MADISON, WI 53703 | |
| 10925 | BEBEE, ALBERT, 1840 48TH AVE, BOX 1840, VERO BEACH, FL 32966 | |
| 10925 | BEBEE, CHERYL ANN, 24185 HWY. 383, IOWA, LA 70647 | |
| 10925 | BEBEE, CHERYL, 24185 HWY 383, IOWA, LA 70647 | |
| 10925 | BEBER, ROBERT H, 7228 QUEENFERRY CIRCLE, BOCA RATON, FL 33496 | |
| 10925 | BEBER, ROBERT, 7228 QUEENFERRY CIRCLE, BOCA RATON, FL 33496 | |
| 10925 | BEBO, M, 128 PINE GROVE DRIVE, BROCTON, MA 02401 | |
| 10924 | BEBOUT CONCRETE, INC., 92560 NORTH 43RD AVENUE, PHOENIX, AZ 85027 | |
| 10924 | BEBOUT CONCRETE, INCORPORATED, 416 WEST LONE CACTUS DRIVE, PHOENIX, AZ 85027 | |
| 10925 | BEBOUT, BRENDA, PO BOX 188, MARTINTON, IL 60951 | |
| 10925 | BEBOUT, GEORGE, RD 1 BOX 168A, FREDRICKTOWN, PA 15333 | |
| 10925 | BEBOUT, WILLIAM, 373 PRINCETON, BOURBONNAIS, IL 60914 | |
| 10925 | BEC/PHILIP, POBOX 201849, HOUSTON, TX 77216-0907 | |
| 10925 | BECERRA, CARMEN ROSA, URBANIZACION LOS PALOS GRANDES, IRA AVENIDA, RESIDENCIAS QUINORA, PISO 3 APTO 33, CARACAS, 01062VENUZUELA | *VIA Deutsche Post* |
| 10925 | BECERRA, INES, 803 W BOWE, PHARR, TX 78577 | |
| 10925 | BECERRIL, FAUSTINO, 2901 MC KINLEY, FT WORTH, TX 76106 | |
| 10925 | BECERRIL, MARCO, 1233 29TH ST, SAN DIEGO, CA 92102 | |
| 10925 | BECHARD, D, 11 ANTHONY ST, ADAMS, MA 01220 | |
| 10925 | BECHARD, DIXIE, 9902 WOODBAY DRIVE, TAMPA, FL 33626 | |
| 10925 | BECHARD, G, 33 TEMPLE ST, ADAMS, MA 01220 | |
| 10925 | BECHARD, JEAN, 33 TEMPLE ST, ADAMS, MA 01220 | |
| 10925 | BECHARD, PAM, 31 HYDE ST, DANVERS, MA 01923 | |
| 10925 | BECHET, ANN, 63 COLUMBUS AVE, STOUGHTON, MA 02072 | |
| 10925 | BECHSTEIN, DENNIS, BOX 12634, CHARLESTON, SC 29412 | |
| 10925 | BECHT, DEBORAH, PO BOX 14812, BRADENTON, FL 34280 | |
| 10925 | BECHTEL COMPANY, 16 WEST FRONT ST, FLORENCE, NJ 08518 | |
| 10925 | BECHTEL CORPORATION, 50 BEALE ST., SAN FRANCISCO, CA 94105 | |
| 10924 | BECHTEL PCARD, PACIFIC SUPPLY, 1723 N. 100 AREA, RICHLAND, WA 99352 | |
| 10925 | BECHTEL SR., NORMAN, 8025 BEL-HAVEN BEACH RD, PASADENA, MD 21122 | |
| 10925 | BECHTEL, DIANE, 8025 BEL-HAVEN AVE, PASADENA, MD 21122 | |
| 10925 | BECHTEL, GEORGE, 530 N ALTA VISTA BL, WEST HOLLYWOOD, CA 90036 | |
| 10925 | BECHTEL, JAY, 3113 SPARROWS PT RD, BALTIMORE, MD 21219 | |
| 10925 | BECHTEL, LILLIAN, 703 HAIN AVE, READING, PA 19605-2138 | |
| 10925 | BECHTEL, MERLE, 245 OAK AVE, SEBRING, FL 33870-6615 | |
| 10925 | BECHTEL, MICHELE, 6209 34TH AVE W, BRADENTON, FL 34209 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 BECHTOL ENGINEERING AND TESTING INC, 605 WEST NEW YORK AVE SUITE A, DELAND, FL 32720-5243

10925 BECK JT TEN, JOHN E & KIMBERLY, 17865 SW CHIPPEWA, TUALATIN, OR 97062-9411

10924 BECK READY MIX CONCRETE, 550 FM 78, SCHERTZ, TX 78154

10924 BECK READY MIX CONCRETE, 8570 GRISSOM ROAD, SAN ANTONIO, TX 78228

10924 BECK READY MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, SAN ANTONIO, TX 78279

10924 BECK READY MIX CONCRETE, PO BOX790641, SAN ANTONIO, TX 78279

10924 BECK TECHNOLOGIES, 9291 WATSON INDUSTRIAL PARK DRIVE, CRESTWOOD, MO 63126

10925 BECK, ANDREA, 133 CEDARWOOD DR, MONONGAHELA, PA 15063

10925 BECK, ANN, 676 AWATOBI OVI, FLAGSTAFF, AZ 86001-9518

10925 BECK, ANNETTE, 18357 E. TANFORAN PLACE, AURORA, CO 80015

10925 BECK, BERNARD, 3278 WILLOW RD, SHREVE, OH 44676

10925 BECK, CELIA, 2508 APPLE AVE, RIALTO, CA 92376

10925 BECK, GEORGE, 2914 NORTH LITTLE AVE, CUSHING, OK 74023

10925 BECK, GEORGE, 820 CRESTFIELD, LIBERTYVILLE, IL 60048

10925 BECK, GERALD, 210 2ND AVE EAST PO BOX 67, ZAP, ND 58580-0067

10925 BECK, GLENDA, 6100 W 45TH #626, AMORILLO, TX 79109

10925 BECK, JANA, RT. 3, BOX 487B, WICHITA FALLS, TX 76308

10925 BECK, JERRY, 7011 E. 11TH ST., INDIANAPOLIS, IN 46219

10925 BECK, JOHN, 24 ARROWHEAD DR, NESHANIC STATION, NJ 08853

10925 BECK, KEVIN, 1025 AMBERLY TRAIL, GREEN BAY, WI 54311

10925 BECK, LISA, 9355 FLEMINGTON DRIVE, CINCINNATI, OH 45231

10925 BECK, MARIE, 1575 WEST ST RD, WARMINSTER, PA 18974

10925 BECK, MARTHA, 619 WEDGEWOOD, CARBONDALE, IL 62901

10925 BECK, NANCY L, 2700 VETERAN AVE, LOS ANGELES, CA 90064-4240

10925 BECK, PAULINE, 200 HATCHET COVE, AUBURN, PA 17922

10925 BECK, RICHARD, 2613 DIETZ ST, LAKE CHARLES, LA 70601

10925 BECK, ROGER, 5309 HWY 75 N., 447, SIOUX CITY, IA 51108

10925 BECK, RUTH, 104 ALISON RD, HORSHAM, PA 19044

10925 BECK, SMOKEY, BOX 49, KILLDEER, ND 58640

10925 BECK, STANLEY, 13042 BEACON PARK, SAN ANTONIO, TX 78249

10925 BECK, THOMAS, RD #1 BOX 196A, BELLE VERNON, PA 15012

10925 BECK, WALTER, 108 BRENTWOOD CIRCLE, GREENVILLE, SC 29605

10925 BECKEDAHL, RICHARD, 203 6TH ST NE, MOHALL, ND 58761

10925 BECKEFELD, GARY, 14319 S RIDGEWAY, MIDLOTHIAN, IL 60445

10925 BECKER CPA REVIEW, 7540 NW 82ND ST, MIAMI, FL 33166

10924 BECKER ELECTRIC SUPPLY CO.(AD), 11310 MOSTELLER ROAD, CINCINNATI, OH 45241

10925 BECKER ELECTRIC SUPPLY, 11310 MOSTELLER RD., CINCINNATI, OH 45241

10925 BECKER LAW FIRM, 1244 SOUTH BROADWAY, LEXINGTON, KY 40504

10924 BECKER MIDDLE SCHOOL, SMITH AND GREEN, PHOENIX, AZ 85000

10924 BECKER USE 553361, 11310 MOSTELLER RD, CINCINNATI, OH 45241

10925 BECKER, AMY, 4012 MOSS PLACE, ALEXANDRIA, VA 22304

10925 BECKER, ANNA, 3620 NORTHEAST 15TH, AMARILLO, TX 79107

10925 BECKER, BARRY, 543 WHITE OAK LANE, LEESPORT, PA 19533

10925 BECKER, BERNARD, 7373 EAST HWY 60 #152, GOLD CANYON, AZ 85218

10925 BECKER, BRENDA, 2828 N 70TH ST, MILWAUKEE, WI 53210

10925 BECKER, CARL, 281 UNION ST APT # 4, FALL RIVER, MA 02721

10925 BECKER, CAROLYN, 3910 PARTRIDGE ROAD, DEFOREST, WI 53532

10925 BECKER, CHARLES, 5 FARMSTEAD DRIVE, PARSIPPANY, NJ 07054-1502

10925 BECKER, CHRISTINE, 12470 STARDUST CIRCL, VICTORVILLE, CA 92392

10925 BECKER, DAVID, 12068 ABBOTT ROAD, HIRAM, OH 44234

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BECKER, DAVID, 700 SCARSDALE AVE 2F, SCARSDALE, NY 10583 | |
| 10925 | BECKER, DONALD, 4423 S MAPLEWOOD, CHICAGO, IL 60632 | |
| 10925 | BECKER, EMILY, 4012 MOSS PLACE, ALEXANDRIA, VA 22304 | |
| 10925 | BECKER, GRANT, 113 SE 3RD ST, OAK ISLAND, NC 28465-6702 | |
| 10925 | BECKER, JEFFREY, 55 GETTYSBURG DRIVE, MANALAPAN, NJ 07726 | |
| 10925 | BECKER, JOHN, 20 SHADY DRIVE WEST APT # 405, PITTSBURGH, PA 15228 | |
| 10925 | BECKER, JOHN, 3657 W. 108TH ST, CHICAGO, IL 60655 | |
| 10925 | BECKER, JON, PO BOX 1271, COBB, CA 94562 | |
| 10925 | BECKER, KENNETH, 317 WASHINGTON ROAD, GLENVIEW, IL 60025 | |
| 10925 | BECKER, KENNETH, PO BOX 470, WONDER LAKE, IL 60097 | |
| 10925 | BECKER, LINDA, 1345 FAIRVIEW DRIVE, LEESPORT, PA 19533 | |
| 10925 | BECKER, MARK T, 5950 VISTA LINDA LANE, BOCA RATON, FL 33433 | |
| 10925 | BECKER, MARK, 5050 VISTA LINDA LANE, BOCA RATON, FL 33433 | |
| 10925 | BECKER, MELINDA, 3865 VINBURN ROAD, DEFOREST, WI 53532 | |
| 10925 | BECKER, MICHAEL, BOX 7608, CLEMSON, SC 29632 | |
| 10925 | BECKER, MICHAEL, RT. 1 BOX 42, EASTON, MO 64443 | |
| 10925 | BECKER, ROBERT, 3301 WEST 2ND, NORTH PLATTE, NE 69101 | |
| 10925 | BECKER, ROBIN, 24 BALSAM PKWY, SPARTA, NJ 07871 | |
| 10925 | BECKER, ROSE, 851 PARSONAGE HILL ROAD, SOMERVILLE, NJ 08876-3819 | |
| 10925 | BECKER, SANDRA, 1111 PROSPECT, NORFOLK, NE 68701 | |
| 10925 | BECKER, STEVEN, 11800 KITTRIDGE #30, NORTH HOLLYWOOD, CA 91606 | |
| 10925 | BECKER, STEVEN, N4929 CTY TRK U, DEPERE, WI 54115 | |
| 10925 | BECKER, SUSAN, 18 JOHN DOW, WALDWICK, NJ 07463 | |
| 10925 | BECKERMAN, DAVID, 8 OLD SOUTH LANE, ANDOVER, MA 01810 | |
| 10924 | BECKERS ELECTRIC (AD), 3825 BUSINESS PARK DR., COLUMBUS, OH 43204 | |
| 10924 | BECKERS ELECTRIC (AD), P.O. BOX 247, DAYTON, OH 45401 | |
| 10925 | BECKERS INC, 278 E MAIN ST, WESTMINSTER, MD 21157 | |
| 10924 | BECKERSUSE 553361, 11310 MOSTELLER RD, CINCINNATI, OH 45241 | |
| 10925 | BECKETT ASSOCIATION INC., PO BOX 4264, LINDENWOLD, NJ 08021 | |
| 10925 | BECKETT JR., GEORGE, 8462 BEDFORD ROAD, PASADENA, MD 21122-0000 | |
| 10925 | BECKETT, CHARLES, 3928 CYPRESS LANDING N., WINTER HAVEN, FL 33884 | |
| 10925 | BECKETT, DENNIS, 331 ROSEMONT AVE, CINCINNATI, OH 45204 | |
| 10925 | BECKETT, DOROTHY, 3928 CYPRESS LANDING N, WINTER HAVEN, FL 33884 | |
| 10925 | BECKETT, PROF DERRICK, LAUNCESTON, CORNWALL, PL15 8RUUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | BECKETT, RICHARD, 8413 BEDFORD ROAD, PASADENA, MD 21122-2701 | |
| 10925 | BECKETT, STEVEN, PO BOX 732, MACARTHUR, WV 25873 | |
| 10925 | BECKETT, WALTER, 8101 HIGH POINT ROAD, BALTIMORE, MD 21226-2022 | |
| 10925 | BECKETT, WILLIAM, 8046 ABBEY COURT APT E, PASADENA, MD 21122 | |
| 10925 | BECKHAM, DERRY, 6873 ALLEN CIRCLE, NORCROSS, GA 30093 | |
| 10925 | BECKHAM, HAROLD, ROUTE 1 BOX 45, MARION, LA 71260 | |
| 10925 | BECKHAM, JEAN, 5226 HUNTMASTER DR, MIDLOTHIAN, VA 23112 | |
| 10925 | BECKHAM, MARY, PO BOX 24, GREEN VALLEY, AZ 85622 | |
| 10925 | BECKHAM, SHERI, 602 ASHWOOD CT, WOODSTOCK, GA 30188 | |
| 10925 | BECKHAM, WILLIS, 15817 AVE C #5, CHANNELVIEW, TX 77530 | |
| 10925 | BECKLES, ORMAN, 45 MERIDIAN ST, MALDEN, MA 02148 | |
| 10924 | BECKLEY FEDERAL COURTHOUSE, 940 RADFORD ROAD, CHRISTIANSBURG, VA 24073 | |
| 10925 | BECKLEY JR., ROBERT, 5036 N. 63RD. ST, MILWAUKEE, WI 53218 | |
| 10925 | BECKLEY, BRUCE, PO BOX 25207, MILWAUKEE, WI 53225 | |
| 10925 | BECKLEY, RUTH, 6408 SOUTH ACOMA ST, LITTLETON, CO 80120 | |
| 10925 | BECKLEY, SANDRA, 4825 RIBBLE RD., INDIANAPOLIS, IN 46218 | |
| 10925 | BECKLUND, WILLIAM W, 11924 W KAUL, MILWAUKEE, WI 53225-1010 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BECKMAN BROTHERS CONCRETE, P.O.BOX 50000, BANNING, CA 92220

10925    BECKMAN COULTER INC BECKMAN INSTRU, ALBERT M COHEN SMILAND & RHACHIGIAN, 601 W FIFTH ST 7TH FL, LOS ANGELES, CA 90071

10925    BECKMAN COULTER, DEPT. CH10164, PALATINE, IL 60055-0164

10925    BECKMAN COULTER, INC, DEPT. CH10164, PALATINE, IL 60055-0164

10925    BECKMAN COULTER, INC, PO BOX 169015 M/C 195-10, MIAMI, FL 33116-9015

10925    BECKMAN COULTER, INC, PO BOX 550, BREA, CA 92822-0550

10925    BECKMAN COULTER,INC, DEPT. CH10164, PALATINE, IL 60055-0164

10925    BECKMAN INSTRUMENTS, 6733, MISSAUSSAUGA ROAD, SUITE 604, MISSISSAUGA, ON L5N 6J5CANADA    *VIA Deutsche Post*

10925    BECKMAN, CAROL, 862 OLIVE CANYON DR, GALT, CA 95632

10925    BECKMAN, GLORIA, 5049 FRWY DR LOT 5, MOBILE, AL 36619

10925    BECKMAN, JOHN, 2818 OLD KENT DRIVE, JOLIET, IL 60435

10925    BECKMAN, MICHAEL, 8005 ESCALON AVE, PASADENA, MD 21122

10925    BECKMAN, SUSAN, 2758 SEMINOLE RD., ANN ARBOR, MI 48108

10925    BECKNELL, ALAN, 8549 TRAIL VIEW DRIVE, ELLICOTT CITY, MD 21043

10925    BECKNELL, ELIZABETH, 700 BROOKINGHAM, ST PETERS, MO 63376

10925    BECKNER, JOANNA, 1238 BUTLER ST, READING, PA 19601

10925    BECKNER, WILLIAM, 1103 WOODLAWN AVE, PASADENA, MD 21122

10925    BECKROGE, JOHN, 313 GREAT GLEN RD, GREENVILLE, SC 29615

10925    BECKSTEIN, STACEY, 148 DANA LN, MERIDEN, CT 06450

10925    BECKSTROM, RONALD D, 16024 BURTON LN, LAUREL, MD 20707

10925    BECKUM, MARGARET, 2718 N OAKRIDGE CIR, CHARLESTON HGTS, SC 29405

10925    BECKWITH, SCOTT, 2 ROLLINGREEN ROAD, GREER, SC 29651

10925    BECKY H HALL, 12136 CATALINA DR, LUSBY, MD 20657

10925    BECKY WILLIAMS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    BECRAFT, MICHAEL, 10406 POPKINS COURT, WOODSTOCK, MD 21163

10924    BECTON & DICKINSON, 411 WAVERLY OAKS ROAD, WALTHAM, MA 02154

10925    BECTON DICKINSON ACUTECARE, 411 WAVERLY OAKS ROAD, WALTHAM, MA 02154

10925    BECTON DICKINSON CO, 1329 WEST HWY 6, HOLDREGE, NE 68949-0000

10925    BECTON DICKINSON CO, 150 S FIRST ST, BROKEN BOW, NE 68822

10925    BECTON DICKINSON CO, AIRPORT RD, SUMTER, SC 29150

10925    BECTON DICKINSON CO, C/O PASQUEL HERMANOS INC, 4402 INTL TRADE CENTER BLVD, LAREDO, TX 78041

10925    BECTON DICKINSON CO, DAVIS DR & HWY 54, RESEARCH TRIANGLE PARK, NC 27709

10925    BECTON DICKINSON CO, INDUSTRIAL SITE, COLUMBUS, NE 68602

10925    BECTON DICKINSON CO, MONTE PELVOUX NO 111, COL LOMAS DE CHAPULTEPEL, DEL MIGUEL HIDELGO, MEXICO DF, 11000MEXICO    *VIA Deutsche Post*

10925    BECTON DICKINSON CO, PO BOX 915, HOLDREGE, NE 68949-0000

10925    BECTON DICKINSON MICROBIOLOGY SYSTE, BECTON DICKENSON & COMPANY, 1 BECTON DR, FRANKLIN LAKES, NJ 07417

10924    BECTON DICKINSON, 1 BECTON DRIVE (MAIL CODE #102), FRANKLIN LAKES, NJ 07417

10924    BECTON DICKINSON, 1 BECTON DRIVE(MAIL CODE #102), FRANKLIN LAKES, NJ 07417

10924    BECTON DICKINSON, BIOSCIENCES, 26 LOVETON CIRCLE, SPARKS GLENCOE, MD 21152

10925    BECTON-DICKINSON CO, HWY 30, 10TH ST, COLUMBUS, NE 68601

10924    BECTON-DICKINSON, 26 LOVETON CIRCLE, SPARKS, MD 21152

10924    BECTON-DICKINSON, PO BOX243, COCKEYSVILLE, MD 21030

10925    BEDALOV, GREGORY, 4733 PRINCE, DOWNERS GROVE, IL 60515

10925    BEDARD, COLLEEN, 2605 EXETER ROAD, CLEVELAND, OH 44118

10925    BEDARD, DAVID P, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    BEDARD, DAVID, 283 JOHNNY APPLESEEDLANE, LEOMINSTER, MA 01453

10925    BEDDIA, JOSEPH, 35 SCHOOL ST UNIT 1, DRACUT, MA 01826

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BEDDOES, COLT, PO BOX 1138, LANDER, WY 82520

10925   BEDDOES, SHANE, PO BOX 285, LANDER, WY 82520

10925   BEDDOES, TONY, 595 N 300 E, SPANISH FORK, UT 84660

10925   BEDEKER, DONALD, BOX 72, WOODLAND, IL 60974-0072

10925   BEDEKER, DONNA, 160 N ELLIOTT DR, CHEBANSE, IL 60922

10925   BEDELL, BENNETT, 708 WILSON AVE DR SW, CEDAR RAPIDS, IA 52404

10925   BEDELL, DITTMAR, DEVAULY & PILLANS, 101 EAST ADAMS ST, JACKSONVILLE, FL 32202

10925   BEDENBAUGH, MARK, RT 3 BOX 229M, GRAY COURT, SC 29645

10925   BEDERIO, MARIA, 606 W. 39TH ST., LONG BEACH, CA 90806

10925   BEDERMAN, JANE, 6610 BRIDGEGATE, SPRING, TX 77373

10925   BEDFORD FLORIST, 315 GREAT ROAD, BEDFORD, MA 01730

10925   BEDFORD FREIGHT LINES, INC, PO BOX 48-619, LOS ANGELES, CA 90048

10924   BEDFORD HLLS CORRECTIONAL FAC @@, BEDFORD, NY 10506

10924   BEDFORD MATERIALS, BEDFORD, PA 15522

10924   BEDFORD MEDICAL HOSPITAL, SHELBYVILLE, TN 37160

10925   BEDFORD PARK POLICE DEPT, 6701 S ARCHER AVE, BEDFORD PARK, IL 60501

10925   BEDFORD PARK-CLEARING IND ASSOC, 6535 S CENTRAL, BEDFORD PARK, IL 60638

10925   BEDFORD SPECIALTY SALES INC, PO BOX 20134, BALTIMORE, MD 21284-0134

10924   BEDFORD WEAVING MILLS, INC., MONROE STREET, BEDFORD, VA 24523

10925   BEDFORD WINE & SPIRITS, 93 GREAT ROAD, BEDFORD, MA 01730

10925   BEDFORD, CAROL, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   BEDFORD, CAROL, 63 MERRIMACK MEADOW, N TEWKSBURY, MA 01876

10925   BEDFORD, NELLIE, 409 ARBOR DRIVE, DEER PARK, TX 77536-6215

10925   BEDFORD, PHILLIP, 409 ARBOR DRIVE, DEER PARK, TX 77536

10925   BEDFORD-PARK CLEARING, 6535 S CENTRAL, BEDFORD PARK, IL 60638

10925   BEDGOOD, JOSHUA, 505 13TH ST, AUGUSTA, GA 30901

10925   BEDINGFIELD, D, 3 WOODSIDE CIRCLE, EVANS, GA 30809

10925   BEDINGFIELD, ELENA, 511 BARRINGTON, DUNWOODY, GA 30350

10925   BEDINGFIELD, ERIC, PO BOX 497, PELZER, SC 29669

10925   BEDNAR, KATHY, N82 W13272 FOND DU LAC AVE, 3, MENOMONEE FALLS, WI 53051

10925   BEDNARSKI, CHRISTOPHER, 2605 GILBERT ROAD, MT AIRY, MD 21771

10925   BEDNARZ, JANET, 700 WEST RAND RD., ARLINGTON HGHTS, IL 60004

10925   BEDOLLA, TAMARA, 4520 WILLIAMS ST., DEARBORN, MI 48125

10925   BEDOYA, JULIETA, 180 LEXINGTON AVE, DUMONT, NJ 07628

10925   BEDRICK, STEVEN M, 363 MYSTIC ST, ARLINGTON, MA 02174

10924   BEDROCK CONCRETE & SUPPLIES, 208 CALLE CESAR CHAVEZ, SANTA BARBARA, CA 93103

10924   BEDROCK CONCRETE & SUPPLIES, PO BOX 4515, SANTA BARBARA, CA 93140

10924   BEDROCK CONCRETE CORP, 197 ATLANTIC AVE, GARDEN CITY PARK, NY 11040

10924   BEDROCK CONCRETE CORP., 197 ATLANTIC AVE., GARDEN CITY PARK, NY 11040

10924   BEDROCK CONRETE & SUPPLIES, SANTA BARBARA, CA 93101

10924   BEDROCK REDY MIX SERVICE, PIER 90, AMADOR STREET, SAN FRANCISCO, CA 94124

10925   BEDSOLE, KERI B, 5610 WALNUT CREEK COURT, LILBURN, GA 30047

10925   BEDSOLE, KERI, 4766 MOSSY LANE, LILBURN, GA 30047

10925   BEDSOLE, WILMER, 1014 N CHURCH ST LOT 21, MULBERRY, FL 33860

10925   BEDUSA JT TEN, JACK & KATE, BOX 2476, WESTPORT, CT 06880-0476

10925   BEDWELL, JAMES, RT. 3, BOX 736, SUMRALL, MS 39482

10925   BEDWELL, PAMELA, 2251 PIMMIT DRIVE APT 306, FALLS CHURCH, VA 22043

10925   BEE CLEAN SPECIALTIES, 9324 FRANKLIN AVE, FRANKLIN PARK, IL 60131

10924   BEE GEE SUPPLY, 400 E HIGHLAND ROAD, MACEDONIA, OH 44056

10924   BEE GEE SUPPLY, 400 HIGHLAND ROAD, MACEDONIA, OH 44056

10924   BEE GEE SUPPLY, 5331 COMMERCE PARKWAY, PARMA, OH 44130

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BEE LINE READY MIX CO, 124 EAST FIRST STREET, PECATONICA, IL 61063

10924    BEE LINE READY MIX CO, P O BOX 398, PECATONICA, IL 61063

10924    BEE LINE READY MIX COMPANY, 2291 RT 20 EAST, FREEPORT, IL 61032

10924    BEE LINE READY MIX, PO BOX 398, PECATONICA, IL 61063

10924    BEE LINE SERVICE, 2291 RT 20 EAST, FREEPORT, IL 61032

10925    BEE, DAVID, 2016 SIMSBURY COURT, FORT COLLINS, CO 80524

10925    BEE, KATHLEEN, 2016 SIMSBURY COURT, FT COLLLINS, CO 80524

10925    BEEAFF-BROOKSHIRE, SANDRA, 7739 N.33RD DRIVE, PHOENIX, AZ 85051

10925    BEEBE PHYCICIAN NETWORK INC, 1802 NEWPORT GAP PIKE, WILMINGTON, DE 19808

10925    BEEBE, BARBARA, 12417 SW 5TH ST, YUKON, OK 73099

10925    BEEBE, CORINNE, 4121 S. RAEMISCH WAY, TUCSON, AZ 85730

10925    BEEBE, SEAN, 103 MAGNOLIA ST., EASTMAN, GA 31023

10924    BEECH AIRCRAFT CORPORATION, 311 N. GREENWICH, WICHITA, KS 67206

10925    BEECH, MYLINDA, 23535 MEAUX RD, PASS CHRISTIAN, MS 39571

10925    BEECH, SHIRLEY, 497 HANLEY DRIVE, PINOLE, CA 94564

10924    BEECHAM (NJ) INC., ATTN: JOHN PLACKO, 255 CLEARVIEW AVE., EDISON, NJ 08837

10924    BEECHAM (NJ) INC., SMITHKLINE BEECHAM, SUITE 316 WORLD TRADE CNTR, BOSTON, MA 02210

10925    BEECHAM, HERSHEL, 2915 WINGATE AVE, NASHVILLE, TN 37211

10925    BEECHER, ROBERTA K, 2213 N MADISON ST, ARLINGTON, VA 22205-3332

10924    BEECHWOOD HOTEL C/O EAST COAST FP, P/U IN NORWOOD, 505 UNIVERSITY AVE.;BLDG#3, NORWOOD, MA 02062

10925    BEECKMAN, JEAN, 5431 THE BRIDLE PATH, COLUMBIA, MD 21044

10925    BEEDE, LEE, 30 PENN ST, CARLISLE, IA 50047

10924    BEEF DOMINICANA CXA, DOMINICAN REPUBLIC, DOMINICAN REP, 99999SANTO DOMINGO    *VIA Deutsche Post*

10925    BEEGLE, JOHN, 753 MCCONNELL RD, LEAVITTSBURG, OH 44430

10925    BEEH, KEITH, 839 KEARNY AVE APT #1, KEARNY, NJ 07032

10925    BEEHLER, SUSAN, 3208 KARLDALY RD, BIRMINGHAM, AL 35210-4264

10925    BEEKMAN LABS, 455 CENTRAL PARK AVE, SCARSDALE, NY 10583

10925    BEEKMAN STREET PARTNERS, SUITE 225, 1300 POST OAK BLVD., HOUSTON, TX 77056

10925    BEEKMAN STREET PARTNERS/COLLIERS, GENERAL COUNSEL, 1300 POST OAK BLVD., SUITE 225, HOUSTON, TX 77056

10925    BEEKMAN STREET, PARTNERS/COLLIERS, GEN COUNSEL, 1300 POST OAK BLVD., SUITE 225, HOUSTON, TX 77056

10925    BEEKMAN, DIRK, 5557 MAVES TRAIL, PRIOR LAKE, MN 55372

10925    BEELER, GEORGIA, 4711 ROUND LAKE RD., APT E, INDIANAPOLIS, IN 46205

10924    BEELMAN READY MIX, 717558 MOCKINGBIRD DRIVE, NASHVILLE, IL 62263

10924    BEELMAN READY MIX, 8200 OLD US HWY 50, BREESE, IL 62230

10924    BEELMAN READY MIX, INC., 13425 N. SHILOH DRIVE, MOUNT VERNON, IL 62864

10924    BEELMAN READY MIX, INC., BOX 305, SAINT LIBORY, IL 62282

10924    BEELMAN READY MIX, INC., ROUTE 4 BOX 153A, PINCKNEYVILLE, IL 62274

10924    BEELMAN READY MIX, INC., RT. 51, SANDOVAL, IL 62882

10924    BEELMAN READY-MIX INC., BOX 305, SAINT LIBORY, IL 62282

10925    BEEMAN, LISA, 7762 S. STEELE STREE, LITTLETON, CO 80122

10925    BEEMBLOSSOM, BRUCE, 1608 N. FRANKLIN PLACE, MILWAUKEE, WI 53202

10925    BEENE, STEPHEN, 2941 TONY DR, LAWRENCEVILLE, GA 30244

10925    BEEPERS ETC INC, 6524 CRESCENT BLVD NORTH, PENNSAUKEN, NJ 08109

10925    BEER INSTITUTE, 122 C ST NW, WASHINGTON, DC 20001-2100

10925    BEERBOWER, SUE ANNE, 8520 SW. 1ST #205, PEMBROKE PINES, FL 33025

10925    BEERE, TAMALA, 517 EARLY FALL COURT, HERNDON, VA 22070

10925    BEEREN, RAF, 252 LANGDON ST, MADISON, WI 53703

10925    BEERLINE, GARY, 170 SHADY LANE, 5, SOLDOTNA, AK 99669

10925    BEERS JR., MAHLON, 4154 OREFIELD RD, ALLENTOWN, PA 18104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BEERS, ALPHA, 515 MAIN ST APT 3-B, CHATHAM, NJ 07928-2123

10925   BEERS, DAVID, 185 ROUTE 206 #113-2, FLANDERS, NJ 07836

10925   BEERS, GEORGE, 515 MAIN ST APT 3-B, CHATHAM, NJ 07928-9998

10925   BEERS, TIMOTHY W, HILLSBOROUGH CT., TOWER 3-FLAT 4D-PEAK, 0

10925   BEERS, TIMOTHY, 1407 ANDOVER RIDGE RD, LITTLE ROCK, AR 72227

10925   BEERS-TURPIN, KATHALEEN, 160A WILSON ST, BOONTON, NJ 07005

10925   BEES MANUFACTURING CORPORATION, 5126 WILLOW LEAF DR, SARASOTA, FL 34241

10925   BEESLEY, ALFRED, 200 EAST 64TH ST, NEW YORK, NY 10021

10925   BEESLEY, HELEN, 200 E 64TH ST, NEW YORK, NY 10021-7497

10925   BEESON, DANIEL, 8719 W. LAPHAM ST #7, WEST ALLIS, WI 53214

10925   BEETHAM, JON, 25 S. MYRON DRIVE, INDIANAPOLIS, IN 46241

10925   BEG, AMINA, 89 FRANKLIN RD, TEANECK, NJ 07666

10925   BEGAM LEWIS MARKS WOLFE, 111 W MONROE #1400, PHOENIX, AZ 85003-1787

10925   BEGAN, DANA, 1918 PACES LANDING #2031, ROCK HILL, SC 29732

10925   BEGANNY, WALTER, 11 EAST AVE, LISBON FALLS, ME 04252

10925   BEGAY, ELVERA, 4607 COOPERTOWN RD #36, WINSLOW, AZ 86047

10925   BEGAY, MAUREEN, PO BOX 2442, TUBA CITY, AZ 86045

10925   BEGBIE, BRENT M, 6207 BIRKDALE VALLEY DR, CHARLOTTE, NC 28277

10925   BEGBIE, M, 10631 GRAMERCY PL. APT. 142, COLUMBIA, MD 21044

10925   BEGEMAN, BARBARA, 2054 N FAROLA, DALLAS TX, TX 75228

10925   BEGIN, ROSE, 1089 WOODMAN HILL RD, MINOT, ME 04258

10925   BEGLEY, DANIEL, 993 HERON SPRINGS PKWY, STOW, OH 44224-2938

10925   BEGLEY, DARRELL, 2397 WARREN DRIVE, MORRISTOWN, TN 37814

10925   BEGLEY, JAMES, R.F.D.#1 3 MOLSOM CIR, HUDSON, NH 03051

10925   BEGLEY, JOHN, 406 LONG DRIVE, PITTSBURG, PA 15241

10925   BEGNAUD, VIRGIE, 137 WHITNEY ST., LAFAYETTE, LA 70501

10925   BEGONIA, CARLITO, 17 LESTER DR, ORANGEBURG, NY 10962

10925   BEGONIA, OLIVIA, 17 LESTER DR, ORANGEBURG, NY 10962

10925   BEGONIS, WALTER, 289 SOUTH ST, READING, MA 01867

10925   BEGONJA, KAZIMER, 25 FOX HOLLOW WAY, ANDOVER, NJ 07821

10925   BEGUM, NASREEN, 34 WISSE ST PO BOX 96, LODI, NJ 07644

10925   BEGUM, SHAHNAZ, 2 B PULASKI PLACE, HACKENSACK, NJ 07601

10925   BEGUM, SIDDIQUA, 231 FORT LEE ROAD, TEANOCK, NJ 07666

10925   BEHAN, JANE A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BEHAN, JANE, 161 WACHUSETT AVE, ARLINGTON, MA 02476-7240

10925   BEHAN, LAWRENCE, 5 MALLARD RD, ACTON, MA 01720

10925   BEHAVIORAL TECHNOLOGY INC, PO BOX 952, MEMPHIS, TN 38101-0952

10925   BEHM, MARGARETH, 5941 WEST 63RD PL, CHICAGO, IL 60638

10925   BEHN JT TEN, ELIZABETH T & WILLIAM S, 24140 MENTRY DR, NEWHALL, CA 91321-3947

10925   BEHN, FRANCESCA, 80 MAIN ST, GARNERVILLE, NY 10923

10925   BEHN, ROBERT, 205 EAST LARK, MCALLEN, TX 78504

10925   BEHNAR, ANN, 29 N ANN ST, BALTIMORE, MD 21231

10924   BEHNE CONSTRUCTION CO, 520 NO. EAST STREET, GUYMON, OK 73942

10924   BEHNE CONSTRUCTION CO, 602 NO. EAST STREET, GUYMON, OK 73942

10924   BEHNE CONSTRUCTION CO, N HWY 60, ARNETT, OK 73832

10924   BEHNE CONSTRUCTION CO., P O BOX 981, GUYMON, OK 73942

10924   BEHNE CONSTRUCTION CO., PO BOX 981, GUYMON, OK 73942

10924   BEHNE CONSTRUCTION, PORTABLE, ENGLEWOOD, KS 67840

10925   BEHNKE, JOHN, 800 PEARL ST #606, DENVER, CO 80203

10925   BEHNKE, JOSEPH, 17414 DEVILS RIVER D, MARIBEL, WI 54227-9506

10925   BEHNKEN, DONNA, 1600 ROOSEVELT DRIVE, ATLANTIC, IA 50022

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BEHR PAINT CO, 1441 S. BELT LINE RD. STE 100, COPPELL, TX 75019

10925   BEHR PROCESS CORP, TIM FERGUSON,

10925   BEHR, MILDRED, 14 SMITH ST, AVENEL, NJ 07001-1707

10925   BEHRAKIS, PETER, 60 ALEXANDER AVE, BELMONT, MA 02478-4808

10925   BEHRENDT, IDA, 1613 CEREAL ST, BALTIMORE, MD 21226-1416

10925   BEHRNES, PAMELA, 17121 S BRISTLE CN C, GREENWELL SPRINGS, La 70739

10924   BEI DEFENSE SYSTEMS CO, HIGHLAND INDUSTRIAL PARK, CAMDEN, AR 71701

10924   BEI DEFENSE SYSTEMS CO, PO BOX1367, EULESS, TX 76039

10925   BEI SENSORS & SYSTEMS CO, 15771 RED HILL AVE, TUSTIN, CA 92680

10924   BEI SENSORS & SYSTEMS COMPANY, INDUSTRIAL ENCODER DIVISION, 7230 HOLLISTER, GOLETA, CA 93117

10925   BEICHEY, CHRISTINE, 1653A CANAL ST, NORTHAMPTON, PA 18067

10925   BEIER, JOHN, PO BOX 128, HAZELTON, IA 50641

10925   BEIERS GROUP, INC, THE, 301 MILLS AVE., GREENVILLE, SC 29605

10925   BEIGEL, DIANE, 2672 COUNTRY CLUB DR., CLEARWATER, FL 33761

10925   BEIGHLEY, DARRYL, 517 CHURCH ST, N ADAMS, MA 01247

10924   BEIJING IPC FIRE PROT. MAT. CO, EAST BEIYUAN ROAD, ANDINGMENCHAO YANG DIST., IT     **\*VIA Deutsche Post\***
100012UNK

10924   BEILDER ELEMENTARY SCHOOL, 3151 W. WALNUT AVENUE, CHICAGO, IL 60612

10925   BEINING, BRENDA, 5178 CTY RD PP, DE PERE, WI 54115

10925   BEINING, GERALD, 5178 CTY RD PP, DE PERE, WI 54115

10925   BEINING, ROBERT, 2419 N. 45TH ST, MILWAUKEE, WI 53210

10925   BEIRNE, DERVILLA, 25 GREENHALGE AVE, EVERETT, MA 02149

10925   BEIRNE, THOMAS, SO SHORE DRIVE RD, MOMENCE, IL 60954-9998

10925   BEISCH, CYNTHIA, 102 WEST VIEW, IOWA PARK, TX 76367

10925   BEISCH, LINDA, 1025 LYNDHURST PL, VIRGINIA BEACH VA, VA 23464

10925   BEISEL, MONICA, 713 W HILLVIEW, WINSLOW, AZ 86047

10925   BEISLY, SANDRA, 501 WEST 26TH, SAND SPRINGS, OK 74063-5002

10925   BEISNER, CRAIG, 4712 DUNN RD, STURGEON BAY, WI 54235

10925   BEISNER, NOLAND, 2676 47TH AVE #3, COLUMBUS, NE 68601

10925   BEJJANI, PIERRE, 15834 S BARKERS LANDING, HOUSTON, TX 77079

10924   BEK INC, 1115 EAST 80TH AVE, ANCHORAGE, AK 99518

10924   BEK INC, 8130 SOUTH 216TH STREET, KENT, WA 98032

10924   BEK INC., C/O PACIFIC ALASKA FORWARDERS, ANCHORAGE, AK 99524

10924   BEK, 8130 S. 216 ST., KENT, WA 98032

10924   BEK/CENTURY THEATERS, C/O KEY TRANS, ANCHORAGE, AK 99524

10925   BEKELE, SOLOMON, 4 WALDEN WAY, TAYLORS, SC 29687-3856

10925   BEKINS OF SOUTH FLORIDA, 5300 N.POWERLINE RD.#100, FT. LAUDERDALE, FL 33309

10925   BEKINS VAN LINES CO, 33314 TREASURY CENTER, CHICAGO, IL 60694-3300

10925   BEKINS VAN LINES CO, PO BOX 86, MINNEAPOLIS, MN 55486-0943

10925   BEKINS VAN LINES CO, POBOX 95987, CHICAGO, IL 60694-5987

10925   BEKINS VAN LINES CO, SDS 12-0943, MINNEAPOLIS, MN 55486-0943

10925   BEKINS VAN LINES CO., 33314 TREASURY CENTER, CHICAGO, IL 60694-3300

10925   BEKINS VAN LINES CO., POBOX 86, MINNEAPOLIS, MN 55486-0943

10925   BEKINS VAN LINES, 330 SOUTH MANNHEIM ROAD, HILLSIDE, IL 60162

10925   BEKINS VAN LINES, 33314 TREASURY CENTER, CHICAGO, IL 60694-3300

10925   BEKINS, 5535-B NW 35TH AVE, FORT LAUDERDALE, FL 33309

10924   BEL AIR FOAMED INSULATION INC. &, 2133 NORTH FOUNTAIN GREEN ROAD, BEL AIR, MD 21015

10924   BEL AIR FOAMED INSULATION, 2133 FOUNTAIN GREEN, BEL AIR, MD 21014

10924   BEL AIR ROAD SUPPLY CO, 7750 PULASKI HIGHWAY, BALTIMORE, MD 21237

10924   BEL AIR ROAD SUPPLY CO., 7750 PULASKI HGWY, BALTIMORE, MD 21237

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BEL FUSE LTD, 198 VAN VORST ST, JERSEY CITY, NY 07302

10924   BEL RAE BALLROOM, 5394 EDGEWOOD DRIVE, MOUNDS VIEW, MN 55112

10925   BELADI, SUSAN, 3912 S OCEAN BLVD, BOCA RATON, FL 33487

10924   BELAIR ROAD SUPPLY, 7750 PULASKI HIGHWAY, BALTIMORE, MD 21237

10925   BELAND, JOHN, 16 SOUTH HILLS DRIVE, BEDFORD, NH 03110

10925   BELAND, MATTHEW, 818 N. 17TH ST, MILWAUKEE, WI 53233

10925   BELAND, SHARON, 6101-F DOVE TREE LN, CHARLOTTE, NC 28213

10925   BELANGER, MATTHEW M, 350 WASHINGTON ST, RUMFORD, ME 04276

10925   BELANGER, S, 40720 WOLCOTT DRIVE, FREMONT, CA 94538

10925   BELANGIE, KATHLEEN, 407 DAKOTA AVE, LIBBY, MT 59923-2241

10925   BEL-ART PROD., 6 INDUSTRIAL RD., PEQUANNOCK, NJ 07440

10925   BEL-ART PRODUCTS, PO BOX 10894, NEWARK, NJ 07193-0894

10925   BEL-ART PRODUCTS, PO BOX 10894, NEWARK, NY 07193

10925   BEL-ART PRODUCTS, PO BOX 384, PEQUANNOCK, NJ 07440-0384

10925   BELASH, JULIE, R.R.1, BRADENVILLE, PA 15620

10925   BELBIN JR., WHITNEY, 14 LAMBERT ST, MEDFORD, MA 02155

10925   BELCASTRO, RACHELLE, 22 FOLLETT ST, E. PROVIDENCE, RI 02914

10925   BELCHER JR, JOE, 5425 ANN ST, N. CHARLESTON, SC 29418

10925   BELCHER, A, 3613 DEBBY DR, MEMPHIS, TN 38127

10925   BELCHER, DANIEL, 4280 EVERTS ST., SAN DIEGO, CA 92109

10925   BELCHER, DARRELL, 419 CLOVERDALE LANE, SIMPSONVILLE, SC 29681

10925   BELCHER, JAMES, 117 SPARTAN COURT, GREER, SC 29650-3016

10925   BELCHER, JR, JAMES, 491 BRIDGE RD #416, NORTHAMPTON, MA 01060-1071

10925   BELCHER, ROBERT, 10633 BOEDECKER, DALLAS, TX 75230

10925   BELCHER, STEVE, 411 KENNEDY ST NE, WASHINGTON, DC 20011

10924   BELCHERTOWN HIGH SCHOOL, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062

10925   BELCO, BUD ENTERPRISES LINING CO., PO BOX 1019, PRAIRIEVILLE, LA 70769-1019

10924   BELDEN CORP, NW OF CITY, RICHMOND, IN 47374

10924   BELDEN WIRE & CABLE CO., ESSEX PLANT, ESSEX JUNCTION, VT 05452

10924   BELDEN WIRE & CABLE CO., RICHMOND PLANT, RICHMOND, IN 47374

10925   BELDEN, DEBBIE, 5157 B ISABELLA CIRCLE, NORCROSS, GA 30093

10925   BELDEN, INEZ D, PO BOX 3, WARSAW, VA 22572-0003

10925   BELDEN, INEZ, 103 S. SUNSET LN PO BOX 3, WARSAW, VA 22572-0003

10925   BELDEN, JAMES, 103 SOUTH SUNSET LANE BOX 3, WARSAW, VA 22572

10925   BELDEN, TAMARA, 620 E. 2ND ST, CROWLEY, LA 70506

10925   BELDING WALBRIDGE, 1275 AURORA LANE, AURORA, IL 60504

10925   BELDING WALBRIDGE, 613 ABBOTT ST., DETROIT, MI 48226-2521

10925   BELEN, CESAR, 861 OAKHURST DR., SAN DIEGO, CA 92114

10925   BELEN, RHANDY, 173A LIVINGSTO ST, NORTHVALE, NJ 07647

10925   BELESE JR JT TEN, JOHN J & ESTHER J, 33 DALE AVE, WASHINGTON, NJ 07882-4103

10925   BELEW, CHRISTOPHER, 4475 NW 24TH TERRACE, BOCA RATON, FL 33431

10925   BELEW, WILLIAM, 15504 THORNHURST CT, TAMPA, FL 33647

10925   BEL-FAB MANUFACTURING CORP., 380 HUDSON RIVER ROAD, HALF MOON, NY

10924   BELFAST FROZEN FOODS, C/O NEW ENGLAND FP, C/O NORWOOD, 505 UNIVERSITY AVE - BLDG. 3, NORWOOD, MA 02062

10925   BELFIORE, DOROTHY, 6720 S.E. 108 ST, BELLEVIEW, FL 34420

10925   BELFIORE, MICHAEL, 239 MAIN ST, #B-6, READING, MA 01867

10925   BELFLOWER, JOE, 2965 ROLLING STONE R, OKLAHOMA CITY, OK 73120

10925   BELGARD, BRIAN, 592 GLENN ST, OPELOUSAS, LA 70570

10925   BELGARD, LYNN G, 14264 BOURQUE RD, GONZALES, LA 70737

10925   BELGARD, LYNN, 14264 BOURQUE RD, GONZALES, LA 70737

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BELGER, JOHN, 115 ADAMS ST, GARDEN CITY, NY 11530-2304

10925   BELGIAN MILITARY SUPPLY OFFICER, 8810 SPECTRUM DR, LANDOVER, MD 20785

10924   BELGO LUX HANDBAGS, QUEBEC, QC O0O 0O0TORONTO     *VIA Deutsche Post*

10925   BELGRADE PARTS AND SERVICE INC, 2748 E. BUTLER ST, PHILADELPHIA, PA 19137

10925   BELGROVE SR., GEORGE, 286 JEFFERSON ST, ORANGE, VA 22960

10924   BELHAVEN COLLEGE GYM, 1500 PEACHTREE ST., JACKSON, MS 39202

10925   BELINDA HUNT, 2151 CURRIE DR., SULPHUR, LA 70665

10925   BELINDA J TOLBERT &, MARION E TOLBERT JT TEN, 1565 TOWNSEND AVE 2B, BRONX, NY 10452-6051

10925   BELIVEAU, JOHN, 20 GREYSTONE RD, SAUGUS, MA 01906

10925   BELIZAIRE, ANTHONY, 1175 UNIVERSITY, BRONX, NY 10452

10925   BELIZONE, DEAUDRA, 2611 E MARKET ST, GREENSBORO, NC 27401

10925   BELK, BEN, 106 SPRING VALLEY DR, CALHOUN, GA 30701

10925   BELKAS, LINDA, 201 POPLAR ST, CHICOPEE, MA 01013

10925   BELKIS B HEMWAY, 67 N UNION ST, ARLINGTON, MA 02174-3665

10925   BELKNAP FREEMAN, 119 HICKORY LANE, ROSEMONT, PA 19010-1017

10925   BELKNAP, MICHELLE, 10243 GREEN HILLS RD, KANSAS CITY, MO 64154

10925   BELKNAP, SAMUEL, 724 BARCLAY, CRAIG, CO 81625

10925   BELL & HOWELL INFO. & LEARNING, 300 NORTH ZEEB RD., ANN ARBOR, MI 48103

10925   BELL & HOWELL, DEPT 77304, DETROIT, MI 48277-0304

10925   BELL ASBESTOS MINES, PO BOX 99, THETFORD MINES, QC G6G 5S1CANADA     *VIA Deutsche Post*

10925   BELL ATL MOB SYS, INC, PO BOX 64508, BALTIMORE, MD 21264

10925   BELL ATLANTIC ENHANCED FAX, POBOX 3469, BOSTON, MA 02241-3469

10924   BELL ATLANTIC HEADQUARTERS NODE*, COLUMBIA, MD 21044

10925   BELL ATLANTIC MERIDIAN SY, 7240 PKWY DR, HANOVER, MD 21076

10925   BELL ATLANTIC MERIDIAN SYSTEMS, 2010 CORPORATE RIDGE, MCLEAN, VA 22102

10925   BELL ATLANTIC MOBILE SYS INC, PO BOX 64508, BALTIMORE, MD 21264

10925   BELL ATLANTIC MOBILE, 1420 JOH AVE., BALTIMORE, MD 21227

10925   BELL ATLANTIC MOBILE, PO BOX 10891, NEWARK, NJ 07193-0891

10925   BELL ATLANTIC MOBILE, PO BOX 15485, WORCESTER, MA 01615-0485

10925   BELL ATLANTIC MOBILE, PO BOX 15559, WORCESTER, MA 01615-0559

10925   BELL ATLANTIC MOBILE, PO BOX 41556, PHILADELPHIA, PA 19101-1556

10925   BELL ATLANTIC MOBILE, PO BOX 64508, BALTIMORE, MD 21264

10925   BELL ATLANTIC MOBILE, PO BOX 70805, CHARLOTTE, NC 28272-0805

10925   BELL ATLANTIC MOBILE, POBOX 15545, WORCESTER, MA 01615-0545

10925   BELL ATLANTIC MOBILE, POBOX 15567, WORCESTER, MA 01615-0567

10925   BELL ATLANTIC NYNEX MOBIL, PO BOX 70805, CHARLOTTE, NC 28272-0805

10925   BELL ATLANTIC NYNEX MOBILE, 247 SOUTH MAIN ST, MIDDLETON, MA 01949

10925   BELL ATLANTIC NYNEX MOBILE, 80 INTERNATIONAL DR STE 500, GREENVILLE, SC 29615

10925   BELL ATLANTIC NYNEX MOBILE, 80 INTERNATIONAL DR, GREENVILLE, SC 29615

10925   BELL ATLANTIC NYNEX MOBILE, 87 BINNEY ST, CAMBRIDGE, MA 02141

10925   BELL ATLANTIC NYNEX MOBILE, PO BOX 4000, WOBURN, MA 01888-4000

10925   BELL ATLANTIC NYNEX MOBILE, POBOX 15485, WORCESTER, MA 01615-0485

10925   BELL ATLANTIC NYNEX, PO BOX 15608, WORCESTER, MA 01615-0608

10925   BELL ATLANTIC PAGING INC, POBOX 64010, BALTIMORE, MD 21264-4010

10924   BELL ATLANTIC PROPERTIES, 1717 ARCH ST., PHILADELPHIA, PA 19103-2767

10925   BELL ATLANTIC RPC-SOUTH, PO BOX 60, COCKEYSVILLE, MD 21030

10924   BELL ATLANTIC VIRGINIA, 5550 LYNN STREET, NORFOLK, VA 23513

10924   BELL ATLANTIC VIRGINIA, 731 RUGBY STREET, NORFOLK, VA 23504

10924   BELL ATLANTIC, 1095 6TH AVENUE, NEW YORK, NY 10009

10924   BELL ATLANTIC, 115 FIRST COLONIAL ROAD, VIRGINIA BEACH, VA 23454

}

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BELL ATLANTIC, 138 MAIN STREET, WOODBRIDGE, NJ 07095 | |
| 10924 | BELL ATLANTIC, 1500 MACCORKLE AVE., CHARLESTON, WV 25314 | |
| 10925 | BELL ATLANTIC, 285 LOCUST ST, WOBURN, MA 01801 | |
| 10924 | BELL ATLANTIC, 3175 DRAPER DRIVE, FAIRFAX, VA 22030 | |
| 10924 | BELL ATLANTIC, 3175 DRAPER DRIVE, FAIRFAX, VA 22031-5187 | |
| 10924 | BELL ATLANTIC, 36 INDUSTRIAL PARK DRIVE, WALDORF, MD 20602 | |
| 10924 | BELL ATLANTIC, 3850 JERMANTOWN ROAD, FAIRFAX, VA 22030-4932 | |
| 10924 | BELL ATLANTIC, 48 WEST MAIN STREET, SPRINGVILLE, NY 14141 | |
| 10924 | BELL ATLANTIC, 500 CARLISLE DRIVE, HERNDON, VA 20170 | |
| 10924 | BELL ATLANTIC, 500 CARLISLE DRIVE, HERNDON, VA 22070 | |
| 10924 | BELL ATLANTIC, 52 RICHNECK ROAD, NEWPORT NEWS, VA 23608 | |
| 10924 | BELL ATLANTIC, 5839 COLUMBIA PIKE, FALLS CHURCH, VA 22041 | |
| 10924 | BELL ATLANTIC, 650 MARKET STREET, NEWARK, NJ 07106 | |
| 10924 | BELL ATLANTIC, 7807 FITCH LANE, NOTTINGHAM, MD 21236 | |
| 10924 | BELL ATLANTIC, 850 JERMANTOWN ROAD, FAIRFAX, VA 22030 | |
| 10924 | BELL ATLANTIC, 95 WILLIAMS ST, NEWARK, NJ 07109 | |
| 10924 | BELL ATLANTIC, C/O NOVINGERS, WILKES BARRE, PA 18701 | |
| 10924 | BELL ATLANTIC, FRANK JENCKS, 3175 DRAPER DRIVE, FAIRFAX, VA 22030-5187 | |
| 10925 | BELL ATLANTIC, PO BOX 1, BOSTON, MA 02207-0001 | |
| 10925 | BELL ATLANTIC, PO BOX 1, WORCESTER, MA 01654-0001 | |
| 10925 | BELL ATLANTIC, PO BOX 15123, ALBANY, NY 12212-5123 | |
| 10925 | BELL ATLANTIC, PO BOX 15124, ALBANY, NY 12212-5124 | |
| 10925 | BELL ATLANTIC, PO BOX 15150, WORCESTER, MA 01615-0150 | |
| 10925 | BELL ATLANTIC, PO BOX 17398, BALTIMORE, MD 21297-0429 | |
| 10925 | BELL ATLANTIC, PO BOX 28007, LEHIGH VALLEY, PA 18002-8007 | |
| 10925 | BELL ATLANTIC, PO BOX 4833, TRENTON, NJ 08650-4833 | |
| 10925 | BELL ATLANTIC, PO BOX 646, BALTIMORE, MD 21265-0646 | |
| 10924 | BELL ATLANTIC-DO NOT USE, 52 RICHNECK ROAD, NEWPORT NEWS, VA 23608 | |
| 10925 | BELL ATLANTIC-PA, PO BOX 28000, LEHIGH VALLEY, PA 18002-8000 | |
| 10925 | BELL BELL ASSOC, 619 GREENE ST, PO BOX 1011, AUGUSTA, GA 30903-1011 | |
| 10925 | BELL BOYD & LLOYD, 70 WEST MADISON ST, CHICAGO, IL 60602 | |
| 10924 | BELL CANADA, 501 WEST CARBOY, MOUNT PROSPECT, IL 60056 | |
| 10925 | BELL CANADA, PO BOX 5400, NORTH YORK, ON M3C 3T3CANADA | *VIA Deutsche Post* |
| 10925 | BELL CANADA, STN DON MILLS, NORTH YORK, ON M3C 2X7CANADA | *VIA Deutsche Post* |
| 10924 | BELL CINDER BLOCK, 7220 CRESCENT BLVD., PENNSAUKEN, NJ 08109 | |
| 10924 | BELL CINDER BLOCK, 7220 CRESCENT BOULEVARD, PENNSAUKEN, NJ 08109 | |
| 10924 | BELL CONCRETE INDUSTRIES, PO BOX1561, MIDDLESBOROUGH, KY 40965 | |
| 10924 | BELL CONCRETE PRODUCTS CO, PO BOX479, SULPHUR SPRINGS, TX 75482 | |
| 10924 | BELL CONCRETE PRODUCTS CO., 7TH ST & COTTONBELT TRA, SULPHUR SPRINGS, TX 75482 | |
| 10924 | BELL CONCRETE PRODUCTS CO., P.O. BOX 479, SULPHUR SPRINGS, TX 75482 | |
| 10924 | BELL CONCRETE, ATTN:  ACCOUNTS PAYABLE, BELL, FL 32619 | |
| 10924 | BELL CONCRETE, HGWY. 129, BELL, FL 32619 | |
| 10924 | BELL ELECTRIC SUPPLY, 650 WYOMING ELECTRIC SUPPLY, SCRANTON, PA 18501 | |
| 10925 | BELL EXTERIOR DESIGNS, 738 HIGH POINTE CIRCLE, LANGHORNE, PA 19047 | |
| 10925 | BELL FEDERAL SAVINGS, 6859 W. ARCHER AVE., CHICAGO, IL 60638 | |
| 10924 | BELL FLAVORS & FRAGRANCE INC., 12 SPRAGUE AVENUE, MIDDLETOWN, NY 10940 | |
| 10925 | BELL FLAVORS AND FRAGRANCES, 135 S.LASALLE ST., DEPT. 3533, CHICAGO, IL 60674-3533 | |
| 10924 | BELL FLAVORS HEADQUARTERS NODE*, COLUMBIA, MD 21044 | |
| 10924 | BELL FLAVORS, 500 ACADEMY DRIVE, NORTHBROOK, IL 60062 | |
| 10924 | BELL FLAVORS, OIS, 500 ACADEMY DRIVE, NORTHBROOK, IL 60062 | |
| 10925 | BELL FUELS INC., 4116 W. PETERSON AVE, CHICAGO, IL 60646-6072 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BELL FUELS, INC, 4116 WEST PETERSON AVE, CHICAGO, IL 60646 | |
| 10924 | BELL HELICOPTER, 600 E AT WST, HURST, TX 76053 | |
| 10925 | BELL JR, EDWIN A, 1320 WESTMORELAND ST., LAKE CHARLES, LA 70605 | |
| 10925 | BELL LABORATORIES INC, MAUREEN MULROY, 3699 KINSMAN BLVD, MADISON, WI 53704 | |
| 10925 | BELL LOGISTICS SERVICES INC, POBOX 44489, ATLANTA, GA 30336 | |
| 10925 | BELL LOGISTICS SERVICES INC., POBOX 44489, ATLANTA, GA 30336 | |
| 10925 | BELL LUBRICANTS, 4116 WEST PETERSON AVE, CHICAGO, IL 60646 | |
| 10925 | BELL MOBILITY, PO BOX 5102, BURLINGTON, ON L7R 4R7CANADA | *VIA Deutsche Post* |
| 10925 | BELL NUNNALLY & MARTIN PLLC, 1400 ONE MCKINNEY PLAZA, 3232 MCKINNEY AVE, DALLAS, TX 75204 | |
| 10925 | BELL OF PENNSYLVANIA, PO BOX 28000, LEHIGH VALLEY, PA 18002-8000 | |
| 10925 | BELL PALLET, 3800 BENSALEM BLVD., BENSALEM, PA 19020 | |
| 10925 | BELL PIPE & SUPPLY CO., PO BOX 151, ANAHEIM, CA 92815-0151 | |
| 10925 | BELL PUBLISHING LTD, 129-130 WINDMILL ST, GRAVESAND KENT, DA12 1BLUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | BELL SOUTH MOBILITY, PO BOX 740315, ATLANTA, GA 30374-0315 | |
| 10925 | BELL SOUTH MOBILITY, POBOX 530013, ATLANTA, GA 30353-0013 | |
| 10925 | BELL SOUTH TELECOMMUNICAT, PO BOX 10066, SAINT LOUIS, MO 63145 | |
| 10924 | BELL SOUTH, 7 EXECUTIVE PARK DRIVE, ATLANTA, GA 30329 | |
| 10925 | BELL SOUTH, 85 ANNEX, ATLANTA, GA 30385-0001 | |
| 10924 | BELL SOUTH, C/O ADAMS CONSTRUCTION, ATLANTA, GA 30316 | |
| 10925 | BELL SOUTH, PO BOX 33009, CHARLOTTE, NC 28243-0001 | |
| 10925 | BELL SOUTH, PO BOX 66002, NEW ORLEANS, LA 70166-6002 | |
| 10925 | BELL SOUTH, POBOX 105320, ATLANTA, GA 30348 | |
| 10924 | BELL SUPPLY, 7221 RT 130, PENNSAUKEN, NJ 08110 | |
| 10925 | BELL WESTERN CREDIT UNION, 7222 W CERMAK RD SUITE 702, NORTH RIVERSIDE, IL 60546-1488 | |
| 10924 | BELL WOOD FINISHING PRODUCTS, 3121 HWY 27 SOUTH, MOUNT IDA, AR 71957 | |
| 10924 | BELL WOOD FINISHING PRODUCTS, PO BOX 65 BOX180, MOUNT IDA, AR 71957 | |
| 10925 | BELL, ALLAN B, 601 BELMONT AVE E #A-8, SEATTLE, WA 98102-4801 | |
| 10925 | BELL, BELINDA, 408 FABYAN PLACE, NEWARK, NJ 07112 | |
| 10925 | BELL, BENJAMIN, 9211 S GREEN CHICAGO IL, CHICAGO, IL 60620 | |
| 10925 | BELL, BERNADINE, 420 VALLEY ROAD, TWIN LAKES, WI 53181 | |
| 10925 | BELL, BEVERLY, 506 LEADMINE, CLEVELAND, TN 37311 | |
| 10925 | BELL, BRIAN, 212 GARRETT ST, FOUNTAIN INN, SC 29644 | |
| 10925 | BELL, C, 317 CAMBRIDGE DRIVE, NEWPORT, TN 37814 | |
| 10925 | BELL, CARLTON, 2614 JIM JOHNSON ROAD, PLANT CITY, FL 33566-8013 | |
| 10925 | BELL, CAROL KAY, 6711 HORNWOOD #258, HOUSTON, TX 77074 | |
| 10925 | BELL, CAROLYN, 5107 WAYNE AVE., PHILA, PA 19141 | |
| 10925 | BELL, CHARLES, 5430 SOUTH 72ND EAST AVE, TULSA, OK 74145 | |
| 10925 | BELL, CHARLES, 5714 GROVER PLACE, SHREVEPORT, LA 71105 | |
| 10925 | BELL, CHARLES, 6967 WOOL MILL RD, GLENVILLE, PA 17329 | |
| 10925 | BELL, CHERYL, 10 LAWRENCE ST, LYMAN, SC 29365 | |
| 10925 | BELL, CLIFFORD, 4606 TAMMY DR, WICHITA FALLS, TX 76306 | |
| 10925 | BELL, DARYL, 1809 DALLAS AVE, CINCINNATI, OH 45239 | |
| 10925 | BELL, DAVID S, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | BELL, DAVID, 1225 SPRINGLAKE ROAD, WICHITA FALLS, TX 76305 | |
| 10925 | BELL, DAVID, 79 HIGH ST, WILMINGTON, MA 01887 | |
| 10925 | BELL, DENNIS, PO BOX 1354, DEQUINCY, LA 70633 | |
| 10925 | BELL, DONALD, 404 HOMEWOOD AVE, DE BARY, FL 32713-2108 | |
| 10925 | BELL, DWIGHT, 3006 50TH ST, DES MOINES, IA 50310-2638 | |
| 10925 | BELL, E, 134 COUNTRY LKS. RD., EASLEY, SC 29642 | |
| 10925 | BELL, EDWARD, 2900 DUDLEY DR GORDON HEIGHTS, BARTOW, FL 33830 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BELL, EIRA, 204 DYER ST, GREENVILLE, SC 29611

10925   BELL, ELIZABETH, 1902 N HAUCK-GRIFFIN RD, PLANT CITY, FL 33565-8402

10925   BELL, ELIZABETH, RR 1, BOX 541, LESAGE, WV 25537

10925   BELL, FREDDIE, 357 CIRCLE RD, GREER, SC 29651-9113

10925   BELL, GALE, 1806 N. CAMERON ST. #418, ARLINGTON, VA 22207

10925   BELL, GEORGE, 205 HEATHERBROOK RD, GREENVILLE, SC 29615-3727

10925   BELL, GILDA, 2445 HOOPER, DALLAS, TX 75215

10925   BELL, GLORIA, 11940 CENTRAL PARK, ALSIP, IL 60808

10925   BELL, GYE, 1210 KING ST, BARTOW, FL 33830-3417

10925   BELL, II, TERRY, 1295 LOWE RD., BOGALUSA,, LA 70427

10925   BELL, JAMES, PO BOX 911, MANY, LA 71449

10925   BELL, JANICE, 2701 WOODLAWN, ENNIS, TX 75119

10925   BELL, JIMMY, 212 GARRETT ST, FOUNTAIN INN, SC 29644

10925   BELL, JOHN, 15 TIMOTHY COURT, ROCHESTER, NY 14623

10925   BELL, JOHNNY, 200 WINGCUP WAY, SIMPSONVILLE, SC 29680

10925   BELL, JR, EDWIN, 1320 WESTMORELAND ST, LAKE CHARLES, LA 70605

10925   BELL, JUDY, 4321 TOWN CT NORTH, LAWRENCEVILLE, NJ 08648

10925   BELL, K, PO BOX 343 GURLEY, HUNTSVILLE, AL 35748

10925   BELL, KATHERINE, 1225 SPRINGLAKE ROAD, WICHITA FALLS, TX 76305

10925   BELL, KENNETH, 1010 S 17TH ST., NEW CASTLE, IN 47362

10925   BELL, KENNETH, 311 LILAC DRIVE, LIBERAL, KS 67901

10925   BELL, KENT, 17015 E.CALAVARAS, FOUNTAIN HILLS, AZ 85268

10925   BELL, KENYON, 101 E CLEARFORK, 7, HOBBS, NM 88240

10925   BELL, KIP, 314 W. CHAMBELL, MIDWEST CITY, OK 73115

10925   BELL, L, 1902 N. HAUCK-GRIFFIN, PLANT CITY, FL 33566

10925   BELL, LATANYA, 3805 W. MUHAMMID ALI, LOUISVILLE, KY 40212

10925   BELL, LAURA, 3 DEERFIELD AV, HUDSON, NH 03051

10925   BELL, LEONARD, 819 SOMMERSET PL, HYATTSVILLE, MD 20783

10925   BELL, LESLIE, 13644 GEMINI ST, VICTORVILLE, CA 92392

10925   BELL, LINDA, 684 NORTH 46TH, BATON ROUGE, LA 70802

10925   BELL, LUCY, 1523 RUSSELL GLEN, DALLAS, TX 75232

10925   BELL, LYNN, PO BOX 724, NESHANIC STATION, NJ 08853

10925   BELL, MALICIA, 3724 7TH AVE N, ST. PETERSBURG, FL 33713

10925   BELL, MARTIN L, 619 NORTH ST, BATON ROUGE, LA 70801

10925   BELL, MARY, 135 PARK RD, INTERLACHEN, FL 32148

10925   BELL, MAXINE G, CUST FOR DIANNE KAYE BELL, UNDER IA UNIF GIFTS MIN ACT, RR 1, ATLANTIC, IA 50022-0000

10925   BELL, MEILING, 1000 MONTREAL RD, CLARKSTON, GA 30021

10925   BELL, MERWYN, 1234 S MELROSE, CASPER, WY 82601

10925   BELL, MICHAEL, PO BOX 293, FLORIEN, LA 71429

10925   BELL, NORMAN, 1010 HABERSHAM LANE, LAWRENCEVILLE, GA 30243

10925   BELL, ORA, 1237-34TH ST. NW, WASHINGTON, DC 20007

10925   BELL, ORA, C/O LOIS HARRIS 134 COUNTRY LAKES RD, EASLEY, SC 29642-8728

10925   BELL, P MACK, 1021 S. COCHRANE #3, ABERDEEN, SD 57401

10925   BELL, RAY, PO BOX 1131, BUFFALO, TX 75831

10925   BELL, SAM, 4685 COURTYARD TRAIL, PLANO, TX 75024-2114

10925   BELL, SANDRA, RT 8, BOX 314, LUMBERTON, NC 28358

10925   BELL, SCOTT, 8 MARION ROAD, BEDFORD, MA 01730

10925   BELL, SHEILA, 358 N. HARRISON, KANKAKEE, IL 60901

10925   BELL, SHERRY, PO BOX 218, OAKWOOD, GA 30566

10925   BELL, STEPHEN, 843 BALTIMORE DR, ORLANDO, FL 32810

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BELL, THEODORE, 4857 GREEN CREST ROAD, BALTIMORE, MD 21206

10925   BELL, VALENE, 15 ROLLWIN ROAD, BALTIMORE, MD 21207

10925   BELL, VALVORIA, 969 FOREST AVE, FOREST PARK, GA 30050

10925   BELL, VICKIE, 4068 JONATHAN, OCEANSIDE, CA 92056

10925   BELL, VICTOR, 840 KIMBERLY COUTR, LANDER, WY 82520

10925   BELL, WILLIAM, 3800 MAPLES, ODESSA, TX 79622

10925   BELL, WILLIE, 3624 N GANTENBEIN, PORTLAND, OR 97227

10925   BELLA VISTA OPTOMETRIC GROUP, 1331 WASHINGTON AVE, SAN LEANDRO, CA 94577

10925   BELLACK, JEAN, 29 REEVES AVE, GREENVILLE, SC 29605-4730

10924   BELLAGIO HOTEL/CASINO JOBSITE, 3650 LAS VEGAS BLVD. SOUTH, LAS VEGAS, NV 89109

10924   BELLAGIO, LAS VEGAS, NV 89101

10925   BELLAGIO, POST OFFICE BOX 7700, LAS VEGAS, NV 89195-0864

10925   BELLAIRE, TINA, 302 INMAN ROAD, LYMAN, SC 29365

10925   BELLAMY, BERTHA, 60 W BROWN, SOMERVILLE, NJ 08876

10925   BELLAMY, BRENDA, 3011 SHARON AVE, INDIANAPOLIS, IN 46222

10925   BELLAMY, BRENDA, 3546 MISSION DRIVE, INDIANAPOLIS, IN 46224

10925   BELLAMY, BRUCE, 241 37TH ST SE, WASHINGTON, DC 20019

10925   BELLAMY, DANIEL, 186 FRIENDSHIP ROAD, FORDSVILLE, KY 42343

10925   BELLAMY, GLORIA, 25-77 99TH ST, E ELMHURST, NY 11368

10925   BELLAMY, HOSEA, 1631 N. E. 4TH AVE., GAINESVILLE, FL 32641

10925   BELLAMY, JAMES, 24 BEECH HILL RD., MOUNT VERNON, NH 03055

10925   BELLAMY, JERRELL, 1116 WYOMING ST, ROCK SPRINGS, WY 82901

10925   BELLAMY, KAREN, 50 EUCLID AVE -#3C, HACKENSACK, NJ 07601

10925   BELLAMY, KAREN, 71 SAND RD, WESTWOOD, NJ 01675

10925   BELLAMY, SHANTAY, 4402 N. SHADY LANE, INDIANAPOLIS, IN 46226

10925   BELLAMY, V, 245 SW 7TH AVE, SOUTH BAY, FL 33493

10925   BELLAND INC, 250 CLARK ST, NORTH ANDOVER, MA 01845

10925   BELLANGER, JASON, PO BOX 2234, GALLIANO, LA 70354

10925   BELLANGER, JIMMIE, RT. 1, BOX 324, CUT OFF, LA 70345

10925   BELLANGER, ROBERT, RT. 1,BOX 1004 - ST. AGNES, BOURG, LA 70343

10925   BELLAO, CATHERINE, PO BOX 3672, BROCKTON, MA 02403

10925   BELLARD SR, R, 240 ASHLAND ST, N ADAMS, MA 01247

10925   BELLARD, CARL, RT. 1, BOX 262, MAMOU, LA 70554

10925   BELLARD, FREDRICK, 7521 DEBBIE LANE, LAKE CHARLES, LA 70607

10925   BELLAVANCE, JOHN, 8 GLENWOOD LANE, MERRIMACK, NH 03054

10925   BELLAVIA, JOHN, 7442 PUERTO RICO, LA PALMA, CA 90623

10925   BELLCORE, PO BOX 18192, NEWARK, NJ 07191

10924   BELLE ISLE SHOPPING CENTER, 4969 ROSWELL RD, ATLANTA, GA 30342

10924   BELLE PLAINE BLOCK & TILE, INC., 130 SOUTH ASH, BELLE PLAINE, MN 56011

10925   BELLE SMITH, 1820 NEW PALM WAY APT 404, BOYNTON BEACH, FL 33435-2830

10925   BELLE V JOSEPH, 1012 TULIP CT, PEMBERVILLE, OH 43450-9448

10925   BELLEAU, GARY, 1338 REED ST, GREEN BAY, WI 54303

10925   BELLEAU, THERESA, 16 MCKINLEY AVE, BEVERLY, MA 01915-4940

10925   BELLEFEUILLE, JOYCE, 106 CENTURY WAY, DUNSTABLE, MA 01827

10925   BELLEFONTAINE, ROY, 2 BLACKWOOD COURT, PALM COAST, FL 32037-7340

10925   BELLEGO, ANNICK, 7 RUE DE SAVONNIERE, EPERNON, 28230FRANCE      *VIA Deutsche Post*

10925   BELLEN, WALTER, 217 MOUNTAIN HOME PARK, BRATTLEBORO, VT 05391

10925   BELLENDIR, J, 228 PLATTE ST, STERLING, CO 80751

10925   BELLENDIR, MARK, 631 PHELPS, STERLING, CO 80751

10925   BELLER, KAREN, 1605 BRENTWOOD, ROUND LAKE BEACH, IL 60073

10925   BELLER, WALTER, 1605 BRENTWOOD, ROUND LAKE BEACH, IL 60073

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BELLERIVE TREUHAND AG, BELLERIVESTRASSE 201, ZURICH, 08034SWITZERLAND | *VIA Deutsche Post* |
| 10925 | BELLERIVE, BARBARA J, PO BOX 1606, OGUNQUIT, ME 03907-1606 | |
| 10924 | BELLERMINE COLLEGE LIBRARY, 2001 NEWBURGH ROAD, LOUISVILLE, KY 40205 | |
| 10925 | BELLES, JENNIFER, 116 FAIRVIEW RD, PETROLIA, PA 16050 | |
| 10925 | BELLESS, LEROY, 283 ALLEN DR, VERNAL, UT 84078 | |
| 10925 | BELLESS, RICHARD, 490 E 450 SOUTH, VERNAL, UT 84078 | |
| 10925 | BELLETETE, MARGARET, 223A ELM ST., AMESBURY, MA 01913 | |
| 10924 | BELLEVIEW HOSPITAL, C/O HICO, BELLEVUE, OH 44811 | |
| 10924 | BELLEVILLE MEM HOSP C/O CIRCLE B, 4500 MEMORIAL DRIVE, BELLEVILLE, IL 62226-5399 | |
| 10925 | BELLEVILLE, ROBERT, 149 SUMMER AVE., #3A, READING, MA 01867 | |
| 10924 | BELLEVUE CENTER MALL, U.S. 70 S. AT SAWYER BROWN ROAD, NASHVILLE, TN 37221 | |
| 10924 | BELLEVUE SAND & GRAVEL CO, 29427 HIGHWAY 52, BELLEVUE, IA 52031 | |
| 10924 | BELLEVUE SAND & GRAVEL CO, ROUTE 2 BOX 33, BELLEVUE, IA 52031 | |
| 10924 | BELLEVUE SAND & GRAVEL COMPANY, 29427 HIGHWAY 52, BELLEVUE, IA 52031 | |
| 10925 | BELLEZZA, ERNEST, BOX 1206, GILROY, CA 95021-1206 | |
| 10925 | BELLFLOWER, ALICE, 15230 SW 300TH ST, LEISURE CITY, FL 33033 | |
| 10925 | BELLI, RINO, 948 UNION ST, SAN FRANCISCO, CA 94133 | |
| 10924 | BELLIN MEMORIAL HOSPITAL, 744 S. WEBSTER AVE., GREEN BAY, WI 54301 | |
| 10925 | BELLINA, DEBRA, 148 BLACKFORD AVE, PISCATAWAY, NJ 08854 | |
| 10925 | BELLINGER, HENRY, 20 HEATHER LANE, WINTER HAVEN, FL 33884 | |
| 10925 | BELLINGHAM & STANLEY, LTD, 1000 HURRICANE SHAOLS RD., LAWRENCEVILLE, GA 30043 | |
| 10924 | BELLINGHAM AIRPORT- FAA & 7 SISTERS, NORTHERN MARINE, BELLINGHAM, WA 98227 | |
| 10924 | BELLINGHAM ORCHARD COLD STORAGE, 600 ORCHARD DR., BELLINGHAM, WA 98225 | |
| 10925 | BELLINO, MICHAEL, 6666 CRENSHAW DRIVE, PARMA HEIGHTS, OH 44130 | |
| 10925 | BELLISSIMO ESQ, JOSEPH S, RR #3 LINDEN AVE, PO BOX 8221, ELLWOOD CITY, PA 16117 | |
| 10925 | BELLOISE, SHEILA, 109 NW 16TH ST, DELRAY, FL 33444 | |
| 10925 | BELLOMO, DEREK, 9299 UPWOODS LN, COLUMBIA, MD 21045 | |
| 10925 | BELLOMO, THANE, 9299 UPWOODS LN., COLUMBIA, MD 21045 | |
| 10925 | BELLON, BONNIE, 169 S. DOGWOOD LN, DRYPRONG, LA 71423 | |
| 10925 | BELLON, TERRY, 9535 SOUTHMOOR DRIVE, BATON ROUGE, LA 70815 | |
| 10925 | BELLOSILLO, CORAZON, PO BOX 5427, VALLEJO, CA 94591 | |
| 10925 | BELLOTTE, WILLIAM, 1509 ALTA VISTA, ALVIN, TX 77511-3101 | |
| 10925 | BELLOW, FRANK, 2419 GRIFFIN ST, LAKE CHARLES, LA 70601 | |
| 10925 | BELLOW, WANDA, 3101 ADMIRAL NIMITZ, LAKE CHARLES, LA 70615 | |
| 10925 | BELLOWS, CAROL ANN, 4013 ROBINHOOD WAY, SYKESVILLE, MD 21784 | |
| 10925 | BELLS FOOD MARKET INC, 995 HAWTHORNE AVE, ATHENS, GA 30606-2175 | |
| 10925 | BELLSOUTH COMMUNICATION, PO BOX 79045, BALTIMORE, MD 21279-0045 | |
| 10925 | BELLSOUTH DIRECTORY SALES, 2200 RIVERCHASE CENTER, BIRMINGHAM, AL 35244 | |
| 10925 | BELLSOUTH DIRECTORY SALES, 2200 RIVERCHASE CTR-SUITE 600, BIRMINGHAM, AL 35244 | |
| 10925 | BELLSOUTH DIRECTORY SALES, POBOX 277371, ATLANTA, GA 30384-7371 | |
| 10924 | BELLSOUTH ENTERTAINMENT, 300 CABOT PARKWAY, CUMMING, GA 30041 | |
| 10925 | BELLSOUTH FINANCIAL SERVICES, PO BOX 105679, ATLANTA, GA 30348 | |
| 10925 | BELLSOUTH FINANCIAL SVCS, PO BOX 79045, BALTIMORE, MD 21279-0045 | |
| 10925 | BELLSOUTH FINANCIAL SVCS, PO BOX 94639, CLEVELAND, OH 44101-4639 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 105472, ATLANTA, GA 30348-5472 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 407148, FORT LAUDERDALE, FL 33340-7148 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 530021, ATLANTA, GA 30353-0021 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 530022, ATLANTA, GA 30353-0022 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 530027, ATLANTA, GA 30353-0027 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 530048, ATLANTA, GA 30353-0048 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 70522, CHARLOTTE, NC 28272-0522 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BELLSOUTH MOBILITY, PO BOX 70811, CHARLOTTE, NC 28272-0811 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 70813, CHARLOTTE, NC 28272-0813 | |
| 10925 | BELLSOUTH MOBILITY, PO BOX 740316, ATLANTA, GA 30374-0316 | |
| 10925 | BELLSOUTH MOBILITY, POBOX 530049, ATLANTA, GA 30353-0049 | |
| 10925 | BELLSOUTH MOBILITY, POBOX 740322, ATLANTA, GA 30374-0322 | |
| 10925 | BELLSOUTH PUBLIC COMMUNICATION, PO BOX 740509, ATLANTA, GA 30374-0509 | |
| 10924 | BELLSOUTH TELECOM INC, 1905 PARKER DR, LAUREL, MS 39440 | |
| 10924 | BELLSOUTH TELECOM INC, 3600 AVIATION BOULEVARD, VERO BEACH, FL 32960 | |
| 10924 | BELLSOUTH TELECOM INC., 231 LAURENS STREET, AIKEN, SC 29801 | |
| 10924 | BELLSOUTH TELECOM INC., 500 DUNCAN H ILL ROAD, HENDERSONVILLE, NC 28792-2719 | |
| 10924 | BELLSOUTH TELECOM INC., ACCT. A 0062200 185 2000, 1602 MLK JRBLVD., PANAMA CITY, FL 32401-5430 | |
| 10924 | BELLSOUTH TELECOM INC.SIMENSON/SUML, 2182 TUCKER IND BLVD., TUCKER, GA 30084-5020 | |
| 10924 | BELLSOUTH TELECOM, INC, 4141 FLANNERY ROAD, BATON ROUGE, LA 70814-8099 | |
| 10924 | BELLSOUTH TELECOM, INC., 2024 VALLEYDALE ROAD, BIRMINGHAM, AL 35244 | |
| 10924 | BELLSOUTH TELECOM, INC., 2323 ARKANSAS ROAD, WEST MONROE, LA 71291 | |
| 10924 | BELLSOUTH TELECOMM, INC., PO #, 101 LEE STREET, COLLINS, MS 39428 | |
| 10925 | BELLSOUTH TELECOMMUNICATIONS, INC, 125 PERIMETER CENTER WEST, ATLANTA, GA 30346 | |
| 10925 | BELLSOUTH WIRELESS DATA, PO BOX 828435, PHILADELPHIA, PA 19182-8435 | |
| 10924 | BELLSOUTH, 5923 PEACHTREE INDUSTRIAL BLVD, NORCROSS, GA 30092 | |
| 10924 | BELLSOUTH, 600 NORTH 19TH ST., BIRMINGHAM, AL 35203 | |
| 10925 | BELLSOUTH, 85 ANNEX, ATLANTA, GA 30385-0001 | |
| 10925 | BELLSOUTH, PO BOX 33009, CHARLOTTE, NC 28243-0001 | |
| 10925 | BELLSOUTH, PO BOX 530014, ATLANTA, GA 30353-0014 | |
| 10925 | BELLSOUTH, PO BOX 60050, NEW ORLEANS, LA 70166-0050 | |
| 10925 | BELLSOUTH, PO BOX 70807, CHARLOTTE, NC 28272-0807 | |
| 10925 | BELLSOUTH, PO BOX 740144, ATLANTA, GA 30374-0144 | |
| 10924 | BELLSOUTH/MARCONI TECH, 2101 GERMANTOWN ROAD, GERMANTOWN, TN 38138 | |
| 10925 | BELLWETHER TECHNOLOGY CORP, 825 GIROD ST, NEW ORLEANS, LA 70113 | |
| 10925 | BELLWETHER TECHNOLOGY CORP., 825 GIROD ST, NEW ORLEANS, LA 70113 | |
| 10924 | BELMAY INC., 45 LEONE LANE, CHESTER, NY 10918 | |
| 10925 | BELMONT SPRINGS WATER CO INC, PO BOX 23, BOSTON, MA 02297-0023 | |
| 10925 | BELMONTE, JULIA, 8547 TIMBER LODGE, SAN ANTONIO, TX 78250 | |
| 10924 | BELOIT READY MIX INC, 863 PHILHOWER ROAD, BELOIT, WI 53511 | |
| 10924 | BELOIT READY MIX INC, P O BOX 916, BELOIT, WI 53511 | |
| 10924 | BELOIT REDI-MIX INC, P.O. BOX 916, BELOIT, WI 53511 | |
| 10925 | BELOIT REDI-MIX INC, POBOX 916, BELOIT, WI 53512-0916 | |
| 10925 | BELOND, RUTH, 3311 STARLINE DRIVE, R. PALOS VERDES, CA 90274 | |
| 10925 | BELONEY, TERRY D, 2449 OLD HWY. 171, LAKE CHARLES, LA 70615 | |
| 10925 | BELONEY, TERRY, 2449 OLD HWY 171, LAKE CHARLES, LA 70615 | |
| 10925 | BELOVA, IRINA, 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10925 | BELOVA, IRINA, 2827 DOIDGE AVE, PINOLE, CA 94564 | |
| 10925 | BELPACIFIC, 3183 NORLAND AVE, BURNABY, BC V5B 3A9CANADA | *VIA Deutsche Post* |
| 10925 | BELSHAW, CAROL, 23700 EUCLID ST. PO BOX 291, SCHNEIDER, IN 46376 | |
| 10925 | BELSITO, CARRIE, 7178 N. FRUIT, FRESNO, CA 93711 | |
| 10925 | BELSITO, DONALD V, 6516 ABERDEEN ROAD, MISSION HILLS, KS 66208 | |
| 10925 | BELSKI, DIANA, 7999 FAYETTE AVE NW, MASSILLON, OH 44646 | |
| 10924 | BELT BUILDERS, 4600 INDUSTRIAL ACCESS, DOUGLASVILLE, GA 30134 | |
| 10925 | BELT RAILWAY CO. OF CHICAGO, C/O BANK OF AMERICA-PO BOX 99380, CHICAGO, IL 60693 | |
| 10925 | BELT RAILWAY COMPANY OF CHICAG, THE, PO BOX 99380, CHICAGO, IL 60693 | |
| 10925 | BELT, NELLIE, 409 KENMORE DRIVE, PIEDMONT, SC 29673 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BELT, WALTER, 1404 ROGERS LANE, SEVERN, MD 21144

10925   BELTER, JEAN A, 4702 STUDLEY ROAD, MECHANICSVILLE, VA 23116-6651

10924   BELTERRA TOWER, 706 HIGHWAY 156, FLORENCE, IN 47020

10925   BELTON, ANDRIENNE, 150 LIGON ST APT 1101, CLEMSON, SC 29631

10925   BELTON, GWENDOLYN, 4033 CRANBERRY LN, ST LOUIS, MO 63121

10925   BELTON, MARY, 95 INDIAN CREEK RD NW APT 69, HUNTSVILLE, AL 35806-2612

10925   BELTON, WILLIE, 603 CRESTVILLE RD, GREENVILLE, SC 29605

10924   BELTRAMI COMMUNITY SERVICES, 616 AMERICAN AVE NW, BEMIDJI, MN 56601

10925   BELTRAN, AMARO, 167 18TH ST, UNION CITY, NJ 07087

10925   BELTRAN, GLORIA, PO BOX 5846, SAN ANTONIO, TX 78201

10925   BELTRAN, JESUS, PO BOX 997 1556 FM ROAD, CARRIZO SPRINGS, TX 78834

10925   BELTRAN, JOANNE, 4421 GILBERT ST, OAKLAND, CA 94611

10925   BELTRAN, LUIS, PO BOX 464, DUNCAN, SC 29334

10925   BELTRAN, LUISA, 11418 GONDOLA, STAFFORD, TX 77477

10925   BELTRAN, NANCY, 25 MADISON ST, SOUTH SOMERVILLE, NJ 08880

10925   BELTRAN, THELMA, 722 MARTIN, HOUSTON, TX 77018

10925   BELTSVILLE RUBBER CORPORATION, PO BOX 436, BELTSVILLE, MD 20705

10924   BELTWAY GLASS & MIRRORS, 1666 SULPHUR SPRING ROAD, HALETHORPE, MD 21227

10925   BELTZ, GARY, 41-1633 F SADDLE CITY ROAD, WAIMANALO, HI 96795

10925   BELUE, BILLY, PO BOX 3603, ODESSA, TX 79760

10925   BELVA P DAWKINS, 35 CROSS CREEK DR APT N-2, CHARLESTON, SC 29412-2595

10925   BELZ INVESTMENT CO, INC, 5118 PARK AVE, MEMPHIS, TN 38117

10925   BELZONA AMERICA, INC, AMERICAS GATEWAY PARK, MIAMI, FL 33172

10925   BELZONA CHESAPEAKE, 11611 SILVERMAPLE COURT, HUNT VALLEY, MD 21030

10925   BELZONA CHESAPEAKE, INC, 11611 SILVERMAPLE COURT, HUNT VALLEY, MD 21030

10925   BEMBERIS, IVARS, 6 VICTORIA DRIVE, HAMPTON FALLS, NH 03844

10925   BEMBRICK, DOUGLAS, 2905 DUNCAN, ST JOSEPH, MO 64507

10925   BEMIES, CARMEN, 2940 EAGLE, WASHOE VALLEY, NV 89704

10925   BEMIS CO, INC, 1350 NORTH FRUITRIDGE AVE., TERRE HAUTE, IN 47804-1716

10925   BEMIS COMPANY INC., PO BOX 75100, CHARLOTTE, NC 28275

10925   BEMIS PACKAGING MACHINERY CO, POBOX 91707, CHICAGO, IL 60693

10925   BEMIS, GAIL, 72 MONTAUK RD, BROCKTON, MA 02401

10925   BEMIS, GLENN, 802 OLD RIVERSIDE RD, BALTIMORE, MD 21225

10925   BEN ALLEN EDWARDS, 4008 MICHELLE ST, MURFEESBORO, TN 37129

10925   BEN BENNETT, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   BEN C HARRISON, 1369 WALNUT GROVE RD, ROEBUCK, SC 29376-3721

10925   BEN DYER ASSOC INC, 11721 WOODMORE RD #200, MITCHELLVILLE, MD 20721-4127

10925   BEN DYER ASSOCIATES,INC, 11721 WOODMORE ROAD, SUITE 200, MITCHELLVILLE, MD 20721

10924   BEN EDWARDS C/O W.R. GRACE & CO., 4008 MICHELLE STREET, MURFREESBORO, TN 37129

10925   BEN EZRA, DAWN, 4244 OCEAN PINES, BERLIN, MD 21811

10925   BEN F BRYER, PLANTARIUM STA, PO BOX 191, NEW YORK, NY 10024-0000

10924   BEN FEDERICO FREIGHT CONSOLIDATORS, 8035 N.W. 67TH ST, MIAMI, FL 33166

10924   BEN HILL, C/O CHAMBLESS FIREPROOFING, FITZGERALD, GA 31750

10925   BEN J LIPPS, C/O FRESENIUS USA, 2637 SHADELANDS DR, WALNUT CREEK, CA 94598-2512

10925   BEN J STRADER, 651 SIBLEY FOREST, MARIETTA, GA 30067-5145

10925   BEN LANDMAN &, HENRIETTA LANDMAN JT TEN, 12 EDGEWOOD TRAIL, MONROE, NY 10950-9443

10925   BEN LONDON, 4 WALTHAM, CENTURY VILLAGE, WEST PALM BEACH, FL 33417-1977

10925   BEN NAGASHIMA, 10620 STORY LA, SAN JOSE, CA 95127-4334

10925   BEN OKEEFE, 27882 REID RD., LORANGER, LA 70446

10925   BEN ONEAL CO, INC, PO BOX 5, CHATTANOOGA, TN 37401

10925   BEN PILLA, 8 CARRIAGE HOUSE CT, CHERRY HILL, NJ 08003-5159

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　BEN SENN, 1694 HWY. 49, LAURENS, SC 29360

10925　BEN WEST, 114A CAMPUS VIEW DR, TROY, NY 12180

10925　BEN, LAWRENCE, 11730 SUBBURBAN #B, HOUSTON, TX 77050

10925　BENA, JOHN, 16471 50TH ST, OELWEIN, IA 50662-9455

10925　BENA, LORI, PO BOX 286, PALO, IA 52324

10925　BENA, ROBERT, 3717 SPRINGVILLE RD, SPRINGVILLE, IA 52336

10925　BENABE, ELIZABETH, PARIS 243, HATO REY, PR 00917

10925　BENADOM, FLORENCE, 1499 FOSTER DR, RENO, NV 89509-1209

10924　BENAI SENAGOGUE, 11433 EAST 20TH ST.  SUITE A, TULSA, OK 74128

10925　BEN-ALEXANDER, EVE, 3303 STONEY BRIAR, SAN ANTONIO, TX 78247

10925　BENALI, ROBIN, 6001 SW 76 ST, MIAMI, FL 33143

10925　BENALLY, RENA, 2508 W KIVA AVE, MESA, AZ 85202

10925　BENALLY, ROSLYN, HC63 BOX 446, WINSLOW, AZ 86047

10925　BENAOUNE, BELKACEM, 1557 N 19TH ST, ARLINGTON, VA 22309

10925　BENART, MARY ANN, 5464 HELLMAN AVE, ALTA LOMA, CA 91701

10925　BENASSI, TOM, 640 DANIEL COURT 16F, CINCINNATI, OH 45244

10925　BENAVIDES, ABEL, 1854 BELMONT, FT WORTH, TX 76106

10925　BENAVIDES, ALVARO, 2864 OAKBROOK DRIVE, WESTON, FL 33332

10925　BENAVIDES, AMANDA, 110 A. VIRAINIA, WACO, TX 76705

10925　BENAVIDES, ANA, 25-18TH AVE, PATERSON, NJ 07513

10925　BENAVIDES, ARTURO, 2128 CEDAR AVE., MCALLEN, TX 78501

10925　BENAVIDES, DEBORAH, 1455 CABLE RANCH RD #1434, SAN ANTONIO, TX 78245

10925　BENAVIDES, EUGENIO, 106 N ARANSAS, ALICE, TX 78332

10925　BENAVIDES, JAMES, 2316 CROMWELL DRIVE, ARLINGTON, TX 76018

10925　BENAVIDES, JOHN, 7034 N. 55TH ST APT. C, MILWAUKEE, WI 53223

10925　BENAVIDES, JULIA, 16822 RED GULLY DR, SUGARLAND, TX 77478

10925　BENAVIDES, LAURA, 4222 EAST HGW 80, MESQUITE, TX 75149

10925　BENAVIDES, ROLAND, 7211 PEBBLE CREEK, SAN ANTONIO, TX 78238

10925　BENAVIDES, ROSA, 1929 S 32ND ST, MCALLEN, TX 78503

10925　BENAVIDES, TWILA, 6801 WOLFLIN #1205, AMARILLO, TX 79106

10925　BENAVIDEZ III, CASIMIRO, 4013 BRADFORD, CORPUS CHRISTI, TX 78411

10925　BENAVIDEZ, DONALD, HWY 160 W., DEL NORTE, CO 81132

10925　BENAVIDEZ, JEANNETTE, 4001 WATONGA, HOUSTON, TX 77092

10925　BENAVIDEZ, MARCIA, 1051 GOMEZ RD., EL PASO, TX 79932

10925　BENAVIDEZ, SONIA, 3573 PEAK DRIVE, SAN JOSE, CA 95127

10925　BENBOW-STERLING, BERNETTA, 210 POPULAR PL, PISCATAWAY, NJ 08854

10925　BENCHMARK COMMUNICATIONS INC, 11777 KATY FREEWAY, SUITE 395, HOUSTON, TX 77079

10925　BENCHMARK COMMUNICATIONS, INC, PO BOX 107, CAT SPRING, TX 78933

10925　BENCHMARK CONSTRUCTION, 2210 W. BUCKEYE ROAD, PHOENIX, AZ 85009

10925　BENCOMO, MARIA ELENA, 925 MALLETT, EL PASO, TX 79907

10925　BENCOSME, FRANQUI, 801 RIVERSIDE DRIVE, NEW YORK, NY 10032

10925　BENCSIK, JOHN, 7719 HAMILTON, BURR RIDGE, IL 60521-6936

10924　BEND INDUSTRIES, 1132 E. WISCONSIN AVE., APPLETON, WI 54911

10924　BEND INDUSTRIES, 11412 W BROWN DEER RD, MILWAUKEE, WI 53224

10924　BEND INDUSTRIES, 11412 W.BROWN DEER RD, MILWAUKEE, WI 53224

10924　BEND INDUSTRIES, 2190 SOUTH MAIN STREET, WEST BEND, WI 53095

10924　BEND INDUSTRIES, 2200 SOUTH MAIN STREET, WEST BEND, WI 53095

10924　BEND INDUSTRIES, APPLETON CONCRETE DIV, APPLETON, WI 54911

10924　BEND INDUSTRIES, P O BOX 178, WEST BEND, WI 53095

10925　BEND INDUSTRIES-BROWN DEER YD, 2929 PARADISE DR, WEST BEND, WI 53095

10924　BEND MILLWORK SYSTEMS, INC., BEND, OR 97701

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BEND RESEARCH, 64550 RESEARCH ROAD, BEND, OR 97701

10925   BENDA, RICHARD, 3939 OLD COLONY ROAD, KALAMAZOO, MI 49008

10925   BENDEL, 4823 N GRAHAM ST, CHARLOTTE, NC 28269

10925   BENDEL, 4823 NORTH GRAHAM ST, CHARLOTTE, NC 28269

10924   BENDER PLUMBING SUPPLY, 145 CHERRY STREET, WATERBURY, CT 06702

10924   BENDER ROOF TILE IND INC, P.O. BOX 190, BELLEVIEW, FL 32620

10925   BENDER, BONNIE, 4775 NW 90 AVE, SUNRISE, FL 33351

10925   BENDER, CHARLES, 4135 MURPHY AVE, BILLINGS, MT 59101-5435

10925   BENDER, GARY, 1626 HAVELOCK DR., SPRING, TX 77386

10925   BENDER, GARY, 1825 N RANCHERO RD, VALLEY SPRNGS, CA 95252

10925   BENDER, GHERRY, CUST FOR MICHAEL O BENDER, UNIF GIFT MIN ACT WASH, 4139 96TH AVE SE, MERCER ISLAND, WA 98040-4233

10925   BENDER, JOHN, RT 6 BOX 215, ST ANNE, IL 60964

10925   BENDER, JON, RT 6 BOX 215, ST ANNE, IL 60964

10925   BENDER, MARY, 3004-C N RIDGE RD, ELLICOTT CITY, MD 21043

10925   BENDER, MEGAN, 8055 RODEO DR., LAS VEGAS, NV 89123

10925   BENDER, MICHAEL, 2752 YARNALL ROAD, BALTIMORE, MD 21227

10925   BENDER, MICHELE, POBOX 281, SALEM, SC 29676

10925   BENDER, NANCY, 5510 37TH ST EAST GARDEN LAKES, BRADENTON, FL 34203-9101

10925   BENDIX CORP, 1400 TAYLOR AVE, BALTIMORE, MD 21204

10924   BENDIX CORPORATION, 2100 E. 95TH STREET, KANSAS CITY, MO 64131

10925   BENDIX CORPORATION, SUITE 320, 1050 WILSHIRE DR., TROY, MI 48084

10925   BENDIX, MICHAEL C, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   BENDIX, MICHAEL, 1720 CATTAIL WOODS, WOODBINE, MD 21797

10925   BENDLER, ANN, 3230 OCEANIC DRIVE, TOMS RIVER, NJ 08753

10925   BENDORF, SHERI, 201 HARDWOOD TR., MESQUITE, TX 75150

10925   BENEA, SUSAN, 41 CORDAGE TERRACE, PLYMOUTH, MA 02360

10925   BENECIA, 975 BENECIA AVE, SUNNYVALE, CA 94086

10925   BENEDEK, A RICHARD, 211 CENTRAL PARK W 11E, NEW YORK, NY 10024-6020

10925   BENEDETTI, NANCY, 27710 BONN MT., SAN ANTONIO, TX 78260

10924   BENEDICT COLLEGE CAMPUS CENTER, 1616 OAK STREET, COLUMBIA, SC 29201

10925   BENEDICT ENTERPRISES, INC, 707 S EDGEWOOD AVE, URBANA, OH 43078-9603

10925   BENEDICT, DANIEL, 12 BEN PLACE, BILLERICA, MA 01821

10925   BENEDICT, GINA, 713 MARBURN DR, COLUMBUS, OH 43214

10925   BENEDICTINE HIGH SCHOOL, 304 N. SHEPPARD ST, RICHMOND, VA 23231

10925   BENEDICTO AREVALO, 239 OAK MEADOW DR, SIMPSONVILLE, SC 29681

10925   BENEDICTO L AREVALO, 107 FAYETTE ST, WOLLASTON, MA 02170-0000

10925   BENEFICIAL NATIONAL BANK, PO BOX 15521, WILMINGTON, DE 19850

10925   BENEFICIAL NATIONAL BANK, PO BOX 15736, WILMINGTON, DE 19886-5736

10925   BENEFIELD, DOUGLAS, RT 2, BOX 22, OSYKA, MS 39657

10925   BENEFIELD, DOUGLAS, RT. 2, BOX 23, OSYKA, MS 39657

10925   BENEFIT, GREGORY, 17 PLAIN ST, RANDOLPH, MA 02368

10925   BENEFITS & COMPENSATION, PO BOX 615, HOLMES, PA 19043-0615

10925   BENELL, NANCY, 16 E MADISON AVE, DUMONT, NJ 07628

10925   BENESH, HARRY, 810 19TH ST SE, CEDAR RAPIDS, IA 52403

10925   BENESH, MARIBELLE, PO BOX 183, NORTH LIBERTY, IA 52317

10925   BENET, CARMEN, 1600 NORTH MARKET ST, FREDERICK, MD 21701

10925   BENEVENTO, ROBERT, 59 JAQUES ST, SOMERVILLE, MA 02145

10925   BENEVIDES, JOAO, 13 BARNUM ST, TAUNTON, MA 02780

10925   BENEVIDES, LAUREANO, 466 MIDDLEBORO AVE., E. TAUNTON, MA 02718

10925   BENEVIDES, PAUL, 466 MIDDLEBORO ROAD, EAST TAUTON, MA 02718

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BENEVIDES, ROY, 466 MIDDLEBORO AVE, TAUNTON, MA 02718

10925   BENEZE, SHARON, 5504 10TH ST, LUBBOCK, TX 79416

10925   BENFER, BETTY, 11021THORNHILL CLUB DR, CHARLOTTE, NC 28277

10924   BENFIELD ELECTRIC (AD), 166 LUDLOW ST., YONKERS, NY 10705

10924   BENFIELD ELECTRIC (AD), 25 LAFAYETTE AVE, NORTH WHITE PLAINS, NY 10603

10924   BENFIELD ELECTRIC SUFFERN NY, 12 NORTH AIRMONT RD (TALLMAN PLAZA), SUFFERN, NY 10901

10924   BENFIELD ELECTRIC SUPPLY CORP., 43-35 24TH STREET, LONG ISLAND CITY, NY 11101

10924   BENFIELD ELECTRIC(CENTRAL ELE., 541  WEST 125TH STREET, NEW YORK, NY 10027

10925   BENFIELD, JAMES, 2065 BUFFALO SHOALS RD, STATESVILLE, NC 28677-2446

10925   BENFIELD, REBECCA, 1924 WEBB GIN HSE RD, SNELLVILLE, GA 30278

10925   BENFORD, AUDREY, 13856 RUSSELL ZAPP RD, CLARKSVILLE, MD 21029

10925   BENGE, RICHARD, 1402 N IOWA AVE, WASHINGTON, IA 52353-2744

10925   BENGE, SR, BOBBY, 2302 CORNWELL DRIVE, JEFFERSONVILLE, IN 47130

10925   BENHABILES, MUSTAPHA, 21661 BROOKHURST, HUNTINGTON BEACH, CA 92646

10925   BENICH, KENNETH, 7217 NEW JERSEY, HAMMOND, IN 46232

10924   BENILDE ST. MARGARETS, 2501 HWY 100 SOUTH, SAINT LOUIS PARK, MN 55416

10925   BENINATI, NANCY, 5743 PEBBLEBROOK LN, BONYTON BCH, FL 33437

10925   BENION, JAMES, 964 JIM LOCKE RD, CARROLLTON, AL 35447

10925   BENISCH, PATRICIA, 4403 CURRY LN, BOX 63, WINDSOR, WI 53598

10925   BENISE-DOWLING & ASSOCIATES, INC, 5068 SNAPFINGER WOODS DRIVE, DECATUR, GA 30035

10925   BENIT JR., EMMETT, 306 MARGUERITE BLVD., LAFAYETTE, LA 70503

10925   BENIT, ALAN, 801 E UNIVERSITY AVE, LAFAYETTE, LA 70503

10925   BENIT, GERARD, 267 CHRIS DR., MINDEN, LA 71055

10925   BENITEZ, ADELQUIS, 508 COSBY AVE, COPPELL, TX 75019-3918

10925   BENITEZ, C, 6372 SW 151 PL, MIAMI, FL 33193

10925   BENITEZ, NELDA, 466 PARKSIDE COURT, CHULA VISTA, CA 91910

10925   BENITEZ, PABLO, CALLE 9 GG19, URBANIZACION SIERRA LINDA, BAYAMON, PR 00619

10925   BENITEZ, PEDRO, BOX 4345, CAROLINA, PR 00984

10925   BENITEZ, RAMONITA, APT903 TORRE II COND, RIO PIEDRAS, PR 00926

10925   BENJAMIN C LUCKEY, 806 TRAM RD, LYNCHBURG, SC 29080-8470

10925   BENJAMIN C NYGARD TR UA NOV 19 87, THE BENJAMIN C NYGARD TRUST, 17111 BUCKINGHAM RD, BEVERLY HILLS, MI 48025-3205

10925   BENJAMIN CHOUAKE MD, POBOX 1321, ENGLEWOOD, NJ 07632

10925   BENJAMIN COHEN TR UA AUG 17 93, BENJAMIN COHEN TRUST, 97 W PALISADE A, ENGLEWOOD, NJ 07631-2611

10925   BENJAMIN COHEN, 4740 S OCEAN BLVD APT 703, HIGHLAND BEACH, FL 33487-5372

10925   BENJAMIN DICKSTEIN, THE PLAZA APT 307, 1250 GREENWOOD AVE, JENKINTOWN, PA 19046-2901

10925   BENJAMIN GEORGE GARDINER &, HONG-HAI GARDINER JT TEN, 411 MAIN ST, NASHUA, NH 03060-5060

10925   BENJAMIN J WEIGLE, 310 HOLMES ST, BETTENDORF, IA 52722-4642

10925   BENJAMIN J WEST, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BENJAMIN KLEINMAN &, FANNIE KLEINMAN JT TEN, 2254 EAST 22ND ST, BROOKLYN, NY 11229-4812

10925   BENJAMIN M PHILLIPS, 2705 YORKSHIRE DR, TITUSVILLE, FL 32796-3734

10924   BENJAMIN MOORE & CO., 2501 W. NORTH AVENUE, MELROSE PARK, IL 60160

10924   BENJAMIN MOORE & CO., 733 DAL WORTH DRIVE, MESQUITE, TX 75149

10924   BENJAMIN MOORE AND COMPANY, 109 BAMBERG DRIVE, PELL CITY, AL 35125

10924   BENJAMIN MOORE AND COMPANY, 51 CHESTNUT RIDGE ROAD, MONTVALE, NJ 07645-1862

10924   BENJAMIN MOORE HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   BENJAMIN MOORE, 134 LISTER AVENUE, NEWARK, NJ 07105

10924   BENJAMIN MOORE, 3325 SOUTH GARFIELD AVENUE, LOS ANGELES, CA 90040

10925   BENJAMIN MOORE, 51 CHESTNUT RIDGE RD., MONTVALE, NJ 07645

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BENJAMIN MOORE, PO BOX 91-1021, LOS ANGELES, CA 90091

10924    BENJAMIN MOORE-DO NOT USE, 51 CHESTNUT RIDGE ROAD, MONTVALE, NJ 07645

10925    BENJAMIN PLUMBING INC, RALPH M BENJAMIN, 5369 KING JAMES WAY, MADISON, WI 53719

10925    BENJAMIN PLUMBING, FOLEY & LARDNER DOUGLAS B CLARK, 150 EAST GILMAN ST, PO BOX 1497, MADISON, WI 53701-1497

10924    BENJAMIN ROSE INSTITUTE, 1985 MANCHESTER BLVD, AKRON, OH 44314

10925    BENJAMIN W VARINOSKI, 605 CLUB HOUSE DR, WASHINGTON, PA 15301-6285

10925    BENJAMIN YOKUM & HEATHER, LLC, 312 ELM ST., STE 1850, CINCINNATI, OH 45202

10925    BENJAMIN, JAMES, 58 SUN VALLEY RD, RAMSEY, NJ 07446

10925    BENJAMIN, JEFFERY, 1505 ROBINHILL DR., NORCROSS, GA 30093

10925    BENJAMIN, JILL, 17949 MYRICA LANE, SAN DIEGO, CA 92127

10925    BENJAMIN, LAUREL, 2800 WOODALE AVE, GREEN BAY, WI 54313

10925    BENJAMIN, MARK, 1306-G STONE MILL, STONE MOUNTAIN, GA 30083

10925    BENJAMIN, MARYELLEN, 476 GONZAGA AVE, VALLEJO, CA 94589

10925    BENJAMIN, MD, JAMES J, PO BOX 1405, MILLERSVILLE, MD 21108

10925    BENJAMIN, WILLIAM, 24205 E EVERGREEN ST, WELCHES, OR 97067

10925    BENJAMIN, YOCUM & HEATHER, LLC, 312 ELM ST., SUITE 1850, CINCINNATI, OH 45202-2763

10925    BENKO PRODUCTS, 5350 EVERGREEN PKWY, SHEFFIELD, OH 44054

10925    BENKO PRODUCTS, INC, 5350 EVERGREEN PKWY, SHEFFIELD, OH 44054

10925    BENKO, CHRISTINE, 609 THOMPSON AVE, BOUND BROOK, NJ 08805

10925    BENKO, DIANE, 4A RAILROAD PL, BRIDGEWATER, NJ 08807

10925    BENN, BERTHA, 213 HICKORY LANE, MOMENCE, IL 60954-1012

10925    BENN, JAMES, 6994 MACBETH WAY, ELDERSBURG, MD 21784

10925    BENNEFIELD, GEORGE, 737 HILLSIDE CHRCH RD, FOUNTAIN INN, SC 29644

10925    BENNEFIELD, WILLIE, PO BOX 91581, LAKELAND, FL 33804-1581

10925    BENNER CO., 2141 DANA AVE., CINCINNATI, OH 45207

10925    BENNER COMPANY, PO BOX 632268, CINCINNATI, OH 45263-2268

10925    BENNER COMPANY, THE, PO BOX 632268, CINCINNATI, OH 45263-2268

10925    BENNER, NORMAN, 271 RACE ST, MACUNGIE, PA 18062

10925    BENNER, PAMELA MIRIA, 716 HANOVER LANE, MARIETTA, GA 30067

10925    BENNER, WILLIAM, 110 FIRST AVE, RICHLANDTOWN, PA 18955

10925    BENNETT A MORROW, 8712 DUNAIRE DR, KNOXVILLE, TN 37923-6835

10925    BENNETT BROTHERS, INC, 30 EAST ADAMS ST., CHICAGO, IL 60603

10924    BENNETT CONCRETE  CO., 306 W. WALNUT STREET, HAZLEHURST, GA 31539

10924    BENNETT CONCRETE CO INC, 306 W WALNUT ST, HAZLEHURST, GA 31539

10924    BENNETT CONCRETE CO INC., P.O. BOX 614, HAZLEHURST, GA 31539

10924    BENNETT FLEET INC, ST SAUVER QUE, C1K 6W8, QC O0O 0O0TORONTO                    *VIA Deutsche Post*

10924    BENNETT HALL, OKLAHOMA STATE UNIVERSITY, STILLWATER, OK 74078

10925    BENNETT JR, ROBERT, 60 PITT RD, FRAMINGHAM, MA 01701

10925    BENNETT JT TEN, ALLAN K & DOROTHY JEAN, 13655 E VICTOR RD, LODI, CA 95240-9709

10925    BENNETT L ELISBERG &, R MARILYN ELISBERG JT TEN, 4008 QUEEN MARY DR, OLNEY, MD 20832-2108

10925    BENNETT PAVING, INV, PO BOX 5033, SPARTANBURG, SC 29304

10925    BENNETT SR., DONALD, 11907, BELTSVILLE, MD 20705

10925    BENNETT, A H, 900 GLENWOOD AVE, MINNEAPOLIS, MN 55405

10925    BENNETT, ALBION, 434 JORDAN DR, ANAMOSA, IA 52205

10925    BENNETT, ANNA, 52-61 79TH ST, ELMHURST, NY 11373

10925    BENNETT, ANNETTE, 1250 MOULIN ROUGE, DALLAS, TX 75211

10925    BENNETT, ANTHONY, 901 GATEWAY DR, PHENIX CITY, AL 36869

10925    BENNETT, BARBARA, 126 WASHINGTON ST, MELROSE, MA 02176

10925    BENNETT, BARBARA, 285 RIVER ROAD, TEWKSBURY, MA 01876-1038

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BENNETT, BEN, 3717 ASBURY LANE, ATLANTA, GA 30331

10925   BENNETT, BERT, 203 W FLORA ST, WASHINGTON, IN 47501

10925   BENNETT, BOBBY, PO BOX 165, HOUSTON, MO 65483

10925   BENNETT, BRENDA, 2258 PRESSLER RD, AKRON, OH 44312

10925   BENNETT, BRIAN, PO BOX 212, SIMPSON, LA 71474

10925   BENNETT, BRIDGET J, PO BOX 292, SC, SC 29935

10925   BENNETT, CALVIN, 1488 FOX HOLLOW WAY, NO. MYRTLE BCH, SC 29582

10925   BENNETT, CALVIN, ROUTE 1 BOX 132, MAGAZINE, AR 72943

10925   BENNETT, CHARLES, 2710 PELICAN DRIVE, ANCHORAGE, AK 99515

10925   BENNETT, CHARLES, 426 SILVER LAKE ROAD, DUNCAN, SC 29334-9716

10925   BENNETT, CLIFTON, 1716 EASTCREST DR, CHARLOTTE, NC 28205

10925   BENNETT, DANNY, 3300 15TH ST WEST, HCR#2, ROSAMOND, CA 93560

10925   BENNETT, DEBBIE, 29 LAKE ARROWHEAD DR, WINTERHAVE, FL 33880

10925   BENNETT, DENNIS, 1816 EAST TRAPNELL ROAD, PLANT CITY, FL 33566-8266

10925   BENNETT, DERROLD, 613 LITTLE ST, STREATOR, IL 61364

10925   BENNETT, DORIS, 7309 MARGATE COURT, GLEN BURNIE, MD 21061-7065

10925   BENNETT, EARL, 907 DOSIA, IOWA PARK, TX 76367

10925   BENNETT, EDWARD, 1507-108 PINEWINDS DR, RALEIGH, NC 27603

10925   BENNETT, EDWARD, 25 GREENWICH PARK #1, BOSTON, MA 02118

10925   BENNETT, EDWIN, 1050 CARVER AVE, BARTOW, FL 33830-6103

10925   BENNETT, FRANCIS T, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   BENNETT, FRANCIS, 2 MONTROSE AVE, ARLINGTON, MA 02174

10925   BENNETT, FRED, 2311 TIMLIN HILL ROAD, PORTSMOUTH, OH 45662-3013

10925   BENNETT, GAIL, 13400 OSCAR ST, SYLMAR, CA 91342

10925   BENNETT, GAIL, BOX 712 RR 2, ANDOVER, NJ 07821

10925   BENNETT, GEORGIA, 1344 WEST 26TH ST., INDIANAPOLIS, IN 46208

10925   BENNETT, HARRY, 4315 N CORK ROAD, PLANT CITY, FL 33566-9499

10925   BENNETT, HENRY, ROUTE 1, BOX 8-B, YAZOO CITY, MS 39194

10925   BENNETT, HIDEKO, 426 SILVER LAKE ROAD, DUNCAN, SC 29334

10925   BENNETT, HUBERT, 487 WHITT ROAD, PIEDMONT, SC 29673

10925   BENNETT, ILETTE, 389 COLLEGE DRIVE, EDISON, NJ 08817

10925   BENNETT, IRA, 1608 KAREN LANE, IOWA PARK, TX 76367

10925   BENNETT, JAMES, 200 BROOKSIDE WAY, GREENVILLE, SC 29605

10925   BENNETT, JAMES, 634 THRUSH, DUNCANVILLE, TX 75116

10925   BENNETT, JAMES, BOX 488, THERMOPOLIS, WY 82443

10925   BENNETT, JENNIFER, 1015 NORTH 8TH ST., MONROE, LA 71201

10925   BENNETT, JOSEPH, PO BOX 97, SILVER CREEK, MS 39663

10925   BENNETT, JUNE, 3914 DEANSBRIDGE RD, HEPHZIBAH, GA 30815

10925   BENNETT, KAREN, 4217 MINK, CASPER, WY 82604

10925   BENNETT, KATHLEEN, 303 BURGESS ST, BECKLEY, WV 25801

10925   BENNETT, KRISTIN, PO BOX 562, GROTON, MA 01450

10925   BENNETT, KYLE, HC 75, BOX 130, LOCUST GROVE, VA 22508

10925   BENNETT, LARRY, 8D BALL ST, NEWMAN, GA 30263

10925   BENNETT, LAURA, 365 OLENTANGY RIVER RD, DELAWARE, OH 43015

10925   BENNETT, LEE, 3 WATKINS CIRCLE, TAYLORS, SC 29687

10925   BENNETT, LEONARDA, 902 MOUNTAIN, HARKER HEIGHTS, TX 76543

10925   BENNETT, LORI, 4107 78TH ST W, BRADENTON, FL 34209

10925   BENNETT, MARC, 126 WASHINGTON ST, MELROSE, MA 02176

10925   BENNETT, MARCIA, 5903 S.E. 94TH TRAIL, OKEECHOBEE, FL 34974

10925   BENNETT, MARGIE, C/O LINDA RESSE, ASHEVILLE, NC 28806

10925   BENNETT, MARILYN, 1919 S. KIRKWOOD, HOUSTON, TX 77077

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BENNETT, MARJORIE, 7406 W MINNEZONA, PHEONIX, AZ 85033

10925   BENNETT, MARY, PO BOX 6601, SANTA FE, NM 87502

10925   BENNETT, MATHEW, 330 RIDGEMONT DR, FAYETTEVILLE, GA 32704

10925   BENNETT, MATTHEW, 1319 KING AVE, LAKELAND, FL 33803-1435

10925   BENNETT, MAXINE, 3525 NW 213 ST, MIAMI, FL 33056

10925   BENNETT, MCDONAL, 1025 PINEY NECK RD, VANCEBORO, NC 28586

10925   BENNETT, MICHELLE, 730 JENNINGS RD, EVANS, GA 30809

10925   BENNETT, MONTE, 1275 11TH ST N., HAVRE, MT 59501

10925   BENNETT, OLGA, 7320 PITTSVILLE AVE, PHILADELPHIA, PA 19126

10925   BENNETT, PENNY, ROUTE 2, BOX 462, MARLOW, OK 73055

10925   BENNETT, RAGIENA, 434 JORDAN DRIVE, ANAMOSA, IA 52205

10925   BENNETT, RAYMOND, 1215 PINEHILL LANE, LUMBERTON, TX 77656

10925   BENNETT, REBECCA, 1504 N.E. HARVEST LN, LEE S SUMMIT, MO 64086

10925   BENNETT, RICHARD, 7 CURVE ST, BEDFORD, MA 01730

10925   BENNETT, ROBERT, 245 CONGAREE RD 1201, GREENVILLE, SC 29607

10925   BENNETT, ROBERT, 27075 SE MEIER LANE, BORING, OR 97009-9257

10925   BENNETT, ROGER, 7001 S OTTO RD, PLANT CITY, FL 33566

10925   BENNETT, RUSSELL, 3 HYACINTH DRIVE, WESTFORD, MA 01886

10925   BENNETT, STEVEN, 5775 VICE LANE, BURLINGTON, KY 41005

10925   BENNETT, TERESA, 831 MAZURKA DR., CHULUOTA, FL 32766

10925   BENNETT, THELMA, 1200 BYERS AVE E, 203B, OWENSBORO, KY 42303

10925   BENNETT, THOMAS, 24902 PINTAIL COURT, KATY, TX 77494

10925   BENNETT, THOMAS, 624 WEST MAIN, STOUGHTON, WI 53589

10925   BENNETT, TONNI, PO BOX 96, LERONA, WV 25971

10925   BENNETT, TRACIE, 3111 FAIRLANES #221, BORGER, TX 79007

10925   BENNETT, VICTOR, 1421 OLD DAWSONVILLEROAD, BALLGROUND, GA 30107

10925   BENNETT, VICTORIA, 211 MILFORD RD, FRENCHTOWN, NJ 08825

10925   BENNETT-BOWEN CO.INC., 9844 ALBURTIS AVE, SANTA FE SPRINGS, CA 90670

10925   BENNICK, BEATRICE, 19413 327 AVE. N.E., 350, DUVALL, WA 98019

10925   BENNING, SONYA, 2505 WELDON DR, AUGUSTA, GA 30906

10925   BENNINGFIELD, HELEN, 1835 GUNSTON PLACE, OWENSBORO, KY 42303

10925   BENNINGS, FIELD, 3360 MOUNTAIN DR, DECATUR, GA 30032

10925   BENNISON, BARBARA, 652 WASHINGTON ST, BRIGHTON, MA 02135

10925   BENO, LAWRENCE, 863 EDGEWOOD DR, GREEN BAY, WI 54311-5203

10925   BENOIT JR, LEO, POBOX 371, ADAMS, MA 01220

10925   BENOIT, CHRISTY, PO BOX 180, BARRE, MA 01005

10925   BENOIT, EDWARD, 2285 KOOTENAI RIVER ROAD, LIBBY, MT 59923

10925   BENOIT, EDWARD, 2285 KOOTENAI RIVER ROAD, LIBBY, MT 59923-9416

10925   BENOIT, MARK, PO BOX 242, HAYES, LA 70646

10925   BENOIT, PHYLLIS, 906 BARRIERE RD, BELLE CHASSE, LA 70037-1806

10925   BENOTCH, BRUCE, 145 ARTHUR ST, KAUKAUNA, WI 54130

10925   BENSCH, KEITH, PO BOX 32338, PALM BEACH GARDENS, FL 33420-2338

10925   BENSING, STEPHEN JAMES, 370 MILLPORT DR, VALPARAISO, IN 46385-8420

10925   BENSING, STEPHEN, 370 MILLPORT DRIVE, VALPARAISO, IN 46385

10925   BENSINGER, RICHARD, 5365 KIOWA ST, LA MESA, CA 91942

10924   BENSON BUILDERS, 1075 HWY. 51 NORTH, MADISON, MS 39110

10924   BENSON BUILDERS, 700 HWY. 80 EAST, CLINTON, MS 39060

10924   BENSON BUILDING SUPPLY, 1901 HARRISON AVE, ROCKFORD, IL 61108

10924   BENSON BUILDING SUPPLY, 1901 HARRISON AVENUE, ROCKFORD, IL 61108

10924   BENSON ENTERPRISES INC, 87 UNION STREET, NO EASTON, MA 02356

10924   BENSON ENTERPRISES INC., 87 UNION ST. STREET, NORTH EASTON, MA 02356

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BENSON ENTERPRISES INC., 87 UNION ST., NORTH EASTON, MA 02356

10924    BENSON HIGH SCHOOL, E&K OF OMAHA, OMAHA, NE 68137

10924    BENSON PUMP    DONT USE THIS NUMBER, CAMBRIDGE, MA 02140

10924    BENSON PUMP CO., 11000 MOUNT ROSE HWY, RENO, NV 89511

10924    BENSON PUMP CO., 150 MILLWELL DR., MARYLAND HEIGHTS, MO 63043

10924    BENSON PUMP CO., 150 MILWELL DR., MARYLAND HEIGHTS, MO 63043

10924    BENSON PUMP CO., 7015 CESSNA DR., GREENSBORO, NC 27405

10924    BENSON PUMP CO., 7015 CESSNA DRIVE, GREENSBORO, NC 27409

10924    BENSON PUMP CO., 867 ANGLIANA AVE., LEXINGTON, KY 40508

10924    BENSON PUMP MARYLAND HEIGHTS, C/O J&V POOL & SPA, LAWRENCEVILLE, IL 62439

10924    BENSON PUMP, 257 N. HARVARD AVE., OKLAHOMA CITY, OK 73127

10924    BENSON PUMP, 4505 MCEWEN, FARMERS BRANCH, TX 75244

10925    BENSON, ALLEN, 533 COURTLAND, WATERLOO, IA 50703

10925    BENSON, BRIAN, 212 S. PARKER DRIVE, JANESVILLE, WI 53545

10925    BENSON, CAROLE P, 3040 NE 16 AVE 206, FT LAUDERDALE FL, FL 33334

10925    BENSON, CLIFFORD, 204 SOUTH 8TH ST, NORFOLK, NE 68701-5110

10925    BENSON, CONNIE, 5121 E. 16TH ST, CASPER, WY 82609

10925    BENSON, CYNTHIA, 7285 FERGUSON RD, DALLAS, TX 75228

10925    BENSON, EDNA, 186 SCITUATE ST, ARLINGTON, MA 02174

10925    BENSON, EDNA, 186 SCITUATE ST., ARLINGTON, MA 02174

10925    BENSON, ERNEST, 29 MANDEVILLE AVE, PEQUANNOCK, NJ 07440

10925    BENSON, JEROME, 5635 SNOW FLAKE, FREMONT, CA 94538

10925    BENSON, JOSEPH, PO BOX 450024, HOUSTON, TX 77245

10925    BENSON, JUDITH, 1051 WEBSTERS, AUBURN, AL 36830

10925    BENSON, JUDITH, 330 CHARLES RIVER RD, WATERTOWN, MA 02172

10925    BENSON, KIM, W164 N9449 WATER ST, MENOMONEE FALLS, WI 53051

10925    BENSON, LLOYD, 6120 CTH DM, DANE, WI 53529

10925    BENSON, MARY, 601 SOUTH WALL, IOWA PARK, TX 76367

10925    BENSON, RALPH, 11613 TREY BURTON, EL PASO, TX 79936

10925    BENSON, RICHARD, 573 HACIENDA DR, SCOTTS VALLEY, CA 95066

10925    BENSON, ROBERT, 1985 INNSBROOKE DRIVE, SUN PRAIRIE, WI 53590

10925    BENSON, ROBERT, 6 PARSONS AVE, PLAINFIELD, MA 01070-9790

10925    BENSON, ROBERT, 6528 KAWULA LANE, SOBIESKI, WI 54171

10925    BENSON, ROGER, 1676 E. GLENHAVEN DRIVE, PHOENIX, AZ 85048

10925    BENSON, RONALD, 8769 HUMMINGBIRD AVE, FOUNTAIN VALLEY, CA 92708

10925    BENSON, ROY, 3721 46TH ST, ROCK ISLAND, IL 61201

10925    BENSON, ROY, 6 TORY DR, SHREWSBURY, MA 01545

10925    BENSON, TIM, 203A EDWINA COURT, EAST RIDGE, TN 37412

10925    BENSON, VALERIE, 2703 BENSON AVE, TUSKEGEE, AL 36083

10925    BENSON, WILLIAM, 75 BERKLEY ST, TAUNTON, MA 02780

10924    BENSON-PHILLIPS CO, DRAWER 18, NEWPORT NEWS, VA 23605

10925    BENTATA HOET & ASOCIADOS, AV. BLANDIN, LA CASTELLANA, CARACAS AMZ, 01060VENUZUELA    *VIA Deutsche Post*

10925    BENTATA, HOET & ASOCIADOS, 51 W. 51ST ST, NEW YORK, NY 10286

10925    BENTCO PALLET, PO BOX 750, 391 AIRPORT DR., EASTABOGA, AL 36260-0750

10925    BENTIVOGLIO, JOANNE, 1491 COMMONWEALTH AVE, 1, BRONX, NY 10460

10924    BENTLEY - HARRIS INC., 241 WELSH POOL RD., EXTON, PA 19341

10924    BENTLEY COLLEGE - LINDSEY HALL, 385 BEAVER STREET, BOSTON, MA 02205

10925    BENTLEY JR., JAMES, 3410 LOGAN MARTIN DAM ROAD, CROPWELL, AL 35054

10925    BENTLEY NEVADA CORPORATION, FILE N 42058, LOS ANGELES, CA 90074-2058

10925    BENTLEY, BENNY, 168 RED GLOBE LANE, WOODRUFF, SC 29388

10925    BENTLEY, BEVERLY, 466 AZORES CIRCLE, BAY POINT, CA 94565

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BENTLEY, DAVID, 2007 WINGFIELD CIRCLE, LAGRANGE, KY 40031

10925   BENTLEY, DAVID, 240 W. 7TH ST., SUN VLLEY, NV 89433

10925   BENTLEY, DONNA, 240 WEST 7TH ST, SUN VALLEY, NV 89433

10925   BENTLEY, ESQ, PHILIP, KRAMER, LEVIN, NAFTALIS, 919 THIRD AVE, NEW YORK, NY 10022-3852

10925   BENTLEY, JENA, 904 SOUTHSIDE COURT, LENOIR, NC 28645

10925   BENTLEY, JOY, 2654 LAKE DR, ELLENWOOD, GA 30049

10925   BENTLEY, LARRY, 904 SOUTHSIDE CT S/W, LENOIR, NC 28645

10925   BENTLEY, LORI, 1159 MIDDLE BLK BRK, SENECA FALLS, NY 13148

10925   BENTLEY, MICHAEL, RT 1 BOX 1510, ROBERTA, GA 31078

10925   BENTLEY, PARIS, ROUTE 1 BOX 154, SHELBIANA, KY 41562

10925   BENTLEY, RANDALL, 1075 GENERAL BOOTH BLVD, VIRGINIA BEACH, VA 23451

10925   BENTLEY, RONALD, 4705 FAIRHAVEN AVE, BALTIMORE, MD 21226

10925   BENTLEY, SCOTT, 1877 FOUNTAIN VIEW CT, APT D, COLUMBUS, OH 43232

10925   BENTLEY, TOBIE, 1927 PINE HAVEN DR, AUGUSTA, GA 30906

10925   BENTLEY, TRACY, 775 GROSSO AVE., MACON, GA 31204

10925   BENTLY NEVADA CORP., PO BOX 42058, LOS ANGELES, CA 90074-2058

10925   BENTLY NEVADA CORPORATION, 1711 ORBIT WAY, MINDEN, NV 89423

10925   BENTLY NEVADA CORPORATION, 7651 AIRPORT BLVD, HOUSTON, TX 77061

10925   BENTLY NEVADA CORPORATON, FILE NO 42058, LOS ANGELES, CA 90074-2058

10925   BENTLY NEVADA, 105 CHESLEY DR., MEDIA, PA 19063

10925   BENTLY NEVADA, 1617 WATER ST, MINDEN, NV 89423

10925   BENTLY NEVADA, 8250 ANTIOCH RD., BATON ROUGE, LA 70817-6405

10925   BENTO, HELENA, 23 RAYMOND ROAD, STOUGHTON, MA 02072

10924   BENTON COUNTY SHERIFFS OFFICE/JAIL, C/O BAHL INSULATION, FOLEY, MN 56329

10925   BENTON H WALTON III CUST FOR, BENTO WALTON IV, UNIF GIFT MIN ACT NC, BOX 345, CHADBOURN, NC 28431-0345

10925   BENTON JT TEN, ROBERT I & MARGARET C, 8228 SUNBONNET DR, FAIR OAKS, CA 95628-2732

10925   BENTON, ALISON, 141 CARDIGAN CIR., LILBURN, GA 30247

10925   BENTON, DANITA, 520 KILGORE ST, ATHENS, TN 37303

10925   BENTON, DARRELL, 10 WEDGEWOOD MATTESON IL, MATTESON, IL 60443

10925   BENTON, DORIS, 18004 W 3RD. ST, SAUCIER, MS 39574

10925   BENTON, FRITCHOF, 312 NORTH MAIN, ORFORDVILLE, WI 53576-9706

10925   BENTON, GEORGE, 3315 PLEASANT AVE APT. #7, UNION CITY, NJ 07087

10925   BENTON, JAMES, 2928 PINEDALE AVE, LAKELAND, FL 33873

10925   BENTON, JEFFREY, 141 CARDIGAN CIRCLE, LILBURN, GA 30247

10925   BENTON, JR, WALTER, 9640 NW 39TH ST., COOPER CITY, FL 33024

10925   BENTON, LAVERNE, 5917 TIMBERWAY DR, CHARLOTTE, NC 28213

10925   BENTON, MABLE, 3302 BROOKDALE AVE., OAKLAND, CA 94602

10925   BENTON, PAUL T, PO BOX 134, BILOXI, MS 39533

10925   BENTON, RENA, 5030 BEVIL ST, SACRAMENTO, CA 95819

10925   BENTON, TONI, 1614 N 12TH ST, READING, PA 19604

10925   BENTUR, ARNON, 36 PEARL ST, CAMBRIDGE, MA 02139

10925   BENTUR, DR ARNON, 36 PEARL ST, CAMBRIDGE, MA 02139

10925   BENTZ, HARRY, PO BOX 43, CLAREMORE, OK 74018

10925   BENTZ, ROBERT, 8606 OAK ROAD, BALTIMORE, MD 21219

10925   BENYAMINE, MARTHA, 85 HARVEY AVE, PARAMUS, NJ 07652

10925   BENYOMIN GREENBERGER, 3534 BERCKLEY RD, CLEVELAND HTS, OH 44118

10925   BENZ, WALTER, 17326 VIA MAGDALENA, SAN LARENZO, CA 94580

10925   BENZENBERG, EDWILLA, 1317 N 3RD ST, WICHITA FALLS, TX 76304

10925   BENZIE, JACK, 3328 MEADOWBROOK LN, CHESAPEAKE, VA 23321

10925   BENZINGER, JACK M, 3225 WILLOWRIDGE RD., A, MARION, IA 52302

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BENZON, ERLINDA, 4112 KILBOURNE DR, FORT WASHINGTON, MD 20744

10925   BENZSCHAWEL, RONALD, 1380 MILL RD, GREENLEAF, WI 54126-0000

10925   BEOMULF CORPORATION, PO BOX 5168, HUNTSVILLE, AL 35814-5168

10925   BEOWOLF, 345 NICK FITCHEARD ROAD, HUNTSVILLE, AL 35806

10925   BEOWULF CORPORATION, PO BOX 5168, HUNTSVILLE, AL 35814

10925   BEP ONE ASSOCIATES, PO BOX 850045, OKLAHOMA CITY, OK 73185-0045

10925   BEP THREE CORP, PO BOX 850045, OKLAHOMA CITY, OK 73185-0045

10925   BEPEX CO., PO BOX 880, SANTA ROSA, CA 95402

10925   BERARDI, LORETTA, 117 PROSPECT ST, CANTON, MA 02021

10925   BERARDI, PAUL, 470 S RIVER ST, MARSHFIELD, MA 02050

10925   BERARDI, RICHARD, 117 PROSPECT ST., CANTON, MA 02021

10925   BERARDI, ROBERT, 4 SPRINGDALE TERR, CANTON, MA 02021

10925   BERARDI, ROBERT, 4 SPRINGDALE TERRACE, CANTON, MA 02021

10925   BERBERABE, MILDRED, 2030 IVES PLACE, OXNARD, CA 93033

10925   BERBERENA, WANDA, BO RIO BLANCO APT #275, RIO BLANCO, PR 00744

10925   BERBERICH, ANTHONY, 4216 S.W. LEEWARD DR, LEES SUMMIT, MO 64082

10925   BERCEAU, DENNIS, 2956 DICKINSON RD, DE PERE, WI 54115

10924   BERCEN CHEMICAL CO., 131 CRANSTON, CRANSTON, RI 02920

10925   BERCH CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   BERCH CORP. N.V., HUTTON INGRAM ET AL GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   BERDAHL, ALFRED, BOC 681, WATFORD CITY, ND 58854

10925   BERDOWSKI, JEANNETTE, PO BOX 499, DELAWAREWATER GAP, PA 18327

10924   BEREA COLLEGE, C/O NORTH BROTHERS/MESSER CONST. CO, BEREA, KY 40404

10925   BEREA HARDWARE INC, 703 SULPHUR SPRINGS RD, GREENVILLE, SC 29617

10924   BEREA HIGH SCHOOL OF OH, GIORGI INTERIOR SYSTEMS, BEDFORD HEIGHTS, OH 44128

10925   BEREAN BAPTIST CHURCH, 4459 HWY 17TH SOUTH, ORANGE PARK, FL 32073

10925   BEREND, ROY, 3706 SEYMOUR RD #245, WICHITA FALLS, TX 76309

10925   BERENDSEN, DEPT. 236, TULSA, OK 74182

10925   BERENDT, MARILYNN, 1157 S CHESTNUT, ARLINGTON HGTS, IL 60005

10924   BERENFIELD CONTAINER, 7 MCFADDEN ROAD, EASTON, PA 18045

10924   BERENFIELD CONTAINER, 7838 IRON STREET, MASURY, OH 44438

10925   BERENFIELD CONTAINERS - PINE BLUFF, 1515 SOLUTIONS CENTER, CHICAGO, IL 60677-1005

10924   BERENFIELD CONTAINERS (SW), LTD., 3300 N. HUTCHINSON STREET, PINE BLUFF, AR 71602

10925   BERENFIELD CONTAINERS, 3300 N. HUTCHISON ST., PINE BLUFF, AK 71602

10924   BERENFIELD CONTAINERS, 7838 IRON STREET, MASURY, OH 44438

10924   BERENFIELD CONTAINERS, INC., 1234 CASTLE DRIVE, MASON, OH 45040

10924   BERENFIELD CONTAINERS, INC., 31 RAILROAD STREET, P.O. BOX 145, CLARENDON, PA 16313

10924   BERENFIELD CONTAINERS, INC., PO BOX350, MASON, OH 45040

10924   BERENFIELD CONTAINERS, INC., PO BOX377, MASON, OH 45040

10925   BERENTSON, WARREN, 5011 E KIRKLAND ROAD, PHOENIX, AZ 85024

10925   BERES, MATTHEW, PO BOX 8988, CLEMSON, SC 29632

10924   BERESFORD READY MIX, 208 EAST CEDAR STREET, BERESFORD, SD 57004

10925   BERESFORD, DONALD, 12 TIBBETTS TOWN WAY, CHARLESTOWN, MA 02129

10924   BERG DRYWALL, 302 LAKE HAZELTINE DRIVE, CHASKA, MN 55318

10924   BERG ELECTRONICS, 825 OLD TRAIL ROAD, ETTERS, PA 17319

10924   BERG ELECTRONICS, LENAPE DRIVE, MOUNT UNION, PA 17066

10925   BERG JR, SVEN D, 504 NEWPORT AVE, WILLIAMSBURG, VA 23185-4013

10925   BERG, ALLEN, 46 SOUTH MAIN, DICKINSON, ND 58601

10925   BERG, ANDREW, 203 RIESLING WAY, MAULDIN, SC 29662

10925   BERG, BRENDA, 4355 STEIN AVE #A, MOBILE, AL 36608

10925   BERG, BRUCE, 4413 CANBERRA DRIVE, WICHITA FALLS, TX 76308

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BERG, DAN, 1260 BARCLAY, CRAIG, CO 81625

10925   BERG, DANIEL, 441 KINGMAN ST, E TAUNTON, MA 02718

10925   BERG, DONNA, 65 ANTHONY ST, SEEKONK, MA 02771-3701

10925   BERG, DORIS, 900 N. BROAD ST, 2075, BROOKSVILLE, FL 34601

10925   BERG, FRANK, 1780 E. 7TH ST., CRAIG, CO 81625

10925   BERG, ILENE, 8380 SHERIDAN BLVD NORTH #109, ARVADA, CO 80003

10925   BERG, JEFFREY, 115-1 PRESSLEY DRIVE, CLEMSON, SC 29631

10925   BERG, KEVIN, 3033 MAPLE VALLEY DR, APT 203, MADISON, WI 43719

10925   BERG, KIM, 5459 SIDEHILL DRIVE, SUN VALLEY, NV 89433

10925   BERG, LELAND, S7559 US HWY 12, C8, NORTH FREEDOM, WI 53951

10925   BERG, MICHAEL, 3205 E MARY ST, PARIS, AR 72855

10925   BERG, NANCY, 384 E. LOS RINCONES, GREEN VALLEY, AZ 85614

10925   BERG, RONALD J, CUST, ROBERT L BERG UNDER THE, WYOMING UNIFORM TRANSFER, TO MINORS ACT, PO BOX 138, RIVERTON, WY 82501-0138

10925   BERG, RONALD J, CUST, RONALD E BERG UNDER THE, WYOMING UNIFORM TRANSFER, TO MINORS ACT, HC 33 BOX 2437B, RIVERTON, WY 82501-9814

10925   BERG, RONALD, PO BOX 138, RIVERTON, WY 82501

10925   BERG, WILLIAM, 7409 ROLLING HILLS ROAD, SEBRING, FL 33870-6117

10925   BERGANOS, PAULO, 2239 W CARMEN ST, CHICAGO, IL 60625

10925   BERGANTINO, PAULINE, 20 LANSDOWNE RD, ARLINGTON, MA 02474-2112

10925   BERGBAUER, MARY, 2525 BRITT AVE, ALBUQUERQUE, NM 87112

10925   BERGBOWS, 4615 EAST STATE ROAD 45, BLOOMINGTON, IN 47408

10925   BERGDAHL JT TEN, JOHN & MARY, 23721 HUDSON, DEARBORN, MI 48124-1618

10925   BERGE, BRENDA, 309 ALLEN, WIOTA, IA 50274

10925   BERGE, MARIE, 813 E WOODLAND, APPLETON, WI 54911

10925   BERGE, RICHARD, 3 NORTH PRAIRIE ST, DEERFIELD, WI 53531

10925   BERGE, ZANE L, CUST FOR JENNA B BERGE, UNIF GIFT MIN ACT MI, 9525 PAMPLONA RD, COLUMBIA, MD 21045-3920

10925   BERGE, ZANE L, CUST FOR MARK B BERGE, UNIF GIFT MIN ACT MI, 9525 PAMPLONA RD, COLUMBIA, MD 21045-3920

10925   BERGEAUX, GILBERT, 2745 MAMOU PIOIRIE ROAD, BASILE, LA 70515

10925   BERGEAUX, PATRICK, ROUTE 1 BOX 472, BASILE, LA 70515

10925   BERGELT TRANSPORT INC, 11013 KENWOOD RD #201, CINCINNATI, OH 45242

10924   BERGEN BRUNSWIG - DALLAS, 2150 HUTTON DRIVE, CARROLLTON, TX 75006

10924   BERGEN BRUNSWIG - LAKE ZURICH, 555 OAKWOOD ROAD, LAKE ZURICH, IL 60047

10924   BERGEN BRUNSWIG - MOBILE, 250 JACINTOPORT BLVD, SARALAND, AL 36571

10924   BERGEN BRUNSWIG - TAMPA, 5008 TAMPA WEST BLVD, TAMPA, FL 33634

10924   BERGEN BRUNSWIG MED CORP, 12075 NORTHWEST BLVD SUITE 300, SPRINGDALE, OH 45246

10924   BERGEN BRUNSWIG MED CORP, 4333 GREEN ASH DRIVE, EARTH CITY, MO 63045

10924   BERGEN BRUNSWIG MED CORP, 4755 ALPINE DR STE 125, STAFFORD, TX 77477

10924   BERGEN BRUNSWIG MED CORP, ST CLAIR SHORE, 60 CORPORATE DRIVE, AUBURN HILLS, MI 48326

10924   BERGEN BRUNSWIG MEDICAL - SARALAND, 250 JACINTOPORT BLVD, SARALAND, AL 36571

10924   BERGEN BRUNSWIG MEDICAL CORP, 23502 E. KNOX AVE, LIBERTY LAKE, WA 99019

10925   BERGEN BRUNSWIG MEDICAL CORP., 2710 AMICOLA HWY., CHATTANOOGA, TN 37406

10925   BERGEN BRUNSWIG MEDICAL CORP., PO BOX 1678, CHATTANOOGA, TN 37401

10924   BERGEN BRUNSWIG MEDICAL, 5301 PEDRIA ST STE 8, DENVER, CO 80239

10924   BERGEN BRUNSWIG, 107 WALTER DAVIS DRIVE, BIRMINGHAM, AL 35209

10924   BERGEN BRUNSWIG, 1135 HEIL QUAKER BLVD  SUITE 200, LA VERGNE, TN 37086

10924   BERGEN BRUNSWIG, 1140 SOUTH JOPLIN, TULSA, OK 74112

10924   BERGEN BRUNSWIG, 2691 JOHNS SMITH ROAD, FAYETTEVILLE, NC 28306

10924   BERGEN BRUNSWIG, 300 SW 27TH STREET, RENTON, WA 98055

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BERGEN BRUNSWIG, 3332 POWELL AVENUE, NASHVILLE, TN 37204

10924   BERGEN BRUNSWIG, 4080 SOUTH 500 WEST, MURRAY, UT 84123

10924   BERGEN BRUNSWIG, 501 CLEMSON ROAD, COLUMBIA, SC 29223

10924   BERGEN BRUNSWIG, 5220 W. 76TH, INDIANAPOLIS, IN 46268

10924   BERGEN BRUNSWIG, 5440 GREENVILLE BOULEVARD N.E., GREENVILLE, NC 27835

10924   BERGEN BRUNSWIG, 7501 PHILLIPS HWY, JACKSONVILLE, FL 32256

10924   BERGEN BRUNSWIG, BLDG E, 14160 S.W. 72ND, TIGARD, OR 97224

10924   BERGEN BRUNSWIG, EAST 715 SPRAGUE AVENUE, SPOKANE, WA 99202

10925   BERGEN CABLE TECHNOLOGIES, 343 KAPLAN DR, FAIRFIELD, NJ 07004-2510

10924   BERGEN COMMUNITY COLLEGE, PARAMUS ROAD, PARAMUS, NJ 07652

10924   BERGEN COUNTY JAIL, EAST BROADWAY AND S. RIVER STREET, HACKENSACK, NJ 07601

10925   BERGEN DOOR COMPANY, 131 LIBERTY ST, HACKENSACK, NJ 07601

10925   BERGEN FENCE, 279 BERGEN TURNPIKE, RIDGEFIELD PARK, NJ 07660

10925   BERGEN INDUSTRIAL SUPPLY CO. INC., 30 STEFANIS AVE., ELMWOOD PARK, NJ 07407

10925   BERGEN INSTANT PRINTING, 328 BROAD AVE., RIDGEFIELD, NJ 07657

10924   BERGEN POLICE & FIRE ACADEMY, 281 CAMP GAW ROAD, MAHWAH, NJ 07430

10925   BERGEN, CLAUDE, RT 1 #13 COOK RD, ANGLETON, TX 77515

10925   BERGEN, KATHLEEN, 123 ELM ST, BLACKSTONE, MA 01504

10924   BERGEN-BRUNSWIG, 5104 CHIN PAGE ROAD, DURHAM, NC 27703

10925   BERGENHEIER, HELEN, PO BOX L, MEEKER, CO 81641

10925   BERGENHEIER, JOSEPH, PO BOX L, MEEKER,, CO 81641

10924   BERGER BRO./ABC ENTERTAINMENT, GLENDALE, CA 91201

10924   BERGER BRO./INFONET, 2106 E. GRAND AVE., EL SEGUNDO, CA 90245

10924   BERGER BRO./KILROY AIRPORT, 3840 AIRPORT WAY, LONG BEACH, CA 90815

10924   BERGER BRO./ST. FRANCIS, LYNWOOD, CA 90262

10924   BERGER BRO./STEPHAN WISE H.S., LOS ANGELES, CA 90001

10924   BERGER BRO./WATERGARDEN, SANTA MONICA, CA 90401

10924   BERGER BRO/ABC STUDIO, WESTSIDE BUILDING MATERIALS, BURBANK, CA 91501

10924   BERGER BRO/ARCADIA METHODIST CHURCH, ARCADIA, CA 91006

10924   BERGER BRO/DISNEYLAND DOWNTOWN, ANAHEIM, CA 92807

10924   BERGER BRO/PHASE II AMGEN 30, THOUSAND OAKS, CA 91359

10924   BERGER BRO/SHERMAN OAKS GALLERIA, SHERMAN OAKS, CA 91403

10924   BERGER BRO/SHERMAN OAKS GALLERIE, SHERMAN OAKS, CA 91403

10924   BERGER BRO/UCLA DENEVE HOUSING, WESTWOOD, CA 90024

10924   BERGER BRO/WEST HILLS CORP VILLAGE, WEST HILLS, CA 91307

10925   BERGER BROS. INC., 154 N ASPAN AVE, AZUSA, CA 91702

10924   BERGER BROS., ALTA BUILDING MATERIALS, 101 4TH & MISSION, SAN FRANCISCO, CA 94103

10924   BERGER BROS./J.C. PENNEY, WESTSIDE BUILDING MATERIALS, VENTURA, CA 93001

10924   BERGER BROS./PASADENA CITY COLLEGE, WESTSIDE BUILDING MATERIALS, PASADENA, CA 91101

10924   BERGER BROS/AMGEN 30 PHASE I, WESTSIDE BUILDING MATERIALS, THOUSAND OAKS, CA 91359

10924   BERGER BROS/CATHEDRAL CITY, C/O WESTSIDE, CATHEDRAL CITY, CA 92235

10924   BERGER BROS/CONVENTION CTR., C/O A & A BUILDING MATERIALS, ONTARIO, CA 91761

10924   BERGER BROS/GETTY CENTER, LOS ANGELES, CA 90001

10924   BERGER BROS/HOAG HOSPITAL, WESTSIDE BUILDING MATERIALS, NEWPORT BEACH, CA 92657

10924   BERGER BROS/LONG BEACH AQUARIUM, C/O WESTSIDE BUILDING MATERIALS, 200 S. SHORELINE DR., LONG BEACH, CA 90801

10924   BERGER BROS/NAOMI OFFICE BUILDING, C/O WESTSIDE, 2835 N. NAOMI STREET, BURBANK, CA 91510

10924   BERGER BROTHER INC., 154 N. APSAN AVE., AZUSA, CA 91702

10925   BERGER DAVIS & SINGERMAN, SUITE 1000, 350 EAST LAS OLAS BLVD, FORT LAUDERDALE, FL 33301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BERGER ESQ, RICHARD G, 403 MAIN ST #520, BUFFALO, NY 14203-2104 | |
| 10924 | BERGER INC./WEBER COUNTY JAIL, OGDEN, UT 84401 | |
| 10925 | BERGER INSTRUMENTS, 125 SANDY DR., NEWARK, DE 19713 | |
| 10925 | BERGER INSTRUMENTS, INC, 123A SANDY DRIVE, NEWARK, DE 19713 | |
| 10925 | BERGER JAMES GAMMAGE, SUITE 800, JMS BLDG, 108 N MAIN ST, SOUTH BEND, IN 46601 | |
| 10925 | BERGER JR, ERNST, 15310 WILLVIEW ROAD, MISSOURI CITY, TX 77489 | |
| 10925 | BERGER JT TEN, LAWRENCE E & ADRIENNE R, 2331 GREENCASTLE LA, OXNARD, CA 93035-2902 | |
| 10925 | BERGER, CHARLES, 2622 POPLAR SPRINGS, GREEN BAY, WI 54304-1816 | |
| 10925 | BERGER, DAVID, 1622 LOCUST ST, PHILADELPHIA, PA 19103 | |
| 10925 | BERGER, DAVIS & SINGERMAN, 100 NORTHEAST THIRD AVE, FORT LAUDERDALE, FL 33301 | |
| 10925 | BERGER, DAVIS & SINGERMAN, 350 EAST LAS OLAS BLVD, FORT LAUDERDALE, FL 33301 | |
| 10925 | BERGER, DEAN, 6533 KENSINGTON AVE., RICHMOND, VA 23226 | |
| 10925 | BERGER, DENISE, 6037 MIKE NESMITH, SAN ANTONIO, TX 78238 | |
| 10925 | BERGER, DOUGLAS, 15106 MULBERRY MEADOW, HOUSTON, TX 77084 | |
| 10925 | BERGER, EDWARD, 83 LARCHMONT AVE, WABAN, MA 02168 | |
| 10925 | BERGER, KARIN, 406 GREAT ELM WAY, ACTON, MA 01718 | |
| 10925 | BERGER, KARIN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | BERGER, LILLIAN J, CUST FOR CHANA O BERGER, UNIF GIFT MIN ACT NY, 121 ARBUTUS DR, LAKEWOOD, NJ 08701-1615 | |
| 10925 | BERGER, LILLIAN J, CUST FOR MITCHELL S BERGER, UNIF GIFT MIN ACT NY, 141-22 68TH DR, FLUSHING, NY 11367-1651 | |
| 10925 | BERGER, MARY, 700 CAMBERLEY CIRCLE, TOWSON, MD 21204 | |
| 10925 | BERGER, OSCAR, AVENIDA IV CENTENARIO DEPTO. 11, LAS CONDES #283, SANTIAGO, CHILE | **\*VIA Deutsche Post\*** |
| 10925 | BERGER, SHELLY, 14101 HERITAGE LANE, SILVER SPRING, MD 20906 | |
| 10925 | BERGER, SHIRLEY, 10500 ROCKVILLE PIKE N G 20, ROCKVILLE, MD 20852-3330 | |
| 10925 | BERGER, SOLOMON, 328 BRIDGE PLAZA W, FORT LEE, NJ 07024 | |
| 10925 | BERGER, THEODORA, ASST ATTY, 1515 CLAY ST 20TH FL, OAKLAND, CA 94612-1413 | |
| 10924 | BERGER-BRUNSWIG MEDICAL, 2150 HUTTON DRIVE, CARROLLTON, TX 75006 | |
| 10924 | BERGER-BRUNSWIG, 3332 POWELL AVENUE, NASHVILLE, TN 37204 | |
| 10924 | BERGERON PECAN COMPANY, 10003 FALCE RIVER ROAD, NEW ROADS, LA 70760 | |
| 10925 | BERGERON, AARON, PO BOX 403, MOORINGSPORT, LA 71060 | |
| 10925 | BERGERON, BARRON, 806 BROUSSARD ST., NEW IBERIA, LA 70560 | |
| 10925 | BERGERON, DARRYL, 219 OAKSHIRE DRIVE, HOUMA, LA 70364 | |
| 10925 | BERGERON, DONALD, 605 SOUTH GRANT, OLATHE, KS 66061 | |
| 10925 | BERGERON, KEVIN, 216-A BAYOU FOLSE ROAD, RACELAND, LA 70394 | |
| 10925 | BERGERON, KIRK, PO BOX 54, PATTERSON, LA 70392 | |
| 10925 | BERGERON, LIONEL, PO BOX 716, GLEN, NH 03838 | |
| 10925 | BERGERON, MARY, 434 STRATA DRIVE, DENTON, TX 76201 | |
| 10925 | BERGERON, PATRICK, 6435 APPLEWOOD LANE, WILLIAMSBURG, MI 49690 | |
| 10925 | BERGERON, PAUL, 173 MARSH RD, PELHAM, NH 03076 | |
| 10925 | BERGERON, RANDY, 300 RUE DOR ST, YOUNGVILLE, LA 70592 | |
| 10925 | BERGERON, TIMOTHY, 21207 3RD. TERRACE SOUTH, INDEPENDENCE, MO 64056 | |
| 10925 | BERGERON, WAYNE, 1338 W. ESPLANADE, KENNER, LA 70065 | |
| 10925 | BERGERSON, SHEILA, 1307 REDBUD, ODESSA, TX 79761 | |
| 10925 | BERGESON & CAMPBELL, PC, 1300 EYE ST. NW, WASHINGTON, DC 20005 | |
| 10925 | BERGESON, ROBERT, PO BOX 434, BETHEL, VT 05032 | |
| 10925 | BERGEY, ROMANO, 3086 FLINT AVE, HARRISONBURG, VA 22801 | |
| 10925 | BERGGREEN, RAYMOND S, 5945 GRAND VIEW WAY, SUWANEE, GA 30174 | |
| 10925 | BERGGREEN, RAYMOND, 5945 GRAND VIEW WAY, SUWANEE, GA 30024 | |
| 10925 | BERGGREN OY AB, JAAKONKATU 3A, HELSINKI, SF-00100FINLAND | **\*VIA Deutsche Post\*** |
| 10925 | BERGGREN OY AB, PO BOX 16, HELSINKI, 101FINLAND | **\*VIA Deutsche Post\*** |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BERGGREN, PEARL, % JAMES BERGGREN JR. 473 W EASTER AVE, LITTLETON, CO 80120-4228

10925  BERGHAUS, DONNA, 3349 N. PACIFIC, CHICAGO, IL 60634

10925  BERGHOEFER, TIM, 2801 S. 84TH ST, WEST ALLIS, WI 53227

10925  BERGHOF/AMERICA, UNIT 102, 3700 NW 124 AVE, CORAL SPRINGS, FL 33065

10925  BERGIN, JOHN, 9958 SEA STAR CT, FISHERS, IN 46038-9609

10925  BERGIN, KATHERINE, 12 RUGBY RD, NASHUA, NH 03063

10925  BERGIN, KATHERINE, 46 COUNTY ROAD, AMHERST, NH 03031

10925  BERGL, DEREK, 560 WEST 43RD ST, APT #, NEW YORK, NY 10036

10925  BERGLING & SUNDBERGH, DROTTNINGGATAN 97, STOCKHOLM, S-103 94SWEDEN          *VIA Deutsche Post*

10925  BERGLUND, DOREEN, PO BOX 1053, PLYMOUTH, MA 02362

10925  BERGLUND, GAIL, 8605 E 61ST TERRACE, KANSAS CITY, MO 64129

10925  BERGMAN GELER, 1201 3RD AVE #5300, SEATTLE, WA 98101

10925  BERGMAN SAFETY-SPANNER COMPANY, THE, 1826 BIEBER DR, NORTHWOOD, OH 43619

10925  BERGMAN, DAWN, 8097 BOCA RIO DRIVE, BOCA RATON, FL 33433

10925  BERGMAN, PATRICIA, 91 93 GROVE TERR, IRVINGTON NJ, NJ 07111

10925  BERGMANN, ROGER, 8305 I N. 107TH ST, MILWAUKEE, WI 53224

10925  BERG-NELSON CO INC, 1633 WEST SEVENTEENTH ST, LONG BEACH, CA 90813

10925  BERGNER DANIELS, MAUREEN, 7305 MAPLE, ST. LOUIS, MO 63143

10925  BERGQUAM, CHERRY, 26324 STONEYHILL, CLOVIS, CA 93611-0000

10925  BERGQUIST, GWENDOLYN, 18 LEWIS ROAD, FOXBORO, MA 02035

10925  BERGQUIST, PO BOX 178290, TOLEDO, OH 43617

10924  BERGSTROM ELECTRIC, HWY 81 N, GRAND FORKS, ND 58203

10925  BERGSTROM, POBOX 777, NEENAH, WI 54957-0777

10925  BERGVALL JT TEN, JOHN A & VIRGINIA K, BERGVALL, 2015 CO RD 132, INTERNATIONAL FALLS, MN 56649-0000

10925  BERGWALL, S, 11905 E 90TH ST N, OWASSO, OK 74055

10925  BERHENKE, MATTHEW, 53 33RD AVE SW, CEDAR RAPIDS, IA 52404

10925  BERINGER COMPANY, DIVISION OF TRAFALGAR HOUSE INC, BALTIMORE, MD 21264-4200

10925  BERISTAIN, FRANCISCO, 12133 BURBANK BLVD, 10, NORTH HOLLYWOOD, CA 91607

10925  BERJOUHIE VANISKHIAN, 20 PANORAMA DR, HUNTINGTON, NY 11743-4418

10925  BERK & COMPANY PUBLIC RELATIONS INC, 50 MAIN ST STE 1000, WHITE PLAINS, NY 10606-1900

10925  BERK & COMPANY, 50 MAIN ST #1000, WHITE PLAINS, NY 10606

10925  BERK, ERIKA, 160 CALOOSA LAKE CIR N, LAKE WALES, FL 33853

10925  BERKE, DR JERRY, 49 WINDSOR AVE, ACTON, MA 01720

10925  BERKE, JERRY H, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925  BERKE, JERRY, 49 WINDSOR AVE, ACTON, MA 01720

10925  BERKE, NEAL S, 39 CHARLEMONT COURT, NORTH CHELMSFORD, MA 01863

10925  BERKE, NEAL S, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  BERKE, NEAL, 39 CHARLEMONT CT, CHELMSFORD, MA 01863

10925  BERKEL OF THE CAROLINAS, 4205-D STUART ANDREW BLVD., CHARLOTTE, NC 28217

10925  BERKELEY ANALYTICAL ASSOCIATES, 904 WRIGHT AVE, RICHMOND, CA 94804

10924  BERKELEY HIGH SCHOOL, 2246 MARTIN LUTHER KING DRIVE, BERKELEY, CA 94701

10924  BERKELEY READY MIX COMPANY, 699 VIRGINIA STREET, BERKELEY, CA 94710

10924  BERKELEY READY MIX, 401 EMBARCADERO, OAKLAND, CA 94612

10924  BERKELEY READY MIX, 699 VIRGINIA STREET, BERKELEY, CA 94710

10925  BERKEN, JOEL, 2343 MEMORIAL DR, GREEN BAY, WI 54303-6315

10925  BERKENBAUGH, MARY, 3513 N JOHN MARSHALL DR, ARLINGTON, VA 22207

10925  BERKENBUSH, GLENN, 115 MANDEVILLE AVE, PEQUANNOCK, NJ 07440

10925  BERKENBUSH, ROBERT, 42 STEPHENS RD, TAPPAN, NY 10983

10925  BERKENKEMPER, LINDA, 1507 OLD MOUNTAIN ROAD S., JOPPA, MD 21085

10925  BERKHAN, MICHAEL, PO BOX 13622, ATLANTA, GA 30324, GA 30324

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BERKLE, ELAINE, 380 LEROY ST., PHILADELPHIA, PA 19128 | |
| 10925 | BERKLE, LEIGH, 7247 VALLEY AVE, PHILADELPHIA, PA 19128 | |
| 10924 | BERKLEY COLLEGE OF MUSIC, BOYLSTON STREET, BOSTON, MA 02110 | |
| 10924 | BERKLEY TOOL, INC., 1211 HUGHES MILL RD. C/O VAN HORNE, BEDFORD, VA 24523 | |
| 10924 | BERKLEY TOOL, INC., 4791 PEPPERALL WAY, DUBLIN, VA 24084 | |
| 10924 | BERKLEY TOOL, INC., P.O. BOX 666, DUBLIN, VA 24084 | |
| 10924 | BERKMAN ELEMENTARY SCHOOL, 400 WEST ANDERSON AVENUE, ROUND ROCK, TX 78664 | |
| 10925 | BERKOWITZ, MD, HARRY W., 1319 AVE.,P, BROOKLIN, NY 11229 | |
| 10925 | BERKS LANDFILL RD/RA TRUST ACCOUNT, 1500 MARKET ST 38TH FL, PHILADELPHIA, PA 19102-2186 | |
| 10925 | BERKS LANDFILL RD/RA TRUST ACCOUNT, SAUL EWING REMICK & SAUL, 1500 MARKET ST 38TH FL, PHILADELPHIA, PA 19102-2186 | |
| 10924 | BERKS PRODUCTS CORP, 726 SPRING ST, READING, PA 19603 | |
| 10924 | BERKS PRODUCTS, 5TH ST. HWY, TEMPLE, PA 19560 | |
| 10924 | BERKS PRODUCTS, P.O. BOX 421, READING, PA 19603 | |
| 10925 | BERKS VISITING NURSE ASSN, 1170 BERKSHIRE BLVD, WYOMISSING, PA 19610 | |
| 10925 | BERKSHIRE ASSOCIATES, INC, 8930 ROUTE 108, SUITE D, COLUMBIA, MD 21045 | |
| 10924 | BERKSHIRE CONCRETE CO., 550 CHESHIRE ROAD, PITTSFIELD, MA 01201 | |
| 10924 | BERKSHIRE CONCRETE CO., ADAMS, MA 01220 | |
| 10924 | BERKSHIRE CONCRETE CO., LENOX DALE, MA 01242 | |
| 10924 | BERKSHIRE CONCRETE CORP, PO BOX1145, PITTSFIELD, MA 01202 | |
| 10924 | BERKSHIRE CONCRETE CORP., PO BOX 1145, PITTSFIELD, MA 01202 | |
| 10924 | BERKSHIRE POWER PROJECT, 36 MOYLAND LANE, AGAWAM, MA 01001 | |
| 10925 | BERLANT, JEAN, 6065 W. 10TH AVE, HIALEAH, FL 33012 | |
| 10924 | BERLEX LABORATORY, HILL TOP DR. & SAN PABLO, RICHMOND, CA 94801 | |
| 10924 | BERLEX, C/O SAN FRANCISCO GRAVEL, SAN PABLO AVE. & HILTON DR., RICHMOND, CA 94801 | |
| 10924 | BERLIN CO. LTD, MR. DAVID CHEN, NO. 43 TA YEH KRAOSHIUNG, IT UNK | *VIA Deutsche Post* |
| 10924 | BERLIN G. MYERS LUMBER CORP., 350 NORTH MAIN STREET, SUMMERVILLE, SC 29483 | |
| 10924 | BERLIN G. MYERS LUMBER CORP., PO BOX965, SUMMERVILLE, SC 29484 | |
| 10925 | BERLIN PACKAGING, PO BOX 95584, CHICAGO, IL 60694-5584 | |
| 10924 | BERLIN PRISON, 177 MAIN STREET, BERLIN, NH 03570 | |
| 10925 | BERLIN TIRE CENTERS INC, 3275 DODD ROAD, EAGAN, MN 55121 | |
| 10925 | BERLIN, JERRY M., 2081 BAILEY RD, PEEBLES, OH 45660 | |
| 10925 | BERLIN, JOYCE, 605 BLACKSHOALS DR BLACK/, CARY, NC 27511 | |
| 10925 | BERLIN, LYLE, 10614 CEDAR ELM, SAN ANTONIO, TX 78230 | |
| 10925 | BERLINROOD, BRIAN, 3 BLUE SPRUCE CT, REISTERSTOWN, MD 21136 | |
| 10925 | BERLINROOD, DEBRA, 3 BLUE SPRUCE CT, REISTERSTOWN, MD 21136 | |
| 10925 | BERLINT, SHARON, 7516 EUCLID NE, ALBUQUERQUE, NM 87110 | |
| 10925 | BERLITZ INTERNATIONAL INC., 400 ALEXANDER PARK, PRINCETON, NJ 08540 | |
| 10925 | BERLITZ LANGUAGE CENTER, 1407 YORK RD, SUITE 312, LUTHERVILLE, MD 21093 | |
| 10925 | BERLITZ LANGUAGE CENTER, 1821 WALDEN OFFICE SQ, SCHAUMBURG, IL 60173 | |
| 10925 | BERLITZ LANGUAGE CENTER, 2400 E. COMMERCIAL BLVD., STE 100, FORT LAUDERDALE, FL 33308 | |
| 10925 | BERLITZ LANGUAGE CENTER, 437 BOYLSTON ST, BOSTON, MA 02116 | |
| 10925 | BERLO, BERNARD, 116 TRAPELO RD, WALTHAM, MA 02154 | |
| 10925 | BERLYN EXTRUDERS INC, 28 BOWDITCH DRIVE, WORCESTER, MA 01605 | |
| 10925 | BERM STUDIOS INCORPORATED, PO BOX 1275, LANSDOWNE, PA 19050-8275 | |
| 10925 | BERM STUDIOS, INC, PO BOX 1275, LANSDOWNE, PA 19050-8575 | |
| 10925 | BERMAN BERKLEY & LASKY LLP, 601 MONTGOMERY ST 3RD FL, SAN FRANCISCO, CA 94111 | |
| 10925 | BERMAN, CYNTHIA, 10 E. LEE ST.#807, BALTIMORE, MD 21202 | |
| 10925 | BERMAN, DAVID, 17 MAINVIEW COURT, RANDALLSTOWN, MD 21133-4305 | |
| 10925 | BERMAN, ESQ, MICHAEL A, SECURITIES & EXCHANGE COMMISSN, 450 FIFTH ST NW (MAIL STOP 6-6), WASHINGTON, DC 20549 | |

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BERMAN, EUGENE, 6432 FIRESIDE DR, CENTERVILLE, OH 45459

10925    BERMAN, JOAN, CUST FOR SUSAN B BERMAN, UNIF GIFT MIN ACT MA, 41 WILDWOOD DR, NEEDHAM, MA 02192-2735

10925    BERMAN, JOE, 912 PAINTED POST RD., BALTIMORE, MD 21208

10925    BERMAN, JOSEPH, 22 CARTERET ST, UPPER MONTCLAIR, NJ 07043

10925    BERMAN, LILLIAN, 250 AMALFI DR, SANTA MONICA, CA 90402-1126

10925    BERMAN, MICHAEL, 138 MAPLE ST, BROOKLYN, NY 11225-5008

10925    BERMAN, PHILIP, 12050 WHITE CORD WAY, COLUMBIA, MD 21044

10925    BERMANS, 55 MASACHUSETTS AVE, LEXINGTON, MA 02173

10925    BERMEA, JOSE, 2106 N. HOUSTON, FORT WORTH, TX 76114

10925    BERMEA, RAMIRO, 2208 COLUMBUS AVE, FT WORTH, TX 76106-7857

10925    BERMEA, SANDRA, 1204 N.S. DRIVE, FT WORTH, TX 76106

10925    BERMEA, TRINIDAD, 1204 NS DRIVE, FT WORTH, TX 76106

10925    BERMEA, YOLANDA, 811 E. ASH, LAREDO, TX 78041

10925    BERMONTIZ, NOEMI, 106 HARDY AVE., BOUND BROOK, NJ 08805

10924    BERMUDA IMPORT-EXPORT CO, HAMILTON BERMUDA, HAMILTON BERMUD, AK 0

10924    BERMUDA ROOF, 1499 W PALMETTO PARK ROAD, BOCA RATON, FL 33486

10924    BERMUDA ROOF, 4430 NE 8TH AVE, FORT LAUDERDALE, FL 33334

10925    BERMUDEZ, CENOBIO, 301 CAMINO REAL, MISSION TX, TX 78572

10925    BERMUDEZ, HELEN, 451 CHERRY ST, ELIZABETH, NJ 07208

10925    BERNA, DAWN, 5314 LIGHTHOUSE BAY DRIVE, MADISON, WI 53704

10925    BERNA, RUSSEL, 709 EAST GREYHOUND PASS, CARMEL, IN 46032-1052

10925    BERNADETTE SKODA, 68 MEADOWBROOK DR, SOMERVILLE, NJ 08876-4810

10925    BERNAL CORPORATE PARK, POBOX 44000 DEPT 44731, SAN FRANCISCO, CA 94144-4731

10925    BERNAL, CESAR, 6005 AMBASSADOR DR, TAMPA, FL 33615

10925    BERNAL, DENNIS, 1341 CALLE INEZ, SANTA FE, NM 87505

10925    BERNAL, HERIBERTO, ROUTE 8 BOX 872, MISSION, TX 78572

10925    BERNAL, MELODI, PO BOX 725, HOLLIDAY, TX 76366

10925    BERNALDEZ, GLORIA, 234 ACADEMY ST, JERSEY CITY, NJ 07306

10925    BERNAN, 4611-F ASSEMBLY DR, LANHAM, MD 20706-4391

10925    BERNARD B SHAW &, ROBIN J SHAW JT TEN, 800 NE 195TH ST APT 315, MIAMI, FL 33179-3416

10925    BERNARD BERGSTEIN, BOX 1277, PETER STUYVESANT STATION, NEW YORK, NY 10009-9998

10925    BERNARD C MCNEIL, PO BOX 1492, ORANGE, NJ 07051-1492

10925    BERNARD C SIMMONS TR, UA 07 15 96, FOR BERNARD C SIMMONS LIVING, TRUST, 37 CLIFFORD RD, NATCHEZ, MS 39120-9713

10925    BERNARD E GRANICH, 10341 MANCHESTER ROAD, ST LOUIS, MO 63122-1520

10925    BERNARD ESKIN TR UA JUL 31 92, BERNARD ESKIN REVOCABLE TRUST, 200 S W 132 WAY NEW HAMPTON, L 310 CENTURY VILLAGE, PEMBROKE PINES, FL 33027-1683

10925    BERNARD F KLOEK &, EVELYN M KLOEK JT TEN, 8701 RIDGE BLVD, BROOKLYN, NY 11209-4947

10925    BERNARD G LANIVICH &, VERONICA E LANIVICH JT TEN, 21507 WILLOW WISP, ST CLAIR SHORES, MI 48082-2268

10925    BERNARD GINSBERG, 200 MT PLEASANT AVE, WALLINGTON, NJ 07057-2025

10925    BERNARD GORDON &, EVE GORDON JT TEN, 6083 CHARLES DR, WEST BLOOMFIELD, MI 48322-4465

10925    BERNARD GROYEMAN &, BARBARA ANCONA JT TEN, 11 SHAWNEE ROAD, SHORT HILLS, NJ 07078-1218

10925    BERNARD H BURTON, 142 MONTEREY DR, MANHASSET HILLS, NY 11040-1048

10925    BERNARD H JEFFERS, 6902 KNOLLCREST DR, HARRISON, TN 37341-9436

10925    BERNARD H SHULMAN &, ELAINE SHULMAN JT TEN, 2390 NW 26TH ST, BOCA RATON, FL 33431-4051

10925    BERNARD HENSLEY &, BERNESTINE HENSLEY JT TEN, 4804 NAUTILUS COURT, FLOWER MOUND, TX 75028-5468

10925    BERNARD HODES ADVERTISING, PO BOX 751741, CHARLOTTE, NC 28275-1741

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 BERNARD HURWITZ TR UA JUL 14 87, 1133 RANLEIGH WAY, PIEDMONT, CA 94610-1134

10925 BERNARD J LEVY &, DELORES LEVY JT TEN, 10471 NW 11 COURT, PLANTATION, FL 33322-6585

10925 BERNARD J TABOR &, GERALDINE M TABOR JT TEN, 14086 CRANBROOK, RIVERVIEW, MI 48192-7526

10925 BERNARD JR, EDWARD, 5433 PERSHING AVE., VISALIA, CA 92391

10925 BERNARD JT TEN, JOHN J & MARIE D, HC 76 BOX 1029, LOCUST GROVE, VA 22508-9543

10925 BERNARD LUBIN &, ALICE W LUBIN JT TEN, 2710 CHARLOTTE ST, KANSAS CITY, MO 64109-1128

10925 BERNARD P PLATSHON &, ANNE PLATSHON TR UA, SEP 23 92, B & A PLATSHON TRUST, 150 ALMA ST APT 215, MENLO PARK, CA 94025-374

10925 BERNARD R BEISHIR, 1777 KINGS HWY, ROCKFORD, IL 61107

10925 BERNARD R GREBLER, 20 CLYDESDALE COURT, TINTON FALLS, NJ 07701-4928

10925 BERNARD SCHWARTZ, 191 PRESIDENTAL BLVD, PH 27, BALA CYNWYD, PA 19004-1207

10925 BERNARD SIGN CORP, 1331 NORTH HOWARD ST, PHILADELPHIA, PA 19122

10924 BERNARD TECHNOLOGIES, INC., 919 NORTH MICHIGAN AVENUE, CHICAGO, IL 60611-1659

10925 BERNARD V BUONANNO, NEW ENGLAND CONTAINER CO, 455 GEORGE WASHINGTON HWY, SMITHFIELD, RI 02917-1929

10925 BERNARD WELDING, 449 WEST CORNING ROAD, BEECHER, IL 60401

10925 BERNARD, ANDREA, 34 GREEN ST, WOBURN, MA 01801

10925 BERNARD, ANGELITA, 6075 TECATE DRIVE, BROWNSVILLE, TX 78521

10925 BERNARD, ANTHONY, 2016 MAIN #1702, HOUSTON, TX 77002

10925 BERNARD, CARMELLE, AND LAMBERT MAYER JT TEN, 154 AVE DOBIE, MONTREAL, QC H3P 1S4CANADA　　　　　*VIA Deutsche Post*

10925 BERNARD, ERIC, 163 OLD, AUBURN, MA 01501

10925 BERNARD, GERALD, 114 1/2 MULBERRY ST, READING, PA 19601

10925 BERNARD, II, CEDRIC, 4025 HWY 308, RACELAND, LA 70394

10925 BERNARD, IRIS, HC-01 BOX 5478, ADJUNTAS, PR 00601

10925 BERNARD, JOHN, 1117 N CYPRESS AVE, BROKEN ARROW, OK 74112

10925 BERNARD, LAURETTE, 4135 UDALL ST, SAN DIEGO, CA 92107

10925 BERNARD, LEANDRA, 1877 EL RANCHO DRIVE, 82, SPARKS, NV 89431

10925 BERNARD, MICHAEL, RT. 1, BOX 325, MOREAUVILLE, LA 71355

10925 BERNARD, MICHELE, 15 ARROW PATH, E BRIDGEWATER, MA 02333

10925 BERNARD, MURPHY, 116 WEST 103 ST., CUT OFF, LA 70345

10925 BERNARD, PATRICIA, 14 TOWN LANDING RD, BERKLEY, MA 02779

10925 BERNARD, RAYMOND, PO BOX 206, MATHEWS, LA 70375

10925 BERNARD, ROBERT, 1721 WAUSAU LANE, GURNEE, IL 60031

10925 BERNARD, RODNEY, 118 SUNSHINE DRIVE, DES ALLEMANDS, LA 70030

10925 BERNARD, TOM, 200 N MICHOT, LAFAYETTE, LA 70508-4342

10925 BERNARD, TRACIE, PO BOX 151, MANSURA, LA 71350

10925 BERNARD, VIRGIE, 1122 SO ORANGE ST, LAFAYETTE, LA 70501

10925 BERNARD, WAYNE, 111 RED BRICK CIRCLE, LAFAYETTE, LA 70503

10925 BERNARDETTE T BRAUER, 719 WILLOW GLEN WAY, SAN JOSE, CA 95125-1870

10925 BERNARDI, ARLENE, 145 QUAKER RD, POMONA, NY 10970

10924 BERNARDIN, 120 E. MALL, TORONTO ONT, ON O0O 0O0TORONTO　　　　　*VIA Deutsche Post*

10925 BERNARDO, AILEEN, 15037 HARVEST STR., MISSION HILLS, CA 91345

10925 BERNARDO, DELSA, 4255 W 5 TERR, MIAMI FL, FL 33134

10925 BERNARDO, GERALD, 6006 ROCKCLIFF LANE, ALEXANDRIA, VA 22310

10925 BERNARDO, LAURA, 68 SHELLEY AVE, YONKERS, NY 10701-5440

10925 BERNARDO, MICHAEL, 320 CLINTON AVE, MANVILLE, NJ 08835

10925 BERNARDY, JANET, 11119 E MISSION LANE, SCOTTSDALE, AZ 85259

10925 BERNAUER, MIKE, 1036 DANIELLE DR, ROSEVILLE, CA 95747

10924 BERND GROUP INC, THE, 1251 PINEHURST RD, DUNEDIN, FL 34697

10924 BERND GROUP INC., THE, PO BOX2245, DUNEDIN, FL 34697

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BERND SCHULTE, 5 OSPREY COURT, OCEAN RIDGE, FL 33435

10925   BERNDT, DAVID, 8625 W DENVER AVE, MILWAUKEE, WI 53224

10924   BERNE READY MIX, 155 EAST BUCKEYE STREET, BERNE, IN 46711

10925   BERNEBURG, PHILIP L, 9612 KENTSDALE DRIVE, POTOMAC, MD 20854

10925   BERNEBURG, PHILIP, 9612 KENTSDALE DRIVE, POTOMAC, MD 20854

10925   BERNEK JT TEN, JOHN & KENNETH, 7283 ANDERSONVILLE RD, CLARKSTON, MI 48346-2501

10925   BERNER COMPANY, THE, PO BOX 140219, CORAL GABLES, FL 33114-0219

10925   BERNER, CURTIS, 45 CEMETERY RD, UNION, CT 06076

10925   BERNHARD C TJARKSEN JR, TR UDT APR 7 92, THE BERNHARD C TJARKSEN JR TRUST, 445 W
HAWTHORNE COURT, LAKE BLUFF, IL 60044-2310

10925   BERNHARD WEYLAND MGMT CONSULTING, UNT. BURGGARTEN 19, DOSSENHEIM, 69221GERMANY   **\*VIA Deutsche Post\***

10925   BERNHARDT FURNITURE, POBOX 740, LENOIR, NC 28645

10925   BERNHARDT, HOWARD, PO BOX 2347 \, SEMMES, AL 36575

10925   BERNHARDT, MARIE, 1499 ELM AVE, ELDERSBURG, MO 21784

10925   BERNHARDT, STEVE, 1739 S PETERSON ROAD, IOWA PARK, TX 76367

10925   BERNHARDT, ZEDDIE, 1499 ELM AVE., ELDERSBURG, MD 21784

10925   BERNICE A BIGELOW, 713 W DUARTE ROAD, UNIT G-514, ARCADIA, CA 91007-7564

10925   BERNICE BRAUNSTEIN, 1074 E 12TH ST, BROOKLYN, NY 11230-4138

10925   BERNICE D CANATA, 2827 GREENWICH ST, SAN FRANCISCO, CA 94123-3223

10925   BERNICE I CHRISTMAN, 2029 DREXEL DR, ANDERSON, IN 46011-4050

10925   BERNICE KAUFMAN, 1214 RACE ST, NEW ORLEANS, LA 70130-4720

10925   BERNICE M CORO, 60 CENTRE LANE, MILTON, MA 02186-3933

10925   BERNICE M ORTH TR UA MAY 30 96, BERNICE M ORTH, REVOCABLE TRUST, 504 SOUTHWOOD LN,
ST JOSEPH, MO 64506-3121

10925   BERNICE MCCALL &, MARTIN MCCALL JT TEN, 1748 SE 21ST AVE, POMPANO BEACH, FL 33062-7641

10925   BERNICE PAGER, 7432 ARCHER AVE, SUMMIT, IL 60501-1231

10925   BERNICE PAVOLA TR UA DEC 18 92, BERNICE PAVOLA TRUST, 2612 CENTRAL DR APT 2 S,
FLOSSMOOR, IL 60422-1144

10925   BERNICE R COLOROSO, 4102 SALACIA DR, IRVINE, CA 92620-3244

10925   BERNICE ROPER, 57 LOWELL AVE, WEST ORANGE, NJ 07052-3709

10925   BERNICE SCHNERR, 2108 VANDERBILT, AUSTIN, TX 78723-1417

10925   BERNICE STRAUSS, 145 CRESCENT ST, CLOSTER, NJ 07624-1606

10925   BERNICE URZI, 1621 KOCH LANE, SAN JOSE, CA 95125-5049

10925   BERNICE WARD, S 70 W 18883 GOLD DR, MUSKEGO, WI 53150

10924   BERNIE ELECTRIC WHOLESALE, 2316 SOUTH 5TH STREET, KANSAS CITY, KS 66103

10925   BERNIER, GERALD, 81 WEST ALBANY LANE, HERNANDO, FL 32642-3205

10925   BERNIER, KEVIN, 157 RIDGE ST, WINCHESTER, MA 01890

10925   BERNITA J KUHNS, 1833 PALO SANTO DR, CAMPBELL, CA 95008-1542

10925   BERNKLOW, KATHLEEN, 24 OLD BOLTON ROAD, STOW, MA 01775

10924   BERNS CONSTRUCTION CO.,INC., 2801 NORTH CATHERWOOD AVENUE, INDIANAPOLIS, IN 46219

10924   BERNS CONSTRUCTION, 2801 N. CATHERWOOD AVENUE, INDIANAPOLIS, IN 46219

10925   BERNS CONSTRUCTION, POBOX 19815, INDIANAPOLIS, IN 46219

10924   BERNS CONSTRUCTION, VARIOUS LOCATIONS, INDIANAPOLIS, IN 46219

10925   BERNS, LDEAN, PO BOX 567, GARNAVILLO, IA 52049

10925   BERNSTEIN BERNSTEIN HARRISON, 1600 MARKET ST, SUITE 2500, PHILADELPHIA, PA 19103

10925   BERNSTEIN TEN COM, E ACE & MARTIN, 6101 W TEUTONIA, MILWAUKEE, WI 53209-3646

10925   BERNSTEIN, DEENA, 3431 N. PARK RD., HOLLYWOOD, FL 33021

10925   BERNSTEIN, KYLE, BOX 374, IOWA PARK, TX 76367

10925   BERNSTEIN, ROBIN, 7457 PECANWOOD LN, HAUGHTON, LA 71037

10925   BERNSTEIN, SHUR, SAWYER & NELS, 100 MIDDLE ST, PORTLAND, ME 04104-5029

10925   BERNSTEIN, SHUR, SAWYER & NELSON, 100 MIDDLE ST, PORTLAND, ME 04104-5029

10925   BERNSTEIN, SOL, 710 HAYES ST, IRVINE, CA 92720-9998

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BERNSTEIN, STEVEN, 5100 NORTH MARINE DRIVE, 7B, CHICAGO, IL 60640

10925   BERNSTEN BRASS & ALUMINUM FOUNDRY I, 2334 PENNSYLVANIA AVE, MADISON, WI 53704

10925   BERNSTEN BRASS & ALUMINUM FOUNDRY I, STROUD WILLINK & HOWARD LLC JAMES, 25 WEST MAIN ST, PO BOX 2236, MADISON, WI 53701-2236

10925   BERNSTROM, TRACY, 10202 STRANG ROAD, LAPORTE, TX 77571

10925   BERO, BRENDA, 2458 BASSWOOD ST, GREEN BAY, WI 54313

10925   BERQUIST, STEVE, RR1 BOX 389, SPEARFISH, SD 57783

10925   BERRE JR, EDGAR L, 8055 INDIAN HILL RD, CINCINNATI, OH 45243-3907

10925   BERRIAN, FAITH, 5737 HOLLYLOCK RD, JACKSONVILLE, FL 32208

10925   BERRIAN, GEORGINE, 13701 LINFIELD AVE, SYLMAR, CA 91342

10925   BERRIAN, YVETTE, 7181 N. 18TH ST, PHILADELPHIA, PA 19126

10924   BERRIDGE MANUFACTURING, 1720 MAURY, HOUSTON, TX 77026

10924   BERRIDGE MANUFACTURING, 2201 RUDELOFF ROAD, SEGUIN, TX 78155

10925   BERRIER, ARTHUR, 8321 FALL CHILL COURT, ELLICOTT CITY, MD 21043

10925   BERRIER, TOMMIE, 2904 ROPER MTN RD, SIMPSONVILLE, SC 29681

10925   BERRIGAN PERLMAN & GABRIELE, PATRICK J BERRIGAN, 809 CHILTON AVE, PO BOX 712, NIAGARA FALLS, NY 14302

10925   BERRIGAN, GERALDINE, 14 JOEY RD, MERRIMACK, NH 03054

10925   BERRIGAN, PAUL, 81 HIGHVIEW AVE, MELROSE, MA 02176

10925   BERRINGER, WILLIE C, CUST FOR CIEARA ELIZABETH BERRINGER, UNIF GIFT MIN ACT NY, 4 CANYON BLUFF CT, WICHITA FALLS, TX 76309-2613

10925   BERRINGER, WILLIE C, CUST FOR MATTHIAS ANTHONY-ROBERT, BERRINGER UNIF GIFT MIN ACT NY, 4 CANYON BLUFF CT, WICHITA FALLS, TX 76309-2613

10925   BERRIOS, JOAQUIN, 862 ESTEBAN GONZALEZ ST COND UNIVERSITARIO, 4A, RIO PIEDRAS, PR 00927

10925   BERRIOS, MARIA, 3095 NW 14TH, MIAMI, FL 33142

10925   BERRIOS, RONNIE, 461 BELMONT AVE, SPRINGFIELD, MA 01108

10924   BERRIPATCH, INC., THE, 225 HIGHWAY 69 NORTH, PARIS, TN 38242

10924   BERRIPATCH, INC., THE, 225 HIGHWAY 69 NORTH, PARIS, TN 38242-6592

10925   BERRONES, AMANDA, 211 HICKORY LANE, MOMENCE, IL 60954

10925   BERRONES, ROGELIO, 211 N. PAT CANNON, WESLACO, TX 78596

10925   BERRY & BERRY, STATION D, OAKLAND, CA 94612-0250

10925   BERRY BEARING CO, PO BOX 98412, CHICAGO, IL 60693

10925   BERRY BERRY, STATION D, PO BOX 70250, OAKLAND, CA 94612-0250

10925   BERRY CONSTRUCTION, 2 W. COTTAGE ROW, MIDLOTHIAN, IL 60445

10925   BERRY EDWARD RUSSOM, PO BOX 1793, UPPER MARLBORO, MD 20773

10924   BERRY ENTERPRISES INC, PO DRAWER L, CHILHOWIE, VA 24319

10924   BERRY ENTERPRISES INC., PO DRAWER L, CHILHOWIE, VA 24319

10925   BERRY III, ALBERT, 6149 ADAMS DR., MARRERO, LA 70072

10925   BERRY INC., 2501 E 600N, WHITELAND, IN 46184

10925   BERRY INCORPORATED, PO BOX 21416, INDIANAPOLIS, IN 46221

10925   BERRY JR, PAUL, 61 VINE ST, MIDDLEBORO, MA 02345

10925   BERRY PACKAGING OF SC,INC, PO BOX 890004, CHARLOTTE, NC 28289

10925   BERRY PETROLEUM CO NORRIS OIL, ANTHONY H TREMBLEY (NORDMAN CORMAN, 1000 TOWN CENTER DR 6TH FL, OXNARD, CA 93031-9100

10925   BERRY PETROLEUM COMPANY, NORDMAN CORMANY HAIR & COMPTON, 100 TOWN CENTER DRIVE, 6TH FL, OXNARD, CA 93031-9100

10924   BERRY PETROLEUM, P.O. BOX X, TAFT, CA 93268

10925   BERRY R EITEL, C/O THE BANK OF NY, PO BOX 11203, NEW YORK, NY 10286-1203

10925   BERRY SOFTPACK FABRICATORS, INC, 910 CREEKSIDE RD., UNIT D-3, CHATTANOOGA, TN 37406

10925   BERRY TODD KROEGER, 525 HAMILTON ST, STERLING, CO 80751-3607

10924   BERRY WOMEN'S HEALTH PAVILLION, MIAMI VALLEY HOSP.-MATERINITY EXP., DAYTON, OH 45405

10925   BERRY, BILL, BOX 328, WILLIAMSBURG, IA 52361

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BERRY, BRANDY, 4220 CLAIDLAND DR, FOREST PARK, GA 30050 | |
| 10925 | BERRY, C. DWAIN, RT 1 BOX 581, CHERAW, SC 29520 | |
| 10925 | BERRY, CHARLES, 3213 NEWMAN, SHREVEPORT, LA 71119 | |
| 10925 | BERRY, CHAUNTE, 3618 SUTER ST., OAKLAND, CA 94619 | |
| 10925 | BERRY, CHERYL, 365 CARROLLTON AVE, SHREVEPORT, LA 71105 | |
| 10925 | BERRY, CHRISTINE, 5542 QUEEN JOSEPHINE LN., JACKSON, MS 39209 | |
| 10925 | BERRY, CLARENCE, 2560 ROCKY CREEK RD APT. K1, MACON, GA 31206 | |
| 10925 | BERRY, CLINTON, 114 WATERHILL, LYNN, MA 01905 | |
| 10925 | BERRY, DAVID, 5109 HORTON RD, PLANT CITY, FL 33566 | |
| 10925 | BERRY, DIANA, 120 SANIAL AVE, NORTHVALE, NJ 07647 | |
| 10925 | BERRY, DIANE, 15 ASH AVE, EATON, CO 80615 | |
| 10925 | BERRY, DIANE, 19 CLINTON PLACE, UTICA, NY 13501 | |
| 10925 | BERRY, EDWINA, 2820 WASHINGTON BLVD, INDIANAPOLIS, IN 46205 | |
| 10925 | BERRY, EUGENE, 2517 ROXANNE ST., SULPHUR, LA 70663 | |
| 10925 | BERRY, EUGENE, 2517 ROXANNE, SULPHUR, LA 70663 | |
| 10925 | BERRY, HARRELL, 807 LONGLEAF DRIVE, DESOTO, TX 75115 | |
| 10925 | BERRY, HELEN, 1393 BERTHAM ST, CEDAR RAPIDS, IA 54039 | |
| 10925 | BERRY, HENRY, 101 MCSWAIN DR, MAULDIN, SC 29662 | |
| 10925 | BERRY, HUGH, 1795 WELLS STATION RD, MEMPHIS, TN 38108 | |
| 10925 | BERRY, JAMES, 1824 W. GALENA ST, WI, MILWAUKEE, WI 53205 | |
| 10925 | BERRY, JANE, 981 E RICHMOND, FRESNO, CA 93720 | |
| 10925 | BERRY, JERRY, 7069 CONFEDERATE PKWY., FORT WORTH, TX 76108 | |
| 10925 | BERRY, JERRY, 732 TIMBER OAK DR, AZLE, TX 76020 | |
| 10925 | BERRY, JESSE, PO BOX 201, SIMPSONVILLE, SC 29681 | |
| 10925 | BERRY, JOE, 14 FLEETWOOD DRIVE, GREENVILLE, SC 29605-1511 | |
| 10925 | BERRY, JOHN, 2501 W 87TH, ODESSA, TX 79764 | |
| 10925 | BERRY, JOHN, RR 1 BOX 59H, LINN CREEK, MO 65052-9801 | |
| 10925 | BERRY, JOSEPH, #10-128 CURLEWIS ST BNSW, BONDI BEACH, NSW, 2026AUSTRALIA | *VIA Deutsche Post* |
| 10925 | BERRY, JUDY, RT 1 BOX 616F, RED SPRINGS, NC 28377 | |
| 10925 | BERRY, KENNETH, 8390 KY 144, PHILPOT, KY 42366 | |
| 10925 | BERRY, KIM, 4205 VISTA, PASADENA, TX 77504 | |
| 10925 | BERRY, KIMBERLY, 2154 TOMLINSON LOOP, CONNELLY SPRINGS, NC 28612 | |
| 10925 | BERRY, LAURA, 411 KEENEY DR, ST CHARLES, MO 63303 | |
| 10925 | BERRY, LAURENCE, 203 ELVIRA DRIVE, RACELAND, LA 70395 | |
| 10925 | BERRY, LAWRENCE, 6377 WILLOW SPRINGS DR, MORRISON, CO 80465 | |
| 10925 | BERRY, LUTHER, ROUTE 2, BOX 74, CHICKASKA, OK 73018 | |
| 10925 | BERRY, MILAN, 11 REEVES ST PO BOX 393, ENOREE, SC 29335 | |
| 10925 | BERRY, NIKKI, 107 MONTEIGO CT, CENTERVILLE, GA 31028 | |
| 10925 | BERRY, PATRICK, PO BOX 1681, CLEMSON, SC 29633 | |
| 10925 | BERRY, RHONDA, 400 FRANKLIN ST, FORT COLLINS, CO 80521 | |
| 10925 | BERRY, RONALD, 408 E WASHINGTON, IOWA PARK, TX 76367 | |
| 10925 | BERRY, SHERRON, 517 JEFFERY AVE APT 23, CALUMET CITY, IL 60409 | |
| 10925 | BERRY, STEVEN, 506 SW 6TH, SEMINOLE, TX 79360 | |
| 10925 | BERRY, SUSAN, 2502 BALMORAL CT., SOMERVILLE, NJ 08876 | |
| 10925 | BERRY, THOMAS, 2560 ROCKY CR. K-1, MACON, GA 31206 | |
| 10925 | BERRY, WILLIAM, 1101 NEVILLE ST., JONESBORO, AR 72401-4837 | |
| 10924 | BERRY-BAKER LIBRARY, DARTMOUTH COLLEGE, NORTH MAIN STREET, HANOVER, NH 03755 | |
| 10925 | BERRYHILL, ANNA M, 175 CEDAR CREEK DR, PONTOTOC, MS 38863-2903 | |
| 10925 | BERRYHILL, BILLIE, 625 JESSIE RICHARD, SUNSET, LA 70584 | |
| 10925 | BERRYHILL, JAMES, 131 5TH ST EAST, WINTER HAVEN, FL 33830 | |
| 10925 | BERRYHILL, JANICE, PO BOX 265, LILLIAN, TX 76061 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BERRYHILL, JULIA, 9113 AKRON, LUBBOCK, TX 79423

10925    BERS, JENNIFER, 402 WISNER, PARK RIDGE, IL 60068

10925    BERSAW, MARTIN, 78 HIGHVIEW DRIVE, WEST PATERSON, NJ 07424

10925    BERSS, RICHARD, 1918 WHITEBRIAR, DEER PARK, TX 77536

10924    BERT FISH MEDICAL CENTER, CAMBRIDGE, MA 02140

10924    BERT FISH MEDICAL CENTER, SE FOLUSIA HOSPITAL DIST, NEW SMYRNA BEACH, FL 32170

10924    BERT FISH MEDICAL CENTER, SOUTHEAST VOLUSIA HOSPITAL, NEW SMYRNA BEACH, FL 32170

10924    BERT LOWE SUPPLY CO, 5402 E. DIANA STREET, TAMPA, FL 33610

10924    BERT LOWE SUPPLY CO, PO BOX 11517, TAMPA, FL 33680

10925    BERT LOWE SUPPLY CO, POBOX 729, EATON PARK, FL 33840-0729

10925    BERT MANUFACTURING, 1119 SAWMILL ROAD, GARDNERVILLE, NV 89410

10925    BERT SMITH ASSOC., 412 41ST ST. S., BIRMINGHAM, AL 35222

10925    BERT WASSERMAN, PO BOX 289, OLD WESTBURY, NY 11568-0289

10924    BERTEK SYSTEMS INC, 22 JONERGIN DRIVE, SWANTON, VT 05488

10924    BERTELS CAN COMPANY, 485 STEWART ROAD, WILKES-BARRE, PA 18703

10924    BERTHA CASEY ELEMENTARY SCHOOL, 9400 TWIN OAKS DRIVE, AUSTIN, TX 78748

10925    BERTHA H MILES, 7A AVENIDA 4-99 ZONE 4, GUATEMALA CITY, GUATEMALA          *VIA Deutsche Post*

10925    BERTHA RICHIE, 11 RIVERSIDE DR, NEW YORK, NY 10023-2504

10925    BERTHA S O KEEFE TRUST, THE, 3404 WEST 71ST ST, PRAIRIE VILLAGE, KS 66208-3115

10925    BERTHAS CAKES & CATERING, 222 TEXAS ST., SULPHUR, LA 70663

10925    BERTHOLD JR, ROBERT V, 208 CAPITOL ST, CHARLESTON, WV 25301

10925    BERTHOUD MEDICAL CLAIM, PO BOX 5317, GREELEY, CO 80631

10925    BERTINO, STEPHEN, 1617 MILLS ROAD, WATERLOO, NY 13165

10925    BERTKE, EDWARD, 4131 SOUTH HAMPTON ROAD, PHILPOT, KY 42366

10925    BERTOLINE, JOHN, 7531 WHITCOMB ST, MERRILVILLE, IN 46410

10925    BERTOLINI, KEITH, 928 E NORTHWOOD DR, APPLETON, WI 54911

10925    BERTOLOTTI, ALDO, 1283 ESTATE DRIVE, LOS ALTOS, CA 94024-6163

10925    BERTON, RICHARD, 120 W. WILSON ST, PALMYRA, WI 53156

10925    BERTONE, PETER, 7 GLEASON COURT, WALPOLE, MA 02081

10925    BERTONE, PRISCILLA, AND LINDA DERAMIA, 7 GLEASON COURT, WALPOLE, MA 02081

10925    BERTORELLI, JAMES, 11 VILLAGE COURT, MALDEN, MA 02148

10925    BERTRAM KATZ, 3065 ROBERTS AVE, BRONX, NY 10461-5141

10925    BERTRAM, H, 4721 WILLOW WOOD DR, RACINE, WI 53403

10925    BERTRAM, H., 4236 N. ARDMORED AVE, SHOREWOOD, WI 53211

10925    BERTRAND JR, ALTON, PO BOX 0206, WEST LAKE, LA 70669-0206

10925    BERTRAND SR., WILLARD, PO BOX 854, CROWLEY, LA 70526

10925    BERTRAND, BRENDA, 320 S CARNOT ST, ALGOMA, WI 54201

10925    BERTRAND, CARRIE, 1762 PATRIOT WAY, DE PERE, WI 54115

10925    BERTRAND, DALE, 4147 DON CIR, NEW FRANKIN, WI 54229

10925    BERTRAND, DONALD, PO BOX 1355, PORT BARRE, LA 70577

10925    BERTRAND, JODIE, 294 SOUTH DONMOOR, BATON ROUGE, LA 70806

10925    BERTRAND, ROBERT, 127 BERTRAND ROAD, CROWLEY, LA 70526

10925    BERTRAND, ROBERT, PO BOX 440, LAKE ARTHUR, LA 70547

10925    BERTRAND, RONALD, 1163 BAY BEACH RD, GREEN BAY, WI 54302-1262

10925    BERTRAND, WALTER, RT. 2 BOX 154, ABBEVILLE, LA 70510

10925    BERTRAND, WILLIAM, 3322 KINGHAM APT #5, LAKE CHARLES, LA 70601

10924    BERT'S ELECTRICAL SUPPLY, 61-69 HANCOCK ST., BOSTON, MA 02171

10924    BERT'S ELECTRICAL SUPPLY, P.O.BOX 156, NORTH QUINCY, MA 02171

10925    BERTSCH, BRAUNDA, 8815 SHADY VALLEY, SAN ANTONIO, TX 78250

10925    BERTSCH, MARK, 23 DEVEREVY DR, DESTRAN, LA 70047

10925    BERTSCH, THERESA, 1133 FOREST GREEN DRIVE, MOON TWP, PA 15108

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BERTZ, DOUGLAS, 504 WITHERS COURT, OCOEE, FL 32761

10925    BERUBE, DONNA, 3 DANIEL LANE, SWANSEA, MA 02771

10925    BERUMEN, EDUARDO, 844 HEMPSTEAD DR, EL PASO, TX 79912

10925    BERUMEN, ISABEL, 1214 GRAND AVE, FORT WORTH, TX 76106

10925    BERUMEN, MARIA, 7718 STONE HURST, DALLAS, TX 75217

10925    BERUMEN, MIGUEL, 2737 WRONDEL WAY, 20, RENO, NV 89502

10925    BERUMEN, MIGUEL, 2737 WRONDEL WAY, RENO, NV 89502

10925    BERUTTI, THERESIA, 3087 HKRY DR NE RR, SOLON, IA 52333

10925    BERWAY VISUAL PRODUCTS, 668 MAIN ST #2, WILMINGTON, MA 01887

10924    BERWICK  ICG EQUIPMENT, 65555 S. KENTON SUITE 313, ENGLEWOOD, CO 80112

10924    BERWICK ELECTRIC, 129 W. COSTILLA, COLORADO SPRINGS, CO 80903

10925    BERWICK GRANTLEY & RAMM INC, 1995 TREMAINSVILLE RD, TOLEDO, OH 43613

10925    BESCHORNER, ROBERTA, 604 PIONEER AVE, WIOTA, IA 50274

10924    BESCO ELECTRIC SUPPLY CO., PO BOX 491366, LEESBURG, FL 34749-1366

10924    BESCO LEESBURG, 711 SOUTH 14TH ST, LEESBURG, FL 34749

10925    BESCO STEEL SUPPLY INC, 4230 1ST AVE SOUTH, BIRMINGHAM, AL 35232

10925    BESCO, PO BOX 3250, 629 BROADWAY NW, KNOXVILLE, TN 37927

10925    BESER, JEROME, 7515 SLADE AVE, PIKESVILLE, MD 21208

10925    BESHEARS, RODNEY, 527 LAKEVIEW LODGE ROAD, LEESVILLE, LA 71446

10925    BESHILAS, J, RT 3 BOX 259, RAEFORD, NC 28376

10925    BESHONER, EDWARD, 104 MAPLE DRIVE, POCOLA, OK 74902

10925    BESINAIZ JR., EMIGDIO, 11701 HAVEN DR., CORPUS CHRISTI, TX 78410

10925    BESLEY, KENNETH, 18 S SENECA ST, WATERLOO, NY 13165

10925    BESMER, J, 1932 HILLTOP DRIVE, WEST BEND, WI 53095-2960

10925    BESOZZI, ERIC C, BOX 118, BOLINAS, CA 94924-0118

10925    BESS, ALICIA, 2271-F BONAPARTE BLVD, MONTGOMERY, AL 36116

10925    BESS, LATICIA, 2309 HERSHEL PARK DR, COLLEGE PARK, GA 30337

10925    BESS, ROBERT, 106 MARGARET, BURKBURNETT, TX 76354

10925    BESSANT, BOBBY, 1075 E BOURBONNAIS, KANKAKEE, IL 60901

10925    BESSE MEDICAL SUPPLY, PO BOX 40640, CINCINNATI, OH 45253-0246

10925    BESSE, ARTHUR, RFD BOX 169, VINEYARD HAVEN, MA 02568-9998

10925    BESSER CO, BOX NO 77944 ROOSEVELT PARK ANNEX, DETROIT, MI 48277-0944

10925    BESSETTE, THOMAS, STEWART WHITE RD, ADAMS, MA 01220

10925    BESSEY, DAWNA, 2300 PRATER WAY, 216, SPARKS, NV 89431

10925    BESSIE E WALTER, 3813 FRINGER RD, TANEYTOWN, MD 21787-1529

10925    BESSIE L SCHULMAN, 3409 GLEN AVE APT C, BALTIMORE, MD 21215-3936

10925    BESSIE R KARAS, 8413 W CLARA DR, NILES, IL 60714-2305

10925    BESSIE SAU-FAN TSANG AS, CUSTODIAN FOR LINDSEY TSANG, UGMA NY, 157-11 CROSS ISLAND
         PKWAY, WHITESTONE, NY 11357-2727

10925    BESSIE THEODOULOU, 137 WEBSTER ST, ARLINGTON, MA 02174-3335

10925    BESSINGER, AMY, 2457 BIRCH POINT CR, GREEN BAY, WI 54302

10925    BESSINGER, BRIAN, 2457 BIRCH POINTE CI, GREEN BAY, WI 54302

10925    BESSINGER, D, 1781 WINDSOR DR SOUTH, SHAKOPEE, MN 55379

10925    BESSINGER, J E, 128 W JOHN CARROLL ROAD, LAKELAND, FL 33801-9658

10925    BESSOFF, HEATHER, PO BOX 701, MILWAUKEE,, WI 53201

10925    BESSON, LAWRENCE, 6535 SOUTHPOINT DR, DALLAS, TX 75248

10925    BESSON, MARIAN, 316 TWIN OAKS EAST, PINEVILLE, LA 71360

10925    BESSON, SCOTT, 2004 WELLINGTON RD, N AUGUSTA, SC 29841

10925    BESSONE, GUISEPPE, 111 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    BESSONETTE, SUSAN, 219 BELLE VUE, LOCKPORT, LA 70374

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |

10925   BESSWELL CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10924   BEST ADHESIVES CO., INC., 260 MOORE STREET, BROOKLYN, NY 11206

10925   BEST AIR CONDITIONING, POBOX 8841, CORAL SPRINGS, FL 33075

10924   BEST BLOCK CO., P.O. BOX 13707, MILWAUKEE, WI 53213

10924   BEST BLOCK CO./M, 22001 GROESBECK HWY, WARREN, MI 48089

10924   BEST BLOCK CO./W, 6618 HIGHWAY G, RACINE, WI 53402

10924   BEST BLOCK CO./W, PO BOX13707, MILWAUKEE, WI 53213-0707

10924   BEST BLOCK CO./W, W140 N5870 LILLY ROAD, MENOMONEE FALLS, WI 53051

10924   BEST BLOCK COMPANY, **TO BE DELETED**, YPSILANTI, MI 48197

10924   BEST BLOCK COMPANY, 22001 GROESBECK HWY., WARREN, MI 48089

10924   BEST BLOCK COMPANY, 22201 GROSBECK HWY., WARREN, MI 48089

10924   BEST BLOCK COMPANY, 3840 MORGAN RD., YPSILANTI, MI 48197

10924   BEST BLOCK COMPANY, 8227 BLAKELAND DRIVE, LITTLETON, CO 80120

10924   BEST BLOCK COMPANY, P.O. BOX 688, DENVER, CO 80201

10925   BEST BLOCK COMPANY, PO BOX 13707, MILWAUKEE, WI 53213-0707

10924   BEST BLOCK COMPANY, PO BOX13707, MILWAUKEE, WI 53213-0707

10924   BEST BLOCK OF RACINE, 6618 HIGHWAY G, RACINE, WI 53402

10924   BEST BLOCK OF RACINE, P O BOX 915, BUTLER, WI 53007

10924   BEST BLOCK, P.O.BOX 688, DENVER, CO 80201

10924   BEST BROTHERS, 172 SHILLINGTON ROAD, READING, PA 19608

10924   BEST BROTHERS, PO BOX 2056, READING, PA 19608

10925   BEST BUDS FLORAL & GIFT LTD, 4327 W BRADLEY ROAD, BROWN DEER, WI 53223

10925   BEST BUILT BUILDINGS, 1630 BETHESDA RD, JESUP, GA 31545

10925   BEST BUY, 6711 RITCHIE HWY, GLEN BURNIE, MD 21061

10924   BEST CARBIDE CUTTING TOOLS, INC., 1454 WEST 135TH STREET, GARDENA, CA 90249

10924   BEST CONCRETE & SUPPLY IN, 17200 DIX TOLEDO HWY, WYANDOTTE, MI 48192

10924   BEST CONCRETE & SUPPLY, INC., 17200 DIX TOLEDO HWY, WYANDOTTE, MI 48192

10924   BEST CONCRETE MIX CORP, PO BOX 541181, FLUSHING, NY 11354

10924   BEST CONCRETE MIX, 3510 COLLEGE POINT BLVD., FLUSHING, NY 11354

10924   BEST CONCRETE MIX, P O BOX 541181, FLUSHING, NY 11354

10924   BEST CONCRETE STEPS, 820 143RD AVENUE, SAN LEANDRO, CA 94578-3306

10924   BEST DISTRIBUTING, 7742 ENON DRIVE, ROANOKE, VA 24019

10924   BEST DISTRIBUTING, P.O. BOX 128, GOLDSBORO, NC 27533

10925   BEST ELECTRIC CO., PO BOX 67, SULPHUR, LA 70664

10925   BEST ELECTRICAL SERVICES, 1328 HAUBERT ST., BALTIMORE, MD 21230

10925   BEST EXPRESSION INC, 21602 N 3RD AVE, PHOENIX, AZ 85027

10925   BEST EXPRESSION, 5036 N. 54TH AVE #4, GLENDALE, AZ 85301

10925   BEST EXPRESSION, 5036 N. 54TH AVE., #4, GLENDALE, AZ 85301

10924   BEST FIREPROOFING, 43-09 VERNON BOULEVARD, LONG ISLAND CITY, NY 11101

10924   BEST FIREPROOFING, 43-09 VERNON BOULEVARD, LONG ISLAND CITY, NY 11101-6831

10925   BEST IMPRESSIONS, PO BOX 802, LA SALLE, IL 61301

10925   BEST INC, PO BOX 10803, RALEIGH, NC 27605

10925   BEST INDUSTRIES INC., 7643 FULLERTON ROAD, SPRINGFIELD, VA 22153

10925   BEST LOCKING SYS NORTHERN IL, 22078 NETWORK PLACE, CHICAGO, IL 60673-1220

10925   BEST LOCKING SYSTEMS OF, 1920-A STARITA ROAD, CHARLOTTE, NC 28206

10925   BEST LOCKING SYSTEMS, 111 KEMMAN AVE, LA GRANGE, IL 60525

10925   BEST MATERIAL HANDLING, DIV OF DOCK & DOOR EQUIP CO, LONDONDERRY, NH 03053

10925   BEST MESSENGER SERVICE INC, 671 EXECUTIVE DR, WILLOWBROOK, IL 60521

10925   BEST PLUMBING & HEATING, 4231 BONNY OAKS DR., CHATTANOOGA, TN 37406

10925   BEST POWER TECHNOLOGY SALES CORP., PO BOX 11, NECEDAH, WI 54646

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BEST POWER, PO BOX 277312, ATLANTA, GA 30384-7312

10925   BEST RUBBER STAMP & ENGRAVING, PO BOX 40125, MEMPHIS, TN 38174-0125

10924   BEST SAND & GRAVEL CO., 1601 TARBORO ST., WILSON, NC 27894

10924   BEST SAND & TRUCKING, 7119 KINDRED, HOUSTON, TX 77049

10925   BEST SAND CORP., POBOX 931707, CLEVELAND, OH 44193-1114

10925   BEST SOFTWARE INC., 888 EXECUTIVE CENTER DR. WEST, SAINT PETERSBURG, FL 33702

10925   BEST SOFTWARE, INC, PO BOX 17428, BALTIMORE, MD 21297-1428

10924   BEST STEEL, 3421 N. SYLVANIA AVENUE, FORT WORTH, TX 76111

10924   BEST SUPPLY, 1885 0" BRIEN DRIVE, COLUMBUS, OH 43228

10925   BEST TEMPORARIES, INC, 1101 CONNECTICUT AVE. NW,, WASHINGTON, DC 20036

10925   BEST WAY PAVING, PO BOX 3189, GREELEY, CO 80633

10925   BEST WESTERN APACHE, 1517 16TH ST SW, ROCHESTER, MN 55902

10925   BEST WESTERN HOMSTEAD INN, 220 ALEWIFE BROOK PKWY, CAMBRIDGE, MA 02138

10925   BEST WESTERN MALLARDS INN, 1720 SISK RD., MODESTO, CA 95350

10924   BEST WORKERS COMPANY, PORT ROYAL ROAD, RIEGELWOOD, NC 28456

10925   BEST, ARTHUR, PO BOX 411, GARYSBURG, NC 27831

10925   BEST, ASHLEY, 690 KINGSBRIDGE ST, BOCA RATON, FL 33487

10925   BEST, AUBREY, PO BOX 818, SOLDOTNA, AK 99669

10925   BEST, CAROLYN, 617 WARWICK ROAD, BIRMINGHAM, AL 35209

10925   BEST, INC, 7415 BAYFRONT RD., BALTIMORE, MD 21219

10925   BEST, KATHY, 1027 GARDEN DR. BOX, ATHENS, TN 37303

10925   BEST, LILLIE, PO BOX 232, RICHLANDS, NC 28574

10925   BEST, LYNNESSA, 1808 ABERDEEN CIRCLE, CROFTON, MD 21114

10925   BEST, WILLIAM, 26 AVE B NORTH, AUBURNDALE, FL 33823-9758

10925   BESTERMAN, JOHN, 1301 NE 191ST ST APT 301F, MIAMI, FL 33179-4064

10925   BESTFAX, 3025 SILVER STAR RD SUITE 101, ORLANDO, FL 32808

10925   BESTFAX, 3025 SILVER STAR ROAD SUITE 101, ORLANDO, FL 32808

10924   BESTFOODS SPECIALTY PRODUCTS, 1437 WEST MORRIS STREET, INDIANAPOLIS, IN 46221

10924   BESTFOODS SPECIALTY PRODUCTS, 700 SYLVAN AVENUE, ENGLEWOOD CLIFFS, NJ 07632

10925   BESTWALL GYPSUM, 7800 ALMONASTER AVE, NEW ORLEANS, LA 70126-7123

10925   BESTWAY ARCHIVAL SERVICES, 8201 NW 56TH ST, MIAMI, FL 33166

10924   BESTWAY CONCRETE CO, 3026 4TH AVENUE, GREELEY, CO 80631

10925   BESTWAY CONCRETE CO, PO BOX 519, GREELEY, CO 80632

10924   BESTWAY CONCRETE CO., 11723 WELD COUNTY RD #2, BRIGHTON, CO 80603

10924   BESTWAY CONCRETE CO., 30279 WELD COUNTY RD 27, GREELEY, CO 80631

10924   BESTWAY CONCRETE CO., 8013 LARIMER COUNTY ROAD #1, WINDSOR, CO 80550

10924   BESTWAY CONCRETE CO., P.O. BOX 519, GREELEY, CO 80631

10924   BESTWAY CONCRETE, 11041 WELD COUNTY ROAD # 9 3/4, FIRESTONE, CO 80520

10925   BESTWAY DISTRIBUTION SERVICES, 8201 NW 56 ST, MIAMI, FL 33166

10924   BESU INC, 4286 PALM AVENUE, HIALEAH, FL 33012

10925   BESWICK, HOLLY, 3212 SE 7TH ST, POMPANO BEACH, FL 33062

10925   BET, ELIZABETH, 5305 SECOND ST, WHITEHALL, PA 18052

10925   BETA 2 POWER OF TEN CLUB, C/O DARRYL RICHARDSON PRESIDENT, 4632 NORTH 12TH ST, PHILADELPHIA, PA 19140-1228

10925   BETA CONSTRUCTION CO., PO BOX 3710, CAPITOL HEIGHTS, MD 20791-3710

10925   BETA MACHINING & FABRICATING, 800 A AVE EAST, SEYMOUR, IN 47274

10925   BETA REPORTING, 910 17TH ST, NW SUITE 200, WASHINGTON, DC 20006

10925   BETANCES, ZACARIAS, 504 WEST 135TH ST, NEW YORK, NY 10031

10925   BETANCOURT, ANTONIO, 330 E EDGEBROOK, HOUSTON, TX 77034

10925   BETANCOURT, BALDEMAR, 1904 SELENA, MISSION, TX 78572

10925   BETANCOURT, MARY, 2370 CARRIAGE DR, MOBILE, AL 36693

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BETANCOURT, RAFAEL, 219 E 196 ST, BRONX, NY 10458

10925   BETANCOURT, ROGER, 647-2D GEMINI DR., HILLSBOROUGH, NJ 08876

10925   BETANCOURT, SALVADOR, 936 PECOS, CLOVIS, NM 88101

10925   BETANZO, MICHAEL, 701 WEST 189TH ST, NEW YORK, NY 10040

10925   BETATECH ELECTRICAL AGENTS, 16000 MILL CREEK BLVD STE 205, MILL CREEK, WA 98012

10925   BETATHERM IRELAND LTD, UNIT 201, GALWAY, IRELAND                                 *VIA Deutsche Post*

10925   BETATHERM, 910 TURNPIKE ROAD, SHREWSBURY, MA 01545

10925   BETATRONIX INC, 110 NICON COURT, HAUPPAUGE, NY 11788

10925   BETCHE, CHARLES, 1941 FLOWER, 9, BAKERSFIELD, CA 93305

10924   BETCO BLOCK & PRODUCTS, 5291 WELLINGTON ST, GAINESVILLE, VA 22065

10924   BETCO BLOCK & PRODUCTS, 5400 BUTLER ROAD, BETHESDA, MD 20816

10924   BETCO BLOCK & PRODUCTS, 7920 NOTES DR, MANASSAS, VA 22110

10924   BETCO BLOCK & PRODUCTS, ATTN: KATHY PIRCARD, MANASSAS, VA 22110

10925   BETCO BLOCK & PRODUCTS,INC, 7920 NOTES DRIVE, MANASSAS, VA 22110

10925   BETCO BLOCK PRODUCTS, 7920 NOTES DR, MANASSAS, VA 20109

10925   BETE C/O FINNERTY COMPANY, 1211 W. NOYES ST, ARLINGTON HEIGHTS, IL 60005

10925   BETE FOG NOZZLE INC, 50 GREENFIELD ST, GREENFIELD, MA 01302

10925   BETE FOG NOZZLE, INC, 50 GREENFIELD ST, GREENFIELD, MA 01302

10925   BETH A HASHER, 431 RIVERVIEW CIRCLE, NEW HOPE, PA 18938-2235

10925   BETH CUSATO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   BETH E SWERSKY &, PAUL J SWERSKY JT TEN, 1 CHERRY DR, PLAINVIEW, NY 11803-2016

10925   BETH ISRAEL DEACONESS MEDICAL CENTE, PO BOX 4167, BOSTON, MA 02211

10925   BETH ISRAEL DEACONESS MEDICAL CENTER, GOULSTON & STORRS PC, 400 ATLANTIC AVE,
        BOSTON, MA 02110-3333

10924   BETH ISRAEL HOSPITAL, SLAWSBERG BUILDING, 4TH FLOOR, BOSTON, MA 02110

10924   BETH ISRAEL MEDICAL CENTER, FIRST AVENUE @ 16TH STREET, NEW YORK, NY 10003

10925   BETH ISRAEL SYNAGOGUE, JAMESBURY DR, WORCESTER, MA 01609

10925   BETH L SNYDER, 210 CENTER-NEW TEXAS RD, PITTSBURGH, PA 15239-1816

10925   BETH MAXEY-KNAPP, 15210 LAKEVIEW, HOUSTON, TX 77040-1327

10925   BETH STULL, 13150 TOUCHSTONE PL, PALM BCH GDN, FL 33418-6952

10925   BETH TREUHAFT &, BERNARD TREUHAFT JT TEN, RD 1 BOX 240, PITTSTOWN, NJ 08867-9801

10924   BETHAL HOSPITAL, TUBECO, BETHEL, AK 99559

10924   BETHCRIPTZ TEMPLE, C/O TEI COMPANY  MIKE DORRELL, PRAIRIE VILLAGE, KS 66208

10925   BETHEA JR, ROBERT, 400 N UNIVERSITY, LITTLE ROCK, AR 72205

10925   BETHEA JR, WILLIAM L, 14 BRAMS POINT RD, HILTON HEAD ISLAND, SC 29926-2003

10925   BETHEA, MELODY, RT 7 BOX 725A, LAKE CITY, FL 32055

10924   BETHEL MEDICAL CENTER, 1300 OXFORD DRIVE, BETHEL PARK, PA 15102

10925   BETHEL, ALFRED, 3500 APACHE, MIDLAND, TX 79703

10925   BETHEL, GARRY, 3834 BROCKETT TR 34 M, CLARKSTON, GA 30021

10925   BETHEL, IDA, RT 3 BOX 262, MOMENCE, IL 60954

10925   BETHEL, JOEY, 4225 FLAMINGO WAY, MESQUITE, TX 75150

10925   BETHEL, STANLEY, 2801 ASHGLEN, GARLAND, TX 75043

10925   BETHER CABEZA, 12 D 13-TOA ALTA HEIGHTS, TOA ALTA, PR 00758PUERTO RICO            *VIA Deutsche Post*

10924   BETHESDA EYE INSTITUTE, GRAND & HIGHWAY 44  S.W., SAINT LOUIS, MO 63100

10925   BETHESDA HEALTHCARE INC., DEPT 00185, CINCINNATI, OH 45263

10925   BETHESDA HEALTHCARE INC., DEPT. 630185, CINCINNATI, OH 45263

10925   BETHESDA MEDICAL CENTER, 901 N CONGRESS BLVD, BOYNTON BEACH, FL 33426

10924   BETHESDA PLACE II, 7600 WISCONSIN AVENUE, BETHESDA, MD 20814

10925   BETHLEHEM APPARATUS CO INC, POBOX Y, HELLERTOWN, PA 18055-0221

10924   BETHLEHEM CONSTRUCTION,IN, ATTN: ACCOUNTS PAYABLE, CASHMERE, WA 98815

10924   BETHLEHEM PRECAST, 835 E. NORTH ST., BETHLEHEM, PA 18017

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   BETHLEHEM PRECAST, P.O. BOX 247, BETHLEHEM, PA 18016

10924   BETHLEHEM PRECAST, PO BOX247, BETHLEHEM, PA 18017

10924   BETHLEHEM SAND & GRAVEL, 5505 TICHENAL ROAD, CASHMERE, WA 98815

10924   BETHLEHEM SAND & GRAVEL, EAST WENATCHEE, WA 98801

10924   BETHLEHEM SAND & GRAVEL, POST OFFICE BOX 505, CASHMERE, WA 98815

10925   BETHLEHEM STEEL CORP, LEON R HALWICK LIT ASST, 1170 EIGHTH AVE, BETHLEHEM, PA 18016-7699

10924   BETHLEHEM STEEL CORP., CAMBRIDGE, MA 99999

10924   BETHLEHEM STEEL CORP., ROUTE 5 (HAMBURG TURNPIKE), COKE OVENS STATION 153 GATE 1, LACKAWANNA, NY 14218

10925   BETHLEHEM STEEL CORPORATION, 1170 EIGHTH AVE., BETHLEHEM, PA 18016

10925   BETHMANN, JANINA, PO BOX 261, WARREN, VT 05674-0261

10925   BETHMANN, MONICA, RR1 BOX 1212, HARPERS FERRY, WV 25425

10925   BETHURUM, DAMON, 700 JARVIS LANE, AZLE, TX 76020

10925   BETIA, MIRIAM, 101 N. SIERRA BONITA #3, PASADENA, CA 91106

10925   BETLEY, JACQUELINE G, 8847 CREEKWOOD LN., MAINEVILLE, OH 45039

10925   BETLEY, JACQUELINE, 8847 CREEKWOOD LANE, MAINEVILLE, OH 45039

10924   BETON BRUNSWICK, 1825, AVENUE DU PHARE OUEST, MATANE, QC G4W 3N1TORONTO     *VIA Deutsche Post*

10925   BETOWT, BARBARA, 1305 ALDRIDGE DRIVE, HUNTSVILLE, AL 35803

10925   BETSILL, MAYZELL, 343 W AUTUMN RIDGE RD, MOORE, SC 29369

10924   BETSY JOHNSON HOSPITAL, TILGHAM ROAD, DUNN, NC 28335

10925   BETSY KUO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925   BETSY PRICE, PO BOX 961018, FORT WORTH, TX 76161-0018

10925   BETSY ROSS FLAG GIRLS INC, 11005 GARLAND RD, DALLAS, TX 75218

10925   BETTACCHI, ANDREA, 6 GARFIELD ST, LEXINGTON, MA 02173

10925   BETTACCHI, GABRIELLE, 6 GARFIELD ST, LEXINGTON, MA 02173

10925   BETTACCHI, ROBERT J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BETTACCHI, ROBERT, 6 GARFIELD ST, LEXINGTON, MA 02173

10925   BETTACCHI, ROBERT, 6 GARFIELD ST, LEXINGTON, MA 02421-7999

10925   BETTE E S LITMAN, 43 SARATOGA LANE, HARLEYSVILLE, PA 19438-2978

10925   BETTE E WANE, 2185 LAUREL DR, SANTA CLARA, CA 95050-4510

10925   BETTE G MEHLHOP, 1637 CEDAR RIDGE DR, ORLANDO, FL 32826-5523

10925   BETTE HENRY, 10201 GROVENOR PLACE APT 404, ROCKVILLE, MD 20852-0000

10924   BET-TECH INTERNATIONAL IN, 1150 BRODHEAD, MONACA, PA 15061

10924   BET-TECH INTERNATIONAL INC., 1150 BRODHEAD RD., MONACA, PA 15061

10925   BETTENCOURT, GAIL, 138 HIGH ST, CHELMSFORD, MA 01824

10925   BETTENCOURT, GEORGE, 621 S. E. 73RD, OKLAHOMA CITY, OK 73108

10925   BETTENCOURT, MARIA, 16 MARGIN ST, PEABODY, MA 01960

10925   BETTENCOURT, PAUL, POBOX 4622, HOUSTON, TX 77210-4622

10925   BETTENCOURT, WAYNE, 671 SNIPATUIT RD, ROCHESTER, MA 02770

10924   BETTER BLOCK CO, P O BOX 441, SPRINGFIELD, TN 37172

10924   BETTER BLOCK CO, PO BOX 441, SPRINGFIELD, TN 37172

10924   BETTER BLOCK COMPANY INC, 709 RICHARDS ST, SPRINGFIELD, TN 37172

10925   BETTER BUILT STORAGE BUILDINGS, 5103 HWY 74 W, MONROE, NC 28110

10925   BETTER BUILT STORAGE BUILDINGS, PO BOX 935, WINGATE, NC 28174

10925   BETTER COMFORT SYSTEMS,INC, 1310 EASTERN AVE, MALDEN, MA 02148

10925   BETTER CONTAINERS MFG. CO., 530 HYDE PARK, HILLSIDE, IL 60162

10924   BETTER ENGINEERING MFG., INC., 8361 TOWN CENTER COURT, BALTIMORE, MD 21236

10925   BETTER SECURITY, 1158 PATERSON PLANK ROAD, SECAUCUS, NJ 07094-2797

10925   BETTER SECURITY, PO BOX 1442, SECAUCUS, NJ 07096-1442

10925   BETTER WAY CARPET SERVICE, 11450 CHEROKEE ST A-3, NORTHGLENN, CO 80234

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BETTER, MORRIS, 611 CATOR AVE., BALTIMORE, MD 21218

10925    BETTER-BRITE, 6021 - 3M DR, MENOMONIE, WI 54751

10925    BETTERS, DARRYL, 3337 W PENTAGON, DALLAS, TX 75233

10925    BETTERS, JESSE, 1402 13TH AVE, MENOMINEE, MI 49858

10925    BETTERTON, BRUCE, 1019 N.E.3RD, GUYMON, OK 73942

10925    BETTHAUSER, JEFFREY, 429 AMHERST ROAD, 4, BELCHERTOWN, MA 01007

10925    BETTHAUSER, JEFFREY, 7767 CLINTON ROAD, MORRISONVILLE, WI 53571

10925    BETTIE N BYERLY, 507 CHADWICK RD, TIMONIUM, MD 21093-2810

10925    BETTIN, GLENN, 181 NORTH 6TH AVE W., HARTLEY, IA 51346

10925    BETTINA LEWANDOWSKY, DONNERSBERGSTRASSE 16A, OSTHOFEN, 67574GERMANY    *VIA Deutsche Post*

10925    BETTINA MARIA MIRAGLIA, 1561 HOLLYWOOD AVE, BRONX, NY 10461-5516

10925    BETTINGER, BLANCHE, 21871 MOJAVE TRAIL, CHATSWORTH, CA 91311

10925    BETTIS, GRACE, 1254 OLD SHELL ROAD, MOBILE, AL 36604

10925    BETTIS, MARY ANN, 12305 CROCKETT HWY, BLISSFIELD, MI 49228

10925    BETTLER, NANCY, W7955 CREEK ROAD #631, DELAVAN, WI 53115

10925    BETTS TRUCK PARTS, PO BOX 2237, SAN LEANDRO, CA 94577

10925    BETTS, JUDITH, 3615 GUN BARN RD, ANDERSON, IN 46011-8736

10925    BETTS, LISA, 2 SOUTH 426 ORCHARD ROAD, WHEATON, IL 60187

10925    BETTY A SCHNEIDER CUST SAMUEL, JOHN SCHNEIDER UNIF GIFT MIN, ACT MT, BOX 472, LIBBY, MT 59923-0472

10925    BETTY ACOS, 1188 LINDA AVE., ASHLAND, OR 97520

10925    BETTY B LEMONS, 7807 HIAWATHA, BAYTOWN, TX 77521

10925    BETTY B SCHANTZ &, RANDALL E SCHANTZ JT TEN, ISLAND ROUTE, BOX 34, LOCK HAVEN, PA 17745-0034

10925    BETTY BATES DE MARS, 240 THE UPLANDS, BERKELEY, CA 94705-2834

10925    BETTY D GREEN, BOX 18891, OKLAHOMA CITY, OK 73154-0891

10925    BETTY D GREEN, PO BOX 18891, OKLAHOMA CITY, OK 73154-0891

10925    BETTY D JOHNSON, 722 N ARLINGTON AVE, DE LAND, FL 32724-2805

10925    BETTY DUNCAN, 3506 OAK KNOLL DR, CHATTANOOGA, TN 37415-5416

10925    BETTY E DUDIK, 10917 JARBOE AVE, SILVER SPRING, MD 20901-1420

10925    BETTY E TROST, 9620 S KOMENSKY AVE APT 206, OAKLAWN, IL 60453-3356

10925    BETTY G ESPENSHADE TR UA, SEP 6 95 ESPENSHADE, LIVING TRUST, 719 MAIDEN CHOICE LANE, CATONSVILLE, MD 21228-6138

10925    BETTY HIGHT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    BETTY HOSMER MAWARDI, 15 MORNINGTON LANE, CLEVELAND HEIGHTS, OH 44106

10925    BETTY J BRENNAN TR UA AUG 23 89, FBO BETTY J BRENNAN, 1517 SW 23TH TERRACE, DEERFIELD BEACH, FL 33442-0000

10925    BETTY J CARMICHAEL, 3701 E 3RD ST, BLOOMINGTON, IN 47401-5501

10925    BETTY JANE SMITH, PO BOX 805, CHOCOWINITY, NC 27817-0805

10925    BETTY JEAN JONES, PO BOX 416, WILTON, CT 06897-0416

10925    BETTY JO DENTON, 1467 CYPRESS ST, PARIS, KY 40361-1258

10925    BETTY K KNOWLES, PO BOX P 175, SOUTH DARTMOUTH, MA 02748-0000

10925    BETTY L NELSON, 4735-13TH AVE SOUTH, ST PETERSBURG, FL 33711

10925    BETTY M BRUMMUND, 75 MARIAN LA, SAN JOSE, CA 95127-2024

10925    BETTY M SCHULER CUST FRANCES, SCHULER UNIF GIFT MIN ACT OH, C/O FRANCES S BROWING, 810 TOWERGATE PL, DUNWOODY, GA 30350-6201

10925    BETTY R ELLSWORTH, 1801 WINTERLOCHEN DR, FAYETTEVILLE, NC 28305-5254

10925    BETTY REPLOGLE, 1808 DRURY LA, OKLAHOMA CITY, OK 73116-5312

10925    BETTY SHAW GAMBLE, RFD 1 BOX 123, NEW FLORENCE, PA 15944-9604

10925    BETTY WEISSMAN CUST AMY SUE, WEISSMAN UNIF GIFT MIN ACT NJ, 717 OCEAN AVE 304, WEST END, NJ 07740-4976

10925    BETTY, GAIL, 15204 VICTORY BLVD., VAN NUYS, CA 91411

10925    BETTYELUISE SALLE, 25544-K SHARP DR, HEMET, CA 92544-4506

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BETTYS FLOWER SHOP INC., 429 E. PATAPSCO AVE., BALTIMORE, MD 21225-1890

10925    BETYE IVEY, 407 APACHE TRAIL, LEANDER, TX 78641-3912

10925    BETZ DEARBORN INC, PO BOX 281729, ATLANTA, GA 30384-1729

10925    BETZ DEARBORN INC, PO BOX 93695, CHICAGO, IL 60673-3695

10925    BETZ DEARBORN INC. [FOR INSURED W., PO BOX 281729, TORONTO, ON M5G 2L9CANADA     *VIA Deutsche Post*

10925    BETZ DEARBORN WATER MAN. GROUP, 710 W. PRIEN LAKE RD., SUITE 100, LAKE CHARLES, LA 70601

10925    BETZ DEARBORN WATER MANAGEMENT GRP, 3721 VENTURA DR, ARLINGTON HEIGHTS, IL 60004

10925    BETZ DEARBORN, 211 PRIME POINT, PEACHTREE CITY, GA 30269

10925    BETZ DEARBORN, 300 GENESSE ST., LAKE ZURICH, IL 60047

10925    BETZ DEARBORN, 4636 SIMERTIN RD., TREVOSE, PA 19053-6783

10925    BETZ DEARBORN, 4636 SOMERTON RD., TREVOSE, PA 19053

10925    BETZ DEARBORN, 5509 BELMONT ROAD SUITE 4, DOWNERS GROVE, IL 60515

10925    BETZ DEARBORN, 7092 HOWARD ST., SUITE B, SPARTANBURG, SC 29303

10924    BETZ DEARBORN, 7525 N.E. INDUSTRIAL BLVD., MACON, GA 31206

10925    BETZ DEARBORN, 7796 COLLECTION CENTER, CHICAGO, IL 60693

10925    BETZ DEARBORN, HERCULES, PO BOX 846046, DALLAS, TX 75284-6046

10924    BETZ DEARBORN, INC., 985 WHEELER WAY, LANGHORNE, PA 19047

10924    BETZ DEARBORN, INC., BEAVER LIVERMORE FALLS, SNELLING ROAD, LIVERMORE FALLS, ME 04254

10924    BETZ DEARBORN, INC., P.O. BOX 3002, TREVOSE, PA 19053-6783

10925    BETZ DEARBORN, PO BOX 281729, ATLANTA, GA 30384

10925    BETZ DEARBORN, PO BOX 8500 S-3365, PHILADELPHIA, PA 19178

10925    BETZ LABORATORIES INC., 4636 SOMERTON ROAD, TREVOSE, PA 19053

10924    BETZ LABORATORIES, INC., 4636 SOMERTON ROAD, TREVOSE, PA 19053-6783

10925    BETZ WATER MANAGEMENT GROUP, P P BPX 60545, CHARLOTTE, NC 28260

10925    BETZDEARBORN DIVISION, PO BOX 281729, ATLANTA, GA 30384-1729

10925    BETZDEARBORN INC, 4636 SOMERTON ROAD, PO BOX 3002, TREVOSE, PA 19053-6783

10925    BETZDEARBORN INC, MICHAEL F REITTIG,

10925    BETZ-DEARBORN INC, PO BOX 60545, CHARLOTTE, NC 28260

10925    BETZDEARBORN, 4636 SOMERTON ROAD, TREVOSE, PA 19053-6783

10925    BETZ-DEARBORN, 9669 GROGANS MILL RD, THE WOODLANDS, TX 77380

10925    BETZ-DEARBORN, PO BOX 281729, THE WOODLANDS, TX 77380

10925    BETZDEARBORN, PO BOX 60545, CHARLOTTE,, CA 28260

10925    BETZDEARBORN, PO BOX 910251, DALLAS, TX 75391

10925    BETZ-DEARBORN, STE. 201, 3070 BRISTOL PIKE, BENSALEM, PA 19020

10925    BETZNER, KATHLEEN, 506 RIDGEVIEW DR, DRAVOSBURG, PA 15034

10925    BEUCHEL JT TEN, KERMIT E & MARCIA A, N51 W15910 FAIR OAK PKWY, MENOMONEE FALLS, WI 53051-6608

10925    BEUCLER, M, 7702 WHITNEY DRIVE, RIVERSIDE, CA 92509

10925    BEUTLER, HARVEY, 823 W. GUM, LOVINGTON, NM 88260

10925    BEV & LEE WILHIDES FLOWERS, 3956 COOK LANE, ELLICOTT CITY, MD 21043

10925    BEV & LEV WILHIDES, 3956 COOK LANE, ELLICOTT CITY, MD 21043

10925    BEVAN ASSOC LPA INC, 10360 NORTHFIELD ROAD, NORTHFIELD, OH 44067

10925    BEVAN ECONOMUS, 10360 NORTHFIELD RD, NORTHFIELD, OH 44067

10925    BEVAN, ERIC, 526 BEACON ST, BOSTON, MA 02215

10925    BEVAN, LOUIS, 1400 20TH ST NW #218, WASHINGTON, DC 20036

10925    BEVAN, THOMAS, 52 W CRYSTAL RIDGE DRIVE, CRYSTAL LAKE, IL 60012

10925    BEVEL CORPORATION, 3516 HWY 27 SOUTH, SULPHUR, LA 70665

10925    BEVEL DESIGN, 1703 EAST JOPPA RD., BALTIMORE, MD 21234

10925    BEVENSEE JR, EDWIN, PO BOX 2, LAKEHURST, NJ 08733-0002

10925    BEVERAGE DIGEST CO, PO BOX 621, BEDFORD HILLS, NY 10507-9925

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BEVERAGE DIGEST, POBOX 238, OLD GREENWICH, CT 06870-0238 | |
| 10925 | BEVERAGE WORLD, 150 GREAT NECK RD, GREAT NECK, NY 11021 | |
| 10925 | BEVERIDGE & DIAMOND, PC, 1350 I ST, NW, WASHINGTON, DC 20005-3311 | |
| 10925 | BEVERIDGE & DIAMOND, PC, SUITE 700, 1350 I ST., NW, WASHINGTON, DC 20005 | |
| 10925 | BEVERIDGE & DIAMOND, STUART I BLOCK, ONE SANSOME ST, SUITE 3400, LOS ANGELES, CA 94104 | |
| 10925 | BEVERLEE I CLARK, 87 BUSHNESS ST, DORCHESTER, MA 02124 | |
| 10925 | BEVERLEY A STOVEKEN, 3569 U S ROUTE 22 EAST 9, SOMERVILLE, NJ 08876-6012 | |
| 10925 | BEVERLIN, ROBERT, 3322 CEDARBROOK LANE, TOLEDO, OH 43615 | |
| 10925 | BEVERLY A GUZY, 4 COMMONS DR, PALOS HILLS, IL 60464-1249 | |
| 10925 | BEVERLY A KREBSBACH, 508 CRESCENT CIRCLE, ALBERT LEA, MN 56007-1400 | |
| 10925 | BEVERLY A SEDLAR, 341 ANDREW PL, BLOOMINGDALE, NJ 07403-1523 | |
| 10925 | BEVERLY B PISARIK, 663 20TH AVE SW, CEDAR RAPIDS, IA 52404-5520 | |
| 10925 | BEVERLY BANKS &, SEYMOUR BANKS JT TEN, 341 RICHMOND ROAD, DOUGLASTON, NY 11363-1027 | |
| 10924 | BEVERLY DRIVE, VERSATILE COATINGS, BEVERLY HILLS, CA 90209 | |
| 10925 | BEVERLY H WINSOR, 24 CLINTON ST, JOHNSTON, RI 02919-4121 | |
| 10925 | BEVERLY HAMPSON, 8145 ROE LANE, BOISE, ID 83703-2566 | |
| 10924 | BEVERLY HILLS HOTEL, C/O WESTSIDE BUILDING MATERIALS, 9641 SUNSET BLVD., BEVERLY HILLS, CA 90213 | |
| 10924 | BEVERLY HILLS HOTEL, C/O WESTSIDE BUILDING MATERIALS, BEVERLY HILLS, CA 90209 | |
| 10925 | BEVERLY III, EUGENE, 3615 TELMAR ROAD, BALTIMORE, MD 21207 | |
| 10925 | BEVERLY J MC CORMICK LIVING TR UA, BEVERLY J MC CORMICK TRUST, NOV 22 93, 1165 HILL DR, ONEIDA, WI 54155-9114 | |
| 10925 | BEVERLY J NASH, 1040 WISSMAN RD, GEORGETOWN, IN 47122-9414 | |
| 10925 | BEVERLY JANE JAQUIER, 13 VISTA CLIFF PL, RICHARDSON, TX 75080-1827 | |
| 10925 | BEVERLY K KENEMUTH, 5834 LAKE VICTORIA COVE, LAKELAND, FL 33813-4710 | |
| 10925 | BEVERLY M MIXTER TR UA NOV 23 98, BEVERLY M MIXTER TRUST, 9 TEJON, RANCHO SANTA MARGARITA, CA 92688 | |
| 10924 | BEVERLY PARK BLDG., 199 NORTH CHURCH LANE, LOS ANGELES, CA 90001 | |
| 10925 | BEVERLY THOMPSON, 6825 BRYANT ST, BURNABY, BC V5E1S7CANADA | *VIA Deutsche Post* |
| 10925 | BEVERLY TOBOLSKI, 5153 S MENARD AVE, CHICAGO, IL 60638-1513 | |
| 10925 | BEVERLY, CHARLES, 2905 ANATOLE CT, GARLAND, TX 75043 | |
| 10925 | BEVERLY, KIM, 128 S DEERPATH RD, BARRINGTON, IL 60010 | |
| 10925 | BEVERLY, ROBERT, 2613 OSAGE ST, ADELPHI, MD 20783 | |
| 10925 | BEVILACQUA JT TEN, A MICHAEL & ANNE, 181 25 TUDOR RD, JAMAICA ESTATES, NY 11432-1446 | |
| 10925 | BEVILACQUA, DONALD, 5311 ANDOVER ROAD, WILMINGTON, NC 28403-3401 | |
| 10925 | BEVILL, ROBERT, PO BOX 2943, STEAMBOAT SPNGS, CO 80477 | |
| 10925 | BEVINGTON, SHARON, 4400 MELROSE LOT 284, WOOSTER, OH 44691 | |
| 10925 | BEVIS ASSOCIATES INTERNATIONAL, 14640 FLINT LEE RD., CHANTILLY, VA 22021 | |
| 10924 | BEVRO SALES (MANITOBA) LTD., 1266 BORDER STREET, WINNIPEG, MANITOBA, MB R3H 0M6TORONTO | *VIA Deutsche Post* |
| 10924 | BEX TRUCKING & WAREHOUSING, 1 MARKET ST/BLDG 7, PASSAIC, NJ 07055 | |
| 10924 | BEXAR CONCRETE WORKS, 23494 HWY 46 W #A, SPRING BRANCH, TX 78070 | |
| 10924 | BEXAR COUNTY CORRECTIONAL FACILITY, 200 N. COMAL ST., SAN ANTONIO, TX 78207 | |
| 10924 | BEXAR EQUIPMENT COMPANY, 3337 CANADA ROAD, LA PORTE, TX 77571 | |
| 10925 | BEYER BROS. CORP., 109 BROAD AVE, FAIRVIEW, NJ 07022 | |
| 10925 | BEYER JR, EDWARD, 255 KEEL WAY, OSPREY, FL 34228 | |
| 10925 | BEYER, CAROL, 18164 SW 3RD ST., PEMBROKE PINES, FL 33029 | |
| 10925 | BEYER, FRANCES, 255 KEEL WAY, OSPREY, FL 34228 | |
| 10925 | BEYER, GREG, 2539 GREENWALD ST, GREEN BAY, WI 54301-1720 | |
| 10925 | BEYER, JOHN, 2194 ONEIDA RD, DANVILLE, VT 05828 | |
| 10925 | BEYER, ROBERT, 1020 PORTLAND ROAD, WATERLOO, WI 53594 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BEYERSDORF, HERBERT, 8700 E UNIVERSITY, 2039, MESA, AZ 85207

10925    BEZER, CRAIG, 7500 LIVE OAK DR, CORAL SPRINGS, FL 33065

10925    BEZI, JOHN M, 5907 JADEITE AVE, ALTALOMA, CA 91737-2236

10925    BEZI, JOHN, 14945 MT PALOMAR LANE, FONTANA, CA 92336

10925    BEZI, JOHN, 14945 MT PALOMAR LN, FONTANA, CA 92336

10925    BEZOLD, MELANIE, 1914 N. PROSPECT #86, MILWAUKEE, WI 53202

10925    BEZOU MATTHEWS, 534 EAST BOSTON ST, COVINGTON, LA 70433

10925    BEZREH, STEVEN, 5 PEARSON CIRCLE, BURLINGTON, MA 01803

10924    BF GOODRICH AEROSPACE, ROUTE 12 SOUTH, NORWICH, NY 13815

10924    BF GOODRICH CHEMICAL GROUP, ATT: DON TAYLOR, 240 W. EMERLING AVE., AKRON, OH 44301

10925    BF GOODRICH CHEMICAL GROUP, SPECIALTY POLYMERS & CHEMICALS, CLEVELAND, OH 44193

10925    BF GOODRICH COMPANY, SPECIALTY POLYMERS CHEMICAL DIVISIO, CLEVELAND, OH 44193

10924    BF GOODRICH PERFORMANCE MATERIALS, TELENE PRODUCTS DIVISION, PO BOX 41256, BRECKSVILLE, OH 44141

10924    BF GOODRICH SPECIALTY CHEMICALS, 49 PHILLIPS RD 311, WEST HELENA, AR 72390

10925    BF GOODRICH SPECIALTY CHEMICALS, PO BOX 73605-N, CLEVELAND, OH 44193

10925    BF GOODRICH, 3844 SPRING GROVE AVE., CINCINNATI, OH 45223

10925    BF GOODRICH, PLANT 2, NORWICH, NY 13815

10924    BF GOODRIDGE CHEM. GROUP, 240 EMERLING, AKRON, OH 44301

10925    BF NELSON MANUFACTURING, 401 MAIN ST NE, MINNEAPOLIS, MN 55413-2014

10925    BF SALES ENGINEERING INC., 5350 VIVIAN ST, ARVADA, CO 80002-1957

10925    BFA CUSTOM PUBLICATIONS, 318 NEWMAN RD., SEBRING, FL 33870-6702

10925    BFA CUSTOM PUBLICATIONS, 318 NEWMAN ROAD, SEBRING, FL 33876-6702

10925    BFI OF ALABAMA INC., PO BOX 78763, PHOENIX, AZ 85062-8763

10925    BFI OF NORTH AMERICA, 5800 CHEMICAL RD., BALTIMORE, MD 21226

10925    BFI OF PONCE INC PONCE SANITARY LAN, ROAD 500, BARAMAYA FINAL, PONCE, PR 00732

10925    BFI WASTE SYSTEMS OF NA INC, PHILIP DUNCAN,

10925    BFI WASTE SYSTEMS, 325 E FULLERTON AVE, CAROL STREAM, IL 60118

10925    BFI, 7600 SW 15TH ST, OKLAHOMA CITY, OK 73128

10925    BFI, HUNTON & WILLIAMS MARK G WEISSHAAR, 1901 K ST NW, WASHINGTON, DC 20006

10925    BFI, PO BOX 3391, ABILENE, TX 79604

10925    BFI, POBOS 8199, BOSTON, MA 02266-8199

10924    BFPE INTERNATIONAL, 822 PROFESSIONAL PLACE WEST, CHESAPEAKE, VA 23320

10925    BFPE INTERNATIONAL, PO BOX 377, HANOVER, MD 21076

10925    BFPE INTERNATIONAL, PO BOX 630067, BALTIMORE, MD 21263

10925    BFPE, POBOX 630067, BALTIMORE, MD 21263

10925    BFS ASSOCIATES INC, 8 CEDAR ST SUITE 57, WOBURN, MA 01801

10925    BFS BUSINESS PRINTING, 320 STUART ST, BOSTON, MA 02116

10924    BFT, INC., 197 U.S. ROUTE 1, SCARBOROUGH, ME 04070-6826

10924    BFT, INC., SANFORD PRECAST    JOB COMPLETE, SANFORD AIRPORT, GATEHOUSE ROAD, SANFORD, ME 04073

10924    BGE, 7205 WINDSOR MILL ROAD, WINDSOR MILL, MD 21244

10925    BGE, POST OFFICE BOX 1431, BALTIMORE, MD 21203-1431

10924    BGF INDUSTRIES, 401 AMHERST AVENUE, ALTAVISTA, VA 24517

10924    BGF INDUSTRIES, 401 AMHURST AVE, ALTAVISTA, VA 24517

10925    BGF INDUSTRIES, INC, PO BOX 60690, CHARLOTTE, NC 28260-0690

10925    BGR INC., PO BOX 631061, CINCINNATI, OH 45263-1061

10925    BGR, INC, 6392 GANO RD., WEST CHESTER, OH 45069

10925    BGR, INC, PO BOX 631061, CINCINNATI, OH 45263-1061

10925    BGSI, 3121 NW 16TH TERRACE, POMPANO BEACH, FL 33064

10925    B-H TRANSFER CO., PO BOX 151, SANDERSVILLE, GA 31082-0151

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BHA GROUP INC, 8800 EAST 63RD ST, KANSAS CITY, MO 64133 | |
| 10925 | BHA GROUP INC, PO BOX 419263 DEPT.75, KANSAS CITY, MO 64193-0075 | |
| 10925 | BHA GROUP INC-USE 53653, P.O. BOX 803363, KANSAS CITY, MO 64180-3363 | |
| 10925 | BHA GROUP, INC, 8800 EAST 63RD. ST., KANSAS CITY, MO 64133-4883 | |
| 10925 | BHA GROUP, INC, PO BOX 419263, DEPT. 75, KANSAS CITY, MO 64193-0075 | |
| 10925 | BHA GROUP, INC, PO BOX 803363, KANSAS CITY, MO 64133-4883 | |
| 10925 | BHA GROUP, INC, PO BOX 803363, KANSAS CITY, MO 64180-3363 | |
| 10925 | BHAGAT, SHAILESH, 355 PAWTUCKET BLVD., LOWELL, MA 01854 | |
| 10925 | BHAGWAT, DR SUNIL S, UNIVERSITY OF MUMBAI, MATUNGA MUMBAI, 400019INDIA | *VIA Deutsche Post* |
| 10925 | BHAGWAT, PROF SUNIL, DEPT OF CHEMICAL TECHNOLOGY, MATUNGA MUMBAI, 4000019INDIA | *VIA Deutsche Post* |
| 10925 | BHALLA, ASHA, 125 MARK LA, ATLANTIC BEACH, NY 11509 | |
| 10925 | BHASKARA SURENDRANATH AS, CUST FOR SRIRAJ S BHASKARA, UNDER THE ILLINOIS, UNIFORM TRANSFERS TO MINORS ACT, 1381 JUSTIN CT, ADDISON, IL 60101-5703 | |
| 10925 | BHATTI, ANWAR, 42-55 COLDEN ST, FLUSHING, NY 11355 | |
| 10925 | BHATTI, SHAHZAD, 47-01 158TH ST, FLUSHING, NY 11358 | |
| 10924 | BHC, PO BOX 428, BISHOP, TX 78343 | |
| 10924 | BHC, U.S. HIGHWAY 77 SOUTH, BISHOP, TX 78343 | |
| 10924 | BHN CORPORATION, 435 MADISON AVE, MEMPHIS, TN 38103 | |
| 10924 | BHN CORPORATION, 435 MADISON AVENUE, MEMPHIS, TN 38103 | |
| 10924 | BHP COPPER INC, 145 SOUTH REDINGTON ROAD, SAN MANUEL, AZ 85631 | |
| 10924 | BHP COPPER INC, ATTN: ACCOUNTS PAYABLE, SAN MANUEL, AZ 85631 | |
| 10924 | BHP COPPER INC, ATTN: ACCT. PAYABLE, SAN MANUEL, AZ 85631 | |
| 10924 | BHP PETROLEUM PTY. LTD., AUSTRALIA, PO BOX 956, CHATSWOOD, 09999AUSTRALIA | *VIA Deutsche Post* |
| 10924 | BHP STEEL BUILDING PRODUCTS, 2110 ENTERPRISE BLVD, WEST SACRAMENTO, CA 95691 | |
| 10924 | BHP STEEL BUILDING PRODUCTS, 2110 ENTERPRIZE BLVD, WEST SACRAMENTO, CA 95691 | |
| 10924 | BHP STEEL BUILDING PRODUCTS, 2141 MILWAUKEE WAY, TACOMA, WA 98421 | |
| 10924 | BHP STEEL BUILDING PRODUCTS, 4228 WEST 1730 SOUTH, SALT LAKE CITY, UT 84100 | |
| 10924 | BHP STEEL BUILDING PRODUCTS, 6701 FOX AVENUE SOUTH, SEATTLE, WA 98108 | |
| 10924 | BHP STEEL MARKETING, 2441 CINNABAR LOOP, ANCHORAGE, AK 99507 | |
| 10924 | BI CHEMICALS @@, PETERSBURG, VA 23803 | |
| 10925 | BI EQUIPMENT RENTAL, INC, 4021 W. 127TH ST., ALSIP, IL 60803 | |
| 10924 | BI STATE ROOF SYSTEMS INC, 600 GLOVER, VALLEY PARK, MO 63088 | |
| 10925 | BIAGGI, RAFAEL, 266 FYCKE LANE, TEANECK, NJ 07666-9998 | |
| 10925 | BIAL, ANDRE, 1340 N. ASTOR ST., CHICAGO, IL 60610 | |
| 10925 | BIALA, KATHERINE, 2212 W. BIRCH, FRESNO, CA 93711-0000 | |
| 10925 | BIALACH, KRYSTYNA, 58 TEEL ST, ARLINGTON, MA 02174-5536 | |
| 10925 | BIALACH, STANISLAW, 2 BELTON ST, ARLINGTON, MA 02174-5220 | |
| 10925 | BIAMONTE, KATHERYN, 17255 SUNBIRD LANE, RENO, NV 89506 | |
| 10925 | BIANCA S LEKACH &, ROBERT LEKACH JT TEN, 1145 PROFFESSIONAL DRIVE, BROWNSVILLE, TX 78520-0000 | |
| 10925 | BIANCHETTI BRACCO MINOJA S R I, VIA ROSSINI 8, MILANO, 20122ITALY | *VIA Deutsche Post* |
| 10925 | BIANCHETTI BRACCO MINOJA, VIA ROSSINI, MILANO, MI 20122ITALY | *VIA Deutsche Post* |
| 10925 | BIANCHI, JAMES, FLUSHING, NY 11355 | |
| 10925 | BIANCHI, WILLIAM, 13 PARK ST, HUDSON, MA 01749 | |
| 10925 | BIANCHINI, VINCENT, 2929 SE LIBERTY PLACE, GRESHAM, OR 97080 | |
| 10925 | BIANCO & SONS CATERING INC, 300 BILLERICA ROAD, CHELMSFORD, MA 01824 | |
| 10925 | BIANCO, CHERYL, 7 JULIO ST, CHELMSFORD, MA 01824 | |
| 10925 | BIANCO, FRANCINE, 5621 BOWER AVE, VERONA, PA 15147 | |
| 10925 | BIANCO, JUNE, 1506 HAMILTON ROAD, PITTSBURGH, PA 15234-2004 | |
| 10925 | BIANCO, MARSHA, 1534 NE STONEWOOD DR, LEE S SUMMIT, MO 64086 | |
| 10925 | BIANCO, SAMUEL, 5561 OREGON AVE, BALTIMORE, MD 21227-2811 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BIATHROW, RAYMOND, 171 CONCORD ST, NASHUA, NH 03060

10925   BIBB, JOHN, PO BOX 5369, ELKO, NV 89802

10925   BIBB, SARAH, 9909 CORSICA ST, VIENNA, VA 22180

10925   BIBB, SCOTT, 202 FRIENDSHIP RD, SENECA, SC 29678

10925   BIBB, V., 13191 SW 72ND AVE, MIAMI, FL 33156-5348

10925   BIBB, WILLIAM, 825 2ND ST., MEEKER, CO 81641

10925   BIBBINS, MARGARITA, 3740 GARDEN OAKS APT #D, ALGIERS, LA 70114

10925   BIBBINS, RENA, 105 DEER CREEK, FAIRBURN, GA 30213

10925   BIBBS, ANDREW, 102 DOGWOOD DRIVE, ATLANTA, GA 30311

10925   BIBBS, JENNIFER, 4063 HERMITAGE DR, MEMPHIS, TN 38116

10925   BIBBY JT TEN, ALAN & MARY MACKAY, 3660 ANDREWS DR APT 307, PLEASANTON, CA 94588-3014

10925   BIBEAU, ALBERT, 38 SPAULDING ST, NASHUA, NH 03060

10925   BIBEAU, MAURICE, 5 NEW HAVEN DRIVE, NASHUA, NH 03060

10925   BIBER, JOSEPH, 615 PALMETTO ST, SPARTANBURG, SC 29302-2604

10925   BIBILONI, ANGEL, 319 PARK ST, NEW BEDFORD, MA 02740

10925   BIBLE, BRIAN, 1100 KELLENGER DRIVE, BADEN, PA 15005

10925   BIBLE, DOROTHY, ROUTE 1 BOX #669, LAURENS, SC 29360

10925   BIBLE, JEAN, ROUTE 1 BOX 299, LAURENS, SC 29360

10925   BIBLIODATA, PO BOX 61, NEEDHAM HEIGHTS, MA 02194

10925   BIBLY, DENNIS, 6714 W 107TH ST, CHICAGO RIDGE, IL 60415

10925   BICE, KEVIN, 3008 SETTLERS COURT, MURRYSVILLE, PA 15668-8527

10925   BICENTENNIAL TRUCKING, PO BOX 35, EDINBURG, TX 78540

10924   BICHLER GRAVEL & CONC CO, P.O.BOX 263, ESCANABA, MI 49829

10924   BICHLER GRAVEL & CONCRETE CO, 6851 COUNTY ROAD 426, ESCANABA, MI 49829

10924   BICHLER GRAVEL & CONCRETE CO, PO BOX 263, ESCANABA, MI 49829

10925   BICHLER, PATRICIA, 94 HUDSON AVE, WALDWICK, NJ 07463

10925   BICHNEVICIUS, MARY, 118 B POND ST, SHARON, MA 02067

10925   BICK, RACHEL, 53 FAIRFIELD AVE, PORT WASHINGTON, NY 11050

10925   BICKART, FRANCINE, 100-31 ALCOTT PL. 31E, BRONX, NY 10475

10925   BICKEL, DONALD, 81 MEADOW COURT, SINKING SPRING, PA 19608

10925   BICKERS METAL PRODUCTS, PO BOX 648, MIAMITOWN, OH 45041

10924   BICKERSTAFF CLAY PROD CO, PO BOX 1178, COLUMBUS, GA 31993

10925   BICKERSTAFF, JANICE, 655 N ALEXANDER 24-C, DUNCANVILLE, TX 75116-3931

10924   BICKETT FARMS - DO NOT USE, 4610 KY 81, OWENSBORO, KY 42301

10925   BICKHAM MAGEE, 2729A PASS ROAD, BILOXI, MS 39531

10925   BICKHAM, WILBUR, HWY 436 - BOX 46, FRANKLINTON, LA 70438

10925   BICKMAN, DAVID, 59477 LUCY BURT LANE, BOGULUSA, LA 70427

10925   BICKNELL & FULLER PAPER BOX CO, WOBURN DIVISION, BOSTON, MA 02205-1839

10925   BICO INC, POBOX 6339, BURBANK, CA 91510

10924   BI-COUNTY COMMUNITY HOSPITAL, 13355 E. 10 MILE ROAD, WARREN, MI 48093

10925   BICRON CORP, 12345 KINSMAN, NEWBURY, OH 44065

10925   BICRON ELECTRONICS CO, 50 BARLOW ST, CANAAN, CT 06018

10925   BICRON ELECTRONICS COMPANY, 14B CLAYTON ROAD, CANAAN, CT 06018

10925   BICRON, PO BOX 641228, PITTSBURGH, PA 15264-1228

10925   BICSI, 8610 HIDDEN RIVER PKWY, TAMPA, FL 33637-1000

10924   BIDAR CONSTRUCTION WAREHOUSE, 5100 ST. CLAIR AVENUE, CLEVELAND, OH 44103

10924   BIDAR CONSTRUCTION WAREHOUSE, 6035 DEER RUN ROAD, CHAGRIN FALLS, OH 44022

10924   BIDAR CONSTRUCTION, POST OFFICE BOX 543, CHAGRIN FALLS, OH 44022

10925   BIDDLE CO. INC., PO BOX 82-0082, PHILADELPHIA, PA 19182-0082

10925   BIDDLE INSTRUMENTS, PO BOX 8500 S-7990, PHILADELPHIA, PA 19178-7990

10925   BIDDLE, ESTHER, 290 LIBERTY, SHREVE, OH 44676

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BIDDLE, GILBERT, 116 NW 10 DRIVE, MULBERRY, FL 33860

10925   BIDDLE, PETER D, 21404 MASI COURT, GROSSE ISLE, MI 48138

10925   BIDDLE, PETER, 21404 MASI COURT, GROSSE ILE, MI 48138

10925   BIDDLE, ROBERT, 985 RAINTREE LN, MAINEVILLE, OH 45039

10925   BIDDLE, THOMAS C, 319 KING ST, SELMA AL, AL 36701

10925   BIDEAUX, MICHAEL, 10 KINSON CT, ROBINS, IA 52328

10925   BIDWELL, JOHN, 216 CROSSLANDS DRIVE, KENNETT SQUARE, PA 19348

10925   BIDWICK & ASSOCIATES INC, 6701 DEMOCRACY BLVD SUITE 705, BETHESDA, MD 20817

10925   BIEBER, DAVID, 9346 CHERRY HILL ROAD, 105, COLLEGE PARK, MD 20740

10925   BIEBERICH, EDWARD, 43 EMERSON RD, SEVERNA PARK, MD 21146

10925   BIEBRICHER, CARL, 3480 SHADY LANE, MULBERRY, FL 33860-9220

10925   BIEDERER, SYLVIA, 130 E COOK ST, 506, LIBERTYVILLE, IL 60048-0000

10925   BIEDIGER, LINDA, 11444 VANCE JACKSON, SAN ANTONIO, TX 78230

10925   BIEGUN, RICHARD, 461 SOUTH AV, WESTON, MA 02193

10925   BIEHL & BIEHL INC, POBOX 66415, CHICAGO, IL 60666-0415

10925   BIEL, GERALD, R.R. 2, BOX 66A, DICKINSON, ND 58601

10925   BIELAWSKI, EUGENE, 133 33RD ST. #3F, UNION CITY, NJ 07087

10925   BIELECKI, CAROL, 46355 BARRINGTON, PLYMOUTH, MI 48170

10925   BIELEFELD, LISA, 14539 WOODSHOLE, SAN ANTONIO, TX 78233

10925   BIELER, ANNE, 25 VERONICA DRIVE, MISSISSAUGA, ON L5G2B1CANADA                    *VIA Deutsche Post*

10925   BIELLO, ROLAND, 22 S. MAIN ST, QUAKERTOWN, PA 18951

10925   BIELMYER, JANICE, 5 ROSEMARY LN, GREENVILLE, SC 29615

10925   BIELSER, BILLIE, 41120 BEACH AVE #2, LANCASTER, CA 93534

10925   BIELSKI, ELIZABETH, 10090 CARILLON DR., ELLICOTT CITY, MD 21043

10925   BIEN, DONNA, PO BOX 1127, UNION, SC 29379

10925   BIER, LINDA, 36 OLD YORK RD, WASHINGTON, PA 15301

10925   BIERCE, R, 1541 ANDERSON RD, PITTSBURGH, PA 15209

10925   BIERD, MAX, 4625 N SHORE, WICHITA FALLS, TX 76310

10925   BIERDZ, PAUL, 1402 ELIZA ST, GREEN BAY, WI 54301

10925   BIERL, ROBIN, 1614 COTTONWOOD LN NE, CEDAR RAPIDS, IA 52402

10925   BIERLEIN DEMOLITION CNTRCT INC, 2000 BAY CITY ROAD, MIDLAND, MI 48642

10925   BIERLY, JILL, 12522 SINGING ARROW, ALBUQUERQUE, NM 87123

10925   BIERLY, MICHAEL, 55 ARLENE DRIVE, HANOVER, PA 17331

10925   BIERMAN, JORDAN, 7260 KINGHURST DR., DELRAY BEACH, FL 33446

10925   BIERMANN, JAN, 5903 WESTERN RUN DR., BALTIMORE, MD 21209

10925   BIERSCHENK, ERNEST F, AND MERRILL BLAIR JT TEN, PO BOX 1928, EDMOND, OK 73083-1928

10925   BIERSCHENK, ERNEST F, PO BOX 1928, EDMOND, OK 73083-1928

10925   BIERSCHIED, GLORIA, 1636 71ST AVE, VERO BEACH, FL 32966-9009

10925   BIERSDORF & ASSOCIATES PA, DAN BIERSDORF, 4100 MULTIFOODS TOWER, 33 SOUTH SIXTH ST,
        MINNEAPOLIS, MN 55402

10925   BIESCHKE, RONALD, 3506 14TH AVE, KEARNEY, NE 68847

10925   BIESNECKER JR, JOHN, 1091 CHOKECHERRY DR, WINTER SPRINGS, FL 32708

10925   BIESNECKER, JOHN, 1091 CHOKE CHERRY DR, WINTER SPRINGS, FL 32708

10925   BIFFLE, JACK, 1426 CHAPARRAL, BURKBURNETT, TX 76354

10925   BIFFLE, ROBERT, 11634 LITTLE PATUXENAPT. #302, COLUMBIA, MD 21044

10925   BIFFLE, SAMANTHA, 1040 ADRIAN CIRCLE, CONYERS, GA 30207

10924   BIG "Y", 195 COLLEGE HIGHWAY, SOUTHWICK, MA 01077

10925   BIG BOYS RIGGING, 4312 PISTORIO RD., BALTIMORE, MD 21229

10925   BIG BROTHERS/BIG SISTERS, 2112 CONGRESS AVE S #200, WEST PALM BEACH, FL 33406

10925   BIG BROTHERS/BIG SISTERS, 4135 COMMON ST., LAKE CHARLES, LA 70607

10925   BIG BUBBAS TRAILER SALES, 123 WEST 12TH ST, OGDEN, UT 84404

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BIG DIXIE FENCE CO, PO BOX 684, MATTHEWS, NC 28106 | |
| 10925 | BIG DIXIE TRAILERS, 5413-A HWY 74 WEST, MONROE, NC 28110 | |
| 10925 | BIG DOGS, 121 GRAY AVE, SANTA BARBARA, CA 93101 | |
| 10925 | BIG HORN GYPSUM, CELOTEX, PO BOX 599, CODY, WY 82414 | |
| 10924 | BIG HORN REDI MIX INC., 355 E. NORTH STREET, POWELL, WY 82435 | |
| 10924 | BIG HORN REDI MIX, INC., 1245 RIVERVIEW DR., CODY, WY 82414 | |
| 10924 | BIG HORN REDI MIX, INC., 320 W. BIG HORN AVE., WORLAND, WY 82401 | |
| 10924 | BIG HORN REDI MIX, INC., 600 INDUSTRIAL PARK, GREYBULL, WY 82426 | |
| 10924 | BIG HORN REDI MIX, INC., ATTN:  ACCOUNTS PAYABLE, THERMOPOLIS, WY 82443 | |
| 10924 | BIG HORN REDI-MIX, ATTN: ACCOUNTS PAYABLE, RHONDA, THERMOPOLIS, WY 82443 | |
| 10925 | BIG KAHUNA SURF SHOP, 500 SOUTH MADISON STREET, WILMINGTON, DE 19801 | |
| 10925 | BIG M TRANSPORTATION INCORPORATED, 305 NE 9TH AVE, CRYSTAL RIVER, FL 34429-4429 | |
| 10924 | BIG MILK FARM, COUNTY ROAD 850, EDON, OH 43518 | |
| 10925 | BIG OS TRAILERS, PO BOX 639, PORTAGE, WI 53901 | |
| 10924 | BIG RED HIGH SCHOOL, C/O TCS-NUFLOOR SYSTEMS, STEUBENVILLE, OH 43952 | |
| 10924 | BIG RIVER CONCRETE, SOUTH INDUSTRIAL DRIVE, CEDAR HILL, MO 63016 | |
| 10925 | BIG RIVER RUBBER & GASKET CO INC., PO BOX 369, OWENSBORO, KY 42302-0369 | |
| 10925 | BIG SHOULDERS DIGITAL VIDEO, 303 E WACKER DR #2000, CHICAGO, IL 60601 | |
| 10925 | BIG SKY INDUSTRIAL, 9711 W EUCLID ROAD, SPOKANE, WA 99224 | |
| 10925 | BIG SPRING WATER CO, ATTN FINANCE DEPT, PO BOX 4380, BOXEMAN, MT 59772 | |
| 10925 | BIG SPRING WATER CO., 2721 N. VAN MARTER ROAD, SPOKANE, WA 99206 | |
| 10925 | BIG-D CONSTRUCTION SERVICES CORP, 4774 SOUTH 1300 WEST, OGDEN, UT 84405-3621 | |
| 10925 | BIGELOW, DEBRA, 209 ST CROIX DR, PITTSBURGH, PA 15235 | |
| 10925 | BIGELOW, WILLIAM, 44708 173 ST, WATERTOWN, SD 57201 | |
| 10925 | BIGELOW-LIPTAK OF CANADA LTD., 518 WILLIAMS DR., SARNIA ONTARIO CANADA, N7T 7J4, SARNIA, ON N7T 7J4CANADA | *VIA Deutsche Post* |
| 10925 | BIGELOW-LIPTAK, 363 EASTERN BLVD., WATERTOWN, NY 13601-3140 | |
| 10925 | BIGENHO, JEFFREY M, 29434 ROSSLYN AVE, GARDEN CITY, MI 48135 | |
| 10925 | BIGENHO, JEFFREY, 29434 ROSSLYN, GARDEN CITY, MI 48135 | |
| 10925 | BIGFOOT RESTAURANTS INC, 651 STRANDER BLVD B-208, TUKWILA, WA 98188-2953 | |
| 10925 | BIGFORD, WILLIE, 1610 RYMAL ROAD, ALVIN, TX 77511 | |
| 10925 | BIGGAR, MICHELLE, 12326 CLOVERSTONE DR, TAMPA, FL 33624 | |
| 10925 | BIGGART, CHARLES, 1942 EVERGREEN AVE, DES MOINES, IA 50320 | |
| 10925 | BIGGE CRANE AND RIGGING CO., PO BOX 1657, SAN LEANDRO, CA 94577 | |
| 10925 | BIGGERS, BARBARA, 3900 ENGLEWOOD, ODESSA, TX 79762 | |
| 10925 | BIGGERSTAFF, ANNE, 1638 JUDITH LANE, INDIANAPOLIS, IN 46227 | |
| 10925 | BIGGERSTAFF, DONNIE, 2004 MARVEL, IRVING, TX 75060 | |
| 10925 | BIGG TRUCK PARTS, 3205 NORTH COMMERCIAL AVE, PASCO, WA 99301 | |
| 10925 | BIGGINS, ANNETTE, ONE BIRCH RD, SLOATSBURG, NY 10974 | |
| 10925 | BIGGS, CARL, 710 HILL DRIVE, GUTHRIE, OK 73044 | |
| 10925 | BIGGS, CHARLES, 1717 BEECHWOOD AVE, NEW ALBANY, IN 47150-3938 | |
| 10925 | BIGGS, JENNIFER, 2714 LEVANS RD, COPLAY, PA 18037 | |
| 10925 | BIGGS, JERRY, 884 MILLER ROAD, WOODRUFF, SC 29388 | |
| 10925 | BIGGS, JOHN BRUCE, 4705 WALTHMOOR RD, WILMINGTON, NC 28409-8040 | |
| 10925 | BIGGS, KEVIN, 2437 HAWS ROAD, IOWA PARK, TX 76367 | |
| 10925 | BIGGS, ROBERT, 4016 CRESCENT DRIVE, BAY CITY, TX 77414-4600 | |
| 10925 | BIGGS, VALERIE, 7600 CONYERS ST, LITHONIA, GA 30058 | |
| 10925 | BIGLER, KIM, 5702 NORFOLK DR #3, MADISON, WI 53719 | |
| 10925 | BIGLER, SCOTT, 2821 CAVE OF THE MOUNDS ROAD, BLUE MOUNDS, WI 53517 | |
| 10925 | BIGLEY, CARL HOWARD, 28 HERTFORD COURT, NORTHAMPTON, NORTHAMPTONSHIRE, NN3 9TDUNITED KINGDOM | *VIA Deutsche Post* |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BIGLEY, EDWARD, 39502 SUNDALE COURT, FREMONT, CA 94538

10925   BIGLEY, JAMES, 37 FAYETTE ROAD, BEDFORD, MA 01730-2504

10925   BIGLEY, LAUREL, 101 REGENT COURT, SOUTHLAKE, TX 76092

10925   BIGLEY, MARK A, 146 MAYFAIR, ALISO VIEJO, CA 92656

10925   BIGLEY, MARK, 146 MAYFAIR, ALISO VIEJO, CA 92656

10925   BIG-TEX TRAILER SALES, 2076 I-25, ERIE, CO 80516

10925   BIGUS, MARY, 23 HARRISON AVE., CAMBRIDGE, MA 02140

10924   BIJUR LUBRICATING, 50 KOCTTER DRIVE, BENNINGTON, VT 05201

10925   BILANCIERI, MICHAEL, 53 BEAUDRY ST, MARLBORO, MA 01752

10925   BILBEY, CHARLES, 186 E. 550 SOUTH, VERNAL, UT 84078

10925   BILBO, E, 4 ORCHARD RD, SCITUATE, MA 02066

10925   BILBO, GEORGE, RT. 2 BOX 404, CARRIERE, MS 39426

10925   BILBO, ROY, 202 CANNON, VICTORIA, TX 77904

10925   BILBO, TERESA M., 25449 VIA NAUTICA, VALENCIA, CA 91355

10925   BILBO, TOMMY M, 720 KINGSLEY ST., LAKE CHARLES, LA 70601

10925   BILBO, TOMMY, 720 KINGSLEY ST, LAKE CHARLES, LA 70601

10925   BILBREY HYLLA P C, PO BOX 975, EDWARDSVILLE, IL 62025

10924   BILCO CORP., PO BOX430, LANCASTER, TX 75146

10924   BILCO INC., 2116 N LANCASTER/HUTCHINS ROAD, LANCASTER, TX 75146

10924   BILCO INC., P O BOX 430, LANCASTER, TX 75146

10925   BILELLO, BRIAN, 526 BEACON ST., BOSTON, MA 02215

10925   BILENKI JR, MICHAEL, 1806 LIGHT ST, BALTIMORE, MD 21230

10925   BILEZERIAN, ALFRED, 50 CANONGATE TRACE, SHARPSBURG, GA 30277

10925   BILHEIMER, JR, HOWARD, 553 SARAH AVE, LINTHICUM, MD 21090

10925   BILHEIMER, SHAWN, 1117 SUNNY BROOK DR, GLEN BURNIE, MD 21060

10925   BILICEK, MARGIE, 5011 CINDERELLA, SAN ANTONIO, TX 78219

10925   BILIK, SHERRI, 1875 OAK RD., SNELLVILLE, GA 30278

10925   BILIOURIS, GRACE, 7026 DARNELL ST, FAYETTEVILLE, NC 28314

10925   BILKEY, EARL, 206 STRANGEWAY AVE, LODI, WI 53555

10925   BILL BUTLER BUILDERS INC, WILLIAM E BUTLER, 7138 HUBBARD AVE, MIDDLETON, WI 53562

10925   BILL DAVIS, 3110 WASHINGTON RD, EAST POINT, GA 30344-5415

10925   BILL DROUT CONCRETE, INC, 6039 ST. RT. 128, PO BOX 426, MIAMITOWN, OH 45041-0426

10925   BILL E MILLER, 9100 HERRING HILL ROAD, MILLINGTON, TN 38053

10925   BILL FEENEY, 25 EVERETT ST, WOBURN, MA 01801

10925   BILL GOMEZ & ASSOCIATES, POBOX 398, EATON PARK, FL 33840

10925   BILL HAMM GAS COMBUSTION INC, 13163 NW LEJEUNE RD, OPA LOCKA, FL 33054

10924   BILL HARBERT INT'L CONST., 4021 FARR RD, BESSEMER, AL 35022

10925   BILL J PRIEST INSTITUTE, DALLAS COMMUNITY COLLEGE DISTRICT, DALLAS, TX 75215

10925   BILL JOHNS WASTE OIL CO, WILLIAM R JOHNS & JANICE R JOHNS, 3063 WATER ST, JACKSONVILLE, FL 32208-1322

10925   BILL JOHNS WASTE OIL, 3831 WILLIAMS ST, JACKSONVILLE, FL 32254-1138

10924   BILL LINDSEY CONSTRUCTION, 2433 HIGHWAY 96, SILSBEE, TX 77656

10925   BILL NOBLES, ROOM 210 COURTHOUSE, CHATTANOOGA, TN 37402

10925   BILL PERARDI, PO BOX 197, FARMINGTON, IL 61531

10925   BILL R WERNER &, JAMES W DENNEY JT TEN, C/O JAMES W DENNEY, 1702 KEWALO ST APT 203, HONOLULU, HI 96822-3029

10925   BILL SIMS COMPANY, INC, THE, POBOX 21008, COLUMBIA, SC 29221

10925   BILL SNOW, 185 MONTURA WAY, NOVATO, CA 94949-8423

10925   BILL STALLINGS PHOTO SERVICES, 8830 PALM LAKE DRIVE, ORLANDO, FL 32819

10925   BILL TERRYS AUTHORIZED BUICK DEALE, 591 PARK ST, JACKSONVILLE, FL 32204-2930

10925   BILL TOMLINSON INC, 515-B N PUTNAM, WILLIAMSTON, MI 48895

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BILL WALLACE FORD INC, 1311 LINTON BLVD, DELRAY BEACH, FL 33447

10924   BILL WILLARD INC, P. O. BOX 60307, FLORENCE, MA 01062

10924   BILL WILLARD INC., 303 KING STREET, NORTHAMPTON, MA 01060

10925   BILL WOLCOTT & ASSOC, INC, 3860 CANDYLAND LANE, MORRIS, IL 60450-9595

10925   BILL WOLCOTT & ASSOC., 3860 CANDYLAND LANE, MORRIS, IL 60450-9595

10925   BILLA SIGN CO., 738 MAIN ST #187, WALTHAM, MA 02154

10925   BILLADEAU, JOANN, PO BOX 31, MOMENCE, IL 60954

10925   BILLADEAU, PATRICIA, 10928 W. 91ST ST, OVERLAND PARK, KS 66214

10925   BILLAND, ALICE, 382 FAIRVIEW AVE, FAIRVIEW, NJ 07022

10925   BILLAND, JULIUS, 382 FAIRVIEW AVE, FAIRVIEW, NJ 07022

10925   BILLANES, MARIA SOCORR, 80-09 35TH AVE, JACKSON HEIGHTS, NY 11372

10925   BILLEAUD, ALFRED, RTE 3 BOX 412, DE QUINCY, LA 70633

10925   BILLEAUD, BRYAN, 1001 BROADMOOR BLVD, LAFAYETTE, LA 70503

10925   BILLECI, HELENE, 5130 PAUL, CONCORD, CA 94521

10925   BILLEE R GADIENT &, JAMES E GADIENT JT TEN, 410 BROOKRIDGE DR, ALGONA, IA 50511-7114

10925   BILLETDEAUX, BARRY, PO BOX 301, BRUIN, PA 16022

10925   BILLIE B PARROTT, RPR, PO BOX 463, KNOXVILLE, TN 37901

10925   BILLIE E MARTIN &, ALICE M MARTIN, JT TEN, 1774 W STUART AVE, FRESNO, CA 93711-1811

10925   BILLIE F. GARDNER, 5308 ELLIOTS OAK RD., COLUMBIA, MD 21044

10925   BILLIE HALE, 1411 DEVONSHIRE, TYLER, TX 75703-2402

10925   BILLIE R BETHEL, PO BOX 1067, GATLINBURG, TN 37738-1067

10925   BILLIE RUNNELS, BOX 6343, LEAWOOD, KS 66206-0343

10925   BILLINGHAM, DONALD, 5 GLEN FOREST DRIVE, MERRIMACK, NH 03054-3415

10925   BILLINGS III, RALPH, S69 W14822 CORNELL CIRCLE, MUSKEGO, WI 53150

10925   BILLINGS, CHARLES, 394 STRAWBERRY HILL ROAD, CONCORD, MA 01742-5404

10925   BILLINGS, CHARLES, SR BOX 5551-L, WASILLA, AK 99687

10925   BILLINGS, CONSTANCE, 28 BROADLEAF DRIVE, NEWARK, DE 19702

10925   BILLINGS, JENNIFER, 7216 NW PRARIE VIEW, PLATLE WOODS, MO 64151

10925   BILLINGS, JOHN, 205 GREENRIDGE DRIVE, MOORE, SC 29369

10925   BILLINGS, PAUL, 23 VICKI CIRCLE, GREENVILLE, SC 29615

10925   BILLINGS, RANDY, POB 202 560 BALLPK RD, ENOREE, SC 29335

10925   BILLINGS, RICHARD, 2701 CHAPARRAL DRIVE, FT COLLINS, CO 80526

10925   BILLINGS, SUSAN, 7713 W DENVER AVE, MILWAUKEE, WI 53223

10925   BILLINGSLEA, PERDEDA, PO BOX 6727, MACON, GA 31208

10925   BILLINGSLEY MOBILE SPRAY WASH, 19599 E.3650 NORTH ROAD, ROSSVILLE, IL 60963

10925   BILLINGSLEY MOBILE SPRAY WASH, 513 E WYMAN AVE, HOOPESTON, IL 60942

10925   BILLINGSLEY, DOUGLAS, 6006 KERMIT AVE, ODESSA, TX 79762

10925   BILLINGSLEY, LILLIE, 10424 TANNER DR, ST. LOUIS, MO 63103

10925   BILLINGTON, A, 2515 MONTANA PLACE, JOPLIN, MO 64801

10925   BILLINGTON, E, 2515 MONTANA PLACE, JOPLIN, MO 64804

10925   BILLINGTON, EARL, 2641 WHITNEY DRIVE NE, CEDAR RAPIDS, IA 52402

10925   BILLINGTON, THOMAS, NORWOOD GARDENS FLAT, 10 POULTON RD SOUTHPORT, MERSEYSIDE,   *VIA Deutsche Post*
        PR9 7EHUNITED KINGDOM

10925   BILLIOT, HERBERT, 1600 NE 6TH ST, MOORE, OK 73160

10925   BILLIOT, TROY, PO BOX 628, HOUMA, LA 70361

10925   BILLMAN, FRANK, 5420 1/2 LININGER LANE, DICKINSON, TX 77539

10925   BILLMAN, RALPH H, 10851 W HARMONY LANE, SUN CITY, AZ 85373-8753

10925   BILLMAN, RALPH, 10851 W HARMONY LANE, SUN CITY, AZ 85373

10925   BILLMANN, SUSAN, 964 PORTSMOUTH DR, ISLAND LAKE, IL 60042

10925   BILLMYER, JERROLD, 5203 STONE MILL CT., SYKESVILLE, MD 21784-8901

10925   BILLO, E.J., 13 SHATTUCK ST, NATICK, MA 01760

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BILLON, JEAN-LOUIS, 1660 N. PROSPECT AVE, 1809, MILWAUKEE, WI 53202

10925   BILLOUIN, BRUCE, 16 MILL FARM ROAD, STOUGHTON, MA 02072

10924   BILLOWS ELECTRIC SUPPLY (AD), 9100 STATE ROAD, PHILADELPHIA, PA 19136

10924   BILLOWS ELECTRIC SUPPLY CO., 5071 ROUTE 42 SOUTH, TURNERSVILLE, NJ 08012

10924   BILLOWS ELECTRIC SUPPLY(AD), WHITE HORSE PIKE&HADDON AVE, HADDON HEIGHTS, NJ 08035

10924   BILLOWS ELECTRIC SUPPLY, 1719 NOTTINGHAM WAY, TRENTON, NJ 08619

10924   BILLOWS ELECTRIC SUPPLY, 1810 BALTIC AVENUE, ATLANTIC CITY, NJ 08401

10925   BILLS CARS, RR1 BOX 178, HUDSON, IL 61748

10925   BILLS LOCK & KEY, 233 NORTH AVE, WAKEFIELD, MA 01880

10925   BILLS, LAURA, 2604 FOLSOM, ST. JOSEPH, MO 64506

10925   BILLS, MARY, 544 RUBY LANE, BOLIVAR, TN 38008

10925   BILLY E DUNMIRE, PO BOX 2585, HOUSTON, TX 77252

10925   BILLY E TEEPLE, 2510 WANTLAND, KLAMATH FALLS, OR 97601-3521

10925   BILLY G SMITH, RT 1 BOX 498B, DUNLAP, TN 37327-9761

10925   BILLY GRAHAM EVANGILISTIC ASSOC, 1300 HARMON PLACE, MINNEAPOLIS, MN 55403

10925   BILLY ISLEY, 1740 N W 193RD ST, MIAMI, FL 33056-2861

10925   BILLY LAWSON, ROUTE 221, ENOREE, SC 29335

10925   BILLY R WILLIAMS, PO BOX 464, LENOIR CITY, TN 37771-0464

10924   BILLY RYAN HIGH SCHOOL, C/O BAHL INSULATION, DENTON, TX 76201

10924   BILLY T. BOB'S INC., 1150 LAKE STREET, MONTGOMERY, IL 60538

10924   BILLY T. BOB'S INC., P.O. BOX 688, BATAVIA, IL 60510

10924   BILLY T. BOB'S INC., PO BOX688, BATAVIA, IL 60510

10925   BILLY WILSON SPANGLER, 23920 HWY 19, SLAUGHTER, LA 70777-9645

10925   BILNOSKI, JAMIE, 3809 AGATEWAY DR, HARVEY, LA 70058

10925   BILNOSKI, JOSEF, 2313 SAN JACINTO, PASADENA, TX 77502

10925   BILNOSKI, TERA, 3809 AGATEWAY DR, HARVEY, LA 70058

10925   BI-LO, 5901 SHALLOWFORD ROAD, CHATTANOOGA, TN 37422

10925   BILODEAU, ALFRED, 8 GUILD ST, MEDFORD, MA 02155

10925   BILODEAU, STEPHEN, 99 GROVE ST, READING, MA 01867

10925   BILOW, ERIN, 9091 HOLDER, CYPRESS, CA 90630

10925   BILOW, HOWARD, 8 LACOSTA DR, NATICK, MA 01760

10924   BILTMORE BUILDING, CUSTOMER PICK-UP, ASHEVILLE, NC 28800

10924   BILTMORE ESTATES, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231

10924   BILTMORE PRODUCTS CO., INC., 5372 ENTERPRISE BLVD., ALLISON PARK, PA 15101

10924   BILTMORE PRODUCTS CO., INC., PO BOX 237, ALLISON PARK, PA 15101

10924   BILTMORE PRODUCTS COMPANY INC., 5372 ENTERPRISE BLVD., BETHEL PARK, PA 15102

10924   BILTRITE CORPORATION, 16310 HWY 15 NORTH, RIPLEY, MS 38663

10924   BILTRITE CORPORATION, PO BOX 577, RIPLEY, MS 38663

10925   BILYEU, CRAIG, 179 NEW MOON, WICHITA FALLS, TX 76306

10925   BIM INVESTMENT & SHAFFER REALTY, ONE CENTER PLAZA, STE. 240, BOSTON, MA 02108

10925   BIM INVESTMENT CORP, SOLOMON M FELDMAN, ONE CENTER PLAZA, SUITE 240, BOSTON, MA 02108

10925   BIM INVESTMENT TRUST AND SHAFFER RE, IRVING SHAFFER, 152 HAMPDEN ST, BOSTON, MA 02119

10925   BI-MAC, 345 E MAIN ST, MILAN, MI 48160-1556

10924   BIMAX HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   BIMAX, INC., 10015 PRODUCTS DRIVE, COCKEYSVILLE, MD 21030

10924   BIMBA MANUFACTURING COMPANY, RT 50, MONEE, IL 60449

10924   BIMEDA, INC., 288 COUNTY RD. #28, LE SUEUR, MN 56058

10925   BINASO, PHILIP, 23 MOUNTAINSIDE TERRACE, CLIFTON, NJ 07013

10925   BINDER, KENT, 353 BONDERUD, CRAIG, CO 81625

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BINDER, TROY, 10052 VANALDEN AVE, NORTHRIDGE, CA 91324

10925    BINDERY CORPORATION OF AMERICA, 4440 W. ROOSEVELT RD., CHICAGO, IL 60624

10925    BINDICATOR, 418 SHAWMUT AVE, LA GRANGE, IL 60525

10925    BINDICATOR, PO BOX 640942, PITTSBURGH, PA 15264

10925    BINDRIM-LORENZO, JOANNA, 1940 NW 106 AVE, PEMBROKE PINES, FL 33026

10925    BINDVIEW, POBOX 201735, HOUSTON, TX 77216-1735

10925    BINEK, HARLEY, BOX 36A, DUNN CENTER, ND 58626

10925    BINERY CORPORATION OF AMERICA, 4440 W. ROOSEVELT ROAD, CHICAGO, IL 60624

10925    BINFORD JT TEN, B WADE & BARBARA R, 108 TEETER ROCK RD, TRUMBULL, CT 06611-5022

10924    BING MATERIALS, 1226 KIMMERLING ROAD, GARDNERVILLE, NV 89410

10924    BING MATERIALS, ATTN: ACCOUNTS PAYABLE, MINDEN, NV 89423

10925    BING, BRENDA, PO BOX 292, GASTON, NC 27831

10925    BING, EDWINA, 2250 MOUNT CARMEL RD, HAMPTON, GA 30228

10924    BINGGELI ROCK, 3 MILES SOUTH ON JUCT. 189, HEBER CITY, UT 84032

10924    BINGGELI ROCK, ATTN:  ACCOUNTS PAYABLE, HEBER CITY, UT 84032

10924    BINGGELI ROCK, ATTN:  ACCOUNTS PAYABLE, HEBER, UT 84032

10925    BINGHAM DANA & GOULD, 150 FEDERAL ST, BOSTON, MA 02110

10925    BINGHAM, ANNIE, 7404 STRATO RD, JACKSONVILLE, FL 32210

10925    BINGHAM, ANNIE, 7404 STRATO ROAD, JACKSONVILLE, FL 32210

10925    BINGHAM, HELEN, RT 2 BOX 3099, MAYSVILLE, GA 30558

10925    BINGHAM, JOAN, 11 MAPLE AVE, NAHANT, MA 01908

10925    BINGHAM, W, 214 PINE ST, BOONE, NC 28607

10924    BINGHAMTON BURIAL VAULT, 1114 PORTER AVE, BINGHAMTON, NY 13900

10924    BINGHAMTON BURIAL VAULT, 1114 PORTER AVE., BINGHAMTON, NY 13900

10925    BINGLE, MICHAEL, 140 HILLSIDE AVE, SPRINGFIELD, NJ 07081

10924    BINGO HALL, 912 WEST ANDERSON LANE, AUSTIN, TX 78757

10925    BINISH, JOSEPH, 518 S FISK ST, GREEN BAY, WI 54304

10925    BINKLEY, BILLIE, RR 3 BOX 7, MOMENCE, IL 60954

10925    BINKLEY, JACKELINE, 8436 REFLECTION LANE, VIENNA, VA 22182

10925    BINKLEY, KEVIN, 2415 W HWY 303, GRAND PRAIRIE, TX 75051

10925    BINKLEY, KEVIN, 6132 DOULTON, HOUSTON, TX 77033

10925    BINKLEY, LAVO, 5410 HERON DRIVE, HOUSTON, TX 77033-3128

10925    BINKLEY, WILLIE, 6132 DAULTON, HOUSTON, TX 77033

10925    BINKS SAMES, 9201 BELMONT AVE, FRANKLIN PARK, IL 60131-2887

10925    BINNER-PETERS EQUIPMENT CORP, 961 LYELL AVE, ROCHESTER, NY 14606

10924    BINNEY & SMITH INC., PO BOX 431, EASTON, PA 18044-0431

10924    BINNS-MERRILL HALL, 4483 BUCKLEY ROAD WEST, LIVERPOOL, NY 13089-2700

10925    BINS, MICHAEL, 1120 ELIZABETH ST ROW 5 LOT 4, GREEN BAY, WI 54302

10925    BINS. & ASSOCIATES, 1434 TERRY ANDRAE TERRACE, SHEBOYGAN, WI 53081-8857

10925    BINSBACHER, KAREN, 9 SCENIC DR, WILBRAHAM, MA 01095-2530

10925    BINSTED, GRETCHEN, 404 SWEETWATER ROAD, GREER, SC 29650

10925    BINSWANGER GLASS #103, 3808 AMNICOLA HWY, CHATTANOOGA, TN 37406

10925    BINTLIFF, HOWARD, 2118 ARLEIGH ROAD, CINNAMINSON, NJ 08077-3604

10925    BINZ, GABRIELE, 197 ZION ROAD, NESHANIC STATION, NJ 08853

10924    BIO CHEMISTRY ADDITION C/O WILKIN, 425 BABOCK DRIVE, MADISON, WI 53705

10925    BIO EXPRESS, 10 TECHNOLOGY DR., WEST LEBANON, NH 03784

10925    BIO GROUP, 352 SCHOOL ST, CARLISLE, MA 01741

10924    BIO MASS ONE, 3250 AVE. G, WHITE CITY, OR 97503

10924    BIO MASS ONE, 3250 AVENUE G, WHITE CITY, OR 97503

10924    BIO PRODUCTS, 39494 CLARKSON DR, KINGSBURG, CA 93631

10924    BIO PRODUCTS, 39494 CLARKSON DR., KINGSBURG, CA 93631

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BIO RELIANCE CORPORATION, 9900 BLACKWELL ROAD, ROCKVILLE, MD 20850

10925    BIO WHITTAKER, INC, PO BOX 651198, CHARLOTTE, NC 28265-1198

10925    BIOCHEM INDUSTRIES, PO BOX 8, LOXAHATCHEE, FL 33470

10924    BIODEX MED SYSTEMS INC, 20 RAMSEY RD, SHIRLEY, NY 11967

10925    BIODEX MEDICAL SYSTEMS, INC, PO BOX 19371, NEWARK, NJ 07195-0371

10925    BIODEX MEDICAL SYSTEMS, INC, PO BOX 19371, NEWARK, NY 07195-0371

10924    BIOGEN 24, KIT CREEK ROAD, RESEARCH TRIANGLE PARK, NC 27709

10924    BIOGEN, 15 CAMBRIDGE CENTER, CAMBRIDGE, MA 02142

10925    BIOLOGICAL LAB SERVICES, 3355 HIAWATHA AVE S, N 203, MINNEAPOLIS, MN 55406

10925    BIOLOGICAL PRODUCTIVITY &, ARDSHIEL INC. 230 PARK AVE, SUITE 2527, NEW YORK, NY 10169

10925    BIOLOGICAL RESEARCH LABORATORIES LT, WOLFERSTRASSE 4, FULLINSDORF CH-4414, 04414

10924    BIOMARINE INC., 456 CREAMERY WAY, EXTON, PA 19341

10924    BIO-MEDICAL RESEARCH CENTER, 4000 W. 4TH STREET, LITTLE ROCK, AR 72214

10925    BIOMEDICAL RESEARCH INSTITUTE, 12111 PARKLAWN DR, ROCKVILLE, MD 20852

10925    BIOMEDICAL WASTE SERVICES INC, 7833 GOLDEN PINE CR, SEVERN, MD 21144

10925    BIONDI, D.-LYNN, 5125 SHEPPARDS LANE, ELLICOTT, MD 21042

10925    BIONDI, FREDERICK, 9-41 118TH ST, COLLEGE POINT, NY 11356

10925    BIONDI, LYNN, 5125 SHEPPARDS LN., COLUMBIA, MD 21044

10925    BIONDI, LYNN, 7500 GRACE DR, COLUMBIA, MD 21044

10925    BIONDI, LYNN, 8 KINGSMEAD PARK, CLAYGATE, SURREY, SY KT10 0NSUNITED KINGDOM    *VIA Deutsche Post*

10924    BIONUTRATECH, 10318 MILLSHAW ROAD, HOUSTON, TX 77070-4925

10924    BIONUTRATECH, 11902 JONES ROAD STE# L243, HOUSTON, TX 77070

10924    BIOPAK, INC., 2730 N. HUMBOLDT BLVD, MILWAUKEE, WI 53212

10924    BIOPAK, INC., 2730 N. HUMBOLDT BLVD., MILWAUKEE, WI 53212

10924    BIOPURE FINE CHEMICALS, 4 PROGRESS DRIVE, DOVER, NH 03820

10925    BIO-RAD LABORATORIES INC., 1000 ALFRED NOBEL DRIVE, HERCULES, CA 94547

10924    BIO-RAD LABORATORIES INC., 2000 ALFRED NOBLE DR., HERCULES, CA 94547

10925    BIORAD LABORATORIES INC., RESEARCH PRODUCTS, POBOX 73167, CHICAGO, IL 60673-7167

10925    BIORELIANCE TESTING & DEVELOPMENT, POBOX 630312, BALTIMORE, MD 21263-0312

10925    BIOREMEDIATION TECHNOLOGIES, 3465 SEMENYK COURT, MISSISSAUGA, ON L5C 4P9CANADA    *VIA Deutsche Post*

10924    BIORIGINAL FOOD & SCIENCE CORP, 102 MELVILLE STREET, SASKATOON, SK S7J 0R1TORONTO    *VIA Deutsche Post*

10924    BIORIGINAL FOOD & SCIENCE CORP., 102 MELVILLE STREET, SASKATOON, SK S7J 0R1TORONTO    *VIA Deutsche Post*

10924    BIOSAN LAB INC., 8 BOWERS ROAD, DERRY, NH 03038

10924    BIOSAN LAB INC., PO BOX 325, DERRY, NH 03038

10925    BIOSAN LABORATORIES INC, 1950 TOBSAL COURT, WARREN, MI 48091-1351

10925    BIOSAN LABORATORIES, 1950 TOBSAL CT., WARREN, MI 48091

10924    BIOSPHERE 2, HIGHWAY 77 MILE POST 96.5, ORACLE, AZ 85623

10925    BIOSPHERICS INC, 12051 INDIAN CREEK COURT, BELTSVILLE, MD 20705

10925    BIOSYSTEMS INC, 651 SOUTH MAIN ST, MIDDLETOWN, CT 06457

10925    BIOSYSTEMS, PO BOX 42001, PROVIDENCE, RI 02940-2001

10924    BIOTAL, INC. -, 6595 EDENVALE BLVD, EDEN PRAIRIE, MN 55346

10924    BIOTAL, INC., 6595 EDENVALE BLVD #155, EDEN PRAIRIE, MN 55346

10924    BIOTAL, INC., 6595 EDENVALE BLVD, EDEN PRAIRIE, MN 55346

10924    BIOTAL, INC., 6595 EDENVALE BLVD. #155, EDEN PRAIRIE, MN 55346

10924    BIOTECH C/O HUDSHA, 650 ALBANY STREET, BOSTON, MA 02118

10925    BIO-TECH INTERNATIONAL, 1005 WEST PARK 1, SUGARLAND, TX 77498

10924    BIOTECHNA RESEARCH, INC., 8 STUDERBAKER STREET, IRVINE, CA 92618

10925    BIO-TEK INSTRUMENTS INC, HIGHLAND PARK BOX 998, WINOOSKI, VT 05404

10924    BIOVAIL LABS., INC., PO BOX 1352, DORADONA, IT 00646-1352UNK    *VIA Deutsche Post*

10924    BIOVAIL LABS., INC., SABANA ABAJO INDUSTRY PARK, STREET B, #34, CAROLINA, IT 983UNK    *VIA Deutsche Post*

10925    BIOVAIL TECH LTD. - DO NOT USE, SUITE 800, 3701 CONCORDE PARKWAY, CHANTILLY, VA 20151

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BIOVAIL TECHNOLIGES LTD., SUITE 800, 3701 CONCORDE PARKWAY, CHANTILLY, VA 20151

10924    BIOVAIL TECHNOLOGIES LTD., 22960 SHAW ROAD, STERLING, VA 20166

10924    BIOVAIL TECHNOLOGIES LTD., 3920 STONECROFT BLVD., CHANTILLY, VA 20151

10924    BIOVAIL TECHNOLOGIES, 14555 AVION @ LAKESIDE, CHANTILLY, VA 20151

10924    BIOVAIL TECHNOLOGIES, 3725 CONCORDE PKWY, CHANTILLY, VA 20151

10925    BIOVAIL TECHNOLOGY, 3701 CONCORDE PKWY., CHANTILLY, VA 20151-1126

10925    BIOVIEW, 807 BROADWAY, OAKLAND, CA 94607

10925    BIPEC, PO BOX 23021, JACKSON, MS 39225-3021

10925    BIRAGHI, GRACE, 712 E FRECH AVE., MANVILLE, NJ 08835

10925    BIRAK, LINDA, 69 GROVE ST #21, ARLINGTON, MA 02174

10924    BIRCH CONSTRUCTION/NAVAL HOSPITAL, EXPO BUILDERS SUPPLY, LEMOORE, CA 93245

10924    BIRCH CONSTRUCTION/TASCADERO, EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92101

10925    BIRCH STREET COLLISION, 34 BIRCH ST, DERRY, NH 03038

10925    BIRCH, ELISIA, 700 PECKHAM, 78, RENO, NV 89502

10925    BIRCH, JUDITH, 36 HUNT DR, FLORIDA, NY 10921-3015

10925    BIRCH, PATRICIA, 17335 SW 303 ST, HOMESTEAD, FL 33030

10924    BIRCHMERE RESTAURANT, ALEXANDRIA, VA 22300

10925    BIRCHWOOD AT JERICHO ASSOC, GEN COUNSEL, 410 E. JERICHO TURNPIKE, MINEOLA, NY 11501

10925    BIRCHWOOD AT JERICHO ASSOCIATES, GENERAL COUNSEL, 410 E. JERICHO TURNPIKE, MINEOLA, NY 11501

10925    BIRD & SONS, 1077 PLEASANT ST, NORWOOD, MA 02062-4609

10925    BIRD COMPONENT PRODUCTS, 10950 72ND ST NORTH, LARGO, FL 34647

10924    BIRD ELECTRIC & SUPPLY, INC, 810-814 HORNER STREET, JOHNSTOWN, PA 15902

10925    BIRD ELECTRONIC CORP, 30303 AURORA ROAD, SOLON, OH 44139

10925    BIRD MACHINE CO., BAKER PROCESS INC., PO BOX 203060, HOUSTON, TX 77216-3060

10925    BIRD MACHINERY CO,INC, NEPONSET ST., SOUTH WALPOLE, MA 02071

10925    BIRD, BARBARA, 6671 LAKE LORAN WAY, LAKE WORTH, FL 33467

10925    BIRD, CATHERINE, 618 GARDENIA TERRACE, DELRAY BEACH, FL 33444

10925    BIRD, DAVID, 3421 LENOX RD., CRAIG,, CO 81625

10925    BIRD, EUNICE, 71 ELMWOOD TERRACE, WAYNE, NJ 07470

10925    BIRD, JAMES, RR2 BOX 1 87, MADELIA, MN 56062

10925    BIRD, JOHN, 1511 PALMETTO LANE, KINGWOOD, TX 77339

10925    BIRD, M, 9930 MONTEGO BAY DRIVE, MIAMI, FL 33157

10925    BIRD, MAUREEN, RT 4 BOX 119B, MCDONALD, PA 15057

10925    BIRD, THERON, 28 CHOSEN COURT, GREER, SC 29650

10925    BIRD, TONY, ROUTE 1 BOX 1049, ROOSEVELT, UT 84066

10925    BIRDINE, LOWETA, 6784 SOUTHERN SP CT., MORROW, GA 30260

10925    BIRDSALL INC, 4 PORT ROAD, RIVIERA BEACH, FL 33404

10924    BIRDSALL PORABLE PLANT #2, RAPID CITY, SD 57709

10924    BIRDSALL PORTABLE PLANT #1, RAPID CITY, SD 57709

10924    BIRDSALL SAND & GRAVEL COMPANY, ATTN:  MIKE FOUTS, 520 COUNTY ROAD, FORT PIERRE, SD 57532

10924    BIRDSALL SAND & GRAVEL, 2900 WEST CHICAGO, RAPID CITY, SD 57702

10924    BIRDSALL SAND & GRAVEL, ATTN:  ACCOUNTS PAYABLE, RAPID CITY, SD 57709-0767

10925    BIRDSALL, INC, #4 PORT ROAD, RIVIERA BEACH, FL 33404

10925    BIRDSALL, KENNETH, 510 OLD MILL ROAD, MILLERSVILLE, MD 21108

10925    BIRDSALL, TARA, 286 COSTLEY RD, LAGRANGE, GA 30240

10925    BIRDSALL, THEODORE, 602 FAIRVIEW ST, OXFORD JUNCTION, IA 52323

10925    BIRDSONG, BOBBY, 1451 E CHALONER DR, ROANOKE RAPIDS, NC 27870

10925    BIRDSONG, BYRON, 9421 ELIZBETH AVE, SOUTH GATE, CA 90280

10925    BIRDSONG, SHIRLEY, 5739 W. 43RD ST., INDIANAPOLIS, IN 46254

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BIRDVILLE SCHOOL, 9100 MIDCITY BLVD., NORTH RICHLAND HILLS, TX 76118

10925    BIRDWELL, BILLY, 614 OAK HILL APT, KEMAH, TX 77565

10925    BIRDWELL, LOUIS, 14901 N. PENNSYLVANIA AVE #321, OKLAHOMA CITY, OK 73134

10925    BIRENBAUM, JAMES, 904 BEECH DRIVE, PLYMOUTH, WI 53073

10925    BIRGER, RICHARD, 2 LINCOLN ST, TIMONIUM, MD 21093

10925    BIRGY, GERALD, 5771 WOODMAN ROAD S E, SOUTH BOARDMAN, MI 49680

10925    BIRGY, TOM, INGERSALLE RD., FIFE LAKE, MI 49633

10925    BIRICHI, ROBERT, 775 PARKER ST APT 1-2, BOSTON, MA 02120

10924    BI-RITE REDI MIX CONCRETE CORP., 6120 20TH STREET, RIVERSIDE, CA 92509

10924    BI-RITE REDI-MIX CONCRETE CORP., 6120 20TH STREET, RIVERSIDE, CA 92509

10924    BIRK PAINT MFG. INC., 230 KEARNEY AVENUE, JERSEY CITY, NJ 07305

10925    BIRKETT, MICHAEL, 2201 N. CRESCENT DRIVE, STILLWATER, OK 74075

10925    BIRKHAUSER, PAUL, 116 SEVEN STAR RD., GROVELAND, MA 01834

10925    BIRKHOLZ, JOAN, 4385 CURRY LANE, WINDSOR, WI 53598

10925    BIRKMEYER, BONNIE, 615 WALNUT ST, LOCKPORT, NY 14094

10925    BIRKNER, ANA, 86-10 57TH AVE, ELMHURST, NY 11373

10925    BIRKS, LUCIOUS, 5008 LASALLE ST, FT PIERCE, FL 34951

10925    BIRKS, SHANNON, 4510 38TH CT, VERO BEACH, FL 32960

10925    BIRKY, ELMER, 700 JEFFRIES ST, CHEROKEE, IA 51012-1432

10925    BIRKY, LANE, PO BOX 464AVE., N, BEAUMONT, CA 92223

10925    BIRMINGHAM - TOLEDO, INC, 3620 VANN ROAD, BIRMINGHAM, AL 35235

10925    BIRMINGHAM FASTENER INC, PO BOX 10323, BIRMINGHAM, AL 35202

10925    BIRMINGHAM INDUSTRIAL PAINTING CO, 3801 COMMERCE AVE, FAIRFIELD, AL 35064

10925    BIRMINGHAM LOCK & KEY INC, 6914 1ST AVE NORTH, BIRMINGHAM, AL 35206

10925    BIRMINGHAM NEWS, THE, PO BOX 2553, BIRMINGHAM, AL 35202

10925    BIRMINGHAM NEWS, THE, PO BOX 854, BIRMINGHAM, AL 35201

10924    BIRMINGHAM RESIDENCE, CORNER OF PIERCE & MARTIN STREETS, BIRMINGHAM, MI 48009

10925    BIRMINGHAM RUBBER & GASKET CO INC, 123 AIRPARK INDUSTRIAL ROAD, ALABASTER, AL 35007

10925    BIRMINGHAM, ANNE M, 1155 HILLSBORO MILE APT 202, HILLSBORO BEACH, FL 33062

10925    BIRMINGHAM, ANNE, 1155 HILLSBORO MILE #202, HILLSBORO BEA, FL 33062

10925    BIRMINGHAM, MARIE, CUST FOR GRACE MARIE BIRMINGHAM, UNIF GIFT MIN ACT PA, 711 CHESTNUT LANE, EASTON, PA 18045-5123

10925    BIRMINGHAM, REBECCA, 23539 AVIVA, CLINTON TWP., MI 48035

10925    BIRO OKTROI ROOSSENO, KANTOR TAMAN A-9 UNIT C1 & C2, JL MEGA KUNINGAN KUNINGAN, JAKARTA, 12920INDONESIA          *VIA Deutsche Post*

10925    BIRO OKTROI ROOSSENO, PO BOX 4585, JAKARTA, 10001INDONESIA          *VIA Deutsche Post*

10925    BIRON, DENISE, 257 CHARLOTTE ST, MANCHESTER, NH 03103

10925    BIRR, LINDA, 188 FAWN CIRCLE, CARROLLTON, GA 30117

10925    BIRRER, BRIAN, 707 BLACK HAWK LANE, FRANKLIN LAKES, NJ 07417

10925    BIRS, GAIL, 7623 NW 74 TERR, TAMARAC, FL 33321

10925    BIRTCIL, MELISSA, 503 DOWNING ST., LAWRENCEVILLE, GA 30245

10925    BIRTHWRIGHT, ANTOINETTI, 22 EDGEVIEW LANE, SICKLERVILLE, NJ 08081

10925    BIRTIG, JACQUELYN, 783 GLENPINE CT, TRACY, CA 95376

10925    BIRTS, ELSIE, RT. 1, BOX 187, WARRENVILLE, SC 29851

10925    BISARNSIN, TANONGSAK, POBOX 2467, ARLINGTON, TX 76004

10925    BISBANO, JOANNE, 19 FERN DR, WARREN, RI 02885

10925    BISBEE, SR, WILLIE, 2040 RONALD CIRCLE, SEFFNER, FL 33608

10925    BISBY, LYNNELL, 628 TIERNEY RD., FT. WORTH, TX 76112

10925    BISCAINO, NALIDA, 212 SALZEDO ST, ROYAL PALM BEACH, FL 33411

10925    BISCAINO, ROSAMARA, 1308 BOATRIGHT, ODESSA, TX 79763

10925    BISCARDI ENTERPRISES, 9 UNION SQ SUITE 198, SOUTHBURY, CT 06488

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BISCAYNE CHEMICAL, PO BOX 14341, MIAMI, FL 33101 | |
| 10924 | BISCAYNE CONCRETE PUMPING, 355 N W 54 STREET, MIAMI, FL 33127 | |
| 10924 | BISCAYNE NATIONAL PARK, 9700 S W  328 STREET, HOMESTEAD, FL 33030 | |
| 10924 | BISCAYNE NATIONAL PARK, BOX 1369, HOMESTEAD, FL 33090 | |
| 10924 | BISCAYNE NATIONAL PARK, P O BOX 1369, HOMESTEAD, FL 33090 | |
| 10924 | BISCAYNE PUMP SALES & EQUIP, 406 N. W. 54TH STREET, MIAMI, FL 33127 | |
| 10925 | BISCEGLIA, NICHOLE, 20 WABASH AVE, WORCESTER, MA 01604 | |
| 10925 | BISCHAK, DEBORAH, 16800 HWY 281 SOUTH, SAN ANTONIO, TX 78221 | |
| 10924 | BISCHER READY MIX, 1331 THOMPSON ROAD, BAD AXE, MI 48413 | |
| 10924 | BISCHER READY MIX, 6121 PURDY RD, RUTH, MI 48470 | |
| 10924 | BISCHER READY MIX, 6121 PURDY ROAD, RUTH, MI 48470 | |
| 10925 | BISCHOF & KLEIN GMBH & CO. KG, 13807 VILLAGE MILLE DRIVE, STE. 105, MIDLOTHIAN, VA 23113 | |
| 10925 | BISCHOF & KLEIN GMBH & CO. KG, PO BOX 1160, LENGERICH - WESTFALIA D, 49511GERMANY | *VIA Deutsche Post* |
| 10925 | BISCHOFF, WERNER, 20 PEARLE RD, CLOSTER, NJ 07624 | |
| 10924 | BISCO INC, 1100 W. IRVING PARK ROAD, SCHAUMBURG, IL 60193 | |
| 10924 | BISCO INC, P.O.BOX 188, EMMETT, MI 48022 | |
| 10924 | BISCO, INC., 2989 KINNY, EMMETT, MI 48022 | |
| 10924 | BISCO, INC., PO BOX 188, EMMETT, MI 48022 | |
| 10924 | BISCOE SUPPLY CO INC, P O BOX 460, BISCOE, NC 27209 | |
| 10924 | BISCOE SUPPLY CO. INC., 515 S. MAIN STREET, BISCOE, NC 27209 | |
| 10924 | BISCOE SUPPLY CO. INC., P.O. BOX 460, BISCOE, NC 27209 | |
| 10925 | BISCOE, KENNETH, 208 SIPPLE AVE, BALTIMORE, MD 21236 | |
| 10925 | BISCOE, RICHARD, 208 SIPPLE AVE, BALTIMORE, MD 21236 | |
| 10925 | BISER, ROBERT, 4314 GLENWAY AVE, CINCINNATI, OH 45236 | |
| 10925 | BISHARA, JAMAL, 1921 W SURREY, PHOENIX, AZ 85029 | |
| 10924 | BISHOP CAROL HIGH SCHOOL, 8101  WEST CENTRAL, WICHITA, KS 67212 | |
| 10925 | BISHOP ESQ, WILLIAM S, PO BOX 360, LA QUINTA, CA 92253 | |
| 10925 | BISHOP JT TEN, ANN S &, 164 LINCOLN AVE, YARDLEY, PA 19067-1304 | |
| 10924 | BISHOP RANCH #15, SAN RAMON, CA 94583 | |
| 10924 | BISHOP RANCH, ADERHOLT SPECIALTIES, SAN RAMON, CA 94583 | |
| 10924 | BISHOP RANCH, SAN FRANCISCO GRAVEL, NORSE CANYON RD, SAN RAMON, CA 94583 | |
| 10924 | BISHOP RANCH, SAN RAMON, CA 94583 | |
| 10924 | BISHOP SHANAHAN HIGH SCHOOL, DOWNINGTOWN, PA 19335 | |
| 10925 | BISHOP TIRES INC, HWY 72 SOUTH, CLINTON, SC 29325 | |
| 10925 | BISHOP, BARBARA, 501 SHORESBROOK ROAD, SPARTANBURG, SC 29301 | |
| 10925 | BISHOP, CECILE, 17 HENRY AVE, WOBURN, MA 01801 | |
| 10925 | BISHOP, CHARLES, 1476 STACEY ST, MEMPHIS, TN 38108 | |
| 10925 | BISHOP, CHARLES, 280 MULBERRY LANE, COTTAGEVILLE, SC 29435 | |
| 10925 | BISHOP, DANA, 263 ALDEN ST, SPRINGFIELD, MA 01103 | |
| 10925 | BISHOP, DANA, 418 GRANBY CROSSING, CAYCE, SC 29033 | |
| 10925 | BISHOP, DONALD, 30 ARAKELIAN DRIVE, BILLERICA, MA 01821-2942 | |
| 10925 | BISHOP, DONALD, 50 OCEAN DRIVE, PUNTA GORDA, FL 33950-0000 | |
| 10925 | BISHOP, DONNA, 1701 BROOKS BLVD, MANVILLE, NJ 08835 | |
| 10925 | BISHOP, DOROTHY, 1611 HARVARD AVE, CLOVIS, CA 93616 | |
| 10925 | BISHOP, DOUGLAS, RT 2 BOX 41-B, WAYNESBORO, MS 39367 | |
| 10925 | BISHOP, EDITH, 1334 CHARLOTTE ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | BISHOP, ESQ, WILLIAM S, PO BOX 360, LA QUINTA, CA 92253 | |
| 10925 | BISHOP, HAROLD, 9730 VALLEY VIEW COURT, NOBLESVILLE, IN 46060-9998 | |
| 10925 | BISHOP, HELEN, 2013 JENNER LN, ST LOUIS, MO 63138 | |
| 10925 | BISHOP, ISAAC, 290 N. 6TH ST, NEWARK, NJ 07107 | |
| 10925 | BISHOP, JOHN, 1628 19TH ST NW, WASHINGTON, DC 20009 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BISHOP, JULIE, 2491 ELM GROVE RD., WYLIE, TX 75098

10925    BISHOP, KENNETH, 1124 MARSHALL ST., ROANKE RAPIDS, NC 27870

10925    BISHOP, KENNETH, 215 THOMPSON ST, TAYLORS, SC 29687

10925    BISHOP, LEONARD, PO BOX 582, GLENROCK, WY 82637

10925    BISHOP, LOUISE, 105 HIGH ST, NEEDHAM MA, MA 02194

10925    BISHOP, MICHAEL, 226 A SAUK ST, LODI, WI 53555

10925    BISHOP, MICHAEL, 2302 BUCHANAN, WICHITA FALLS, TX 76309

10925    BISHOP, MICHELE, 55 HAWK ROAD, LEVITTOWN, PA 19056

10925    BISHOP, NORMAN, 805 OAK KNOLL DRIVE, PERRYSBURG, OH 43551

10925    BISHOP, RICHARD, 1405 HORNCASTLE, FT. WORTH, TX 76134

10925    BISHOP, ROBERT, 103 N MAIN ST, RICHLANDTOWN, PA 18955-9998

10925    BISHOP, ROBERT, 18 WESTFORD RD #44, AYER, MA 01432

10925    BISHOP, TARA, 1264 NEW HAMPSHIRE NW APT. 3, WASHINGTON, DC 20036

10925    BISHOP, VALERIE, POST OFFICE BOX 59, CARSON CITY, NV 89702

10925    BISHOP, VERNON, 1207 E 9TH ST, ROANOKE RAPIDS, NC 27870

10925    BISHOP, WADE, 65 CENTURY CIR #200F, GREENVILLE, SC 29607

10925    BISHOP, WILLIAM S, PO BOX 3601, LA QUINTA, CA 92253

10925    BISHOP, WILLIAM, PO BOX 360, LA QUINTA, CA 92253

10925    BISIG, MICHAEL, 13603 BROKEN BRANCH WY, LOUISVILLE, KY 40245

10925    BISKUP, MAUREEN, 5119 S AUSTIN AV, CHICAGO, IL 60638

10925    BISKUP, MICHAEL, 1 WEYANT TERRACE, HIGHLAND FALLS, NY 10928

10925    BISKUP, PAUL, 24 CARTWAY LANE EAST, BEDFORD VILLAGE, NY 10506

10924    BISMARCK STATE COLLEGE C/O BAHL INS, 1500 EDWARDS AVENUE, BISMARCK, ND 58501

10924    BISON EQUIPMENT SERVICE COMPANY, 1039 MAIN STREET, BUCKLEY, WA 98321

10924    BISON EQUIPMENT SERVICE COMPANY, PO BOX464, BUCKLEY, WA 98321

10925    BISS, DAVID, 1480 MAYFIELD LANE, HOFFMAN ESTATES, IL 60195

10925    BISSCHOP, KATHLEEN, 3600 SUGAR LOAF CT., COLUMBUS, OH 43221

10925    BISSELL JR, RUSSELL, 14 FERRIS CT, PLATTSBURGH, NY 12901

10925    BISSELL, DAVID, 2165 ALBERTSON PKWY., CUYAHOGA FALLS, OH 44223

10925    BISSELL, SALLY, 14 FERRIS CT, PLATTSBURGH, NY 12901

10925    BISSET, BELINDA, 236 CNTRY CLUB GARD., SANTA FE, NM 87501

10925    BISSETT, GARLAND, 144 WILLIAMS, DESOTO, TX 75115

10925    BISSNOTT/BELTWAY PLAZA LTD., GEN COUNSEL, 1250 W. BELT SOUTH, SUITE 602, HOUSTON, TX 77042

10925    BISSONNETTE, ANITA D, 24 VALHALLA DR, PORTSMOUTH, RI 02871-3204

10925    BISSONNETTE, STEVEN, 88 PINE ST, DANVILLE, NH 03819

10925    BI-STATE COMPRESSOR, 1860 FENPARK, FENTON, MO 63026

10925    BI-STATE COMPRESSOR, PO BOX 958584, SAINT LOUIS, MO 63195-8584

10924    BISTRIAN CEMENT CORP, PO BOX5048, EAST HAMPTON, NY 11937

10924    BISTRIAN CEMENT CORP., P.O. BOX 5048, EAST HAMPTON, NY 11937

10924    BISTRIAN CEMENT CORP., SPRINGS-FIREPLACE RD., EAST HAMPTON, NY 11937

10925    BITAN, ESTER, 80 LOUISE RD, CHESTNUT HILL, MA 02167

10925    BIT-BY-BIT COMPUTER RENTALS, 2715 152ND AVE NE BLD 6, REDMOND, WA 98052

10924    BITCO INTERNATIONAL, INC., PO BOX 1158, ASHBURN, VA 20146-1158

10925    BITCO, PO BOX 1158, ASHBURN, VA 20146-1158

10925    BITELA, ERNIE, 2807 S. ARTHUR, AMARILLO, TX 79103

10925    BITETTO, JOSEPH, 218 FRANKLIN AVE, HASBROUCK HTS, NJ 07604

10925    BITINAS, EDWARD, 158 MT VERNON ST, LOWELL, MA 01854

10925    BITNER, AMY, 20 PRESTWICK PLACE, DURHAM, NC 27705

10925    BITNER, SALLIE, 6881 SOLAZ PRIMERO, TUCSON, AZ 85718

10925    BITONG, ELENA, 8721 AIRDROME ST, LOS ANGELES, CA 90035-0000

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BITTEL, RALPH, 1705 MARGUERITE LANE, PASADENA, TX 77502

10925   BITTERS, RICHARD, 2684 TIMBER LN, GREEN BAY, WI 54313-5866

10925   BITTICK, CECIL, PO BOX 81, CHOCTAW, AR 72028-0081

10925   BITTING, ELLEN, POB 291, LINDBERG AVE, BLANDON, PA 19510

10925   BITTNER, PAUL, 709 CHURCH ST, BALTIMORE, MD 21225

10925   BITTNER, ROBERT, 204 OAKRIDGE AVE, BEDFORD, PA 15522

10925   BITTNER, SCOTT, 2125 PENNINGTON DR, ARLINGTON, TX 76014

10925   BITZER, ROBERT, 6608 KANE AVE, HODGKINS, IL 60525

10925   BIUSO MD, THOMAS J, PO BOX 127, EAST PETERSBURG, PA 17520-0127

10925   BIVENS, HAROLD, 4348 YEWELLS LANDING W, OWENSBORO, KY 42303

10925   BIVENS, TRACEY, 13322 N 26TH DR, PHOENIX, AZ 85029

10925   BIVINS, ANGELA, RT. 8 BOX 543, BEAUMONT, TX 77705

10925   BIVINS, CARROL, 500 MCMUNN, SOUTH LYON, MI 48178

10925   BIXBY INTL CORP, J STEPHEN MANGAN CFO, 1 PREBLE ROAD, NEWBURYPORT, MA 01950

10925   BIXBY RANCH COMPANY A CA LTD. PS, GEN COUNSEL, 3010 OLD RANCH PKWY., SUITE 100, SEAL
        BEACH, CA 90740-2750

10925   BIXBY, BUSS, 195 WILEY BLVD. NW, 2, CEDAR RAPIDS, IA 52405

10925   BIXBY, LINDA, 1540 SUNDANCE DR, MARION, IA 52302

10925   BIXLER, PAUL, 1612 HIGH RIDGE RD, SPRING VALLEY, CA 91977

10925   BIZZIERI, RICHARD, 19215 DAWSON, LOCKPORT, IL 60441

10925   BIZZIO, RS, 10425 SW 112 AVE APT 105, MIAMI, FL 33176

10925   BIZZLE, GILBERT, 232 CAPRI CRT, HOUMA, LA 70364

10924   BJ MCGLONE, CAMBRIDGE, MA 02140

10925   BJ SERVICES CO, JO ANN COBB, 11211 FM 2920, TOMBALL, TX 77375

10925   BJ WORKMAN, PO BOX 699, WOODRUFF, SC, SC 29388

10924   BJC SOUTH CAMPUS, 590 SOUTH KINGS HWY BLVD, SAINT LOUIS, MO 63110

10925   BJERKHOEL, RYAN, PO BOX 68, GRENORA, ND 58845

10924   BJORKLUND CONCRETE, 6100 INDUSTRY AVENUE, ANOKA, MN 55303

10924   BJORKLUND CONCRETE, RR # 4 BOX 294, ISANTI, MN 55040

10924   BJORKLUND CONCRETE, RR#4 BOX 294, ISANTI, MN 55040

10925   BJORKLUND READY MIX, 27072 POLK ST N.E., ISANTI, MN 55040

10925   BJORKLUND, JAY, RT. 3 BOX 353, SCURRY, TX 75159

10925   BJORKMAN, KERRY, 498 WILMARTH ST, ATTLEBORO, MA 02703

10925   BJORN SKOGLUND, FERSENS VAG 6, 211 42, MALMO, SWEDEN                    *VIA Deutsche Post*

10925   BJORNEBY, LADD G, 7202 SUMMITVIEW AVE, APT 7, YAKIMA, WA 98908

10925   BJORNLUND, BRITTA, 1224 N STAURT ST, ARLINGTON, VA 22201

10925   BJORNSEN INVESTMENT CORP., PO BOX 968, CEDAR RAPIDS, IA 52406

10925   BJORNSEN, JANICE, 914 MANDERIN ISLE, FORT LAUDERDALE, FL 33315

10925   BJY ENTERPRISES INC, PO BOX 865, OWENSBORO, KY 42301

10924   BK COM. E REPRESENTACOES LTDA., CEP-05074-020 SAO PAULO-SP BRASIL, R. ANTONIO         *VIA Deutsche Post*
        RAPOSO, 999999999BRAZIL

10925   BK SALES, 4529 STATE RD.110, DE SOTO, MO 63020

10925   BKG COMPANY INC, 2990 CLYMER AVE, TELFORD, PA 18969

10924   BL NETWORK, INC., THE, 2900 DAWN ROAD, JACKSONVILLE, FL 32207

10924   BL NETWORK, INC., THE, 8808 GROW DR., PENSACOLA, FL 32514

10924   BL NETWORK, INC., THE, CAMBRIDGE, MA 02140

10924   BL NETWORK, THE, 5640 JASON LEE PLACE, SARASOTA, FL 34233

10924   BL NETWORK, THE, 7301 ELLIS ROAD, WEST MELBOURNE, FL 32904

10925   BL NICKELSON, 8501 S BALTIMORE, CHICAGO, IL 60617

10925   BLACH, RICHARD W, 756 CONCORD ST, PLEASANTON, CA 94566

10925   BLACH, RICHARD, 756 CONCORD ST, PLEASANTON, CA 94566

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BLACHA, JOSEPH, 10041 SELZER, LIVONIA, MI 48150

10925    BLACHE, KIM T, 3300 VOLPE DR, CHALMETTE, LA 70043

10925    BLACHER, RUTH ANNE, C/O MICHAEL BLACHER, 1625 COLBY AVE 206, LOS ANGELES, CA 90025-3081

10925    BLACHOWICZ, ALLAN, 20 TALISTER COURT, BALTIMORE, MD 21237

10925    BLACK & CONNOLLY LLP, 115 EAST 5TH ST, SUITE 100, AUSTIN, TX 78701

10925    BLACK & DECKER CORP THE, NOLAN D ARCHIBALD CHM PRES & CEO, 701 E JOPPA ROAD, TOWSON, MD 21286

10925    BLACK & DECKER CORP, STUART I BLOCK,

10924    BLACK & DECKER, INC, 2023 N.W. 84TH AVENUE, MIAMI, FL 33122

10924    BLACK & VEATCH WASTE SERVICE, 601 WALNUT ST., PHILADELPHIA, PA 19106-3307

10924    BLACK & VEATCH WASTE SERVICE, 6601 COLLEGE BLVD., OVERLAND PARK, KS 66211

10924    BLACK & VEATCH, 36 MAYLAN LANE, AGAWAM, MA 01001

10924    BLACK & VEATCH, 8400 WARD PARKWAY, KANSAS CITY, MO 64114

10925    BLACK AND DECKER, INC, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10924    BLACK BARD CORP HDQTRS, 1164 DANIEL IILAN RD., CHARLESTON, SC 29492

10925    BLACK BEAR STRUCTURES, INC, 1702 CONOWINGO RD., BEL AIR, MD 21014

10925    BLACK BOX CORP, PO BOX 371671, PITTSBURGH, PA 15251-7671

10925    BLACK BOX CORP, PO BOX 371671M, PITTSBURGH, PA 15241

10925    BLACK BOX CORPORATION, PO BOX 371671, PITTSBURGH, PA 15251-7671

10925    BLACK BOX DEUTSCHLAND GMBH, LUDWIGSTR. 45 B, HALBERGMOOS, 85399GERMANY          *VIA Deutsche Post*

10925    BLACK BOX, 1000 PARK DR, LAWRENCE, PA 15055

10925    BLACK BROS CO, PO BOX 92655, CHICAGO, IL 60675-2655

10924    BLACK CLAWSON CO., THE, CONVERTING MACHINERY DIV., 46 NORTH FIRST STREET, FULTON, NY 13069-1297

10925    BLACK CLAWSON, 46 N FIRST ST, FULTON, NY 13069

10925    BLACK CLAWSON, PO BOX 145568, CINCINNATI, OH 45250-5568

10924    BLACK CONCRETE, 705 COTTON GROVE RD, LEXINGTON, NC 27292

10924    BLACK CONCRETE, 705 COTTON GROVE ROAD, LEXINGTON, NC 27292

10924    BLACK CONSTRUCTION CORP., HAWAII PACIFIC, 2964 ALVARADO ST.  - TERMINAL "J", SAN LEANDRO, CA 94577

10925    BLACK EMPLOYMENT JOURNAL, 220 WEST 19TH ST #2A, NEW YORK, NY 10011

10925    BLACK EMPLOYMENT JOURNAL, 7210 JORDAN AVE C72, CANOGA PARK, CA 91303

10925    BLACK EMPLOYMENT QUARTERLY, 8860 CORBIN ST STE #304, NORTHRIDGE, CA 91324

10925    BLACK EMPLOYMENT REVIEW,INC, 2682 W. IMPERIAL HWYMSTE.183, INGLEWOOD, CA 90303

10925    BLACK EQUIPMENT CO INC, 1050 NORTH CONGRESS AVE, EVANSVILLE, IN 47715

10925    BLACK HERITAGE FESTIVAL, PO BOX 16365, LAKE CHARLES, LA 70616-6365

10925    BLACK INDUSTRIAL SUPPLY CORPORATION, 3200 EAST 92ND ST, CHICAGO, IL 60617-4612

10925    BLACK JR, JOE, 134 MAMIE BLACK ROAD, PELZER, SC 29669-9313

10925    BLACK MOUNTAIN SPRING WATER, PO BOX 3010, SAN CARLOS, CA 94070-1310

10925    BLACK PROGESS REVIEW, 3010 WILSHIRE BLVD, LOS ANGELES, CA 90010

10924    BLACK SHEAR ELEMENTARY, 1712 EAST 11TH STREET, AUSTIN, TX 78702

10925    BLACK STAR PUBLISHING CO., 116 EAST 27TH ST, NEW YORK, NY 10016

10924    BLACK STONE OIL CO., 1000 LOUISIANA, HOUSTON, TX 77002

10925    BLACK, CARRIE, RT 4 BOX 295B, HURRICANE, WV 25526

10925    BLACK, CHANDLER, 121 PIONSETTIA DRIVE, EASLEY, SC 29642

10925    BLACK, CHARLES, 204 E. MARR, HOBBS, NM 88240

10925    BLACK, CHRISTINE, 459 E. 3RD ST, ALTON, IL 62002

10925    BLACK, CINDY L, 3884 PITZER RD, ROANOKE VA, VA 24014

10925    BLACK, CURTIS, 369 GREENPOND RD, GRAY COURT, SC 29645

10925    BLACK, DEANNA, 13301 TWP ROAD 511, BIG PRAIRIE, OH 44611

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BLACK, DONNA, 2935 CARRIAGE ROW, MYRTLE BEACH, SC 29577

10925   BLACK, EDGAR, 3649 NATURE WALK TRL, MARIETTA, GA 30060

10925   BLACK, ELIZABETH, 6226 SILVER LEAF DRIVE, LEAGUE CITY, TX 77573

10925   BLACK, ELLEN, 3480 FOREST MANOR, INDPLS, IN 46218

10925   BLACK, GARLAND, RT 5 BOX 1665, SULPHUR, LA 70663

10925   BLACK, GLORIA, 403 MIDWAY ROAD, SPARTANBURG, SC 29303

10925   BLACK, JACK, 1039 LONGFORD ROAD, BARTLETT, IL 60103

10925   BLACK, JAMES, 320 E. 35TH, ODESSA, TX 79762

10925   BLACK, JAMES, 6 RICHELIEU PLACE, NEWARK, NJ 07106

10925   BLACK, JANEL, 1956 OLD CHARLESTON, CLEVELAND, TN 37312

10925   BLACK, JANET, 1046 EDGEWATER LANE, GULF BREEZE, FL 32561

10925   BLACK, JOAN, 101 CARRIAGE LANE, SIMPSONVILLE, SC 29681

10925   BLACK, JOAN, 249 FRYE RD, LEXINGTON, SC 29072

10925   BLACK, JODIE, 189 VALERIE DR, MANVILLE, NJ 08835

10925   BLACK, JOHN, 115 CLUB ROAD, PASADENA, MD 21122

10925   BLACK, JOHN, 824 ARAPAHO DRIVE, BURKBURNETT, TX 76354

10925   BLACK, K, 2103 ARLINGTON CIR NW, ATLANTA, GA 30318

10925   BLACK, KAREN, 2609 PHOENECIAN DR, FAYETTEVILLE, NC 28306

10925   BLACK, KIMBERLY, 6 BAY ST, WOBURN, MA 01801

10925   BLACK, KYONG, 580 HAWTHORNE AVE, WOODRUFF, SC 29388

10925   BLACK, LAURA, 3 WESTBROOK LANE, PHILLIPS RANCH, CA 91766

10925   BLACK, LISA, 369 GREENPOND RD, GRAY COURT, SC 29645

10925   BLACK, LIZABETH, 7553 WYOMING, KANSAS CITY, MO 64114

10925   BLACK, MITTIE, 1922 DIAMOND BROOK DR, HOUSTON, TX 77062

10925   BLACK, NEIL G, 6274 CHERRY TREE LANE, ATLANTA, GA 30328

10925   BLACK, NEIL, 6274 CHERRY TREE LA, ATLANTA, GA 30328

10925   BLACK, RANDALL, 305 VAUGHN ROAD, HONEA PATH, SC 29654

10925   BLACK, REGINA, 7881 HULSEY TOWN ROAD, DALLAS, GA 30132

10925   BLACK, RICHARD, 2644 ROYAL DRIVE, LAKELAND, FL 33801-7110

10925   BLACK, RONALD, 239 SOUTH INGALLS, LAKEWOOD, CO 80226

10925   BLACK, SARA, RT 1 BOX 187, CREEDMOOR, NC 27522

10925   BLACK, SHANE, 29 EAST MAIN ST, GAINESVILLE, GA 30501

10925   BLACK, SUSAN, 2430 HIKO AVE., RENO, NV 89512

10925   BLACK, SUSAN, 48 HILL TOP CIR, WORCESTER, MA 01609

10925   BLACK, TAMRA, 17272 88TH ROAD NORT, LOXAHATCHEE, FL 33470

10925   BLACK, TERRY, 301 MEADOWBEND DR, BATON ROUGE, LA 70820

10925   BLACK, THOMAS, 210 HAROLD SMITH ROAD, WOODRUFF, SC 29388-9332

10925   BLACK, VIRGIL, 228 PINSON ROAD, HONEA PATH, SC 29654-9229

10925   BLACK, WAYMON, RT2, BOX 76-5, FRITCH, TX 79036

10925   BLACK, WILLIAM, 109 WOOD CIRCLE, IOWA PARK, TX 76367-1127

10925   BLACK, WILLIAM, 580 HAWTHORNE AVE, WOODRUFF, SC 29388

10925   BLACKALLER, B, 1246 HILL DRIVE, LOS ANGELES, CA 90041

10925   BLACKBURN AND UNION PRIVILEGES, SUPERFUND SITE, WALPOLE, MA 02081

10925   BLACKBURN AND UNION, PRIVILEGES SITE, SOUTH ST, WALPOLE, MA 02081

10925   BLACKBURN JR., BENJAMIN, HC 61 BOX 61, LOMETA, TX 76853

10925   BLACKBURN, CYNTHIA, 1226 WADE HAMPTON, FORT WORTH, TX 76126

10925   BLACKBURN, J, 214 BRUTON PLACE, SPARTANBURG, SC 29302

10925   BLACKBURN, JAMES, 10736 BRIDLEPATH, CINCINNATI, OH 45241

10925   BLACKBURN, JOHN, 3030 ARUNAH AVE., BALTIMORE, MD 21216

10925   BLACKBURN, L, 5926 ALLWOOD ST, RIVERSIDE, CA 92509

10925   BLACKBURN, LEO, 2207 SUNCREST DR, COLUMBUS, OH 43223

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  BLACKBURN, LINDA M., 3814-R EL PRADO BLVD, COCONUT GROVE, FL 33133

10925  BLACKBURN, MARIAN, 25806 BELLAIRE DR, HAYWARD, CA 94542

10925  BLACKBURN, MARION, 709 S DUNGAN ST, CUSHING, OK 74023-4607

10925  BLACKBURN, NANCY, 2400 FEATHER SOUND, CLEARWATER, FL 34622

10925  BLACKBURN, S, 8787 E MOUNTAIN VIEW RD, SCOTSDALE, AZ 85258

10925  BLACKBURN, SANDRA, 1245 COTTONWOOD LANE, FERNLEY, NV 89408

10925  BLACKBURN, SANDRA, 8625 E. BELLVIEW PL, SCOTTSDALE, AZ 85257

10925  BLACKBURN, TAMMY, RTE 1 BOX 125-H, CLARENDON, NC 28432

10925  BLACKBURN, THOMAS, 1605 N. VIRGINIA, 23, RENO, NV 89506

10925  BLACKBURN, YVON, 29581 YOSEMITE, COARSEGOLD, CA 93614

10925  BLACKBURNS FABRICATION, INC, 2467 JACKSON PIKE, COLUMBUS, OH 43233

10925  BLACKER, BARRY, 3007 DECATUR AVE, KENSINGTON, MD 20708

10925  BLACKERBY, BILLY, 150 CO RD 1831, ARAB, AL 35016

10925  BLACKFORD JR, STAIGE D, 1857 WESTVIEW RD, CHARLOTTESVILLE, VA 22903-1632

10925  BLACKFORD, EUGENE, 7443 COUNTY ROAD 200, JOPLIN, MO 64801-9732

10925  BLACKHAWK NEFF, 27 WEST GRANT ST, NEW CASTLE, PA 16101

10924  BLACKHORSE-PIKE HIGH SCHOOL, 501 JARVIS ROAD, ERIAL, NJ 08081

10925  BLACKLEDGE, FRANCES, 3305 CHATEAU BLVD., KENNER, LA 70065

10925  BLACKLEY, MARY, 2006 JAMES DRIVE, LOVELAND, CO 80538

10925  BLACKMAN PLUMBING SUPPLY, PO BOX 9400, UNIONDALE, NY 11555-9400

10925  BLACKMAN, GAIL, 31430 CAROLYN LANE, LACOMBE, LA 70445

10925  BLACKMAN, MARILYN, 3651 NW 27TH CT, LAUDERDALE LAKES, FL 33311

10925  BLACKMAN, RALEIGH, 151 WINFIELD DRIVE, SPARTANBURG, SC 29302

10925  BLACKMAN, SHALONDA, 303 N 1ST., APT.B, BLYTHEVILLE, AR 72315

10924  BLACKMAN-UHLER CHEMICAL CO, PO BOX 5627, SPARTANBURG, SC 29304

10925  BLACKMON BLACKMON, PO DRAWER 105, PO BOX 105, CANTON, MS 39046

10924  BLACKMON ELEMENTARY SCHOOL, 586 FORTRESS BLVD, MURFREESBORO, TN 37130

10925  BLACKMON, HAZEL, 511 EAST 35TH ST., CHARLOTTE, NC 28205

10925  BLACKMON, LINDA, RT 1 BOX 438, COATS, NC 27521

10925  BLACKMON, LORI, DIXIELAND ROAD, START, LA 71279

10925  BLACKMON, ROSE, 78 BRISTOW ST, SAUGUS, MA 01906

10925  BLACKMORE, RICHARD, 109 BLUE FOX, THE WOODLANDS, TX 77381

10925  BLACKS GUIDE, PO BOX 630291, BALTIMORE, MD 21263-0291

10925  BLACKSHEAR, ARTHUR, 545 9TH AVE, BARTOW, FL 33830-5223

10925  BLACKSHEAR, LARA, 1118 VALLEY GREEN, MAULDIN, SC 29662

10925  BLACKSTEN, JOHN, 4413 N 18TH ST, ARLINGTON, VA 22207

10925  BLACKSTON, SEAN, 3313 WESTERWALD AVE, BALTIMORE, MD 21218

10924  BLACKSTONE COMPANY, 1 PROGRESS ROAD, MONMOUTH JUNCTION, NJ 08852

10924  BLACKSTONE COMPANY, P.O. BOX 430, MONMOUTH JUNCTION, NJ 08852

10924  BLACKSTONE HOTEL, 601 MAIN ST, FORT WORTH, TX 76102

10925  BLACKSTONE, BEVERLY, 904 SPA ROAD, ANNAPOLIS, MD 21401

10925  BLACKSTONE, ROSE, 1945 MT. CARMEL ROAD, GRAY COURT, SC 29645

10925  BLACKSTONE, SHERRY-ANN, 9050 MARKVILLE, DALLAS, TX 75243

10924  BLACKWELDER TANK SERVICE, 121 STANTON HILL RD., CARTHAGE, NC 28327

10924  BLACKWELDER TANK SERVICE, 121 STANTON HILL ROAD, CARTHAGE, NC 28327

10925  BLACKWELL, ALBERT, 715 MAIDEN CHOICE LANE, BALTIMORE, MD 21218

10925  BLACKWELL, ANNIE S, 13507 RIPPLING BROOK DR, SILVER SPRING, MD 20906-3178

10925  BLACKWELL, BARBARA, 708 E WESTCHESTER, HIGH POINT, NC 27262

10925  BLACKWELL, BRENDA, 122 POPLAR KNOLL DR, MOORE, SC 29369

10925  BLACKWELL, CHERRYL, PO BOX 907, MANNING, SC 29102

10925  BLACKWELL, CLAUDETTE, 19719 WHITE FAWN DR, MATOACA, VA 23804

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BLACKWELL, JAMES, 4600 S 4 MILE RUN DR #1018, ARLINGTON, VA 22204

10925    BLACKWELL, JANICE, 14 ALENDER WAY, SIMPSONVILLE, SC 29681

10925    BLACKWELL, LAVERNE, 5004 FRAN PLACE APT T1, ALEXANDRIA, VA 22312

10925    BLACKWELL, LUNDA, 4551 LANIER AVE, BALTIMORE, MD 21215

10925    BLACKWELL, MICHAEL, 4679 57TH ST, SAN DIEGO, CA 92115

10925    BLACKWELL, MILDRED, 9545 21ST BAY ST, NORFOLK, WV 23518

10925    BLACKWELL, PETRA, 7109 STAPLES MILL RD#232, RICHMOND, VA 23228

10925    BLACKWELL, REBECCA, 6315 NAMON WALLACE, CUMMING, GA 30130

10925    BLACKWELL, REGINA, 5082 WHITES MILL RD, GAINESVILLE, GA 30501

10925    BLACKWELL, ROBERT, 120 CRYSTAL LANE, GREER, SC 29651-8274

10925    BLACKWELL, SAMUEL, 500 WEMBERLY LANE, SIMPSONVILLE, SC 29681

10925    BLACKWELL, SANDRA, 152 LAKE LYMAN HGTS, LYMAN, SC 29365

10925    BLACKWELL, SHERRIE, RT 3 BOX 506J, SPRING HOPE, NC 27882

10925    BLACKWELL, THOMAS, 1476 ORANGE GROVE RD., A4, CHARLESTON, SC 29407

10925    BLACKWELL, TROY, PO BOX 92, FOXWORTH, MS 39483

10925    BLACKWOOD, GEORGE, 10231 WOODHAVEN RIDGE RD, 6406, PARKER, CO 80134

10925    BLACKWOOD, HARRY, 831 CLEVELAND ST #180, GREENVILLE, SC 29601

10925    BLADE SHOP, THE, 148 YORK ST, AUBURN, NY 13021

10925    BLADE, THE, 541 N SUPERIOR ST, TOLEDO, OH 43660

10925    BLADE, THE, PO BOX 984, TOLEDO, OH 43660

10925    BLADEL, MICHAEL, 5227 CONNIE DRIVE, PINEVILLE, LA 71360

10925    BLADES MACHINERY CO INC, 750 NICHOLAS BLVD, ELK GROVE VILLAGE, IL 60007

10925    BLADES, JR, BEAUFORD, 109 HOLLY RIDGE DR, HAMMOND, LA 70403

10925    BLAGEC, DAVID, 2194 PACKERLAND DR, GREEN BAY, WI 54304-1932

10925    BLAGG, WILLIE, 410 E JEFFERSON, IOWA PARK, TX 76367

10925    BLAHA, SCOTT, 42 DOVERDALE RD, GREENVILLE, SC 29615

10925    BLAIES, SUSAN, 5812 PERNOD AVE., ST. LOUIS, MO 63139

10925    BLAIN, RICHARD, 336 SUNSET DRIVE, BUTLER, PA 16001

10924    BLAINE SR. HIGH SCHOOL, 12555 UNIVERSITY AVE. NE, BLAINE, MN 55434

10925    BLAINE, FRANK, 1149 9TH ST, GREEN BAY, WI 54304

10925    BLAINE, THOMAS, 12 TANGEN ST, RANDOLPH, MA 02368

10925    BLAINE, WARRICK, 105 MOORMAN LANE, CLEMSON, SC 29631

10925    BLAIR & ASSOCIATES, 885 SOUTH COLORADO BLVD, DENVER, CO 80222

10925    BLAIR A KNAPP &, CHARLOTTE M KNAPP JT TEN, 6 DEAN WAY, CAPE ELIZABETH, ME 04107-2602

10924    BLAIR ACADEMY, 9600 BLAIR ACADEMY, BLAIRSTOWN, NJ 07825

10925    BLAIR SMALL ENGINES & RENTAL, 1185 S 19TH ST, BLAIR, NE 68008

10925    BLAIR TELEPHONE CO, PO BOX 400, BLAIR, NE 68008-0400

10925    BLAIR, ALLEN, 4453 CEDAR ROAD, ORANGE PARK, FL 32065

10925    BLAIR, BELMONT, 72 NOTTINGHAM DRIVE, W WARWICK, RI 02893-5562

10925    BLAIR, DAVID, 1209 LOCUST AVE, BALTIMORE, MD 21227

10925    BLAIR, DEBRA, 23 LADY SLIPPER, NORTH HAMPTON, MA 01060

10925    BLAIR, DONALD, 254 1/2 DANBURY CT, GRAND JCT, CO 81503

10925    BLAIR, HAROLD, 506 COSBY LN, MARIETTA, GA 30060

10925    BLAIR, JANE, 7212 RIDGEWOOD AVE, CHEVY CHASE, MD 20815

10925    BLAIR, JASON, 110 HOPE LANE, IOWA PARK, TX 76367

10925    BLAIR, JEFFREY, RT 1 BOX 145-A, UNION SPRINGS, AL 36089

10925    BLAIR, JOHN, 11603 AUTUMN CHASE, HOUSTON, TX 77065

10925    BLAIR, JOHN, 414 CAMBRIDGE ROAD, TYLER, TX 75703

10925    BLAIR, LEIGH, 555 NORMANDY, HOUSTON, TX 77015

10925    BLAIR, MARYBEL, 6942 SUNSET VILLAGE, SAN ANTONIO, TX 78249

10925    BLAIR, MICHAEL, 15932 NEW AVE, LEMONT, IL 60439

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BLAIR, MICHAEL, ROUTE 1, RADIO HILL DR., #7, GARDEN CITY, KS 67846 | |
| 10925 | BLAIR, MIKE, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | BLAIR, MIMI, 10 ORCHARD CIRCLE, SUFFERN, NY 10901 | |
| 10925 | BLAIR, R, C/O C BOARDMAN WR GRACE, 55 HAYDEN AVE LEXINGT, MA 02173 | |
| 10925 | BLAIR, RANDY, 1000 MARY DRIVE APT 502, IOWA PARK, TX 76367 | |
| 10925 | BLAIR, RICHARD, 8750 DEADOR CT, ELK GROVE, CA 95624 | |
| 10925 | BLAIR, STELLA, 616 HIGHLAND VILLAGE, MESQUITE, TX 75149 | |
| 10925 | BLAIR, TONY, 702 SOUTH ELM ST., WEATHERFORD, TX 76086-5429 | |
| 10925 | BLAIR, TROY, 5103 RIC DRIVE, MIDLAND, TX 79703 | |
| 10925 | BLAIS, DANIEL, 21 MARKAR ST, NASHUA, NH 03060 | |
| 10925 | BLAIS, SERENA LYNN, 55 OAKWOOD AVE, MINE HILL, NJ 07801 | |
| 10925 | BLAIS, THOMAS, 47 HEMLOCK ROAD, READING, MA 01867 | |
| 10924 | BLAISDELL CENTER JOBSITE, C/O G.W. KILLEBREW COMPANY, INC., HONOLULU, HI 96819 | |
| 10925 | BLAISDELL, MARY, 1476 E. WOOD RD., KALKASKA, MI 49146 | |
| 10925 | BLAISDELL-BUCK, MARK, 2817 ALLENTON TRAILS LANE, CHARLOTTE, NC 28212 | |
| 10925 | BLAKE & PENDLETON INC, PO BOX 101187, ATLANTA, GA 30392-1187 | |
| 10925 | BLAKE & PENDLETON, INC, 212 ROSEN DR., DALTON, GA 30721 | |
| 10925 | BLAKE & PENDLETON, INC, 6031 COMMERCE BLVD, SAVANNAH, GA 31408 | |
| 10925 | BLAKE & PENDLETON, INC, PO BOX 101187, ATLANTA, GA 30392-1187 | |
| 10924 | BLAKE BUILDERS SUPPLY CO, PO BOX 52, GRIFFIN, GA 30224 | |
| 10925 | BLAKE C MALLETT, 14 EASTDALE RD, WHITE PLAINS, NY 10605-2902 | |
| 10925 | BLAKE CASSELS & GRAYDON LLP, 199 BAY ST, TORONTO ONTARIO, ON M5L 1A9CANADA | *VIA Deutsche Post* |
| 10925 | BLAKE CASSELS & GRAYDON, BOX 25, COMMERCE COURT WEST, TORONTO, ON M5L LA9CANADA | *VIA Deutsche Post* |
| 10925 | BLAKE JT TEN, CHARLES S & SALLY H, 601 W KENT PL, CHANDLER, AZ 85225-6550 | |
| 10924 | BLAKE MEDICAL CENTER, 2020 59TH ST WEST, BRADENTON, FL 34209 | |
| 10925 | BLAKE P GARRET, BOX 36, FOUNTAIN INN, SC 29644-0036 | |
| 10924 | BLAKE SAND & GRAVEL INC, 1369 CAYS ROAD, SEQUIM, WA 98382 | |
| 10924 | BLAKE SAND & GRAVEL INC., 1369 CAYS ROAD, SEQUIM, WA 98382 | |
| 10925 | BLAKE, ARNOLD I, CUST FOR DEBORAH C BLAKE, UNIF GIFT MIN ACT MA, 4618 PALMERO DR, LOS ANGELES, CA 90065-4239 | |
| 10925 | BLAKE, BILLY, 1413 AINSLEE, MIDLAND, TX 79704 | |
| 10925 | BLAKE, BOBBY, 172 HILL ST, COMMERCE, GA 30529 | |
| 10925 | BLAKE, BRUCE, BOX 108B WHISPERING PINES MHP, WAKE FOREST, NC 27587 | |
| 10925 | BLAKE, CAROL, 1557 MAIN RD, CORFU, FL 14036-9740 | |
| 10925 | BLAKE, CYNTHIA, 2081 22ND AVE NE, NAPLES, FL 33964 | |
| 10925 | BLAKE, DAVID, 23 WINDEMERE WAY, NASHUA, NH 03063 | |
| 10925 | BLAKE, GLORIA, 722 MUSTANG DR., GRAND CANE, LA 71032 | |
| 10925 | BLAKE, HILARY, 11103 WINSFORD AVE, UPPER MARLBORO, MD 20772 | |
| 10925 | BLAKE, HOWARD, 8515 MOCKINGBIRD LANE, CINCINNATI, OH 45231 | |
| 10925 | BLAKE, JAMES, ROUTE 3 BOX 413, POTEAU, OK 74953 | |
| 10925 | BLAKE, JERRY, 20 LOMBARDY DRIVE, BALTIMORE, MD 21222 | |
| 10925 | BLAKE, NANCY, 9007 63RD AVE DR EAST, BRADENTON, FL 34202 | |
| 10925 | BLAKE, SHARON, 51 N ADAMSVILLE RD, SOMERVILLE, NJ 08876 | |
| 10925 | BLAKE, STEVEN, 2902 WHISPER. WINDS, PEARLAND, TX 77581 | |
| 10925 | BLAKE, STEVEN, 818 WEST ROYAL LANE, IRVING, TX 75039 | |
| 10925 | BLAKELY, DAN, 1016 HWY 14, SIMPSONVILLE, SC 29681 | |
| 10925 | BLAKELY, WILLIS, PO BOX 702, LAURENS, SC 29360 | |
| 10925 | BLAKEMAN, DAVID, 127 SANDSTONE DR., EVANSTON, WY 82930 | |
| 10925 | BLAKENEY, JOHN, 5032 HARE CROSSING COVE, ARLINGTON, TN 38002 | |
| 10925 | BLAKENEY, STUART, 923 ALDRICH AVE., WINTERPARK, FL 32789 | |
| 10925 | BLAKENEY, TERESA, 1301 MONTERREY BLVD #101A, EULESS, TX 76040 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BLAKENSHIP, W, PO BOX 743, KELLEYVILLE, OK 74039

10925    BLAKER, ROSALIE, 630 N. COBBLESTONE, GILBERT, AZ 85234

10924    BLAKESLEE PRESTRESS INC, PO BOX 510, BRANFORD, CT 06405

10924    BLAKESLEE PRESTRESS INC., P O BOX 510, BRANFORD, CT 06405

10924    BLAKESLEE PRESTRESS INC., RT 139, BRANFORD, CT 06405

10925    BLAKLEY, B, 5445 N. SHERIDAN RD #415, CHICAGO, IL 60640

10925    BLAKLEY, DONALD, 8201 MARK AVE LOT # 2, N LITTLE ROCK, AR 72120

10925    BLAKLEY, JACQUELYN, 409 NOTTINGHAM WAY, ANDERSON, SC 29621

10925    BLALOCK, BOBBY, 2747 ASHWORTH, SNELLVILLE, GA 30278

10925    BLALOCK, ROBBIE, RT 1, BOX 1144, DANIELSVILLE, GA 30633

10925    BLALOCK, SHIRLEY, RT 4 BOX 525, COMMERCE, GA 30529

10925    BLALOCK, SUSAN, 742 TESON, HAZELWOOD, MO 63042

10925    BLAMCA FLOTTE & HILDEBRAND,MCLEOD, 101 CALIFORNIA ST. SUITE 2900, SAN FRANCISCO, CA 94111-5858

10925    BLANAR, ELIZABETH, 19 N. AUTEN AVE, SOMERVILLE, NJ 08876

10925    BLANC, GASTON, 3633 BRIGHTWAY, WEIRTON, WV 26062

10925    BLANC, RICHARD, 5B SOUTH COMMONS, LINCOLN, MA 01773

10925    BLANCET, NYGAL, 1202 W. MONROE, LOVINGTON, NM 88260

10925    BLANCETT, WILLIAM, 319 SPRUCE PARK DRIVE, WOODWARD, OK 73801

10925    BLANCH, MARITZA, POBOX 124, LECANTO, FL 34461

10925    BLANCHARD MACHINERY CO, 3151 CHARLESTON HWY, 7517, COLUMBIA, SC 29202

10925    BLANCHARD MACHINERY CO, PO BOX 402197, ATLANTA, GA 30384-2197

10925    BLANCHARD MACHINERY CO, POBOX 651478, CHARLOTTE, NC 28265-1478

10925    BLANCHARD MACHINERY CO, POBOX 7517, COLUMBIA, SC 29202

10925    BLANCHARD MACHINERY CO., PO BOX 402197, ATLANTA, GA 30384-2197

10925    BLANCHARD MACHINERY CO., PO BOX 651478, CHARLOTTE, NC 28265-1478

10925    BLANCHARD, BOBBY, BOX 1592, GRANBURY, TX 76048

10925    BLANCHARD, CHERI, 8311 LOIS ST., ADDIS, LA 70710

10925    BLANCHARD, CRAIG, PO BOX 331, LAROSE, LA 70373

10925    BLANCHARD, DENISE, 204 BEAU PRE RD, LAFAYETTE, LA 70508

10925    BLANCHARD, JASON, 407 MEMORIAL DRIVE, CAMBRIDGE, MA 02139

10925    BLANCHARD, JOANNA, 23 HADLEY ROAD, MERRIMAC, MA 01860

10925    BLANCHARD, JODY, 723 SHAW ROAD, WOODRUFF, SC 29388

10925    BLANCHARD, JOHNNY, 701 S. LEWIS ST., NEW IBERIA, LA 70560

10925    BLANCHARD, LAUREN, 14101 BLENHEIM ROAD, PHOENIX, MD 21131

10925    BLANCHARD, LAUREN, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    BLANCHARD, MICHELLE, 19175 ALPHA CT., CASTRO VALLEY, CA 94546

10925    BLANCHARD, NICHOLAS, 211 DEBBIE LN, JONESBORO, GA 30236

10925    BLANCHARD, PAULETTE, 108 TUNICA LANE, DUSON, LA 70529

10925    BLANCHARD, PULETTE, 108 TUNICA LANE, DUSON, LA 70529

10925    BLANCHARD, RANDY, 527 HWY 308, THIBODAUX, LA 70301

10925    BLANCHARD, ROSALIND, 3123 LEE DR, PIERRE PART, LA 70339

10925    BLANCHARD, SANDRA, 213 LYNN DR, LAFAYETTE, LA 70508

10925    BLANCHARD, STONEY, 921 OAK ST, 605, NEW IBERIA, LA 70560

10925    BLANCHARD, TRACY, 697 OTTS SHOAL ROAD, ROEBUCK, SC 29376

10925    BLANCHARD, VANNY, 123 W 200 N (73-7), ROOSEVELT, UT 84066

10925    BLANCHE BERGER, 16820 EDMORE, DETROIT, MI 48205-1516

10925    BLANCHE G STONER, 353 W WASHINGTON, MARENGO, IA 52301-1236

10925    BLANCHE P GORDON, PODRAWER 6550, THOMASVILLE, GA 31758-6550

10925    BLANCHE STANKIEWICZ, 6222 ELMWOOD AVE, PHILADELPHIA, PA 19142-3125

10925    BLANCHET, KARREN, PO BOX 909, SHADY SPRING, WV 25918

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BLANCHET, OCTAVIO E, 2225 OSHKOSH AVE, ANAHEIM, CA 92806

10925    BLANCHET, OCTAVIO, 2225 OSHKOSH AVE, ANAHEIM, CA 92806

10925    BLANCHETTE, DAVID, 17 ROCKWOOD LANE, LAWRENCE, MA 01843

10925    BLANCHETTE, FRANCINE, RT 1 BOX 637, MOMENCE, IL 60954

10925    BLANCHETTE, MARCUS, 511 GRESHAM ST NW, WASHINGTON, DC 20019

10925    BLANCHETTE, ROGER, 83 STEDMAN ST, CHELMSFORD, MA 01824

10925    BLANCHFIELD, BOB, 478 JUMPERS HOLE ROAD, SEVERNA PARK, MD 21146

10925    BLANCHFIELD, PHILLIP, 127 SANDY BEACH DRIVE, PASADENA, MD 21122-2453

10925    BLANCO III, LOUIS W, 3185 BRIERFIELD RD, ALPHARETTA, GA 30201

10925    BLANCO III, LOUIS, 15203 PLANTATION OAKS DRIVE #6, TAMPA, FL 33647

10925    BLANCO, ANA MARIA, 725 W. SCOTT, MILWAUKEE, WI 53204

10925    BLANCO, ANNABEL, 401 LOCK ROAD #12, DEERFIELD BEACH, FL 33442

10925    BLANCO, EMERITA, 2225 NST NW #204, WASHINGTON, DC 20031

10925    BLANCO, MANUEL, 727 SO WALNUT ST, 8, INGLEWOOD, CA 90301

10925    BLANCO, MIGUEL, 4521 55TH ST. #16, SAN DIEGO, CA 92115

10925    BLANCO, PEDRO, 4024 W 135TH ST, C, HAWTHORNE, CA 90250

10925    BLANCO, SAMUEL, 5427 FIREFLY ST., HOUSTON, TX 77017

10925    BLANCO, SYBIL, 423 27TH ST. APT. G, GRETNA, LA 70053

10925    BLANCO, THEODORE, 8111 RT. 53, APT 22, WOODRIDGE, IL 60517

10925    BLAND, DONNA, 1785 COTTONWOOD, SOLVANG, CA 93463

10925    BLAND, EVELYN, 411 WILSON, CANTON, MS 39046

10925    BLAND, T MITCHELL, 334 W SOLANO DR, PHOENIX, AZ 85103

10925    BLANDFORD, KENNETH, 2230 WINTERGREEN LOOP S., OWENSBORO, KY 42301

10925    BLANDING AMOCO, BARRY PATEL, 8411BLANDING BLVD, JACKSONVILLE, FL 32244-5707

10924    BLANDING ELECTRIC INC., 429 COMMERCE RD, VESTAL, NY 13850

10925    BLANDINO, CELIA, CALLE DOMINGO DELGAD, LEVITTOWN, PR 00949

10925    BLANEY, CRAIG, 29801 KINGS VALLEY, CONIFER, CO 80433

10925    BLANEY, JERRY D, 2073 S SAN VINCENT DR, GREEN VALLEY, AZ 85614-1429

10925    BLANEY, LULU, 562 WHIPPOORWILL DR., SEBRING, FL 33872

10925    BLANEY, MICHAEL, 45 PLYMOUTH AV, BRAINTREE, MA 02184

10925    BLANK ROME COMISKY & MCCAULEY, JON G. HILLSBERG ESQ., 1200 FOUR PENN CENTER PLAZA, PHILADELPHIA, PA 19102

10925    BLANK, BILL, 4645 COUNTY ROAD 7, CRAIG, CO 81625-8653

10925    BLANK, DONNA, 2920 SW 15TH ST, MIAMI, FL 33145

10925    BLANK, WILLIAM, 96 PURITAN RD, SWAMPSCOTT, MA 01907

10925    BLANKE, BERNICE, PO BOX 382, MEEKER, CO 81641-0382

10925    BLANKENBURG, ROBERT, 2501 14TH AVE, MARION, IA 52302

10925    BLANKENHEIM, CARRIE, 1837 VERDUGO LOMA DR, 102, GLENDALE, CA 91208-2829

10925    BLANKENSHIP JT TEN, MERLE D & LESLIE A, 15437 CERISE, GARDENA, CA 90249-4415

10925    BLANKENSHIP, ALLEN R, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    BLANKENSHIP, ALLEN, 3158 PYRAMID CIRCLE, MANCHESTER, MD 21102

10925    BLANKENSHIP, DAN, 2601 N REPSDORPH #1518, SEABROOK, TX 77586

10925    BLANKENSHIP, EMME, PO BOX 743, KELLEYVILLE, OK 74039

10925    BLANKENSHIP, MATTHEW L, 3014B SAN CLARA DR, DELRAY BEACH, FL 33445

10925    BLANKENSHIP, MATTHEW, 3014B SAN CLARA DRIVE, DELRAY BEACH, FL 33445

10925    BLANKENSHIP, NANCY, 345 ILLINOIS AVE, WOODRIVER, IL 62095

10925    BLANKENSHIP, ROBYN D, C/O GRACE DAVISON, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925    BLANKENSHIP, ROBYN, 292 BELL ROAD SE, CLEVELAND, TN 37323

10925    BLANKENSHIP, ROGER, 303 S AVE A, KERMIT, TX 79745

10925    BLANKENSHIP, STEVEN, 360 ZIMMERMAN LAKE RD, SPARTANBURG, SC 29306

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BLANKENSHIP, TOMMY, 511 WATTS ST, ALBEMARLE, NC 28001

10925   BLANKENSHIP, WENDY, 723 SW 18TH ST, HOMESTEAD, FL 33030

10925   BLANKMAN, SCOTT, 3970 VILLA OAK DRIVE, SUN PRAIRIE, WI 53590

10925   BLANKMAN, SCOTT, 50 WEST 77 ST, 6F, NEW YORK, NY 10024

10925   BLANKS COLOR IMAGING, 2343 N. BECKLEY, DALLAS, TX 75208

10925   BLANKS GREENFIELD RHODES, 220 NORTH MAIN AT CALHOUN, PO BOX 867, TEMPLE, TX 76503

10925   BLANKS, CONSTANCE, 431 BECHTEL BLVD, OCEAN SPRINGS, MS 39564

10925   BLANKS, DONNA, 9312 RAVEN DELL ST, ORLANDO, FL 32825

10925   BLANKS, JOSEPH C, 2190 HARRISON AVE, BEAUMONT, TX 77701

10925   BLANKS, MELANIE, 4590 WASH.RD #G2, COLLEGE PARK, GA 30349

10925   BLANKS, SALLY, PO BOX 336, LUMBERTON, NC 28359

10925   BLANN, SHARON, R 1 BOX 89B, MOROCCO, IN 47963

10925   BLANSKI, RUSTY, 44448 OVERLAND AVE, LANCASTER, CA 93536

10925   BLANTON JR, LUTHER, 680 E HAINES BLVD, LAKE ALFRED, FL 33850

10925   BLANTON JR, LUTHER, PO BOX 952, LAKE ALFRED, FL 33850-0952

10924   BLANTON SUPPLY CO., 5001 BROAD ST., LORIS, SC 29569

10925   BLANTON, BARBARA, 1118 LAKEWOOD DR, LAKELAND, FL 33805

10925   BLANTON, CAROL, 108 RAILROAD ST, PEOTONE, IL 60468

10925   BLANTON, CAROL, 260 ANDOVER ST, DANVERS, MA 01923

10925   BLANTON, GEORGE, 10226 BASINFIELD, SAN ANTONIO, TX 78245

10925   BLANTON, JAMES, 94 BAYLIES ROAD, TAUNTON, MA 02780

10925   BLANTON, JOHN, 4797 RENDON ROAD, FORT WORTH, TX 76140

10925   BLANTON, MARY, 631 S EATON ST, BALTIMORE, MD 21224

10925   BLANTON, RUSSELL, 1808 HAYES, WICHITA FALLS, TX 76309

10925   BLANTON, SILAS, 1010 E COLSON RD, PLANT CITY, FL 33566

10925   BLANTON, STAFORD, 1025 MILITARY PKWY #31, MESQUITE, TX 75149

10924   BLARNEY CREEK, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28204

10924   BLASCH PRECISION CERAMIC, INC, 580 BROADWAY, ALBANY, NY 12204

10925   BLASCHAK, TIMOTHY, 436 TAYLOR ST., PITTSBURGH, PA 15224

10925   BLASCHKE, MIKE, 4200 PERIMETER CTR DR, STE 245, OKLAHOMA CITY, OK 73112

10925   BLASENGAME, KELLY, 340 MILLER, CALHOUN, GA 30711

10925   BLASER, GREGORY, 3150 ANSTON RD, GREEN BAY, WI 54313

10925   BLASS, GWEN, ROUTE 2, BOX 92, CASEY, IA 50048

10925   BLAST, KIM, 4711 COBBLE HILL, SAN ANTONIO, TX 78217

10925   BLASTECH, INC, 9624 CINC.-COLUMBUS RD., CINCINNATI, OH 45241

10925   BLATON, MICHELLE, 54 BOTOLPH ST, NO. QUINCY, MA 02171

10925   BLATT FALES, PO BOX 365, BARNWELL, SC 29812

10925   BLATT HASENMILLER LEIBSKER MOORE, 111 W JACKSON BLVD 15TH FL, CHICAGO, IL 60604

10925   BLATT, GENE, 709 HILLSIDE DRIVE, HAMBURG, PA 19526

10925   BLATT, WILLIAM, 5696 N AVE SILENCIOSO, TUCSON, AZ 85750

10925   BLATTER, ROSLYN, 1945 ORCHARD ST., MERRICK, NY 11566

10924   BLATZ CENTER, 6233 BAKER ROAD, MINNEAPOLIS, MN 55426

10924   BLATZ INDUSTRIAL COATINGS, 319 SOUTH SHELBY STREET, LOUISVILLE, KY 40202

10925   BLAU, RANDY, N3764 HWY U, MERRIMAC, WI 53561

10925   BLAU, SHARON, 6663 HICKORY LANE, DE FOREST, WI 53532

10925   BLAUVELT, EDWARD, 263 ELM ST, MEDFORD, MA 02155

10925   BLAUVELT, PAUL, 263 ELM ST, MEDFORD, MA 02155

10925   BLAXBERG GRAYSON & SINGER, PA, 25 SOUTHEAST SECOND AVE., MIAMI, FL 33131-1506

10925   BLAY, CHRISTINE, 3 CROCKETT DRIVE, CHELMSFORD, MA 01824

10925   BLAY, GERALD L, 3 CROCKETT DR, CHELMSFORD, MA 01824

10925   BLAY, GERALD, 3 CROCKETT DR, CHELMSFORD, MA 01824

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BLAY, SVETLANA, 8465 SPRINGFIELD RD, GLENDALE, MD 20769

10925   BLAYLOCK, LEE, RT 1 BOX 311A, BOURBONNAIS, IL 60914

10924   BLAZE PRODUCTS INC., 1101 ISSAC SHELBY DRIVE, SHELBYVILLE, KY 40065

10925   BLAZE, MATTHEW, 390 GREAT ROAD #10A, ACTON, MA 01720

10925   BLAZE, MATTHEW, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BLAZE, REGINALD, 12607 MIRIAM LANE, HOUSTON, TX 77071

10925   BLAZEJEWSKI, DAVID, 20 HOOSAC ST, ADAMS, MA 01220

10925   BLAZEJEWSKI, EDWARD, 812 CASS ST, GREEN BAY, WI 54301

10925   BLAZEJEWSKI, JOHN, GREYLOCK APARTMENTS, ADAMS, MA 01220

10925   BLAZEJEWSKI, LILLIAN, GREYLOCK APTS. MYRTLE ST, D3, ADAMS, MA 01220-1748

10925   BLAZEK SR, BETH, 5800 ALEXA ROAD, CHARLOTTE, NC 28277

10925   BLAZEK SR., JAMES, 105 SUNNYDALE WAY, REISTERSTOWN, MD 21136-6121

10925   BLAZEK, CAROLYN, PO BOX 415, CASPER, WY 82602

10925   BLAZEK, JOSEPH, 3285 58TH ST DR, VINTON, IA 52349

10925   BLAZEK, MATTHEW, 105 SUNNYDALE WAY, REISTERSTOWN, MD 21136

10924   BLAZER ELECTRIC SUPPLY (AD), 1769 PARK ST., CASTLE ROCK, CO 80104

10924   BLAZER ELECTRIC SUPPLY (AD), 230 SOUTH SANTA FE AVE, PUEBLO, CO 81003

10924   BLAZER ELECTRIC SUPPLY (AD), 6125 OMAHA BLVD., COLORADO SPRINGS, CO 80915

10924   BLAZER MANUFACTURING, ATT: LARRY, WEST INDUSTRIAL SITE, COLUMBUS, NE 68601

10925   BLAZI, EILEEN, 6169 NEDDY AVE, WOODLAND HILLS, CA 91367

10925   BLAZ-MAN GEAR, INC, 7461 WEST 93RD ST, BRIDGEVIEW, IL 60455-2134

10925   BLAZOWSKI, VICTOR, 10 BROWNSTONE PLACE, FLANDERS, NJ 07836-9325

10924   BLDG. 320 C/O PYRAMID, 410-247-4900 ATTN: LEN, 392 VERO ROAD SUITE D, BALTIMORE, MD 21227

10925   BLEAKLEY, ANGELA, 1300-79 AVE NORTH, ST PETERSBURG, FL 33702

10925   BLEAU, DORIS, 728 LEXINGTON ST, MILPITAS, CA 95953

10925   BLECHER, ANTHONY F, 401 E 65TH ST, NEW YORK, NY 10021-6943

10925   BLEDSOE, BRENDA, 6014 BRIDLINGTON, HOUSTON, TX 77083

10925   BLEDSOE, CAROLINE, 3836 PRISCILLA AVE., INDIANAPOLIS, IN 46226

10925   BLEDSOE, KELLY, 5141 N 33 ST, ARLINGTON, VA 22207

10925   BLEDSOE, MEARL, 257 BUSBIN ROAD, FAYETTEVILLE, GA 30214

10925   BLEDSOE, REGINA, PO BOX 3, BARBOURVILLE, KY 40906

10925   BLEDSOE, ROBERT, 5761 NORTH ST, BARTLETT, TN 38134

10925   BLEDSUE, CAROLYN, RT. 6, BOX 812, CLEBURNE, TX 76031

10925   BLEEKER, RONALD, 8017 GREENWICH WOODS DRIVE, MCLEAN, VA 22102

10925   BLEEKER, WILLIAM, 2665 GREENHOUSE PATIO, KENNESAW, GA 30144

10924   BLEIGH READY MIX CO, 4530 PARIS GRAVEL RD, HANNIBAL, MO 63401

10924   BLEIGH READY MIX CO, BUSINESS RT. 54, BOWLING GREEN, MO 63334

10924   BLEIGH READY MIX CO, HWY 36 EAST, MONROE CITY, MO 63456

10924   BLEIGH READY MIX CO, P O BOX 957, HANNIBAL, MO 63401

10925   BLEKE, JOHN, 13665 W BURLEIGH RD, BROOKFIELD, WI 53005

10924   BLESSING HOSPITAL - ICU LAB, 1005 BROADWAY, QUINCY, IL 62301

10924   BLESSING HOSPITAL, 1005 BROADWAY STREET, QUINCY, IL 62301

10925   BLESSING, BRENDA, 551 FAIRFIELD WAY, EVANS, GA 30809

10925   BLESSING, JEFF, 2127 AVON ST, LOS ANGELES, CA 90026

10925   BLESSING, LINDA, 2700 DRY CREEK, GREAT BEND, KS 67530

10925   BLESSING, MICHELE, 3156 PETE SEAY ROAD, SULPHUR, LA 70665

10925   BLESSING/WHITE, 900 STATE ROAD, PRINCETON, NJ 08540

10925   BLEST JR, WILLIAM, 3003 ROOSEVELT ST, WALL, NJ 07719

10924   BLEVINS WORKSHOP CORP., 302 S. MAIN ST., GALAX, VA 24333

10924   BLEVINS WORKSHOP, ROUTE 1  HWY 21, GLADE VALLEY, NC 28627

10924   BLEVINS WORKSHOP, ROUTE 1, HWY 21, GLADE VALLEY, NC 28627

)

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BLEVINS, A, 282 HEARTLAND COURT, GRAY COURT, SC 29645

10925   BLEVINS, BONNIE, PO BOX 238, SOMERVILLE, AL 35670

10925   BLEVINS, CHARLES, RT. 1 BOX 158 B.B., #53, ONEIDA, TN 37841

10925   BLEVINS, DENNIS, RT 2 BOX 130, MT VERNON, MO 65712

10925   BLEVINS, EVAUN, 116 COLEMAN LANE, CHICKAMAUGA, GA 30707

10925   BLEVINS, GEORGE, 11813 MONARCH PASS, OKLAHOMA CITY, OK 73162

10925   BLEVINS, GWYNN, 1773-TEDDINGTON DRIVE, GERMANTOWN, TN 38138

10925   BLEVINS, JACOB, PO BOX 644, CRESCENT, OK 73028

10925   BLEVINS, JIMMIE, 4711 S. VIRGINIA #310, AMARILLO, TX 79109

10925   BLEVINS, KAREN, 186 VERNON ST, WAKEFIELD, MA 01880

10925   BLEVINS, KIM, 9925 BISHOP, DETROIT, MI 48224

10925   BLEVINS, MICHAEL, 8981 FLORIDA BLVD. - #28, DENHAM SPRINGS, LA 70726

10925   BLEVINS, RACHEL, 24 SYMPHONY RD #1, BOSTON, MA 02115

10925   BLEVINS, RICHARD, 5 LEDGE RD, CHESTER, NH 03036

10925   BLEVINS, RICKEY, 5372 SKYLINE DRIVE, ASHLAND, KY 41102

10925   BLEVINS, RICKY, PO BOX 214, IOWA PARK, TX 76367

10925   BLEVINS, ROGER, 107 1/2 GRAND AVE, RALEIGH, NC 27606

10925   BLEVINS, RONALD, PO BOX 25, MARIETTA, SC 29661

10925   BLEW, K, 413 E PINE ST, MAHANOY CITY, PA 17948

10925   BLEWER, RITA, 9115 CYPRESS SQUARE DRIVE, SPRING, TX 77379

10925   BLEWETT, LESLIE, 4710 S.E. 30TH CT., OCALA, FL 34480

10925   BLEWITT, BRENDA, 4465 CLOVER LAKE DR, INDIANAPOLIS, IN 46208

10925   BLEYLE, DEBBIE, 106 E THIRD, MOMENCE, IL 60954

10925   BLEYLE, MERRILL, 101 HIGHLAND AVE, WINCHESTER, MA 01890-1413

10924   BLG ELECTRIC SUPPLY, P.O. BOX 1509, NEW BERN, NC 28560

10925   BLH ELECTRONICS INC, PO BOX 5512, BOSTON, MA 02206

10924   BLH ELECTRONICS, INC., 75 SHAWMUT ROAD, CANTON, MA 02021

10925   BLICK, DICK, DEPT 77-6910, CHICAGO, IL 60678-6910

10925   BLICK, SANDRA, 20 SUSAN ST, STAFFORD, VA 22554

10925   BLICKENSTAFF, R, 258 MONTEGO DRIVE, DANVILLE, CA 94526-4843

10925   BLIEFNICK, MARCIA, N1787 BRADLEY ROAD, POYNETTE, WI 53955

10925   BLINCOE, COLEMAN, 700 SW 62ND BLVD, GAINESVILLE, FL 32607

10924   BLIND UNLIMITED/OFFICE COMPLEX, LAS VEGAS, NV 89101

10925   BLINKA, MARCELA, 11604 WAVE LAP WAY, COLUMBIA, MD 21044

10925   BLINKA, THOMAS, 11604 WAVE LAP WAY, COLUMBIA, MD 21044

10925   BLINN, DIANE, 4 W PINE ST, PLAISTOW, NH 03865

10925   BLINN, JACQUELINE, 21 KEVIN CT, CONGERS, NY 10920

10925   BLISS, DAVID, 950 KANSAS ST, SAN FRANCISCO, CA 94107

10925   BLISS, JULIA, 376 WASHINGTON ST, GLOUCESTER, MA 01930

10925   BLISS, SCOTT, 376 WASHINGTON ST, GLOUCESTER, MA 01930

10925   BLISS, STEVEN, 341 WOODLAND DRIVE, GRAYSLAKE, IL 60030

10925   BLISSARD, MARGARET, 9007 BEAUVOIR, GRANBURY, TX 76049

10925   BLISSARD, PATRICK, 2511 BEAUVOIR, GRANDBURY, TX 76048-3801

10925   BLISSETT, RUSSELL, 2858 BOARDMAN RD., SOUTH BOARDMAN, MI 49680

10925   BLISSMER, CHARMAINE, 7748 NEWGATE AVE N W, N. CANTON, OH 44720

10925   BLIZINSKI, MARK, 211 MANOR AVE., COHOES, NY 12047

10925   BLIZZARD, CHARLES, 171 WOODLEY AVE, WEST ROXBURY, MA 02132

10925   BLIZZARD, WILLIAM, 63 LILAC LANE, RENO, NV 89502

10924   BLN - MARYLAND HEIGHTS, 11540 ADIE ROAD, MARYLAND HEIGHTS, MO 63043

10924   BLN - PORT ST. LUCIE, 8306 BUSINESS PARK DRIVE, PORT SAINT LUCIE, FL 34952

10924   BLN CENTRAL DIVISION, 11540 ADIE ROAD, MARYLAND HEIGHTS, MO 63043

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   BLN TAMPA, 121 B KELSEY LANE, TAMPA, FL 33618

10924   BLN- THE BL NETWORK, 2900 DAWN ROAD, JACKSONVILLE, FL 32246

10924   BLN- THE BL NETWORK, 4575 ASHTON RD, SARASOTA, FL 34233-3405

10924   BLN, 9802 WIDMER, LENEXA, KS 66215

10924   BLN, BOX 539, AVONDALE ESTATES, GA 30002

10924   BLN-BROOKVILLE, 16221 FLIGHT PATH DRIVE, BROOKSVILLE, FL 34609

10925   BLOCH GRAULICH WHELAN INC, 333 PARK AVE SOUTH, NEW YORK, NY 10010

10925   BLOCHOWSKI, KEVIN, 4426-D SIMSBURY RD., CHARLOTTE, NC 28226

10924   BLOCK 120, CORNER OF RUSH & GRAND, CHICAGO, IL 60601

10924   BLOCK 125, 520 N. MICHIGAN AVENUE, CHICAGO, IL 60611

10924   BLOCK 36, C/O ASC FIREPROOFING, CORNER OF STATE & RANDOLPH, CHICAGO, IL 60601

10924   BLOCK 57, 350 SOUTH STATE STREET, SALT LAKE CITY, UT 84111

10925   BLOCK COURT REPORTING, 733 FIFTEENTH ST ,NW STE 420, WASHINGTON, DC 20005-2112

10924   BLOCK DRUG COMPANY INC., 2149 HARBOR AVENUE, MEMPHIS, TN 38113

10924   BLOCK DRUG COMPANY INC., 257 CORNELISON AVENUE, JERSEY CITY, NJ 07302

10924   BLOCK LITE, 1900 ROSS STREET, SELMA, CA 93662

10924   BLOCK LITE, 3900 EAST INDUSTRIAL DR, FLAGSTAFF, AZ 86001

10924   BLOCK LITE, P O BOX AE, SELMA, CA 93662

10924   BLOCK LITE, P.O. BOX 2728, FLAGSTAFF, AZ 86003

10924   BLOCK MUSEUM, 1967 CAMPUS DRIVE, EVANSTON, IL 60208

10925   BLOCK, AMANDA R, 9007 NORMA PL, W HOLLYWOOD, CA 90069-4820

10925   BLOCK, ANTONETTE, 15507 S NORMANDIE, 132, GARDENA, CA 90247

10925   BLOCK, C, 2995 ST HWY 37, REEDS, MO 64859

10925   BLOCK, CATHERINE, 14903 RUNNING RIDGE LANE, SILVER SPRING, MD 20906

10925   BLOCK, DELIA, 2114 E. CROCUS DR., PHOENIX, AZ 85022

10925   BLOCK, EDWARD, 2105 HILLSIDE TER, CARY, IL 60013-2836

10925   BLOCK, FREYA, CUST FOR NADIA RUTH BLOCK, UNIF GIFT MIN ACT IL, 336 CENTRAL PARK WEST APT 14A, NEW YORK, NY 10025-7111

10925   BLOCK, J, 4801 FERN, BELLAIRE, TX 77401

10925   BLOCK, JACOB, 14112 PARKVALE ROAD, ROCKVILLE, MD 20853

10925   BLOCK, JULIE, 9800 OLD WILLOW WAY, ELLICOTT CITY, MD 21043

10925   BLOCK, JUSTINE, 14903 RUNNING RIDGE LANE, SILVER SPRING, MD 20906

10925   BLOCK, PH D, JACOB, 14112 PARKVALE ROAD, ROCKVILLE, MD 20853

10925   BLOCK, PHD, JACOB, 14112 PARKVALE RD., ROCKVILLE, MD 20853

10925   BLOCK, R, 19114 DOGWOOD ROAD, JOPLIN, MO 64801-6144

10925   BLOCK, ROBERTA, CUST FOR RACHEL BLOCK, UNIF GIFT MIN ACT NY, 3516 HOWARD BLVD, BALDWIN, NY 11510-5155

10925   BLOCK, ROBERTA, CUST FOR TARA BLOCK, UNIF GIFT MIN ACT NY, 3516 HOWARD BLVD, BALDWIN, NY 11510-5155

10925   BLOCK, RUTH B, 2006 30TH ST, KENOSHA, WI 53140-2255

10925   BLOCK, SHEILA, 3820 ORCHARD ROAD, SMYRNA, GA 30080

10924   BLOCKER COMPANY, THE, C/O BOSSIER MEDICAL CENTER, BOSSIER CITY, LA 71111

10924   BLOCKER COMPANY, THE, CAMBRIDGE, MA 99999

10925   BLOCKER, CECIL, 234 SPRINGMOOR DRIVE, RALEIGH, NC 27615

10924   BLOCKLITE, ATTN: ACCOUNTS PAYABLE, SELMA, CA 93662-0540

10924   BLOCKLITE, PO BOX 2728, FLAGSTAFF, AZ 86003

10924   BLOCKS PLUS, 101  DIXIE PINE DR., HATTIESBURG, MS 39401

10924   BLOCKS PLUS, 101 DIXIE PINE ROAD, HATTIESBURG, MS 39401

10925   BLOCKSOM, JOHN H, 1228 TANNEHILL LANE, CINCINNATI, OH 45208-4216

10924   BLODGETT JT TEN, WILLIAM ALBERT & MAUREEN S, 1453 HILLSIDE AVE, HARRISONBURG, VA 22801

10925   BLODGETT, EDWARD, 4990 E HINSON AVE, HAINES CITY, FL 33844

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BLOEMER, STEVE, RT. 3 BOX 239, BEEVILLE, TX 78102

10925   BLOEMKE, RICHARD, N 3198 COUNTY A, FORT ATKINSON, WI 53538

10925   BLOETH, CLARENCE, 120 HULL AVE, STATEN ISLAND, NY 10306

10924   BLOMBERG BROS, P O BOX G, FARINA, IL 62838

10924   BLOMBERG BROS, ROUTE 37 SOUTH, FARINA, IL 62838

10924   BLOMBERG BROS., P O BOX G, FARINA, IL 62838

10925   BLOMQUIST, SHIRLEY, 26 W. FRANKLIN ST, BOUND BROOK, NJ 08805

10925   BLOND MD, CJ, 221 GENESEO ROAD, SAN ANTONIO, TX 78209

10925   BLOND, TERI, 127 WESTCHESTER, SAN ANTONIO, TX 78217

10925   BLONDEL, ALEXANDRA, 3A MAPLE AVE, CAMBRIDGE, MA 02139

10925   BLONTZ, CHRISTOPHER, 966 REGINA DR, BALTIMORE, MD 21227

10925   BLONTZ, KIM, 966 REGINA DR., BALTIMORE, MD 21227

10925   BLONTZ, THOMAS, 966 REGINA DRIVE, BALTIMORE, MD 21227

10924   BLOOD BANK, MEISWINKLE, SAN FRANCISCO, CA 94101

10925   BLOOD, VERNON, RT. 1, BOX 110, ST. LANDRY, LA 71367

10925   BLOOD, VESTA, 1335 LIGHTSEY AVE, BARTOW, FL 33830

10925   BLOODGOOD, JOHN, 112 TIMBERWICK ROAD, STEWARTSVILLE, NJ 08886-3009

10925   BLOODWORTH LAW OFFICE, BUSINESS HWY 60 E. & B ST, PO BOX 909, POPLAR BLUFF, MO 63901

10925   BLOODWORTH, TIMOTHY, GENERAL DELIVERY, FAIRRS, OK 74525

10925   BLOOM JT TEN, PAULA & SIDNEY D, 14121 VILLAGE 14, LEISURE VILLAGE, CAMARILLO, CA 93012-7013

10925   BLOOM, HERBERT, PO BOX 813, CUSHING, OK 74023

10925   BLOOM, JEFFREY, 19459 ESTUARY DRIVE, BOCA RATON, FL 33498

10925   BLOOM, JENNIFER, 252 WASHINGTON AVE., CLIFTON, NJ 07011

10925   BLOOM, MARC, 124 S. STAFFIRE DRIVE, SCHAUMBURG, IL 60193

10925   BLOOM, PAUL, 3032 S.E. 5TH TERR, OCALA, FL 34471

10925   BLOOM, RENEE, 205 HOODRIDGE DR, PITTSBURGH, PA 15234

10925   BLOOM, ROBERT F, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   BLOOM, ROBERT, 16 LAURIANNE COURT, PARKTON, MD 21120

10925   BLOOM, ROBERT, 250 S. WHITING AVE, 111, ALEXANDRIA, VA 22304

10925   BLOOM, STEVEN, 2725 S KENLAR CIR, GREEN BAY, WI 54313

10925   BLOOMBERG L P, PO BOX 5327, NEW YORK, NY 10087-5327

10925   BLOOMBERG LP, PO BOX 30244, HARTFORD, CT 06150-0244

10925   BLOOMER, BETH ANN, 446 IST AVE, BELLMAWR, NJ 08031

10925   BLOOMER, GERALD, RT 1 BOX 136-2, CLEVER, MO 65631

10925   BLOOMER, PATRICIA, 6433 WOODLAND FOREST DR, ELKRIDGE, MD 21227

10925   BLOOMER, STEVEN, 820 EASTOVER, ABILENE, TX 79601

10924   BLOMFIELD HILLS CHRISTIAN, C/O PONTIAC CEILING, OAKLAND TOWNSHIP, MI 48306

10925   BLOOMFIELD, BRENNA, 2452 WINTERSTONE, PLANO, TX 75023

10925   BLOOMFIELD, EARLENE, 2452 WINTERSTONE DR., PLANO, TX 75023

10925   BLOOMFIELD, ROBERT, 13429 MOUNT CASTLE, FARMERS BRANCH, TX 75234

10925   BLOOMING SILKS, 4251 N. FED HWY, BOCA RATON, FL 33431

10924   BLOOMINGDALE EXPANSION PROJECT, 175 BLOOMINDALE RD., WHITE PLAINS, NY 10605

10924   BLOOMINGDALE'S, 19555 BISCAYNE BLVD., AVENTURA, FL 33180

10924   BLOOMINGTON HARDWARE, 2700 EAST COVENANITER DR., BLOOMINGTON, IN 47407

10924   BLOOMINGTON HARDWARE, P.O. BOX 5636, BLOOMINGTON, IN 47407

10924   BLOOMINGTON SUPPLY CORPORATION, 1208 WEST SECOND STREET, BLOOMINGTON, IN 47403-2163

10925   BLOOMQUIST, PAMELA, 274 S FOURTH, KANKAKEE, IL 60901

10925   BLOOMS INCORPORATED, 135 FRESHWATER BLVD., ENFIELD, CT 06083-1270

10924   BLOOMSBURG ELECTRICAL SUPPLY, 1100 OLD BERWICK ROAD, BLOOMSBURG, PA 17815

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BLOOMSBURG UNIV./CENTENNIAL GYM, SWISHER DRIVE, BLOOMSBURG, PA 17815 | |
| 10924 | BLOOMSBURG UNIVERSITY, BLOOMSBURG, PA 17815 | |
| 10924 | BLOQUES CARMELO INC, ATTN:  ACCOUNTS PAYABLE, SABANA SECA, PR 952PUERTO RICO | *VIA Deutsche Post* |
| 10924 | BLOQUES CARMELO, FOR CONVERSION ONLY DO NOT USE, SABANA SECA, PR 952PUERTO RICO | *VIA Deutsche Post* |
| 10924 | BLOQUES CARMELO, PLANT #2, SABANA SECA, LEVITTOWN, PR 949PUERTO RICO | *VIA Deutsche Post* |
| 10924 | BLOQUES CARMELO, PO BOX 1052, SABANA SECA, CA 749 | |
| 10924 | BLOQUES CARMELO-USE #500336, **DO NOT USE THIS ACCOUNT MARKED, FOR DELETION-S.CLARK**, SABANA SECA, LEVITTOWN, PR 949PUERTO RICO | *VIA Deutsche Post* |
| 10924 | BLOQUES CLASS, CALLE ECUADOR V-340, BAYAMON, AK 619 | |
| 10924 | BLOQUES PEREZ, ATTN:  ACCOUNTS PAYABLE, HUMACAO, PR 792PUERTO RICO | *VIA Deutsche Post* |
| 10924 | BLOQUES PEREZ, HUMACAO, PR 791PUERTO RICO | *VIA Deutsche Post* |
| 10924 | BLOQUES PEREZ-USE #500341/798, FOR DELETION** S.CLARK, PO BOX789, HUMACAO, CA 661 | |
| 10925 | BLOSE, JAMES, 8006 N W 43 ST, CORAL SPRINGS, FL 33065 | |
| 10925 | BLOSS, MICHAEL, ROUTE 1 BOX 199, CARROLLTON, MO 64633 | |
| 10925 | BLOUIN, JOHN, 114 STARHILL LANE, CATONSVILLE, MD 21228 | |
| 10925 | BLOUIN, WENDY, 16800 SPRING RANCH, LIVINGSTON, LA 70754 | |
| 10924 | BLOUNT MEMORIAL HEALTH CENTER, C/O FIRESTOP TECHNOLOGIES, ALCOA, TN 37701 | |
| 10925 | BLOUNT, CLARENCE, 11437 W 57TH, ODESSA, TX 79764 | |
| 10925 | BLOUNT, CLARENCE, PO BOX 233, DURANT, FL 33530-0233 | |
| 10925 | BLOUNT, DENA, 795 NORTH GARDEN TERRACE APT.- D, MACON, GA 31211 | |
| 10925 | BLOUNT, SHARON, 4012 DEVON DRIVE, EDMOND, OK 73034 | |
| 10925 | BLOWEY, REGINALD, ROUTE 2 20 RIVER ST, WESTFORD, MA 01886 | |
| 10924 | BLOWN RITE INSULATION, P O BOX 511, WILMINGTON, NC 28402 | |
| 10925 | BLOXHAM, VAUGHN, RR2 BOX 34, WILLISTON, ND 58801-9640 | |
| 10925 | BLOYED, CATHERINE, LOT 155 LAKE HOLIDAY HOMES, DE MOTTE, IN 46310 | |
| 10925 | BLOZINSKI, KAY, 2985 MOSSY OAK CIR APT 1, GREEN BAY, WI 54311 | |
| 10925 | BLUBAUGH, OTTO J, 476 LAKEVIEW DRIVE, FAIRFIELD GLADE, TN 38558 | |
| 10925 | BLUCHER, REBECCCA, 1786 BAYSIDE BEACH ROAD, PASADENA, MD 21122 | |
| 10925 | BLUE ASH INCOME TAX OFFICE, 4343 COOPER RD., BLUE ASH, OH 45242 | |
| 10925 | BLUE ASH INDUSTRIAL L.L.C, DEPT 1598, CINCINNATI, OH 45263-1598 | |
| 10925 | BLUE ASH SERVICE CTR INC., 10415 KENWOOD ROAD, BLUE ASH, OH 45242 | |
| 10925 | BLUE BEACON INTERNATIONAL INC, POBOX 856, SALINA, KS 67402-0856 | |
| 10925 | BLUE BOOK BUILDING AND, THE, PO BOX 500, JEFFERSON VALLEY, NY 10535-0500 | |
| 10924 | BLUE CHIP CASINO C/O JLMANTA, 219 UNION ST, MICHIGAN CITY, IN 46360 | |
| 10925 | BLUE CHIP EXPO, 118 B MATHEWS DR, HILTON HEAD ISLAND, SC 29926 | |
| 10924 | BLUE CIRCLE **DO NOT USE-PLEASE, MARKED FOR DELETION-S.CLARK, 1050 ROVER ZETTELLA, WILLIAMSON, GA 30292 | |
| 10924 | BLUE CIRCLE ATLANTA, 2520 PAUL AVE. N.W., ATLANTA, GA 30318 | |
| 10924 | BLUE CIRCLE ATLANTIC   ., ROUTE 9W, RAVENA, NY 12143 | |
| 10924 | BLUE CIRCLE ATLANTIC, P O BOX 3, RAVENA, NY 12143 | |
| 10924 | BLUE CIRCLE ATLANTIC, P O BOX 6687, SPARROWS POINT, MD 21219 | |
| 10924 | BLUE CIRCLE ATLANTIC, PENNWOOD WHARF ROAD, SPARROWS POINT, MD 21219 | |
| 10924 | BLUE CIRCLE ATLANTIC, PO BOX 6687, SPARROWS POINT, MD 21219 | |
| 10924 | BLUE CIRCLE ATLANTIC, RAVENA, NY 12143 | |
| 10925 | BLUE CIRCLE CANADA INC, POBOX 1390, ONTARIO, ON N3T 5T6CANADA | *VIA Deutsche Post* |
| 10924 | BLUE CIRCLE CEMENT CO, 2520 PAUL AVE, ATLANTA, GA 30318 | |
| 10924 | BLUE CIRCLE CEMENT INC., 8039 HIGHWAY 25, CALERA, AL 35040 | |
| 10924 | BLUE CIRCLE CEMENT INC., PO BOX182, CALERA, AL 35040 | |
| 10925 | BLUE CIRCLE CEMENT, 1200 NW 15 AVE, POMPANO BEACH, FL 33069 | |
| 10924 | BLUE CIRCLE CEMENT, 9333 DEARBORN ST, DETROIT, MI 48209 | |
| 10924 | BLUE CIRCLE CEMENT, 9333 DEARBORN STREET, DETROIT, MI 48209 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BLUE CIRCLE CEMENT, BOX 326, HARLEYVILLE, SC 29448 | |
| 10924 | BLUE CIRCLE CEMENT, HWY 453, HARLEYVILLE, SC 29448 | |
| 10925 | BLUE CIRCLE CEMENT, INC, PO BOX 102733, ATLANTA, GA 30368-0733 | |
| 10924 | BLUE CIRCLE CEMENT, P.O.BOX 326, HARLEYVILLE, SC 29448 | |
| 10925 | BLUE CIRCLE CEMENT, PO BOX 102033, ATLANTA, GA 30368-2033 | |
| 10924 | BLUE CIRCLE INC, 2520 PAUL AVENUE, ATLANTA, GA 30318 | |
| 10924 | BLUE CIRCLE INC, 2609 N 145TH AVE, TULSA, OK 74116 | |
| 10924 | BLUE CIRCLE INC, 2609 N 145TH EAST AVE, TULSA, OK 74116 | |
| 10925 | BLUE CIRCLE INC, POBOX 102733, ATLANTA, GA 30368-0733 | |
| 10924 | BLUE CIRCLE INC., 2520 PAUL AVENUE, ATLANTA, GA 30318 | |
| 10924 | BLUE CIRCLE INC., 2609 N 145TH EAST AVE, TULSA, OK 74116 | |
| 10925 | BLUE CIRCLE INC., BOX 102733, ATLANTA, GA 30368-0733 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., (216 FIBER ONLY), 864 GLENWOOD AVENUE, ATLANTA, GA 30316 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 100 DIVIDEND DRIVE, PEACHTREE CITY, GA 30269 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 1050 ROVER ZETTELLA ROAD, WILLIAMSON, GA 30292 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 1055 OZORA ROAD, GRAYSON, GA 30221 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 11550 ALPHARETTA HIGHWAY, ALPHARETTA, GA 30201 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 116 SWIFT STREET, LAGRANGE, GA 30240 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 140 ROCK QUARRY ROAD, STOCKBRIDGE, GA 30281 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 16 NORTH WAYSIDE STREET, CORNELIA, GA 30531 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 169 MORLAND ROAD, GRIFFIN, GA 30224 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 198 TRACY STREET, ATHENS, GA 30601 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 2395 WEAVER WAY, DORAVILLE, GA 30340 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 2685 SULLIVAN ROAD, RED OAK, GA 30272 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 2901 ROFF AVENUE #3, MACON, GA 31204 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 293 PLANT ATKINSON ROAD, S.E., SMYRNA, GA 30080 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 3150 PACIFIC AVENUE, AUSTELL, GA 30001 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 3185 PLEASANT HILL ROAD, DULUTH, GA 30136 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 320 NORTH, 1ST STREET, WARNER ROBINS, GA 31088 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 326 BAY STREET, FAIRBURN, GA 30213 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 3276C BUFORD DRIVE, BUFORD, GA 30518 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 342 ARMOUR DRIVE, ATLANTA, GA 30324 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 408 ROSELAND STREET, MARIETTA, GA 30060 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 417 BRAGG AVENUE, AUBURN, AL 36831 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 4195 FRIENDSHIP DRIVE, BUFORD, GA 30518 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 500 W. BOUNDRY STREET, EUFAULA, AL 36027 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 501 COMMERCE DRIVE #1, MACON, GA 31201 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 524 HAW CREEK ROAD, CUMMING, GA 30130 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 545 SEABOARD INDUSTRIAL, LAWRENCEVILLE, GA 30244 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 575 MARBLE DRIVE (AT RICHARDSON RD), OXFORD, GA 30267 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 58 BURNT HICKORY, CARTERSVILLE, GA 30120 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 613 E. MIDLAND AVENUE, WINDER, GA 30680 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 620 STILES AVE, SAVANNAH, GA 31401 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 645 29THE AVENUE, LANETT, AL 36863 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 6708 CHAPMAN ROAD, LITHONIA, GA 30058 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 7577 CONYERS ST., LITHONIA, GA 30058 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 761 WHEATON STREET, SAVANNAH, GA 31401 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 7651 HAWKINSVILLE ROAD, MACON, GA 31206 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 835 RIDGE ROAD, GAINESVILLE, GA 30501 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 864 GLENWOOD AVENUE, ATLANTA, GA 30316 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., 885 GLENWOOD AVENUE, ATLANTA, GA 30316 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BLUE CIRCLE MATERIALS S.E., 9 CHEROKEE DRIVE, CANTON, GA 30114 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., ASR ROAD & 1245 S. LOOP ROAD, ATLANTA, GA 30344 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., ATTN:  ACCOUNTS PAYABLE, MARIETTA, GA 30065-2399 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., ATTN: ACCOUNTS PAYABLES, MARIETTA, GA 30065-2399 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., ATTN: JANIS CHAPMAN A/P, MARIETTA, GA 30065-2399 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., BLOCK PLANT, 3150 PACIFIC AVENUE, AUSTELL, GA 30001 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., DAWSON FOREST ROAD, DAWSONVILLE, GA 30534 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., EASTMAN, GA 31023 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., HIGHWAY 72 & MICHAELS DRIVE, MCDONOUGH, GA 30253 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., HIGHWAY 78 WEST, DOUGLASVILLE, GA 30134 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., HUTCHISON ISLAND PLANT, SAVANNAH, GA 31401 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., HWY 41 NORTH, FORSYTH, GA 31029 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., JACKSON, GA 30233 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., MACON COUNTY HWY.199, TUSKEGEE, AL 36083 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., MACON, GA 31206 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., MCDONOUGH, GA 30253 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., RIVERBEND ROAD, MACON, GA 31211 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., ROUTE 1 OLD MANSVILLE ROAD, COMMERCE, GA 30529 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., ROUTE 2 - MILL BRIDGE ROAD, EASTANOLLEE, GA 30538 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., RT 8-CHEROKEE DRIVE, WOODSTOCK, GA 30188 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., RTE 8 MC COLLUM PKWY, KENNESAW, GA 30144 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., SMITH DRIVE, PERRY, GA 31069 | |
| 10924 | BLUE CIRCLE MATERIALS S.E., TOM BELL RD., CLEVELAND, GA 30528 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 109 LANEY-WALKER BLVD., AUGUSTA, GA 30901 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 134 WILLOW RUN ROAD N.E., AIKEN, SC 29801 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 350 BRICKYARD ROAD, PHENIX CITY, AL 36869 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 50 MAIN ST., JACKSON, SC 29831 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 5118 MILLER ROAD, COLUMBUS, GA 31909 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 555 WHEELER ROAD, MARTINEZ, GA 30907 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 6635 FULTON INDUSTRIAL BLVD, ATLANTA, GA 30336 | |
| 10924 | BLUE CIRCLE MATERIALS SE, 794 INDUSTRIAL PARK BLVD., EVANS, GA 30809 | |
| 10924 | BLUE CIRCLE MATERIALS SE, GRACEWOOD PLANT, TOBACCO RD., GRACEWOOD, GA 30812 | |
| 10924 | BLUE CIRCLE MATERIALS SE, HIGHWAY 165, COTTONTON, AL 36851 | |
| 10924 | BLUE CIRCLE MATERIALS SE, PINE BAREN ROAD, POOLER, GA 31322 | |
| 10924 | BLUE CIRCLE MATERIALS SE, RT 2, BOX 52, TRENTON, SC 29847 | |
| 10924 | BLUE CIRCLE MATERIALS, 1090 INDUSTRIAL RD, GAINESVILLE, GA 30501 | |
| 10924 | BLUE CIRCLE MATERIALS, 1384 LUMPKIN COUNTY PARKWAY, DAHLONEGA, GA 30533 | |
| 10925 | BLUE CIRCLE MATERIALS, 1800 PKWY PLACE SUITE 1100, MARIETTA, GA 30067 | |
| 10924 | BLUE CIRCLE MATERIALS, 200 E. BACON STREET, LAGRANGE, GA 30240 | |
| 10924 | BLUE CIRCLE MATERIALS, 2094 HWY 49 NORTH, BYRON, GA 31008 | |
| 10925 | BLUE CIRCLE MATERIALS, 4496 MEAD ROAD, MACON, GA 31206 | |
| 10925 | BLUE CIRCLE MATERIALS, 475 MARKET ST, ELMWOOD PARK, NJ 07407 | |
| 10924 | BLUE CIRCLE MATERIALS, LOCKWOOD INDUSTRIAL, JOB SITE, COVINGTON, GA 30014 | |
| 10924 | BLUE CIRCLE MATERIALS, PORTABLE PLANT JOBSITE DUKE WEEKS, BRASELTON, GA 30517 | |
| 10924 | BLUE CIRCLE MATERIALS, SE, IVEY DRIVE, MACON, GA 31201 | |
| 10924 | BLUE CIRCLE MATERIALS, SITE, PORTABLE PLANT-JAMES ALLEN CONST., ATLANTA, GA 30067 | |
| 10924 | BLUE CIRCLE WILLIAMS, 747 RALPH MCGILL BLVD., ATLANTA, GA 30312 | |
| 10924 | BLUE CIRCLE WILLIAMS, 7651 HAWKINSVILLE RD., MACON, GA 31206 | |
| 10924 | BLUE CIRCLE**DO NOT USE-PLEASE, MARKED FOR DELETION-S.CLARK, 1050 ROVER ZETTELLA ROAD, WILLIAMSON, GA 30292 | |
| 10924 | BLUE CIRCLE, 218 SHADY OAK DRIVE, EDEN, GA 31307 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BLUE CIRCLE, PO BOX 102420 68 ANNEX, ATLANTA, GA 30368

10925   BLUE CIRCLE/WILLIAMS BROTHERS, 4960 CANTON HWY, MARIETTA, GA 30060

10924   BLUE CIRLCE INC., 2609 N 145TH EAST AVE, TULSA, OK 74116

10924   BLUE CROSS & BLUE SHIELD, 17 TECHNOLOGY CIRCLE, COLUMBIA, SC 29203

10924   BLUE CROSS AND BLUE SHIELD/JLM, CORNER OF COLUMBUS AND RANDOLPH, CHICAGO, IL 60601

10924   BLUE CROSS BENCH MARK, PORTLAND, OR 97201

10924   BLUE CROSS BLUE SHIELD, 4100 PERCIVAL ROAD, COLUMBIA, SC 29229

10924   BLUE CROSS BLUE SHIELD, 532 RIVERSIDE AVENUE, JACKSONVILLE, FL 32202

10924   BLUE CROSS BLUE SHIELD, 532 RIVERSIDE AVENUE, JACKSONVILLE, FL 32205

10924   BLUE CROSS BLUE SHIELD, C/O ALLSTATE FIREPROOFING, MIAMI, FL 33134

10924   BLUE CROSS BLUE SHIELD, C/O WARCO CONSTRUCTION, 2403 FAR AWAY DRIVE, COLUMBIA, SC 29219

10924   BLUE CROSS C/O E&K OF OMAHA, 72ND & MERCY ROAD, OMAHA, NE 68124

10924   BLUE CROSS LABS, 26411 NORTH GOLDEN VALLEY, SANTA CLARITA, CA 91350

10924   BLUE CROSS/BLUE SHIELD C/O BOUMA, I-375 & LAFAYETTE, DETROIT, MI 48209

10925   BLUE CRYSTAL WATER, 1710 N GOLDENROD RD, ORLANDO, FL 32807-8402

10924   BLUE DIAMOND MATERIALS, P.O. BOX 1550, UPLAND, CA 91782

10925   BLUE DOT SERVICES INC, 202 SOUTH 73RD ST, OMAHA, NE 68114

10924   BLUE EARTH READY MIX, 703 EAST 7TH, BLUE EARTH, MN 56013

10924   BLUE GRASS R/M, 16500 BLUE GRASS DRIVE, SAINT ROBERT, MO 65583

10924   BLUE GRASS R/M, P.O.BOX 288, WAYNESVILLE, MO 65583

10924   BLUE GRASS R/M, PO BOX 288, WAYNESVILLE, MO 65583

10924   BLUE HAVEN POOLS, 2100 WSW LOOP 323, TYLER, TX 75701

10924   BLUE HILL MEMORIAL HOSPITAL, PO BOX 823, BLUE HILL, ME 04614

10925   BLUE ISLAND EQUIP. RENTAL INC, 4021 WEST 127 ST, ALSIP, IL 60803

10925   BLUE M ELECTRIC, 304 HART ST, WATERTOWN, WI 53094

10925   BLUE M ELECTRIC, PO BOX 502848, SAINT LOUIS, MO 63150-2848

10925   BLUE M ENGINEERING CO., 138 & CHATHAM ST., CALUMET CITY, IL 60409

10925   BLUE M, 275 AIKEN ROAD, ASHEVILLE, NC 28804

10925   BLUE M, POBOX 277383, ATLANTA, GA 30384-7383

10924   BLUE MOUNTAIN ENVIRONMENTAL MANAGEM, 1191 PITTSBURGH ROAD, VALENCIA, PA 16059

10925   BLUE OCEAN SOFTWARE, 15310 AMBERLY DR., SUITE 370, TAMPA, FL 33647

10925   BLUE POINT BOOKS, PO BOX 91347, SANTA BARBARA, CA 93190-1347

10925   BLUE RIDGE COUNCIL #551, PO BOX 6628, GREENVILLE, SC 29606

10925   BLUE RIDGE FOOTHILLS DISTRICT, 9601 GREENVILLE HWY, SPARTANBURG, SC 29301

10925   BLUE RIDGE MOUNTAIN WATERS, 3069 MCCALL DR SUITE 8, ATLANTA, GA 30340-2830

10924   BLUE RIDGE SAND & GRAVEL, ATTN:  ACCOUNTS PAYABLE, WINFIELD, AL 35594

10924   BLUE RIDGE SAND & GRAVEL, P O BOX 733, WINFIELD, AL 35994

10924   BLUE RIDGE STONE CORPORATION, PO BOX10126, LYNCHBURG, VA 24505

10925   BLUE RIDGE WHOLESALE WINE, 4933 BROOKSHIRE BLVD, CHARLOTTE, NC 28216

10924   BLUE ROCK INDUSTRIES INC, 58 MAIN STREET, WESTBROOK, ME 04098

10924   BLUE ROCK INDUSTRIES, INC., 58 MAIN ST., WESTBROOK, ME 04098

10924   BLUE ROCK INDUSTRIES, INC., 58 MAIN STREET, WESTBROOK, ME 04098

10924   BLUE ROCK INDUSTRIES, INC., LYONS RD, SIDNEY, ME 04330

10924   BLUE ROCK INDUSTRIES, INC., RTE 106, LEEDS, ME 04263

10925   BLUE SKY MARKETING GROUP, 633 SKOKIE BLVD, SUITE 100 LL, NORTHBROOK, IL 60062

10925   BLUE SKY MARKETING, 633 SKOKIE BLVD, SUITE 100 LL, NORTHBROOK, IL 60062

10925   BLUE SKY SOFTWARE CORP., 7777 FAY AVE. #201, LA JOLLA, CA 92037

10924   BLUE STAR BUILDING & MASONRY SUPPLY, 1113 S. COUNTRY CLUB DR., MESA, AZ 85210

10924   BLUE STAR CONCRETE L.L.C., ATTN:  ACCOUNTS PAYABLE, P.O. DRAWER 398, RUSSELLVILLE, AL 35653

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BLUE STAR CONCRETE LLC, 11611 HIGHWAY 43 SOUTH, RUSSELLVILLE, AL 35653

10924    BLUE STAR CONCRETE LLC, 2010 BEECH AVE., CULLMAN, AL 35055

10924    BLUE STAR CONCRETE LLC, 500 20TH AVE., SHEFFIELD, AL 35660

10924    BLUE STAR CONCRETE LLC, 685 GORDON DRIVE, MOULTON, AL 35650

10924    BLUE STAR CONCRETE LLC, ATTN:  ACCOUNTS PAYABLE, RUSSELLVILLE, AL 35653

10924    BLUE STAR CONCRETE LLC, HGWY. 43 SOUTH, HAMILTON, AL 35570

10924    BLUE STAR CONCRETE LLC, HGWY. 72 WEST, TUSCUMBIA, AL 35674

10924    BLUE STAR CONCRETE LLC, ROBINSON RD., FLORENCE, AL 35630

10924    BLUE STAR CONCRETE, 190 INDUSTRIAL PARK RD, ROGERSVILLE, AL 35652

10924    BLUE STAR CONCRETE, 700 BLUE RIDGE ROAD, WINFIELD, AL 35594

10924    BLUE STAR CONCRETE-USE #229381, FOR DELETION. S.CLARK**, PO BOX398, RUSSELLVILLE, AL
         35653

10924    BLUE STAR ELECTRIC INC., 3100 E. 45TH. STREET, TUCSON, AZ 85713

10924    BLUE STAR READY MIX USA, 10652 HWY 18 EAST, VERNON, AL 35592

10924    BLUE STAR READY MIX USA, 3440 HWY 18 WEST, FAYETTE, AL 35555

10924    BLUE STAR SUSTAINABLE TECH. CORP., 18200 WEST HIGHWAY 72, ARVADA, CO 80007

10924    BLUE STONE BLOCK CO, 1510 WALLACE AVE NE, ROANOKE, VA 24012

10924    BLUE STONE BLOCK CO, P O BOX 12546, ROANOKE, VA 24012

10924    BLUE STONE BLOCK CO., PO BOX 12546, ROANOKE, VA 24012

10924    BLUE STONE BLOCK INC, PO BOX 12546, ROANOKE, VA 24026

10924    BLUE STONE BLOCK, INC., 1510 WALLACE AVE., N.E., ROANOKE, VA 24026

10924    BLUE STONE BLOCK, INC., PO BOX12546, ROANOKE, VA 24026

10925    BLUE STREAK COURIER SERVICE INC, POBOX 993, VALLEY FORGE, PA 19482

10924    BLUE VALLEY HIGH SCHOOL, 133RD & SWITZER, OVERLAND PARK, KS 66200

10924    BLUE VALLEY WEST HIGH SCHOOL, 16200 ANTIOCH ROAD, STILWELL, KS 66085

10924    BLUE WATER CASINO C/O SMITH & GREEN, ATTN: TOMMY TOMAN, 1002 BLUE WATER DRIVE,
         PARKER, AZ 85344

10924    BLUE WATER PRODUCTS, 8830 W KELLOGG, WICHITA, KS 67209

10924    BLUE WATER PRODUCTS, 8830 WEST KELLOGG, WICHITA, KS 67209

10925    BLUE, EVERETT, 4903 94TH PL, LIVE OAK, FL 32060

10925    BLUE, K, 913 STANFORD CT, BAKERSFIELD, CA 93309

10925    BLUE, POLLIEAN, 1021 ROCK ST APT 1, CEDARTOWN, GA 30125

10925    BLUE, RICHARD, 2241 CLEARWATER PT DR, SENECA, SC 29672

10925    BLUE, SHON, 1260 1/2 S. SPAULINGAVE, LOS ANGELES, CA 90019

10925    BLUE, SR, DALE., 2844 EDGECOMBE CIRCLE S., BALTIMORE, MD 21215

10924    BLUE, WILLIAMS & BUCKLEY, 342 N CAUSEWAY BLVD STE 100, METAIRIE, LA 70002

10924    BLUEFIELD REGIONAL MED. CTR., C/O TRENTON WHSE, 32 PLUM STREET, TRENTON, NJ 08638

10925    BLUFER, BARBARA, 2221 HULTER LANE, HERNDON, VA 22071

10924    BLUFF PARK UNITED METHODIST CHURCH, 733 VALLEY STREET, HOOVER, AL 35226

10925    BLUFFS DODGE-ISUZU INC, 3134 SOUTH 9TH ST, COUNCIL BLUFFS, IA 51501-7657

10924    BLUFFTON COLLEGE, 280 WEST COLLEGE AVENUE, BLUFFTON, OH 45817

10925    BLUFORD, JAMES, 35 FLUID DRIVE, LAURENS, SC 29360

10925    BLUFORD, WILLIE, PO BOX 1540, CLINTON, SC 29325

10925    BLUITT, TAURI, 5440 JIM MILLER RD, DALLAS, TX 75227

10924    BLUM CRAFT CORP, 460 MELWOOD ST, PITTSBURGH, PA 15213

10925    BLUM, DAVID, 10 LIGHT ST #3103, BALTIMORE, MD 21202

10925    BLUM, HEIDI, 41570 VILLAGE GRN W, CANTON, MI 48187

10925    BLUM, JENNIFER, 364 MAPLE AVE, HARLEYSVILLE, PA 19438

10925    BLUM, MARY, 1361/2 STATION ST., ST ANNE, IL 60964

10925    BLUM, STEPHANIE, 946 FEDERAL FURNACE ROAD, PLYMOUTH, MA 02360

10925    BLUMA, STEPHEN L, 10624 ROSE DR, WHITTIER, CA 90606

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BLUMA, STEPHEN, 10624 ROSE DRIVE, WHITTIER, CA 90606

10925   BLUMBERG COMM. INC. FL, 2850 METRO DR, #530, BLOOMINGTON, MN 55425

10925   BLUMBERG COMMUNICATIONS, 2501 DAVIE ROAD SUITE 210, FORT LAUDERDALE, FL 33317

10925   BLUMBERG COMMUNICATIONS, 628 SPRINGBROOK ROAD, CHARLOTTE, NC 28217

10925   BLUMBERG, BARBARA, 64 BUSSEY ST, DEDHAM, MA 02026

10924   BLUME SUPPLY INC, 3316 SOUTH BLVD, CHARLOTTE, NC 28209

10925   BLUMENBERG, ROBERT, 7258 S TALMAN, CHICAGO, IL 60629

10925   BLUMENFELD, AUTUMN, 201 REMALLY LANE, HUNTERSVILLE, NC 28078

10925   BLUMENSTEIN, JEREMY, 3305 E. YORKSHIRE CT, OLD HICKORY, TN 37138

10925   BLUMENTHAL GRUBER, 3500 OAK LAWN #400, DALLAS, TX 75219

10925   BLUMENTHAL, RICHARD, 55 ELM ST, HARTFORD, CT 06141-0120

10925   BLUMENTRITT, G G, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   BLUMENTRITT, GARY, 3644 HAPPY VALLEY ROAD #B, LAFAYETTE, CA 94549

10925   BLUMEYER, TERRI, 823 W WILLOW, CHICAGO, IL 60614

10925   BLUMHORST, CHARY, 215 JAMES ST, JOSHUA, TX 76058

10924   BLUMKE BROTHERS REDI-MIX, 8209 MOORE ROAD, ALANSON, MI 49706

10925   BLUNDON, JOHN, 7 BIBLE WAY, NASHUA, NH 03063

10924   BLUNIER BROS CONCRETE CO, 304 HAWTHORNE, ELMWOOD, IL 61529

10924   BLUNIER BROS CONCRETE, 1508 W LEONARD DR, CHILLICOTHE, IL 61523

10924   BLUNIER BROS CONCRETE, 304 E HAWTHORNE, ELMWOOD, IL 61529

10925   BLUNKALL, LARRY, 2925 L. 50 ROAD, HOTCHKISS, CO 81419

10925   BLUNT ASSOC, 60 EDWARDSVILLE PROF PARK, PO BOX 373, EDWARDSVILLE, IL 62025

10925   BLUNT, SINETTA, 123 LAKE DOCKERY DR, JACKSON, MS 39212

10925   BLURTON, AUDREY, 2605 OAKRIDGE, BETHANY, OK 73008

10925   BLUTO, MARGIT ANN, 805 N ROGERS AVE, ENDICOTT NY, NY 13760

10925   BLYE, AMY, 511 TURNPIKE ST, S. EASTON, MA 02375

10924   BLYTHE TOWERS, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231

10925   BLYTHE, LEONARD, 3790 S ALEXANDRIA LICKING PKWY, ALEXANDRIA, KY 41001

10925   BLYTHER, TEARA, 890 CONLEY RD #32, FOREST PARK, GA 30050

10925   BMA INC, POBOX 562, AYER, MA 01432

10924   BMA TOWER, C/O TEI CONSTRUCTION CO., KANSAS CITY, MO 64108

10925   BMC SOFTWARE INC, POBOX 840043, DALLAS, TX 75284-0043

10925   BMC SOFTWARE, INC, PO BOX 201040, HOUSTON, TX 77216-1040

10925   BMC STRATEGIES INC, PO BOX 344, MIRROR LAKE, NH 03853

10925   BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245

10924   BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245

10925   BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245

10924   BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245

10925   BMCA, INC, PO BOX 7254, QUINCY, MA 02269

10925   BMH CHRONOS RICHARDSON INC, 2 STEWART PLACE, FAIRFIELD, NJ 07004

10925   BMH CHRONOS RICHARDSON INC, PO BOX 642064, PITTSBURGH, PA 15264-2064

10924   BMI REFRACTORIES, P.O. BOX 267, SOUTH WEBSTER, OH 45682

10925   BML LEASING LIMITED, 5255 SOLAR DR, MISSISSAUGA, ON L4W 5H6CANADA       **\*VIA Deutsche Post\***

10925   BMP AMERICA, 11625 MAPLERIDGE RD, MEDINA, NY 14103

10925   BMS PUMP CORPORATION, 180 FRENCHTOWN ROAD, NORTH KINGSTOWN, RI 02852

10925   BMW CONSTRUCTORS, INC, PO BOX 22210, 1740 W. MICHIGAN ST., INDIANAPOLIS, IN 46222-0210

10925   BNA BOOKS, DIV OF THE BUREAU OF, 80 NORTHFIELD AVE, EDISON, NJ 08837

10925   BNA BOOKS, PO BOX 7814, EDISON, NJ 08818-7814

10925   BNA COMMUNICATIONS INC, 720 INDUSTRIAL DR, BENSENVILLE, IL 60106

10925   BNA COMMUNICATIONS, 9439 KEY WEST AVE, ROCKVILLE, MD 20850-3396

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BNA INTERNATIONAL INC, HERON HOUSE 10 DEAN FARRAR ST, LONDON, SW1H 0DXUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | BNA, INC., SUMMIT BUILDING SUPPLY, HWY 19 AT POSSUM TROT RD., BURNSVILLE, NC 28714 | |
| 10925 | BNSF RAILWAY CO THE, MICK HARDIN, 740 EAST CARNEGIE DR, SAN BERNARDINO, CA 92408 | |
| 10924 | BNZ HOUSE, SUITE 260, 6901 SOUTH PIERCE STREET, LITTLETON, CO 80128 | |
| 10924 | BNZ MATERIALS, INC., 400 IRON HORSE INDUSTRIAL PARK, NORTH BILLERICA, MA 01862 | |
| 10925 | BO R HOLMBERG, REKEKROKEN 8908, HOGANAS, S26392SWEDEN | *VIA Deutsche Post* |
| 10925 | BO, LUHONG, 11761 LONE TREE CT, COLUMBIA, MD 21044 | |
| 10925 | BO, LUHONG, 1731 CATTAIL MDWS DR, WOODBINE, MD 21797 | |
| 10925 | BOAKYE-DANQUAH, MICHAEL, 1821 GRANITE DR., ARLINGTON, TX 76013 | |
| 10925 | BOAL, DILIP, 6 HUNTERS TRAIL, GREENVILLE, SC 29615-4023 | |
| 10925 | BOAL, ONE UNIVERSITY PLACE, SHREVEPORT, LA 71115 | |
| 10925 | BOALDIN, JAMES R., 2009 BELL AVE, DENTON, TX 76201 | |
| 10925 | BOALS, DIANNE, 15027 SUNSET BLVD, PAC PALISADE, CA 90272-0000 | |
| 10925 | BOAM, BRADLEY, 1846 WEST 2ND ST., CRAIG, CO 81625 | |
| 10925 | BOARD ELECTRICAL EXAMINERS, 3924 VOLUNTEER DR. SUITE 6, CHATTANOOGA, TN 37416 | |
| 10925 | BOARD OF BAR OVERSEERS, 75 FEDERAL ST, BOSTON, MA 02110 | |
| 10925 | BOARD OF BAR OVERSEERS, PO BOX 6133, BOSTON, MA 02209 | |
| 10925 | BOARD OF BAR OVERSEERS, POBOX 6133 MCCORMACK STATION, BOSTON, MA 02110 | |
| 10925 | BOARD OF CERTIFIED SAFETY PROF., PO BOX 17040, URBANA, IL 61803-7040 | |
| 10925 | BOARD OF CERTIFIED SAFETY PROFESSIO, PO BOX 757, URBANA, IL 61801 | |
| 10925 | BOARD OF COUNTY COMM., PO BOX 3977, WEST PALM BEACH, FL 33402-3977 | |
| 10925 | BOARD OF COUNTY COMMISSIONERS, 115 SOUTH ANDREWS, FORT LAUDERDALE, FL 33301 | |
| 10925 | BOARD OF EQUALIZATION, FUEL TAXES DIVISION, SACRAMENTO, CA 94279-6151 | |
| 10925 | BOARD OF PROF RESPONSI, 1101 KERMIT DR STE 730, NASHVILLE, TN 37217 | |
| 10925 | BOARD OF REGENTS OF THE UNIVERSITY, 3835 HOLDREGE ST SUITE 231, VARNER HALL, LINCOLN, NE 65853-0745 | |
| 10925 | BOARD OF WATERWORKS & WASTE, 2500 BROENING HWY., BALTIMORE, MD 21224 | |
| 10925 | BOARD TEK ELECT CORP, KUAN YIN INDUSTRIAL PARK, TAO YUAN, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | BOARD, CATHY, 6613 BALBOA CIR., OCEAN SPRINGS, MS 39564 | |
| 10925 | BOARDMAN OIL CO., PO BOX 850, AUGUSTA, GA 30903 | |
| 10925 | BOARDMAN SOFTWARE, S 1626 SHERMAN, SPOKANE, WA 99203 | |
| 10924 | BOARDMAN SUPPLY CO, P.O. BOX 3108, BOARDMAN, OH 44512 | |
| 10924 | BOARDMAN SUPPLY CO., 215 BOARDMAN-POLAND ROAD, BOARDMAN, OH 44512 | |
| 10924 | BOARDMAN SUPPLY CO., P.O. BOX 3108, BOARDMAN, OH 44512 | |
| 10925 | BOARDMAN, ARNOLD, 335 DAVIDSON DR 12 CAPTAINS WALK, LACONIA, NH 03246 | |
| 10925 | BOARDMAN, CLAIRE, 335 DAVIDSON DR 12 CAPTAINS WALK, LACONIA, NH 03246 | |
| 10925 | BOARDMAN, JACKIE, 44 SO SIDE ESTATES, LITCHFIELD, ME 04350 | |
| 10925 | BOARDMAN, JEFFERY, 522 HIGHLAND PARK TR, ATLANTA, GA 30350 | |
| 10924 | BOARDMAN'S NURSERY, 11173 N. US HWY 75, WILLIS, TX 77378 | |
| 10925 | BOARDROOM REPORTS, BOX 58386, BOULDER, CO 80322 | |
| 10925 | BOARDTEK ELECTRONICS CORPORATION, 919 STAMIAMI TRAIL, NOKOMIS, FL 34275 | |
| 10925 | BOARDWALK INN, #8 WATERFRONT, KEMAH, TX 77565 | |
| 10925 | BOARHEAD FARMS SITE, (BOARHEAD CORPORATION AND DEREWAL CHEMICAL CO.), BRIDGETON TOWNSHIP, PA | |
| 10925 | BOARMAN, DONALD, 801 GEORGE MADISON DRIVE, OWENSBORO, KY 42303 | |
| 10925 | BOARMAN, LARRY, 6103 ALMA CT., OWENSBORO, KY 42303 | |
| 10924 | BOART LONGYEAR, 7773 W. SELDON LANE, PEORIA, AZ 85345 | |
| 10925 | BOART LONGYEAR, PO BOX 86, MINNEAPOLIS, MN 55486-0734 | |
| 10925 | BOATNER, BETTY, 304 A AVONDALE, CLINTON, MS 39056 | |
| 10925 | BOATNER, PAMELA, ROUTE 3, BOX 329, CARTHAGE, MS 39051 | |
| 10925 | BOATRIGHT, CHELSIE, 612 THIRD AVE., JOLIET, IL 60433 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOATRIGHT, CLIFTON, 107 BLVD ST, BLOOMINGDALE, GA 31412

10925   BOATRIGHT, RONALD, 4415 CLEARBROOK LANE, KENSINGTON, MD 20895

10925   BOATRIGHT, WILLIAM, 8308 EPINARD CT, ANNANDALE, VA 22003

10925   BOATWRIGHT, TERESA, 6900 EAST COUNTRY ROAD 98, MIDLAND, TX 79701

10924   BOAZ CONCRETE-DO NOT USE, DIVISION OF GUNTERSVILLE, BOAZ, AL 35957

10925   BOAZ, EDWARD, 1270 COTTONWOOD TRL, CUMMINGS, GA 30131

10925   BOB AND HARRYS GARAGE, INC, 9019 PRINCETON GLENDALE, HAMILTON, OH 45011

10924   BOB BARNETT READY MIX, INC., 285 HARDEN HEIGHTS ROAD, HARRISBURG, IL 62946

10925   BOB BRINK INC, 165 STEUBEN ST, WINONA, MN 55987

10925   BOB BRINK INC, PO BOX 1122, WINONA, MN 55987-7122

10924   BOB BROCKEL, 1217 KOEHLER AVENUE, SHERWOOD, AR 72120

10925   BOB CAVANAUGH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   BOB COFFIA, 2301 BROOKHAVEN DRIVE, EDMOND, OK 73034

10925   BOB DAVIS, CPA, CGFO, CFC, PO BOX 308, FORT PIERCE, FL 34954-0308

10925   BOB DEAN, 801 VARDEN, JACKSON, MI 49202

10924   BOB FLORENCE CONTRACTOR INC., CAMBRIDGE, MA 02140

10924   BOB FLORENCE CONTRACTOR, P O BOX 5258, TOPEKA, KS 66605

10924   BOB FLORENCE CONTRACTORS, 1934 S. KANSAS AVE, TOPEKA, KS 66612

10924   BOB FLORENCE, 105 EAST 20TH STREET, TOPEKA, KS 66612

10925   BOB HIGHHOUSE, 4650 LAKE FOREST DR 520, CINCINNATI, OH 45242

10925   BOB HOOPES, 4 CHAPEL HILL DR, NASHUA, NH 03063-2904

10925   BOB HOSPES, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   BOB JONES UNIVERSITY INC, PAUL H HARTMAN SUP, 1700 WADE HAMPTON BLVD, GREENVILLE, SC 29614

10925   BOB KOUVOLO, 2605 ANDERSON ROAD, GREENVILLE, SC 29611

10925   BOB MARTIN COMPANY, 2209 NORTH SEAMAN AVE, SOUTH EL MONTE, CA 91733

10925   BOB MEYER, 7237 EAST GAGE AVE., LOS ANGELES, CA 90040

10924   BOB MORRIS & ASSOCIATES, 40490 VISTA ROAD, HEMET, CA 92544

10924   BOB MORRIS & ASSOCIATES, DBA  ROCKSCAPES INTERNATIONAL, HEMET, CA 92544

10925   BOB MOSS, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   BOB PATTERSON TRUSTEE, PO BOX 2751, MEMPHIS, TN 38101-2751

10924   BOB PLASTERIDGE, W.R. GRACE & CO., MANDEVILLE, LA 70448

10925   BOB RAY & ASSOCIATES, INC, PO BOX 7190, ALGONQUIN, IL 60102

10925   BOB ROBERT SUNNESS, 10 DEERFIELD LANE, SCARSDALE, NY 10583-7809

10924   BOB ROBERTS COMPANY, INC., 105 FOUNTAIN AVE., GADSDEN, AL 35902

10924   BOB ROBERTS INC., C/O SAMFORD UNIVERSITY/LAW LIBRARY, BIRMINGHAM, AL 35229

10925   BOB SANBORN, WEST 421 RIVERSIDE #1100, SPOKANE, WA 99201

10925   BOB SLATE STATIONER, 1268 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10925   BOB STEFFES, 1124 HOLYROOD ST, MIDLAND, MI 48640

10925   BOB W SOUTHERLAND &, COLEETA J SOUTHERLAND JT TEN, PO BOX 181, GEN AUTRY, OK 73436-0181

10925   BOB WIERCINSKI, 29 BROOKS RD, LINCOLN, MA 01773-1308

10925   BOB WILLIAMS RIVERSIDE L-M INC., 1811 GALLATIN ROAD, MADISON, TN 37115

10925   BOB WOODS, S86 W32291 ELIAS CT., MUKWONAGO, WI 53149

10925   BOB YOUNG PLUMBING & HEATING, 14 JACOB DRIVE, MANSFIELD, MA 02048

10925   BOB, ROSALIND, 522 HENKLE ST, JEANERETTE, LA 70544

10925   BOBADILLA, ELA, 2825 NW 13 ST, MIAMI, FL 33126

10925   BOBART, MICHELLE, 5506 MONTGOMERY RD., ELLICOTT CITY, MD 21043

10925   BOBBITT, EDMUND, 1345 N ROLLING RD, BALTIMORE, MD 21228

10925   BOBBITT, LOUISE, 275 LINCOLN ST, FOREST, MS 39074

10925   BOBBITT, MITCHELL, 1411 21ST ST, WOODWARD, OK 73801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 BOBBY BARTON, 723 OLD STEVENS CREEK ROAD, MARTINEZ, GA 30907

10925 BOBBY BAYNE, 998 S BENNETTS BRIDGE RD, SIMPSONVILLE, SC 29681-9357

10924 BOBBY CHILDERS ATLANTIC ELEC, 7320 CROSS COUNTRY RD, NORTH CHARLESTON, SC 29418

10925 BOBBY D GARRISON, PO BOX 490, STURBRIDGE, MA 01566-0490

10925 BOBBY E SINGLETARY, PO BOX 867, HAMLET, NC 28345-0867

10924 BOBBY HAMBY CONCRETE, ATTN:  ACCOUNTS PAYABLE, MILLERS CREEK, NC 28651

10924 BOBBY HAMBY CONCRETE, HWY 16 NORTH, WILKESBORO, NC 28697

10925 BOBBY L. OGLETREE, 1437 QUINCY AVE., MANTECA, CA 95336

10925 BOBBY LEE, 222 EAST 19 ST 9A, NEW YORK, NY 10003-2613

10925 BOBBY SHARP, BOX 642, CHILLICOTHE, MO 64601-0642

10925 BOBBYS POTTYS, 834 JOPPA FARM RD., JOPPA, MD 21085

10925 BOBER, MICHAEL, 23322 DALBEY DRIVE, VALENCIA, CA 91355

10925 BOBER, RONDA, 3712 BRYN MAWR NE, ALBUQUERQUE, NM 87107

10925 BOBICK, ELLYN, 1420 ATLANTIC SHORES, HALLANDALE, FL 33009

10925 BOBICK, EMANUEL, 1420 ATLANTIC SHORES, HALLANDALE, FL 33009

10925 BOBO, JACK, 4288 CHARLESWOOD AVE, MEMPHIS, TN 38117

10925 BOBO, JOHN, ROUTE 2, ENOREE, SC 29335

10925 BOBOLTS, DUDLEY L, 9580 RICHMOND CIRCLE, BOCA RATON, FL 33434

10925 BOBOLTS, DUDLEY, 9580 RICHMOND CIRCLE, BOCA RATON, FL 33432

10925 BOBOWIEC, LENA, 5137 NW 20TH PLACE, OCALA, FL 34482-3291

10925 BOBROVSKY, JOHN, 15503 EVERGREEN, HOUSTON, TX 77083

10925 BOBROWSKI, LINDA, 4517 RITCHIE ST, PHILADELPHIA, PA 19127

10925 BOBS DISPOSAL SERVICE, PO BOX 160, IMPERIAL, MO 63052-0160

10924 BOB'S INSULATION, 1805 W. 4900 SOUTH, IDAHO FALLS, ID 83402

10924 BOB'S INSULATION, 1805 WEST 4900 SO., IDAHO FALLS, ID 83402

10925 BOB'S WELDING & FABRICATING INC, 600 LYTLE AVE., ELSMERE, KY 41018

10925 BOBURKA, RONNELLE, 703 COUNTRY SIDE DR., MCKEES ROCKS, PA 15136

10925 BOC EDWARDS, 301 BALLARDVALE ST., WILMINGTON, MA 01887

10925 BOC EDWARDS, PO BOX 371050M, PITTSBURGH, PA 15251

10925 BOC EDWARDS, POBOX 371050M, PITTSBURGH, PA 15251

10924 BOC GASES - AURORA WHSE, 1100 JERICHO RD, AURORA, IL 60506

10925 BOC GASES & GEAR, 4551 NORTH ACCESS RD., CHATTANOOGA, TN 37415

10924 BOC GASES ARUBA N.V., BALASHI, ORANJESTAD, IT 0UNK                    *VIA Deutsche Post*

10925 BOC GASES MID-ATLANTIC, 1840 COUNTY LINE ROAD, BLDG.207, HUNTINGDON VALLEY, PA 19006

10925 BOC GASES, 100 CORPORATE DR, LEBANON, NJ 08833

10925 BOC GASES, 100 MOUNTAIN AVE, MURRAY HILL, NJ 07974

10924 BOC GASES, 10025 "I" STREET, OMAHA, NE 68127

10924 BOC GASES, 110 W ANN ARBOR TRAIL, PLYMOUTH, MI 48170

10925 BOC GASES, 1157 PHOENIXVILLE PIKE SUITE 101, WEST CHESTER, PA 19380

10924 BOC GASES, 12130 W ALDER LANE, WEST ALLIS, WI 53214

10924 BOC GASES, 1245 MCCOOK AVE, DAYTON, OH 45404

10924 BOC GASES, 131 HORSHAM ROAD, HORSHAM, PA 19044

10924 BOC GASES, 1340 E. MISSION BOULEVARD, POMONA, CA 91766

10924 BOC GASES, 1345 TERRELL MILL ROAD, MARIETTA, GA 30067

10924 BOC GASES, 1592 DOOLITTLE DRIVE, SAN LEANDRO, CA 94577

10924 BOC GASES, 1600 BARLOW LANE, RICHMOND, VA 23223

10924 BOC GASES, 1602 34TH STREET, TAMPA, FL 33605

10924 BOC GASES, 18615 PARTHENIA STREET, NORTHRIDGE, CA 91324

10924 BOC GASES, 201 E LONG STREET, DALTON, GA 30720

10924 BOC GASES, 2100 WESTERN COURT, LISLE, IL 60532

10924 BOC GASES, 2210 CHOUTEAU, SAINT LOUIS, MO 63103

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BOC GASES, 2300 SYCAMORE DRIVE, KNOXVILLE, TN 37921

10924   BOC GASES, 2351 PECAN COURT, HALTOM CITY, TX 76117

10924   BOC GASES, 2525 ST. BERNARD AVENUE, NEW ORLEANS, LA 70119

10924   BOC GASES, 2610  18TH AVENUE, BESSEMER, AL 35020

10924   BOC GASES, 2610 18TH AVENUE, BESSEMER, AL 35020

10924   BOC GASES, 2615 JOE FIELD ROAD, DALLAS, TX 75229

10924   BOC GASES, 2621 JOE FIELD RD., DALLAS, TX 75229

10924   BOC GASES, 30755 EDISON ROAD, NEW CARLISLE, IN 46552-0988

10924   BOC GASES, 3340 BIRMINGHAM HIGHWAY, MONTGOMERY, AL 36108

10924   BOC GASES, 3800 MOBILE HIGHWAY, MONTGOMERY, AL 36108

10924   BOC GASES, 411 WEST COLLEGE STREET, MURFREESBORO, TN 37130

10924   BOC GASES, 4534 BISHOP LANE, LOUISVILLE, KY 40218

10924   BOC GASES, 4551 NORTH ACCESS ROAD, CHATTANOOGA, TN 37415

10924   BOC GASES, 5279 MAUREEN LANE, MOORPARK, CA 93021

10924   BOC GASES, 575 MOUNTAIN AVENUE, MURRAY HILL, NJ 07974

10924   BOC GASES, 640 KIMBERLY DRIVE, CAROL STREAM, IL 60188

10924   BOC GASES, 780 STATE CIRCLE, ANN ARBOR, MI 48104

10924   BOC GASES, 8639 S. NORWALK BOULEVARD, LOS NIETOS, CA 90606

10924   BOC GASES, 90 RESEARCH ROAD, HINGHAM, MA 02043

10924   BOC GASES, 961 INDUSTRY AVENUE, LIMA, OH 45804-1111

10924   BOC GASES, 9950  4TH STREET, CUCAMONGA, CA 91730

10924   BOC GASES, ACCOUNTS PAYABLE DEPT, SAN LEANDRO, CA 94577

10924   BOC GASES, HWY 43 NORTH, AXIS, AL 36505

10924   BOC GASES, LOS NIETOS STORE A.R.O, 8639 S. NORWALK BOULEVARD, LOS NIETOS, CA 90606

10924   BOC GASES, P.O.#:, 1404 OLD DAIRY ROAD, COLUMBIA, SC 29201

10924   BOC GASES, P.O., 2200 HOUSTON AVENUE, HOUSTON, TX 77077

10924   BOC GASES, P.O., 2351 PECAN COURT, HALTOM CITY, TX 76117

10924   BOC GASES, P.O., 5550 E. ADMIRAL PLACE, TULSA, OK 74115

10925   BOC GASES, PO BOX 360758, PITTSBURGH, PA 15250-6758

10925   BOC GASES, PO BOX 371914, PITTSBURGH, PA 15251-7914

10924   BOC GASES, PO BOX 988, NEW CARLISLE, IN 46552-0988

10924   BOC GASES, PO BOX1049, NEW PROVIDENCE, NJ 07974-1049

10924   BOC GASES, PROJECT RECEIVING, HWY 43, MCINTOSH, AL 36553

10924   BOC GASES, STEVENS ROAD & PORTLAND STREET, WEST CONSHOHOCKEN, PA 19428

10924   BOC GASES, UNION LANDING & RIVER ROAD, RIVERTON, NJ 08077

10924   BOC GREENVILLE SC, 519 HWY 124, GREENVILLE, SC 29611

10924   BOC HARRISBURG PA, 435 AMITY RD, HARRISBURG, PA 17111-1042

10924   BOC SEEKONK MA, 2020 FALL RIVER AVE, SEEKONK, MA 02771-2010

10925   BOCA BOX COMPANY, 908 NORTH DIXIE HWY, BOCA RATON, FL 33432

10925   BOCA BUSINESS EQUIPMENT INC, 2298 N W 2ND AVE #20, BOCA RATON, FL 33431

10925   BOCA BY DESIGN, POST OFFICE BOX 5025, BOCA RATON, FL 33431-0825

10925   BOCA COLOR GRAPHICS, 140 NW 4TH ST, BOCA RATON, FL 33432

10925   BOCA COUNTRY CLUB, 17751 BOCA CLUB BLVD, BOCA RATON, FL 33487

10925   BOCA ENTERPRISES INC, PO BOX 38114-195, HOUSTON, TX 77238-8114

10925   BOCA EVALUATION SERVICES INC, 4051 WEST FLOSSMOOR RD, COUNTRY CLUB HILLS, IL 60478-5795

10925   BOCA LASER, INC, 155 NE SPANISH RIVER BLVD, BOCA RATON, FL 33431

10925   BOCA RATON ATLANTIC B P, 2029 N W 2ND AVE, BOCA RATON, FL 33431

10925   BOCA RATON AUTO TAG AGENCY, 5800 N. FEDERAL HWY, BOCA RATON, FL 33487

10925   BOCA RATON BLUEPRINT CO., 2029 NW 2ND AVE, BOCA RATON, FL 33431

10925   BOCA RATON CHAMBER OF COM, 1800 N. DIXIE HWY, BOCA RATON, FL 33432-1892

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOCA RATON FLORIST WEST, 20437 STATE RD 7-STE C-10, BOCA RATON, FL 33498

10925   BOCA RATON FLORIST, INC, 301 SOUTH FEDERAL HWY, BOCA RATON, FL 33432

10925   BOCA RATON HISTORICAL SOC, PO BOX 1113, BOCA RATON, FL 33432-3919

10925   BOCA RATON MARRIOTT, 5150 TOWN CENTER CIRCLE, BOCA RATON, FL 33486

10925   BOCA RATON MARRIOTT, 5150 TOWN CENTER ROAD, BOCA RATON, FL 33486

10925   BOCA RATON MUSEUM OF ART, 801 W PALMETTO PARK ROAD, BOCA RATON, FL 33486-3599

10924   BOCA RATON RESORT & CLUB, 501 E. CAMINO REAL, BOCA RATON, FL 33432

10925   BOCA RATON RESORT & CLUB, PO BOX 5025, BOCA RATON, FL 33431

10925   BOCA RATON RESORT & CLUB, PO BOX 550017, TAMPA, FL 33655-0017

10925   BOCA RATON RESORT AND CLUB, 501 E.CAMINO REAL, BOCA RATON, FL 33432

10925   BOCA RATON ROTARY/DARE, 100 NW BOCA RATON BLVD, BOCA RATON, FL 33432

10925   BOCA RATON STUDENT ATHL., 201 W. PALMETTO PARK RD, BOCA RATON, FL 33432-3795

10925   BOCA RATON SURGICL SUPPLY, 801 MEADOWS ROAD, BOCA RATON, FL 33486

10925   BOCA RATON TRANSPORTATION, 1450 NW 1ST AVE, BOCA RATON, FL 33432

10925   BOCA SCHWINN, 3150 N. FEDERAL HWY, BOCA RATON, FL 33431

10925   BOCA SECRETARIAL CTR, INC, 4400 N FEDERAL HWY, BOCA RATON, FL 33431

10925   BOCANEGRA, GIANCARLO, 4521 ROSE VINE PLACE, CHARLOTTE, NC 28217

10925   BOCAS TROPICAL GARDENS, 2100 BOCA RIO ROAD A-25, BOCA RATON, FL 33433

10925   BOCCAROSSA, KAREN, 12420 CHANNEL VIEW, NEWBURG, MD 20664

10925   BOCCHICCHIO, LISA, 2816 1/2 MONTONA, SANTA MONICA, CA 90403

10925   BOCHEK, FRANK, 635 MEADOW LANE, PALATINE, IL 60067-0000

10925   BOCK, BRIAN, 1044 CAMP CREEK DR, LILBURN, GA 30247

10925   BOCK, GREGORY, 319 HIGH ST., CRANFORD, NJ 07016

10925   BOCK, MICHAEL, 346 STAFFORD DRIVE, CATONSVILLE, MD 21228

10925   BOCK, ROBERT, 201 WILLIAMS RD, GRAY COURT, SC 29645

10925   BOCKEL, DONALD, 15029 HOOPER RD, HOUSTON, TX 77047

10925   BOCKELMAN, KEITH, 3828 EXMOOR ROAD, CRAIG, CO 81625

10925   BOCKHAUS, LANA, 276 FRYSTOWN ROAD, MYERSTOWN, PA 17067

10925   BOCKMAN, CAROL, 21790 CAMBRIDGE DRIVE, KILDEER, IL 60047

10925   BOCKMAN, GERALD, 424 32 RD. #73, CLIFTON, CO 81520

10925   BOCKMAN, STEVEN, 7668 FAIRBANK COURT, HANOVER, MD 20709

10925   BOCON, MARY, 313 DAWN HILL DRIVE, FRIENDSWOOD, TX 77546

10925   BODAI-ROSARIO, ELIZABETH, 23-42 130 ST, COLLEGE PT, NY 11356

10925   BODART, MICHAEL, 2426 LONTAIL BEACH LN, SUAMICO, WI 54173

10925   BODDEN, KIRBY, 4705 CRESTHILL DRIVE, TAMPA, FL 33615-4514

10925   BODDIE, ALONZO, 580 KAY ST., FOREST PARK, GA 30050

10925   BODDIE, LISA, 2995 ELK MEADOWS DR, BROWNSBORO, AL 35741

10925   BODDY, MALCOLM, 29 UPPER RITIE ST, PIERMONT, NY 10968

10924   BODE SAND & GRAVEL CO., 2080 THIRD STREET UNIT #1, SAN FRANCISCO, CA 94107-3122

10924   BODE SAND & GRAVEL CO., 235 ALABAMA STREET, SAN FRANCISCO, CA 94103

10924   BODE SAND & GRAVEL, 300 - 16TH STREET, SAN FRANCISCO, CA 94107

10925   BODEM, SCOTT, 190 INDEPENDENCE DRIVE, ROEBUCK, SC 29376

10925   BODEN, BILLY, 1050 STEVENS ST, TAFT, CA 93268

10925   BODENSIEK, SHARON, 9435 MCARREL DR, MACON, GA 31206

10925   BODGAS, ROBERT, 143 DOVER GREEN, STATEN IS, NY 10312

10925   BODIE NAGLE DOLINA SMITH HOBBS, TOWNSON OFFICE, 21 W SUSQUEHANNA AVE, TOWSON, MD 21204-5279

10925   BODIE, JERRY, 1009 ROUNDROCK CIR, COPPELL, TX 75019

10925   BODIE, JYNEARL, 7236 RHODE ISLAND DR, JAX, FL 32209

10925   BODIE, RANDALL, 231 STONEHAVEN WAY, SENECA, SC 29672

10925   BODIN, LELAND, 2910 17TH AVE WEST APT 206, WILLISTON, ND 58801-2215

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BODIN, RANDALL, 3970 HIGHWAY 14 TRLR 20, LAKE CHARLES, LA 70607-3889 | |
| 10925 | BODINE INC., PO BOX 2085, BIRMINGHAM, AL 35205-3921 | |
| 10925 | BODINSKI, CHESTER, 73 OLD POST ROAD, NO. ATTLEBORO, MA 02760 | |
| 10925 | BODKIN, GEORGE, 2900 ABBY LN, WICHITA FALLS, TX 76308 | |
| 10925 | BODKIN, KEVIN, 706 FILMORE, WICHITA FALLS, TX 76301 | |
| 10925 | BODKIN, PATRICK, 96 SANTIN DRIVE, CHEEKTOWAGA, NY 14225 | |
| 10925 | BODKIN, STEPHEN, 800 BABCOCK, #121, SAN ANTONIO, TX 78201 | |
| 10925 | BODKINS, JOHN, 22215 RCR 52E, STEAMBOATSPRINGS, CO 80487 | |
| 10925 | BODLE, JENNIFER, 5 HARTLEY CIRCLE, #342, OWINGS MILLS, MD 21117 | |
| 10925 | BODLE, JIM, PO BOX 303, WARREN, TX 77664 | |
| 10925 | BODLE, LINDA, RT 1 BOX 30J3, CORAPEAKE, NC 27926 | |
| 10925 | BODNAR, THOMAS, 31 A GASTON AVE, RARITAN, NJ 08869 | |
| 10925 | BODOY, DANILO, 113 WESTERN AVE, JERSEY CITY, NJ 07307 | |
| 10925 | BODRATO, CATHERINE, 212 PIERRON ST, NORTHVALE, NJ 07647 | |
| 10925 | BODY BY SIMMONT, 4108 MOUNTAIN ROAD, PASADENA, MD 21122 | |
| 10925 | BODY TOPPERS, 407R MYSTIC AVE, MEDFORD, MA 02155 | |
| 10925 | BODYCOTE ORTECH INC, INC, 2395 SPEAKMAN DRIVE, MISSISSAUGA, ON L5K 1B3CANADA | *VIA Deutsche Post* |
| 10925 | BODYWORKS BY SUSAN SALVO & ASSOCIAT, 1108 LAFITTE ST, LAKE CHARLES, LA 70601 | |
| 10925 | BOECHLER, ONE NORTH 2ND #314, PO BOX 1932, FARGO, ND 58107-1932 | |
| 10925 | BOECK, WENDY, 1156 E. HWY. 121, LEWISVILLE, TX 75067 | |
| 10925 | BOECKER, CAROLYN, 3085 LUNDY LANE, BETTENDORF, IA 52722 | |
| 10925 | BOEDDINGHAUS, CHARLES F, POBOX 301, MIDDLETOWN, NJ 07748 | |
| 10925 | BOEDECKER, KENNETH, 1339 SOUTH EDGEWATER DR, CHARLESTON, SC 29407 | |
| 10925 | BOEDECKER, LUCILLE, 7813 W 66TH ST, ARGO, IL 60501 | |
| 10925 | BOEDECKER, LUCILLE, C/O MRS CARL METZ 7813 W 66TH ST, ARGO, IL 60501 | |
| 10925 | BOEDER, WALTER, N 4401 COUNTY RD AB, LUXEMBERG, WI 54217 | |
| 10925 | BOEDY, BELINDA, 2714 BOARS HEAD RD, AUGUSTA, GA 30907 | |
| 10925 | BOEGEL, MARY, 1438 PARK VIEW DR., KEWASKUM, WI 53040 | |
| 10924 | BOEGER BILES/RIDGE CLUB HOUSE, AUBURN, CA 95603 | |
| 10925 | BOEHL STOPHER & GRAVES, 400 WEST MARKET ST, LOUISVILLE, KY 40202-3354 | |
| 10925 | BOEHL STOPHER GRAVES ET AL, 400 W. MARKET SUITE 2300, LOUISVILLE, KY 40202 | |
| 10925 | BOEHM BROS., PO BOX 45, PERU, IL 61354 | |
| 10925 | BOEHM, LEON, 12618 FOXTON, HOUSTON, TX 77048 | |
| 10925 | BOEHM, SHERI, RT.1 BOX 338-13, BOURBONNAIS, IL 60914 | |
| 10925 | BOEHMANN, GARY, 4913 STURBRIDGE PLACE, OWENSBORO, KY 42303 | |
| 10925 | BOEHME REFRIGERATION, 12325 W. MCSHANE ROAD, FRANKLIN, WI 53132 | |
| 10925 | BOEHME, BARBARA, 502 N. WEST ST, ALEXANDRIA, VA 22314 | |
| 10925 | BOEHME, EDWARD, 219 TIMBER RIDGE APT 219, POMPTON PLAINS, NJ 07444 | |
| 10925 | BOEHME, HAROLD, 3731 BREAKWATER DR., LAKE HAVASU CITY, AZ 86406 | |
| 10925 | BOEHMER, MARGARET, 544 NE ROYAL COURT, PORTLAND, OR 97232-2667 | |
| 10925 | BOEHMER, MARK, 6010 E DES MOINES ST, MESA, AZ 85205 | |
| 10925 | BOEHNEN INC, CARL LOCHNER, 1606 MAIN ST, CROSS PLAINS, WI 53528 | |
| 10924 | BOEHRINGER INGELHEIM AUSTRIA GMBH, A-1121 WIEN POSTFACH 73, DES HANDELSGERICHTES, 09999AUT | *VIA Deutsche Post* |
| 10924 | BOEHRINGER INGELHEIM, 175 BRIAR RIDGE ROAD, RIDGEFIELD, CT 06877 | |
| 10924 | BOEHRINGER INGELHEIM, PO BOX 368, RIDGEFIELD, CT 06877 | |
| 10924 | BOEHRINGER-INGELHEIM, 2621 N. BELT HGWY., SAINT JOSEPH, MO 64506 | |
| 10924 | BOEING 3-324, 1020 S. MYRTLE ST., SEATTLE, WA 98124 | |
| 10925 | BOEING AEROSPACE CO, 9725 E MARGINAL WAY S, SEATTLE, WA 98108 | |
| 10925 | BOEING AEROSPACE CO, M/S 80-FW, SEATTLE, WA 98124 | |
| 10925 | BOEING AEROSPACE CO, ROUTE 291, EDDYSTONE, PA 19013 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOEING AEROSPACE, 7801 SO STEMMONS, CORINTH, TX 75065

10925   BOEING AEROSPACE, 799A JAMES RECORD ROAD, HUNTSVILLE, AL 35824

10925   BOEING AEROSPACE, PO BOX 34113, SEATTLE, WA 98124

10924   BOEING COMMERCIAL AIRCRAFT, GATE 5  BLDG 10, 2900 COVER ROAD, LONG BEACH, CA 90846

10924   BOEING COMPANY, THE, 4555 E. MAC ARTHUR, BLDG. #3-230J, WICHITA, KS 67210

10924   BOEING COMPANY, THE, 6006 W. 73RD STREET, BEDFORD PARK, IL 60638

10924   BOEING COMPANY, THE, 767 BOEING ROAD, OAK RIDGE, TN 37830

10924   BOEING COMPANY, THE, 7801 SOUTH STEMMONS, CORINTH, TX 75065

10924   BOEING COMPANY, THE, ACCOUNTS PAYABLE M/S 80-FW, SEATTLE, WA 98124

10924   BOEING COMPANY, THE, ATTN: ACCOUNTS PAYABLE DEPARTMENT, SEATTLE, WA 98124

10924   BOEING COMPANY, THE, BLDG. 18-22, 20403-68T AVENUE SOUTH, DOOR 2-4, SEATTLE, WA 98124

10924   BOEING COMPANY, THE, BOEING HELICOPTERS, GATE 6 ROUTE 291 BLDG 3-25, EDDYSTONE, PA 19013

10924   BOEING COMPANY, THE, BUILDING 1708, 700 15TH STREET, SOUTHWEST, AUBURN, WA 98002

10924   BOEING COMPANY, THE, BUILDING 18-59, DOOR E2, 20403 68TH AVENUE SOUTH, KENT, WA 98032

10924   BOEING COMPANY, THE, BUILDING 3063, DOOR 27, 8TH & LOGAN NORTH, RENTON, WA 98055

10924   BOEING COMPANY, THE, BUILDING 3-360, DOOR E-3, 6900 ELLIS AVENUE, SEATTLE, WA 98108

10924   BOEING COMPANY, THE, GATE 14E WAREHOUSE #1 RECEIVING, 4555 E. MAC ARTHUR, BLDG. #3-230J, WICHITA, KS 67210

10924   BOEING COMPANY, THE, MAIL STOP K09-35, ATTN: ACCOUNTS PAYABLE, WICHITA, KS 67277

10924   BOEING COMPANY, THE, PO BOX21233, KENNEDY SPACE CENTER, FL 32815

10924   BOEING COMPANY, THE, PO BOX24346, SEATTLE, WA 98124

10924   BOEING COMPANY, THE, PO BOX34083, SEATTLE, WA 98124

10924   BOEING COMPANY, THE, PO BOX34113, SEATTLE, WA 98124

10925   BOEING COURT PARTNERS, 289 WRIGHT BROTHERS AVE SUITE B, LIVERMORE, CA 94550-9491

10925   BOEING COURT PARTNERS, 289 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550

10925   BOEING DEFENSE & SPACE GROUP, ACCTS PAYABLE M/S 80-FW, SEATTLE, WA 98124-1111

10925   BOEING DEFENSE & SPACE GROUP, INDUSTRIAL HWY 291, PHILADELPHIA, PA 19103

10924   BOEING DELTA 4 MANUF. FACILITY, 1001 RED HAT RD., DECATUR, AL 35601

10924   BOEING LEARNING CENTER, NEW HALL FERRY, FLORISSANT, MO 63034

10925   BOEING MILITARY AIRPLANE CO, 3801 SO OLIVER, WICHITA, KS 67210

10925   BOEING MILITARY AIRPLANE CO, A/P MAIL STOP K01-05, WICHITA, KS 67277

10925   BOEING MILITARY AIRPLANE CO, WAREHOUSE 1 RECEIVING, 4555 E MACARTHUR, WICHITA, KS 67210

10924   BOEING SUPPORT DIVISION, 700 15TH STREET, SOUTHWEST, AUBURN, WA 98002

10924   BOEING SUPPORT, BUILDING 1708, 700 15TH STREET,SOUTHWEST, AUBURN, WA 98002

10925   BOELEN, EMIL, PO BOX 751, NAPA, CA 94559

10925   BOENING, CHRISTINE, 4950 S 51ST ST, GREENFIELD, WI 53220

10925   BOENING, WAYNE, 4950 S 51 ST, GREENFIELD, WI 53220

10925   BOER, F., 47 COUNTRY ROAD SOUTH, VILLAGE OF GULF, FL 33436

10925   BOEREMA, FRANCES, 6104 AUBURNDALE DR, GREENSBORO, NC 27410

10925   BOERINGER, EILEEN, 5323 SAPPHIRE VALLEY, BOCA RATON, FL 33486

10925   BOERNSEN, JUDY, 217 BRIDGE ST., A2, STAMFORD, CT 06905

10925   BOERO, EUGENE, 2255 S CALLE FIERRO, PALM SPRINGS, CA 92264

10925   BOERSMA, JAMIE, 814 N. 16TH ST #218, MILWAUKEE, WI 53233

10925   BOERTZEL, LUCILLE K, CUST FOR ALLYSON L BOERTZEL, UNIFORM GIFT MIN ACT NJ, 239 CONCORD DR, PARAMUS, NJ 07652-4543

10925   BOESCH, CHARLES, BOX 371, CALIFORNIA, KY 41007-9540

10925   BOESSEL, MARGARET, 5 E. FORT AVE, BALTIMORE, MD 21230

10925   BOESTEN, CARLA, 1091 POST LAKE PL, APOPKA, FL 32703

10924   BOETTCHER CONCRETE CO INC, 207 W. HARRISON, OWENSVILLE, MO 65066

10924   BOETTCHER R/M CONC, 207 W. HARRISON, OWENSVILLE, MO 65066

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOETTCHER, CHRIS, 1506 HOMESTEAD COURT, CARROLLTON, TX 75007

10925   BOETTCHER, JOSEPH R, 147-5TH ST, PRAIRIE DU SAC, WI 53578

10925   BOETTCHER, JOSEPH, 147 5TH ST, PRAIRIE DU SA, WI 53578

10925   BOEVE, HELENA, 10750 WASHINGTON ST, PEMBROKE PINES, FL 33025

10925   BOEY, DOUGLAS, PO BOX 2526, LAKELAND, FL 33806

10925   BOEZEMAN, JAMIE, 9941 N 1200 W, DEMOTTE, IN 46310

10924   BOGALUSA CONCRETE INC, PO BOX 489, BOGALUSA, LA 70427

10924   BOGALUSA CONCRETE INC., HICKORY AVE, BOGALUSA, LA 70427

10924   BOGALUSA CONCRETE INC., P.O. BOX 489, BOGALUSA, LA 70427

10925   BOGAN, MARCIA, PO BOX 47, FAIRFOREST, SC 29336

10925   BOGAN, MARY, 1606 SPRUCE HILLS DR., GLEN GARDNER, NJ 08826

10925   BOGAN, ROBERT, 1860 BURNSIDE, SPARKS, NV 89434

10925   BOGARDUS, JOANNE, 105 PERSIMMON CIRCLE, DOVER, DE 19901

10925   BOGART, DAVID, 305 WALNUT ST., EL CAMPO, TX 77437

10925   BOGART, DONALD, 4149 WINFIELD ROAD, COLUMBUS, OH 43220-4605

10925   BOGART, WILLIAM, 137 W LONGCREEK CT, SIMPSONVILLE, SC 29680

10925   BOGDAN, AUDREY, 520 E BURR OAK DR, LAKE ZURICH, IL 60047

10925   BOGDANOR, JAMES M, C/O GRACE-COLUMBIA, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   BOGDANOR, JAMES, 6417 WARM SUNSHINE PATH, CLARKSVILLE, MD 21029

10925   BOGGESS, JEFFREY, 1749 PETRI DR, AMELIA, OH 45102

10925   BOGGESS, SONIA D, 812 RAMBLER APT 5, WACO, TX 76710

10925   BOGGS, DENNIS, 2029 SPRINGDALE ROAD, CINCINNATI, OH 45231

10925   BOGGS, HARRY, 2095 EDINGURGH COURT, WALDORF, MD 20602

10925   BOGGS, J, 6920 DONACHIE RD., BALTIMORE, MD 21239

10925   BOGGS, JAMES, 100 WELCOME DRIVE, FOUNTAIN INN, SC 29644-2343

10925   BOGGS, JEFFREY, 11100 GIBSON SE L287, ALBUQUERQUE, NM 87123

10925   BOGGS, JOHN, 1928 N. OXFORD, INDIANAPOLIS, IN 46218

10925   BOGGS, LESLIE, 507 HAZEL, ATLANTIC, IA 50022

10925   BOGGS, MATTHEW, SUITE 101, DENVER, CO 80203

10925   BOGGS, MICHAEL, 614 EVELYN DRIVE, SENECA, SC 29678

10925   BOGGS, MICHELLE, 1533 BOLTON ST APT 3, BALTIMORE, MD 21217

10925   BOGGS, NANCY, 913 N UNION CIRCLE, DELTONA, FL 32725

10925   BOGGS, RAYMOND, 1747 COMPTON ROAD, CINCINNATI, OH 45231-4201

10925   BOGGS, ROBERT, 2415 WINTER RIDGE DR, AUBURNDALE, FL 33823

10925   BOGGS, RUTH, 6920 DONACHIE ROAD APT 409, BALTIMORE, MD 21239-1115

10925   BOGGS, TERESA, 9161 CRESCENT BLVD, BROADVIEW HTS, OH 44147

10925   BOGHOSIAN, VIRGINIA, 86-2 FERNE BLVD, DREXEL HILL, PA 19026

10925   BOGLE AND GATES, PO BOX 3979, FEDERAL WAY, WA 98063

10925   BOGLE, BILL, 582 S LARCH, RIALTO, CA 92376

10925   BOGLE, ERMA, RT. 2 BOX 390, BLAND, VA 24315

10925   BOGLE, MICHAEL, PO BOX 721, SIMPSONVILLE, SC 29681

10925   BOGLE, RONNIE, ROUTE 1 BOX 217C, NINNEKAH, OK 73067

10925   BOGNASKI, CYNTHIA, 25 BOHN CT, BALTIMORE, MD 21237

10925   BOGNER, CHERYL, ROUTE 2 BOX 638, HIGH SPRINGS, FL 32643

10925   BOGNER, DONNA, 5605 BRIARWOOD ST SW, CEDAR RAPIDS, IA 52404

10925   BOGNERS CARPET CLEANING, 2884 TENNIS CLUB #705, WEST PALM BEACH, FL 33417-2838

10925   BOGUES, STEVEN, 3145 REISER, SHREVEPORT, LA 71118

10925   BOHAM, DANIEL, D6 WILDWOOD CIR, LITTLETON, NC 27850

10924   BOHAN & CANELIS, 600 AUSTIN CREEK ROAD, CAZADERO, CA 95421

10924   BOHAN & CANELIS, ATTN:  ACCOUNTS PAYABLE, CAZADERO, CA 95421

10924   BOHAN & CORNELIS, ATTN:  ACCOUNTS PAYABLE, CAZADERO, CA 95421

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOHAN, JOHN, 109 JACKSON ST, CAMBRIDGE, MA 02140-1722

10925   BOHAN, STEPHEN, 7 CUNNINGHAM ROAD, GLOUCESTER, MA 01930

10925   BOHANNON, JULIANN, 317 HONEY LOCUST COURT, PO BOX 35, SEFFNER, FL 33584

10925   BOHANNON, LARRY, 4725 COUNTRY CLUB DRIVE, MIDLAND, TX 79703

10925   BOHANNON, LESLIE, 920 S. 5TH, LOVINGTON, NM 88260

10925   BOHANNON, VIRGIL, 108 BONNIE SLOAN, NEW ALBANY, IN 47150

10925   BOHANNON, VIRGINIA, 626 WHEELER SCHOOL ROAD, WHITEFORD, MD 21160-1109

10925   BOHANNON, WILLIAM, 626 WHEELER SCHOOL ROAD, WHITEFORD, MD 21160-0000

10925   BOHANON, JESSICA, 806-B N PRESTON, ENNIS, TX 75119

10925   BOHATSCHEK, STEVEN, 1048 E WOODLAND AVE, APPLETON, WI 54911

10925   BOHDAN KULCHYCKY, 2400 ASPEN ST, PHILADELPHIA, PA 19130-2504

10925   BOHDJELIAN, LINDA, 3111 WEST HAYES RD, NORRISTOWN, PA 19403

10925   BOHEMIER, ANTOINETTE, RT 1 BOX 485T, NEWTON, NC 28658

10925   BOHL DELLA ROCCA & DORFMAN, PC, 634 MADISON AVE, ALBANY, NY 12208

10925   BOHLANDER, WILLIAM, 1273 ALTAMONT RD, GREENVILLE, SC 29609-9801

10925   BOHLER, ESTHER, 5312 GRAND BLVD, LAKELAND, FL 33813-4065

10925   BOHLER, V, 5312 GRAND BLVD., LAKELAND, FL 33803

10925   BOHLEY, EDWARD, 1079 PILGRIM WAY APT 10, GREEN BAY, WI 54304

10925   BOHLIN, JEREMY, 4099 W. 71ST ST, CHICAGO, IL 60629

10925   BOHLIN, JEREMY, 9 BENDER, PARK FOREST, IL 60466

10925   BOHLKEN, KEVIN, 2910 W. MICHIGAN 107MIDLAND,TX 79701, MIDLAND, TX 79701

10924   BOHLMAN CONCRETE SPECIALTIES, DUNLAP, IA 51529

10925   BOHLMAN, CHUCK, BOX 172, SOUTH HEART, ND 58655

10924   BOHLMANN CONC SPECIALTIES, 39 SOUTH 7TH STREET, DENISON, IA 51442

10924   BOHLMANN CONCRETE SPECIALTIES, 39 SOUTH 7TH STREET, DENISON, IA 51442

10924   BOHLMANN CONCRETE SPECIALTIES, P. O. BOX 369, DENISON, IA 51442

10925   BOHM, MARK, 2837 28TH ST, 31, GREELEY, CO 80631

10925   BOHMAN INDUSTRIAL TRAFFIC, PO BOX 889, GARDNER, MA 01440

10925   BOHN, ERVIN, 507 OMAHA AVE, NORFOLK, NE 68701-6244

10925   BOHN, PATRICIA, 1130 DECORAH ROAD, WEST BEND, WI 53095-4206

10925   BOHN, SUSAN, 5136 NORTH 65TH ST, MILWAUKEE, WI 53218

10925   BOHNET, LISA, 422 WESTWOOD DR, MANDEVILLE, LA 70448

10925   BOHNSTENGEL, ANTHONY, 52 POPPY, CASPER, WY 82602

10925   BOHR, JAMES, BOX 207, PROTIVIN, IA 52163

10925   BOHRENS (616) PRINCETON, 755 ALEXANDER ROAD, PRINCETON, NJ 08540

10925   BOHRENS UNITED VAN LINES, 3210 S.W. 42ND AVE, PALM CITY, FL 34990

10925   BOICE, PETER, 12 NEWINGTON GREEN, TAYLORS, SC 29687-4038

10924   BOICHOT CONCRETE CORP, 1800 TURNER ST, LANSING, MI 48906

10924   BOICHOT CONCRETE INC., 1800 TURNER STREET, LANSING, MI 48906

10925   BOICKEN, BETTY, RR 2 BOX 56, GRANT PARK, IL 60940-9802

10925   BOICKEN, FLORENCE, 10947 N 12000 E, GRANT PARK, IL 60940

10925   BOIES & SCHILLER LLP, 80 BUSINESS PARK DRIVE, ARMONK, NY 10504

10924   BOIES, SCHILLER & FLEXNER, 80 BUSINESS PARK DR, ARMONK, NY 10504

10925   BOIES, SCHILLER & FLEXNER, 80 BUSINESS PARK DRIVE, ARMONK, NY 10504

10925   BOILEAU, JUDITH, 67 LANGHOLM DRIVE, NASHUA, NH 03062

10925   BOILER & HEAT EXCHANGE SYS,INC, PO BOX 23566, CHATTANOOGA, TN 37422

10925   BOILER EQUIPMENT INC., 65 TOSCA DRIVE, STOUGHTON, MA 02072

10925   BOILER INSPECTORS, 121 NORTH LASALLE, CHICAGO, IL 60602

10924   BOISE CASCADE HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924   BOISE CASCADE PAPER DIVISION, 907 W. 7TH STREET, VANCOUVER, WA 98660

10924   BOISE CASCADE PAPER, 307 WEST INDUSTRIAL RD, JACKSON, AL 36545

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BOISE CASCADE RESEARCH, 4435 N. CHANNEL AVENUE, PORTLAND, OR 97217-7685

10925   BOISE CASCADE, 101 PROSPERITY RD SE, ALBUQUERQUE, NM 87105

10924   BOISE CASCADE, 101 PROSPERITY RD. S.E., ALBUQUERQUE, NM 87105

10924   BOISE CASCADE, 1020 WEST 3265 SOUTH, SALT LAKE CITY, UT 84119

10925   BOISE CASCADE, 1351 E 66TH AVE, DENVER, CO 80217

10925   BOISE CASCADE, 1351 E 66TH AVE, DENVER, CO 80229

10924   BOISE CASCADE, 1351 E. 66TH AVENUE, DENVER, CO 80217

10924   BOISE CASCADE, 1351 EAST 66TH AVENUE, DENVER, CO 80217

10924   BOISE CASCADE, 3890 BOMBARDIER AVENUE, IDAHO FALLS, ID 83403

10924   BOISE CASCADE, 4300 ENTERPRISE, BOISE, ID 83705

10925   BOISE CASCADE, 479 JUMPERS HOLE STE 301, SEVERNA PARK, MD 21146

10924   BOISE CASCADE, 615 S. 15TH STREET, GRAND JUNCTION, CO 81501

10924   BOISE CASCADE, 615 SOUTH 15TH STREET, GRAND JUNCTION, CO 81501

10924   BOISE CASCADE, 700 COOPER STREET, DELANCO, NJ 08075

10924   BOISE CASCADE, 8720 216TH STREET S.E., WOODINVILLE, WA 98072

10924   BOISE CASCADE, 907 WEST 7TH STREET, VANCOUVER, WA 98660

10925   BOISE CASCADE, DEPT 0256, DENVER, CO 80256

10924   BOISE CASCADE, P.O. BOX 83767, BOISE, ID 83707

10925   BOISE CASCADE, PO BOX 2107, IDAHO FALLS, ID 83403

10925   BOISE CASCADE, PO BOX 26824, SALT LAKE CITY, UT 84126-0824

10924   BOISE CASCADE, PO BOX 50, BOISE, ID 83728-0001

10925   BOISE CASCADE, PO BOX 5797, BOISE, ID 83705-0797

10925   BOISE CASCADE, PO BOX 65458, SALT LAKE CITY, UT 84165-0458

10924   BOISE CASCADE, PO BOX 70005, BOISE, ID 83707-0105

10924   BOISE CASCADE, PO BOX9108, BOISE, ID 83707

10924   BOISE STATE LIBRARY, BOISE COLLEGE, BOISE, ID 83701

10924   BOISE STONE, 5106 FAIRVIEW AVE, BOISE, ID 83760

10924   BOISE STONE, 5106 FAIRVIEW AVENUE, BOISE, ID 83700

10924   BOISE TECH, 574 SOMERSET AVE, NORTH PLAINFIELD, NJ 07060

10925   BOISE, CHERIE, 144 WOODLAWN ST, LYNN, MA 01904

10925   BOISVERT, ROBERT, 94 CROSSWINDS DR., GROTON, MA 01450

10925   BOISVERT, TIMOTHY, 5690 PACIFIC BLVD APT 1313, BOCA RATON, FL 33433

10925   BOITER, HOMER, 579 HWY 417, MOORE, SC 29368

10925   BOJARSKI, FRANK, 447 FIFTH AVE, BALTIMORE, MD 21225-2601

10925   BOJORQUEZ, MANUEL, 1002 CAVENESS, CARLSBAD, NM 88220

10925   BOK, DIANE C, 1681 SABAL PALM DRIVE, BOCA RATON, FL 33432

10925   BOK, ROBERT L, 1681 SABAL PALM DRIVE, BOCA RATON, FL 33432

10925   BOKA, ELLIOT, 2275 ROSECRANS ST., SIMI VALLEY, CA 93065

10925   BOKMAN, ESTHER, 168 GRANVIEW BLVD, LAKE PLACID, FL 33852

10925   BOLA, JAMES, 30 MOUNTAIN RISE, FAIRPORT, NY 14450

10925   BOLADO, MARIA, 115 RAMIRENO LANE, BROWNSVILLE, TX 78520

10925   BOLADO, ROBERTO, 6620 S 33RD ST, MCALLEN, TX 78503

10925   BOLAND & CORNELIUS INCORPORATED, 80 STATE ST, ALBANY, NY 12207

10925   BOLAND BROS., 329 GREAT ROAD, BEDFORD, MA 01730

10925   BOLAND JR, JAMES, 55 EAST WALNUT ST, MILFORD, MA 01757

10925   BOLAND, ALFRED, 7981 REIDVILLE RD, GREER, SC 29651

10925   BOLAND, CHARLES, 423 CARMICHAEL DR, NORTH WALES, PA 19454

10925   BOLAND, CHARLEY, 2515 APOLLO, ODESSA, TX 79763

10925   BOLAND, DAVID, 177 WINTER ST, 3, SAUGUS, MA 01906

10925   BOLAND, DENNIS, 703 BROADWAY, SPRINGVILLE, IA 52336

10925   BOLAND, DENNY, 1617 KAREN LANE, IOWA PARK, TX 76367

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOLAND, DIANE L, CUST FOR YSONDE K BOLAND, UNIF GIFT MIN ACT MASS, 5776 FORSYTHIA ST, BATON ROUGE, LA 70808-8838

10925   BOLAND, MARTHA, 7981 REIDVILLE RD, GREER, SC 29651

10925   BOLAND, SHERRY, 1015 TREETOP TRAIL DRIVE, BALLWIN, MO 63021

10925   BOLANDER, ADRIANA, RT 3 BOX 81, MANNINGTON, WV 26582

10925   BOLANDER, WILLIAM, 8476 KENTON ROAD, PASADENA, MD 21122

10925   BOLCHEN, DANIEL, 807 WHEDBEE, FORT COLLINS, CO 80524

10925   BOLDA, SANDRA, 28888 WEST LAUREL, ISLAND LAKE, IL 60042

10925   BOLDEN, ANGELA, 166 WILDERNESS DR., NEWTAZEWELL, TN 37825

10925   BOLDEN, CSNITHIA, 906 E VISTA DR., GARLAND, TX 75041

10925   BOLDEN, GEORGE, 296 GUNTER RD, SIMPSONVILLE, SC 29681

10925   BOLDEN, GLEN, 5341 SATTERFIELD DR, WOODBRIDGE, VA 22193

10925   BOLDEN, GORDON, 386 MCCULLOUGH SCH RD, HONEA PATH, SC 29654-9218

10925   BOLDEN, LUCILLE, 4227 W MONROVIA WAY, MILWAUKEE, WI 53209

10925   BOLDING, BERNELL, 18 BEERS DR., MIDDLETOWN, NY 10940

10925   BOLDING, JENNY, 8603 N. FLORIDA, ODESSA, TX 79764

10925   BOLDING, NANCY, 10010 REGAL PARK LN., DALLAS, TX 75230

10925   BOLDRICK & CLIFTON, 1801 WEST WALL, MIDLAND, TX 79701

10925   BOLDUC, BRUCE J, 147 JOHN ST, RIDGEWOOD, NJ 07450

10925   BOLDUC, CHANDRA, PO BOX 9052, CLEMSON, SC 29632

10925   BOLDUC, J, 13237 WESTMEATH LANE, CLARKSVILLE, MD 21029

10925   BOLDUC, NORMAND, 3 BOWMAN LANE, NASHUA, NH 03062

10925   BOLEN, CLAUDIA, 183 KAYWIN RD, PARAMUS, NJ 02652

10925   BOLER, LANELL, 316 WILLIAM, JACKSON, MS 39213

10924   BOLES READY MIX (RIBB CORP), 532 ANDREWS ROAD, COLUMBUS, GA 31908

10924   BOLES READY MIX (RIBB CORP), P.O. BOX 8768, COLUMBUS, GA 31906

10924   BOLES READY MIX, 1822 VETERANS MEMORIAL PARKWAY, LANETT, AL 36863

10924   BOLES READY MIX, ATTN:  ACCOUNTS PAYABLE, COLUMBUS, GA 31908

10925   BOLES, CHRISTINE, 308 ROSS RD, WETUMPKA, AL 36092

10925   BOLES, DAVID, 70 CANTERBURY TRAIL, FOUNTAIN INN, SC 29644

10925   BOLES, MYLINDA, PO BOX 985, CANTON, MS 39046

10925   BOLET & TERRERO, AV FRANCISCO DE MIRANDA, EDIFICIO CAVENDES PISO 12, LOS PALOS GRANDES, CARACAS, VENEZUELA     *VIA Deutsche Post*

10925   BOLET & TERRERO, LOS PALOS GRANDES, CARACAS, CARACAS     *VIA Deutsche Post*

10925   BOLET & TERRERO, PO BOX 02-5304, MIAMI, FL 33102-5304

10925   BOLET & TERRERO, PO BOX 7247-8738, PHILADELPHIA, PA 19170-8730

10925   BOLET, ANGELA, 10852 N KENDALL DR APT #120, MIAMI, FL 33176

10925   BOLEY, JAMIE, 1600 CRESCENT DR., MONROE, LA 71201

10925   BOLGAR, WILLIAM J., 737 SILVERWOOD DR, LAKE MARY, FL 32750

10924   BOLGER & O'HEARN INC., 37 SLADE STREET, FALL RIVER, MA 02724

10924   BOLGER & O'HEARN INC., PO BOX 355, FALL RIVER, MA 02724

10925   BOLGER, DANIEL, 2972 TIPERARY PASS, VIENNA, VA 22180

10925   BOLGER, JUSTIN, 27 ROLLING LANE, DOVER, MA 02030

10925   BOLIN, KAREN, 30 SCENIC DRIVE, HAMBURG, PA 19526

10925   BOLIN, KENNETH, 5518 WHITCOMB CT APT B, INDIANAPOLIS, IN 46224

10925   BOLIN, MICHELLE, SMITHS TRAILER PARK 6616SHAKESPEAR LOT16, COLUMBIA, SC 29206

10925   BOLIN, TANYA, 1340 YONKEE, SHERIDAN, WY 82801

10925   BOLING, DONALD, 303 OLD CHICK SPRGS RD, GREER, SC 29651-1140

10925   BOLING, RAYMOND, 11 STONEFIELD CT, GREENVILLE, SC 29615-3848

10925   BOLINO, SUSAN, 703 ROCKAWAY ST, NEW YORK, NY 10307

10925   BOLIS, MARGERIT, 4016 GARRETT RD, PHILADELPHIA, PA 19026

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | BOLIVAR READY MIX, HWY 13, BOLIVAR, MO 65613 | |
| 10924 | BOLIVAR READY MIX, P.O. BOX 136, BOLIVAR, MO 65613 | |
| 10924 | BOLIVAR READY MIX, PO BOX 136, BOLIVAR, MO 65613 | |
| 10925 | BOLIVAR, CHARLES, PO BOX 1375, BREAUX BRIDGE, LA 70517 | |
| 10925 | BOLIVIA LUMBER CO., PO BOX 369, HEPHZIBAH, GA 30815 | |
| 10924 | BOLLAND Y CIA S.A., SUIPACHA 230, 1008 BUENOS AIRES, 09999ARG | *VIA Deutsche Post* |
| 10925 | BOLLAS, THERESA, 37 SMITH ST, NEEDHAM, MA 02192 | |
| 10925 | BOLLENBACH, CHRISTEL, 319 A ST, MIDDLESEX, NJ 08846 | |
| 10925 | BOLLENBACH, PATRICIA, 319 A ST, MIDDLESEX, NJ 08846 | |
| 10925 | BOLLENGIER, EDITH, PO BOX 3158, SUNRIVER, OR 97702 | |
| 10925 | BOLLER, JACKIE, 719 S 2ND ST, SALINA, KS 67401 | |
| 10925 | BOLLER, WILLIAM, 2100 WHITEWING, MCALLEN, TX 78501 | |
| 10925 | BOLLES CO, INC, 5901 RINGGOLD RD., CHATTANOOGA, TN 73412 | |
| 10925 | BOLLES CO, INC, THE, PO BOX 22425, CHATTANOOGA, TN 37422 | |
| 10925 | BOLLES, RAYMOND, 285 SHORE DRIVE, LACONIA, NH 03246 | |
| 10925 | BOLLHOEFER, MARVIN, 6116 GRAYHAWK RANCH RD, TUCSON, AZ 85706-9771 | |
| 10925 | BOLLIER, TONY, 2728 EISENHOWER, ODESSA, TX 79762 | |
| 10924 | BOLLIG LATH & PLASTER, 6001 FEMRITE DRIVE, MADISON, WI 53704 | |
| 10924 | BOLLIG LATH AND PLASTER, 6001 FEMRITE DR., MADISON, WI 53704 | |
| 10925 | BOLLIG, JEFFREY, 7939 SOUTH NEENAH, BURBANK, IL 60459 | |
| 10925 | BOLLIG, KATHLEEN, 309 MAIN ST PO BOX 562, NEWBURG, WI 53060 | |
| 10924 | BOLLING CONSTRUCTION, ATTN:  ACCOUNTS PAYABLE, PAHRUMP, NV 89041 | |
| 10924 | BOLLING CONSTRUCTION, P.O. BOX 31, PAHRUMP, NV 89041 | |
| 10925 | BOLLING, FRANK, 612 HIGHLAND DRIVE, HOUMA, LA 70364 | |
| 10925 | BOLLING, JAMES, 103 SHADOWCREEK COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | BOLLINGER ROOFING CO, INC, 1501 RIDGELY ST., BALTIMORE, MD 21230 | |
| 10925 | BOLLINGER, PETER, 2851 BUNTING AVE, GRAND JUNCTION, CO 81501 | |
| 10925 | BOLLINGER, PETER, PO BOX 9173, GRAND JUNCTION, CO 81501 | |
| 10925 | BOLLMAN, HEATHER, 4808 EARL ST, WICHITA FALLS, TX 76302 | |
| 10925 | BOLLOCK JR, GEORGE, 2408 ENGLE ROAD, FALLSTON, MD 21047 | |
| 10925 | BOLLOCK, GEORGE M, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | BOLLOCK, MELISSA, 2408 ENGLE RD, FALLSTON, MD 21047 | |
| 10924 | BOLSTER COMPANY, EL SEGUNDO, CA 90245 | |
| 10925 | BOLT & NUT INC, POBOX 47661, DORAVILLE, GA 30362 | |
| 10925 | BOLT, BRENDA, RT 1,BOX 728, LITTLETON, NC 27850 | |
| 10925 | BOLT, ELAINE, 904 23RD LANE, PUEBLO, CO 81006 | |
| 10925 | BOLT, JOHN, 301 PINEHAVEN ST EXT, LAURENS, SC 29360-2659 | |
| 10925 | BOLTE, JOSEPH, 21 TILTON RD., SAVOY, MA 01256 | |
| 10924 | BOLTON & MITCHELL INC, 19TH FLOOR, NEW YORK, NY 10001 | |
| 10924 | BOLTON CORPORATION, 2505 BRIDGES STREET, MOREHEAD CITY, NC 28557 | |
| 10925 | BOLTON SR., SAMUEL, 1610 ELMTREE ST, BALTIMORE, MD 21226-1336 | |
| 10925 | BOLTON, CHRISTA, 705 W. PRYOR ST, ATHENS, AL 35611 | |
| 10925 | BOLTON, EDGAR, 461 ROSE ST, CRAIG, CO 81625 | |
| 10925 | BOLTON, JACK, 109 DOVERDALE ROAD, GREENVILLE, SC 29615 | |
| 10925 | BOLTON, JOHN, 601 FAWNDALE PL, GAHANNA, OH 43230 | |
| 10925 | BOLTON, JOSEPH, 306 PERRINE BLVD, MANASQUAN, NJ 08736-9998 | |
| 10925 | BOLTON, MICHAEL, 11857 SENECA WAY, CHINO, CA 91710 | |
| 10925 | BOLTON, MICHAEL, 621 CHISOLM ST, MONTGOMERY, AL 36110 | |
| 10925 | BOLTON, PENNY, 513 WOODBURY ST, MURFREESBORO, TN 37130 | |
| 10925 | BOLTON, SHARON, RT 1, MAYSVILLE, GA 30558 | |
| 10925 | BOLTON, SHEILA, RT 5, BOX 249, COMMERCE, GA 30529 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BOLTON, STEVEN, 4036 RELIANT CIRCLE, OWENSBORO, KY 42301 | |
| 10925 | BOLTON, WARREN, 3117 CAMELOT, BRYAN, TX 77802 | |
| 10925 | BOLTRONICS CORPORATION, BOX 276, BOLTON, MA 01740-0276 | |
| 10925 | BOLTZ, BOB, RT. 2, BOX 77, BELFIELD, ND 58622 | |
| 10925 | BOLTZ, ROGER, RR 2, BOX 78, BELFIELD, ND 58622 | |
| 10925 | BOLYER, VIRGIL, BOX 4906, ZAPATA, TX 78076 | |
| 10925 | BOLYN LUBRICANT CO, POBOX 2716, COLUMBIA, SC 29202 | |
| 10924 | BOM BARDIER, 12850 GRAN BAY PKWY WEST, JACKSONVILLE, FL 32258 | |
| 10925 | BOMA OF GREATER LOS ANGELES, 700 SOUTH FLOWER ST, LOS ANGELES, CA 90017 | |
| 10925 | BOMA OF GREATER MIAMI, INC, 2 S. BISCAYNE BLVD. #0204, MIAMI, FL 33131 | |
| 10925 | BOMA OF SOUTH FLORIDA INC, 1280 SW 36TH AVE-STE 303, POMPANO BEACH, FL 33069 | |
| 10924 | BOMANITE CORPORATION, 81 ENCINA AVE, PALO ALTO, CA 94301 | |
| 10924 | BOMANITE OF HOUSTON INC, 2425 BRUN, HOUSTON, TX 77001 | |
| 10924 | BOMANITE OF HOUSTON INC, PO BOX541996, HOUSTON, TX 77254 | |
| 10924 | BOMANITE OF HOUSTON, 2425 BRUN, HOUSTON, TX 77001 | |
| 10925 | BOMAR, MARY, 1585 FORESTER DRIVE, CINCINNATI, OH 45240 | |
| 10924 | BOMAT CNMI LIMITED-GUAM, ATTN: ACCOUNTS PAYABLE, TAMUNING, GU 96931 | |
| 10924 | BOMAT GUAM LTD., C/O BOMAT CNMI, LTD., SAIPAN, IT 96950UNK | *VIA Deutsche Post* |
| 10924 | BOMAT GUAM LTD., C/O HARMON FIELD, TAMUNING, GU 96931 | |
| 10925 | BOMAT LANDSCAPING, 9721 S KENNETH AVE, OAK LAWN, IL 60453 | |
| 10924 | BOMAT LIMITED, 91-400 KOMOHANA STREET, KAPOLEI, HI 96707 | |
| 10924 | BOMAT LIMITED-HAWAII, 91-400 KOMOHANA ST, EWA BEACH, HI 96707 | |
| 10924 | BOMAT LTD, C/O FPA PACIFIC CORP., TINIAN, MP 96952 | |
| 10924 | BOMAT LTD. D/B/A BONDED MATERIALS -, 91-400 KOMOHANA STREET, EWA BEACH, HI 96707 | |
| 10924 | BOMAX INDUSTRIES INC., PO BOX1828, WOODWARD, OK 73802 | |
| 10925 | BOMBARDIER CANADAIR, 1987 THIMINS, ST LAURENT, QC Z9Z 9Z9CANADA | *VIA Deutsche Post* |
| 10925 | BOMBARDIER INC, ACCOUNTS PAYABLE DEPT 620, STATION CENTRE-VILLE, MONTREAL, QC H3C 3G9CANADA | *VIA Deutsche Post* |
| 10924 | BOMBARDIER MASS TRANSIT CORP., 71 WALL STREET, PLATTSBURGH, NY 12901 | |
| 10925 | BOMBARDIER, DEBORAH, 6 WALKER ST, LINCOLN, RI 02865 | |
| 10925 | BOMBASSARO, MARSHA, 859 THOMS RUN RD., PRESTO, PA 15142 | |
| 10925 | BOMBECK, IVAN, 14 EAST 29TH ST., KEARNEY, NE 68847 | |
| 10925 | BOMI INSTITUTE, 1521 RITCHIE HWY, ARNOLD, MD 21012-2738 | |
| 10924 | BOMINITE CORP., 232 SO. SCHNOOR AVE, MADERA, CA 93637 | |
| 10924 | BOMINITE CORP., P.O. BOX 599, MADERA, CA 93639 | |
| 10925 | BON SECOURS INTERNIST, 19603 E EIGHT MILE, SAINT CLAIR SHORES, MI 48080 | |
| 10925 | BONA, FREDERICK, 17 DEVON RD, BOONTON TOWNSHP, NJ 07005 | |
| 10925 | BONADIES, JON, 104 W.TYLER, PORTSMOUTH, VA 23707 | |
| 10925 | BONANNO, PHILIP A, CUST FOR DAVID WHALEN BONANNO, UNIF GIFT MIN ACT-NY, 777 REMSENS LANE, OYSTER BAY, NY 11771-4506 | |
| 10925 | BONANNO, THERESA, 2093 CORAL RIDGE DR APT 307N, CORAL SPRINGS, FL 33071 | |
| 10925 | BONANO, SEAN, 12731 BON OAKS AVE, BATON ROUGE, LA 70818 | |
| 10924 | BONANZA CONCRETE, 15115 OXNARD AVENUE, VAN NUYS, CA 91405 | |
| 10924 | BONANZA CONSTUCTION INC, 5685 SPRING MT RD, LAS VEGAS, NV 89110 | |
| 10924 | BONANZA GRAIN CO, 224 EAST MCKINLEY ST, CALEDONIA, MN 55921 | |
| 10924 | BONANZA GRAIN COMPANY, 224 E MCKINLEY ST, CALEDONIA, IA 55921 | |
| 10924 | BONANZA GRAIN COMPANY, 224 E MCKINLEY ST, CALEDONIA, MN 55921 | |
| 10924 | BONANZA MATERIALS, PO BOX92170, HENDERSON, NV 89009 | |
| 10924 | BONANZA MATERIALS-FP, 5775 AMERICAN PACIFIC, HENDERSON, NV 89009 | |
| 10924 | BONANZA READY MIX, 15115 OXNARD STREET, VAN NUYS, CA 91405 | |
| 10924 | BONANZA/LAKE MEAD HOSPITAL, LAS VEGAS, NV 89191 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BONANZA/OZONE BLDG., LAS VEGAS, NV 89101 | |
| 10925 | BONAPARTE, ANTHONY, 14 THERESA DRIVE, GREENVILLE, SC 29605 | |
| 10925 | BONAPARTE, ANTHONY, 227 OAKMONT DR., CLINTON, NC 28328 | |
| 10925 | BONAR INDUSTRIES INC., DEPT. AT 49954, ATLANTA, GA 31192-9954 | |
| 10925 | BONAR, ALFRED, 621 PEARL, KEMMERER, WY 83101 | |
| 10925 | BONAR, KELLY, 2115 YAGER CREEK DR., CHARLOTTE, NC 28213 | |
| 10925 | BONAR, WILLIAM, 120 E. MAIN BOX 104, TREYNOR, IA 51575 | |
| 10924 | BONAS, SANTA ANA, CA 92707 | |
| 10925 | BONAT INC., LACKAWANNA AVE, WEST PATTERSON, NJ 07424 | |
| 10925 | BONCOSKY OIL COMPANY, 739 N.STATE ST, ELGIN, IL 60123 | |
| 10924 | BOND & COOLEN CONTRACTING LTD, 201 BROWNLOW AVE SUITE 44, DARTMOUTH, NS R3B 1W2TORONTO | *VIA Deutsche Post* |
| 10925 | BOND HILL PRESBYTERIAN CHURCH, 4909 PADDOCK ROAD, CINCINNATI, OH 45237-5594 | |
| 10925 | BOND JR., LENARD, GENERAL DELIVERY, MCCURTAIN, OK 74944 | |
| 10925 | BOND PLBG SUPPLY INC, 6441 GARDEN RD., RIVIERA BEACH, FL 33404 | |
| 10925 | BOND PLUMBING SUPPLY, 1250 NW 23 ST, MIAMI, FL 33142 | |
| 10925 | BOND SCHOENECK KING, 111 WASHINGTON AVE, ALBANY, NY 12210 | |
| 10925 | BOND SUPPLY INC., 1500 NW 15TH AVE., POMPANO BEACH, FL 33069 | |
| 10925 | BOND, BOB, BOX 121, MCCURTAIN, OK 74944 | |
| 10925 | BOND, CAMILLA, 310 N. LANSING ST, ST JOHNS, MI 48879 | |
| 10925 | BOND, CARL, GENERAL DELIVERY, MCCURTAIN, OK 74944 | |
| 10925 | BOND, DAVID, 505 NW 2ND, STIGLER, OK 74462 | |
| 10925 | BOND, DONNA, 301 OVERHILL DR., ARLINGTON, TX 76010 | |
| 10925 | BOND, EARL, ADA LANE PO BOX 101, NEW CANEY, TX 77357 | |
| 10925 | BOND, FREDDIE, ROUTE 1 BOX 261, HARTSHORNE, OK 74547 | |
| 10925 | BOND, GERALD, 7003 N. E. PAR LANE, VANCOUVER, WA 98662 | |
| 10925 | BOND, HYANG-JA, 1005 FOSS AVE., DREXEL HILL, PA 19026 | |
| 10925 | BOND, JANET, 8067 LAKE POINTE DR, PLANTATION, FL 33322 | |
| 10925 | BOND, JANICE, 555 BONDS LAKE ROAD, DANIELSVILLE, GA 30633 | |
| 10925 | BOND, JOSEPH, 1934 DORRIT ST, NEWBURY PARK, CA 91320 | |
| 10925 | BOND, JUDITH, 422 AZALEA, LAKE JACKSON, TX 77566 | |
| 10925 | BOND, KELLY, 8817 CAMINITO ROAD, INDIANAPOLIS, IN 46234 | |
| 10925 | BOND, LINDA, ROUTE 2, BOX 2524, DANIELSVILLE, GA 30633 | |
| 10925 | BOND, LOUIS, 1617 E 29TH ST, BALTIMORE, MD 21218 | |
| 10925 | BOND, LOUIS, 1617 E 29TH ST, BALTIMORE, MD 21218-3724 | |
| 10925 | BOND, M, C/O B JENSEN 839 BAYSHORE AVE, WEST ISLIP, NY 11795 | |
| 10925 | BOND, PANSY, RT 2 BOX 2258, DANIELSVILLE, GA 30633 | |
| 10925 | BOND, SHARON, 3514 TIMBER LANE, BETHLEHEM, PA 18017 | |
| 10925 | BOND, SHARON, 7001 E PALM LANE, SCOTTSDALE, AZ 85257 | |
| 10925 | BOND, STEPHANIE, 15 SILVERBROOK ROAD, TOPSFIELD, MA 01983 | |
| 10925 | BOND, TODD, 334 PRINCE GEORGE ST., LAUREL, MD 20707 | |
| 10925 | BOND, WALTER, 14930-B WALLISVILLE RD, HOUSTON, TX 77049 | |
| 10924 | BONDED CONCRETE INC, SS RT. 155, WATERVLIET, NY 12189 | |
| 10924 | BONDED CONCRETE, SHAKER RD., WATERVLIET, NY 12189 | |
| 10924 | BONDED CONCRETE, SS RT. 155, WATERVLIET, NY 12189 | |
| 10925 | BONDED FIBER PRODUCTS, 2748 TANAGER AVE, CITY OF COMMERCE, CA 90040 | |
| 10925 | BONDED LIGHTNING PROTECTION, PO BOX 9006, JUPITER, FL 33468 | |
| 10925 | BONDED LOCK SERVICE, 11 RINDGEFIELD ST, CAMBRIDGE, MA 02140 | |
| 10925 | BONDED MATERIALS COMPANY, 150 PUUHALE ROAD, HONOLULU, HI 96819 | |
| 10925 | BONDED MATERIALS COMPANY, 91-400 KAMAHANA ST., EWA BEACH, HI 96707 | |
| 10925 | BONDED MATERIALS, 91-400 KOMOHANA ST, KAPOLEI, HI 96707 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BONDED ROOFING SUPPLY INC., PO BOX2150, SCOTIA, NY 12302

10924   BONDED SEPTIC TANK INC., 3639 E. HARTLEY COURT, HERNANDO, FL 34442

10924   BONDED SEPTIC TANK INC., PO BOX1509, HERNANDO, FL 34442

10925   BONDIOLI, KENNETH, 45 CRAIG AVE, MADISON, WI 53705

10924   BONDO/MAR-HYDE CORP, 3700 ATLANTA INDUSTRIAL PKWY N, ATLANTA, GA 30331

10924   BONDO/MAR-HYDE CORP, 4677 DEVITT DRIVE, CINCINNATI, OH 45246

10924   BONDO/MAR-HYDE CORP, PO BOX 46465, CINCINNATI, OH 45246

10925   BONDORA, DUANE, 2666 STUART ST, DENVER, CO 80212

10925   BONDS, ARETHA, RT 1 BOX 214-C, DRY BRANCH, GA 31020

10925   BONDS, BRENDA, 1044 EUGENE ST, INDIANAPOLIS, IN 46208

10925   BONDS, DARYL, 815 OAK GROVE RD., ATHENS, GA 30607

10925   BONDS, DEBBIE, 7 FAIRVIEW AVE, SOMERVILLE, NJ 08876

10925   BONDS, JOHN, 991 HOLDERNESS LANE, CINCINNATI, OH 45240-1855

10925   BONDS, RENEE, 763 ROUTE 202-206 NORTH, BRIDGEWATER, NJ 08807

10925   BONDS, STACEY, 245 WOODBINE ST, COMMERCE, GA 30529

10925   BONDURANT, JAMES, 531 STEPHENS ROAD, AKRON, OH 44312

10924   BONE ROOFING SUPPLY, 1950 N. NARRAGANSETT AVE., CHICAGO, IL 60639

10924   BONE ROOFING SUPPLY, 1950 N. NARRAGANSETT, CHICAGO, IL 60639

10925   BONE, IAN, 105 THORNBLADE BLVD, GREER, SC 29650

10925   BONE, J, 3197 AMY ANN DRIVE, MILLINGTON, TN 38053

10925   BONE, JAMES H, 100 PEACHTREE ST NW #100, ATLANTA, GA 30303-1901

10925   BONE, JAMES H, 100 PEACHTREE ST NW, ATLANTA, GA 30303-1901

10925   BONE, JAMES, 103 HARROGATE CT, SIMPSONVILLE, SC 29681

10925   BONE, JERRY BRYAN, 1101 CARTERSVILLE HWY, DALLAS, GA 30132

10925   BONE, JERRY, 723 CARTERSVILLE HWY, DALLAS, GA 30132

10925   BONE, JOYCE, 399 LINCOLN AVE., APT B-E, ORANGE, NJ 07050

10925   BONE, RICHARD, 2140 ROOSEVELT AVE, 2, BERKELEY, CA 94703

10925   BONE, SOPHIA, 2306 W HURON, CHICAGO, IL 60612

10925   BONEBRAKE, HATTIE, 2003 MT HOPE RD, WEBB CITY, MO 64870

10925   BONELLO, VIRGINIA, 48491 SUGARBUSH, NEW BALTIMORE, MI 48047

10925   BONET, WILFREDO, PO BOX 1156, QUEBRADILLAS, PR 00670

10925   BONETTI, DOROTHY, 41 RILEY DRIVE, EAST PROVIDENCE, RI 02915

10925   BONEY, CECIL, RT 1 BOX 13, HALIFAX, NC 27839

10925   BONFIELD, IAIN, 6 ST PAULS CLOSE, EVESHAM WORS, WR11 6EYUNITED KINGDOM          *VIA Deutsche Post*

10925   BONGARDE COMMUNICATIONS LTD, POBOX 428, OROVILLE, WA 98844-0428

10925   BONGEL, DELTON, 133 S ONEIDA ST, GREEN BAY, WI 54303-1920

10925   BONHAM, TRAVIS, 192 GREENLEAF LANE, CONROE, TX 77304

10925   BONHOMME PRESBYTERIAN CHURCH, 14820 CONWAY ROAD, CHESTERFIELD, MO 63017

10925   BONIA, RALPH, 704 N QUINCY ST, BROCKTON, MA 02402

10925   BONICA, JOSEPH, 40 CIRCLE DR, WALTHAM, MA 02154

10924   BONIDE CHEMICAL CO, 2 WURZ AVE, YORKVILLE, NY 13495

10924   BONIDE PRODUCTS, INC., 2 WURZ AVE, YORKVILLE, NY 13495

10924   BONIDE PRODUCTS, INC., CAMBRIDGE, MA 02140

10925   BONIESKIE, RAYMOND, 5416 RICHENBACHER AVE APT 201, ALEXANDRIA, VA 22304

10925   BONIFACE, NANCY, 7B MCDERMOTT FARM RD, DANVERS, MA 01923

10925   BONIFANT, LISA, 1533 TARKILN RD S.E., LANCASTER, OH 43130

10925   BONILLA, ADA, URB ALTA VISTA, PONCE, PR 00731

10925   BONILLA, EDUARDO, 1702 SUMMIT PL NW #303, WASHINGTON, DC 20009

10925   BONILLA, EDWARDO, 6942 GREENVALE PKWY, HYATTSVILLE, MD 20784

10925   BONILLA, ELENA, 1044 LARIAT, EL PASO, TX 79915

10925   BONILLA, FLORENCE, PO BOX 2008, MAYAGUEZ, PR 00681

)

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BONILLA, HILDA, 343 N GLEBE RD # 4, ARLINGTON, VA 22203

10925    BONILLA, JORGE A, 7500 GRACE DR., COLUMBIA, MD 21044

10925    BONILLA, JORGE, 2824 THICKETT WAY, OLNEY, MD 20832

10925    BONILLA, JORGE, 7500 GRACE DR., COLUMBIA, MD 21044

10925    BONILLA, JOSE, 6158 WILLSTON DR, FALLS CHURCH, VA 22044

10925    BONILLA, LUISA, 3415 13TH ST NW, WASHINGTON, DC 20010

10925    BONILLA, MYRIAM, 3116 MULLINEAUX LANE, ELLICOTT CITY, MD 21042-0000

10925    BONISLAWSKI, DAVID, 1026 PARSONS GREEN, POWDER SPRINGS, GA 30073

10925    BONITA B KELLY, 202 LINN ST, TRENTON, MO 64683-2453

10924    BONITA BAY MEDICAL OFFICE BLDG., C/O GALE FIREPROOFING, BONITA SPRINGS, FL 33923

10925    BONITA C WILLIAMS TR UA, THE WILLIAMS FAMILY LIVING, TRUST, DATED JULY 24 1992, 5401
         RANDOLPH RD, NORTH LITTLE ROCK, AR 72116-6320

10924    BONITZ CO OF CAROLINA, 128 O'CONNOR STREET, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, 128 O'CONNER STREET, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, 128 O'CONNOR STREET, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: 3001 ANDERSON PLACE, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: AUDUBON PARK, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: CARRIAGE VILLAGE, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: SLEEP INN, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: THE COMMONS, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: VA HOSPITAL, FAYETVILLE, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: WATERFORD APARTMENTS, GREENSBORO, NC 27406

10924    BONITZ CO. OF THE CAROLINAS, FOR: WOODWAY POINT, GREENSBORO, NC 27406

10924    BONITZ COMPANY OF CAROLINA INC, THE, C/O GLEN RAVEN MILL- OSBORNE CO., ANDERSON, SC
         29621

10924    BONITZ COMPANY OF CAROLINA, 128 O'CONNOR ST., GREENSBORO, NC 27406

10924    BONITZ COMPANY OF CAROLINA, IN, THE, C/O HYDE CORRECTIONAL CENTER, FAIRFIELD, NC
         27826

10925    BONITZ CONTRACTING CO, POST OFFICE BOX 82, COLUMBIA, SC 29202-0082

10924    BONITZ INS., 128 O,CONNER ST, GREENSBORO, NC 27406

10924    BONITZ INSULATION CO, 128 O'CONNOR STREET, GREENSBORO, NC 27406

10924    BONITZ INSULATION CO. OF S.C., CAMBRIDGE, MA 02140

10924    BONITZ INSULATION, PO BOX 82, COLUMBIA, SC 29202

10924    BONITZ OF GEORGIA, CAMBRIDGE, MA 02140

10924    BONITZ OF GEORGIA, INC., 4700 WATERS AVENUE, SAVANNAH, GA 31404

10924    BONITZ OF GEORGIA, INC., CLOVER H/S - AUDITORIUM ADDITION, CLOVER, SC 29710

10924    BONITZ OF GEORGIA,INC., PO BOX 22398, SAVANNAH, GA 31403

10924    BONITZ OF GREENSBORO, FORT BRAGG, NC 28307

10924    BONITZ OF THE CAROLINAS, 128 O'CONNER STREET, GREENSBORO, NC 27406

10924    BONITZ OF THE CAROLINAS, 128 O'CONNOR, GREENSBORO, NC 27406

10925    BONK, JAMES, 5636 S. 27TH ST., MILWAUKEE, WI 53221

10925    BONK, THOMAS, 219 MOCKINGBIRD LN, WINTER SPRINGS, FL 32708

10925    BONK, WILLIAM, 1814 HUNTINGTON DR, DUARTE, CA 91010

10925    BONKOWSKI, FRANCES, 41 PARK AVE., GARDEN CITY PARK, NY 11040

10925    BONKOWSKI, THERESA, 923 CHASE COMMON DR NORCROSS, GA 30071, LAWRENCEVILLE, GA
         30244

10925    BONNA, IAN, 5401 BROOKSIDE, KANSAS CITY, MO 64112

10925    BONNAMY & ASSOCIATES, LLC, 620 W. 5TH AVE, NAPERVILLE, IL 60563

10925    BONNEAU, ROGER, 6360 STADLER RD, MONROE, MI 48161

10925    BONNELL, GWEN, 1955 BELLS FERRY RD, MARIETTA, GA 30066

10925    BONNELL, MARGARET, 3615 ASHBY ROAD, ST ANN, MO 63074

10925    BONNELL, PHILLIP, 120 ARAGON, SAN MATEO, CA 94402

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BONNER & MOORE ASSOCIATES, INC, PO BOX 4591, HOUSTON, TX 77210-4591 | |
| 10925 | BONNER & MOORE CONSULTING SERVICES, 2727 ALLEN PKWY, HOUSTON, TX 77019 | |
| 10925 | BONNER JR, DOUGLAS, PO BOX 156, MARGARET, AL 35112 | |
| 10925 | BONNER, DONALD, 472 THAYER CIRCLE, EVANSTON, WY 82930 | |
| 10925 | BONNER, JAMIE, 5254 WEST 24TH, ODESSA, TX 79763 | |
| 10925 | BONNER, JEFFREY, 10-E COUNTRY CLUB LN, ANDERSON, SC 29621 | |
| 10925 | BONNER, JOHN, 1 MAKEFIELD RD APT G315, MORRISVILLE, PA 19067 | |
| 10925 | BONNER, SHERRIE, 1412 BROWN RD, OAK GROVE, LA 71263 | |
| 10925 | BONNESEN, LEONARD, ROUTE 2 BOX 136, ATLANTIC, IA 50022-9631 | |
| 10925 | BONNESEN, RICHARD, 805 WEST 3RD, AURELIA, IA 51005 | |
| 10925 | BONNET, ALVIS, 2516 GRANT ST, HOLLYWOOD, FL 33020 | |
| 10925 | BONNET, JUAN JOSE UZATEGUI, AV COLOMBIA 752, 21, LIMA, PERU | *VIA Deutsche Post* |
| 10925 | BONNET, ROBERT, 2335 MCKINLEY ST, HOLLYWOOD, FL 33020 | |
| 10925 | BONNETT, HAROLD, 102 WOODLAND RD, SEWICKLEY, PA 15143 | |
| 10925 | BONNETTE, JODIE, 4348 HWY. 1, MARKSVILLE, LA 71351 | |
| 10925 | BONNETTE, JODY, 4348 HWY. 1, MARKSVILLE, LA 71351 | |
| 10925 | BONNEY, JUVAUGH, 93 GOLDSMITH AVE, NEWARK, NJ 07112 | |
| 10925 | BONNIE J FELDMAN, 13216 PARK LANE, FT WASHINGTON, MD 20744-6513 | |
| 10925 | BONNIE L NOVAK TR UA APR 1 73, GEORGE JAMES TRUST, PO BOX 85671, LAS VEGAS, NV 89185-0671 | |
| 10925 | BONNIE L NOVAK TR UA APR 1 73, STEPHEN FRANK TRUST, PO BOX 85671, LAS VEGAS, NV 89185-0671 | |
| 10925 | BONNIE L NOVAK TR UA FEB 1 88, GEORGE FEBRUARY TRUST, PO BOX 85671, LAS VEGAS, NV 89185-0671 | |
| 10925 | BONNIE L NOVAK TR UA FEB 1 88, STEPHEN FEBRUARY TRUST, PO BOX 85671, LAS VEGAS, NV 89185-0671 | |
| 10925 | BONNIE L NOVAK, PO BOX 85671, LAS VEGAS, NV 89185-0671 | |
| 10925 | BONNIE RAE RUSSELL, C/O BONNIE RAE WORRELL, 1645 COUNTY RD 151, IDAHO SPRINGS, CO 80452-9508 | |
| 10924 | BONNIE TILE CORP., 3308 W. 45TH ST, WEST PALM BEACH, FL 33407 | |
| 10924 | BONNIE TILE CORP., 3308 WEST 45TH ST., WEST PALM BEACH, FL 33407 | |
| 10925 | BONNO, BENJAMIN P, 325 VICTORIA ST, GREEN BAY, WI 54302-2817 | |
| 10925 | BONNO, BENJAMIN, 325 VICTORIA ST, GREEN BAY, WI 54302-2817 | |
| 10925 | BONNOT CO., 1520 CORPORATE WOODS PKWY., UNIONTOWN, OH 44685 | |
| 10925 | BONO GOLDENBERG HOPKINS, 65 E FERGUSON AVE, PO BOX 128, WOOD RIVER, IL 62095 | |
| 10925 | BONO, LEESA, 21 CHABLIS DRIVE, RENO, NV 89512 | |
| 10925 | BONO, SYLIVA, 5012 PRINCETON AVE, WESTMINSTER, CA 92683 | |
| 10925 | BONOS, TONY, 1912 MONROE ST., 201, HOLLYWOOD, FL 33020 | |
| 10925 | BONSALL, DEAN, 105 WINSTON AVE, WILMINGTON, DE 19804 | |
| 10925 | BONSATO, ROBERT, 9859 LINCOLN BLVD, L A, CA 90045 | |
| 10925 | BONSER, KELLY L., 8817 JASPER, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | BONSNESS, JEFFERY, 1909 7TH AVE E. #B, WILLISTON, ND 58801 | |
| 10925 | BONSUK, JOHN, 504 MATTHEWS AVE, BALTIMORE, MD 21225 | |
| 10925 | BONTEMPO, BLAINE A, CUST FOR KARI L BONTEMPO UNDER, THE NC UNIF TRAN TO MIN ACT, 24 POLO DR, BARRINGTON, IL 60010-711 | |
| 10925 | BONTON, ANGELA, 9400 CONVENTRY SQUARE 1911, HOUSTON, TX 77099 | |
| 10924 | BONTRAGER MASONRY, 980 CATTLEMAN RD., SARASOTA, FL 34239 | |
| 10924 | BONTRAGER POOLS, 23695 U.S. HWY. 33, ELKHART, IN 46517 | |
| 10925 | BONURA, CHRISTOPHER, 3300 LAKE TRAIL DR, METAIRIE, LA 70003 | |
| 10925 | BONURA, TIMOTHY, 116 EAST EDGEBROOK APT 203, HOUSTON, TX 77034 | |
| 10925 | BONVILLIAN, MARCIE, 200 KELLY LANE, SULPHUR, LA 70665 | |
| 10925 | BOOCK, LORI T, 3838 N. SAM HOUSTON, HOUSTON, TX 77032 | |
| 10925 | BOOCK, LORI, 2906 HEATHER LAKE CT, KINGWOOD, TX 77345 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOOGAERTS, BRENDA, 433 1/2 OLIVE ST, SHREVEPORT, LA 71104

10925   BOOHER, DIANA, 2709 NW 26TH ST, OKLA CITY, OK 73107

10925   BOOHER, KURT, 2941 CUNNINGHAM, WICHITA FALLS, TX 76308

10925   BOOHER, VIRGINIA, 14904 CHESTNUT RIDGE CT, GAITHERSBURG, MD 20878

10925   BOOK LOOK RESEARCH DIVISN, PO BOX 450, WARWICK, NY 10990-0450

10924   BOOK MARKET, INC., THE, 1375 JERSEY AVENUE, NORTH BRUNSWICK, NJ 08902

10925   BOOK MARKET, THE, 5915 CASEY DR, KNOXVILLE, TN 37909

10925   BOOK, BARBARA, 10569 CRESCENT PLACE, BASTROP, LA 71220

10925   BOOKENBERGER, JUDY, 212 LOUIS ST., MONTEGUT, LA 70377

10925   BOOKER, AUDREY, 321 WELLHAM AVE, GLEN BURNIE, MD 21061-2634

10925   BOOKER, DAVID, 4265 WATER BRIER RD, MILLINGTON, TN 38053

10925   BOOKER, GARY, 13123 MISSION VALLEY, HOUSTON, TX 77069-2521

10925   BOOKER, K, 6153 SHADE TREE DRIVE, BARTLETT, TN 38134

10925   BOOKER, LASHELL, 2031 N PRAIRIE APT #30, DALLAS, TX 75204

10925   BOOKER, LUCILLE, 1500 FLAGLER RD, AUGUSTA GA, GA 30909

10925   BOOKER, MICHAEL, 671 BUNCOMBE ST, ENOREE, SC 29335

10925   BOOKER, RICHARD, 1917 NICHOL AVE, ANDERSON, IN 46016

10925   BOOKER, RICHARD, 205 CANTERBURY ST, SIMPSONVILLE, SC 29681

10925   BOOKER, ROBERT, 3457 VARGAS CIRCLE APT. 1A, BALTIMORE, MD 21244

10925   BOOKER, ROBERT, PO BOX 753, STAPLETON, AL 36578

10925   BOOKER, TERRY, 2624 E HWY 418, FOUNTIAN INN, SC 29644

10925   BOOKER, VAN, PO BOX 1092, DUNCAN, SC 29334-1092

10925   BOOKER, VIVIAN, 5433 NORTHWEST 169TH ST, MIAMI, FL 33055

10925   BOOKER, WELTON, 368 TURNER LANE, GLEN BURNIE, MD 21060

10925   BOOKER-MURDOCH, JOMERO, 2400 VIRGINIA AVE #102, LANDOVER, MD 20785

10925   BOOKMAN, KATHY, 170 E. SECOND ST, C4, PERRYSVILLE, OH 44864

10925   BOOKOUT, JOHNNY, 111 W PECAN, IOWA PARK, TX 76367

10925   BOOKS, EARL JAMES, CUST FOR JULIE N BOOKS, UNIF GIFT MIN ACT VA, 8202 MARTHA ST, ALEXANDRIA, VA 22309-3722

10925   BOOKS, JULIE, 8202 MARTHA ST, ALEXANDRIA, VA 22309-3722

10925   BOOKSMART ENTERPRISES INC, 668 GLADES ROAD, BOCA RATON, FL 33431-6414

10924   BOOM TOWN, SMITH & GREEN, LAS VEGAS, NV 89101

10925   BOOM VIDEO PRODUCTIONS, 7605 WEST ADDISON, CHICAGO, IL 60634

10925   BOONE & ASSOCIATES, 901 CORPORATE CENTER DR - SUITE 204, MONTEREY PARK, CA 91754

10925   BOONE & ASSOCIATES, 901 CORPORATE CENTER DRIVE, SUITE 204, MONTEREY PARK, CA 91754

10924   BOONE CONSTRUCTION CO, P.O.BOX 853, COLUMBIA, MO 65205

10924   BOONE CONSTRUCTION COMPANY, MO D.O.T. MAINTENANCE LOT - HWY 44, SAINT CLAIR, MO 63077

10924   BOONE CONSTRUCTION INC, 827 MONONA ST, BOONE, IA 50036

10924   BOONE CONSTRUCTION INC, P O BOX  160, BOONE, IA 50036

10924   BOONE COUNTY CONCRETE, 234 SO 2ND STREET, ALBION, NE 68620

10924   BOONE COUNTY CONCRETE, 234 SO.2ND STREET, ALBION, NE 68620

10925   BOONE COUNTY, PO BOX 960, BURLINGTON, KY 41005

10924   BOONE MEDICAL OFFICE BUILDING, 1105 N CHURCH STREET, CHARLOTTE, NC 28231

10924   BOONE READY MIX, HWY 421-110 SEVEN OAKS, BOONE, NC 28607

10925   BOONE, ARLETHIA, 2104 REBECCA ST, APT B, ROANOKE RAPIDS, NC 27870

10925   BOONE, DANIEL, 15701 NELSEN PL S, TUKWILA, WA 98188

10925   BOONE, DELOIS, FREEMAN ST PO BOX 424, GARYSBURG, NC 27831

10925   BOONE, HENRY, 264 HARPER RD, HINESTON, LA 71438-0115

10925   BOONE, JEROME, 14 MOUNTBATTEN COURT, APT. 201, BALTIMORE, MD 21207

10925   BOONE, JOE, 8 HACKNEY DRIVE, MC CLOUD, OK 74851-9209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BOONE, JUANITA, 131 GRANT DR, ROANOKE RAPIDS, NC 27870

10925    BOONE, KAREN, FLUSHING, NY 11355

10924    BOONE, KARLBERG & HADDON, PC, 201 W MAIN ST, MISSOULA, MT 59807-9199

10925    BOONE, MARY, PO BOX 15, GUMBERRY, NC 27838

10925    BOONE, MICHAEL, 1212 DUKE UNIVERSITYAPT. #11, DURHAM, NC 27701

10925    BOONE, MICHAEL, PO BOX 213, HALIFAX, NC 27839

10925    BOONE, NEAL, 3309 WYNDHAM CIRCLE #1176, ALEXANDRIA, VA 22302

10924    BOONE, RICHARD W, 2020 N 14TH ST, ARLINGTON, VA 22201

10925    BOONE, RICHARD, 680 ZAGA WAY #C, ELKO, NV 89801

10925    BOONE, SHERMAN, PO BOX 492, GARYSBURG, NC 27831

10925    BOONE, STANLEY, PO BOX 424 KEY ST, GARYSBURG, NC 27831

10925    BOONE, TIMOTHY, 6051 W 65TH, BEDFORD PARK, IL 60638

10925    BOONE, TIMOTHY, 6141 W 64TH PLACE, CHICAGO, IL 60638

10925    BOONE, VIVIAN, 2028 BOLLINGER MILL ROAD, FINKSBURG, MD 21048

10924    BOONEVILLE CONCRETE, 2277 EBY ROAD, BOONVILLE, IN 47601

10924    BOONVILLE CONCRETE, 2277 EBY RD, BOONVILLE, IN 47601

10924    BOONVILLE CONCRETE, 2277 EBY ROAD, BOONVILLE, IN 47601

10924    BOONVILLE ELEMENTARY SCHOOL, WAREHOUSE, 4483 BUCKLEY ROAD W., LIVERPOOL, NY 13089

10924    BOONVILLE READY MIX, BOONVILLE, MO 65233

10925    BOORTZ, JOHN, 882 26 1/4TH ST, CHETEK, WI 54728

10925    BOOS, DONALD, 401 W MADISON AVE, DUMONT, NJ 07628

10925    BOOSE CASEY CIKLIN LUBITZ MARTENS, 515 N. FLAGER DR 19TH FL, WEST PALM BEACH, FL 33402-4626

10925    BOOSO, DEAN, 1201 AGATE TRAIL, DAYTON, OH 45459

10925    BOOTH JR, WILLIAM E, C/O WILLIAM E BOOTH III, CUST, UNDER THE AL UNIF TRAN MIN ACT, 203 ROXIE WAY, EUFAULA, AL 36027-6011

10925    BOOTH MCCARTHY, 901 W MAIN ST #201, PO BOX 4669, BRIDGEPORT, WV 26330

10925    BOOTH OTT, BECKY, CUST FOR J MICHAEL OTT JR, UNDER THE VA UNIF TRAN MIN ACT, 11437 STONE MILL CT, OAKTON, VA 22124-2031

10925    BOOTH OTT, BECKY, CUST FOR MATTHEW C OTT, UNDER THE VA UNIF TRAN MIN ACT, 11437 STONE MILL CT, OAKTON, VA 22124-2031

10925    BOOTH, ANDREA, 108 EAST ROBINSON, SHREVEPORT, LA 71104

10925    BOOTH, FREDERICK, 2205 CHEQUERS COURT, BEL AIR, MD 21015

10925    BOOTH, GARY, 110 NEWCASTLE COURT, ROCKY MOUNT, NC 27803

10925    BOOTH, JAMES, 2331 FLAT SHOALS RD, RIVERDALE, GA 30296

10925    BOOTH, JR, CLARENCE, PO1303, WINTERHAVEN, FL 33882

10925    BOOTH, LOLAND, RT. 3, BOX 104-C, VICTORIA, TX 77901

10925    BOOTH, MARJORIE N, 4000 N HAWTHORNE, CHATTANOOGA, TN 37406

10925    BOOTH, MARJORIE, 6929 SAVANNAH ESTATE, HARRISON, TN 37341

10925    BOOTH, NORMA, 1125 FOREST VALE WAY, NORCROSS, GA 30093

10925    BOOTH, RAYMOND, 1517 GLENHAVEN, WICHITA FALLS, TX 76304

10925    BOOTH, SANDRA, W5259 WANGSNESS ROAND, DEFOREST, WI 53532

10925    BOOTH, SUSAN A, RT 8 BOX 622A, TYLER TX, TX 75701

10925    BOOTH, TAMMIE, 200A BOXWOOD RD, ANNAPOLIS, MD 21401

10925    BOOTH, TERRI, 110 NEW CASTLE CCT, ROCKY MOUNT, NC 27809

10925    BOOTH, THOMAS, 7 NORTH PKWY, ELKTON, MD 21921

10925    BOOTH, THOMAS, 8814 NYE ROAD, VENTURA, CA 93001

10925    BOOTH, TONYA, BAYTREE LANE, BESSEMER CITY, NC 28016

10925    BOOTHBY, BETTY, 156 SOUTH 6TH AVE, MANVILLE, NJ 08835

10925    BOOTHE, JOSETTE, 389 S. OCEAN AVE., FREEPORT, NY 11520

10925    BOOTHE, R, 2613 RIDGEFIELD ROAD, COLUMBIA, MO 65203

10925    BOOTHE, TODD, 123 TAUNTON LOOP ROAD, JONESVILLE, LA 71343

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOOTS, CONNIE, 3000 J ST. SW, 1108, CEDAR RAPIDS, IA 52404

10925   BOOZER, KAREN, PO BOX 354, HILLISTER, TX 77624

10925   BOOZER, RUSSELL, 3 POPLAR RIDGE DR, SIMPSONVILLE, SC 29681

10925   BOOZER, SAMANTHA, 3 POPLAR RIDGE ROAD, SIMPSONVILLE, SC 29681

10925   BOOZER, VIVIAN, 499 IJAMS ST, FAYETTEVILLE, NC 28301

10925   BOPPRE, MARGARET, 510 VICTORIA ST, WEST BEND, WI 53095

10925   BOQUET, RICHARD, 7912 BELLAIRE, 744, HOUSTON, TX 77036

10925   BOQUET, TAMMY, 228 MORRISON AVE, HOUMA, LA 70364

10925   BOR, IRINA, 5326 1-2 FOUNTAIN AVE, LOS ANGELES, CA 90029-0000

10925   BORAH, DEBORAH D, 13416 HARTLAND ST, VAN NYES, CA 91405-4317

10924   BORAL BRICK, P.O. BOX 1178, COLUMBUS, GA 31993

10924   BORAL BRICK, PLANT #2 BRICK YARD RD, PHENIX CITY, AL 36867

10924   BORAL BRICKS, 700 S.LONG STREET, EAST SPENCER, NC 28039

10924   BORAL BRICKS, INC., PO BOX 1249, SALISBURY, NC 28145

10925   BORAWSKI, CORINNE, 39794 MANOR DR, MT CLEMENS, MI 48045

10925   BORBEE, STEPHEN M, 32 KINGSLAND RD, W ROXBURY MA, MA 02132

10925   BORCHARDT, BRIAN W, 19 HOLLY OAK #121, LITTLETON, CO 80127

10925   BORCHARDT, BRIAN, 2220 ARROWHEAD DR, NAPERVILLE, IL 60564-5666

10925   BORCHELT, ROGER, 2502 MICHAEL DAVID DRIVE, PLANT CITY, FL 33567

10925   BORCHERS, RICKY, 4313 WHETSEL AVE., CINCINNATI, OH 45227

10925   BORCHETTA, ADELINE, 17 MANOR ROAD, OLD GREENWICH, CT 06870

10925   BORCHMAN, PHYLLIS, 306 VALLEY FORGE TRAIL, ROCKTON, IL 61072

10925   BORCZ, JOE, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925   BORCZ, JOSEPH, 90 BLACKWATCH TR, FAIRPORT, NY 14450

10925   BORDEAU, PETER, NORTH 2400 WILBUR RD, SPOKANE, WA 99206

10925   BORDELON, GERALD, 122 GIULBEAU ST, MANSURA, LA 71350

10925   BORDELON, JORDAN, GENERAL DELIVERY, BORDELONVILLE, LA 71320

10925   BORDELON, LAURA, 2201 AVE K, GALVESTON, TX 77550

10925   BORDELON, MARY, 1911 JOHN CIRCLE, MONROE, LA 71201

10924   BORDEN - COAT. & INK, 630 GLENDALE MILFORD ROAD, CINCINNATI, OH 45215

10924   BORDEN - COATINGS & INK, 8-10 22ND STREET, FAIR LAWN, NJ 07410

10925   BORDEN & ELLIOT, 40 KING ST WEST, TORONTO, ON M5H 3Y4CANADA          *VIA Deutsche Post*

10925   BORDEN & REMINGTON CORP, POBOX 2573, FALL RIVER, MA 02722

10925   BORDEN & REMINGTON CORPORATION, POBOX 2573, FALL RIVER, MA 02722-2573

10925   BORDEN & REMINGTON, PO BOX 2573, FALL RIVER, MA 02722-2573

10925   BORDEN CHEMICAL, INC, PO BOX 54700, NEW ORLEANS, LA 70154

10924   BORDEN CHEMICAL, INC., 6200 CAMPGROUND RD, LOUISVILLE, KY 40216

10925   BORDEN CHEMICAL, PO BOX 751149, CHARLOTTE, NC 28275

10925   BORDEN CHEMICAL,INC, PO BOX 54700, NEW ORLEANS, LA 70154

10925   BORDEN CHEMICALS & PLASTICS, PO BOX 538005, ATLANTA, GA 30353-8005

10925   BORDEN CHEMICALS INC., C/O PRENTICE HALL CORP SYSTEM, 800 BRAZOS, AUSTIN, TX 78701

10925   BORDEN INC, C ROBERT KIDDER CHM PRES & CEO RICK, 180 EAST BROAD ST, 28TH FL, COLUMBUS, OH 43215

10925   BORDEN INC, JUDITH PRAITIS,

10925   BORDEN LOCK & KEY, 3803-C WHITE HORSE ROAD, GREENVILLE, SC 29611

10924   BORDEN PACKAGING HEADQUARTER NODE*, COLUMBIA, MD 21044

10924   BORDEN PACKAGING, 630 GLENDALE-MILFORD ROAD, CINCINNATI, OH 45215

10924   BORDEN PACKAGING, COATINGS & GRAPHIC DIV., 630 GLENDALE-MILFORD ROAD, CINCINNATI, OH 45215

10925   BORDEN, EVEL, PO BOX 71, WOODSBORO, TX 78393

10924   BORDEN, INC, 2301 SHERMER ROAD, NORTHBROOK, IL 60062

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BORDEN, INC., 2301 SHERMER ROAD, NORTHBROOK, IL 60062

10925   BORDEN, JAMES, 1220 PITNER AVE, EVANSTON, IL 60202

10925   BORDEN, JOHN, 39 TRAPELO ST, BRIGHTON, MA 02135

10925   BORDEN, KEITH, 1220 PITNER AVE, EVANSTON, IL 60202

10925   BORDEN, SHIRLEY, 1375 LANCE DRIVE, EAGLE PASS, TX 78852

10925   BORDEN, THOMAS, 2197 UECKER #1722, LEWISVILLE, TX 75067

10924   BORDER PRODUCTS, 1855 W. GRANT RD., TUCSON, AZ 85745

10924   BORDER PRODUCTS, 3880 E BROADWAY, PHOENIX, AZ 85040

10924   BORDER PRODUCTS, 5530 S. ARVILLE ST., LAS VEGAS, NV 89118

10924   BORDER PRODUCTS, 5601 EASTGATE DRIVE, SAN DIEGO, CA 92121

10924   BORDER PRODUCTS, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85010

10924   BORDER PRODUCTS, P.O. BOX 50563, TUCSON, AZ 85745

10924   BORDER PRODUCTS, PHOENIX, AZ 85019

10924   BORDER PRODUCTS, PO BOX50563, TUCSON, AZ 85745

10924   BORDER STATES ELEC. SY  (AD), 9100 WYOMING AVENUE N., BROOKLYN PARK, MN 55445

10924   BORDER STATES ELEC. SY, POBOX 3016, ALBUQUERQUE, NM 87109-3016

10924   BORDER STATES ELECTRIC PHX, 5519 EAST WASHINGTON, PHOENIX, AZ 85034

10925   BORDER STATES ELECTRIC SUPPLY, PO BOX 52516, PHOENIX, AZ 85072-2516

10924   BORDER STATES ELECTRIC, 5601 JEFFERSON ST. NE, ALBUQUERQUE, NM 87109

10924   BORDER STATES INDUSTRIES (AD), 105 25TH STREET N, FARGO, ND 58102

10924   BORDER STATES INDUSTRIES (AD), 113 26TH STREET N, WILLISTON, ND 58801

10924   BORDER STATES INDUSTRIES (AD), 1401 MINNESOTA AVENUE N, SIOUX FALLS, SD 57104

10924   BORDER STATES INDUSTRIES (AD), 1917 I-94 BUSINESS LOOP, DICKINSON, ND 58601

10924   BORDER STATES INDUSTRIES (AD), 206 SOUTH PLAINVIEW ST., BILLINGS, MT 59101

10924   BORDER STATES INDUSTRIES (AD), 2104 MILL ROAD, GRAND FORKS, ND 58203

10924   BORDER STATES INDUSTRIES (AD), 3205 THAYER AVE, BISMARK, ND 58501

10924   BORDER STATES INDUSTRIES (AD), 5519 EAST WASHINGTON, PHOENIX, AZ 85034

10924   BORDER STATES INDUSTRIES (AD), 5601 JEFFERSON ST. NE, ALBUQUERQUE, NM 87109

10924   BORDER STATES INDUSTRIES (AD), 9100 WYOMING AVE N, BROOKLYN PARK, MN 55445

10924   BORDER STATES INDUSTRIES (AD), 9100 WYOMING AVE. N., BROOKLYN PARK, MN 55445

10924   BORDER STATES INDUSTRIES (AD), BH FIVERCOM 774 INDUSTRIAL AVE., RAPID CITY, SD 57702

10924   BORDER STATES INDUSTRIES (AD), P.O. BOX 2767, FARGO, ND 58108

10924   BORDER STATES INDUSTRIES(AD), 5519 EAST WASHINGTON, PHOENIX, AZ 85034

10925   BORDERLAND TRADESHOW, 1155 WESTMORELAND DR, EL PASO, TX 79925-5623

10924   BORDERS BOOKS AND MUSIC, 95TH & OAKLEY AVENUE, CHICAGO, IL 60643

10924   BORDERS HQ, 100 PHOENIX DRIVE, ANN ARBOR, MI 48108

10925   BORDERS, ANDREW, 717 GREENLEAF LANE, LAKE WALES, FL 33853

10925   BORDERS, WALI, 1155 E HICKORY, KANKAKEE, IL 60901

10925   BORDI, GEORGE R, RTE 2 BOX 230, LA HONDA, CA 94020

10925   BORDON CHEMICALS & PLASTICS, PO BOX 427, GEISMAR, LA 70734

10925   BORDWELL, J, 104 E CHESTER, LAFAYETTE, CO 80026

10925   BORECK, BARBARA, 1036 GIBRALTER RD, KEY LARGO, FL 33037

10925   BORELLA, LYNN, 8 JOHNSON AVE, HUDSON, MA 01749

10925   BORELLI, LOUISE, 17 LILYPOND AVE, SAUGUS, MA 01906

10925   BOREM, TIMOTHY, 4099 W 71ST ST, CHICAGO, IL 60629

10925   BOREM, TIMOTHY, 8210 SPYGLASS CIRCLE, ORLAND PARK, IL 60462

10925   BOREMAN, SUSAN, 145 FERN HOLLOW RD, CORAPOLIS, PA 15108

10925   BOREMCO SPECIALTY CHEMICALS, 106 FERRY ST, FALL RIVER, MA 02722

10924   BOREN SAFETY INC, 5402 WEST SKELLY DRIVE, TULSA, OK 74107

10925   BOREN, CINDY, 10 BLUESTONE CT, MAULDIN, SC 29662

10925   BOREN, CYNTHIA, 806 N WALL, IOWA PARK, TX 76367

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BOREN, LINDA, 1219 PACIFIC, IOWA PARK, TX 76367

10925    BOREN, MARGIE, PO BOX 17092, SPARTANBURG, SC 29301

10925    BORER, STACEY, 11785 HOLLYVIEW DR, GREAT FALLS, VA 22066

10925    BORG WARNER AUTOMOTIVE, 15545 WELLS HWY, SENECA, SC 29678

10925    BORG WARNER CORPORATION, PO BOX 5060, TROY, MI 48007-5060

10925    BORG WARNER, 66901 18 1/2 MILE RD, STERLING HEIGHTS, MI 48314-3205

10925    BORGATTI, LOUIS, 215 CARLLS PATH, E5, DEER PARK, NY 11729

10925    BORGE, MARIO, 12726 CURTIS & KING ROAD, APT D, NORWALK, CA 90650

10925    BORGE, RICHARD, 2637 MOLLIMAR DR, PLANO, TX 75075

10925    BORGEDALEN, CAROL, 83 FRONTIER TRAIL DR, SAN JOSE, CA 95136

10925    BORGELT POWELL PETERSON FRAUEN, 735 N WATER ST 15TH FL, MILWAUKEE, WI 53202

10924    BORGER READY MIX, CORNER OF FLORIDA & WILSON, BORGER, TX 79007

10924    BORGER READY MIX, PO BOX 5025, BORGER, TX 79007

10924    BORGER REDI-MIX, PO BOX 5025, BORGER, TX 79007

10925    BORGER, KIM, 204 PERSHING BLVD, WHITEHALL PA, PA 18052

10924    BORGERT CONC PRODUCTS, 8646 RIDGEWOOD RD, SAINT JOSEPH, MN 56374

10924    BORGERT CONC PRODUCTS, BOX 39, SAINT JOSEPH, MN 56374

10924    BORGERT CONCRETE PRODUCTS, P O BOX 39, SAINT JOSEPH, MN 56374

10925    BORGES, GEORGE, 39 PELHAM ROAD, TIVERTON, RI 02878

10925    BORGES, LINDA, 125 PERKINS ST, SOMERVILLE, MA 02145

10925    BORGES, MADALENA, 417 WEIR ST, TAUNTON, MA 02780

10925    BORGMAN, KELLY, BOX 402, HENRIETTA, TX 76365

10925    BORGWARDT, ALAN, 10908 FLEETWOOD DRIVE, BELTSVILLE, MD 20705

10925    BORGWARDT, CHRISTINE, 3450 DALLAS MILL RD, LAGRANGE, GA 30240

10925    BORG-WARNER COROPORATION, 200 SOUTH MICHIGAN AVE, CHICAGO, IL 60604

10925    BORIA, LALITA, HIPP PROGRAM P, HARRISBURG, PA 17105

10925    BORINA BROS, 5225 COUNTRY LANE, SAN JOSE, CA 95129-4222

10925    BORING, ALAN, PO BOX 524, RICHFIELD, NC 28137

10925    BORINO, JANE, 1030 GENTRY WAY #3, RENO, NV 89502-4445

10925    BORIS IMAGE GROUP, 1 NORTH AVE, BURLINGTON, MA 01803-3313

10925    BORJA, DOROTHY, 28912 N DEODAR PL, SAUGUS, CA 91350

10925    BORK, STACEY, 17 MILTON ST, CAMBRIDGE, MA 02140

10925    BORKENHAGEN, TAMARAH, 1430 KATER ST, PHILA, PA 19146

10925    BORLACK, HOWARD B, PO BOX 136, THE EXCHANGE TOWER, 130 KINGS ST W #2700, TORONTO,    *VIA Deutsche Post*
         ON M5X1C7CANADA

10925    BORLAND, KERMIT, 43 PARK ST, SHREWSBURY, MA 01545

10925    BORLAND, MATTHEW, 401 LANDEN PT, PEACHTREE CITY, GA 30269

10925    BORLEIS JR, ALBERT G, 297 EAGLES NEST LANDING RD, TOWNSEND, DE 19734-9736

10924    BORN ENGINEERING CO, P O BOX 102, TULSA, OK 74101

10924    BORN ENGINEERING, C/O ECI, TULSA, OK 74107

10925    BORN, KENNETH, 34 W SPRING ST, SOMERVILLE, NJ 08876

10925    BORNE, EDWARD, PO BOX 842, GALLIANO, LA 70354

10925    BORNE, MELINDA, 36 BRITTANY DR, KENNER, LA 70065

10924    BORNEMAN IND SUPPLY, 124 E HIGH STREET, ELKHART, IN 46515

10924    BORNEMAN INDUSTRIAL SUPPLY, 124 E HIGH STREET, ELKHART, IN 46515

10925    BORNEMANN, DALE, PO BOX 178, WAUSAUKEE, WI 54177

10925    BORNER, SEAN, 2844 CARAWAY DR, TUCKER, GA 30084

10924    BORNHOFT CONC PRODS INC, 150 COUNTY RD 8, TYLER, MN 56178

10924    BORNHOFT CONC PRODS, 150 COUNTY RD 8, TYLER, MN 56178

10924    BORNHOFT CONCRETE PROD INC., RR1 BOX 49, TYLER, MN 56178

10924    BORNHOFT CONCRETE PRODUCTS, 150 CO RD 8, TYLER, MN 56178

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BORNHOFT CONCRETE PRODUCTS, 1811 FOREMAN DRIVE, PIPESTONE, MN 56164

10924    BORNHOFT CONCRETE PRODUCTS, 708 WEST COLLEGE DRIVE, MARSHALL, MN 56258

10924    BORNHOFT CONCRETE PRODUCTS, PO BOX 707, PIPESTONE, MN 56164

10925    BORNMANN, JAMES, 3296 N CARBON CITY RD, PARIS, AR 72855

10925    BORNQUIST INC., 31367 NETWORK PLACE, CHICAGO, IL 60673-1313

10925    BORNQUIST INC., PO BOX 94054, CHICAGO, IL 60690

10925    BORNSLATER, REGINALD, 4907 ADDISON RD #201, CAPITOL HEIGHTS, MD 20743

10925    BORNSTEIN, NORMAN, 304 LAKE FOREST DR, SPARTANBURG, SC 29307

10924    BORO SAND & STONE CORP, 192 PLAIN STREET, NORTH ATTLEBORO, MA 02760

10924    BORO SAND & STONE CORP., 192 PLAIN STREET, NORTH ATTLEBORO, MA 02760

10924    BORO SAND & STONE CORP., 87 EASTMAN ST. ROUTE 106, NORTH EASTON, MA 02356

10925    BORODIN, CHARLIS ANN, 144-21 SOUTH DR, FLUSHING, NY 11357

10925    BORODIN, VIRGINIA, 156-20 RIVERSIDE DR WEST, 4E, NEW YORK, NY 10032-7010

10925    BOROUGH OF CARTERET, 20 COOKE AVE., CARTERET, NJ 07008

10925    BOROUGH OF CARTERET, 61 COOKE AVE. - BOROUGH HALL, CARTERET, NJ 07008

10925    BOROUGH OF CLEMENTON TAX DEPT, 101 GIBBSBORO RD., CLEMENTON, NJ 08021

10925    BOROUGH OF CLEMENTON WATER DEPT, 101 GIBBSBORO RD, CLEMENTON, NJ 08021

10924    BOROUGH OF NEW BRIGHTON, 610 3RD AVE, NEW BRIGHTON, PA 15066

10925    BOROUGH OF SWEDESBORO, LAW OFFICE OF CHARLES IANNUZZI, CHARLES IANNUZZI, 28 COOPER ST, WOODBURY, NJ 08096

10925    BOROUGH OF SWEDESBORO, STACEY MULLEN LAW OFFICES OF CHARLE, 28 COOPER ST, WOODBURY, NJ 08096

10925    BOROUGHS, RUTH, 100 RIDGEVIEW DR, CLEMSON, SC 29631

10925    BOROVICKA, D, 408 65TH ST CT NW, BRADENTON, FL 34209

10925    BOROWSKI, MJ, 3278 GAULE ST, PHILADELPHIA, PA 19134

10925    BORRAS, CARMEN, 1066 DEER RUN, WINTER SPRING, FL 32708

10925    BORREGAARD DEUTSCHLAND GMBH, DEA-SCHOLVEN-STRABE 9, KARLSRUHE, 76187GERMANY      *VIA Deutsche Post*

10925    BORREGO, CARMEN, 800 N. MCCOLL #51, MCALLEN, TX 78501

10925    BORREGO, DAVID, 1642 CHURCHILL LANE, MANSFIELD, TX 76063

10925    BORREGO, ELISA, RT 8 BOX 222, MISSION, TX 78572

10925    BORREGO, JOHN, 1201 N. 3RD, IOWA PARK, TX 76367

10925    BORREGO, VALERIE, 9639 STONEHAVEN, EL PASO, TX 79925

10925    BORREL, MELISSA, 18959 LINA ST, #514, DALLAS, TX 75287

10925    BORREL, TIMOTHY M, 147 ARTHUR VINCENT RD., SULPHUR, LA 70665

10925    BORREL, TIMOTHY, 147 ARTHUR VINCENT RD, SULPHUR, LA 70665

10925    BORRELLI, HUTTON & WILLIAMS, 376 TRAPELO ROAD, BELMONT, MA 02478

10924    BORRELLI, HUTTON & WILLIAMS, MA 02478, MA 02478

10925    BORRELLI, JOSEPH, 49 ROBBINSVILLE EDINBURG ROAD, ROBINSVILLE, NJ 08691

10925    BORREO, RUBY, 260 FOREST AVE, N MIDDLETOWN, NJ 07734

10925    BORRERO, BIENVENIDO, PINE GROVE APTS 240 HIGH ST, D8, TAUNTON, MA 02780

10925    BORRMANN, PAUL, 4320 S.W. 13TH TERR, CORAL GABLES, FL 33134

10925    BORROR, FRANCIS, ROUTE 1 BOX 55, JOHNSTON CITY, IL 62951

10925    BORROTO, R, 320 S.W. 116 CT., MIAMI, FL 33174

10925    BORSIG TECHNOLOGIES, INC/, KNIGHTHAWK ENGINEERING, HOUSTON, TX 77058

10925    BORTER HEATING & AIR, 0 N 441 PLEASANT HILL ROAD, WHEATON, IL 60187

10925    BORTER, VICKY, 1428 COMMANCHE AVE, GREEN BAY, WI 54313

10925    BORTON, JOHN, 2701 SPARTACUS DR., GRAND PRAIRIE, TX 75051

10925    BORTON, KENNETH, BOX 192, HOLLIDAY, TX 76366

10924    BORTZ MASONRY, N6732 BLACKHAWK ROAD, PORTAGE, WI 53901

10925    BORTZ, BRADLEY, 1114 LYNNE TERRACE, CINCINNATI, OH 45215

10925    BORYACHINSKIY, OLEG, 10 POINSETTIA CT, BALTIMORE, MD 21209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BORZO, DR. MARIE, 27 MAPLE RUN, BASKING RIDGE, NJ 07920 | |
| 10925 | BOSAK PUBLISHING INC, 4764 GALICIA WAY, OCEANSIDE, CA 92056 | |
| 10925 | BOSAK, AMY, 5257 HOLIDAY DRIVE, PITTSBURGH, PA 15236 | |
| 10925 | BOSAK, JANET, 65 WILSON ST, PITTSBURGH, PA 15223 | |
| 10925 | BOSARGE, SHIRLEE, 234 DEWEY CIRCLE, BILOXI, MS 39531 | |
| 10925 | BOSCARINO, BRENDA, 1829 ARNOLD WAY #1505, ALPINE, CA 91901 | |
| 10925 | BOSCH ROBERT CORP AND BOSCH ROBERT, BELL BOYD & LLOYD MICHAEL K OHM, 70 WEST MADISON ST, SUITE 3200, CHICAGO, IL 60602-4207 | |
| 10925 | BOSCH, BERNARD, 272 PIONEER ROAD, LIBBY, MT 59923 | |
| 10925 | BOSCH, J, 164 NORTH ST, SUN PRAIRIE, WI 53590 | |
| 10925 | BOSCH, JANET, 6035 10 AVE NE, MONTEVIDEO, MN 56265 | |
| 10925 | BOSCH, MELVIN, PO BOX 1446, TROUT CREEK, MT 59874 | |
| 10925 | BOSCHERT INC., 4860 BUSH LANE, MOBILE, AL 36619 | |
| 10924 | BOSCO DEPARTMENT STORE, COLONIE CENTER MALL - EXIT 24, ALBANY, NY 12205 | |
| 10925 | BOSCO, PATRICIA, 22518 SLEEPY GATE, SPRING, TX 77373 | |
| 10924 | BOSCOBEL READY MIX, HIGHWAY 61, BOSCOBEL, WI 53805 | |
| 10925 | BOSE CORP, 10551 FARROW ROAD, BLYTHEWOOD, SC 29016 | |
| 10925 | BOSE CORP, 125 FISHER ST, WESTBOROUGH, MA 01581 | |
| 10925 | BOSE, WILLIAM, 2024 WOODCREST DR., INDEPENDENCE, KY 41051 | |
| 10925 | BOSECKER, WILFRED, 4387 W CR 200 N, ROCKPORT, IN 47635-9227 | |
| 10925 | BOSEMAN, IRVIN, 5605 PINE GATE, COLLEGE PARK, GA 30349 | |
| 10925 | BOSH, SARA, 10039 ST RT 700 LOT 95, MANTUA, OH 44255 | |
| 10925 | BOSHAMER, GEORGE, 3588 ROLLING TRAIL, PALM HARBOR, FL 34684 | |
| 10925 | BOSHART, JOSEPH, 2740 NW 26TH CIRCLE, BOCA RATON, FL 33431 | |
| 10925 | BOSHART, VALERIE, 2740 NW 26TH CIRCLE, BOCA RATON, FL 33431 | |
| 10925 | BOSHEARS, TAMMY, RT 5 BOX 1504, LAFOLLETTE, TN 37766 | |
| 10925 | BOSIACKI, DONALD, 24110 LANDING WAY, SPRING, TX 77373 | |
| 10925 | BOSIER, ROBERT, 2220 6TH AVE TER. E, BRADENTON, FL 34208-2430 | |
| 10925 | BOSKAGE COMMERCE PUBLICATIONS, PO BOX 337, ALLEGAN, MI 49010 | |
| 10925 | BOSKEY, ALBERT, 3076 MARY ELIZABETH DRIVE, BARTLETT, TN 38134 | |
| 10925 | BOSLEY, RAYMOND, 5040 W 118TH ST, ALSIP, IL 60803 | |
| 10925 | BOSNICK, REGINA, 2205 OAK CREEK RD., W MEMPHIS, AR 72301 | |
| 10925 | BOSQUEZ, GUADALUPE, 2200 OAKLAND, MCALLEN, TX 78501 | |
| 10925 | BOSS FEDORKO, BARBARA, 610 JAMES FARM RD, STRATFORD, CT 06497-1043 | |
| 10925 | BOSS MANUFACTURING CO. INDSTR., PO BOX 931039, CLEVELAND, OH 44193 | |
| 10925 | BOSS, JACK, 31 MOREY LN, RANDOLPH, NJ 07869 | |
| 10924 | BOSSE CONCRETE PROD, ATTN:  ACCOUNTS PAYABLE, MORROW, GA 30260 | |
| 10924 | BOSSE CONCRETE PRODUCTS, 7414 BATTLE CREEK ROAD, JONESBORO, GA 30236 | |
| 10924 | BOSSE CONCRETE PRODUCTS, ATTN:  ACOUNTS PAYABLE, MORROW, GA 30260 | |
| 10925 | BOSSELMAN, INC, PO BOX 1567, GRAND ISLAND, NE 68802-1567 | |
| 10925 | BOSSERT/MINNEAPOLIS DIVISION, 5620 INTERNATIONAL PKWY, MINNEAPOLIS, MN 55428-3333 | |
| 10924 | BOSSIER CITY RIVERBOAT CASINO, 415 TRAFFIC STREET, BOSSIER CITY, LA 71111 | |
| 10925 | BOSSIER, ELIJAH D., 2640 BRENTWOOD DR, BATON ROUGE, LA 70816 | |
| 10925 | BOSSIO, JOSE, BULNES 1969 7, A, BUENOS AIRES, CP1425ARGENTINA | *VIA Deutsche Post* |
| 10925 | BOSSLER, MARY, 122 GROVE DR BOX 255, BLANDON, PA 19510 | |
| 10925 | BOSSLER, NANCY, 369 RAMSEY ROAD, YARDLEY, PA 19067 | |
| 10925 | BOSSLER, RICHARD, SOUTH 11611 VALLEY CHAPEL ROAD, VALLEYFORD, WA 99036 | |
| 10925 | BOSSLER, SANDRA, 110 PINELAKE LANE, MOORE, SC 29369 | |
| 10925 | BOSSONG, SCOTT, 2922 STONEGATE CT SW, ROCHESTER, MN 55902 | |
| 10925 | BOST, MARGARET, 22 PINTAIL DR, BERLIN, MD 21811 | |
| 10925 | BOST, SHELLY, 6801 BOST CUT-OFF, CONCORD, NC 28025 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BOST, STEVEN, RT 2 FM 52 W ARROWHD DR, WICHITA FALLS, TX 76302

10925    BOSTELMAN, PATRICIA, 350 BLEECKER ST., 3G, NEW YORK, NY 10014

10924    BOSTIC CONCRETE CO., INC, P.O. BOX 53008, LAFAYETTE, LA 70505

10924    BOSTIC CONCRETE CO., INC., HWY 90 EAST, LAFAYETTE, LA 70505

10925    BOSTIC, GREGORY, RT 9 BOX 988-8 BRIDLEPATH LA, MOORESVILLE, NC 28115

10925    BOSTIC, REGINALD, 1304 WOODLAWN AVE., PITTISBURGH, PA 15221

10925    BOSTIC, RUTH, ROUTE 1 BOX 224B, BENTON, TN 37307

10924    BOSTIK FINDLEY INC, 205 W. OLIVER DRIVE, MARSHALL, MI 49068

10924    BOSTIK FINDLEY INC., 11320 WATERTOWN PLANK ROAD, MILWAUKEE, WI 53226

10924    BOSTIK FINDLEY INC., 7401 INTERMODAL DRIVE, LOUISVILLE, KY 40258

10924    BOSTIK FINDLEY, INC., 211 BOSTON ST., MIDDLETON, MA 01949-2128

10924    BOSTIK INC, 211 BOSTON STREET, MIDDLETON, MA 01949

10924    BOSTIK, INC., 1740 COUNTY LINE ROAD, HUNTINGDON VALLEY, PA 19006

10924    BOSTIK, INC., 211 BOSTON STREET, MIDDLETON, MA 01949

10925    BOSTON AIRCONTROLS INC, ONE GARFIELD CIRCLE, BURLINGTON, MA 01803

10925    BOSTON ANESTHESIA SIMULATION CENTE, 116 HUNTINGTON AVE, BOSTON, MA 02116

10925    BOSTON ARCH. CENTER, 320 NEWBURY ST, BOSTON, MA 02115

10925    BOSTON AUTOMATIC TIME CLOCK CO, 243 CENTRAL AVE, MEDFORD, MA 02155

10925    BOSTON BAR ASSOCIATION, 16 BEACON ST, BOSTON, MA 02108

10925    BOSTON BELTING & RUBBER CORP., PO BOX 451, BOSTON, MA 02127

10925    BOSTON BUSINESS JOURNAL, 200 HIGH ST, BOSTON, MA 02210

10925    BOSTON CARS INC, 66 ROCSAM PARK ROAD, BRAINTREE, MA 02184

10925    BOSTON CARS/CTS, POBOX 631451, BALTIMORE, MD 21263-1451

10925    BOSTON CELTICS, 151 MERIMAC ST, BOSTON, MA 02114-4720

10925    BOSTON CELTICS, PO BOX 3366, BOSTON, MA 02241-3366

10925    BOSTON CENTER FOR INDEPENDENT, 100 CRAWFORD ST., UNIT 4, LEOMINSTER, MA 01453

10925    BOSTON CENTER FOR INDEPENDENT, 95 BERKELEY ST SUITE 206, BOSTON, MA 02116

10925    BOSTON CENTERLESS INC, 11 PRESIDENTIAL WAY, WOBURN, MA 01801

10925    BOSTON CHAPTER OF CSI INC, 127 WESTWOOD ROAD, MEDFORD, MA 02155

10925    BOSTON CHART HOUSE, 60 LONG WHARF, BOSTON, MA 02110

10925    BOSTON CHILDRENS HEART FUND, 300 LONGWOOD AVE., BOSTON, MA 02115

10925    BOSTON CLEANING CO INC, 2K GILL ST, WOBURN, MA 01801

10925    BOSTON CLEANING CO, 2K GILL ST, WOBURN, MA 01801

10925    BOSTON COACH, PO BOX 11529, BOSTON, MA 02211

10925    BOSTON COACH, PO BOX 854, EVERETT, MA 02149-0005

10925    BOSTON COFFEE BREWERS CO, POBOX 223, ARLINGTON, MA 02174

10925    BOSTON COFFEE BREWERS CO., 927 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10925    BOSTON COFFEE BREWERS, PO BOX 223927 MASSACHUSETTS AVE., ARLINGTON, MASS., MA 02174

10924    BOSTON COLLEGE CHEMISTRY DEPARTMENT, 2609 BEACON STREET, CHESTNUT HILL, MA 02467-3860

10924    BOSTON COLLEGE LAW SCHOOL, 885 CENTER STREET, NEWTON, MA 02161

10924    BOSTON COLLEGE PURCHASING DEPARTMEN, 140 COMMONWEALTH AVENUE, CHESTNUT HILL, MA 02467

10924    BOSTON COLLEGE, C/O HUDSHA OF NEW ENGLAND, 140 COMMONWEALTH AVENUE, CHESTNUT HILL, MA 02467

10924    BOSTON CONCRETE PROD, PO BOX88, SOUTH BOSTON, VA 24592

10924    BOSTON CONCRETE PROD, RAILROAD AVE, SOUTH BOSTON, VA 24592

10924    BOSTON CONCRETE PRODUCTS, RAILROAD AVE., SOUTH BOSTON, VA 24592

10925    BOSTON CONSULTING GROUP, INC, THE, EXCHANGE PLACE, BOSTON, MA 02109

10925    BOSTON COOPER CORP, POBOX 1167, SALEM, NH 03079-1137

10925    BOSTON CUSTOMS BROKERS AND FREIGHT, PO BOX 473, EAST BOSTON, MA 02128

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BOSTON DIVISION, 275 BODWELL ST, AVON, MA 02322-1139

10925    BOSTON EDISON CO, NSTAR SERVICES CO TIMOTHY N CRINON, 200 BOYLSTON ST, BOSTON, MA 02116-3916

10925    BOSTON EDISON CO, PO BOX 487, BOSTON, MA 02199-0487

10925    BOSTON EDISON, 800 BOYLSTON ST, BOSTON, MA 02199

10925    BOSTON EDISON, PO BOX 487, BOSTON, MA 02199-0487

10925    BOSTON EDISON, PO BOX 9230, WESTWOOD, MA 02090

10925    BOSTON EDISON, PO BOX 970030, BOSTON, MA 02297-0030

10924    BOSTON EDISON, SUMMIT CORP. CENTER, OFF MARYMOUNT AVENUE, WESTWOOD, MA 02090

10925    BOSTON ENGINEERING CORP, 335 BEAR HILL ROAD, WALTHAM, MA 02451-1020

10924    BOSTON FEDERAL COURTHOUSE, BOSTON, MA 02113

10925    BOSTON FEDERAL, 17 NEW ENGLAND EXECTUTIVE PARK, BURLINGTON, MA 01803

10925    BOSTON FELT COMPANY, 50 MILL ST, EAST ROCHESTER, NH 03868

10925    BOSTON FILTER SERVICE, 131 WEST MAIN ST, ORANGE, MA 01364

10924    BOSTON GARDEN, H. CARR & SONS, BOSTON, MA 02105

10925    BOSTON GAS CO, PO BOX 6001, BOSTON, MA 02205-6001

10925    BOSTON GAS COMPANY, PO BOX 15590, WORCESTER, MA 01615-0590

10925    BOSTON GAS, PO BOX 15590, WORCESTER, MA 01615-0590

10925    BOSTON GAS, PO BOX 4300, WOBURN, MA 01888-4300

10925    BOSTON HARBOR HOTEL, 70 ROWES WHARF, BOSTON, MA 02110

10925    BOSTON HERALD, PO BOX 2096, BOSTON, MA 02106-2096

10924    BOSTON INDUSTRIAL PRODUCTS, HOHENWALD PLANT, HOHENWALD, TN 38462

10924    BOSTON INDUSTRIAL PRODUCTS, NEWBERN PLANT, HWY. 77 EAST, NEWBERN, TN 38059

10924    BOSTON INDUSTRIAL PRODUCTS, NEWBERN PLANT, PO BOX 38, NEWBERN, TN 38059

10924    BOSTON INDUSTRIAL PRODUCTS, PO BOX 500, HOHENWALD, TN 38462

10925    BOSTON LADDER & SCAFFOLDING CO INC, POST OFFICE BOX 346, WEST LYNN, MA 01905

10925    BOSTON MAGAZINE, 300 MASSACHUSETTS AVE, BOSTON, MA 02115

10925    BOSTON MAGAZINE, PO BOX 7693, RED OAK, IA 51591-0693

10925    BOSTON MARRIOT LONG WHARF, 296 STATE ST, BOSTON, MA 02109

10925    BOSTON MARRIOTT CAMBRIDGE, TWO CAMBRIDGE CENTER, CAMBRIDGE, MA 02142

10925    BOSTON MARRIOTT COPLEY PLACE, 110 HUNTINGTON AVE ,, BOSTON, MA 02116

10925    BOSTON MATTHEWS INC, 36 OAK ST, NORWOOD, NJ 07648

10924    BOSTON MEDICAL CENTER HOSPITAL, P/U IN NORWOOD, 505 UNIVERSITY AVE; BLDG.#3, NORWOOD, MA 02062

10925    BOSTON MIRROR CORP BAY STATE GLASS, 159 OLD COLONY AVE, SOUTH BOSTON, MA 02127

10924    BOSTON MORMON TEMPLE, 86 FRONTAGE ROAD, BELMONT, MA 02478

10924    BOSTON MUSEUM OF FINE ARTS, C/O CUSTOMER PICKUP @ NORWOOD, 505 UNIVERSITY AVENUE-BLDG. 3, NORWOOD, MA 02062

10924    BOSTON ON-SITE SALES, 1271-A WASHINGTON STREET, WEYMOUTH, MA 02189

10925    BOSTON PARK PLAZA HOTEL, THE, 64 ARLINGTON ST, BOSTON, MA 02116

10925    BOSTON PATENT LAW ASSOCIATION, 10 GEORGE ST, LOWELL, MA 01852

10925    BOSTON PATENT LAW ASSOCIATION, 101 FEDERAL ST 23RD FL, BOSTON, MA 02110-1800

10925    BOSTON PATENT LAW ASSOCIATION, 2 MILTA DR, LEXINGTON, MA 02173

10925    BOSTON PATENT LAW ASSOCIATION, 225 FRANKLIN ST, BOSTON, MA 02110-2804

10925    BOSTON PATENT LAW ASSOCIATION, 60 STATE ST, BOSTON, MA 02109

10925    BOSTON PATENT LAW ASSOCIATION, 600 ATLANTIC AVE, BOSTON, MA 02210

10925    BOSTON PATENT LAW ASSOCIATION, 8 FANEUIL HALL MARKETPLACE, BOSTON, MA 02109

10925    BOSTON PATENT LAW ASSOCIATION, ONE INTERNATIONAL PLACE, BOSTON, MA 02110

10925    BOSTON PIPE & FITTINGS COMPANY INC., 171 SIDNEY ST, CAMBRIDGE, MA 02139

10924    BOSTON PLACE, ONE BOSTON PLACE, WORCESTER, MA 01603

10924    BOSTON POLICE HEADQUARTERS, C/O NEW ENGLAND CONTRACTORS, BOSTON, MA 02101

10925    BOSTON PUBLIC LIBRARY, PO BOX 286, BOSTON, MA 02117-0286

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOSTON RED SOX, PO BOX 15476, BOSTON, MA 02215-0008

10925   BOSTON RED SOX, POBOX 15476, BOSTON, MA 02215-0008

10925   BOSTON ROTARY CHARITIES, POBOX 9192, BOSTON, MA 02114-0041

10924   BOSTON SAND & GRAVEL CO, 169 PORTLAND STREET, BOSTON, MA 02114

10925   BOSTON SAND & GRAVEL CO., 169 PORTLAND ST., BOSTON, MA 02114

10924   BOSTON SAND & GRAVEL, CITY SQUARE, CHARLESTOWN, MA 02129

10924   BOSTON SAND & GRAVEL, DEER ISLAND, MA 02152

10924   BOSTON SAND & GRAVEL, FID KENNEDY DRIVE, SOUTH BOSTON, MA 02127

10924   BOSTON SAND & GRAVEL, SPECTACLE ISLAND, MA 99999

10925   BOSTON SAW & KNIFE CORP, 292 RESERVOIR ST, NEEDHAM HEIGHTS, MA 02494-3171

10925   BOSTON SCIENTIFIC, 610 PLEASANT ST, WATERTOWN, MA 02172

10925   BOSTON SCIENTIFIC, PO BOX 7407, WATERTOWN, MA 02272

10924   BOSTON SHERIDAN HOTEL, 505 UNIVERSITY AVE., NORWOOD, MA 02062

10925   BOSTON SOCIETY FOR INFORMATION, PO BOX 620116, NEWTON LOWER FALLS, MA 02162-0116

10925   BOSTON SOCIETY OF ARCHITECTS, 52 BROAD ST, BOSTON, MA 02115-4301

10925   BOSTON SOFTWARE WORKS INC, 177 MILK ST, BOSTON, MA 02109

10924   BOSTON STORE C/O WILKIN INS, THE, 5800 N. PORT WASHINGTON ROAD, GLENDALE, WI 53217

10925   BOSTON TRAINING INC., ACFI/PRIORITY MANAGEMENT, POBOX 984, MARION, MA 02738

10924   BOSTON UNIV. HOUSING C/O HUDSHA, 905 COMMONWEALTH AVENUE, BOSTON, MA 02215

10925   BOSTON UNIVERSITY CAREER FEST, 19 DEERFIELD ST, BOSTON, MA 02215

10925   BOSTON UNIVERSITY SCHOOL OF MEDICIN, 818 HARRISON AVE, BOSTON, MA 02118

10925   BOSTON UNIVERSITY, 881 COMMONWEALTH AVE, BOSTON, MA 02215

10925   BOSTON UNIVERSITY, ACCOUNTS RECEIVABLE FINANCIAL OFFIC, TYNGSBORO, MA 01879

10924   BOSTON WATER & SEWER, 980 HARRISON AVENUE, BOSTON, MA 02119

10925   BOSTON, CARLA, 6814 SANTA MONICA DR, SHREVEPORT, LA 71119

10925   BOSTON, CINDY, 428 EAST H ST., ELIZABETHTON, TN 37643

10925   BOSTON, J, 26610 HWY 221, ENOREE, SC 29335

10925   BOSTON, JOHNY M, RT 4 BOX 403, TOWN CREEK AL, AL 35672

10925   BOSTON, ROBERT, 3152 WELLBORNE DR W, MOBILE, AL 36695

10925   BOSTON, ROSANNE, 34824 SPRING VALLEY, WESTLAND, MI 48185

10925   BOSTON, VANITA, 2600 COACHLIGHT, MIDWEST CITY, OK 73110

10925   BOSTONBEAN COFFEE COMPANY, 23 DRAPER ST, WOBURN, MA 01801-4521

10925   BOSTONGAS, PO BOX 15590, WORCESTER, MA 01615-0590

10925   BOSTONIAN HOTEL, THE, FANEUIL HALL MARKETPLACE, BOSTON, MA 02109

10925   BOSTROM-BERG METAL PRODUCTS, 3488 WEST ASHLAN AVE, FRESNO, CA 93722

10925   BOSTRUP, ERIC, 5 BAYBERRY LANE, WILTON, CT 06897

10925   BOSTWICK, BRUCE, 409 ATHERTON DRIVE, GARLAND, TX 75043

10925   BOSTWICK, CHARLES, RT 3 BOX 205B, GUTHRIE, OK 73044

10925   BOSTWICK, DORAL, 2324 MADISON ST, HOLLYWOOD, FL 33020

10925   BOSWELL JR, WAYNE, 10201 MARRIOTTSVILLE RD., RANDALLSTOWN, MD 21133

10925   BOSWELL JR, WAYNE, 10201 MARRIOTTSVILLEROAD, GRANITE, MD 21133

10925   BOSWELL, CARLA, 16 BOULDERCREST LN AAPT F, ATLANTA, GA 30316

10925   BOSWELL, CHRIS, 13345 SHEA PLACE, HERNDON, VA 22070

10925   BOSWELL, DAVID, 507 CHERRY HILL RD, BALTIMORE, MD 21225

10925   BOSWELL, DIANNE, PO BOX 1349, IOWA, LA 70647

10925   BOSWELL, JAMES, 428 ASHLEY OAKS DRIVE, MOORE, SC 29369

10925   BOSWELL, JAMES, PO BOX 1349, IOWA, LA 70647

10925   BOSWELL, JAMES, PO BOX 9, ELECTRA, TX 76360

10925   BOSWELL, LAWRENCE, 1562 RAY ROAD, LEWIS PORT, KY 42351

10925   BOSWELL, PATRICIA, 218 CLYDE SHORT RD., COMMERCE, GA 30529

10925   BOSWELL, PHYLLIS, 121 FOXWOOD LANE, WILMINGTON, NC 28401-8304

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BOSWELL, SIDNEY L., 10070 WEST PARK 606, HOUSTON, TX 77042 | |
| 10925 | BOTANICAL INTERIORS, 368 CONGRESS ST, BOSTON, MA 02210 | |
| 10924 | BOTANICALS INTERNATIONAL, 2550 EL PRESIDIO STREET, LONG BEACH, CA 90810-1193 | |
| 10925 | BOTCHERBY, MAUREEN, 853 SALEM LANE, LAKE WORTH, FL 33467 | |
| 10925 | BOTELHO, BRUCE, PO BOX 110300, DIAMOND COURTHOUSE, JUNEAU, AK 99811-0300 | |
| 10925 | BOTELHO, KATHLEEN, 994 L N UNION ST., ROCKLAND, MA 02370 | |
| 10925 | BOTELHO, LAWRENCE, 131-8 LYDON LANE, HALIFAX, MA 02338 | |
| 10925 | BOTELHO, LUIS, 6 BRYANT ST, TAUNTON, MA 02780 | |
| 10925 | BOTELHO, PAULINE, 78 GIDLEY TOWN RD, N DARTMOUTH, MA 02747 | |
| 10925 | BOTELLO, ANDREA, 2125 GRAYSON ST, FORT WORTH, TX 76106 | |
| 10925 | BOTELLO, ERNEST, 403 OCAMPO AVE, SAN YGNACIO, TX 78067 | |
| 10925 | BOTELLO, JOSE, 211 SOUTH 8TH, ALAMO, TX 78516 | |
| 10925 | BOTELLO, TERRY, 612 N.DWIGHT, PAMPA, TX 79065 | |
| 10924 | BOTEMEX, S.A DE C.V., KM.12.5 ANT CARR. MEXICO-PACHUCA, ECATEPEC, 55340MEXICO | *VIA Deutsche Post* |
| 10925 | BOTHE LAURIDSEN, PO BOX 2020, COLUMBIA FALLS, MT 59912 | |
| 10925 | BOTHE, CHARLOTTE, 9080 MARY ANN AVE, SHELBY TOWNSHIP, MI 48317-2649 | |
| 10925 | BOTOLINO, ANITA, 14 MARATHON ST, ARLINGTON, MA 02174 | |
| 10925 | BOTOLINO, MICHELLE, 22 COLUMBUS AVE., CAMBRIDGE, MA 02140 | |
| 10924 | BOTOMEX, SA DE CV, KM 19.5 CARRETERA MEXICO-PACHUCA, TULPETLAC, 0MEXICO | *VIA Deutsche Post* |
| 10925 | BOTSFORD, ANN, 1424 FILENE CT, VIENNA, VA 22182 | |
| 10925 | BOTT EQUIPMENT CO INC, PO BOX 14235, HOUSTON, TX 77221 | |
| 10925 | BOTT, DAVID, 8891 MOREHART, SUN VALLEY, CA 91352 | |
| 10925 | BOTT, JOAN, 21054 PARTHENIA #11, CANOGA PARK, CA 91304 | |
| 10925 | BOTTCHER AMERICA CORP., PO BOX 79594, BALTIMORE, MD 21279-0594 | |
| 10924 | BOTTCHER CO, 722 WEST GREY STREET, ELMIRA, NY 14905 | |
| 10925 | BOTTCHER, NANCY, 192 CLOUGH HILL RD, LOUDON, NH 03301 | |
| 10925 | BOTTGER, DENSIEL, PO BOX 223, AGRA, OK 74824 | |
| 10925 | BOTTGER, STEVE, PO BOX 202, AGRA, OK 74824 | |
| 10925 | BOTTING, DAVID, 4 KATHRYN ROAD, FOXBORO, MA 02035 | |
| 10925 | BOTTOM LINE BOOKS, PO BOX 11014, DES MOINES, IA 50336-1014 | |
| 10925 | BOTTOM LINE PERSONAL, PO BOX 58423, BOULDER, CO 80322 | |
| 10925 | BOTTOM LINE TELECOMMUNICATIONS, INC, 103 VAN CEDARFIELD RD, COLCHESTER, CT 06415-1629 | |
| 10925 | BOTTOM LINE, BOX 58386, BOULDER, CO 80322 | |
| 10925 | BOTTOMLINE TECHNOLOGIES, INC, PO BOX 6174, BOSTON, MA 02212-0001 | |
| 10925 | BOTTON, DAVID, 3881 N 41 CT, HOLLYWOOD, FL 33021 | |
| 10925 | BOTTS, MICHELLE, 133 MARTHA AVE, ELMWOOD, NJ 07407 | |
| 10925 | BOTTUM, SAMUEL, 2608 N 12 TH ST, ARLINGTON, VA 22201 | |
| 10925 | BOTWIN, RONALD M, 16051 SANTA BARBARA LANE, HUNTINGTON BEACH, CA 92649-2151 | |
| 10925 | BOTZ, FRANK, 1397 SHOEMAKER DR., WESTLAND, MI 48185 | |
| 10925 | BOUCHARD, BRAD, 5 NOTRE DAME, VAN BUREN, ME 04785 | |
| 10925 | BOUCHARD, CHRISTINE, 1827 S. PEORIA #B, CHICAGO, IL 60608 | |
| 10925 | BOUCHARD, JAN, 1855 BEAVER TRAIL RD, GREEN BAY, WI 54303 | |
| 10925 | BOUCHARD, JEAN, 1711 FAIRFAX, WICHITA FALLS, TX 76306 | |
| 10925 | BOUCHARD, JENNIFER, 178 HAZELTON COURT, MANCHESTER, NH 03103 | |
| 10925 | BOUCHARD, MARY E, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | BOUCHARD, MARY, 54 UPLAND RD, WALTHAM, MA 02451-2988 | |
| 10925 | BOUCHARD, PETER, 15 WESTON ROAD, MARBLEHEAD, MA 01945 | |
| 10925 | BOUCHARD, SHARON, 7111 WAITE DR. #18, LA MESA, CA 91941 | |
| 10925 | BOUCHAT, CAROLE, 26025 S HOLLYGREEN, SUN LAKES, AZ 85248 | |
| 10925 | BOUCHER, CRAIG, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140-1692 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BOUCHER, CRAIG, 9 CHESTER ST. APT# 27, CAMBRIDGE, MA 02140

10925   BOUCHER, DAVID, 7 PEARL AVE, LAWRENCE, MA 01841

10925   BOUCHER, DENNIS, 2175 MOCCASIN TRAIL, BELOIT, WA 53511

10925   BOUCHER, GRACE, 65 KATHY DR, HAVERHILL, MA 01830

10925   BOUCHER, HAROLD, PO BOX 06050, MILWAUKEE, WI 53206

10925   BOUCHER, JOYCE, 3 RIPPLING WATER CT, STAFFORD, VA 22554

10925   BOUCHER, KIMBERLY, 68 CONSTITUTION AV, SOUTH WEYMOUTH, MA 02190

10925   BOUCHER, ROY, 9448 REDLAND ROAD, MILTON, FL 32583

10925   BOUCK, KIMBERLY, 2038 THOMAS AVE. 3, SAN DIEGO, CA 92109

10925   BOUDEFFA, YOUCEF, 109 BANCROFT AV, READING, MA 01867

10925   BOUDEFFA, YOUCEF, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BOUDLOCHE, JOEY, 211 BERMUDA CT, HOUMA, LA 70363

10925   BOUDOIN, ROLAND, 125 WEST 64TH ST, CUT OFF, LA 70345

10925   BOUDOUCIES, JOHN, 33 CUNNINGHAM CIR, TAYLORS, SC 29687

10925   BOUDREAU JT TEN, EDWARD JAY & SUSAN ELAINE, 3204 DARBY ST 118, SIMI VALLEY, CA 93063-2562

10925   BOUDREAU, DAVID, 1007 BEDDING FIELD, KNIGHTDALE, NC 27545

10925   BOUDREAU, EARL, 128 B BUCKINGHAM WAY, MANCHESTER, NJ 08759

10925   BOUDREAU, ELAINE, 1 WAG TAIL LANE, W YARMOUTH, MA 02673

10925   BOUDREAU, ELEANOR, 128-B BUCKINGHAM DRIVE, LAKEHURST, NJ 08733-4422

10925   BOUDREAU, FRANCIS, 535 W CLINTON, KANKAKEE, IL 60901

10925   BOUDREAU, LILLAS, 35 BLVD RD, ARLINGTON, MA 02174

10925   BOUDREAU, MAURICE, 97 BEDFORD ROAD, MERRIMACK, NH 03054

10925   BOUDREAU, THOMAS, 6 HERMAN CIRCLE, HUDSON, MA 01749

10925   BOUDREAUX, AUDIE, 210 DIANE ST, HOUMA, LA 70360

10925   BOUDREAUX, CAROL, 4247 HWY 1, RACELAND, LA 70394

10925   BOUDREAUX, CHARLENE, 144 FREEDOM RD, SCOTT, LA 70583

10925   BOUDREAUX, CHRISTOPHER, 145 ST. ANN ST., RACELAND, LA 70394

10925   BOUDREAUX, DAVID, 105 HENRY ST., LAFAYETTE, LA 70506

10925   BOUDREAUX, DENNIS, 5160 HWY 1, RACELAND, LA 70394

10925   BOUDREAUX, DOUGLAS E, 1213 9TH ST., LAKE CHARLES, LA 70601

10925   BOUDREAUX, DOUGLAS, 1213 NINTH ST, LAKE CHARLES, LA 70601

10925   BOUDREAUX, JOEY, PO BOX 40, MATHEWS, LA 70375

10925   BOUDREAUX, JOHN, 200 MYRNA ST. - SPACE 7A, HOUMA, LA 70363

10925   BOUDREAUX, JOSEPH, 406 WILLOW ST, RACELAND, LA 70394

10925   BOUDREAUX, JR, AUTRY, 107 HONEYSUCKLE DRIVE, SCHRIEVER, LA 70395

10925   BOUDREAUX, JR, JOSEPH, PO BOX 501, RACELAND, LA 70394

10925   BOUDREAUX, JR, LOUIS, 5405 LEONA DRIVE, NEW IBERIA, LA 70560

10925   BOUDREAUX, L, 127 LORA ST, NEPTURE BEACH, FL 32233

10925   BOUDREAUX, LONNIE, PO BOX 142, LOCKPORT, LA 70374

10925   BOUDREAUX, LYDIA, PO BOX 516, SCOTT, LA 70583-0516

10925   BOUDREAUX, MICHAEL, RT 1, BOX 21 HOLLINGWORTH, PLAQUEMINE, LA 70764

10925   BOUDREAUX, NATHAN, 216 SAINT PATRICK, HOUMA, LA 70364

10925   BOUDREAUX, PAUL, PO BOX 1055, SCOTT, LA 70583

10925   BOUDREAUX, PERRY, 4313 CAPTAIN CADE RD., YOUNGSVILLE, LA 70592

10925   BOUDREAUX, RANDALL, BOX 107 HWY. 656, HOUMA, LA 70364

10925   BOUDREAUX, RANDY, 117 BARRILLEAUX ST., LOCKPORT, LA 70374

10925   BOUDREAUX, RAY, 117 MCGOWAN LANE, HOUMA, LA 70360

10925   BOUDREAUX, ROBERT, 2713 MAYO ST, NEW IBERIA, LA 70560

10925   BOUDREAUX, ROBERT, 9 J COURT, HOUMA, LA 70364

10925   BOUDREAUX, TODD, PO BOX 344, DONALDSONVILLE, LA 70346

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BOUDREAUX, TROY, 203 FIR ST, RACELAND, LA 70394 | |
| 10925 | BOUGHEY, GREG M, 21097 N WOODLAND AVE, BARRINGTON, IL 60010 | |
| 10925 | BOUGHRARA, KAMEL, #1 EVERGLADES ST, KENNER, LA 70065 | |
| 10925 | BOUGHTOBN, MELISSA, 30105 S EYGPITAN TRAIN, L, PEOTONE, IL 60468 | |
| 10925 | BOUGHTON, VAN, 30 GREGORY LANE, WARREN, NJ 07059 | |
| 10925 | BOUILLION, DAVIS, 514 ST. JULIEN ST., LAFAYETTE, LA 70506 | |
| 10925 | BOUJU DERAMBURE BUGNION, 52 RUE DE MONCEAU, PARIS, 75008FRANCE | *VIA Deutsche Post* |
| 10925 | BOULAS, SUSAN, 56 SHADY OAKS DR, COVINGTON, LA 70433 | |
| 10925 | BOULBOL, ESQ, CHARLES E, 26 BROADWAY, 17TH FLR, NEW YORK, NY 10004 | |
| 10925 | BOULDER DAM AREA COUNCIL BSA, 1135 UNIVERSITY ROAD, LAS VEGAS, NV 89119 | |
| 10925 | BOULDER MARTYS, 25 OTTERSON ST, NASHUA, NH 03060 | |
| 10925 | BOULDER MEDICAL CENTER, HUTCHINSON BLACK & COOK LLC, PO BOX 1170, BOULDER, CO 80306-1170 | |
| 10924 | BOULDER READY MIX, 3180 61ST STREET, BOULDER, CO 80306 | |
| 10924 | BOULDER READY MIX, P.O. BOX 17056, BOULDER, CO 80308 | |
| 10924 | BOULDER SAND & GRAVEL INC, 624 YUCCA STREET, BOULDER CITY, NV 89005 | |
| 10924 | BOULDER SAND AND GRAVEL INC., 624 YUCCA STREET, BOULDER CITY, NV 89005 | |
| 10925 | BOULDER SCIENTIFIC, PO BOX 548, MEAD, CO 80542 | |
| 10924 | BOULDER STATION, PACIFIC SUPPLY, LAS VEGAS, NV 89101 | |
| 10925 | BOULDIN, LATRICIA, 7401 NW 131ST ST, OKLAHOMA CITY, OK 73142 | |
| 10925 | BOULENGER, ALBERT L, CUST, JOY ANNETTE BOULENGER, UNIF GIFT MIN ACT FL, 4234 N 58TH ST, PHOENIX, AZ 85018-4612 | |
| 10925 | BOULENGER, ALBERT L, CUST, SUZANNE BOULENGER, UNIF GIFT MIN ACT FL, 4234 N 58TH ST, PHOENIX, AZ 85018-4612 | |
| 10925 | BOULETTE, DAVID, RR1 BX 4940 AVON VALLEY, PHILLIPS, ME 04966-9746 | |
| 10925 | BOULLION, JOSEPH, 905 N AVE J, CROWLEY, LA 70526 | |
| 10925 | BOULLION, RAYMOND, 1419 EAST ST., VINTON, LA 70668 | |
| 10925 | BOULLION, ROBERT, 6747 JOHNNY JONES RD, CARLYSS, LA 70665 | |
| 10925 | BOULOS, PHILIPPE, 9406 NW 38TH ST, CORAL SPRINGS, FL 33065 | |
| 10925 | BOULTER, ELIZABETH, 2105 HOWELL BRANCH APT. #39-C, MAITLAND, FL 32751 | |
| 10925 | BOULTON, GILBERT, 579 BUCK ISLAND RD., WEST YARMOUTH, MA 02673-3244 | |
| 10925 | BOULTON, RICHARD, 2 PINERIDGE RD, WILMINGTON, MA 01887-1428 | |
| 10925 | BOULWARE, COLLEEN, 503 TREETERRACE, AUSTELL, GA 30001 | |
| 10925 | BOULWARE, DERRICK, 4309 PLAINFIELD AVE, BALTIMORE, MD 21206 | |
| 10925 | BOULWARE, HENRY, 1118 EAST 25TH ST., HOUSTON, TX 77009 | |
| 10924 | BOUMA  - BETTEN  WAREHOSUE, 9750 SHAVER ROAD, PORTAGE, MI 49024 | |
| 10924 | BOUMA & REDMAN, ATTN: STEVE, REDFORD, MI 48239 | |
| 10924 | BOUMA CORP., THE, CAMBRIDGE, MA 02140 | |
| 10924 | BOUMA CORPORATION, 1616 W. S. AIRPORT, TRAVERSE CITY, MI 49684 | |
| 10924 | BOUMA CORPORATION, 1616 W. SOUTHAIRPORT, TRAVERSE CITY, MI 49684 | |
| 10924 | BOUMA CORPORATION, 4101 ROGER B CHAFFEE BLVD., GRAND RAPIDS, MI 49548 | |
| 10924 | BOUMA CORPORATION, ATTN: JERRY, REDFORD, MI 48239 | |
| 10924 | BOUMA CORPORATION, THE, 4101 ROGER B.CHAFFEE BLVD, GRAND RAPIDS, MI 49548 | |
| 10924 | BOUMA INTERIORS, 2863 W. JOLLY ROAD, OKEMOS, MI 48864 | |
| 10924 | BOUMA WAREHOUSE, 4101 ROGER B CHAFEE, GRAND RAPIDS, MI 49548 | |
| 10924 | BOUMA-BETTEN CONSTRUCTION CO., CAMBRIDGE, MA 02140 | |
| 10924 | BOUMA-BETTEN CONSTRUCTION, 9750 SHAVER ROAD, PORTAGE, MI 49002 | |
| 10925 | BOUMAN, MARY, 1804 MOUNTAIN ROAD, HAMBURG, PA 19526 | |
| 10924 | BOUMI TEMPLE, KING STREET, WHITE MARSH, MD 21162 | |
| 10925 | BOUNDS, LARRY, PO BOX 5232, MIDLAND, TX 79714 | |
| 10925 | BOUNDS, PATRICK, 104 GARDEN ST, SULPHUR, LA 70663 | |
| 10925 | BOUNDS, VERNON, 110 W COLLEGE, SONORA, TX 76950 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOUNTIFUL TROPHIES, 36 E 400 S, BOUNTIFUL, UT 84010

10925   BOUQUET, GEORGE, 3913 GENESSEE ST, LAKE CHARLES, LA 70605

10924   BOURASSA SERVICES INC., 14 KENSINGTON COURT, HEMPSTEAD, NY 11550

10925   BOURASSA, ANDREW, 411 W JEFFERSON, IOWA PARK, TX 76367

10925   BOURBONNAIS, YVES, 900 ST-GUILLAUME, STE-MARTHE, QC J0P 1W0CANADA     *VIA Deutsche Post*

10925   BOURBONNDIS, PRISCILLA, 4249 EAST BLVD. # 1, LOS ANGELES, CA 90066

10925   BOURDEAU, BERNADETTE, 11129 HOFFMAN DRIVE, GERMANTOWN, MD 20874

10925   BOURDON, ANNE MARIE, 4921 W LIBBY ST, GLENDALE, AZ 85308

10925   BOURESSA, DON, 312 COTTON BAY WAY, SIMPSONVILLE, SC 29681

10925   BOURG, SR, LEO, 807-B JUSTIN ST., LOCKPORT, LA 70374

10925   BOURGAULT, MICHELLE, 7 LONG RD., FAIRHAVEN, MA 02719

10925   BOURGEA, MARC, 3 CRESTSHIRE DR, LAWRENCE, MA 01843

10925   BOURGEOIS, CLINT, 1802 DEEPWOOD DR., LAKE CHARLES, LA 70605

10925   BOURGEOIS, CLINT, 1802 DEEPWOOD DRIVE, LAKE CHARLES, LA 70605

10925   BOURGEOIS, EMMETT, 213 ORGERON DR, LAFAYETTE, LA 70506-6843

10925   BOURGEOIS, KEITH, 115 VITAL ST, LAFAYETTE, LA 70506

10925   BOURGEOIS, KEVIN, 10245 GERALD DR, BATON ROUGE, LA 70815

10925   BOURGEOIS, LAWRENCE, 11818 OLD JEANENETTE RD., JEANERETTE, LA 70544

10925   BOURGEOIS, MARK, 21 PLAINFIELD ROAD, PEPPERELL, MA 01463

10925   BOURGEOIS, MICHAEL J, 8982 DARBY AVE, BATON ROUGE, LA 70806

10925   BOURGEOIS, STEVEN, 146 FOREST GROVE, WRENTHAM, MA 02093

10925   BOURKE, RHONDA, 1629 N.E. SENECA AVE, STUART, FL 34994

10925   BOURKE, WILLIAM, 852 PAMELA DRIVE, BENSENVILLE, IL 60106

10925   BOURLAND, V, 500 BAHAMA DRIVE, INDIALANTIC, FL 32903

10925   BOURN, CARL, 2727 VIRGINIA CIR #25, AMARILLO, TX 79109

10925   BOURNE, GEORGE, 18122-A KINGS ROW, HOUSTON, TX 77058

10925   BOURNE, MARY, 204 PECAN LANE, FREDERICKSBURG, VA 22405

10924   BOURNS DE MEXICO, 9830 SIEMPRE VIVA ROAD #18, SAN DIEGO, CA 92173

10925   BOURNS ELECTRONICS TAIWAN LTD, LINKOU SHIANG, TAIPEI HSIEN, 0TAIWAN     *VIA Deutsche Post*

10924   BOURNS INTEGRATED TECHNOLOGIES SYST, 1200 COLUMBIA AVE, RIVERSIDE, CA 92507

10924   BOURNS SENSORS/CONTROLS INC, 2533 NORTH 1500 WEST, OGDEN, UT 84404

10924   BOURNS, INC., 2533 NORTH 1500 WEST, OGDEN, UT 84404

10925   BOURQUE, AUREL, PO BOX 1002, SHEDIAC, NB E0A3G0CANADA     *VIA Deutsche Post*

10925   BOURQUE, BASIL, 139 PETER SPRING ROAD, CONCORD, MA 01742

10925   BOURQUE, JACQUELINE, 13 SHARLENE LANE, PLAINVILLE, MA 02762

10925   BOURQUE, JAMES, 1118 ACADEMY, HOUMA, LA 70360

10925   BOURQUE, MALCOLM, PECAN ISLAND RT., KAPLAN, LA 70548

10925   BOURQUE, MICHAEL, 1504 DEHART DR. APT 14B, NEW IBERIA, LA 70560

10925   BOURQUE, MONICA, PO BOX 863, PORT BARRE, LA 70577

10925   BOURQUE, P, 102 ELEANOR ST, BROUSSARD, LA 70518

10925   BOURQUE, TRENTON K, 1909 ANDERSON AVE., WESTLAKE, LA 70669

10925   BOURQUE, TRENTON, 3117 SAM HOUSTON FORREST DRIVE, LAKE CHARLES, LA 70611

10925   BOURQUIN, MARTIN W, 8916 GREY MOUNTAIN DR., OOLTEWAH, TN 37363

10925   BOURQUIN, MARTIN, 8916 GREY MOUNTAIN DRIVE, OOLTEWAH, TN 37363

10925   BOURSIQUOT, MARILYN, 440 NW 138 ST, NORTH MIAMI, FL 33168

10925   BOURSIQUOT, PASCALE, 166 COLONY ROAD #D, SILVER SPRING, MD 20903

10925   BOUSEK, ROBERT, 638 30TH ST SE, CEDAR RAPIDS, IA 52403

10925   BOUSQUET, GARY, SUTTON FALLS CAMPGROUND, SUTTON, MA 01590

10925   BOUTCHIA, JOHN, 14 NORRIS ROAD, TYNGSBORO, MA 01879

10925   BOUTHIETTE, BONNIE, 138 CENTRAL ST, MANVILLE, RI 02838

10925   BOUTILIER, DANIELLE, 2 E DUNSTABLE RD, NASHUA, NH 03060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BOUTIN, JEAN, 11 STONEHOUSE DR, SPRING VALLEY, NY 10977

10925    BOUTIN, JOHN, 101 NORTH GATE RD, TEWKSBURY, MA 01876

10925    BOUTON, DEBRA, 207 S. JEFFERSON ST., ABBEVILLE, LA 70510

10925    BOUTSELIS, JAMES, 240 JEWETT ST, LOWELL, MA 01850

10925    BOUTTE, JOSEPH, 829 AVE A, CROWLEY, LA 70526

10925    BOUTWELL, AVA, 220 DEL RAY DRIVE, W MONROE, LA 71291

10925    BOUTWELL, GARLAND, ROUTE 17 BOX 1775, HATTISBURG, MS 39401

10925    BOUTWELL, MICHAEL, RT. 2, BOX 5B, NEWTON, MS 39345

10925    BOUTWELL, TANA, 6377 LUCKEYS BRIDGE, DEARING, GA 30808

10925    BOUVIER, DAVID, 213 BRUCE ST, SIMPSONVILLE, SC 29680

10925    BOUVIER, GERALD, 69 VALLEY ST, ADAMS, MA 01220

10925    BOUVIER, PAULINE, 24 ALEXANDER DR, MANCHESTER, NH 03109

10925    BOUY, CHARLES, 2416 N WALNUT, COLORADO SPRINGS, CO 80907

10925    BOUYER, YVONNE, 1316 S LAMAR, WEATHERFORD, TX 76086

10925    BOUZID, TAYEB, 115 FAIRVIEW AVE APT # 51, JERSEY CITY, NJ 07304

10925    BOUZIGARD, DARREN, RT. 3, BOX 804, CUT OFF, LA 70345

10925    BOVA, JOHN, 400 WALL AVE, PITCAIRN, PA 15140

10925    BOVA-COLLIS, RENEE, 6710 OSBORNE TPK, RICHMOND, VA 23231

10925    BOVAIRD SUPPLY COMPANY, PO BOX 2590, TULSA, OK 74102

10925    BOVE, CHARLES, 4706 WALTMOOR RD, WILMINGTON, NC 28409-8041

10925    BOVE, JOHN, CHEMIN DES SARMENTS 24VESENAZ,, GENEVA, 1222SWITZERLAND          *VIA Deutsche Post*

10925    BOVEE, DUANE, 128 EAST, SANTA FE, NM 87501

10925    BOVERIE BUILDING, 49 DUBOURG PLACE, STE.GENEVIEVE, MO 63670

10925    BOVIA, GLORIA, 1100 POYDRAS 38TH FL, NEW ORLEANS, LA 70163

10925    BOVIK, WILLIAM, 11 BROOKSIDE AVE, 2A, SOMERVILLE, NJ 08876

10924    BOW TRUCKING & READY MIX, HWY 175 EAST, MABANK, TX 75147

10924    BOW TRUCKING & READY MIX, HWY 274, SEVEN POINTS, TX 75143

10924    BOW TRUCKING & READY MIX, ROUTE 8 BOX 900, KEMP, TX 75143

10924    BOW TRUCKING & READY MIX, ROUTE 8, BOX 900, KEMP, TX 75143

10925    BOWDEN, ARNOLD, ROUTE 1 BOX 149, MCCURTAIN, OK 74944

10925    BOWDEN, CYNTHIA, 3523 N. ROXBORO #9-E, DURHAM, NC 27704

10925    BOWDEN, GARY, ROUTE 1 BOX 162, MCCURTAIN, OK 74944

10925    BOWDEN, JACQUELINE, 3955 WILSBY AVE, BALTIMORE, MD 21218

10925    BOWDEN, MAUREEN, 15 BLAKE ST, METHUEN, MA 01844

10925    BOWDEN, ROBERT, 18 LOVETT PLACE, LYNN, MA 01902-2510

10925    BOWDEN, ROBERT, 6888 GLEN DRIVE, TALBOTT, TN 37877

10925    BOWDEN, RONALD, PO BOX 101, MCCURTAIN, OK 74944

10925    BOWDEN, THOMAS, 35 ELSIE ROAD, BROCKTON, MA 02402

10925    BOWDEN, TROY, ROUTE 1 BOX 156, MCCURTAIN, OK 74944

10925    BOWDEN, WILLIAM, 267 ELMWOOD DR, GILMER, TX 75644

10924    BOWDOIN COLELGE SCIENCE FACILITY, BRUNSWICK, ME 04011

10924    BOWDOIN COLLEGE, 84 UNION STREET, BRUNSWICK, ME 04011

10925    BOWDOIN COLLEGE, DEPT OF CHEMISTRY, BRUNSWICK, ME 04011

10925    BOWE, CARUSO & EPSTEIN, LLC, PO BOX 896, RED BANK, NJ 07701

10925    BOWE, EDWARD, 613 SPRING MILL AVE, CONSHOHOCKEN, PA 19428

10925    BOWE, WILLIAM, 4 KNOLLWOOD AV, WOBURN, MA 01801

10924    BOWEN BLOCK COMPANY, CHENANGO BRIDGE RD., BINGHAMTON, NY 13902

10924    BOWEN BLOCK COMPANY, P O BOX 1473, BINGHAMTON, NY 13902

10924    BOWEN CONSTRUCTION SERVICES, 4251 JOHN MARR ST., ANNANDALE, VA 22003

10925    BOWEN ENGINEERING, 9165 RUMSEY RD., COLUMBIA, MD 21045

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BOWEN INDUSTRIAL CONTRACTORS,INC, 9801 CARNEGIE AVE., EL PASO, TX 79925

10925    BOWEN, ANDREA, 4613 COUNTRY MEADOWS, GASTONIA, NC 28056

10925    BOWEN, ANNE, 300 N. 5TH AVE, MANVILLE, NJ 08835

10925    BOWEN, BRENDA, 6612 BEECH DRIVE, INDIANAPOLIS, IN 46224

10925    BOWEN, CAROL, 187 GROVE ST, LEXINGTON, MA 02173

10925    BOWEN, DANIEL, 715 EXCELSIOR ST., PITTSBURGH, PA 15210

10925    BOWEN, DAPHNE MELIC, 2689 FORRESTER COURT, LITHIA SPRINGS, GA 30057

10925    BOWEN, DARRELL, 216 CARROLL ROAD, PASADENA, MD 21122

10925    BOWEN, DAVID, 3049 LANTANA CIRCLE, AUBURNDALE, FL 33823

10925    BOWEN, DOROTHY, 267 REDBUD ROAD, OWENSBORO, KY 42301-1451

10925    BOWEN, FLOYD, ROUTE 7 BOX 311, EDINBURG, TX 78539

10925    BOWEN, GRANT, 1685 PARLEY ST, IDAHO FALLS, ID 83401

10925    BOWEN, HARRY, 3021 ROLLING ROAD, BALTIMORE, MD 21244-2022

10925    BOWEN, HOWARD, 1017 EAST ARCADIA ROAD, RIEGELWOOD, NC 28456-9628

10925    BOWEN, JIMMY, HCR 2 BOX 7030, SANDIA, TX 78383

10925    BOWEN, JOHN, 289 ELM ST. UNIT 25B, MEDFORD, MA 02155

10925    BOWEN, JOHN, PO BOX 192, FREER, TX 78357

10925    BOWEN, JOY, #2 VERDUN AVE., GREENVILLE, SC 29609

10925    BOWEN, LONNY, 5 MELVIN AVE, BEVERLY, MA 01915

10925    BOWEN, MILTON, 102 SUSSEX WAY, ANDERSON, SC 29625

10925    BOWEN, NANCY, 363 NANCYS DR, WESTMINSTER, SC 29693

10925    BOWEN, NELS E, PO BOX 956, LOGANDALE, NV 89021

10925    BOWEN, NELS, PO BOX 956, LOGANDALE, NV 89021

10925    BOWEN, PATRICK ALAN, 1480 RT. 46 APT. 68B, PARSIPPANY, NJ 07054

10925    BOWEN, RICHARD, 911 HIGHLAND AVE, BURLINGTON, NJ 08016

10925    BOWEN, RITA, 113 BRANCHWOOD DRIVE, LIBERTY, SC 29657

10925    BOWEN, ROBERT, 2 VERDUN AVE, GREENVILLE, SC 29609

10925    BOWEN, SANDRA, 1813 W. 72ND AVE, PHILADELPHIA, PA 19126

10925    BOWEN, STACY, 24372 NICOLE, MORENO VALLY, CA 92388

10925    BOWEN, TAMI, 3 GENERAL COBB ST, TAUNTON, MA 02780

10925    BOWEN, TERRENCE, 302 GREENE AVE, BROOKLYN, NY 11238

10925    BOWEN, THEDA, 313 ELM ST, READING, PA 19601-3206

10925    BOWEN, TIMOTHY, 2701 OLD ALVIN RD, PEARLAND, TX 77581

10925    BOWEN, TOM, PO BOX 370, HIGHLAND CITY, FL 33846-0370

10925    BOWEN, WARREN, 514 E CYPRESS ST, 3, COVINA, CA 91723

10925    BOWEN, WILLIAM, #2 VERDUN AVE., GREENVILLE, SC 29609

10925    BOWEN-HELDER, ELIZABETH, 5736 RUSTIC CIRCLE, MORRISTOWN, TN 37814

10925    BOWENS, DAISY, 639 DOROTHEA DR., RALEIGH, NC 27603

10925    BOWENS, EDDIE, 166 SHILOH DRIVE, LAVERGNE, TN 37086-3727

10925    BOWENS, GREGORY, PO BOX 520, SPRINGFIELD, SC 29146

10925    BOWENS, RHONDA, PO BOX 256, SETH, WV 25181

10925    BOWER, LYNN, 6857 BIG GULCH RD 15, CRAIG, CO 81625

10925    BOWERMAN, SHERRIE, 208 CAYUGA CREEK RD, CHEEKTOWAGA, NY 14227

10925    BOWERMANS MARINA, 11045 BOWERMAN ROAD, WHITE MARSH, MD 21162

10925    BOWERS JT TEN, ARTHUR B & LYNN C, 16 MARY BETH DRIVE, FLEETWOOD, PA 19522-8821

10925    BOWERS, ARTHUR, 16 MARY BETH DRIVE, FLEETWOOD, PA 19522

10925    BOWERS, CHARLES, 4862 CAMERON RD, MORRISTOWN, TN 37814

10925    BOWERS, CHARLES, PO BOX 751, MEEKER, CO 81641

10925    BOWERS, DONNA, RT 3 BOX 443, COMMERCE, GA 30529

10925    BOWERS, EARL, 439 WILLIAMSTONE CT, MILLERSVILLE, MD 21108

10925    BOWERS, EMMA, POB 81, DANIELSVILLE, GA 30633

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOWERS, FLORINE, 683 WEST CUSTIS STR, ABERDEEN, MD 21001

10925   BOWERS, GEORGE, 339 CHISELED STONE, SYKESVILLE, MD 21784

10925   BOWERS, GEORGE, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   BOWERS, GROVER, PO BOX 637, ESTILL, SC 29918-0637

10925   BOWERS, JIM ORR, 1401 MAIN ST SUITE 1100, PO BOX 7307, COLUMBIA, SC 29202

10925   BOWERS, LEE, 964 BROADWAY ST, WRIGHTSTOWN, WI 54180

10925   BOWERS, LINDA, 25339 YOLANDA AVE, MORENO VALLEY, CA 92388

10925   BOWERS, LYLE, 2581 VILLAGE BLVD APT 404, WEST PALM BEACH, FL 33409

10925   BOWERS, MARIAN, 3249 CAYTON ROAD, WESTLAKE, LA 70669

10925   BOWERS, MATTHEW, RD #2 BOX 2862, NEW TRIPOLI, PA 18066

10925   BOWERS, PHILLIP, 73 TURIN ROAD, SENOIA, GA 30276

10925   BOWERS, ROBIN, POBX 115, READINGTON, NJ 08870

10925   BOWERS, RONNIE L, 1729 WHITE ACRES DR., SULPHUR, LA 70663

10925   BOWERS, RONNIE, 1729 WHITE ACRES DR, SULPHUR, LA 70663

10925   BOWERS, SHERRY, 2559 RANDOLPH DR. RANDOLPH DR., DALLAS, TX 75241

10925   BOWERS, SUSAN, 11436 LOGGERS TRAIL, GRAND HAVEN, MI 49417

10925   BOWERS, WILLIAM, 4 WINSOR LANE, TOPSFIELD, MA 01983-1511

10925   BOWHALL, BRUCE, 5575 GLIMMER GLASS PAPT #2, BREWERTON, NY 13029

10924   BOWIE CONCRETE CO INC., PO BOX1030, BOWIE, TX 76230

10924   BOWIE CONCRETE CO., INC., HWY 81 NORTH, BOWIE, TX 76230

10924   BOWIE CONCRETE, HWY 81 NORTH, BOWIE, TX 76230

10924   BOWIE CONCRETE, PO BOX1030, BOWIE, TX 76230

10925   BOWIE JR., ALBERT, 200 GIBBONS AVE., BALTIMORE, MD 21225

10924   BOWIE MFG. ICN., 313 S. HANCOCK, LAKE CITY, IA 51449

10924   BOWIE MFG. INC., 313 S. HANCOCK, LAKE CITY, IA 51449

10924   BOWIE MFG. INC., PO BOX 123, LAKE CITY, IA 51449

10925   BOWIE, AMY, 5 PRINCE ST, ANDERSON, SC 29624

10925   BOWIE, ANTHONY, 200 GIBBONS AVE, BALTIMORE, MD 21225

10925   BOWIE, MAUSELCHEE, RT 21 BOX 7338 INDIAN DR, TYLER, TX 75709

10925   BOWIE, THEODORE, 113 ELIZABETH AVE., BALTIMORE, MD 21225

10925   BOWKER, PO BOX 7247-0466, PHILADELPHIA, PA 19170-0466

10925   BOWLAND, JANICE, 1921 MULBERRY, ST JOSEPH, MO 64501

10925   BOWLBY, TINA, 412 W YELLOWWOOD DR, SIMPSONVILLE, SC 29680

10925   BOWLER, ANN, 48 PALMER ST, ARLINGTON, MA 02174

10925   BOWLER, ELIZABETH, 516 UNION ST, BRAINTREE MA, MA 02184

10925   BOWLER, SHEILA, 9A ORCHARD ST, REVERE, MA 02151

10925   BOWLES, CHAD, 4012 STEINHAUER RD, MARIETTA, GA 30066

10925   BOWLES, DANA, 2408 BUCHANAN, WICHITA FALLS, TX 76309

10925   BOWLES, E J, 6050 W 51ST ST, CHICAGO, IL 60638

10925   BOWLES, EDWARD, 178 NO TAYLOR AVE, OAK PARK, IL 60302

10925   BOWLES, JAMES, 618 LK ORIENTA DR, ALTAMONTE SPGS, FL 32701

10925   BOWLES, SANDRA, 410 PINE LAND RD., MABLETON, GA 30059

10925   BOWLES, STEWART, 504 7TH ST SOUTH, LAKE WALES, FL 33853

10925   BOWLES, TERRY, RT. 2, BOX 227, KONOWA, OK 74849

10925   BOWLIN, DEBRA, 2607 BETTY LN, ARLINGTON, TX 76006

10925   BOWLIN, ROBERT, 106 LORAINE DRIVE, SIMPSONVILLE, SC 29680

10924   BOWLING GREEN PLAZA HOTEL, 1021 WIKINSON TRACE ROAD, BOWLING GREEN, KY 42103

10925   BOWLING, ANN, 2795 JACQUELYN COURT, KOKOMO, IN 46902

10925   BOWLING, DENISE, 3100 SE 168TH AVE., 234, CAMAS, WA 98607

10925   BOWLING, GREGORY, 1197 CANDELNUT, PALATINE, IL 60074

10925   BOWLING, H, 2035 GACHET BLVD, LAKELAND, FL 33803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOWLING, JOHN, 1105 AKIN, FT. COLLINS, CO 80521

10925   BOWLING, JOYCE, 4977 COLUMBIA ROAD, 204, COLUMBIA, MD 21044

10925   BOWLING, MARY, 1105 AKIN, FORT COLLINS, CO 80521

10925   BOWLING, MARY, 1105 AKIN, FT COLLINS, CO 80521

10925   BOWLING, MATTHEW, 7700 BAYFRONT ROAD, BALTIMORE, MD 21219

10925   BOWLING, PATRICK, 817 BUFORD, FREDERICKTOWN, MD 63645

10925   BOWLING, ROLLAND, 4085 MIDWAY RD, C-6, DOUGLASVILLE, GA 30134

10925   BOWLING, SUE, RTE 2 BOX378AAA, HARTSELLE, AL 35640

10925   BOWLING, TIMOTHY, RT. 2 BOX 389, FREDERICKTOWN, MO 63645

10925   BOWLING, WILLIAM, 1481 ECHLES ROAD, MEMPHIS, TN 38111-6146

10925   BOWMAN ALCOLUME CO., PO BOX 8501, CHATTANOOGA, TN 37414

10924   BOWMAN APPLE PRODUCTS CO. INC., PO BOX 817, MOUNT JACKSON, VA 22842

10924   BOWMAN APPLE PRODUCTS CO., INC., 10119 OLD VALLEY PIKE, MOUNT JACKSON, VA 22842

10924   BOWMAN APPLE PRODUCTS CO., INC., PO BOX 817, MOUNT JACKSON, VA 22842

10925   BOWMAN DBA/BARNES GROUP, PO BOX 92601, CLEVELAND, OH 44101-2601

10925   BOWMAN DIST., 8106 BON AIR RD., BALTIMORE, MD 21234

10925   BOWMAN DIST., PO BOX 92601, CLEVELAND, OH 44101-2601

10925   BOWMAN DISTRIBUTION, 1301 E 9TH ST , SUITE 100, CLEVELAND, OH 44101-1908

10925   BOWMAN DISTRIBUTION, 1301 E 9TH ST, SUITE 100, CLEVELAND, OH 44101-1908

10925   BOWMAN DISTRIBUTION, 8106 BON AIR RD., BALTIMORE, MD 21234

10925   BOWMAN DISTRIBUTION, PO BOX 92601, CLEVELAND, OH 44101-2601

10924   BOWMAN GRAY SCH OF MED, WAKE FOREST UNIV, WINSTON-SALEM, NC 27103

10924   BOWMAN GRAY SCHOOL OF MEDICINE, ATT: RECEIVING DOCK, WINSTON-SALEM, NC 27103

10924   BOWMAN GRAY SCHOOL OF MEDICINE, C/O STANDARD INSULATING COMPANY, WINSTON-SALEM, NC 27175

10924   BOWMAN GRAY SCHOOL OF MEDICINE, CAMBRIDGE, MA 02140

10925   BOWMAN JR., OMER, ROUTE 2, BOX 189, OZARK, AR 72949

10925   BOWMAN REAL ESTATE SERVICES, ONE BOWMAN DRIVE, FREDERICKSBURG, VA 22401

10925   BOWMAN VICK, LOUISE, 431 TEMPLE AVE N, FAYETTE, AL 35555-2324

10925   BOWMAN, 873 WEST PARK RD., ELIZABETHTOWN, KY 42701

10925   BOWMAN, ALTA, 6034 ST. ANDREWS WAY, HIXSON, TN 37343

10925   BOWMAN, ANGELA, 4929 DENMORE, BALTIMORE, MD 21215

10925   BOWMAN, BARRY, 617 HAMLIM ST NE #5, WASHINGTON, DC 20017

10925   BOWMAN, BETTE, 616 S MAIN ST, 6C, SHREVE, OH 44676

10925   BOWMAN, BRENDA, 4225 AFTONSHIRE DRIVE, WILMINGTON, NC 28412

10925   BOWMAN, CAROL, 126-27 HEADQUARTERS, CHARLOTTE, NC 28262

10925   BOWMAN, CATHERINE, 2231 SILVER MAPLE, INDIANAPOLIS, IN 46222

10925   BOWMAN, CHARLES, 3443 MANCHESTER DR, CHARLOTTE, NC 28217

10925   BOWMAN, CHRISTINE, 514-C HWY 8 EAST, PELZER, SC 29669

10925   BOWMAN, DAVID, 1349 NORTH 11TH ST, READING, PA 19604

10925   BOWMAN, DAVID, 3225 JACKSON ST, HAPEVILLE, GA 30054

10925   BOWMAN, DEBBIE, 330 CACTUS VIEW DRIVE, SPRINGTOWN, TX 76082

10925   BOWMAN, LAUREL, 30 W LAKEVIEW AVE, COLUMBUS, OH 43202

10925   BOWMAN, MARK, 3445 ROSETREE DR, JAX, FL 32207

10925   BOWMAN, MICHAEL, 3631 LIBERTY HGHTS AVE, BALTIMORE, MD 21215

10925   BOWMAN, P, 1711 EAST NELSON, INDIANAPOLIS, IN 46203

10925   BOWMAN, PRUDIE, 1711 EAST NELSON, INDIANAPOLIS, IN 46203

10925   BOWMAN, RONALD, 1208 EAST MAIN ST, DUNCAN, SC 29334-9647

10925   BOWMAN, ROXANNE, 3500 PELHAM ROAD APT 29, GREENVILLE, SC 29615

10925   BOWMAN, TERRI, 2626 W 4TH ST, OWENSBORO, KY 42301

10925   BOWMAN, TONY, 3801 BARRETT HILL RD, LIVERMORE, KY 42352

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BOWMAN, VERN, 814 2ND ST., MEEKER, CO 81641-3018

10925   BOWMAN, WILLIAM, 201 W STATION ST, BARRINGTON, IL 60010

10924   BOWMAN`S BLDG MART & R/M, PO BOX 764, PELL CITY, AL 35125

10924   BOWMAN'S BUILDING MART & R/M, HWY. 231 SOUTH, PELL CITY, AL 35125

10924   BOWMAN'S BUILDING MART & R/M, P.O. BOX 764, PELL CITY, AL 35125

10924   BOWMELL CENTRAL PENN CHEMICAL, 1334 HOWARD STREET, HARRISBURG, PA 17104

10924   BOWMELL CENTRAL PENN CHEMICAL, 15 AVENUE A, ALPHA IND PARK, PHILLIPSBURG, NJ 08865

10925   BOWNE OF ATLANTA INC, PO BOX 101691, ATLANTA, GA 30392-1691

10925   BOWNE OF ATLANTA INC, PO BOX 250288, ATLANTA, GA 30325-0288

10925   BOWNE OF BOSTON INC, 411 D ST, BOSTON, MA 02210

10925   BOWNE OF DALLAS INC, PO BOX 565527, DALLAS, TX 75207-5527

10925   BOWNE, 345 HUDSON ST, NEW YORK, NY 10014

10925   BOWRON, ALLEN, 190 BAXTER DR. APT 3 F, ATHENS, GA 30606

10924   BOWSER CONSTRUCTION, 32 PLUM STREET, TRENTON, NJ 08638

10925   BOWSER, DENNIS, 72 SUNSHINE DR, MARLBORO, MA 01752

10925   BOWSER, HARDY, 840 GUETNER AVE, LANSDOWNE, PA 19155

10925   BOWSER, JOANNE, 2913 E AVE NE, CEDAR RAPIDS, IA 52402

10925   BOWSER, MARY, PO BOX 738, PERRYOPOLIS, PA 15473

10925   BOWSER, MIA, 321 WEBB HILL ST, ROANOKE RAPIDS, NC 27870

10925   BOWSER, MILDRED, 439 LINDALE DR., 205, MARION, IA 52233

10925   BOWSER, MURIEL, 1119 WILL-O-BROOK DRIVE, PASADENA, MD 21122-2151

10925   BOWSER, PHILIP, 83 WETMORE AVE., MORRISTOWN, NJ 07960

10925   BOWSER-MORNER INC, PO BOX 51, DAYTON, OH 45401-0051

10925   BOWYER, NORMAN, 10747 GAIL CT, ST. LOUIS, MO 63123

10924   BOX BUTTE GENERAL HOSPITAL, 2101 BOX BUTTE AVE., ALLIANCE, NE 69301

10924   BOXBOARD PRODUCTS INC., 2235 BUTTON GWINNETT DR, DORAVILLE, GA 30340

10924   BOXBOARD PRODUCTS INC., 2235 BUTTON GWINNETT DR., DORAVILLE, GA 30340

10924   BOXCO INC, 8650 BOX RD, SHREVEPORT, LA 71106

10924   BOXCO, INC., 8650 BOX RD, SHREVEPORT, LA 71106

10924   BOXCO, INC., 8650 BOX ROAD, SHREVEPORT, LA 71106

10925   BOXELL, JAMES, 1530 ARBUTUS COURT, GOLDEN, CO 80401

10925   BOXER, JULIA, 136 N THIRD ST, ST CLAIR, PA 17970

10925   BOXHORN, EDGAR, C/O P LANDON 142 MAIN ST, NEWARK VALLEY, NY 13811-9998

10925   BOXIE, SHARON, 2517 GRIFFIN ST, LAKE CHARLES, LA 70601

10924   BOXLEY CONCRETE PRODUCTS, 139 HEALING SPRONGS ROAD, BLUE RIDGE, VA 24064

10924   BOXLEY CONCRETE PRODUCTS, 748 BEAVER CREEK ROAD, MARTINSVILLE, VA 24112

10924   BOXLEY CONCRETE PRODUCTS, ATTENTION ACCOUNTS PAYABLE, MARTINSVILLE, VA 24115

10924   BOXLEY CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, MARTINSVILLE, VA 24115

10924   BOXLEY CONCRETE PRODUCTS, PO BOX528, BLUE RIDGE, VA 24064

10924   BOXLEY CONCRETE PRODUCTS, RTE. 667/KOEHLER ROAD, MARTINSVILLE, VA 24112

10924   BOXLEY CONCRETE, 2400 SACKETT STREET, LYNCHBURG, VA 24505

10924   BOXLEY CONCRETE, PO BOX10126, LYNCHBURG, VA 24506-0126

10925   BOXLIGHT CORPORATION, 17771 FJORD DR N.E., POULSBO, WA 98370

10925   BOXRUDE, EARL, 222O KENRICH DR. SW, CEDAR RAPIDS, IA 52404

10925   BOXRUDE, VIOLA, 2220 KENRICH DR SW, CEDAR RAPIDS, IA 52404

10925   BOY SCOUTS OF AMERICA, 2326 MASS AVE, CAMBRIDGE, MA 02140

10925   BOY SCOUTS OF AMERICA, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   BOY SCOUTS OF AMERICA, 6031 LEE HWY, CHATTANOOGA, TN 37421

10925   BOY SCOUTS OF AMERICA, 701 WYMAN PARK DR, BALTIMORE, MD 21226

10925   BOYANSKI, MARY, 625 ORCHARD ST. POBOX 125, DEXTER, NY 13634

10925   BOYARKO, ANDREA, 9722 S BURNTWOOD CT, HIGHLANDS RNCH., CO 80126

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 BOYARKO, BRIAN, 5710 S. JULIAN STREE, LITTLETON, CO 80123

10925 BOYARSKI, MARTIN, 410 SW GODELS, PORT ST LUCIE, FL 34453

10925 BOYCE JT TEN, JOHN HUNTER & IDAMAE COWLEY, 488 FAIR OAKS DR, SEVERNA PARK, MD 21146-3130

10925 BOYCE, BETTY, 315 W COLLEGE ST, SIMPSONVILLE, SC 29681

10925 BOYCE, DONALD, 315 W COLLEGE ST, SIMPSONVILLE, SC 29681

10925 BOYCE, E, 315 N. COLLEGE, MCKENNEY, TX 75069

10925 BOYCE, JOHN, 488 FAIROAKS DRIVE, SEVERNA PARK, MD 21146

10925 BOYCE, MARILYNN, 2021 RIVERSIDE DRIVE #9, PORT HURON, MI 48060-2674

10924 BOYD HOLE CONCRETE SUPPLY, ATTN:  ACCOUNTS PAYABLE, WALNUT COVE, NC 27052

10924 BOYD HOLE CONCRETE, 211 S MAIN STREET, WALNUT COVE, NC 27052

10924 BOYD HOLE CONCRETE, ATTN:  ACCOUNTS PAYABLE, WALNUT COVE, NC 27052

10925 BOYD III, JOHNNY, PO BOX 5325, THIBODAUX, LA 70301

10925 BOYD JR, R D, 3593 OAKVALE RD, DECATUR, GA 30034

10925 BOYD JR, ROBERT, 11 VERNON ST, MAYNARD, MA 01754

10925 BOYD L JOHNSON, PO BOX 684, MISSOURI CITY, TX 77459-0684

10924 BOYD READY MIX, 2853 N. HARVEY MITCHELL PARKWAY, BRYAN, TX 77807

10924 BOYD READY MIX, 6901 NORTH FM 2818, BRYAN, TX 77807

10924 BOYD READY MIX, PO BOX4787, BRYAN, TX 77805-4787

10925 BOYD SR, ROBERT, 11 VERNON ST, MAYNARD, MA 01754-1215

10925 BOYD, ALFRED, 6070 EAST 55TH ST, TULSA, OK 74135-7731

10925 BOYD, ANDY, PO BOX 73, JAYESS, MS 39641

10925 BOYD, ANGELA, ROUTE1, BOX 50, GRISWOLD, IA 51535

10925 BOYD, BRYAN, RT. 1, BOX 350, ANGIE, LA 70426

10925 BOYD, CAROLYN, 3912 SOUTH FMRD 223, ROGERSVILLE, MO 65742

10925 BOYD, CHERI C, 2680 PARASON DRIVE #C, COLORADO SPRINGS, CO 80754

10925 BOYD, DAVID, 27283 NIPPERSINK, INGLESIDE, IL 60041

10925 BOYD, DONA, 12174 WENSLEY ROAD, FLORISSANT, MO 63033

10925 BOYD, ELLIS, 39 W. HARDING CIRCLE, ORANGE, TX 77630

10925 BOYD, ERICA, 1418 N.CLIFF VALLEY APT H, CHAMBLEE, GA 30319

10925 BOYD, HENRY, RT. 5, BOX 56D, TYLERTOWN, MS 39667

10925 BOYD, JACKIE, 411 CARY ST, GREENVILLE, SC 29609

10925 BOYD, JAMES, 68 TERHUNE RD., ROME, GA 30161

10925 BOYD, JERRY, 201 PUTMAN ST, FOUNTAIN INN, SC 29644

10925 BOYD, JERRY, 650 EAST THELMA ST., LAKE ALFRED, FL 33850

10925 BOYD, JOHNNIE, 609 CROMWELL WYHE LA, MONKTON, MD 21111

10925 BOYD, JOSEPH E, 39 W. HARDING CIRCLE, ORANGE, TX 77630

10925 BOYD, JOSEPH, 486 GREENPOND RD, GRAY COURT, SC 29645

10925 BOYD, JOSEPH, 57 JAY ST, GARDNER, MA 01440-2748

10925 BOYD, JR, JOSEPH, 1420 NE 152 TERRACE, NORTH MIAMI, FL 33162

10925 BOYD, JR, R, 3593 OAKVALE ROAD, DECATUR, GA 30034

10925 BOYD, KAREN, 8448 BUBBLING SPRINGS DR, BALDWINSVILLE, NY 13027

10925 BOYD, KENNETH, 5320 CORDELIA AVE, BALTIMORE, MD 21215

10925 BOYD, L, PO BOX 385, BRADLEY, FL 33835

10925 BOYD, LEE ANN, 740 JORDAN MILL RD, SANDERVILLE, GA 31082

10925 BOYD, LYNN M, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 BOYD, LYNN, 18 JUSTIN ST, HAVERHILL, MA 01832

10925 BOYD, MADELINE, RT 7 BOX 81, SOUTH CHARLESTON, WV 25309

10925 BOYD, MARK, 25400 HOLLY COURT, FRANKLINTON, LA 70438

10925 BOYD, MARSHA, RT 2, BOX 490 B, ODESSA, TX 79763

10925 BOYD, MICHAEL, 241 HAPPY VALLEY RD, FOUNTAIN INN, SC 29644

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOYD, PEGGY, 3471 GOLDEN OAKS DR., HORN LAKE, MS 38637

10925   BOYD, PERRY, 505 STANDING SPRGS RD, GREENVILLE, SC 29605

10925   BOYD, REBECCA, 2301 NW 122, #2213, OKLAHOMA CITY, OK 73120

10925   BOYD, ROBERT, 12 MONTCLAIR AV, WALTHAM, MA 02154

10925   BOYD, ROBERT, 5340 HESPENS DRIVE, COLUMBIA, MD 21044

10925   BOYD, ROGER, 3601 ANDREWS HWY. APT. # 904, MIDLAND, TX 79707

10925   BOYD, ROSETTA, 5346 MORSE ST, PHILADELPHIA, PA 19131

10925   BOYD, SABRINA, 1418 N. CLIFF VALLEY, ATLANTA, GA 30319

10925   BOYD, SANDRA, 486 GREENPOND RD, GRAY COURT, SC 29645

10925   BOYD, STEFANIE, RT 3 BOX 465, CLINTON, SC 29325

10925   BOYD, STEVEN, 100 BISMARK DR, PELZER, SC 29669

10925   BOYD, SUSAN, 1610 SO BLAINE, GRAND ISLAND, NE 68803

10925   BOYD, SUSAN, 6029 MAJORS LANE #6, COLUMBIA, MD 21045

10925   BOYD, TERRY, 812 6TH AVE EAST, WILLISTON, ND 58801

10925   BOYD, TIMOTHY, 815-B S GARRISON RD, SIMPSONVILLE, SC 29680

10925   BOYD, VALERIE, 1722 CANNONBALL CT, LAWRENCEVILLE, GA 30245

10925   BOYD, VIOLET, 220 N TEXAS, PITTSBURG, TX 75686

10925   BOYD, WILLIE, 8300 ST. RT. 514, BIG PRAIRIE, OH 44611

10925   BOYDEN JR, JOHN, 24242 DRAYTON LANDING DR, WORTON, MD 21678-9792

10925   BOYDEN, GARY, BOX 114, NORTON, MA 02799

10925   BOYDEN, RICHARD, 6 FELLS ROAD, WINCHESTER, MA 01890-1421

10924   BOYER READY MIX, RR #2, HAWARDEN, IA 51023

10925   BOYER, CATHERINE, 351 S LINCOLN AVE, NEWTOWN, PA 18940

10925   BOYER, CYNTHIA, 329 OAK TREE ROAD, BELLE CHASSE, LA 70037-0163

10925   BOYER, DOROTHY, 220 WEST JERSEY ST, ELIZABETH, NJ 07202-1354

10925   BOYER, JOHN, PO BOX 798, LONE PINE, CA 93545

10925   BOYER, KENNETH, 18 BRIAN ROAD, CHELMSFORD, MA 01824

10925   BOYER, L, 154 SKYLINE DR, COUNCIL BLUFFS, IA 51503

10925   BOYER, LEWIS, 8602 BRYANT ROAD, LAKELAND, FL 33805

10925   BOYER, RACHEL, 206 GROTON CT, SIMPSONVILLE, SC 29680-7321

10925   BOYER, RICHARD, 6710 CARLINDA AVE, COLUMBIA, MD 21046

10925   BOYER, SHAWN, 406 COUNTRY GARDEN DR, FOUNTAIN INN, SC 29644

10925   BOYER, TIMOTHY A, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   BOYER, TIMOTHY, 7120 MACBETH WAY, ELDERSBURG, MD 21784

10925   BOYER, VICKIE, 1017 PRINCESS AVE., CAMDEN, NJ 08103

10925   BOYER-ROSENE MOVING & STORAGE INC., 2512 S CLEARBROOK DR., ARLINGTON HEIGHTS, IL 60005

10925   BOYER-ROSENE MOVING & STORAGE, 2512 S CLEARBROOK DRIVE, ARLINGTON HEIGHTS, IL 60005

10925   BOYER-ROSENE MOVING AND STORAGE INC, 2512 S CLEARBROOK DRIVE, ARLINGTON HEIGHTS, IL 60005

10925   BOYES, PAMELA, PO BOX 311, GRAY COURT, SC 29645

10925   BOYETT, ROBERT, 3114 SOUTH PHILLIPS, OKLAHOMA CITY, OK 73129

10925   BOYETTE, BEATRICE, 3432 BRINKLEY RD, TEMPLE HILLS, MD 20748

10925   BOYINGTON, NORETTA, 719 CHIPLEY ST., WESTWEGO, LA 70094

10925   BOYKE, DEBRA, 1112 GATEWAY PASS, VERONA, WI 53593

10925   BOYKE, MARK, 1112 GATEWAY PASS, VERONA, WI 53593

10925   BOYKE, PAUL, 118 DUTCHNECK ROAD, HIGHSTOWN, NJ 08520

10925   BOYKIN TOOL & SUPPLY CO, 400 TRABERT AVE NW, ATLANTA, GA 30309-2245

10925   BOYKIN, CYGLINDA, 117 HASTINGS CIRCLE, LUGOFF, SC 29078

10925   BOYKIN, JAMES, 1145 CARTER DR., OKLAHOMA CITY, OK 73129

10925   BOYKIN, LEN, PO BX 343, PLAINFIELD, NJ 07061

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BOYKIN, RICHARD, 401 NW 8TH, 5, ANDREWS, TX 79714

10925   BOYKIN, SUE B, PO BOX 1191, ELM CITY, NC 27822

10925   BOYKINS, SYLVIA, 215 WELLONS ST, SUFFOLK, VA 23434

10925   BOYLAN, BERNICE, 1813 PARTRIDGE ROAD, DE PERE, WI 54115

10925   BOYLAN, JOHN, 583 GRANT ST, NEWTOWN, PA 18940

10924   BOYLE BLOCK CO, GOSS PIKE, DANVILLE, KY 40422

10924   BOYLE BLOCK CO., 1627 STANFORD ROAD, DANVILLE, KY 40422

10924   BOYLE GROUP, INC., THE, 1926 WOODFIELD DRIVE, JAMISON, PA 18929

10925   BOYLE JR., JOE, PO BOX 226, IRAAN, TX 79744

10925   BOYLE, BETH, 303 B CRESTLINE DR, LOWELL, IN 46356

10925   BOYLE, COLLEEN, 4415 RALEIGH AVE, #403, ALEXANDRIA, VA 22304

10925   BOYLE, KATHLEEN, 3 PARK PL, SPARKILL, NY 10976

10925   BOYLE, KATHLEEN, 4125 LITCHFIELD DR, CHESTERFIELD, VA 23832

10925   BOYLE, LAURA, 2967 W SCHOOL HSE LN, PHILA, PA 19144

10925   BOYLE, LAURIE, 2911 CHAVESI DRIVE, RENO, NV 89502

10925   BOYLE, MARIE, 262 WINN ST., BURLINGTON, MA 01803-2629

10925   BOYLE, MICHAEL, 2400 BROOKLAKE ST. WEST, DENTON, TX 76207

10925   BOYLE, SARAH, 2400 BROOKLAKE ST WEST, DENTON, TX 76207

10925   BOYLE-MIDWAY, SOUTH AVE AND HALE ST, CRAWFORD, NJ 07016

10924   BOYLES BROS. DRILLING, 1707 SOUTH, 4490 WEST, SALT LAKE CITY, UT 84130

10924   BOYLES BROS. DRILLING, P O BOX 30777, SALT LAKE CITY, UT 84130

10924   BOYLES BROS. DRILLING, POST OFFICE BOX 30777, SALT LAKE CITY, UT 84130

10925   BOYLES, DONALD, 49 DOGWOOD PLACE, BENTON, KY 42025-9140

10925   BOYLES, MICHAEL, 8485 COCHISE LANE, FREMONT, WI 54940-9340

10925   BOYLES, NATHAN, 112 WILLIS ST, SIMPSONVILLE, SC 29681

10925   BOYLES, SAMUEL, 117 CROSS CREEK RD, CENTRAL, SC 29630

10925   BOYLES, SUSAN, 2633 HWY 594, MONROE, LA 71203

10925   BOYLES, TAMI, 212 LUPINE DR, EVANSTON, WY 82930

10925   BOYNTON BEACH-TRAIL CTR, 9804 S MILITARY TRL #G1, BOYNTON BEACH, FL 33436-3208

10925   BOYNTON, CLARENCE, 1811 CHANCERY LANE, ATLANTA, GA 30341

10925   BOYNTON, CYNTHIA, 148 WILTON HILL RD, COLUMBIA, SC 29212

10925   BOYNTON, LEIGH, 13627 APPLE LN, NORTHPORT, AL 35475

10925   BOYNTON, LUTHER, 13627 APPLE LANE, NORTHPORT, AL 35475

10925   BOYS & GIRLS VILLAGES FOUNDATION, 7378 HWY 90 EAST, LAKE CHARLES, LA 70615-9964

10925   BOYS AND GIRLS CLUB, 4412 LOIS DR., ANCHORAGE, AK 99517

10924   BOYS AND GIRLS CLUB, 5360 OLD NORCROSS ROAD, NORCROSS, GA 30071

10925   BOYS CLUB OF CHATTANOOGA, PO BOX 109, CHATTANOOGA, TN 37401

10925   BOYS CLUB OF CHATTANOOGA, PO BOX 28, CHATTANOOGA, TN 37401

10924   BOY'S CLUB, 311 SULPHUR SPRINGS ROAD, MORRISTOWN, TN 37814

10925   BOYS FARM INC., PO BOX 713, NEWBERRY, SC 29108

10925   BOYSEN, EDLEF, BOX 13, MEDIAPOLIS, IA 52637-0013

10925   BOYTE JR., WESSIE, ROUTE 1 BOX 441, BROOKHAVEN, MS 39601

10925   BOYTE, GEORGE, PO BOX 161, LOUIN, MS 39338

10925   BOYTE, GEORGE, PO BOX 88, HILLSBORO, MS 39087

10925   BOYTE, RICKEY, PO BOX 52, NEEDHAM, AL 36915

10925   BOYTER, LARRY, 226 HIGHLAND ROAD, DUNCAN, SC 29334-9652

10925   BOYTER, MARTHA, 170 TREMONT RD, SPARTANBURG, SC 29301

10925   BOYTER, SONYA, 11 WINK CIRCLE, FOUNTAIN INN, SC 29644

10925   BOZARTH, LINDA, 3062 RESERVOIR DR., SIMI VALLEY, CA 93065

10925   BOZELL SAWYER MILLER, PO BOX 198261, ATLANTA, GA 30384

10925   BOZEMAN, CHRYSTAL, 203 PINEHARDT, SELMA, AL 36701

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BOZEMAN, KARLA, RT. 5, BOX 579, WINNSBORO, LA 71295

10925   BOZIAN, DIANA, 10 PLATEAU AVE., FORT LEE, NJ 07024

10925   BOZICH, STEPHEN, 1874 S PACIFIC COAST HWY, 715, REDONDO BCH, CA 90270

10924   BOZZER BROTHERS INC, 1430 OLD US 27 N, GAYLORD, MI 49735

10924   BOZZER BROTHERS, INC., 1430 OLD US 27 N, GAYLORD, MI 49735

10924   BOZZER BROTHERS, INC., U.S. 27 NORTH, GAYLORD, MI 49735

10925   BP - LAWRENCE ROLL UP DOORS INC, 1406 VIRGINIA AVE #10, BALDWIN PARK, CA 91706

10924   BP - WHITING REFINERY BUSINESS UNIT, PO BOX 460329, HOUSTON, TX 77056-8329

10925   BP AMACO, BOX 696, TOLEDO, OH 43697

10924   BP AMERICA, 4001 CEDAR POINT ROAD, OREGON, OH 43616

10924   BP AMOCO BUSINESS SERVICES, PO BOX 2749, TULSA, OK 74121

10924   BP AMOCO BUSINESS SERVICES, PO BOX 3127, TULSA, OK 74121

10924   BP AMOCO BUSINESS SERVICES, PO BOX 460329, HOUSTON, TX 77056-8329

10924   BP AMOCO BUSINESS SVCS., PO BOX 22024, TULSA, OK 74121-2024

10924   BP AMOCO CHEMICAL CO, PO BOX 22024, TULSA, OK 74121-2024

10924   BP AMOCO CHEMICAL COMPANY, 509 SOUTH BOSTON, TULSA, OK 74103

10924   BP AMOCO CHEMICALS CEDAR BAYOU PLAN, 1 MI.W. INTERSECTION 146 & 110, BAYTOWN, TX 77520

10924   BP AMOCO CHEMICALS, PO BOX 1489, BAYTOWN, TX 77522

10924   BP AMOCO CORP.          (RC), 1801 E. SEPULVEDA BLVD., CARSON, CA 90745

10924   BP AMOCO CORP., CARSON REFINERY, PO BOX 6210, CARSON, CA 90745-6214

10924   BP AMOCO CORPORATION #1, 2401 5TH AVENUE, TEXAS CITY, TX 77590-8349

10924   BP AMOCO CORPORATION #2, 2401 5TH AVENUE S., TEXAS CITY, TX 77590

10924   BP AMOCO CORPORATION #3, 2401 5TH AVENUE S., TEXAS CITY, TX 77590

10924   BP AMOCO CORPORATION, 474 WEST 900 NORTH, SALT LAKE CITY, UT 84103

10924   BP AMOCO CORPORATION, AMOCO, VA, YORKTOWN, VA 23692

10924   BP AMOCO CORPORATION, DICKEY RD (NORTH 129TH ST), WHITING, IN 46394

10924   BP AMOCO CORPORATION, FCCU #500, WHITING, IN 46394

10924   BP AMOCO CORPORATION, FCCU #600, WHITING, IN 46394

10924   BP AMOCO CORPORATION, GATE #4 (121ST & FRONT STS), WHITING, IN 46394

10924   BP AMOCO CORPORATION, N.E. OF CITY, MANDAN, ND 58554

10924   BP AMOCO CORPORATION, PO BOX 460329, HOUSTON, TX 77056-8329

10924   BP AMOCO CORPORATION, PO BOX 460329, HOUSTON, TX 77079

10924   BP AMOCO CORPORATION, SPOT NO. 711-8, 474 WEST 900 NORTH, SALT LAKE CITY, UT 84103

10924   BP AMOCO PLC., 12 MILES SOUTH OF BELLE CHASSE, BELLE CHASSE, LA 70037-0395

10924   BP AMOCO PLC., 4001 CEDAR POINT ROAD, OREGON, OH 43616

10924   BP AMOCO PLC., ALLIANCE REFINERY, BELLE CHASSE, LA 70037-0395

10924   BP AMOCO PLC., PO BOX 395, BELLE CHASSE, LA 70037-0395

10924   BP AMOCO PLC., TOLEDO REFINERY, PO BOX 696, TOLEDO, OH 43697-0696

10925   BP AMOCO RESEARCH CENTER, BLDG. 600, ROOM 1007, 150 WEST WARRENVILLE RD., NAPERVILLE, IL 60563

10924   BP AMOCO WHITING REFINERY, GATE 36 STANDARD AVENUE, WHITING, IN 46394

10924   BP AMOCO, 151 W. WARENVILLE ROAD, NAPERVILLE, IL 60563

10924   BP AMOCO, 151 W. WARENVILLE ROAD, NAPERVILLE, IL 60566-7043

10925   BP AMOCO, 200 EAST RANDOLPH DR, CHICAGO, IL 60601-7125

10924   BP AMOCO, PO BOX 460329, HOUSTON, TX 77056-8329

10925   BP AMOCO, SYSTEM, 2711 CENTERVILLE RD #400, WILMINGTON, DE 19808

10925   BP CHEMICALS INC., ATTN: CREDIT DEPT, MAIL CODE 600-2021B, 150 W WARRENVILLE RD, NAPERVILLE, IL 60563-8460

10924   BP CHEMICALS INCORPORATED, FT AMANDA & ADGATE RDS, LIMA, OH 45802

10924   BP CHEMICALS INCORPORATED, PO BOX4991, LIMA, OH 45802

10924   BP CHEMICALS, INC,, ACCOUNTS PAYABLE, PO BOX4991, LIMA, OH 45802

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BP CHEMICALS, INC., W.R. GRACE & CO., C/O ELAINE PANTANO, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140

10925    BP ENERGY COMPANY, PO BOX 198900, ATLANTA, GA 30384-8900

10924    BP EXPLORATION, DYCE, FARBURN INDUSTRIAL ESTATE, ABERDEEN, 0A2OPGBR          *VIA Deutsche Post*

10925    BP INTERNATIONAL, LTD, SUNBURY-ON THAMES, CHERTSEY RD. SUNBURY-ON THAMES, MIDDLESEX, 167LNENGLAND          *VIA Deutsche Post*

10924    BP OIL CO, 1150 S. METCALF STREET, LIMA, OH 45804

10925    BP OIL CO., 930 TENNESSEE AVE., CINCINNATI, OH 45229

10924    BP OIL CO./FUELS TECHNOLOGY, WARRESNVILLE FACILITY AN. LAB, 4440 WARRENSVILLE CENTER ROAD, CLEVELAND, OH 44128

10924    BP OIL COMPANY, MARCUS HOOK REFINERY, POST ROAD & SMITH STREET, MARCUS HOOK, PA 19061

10924    BP OIL COMPANY, OTTER CREEK ROAD - GATE 9, TOLEDO, OH 43601

10924    BP OIL COMPANY, P.O. BOX 482 - POST ROAD, MARCUS HOOK, PA 19061

10924    BP OIL COMPANY, PO BOX 428, MARCUS HOOK, PA 19061

10925    BP OIL COMPANY, PO BOX 74842, CLEVELAND, OH 44194-0925

10924    BP OIL HEADQUARTERS NODE*, COLUMBIA, MD 21044

10924    BP OIL, 4001 CEDAR POINT ROAD, OREGON, OH 43616

10924    BP OIL, PO BOX 696, TOLEDO, OH 43697-0696

10924    BP OIL-FUELS TECH. WARRENSVILLE, 19501 EMERY ROAD, CLEVELAND, OH 44128-2837

10925    BP SEARCH PROFESSIONALS, 220 S MAIN ST - STE B-12, BUTLER, PA 16001

10924    BP, PO BOX 460329, HOUSTON, TX 77056-8329

10925    BPA INTERNATIONAL, 270 MADISON AVE, NEW YORK, NY 10016-0699

10925    BP-AMOCO INC., 200 E. RANDOLPH DR. #3500, CHICAGO, IL 60601-6511

10924    BPB AMERICA INC, SUITE 300, 5301 WEST CYPRESS, TAMPA, FL 33607-1766

10924    BPB CELOTEX, COUNTY ROAD P59, FORT DODGE, IA 50501

10925    BPI - RECYCLE, 612 SOUTH TRENTON AVE., PITTSBURGH, PA 15221

10925    BPMC, INC, PO BOX 71949, CHICAGO, IL 60694-1949

10925    BPS - JACKSONVILLE, POBOX 101348, ATLANTA, GA 30392-1348

10925    BPS INDUSTRIES INC., PO BOX 17297, BALTIMORE, MD 21297-7297

10925    BPS JACKSONVILLE, PO BOX 56678, JACKSONVILLE, FL 32241

10925    BR TECHNOLOGIES, 4 VALLEY ROAD, MOUNTAIN LAKES, NJ 07046

10925    BRAATEN, ANN, N110 W16565 KINGS WAY, GERMANTOWN, WI 53022

10925    BRAATZ, JAMES, 4510 YATES ROAD, BELTSVILLE, MD 20705

10925    BRABB, JAMES, 215 HALF JAMES ST., HINTON, WV 25951

10925    BRABHAM, FLETCHER, 207 RAILROAD AVE, BAMBERG, SC 29003

10925    BRABHAM, KEVIN, 8227 CLEARWATER CT., SEVERN, MD 21144

10925    BRABHAM, TERRI, 725 CALVERT ST, JACKSONVILLE, FL 32208

10925    BRACAMONTES, DAVID, 3813 CHERRY BLOSSOM, SAN DIEGO, CA 92117

10925    BRACCO, MICHAEL, 191 LINWOOD ST, NEW BRITAIN, CT 06052

10925    BRACE, BRIAN L, 101 E PERRYTON ST, REYNOLDS, IL 61279

10924    BRACEWELL & PATTERSON, 2900 SOUTH TOWER PENNSOIL PLACE, HOUSTON, TX 77002-2781

10925    BRACEWELL, MONROE, 4128 APRIL ST N, LAKELAND, FL 33813-4102

10925    BRACEY, SUSAN, 14430 RIVERVIEW, SAVANNAH, MO 64485

10925    BRACEY, WILLIAM, 14430 RIVERVIEW, SAVANNAH, MO 64485

10925    BRACK, MELODY, 7620 TEXAS TRAIL, BOCA RATON, FL 33487

10925    BRACKEEN, BAMBI LEE, PO BOX 1092, FLIPPIN, AK 72634-1092

10925    BRACKEN, BILLY, 101 THOMAS DRIVE, WILLIAMSTON, SC 29697

10925    BRACKEN, ELIZABETH, 2230 N. GRAHAM AVE., INDIANAPOLIS, IN 46218

10925    BRACKEN, MARK, 2230 N. GRAHAM AVE., INDIANAPOLIS, IN 46218

10925    BRACKEN, PATRICK, 2120 WORDEN, SAN DIEGO, CA 92107

10925    BRACKEN, PAULINE, 13201 WAKIAL LOOP, PHOENIX, AZ 85044

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 BRACKENRIDGE HOSPITAL, 601 E. 15TH ST., AUSTIN, TX 78701

10925 BRACKENS, LASHAWN, 1606 E. OAK, MIDLAND, TX 79705

10925 BRACKETT II, RONALD, 2608 APOLLO, ODESSA, TX 79764

10925 BRACKETT, DAVID, 135 COX ST, HUDSON, MA 01749-1238

10925 BRACKETT, GORDON, 5165 WELLSHIRE PLACE, DUNWOODY, GA 30388

10925 BRACKETT, JAY, 200 LAKELAND DR, CONWAY, SC 29526

10925 BRACKETT, MARY LOU, 104 BRUNS ST, DEFOREST, WI 53532-1301

10925 BRACKETT, REBECCA, 5703 LEATHERWOOD LN, HARRISBURG, NC 28075

10925 BRACKETT, RICHARD, 2 CROSSVINE WAY, SIMPSONVILLE, SC 29680

10925 BRACKETT, STEPHEN, 835 MOTLOW SCHOOL RD, CAMPOBELLO, SC 29322

10925 BRACKIN, BETTY, 7751 INDIANAPOLIS ROAD, ZIONSVILLE, IN 46077

10925 BRACKIN, TODD, 4752 BROWNWOOD DRIVE, OWENSBORO, KY 42303

10925 BRACKINS, RAYMOND, 10620 S. 86TH AVE, PALOS HILLS, IL 60465

10925 BRAD ELLENDER, 2722 ALLEN ST, SULPHUR, LA 70665-7416

10925 BRAD JEFFREY PALMER TR UA, MAY 5 93 THE PALMER TRUST, PO BOX 2306, CANYON COUNTRY, CA 91386-2306

10925 BRAD SHEPARD, 363 SELVA TERRACE, WEST PALM BEACH, FL 33415

10924 BRAD TAYLOR, 701 SOUTH KANSAS, OLATHE, KS 66061

10925 BRAD W LAWSON, 2100 EAST 153TH TERRACE, OLATHE, KS 66062-2915

10925 BRADBERRY, BENNIE, 111 MEADOWLANE DRIVE, FOUNTAIN INN, SC 29644

10925 BRADBERRY, CUNNINGHAM, 110 ADAMS ST., RACELAND, LA 70394

10925 BRADBERRY, DOUGLAS, 705 N. MAPLE ST, SIMPSONVILLE, SC 29681

10925 BRADBERRY, HOWARD, 410 MAIN ST., LAUREL, MD 20707

10925 BRADBERRY, JOHN, 381 BLACKJACK ROAD, WESTMINSTER, SC 29693

10925 BRADBERRY, VIRGINIA, 705 N MAPLE ST, SIMPSONVILLE, SC 29681

10925 BRADBERY, BOBBY, 524 DAVENTON RD., HONEA PATH, SC 29654

10925 BRADBERY, CLAIRE, 524 DAVENTON ROAD, HONEA PATH, SC 29654-9238

10925 BRADBURY, DIANE, 71 FELLS AVE, MEDFORD, MA 02155

10925 BRADBURY, VESTA, 190 OLD BETHALTO RD, COTTAGE HILLS, IL 62018-1232

10924 BRADCO ENTERPRISES, 23 SECOND AVENUE, JUDSON, GREENVILLE, SC 29611

10924 BRADCO ENTERPRISES, PO BOX 3342, GREENVILLE, SC 29602

10925 BRADCO SUPPLY CORP, 1000 RATHBONE AVE, AURORA, IL 60506

10925 BRADCO SUPPLY CORP, 249 WESTON ST, HARTFORD, CT 06120

10925 BRADCO SUPPLY CORP, 270 ROCUS ST, SPRINGFIELD, MA 01103

10925 BRADCO SUPPLY CORP, 29 RAILROAD AVE, ALBANY, NY 12205

10925 BRADCO SUPPLY CORP, 479 JUMPERS HOLE SUITE 301, SEVERNA PARK, MD 21146

10925 BRADCO SUPPLY CORP., 13 PRODUCTION WAY, AVENEL, NJ 07001-0067

10924 BRADCO SUPPLY, ***DO NOT USE*** USE 228647, WOBURN, MA 01801

10924 BRADCO SUPPLY, **TO BE DELETED**, HYATTSVILLE, MD 20781

10924 BRADCO SUPPLY, 1000 RATHBONE AVE, AURORA, IL 60506

10924 BRADCO SUPPLY, 1000 RATHBONE, AURORA, IL 60504

10925 BRADCO SUPPLY, 1023 PAGE BLVD, SPRINGFIELD, MA 01104

10924 BRADCO SUPPLY, 1084 BETHLEHEM PIKE, MONTGOMERYVILLE, PA 18936

10924 BRADCO SUPPLY, 1125 PAGE BLVD., SPRINGFIELD, MA 01104

10924 BRADCO SUPPLY, 1141 W. VERMONT, CALUMET PARK, IL 60643

10924 BRADCO SUPPLY, 1150 ELMWOOD ROAD, KANSAS CITY, MO 64127

10924 BRADCO SUPPLY, 1150 N.W. 23RD AVENUE, FORT LAUDERDALE, FL 33311

10924 BRADCO SUPPLY, 13 PRODUCTION WAY, AVENEL, NJ 07001

10924 BRADCO SUPPLY, 130 FRONTAGE ROAD, WEST HAVEN, CT 06516

10924 BRADCO SUPPLY, 131 WATER STREET, KEENE, NH 03431

10924 BRADCO SUPPLY, 1411 LEE STREET, ALEXANDRIA, LA 71301

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    BRADCO SUPPLY, 1416 E. LINDEN AVENUE, LINDEN, NJ 07036

10924    BRADCO SUPPLY, 18960 COUNTY ROAD 328, DUNNELLON, FL 34432

10924    BRADCO SUPPLY, 1951 HAMMONDVILLE ROAD, POMPANO BEACH, FL 33069

10924    BRADCO SUPPLY, 19700 HOLLAND ROAD, BROOKPARK, OH 44142

10924    BRADCO SUPPLY, 212 CHENANGO, BINGHAMTON, NY 13901

10924    BRADCO SUPPLY, 2145 E. HENRIETTA ROAD, ROCHESTER, NY 14623

10924    BRADCO SUPPLY, 2300 E. PIONEER DR., IRVING, TX 75061

10924    BRADCO SUPPLY, 2315 AVE A, BETHLEHEM, PA 18017

10925    BRADCO SUPPLY, 2315 AVE A, BETHLEHEM, PA 18017-2195

10924    BRADCO SUPPLY, 2315 AVENUE A, BETHLEHEM, PA 18017

10924    BRADCO SUPPLY, 249 WESTON ST, HARTFORD, CT 06120

10924    BRADCO SUPPLY, 249 WESTON STREET, HARTFORD, CT 06120

10925    BRADCO SUPPLY, 2608 KEYWAY DR, YORK, PA 17402

10924    BRADCO SUPPLY, 265 OLD HOMESTEAD HWY, EAST SWANZEY, NH 03446

10924    BRADCO SUPPLY, 265 OLD HOMESTEAD HWY., EAST SWANZEY, NH 03446

10924    BRADCO SUPPLY, 270 ROCUS STREET, SPRINGFIELD, MA 01104

10924    BRADCO SUPPLY, 2751 NW 73RD STREET, MIAMI, FL 33147

10924    BRADCO SUPPLY, 2809 S. HARBOR CITY BLVD., MELBOURNE, FL 32901

10924    BRADCO SUPPLY, 29 RAILROAD AVE, ALBANY, NY 12205

10924    BRADCO SUPPLY, 29 RAILROAD AVENUE, ALBANY, NY 12200

10924    BRADCO SUPPLY, 295 BEVERAGE HILL ROAD, PAWTUCKET, RI 02861

10924    BRADCO SUPPLY, 301 BRUNSWICK AVENUE, TRENTON, NJ 08618

10924    BRADCO SUPPLY, 306 COMMERCE DRIVE, EXTON, PA 19341

10924    BRADCO SUPPLY, 3327 ROANOKE ROAD, KANSAS CITY, MO 64111

10924    BRADCO SUPPLY, 3401 VIRGINIA BEACH BLVD., NORFOLK, VA 23502

10924    BRADCO SUPPLY, 3404 KENILWORTH **DO NOT USE**, HYATTSVILLE, MD 20781

10924    BRADCO SUPPLY, 3404 KENILWORTH AVENUE, HYATTSVILLE, MD 20781

10924    BRADCO SUPPLY, 3404 KENILWORTH, HYATTSVILLE, MD 20781

10924    BRADCO SUPPLY, 357 SPENCER STREET, SYRACUSE, NY 13204

10924    BRADCO SUPPLY, 41517 N. ROUTE 45, ANTIOCH, IL 60002

10924    BRADCO SUPPLY, 5 FOUNDRY STREET, LOWELL, MA 01852

10925    BRADCO SUPPLY, 530 JAMES ST, LAKEWOOD, NJ 08701

10924    BRADCO SUPPLY, 538 N. MORRIS STREET, MUNDELEIN, IL 60060

10924    BRADCO SUPPLY, 5420 N. 59TH STREET, TAMPA, FL 33610

10924    BRADCO SUPPLY, 5420 NO 59TH, TAMPA, FL 33610

10924    BRADCO SUPPLY, 5825 TACONY STREET, PHILADELPHIA, PA 19135

10924    BRADCO SUPPLY, 7 RAILROAD PLACE, MASPETH, NY 11378

10924    BRADCO SUPPLY, 7392 HAVER HILL ROAD, WEST PALM BEACH, FL 33407

10924    BRADCO SUPPLY, 8 DRAPER STREET, WOBURN, MA 01801

10924    BRADCO SUPPLY, 8444 TERMINAL ROAD, LORTON, VA 22079

10924    BRADCO SUPPLY, 85 BLOOMINGDALE ROAD, HICKSVILLE, NY 11801

10924    BRADCO SUPPLY, 892 MIDDLE COUNTRY ROAD, SAINT JAMES, NY 11780

10924    BRADCO SUPPLY, 9960 S. ORANGE AVENUE, ORLANDO, FL 32824

10924    BRADCO SUPPLY, FORD PRODUCTS ROAD, VALLEY COTTAGE, NY 10989

10924    BRADCO SUPPLY, P.O. BOX 67 *USE 228641*, AVENEL, NJ 07001

10924    BRADCO SUPPLY, PO BOX414440, KANSAS CITY, MO 64141

10924    BRADCO SUPPLY, PO BOX67, AVENEL, NJ 07001

10925    BRADDOCK, LISA, HCR 1 BOX 23, NAZARETH, TX 79063

10925    BRADDOCK, MICHAEL, P.O BOX 144, SPURGER, TX 77660

10925    BRADDY, DELWIN, 120 SHEFFIELD DR, PIEDMONT, SC 29673

10924    BRADEN SUTPHIN INK COMPANY, 129 HARTMAN ROAD, NORTH WALES, PA 19454

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BRADEN, JOY, 5610 PINE ROW, HOUSTON, TX 77049 | |
| 10925 | BRADEN, MARK, PO BOX 1314, EVANSTON, WY 82930 | |
| 10925 | BRADEN, MELISSA, 2417 UPLAND AVE, KNOXVILLE, TN 37917 | |
| 10925 | BRADEN, PEGGY ANNE, 1062 WESLEY AVE, MOBILE, AL 36609 | |
| 10925 | BRADENBURG BRADENBURG, 715 TIJERAS NW, ALBURQUERQUE, NM 87102 | |
| 10925 | BRADEY, LORAN, PO BOX 424, LANDRUM, SC 29356-0424 | |
| 10925 | BRADFIELD COLLEGE, COLLEGE AT BRADFIELD, BRADFIELD, BERKSHIRE, RG7 6AUUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | BRADFIELD, HAROLD, 69619 HWY 64, MEEKER,, CO 81641 | |
| 10924 | BRADFORD BROS ASPHALT, CONSTRUCTION INC, PINEVILLE, VA 24874 | |
| 10924 | BRADFORD BROS., RT 97 - TWIN FALLS ROAD, PINEVILLE, WV 24874 | |
| 10924 | BRADFORD BROTHERS ASPHALT, P.O. BOX 1558, PINEVILLE, VA 24874 | |
| 10924 | BRADFORD BROTHERS ASPHALT, ROUTE 62, WALSH, WV 24707 | |
| 10925 | BRADFORD COURT REPORTING LLC, 7015 MUMFORD, DALLAS, TX 75252-6135 | |
| 10925 | BRADFORD GROUP, THE, 100 FRANKLIN ST, BOSTON, MA 02110 | |
| 10924 | BRADFORD INDUSTRIES INC., 1857 MIDDLESEX STREET, LOWELL, MA 01851 | |
| 10924 | BRADFORD INDUSTRIES INC., 75 ROGERS STREET, LOWELL, MA 01852 | |
| 10925 | BRADFORD L PEMBERTON, 617 SOUTH BRICK RD, ELGIN, SC 29045 | |
| 10925 | BRADFORD MANAGEMENT CO OF DALLAS, 12801 N CENTRAL EXPRESSWAY STE 1600, DALLAS, TX 75207 | |
| 10925 | BRADFORD MILLER, ONE BROOKHOLLOW DR., SANTA ANA, CA 92705 | |
| 10925 | BRADFORD T CAREY, 33435 WESLEY ROAD, EUSTIS, FL 32726 | |
| 10925 | BRADFORD, CONNIE, 24748 ROOSEVELT CT, FARMINGTON HIL, MI 48335 | |
| 10925 | BRADFORD, DANNY, 116 KESWICK TRAIL, SIMPSONVILLE, SC 29681 | |
| 10925 | BRADFORD, IDA, 1208 N DRIVER ST APT, DURHAM, NC 27701 | |
| 10925 | BRADFORD, JIMMY, PO BOX 257, OLLA, LA 71465 | |
| 10925 | BRADFORD, KATHLEEN, 59 MORNINGSIDE PARK, ROCHESTER, NY 14607 | |
| 10925 | BRADFORD, MICHAEL, PO BOX 4528, CLEMSON, SC 29632 | |
| 10925 | BRADFORD, R, 7826 WELD ST, OAKLAND, CA 94621 | |
| 10925 | BRADFORD, RICHARD, 203 SW 85 TERRACE, PEMBROKE PINES, FL 33025 | |
| 10925 | BRADFORD, TRACEY, 3055 N. 54TH ST, A, MILWAUKEE, WI 53210 | |
| 10925 | BRADFORD, WILLIAM, 468 KINGSTON CT, HAMPTON, GA 30228 | |
| 10925 | BRADFUTE, JOHN, 220 BLOCKHOUSE ROAD, GREENVILLE, SC 29615 | |
| 10925 | BRADHAM, LORRAINE, 5011 S.HUMMINGBIRD, INVERNESS, FL 34452 | |
| 10925 | BRADLEE, ERIC D, CUST FOR GRAEME H BRADLEE, UNDER THE UNI GIFT MIN ACT MA, PO BOX 251, CHILMARK, MA 02535-0251 | |
| 10925 | BRADLEY & RILEY PC, PO BOX 2804, CEDAR RAPIDS, IA 52406-2804 | |
| 10925 | BRADLEY ARANT ROSE & WHITE LLP, 2001 PARK PLACE, SUITE 1400, BIRMINGHAM, AL 35203-2736 | |
| 10924 | BRADLEY BLOCK CO INC, 13TH STN SOUTHERN RAILWAY, CLEVELAND, TN 37311 | |
| 10924 | BRADLEY BLOCK CO, P O BOX 476, CLEVELAND, TN 37311 | |
| 10924 | BRADLEY BLOCK CO, PO BOX 476, CLEVELAND, TN 37311 | |
| 10925 | BRADLEY CLARK, SANDRA, PO BOX 237, ORRS ISLAND, ME 04066 | |
| 10925 | BRADLEY CLAYTON LAMB, 2784 SATURN DR, FAIRFIELD, OH 45014-5017 | |
| 10925 | BRADLEY D HERMAN, 2626 HOMECREST AVE APT 7-U, BROOKLYN, NY 11235-4518 | |
| 10925 | BRADLEY D. TAYLOR, 915 W FOREST DR, OLATHE, KS 66061 | |
| 10924 | BRADLEY HOME, 320 COLONY ST., MERIDEN, CT 06450 | |
| 10925 | BRADLEY J. FISHER, 2130 SOUTH DUPONT DR, ANAHEIM, CA 92806 | |
| 10924 | BRADLEY MEMORIAL HOSPITAL, 2253 CHAMBLISS AVE., CLEVELAND, TN 37311 | |
| 10925 | BRADLEY R HANSON &, KATHRYN A HANSON JT TEN, 1086 TREESHADE DR, SAINT PETERS, MO 63376-3838 | |
| 10925 | BRADLEY ROSS BERGER, 2990 HERITAGE TRAIL, JACKSONVILLE, FL 32257-5843 | |
| 10925 | BRADLEY SR, WAYNE W, 6500 JOHN C LODGE, DETROIT, MI 48202-2946 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BRADLEY SUPPLY CO., PO BOX 29096, CULLOM, IL 60929

10925   BRADLEY SUPPLY COMPANY, PO BOX 29096, CHICAGO, IL 60629-9096

10925   BRADLEY SUPPLY, PO BOX 29096, CHICAGO, IL 60629

10925   BRADLEY WIMBERLEY, 316 13TH ST, NEDERLAND, TX 77627

10925   BRADLEY, ANGELA, 1204 W 9TH, AMARILLO, TX 79101

10925   BRADLEY, ANTOINETTE, RT. 1, NIOTA, TN 37826

10925   BRADLEY, BERNICE, 1576 CAROHINA REST HOME, ROANOKE RAPIDS, NC 27870

10925   BRADLEY, BETH, 228 CRAWFORD AVE, CONSHOHOCKEN, PA 19428

10925   BRADLEY, CAROLYN, 1037 HOLMAN CIRCLE, SPARKS, NV 89431

10925   BRADLEY, CHARLES, 119 DEERFIELD DRIVE, WELLFORD, SC 29385-9753

10925   BRADLEY, CHOICA, 1701 PEARLIE #4B, WICHITA FALLS, TX 76306

10925   BRADLEY, CORNELIUS, 1681 QUEENBURY CIR, HOFFMAN ESTS, IL 60195

10925   BRADLEY, CYNTHIA, 153 SMITHRIDGE, RENO, NV 89502

10925   BRADLEY, DARRYL, 1315 AIRLINE NORTH, ROSHARON, TX 77583

10925   BRADLEY, DAVID, 1185 A ST, GOLDEN, CO 80401-4905

10925   BRADLEY, DAWN, 92F KILBRANNON DR, COLUMBIA, SC 29210

10925   BRADLEY, ELAINE, PO DRAWER N, GARYSBURG, NC 27831

10925   BRADLEY, F, 4306 VIRGINIA AVE, LOUISVILLE, KY 40211

10925   BRADLEY, FAITH, 731 CYPRESS LN APT J, POMPANO BEACH, FL 33064-5072

10925   BRADLEY, FAITH, 9943,

10925   BRADLEY, GLORIA, 706 MAPLE, WELDON, NC 27890

10925   BRADLEY, GREGORY, POST OFFICE BOX 165, MIDLAND, PA 15059

10925   BRADLEY, HEATHER, 8523 PEPPER RIDGE, GRAND BLANC, MI 48439

10925   BRADLEY, JAMES, 14 MERIDIEN WAY, BILLERICA, MA 01821

10925   BRADLEY, JIMMY KIM, 18011 WEDGEWOOD DR, HAMMOND, LA 70403

10925   BRADLEY, JODI, 7017 TIMBERLANE DR., N RICHLAND HILLS, TX 76180

10925   BRADLEY, JOHN, 3902 COLBORNE ROAD, BALTIMORE, MD 21229

10925   BRADLEY, JULIE, RT 1 BOX 201A, HOMER, GA 30547

10925   BRADLEY, LANIER, RT. 2, BOX 745, APPLING, GA 30802

10925   BRADLEY, LAVERNE, 2717 GRACE MANOR, LAKELAND, FL 33803

10925   BRADLEY, LESTER, 206 UNION DRIVE, LAKELAND, FL 33805

10925   BRADLEY, MARILYN, 2424 S INGRAM MILL, SPRINGFIELD, MO 65804

10925   BRADLEY, MAXINE, 1889 THELMA ROAD, ROANOKE RAPIDS, NC 27870

10925   BRADLEY, MIKE W, 7016 BROOKDALE DRIVE, WATAUGA, TX 76148

10925   BRADLEY, MIKE, 7016 BROOKDALE DRIVE, WATAUGA, TX 76148

10925   BRADLEY, PHILLIP, 1390 ANDREW COURT, LAWRENCEVILLE, GA 30242

10925   BRADLEY, PHILLIP, 3725 LINBROOK DRIVE, COLUMBIA, SC 29204

10925   BRADLEY, SHERRY, 1109 PALMWOOD DRIVE, SPARKS, NV 89431

10925   BRADLEY, SHIRLEY, 719 JEANELL ST, QUITMAN, TX 75783

10925   BRADLEY, SUSAN, 14 GORE DRIVE, ROME, GA 30161

10925   BRADLEY, TOMMY, 1706 E ALABAMA, PLANT CITY, FL 33566-6204

10925   BRADLEY, VANESSA, PO BOX 962, CENTRAL, SC 29630

10925   BRADLEY-STONE, KAREN, 3852 EAST G ST, TACOMA, WA 98404

10925   BRADLY, TAMMY, 7303 SWIFT ST, LITHONIA, GA 30038

10925   BRADSHAW PLUMBING INC., 2529 NORTHEAST 5TH AVE, POMPANO BEACH, FL 33064

10925   BRADSHAW, BLAINE, 8798 U.S. HWY 394, CRAIG, CO 81625

10925   BRADSHAW, CARMEN, 6674 WILDWOOD, LITHONIA, GA 30058

10925   BRADSHAW, CYNTHIA, 108 NORMANDY PK, LENOIR, NC 28645

10925   BRADSHAW, DOLLIE, 113 CRESTLINE DRIVE, PLEASONTON, TX 78064-1535

10925   BRADSHAW, ESTHER, 3522 OAKWOOD #21, ODESSA, TX 79761

10925   BRADSHAW, HARLAN, PO BOX 358, MEEKER, CO 81641

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BRADSHAW, HAROLD, 9015 DAYTONIA AVE, DALLAS, TX 75218

10925   BRADSHAW, JAMES, 6606 LUNN RD., LAKELAND, FL 33811

10925   BRADSHAW, JAMES, 7603 HOLLOW GLEN LN., HOUSTON, TX 77072

10925   BRADSHAW, JAMES, 9604 BRYN MAWR CIR, FT. SMITH, AR 72908

10925   BRADSHAW, JANET, 753 S SUGARLAND RUN DR., STERLING, VA 22170

10925   BRADSHAW, JERRY, 2768 FM ROAD 369SOUTH, IOWA PARK, TX 76367

10925   BRADSHAW, JOHN P, 2729 N SHEPARD AVE APT 4, MILWAUKEE, WI 53211-3863

10925   BRADSHAW, KEVIN, 334 INDIAN SUMMER LANE, SPARTANBURG, SC 29316

10925   BRADSHAW, MICHAEL, 16829 NEENACH RD., APPLE VALLEY, CA 92307

10925   BRADSHAW, MICHAEL, 3404 LENOX COURT, MOBILE, AL 36695

10925   BRADSHAW, OLLYN, 5333 FLETCHER, FORT WORTH, TX 76107

10925   BRADSHAW, OTIS, 113 CRESTLINE DRIVE, PLEASANTON, TX 78064

10925   BRADSHAW, PATRICIA, 154 CANNONGATE, NASHUA, NH 03063

10925   BRADSHAW, RICHARD, 105 PEACH VALLEY CT, GREER, SC 29651

10925   BRADSHAW, ROBERT, 16 KAREN ROAD, WOBURN,, MA 01801-1923

10925   BRADSHAW, ROBERT, 28730 TIMERLANE ST, AGOURA, CA 91301

10925   BRADSHAW, SCOTT, 214 LIPPINCOTT AVE, RIVERSIDE, NJ 08075

10925   BRADSHAW, TAMMY, 2967 GRIMSBY FARM RD, BLADENBORO, NC 28320

10925   BRADSHAW, TERESA, RT 3 BOX 372B, CLINTON, NC 28328

10925   BRADSHER, ELIZABETH, 701 GATLING ST, WINDSOR, NC 27983

10925   BRADVICA, SHERRY, 1421 S. KNOTT AVE, ANAHEIM, CA 92804

10925   BRADWAY, NANCY, 40 NASHUA ST #5, CLINTON, MA 01510

10924   BRADY CO.-LOS ANGELES, INC., PO BOX470, ANAHEIM, CA 92815

10924   BRADY COMPANY, 1223 7TH STREET, MODESTO, CA 95354

10925   BRADY COMPANY/SAN DIEGO INC, 8100 CENTER ST, LA MESA, CA 91944-0968

10925   BRADY DRUMMOND INC., 6 WEST EIGHTH AVE, ROME, GA 30161

10925   BRADY DRUMMOND PACKAGING, 6 WEST EIGHTH AVE, ROME, GA 30161

10924   BRADY ENTERPRISE, 165 MOORE ROAD, WEYMOUTH, MA 02189

10924   BRADY ENTERPRISE, 167 MOORE ROAD, WEYMOUTH, MA 02189

10925   BRADY III, OREN L, PO BOX 5807, SPARTANBURG, SC 29304

10925   BRADY JR, EDWARD M, CUST FOR KRISTYN K BRADY, UNIF GIFT MIN ACT CO, 10 PERIWINKLE PLACE, NEWTOWN, PA 18940-9225

10925   BRADY L WILLIAMS &, LUELLA M WILLIAMS TR UA MAR 7, 90 BRADY L WILLIAMS &, LUELLA M WILLIAMS LIVING TRUST, 2100 SWOPE DR APT 320, INDEPENDENCE, MO 64057

10924   BRADY SUPPLY CORP.(AD), 1300 COLLEGE AVE, ELMIRA, NY 14901-1156

10924   BRADY SUPPLY CORP.(AD), P.O. BOX 326, ELMIRA, NY 14902

10924   BRADY U.S.A., PO BOX 298, MILWAUKEE, WI 53201-0298

10924   BRADY WORLDWIDE INC, PO BOX 571, MILWAUKEE, WI 53201-0571

10925   BRADY, ADINA, RT 1, BOX 1102, HWY 51, HOMER, GA 30547

10925   BRADY, ALLAN, 716 W TAYLOR, LOVINGTON, NM 88260

10925   BRADY, AMY, 11815 JOHNSON DR., SHAWNEE, KS 66203

10925   BRADY, ANNMARIE, 41 SOLEY ST, CHARLESTOWN, MA 02129

10925   BRADY, C, 3219 SALISBURY HWY, STATESVILLE, NC 28677

10925   BRADY, DEBORAH, 109 W JAMES ST, GREER, SC 29650

10925   BRADY, DENISE, 4022 CORDELL, INDIANAPOLIS, IN 46236

10925   BRADY, EDWARD, 348 FRANKLIN AVE, GRAND JUNCTION, CO 81505

10925   BRADY, FRED D, 1200 NW 15TH AVE, POMPANO BEACH, FL 33069

10925   BRADY, FRED, 7754 MONARCH COURT, DELRAY BEACH, FL 33446

10925   BRADY, GLEN, 6217 TRIPP PLACE, CHARLOTTE, NC 28277

10925   BRADY, JAMES, 102 RIDGEWAY ROAD, SPARTANBURG, SC 29301-1237

10925   BRADY, JOSEPH, 4809 SIXTH ST, BALTIMORE, MD 21225

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BRADY, KIMBERLY, 916 TERMINAL ST., ORRVILLE, OH 44667 | |
| 10925 | BRADY, LINDA, 508 RIVERVIEW DRIVE, THIENSVILLE, WI 53092 | |
| 10925 | BRADY, M, CARVEL STATE OFFICE BLDG, 820 N FRENCH ST, WILMINGTON, DE 19801 | |
| 10925 | BRADY, MARVIN, 1205 HILLVALE DR, MORRISTOWN, TN 37814 | |
| 10925 | BRADY, PHILIP, 575 W. JEFFERSON, BROWNSVILLE, TX 78521 | |
| 10925 | BRADY, R, 1440 BEAR CREEK ROAD, LAVONIA, GA 30553 | |
| 10925 | BRADY, RICHARD, 152 N WARREN AVE, BROCKTON, MA 02401 | |
| 10925 | BRADY, RICHARD, 284 MACKINTOSH DRIVER1, GLEN BURNIE, MD 21061 | |
| 10925 | BRADY, RUSSELL, 485 WASHINGTON ST. APT.11, CRAIG, CO 81625 | |
| 10925 | BRADY, SEAN, 4001 PENNINGTON, GREER, SC 29651-4923 | |
| 10925 | BRADY, SUSAN, 9960-2 PINEAPPLE TREE DRIVE #107, BOYNTON BEACH, FL 33436 | |
| 10925 | BRADY, THOMAS, 17 ASHFORD LANE, NEWTOWN, CT 06470 | |
| 10925 | BRADY, THOMAS, 7528 NEWTON, OVERLAND PK, KS 66204 | |
| 10925 | BRADY, WALTER, 7324 W MATHEWS DR., FRANKFORT, IL 60423 | |
| 10924 | BRADY/SANTA BARBARA SPA & RESORT, 8301 HALLESTER AVE., GOLETA, CA 93117 | |
| 10924 | BRADY-COATED PRODUCTS, 6870 S. 13TH STREET, OAK CREEK, WI 53154 | |
| 10925 | BRADYSEEMONGAL, LISA, APT. 207, LASALLE, QC H8R3R2CANADA | *VIA Deutsche Post* |
| 10925 | BRAGA, GEORGETTE, 54 MADISON ST., PENQUANNOCK, NJ 07440 | |
| 10925 | BRAGDON, ROBERT, ROUTE 2 BOX 69B, SOUTH HARPSWELL, ME 04079 | |
| 10925 | BRAGDON, SANDRA L, RR 1 BOX 195, SEBAGO LAKE, ME 04075 | |
| 10925 | BRAGER SR., DONALD, 1406 CHICAGO AVE UNIT 101, OCEAN CITY, MD 21842 | |
| 10925 | BRAGG SIGNS, 121 S MAIN ST, WOODRUFF, SC 29388 | |
| 10925 | BRAGG, ANGELA, 2470 CASTIAN DRIVE, MORRISTOWN, TN 37813 | |
| 10925 | BRAGG, CHARLES, RT 2 BOX 612, ERATH, LA 70533 | |
| 10925 | BRAGG, CYNTHIA, 8521 VALOR DR, CHALMETTE, LA 70043 | |
| 10925 | BRAGG, EDGAR, 1111 NORTH PACIFIC, IOWA PARK, TX 76367 | |
| 10925 | BRAGG, JAN, 1900 53RD ST EAST, VALLEY, AL 36854 | |
| 10925 | BRAGG, JOHN, 5123 BRAGG RD, WOODRUFF, SC 29388 | |
| 10925 | BRAGG, KATHRYN, 307 PIKE ST, BECKLEY, WV 25801 | |
| 10925 | BRAGG, MARJORIE, 117 KEVIN RD., BROCKTON, MA 02402 | |
| 10925 | BRAGG, MICHAEL, 1732 PEMBROOK DRIVE, MORRISTOWN, TN 37813 | |
| 10925 | BRAGG, MICHAEL, 3132 NORMAN ST, MORRISTOWN, TN 37814 | |
| 10925 | BRAGG, MICHAEL, 332 OAK ST, WOODRUFF, SC 29388 | |
| 10925 | BRAGG, RALPH, 7319 7TH AVE W., BRADENTON, FL 34209 | |
| 10925 | BRAGG, RAMONA, 8508 GREENWELL SPGS, BATON ROUGE, LA 70811 | |
| 10925 | BRAGG, ROBERT, 138 FOUNTAIN INN DR, SIMPSONVILLE, SC 29681 | |
| 10925 | BRAGG, ROBERT, 212 MORTON ST., MORRISTOWN, TN 37814 | |
| 10925 | BRAGG, ROBERT, 27 PURCHASE ST, MIDDLEBORO, MA 02346 | |
| 10925 | BRAGG, ROBERT, 46 BREWSTER ROAD, W BRIDGEWATER, MA 02379 | |
| 10925 | BRAGG, SADIE, 340 TWO MILE CREEK ROAD, ENOREE, SC 29335-9733 | |
| 10925 | BRAGG, STEPHEN, 1532 RIVER ROCK TRCE, WOODSTOCK, GA 30188 | |
| 10925 | BRAGG, WAYNE, 129 CLYDE RD, FOUNTAIN INN, SC 29644 | |
| 10925 | BRAGLIN, PAMELA, 309 W. 16TH ST, DOVER, OH 44622 | |
| 10925 | BRAH, CAROL, 705 S.57TH ST., WEST ALLIS, WI 53214 | |
| 10925 | BRAHM, ERIC, 701 CATHEDRAL ST. APT.#73, BALTIMORE, MD 21201 | |
| 10925 | BRAIDICH, RUTH, 290 BERKELEY DRIVE, SEVERNA PARK, MD 21146 | |
| 10924 | BRAILSFORD PRECAST CONCRETE, 342 W 1300 N, SPRINGVILLE, UT 84663 | |
| 10925 | BRAIN, R, C/O C BOARDMAN WR GRACE, 55 HAYDEN AVENUE LEXINGT, MA 02173 | |
| 10925 | BRAINARD, GENE, 316 COUNTRYSIDE DRIVE, WAUKON, IA 52172-7529 | |
| 10925 | BRAINSHARE 99, PO BOX 26106, FENTON, MO 63026 | |
| 10925 | BRAINSTORM TECHNOLOGIES, INC, 64 SIDNEY ST, CAMBRIDGE, MA 02139 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BRAITHWAITE, DOROTHY, 10820 SHORES ROAD, CHANCE, MD 21821

10925    BRAITO, MICHELE, 81 MCKINLEY AVE, ALBERTSON, NY 11507

10925    BRAITSCH, DANIEL, 7405-03 VILLAGE RD, SYESVILLE, MD 21784

10924    BRAKE PARTS INCORP., PO BOX1657, MC HENRY, IL 60051-1657

10924    BRAKE PARTS, INC., 101 INDUSTRIAL PARK DR., STANFORD, KY 40484

10924    BRAKE PARTS, INC., 1225 ENTERPRISE DR., WINCHESTER, KY 40391

10924    BRAKE PARTS, INC., CAMBRIDGE, MA 02140

10925    BRAKE, ANGELA, 1005 HERNANDON ST, LEESBURG, FL 34748

10925    BRAKE, HAROLD, 1834 W. 16 ST., CASPER, WY 82604

10925    BRAKE, LINDA, 117 BAXTER ROAD, COMMERCE, GA 30529

10925    BRAKE, RONALD, 855 WELLINGTON LANE, WICHITA FALLS, TX 76305

10924    BRAKEPRO INC., 101 BROWN FARMS RD, CARTERSVILLE, GA 30120

10924    BRAKEPRO, 101 BROWN FARM ROAD, CARTERSVILLE, GA 30120

10925    BRAKO JR, FRANK, 10 ARBORWOOD RD, ACTON, MA 01720

10925    BRAKO, FRANK, 10 ARBORWOOD ROAD, ACTON, MA 01720-4420

10925    BRALLEY, MARK, 2110 GREENTREE DRIVE, 1312, HOOVER, AL 35216

10924    BRAM METALLURGICAL CHEMICAL CO., 18 BORBECK STREET, PHILADELPHIA, PA 19111

10925    BRAM, GLORIA W, 6411 HWY 20 SP 5, PORT TOWNSEND, WA 98368

10924    BRAMA LEATHER, 36 SCOTT STREET 3, ST CATHERINES, ON O0O 0O0TORONTO    **\*VIA Deutsche Post\***

10925    BRAMAN DOW & CO, 200 MIDDLESEX TURNPIKE, BURLINGTON, MA 01803

10925    BRAMAN DOW, DIV OF F.W. WEBB CO, BURLINGTON, MA 01803

10925    BRAMAN, DONALD, 143 WALTHAM, 6, MAYNARD, MA 01754

10925    BRAMBIERS, 1616 NE 205TH TERRACE, NORTH MIAMI BEACH, FL 33179

10924    BRAMBLES EQUIPMENT & SERVICES, INC., 757 AIRWAYS BLVD., JACKSON, TN 38301

10925    BRAMBLES EQUIPMENT EVN(048), PO BOX 101635, ATLANTA, GA 30392-1635

10925    BRAMBLES EQUIPMENT SERVICES INC., 2235 RAGU DRIVE, OWENSBORO, KY 42303

10924    BRAMBLES EQUIPMENT SERVICES, PO BOX2110, CORDOVA, TN 38088

10925    BRAME, TAMIKA, 2001 W. MICHIGAN ST. #205, MILWAUKEE, WI 53233

10925    BRAMEL, PAMELA, PO BOX 312, NEWBURG, MO 65550

10925    BRAMER, CONNIE, 736 1/2 N DIXIE HWY, MOMENCE, IL 60954

10925    BRAMER, EVELYN, 736 N DIXIE, MOMENCE, IL 60954

10925    BRAMLETT, ALLEN, 405 WINDY FOREST DRIVE, FAIR PLAY, SC 29643

10925    BRAMLETT, EDNA, 220 SHANKEL HIEGHTS, COMMERCE, GA 30529

10925    BRAMLETT, JAMES, 111 CHAPMAN DRIVE, FOUNTAIN INN, SC 29644

10925    BRAMLETT, JEANA C., 5808 80TH ST., LUBBOCK, TX 79424

10925    BRAMLETT, NORMAN, 176 THOMPSON RD., GREER, SC 29651-9127

10925    BRAMLETT, RONALD, 1007 S HARPER ST, LAURENS, SC 29360

10925    BRAMLETT, SCOTT, 150 BRAMLETT DRIVE, WESTMINSTER, SC 29693

10925    BRAMLETT, SHIRLEY, ROUTE 3 301 BOYD ROAD, LAURENS, SC 29360

10925    BRAMLETT, WALTER, 121 BOB GRAY RD, GRAY COURT, SC 29645

10925    BRAMLETT, WILLIAM, 3423 CANNON RD., GREER, SC 29651-9610

10925    BRAMLETTE, SANDRA, 1022 FURMAN DRIVE, SUMTER, SC 29154

10925    BRAMLEY, KEVIN, 1009 S.W. 4TH, ANDREWS, TX 79714

10925    BRAMMALL INC, POBOX 208, ANGOLA, IN 46703

10925    BRAMMER STANDARD CO. INC., 14603 BENFER ROAD, HOUSTON, TX 77069-2895

10925    BRAMMER, ROXANNA, 496 E ASH, WATSEKA, IL 60970

10924    BRAMPTON NAMEPLATE INC, 188 WILKINSON ROAD, BRAMPTON ONTARIO, ON L6T 4W9TORONTO    **\*VIA Deutsche Post\***

10925    BRANCATOS ROBINSON CATERING, 12416 GRANDVIEW ROAD, GRANDVIEW, MO 64030

10925    BRANCE-KRACHY CO, INC, 4411 NAVIGATION, HOUSTON, TX 77011

10925    BRANCH ELECTRIC SUPPLY CO, ATTN: JAMIE COOPERMAN, UPPER MARLBORO, MD 20772

10925    BRANCH ELECTRIC SUPPLY CO, PO BOX 73056, BALTIMORE, MD 21273

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BRANCH ELECTRIC SUPPLY CO., PO BOX 73056, BALTIMORE, MD 21273

10924   BRANCH ELECTRIC SUPPLY, 29 INDUSTRIAL PARKWAY, WOBURN, MA 01801

10924   BRANCH ELECTRIC SY CO., 71 LOWELL ROAD, SALEM, NH 03079

10924   BRANCH ELECTRIC, 4501 LAFAYETTE BOULEVARD, FREDERICKSBURG, VA 22401

10925   BRANCH ELECTRIC, BOX 73056, BALTIMORE, MD 21273-3056

10925   BRANCH ELECTRIC, PO BOX 73056, BALTIMORE, MD 21273-3056

10925   BRANCH ELECTRIC/BALTIMORE DIV., 10943 MCCORMICK RD., HUNT VALLEY, MD 21031

10924   BRANCH GROUP INC./CDC, 1049 PRINCE GEORGE BLVD., UPPER MARLBORO, MD 20772

10925   BRANCH MOTOR EXPRESS, 114 5TH AVE., NEW YORK, NY 10011

10925   BRANCH MOTOR EXPRESS, GPO 2526, NEW YORK, NY 10116

10925   BRANCH, DONALD, 7915 CHASE ROAD, LAKELAND, FL 33809-2104

10925   BRANCH, DORIS, 4120 TIMBERLAKE ROAD E, LAKELAND, FL 33810

10925   BRANCH, LULA, 1672 PLEASANT MEADOW RD, LUMBERTON, NC 28358

10925   BRANCH, LYNDA, 1202 PACIFIC AVE., BRISTON, PA 19007

10925   BRANCH, TERENCE, 28 RHODE ISLAND AVE, EAST ORANGE, NJ 07018

10925   BRANCH, THELMA, 1191 HOLLY LANE, CEDAR HILL, TX 75104

10925   BRANCH, TINA, 623 N ELECTRA, ELECTRA, TX 76360

10924   BRANCH-NE, REGIONAL DIST. CENTER, STOUGHTON, MA 02072

10925   BRANCO, JOSEPH, 12105 W CENTER RD, #381, OMAHA, NE 68144

10925   BRAND COMMUNICATIONS INC, G.M.F., BOSTON, MA 02205

10924   BRAND ELECTRIC INC., ATT: DAVE CHESNEY, 6274 E 375 S, LAFAYETTE, IN 47905

10924   BRAND FIRE PROTECTION SERVICES INC., 28 COTTRELL STREET, MYSTIC, CT 06355

10924   BRAND FIRE PROTECTION SERVICES, INC, 451 BRIDGE STREET, GROTON, CT 06340

10925   BRAND, C, 10167 BIRCH DRIVE, JOPLIN, MO 64804

10925   BRAND, D, 3415 BAY DRIVE, JOPLIN, MO 64804

10925   BRAND, DOUGLAS, 634 1/2 MERRICK, SHREVEPORT, LA 71104

10925   BRAND, JANET, PO BOX 871, REYNOLDSBURG, OH 43068

10925   BRAND, JOHN, 4005 LANDMARK ROAD, YUKON, OK 73099

10925   BRAND, MARY L, 490 HIGHGATE AVE, BUFFALO NY, NY 14215

10925   BRAND, MATTHEW, 10242 E.WOOD AVE, APACHE JUNCTION, AZ 85220

10925   BRAND, PEDRO, PO BOX 5013, LONG BEACH, CA 90805

10925   BRAND, SOFIA, PO BOX 5013, LONG BEACH, CA 90805

10925   BRAND-AID CONSULTING, 89 WILLIAMS ST, WRENTHAM, MA 02093

10925   BRANDEIS CHEMICAL DIVISION -, STAMFORD HARBOR PARK NORTH TOWER, 333 LUDLOW ST, STAMFORD, CT 06902

10925   BRANDEIS CHEMICAL DIVISION, 333 LUDLOW ST, STAMFORD, CT 06902

10924   BRANDELLI ARTS INC, 12362 9TH STREET, GARDEN GROVE, CA 92640

10925   BRANDEN B PETERS, 119 6TH AVE NORTH, WAITE PARK, MN 56387

10925   BRANDENBURG BRANDENBURG, 715 TIJERAS NW, ALBURQUERQUE, NM 87102

10925   BRANDENBURG, DEBORAH, 1618 BEACON RIDGE RD, CHARLOTTE, NC 28210

10925   BRANDENBURG, GIL, 4 HERITAGE VILLAGE, NASHUA, NH 03062

10925   BRANDENBURG, MILDRED, 2125 OAK ST, NEW ALBANY, IN 47150-1731

10925   BRANDENBURG, ROBERT, 1119 LIBERTY ST, NEWPORT, KY 41071

10925   BRANDENBURG, TIMOTHY, 1209 EVERGREEN WAY, SIMPSONVILLE, KY 40067

10925   BRANDES, RICHARD, 1600 E CO RD 76, WELLINGTON, CO 80549

10925   BRANDFORD, TRIDONNA D., 940 ST AGNES LN, BALTIMORE, MD 21207

10925   BRANDHANDLER, LINDA, 301 PINONWOOD DR, SIMPSONVILLE, SC 29680

10925   BRANDIES, JOHN, 2308 LEM TURNER RD, CALLAHAN, FL 32011

10925   BRANDIES, JOHN, 314 TOWNSEND AVE, LAKE WALES, FL 33853-3759

10925   BRANDMAHL JT TEN, RICHARD R & JOAN M, 8231 E CHOLLA DR, TUCSON, AZ 85715-9628

10925   BRANDON BURRELL, HWY 221, ENOREE, SC 29335

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BRANDON MATERIALS CO, 605 ASPEN BLVD, BRANDON, SD 57005

10924    BRANDON MATERIALS, 605 ASPEN BLVD, BRANDON, SD 57005

10924    BRANDON MATERIALS, 605 ASPEN STREET, BRANDON, SD 57005

10925    BRANDON, C, 16222 STUEBNER AIRLINE RD, 1205, SPRING, TX 77379

10925    BRANDON, DEBRA, 9606 SOUTH BEND, SAN ANTONIO, TX 78250

10925    BRANDON, FLORA, 16222 STUEBNER AIRLINE, SPRING, TX 77379

10925    BRANDON, GAY, FLUSHING, NY 11355

10925    BRANDON, JOHN, 321 PROSPECT AVE, HACKENSACK, NJ 07601

10925    BRANDON, JULIE, 4049 SW LEEWARD DR, LEES SUMMIT, MO 64082

10925    BRANDON, OSCAR, 3808 FAXON AVE, MEMPHIS, TN 38122

10925    BRANDON, TARA, 1883 MCDADE ROAD, AUGUSTA, GA 30906

10925    BRANDT A WAX & TOBI D, WAX TR UA AUG 3 95, WAX FAMILY TRUST, 1658 BENEDICT CANYON DR, BEVERLY HILLS, CA 90210-2003

10925    BRANDT JT TEN, FRED P & CATHERINE A, 2585 QUEEN ST, LAKEWOOD, CO 80215-1250

10925    BRANDT, CALVIN, 101 EAST 20TH ST #6, GREELEY, CO 80631

10925    BRANDT, CAROLYN E, 7701 E OSBORN RD 127, SCOTTSDALE, AZ 85251

10925    BRANDT, CHEREE, 13017 LAKERIDGE DR, ST LOUIS, MO 63138

10925    BRANDT, DOUGLAS, 4013 CRABAPPLE DR, MCKEES ROCKS, PA 15136

10925    BRANDT, FLORENCE, 830 W 40TH ST, BALTIMORE, MD 21211-2122

10925    BRANDT, FRED, 2585 QUEEN ST, LAKEWOOD, CO 80215-1250

10925    BRANDT, FRED, 31270 JOHN WALLACE RD., EVERGREEN, CO 80439-7931

10925    BRANDT, JOSEPH, 2506 HAMILTON AVE, BALTIMORE, MD 21214

10925    BRANDT, KERRY, 45 GARY GLEN, ST PETERS, MO 63376

10925    BRANDT, KEVIN, 9082 MEADOW HEIGHTS, RANDALLSTOWN, MD 21133

10925    BRANDT, KIRK, 1924 SUNSET #J410, ROCK SPRINGS, WY 82901

10925    BRANDT, L, 830 W. 40TH ST. APT 312, BALTIMORE, MD 21211

10925    BRANDT, LINDA, 1170 STERLING #209, PALATINE, IL 60067

10925    BRANDT, LUCAS, 1330 BENTWOOD DRIVE, EVANSVILLE, IN 47711

10925    BRANDT, MARVIN, 9942 E. VICKSBURG ST, TUCSON, AZ 85748

10925    BRANDT, MICHAEL, 4308 ELM ST, SHAW AFB, SC 29152

10925    BRANDT, PAUL, 207 GLIDER DRIVE, BALTIMORE, MD 21220

10925    BRANDT, RICHARD, 15 BRANDT LANE, BLOOMINGDALE, NJ 07403

10925    BRANDT, TINA, CUST FOR TODD YOUNG BRANDT, UNIF GIFT MIN ACT GA, PO BOX 1707, BENTONVILLE, AR 72712-1707

10925    BRANDVIK, LORI, 12616 W 82ND TERRACE, LENEXA, KS 66215

10924    BRANDY WINE TOWN CENTER, 202 & CONCORD PIKE, WILMINGTON, DE 19803

10925    BRANDYS LOCK & KEY SHOP INC, 555 RIDGE RD, HOMEWOOD, IL 60430-2022

10925    BRANDYS, BARBARA, 7606 WESTLAKE TERRACE, BETHESDA, MD 20817

10924    BRANDYWINE BUILDING, 1000 WEST STREET, WILMINGTON, DE 19801

10924    BRANDYWINE BUILDING/DUPONT, DELEWARE AVE., WILMINGTON, DE 19801

10924    BRANDYWINE CENTER***DO NOT USE, ***USE 507558, 1000 WEST STREET, WILMINGTON, DE 19801

10924    BRANDYWINE COMPOUNDING CO., 119 W 40TH ST, FL 10, NEW YORK, NY 10018

10925    BRANDYWINE EQUIPMENT CO, PO BOX 704, KENNETT SQUARE, PA 19348

10925    BRANDYWINE EQUIPMENT COMPANY, PO BOX 704, KENNETT SQUARE, PA 19348-0704

10925    BRANEFF, LARRY, PO BOX 187 5188 BUDDY JOHNSON ROAD, STARKS, LA 70661

10925    BRANEN, KEVIN, 82 BEARVIEW AVE, NASHUA, NH 03060

10925    BRANEN, MICHAEL, 26 COX ST, NASHUA, NH 03060

10925    BRANGERS, KIMBERLY, 1020 KILLIAN DR., MOORESVILLE, IN 46158

10925    BRANHAM CORP, PO BOX 9286, LOUISVILLE, KY 40209

10925    BRANHAM CORP, PO BOX 9286, LOUISVILLE, KY 40214

10925    BRANHAM, ALFRED, PO BOX 810, HILMAR, CA 95324

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 BRANHAM, CHRISTY, RT BOX 145 A 2, ATHENS, TN 37303

10925 BRANHAM, DENISE, 126 PINE ST REAR, DANVERS, MA 01923

10925 BRANHAM, MELISSA, 143 PARKER DR., CALHOUN, GA 30701

10925 BRANHAM, TRACY, 116 CROWN POINT RD, LEXINGTON, SC 29073

10925 BRANIFF COMM INC, 4741 W 136TH ST, CRESTWOOD, IL 60445

10925 BRANIFF COMPUTER CONSULT, 11531 NW 30TH ST, CORAL SPRINGS, FL 33065

10925 BRANK, LITA, 1633 WENSLEY DRIVE, CHARLOTTE, NC 28210

10925 BRANKOVIC, ALEXANDER, 2854 LIMESTONE DR, THOUSAND OAKS, CA 91362

10925 BRANKOVIC, ALEXANDER, 2854 LIMESTONE DRIVE, THOUSAND OAKS, CA 91362

10925 BRANN, ANNMARIE, 53 BAYBERRY DR., LOWELL, MA 01852

10925 BRANN, GORDON, 353 BOSTON POST ROAD, AMHERST, NH 03031

10925 BRANNAMAN, M ELLEN, 123 15TH ST SW, CEDAR RAPIDS, IA 52404

10925 BRANNAMAN, MERVIN, 123 15TH ST SW, CEDAR RAPIDS, IA 52404

10925 BRANNAN, ALAN, 501 ARMORY DRIVE, DELPHI, IN 46923

10925 BRANNAN, MICHAEL, 10602 HITE CREEK RD, LOUISVILLE, KY 40241

10925 BRANNAN, RACHAEL, 1792 S. DECATUR ST., DENVER, CO 80219

10925 BRANNOCK, EDWARD, 435 S.W. FAIRWAY LAKE, PORT ST. LUCIE, FL 34986-2130

10925 BRANNON TIRE, PO BOX 2496, STOCKTON, CA 95201

10925 BRANNON, ASHLEY, 3535 APOLLO DR, METAIRIE, LA 70003

10925 BRANNON, BEVERLY, 5026 GLENVIEW CT., CHARLOTTE, NC 28215

10925 BRANNON, LARRY, 4900 ROCKPOINT, WICHITA FALLS, TX 76310

10925 BRANNON, TINA, 4400 HEMMINGWAY APT 267, OKLAHOMA, OK 73118

10925 BRANOM, JANICE, 737 AVENIDA LOMA, NEWBURY PARK, CA 91320

10925 BRANSCUM, LESLIE, BOX 54, LOUIS, TX 77455

10925 BRANSCUM, ROBERT, ROUTE 1, BOX 410, WISTER, OK 74966

10925 BRANSCUM, STUART, ROUTE 1, BOX 412, WISTER, OK 74966

10925 BRANSFORD, JAMES, 2512 WHISPERING PINE, GRAYSON, GA 30221

10925 BRANSON ULTRASONICS CORP, PO BOX 73174, CHICAGO, IL 60673

10925 BRANSON ULTRASONICS CORP, PO BOX 73174, CHICAGO, IL 60673-7174

10925 BRANSON ULTRASONICS CORP., 41 EAGLE ROAD, DANBURY, CT 06813-1961

10924 BRANSON ULTRASONICS CORP., EAGLE ROAD, DANBURY, CT 06813-1961

10925 BRANSON ULTRASONICS, 1665 LAKES PKWY, LAWRENCEVILLE, GA 30243

10925 BRANSON ULTRASONICS, 41 EAGLE ROAD, DANBURY, CT 06810

10925 BRANSON ULTRASONICS, 41 EAGLE ROAD, DANBURY, CT 06813-1961

10925 BRANSON, BETTY, 406 WINDEMERE ROAD, WILMINGTON, NC 28405

10925 BRANSON, LYNDELL, 5849 EAST, FRESNO, CA 93727

10925 BRANSON, OTIS, 5219 WEST RACE, CHICAGO, IL 60644

10925 BRANSON, ROBERT, 6620 SCANDIA ROAD, EDINA, MN 55439

10925 BRANSON, SUZANNE, 6620 SCANDIA ROAD, EDINA, MN 55435

10925 BRANSTETTER, DAVID, 6330 AVE T, SANTA FE, TX 77510

10925 BRANSTETTER, STEVE, 4005 CARK ST, SANTA FE, TX 77510

10925 BRANT, EUGENE, 8295 JONES RD. S., PHILPOT, KY 42366

10925 BRANT, FLORENCE, BOX 55, LAUGHLINTOWN, PA 15655

10925 BRANT, KIRBY, 314 PALM AVE, 13, SANTA PAULA, CA 93060

10925 BRANT, MARGARET, 1794 MESA VISTA DRIVE, SPARKS, NV 89431-3431

10925 BRANT, MONTY, PO BOX 343, SOLDOTNA, AK 99669

10925 BRANT, SUSAN, 167 SO BROADWAY, NORTH ATTLEBORO, MA 02760

10925 BRANTL, KATHRYN, 14460 MASON LANE, ORLAND PARK, IL 60462

10925 BRANTLEY, BILLY, ROUTE 2, BOX 87, FORREST, MS 39074

10925 BRANTLEY, CATHARINE, 716 SHURLING DAVIS, TENNILLE, GA 31089

10925 BRANTLEY, GREGORY, 2938 MOFFETT, WICHITA FALLS, TX 76308

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BRANTLEY, LINDA, 631 HWY #272, TENNILLE, GA 31089

10925   BRANTLEY, MARTIN, 10806 ACME AVE, WOODSTOCK, MD 21163-1207

10925   BRANTLEY, MICHAEL, 6214 3RD ST, MARRERO, LA 70072

10925   BRANTLEY, SCOTT, 6814 WEST BAYOU, HITCHCOCK, TX 77563

10925   BRANTLEY, TERRY, 1322 BELMONT, ODESSA, TX 79763

10925   BRANTLEY, WILLIAM, 828 OAKLEY AVE, ROANOKE RAPIDS, NC 27870

10925   BRANTON, KRISTINE, N3701 BRANTON LANE, POYNETTE, WI 53955

10925   BRANUM, GLADENIA, 312 PECOS RIDGE ROAD, MOORE, SC 29369

10925   BRANUM, PATRICK, 7213 W CLEVELAND AVE, MILWAUKEE, WI 53219-2539

10925   BRAR, GURDIP, 1312 SWEENEY DRIVE, MIDDLETON, WI 53562

10924   BRASFIELD & GORRIE, C/O CROWN ENERGY, 403 WASHINGTON AVENUE, MONTGOMERY, AL 36104

10925   BRASFIELD, JOE, 6078 N. SERENDIPITY, TUCSON, AZ 85704

10925   BRASH, STEVEN, 316 PARTRIDGE LANE, WHEELING, IL 60090

10925   BRASHEAR, KIM, RT. 2, BOX 1360, RUSTON, LA 71270

10925   BRASHEAR, ROBERT M, 2310 RIDGEWOOD, LAKE CHARLES, LA 70605

10925   BRASHEAR, ROBERT, 2310 RIDGEWOOD, LAKE CHARLES, LA 70605

10925   BRASHEARS, KEVIN, 3920 BELL # 144, AMARILLO, TX 79109

10925   BRASHER, DAVID, 1409 CANYON SPRING, LA PORTE, TX 77571

10925   BRASHER, SCOTT, 4203 WAVERLY, ODESSA, TX 79762

10925   BRASHER, WANDA, 2508 KINDERBROOK LN, BOWIE, MD 20715

10925   BRASHIER, FRED, 744 FAIRVIEW RD, SIMPSONVILLE, SC 29680

10925   BRASHIER, TIMOTHY, 575 WHAM LAWN ROAD, GRAY COURT, SC 29645

10925   BRASIER, JANET, 3301 N. TULSA, OKLA CITY, OK 73112

10925   BRASILE, FRANK, 26 WINDSOR BROOK LN, TAPPAN, NY 10983

10924   BRASS MILLS CENTER, 73 HAMILTON AVE, WATERBURY, CT 06702

10925   BRASSEAUX, GILBERT, 8014 BAYOW FOREST DRIVE, HOUSTON, TX 77088

10924   BRASSELER, 800 KING GEORGE BOULEVARD, SAVANNAH, GA 31419

10925   BRASSETTE, LESLIE, RT. 2, BOX 744-A, LOCKPORT, LA 70374

10925   BRASSEUR, DOROTHEE, 5700 BAYSHORE RD, 328, PALMETTO, FL 34221

10925   BRASSFIELD, EARL, BOX 354, PAOLI, OK 73074

10924   BRASWELL INDUSTRIES, P O BOX 6617, SHREVEPORT, LA 71136

10924   BRASWELL INDUSTRIES, PO BOX 6617, SHREVEPORT, LA 71136

10925   BRASWELL, ANGIE, RT 3 BOX 3024, CARNESVILLE, GA 30521

10925   BRASWELL, P, 3702 CLAYTON PLACE, TARBORO, NC 27886

10925   BRASWELL, R, 3233 WESTELLE, MEMPHIS, TN 38128

10925   BRASWELL, SHERRIE, PO BOX 133, MOMENCE, IL 60954

10925   BRASWELL, VICKI, 9725 CHARNOCK AV, LOS ANGELES, CA 90034

10925   BRASWELL, WILLIAM, 750 W STUART ST, BARTOW, FL 33830-6264

10925   BRASWELL, YVONNE, 31537 STIRRUP LN, ZEPHYRHILLS, FL 33543

10925   BRATCHER, ROBERT, 9334 W. BROWN DEER RD., 2, MILWAUKEE, WI 53223

10925   BRATHWAITE, MIRIAM, 7546 NEWBERRY LN, LANHAM, MD 20706

10924   BRATHWAITES OLIVER MED. INC., 96 TERRACON PLACE, WINNIPEG MANITOBA, MB R2J    *VIA Deutsche Post*
4G7TORONTO

10925   BRATON BIOTECH, BRATON BIOTECH, 1 TAFT COURT #101, ROCKVILLE, MD 20850

10925   BRATTEBO JT TEN, WM G & IVA J, 27223 ARMADILLO WAY, EVERGREEN, CO 80439-6229

10925   BRATTEBO, WILLIAM, 27223 ARMADILLO WAY, EVERGREEN, CO 80439-6229

10925   BRATTICH, MARY, 2206 CREST DR., EL CAJON, CA 92021

10925   BRATTON, GRACE, 33 MAPLE RIDGE RD, READING, MA 01867

10925   BRATTON, JULIET, 3890 E.PONCE DE LEON, CLARKSTON, GA 30021

10925   BRATTON, LARRY, 629 PHYLLIS DR, AVONDALE, LA 70094

10925   BRAUCH JT TEN, PAUL J & BERTIE L, W166 S6764 OAK HILL DR, MUSKEGO, WI 53150-9730

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BRAUCH, DANIEL, BOX 484, MEEKER, CO 81641

10925  BRAUCH, ROBERT, 8415 SHADOWOOD DR., HIXSON, TN 37341

10924  BRAUD BUILDING, C/O STERLING CONTRACTORS, MINNEAPOLIS, MN 55403

10925  BRAUD, JUDE, 100 DOROTHY DRIVE, THIBODAUX, LA 70301

10925  BRAUDE, GEORGE, 462 SEVERNSIDE DRIVE, SEVERNA PARK, MD 21146

10925  BRAUER MATERIAL HANDLING SYSTEM, IN, 1338 EAST WEISGARBER, CHATTANOOGA, TN 37409

10925  BRAUER MATERIAL HANDLING SYSTEM, IN, 1338 EAST WEISGARBER, KNOXVILLE, TN 37909

10925  BRAULT, ERNEST A, 1004 TALL PINES DR, MINERAL, VA 23117

10925  BRAULT, ERNEST A, 186 OAKLEIGH LANE, BUMPASS, VA 23024

10925  BRAULT, ERNEST, 186 OAKLEIGH LANE, BUMPASS, VA 23024

10924  BRAULT, GRAHAM, SCOTT, & BRAULT, 1314 19TH ST NW, WASHINGTON, DC 20036

10925  BRAULT, MAXINE, 1200 N.E. 30TH AVE APT. 204, OCALA, FL 34470

10925  BRAULT, MICHAEL, 1182 DIVISION ST, GREEN BAY, WI 54301

10925  BRAULT, VICKI, 197 DUNCAN ST, DUNCAN, SC 29334

10925  BRAUN & EDWARDS, CHARTERED, PO BOX 262, FLOSSMOOR, IL 60422

10924  BRAUN DRYWALL & CEIL SUP, 4835 HWY 50 WEST, JEFFERSON CITY, MO 65101

10924  BRAUN DRYWALL & CEILING, CAMBRIDGE, MA 02140

10925  BRAUN ENTERPRISES, 25W010 FULLERTON AVE, CAROL STREAM, IL 60188

10925  BRAUN INTERTEC CORPORATION, PO BOX 86, MINNEAPOLIS, MN 55486-0946

10924  BRAUN PLASTERING INC., 4901 BUSINESS S.W., JEFFERSON CITY, MO 65109

10924  BRAUN PLASTERING INCORP, 4901 BUSINESS S.W., JEFFERSON CITY, MO 65109

10924  BRAUN PLASTERING, 4901 BUSINESS 50 W., JEFFERSON CITY, MO 65109

10925  BRAUN, DEBORAH, 369 MT PLEASANT ROAD, HARRISVILLE, RI 02830

10925  BRAUN, DORINDA, 14550 BRUCE B DOWNS, TAMPA, FL 33613

10925  BRAUN, JOANN, 4740 SKYLINE DRIVE, ROELAND PARK, KS 66205

10925  BRAUN, JONATHAN, 9720 ZELZAH AVE, 102, NORTHRIDGE, CA 91325

10925  BRAUN, LARRY, 15799 W 11 MILE RD, SOUTHFIELD, MI 48076

10925  BRAUN, MAURICE, ROUTE 4 BOX 1006, LIVINGSTON, TX 77351

10925  BRAUN, PATRICIA, 248 HARRISON AVE, ELKINS PARK, PA 19027

10925  BRAUN, PETER, 162 3RD AVE SE, DICKINSON, ND 58601

10925  BRAUNE, RUSSELL, RT. 1, BOX 620, THREE RIVERS, TX 78071

10925  BRAUNEL, NEAL, 550 5TH ST., SPARKS, NV 89431

10925  BRAUNER, CLARK, 3520 DEBENEY DRIVE, FT WAYNE, IN 46816

10925  BRAUNHEIM, PELAGIA, 2070 CENTENNIAL WAY, #C, RENO, NV 89512

10925  BRAUNSDORF, JANICE, 327 MAPLE, HITCHCOCK, TX 77563

10925  BRAUTIGAN, PHYLLIS, 808 53RD AVE E BOX 210I, BRADENTON, FL 34203-5852

10925  BRAVDO, BEN-AMI, PO BOX 875, RICHLAND, WA 99352-0875

10925  BRAVENER, A, 315 W. MILLER ST, GREENWOOD, WI 54437-9405

10925  BRAVO AUDIO SYSTEMS ELECTRONICS, 7825 WESTPORT DR, EL PASO, TX 79912

10925  BRAVO MESSENGER SERVICE, 713 CEDAR LN., TEANECK, NJ 07666

10925  BRAVO, ANGEL, 6211 64TH ST, RIVERDALE, MD 20737

10925  BRAVO, ARMANDO, PO BOX 775, CLINT, TX 79836

10925  BRAVO, KAREN, 2211 MCDOWELL, EULESS, TX 76039

10925  BRAVO, REGENIA, 110-45 173RD ST, ST. ALBANS, NY 11433

10924  BRAVURA CORPPRATION, 7400 WEST DETROIT STREET, CHANDLER, AZ 85226

10925  BRAWNER, BOB, 3107 BOBOLINK, VICTORIA, TX 77901

10925  BRAWNER, JOSEPH, 4308 N ADDISON RD, CAPITOL HEIGHTS, MD 20743

10925  BRAX, HARRI, 1135 EDISTO DR, SPARTANBURG, SC 29302

10925  BRAXTON C SHANKLE, PO BOX 121, SAN FERNANDO, CA 91341-0121

10925  BRAXTON, ANTHONY, 42 SCARLET SAGE CT, BURTONSVILLE, MD 20866

10925  BRAXTON, JOSEPH, 1135 PINELAND TERR, AIKEN, SC 29801

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　BRAXTON, SADIE, RT 15 BOX 42, GREENVILLE, NC 27834

10925　BRAY SALES TEXAS, 8555 N. ELDRIDGE PKWY., HOUSTON, TX 77041

10925　BRAY TERMINALS INC, DANA S BRAY JR, 123 QUAKER ROAD, GLENS FALLS, NY 12801

10925　BRAY, BETTY, 316 E CAVEN ST, INDIANAPOLIS, IN 46225

10925　BRAY, CHARLES, 503 GENEVA ST, LINDSAY, OK 73052

10925　BRAY, CLAYTON, 2477 E NORTHERN AVE, COOLIDGE, AZ 85228

10925　BRAY, DIANE, 1200 WASHINGTON AVE, ALBANY, CA 94706

10925　BRAY, EDITH, 9761 MERRILL ROAD, MILLINGTON, TN 38053-4603

10925　BRAY, JERRY, 2161 CHURCH ST, COVINGTON, GA 30209

10925　BRAY, JOY, 1805 ROSWELL RD, 45A, MARIETTA, GA 30062

10925　BRAY, JUNE, 1261 CHURCH ST, COVINGTON, GA 30209

10925　BRAY, NORMAN, PO BOX 261 SHADY LANE HOLLOW, BURLINGTON, KY 41005

10925　BRAY, P, 9761 MERRILL ROAD, MILLINGTON, TN 38053

10925　BRAY, PAUL, 64 MYSTIC ST APT #2, ARLINGTON, MA 02474-1153

10925　BRAY, RANDALL, 5647 PATTERSON RD, MANVEL, TX 77578

10925　BRAY, RICKY, PO BOX 415, LINDSAY, OK 73052

10925　BRAY, RONALD, 2045 PULLMAN AVE, SIMI VALLEY, CA 93063

10925　BRAY, WILLIAM, 3535 OTHELLO DR, NAPERVILLE, IL 60564-4133

10925　BRAYER, MICHAEL, 776 WHITE OAKS ROAD, 1101, MORRESVILLE,, NC 28115

10925　BRAYTON ASSOC, PO BOX 2109, NOVATO, CA 94947

10925　BRAYTON GISVOLD HARLEY, 999 GRANT AVE, NOVATO, CA 94948

10925　BRAYTON HARLEY CURTIS, 955 AMERICAN BANK BLDG, 621 S. W. MORRISON ST, PORTLAND, OR 97205

10925　BRAYTON HARLEY CURTIS, 999 GRANT AVE, NOVATO, CA 94948

10925　BRAYTON PURCELL GEAGAN, 215 SOUTH STATE ST, SUITE 900, SALT LAKE CITY, UT 84111

10925　BRAYTON PURCELL, 222 RUSH LANDING ROAD, PO BOX 2109, NOVATO, CA 94945

10925　BRAZEAL, LEANNE, 909 WHITEHALL DRIVE, PLANO, TX 75023

10925　BRAZEAU, STEPHEN, 329 STEVENS ST, MARLBORO, MA 01752

10925　BRAZELL, DERRICK, 1620 RAYMOND ST LOT, COLUMBIA, SC 29223

10925　BRAZIEL, MARY, PO BOX 1154, NATALBANY, LA 70451

10925　BRAZIEL, TERRY, 1318 W. SEARS, DENISON, TX 75020

10925　BRAZIER, DAVID, 9 ALPINE ST, LEXINGTON, MA 02173

10925　BRAZIER, SANDRA, 3119 ORANGE, AMARILLO, TX 79107

10925　BRAZILIAN/AMERICAN CHAMB, 22 WEST 48TH ST, NEW YORK, NY 10036-1886

10925　BRAZILL BROTHERS & ASSOCIATES, 250-260 LIBERTY ST, METUCHEN, NJ 08840

10925　BRAZINGTON, GORDON, PO BOX 1004, STERLING, AK 99672

10925　BRAZOS ELECTRIC POWER CO-OP., 2404-12 LASALLE AVENUE, WACO, TX 76706

10924　BRAZOS ELECTRIC POWER CO-OP., PO BOX 2585, WACO, TX 76702-2585

10925　BRAZOS ELECTRIC POWER COOPERATIVE, 1717 E. INTERSTATE AVE, BIAMARK, ND 58501-0564

10924　BRB2 UNIV HOSPITAL OF PENN @@, UNIVERSITY HOSPITAL OF PENN, PHILADELPHIA, PA 19092

10924　BRC RUBBER GROUP, INC., 623 WEST MONROE STREET, MONTPELIER, IN 47359

10924　BRC RUBBER GROUP, INC., PO BOX 227, CHURUBUSCO, IN 46723

10925　BRD NOISE & VIBRATION CONTROL, INC, PO BOX 127, WIND GAP, PA 18091

10925　BRD NOISE AND VIBRATION CONTROL, IN, PO BOX 127, WIND GAP, PA 18091

10925　BRE INC, 124 W. WASHINGTON, FORT WAYNE, IN 46802

10924　BREA CANON OIL CO., 23903 SOUTH NORMANDIE, HARBOR CITY, CA 90710

10925　BREA, MAURICIO, 33 ORCHARD TOWNE CT APT 101, LAUREL, MD 20707

10925　BREACH, RANDY, 56191 INDEPENDENCE RD, ATLANTIC, IA 50022

10925　BREAK AWAY TRAVEL AND CRUISES, 6412 S.CASS AVE., WESTMONT, IL 60559

10925　BREAKAGE ACCOUNT, C/O CMSS, PO BOX 750, PITTSBURGH, PA 15230-0750

10925　BREAKALL, TINA, 7152 WEST 84 WAY, ARVADA, CO 80003

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BREAKFIELD, JERRY, RT. 6, BOX 108-C, COLUMBIA, MS 39429

10924   BREAKTHROUGH COATINGS, 556 VERMONT, SAN JOSE, CA 95110

10925   BREAKTHROUGH CONSULTING, 56 BELLIS CIRCLE, CAMBRIDGE, MA 02140

10925   BREARD-GARDNER, INC, 1011A SAMPSON ST., WESTLAKE, LA 70669

10925   BREARD-GARDNER, INC, 13122 CHOCTAW DR., BASILE, LA 70515-2811

10925   BREARD-GARDNER, INC, PO BOX 52625, LAFAYETTE, LA 70508

10925   BREARD-GARDNER, PO BOX 62600 DEPT 1190, NEW ORLEANS, LA 70162-2600

10925   BREASHEARS, BURL, PO BOX 15, WISTER, OK 74966

10925   BREASHEARS, EDDIE, ROUTE 3 BOX 6, POTEAU, OK 74953

10925   BREAULT, MAURICE, 5440 40TH AVE. N., ST. PETERSBURG, FL 33709

10925   BREAUX JR, CLIFTON J, 4236 WEAVER RD., LAKE CHARLES, LA 70605

10925   BREAUX JR, ERNEST, 2318 BUCHANAN, BAYTOWN, TX 77520

10925   BREAUX, BRETT, 504 HENRY ST., PATTERSON, LA 70392

10925   BREAUX, CARL, 136 GORDON CROCKETT, LAFAYETTE, LA 70508

10925   BREAUX, CARL, 726 LOREE ST, VINTON, LA 70668-4706

10925   BREAUX, CAROLYN, 7104 BLANKE ST., METAIRIE, LA 70003

10925   BREAUX, CONNIE, 229 DRIFTWOOD, LAFAYETTE, LA 70503-6019

10925   BREAUX, DENNIS, PO BOX 203, GUEYDAN, LA 70542

10925   BREAUX, EASTIN, 306 CRAWFORD ST., LAFAYETTE, LA 70506

10925   BREAUX, GEORGE, PO BOX 1054, WESTWEGO, LA 70094

10925   BREAUX, HEATHER, 14001 HWY 70 E., OKEECHOBEE, FL 34972

10925   BREAUX, JOHN, 3390 LAWRENCE DR EAST, BEAUMONT, TX 77708

10925   BREAUX, JR, CLIFTON, 4236 WEAVER ROAD, LAKE CHARLES, LA 70605

10925   BREAUX, JR, LLOYD, 305 SOUTH MOSS DR., HOUMA, LA 70360

10925   BREAUX, LARRY A, 4805 E. QUAIL HOLLOW, LAKE CHARLES, LA 70605

10925   BREAUX, LARRY, 4805 E QUAIL HOLLOW, LAKE CHARLES, LA 70605

10925   BREAUX, MELVIN, 103 VERDA, GUEYDAN, LA 70542

10925   BREAUX, PETER, RT. 2, BOX 29, GUEYDAN, LA 70542

10925   BREAUX, ROLAND, 1321 HWY. 20, THIBODAUX, LA 70301

10925   BREAUX, SHARLEEN, 1030 ABDALLA BLVD, OPELOUSAS, LA 70570

10925   BREAUX, WANDA, 134 PRESQUE ISLE DR, HOUMA, LA 70363

10925   BREAZEALE, EDDIE, 102 TRUMAN ST, EASLEY, SC 29642

10925   BREAZEALE, JR, WOOD, 111 WHITCOMB RD, LAFAYETTE, LA 70503-3623

10925   BREBION, HERVE, 312 CRESTHAVEN PLACE, SIMPSONVILLE, SC 29681

10925   BREBION, MINI, 312 CRESTHAVEN PLACE, SIMPSONVILLE, SC 29681

10924   BRECHAN ENTERPRISES, 2705 MILL BAY ROAD, KODIAK, AK 99615

10924   BRECHAN ENTERPRISES, INC., 2705 MILL BAY RD., KODIAK, AK 99615

10925   BRECHBUHLER SCALES, INC, 1424 SCALE ST SW, CANTON, OH 44706

10925   BRECHBUHLER SCALES, INC, 9914 CRESCENT PARK DR., WEST CHESTER, OH 45069

10925   BRECHTELSBAUER, KEITH, 196 CORNHILL PL, ROCHESTER, NY 14609

10925   BRECHTER, HENRY, 697 FOREST ST, BRIDGEWATER, MA 02324

10924   BRECK COUNTY R/M CO., INDUSTRIAL PARK DRIVE, HARDINSBURG, KY 40143

10924   BRECK COUNTY R/M CO., PO BOX 437, HARDINSBURG, KY 40143

10924   BRECK COUNTY READY MIX, P.O.BOX 437, HARDINSBURG, KY 40143

10924   BRECKENRIDGE EUREKA, 435 WEST MAIN, EUREKA, MO 63025

10925   BRECKENRIDGE MATERIAL CO, PO BOX 19918, SAINT LOUIS, MO 63144

10924   BRECKENRIDGE MATERIAL CO., 1440 TERRA LANE WEST, O'FALLON, MO 63366

10924   BRECKENRIDGE MATERIAL CO., CHESTERFIELD AIRPORT RD, CHESTERFIELD, MO 63005

10924   BRECKENRIDGE MATERIAL CO., VARIOUS LOCATIONS, SAINT LOUIS, MO 63144

10924   BRECKENRIDGE MATERIAL COMPANY, 2649 HIGHWAY K, BONNE TERRE, MO 63628

10924   BRECKENRIDGE MATERIAL COMPANY, 2829 BRECKENRIDGE IND CT, SAINT LOUIS, MO 63144

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BRECKENRIDGE MATERIAL, G.M. PLANT, 2525 EAST ABRAMS, ARLINGTON, TX 76011 | |
| 10924 | BRECKENRIDGE MAT'L CO, 2829 BRECKENRIDGE IND CT, SAINT LOUIS, MO 63144 | |
| 10924 | BRECKENRIDGE MAT'L CO, FT OF RUTGER ST, SAINT LOUIS, MO 63104 | |
| 10924 | BRECKENRIDGE MAT'L CO, HWY 21 & MATTIS ROAD, SAINT LOUIS, MO 63123 | |
| 10924 | BRECKENRIDGE MAT'L CO, P O BOX 19918, SAINT LOUIS, MO 63144 | |
| 10924 | BRECKENRIDGE MAT'L CO, VIGUS QUARRY  YARD 6, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | BRECKENRIDGE SOFTWARE, 5215 N. OCONNOR, IRVING, TX 75039 | |
| 10924 | BRECKENRIDGE, # 40 COMMERCE DRIVE, O'FALLON, IL 62269 | |
| 10925 | BRECKENRIDGE, LINDA, 1111 S SAN JOSE, MESA, AZ 85202 | |
| 10925 | BRECKWOLDT, GLORIA, 7020 VILLERE DR, BAKER, LA 70714 | |
| 10924 | BREDA READY MIX, HWY 16 EAST, BREDA, IA 51436 | |
| 10925 | BREDEHOEFT, DONALD, PO BOX 7243, LAKE CHARLES, LA 70606 | |
| 10925 | BREDON, DAVID, 3605 ARCTIC #2863, ANCHORAGE, AK 99503 | |
| 10925 | BREECHER, WILLARD, 1536 DOUSMAN ST, GREEN BAY, WI 54303 | |
| 10925 | BREED AUTOMOTIVE, 4601 COFFEE PORT ROAD, BROWNSVILLE, TX 78520 | |
| 10925 | BREED TECHNOLOGIES INC, PO BOX 33060, LAKELAND, FL 33807-3333 | |
| 10925 | BREED, 5300 OLD TAMPA HWY, LAKELAND, FL 33811 | |
| 10925 | BREED, RUSSELL, 3800 THAMES RD, COLLEGE PK, GA 30240 | |
| 10925 | BREEDEN, CURTIS, 516 INGRAM ST, CONWAY, AR 72032 | |
| 10925 | BREEDEN, JOHN, 3536 MARQUETTE, DALLAS, TX 75225 | |
| 10925 | BREEDING CUNNINGHAM DANCE & CRESS, POBOX 23556, LEXINGTON, KY 40523-3556 | |
| 10925 | BREEDING MCINTYRE & CUNNINGHAM, 300 WEST VINE ST SUITE 500, LEXINGTON, KY 40507 | |
| 10925 | BREEDING, PATRICIA, 400 LOCUST ST , A172, LAKEWOOD, NJ 08701-5833 | |
| 10925 | BREEDLOVE, DENNIS & ASSOCIATES INC, POBOX 720037, ORLANDO, FL 32872-0037 | |
| 10925 | BREEDLOVE, JENNIFER, 1222 SPRINGHILL DR, HANAHAN, SC 29406 | |
| 10925 | BREEDLOVE, KEVIN, 321 HIGHPOINT ROAD, PIEDMONT, SC 29673 | |
| 10925 | BREES, LOUIS, 108 CRESTWOOD, LAKE CHARLES, LA 70605 | |
| 10925 | BREELAND, BILLY, RT. 1 BOX 233, SANDYHOOK, MS 39478 | |
| 10925 | BREELAND, DAVID, 67 ST. PAUL CHURCH ROAD, FOXWORTH, MS 39429 | |
| 10925 | BREEN BLAND MD BETTY MOORE BLAND, 3103 CLANCY ROAD, MILLINGTON, TN 38053 | |
| 10924 | BREEN COLOR CONCENTRATES, INC., 11 KARI DRIVE, LAMBERTVILLE, NJ 08530 | |
| 10925 | BREEN, FRANCIS, 18 MILFORD ST, AMHERST, NH 03031 | |
| 10925 | BREEN, LISA, 3212 LINDA ST, SHREVEPORT, LA 71119 | |
| 10925 | BREEN, MICHAEL, 147 RICHDALE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | BREEN, PAUL, 9 PHOTINA CT., 304, WINTER SPRINGS, FL 32708 | |
| 10925 | BREEN, THOMAS, 118 LILY LAKE ROAD, MCHENRY, IL 60050 | |
| 10925 | BREG INTERNATIONAL, PO BOX 595, FREDERICKSBURG, VA 22404-0595 | |
| 10925 | BREGE, BRIAN, 5010 WALLACE RD, PLANT CITY, FL 33567 | |
| 10925 | BREGMAN, BERBERT & SCHWARTZ, 7315 WISCONSIN AVE, SUITE 800W, BETHESDA, MD 20814 | |
| 10925 | BREGMAN, ELIANE, 1100 NW 13TH ST APT #294D, BOCA RATON, FL 33486 | |
| 10925 | BREHM, GARY, 3808 WEATHERVANE, CRYSTAL LAKE, IL 60012 | |
| 10925 | BREIDEGAM, JAMES, 1609 MT LAUREL ROAD, TEMPLE, PA 19560 | |
| 10925 | BREIDENBACH, FRANK, 3910 WASHINGTON ST., BALTIMORE, MD 21227 | |
| 10925 | BREIDENBACH, KRIS, 821 KAROLY ST, BETHLEHEM, PA 18017 | |
| 10925 | BREIDING, MELISSA, 117 SECOND AVE SOUTH, C, JACKSONVILLE BEACH, FL 32250 | |
| 10925 | BREIL, MARIE, 963 ARIES ROAD WEST, JACKSONVILLE, FL 32216 | |
| 10925 | BREINDEL, JOSEPH, 1699 OLD MANSFIELD ROAD, 3, WOOSTER, OH 44691 | |
| 10925 | BREISMEISTER, STEVE, 22955 GLENWOOD, MT CLEMENS, MI 48043 | |
| 10925 | BREITSPRECHER, ROBERT, 216 SEVENTH AVE NE, INDEPENDENCE, IA 50644 | |
| 10925 | BREITSTEIN, DIANE R, 12 WHEATON AVE, FISHKILL, NY 12524 | |
| 10925 | BREITSTEIN, DIANE, 12 WHEATON AVE, FISHKILL, NY 12524 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BREITZKE, LAURIE, 1120 SOUTH ST, BLACK EARTH, WI 53515

10925    BREJCHA, DOROTHY, 501 CHARLTON AVE, WILLOW SPNGS, IL 60480

10925    BREJCHA, JAMES, 6026 WESTCHESTER PARK DR, T-2, COLLEGE PARK, MD 20740

10925    BREJCHA, ROBERT, 501 S CHARLTON AVE, WILLOW SPRINGS, IL 60480

10925    BREKHUS, ROBERT, R.R. 1, BOX 22, KENMARE, ND 58746

10925    BRELAND, SHARON, 213 ADRIENNE ST., LAFAYETTE, LA 70506

10925    BRELAND, TANIA M, 9714 6TH AVE, INGLEWOOD, CA 90305

10925    BRELAND, TANIA, 9000 S. 6TH AVE, INGLEWOOD, CA 90305

10925    BRELLO, STEVE, 2962 BEE TREE LANE, ST LOUIS, MO 63129

10925    BRELSFORD, JUDITH, 609 NW 48TH AVE, DEERFIELD BEACH, FL 33442

10925    BRELVI, ASIM, 29 DOVER ST, CAMBRIDGE, MA 02140

10925    BREMER, KIMBERLY, 4564 INA LANE, SHERRILLS FORD, NC 28673

10925    BREMER, MICHELE, PO BOX 1383, MONUMENT, CO 80132

10925    BREMERTON NAVAL BASE, BOWLING EXPANSION, BREMERTON, WA 98310

10924    BREMERTON NAVEL BASE - HAZ. WASTE, PACIFIC CONSTRUCTION, BREMERTON, WA 98310

10925    BREMIX CONCRETE CO INC, DO NOT USE THIS NUMBER!!!!!, HWY 23, SAINT JOSEPH, MN 56374

10924    BREMIX CONCRETE CO INC, RT 3 HIGHWAY 169 NORTH, MILACA, MN 56353

10924    BREMIX, PO BOX48, HUTCHINSON, MN 55350

10925    BREMMER, MARGARET, 747 BON AIR ST, LAKELAND, FL 33805

10925    BREMS, NICHOLAS, 323 ELMWOOD DR., BREWSTER, NY 10509-9531

10925    BRENBARGER, STEVEN, 641 1/2 ILLINOIS AVEAPT A, OTTAWA, IL 61350

10925    BRENDA A MORRIS, PO BOX 244, CLEARWATER, SC 29822-0244

10925    BRENDA ANN BLEWITT, 4465 CLOVER LAKE DR, INDIANAPOLIS, IN 46228-3044

10925    BRENDA ELDRIDGE D/B/A, ELDRIDGE CONST., MAGNOLIA, TX 77355

10925    BRENDA G HEFNER, C/O BRENDA G BURKEY, 1700 HUNTINGTON AVE, OKLAHOMA CITY, OK 73116-5503

10925    BRENDA GOTTLEIB, 5234 CARROLL WAREHIME RD, LINEBORO, MD 21102

10925    BRENDA GOTTLEIB, 5234 CARROLL WAREHIME RD, LINEBORO, MD 21102-3114

10925    BRENDA GOTTLEIB, 7500 GRACE DR., COLUMBIA, MD 21044

10925    BRENDA J MORRIS, PO BOX 244, CLEARWATER, SC 29822-0244

10925    BRENDA J YIRILLI, 148-17 3RD AVE, WHITESTONE, NY 11357-1104

10925    BRENDA KNAPP HUFSTETLER &, LARRY E HUFSTETLER JT TEN, 1703 SW 70 WAY, POMPANO BEACH, FL 33068-4305

10925    BRENDA L DUGAS, 538 LORI LANE, SULPHUR, LA 70665-7557

10925    BRENDA M STORCH CUST MICHAEL, T STORCH UNIF GIFT MIN ACT NJ, BOX 1181, NEW BRUNSWICK, NJ 08903-1181

10925    BRENDA MITCHELL, 18520 SW 128 COURT, MIAMI, FL 33177-3035

10925    BRENDA W JACOBS, BOX 185, CORINNA, ME 04928-0185

10925    BRENDAN DOWNEY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    BRENDAN G BOYLE, 6121 LYNDHURST AVE, NORFOLK, VA 23502-5310

10925    BRENDEL, GLENN, 6793 CR 55, SPENCERVILLE, IN 46788-9702

10925    BRENGLE, THAN, LADNER ROUTE, BUFFALO, SD 57720

10925    BRENNA DORE, 3912 JANDE ST, LAKE CHARLES, LA 70605-3428

10925    BRENNAN ESQ., RICHARD F, 380 N. MAIN ST., CLAWWON, MI 48017-1525

10924    BRENNAN HALL, UNIVERSITY OF SCRANTON, MADISON AVENUE & MCKENNA COURT, SCRANTON, PA 18510

10925    BRENNAN INTERNATIONAL TRANSPORT, 2637 EL PRESIDIA ST, LONG BEACH, CA 90810

10925    BRENNAN, ANDREW, 1002 QUAIL GARDEN CT, ENCINITAS, CA 92024

10925    BRENNAN, ANN, 862 HAMMOCKS DRIVE, OCOEE, FL 34761

10925    BRENNAN, ANNE, 702 HUGHS HALL AMERICAN UNIVERSITY, WASH, DC 80016

10925    BRENNAN, ANNETTE T, 33 DOWNEY DRIVE, HORSHAM PA, PA 19044

10925    BRENNAN, DANIEL, 799 FARM ROAD, MARLBOROUGH, MA 01752

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BRENNAN, FRANCIS, 26 HOLMEHILL LANE, ROSELAND, NJ 07068

10925    BRENNAN, JOANN, FLUSHING, NY 11355

10925    BRENNAN, JULIA, 5968 OHARA LANDING, BURKE, VA 22015

10925    BRENNAN, KEVIN, 163 OAK RIDGE DR, MIDDLETOWN, CT 06457

10925    BRENNAN, LEO, 58 ONTARIO DRIVE, HUDSON, MA 01749

10925    BRENNAN, LEWIS, PO BOX 544, MAULDIN, SC 29662-0544

10925    BRENNAN, MARY, 15 JULIA CT, TAPPAN, NY 10983

10925    BRENNAN, OWEN, #9 BASSWOOD, WICHITA FALLS, TX 76310

10925    BRENNAN, PATRICIA, 135 E MAIN ST, WESTBORO, MA 01581

10925    BRENNAN, PHYLLIS, PO BOX 1930, POLLOCK PINES, CA 95726

10925    BRENNAN, RONALD J, 58 GARLAND CT, LAKE JACKSON, TX 77566

10925    BRENNAN, RONALD, PO BOX 3286, SPRING, TX 77383

10925    BRENNAN, SANDRA, 61 EDGEWOOD RD, WAYLAND, MA 01778

10925    BRENNAN, STACIE, 2955 CORTE DIANA, CARLSBAD, CA 92009

10925    BRENNAN, SUZANNE, 427 WAY BRIDGE CT, KENNESAW, GA 30144

10925    BRENNAN, TERENCE, 11 FATHER JOQUES PLA, TICONDEROGA, NY 12883

10925    BRENNAN, WILLIAM, 6315 LA COSTA DRIVE #H, BOCA RATON, FL 33433

10925    BRENNANS COUNTRY FARM MARKET, WALTER H ERBACH, 6255 UNIVERSITY AVE, SUITE 101,
MIDDLETON, WI 53562

10925    BRENNECKE, JULIA, 4901 OAK HILL RD, COLUMBIA, SC 29206

10925    BRENNEMAN, LINDA, 6 THOMAS HORSESHOE, SEAFORD, DE 19973

10925    BRENNER, BETTY, 4001 OLD HUNDRED RD, MIDLOTHIAN, VA 23112

10925    BRENNER, GEORGE, 11 SYLVIA ST, LEXINGTON, MA 02173-6324

10925    BRENNER, MANNIE, 19 SIMMONS AVE, BELMONT, MA 02178-3346

10925    BRENNICK, STEPHANIE, 41 BOUTWELL ST, WILMINGTON, MA 01887

10925    BRENSIC, HARRIET, 13 FOURTH ST, MANHASSET, NY 11030

10925    BRENSIC, JOSEPH, 73 FAIRVIEW AVE, PORT WASHINGTON, NY 11050

10925    BRENT ANDERSON ASSOCIATES INC, 7610 STATE HWY 65 N.E., FRIDLEY, MN 55432

10925    BRENT BEGBIE, 6207 BIRKDALE VALLEY DR #433, CHARLOTTE, NC 28277

10925    BRENT BEGBIE, 6207 BIRKDALE VALLEY DR. APT.#433, CHARLOTTE, NC 28277

10925    BRENT E STAYTON &, PETER W OLROYD JT TEN, 512 S E 2ND, RED BUD, IL 62278

10925    BRENT JR., JOHN, 101 SOUTH FIFTH ST PO BOX 156, LUMBERTON, MS 39455

10925    BRENT K TAKEMOTO &, CARLA TAKEMOTO TEN COM, 4513 NORTHAMPTON DR, CARMICHAEL, CA
95608-1533

10925    BRENT PEAVY, 100 MCARTHUR ST. #2, SULPHUR, LA 70663

10925    BRENT WILLIAMS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    BRENT, JEFFREY, 17734 CHANCELLORSVILLE, BATON ROUGE, LA 70817

10925    BRENT, YOLANDA, 1347 S 28TH ST, LOUISVILLE, KY 40211

10925    BRENTNALL, KAROLYN, 405-B HUYLER LANE, SIMI VALLEY, CA 93065

10924    BRENTWOOD COLONY, 15442  343RD AVE., FAULKTON, SD 57438

10924    BRENTWOOD READY MIX, ATTN:  ACCOUNTS PAYABLE, ANTIOCH, CA 94509

10924    BRENTWOOD READY MIX, HWY 4, BRENTWOOD, CA 94513

10925    BRENZEL, DANIEL, 4 HERMOSA PL, MENLO PARK, CA 94025

10925    BREP COMPANY, PO BOX 165597, IRVING, TX 75016-5555

10925    BREP LTD, 916-3 YAMAGUCHI, TOKOZAWA SAITAMA, 35900JAPAN                     *VIA Deutsche Post*

10925    BRESCIA COLLEGE, 717 FREDERICKA ST, OWENSBORO, KY 42301

10925    BRESKI, CHRISTINE, 18 WOODHAVEN DRIVE, BURLINGTON, CT 06013

10925    BRESLAUER, CHARLES, 10709 FLOTILLA CT SE, HOBE SOUND, FL 33455

10925    BRESLIN REALTY, POBOX 7620, GARDEN CITY, NY 11530

10925    BRESLIN, EILEEN, 233 ROBINHOOD DRIVE, COVINGTON, LA 70433

10925    BRESLIN, JULI ANN, 239 BEACH ROAD, STATEN ISLAND, NY 10312

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BRESS, ROBERT, 6 KURT COURT, LK IN THE HILLS, IL 60102 | |
| 10925 | BRESSE, EDMUND, 106 SCENIC DRIVE LOT E-2, BELMONT, NH 03220 | |
| 10925 | BRESSEE, MATTHEW, 109 COLLEGE ST #14, CLEMSON, SC 29631 | |
| 10925 | BRESSLER, CHERYL, 1859 SHOEY ROAD, MOHRSVILLE, PA 19541-8758 | |
| 10925 | BRESWITZ, OLGA, 6 ACORN LANE, NORWALK, CT 06853-3803 | |
| 10925 | BRESWITZ, OLGA, 6 ACORN LANE, ROWAYTON, CT 06853-3803 | |
| 10925 | BRET HEINERS PLUMBING & HEATING, 1438 N 5900, WARREN, UT 84404 | |
| 10924 | BRETHEREN HOME, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | BRETHREN VILLAGE, 3001 LITITZ PIKE, LANCASTER, PA 17606 | |
| 10925 | BRETT JURD, 6916 CATWING COURT, COLUMBIA, MD 21045-5313 | |
| 10925 | BRETT MCKECHNIE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | BRETT, ERIKA, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10925 | BRETT, JAMES, 114 GLOUCESTER AVE HIDEAWAY BAY MS2248, PROS. QLD, 4800AUSTRALIA | *VIA Deutsche Post* |
| 10925 | BRETT, KATIE, 203 SOUTHWOOD PARK, MOORESVILLE, NC 28115 | |
| 10925 | BRETTNER, MIRIAM, 40 THIELLS MT IVY RD, POMONA, NY 10970 | |
| 10925 | BRETTSCHNEIDER, JOSEPH, 36 DIANA DRIVE, SAVANNAH, GA 31406 | |
| 10925 | BRETZ, BEN, 6701 EAST RIDGE ROAD, 1403, ODESSA, TX 79763 | |
| 10925 | BREUNIG, H, 7680 CRYSTAL LAKE RD, LODI, WI 53555 | |
| 10925 | BREUNIG, ROGER, 506 CLARK ST, LODI, WI 53555 | |
| 10925 | BREUNIG, THOMAS, 3947 FINCH TRAIL, DE FOREST, WI 53532 | |
| 10924 | BREVARD CONCRETE MATERIALS, 517 OLD HENDERSONVILLE HIGHWAY (64), PISGAH FOREST, NC 28768 | |
| 10924 | BREVARD CONCRETE MATERIALS, ATTENTION: ACCOUNTS PAYABLE, PISGAH FOREST, NC 28768 | |
| 10925 | BREVARD, MARY, 7100 LOU LANE, COLA, SC 29203 | |
| 10925 | BREW BAKERS, W 316 BROONE, SPOKANE, WA 99202 | |
| 10925 | BREWER CO, THE, PO BOX 713811, COLUMBUS, OH 43271-3811 | |
| 10925 | BREWER COMPANY, PO BOX 5324, CINCINNATI, OH 45201-5324 | |
| 10924 | BREWER COMPANY, THE, 1705 N.E. 12TH AVENUE, OCALA, FL 32670 | |
| 10925 | BREWER JT TEN, APRIL JOY & JEFFREY N, PSC 41 BOX 4974, APO, AE 09464-4801 | |
| 10925 | BREWER PERSONNEL SERVICES, PO BOX 60417, SAINT LOUIS, MO 63160-0417 | |
| 10925 | BREWER SCIENCES INC. - CEE DIVISION, 2401 BREWER DR, ROLLA, MO 65401 | |
| 10925 | BREWER, AMANDA, 517 HIGHLAND, WEST MEMPHIS, AR 72301 | |
| 10925 | BREWER, ANTHONY, 111 BRIGADOON CT, GREER, SC 29650 | |
| 10925 | BREWER, BETH, 20 ARNOLD, RAGLAND, AL 35131 | |
| 10925 | BREWER, BETH, 2601 COMMERCE BLVD, IRONDALE, AL 35210 | |
| 10925 | BREWER, BRENDA, PO BOX 9, MINDEN, LA 71058 | |
| 10925 | BREWER, BRYANT, 55 PLYMOUTH LN, CARROLLTON, GA 30117 | |
| 10925 | BREWER, CAROLYN, 582 LEE RD 114, OPELIKA, AL 36801 | |
| 10925 | BREWER, CHRISTOPHER, 50 ROCKY CREEK ROAD, 107, GREENVILLE, SC 29615 | |
| 10925 | BREWER, DANNY, PO BOX 8718, NIKISKI, AK 99635-8718 | |
| 10925 | BREWER, DAVID, 2645 DARDANELLE DR, MODESTO, CA 95355 | |
| 10925 | BREWER, DEBORAH, 203 BLUESTONE DRIVE, BETHEL PARK, PA 15102 | |
| 10925 | BREWER, DENISE, 2651 GAVINTOWN RD, LUMBERTON, NC 28358 | |
| 10925 | BREWER, DENNIS, 8233 NW WEATHERBY DR, WEATHERBY LAKE, MO 64152 | |
| 10925 | BREWER, DOLORES, 4012 MACALPINE COURT, ELLICOTT CITY, MD 21042 | |
| 10925 | BREWER, DONNA, 3352 RIDGEFIELD DR, MONTGOMERY, AL 36106 | |
| 10925 | BREWER, DOROTHY, 805 S, 18TH, WEST MEMPHIS, AR 72301 | |
| 10925 | BREWER, DOUGLAS, 2147 WOODBINE ROAD, WOODBINE, MD 21797 | |
| 10925 | BREWER, FRED, 59 GATTIS DR, FORT OGLETHORPE, GA 30742 | |
| 10925 | BREWER, GENE, 1741 KINGS ROAD, EDMOND, OK 73013 | |
| 10925 | BREWER, JACQUELINE, 1704 WEST 29TH ST, PINE BLUFF, AR 71603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BREWER, JR, 804 MICHIGAN, MIDLAND, TX 79701

10925   BREWER, KIMBERLY, 4617 GALLATIN ST, NEW ORLEANS, LA 70131-3659

10925   BREWER, LAVONZELLE, 4947 W. BLOOMINGDALE, CHICAGO, IL 60639

10925   BREWER, LETHA, 316 CRAIGE ST, GASTON, NC 27832

10925   BREWER, MELANIE, 108 BLUEGIL RUN SW, EATONTON, GA 31024

10925   BREWER, MICHAEL, 328 JOE TIKE DRIVE, RINGGOLD, GA 30736

10925   BREWER, MICHAEL, 5677 FM 1206, IOWA PARK, TX 76367

10925   BREWER, NITA, 18B BREAZEALE RD, WILLIAMSTON, SC 29697

10925   BREWER, RACHEL, 300 TRACY, JEFFERSON, AR 71602

10925   BREWER, ROBERT, 2909 BANYAN BLVD CIRCLE, NW, BOCA RATON, FL 33431

10925   BREWER, SUSAN, ROUTE 1 BOX 339, FLEMINGSBURG, KY 41041

10925   BREWER, THOMAS, 5800 EDGEWOOD, LITTLE ROCK, AR 72205

10925   BREWER, TRACY, 2358 GOODLET, INDIANAPOLIS, IN 46222

10925   BREWER, WILHELMINA, 7128 MISTY MORN DR, CHARLOTTE, NC 28215

10925   BREWER, WILLIE, 1709 ALGODONES ST NE, ALBUQUERQUE, NM 87112

10924   BREWER`S CITY DOCK INC, 24 PINE AVE, HOLLAND, MI 49423

10924   BREWER'S CITY DOCK, INC., 24 PINE AVE., HOLLAND, MI 49423

10925   BREWERS DIGEST, 4049 WEST PETERSON AVE., CHICAGO, IL 60646

10924   BREWER'S PRINTING INK, 490 GREAT SOUTHWEST PARKWAY, ATLANTA, GA 30336

10924   BREWERS PRINTING, 490 SOUTHWEST PARKWAY, ATLANTA, GA 30336

10925   BREWINGTON TYPEWRITER CO., 3227 MAIN, HOUSTON, TX 77002-9313

10925   BREWINGTON, ANNETTE, 5635 HELMONT DR D/, OXON HILL, MD 20745

10925   BREWINGTON, MANCEL, 220 CHEEKS ROAD, GRAY COURT, SC 29645

10924   BREWSTER FOODS TEST LABS, 7121 CANBY AVENUE, RESEDA, CA 91335

10924   BREWSTER FOODS TEST LABS, PO BOX 306, RESEDA, CA 91335

10924   BREWSTER POLICE STATION, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062

10924   BREWSTER READY MIX, FIELDS LANE, BREWSTER, NY 10509

10924   BREWSTER READY MIX, P O BOX 410, BREWSTER, NY 10509

10924   BREWSTER TRANSIT MIX, PO BOX 410, BREWSTER, NY 10509

10925   BREWSTER, DARYL, 2640 COLD SPRINGS LANE, INDIANAPOLIS, IN 46222

10925   BREWSTER, DAVID, 9 CARVER ST, BEVERLY, MA 01915

10925   BREWSTER, DEBRA, 4217 QUEENSBERRY, GASTONIA, NC 28056

10925   BREWSTER, DELTHA, BOX 441 ST RT #39, NASHVILLE, OH 44661

10925   BREWSTER, DON, 700 SOUTH NEW HAMPSHIRE APT 2, COVINGTON, LA 70433

10925   BREWSTER, GEORGE, HC 33 BOX 3171B, WASILLA, AK 99504

10925   BREWSTER, JOYCE, 5523 CLOSSER CT, INDIANAPOLIS, IN 46241

10925   BREWSTER, JR, CARL, 326 E 29TH ST, HOUSTON, TX 77008

10925   BREWSTER, PHILLIP, RT. 1 BOX 562, HAUGHTON, LA 71037

10925   BREWSTER, RUTH, 208 BOYD AVE, SIMPSONVILLE, SC 29681

10925   BREWSTER, TRAVIS, PO BOX 441, NASHVILLE, OH 44661

10925   BREWSTER, WENDELL, 2431 WHEELER RD, AUGUSTA, GA 30904

10924   BREWTON CONCRETE, 130 MILL CREEK ROAD, HWY 31 NORTH (4 MI. SOUTH OF I-65, ON EAST SIDE OF ROAD), BREWTON, AL 36427

10924   BREWTON CONCRETE, C/O REYNOLDS READY MIX, ATMORE, AL 36504

10925   BREWTON, ANTHONY, 3205-B CHAMBERLAYNE, RICHMOND, VA 23227

10925   BREY, DIANE, 152 WEST POLK, WYOCENA, WI 53969

10925   BREZNY, RASTO, 1527 E FALKLAND LN APT. N144, SILVER SPRING, MD 20910

10925   BREZNY, RASTO, 7500 GRACE DR., COLUMBIA, MD 21044

10925   BRIA, MICHAEL, 943 S JACKSON ST, GREEN BAY, WI 54301

10925   BRIAN A CLOUTIER, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BRIAN A JOHNSON, 5543 HONOR DR, HOUSTON, TX 77041-6557

10925    BRIAN ALAN BILLINGS, 42 ROYAL RD, NORTH YARMOUTH, ME 04097-3728

10925    BRIAN BRIDGES, 2240 SALUDA LANE, ACWORTH, GA 30101

10925    BRIAN C CLARKE, 14830 OAK KNOLL DR, RED BLUFF, CA 96080-9410

10925    BRIAN CHRISTOPHER WARREN, 128 BRIGHAM ST, NORTHBOROUGH, MA 01532-2012

10925    BRIAN D WEST, 950 MAGNOLIA DR, CHULUOTA, FL 32766

10925    BRIAN D WIGHTMAN, 39 ARNOLD ROAD, HINGHAM, MA 02043

10925    BRIAN D. VOGEL, 48498 EDGAR AVE., BELLEVILLE, MI 48111

10925    BRIAN DIZON, 4220 WEST GLENROSA, PHOENIX, AZ 85019

10925    BRIAN E COUGHLIN &, DOROTHY A COUGHLIN JT TEN, 1497 JERUSALEM AVE, N MERRICK, NY 11566

10925    BRIAN E OCONNELL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    BRIAN E SHAFFER CUST BRIAN E, SHAFFER JR UNIF GIFT MIN ACT KY, 1000 41ST N, ST PETERSBURG, FL 33713-5943

10925    BRIAN E. KENNY, 13 HUDSON ROAD EAST, IRVINGTON, NY 10533

10925    BRIAN EVANS, 323 W. SHORE DR., CLEAR LAKE SHORES, TX 77565

10925    BRIAN F COMMISKEY, 2647 ANTIETAM DR, ANN ARBOR, MI 48105-1456

10925    BRIAN F. WARREN CARPENTRY, 24 WADE AVE., WOBURN, MA 01801

10925    BRIAN GILBERT, 9001 LAMBSKIN LANE, COLUMBIA, MD 21044

10925    BRIAN HARRIS/WALTHAM STUDIOS, 144 MOODY ST, WALTHAM, MA 02453

10925    BRIAN IRVING LEWIS, 52 WASHBURN AVE, CAMBRIDGE, MA 02140-1128

10925    BRIAN J MURPHY, RD 2 BOX 304, SPROUT BROOK ROAD, PEEKSKILL, NY 10566-0000

10925    BRIAN L OKARSKI &, LAWRENCE P OKARSKI JT TEN, 4504 CARAMBOLA CIR - SO, COCONUT CREEK, FL 33066-2596

10925    BRIAN L REICHART, BOX 83, ELWOOD, IN 46036-0083

10925    BRIAN LUDWIG, 55 HAYDEN AVE, LEXINGTON, MA 02421

10925    BRIAN M MUMAW &, CAROL ANN MUMAW TEN COM, 312 CRABAPPLE SPRINGS WAY, WOODSTOCK, GA 30188-2140

10925    BRIAN ONEILL, 6604 NW 42ND TERRACE, COCONUT CREEK, FL 33073

10925    BRIAN PORTER, BORTON, PETRINI, & CONRON, 707 WILSHIRE BLVD STE 5100, LOS ANGELES, CA 90017-3613

10925    BRIAN PRESCOTT-DECIE, PO BOX 113-7487, HAMRA BEIRUT, LEBANON                    *VIA Deutsche Post*

10925    BRIAN R PERRY &, MARGARET M PERRY JT TEN, 459 BERKLEY, ELMHURST, IL 60126-3748

10925    BRIAN SCOTT MICHAELS, 425 CEDAR RIDGE COURT, OLDSMAR, FL 34677-4540

10925    BRIAN SMITH, 2100 SANDERS ROAD, NORTHBROOK, IL 60062

10924    BRIARCLIFF SCHOOLS, BRIARCLIFF ROAD, MOUNTAIN LAKES, NJ 07046

10925    BRIARPATCH RESTAURANT, 2760 VEACH ROAD, OWENSBORO, KY 42303

10925    BRIBIESCA, ANTONIO, 301 EAST SANTA FE, GARDEN CITY, KS 67846-6535

10924    BRICE CONSTRUCTION / RESEARCH PARK, 12002 RESEARCH PARKWAY, ORLANDO, FL 32826

10924    BRICE CONSTRUCTION 2, 655 WEST MORSE BLVD, WINTER PARK, FL 32789

10924    BRICE HOSPITAL, TUSCALOOSA, AL 35401

10925    BRICE JR, GARY, 1126 TERRY LN, DEPERE, WI 54115

10925    BRICE, ARLINE, PO BOX 431, LAKE HOPATCONG, NJ 07849

10925    BRICE, DONALD, 6528 CLEAR DROP CT APT. 303, GLEN BURNIE, MD 21060

10925    BRICE, TONYA, 205 W. H. TAFT RD#5, CINCINNATI, OH 45219

10924    BRICK & TILE CORP, PO BOX 45, LAWRENCEVILLE, VA 23868

10924    BRICK COMPANY, THE, 128 PROSPERITY DRIVE, SAVANNAH, GA 31408

10924    BRICK HOSPITAL, 425 JACK MARTIN BLVD, BRICKTOWN, NJ 08724

10925    BRICK INDUSTRY ASSOC, 11490 COMMERCE PARK DR, RESTON, VA 20191-1525

10925    BRICK INSTITUTE OF AMERICA, 11490 COMMERCE PARK DR, RESTON, VI 20191-1525

10925    BRICK SHOW, 11490 COMMERCE PARK DR, SUITE 300, RESTON, VA 20191-1525

10925    BRICK SHOW, PO BOX 75887, CLEVELAND, OH 44101-2199

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BRICK TEC, LOVELAND, OH 45140

10925    BRICK, THOMAS, 12 SNOW MEADOW LANE, STAFFORD, VA 22554

10925    BRICKER, PEGGY, RT#3 1814 CAIRNS RD., MANSFIELD, OH 44903

10925    BRICKER, RAYMOND, 118 W. INDIANA, MOMENCE, IL 60954

10925    BRICKETT, KENNETH, 342 SOUTHWICK APT 89, WESTFIELD, MA 01085

10925    BRICKEY, LLOYD, 3505 DEER PARK MYLAN RD, DEER PARK, WA 99006

10925    BRICKEY, PARIS MANAFORD, 5705 CAPT JONES CT, FAIRFAX STATION, VA 22039-1403

10925    BRICKHOUSE, MARK, 2933 TODDSBURY COURT, ABINGDON, MD 21009

10925    BRICKMAN GROUP LTD, THE, POBOX 71358, CHICAGO, IL 60694

10925    BRICKMAN, CHERYL, 92A FINDERNE AVE, BRIDGEWATER, NJ 08807

10925    BRICKMAN, LYNN, 2 RUMSON RD #17, SEA BRIGHT, NJ 07760

10925    BRICKNER, IVAN, 13310 STERLINGCREST RD, HOUSTON, TX 77049

10925    BRICKNER, KIMBERLY, 6012 SAME SONG SQ, COLUMBIA, MD 21044

10924    BRICKS INTERNATIONAL, 6423 MCPHERSON RD, LAREDO, TX 78041

10924    BRICKS INTERNATIONAL, 6423 MCPHERSON RD., LAREDO, TX 78041

10924    BRICKTEC, 507 SERVICE ROAD, LOVELAND, OH 45140

10925    BRICKWELL, MARY, 2822 E GARFIELD AVE C/O TERESA BUCHMAN, ORANGE, CA 92867-5227

10924    BRICKYARD, THE, 165 WEST VINE, COLUMBUS, OH 43215

10925    BRIDE, FRANCIS, 1401 VIRGINIA ST, LAKE CHARLES, LA 70605

10924    BRIDGE @ FOXCROFT SQUARE, THE, JENKINTOWN, PA 19046

10925    BRIDGE ENVIRONMENTAL, PO BOX 229, LAKE ZURICH, IL 60047

10924    BRIDGE MARKET, 1ST AVE. BETWEEN 59TH & 60TH ST., NEW YORK, NY 10001

10925    BRIDGE OVER TROUBLED WATERS, 47 WEST STTREET, BOSTON, MA 02111

10925    BRIDGE SCIENTIFIC, 6075 BABYLON CREST, COLUMBIA, MD 21045

10925    BRIDGE SR, ROBERT, 309 CARLYSS DR, SULPHUR, LA 70665

10925    BRIDGEFORTH, DOROTHY, 982 ROZELLE ST, MEMPHIS, TN 38114-1824

10925    BRIDGEFORTH, H, 982 ROZELLE ST, MEMPHIS, TN 38114-1616

10925    BRIDGELAND, SHIRLEY J, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    BRIDGELAND, SHIRLEY, 14004 GREENCROFT LN, COCKEYSVILLE, MD 21030

10925    BRIDGEMAN, CLAY, 3057 KELP LN., OXNARD, CA 93035

10925    BRIDGEPORT CLINIC, 1306 13TH ST, BRIDGEPORT, TX 76426

10925    BRIDGEPORT MACHINE CO., POBOX 30154, HARTFORD, CT 06150

10925    BRIDGER, MARCUS, PO BOX 16761 STATION B, GREENVILLE, SC 29606

10925    BRIDGER, PAMELA, 6815 BLUE RIDGE, RICHMOND, TX 77469

10925    BRIDGERS, ANGELA, PO BOX 6, CONWAY, NC 27820

10925    BRIDGES EQUIPMENT CO., 2122 MAURICE ROAD, PO BOX 11335, ODESSA, TX 79760

10925    BRIDGES ESQ, G WAYNE, 732 SCOTT ST, COVINGTON, KY 41011

10924    BRIDGES HALL, 11TH. ST. & 8TH. AVE SOUTH, MOORHEAD, MN 56560

10925    BRIDGES, ALBERT, 104 HILLTOP ST, SIMPSONVILLE, SC 29681

10925    BRIDGES, ALBERT, 113 OAKVIEW RD, TOWNVILLE, SC 29689

10925    BRIDGES, BARBARA, 154 PAUL DR, BROWSBORO, AL 35741

10925    BRIDGES, BRIAN, 2240 SALUDA LANE, ACWORTH, GA 30101

10925    BRIDGES, DEBORAH, 875 GARDEN WALK BLVD, COLLEGE PARK, GA 30349

10925    BRIDGES, JAMES, 6500 W. 43RD #2207, HOUSTON, TX 77092

10925    BRIDGES, JAMES, ROUTE 3 BOX 122, MCALESTER, OK 74501

10925    BRIDGES, JERRY, 810 BROCKMAN ROAD, GREER, SC 29651

10925    BRIDGES, JOHNNY, PO BOX 965, BAKER, LA 70704

10925    BRIDGES, JR, CLIFFORD, 210 FERN ST, NEW ELLENTON, SC 29809

10925    BRIDGES, JR, JESSIE, 1616 NORTON ESTS CIRCLE, SNELLVILLE, GA 30278

10925    BRIDGES, LESLIE C H, TR UA JUL 19 84, LESLIE C H BRIDGES TRUST, 12016 NORTH 58TH AVE, GLENDALE, AZ 85304-2603

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BRIDGES, MICHAEL, 1500 VAN VOORHIS RD, MORGANTOWN, WV 26505

10925   BRIDGES, ROBERT, 5121 GLEN VALLEY, LAPORTE, TX 77571

10925   BRIDGES, RUTH, PO BOX 5063, SANDERSVILLE, GA 31082

10925   BRIDGES, SECTION, 9433 S. HALSTED ST, CHICAGO, IL 60620

10925   BRIDGES, SHANDER, 7355 S. SANGAMON, CHICAGO, IL 60621

10925   BRIDGES, SHERRY, 810 BROCKMAN ROAD, GREER, SC 29651

10924   BRIDGES, SMITH & CO., 118 E. MAIN ST., LOUISVILLE, KY 18111-0490

10924   BRIDGES, SMITH & COMPANY, 826 S. EIGHTH ST., LOUISVILLE, KY 18111-0490

10925   BRIDGES, STANLEY, 7580 ANTEBELLUM LANE, RIVERDALE, GA 30274

10925   BRIDGES, TIMOTHY, 5801 GREENRIDGE, MIDLAND, TX 78707

10925   BRIDGES, VICKIE, 317 FALLING WATER COLD SPRING KY 41076, COLD SPRING, KY 41076

10925   BRIDGES, VICKIE, 317 FALLINGWATER, COLD SPRING, KY 41076

10924   BRIDGESIDE AT PATRIOTS POINT, TRIDENT CONSTRUCTION, 28 BRIDESIDE BLVD, MOUNT PLEASANT, SC 29464

10924   BRIDGESIDE POINT, 100 TECHNOLOGY DRIVE, PITTSBURGH, PA 15219

10925   BRIDGESTONE/ FIRESTONE INC, 60 CENTURY BLVD, NASHVILLE, TN 37214

10925   BRIDGESTONE/FIRESTONE INC, ATTN: DDI, NASHVILLE, TN 37214

10925   BRIDGESTONE/FIRESTONE INC, PO BOX 666 FILE#99415, NEWARK, NJ 07101-0666

10925   BRIDGESTONE/FIRESTONE INC, POBOX 660401 FILE 99415, DALLAS, TX 75266-0401

10924   BRIDGESTONE/FIRESTONE INC., 2500 N. 22ND STREET, DECATUR, IL 62525

10924   BRIDGESTONE/FIRESTONE INC., 2ND AVE. & HOFFMAN LANE, DES MOINES, IA 50305

10924   BRIDGESTONE/FIRESTONE INC., 50 CENTURY BLVD, NASHVILLE, TN 37214

10925   BRIDGESTONE/FIRESTONE INC., PO BOX 100411, PASADENA, CA 91189-0411

10924   BRIDGESTONE/FIRESTONE INC., PO BOX 1320, DECATUR, IL 62525

10925   BRIDGESTONE/FIRESTONE INC., PO BOX 13421, NEWARK, NJ 07188-0421

10924   BRIDGESTONE/FIRESTONE INC., PO BOX 318015, INDEPENDENCE, OH 44131

10925   BRIDGESTONE/FIRESTONE INC., PO BOX 666 FILE #99415, NEWARK, NJ 07101-0666

10925   BRIDGESTONE/FIRESTONE INC., PO BOX 73418, CHICAGO, IL 60673-7418

10925   BRIDGESTONE/FIRESTONE INC., PO BOX 99415, CHICAGO, IL 60693

10925   BRIDGESTONE/FIRESTONE RESEARCH, CORNER OF S MAIN & WILBETH, AKRON, OH 44301

10925   BRIDGESTONE/FIRESTONE, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925   BRIDGESTONE/FIRESTONE, PO BOX 905392, CHARLOTTE, NC 28290-5392

10924   BRIDGESTONE-FIRESTONE BLDG. ADD., 851 BETTIS ACADEMY ROAD, GRANITEVILLE, SC 29829

10925   BRIDGET ELLEN BYRNE, 13804 WATCH HARBOR COURT, MIDLOTHIAN, VA 23112-2044

10925   BRIDGEVIEW AUTO PARTS, 8223 SOUTH ROBERTS RD, BRIDGEVIEW, IL 60455

10924   BRIDGEWATER, 724 ROUTE 202 SOUTH, SOMERVILLE, NJ 08876

10924   BRIDGEWAY EDUCATION BUILDING, 4775 KIMBALL BRIDGE ROAD, ALPHARETTA, GA 30005

10924   BRIDGEWAY OF BENSENVILLE, C/O ASC INSULATION & FIREPROOFING, BENSENVILLE, IL 60106

10925   BRIDGEWAY SOFTWARE INC, 3355 WEST ALABAMA THIRD FL, HOUSTON, TX 77098

10925   BRIDGEWOOD PIPING, INC, 338 EAST SAUK TRIAL, SOUTH CHICAGO HEIGHTS, IL 60411

10925   BRIDGHAM, BRADLEY, 105 BIRCH RD., DELAFIELD, WI 53018

10925   BRIDGMAN, VIRGINIA, 12770 PORTAGE LANE NE, BEMIDJI, MN 56601-7158

10925   BRIDLE, ROBERT W, CUST FOR NICHOLAS D BRIDLE, UNIF GIFT MIN ACT NH, 599 B OCEAN BLVD, HAMPTON, NH 03842-3637

10925   BRIDWELL, DANIEL, 317 SHELL DRIVE, WOODRUFF, SC 29388

10925   BRIDWELL, FAYE, 153 BEARDON DRIVE, DUNCAN, SC 29334

10925   BRIDWELL, JOYCE, 143 WHITE HORSE EXT., TRAVELERS REST, SC 29690

10925   BRIDWELL, THOMAS, 5 SCENIC DRIVE, TRAVELERS REST, SC 29690-9998

10925   BRIDWELL, WILLIAM, 431 N POINSETTE HWY, TRAVELERS REST, SC 29690

10925   BRIEFINGS PUBLISHING GROUP, PO BOX 1738, ALEXANDRIA, VA 22311-9930

10925   BRIENT, ERICA, 12 LONGFELLOW ROAD, WENHAM, MA 01984

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BRIENZE, CINDY, 92 WINCHESTER ST., MEDFORD, MA 02155

10925  BRIER, JEAN, 4380 RAMBLEWOOD S, MULBERRY, FL 33860

10925  BRIERLEY, BARBARA, 1852 S SAGUARO, MESA, AZ 85202

10925  BRIERLEY, MICHAEL, 9934 WALNUT DOWLER RD., LOGAN, OH 43138

10925  BRIERLY LOMBARD & CO INC, PO BOX 15051, WORCESTER, MA 01615-0051

10925  BRIERLY,LOMBARD & CO INC, BOX 15051, WORCESTER, MA 01610-0051

10925  BRIERY, ANGELA, 6309 BORDER LANE, SHREVEPORT, LA 71119-7203

10925  BRIESEMEISTER, BRUCE, 3401 GRANT ST, WICHITA FALLS, TX 76308

10925  BRIETZKE JR, CARLON, 27 JACKSON ROAD, SOMERVILLE, MA 02145-2908

10925  BRIGANDI, STEPHEN, 1 HILLSVIEW ST, CANTON, MA 02021

10925  BRIGANDI, STEPHEN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925  BRIGARD & URRUTIA ABOGADOS LTDA, 701 BRICKELL AVE 9TH FL, MIAMI, FL 33131

10925  BRIGGEMAN, ROBERT, 1007 W. 10TH ST, PRATT, KS 67124

10924  BRIGGS & MORGAN, 2400 IDS CENTRE, MINNEAPOLIS, MN 55402

10925  BRIGGS EQUIP., 5777 MARTIN LUTHER KING HWY., BEAUMONT, TX 77705

10925  BRIGGS EQUIPMENT, LOCK BOX 841272, DALLAS, TX 75284-1272

10925  BRIGGS JR., JAMES, 250 PARKLAWN BLVD, COLUMBUS, OH 43213

10925  BRIGGS MANUFACTURING, 793 ROAD F, WILLOWS, CA 95988

10924  BRIGGS MFG, 793 RD F, WILLOWS, CA 95988

10925  BRIGGS PATTERNS, 24011 HOOVER ST, WARREN, MI 48089

10925  BRIGGS, ANN, 687 B ROSE HOLLOW DR, YARDLEY, PA 19067

10925  BRIGGS, BARRY, 4080 INDIAN MOUND RD, LAURENS, SC 29360

10925  BRIGGS, BARRY, PO BOX 166, CENTERVILLE, LA 70522

10925  BRIGGS, CHARLES, 1525 WEST ARKANSAS, DENVER, CO 80223

10925  BRIGGS, DAVID M, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  BRIGGS, DAVID, 133 BELLEVUE AVE, MELROSE, MA 02176

10925  BRIGGS, DENA, PO BOX 131, DUNCAN, SC 29334

10925  BRIGGS, GINGER, 147 SUNDAY DRIVE, CHELSEA, AL 35043

10925  BRIGGS, GINGER, 5260 JEAN DR, PINSON, AL 35126

10925  BRIGGS, JAMES F, HWY 221, ENOREE, SC 29335

10925  BRIGGS, JAMES, 131 MILLER ST LAURENS SC, LAURENS, SC 29360

10925  BRIGGS, JAMES, 237 N RUTH WALKER RD, WATERLOO, SC 29384

10925  BRIGGS, JOHN, 19 OAKDALE BLVD, MORRISVILLE, PA 19067

10925  BRIGGS, JULIE, 6238 EASTRIDGE DR, INDIANAPOLIS, IN 46219

10925  BRIGGS, LAURA, 6349 N. 78TH ST., SCOTTSDALE, AZ 85253

10925  BRIGGS, RUSSELL, WATERFORD GREEN, KENNEBUNK, ME 04043

10925  BRIGGS, SHANNON, 133 BELLEVUE AVE, MELROSE, MA 02176

10925  BRIGGS, SHARON, 5451 N GATES AVE, FRESNO, CA 93722

10925  BRIGGS, TARRANCE, 122 SPARKTOWN DRIVE, ENOREE, SC 29335

10925  BRIGGS, TERRY, PO BOX 2, CROSS ANCHOR, SC 29331

10925  BRIGGS, WARREN, 35 FRANKLIN DRIVE, BRIDGETON, NJ 08302-1812

10925  BRIGGS, WESLEY, 720 BRIGGS RD, DANDRIDGE, TN 37725

10925  BRIGGS, WILLIE, 13390 CLINTON HWY, ENOREE, SC 29335

10925  BRIGGS-WEAVER INC., 4505 N. TWIN CITY HWY, NEDERLAND, TX 77627-3137

10925  BRIGHAM AND WOMENS ANESTHESIA, 75 FRANCIS ST, BOSTON, MA 02115

10924  BRIGHAM YOUNG UNIVERISTY, 685 E. UNIVERSITY PKWY(1700 N.), PROVO, UT 84602

10924  BRIGHAM YOUNG UNIVERSITY, D-148 ABRAHAM SMOOT BLDG., PROVO, UT 84602

10925  BRIGHAM, BARRY, 900 4TH AVE NORTH, PARK FALLS, WI 54552

10925  BRIGHAM, KENNETH, 18 PAMELA LANE, RAYMOND, NH 03077

10925  BRIGHAM, MARY ELLEN, 3 PRESTON KING TRL, OAK RIDGE, NJ 07438

10925  BRIGHAM, PAMELA, 67 HIGHLAND ST, TOWNSEND, MA 01469

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BRIGHAM, PHILLIP, 106 CHINABERRY CT, PEACHTREE CITY, GA 30269 | |
| 10925 | BRIGHAM, RICHARD, 2651 MELROSE, WOOSTER, OH 44691 | |
| 10925 | BRIGHAM, SHAREN, 920 THORNE AVE, WOOSTER, OH 44691 | |
| 10924 | BRIGHT ELECTRIC SUPPLY (AD), 1401 WEST WASHINGTON BLVD, CHICAGO, IL 60607 | |
| 10924 | BRIGHT ELEMENTRY, 7600 WOODSTREAM, FRISCO, TX 75034 | |
| 10925 | BRIGHT ENGINEERING, 911 WESTERN AVE SUITE 555, SEATTLE, WA 98104-3608 | |
| 10925 | BRIGHT HORIZONS, 10 HIGH ST, ASCOT BERKS, SL5 7LGUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | BRIGHT INC, 970 HIGGS AVE, COLUMBUS, OH 43212 | |
| 10924 | BRIGHT MOOR ELECTRIC SUPPLY, 27100 GRAND RIVER, REDFORD, MI 48240-1605 | |
| 10925 | BRIGHT, ANNA, 8426 BEESWING COURT, DUBLIN, OH 43017 | |
| 10925 | BRIGHT, CARL, 304 4TH ST., VAN HORNE, IA 52346 | |
| 10925 | BRIGHT, CHARLES, 3798 KNIGHTON CHAPEL RD, FOUNTAIN INN, SC 29644 | |
| 10925 | BRIGHT, DEBRA, 3200 75TH ST, NORWAY, IA 52318 | |
| 10925 | BRIGHT, DUNCAN, PO BOX 3410, JACKSON, WY 83001 | |
| 10925 | BRIGHT, JEFFREY, 205 WEBBER ST, JONESVILLE, SC 29353 | |
| 10925 | BRIGHT, KAREN, 4502 KINGS MILL RD, EIGHTMILE, AL 36613 | |
| 10925 | BRIGHT, KATHLEEN, 1400 FEDERAL GARTH, ABINGDON, MD 21009-2703 | |
| 10925 | BRIGHT, LE, BOX 268 SHILOH, PEACHTREE CITY, GA 30269 | |
| 10925 | BRIGHT, P, 1852 MARROSE DRIVE, LANCASTER, OH 43130 | |
| 10925 | BRIGHT, RALPH, 104 POST OAK ROAD, DUNCAN, SC 29334 | |
| 10925 | BRIGHT, RANDALL, 1400 FEDERAL GORTH, ABINGDON, MD 21009 | |
| 10925 | BRIGHT, RONALD, 335 BRUNER DRIVE, SENECA, SC 29678 | |
| 10925 | BRIGHT, SUSAN, PO BOX 17, ATKINS, IA 52206 | |
| 10925 | BRIGHT, T, 218 E 35TH ST, WILMINGTON, DE 19802 | |
| 10925 | BRIGHT, TAYLOR, 1720 EARHART ROAD, BALTIMORE, MD 21221 | |
| 10925 | BRIGHT, TERRY, 3200 75TH ST, NORWAY, IA 52318 | |
| 10925 | BRIGHT, VERNON, 38 HENRY ST, JERSEY CITY, NJ 07306 | |
| 10925 | BRIGHTMAN, MARGUERITE, PO BOX 71783, CHARLESTON, SC 29405-1783 | |
| 10924 | BRIGHTON BLOCK & CONCRETE, 10147 E. GRAND RIVER AVE, BRIGHTON, MI 48116 | |
| 10924 | BRIGHTON BLOCK AND CONCRE, 10147 E GRAND RIVER, BRIGHTON, MI 48116 | |
| 10924 | BRIGHTON ELECTRIC SUPPLY, 7041 W.GRAND RIVER, BRIGHTON, MI 48114 | |
| 10924 | BRIGHTON ELECTRIC, 1201 KIPKE DRIVE, ANN ARBOR, MI 48109 | |
| 10924 | BRIGHTON GARDENS, 15870 HAGGERTY ROAD, PLYMOUTH, MI 48170 | |
| 10924 | BRIGHTON GARDENS, C/O WARCO CONSTRUCTION, 1306 PELHAM RD., GREENVILLE, SC 29615 | |
| 10924 | BRIGHTON LANDING, 77 GUEST STREET, BRIGHTON, MA 02135 | |
| 10925 | BRIGHTWELL, LAUREN, 3055 DEVONSHIRE DR., ROCK HILL, SC 29730 | |
| 10925 | BRIGIT CROWELL, 2585 CHARLESTOWN RD, PHOENIXVILLE, PA 19460-2948 | |
| 10924 | BRIGMAN P WOMAN HOSPITAL, 31 CANAL STREET, MEDFORD, MA 02155 | |
| 10925 | BRIJALBA, RICHARD, 15802 FOX SPRINGS, HOUSTON, TX 77084 | |
| 10925 | BRILEY, LESIA, 3210 ROSEDALE CT. COURT, SNELLVILLE, GA 30278 | |
| 10925 | BRILEY, MARTIN, 1010 W ASPEN, LOVINGTON, NM 88260 | |
| 10925 | BRILL, ROSA, BOX 178, OLEY, PA 19547-0178 | |
| 10925 | BRILLIANT IMAGE, SEVEN PENN PLAZA, NEW YORK, NY 10001 | |
| 10925 | BRILLIANT, JAMES, 4317 BOREN AVE, WICHITA FALLS, TX 76308 | |
| 10925 | BRILLINGER, FRED, 123 AUDUBON DRIVE, ACTON, MA 01720 | |
| 10925 | BRILLINGER, JAMES, 123 AUDUBON DRIVE, ACTON, MA 01720 | |
| 10925 | BRILLINGER, PETER, 123 AUDUBON DRIVE, ACTON, MA 01720 | |
| 10924 | BRIM CONCRETE INC, CO RD 200 EAST, FLORA, IN 46929 | |
| 10924 | BRIM CONCRETE INC, P O BOX 363, MONTICELLO, IN 47960 | |
| 10924 | BRIM CONCRETE INC, RR #2 BOX 136A, DELPHI, IN 46923 | |
| 10924 | BRIM CONCRETE INC, W. FISHER STREET, MONTICELLO, IN 47960 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BRIN NORTHWESTERN GLASS CO., 2300 NORTH SECOND STREET, MINNEAPOLIS, MN 55411 | |
| 10925 | BRINDAMOUR, JUSTINE, 297 HILTON AVE, EXETER, NH 03833-4118 | |
| 10925 | BRINDLEY ENTERPRISES, PO BOX 69, WAYLAND, MA 01778-0069 | |
| 10924 | BRINER PAINT MFG., 3713 AGNES STREET, CORPUS CHRISTI, TX 78405 | |
| 10925 | BRINER, GLENN, 309 THIRD ST, HENRY, IL 61537 | |
| 10925 | BRINES, CAROL, 420 EAST DRAKE ROAD, FT COLLINS, CO 80525 | |
| 10925 | BRINEY, RUSSELL, 7828 PARK, LENEXA, KS 66216 | |
| 10925 | BRINGA, STEVEN, 7965 CHAPEL HILL COURT S, FRANKLIN, WI 53132 | |
| 10925 | BRINK, JOAN, 2005 HILLCREST DRIVE, ATLANTIC, IA 50022 | |
| 10925 | BRINK, KATHERINE, 2 GINA LANE, ALVARADO, TX 76009-9456 | |
| 10925 | BRINK, KEN, 301 UNION ST # 103, FRANKLIN, MA 02038 | |
| 10925 | BRINK, ONE, 5 AV, NY, NY 10010 | |
| 10924 | BRINK, R.L. CORP., 4400 NORTH 24TH STREET, QUINCY, IL 62301 | |
| 10924 | BRINK, R.L. READY MIX PLANT 2, 4600 N. 24TH ST., QUINCY, IL 62301 | |
| 10924 | BRINK, R.L. READY MIX, PLANT 1, 4600 N. 24TH ST., QUINCY, IL 62301 | |
| 10925 | BRINK, THREE, WESTM, NY, NY 10001 | |
| 10925 | BRINK, TWO, 589 MILK, NY, NY 10001 | |
| 10925 | BRINKER, K, 1150 N BISHOP, DALLAS, TX 75208 | |
| 10925 | BRINKER, NINA, 1887 S. COUNTY RD. 1050E, INDIANAPOLIS, IN 46231 | |
| 10925 | BRINKERHUFF, B, 1711 SOUTH SIXTH, COTTAGE GROVE, OR 97424-2805 | |
| 10925 | BRINKHAUS, HALEY, 316 W. CHERRY ST, OPELOUSAS, LA 70570 | |
| 10925 | BRINKLEY JR., HERB, 203 ADAMS, WILBURTON, OK 74578 | |
| 10925 | BRINKLEY MACKENZIE, ALLISON, 8627 BLACK ROCK HARBOUR, PASADENA, MD 21122 | |
| 10925 | BRINKLEY, GLENN, 802 AZTEC, BURKBURNETT, TX 76354 | |
| 10925 | BRINKLEY, MARK, 911 SUGARBUSH, BURKBURNETT, TX 76354 | |
| 10925 | BRINKLEY, PATRICK, 2001 SPRING GLENN, MISSION, TX 78572 | |
| 10925 | BRINKLEY, RONALD, 2186 OLD FANCY GAP RD, MT. AIRY, NC 27030 | |
| 10925 | BRINKMAN INSTRUMENTS, LTD, 6670 CAMPOBELLO ROAD, MISSISSAUGA, ON L5N 2L8CANADA | *VIA Deutsche Post* |
| 10925 | BRINKMAN, DONNA, 1025 NE 28 DRIVE, WILTON MANOR, FL 33305 | |
| 10925 | BRINKMAN, ELMER, 2045 BRINKMAN ROAD, QUAKERTOWN, PA 18951 | |
| 10925 | BRINKMAN, JOEL, 3116 EASTWOOD DRIVE, WONDER LAKE, IL 60097 | |
| 10925 | BRINKMAN, LISA, 911 VISTA AVE, ALTON, IL 62002 | |
| 10925 | BRINKMAN, WILLIAM, 8904 VINE AVE, WONDERLAKE, IL 60097 | |
| 10924 | BRINKMAN CORPORATION, THE, 10745 MARINA DRIVE, OLIVE BRANCH, MS 38654 | |
| 10924 | BRINKMANN CORPORATION, THE, 4215 MCEWEN ROAD, DALLAS, TX 75244 | |
| 10925 | BRINKMANN INSTRUMENTS INC, PO BOX 13275, NEWARK, NJ 07101-3275 | |
| 10925 | BRINKMANN INSTRUMENTS, INC, PO BOX 13275, NEWARK, NJ 07101-3275 | |
| 10925 | BRINKMANN INSTRUMENTS, INC, POBOX 13275, NEWARK, NY 07101-3275 | |
| 10925 | BRINKMANN INSTRUMENTS, PO BOX 1019, WESTBURY, NY 11590 | |
| 10925 | BRINKMEYER, EDWARD, 715 E ELM, SPRINGFILD, MO 65807 | |
| 10925 | BRINKS INC., 3610 COMMERCE DR., STE. 801, BALTIMORE, MD 21227 | |
| 10925 | BRINKS INC., PO BOX 101-031, ATLANTA, GA 30392 | |
| 10925 | BRINKS, INC, PO BOX 101-031, ATLANTA, GA 30392 | |
| 10925 | BRINSON, GARY, 10025 ERLITZ NW, ALBUQUERQUE, NM 87114 | |
| 10925 | BRINSON, JR, SHELDON, 5504 CLUB HILL EAST, LAKELAND, FL 33813 | |
| 10925 | BRINSON, ROBERT, 86 OAK ST, HALIFAX, MA 02338 | |
| 10925 | BRINSON, SHELDON, 111 BARBERRY LANE, PEACHTREE CITY, GA 30269 | |
| 10925 | BRINTON, KIMBERLY, 6720 NW 65TH PL., OCALA, FL 34482 | |
| 10925 | BRIONES, CRISELDA, 1405 BOCA CHICA, BROWNSVILLE, TX 78520 | |
| 10925 | BRIONES, CRISTINA, 13413 ERIEL AVE, HAWTHORNE, CA 90250 | |
| 10925 | BRIONES, JAMES, 400 KNIGHTSBRIDGE, ARLINGTON, TX 76014 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BRIONES, RENATO, 2249 N. 10TH ST. APT. 312, BEAUMONT, TX 77703 | |
| 10925 | BRISBINE, LORI, RD 5 BOX 374, GREENSBURG, PA 15601 | |
| 10925 | BRISCO NORTON, 423 S MAIN ST, NEW LONDON, MO 63459 | |
| 10925 | BRISCO, JOHN, 22397 SW 66TH AVE, 704, BOCA RATON, FL 33428-5305 | |
| 10925 | BRISCOE LIBRARY - ILL, 7703 FLOYD CURL DR, SAN ANTONIO, TX 78284-7941 | |
| 10925 | BRISCOE, TAMARA, 4209 NORTH PARK AVE., INDIANAPOLIS, IN 46205 | |
| 10925 | BRISENDINE, BOBBY, 9747 FOREST LAN, DALLAS, TX 75243 | |
| 10925 | BRISENTINE, MARY, 1946 N TIBBS, INDIANAPOLIS, IN 46222 | |
| 10925 | BRISKI INDUSTRIAL SUPPLY CO INC, 5919 ARCHER AVE, CHICAGO, IL 60638 | |
| 10925 | BRISKI INDUSTRIAL SUPPLY CO, 5919 ARCHER AVE, CHICAGO, IL 60638-2802 | |
| 10925 | BRISON, HUBERT, 1602 W MARTHA LN, PASADENA, TX 77502 | |
| 10924 | BRISTAL CANDICA, CLEARANCE BY:, UNITED CUSTOMS BROKERS, HIGHGATE SPRINGS, VT 05460 | |
| 10925 | BRISTER, GINGER, 216 PINE GROVE CIR., WEST MONROE, LA 71291 | |
| 10925 | BRISTER, LOYD, 2215 NORTH ADOBE, HOBBS, NM 88240 | |
| 10925 | BRISTER, ROBBIE, RT. 1, BOX 423-C, BROOKHAVEN, MS 39601 | |
| 10924 | BRISTOL AEROSPACE LMT, R3C 2S4, WINNIPEG MAN, MB O0O 0O0TORONTO | *VIA Deutsche Post* |
| 10925 | BRISTOL AEROSPACE LTD, BERRY ST AND ELLICE AVE, WINNIPEG, MB R3C 2S4CANADA | *VIA Deutsche Post* |
| 10925 | BRISTOL BABCOCK, 1100 BUCKINGHAM ST, WATERTOWN, CT 06795 | |
| 10924 | BRISTOL CONCRETE PRODUCTS, 111 EAST MARY ST., BRISTOL, VA 24201 | |
| 10924 | BRISTOL CONCRETE PRODUCTS, PO BOX 517, BRISTOL, VA 24203 | |
| 10924 | BRISTOL CONCRETE PRODUCTS, PO BOX517, BRISTOL, VA 24203 | |
| 10925 | BRISTOL GLASS & MIRROR INC., 25210 BOROUGH PARK DRIVE, THE WOODLANDS, TX 77380 | |
| 10924 | BRISTOL LABORATORES, BLDG. 20 - FOR BLDG. 25, EAST SYRACUSE, NY 13057 | |
| 10924 | BRISTOL LABORATORIES, PO BOX 675, SYRACUSE, NY 13221-4755 | |
| 10925 | BRISTOL METALS, LP, 390 BRISTOL METALS RD., BRISTOL, TN 37621-1589 | |
| 10924 | BRISTOL MEYERS SQUIBB 17A, 311 PENNINGTON ROAD, PRINCETON, NJ 08543 | |
| 10924 | BRISTOL MEYERS SQUIBB, 311 PENNINGTON ROCKHILL ROAD, PENNINGTON, NJ 08534 | |
| 10924 | BRISTOL MEYERS-SQUIBB, ROUTE 206, LAWRENCEVILLE, NJ 08648 | |
| 10924 | BRISTOL MYERS PRODUCTS, 1350 LIBERTY AVENUE, HILLSIDE, NJ 07205 | |
| 10924 | BRISTOL MYERS SQUIBB, 300 MILL ROAD, EDISON, NJ 08817 | |
| 10924 | BRISTOL MYERS SQUIBB, 345 PARK AVE, NEW YORK, NY 10001 | |
| 10924 | BRISTOL MYERS SQUIBB, PO BOX 191, NEW BRUNSWICK, NJ 08903-0191 | |
| 10924 | BRISTOL MYERS SQUIBB, PO BOX 5303, PRINCETON, NJ 08543-5303 | |
| 10924 | BRISTOL MYERS, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | BRISTOL MYERS, 2625 QUEENSVIWE DRIVE, ONTARIO, IT K2A 3Y4TORONTO | *VIA Deutsche Post* |
| 10924 | BRISTOL MYERS, 300 MILL ROAD, EDISON, NJ 08817 | |
| 10924 | BRISTOL MYERS, HWY 62, MOUNT VERNON, IN 47620 | |
| 10924 | BRISTOL PAINT & LACQUER, 29 CHURCH AVENUE, BRISTOL, CT 06010 | |
| 10924 | BRISTOL PAINT HEADQUARTE NODE*, COLUMBIA, MD 21044 | |
| 10925 | BRISTOL TAPE CORPORATION, 598 AIRPORT RD, FALL RIVER, MA 02720 | |
| 10924 | BRISTOL WINNELSON CO., 95 VALLEY ST, BRISTOL, CT 06011 | |
| 10924 | BRISTOL WINNELSON CO., PO BOX 216, BRISTOL, CT 06011 | |
| 10925 | BRISTOL, BRIAN, 11258 EVANS TRL. #T2, BELTSVILLE, MD 20705 | |
| 10924 | BRISTOL, CARVETERA #2, BARCELONETA, IT 617UNK | *VIA Deutsche Post* |
| 10925 | BRISTOL, DAVID, 2001 RED OAK LANE, MANDEVILLE, LA 70448 | |
| 10925 | BRISTOL, JACK, 3306 BENDING OAKS TRAIL, GARLAND, TX 75044-7320 | |
| 10925 | BRISTOL, TERESSA Y, 1805 CLUB PKWY, NORCROSS, GA 30093 | |
| 10925 | BRISTOL, WAYNE, 11258 EVANS TRAIL APT T2, BELTSVILLE, MD 20705 | |
| 10925 | BRISTOL-MYERS PRODUCTS, PO BOX 75847, CHARLOTTE, NC 28275 | |
| 10924 | BRISTOL-MYERS SQUIBB CO., 2400 WEST LLOYD EXPRESSWAY, MOUNT VERNON, IN 47620 | |
| 10924 | BRISTOL-MYERS SQUIBB COMPANY, BLDG # 123, MOUNT VERNON, IN 47620 | |

}

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BRISTOL-MYERS SQUIBB COMPANY, PO BOX 4500, PRINCETON, NJ 08543-4500 | |
| 10924 | BRISTOL-MYERS SQUIBB, PO BOX 5200, PRINCETON, NJ 08543-5200 | |
| 10924 | BRISTOL-MYERS SQUIBB, PO BOX 5303, PRINCETON, NJ 08543 | |
| 10925 | BRISTOL-MYERS, MAIL STOP P3418, PO BOX 777, PLAINSBORO, NJ 08536 | |
| 10925 | BRISTOW JR, ROBERT B, 1241 MURRAYS MILL ROAD, CATAWBA, NC 28609-8304 | |
| 10924 | BRITANNIC INTERNATIONAL CORPORATION, 2655 LE JEUNE ROAD, MIAMI, FL 33134 | |
| 10925 | BRITCHER, BILLY, 16875 Q AVE., IOWA FALLS, IA 50126 | |
| 10925 | BRITCHER, REBECCA, 6842 EL CAJON, RIVERSIDE, CA 92504 | |
| 10925 | BRITE INC, 226 WATER ST, QUINCY, MA 02169 | |
| 10925 | BRITE INC., 226 WATER ST, QUINCY, MA 02169 | |
| 10925 | BRITE WAY CORPORATION, 26 UPTON DR, WILMINGTON, MA 01887 | |
| 10924 | BRITE WHOLESALE ELECTRIC SY., 1204 HAWKINS DR, ELIZABETHTOWN, KY 42701 | |
| 10925 | BRITE-SOL INC, PO BOX 7777W-3800, PHILADELPHIA, PA 19175-3800 | |
| 10924 | BRITISH AIRWAYS CONCORD SOFFIT, JFK AIRPORT - BRITISH AIRWAYS, TERMINAL 7, JAMAICA, NY 11430 | |
| 10924 | BRITISH AIRWAYS, TERMINAL 7, JFK AIRPORT, JAMAICA, NY 11430 | |
| 10925 | BRITISH COMPUTER SOCIETY, 1 SANFORD ST, SWINDON, SN1 1HJUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | BRITISH PETROLEUM CO.,PLC, SUNBURY-ON-THAMES, MIDDLESEX TW16-7LN, ENGLAND, MIDDLESEX TW16-7LN, .GBR | *VIA Deutsche Post* |
| 10925 | BRITISH STEEL PLC SWINDEN, MOORGATE ROAD, ROTHERHAM, S60 3ARUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | BRITO, HENRIQUE, S. VICENTE, CAPE VERDE ISLAND | *VIA Deutsche Post* |
| 10925 | BRITO, HUMBERTO, 7916 S.W. 19 ST, MIAMI, FL 33155 | |
| 10925 | BRITO, VICENTE, 26 MASON ST, TAUNTON, MA 02780 | |
| 10925 | BRITSCH, GERALD, 10229 S. CANTON, TULSA, OK 74137 | |
| 10925 | BRITT BRAND &, KAREN M BRAND JT TEN, 11416 OLD COLONY PKWY, KNOXVILLE, TN 37922-2647 | |
| 10925 | BRITT, BARBARA, 705 N BELL RD BOX 453, IOWA PARK, TX 76367 | |
| 10925 | BRITT, BEVERLY, 46 GASLIGHT DRIVE, SO. WEYMOUTH, MA 02190 | |
| 10925 | BRITT, BONNIE, RT 2, BOX 286., EAGLE ROCK, VA 24085 | |
| 10925 | BRITT, CAROL, FM 290 367E, IOWA PARK, TX 76367 | |
| 10925 | BRITT, DAVID, 102 LYNNWOOD DRIVE, ROANOKE RAPIDS, NC 27870 | |
| 10925 | BRITT, DAVID, RT 1 BOX 702, COLGATE, OK 74538 | |
| 10925 | BRITT, GRACIE, 6958 WALKER MILL GARDENS APT A-2, CAPITOL HEIGHTS, MD 20743 | |
| 10925 | BRITT, ILIANA, 2922 MORRO CT, ANTIOCH, CA 94509 | |
| 10925 | BRITT, JAMES, 1057 MARTON ST, LAUREL, MD 20707 | |
| 10925 | BRITT, JOHN, 10513 NEWBERRY PARK LANE, CHARLOTTE, NC 28277 | |
| 10925 | BRITT, KAREN, 6036 BLACKHAWK TR., MABLETON, GA 30059 | |
| 10925 | BRITT, MARK, 3875 W PEACHTREE LA, PORTSMOUTH, VA 23703 | |
| 10925 | BRITT, TIMOTHY, 74 MCGUFFY AVE, SOMERSET, NJ 08873 | |
| 10925 | BRITT, VALERIE, 8416 11TH AVE., SILVER SPRING, MD 20903 | |
| 10925 | BRITT, VIVIAN, 1516 BERRIEDALE DR, FAYETTEVILLE, NC 28304 | |
| 10925 | BRITTAIN, NANCY, 1995 S SCHURLER D-13, KANKAKEE, IL 60901 | |
| 10925 | BRITTAIN, SHAWN, 1449 CIRCLE DR, MORGANTON, NC 28655 | |
| 10925 | BRITTAIN, TAMARA, 1700 BOB SMITH #216, BAYTOWN, TX 77521 | |
| 10925 | BRITTAIN, TERESA, 5415 US 64, MORGANTON, NC 28655 | |
| 10925 | BRITTINGHAM, GEORGE, 1107 ARRAN ROAD, BALTIMORE, MD 21239-1602 | |
| 10924 | BRITTON REDI-MIX, E HWY 10, BRITTON, SD 57430 | |
| 10924 | BRITTON REDI-MIX, EAST HIGHWAY #10, BRITTON, SD 57430 | |
| 10925 | BRITTON, ELIZABETH, 7106 CRESTED BUTTE, CORPUS CHRISTI, TX 78413 | |
| 10925 | BRITTON, ESQ, PATRICIA A, KENNECOTT ENERGY COMPANY, 505 SOUTH GILLETTE AVE, PO BOX 3009, GILLETTE, WY 82717-3009 | |
| 10925 | BRITTON, JR, JAMES, 1724 COLEMAN BRIDGE ROAD, WAGNER, SC 29164 | |
| 10925 | BRITTON, KENNETH, 402 NORTH ALMOND DR, SIMPSONVILLE, SC 29681 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  BRITTON, LESLIE, 7 HARTLEY ST., MONTCLAIR, NJ 07042

10925  BRITTON, MARVIN, PO BOX 1486, KEMAH, TX 77565

10925  BRITTON, PATRICIA, 3743 MEADOW LARK RD S.W., ROANOKE, VA 24018

10925  BRITTON, TERI, 4711 S.VIRGINIA APT 110, AMARILLO, TX 79106

10925  BRITTON, TRACY, 340 ELIZABETH ST, ORANGE, NJ 07050

10925  BRIX, DONALD, 1106 PLUM, ATLANTIC, IA 50022-2425

10924  BRIXHAM GREEN, FN THOMPSON, 15710 JOHN J. DELONEY DR., CHARLOTTE, NC 28277

10924  BRIXMAN GREEN, 15800 JOHN DELANEY DR, CHARLOTTE, NC 28232

10925  BRIZARD, MARIE, 15336 SW 72 ST BLDG 10 APT 22, MIAMI, FL 33193

10925  BRIZENDINE, J BRIAN, BOX 5451 UNIVERSITY STATION, CLEMSON, SC 29632

10925  BRIZENO, JR, 121 E. TOAS, HOBBS, NM 88240

10925  BRIZUELA, JOSE, 8100 14TH AVE, HYATTSVILLE, MD 20783

10925  BRK COLORADO, PITTWAY CORPORATION, 200 S WACKER DR #700, CHICAGO, IL 60606-5802

10925  BRK ELECTRONICS, 780 MCCLURE ROAD, AURORA, IL 60504

10925  BRK ELECTRONICS, CENTER, 25 SPUR DR, EL PASO, TX 79908

10925  BRM CO, INC, 4642 E. FLORAL DR., LOS ANGELES, CA 90022

10924  BROACH GC COMPANY THE, 7667 E 46TH PLACE, TULSA, OK 74145

10925  BROACH, LINDA, 3219 MIMOSA PARK DR., RICHLAND HILLS, TX 76118

10925  BROACH, MARILYN, 7542 AUBREY LANE, MYRTLE BEACH, SC 29575

10925  BROAD & CASSEL, 201 S BISCAYNE BLVD., MIAMI, FL 33131

10925  BROAD RIVER MALL ASSOCIATES LTD, 1370 AVE OF THE AMERICAS, NEW YORK, NY 10019

10925  BROADAWAY, JAMES, 16 MELS DR, LAKELAND, FL 33801

10925  BROADBENT, GUY, 8 CREST VIEW LANE, SPARTA, NJ 07871

10925  BROADCAST MUSIC INC., 10 MUSIC SQUARE EAST, NASHVILLE, TN 37203-4310

10925  BROADDUS, CHENAULT, 3906 GATEWAY COURT, INDIANAPOLIS, IN 46254

10925  BROADDUS, J., 8209 CANNING TERRACE, GREENBELT, MD 20770

10925  BROADHURST, DAVID, 4424 HUGHES, WICHITA FALLS, TX 76308

10924  BROADMOOR, 2740 NO. ARNOULT RD, METAIRIE, LA 70002

10924  BROADMOOR, CAMBRIDGE, MA 02140

10925  BROADNAX, HORACE, 2206 COLSON ROAD, PLANT CITY, FL 33566-8122

10925  BROADUS, SABRINA, 3479 BLOOMFIELD DRIV, MACON, GA 31206

10925  BROADWATER, JAMES, 121 LINDSEY, BAY CITY, TX 77414

10925  BROADWATER, JOHN, R D #2, HOPWOOD, PA 15445

10924  BROADWAY AMERICAN HOTEL, 222 WEST 77TH STREET, MANHATTAN, NY 10021

10924  BROADWAY AMERICAN HOTEL, P/U TRENTON, 32 PLUM STREET, TRENTON, NJ 08638

10924  BROADWAY ELECCTRIC SUPPLY CO, 459 MANTUA AVE, WOODBURY, NJ 08096-2616

10924  BROADWAY EXPANSION, SMITH AND GREEN, LAS VEGAS, NV 89109

10924  BROADWAY LUMBER & SUPPLY, 5400 MILLER AVENUE, GARY, IN 46403

10924  BROADWAY LUMBER/SUPPLY CORP., 5400 MILLER AVENUE, GARY, IN 46403

10924  BROADWAY LUMBER/SUPPLY CORP., DBA MILLER BEACH LUMBER, GARY, IN 46403

10925  BROADWAY PLACE I L.L.C., ARNCO & ASSOC OF AZ, GEN COUNSEL, 1951 WEST GRANT RD., #110, TUCSON, AZ 85711

10924  BROADWAY RENTAL EQUIPMENT CO, 6800 WEST BROADWAY AVENUE, BROOKLYN PARK, MN 55428

10924  BROADWAY RIDGE, 3001 BROADWAY AVE NE, MINNEAPOLIS, MN 55413

10924  BROADWAY SERVICES, 1504 JOH AVENUE, BALTIMORE, MD 21227

10925  BROADWAY, EDWARD, 4428 PARKSIDE DRIVE, BALTIMORE, MD 21206

10925  BROADWAY, REBECCA, 3506 WATSON CHURCH, MONROE, NC 28110

10924  BROADWAY, THE, BROADWAY & SURF, CHICAGO, IL 60657

10925  BROADWAY, WALTER, 4912 LA SALLE AVE, BALTIMORE, MD 21206-4322

10924  BROADY & CAMPBELL, 2115 DR. ANDREW J. BROWN AVE., INDIANAPOLIS, IN 46202

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 BROADY, CHESTER, RT 1 BOX 185, PLEASANT HILL, NC 27866

10925 BROADY, JR, GEORGE, 1708 N PORTER, STUTTGART, AR 72160

10925 BROADY, JUANITA, PO BOX 233, GASTON,, NC 27832

10925 BROBECK PHLEGER & HARRISON LLP, SPEAR ST TOWER, ONE MARKET, SAN FRANCISCO, CA 94105

10925 BROBHY, JOANNE, 216 VILSAK ROAD, GLENSHAW, PA 15116

10925 BROBST, PAUL, 11748 S. LAUREL DRIVE, 2D, LAUREL, MD 20708

10925 BROBST-DUFRENE, WENDY, 21 PARK CHARLES N, ST PETERS, MO 63376

10925 BROCCO, KAREN, 7233 CHEROKEE TR W, THEODORE, AL 36582

10925 BROCE, LARRY, PO BOX 1191, PORT BARRE, LA 70577

10925 BROCHER, TALCA, 4850 E INDIAN DR, FLAGSTAFF, AZ 86004

10925 BROCHI, J, 100 QUINCY AVE APT A, WINTHROP, MA 02152

10925 BROCHU, MICHELLE, 36 BIRCHDALE ROAD, BOW, NH 03304

10925 BROCHU, SHARON, 36 BIRCHDALE ROAD, BOW, NH 03304

10925 BROCK & CO., 77 GREAT VALLEY PKWY, MALVERN, PA 19355

10925 BROCK SR., DAVID, 1015 MARTHA DRIVE, FOREST PARK, GA 30297

10925 BROCK SR., DAVID, 6139 BISCAYNE DR, FOREST PARK, GA 30297

10925 BROCK TELECOM, 100 STROWGER BLVD, BROCKVILLE, ON K6V 5W8CANADA    **\*VIA Deutsche Post\***

10925 BROCK TOOL CO., 1200 66TH ST., BALTIMORE, MD 21237

10925 BROCK TOOL COMPANY, 1475 LOUIS AVE, ELK GROVE VILLAGE, IL 60007

10924 BROCK TOOL COMPANY, 1475 LOUIS AVENUE, ELK GROVE, IL 60007

10924 BROCK WHITE CANADA INC., 1305 PETTIGREW AVENUE EAST, REGINA, SASKASHEWAN, SK S4N 5W1TORONTO    **\*VIA Deutsche Post\***

10924 BROCK WHITE CANADA, INC., P.O. BOX 39002, INKSTER PARK POSTAL OUTLE, NT R2X 3B3TORONTO    **\*VIA Deutsche Post\***

10924 BROCK WHITE COMPANY, 2175 S 162ND ST., NEW BERLIN, WI 53151

10924 BROCK WHITE COMPANY, 2175 S. 162ND ST., NEW BERLIN, WI 53151

10924 BROCK WHITE COMPANY, 2575 KASOTA AVENUE, SAINT PAUL, MN 55108

10924 BROCK WHITE COMPANY, PO BOX977, WILLMAR, MN 56201-0977

10925 BROCK, BETTY, RT 13 BOX 1002, LUBBOCK, TX 79424

10925 BROCK, CHARLES, 1718 WEST ELM, ELREND, OK 73036-4204

10925 BROCK, CRYSTAL, 107 KEYSTONE DR, ANDERSON, SC 29621

10925 BROCK, DEBBIE, 5721 WILKERSON ROAD, KNOXVILLE, TN 37912

10925 BROCK, DELBERT, 2109 WILLIAMS ROAD, PLANT CITY, FL 33566-9998

10925 BROCK, DONALD, 6705 SEGURA WAY, BAKERSFIELD, CA 93309

10925 BROCK, EDNA B, 3107 THIRD AVE, RICHMOND, VA 23222-3337

10925 BROCK, GATEWOOD, 1725 SOUTH WOODHOUSE RD, VIRGINIA BEACH, VA 23454

10925 BROCK, HARMON, PO BOX 2314, CROSS CITY, FL 32628-2314

10925 BROCK, HAZEL, 111 SWINTON DRIVE, GREENVILLE, SC 29607

10925 BROCK, JACQUELINE, 513 S MAIN ST, GRANT PARK, IL 60940

10925 BROCK, JAMES, 1 NORTH AVE, HAMPTON, GA 30228

10925 BROCK, JAMES, 421 S. DRESDEN CR., SHREVEPORT, LA 71115

10925 BROCK, JAMES, 959 LARRY ELKINS, MINDEN, LA 71055

10925 BROCK, JORDAN, 122 HOLLYRIDGE ROAD, SPARTANBURG, SC 29301-9352

10925 BROCK, KAREN, RT 6 BOX 920, BURLESON, TX 76028

10925 BROCK, KENNETH, RR 1, BOX 73, FARMER CITY, IL 61842

10925 BROCK, KRISTI, 958 LARRY ELKINS ROAD, MINDEN, LA 71055

10925 BROCK, MARTHA, 603 RIVER ST, BELTON, SC 29627

10925 BROCK, MICHAEL, 111 SWINTON DRIVE, GREENVILLE, SC 29607

10925 BROCK, NORMAN, 153 SOUTH FRONTAGE RD, FOUNTAIN INN, SC 29644

10925 BROCK, PEGGY, POB 681, JEFFERSON, GA 30549

10925 BROCK, REUBEN, 603 RIVER ST, BELTON, SC 29627-1235

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BROCK, ROBERT, 212 NEW DUNHAM BR RD, GREENVILLE, SC 29611

10925   BROCK, ROBERT, 721 ONTERIO AVE, LIVE OAK, FL 32060

10925   BROCK, SILAS, 1329 S W 23RD AVE, FT LAUDERDALE, FL 33312

10925   BROCK, VIRGINIA, 2223 HIGHLAND AVE, MONTGOMERY, AL 36107

10925   BROCKDORF, SHELLEY, 8247 N TENTONIA AVE, BROWN DEER, WI 53209

10925   BROCKEL, ROBERT I, 1217 KOEHLER AVE, SHERWOOD, AR 72120

10925   BROCKEL, ROBERT, 1217 KOEHLER AVE, SHERWOOD, AR 72120

10925   BROCKELMAN & BRODMAN PLC, TWO NORTH CENTRAL AVE SUITE 1750, PHOENIX, AZ 85004-2395

10925   BROCKENBOUROGH, FLORIA, 4247 CLAY ST. NE, WASHINGTON, DC 20019

10925   BROCKINGTON, ASHLEY, 1230 13TH ST NW #715, WASHINGTON, DC 20005

10925   BROCKINGTON, JAMES, 4906 BELLE AVE, BALTIMORE, MD 21207

10925   BROCKLEHURST, LINDA, 7501 MONTGOMERY, ALBUQUERQUE, NM 87109

10925   BROCKMAN, BRENDA, 13025 CAMELOT DR. S.E., HUNTSVILLE, AL 35803

10925   BROCKMAN, CHRISTOPHER, 110 LYNN ST, GREER, SC 29651

10925   BROCKMAN, JO, 1311 SHARON RD, GREER, SC 29651-9801

10925   BROCKMAN, KARRIE, 1344 SOUTH 77TH ST, WEST ALLIS, WI 53214

10925   BROCKMAN, MICHAEL, 13 INEEDA DRIVE, GREENVILLE, SC 29605

10925   BROCKMAN, RALPH, 9535 CARRIAGE RUN CIRCLE, LOVELAND, OH 45140

10925   BROCKMAN, WILLIAM, 1311 SHARON ROAD, GREER, SC 29651

10924   BROCKPORT CENTRAL SCHOOL DISTRICT, 40 ALLEN STREET, BROCKPORT, NY 14420

10925   BROCKTON BOSTON CUTTING DIE, 865 ISLINGTON ST., PORTSMOUTH, NH 03081

10924   BROCKTON COURT HOUSE, 505 UNIVERSITY AVE-BLDG 3, NORWOOD, MA 02062

10924   BROCKTON TRIAL COURT, 32 W. ELM ST., BROCKTON, MA 02401

10925   BROCKTON, ALTO, 822 GREENWOOD AVE, TRENTON, NJ 08609

10925   BROCKTON, WILLIE, 1829 SOUTH BROAD ST, TRENTON, NJ 08610

10925   BROCKWAY STANDARD INC, 8607 ROBERTS DRIVE, ATLANTA, GA 30350

10924   BROCKWAY STANDARD INC, SUITE 250, 8607 ROBERTS DRIVE, ATLANTA, GA 30350

10924   BROCKWAY STANDARD INC., 11440 PACIFIC AVENUE, FONTANA, CA 92337

10924   BROCKWAY STANDARD INC., 13401 DENTON DRIVE, DALLAS, TX 75234

10924   BROCKWAY STANDARD INC., 1400 S. KILBOURN AVENUE, CHICAGO, IL 60623

10924   BROCKWAY STANDARD INC., 30301 CARTER STREET, SOLON, OH 44139

10924   BROCKWAY STANDARD INC., 3301/09 S LAMAR ST, DALLAS, TX 75215

10924   BROCKWAY STANDARD INC., 3301/09 S. LAMAR STREET, DALLAS, TX 75215

10924   BROCKWAY STANDARD INC., 3737 MILLER PARK DRIVE, GARLAND, TX 75042

10924   BROCKWAY STANDARD INC., 4651 HICKORY HILL, MEMPHIS, TN 38141

10924   BROCKWAY STANDARD INC., 580 DIVISION STREET, ELIZABETH, NJ 07207

10924   BROCKWAY STANDARD INC., 599 DAVIES DRIVE, YORK, PA 17402

10924   BROCKWAY STANDARD INC., 8639 S. NORWALK BOULEVARD, LOS NIETOS, CA 90606

10924   BROCKWAY STANDARD INC., HIGHWAY 84 WEST, HOMERVILLE, GA 31634-0336

10924   BROCKWAY STANDARD INC., HIGHWAY 84, HOMERVILLE, GA 31634

10924   BROCKWAY STANDARD INC., MARTIN LUTHER KING BOULEVARD, PICAYUNE, MS 39466

10924   BROCKWAY STANDARD INC., PO BOX790, YORBA LINDA, CA 92686

10924   BROCKWAY STANDARD INC., PO BOX810259, DALLAS, TX 75381

10924   BROCKWAY STANDARD, DENTON DRIVE, DALLAS, TX 75215

10925   BROCKWELL HYDRAULICS SEMINARS INC, PO BOX 29241, RICHMOND, VA 23242-0241

10925   BROCKWELL HYDRAULICS SEMINARS, PO BOX 29241, RICHMOND, VA 23242-0241

10925   BROCTON LOCKWOOD, 802 N. COURT, PO BOX 1208, MARION, IL 62959

10924   BROCTON TRIAL COURT, 690 HOWARD STREET, WATERTOWN, MA 02272

10925   BROD, LESTER, 215 E. 7TH ST, BLUE EARTH, MN 56013-2004

10925   BRODA JT TEN, HELEN R, AND PATRICIA H CLEM, 8200 DAHLIA ST, HENDERSON, CO 80640-7935

10925   BRODA, MARIA, 73 EAST HOOSAC ST, ADAMS, MA 01220-9501

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BRODA, MICHELLE, 421 SWEET JULIET WAY, GREER, SC 29650

10925    BRODART CO., 1609 MEMORIAL AVE, WILLIAMSPORT, PA 17705

10925    BRODBECK, DONNA, 1735 OAK LANE SOUTH, SOUTHLAKE, TX 76092

10925    BRODBECK, DONNA, 3924 INNISBROOK DRIVE, IRVING, TX 75083

10925    BRODE, KAREN, 687 CAPLES RD, WEST MONROE, LA 71292

10925    BRODE, PATSY, 141 ROCK LAKE DR, ZELIENOPLE, PA 16063

10925    BRODE, PHYLLIS, 683 CAPLES RD, WEST MONROE, LA 71292

10925    BRODERBUND SOFTWARE, PO BOX 6125, NOVATO, CA 94948-6125

10925    BRODERICK, ERIN, 136 TYNGSBORO ROAD #1, N. CHELMSFORD, MA 01863

10925    BRODERICK, JAMES, 204 MERRIMACK MEADOWLANE, TEWKSBURY, MA 01876

10925    BRODERICK, JAMES, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925    BRODERICK, JOHN F, 10 JUNIPERWOOD DRIVE, HAVERHILL, MA 01832

10925    BRODERICK, JOHN, 10 JUNIPERWOOD DRIVE, HAVERHILL, MA 01832

10925    BRODERICK, KIMBERLY, 1711 HWY 17 SOUTH, SURFSIDE BEACH, SC 29575

10925    BRODERICK, SHANNON, 45 APER RD, NASHUA, NH 03062

10925    BRODERSEN, JOHN, 1116 2ND AVE. E., WILLISTON, ND 58801

10925    BRODETH, SONIA, 13943 PLANTATION, HOUSTON, TX 77083

10925    BRODEUR, EDWARD, 928 MAMMOTH RD, MANCHESTER, NH 03104

10925    BRODEUR, LAURIE, 15 RUTH ST, LOWELL, MA 01851

10925    BRODEUR, MARK, 246 GANO ST, PROVIDENCE, RI 02906

10925    BRODHACKER, DAVID, 13287 ELIZABETH ST., THORNTON, CO 80241

10925    BRODHAGEN, KENNETH, 3501 S. WEBSTER, GREEN BAY, WI 54302-1213

10925    BRODHEAD, NANCY, 31 JOHN ST, WARWICK, NY 10990

10925    BRODIE INC, PO BOX 1888, LAWRENCE, MA 01842

10925    BRODRIB, DONALD, 54 BERKSHIRE AVE., SOUTHWICK, MA 01077

10925    BRODSKY & BRODSKY, 2 BUCKS LANE HWY 79, MARLBORO, NJ 07746

10925    BRODSKY & BRODSKY, POBOX 367, MARLBORO, NJ 07746

10925    BRODSKY, BORIS, 1646 SOM CENTER ROAD, MAYFIELD HTS, OH 44124

10925    BRODY & GEISER, 77 HAMILTON AVE, FORDS, NJ 08863

10925    BRODY TRAILER, 3510 MARMENCO CT., BALTIMORE, MD 21230-3481

10925    BRODY TRAILER, PO BOX 4441, BALTIMORE, MD 21223-0441

10925    BRODY, ARTHUR, 990 HIGHLAND DR SUITE 100, SOLANA BEACH, CA 92075-2409

10925    BRODY, BERNARD G, 3683 HILLIARD STATION RD, HILLIARD, OH 43026

10925    BRODY, JOSEPH, 8025 S 82ND COURT JUSTICE IL, JUSTICE, IL 60458

10925    BRODY, SETH, PO BOX 30721, SEATTLE, WA 98103

10925    BRODY, SHEILA, 201 EAST 21ST ST, NEW YORK, NY 10010

10925    BRODY, SUSANA, 11700 NW 25TH ST, PLANTATION, FL 33323

10925    BRODY, WAYNE, BOX 111, CHURDAN, IA 50050-0111

10925    BROEN, JANET, 121 NORTH LOVE ST, QUINCY, FL 32351

10925    BROEN, ROAL, 2141 ALTA ST #3, LOS ANGELES, CA 90031

10925    BROGAN, DEBORAH, 850 DOGWOOD CIRCLE, HIGH POINT, NC 27260

10925    BROGAN, EUGENE PATRICK, 12 HAIG DR CIPPENHAM, SLOUGH BERKSHIRE, SL1 9HBUNITED    *VIA Deutsche Post*
         KINGDOM

10925    BROGAN, LEO, 16 NEW SEARLES AVE, NASHUA, NH 03062

10924    BROGDEN M.S., 1011 LEON STREET, DURHAM, NC 27702

10925    BROGDON, HOWARD, 1550 EAST BLVD, BARTOW, FL 33830-4269

10925    BROGDON, MORRIS, 5448 LYNVIEW AVE, BALTIMORE, MD 21215

10924    BROGER/SANGER HIGH SCHOOL, SANGER, CA 93657

10925    BROKAW, FRIEDA, 975 SQUAW CREEK DR SE, CEDAR RAPIDS, IA 52403

10925    BROKAW, JOHN, 1745 LAKE FRONT DR NE, SOLON, IA 52333

10925    BROKAW, LARRY, 275 S 1500 WEST, 07, VERNAL, UT 84078

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BROKAW, LISA, 1745 LAKE FRONT DR NE, SOLON, IA 52333

10924    BROKEN ARROW, EXIT 49 I-80, CLIVE, UT 84074

10924    BROKEN ARROW, P.O. BOX 580, TOOELE, UT 84074

10924    BROKEN ARROW, P.O.BOX 580, TOOELE, UT 84074

10924    BROKEN BOW REDI MIX, 1300 S. PARK DRIVE, BROKEN BOW, OK 74728

10925    BROKEN POT, THE, 5016 PARK AVE, MEMPHIS, TN 38117

10925    BROKER, RICHARD, 26 PUTNAM PLACE, MARIETTA, OH 45750

10925    BROLASKI, MATTHEW, 3 ZEUS COURT, ST. PETERS, MO 63376

10925    BROMAGHIM, CHARLES, 217 DONAHUE ROAD, DRACUT, MA 01826

10925    BROMBERG, MERYLE, 5 LE MANS PLACE, PINEBROOK, NJ 07058

10925    BROMBERG, MICHAEL, 59 WESTLAND AVE, #44, BOSTON, MA 02115

10924    BROMLEY & SONS CONC., 15TH & SKYWAY, ATCHISON, KS 66002

10924    BROMLEY & SONS CONCRETE I, 1501 PACIFIC, ATCHISON, KS 66002

10924    BROMLEY & SONS CONCRETE, 1501 PACIFIC, ATCHISON, KS 66002

10925    BROMLEY PALLET REYCYCLERS, PO BOX 11407, BIRMINGHAM, AL 35246-0543

10925    BROMLEY, ANTHONY, 6875 LANDINGS DRIVE #201, LAUDERHILL, FL 33319

10925    BROMLEY, JAMES E, 5128 N 69TH AVE, GLENDALE, AZ 85303-6320

10925    BROMLEY, JEFF, 1852 MERCHANT ST, SPARKS, NV 89431

10925    BROMPS, RAYMOND, 52335 SUNQUIST RD, MILT. FREEWATER, OR 97862

10925    BROMSTEAD, BARRY, 293 STONE VALLEY WAY, ALAMO, CA 94507

10925    BROMWELL & CARRIER INC, POBOX 5467, LAKELAND, FL 33807

10925    BRON TAPES OF COLORADO INC, 845 NAVAJO ST, DENVER, CO 80204

10925    BRONCO ELECTRIC, 15 W 8TH ST #A, TRACY, CA 95376-4122

10925    BRONS, KENNETH, 302 HERMITAGE ROAD, GREENVILLE, SC 29615-1807

10925    BRONSON & BRATTON, INC, 220 SHORE DR., BURR RIDGE, IL 60521

10924    BRONSON, 210 EAST VINE STREET, KALAMAZOO, MI 49001

10925    BRONSON, DEBRA, PO BOX 38, CAMPBELL, NE 68931

10925    BRONSON, W, PO BOX 26524, GREENVILLE, SC 29616

10925    BRONSTEIN MD, MAURY W, 6027 WALNUT GROVE ROAD SUITE 103, MEMPHIS, TN 38120

10925    BRONSTEIN MD, MAURY W, 6027 WALNUT GROVE, STE. 103, MEMPHIS, TN 38120

10925    BRONSTEIN, MAURY, 6027 WALNUT GROVE RD #103, MEMPHIS, TN 38120

10925    BRONSTEIN, RICHARD S, CUST FOR KATHERINE E BRONSTEIN, UNIF GIFT MIN ACT PA, C/O JERAS CORP, 1802 CEDAR CREST BLVD, ALLENTOWN, PA 18104-9662

10925    BRONTMANS QUALITY DISCOUNT, 3501 W. HENRIETTA ROAD, ROCHESTER, NY 14623

10924    BRONX BOTANICAL GARDENS, 200TH AND 7TH BOULEVARD, NEW YORK, NY 10047

10924    BRONX PSYCHIATRIC CENTER, 1500 WATERS PL, BRONX, NY 10461

10924    BRONX ZOO C/O ISLAND, C/O ISLAND LATHING, BRONX, NY 10475

10924    BRONXVILLE WEST SIDE, 125 PARKWAY ROAD, BRONXVILLE, NY 10708

10925    BRONZE & PLASTIC SPEC, INC, 2025 INVERNESS AVE., BALTIMORE, MD 21230

10924    BROOK GROUP/HAMPTON INN, 2000 N. LITCHFIELD RD., GOODYEAR, AZ 85338

10924    BROOK HAVEN LL APT., 2705 STANSBERRY DRIVE, SHREVEPORT, LA 71118

10924    BROOK HOLLOW, 8200 HARRY HINES BLVD, DALLAS, TX 75235

10925    BROOK, RICHARD, 770 PROVIDENCE RD, A301, ALDAN, PA 19018

10925    BROOK, ROBERT, 198 HUMPHREY ST, MARBLEHEAD, MA 01945

10924    BROOKDALE COLLEGE, LYNDCRAFT, NJ, 32 PLUM STREET, TRENTON, NJ 08638

10924    BROOKE ARMY MEDICAL CENTER, 3600 BINZ - ENGLEMANN ROAD T-2, FORT SAM HOUSTON, TX 78234

10925    BROOKE GROUP, INC, 100 S.E. SECOND ST, 32ND FL, MIAMI, FL 33131

10924    BROOKE VAULT COMPANY, RR #1, OTTAWA, IL 61350

10924    BROOKE VAULT COMPANY, RURAL ROUTE 1, OTTAWA, IL 61350

10925    BROOKE, D, 710 NE 12TH AVE, MULBERRY, FL 33860

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BROOKE, ETHEL, 710 12TH AVE N E, MULBERRY, FL 33860

10924   BROOKEMA CO., 1460 THORNDALE, ELK GROVE VILLAGE, IL 60007

10925   BROOKER, SARA, 820 PLUM ST, VIENNA, VA 22180

10925   BROOKES BRANDT, LANGLEY, 325 S ROSSMORE AVE, LOS ANGELES, CA 90020-4739

10925   BROOKES, ABIGAIL, 10264 WILDE LAKE TER, COLUMBIA, MD 21044

10925   BROOKES, CHARLES, 107 CLUBHOUSE DRIVE, 160, NAPLES, FL 33940

10925   BROOKES, DIANA, 37 ROSEWOOD LANE, OWINGS MILLS, MD 21117

10925   BROOKES, LANGLEY, 325 S ROSSMORE AVE, LOS ANGELES, CA 90020-4739

10925   BROOKEY, TOMMY, 1409 PINE OAK PL, EDMOND, OK 73034

10925   BROOKFALL CARNEGIE INDUSTRIES, PO BOX 7091, FREEHOLD, NJ 07728

10925   BROOKFALL CARNEGIE, PO BOX 7091, FREEHOLD, NJ 07728

10925   BROOKFIELD ENGINEERING LABORATORIES, LABORATORIES INC, STOUGHTON, MA 02072

10925   BROOKFIELD ENGINEERING LABS, 11 COMMERCE BLVD., MIDDLEBORO, MA 02346-1031

10925   BROOKFIELD ENGINEERING, 11 COMMERCE BLVD, MIDDLEBORO, MA 02346

10925   BROOKFIELD ENGINEERING, 240 CUSHING ST, STOUGHTON, MA 02072

10925   BROOKHAVEN INSTRUMENTS CORPORATION, 750 BLUE POINT ROAD, HOLTSVILLE, NY 11742-1896

10924   BROOKHAVEN NATIONAL LAB, BLDG 89, UPTON, NY 11973

10924   BROOKHAVEN NATIONAL LAB, RECEIVING SECTION T.89, RAILROAD AVE., UPTON, NY 11973

10924   BROOKHAVEN NATIONAL LAB., ATT: RONALD P. WEBSTER, BUILDING NO. 526, UPTON, NY 11973

10925   BROOKHAVEN NATIONAL LABORATORY, BLDG. 475D, PO BOX 5000, UPTON, NY 11973-5000

10925   BROOKHAVEN NATIONAL LABORATORY, PO BOX 5000, UPTON, NY 11973

10924   BROOKHAVEN NATIONAL LABS, BLDG. T89, WANTAGH, NY 11793

10925   BROOKHAVEN NATL LABS, BLDG 134B, UPTON, NY 11973

10925   BROOKHAVEN NATL LABS, BLDG T89, UPTON, NY 11973

10925   BROOKHAVEN READY MIX, HWY 51 NORTH, JACKSON, MS 39215

10924   BROOKHAVEN READY MIX, P O DRAWER 1292, JACKSON, MS 39215

10924   BROOKHAVEN READY MIX, PO DRAWER 1292, JACKSON, MS 39215

10925   BROOKHOLLOW PROPERTIES, 2221 E. LAMAR BLVD.,SUITE 200, ARLINGTON, TX 76006

10924   BROOKHOLLOW RENTALS, 8200 HARRY HINES BLVD., DALLAS, TX 75235

10925   BROOKINS, CARMEL, 226 PLEASANTWOOD, DALLAS, TX 75217

10924   BROOKLYN BATTERY TUNNEL, DELEVAN & RICHARD ST, BROOKLYN, NY 11200

10925   BROOKLYN COLLEGE MEMBERS, BROOKLYN COLLEGE, BROOKLYN, NY 11210

10924   BROOKLYN COLLEGE, H STREET AND OCEAN AVE, BROOKLYN, NY 11210

10924   BROOKLYN FIREPROOFING CORP., 274 44TH STREET, BROOKLYN, NY 11232

10925   BROOKLYN FIREPROOFING WAREHOUSE, 274 44TH STREET, BRONX, NY 10499

10924   BROOKLYN FIREPROOFING, 33 CENTRAL PARK WEST, NEW YORK, NY 10001

10924   BROOKLYN FIREPROOFING, 3400 PAUL AVENUE, BRONX, NY 10464

10925   BROOKLYN HARDWARE CO., 3717 HANOVER ST., BALTIMORE, MD 21225

10924   BROOKLYN HEIGHTS SYNAGOGUE, 1462 SCHENECTADY AVENUE, BROOKLYN, NY 11203

10925   BROOKLYN HOMES TENANT COUNCIL,INC, 4140 TENTH ST., BALTIMORE, MD 21225

10924   BROOKLYN MASON SUPPLY CO, 4106 GLENWOOD ROAD, BROOKLYN, NY 11210

10924   BROOKLYN MUSEUM, THE, 200 EASTERN PARKWAY, BROOKLYN, NY 11238

10924   BROOKLYN MUSEUM, THE, RECEIVING DEPT REAR OF MUSEUM, 200 EASTERN PARKWAY, BROOKLYN, NY 11238

10925   BROOKMAN ROSENBERG, ATTN CARY L. SANDLER, ESQ., ONE PENN SQUARE WEST, 17TH FL, 30 SOUTH FIFTEENTH ST, PHILADELPHIA, PA 19102

10925   BROOKMAN, BENJAMIN, 777 ARAGONA BLVD, VIRGINIA BEACH, VA 23455

10925   BROOKMAN, LARRY, 211 WOODLAWN RD, ATHOL, MA 01331

10925   BROOKMIRE, NANCY, 2985 LOWE TRAIL, MARIETTA, GA 30066

10925   BROOKOVER, BARBARA E, 49 FINNIGAN AVE APT D-47, SADDLE BROOK, NJ 07663-6093

10925   BROOKS ALLAN INC, 851 ASBURY DRIVE, BUFFALO GROVE, IL 60089-4523

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BROOKS AND HAMBY, PC, 618 AZALEA ROAD, MOBILE, AL 36609

10924    BROOKS BROTHERS, C/O SHOEMAKER, PHILADELPHIA, PA 19092

10925    BROOKS DRUG INC., C/O REVCO G.S. INC., 1925 ENTERPRISE PKWY, TWINSBURGH, OH 44087

10925    BROOKS E ROSE, 13719 SUNNY GLEN, SAN ANTONIO, TX 78217-1441

10924    BROOKS EQUIPMENT, 201 STETSON DRIVE, CHARLOTTE, NC 28262

10924    BROOKS EQUIPMENT, P.O. DRAWER 560685, CHARLOTTE, NC 28256

10924    BROOKS HALL, UGA CAMPUS, ATHENS, GA 30610

10925    BROOKS III, ROBERT, 3207 MEADOWVIEW DR, DENTON, TX 76205

10925    BROOKS INSTRUMENT DIV., 407 WEST VINE ST., HATFIELD, PA 19440

10925    BROOKS INSTRUMENT DIVISION, PO BOX 13570, NEWARK, NJ 07188

10925    BROOKS INSTRUMENT DIVISION, POBOX 730139, DALLAS, TX 75373-0139

10925    BROOKS INSTRUMENT, 54 SCOTT ADAM RD., #104, HUNT VALLEY, MD 21030

10925    BROOKS INSTRUMENT, PO BOX 13570, NEWARK, NJ 07188-0570

10925    BROOKS INSTRUMENTS, 407 WEST VINE ST., HATFIELD, PA 19440

10925    BROOKS JR., ALTON, PO BOX 318 RRI FORST RP, PETERBOROUGH, NH 03458

10925    BROOKS PAINT AND SUPPLY INC., POWDER MILL ROAD - RTE. 62, ACTON, MA 01720

10924    BROOKS POOLS, 1733 NETHERLAND INN ROAD, KINGSPORT, TN 37660

10925    BROOKS PRECISION SUPPLY, 10 GREEN ST, WOBURN, MA 01801

10924    BROOKS PRODUCTS INC, 211 MCREINE RD, LA PLACE, LA 70069

10924    BROOKS PRODUCTS INC, 4905 STOUGH ROAD, CONCORD, NC 28025

10924    BROOKS PRODUCTS INC, 4905 STROUGH, CONCORD, NC 28025

10924    BROOKS PRODUCTS INC., 2441 W CHARTERWAY, STOCKTON, CA 95206

10924    BROOKS PRODUCTS INC., 2441 WEST CHARTER WAY, STOCKTON, CA 95206

10924    BROOKS PRODUCTS INC., P O BOX 696, LA PLACE, LA 70069

10924    BROOKS PRODUCTS INC., PO BOX696, LA PLACE, LA 70069

10924    BROOKS PRODUCTS INCORPORATED, 2441 WEST CHARTER WAY, STOCKTON, CA 95206

10924    BROOKS PRODUCTS, 13600 SO WAYSIDE, HOUSTON, TX 77048

10924    BROOKS PRODUCTS, 1850 PAREO, ONTARIO, CA 91761

10924    BROOKS PRODUCTS-CONCORD, 4905 STOUGH ROAD, CONCORD, NC 28025

10925    BROOKS, ALTON, ROUTE 32 PO BOX 207, JEFFERSON, ME 04348-0207

10925    BROOKS, ANTHONY, 503 SEQUOIA DRIVE, APT. A, CHATTANOOGA, TN 37411

10925    BROOKS, ARTHUR, 43 WEST GREELEY CIR, WARWICK, RI 02886

10925    BROOKS, BARBARA, 406 W CAMINO REAL, ARCADIA, CA 91007

10925    BROOKS, BARNES, 2516 HILLFORD DRIVE, BALTIMORE, MD 21234-2644

10925    BROOKS, BERNARD, 2307-303 WHEATLEY DRIVE, BALTIMORE, MD 21207

10925    BROOKS, BEVERLEY, 11311 SMOKE THORN DR, RIVERVIEW, FL 33569

10925    BROOKS, BRENDA, 306 CHERRY HILL RD SW, CEDAR RAPIDS, IA 52404

10925    BROOKS, BRYANT, 157 NORTON AVE, 5, SOUTH EASTON, MA 02375

10925    BROOKS, BWANA, 4530 OAKS SHADOW, HOUSTON, TX 77091

10925    BROOKS, CHARLES, 4695 CASANN AVE, MEMPHIS, TN 38128-4820

10925    BROOKS, CHARLES, 6824 KLUG PINES, SHREVEPORT, LA 71129-2410

10925    BROOKS, CHARLOTTE, 4838 MATTERHORN, WICHITA FALLS, TX 76310

10925    BROOKS, CHIRSTINA, 1400 WEST RD, CHESAPEAKE, VA 23323

10925    BROOKS, CHRISTOPHER, 183 MAIN ST, WESTFORD, MA 01886-2733

10925    BROOKS, CHRISTOPHER, PO BOX 103, WOODVILLE, AL 35776

10925    BROOKS, CLARENCE, 2440 PROVIDENCE ROAD, LAKELAND, FL 33805-2328

10925    BROOKS, CORTEZ, 506 N POLLARD ST, ARLINGTON, VA 22203

10925    BROOKS, DALE, 950 BARTON, EARLE, AR 72331

10925    BROOKS, DANIEL, 304 A QUAIL, WHITE OAK, TX 75696

10925    BROOKS, DENNIS, PO BOX 765, AUBURNDALE, FL 33823

10925    BROOKS, DON, 946 REDWAY LANE, HOUSTON, TX 77062

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BROOKS, DORIS, 228 NW 92ND, OKLAHOMA CITY, OK 73114 | |
| 10925 | BROOKS, EDWIN, 16507 PARK MANOR, HOUSTON, TX 77053 | |
| 10925 | BROOKS, ERIC, 18075 BEAR VALLEY RDUNIT A, HESPERIA, CA 92345 | |
| 10925 | BROOKS, ERIC, 67 A LEWIS AVE, BROOKLYN, NY 11206 | |
| 10925 | BROOKS, FRANK, 6006 VILLAGECREEK DR, COLUMBIA, SC 29210 | |
| 10925 | BROOKS, GAIL, 3110 ARCADIA DRIVE, AUGUSTA, GA 30906 | |
| 10925 | BROOKS, GAIL, RT 4 BOX 405, COMMERCE, GA 30529 | |
| 10925 | BROOKS, GLADIS, 3202 TOLEDO PL #1, HYATTSVILLE, MD 20782 | |
| 10925 | BROOKS, HARRY, 2748 BANKHEAD HWY BOX 12, LOT 12, ATLANTA, GA 30318 | |
| 10925 | BROOKS, IDA, 6140 W. NORTH AVE, CHICAGO, IL 60639 | |
| 10925 | BROOKS, JACK, 820 GENSENG WAY, PARROTTSVILLE, TN 37843 | |
| 10925 | BROOKS, JEREMY, 200 FLOYD, DUMAS, TX 79029 | |
| 10925 | BROOKS, JERRY, 407 SELLWOOD CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | BROOKS, JERRY, 5500 TERRITORIAL, ALBUQUERQUE, NM 87120 | |
| 10925 | BROOKS, JERRY-DON, 5500 TERRITORIAL RD, ALBUQUERQUE, NM 87120 | |
| 10925 | BROOKS, JESSE, 712 E HAINES ST, PLANT CITY, FL 33566-5630 | |
| 10925 | BROOKS, JOSEPH, 82 LONGFELLOW RD, WALTHAM, MA 02453-6909 | |
| 10925 | BROOKS, JOYCE, 123 WOODRIDGE CIR, GREENVILLE, SC 29607 | |
| 10925 | BROOKS, KAREN, 12 MOUNTAIN ROAD, LINTHICUM, MD 21090 | |
| 10925 | BROOKS, KEVIN, 2323 S MERIDIAN, FRESNO, CA 93725 | |
| 10925 | BROOKS, KRISTINE, 1125 TRAMPE, ST LOUIS, MO 63138 | |
| 10925 | BROOKS, LILA, 1029 FRANKLIN RD, MARIETTA, GA 30067 | |
| 10925 | BROOKS, LINDA, 344 WILLIE D. DRIVE, JEFFERSON CITY, TN 37760 | |
| 10925 | BROOKS, MARC E., 5504 BIRCHMAN, FORT WORTH, TX 76107 | |
| 10925 | BROOKS, MARIAN, 21810 40TH AVE, FLUSHING, NY 11361-2356 | |
| 10925 | BROOKS, MARK, 13074 ROSE VISTA, 182, PHELAN, CA 92371 | |
| 10925 | BROOKS, MARK, 5200 COLORADO, MONAHANS, TX 79766 | |
| 10925 | BROOKS, MARY, 2463 FELTON AVE, MACON, GA 31206 | |
| 10925 | BROOKS, MELISSA, 3736 OAKLEY PLACE, KINGSPORT, TN 37660 | |
| 10925 | BROOKS, MELISSA, RT. 2 BOX 458, TAPPAHANNOCK, VA 22560 | |
| 10925 | BROOKS, MICHAEL, PO BOX 1507, ELKO, NV 89803 | |
| 10925 | BROOKS, PATRICIA J, 6355 66TH AVE N, PINELLAS PARK FL, FL 33565 | |
| 10925 | BROOKS, PAULA, PO BOX 146, BENTONIA, MS 39040 | |
| 10925 | BROOKS, RAMELL, 6200 AIRPORT BLVD #159, MOBILE, AL 36608 | |
| 10925 | BROOKS, RUDOLPH, DR. NEWELL HAGAN COURT, BLDG.6, D, CANTON, MA 02021 | |
| 10925 | BROOKS, SHANTA, 809 HANCOCK ST, DURHAM, NC 27704 | |
| 10925 | BROOKS, SUBESTER, 710 IRIS ST APT. 203, LAKE CHARLES, LA 70601 | |
| 10925 | BROOKS, TAMMIE, 4475 BEECH HAVEN TR.APT. #528, SMYRNA, GA 30080 | |
| 10925 | BROOKS, THELMA, 7026 S CLAREMONT, CHICAGO, IL 60636 | |
| 10925 | BROOKS, THORNTON, 238 RIVERBEND DR, MOORESVILLE, NC 28115 | |
| 10925 | BROOKS, TROY, 101 BEECHWOOD DR, SIMPSONVILLE, SC 29681 | |
| 10925 | BROOKS, TUESDAY, 57 E 97TH ST, NEW YORK, NY 10029 | |
| 10925 | BROOKS, TYRONE, 1115 EAST RIDGE RD #124, GRIFFITH, IN 46319 | |
| 10925 | BROOKS, W LEONARD, 8210 CASA DEL LAGO, BOCA RATON, FL 33433-2156 | |
| 10925 | BROOKS, WANDA, PO BOX 542, BRUSLY, LA 70719 | |
| 10925 | BROOKS, WILLIAM I, 8519 STEEPLEBUSH PL, MECHANICSVILLE, VA 23116 | |
| 10925 | BROOKS, WILLIAM, 4643 COLEHERNE RD., BALTIMORE, MD 21229 | |
| 10925 | BROOKS, WILLIAM, 8519 STEEPLEBUSH PL, MECHANICSVILL, VA 23116 | |
| 10925 | BROOKS, WILLIAM, PO BOX 904, MAULDIN, SC 29662 | |
| 10925 | BROOKS, YOLANDA, 950 WEST SIDE DR, GAITHERSBURG, MD 20874 | |
| 10925 | BROOKS, YVETTE, 4256 PHILLIPS BLVD, POMONA, CA 91766 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BROOKS-ALLAN, INC, 851 ASBURY DR., BUFFALO GROVE, IL 60089-4525

10925    BROOKSHIRE, JOE, 852 JEREMIAH, CRAIG, CO 81625

10925    BROOKSHIRE, KEVIN, 8833 WEST GOLDEN AVE, 171, PEORIA, AZ 85345

10925    BROOKSHIRE, LILLIE, 500 W. M.L.K. BLVD., CHATTANOOGA, TN 37402

10925    BROOKSHIRE, TUJUANA, 9047L N 75 ST, MILWAUKEE, WI 53223

10925    BROOKSHIRE, WANDA, 3811 SPRING HOLLOW, CARROLLTON, TX 75007

10924    BROOKSIDE 2, BROOKSIDE, ALPHARETTA, GA 30022

10924    BROOKSIDE AGRA CORP., 38 NORTHWOODS TRAIL, HIGHLAND, IL 62249

10924    BROOKSIDE CONCOURSE, 3650 BROOKSIDE PARKWAY, ALPHARETTA, GA 30004

10924    BROOKSIDE OFFICE BLDG., 400 N. EXIT 10, ALPHARETTA, GA 30004

10924    BROOKWOOD HIGH SCHOOL, C/O SOUTHEAST RESTORATION, SNELLVILLE, GA 30278

10925    BROOM & CLEAN MAINTENANCE SERVICE, PO BOX 21704, PHOENIX, AZ 85036

10925    BROOM, DAVID, 4347 BOREN, WICHITA FALLS, TX 76309

10925    BROOM, REBECCA, 7621 CAMPBELL CREEK, CHARLOTTE, NC 28212

10925    BROOMALL, JAMES E, 5225 PHILLIP LEE DRIVE SW, ATLANTA, GA 30336

10925    BROOMALL, JAMES, 4663 HYW 166, DOUGLASVILLE, GA 30135

10924    BROOME COUNTY COMMUNITY COLLEGE, C/O LAMBERT ASBESTOS REMOFAL SER., BINGHAMTON, NY 13902

10924    BROOME COUNTY FAMILY COURT, HOLLY & EXCHANGE STREET, BINGHAMTON, NY 13902

10925    BROOME, BRUCE, 612 BLACKJACK ROAD, WESTMINSTER, SC 29693

10925    BROOME, GREGORY, 546 THEO MARTIN ROAD, WESTMINSTER, SC 29693

10925    BROOME, LARRY, 5128 KONGSTON DRIVE, WICHITA FALLS, TX 76310

10925    BROOME, MARIAN, 102 LESLIE CT, SEVERNA PARK, MD 21146

10925    BROOME, PA, WILLIAM R.H., 1818 AUSTRALIAN AVE.,SOUTH, WEST PALM BEACH, FL 33409

10925    BROOME, STEPHANIE, 6342 STONEFIELD RD, MIDDLETON, WI 53562

10925    BROOME, WILLIAM, 518 N. TORNILLO, KERMIT, TX 79745

10925    BROOMS, JEFFREY, POBOX 954, ROBBINSVILLE, NC 28771

10925    BROPHY, ELIZABETH, 35 CHESTNUT OVAL, ORANGEBURG, NY 10962

10925    BROPHY, FINOLA, 6417 PRINCETON DR, ALEXANDRIA VA, VA 22307

10925    BROPHY, MAEVE, 121 W.MONTGOMERY ST., BALTIMORE, MD 21230

10925    BROSCIUS, MARY JANE, 3525 FREEMANSBURG, EASTON, PA 18042

10925    BROSE JR, CARLTON C, 36 TRIANGLE ST, AMHERST, MA 01002-2142

10925    BROSEKER, WAYNE, 5228 WASENA AVE, BALTIMORE, MD 21225-3120

10925    BROSEMAN, WILLIAM, 4820 N 87TH AVE, PHOENIX, AZ 85037

10925    BROSHAR, HELEN, 511 4TH AVE SW, INDEPENDENCE, IA 50644

10925    BROSIUS, DOROTHY, 21 CONCORD CIRCLE, HOWELL, NJ 07731

10925    BROSKE, DEBRA, 3652 E HAMMOND, CUDAHY, WI 53110

10925    BROSNAHAN, JOAN, PO BOX 1233, MARSHFIELD, MA 02050

10925    BROSNECK, MARY, 501 MOUNT VERNON DRIVE, IMPERIAL, PA 15126

10925    BROSS, JANET, 57 OAKRIDGE ROAD, WEARE, NH 03281

10925    BROSSART, ROBERT, 3458 S. LICKING PIKE, ALEXANDRIA, KY 41001

10925    BROSSART, ROGER, 3458 SOTUTH LICKING PIKE, ALEXANDRIA, KY 41001

10925    BROSSO, FRANK, 13633 OTOOLE LANE, MATTHEWS, NC 28105

10925    BROSZENCKI JT TEN, ARON & SIMA, 172-17 73RD DR, FLUSHING, NY 11366-1437

10925    BROTAN, JIRI, 30 FORT HILL DRIVE, LLOYD NECK, NY 11743

10925    BROTEN, LINDA, 1241 FARROLL AVE SP. #61, ARROYO GRANDE, CA 93420

10924    BROTHER MARTIN HIGH SCHOOL, 4401 ELYSIAN FIELDS AVENUE, NEW ORLEANS, LA 70122

10925    BROTHERHOOD OF AMERICAN VETERANS, PMB 294, 516 N DIAMOND BAR BLVD, DIAMOND BAR, CA 91765

10925    BROTHERS ALAN, 10 N DEARBORN ST SUITE 600, CHICAGO, IL 60602

10924    BROTHERS THREE INC, 4021 HEMPSTEAD TPKE, BETHPAGE, NY 11714

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BROTHERS THREE, INC., 1980 MIDDLE COUNTRY ROAD, CENTEREACH, NY 11720

10924    BROTHERS THREE, INC., 3028 JERICHO TURNPIKE, EAST NORTHPORT, NY 11731

10924    BROTHERS THREE, INC., CAMBRIDGE, MA 02140

10925    BROTHERS, CHAD, 10901 MEADOWGLEN #8, HOUSTON, TX 77042

10925    BROTHERS, ELLEN, 3295 WOOD SPRINGS TR, LIBURN, GA 30047

10925    BROTT,KIPLEY,GRUNST & SETTLES, PO BOX 300, ACME, MI 49610

10925    BROUCEK, STEPHEN, 1205 ASHBURN CT, HIGHLAND RANCH, CO 80126

10925    BROUGHAM, SCOTT, 3734 W. DUNLAP AVE, PHOENIX, AZ 85051

10925    BROUGHAM, STEPHEN, 3122 W MARSHALL AVE, PHOENIX, AZ 85017

10925    BROUGHTON, CURTIS, 108 MEADOW BROOK DR, MAULDIN, SC 29662

10925    BROUGHTON, DENISE L, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    BROUGHTON, DENISE, 9 MACARTHUR CIRCLE, PEABODY, MA 01960

10925    BROUGHTON, JOHN, 11839 FALL MEADOW, HOUSTON, TX 77039

10925    BROUGHTON, JOHN, 9650 SHORE DR., MYRTLE BEACH, SC 29572

10925    BROUGHTON, R, 9 MACARTHUR CIRCLE, PEABODY, MA 01960

10925    BROUGHTON, STEPHANIE, ROUTE 1 BOX 177, MOMENCE, IL 60954

10925    BROUMAN, ALICE, 3723 EVERETT ROAD, RICHFIELD, OH 44286

10925    BROUSSARD III, GILBERT, 15440 CHICKAMAUGA AVE, BATON ROUGE, LA 70816

10925    BROUSSARD III, GILBERT, 7018 WOODSTOCK DR, BATON ROUGE, LA 70809

10925    BROUSSARD, CARL, 1812 ANGELA ST, SULPHUR, LA 70663

10925    BROUSSARD, CHRIS, 207 N KIBBE, ERATH, LA 70533

10925    BROUSSARD, CHRISTINE, 17338 RIVERSIDE LANE, TICKFAW, LA 70466

10925    BROUSSARD, DOLAN, 123 WALTER DR, CARENCRO, LA 70570

10925    BROUSSARD, ELLEN, 4324 PINE SHADOWS, DICKINSON, TX 77539

10925    BROUSSARD, GERALD, 1700 W. DEWEY, MARION, IL 62959

10925    BROUSSARD, GLENN, 9917 E. ADMIRAL DOYLE, JEANERETTE,, LA 70544

10925    BROUSSARD, JACK, 868 SMITH ROAD, LAKE CHARLES, LA 70611

10925    BROUSSARD, JAMES, 118 11TH TIDELAND RD, BROUSSARD, LA 70518

10925    BROUSSARD, JAMIE, 503 E. PEARL ST., ERATH, LA 70533

10925    BROUSSARD, JEANNE, 303 SEVEN SEAS, CROSBY, TX 77532

10925    BROUSSARD, JR, WILLIAM, 211 CITY PARK, NEW IBERIA, LA 70560

10925    BROUSSARD, KAREN, 3404 BARBERS HILL RD, HIGHLAND, TX 77562

10925    BROUSSARD, KEVIN, 523 LONGVILLE RD, LONGVILLE, LA 70652

10925    BROUSSARD, LEZLE, 3935 INDIAN RUN, BATON ROUGE, LA 70816

10925    BROUSSARD, MARSHA, 3434 LETHBRIDGE, PEARLAND, TX 77581

10925    BROUSSARD, MELANIE, 111 1/2 FREDRICK ST, NEW IBERIA, LA 70560-6007

10925    BROUSSARD, NANCY, 112 PAMELA DRIVE, LAFAYETTE, LA 70506

10925    BROUSSARD, RANDALL, 501 MILL ST., LAKE ARTHUR, LA 70549

10925    BROUSSARD, RANDY, 225 ALLADIN ROAD, HACKBERRY, LA 70645

10925    BROUSSARD, RAQUEL, 14828 SWEETBAY ROAD, ABBEVILLE, LA 70510

10925    BROUSSARD, RICKEY, 338 TRACTEUR ROAD, YOUNGSVILLE, LA 70592

10925    BROUSSARD, SK, 31009 HWY 42, HOLDEN, LA 70744

10925    BROUSSARD, STEPHANIE, 109 CHEVERIES CIR., LAFAYETTE, LA 70508

10925    BROUSSARD, STEVE, 200 LODGE DR. #607, LAFAYETTE, LA 70506

10925    BROUSSARD, TIMOTHY, 307 PECAN GROVE, 65, SCOTT, LA 70583

10925    BROUSSARD, WILLIAM, 149 RONALD BLVD, LAFAYETTE, LA 70503

10925    BROUSSARD, WILLIAM, 211 CITY PARK, NEW IBERIA,, LA 70560

10925    BROUWER BROTHERS STEAMATIC, 4120 WEST 123RD ST, ALSIP, IL 60658-1804

10925    BROUWER, J, 155 OCEAN LANE DRIVE APT 413, KEY BISCAYNE, FL 33149-1431

10924    BROWARD COUNTY ARENA, 13651 N.W. 23RD PLACE, SUNRISE, FL 33323

10925    BROWARD COUNTY BOARD OF COUNTY, 218 SW 1ST AVE., FORT LAUDERDALE, FL 33301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BROWARD COUNTY BOARD OF, 218 SOUTH WEST 1ST AVE, FORT LAUDERDALE, FL 33301

10925    BROWARD COUNTY REVENUE COLLECTOR, 115 S.ANDREWS AVE., FORT LAUDERDALE, FL 33301

10925    BROWARD COUNTY REVENUE COLLECTOR, 815 NE 13TH ST, FORT LAUDERDALE, FL 33304

10925    BROWARD GEAR & DRIVELINE INC., 211 SW 29TH ST, FORT LAUDERDALE, FL 33315

10925    BROWARD MACHINERY & SUPPLY CO, POBOX 1086, POMPANO BEACH, FL 33061

10925    BROWARD PAPER & PACKAGING, POBOX 5447, FORT LAUDERDALE, FL 33310-5447

10925    BROWARDS BEST AIR INC., PO BOX 8841, CORAL SPRINGS, FL 33075

10925    BROWDER, JOSEPH, 150 OAKRIDGE PL #4L, GREENVILLE, SC 29615

10925    BROWDER, JOSEPH, 150 OAKRIDGE PL #4L, GREENVILLE, SC 29650

10924    BROWER & MIEDEMA, 6553 48TH ST, HUDSONVILLE, MI 49426

10925    BROWER JR, CHARLES, 685 PARKSIDE BLVD, MASSAPEQUA, NY 11758-4014

10924    BROWER, 1971 E. BELTLINE NE, BOSTWICK LAKE, MI 49341

10925    BROWER, BETH, 1103 CLEVELAND, WEST FRANKFORT, IL 62896

10925    BROWER, KENNETH, 330 FURY DR, INMAN, SC 29349

10925    BROWER, WILLIAM, 15603 GULF FREEWAY #1319, WEBSTER, TX 77598

10925    BROWN & DREW, 123 WEST FIRST ST, CASPER, WY 82601-2486

10924    BROWN & POWELL ELECTRIC SY., 5000 BAUM BLVD., PITTSBURGH, PA 15213

10925    BROWN & ROOT INC., PO BOX 3, HOUSTON, TX 77001

10924    BROWN & ROOT SERVICES AND, 2101 NASA RD 1 BLDG#420, HOUSTON, TX 77058

10925    BROWN & ROOT USA INC., PO BOX 3, HOUSTON, TX 77001

10924    BROWN & ROOT, ****DO NOT USE****, CAMBRIDGE, MA 02140

10924    BROWN & ROOT, 111611 5TH STREET, BROWN & ROOT, HOUSTON, TX 77044

10924    BROWN & ROOT, 3120 S. PRECINCT LINE RD, HURST, TX 76053

10924    BROWN & ROOT, HURST, TX 76053

10924    BROWN & ROOT, P O BOX 1558, CHANNELVIEW, TX 77530

10924    BROWN & ROOT, P.O. BOX 1148, CROSBY, TX 77532

10924    BROWN & SILVER, 813 WESTCHESTER AVE, BRONX, NY 10455

10925    BROWN & WILLIAMSON TOBACCO CORP, 200 BROWN & WILLIAMSON TOWER, LOUISVILLE, KY 40202

10925    BROWN ASSOCIATES, PO BOX 271, BEVERLY, MA 01915

10925    BROWN BAG, 37 MAPLE AVE, ARMONK, NY 10504

10924    BROWN BUILDERS INC, P.O.BOX 8669, BOSSIER CITY, LA 71113

10925    BROWN CHAIN LINK FENCE CONSTRUCTION, 4150 SOUTH CREEK ROAD E, CHATTANOOGA, TN 37406-1021

10925    BROWN CHAIN LINK FENCE CONSTRUCTION, 4150 SOUTH CREEK ROAD E., CHATTANOOGA, TN 37406-1021

10925    BROWN CHEMICAL CO INC, PO BOX 10414, NEWARK, NJ 07193-0414

10924    BROWN CHEMICAL CO, 302 W. OAKLAND AVENUE, OAKLAND, NJ 07436

10924    BROWN CHEMICAL CO, 302 WEST OAKLAND AVENUE, OAKLAND, NJ 07436

10925    BROWN CHEMICAL CO, INC, PO BOX 440, OAKLAND, NJ 07436

10924    BROWN CHEMICAL CO, INC-DO NOT USE, PO BOX 440, OAKLAND, NJ 07436

10924    BROWN CHEMICAL CO-DO NOT USE, PO BOX 440, OAKLAND, NJ 07436

10924    BROWN CHEMICAL HEADQUARTERS NODE*, COLUMBIA, MD 21044

10925    BROWN CHEMICAL, 302 WEST OAKLAND AVE, PO BOX 440, OAKLAND, NJ 07436

10924    BROWN CHEMICAL, BLDG #27, 87 MEADOW ROAD, FLORIDA, NY 10921

10924    BROWN COUNTY JUSTICE CENTER, 1050 WEST COMMERCE, BROWNWOOD, TX 76801

10925    BROWN DEER CARPET CLEANING INC, 8265 NORTH 49TH ST, BROWN DEER, WI 53223

10925    BROWN DEER LITHO-PRINT, 8049 N 67TH ST, BROWN DEER, WI 53223-3343

10924    BROWN DRAKE LAB, UNIVERSITY OF DELAWARE, WILMINGTON MANOR GARDENS, DE 19720

10925    BROWN FIRED HEATER DIVISION, 300 HURON ST., ELYRIA, OH 44035

10925    BROWN GAVIN, BOATMENS BANK BLDG, 23 PUBLIC SQUARE STE 410, BELLEVILLE, IL 62220

10925    BROWN GROUP RETAIL, INC, 8500 MARYLAND AVE., PO BOX 66810, ST. LOUIS, MO 63166

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BROWN HUDGENS P.C., 1495 UNIVERSITY BLVD., MOBILE, AL 36609

10925   BROWN II, CHARLES, 114 PROSPECT AVE, LODI, WI 53555

10925   BROWN JR, ALBION, 70 EAST RD., ADAMS, MA 01220

10925   BROWN JR, ERNEST, 340 E THELMA ST, LAKEALFRED, FL 33850

10925   BROWN JR, EVANS B, 74 WESTMORE ROAD, MATTAPAN, MA 02126

10925   BROWN JR, GEORGE W, 1420 W PENNSYLVANIA AVE, SAN DIEGO, CA 92103-3707

10925   BROWN JR, HAROLD, PO BOX 1182, KULA, HI 96790

10925   BROWN JR, HARRY, 8113 SPRING FLWR RD, COLUMBIA, SC 29223

10925   BROWN JR, JAMES, 5137 EDGEMOOR DR, NORCROSS, GA 30071-4345

10925   BROWN JR, WILLIAM, 520 WILLIAMS ST, WILLIAMSTON, SC 29697

10925   BROWN JR., EDWARD, 15522 MIRA MONTE, HOUSTON, TX 77083

10925   BROWN JR., EVANS, 28 ACADEMY COURT, ROXBURY, MA 02119-1245

10925   BROWN JT TEN, ANITA L & EDWARD NATHANIEL, 7409 LASADA DR APT 2 B, WOODLAWN, MD 21244-4385

10925   BROWN JT TEN, BASILETTE V & BEVERLY A, KLEONIKI ARGENDELI J, 909 BAY ST, SAN FRANCISCO, CA 94109-1118

10925   BROWN JT TEN, FREDERICK & EVELYN W, 2640 TOKALON ST, SAN DIEGO, CA 92110-2233

10925   BROWN OBRINGER SHAW BEARDSLEY &, 12 EAST BAY ST, JACKSONVILLE, FL 32202

10925   BROWN REPORTING INC, 1740 PEACHTREE ST NW, ATLANTA, GA 30309

10925   BROWN REPORTING INC., 1740 PEACHTREE ST,NW, ATLANTA, GA 30309

10925   BROWN ROOFING, SCOTT BROWN, 2241 S BELTLINE CT, MADISON, WI 53713

10925   BROWN SR, EXCELL, 1752 N NORMANDY, CHICAGO, IL 60707

10925   BROWN TERRELL, 804 BLACKSTONE BLDG, JACKSONVILLE, FL 32202

10924   BROWN UNIVERSITY, MCMILLAN HALL - THAYER STREET, PROVIDENCE, RI 02900

10924   BROWN WHOLESALE, 210 SOUTH 29TH ST., PHOENIX, AZ 85034

10924   BROWN WILBERT, INC, 3900 SOUTH 13TH. STREET, MILWAUKEE, WI 53221

10924   BROWN WILBERT, INC, 3921 ROOSEVELT ROAD, SAINT CLOUD, MN 56301

10924   BROWN WILBERT, INC, 4525 UNIVERSITY DRIVE SOUTH, FARGO, ND 58103

10924   BROWN WILBERT, INC., 1155 SHEURING ROAD, DE PERE, WI 54115

10924   BROWN WILBERT, INC., 22676 PILLSBURY AVENUE, LAKEVILLE, MN 55044

10924   BROWN WILBERT, INC., 2280 N. HAMLINE AVENUE, ROSEVILLE, MN 55113

10924   BROWN WILBERT, INC., 2280 NO. HAMLINE AVE., ROSEVILLE, MN 55113

10924   BROWN WILBERT, INC., 3900 SOUTH 13TH ST, MILWAUKEE, WI 53221

10924   BROWN WILBERT, INC., 3921 ROOSEVELT RD, SAINT CLOUD, MN 56301

10924   BROWN WILBERT, INC., 4525 UNIVERSITY DRIVE SOUTH, FARGO, ND 58103

10924   BROWN WILBERT, INC., 513 EAST 7TH STREET, MORRIS, MN 56267

10924   BROWN WILBERT, INC., 580 LINNERUD DR., SUN PRAIRIE, WI 53590

10924   BROWN WILBERT, INC., 580 LINNERUD DRIVE, SUN PRAIRIE, WI 53590

10924   BROWN WILBERT, INC., 621 E. PLUM STREET, REDWOOD FALLS, MN 56283

10924   BROWN WILBERT, INC., 851 MADISON STREET, MANKATO, MN 56001

10924   BROWN WILBERT, INC., P.O. BOX 666, LAKEVILLE, MN 55044-0066

10925   BROWN WINICK GRAVES DONNELLY, #1100 TWO RUAN CTR, 601 LOCUST ST, DES MOINES, IA 50309

10925   BROWN, A, 3 LARK LANE, SIMPSONVILLE, SC 29681

10925   BROWN, A, 483 TAYLORSVILLESW, LENOIR, NC 28645

10925   BROWN, ALEXANDER, 3109 STEARNS HILL RDWINDSOR VILLAGE, WALTHAM, MA 02451

10925   BROWN, ALEXANDRA R, 510 JACKSON AVE, LEXINGTON, VA 24450-1918

10925   BROWN, ANN, 2 LENWAY ROAD, BYFIELD, MA 01922

10925   BROWN, ANN, 2125 RYDALE CT, VIRGINIA BEACH, VA 23464

10925   BROWN, ANNETTE, 418 LOCK ROAD, #47, DEERFIELD BEACH, FL 33442

10925   BROWN, APRIL, 9 HALE ST, AUGUSTA, GA 30901

10925   BROWN, ARDEN, BOX 134, AKRON, IA 51001

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BROWN, ARLENA, 2595 GARLAND, DETROIT, MI 48214

10925   BROWN, ARREAR, 2831 ARLINGTON AVE, FAYETTEVILLE, NC 28301

10925   BROWN, ARTHUR, 108 E 30TH ST, NEW YORK, NY 10016-7371

10925   BROWN, ARTHUR, 94 WESTWIND RD, LOWELL, MA 01852

10925   BROWN, ARTHUR, 94 WESTWIND ROAD, LOWELL, MA 01852

10925   BROWN, AUDREY, 1634-102 NORTHWIND PLACE, CHARLOTTE, NC 28210

10925   BROWN, B, 1045 CRYSTAL SPRINGS DRIVE, ROSSVILLE, TN 38066

10925   BROWN, BARBARA, 3933 AMES ST NE #303, WASHINGTON, DC 20009

10925   BROWN, BARBARA, 9619 GRAVES RD., PETERSBURG, VA 23831

10925   BROWN, BEATRICE M, 190 CUSTER AV, NEWARK NJ, NJ 07112

10925   BROWN, BEATRICE, 8 MARK RD, SHARON, MA 02067

10925   BROWN, BECKY, 134 OAK LAWN CIR, NEWMAN, GA 30263

10925   BROWN, BERNICE, 226 NORTH 15TH ST, ALLENTOWN, PA 18102

10925   BROWN, BETTE, GABLES CT # E-211, PEACHTREE, GA 30269

10925   BROWN, BILLIE, 114 OAKKNOLL DR, TOWNVILLE, SC 29689

10925   BROWN, BILLIE, 916 JAYELLEN CT, BURLESON, TX 76028

10925   BROWN, BILLY, 9402 GERMANY CANAL ROAD, PT LUCIE, FL 34988-9998

10925   BROWN, BLAIR, 117 BOURG-LAROSE HWY., BOURG, LA 70343

10925   BROWN, BOBBIE LEE, CUST FOR BRYAN ROBERT BROWN, UNIF GIFT MIN ACT-NY, 65 CRANBROOK RD, TONAWANDA, NY 14150-5417

10925   BROWN, BOBBIE LEE, CUST FOR KRISTINA LADONNA BROWN, UNIF GIFT MIN ACT-NY, 65 CRANBROOK RD, TONAWANDA, NY 14150-5417

10925   BROWN, BOBBY, 105 TRAILER PARK ROAD, SIMPSONVILLE, SC 29681

10925   BROWN, BONNIE, 207 MAXWELL LANE, NEWPORT NEWS, VA 23606

10925   BROWN, BONNIE, 8515 CASTLEMILL CR., BALTIMORE, MD 21236

10925   BROWN, BRADLEY, 754 FAIRVIEW RD, SIMPSONVILLE, SC 29680

10925   BROWN, BRENDA, 11634 COSCA PARK DR, CLINTON, MD 20735

10925   BROWN, BRIDGET, 917 S.RUSK, AMARILLO, TX 79102

10925   BROWN, BRIDGETTE, 28960 302 RD., PASS CHRISTIAN, MS 39571

10925   BROWN, BRYAN, 447 SPRING ST, DARLINGTON, WI 53530

10925   BROWN, C, 8104 NW 25TH LANE, 22, GAINESVILLE, FL 32606

10925   BROWN, C.RICHARD, 18165 DERBES DR, COVINGTON, LA 70433

10925   BROWN, CALVIN, 205 RANGEVIEW ROAD, ANDERSON, SC 29624

10925   BROWN, CARL, 5039 W. 13TH ST., SPEEDWAY, IN 46224

10925   BROWN, CARLOS, 745 S MAIN ST APT #10, WOODRUFF, SC 29388

10925   BROWN, CAROLINE, 637 AMANDA FURNACE, ASHLAND, KY 41101

10925   BROWN, CAROLYN, 1100 N ROSEVELT ST, ARLINGTON, VA 22205

10925   BROWN, CASSONDRA, 3990 CLAIRMONT RD, CHAMBLEE, GA 30341

10925   BROWN, CATHY, 2402 KIMBERLY, SEAGOVILLE, TX 75159

10925   BROWN, CATHY, 909 GORDON ST, GEORGETOWN, SC 29440

10925   BROWN, CHAD, BOX 723, STANLEY, ND 58784

10925   BROWN, CHARLES R, 13205 BIRCHWOOD LANE, BURNSVILLE, MN 55337

10925   BROWN, CHARLES, 10204 ALLENE WAY, BAKERSFIELD, CA 93312

10925   BROWN, CHARLES, 13205 BIRCHWOOD LANE, BURNSVILLE, MN 55337

10925   BROWN, CHARLES, 20211 SALZBURG LANE, HUMBLE, TX 77338

10925   BROWN, CHARLES, 270 LOWELL DR., GRANT, AL 35747

10925   BROWN, CHARLES, 3070 BYCRESCENT DRIVE, MOBILE, AL 36605

10925   BROWN, CHARLOTTE, 2941 OLD ORCHARD, GARLAND, TX 75041

10925   BROWN, CHRISTINE, 30 SAPPINGTON ACRES, ST LOUIS, MO 63126

10925   BROWN, CHRISTOPHER, 9 MONTICELLO ROAD, PIEDMONT, SC 29673

10925   BROWN, CINDY, RT 2 BOX 347-A, TALLULAH, LA 71282

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BROWN, CLARENCE, 4027 HUNTERS RIDGE, HUNTSVILLE, AL 35805

10925   BROWN, CLARENCE, 803 MAURY AVE, OXON HILL, MD 20745

10925   BROWN, CLINT, 100 BLOOSEM CIRCLE, CARENCRO, LA 70520

10925   BROWN, CLINTON, 6160 WAITING SPRING, COLUMBIA, MD 21045

10925   BROWN, COPLON, 4059 WINDHILL DR., INDIANAPOLIS, IN 46236

10925   BROWN, CORALYNN, 2425 SW 3RD AVE #55, OCALA, FL 34471

10925   BROWN, COREEN, 1900 RIVER ST APT #7, HYDE PARK, MA 02136

10925   BROWN, CRYSTALL, 8205 18TH AVE, ADELPHI, MD 20783

10925   BROWN, DAMON, 10734 N STATE RD 245, LAMAR, IN 47550

10925   BROWN, DANIEL, 609 DURBIN ROAD, FOUNTAIN INN, SC 29644

10925   BROWN, DANIEL, PO BOX 386, FLORIEN, LA 71429

10925   BROWN, DANNY, PO BOX 117, BEAVER, OK 73932-0117

10925   BROWN, DARLENE, 1033 COUNTY RD 40 W, PRATTVILLE, AL 36067

10925   BROWN, DARRELL, 122 FOX HOLLIES BLVD, BESSEMER, AL 35020

10925   BROWN, DARREN, PO BOX 673, MEEKER, CO 81641

10925   BROWN, DARTANYA, 108 DOGWOOD RD, ANNAPOLIS, MD 21403

10925   BROWN, DAVID A, 4000 N. HAWTHORNE ST, CHATTANOOGA, TN 37406

10925   BROWN, DAVID, 10104 SCOUTS CIR, WALKERSVILLE, MD 21793-7404

10925   BROWN, DAVID, 1036 MARETT ROAD, PENDLETON, SC 29670

10925   BROWN, DAVID, 142-18 BOOTH, FLUSHING, NY 11355

10925   BROWN, DAVID, 20582 BROADNAX PLACE, ASHBURN, VA 22011

10925   BROWN, DAVID, 213 REDWOOD DR, EASLEY, SC 29642

10925   BROWN, DAVID, 2201 CARROLL HIGHLANDS CT, SYKESVILLE, MD 21784

10925   BROWN, DAVID, 22607 BEECH ST, HAYWARD, CA 94541

10925   BROWN, DAVID, 2365 HIGH ST RIVRDALE, READING, PA 19605

10925   BROWN, DAVID, 2552 EAST GEORGIA RD, SIMPSONVILLE, SC 29681

10925   BROWN, DAVID, 66 ACKERTON ROAD, CHESTNUT RIDGE, NY 10952

10925   BROWN, DAVID, 7 OAK ST, MILLBURY, MA 01527

10925   BROWN, DAVID, 707 CHESLEY DRIVE, SIMPSONVILLE, SC 29681

10925   BROWN, DAVID, 7314 TANYA DRIVE, HARRISON, TN 37341

10925   BROWN, DAVID, PO BOX 972, MEEKER, CO 81641

10925   BROWN, DAWN, 326 BRENTWOOD DRIVE, GASTONIA, NC 28052

10925   BROWN, DEAN, BOX 27748, TEMPE, AZ 85285-7748

10925   BROWN, DEBORAH P, RT 3 BOX 516, TRENTON, GA 30752

10925   BROWN, DEBORAH, 5408 VAE DRIVE, BAYTOWN, TX 77521

10925   BROWN, DENISE, RT 1 BOX 64, BEAVERVILLE, IL 60912-9727

10925   BROWN, DENNIS, 11 EDEN CEMETARY ROAD, FROSTPROOF, FL 33843-9483

10925   BROWN, DEXTER, 1830 HAMPTON ST, VINTON, LA 70668

10925   BROWN, DIANA, 4611 TAFT #168, WICHITA FALLS, TX 76308

10925   BROWN, DIANNE, 201 WILLOW LANE, SIMPSONVILLE, SC 29680

10925   BROWN, DONALD, 138 SOUTH BAY DRIVE, BULLARD, TX 75757

10925   BROWN, DONALD, 5505 URSULA ROAD, CHARLESTON, AR 72933

10925   BROWN, DONALD, PO BOX 113, LIVINGSTON, TX 77351

10925   BROWN, DONALD, W5612 DRAKE ROAD, RIO, WI 53960

10925   BROWN, DOUGLAS, N43 94TH AVE, 8, TREASURE ISLAND, FL 33706

10925   BROWN, DRUCILLA, 27 HALIFAX CT, STAFFORD, VA 22554

10925   BROWN, EDWARD, 115 NORMANDY ST., LAKELAND, FL 33805-2258

10925   BROWN, EDWARD, 29151 KENSINGTON DR, LAGUNA NIGUEL, CA 92677

10925   BROWN, ELBERT, 1402 RIDGE RD, GREENVILLE, SC 29607

10925   BROWN, ELIZABETH, 2654-A BREMEN #4, MILWAUKEE, WI 53212

10925   BROWN, ELIZABETH, 4049 BRAMLEY WAY, PLANO, TX 75093

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BROWN, ELSE, 197 WILSON CEMETERY RD., NICHOLSON, GA 30565 | |
| 10925 | BROWN, ERIC, 8325 PACES OAKS BLVD. APT.1315, CHARLOTTE,, NC 28213 | |
| 10925 | BROWN, ERNEST, 10129 CHASE BRIDGE ROAD, ROSCOMMON, MI 48653 | |
| 10925 | BROWN, ERNEST, 2542 PARK ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | BROWN, EUGENE, 3289 MELODYWOOD DR, MEMPHIS, TN 38118 | |
| 10925 | BROWN, EVANS, 627 CARVER DRIVE, LAKE WALES, FL 33853-3601 | |
| 10925 | BROWN, EVELYN, 1901 W SHADY GROVE, SPRINGDALE, AZ 72764 | |
| 10925 | BROWN, FAYE, 1575 DURBIN ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | BROWN, FONDA, 604 N LAFAYETTE, BEAVER DAM, KY 42320 | |
| 10925 | BROWN, FRANCES, RT 1 BOX 414, CLEWISTON, FL 33440 | |
| 10925 | BROWN, FRANKLIN, 200 6TH ST APT 1D, PASSAIC, NJ 07055 | |
| 10925 | BROWN, FREDERICK, 102 LEICESTER ST, NO BILLERICA, MA 01862 | |
| 10925 | BROWN, FREDERICK, 3966 CYPRESS LANDING W, WINTER HAVEN, FL 33884 | |
| 10925 | BROWN, FREDERICK, 491 GILBERT ST, MANSFIELD, MA 02048 | |
| 10925 | BROWN, GAIL, RT 5, BOX 479, COMMERCE, GA 30529 | |
| 10925 | BROWN, GAMAELA, 1845 POLLY HARRIS, EL PASO, TX 79936 | |
| 10925 | BROWN, GARY, 1381 ALPINE ST, ROCK SPRINGS, WY 82901-7301 | |
| 10925 | BROWN, GARY, 6275 LAKELAND BLVD., INDIANAPOLIS, IN 46234 | |
| 10925 | BROWN, GEM D, 483 CHARLESTON RD, WILLINGBORO NJ, NJ 08046 | |
| 10925 | BROWN, GENEVA, 42 BRANDYWINE CIRCLE, PISCATAWAY, NJ 08854 | |
| 10925 | BROWN, GERALD, POBOX 1000, MILWAKEE, WI 53022 | |
| 10925 | BROWN, GERARD, 68 FLORENCE AVE., MELROSE, MA 02176 | |
| 10925 | BROWN, GERTRUDE, 3355 CLAIRE LANE, JACKSONVILLE, FL 32223 | |
| 10925 | BROWN, GILBERT, 7865 BALT ANNAPOLIS BLVD, GLEN BURNIE, MD 21060 | |
| 10925 | BROWN, GLORIA, 66 ACKERTOWN RD, CHESTNUT RIDGE, NY 10952 | |
| 10925 | BROWN, GORDON, 2302 E MADISON ST, BALTIMORE, MD 21205 | |
| 10925 | BROWN, GORDON, 430 FM 1177, WICHITA FALLS, TX 76306 | |
| 10925 | BROWN, GORDON, PO BOX 1292, NASHUA, NH 03061 | |
| 10925 | BROWN, GRACE, RT 3 BOX 83, TROY, AL 36081 | |
| 10925 | BROWN, GREGORY, PO BOX 1111, LAURENS, SC 29360 | |
| 10925 | BROWN, GWENDOLYN, 3600 W. WACO DR, WACO, TX 76710 | |
| 10925 | BROWN, GWENDOLYN, 915 FROST, FERGUSON, MO 63135 | |
| 10925 | BROWN, HAROLD, 31 BROOK ST C/O CAROL ROBERTS, MANSFIELD, MA 02048 | |
| 10925 | BROWN, HARRY, 5551 HIGH TOR HILL, COLUMBIA, MD 21045-2417 | |
| 10925 | BROWN, HARRY, 64 W 64TH ST UNIT 102, WESTMONT, IL 60559 | |
| 10925 | BROWN, HARRY, 64 W. 64TH ST UNIT 102, WESTMONT, IL 60559 | |
| 10925 | BROWN, HELEN, PO BOX 1204, WINNFIELD, LA 71483 | |
| 10925 | BROWN, HERBERT, 1960 7TH AVE, MARION, IA 52302 | |
| 10925 | BROWN, HERBERT, 606 MOORE ST EXT, GREER, SC 29651-9806 | |
| 10925 | BROWN, HERMAN, 4718 MONTEREY DR., WINTER HAVEN, FL 33880 | |
| 10925 | BROWN, HORACE, PO BOX 1123, JONESVILLE, SC 29353 | |
| 10925 | BROWN, HOWARD, 2608 N. 89TH ST, WAUWATOSA, WI 53226 | |
| 10925 | BROWN, HOWARD, 317 JUDSON DRIVE E, MOBILE, AL 36608 | |
| 10925 | BROWN, IRENE, 37850 FESTIVAL DRIVE, PALM DESERT, CA 92211 | |
| 10925 | BROWN, JACK, 614 N. 5TH ST., PARIS, AR 72855-2528 | |
| 10925 | BROWN, JACKIE, PO BOX 183, HOMER, GA 30547 | |
| 10925 | BROWN, JACQUE, 2332 E 70 PLACE, CHICAGO, IL 60649 | |
| 10925 | BROWN, JAMES TROY, 102 EDWARDS ST, SIMPSONVILLE, SC 29681 | |
| 10925 | BROWN, JAMES, 104 PARK ROW LANE, DE SOTO, TX 75115-6905 | |
| 10925 | BROWN, JAMES, 1102 HARLEM AVE, BALTIMORE, MD 21217 | |
| 10925 | BROWN, JAMES, 12418 SANDY HOOK, HOUSTON, TX 77089 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BROWN, JAMES, 1408 LINCOLN WOODS DRIVE, BALTIMORE, MD 21228 | |
| 10925 | BROWN, JAMES, 217 BRUCE ST, SIMPSONVILLE, SC 29681 | |
| 10925 | BROWN, JAMES, 2232 KENWOOD DR., LEXINGTON, KY 40509 | |
| 10925 | BROWN, JAMES, 400 SPEEDWAY DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | BROWN, JAMES, 404 REEVES DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | BROWN, JAMES, 44 EAST THIRD ST, MUNCIE, IN 46702 | |
| 10925 | BROWN, JAMES, 4826 YARMOUTH PLACE, CINCINNATI, OH 45237 | |
| 10925 | BROWN, JAMES, 9789 WOODLAND VIEW LANE, CORDOVA, TN 38018 | |
| 10925 | BROWN, JANICE, 3075 W 39TH AVE, VANCOUVER, BC V6N 2Z7CANADA | *VIA Deutsche Post* |
| 10925 | BROWN, JANIE, 405 SEBAGO LAKE RD, GORHAM, ME 04038 | |
| 10925 | BROWN, JEAN, 2856 HOLLY OAKS DR, MARIETTA, GA 30062 | |
| 10925 | BROWN, JEANINE, 12C GAIL DRIVE, NYACK, NY 10960 | |
| 10925 | BROWN, JEFFREY, 1726 CASTLE ROCK RD., TAMPA, FL 33612 | |
| 10925 | BROWN, JEROME, 580 GUNDERSON DR., CAROL STREAM, IL 60188 | |
| 10925 | BROWN, JERRY, 322 WISCONSIN AVE, WARNER ROBINS, GA 31093 | |
| 10925 | BROWN, JERRY, PO BOX 36, PIERCEVILLE, KS 67868 | |
| 10925 | BROWN, JESSE, 2501 HOLIDAY ROAD, GREER, SC 29651-9416 | |
| 10925 | BROWN, JESSIE, 1785 OASIS RD, BULLS GAP, TN 37711 | |
| 10925 | BROWN, JILL, 11 RAVENHILL RD, PHOENIXVILLE, PA 19460 | |
| 10925 | BROWN, JIMMIE, 2102 RIVER BEND ROAD, WOODRUFF, SC 29388-9801 | |
| 10925 | BROWN, JIMMIE, 418 SCOTT ST, COMMERCE, GA 30529 | |
| 10925 | BROWN, JOAN, 403 WAYMAN DR, GREER, SC 29651-4539 | |
| 10925 | BROWN, JOAN, PO BOX 883, PAWLEYS ISLAND, SC 29585 | |
| 10925 | BROWN, JOE, 894 ASHLEY ROAD, CRAIG, CO 81625 | |
| 10925 | BROWN, JOHN, 125 VICTORIA ST, COMMERCE, GA 30529 | |
| 10925 | BROWN, JOHNNY, 308 E MAGNOLIA, IOWA PARK, TX 76367 | |
| 10925 | BROWN, JONATHAN, 9 RUBERIA DRIVE, PENSACOLA, FL 32507 | |
| 10925 | BROWN, JOSEPH LUCIEN, PO BOX 176, GADSEN, AL 35902-0176 | |
| 10925 | BROWN, JOSEPH, 4602 GRANT LINE ROAD, NEW ALBANY, IN 47150 | |
| 10925 | BROWN, JOSIAH, 9 MAPLE AVE, HAVERHILL, MA 01830 | |
| 10925 | BROWN, JUANITA, 1407 O S.E. 27TH ST, OCALA, FL 34471 | |
| 10925 | BROWN, JUDITH, 107 SHADY CREEK CT., GREER, SC 29650 | |
| 10925 | BROWN, JULIE, 1414 190TH AVE, MILO, IA 50166 | |
| 10925 | BROWN, K, 5052 N 84, MILWAUKEE, WI 53225 | |
| 10925 | BROWN, K, 5629 HOLLY BELL DR #7, JACKSONVILLE, FL 32211 | |
| 10925 | BROWN, KALISA, 4250 NORTH 26TH ST, MILWAUKEE, WI 53209 | |
| 10925 | BROWN, KAREN, 1019 RIVER HAVEN CIRCLE APT J, CHARLESTON, SC 29412 | |
| 10925 | BROWN, KAREN, 3000 N. 28TH ST, MILWAUKEE, WI 53210 | |
| 10925 | BROWN, KAREN, 6122 SEBRING DRIVE, COLUMBIA, MD 21044 | |
| 10925 | BROWN, KATHRYN, 1370 EDGEFIELD AVE, UPLAND, CA 91786 | |
| 10925 | BROWN, KATHY, 2826 DELORES DR., INDIANAPOLIS, IN 46222 | |
| 10925 | BROWN, KATHY, RT #1 BOX 1912, CHATSWORTH, GA 30705 | |
| 10925 | BROWN, KAY, 5052 N 84TH ST, MILWAUKEE, WI 53225 | |
| 10925 | BROWN, KEITH, 4407 FRANCIS, KANSAS CITY, KS 66103 | |
| 10925 | BROWN, KENNETH B, 144 S FRANKLIN AVE, BERLIN, NJ 08009 | |
| 10925 | BROWN, KENNETH, 1399 LAKE JEMIKI RD., WALHALLA, SC 29691 | |
| 10925 | BROWN, KENNETH, 2 WOODBRIDGE AVE, HIGHLAND PARK, NJ 08904 | |
| 10925 | BROWN, KENNETH, 215 COUNTRY RD #358, TRINITY, AL 35603 | |
| 10925 | BROWN, KENNETH, 71 SPRINGTIME COVE, JACKSON, TN 38305 | |
| 10925 | BROWN, KENT, 9939 FREDERICKS BURG1811, SAN ANTONIO, TX 78240 | |
| 10925 | BROWN, KIM, 194 COLHEN FERRY RD., WATKINSVILLE, GA 30677 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BROWN, KIM, 9979 CHERYL LANE, MANVEL, TX 77578

10925    BROWN, KIMBERLEY, 410 C. CENTRAL PARK, ARLINGTON, TX 76014

10925    BROWN, KIMBERLY, 1804A PARKER RD, SPANISH LAKE, MO 63138

10925    BROWN, KIMBERLY, 221 W 12TH ST, MT CARMEL, IL 62863

10925    BROWN, KRIS, 98 INMAN DR, ANDERSON, SC 29625

10925    BROWN, KRISTI, PO BOX 1164, MATTAPOISETT, MA 02739

10925    BROWN, LA VERNE, 14 WINSTON DR, SOMERVILLE, NJ 08876

10925    BROWN, LARRY, 308 E DORCHESTER BLVD, GREENVILLE, SC 29605

10925    BROWN, LARRY, 4307 HAWTHORNE DR., OWENSBORO, KY 42303

10925    BROWN, LARRY, PO BOX 913, CEDARTOWN, GA 30125

10925    BROWN, LAURA, 33A PINE ST, PEABODY, MA 01960

10925    BROWN, LAURA, 917 S. RUSK, AMARILLO, TX 79102

10925    BROWN, LAURA, RR 2, BOX 105, CREAL SPRINGS, IL 62922

10925    BROWN, LAURENCE H, 230 S BROAD ST 15TH FL, PHILADELPHIA, PA 19102

10925    BROWN, LAVERN M, 9335 STONECREEK LN, HOUSTON TX, TX 77036

10925    BROWN, LAWRENCE, 21841 WEST JUNEAU DR, PLAINFIELD, IL 60544

10925    BROWN, LAWRENCE, 5450 HARPERS FARM ROAD, B3, COLUMBIA, MD 21044

10925    BROWN, LEE, 1623 W COLUMBIA APT 2K, CHICAGO, IL 60626

10925    BROWN, LENA, 701 S 27TH ST, MONROE, LA 71201

10925    BROWN, LEONARD, 2612 PROSPECT AVE, 8, ALLENTOWN, PA 18103

10925    BROWN, LEONARD, 7533 S. HOYNE ST, CHICAGO, IL 60620

10925    BROWN, LEONIE, 1448 ERROL PKWY, APOPKA, FL 32712

10925    BROWN, LEROY, OCEAN TRAILS POBX 10249, SOUTH PORT, NC 28461

10925    BROWN, LESLIE, 4256 SUITLAND ROAD, SUITLAND, MD 20746

10925    BROWN, LILLIAN, 3602 TRAILBRUSH DR., ARLINGTON, TX 76014

10925    BROWN, LINDA, 2012 N E WATERFIELD, BLUE SPRINGS, MO 64014

10925    BROWN, LINDA, 481 SUN LAKE CIRCLE #301, LAKE MARY, FL 32746

10925    BROWN, LINDA, RT 2 BOX 352, FAIRMONT, WV 26554

10925    BROWN, LISA, 105 BERRYS POND DRIVE, DUNCAN, SC 29334

10925    BROWN, LISA, ROUTE 5 BOX 202, COMMERCE, GA 30529

10925    BROWN, LLOYD, 24 BARTLY ST., WAKEFIELD, MA 01880

10925    BROWN, LOIS, 102 EDWARDS ST, SIMPSONVILLE, SC 29681

10925    BROWN, LONNIE, 3722 N. 2ND LANE, MILWAUKEE, WI 53212

10925    BROWN, LORAINE, 305 CIRCLE AVE., CHARLOTTE, NC 28207

10925    BROWN, LOREN, 607 10TH ST BOX 129, TARKIO, MO 64491

10925    BROWN, LORI, 364 ELM ST EAST, RAYNHAM, MA 02767

10925    BROWN, LOTTIE, 396 CYPRESS POINT #5, WEST MEMPHIS, AR 72301

10925    BROWN, LOUIS, 304 NORMANDY ST, LAKELAND, FL 33805

10925    BROWN, LOUIS, 4030 W. FLORIST AVE, MILWAUKEE, WI 53209

10925    BROWN, LOUISE, 6934 MODESTO, BATON ROUGE, LA 70811

10925    BROWN, LUCY, 396 ROGER AVE, SUMTER, SC 29150

10925    BROWN, LYNNE, 8319 FOREST RIDGE, SAN ANTONIO, TX 78239

10925    BROWN, M BYRAL-DEAN, 500 TAMPA DR, OWENSBORO, KY 42303

10925    BROWN, M, 4709 FARMVIEW DR, A, OWENSBORO, KY 42301

10925    BROWN, M, ROUTE 1 BOX 1700, CUSHING, OK 74023-9801

10925    BROWN, MAC, 1122 WEST CHIMES, BATON ROUGE, LA 70802

10925    BROWN, MALCOLM, 21 PRINCETON DRIVE, SYOSSET, NY 11791

10925    BROWN, MARCIA, 2736 CENTURY DRIVE, MARYVILLE, TN 37801

10925    BROWN, MARCIA, 5377 VICTORIA FALLS, GROVETOWN, GA 30813

10925    BROWN, MARGARET, 2 ELM ST, MAYNARD, MA 01754

10925    BROWN, MARGARET, 7282 ANDERSON ROAD, WINDHAM, OH 44288

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BROWN, MARIANNE, 11109 EAGLETRACE DRIVE, NEW MARKET, MD 21774

10925   BROWN, MARIANNE, 20582 BROADNAX PLACE, ASHBURN, VA 22011

10925   BROWN, MARIE, 1607 ST PATRICK DR, RALEIGH, NC 27603

10925   BROWN, MARILYN, PO BOX 1713, EATON PARK, FL 33840

10925   BROWN, MARION, 7811 EAST CHARTER OAK RD, SCOTTSDALE, AZ 85260

10925   BROWN, MARK, 141 CONNIE STR., STEUBENVILLE, OH 43952

10925   BROWN, MARK, 46 FOREST AVE, ATHOL, MA 01331

10925   BROWN, MARK, APT. #42747 MEADOWLAKE DR E, MEMPHIS, TN 38115

10925   BROWN, MARK, ROUTE 5 BOX 131, TRINITY, NC 27370

10925   BROWN, MARSHA, 951 KENNEDY BLVD., MANVILLE, NJ 08835

10925   BROWN, MARTEN, 1191 2ND AVE #2200, SEATTLE, WA 98101-2933

10925   BROWN, MARTHA, 4878 N HEMINGWAY CIR, MARGATE, FL 33063

10925   BROWN, MARVIN, 2601 W SAM ALLEN ROAD, PLANT CITY, FL 33566-8044

10925   BROWN, MARY, 144-42 175TH ST., SPRINGFILED GDNS, NY 11434

10925   BROWN, MARY, 2916 HWY 417, WOODRUFF, SC 29388

10925   BROWN, MARY, 44 WAMPATUCK AVE., SCITUATE, MA 02066

10925   BROWN, MARY, 7622 FAWN TERRACE, HOUSTON, TX 77071

10925   BROWN, MARY, 9 PENNSYLVANIA ST., BEVERLY HILLS, FL 34465

10925   BROWN, MATTHEW, 15013 SUNNY RIDGE CT, #204, WOODBRIDGE, VA 22191

10925   BROWN, MAUREEN, 37-12 190 ST, FLUSHING, NY 11358

10925   BROWN, MAURICE, 305 CAROLYN LANE, GADSDEN, AL 35901

10925   BROWN, MAX, 3027 HYMAN PLACE, NEW ORLEANS, LA 70114

10925   BROWN, MAY, 3952 N 52ND ST, MILWAUKEE, WI 53216

10925   BROWN, MAYSELLE, 9383 FURROW AENUE, ELLIOTT CITY, MD 21042

10925   BROWN, MENTON, 501 AYO ST., RACELAND, LA 70394

10925   BROWN, MERCY, PO BOX 272, IRVINGTON, NJ 07111

10925   BROWN, MICHAEL R, 910 13TH ST, BAY CITY, MI 48708

10925   BROWN, MICHAEL, 3114 PIPER ROAD, ALPENA, MI 49707

10925   BROWN, MICHAEL, 4328 SILVER SPRING ROAD, PERRY HALL, MD 21128

10925   BROWN, MICHAEL, 627 E FLORIDA, DENVER, CO 80210

10925   BROWN, MICHAEL, 815 SUNNEYFIELD LN, BALTIMORE, MD 21225

10925   BROWN, MICHAEL, 9 ORR ST, PELZER, SC 29669

10925   BROWN, MICHELLE, 21418 BLOOMFIELD, LAKEWOOD, CA 91715

10925   BROWN, MICHELLE, 3146 DAHLIA DR, MEMPHIS, TN 38127

10925   BROWN, MINNIE, 104 SUNNY DALE DRIVE, SIMPSONVILLE, SC 29681

10925   BROWN, MITCHELL, 7400 W.FLAMINGO, LAS VEGAS, NV 89117

10925   BROWN, MOFFAT, PO BOX 102, TROUTMAN, NC 28166-0102

10925   BROWN, MOLLY, 107 INGLESBY DR, COLUMBIA, SC 29223

10925   BROWN, MURDOCK, 7438 GOLDEN MEADOW, SHREVEPORT, LA 71129

10925   BROWN, NANCY, 3201 32ND ST, LUBBOCK, TX 79410

10925   BROWN, NESLIN H, 12119 CENTERHILL ST, WHEATON, MD 20902

10925   BROWN, NORMA, PO BOX 278, SHREVE, OH 44676-0278

10925   BROWN, NORMAN, 2601 N.,

10925   BROWN, ONEIL, 133-11 SPRINGFLD BLV, LAURELTON, NY 11413

10925   BROWN, PAMELA, 47 SCHOOL ST, SALEM, MA 01970

10925   BROWN, PAMELA, 5307-2 LOWMAN DRIVE, GRANITE FALLS, NC 28630

10925   BROWN, PATRICIA, 5244 E.18TH ST, TUCSON, AZ 85711

10925   BROWN, PAUL, 413 NORTH CARY ST, BROCKTON, MA 02402

10925   BROWN, PAUL, 474 CHERRY BLOSSOM, ROCHESTER, MI 48306

10925   BROWN, PEARL, PO BOX 333, SHREVE, OH 44676

10925   BROWN, PEGGY, 1169 HOGAN ST., PORTSMOUTH, OH 45662

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BROWN, PERMAN, 105 LEDGEHILL ROAD, STATESVILLE, NC 28677

10925   BROWN, PHYLLIS, 1607 SUNFIELD ST, SUN PRAIRIE, WI 53590

10925   BROWN, R, PO BOX 157, GERRING, NE 69341

10925   BROWN, R., PO BOX 242, CLAYTON, OK 74536

10925   BROWN, RACHAEL, 1960 7TH AVE, MARION, IA 52302

10925   BROWN, RALPH, 36336 SAN PEDRO DR, FREMONT, CA 94536

10925   BROWN, RANDY, 2055 NE MAYS AVE, BEND, OR 97701

10925   BROWN, REBECCA, 2614 BLACK SHOALS RD, CONYERS, GA 30072

10925   BROWN, REBECCA, 405 WEST TODD, MINDEN, LA 71055

10925   BROWN, RENDELL, 101 WATERBURY COURT, SIMPSONVILLE, SC 29680

10925   BROWN, RHONDA, 1924 E 73RD ST, H, TULSA, OK 74126

10925   BROWN, RHONDA, 215 NASH MILL ROAD, FOUNTAIN INN, SC 29644

10925   BROWN, RICHARD, 33A PINE ST, PEABODY, MA 01960

10925   BROWN, RICHARD, 4 FORBES AV, BURLINGTON, MA 01803

10925   BROWN, RICHARD, 4146-1 AUTUMN WAY, LOUISVILLE, KY 40272

10925   BROWN, RICHARD, 5716 W. HAMPTON AVE. APT. 102, MILWAUKEE, WI 53218

10925   BROWN, RICKY, 803 PEGGY, BAYTOWN, TX 77520

10925   BROWN, ROBERT, 1601 AVE O, FORT PIERCE, FL 35950

10925   BROWN, ROBERT, 21 WEST EMERSON ST, MELROSE, MA 02176

10925   BROWN, ROBERT, 211 N ELMHURST RD, PROSPECT HEIGHTS, IL 60070

10925   BROWN, ROBERT, 814 BROAD WALK, EDINBURG, TX 78539

10925   BROWN, ROBERT, 9308 W. GOODRICH, MILWAUKEE, WI 53224

10925   BROWN, ROBERTA, W5612 DRAKE ROAD, RIO, WI 53960

10925   BROWN, ROBIN, 521 S. LYON #87, SANTA ANA, CA 92701

10925   BROWN, RODNEY, 203 INVERNESS WAY, EASLEY, SC 29642

10925   BROWN, RODNEY, 5725 LIVE OAK DR., 17, KELSEYVILLE, CA 95451

10925   BROWN, RONALD, 1016 ORR ST, PELZER, SC 29669

10925   BROWN, RONALD, 103-B MAPLE DRIVE, WYNNE, AR 72396

10925   BROWN, RONALD, 2444 HYANNIS COURT, CROFTON, MD 21114

10925   BROWN, RONALD, 2607 BRIDLE DRIVE, PLANT CITY, FL 33567

10925   BROWN, RONALD, 4401 DAVISON ST., PITTSBURGH, PA 15201

10925   BROWN, RONNIE, 504 COX ST, SIMPSONVILLE, SC 29681

10925   BROWN, ROSEMARY, 10228 SOUTHWEST HWY UNIT #1A, CHICAGO RIDGE, IL 60415

10925   BROWN, ROXANNE V, 6395 GREENFIELD RD #1401, ELKRIDGE, MD 21227

10925   BROWN, ROXANNE, 6395 GREENFIELD RD #1401, ELKRIDGE, MD 21075

10925   BROWN, ROY, PO BOX 719, GRAY COURT, SC 29645

10925   BROWN, RUDOLPH, 4690 PLEASANT VALLEY COURT, ORLANDO, FL 32811

10925   BROWN, S, 15 BRANNON HARRIS WAY, BOSTON, MA 02118

10925   BROWN, SAMUEL, 1906 N. MIDWEST BLVD., OKLAHOMA CITY, OK 73141

10925   BROWN, SAMUEL, 201 WHITESTONE AVE, MAULDIN, SC 29662

10925   BROWN, SAMUEL, POB 276 9140 DEERFIELD, WESTFIELD CEN, OH 44251

10925   BROWN, SANDRA, BOX 1471 POCKET RD., BRASELTON, GA 30517

10925   BROWN, SANDRA, JACKSON HILLS, D28, COMMERCE, GA 30529

10925   BROWN, SANDRA, RT 1 BOX 400, COMMERCE, GA 30529

10925   BROWN, SHARON, 27 HOLIDAY ST, DORCHESTER, MA 02122

10925   BROWN, SHARON, PO BOX 8, NANKIN, OH 44848

10925   BROWN, SHAWN E, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   BROWN, SHAWN, 52 CRESCENT AVE, MALDEN, MA 02148

10925   BROWN, SHEILA, 6735 JOHNSON RD., PALMETTO, GA 30268

10925   BROWN, SHENDA, 8565 HOLMES, KANSAS CITY, MO 64132

10925   BROWN, SHERRY, 6417 HIL-MAR DR #102, FORESTVILLE, MD 20747

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    BROWN, SHERYL, 128 OAK ST, BRIDGEWATER, NJ 08807

10925    BROWN, SHERYL, 206 HANCOCK AVE., BRIDGEWATER, NJ 08807

10925    BROWN, SHERYL, 289 MOUNTAIN VIEW CR, LENOIR, NC 28645

10925    BROWN, SHIRLEY, 94 WESTWIND ROAD, LOWELL, MA 01852-1545

10925    BROWN, STACEY, 1156 HUFF RD., PAMPA, TX 79065

10925    BROWN, STACY, PO BOX 843, DICKINSON, TX 77539

10925    BROWN, STEPHANIE, 3418 BANGOR, LUBBOCK, TX 79407

10925    BROWN, STEPHANIE, 5902 VILLAGE PLAZA NORTH, INDIANAPOLIS, IN 46219

10925    BROWN, STEPHANIE, RT 5 BOX 435, COMMERCE, GA 30529

10925    BROWN, STEPHEN, 115 ELLWYN LANE, COLUMBIA, SC 29210

10925    BROWN, STEPHEN, 220 ABERNATHY ROAD, INMAN, SC 29349

10925    BROWN, STEPHEN, 6230 S MULLIGAN, CHICAGO, IL 60638-4231

10925    BROWN, STEVE, 2733 ROGER, ODESSA, TX 79762

10925    BROWN, STEVEN, RT #1 BOX 61, RANDLETT, OK 73562

10925    BROWN, SUE, 216 GINGER CAKE RD, FAYETTEVILLE, GA 30214

10925    BROWN, SUZANNE, 1600 LYNDALE PL, CHARLOTTE, NC 28210

10925    BROWN, SYLVIA, #1 PATTON DR, GREENVILLE, SC 29605

10925    BROWN, TAHWANAH, 5409 41ST ST., LUBBOCK, TX 79414

10925    BROWN, TAMMIE, 2312 14 AVE APT 214, CANYON, TX 79015

10925    BROWN, TAMMIE, 520 2ND AVE, AUGUSTA, GA 30904

10925    BROWN, TAMMY, 10733 CLEARY BLVD., PLANTATION, FL 33324

10925    BROWN, TAMMY, 2020 ANDREWS ST, ALEXANDRIA, LA 71301

10925    BROWN, TAMMY, 601 N CHERRY, OLATHE, KS 66061

10925    BROWN, TAMMY, 84 FREMONT RD, RAYMOND, NH 03077

10925    BROWN, TERESA, PO BOX 311, ENOREE, SC 29335

10925    BROWN, TERESA, PO BOX 38142, PHOENIX, AZ 85069-8142

10925    BROWN, TERRENCE, 5801 W WEATGERBRAE, PHOENIX, AZ 85031

10925    BROWN, TERRIE R, 720 RYAN ST, MONTGOMERY AL, AL 36107

10925    BROWN, TERRY, 3430 CANNON RD, GREER, SC 29651-9809

10925    BROWN, TERRY, 3727 EVERETT ST, BALTIMORE, MD 21225

10925    BROWN, THERESA M, 150 66 JEWEL AVE, FLUSHING NY, NY 11367

10925    BROWN, THOMAS, 126 W WASHINGTON ST, 221, ROUND LAKE, IL 60073

10925    BROWN, THOMAS, 550 EARLES GROVE ROAD, WESTMINSTER, SC 29693

10925    BROWN, THOMAS, 641 DANIELS LANE, OWENSBORO, KY 42303

10925    BROWN, THOMAS, 9 MARILYN DRIVE, CANTON, MA 02021

10925    BROWN, TINA, 6078 HOTEL ST., AUSTELL, GA 30001

10925    BROWN, TODD, 216 GINGER CAKE RD., FAYETTEVILLE, GA 30214

10925    BROWN, TODD, 7234 W POTOMAC AVE, MILWAUKEE, WI 53216

10925    BROWN, TOMMY, RT. 2, BOX 374-A, WESSON, MS 39191

10925    BROWN, TONYA, 127 SAMANTHA DRIVE, INMAN, SC 29349

10925    BROWN, TRACY, 3427 BROUSE AVE, INDIANAPOLIS, IN 46218

10925    BROWN, TRACY, 655 MARIE ANTOINETTE, LAFAYETTE, LA 70506

10925    BROWN, TRENA, 14 RONALD DR, SOUTH CHARLESTON, WV 25309

10925    BROWN, TRICIA, 3002 N EL DORADO, CHANDLER, AZ 85226

10925    BROWN, TYLER, 207 MAXWELL LANE, NEWPORT NEWS, VA 23606

10925    BROWN, ULYSSES, 2112 N. 42ND ST, MILWAUKEE, WI 53208

10925    BROWN, VALERIE, 20039 N 21ST ST., PHEONIX, AZ 85024

10925    BROWN, VALERIE, 625 GRAYSON ST, RICHMOND, VA 23222

10925    BROWN, VENITA, 6725 N 15TH ST, PHILA PA, PA 19126

10925    BROWN, VENITA, RT. 1 BOX W701, BEAVERVILLE, IL 60912

10925    BROWN, VENITA, RT.1 BOX W701, BEAVERVILLE, IL 60912

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BROWN, WALLACE, 3234 REISOR ROAD, SHREVEPORT, LA 71118

10925   BROWN, WALTER, 129 TOWNVIEW EST DR #4, ELIZABETHTON, TN 37643

10925   BROWN, WALTER, 4416 5TH AVE SOUTH #G, BIRMINGHAM, AL 35222

10925   BROWN, WANDA, 105 COBBLESTONE CT, CLINTON, MS 39056

10925   BROWN, WAYNE, 5120 BROERMAN AVE, APT A, CINCINNATI, OH 45217

10925   BROWN, WILLIAM O, 1394 N.400 E., CENTERVILLE, UT 84014

10925   BROWN, WILLIAM, 10353 LANHAM ROAD, PHILPOT, KY 42366

10925   BROWN, WILLIAM, 1394 NORTH 400 EAST, CENTERVILLE, UT 84014

10925   BROWN, WILLIAM, 2826 DELORES DRIVE, INDIANAPOLIS, IN 46222

10925   BROWN, WILLIAM, 3708 JEFFERSON ST., OWENSBORO, KY 42303

10925   BROWN, WILLIAM, 410 SPEEDWAY DRIVE, FOUNTAIN INN, SC 29664

10925   BROWN, WILLIAM, 4836 STURBRIDGE, OWENSBORO, KY 42303

10925   BROWN, WILLIAM, 4845 QUEEN CHAPEL RD, DALZELL, SC 29040

10925   BROWN, WILLIAM, 735 SOUTH LINE ST, GREER, SC 29650

10925   BROWN, WILLIAM, 7731 JONES DRIVE, PASADENA, MD 21122

10925   BROWN, WILLIE E, 1706 FRANCIS ST., HOUSTON, TX 77004

10925   BROWN, WILLIE, 1706 FRANCIS, HOUSTON, TX 77004

10925   BROWN, WILLIE, 432 SPEEDWAY DR, FOUNTAIN INN, SC 29644

10925   BROWN, WILSON, 501 AYO ST, RACELAND, LA 70394

10925   BROWN, YOLAWNDA, 4900 CENTRAL DR APT, STONE MTN, GA 30083

10925   BROWN, YVETTTE, 4837 MC ELROY AVE, TAMPA, FL 33611

10925   BROWN, YVONNE, 3654 LAKESTONE CIR., HILLARD, OH 43026

10925   BROWN-BENT, SONIA, 4907 TREE CORNERS, NORCROSS, GA 30092

10925   BROWN-CLARK, VALERIE, 679 RIVER ST, MATTAPAN, MA 02126

10925   BROWNCOR INTERNATIONAL, PO BOX 88502, MILWAUKEE, WI 53288-0502

10925   BROWNE, ALAN, 6357 SADDLE DRIVE, COLUMBIA, MD 21045

10925   BROWNE, JULIE, 910 FAWN AVE, PASADENA, MD 21122

10925   BROWNE, KATHLEEN, 1167 HILLSBORO MILE APT. 602, HILLSBORO BCH, FL 33062

10925   BROWNE, KATHLEEN, 2470 EAST AVE APT 707, ROCHESTER, FL 14610-2561

10925   BROWNELL LAPP, RUTH, 490 ESTERO ST, MORRO BAY, CA 93442-2638

10925   BROWNELL, STEPHEN, 160 WILLOW AVE, SOMERSET, NJ 08873

10925   BROWNELL, WYGELIA, 2704 ATLANTIC ST, HUNTSVILLE, AL 35805

10925   BROWNIE TANK MFG CO, 1241 72ND AVE NE, MINNEAPOLIS, MN 55432

10925   BROWNIE TANK MFG CO, PO BOX 1450, MINNEAPOLIS, MN 55485-8594

10925   BROWNING FERRIS INC CONESTOGA LANDF, PO BOX 128, MORGANTOWN, PA 19543

10925   BROWNING FERRIS IND OF, PO BOX 6131, CAROL STREAM, IL 60197-6131

10925   BROWNING FERRIS IND, PO BOX 9001249, LOUISVILLE, KY 40290-1249

10925   BROWNING FERRIS IND, PO BOX 912009, ORLANDO, FL 32891-2009

10925   BROWNING FERRIS IND, POBOX 8802, BOSTON, MA 02266

10925   BROWNING FERRIS INDUSTRIES CONESTOG, MINEVIEW DR EXTENSION, MORGANTOWN, PA 19543

10925   BROWNING FERRIS INDUSTRIES INC, TYNGSBORO DISTRICT, P.O. BOX 830107, BALTIMORE, MD 21283-0107

10925   BROWNING FERRIS INDUSTRIES OF OHIO, PO BOX 9001251, LOUISVILLE, KY 40290-1251

10925   BROWNING FERRIS INDUSTRIES OF, 5050 LAKE ST, MELROSE PARK, IL 60161

10925   BROWNING FERRIS INDUSTRIES, 260 W DICKMAN ST, BALTIMORE, MD 21230

10925   BROWNING FERRIS INDUSTRIES, 5757A OATES ROAD, HOUSTON, TX 77078

10925   BROWNING FERRIS INDUSTRIES, 7521 CEMENTARY LANE, ELKRIDGE, MD 21227

10925   BROWNING FERRIS INDUSTRIES, PO BOX 8814, BOSTON, MA 02266-8814

10925   BROWNING FERRIS INDUSTRIES, PO BOX 9001243, LOUISVILLE, KY 40290-1243

10925   BROWNING FERRIS INDUSTRIES, PO BOX 9001266, LOUISVILLE, KY 40290-1266

10925   BROWNING FERRIS INDUSTRIES, PO BOX 9001626, LOUISVILLE, KY 40290-1626

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BROWNING FERRIS INDUSTRIES, PO BOX 91-2026, ORLANDO, FL 32891-2026 | |
| 10925 | BROWNING JR, POWELL, 3900 CATHEDRAL AVE NW APT 511-A, WASHINGTON, DC 20016-5296 | |
| 10925 | BROWNING, BARRY, PO BOX 1641, SIMPSONVILLE, SC 29681 | |
| 10925 | BROWNING, C, 13855 S ALDEN CT, OLATHE, KS 66062 | |
| 10925 | BROWNING, DAVID, 1570 BROWNING ROAD, ENOREE, SC 29335 | |
| 10925 | BROWNING, DIANA M., 30 KEYSTONE PL, HOUSTON, PA 15342 | |
| 10925 | BROWNING, DONNA, 25 WATKINS CV, JACKSON, TN 38305-9492 | |
| 10925 | BROWNING, DORIS E, 996 ROCKY RIDGE ROAD, ENOREE, SC 29335 | |
| 10925 | BROWNING, DYWANA, PO BOX 508, DACULA, GA 30211 | |
| 10925 | BROWNING, JAMES, 722 SOUTH ROBBINS AVE, FALMOUTH, KY 41040-1518 | |
| 10925 | BROWNING, JESSE, 1581 BROWNING ROAD ENOREE SC, ENOREE, SC 29335 | |
| 10925 | BROWNING, LARRY, 119 KIMBLE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | BROWNING, MADELINE, 7028 MAGAZINE, NEW ORLEANS, LA 70118 | |
| 10925 | BROWNING, RONALD, PO BOX 416, KERMIT, TX 79745 | |
| 10925 | BROWNING, SARAH, 1570 BROWNING ROAD ENOREE SC, ENOREE, SC 29335 | |
| 10925 | BROWNING, STEVEN, 6005 PRINCETON, AMARILLO, TX 79109 | |
| 10925 | BROWNING, TERRY, 5117 SLOUGH COURT, ODESSA, TX 79762 | |
| 10925 | BROWNING, THOMAS, 30 KEYSTONE, HOUSTON, PA 15342 | |
| 10925 | BROWNING-FERRIS INC., 8101 LITTLE YORK, HOUSTON, TX 77016 | |
| 10925 | BROWNING-FERRIS INDS, INC, PO BOX 3151, HOUSTON, TX 77253 | |
| 10925 | BROWNING-FERRIS INDUSTRIES CHEMICAL, PETER J SCHMITT WHITE CORPORATE SEC, 5600 NIAGARA FALLS BLVD, ADDRESS FROM INTERNET, NIAGARA FALLS, NY 14304 | |
| 10925 | BROWNING-FERRIS INDUSTRIES INC, 164 MARKET ST, BOSTON, MA 02124 | |
| 10925 | BROWNING-FERRIS INDUSTRIES INC, PO BOX 95529, PALATINE, IL 60095-0529 | |
| 10925 | BROWNING-FERRIS INDUSTRIES OF TN,I, PO BOX 3151, HOUSTON, TX 77253 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, ATT BFI NASC - W R GRACE, HOUSTON, TX 77253 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, ATTN BFI NASC- W R GRACE, HOUSTON, TX 77253 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, BALTIMORE DISTRICT #358, FEIN 41-1696636, PO BOX 830135, BALTIMORE, MD 21283-0135 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, BALTIMORE DISTRICT #358, FEIN 41-1696636, PO BOX 9001462, LOUISVILLE, KY 40290-1462 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, BFI OF TN., INC., PO BOX 9001228, LOUISVILLE, KY 40290-1228 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 1249, SULPHUR, LA 70664 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 51986, SAN JUAN, PR 00950-1986 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 51986, TOA BAJA, PR 00950-1986 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 78701, PHOENIX, AZ 85062-8701 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 830107, BALTIMORE, MD 21283-0107 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 8813, BOSTON, MA 02266-8813 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 9001217, LOUISVILLE, KY 40290-1217 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 9001456, LOUISVILLE, KY 40290-1456 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 912006, ORLANDO, FL 32891-2006 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 91-2026, ORLANDO, FL 32891-2026 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 91-2033, ORLANDO, FL 32891-2033 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 912062, ORLANDO, FL 32891-2062 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 95377, PALATINE, IL 60095-0377 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, PO BOX 9695, BALTIMORE, MD 21237 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, POBOX 4369, CAROL STREAM, IL 60197-4369 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, POBOX 6115, CAROL STREAM, IL 60197-6115 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, POBOX 78763, PHOENIX, AZ 85062-8763 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, POBOX 8840, BOSTON, MA 02266-8840 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, POBOX 8874, BOSTON, MA 02266-8874 | |
| 10925 | BROWNING-FERRIS INDUSTRIES, POBOX 9001223, LOUISVILLE, KY 40290-1223 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BROWNING-FERRIS INDUSTRIES, POBOX 9001487, LOUISVILLE, KY 40290-1487

10925   BROWNING-FERRIS INDUSTRIES, POBOX 9001612, LOUISVILLE, KY 40290-1612

10925   BROWNING-FERRIS INDUSTRIES, POBOX 9001626, LOUISVILLE, KY 40290-1626

10925   BROWNING-FERRIS, ATTN BFI NASC - W R GRACE, HOUSTON, TX 77253

10925   BROWNLEE, DAWNA, 1810A MAIN ROAD, POINT MUGA, CA 93041

10925   BROWNLEE, EMILY, 507 NEELEY FERRY RD, SIMPSONVILLE, SC 29681

10925   BROWNLEE, LESTER, 2649 LONGWOOD DRIVE, LAKELAND, FL 33811-2117

10925   BROWNLEE, MARVIN, 1007 LOCUST ST, ATLANTIC, IA 50022-2021

10925   BROWNLEE, OCONNELL, 507 NEELY FERRY RD, SIMPSVILLE, SC 29681

10925   BROWNLEE-MORROW ENGINEERING CO., PO BOX 191059, MOBILE, AL 36619-1059

10925   BROWNLEE-MORROW ENGINEERING, PO BOX 380008, BIRMINGHAM, AL 35238-0008

10925   BROWN-MERKSON, MARLA, 11785 EL CAMARA, FLORISSANT, MO 63033

10925   BROWNRIDGE, REGINA, 80 BALL ST, IRVINGTON, NJ 07111

10925   BROWNS BODY SHOP, 12220 OLD HAMMOND HWY, BATON ROUGE, LA 70816

10925   BROWNS BOUNTIFUL BASKETS, 98 SOUTH FEDERAL HWY, BOCA RATON, FL 33432

10925   BROWNS CATERING, 6909 W. ARCHER AVE., CHICAGO, IL 60638

10924   BROWN'S CONCRETE & BLOCK CO INC, PO BOX10, DICKSON, TN 37056

10924   BROWN'S CONCRETE PRODUCTS, BOX 142, WOODSVILLE, NH 03785

10924   BROWN'S CONCRETE PRODUCTS, SEE CUST # 00475411, SWIFTWATER RD, WOODSVILLE, NH 03785

10925   BROWNS CONCRETE, 1132 NO. BELMONT RD, EXETER, CA 93221

10925   BROWN'S CONCRETE, 204 COWAN ST., DICKSON, TN 37055

10925   BROWN'S CONCRETE, PO BOX10, DICKSON, TN 37056

10925   BROWNS CUSTOM FENCE CO., 3215 S 7TH ST, STE 12, PHOENIX, AZ 85040

10925   BROWNS MILL SCHOOL, 4863 BROWNS MILL ROAD, LITHONIA, GA 30058

10925   BROWNS WELDING & CRANE SERVICE, 11609 MD AVE SUITE A, BELTSVILLE, MD 20704-0539

10925   BROWNSBURG FAMILY MEDICAL CENTER, 321 EAST NORTHFIELD, BROWNSBURG, IN 46112

10924   BROWNSVILLE ISD SCHOOLS, C/O TOMAN & ASSOCIATES, 2700 AVENIDA RANCHO VIJO, BROWNSVILLE, TX 78521

10924   BROWNSVILLE MEDICAL CENTER, 1040 W. JEFFERSON ST., BROWNSVILLE, TX 78520

10924   BROWNSVILLE MIDDLE SCHOOL, CORNER OF BACACHICA & BARMILION, BROWNSVILLE, TX 78521

10925   BROWN-WALTON, S, 267 PINE CIRCLE, DUNBAR, WV 25064

10924   BROWNWOOD REGIONAL HOSPITAL, C/O ROBINS & MORTON, BROWNWOOD, TX 76801

10924   BROX CONCRETE, 85 GREELEY STREET, HUDSON, NH 03051

10924   BROX CONCRETE, DIV OF COASTAL MATL, MANCHESTER, NH 03105

10924   BROX CONCRETE, DO NOT USE THIS CUST. #, ROCHESTER, NH 03867

10924   BROX CONCRETE, RAYMOND, NH 03077

10924   BROX CONCRETE, ROCHESTER NECK RD, ROCHESTER, NH 03867

10924   BROX CONCRETE, RT 4, BERWICK, ME 03901

10924   BROX CONCRETE, USE #00308864, 85 GREELEY STREET, HUDSON, NH 03051

10924   BROX CONCRETE, WATER TANK JOBSITE, RESERVOIR STREET, LAWRENCE, MA 01841

10925   BROXON, MARK, 607 ENRIGHT AVE, SANTA CLARA, CA 95050

10925   BROYLES, HOWARD, 894 E 12TH ST, PITTSBURG, CA 94565

10925   BROYLES, JULIE, 1119 TALL OAKS CIRCLE, PIEDMONT, SC 29673

10925   BROYLES, PATRICIA, RT 1, BOX 334, NEWPORT, VA 24128

10925   BRUBACKER, DAVID, 141 SALEM ROAD, BETHEL, PA 19507

10925   BRUBAKER & ASSOCIATES, INC, PO BOX 412000, SAINT LOUIS, MO 63141-2000

10925   BRUBAKER, ELSIE, 1 MANOR CIRCLE, LITTLESTOWN, PA 17340

10925   BRUBAKER-LEWIS, ANGELA, 3907 BLUE MOUND DR. NE, CEDAR RAPIDS, IA 52402

10924   BRUCE & MERRILEES, 930 CASS ST., NEW CASTLE, PA 16101

10925   BRUCE A ECKHARDT &, NANCY C ECKHARDT JT TEN, BOX 388, EASTON, PA 18044-0388

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BRUCE A FIERKE, 7959 W 72ND ST, BRIDGEVIEW, IL 60455

10925   BRUCE ALLEN FINKELSON &, BARBARA LYNN FINKELSON JT TEN, RT 2 BOX 420, UNDERWOOD, MN 56586-9644

10925   BRUCE BONESTEEL, RFD 1, NORTH BANGOR, NY 12966-9801

10925   BRUCE BRECHER &, FRANCINE BRECHER JT TEN, 11 MANOR DR, BETHPAGE, NY 11714-1331

10925   BRUCE BROS. DREDGING INC., PO BOX 599, EVADALE, TX 77615

10925   BRUCE C CUTTER, 4021 S SUNDERLAND, SPOKANE, WA 99206

10925   BRUCE C KAPLAN &, MARCIA L KAPLAN JT TEN, 2108 WEST 125 ST, LEAWOOD, KS 66209-1382

10925   BRUCE C PRATT, 1203 INDIANA, MENDOTA, IL 61342-1650

10925   BRUCE C. MCKENZIE, 8923 REINHART WAY, LOUISVILLE, KY 40220

10925   BRUCE CO OF WI INC THE, WT BARTON, 2830 W BELTLINE HWY, MIDDLETON, WI 53562

10925   BRUCE D MURRAY, 401 E 4TH ST, NEWPORT, KY 41071-1732

10924   BRUCE E JAMESON, ESQUIRE, PRICKETT, JONES, & ELLIO, 1310 KING STREET PO BOX 1328, WILMINGTON, DE 19899

10925   BRUCE E STANNARD, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   BRUCE E YOUNG, 713 HUNTINGTON WAY, BEL AIR, MD 21015-4826

10925   BRUCE EDGARTON DIXON, 2 HERITAGE WOODS RD, SKANEATELES, NY 13152-1416

10925   BRUCE ELLISON, PO BOX 47, NAPOLEON, ND 58561-0047

10925   BRUCE ETRIS PAINTING, 101 GOODRICH ST, GREENVILLE, SC 29611

10925   BRUCE FIERKE, 7959 W 72ND ST, BRIDGEVIEW, IL 60455-1068

10924   BRUCE FIERKE, 7959 W. 72ND STREET, BRIDGEVIEW, IL 60455

10925   BRUCE H HELLIER &, AGATHA J HELLIER TR UA JUN 12 97, THE BRUCE H HELLIER &, AGATHA J HELLIER LIVING TRUST, 432 ARBOLEDA DR, LOS ALTOS, CA 94024-4110

10924   BRUCE HALL CORP, PO BOX707, COOPERSTOWN, NY 13326

10924   BRUCE HALL CORP., 14 MAIN STREET, RICHFIELD SPRINGS, NY 13439

10925   BRUCE HENDERSON, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BRUCE J CHRISTENSEN, 7379A FREEMAN PLACE, GOLETA, CA 93117-2818

10925   BRUCE J GRESSIN, 161 W 15TH ST APT 3I, NEW YORK, NY 10011-6728

10925   BRUCE JR, ROBERT N, TULANE UNIVERSITY, NEW ORLEANS, LA 70118-5698

10925   BRUCE L AHNFELDT LAW OFFICES, PO BOX 6078, NAPA, CA 94559-3030

10925   BRUCE L OLIVER, 10 HARVEST HILL, ROCHESTER, NY 14624-4468

10924   BRUCE MCKENZIE, 8923 REINHART WAY, LOUISVILLE, KY 40220

10925   BRUCE P BATES &, CHARLOTTE H BATES JT TEN, 17 PARTRIDGE LANE, SCARBOROUGH, ME 04074-9012

10925   BRUCE P RYDER, 232 N DUKE ST, LANCASTER, PA 17602-2743

10925   BRUCE P SCOTTI &, EVELYN SCOTTI JT TEN, 125 LOGANBERRY CT, AIKEN, SC 29803-2730

10925   BRUCE PAUL &, RAE SPALDING PAUL JT TEN, LABOR IN VAIN ROAD, IPSWICH, MA 01938

10925   BRUCE RAUNER & DAVID CONNINI GOLDER, 6100 SEARS TOWER, CHICAGO, IL 60606-6403

10925   BRUCE STEPHENS, HWY 221, ENOREE, SC 29335

10924   BRUCE TILE COMPANY, CAMBRIDGE, MA 02140

10924   BRUCE TILE COMPANY, PO BOX 4690, COLUMBUS, GA 31904

10924   BRUCE TILE, BRADLEY INDUSTRIAL PARK, COLUMBUS, GA 31904

10925   BRUCE VICK, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925   BRUCE W MUSACCHIO, 52 BADER AVE, GOWANDA, NY 14070-1006

10925   BRUCE W UNDERLEAK, PO BOX 1163, ROCHESTER, MN 55903-1163

10924   BRUCE WATKINS SUPPLY, 1940 DAWSON ST EXT, WILMINGTON, NC 28403

10925   BRUCE YANG, BLDG 15 3 503 WANG LONG HUIS, XIAN LI XIAO QU NAL ZH1 GU ST, DE DONG     **\*VIA Deutsche Post\*** <br> DISTRICT, TIANJIN, CHINA

10925   BRUCE, BARBARA, 6945 E MAIN ST APT 1310, MESA, AZ 85207-8290

10925   BRUCE, BENEDICTA, 1503 NE 105 ST, MIAMI SHORES, FL 33138

10925   BRUCE, BOBBY, 174 WINFRED DRIVE, SPARTANBURG, SC 29302

10925   BRUCE, CARMEN, 4250 LILAC ROAD, MYRTLE BEACH, SC 29577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BRUCE, CHRISTINA, 25806 LAKELAWN DR., SPRING, TX 77380

10925   BRUCE, CLYDE, 4 DIANE AVE, WEST PELZER, SC 29669

10925   BRUCE, DAVID, ROUTE 1 BOX 1954, NICHOLSON, GA 30565

10925   BRUCE, DAWN, 5602 ALDER DR., FOREST PARK, GA 30050

10925   BRUCE, DEBRA, 7803 GREENSTONE, HOUSTON, TX 77087

10925   BRUCE, DOUGLAS, 15718 HWY 221, ENOREE, SC 29335

10925   BRUCE, GLORIA, 479 STIRLINGTON RD, COLUMBIA, SC 29212

10925   BRUCE, IRENE, 402 LIBERTY ST, SHREVE, OH 44676

10925   BRUCE, J, 9334 FURROW AVE, ELLICOTT CITY, MD 21042

10925   BRUCE, JAMES, PO BOX 2237, GALLIANO, LA 70354

10925   BRUCE, JOSEPH, 258 FERNDALE DRIVE, BOILING SPRGS, SC 29316

10925   BRUCE, KIM, 10558 JASON LANE, COLUMBIA, MD 21044

10925   BRUCE, LAURA, 12 RUSTIC DR, MILLERSBURG, OH 44654

10925   BRUCE, MONICA, 6330 PALO PINTO, DALLAS, TX 75214

10925   BRUCE, PERRY, 7 RAE COURT C/O J.M. GARRETT, GREENVILLE, SC 29690-9998

10925   BRUCE, PRESCA, 1668 HAWES, WICHITA FALLS, TX 76303

10925   BRUCE, REBECCA, 314 PERRY AVE, SIMPSONVILLE, SC 29681

10925   BRUCE, RENE, 2015 DUPONT AVE, SUITLAND, MD 20746

10925   BRUCE, RICHARD, 213 BORDEAUX DRIVE, SIMPSONVILLE, SC 29681

10925   BRUCE, SARAH, 4 DIANE AVE, WEST PELZER, SC 29669

10925   BRUCE, SCOTT, RT. 2 BOX 633, WINNFIELD, LA 71483

10925   BRUCE, TERESA, 1208 SPOON TERRACE, EDMOND, OK 73003

10925   BRUCE, THOMAS, 888 E US ROUTE 6, UTICA, IL 61373

10925   BRUCES ELECTRIC COMPANY, PO BOX 512, LONG BEACH, MS 39560

10925   BRUCIA, JEAN, 249 BEAR CREEK RD, RUSTON, LA 71270

10925   BRUCK, MARJORIE, CUST FOR JAMIE BRUCK, UNIF GIFT MIN ACT PA, 926 LEOPARD, RYDAL, PA 19046-2410

10925   BRUCKER CO, PO BOX 9049, PEORIA, IL 61612-9049

10925   BRUCKER COMPANY, 1200 GREENLEAF AVE, ELK GROVE VILLAGE, IL 60007

10925   BRUCKHAUS WESTRICK HELLER LOBER, POSTFACH, P.O. BOX 30 52 70, HAMBURG, 20316GERMANY    **\*VIA Deutsche Post\***

10925   BRUCKHAUS WESTRICK HELLER LOBER, TAUNUSANLAGE 11, FRANKFURT AM MAIN, 60329GERMANY    **\*VIA Deutsche Post\***

10925   BRUCKHAUS WESTRICK STEGEMANN, POSTFACH 101743, DUSSELDORF, 40087GERMANY    **\*VIA Deutsche Post\***

10925   BRUCKMAN, EVELYN, 212 MARKET ST, MOMENCE, IL 60954

10925   BRUCKMAN, MURIEL, 211 RED SCHOOL LN APT. 303, PHILIPSBURG, NJ 08865

10925   BRUCKNER & SYKES, 5847 SAN FELIPE, HOUSTON, TX 77057

10924   BRUCKNER SUPPLY COMPANY, 36 HARBOR PARK DRIVE, PORT WASHINGTON, NY 11050

10924   BRUCKNER SUPPLY COMPANY, C/O ECONOCARIBE CONSOLIDATED, 330 MAHATTAN AVENUE, JERSEY CITY, NJ 07307

10924   BRUCKNER SUPPLY COMPANY, INC., 36 HARBOR PARK DRIVE, PORT WASHINGTON, NY 11050

10925   BRUCO INDUSTRIAL, PO BOX 1792, PASADENA, TX 77501

10924   BRUCO INDUSTRIES, 4630 ALLEN MARTIN DR., FORT WAYNE, IN 46806

10925   BRUCO INDUSTRIES, 4630 ALLEN MARTIN DRIVE, FORT WAYNE, IN 46806

10925   BRUDER, RONALD, R.R. 2 BOX 20, MOHALL, ND 58761

10925   BRUDON, LYNNE, 121 LONGMAN LN, ANN ARBOR, MI 48103

10925   BRUEGGER QUILLIN MCCULLOUGH, 5477 GLEN LAKES DR #209 LB12, DALLAS, TX 75231

10925   BRUER, OTIS, ROUTE 1 BOX 47, CYRIL, OK 73029

10925   BRUETTE, THERESA, 9740 EARLY SPRING WAY, COLUMBIA, MD 21046

10925   BRUGGER, RAYMOND, 4406 HUMMINGBIRD, HOUSTON, TX 77035

10925   BRUGGY, JAMES J, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   BRUGGY, JAMES, 1608 SOUTH HANOVER S, BALTIMORE, MD 21225

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    BRUGMANN, OK JR. & SON, 4021 MENNONITE RD., MANTUA, OH 44255

10924    BRUGMANN, OK JR. & SON, 4021 MENNONITE ROAD, MANTUA, OH 44255

10924    BRUGMANN, OK JR. & SONS, 4021 MENNONITE RD, MANTUA, OH 44255

10925    BRUHN, JULEE, 323 TORINO DR, SAN CARLOS, CA 94070

10925    BRUKER ANALYTICAL X-RAY SYSTEMS INC, PO BOX 689896, MILWAUKEE, WI 53268-9896

10925    BRUKER ANALYTICAL X-RAY SYSTEMS, IN, 5465 E CHERYL PKWY, FITCHBURG, WI 53711

10925    BRUKER AXS INC, POBOX 689896, MILWAUKEE, WI 53268-9896

10925    BRUKER, ELIZABETH, 3053 INVESTORS DR, WASHINGTON, PA 15301

10925    BRULIN CORPORATION INC., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925    BRULIN CORPORATION, THE, PO BOX 66235, INDIANAPOLIS, IN 46266-0335

10925    BRUMBAUGH INDUSTRIES INC, 2000 INDUSTRIAL HWY, EDDYSTONE, PA 19022

10925    BRUMBAUGH, ERIC J, 27C MT ZION RD, YORK, PA 17402-2602

10925    BRUMBAUGH, MATTHEW, 4003 LEE LANE, PEARLAND, TX 77584

10925    BRUMBELOW, BLAINE, PO BOX 1497, POWDER SPRINGS, GA 30127

10925    BRUMBELOW, MARSHALL, 1355 OLD ROSEWELL RD, ROSEWELL, GA 30076

10925    BRUMBELOW, MICHELE, 5141 HIRAM-LITHIA RD., POWDER SPRINGS, GA 30073

10924    BRUMBY ELEMENTARY, 1306 POWERS FAIRY RD., MARIETTA, GA 30067

10925    BRUMELL, ROBERT, 83 WOOD ROAD EXT, WINDHAM, ME 04062

10925    BRUMFIELD, DEVITT, PO BOX 1, FRANKLINTON, LA 70438

10925    BRUMFIELD, FRAZIER, 37740 TOM CRYTER ROAD, MT. HERMON, LA 70450

10925    BRUMFIELD, JIMMY, BOX 18, HWY. 654, GHEENS, LA 70355

10925    BRUMFIELD, JOHN, 25450 CHOCTAW DRIVE, FRANKLINTON, LA 70438

10925    BRUMFIELD, JOHN, RT. 8, BOX 475, FRANKLINTON, LA 70438

10925    BRUMFIELD, LARRY, PO BOX 245, FRANKLINTON, LA 70438

10925    BRUMFIELD, REGINALD, 4828 ACADEMY DRIVE, METAIRIE, LA 70003

10925    BRUMFIELD, ROCHELLE, RT. 1, BOX 393, MT. HERMON, LA 70450

10925    BRUMFIELD, SYLVIA, 4128 LOIRE DRIVE UNIT C, KENNER, LA 70065

10925    BRUMLEY JR., MICHAEL, 418 REID ROAD #150, OWENSBORO, KY 42303

10925    BRUMLEY, ANTOINETTE, 418 REID RD. LOT 150, OWENSBORO, KY 42303

10925    BRUMLEY, JOHN, 2428 MIDDLEGROUND, OWENSBORO, KY 42301

10925    BRUMLEY, KENNETH, 3614 TANGLEY, HOUSTON, TX 77005

10925    BRUMLEY, OTIS, 2701 FREDERICA ST, OWENSBORO, KY 42301

10925    BRUMLEY, SHEILA, 8630 SANDRA, HOUSTON, TX 77016

10925    BRUMLEY, SUSAN, 6201 W 45TH #235, AMARILLO, TX 79107

10925    BRUMM, RICHARD, 1617 NW NORTH CREEK DRIVE, ANKENY, IA 50021

10925    BRUMMELL, EDNA, 800 RAMBLER DR. #12, WACO, TX 76710

10925    BRUMMER, KATHRYN, 18 N BOUNDRY PLACE, ATLANTA, GA 30318-1434

10925    BRUMMETT, BILL, 5101 SANDSTONE, 407, WACO, TX 76710

10925    BRUMMETT, JOE, 916 W MAIN ST, WATSEKA, IL 60970

10925    BRUMMETT, NORA, 1701 HIGHLAND DR., MCALLEN, TX 78501

10925    BRUMMUND, GERTRUDE B, 310 RIVER DR, APPLETON, WI 54915-1206

10925    BRUN, BESSIE, 206 CURRY ROAD, HIGH POINT, NC 27265-9206

10925    BRUNACCINI, LISA, 812 BROOKSHADE PKWY, ALPHARETTA, GA 30004

10925    BRUNDAGE MOTORS OF JACKSONVILLE INC, 1444 MAIN ST, JACKSONVILLE, FL 32233-2628

10925    BRUNDAGE, MARYLEE, 1424 STRAWBERRY, EASTOVER, SC 29044

10925    BRUNDAGE-BONE & BLANCHET, LLC, 9585 LYNN BUFF COURT, LAUREL, MD 20723

10925    BRUNDRETT AND MOUTINHO, 1500 MAIN ST,PO BOX 15327, SPRINGFIELD, MA 01115-5327

10925    BRUNDRETT, CHARLES, 13050 CHAMPIONS PARK DRIVE APT. #910, HOUSTON, TX 77069

10925    BRUNEAU, BETH, 6610 WALNUT LANE, RADFORD, VA 24141

10925    BRUNELL, JOHN, 3535 DRIFTING DRIVE, HELLERTOWN, PA 18055

10925    BRUNELLE, I, 13 OAKWOOD TERRACE, BRUNSWICK, ME 04101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | BRUNEMANN & SONS INC., 3235 HOMEWARD WAY, FAIRFIELD, OH 45014 | |
| 10925 | BRUNER, CHRISTOPHER, 203 LLOYD AVE, EASLEY, SC 29640 | |
| 10925 | BRUNER, HAROLD, 820 10TH ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | BRUNER, TERRY, 117 B ALPHA ST, BELLE CHASSE, LA 70037 | |
| 10925 | BRUNET, RAYMOND, 5451 LEMON TREE LANE, PINELLAS PARK, FL 33466 | |
| 10925 | BRUNET, STACIE, RT. 12, BOX 892, LAUREL, MS 39440 | |
| 10925 | BRUNETTO, JENNIFER, 13106 MEADOW HALL CT, HERNDON, VA 22071 | |
| 10925 | BRUNIES, GARY, PO BOX 245, GRAND ISLE, LA 70358 | |
| 10924 | BRUNING PAINT CO, 601 SO. HAVEN ST., BALTIMORE, MD 21224 | |
| 10924 | BRUNING PAINT CO., 100 S.W. 12TH AVE., POMPANO BEACH, FL 33069 | |
| 10924 | BRUNING PAINT COMPANY, 601 SOUTH HAVEN STREET, BALTIMORE, MD 21224 | |
| 10925 | BRUNING, JUDITH, 3506 C VAN TEY LINGEN DRIVE, COLORADO SPRINGS, CO 80917 | |
| 10925 | BRUNINI GRANTHAM GROWER & HEWES, PODRAWER 119, JACKSON, MS 39205 | |
| 10924 | BRUNK INDUST./THE GAP, FRESNO, CA 93650 | |
| 10924 | BRUNK INDUSTRIES, 1221 A POST RD., OAKDALE, CA 95361 | |
| 10924 | BRUNK INDUSTRIES, 1221 POST RD.SUITE C, OAKDALE, CA 95361 | |
| 10924 | BRUNK INDUSTRIES, 1221 POST ROAD, OAKDALE, CA 95361 | |
| 10924 | BRUNK INDUSTRIES, 2106 W. CRAIG RD, NORTH LAS VEGAS, NV 89030 | |
| 10925 | BRUNK, JULIANA, 2808 49TH ST W, BRADENTON, FL 34209 | |
| 10925 | BRUNKALLA, JOHN, 708 212TH ST, PASADENA, MD 21122 | |
| 10925 | BRUNKO, WILLARD, PO BOX 213, BRANDON, IA 52210 | |
| 10925 | BRUNNER, ERIC, 4 JACKSON PLACE, ST. CHARLES, MO 63303 | |
| 10925 | BRUNNER, ETHEL, 3276A N. 54TH ST, MILWAUKEE, WI 53208 | |
| 10925 | BRUNNER, FRANK L, 1334 ALLEGHENY COURT SE, OLYMPIA, WA 98503-1905 | |
| 10925 | BRUNNER, JOHN, 182 BEHNKE AVE, PARAMUS, NJ 07652 | |
| 10925 | BRUNNER, JOHN, 4758 EBENEZER RD., MACK, OH 45248 | |
| 10925 | BRUNNER, O, 2336 S. CHAPEL ROAD, CARTHAGE, MO 64836 | |
| 10925 | BRUNNER, RICHARD, 3902 WATERVIEW CIR, PALM SPRINGS, FL 33461 | |
| 10925 | BRUNNER, W, 3276 A N 54 ST, MILWAUKEE, WI 53208 | |
| 10925 | BRUNNER, WENDY, 805 LIBERTY AVE, UNION, NJ 07083 | |
| 10924 | BRUNNI CORPORATION, MAIN STREET 1 MILE W, GREENSBURG, IN 47240 | |
| 10925 | BRUNNI GRANTHAM GROWER & HEWES, 248 EAST CAPITAL ST, JACKSON, MS 39201 | |
| 10924 | BRUNNI READY MIX, MAIN STREET  1 MILE WEST, GREENSBURG, IN 47240 | |
| 10924 | BRUNNI READY MIX, P O BOX 287, GREENSBURG, IN 47240 | |
| 10925 | BRUNNQUELL, M, 11 BIS RUE HENRI CLOPPET, LE VESINET, 78110FRANCE | *VIA Deutsche Post* |
| 10925 | BRUNNQUELL, MICHEL, 11 BIS RUE HENRI CLOPPET, LE VESINET, 78110FRANCE | *VIA Deutsche Post* |
| 10925 | BRUNO C. NESCI, 4099 W. 71ST ST., CHICAGO, IL 60629 | |
| 10925 | BRUNO F REINBERG, 450 BARTON DR, LEWISTON, NY 14092-1916 | |
| 10925 | BRUNO J HALLECK, 23 W 370 DICKENS AVE, GLEN ELLYN, IL 60137-2775 | |
| 10925 | BRUNO KIRSCHNER, 8322 PARKERHOUSE PATH, CICERO, NY 13039-9394 | |
| 10925 | BRUNO PEDRELLI &, THELIA PEDRELLI JT TEN, 46 LAKEHILL AVE, ARLINGTON, MA 02174-8227 | |
| 10925 | BRUNO ZARKOWER &, HARRIET A ZARKOWER JT TEN, 46 DOUGLAS DR, NORWALK, CT 06850-1728 | |
| 10925 | BRUNO, CARLOS, RD NO 2 BO ESPINOSA, DORADO, PR 00646 | |
| 10925 | BRUNO, CHRISTOPHER, 1026 RIPLEY AVE, WESTFIELD, NJ 07090 | |
| 10925 | BRUNO, CICILY, 910 LESA LANE, GARLAND, TX 75042 | |
| 10925 | BRUNO, CYNTHIA, 490 CARLTON ROAD, WYCKOFF, NJ 07481 | |
| 10925 | BRUNO, DAVID, 56 ALLSTON ST, REVERE, MA 02151 | |
| 10925 | BRUNO, ELIZABETH, 5031 WESLEYAN DR, WOODSTOCK, GA 30189 | |
| 10925 | BRUNO, ELSIE, 572 GRAND ST APT G-1103, NEW YORK, NY 10002-4342 | |
| 10925 | BRUNO, FRED, 2305 S. ALTA VISTA, MESA, AZ 85202 | |
| 10925 | BRUNO, GERALD, 490 CARLTON ROAD, WYCKOFF, NJ 07481 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BRUNO, JOHN, 414 PALISADE AVE, CLIFFSIDE PARK, NJ 07010 | |
| 10925 | BRUNO, JOHN, 5617 BRIARGROVE DR, WICHITA FALLS, TX 76310 | |
| 10925 | BRUNO, JUDITH, 490 CARLTON RD, WYCKOFF, NJ 07481 | |
| 10925 | BRUNO, KRISTEN, 520 EDISON COURT, READING, PA 19605 | |
| 10925 | BRUNO, LINUS, 6035 FAIRWAY DRIVE, MASON, OH 45040 | |
| 10925 | BRUNO, MICHAEL, 134 VIBURNUM TERRACE, RED BANK, NJ 07701 | |
| 10925 | BRUNOTTS, MICHELLE, 10787 S DREAMY DRIVE, GOODYEAR, AZ 85338 | |
| 10925 | BRUNS, KEITH, 64 DAY AVE, TENAFLY, NJ 07670 | |
| 10925 | BRUNS, THOMAS, 3610 HILL SPRINGS, KINGWOOD, TX 77345 | |
| 10925 | BRUNSMANN, JACK, 527 B AVE NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | BRUNSON, BARBARA, 106 CURTIS DRIVE, GREER, SC 29651 | |
| 10925 | BRUNSON, GORDON, 151 ELM COURT, CHAGRIN FALLS, OH 44022 | |
| 10925 | BRUNSON, JAMES, 44G HUNTERS GLEN, DELRAN NJ, NJ 08075 | |
| 10925 | BRUNSON, LERA, RT.1 BOX 208A, DAWSON, TX 76639 | |
| 10925 | BRUNSON, ROBERT, 4040 W COLD SPRNG LA, BALTIMORE, MD 21215 | |
| 10925 | BRUNSON, VARHONDA, 1625 CONLEY RD # 8, CONLEY, GA 30027 | |
| 10924 | BRUNSWICK COMMUNITY HOSPITAL, HIGHWAY 27, SUPPLY, NC 28462 | |
| 10925 | BRUNSWICK CORP, VENDOR CODE# 27751, 1000 ROBINSON AVE, SAINT CLOUD, FL 34769 | |
| 10924 | BRUNSWICK LABS, 1000 SOUTH 20TH STRE ET, MURPHYSBORO, IL 62966 | |
| 10924 | BRUNSWICK LABS, PO BOX 877, MURPHYSBORO, IL 62966 | |
| 10925 | BRUNT SYSTEMS ENGINEERING, 5217 PAUL REVERE RIDE, COLUMBIA, MD 21044-1316 | |
| 10925 | BRUSCATO TRAMONTANA WOLLESON, 2011 HUDSON LANE, PO BOX 2374, MONROE, LA 71207 | |
| 10925 | BRUSCO, GIACOMINO, 101 BAY 7TH ST, BROOKLYN, NY 11228-3707 | |
| 10925 | BRUSH HILL TOURS, 435-439 HIGH ST, RANDOLPH, MA 02368 | |
| 10925 | BRUSH STROKES ETC., PO BOX 683, LEOMINSTER, MA 01453-0683 | |
| 10925 | BRUSH, RANDY, 226 BROOKMERE, SIMPSONVILLE, SC 29681 | |
| 10925 | BRUSH, VICTORIA, 30335 LEDGEMONT, GEORGETOWN, TX 78628-1126 | |
| 10925 | BRUSHENKO, WILLIAM, 593 EDGEWOOD, ELMHURST, IL 60126 | |
| 10925 | BRUSHMILLER, JR, EDWIN, 1360 RIVERSIDE AVE, BALTIMORE, MD 21221 | |
| 10925 | BRUSKE PRODUCTS, INC, PO BOX 669, TINLEY PARK, IL 60477-0669 | |
| 10925 | BRUSS, DALE, 4953 S. 36TH ST, MILWAUKEE, WI 53221 | |
| 10925 | BRUSSO, STEVEN, 9 WEST ST, WATERLOO, NY 13165 | |
| 10925 | BRUST, DOROTHY, 202 PERRYWINKLE LANE, GAITHERSBURG, MD 20878 | |
| 10925 | BRUST, RICHARD, PO BOX 490, DERRY, NH 03038 | |
| 10925 | BRUSTLE, JEAN, FRED MASON ROAD, ADAMS, MA 01220-9998 | |
| 10925 | BRUSTMAN, WILLIAM, 8661 CHEVY CHASE DR, BOCA RATON, FL 33433 | |
| 10925 | BRUTCHER, CLARENCE, 3341 PIEDMONT COVE, MEMPHIS, TN 38115-0643 | |
| 10925 | BRUTLAG, CAMERON, 6362 W ANGELA DR, GLENDALE, AZ 85308 | |
| 10925 | BRUTLAG, RUDOLPH, 111 N. WOODWORTH, MILFORD, IL 60953 | |
| 10925 | BRUTON, GEORGE, 304 N. 6TH ST, MCALLEN, TX 78501 | |
| 10925 | BRUTON, SHARON, 126 MORNINGLAKE DRIVE, MOORE, SC 29369 | |
| 10925 | BRUTUS, MICHELET, 43 EAST PARK ST #12, EAST ORANGE, NJ 07017 | |
| 10925 | BRUUN, RONALD, 17880 SW CORRAL CREEK ROAD, SHERWOOD, OR 97140 | |
| 10925 | BRUXVOORT, BERNARD, 512 ROSENBURGER, OSKALOOSA, IA 52577 | |
| 10925 | BRUYERE, TRENT, 1107 P ST NW, WASHINGTON, DC 20005 | |
| 10925 | BRUYETTE, JAMES, 52 PENDEXTER ST, LYNN, MA 01904 | |
| 10925 | BRUYNELL, STEPHEN, 1641 PALMWOOD DR, CLEARWATER, FL 34616 | |
| 10925 | BRUZGULIS, STEPHEN, 5022 ODESSA ROAD, COLLEGE PARK, MD 20740-1128 | |
| 10925 | BRUZZANO, BARBARA, 567 FOOTHILL RD., BRIDGEWATER, NJ 08807 | |
| 10924 | BRYAN  LGH MEDICAL CENTER, 2300 SOUTH 16TH STREET, LINCOLN, NE 68502 | |
| 10924 | BRYAN & SONS, OMEGA & TY TY ROADS, TIFTON, GA 31794 | |

}

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   BRYAN C. DRAVIS, 3110 SHELLEY DR., SOUTH PARK, PA 15129

10924   BRYAN CAMPBELL, 1878 SPENSER STREET, TOLEDO, OH 43609

10925   BRYAN CAVE, 211 N BROADWAY, STE 3600, SAINT LOUIS, MO 63150-3089

10924   BRYAN HIGH SCHOOL, 3301 OAK RIDGE, BRYAN, TX 77803

10925   BRYAN JR, JACK B, 28 STEVER DR, BINGHAMTON, NY 13901-1249

10925   BRYAN L CARPENTER &, JOSEPHINE C CARPENTER JT TEN, 108 SYCAMORE CROSSING,
SAVANNAH, GA 31410-2643

10924   BRYAN LGH MED. CTR. WEST, 2300 S 16TH ST., LINCOLN, NE 68502

10925   BRYAN MANUFACTURING CO INC, 71 LEONARD ST, NORTON, MA 02766-2410

10925   BRYAN R POPE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BRYAN SCOTT MARTIN, 23 HESS BLVD, LANCASTER, PA 17601-4043

10924   BRYAN TOWERS, 2001 BRYAN STREET, DALLAS, TX 75201

10925   BRYAN WHITEHURST AS CUSTODIAN FOR, CECILIA S WHIETHURST UNDER THE, OKLAHOMA
UNIFORM TRANSFERS TO, MINORS ACT, 316 E 18TH ST, TULSA, OK 74120-7405

10925   BRYAN WHITEHURST AS CUSTODIAN FOR, CECILIA SUSAN WHITEHURST UNDER, THE OKLAHOMA
UNIFORM TRANSFERS TO, MINORS ACT, 316 E 18TH ST, TULSA, OK 74120-7405

10925   BRYAN WHITEHURST AS CUSTODIAN FOR, LAURA A WHITEHURST UNDER THE, OKLAHOMA
UNIFORM TRANSFERS TO, MINORS ACT, 316 E 18TH, TULSA, OK 74120-7405

10925   BRYAN, ANDREA, 306 NESBIT TERRACE, IRVINGTON, NJ 07111

10925   BRYAN, CATHLEEN, 20234 CANTARA ST 255, CANOGA PARK, CA 91306-0000

10925   BRYAN, DENNIS, 100 SOUTH MILAM, AMARILLO, TX 79106

10925   BRYAN, DUDLEY, 3707 RAINBOW CIRCLE, SNELLVILLE, GA 30278-2844

10925   BRYAN, JAMES, 150 LIGON ST, #703, CLEMSON, SC 29630

10925   BRYAN, JAMES, 331 VIEWMONT, GREENVILLE, SC 29609

10925   BRYAN, JEAN, 137 TCHEFUNCTE DR, COVINGTON, LA 70433

10925   BRYAN, JIM, 325 REED ROAD, WEATHERFORD, OK 73096

10925   BRYAN, JULIET E, 4300 A MODOC ST, SANTA BARBARA, CA 93110

10925   BRYAN, KERRY, 3256 AMBER ST, DELTONA, FL 32725

10925   BRYAN, MICHAEL, 2136 MILLER AVE, CHESAPEAKE, VA 23320

10925   BRYAN, ROBERT, 337 ROBERTS RD., CRAIG, CO 81625

10925   BRYAN, RONALD, 4217 VANCE ROAD, N. RICHLAND HILLS, TX 76180

10925   BRYAN, SONIA, 15451 NE 13 AVE, MIAMI, FL 33162

10925   BRYAN, WILLIAM, 3500 PELHAM RD APT #120, GREENVILLE, SC 29615

10924   BRYANS ACE HARDWARE, 848 SR 21 NORTH, MELROSE, FL 32666

10924   BRYANT & BRANT, 429 HARVEY ST, HALSTEAD, KS 67056

10924   BRYANT & BRYANT, 429 HARVEY STREET, HALSTEAD, KS 67056

10924   BRYANT ELECTRIC SUPPLY, 425 S WILSON ST., ROCK HILL, SC 29730

10924   BRYANT ELECTRIC SUPPLY, P.O. BOX 1000, LOWELL, NC 28098-1000

10925   BRYANT JR, RALPH, 252 OLD CONNECT PATH, WAYLAND, MA 01778

10924   BRYANT MEDICAL OFFICE BUILDING, REYNOLDS ROAD & I-30, BRYANT, AR 72022

10925   BRYANT SR., JAMES, 209 CAROLINA AVE, ROCKY MOUNT, NC 27801

10924   BRYANT SUPPLY COMPANY, 825 GROVES STREET, LOWELL, NC 28098-1000

10925   BRYANT, ALAN, 279 HOYT ST, MANCHESTER, NH 03103

10925   BRYANT, ALICE, RT 1 BROOKHAVEN DR, MOORE, SC 29369-9750

10925   BRYANT, ALVAS MAE, 4565 ELIZABETH ST, CINCINNATI, OH 45242

10925   BRYANT, ANTHONY, 4225 N.RITTER AVE, INDIANAPOLIS, IN 46226

10925   BRYANT, B., 1205 CRANBROOK DRIVE, HIXSON, TN 37343

10925   BRYANT, CARRIE, 102 WILLIAMS ST, GAINESVILLE, GA 30501

10925   BRYANT, CATINA, 76 ROUND MEADOW DR, KERNERSVILLE, NC 27284

10925   BRYANT, CHRISTINE, 3536 PINE, WACO, TX 76708

10925   BRYANT, CONNIE, 6706 CHALET CT., AMARILLO, TX 79124

10925   BRYANT, CYNTHIA, 343 MYRTLE DR, AUGUSTA, GA 30909

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | BRYANT, DANIEL, 530 N 14 TH, LAPORTE, TX 77571 | |
| 10925 | BRYANT, DAPHNE, PO BOX 1451, YAZOO CITY, MS 39194 | |
| 10925 | BRYANT, DARLENE, 1573 TOMMY LEE COOK, PALMETTO, GA 30268 | |
| 10925 | BRYANT, DEBORAH, 3436 E PIERCE, PHOENIX, AZ 85008 | |
| 10925 | BRYANT, DIANA, 1812 VERNON ROAD, ROCKY MOUNT, NC 27801 | |
| 10925 | BRYANT, DONALD, 2224 INDEPENDENCE APT 4, ODESSA, TX 79762 | |
| 10925 | BRYANT, DUANE, 5011 N COCHRAN, HOBBS, NM 88240 | |
| 10925 | BRYANT, EDGAR, 106 TERRACE CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | BRYANT, ERNEST, PO BOX 4417, PORTLAND, ME 04101 | |
| 10925 | BRYANT, ERVAN, RT 1 BOX 161A, HALIFAX, NC 27839 | |
| 10925 | BRYANT, ETHELINE, 2505 E. QUIALRIDGE, MIDLAND, TX 79701 | |
| 10925 | BRYANT, EUGENE, 2311 JEFFCOAT DR., CRAIG,, CO 81625 | |
| 10925 | BRYANT, FELICIA, 10319 STARWOOD DR, CHARLOTTE, NC 28215 | |
| 10925 | BRYANT, GEORGE, 16025 266TH SE, ISSAQUAH, WA 98027 | |
| 10925 | BRYANT, GLENN, 2748 GRASMERE AVE, COLUMBUS, OH 43211-1215 | |
| 10925 | BRYANT, GLORIA, 7710 ADOLPHUS DR, FAYETTEVILLE, NC 28314 | |
| 10925 | BRYANT, HILDA, 6248 N W 1ST CT, MIAMI FL, FL 33150 | |
| 10925 | BRYANT, HUBERT, 1717 FIRWOOD, PASADENA, TX 77502 | |
| 10925 | BRYANT, JAMES, 1302 HWY 25 N, TRAVELERS REST, SC 29690 | |
| 10925 | BRYANT, JAMES, PO BOX 384, SIMPSONVILLE, SC 29681 | |
| 10925 | BRYANT, JAMES, RT. 1 BOX 87, DRUMRIGHT, OK 74030 | |
| 10925 | BRYANT, JANICE, 275-B CRESTVIEW DRIVE, WAUCONDA, IL 60084 | |
| 10925 | BRYANT, JOANN, 409 TAHOKA RD, BROWNFIELD, TX 79316 | |
| 10925 | BRYANT, JOHN, PO BOX 261, OPELOUSAS, LA 70570 | |
| 10925 | BRYANT, JOHNNY, 1 STOWE CT, PIEDMONT, SC 29673 | |
| 10925 | BRYANT, JOSEPH, BOX 92 RT 1, HELENA, OK 73741 | |
| 10925 | BRYANT, JOSEPHUS, 4020- 41ST AVE NORTHBIRMINGHAM AL, BIRMINGHAM, AL 35217 | |
| 10925 | BRYANT, JOYCE, 606 BARTLETT CT NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | BRYANT, LANCE, 5815 8TH ST CT E, BRADENTON, FL 34204 | |
| 10925 | BRYANT, LAURIE, 4161 E. SHORE CT., DOUGLASVILLE, GA 30135 | |
| 10925 | BRYANT, LINDA, 5014 N. CAPITOL AVE., INDIANAPOLIS, IN 46208 | |
| 10925 | BRYANT, LORENZO, 926 W 13TH ST, LAKELAND, FL 33805-2713 | |
| 10925 | BRYANT, LORI, 534 1/2 BURNETT FERRY ROAD, ROME, GA 30161 | |
| 10925 | BRYANT, MARK, 1615 RUIDOSA, WICHITA FALLS, TX 76305 | |
| 10925 | BRYANT, MARQUIS, 2508 MCKENLY AVE, NEW BERN, NC 28560 | |
| 10925 | BRYANT, MICHAEL, 5413 WINDING BROOK, DICKINSON, TX 77539 | |
| 10925 | BRYANT, MICHELLE, 54 JULIET AVE, SOMERSET, NJ 08873 | |
| 10925 | BRYANT, MONOLITO, 4217 ROY AVE, MACON, GA 31206 | |
| 10925 | BRYANT, NANCY, 2605 TAFT ST., KILLEEN, TX 76543 | |
| 10925 | BRYANT, OLEATHA, 816 DORA DRIVE, ANDERSON, SC 29621 | |
| 10925 | BRYANT, PATSY, 1609 PRINCESS HELEN, MOBILE, AL 36618 | |
| 10925 | BRYANT, PENNY, 1232 W SMALL, MOMENCE, IL 60954 | |
| 10925 | BRYANT, REBECCA, 9004 BELLBROOK LANE, KNOXVILLE, TN 37923 | |
| 10925 | BRYANT, REGINA, PO BOX 126, HALSTEAD, KS 67056 | |
| 10925 | BRYANT, RODERICK, 2801 WALNUT BEND LN., HOUSTON, TX 77042 | |
| 10925 | BRYANT, RONNIE, PO BOX 1514, PRESTONSBURG, KY 41653 | |
| 10925 | BRYANT, SAMUEL, 427 FAIRVIEW ST 71-2, FOUNTAIN INN, SC 29644 | |
| 10925 | BRYANT, SHARON, 3225 FERN NALLEY DR, MARIETTA, GA 30060 | |
| 10925 | BRYANT, STEPHEN, 3859 WOOD HOLLOW, EULESS, TX 76040 | |
| 10925 | BRYANT, T, 67 NORTH MAIN ST, STARTEX, SC 29377 | |
| 10925 | BRYANT, TARA, 809 SOUTH NINTH ST., GRIFFIN, GA 30223 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    BRYANT, THOMAS, 165 RIDGEWOOD DRIVE, INMAN, SC 29349

10925    BRYANT, TIMOTHY, PO BOX 636, LIBERTY, MS 39645

10925    BRYANT, TRACEY, 84 SHERMAN PLACE, IRVINGTON, NJ 07111

10925    BRYANT, TRICIA, 105 COURY RD., FORT WORTH, TX 76140

10925    BRYANT, VALERIEA, 19776 MANSFIELD, DETROIT, MI 48235

10925    BRYANT, WADE, 125 KELLETT PARK DR, GREENVILLE, SC 29607

10925    BRYANT, WILLIAM, 198 VISTA RIDGE POINT, EVANSTON, WY 82930

10925    BRYANT, WILLIE, 1334 W. 65TH AVE., PHILADELPHIA, PA 19126

10925    BRYANT, WILLIE, 2001 E. CLINTON, 127, HOBBS, NM 88240

10925    BRYANT, WINIFRED, 2329 GLADYS, BEAUMONT, TX 77702

10925    BRYANT, WINIFRED, 2329 GLADYS, BEAUMONT, TX 77705

10924    BRYCE HILL INC., 8801 ROUTE 36 WEST, SAINT PARIS, OH 43072

10924    BRYCE HILL INCORPORATED, 8801 ROUTE 36 WEST, SAINT PARIS, OH 43072

10924    BRYCE HILL, INC., 2301 SHERIDAN AVE., SPRINGFIELD, OH 45501

10924    BRYCE HILL, INC., 2301 SHERIDAN AVENUE, SPRINGFIELD, OH 45501

10924    BRYCE HILL, INC., 401 S. EDGEWOOD, URBANA, OH 43078

10924    BRYCE VALLEY SUPPLY, 85 NORTH RED ROCK DRIVE, CANNONVILLE, UT 84718

10924    BRYCE VALLEY SUPPLY, GO 2ND NORTH TO PIGWIG LANE, 700 W. 98 S., PANGUITCH, UT 84759

10924    BRYCE VALLEY SUPPLY, P O BOX 218, CANNONVILLE, UT 84718

10924    BRYCE VALLEY SUPPLY, POST OFFICE BOX 218, CANNONVILLE, UT 84718

10925    BRYCE, DARREN, 1926 TEAL CLUB RD, OXNARD, CA 93030

10925    BRYCE, DEENA, 2582 YARDARM AVE, PORT HUENEME, CA 93041

10924    BRYCON CONSTRUCTION, 134 RIO RANCHO BLVD NE, RIO RANCHO, NM 87124

10925    BRYDLE, JOHN, 4025 N. BELTLINE, IRVING, TX 75038

10925    BRYE, ANN, 4412 BRUNSWICK DR, EIGHT MILE, AL 36613

10925    BRYER-STEPP, LINDA, 5141 B NESTING WAY, DELRAY BEACH, FL 33484

10925    BRYG, MARY, 4132 E COCHISE, PHOENIX, AZ 85028

10924    BRYNMARR COLLEGE, MONTGOMERY AVENUE, BRYN MAWR, PA 19010

10925    BRYON W MEDINA, 6051 WEST 65TH ST, BEDFORD PARK, IL 60638

10925    BRYSON UTILITIES, INC, ROUTE 1-227, ENOREE, SC 29335

10925    BRYSON, ANN, 6906 WEIL DR., BROWNSBURG, IN 46112

10925    BRYSON, DON, 502 BRAMFORD WAY, SIMPSONVILLE, SC 29680

10925    BRYSON, DOUGLAS, 1288 GREENFIELD RD, WESTMINSTER, SC 29693

10925    BRYSON, KIMBERLY, 1514 13TH AVE N, ST. PETERSBURG, FL 33705

10925    BRYSON, MARY, HC 2277A BOX 290, CANYON LAKE, TX 78133

10925    BRYSON, OLLIE, 5909 SUNLAND, BAKERSFIELD, CA 93304

10925    BRYSON, RONALD, RTE. 2, BOX 987, LAURENS, SC 29360

10925    BRYSON, WILLIAM, 66 VALLEY VIEW CIRCLE RD, WAYNESVILLE, NC 28786

10925    BRYTON TECHNOLOGY INC, 905 EAST MAIN ST, TOULON, IL 61483

10925    BRZEZINSKI, JOSEPH, 2981 SORENSON DR., GREEN BAY, WI 54313

10925    BRZEZINSKI, ROBERT, 607 S ALBERT ST, MT PROSPECT, IL 60056

10925    BS & B SAFETY SYSTEMS INC, C/O LINDEN EQUIPMENT CO, HARWOOD HEIGHTS, IL 60656

10925    BS & B SAFETY SYSTEMS, 162 WOBURN ST, ANDOVER, MA 01810

10924    B'S POOL CENTER INC, AFFTON, 11420 CONCORD VILLAGE AVE., AFFTON, MO 63123

10924    B'S POOL CENTER, INC., 7933 N LINDBERG, HAZELWOOD, MO 63042

10924    BS POOL CENTERS INC, 11420 CONCORD VLLGE, AFFTON, MO 63123

10924    B'S WAREHOUSE**USE #238856**, 5895 SUE MANDY DRIVE, SAINT PETERS, MO 63376

10924    B'S WAREHOUSE, 5895 SUE MANDY DRIVE, SAINT PETERS, MO 63376

10925    BS&B SAFETY SYSTEMS INC, POBOX 94355, TULSA, OK 74194

10925    BS&B SAFETY SYSTEMS, PO BOX 94355, TULSA, OK 74194

10925    BSCES STRUCTURAL GROUP, 50 MILK ST, BOSTON, MA 02109

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BSE INDUSTRIAL CONTRACTORS INC, PO BOXS 5563, BIRMINGHAM, AL 35207

10925   BSFS EQIPMENT LEASING, PO BOX 94639, CLEVELAND, OH 44101-4639

10925   BSFS EQUIPMENT LEASING, 501 CORPORATE CENTRE DR SUITE 600, FRANKLIN, TN 37067

10925   BSFS EQUIPMENT LEASING, 5555 WINDWARD PKWY, ALPHARETTA, GA 30201

10925   BSFS EQUIPMENT LEASING, PO BOX 642888, PITTSBURGH, PA 15264-2888

10925   BSFS EQUIPMENT LEASING, PO BOX 740428, ATLANTA, GA 30374-0428

10925   BSFS EQUIPMENT LEASING, POBOX 3083, CEDAR RAPIDS, IA 52406

10925   BSI CORP., PO BOX 328, SOPERTON, GA 30457-0328

10925   BSI, 5711 HILLCROFT ST, HOUSTON, TX 77036

10925   BSK, 117 V ST, BAKERSFIELD, CA 93304

10925   BST PRO GROUP ROOM 170 NF, 125 PERIMETER CENTER WEST, ATLANTA, GA 30346

10924   BSU MULTI USE BUILDING, UNIVERSITY DRIVE & BRADY, BOISE, ID 83701

10924   BT & E UTILITY PRODUCTS, 13 FORTUNE DRIVE, BILLERICA, MA 01821

10925   BT GINNS RETAIL DIVISION, PO BOX 2157, LANDOVER, MD 20784

10925   BT OFFICE PRODUCTS INTL, PO BOX 64796, BALTIMORE, MD 21264-4796

10925   BT OFFICE PRODUCTS, PO BOX 840181, DALLAS, TX 75284-0181

10925   BT& R LANDSCAPING,INC, PO BOX 4187, EAST ORANGE, NJ 07019

10925   BT, EIGHT, 12, 12, NY, NY 11111

10925   BT, FIVE, 12, 12, NY, NY 11111

10925   BT, FOUR, 12, 12, NY, NY 11111

10925   BT, NINE, 12, 12, NY, NY 11111

10925   BT, ONE, 12, 12, NY, NY 11111

10925   BT, ONE, DITM, NY, NY 10001

10925   BT, SEVEN, 12, 12, NY, NY 11111

10925   BT, SIX, 12, 12, NY, NY 11111

10925   BT, THREE, 333, 333, NY, NY 11111

10925   BT, TWO, 12, 12, NY, NY 11111

10925   BT, TWO, 25 STR, NY, NY 10010

10925   BT2 INC, 2830 DAIRY DRIVE, MADISON, WI 53718-6751

10925   BTC MITCHELL, POBOX 634, LAFAYETTE HILL, PA 19444

10925   BTM CORP., 300 DAVIS RD., MARYSVILLE, MI 48040

10924   BTU BLOCK & CONCRETE, 115 CIMARRON AVE, RATON, NM 87740

10924   BTU BLOCK & CONCRETE, 115 CIMARRON AVENUE, RATON, NM 87740

10924   BTU FIREPROOFING, 3121 UNIT E. GLEN ROYAL ROAD, RALEIGH, NC 27612

10924   BTU FIREPROOFING, 7330 CHAPEL HILL ROAD, RALEIGH, NC 27607

10924   BU PHOTOICS, BOSTON UNIVERSITY, BOSTON, MA 02113

10924   BU PHOTONICS, BOSTON UNIVERSITY, BOSTON, MA 02201

10925   BUBAR, HARLEY, 58 OLD ORCHARD RD, RIVERSIDE, CT 06878

10925   BUBASH, RICHARD, 980 CHESTNUT AVE., PITTSBURGH, PA 15234

10925   BUBB, KATHY SARGEN, 118 N THORTON AVE, ORLANDO, FL 32801

10924   BUBBLE TECHNOLOGY INDUSTRIES, 351 MAIN STREET, MASSENA, NY 13662

10924   BUBBLE TECHNOLOGY INDUSTRIES, HWY 17, CHALK RIVER, ON K0J 1J0TORONTO        *VIA Deutsche Post*

10925   BUBELA, C JAN, SANTISIMO 27, SAN ANGEL, 01000MEXICO        *VIA Deutsche Post*

10925   BUBNIS, JAMES, BOX 70 RD#2, ASHLAND, PA 17921

10925   BUBOLZ, DONALD, 538 W. KINNE AVE., ELLSWORTH, WI 54011

10925   BUCCELLA, GUIDO, 641 SARATOGA ST, E BOSTON, MA 02128

10925   BUCCI, DORIS, 7 HANSON ST, WAKEFIELD, MA 01880

10925   BUCCI, KATHY, 12 CONCORD ST, MALDEN MA, MA 02148

10925   BUCCI, RICHARD, 7 HANSON ST, WAKEFIELD, MA 01880

10925   BUCCIARELLI CONTRACTORS INC, 369 ROBINSON DRIVE, BROOMALL, PA 19008

10925   BUCCOLO, ADAM, 222 LIBBY LANE, MAULDIN, SC 29662

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BUCE, MARTHA, 1001 WOLCOTT LANE, WICHITA FALLS, TX 76305

10925   BUCENS, PAUL, 33 HARVARD ROAD, LITTLETON, MA 01460

10925   BUCENS, PAUL, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   BUCH SR, GEORGE, 7774 CORK LANE, PASADENA, MD 21122

10925   BUCH, SHERRY, 3905 N WINDSOR 6, VICTORIA TX, TX 77901

10925   BUCHALTER, BERNARD, 16 WESSON TERRACE, NORTHBORO, MA 01532-9998

10925   BUCHANAN ESQ, WHITNEY, 3200 MONTE VISTA BLVD NE, ALBUQUERQUE, NM 87106

10925   BUCHANAN INGERSOLL PROF CORP, TWO LOGAN SQUARE 12TH FL, PHILADELPHIA, PA 19103-2771

10925   BUCHANAN WM. SUPPLY CO, 6314 WIEHE ROAD, CINCINNATI, OH 45237

10925   BUCHANAN, A, 2233 B REXFORD RD, CHARLOTTE, NC 28211

10925   BUCHANAN, ALFRED, 405 S 16TH ST, ST JOSEPH, MO 64501

10925   BUCHANAN, BARBARA, 5325 BRYCE LA, RICHMOND, VA 23224

10925   BUCHANAN, BETTY, HC 73 BOX 903, LOCUST GROVE, VA 22508

10925   BUCHANAN, BRIAN, 1 LUKE DRIVE, PASADENA, MD 21122

10925   BUCHANAN, CONNIE MARTA, 3001 SW AVALON WAY, SEATTLE, WA 98126-2675

10925   BUCHANAN, DAVID, 202 HAROLD LANE, BAYTOWN, TX 77521

10925   BUCHANAN, DWAYNE, 12 EASTLYN DR, BARDONIA, NY 10954

10925   BUCHANAN, DWIGHT, 113 SALEM COURT, GREENVILLE, SC 29611

10925   BUCHANAN, DWIGHT, 2913 OLD EASLEY BR RD, GREENVILLE, SC 29611

10925   BUCHANAN, EDNA, 2913 OLD EASLEY BR RD, GREENVILLE, SC 29611

10925   BUCHANAN, EDNA, 714 R.L. STOWE RD, BELMONT, NC 28012

10925   BUCHANAN, GARY, 4133 APRIL ST SOUTH, LAKELAND, FL 33813

10925   BUCHANAN, GEORGE, 729 CASCADE DRIVE NORTH, MT LAUREL, NJ 08054-2847

10925   BUCHANAN, JAMES, 208 PHILADELPHIA PK, WILMINGTON, DE 19809

10925   BUCHANAN, JAMES, 39 TANAGER ROAD, ATTLEBORO, MA 02703

10925   BUCHANAN, JASON, 403 DEWSBURY LANE, PIEDMONT, SC 29673

10925   BUCHANAN, JEANNE, 443 MIDSUMMER CT, ROYAL PALM BCH, FL 33411

10925   BUCHANAN, LUNATA, 520 CLINTON ST, IRONTON, OH 45638

10925   BUCHANAN, MARY ANN, 509 TOLAR ROAD, TRAVELERS REST, SC 29690

10925   BUCHANAN, MICHAEL J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BUCHANAN, MICHAEL, 2 OAK TERRACE APT. #3, SOMERVILLE, MA 02143

10925   BUCHANAN, MICKEY, PO BOX 669, ASHDOWN, AR 71822-0669

10925   BUCHANAN, PAUL, 5535 NORTH MAYFIELD AVE, SAN BERNARDINO, CA 92407

10925   BUCHANAN, REBECCA, 1 LUKE DRIVE, PASADENA, MD 21122

10925   BUCHANAN, RICHARD, 1808 MAINE ST, 4, GOWRIE, IA 50543

10925   BUCHANAN, ROBERT, 113 SALEM CT, GREENVILLE, SC 29617

10925   BUCHANAN, ROBERT, 443 MIDSUMMER COURT, ROYAL PALM BCH, FL 33411

10925   BUCHANAN, SHARON, 1220 NW 90TH, OKLAHOMA CITY, OK 73114

10925   BUCHANAN, STANLEY, 82 BROOKHOLLOW DRIVE, WIMBERLEY, TX 78676-2504

10925   BUCHANAN, TROY, 1720 GARDEN DR APT 4, ATHENS, TN 37303

10925   BUCHANON, LILLIAN, 34-10 RAVENS CREST DR, PLAINSBORO, NJ 08536

10925   BUCHENAU, DARLENE, 381 BLUE REEF, HIAWATHA, IA 52233

10925   BUCHERRI, JR, PAUL, 2206 SAN GULLY RD, LAKELAND, FL 33803

10925   BUCHFINCK, MERRILL, BOX 96, ZAP, ND 58580-0000

10924   BUCHHOLTZ GLASS CO., 620 WINSLOW AVENUE, BUFFALO, NY 14211

10925   BUCHHOLZ, AMY, 1360 HONEYSUCKLE RD, HARTFORD, WI 53027

10925   BUCHHOLZ, ARNOLD, 531 SECOND ST NW, HARTLEY, IA 51346

10925   BUCHLEIN, BARBARA, 623 W. MARKET ST., BETHLEHEM, PA 18018

10925   BUCHMA, STEPHANIE, 32 FAIRMOUNT AVE, BRIDGEWATER, NJ 08807

10925   BUCHMAN, JOHN, PO BOX 12, KENNEDYVILLE, MD 21645

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BUCHMAN, MARK, 1400 HIGHLAND RD, STILLWATER, MN 55082

10925   BUCHOLZ, DANIEL, 13680 S.W. ESTUARY DRIVE, BEAVERTON, OR 97006

10925   BUCHOLZ, LORI, 827 STONEWALL DR, FRONT ROYAL, VA 22630

10924   BUCH'S MARKET, C/O COMMERCIAL INTERIOR SYSTEMS, S.E. CNR. OF 6 MILE & NEWBURGH, LIVONIA, MI 48150

10925   BUCIARSKI, WILLIAM, 2106 FOX GAP R.D., BANGOR, PA 18013

10925   BUCINI, DAVID, 308 MIRAMONTES AVE, HALF MOON BAY, CA 94019

10925   BUCK CONSULTANTS INC, 500 PLAZA DRIVE, SECAUCUS, NJ 07096-1533

10924   BUCK KNIVES, INC., 1900 WELD BOULEVARD, EL CAJON, CA 92020

10925   BUCK, BARBARA, 502 OSPREY DRIVE # 208, DELRAY BEACH, FL 33444

10925   BUCK, DENNIS, PO BOX 1261, INYOKERN, CA 93527

10925   BUCK, EDDY, 18 SILVER POND DRIVE, APPLE CREEK, OH 44606

10925   BUCK, FREDERICK, 4465 E. GENESEE ST., SYRACUSE, NY 13214

10925   BUCK, GLORIA, 155 HERCULES DR., SPARKS, NV 89436

10925   BUCK, GUY, 1515 CHURCHILL CT, 105, PALATINE, IL 60067

10925   BUCK, HELEN, 3307 ROUNDHILL AVE, ROANOKE, VA 24012

10925   BUCK, JAMES, W258 HWY D PO BOX 38, HONEYCREEK, WI 53138

10925   BUCK, JEROLD, 1400 LOMBARDI AVE SUITE 201 SOUTH, GREEN BAY, WI 54304

10925   BUCK, JEROLD, 516 SIXTEENTH ST, GREEN BAY, WI 54303

10925   BUCK, ROBERT, 6504 DOLPHEN COURT, GLEN BURNIE, MD 21061

10925   BUCK, WILLIAM, 3524 GRAND AVE , APT. 505, DES MOINES, IA 50312-4341

10925   BUCKALEW, DARLESA, 8011 N 7TH ST, PHOENIX, AZ 85020

10925   BUCKALEW, DOSS, 2094 CHESTNUT LOG DR, LITHIA SPRINGS, GA 30057

10925   BUCKBEE, DEAN A, CUST FOR ASHLEY MARIE BUCKBEE, UNDER THE NY UNIF GIFT MIN ACT, BOX 236, 37 FIRE TOWER RD, GRAFTON, NY 12082

10925   BUCK-EL CO., 2727 NORTHWEST 62ND ST., FT. LAUDERDALE, FL 33309

10925   BUCK-EL INC., 564 CENTRAL AVE, MURRAY HILL, NJ 07974-1573

10925   BUCKENDORF, JO, 407 A N. ELM ST., ARLINGTON, TX 76011

10925   BUCKEYE PUMP, 24 EAST 76TH ST, CINCINNATI, OH 45216-1612

10925   BUCKEYE PUMP, PO BOX 643002, CINCINNATI, OH 45216-1612

10925   BUCKEYE PUMPS INC, PO BOX 643002, CINCINNATI, OH 45264-3002

10924   BUCKEYE SECURITY, 1050 DELTA AVE SUITE 100-200, CINCINNATI, OH 45208

10925   BUCKEYE TANK & TRAILER INC, 6626 STATE ROUTE 795, WALBRIDGE, OH 43465

10924   BUCKHEAD STATION, C/O CHAMBLESS FIREPROOFING, ATLANTA, GA 30326

10925   BUCKINGHAM PROPERTIES, 1100 UNIVERSITY AVE, ROCHESTER, NY 14607

10924   BUCKINGHAM, BROWN & NICHOLS, C/O EAST COAST F.P., C/O NORWOOD WHSE, 505 UNIVERSITY AVE. - BLDG. #3, NORWOOD, MA 02062

10925   BUCKINGHAM, WADE, 1139 ELMWOOD DR, MILLBRAE, CA 94030

10925   BUCKLES, A, 11TH FL FLAT F TOWER 4HONG KONG GOLD COAST, TUEN MUN, NT., HONG KONG    *VIA Deutsche Post*

10925   BUCKLES, DAVID, 850 RBC RD 10, MEEKER, CO 81641

10925   BUCKLES, RALPH, 10315 44TH AVE W LOT 9-G, BRADENTON, FL 34210

10925   BUCKLEW, B, 7174 TR 501, BIG PARADISE, OH 44611

10925   BUCKLEW, BEVERLY, 394 WALKUP ST., MILLERSBURG, OH 44654

10925   BUCKLEW, BRANDI, RR 1, BOX 1282A, KINGWOOD, WV 26537

10925   BUCKLEW, DAVID, 3526 POINT CLEAR DRIVE, MISSOURI CITY, TX 77459-3703

10925   BUCKLEY & MENDELSON P.C., 39 NORTH PEARL ST, ALBANY, NY 12207

10925   BUCKLEY BROTHERS INC, 56 EDMUND ST, MALDEN, MA 02148

10925   BUCKLEY III, EDWARD, 231 NORTH ST, NORTH ADAMS, MA 01247

10925   BUCKLEY, ELERY, 56 REVERE ROAD, WOBURN, MA 01801-5356

10925   BUCKLEY, EVELYN, 23 THOMPSON ROAD, MARBLEHEAD, MA 01945-2003

10925   BUCKLEY, JAY E, 3530 CROWN BLVD, LA CROSSE, WI 54601-8323

10925   BUCKLEY, JERI, 1710 KINGSBORO, CASPER, WY 82601

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BUCKLEY, JOHN, 9811 REYNOLDA RD, LOUISVILLE, KY 40223

10925   BUCKLEY, LORETTA, 900 LAKESHORE DRIVE, BRANDON, MS 39042

10925   BUCKLEY, LORRI, 280 FRANKLIN FINLY RD, EASLEY, SC 29640

10925   BUCKLEY, MARY, 152 NORTH MAIN ST, RAYNHAM, MA 02767

10925   BUCKLEY, NANCY, 570 OREGON AVE, CLIFFSIDE PARK, NJ 07010

10925   BUCKLEY, NOREEN, FLUSHING, NY 11355

10925   BUCKLEY, RHONDA, 4947 BARFIELD RD, MEMPHIS, TN 38117-2703

10925   BUCKLEY, STEPHEN, 11 SAWYER CT, MALDEN, MA 02148

10925   BUCKLEY, THOMAS, 492 MASS AVE APT 23, BOSTON, MA 02115

10925   BUCKLEY, TRAVIS, 110, ELLISVILLE, MS 39437

10925   BUCKLEY, WILLIAM, 763 WILDER ST, LOWELL, MA 01851

10925   BUCKLEY/SWARTZ, 7 BRISTOL ROAD, MARBLEHEAD, MA 01945-2703

10924   BUCKMAN LABORATORIES INC, 1256 N MCLEAN STREET, MEMPHIS, TN 38108

10925   BUCKMAN LABORATORIES, PO BOX 101258, ATLANTA, TN 30392-1258

10925   BUCKMAN, CHARLES, 20 HOLMES ROAD, NORTH ATTLEBORO, MA 02760

10925   BUCKMASTER, RAMONA, 1121 W CORNELIA, IOWA PARK, TX 76367

10925   BUCKMASTER, TAMMY, 360 ST. PAUL ST, DENVER, CO 80206

10925   BUCKNER BARRELL, HYW 11 SOUTH, SPRINGVILLE, AL 35146

10925   BUCKNER BARRELL, PO BOX 889, SPRINGVILLE, AL 35146

10925   BUCKNER PLUMBING & HEATING CO,INC, 2749 QUEENSTOWN ROAD, TRUSSVILLE, AL 35173

10925   BUCKNER, DOROTHY, 5261 N. 46TH ST, MILWAUKEE, WI 53218

10925   BUCKNER, LOUIS, 1601 LANSDOWNE WAY, SILVER SPRING, MD 20910

10925   BUCKNER, TAMARA, 460 PUMA DRIVE, CARSON CITY, NV 89704

10925   BUCKNER, VERONICA, 1001 IKES ROAD, TAYLORS, SC 29687

10925   BUCKY THE CLOWN, 133 PETITE ST., LAKE CHARLES, LA 70605

10925   BUCLOUS, ELLIOT, 406 BENFIELD RD, SEVERNA PARK, MD 21146

10925   BUCUZZO, WILLIAM, 41 EDORS ST, HAVERHILL, MA 01832

10925   BUCZKO, STANLEY, 1901 MARNE, BOLINGBROOK, IL 60440

10925   BUD HILGER, 8245 S SAYRE, BURBANK, IL 60459-1630

10924   BUD`S TRANSIT MIX, 2230 SCHARF TRAIL, EAST TAWAS, MI 48730

10925   BUDACZ JR., DONALD H, 320 LEEANNE ROAD, BALTIMORE, MD 21221

10925   BUDAKIAN, PETER, 316 WEST 78TH ST, 1F, NEW YORK, NY 10024

10925   BUDAY, TAMMY, 132 W. 137TH, GALLIANO, LA 70354

10925   BUDD COMPANY THE, 3155 W. BIG BEAVER RD., TROY, MI 48084

10925   BUDD SERVICES INC., PO BOX 651085, CHARLOTTE, NC 28265-1085

10925   BUDD, DAVID, 120 MADISON AVE., S. BOUND BROOK, NJ 08880

10925   BUDD, SUZANNE, 5216 WOODAM CT, COLUMBIA, MD 21044

10925   BUDDAY, ANNA, 1135 ANDERSON ST, WILSON, NC 27893

10925   BUDDE SCHOU & CO A/S, VESTERGADE 31, DK-1456 KOBENHAVN K, 01456DENMARK    *VIA Deutsche Post*

10925   BUDDE SCHOU OSTENFELD A/S, VESTER SOGADE 10, COPENHAGEN V, DK-1601DENMARK    *VIA Deutsche Post*

10925   BUDDHA, AYSHA, 34 CANTERBURY CT, TEANECK, NJ 07666

10925   BUDDINGTON, ARTHUR R, 3902 COMMANDER DR, HYATTSVILLE, MD 20782-1024

10925   BUDDY RATLEY SIGNS, 2207 DAYTON BLVD., RED BANK, TN 37415

10924   BUDDY'S REDIMIX, 402 ELECTRIC ROAD, SWAINSBORO, GA 30401

10924   BUDDY'S REDIMIX, ATTN: ACCOUNTS PAYABLE, SWAINSBORO, GA 30401

10925   BUDEKES PAINTS, 418 S. BROADWAY, BALTIMORE, MD 21231

10925   BUDGET DOOR OF CINCINNATI, 11092 SOUTHLAND ROAD, CINCINNATI, OH 45240

10925   BUDGET PRINTING, 9305 GERWIG LANE, SUITE B, COLUMBIA, MD 21046

10925   BUDGET RENT A CAR, 3657-B OLD SANTA RIT, PLEASANTON, CA 94588

10925   BUDIANSKY, ETHAN, 10 MOHAWK DRIVE, ACTON, MA 01720

10925   BUDIANSKY, LEAH, 198 COLLEGE HILL ROAD, CLINTON, NY 13323

)

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | BUDIANSKY, NOAH, 2643-A BARRACKS ROAD, CHARLOTTSVILLE, VA 22901 | |
| 10925 | BUDIANSKY, NOAH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | BUDIHADJO, DJOKO, BLOK A4/10 JI NURI L, PONDOK PEKAYON INDAH, BEKASI, JAWA BARAT, 17148INDONESIA | *VIA Deutsche Post* |
| 10925 | BUDISCH, SYLVIA, 340 EAST DARLENE LA, OAK CREEK, WI 53154-5712 | |
| 10925 | BUDLOW, PAUL, 8812 MEADOW HEIGHTS, RANDALLSTOWN, MD 21133 | |
| 10925 | BUDNE CHARLES REINKE &, DIANE G REINKE JT TEN, 2503 HENDERSON AVE, WHEATON, MD 20902-2039 | |
| 10924 | BUDNEY OVERHALL & REPAIR, 131 NEW PARK DRIVE, BERLIN, CT 06037 | |
| 10925 | BUDNY, RACHAEL, 8215 195TH AVE, BRISTOL, WI 53104 | |
| 10925 | BUDREAU, PAULA, 29 JOURDEN, BOURBONNAIS, IL 60914 | |
| 10924 | BUD'S TRANSIT MIX, 1275 HALE RD, OMER, MI 48749 | |
| 10924 | BUD'S TRANSIT MIX, 2230 SHARF TRAIL, EAST TAWAS, MI 48730 | |
| 10924 | BUD'S TRANSIT MIX, 3247 COOK ROAD, WEST BRANCH, MI 48661 | |
| 10925 | BUDWAY TRUCKING &, PO BOX 959, LIVINGSTON, CA 95334 | |
| 10925 | BUDY, VIOLA, 1408 SOUTHLAND VISTACRT.APT.D, ATLANTA, GA 30329 | |
| 10925 | BUDZ, JOHN, 4920 W 84TH ST, BURBANK, IL 60459 | |
| 10925 | BUDZILEK, LISA, 804 RED DEER LANE, CORAOPOLIS, PA 15108 | |
| 10925 | BUDZINSKI, JOHN, 29 SEABROOK VILLAGE, SEABROOK, NH 03874 | |
| 10925 | BUDZINSKI, KATHERINE, 20422 W. MEADOWOOD DR., SUN CITY WEST, AZ 85375 | |
| 10925 | BUDZYNSKI, FRANK, 11603 CEDAR LANE, KINGSVILLE, MD 21087-0000 | |
| 10925 | BUECHE, CARL, 505 WRIGHT AVE., HOUMA, LA 70364 | |
| 10925 | BUECHEL-STIMMEL, ELLEN, 9 RUSKIN COURT, WAYNE, NJ 07470 | |
| 10925 | BUECHLER, STEVEN, 1481 LIBERTY ST, GREEN BAY, WI 54304 | |
| 10925 | BUEGELER, GARY, RT. 3, BOX 474-A, ALICE, TX 78332 | |
| 10925 | BUEHLER LTD, POBOX 73828, CHICAGO, IL 60673-7828 | |
| 10925 | BUEHLER LTD., PO BOX 73828., CHICAGO, IL 60673-7828 | |
| 10925 | BUEHLER, LTD, 41 WAUKEGAN RD., LAKE BLUFF, IL 60044 | |
| 10924 | BUEHNER BLOCK CO, P.O.BOX 15940, SALT LAKE CITY, UT 84115 | |
| 10924 | BUEHNER BLOCK COMPANY, 2800 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84104 | |
| 10924 | BUEHNER BLOCK COMPANY, 2800 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115 | |
| 10924 | BUEHNER BLOCK COMPANY, 2800 SOUTHWEST TEMPLE, SALT LAKE CITY, UT 84115 | |
| 10924 | BUEHNER BLOCK, 2800 SOUTH WEST TEMPLE, SALT LAKE CITY, UT 84115 | |
| 10924 | BUEHNER BLOCK, 585 W. MAPLE, POCATELLO, ID 83201 | |
| 10925 | BUEHNER JT TEN, LAWRENCE H & ARDUS B, 3161 PRUNE AVE, PATTERSON, CA 95363-9746 | |
| 10925 | BUELL, ROBERT, 901 CLUSTER DR, YALAHA, FL 34797 | |
| 10925 | BUELL, ROSEMARY, 4527 NASHWOOD LANE, DALLAS, TX 75244 | |
| 10925 | BUELL, VICKI, 750 STILLWATER, 185, FALLON, NV 89406 | |
| 10925 | BUELMAN, JOHN, 109 HARTER DRIVE, SUMMERVILLE, SC 29485 | |
| 10924 | BUENA VISTA ELEMENTARY SCHOOL, 310 SOUTH BATESVILLE ROAD, GREER, SC 29650 | |
| 10924 | BUENA VISTA ELEMENTARY, 151 SOUTH BATESVILLE RD., GREER, SC 29650 | |
| 10925 | BUENAVENTURA, LETICIA, 7525 ABBINGTON DR, OXON HILL, MD 20745 | |
| 10925 | BUENAVISTA, VIRGINIA, 473 KARRA CT., CHULA VISTA, CA 91910 | |
| 10925 | BUENDEL, STEVEN, 1301 EDITH DR, ALICE, TX 78332 | |
| 10925 | BUENO, ALEXANDER, 23626 TONADA LN, MORENO VALLEY, CA 92557 | |
| 10925 | BUENO, ARTURO, 4219 W ARTESIA BLVD, TORRANCE, CA 90504-3198 | |
| 10925 | BUENO, JACQUELINE M, 18 FRANCO AVE, SELDEN, NY 11784 | |
| 10925 | BUENTELLO, DAVID, PO BOX 594, SAN DIEGO, TX 78384 | |
| 10925 | BUENTILLO, LYDIA, 2501 WESTRIDGE, HOUSTON, TX 77054 | |
| 10925 | BUENVIAJE, FELEMARIE, 1743 S 2ND ST., EL CENTRO, CA 92243 | |
| 10925 | BUERKLE, EDITH, 14 CLEVELAND ST, SOMMERVILLE, NJ 08876-2603 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | BUERKLIN, AGNES, 15A HAZELWOOD DRIVE, PITTSGROVE, NJ 08318 | |
| 10925 | BUESCHER, ELIZABETH, 569 HUNTMERE DR, BAY VILLAGE, OH 44140 | |
| 10925 | BUESCHER, ROBERT, 4135 N. 17TH ST., PHOENIX, AZ 85016 | |
| 10925 | BUESING, ARNOLD, 1375 WALNUT ST, SYRACUSE, NE 68446-9750 | |
| 10925 | BUETTNER, LISA, 2624 ENTERPRIZE RD, CLEARWATER, FL 34619 | |
| 10925 | BUFETE AREMERO Y CIA S.R.C, VELAZQUEZ 21, MADRID, 28001SPAIN | *VIA Deutsche Post* |
| 10925 | BUFETE AREMERO Y CIA S.R.C., VELAZUEZ 21, MADRID, 28001SPAIN | *VIA Deutsche Post* |
| 10925 | BUFETE CASTILLO LOVE, 7 AVE 5-10 ZONA 4, CENTRO FINANCIERO, TORRE 11 NOVEL 11, GUATEMALA CITY, 01004GUATEMALA | *VIA Deutsche Post* |
| 10925 | BUFF, CHRISTOPHER, 2879 CALHOUN PLACE, SUWGNEE, GA 30174 | |
| 10924 | BUFFALO AIRPORT III, 91 HOLTZ ROAD, CHEEKTOWAGA, NY 14225 | |
| 10924 | BUFFALO AIRPORT, 4200 GENESEE STREET, CHEEKTOWAGA, NY 14225 | |
| 10924 | BUFFALO BILL HISTORICAL CTR., 720 SHERIDAN AVE., CODY, WY 82414-3428 | |
| 10924 | BUFFALO BILLS, A&F, STATELINE, NV 89019 | |
| 10924 | BUFFALO BLOCK CO., 242 HOPKINS STREET, BUFFALO, NY 14220 | |
| 10925 | BUFFALO HAMMER MILL, 222 CHICAGO ST., BUFFALO, NY 14204 | |
| 10924 | BUFFALO INTERNATIONAL AIRPORT, CAMBRIDGE, MA 99999 | |
| 10924 | BUFFALO INTERNATIONAL AIRPORT, EAST TERMINAL GENESEE STREET, CHEEKTOWAGA, NY 14225 | |
| 10925 | BUFFALO PYSCH CENTER, 400 FOREST AVE, BUFFALO, NY 14213 | |
| 10925 | BUFFALO TECHNOLOGIES CORP, POBOX 3453, BUFFALO, NY 14240 | |
| 10925 | BUFFALO TECHNOLOGIES CORP., PO BOX 3453, BUFFALO, NY 14240 | |
| 10925 | BUFFALO WIRE WORKS COMPANY INC, PO BOX 129, BUFFALO, NY 14240-0129 | |
| 10925 | BUFFINGTON, JEROME, 842 PANOLA ROAD, ELLENWOOD, GA 30049 | |
| 10925 | BUFFINGTON, SHERRILL, 120 SPARKS, MONROE, LA 71203 | |
| 10925 | BUFFINGTON, WILLIAM, 708 OAK ST, NEENAH, WI 54956 | |
| 10925 | BUFFO, JEFF, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | BUFFO, JEFFREY, 4360 IVY GLEN WAY, SMYRNA, GA 30082 | |
| 10925 | BUFFORD, BRIAN, 1715 RIVER RD LOT 46, PIEDMONT, SC 29673 | |
| 10925 | BUFKIN, MICHAEL, 11513 LAMEY BRIDGE RD., J, NORTH BILOXI, MS 39532 | |
| 10925 | BUFORD BROS./E.C. BLACKSTONE COMPAN, PO BOX 730434, DALLAS, TX 75373-0434 | |
| 10925 | BUFORD BROS./E.C. BLACKSTONE, 909 DIVISION ST., NASHVILLE, TN 37203 | |
| 10924 | BUFORD HIGH SCHOOL, 35 YOUMANS DRIVE, BEAUFORT, SC 29902 | |
| 10924 | BUFORD HIGHWAY FARMERS MARKET, 5600  BUFORD HIGHWAY, DORAVILLE, GA 30340 | |
| 10925 | BUFORD, JAY, 802 JONES PKWY, BRENTWOOD, TN 37027 | |
| 10925 | BUFORD, JERRY, 20 E 18TH ST, COVINTON, KY 41011 | |
| 10925 | BUFORD, LEE, 1025 NATHANIEL LN, HACKBERRY, LA 70645 | |
| 10925 | BUGAL, AUDREY, 726 HUFF AVE, MANVILLE, NJ 08835 | |
| 10925 | BUGAY JR., LEE, 8010 JACKSON SPRG.RD, TAMPA, FL 33617 | |
| 10925 | BUGDEN COLLINS MORTON L C, 623 E 2100 S, SALT LAKE CITY, UT 84106 | |
| 10925 | BUGEA, ROBERT, 1260 SCHRADER AVE, CRAIG, CO 81625 | |
| 10925 | BUGG, WILLIAM, RT. 2 BOX 62, MANY, LA 71449 | |
| 10925 | BUGGS, BRIAN, 1616 ALLGOOD ROAD, STONE MOUNTAIN, GA 30083 | |
| 10925 | BUGGS, CHARLIE, 655 UNION CHURCH LA, AIKEN, SC 29801 | |
| 10925 | BUGGS, DANDREA, 3918 BLACK LOCUST, HOUSTON, TX 77088 | |
| 10925 | BUGH, PAUL, 108 WEST ST., 21, KALKASKA, MI 49646 | |
| 10925 | BUGNI, ANTHONY, 928 KEVIN ROAD, KNOXVILLE, TN 37923 | |
| 10925 | BUGNI, SUZANNE, 928 KEVIN RD, KNOXVILLE, TN 37923 | |
| 10925 | BUGNI, SUZANNE, 928 KEVIN ROAD, KNOXVILLE, TN 37923 | |
| 10925 | BUGNOSEN, ANDREW, 8158 N MAROA #102, FRESNO, CA 93704 | |
| 10925 | BUGNOSEN, JONATHEN, 2251 EAST VERMONT, FRESNO, CA 93720 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   BUGOS, BOB, PO BOX 35, PICKENS, SC 29671

10925   BUHL OPTICAL CO, 1009 BEECH AVE, PITTSBURGH, PA 15233-2035

10925   BUHLER, CYNTHIA, 2520 S. BASCOM, CAMPBELL, CA 95008

10924   BUHRKE TECH INTERNATIONAL, INC., 505 WEST ALGONQUIN ROAD, ARLINGTON HEIGHTS, IL 60005-4492

10925   BUI DANG, HUONG T., 1 SHILOH, IRVINE, CA 92720

10925   BUI, NGUYEN, PO BOX 8421, READING, PA 19603

10925   BUI, PHUOC, 11 PURCELL RD, ARLINGTON, MA 02474

10925   BUI, PHUOC, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   BUIE, KENNETH, 2423 LINCOLN COURT, BETHLEHEM, PA 18017

10925   BUIE, TONY, 5671 MONARCH, BATON ROUGE, LA 70811

10925   BUIE, VICKIE, RT. 3, BOX 351, RANDLEMAN, NC 27317

10925   BUIKEMA, SUSANNA, R 2 BOX 155, MOMENCE, IL 60954

10925   BUILD BOSTON, 1645 FALMOUTH ROAD SUITE 1A, CENTERVILLE, MA 02632

10924   BUILDCO OF MARYLAND, 823 N. HAMMONDS FERRY ROAD, LINTHICUM, MD 21090

10924   BUILDCO OF MARYLAND, PO BOX 846, BRONX, NY 10457

10924   BUILDER LUMBER, 3919 WEST CLEARWATER, KENNEWICK, WA 99336

10924   BUILDER SALES & SERVICE, 202 34TH, MOLINE, IL 61265

10925   BUILDERS ASSOCIATION OF, 700 CONGRESS ST, QUINCY, MA 02169

10924   BUILDERS CONCRETE BLOCK, **TO BE DELETED**, RICHMOND, KY 40475

10924   BUILDERS CONCRETE BLOCK, 234 N. KEENELAND DRIVE, RICHMOND, KY 40475

10924   BUILDERS CONCRETE OF MANCHESTER, 60 ADAMS ST., MANCHESTER, CT 06040

10924   BUILDERS CONCRETE OF WILLIMANTIC, NO. WINDHAM RD., WILLIMANTIC, CT 06226

10924   BUILDERS CONCRETE PROD, P.O.BOX 3056, EAST DUBLIN, GA 31021

10924   BUILDERS CONCRETE PRODUCTS, 202 SAVANNAH AVE., EAST DUBLIN, GA 31027

10924   BUILDERS CONCRETE PRODUCTS, PO BOX13069, EAST DUBLIN, GA 31027

10924   BUILDERS CONCRETE SUPPLY, 9170 E 131ST STREET, FISHERS, IN 46038

10924   BUILDERS CONCRETE SUPPLY, 9170 E. 131ST STREET, FISHERS, IN 46038

10924   BUILDERS CONCRETE SUPPLY, 9170 EAST 131ST STREET, FISHERS, IN 46038

10924   BUILDERS CONCRETE, 9170 EAST 131ST STREET, FISHERS, IN 46038

10924   BUILDERS CONCRETE, P.0. BOX 133, WILLIMANTIC, CT 06226

10924   BUILDERS DEPOT OF NEW YORK, INC, 34-52 11TH STREET, LONG ISLAND CITY, NY 11106

10924   BUILDERS DEPOT OF NEW YORK, INC., PO BOX2008, LONG ISLAND CITY, NY 11102

10924   BUILDERS ELECTRIC, 5211 TRABUE RD, COLUMBUS, OH 43228

10924   BUILDERS EQUIPMENT & SUP, 320-21 E BROADWAY, FORT WORTH, TX 76104

10924   BUILDERS EQUIPMENT & SUPPLY CO., 320 EAST BROADWAY, FORT WORTH, TX 76104

10924   BUILDER'S EQUIPMENT & SUPPLY CO., CAMBRIDGE, MA 02140

10924   BUILDERS EQUIPMENT & SUPPLY, 320-21 E. BROADWAY, FORT WORTH, TX 76104

10924   BUILDERS EQUIPMENT & TOOL, 1617 ENID, HOUSTON, TX 77009

10924   BUILDERS EQUIPMENT & TOOL, 1617 ENID, HOUSTON, TX 77249

10924   BUILDERS FIRST SOURCE, HWY 17 BYPASS, MURRELLS INLET, SC 29576

10924   BUILDERS FIRSTSOURCE, 69 MATTHEWS DRIVE, HILTON HEAD ISLAND, SC 29925

10924   BUILDERS FIRSTSOURCE, PO BOX328, BLUFFTON, SC 29910

10924   BUILDERS GYPSUM SUPPLY CO, 2015 PASKET, HOUSTON, TX 77092

10924   BUILDERS GYPSUM SUPPLY CO.INC, 2015 PASKET LANE, HOUSTON, TX 77092

10924   BUILDERS GYPSUM SUPPLY, 2606 BATAAN STREET, DALLAS, TX 75222

10924   BUILDERS GYPSUM SY, 2015 PASKET, HOUSTON, TX 77092

10924   BUILDERS GYPSUM SY, 9525 MIDDLEX, SAN ANTONIO, TX 78217

10924   BUILDERS GYPSUM, 2015 PASKET LANE, HOUSTON, TX 77092

10924   BUILDERS LOFT INC., 13229 ENTERPRISES AVE, CLEVELAND, OH 44135

10924   BUILDERS LOFT, 13229 ENTERPRISE AVENUE, CLEVELAND, OH 44135

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   BUILDERS LUMBER, 3919 WEST CLEARWATER, KENNEWICK, WA 99336

10924   BUILDERS MARKETPLACE, 1300 E FRANKLIN, MERIDIAN, ID 83642

10924   BUILDERS MASONRY, 1300 E. FRANKLIN AVE, MERIDIAN, ID 83642

10924   BUILDERS MASONRY, 1300 E. FRANKLIN, MERIDIAN, ID 83642

10925   BUILDERS PLUMBING SUPPLY, 133 SOUTH ROHLWING RD, ADDISON, IL 60101

10924   BUILDERS PRIME WINDOWS & SUPPLY, 2ND & MERION STREET, BRIDGEPORT, PA 19405

10924   BUILDERS PRIME WINDOWS & SUPPLY, PO BOX70, BRIDGEPORT, PA 19405

10924   BUILDERS PRODUCTS, 2440 MC ALLISTER, HOUSTON, TX 77092

10924   BUILDERS PRODUCTS, 2440 MC ALLISTER, HOUSTON, TX 77292

10924   BUILDERS R/M, 1384 LR LANSING RD, LANSING, MI 48912

10924   BUILDERS READY MIX INC., 1384 LAKE LANSING RD, LANSING, MI 48912

10924   BUILDERS READY MIX, 2525 OAKTON STREET, EVANSTON, IL 60204

10924   BUILDERS READY MIX, INC, 4246 W SAGINAW, GRAND LEDGE, MI 48837

10924   BUILDERS READY MIX, INC., 1384 LAKE LANSING RD, LANSING, MI 48912

10924   BUILDERS READY MIX, INC., 3600 EAST COLONY ROAD, SAINT JOHNS, MI 48879

10924   BUILDERS READY MIX, P.O. BOX 1147, EVANSTON, IL 60204

10924   BUILDERS READY MIX, P.O.BOX 1147, EVANSTON, IL 60204

10924   BUILDERS REDI MIX, 1384 LAKE LANSING RD, LANSING, MI 48912

10924   BUILDERS SALES & SERVICE, 202 34TH ST., MOLINE, IL 61265

10924   BUILDERS SALES & SERVICE, CAMBRIDGE, MA 02140

10924   BUILDERS SALES & SERVICE, P.O. BOX 889, MOLINE, IL 61266

10924   BUILDERS SALES & SERVICE, STATE FARM HEADQUARTERS, BLOOMINGTON, IL 61701

10924   BUILDERS SALES AND SERVICE, ST. JOSEPH'S SUPPORT CENTER, BLOOMINGTON, IL 61701

10924   BUILDERS SAND & CEMENT CO., 104 WESTERN AVENUE, DAVENPORT, IA 52801

10924   BUILDERS SAND & CEMENT COMPANY, 104 WESTERN AVE, DAVENPORT, IA 52801

10924   BUILDERS SAND & CEMENT COMPANY, 615 E. RIVER DRIVE, DAVENPORT, IA 52801

10924   BUILDERS SPECALTY, 103 HOWELL AVE, FAIRBURN, GA 30213

10925   BUILDERS SPECIALTIES INC, POBOX 23250, FORT LAUDERDALE, FL 33307-3250

10924   BUILDERS SPECIALTIES, 503 N. 25TH STREET, BILLINGS, MT 59101

10924   BUILDERS SPECIALTIES, P.O. BOX 1376, BILLINGS, MT 59103

10924   BUILDERS SPECIALTY, P.O.BOX 12329, LUBBOCK, TX 79452

10925   BUILDERS SQUARE, PO BOX 660326, DALLAS, TX 75266-0326

10925   BUILDERS SQUARE, PO BOX 9905, MACON, GA 31297-9905

10925   BUILDERS SQUARE, PO BOX 9916 DEPT 95, MACON, GA 31297-9916

10924   BUILDERS SUPER MARKET OF, ABINGDON INC, ABINGDON, VA 24212

10924   BUILDERS SUPER MARKET OF, US HWY. 19, ABINGDON, VA 24212

10924   BUILDERS SUPERMARKET, 1350 N. 4TH ST., WYTHEVILLE, VA 24382

10924   BUILDERS SUPPLY & EQUIPMENT, 6319 DISTRICT BLVD, BAKERSFIELD, CA 93313

10924   BUILDERS SUPPLY & LUMBER, 13234 AIRPARK DRIVE, ELKWOOD, VA 22718

10924   BUILDERS SUPPLY & LUMBER, 7490 NEW TECHNOLOGY WAY, FREDERICK, MD 21703

10925   BUILDERS SUPPLY ASSOCIATION, 400 ALLEN DR SUITE 50, CHARLESTON, WV 25302

10924   BUILDERS SUPPLY CO INC, 600 GODFREY AVE S/S, FORT PAYNE, AL 35967

10924   BUILDERS SUPPLY CO, 227 ACADEMY ST, BISHOPVILLE, SC 29010

10924   BUILDERS SUPPLY CO, PO BOX 70, FORT PAYNE, AL 35967

10924   BUILDERS SUPPLY CO., INC., 600 GODFREY AVE. S/S, FORT PAYNE, AL 35967

10924   BUILDERS SUPPLY COMPANY, 600 GODFREY AVENUE, FORT PAYNE, AL 35967

10924   BUILDERS SUPPLY COMPANY, INC., PO BOX295, SHREVEPORT, LA 71162

10924   BUILDERS SUPPLY COMPANY, P O BOX 70, FORT PAYNE, AL 35967

10924   BUILDERS SUPPLY INC, 50 SCOTT ST, COOKEVILLE, TN 38501

10924   BUILDERS SUPPLY OF MCDOWELL, INC., PO BOX430, MARION, NC 28752

10924   BUILDERS SUPPLY OF, MCDOWELL,INC., MARION, NC 28752

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10924 | BUILDERS SUPPLY, 215 N. HENRY STREET, GREEN BAY, WI 54308 |
| 10925 | BUILDERS SUPPLY, 215 NO HENRY ST, GREEN BAY, WI 54308 |
| 10924 | BUILDERS SUPPLY, 2155 W. NORDALE DRIVE, APPLETON, WI 54914 |
| 10924 | BUILDERS SUPPLY, 2155 WEST NORDALE DR, APPLETON, WI 54914 |
| 10924 | BUILDERS SUPPLY, 227 ACADEMY STREET, BISHOPVILLE, SC 29010 |
| 10924 | BUILDERS SUPPLY, 504 MAIN ST., WILKES BARRE, PA 18702 |
| 10924 | BUILDERS SUPPLY, 504 S. MAIN ST, WILKES BARRE, PA 18702 |
| 10924 | BUILDERS SUPPLY, INC., 50 SCOTT AVE, COOKEVILLE, TN 38501 |
| 10924 | BUILDERS SUPPLY, PO BOX 8107, GREEN BAY, WI 54308 |
| 10925 | BUILDERS TRANSPORT INC., PO BOX 60240, CHARLOTTE, NC 28260-0240 |
| 10924 | BUILDING 208 JFK INT'L AIRPORT, BUILDING 208, NEW YORK, NY 10001 |
| 10924 | BUILDING 292, 292 MARLIN STREET, PORT NEWARK, NJ 07114 |
| 10924 | BUILDING 38, MOBIL OIL, PAULSBORO, NJ 08066 |
| 10924 | BUILDING 800 MULTI SCIENCE FACILITY, 126 E LINCOLN AVE, RAHWAY, NJ 07065 |
| 10924 | BUILDING C COMMERCE TERR, PAYNE & JONES, 11000 KING ST, OVERLAND PARK, KS 66210-1233 |
| 10925 | BUILDING CODE COMPLIANCE OFF, 140 W FLAGLER ST SUITE 1603, MIAMI, FL 33130 |
| 10925 | BUILDING COMPANY, THE, 1095 BAYVIEW DR, POLSON, MT 59860 |
| 10925 | BUILDING COMPONENTS CORP., 5002 LAWNDALE AVE., BALTIMORE, MD 21210 |
| 10925 | BUILDING COMPONENTS CORP., 8771 MYLANDER LN., TOWSON, MD 21286 |
| 10925 | BUILDING ENGINEERING RESOURCES, INC, 28 MAIN ST., NORTH EASTON, MA 02356 |
| 10925 | BUILDING ERECTION SERVICES CO INC, POBOX 963, OLATHE, KS 66051 |
| 10924 | BUILDING FASTENERS, INC., 955 DAWSON DR, NEWARK, DE 19713 |
| 10925 | BUILDING MAINTENANCE SERVICE, 8858 W. SCHLINGER AVE, MILWAUKEE, WI 53214 |
| 10924 | BUILDING MATERIAL WHOLESALE, #1 15TH STREET WEST, BIRMINGHAM, AL 35208 |
| 10924 | BUILDING MATERIAL WHOLESALE, 101 CAHABA VALLEY PARKWAY WEST, PELHAM, AL 35124 |
| 10924 | BUILDING MATERIAL WHOLESALE, 941 PLANTATION WAY, MONTGOMERY, AL 36117 |
| 10924 | BUILDING MATERIAL WHOLESALE, P.O. BOX 1269, PELHAM, AL 35124 |
| 10924 | BUILDING MATERIALS INTL I, 204 SW 21 TERRACE, FORT LAUDERDALE, FL 33312 |
| 10924 | BUILDING MATERIALS INT'L, INC., 204 S.W. 21ST TERR., FORT LAUDERDALE, FL 33312 |
| 10924 | BUILDING MATERIALS UNLIMITED, 2121 SAN JOAQUIN AVENUE, RICHMOND, CA 94804 |
| 10924 | BUILDING MATERIALS WHLSLE (DG), P.O. BOX 1269, PELHAM, AL 35124 |
| 10924 | BUILDING MATERIALS WHOLESALE, 405 E OGLETHORPE BLVD, ALBANY, GA 31705 |
| 10924 | BUILDING MATERIALS WHSLE (DG), #1 15TH ST. WEST, BIRMINGHAM, AL 35208 |
| 10924 | BUILDING MATERIALS WHSLE (DG), 113 SKYLAB RD, HUNTSVILLE, AL 35806 |
| 10924 | BUILDING MATERIALS, PO BOX1269, PELHAM, AL 35124 |
| 10924 | BUILDING MATL DIST, 1249 W DUVAL ST, JACKSONVILLE, FL 32204 |
| 10925 | BUILDING OFFICIALS & CODE, 4051 WEST FLOSSMOOR RD, COUNTRY CLUB HILLS, IL 60478-5795 |
| 10925 | BUILDING OWNERS & MANAGERS ASSOC, 700 SOUTH FLOWER, SUITE 2325, LOS ANGELES, CA 90017 |
| 10924 | BUILDING PLAST/UC IRVINE, WESTSIDE BLDG. MATERIAL, ANAHEIM, CA 92814 |
| 10925 | BUILDING PRODUCTS GROUP, 95 TAMARACK DR, STOUGHTON, MA 02072 |
| 10925 | BUILDING PROFESSIONAL INSTITUTE, BOX 19347, ARLINGTON, TX 76019 |
| 10925 | BUILDING PROFESSIONAL INSTITUTE, BOX 19347, ARLINGTON, TX 76019-0347 |
| 10925 | BUILDING SCIENCE CORP, 273 RUSSETT ROAD, CHESTNUT HILL, MA 02167 |
| 10924 | BUILDING SERVICES INC., 960 ELSTON RD., LAFAYETTE, IN 47905 |
| 10924 | BUILDING SERVICES INCORP, 960 ELSTON RD, LAFAYETTE, IN 47905 |
| 10924 | BUILDING SERVICES, INC., CAMBRIDGE, MA 02140 |
| 10924 | BUILDING SPEC./ EL PASO, 905 HAWKINS BLVD., EL PASO, TX 79915 |
| 10924 | BUILDING SPECIALISTS, 6230 BINGLE ROAD, HOUSTON, TX 77092 |
| 10924 | BUILDING SPECIALISTS, CAMBRIDGE, MA 02140 |
| 10924 | BUILDING SPECIALITIES, 103 HOWELL AVE., FAIRBURN, GA 30213 |

WR Grace