**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 462 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 462 SWEDE GULCH DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 46248 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4625 GRANITE LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 46280 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 463 NORTHWOOD AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 463 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 463 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 463 SWEDE GULCH DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4631 US HWY 2 W, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 464 RAWLINGS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4647 GRANITE LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4651 GRANITE LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4670 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 468 CITY SERVICE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4689 GRANITE LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 47 CREST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 47 GARDEN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 47 POST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 470 EDUCATION WAY UNIT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 470 EDUCATION WAY UNIT 2, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 470 EDUCATION WAY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4700 GRANITE LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 471 MAHONEY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 471 SHELDON FLATS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4724 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4727 GRANITE LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 473 W THOMAS ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 473 WOODLAND HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 475 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4755 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 476 SPENCER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 476 WARDS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 477 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4777 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 479 NORTHWOOD AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 48 COLLINS AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 48 CROSSWAY AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 48 WESTLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 480 CITY SERVICE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 480 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4805 GRANITE LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4805 US HWY 2 W, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 484 CONIFER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4860 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 487 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 487 KOOTENAI DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4909 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 491 SWEDE GULCH DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 493 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 494 FARM TO MARKET RD, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 495 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 495 PARMENTER DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 496 AVE B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 496 UPPER FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 498 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 498 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4980 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 4996 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 500 BEAR CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 500 BLUE MOUNTAIN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 500 DOME MOUNTAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 500 E FISHER RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 500 HAMMER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 500 MILTON DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 500 TAYLOR RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5000 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 DOME MOUNTAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 HAMMER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 INDIAN HEAD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 LAUER LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 LUSCHER DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 501 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5014 US HWY 2 S TRLR 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5014 US HWY 2 S TRLR 3, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5014 US HWY 2 S TRLR 4, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5014 US HWY 2 S TRLR 6, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5014 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 502 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 502 INDIAN HEAD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 502 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5020 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 503 1/2 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 503 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 503 KLATAWAH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 503 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 503 NEVADA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 503 SHELDON FLATS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 503 W 3RD ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 504 CONIFER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 504 GRANITE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 504 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 504 KLATAWAH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 504 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 504 W 10TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 504 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5040 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 E 10TH ST APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 E 10TH ST APT 5, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 E 10TH ST APT 6, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 505 ELIJAH DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 GRANITE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 INDIAN HEAD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 KLATAWAH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 LUSCHER DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 505 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 506 GRANITE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 506 INDIAN HEAD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 506 NEVADA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 506 SPENCER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 506 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 507 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 507 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 507 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 507 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 507 NEVADA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 507 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5070 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5070 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5071 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 508 E 8TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 508 GRANITE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5080 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 509 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 509 E MAPLE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5090 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 51 GLENDORA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 51 GLENWOOD LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 51 ROBBE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 51 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 510 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 510 E 4TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 510 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 510 E 9TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 510 MCMILLAN MOUNTAIN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 510 NEVADA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5106 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 511 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 511 E SPRUCE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 511 NEVADA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 511 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 512 E 8TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 512 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 512 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 512 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 513 CHERRY CREEK DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 513 CRYSTAL LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 513 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5136 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 514 E 8TH ST, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 514 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 514 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 514 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 515 CRYSTAL LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 515 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 515 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 515 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 515 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 515 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5150 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5153 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 E 4TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 E POPLAR ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 516 W 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5167 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 517 E 5TH ST APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 517 E 5TH ST APT 4, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 517 E 5TH ST APT 5, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 517 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 517 E SPRUCE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 517 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5170 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5170 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5171 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 518 E 4TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 518 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 518 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 CRYSTAL LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 E 4TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 SHELDON FLATS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 W 3RD ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 519 W 4TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5190 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 52 CROSS ROADWAY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 520 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 520 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 520 NEVADA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 520 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5201 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5201 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5205 FARM TO MARKET RD, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 5209 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 521 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 521 W 10TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 521 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 521 W 3RD ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5215 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5219 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 522 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 522 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5220 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5221 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5228 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5229 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5230 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5232 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 524 CHERRY CREEK DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 524 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5240 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 525 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 525 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 526 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 526 RAWLINGS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5280 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5284 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5286 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5293 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5295 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5297 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5298 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5300 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5310 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5340 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 535 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5358 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 536 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 536 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5365 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5378 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 538 SILVER BUTTE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 538 SPENCER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 54 AVE B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 54 INDIAN HEAD FURLONG, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 540 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5420 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 545 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 546 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5463 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 55 AVE B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 55 CONIFER RD TRLR 6, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 55 CROSSWAY AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 55 CURTISS AVE, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 55 POST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 55 TIMBER LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 55 VISTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 55 WILSON AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 550 ARABIAN LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5500 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5500 MCGINNIS MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5501 SNOWSHOE MINE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5502 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5504 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 551 BIG BEND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 551 BOWEN HILL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 551 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 551 MCMILLAN MOUNTAIN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 551 TRAINERS ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5513 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5514 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5530 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5537 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 554 WOODLAND HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 555 SHELDON FLATS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 555 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 556 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 557 SPENCER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5571 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5575 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 56 CONIFER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 56 ENDERS DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 56 HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 56 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 56 RAINBOW LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 56 SCENERY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 56 WESTGATE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 560 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5601 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5608 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 561 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5621 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5624 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5626 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5635 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 564 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5640 CHAMPION HAUL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5641 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 565 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5655 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5666 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 567 WOODLAND HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5683 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 569 W THOMAS ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 57 DOME MOUNTAIN CONNECTO AVE, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 57 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 57 WOODWAY AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 570 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5700 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5701 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 571 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 571 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 572 CITY SERVICE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 572 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 574 NORTHWOOD AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 574 WOODLAND HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 575 PARMENTER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 PARMENTER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 10, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 12, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 14, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 16, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 17, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 19, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 2, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 21, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 22, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 27, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 29, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 34, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 36, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 38, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 39, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 4, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 48, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR 50, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR D, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR E, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR H, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR H2, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR J, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR M, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 REESE CT TRLR X, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 576 ROBBE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5765 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 577 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5770 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5771 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5772 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5797 CHAMPION HAUL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 58 FRAZEY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 58 PINE ST, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | CURRENT RESIDENT, 58 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 580 BEAR CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 580 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 580 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 580 SPENCER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5800 CHAMPION HAUL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 582 SPENCER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 582 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 583 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 583 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 583 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5830 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5862 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5878 CHAMPION HAUL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 589 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 59 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 591 RAWLINGS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 592 AVE B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5951 CHAMPION HAUL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 5957 CHAMPION HAUL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 596 JAY EFFAR RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 596 NORTHWOOD AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 60 CREST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 60 ENDERS DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 60 HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 60 SKI RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 60 TAMARACK LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 600 AVE B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 600 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 600 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 600 TAYLOR RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 600 W 10TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6000 MCGINNIS MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 601 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 601 W HASCHKE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 602 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 603 1/2 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 603 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 603 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 603 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 604 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 604 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 604 MICHIGAN AVE APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 604 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 604 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 605 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 605 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 605 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 606 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 607 LIBBY CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 607 PARMENTER CREEK RD, LIBBY, MT 59923 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 607 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 608 E 8TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 608 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6085 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 609 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 61 CREST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 61 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 61 S CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 61 VOVES AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 10B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 11B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 12B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 14B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 15B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 16B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 18B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 19B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 1A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 20B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 21B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 22B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 23B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 27C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 28C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 29C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 2A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 30C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 31C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 32C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 3A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 4A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 5A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 6A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 7A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 8A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 TREASURE AVE APT 9B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 610 W 10TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 611 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 611 W 2ND ST, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 611 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 612 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 612 E 9TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 612 W 10TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 612 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 613 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 613 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 613 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 613 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 614 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 614 E SPRUCE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 614 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 614 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 614 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 615 BEAR CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 615 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 615 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 615 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 615 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 616 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 616 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 616 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 616 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 617 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 617 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 617 W 1ST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6175 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 618 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 618 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 618 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 619 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 619 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 619 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 619 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 619 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 62 COLLINS AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 62 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 E 8TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 620 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 622 E 5TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 622 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6226 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 625 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 625 LAUER LN, LIBBY, MT 59923 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 626 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6261 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 628 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6280 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 629 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 629 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 63 BOBTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6306 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 632 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 633 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 634 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 634 RAWLINGS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 635 ELIJAH DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6355 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6356 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 636 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6367 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 638 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6395 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 64 FOREST AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 64 GLENDORA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 640 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6419 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6427 PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 643 CONIFER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 643 SHELDON FLATS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 644 FLORENCE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 644 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 645 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 645 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 645 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6462 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 647 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 647 NORTHWOOD AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6476 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 65 GLENWOOD LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 65 LINDA LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 65 MANOR DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 65 ROBBE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 650 TAYLOR RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 650 TRAINERS ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 650 US HWY 2 W, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6508 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 651 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 651 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6520 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6525 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 653 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 655 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 655 MCMILLAN MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 6550 US HWY 2 S, LIBBY, MT 59923 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  CURRENT RESIDENT, 6551 PIPE CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6554 KOOTENAI RIVER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6555 KOOTENAI RIVER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 657 VANDERWOOD RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6570 US HWY 2 W, LIBBY, MT 59923

10925  CURRENT RESIDENT, 658 VANDERWOOD RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6597 KOOTENAI RIVER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6598 US HWY 2 S, LIBBY, MT 59923

10925  CURRENT RESIDENT, 66 CROSSWAY AVE, LIBBY, MT 59923

10925  CURRENT RESIDENT, 66 ENDERS DR, LIBBY, MT 59923

10925  CURRENT RESIDENT, 66 YELLOWTAIL RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 660 QUARTZ RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 660 RESERVE RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6600 MCGINNIS MEADOW RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6615 KOOTENAI RIVER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 662 CHERRY CREEK DR, LIBBY, MT 59923

10925  CURRENT RESIDENT, 662 PROSPECT CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6637 FARM TO MARKET RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6647 KOOTENAI RIVER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 666 BOWKERS ST, LIBBY, MT 59923

10925  CURRENT RESIDENT, 667 W 2ND ST, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6675 PIPE CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 668 W 2ND ST TRLR 2, LIBBY, MT 59923

10925  CURRENT RESIDENT, 668 W 2ND ST TRLR 3, LIBBY, MT 59923

10925  CURRENT RESIDENT, 668 W 2ND ST TRLR 7, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6683 FARM TO MARKET RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6687 FARM TO MARKET RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 669 FARM TO MARKET RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 669 NORTHWOOD AVE, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6691 FARM TO MARKET RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6699 KOOTENAI RIVER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 67 DOME MOUNTAIN CONNECTO AVE, LIBBY, MT 59923

10925  CURRENT RESIDENT, 67 GLENDORA AVE, LIBBY, MT 59923

10925  CURRENT RESIDENT, 67 PINEWOOD LN, LIBBY, MT 59923

10925  CURRENT RESIDENT, 670 BEAR CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6700 MT HWY 37, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6701 FARM TO MARKET RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6703 FARM TO MARKET RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6708 MT HWY 37, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6710 MT HWY 37, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6718 PIPE CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6748 PIPE CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 675 CONIFER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6751 BAYHORSE RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6759 KOOTENAI RIVER RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 676 NORTHWOOD AVE, LIBBY, MT 59923

10925  CURRENT RESIDENT, 676 RAWLINGS RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 676 US HWY 2 W, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6766 PIPE CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 6777 PIPE CREEK RD, LIBBY, MT 59923

10925  CURRENT RESIDENT, 679 SHALOM DR, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　CURRENT RESIDENT, 6790 FARM TO MARKET RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6797 FARM TO MARKET RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 68 ENDERS DR, LIBBY, MT 59923

10925　CURRENT RESIDENT, 68 HIGHWOOD DR, LIBBY, MT 59923

10925　CURRENT RESIDENT, 680 RESERVE RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6800 FARM TO MARKET RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6800 US HWY 2 S SPC 11, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6800 US HWY 2 S SPC 6, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6814 MT HWY 37, LIBBY, MT 59923

10925　CURRENT RESIDENT, 683 ACM RD S, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6835 PIPE CREEK RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6845 KOOTENAI RIVER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 685 FARM TO MARKET RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 685 FLOWER CREEK RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 685 OBSIDIAN RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6866 MT HWY 37, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6870 MT HWY 37, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6873 KOOTENAI RIVER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6877 PIPE CREEK RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 688 KOOTENAI RIVER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6887 PIPE CREEK RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6897 KOOTENAI RIVER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 69 HAMANN AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 69 POST ST, LIBBY, MT 59923

10925　CURRENT RESIDENT, 691 NORTHWOOD AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 692 KOOTENAI RIVER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 692 VANDERWOOD RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 695 MCKAYS ST, LIBBY, MT 59923

10925　CURRENT RESIDENT, 696 TERRACE VIEW RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 697 TERRACE VIEW RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 6979 KOOTENAI RIVER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 70 BOULDER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 70 CEDAR ST EXT, LIBBY, MT 59923

10925　CURRENT RESIDENT, 70 MIDLAND RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 70 RAINBOW LN, LIBBY, MT 59923

10925　CURRENT RESIDENT, 70 RUSTIC AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 70 SNOWSHOE RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 700 BIG BEND RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 700 DOAK CREEK RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 700 FARM TO MARKET RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 7001 KOOTENAI RIVER RD, LIBBY, MT 59923

10925　CURRENT RESIDENT, 701 NORTHWOOD AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 701 W 1ST ST, LIBBY, MT 59923

10925　CURRENT RESIDENT, 702 MAIN AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 703 W 1ST ST, LIBBY, MT 59923

10925　CURRENT RESIDENT, 704 E 9TH ST, LIBBY, MT 59923

10925　CURRENT RESIDENT, 704 MICHIGAN AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 706 NORTHWOOD AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 707 MICHIGAN AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 707 MINNESOTA AVE, LIBBY, MT 59923

10925　CURRENT RESIDENT, 707 TERRACE VIEW RD, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 7077 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 709 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 709 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 709 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 709 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 709 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 71 CLAIRE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 71 COUVILLION RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 71 CRYSTAL LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 710 BIG BEND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7105 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 CALIFORNIA AVE APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 10, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 11, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 12, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 13, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 14, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 15, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 16, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 17, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 18, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 19, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 2, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 20, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 21, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 22, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 23, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 24, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 25, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 26, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 27, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 28, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 29, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 3, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 30, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 4, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 5, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 6, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 7, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 8, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 COMMERCE WAY APT 9, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 711 SHAUGNESSY HILL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 712 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 712 LAKESHORE DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 712 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 712 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 712 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 712 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 713 E 6TH ST, LIBBY, MT 59923 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 713 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 713 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 714 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 714 MINERAL AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 714 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7157 MT HWY 37, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7160 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 717 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 717 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 719 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 719 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 719 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 72 AVE C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 72 CREST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 72 MIDLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 72 PINE ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 72 SCENERY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 72 VICKS DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 72 VICKS LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 720 BEAR CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 720 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 720 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 720 MINERAL AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 720 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7202 MCGINNIS MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 721 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7210 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 722 1/2 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 722 AVE B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 722 E 6TH ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7238 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 724 KOOTENAI RIVER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7242 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 725 ELIJAH DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7260 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 729 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 73 AVE C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 73 CROSSWAY AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 73 FOREST AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 73 SCENERY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 733 FARM TO MARKET RD TRLR 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 733 FARM TO MARKET RD TRLR 3, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 733 FARM TO MARKET RD TRLR 4A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 733 FARM TO MARKET RD TRLR 5, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 733 FARM TO MARKET RD TRLR 6, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 733 FARM TO MARKET RD TRLR 9, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 736 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7370 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7371 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 739 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 74 COLLINS AVE, LIBBY, MT 59923 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 74 CRYSTAL LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 74 HAMANN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 74 MIDLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 74 TIMBER LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 740 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7404 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7410 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7425 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7426 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 743 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7454 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 746 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 747 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7497 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 75 CURTISS AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 75 EVANS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 75 MOUNTAIN MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 75 N KEARNEY AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 75 POST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 75 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 75 VISTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 750 BAYHORSE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 750 BIG BEND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 753 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 756 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 756 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 759 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 76 ALPINE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 76 MIDLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 76 PINE GROVE PL, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 76 SCENERY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 76 VICKS LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 761 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 763 W 2ND ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 765 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 765 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7650 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7655 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 768 CONIFER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 768 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 769 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 769 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 77 DOME MOUNTAIN CONNECTO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 77 UPPER FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 771 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 774 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 775 1/2 E 5TH ST EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 775 ROBBE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 775 SHELDON FLATS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7767 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 778 CONIFER RD, LIBBY, MT 59923 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 78 CONIFER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 78 CROSS ROADWAY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 78 WHITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 780 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 781 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 781 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 781 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 7829 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 784 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 785 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 79 HAMANN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 79 HUTTON DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 79 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 79 WARREN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 79 WHITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 791 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 797 NORTHWOOD AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 80 MAHONEY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 80 RUSTIC AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 80 SKI RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8000 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8004 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 801 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 801 CABINET HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 801 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 801 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 802 BIG BEND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 802 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 802 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 803 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 803 DAKOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 803 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 803 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 804 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 804 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 805 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 805 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 805 US HWY 2 W, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 807 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 807 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 808 BOWKERS ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 808 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 808 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 809 CROTTEAU RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 809 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 81 OLBEKSON RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 81 PINEWOOD LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 81 S CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 810 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 810 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 811 SHALOM DR, LIBBY, MT 59923 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | CURRENT RESIDENT, 811 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 812 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 812 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 813 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 813 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 814 MICHIGAN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 814 WISCONSIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 815 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 815 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 816 SHALOM DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 816 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 817 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 817 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 818 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 819 CABINET HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 819 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 82 FOREST AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 82 HIGHWOOD DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 821 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 821 MINNESOTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 822 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 823 FLOWER CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8250 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8259 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 826 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8260 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 827 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 83 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 831 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 833 N CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 837 CRYSTAL LAKE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 837 MOUNTAIN MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 837 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 839 US HWY 2 W, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 84 FRAZEY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 84 GLENDORA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 84 PINEWOOD LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 84 TAMARACK LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 84 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 84 VISTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 841 WINTER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 842 CABINET HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 844 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 844 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8496 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 85 AUTUMN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 85 GARDEN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 85 INDIAN HEAD FURLONG, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 85 WESTLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 850 TAYLOR RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 851 US HWY 2 W, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | CURRENT RESIDENT, 8519 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 852 BIG BEND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 853 LIBBY CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8535 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8551 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8561 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 857 LAKEVIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8576 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8577 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 86 MIDLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 86 PALIGA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8677 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8695 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 BILLEDEAU RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 CREST ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 GRANITE AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 WOODLAND RD APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 WOODLAND RD APT 4, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 WOODLAND RD APT 5, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 WOODLAND RD APT 6, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 87 YELLOWTAIL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8701 MT HWY 37, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8705 MT HWY 37, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 874 RESERVE RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 88 COLLINS AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 88 LIBBY CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 88 SCENERY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8800 MCGINNIS MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8801 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8803 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 883 ACM RD S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 887 US HWY 2 W, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 89 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 89 SPENCER RD APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 89 SPENCER RD APT 2, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 89 SPENCER RD APT 3, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 89 TIMBER LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 892 LIBBY CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8926 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 893 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 895 TAYLOR RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 8978 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 90 INDIAN HEAD FURLONG, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 90 PARMENTER DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 90 RAWLINGS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 90 SKI RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 90 VICKS LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 901 CROTTEAU RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9013 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 902 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 902 MAIN AVE, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 904 1/2 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 1, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 10, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 11, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 12, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 13, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 14, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 15, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 17, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 19, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 2, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 20, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 21, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 22, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 23, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 24, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 3, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 4, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 5, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 6, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 7, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 8, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 905 COMMERCE WAY APT 9, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 906 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 907 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9074 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 908 MINERAL AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 91 AIRFIELD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 91 AUTUMN RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 91 EVANS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 91 KOOTENAI DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 91 RAWLINGS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 91 VISTA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 91 WOODLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 910 E LINCOLN BLVD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 910 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 910 UTAH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 911 CROTTEAU RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 911 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 911 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 912 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 912 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 912 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 914 ARABIAN LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 914 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 914 MINERAL AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 914 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 915 IDAHO AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 915 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9157 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 917 CALIFORNIA AVE, LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 917 CROTTEAU RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 917 W BALSAM ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 919 MONTANA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 92 AVE A, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 92 FRAZEY RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 920 CALIFORNIA AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 920 MAIN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 921 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 93 PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 93 QUARTZ RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 93 S CENTRAL RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 93A PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 AVE C, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 BOWKERS ST TRLR H, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 BOWKERS ST TRLR L, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 BOWKERS ST TRLR T, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 MIDLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 RAINBOW LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 W PIPE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 94 WOODLAND RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9400 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 95 HAMANN AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 95 HEIGHTS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 95 INDIAN HEAD FURLONG, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 95 REGH AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 95 SUNNY SIDE DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 95 WOODWAY AVE, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 950 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9501 MT HWY 37, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 950A FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 957 WARLAND CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9578 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 958 MOUNTAIN MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9590 FARM TO MARKET RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 95A PIONEER RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 96 AVE B, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 96 GLENWOOD LN, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 961 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9615 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9621 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 963 GRANITE CREEK RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9655 MT HWY 37, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 97 BOTHMAN DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9753 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 98 HIGHWOOD DR, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 98 SPENCER ROAD EXT, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9800 MT HWY 37, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 983 SHELDON FLATS RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 989 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 99 RAMONA DR, LIBBY, MT 59923 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CURRENT RESIDENT, 99 VANDERWOOD RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 990 BOWKERS ST, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 990 GREERS FRY, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 991 MOUNTAIN MEADOW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9944 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9948 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9949 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 9976 US HWY 2 S, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, 998 TERRACE VIEW RD, LIBBY, MT 59923 | |
| 10925 | CURRENT RESIDENT, HWY CONTRACT ROUTE 63, REXFORD, MT 59930 | |
| 10925 | CURRENT RESIDENT, HWY CONTRACT ROUTE 64, TROY, MT 59935 | |
| 10925 | CURRENT RESIDENT, HWY CONTRACT ROUTE 65, TROY, MT 59935 | |
| 10925 | CURRENT RESIDENT, HWY CONTRACT ROUTE 68, TROY, MT 59935 | |
| 10925 | CURRENT RESIDENT, RURAL ROUTE 01, EUREKA, MT 59917 | |
| 10925 | CURRENT RESIDENT, RURAL ROUTE 02, EUREKA, MT 59917 | |
| 10925 | CURRENT, EUGENE, PO BOX 343, TUSCOLA, TX 79562 | |
| 10925 | CURRERI, CYNTHIA, 36 CROSBY ST, ARLINGTON, MA 02174 | |
| 10925 | CURRERI, DAVID, 15 DONOVANS WAY, MIDDLETON, MA 01949 | |
| 10925 | CURREY, ROBERT, 1043 EAST AVE, TALLMADGE, OH 44278 | |
| 10925 | CURRIE, BEVERLY, 6700 TARA BLVD APT F-4, JONESBORO, GA 30236 | |
| 10925 | CURRIE, EDDIE, 2182 MARSH AVE, PITTSBURG, CA 94565 | |
| 10925 | CURRIE, LESLIE, BOX 338 CAROLYN DR, CHICKAMAUGA, GA 30707 | |
| 10925 | CURRIE, MINNIE, 6336 BELLBROOK, DALLAS, TX 75217 | |
| 10925 | CURRIE, PATRICIA, 102 GRAT PLAINS, LAFAYETTE, LA 70506 | |
| 10925 | CURRIE, R, 311 FLEMING ST, WILSON, NC 27893 | |
| 10925 | CURRIE, REUBEN D, 311 FLEMING ST, WILSON, NC 27893 | |
| 10925 | CURRIE-COLDIRON, GAILA, RT 5 BOX 5804, PALESTINE, TX 75801 | |
| 10924 | CURRIER ROOFING CO INC., 2451 CRYSTAL DR, FORT MYERS, FL 33901 | |
| 10924 | CURRIER ROOFING CO., INC., 2451 CRYSTAL DRIVE, FORT MYERS, FL 33907 | |
| 10924 | CURRIER ROOFING CO.INC., 2451 CRYSTAL DR., FORT MYERS, FL 33907 | |
| 10925 | CURRIER, ROBERT, 35 HETHLON ROAD, CANTERBURY, NH 03224 | |
| 10925 | CURRIER, RUSSELL, 102 CONROY CIRCLE, BEAVER DAM, WI 53916 | |
| 10925 | CURRINGTON, JENNY, 16724 SUNDERLAND, DETROIT, MI 48219 | |
| 10924 | CURRITUCK COUNTY HIGH SCHOOL, C/O TRAFALGAR HOUSE CONSTRUCTION, BARCO, NC 27917 | |
| 10924 | CURRITUCK COUNTY HIGH SCHOOL, CAMBRIDGE, MA 99999 | |
| 10924 | CURRITUCK HIGH SCHOOL, C/O STANDARD INSULATING, COINJOCK, NC 27923-0129 | |
| 10925 | CURRY COUNTY CLERK OFFICE, 700 MAIN ST, CLOVIS, NM 88101 | |
| 10925 | CURRY HARDWARE, INC, 190 QUINCY AVE, BRAINTREE, MA 02184 | |
| 10925 | CURRY III, JOSEPH, 2409 LARKWOOD CIRCLE, HUNTSVILLE, AL 35810 | |
| 10924 | CURRY POOLS & SPAS, 1418 N. JEFFERSON, MOUNT PLEASANT, TX 75455 | |
| 10924 | CURRY READY MIX OF PETERSBURG, RT 97 NORTH, PETERSBURG, IL 62659 | |
| 10924 | CURRY READY MIX, 100 JERSEY, GILLESPIE, IL 62033 | |
| 10924 | CURRY READY MIX, 120 N BISSEL, VIRDEN, IL 62690 | |
| 10924 | CURRY READY MIX, 21149 ROUTE 4, CARLINVILLE, IL 62626 | |
| 10924 | CURRY READY MIX, 2200 N WOODFORD, DECATUR, IL 62526 | |
| 10924 | CURRY READY MIX, 513 CORWIN STREET, LITCHFIELD, IL 62056 | |
| 10924 | CURRY READY MIX, NORTH HARKER, WAVERLY, IL 62692 | |
| 10924 | CURRY READY MIX, RR 2 BOX 50, CARLINVILLE, IL 62626 | |
| 10924 | CURRY READY MIX, RT. 104 WEST, PAWNEE, IL 62558 | |
| 10924 | CURRY READY MIX, VARIOUS LOCATIONS, DECATUR, IL 62526 | |
| 10925 | CURRY, BILL, 7122 W 35TH ST, TULSA, OK 74107 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   CURRY, CURTIS, 5305 LANGFORD, WICHITA FALLS, TX 76310

10925   CURRY, DOUGLAS, 343 ST JAMES DR, SPARTANBURG, SC 29301

10925   CURRY, GLORIA, 263 S.WILSON, CASPER, WY 82601

10925   CURRY, LEON, 3132 VALLEY MEADOW, DALLAS TX, TX 75220

10925   CURRY, LINDA, 1925 SHELTON BEACH RD, MOBILE, AL 36618

10925   CURRY, LINDA, 4337 AMHURST DRIVE, MOBILE, AL 36613

10925   CURRY, MORRIS, 1123 PASADENA, ALICE, TX 78332

10925   CURRY, PATRICIA ANN, 608 S BRADFIELD AV, COMPTON, CA 90221

10925   CURRY, ROSS, 2117 ARLINGTON PK BLVD, OWENSBORO, KY 42303

10925   CURRY, ROY, 5402 HAVEN CIRCLE, HIXSON, TN 37343

10925   CURRY, SCOTT, 76 PECAN SHADOW, BAY CITY, TX 77414

10925   CURRY, SHEILA, 2249 CHASEFIELD DR, PLANO, TX 75023

10925   CURRY, VERNA, 1605 MORNINGSIDE CT, HUNTSVILLE, AL 35816

10925   CURRY, WARNETT, RT. 1, BOX 117A, DENMARK, TN 38391

10925   CURRY, WENDELL, 129 HILLSIDE CH RD, FOUNTAIN INN, SC 29644

10925   CURT SKATES, 5331 JACKSON RD, FORT MYERS, FL 33905

10925   CURTIN MATHESON SCIENTIFIC INC, PO BOX 98944, CHICAGO, IL 60693

10924   CURTIN MATHESON, CAMBRIDGE, MA 02140

10924   CURTIN MATHESON, HOUSTON, TX 77251

10925   CURTIN, BONIE, 40520 22ND ST, PALMDALE, CA 93551

10925   CURTIN, CONOR, 88 OHIO AVE, CONGERS, NY 10920

10925   CURTIN, DENNIS, 1285 WINDING BRANCH CIRCLE, DUNWOODY, GA 30338

10925   CURTIN, GEORGE, 2604 BRIGHTWELL DRIVE, WILMINGTON, DE 19810

10925   CURTIN, JANICE, 1032 W. CECIL ST, NEENAH, WI 54956

10925   CURTIN, THOMAS, 44 OAKDALE ROAD, WILMINGTON, MA 01887-4016

10925   CURTIN, WILLIAM, 1340 SOUTH OCEAN BLVD, POMPANO BEACH, FL 33062

10925   CURTIS A THOMPSON JR., PO BOX 1390, BELLE GLADE, FL 33430

10925   CURTIS ASTIN CO, 3617 CANYON WAY, SALT LAKE CITY, UT 84106

10925   CURTIS BAY ELEMENTARY SCHOOL, 4301 W. BAY AVE., BALTIMORE, MD 21225

10925   CURTIS BAY WORKS, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   CURTIS BROWN &, LOUISE BROWN JT TEN, 21 INGRID RD, SETAUKET, NY 11733-2217

10925   CURTIS DAUGHERTY, 1051 NEW MEXICO HGWY 311 UNIT 75, CLOVIS, NM 88101

10925   CURTIS DEVELOPMENT & MFG. CO, 3242 N. 33RD ST., MILWAUKEE, WI 53216

10925   CURTIS E CARKNER, 19 NILES RD, BINGHAMTON, NY 13901-1561

10925   CURTIS ENGINE & EQUIPMENT, INC, 3918 VERO RD., STE. K&L, BALTIMORE, MD 21227-1516

10925   CURTIS ENGLISH CONSTRUCTION, INC, 3757 WAGENER RD., AIKEN, SC 29801

10925   CURTIS H BECK, ROUTE 39 SQUANTZ POND, NEW FAIRFIELD, CT 06812

10925   CURTIS H ROBINSON, 1715 WILLIAMSBURG, ORANGE, CA 92867-3363

10925   CURTIS J WALLS &, 820 8TH ST, BAY CITY, TX 77414

10925   CURTIS JR, JOSEPH CLYDE, 417 N CHESTNUT GROVE RD, LEWISPORT, KY 42351-9606

10925   CURTIS LINDER & KATHRYN WILLIAMS, 330 E.COFFEE ST, GREENVILLE, SC 29603

10925   CURTIS M FIELD, 22 RONALD LANE, SYOSSET L I, NY 11791-3517

10925   CURTIS MCGUIRE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   CURTIS R SHELLEY, 1033 S JACKSON, TACOMA, WA 98465-1411

10925   CURTIS S WILLIAMS, 505 EAST NEW YORK AVE SUITE 6, DELAND, FL 32724-6083

10924   CURTIS SAND & GRAVEL, 14320 SOLEDAD CAYNON ROAD, CANYON COUNTRY, CA 91351

10924   CURTIS SAND & GRAVEL, 27551 HENRY MAYO DRIVE, AGUA DULCE, CA 91350

10924   CURTIS SAND & GRAVEL, ATTN: ACCOUNTS PAYABLE, CANYON COUNTRY, CA 91386

10924   CURTIS SAND & GRAVEL, PO BOX1367, CANYON COUNTRY, CA 91386

10925   CURTIS WRIGHT, 501 OLD BOILING, SHELBY, NC 28150

10925   CURTIS, CHARLES, 7855 PALMETTE AVE, MILWAUKEE, WI 53128

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    CURTIS, CHARLES, 7855 PALMETTO AVE, MILWAUKEE, WI 53218

10925    CURTIS, CHRISTINA, 6321 GLENBARD RD, BURKE, VA 22015

10925    CURTIS, COLLEEN, 50 HONEYSUCKLE, CASPER, WY 82601

10925    CURTIS, D LAVERNE, PO BOX 966, FERNLEY, NV 89408-0966

10925    CURTIS, DAVID H, 2518 MCDANIEL DR, SELMA, AL 36701

10925    CURTIS, DAVID, 338 W REDWOOD ST, STURGEON BAY, WI 54235

10925    CURTIS, DEAN, 505 DEMOE LANE, EAU CLAIRE, WI 54703

10925    CURTIS, DEBORAH, 5902 PRESTON OAKS RD, DALLAS, TX 75240

10925    CURTIS, DEBRA, 4017 NAPIER AVE #12B, MACON, GA 31204

10925    CURTIS, ELAINE M, 2502 S GARNSEY ST, SANTA ANA, CA 92707

10925    CURTIS, ELAINE, 201 SO GUNTHER ST, SANTA ANA, CA 92704

10925    CURTIS, EUGENE, 1118 KEVIN ROAD, BALTIMORE, MD 21229-1515

10925    CURTIS, GARY, 1928 PAWHUSKA, WICHITA FALLS, TX 76309

10925    CURTIS, GEORGE, 1500 BRENTWOOD WAY, SIMPSONVILLE, SC 29681-3131

10925    CURTIS, GEORGE, 2626 AIRPORT RD, BETHEL, OH 45106

10925    CURTIS, HEATHER, 1068 E. JEFFERY ST., BOCA RATON, FL 33487

10925    CURTIS, HELENE, 1209 CASTLEWOOD, FRIENDSWOOD, TX 77546

10925    CURTIS, JAMES, 323 ZINNIA, MCALLEN, TX 78504

10925    CURTIS, JAMES, 8074 W GRANTOSA DRIVE, MILWAUKEE, WI 53218

10925    CURTIS, JEAN, 21340 PAGOSA COURT, 2-13, BOCA RATON, FL 33486

10925    CURTIS, JENNIFER, 204 KINGS WAY, CLEMSON, SC 29631

10925    CURTIS, JILL, 604 N. 5TH ST, READING, PA 19601

10925    CURTIS, JOHN, PO BOX 90006, ANCHORAGE, AK 99509

10925    CURTIS, JOSEPH, 11636 HWY 1513, HAWESVILLE, KY 42348

10925    CURTIS, JOSEPH, 20 N. CAROL ST, LAUREL, MD 20724

10925    CURTIS, JOSEPH, 6945 SAN TOMAS RD., ELKRIDGE, MD 21075

10925    CURTIS, KENNETH, 12522 SALISBURY ROAD, OCEAN CITY, MD 21842

10925    CURTIS, LESTER, 1000 MANQUM AVE, SELMA, AL 36701

10925    CURTIS, LORRAINE, 293 MAPLE ST, DANVERS, MA 01923

10925    CURTIS, MARIANNE, 5323 HOLLYWOOD BLVD, HOLLYWOOD, FL 33021

10925    CURTIS, MARSHALL, 1710 RESEDA, HOUSTON, TX 77062

10925    CURTIS, MAXINE, 1007 C.R. 333, TYLER, TX 75708-9726

10925    CURTIS, MICHAEL, 3654 LYNNWOOD DR, MARTINEZ, GA 30907

10925    CURTIS, PHILIP, 219 N 19TH ST, COLORADO SPRINGS, CO 80904

10925    CURTIS, PHILIP, 304 WEST FLORENCE ST, CAMBRIA, WI 53923

10925    CURTIS, RITA, 9715 HEALTHWAY DR, RM 315, BERLIN, MD 21811

10925    CURTIS, STEPHEN, 5528 BELL AVE., BALTIMORE, MD 21217

10925    CURTIS, WALTER, 816 N LAKEWOOD AVE., BALTIMORE, MD 21205

10925    CURTISBAY, SAMPLE, CB, CCB, NY, NY 11111

10925    CURTISS GROUP INTL., NORTHERN TRUST PLAZA, BOCA RATON, FL 33431

10925    CURTISS GROUP, 2500 WESTON ROAD, FORT LAUDERDALE, FL 33331

10925    CURTISS WRIGHT, 19 CHAPIN RD BLDG C, PINE BROOK, NJ 07058

10925    CURTISS, DAVID, 34 TREXLER ROAD, SCHNECKSVILLE, PA 18078

10925    CURTISS, KEVIN J, 3724 SPRINGFIELD, KANSAS CITY KS, KS 66103

10925    CURTS WELDING, RT 8 BOX 112, GUTHRIE, OK 73044

10925    CURTS, LARRY, 2335 RAINTREE DR, JEFFERSONVILLE, IN 47130

10925    CURTSINGER, J., 5636W CR 715N, CONNERSVILLE, IN 47331

10925    CURTSINGER, MECHELE, 219 B AVE., HEREFORD, TX 79045

10925    CURWOOD, INC, PO BOX 2968, OSHKOSH, WI 54903-2968

10925    CUSAC, HAZEL, 715 S MICHIGAN, CUSHING, OK 74023

10925    CUSACK, JEANNE, 2000 NW 75TH AVE., SUNRISE, FL 33313

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   CUSAT, LINDA, R742 ALTER ST, HAZELTON, PA 18201

10925   CUSATO, BETH, 7 HILLSIDE RD, READING, MA 01867

10925   CUSATO, JR, ROBERT, 11 SAMOSET AVE, QUINCY, MA 02169-2323

10925   CUSC SOCCER CLUB, 3160 LILLY, LONG BEACH, CA 90808

10925   CUSDIN, GEORGE, 1798 CREAT TRAIL SE, SMYRNA, GA 30080

10925   CUSEY, MICHAEL, 3952 9TH #5, SAN DIEGO, CA 92103

10925   CUSH CRAFT CORP, 48 PERIMETER RD, MANCHESTER, NH 03103

10925   CUSH CRAFT CORP, PO BOX 4680, MANCHESTER, NH 03108

10925   CUSH, TOPHIN, 18A WHITTEN AVE, HAMPTON, NH 03842-3238

10925   CUSHENBERRY, JACQUELINE, 2833 74TH AVE, BATON ROUGE, LA 70807

10925   CUSHEY, LAUREL, 3466 CHERRY AVE, FINLEYVILLE, PA 15332

10925   CUSHING, D, 723 RIVERSIDE ST APT 429, PORTLAND, ME 04103

10925   CUSHING, DANIEL, 6550 150TH AVE NORTH, CLEARWATER, FL 34620

10925   CUSHING, EDWARD, 562 PROVIDENCE ST., WEST WARWICK,, RI 02893

10925   CUSHING, ERNEST R, PO BOX 1041, MERRIMACK, NH 03054-1041

10925   CUSHING, ERNEST, 38 ROBYN AVE, LITCHFIELD, NH 03052

10925   CUSHING, GERTRUDE, 605 CHANDLER ST, TEWKSBURY, MA 01876

10925   CUSHING, JILL, RTE 2 BOX 47, FLAT ROCK, NC 28731

10925   CUSHMAN & WAKEFIELD OF FLORIDA INC, 800 CORPORATE DRIVE, SUITE 502, FORT LAUDERDALE, FL 33334

10925   CUSHMAN & WAKEFIELD, 410 17TH ST ,SUITE 200, DENVER, CO 80202-4455

10925   CUSHMAN, JAMES, 6256 LONGLEAF PINE ROAD, SYKESVILLE, MD 21784

10925   CUSHMAN, LISA, 127 QUAIL CREEK ROAD, SALTILLO, MS 38866

10925   CUSHNER, DR. GILBERT, 11161 NEW HAMPSHIRE AVE #201, SILVER SPRING, MD 20904

10925   CUSICK HACKER, 23 NEW LOUDON ROAD, LATHAM, NY 12110

10925   CUSICK JR, JAMES, 3033 TARPON ROAD, RIVA, MD 21140

10925   CUSIMANO JR, JOSEPH, 2424 BYRUM, JOLIET, IL 60435

10925   CUSIMANO, BARBARA, 2424 BYRUM, JOLIET, IL 60435

10925   CUSIMANO, JACK, 3000 GEIGER CT., CLEARWATER, FL 33761

10925   CUSIO, JESSICA, 20400 KESWICK ST, CANOGA PARK, CA 91306

10925   CUSIP, PO BOX 11326, NEW YORK, NY 10277-0224

10925   CUSSON, MICHELLE, 144 SULLIVAN ST., NORTH ANDOVER, MA 01845

10924   CUST PICK UP / WILKIN INSULATION, WEST CHICAGO, IL 60185

10924   CUSTER COUNTY CONCRETE, 60160 HWY 69 NORTH, WESTCLIFFE, CO 81252

10924   CUSTER COUNTY CONCRETE, P.O. BOX 305, WESTCLIFFE, CO 81252

10924   CUSTER COUNTY CONCRETE, PO BOX 305, WESTCLIFFE, CO 81252

10925   CUSTER, ALVA, PO BOX 222, WOOSTER, OH 44691-0222

10925   CUSTER, CYNTHIA, 4608 CALVERT RD, COLLEGE PARK, MD 20740

10925   CUSTER, JAMES, PO BOX 1081, SIMPSONVILLE, SC 29681

10925   CUSTER, JOHN, 5210 PHILLIP LEE DRIVE SW, ATLANTA, GA 30336

10925   CUSTER, JOHN, 804 NEW HAMPSHIRE DRIVE, JAMESTOWN, NC 27282

10925   CUSTER, LINDA, 226 DICENZO BLVD., MARLBORO, MA 01752

10925   CUSTER, TAWANA, PO BOX 222, WORSTER, OH 44691

10925   CUSTIS, BENJAMIN, 131 PEARL AVE, SARASOTA, FL 34243

10925   CUSTIS, NATASHA, PO BOX 357, NASSAWADOX, VA 23413

10925   CUSTO CHEM, INC, 503 S. DUKE ST., PO BOX 926, LAFAYETTE, GA 30728

10925   CUSTODIO, MARIA, 902 BENT CREEK, RICHMOND, TX 77469

10925   CUSTODIO, NOEMI, VIA 50 #4FS-6 URB VI, CAROLINA, PR 00630

10925   CUSTODIO, TERRY, 5 THOMPSON ST, RARITAN, NJ 08869

10924   CUST-O-FAB FIELD  SERVICE, CAMBRIDGE, MA 02140

10924   CUST-O-FAB FIELD SERVICE, 1900 NO 161ST ST EAST AVE, TULSA, OK 74116

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | CUSTOM ALLOY CORP., 3 WASHINGTON AVE., HIGH BRIDGE, NJ 08829 | |
| 10925 | CUSTOM AUDIO VIDEO, 2802 NEW HARTFORD ROAD, OWENSBORO, KY 42303 | |
| 10925 | CUSTOM BARNS, 2108 CALHOUN RD, OWENSBORO, KY 42301-8222 | |
| 10925 | CUSTOM BLEND COFFEE SERVICE INC, 8042 NORTH DR, HIGHLAND, IN 46322 | |
| 10925 | CUSTOM BLEND COFFEE SERVICE INC, POBOX 72, SOUTH HOLLAND, IL 60473 | |
| 10925 | CUSTOM BLINDS INTL,INC, 941 GREENBRIAR AVE, DAVIE, FL 33325 | |
| 10924 | CUSTOM BUILDING SUPPLY, C/O GRACE HARVEST FELLOWSHIP JOB, SPOKANE, WA 99200 | |
| 10924 | CUSTOM BUILDING SYSTEMS INC, PO BOX829, MUSKOGEE, OK 74402 | |
| 10924 | CUSTOM BUILDING SYSTEMS, 627 ELGIN, MUSKOGEE, OK 74402 | |
| 10924 | CUSTOM COATED COMPONENTS, INC., 401 E. 1ST NORTH STREET, SUMMERVILLE, SC 29483 | |
| 10925 | CUSTOM COFFEE PLAN, 11519 S PETROPARK DR, HOUSTON, TX 77041 | |
| 10925 | CUSTOM COMMUNICATIONS INC, 164 NORTH L ST, LIVERMORE, CA 94550-3118 | |
| 10924 | CUSTOM CONCRETE COMPANY, 624 OLD ROBERTS ROAD, SANFORD, NC 27502 | |
| 10924 | CUSTOM CONCRETE, 1520 HASTINGS AVENUE, NEWPORT, MN 55055 | |
| 10924 | CUSTOM CONCRETE, 5423 AIRPORT RD., WILLIAMSBURG, VA 23188 | |
| 10924 | CUSTOM CONCRETE, 624 OLD ROBERTS ROAD, BENSON, NC 27504 | |
| 10924 | CUSTOM CONCRETE, 700 SHIELDS RD, NEWPORT NEWS, VA 23602 | |
| 10924 | CUSTOM CONCRETE, 808 KIWANIS STREET, HAMPTON, VA 23666 | |
| 10924 | CUSTOM CONCRETE, P.O. BOX 5895, SPRINGFIELD, VA 22150 | |
| 10924 | CUSTOM CONCRETE, PO BOX3559, WILLIAMSBURG, VA 23187 | |
| 10925 | CUSTOM CONCRETE, POBOX 3559, WILLIAMSBURG, VA 23187 | |
| 10924 | CUSTOM CONCRETE, ROUTE 155, PROVIDENCE FORGE, VA 23140 | |
| 10925 | CUSTOM CONTROL SENSORS INC, 21111 PLUMER ST, CHATSWORTH, CA 91311 | |
| 10925 | CUSTOM CONTROLS INC, 300 INDUSTRIAL PKWY, CHAGRIN FALLS, OH 44023 | |
| 10924 | CUSTOM CRETE INC, 2651 JOE FIELD RD., DALLAS, TX 75229 | |
| 10924 | CUSTOM CRETE, 2624 JOE FIELD RD, DALLAS, TX 75229 | |
| 10925 | CUSTOM DATA PRODUCTS,INC, 5730 UPLANDER WAY,SUITE 101, CULVER CITY, CA 90230 | |
| 10924 | CUSTOM DISTRIBUTION, INC., CAMBRIDGE, MA 02140 | |
| 10924 | CUSTOM DISTRIBUTORS INC, 3510 WINNETKA AVE NORTH, MINNEAPOLIS, MN 55427 | |
| 10924 | CUSTOM DRYWALL, 849 WESTERN AVE. NO., SAINT PAUL, MN 55117 | |
| 10924 | CUSTOM DRYWALL, 849 WESTERN AVENUE NORTH, SAINT PAUL, MN 55117 | |
| 10924 | CUSTOM DRYWALL, EDEN PRAIRIE HIGH SCHOOL, EDEN PRAIRIE, MN 55346 | |
| 10924 | CUSTOM DRYWALL, ROCHESTER PUBLIC LIBRARY, ROCHESTER, MN 55904 | |
| 10924 | CUSTOM ELECTRIC, 52 MAIN ST., MANCHESTER, CT 06040 | |
| 10925 | CUSTOM ELECTRONICS INC, BROWNE ST, ONEONTA, NY 13820 | |
| 10925 | CUSTOM EQUIPMENT DESIGN, PO BOX 4807, MONROE, LA 71211 | |
| 10925 | CUSTOM FILTRATION INC, 15390 18TH AVE N APT 1108, PLYMOUTH, MN 55447-2476 | |
| 10925 | CUSTOM HOSE OF JUPITER, 1440 CYPRESS DR, JUPITER, FL 33458 | |
| 10925 | CUSTOM HOUSE PHOTOGRAPHY, 5306 E. DR., BALTIMORE, MD 21227 | |
| 10925 | CUSTOM IMAGES INC., 1074 SOUTH BATESVILLE RD, GREER, SC 29650 | |
| 10924 | CUSTOM INDUSTRIAL, ANALYSIS LABS, 1717 COMMERICAL, SAINT JOSEPH, MO 64503 | |
| 10925 | CUSTOM INFO UNLIMITED INC, 7 OLD KINGS RD N SUITE 6-141, PALM COAST, FL 32137-8248 | |
| 10924 | CUSTOM LAMINATIONS INC., 932 MARKET STREET, PATERSON, NJ 07509 | |
| 10924 | CUSTOM LAMINATIONS INC., PO BOX 2066, PATERSON, NJ 07509 | |
| 10925 | CUSTOM LAWN CARE, PO BOX 273, RENSSELAER, IN 47978 | |
| 10924 | CUSTOM MACHINE, INC., 30 NASHUA STREET, WOBURN, MA 01801 | |
| 10925 | CUSTOM MASTERS INC, 1320 BENNET DRIVE, LONGWOOD, FL 32750 | |
| 10925 | CUSTOM METAL FABRICATORS, 1252 OLD KIMBILL TR, AIKEN, SC 29805 | |
| 10925 | CUSTOM METAL FABRICATORS, 1252 OLD KIMBILL TRAIL RD., AIKEN, SC 29805 | |
| 10925 | CUSTOM METAL FABRICATORS, INC, PO BOX 7940, LAKE CHARLES, LA 70606 | |
| 10925 | CUSTOM METAL FABRICATORS, PO BOX 7940, AIKEN, SC 29805 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    CUSTOM METALCRAFT INC, POBOX 10587-65808, SPRINGFIELD, MO 65803

10925    CUSTOM METALCRAFT, INC, PO BOX 10587, SPRINGFIELD, MO 65808

10924    CUSTOM MIX CONCRETE INC., 1229 LOWMAN RD, LOWMAN, NY 14861

10924    CUSTOM MIX CONCRETE, INC., 1229 LOWMAN RD., LOWMAN, NY 14861

10925    CUSTOM MOLDED PRODUCTS INC, C/O P L TECHNOLOGIES, 120 CELTIC BLVD, TYRONE, GA 30290

10924    CUSTOM NUTRITION LABORATORIES, INC., 8700 DIPLOMACY ROW, DALLAS, TX 75247

10925    CUSTOM PACKAGING SYSTEMS INC., PO BOX 183, MANISTEE, MI 49660

10925    CUSTOM PACKAGING SYSTEMS, INC, 1406 WILDWIOOD DR., FALLSTON, MD 21047

10925    CUSTOM PACKAGING SYSTEMS, INC, 3663 COLLECTION CENTER DRIVE, CHICAGO, IL 60693

10925    CUSTOM PACKAGING SYSTEMS, INC, PO BOX 183, MANISTEE, MI 49660

10924    CUSTOM PACKAGING, INC., 427 EVERNIA STREET, WEST PALM BEACH, FL 33401

10925    CUSTOM PACKING & SEALS, 326 MELTON RD., BURNS HARBOR, IN 46304-9719

10925    CUSTOM PACKING & SEALS, 326 MELTON ROAD, CHESTERTON, IN 46304

10924    CUSTOM PAVING, 4538 S. YORK RD, GASTONIA, NC 28052

10924    CUSTOM PLASTERING, 4 OAKLEIGH PLACE, JACKSON, MS 39211

10924    CUSTOM PRECAST & MASONRY, INC., 718 NW 20TH ST., FARIBAULT, MN 55021

10924    CUSTOM PRECAST, 68 INDUSTRIAL PARKWAY, LUMBERTON, MS 39455

10924    CUSTOM PRECAST, 991 FARLEY ROAD (NEW PLANT), CASCADE, IA 52033

10924    CUSTOM PRECAST, 991 FARLEY ROAD, CASCADE, IA 52033

10924    CUSTOM PRECAST, DRAWER 640, CASCADE, IA 52033

10925    CUSTOM PROCESS CONTROL, 8398 SOUTH 77TH AVE, BRIDGEVIEW, IL 60455

10925    CUSTOM PROCESSING CORP., 11 E. 6TH AVE., TRENTON, NJ 08619

10925    CUSTOM PROCESSING CORP., 11 EAST 6TH ST, TRENTON, NJ 08619

10925    CUSTOM PROCESSING, 11 EAST 6TH AVE., TRENTON, NJ 08619

10925    CUSTOM PRODUCTS, INC, 1100 INDUSTRIAL BLVD., LOUISVILLE, KY 40219

10925    CUSTOM RESIN SYSTEMS INC, PO BOX 300, CARVER, MA 02330

10925    CUSTOM ROTARY CONVERTING, 305 SAN ANTONIO COURT, SAN JOSE, CA 95116

10924    CUSTOM SPA & POOLS, 7485 E 1ST ST., PRESCOTT VALLEY, AZ 86314

10924    CUSTOM SPA & POOLS, PO BOX26516, PRESCOTT VALLEY, AZ 86312-6516

10924    CUSTOM SPAS & POOLS, 7485 E. 1ST ST., PRESCOTT VALLEY, AZ 86314

10925    CUSTOM SPEC SYSTEMS, 1553 HAMILTON AVE, CLEVELAND, OH 44114

10924    CUSTOM SPRAY SYSTEMS, PO BOX208, SALIDA, CA 95368

10925    CUSTOM TAPES INC, 7125 WEST GUNNISON ST, HARWOOD HEIGHTS, IL 60706

10925    CUSTOM TAPES, 420 NORTH GATE PKWY, WHEELING, IL 60090

10925    CUSTOM TIRE INC, 4201 MIDLOTHIAN TURNPIKE, CRESTWOOD, IL 60445

10925    CUSTOM TIRE, INC, PO BOX 462, WORTH, IL 60482

10925    CUSTOM ULTRASONICS INC, PO BOX 850, BUCKINGHAM, PA 18912

10925    CUSTOM WASTE CONTROL, INC, PO BOX 30268, HOUSTON, TX 77249-0268

10925    CUSTOM WOODING WORKING, 2 HARVEY ST, CAMBRIDGE, MA 02140

10925    CUSTOMEAZE, 0-152 WEST LEONARD, GRAND RAPIDS, MI 49504

10925    CUSTOMER CHOICE TRANSPORTATION, 107 GREEN ST, HULMEVILLE, PA 19047

10925    CUSTOMER COMMUNICATOR, THE, 215 PARK AVE SOUTH - SUITE 1301, NEW YORK, NY 10003

10924    CUSTOMER PICK UP - INJECTOR PARTS, DESPENSER WAREHOUSE, CHICAGO, IL 60630

10924    CUSTOMER PICK UP / NORWOOD, 505 UNIVERSITY AVE., NORWOOD, MA 02062

10924    CUSTOMER PICK UP TRANSHIELD WHSE, C/O CONROY BROS., WEST CHICAGO, IL 60185

10924    CUSTOMER PICK UP TRANSHIELD WHSE, WILKIN INSULATION, WEST CHICAGO, IL 60185

10924    CUSTOMER PICK UP TRANSHIELD, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

10924    CUSTOMER PICK UP TRANSHIELD, 1555 HAWTHORNE, WEST CHICAGO, IL 60185

10924    CUSTOMER PICK UP, C/O CONROY BROS., WEST CHICAGO, IL 60185

10924    CUSTOMER PICK UP, USCO WAREHOUSE, CHARLOTTE, NC 28275

10924    CUSTOMER PICK-UP, C/O SOUTHEASTERN ROOF DECKS, DORAVILLE, GA 30340

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | CUSTOMER PICK-UP, CAMBRIDGE, MA 99999 | |
| 10924 | CUSTOMER PICK-UP, CHARLOTTE, NC 28200 | |
| 10924 | CUSTOMER PICK-UP, CHARLOTTE, NC 28275 | |
| 10924 | CUSTOMER PICK-UP, FOREST PARK, GA 30050 | |
| 10924 | CUSTOMER PICK-UP, IRONDALE, AL 35210 | |
| 10924 | CUSTOMER PICK-UP, JOB: GREEN VALLEY OFFICE BLDG., IRONDALE, AL 35210 | |
| 10924 | CUSTOMER PICK-UP, LONG SUPPLY CO, GRAND PRAIRIE, TX 75050 | |
| 10924 | CUSTOMER PICK-UP, LONG SUPPLY COMPANY, DALLAS, TX 75208 | |
| 10924 | CUSTOMER PICK-UP, USCO DIRTRIBUTION SERVICES, CHARLOTTE, NC 28275 | |
| 10924 | CUSTOMER PICK-UP, USCO DISTRIBUTION CENTER, CHARLOTTE, NC 28200 | |
| 10924 | CUSTOMER PICK-UP, USCO DISTRIBUTION SERVICE, FOREST PARK, GA 30050 | |
| 10924 | CUSTOMER PICK-UP, USCO DISTRIBUTION SERVICES, CHARLOTTE, NC 28273 | |
| 10924 | CUSTOMER PICK-UP, USCO WAREHOUSE, FOREST PARK, GA 30050 | |
| 10925 | CUSTOMER RELATIONS CONSULTANTS, INC, 320 TOWSONTOWN BLVD #201, BALTIMORE, MD 21286 | |
| 10925 | CUSTOMER SERVICE NEWSLETTER, 215 PARK AVE SOUTH - SUITE 1301, NEW YORK, NY 10003 | |
| 10925 | CUSTOMIZED COMPUTER TRAINING, 2110 POWERS FERRY ROAD STE 450, ATLANTA, GA 30339 | |
| 10924 | CUSTOMIZED PROTECTION SVC, INC., 830 WARREN AVENUE, DOWNERS GROVE, IL 60515 | |
| 10924 | CUSTOM-PAK ADHESIVES INC., 11047 LAMBS LANE, NEWARK, OH 43055 | |
| 10924 | CUT ART STONE BLOCK CO, 14 INTERCHANGE DRIVE, SAVANNAH, GA 31401 | |
| 10924 | CUT ART STONE COMPANY, 14 INTERCHANGE PLANT 2, SAVANNAH, GA 31405 | |
| 10924 | CUT ART STONE COMPANY, 14 INTERCHANGE DRIVE, SAVANNAH, GA 31405 | |
| 10925 | CUTBIRTH, CAROLYN, 1055 KNUPPLE ROAD, SILSBEE, TX 77656 | |
| 10924 | CUTCHOGUE EAST MIDDLE, MAIN ROAD RT 25, LONG ISLAND CITY, NY 11101 | |
| 10925 | CUTHBERTSON, DEBORAH, 737 POLACCA TRAIL, FLAGSTAFF, AZ 86001 | |
| 10925 | CUTLER HAMMER CONSOLIDATION, 7670 CANTON CENTER DR, BALTIMORE, MD 21224 | |
| 10925 | CUTLER HAMMER DE PUERTO RICO INC, CONTROLS DIVISION, COAMO, PR 00769PUERTO RICO | *VIA Deutsche Post* |
| 10925 | CUTLER HAMMER, RD 14 KM 32 0, COAMO, PR 00769PUERTO RICO | *VIA Deutsche Post* |
| 10925 | CUTLER, AMY, 75 HAYDEN ROWE, HOPKINTON, MA 01748 | |
| 10925 | CUTLER, C COLLINS, PO BOX 43, MARNE, IA 51552-0043 | |
| 10925 | CUTLER, DEBRA, RT 2 BOX 330A, WASHINGTON, NC 27889 | |
| 10925 | CUTLER, JACK, 2100 KENDALL ST, CAMDEN, SC 29020 | |
| 10925 | CUTLER, JOYCE, 109 SUNSET COURT, PATTERSON, CA 95363 | |
| 10925 | CUTLER, MICHAEL, 1019 HILL ST, LUGOFF, SC 29078 | |
| 10925 | CUTLER, SHERIE, BOX 43, MARNE, IA 51552 | |
| 10925 | CUTLER, TOYA, 230 W ADAMS, PAULSBORO, NJ 08066 | |
| 10925 | CUTLER-HAMMER, 6671 SANTA BARBARA CT., SUITE F, ELKRIDGE, MD 21075 | |
| 10925 | CUTLER-HAMMER, 8204 CALUMET AVE., MUNSTER, IN 46321 | |
| 10925 | CUTLIP, BARBARA, 1018 OLD YORK ROAD, RARITAN, NJ 08869 | |
| 10925 | CUTRIGHT, MICHAEL, 1102 N. HUSHAW, CHILLICOTHE, IL 61523 | |
| 10925 | CUTSHALL, GARY, 138 SYCAMORE, ERWIN, TN 37650 | |
| 10925 | CUTSINGER, LYNN ELIZABETH, PO BOX 6953, KATY, TX 77491 | |
| 10925 | CUTSINGER, ROBERT, 4709 WILLOW, BELLAIRE, TX 77401 | |
| 10925 | CUTTER INFORMATION CORP, 37 BROADWAY, ARLINGTON, MA 02174-5539 | |
| 10925 | CUTTER LUMBER PRODUCTS, 10 RICKENBACKER CIRCLE, LIVERMORE, CA 94550-7611 | |
| 10925 | CUTTER, BRUCE C, 4021 S. SUNDERLAND DR., SPOKANE, WA 99206 | |
| 10925 | CUTTER, BRUCE, 4021 S. SUNDERLAND, SPOKANE, WA 99206 | |
| 10925 | CUTTING CONTRACTORS INC, 3060 DUBLIN CIRCLE, BESSEMER, AL 35022 | |
| 10925 | CUTTING EDGE LAWN & SNOW INC., 1589 PRODUCTION DRIVE, BURLINGTON, KY 41005 | |
| 10925 | CUTTINGHAM, ELSA, THE ROYAL ST ANDREW, 555 S GULFSTREAM APT 203, SARASOTA, FL 34236-6756 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 CUTTINO, KATHY, 207 ANGLEWOOD DR, SIMPSONVILLE, SC 29681

10924 CUYAHOGA COMMUNITY COLLEGE, 4250 RICHMOND ROAD, HIGHLAND HILLS, OH 44122

10924 CUYAHOGA CONCRETE CO, 2100 CENTRAL FURNANCE CO, CLEVELAND, OH 44101

10924 CUYLER BURK, PARSIPPANY CORPORATE CENTER, PARSIPPANY, NJ 07054-4663

10924 CUZ CONCRETE PRODUCTS INC., 19604 67TH AVENUE N.E., ARLINGTON, WA 98223-8769

10924 CVC PLASTICS, 3500 CARRIAGE DRIVE, SANTA ANA, CA 92704

10925 CVC SPECIALTY CHEMICALS, INC, PO BOX 23325, NEWARK, NJ 07189

10925 CVETKOVICH, TERRI, 5880 LEISURE LANE, PITTSBORO, IN 46167

10924 CVG INTERNATIONAL AMERICA, INC., 7205 CORPORATE CTR. DRIVE, MIAMI, FL 33126

10925 CVITANOVICH, DAVE, RR 1 BOX 218, REDDICK, IL 60961

10925 CVL TECHNICAL SALES, INC, 9600-113 PULASKI PARK DR., BALTIMORE, MD 21220

10924 CVS AT UNIVERSAL STUDIOS, C/O WESTSIDE BUILDING MATERIALS, UNIVERSAL CITY, CA 91608

10924 CVS CORPORATE HEADQUARTERS, 1 CVS DRIVE, WOONSOCKET, RI 02895

10925 CVT RECYCLING, 1131 N BLUE GUM ST, ANAHEIM, CA 92806

10925 CW BRABENDER INSTRUMENTS, INC, 50 E. WESLEY ST, PO BOX 2127, SOUTH HACKENSACK, NJ 07606

10925 CW BRABENDER INSTRUMENTS, INC, 50 E. WESLEY ST., PO BOX 2127, SOUTH HACKENSACK, NJ 07606

10924 CW ELECTRIC SUPPLY COMPANY, 2551 PRINGLE ROAD, S.E., SALEM, OR 97302

10924 CW POST COLLEGE TILLES CENTER, 720 NORTHERN BLVD, OLD BROOKVILLE, NY 11545

10925 CWC CASTINGS DIVISION OF TEXTRON IN, 1085 W SHERMAN BLVD, MUSKEGON, MI 49441

10925 CWC FLUIDS INC., 320 WEST 194TH ST, GLENWOOD, IL 60425

10925 CWCCA, 111 TOWN & COUNTRY ROAD, STE #45, ORANGE, CA 92868

10925 CWCCA, 2286 NORTH STATE BLVD, FULLERTON, CA 92831

10924 CWCI, 749 NINTH AVE, INDUSTRY, CA 91745

10924 CWCI, P.O. BOX 9229, GREEN BAY, WI 54308-9229

10925 CWIEK, HELEN, 3715 FIFTH ST, BALTIMORE, MD 21225

10925 CWIEKA, LORRAINE, WATCHUNG AVE, NORTH PLAINFIELD, NJ 07060

10925 CWM CHEMICAL SERVICES INC, 1550 BALMER ROAD, MODEL CITY, NY 14107

10925 CWM RESOURCE RECOVERY, 4301 INFIRMARY ROAD, PO BOX 453, WEST CARROLLTON, OH 45449

10924 CWR  CONSTRUCTION CORP., 4TH AND DAKOTA, NORTH LITTLE ROCK, AR 72118

10925 CWS GUANO CO, INC, PO BOX 179, CLINTON, SC 29325

10925 CWTS. INC., PO BOX 5112, ROCKFORD, IL 61125

10925 CX PRESS INC., 5436 JEFFERSON DAVIS HWY, RICHMOND, VA 23234

10925 CX-PRESS TRUCKING, 1608 COMMERCE RD., RICHMOND, VA 23224

10925 CXT INC., 2420 N PIONEER LN, SPOKANE, WA 99216

10924 CXT INC., 2420 NO. SULLIVAN ROAD, SPOKANE, WA 99216

10924 CXT INCORPORATED, ATTN: ACCOUNTS PAYABLE, SPOKANE, WA 99214

10924 CXT, 1801 FARMERS AVENUE, AMARILLO, TX 79100

10924 CXT, 710 EAST HWY 30, GRAND ISLAND, NE 68803

10924 CXT, ATTN:  ACCOUNTS PAYABLE, SPOKANE, WA 99214

10924 CYANAMID, C/O WYATT INC., PRINCETON, NJ 08541

10924 CYANOTECH CORPORATION, 73-4460 QUEEN KAAHUMANU, KAILUA KONA, HI 96740

10924 CYANOTECH CORPORATION, SUITE 102, 73-4460 QUEEN KAAHUMANU, KAILUA KONA, HI 96740

10925 CYBER COMPUTER TECHNOLOGY INC, 800 W CUMMINGS PARK #1550, WOBURN, MA 01801

10925 CYBERMETRICS INC, 1050 NINATH NORTH DRIVE SUITE D, ALPHARETTA, GA 30004-2958

10925 CYBER-TEST INC, 448 COMMERCE WAY BLDG 100, LONGWOOD, FL 32750

10925 CYBIN LABS, 15848 N 44TH ST, PHOENIX, AZ 85032

10925 CYBOR FIRE PROTECTION CO, 5123 THATCHER RD, DOWNERS GROVE, IL 60515

10925 CYBURT, ALICIA, 16 ROMNEY ROAD, BOUND BROOK, NJ 08805-9998

10925 CYCLE CHEM INC, 217 1ST ST, ELIZABETH, NJ 07206-1838

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 CYCLE CHEM INC, 217 S 1ST ST, ELIZABETH, NJ 07206-1502

10925 CYCLO CHEMICAL CORP (LONZA INC AS P, JOSEPH LOWE CEO, 1922 EAST 64TH ST, LOS ANGELES, CA 90001

10924 CYCLO INTERNATIONAL, PO BOX 438000, SAN YSIDRO, CA 92173

10924 CYCLO INT'L/MILES & JOFFROY INC, 2675 CUSTOMEHOUSE COURT, SAN YSIDRO, CA 92173

10925 CYCLONAIRE CORP., PO BOX 366, YORK, NE 68467

10925 CYCLONAIRE, PO BOX 366, YORK, NE 68467

10925 CYCLONAIRE, PO BOX 8065, CINCINNATI, OH 45208

10925 CYCLONE CARPET CLEANING, PO BOX 1178, MIDDLETOWN, OH 45042

10924 CY-FAIR SCHOOL C/O BAHL, 7900 NO ELDRIDGE, HOUSTON, TX 77041

10925 CYGA, STEVE, 4532 W 102 ST, OAK LAWN, IL 60453

10925 CYGANEK, PAMELA, 315 NEW ST #519, PHILADELPHIA, PA 19106

10925 CYGANOWSKI, JOHN, 15 RIDGE ST, NASHUA, NH 03060

10924 CYGN US INC,, PO BOX566, PATTERSON, NJ 99999

10924 CYGN US INC., 510 E 41ST STREET, PATERSON, NJ 07504

10924 CYGNUS THERAPEUTIC SYSTEMS, 1255 HAMILTON CT., MENLO PARK, CA 94025

10924 CYGNUS THERAPEUTIC SYSTEMS, 400 PENOBSCOT DRIVE, REDWOOD CITY, CA 94063

10925 CYKIETA, CHARLES, 8 WILLOWDALE AVE, GLEN BURNIE, MD 21061

10925 CYMATICS, 31 W 280 DIEHL ROAD, NAPERVILLE, IL 60540

10925 CYMBALUK, SCOTT, RR2, BOX 20, BELFIELD, ND 58622

10924 CYMER LLC, MEGS WEST IND PARK, 100 CYMER LANE, DECATUR, TN 37322

10924 CYMER LLC, PO BOX 1, BOX 500, DECATUR, TN 37322

10924 CYMETECH, LLC, 7629 STATE HIGHWAY 75 SOUTH, HUNTSVILLE, TX 77340

10924 CYMETECH, LLC, HIGHWAY 242 SOUTH, WEST HELENA, AR 72390

10924 CYMETECH, LLC., 407 PHILLIPS 311, HELENA, AR 72342

10924 CYMETECH, LLC., 7629 STATE HIGHWAY 75 SOUTH, HUNTSVILLE, TX 77340

10925 CYN ENVIORMENTAL SERVICES, PO BOX 119, STOUGHTON, MA 02072

10925 CYNTHIA A BROWNELL, 10 RICHMOND AVE, HOOSICK FALLS, NY 12090-2110

10925 CYNTHIA A DUNN, 77 HIGH ST, KEENE, NH 03431-3026

10925 CYNTHIA A. STARKE, 8413 OWENS COURT, ARVADA, CO 80005

10925 CYNTHIA ANN BEARD, 3194 BIRDSONG DR, GREENFIELD, IN 46140-9297

10925 CYNTHIA C BAIRD &, CHRISTOPHER G BAIRD &, MARCELLA J BAIRD JT TEN, 5 GEORGE ST, WATERTOWN, MA 02172-3342

10925 CYNTHIA COOPER, 212 LIONS MOUTH RD, AMESBURY, MA 01913-5316

10925 CYNTHIA CUDWORTH, 4671 CHANDLERS FORDE, SARASOTA, FL 34235-7118

10925 CYNTHIA D BARKER, 11191 CROOKED STICK LANE, CARMEL, IN 46032-8969

10925 CYNTHIA EDWARDS, 444 EAST 93RD ST, CHICAGO, IL 60619-7409

10925 CYNTHIA FARHAT, 602 W. CARLTON ST., SULPHUR, LA 70663

10925 CYNTHIA FRARY, 1699 JEFFERSON RD, PITTSFORD, NY 14534-1036

10925 CYNTHIA GAITHER, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 CYNTHIA J CURRERI, 36 CROSBY DR, ARLINGTON, MA 02474-2257

10925 CYNTHIA J CURRERI, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 CYNTHIA K DUDA, 39 COMMERCIAL WHARF, BOSTON, MA 02110-3889

10925 CYNTHIA L BABB, 352 THOREAU ST, CONCORD, MA 01742-3610

10925 CYNTHIA LEVINE STEINBERGER, 60 HAVEN AVE, NEW YORK, NY 10032-2604

10925 CYNTHIA M BURKE, PO BOX 1049, LAURENS, SC 29360

10925 CYNTHIA M STROBLE COUNTY TREASURER, PO BOX 1049, LURENS, SC 29360

10925 CYNTHIA M STROBLE COUNTY TREASURER, POBOX 1049, LAURENS, SC 29360

10925 CYNTHIA MCDOWELL DILLON &, KEITH HAGOOD DILLON JT TEN, 115 RIVER HOLLOW CT, DULUTH, GA 30097-2414

10925 CYNTHIA NEEVES, 11 HIDDEN HARBOR DR, GULF STREAM, FL 33483

10925 CYNTHIA P CLARK, 225 NORTH MAPLE AVE, PARK RIDGE, NJ 07656-1274

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 CYNTHIA PAULINE PRINCE, 664 CRAWFORD RD, SCHENECTADY, NY 12306-7304

10925 CYNTHIA S COX, 330 EAST 83RD ST APT 5L, NEW YORK, NY 10028-4224

10925 CYNTHIA S LEE, 1311 JONATHANS LANDING, SEVERN, MD 21144

10925 CYNTHIA S ZIMMERMAN, 3301 GLENGERRY, FINDLAY, OH 45840

10925 CYPHER, SANDRA, 4712 GARFIELD ST, HOLLYWOOD, FL 33021

10925 CYPRESS COLOR & CHEMICAL INC, PO BOX 410, WESTWOOD, MA 02090

10924 CYPRESS FAIRBANKS ISD  SCHOOL #7, C/O BAHL, 7900 NORTH ELDRIDGE ROAD, HOUSTON, TX 77041

10925 CYPRESS FAIRBANKS ISD, PO BOX 692003, HOUSTON, TX 77269-2003

10924 CYPRESS SALES(ROPPOLO ACCOUS.), 5248 FLOYNELL, BATON ROUGE, LA 70809

10924 CYPRESS SEMI CONDUCTOR, 2401 EAST 86TH STREET, BLOOMINGTON, MN 55425

10925 CYPROWSKI, LISA, 127 KEEVER AVE, PITTSBURGH, PA 15205

10925 CYPRUS AMAX MINERALS CO BEVERIDGE, DON PATTERSON, 1350 I ST NW #700, WASHINGTON, DC 20005-3311

10925 CYR GROUP, THE, ONE CATE ST., PORTSMOUTH, NH 03801

10925 CYR, ANNE, 9205 US HWY 64 E, RAMSEUR, NC 27316

10925 CYR, BERNARD, 10 CHAPPAREL DRIVE, LONDONDERRY, NH 03053

10925 CYR, GERALD, 2738 DAISEY AVE., BALTIMORE, MD 21227

10925 CYREX GLASS & MIRROR INC, PO BOX 4738, HOUSTON, TX 77210-4738

10925 CYRIL D STEINHAUSER & MARY ANN STEINHAUSER JT TEN, 3553 1ST ST, LA SALLE, MI 48145-9613

10925 CYRK INC, 21 POND ROAD, GLOUSTER, MD 01930-1834

10925 CYRK INC., PO BOX 4804, BOSTON, MA 02212-4804

10925 CYRK, 101 EDGEWATER DR., WAKEFIELD, MA 01880-5374

10925 CYRK, 1400 PROVIDENCE HWY, NORWOOD, MA 02062-5015

10925 CYRO, PO BOX 8500-8225, PHILADELPHIA, PA 19178

10925 CYROVAC CREDIT UNION, PO BOX 338, SIMPSONVILLE, SC 29681

10924 CYRULIK INC, P.O. BOX 285, CLINTON, IL 61727

10924 CYRULIK, INC., E. JOHNSON STREET LIMITS, CLINTON, IL 61727

10924 CYRULIK, INC., P. O. BOX 285, CLINTON, IL 61727

10925 CYRUS A GALLEY JR & MARILYN A GALLEY JT TEN, 3318 26TH AVE, ROCK ISLAND, IL 61201-5514

10925 CYSTIC FIBROSIS FOUNDATION, 220 N.MAIN ST , STE 104, NATICK, MA 01760

10925 CYSTIC FIBROSIS FOUNDATN, 10616 BEAVER DAM RD, S-1, HUNT VALLEY, MD 21030

10924 CYTEC FIBERITE, ATT: M. PIGOTT, 1300 REVOLUTION ST., HAVRE DE GRACE, MD 21078

10924 CYTEC FIBERRITE, ATT: ACCOUNTS PAYABLE, 1300 REVOLUTION ST., HAVRE DE GRACE, MD 21078

10925 CYTEC INDUSTRIES INC, AMERICAN CYNAMID CO, CHARLOTTE, NC 28260

10925 CYTEC INDUSTRIES INC, POBOX 60062, CHARLOTTE, NC 28260

10925 CYTEC INDUSTRIES INC., PO BOX 60062, CHARLOTTE, NC 28260-0062

10925 CYWINSKI, TARA, 342 HUGHES ST, SWOYERSVILLE, PA 18704

10925 CZ CARTAGE INC., 30660 WET EIGHT MILE ROAD, FARMINGTON HILLS, MI 48336

10925 CZAP, CHRISTINE, 181 BENEDICT RD, MONTGOMERY, NY 12549

10925 CZAPLA, MARIANNE, 21550 BURBANK BLVD, WOODLAND HILLS, CA 91367

10925 CZAPSKI SR, STEPHEN, 4624 WHITE MARSH RD, BALTIMORE, MD 21237

10925 CZAR, DIANNE, 28 RIVERDALE AVE, TEWKSBURY, MA 01876

10925 CZAR, WILLIAM, TWO BIRCH ST, STONEHAM, MA 02180

10925 CZARNECKI SR, AW, POBOX 83, ADAMS, MA 01220

10925 CZARNECKI, JOSEPHINE, 7720 LINDEN DR, W BLOOMFIELD, MI 48324

10925 CZARNECKI, KERRY, RT 1 BOX 537 C, CIBOLO, TX 78108

10925 CZARNECKI, LAWRENCE, 10345 ST REGENCE LANE, KNOXVILLE, TN 37922

10925 CZARNICK, SANDRA, 4321 SHERWOOD DR., GRAND ISLAND, NE 68803

10925 CZARRA, KERSTIN, 4314 CROSS COUNTRY DRIVE, ELLICOTT CITY, MD 21043

10925 CZECHANSKI, SUZANNE, 11304, WALDORF, MD 20613

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | CZECHOWICZ, M, 2077 HALF DAY ROAD, BOX C-147, DEERFIELD, IL 60015 | |
| 10925 | CZERNEK, DONA, 4 BUTTONWOOD DR, WOODSTOWN, NJ 08098 | |
| 10925 | CZERNICKI, ALLEN, 125 WELLMAN AVE, N CHELMSFORD, MA 01863 | |
| 10925 | CZERNICKI, CHERYL, 125 WELLMAN AVE, N CHELMSFORD, MA 01863 | |
| 10924 | CZEWO, INDUSTRIE STRASSE, 53909 ZULPICH, 99999DEU | *VIA Deutsche Post* |
| 10925 | CZORAPINSKI, MATILDA, 405 WAVERLY AVE, BALTIMORE, MD 21225-3733 | |
| 10925 | CZUBA, RICHARD, 933 S. PROSPECT, ELMHURST, IL 60126 | |
| 10925 | CZUBRYT, ROBERT, 21 MANNERS AVE, ADAMS, MA 01220 | |
| 10925 | D & B SALES, 5819 WEST IRVING PARK ROAD, CHICAGO, IL 60634 | |
| 10925 | D & B SERVICE & SALES INC, 5819 W IRVING PARK ROAD, CHICAGO, IL 60634 | |
| 10924 | D & B TILE DISTRIBUTORS, PLANTATION, FL 33325 | |
| 10924 | D & B TILE, 1561 N. POWERLINE RD., POMPANO BEACH, FL 33069 | |
| 10924 | D & D BEBLO, 777 E. BUTLER ROAD, BUTLER, PA 16001 | |
| 10925 | D & D ELECTRONIC SERVICES, PO BOX 757, LAURENS, SC 29360 | |
| 10925 | D & D SERVICE, 5435 ANNAPOLIS ROAD, BLADENSBURG, MD 20710 | |
| 10925 | D & D TIRE CO INC, 4919 KENILWORTH AVE, HYATTSVILLE, MD 20781 | |
| 10924 | D & F INDUSTRIES, 1860 GENE AUTRY WAY, ANAHEIM, CA 92805-6724 | |
| 10924 | D & F INDUSTRIES, 5115 E. LA PALMA AVENUE, ANAHEIM, CA 92807 | |
| 10924 | D & F INDUSTRIES, PO BOX 68049, ANAHEIM, CA 92807 | |
| 10924 | D & G BRICE CONTRACTORS, INC., 2901 WATERVIEW AVE., BALTIMORE, MD 21230 | |
| 10924 | D & G BRICE CONTRACTORS, INC., PO BOX31846, BALTIMORE, MD 21207 | |
| 10924 | D & G CONSTRUCTION, 2605 DONA ANA RD. SE, DEMING, NM 88030 | |
| 10925 | D & G SIGN AND LABEL, POBOX 157, NORTHFORD, CT 06472 | |
| 10925 | D & H TRUCK PARTS CO INC, 3021 SOUTH ARCHER AVE, CHICAGO, IL 60608 | |
| 10924 | D & J CONCRETE YARD ORNAMENT, BOX 20A, QULIN, MO 63961 | |
| 10924 | D & J CONCRETE YARD ORNAMENT, HWY 53, QULIN, MO 63961 | |
| 10924 | D & J CONCRETE, BOX 20A, QULIN, MO 63961 | |
| 10924 | D & L INDUSTRIAL FINISHES, 215 BROWNSVILLE AVENUE, LIBERTY, IN 47353 | |
| 10924 | D & L INDUSTRIAL FINISHES, PO BOX 215, LIBERTY, IN 47353 | |
| 10925 | D & L LUMBER & HARDWARE CO, POBOX 99, EASTLAKE, CO 80614 | |
| 10924 | D & L PAINT COMPANY, PO BOX 215, LIBERTY, IN 47353 | |
| 10925 | D & M STRIPING, 58 LOUIS ST, MANCHESTER, NH 03102 | |
| 10924 | D & M WELDING, 2300 ARBOR DRIVE, DAYTON, OH 45439 | |
| 10924 | D & M/SAN FRANCISCO COURTHOUSE, C/O SAN FRANCISCO GRAVEL, POLK & MCALISTER, SAN FRANCISCO, CA 94107 | |
| 10925 | D & N TRANSPORATION CO INC, PO BOX 919, SLATERSVILLE, RI 02876 | |
| 10924 | D & R DRYWALL INC., CAROLINA FREIGHT CARRIERS, ASHEVILLE, NC 28803 | |
| 10924 | D & R FIRE & SAFETY, 2405 2ND AVE SOUTH, BILLINGS, MT 59101 | |
| 10925 | D & S CONSTRUCTION, 3620 DEKALB TECHNOLOGY PKWY, ATLANTA, GA 30340 | |
| 10925 | D & S DOYLE ELECTRIC INC, 737 OAK HILL ROAD, COVINGTON, GA 30016 | |
| 10925 | D & S ELECTRIC INC., PO BOX 1006, OTTAWA, IL 61350 | |
| 10924 | D & S ELECTRIC SUPPLY CO., PO BOX 6527, MADISON, WI 60120 | |
| 10924 | D & S ELECTRIC, 363 WEST CHUBBUCK ROAD, POCATELLO, ID 83202 | |
| 10924 | D & S GLASS, 333 FLUVANNA AVENUE, JAMESTOWN, NY 14701 | |
| 10924 | D & S SUPPLY, 4260 MAC ALESTER ST, PHILADELPHIA, PA 19124 | |
| 10925 | D & W DIESEL & ELECTRIC, 1821 CLARK ST ROAD, AUBURN, NY 13021-9593 | |
| 10924 | D A C VISION, 11612 KNOTT STREET, GARDEN GROVE, CA 92641 | |
| 10924 | D A C VISION, 120 W. WASHINGTON ST REET, MINNEOLA, FL 34755 | |
| 10924 | D A C VISION, 217 EAST 171ST STREET, HARVEY, IL 60426 | |
| 10924 | D A C VISION, 531 W TAFT DR, SOUTH HOLLAND, IL 60473-2030 | |
| 10925 | D A CASALONGA JOSSE, 8 AVE PERCIER F-75008, PARIS, 75008FRANCE | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | D A STEWART, 3791 43RD PLACE, TUCSON, AZ 85713 | |
| 10924 | D A STUART, 43 UPTON RD, SCARBOROUGH, ON M1L 2C1TORONTO | *VIA Deutsche Post* |
| 10925 | D A STUART, 4580 WEAVER PKWY, WARRENVILLE, IL 60555 | |
| 10925 | D A STUART, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | D A WAREHOUSEMENS PENSION TRUST, POBOX 8824, EMERYVILLE, CA 94662-0824 | |
| 10925 | D ABROSCA, JENNIFER, 53 DEACON DRIVE, MERCERVILLE, NJ 08619 | |
| 10925 | D ACHILLE, PASQUALE, 6538 N. 85TH ST, MILWAUKEE, WI 53224 | |
| 10925 | D AGOSTINO JR, ROBERT, 74 PARIS ST, MEDFORD, MA 02155 | |
| 10925 | D AGOSTINO, RITA, 74 PARIS ST, MEDFORD, MA 02155 | |
| 10925 | D AGUANNO, CONNIE, 5617 CORAL LAKE DRIVE, MARGATE, FL 33063 | |
| 10925 | D AGUANNO, MICHAEL, 5617 CORAL LAKE DRIVE, MARGATE, FL 33063-9998 | |
| 10925 | D ALESSANDRI, KAREN, 45 CAMP HILL RD, POMONA, NY 10970 | |
| 10925 | D ALESSANDRO, AILEEN, 341 GROVE AVE, BOUND BROOK, NJ 08805-1620 | |
| 10925 | D ALESSANDRO, LORI, 2579 RIDGE ROAD EXT., BADEN, PA 15005 | |
| 10925 | D AMATO, JUDITH, 7991 MIDWAY DR., OCALA, FL 34472 | |
| 10925 | D AMATO, LOUISE, 97 SWARTHMORE TERR, METUCHEN, NJ 08840 | |
| 10925 | D AMBROSIO, DANIEL, 1112 N 61ST TERRACE, HOLLYWOOD, FL 33024 | |
| 10925 | D AMBROSIO, DANNY, 1112 NORTH 61ST TERR, HOLLYWOOD, FL 33024 | |
| 10925 | D AMBROSIO, JOSEPH, 61 DREW WAY, ISELIN WAY, NJ 08830 | |
| 10925 | D AMBROSIO, PETER, 508 S RIVER POINT DR, STUART, FL 34994 | |
| 10925 | D AMBROSIO, VIRGINIA, 508 S RIVER POINT DR, STUART, FL 34994 | |
| 10925 | D AMICO WALLACE, CHRISTINE, 2341 ROUNDHOUSE ROAD, SPARKS, NV 89431 | |
| 10925 | D AMICO, ALEXANDER, 631 RIVER ROAD, PISCATAWAY, NJ 08854 | |
| 10925 | D AMICO, EDWARD, 16 CRANE AVE, MAYNARD, MA 01754 | |
| 10925 | D ANCONA & PFLAUMIC LLC, 111 E WACKER DR #2800, CHICAGO, IL 60601-4205 | |
| 10924 | D AND M CONTRACTORS INC, P.O. BOX 57, MONTOURSVILLE, PA 17754 | |
| 10925 | D ANDREA, GREGORY, 23636 140TH LANE SE, KENT, WA 98042 | |
| 10925 | D ANDREA, PATRICIA, 22518 ELKANA DEANE, KATY, TX 77449 | |
| 10925 | D ANGELO, GERIANNE, 901 SUNSHINE COURT, LOCKPORT, IL 60441 | |
| 10925 | D ANGELO, GINA, 7813 FLAGSTONE CT, ELLICOTT CITY, MD 21043 | |
| 10925 | D ANGELO, PAULINE, 5 PENDLETON RD, CHELMSFORD, MA 01824 | |
| 10925 | D ANIELLO, EMILIA, 4 SEMINOLE PATH, BRANCHBURG, NJ 08876 | |
| 10925 | D ANTONIO, RALPH, 4 MUNSON ST., MEDFORD, NY 11763 | |
| 10925 | D AQUANNO, CONNIE, 5617 CORAL LAKE DR, MARGATE, FL 33063 | |
| 10925 | D ARCO, ROSEMARIE, FLUSHING, NY 11355 | |
| 10925 | D AUGEREAU, BONNIE, 2305 EAST PINHOOK, LAFAYETTE, LA 70501 | |
| 10925 | D AVIGNON, JODI, 7424 1/2 4TH NW, ALBUQUERQUE, NM 87107 | |
| 10925 | D AVOLIO, LENORA, 4160C LAKE WYLIE WDS, LAKE WYLIE, SC 29710 | |
| 10925 | D B DEES, RT2 BOX321D, MIDLOTHIAN, TX 76065-9802 | |
| 10925 | D BOOTHE & CO, 3400 SILICA RD, SYLVANIA, OH 43560 | |
| 10925 | D BROOKS WELDING CO, 512 12TH ST NORTH, BIRMINGHAM, AL 35203 | |
| 10924 | D C KERKHOFF CO, 1901 ELSA ST, NAPLES, FL 33942 | |
| 10924 | D CONSTRUCTION, INC., 1488 SOUTH BROADWAY, COAL CITY, IL 60416 | |
| 10925 | D DOMENICUS, DEBORAH, 9334 MATADOR ROAD, COLUMBIA, MD 21045 | |
| 10925 | D DOUGLAS HOWARD, 314 WOODVINE AVE, METAIRIE, LA 70005-4146 | |
| 10925 | D E BERNHARDT CHP, 536 EAST HOLSTEIN, SALT LAKE CITY, UT 84107 | |
| 10925 | D EMPAIRE REYNA BERMUDEZ &, PO BOX 02-5265, MIAMI, FL 33102-5265 | |
| 10925 | D ERI, ANTHONY, 151 COOLIDGE ST, HAVERSTRAW, NY 10927 | |
| 10925 | D ERRICO, ARTHUR, 27B HANCOCK AVE. EXT., MEDFORD, MA 02155 | |
| 10925 | D F GARVEY - WR GRACE PETTY CASH, 6401 POPLAR AVE SUITE 301, MEMPHIS, TN 38119 | |
| 10925 | D F KING & CO INC, 77 WATER ST, NEW YORK, NY 10005-4495 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | D F KING & CO INC, PO BOX 1701, NEW YORK, NY 10268-1701 | |
| 10925 | D F LITTLE & DIXIE LEE LITTLE JT TEN, 1041 E WINTERGREEN RD, CEDAR HILL, TX 75104-1411 | |
| 10925 | D FEARN WRIGHT CONSULTING SERVICES, 831 CARNATION COURT, OSHAWA, ON L1H 2H6CANADA | *VIA Deutsche Post* |
| 10925 | D FOLEY LANDSCAPE INC, 2035 MAIN ST, WALPOLE, MA 02081-0174 | |
| 10925 | D FOLEY LANDSCAPE, 2035 MAIN ST, WALPOLE, MA 02081-0174 | |
| 10925 | D H GRIFFIN WRECKING COMPANY, INC, PO BOX 7657, GREENSBORO, NC 27417 | |
| 10925 | D H HUNTER ENTERPRISES INC, 2801 NW 55TH COURT, FORT LAUDERDALE, FL 33309 | |
| 10925 | D H LITTER CO INC, PO BOX 17612, NEWARK, NJ 07194 | |
| 10925 | D HILL TRUCKING, POBOX 1006, FREMONT, CA 94538 | |
| 10925 | D I DISTRIBUTOR INC, 5TH AVE AND COLEMAN ST, WILMINGTON, DE 19804 | |
| 10925 | D ISIDORO, ANTHONY P, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | D ISIDORO, ANTHONY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | D ISIDORO, ANTHONY, 80 RAYMOND ST, ALLSTON, MA 02134 | |
| 10925 | D J CURTIN, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | D J JOHNSON PHOTOGRAPHER, 17 VISTA WAY, SPRINGFIELD, NJ 07081 | |
| 10925 | D JOHN FEEK II, 3323 VAN EPPS ROAD SE, OLYMPIA, WA 98501-5913 | |
| 10925 | D L FORD, 209 SW 9TH CIRCLE, DELRAY BEACH, FL 33444 | |
| 10925 | D L JOHNSON, 7311 WARBLERS WAY, ROSCOE, IL 61073 | |
| 10925 | D L PETERSON TRUST, PO BOX 1067, CHARLOTTE, NC 28201-1067 | |
| 10925 | D L THURROTT CO INC, 17 POWDER HILL ROAD, LINCOLN, RI 02865 | |
| 10925 | D LONG DEVELOPMENT GROUP, 150 YORK ST , SUITE 808, TORONTO, ON M5H 3S5CANADA | *VIA Deutsche Post* |
| 10925 | D M BOWMAN INC., PO BOX 630029, BALTIMORE, MD 21263 | |
| 10925 | D M KISCH INCCPORATED, 66 WIERDA ROAD EAST, WIERDA VALLEY, JOHANNESBURG, SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | D M MURRAY, 67828 BROKAW RD, SAINT CLAIRSVILLE, OH 43950-9779 | |
| 10925 | D N LUKENS INC, POBOX 3726, BOSTON, MA 02241-3726 | |
| 10924 | D OF K VAULTS INC., P O BOX 867, IOLA, KS 66749 | |
| 10924 | D OF K VAULTS INC., PO BOX 867, IOLA, KS 66749 | |
| 10924 | D OF K VAULTS INC., SOUTH INDUSTRIAL SITE, IOLA, KS 66749 | |
| 10925 | D ORTONA, NICHOLAS, 33 BRIARWOOD RD., HAVERHILL, MA 01832-1282 | |
| 10925 | D P PUBLICATIONS CO, PO BOX 7188, FAIRFAX STATION, VA 22039 | |
| 10925 | D P VERMA, 5918 HOLLOW BANK LANE, SUGAR LAND, TX 77479-8980 | |
| 10925 | D R ELECTRICAL CONTRACTORS S.E., CARR 446 KM 4 HM 5 BO LIANADAS, ISABELA, PR 00662PUERTO RICO | *VIA Deutsche Post* |
| 10925 | D URSO, ANTHONY, 5 WESTWAY RD, WAYLAND, MA 01778 | |
| 10925 | D VALS SALES COMPANY, 11029 LOCKPORT PLACE, SANTA FE SPRINGS, CA 90670 | |
| 10925 | D VOREN, DEBRA, 597 SIERRA VISTA LN, VALLEY COTTAGE, NY 10989 | |
| 10925 | D&A, CONTS, PL, NY, NY 10098 | |
| 10925 | D&A, SPOUSE, SADF, NY, NY 11000 | |
| 10925 | D&B OF HOLLYWOOD, GENERAL COUNSEL, 14200 NW 4TH ST, SUNRISE, FL 33325 | |
| 10925 | D&B PIZZA, RT. 3 BOX 11-A, CUMBY, TX 75433 | |
| 10924 | D&B TILE CO, 14200 N.W.4TH ST, SUNRISE, FL 33325 | |
| 10924 | D&B TILE CO., 14200 N.W. 4TH ST., SUNRISE, FL 33325 | |
| 10925 | D&D LAWN SERVICE, 6511 OLD PLANK ROAD, FREDERICKSBURG, VA 22407 | |
| 10925 | D&F DISTRIBUTORS, 2606 EUGENIA AVE., NASHVILLE, TN 37211 | |
| 10925 | D&F DISTRIBUTORS, INC, 1144 INDY COURT, EVANSVILLE, IN 47725 | |
| 10924 | D&G CONSTRUCTION, 2605 DONA ANA RD. SE, DEMING, NM 88030 | |
| 10924 | D&G CONTAINER, INC., 1615 WICOMICO STREET, BALTIMORE, MD 21230 | |
| 10925 | D&G SIGN & LABEL, PO BOX 157, NORTHFORD, CT 06472-0157 | |
| 10925 | D&M CONCRETE FLOOR COMPANY, INC, 2 LARK ST, FALL RIVER, MA 02721 | |
| 10924 | D&M CONTRACTING, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | D&M CONTRACTING, RR 5 - FAIRFIELD ROAD, MONTOURSVILLE, PA 17754 | |
| 10924 | D&M PRODUCTS, 24 SYCAMORE COURT, LOWER SACKVILLE, NS B4C 1G1TORONTO | *VIA Deutsche Post* |
| 10924 | D&M PRODUCTS, BURNSIDE INDUSTRIAL PARK, 24 SIMMONS DRIVE, DARTMOUTH, NS B3B 1R3TORONTO | *VIA Deutsche Post* |
| 10925 | D&M SHARPENING SERVICE, 608C FLEETWOOD DRIVE, EASLEY, SC 29640 | |
| 10925 | D&S EXPRESS, PO BOX 145, BOUND BROOK, NJ 08805 | |
| 10924 | D&S SUPPLY, 4260 MACALESTER ST., PHILADELPHIA, PA 19124 | |
| 10925 | D&W SYSTEMS SALES INC., PO BOX 1495, KENNER, LA 70063 | |
| 10925 | D. A. STUART COMPANY, 4580 WEAVER PKWY, WARRENVILLE, IL 60555 | |
| 10925 | D. DOLIN SALES CO., 6232 N. PULASKI RD., CHICAGO, IL 60629 | |
| 10925 | D. G. HELD, 867 HOPKINS RD., WILLIAMSVILLE, NY 14221 | |
| 10925 | D. GLASSS ASSOCIATES INC, 124 BIRD STRET, NEEDHAM, MA 02192 | |
| 10925 | D. W. KIT, 27 HEATHDALE CT, LONDON, ON N6K 4A9CANADA | *VIA Deutsche Post* |
| 10925 | D.A. CHISHOLM & ASSOCIATES, 41 BIRCHWOOD RD., WILMINGTON, MA 01887 | |
| 10924 | D.A. STUART COMPANY, 4580 WEAVER PARKWAY, WARRENVILLE, IL 60555 | |
| 10924 | D.A.I. INC, 11060 GRADER ST, DALLAS, TX 75238 | |
| 10925 | D.B. RILEY INC., 45 MCKEON RD., WORCESTER, MA 01610 | |
| 10925 | D.B. ROBERT CO., 54 JONSPIN RD, WILMINGTON, MA 01887 | |
| 10925 | D.B. SMITH, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10924 | D.C. BYERS, 5715 RIVARD, DETROIT, MI 48211 | |
| 10924 | D.C. BYERS, 5946 CLAY SW, GRAND RAPIDS, MI 49508 | |
| 10924 | D.C. BYERS, DO NOT USE, EAST LANSING, MI 48823 | |
| 10924 | D.C. BYERS, DO NOT USE, GRAND RAPIDS, MI 49508 | |
| 10924 | D.C. KERCHOFF CO., 1901 ELSA ST, NAPLES, FL 33942 | |
| 10924 | D.C. KERCKHOFF CO., 1901 ELSA STREET, NAPLES, FL 33942 | |
| 10925 | D.C. LAWN MAINTENANCE CO, 20 W 475 WESTMINSTER DR, DOWNERS GROVE, IL 60516 | |
| 10924 | D.C. MATERIALS, 25 E. POTOMAC AVE., WASHINGTON, DC 20003 | |
| 10924 | D.C. MATERIALS, INC, 3334-B KENILWORTH AVE., HYATTSVILLE, MD 20781 | |
| 10925 | D.C. MOTOR & CONTROLS, 4250 SOUTH CHURCH EXT., ROEBUCK, SC 29376 | |
| 10925 | D.C. SPORTS COMMISSION, 2400 E CAPITOL ST , SE, WASHINGTON, DC 20003 | |
| 10925 | D.C. TREASURER, POBOX 419, WASHINGTON, DC 20044 | |
| 10924 | D.C.I., 828 WEST PEACHTREE, ATLANTA, GA 30308 | |
| 10925 | D.D. & THE ROAD KINGS, 32 OAK ST, PROVIDENCE, RI 02909 | |
| 10925 | D.E. TRIBBLE COMPANY, PO BOX 356, CLINTON, SC 29325 | |
| 10924 | D.E. WILLIAMS, 4165 FM 521, FRESNO, TX 77545 | |
| 10924 | D.E. WILLIAMS, P. O. BOX 70, FRESNO, TX 77545 | |
| 10924 | D.E.P. BUILDING, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | D.E.WILLIAMS, 4165 FM. 521, FRESNO, TX 77545 | |
| 10924 | D.G. HELD INC., 867 HOPKINS ROAD, WILLIAMSVILLE, NY 14221 | |
| 10924 | D.G. SAVELL, D/B/A PRECAST CONCRETE, DALLAS, TX 75231 | |
| 10924 | D.G. SAVELL, D/B/A PRECAST CONCRETE, HOUSTON, TX 77100 | |
| 10925 | D.H. LITTER CO. INC., PO BOX 17612, NEWARK, NJ 07194 | |
| 10925 | D.J.S CLEAN SWEEP, 42 COLES RD, BLACKWOOD, NJ 08012 | |
| 10924 | D.L. HENDRICKSON, 6005 20TH ST EAST, TACOMA, WA 98424 | |
| 10924 | D.L. HENRICKSON, CAMBRIDGE, MA 02140 | |
| 10924 | D.L. HENRICKSON/CLOVER PARK HIGH, 11023 GRAVELLY LAKE DRIVE S.W., TACOMA, WA 98401 | |
| 10925 | D.L. MAHER CO., PO BOX 127, NORTH READING, MA 01864 | |
| 10925 | D.L. PETERSON TRUST, 5924 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693 | |
| 10925 | D.L. PETERSON TRUST, PO BOX 1067, CHARLOTTE, NC 28201-1067 | |
| 10925 | D.L. THURROTT CO., 17 POWDER HILL ROAD, LINCOLN, RI 02865 | |
| 10925 | D.M. AIRPORT DEVELOP. INC, 8 AIRPORT ROAD, MORRISTOWN, NJ 07960 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | D.M.KISCH INC, PO BOX 668, JOHANNESBURG, 02000SOUTH AFRICA | *VIA Deutsche Post* |
| 10924 | D.N.I. READY MIX, 2344 N. E. BROADWAY AVE., DES MOINES, IA 50318 | |
| 10924 | D.N.I. WEST, 5230 BIESSLER RD., GRIMES, IA 50111 | |
| 10925 | D.P. PARKER & ASSOCIATES, 372 WASHINGTON ST., WELLESLEY, MA 02481 | |
| 10925 | D.P. PARKER AND ASSOCIATES, 372 WASHINGTON ST, WELLESLEY, MA 02481 | |
| 10924 | D.P.C. GENERAL CONT., INC., 250 ARIZONA AVE., N.EAST, ATLANTA, GA 30307 | |
| 10924 | D.P.R./IRVINE SPECTRUM, IRVINE, CA 92709 | |
| 10925 | D.R. MEEKS, GEN COUNSEL, 1521 ATLANTA ROAD, GAINESVILLE, GA 30501 | |
| 10925 | D.R. MEEKS, GENERAL COUNSEL, 1521 ATLANTA ROAD, GAINESVILLE, GA 30501 | |
| 10924 | D.S. ELECTRIC, 430 JANSKY PLACE, LA CROSSE, WI 54602 | |
| 10925 | D.T. PROPIEDADES CO., MAR-GULF MGMT. CO. INC.-GEN COUNSEL, 26300 LA ALAMEDA, SUITE 370, MISSION VIEJO, CA 92691 | |
| 10924 | D.V.P INC.- PHILO INSULATION, 6806 EASTON ROAD, PIPERSVILLE, PA 18947 | |
| 10924 | D.V.P INC- PHILO INSULTAION, 6806 EASTON ROAD, PIPERSVILLE, PA 18947 | |
| 10925 | D.W. GOODMAN, 1208 BROOK HOLLOW CT., BRYAN, TX 77802 | |
| 10925 | D.W. WATSON, 101 S. 20TH ST, IRONDALE, AL 35210 | |
| 10924 | D.W.DICKEY & SON INC., 7896 DICKEY DR, LISBON, OH 44432 | |
| 10925 | D/B/A AUNT PEGS RESTAURANT, 4 MITCHELL RD., STOW, MA 01775 | |
| 10925 | DA & D SERVICES INC., 38 FRANKLIN AVE, NUTLEY, NJ 07110-0208 | |
| 10925 | DA BUCCI & SONS INC, 260 MAIN ST, STONEHAM, MA 02180 | |
| 10925 | DA CONSULTING GROUP INC, POBOX 201466, HOUSTON, TX 77216-1466 | |
| 10925 | DA CONSULTING GROUP, PO BOX 4346 DEPT #441, HOUSTON, TX 77210-4346 | |
| 10924 | DA RE CONCRETE INC., 1304 ROZAN COURT, ROSEVILLE, CA 35678 | |
| 10924 | DA RE CONCRETE, INCORPORATED, 1304 ROZAN COURT, ROSEVILLE, CA 96578 | |
| 10925 | DA SILVA, AL, 2 ROTHERGLEN RD N, AJAX, ON L1T 2T6CANADA | *VIA Deutsche Post* |
| 10925 | DA STUART INC, 43 UPTON ROAD, SCARBOROUGH, ON M1L 2C1CANADA | *VIA Deutsche Post* |
| 10925 | DAAB, RODNEY, 22319 WAYNOKA, KATY, TX 77450 | |
| 10925 | DAANE, ROBERT, 701 E. 132ND ST, BURNSVILLE, MN 55337-4519 | |
| 10925 | DABBERT, JAMES, 602 SOUTH SIXTH AVE., STERLING, CO 80751 | |
| 10925 | DABOG, MARLO, 2101 MANHATTAN BLVD, 105, HARVEY, LA 70058 | |
| 10925 | DABREO, WILLIAM, 383 S. ORLEANS RD., RTE. 39, BREWSTER, MA 02631 | |
| 10925 | DABREU, LOUIS, 50 DUNHAM ST, ATTLEBORO, MA 02703 | |
| 10925 | DABRIECO, MICHAEL, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | DABRIEO, MICHAEL, 12 HOUGHTON ST, WOBURN, MA 01801 | |
| 10925 | DABROWSKI, MARY, 202 WINDING WOOD CIR, BLYTHWOOD, SC 29016-7848 | |
| 10925 | DABURLOS, KENT, 206 DUSTY LANE, HAMBURG, PA 19526 | |
| 10924 | DAC ART LOUISIANA LLC, 3504 CYPRESS DRIVE, SAINT GABRIEL, LA 70776 | |
| 10925 | DAC SERVICES, INC, PO BOX 2923, MATTHEWS, NC 28106 | |
| 10925 | DAC SERVICES, PO BOX 94224, TULSA, OK 74194-0001 | |
| 10924 | DAC VISION, 3930 MILLER PARK DRIVE, GARLAND, TX 75042 | |
| 10924 | DAC VISION, PO BOX 462147, GARLAND, TX 75046 | |
| 10925 | DACA MACHINE & TOOL, HWY 94, DUTZOW, MO 63342 | |
| 10924 | DAC-ART LOUISIANA LLC, 6709 PERKINS ROAD, BATON ROUGE, LA 70808 | |
| 10925 | DACEY, RAYMOND, 1903 BETHEL RD, SIMPSONVILLE, SC 29681 | |
| 10925 | DACKIN, JEFFREY, 615 WALL ST PO BOX 245, CAIRO, OH 45820 | |
| 10925 | DACO FEDERAL CREDIT UNION, 5525 US 60 E, OWENSBORO, KY 42301 | |
| 10925 | DACOSTA, CELESTE, 421 ROCK-O-DUNDEE RD, S. DARTMOUTH, MA 02748 | |
| 10924 | DACOTAH CEMENT        ., RAPID CITY, SD 57709 | |
| 10924 | DACOTAH CEMENT, P O BOX 360, RAPID CITY, SD 57709 | |
| 10924 | DACOTAH CEMENT, PO BOX 360, RAPID CITY, SD 57709 | |
| 10925 | DACOTAH CEMENT, POBOX 360, RAPID CITY, SD 57709-0360 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DACRES, BEVERLY, 6217 20TH AVE, HYATTSVILLE, MD 20782 | |
| 10925 | DACTYL DISTRIBUTIONS INC., PO BOX 503, CRETE, IL 60417 | |
| 10925 | DADDONA JT TEN, GAIL & JOHN M, 434 RIVERSIDE ST, OAKVILLE, CT 06779-1544 | |
| 10925 | DADISMAN, KENNETH, 2205 B PARK ROAD, CHARLOTTE, NC 28202 | |
| 10925 | DADO, AGNES, 6930 ALSACIA ST., SAN DIEGO, CA 92139 | |
| 10925 | DAESUNG AUTOMOTIVE CO LTD, 40032 GALSAN-DOING, TAEQU, SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | DAEWOO (INTERNL) AMERICA CORP, 85 CHALLENGER ROAD, RIDGEFIELD PARK, NJ 07660 | |
| 10925 | DAEWOO AUTOMOTIVE COMPONENTS LTD, NAMDAEMUNNO 5-GA CHUNG-GU, CPO BOX 2810, SEOUL, 0SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | DAEWOO ELECTRONIC COMPONENTS CO LIM, 34-3 YEOEUIDO-DONG, YONGDEUNGPO-KU, SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | DAFF, JOHN, 1437 MARIGOLD, LAKELAND, FL 33811-1577 | |
| 10925 | DAFFIN, KENNETH, 207 N SAGE AVE, MOBILE, AL 36607 | |
| 10925 | DAFFIN, RALPH, 1216 LANDINGTON AVE, BALTIMORE, MD 21207-4751 | |
| 10925 | DAFT, LORA, RT. 1 BOX 544, FARMINGTON, WV 26554 | |
| 10924 | DAG HAMMARSKJOLD SCHOOL, POND HILL ROAD, WALLINGFORD, CT 06492 | |
| 10925 | DA-GA INCORPORATED, 4494 W. PEORIA AVE, GLENDALE, AZ 85302 | |
| 10925 | DAGGETT, DENISE, 6808 N. CHANCE AVE, FRESNO, CA 93710 | |
| 10925 | DAGGETT, JACK, 651 RESERVE ROAD, LIBBY, MT 59923 | |
| 10925 | DAGGETT, MICHELLE, 3400 RUTZ, DALLAS, TX 75212 | |
| 10924 | DAGOSTINO BUILDING BLOCK, 1111 ALTAMONT AVE, SCHENECTADY, NY 12303 | |
| 10924 | DAGOSTINO BUILDING BLOCK, 1111 ALTAMONT AVE., SCHENECTADY, NY 12303 | |
| 10924 | DAGOSTINO ELECTRIC SERV INC, 2201 RENAISSANCE BLVD, KING OF PRUSSIA, PA 19406 | |
| 10925 | DAGOSTINO, ANTHONY, 22491 MARTELLA AVE, BOCA RATON, FL 33433 | |
| 10925 | DAGRES, JACQUELYN, R.D. #8 BOX 211, NEW CASTLE, PA 16101 | |
| 10925 | DAHDAH, BARBARA, 2941 BRIDGEPORT DR, AUGUSTA, GA 30909 | |
| 10924 | DAHER GOLDEN EAGLE, 138-01 SPRINGFIELD BLVD, SPRINGFIELD GARDENS, NY 11413 | |
| 10925 | DAHL ELECTRIC CO, 2584 DES PLAINS AVE, DES PLAINES, IL 60018 | |
| 10925 | DAHL JT TEN, ARLAN LESLIE & FREDA MAXINE, 18498 APPLE TREE CT, MINNETONKA, MN 55345-6096 | |
| 10925 | DAHL, BARBARA L, 4741 EL RANCHO VERDE DR, LA PALMA, CA 90623-1441 | |
| 10925 | DAHL, CURTIS, 410 22ND ST EAST, WILLISTON, ND 58801 | |
| 10925 | DAHL, MICHAEL, 15700 ROCKFORD RD, PLYMOUTH, MN 55446 | |
| 10925 | DAHL, SHARON, 799 N MAIN, SHREVE, OH 44676 | |
| 10925 | DAHLE, SUSAN M, 641 S FERRY DR, LAKE MILLS, WI 53551-1800 | |
| 10924 | DAHLE'S READY MIX, 522 SOUTH RIVER STREET, SALMON, ID 83467 | |
| 10924 | DAHLES RED E MIX INC, 522 S RIVER ST, SALMON, ID 83467 | |
| 10925 | DAHLGREN, DEAN, PO BOX 235, BIGFORK, MT 59911-0235 | |
| 10925 | DAHLGREN, LYLE, 1314 E STATE, ALGONA, IA 50511 | |
| 10925 | DAHLIN, JOHN, 18495 N W 22ND ST/, PEMBROKE PINES, FL 33029 | |
| 10925 | DAHLMANN, JAN, 63 SUMMIT ROAD, CHESTNUT RIDGE, NY 10977 | |
| 10924 | DAHLONEGA UNITED METHODIST CHURCH, 107 PARK ST. SOUTH, DAHLONEGA, GA 30533 | |
| 10925 | DAHLQUIST JR, EDWARD, 74 HEATH ST, BROCKTON, MA 02402 | |
| 10925 | DAHLQUIST, EDWARD, PO BOX 650662, VERO BEACH, FL 32965-0662 | |
| 10925 | DAHMAN, MICHAEL, 3106 REUTER, WACO, TX 76708 | |
| 10924 | DAHMER BROS CONSTRUCTION, 1203 MAIN ST, GRANDVIEW, MO 64030 | |
| 10924 | DAHMER BROTHERS CONSTRUCTION, CAMBRIDGE, MA 02140 | |
| 10924 | DAHMER BROTHERS, 1203 MAIN ST., GRANDVIEW, MO 64030 | |
| 10925 | DAHMER, JEFF, 2357 SOUTH 57TH ST, WEST ALLIS, WI 53219 | |
| 10925 | DAHMS, CARL, 12 CARIBOU DRIVE, WHITING, NJ 08759 | |
| 10925 | DAHNE & WEINSTEIN, 10749 FALLS ROAD SUITE 100, LUTHERVILLE, MD 21093 | |
| 10925 | DAHNERT, CANDACE, 1838 E EL MORO, MESA, AZ 85204 | |

i9

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DAHNKE, MARGARET, 411 N. HOWARD, POYNETTE, WI 53955

10925 DAI INC, 11060 GRADER ST, DALLAS, TX 75238

10924 DAI INC, 11060 GRADER STREET, DALLAS, TX 75238

10924 DAICO SUPPLY CO, (DG), 11120 ZODIAC LANE, DALLAS, TX 75229-4721

10924 DAICO SUPPLY COMPANY, 1084 WEST JACKSON RD, CARROLLTON, TX 75006

10924 DAICO SUPPLY, 201 N.E. 7TH ST, FORT WORTH, TX 76106

10925 DAIGLE, ADDISON, 408 NAVARRE ST, SULPHUR, LA 70663-6642

10925 DAIGLE, CALVIN, RT. 2, BOX 43, PURVIS, MS 39475

10925 DAIGLE, CHARLIE, 304 BELLAIRE DRIVE, HOUMA, LA 70360

10925 DAIGLE, JIMMIE, 213 KENNETH ST., HOUMA, LA 70364

10925 DAIGLE, LAJUANDA, 4134 SAFER DR, SLAUGHTER, LA 70777

10925 DAIGLE, MARY, 212 BELLE HELENE, THIBODAUX, LA 70301

10925 DAIGLE, NANCY, 5854-D MISSION CTR., SAN DIEGO, CA 92123

10925 DAIGLE, TED, 400 DARBY LANE, 235, NEW IBERIA, LA 70560

10925 DAIGNAULT, ALEXANDER, 92 SHIPS WATCH, FALMOUTH, MA 02540

10925 DAIGS, JEROME, 156 STOVALL ST, HOUMA, LA 70364

10925 DAIL, KATHY, RT 4, BOX 650A, TARBORO, NC 27886

10925 DAILEY JR, FRED, 9746 NEVADA AVE, CHATSWORTH, CA 91311

10925 DAILEY JR, RONALD, 509 N HILL ROAD, MCHENRY, IL 60050

10925 DAILEY JR., ULYSSES, 7550 SW MORELAND #1021, DALLAS, TX 75237

10925 DAILEY, CAROLYN, 4500 LANDSIDE DR, LOUISVILLE, KY 40220

10925 DAILEY, JAMES, 61 SEYMOUR AVE, NEWARK, NJ 07112

10925 DAILEY, JENNIE, 4210 S. 6000 E. RD., ST. ANNE, IL 60964

10925 DAILEY, L, 1024 KENESAW DRIVE SE, GRAND RAPIDS, MI 49506

10925 DAILEY, LORRAINE, 2001 MANSONIC DRIVE, BARDNERVILLE, NV 89410

10925 DAILEY, MICHAEL, 1106 PARK COLONY DR, NORCROSS, GA 30093

10925 DAILEY, MITCHELL, BOX 23 5-B, WAVERLY, AL 36879

10925 DAILEY, RAELENE, PO BOX 2888, HOUSTON, TX 77252

10925 DAILEY, RAYMOND, PO BOX 2888 N.A. ARUBA, HOUSTON, TX 77252

10925 DAILEY, RYAN, 1760 WEBB GIN HOUSE, SNELLVILLE, GA 30278

10925 DAILEY, TERRANCE, 115 SHEFFORD COURT, GREER, SC 29650

10925 DAILEY, TOM R, PO BOX 892, SEDONA, AZ 86339-0892

10924 DAILY AND SON BLACKTOPPING INC, 1520 HASTINGS AVENUE, NEWPORT, MN 55055

10925 DAILY EQUIPMENT COMPANY, PO BOX 98209, JACKSON, MS 39298-8209

10925 DAILY EQUIPMENT, 777 HWY. 397, LAKE CHARLES, LA 70615

10925 DAILY JOURNAL, THE, PO BOX 75228, CHICAGO, IL 60675-5228

10925 DAILY NEWS PUB CO, THE, PO BOX 3663, MEMPHIS, TN 38173-0663

10925 DAILY RECORD, THE, 11 E. SARATOGA ST., BALTIMORE, MD 21202

10925 DAILY RECORD, THE, ELEVEN EAST SARATOGA ST, BALTIMORE, MD 21202

10925 DAILY REGULATORY REPORTER, POBOX 527, FISHERS, IN 46038-0527

10925 DAILY SOUTHTOWN NEWS MARKETER, 6901 W. 159TH ST E, TINLEY PARK, IL 60477

10924 DAILY TRANSIT MIX CORPORATION, 25662 DARGHTY ROAD, HELENDALE, CA 92342

10924 DAILY TRANSIT MIX, 25662 DARGHTY ROAD, HELENDALE, CA 92342

10924 DAILY TRANSIT MIX, 25662 DARGHTY ROAD, IRWIN ESTATES, CA 92311

10925 DAILY, DEBRA, 159 MIRAMAR AVE, MONTECITO, CA 93108

10925 DAILY, HOWARD, 204 SYCAMORE, NORFOLK, NE 68701

10925 DAILY, JOSEPH, 1123 RICARDO AVE, LADY LAKE, FL 32159

10925 DAILY, WILLIAM, PO BOX 1429, STERLING, CO 80751-0695

10925 DAIMLER BENZ PURCHASING COORDINATIO, 2800 28TH ST #380, SANTA MONICA, CA 90405

10925 DAIMLER-BENZ PCNA WEST COAST, 154-09 146TH AVE, JAMAICA, NY 11434

10925 DAINA PH.D, BERNARD L, 730 17TH ST # 690, DENVER, CO 80202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DAINIPPON INK & CHEMICALS INC, TAKEMITSU TAKAHASKI CHM & PRES, DIC BLDG 7-20, NIHONBASHI 3-CHOME CHUO-KU, TOKYO, JAPAN | *VIA Deutsche Post* |
| 10925 | DAINS, JAMES, 3161 121ST ST., AMANA, IA 52203 | |
| 10925 | DAIR, BENITA, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | DAIR, BENITA, 745 SOMERVILEE AVE #2, SOMERVILLE, MA 02143 | |
| 10925 | DAIRE, CHRISTINA, 1019 A LINDSEY, LEES SUMMIT, MO 64086 | |
| 10924 | DAIRY CONSTRUCTION, 180 E. DARBY RD, DEXTER, NM 88230 | |
| 10924 | DAIRY CONSTRUCTION, 180 E.DARBY RD, DEXTER, NM 88230 | |
| 10924 | DAIRY CONTAINERS LIMITED, CRAWFORD STREET, HAMILTON, 09999NZL | *VIA Deutsche Post* |
| 10924 | DAIRY FARMERS OF AMERICA, HIGHWAY 8, BRUCE, WI 54819 | |
| 10924 | DAIRY FARMERS OF AMERICA, P.O. BOX 198 CORNER OF RT 18 & 208, NEW WILMINGTON, PA 16142 | |
| 10924 | DAIRY FARMERS OF AMERICA, PO BOX 1837, SPRINGFIELD, MO 65801 | |
| 10924 | DAIRY FARMERS OF AMERICA, RURAL RT #1, NEW WILMINGTON, PA 16142 | |
| 10924 | DAIRY MART, 210 BROAD BLVD, CUYAHOGA FALLS, OH 44221 | |
| 10924 | DAIRY QUEEN MEMORIAL, 14510 MEMORIAL DRIVE, HOUSTON, TX 77099 | |
| 10924 | DAIRY, AKRON, OH 44300 | |
| 10924 | DAIRYLAND CORPORATION, 1300 VIELE AVENUE, BRONX, NY 10474 | |
| 10924 | DAIRYMAN'S, 400 SOUTH M STREET, TULARE, CA 93274-5431 | |
| 10925 | DAIS, HARRIETT, 1004 HANNON ROAD, MOBILE, AL 36605 | |
| 10925 | DAISE, ALICE, BOX 498, FROGMORE, SC 29920 | |
| 10925 | DAISY DATA, 2850 LEWISBERRY ROAD, YORK HAVEN, PA 17370 | |
| 10925 | DAISY SALZ O, CASILLA 3458, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | DAISY SHOPS INC, THE, 509 HIGH ST, MEDFORD, MA 02155 | |
| 10925 | DAISY, CHRISTINE, 84 CUNNINGHAM POND RD, PETRBOROUGH, NH 03458 | |
| 10925 | DAITZ, ROCHELLE, 3914 MESA VERDE NE, ALBUQUERQUE, NM 87110 | |
| 10925 | DAJDA, SHARLETT, 5728 HAVANA, N RICHLAND HILLS, TX 76180 | |
| 10925 | DAJU AMERICA FORWARDING, 2201 STA. ISABEL, LAREDO, TX 78040 | |
| 10925 | DAKA CAFE, 777 GLADES RD., BOCA RATON, FL 33431 | |
| 10925 | DAKA INTERNATIONAL, 777 GLADES, BOCA RATON, FL 33431 | |
| 10925 | DAKE JR, ROY, 501 W N WATER ST, NEEHAH, WI 54956 | |
| 10924 | DAKOTA BLOCK COMPANY, 3292 LIEN ST., RAPID CITY, SD 57702 | |
| 10924 | DAKOTA BLOCK COMPANY, P.O BOX 440, RAPID CITY, SD 57709 | |
| 10924 | DAKOTA BLOCK, P.O. BOX 2920, RAPID CITY, SD 57709 | |
| 10924 | DAKOTA BUILDING SPECIALTY, 1428 C AVE, SIOUX FALLS, SD 57104 | |
| 10925 | DAKOTA CONSULTING GROUP, 4716 BROOKSHIRE PKWY, CARMEL, IN 46033-3306 | |
| 10925 | DAKOTA COUNTY ENVIRONMENTAL, 14955 GALAXY AVE, APPLE VALLEY, MN 55124 | |
| 10924 | DAKOTA ELECTRIC SUPPLY, 407 EAST 8TH. ST., SIOUX FALLS, SD 57117-5045 | |
| 10924 | DAKOTA ELECTRIC SY., 3021 E. BROADWAY AVE., BISMARK, ND 58501 | |
| 10924 | DAKOTA GASIFICATION, MARK # 431732, 8 MI NW OF CITY ON CO RD 28, BEULAH, ND 58523 | |
| 10924 | DAKOTA GYPSUM (DG), 1425043RD ST. N>, FARGO, ND 58107 | |
| 10924 | DAKOTA GYPSUM (DG), POB 167, FARGO, ND 58107 | |
| 10924 | DAKOTA HOSPITAL, 17TH. AVENUE & UNIVERSITY DRIVE, FARGO, ND 58103 | |
| 10924 | DAKOTA HOSPITAL, 1923 27TH STREET SOUTH, MOORHEAD, MN 56560 | |
| 10924 | DAKOTA HOSPITAL, C/O SIG OLSEN AND SONS, FARGO, ND 58103 | |
| 10924 | DAKOTA PRECAST, HIGHWAY 45, PLATTE, SD 57369 | |
| 10924 | DAKOTA READY MIX INC., 3305 ROCK ISLAND PLACE, BISMARCK, ND 58502 | |
| 10924 | DAKOTA READY MIX INC., P. O. BOX 998, BISMARCK, ND 58502 | |
| 10924 | DAKOTA READY MIX, P O BOX 998, BISMARCK, ND 58502 | |
| 10924 | DAKOTA SPECIALTY INSTITUTE, 3000 32ND AVENUE SW, FARGO, ND 58103 | |
| 10924 | DAKOTA SUPPLY GROUP, 108 E. MAIN, RAPID CITY, SD 57709 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DAKOTA SUPPLY GROUP, BOX 2886, 2601 3RD AVE N., FARGO, ND 58108-0000 | |
| 10925 | DAL PAN, JOHN A, 154 MC COSH ROAD, UPPER MONTCLAIR, NJ 07043-2124 | |
| 10925 | DALANON, JOSEPHINE, 3536 MT. CAROL DR., SAN DIEGO, CA 92111 | |
| 10924 | DALBERT INTERNACIONAL S.A., CALLE LAZO, GALPON NO. 47, ZONA INDUSTRIAL CORINSA, VENZUALA | *VIA Deutsche Post* |
| 10924 | DALBEY-LISTER CONCRETE PRODUCTS, 300 N.W. 48TH PLACE, DES MOINES, IA 50313 | |
| 10925 | DALCERO, MARYANN, 2710 KINGDOM AVE., MELBOURNE, FL 32935 | |
| 10924 | DALCO INDUSTRIES INC., 3730 SALEM STREET, DENVER, CO 80239 | |
| 10925 | DALCO ROOFING & SHEET METAL INC, 15525 - 32ND AVE NORTH, PLYMOUTH, MN 55447 | |
| 10925 | DALCOURT, A, 908 LANDRY ST, BREAUX BRIDGE, LA 70517-5841 | |
| 10925 | DALE A BULTHUIS, 509 W LINCOLN AVE, ONARGA, IL 60955-1035 | |
| 10925 | DALE A WEAVER &, MARCELLA A WEAVER JT TEN, 27 WOODYCREST DR, PITTSBURGH, PA 15234-3211 | |
| 10925 | DALE CARNEGIE TRAINING, 3419 COLONNADE PKWY #1200, BIRMINGHAM, AL 35243 | |
| 10925 | DALE CRAMPTON CO., 710 DIVISION ST, FORT SMITH, AK 72902 | |
| 10924 | DALE CRAMPTON COMPANY, 710 DIVISION STREET, FORT SMITH, AR 72902 | |
| 10924 | DALE CRAMPTON COMPANY, C/O ALMA PRIMARY SCHOOL, ALMA, AR 72921 | |
| 10924 | DALE CRAMPTON COMPANY, CAMBRIDGE, MA 02140 | |
| 10924 | DALE CRAMPTON COMPANY, P.O.BOX 1502, FORT SMITH, AR 72902 | |
| 10925 | DALE DEAN KOELLING & MARIA, KOELLING JT TEN, 5400 WEBSTER, DOWNERS GROVE, IL 60515-4916 | |
| 10925 | DALE DOUGLAS, 4107 W 109TH ST, OAK LAWN, IL 60453 | |
| 10925 | DALE DOUGLAS, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | DALE E BRIGHT &, NORMA BRIGHT JT TEN, PO BOX 115, KIMBERLY, ID 83341-0115 | |
| 10925 | DALE E BRIGHT, PO BOX 115, KIMBERLY, ID 83341-0115 | |
| 10925 | DALE E COURTNEY &, CORAL H COURTNEY JT TEN, 6520 196TH ST SW 293, LYNNWOOD, WA 98036-4507 | |
| 10924 | DALE ELECTRONICS, 1122 23RD STREET, COLUMBUS, NE 68601 | |
| 10924 | DALE ELECTRONICS, INC., PO BOX 74, NORFOLK, NE 68701 | |
| 10924 | DALE ELECTRONICS, PLANT #2, COLUMBUS, NE 68601 | |
| 10924 | DALE ELECTRONICS, PO BOX 609, COLUMBUS, NE 68601 | |
| 10925 | DALE ELECTRONNICS, 2300 RIVERSIDE BLVD, NORFOLK, NE 68701 | |
| 10925 | DALE HORTON &, NELLE MAE HORTON JT TEN, 603 SOUTH CLAX, LIBERAL, KS 67901-3915 | |
| 10924 | DALE INCORPORATED, 915 6TH AVE SOUTH, NASHVILLE, TN 37203 | |
| 10924 | DALE INSULATION CO., CAMBRIDGE, MA 02140 | |
| 10924 | DALE INSULATION COMPANY, C/O VANDERBILT MEDICAL CENTER, NASHVILLE, TN 37232 | |
| 10924 | DALE INSULATION, 915 6TH AVENUE SOUTH, NASHVILLE, TN 37203 | |
| 10924 | DALE INSULATION, C/O EAST RIDGE MEDICAL CTR., CHATTANOOGA, TN 37412 | |
| 10924 | DALE INSULATION, C/O MIDDLE TENNESSEE MEDICAL CENTER, MURFREESBORO, TN 37130 | |
| 10925 | DALE L MEDEIROS, 951 SPANISH CIR 345, DELRAY BEACH, FL 33483-4774 | |
| 10925 | DALE MC MURRY, 1900 N CO RD 1110, MIDLAND, TX 79706-0000 | |
| 10925 | DALE P DOLESKI, 1290 EAST MAIN ST, BRADFORD, PA 16701-3261 | |
| 10925 | DALE P HAHN & JANE F HAHN, TR UA DEC 11 91, DALE P HAHN LIVING TRUST, 25101 RIVERWALK DRIVE, LEESBURG, FL 34748-7404 | |
| 10925 | DALE PIWINSKI, 4620 BUNKER RD, NORTH ROYALTON, OH 44133 | |
| 10925 | DALE T SLEVOSKI, 308 LAKE SHORE DR, LINDENHURST, IL 60046-8834 | |
| 10925 | DALE THOMPSON, PO BOX 1082, CRAIG, CO 81826 | |
| 10925 | DALE WALTER, RFD, GRAND RIDGE, IL 61325 | |
| 10925 | DALE, AUDREY, 2301 WROXTON RD, HOUSTON, TX 77005 | |
| 10925 | DALE, CHARLES, 1302 E BROADWAY #424, PEARLAND, TX 77581 | |
| 10925 | DALE, DEBORAH, CUST FOR ANDREA SPIVEY, UNIF GIFT MIN ACT TX, 2914 BLUE GLEN LANE, HOUSTON, TX 77073-3438 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DALE, DEBORAH, CUST FOR COURTNEY SPIVEY, UNIF GIFT MIN ACT TX, 2914 BLUE GLEN LANE, HOUSTON, TX 77073-3438 | |
| 10925 | DALE, JOHN, 1440 LANGFORD ROAD, BALTIMORE, MD 21207 | |
| 10925 | DALE, JOHN, 3104 FRANBROOK TER NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | DALE, KAREN, 1400 LOWER MILL ROAD, HIXSON, TN 37343 | |
| 10925 | DALE, MARK, 304 ROSSING AVE, BODE, IA 50519 | |
| 10925 | DALE, MARTIN, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | DALE, MARTIN, PO BOX 4564, INCLINE VILLAGE, NV 89450 | |
| 10925 | DALE, MELISA, RT 2 BOX 138, GILLSVILLE, GA 30543 | |
| 10925 | DALE, ROGER, 34 WILLOWOOD DRIVE, INMAN, SC 29349 | |
| 10925 | DALEBOUT, CHARLES, 9661 FRINGE TREE RD, GREAT FALLS, VA 22066 | |
| 10925 | DALECKY, DENNIS, 2505 M AVE. NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | DALEEN TECHNOLOGIES INC, DEPT AT 952015, ATLANTA, GA 31192-2015 | |
| 10925 | DALEEN TECHNOLOGIES INC, GEN COUNSEL, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | DALEEN TECHNOLOGIES, INC, 1750 CLINT MOORE RD, BOCA RATON, FL 33487 | |
| 10924 | DALES CONCRETE   ., 2532 SAM NEWELL ROAD, MATTHEWS, NC 28105 | |
| 10924 | DALES CONCRETE CONST., 2532 SAM NEWELL RD, MATTHEWS, NC 28105 | |
| 10924 | DALES CONCRETE CONSTRUCTION, 2532 SAM NEWELL ROAD, MATTHEWS, NC 28105 | |
| 10925 | DALES MOBILE WELDING, 804 SINGING DRUM DR, HENDERSON, NV 89015 | |
| 10925 | DALES WELDING SERVICE, 23140 SW 58TH AVE, BOCA RATON, FL 33428 | |
| 10925 | DALESANDRO, MICHAEL, PO BOX 681, ANNISTON, AL 36201 | |
| 10925 | DALESSANDRO, DIANE, 2629 CLOVERMERE RD, OCEANSIDE, NY 11572 | |
| 10925 | DALESSANDRO, DIANE, 2629 CLOVERMERE ROAD, OCEANSIDE, NY 11572 | |
| 10925 | DALEX FABRICATION & MACHINING CO., 3330 ERIE AVE, CINCINNATI, OH 45208 | |
| 10925 | DALEX FABRICATION & MACHINING CO., PO BOX 3013, TERRE HAUTE, IN 47803 | |
| 10925 | DALEY JT TEN, JOHN M & MADLYN A, 5211 S NARRAGANSETT, CHICAGO, IL 60638-1342 | |
| 10925 | DALEY LAW FIRM, 275 CORPORATE AVE # 800, KALISPELL, MT 59901 | |
| 10925 | DALEY, JEFF, 7111 HONEY LADEN PLACE, COLUMBIA, MD 21045 | |
| 10925 | DALEY, MARC, 56 PINE ST # 6, STONEHAM, MA 02180 | |
| 10925 | DALEY, MARGARET, 15 POCAHONTAS ST, WALPOLE, MA 02081 | |
| 10925 | DALEY, STEPHEN, 1606 GREENLEAF DR NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | DALEY, WILLIAM, 118 LAKE CREST DRIVE #114, BEAVER DAM,, WI 53916 | |
| 10925 | DALEY, WINSTON, 18869 CLOUDLAKE CIR, BOCA RATON, FL 33434 | |
| 10925 | DALGARD, DENNIS, 7902 15TH AVE #101, HYATTSVILLE, MD 20783 | |
| 10925 | DALGETY, AMY, 950 STEVENS CREEK RD, AUGUSTA, GA 30907 | |
| 10925 | DALHOUSIE UNIVERSITY, 1379 SEYMOUR ST, HALIFAX, NS B3H 3M6CANADA | *VIA Deutsche Post* |
| 10925 | DALHOUSIE UNIVERSITY, FINANCIAL SERVICES, HALIFAX, NS B3H 4H6CANADA | *VIA Deutsche Post* |
| 10925 | DALHOUSIE UNIVERSITY, PO BOX 1000, HALIFAX NOVA SCOTIA, NS B3I 2X4CANADA | *VIA Deutsche Post* |
| 10925 | DALHOUSIE UNIVERSITY, POBOX 1000, HALIFAX, NS B3J 1Z1CANADA | *VIA Deutsche Post* |
| 10924 | DA-LITE SCREEN, 3100 NORTH DETROIT STREET, WARSAW, IN 46581 | |
| 10924 | DA-LITE SCREEN, PO BOX 137, WARSAW, IN 46581 | |
| 10925 | DALLAGO, JOSEPH, 518 SCHOOL ST, MINERSVILLE, PA 17954 | |
| 10925 | DALLAIRE, CURT, 112 LAR ANN ST, BELGIUM, WI 53004 | |
| 10925 | DALLAIRE, MICHAEL P, 15 CRISSWELL COURT, STERLING, VA 20165 | |
| 10925 | DALLAIRE, MICHAEL P, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DALLAIRE, MICHAEL, 15 CRISSWELL COURT, STERLING, VA 20165 | |
| 10925 | DALLAIRE, ROBERT, 717 SCHOOL ST, 1, LOWELL, MA 01851 | |
| 10925 | DALLAS & MAVIS SPECIALIZED, POBOX 97840, CHICAGO, IL 60678 | |
| 10925 | DALLAS AIRMOTIVE, INC, PO BOX 200720, DALLAS, TX 75320 | |
| 10924 | DALLAS AREA RAPID TRANSIT POLICE, 715 NORTH MAIN STREET, IRVING, TX 75060 | |
| 10924 | DALLAS BRANCH, 10720 COMPOSITE DRIVE, DALLAS, TX 75220 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DALLAS COUNTY TAX COLLECTOR, ATTN: DAVID CHILDS, PO BOX 620088, DALLAS, TX 75202-3504

10924    DALLAS FT WORTH ROOF. SUP, PO BOX 59945, DALLAS, TX 75229

10924    DALLAS FT. WORTH AIRPORT, AMERICAN EAGLE 2E EXPANSION, DALLAS, TX 75261

10924    DALLAS FT. WORTH INTERNATIONAL, C/O LCR CONTRACTORS, 2 B GATE EXPANSION, 2500 SOUTH SERVICE RD., DALLAS, TX 75261

10924    DALLAS FT. WORTH ROOFING, P O BOX 540817, DALLAS, TX 75354

10924    DALLAS FT. WORTH ROOFING, ROOFING SUPPLY, DALLAS, TX 75220

10925    DALLAS OFFICE PRODUCTS, INC, PO BOX 54534, PHOENIX, AZ 85078-4534

10925    DALLAS PKWY HILTON, THE, 4801 LBJ FREEWAY, DALLAS, TX 75244

10925    DALLAS SEMICONDUCTOR CORP, 4339 BELTWOOD PKWY S, DALLAS, TX 75244

10925    DALLAS SEMICONDUCTOR CORP, ACCOUNTS PAYABLE DEPT, DALLAS, TX 75244

10925    DALLAS, SONJA, 22329 W. 8 MILE APT. C 32, DETROIT, MI 48219

10924    DALLAS/FT. WORTH INT'L AIRPORT, C/O LCR CONTRACTORS, 2500 SOUTH SERVICE RD. TRAILER #6, DALLAS, TX 75261

10924    DALLASTOWN BURIAL VAULTS, 203 SOUTH WALNUT STREET, DALLASTOWN, PA 17313

10925    DALLMAN, WILLIAM, 13 WAYNE DRIVE, TAYLORS, SC 29687

10925    DALLOZ FALL PROTECTION, 1355 15TH ST, FRANKLIN, PA 16323

10925    DALLOZ FALL PROTECTION, 1355 15TH ST., FRANKLIN, PA 16323

10925    DALLOZ SAFETY, 2ND & WASHINGTON STS, PO BOX 622, READING, PA 19603-0622

10924    DALMARAY STEP CO INC, 405 SOUTH ARCH STREET, JANESVILLE, WI 53545

10924    DALMARAY STEP CO.INC., 405 SOUTH ARCH ST, JANESVILLE, WI 53545

10925    DALOIRA, RAMIRO, 212 S 4TH ST, READING, PA 19602

10925    DALRYMPLE, GORDON, 112 TINSLEY ST, BELLE CHASSE, LA 70037

10925    DALRYMPLE, WANDA, 128 COUNTRY LANE, BELMONT, NC 28012

10925    DALSIMER OF BOCA RATON, 21000 BOCA RIO ROAD A-10, BOCA RATON, FL 33433

10925    DALSIMER OF BOCA RATON, 21000 BOCA RIO ROAD, A-10, BOCA RATON, FL 33433

10925    DALSIMER OF CORAL GABLES, 116 ALHAMBRA CIRCLE, CORAL GABLES, FL 33134

10925    DALTON ENTERPRISES INC, 555 S ROSE ST, ANAHEIM, CA 92805-4751

10925    DALTON, ANN, 92-40 241 ST, BELLEROSE, NY 11426

10925    DALTON, BRIAN, 152 COUNTRY RD 882, SELMA, AL 36701

10925    DALTON, CHERYL, RT 10, BOX 19, MORGANTOWN, WV 26505

10925    DALTON, CHRISTOPHER, 3 CAROLINA AVE, GREENVILLE, SC 29607

10925    DALTON, GLADYS, % MR. R. LINTON DALTON 9918 FREDERICK RD, ELLICOTT CITY, MD 21043-3645

10925    DALTON, JEAN, 381 ELMWOOD DR, PARAMUS, NJ 07652

10925    DALTON, JOHN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    DALTON, JOHN, 658 E. BROADWAY #3, SOUTH BOSTON, MA 02127

10925    DALTON, JOSEPH, 659 CROWDER ROAD, WARM SPRINGS, GA 31830

10925    DALTON, MAUREEN S, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    DALTON, MAUREEN, 39 DRUMMER BOY WAY, LEXINGTON, MA 02420

10925    DALTON, PATRICK, 525 S BELMONT ST, WICHITA, KS 67218-2201

10925    DALTON, PEGGY, 340 STARLIGHT DRIVE, CHRISTIANSBURG, VA 24073

10925    DALUM, STEVEN, 1591 PONDEROSA AVE, GREEN BAY, WI 54313

10924    DALWORTH QUICKSET, 1900 RILLING RD., SAN ANTONIO, TX 78214

10924    DALWORTH QUIKSET, 7818 SOUTH COOPER ST, ARLINGTON, TX 76017

10925    DALY & COMPANY INC, 175 FEDERAL ST, BOSTON, MA 02110

10925    DALY COMMUNICATIONS, BOX 8812, RED BANK, NJ 07701

10925    DALY, BRENDA, 19 CAMBRIDGE DRIVE, NORTH CALDWELL, NJ 07006

10925    DALY, DOUGLAS, 7858 S HARLEM, BRIDGEVIEW, IL 60455

10925    DALY, ELIZABETH, 32 DAISY AVE, FLORAL PARK, NY 11001

10925    DALY, EUGENE, 416 MAIN ST, BRIDGEWATER, MA 02324

10925    DALY, FRANK, 30 TIBERON DRIVE, HOLMDEL, NJ 07733

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DALY, JOHN, 15 WEST GATE BLVD, NEW CITY, NY 10956 | |
| 10925 | DALY, JOHN, 2888 GLENVALE DR, FAIRFAX, VA 22031 | |
| 10925 | DALY, JOSEPH, 5733 NORTH 8TH ST, ARLINGTON, VA 22205 | |
| 10925 | DALY, JOSEPH, NORTH 8TH ST, ARLINGTON, VA 22205 | |
| 10925 | DALY, KATHLEEN, 8671 CIRCLE R, ESCONDIDO, CA 92026 | |
| 10925 | DALY, MINA, 30 DEMOND PLACE, SOMERVILLE, NJ 08876 | |
| 10925 | DALZELL, DIANNE, 2048 GREENVILLE CR, SAMTER, SC 29154 | |
| 10925 | DALZOT, GEORGIA, 429 PULASKI ST, SPRING VALLEY, IL 61362 | |
| 10925 | DAMACUS, IOAN, 2411 DEDMAN, PASADENA, TX 77503 | |
| 10925 | DAMANTE JT TEN, FRANK R & ANGELO C, 12597 SIERRA ROJO RD, VALLEY CENTER, CA 92082-5718 | |
| 10925 | DAMAR GROUP, 9810 PATUXENT WOODS DR, COLUMBIA, MD 21046 | |
| 10925 | DAMAR, INC, 1165 MARLKRESS RD., UNIT J, CHERRY HILL, NJ 08003 | |
| 10925 | DAMAR, INC, P.O BOX 8777, WILMINGTON, DE 19899 | |
| 10925 | DAMASK JT TEN, LORRAINE L & LEONARD S, 4802 70TH ST, KENOSHA, WI 53142-1643 | |
| 10925 | DAMATO, ROBBI, 605 TODD AVE, ELLWOOD CITY, PA 16117 | |
| 10925 | DAMBEKALN, JOYCE, N85 W15005 MACARTHUR DRIVE, MENOMONEE FALLS, WI 53051 | |
| 10925 | DAMBROS, EUGENIA, 16763 KNOLLWOOD DRIVE, GRANADA HILLS, CA 91344 | |
| 10925 | DAMELIO, SAMUEL, 108C ROPER ST, LOWELL, MA 01852-4851 | |
| 10925 | DAMES & MOORE GROUP, 1701 GOLF RD. SUITE 1000, ROLLING MEADOWS, IL 60008 | |
| 10925 | DAMES & MOORE LEBRON LLP, 202 TETUAN ST, OLD SAN JUAN, PR 00901PERTO RICO | *VIA Deutsche Post* |
| 10925 | DAMES & MOORE LEBRON LLP, FILE NO 55319, LOS ANGELES, CA 90074-5319 | |
| 10925 | DAMES & MOORE LEBRON LLP, PARTNERSHIP, 202 TETUAN ST, OLD SAN JUAN, PR 00901PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DAMES & MOORE LEBRON, FILE NO 55319, LOS ANGELES, CA 90074-5319 | |
| 10925 | DAMES & MOORE, 12 COMMERCE DR, CRANFORD, NJ 07016-1101 | |
| 10925 | DAMES & MOORE, 12 COMMERCE DRIVE, CRANFORD, NJ 07016 | |
| 10925 | DAMES & MOORE, 12 COMMERCE DRIVE, CRANFORD, NJ 07016-3549 | |
| 10925 | DAMES & MOORE, 2325 MARYLAND ROAD, WILLOW GROVE, PA 19090 | |
| 10925 | DAMES & MOORE, ANNAPOLIS OFFICE PLAZA, ANNAPOLIS, MD 21401 | |
| 10925 | DAMES & MOORE, FILE #54280, LOS ANGELES, CA 90074 | |
| 10925 | DAMES & MOORE, FILE N 54279, LOS ANGELES, CA 90074-4279 | |
| 10925 | DAMES & MOORE, FILE N 54280, LOS ANGELES, CA 90074-4280 | |
| 10925 | DAMES & MOORE, FILE NO 54280, LOS ANGELES, CA 90074-4280 | |
| 10925 | DAMES & MOORE, INC, FILE N 54280, LOS ANGELES, CA 90074-4280 | |
| 10925 | DAMES, WILLIAM M, 925 VOLZ DR., SAINT LOUIS, MO 63126 | |
| 10925 | DAMES, WILLIAM, 925 VOLZ DRIVE, ST LOUIS, MO 63126 | |
| 10925 | DAMIATA, LORRAINE, 40 BONNIE DR., FARMINGTON, CT 06032 | |
| 10925 | DAMICO APGAR, 313 CAMPBELL AVE SW, PO BOX 1578, ROANOKE, VA 24007-1578 | |
| 10925 | DAMING, PAUL, BOX 33, RICHLAND, IN 47634 | |
| 10925 | DAMON EXPRESS CO INC, PO BOX 639, CANTON, MA 02021-0639 | |
| 10925 | DAMON EXPRESS INC, PO BOX 639, CANTON, MA 02021-0639 | |
| 10925 | DAMON JR, WILLIAM, PO BOX 367, LULING, TX 78648 | |
| 10925 | DAMON L DERBYSHIRE, 4747 BROAD RD, SYRACUSE, NY 13215-2303 | |
| 10925 | DAMON MOREY, 1600 MAIN PLACE, BUFFALO, NY 14202 | |
| 10925 | DAMON, DARLENE, 890 FELLSWAY, MEDFORD, MA 02155 | |
| 10925 | DAMON, IOLA, 6353 N. 86TH COURT, MILWAUKEE, WI 53223 | |
| 10925 | DAMON, NATHAN, 522 W TH ST, PLAINFIELD, NJ 07060 | |
| 10924 | DAMPNEY COMPANY, INC., 85 PARIS STREET, EVERETT, MA 02149 | |
| 10925 | DAMRON, DELORISE, 17409 S 70TH AVE, TINLEY PK, IL 60477 | |
| 10925 | DAMU, CHIRATA, 20-41 PALMETTO ST APT 3L, RIDGEWOOD, NY 11385 | |
| 10925 | DAMVAR, MASTANEH, 4113 LINDANWOOD LN., GARLAND, TX 75042 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DAN ALTHOFF TRUCKING INC, 4600 WALDO INDUSTRIAL DR, HIGH RIDGE, MO 63049 | |
| 10925 | DAN BEARD COUNCIL, INC, 2331 VICTORY PKWY., CINCINNATI, OH 45206 | |
| 10925 | DAN CORSON STONE &, JUDITH TYE STONE JT TEN, 1279 DELMONT RD, SEVERN, MD 21144-1904 | |
| 10925 | DAN GRISCHOW, 5111 N BRIARWOOD RD, WOODSTOCK, IL 60098-7626 | |
| 10924 | DAN HAM, SR., 108 TIMBER LANE, FLORENCE, MS 39073 | |
| 10924 | DAN HENTHORNE PRECAST, 5500 TAYLOR RD, NAPLES, FL 33942 | |
| 10924 | DAN HENTHORNE PRECAST, 5500 TAYLOR ROAD, NAPLES, FL 33942 | |
| 10924 | DAN J SHEEHAN CO, PO BOX 8104, SAVANNAH, GA 31412 | |
| 10924 | DAN JOHNSON PLASTERING IN, 129 PHELPS AVE, ROCKFORD, IL 61108 | |
| 10924 | DAN L. BOWERS CO., INC., 1680 SOUTH LIVERNOIS, ROCHESTER, MI 48307 | |
| 10924 | DAN LOOSE CONST CO INC, 541 SOUTH ROACK BLVD, SPARKS, NV 89431 | |
| 10924 | DAN MC CARTY MIDDLE SCHOOL, 1201 MISSISSIPPI AVENUE, FORT PIERCE, FL 34950 | |
| 10925 | DAN MILLER, 410 N BARRETT LANE, CHRISTIANA, DE 19702 | |
| 10925 | DAN MOODY HURLEY, 4203 92ND ST, LUBBOCK, TX 79423-2910 | |
| 10925 | DAN MORRISH CAMPAIGN FUND, 523 MAY ST., JENNINGS, LA 70546 | |
| 10925 | DAN R MAYO DALE REDMOND, MAYO & SAMUEL YOUNG MAYO, TR UW ALICE Y MAYO TRUST, C/O DAN R MAYO, 1965 CHEROKEE BLVD, KNOXVILLE, TN 37919-8338 | |
| 10924 | DAN ROBIN, 4545 43RD AVE. S., MINNEAPOLIS, MN 55406 | |
| 10924 | DAN SHEEHAN COMPANY, 541 E. OGLETHORPE AVENUE, SAVANNAH, GA 31401 | |
| 10924 | DAN SHEEHAN COMPANY, CAMBRIDGE, MA 02140 | |
| 10925 | DAN WALLACE MINTON, PO BOX 4584, MONROE, LA 71211-4584 | |
| 10925 | DAN, TROY, 3320 COUNTRY PARK LANE, FT WAYNE, IN 46815 | |
| 10924 | DANA AUTOMOTIVE, CORNER OF 12 MILE & DRAKE ROAD, FARMINGTON HILLS, MI 48331 | |
| 10924 | DANA BRAKE PARTS, INC., 106 MIDLAND DR., CUBA, MO 65453 | |
| 10925 | DANA COMMERCIAL CREDIT, POBOX 7011, TROY, MI 48007-7011 | |
| 10925 | DANA CORPORATION, PO BOX 1000, TOLEDO, OH 43697 | |
| 10925 | DANA FARBER CANCER INSTITUTE, 44 BINNEY ST, BOSTON, MA 02115 | |
| 10924 | DANA FARBER INSTITUTE, CALL: DAVID DUQUETTE (401) 480-2930, 65 DEACONESS ROAD, BOSTON, MA 02109 | |
| 10925 | DANA FORREST GUZZO, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | DANA KEPNER CO, DEPT 281, DENVER, CO 80271 | |
| 10925 | DANA L JONES, 5330 VISTA CLUB RUN, LONGWOOD, FL 32779-0000 | |
| 10925 | DANA M DAVIS, 813 COLUMBINE CT, DANVILLE, CA 94526 | |
| 10925 | DANA M JEWELL, 100 LYNN FELLS PKWY, MELROSE, MA 02176-2610 | |
| 10925 | DANA R JACKSON, 12852 IRONWOOD CIR, HUDSON, FL 34667-2351 | |
| 10925 | DANA TRANSPORT INC, PO BOX 370, AVENEL, NJ 07001 | |
| 10925 | DANA TRANSPORT, INC, PO BOX 370, AVENEL, NJ 07001-0370 | |
| 10925 | DANA, BRIAN, PO BOX 8955, LA JOLLA, CA 92038 | |
| 10925 | DANA-FARBER CANCER INSTITUTE, 1309 BEACON ST, BROOKLINE, MA 02146 | |
| 10925 | DANAHAY, DANIEL, 26 EAST END AVE, SULPHUR, LA 70663 | |
| 10924 | DANAHER CONTROLS, 1675 DELANY ROAD, GURNEE, IL 60031 | |
| 10925 | DANAHER CONTROLS, 2100 WEST BROAD ST, ELIZABETHTOWN, NC 28337 | |
| 10925 | DANAHER TEDFORD LAGNESE NEAL PC, 201 N CHARLES ST #2402, BALTIMORE, MD 21201 | |
| 10925 | DANAHER TEDFORD LAGNESE NEAL, 60 WASHINGTON ST, HARTFORD, CT 06106 | |
| 10925 | DANAHY, THOMAS, 849 SO 46TH, LINCOLN, NE 68510 | |
| 10925 | DANAM INDUSTRIAL CO, 900-3 HOYKE-DONG, KYUNGGI-DO, SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | DANAN, ELEANOR, 43 NEWKIRK ST, JERSEY CITY, NJ 07306 | |
| 10925 | DANCE, GARY, 551 COUNTRY DRIVE, BOURG, LA 70363 | |
| 10925 | DANCE, JORGE, C/O JORGE DANCE PEREZ, JUNIN 781, LIMA, 21PERU | *VIA Deutsche Post* |
| 10925 | DANCE, MEREDITH, 7 COPPERFIELD LANE, LONDONDERRY, NH 03053 | |
| 10925 | DANCEWICZ, JANICE, 110 PLEASANT ST, WAKEFIELD, MA 01880 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DANCICCO, MICHAEL, 50-C ALPHANO RD, GREAT MEADOWS, NJ 07838

10925    DANCO INDUSTRIES INC, PO BOX 905, WESTFIELD, MA 01086

10925    DANCO SYSTEMS, INC, 11503 W. 75TH ST, SHAWNEE, KS 66214

10925    DANDENEAU, SUZANNE, 35 TIDEWATER FARM RD, GREENLAND, NH 03840

10924    DANE COUNTY EXPO, (WALL TECH), MADISON, WI 53713

10925    DANE COUNTY TITLE - LOTUS, 901 WHITNEY WAY, MADISON, WI 53711

10925    DANEHY SR, WILLIAM, 619 7TH AVE NE, INDEPENDENCE, IA 50644

10925    DANEHY, GEORGE, 6293 GODFREY DRIVE, MABLETON, GA 30059-4323

10925    DANEL, JACK, 7 HIAWATHA DRIVE, GREENVILLE, SC 29615

10925    DANEY, JILL, 752 S SOLVAY, DETROIT, MI 48209

10925    DANFORD, DAWN, 476 11TH ST, MARION, IA 52302

10925    DANFORD, DUANE, 3007 30TH ST DR SE, CEDAR RAPIDS, IA 52403

10925    DANFORD, RANDY, 476 11TH ST., MARION, IA 52302

10925    DANFORTH B LINCOLN & ELEANOR F, LINCOLN & THOMAS D LINCOLN TR, DANFORTH B LINCOLN, UDT AUG 21, 15 STANTON RD, COHASSET, MA 02025-2014

10925    DANFORTH B LINCOLN & ELEANOR F, LINCOLN & THOMAS D LINCOLN TR, ELEANOR F LINCOLN UDT AUG 21 74, FBO DANFORTH B LINCOLN, 15 STANTON ROAD, COHASSET, MA 02025-2014

10925    DANFORTH B LINCOLN &, ELEANOR F LINCOLN JT TEN, 15 STANTON ROAD, COHASSET, MA 02025-2014

10924    DANFORTH CENTER, 963 NORTH WORSON ROAD, CREVE COEUR, MO 63132

10925    DANFORTH, DONALD R, 3761 LINCOLN RD, SANTA BARBAR, CA 93110-2501

10925    DANFORTH, EVELYN, 30 SALEM ST, NASHUA, NH 03060

10925    DANG, KHANH, 1117 BELLEVUE AVE, LAURELDALE, PA 19605

10925    DANG, PHUC, 1117 BELLEVUE AVE, READING, PA 19605

10925    DANG, THI KHOA, 1333 BUTLER ST, READING, PA 19601

10925    DANG, TRUC, 14231 GEORGIA AVE APT 204, SILVER S, MD 20906-2767

10924    DANGELO COMPANY, 601 S. HARBOR BLVD, LA HABRA, CA 90631

10924    DANGELO COMPANY, 601 S. HARBOR, LA HABRA, CA 90631

10925    DANGEROUS GOODS COUNCIL, POBOX 7325, YORK, PA 17404

10925    DANGIN, JANICE, 1251 N W 13 ST #335, BOCA RATON, FL 33486

10925    DANGIN, JANICE, 1251 NW 13TH ST #335, BOCA RATON, FL 33486

10925    DANGO, MICHAEL, 95 TENNIS PLAZA RD, 26, DRACUT, MA 01826

10925    DANHOF, BEVERLY, 355 POTTER ROAD, MAKANDA, IL 62958

10925    DANIAL, SUSAN, 1331 N. VAN BUREN ST, ALLENTOWN, PA 18103

10925    DANIEL & CIA, AV REPUBLICA DO CHILE, 230-6 ANDAR, RIO DE JANEIRO, 20031-170BRAZIL      *\*VIA Deutsche Post\**

10925    DANIEL & CIA, POBOX 3354, BOSTON, MA 02241-3354

10925    DANIEL A HOGAN &, DOROTHY A HOGAN JT TEN, 9325 WERKDALE DR, ST LOUIS, MO 63126-3031

10925    DANIEL A RUBINSTEIN & DAWN M, HARTY JT TEN, 2449 FRANKLIN DR, EAST PETERSBURG, PA 17520-1061

10925    DANIEL B CASON, 732 RETRIEVER LN, MESQUITE, TX 75150-4956

10925    DANIEL B. STEPHENS & ASSOCIATES, PO BOX 565, ALBUQUERQUE, NM 87103

10925    DANIEL BEGLEY, 993 HERON SPRINGS PKWY, STOW, OH 44224

10924    DANIEL BOONE ELEMENTARY, 32 PLUM STREET, TRENTON, NJ 08638

10925    DANIEL BOURDEAU &, LAURA BOURDEAU JT TEN, 28910 WINTHROP CIRCLE, BONITA SPRINGS, FL 34134-3386

10924    DANIEL BOWERS HEADQUARTER NODE*, COLUMBIA, MD 21044

10924    DANIEL BOWERS, 1680 S. LIVERNOIS, ROCHESTER, MI 48307

10924    DANIEL BOWERS, 1680 SOUTH LIVERNOIS, ROCHESTER, MI 48307

10924    DANIEL BUILDING, 301 N. MAIN AT COLLEGE, GREENVILLE, SC 29601

10924    DANIEL BUILDING, 301 NORTH MAIN STREET, GREENVILLE, SC 29601

10925    DANIEL C HERRICK, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    DANIEL C HOMICH, 10 WATSON ROAD, SEWICKLEY, PA 15143-8723

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DANIEL CARTER JR., 2133 85 ST, NORTH BERGEN, NJ 07047

10925   DANIEL CHANCE, PO BOX 160188, CLEARFIELD, UT 84016

10925   DANIEL D MORGEN, 510 NORTH RUTLAND, WICHITA, KS 67206-1524

10925   DANIEL E CIRLIN & ARLENE F CIRLIN, UA OCT 27 89, THE CIRLIN FAMILY TRUST, 13932 EMELITA ST, VAN NUYS, CA 91401-4339

10925   DANIEL E JOHNSON, 5543 HONOR DR, HOUSTON, TX 77041-6557

10925   DANIEL E MUELLER, 950 FM 1959 APT 202, HOUSTON, TX 77034-5454

10925   DANIEL E WOLF, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DANIEL E. ALLEN, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   DANIEL F MORIARTY &, KAREN H MORIARTY TEN ENT, 5702 VICTORIA COURT, LAKE OSWEGO, OR 97035-8739

10925   DANIEL F TRENSKI, 4050 VISTA CALAVERAS, OCEANSIDE, CA 92056-4602

10925   DANIEL F YOUNG INC, 1 JOUNAL SQUARE PLAZA STE 2, JERSEY CITY, NJ 07306-4004

10925   DANIEL F YOUNG INC, 1 JOURNAL SQUARE PLAZA STE 2, JERSEY CITY, NJ 07306-4004

10925   DANIEL F YOUNG INC, 1 JOURNAL SQUARE PLAZA, JERSEY CITY, NJ 07306-4004

10924   DANIEL F. YOUNG FORWARDING, 176-20 147TH AVENUE, JAMAICA, NY 11434

10925   DANIEL F. YOUNG, 1 JOURNAL SQUARE PLZ, STE 2, JERSEY CITY, NJ 07306-4004

10924   DANIEL FREEMAN HOSPITAL, LOS ANGELES, CA 90001

10925   DANIEL G. CASEY, 5614 SYCAMORE CREEK DR., HUMBLE, TX 77345

10925   DANIEL G. HERELEY CO., 185 W INDUSTRIAL DR, ELMHURST, IL 60126-1601

10925   DANIEL G. HERELEY COMPANY, DEPT 77-72326, CHICAGO, IL 60678-2326

10925   DANIEL GLADIS, 573 COLGATE AVE, PERTH AMBOY, NJ 08861-3023

10925   DANIEL GORMAN, 7261 MIMOSA LANE, DALLAS, TX 75230-5443

10925   DANIEL GREEN CO, GREGG TUHNEY PRES & CEO, 1 S MAIN ST, BOLGEVILLE, NC

10925   DANIEL GRIFFIN, 2611 MEANDERING COURT, COLLEYVILLE, TX 76034

10925   DANIEL GUERRA, 223 TREEHAVEN RD, BUFFALO, NY 14215-1334

10925   DANIEL H CASE, 737 BISHOP ST, HONOLULU, HI 96813

10925   DANIEL H KUBALL, 14901 N SCOTTSDALE RD #306, SCOTTSDALE, AZ 85254

10925   DANIEL HONIG, C/O CHARLES & TANYA TABAK, 6 CROMWELL DR, CONVENT STATION, NJ 07960-4602

10925   DANIEL INDUSTRIAL METALS, PO BOX 822, TRUSSVILLE, AL 35173-0822

10925   DANIEL J CHRISTIAN, NORTH GRAND ST, WEST SUFFIELD, CT 06093

10925   DANIEL J DARCY, 17227 71ST CT APT 2, TINLEY PARK, IL 60477-3364

10925   DANIEL J KOREN, 511 NE 175TH ST, NORTH MIAMI BEACH, FL 33162-1967

10925   DANIEL J SKROVANEK &, PATRICIA A SKROVANEK JT TEN, 806 WOOD ST, CORAPOLIS, PA 15108-1750

10925   DANIEL J TARANTO, 397 BUTLER ST, BROOKLYN, NY 11217-3104

10925   DANIEL J WALSH &, ANN M WALSH JT TEN, 266 BANCROFT AVE, STATEN ISLAND, NY 10306-3241

10925   DANIEL J WHITE LL, 4551 BOOKLYN DR, SULPHUR, LA 70665-9380

10925   DANIEL JAMES MEINE, 3610 PACKHORSE RUN, MARIETTA, GA 30066

10925   DANIEL K BOONE & CO,INC, 980 N. FED. HWY., BOCA RATON, FL 33432

10925   DANIEL K KIRK &, DOROTHEA KIRK JT TEN, BOX 99, FORT TILDEN, NY 11695-0099

10925   DANIEL KIT, 27 HEATHDALE CT., LONDON, ON N6K 4A9CANADA     **\*VIA Deutsche Post\***

10925   DANIEL L GANJE, 3901 LEWIS RD, LOT 6, BOSTON SPA, NY 12020-2848

10925   DANIEL L KINNEY, 5108 CAVERLY PLACE, BELTSVILLE, MD 20705-2726

10924   DANIEL L. BOWERS CO., INC., 265 E. SECOND STREET, MOORE, MI 48307

10925   DANIEL LERES LAWN SERVICE, 12 TURNHILL LANE, LEVITTOWN, PA 19054

10925   DANIEL LUMBER COMPANY INC, PO BOX 340, LA GRANGE, GA 30241

10924   DANIEL LUMBER, 2302 E. GWINETT ST., SAVANNAH, GA 31404

10924   DANIEL LUMBER, 2302 E. GWINNETT ST, SAVANNAH, GA 31404

10924   DANIEL LUMBER, 2302 E. GWINNETT ST, SAVANNAH, GA 31404

10925   DANIEL M MOORE &, JOYCE H MOORE JT TEN, 7311 S COLLEGE PL, TULSA, OK 74136-5606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DANIEL MARKS, 5704 ASHBROOK DR, TOLEDO, OH 43614-1111 | |
| 10925 | DANIEL MARTIN THORNE, 2255 THE CIRCLE, RALEIGH, NC 27608-1447 | |
| 10925 | DANIEL MCLAUGHLIN, 38 ROSCYN ROAD, WOODLEY READING, BERKSHIRE, RG5 3HSENGLAND | *VIA Deutsche Post* |
| 10925 | DANIEL MORIN, 72 PARK ST., ANDOVER, MA 01810 | |
| 10925 | DANIEL N RUSCITTI TR &, UDT APR 7 93, FBO DANIEL N RUSCITTI TRUST, LAURA VALLERA, 8708 SOUTH 49TH COURT, OAK LAWN, IL 60453-1335 | |
| 10925 | DANIEL O DOWD &, GAYLE GEIS-O DOWD JT TEN, 548 A SPRINGFIELD AVE 1A, SUMMIT, NJ 07901-4417 | |
| 10925 | DANIEL P DEHEN, 1205 SE 57TH, PORTLAND, OR 97215-2721 | |
| 10925 | DANIEL P GALLAGHER, 162 SPRINGBROOK TRAIL, SPARTA, NJ 07871-2125 | |
| 10925 | DANIEL P GLANTON, 17 SUDBURY DR, ROCHESTER, NY 14624-2618 | |
| 10925 | DANIEL P KENNY &, MARGARET L KENNY JT TEN, 167 MIDLAND AVE, STATEN ISLAND, NY 10306-3436 | |
| 10925 | DANIEL P MISLAK, 701 E JOPPA ROAD TW 428, TOWSON, MD 21286-5559 | |
| 10924 | DANIEL PRODUCTS, 400 CLAIRMONT, JERSEY CITY, NJ 07097 | |
| 10925 | DANIEL R HANKINS, 8891 CHESTERFIELD DR, SOUTH HAVEN, MS 38671-2405 | |
| 10925 | DANIEL RICHARD FECHT, 1202 N W 65TH TERRACE, KANSAS CITY, MO 64118-2906 | |
| 10925 | DANIEL RIEMANN WHITWORTH, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10925 | DANIEL RIVES KISTLER, 4361 SW TERWILLIGER, PORTLAND, OR 97201-2874 | |
| 10925 | DANIEL S OFFUTT &, BEVERLY I LEWELLER TEN COM, 6607 BLUE HILLS RD, HOUSTON, TX 77069-2412 | |
| 10924 | DANIEL SMITH, INC., 4150 1ST AVENUE SOUTH, SEATTLE, WA 98134 | |
| 10925 | DANIEL TRAKUL &, ANNA MARIE TRAKUL JT TEN, 30912 COUSINO DRIVE, WARREN, MI 48092-1916 | |
| 10925 | DANIEL V KEANE, 27 BALMAHA CLOSE, WOODFIELD VILLAGE, FAIRFIELD, CT 06432-1174 | |
| 10925 | DANIEL W MARINKOVICH &, COLLEEN MARINKOVICH TR, UA 06 11 98, MARINKOVICH TRUST, BOX 472, ANACONDA, MT 59711-0472 | |
| 10925 | DANIEL W WALDSCHMIDT & CHARLOTTE, E WALDSCHMIDT TR UA JAN 5 90, WALDSCHMIDT FAMILY TRUST, 25362 ORELLANO, LAGUNA HILLS, CA 92653-5014 | |
| 10925 | DANIEL WALWORTH ROBERTS, 6144 CROMWELL AVE, LAS VEGAS, NV 89107-2528 | |
| 10925 | DANIEL WEBSTER COLLEGE, 20 UNIVERSITY DR, NASHUA, NH 03063 | |
| 10925 | DANIEL WILLIAM KELEHER, 3045 CORRALES RD, CORRALES, NM 87048-9133 | |
| 10925 | DANIEL WOODHEAD COMPANY, 3411 WOODHEAD DRIVE, NORTHBROOK, IL 60062 | |
| 10925 | DANIEL, ALEYAMMA, 626 LAWLER PLACE, PHILA, PA 19116 | |
| 10925 | DANIEL, ALFRETA, PO BOX 42, HOPKINS PARK, IL 60944 | |
| 10925 | DANIEL, ANTHONY, 4211 15TH PLACE, VERO BEACH, FL 32960 | |
| 10925 | DANIEL, ARCHIE, 7303 LONGFIELD DRIVE, KINGSVILLE, MD 21087 | |
| 10925 | DANIEL, BARBARA, 5126 GEORGIA, KANSAS CITY, KS 66104 | |
| 10925 | DANIEL, CHARLES, BOX 913, LITHIA, FL 33547 | |
| 10925 | DANIEL, DOROTHY, PO BOX 289, HELENA, AL 35080 | |
| 10925 | DANIEL, ELIZABETH, 1700 DELLAFORD CIR. 1700 DELLAFORD, CARROLTON, TX 75007 | |
| 10925 | DANIEL, FELICIA, 1811 M ST NE, WASHINGTON, DC 20002 | |
| 10925 | DANIEL, JAMES, 4207 GABLES, AMARILLO, TX 79109 | |
| 10925 | DANIEL, JANINE, 4670 LENNOX, NEW ORLEANS, LA 70131 | |
| 10925 | DANIEL, JEANETTE, 8211 17TH AVE, KENOSHA, WI 53140 | |
| 10925 | DANIEL, JOSELITA, 1030 GOLDENMEADOW GL, BROOKFIELD, WI 53045 | |
| 10925 | DANIEL, KATHLEEN, 4004 GABLES, AMARILLO, TX 79110 | |
| 10925 | DANIEL, KELVIN, 88-43 192ND ST, HOLLIS, NY 11423 | |
| 10925 | DANIEL, LAURIE, 2400 LOOP 35, #1406, ALVIN, TX 77511 | |
| 10925 | DANIEL, LIONEL J, 2005 GIEFFERS ST., LAKE CHARLES, LA 70601 | |
| 10925 | DANIEL, LIONEL, 2005 GIEFFERS ST, LAKE CHARLES, LA 70601 | |
| 10925 | DANIEL, LONNIE, PO BOX 1114, HIXSON, TN 37343 | |
| 10925 | DANIEL, MICHAEL, 3720 TANGLEWOOD #14, ODESSA, TX 79762 | |
| 10925 | DANIEL, MYRA, RT. 4, BOX 425, PALATKA, FL 32177 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DANIEL, PHILLIP, 4905 SOUTH SAN PEDRO, LOS ANGELES, CA 90011-3947

10925 DANIEL, RONALD, 1303 BRIARLAKE CT, ATLANTA, GA 30345

10925 DANIEL, SARAMMA, 1148 MOREFIELD RD, PHILA, PA 19115

10925 DANIEL, STACEY, 605 W. SUMMIT, ELECTRA, TX 76360

10925 DANIEL, STEPHANNIE, 72 PARKER ST, K, ACTON, MA 01720

10925 DANIEL, THOMAS, RT. 2 BOX 241, COLDWATER, MS 38618

10925 DANIEL, TONY, 9300 WEST RIDGE TRAIL, SODDY DAISY, TN 37379

10925 DANIELEWICZ, ANNETTE, 5316 S NORDICA, CHICAGO, IL 60638

10925 DANIELEWICZ, ANNETTE, 5316 SOUTH NORDICA, CHICAGO, IL 60638

10925 DANIELLE GUZZETTA, 612 HANLEY ROAD, CLAYTON, MO 63105

10924 DANIELS ELECTRIC, 34400 MISSION BLVD, UNION CITY, CA 94587

10924 DANIELS EQUIPMENT CO, 45 PRISCILLA LANE, AUBURN, NH 03032

10924 DANIELS HARDWARE BLDG SUPPLY, 618 SOUTH MILL STREET, MANNING, SC 29102

10924 DANIELS HARDWARE BLDG SUPPLY, MANNING, SC 29102

10925 DANIELS III, CHARLES, 5419 COBBLE LANE, SPRING, TX 77379

10925 DANIELS JR, ROBERT, 315 WEST ROAD, HAMPSTEAD, NH 03841

10925 DANIELS MANUFACTURING CORPORATION, PO BOX 593872, ORLANDO, FL 32859-3872

10924 DANIELS ROCK & READY MIX, R.R. #2 BOX 21 A, WINFIELD, KS 67156

10924 DANIELS ROCK & READY MIX, R.R. #2 BOX 21A, WINFIELD, KS 67156

10924 DANIELS ROCK & READY MIX, R.R.#2 BOX 21A, WINFIELD, KS 67156

10925 DANIELS, ANDREW, 142 36 231 ST, ROSEDALE NY, NY 11413

10925 DANIELS, BEAUFORD, 2684 WEBB, DETROIT, MI 48206

10925 DANIELS, BEVERLY, 459 CLINTON AVE, NEWARK, NJ 07018

10925 DANIELS, CAROL, 357 BOWDOIN ST, DORCHESTER, MA 02122

10925 DANIELS, CLAUDE, 1016 BROWN ST, HARVEY, LA 70058

10925 DANIELS, CLIFTON, 3707 31ST ST, LUBBOCK, TX 79410

10925 DANIELS, DANA, 217 E. BUFFORD, BURLESON, TX 76028

10925 DANIELS, DAVID, 1017 MEACHAM ST, GREEN BAY, WI 54304

10925 DANIELS, DEMITA, 11018 COLEBROOK, HOUSTON, TX 77072

10925 DANIELS, ELIZABETH, 1247 S. 52ND ST, WEST MILWAUKEE, WI 53214

10925 DANIELS, HELEN, 512 SPANISH MAIN ST, SPANISH FORT, AL 36527

10925 DANIELS, JANET, 8819 ABBEYDALE, HOUSTON, TX 77031

10925 DANIELS, JEFFREY, 22256 WOODSPRING DRIVE, BOCA RATON, FL 33428

10925 DANIELS, JOHN, 627 E 5TH, CARROLL, IA 51401

10925 DANIELS, JOSEPH, 26285 LEGION HEIGHTSDRIVE, DENTON, MD 21629

10925 DANIELS, JULIUS, 2113 NW 60TH CIRCLE, BOCA RATON, FL 33496

10925 DANIELS, KENNETH, BOX 180A, CRITTENDEN, KY 41030

10925 DANIELS, LEAH, 43 DALE ST, ROXBURY, MA 02119

10925 DANIELS, LEONARD, 64 POPLAR ST, GLOUCESTER, MA 01930

10925 DANIELS, LESLIE I, 6320 BOCA DEL MAR DR APT #703, BOCA RATON, FL 33433

10925 DANIELS, LESLIE, 6320 BOCA DEL MAR DR, BOCA RATON, FL 33434

10925 DANIELS, MARK, 3 BARBARA DRIVE, BRISTOR, RI 02861

10925 DANIELS, MARY, 4526 BIRCH RIDGE TERRACE, STONE MOUNTAIN, GA 30083

10925 DANIELS, MARY, RT 2 BOX 757, NEWBERRY, FL 32669

10925 DANIELS, MELVIN, 21641 CANADA RD, LAKE FOREST, CA 92630

10925 DANIELS, NANCY, 4723 CAPAY DR, 4, SAN JOSE, CA 95118

10925 DANIELS, PENNEY, R.D.#1, MILL RUN, PA 15464

10925 DANIELS, PENNY, 500 WILLIAMS DR. APT. 809, MARIETTA, GA 30066

10925 DANIELS, RENEE D, 5233 RODMAN ST, PHILA PA, PA 19143

10925 DANIELS, RONALD, RT 2 BOX 21 JB, RICHMOND, TX 77469

10925 DANIELS, RONNIE, 3535 WILLIAMSON RD #, MACON, GA 31206

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DANIELS, ROY, 941 47TH PLACE NORTHBIRMINGHAM AL, BIRMINGHAM, AL 35212 | |
| 10925 | DANIELS, SYLVAN, 458 ROBINSON AVE, MARRERO, LA 70072 | |
| 10925 | DANIELS, TERRENCE, WHILTON RD 1 BOX 196, GREENWOOD, VA 22943 | |
| 10925 | DANIELS, THERESA, 30 JOHN ST, ADAMS, MA 01220 | |
| 10925 | DANIELS, WANDA, 416 S. CHAPPELL ST, GRIFFIN, GA 30223 | |
| 10925 | DANIELS, WILLIAM, RT 2 BOX 52B, WILSON, OK 73463 | |
| 10925 | DANIELS, WILLIE, 218 RIDGEWAY ST, COMMERCE, GA 30529 | |
| 10925 | DANIELS,JOHNSON,BIX & DANIELS, 4725 OLSON MEMORIAL HWY, GOLDEN VALLEY, MN 55422 | |
| 10925 | DANIELSON, MICHAEL, 101 N CELESTIAL DR, GREER, SC 29651 | |
| 10925 | DANIS ENVIORMENTAL INDUSTRIES, PO BOX 598024, ORLANDO, FL 32824 | |
| 10925 | DANIS R TUCKER, BOX 10516, CORPUS CHRISTI, TX 78460-0516 | |
| 10925 | DANIS RESEARCH INTERNATIONAL, ONE GOTHIC PLAZA, FAIRFIELD, NJ 07004-2402 | |
| 10925 | DANIS TRANSPORTATION, 60 INDUSTRIAL DR, CUMBERLAND, RI 02864 | |
| 10925 | DANIS, P, 148 POPLAR KNOLL DRIVE, MOORE, SC 29369 | |
| 10924 | DANIS/SHOOK JOINT VENTURE, 570 FACTORY ROAD, BEAVERCREEK, OH 45434 | |
| 10925 | DANKA CORPORATION, PO BOX 740718, ATLANTA, GA 30374-0718 | |
| 10925 | DANKA FINANCIAL SERVICES, PO BOX 642444, PITTSBURGH, PA 15264-2444 | |
| 10925 | DANKA OFFICE IMAGING CO, PO BOX 100784, ATLANTA, GA 30384-0784 | |
| 10925 | DANKA OFFICE IMAGING CO, POBOX 60636, CHARLOTTE, NC 28260 | |
| 10925 | DANKA OFFICE IMAGING COMPANY, PO BOX 23607, TAMPA, FL 33623-3607 | |
| 10925 | DANKA OFFICE IMAGING, 901 ELKRIDGE LANDING RD., LINTHICUM, MD 21090 | |
| 10925 | DANKA OFFICE IMAGING, PO BOX 23607, ATLANTA, GA 30374-0989 | |
| 10925 | DANKA OFFICE IMAGING, PO BOX 740989, ATLANTA, GA 30374-0989 | |
| 10925 | DANKA OFFICE IMAGING, POBOX 740903, ATLANTA, GA 30374-0903 | |
| 10925 | DANKA OMNIFAX, PO BOX 676772, DALLAS, TX 75267-6772 | |
| 10925 | DANKA, PO BOX 641980, PITTSBURGH, PA 15264-1980 | |
| 10925 | DANKA, PO BOX 7406, PASADENA, CA 91109-7406 | |
| 10925 | DANKA/UNI-COPYES INC., PO BOX 29020, PHOENIX, AZ 85038 | |
| 10925 | DANKA/WHITE BUSINESS MACH, PO BOX 240637, CHARLOTTE, NC 28224 | |
| 10925 | DAN-KAR CORPORATION, PO BOX 279, READING, MA 01867 | |
| 10924 | DANKER LABS, 1259 ROUTE 46, PARSIPPANY, NJ 07054 | |
| 10924 | DANKER LABS, 2165 WHITFIELD AVENUE EAST, SARASOTA, FL 33580 | |
| 10924 | DANKER LABS, 8512 W. LISBON AVENUE, MILWAUKEE, WI 53222 | |
| 10925 | DANKLEFS, RONALD, 9 FIRST ST., FLAGTOWN, NJ 08821 | |
| 10925 | DANKO, WILLIAM, 1648 PLEASANT VIEW ROAD, BETHLEHEM, PA 18015 | |
| 10925 | DANLEY, 697 RAHWAY AVE, UNION, NJ 07083 | |
| 10925 | DANLEY, J, 131 CANNON DR., BROWNSVILLE, TN 38012 | |
| 10925 | DANLEY, JAMES, 1606 SAMMONDS ROAD, PLANT CITY, FL 33566 | |
| 10925 | DANN PECARA NEWMAN & KLEIMAN, PHILIP D PECAR, ONE AMERICAN SQUARE, SUITE 2300 - BOX 82008, INDIANAPOLIS, IN 46282 | |
| 10925 | DANN, KENNETH, 600 STATE ST, WABASH, IN 46992-1932 | |
| 10925 | DANNA MAUREEN CROWLEY, 103 MAIN ST, KENNEBUNK, ME 04043-1829 | |
| 10925 | DANNEKER, JEFFREY, 67 CHESTER ROAD, BOXBOROUGH, MA 01719 | |
| 10925 | DANNEKER, JOHN A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DANNEKER, JOHN A, P BOX 889, 27 PARADISE ISLAND, RINDGE, NH 03461-3768 | |
| 10925 | DANNEKER, JOHN, 27 PARADISE ISLAND, RINDGE, NH 03461-0889 | |
| 10924 | DANNELY ELEMENTARY SCHOOL, C/O SOUTHEASTERN ROOF DECKS, MONTGOMERY, AL 36106 | |
| 10925 | DANNEMANN SIEMSEN BIGLER & IPANEMA, POBOX 7247-6002, PHILADELPHIA, PA 19170-6002 | |
| 10925 | DANNEMANN SIEMSEN BIGLER &, RUA MARQUES DE OLINDA 70, RIO DE JANEIRO RJ, BRAZIL | **\*VIA Deutsche Post\*** |
| 10925 | DANNENBERG, BERT, PO BOX 3595, QUARTZSITE, AZ 85359-3595 | |
| 10925 | DANNER, CHRISTINE, 2339 TIMBERVIEW ST, PORTSMOUTH, OH 45662 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DANNER, GARY, 506 CENTRAL AVE., SEEKONK, MA 02771 | |
| 10925 | DANNER, JIM, 225 BARONNE ST #1401, NEW ORLEANS, LA 70112 | |
| 10925 | DANNHAUSER, JAMIE, 304 TOWNHILL ROAD, SPRING VALLEY, NY 10977 | |
| 10925 | DANNIE J MCKAY, 97 E SEAMAN AVE, FREEPORT, NY 11520-1625 | |
| 10925 | DANNY A PARKER, 814 DELAWARE ST 201, SAN MATEO, CA 94401-1526 | |
| 10925 | DANNY FOIX & CALVIN D. TOWRY, PO BOX 4393, WICHITA FALLS, TX 76308 | |
| 10925 | DANNY HIGHTOWER, HWY 221, ENOREE, SC 29335 | |
| 10925 | DANNY IVY FLOYD, 681 HARBOR DR SE, BOLIVIA, NC 28422 | |
| 10925 | DANNY LADAS, 235 EAST 51ST ST, NEW YORK, NY 10022 | |
| 10925 | DANNY M KARP, 2070 71ST ST, BROOKLYN, NY 11204-5809 | |
| 10925 | DANNY R ANDERSON CONSULTANTS INC, 4601 RIPLEY, EL PASO, TX 79922 | |
| 10925 | DANONE WATER, PO BOX 7126, PASADENA, CA 91109 | |
| 10925 | DANOS, ADRIEN, RT. 1, BOX 222, GALLIANO, LA 70354 | |
| 10925 | DANOS, ALBERT, PO BOX 661, LAROSE, LA 70373 | |
| 10925 | DANOS, GERALD, 1303 HYLAND DRIVE, LOCKPORT, LA 70374 | |
| 10925 | DANOS, HARRY, 12004 HWY 442 W, TICKFAW, LA 70466 | |
| 10925 | DANOS, HENRY, 1600 ROMY DRIVE, LOCKPORT, LA 70374 | |
| 10925 | DANOS, JR, ESTANOL, 204 E. 45TH ST., CUT OFF, LA 70345 | |
| 10925 | DANOS, JR, GERALD, RT. 1, 103 12TH ST, LOCKPORT, LA 70374 | |
| 10925 | DANOS, RENE, 206 LYDIA ST., GRAY, LA 70359 | |
| 10925 | DANOS, SCARLETT, 112 E 64TH ST, CUTOFF, LA 70345 | |
| 10925 | DANOS, SR, GERALD C, 1303 HYLAND DRIVE, LOCKPORT, LA 70374 | |
| 10925 | DANOS, STEPHEN, RT. 1, BOX 248, LOCKPORT, LA 70374 | |
| 10925 | DANS TOWING & RECOVERY, 1750 TITUS ROAD, SPRINGFIELD, OH 45502 | |
| 10925 | DANS TRUCKING REFRIGERATION INC, 8042 FREMONT PIKE, PERRYSBURG, PA 43551 | |
| 10925 | DANSDILL, RICHARD, 735 HIGH POINT DRIVE, LAKE ST LOUIS, MO 63367 | |
| 10925 | DANSK BETON TEKNIK A/S, HELLERUPLUND ALLE 21, PO BOX 75, HELLERUP, 02900DENMARK | *VIA Deutsche Post* |
| 10925 | DANSKER, SUSAN, 41 EVELYN RD, WABAN, MA 02168 | |
| 10925 | DANT, CAROL, 2224 SURREY DR. W., OWENSBORO, KY 42301 | |
| 10925 | DANT, DOUGLAS, 2520 LAWRIN CT., OWENSBORO, KY 42301 | |
| 10925 | DANTIC, RANDALL, 3612 WAR ADMORAL DRIVE, OWENSBORO, KY 42303 | |
| 10925 | DANTIN, DURELL, 104 FIRST ST, RACELAND, LA 70394 | |
| 10925 | DANTIN, ROY, 232 WEST 32ND ST, CUTOFF, LA 70345 | |
| 10925 | DANTZLER, RONA, 241 GREENCOVE DR., RICHMOND, VA 23225 | |
| 10925 | DANUBIA PATENT & TRADEMARK, V BAJCSY-ZSILINSZKY UT 16, BUDAPEST 5, H-1368 5HUNGARY | *VIA Deutsche Post* |
| 10925 | DANUBIA, H-1368 BUDAPEST 5 POB 198, BAJCSY-ZSILINSZKY UT 16, 09999HUNGARY | *VIA Deutsche Post* |
| 10924 | DANVILLE ARMORY, 3194 NORTH MAIN STREET, DANVILLE, VA 24540 | |
| 10925 | DANVILLE BOTTLED WATER SERVICE, INC, PO BOX 7038, DANVILLE, VA 24541 | |
| 10925 | DANVILLE COMPUTERS, 566 SAN RAMON VALLEY BLVD, DANVILLE, CA 94526 | |
| 10924 | DANVILLE HOSPITAL, 142 SOUTH MAIN, DANVILLE, VA 24541 | |
| 10924 | DANVILLE LUMBER CO., PARK AVE, DANVILLE, WV 25053 | |
| 10924 | DANVILLE LUMBER SUPPLY, P.O.BOX 235, DANVILLE, WV 25053 | |
| 10924 | DANVILLE READY MIX, BENTLEY ROAD - RTE 44/19, DANVILLE, WV 25053 | |
| 10924 | DANVILLE READY MIX, P.O. BOX 201, SHARPLES, WV 25183 | |
| 10925 | DANYSH, GARY, PO BOX 466, POTH, TX 78147 | |
| 10924 | DANZA, G.W. KILLEBREW CO., REDONDO BEACH, CA 90278 | |
| 10925 | DANZAS CORP, PO BOX 504409, THE LAKES, NV 88905-4409 | |
| 10925 | DANZAS CORP, PO BOX 99523, CHICAGO, IL 60693-9523 | |
| 10925 | DANZAS CORP., PO BOX 6969, BELLEVUE, WA 98005 | |
| 10924 | DANZAS CORPORATION, FOLCROFT WEST BUSINESS PARK, 701B ASHLAND AVE. BLDG. 11, FOLCROFT, PA 19032 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DANZAS CORPORATION, PO BOX 7247-8720, PHILADELPHIA, PA 19170-8720

10924   DANZAS CORPORATION, SUITE 100, 11190 N.W. 25TH STREET, MIAMI, FL 33172

10925   DANZAS, POBOX 99523, CHICAGO, IL 60693-9523

10925   DAO, LONG, 10351 JENRICH AVE., GARDEN GROVE, CA 92643

10924   DAO/LNFM 804(764-4787, SUITE 204, 45 MEALY AVENUE, LANGLEY AIR FORCE BASE, VA 23665

10925   DAO-DE/KLFSB, 204 S LUKE DR (BLDG 1623), KELLY AIR FORCE BASE, TX 78241-5555

10925   DAOUD JT TEN, H N & IRMA, PO BOX 477, DAVIS, CA 95617-0477

10925   DAOUST, JAMES, 1403 CAMBRIDGE DRIVE, FRIENDSWOOD, TX 77546

10925   DAP INC, 2000 NOLTE DR, PAULSBORO, NJ 08066

10925   DAP INC., 2000 NOLTE DR., PAULSBORO, NJ 08066

10925   DAP INC., 2400 BOSTON ST, BALTIMORE, MD 21224

10924   DAP PRODUCTS INC., 13555 JUPITER RD, DALLAS, TX 75238

10924   DAP PRODUCTS INC., 2400 BOSTON ST    SUITE 200, BALTIMORE, MD 21224

10924   DAP PRODUCTS INC., 4630 NORTH POINT BLVD., BALTIMORE, MD 21279

10924   DAP, INC., 13555 JUPITER ROAD, DALLAS, TX 75238

10924   DAP, INC., 2400 BOSTON ST., BALTIMORE, MD 21224

10924   DAP, INC., 4630 NORTH POINT BLVD., BALTIMORE, MD 21219

10924   DAP, INC., ATT: HOWARD RUFFIN, 4630 NORTH POINT BLVD., BALTIMORE, MD 21219

10924   DAPCO INC., C/OLAFAYETTE PARRISH PARKING GARAGE, LAFAYETTE, LA 70502

10925   DAPEKE, TEC, REB, NY, NY 10077

10925   DAPERE, MAX SERVICE, BRIGHT, NY, NY 10086

10925   DAPHNE C HEADLEY &, STEPHEN NATHANIEL LONG JT TEN, 8009 BLACKTHORN DR, CINCINNATI, OH 45255-2410

10925   DAPHNE FONTENOT, 4119 REEDES AVE, SULPHUR, LA 70663-2011

10925   DAPHNE KRAKOWSKY, 78 DEERFIELD DR, MANAHAWKIN, NJ 08050-5414

10925   DAPKIEWICZ, STEPHEN, 8 RICHARDSON ROAD, STONEHAM, MA 02180

10925   DAPPEN, SANDRA, 17526 HWY 60, PLATTEVILLE, CO 80651

10925   DAPPER CO, THE, PO BOX 98, LOVELAND, OH 45140

10924   DAPPER CO., CORNER MONTGOMRY/CLMB RDS, LOVELAND, OH 45140

10924   DAPPER CO., P O BOX 98, LOVELAND, OH 45140

10924   DAPPER COMPANY, 10690 LOVELAND MADIERA ROAD, LOVELAND, OH 45140

10925   DAPRANO, JOANNE, 6825 JAYHAWK CIRCLE, BALDWINSVILLE, NY 13027

10925   DARAMIC INC, 5525 US 60 EAST, OWENSBORO, KY 42303

10925   DARAMIC INC, KIRKLAND & ELLIS, 4838 JENKINS AVE, N CHARLESTON, SC 29405

10925   DARAMIC INC, PO BOX 751905, CHARLOTTE, NC 28275-1905

10925   DARAMIC INC., 5525 U.S. 60 EAST, OWENSBORO, KY 42303

10925   DARAMIC INC., PO BOX 751905, CHARLOTTE, NC 28275-1905

10925   DARAMIC, 51 INDEPENDENCE RD., ACTON, MA 01720

10925   DARAS, N, 115 KEYSTONE DR., WARW, RI 02886

10925   DARAS, NICHOLAS, 115 KEYSTONE DR, WARWICK RI, RI 02886

10925   DARBONNE, EMEZE, PO BOX 757, BASILE, LA 70515

10925   DARBY & DARBY, 805 THIRD AVE, NEW YORK, NY 10022-7513

10925   DARBY EDWARDS, BARBARA, 3514 EASTVALE, FAIRWAY, KS 66205-3409

10924   DARBY GREENHOUSES & FARMS, ROUTE 5 BOX 323, JACKSONVILLE, TX 75766

10925   DARBY, ALVIN, 215 TRIPP ST, WILLIAMSTON, SC 29697

10925   DARBY, ANDREW, 165 LIVINGSTON AVE, NEW BRUNSWICK, NJ 08901

10925   DARBY, CHARLES, 206 DALEWOOD DR, SIMPSONVILLE, SC 29681

10925   DARBY, EDDIE, RT 2 BOX 256, MCLOUD, OK 74851

10925   DARBY, KLARISSE, 200 BABBLING BROOK, LAFAYETTE, LA 70506-5071

10925   DARBY, LEROY, 111 MARIETTA DR, YOUNGSVILLE, LA 70592

10925   DARBY, STEVEN, 716 GUBERT, ALVIN, TX 77551

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DARCO NW CORPORATION, 539 COPALIS BEACH ROAD, COPALIS CROSSING, WA 98536 | |
| 10924 | DARCO NW CORPORATION, 855 TROSPER RD SW SUITE 108-331, OLYMPIA, WA 98521-8108 | |
| 10924 | DARCO SOUTHERN, 253 DARCO DRIVE, INDEPENDENCE, VA 24348 | |
| 10924 | DARCON CONSTRUCTION INC., 360 MEACHOM AVE, ELMONT, NY 11003 | |
| 10924 | DARCON, 360 MEACHAM AVENUE, ELMONT, NY 11003 | |
| 10925 | DARCY HEADLY, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | DARCY RUBBER CORP., 4701 STOCKHOLM CT, SUITE C, CHARLOTTE, NC 28273 | |
| 10925 | DARCY, BARBARA, 26 IROQUOIS TR, DENVILLE, NJ 07834 | |
| 10925 | DARCY, DANIEL, 17227 71ST CT, TINLEY PARK, IL 60477-3364 | |
| 10925 | DARCY, GILBERT, 1321 GOLF LANE, LIVINGSTON, TN 38570-2106 | |
| 10925 | DARDAR, GERALD, RT. 1, BOX 82, GOLDEN MEADOW, LA 70357 | |
| 10924 | DARDEN BUILDING MATERIALS, PO BOX20125, WACO, TX 76702-0125 | |
| 10924 | DARDEN BUSINESS SCHOOL PROJECT 1559, UNIVERSITY OF VIRGINIA, CHARLOTTESVILLE, VA 22906 | |
| 10925 | DARDEN EXECUTIVE EDUCATION, POBOX 6550, CHARLOTTESVILLE, VA 22906-6550 | |
| 10925 | DARDEN, CAROL, 4120 PEARL RD, RALEIGH, NC 27610 | |
| 10925 | DARDEN, HAMILTON, RT 1 BOX 125, PLEASANT HILL, NC 27866 | |
| 10925 | DARE, EVERETTE, PO BOX 437, MEEKER, CO 81641 | |
| 10925 | DARE, WILLIAM, 179 WEST 226 PLACE, CARSON, CA 90745 | |
| 10924 | DAREX CIS LLC  (421), 8TH FLOOR NORTH, 24D SMOLNAYA ST., MOSCOW, 125445RUS | *VIA Deutsche Post* |
| 10925 | DAREX CONTAINE PRODUCTS, 6050 W. 51 ST ST, CHICAGO IL 60638, CA 60638 | |
| 10925 | DAREX CONTAINER PRODUCTS (1420), CALLE 18 # 69-19, SANTA FE DE BOGOTA, DC, COLOMBIA | *VIA Deutsche Post* |
| 10925 | DAREX CONTAINER PRODUCTS, 151 GLOUCESTER ROAD, WANCHAI, HONG KONG, HONG KONG | *VIA Deutsche Post* |
| 10925 | DAREX CONTAINER PRODUCTS, 46-1,3KA,SHIN-HEUNG DONG, CHUNG KU, INCHON, 400-103 | |
| 10925 | DAREX CONTAINER PRODUCTS, 5225 PHILLIP LEE DR, ATLANTA, GA 30336 | |
| 10925 | DAREX CONTAINER PRODUCTS, CALLE RIERA DE FONOLLAR 12, SANT BOI DE LLOBREGAT, 08830SPAIN | *VIA Deutsche Post* |
| 10925 | DAREX CONTAINER PRODUCTS, CORNER MILL & ISCOR ST S, BELLVILLE, CAPE TOWN, 07535SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | DAREX CONTAINER PRODUCTS, VIA TRENTO 7, PASSIRANA, MI 20017 | |
| 10925 | DAREX CONTAINER UK, 1 MARSTON ROAD, ST NEOTS, CAMBRIDGESHIRE, CA PE19 2HN | |
| 10924 | DAREX CONTAINER, 5225 PHILLIP LEE DR., ATLANTA, GA 30336 | |
| 10925 | DAREX CREDIT EDI/ACH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DAREX CREDIT UNION, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DAREX CREDIT UNION, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | DAREX FEDERAL CREDIT UNION, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DAREX PUERTO RICO INC., CAPPARA STATION, SAN JUAN, PR 00922PUERTO RICO | *VIA Deutsche Post* |
| 10924 | DAREX PUERTO RICO, INC.  (4254), SAN JUAN, PR 922PUERTO RICO | *VIA Deutsche Post* |
| 10924 | DAREX PUERTO RICO, INC.  (4909), ROAD 2 KM 20.5 BO. CANDELARIA, TOA BAJA, PR 951PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DAREX PUERTO RICO, ROAD 2 KM 20.5 BO. CANDELARIA, TOA BAJA, PR 951 | |
| 10924 | DAREX PUERTO RICO, XX, PUEBLO VIEJO, PR 99999PUERTO RICO | *VIA Deutsche Post* |
| 10924 | DAREX PUERTO RICO,INC.(798), CAPPARA STATION, SAN JUAN, PR 922PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DAREX UK LIMITED, CROMWELL ROAD, SAINT NEOTS, PE19 1QLUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DAREX UK LIMITED, CROMWELL ROAD, ST NEOTS, PE19 1QLUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | DAREX UK LTD (751), CLIFF HOUSE, MARSTON RD, ST NEOTS, CAMBS PE19 2ER, 0GBR | *VIA Deutsche Post* |
| 10925 | DAREX UK LTD, 628 AJAX AVE, BERKSHIRE, SLOUGH, SL1 4BHUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | DAREX UK LTD, CROMWELL ROAD, ST NEOTS CAMBS, PE19 2ERGBR | *VIA Deutsche Post* |
| 10924 | DAREX UK LTD.  (1520), CROMWELL RD., ST. NEOTS, HUNTINGDON, PE19 1QLGBR | *VIA Deutsche Post* |
| 10924 | DAREX UK LTD.  (1521), MANCHETTS WAREHOUSE, HEATH ROAD, WARBOYS, PE17 2UWGBR | *VIA Deutsche Post* |
| 10924 | DAREX UK LTD.  (1522), 628 AJAX AVE., SLOUGH, SLI 4BHGBR | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DAREX UK LTD.  (412), C/O GRACE CONSTRUCTION PRODUCTS LTD, ATTN. VERNA VICTORY, 635 AJAX AVENUE, SLOUGH, SL1 4BHGBR | *VIA Deutsche Post* |
| 10924 | DAREX UK LTD.  (412), CONTAINER EQUIPMENT CENTRE, CROMWELL RD., ST. NEOTS, HUNTINGDON, PE19 1QLGBR | *VIA Deutsche Post* |
| 10924 | DAREX UK LTD. (412), I MARSTON ROAD, ST. NEOTS    PE192HN, 0GBR | *VIA Deutsche Post* |
| 10925 | DAREX UK LTD. (TP 412), 628 AJAX AVE, BERKSHIRE, SLOUGH, SL1 4BHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DAREX UK LTD. (TP 420), HEATH ROAD, WARBOUYS, HUNTINGDON, PE17 2UWUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DAREX UK LTD., CROMWELL ROAD, ST NEOTS, CA PE19 2ERUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DARGIE, MIKE, 37 1/2 APREMONT ST, ADAMS, MA 01220 | |
| 10925 | DARGIN, JAMES, PO BOX 902, SUNSET, LA 70583 | |
| 10925 | DARGON, DIANE, 15318 HEMLOCK, OVERLAND PARK, KS 66223 | |
| 10925 | DARIA KNOUS, 175 CALVERT DR #R103, CUPERTINO, CA 95014 | |
| 10925 | DARIN D MCCLAIN, 4718 E WINFIELD LANE, MEAD, WA 99021 | |
| 10924 | DARIN MCCLAIN, 596 INDUSTRY DRIVE, SEATTLE, WA 98188 | |
| 10925 | DARIN R. GREGG, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | DARING, DAVID, TOWN CENTER, SOMERSET, KY 42501 | |
| 10925 | DARIO GLICERIO MARQUEZ &, MARIA ANTONIA DE LA, TORRE DE MARQUEZ JT TEN, RODOLFO RUTTE 426, MAGDALENA NUEVA, LIMA, PERU | *VIA Deutsche Post* |
| 10925 | DARIO ZELAYA ALVAREZ, CASILLA CORREO 6559, LA PAZ, BOLIVIA | *VIA Deutsche Post* |
| 10925 | DARISO, LA JUAN, 2243 LYME BAY DRIVE, ORLANDO, FL 32809 | |
| 10925 | DARK, ALICE, 3071 BRINKLEY RD #T1, TEMPLE HILLS, MD 20748 | |
| 10925 | DARK, CAROL, 113 OAK TRAIL DRIVE, MONROE, LA 71203 | |
| 10925 | DARKINSON DOORS, 800 BERDAN AVE, TOLEDO, OH 43612 | |
| 10925 | DARKOW, ERNIE, 5206 ST HELENA, WICHITA FALLS, TX 76310 | |
| 10925 | DARL R OSTRANDER, 3520 OAK HILL TRAIL, TALLAHASSEE, FL 32312-3647 | |
| 10925 | DARLENE A NOWACZYNSKI &, GARY L NOWACZYNSKI JT TEN, RR 5 BOX 5383, MOHNTON, PA 19540-9509 | |
| 10925 | DARLENE BLACKWELL BENNETT, 554 ALEXANDER HWY, LEESVILLE, LA 71446 | |
| 10925 | DARLENE C ARANCIO &, RICHARD P ARANCIO JT TEN, 19 EAST TENAFLY AVE, STATEN ISLAND, NY 10312-4012 | |
| 10925 | DARLENE GILLIS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DARLENE GILLIS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | DARLENE MATTHEWS, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | DARLENE S. BOURGEOIS, 2536 ST. JOSEPH, SULPHUR, LA 70663 | |
| 10925 | DARLEY, MARITZA, 13003 SW 45 TERR, MIAMI, FL 33175 | |
| 10925 | DARLING, KENNETH, 123 GROVE ST., SICKLERVILLE, NJ 08081 | |
| 10925 | DARLING, KENNETH, GENERAL DELIVERY, PERNELL, OK 73076 | |
| 10925 | DARLING, MAX, 202 E 22ND ST, 3, ATLANTIC, IA 50022 | |
| 10925 | DARLING, ROBERT, 192 OVID ST TRAILER 2, SENECA FALLS, NY 13148 | |
| 10924 | DARLINGTON BUILDERS SUPPLY, 517 W. BROAD ST., DARLINGTON, SC 29532 | |
| 10924 | DARLINGTON BUILDERS SUPPLY, 517 WEST BROAD ST., DARLINGTON, SC 29532 | |
| 10924 | DARLINGTON BUILDERS SUPPLY, CAMBRIDGE, MA 99999 | |
| 10924 | DARLINGTON BUILDERS SUPPLY, WEST BROAD STREET, DARLINGTON, SC 29532 | |
| 10924 | DARLINGTON CONCRETE INC., ASHWOOD ROAD, DARLINGTON, PA 16115 | |
| 10924 | DARLINGTON CONCRETE INC., P.O. BOX 520, DARLINGTON, PA 16115 | |
| 10924 | DARLINGTON CONCRETE PROD, PO BOX 520, DARLINGTON, PA 16115 | |
| 10924 | DARMSTADTER GMBH, RUDOLF-DIESEL-STRABE 30, GERMANY, 99999DEU | *VIA Deutsche Post* |
| 10925 | DARNABY, THOMAS, 4424 W 6TH AVE, STILLWATER, OK 74074-1520 | |
| 10924 | DARNALL CONCR PROD CO INC, 705 PINE STREET, NORMAL, IL 61761 | |
| 10924 | DARNALL CONCRETE PRODS, 705 PINE ST, NORMAL, IL 61761 | |
| 10924 | DARNALL CONCRETE PRODS, 7105 PINE ST, NORMAL, IL 61761 | |
| 10924 | DARNALL CONCRETE, 705 PINE STREET, NORMAL, IL 61761 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 DARNELL ENGINEERING CORP., 6100 ROMOA BLVD, HOUSTON, TX 77086-0710

10925 DARNELL, DARRON, 259 HARDWOOD ROAD, PELZER, SC 29669

10925 DARNELL, SHAWANA, 405 FOREST HILLS DR, WILLIAMSTON, SC 29697

10925 DARNELL, TERRI, 12389 SW 52 ST, COOPER CITY, FL 33330

10925 DARNELL, TOBY, 405 FOREST HILL DR, WILLIAMSTON, SC 29697

10925 DARNER JR, DARRELL, 502 HICKS AVE, FAYETTEVILLE, NC 28304

10925 DAROLD E OESTREICH, 130 SKI HAVEN PL, MOORESVILLE, NC 28115-7454

10925 DAROSA, SOPHIA, 84 WILLOW ST, CAMBRIDGE, MA 02141

10925 DARR, KATHY, 6212 STUMBERG, BATON ROUGE, LA 70811

10925 DARRAGH, J., 15805 DAWSON RIDGE DRIVE N, TAMPA, FL 33647-1322

10925 DARRAH ELECTRIC, 5914 MERRILL AVE., CLEVELAND, OH 44102

10925 DARRAH, JOSHUA, 112 MARLER RD, GRAY COURT, SC 29645

10925 DARRAH, MARK, 1830 W. PARK CT, OLATHE, KS 66061-4888

10925 DARREL BENTON, 10 WEDGEWOOD, MATTESON, IL 60443-1033

10924 DARREL BOWDEN-MINOR CONSTRUCTION, 1430 2ND AVENUE SOUTH, BIRMINGHAM, AL 35294

10924 DARREL W SCOTT, ESQ, LUKINS & ANNIS, P.S, 1600 WASHINGTON TRUST FINANCIAL CENTER, 717 W SPRAGUE AVENUE, SPOKANE, WA 99201-0466

10925 DARRELL PATTERSON VOL. CHALLENGE, PO BOX 60028, CHATTANOOGA, TN 37406

10925 DARRELL RAY EDDIE, 1391 E WINDSOR DR, GILBERT, AZ 85296

10925 DARREN J. WILLIAMS, 35 LIBERTY RIDGE, DE SOTO, MO 63020

10925 DARRETTA, MICHAEL, 143 HARRISON AVE, HARRISON, NY 10528

10924 DARRI GUERRERO CO.INC., 4509 MODERN LANE, LAREDO, TX 78041

10925 DARRICK MCGUIRE, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925 DARRIS, CHRYSTAL, 7150 WILLOW TREE LAN, V CITY, MO 63130

10925 DARRYL K BRIDGES &, DEBRA A CARTER-BRIDGES JT TEN, 34 KENSINGTON, PLEASANT RIDGE, MI 48069-1218

10925 DARRYL KLEIDER, 27617 NE 140TH COURT, DUVALL, WA 98019

10925 DARRYL W SCOTT, LUKINS & ANNIS P.S, 1600 WASHINGTON TRUST FINANCIAL CENTER 717 WEST SP, SPOKANE, WA 99201-0466

10925 DARST, DENNIS, PO BOX 1061, PFLUGERVILLER, TX 78660

10925 DARST, LLOYD, PO BOX 942, ARANSAS PASS, TX 78336

10925 DART TRANSIT, CM 9427, SAINT PAUL, MN 55170

10924 DAR-TECH INC, 16485 ROCKSIDE RD, MAPLE HEIGHTS, OH 44137

10925 DARTEK COMPUTER SUPPLY, PO 4135, NAPERVILLE, IL 60567-4135

10925 DARTER INC, 1050 CENTREL AVE, UNIVERSITY PARK, IL 60466

10925 DARTER, CHARLES, PO BOX 291, ALTUS, AR 72821

10925 DARTEZ, KEVIN, 276 N EL CAMINO REAL#41, OCEANSIDE, CA 92054

10925 DARTEZ, ROGER, 256 PITTSTON CR, OWINGS MILLS, MD 21117

10925 DARTNELL CORPORATION, THE, 135 S LASALLE DEPT 8510, CHICAGO, IL 60674-8510

10925 DARTNELL, DEPT 170-F 360 HIATT DR, PALM BEACH GARDENS, FL 33410

10925 DARWICH, ABDEL-KADER, 80 GORDON ST #16, BRIGHTON, MA 02135

10925 DARWIN, DAVID C, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925 DARWIN, DAVID C, 9009 BLUE POOL, COLUMBIA, MD 21045

10925 DARWIN, DAVID, 9516 S. KILDARE AVE, 2W, OAK LAWN, IL 60453

10925 DARY-HARBISON, ANNE, 1683 B 31ST ST NW, WASHINGTON, DC 20007

10924 DARYL ALLEN, 927 E. 9TH STREET, MESA, AZ 85203

10925 DARYL F MOYER, 41 SOUTH 3RD ST, HAMBURG, PA 19526-1803

10924 DARYL STEWART, 6445 W. JONES AVENUE, ZELLWOOD, FL 32798

10925 DARYLE YERGLER, 1236 CRANE DR, CHERRY HILL, NJ 08003

10925 DARYLL L PETERSON, 1207 EAST 12TH, ATLANTIC, IA 50022-2418

10925 DAS RESTAURANTS INC, 2350 E SOUTHERN AVE, TEMPE, AZ 85282

10925 DAS, CHRISTINE, 487 WASHINGTON ST, HAVERHILL, MA 01832

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DAS, JOSHUA, 77 DRAGON CT, WOBURN, MA 01888 | |
| 10925 | DAS, NABA, 9525 WESTWOOD DRIVE, ELLICOTT CITY, MD 21043 | |
| 10924 | DASH INC, 8226 NIEMAN ROAD, LENEXA, KS 66214 | |
| 10925 | DASH STRAUS & GOODHUE INC, 593 MASSACHUSETTS AVE, BOXBOROUGH, MA 01719-1503 | |
| 10924 | DASHCO / NEW, 420 SAWMILL RIVER ROAD, ARDSLEY, NY 10502 | |
| 10924 | DASHCO INC, 165 EAST UNION AVE, EAST RUTHERFORD, NJ 07073 | |
| 10924 | DASHCO INC, PO BOX 301, EAST RUTHERFORD, NJ 07073 | |
| 10924 | DASHCO, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | DASHIELL CORP., PO BOX 6587, LAKE CHARLES, LA 70606 | |
| 10925 | DASHIELL CORPORATION, PO BOX 4346, HOUSTON, TX 77210-4346 | |
| 10925 | DASHIELL, HELEN, 150 SILLERY BAY RD, PASADENA, MD 21122 | |
| 10925 | DASHWORKS 1, 4950 NOME ST UNIT D, DENVER, CO 80239 | |
| 10925 | DASHWORKS, 12714 W GRAND DR, MORRISON, CO 80465 | |
| 10925 | DASILVA, MARILIA, 9 MILL ST, BURLINGTON, MA 01803 | |
| 10925 | DASKEVICH, ROBERT, PO BOX 576, CARBOW, TX 76435 | |
| 10924 | DASNY JOB, 495-545 BROADWAY LANE, ALBANY, NY 12207 | |
| 10924 | DASNY OFFICE BUILDING, 495-545 BROADWAY LANE, ALBANY, NY 12207 | |
| 10924 | DASNY/BELTRONE CONSTRUCTION, 495-545 BROADWAY, ALBANY, NY 12207 | |
| 10925 | DASSIE, WILLIAM, 105 FOXCROFT ROAD, GREENVILLE, SC 29615-3713 | |
| 10925 | DATA BROADCASTING CORP, PO BOX 8089, FOSTER CITY, CA 94404-8089 | |
| 10925 | DATA BROADCASTING CORPORA, PO BOX 5979, SAN MATEO, CA 94402-0979 | |
| 10924 | DATA CIRCUIT SYSTEMS, 355 TURTLE CREEK COURT, SAN JOSE, CA 95125 | |
| 10925 | DATA CIRCUITS, 144 GIBSON DR, MARKHAM, ON L3R 2Z3CANADA | *VIA Deutsche Post* |
| 10925 | DATA COM. SERVICES GROUP INC., 6728 INDUSTRIAL DR. #A, BELTSVILLE, MD 20705 | |
| 10925 | DATA COMM WAREHOUSE, 7077 COLLECTION CENTER DR, CHICAGO, IL 60693-0072 | |
| 10925 | DATA COMM WAREHOUSE, PO BOX 8934, BOSTON, MA 02266-8934 | |
| 10925 | DATA COMMUNICATIONS SERVICES GROUP, PO BOX 1543, BELTSVILLE, MD 20704-1543 | |
| 10925 | DATA DELAY DEVICES, 3 MT PROSPECT AVE, CLIFTON, NJ 07013 | |
| 10925 | DATA DESIGN SERVICES, INC, 319 EXTON COMMONS, EXTON, PA 19341 | |
| 10925 | DATA DESTRUCTION SERVICES INC, 299A WASHINGTON ST, WOBURN, MA 01801-1638 | |
| 10925 | DATA DESTRUCTION SERVICES, 299A WASHINGTON ST, WOBURN, MA 01801-2771 | |
| 10925 | DATA DESTRUCTION, PO BOX 540, WINDHAM, NH 03087-0540 | |
| 10925 | DATA DOWNLINK CORP, 88 PINE ST 3RD FL, NEW YORK, NY 10005 | |
| 10925 | DATA DOWNLINK CORP., 88 PINE ST 3RD FL, NEW YORK, NY 10005 | |
| 10925 | DATA GENERAL CORPORATION, PO BOX 651388, CHARLOTTE, NC 28265-1388 | |
| 10925 | DATA GENERAL PHILS INC, 1000 AURORA BLVD, CUBAO QUEZON CITY, 0PHILIPPINES | *VIA Deutsche Post* |
| 10925 | DATA GRATER, 24 BUNKER HILL INDUSTRIAL PARK, CHARLESTOWN, MA 02129 | |
| 10925 | DATA INSTRUMENTS INC, 522 BOSTON POST ROAD, WAYLAND, MA 01778 | |
| 10925 | DATA INSTRUMENTS, 1253 REAMWOOD AVE, SUNNYVALE, CA 94089 | |
| 10925 | DATA LAB CORPORATION, 7333 NORTH PARK AVE, NILES, IL 60714 | |
| 10925 | DATA MEASUREMENTS CORPORATION, HONEYWELL-MEASUREX CORP, HONEYWELL PLAZA, PO BOX 524, MINNEAPOLIS, MN 55440-0524 | |
| 10924 | DATA RECOGNITION CORP., 13490 BASS LAKE ROAD, MAPLE GROVE, MN 55311 | |
| 10925 | DATA RETRIEVAL SERVICES INC., 1040 KAPP DRIVE, CLEARWATER, FL 33765 | |
| 10925 | DATA SCALE, 44875-B INDUSTRIAL DR, FREMONT, CA 94538 | |
| 10925 | DATA SYSTEMS NETWORK CORP., 842 MAIN ST., BATON ROUGE, LA 70802 | |
| 10925 | DATA TRANSCRIPTS, RH5 4YN U.K., PO BOX 14, DORKING, RH54YNENGLAND | *VIA Deutsche Post* |
| 10925 | DATABASE MANAGEMENT ASSOCIATES, 155 HIGH ST, WINCHESTER, MA 01891 | |
| 10925 | DATACARD CORPORATION, POBOX 96559, CHICAGO, IL 60693-6559 | |
| 10925 | DATACOM MARKETING, 1 CHESTNUT ST SUITE 91, NASHUA, NH 03060 | |
| 10925 | DATACOM MARKETING, 1 CHESTNUT ST, NASHUA, NH 03060 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DATACOM MARKETING, 195 LIBERTY ST, BROCKTON, MA 02301

10925    DATA-GRATER, 299A WASHINGTON ST, WOBURN, MA 01801-0694

10925    DATA-GRATER, 299A WASHINGTON ST, WOBURN, MA 01801-1638

10925    DATALINE TECHNOLOGIES INC, POBOX 10827, SPRINGFIELD, MO 65808

10925    DATALINE TECHNOLOGIES, INC, 3170 E SUNSHINE, SUITE B, SPRINGFIELD, MO 65804

10925    DATAMARC COMPUTER SALES INC, 1260 OLD ALPHARETTA RD, ALPHARETTA, GA 30005

10925    DATAMART, PO BOX 4043, BOSTON, MA 02211

10925    DATAMATIC LEASING INC., PO BOX 728, PARK RIDGE, NJ 07656-0728

10925    DATAPAQ INC, PO BOX 6104, BOSTON, MA 02212-6104

10925    DATAPRO, PO BOX 10776, NEWARK, NJ 07193-0776

10924    DATASCOPE, 800 MACAUTHUR BLVD, MAHWAH, NJ 07430

10925    DATASTREAM SYSTEMS INC, PO BOX 60678, CHARLOTTE, NC 28260

10925    DATASTREAM SYSTEMS INC., 50 DATASTREAM PLAZA, GREENVILLE, SC 29605

10925    DATASTREAM SYSTEMS INC., 50 DATASTREAM PLZ, GREENVILLE, SC 29605

10925    DATASTREAM SYSTEMS INC., PO BOX 60678, CHARLOTTE, NC 28260

10925    DATASTREAM SYSTEMS, INC, 50 DATASTREAM PLAZA, GREENVILLE, SC 29605

10925    DATASTREAM SYSTEMS, INC, PO BOX 60678, CHARLOTTE, NC 28260

10925    DATATECH COMMUNICATIONS, 178 WEST SERVICE ROAD, CHAMPLAIN, NY 12919

10925    DATA-TECH INSTITUTE, POBOX 2429, CLIFTON, NJ 07015

10925    DATA-TEL PUBLICATIONS, INC, 105 ROBIN HOOD DRIVE, SUITE 2, SWANTON, VT 05488

10925    DATATIMES, PO BOX 7020, CHICOPEE, MA 01021-7020

10925    DATATIMES, PO BOX 99733, OKLAHOMA CITY, OK 73199

10925    DATATREK, 5838 EDISON PLACE, CARLSBAD, CA 92008

10925    DATAVAULT, 1801 SO FEDERAL HWY, DELRAY BEACH, FL 33483

10925    DATAVISION & DEVICES, 125 WILBUR PLACE, BOHEMIA, NY 11716

10925    DATAVISION PROLOGIX, 132B INDUSTRY LANE, FOREST HILL, MD 21050

10925    DATAVISION-PROLOGIX, PO BOX 8500-6895, PHILADELPHIA, PA 19178-6895

10925    DATCP, JACK DARLAND, 683 N MAIN ST SUITE E, OSH KOSH, WI 54901

10925    DATED BOOKS, 503 ROUTE 71-BOX 38, BRIELLE, NJ 08730

10925    DATES, AKEMA, 250 E 121ST PL #3, CHICAGO, IL 60628

10925    DATES, JOHN, 2623 ROBB ST, BALTIMORE, MD 21218

10925    DATEX ENGSTROM INC, PO BOX 641936, PITTSBURGH, PA 15264-1936

10925    DATEX OHMEDA, PO BOX 98171, CHICAGO, IL 60693

10925    DATEX-ENGSTROM INC, D 4006, BOSTON, MA 02241-4006

10925    DATTATREYAN, NANDKUMAR, 7407 COLTON LN, MANASSAS, VA 22110

10925    DATUIN, MARILYN, 22545 SATICOY ST, WEST HILLS, CA 91307

10925    DATUM COMPANY, PO BOX 270535, HOUSTON, TX 77277

10925    DAU, LISA, 3447 BERKELEY WAY, DALLAS, GA 30132

10925    DAUBAR, H, 4409 PERCH ST, TAMPA, FL 33617

10925    DAUBENSPECK, MARJORIE M, 914 KARI LANE, STEILACOOM, WA 98388-3102

10925    DAUBER, KENNETH, 19 BALMORAL ST, ANDOVER, MA 01810-3005

10924    DAUBERT CHEMICAL CO, 4700 SOUTH CENTRAL AVENUE, CHICAGO, IL 60638

10924    DAUBERT CHEMICAL COMPANY, INC., 4700 S. CENTRAL AVE., CHICAGO, IL 60638

10924    DAUBERT CHEMICAL COMPANY, INC., 4700 SOUTH CENTRAL AVE., CHICAGO, IL 60638

10924    DAUBERT CHEMICAL COMPANY/READY-PAK, 7030 66TH PLACE, BEDFORD PARK, IL 60638

10924    DAUBERT CHEMICALS INC, 4700 SO. CENTRAL AVE, CHICAGO, IL 60638

10925    DAUBERT, ARMIN, NK6296 CEMETERY ROAD, MONTICELLO, WI 53570

10924    DAUCH WILLIAM CONCRETE CO, 43 CLEVELAND RD, NORWALK, OH 44857

10924    DAUCH WILLIAM CONCRETE CO., 301 EAST LAUREL ST, WILLARD, OH 44890

10924    DAUCH WILLIAM CONCRETE CO., 43 CLEVELAND ROAD, NORWALK, OH 44857

10924    DAUCH WILLIAM CONCRETE CO., 900 NEVADA, BUCYRUS, OH 44820

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DAUDERIS, KAREN, 5 CYNDY LANE, MILLBURY, MA 01527

10925 DAUDIER, ELAINE, 592 F MOUNTAIN RD, ARUNDEL, ME 04005

10925 DAUDT, RICHARD, 10049 IBIS ST NW, COON RAPIDS, MN 55433

10925 DAUGEREAUX, EDISON, 720 EAST PLAQUEMINE, CHURCH POINT, LA 70525

10925 DAUGHDRILL, ROBERT, 17 JANICE ST, COLUMBIA, MS 39429

10925 DAUGHERTY, HERBERT, 7390 KY 56, OWENSBORO, KY 42301-9525

10925 DAUGHERTY, JOE, 5706 COLMESNEIL, PEARLAND, TX 77584

10925 DAUGHERTY, JOHN, 3689 S. HAMPTON RD., PHILPOT, KY 42366

10925 DAUGHERTY, JOHN, 3876 DOGWOOD AVE, PALM BCH GARDENS, FL 33410

10925 DAUGHERTY, KENNETH, 306 STANMORE RD., BALTIMORE, MD 21212

10925 DAUGHERTY, KRISTINE, 315 MC KINLEY, BELLEVILLE, IL 62221

10925 DAUGHERTY, LINDA, 508 EAST 3RD ST, PLAINFIELD, NJ 07060

10925 DAUGHERTY, MICHAEL, 2306 PALOMINO COURT, CONROE, TX 77384

10925 DAUGHERTY, MICHAEL, 651 SCHILLER ST , #504, SUN PRAIRIE, WI 53590

10925 DAUGHERTY, ROBERT, 4500 SHANNON BLVD, UNION CITY, GA 30291

10925 DAUGHERTY, ROSALIND, 3638 MANSLICK RD #4, LOUISVILLE, KY 40215

10925 DAUGHERTY, THEDA, 823 SPRUCE, WOOSTER, OH 44691

10925 DAUGHTRY, GARY, 4011 TRUMAN DRIVE, SEFFNER, FL 33584

10925 DAUN, SHERYL, PO BOX 65, SCHNEIDER, IN 46376

10925 DAUPHIN & RODGERS, 119 N. ROBINSON SUITE 650, OKLAHOMA CITY, OK 73102

10924 DAUTERIVE HOSPITAL, 600 N. LEWIS STREET, NEW IBERIA, LA 70560

10925 DAUTRICH, JUNE, 400 NICHOLS ST, LEESPORT, PA 19533

10925 DAUZAT, DAWN, PO BOX 291, MOREAUVILLE, LA 71355

10925 DAUZAT, GLEN, PO BOX 345, PITKIN, LA 70656

10925 DAUZAT, ROY, RT. 2, BOX 268, MARKSVILLE, LA 71351

10925 DAVARASHVILI, MZIYA, 150-45 73RD AVE, FLUSHING, NY 11367

10924 DAVCO ENERGY SYSTEMS, 313 TENTH ST., CARLSTADT, NJ 07072

10924 DAVE & BUSTERS, 9933 NORTH RESEARCH / 183 DRIVE, AUSTIN, TX 78767

10924 DAVE DRATNOL, W.R. GRACE & COMPANY, GRAPEVINE, TX 76051

10925 DAVE E MAJOR, 1509 EAST MARQUETTE ROAD, CHICAGO, IL 60637-4414

10925 DAVE EDWARD MAJOR &, GROZELLA MAJOR JT TEN, 1509 EAST MARQUETTE ROAD, CHICAGO, IL 60637-4414

10925 DAVE EINBINDER, 6764 LA LOMA DR, JACKSONVILLE, FL 32217-2610

10925 DAVE OWEN, 7500 GRACE DR., COLUMBIA, MD 21044

10925 DAVE PUGH DESIGN, 3106 PARKSIDE DR, BALTIMORE, MD 21214

10924 DAVE R/MARIE C UNIVERSITY OF WISC., 3400 N. MARYLAND AVE., MILWAUKEE, WI 53211-2903

10925 DAVE RESER/DAVES SNOWPLOWING, 29W306 NATIONAL, WEST CHICAGO, IL 60185

10924 DAVE STEEL COMPANY, PLANT #1, ASHEVILLE, NC 28801

10925 DAVE, FIVE, POL, NY, NY 10001

10925 DAVE, FOUR, PALM, NY, NY 10001

10925 DAVE, MINA, 5603 FAIRVIEW FOREST, HOUSTON, TX 77088

10925 DAVE, ONE, DAV, NY, NY 10001

10925 DAVE, THREE, PARK, NY, NY 10001

10925 DAVE, TWO, PALM, NY, NY 10001

10924 DAVENPORT COMMONS AT NORTH EASTERN, COLUMBUS AVE & DAVENPORT STREET, BOSTON, MA 02116-3910

10924 DAVENPORT ELECTRIC, 529 PERSHING AVE, DAVENPORT, IA 52803

10925 DAVENPORT II, ROBERT, 3518 TULSA RD, BALTO, MD 21207

10924 DAVENPORT INSUL (STOCK), 7400 GATEWAY COURT, MANASSAS, VA 22111

10924 DAVENPORT INSULATION OF MANASSAS, 7400 GATEWAY COURT, MANASSAS, VA 20109

10924 DAVENPORT INSULATION, 15445 DEPOT LANE, UPPER MARLBORO, MD 20772

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   DAVENPORT INSULATION, 230 INDUSTRIAL DR. UNIT L, FREDERICKSBURG, VA 22408

10924   DAVENPORT INSULATION, 230 INDUSTRIAL DRIVE, FREDERICKSBURG, VA 22408

10924   DAVENPORT INSULATION, 23601 E. 89TH AVE, COMMERCE CITY, CO 80022

10924   DAVENPORT INSULATION, 8503 EUCLID AVENUE, MANASSAS, VA 22111

10924   DAVENPORT INSULATION, DENVER INT'L AIRPORT-TENANT IMPROVE, COMMERCE CITY, CO 80022

10924   DAVENPORT INSULATION, INC., 8503 P EUCLID AVENUE, MANASSAS, VA 20111

10925   DAVENPORT, ADRIEL, 317 PITT ST, PITTSBURGH, PA 15224

10925   DAVENPORT, ANGELIA, 105 OAKHURST DR, TYRONE, GA 30290

10925   DAVENPORT, BECKY, 10740 CO RD 320, MILLERSBURG, OH 44654

10925   DAVENPORT, BESSIE, 7900 MORLEY #4341, HOUSTON, TX 77061

10925   DAVENPORT, CHERYL, 6901 CEDAR PARK AVE, PHILADELPHIA, PA 19138

10925   DAVENPORT, CHRIS, 5912 TRAVIS ST, SCOTTSMOOR, FL 32775

10925   DAVENPORT, DONALD, 6818 HORWICH, SAN ANTONIO, TX 78239

10925   DAVENPORT, GEORGE, 108 CROMPTON DR, PELZER, SC 29669

10925   DAVENPORT, HEATHER, 91 JUNCO COURT, THREE BRIDGES, NJ 08887

10925   DAVENPORT, JOHN, 10740 CR 320, MILLERSBURG, OH 44654

10925   DAVENPORT, JOHNNY, 3680 TATE ROAD, COLLEGE PARK, GA 30349

10925   DAVENPORT, KAREN, 201 PLUM CREEK DRIVE, SPARTANBURG,, SC 29302

10925   DAVENPORT, LINDA, PO BOX 1132, CLINTON, SC 29325

10925   DAVENPORT, LORINE, 3943 7TH ST., NORTH BEACH, MD 20714

10925   DAVENPORT, NANCY, 2538 PINETTA COURT, HOLIDAY, FL 34691

10925   DAVENPORT, PAMELA, 107 ALBEMARLE ST APT 10 E, BALTIMORE, MD 21202

10925   DAVENPORT, ROBERT J, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   DAVENPORT, ROBERT, 3518 TULSA ROAD, BALTIMORE, MD 21207

10925   DAVENPORT, RONALD, 138 CARR RD, PIEDMONT, SC 29673

10925   DAVENPORT, SARA, PO BOX 6, WILLIAMSTON, SC 29697

10925   DAVENPORT, SHERRILYN, 67 RICHARD PULLEN RD, CEDARTOWN, GA 30125

10925   DAVENPORT, VIRGINIA, 109 SHAW ST, FOUNTAIN INN, SC 29644

10925   DAVERN, JOAN, 86 11 34 AVE, JACKSON HTS, NY 11372

10925   DAVES HEATING SALES & SERVICE INC, 13210 SOUTH WESTERN AVE, BLUE ISLAND, IL 60406

10925   DAVES HEATING SALES & SERVICES INC, 13210 SOUTH WESTERN AVE., BLUE ISLAND, IL 60406

10925   DAVES HEATING SALES &, 13210 S. WESTERN AVE, BLUE ISLAND, IL 60406

10925   DAVES HEATING, 13210 SOUTH WESTERN AVE, BLUE ISLAND, IL 60406

10924   DAVE'S INSULATION, C/O FOAM ENTERPRISES, KASSON, MN 55944

10925   DAVES, MARTHA, 869 STATE ST, COMMERCE, GA 30529

10925   DAVES, REBECCA, 7162 CROFTON CT, REYNOLDSBURG, OH 43068-9998

10925   DAVEY, DANA, 808 JEFFERSON TERRACE, 7B, NEW IBERIA, LA 70560

10925   DAVEY, STEVEN W, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   DAVEY, STEVEN, 2705 WEDGE COURT, ELLICOTT CITY, MD 21042

10925   DAVICHICK, STEPHEN, 121 OVERLOOK RD, ARLINGTON, MA 02174

10925   DAVID A BROSS, 823 PARK AVE, NEW YORK, NY 10021-2849

10925   DAVID A CESCHINI, 382 DAIRY FARM ROAD, LOWER BURRELL, PA 15068-9541

10925   DAVID A CYR, 26 A GLENDALE AVE, SOMERVILLE, MA 02144-2411

10925   DAVID A DOWNES, 24 CHINIER ST, PALM COAST, FL 32137-1480

10925   DAVID A DRESSING, 34 MILL ST, WATERLOO, NY 13165-1641

10925   DAVID A FINE, 2100 UFFINGTON RD, BALTIMORE, MD 21209-4411

10925   DAVID A FRANCOEUR, 60 DALTON ROAD, BELMONT, MA 02178

10925   DAVID A FRYK, 41 W 275 SYLVAN DR, ELBURN, IL 60119-9400

10925   DAVID A GIBBS, 74 HOMESTEAD ST, WABAN, MA 02468-2009

10925   DAVID A GODIN, 14807 S LAWNDALE, MIDLOTHIAN, IL 60445-3530

10925   DAVID A HALPERIN, 20 WEST 86TH ST, NEW YORK, NY 10024-3604

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DAVID A HAMLIN, BOX 147, ARCANUM, OH 45304-0147

10925   DAVID A KEMBEL &, KIM BARTH KEMBEL JT TEN, 151 REED FARM ROAD, BOXBOROUGH, MA 01719-1619

10925   DAVID A LEGRAND, 10519 KIRKWREN, HOUSTON, TX 77089-2818

10925   DAVID A MCMANUS, 22 WALNUT GROVE WAY, IRMO, SC 29063

10925   DAVID A MUSTART, 318 LIBERTY ST, PETALUMA, CA 94952

10925   DAVID A NESSRALLA &, PATRICIA NESRALLA JT TEN, 5 AVELLINO CIRCLE, AVON, MA 02322-1812

10925   DAVID A NOVOSELSKY ASSOC, 120 N. LASALLE ST, SUITE 1400, CHICAGO, IL 60602

10925   DAVID A NOWAKOWSKI, 6144 SOUTH TRIPP, CHICAGO, IL 60629-4927

10925   DAVID A PETOSA, 2291 OLD FARM RD, SCOTCH PLAINS, NJ 07076-2113

10925   DAVID A STEWART, HC 63 BOX 100, EUFAULA, OK 74432-9710

10925   DAVID A VOSS &, DOREEN A VOSS JT TEN, 6924 CREEKVIEW DR, LOCKPORT, NY 14094-9529

10925   DAVID A. KIMBELL, PO BOX 944903, WICHITA FALLS, TX 76308-0903

10925   DAVID ALAN EBELHAR, 3024 OLD HARTFORD RD, OWENSBORO, KY 42303-1348

10925   DAVID ALBERT AKIN II, BIRCH HILL RD, PATTERSON, NY 12563

10925   DAVID ASHTON AND ASSOCIATES LL, 16 WEST HAMILTON ST, BALTIMORE, MD 21201

10925   DAVID ASHTON AND ASSOCIATES LLC, 16 WEST HAMILTON ST, BALTIMORE, MD 21201

10925   DAVID AUGUST, 215 WALNUT ST, PEEKSKILL, NY 10566-3409

10925   DAVID B CALLAWAY, 2000 OXNARD DR, DOWNERS GROVE, IL 60516-2513

10925   DAVID B DESHLER &, LEDA W DESHLER JT TEN, 271 ROUTE 57, PHILLIPSBURG, NJ 08865-9411

10925   DAVID B GRUNEISEN &, DIANA L GRUNEISEN JT TEN, 1115 HATHAWAY RD, BELLVILLE, OH 44813-9431

10925   DAVID B JOHNSON, 10 HIBURY, HOUSTON, TX 77024-7113

10925   DAVID B MUNSEY, 50 BROOKSIDE DR UNIT N2, EXETER, NH 03833-1663

10925   DAVID B OLSEN &, AUDREY L OLSEN JT TEN, 3124 LAYTON CT N, LAKE ELMO, MN 55042-9461

10925   DAVID B POPKIN, 303 TENAFLY RD, ENGLEWOOD, NJ 07631-1741

10925   DAVID B RIDLEY, 130 STARK ST, WATERLOO, NY 13165-9585

10925   DAVID B SIEGEL, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511

10925   DAVID B SIEGEL, 5896 NW 23RD WAY, BOCA RATON, FL 33496-2807

10925   DAVID B SIEGEL, WR GRACE & CO, 7500 GRACE DR, COLUMBIA, MD 21044

10925   DAVID B WILLIAMS, 1202 QUEENSWAY CT, BEL AIR, MD 21014-6828

10925   DAVID BALLESTRASSE, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   DAVID BOLGER, COCOS RESTAURANTS INC.,

10925   DAVID BOTTON, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   DAVID BOULLT, 616 EAST HALE ST., LAKE CHARLES, LA 70601

10925   DAVID BRIGGS, 133 BELLEVUE AVE, MELROSE, MA 02176-2817

10925   DAVID BRODHACKER, 13287 ELIZABETH ST, THORNTON, CO 80241

10925   DAVID BRUNN, 12 NORTH ASTOR, APT.5, IRVINGTON, NY 10533

10924   DAVID BUSTER INC, 1540 LOOP 286 NW, PARIS, TX 75460

10924   DAVID BUSTER INC., 1540 LOOP 286 N.W., PARIS, TX 75460

10924   DAVID BUSTER INC., 1540 LOOP 286 NW, PARIS, TX 75460

10925   DAVID C BOSSHARDT, 1713 N LONGHOLLOW ROAD, CHICKAMAYA, GA 30707-3247

10925   DAVID C DARWIN, 9009 BLUE, COLUMBIA, MD 21045

10925   DAVID C GRACE, 445 MILAN DR UNIT 219, SAN JOSE, CA 95134-2485

10925   DAVID C GRUBER, 6890 NOCTURNE ROAD NORTH, REYNOLDSBURG, OH 43068

10925   DAVID C JOHNSTON, 8151 CAMPBELL, TAYLOR, MI 48180-2556

10925   DAVID C WEAVER, 1844 ZWICK RD, WATERLOO, NY 13165-9767

10924   DAVID CALDWELL, 5735 TWP RD #14, MOUNT GILEAD, OH 43338

10925   DAVID CASEY LAURIE RUBIN, PECKHAM, LOBEL, CASEY, P, 585 COMMERCIAL ST, BOSTON, MA 02109

10925   DAVID CAVALIER, 1500 ROGWIN S.W., NORTH CANTON, OH 44720

10925   DAVID CHILDS - TAX COLLECTOR, P.O. BOX 620088, DALLAS, TX 75262-0088

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DAVID CHILDS, DALLAS CO TAX ASSESS, PO BOX 620088, DALLAS, TX 75262

10925   DAVID CHIN, 50 MAIN ST APT 23, CHARLESTOWN, MA 02129-3731

10925   DAVID CHIN, 50 MAIN ST, BOSTON, MA 02129

10925   DAVID CLEARY, 6401 POPLAR AVE SUITE 201, MEMPHIS, TN 38119

10925   DAVID COGILL, 18 MULBERRY LANE, SWEDESBORO, NJ 08085

10925   DAVID COHEN &, MILLICENT COHEN JT TEN, 1067 BONITA AVE, LAS VEGAS, NV 89104-3121

10924   DAVID COOKE PLASTER CO. LLC, 647 SULLIVAN AVENUE, SOUTH WINDSOR, CT 06074

10925   DAVID COOPER, 2812 BALFOR CT, ROCKLIN, CA 95765-4911

10924   DAVID CORBETT FARMS, EAST OF LAKE PARK ON HWY. 376, LAKE PARK, GA 31636

10925   DAVID D ELLIMAN, ., NEW YORK, NY 10017

10925   DAVID DELEEUW, 1130 PARK AVE APT 12-1, NEW YORK, NY 10128-1255

10925   DAVID DEVEAU, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DAVID DEVEAU, 86 RIDGE RD, FOXBORO, MA 02035-1416

10925   DAVID DWIGHT KEY, PO BOX 689, MUNDAY, TX 76371-0689

10925   DAVID E BERNHARDT, PO BOX 571811, SALT LAKE CITY, UT 84157-1811

10925   DAVID E BLOOM &, ELIZABETH BLOOM JT TEN, 16 CARSON AVE, METUCHEN, NJ 08840-2504

10925   DAVID E BUCK, 4 KNOLL LANE, MARLTON, NJ 08053-9709

10925   DAVID E EWELL, 6218 RUTHERGLENN DR, HOUSTON, TX 77096-4607

10925   DAVID E GURSKY, 5932 15TH ST, ZEPHYRHILLS, FL 33540

10925   DAVID E INGRAHAM, PO BOX C CO RT 312, CLARKSVILLE, NY 12041-0019

10925   DAVID E SCHOB, 906 ASHBURN, COLLEGE STATION, TX 77840-2302

10925   DAVID EUGENE BASKIN, P OBOX 127, DEMOREST, GA 30535

10925   DAVID F CROCE, 17 SPRUCE AVE, TYNGSBORO, MA 01879-2106

10925   DAVID F CROCE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DAVID F GREEN &, DONA G GREEN JT TEN, 10640 MISSION LAKES AVE, LAS VEGAS, NV 89134-5219

10925   DAVID F LEWIS, 105 PAT RD, LEXINGTON, SC 29073-8478

10925   DAVID F MYERS, 20 LEXINGTON DR, ACTON, MA 01720

10925   DAVID FRANCES DBA EAP SYSTEMS, 500 WEST CUMMINGS PARK, WOBURN, MA 01801

10925   DAVID FRED SCHMIDT, 1825 JOSEPH DR, MORAGA, CA 94556-2710

10925   DAVID G GREEN, 9230 SCHOOLHOUSE RD, SAN ANTONIO, TX 78255-2117

10925   DAVID G MEAL, 6360 CARROLL CIRCLE, ST CLOUD, FL 34771-9772

10925   DAVID G MURPHY &, JEAN S MURPHY JT TEN, 99 NEPTUNE AVE, MASTIC, NY 11950-5112

10925   DAVID G MURPHY &, JEAN SALVAGGIO JT TEN, 99 NEPTUNE AVE, MASTIC, NY 11950-5112

10925   DAVID G ZACHOW, 721 SO 15TH ST BOX 1111, MATTOON, IL 61938-5601

10925   DAVID G. PICKERING, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   DAVID GEORGE THACK, 24901 JOY RD, DEARBORN HEIGHTS, MI 48127-1386

10925   DAVID GIBBS, 74 HOMESTEAD ST, WABAN, MA 02168

10925   DAVID GOODWIN &, SALLY J GOODWIN JT TEN, 1231 HIGHLAND ROAD, SHARON, PA 16146-3633

10925   DAVID GURNICK, 19631 KINGSBURY ST, CHATSWORTH, CA 91311-1929

10924   DAVID GURSKY, 5932 15TH STREET, ZEPHYRHILLS, FL 33546

10925   DAVID H BOYD, 250 SUNNYBROOK RD, SPRINGFIELD, PA 19064-3209

10925   DAVID H HENDERICKKSON, 1101-25TH AVE SE, MINNEAPOLIS, MN 55414

10925   DAVID H LAKE &, JEAN M LAKE JT TEN, 8 RICHARD AVE, SHREWSBURY, MA 01545-5324

10925   DAVID H SANDERS, 4411 SOUTH ATLANTA, TULSA, OK 74105

10924   DAVID H SUTHERLAND & CO, INC, 9665 S.W. ALLEN BLVD., SUITE 116, BEAVERTON, OR 97005

10925   DAVID HARRY SCHUEMANN, 850 26TH AVE, SAN FRANCISCO, CA 94121-3616

10925   DAVID HART, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DAVID HICKS &, JOAN V HICKS JT TEN, 345 MIDDLE LINE RD, BALLSTON SPA, NY 12020-3334

10925   DAVID HODGES, 5043 E. DESERT JEWEL DR, PARADISE VALLEY, AZ 85253

10925   DAVID HONIG, C/O CHARLES & TANYA TABAK, 6 CROMWELL DR, CONVENT STATION, NJ 07960-4602

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DAVID HUGHES, BOOTH, MITCHEL & STRANGE, 701 PARKER ST STE 6500 PO BOX 11055, ORANGE, CA 92856-8155

10925   DAVID J AUGUSTINE, 704-25 IVY RIDGE RD, SYRACUSE, NY 13210-4117

10925   DAVID J CURRERI, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DAVID J CURRERI, 8A WASELCHUK DR, PEABODY, MA 01960-5046

10925   DAVID J DEBALKO, 254 SHELMIRE ST, JENKINTOWN, PA 19046

10925   DAVID J DIXON, 10810 NEW GREEN RIVER RD, EVANSVILLE, IN 47711

10925   DAVID J HARRINGTON, 36 TAMAROCK TERR, STONEHAM, MA 02180-1469

10925   DAVID J MAGNER, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   DAVID J MILLER, 6112 32ND PLACE NW, WASHINGTON, DC 20015-2402

10925   DAVID J MORITZ &, JUDITH E MORITZ, JT TEN, 647 REGINA LANE, BISMARCK, ND 58501-8237

10925   DAVID J NAGENGAST, 5420 HAPPY HOLLOW LANE, LINCOLN, NE 68516-5340

10925   DAVID J ROSENBLATT, 20 HILLMAN COURT, ABERDEEN, MD 21001-2407

10925   DAVID J STARKEY, ONE DEERWOOD DR, LITCHFIELD, NH 03052-8004

10925   DAVID J STONE & MARY ELLA STONE, JT TEN, 6429 SENTINEL, ROCKFORD, IL 61107-2622

10925   DAVID J SWINDELL, 22536 HARTLEY RD, ALLIANCE, OH 44601-6907

10925   DAVID JOHN MCINTIRE, PO BOX 417, MATTAPOISETTE, MA 02739-0417

10925   DAVID JOHN SHERRINGTON, 4 ORCHARD COTTAGES MILLEY RD, WALTHAM ST LAWRENCE NR, BERKSHIRE, READING, RG10 0JXUNITED KINGDOM     *VIA Deutsche Post*

10925   DAVID K NAKASHIGE, 4111 ROOSEVELT ST, HOLLYWOOD, FL 33021

10925   DAVID K STADTHERR TR UW NICHOLAS, G STADTHERR FBO WINIFRED R, STADTHERR ET AL, 167 LANGEN RD, LANCASTER, MA 01523-2524

10925   DAVID KAUFMAN, C/O SAM J GILBERT, 925 WESTCHESTER AVE SUITE 311, WHITE PLAINS, NY 10604-3507

10925   DAVID KEYT &, CHRISTINE KEYT JT TEN, 12032 36TH NE, SEATTLE, WA 98125-5637

10925   DAVID KILIAN, BOX 711, FRANKFORT, MI 49635-0711

10925   DAVID KRAUSE & BERTHA KRAUSE, JT TEN, 475 5TH AVE, NEW YORK, NY 10017-6220

10925   DAVID KRENZKE, 4099 W. 71ST., ST., CHICAGO, IL 60629-5893

10924   DAVID KUCERA INC, 39 STEVES LANE, GARDINER, NY 12525

10924   DAVID KUCERA INC., 39 STEVES LANE, GARDINER, NY 12525

10925   DAVID L BROPHY, BOX 561051, MIAMI, FL 33256-1051

10925   DAVID L DRESNER, 6555 TURNER WAY, DALLAS, TX 75230-1933

10925   DAVID L GOODWIN, 3208 FISHER COURT, ARLINGTON, TX 76017-6600

10925   DAVID L HAGER TRUSTEE OF THE, DAVID L HAGER TRUST, DTD SEPTEMBER 21 1993, 3303 52ND ST SE, KENTWOOD, MI 49512-9672

10925   DAVID L MACMILLAN, 9161 CHELSEA CIRCLE, WESTMINSTER, CA 92683

10925   DAVID L SKINNER &, DIANA L SKINNER JT TEN, 14288 UPPER FRED AMITY RD, FREDERICKTOWN, OH 43019

10925   DAVID L SOUTHWICK & GLORIA A, SOUTHWICK TR UA APR 12 94, DAVID L SOUTHWICK TRUST, 10615 CAVALCADE ST, GREAT FALLS, VA 22066-2426

10925   DAVID L STEWART, 109 STRAYER DR, CARLISLE, PA 17013-4408

10925   DAVID L VANDYKE, 2136 OAKRIDGE DR, JEFFERSON CITY, MO 65109-1914

10925   DAVID L WILLIAMS, 3609 S TRENTON, TULSA, OK 74105-3233

10925   DAVID L WOODWORTH, 848 CANANDAIGUA ROAD, GENEVA, NY 14456-2052

10925   DAVID L YUNICH, 26 COOPER ROAD, SARATOGA SPRINGS, NY 12866

10924   DAVID L. MOSS CRIMINAL JUSTICE CTR., 521 WEST ARCHER, TULSA, OK 74103

10925   DAVID L. WIGHTMAN, 26 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   DAVID LAMAINA CONSULTING SERVICES, 4792 NORTH CITATION DR #103, DELRAY BEACH, FL 33445

10925   DAVID LAMBERTSON, 115 HOGAN CT #4, WALNUT CREEK, CA 94598

10925   DAVID LAMBERTSON, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925   DAVID LAWRENCE, C/O EISMAN, 2001 PALMER AVE, LARCHMONT, NY 10538-2468

10925   DAVID LEE CHICK, C/O SHIRLEY E CLOUD, 368 RIVERSIDE DR, PASADENA, MD 21122-5049

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DAVID LEE HILDERBRANDT &, LINDA J HILDERBRANDT JT TEN, PO BOX 175, MORRESON, OK 73061-0175 | |
| 10925 | DAVID LEON EAVES &, PATTIE LOU EAVES JT TEN, PO BOX 263, JOAQUIN, TX 75954-0263 | |
| 10925 | DAVID LEVOVSKY & MARION, L LEVOVSKY JT TEN, 37 IRVING ST, EVERETTE, MA 02149-4825 | |
| 10925 | DAVID LOCKE, 1116 N AVILA PLACE, ORANGE, CA 92869-1340 | |
| 10925 | DAVID LOWRIE, BOX 121, POTTER VALLEY, CA 95469-0121 | |
| 10925 | DAVID LU & CORP, 147-39 175TH ST, JAMAICA, NY 11434 | |
| 10925 | DAVID LU & CORP, 35-39 161ST ST, FLUSHING, NY 11358 | |
| 10925 | DAVID M CORCORAN, 651 VANDERBILT ST APT 6E, BROOKLYN, NY 11218-1230 | |
| 10925 | DAVID M DENNIS TR UA APR 7 93, THE DAVID M & MARY N DENNIS, REVOCABLE TRUST, 120 MADEIRA DR NE STE 103, ALBUQUERQUE, NM 87108-1523 | |
| 10925 | DAVID M KENNEDY, 3727 PHEASANT HILL DR, ALLENTOWN, PA 18104-9685 | |
| 10925 | DAVID M SHELLITO &, ELIZABETH K SHELLITO JT TEN, 714 FORESTRIDGE DR, YOUNGSTOWN, OH 44512-3516 | |
| 10925 | DAVID M TIGHE CONSTRUCT., #2 CERRO GORDO, SANTA FE, NM 87501 | |
| 10924 | DAVID M. SIDBURY, INC., 14051 ISLAND DR., HUNTERSVILLE, NC 28078 | |
| 10924 | DAVID M. SIDBURY, INC., PO BOX32533, CHARLOTTE, NC 28232 | |
| 10924 | DAVID M. TIGHE CONSTRUCTION, #2 CERRO GORDO, SANTA FE, NM 87501 | |
| 10924 | DAVID M. TIGHE CONSTRUCTION, P.O. BOX 9228, SANTA FE, NM 87501 | |
| 10925 | DAVID MACKNESS, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | DAVID MAILLETT, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10924 | DAVID MCMANUS, 22 WALNUT GROVE WAY, IRMO, SC 29063 | |
| 10924 | DAVID MICHAEL AND COMPANY, INC, 10801 DECATUR ROAD, PHILADELPHIA, PA 19154 | |
| 10925 | DAVID MICHAEL BRENNAN, 2485 TRAPP AVE, COCONUT GROVE, FL 33133-3952 | |
| 10924 | DAVID MONTOYA CONSTRUCTION INC., PO BOX10254, ALBUQUERQUE, NM 87184 | |
| 10924 | DAVID MONTOYA CONSTRUCTION, 8831 4TH ST. N.W., ALBUQUERQUE, NM 87114 | |
| 10925 | DAVID MYERS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | DAVID N AGRESTI, 8 INDIAN LANE, FRANKLIN, MA 02038 | |
| 10925 | DAVID N SURTEES, 8347 YUCCA TRAIL, HOLLYWOOD, CA 90046-1955 | |
| 10925 | DAVID NAREA EMBRY, CASILLA NO 51334, CORREO CENTRAL, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | DAVID NELSON CO., 2901 W. INDIAN SCHOOL RD., PHOENIX, AZ 85017 | |
| 10925 | DAVID NICKERSON, PO BOX 639, WILBRAHAM, MA 01095 | |
| 10925 | DAVID NUTT & ASSOCIATES, PC, PO BOX 103, JACKSON, MS 39215-1039 | |
| 10925 | DAVID O DE FOUW, 4 VAN FLEET CT, SOMERVILLE, NJ 08876-4081 | |
| 10925 | DAVID O KUHNS &, SUZANNE L KUHNS JT TEN, 3909 BRIGHTWAY, WEIRTON, WV 26062-4332 | |
| 10925 | DAVID OLEARY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DAVID P GRILLONE, 1328 STRONG RD, WATERLOO, NY 13165 | |
| 10925 | DAVID P ROSS, 6416 LARSON COURT, KANSAS CITY, MO 64133-7505 | |
| 10925 | DAVID P TENBERG, 7017 PARK HEIGHTS AVE, EXECUTIVE HOUSE APT A-4, BALTIMORE, MD 21215-1632 | |
| 10925 | DAVID P TROUP &, CHERYL B TROUP JT TEN, 1716 SHEFFELD CIRCLE, MANHATTAN, KS 66503-2220 | |
| 10925 | DAVID P. ROGERS JR., PO BOX 371008, BIRMINGHAM, AL 35237-1008 | |
| 10925 | DAVID PANTIRER, 60 E HARTSHORN DR, SHORT HILLS, NJ 07078-1630 | |
| 10925 | DAVID PARKER, 65 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DAVID PERCZYNSKI, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | DAVID PETRONELLA, 110 KIPP AVE, HASBROUCK HEIGHTS, NJ 07604-1234 | |
| 10925 | DAVID R CLARK &, SUE B CLARK JT TEN, 1045 SW MEYER DR, PULLMAN, WA 99163 | |
| 10925 | DAVID R GABEAU, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DAVID R GRENIER, 5211 TEBBE LN, HAMILTON, OH 45013-9123 | |
| 10925 | DAVID R HEREFORD, 74 S ARNOLD AVE, PRESTONSBURG, KY 41653-1600 | |
| 10925 | DAVID R RICE &, ELLEN R RICE JT TEN, 38 W 383 FERSON WOODS DR, ST CHARLES, IL 60175-6164 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DAVID R ROSS TR UA SEP 9 98, ROSS FAMILY TRUST, 6151 WOODLAKE AVE, WOODLAND HILLS, CA 91367-3240

10925   DAVID R SELIG TR UA DEC 23 85, THE JORDAN MICHAEL SELIG TRUST, FBO JORDAN MICHAEL SELIG, 11212 CHURCHWOOD COURT, RICHMOND, VA 23233-1835

10925   DAVID R SMITH, 35 AUSTIN RD, EAST GREENWICH, RI 02818-4401

10925   DAVID RAND, 63 WATERVALE ROAD, MEDFORD, MA 02155-1959

10925   DAVID REAM, 18136 SARATOGA TR, STRONGSVILLE, OH 44136-7234

10925   DAVID S CAYER, 2715 ROSWELL AVE, CHARLOTTE, NC 28209-1732

10925   DAVID S GOLDFARB TR UW, STANLEY S GOLDFARB FBO, DAVID S GOLDFARB, GOLDFARB & FLEECE, 345 PARK AVE, NEW YORK, NY 10154-0004

10925   DAVID S HODGES, 5043 E DESERT JEWEL DR, PARADISE VALLEY, AZ 85253

10925   DAVID S IGLEHART, 3745 KOOGLER RD, TRAPPE, MD 21673-1637

10925   DAVID S SARGENT &, VIRGINIA R SARGENT JT TEN, 524 FOREST GLEN, LANSING, KS 66043-1713

10925   DAVID S WARD JR &, JUNE CHUMLEY WARD JT TEN, 7049 WARD RD, MILLINGTON, TN 38053-6146

10925   DAVID S WRIGHT &, LEONA E WRIGHT JT TEN, 4141 OAK DRIVE, BEAVERTON, MI 48612-8828

10925   DAVID SARNOFF CENTER, 201 WASHINGTON RD, PRINCETON, NJ 08540

10925   DAVID SARNOFF CENTER, CN5300, PRINCETON, NJ 08540

10925   DAVID SCHAFER &, BERNICE SCHAFER JT TEN, 2116 MARK, LANSING, MI 48912-3331

10925   DAVID SCHWARTZ, 58 CARPENTER ST, REHOBOTH, MA 02769-1804

10925   DAVID SEQUEIRA, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   DAVID SHEAS STUDIO, 217 FLOIDA BLANCA PLACE SE, FORT WALTON BEACH, FL 32548

10925   DAVID SILBERGLEIT TR UA JUL 15 91, DAVID SILBERGLEIT TRUST, 1630 34TH ST S APT 302, FARGO, ND 58103-8439

10925   DAVID SIMS AND ASSOCIATES, 108 NORTH KERR AVE, WILMINGTON, NC 28405

10924   DAVID SMITH, 115 TR WILLIAMS LANE, BOSTWICK, FL 32007

10925   DAVID SOUZA & ASSOCIATES INC, 129 FAIRWOOD DRIVE, TIVERTON, RI 02878

10925   DAVID STEPHEN LISTER, 1A ENNERDALE CRESCENT, BURNHAM BUCKS, SL1 GEHUNITED KINGDOM       **\*VIA Deutsche Post\***

10925   DAVID STICKNEY, 50 PALMETTO ST, SAUGUS, MA 01906

10925   DAVID T BINNEY, PO BOX 236, STAUNTON, IL 62088-0236

10925   DAVID T BUKEN & ELLEN P BUKEN, TR UA OCT 24 98 DAVID T BUKEN, LIVING TRUST, PO BOX 62081, CINCINNATI, OH 45262-0081

10925   DAVID T GEARY, 31 MARSH ST, HINGHAM, MA 02043-1248

10925   DAVID T GEARY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DAVID T LOPEZ &, ROMELIA G LOPEZ JT TEN, 28 FARNHAM PARK, HOUSTON, TX 77024-7501

10925   DAVID T MOOREFIELD, 2810 LEES CHAPEL RD, BROWNS SUMMIT, NC 27214-9615

10925   DAVID T RECIGNO, BOX 518, WILLOW GROVE, PA 19090-0518

10925   DAVID T VAN NESS, 29 WEBB AVE, MALONE, NY 12953-1422

10925   DAVID T WHITFORD, 1301 OLD FARM RD, CHAMPAIGN, IL 61821-5947

10925   DAVID TRAINQUE, 168 LINCOLN ST, FITCHBURG, MA 01420

10925   DAVID TRAINQUE, 168 LINCOLN ST, FITCHBURG, MA 01420-2621

10924   DAVID TRAVIS JR., 20302 NY 22, PETERSBURG, NY 12138

10925   DAVID VAUGHN, PO BOX 464, DUNCAN, SC 29334

10925   DAVID VIERRA, 1320 CORTA WAY, SACRAMENTO, CA 95864-3027

10925   DAVID W BILGER, WESTFIELD ROAD, MERIDEN, CT 06450

10925   DAVID W DE PUY &, SHIRLEY M DE PUY JT TEN, 123 W LEWIS BOX 487, LIVINGSTON, MT 59047-3010

10925   DAVID W FERGUSON, 4256 JACKS CREEK RD, MONROE, GA 30655

10925   DAVID W GANGWISCH, 10539 LAKEMERE DR, DALLAS, TX 75238-2808

10925   DAVID W JAMES &, MARJORIE L JAMES JT TEN, 32200 SW FRENCH PRAIRIE RD APT B1, WILSONVILLE, OR 97070-7464

10925   DAVID W LAWTON, 9218 KELLY RD NE, CARNATION, WA 98014

10925   DAVID W RICE, 901 NORA DR, SILVER SPRING, MD 20904-2133

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  DAVID W RINALDO CUST LUCINDA, HASTINGS RINALDO UNIF GIFT MIN, ACT MA, 1117 EUCLID AVE, BERKELEY, CA 94708-1602

10925  DAVID W STRANG &, MARILYN P STRANG JT TEN, 206 HICKORY CIRCLE, CANNONSBURG, PA 15317-2312

10925  DAVID W TURI, 5 BREWSTER RD, NORFOLK, MA 02056-1807

10925  DAVID WEISBAND &, PHILIP WIESBAND JT TEN, 9 LAKES DR WEST, LAWRENCE, NY 11559

10925  DAVID WHITE, 1111 BEACON ST APT 61, BROOKLINE, MA 02146

10925  DAVID WHITE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  DAVID WILSON ASSOCIATES INC, POBOX 414392, BOSTON, MA 02241-4392

10925  DAVID WOODARD, 4876 ELSA ROAD, SAN DIEGO, CA 92120

10925  DAVID Y GROVE, 11295 COUNTRY CLUB RD, WAYNESBORO, PA 17268-9273

10925  DAVID, ALLEN, 2312 BLUE HAVEN DR, NEW IBERIA, LA 70560-9200

10925  DAVID, ALMA, 4310 KARNES DR, MESQUITE, TX 75150

10925  DAVID, ANDRE, PO BOX 726, DORCHESTER, MA 02125

10925  DAVID, BLANCHE, 6 DERRINGER ROAD, CHELMSFORD, MA 01824

10925  DAVID, BRADLEY, PO BOX 122, KAPLAN, LA 70548

10925  DAVID, CERES, 312 SUTHERLAND LANE, BLOOMINGDALE, IL 60108

10925  DAVID, CLIFTON, PO BOX 224, DEQUINCY, LA 70633

10925  DAVID, FRANCISCO, 4817 EAST PALMER ST, 1, CHICAGO, IL 60639

10924  DAVID, JERRY ENTERPRISES, 1710 DIEFENBACH ROAD, EVANSVILLE, IN 47712

10924  DAVID, JERRY ENTERPRISES, 4301 HOGUE ROAD, EVANSVILLE, IN 47712

10924  DAVID, JERRY ENTERPRISES, 4301 HOUGE ROAD, EVANSVILLE, IN 47712

10925  DAVID, JR, RONALD, 28360 INTRACOASTAL RD., PLAQUEMINE, LA 70764

10925  DAVID, KENNETH, 116 WINWOOD COURT, BUFFALO GROVE, IL 60089

10925  DAVID, MARIE, PO BOX 45069, SOMERVILLE, MA 02145

10925  DAVID, MARIETA, 4001-B MAJESTIC LN, FAIRFAX, VA 22033

10925  DAVID, MYRA, POB 158, NICHOLSON, GA 30565

10925  DAVID, MYRNA, 4817 EAST PALMER AVE, 2, CHICAGO, IL 60639

10925  DAVID, NORMAN, 102 MARCELLO BLVD, THIBODEAUX, LA 70301

10925  DAVID, PIERRE, 255 MARGARETTA DRIVE, HYDE PARK, MA 02136

10925  DAVID, RONALD, PO BOX 45069, SOMERVILLE, MA 02145

10925  DAVID, SAMUEL, 1619 WEST 7TH, FREEPORT, TX 77541

10925  DAVID, SUSAN, 2154 COTEAU RD #4, HOUMA, LA 70364

10925  DAVID, VALERIE, 2425 J WESVILL CT, RALEIGH, NC 27607

10925  DAVID, VICTOR, 8414 KENTON COURT, COLUMBIA, MD 21046

10925  DAVID-IBEKA, FLORENCE, 19 DRAKE ROAD, SOMERSET, NJ 08873

10925  DAVIDS APPAREL, 9911 CARNEGIE ST, EL PASO, TX 79925

10925  DAVIDS PENNANTS & BANNERS, 9911 CARNEGIE ST, EL PASO, TX 79925

10924  DAVIDSON & SON, 2517 ADIE, MARYLAND HEIGHTS, MO 63043

10924  DAVIDSON COLLEGE CAMPUS, 204 BAKER DRIVE, DAVIDSON, NC 28036

10925  DAVIDSON CONSTRUCTION CORP, 12 DARTMOUTH ROAD, IPSWICH, MA 01938

10924  DAVIDSON DECORATING DESIGN, 4420 FONDELL DRIVE, EDINA, MN 55435

10925  DAVIDSON JR, RALPH A, 3616 BLUFF POINT DR, KNOXVILLE, TN 37920-2806

10925  DAVIDSON JT TEN, WATKINS W & DOROTHY C, 3048 HEMPSTEAD AVE, ARCADIA, CA 91006-5728

10925  DAVIDSON, BOB, 641 BRAIDWOOD DRIVE, ACWORTH,, GA 30101

10925  DAVIDSON, BRONNIE, 13355 NORTHBOROUGH, HOUSTON, TX 77067

10925  DAVIDSON, CATHY, 718 CROSSING DR, LITHIA SPRINGS, GA 30057

10925  DAVIDSON, CHARLES, 4390 RAMBLEWOOD NORTH, MULLBERRY, FL 33860

10925  DAVIDSON, DAVID, 5238 LAFAYETTE RD., INDIANAPOLIS, IN 46254

10925  DAVIDSON, DEBORAH, PO BOX 57, CARETTE, WV 24821

10925  DAVIDSON, GENE, 1410 WASHINGTON, EDMOND, OK 73034

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DAVIDSON, GRAHAM, 12 PORTER AVE, HUDSON, NH 03051 | |
| 10925 | DAVIDSON, HOPE, 8124 SCOTTS LEVEL RD, PIKESVILLE, MD 21208 | |
| 10925 | DAVIDSON, J, 12 CORNELL RD, BEVERLY, MA 01915 | |
| 10925 | DAVIDSON, JACQUELINE, 7456 JOHNSON RD, INDIANAPOLIS, IN 46250-2842 | |
| 10925 | DAVIDSON, JOANNE, 1906-01 RORY LANE, SIMI VALLEY, CA 93063 | |
| 10925 | DAVIDSON, JOHN, 12 CORNELL RD, BEVERLY,, MA 01915-1612 | |
| 10925 | DAVIDSON, KAREN, 14329 PLATINUM DR, NORTH POTOMAC, MD 20878 | |
| 10925 | DAVIDSON, KENYA, 68 W SPRING ST, SOMERVILLE, NJ 08876 | |
| 10925 | DAVIDSON, LAWRENCE, 209 SWIFT DR, GOODLETTEVILLE, TN 37072 | |
| 10925 | DAVIDSON, MICHELE, 585 CAMP JUBILEE RD, SEVEN SPRINGS, NC 28578 | |
| 10925 | DAVIDSON, ROBERT, 48 FAIRVIEW AVE, SOMERVILLE, NJ 08876 | |
| 10925 | DAVIDSON, ROBERT, 7004 BELCLARE ROAD, DUNDALK, MD 21222 | |
| 10925 | DAVIDSON, ROXANN, 119 OLD HWY 49, MC HENRY, MS 39561 | |
| 10925 | DAVIDSON, SHERRIE, 3209 ABBY LANE, DEER PARK, TX 77536 | |
| 10925 | DAVIDSON, SUSAN, 7785 VOLKERDING ROAD, MORROW, OH 45152 | |
| 10925 | DAVIDSON, TISHIA, 1504 FERNLEY ROAD, BALTIMORE, MD 21218 | |
| 10925 | DAVIDSON, TRUDI, 820 SOUTH PINE, HASTINGS, NE 68901 | |
| 10925 | DAVIDSON, WADE, 990 RED BIRD LANE, WEATHERFORD, TX 76088 | |
| 10924 | DAVIE CONCRETE CO., 3570 S.W.49TH WAY, DAVIE, FL 33314 | |
| 10924 | DAVIE CONCRETE CO., P O BOX 291688, DAVIE, FL 33329 | |
| 10924 | DAVIE CONCRETE CORP, PO BOX2916-88, DAVIE, FL 33329 | |
| 10924 | DAVIES CAN COMPANY, 599 DAVIES DRIVE, YORK, PA 17402 | |
| 10925 | DAVIES COLLISON CAVE SOLICITOR, L LITTLE COLLINS ST, MELBOURNE, VICTORIA, 03000AUSTRALIA | *VIA Deutsche Post* |
| 10925 | DAVIES COLLISON CAVE, 1 LITTLE COLLINS ST, MELBOURNE VICTORIA, 03000AUSTRALIA | *VIA Deutsche Post* |
| 10924 | DAVIES IMPERIAL COATINGS, 1275 STATE STREET, HAMMOND, IN 46320 | |
| 10924 | DAVIES IMPERIAL COATINGS, PO BOX 790, HAMMOND, IN 46325 | |
| 10925 | DAVIES RYAN DE BOOS, G POBOX 4387QQ, MELBOURNE VIC, 3001AUSTRALIA | *VIA Deutsche Post* |
| 10925 | DAVIES SUPPLY COMPANY, 6601 WEST GRAND AVE, CHICAGO, IL 60707-2298 | |
| 10925 | DAVIES SUPPLY COMPANY, 6601 WEST GRAND AVE., CHICAGO, IL 60707-2298 | |
| 10925 | DAVIES TURNER, 49 WATES WAY, MITCHAM, CR4 4HR | |
| 10925 | DAVIES WARD & BECK, POBOX 63, TORONTO, ON M5X 1B1CANADA | *VIA Deutsche Post* |
| 10925 | DAVIES, ARTHUR, 3912 CENTER ST, LAKE CHARLES, LA 70607 | |
| 10925 | DAVIES, ARTHUR, 8456 W. BON VIEW DR, RICHMOND, VA 23235 | |
| 10925 | DAVIES, DANIEL, 1359 GRAND AVE., 803, NEWPORT, KY 41071-2575 | |
| 10925 | DAVIES, DAVID, 329 LANTANA DRIVE, OWINGS MILLS, MD 21117 | |
| 10925 | DAVIES, DEBRA H, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | DAVIES, DEBRA, 9815 OWEN BROWN ROAD, COLUMBIA, MD 21045 | |
| 10925 | DAVIES, DINA, 1137 N OLD WORLD THIRD ST, MILWAUKEE, WI 53203 | |
| 10925 | DAVIES, KIMBERLY, 4280 REFLECTIONS, SUNRISE, FL 33351 | |
| 10925 | DAVIES, WAYNE, 3912 CENTER ST., LAKE CHARLES, LA 70607 | |
| 10925 | DAVIES, WENDY, 14 E 96 ST APT 5, NEW YORK, NY 10128 | |
| 10925 | DAVIESS COUNTY ATTORNEY, PO BOX 14059, LEXINGTON, KY 40512 | |
| 10925 | DAVIESS COUNTY BOARD OF EDUCATION, PO BOX 21510, OWENSBORO, KY 42302-1510 | |
| 10925 | DAVIESS COUNTY SHERIFF, 121 ST. ANN ST, OWENSBORO, KY 42303-4146 | |
| 10925 | DAVIESS COUNTY SHERIFF, 212 ST ANN ST, OWENSBORO, KY 42303-4146 | |
| 10925 | DAVILA, ANTONIO, 7747 S. LINDER, BURBANK, IL 60459 | |
| 10925 | DAVILA, BLANCA, PO BOX 943, JUNCOS, PR 00777 | |
| 10925 | DAVILA, CRESPIN, 201 CORONADO, HOUSTON, TX 77009 | |
| 10925 | DAVILA, DAVID, 103 KEMTON, HOUSTON, TX 77012 | |
| 10925 | DAVILA, HOLLI, 6800-103 WINDING CEDAR TRAIL, CHARLOTTE, NC 28212 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DAVILA, JUDITH, RT 1 BOX 305T, EDINBURG, TX 78539 | |
| 10925 | DAVILA, LUIS, 10125 TWIN LK DR, CORAL SPRINGS, FL 33071 | |
| 10925 | DAVILA, MICHAEL, 547 KENDALIA, SAN ANTONIO, TX 78221 | |
| 10925 | DAVILA, OSCAR, 58 ALAMO ST., EDINBURG, TX 78539 | |
| 10925 | DAVILA, PEDRO, 1104 N. KAREN, HEBBRONVILLE, TX 78361 | |
| 10925 | DAVILA, RAUL, 317 VERNON AVE, LUBBOCK, TX 79415 | |
| 10925 | DAVILA, SANDRA, 514 W. 8TH, DUMAS, TX 79029 | |
| 10925 | DAVILA, WALLY, 1402 MELROSE #E, VICTORIA, TX 77901 | |
| 10925 | DAVIS & COMPANY, 2800 PARK PLACE, 666 BURRARD ST, VANCOUVER, BC V6C 2Z7CANADA | *VIA Deutsche Post* |
| 10925 | DAVIS & GILBERT, 1740 BROADWAY, NEW YORK, NY 10019 | |
| 10924 | DAVIS & WARSHOW, 57-22 49TH STREET, MASPETH, NY 11378 | |
| 10924 | DAVIS & YOUNG, 1700 MIDLAND BLDG, CLEVELAND, OH 44113 | |
| 10924 | DAVIS ACADEMY, C/O SOUTHEAST RESTORATION, ROSWELL, GA 30075 | |
| 10924 | DAVIS ACADEMY, ROBERTS DRIVE, DUNWOODY, GA 30338 | |
| 10924 | DAVIS ACCOUSTICAL CORP, 16965 MASONIC, FRASER, MI 48026 | |
| 10924 | DAVIS ACCOUSTICAL CORPORATION, C/O RIVERSIDE GENERAL HOSPITAL, MORENO VALLEY, CA 92555 | |
| 10924 | DAVIS ACCOUSTICAL, ITT ADDITION, AUBURN HILLS, MI 48321 | |
| 10924 | DAVIS ACOUSTICAL CO. OF CONNECTICUT, EAST HARTFORD, CT 06108 | |
| 10924 | DAVIS ACOUSTICAL CO. OF CONN.,INC., CAMBRIDGE, MA 02140 | |
| 10924 | DAVIS ACOUSTICAL CORP, CAMBRIDGE, MA 02140 | |
| 10924 | DAVIS ACOUSTICAL, 12 POLK STREET, TROY, NY 12180 | |
| 10924 | DAVIS ACOUSTICAL, 2130 SOUTH DUPONT DR., ANAHEIM, CA 92806 | |
| 10924 | DAVIS ACOUSTICAL, 4 TYLER ST, TROY, NY 12180 | |
| 10924 | DAVIS ACOUSTICAL, CAMBRIDGE, MA 02140 | |
| 10924 | DAVIS ACOUSTICAL/UCI ARTS & HUMAN., C/O ACOUSTICAL MATERIAL SUPPLY, IRVINE, CA 92714 | |
| 10925 | DAVIS APPLIANCE REPAIR, 4024 TROLLEY LANE RD, AIKEN, SC 29801 | |
| 10925 | DAVIS APPLIANCE REPAIR, 4024 TROLLEY LINE RD., AIKEN, SC 29801 | |
| 10925 | DAVIS APPLIED TECHNOLOGY CENTER, 550 E 300 S, KAYSVILLE, UT 84037 | |
| 10924 | DAVIS BLOCK CONCRETE, PO BOX126, SOLDOTNA, AK 99669 | |
| 10924 | DAVIS BLOCK, 7890 LAKE OTIS PARKWAY, ANCHORAGE, AK 99507 | |
| 10924 | DAVIS BLOCK, MILE 94 1/2 STERLING HWY, SOLDOTNA, AK 99669 | |
| 10924 | DAVIS BLOCK, PO BOX126, SOLDOTNA, AK 99669 | |
| 10924 | DAVIS BROTHERS INC    ., P O BOX 499, SAVANNAH, TN 38372 | |
| 10924 | DAVIS BROTHERS INC, P.O. BOX 1177, SAVANNAH, TN 38372 | |
| 10924 | DAVIS BROTHERS INC., HWY 64 WEST, CRUMP, TN 38327 | |
| 10925 | DAVIS BUSINESS SYSTEMS INC, PO BOX 698, LAURENS, SC 29360 | |
| 10925 | DAVIS CARTER SCOTT LTD, 8260 GREENSBORO DR, MCLEAN, VA 22102 | |
| 10924 | DAVIS CONCRETE COMPANY, INC., 635 OLD PHILADELPHIA ROAD, ABERDEEN, MD 21001 | |
| 10924 | DAVIS CONCRETE PRODUCTS, 2109  24TH STREET, PHENIX CITY, AL 36867 | |
| 10924 | DAVIS CONCRETE PRODUCTS, P.O. BOX 697, PHENIX CITY, AL 36868 | |
| 10924 | DAVIS CONCRETE PRODUCTS, PO BOX 697, PHENIX CITY, AL 36868 | |
| 10925 | DAVIS CORE & PAD CO. INC., 1140 DAVIS ROAD, CAVE SPRING, GA 30124 | |
| 10925 | DAVIS COUNTRYSIDE TRAILER, 11106 PERRY ROAD, PAVILION, NY 14525 | |
| 10925 | DAVIS COUNTY ASSESSOR, PO BOX 618, FARMINGTON, UT 84025 | |
| 10925 | DAVIS CRAWFORD, PATRICIA, 4037 38TH PL N, ARLINGTON, VA 22207-4661 | |
| 10924 | DAVIS ELECTRIC C/O ROLLING GREEN AP, 1 HOKE SMITH BLVD, GREENVILLE, SC 29615 | |
| 10925 | DAVIS ELECTRICAL CONSTRUCTORS, INC, PO BOX 1907, GREENVILLE, SC 29602 | |
| 10925 | DAVIS EXECUTIVE SERVICES & SERVICES, 2820 SUMMER OAKS DR., BARTLETT, TN 38134 | |
| 10925 | DAVIS FEDER, PO BOX 6829, GULFPORT, MS 39506 | |
| 10924 | DAVIS FROST CO., THE, 1209 N.E. TYLER STREET, MINNEAPOLIS, MN 55413 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 DAVIS HIGH SCHOOL, 212 SOUTH 6TH AVENUE, YAKIMA, WA 98902

10925 DAVIS III, NAT H, 4265 SAN FELIPE #610, HOUSTON, TX 77027-2913

10925 DAVIS INSTRUMENT MFG CO, 4701 MOUNT HOPE DR, BALTIMORE, MD 21215

10925 DAVIS INSTRUMENT MFG CO, INC, 4701 MT. HOPE DR,, BALTIMORE, MD 21215

10924 DAVIS INTERNATIONAL C/O MONSANTO, HWY 90 GATE 11, LULING, LA 70070

10925 DAVIS JR, A R, 1508 MELODY LANE, GARLAND, TX 75042-8437

10925 DAVIS JR, FLOYD, 14 OLD STURBRIDGE RDARNOLD MD 21012, ARNOLD, MD 21012

10925 DAVIS JR, JACK, 2527 CRISPIN AVE, CHARLOTTE, NC 28208

10925 DAVIS JR, ROBERT, 76 CHAPEL CIRCLE, TRUSSVILLE, AL 35173

10925 DAVIS JR, S, 2825 GEORGIA AVE, NASHVILLE, TN 37209

10925 DAVIS JR., CARL, ROUTE 2 BOX 30, SWEETWATER, TX 79556

10925 DAVIS JR., EMMITT, 4333 HOPKINS AVE., DALLAS, TX 75209

10925 DAVIS JR., ROBERT, 70 CRICKET COURT, DALLAS, GA 30157

10925 DAVIS JR., STANCE, 50 STANCE DAVIS DR., WAYNESBORO, MS 39367

10924 DAVIS MANUFACTURING, 2020 GOETZ ROAD, PERRIS, CA 92570

10924 DAVIS MASONRY, STUARTS DRAFT, VA 24477

10924 DAVIS MONTHAN AIR FORCE BASE, 5285 E. MADERA STREET, TUCSON, AZ 85707

10925 DAVIS OCCUPATIONAL MEDICINE, 825 WASHINGTON ST, NORWOOD, MA 02062

10924 DAVIS PAINT CO., 1311 IRON STREET, KANSAS CITY, MO 64116

10924 DAVIS PAINT CO., PO BOX 7589, KANSAS CITY, MO 64116

10925 DAVIS PETROLEUM, INC, PO BOX 66, HOBART, IN 46342

10925 DAVIS POLK & WARDWELL, 450 LEXINGTON AVE, NEW YORK, NY 10017

10924 DAVIS READY MIX, 2655 HILL DRIVE, MORGANTON, NC 28655

10924 DAVIS READY MIX, 5087 DENTON CHAPEL ROAD, MORGANTON, NC 28655

10925 DAVIS SR, CARL, 651 PRINCIPIO ROAD, PORT DEPOSIT, MD 21904

10925 DAVIS SR, ROBERT, PO BOX 236, PASADENA, MD 21122

10925 DAVIS SR., REGINALD, 540 AUSTIN DRIVE APT 12-B, DOUGLASVILLE, GA 30134

10925 DAVIS THOMAS, 2121 AVE OF THE STARS #3100, LOS ANGELES, CA 90067

10925 DAVIS TRAILER WORLD & COUNTRY MALL, 1640 MAIN ST, YORK, NY 14592

10925 DAVIS WIRE CORP, TODD R WIENER MCDERMOTT WILL & EME, 227 WEST MONROE ST, SUITE 3100, CHICAGO, IL 60606

10924 DAVIS WIRE/LONESTAR NORTHWEST, 2100 S. FREEWAY, BUILDING 14, PUEBLO, CO 81004

10925 DAVIS, AARON, 1716 CRAIG DRIVE, PLANO, TX 75023

10925 DAVIS, ALBERT, HC80 BOX 278C, LEESVILLE, LA 71446

10925 DAVIS, ALFRED, 11364 GARDENVIEW LN., ST LOUIS, MO 63074

10925 DAVIS, ALLEN JR, 4809 HUGHES, FT WORTH, TX 76119

10925 DAVIS, ALLEN, 223 S BATAVIA AVE, BATAVIA, IL 60510

10925 DAVIS, ALONZO, 938 WILKES CIR.491, ATLANTA, GA 30318

10925 DAVIS, AMY, 189 DUNCAN-REIDVILLE RD, DUNCAN, SC 29334

10925 DAVIS, AMY, 1964 BILLINGSLEY RD, COLUMBUS, OH 43235

10925 DAVIS, AMY, 4921 SOUTHWARK DR N, JACKSONVILLE, FL 32257

10925 DAVIS, ANNABELLE, 158 RED OAK DRIVE, JOPLIN MO, MO 64834

10925 DAVIS, ANNE, 1200 HIBISCUS AVE. #307, POMPANO BEACH, FL 33062

10925 DAVIS, ANTHONY, 67 ELMORE AVE #12, ENGLEWOOD, NJ 07631

10925 DAVIS, APRIL, 43 SPRING ST, WEST PELZER, SC 29669

10925 DAVIS, ARLENE, 5790 DOVE DR., HOPE MILLS, NC 28348

10925 DAVIS, ARTHUR A, 341 SCOTTSDALE DR, WILMINGTON, NC 28405-6772

10925 DAVIS, ARTHUR, 613 W CONCORD ST, MORGANTON, NC 28655-4419

10925 DAVIS, BARBARA, 222 W MAIN ST, LUCAS, OH 44843

10925 DAVIS, BARBARA, 2918 VALLEY CIRCLE, LANCASTER, TX 75134

10925 DAVIS, BENNY, 12 OAK ST BOX 218, STARTEX, SC 29377-9999

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DAVIS, BETH, 435 S. 8TH AVE, WEST BEND, WI 53095

10925 DAVIS, BETTY, 4606 LAUREL RIDGE CT., CINCINNATI, OH 45244

10925 DAVIS, BEVERLY, 114 WILLOWOOD DR, SPARTANBURG, SC 29303

10925 DAVIS, BEVERLY, 3213 CREST DR, BAKERSFIELD, CA 93306

10925 DAVIS, BILLY, 2954 MOFFETT, WICHITA FALLS, TX 76308

10925 DAVIS, BOB, 704 W MONROE ST, PLANT CITY, FL 33566-1620

10925 DAVIS, BONNIE, 2157 ERANS COURT, 203, FALLS CHURCH, VA 22043

10925 DAVIS, BRADLEY, 155 SIXTH ST, LOWELL, MA 01850

10925 DAVIS, BRENDA, 5404 SUSSEX AVE, SHREVEPORT, LA 71108

10925 DAVIS, BRENDA, RR1 BOX 174, LAKE VILLAGE, IN 46349

10925 DAVIS, BRETT, 1964 BILLINGSLEY RD, COLUMBUS, OH 43235

10925 DAVIS, BRIAN, 121 EAST WILLIAMS ST, KENT, OH 44240

10925 DAVIS, BRIAN, 4800 FAIRWAY APT 12A, WICHITA FALLS, TX 76310

10925 DAVIS, BRICKLEY, 5706 LARCH ST, LAKE CHARLES, LA 70605

10925 DAVIS, BRUCE, 212 E COLLEGE ST, STANLEY, NC 28164

10925 DAVIS, BRUCE, 8023 EASTERN AVE., SILVER SPRING, MD 20910

10925 DAVIS, BRYAN, PO BOX 877, DUNCAN, SC 29334

10925 DAVIS, BUCKLEY, 3800 GASLITE SQUARE DR, ISLIP, IL 60658

10925 DAVIS, C, 2 WALNUT HALL LN, GREENVILLE, SC 29615

10925 DAVIS, CAROL, 2207 CARTWRIGHT ST, IRVING, TX 75062

10925 DAVIS, CAROLYN, 4012 LAKE TRAIL, KENNER, LA 70065

10925 DAVIS, CELESTE, 613 NORTH SPRING, INDEPENDENCE, MO 64050

10925 DAVIS, CHARLENE, 48 VAUGHN DRIVE, NEWARK, NJ 07103

10925 DAVIS, CHARLES, 1512 WINDSOR RD, PERRY, GA 31069

10925 DAVIS, CHARLES, 525 RADNOR AVE., BALTIMORE, MD 21212

10925 DAVIS, CHARLES, 5753 CHEYENNE CIR, VA BEACH, VA 23462

10925 DAVIS, CHARLES, PO BOX 506, WARE SHOALS, SC 29692

10925 DAVIS, CHERI, 7217 RAMADA, EL PASO, TX 79912

10925 DAVIS, CHERYL, 5322 STUFFEL ROAD, MORRISTOWN, TN 37814

10925 DAVIS, CHERYL, 908 W. ORIENT ST, TAMPA, FL 33603

10925 DAVIS, CHRISTY, 4012 LAKE TRAIL, KENNER, LA 70065

10925 DAVIS, CINDY, 702 COMFREY, KELLER, TX 76248

10925 DAVIS, CISLYN, 13030 AUDELIA #2126, DALLAS, TX 75243

10925 DAVIS, CLAIRE, 41 MILFORD ST, BROOKLINE, NH 03033

10925 DAVIS, CLIFFORD, 1521 BERRY PATCH LANE, GRANDBURY, TX 76048

10925 DAVIS, CLIFFORD, 210 E CRANBERRY LANE, GREENVILLE, SC 29615

10925 DAVIS, CRAVE, 1005 EAST MAIN, BARTOW, FL 33830

10925 DAVIS, CYNDEE, POBOX 63, HOBBS, NM 88240

10925 DAVIS, D, 6 BIRCH ST, MENDHAM, NJ 07945

10925 DAVIS, D., 10714 MEADOW STABLE LANE, UNION, KY 41091

10925 DAVIS, DAN, 2003 SENTRY CIRCLE, ODENTON, MD 21113

10925 DAVIS, DANA, 2902 ALDER POINT DRIVE, ROSEVILLE, CA 95661

10925 DAVIS, DAVID, 715 AZALEA AVE, FT. PIERCE, FL 33452

10925 DAVIS, DE-ALDA, 102 LAKESIDE COURT ROLLING GREEN VILLAGE, GREENVILLE, SC 29615-9998

10925 DAVIS, DEBBRA, 539 J ST, SPARKS, NV 89431

10925 DAVIS, DEBORAH, 110 PRUITT DR, GREENVILLE, SC 29607

10925 DAVIS, DEBORAH, 4526 #2 ROSEVINE PLACE, CHARLOTTE, NC 28217

10925 DAVIS, DEBORAH, 7023 ARCADIA, ST LOUIS, MO 63130

10925 DAVIS, DEBORAH, 751 N. OAK RIDGE DRIVE, BRANDON, MS 39042

10925 DAVIS, DEBRA, 10606 BROOKLET DRIVE, #124, HOUSTON, TX 77099

10925 DAVIS, DEBRA, 1830 S FRANKLIN, SPRINGFIELD, MO 65807

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  DAVIS, DEEDRA, 229 CEDAR DR., PEACHTREE CITY, GA 30269

10925  DAVIS, DEEYA, 1000 N LOOP RD, HUNTSVILLE, AL 35816

10925  DAVIS, DEIRDRE, 963 MORNINGSTAR DR, AKRON, OH 44307

10925  DAVIS, DELORIS, 3538 N 10TH ST, MILWAUKEE, WI 53206

10925  DAVIS, DENEILE, PO BOX 450, GIBSONIA, PA 15044

10925  DAVIS, DESILVA, 5110 W ENCANTO, PHOENIX, AZ 85035

10925  DAVIS, DIANE, 3555 S.W. 40TH AVE, OKEECHOBEE, FL 34974

10925  DAVIS, DIANE, 5408 HOUSTON RF, MACON, GA 31206

10925  DAVIS, DIANNE, 2208 WINSTEAD DR #4315, DALLAS, TX 75214

10925  DAVIS, DON, 108 TIDWELL, PO BOX 571, STEPHENS, AR 71704

10925  DAVIS, DON, 2008 ROSE ST, IRVING, TX 75061

10925  DAVIS, DON, PO BOX 448, WEST UNION, SC 29696

10925  DAVIS, DONALD, 326 MADISON ST, ROANOKE RAPIDS, NC 27870

10925  DAVIS, DONNA, 701 CROCKETT RD, PALESTINE, TX 75801

10925  DAVIS, DONNA, 8 GRIGGS DR, GREENVILLE, SC 29611

10925  DAVIS, DORIS, 403 E SHARP, FORREST CITY, AR 72335

10925  DAVIS, DORIS, 7603 B MASSEY WAY, ELKINS PARK, PA 19027

10925  DAVIS, DOUGLAS, PO BOX 457, CHICORA, PA 16025

10925  DAVIS, E BYRON, 1765 N E 6TH COURT, FT LAUDERDALE, FL 33304-3441

10925  DAVIS, EDDIE, 2704 RINCON DR., GRAND JCT., CO 81503

10925  DAVIS, EDDIE, 404 W YELLOWWOOD DRIVE, SIMPSONVILLE, SC 29680

10925  DAVIS, EDWARD, 19110 MILL FERRY, KATY, TX 77449

10925  DAVIS, EDWIN, 103 MARTINDALE DRIVE, SIMPSONVILLE, SC 29681

10925  DAVIS, EGBERT, 1626 PAISLEY ST, NW, PALMBAY, FL 32907

10925  DAVIS, EILEEN, 18661 RAVENNA ROAD, MANTUA, OH 44255

10925  DAVIS, ELIZABETH, 1606 ANN ST, PISCATAWAY, NJ 08854

10925  DAVIS, ELLA, 2229 W. MONONA DR., PHOENIX, AZ 85027

10925  DAVIS, ERICA, 62 NOBLE ST, NEWTON, MA 02165

10925  DAVIS, EVERETT, 14 MILES ST, HARWICHPORT, PA 02646

10925  DAVIS, FARRON, 248 WILLOW ST., RACELAND, LA 70394

10925  DAVIS, FAYE, 43 SPRING ST, W PELZER, SC 29669

10925  DAVIS, FLOYD KENT, 14 OLD STURBRIDGE RD, ARNOLD, MD 21012-2554

10925  DAVIS, GAIL, 1221 7TH ST, PERRY, IA 50220

10925  DAVIS, GARY, 2903 ROCKROSE AVE, BALTIMORE, MD 21215

10925  DAVIS, GEORGE, 2724 NW 17TH, OKLA CITY, OK 73107

10925  DAVIS, GERALD, 130 VINEHILL RD, GREENVILLE, SC 29607

10925  DAVIS, GLEN, 2665 REID ROAD, OWENSBORO, KY 42303

10925  DAVIS, GLENN, 937 DEKALB PIKE PO, GWEYNEDD, PA 19436

10925  DAVIS, GLORIA, 2312 HARRISON, FORT WORTH, TX 76110

10925  DAVIS, GRAHAM & STUBBS LLC, 1550 17TH ST, SUITE 500, DENVER, CO 80202

10925  DAVIS, GRAHAM & STUBBS, SUITE 4700, 370 SEVENTEENTH ST, DENVER, CO 80201-0185

10925  DAVIS, GREGGORY, 43 WILLIAMS ST, N EASTON, MA 02356

10925  DAVIS, HAMPTON, 3103 N TWIN CITY HWY SP12, NEDERLAND, TX 77627

10925  DAVIS, HAROLD, 4 BROOKING COURT #201, TIMONIUM, MD 21093

10925  DAVIS, HAROLD, 840 WESTERN TRAIL, KELLER, TX 76248

10925  DAVIS, HATTIE, 634 PRESTON ROAD, PELZER, SC 29669

10925  DAVIS, HEATHER, 1454 GLADIOLAS DR, WINTER PARK, FL 32792

10925  DAVIS, HELEN, 4699 CONTINENTAL DR #350, HOLIDAY, FL 34690-5677

10925  DAVIS, HENRY, 2790 PARK CHASE DR, SNELLVILLE, GA 30278

10925  DAVIS, HENRY, 333 CHATHAM ST, 22, LYNN, MA 01902-2144

10925  DAVIS, HERSHEL, 3931 EAST ROAD 540-A, LAKELAND, FL 33813-9998

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DAVIS, HOPE, 302 B DARDEN DRIVE, GREENVILLE, NC 27834 | |
| 10925 | DAVIS, JACK, 290 STRATTON PARK ROAD, BELLVUE, CO 80512 | |
| 10925 | DAVIS, JAMES, 15280 HWY 221, ENOREE, SC 29335 | |
| 10925 | DAVIS, JAMES, 204 MC CALLIE FERRY ROAD, SODDY, TN 37379-9721 | |
| 10925 | DAVIS, JAMES, 218 MCSWAIN DRIVE, GREENVILLE, SC 29615 | |
| 10925 | DAVIS, JAMES, 227 MILLEN ST, SAVANNAH, GA 31401-1923 | |
| 10925 | DAVIS, JAMES, 4439 PHILLIPS DRIVE, WICHITA FALLS, TX 76308 | |
| 10925 | DAVIS, JAMES, 872 UDELL, INDIANAPOLIS, IN 46202 | |
| 10925 | DAVIS, JAMES, ROUTE 21 BOX 344, MOBILE, AL 36619 | |
| 10925 | DAVIS, JANET, 1261 STREAKER ROAD, SYKESVILLE, MD 21784 | |
| 10925 | DAVIS, JANETTE, 313 WHITEHALL DR., CORPUS CHRISTI, TX 78412 | |
| 10925 | DAVIS, JANICE, 307 TODD ST, BELMONT, NC 28012 | |
| 10925 | DAVIS, JAY BLISS, 1405 12TH ST, OGDEN, UT 84404 | |
| 10925 | DAVIS, JAY, 1405 12 ST, OGDEN, UT 84404 | |
| 10925 | DAVIS, JEANETTE, 1439 WASHINGTON AVE, SEVERN, MD 21144 | |
| 10925 | DAVIS, JEANNE, 35298 NIELSEN DRIVE, ROUND LAKE, IL 60073 | |
| 10925 | DAVIS, JEANNETTE, PO BOX 1580, MEEKER, CO 81641 | |
| 10925 | DAVIS, JEFFREY, 3036 PIONEER, FORT WORTH, TX 76119 | |
| 10925 | DAVIS, JEFFREY, 904 LINCOLN ST., CRAIG, CO 81625 | |
| 10925 | DAVIS, JENNIFER, 210 WHITTENTON ST, TAUNTON, MA 02780 | |
| 10925 | DAVIS, JEROME, 21003 WARRIOR DR WARRIOR DR, MATOACA, VA 23803 | |
| 10925 | DAVIS, JESSE, 12301 FEATHERWOOD DR, SILVER SPRING, MD 20904 | |
| 10925 | DAVIS, JESSICA, 4776 ST RT 93, IRONTON, OH 45638 | |
| 10925 | DAVIS, JEWELL, 1910 KILGORE BRIDGE RD, WOODRUFF, SC 29388 | |
| 10925 | DAVIS, JILL, 1655 HAVOVER ST, CUYAHOGA FALLS, OH 44221 | |
| 10925 | DAVIS, JIM, 1612 S ARLINGTON DRIVE, SENECA, SC 29672 | |
| 10925 | DAVIS, JIMMIE, 184 YOUNGBLOOD RD, MINDEN, LA 71055 | |
| 10925 | DAVIS, JIMMY, RT. 5, BOX 46, JACKSONVILLE, TX 75766 | |
| 10925 | DAVIS, JO, 1564 HIDDEN RIVER, GRAHAM, NC 27253 | |
| 10925 | DAVIS, JOANNE, 3644 W PALO VERDE DR, PHOENIX, AZ 85019 | |
| 10925 | DAVIS, JOE, 150 MC LEROY DR, ATHENS, GA 30606 | |
| 10925 | DAVIS, JOE, 417 E IDA, ELECTRA, TX 76360 | |
| 10925 | DAVIS, JOEY, 112 MARTIN COURT, WILLIAMSTON, SC 29697 | |
| 10925 | DAVIS, JOHN C & PATRICIA A, GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | DAVIS, JOHN, 480L KNIGHTS LOOP, PLANT CITY, FL 33566 | |
| 10925 | DAVIS, JOHN, PO BOX 801, SANTA FE, TX 77510 | |
| 10925 | DAVIS, JOHN, RT 2 BOX 84, WHITAKERS, NC 27891 | |
| 10925 | DAVIS, JOSEPH, 274 WILLIAM ST, BELLEVILLE, NJ 07109 | |
| 10925 | DAVIS, JOSEPH, 6424 W. LARMON ST, TAMPA, FL 33614 | |
| 10925 | DAVIS, JOYCE, 1273 COLUMBUS AVE, MORGAN CITY, LA 70380 | |
| 10925 | DAVIS, JOYCE, PO BOX 742, GARYSBURG, NC 27851 | |
| 10925 | DAVIS, JR, CHRISTOPHER, 6223 FAIR OAKS AVE, BALTIMORE, MD 21214 | |
| 10925 | DAVIS, JUDITH E, 816 WILLIAMS RD, FT WORTH TX, TX 76112 | |
| 10925 | DAVIS, JUDY, PO BOX 7713, COLORADO SPRINGS, CO 80933 | |
| 10925 | DAVIS, KAREN, 12325 WESTRIDGE DR, RENO, NV 89511 | |
| 10925 | DAVIS, KARL, 89 INDIAN ROCK RD, MERRIMACK, NH 03054 | |
| 10925 | DAVIS, KARON, 103 WREN ST, CLEMSON, SC 29631 | |
| 10925 | DAVIS, KATHLEEN, 6539 N PIMA AVE, FRESNO, CA 93722 | |
| 10925 | DAVIS, KATHRYN, 4253 NORDALE DR, MONTGOMERY, AL 36116 | |
| 10925 | DAVIS, KATHY H, PO BOX 15461 BROAD ST, SURFSIDEBEACH, SC 29575 | |
| 10925 | DAVIS, KEITH, 100 THEO CIR APT 3, WOODRUFF, SC 29388 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DAVIS, KENDALL, 4008 38 ST #5, BRENTWOOD, MD 20722

10925   DAVIS, KENNETH, PO BOX 451, UKIAH, CA 95482

10925   DAVIS, KENT, 200 OLD SC 11, TRAVELERS RES, SC 29690-8904

10925   DAVIS, KERRI, 60 HOLSENBECK DR., OXFORD, GA 30054

10925   DAVIS, KEVIN, 6722 COLLINSDALE ROA, BALTIMORE, MD 21234

10925   DAVIS, KEVIN, PO BOX 5, DUNN LORRING, VA 22027

10925   DAVIS, KEVIN, RT. 1, BOX 189-B, MONTICELLO, MS 39654

10925   DAVIS, KHRISTIE, 704 W. DORMARD, MIDLAND, TX 79705

10925   DAVIS, KIM, 7986 ELMHURST, RANCH CUCAMONGA, CA 91730

10925   DAVIS, KIMBERLY, 260 JORDAN AVE, MACON, GA 31201

10925   DAVIS, KOFI, 11318 EVANS TRAIL #T2, BELTSVILLE, MD 20705

10925   DAVIS, KRISTIN, 1440 N ST NW #908, WASHINGTON, DC 20005

10925   DAVIS, L, 249 COPPER MOUNTAIN RD, TROY, MT 59935-9531

10925   DAVIS, LAELLA, 1417 S 7TH ST, LANETT, AL 36863

10925   DAVIS, LANA, RT1 LOT 15, MANTENO, IL 60950

10925   DAVIS, LANDER, ROUTE 1 BOX 477, LAURENS, SC 29360

10925   DAVIS, LARRY, 100 W STABLEGATE RD, GREENVILLE, SC 29615

10925   DAVIS, LAURA, 4726 ARBOR DRIVE, 301, ROLLING MEADOW, IL 60008

10925   DAVIS, LAURA, 584 BRYN MAWR, PARK CITY, IL 60085

10925   DAVIS, LAURENS, 2604 CASTLE HAYNE ROAD, WILMINGTON, NC 28401

10925   DAVIS, LEAKEITH, 17 DAVID DRIVE, NORTH BRUNSWICK, NJ 08902

10925   DAVIS, LEASIL, RT #3 BOX 3398, MYTON, UT 84052

10925   DAVIS, LESIA, POBOX 754, HAYNEVILLE, AL 36040

10925   DAVIS, LESLIE, 405 MELODY WOOD DRIVE, FRIENDSWOOD, TX 77546-2855

10925   DAVIS, LINDA, 1521 BASIN ST, BLYTHEVILLE, AR 72315

10925   DAVIS, LISA, 1319 AVE G, MARRERO, LA 70072

10925   DAVIS, LLOYD, 1023 W GRAMERCY PL, SAN ANTONIO, TX 78201

10925   DAVIS, LOIS, 710 GAP CREEK ROAD, DUNCAN, SC 29334-9802

10925   DAVIS, LONZA, 1103 LEADENHALL ST, BALTIMORE, MD 21230

10925   DAVIS, LORETTA, 12401 NW HWY 326, OCALA, FL 34482

10925   DAVIS, LORRAINE, 922 SYCAMORE ST, ROCKY MOUNT, NC 27801

10925   DAVIS, LUCINDA, 403 W OPAL, SHAMROCK, TX 79079

10925   DAVIS, LUEVON, 3349 S INDIANA AVE, CHICAGO, IL 60618

10925   DAVIS, LURETTA, 7647 SPENCER ROAD, GLEN BURNIE, MD 21061-7669

10925   DAVIS, LYNN, 200 OLD S C 11, TRAVELERSREST, SC 29690-8904

10925   DAVIS, M, 1007 NORMAL ST, HENRY, IL 61537

10925   DAVIS, M, 2109 S EDWARDS ROAD, FORT PIERCE, FL 34982

10925   DAVIS, M, 2906 S VERNON, AMARILLO, TX 79103

10925   DAVIS, MARCUS, 2350 CLOVERDALE DR, ATLANTA, GA 30316

10925   DAVIS, MARGARET, RT. 1, BOX 89, HILTONS, VA 24258-0089

10925   DAVIS, MARIA, 4736 LEISURE MANOR, INDIANAPOLIS, IN 46241

10925   DAVIS, MARIAN, 101 GREEN APPLE WAY, SIMPSONVILLE, SC 29681

10925   DAVIS, MARILYN, 4637 SPRINGLAKE DR, SAN LEANDRO, CA 94578

10925   DAVIS, MARK, 11 WALLINGFORD RISE, FAIRPORT, NY 14450

10925   DAVIS, MARK, 2151 WESTEDGE DRIVE, TOLEDO, OH 43614

10925   DAVIS, MARK, RT. 1 BOX 93-A, MCCOMB, MS 39648

10925   DAVIS, MARQUETT, 4341 PENELOPE ST., DALLAS, TX 75210

10925   DAVIS, MARTHA, 2801 HARVEST LAKE, IRVING, TX 75060

10925   DAVIS, MARTHA, 6717 BREEN, HOUSTON, TX 77086

10925   DAVIS, MARVIN, 3500 HOWARD PARK AVE, BALTIMORE, MD 21207

10925   DAVIS, MARY, 105 HUNTER ROAD, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DAVIS, MARY, 1117 WHITNEY AVE., GRETNA, LA 70053

10925   DAVIS, MARY, 521 STEAM MILL, JACKSON, TN 38301

10925   DAVIS, MATTHEW, 5119 MCCARTY, AMARILLO TX, TX 79110

10925   DAVIS, MATTIE, 3867 LOG CABIN DR #3, MACON, GA 31206

10925   DAVIS, MELISSA, 6811 AGUA CALIENTES, SAN ANTONIO, TX 78239

10925   DAVIS, MICHAEL, 82 BRICK KILN RD, 4106, CHELMSFORD, MA 01824

10925   DAVIS, MILDRED, 7428 ARTHUR ST, OAKLAND, CA 94605

10925   DAVIS, MONROE, 202 WOOD TRAIL DRIVE, WILLIAMSTON, SC 29697

10925   DAVIS, NANCY, RT 4, BOX 606, TARBORO, NC 27886

10925   DAVIS, NATHAN, 12751 WHITTINGTON DR#121, HOUSTON, TX 77077

10925   DAVIS, NEILA, RT. 2, BOX 424 BOX 424, ANNA, IL 62906

10925   DAVIS, ODIE, 3172 OLD MOBILE HWY, RT 8 BOX 103, LUCEDALE, MS 39452

10925   DAVIS, PAMELA, 1380 ELMWOOD CT, CLEVELAND, OH 44116

10925   DAVIS, PAMELA, RT.6 BOX 201, ST. ANNE, IL 60901

10925   DAVIS, PARTICIA, PO BOX 737, BRADLEY, AR 71826

10925   DAVIS, PAT, 213 DESOTO RD, CARENCRO, LA 70520

10925   DAVIS, PATRICIA, 111 HOPE LANE, IOWA PARK, TX 76367

10925   DAVIS, PATRICIA, 246 N HAMMES, KANKAKEE, IL 60901

10925   DAVIS, PATRICIA, PO BOX 1254, HEREFORD, TX 79045

10925   DAVIS, PAUL, 11718 MASSINGER, LAKEWOOD, CA 90715

10925   DAVIS, PAUL, 1207 MULBERRY DRIVE, MARBLE FALLS, TX 78654

10925   DAVIS, PAUL, 200 MIRACLE 4-A, ANDERSON, SC 29622

10925   DAVIS, PAUL, 8150 E CENTURY CIR, #3, INDIANAPOLIS, IN 46260

10925   DAVIS, PAULA, 1314 MADISON ST NW, WASH, DC 20011

10925   DAVIS, PAULA, 1606 ANN ST, PISCATAWAY, NJ 08854

10925   DAVIS, PC, CRAIG K., 1901 ASSEMBY ST , SUITE 275, COLUMBIA, SC 29201

10925   DAVIS, PENNY, PO BOX 3023, FORREST CITY, AR 72335

10925   DAVIS, PERRY, PO BOX 114, CHEYENNE, OK 73628

10925   DAVIS, PHILLIP, 2008 A W 76 ST, INDIANAPOLIS, IN 46260

10925   DAVIS, R, 1008 WHITEHORSE RD S2, GREENVILLE, SC 29605

10925   DAVIS, RAYMOND, 804 OVERBROOK RD, BALTIMORE, MD 21239

10925   DAVIS, RAYMOND, RT. 1, BOX 167, POPLARVILLE, MS 39470

10925   DAVIS, REBECCA, 526 WESTMORELAND PL, JACKSON, TN 38301

10925   DAVIS, REGINALD L, 540 AUSTIN DRIVE, DOUGLASVILLE, GA 30134

10925   DAVIS, REGINALD, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   DAVIS, RENEE, 2007 WEST CENTER, GREENWOOD, AR 72936

10925   DAVIS, RENETTE, 1852 RANCH HOUSE DR, SEMMES, AL 36575

10925   DAVIS, RESHAY, 8914 BANTING, HOUSTON, TX 77078

10925   DAVIS, REVELITA, 503 TRAILRIDGE DT., RICHARDSON, TX 75081

10925   DAVIS, REX, RTE 2 BOX 692-B, LITTLETON, NC 27850

10925   DAVIS, RICHARD M, 725 S TUCSON BLVD - APT 3110, TUCSON, AZ 85716-5659

10925   DAVIS, RICKEY, 300 OLD HWY. 24, FOXWORTH, MS 39483

10925   DAVIS, RICKY, 5074 OLD DIXIE HWY, FOREST PARK, GA 30050

10925   DAVIS, RITA, 8319 RIDGEMOOR DR, RIVERDALE, GA 30296

10925   DAVIS, RITA, PO BOX 780761, SEBASTIAN, FL 32978

10925   DAVIS, ROBERT, 14 CITATION POINTE, CARTERSVILLEY, GA 30121

10925   DAVIS, ROBERT, 3940 STONEY RIDGE TRAIL, CHARLOTTE, NC 28210-6911

10925   DAVIS, ROBERT, PO BOX 13104, GREEN BAY, WI 54307-3104

10925   DAVIS, ROBERT, ROUTE 1 BIRCHWOOD PIKE PO BOX 12120, HARRISON, TN 37341-9725

10925   DAVIS, RODNEY, 100 E DIAMOND, IOWA PARK, TX 76367

10925   DAVIS, ROGER, 108 MIDDLE ST, LAURENS, SC 29364

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DAVIS, RON, 30980 E BATES RD, HAMMOND, LA 70403

10925   DAVIS, RONALD, 111 WESTOVER DR, ROANOKE RAPIDS, NC 27870

10925   DAVIS, RONALD, 1218 LAMSON CIRCLE, PITTSBURGH, PA 15241

10925   DAVIS, RONNETTE, 39120 ARGONAUT WAY, FREMONT, CA 94538

10925   DAVIS, RONNIE, STAR RT A BOX 270, HOBBS, NM 88240

10925   DAVIS, ROY, 1625 WARWICK AVE, BALTIMORE, MD 21216

10925   DAVIS, RUSSELL L, PO BOX 11, MCWILLIAMS AL, AL 36753

10925   DAVIS, RUSTY, PO BOX 23600, CHARLOTTE, NC 28212

10925   DAVIS, S, 1150 RAND AVE., MEMPHIS, TN 38127

10925   DAVIS, S, 210 POST OFFICE#B209, GALVESTON, TX 77550

10925   DAVIS, SAMUEL, 3208 FOREST LODGE CT, GLEN ALLEN, VA 23060

10925   DAVIS, SARA, 311 BORA BORA WAY, MARINA DEL REY, CA 90292

10925   DAVIS, SARA, RT 3 BOX 274, ROGERSVILLE, MO 65742

10925   DAVIS, SAVITRI, 1530 RHODE IS AVE, WASHINGTON, DC 20018

10925   DAVIS, SHANE, 820 E YUCCA, OXNARD, CA 93033

10925   DAVIS, SHARON, 21 CROSS CLUB DRIVE, GREENVILLE, SC 29607

10925   DAVIS, SHARON, 316 PICKETTS, MATTHEWS, NC 28105

10925   DAVIS, SHARON, 4508 BELLE PLAINE DR, CHARLOTTE, NC 28215

10925   DAVIS, SHARON, 966 GREEN CASTLE, DALLAS, TX 75232

10925   DAVIS, SHEILA, 3326 CAMARIE, MIDLAND, TX 79707

10925   DAVIS, SHEILA, 4511 SAN GABERIAL DR. S., INDIANAPOLIS, IN 46268

10925   DAVIS, STACI, 4913 OLIVE OAK WAY, CARMICHAEL, CA 95608

10925   DAVIS, STARR, 1523 WOOD AVE, CHESAPEAKE, VA 23325

10925   DAVIS, STEPHEN V, 1555 MESA VERDE DR EAST #57-H, COSTA MESA, CA 92626

10925   DAVIS, STEPHEN, 3500 N HAYDEN RD #1306, SCOTTSDALE, AZ 85251

10925   DAVIS, STEVEN, 400 LILY BROOK COURT, PASADENA, MD 21122

10925   DAVIS, STEVEN, 49 PROSPECT ST, EASTON, MA 02375

10925   DAVIS, SUSAN, 418 MOYE DRIVE, SANDERSVILLE, GA 31082

10925   DAVIS, SYLVIA, 211 MEYERS, HIGHLANDS, TX 77562

10925   DAVIS, SYLVIA, 4700 LAKE BORGNE AVE, METAIRIE, LA 70006

10925   DAVIS, SYLVIA, 702 EDWARDS RD, GREENVILLE, SC 29615-1207

10925   DAVIS, TAMMIE, RT 3 GUTHRIE CEMETRY, LOGANVILLE, GA 30274

10925   DAVIS, THADDEUS, 330 EAST 46TH ST, NEW YORK, NY 10017

10925   DAVIS, THEODORE, 2413 GRESS LANE, LAKELAND, FL 33805-3955

10925   DAVIS, THERESA, 1200 HOLMES ST, E, MCKEES ROCKS, PA 15136

10925   DAVIS, THOMAS, 304 RUSSELL RD, TN, TN 38301

10925   DAVIS, TIFFANY, 208 VISTA CIRCLE, CLEMSON, SC 29631

10925   DAVIS, TIMOTHY, 503 W CARLA DR, SAVANNAH, GA 64485

10925   DAVIS, TOM, 10240 HWY 58 NORTH, OOLTEWAH, TN 37363

10925   DAVIS, TOMMY, 1501 N.THOMAS LOT26, CLOVIS, NM 88101

10925   DAVIS, TOMMY, ROUTE 6 BOX 92-D, MISSION, TX 78572

10925   DAVIS, TONI, 2542 STANFORD DR., ELLENWOOD, GA 30049

10925   DAVIS, VEVELYN, 8118 LUDLOW TR. S, SAN ANTONIO, TX 78244

10925   DAVIS, VICKI, 2614 ONEAL ST, GREENVILLE, TX 75401

10925   DAVIS, VICKI, 8980 LAMAR ST. UNIT 21, SPRING VALLEY, CA 91977

10925   DAVIS, VICKIE, 14455 SW 293RD ST, LEISURE CITY, FL 33030

10925   DAVIS, VICKY, 428 HAYTER DRIVE, MORRISTOWN, TN 37813

10925   DAVIS, VICTOR, 5310 SYCAMORE CREEK, KINGWOOD, TX 77345

10925   DAVIS, VIRGINIA, 1121 CINDY ST, CROWLEY, TX 76036

10925   DAVIS, VIRGINIA, 1803 LAKE CYPRESS DR, SAFETY HARBOR, FL 34695

10925   DAVIS, WALLACE, RT 3-BOX 69, PARIS, AR 72855

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DAVIS, WALTER, 219 CHEROKEE, HEREFORD, TX 79045

10925   DAVIS, WALTER, 37 ADGER ST, PELZER, SC 29669

10925   DAVIS, WENDY, 2129 HENDRICKS DR., ARLINGTON, TX 76011

10925   DAVIS, WILLIAM, 10 SCENIC DR, OAK RIDGE, NJ 07438

10925   DAVIS, WILLIAM, 1140 S. APPLECREEK, APPLECREEK, OH 44606

10925   DAVIS, WILLIAM, 2612 CASTANADA CIR, FT WRTH, TX 76112

10925   DAVIS, WILLIAM, 415 E. JOHNSON AVE, LAKE WALES, FL 33853

10925   DAVIS, WILLIAM, 660 SOUTH FLORAL AVE, BARTOW, FL 33830-4521

10925   DAVIS, WILLIAM, PO BOX 790, PAMPLICO, SC 29583

10925   DAVIS, WILLIAM, RT 1 BOX 487, LAURENS, SC 29360

10925   DAVIS, WILLIE, 1608 RED FOX, WICHITA FALLS, TX 76304

10925   DAVIS, WILLIE, 3006A SOUTHMALL CR, MONTGOMERY, AL 36116

10925   DAVIS-ALDRIDGE, KIMBERLEE, 1302 EAST 25TH, LAWRENCE, KS 66046

10925   DAVIS-DELANEY-ARROW INC., 420 WEST 25TH ST, NEW YORK, NY 10001

10925   DAVIS-FACEY, VICTORIA, 9265 F LIVERY LANE, LIVER, LAUREL, MD 20707

10924   DAVIS-FROST, INC., 3416 CANDLER'S MOUNTAIN ROAD, PO BOX 10578, LYNCHBURG, VA 24506

10924   DAVIS-FROST, INC., PO BOX 10578, LYNCHBURG, VA 24506

10925   DAVISION CHEMICAL DIVISION, 10 E. BALTIMORE ST, BALTIMORE, MD 21202

10925   DAVISON (5230), GRACE, 4775 PADDOCK ROAD, CINCINNATI, OH 45229

10925   DAVISON CHEMICAL CO, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10924   DAVISON CHEMICAL CO, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   DAVISON CHEMICAL CO., 1800 DAVISON ROAD, S OF SULPHER, LAKE CHARLES, LA 70663

10925   DAVISON CHEMICAL CO., 213 KAOLIN ROAD, RT. 1 N, AIKEN, SC 29801

10925   DAVISON CHEMICAL CO., 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925   DAVISON CHEMICAL CO., 4775 PADDOCK ROAD, CINCINNATI, OH 45229

10925   DAVISON CHEMICAL CO., 5500 CHEMICAL ROAD, CURTIS BAY, MD 21226

10925   DAVISON CHEMICAL CO., WASHINGTON RESEARCH CENTER, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   DAVISON CHEMICAL COMPANY, 4000 N. HAWTHORNE ST., CHATTAOOGA, TN 37406

10925   DAVISON CHEMICAL, 5500 CHEMICAL ROAD, CURTIS BAY, MD 21224

10925   DAVISON CHEMICALS, PO BOX 3247, LAKE CHARLES, LA 70601

10925   DAVISON CHEMICALS-W.R.GRACE, 10 E.BALTIMORE ST, BALTIMORE, MD 21202

10925   DAVISON CREDIT UNION, PO BOX 5459, LAKE CHARLES, LA 70606

10925   DAVISON EMPLOYEES FCU, PO BOX 5459, LAKE CHARLES, LA 70606

10925   DAVISON, CLIFFORD, 804 ANGELA CIRCLE, BARLING, AR 72923-1745

10925   DAVISON-FCC-LAKE CHARLES, POBOX 3247, LAKE CHARLES, LA 70601

10925   DAVISSON, CLAUDE, 200 BRENDA DR, SHREVEPORT, LA 71115

10925   DAVISSON, MICHAEL, 1856 CHERRY AVE #M583, LONG BEACH, CA 90806

10925   DAVOLL, MAURICE, 131 WAGES RD, COLA, SC 29203

10925   DAV-TECH PLATING INC, PO BOX 836, MARLBOROUGH, MA 01752-0836

10924   DAVY MCKEE CORPORATION, ATTN: ACCOUNTS PAYABLE - HOME OFFIC, 2925 BRIARPARK, HOUSTON, TX 77042

10925   DAVY, ELIZABETH, 73 JEFFERSON COURT, FLEMINGTON, NJ 08822

10925   DAVY, WILLIAM, 2550 WELLINGTON, WICHITA FALLS, TX 76301

10925   DAVYDETS, SVETLANA, 28 RICHMAR RD., E, OWINGS MILLS, MD 21117

10924   DAW INC., 2500 S. LAKE PARK BLVD, WEST VALLEY CITY, UT 84119

10924   DAW, INC., 12552 SO. 125 WEST, DRAPER, UT 84020

10924   DAWE'S LABORATORIES, 3355 N ARLINGTON HEIGHTS, ARLINGTON HEIGHTS, IL 60004-1535

10924   DAWES LABORATORIES, 3355 N. ARLINGTON HEIGHTS, ARLINGTON HEIGHTS, IL 60004

10924   DAWE'S LABORATORIES, INTERPRISE ROAD, WEST ALEXANDRIA, OH 45381

10925   DAWES TRANSPORT INC, BOX 68-9469, MILWAUKEE, WI 53268-9469

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DAWKINS CONCRETE PRODUCTS, 1329 RUBY RD., HARTSVILLE, SC 29550 | |
| 10924 | DAWKINS CONCRETE PRODUCTS, 1455 HAGEN AVENUE, HUGER, SC 29450 | |
| 10924 | DAWKINS CONCRETE PRODUCTS, 6349 E OLD MARION HWY, FLORENCE, SC 29506 | |
| 10924 | DAWKINS CONCRETE PRODUCTS, NUCOR STEEL, CRAWFORDSVILLE, IN 47933 | |
| 10924 | DAWKINS CONCRETE PRODUCTS, P.O. BOX 1096, HARTSVILLE, SC 29550 | |
| 10924 | DAWKINS CONCRETE, 1505 RIVER ROAD, COFIELD, NC 27922 | |
| 10925 | DAWKINS, ANTHONY, 9014 CAMSHIRE DR, JACKSONVILLE, FL 32244 | |
| 10925 | DAWKINS, BELVA, 35 CROSS CREEK DRIVE, CHARLESTON, SC 29412 | |
| 10925 | DAWKINS, C, 35 CROSSCREEK DR. APT N-2, CHARLESTON, SC 29412 | |
| 10925 | DAWKINS, C, BOX 337, CANDOR, NC 27229 | |
| 10925 | DAWKINS, CHARLES, 202 E CASTLE, HOBBS, NM 88240 | |
| 10925 | DAWKINS, CHERYL, 1316 S CHADBOURNE, SAN ANGELO, TX 76901 | |
| 10925 | DAWKINS, CLARENCE, 207 RAILROAD ST, ENOREE, SC 29335 | |
| 10925 | DAWKINS, CLARENCE, 325 POTOMAC AVE, GREENVILLE, SC 29605 | |
| 10925 | DAWKINS, FREDERICK, 11 ELLISON ST, GREENVILLE, SC 29607 | |
| 10925 | DAWKINS, HAYWOOD, 105 WILLOWOOD DRIVE, INMAN, SC 29349 | |
| 10925 | DAWKINS, JEFFREY, 437 SOUTH 16TH ST, READING, PA 19606 | |
| 10925 | DAWKINS, LEWIS, 5002 CHALGROVE AVE, BALTIMORE, MD 21215-5125 | |
| 10925 | DAWKINS, MARK, 1946 S. HOSMER, TACOMA, WA 98405 | |
| 10925 | DAWKINS, MILTON, 11088 HWY 56, ENOREE, SC 29335 | |
| 10925 | DAWKINS, STEVEN, 1016 W. BERRY, HOBBS, NM 88240 | |
| 10925 | DAWKINS, TRION, 127 LYLES DR, TAYLORS, SC 29687 | |
| 10925 | DAWKINS, WILLIAM, PO BOX 3102, HOBBS, NM 88241 | |
| 10925 | DAWLEY, AUDREY, 156 HILL LANE, ELLENWOOD, GA 30049 | |
| 10925 | DAWLEY, STACEY, 127 SHAKER RD, GRAY, ME 04039 | |
| 10925 | DAWN GRAHAM &, ADAM DARMSTADT JT TEN, HCRI BOX 88, PALENVILLE, NY 12463 | |
| 10925 | DAWN MILLER, 3401 NORTH MOORINGS WAY, COCONUT GROVE, FL 33133-6537 | |
| 10925 | DAWN SCIENTIFIC, 164 EMMET ST., NEWARK, NJ 07114-2790 | |
| 10925 | DAWN STEWART RAMSEY, 200 CORINTH CT, ROSWELL, GA 30075-3564 | |
| 10925 | DAWSEY, REGINALD, 96 ELLIS AVE, IRVINGTON, NJ 07111 | |
| 10925 | DAWSEY, TERRY, 710 CHURCH ST, COLUMBIA, MS 39429 | |
| 10925 | DAWSON ASSOCIATES, INC, PO BOX 846, LAWRENCEVILLE, GA 30046 | |
| 10925 | DAWSON JT TEN, ATHOL A & JOAN, 1909 169TH PL SE, BOTHELL, WA 98012-6471 | |
| 10924 | DAWSON READY MIX, 5674 HIGHWAY 53 EAST, DAWSONVILLE, GA 30534 | |
| 10925 | DAWSON READY MIX, BOX 7010, DAWSONVILLE, GA 30534 | |
| 10924 | DAWSON READY MIX, ROUTE 7 - 5674 HWY 53 EAST, DAWSONVILLE, GA 30534 | |
| 10925 | DAWSON, BELINDA, 3671 GRAYBORN AVE, LOS ANGELES, CA 90018 | |
| 10925 | DAWSON, BRADFORD, 2601 MISTLETOE ST., VICTORIA, TX 77901 | |
| 10925 | DAWSON, DANEEN, 273 CIRCLE DR, SHEPHERDSVILLE, KY 40165 | |
| 10925 | DAWSON, DONNA L., 7 STRATTON WAY, BRANFORD, CT 06405 | |
| 10925 | DAWSON, DORIS, 25 FAIRMONT ROAD, SALEM, NH 03079 | |
| 10925 | DAWSON, EDWARD, 1000 MOORE, ATHENS, TN 37303 | |
| 10925 | DAWSON, HARVEY, 1039 S. MARLYN AVE, BALTIMORE, MD 21221 | |
| 10925 | DAWSON, JAMES M JR, 5209 FAIRWAY DRIVE, MADISON, WI 53711 | |
| 10925 | DAWSON, JAMES, 44 MARKET ST, SOUTHPORT, IN 46227 | |
| 10925 | DAWSON, JOHN, 9 GRAPE ARBOR LANE, FOUNTAIN INN, SC 29644 | |
| 10925 | DAWSON, JULIA, 623 N CHARLES ST, ARLINGTON HEIGHTS, IL 60004-4019 | |
| 10925 | DAWSON, L, 218 PEARL, MEREDOSIA, IL 62665 | |
| 10925 | DAWSON, LARRY, 210 BROOKHAVEN DR, NITRO, WV 25143 | |
| 10925 | DAWSON, MARK, 7 ADAMBROOK COURT, MAULDIN, SC 29662 | |
| 10925 | DAWSON, MARY, 6638 AMETHYST ST., ALTA LOMA, CA 91737 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DAWSON, PHILLIP, 2060 GLADE LANE, LEXINGTON, KY 40513

10925   DAWSON, ROBERT, 110 MEMORY LANE, LAFAYETTE, LA 70506

10925   DAWSON, ROBERT, 413 CONWAY AVE., #F, CHARLOTTE, NC 28209

10925   DAWSON, ROBERT, 5045 GAINOR ROAD, PHILADELPHIA, PA 19131

10925   DAWSON, ROSA, 9 GRAPE ARBOR LANE, FOUNTAIN INN, SC 29644

10925   DAWSON, SHARON, 135 E MAIN ST APT#J-1, WESTBORO, MA 01581

10925   DAWSON, TANYA, PO BOX 398, SHREVE, OH 44676

10925   DAWSON, THOMAS, 1058 PANDORA, LOSLUNAS, NM 87031

10925   DAWSON, WAYNE, 942 SHADOW RIDGE TRAIL, LITHONIA, GA 30058

10925   DAWSON, WESLEY, 236 WAYNE AVE, GOLDSBORO, NC 27530

10925   DAWSON-MACDONALD CO INC, 845 WOBURN ST, WILMINGTON, MA 01887

10924   DAY & ZIMMERMAN N.P.S., STRAWBERRY RIDGE RD MONTOUR STATION, WASHINGTONVILLE, PA 17884

10925   DAY ASSOCIATES, INC, 1968 LAKEVIEW AVE., DRACUT, MA 01826

10925   DAY INTERNATIONAL, 25 OLD SHOALS RD, ARDEN, NC 28704

10924   DAY INTERNATIONAL, 95 GLENN BRIDGE ROAD, ARDEN, NC 28704

10924   DAY INTERNATIONAL, ARDEN NC, PO BOX 1077, ARDEN, NC 28704

10924   DAY MIDDLE SCHOOL, NEWTON, MA 02158

10924   DAY PRECAST, 801 NORTH WESTWOOD, TOLEDO, OH 43607

10925   DAY RAY PRODUCTS, 1133 MISSION ST, SOUTH PASADENA, CA 91030

10925   DAY REPAIR SERVICE, 7905 N W 75TH AVE, TAMARAC, FL 33321

10925   DAY TIMER, PO BOX 27001, LEHIGH VALLEY, PA 18002

10925   DAY TIMERS INC, ONE DAY TIMER PLAZA, ALLENTOWN, PA 18195-1551

10925   DAY TOP VILLAGE, INC, 80 W. MAIN ST, MENDHAM, NJ 07945

10925   DAY, BERRY, & HOWARD LLP, ONE CANTERBURY GREEN, STAMFORD, CT 06901

10925   DAY, CANDACE, 5242 A ST, BILOXI, MS 39530

10925   DAY, DAVID, 107 BARLEY MILL DR, GREER, SC 29651

10925   DAY, DAVID, 345 N WALNUT ST, CHEBANSE, IL 60922

10925   DAY, DENITA, 1921 HOPKINS RD, RICHMOND, VA 23220

10925   DAY, DENNIS, 280 RUSTIC, LIBBY, MT 59923

10925   DAY, DONNA, BOX 113, SHREVE, OH 44676

10925   DAY, ELI, 2608 WEST PATAPSCO AVE., BALTIMORE, MD 21230

10925   DAY, ELNORA, PO BOX 268, PLANT CITY, FL 34289

10925   DAY, ERNESTINE, 1006 CEDAR LAKE COURT, KERNERSVILLE, NC 27284

10925   DAY, ERNESTINE, 1006 CEDAR LAKE COURT, KERNERSVILLE, NC 27284-9209

10925   DAY, EUNICE JEANE, 71 ROLLING OAKS, MANNFORD, OK 74044

10925   DAY, FREDERICK, 1454 CRESTWAY DR., MORRISTOWN, TN 37814

10925   DAY, GLENN, 217 NATURE TRAIL, CHAPEL HILL, NC 27514

10925   DAY, HERBERT, 661 WILLOWBY RUN, PASADENA, MD 21122-6821

10925   DAY, HOLLY, 17850, PARLEN, CO 87134

10925   DAY, J, PO BOX 268, PLANT CITY, FL 33566

10925   DAY, JERRY, BOX 733, CHICKASHA, OK 73023

10925   DAY, JOHNNIE, 216 NEEDLES DR, SIMPSONVILLE, SC 29680

10925   DAY, JOSEPH, 2530 NEEDLES CT., OWENSBORO, KY 42301

10925   DAY, KAREN, 6046 CANAL BLVD, NEW ORLEANS, LA 70124

10925   DAY, KIRK, 6357 SW LOMBARD #4, BEAVERTON, OR 97008

10925   DAY, KRISTY, RT 2 BOX 88 C, NEW BROCKTON, AL 36351

10925   DAY, LAURA, 1442 BARSTON, CLOVIS, CA 93611

10925   DAY, LAUREEN, 1025 N CLARA AVE, DELAND, FL 32720

10925   DAY, LUCILLE, 5461 BROADMOOR PLZ., INDIANAPOLIS, IN 46228

10925   DAY, MARK, 12 DAVIS ST, LISBON FALLS, ME 04252

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DAY, MELANIE, 718 GREEN LYNCH, NEW TAZEWELL, TN 37825 | |
| 10925 | DAY, MELISSA, 923 ARABELLA, NEW ORLEANS, LA 70115 | |
| 10925 | DAY, RICKY, PO BOX 874, SONORA, TX 76950 | |
| 10925 | DAY, SHANNON, 3601 CROWELL, TURLOCK, CA 95382 | |
| 10925 | DAY, STEPHEN, 25115 BROUGHTON LN, SPRING, TX 77373 | |
| 10925 | DAY, STEVEN, 5545 COCHRAN ST, #234, SIMI VALLEY, CA 93063 | |
| 10925 | DAY, SUSAN, 560 WESTMORELAND ROAD, WOODRUFF, SC 29388 | |
| 10925 | DAY, THOMAS A, 4711 GROSVENOR AVE, MONTREAL, QC H3W 2L9CANADA | *VIA Deutsche Post* |
| 10925 | DAY, WILLIAM A, 1555 WIRE ROAD, AIKEN, SC 29801-9319 | |
| 10925 | DAY, WILLIAM, 1555 WIRE RD, AIKEN, SC 29805 | |
| 10925 | DAYA, EFREN, 6426 GOLDEN OAK DR, LINTHICUM, MD 21090 | |
| 10925 | DAYAGDAG, JONATHAN, 2427 S 57TH AVE, CICERO, IL 60804 | |
| 10925 | DAYANI, NAHID, 55 GAINSVILLE RD., DEDHAM, MA 02026 | |
| 10924 | DAYCO CORP., 400 SOUTH STREET, MC COOK, NE 69001 | |
| 10924 | DAYCO CORPORATION, BALSAM ROAD, WAYNESVILLE, NC 28786 | |
| 10924 | DAYCO CORPORATION, PO BOX 360, WAYNESVILLE, NC 28786 | |
| 10924 | DAYCO PRODUCTS, 3100 MARICAMP ROAD, OCALA, FL 34471 | |
| 10924 | DAY-KIMBALL HOSPITAL, ROUTE 44, PUTNAM, CT 06260 | |
| 10925 | DAYLIGHT TRANSPORT, 3200 HOOPER AVE, LOS ANGELES, CA 90011-2160 | |
| 10925 | DAYRIT, RICHARD, 4001 PELHAM RD APT 70, GREER, SC 29650 | |
| 10924 | DAYS MOLDING, 485 FLORENCE, CONSTANTINE, MI 49042 | |
| 10925 | DAYS, T, 220 NW 2ND AVE, GAINESVILLE, FL 32607 | |
| 10925 | DAYSTAR SUPPORT STAFFING, 6750 WEST LOOP SOUTH #140, BELLAIRE, TX 77401 | |
| 10925 | DAYSTAR TEMPORARY SERVICES INC, PO BOX 8500-50150, PHILADELPHIA, PA 19178 | |
| 10925 | DAYSTAR TEMPORARY SERVICES, POBOX 8500-50150, PHILADELPHIA, PA 19178 | |
| 10925 | DAY-TIMER CONCEPTS, INC, PO BOX 27001, LEHIGH VALLEY, PA 18002-7001 | |
| 10925 | DAY-TIMER CONCEPTS, INC, PO BOX 27012, LEHIGH VALLEY, PA 18002-7012 | |
| 10925 | DAY-TIMER, PO BOX 27011, LEHIGH VALLEY, PA 18002-7011 | |
| 10925 | DAY-TIMERS INC, ONE DAY-TIMER PLAZA, ALLENTOWN, PA 18195 | |
| 10925 | DAY-TIMERS INC, PO BOX 27001, LEHIGH VALLEY, PA 18002-7001 | |
| 10925 | DAY-TIMERS INC., POBOX 27013, LEHIGH VALLEY, PA 18002-7013 | |
| 10925 | DAY-TIMERS, INC, PO BOX 27001, LEHIGH VALLEY, PA 18002-7001 | |
| 10925 | DAY-TIMERS, INC, PO BOX 27013, LEHIGH VALLEY, PA 18002-7013 | |
| 10924 | DAYTON BUILDERS SUPPLY CO, 800 E FIRST STREET, DAYTON, OH 45401 | |
| 10925 | DAYTON C WELLS, RR 18 BOX 501, BEDFORD, IN 47421-9319 | |
| 10925 | DAYTON FREIGHT, PO BOX 340, VANDALIA, OH 45377 | |
| 10925 | DAYTON FREIGHT, PO BOX 340, VANDALIA, OH 45377-0340 | |
| 10925 | DAYTON FROELICH, PO BOX 190, TELFORD, PA 18969 | |
| 10925 | DAYTON KING, 120 MARIE LN, KINGSLAND, TX 78639 | |
| 10924 | DAYTON SAND & GRAVEL, 298 GOODWINS MILLS ROAD, DAYTON, ME 04005-7352 | |
| 10924 | DAYTON SAND & GRAVEL, 928 GOODWINS MILLS ROAD, DAYTON, ME 04005 | |
| 10925 | DAYTON STENCIL WORKS COMPANY, THE, PO BOX 126, DAYTON, OH 45401-0126 | |
| 10924 | DAYTON SYSTEMS GROUP, 3003 SOUTH TECH BOULEVARD, MIAMISBURG, OH 45342 | |
| 10925 | DAYTON WATER SYSTEMS, 1288 MCCOOK AVE., DAYTON, OH 45404-1099 | |
| 10925 | DAYTON, DORRI, 405 A NORTH MAIN, SIMPSONVILLE, SC 29681 | |
| 10925 | DAYTON, ELEANOR, 405A NORTH MAIN ST, SIMPSONVILLE, SC 29681 | |
| 10925 | DAYTON, GARY, 572 TURNBERRY DR, BOURBONNAIS, IL 60914 | |
| 10925 | DAYTON, JONATHAN, 421 NANCY AVE, LINTHICUM, MD 21090 | |
| 10925 | DAYTON, PETER, 14 REAR PERKINS RD, GLOUCESTER, MA 01930 | |
| 10924 | DAYTONA BEACH ASSEMBLY HALL, PO BOX9357, DAYTONA BEACH, FL 32114 | |
| 10924 | DAYTONA USA, C/O MADER SOUTHEAST, DAYTONA BEACH, FL 32198 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DAYTON-GRANGER INC, 3299 S W 9TH AVE, FORT LAUDERDALE, FL 33315

10925   DAYTON-GRANGER INC, PO BOX 350550, FORT LAUDERDALE, FL 33335

10925   DAZEL CORP., DEPT CH10816, PALATINE, IL 60055-0816

10925   DAZZA, PETER, 131 FREMONT AVE, PARK RIDGE, NJ 07656

10925   DBA PAGENET OF CLEVELAND, 24331 MILES RD, SUITE 115, CLEVELAND, OH 44128

10925   DBA PRODUCTS COMPANY, ONE SHERWARD TERRACE, LAKE BLUFF, IN 60044

10925   DBECK SPECIALTY PRINTING, 9355 FLEMINGTON DR., CINCINNATI, OH 45231

10925   DBI, 1325 MASSACHUSETTS AVE NW, WASHINGTON, DC 20005

10925   DBI/SALA, DB INDUSTRIES INC, 3965 PEPIN AVE, RED WING, MN 55066-1837

10924   DBP ENTERPRISE, INC., 406 CHURCH ROAD, REISTERSTOWN, MD 21136

10925   DC DEPT OF CONSUMER & REGULATORY AFFAIRS, 2100 MARTIN LUTHER KING AVE SE, WASHINGTON, DC 20001

10925   DC DEPT OF CONSUMER & REGULATORY AFFAIRS, 2100 MARTIN LUTHER KING AVE SE, WASHINGTON, DC 20020

10925   DC METRO CHAPTER CSI, 16720 BETHAYRES ROAD, DERWOOD, MD 20855-2023

10925   DC METRO CHAPTER CSI, 3311 LANCER DR, HYATTSVILLE, MD 20782

10925   DC MOTOR & CONTROLS,INC, PO BOX 189, ROEBUCK, SC 29376

10925   DC MOTORS PLUS INC, 9055 N 51ST UNIT G, MILWAUKEE, WI 53223-2477

10925   DC SCIENTIFIC GLASS, PO BOX 1099, PASADENA, MD 21123

10925   DC TREASURER, 441 FOURTH ST NW, SUITE 810A SOUTH, WASHINGTON, DC 20001

10925   DC TREASURER, PO BOX 419 BEN FRANKLIN STATION, WASHINGTON, DC 20044

10925   DC, 148 HURON AVE, CAMBRIDGE, MA 02138

10924   DCA R/M, 1101 4TH AVE. S.E., DECATUR, AL 35602

10924   DCA R/M, P.O. BOX 1703, DECATUR, AL 35602

10924   DCA READY MIX, 1101 4TH AVENUE S.E., DECATUR, AL 35602

10924   D'CANIO BUILDERS SUPPLY, W.227 N.937 WEST MOUND, WAUKESHA, WI 53186

10925   DCC CORPORATION, 7300 NORTH CRESCENT BLVD, PENNSAUKEN, NJ 08110

10925   DCC, PO BOX 2783, WESTPORT, CT 06880

10925   DCCC - NON FEDERAL ACCOUNT, 430 SOUTH CAPITOL ST, WASHINGTON, DC 20003

10924   DCCI DOGAN CONST CO INC, 15 WILCOX ST, CASTLE ROCK, CO 80104

10924   DCCI, DOGAN CONSTRUCTION CO, INC., CASTLE ROCK, CO 80104

10924   DCCI, DOGAN CONSTRUCTION CO., INC., CASTLE ROCK, CO 80104

10925   DCE, INC, 1102 SOLUTIONS CTR, CHICAGO, IL 60677

10925   DCG PARTNERSHIP 1 LTD, 4170A MAIN ST., PEARLAND, TX 77581

10925   DCG PARTNERSHIP 1, LTD, PO BOX 4346, HOUSTON, TX 77210-4346

10925   DCI, 204 ANDOVER ST, ANDOVER, MA 01810

10924   DCI/CRYSTAL CATHEDRAL, WESTSIDE, GARDEN GROVE, CA 92840

10925   DCL, 227 NW CENTRAL AVE., AMITE, LA 70422-2426

10925   DCL, INC, PO BOX 125, CHARLEVOIX, MI 49720

10925   DCP-LOHJA INC., POBOX 2501, CAROL STREAM, IL 60132-2501

10924   DCR, INC., 2117 LORRAINE AVENUE, BALTIMORE, MD 21207

10925   DCS GROUP, LC, PO BOX 24040, BALTIMORE, MD 21227

10925   DCS, 9691 GERWIG LN., STE. D, COLUMBIA, MD 21046

10925   DCS, INC, PO BOX 6068, GREENVILLE, SC 29606-6068

10924   DCSJ LTD, 1940 NORTH ROSEMONT, MESA, AZ 85205

10924   DCSLOG SUPPLY BRANCH, RM WAITE, 5558 E. MORELAND ST., PHOENIX, AZ 85008

10924   DCV BUSINESS SERVICES, 3521 SILVERSIDE ROAD, WILMINGTON, DE 19810

10925   DCW & ASSOCIATES, 7400 CENTER AVE SUITE 209, HUNTINGTON BEACH, CA 92647

10924   DCW CONTRACTING, 1940 E GREENSPRING DRIVE, TIMONIUM, MD 21093

10925   DDD HOUSTON TRUCK WASH & LUBE, 7821 LYONS AVE., HOUSTON, TX 77029

10924   DDS PLUMBING INC., 2408 FISK LANE, REDONDO BEACH, CA 90278

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | DDS PLUMBING INC., 27783 CENTER DR., MISSION VIEJO, CA 92692 | |
| 10925 | DDS, INC, PO BOX 601391, CHARLOTTE, NC 28260 | |
| 10925 | DDST/EOO, MARK FOR FB2053 F4165096P8408, BLDG 1572 DOOR 20, KELLY AIR FORCE BASE, TX 78241-5555 | |
| 10925 | DE ALBA, DORIS, HC 764 BUZON 6774, PATILLAS, PR 00923 | |
| 10925 | DE ALBA, PEDRO, 118 CARTER, LAREDO, TX 78041 | |
| 10925 | DE AMERTEK CORP, 300 WINDSOR DR, OAK BROOK, IL 60521 | |
| 10925 | DE AMERTEK, 815 MITTEL DR, WOOD DALE, IL 60191 | |
| 10925 | DE ANAYA, ELSA ABELLO, CARRERA 59 82-50 APT 201, BARRANQUILLA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | DE ANGELIS, LEAH, 8059 57TH AVE, KENOSHA, WI 53142 | |
| 10925 | DE ANTONIS, ROSEMARIE, 40 FAIRCHILD PLACE, BUFFALO, NY 14216 | |
| 10924 | DE ANZA COLLEGE, ALL SEASONS, CUPERTINO, CA 95014 | |
| 10925 | DE BANDT, VAN HECKE & LAGAE, 712 5TH AVE, NEW YORK, NY 10019 | |
| 10925 | DE BARROS, ROLAND, 61 PRESCOTT ST, MEDFORD, MA 02155 | |
| 10925 | DE BASTIANI, ROBERT, 2632 SMITH ST, ROLLING MEADOWS, IL 60008 | |
| 10925 | DE BELLO, MARION, 10228 NEVERSINK COURT, ORLANDO, FL 32817 | |
| 10925 | DE BENCIK, SUSAN, 8 SUYDAM ST, WHITEHOUSE STA, NJ 08889 | |
| 10925 | DE BIANCHI JT TEN, ALBERTO E & MARIA F, 14 CALLE 1-64 ZONA 1, GUATEMALA CITY, GUATEMALA | *VIA Deutsche Post* |
| 10925 | DE BOER, GERRITT, RR 1, PIERSON, IA 51048 | |
| 10925 | DE BOTTIS, PATRICIA, 314 SECOND ST, MIDDLESEX, NJ 08846 | |
| 10925 | DE BRAUW BLACKSTONE WESTBROOK, 712 FIFTH AVE 30TH FL, NEW YORK, NY 10019-4102 | |
| 10925 | DE CASTRO, JOCELYN, 1814 HUNTINGTON DR, DUARTE, CA 91010-0000 | |
| 10925 | DE CHAVES, DAVID, 1612 WOOCESTER ROAD, 219A, FARMINGHAM, MA 01701 | |
| 10925 | DE CHEUBEL, LOIS, 120 HAMLIN ST, WINTER HAVEN, FL 33886 | |
| 10925 | DE CRISTOFARO, KIM A., 8 QUAKER HILL RD, STONYBROOK, NY 11790 | |
| 10925 | DE FALCO, LAURA, 55 MOUNTAIN AVE, N PLAINFIELD, NJ 07060 | |
| 10925 | DE FEVER, SEAN M, 16384 DEL OR CIR, HUNTINGTON BEACH, CA 92647 | |
| 10925 | DE FORD SR, JAMES, 623 LUKE AVE, WAUKESHA, WI 53186 | |
| 10924 | DE FREITAS CONSULTING SERVICES LTD., 24 TENTH AVENUE, BARATARIA, TTO | *VIA Deutsche Post* |
| 10924 | DE FREITAS CONSULTING SERVICES, #6 SIXTH AVENUE, BELLEVILLE, ST. MICHAEL, 9BRB | *VIA Deutsche Post* |
| 10925 | DE FUSCO, PAMELA, 2105 WOODLAWN DR, CORONA, CA 91720 | |
| 10925 | DE GEERE, KRISTINA, 2930 PIPER PL, RIVERSIDE, CA 92503-0000 | |
| 10925 | DE GEORGE, WAYNE, 203 DOUGLAS DRIVE, HOUMA, LA 70364 | |
| 10925 | DE GERE, FRANCIS, 6 PLUNKETT LANE, ADAMS, MA 01220 | |
| 10925 | DE GRACIA, EREXON, 4742 NORTH CENTRAL PARK, 3, CHICAGO, IL 60625 | |
| 10925 | DE GRAND, JASON, 924 EDGEWOOD DR, GREEN BAY, WI 54311 | |
| 10925 | DE GRASSE, DOROTHY, 1227 HEMLOCK, ELK GROVE VILL, IL 60007 | |
| 10925 | DE GRASSE, JOAN, 301 FRANKLIN, 38, SOMERSET, NJ 08873 | |
| 10925 | DE GRAVE, JENNIFER, N6412 CREVICE RD, CASCO, WI 54205 | |
| 10925 | DE GREGORIO, NAZZARENO, BUCKINGHAM ESTATES 7931 STONEWALL DR., LAS VEGAS, NV 89123 | |
| 10925 | DE GROFF, BARBARA, 7791 HWY V, LODI, WI 53532 | |
| 10925 | DE GROFF, RANDY, 802 N. MAIN ST., ELKHORN, NE 68022-1318 | |
| 10925 | DE GROOT, JAN, 1829 LANDESS AVE, MILPITAS, CA 95035 | |
| 10925 | DE GROOT, KARLA, 1479 MOHICAN CT, GREEN BAY, WI 54313 | |
| 10925 | DE GUGLIELMO, WALTER, 15 FOCH ST., CAMBRIDGE, MA 02140 | |
| 10925 | DE GUZMAN, E, 210 N ALTO MESA #306, EL PASO, TX 79912 | |
| 10925 | DE HARRT CO INC, BARBARA DEHART, 146 COL DE HART STAND, ROCHESTER, VT 05767 | |
| 10925 | DE HESSE, MARGARET, 510 E. KNOX RD., TEMPE, AZ 85284 | |
| 10925 | DE HOOG, JAN, PO BOX 281, LEE, MA 01238 | |
| 10925 | DE IRIZARRY, SYLVIA, PO BOX 42, SAN GERMAN, PR 00753 | |
| 10925 | DE JARNETTE, WILLIAM, PO BOX 1246, NORWOOD, NC 28128-1246 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DE JESUS, CARLOS, PO BOX 534, HATO REY, PR 00919 | |
| 10925 | DE JESUS, ELIZABETH, #55 56 ST BLG 68 ST JUST, CAROLINA, PR 00985 | |
| 10925 | DE JESUS, EVANGELISTA, URB VILLA GRILLASCA, PONCE, PR 00731 | |
| 10925 | DE JESUS, IVETTE, BOX 19 SAN ANTONIO, ARROYO, PR 00714 | |
| 10925 | DE JESUS, JOSE, 710 GARDENER RD, WESTCHESTER, IL 60154 | |
| 10925 | DE JESUS, MIGUEL, SAN JULIAN 1710 URB, RIO PIEDRAS, PR 00926 | |
| 10925 | DE JESUS, ZYLKIA, URB COSTA AZUL CALLE, GUAYAMA, PR 00615 | |
| 10925 | DE JESUS-ENERIO, ELIZABETH, 8345 N. ST. LOUIS, SKOKIE, IL 60076 | |
| 10925 | DE JIANNE, RICHARD, 1959 DELANCEY ST, HELLERTOWN, PA 18055 | |
| 10925 | DE JONG, ADRIANUS, 18631 N. LYFORD DR., KATY, TX 77449 | |
| 10925 | DE KALB COUNTY, 120 W TRINITY PL, DECATUR, GA 30030-3304 | |
| 10925 | DE LA BARRERA, NANCY, 8208 CARROLTON PKWY, LANDOVER HILLS, MD 20784 | |
| 10925 | DE LA CERDA, FRANCISCO, 1333 HAMPTON, SAN JUAN, TX 78589 | |
| 10925 | DE LA CHAPELLE, PHILIPPE, 135 EAST 74TH ST, NEW YORK, NY 10021 | |
| 10925 | DE LA CRUZ JR., GREGORIO, 1412 STEWART, LAREDO, TX 78040 | |
| 10925 | DE LA CRUZ, ENRIQUE, 1448 GARFIELD ST., BROWNSVILLE, TX 78520 | |
| 10925 | DE LA CRUZ, JULIO, 127 W 54TH ST APT. # 4, BAYONNE, NJ 07002 | |
| 10925 | DE LA FLOR, ANTONIO, C/O MARFEGA BARREDA, MOQUEGUA, 114 ILOPERU | *VIA Deutsche Post* |
| 10925 | DE LA GARZA, HENRY, 227 12TH ST, GREEN BAY, WI 54303 | |
| 10925 | DE LA GARZA, SANDRA, 312 CASIANO, DONNA, TX 78537 | |
| 10924 | DE LA MARE ENGINEERING, 1910 FIRST ST, SAN FERNANDO, CA 91340 | |
| 10925 | DE LA NOGAL, AUGUSTO, C/FRANCESC MACIA 69-20 1A 08830, SANT BOI DE LLOBRREGAT, BARCELONA, SPAIN | *VIA Deutsche Post* |
| 10925 | DE LA O, GLORIA, 7141 OAKLAWN, SAN ANTONIO, TX 78229 | |
| 10925 | DE LA OSSA, ERNEST, 3140 HAMBLETONIAN LANE, WALNUT CREEK, CA 94598-4605 | |
| 10925 | DE LA PAZ, REMEDIOS, 54 WILLIAMS AVE, JERSEY CITY, NJ 07304 | |
| 10925 | DE LA PENA, LOIS G, PO BOX 304, THETFORD, VT 05074-0304 | |
| 10925 | DE LA ROSA, ALISIA, 615 14TH ST. E., PALMETTO, FL 34221 | |
| 10925 | DE LA ROSA, ALVARO, RT 2 BOX NA 123, MISSION, TX 78572 | |
| 10925 | DE LA ROSA, CHRISTAL, 1815 MAYFLOWER DR, DALLAS TX, TX 75208 | |
| 10925 | DE LA ROSA, CYNTHIA, 207 BANBRIDGE, SAN ANTONIO, TX 78233 | |
| 10925 | DE LA ROSA, RICARDO, PO BOX 883, LOS FRESNOS, TX 78566 | |
| 10925 | DE LA ROSA, ROBERT, PO883, LOS FRESNOS, TX 78566 | |
| 10925 | DE LA TORRE MUNOZ, L, 1111 N. RAVENNA AVE, WILMINGTON, CA 90744 | |
| 10925 | DE LA TORRE, LUISITO, 28 JOHN ST, CLOSTER, NJ 07624 | |
| 10925 | DE LA TORRE, MAURA, 334 ALAMOSA AVE, PALMDALE, CA 93551 | |
| 10925 | DE LA VEGA, AWILDA, 11877 SCOTT SIMPSON, EL PASO, TX 79936 | |
| 10925 | DE LAGE LANDEN FINANCIAL SERVICES, POBOX 41601, PHILADELPHIA, PA 19101-1601 | |
| 10925 | DE LAROSA, BENJAMIN, 928 W WALNUT ST, SANTA ANA, CA 92703 | |
| 10925 | DE LAROSA, JOSEFA, RT 2 BOX 111-B, RIO GRANDE CITY, TX 78582 | |
| 10924 | DE LASALLE HIGH SCHOOL, 75 W. ISLAND AVENUE, MINNEAPOLIS, MN 55403 | |
| 10925 | DE LATTRE, DOMINIQUE, 9, RUE DU COMMANDANT MARCHAND, PARIS, 75016FRANCE | *VIA Deutsche Post* |
| 10925 | DE LAY, LINDA, 522 ARLINGTON ST, TAMAQUA, PA 18252 | |
| 10925 | DE LENA, EDWARD, 1445 ATLANTIC SHORE BLVD, HALLANDALE, FL 33009-3750 | |
| 10925 | DE LEON, ABELINO, 4153 FALCON ST, SAN DIEGO, CA 92103 | |
| 10925 | DE LEON, ADELINA, 12335 ANTOINE #1210, HOUSTON, TX 77067 | |
| 10925 | DE LEON, FRANCISCO, 216 N. 2ND ST, NEWARK, NJ 07107 | |
| 10925 | DE LEON, FRANK, 593 N. 5TH ST, RAYMONDVILLE, TX 78580 | |
| 10925 | DE LEON, JULIO, 4554 HIDDEN MEADOW, BROWNSVILLE, TX 78520 | |
| 10925 | DE LEON, LEONIDES, 19416 ARCHWOOD ST, RESEDA, CA 91335 | |
| 10925 | DE LEON, NOELITO, 41 SPRINGDALE AVE, NEWARK, NJ 07107 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DE LEON, SABINA, 14501 DANUBE LA, MITCHELLVILLE, MD 20721

10925    DE LISIO, LINDA, 38B LEXINGTON LANE, WEST MILFORD, NJ 07480

10925    DE LISLE, TIMOTHY, 7314 NORTH MEADE, CHICAGO, IL 60648

10925    DE LOS REYES, CYNTH, 6620 S 33RD ST, MCALLEN, TX 78503

10925    DE LOS REYES, EUGENIA, 14619 ELLA BKVD, HOUSTON, TX 77014

10925    DE LOS RIOS, PETRA, 1317 S. 16TH ST., MCALLEN, TX 78501

10925    DE LOS SANTOS, AIDA, PO BOX 644, DONNA, TX 78537

10925    DE LOS SANTOS, ELVIR, 2817 RANSOM ISLAND DRIVE, CORPUS CHRISTI, TX 78418

10925    DE LOS SANTOS, JESUS, 104 W. 22ND ST., MISSION, TX 78572

10925    DE LOS SANTOS, TRINIDAD, 611 BARRETT PL., SAN ANTONIO, TX 78225

10925    DE LUCA, ERIN, 16336 THOMPSON ROAD, CHARLOTTE, NC 28227-1539

10925    DE LUCIA, FLORENCE R, 3256 E TERRA ALTA BLVD, TUCSON, AZ 85716-4540

10925    DE LUCIA, LAWRENCE DEVEREUX LUCAS, 3256 E TERRA ALTA BLVD, TUCSON, AZ 85716-4540

10925    DE LUMEAU, ROBERT, 96 SOUTH ST, MILTOWN, NJ 08850

10925    DE LUNA, CAROLYN, 202 WEST LAKESIDE, 2, MADISON, WI 53715

10925    DE LUNA, JUAN, 1015 MONTANA, EL PASO, TX 79902

10925    DE MARCO, JOHN, PO BX 271, 38 S MAIN ST, MANVILLE, NJ 08835

10925    DE MARIA, VIRGINIA, HAYM SOLOMON HOME 2300 CROPSEY AVE., BROOKLYN, NY 11214

10925    DE MARS, JOHN, 14823 223RD AVE NE, WOODINVILLE, WA 98072-7217

10925    DE MARSICO, JOHN, BOX 408B E MTN RD, ADAMS, MA 01220

10925    DE MASI, ROBERT, 746 EASTON ROAD, HELLERTOWN, PA 18055

10925    DE MATTEO, CATHERINE, 331 CENTER AVE, GREENSBURG, PA 15601

10925    DE MAXIMIS INC, 301 GALLAHER VIEW RD, KNOXVILLE, TN 37919

10925    DE MAXIMIS INC., 135 BEAVER ST 4TH FL, WALTHAM, MA 02154

10925    DE MAXIMIS INC., 301 GALLAHER VIEW ROAD, SUITE 227, KNOXVILLE, TN 37919

10925    DE MAXIMIS INC., 450 MONTBROOK LANE, KNOXVILLE, TN 37919

10925    DE MAXIMIS, INC, 450 MONTBROOK LANE, KNOXVILLE, TN 37919-2705

10925    DE MAXIMUS INC, 450 MONTBROOK LN, KNOXVILLE, TX 37919

10925    DE MORE, EDWIN, 125 BENDEL CIRCLE, MEMPHIS, TN 38117

10925    DE MUIJNCK, LEANEE, 12500 W. CARMEN AVE., MILWAUKEE, WI 53225

10925    DE MUIJNCK, LEANNE, 2920 E. HAMPSHIRE ST APT. J, MILWAUKEE, WI 53211

10925    DE MUTH, KATHY, 11445 DRY GROVE RD, RAYMOND, MS 39154

10925    DE NADA RESTAURANTS INC, 8235 DOUGLAS AVE STE 1125, DALLAS, TX 75225-6011

10925    DE NADA RESTAURANTS INC, GEN COUNSEL, 14800 QUORUM DRIVE, SUITE 140 LB-4, DALLAS, TX 75240-7563

10925    DE NADA RESTUARANTS INC, GEN COUNSEL, 14800 QUORUM DRIVE, SUITE 140 LB-4, DALLAS, TX 75240-7563

10925    DE NAMUR, DALE, 533 ABRAMS ST, GREEN BAY, WI 54302

10925    DE NARDO, ROCCO, 1746 EASTBORN AVE, BRONX, NY 10457

10925    DE NARDO, THEODORA, 11110 ROBERTS LANE, RIVERVIEW, FL 33569-4539

10925    DE NAVARRA, CARLOS TORRES, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925    DE NAVARRA, CARLOS TORRES, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    DE NORMANDIE, LOUISE, PO BOX 248, GRANT PARK, IL 60940

10925    DE PAGE CONSTRUCTION, INC, 3222 HYW. 108, WESTLAKE, LA 70669-9426

10925    DE PALMA, ANTHONY, PO BOX 862, SIMPSONVILLE, SC 29681

10925    DE PENA, 250 EAST 39TH ST, NEW YORK, NY 10016

10925    DE PEW, DEBRA, 2247 TORRANCE ST, SIMI VALLEY, CA 93068

10925    DE POMINVILLE, JOY, 32482 SALTON LANE, FREMONT, CA 94555

10925    DE PREZ, CLIFFORD, 4552 ODIN LANE, NEW FRANKEN, WI 54229

10925    DE PRIMIO, CHANDRA, 186 GRANITE ST., ROCKPORT, MA 01966

10925    DE RABY, MARIA, 25-22 14TH ST, ASTORIA, NY 11102-3721

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DE RAMOUS, SYLVIA, 5006 FLEMING AVE, SAN LEANDRO, CA 94577

10925   DE RATT JR, ALAN E, 1411 TIMBERLANE RD, ASHEBORO, NC 27203-7152

10925   DE RIEMACKER, ROBERT, 110 MCKINLEY, NICHOLS, IA 52766

10925   DE ROMERO, ANA JULIA, 2106 LEWISDALE DRIVE, HYATTSVILLE, MD 20783

10925   DE ROOS, ALAN, 608 N. JOHNSON, ALGONA, IA 50511

10925   DE ROSA, MARC, 9 ATHERTON CIRCLE, LYNNFIELD, MA 01940

10925   DE RUITER, ROEBRT A, 5256 E FOREST PLEASANT PL, CAVE CREEK, AZ 85331-5563

10925   DE SANCHEZ, MARIA, 1021 W TORRANCE BLVD, TORRANCE, CA 90502

10925   DE SANTIS, ROSE, 519 N VOSSELLER AVE, BOUND BROOK, NJ 08805

10925   DE SANTIS, THERESA, CUST FOR FRANK JOSEPH DE SANTIS, UNIF GIFT MIN ACT NJ, 616 S OAK ST, GREENVILLE, NC 27858-2828

10925   DE SANTIS, THERESA, CUST FOR JOSEPH ANTHONY DE SANTIS, UNIF GIFT MIN ACT NJ, 30 PALAMINO PL, REDE BANK, NJ 07701-4926

10925   DE SELM, STEPHEN, 2385 CHESTERWOOD TURN, KANKAKEE, IL 60901

10925   DE SIERVO, URSULA, 175 VAN WYCK RD, BLAUVELT, NY 10913

10925   DE SIMONE, COSTANZA, 53 HILLSIDE DRIVE, NORTH HALEDON, NJ 07508

10925   DE SIMONE, VIRGINIA C, 2473 N WAKEFIELD ST, ARLINGTON, VA 22207-3555

10925   DE SOUSA, FILOMENA, 218 1-2 4TH AVE, 2, ASBURY PARK, NJ 07712

10925   DE SOUSA, JOHN, CUST FOR ABIGAIL C DE SOUSA, UNIF GIFT MIN ACT-NY, 35 GATES AVE, MONTAUK, NY 11954-5236

10925   DE STENFANO, NANCY, 203 MILLER AVE, BRANCHBURG, NJ 08876

10925   DE TORFINA, LORETTA, 1015 HORSETRAIL WAY, WAKE FOREST, NC 27587

10925   DE TORFINA, LORETTA, 2812 BUGGYWHIP CT, WAKE FOREST, NC 27587

10925   DE TRIZIO, MARYANN, FLUSHING, NY 11355

10925   DE VAUL, RICHARD, 8000 DEVAUL ROAD, KIRKVILLE, NY 13082

10925   DE VEAUX, LEO, 14 COTTAGE AVE., ARLINGTON, MA 02174

10925   DE VERA, ANGELINA, 3349 PONDEROSA TRAIL, PINOLE, CA 94564

10925   DE VERA, LOURDES, 740 TURQUOIS DR, HERCULES, CA 94547

10925   DE VILLATORO, GLADIS, 1474 CHAPIN ST NW APT 1, WASHINGTON, DC 20009

10925   DE VOE, CRAIG, 427 SILVER SPRING DR, GREEN BAY, WI 54303

10925   DE VOE, JOANN, 427 SILVERSPRING DR, GREEN BAY, WI 54303

10925   DE VOE, MICHAEL, 637 FRANKLIN, OSHKOSH, WI 54901

10924   DE VORE & JOHNSON, PO BOX1589, ATHENS, GA 30603

10925   DE VRIES, JAY, 860 WEST 20TH ST, UPLAND, CA 91784

10925   DE WAART, DENNIS, 12650 W. BLUEMOUND RD., ELM GROVE, WI 53122

10925   DE WARR, PAUL, BOX 765, MORONGO VALLEY, CA 92256-0765

10924   DE WENT GRAVEL CO., SR 21, GRAND RAPIDS, MI 49509

10925   DE WITT, JAMES, 1265 BONAVENTURE DR., MELBOURNE, FL 32940-1902

10925   DE WITT, TIM, PO BOX 554, GREEN BAY, WI 54305

10924   DE WOLF MARKETING INCORPORATED, 2 CROW POINT RD, LINCOLN, RI 02865

10924   DE WOLF MARKETING INCORPORATED, 400 MASSASOIT AVE STE 106, EAST PROVIDENCE, RI 02914

10925   DE ZEEUW, PATRICIA, 6038 W PONTIAC DR., GLENDALE AZ, AZ 85308

10925   DE ZELLAR, MARY, 1850 ADARE DR, CLEMMONS, NC 27012

10925   DE, LA, PO BOX 533, BRONTE, TX 76933

10924   DEA, C/O WESTSIDE BLDG. MTLS., SAN DIEGO, CA 92101

10925   DEACON INDUSTRIAL SUPPLY CO INC, POBOX 60999, KING OF PRUSSIA, PA 19406

10925   DEACON, JEAN, 111 JOHN CHISHOLM, WEATHERFORD, TX 76087

10925   DEACON, RICHARD, 10602 W. HUTTON DR., SUN CITY, AZ 85351-1137

10925   DEACON, WENDY, 557 HUGHES DR., TALLMADGE, OH 44278

10924   DEACONESS HOSPITAL, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERISTY AVENUE, NORWOOD, MA 02062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DEACONESS MEDICINE, POBOX 5-0475, WOBURN, MA 01815-0475 | |
| 10925 | DEACONESS RADIOLOGICAL ASSOCIATION, PO BOX 50493, WOBURN, MA 01815 | |
| 10925 | DEACONS GRAHAM & JAMES, ALEXANDRA HOUSE 3RD-6TH FLS, G PO BOX 277, CENTRAL 1, DX-009010HONG KONG | *VIA Deutsche Post* |
| 10925 | DEACONS GRAHAM & JAMES, G.P.O. BOX 277, DX-009010 CENTRAL 1, 99999 | |
| 10925 | DEACONS SOLICOTORS &, ALEXANDRA HOUSE, 3RD-7TH AND 18TH FL, CENTRAL, HONG KONG | *VIA Deutsche Post* |
| 10925 | DEACONS, 3RD-7TH AND 18TH FLS, DX-009010 CENTRAL 1, | |
| 10925 | DEAD ON ARRIVAL PEST CONTROL SERV, 31 SUNSET COURT, TRAVELERS REST, SC 29690 | |
| 10925 | DEADRICK, KIRK, 10655 SUGAR CREST AV, DULUTH, GA 30097 | |
| 10925 | DEADY, JOANNE, 19 SEVERN RIVER ROAD, SEVERNA PARK, MD 21146 | |
| 10925 | DEADY, JOANNE, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | DEADY, RHONDA, 753 CHARLES ST, PROVIDENCE, RI 02904 | |
| 10925 | DEAF CHRISTIAN LEADERSHIP, PROGRAM, 2272 OLD PHILADELPHIA PIKE, LANCASTER, PA 17602-3417 | |
| 10925 | DEAK, JOHN J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | DEAK, JOHN, 2050 NE 39TH ST 108 SOUTH, LIGHTHOUSE POINT, FL 33064 | |
| 10925 | DEAKLE LAW FIRM, PO BOX 2072, HATTIESBURG, MS 39401 | |
| 10924 | DEAL ROAD SCHOOL, SEALAND CONTRACTORS, 3927 12 MILE CREEK RD., MATTHEWS, NC 28105 | |
| 10925 | DEAL, BETTY, 463 CAROLINA DR, SPARTANBURG, SC 29306-4542 | |
| 10925 | DEAL, CYNTHIA, 3121 VINTAGE ST., HOUSTON, TX 77026 | |
| 10925 | DEAL, DANIEL, 1925 HIGH EAGLE TRAIL,APT. 829, INDIANAPOLIS, IN 46224 | |
| 10925 | DEAL, ELIZABETH, 1065M HUNT CLUB LANE, SPARTANBURG, SC 29301 | |
| 10925 | DEAL, JEANNIE, RT 11 BOX 154A, LENOIR, NC 28645 | |
| 10925 | DEAL, MICHAEL, 1333 B AVE NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | DEAL, TIMOTHY, 810 BROKEN BOW TRAIL 702, INDIANAPOLIS, IN 46214 | |
| 10924 | DEALERS ELECTRIC SUPPLY(AD), 1030 HAWKINS, EL PASO, TX 79915 | |
| 10924 | DEALERS ELECTRIC SUPPLY(AD), 5220 OLD GALVESTON RD., HOUSTON, TX 77017 | |
| 10924 | DEALERS ELECTRIC, 2580 MANANA, DALLAS, TX 75220 | |
| 10924 | DEALERS ELECTRIC, 349 W. COTTON, LONGVIEW, TX 75606 | |
| 10924 | DEALERS ELECTRIC, 407 INTERNATIONAL PARKWAY, ARLINGTON, TX 76011 | |
| 10924 | DEALERS ELECTRICAL SUPPLY (AD), 12730 SUGAR RIDGE BLVD, STAFFORD, TX 77477 | |
| 10924 | DEALERS ELECTRICAL SUPPLY (AD), 407 INTERNATIONAL PKWY, ARLINGTON, TX 76004 | |
| 10924 | DEALERS ELECTRICAL SUPPLY (AD), 920 SOUTH 77 SUNSHINE, HARLINGEN, TX 78550 | |
| 10924 | DEALERS ELECTRICAL SUPPLY (AD), P.O. BOX 1205, SHERMAN, TX 75091 | |
| 10924 | DEALERS ELECTRICAL SUPPLY (AD), P.O. BOX 150293, AUSTIN, TX 78715-0293 | |
| 10924 | DEALERS ELECTRICAL SUPPLY (AD), P.O. BOX1072, LONGVIEW, TX 75606 | |
| 10924 | DEALERS ELECTRICAL SUPPLY(AD), 800-E WHITEWING, MCALLEN, TX 78501 | |
| 10924 | DEALERS ELECTRICAL SUPPLY(AD), P.O.BOX 940169, PLANO, TX 75074 | |
| 10924 | DEALERS ELECTRICAL SUPPLY(AD), PO BOX 12669, HOUSTON, TX 77217-2669 | |
| 10924 | DEALERS ELECTRICAL SUPPLY(AD), PO BOX 4747, CORPUS CHRISTI, TX 78408 | |
| 10924 | DEALERS ELECTRICAL SUPPLY, 1844-A WEST AMADOR AVE, LAS CRUCES, NM 88005 | |
| 10924 | DEALERS ELECTRICAL SUPPLY, 4700 SUNSET SUPPLY, AUSTIN, TX 78745 | |
| 10924 | DEALERS ELECTRICAL SUPPLY, 6714 N. LAMAR, AUSTIN, TX 78752-3504 | |
| 10924 | DEALERS ELECTRICAL SUPPLY, 716 E. HICKORY, DENTON, TX 76205 | |
| 10924 | DEALERS ELECTRICAL SUPPLY, 911 J STREET, PLANO, TX 75705 | |
| 10924 | DEALERS ELECTRICAL SUPPLY, PO BOX 1120, LAS CRUCES, NM 88004-1120 | |
| 10924 | DEALERS READY MIX COMPANY, 1890 TECHNY COURT, NORTHBROOK, IL 60062 | |
| 10924 | DEALERS READY MIX, LCC, 1890 TECHNEY COURT, NORTHBROOK, IL 60062 | |
| 10924 | DEALERS READY MIX, LCC, 2000 SKOKIE VALLEY HWY, HIGHLAND PARK, IL 60035 | |
| 10924 | DEALERS SUPPLY CO, PO BOX 495, WASHINGTON, PA 15301 | |
| 10924 | DEALERS SUPPLY COMPANY, 163 CENTER ST, CALLERY, PA 16024 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    DEALERS SUPPLY, 110 S.E. WASHINGTON, PORTLAND, OR 97214

10924    DEALERS SUPPLY, 110 SE WASHINGTON, PORTLAND, OR 97214

10924    DEALERS WAREHOUSE CORP, 1530 N SIXTH AVENUE, KNOXVILLE, TN 37917

10925    DEALEY BETO, DIANE, 2730 RICHMOND DR, COLORADO SPRINGS, CO 80922

10924    DEAL'S PRECAST CONCRETE INC., 3677 WELLS GIFFORD RD., VERNON CENTER, NY 13477

10925    DEAMICIS, JOHN, 85 FELLSVIEW ROAD, STONEHAM, MA 02180

10924    DE-AM-RON, 6137 US 60 EAST, OWENSBORO, KY 42302

10924    DE-AM-RON, P O BOX 217, OWENSBORO, KY 42302

10924    DE-AM-RON, P O BOX 362, OWENSBORO, KY 42302

10925    DEAN & DELUCA, 560 BROADWAY, NEW YORK, NY 10012

10924    DEAN B. ELLIS LIBRARY, ASU LIBRARY-MARSHALL STREET, STATE UNIVERSITY, AR 72467

10925    DEAN C MATHISEN, 8405 CEDAR ST, OMAHA, NE 68124-2151

10925    DEAN CARE HMO, BOX 88610, MILWAUKEE, WI 53288-0610

10924    DEAN ENTERPRISES, BEND, OR 97709

10925    DEAN F CUTSHALL, PO BOX 10868, FORT WAYNE, IN 46854-0868

10925    DEAN FORGERON, POBOX 1000, HALIFAX, NS B3J 2X4CANADA                    *VIA Deutsche Post*

10925    DEAN G VASSILAKOS & SUSAN D, VASSILAKOS TR UA DEC 22 98, VASSILAKOS LIVING TRUST, 4005 STRATFORD LANE, NORMAN, OK 73072-3604

10925    DEAN H DAHLGREN &, AUDREY H DAHLGREN JT TEN, BOX 235, BIG FORK, MT 59911-0235

10925    DEAN I KESSLER &, WENDY J KESSLER JT TEN, 6 SNOWDROP DR, NEW CITY, NY 10956-6334

10925    DEAN III, WALTER, 2609 WEGWORTH LANE, BALTIMORE, MD 21230

10924    DEAN LALLY L.P., 10700 W 159TH ST, ORLAND PARK, IL 60467

10924    DEAN LALLY L.P., 10700 W. 159TH ST., ORLAND PARK, IL 60462

10925    DEAN PACKARD RAFUSE INC, 119 BEACH ST, BOSTON, MA 02111

10925    DEAN PUMP DIV., 2554 INDUSTRY LANE, NORRISTOWN, PA 19403

10925    DEAN PUMP DIVISION, PO BOX 7777-W3525, PHILADELPHIA, PA 19175

10925    DEAN R WIARDA, 10136 COUNTRY BROOK RD, BOCA RATON, FL 33428-4211

10924    DEAN ROOFING COMPANY, 5525 S. CAMERON, LAS VEGAS, NV 89118

10924    DEAN ROOFING COMPANY, 5525 SOUTH CAMERON, LAS VEGAS, NV 89118

10925    DEAN T MATTOON, 36 FAYETTE ST, WATERLOO, NY 13165-1808

10925    DEAN WALTER, RFD, GRAND RIDGE, IL 61325

10925    DEAN, ANNE, 121 NAVAHO TRAIL, JASPER, GA 30143

10925    DEAN, ARTHUR, PO BOX 600, BENNETT, CO 80102-0600

10925    DEAN, BETTY, 103 W CAROLINA ST, DUNCAN, SC 29334-9639

10925    DEAN, BRENDA, 6912 KNOBHILL, FT. WORTH, TX 76140

10925    DEAN, BRIAN, 4074 FLINTROCK WAY, MARTINEZ, GA 30907

10925    DEAN, BRUCE, 1116 HELENA DR, LEBANON, IN 46052

10925    DEAN, C, 9902 PENNINSULAR DR., GIBSONTON, FL 33534

10925    DEAN, CANDY, 11403 SEQUOIA LANE, BELTSVILLE, MD 20705

10925    DEAN, CARL, 17 HIGH ST, SALEM, MA 01970

10925    DEAN, CHARLES, 3136 17TH ST NW, WASHINGTON, DC 20010

10925    DEAN, CHARLES, 69 RIVERNECK ROAD, E CHELMSFORD, MA 01824

10925    DEAN, CHRISTOPHER, 131 N.ADDISON 2ND FL, ELMHURST, IL 60126

10925    DEAN, CHRISTOPHER, PO BOX 5798, SAUDI ARAMEO, DHAHRAN, 31311SAUDI ARABIA    *VIA Deutsche Post*

10925    DEAN, DAVID, 5315 BRODY DRIVE, 202, MADISON,, WI 53705

10925    DEAN, DEBRA, 6990 NW 18TH CT., MARGATE, FL 33063

10925    DEAN, DIANE, 29 COLONIAL DR, NORTON, MA 02766

10925    DEAN, DIANNE, PO BOX 1153, HUGHES, AR 72348

10925    DEAN, DOROTHY, 16527 LOCH MAREE LANE, HOUSTON, TX 77084-3423

10925    DEAN, DOUG, 210 SCENIC HWY, LAWRENCEVILLE, GA 30245

10925    DEAN, DOUGLAS, RT02 BOX 159E, KIRBYVILLE, TX 75956

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DEAN, ELIZABETH, 219 BEATTIE ST, SIMPSONVILLE, SC 29681 | |
| 10925 | DEAN, ELTON, ARLINGTON ARMS APT 1A4, ALICE, TX 78332 | |
| 10925 | DEAN, FRED, 182 OAKVALE DRIVE, PIEDMONT, SC 29673 | |
| 10925 | DEAN, GWENDOLYN, 1054 FRANKS LANE, CONWAY, SC 29526 | |
| 10925 | DEAN, HOWARD L, 202 E CHERRY ST, NEW CASTLE, PA 16102 | |
| 10925 | DEAN, HOWARD, RTE #6 BOX 63, NEW CASTLE, PA 16101 | |
| 10925 | DEAN, JAMES L, 11403 SEQUOIA LN., BELTSVILLE, MD 20705-1464 | |
| 10925 | DEAN, JAMES, 11403 SEQUOIA LANE, BELTSVILLE, MD 20705 | |
| 10925 | DEAN, JOHN, 1221 4TH AVE, NEW BRIGHTON, PA 15066 | |
| 10925 | DEAN, JOHN, PO BOX 900, BECKET, MA 01223 | |
| 10925 | DEAN, JR, CLIFFORD, 2756 RIVERVIEW DR, RIVA, MD 21140 | |
| 10925 | DEAN, KAREN, 5012 BELLAIRE DR, PLANO, TX 75093-3444 | |
| 10925 | DEAN, KELLY, 114 POPLAR ST, ELLSWORTH, PA 15331 | |
| 10925 | DEAN, KEVIE, PO BOX 92, COLFAX, LA 71417 | |
| 10925 | DEAN, KIMBERLY, RT 3 BX 363 COOLEY RD, GRAY COURT, SC 29645 | |
| 10925 | DEAN, KRISTIE, PO BOX 4212, OLIVE HILL, KY 41164 | |
| 10925 | DEAN, LARRY, RR1 BOX 156 STATE RD, NEW CASTLE, PA 16105 | |
| 10925 | DEAN, LEOTA, PO BOX 515, HARTSEL, CO 80449-0515 | |
| 10925 | DEAN, LISA, 1491 FOUNTAIN INN ROAD, WOODRUFF, SC 29388 | |
| 10925 | DEAN, MICHAEL, 6093 SUSAN DRIVE, BARTOW, FL 33830-9482 | |
| 10925 | DEAN, NELWYN, 301 N WEIR, BUNKIE, LA 71322 | |
| 10925 | DEAN, PATTI, 7458 FLEMING ISLAND, GREEN COVE SPRING, FL 32043 | |
| 10925 | DEAN, R L, 31 CORRINGWAY, EALING LONDON, W5 3ABUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DEAN, RANDOLPH, ROUTE 3 BOX 155A, HONEA PATH, SC 29654 | |
| 10925 | DEAN, ROBERT, GENERAL DELIVERY, BUFFALO, WY 82834 | |
| 10925 | DEAN, ROBERT, PO BOX 1014, IOWA PARK, TX 76367 | |
| 10925 | DEAN, ROYSTON, 710 S BENBOW RD, GREENSBORO, NC 27401 | |
| 10925 | DEAN, SANDRA, 166 PLEMMONS ROAD, LYMAN, SC 29365-9620 | |
| 10925 | DEAN, TOMMY, 813 SW 39TH, OK. CITY, OK 73109 | |
| 10925 | DEANA DEHELEAN, 5248 S. MENARD, CHICAGO, IL 60638 | |
| 10925 | DEANCARE HMO, PO BOX 56099, MADISON, WI 53705 | |
| 10925 | DEANCO INC, 2415 N TRIPHAMMER, ITHACA, NY 14850 | |
| 10925 | DEANCO INC, 85 TERRACE HALL AVE, BURLINGTON, MA 01803 | |
| 10925 | DEANCO, 7103 UNIVERSITY AVE, WINTER PARK, FL 32792 | |
| 10924 | DEANE & COMPANY, 190 ONEIDA DRIVE, POINTE-CLAIRE QUEBEC, QC H9R 1A8TORONTO | *VIA Deutsche Post* |
| 10924 | DEANE EXCAVATING CO INC., 303 NORTHFIELD RD., BERNARDSTON, MA 01337 | |
| 10924 | DEANE EXCAVATING CO INC., P O BOX 218, BERNARDSTON, MA 01337 | |
| 10924 | DEANE EXCAVATING CO.INC., P.O.BOX 218, BERNARDSTON, MA 01337 | |
| 10925 | DEANE, DAVID, 3939 NORTH CLARENDON, CHICAGO, IL 60613 | |
| 10925 | DEANE, DEBORAH, 19 HOWE ST, ORANGE, MA 01364 | |
| 10925 | DEANGELIS, MARY ELAINE, 15 KELLETT DRIVE, MILFORD, MA 01757 | |
| 10925 | DEANGELIS, SONYA A, 10331 MAGDALENA RD, LOS ALTOS, CA 94024-6416 | |
| 10925 | DEANGELO, SAMUEL, 50 GRANT ST., EXETER, PA 18643 | |
| 10925 | DEANN G WEST &, PHILLIP B WEST JT TEN, 2025 CLAREDOT DR, IDAHO FALLS, ID 83402-3870 | |
| 10925 | DEANNA D SHEPPARD, 22 GREENBRAIR DR, PO BOX 22966, SAVANNAH, GA 31403-2966 | |
| 10925 | DEANNA L WEISGERBER, 2925 GALE RD, WAYZATA, MN 55391-2625 | |
| 10925 | DEANNA LYNCH, C/O GOFF, 502 N POST OAK LANE, HOUSTON, TX 77024-4621 | |
| 10925 | DEANS ALTERNATOR #III, 1850 W BLUE RIDGE DR, GREENVILLE, SC 29611 | |
| 10925 | DEANS PHOTOGRAPHY, 5267 QUAIL VALLEY ROAD, TALLAHASSEE, FL 32308 | |
| 10924 | DEANS READY MIX, 517 OLD  CHARLOTTE ROAD, ALBEMARLE, NC 28001 | |
| 10924 | DEANS READY MIX, 517 OLD CHARLOTTE ROAD, ALBEMARLE, NC 28001 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    DEANS READY MIXED INC, 517 OLD CHARLOTTE RD., ALBEMARLE, NC 28001

10925    DEANS, LEONA, 916 WILDFLOWER CT, VA BEACH, VA 23452

10925    DEANS, LILLIAN, 302 S. NEW JERSEY, TAMPA, FL 33609

10925    DEANTES, AMINTA, 1724 N. 35TH, MCALLEN, TX 78504

10925    DEAR, ROBERT, 386 HARMONY CIRCLE, CRYSTAL SPRINGS, MS 39059

10924    DEARBORN CHEMICAL DIV, ATTN: STEVE COON, LAKE ZURICH, IL 60047

10925    DEARBORN CHEMICAL US, 300 GENESEE ST, LAKE ZURICH, IL 60047

10924    DEARBORN CHEMICAL, 300 GENESEE ST, LAKE ZURICH, IL 60047

10925    DEARBORN CHEMICAL, 300 GENESEE ST, LAKE ZURICH, IL 60047-2483

10924    DEARBORN CIVIC CENTER, CORNER OF MICHIGAN AND GREENFIELD, DEARBORN, MI 48126

10925    DEARBORN DIVISION, 1401 JOEL E. ROAD, FT. WORTH, TX 76140

10925    DEARBORN DIVISION, 300 GENESSEE ST, LAKE ZURICH, IL 60047

10925    DEARBORN ENVIRONMENTAL SERVICES INC, 4574 WEBSTER, LINCOLN PARK, MI 48146

10925    DEARBORN ENVIRONMENTAL SERVICES INC, PO BOX 1068, LINCOLN PARK, MI 48146

10925    DEARBORN ENVIRONMENTAL, 4574 WEBSTER, ECORSE, MI 48229

10924    DEARBORN GRAVEL CO, 17250 MAINE STREET-HARDINTOWN, LAWRENCEBURG, IN 47025

10924    DEARBORN GRAVEL CO., 17250 MAINE STREET-HARDINTOWN, LAWRENCEBURG, IN 47025

10924    DEARBORN GRAVEL COMPANY, 17250 MAIN ST-HARDINTOWN, LAWRENCEBURG, IN 47025

10925    DEARBORN INC, 678 FRONT ST, BEREA, OH 44017

10925    DEARBORN, 300 GENESEE ST, LAKE ZURICH, IL 60047

10925    DEARBORN, ELIZABETH, 273 CLARENDON ST ROOM 305, BOSTON, MA 02116

10925    DEARBORN, GEORGE, 3207 E QUAILS LAKE, NORCROSS, GA 30093

10925    DEARBORN, PATRICIA, 4707-T3 CREEKSIDE CIRCLE, OWINGS MILLS, MD 21117

10925    DEARDORFF, JOSEPH, 1202 ROOSEVELT DRIVE, ATLANTIC, IA 50022-2362

10925    DEARING, R, 9803 CYPRESS CREEK DR., LOUISVILLE, KY 40241

10925    DEARING, YOLANDA, AS CUST FOR JAIME N DEARING, UNIF GIFT MIN ACT CA, 110 E LOWELL AVE, SIERRA MADRE, CA 91024-2512

10925    DEARMAN, ANTHONY, 924 HUDSON DRIVE, WAYNESBORO, MS 39367

10925    DEARMAN, MILDRED, PO BOX 553, MAULDIN, SC 29662

10925    DEARMAN, RANDY, 350 CHEEK ROAD, GRAY COURT, SC 29645

10925    DEARMORE, KRISTINA, 1382 MEADE AVE, STURGIS, SD 57785

10925    DEARTH, PATRICIA, 1671 GLEN ETHEL DR, LONGWOOD, FL 32779

10925    DEASCENTIS, NICK, 1925 GLENOAKS, 101, SAN FERNANDO, CA 91340

10925    DEASON, THOMAS, 1219 S. MINISTER DRIVE, TUCKER, GA 30084

10925    DEASON, WILLIAM, PO BOX 464, BASILE, LA 70515

10925    DEASY & DWYER P.A., PO BOX 6180, NASHUA, NH 03063-6180

10925    DEATHERAGE, JIMMY, 4617 LINDALE, WICHITA FALLS, TX 76310

10925    DEATHERAGE, MIKKI, 4206 MEADOWBROOK, WICHITA FALLS, TX 76308

10925    DEATHRIDGE, B., 304 1/2 ELJION APT. A, OILDALE, CA 93308

10925    DEATON INC, POBOX 938, BIRMINGHAM, AL 35201

10925    DEATON, CHARLES, 205 WILDLIFE TRAIL, LAKELAND, FL 33809

10925    DEATON, DAVID, 2014 MEMORIAL PKWY, PORTLAND, TX 78374

10925    DEATON, EARL, 49011 INAUGA BAY., BOYNTON BEACH, FL 33436

10925    DEATON, INC, PO BOX 830621, BIRMINGHAM, AL 35283-0621

10925    DEATON, MARK, 1503 RUNNING BROOK, CHARLOTTE, NC 28214

10925    DEATON, RICHARD, 1839 COFFEE ROAD, WESTMINSTER, SC 29693

10925    DEATON, TRINA, 102 ROXIE LN NEW HOPE RD, BELMONT, NC 28012

10925    DEATS, ROSE, 128 D UNION ROAD, SPRING VALLEY, NY 10977

10925    DEAVEN, EARL, 4221 RENAULT DRIVE, SAN ANTONIO, TX 78218-5032

10925    DEAVER, CYNTHIA, RT 2 BOX 197A, DEER RUN, NC 28525

10925    DEAVER, VERNON, 2541 MAYFAIR DRIVE, GRAND JUNCTION, CO 81501

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DEBACA, ERNEST, 558 STEELE ST., CRAIG, CO 81625

10925   DEBAERE, ROGER, N5752 SECOND DR, BONDUEL, WI 54107

10925   DEBAILLON & DEBAILLON, POBOX 2069, LAFAYETTE, LA 70502

10925   DEBAILLON & MILEY, PO BOX 51387, LAFAYETTE, LA 70505

10925   DEBAILLON MILEY & BERNARD LLP, PO BOX 51387, LAFAYETTE, LA 70505

10925   DEBANDT, VAN HECKE, LACKE & LOESCH, RUE BREDORODE 13, B-1000 BRUSSELS, 01000

10925   DEBARDELEBEN & ASSOCIATES INC, POST OFFICE BOX 530723, BIRMINGHAM, AL 35253

10925   DEBARGE, GERALD, 4200 MAPLEWOOD #113, SULPHUR, LA 70663

10925   DEBARROS, ANTHONY, 4 PEQUOT ST, BILLERICA, MA 01862

10925   DEBARROS, AVELINO, 40 LEAVITT ST, BROCKTON, MA 02401

10925   DEBARROS, CHRISTINE, 82 HOBSON AVE, EAST PROVIDENCE, RI 02914

10925   DEBARROS, VANESSA, 61 PRESCOTT ST, MEDFORD, MA 02155

10925   DEBAS, ERITREA, 1714 SUMMIT PL #308, WASHINGTON, DC 20009

10924   DEBASE CONTRACTING, RIO HOTEL, LAS VEGAS, NV 89101

10925   DEBBIE GRAF, 123 BRIARCLIFF RD., HAMDEN, CT 06518

10925   DEBBIE HILL, RT 1 BOX 139, HAYSI, VA 24256

10925   DEBBIE SMITHART, 114 HANCOCK LANE, GREER, SC 29650

10925   DEBBIE-RAND MEMORIAL SERVICE LEAGUE, 800 MEADOWS ROAD, BOCA RATON, FL 33486

10925   DEBBYE SIMKINS, 2133 85TH ST, NORTH BERGEN, NJ 07047

10925   DEBCO PLASTICS, 91 BENNINGTON AVE, FREEPORT, NY 11520

10925   DEBELL, JACKQUELINE, 5539 COLUMBIA PIKE # A210, ARLINGTON, VA 22204

10925   DEBENEDETTO, MARK, 37 RUSSET LANE, EAST HAMPSTEA, NH 03826

10925   DEBENEDICTIS, STEPHEN, 395 MAIN ST # 5, MANCHESTER, CT 06040

10925   DEBENEDITTO, TONI, PO BOX 5, LAKE VILLAGE, IN 46349

10925   DEBENHAM ELECTRIC SUPPLY INC., PO BOX 34936, SEATTLE, WA 98124-1936

10925   DEBERRY, CATHERINE, 13 VAN DOREN AVE, SOMERVILLE, NJ 08876

10925   DEBERRY, MICHEAL, 1340 SOUTH ST. #108, LONG BEACH, CA 90805

10925   DEBIAS, MARY, 934 HUFF AVE, MANVILLE, NJ 08835

10925   DEBISZ, LISA, 42 FREDERICK ST., #9, DRACUT, MA 01826

10925   DEBLANC, ROBIN, 10603 MCKINNEY, DETROIT, MI 48224

10925   DEBNAM, MICHAEL, RT 2 BOX 154A, MACON, NC 27551

10925   DEBNER & COMPANY, 2000 BERING #100, HOUSTON, TX 77057

10925   DEBO, SAM, 2521 AVE SOUTH, SANTA FE, TX 77510

10925   DEBODE, KRISTIN, 10608 PASTIME ST NW, ALBUQUERQUE, NM 87114

10925   DEBOLT, CRAIG, 4616 GREEN COVE CR., BALTIMRE, MD 21219

10925   DEBONA, TAMMY, 56 BAYOU OAK DR, ALEXANDRIA, LA 71303

10925   DEBONO, GINA, 820 ROOSEVELT AVE., MANVILLE, NJ 08835

10925   DEBOO, STEVEN, 7 MIONSKE, LAKE ZURICH, IL 60047

10925   DEBORAH A LAWRENCE, 4801 CENTRAL AVE, OCEAN CITY, NJ 08226-1433

10925   DEBORAH ANN BRACH, C/O R BRACH, 1 CHASE MANHATTAN PLAZA 48TH FL, NEW YORK, NY 10005-1401

10925   DEBORAH ANN CHERRIX, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   DEBORAH B GUTHRIE, 390 OLD LIMESTONE RD, PARKESBURG, PA 19365-9513

10925   DEBORAH BURKS, 474 NORTH LAKE SHORE DR., CHICAGO, IL 60611

10925   DEBORAH D DOMENICUS, 7500 GRACE DR, COLUMBIA, MD 21044

10925   DEBORAH DEMMA, 12543 MARTINGALE, LOCKPORT, IL 60441

10925   DEBORAH E JELLEY, 15 LAUREL HILL RD, HOLLIS, NH 03049

10925   DEBORAH J ROBL, 631 ORA AVE DR, VISTA, CA 92083

10925   DEBORAH K ELLIS, 1 LEONARD ST, MOUNT KISCO, NY 10549-2913

10925   DEBORAH L CLEM, PO BOX 165, ROCKWOOD, TN 37854-0165

10925   DEBORAH L DOUTY, 30 RIVERLAWN DR, FAIR HAVEN, NJ 07704-3319

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DEBORAH L SMITH, 21 MASON ST, WINCHESTER, MA 01890-3126

10925   DEBORAH LEFF, 2100 LINCOLN PARK WEST, APT 12-CS, CHICAGO, IL 60614-4604

10925   DEBORAH LICHTENSTEIN, 260 W END AVE 12D, NEW YORK, NY 10023-3666

10925   DEBORAH LYNCH, 908 BURR ST, FAIRFIELD, CT 06430-7111

10925   DEBORAH M BAIER, 10943 EASTWOOD DR, PALOS HILLS, IL 60465-2309

10925   DEBORAH R BURK &, JOHN K BURK JT TEN, 421 DIVISION ST, BERLIN, PA 15530-1034

10925   DEBORAH S MILLER &, MITCHELL S SCHECTER JT TEN, 57 LYNNWOOD LANE, WORCESTER, MA 01609-1116

10925   DEBORAH SOBEL, 2666 GAYNOR NW, GRAND RAPIDS, MI 49544

10925   DEBORAH SUE HOLMES, C/O DEBORAH SUE ANDERSON, 10710 RUNNYMEADE LANE, MINNETONKA, MN 55305-2165

10925   DEBORAH WEINSTEIN &, JOSHUA WEINSTEIN JTWRS JT TEN, 1631 55TH ST, BROOKLYN, NY 11204-1824

10925   DEBOSE, RENEE, 1150 PALMETTO AVE., AKRON, OH 44306

10925   DEBOTH, STEVEN, 941 N 17TH ST, MILWAUKEE, WI 53223

10925   DEBOWER, JOYCE, ROUTE 2 BOX 188B, COLUMBUS, NE 68601

10925   DEBOY, JEFFREY, 5563 OREGON AVE, BALTIMORE, MD 21227

10925   DEBRA A MILLER, 41 ROSEMONT DR, PLAINVILLE, CT 06062-3025

10925   DEBRA ALTO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   DEBRA ANN SCARANO, 17 MARTIN ST, SAYREVILLE, NJ 08872-1530

10925   DEBRA CORKS, 854 E. 52ND ST, 3RD FL, CHICAGO, IL 60615

10925   DEBRA DAVIES, 9815 OWEN BROWN RD, COLUMBIA, MD 21045-4305

10925   DEBRA JOLLEY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02146

10925   DEBRA KORBAS, 9837 S WASHINGTON, OAK LAWN, IL 60453-2957

10925   DEBRA L BATTISTELLA &, GLENN R BATTISTELLA JTWRS JT TEN, 50 BROXBOURNE DR, FAIRPORT, NY 14450-1726

10925   DEBRA M TANSEY, 30 JOHNSON RD STE 7, WINDHAM, ME 04062-4388

10925   DEBRA OLSON, PO BOX 581141, SALT LAKE, UT 84158-1141

10925   DEBRA POOLE, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511

10925   DEBRA REEVES, 102 EDWARDS ROAD, LYMAN, SC 29365

10925   DEBRA, KALOWTEE, 109-21 115 ST., RICHMOND HILL, NY 11420

10925   DEBROUX, PATRICIA, N114 W15846 SYLVAN CIRCLE, GERMANTOWN, WI 53022

10925   DEBRUYN, L, 543 S WAIST, COLTAX, IA 50054

10924   DEBTFORD PLAZA, 32 PLUM STREET, TRENTON, NJ 08638

10924   DEC ASSOCIATES, 1620 S. SINCLAIR STREET, ANAHEIM, CA 92806

10924   DEC ASSOCIATES, 1620 SOUTH SINCLAIR STREET, ANAHEIM, CA 92806

10925   DECA VIBRATOR, PO BOX 1286, BRIDGEVIEW, IL 60455-0286

10925   DECALUWE, DENNIS, 14540 ELROND DRIVE, STERLING HTS, MI 48313

10925   DECANI, PHILLIP, 18271 CORAL ISLES DR, BOCA RATON, FL 33498

10924   DECANIO BUILDERS SUPPLY, PO BOX12379, CHICAGO, IL 60612-0379

10924   DECANIO BUILDING, 738 N. CALIFORNIA AVE, CHICAGO, IL 60612

10925   DECAR CORP, RALPH L FOSSIER JR, 7615 UNIVERSITY AVE, PO BOX 62011, MIDDLETON, WI 53562-3142

10925   DECAREAUX, DAVID, 367 SHADOW LN, LAPLACE, LA 70068

10925   DE-CARLO, FRANKLIN, 18268 181 CIRCLE SO, BOCA RATON FL, FL 33498

10925   DECARLO, FRANKLIN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   DECARLO, PATRICIA, 77 RAISIN TREE CIR, PIKESVILLE, MD 21208

10925   DECARLO, PATTI, 7500 GRACE DR., COLUMBIA, MD 21044

10925   DECARO, CHRISTOPHER, PO BOX 1111, LAKEVILLE, MA 02347-1111

10925   DECAROLIS TRUCK RENTAL, 333 COLFAX ST, ROCHESTER, NY 14606-3188

10925   DECARPIS, FABIAN, 10 GRIMSBY LN, NASHUA, NH 03063

10924   DECATUR BLDRS SUPPLY CO., 982 E. ELDORADO, DECATUR, IL 62525

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   DECATUR COMMUNITY HOSPITAL, 200 SOUTH FM 51, DECATUR, TX 76234

10924   DECATUR HOSPITAL, 2001 HWY 51, DECATUR, TX 76234

10925   DECATUR LOCK & KEY SHOP, INC, 380 W. PONCE DE LEON AVE, DECATUR, GA 30030

10924   DECATUR MEM. HOSPITAL/BARNES LOBBY, C/O WILKEN INSULATION, DECATUR, IL 62526

10925   DECATUR TRINITY CHRISTIAN CHURCH, 2440 ALLTURIA BLVD, BARTLETT, TN 38134

10925   DECENZO, JOHN, 525 MUNROE CIRCLE, GLEN BURNIE, MD 21061

10925   DECHAMPS, GUIDO, 7 SALTMARSH LANE, GLOUCESTER, MA 01930

10925   DECHART PRICE & RHOADS, 1717 ARCH ST, PHILADELPHIA, PA 19103-2793

10925   DECHECK, JOSEPH, 501 MINTON ST, PITTSBURGH, PA 15204

10925   DECHERT PRICE & RHOADS, 477 MADISON AVE, NEW YORK, NY 10022

10925   DECHERT PRICE & RHOADS, PO BOX 5218, PRINCETON, NJ 08543-5218

10925   DECHRISTOFORO, RUTHANN, 237 EAST ST, SHARON, MA 02067

10924   DECIBEL PRODUCTS, INC, 8635 STEMMONS FREEWAY, DALLAS, TX 75247

10924   DECIBEL PRODUCTS, INC., 8635 STEMMONS FREEWAY, DALLAS, TX 75247

10925   DECICCO, MICHAEL, 8303 HARRIET LANE, SEVERN, MD 21144

10925   DECICCO, MICHEAL, 5603 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   DECISION RESOURCES INC, PO BOX 5714, BOSTON, MA 02206

10925   DECISION STRATEGIES/FAIRFAX INTERN., 3141 FAIRVIEW PARK DR., STE.850, FALLS CHURCH, VA 22042

10925   DECISION TRAINING SYSTEMS, PO BOX E, ORFORD, NH 03777

10925   DECISIONONE CORPORATION, PO BOX 8500 K-165, PHILADELPHIA, PA 19178

10925   DECK, BEVERLY, 77 CO. RD. 2400, LAKEVILLE, OH 44638

10925   DECK, SAMUEL, ROUTE 2 BOX 871-B, BESSEMER, NC 28016

10925   DECK, TERRY, 8778 COLUMBUS RD, LAKEVILLE, OH 44638

10924   DECKER ELECTRIC, 235 N. WASHINGTON, WICHITA, KS 67020

10924   DECKER PRECISION MACHINING, PEOSTA INDUSTRIAL PARK, PEOSTA, IA 52068

10925   DECKER, CAMISSA, 2016 CHELSY DR, BENTON, LA 71006

10925   DECKER, CHARLES, W780 POTTERS CIRCLE, E TROY, WI 53120

10925   DECKER, CRAIG, 44 JAY ST, N ATTLEBORO, MA 02760

10925   DECKER, DAVID, PO BOX 2595, WILLISTON, ND 58801

10925   DECKER, DEBORAH, N2196 SHORE DR, MARINETTE, WI 54143

10925   DECKER, DIANE, PO BOX 2595, WILLISTON, ND 58801

10925   DECKER, GERALD O, 6050 W 51 ST, CHICAGO, IL 60638

10925   DECKER, GERALD, 1620 SO HAMPTON DR, AURORA, IL 60506

10925   DECKER, GERI, 3900 BAKER LANE, H, RENO, NV 89509

10925   DECKER, JOANNE, W9108 RIPLEY ROAD, CAMBRIDGE, WI 53523

10925   DECKER, JOSEPH, 10119 HIGHRIDGE RD, LAUREL, MD 20707

10925   DECKER, LAURA, 618 10TH ST., WINDSOR, CO 80550

10925   DECKER, PAUL, 1130 CASTLEWOOD PLACE, OWENSBORO, KY 42301

10925   DECKER, RICHARD, 6527 MONTANA AVE, HAMMOND, IN 46323

10925   DECKON, YEMI, 5075 ATLANTIC AVE #1, LONG BEACH, CA 90806

10925   DECKY, CARLA, 1520 E. HEWSON ST., PHILA, PA 19125

10925   DECLERC, JOHN, 1400 LANGLADE AVE, GREEN BAY, WI 54304

10924   DECO STONE, 256134 EAST HIGHWAY 260/STAR VALLEY, PAYSON, AZ 85541

10924   DECO STONE, ATTN: ACCOUNTS PAYABLE, PAYSON, AZ 85541

10924   DECO-CHEM INC., 3502 NORTH HOME STREET, MISHAWAKA, IN 46545

10924   DECO-CHEM, INC., 3502 NORTH HOME STREET, MISHAWAKA, IN 46545

10925   DECO-COAT PRODUCTS DIV, PO BOX 508, GREENVILLE, RI 02828

10924   DECOR PORCELAIN INC., 910 STATE STREET, MARINETTE, WI 54143

10924   DECOR PRECAST, 4184 WILLOUGHBEE RD., HOLT, MI 48842

10924   DECOR PRODUCTS, INC., NORTH CEDAR STREET, WAUSAUKEE, WI 54177

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DECORA OFFICE FURNITURE, PO BOX 8343, FORT LAUDERDALE, FL 33310-8343 | |
| 10924 | DECORATIVE INDUSTRIES, 174 ROUTE 17 NORTH, SLOATSBURG, NY 10974 | |
| 10925 | DECORDOVA MUSEUM, 51 SANDY POND ROAD, LINCOLN, MA 01773-2600 | |
| 10925 | DECOSTA, JOHN, 8275 PORTSMOUTH DR., SEVERN, MD 21194 | |
| 10925 | DECOSTA, KATHLEEN, 51 FREDERICK ST, 84, DRACUT, MA 01826 | |
| 10925 | DECOSTA, MICHAEL, BOX 750566, PETA LUMA, CA 94975 | |
| 10925 | DECOSTA, MICHAEL, PO BOX 716, SEVERN, MD 21144-0716 | |
| 10924 | DECOSTER CONST., 100 W. SNELL ROAD, OSHKOSH, WI 54901 | |
| 10925 | DECOSTER, MARLA, 13620 KENNER DRIVE, BATON ROUGE, LA 70810 | |
| 10925 | DECOTIIS, FITZPATRICK, CLUCK, 500 FRANK W. BURR BLVD., TEANECK, NJ 07666 | |
| 10925 | DECOURCEY, CAROL, 30 BRENTWOOD RD, WOBURN, MA 01801 | |
| 10925 | DECOWSKI, ANN, 9036 VICTORIA GARDENS N., BROOKLYN PARK, MN 55443 | |
| 10925 | DECROCE, JOAN, 46 LOMBARD DR., W CALDWELL, NJ 07006 | |
| 10925 | DEDEAUX, SHELIA, 2512 NEYREY, METAIRIE, LA 70001 | |
| 10925 | DEDEO, ANJA, 7 PATTI ROAD, BEVERLY, MA 01915 | |
| 10925 | DEDICK, EUGENE, 812 SOUTH 9TH AVE, ELDRIDGE, IA 52748 | |
| 10925 | DEDMAN, RITA, 119 LONG ST, POLLOCK, LA 71467 | |
| 10925 | DEDMON, A, 517 ROYAL RD, WICHITA FALLS, TX 76308 | |
| 10925 | DEDMON, JOHN, 8420 ORANGE BLOSSOM, BAKERSFIELD, CA 93306 | |
| 10924 | DEDMON'S TRANSIT CONCRETE MIX INC, 223  WEST GROVER STREET, SHELBY, NC 28150 | |
| 10924 | DEDMON'S TRANSIT CONCRETE MIX, ATTENTION: ACCOUNTS PAYABLE, SHELBY, NC 28151-1512 | |
| 10925 | DEDRICK, CRAIG, 2520 E LOYOLA DR, TEMPE, AZ 85282-4168 | |
| 10925 | DEDRICK, CRAIG, 4505 S HARDY #1111, TEMPE, AZ 85282 | |
| 10925 | DEDRICK, TOMMY, 2105 EAST 4TH ST #18, LUBBOCK, TX 79403 | |
| 10925 | DEE ANN GILLIES TR UA AUG 3 94, DEE ANN GILLIES TRUST, 7419 CHERRYHILL DR, INDIANAPOLIS, IN 46254-9769 | |
| 10924 | DEE CALVERLY, PO BOX 669, BEEVILLE, TX 78104 | |
| 10924 | DEE CEE LAB INC, 115 S.C.T. COURT, WHITE HOUSE, TN 37188 | |
| 10924 | DEE CEE LAB INC., PO BOX 383, WHITE HOUSE, TN 37188-0383 | |
| 10924 | DEE CEE LAB, INC, PO BOX 383, WHITE HOUSE, TN 37188-0383 | |
| 10925 | DEE, JANE, 693 CORONA WAY, DEERFIELD BEACH, FL 33442 | |
| 10925 | DEE, TONI, 3700 MYKONOS COURT, BOCA RATON, FL 33487 | |
| 10925 | DEEB, MARCELL, 81 FREMONT ST, MARLBORO, MA 01752 | |
| 10925 | DEEB, VICTOR, 81 FREMONT ST, MARLBORO, MA 01752 | |
| 10924 | DEECO, INC., 3404 LAKE WOODARD DRIVE, RALEIGH, NC 27604 | |
| 10924 | DEECO, INC., PO BOX 4159, CARY, NC 27519 | |
| 10925 | DEED, THERESA, 4543 DON, LOS ANGELES, CA 90008 | |
| 10925 | DEEDS, KRIS, 454 HIGH ST, ELYRIABURG HTS, OH 44035 | |
| 10925 | DEEHL CARLSON P A, 2600 S DOUGLAS RD #1007, CORAL GABLES, FL 33134 | |
| 10925 | DEEKS & COMPANY INC, 4748 LEWIS ROAD, STONE MOUNTAIN, GA 30083 | |
| 10925 | DEEKS & COMPANY, DEPT 5035 PO BOX 740041, LOUISVILLE, KY 40201-7441 | |
| 10925 | DEEL, LAWRENCE, 8820 WALTHER BLVD., 2511, PARKVILLE, MD 21234 | |
| 10925 | DEEL-BLOMSHIELD, SANDRA, 5013 14TH ST, LUBBOCK, TX 79416 | |
| 10925 | DEELY, KATHLEEN, 37 SUMMER ST, W ROXBURY, MA 02132 | |
| 10925 | DEEMAC MEDICAL INC., 311 S CYPRESS ROAD, POMPANO BEACH, FL 33060 | |
| 10924 | DEEN READY MIX CONC CO, 220 NO. NEW ORLEANS, BRINKLEY, AR 72021 | |
| 10924 | DEEN READY MIX CONC CO, P O BOX 805, BRINKLEY, AR 72021 | |
| 10924 | DEEN READY MIX CONC CO., PO BOX805, BRINKLEY, AR 72021 | |
| 10925 | DEEN, ROBERT, 8 GENEVA AVE, WESTMONT, NJ 08108 | |
| 10925 | DEEN, VALERIE, 3980 N. 14TH ST., PHOENIX, AZ 85014 | |
| 10925 | DEENER, C, 774 DELLROSE, MEMPHIS, TN 38116 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DEENEY, CHRISTINE, 305 WEST THIRD AVE, RUNNEMEDE, NJ 08078

10925   DEENEY, FRANCIS, 14 GODFREY ST., TAUNTON, MA 02780

10924   DEEP CREEK READY MIX, 19746 GARRETT HGHY., OAKLAND, MD 21550

10924   DEEP CREEK READY MIX, 19746 GARRETT HIGHWAY, OAKLAND, MD 21550

10924   DEEP CREEK READY MIX, 19746 GARRETT HWY., OAKLAND, MD 21550

10924   DEEP RIVER MILLS COATED FABRICS, NC HIGHWAY #22 @ DEEP RIVER BRIDGE, HIGHFALLS, NC 27259

10924   DEEP RIVER MILLS COATED FABRICS, PO BOX 66, HIGHFALLS, NC 27259

10924   DEEP SOUTH BLENDERS INCORPORATED, 720 ST. GEORGE AVENUE, NEW ORLEANS, LA 70121

10924   DEEP SOUTH BLENDERS INCORPORATED, PO BOX 752, METAIRIE, LA 70004

10925   DEEP SOUTH FIREPROOFING INC, 468 HARRISON ROAD, NEWTON, MS 39345

10924   DEEP SOUTH FIREPROOFING, 468 HARRISON RD, NEWTON, MS 39345

10924   DEEP SOUTH SPECIALTIES, 468 HARRISON ROAD, NEWTON, MS 39345

10924   DEEP VALLEY, C.K. VARNER, ROLLING HILLS, CA 90274

10925   DEER CREEK LAWN CARE, RD# 1 BOX 361, WEST MIDDLESEX, PA 16159

10925   DEER CREEK REAL ESTATE, 2345 W HILLSBORO BLVD, DEERFIELD BEACH, FL 33442

10925   DEER PARK INDEPENDENT SCH, 203 IVY ST, DEER PARK, TX 77536

10924   DEER PARK REDI MIX CORP, 145 SOUTH 4TH ST, BAY SHORE, NY 11706

10924   DEER PARK REDI MIX CORP., 145 SOUTH 4TH ST, BAY SHORE, NY 11706

10924   DEER PARK REDI MIX CORP., 145 SOUTH 4TH STREET, BAY SHORE, NY 11706

10925   DEER PARK SPRING WATER, PO BOX 52271, PHOENIX, AZ 85072

10925   DEER PARK SPRING WATER, PO BOX 85071, LOUISVILLE, KY 40285-5071

10924   DEER VALLEY WATER TREATMENT, PHOENIX, AZ 85019

10924   DEER VALLEY, C/O SAN FRANCISCO GRAVEL, ANTIOCH, CA 94509

10924   DEER VALLEY, PHOENIX, AZ 85027

10924   DEERBORNE COUNTY HOSPITAL, 600 WILSON CREEK ROAD, LAWRENCEBURG, IN 47025

10925   DEEREN, MERYL-LISA, 4103 W ATLANTIC BLVD, COCONUT CREEK, FL 33066

10924   DEERFIELD 2, WEBB ROAD  AND MORRIS ROAD, ALPHARETTA, GA 30004

10925   DEERFIELD BEACH RESORTS, 950 SOUTHEAST 20 AVE, DEERFIELD BEACH, FL 33441

10925   DEERFIELD BEACH/BOCA RATON HILTON, 100 FAIRWAY DR, DEERFIELD BEACH, FL 33441

10924   DEERFIELD BUILDERS SUPPLY CO., INC., 77 S.E. 2ND AVENUE, DEERFIELD BEACH, FL 33441

10925   DEERFIELD FLORIST, 426 W. HILLSBORO BLVD., DEERFIELD BEACH, FL 33441

10924   DEERFIELD SQUARE, 740 WAUKEGAN ROAD, DEERFIELD, IL 60015

10925   DEERING, PATRICK, 1220 PARKSIDE DRIVE, PALATINE, IL 60067

10925   DEERY, BEATRICE, 5515 STRACK ROAD, #122, HOUSTON, TX 77069

10925   DEES FLUID POWER, 8860 KELSO DR, BALTIMORE, MD 21221

10925   DEES FLUID POWER, PO BOX 75322, BALTIMORE, MD 21275

10925   DEES HYDRAULICS CO., 8860 KELSO DR., BALTIMORE, MD 21221

10925   DEES JR, TRACY, 6 MAPLETON DRIVE, GREENVILLE, SC 29607-9707

10925   DEES, WILBUR, 1191 LAKE ELBERT DR. N.E., WINTER HAVEN, FL 33881

10925   DEESE, JERRY, 106 TOLLGATE COURT, SIMPSONVILLE, SC 29681

10925   DEESE, TIFFANY, 200 LAKELAND DR, ATHENS, GA 30607

10925   DEETH WILLIAMS WALL, 150 YORK ST , SUITE 400, TORONTO, ON M5H 3S5CANADA     *VIA Deutsche Post*

10924   DEF DISTRIBUTION REGION WEST, 25600 S CHRISMAN ROAD, TRACY, CA 95376-5000

10924   DEF DOST DEPOT CHARLESTON SC, BLDG 198, CHARLESTON, SC 29408-6300

10924   DEF REUTILIZATION MKTG OFFICE, DRMO PENNSACOLA (SY236431273610XXX), PENSACOLA, FL 32508-7404

10924   DEF. DIST. DEPOT SAN DIEGO, BOSS NAVAL STATION FAC.B BLDG. 330, SAN DIEGO, CA 92136

10925   DEFELICE, ERIC, 111 JANE ST, CHAUVIN, LA 70344

10925   DEFELICE, JANICE, 17 DUNSTAN RD, CHELMSFORD, MA 01824

10924   DEFENCE FINANCE & ACCT SE, ATTN:EFAS-CO-AEDDA BLDG 4, COLUMBUS, OH 43238

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 DEFENSE DEPOT REGION EAST, BLDG. 2001, NEW CUMBERLAND, PA 17070

10924 DEFENSE DEPOT SAN JOAQUIN, PO BOX 960001, STOCKTON, CA 95296

10924 DEFENSE DEPOT-SHARP FACILITY, RECEIVING DIVISION - BLDG. 330, LATHROP, CA 95330-5330

10924 DEFENSE DIST. DEPOT ANNISTON, BLDG. 362 CENTRAL RECEIVING, ANNISTON, AL 36201-4199

10924 DEFENSE DIST. DEPOT SAN JOAQUIN, R.M. WAITE, 25000S. CHRISMAN RD., TRACY, CA 95376-5000

10924 DEFENSE DIST. DEPOT TOBYHANNA PA., BLDG. 1C BAY 6 RECEIVING, TOBYHANNA, PA 18466

10924 DEFENSE DISTRIBUTION DEPOT MEMPHIS, 2163 AIRWAYS BLVD, BUILDING 359, MEMPHIS, TN 38114-5555

10924 DEFENSE DISTRIBUTION DEPOT RICHMOND, GATE 13, RICHMOND, VA 23297

10925 DEFENSE DISTRIBUTION DEPOT, (DDJF-TC)-VOUCHER PAYMENT, NAVAL AIR STATION JACKSON, FL 32212-0000

10924 DEFENSE DISTRIBUTION DEPOT, (DDJF-TC)-VOUCHER PAYMENT, NAVAL AIR STATION JAXSONV, FL 32212-0000

10924 DEFENSE DISTRIBUTION DEPOT, ATT: PENNY HOLCOMBE, BLDG. #44, 8000 JEFF DAVIS HWY., RICHMOND, VA 23297

10924 DEFENSE DISTRIBUTION DEPOT, R.M. WAITE, NAVAL STATION FACILITY  BLDG. 3304, SAN DIEGO, CA 92136

10924 DEFENSE DISTRIBUTION DEPT RICHMOND, GATE 13, RICHMOND, VA 23297-5900

10924 DEFENSE DISTRIBUTION REGION WEST, DISTRIBUTION DEPOT RED RIVER, TEXARKANA, TX 75507-5000

10925 DEFENSE ELECTRONIC SUPPLY, SUPPLY CENTER SC0900, DAYTON, OH 45444

10925 DEFENSE FINANCE & ACCTG SERVICE, CLEVELAND CENTER - SAN DIEGO, DISBURSING OFFICER, 937 N HARBOR DR, SAN DIEGO, CA 92132-5555

10925 DEFENSE FINANCE AND ACCOUNTING SERV, 1545 SECOND ST WEST, CHARLESTON, SC 29405-1111

10924 DEFENSE FINANCE AND ACCOUNTING SVC, ATTN: CUSTOMER SERVICE, 4181 RUFFIN ROAD, SAN DIEGO, CA 92123

10924 DEFENSE MAPPING, RICHARDSON ROAD, ARNOLD, MO 63010

10925 DEFENSE PROPERTY DISPOSAL OFFICE, JIM THOMAS, 5851 F AVE LEGAL OFFICE BLDG 849, BLDG #849, HILL AFB, UT 84056-5713

10924 DEFENSE RESEARCH INC., 1425 COMMERCE BLVD., ANNISTON, AL 36207

10924 DEFENSE RESEARCH INC., P.O. BOX 7909, NAPLES, FL 33941

10924 DEFENSE RESEARCH INCORPORATED, 1425 COMMERCE BLVD, ANNISTON, AL 36207

10925 DEFENSE RESEARCH INSTITUTE, PO BOX 72225, CHICAGO, IL 60678-2225

10925 DEFENSE SYSTEMS CORP, ROBERT A SCHELL, 204 EDISON WAY, RENO, NV 89502

10925 DEFENSOR COMPANY, INC, PO BOX 545, SAN LEANDRO, CA 94577

10925 DEFFENBAUGH DISPOSAL SERVICE, POBOX 3220, SHAWNEE, KS 66203

10924 DEFIANCE ELECTRONICS, INC, 155 B NATALIE BLVD., LOUDON, TN 37774

10925 DEFILIPPO, ARLENE, 30 PEACH ORCHARD RD, BURLINGTON, MA 01803

10925 DEFILIPPO, EMILIA, 48 DAVIS AVE., RANDOLPH, NJ 07869

10925 DEFILIPPO, LAUREN, 21 EAGLE RIDGE WAY, NANUET, NY 10954

10925 DEFILIPPO, STEPHANIE, 302 PIERMONT AVE 2C, SOUTH NYACK, NY 10960

10925 DEFILLIP, JOHN, 4 PROMENADE ST, PITTSBURGH, PA 15205

10924 DEFLECTO, 7035 E 86TH STREET, INDIANAPOLIS, IN 46250

10925 DEFLORIMONTE, MICHAEL, 3612 HIGHMOOR COURT, ORLANDO, FL 32818

10925 DEFOOR, GREGORY, 1485 COVENTRY MEADOW, SYKESVILLE, MD 21784

10925 DEFORE, GREGORY, 451 WHISPERING PINES LANE, SALEM, SC 29676

10925 DEFORE, WALTER, 612 WEST 3RD, BURKBURNETT, TX 76354

10925 DEFOREST ENTERPRISES, INC, 6421 CONGRESS AVE, BOCA RATON, FL 33487

10925 DEFOREST, JULIE, 1520 SUNDANCE DR, MARION, IA 52302

10925 DEFORGE, CRISTINA, 12117BLUEPAPERTRAIL, COLUMBIA, MD 21044

10925 DEFRANCISCO, JOSEPH, 2 WOODBURY WAY, FAIRPORT, NY 14450

10925 DEFRANCO, ANTHONY, 79 CHESHIRE LANE, RINGWOOD, NJ 07456

10925 DEFRANCO, DR NORMAN J, 6219 W 63RD ST, CHICAGO, IL 60638

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DEFRANK, TANIS, 582 SHORT ST, GREENSBURG, PA 15601 | |
| 10925 | DEFRANK, TRINA, 582 SHORT ST, GREENSBURG, PA 15601 | |
| 10924 | DEFT, INC., 17451 VON KARMAN AVENUE, IRVINE, CA 92714 | |
| 10925 | DEFUR, BETTIE, RT 2 BOX 802, COPPERAS COVE, TX 78652 | |
| 10925 | DEFUSCO, MICHELLE, 831 SEVEN MILE RD, HOPE, RI 02831-1852 | |
| 10925 | DEGEARE, JOE, PO BOX 40129, HOUSTON, TX 77240-0129 | |
| 10925 | DEGEN OIL CO., 200 KELLOGG ST., JERSEY CITY, NJ 07305 | |
| 10925 | DEGENARO, STEPHEN, 370 GOLDIE RD, YOUNGSTOWN, OH 44505 | |
| 10925 | DEGENHARDT AUTO BODY, 3647 HWY 151, SUN PRAIRIE, WI 53590 | |
| 10925 | DEGEORGE, MARK, 11 MYRTLE ST, NORWOOD, MA 02062 | |
| 10925 | DEGERE, GLENN, 23 ENTERPRISE ST, ADAMS, MA 01220 | |
| 10925 | DEGERE, RICHARD, 75 COMMERCIAL ST., ADAMS, MA 01220 | |
| 10925 | DEGHETTO, MARY, 21 E QUACKENBUSH AVE, DUMONT, NJ 07628 | |
| 10925 | DEGIRONIMO, PETER, 47 WILDBROOK RD, BILLERICA, MA 01866 | |
| 10925 | DEGNAN, JOHN W, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY, 1335 W DUNLAP, PHOENIX, AZ 85021-2949 | |
| 10925 | DEGOLLADO, FRANCISCO, 1003 W 24TH ST., MISSION, TX 78572 | |
| 10925 | DEGOLLADO, JUAN, 211 WOODLAND, FRIONA, TX 79035 | |
| 10925 | DEGOLYER, R, 915 PIPKIN ROAD WEST, LAKELAND, FL 33813 | |
| 10925 | DEGONON, DIDIER, 38 AVE DE LA RESISTANCE, BAT D, SANARY, 83110FRANCE | *VIA Deutsche Post* |
| 10925 | DEGORE, JOHN, 434 BOGGS AVE, PITTSBURGH, PA 15211 | |
| 10924 | DEGOWIN BLOOD CENTER-U OF IOWA HOSP, SERRANO SUPPLY, 215 9TH STREET, CORALVILLE, IA 52241 | |
| 10925 | DEGRAFF, RICHARD, 2647 BRUNSWICK COURT, LISLE, IL 60532 | |
| 10925 | DEGRASSE, TODD A, 1900 STEVEN 413, RICHLAND, WA 99352-2128 | |
| 10925 | DEGRAVELLESLMINTIER, 628 ST. LOUIS ST, BATON ROUGE, LA 70802 | |
| 10925 | DEGRAY, PAMALA, PO BOX 1840, WESTFIELD, MA 01086 | |
| 10925 | DEGRAZIA, DENISE, 54 LAKESIDE AVE, LAKEVILLE, MA 02347 | |
| 10925 | DEGREE DAY SYSTEMS INC, 33 VILLAGE PARK ROAD, CEDAR GROVE, NJ 07009-1286 | |
| 10925 | DEGREE DAY SYSTEMS, 33 VILLAGE PARK ROAD, CEDAR GROVE, NJ 07009-1286 | |
| 10925 | DEGREGORIO, DIANA, 23 FLETCHER ST, WINCHESTER, MA 01890 | |
| 10925 | DEGROFF, WANDA, 204 STATZ LANE, DANE, WI 53529 | |
| 10925 | DEGROOT, RICHARD, 4303 TOUCHSTONE DRIVE, ONEIDA, WI 54155 | |
| 10925 | DEGULIS, CATHERINE, 186 KINDERKAMACK RD, WESTWOOD, NJ 07675 | |
| 10924 | DEGUSSA CATALYST (PTY) LTD., C/O SHIPCO TRANSPORT, C/O C.D.C., 925 WEST THORNDALE ROAD, ITASCA, IL 60143 | |
| 10924 | DEGUSSA CATALYST (PTY) LTD., PO BOX 862, PORT ELIZABETH, 06000ZAF | *VIA Deutsche Post* |
| 10924 | DEGUSSA CATALYSTS (PTY) LTD., PO BOX 862, PORT ELIZABETH, 06000ZAF | *VIA Deutsche Post* |
| 10925 | DEGUSSA CORP, MS JANE PRITCHARD, 65 CHALLENGER ROAD, RIDGEFIELD PARK, NJ 07660 | |
| 10924 | DEGUSSA CORP., 5150 GILBERTSVILLE HIGHWAY, CALVERT CITY, KY 42029 | |
| 10924 | DEGUSSA CORPORATION, PIGMENTS GROUP, PO BOX 606, RIDGEFIELD PARK, NJ 07660 | |
| 10924 | DEGUSSA CORPORATION, PO BOX 606, THEODORE, AL 36590 | |
| 10924 | DEGUSSA CORPORATION, THEODORE INDUSTRIAL PARK, THEODORE, AL 36590 | |
| 10924 | DEGUSSA METALS CATALYSTS CERDEC AG, PO BOX 13 51, D-63403 HANAU, 99999DEU | *VIA Deutsche Post* |
| 10924 | DEGUSSA SKANDINAVIEN KATALYSATOR AB, HANGARVAGEN 24, 69135 KARLSKOGA, 999 99SWE | *VIA Deutsche Post* |
| 10924 | DEGUSSA SKANDINAVIEN KATALYSATOR AB, HANGARVAGEN 24, KARLSKOGA, 691 35SWE | *VIA Deutsche Post* |
| 10924 | DEGUSSA SKANDINAVIEN, HANGARVAGEN 24, 691 35 KARLSKOGA, ELSMERE, 999 99SWE | *VIA Deutsche Post* |
| 10924 | DEGUSSA, 104 NEW ERA AVENUE, SOUTH PLAINFIELD, NJ 07080 | |
| 10925 | DEGUSSA, 3900 SOUTH CLINTON AVE, SOUTH PLAINFIELD, NJ 07080 | |
| 10924 | DEGUSSA, 65 CHALLENGER ROAD, RIDGEFIELD PARK, NJ 07660 | |
| 10925 | DEGUSSA/METAL GROUP, 3900 SO CLINTON AVE, SOUTH PLAINFIELD, NJ 07080 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DEGUZMAN, FREDILILY, 3112 RUNNING DEER CR, LOUISVILLE, KY 40241

10925   DEGUZMAN, LUNA, 11 SYLVESTRO WAY, GARNERVILLE, NY 10923

10924   DEH R&U PROP ACCOUNT, BLDG. 1946, FORT SILL, OK 73503

10925   DEHAAN, BRENDA, 779 ANDOVER RD., MANSFIELD, OH 44907

10925   DEHART III, LEONARD, 1 KENNISTON ST, LEOMINSTER, MA 01453-1808

10925   DEHART, MAGNUS, 214 ASPEN DRIVE, HOUMA, LA 70360

10925   DEHART, ROBIN, 4509 TIN TOP RD., WEATHERFORD, TX 76087

10925   DEHAVEN, BETTY, 116 E BYRD, PUEBLO WEST, CO 81007

10925   DEHAY & ELLISTON LLP, 3500 NATIONSBANK PLAZA, 901 MAIN ST, DALLAS, TX 75202-3736

10925   DEHAY, MICHAEL, 6105 AUSTIN, ODESSA, TX 79763

10925   DEHELEAN, DIANA, 5248 S.MENARD, CHICAGO, IL 60638

10925   DEHELEAN, DIANA, 58 W 79TH ST, WILLOWBROOK, IL 60514

10925   DEHESUS, PATRICIA, 9830 BELMONT ST, BELLFLOWER, CA 90706

10924   DEHLING-VOIGHT, 4229 HWY. Y *DO NOT USE*, NEWBURG, WI 53060

10924   DEHLING-VOIGHT, ATTN:  ACCOUNTS PAYABLE, NEWBURG, WI 53060

10924   DEHLING-VOIGHT, P.O. BOX 97, NEWBURG, WI 53060

10925   DEHN, BERNARD, 152 BARBARA RD., SEVERNA PARK, MD 21146

10925   DEHNERT, ALBERT J, 225 EAST DEWEY AVE, SAN GABRIEL, CA 91776-3828

10925   DEHOFF, ROBERT, 417 EAST 9TH 17, NEW YORK, NY 10009

10925   DEHOYOS, ROBERT, 2414 ROBLEY ST., PASADENA, TX 77502

10925   DEHUT, TIMOTHY, 4601 ALLEN LA, OCONTO, WI 54153

10925   DEI, 5423 JET VIEW CIRCLE, TAMPA, FL 33634

10925   DEI/DOMESTIC EXP. SERVICES INC., 5101 TAMPA WEST BLVD., #200, TAMPA, FL 33634-2408

10925   DEIBERT, MICHAEL, 1409 SPORTSMAN RD, ROCKYMOUNT, NC 27804

10925   DEIDRE C LYONS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DEIDRE CAWRSE LYONS, ZERO KENISTON ROAD, LYNNFIELD, MA 01940

10925   DEILEY, DIANA, PO BOX 452, RAYNHAM CTR, MA 02768

10925   DEILY, KARL, 212 LOBLOLLY LANE, GREENVILLE, SC 29607-5433

10925   DEILY, MARIE, 139 S 2ND ST, QUAKERTOWN, PA 18951-1607

10925   DEIRDRE A HODOSY, 24 ESSEX ST, BUFFALO, NY 14213-2332

10925   DEIRDRE M FROST PER REP EST, THOMAS S B MURPHY, 2283 STRATHMORE DR, ATLANTA, GA 30324-4226

10925   DEISTER CONCENTRATOR CO, THE, 75 REMITTANCE DR SUITE 1019, CHICAGO, IL 60675-1019

10925   DEISTER CONCENTRATOR CO,INC, THE, PO BOX 1, FORT WAYNE, IN 46801

10925   DEISTER CONCENTRATOR COMPANY INC, PO BOX 1, FORT WAYNE, IN 46801

10925   DEISZ, ALBERT, 1411 FALLSMEAD WAY, ROCKVILLE, MD 20854

10925   DEITCHE, HEIDI, 3126 SHADOW BROOK, INDIANAPOLIS, IN 46214

10925   DEITER, STEPHENS & DURHAM, 100 S ASHLEY DR STE 1470, TAMPA, FL 33602

10925   DEITERICH, JOSEPH, 6548 CHARLES BRYAN COVE, BARTLETT, TN 38134

10925   DEITZ, PHILIP, 2935 RIDGE ROAD, BALTIMORE, MD 21244

10925   DEJEAN, AUDIE, 501 ARMENTOR ST., NEW IBERIA, LA 70560

10925   DEJESUS, CARLOS, 5300 WASHINGTON ST, K-230, HOLLYWOOD, FL 33021

10925   DEJESUS, EDDIE, 4 OSSINGTON AVE, WEST LAWN, PA 19609

10925   DEJESUS, RICARDO, 43 WESTERN AVE, TRENTON, NJ 08618

10925   DEJKUNCHORN, VAL, PO BOX 272538, TAMPA, FL 33688

10925   DEJONG, GERALD, 45950 SENTINEL PL., FREMONT, CA 94539

10925   DEJONG, MARIA, 51 REDFIELD CIRCLE, DERRY, NH 03038

10925   DEJUARES, SALVADOR, 4302 NORTH 4 TH ST # 2, ARLINGTON, VA 22203

10925   DEJULIUS JT TEN, GENE A & JANICE J, N3522 COUNTY NN, LAKE GENEVA, WI 53147

10925   DEKA, EWA, 2956 MARRIOTTSVLE RD, ELLICOTT CITY, MD 21042

10925   DEKALB COUNTY GEORGIA, PO BOX 100001, DECATUR, GA 30031-7001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DEKALB COUNTY GEORGIA, PO BOX 1088, DECATUR, GA 30031-1088 | |
| 10925 | DEKALB COUNTY GEORGIA, POST OFFICE BOX 1088, DECATUR, GA 30031-1088 | |
| 10924 | DEKALB COUNTY JAIL, 4329 MEMORIAL DRIVE, DECATUR, GA 30038 | |
| 10924 | DEKALB COUNTY JAIL, 4425 MEMORIAL DRIVE, DECATUR, GA 30032 | |
| 10924 | DEKALB COUNTY JAIL, OFF 285 AT 4329 MEMORIAL DRIVE, DECATUR, GA 30038 | |
| 10925 | DEKALB COUNTY TAX COMMISSIONER, 120 WEST TRINITY PLACE, DECATUR, GA 30030-3304 | |
| 10925 | DEKALB COUNTY TAX COMMISSIONER, PO BOX 100004, DECATUR, GA 30031-7004 | |
| 10925 | DEKALB COUNTY, GEORGIA, PO BOX 1027, DECATUR, GA 30031-1027 | |
| 10925 | DEKALB MEDICAL CENTER, PO BOX 102204, ATLANTA, GA 30368-2204 | |
| 10925 | DEKERMENDJIAN, RAFI, 109 REED ST, CAMBRIDGE, MA 02140 | |
| 10924 | DEKES BEST CRETE, 14151 N SAGINAW RD, CLIO, MI 48420 | |
| 10924 | DEKE'S BEST CRETE, 14151 N. SAGINAW ROAD, CLIO, MI 48420 | |
| 10924 | DEKE'S BEST CRETE, 189 BUTLER STREET, CARO, MI 48723 | |
| 10925 | DEKEYSER, JAMES, 600 12TH AVE, GREEN BAY, WI 54203 | |
| 10925 | DEKKER, DARREN, PO BOX 1837, WICHITA FALLS, TX 76307 | |
| 10925 | DEKKER, MICHAEL A, 40 PATTERSON AVE, SHREWSBURY, NJ 07702-4112 | |
| 10925 | DEKKER, MICHAEL, 40 PATTERSON AVE, SHREWSBURY, NJ 07702 | |
| 10925 | DEKKER, ROBERT, 16 RUSSELL ST, ARLINGTON, MA 02474 | |
| 10925 | DEKLAU, ELLEN, 3628 JOYCIN COURT, ELLICOTT CITY, MD 21042 | |
| 10924 | DEKNATEL, INC., 1295 MAIN STREET, COVENTRY, CT 06238 | |
| 10924 | DEKNATEL, INC., PO BOX 219, COVENTRY, CT 06238 | |
| 10925 | DEKONING, MICHAEL, 208 FAIRFAX ROAD, EASLEY, SC 29642 | |
| 10925 | DEKRUYF, RODNEY, 3187 370TH ST, SIOUX CENTER, IA 51250 | |
| 10925 | DEK-TRON, 39 LACKAWANNA PL, BLOOMFIELD, NJ 07003-2473 | |
| 10925 | DEKU KUNSTOFF GMBH, POSTFACH 53, POMMELSBRUNN, 91221GEMANY | *VIA Deutsche Post* |
| 10925 | DEKU KUNSTOFF, FABRIKSTR.1, POMMELSBRUNN, 91221GERMANY | *VIA Deutsche Post* |
| 10925 | DEL CAMPO, DEBRAH, 12716 S.W. 55 ST, MIAMI, FL 33175 | |
| 10925 | DEL CORP., C/O GILMER R. ABLER, 23210 RED OAK TRAIL, TOMBALL, TX 77375 | |
| 10925 | DEL CORRAL, VICTORIA, 139 E 33RD ST, NEW YORK, NY 10016-5302 | |
| 10925 | DEL DONNA, FRANK, 295 CLOVERDALE COURT, SADDLE BROOK, NJ 07662 | |
| 10924 | DEL ELECTRIC, 19050 A. WOODFIELD ROAD, GAITHERSBURG, MD 20879 | |
| 10925 | DEL ELECTRONICS, ONE COMMERCE PARK, VALHALLA, NY 10595 | |
| 10925 | DEL FIERRO, EDGAR, 707 RALEIGH ST. #6, GLENDALE, CA 91205 | |
| 10925 | DEL GRECO, GARY, 10 CAMPBELL ST, WOBURN, MA 01801 | |
| 10924 | DEL LABORATORIES, 565 BROAD HOLLOW ROAD, FARMINGDALE, NY 11735 | |
| 10924 | DEL LABORATORIES, RIVERSIDE INDUSTRIAL PARK, LITTLE FALLS, NY 13365 | |
| 10924 | DEL LABORATORIES, WAMBOLD ROAD & INDUSTRIAL BLVD, MAINLAND, PA 19451 | |
| 10925 | DEL MAR ANALYTICAL, 2852 ALTON AVE, IRVINE, CA 92714 | |
| 10925 | DEL MAR ANALYTICAL, 2852 ALTON AVE., IRVINE, CA 92606 | |
| 10925 | DEL MARCELLE, VICKI, 1433 CAROLE LANE, GREEN BAY, WI 54313 | |
| 10925 | DEL MONTE CORP, DENNIS J KRUMHOLZ, RIKER DANZIG SCH, ONE SPEEDWELL AVE, HEADQUARTERS PLAZA, MORRISTOWN, NJ 07962-1981 | |
| 10925 | DEL MONTE CORP, SUSAN J FLEIDER LEGAL DEPT, ONE MARKET 6TH FL, PO BOX 193575, SAN FRANCISCO, CA 94119-3575 | |
| 10924 | DEL MONTE CORPORATION, 506 WEST NORTH STREET, PLYMOUTH, IN 46563 | |
| 10924 | DEL MONTE FOODS, U.S.A., 8410 AMELIA STREET, OAKLAND, CA 94621 | |
| 10924 | DEL MONTE PHILIPPINES INC., C/O DAVID KNOTT - APBLS, ONE MARKET PLAZA, SAN FRANCISCO, CA 94119 | |
| 10924 | DEL MONTE PHILIPPINES, INC., C/O APL WAREHOUSE, 8410 AMELIA STREET, OAKLAND CA, 94607PHL | *VIA Deutsche Post* |
| 10924 | DEL MONTE PHILIPPINES, INC., C/O DAVID KNOTT-APBLS, ONE MARKET PLAZA, SAN FRANCISCO, CA 94119 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DEL MONTE, LINDA, 554 CONGRESS ST, PHILLIPSBURG, NJ 08865

10925   DEL MUNDO, AMELIA, 8935 N BOYD, FRESNO, CA 93710

10924   DEL NORTE MASONRY PROD, 4560 RIPLEY DR, EL PASO, TX 79922

10924   DEL NORTE MASONRY PROD, 4560 RIPLEY DR., EL PASO, TX 79922

10924   DEL PAINT, 3105 EAST RENO, OKLAHOMA CITY, OK 73117

10925   DEL PAPA, FRANKIE, OLD SUPREME CT BLDG, 100 N CARSON ST, CARSON CITY, NV 89701

10925   DEL POZO, SANDRA, 7323 WOODSHAWN DRIVE, SAN DIEGO, CA 92114

10925   DEL PRADO, NOEMI, 1714 ROCKFORD, CORPUS CHRISTI, TX 78416

10925   DEL PRADO, SARAH, 2089 DOWLEN, BEAUMONT, TX 77706

10925   DEL PUERTO, TERESITA, 272 EGE AVE, JERSEY CITY, NJ 07304

10924   DEL RAY MEDICAL CENTER, 5352 LINTON BLVD., DELRAY BEACH, FL 33484

10925   DEL REAL, 2630 1/2 BNROOKLYN, LOS ANGELES, CA 90033

10925   DEL REAL, ANTONIO, 4 NORTH 246 RT 59, WEST CHICAGO, IL 60185

10925   DEL REAL, JULIAN, 4 N 246 RT 59, WEST CHICAGO, IL 60185

10924   DEL RIO CIVIC CENTER, 1915 AVENUE F., DEL RIO, TX 78840

10925   DEL RIO, GWENDOLYN, 2210 EMERALD OAKS COURT, ARLINGTON, TX 76017

10925   DEL RIO, KARA, 7643 GLEN MONT, SAN ANTONIO, TX 78239

10925   DEL ROCCO, LUCY, 412 SHERMAN AVE, RARITAN, NJ 08869

10925   DEL ROCCO, SHARON, 1201 RARITAN AVE 2ND FL, HIGHLAND PARK, NJ 08904

10925   DEL ROSARIO, ANTONIO, 505 N ANNA DRIVE, ANAHEIM, CA 92805-2303

10925   DEL ROSARIO, ELINA, 37-30 73RD ST, JACKSON HTS, NY 11372

10925   DEL ROSARIO, NOIDA, 10848 CANARYWOOD CT, SAN DIEGO, CA 92131

10925   DEL SARDO, MARGARET, 7130 REDWOOD FALLS, PASADENA, TX 77505

10925   DEL TACO RESTAURANTS, INC, 3901 ROSEWELL ROAD, SUITE 337, ROSWELL, GA 30062

10925   DEL TACO, INC, 1800 WEST KATELLA, ORANGE, CA 92667

10925   DEL TACO, INC, MORGAN, LEWIS & BOCKIUS, 300 S. GRAND AVE , SUITE 200, LOS ANGELES, CA 90071-3132

10924   DEL TACO, INC., ROYALTY PAYMENTS ONLY, 1800 W. KATELLA AVE., ORANGE, CA 92667

10924   DEL TACO, INC., SUITE 400, 23041 AVENIDA DE LA CARLOTA, LAGUNA HILLS, CA 92653

10925   DEL TORO, ROSA, URB. SANTA MARIA, SAN GERMAN, PR 00683

10924   DEL TROPICO FOODS, 15130 NELSON AVENUE, LA PUENTE, CA 91744

10925   DEL VALLE, CARMELO, HC 645 BOX 5210, TRUJILLO ALTO, PR 00760

10925   DEL VALLE, CESAR, P-13 ACROPOLIS ST URB ALTO APOLO, GUAYNABO, PR 00969

10925   DEL VALLE, GISELA, CALLE 23 BLOQUE 41 NO 12 STATION ROSA, BAYAMON, PR 00959

10925   DEL VECCHIO, GAYLE, 51 STANFORD DR., KENDALL PARK, NJ 08824

10924   DEL WEB HOSPITAL, SMITH AND GREEN, SUN CITY, AZ 85351

10924   DEL WEB, STRATIFORM, SUN CITY, CA 92585

10925   DEL, VALLE, 1631 LITTLE FALLS CIRCLE, ORLANDO, FL 32807

10925   DELA CRUZ, ANGELITO, 9010 OLD PALMER RD, FORT WASHINGTON, MD 20744

10925   DELA CRUZ, ARNOLD, 23009 FRIGATE AVE, CARSON, CA 90745

10925   DELA CRUZ, FLERIDA, 163 AGATE WAY, HERCULES, CA 94547

10925   DELA CRUZ, JUAN, 376 NORTH 6TH ST, NEWARK, NJ 07107

10925   DELA CRUZ, MERILIN, 260 E 213 ST, CARSON, CA 90745

10925   DELA CRUZ, NAZARIO, 4211 W ROOSEVELT, PHOENIX, AZ 85009

10925   DELA ROSA, EMILIO, 1080-1/2 BROAD ST, 28, NEWARK, NJ 07102

10925   DELA SIERRA, ALBA, 14941 SW 296 ST, LEISURE CITY, FL 33033

10925   DELACERDA, FRANCES, 602 WHITFIELD, NATCHITOCHES, LA 71457

10925   DELACRUZ, DANNY, 1332 S SAM HOUSTON, ODESSA, TX 79761

10925   DELACRUZ, E, 1024 KILSYTH RD, ELIZABETH, NJ 07208

10925   DELACRUZ, LAURO, 8100 FORT FOOTE RD., FORT WASHINGTON, MD 20744

10925   DELACRUZ, MARIA M, 41 08 77TH ST, ELMHURST NY, NY 11373

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DELACRUZ, MARIA, 7709 AUTUMN BLUFF, SAN ANTONIO, TX 78240

10925 DELAFIELD CORPORATION, 1520 FLOWER AVE, DUARTE, CA 91010

10925 DELAFOSE, ERIC D, 2024 13TH ST., LAKE CHARLES, LA 70601

10925 DELAFOSE, ERIC, 2024 13TH ST, LAKE CHARLES, LA 70601

10925 DELAFUENTE, ERNESTO, 5306 KINSTON AVE, CULVER CITY, CA 90230

10925 DELAGE LANDEN FINANCIAL SERVICES, PO BOX 1779, PAOLI, PA 19301-1779

10925 DELAGE LANDEN FINANCIAL SERVICES, POBOX 41601, PHILADELPHIA, PA 19101-1601

10925 DELAHANTY, LISA, 2121 EL PASEO #1400, HOUSTON, TX 77054

10925 DELAHAY, KATHLEEN, 39572 WILFORD CT, FREMONT, CA 94538

10925 DELAHOUSIE, VIRGINIA, 3304 TYRE NECK ROAD, CHESAPEAKE, VA 23321

10925 DELAHOUSSAYE, DANNY, 10 C. ROMERO RD., NEW IBERIA, LA 70560

10925 DELAHOY, KAREN, 910 FOREST HILL RD, CLERMONT, FL 34711

10925 DELAIN, PETER, 616 AURORA DRIVE, GREEN BAY, WI 54302

10925 DELAIR HEATING AIR CONDITIONING, 109 COMMERCE ST, LAKE MARY, FL 32746

10925 DELAIR, LAURIE, 169 ADRIAN WAY, STOCK BRIDGE, GA 30281

10925 DELANDERO, PETER, 1197 RIVERMIST DR., LILBURN, GA 30247

10925 DELANDSHEER SALES INC, 5835 WEST 6TH AVE UNIT 4B, LAKEWOOD, CO 80214

10925 DELANEY DESAUTELS, 80 WOLF RD 6TH FL, ALBANY, NY 12205

10925 DELANEY LINEN SERVICE INC, 79 GROVE ST, WATERTOWN, MA 02172

10925 DELANEY SMITH, 80 WOLF RD 6TH FL, ALBANY, NY 12205

10925 DELANEY VANDER LINDEN, 21 W 6TH AVE, PO BOX 165, WEBSTER, SD 57374

10925 DELANEY, A, 7614 9TH ST APT A, BUENA PARK, CA 90621

10925 DELANEY, DENNIS, 263 E 41ST ST, SAN ANGELO, TX 76903

10925 DELANEY, JAMES, 4 LINCOLN ST, ANDOVER, MA 01810

10925 DELANEY, JOAN, 4652 CARAMBOLA CR, N COCONUT CREEK, FL 33066

10925 DELANEY, JOHN M, 7237 E GAGE AVE, COMMERCE, CA 90040

10925 DELANEY, JOHN, 1207 OBISPO AVE # 207, LONG BEACH, CA 90804

10925 DELANEY, JOHN, 2212 OAKTON ST, PARK RIDGE, IL 60068

10925 DELANEY, KEVIN, 2122 MASS AVE NW #7, WASHINGTON, DC 20008

10925 DELANEY, KEVIN, 834 E 12TH ST, PITTSBURG, CA 94565

10925 DELANEY, VICKI, 525 WILDWOOD AVE, NEW CASTLE, PA 16105

10925 DELANGIS, JOSEPH, 14959 LASSEN ST, MISSION HILLS, CA 91345

10925 DELANO CONVEYER EQUIPTMENT CO, 5S043 FAIRWAY DR, NAPERVILLE, IL 60563

10924 DELANO ROCK CO INC, P.O. BOX 759, DELANO, CA 93215

10924 DELANO ROCK CO. INC., 17TH & GLENWOOD STREET, DELANO, CA 93215

10924 DELANO ROCK CO. INC., POST OFFICE BOX 759, DELANO, CA 93215

10925 DELANO, ELIZABETH, 3301 PELHAM RD, ORLANDO, FL 32803

10925 DELANO, GEORGE, C/O GENERAL DELIVERY, WEST HARWICH, MA 02671

10925 DELANTY, LINDA, 3569 SHEFFIELD AVE, PHILA, PA 19136

10925 DELAPAZ, ANDREW, 10810 MARINER DR, FORT WASHINGTON, MD 20744

10925 DELARIVA, SILVANO, 220 SOUTH BUSH STREE, ORANGE, CA 92868-3803

10925 DELASHMITT, MARSHA, OLD INGLEWOOD RD, ATHENS, TN 37303

10925 DELATTE, JR, JOHN, 132 EAST 37TH ST, CUT OFF,, LA 70345

10925 DELATTE, STEPHEN, 5109 PAGE ST, MARRERO, LA 70072

10925 DELAURA, JAMES, 22240 KETTLE CREEK WY, BOCA RATON, FL 33428

10925 DELAURENTIS & ASSOCIATES, 2001 JEFFERSON DAVIS HWY, ARLINGTON, VA 22202

10925 DELAURO, DAVID, 8 ROCKEY BROOK CT, BALTIMORE, MD 21207

10925 DELAWARE ATTY GENERAL, ATTN: M JANE BRADY, CARVEL STATE OFFICE BLDG, 820 N FRENCH ST, WILMINGTON, DE 19801

10924 DELAWARE COUNTY MEMORIAL HOSPITAL, PHILADELPHIA, PA 19102

10925 DELAWARE DEPT OF NAT RESOURCES, 89 KINGS HWY, DOVER, DE 19901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DELAWARE DEPT OF NATURAL RESOURCES & ENVIRONMENTAL, 89 KINGS HWY, DOVER, DE 19901

10925 DELAWARE DEPT OF NR AND ENV CONTROL, NICHOLAS A DIPASQUALE SECY, 89 KINGS HWY, DOVER, DE 19901

10925 DELAWARE RIVER JOINT TOLL, POST OFFICE BOX 88, MORRISVILLE, PA 19067

10925 DELAWARE VALLEY CHAPTER ACI, 36 SOUTH 18TH ST, PHILADELPHIA, PA 19103

10924 DELAWARE VALLEY CONCRETE CO., 110 CONSHOHOCKEN RD., CONSHOHOCKEN, PA 19428

10924 DELAWARE VALLEY CONCRETE CO., 248 E. COUNTY LINE RD., HATBORO, PA 19040

10924 DELAWARE VALLEY CONCRETE CO., P.O. BOX 457, HATBORO, PA 19040

10924 DELAWARE VALLEY CONCRETE, P O BOX 457, HATBORO, PA 19040

10925 DELAWARE VALLEY TAPPI, R.B. ARNOLD ASSOC., INC., 12 E BARNARD ST., WEST CHESTER, PA 19382

10925 DELAY, ROCKY, 3455 PLEASANT OAK CI, CUMMING, GA 30130

10925 DELAYO, ANTHONY, 300 7TH ST., MOOSIC, PA 18507

10925 DELBENE, A, 12 OLD MAMARONECK RD, WHITE PLAINS, NY 10605

10925 DELBERT O BRACKNEY, 1117 GURNEY, OSKALOOSA, IA 52577-1709

10925 DELBERT PEIXOTO, 205B RAINBOW ROCK, 17744 HWY 101N, BROOKINGS, OR 97415-8135

10925 DELBRIDGE, KIMBERLY, 2500 BETHLEHEM RD, CRANDALL, IN 47114

10925 DELBRUGGE, TIMOTHY, 3975 WISPERING MEADOW DRIVE, RANDALLSTOWN, MD 21133

10925 DELBUONO, JAMES, 1002 FLORENCE CT, MORGAN CITY, LA 70380

10925 DELBUONO, NICHOLAS, 46 CHRISTOPHER DRIVE, WESTFIELD, MA 01085

10925 DELBURN, JANE, 9241 PONDEROSA DR S, SEMMES, AL 36575

10925 DELCAMBRE, CHAD, 105 WAGUESPACK RD., NEW IBERIA, LA 70560

10924 DELCHEM, INC., 1318 E. 12TH STREET, WILMINGTON, DE 19802

10924 DELCHEM, INC., PO BOX 10703, WILMINGTON, DE 19850

10925 DELCHEM, PO BOX 10703, WILMINGTON, DE 19850

10925 DELCHER, THOMAS, 4428 GROSS MILL RD, HAMPSTEAD,, MD 21074

10925 DELCID, SANTOS, 3603 MALIBU CIRCLE APT 108, FALLS CHURCH, VA 22041

10925 DELCO DEVELOPMENT CO. OF TYVOLA, GENERAL COUNSEL, 70 JERICHO TURNPIKE, JERICHO, NY 11753

10925 DELCO DEVELOPMENT CO., BLUMENFELD DEVELOPMENT GROUP, GEN COUNSEL, 6800 JERICHO TURNPIKE, SYOSSET, NY 11791

10925 DELCO DEVELOPMENT CO., BLUMENFELD DVLMPT GROUP GEN COUN, 6800 JERICHO TURNPIKE, SYOSSET, NY 11791

10925 DELCO DEVELOPMENT COMPANY, 6800 JERICHO TURNPIKE, SYOSSET, NY 11791

10924 DELCO ELECTRONICS, 1446 SOUTH HOME AVE, KOKOMO, IN 46902

10925 DELCO ELECTRONICS, 2100 E LINCOLN RD, KOKOMO, IN 46902

10925 DELCO ELECTRONICS, 6901 S 33RD ST, MCALLEN, TX 78503

10925 DELCO ELECTRONICS, INDUSTRIAL PARK 1, 501 ANG MO KIO, SINGAPORE, 02056SINGAPORE    *VIA Deutsche Post*

10924 DELCO ELECTRONICS, MAIL STATION A-241, KOKOMO, IN 46902

10924 DELCO REMY AMERICA INC, 109 BYPASS, ANDERSON, IN 46016

10925 DELCO REMY AMERICA INC, 2405 COLUMBUS AVE, ANDERSON, IN 46018

10925 DELCO REMY DIVISION, 7B ZANE GREY ROAD, EL PASO, TX 79906

10925 DELCO REMY, 7601 EAST 88TH PLACE, INDIANAPOLIS, IN 46256

10925 DELCO REMY, PLANT 17, 2401 COLUMBUS AVE, ANDERSON, IN 46011

10925 DEL-CON FLUID POWER INC, 1663 CENTRAL ST, STOUGHTON, MA 02072

10925 DEL-CORSO CHASE, KATHARINE, 9016 D-1 FISHERS, CHARLOTTE, NC 28277

10925 DELECCE, JOSEPH, 2529 49TH ST, PENNSAUKEN, NJ 08110

10925 DELEE, ISAAC, 5772 LINE ROAD, ETHEL, LA 70730

10924 DELEET MERCHANDISING CORP., 26 BLANCHARD STREET, NEWARK, NJ 07105

10925 DELEKTA, PAMELA, 14 BRADY ST, WARREN, RI 02885

10925 DELEN, CHRISTY, 55 THORNBUSH TRACE, LAWRENCEVILLE, GA 30245

10925 DELEON, ALBERT, 2712 NORTH ACRES, HOBBS, NM 88240

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DELEON, ANABELA, 4000 38 TH ST # 4 B, BRENTWOOD, MD 20722 | |
| 10925 | DELEON, ARELIS, 96 10 37TH AVE, CORONA, NY 11368 | |
| 10925 | DELEON, BILLIE, 1408 A.W.LINCOLN, ODESSA, TX 79761 | |
| 10925 | DELEON, DAISY, 1483 8TH ST, PORT HUENEME, CA 93041 | |
| 10925 | DELEON, MANUEL, RT 2 BOX 2671, PEARLAND, TX 77581 | |
| 10925 | DELEON, NANCY, RT 2 BOX 2671, PEARLAND, TX 77581 | |
| 10925 | DELEON, RAUL, 6429 REMLAP, HOUSTON, TX 77055 | |
| 10925 | DELEON, RICHARD, 1109 SOUTH RANDALL, PADADENA, TX 77506 | |
| 10925 | DELEON, RITA, 3420 S. COULTER, AMARILLO, TX 79109 | |
| 10925 | DELEON, SANJUANA, 1612 E.7TH #222, DUMAS, TX 79029 | |
| 10925 | DELEON, SR, RODOLFO, 844 IRVING ST, HEREFORD, TX 79045 | |
| 10925 | DELEON, THEODORE, 31327 WEST JEFFERSON, ROCKWOOD, MI 48173 | |
| 10925 | DELEON, VICKIE, 1507 CROW, WACO, TX 76705 | |
| 10924 | DELETE - NOT A DISTRIBUTOR, DO NOT USE, AURORA, CO 80011 | |
| 10925 | DELETE, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | DELETE, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10924 | DELETED - DO NOT USE, 100 TREE CIRCLE, OWENSBORO, KY 42309 | |
| 10925 | DELEVA, JOSEPH, 9885 NW 1ST COURT, PLANTATION, FL 33324 | |
| 10925 | DELFIN T PELAGIO, 104 LIVE OAK CT, FOLSOM, CA 95630-1814 | |
| 10925 | DELFINO, CAROL, 8 MARSHVIEW ST, PO BOX 1668, WELLS, ME 04090 | |
| 10925 | DELFOSSE, GARY, 5058 KILRENNY CT, NEW FRANKIN, WI 54229 | |
| 10925 | DELFOSSE, WAYNE, 3242 MEADOW CIR, GREEN BAY, WI 54311-6800 | |
| 10925 | DELGADILLO, CESAR, 1217 LOMA AVE., #1, LONG BEACH, CA 90804 | |
| 10925 | DELGADL-GUERRA, JANNETTE, COSTA MARINA II APT 9, CARL, PR 00630 | |
| 10925 | DELGADO, ANA, 1291 S.W. 28TH TERR, FT LAUDERDALE, FL 33312 | |
| 10925 | DELGADO, ARIEL, FOGOS #26, PONCE, PR 00731 | |
| 10925 | DELGADO, ARLENE, 57 BIRCHVIEW DR, PISCATAWAY, NJ 08854 | |
| 10925 | DELGADO, DALIA, 2766 SEDGWICK AVE, 3A, BRONX, NY 10468 | |
| 10925 | DELGADO, DORA, 725 DAMON, ROSENBERG, TX 77471 | |
| 10925 | DELGADO, FERNAN, 28610 GREENWOOD PL, CASTAIC, CA 91384 | |
| 10925 | DELGADO, GARY, PO BOX 416, TESUQUE, NM 87574 | |
| 10925 | DELGADO, ISMAEL, 801 PRICE, LAREDO, TX 78040 | |
| 10925 | DELGADO, JOSE, 425 56 ST. #1, WEST NEW YORK, NJ 07093 | |
| 10925 | DELGADO, JOSEPH, 1684 DECOTO RD. #245, UNION CITY, CA 94587 | |
| 10925 | DELGADO, JUAN, 3203 CLARK, LAREDO, TX 78040 | |
| 10925 | DELGADO, JUAN, PO BOX 14796, LONG BEACH, CA 90803 | |
| 10925 | DELGADO, MANUEL, 3419 ST. LOUIS AVE., FT WORTH, TX 76110 | |
| 10925 | DELGADO, MARIA, 2610 H. ST, PHARR, TX 78577 | |
| 10925 | DELGADO, MARTIN, 8TH ST. H-18 EXT VILLA RICA, BAYAMON, PR 00959 | |
| 10925 | DELGADO, MICHAEL, 42741 LEMONWOOD ST, FREMONT, CA 94538 | |
| 10925 | DELGADO, MONICA, 6266 TERRA ROSA CIRCL, BOYNTON BEACH, FL 33437 | |
| 10925 | DELGADO, PABLO, HC #2 BOX 6872 TEJAS, YABUCOA, PR 00767 | |
| 10925 | DELGADO, YOLANDA, HC 40 BOX 42502, SAN LORENZO, PR 00754 | |
| 10925 | DELHEY, WILLIAM F, CUST FOR THOMAS WILLIAM DELHEY, UNIF GIFT MIN ACT MI, 3874 WATERWORKS RD, SALINE, MI 48176-9769 | |
| 10924 | DELHI-SOLAC INC, 65 WAVERLEY ST, DELHI ONTARIO, ON N4B 1E8TORONTO | *VIA Deutsche Post* |
| 10925 | DELHOMME INDUSTRIES, INC, PO BOX 9962, NEW IBERIA, LA 70562 | |
| 10925 | DELHOMME, ALLEN, PO BOX 537, IOTA, LA 70543 | |
| 10925 | DELHOMME, DALLAS, 209 KATHY DRIVE, RAYNE, LA 70578 | |
| 10925 | DELI, RICK, 3124 CUTTER CT, OSHKOSH, WI 54904 | |
| 10925 | DELIA, SUSAN, 3602 S, WESTERN, AMARILLO, TX 79109 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DELICATI, KAREN, 921 MCCOY DRIVE, IRVING, TX 75062 | |
| 10924 | DELICIA HONDURAS, BRITISH HONDURAS, BRITISH HONDUR, 09999GBR | *VIA Deutsche Post* |
| 10925 | DELIMA & CIA, PO BOX 11210, NEW YORK, NY 10249 | |
| 10925 | DELIMA MARSH S.A., CALLE 67N N 6N-85 URGAN MENGA, CALI, COLOMBIA | *VIA Deutsche Post* |
| 10925 | DELIMA, HENRIQUE, 32 WHITE ST, TAUNTON, MA 02780 | |
| 10925 | DELINGER, MICHAEL, 6125 INGLESIDE DR, CHARLOTTE, NC 28210 | |
| 10925 | DELISE, ROY, 9224 MILNOR ST, PHILADELPHIA, PA 19114 | |
| 10925 | DELISIO, NANCY, 19 BRIMBAL AVE, BEVERLY, MA 01915 | |
| 10925 | DELISLE, ALBERT, 1200 W. WINTON AVE, SP 55, HAYWARD, CA 94545 | |
| 10925 | DELISLE, AURELIA, 96 BELLE MARSH RD, S. BERWICK, ME 03908 | |
| 10925 | DELISLE, NANCY, 74 WINDMILL LA, ARLINGTON, MA 02174 | |
| 10924 | DELIVERIES TO WAREHOUSE, TRANSPORTATION CENTER JOB, CHARLOTTE, NC 28231 | |
| 10925 | DELK, DONALD, PO BOX 206, STEENS, MS 39766-0206 | |
| 10925 | DELK, LARRY, 110 STUART DRIVE, STEENS, MS 39766 | |
| 10925 | DELK, STEVE, 1745 VILLAGE DR, BATON ROUGE, LA 70816 | |
| 10925 | DELKALB MEDICAL CENTER, PO BOX 102204, ATLANTA, GA 30368-2204 | |
| 10925 | DELL COMPUTER CORP, PO BOX 890837, DALLAS, TX 75389-0837 | |
| 10925 | DELL COMPUTER CORPORATION, ONE DELL WAY, ROUND ROCK, TX 78664 | |
| 10924 | DELL COMPUTER PALMER ROAD SITE, 319 EAST PARMER LANE, AUSTIN, TX 78753 | |
| 10925 | DELL COMPUTERS, 1 DELL WAY, ROUND ROCK, TX 78682-7000 | |
| 10924 | DELL COMPUTOR, C/O BAHL INSULATION, 701 EAST PARMER, ROUND ROCK, TX 78681 | |
| 10925 | DELL DIRECT SALES CORP., 9505 ARBORETUM BLVD., AUSTIN, TX 78759-7299 | |
| 10925 | DELL DIRECT SALES CORP., DEPT. CH14012, AUSTIN, TX 78759-7299 | |
| 10925 | DELL FINANCIAL SERVICES, POBOX 99355, CHICAGO, IL 60693 | |
| 10925 | DELL FINANCIAL SERVICES, POST OFFICE BOX 99200, CHICAGO, IL 60693 | |
| 10925 | DELL HOME SYSTEMS CO, ONE DELL WAY, ROUND ROCK, TX 78682 | |
| 10924 | DELL JEWISH COMM.CENTER, 7300 HARTLAND, AUSTIN, TX 78731 | |
| 10924 | DELL JEWISH COMMUNITY, 7300 HART LANE, AUSTIN, TX 78731 | |
| 10925 | DELL MARKETING CORPORATION, PO BOX 87247-8168, PHILADELPHIA, PA 19170-8168 | |
| 10925 | DELL MARKETING L.P., 2214 WEST BRAKER LN, BLDG 3, AUSTIN, TX 78758 | |
| 10925 | DELL MARKETING L.P., C/O DELL USA L.P., DEPT. CH 14012, PALATINE, IL 60055-4012 | |
| 10925 | DELL MARKETING L.P., ONE DELL WAY, ROUND ROCK, TX 78682 | |
| 10925 | DELL MARKETING LP, PO BOX 0680, DALLAS, TX 75312-0680 | |
| 10925 | DELL MARKETING, LP, ONE DELL WAY, ROUND ROCK, TX 78682 | |
| 10924 | DELL MATERIALS, PO BOX 187, DELL RAPIDS, SD 57022 | |
| 10925 | DELL RECEIVABLES L.P., C/O DELL USA L.P., DEPT CH14012, PALATINE, IL 60055-4012 | |
| 10925 | DELL RECEIVABLES L.P., DEPT. 0837, DALLAS, TX 75312-0837 | |
| 10925 | DELL RECEIVABLES L.P., DEPT. AT 40032, ATLANTA, GA 31192-0032 | |
| 10925 | DELL RECEIVABLES L.P., PO BOX 120001, DEPT. 0837, DALLAS, TX 75312-0837 | |
| 10925 | DELL RECEIVABLES L.P., PO BOX 7247-7760, PHILADELPHIA, PA 19170-7760 | |
| 10925 | DELL RECEIVABLES L.P., PO BOX 890837, DALLAS, TX 75389-0837 | |
| 10925 | DELL RECEIVABLES L.P., C/O DELL USA L.P., DEPT CH14012, PALATINE, IL 60055-4012 | |
| 10925 | DELL RECEIVABLES LP, PO BOX 120001, DALLAS, TX 75312-0837 | |
| 10925 | DELL RECEIVABLES LP, PO BOX 120001, DALLAS, TX 75312-0999 | |
| 10925 | DELL USA, LP, AGENT - DELL RECEIVABLES CORP, PHILADELPHIA, PA 19170-7670 | |
| 10925 | DELL USA, LP, PO BOX 7247-7760, PHILADELPHIA, PA 19170-7760 | |
| 10925 | DELL, A, 110 ONTARIO ST, BUFFALO, NY 14207 | |
| 10925 | DELL, ELIZABETH, 13606-531 COLG WAY, SILVER SPRING, MD 20904 | |
| 10925 | DELL, KENT, 2324 BRAMBLEWOOD COURT, WAUKESHA, WI 53188 | |
| 10925 | DELL, SHEILA K, PO BOX 494, HIGH SPRINGS FL, FL 32643 | |
| 10924 | DELLA CONCRETE CORP., 1519 SOUTH STATE STREET, NORTH ADAMS, MA 01247 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DELLA IRENE STROCK, HCR 66 BOX 223-B, WARSAW, MO 65355-8019

10925   DELLA TORRE, SANDY, 3801 E. EAGLE TRAIL, HERNANDO, FL 34442

10925   DELLA VEDOVA, ERIC, 10661 NW 19TH PLACE, PEMBROKE PINES, FL 33026

10925   DELLA, STEWART, 7978 CATHERINE AVE, PASADENA, MD 21122

10925   DELLAMORTE, DOLORES, 6 MELVILLE ST, S YARMOUTH MA, MA 02664

10925   DELLAPINA, PAULA, 4105 ASHFORD GREEN, DULUTH, GA 30136

10925   DELLAS, LEE, 345 N.E. 130TH ST, N MIAMI, FL 33161

10925   DELLAVOLPE, MARY, 34 RICHARD CIRCLE, WOBURN, MA 01801

10925   DELLERGO, AMY, 1657 GAULT WAY, SPARKS, NV 89431

10925   DELLINGER, FRANK, 145 GRAY FOX RUN, CHESNEE, SC 29323

10925   DELLINGER, JANE, PO BOX 4141, EL PASO, TX 79914

10925   DELLIT, MICHELLE, 234 WYOMING AVE, SHERIDAN, WY 82801

10925   DELLITTERIS CONTAINER HAUL-AWAY, 2135 RIMROCK ROAD, MADISON, WI 53715

10925   DELL-MCKINNEY, ROSALYN, 2315 ST JAMES, CINCINNATI, OH 45206

10925   DELLONE, CEDRIC, 2 COUNCILMAN AVE, BALTIMORE, MD 21206-0000

10925   DELLORTO, ROBERT, 505 SE 43RD ST, CAPE CORAL, FL 33904-5356

10924   DELLS MATERIALS, 1111 E. 7TH. ST., DELL RAPIDS, SD 57022

10924   DELLS MATERIALS, P.O. BOX 187, DELL RAPIDS, SD 57022

10924   DELLS R/M CO, BOX 130, BARABOO, WI 53913

10924   DELLS READY MIX, BOX 130, BARABOO, WI 53913

10924   DELLS READY MIX, COUNTY TRUCK A, WISCONSIN DELLS, WI 53965

10925   DELMARTIN, JEFFREY, 7276 POMMEL DRIVE, ELDERSBURG, MD 21784

10925   DELMARVA EQUIPMENT SALES, INC, 3520B WILKENS AVE., BALTIMORE, MD 21229

10925   DELMARVA SAFETY ASSN., RD 6 BOX 48, GEORGETOWN, DE 19947

10925   DELMONT, JACK, 1210 ELM ST., 3, ATLANTIC, IA 50022

10925   DELMONTE CORPORATION, RIKER DANZIG SCHERER ET AL, ATTN: DAVID L. ISABEL, HEADQUARTERS PLAZA, ONE SPEEDWELL AVE, MORRISTOWN, NJ 07962-1981

10924   DELMOR HOSPITAL, C/O J. L. MANTA CO., GENEVA, IL 60134

10925   DELMORE, CARNITA, 8703 SUNNFIELD, HOUSTON, TX 77099

10924   DELNOR C/O JL MANTA CPU TRANSHIELD, TRANSHIELD W. CHICAGO, WEST CHICAGO, IL 60185

10924   DELOACH WINERY, GACO WESTERN, SANTA ROSA, CA 95401

10925   DELOACH, C, 1375 CLINTON, BARTOW, FL 33830

10925   DELOACH, CHARLES, 2345 COBB PKWY, U-2, SMYRNA, GA 30080

10925   DELOACH, CHARNOL, 243 CHARLOTTE PLACE, SOUTH BOUND BROOK, NJ 08880

10925   DELOACH, CHRISTINA, 8970 APT. A NORTH 95TH ST, MILWAUKEE, WI 53224

10925   DELOACH, CLORIS, 531 S MOORE, KANKAKEE, IL 60901

10925   DELOACH, MARIE, 243 CHARLOTTE PLACE, SOUTH BOUND BROOK, NJ 08880

10925   DELOACH, TERRY, 1917 S SALFORD ST, PHILA PA, PA 19143

10925   DELOATCH, SHIRLEY, PO BOX 565, HALIFAX, NC 27839

10925   DELOITTE & TOUCHE LLP, 20 NORTH BROADWAY SUITE 900, OKLAHOMA CITY, OK 73102-8203

10925   DELOITTE & TOUCHE LLP, 20 NORTH BROADWAY, OKLAHOMA CITY, OK 73102-8203

10925   DELOITTE & TOUCHE LLP, 701 POYDRAS ST , STE 3700, NEW ORLEANS, LA 70139-3700

10925   DELOITTE & TOUCHE LLP, PO BOX 641112, PITTSBURGH, PA 15264-1112

10925   DELOITTE & TOUCHE, PO BOX 1613, STAMFORD, CT 06920-1813

10925   DELOITTE & TOUCHE, POBOX 1613, STAMFORD, CT 06920-1613

10925   DELONG, CHRISTOPHER, 147 NORTH 3RD ST REAR, HAMBURG, PA 19526

10925   DELONG, DONNA MARIE, 23 FISCHER AVE, BOUND BROOK, NJ 08805

10925   DELONG, KAREN, PO BOX 794, FLATWOODS, KY 41139

10925   DELONG, ROBERT, 13500 LA CRESTA DRIVE, PIEDMONT, OK 73078

10925   DELONG, RONALD, 743 HEX HWY, HAMBURG, PA 19526

10925   DELONG, SANDRA, 4901 KRAG, EL PASO, TX 79936

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DELONG, TA, 4275 HILL ST, SAN DIEGO, CA 92107

10925   DELONGPRE, CHERI, CHISM TRAILER COURT CHISM ST., 72, RENO, NV 89509

10925   DELORENZO, EDMUND, 115B BURR PLACE, HASBROUCK HGTS, NJ 07604

10925   DELORES A ELLINGSWORTH, 1400 LINCOLN TERRACE NE, COLUMBIA HEIGHTS, MN 55421-1972

10925   DELORES CARR, C/O DELORES RUBENSTEIN, 128 LAKESIDE AVE, COLTS NECK, NJ 07722-1533

10925   DELORES E KESSNER, 5902 MEMORIAL HWY AGHA 409, TAMPA, FL 33615-5051

10925   DELORES M CROSBIE, PO BOX 1519, CHALMETTE, LA 70044-1519

10925   DELORES REA BIRDSONG, PO BOX 2661, LONGVIEW, TX 75606-2661

10925   DELORES SCHNEIDER, 6207 COLLINSWAY ROAD, BALTIMORE, MD 21228

10925   DELORISE DAMRON, 6323 175TH ST, TINLEY PARK, IL 60477

10925   DELORO STELLITE, PO BOX 5300, BELLEVILLE, ON K8N 1G2CANADA     *VIA Deutsche Post*

10925   DELOS REYES, GERALD, 4614 COVENTRY LANE, CORPUS CHRISTI, TX 78411

10925   DELOS REYES, NOEL, 14545 BAMMEL N, HOUSTON, TX 77014

10925   DELOST, WILLIAM, 1611 LOCUST ST, BALTIMORE, MD 21226

10925   DELP, D, 39610 JOHN LANIER ROAD, WALKER, LA 70785

10925   DELP, MARTHA, 4 LOETSCHER LN, VILONIA, AR 72173

10925   DELPHI AUTOMOTIVE SYSTEMS, 2926 DAVISON ROAD, FLINT, MI 48556

10925   DELPHI AUTOMOTIVE SYSTEMS, 313-857-1234, PONTIAC, MI 48343-6666

10924   DELPHI AUTOMOTIVE, C/O COMMERCIAL INTERIOR SYSTEMS, TROY, MI 48007

10925   DELPHI ENERGY & ENGINE, #32 CELERITY WAGON, EL PASO, TX 79906

10925   DELPHI ENERGY & ENGINE, 4134 DAVISON ROAD, FLINT, MI 48506

10925   DELPHI ENERGY & ENGINE, 4800 S SAGINAW ST, FLINT, MI 48501

10925   DELPHI, 2401 COLUMBUS AVE, ANDERSON, IN 46011

10925   DELPHI, PLANT #11 OIL HOUSE, DEPT #1122, ANDERSON, IN 46018

10925   DELPHIN, FRANCIS, 374 HWY 484, NATCHEZ, LA 71456

10925   DELPHINE SNOWDEN, 19719 CHAPEL ST, DETROIT, MI 48219-1907

10925   DELPICO-HORRIGA, DENISE, 25 OLD BARN ROAD, PLYMOUTH, MA 02360

10925   DELPONTE, FERDINANDO, 21 HALL AVE, SOMERVILLE, MA 02144-2003

10925   DELPS SUPPLY, INC, PO BOX 11586, CHATTANOOGA, TN 37401

10925   DELRAY FIRE EXTINGUISHER SERVICE, 350-107 BUSINESS PKWY, ROYAL PALM BEACH, FL 33411

10925   DELRAY LINCOLN MERCURY, INC, 2102 S. FEDERAL HWY, DELRAY BEACH, FL 33483

10925   DELRAY SHOOING CENTER INC, 1505 POINSETTIA DR, DELRAY BEACH, FL 33444

10925   DELRAY SIGNS INC, 360 N.E. 4TH ST, DELRAY BEACH, FL 33483

10925   DELROSARIO, KATHLEEN, 1435 S. WISCONSIN, BERWYN, IL 60402

10925   DELROSE SIEBER TRUST UA SEP 11 8, 7306 N W 107TH, OKLAHOMA CITY, OK 73162-4425

10924   DELSAN-AIM, 9100 BOUL HENRY, BOURASASA EST, MONTREAL, QC H1E 2S4TORONTO     *VIA Deutsche Post*

10925   DELSART, GREGORY, 1706 KALAHARI DR, GREEN BAY, WI 54313

10925   DELSIGNORE, JOSEPH, 8 COLONIAL WAY, PLAINVILLE, MA 02762-2832

10925   DELSORDO, PHILIP, 29 CLEVELAND ST, PITTSTON, PA 18640

10924   DELTA AIR LINES INC, DEPARTMENT 832, ATLANTA, GA 30320-2536

10925   DELTA AIR LINES INC, MARY RAINES,

10925   DELTA AIRLINES,INC, PO BOX 102171, ATLANTA, GA 30368-2171

10925   DELTA AMERICAN - CULLIGAN WATER, 7102 GREENWELL SPRINGS RD., BATON ROUGE, LA 70805

10925   DELTA AUTOMATION, INC, 2704 CHARLES CITY ROAD, RICHMOND, VA 23231

10925   DELTA AUTOMATION, INC, PO BOX 1392, CHESTERFIELD, VA 23832

10924   DELTA BUILDING SUPPLIES, 3077 S.W. 13TH DR., DEERFIELD BEACH, FL 33442

10924   DELTA BUILDING SUPPLY, A KCG INC COMPANYT, KANSAS CITY, KS 66103

10924   DELTA BUILDING SYSTEMS, 151 TADDEI ROAD, ACAMPO, CA 95220

10925   DELTA BUSINESS SYSTEMS, PO BOX 620000, ORLANDO, FL 32891-8344

10925   DELTA CAPITAL SERVICES, 4150 JOHN YOUNG PKWY, ORLANDO, FL 32804-2620

10925   DELTA CHEMICAL CORPORATION, 2601 CANNERY AVE, BALTIMORE, MD 21226-1595

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DELTA CIRCUITS, 21 CASH DR, CARSON CITY, NV 89706 | |
| 10924 | DELTA COM SWITCHING CTR, 55 PARK PLACE STE 220, ATLANTA, GA 30303 | |
| 10924 | DELTA COMMUNICATIONS, 2221 17TH STREET, GULFPORT, MS 39501 | |
| 10924 | DELTA CONCRETE PRODUCTS COMPANY INC, PO BOX1589, DENHAM SPRINGS, LA 70727 | |
| 10924 | DELTA CONCRETE PRODUCTS, 4096 JEFFERSON, BELLAIRE, OH 43906 | |
| 10924 | DELTA CONCRETE PRODUCTS, 6955 PECUE LANE, BATON ROUGE, LA 70809 | |
| 10924 | DELTA CONCRETE PRODUCTS, P.O. BOX 40, BELLAIRE, OH 43906 | |
| 10924 | DELTA CONCRETE, 208 SFC 778, FORREST CITY, AR 72335 | |
| 10924 | DELTA CONCRETE, PO BOX1092, FORREST CITY, AR 72336-1092 | |
| 10925 | DELTA CONTROL, INC, 2532 NORDIC RD., DAYTON, OH 45414 | |
| 10925 | DELTA CONTROL, INC, PO BOX 13612, DAYTON, OH 45413 | |
| 10925 | DELTA COOLING TOWERS, INC, PO BOX 18356, NEWARK, NJ 07191 | |
| 10925 | DELTA DISTRIBUTORS, INC, PO BOX 970230, DALLAS, TX 75397-0230 | |
| 10924 | DELTA DISTRIBUTORS, INC., 11344 PLANO ROAD, DALLAS, TX 75243 | |
| 10924 | DELTA DISTRIBUTORS, INC., 610 FISHER ROAD, LONGVIEW, TX 75604-5299 | |
| 10925 | DELTA DUMP TRUCK INC, 1061 11TH COURT WEST, BIRMINGHAM, AL 35204 | |
| 10925 | DELTA ELECTRIC MOTOR REPAIR, 101C HICKS AVE., MEDFORD, MA 02155 | |
| 10925 | DELTA ELECTRONIC (THAILAND) LTD, SUKHUMVIT ROAD/ ROOM 37, 714-723 SOI E5 EPZ, SAMUTHPRAKARN BANGKO, 10280THAILAND | *VIA Deutsche Post* |
| 10925 | DELTA ELECTRONICS INC, 5730 GENERAL WASHINGTON DR, ALEXANDRIA, VA 22312 | |
| 10925 | DELTA ELECTRONICS INC, 9F NO 144 MINCHUN E RD SEC 3, TAIPEI, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | DELTA ELECTRONICS INC, PO BOX 11268, ALEXANDRIA, VA 22312 | |
| 10924 | DELTA EMPLOYEES CREDIT UNION, 1025 VIRGINA AVENUE, HAPEVILLE, GA 30354 | |
| 10924 | DELTA FOREMOST CHEMICAL, 3915 AIR PARK STREET, MEMPHIS, TN 38118 | |
| 10925 | DELTA HOSPITAL SUPPLY INC., 31 ASTOR AVE, NORWOOD, MA 02062-5016 | |
| 10924 | DELTA INDUSTRIAL COATINGS, 5700 COMMANDER DRIVE, ARLINGTON, TN 38002 | |
| 10924 | DELTA INDUSTRIAL COATINGS, 5700 COMMANDER DRIVE, PO BOX 444, ARLINGTON, TN 38002 | |
| 10924 | DELTA INDUSTRIAL COATINGS, 5700 COMMANDER DRIVVE, ARLINGTON, TN 38002 | |
| 10925 | DELTA INDUSTRIES INC, 5280 BELMONT ROAD, DOWNERS GROVE, IL 60515 | |
| 10925 | DELTA INDUSTRIES, INC, 2201 WEST CURTISS ST, DOWNERS GROVE, IL 60515 | |
| 10925 | DELTA LAND SCAPE SUPPLY OF GEORGIA, 5999 E GOSHEN SPRINGS ROAD, NORCROSS, GA 30071 | |
| 10924 | DELTA PAINT & DRYWALL, CAMBRIDGE, MA 02140 | |
| 10925 | DELTA PLASTICS, 3128 E CHAPMAN AVE #184, ORANGE, CA 92869 | |
| 10925 | DELTA PLUMBING, 4837 COLLEGE ST, FOREST PARK, GA 30297 | |
| 10925 | DELTA PRODUCTS CORPORATION, 841 N INDUSTRIAL PARK AVE, NOGALES, AZ 85621 | |
| 10925 | DELTA PRODUCTS GROUP, PO BOX 6466, AURORA, IL 60598-0466 | |
| 10924 | DELTA READY MIX, 1624 OLD HWY 61 NORTH, CLEVELAND, MS 38732 | |
| 10924 | DELTA READY MIX, P. O. BOX 597, CLEVELAND, MS 38732 | |
| 10924 | DELTA READY MIX, P.O.BOX 597, CLEVELAND, MS 38732 | |
| 10924 | DELTA REGIONAL HOSPITAL, 605 HWY 61 NORTH, BOYLE, MS 38730 | |
| 10924 | DELTA REGIONAL MEDICAL CENTER, 1400 EAST UNION ST., GREENVILLE, MS 38701 | |
| 10924 | DELTA RESINS & REFRACTORIES, PO BOX 9368, MILWAUKEE, WI 53209 | |
| 10925 | DELTA ROOFING, 5 ESQUIRE ROAD, NORTH BILLERICA, MA 01862 | |
| 10925 | DELTA SCALE OF GEORGIA INC, POBOX 2828, NORCROSS, GA 30091 | |
| 10925 | DELTA STATES TURF, INC, 2540 SCENIC HWY., BATON ROUGE, LA 70805 | |
| 10925 | DELTA STATES TURF, INC, PO BOX 3749, BATON ROUGE, LA 70821 | |
| 10924 | DELTA TECHNICAL COATINGS, 2550 PELLISSIER PLACE, WHITTIER, CA 90601 | |
| 10925 | DELTA TESTING AND INSPECTION, INC, 1855 MASON AVE., BATON ROUGE, LA 70805 | |
| 10924 | DELTA TOWER, C/O THOMPSONS BUILDING MATERIALS, CENTURY CITY, CA 90067 | |
| 10925 | DELTA TRANSPORT, INC, 3801 ASIATIC AVE., BALTIMORE, MD 21226 | |
| 10925 | DELTA WHISTLER RESORT, 4050 WHISTLER WAY, WHISTLER, BC V0N 1B0CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DELTA WHISTLER RESORT, 4050 WHISTLER WAY, WHISTLER, BC V0N 1B4CANADA | *VIA Deutsche Post* |
| 10925 | DELTA WYE ELECTRIC, INC, 1010 E. LACY AVE., ANAHEIM, CA 92805 | |
| 10924 | DELTA/UNITED SPECIALTIES, 3166 BROAD AVE, MEMPHIS, TN 38112 | |
| 10925 | DELTA-P CORP. T/A CONTECH, DELTA-P CORP., PO BOX 920, GLEN BURNIE, MD 21060 | |
| 10925 | DELTA-V ELECTRONICS, 766 SAN ALESO AVE, SUNNYVALE, CA 94086 | |
| 10924 | DELTECH COMMUNITY COLLEGE, SECOND & SHIPLEY STREET, WILMINGTON, DE 19801 | |
| 10925 | DELUCA, C, 13394 ONION CREEK CT, FORT MYERS, FL 33912 | |
| 10925 | DELUCA, JOAN, 13 BEGONIAS CT., HOMOSASSA, FL 34446 | |
| 10925 | DELUCA, JOANNE, 14 DYER AVE, SALEM, NH 03079 | |
| 10925 | DELUCCA, ANTHONY, 2135-H SPRING HARBOR, DELRAY BEACH, FL 33445 | |
| 10925 | DELUNA, ALEX, 60 MERRIT DRIVE, ORADELL, NJ 07649 | |
| 10925 | DELUNA, PAUL, 3962 HAINES, SAN DIEGO, CA 92109 | |
| 10925 | DELUXE BUSINESS FORMS AND SUPPLIES, PO BOX 752572, CINCINNATI, OH 45274 | |
| 10925 | DELVAL EQUIPMENT CORP., 431 FEHELEY DR, KING OF PRUSSIA, PA 19406 | |
| 10925 | DELVAL EQUIPMENT, 200 OLD POND ROAD, BRIDGEVILLE, PA 15017 | |
| 10925 | DELVALLE, PAMELA, 3413 13 ST, TAMPA, FL 33605 | |
| 10925 | DELVAN ELECTRONICS INC., 14605 N. 73RD ST., SCOTTSDALE, AZ 85260 | |
| 10925 | DELVEAUX, PETER, 1178 GARLAND AVE, GREEN BAY, WI 54301 | |
| 10925 | DELVECCHIO, ALYSON, 29 MEAD AVE, MIDDLESEX, NJ 08846 | |
| 10925 | DELVECCHIO, STEVEN, 29 MEAD AVE, MIDDLESEX, NJ 08846-2340 | |
| 10925 | DELVECCHIO, WILLIAM, 58 WOODLAWN ROAD, RANDOLPH, MA 02368 | |
| 10925 | DELWAR, HUSSAIN, 233 EAST 6TH ST, NEW YORK, NY 10009 | |
| 10925 | DEL-WIT, VIRGINIA, 600 WEST RAND ROAD, A402, ARLINGTON HGHTS, IL 60004 | |
| 10925 | DELZOTTI, M, 2919 MORRIS RD, ARDMORE, PA 19003 | |
| 10924 | DEMACO CONCRETE, 1201 N. 2ND STREET, FORT PIERCE, FL 34950 | |
| 10925 | DEMAIO ESQ, DAVID M, 1401 BRICKELL AVE., STE 500, MIAMI, FL 33131 | |
| 10925 | DEMANE, STEPHEN, 11162 E BERRY DRIVE, ENGLEWOOD, CO 80111 | |
| 10925 | DEMAR ENGINEERING,INC, PO BOX 41027, HOUSTON, TX 77240-1027 | |
| 10925 | DEMARAY, PAMELA, 312 SUMMIT ST, CARTERSVILLE, GA 30120 | |
| 10925 | DEMARCO MAX VAC CORP., 1412 RIDGEVIEW DR, MCHENRY, IL 60050 | |
| 10925 | DEMARCO, FRANK, 4424 WILLIS WHARF RD, WILLIS WHARF, VA 23486 | |
| 10925 | DEMARCO, JOSEPH, 4881 FLAGSTONE DRIVE, SARASOTA, FL 34238 | |
| 10925 | DEMAREE, D, RT2 BOX 2877, PALESTINE, TX 75801 | |
| 10925 | DEMARIS, ANTHONY, 3608 MCILHENNY, HOUSTON, TX 77004 | |
| 10925 | DEMARSICO JT TEN, JOHN EDWARD & MARY ANN, R R 1, BOX 408B E MOUNTAIN RD, ADAMS, MA 01220-9803 | |
| 10925 | DEMARSICO, JOHN, 90 EAST MOUNTAIN RD, ADAMS, MA 01220 | |
| 10925 | DEMARTINI, KATHLEEN, 335 E 51ST, NEW YORK, NY 10022 | |
| 10925 | DEMARZO, CHARLENE, 780 ARKANSAS TERR, PORT ST LUCIE, FL 34953 | |
| 10925 | DEMASI JR, JOHN, 113 SAN MIGUEL PLACE, CHAPEL HILL, NC 27514 | |
| 10925 | DEMASI, THOMAS, 6 MAY CHERRY, LITTLETON, CO 80127 | |
| 10925 | DEMASO, KELLY, 55 KINSMAN ST, EVERETT, MA 02149 | |
| 10925 | DEMATE, GRIZELDA, 5133 JEFFERSON, OXNARD, CA 93033 | |
| 10925 | DEMATEO, PERLA, 6586 AMBROSIA DR., SAN DIEGO, CA 92124 | |
| 10925 | DEMATTEO, BEVERLY, 2 BRIARWOOD DR, GREENSBURG, PA 15601 | |
| 10925 | DEMATTHEWS, JEAN, 1934 SE WEST DUNBROOKE CIRCLE, PORT ST LUCIE, FL 34952-8120 | |
| 10925 | DEMATTIE, JAMES, 174 HAGAN DR., PINEVILLE, LA 71360 | |
| 10925 | DE-MAXIMUS, INC, 301 GALLAHER VIEW ROAD, STE. 227, KNOXVILLE, TN 37919 | |
| 10925 | DEMBO, TOUROY, 1590 SHERIDAN AVE., BRONX, NY 10657 | |
| 10925 | DEMBOWSKI, ARNOLD, 5502 MIDDLESEX, DEARBORN, MI 48126 | |
| 10924 | DEMCO GROUP INC, 317 W. SECOND ST, CLAYTON, NC 27520 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   DEMCO GROUP, 317 W. SECOND STREET, CLAYTON, NC 27520

10924   DEMCO INC, P O BOX 65157, WEST DES MOINES, IA 50265

10925   DEMCO, INC, PO BOX 94700, OKLAHOMA CITY, OK 73109

10925   DEMELLO, ANDREW, 5 GIVEN DRIVE, BURLINGTON, MA 01803

10925   DEMELLO, CAROLINE, 30 PURCHASE ST., TAUNTON, MA 02780

10925   DEMENT, JOHN M, 629 MIDDLETON AVE, CARY, NC 27513

10924   DEMERARA OXYGEN COMPANY, LTD, ECCLES FARM VILLAGE, EAST BANK, DEM, GUYANA, GUY       *VIA Deutsche Post*

10925   DEMERJIAN, PAUL, 259 SUMMER ST, SOMERVILLE, MA 02143

10925   DEMERS EXPOSITION SERVICES INC, 180 JOHNSON ST, MIDDLETOWN, CT 06457

10925   DEMERS SCALE CO, 41 ROBINSON RD, WOBURN, MA 01801

10925   DEMERS, BRENDA, 53 HOBBS RD, WALTHAM, MA 02154

10925   DEMERS, WAYNE, 179 PLEASANT ST, EASTHAMPTON, MA 01027

10925   DEMERSON, GLADYS, 9933 WALNUT ST, OAKLAND, CA 94603-2642

10924   DEMETER, 3110 CALIFORNIA ST., N.E., MINNEAPOLIS, MN 55418

10925   DEMETRIOS, JAMES, 14003 CIMARRON, SANTA FE, TX 77517

10925   DEMIEL, SANDRA, 3607 GUM DR #B, PORTSMOUTH, VA 23707

10925   DEMIK, MICHELLE, R 2 BOX 19-C, ST ANNE, IL 60964

10925   DEMIK, SHELBY, 549 W STATION, ST ANNE, IL 60964

10925   DEMILO, MARY, 53 UPLAND ROAD, BELMONT, MA 02178-2368

10925   DEMING, S, 346 E ROAD, TIVERTON, RI 02878

10925   DEMLA, SURAJ, 7734 WHIDBEY ISLAND DR, HOUSTON, TX 77086

10925   DEMMA, DEBORAH, 12543 MARTINGALE, LOCKPORT, IL 60441

10925   DEMMER, ROBERT, 47 PHILLIPS AVE, ST BERNARD, OH 45217-1231

10925   DEMMONS, WILLIAM, 41 BENNETT ST., WAKEFIELD, MA 01880

10925   DEMMY, ESQ, JOHN D, STEVENS & LEE, 300 DELAWARE AVE 8TH FL #800, WILMINGTON, DE 19801

10925   DEMNY, DAVID, PO BOX 289, HALLETTSVILLE, TX 77964

10925   DEMO, JAMES, 2856 CREEK COURT, MARIETTA, GA 30060

10925   DEMOCRATIC CONGRESSIONAL CAMPAIGN, 430 SOUTH CAPITOL ST, WASHINGTON, DC 20003

10925   DEMOCRATIC LEADERSHIP COUNCIL, 518 C ST NE, WASHINGTON, DC 20002

10925   DEMOCRATIC NATIONAL COMMITTEE-, 430 S.CAPITOL ST.SE, WASHINGTON, DC 20003

10925   DEMONACO, ROBERTA, 3352 SANDY CREEK, SHELBY TWP, MI 48316

10925   DEMONBREUN, RHONDA, 1007 MONTROSE AVE, NASHVILLE, TN 37204

10925   DEMONTMOLLIN, L, PO BOX 821, LK PENASOFFKEE, FL 33538

10925   DEMOOR, LAWRENCE J., 3302 E. LUDLOW DR., PHOENIX, AZ 85032

10925   DEMORA, SHELLY, 232 WEST BROAD ST, PAULSBORO, NJ 08066

10925   DEMORANVILLE, SANDRA, 222 LOWELL ST, NEW BEDFORD, MA 02745

10925   DEMORRETT, JAMES, BOX 62, RHAME, ND 58651

10925   DEMORY JR, FRED, 711 WICKLOW ROAD, BALTIMORE, MD 21229

10925   DEMOS, KATHLEEN, 620 E MEYERS, HAZEL PARK, MI 48030

10925   DEMOSS, F, 4205 BENJESTOWN ROAD, MEMPHIS, TN 38127

10925   DEMOSS, LILLIAN, 107 TOWERING OAKS, WEST MONROE, LA 71291

10925   DEMOTECH INC, 2941 DONNYLANE BLVD, COLUMBUS, OH 43235-3228

10925   DEMOTS, TAMARA, 5407 S 80TH ST, RALSTON, NE 68127

10925   DEMOTT, GERALD, BOX 17, TABLE GROVE, IL 61482

10925   DEMOTT, MARTHA, 6601 W PLANO PKWY, 1914, PLANO, TX 75093-8874

10925   DEMPKEY, DONALD, ROUTE #4, BOX 44A, COLUMBUS, NE 68601

10925   DEMPSEY JR, DANAHER M, PO BOX 274, OLYMPIA, WA 98507-0274

10925   DEMPSEY, EDWARD, 119 LACONIA ST, LEXINGTON, MA 02173

10925   DEMPSEY, MERRIL, 200 W CLARKSON ROAD, WATERLOO, WI 53594-9721

10925   DEMPSEY, MICHAEL, 66 CLIFTON ST, CAMBRIDGE, MA 02140

10925   DEMPSEY, R, 119 LAWRENCE ST, LYMAN, SC 29365-1601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DEMPSEY, SEAN, 50 ALLENDALE DRIVE, RYE, NY 10580

10925 DEMPSEY, W., 1839 TEAGUE ROAD, WHITWELL, TN 37397

10925 DEMPSTER, ALLAN, 600 S. DOBSON, MESA, AZ 85202

10925 DEMPSTER, III, WILLIAM, 18 CHAUTAUQUA AVE, NASHUA, NH 03060

10925 DEN HARDER, GEERTRUID, 1517 DAVENPORT RD, SIMPSONVILLE, SC 29680

10925 DEN, GERALD, 16332 HOLLYWOOD LANE, HUNTINGTON BEACH, CA 92649-2635

10925 DENA BUCY, FAIRPLAY DR, LOVELAND, CO 80537

10924 DENA CORPORATION, 850 NICHOLAS BLVD., ELK GROVE VILLAGE, IL 60007

10924 DENAC NEDERLAND B.V.  (416), POSTBUS 25121, ROTTERDAM, 3001 HCNLD   **\*VIA Deutsche Post\***

10925 DENAIS, DANNY, 304 CLARA ST, BROUSSARD, LA 70518

10924 DENALI INDUSTRIAL SUPPLY, 21828 76TH AVE. SO. BLDG #3, KENT, WA 98032

10924 DENALI INDUSTRIAL SUPPLY, 2800 SOUTH CUSHMAN ST, FAIRBANKS, AK 99701

10924 DENALI INDUSTRIAL SUPPLY, P.O. BOX 60129, FAIRBANKS, AK 99701

10925 DENAMUR, DONN, 738 NORTHERN AV, GREEN BAY, WI 54303

10925 DENAPOLI, JOHN, 7917 OAK HOLLOW LN, FAIRFAX STATION, VA 22039

10925 DENARDO, A, 11110 ROBERTS LANE, RIVERVIEW, FL 33569

10925 DENAULT, JANICE, 303 N. MEADOWS, GRANT PARK, IL 60940

10925 DENCH B DOMINIK, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 DENDY, DENISE, 7725 S. LAFLIN APT 105, CHICAGO, IL 60620

10924 DENECHAUD & DENECHAUD, 1412 PERE MARQUETTE BLDG, NEW ORLEANS, LA 70112

10925 DENECKE, CHARLES, 1001 SUNNYSLOPE RD, BRIDGEWATER, NJ 08807

10925 DENEFRIO, LAWRENCE, 24 NEW RD, WINDHAM, NH 03087

10925 DENEGA, KATHERINE, 214 PROSPECT PLACE, BROOKLYN, NY 11238-3843

10925 DENEMARK, OD, PC, IRWIN A, 6219 W. 63RD ST, CHICAGO, IL 60638

10925 DENERO JT TEN, ANTHONY D & CAROLYN J, 2618 N MERIDIAN AVE, UNIT 211, OKLAHOMA CITY, OK 73107-1002

10925 DENERO, TINA, 315 NEWMAN ST., GALION, OH 44833

10925 DENERSTEIN, LISA, 1900 S. EADS ST, ARLINGTON, VA 22202

10925 DENET JR, FREDDIE, 3312 IOWA AVE, KENNER, LA 70065

10925 DENEUVILLE, DOMINIQUE, 43 RUE DE LA FOSSE JEAN, RAMBOUILLET, 78120FRANCE   **\*VIA Deutsche Post\***

10925 DENGEL, CHARLES, 7153 JACOB LN, FAIRVIEW, PA 16415

10925 DENGLER, SEAN, 1001 HOMEPARK, WATERLOO, IA 50701

10925 DENHAM, TOM, 2202 OAK ST, WOODWARD, OK 73801

10925 DENHAM, TOM, 2823 LAWTON DRIVE, AMARILLO, TX 79110

10925 DENICE L ANDERSEN, 237A OLIVE VIEW, MANCHESTER, MO 63021-5714

10925 DENICK & HYMAN P.A., 10 EAST BALTIMORE ST, BALTIMORE, MD 21202

10925 DENIER ELECTRIC CO, INC, PO BOX 308, ROSS, OH 45061

10925 DENIHAN COMPANY, 500 WEST 37TH ST, NEW YORK, NY 10018

10925 DENIMEX DEVELOPMENT CORPORATION, 532 N STATE RD, BRIARCLIFF MANOR, NY 10510

10925 DENIO, JEAN, 3652 N WOODROW, FRESNO, CA 93726

10925 DENIO, THOMAS, 4503 MEADOWLAWN DRIVE SE, GRAND RAPIDS, MI 49512-5413

10925 DENIS F NICHOLSON, SPECIAL ACCOUNT, 761 W PENN ST, LONG BEACH, NY 11561-2831

10925 DENIS, DAWN, PO BOX 782, WESTPORT, MA 02790

10925 DENIS, GREGORY, 2527 BROWNSVILLE RD, LANGHORNE, PA 19053

10925 DENIS, LORI, 5365 N DIXIE HWY, NEWPORT, MI 48166-9538

10925 DENISE A MAGGIO, 13441 S AVE K, CHICAGO, IL 60633-1015

10925 DENISE A MAGGIO, 6050 W 51ST ST, CHICAGO, IL 60638

10925 DENISE B. STURTZ, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 DENISE COLELLO, 7769 SO MASON, BURBANK, IL 60459

10925 DENISE GREELEY, 518 N. BRICE ST., BALTIMORE, MD 21223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DENISE LEANN HARDEN &, JOSEPH ERVIN HARDEN JT TEN, 6487 MERRY MEADOW 159D, DALLAS, TX 75231 | |
| 10925 | DENISE MOULD, 38 THE CRESCENT, MAIDENHEAD BERKS, SL6 6AHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DENISE OGRADY, 7769 SO MASON, BURBANK, IL 60459 | |
| 10925 | DENISE P FRANCHI, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DENISE P MOORE, 9941 NAYLOR AVE, LAUREL, MD 20723-1723 | |
| 10925 | DENISE SCHIPPER, 2133 85TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | DENISE, JARROD, 7718 LEE STATION ROAD, NEW IBERIA, LA 70560 | |
| 10925 | DENISON, EARL, 7609 OLIVE DR., BAKERSFIELD, CA 93308 | |
| 10924 | DENISON, GRAYSON COUNTY AIRPORT, DENISON, TX 75020 | |
| 10925 | DENISON, JOHN, RIDGE DRIVE, LEXINGTON, MA 02173 | |
| 10925 | DENISON, KATINA, 195 EAST L ST., CHULA VISTA, CA 91911 | |
| 10925 | DENISSEN, MARIE F, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | DENISSEN, MARIE, 13150 DEANMAR DRIVE, HIGHLAND, MD 20777 | |
| 10925 | DENK, HEIDI, 14352 PORT WASHINGTON ROAD, MEQUON, WI 53092 | |
| 10925 | DENKER, JAMES, 2308 1/2 BOWERS RD., BARTOW, FL 33830 | |
| 10925 | DENLER, LLOYD, 20 BERRY LANE, BOURBONNAIS, IL 60914 | |
| 10925 | DENMAN, BETTY, BOX 63, MORRISONVILLE, WI 53571 | |
| 10925 | DENMAN, STACEY, 2661 C DELK ROAD, 10/18/89, GA 30067 | |
| 10925 | DENMARK CHARITABLE FOUNDATION INC, POBOX 109, DENMARK, ME 04022 | |
| 10925 | DENMON, LISA, 5036 LONGVIEW RD, KANSAS CITY, MO 64137 | |
| 10924 | DENN-CO CONSTRUCTION - WAREHOUSE, 50795 RIZZO DRIVE, SHELBY TOWNSHIP, MI 48315 | |
| 10924 | DENN-CO CONSTRUCTION, 13129 23 MILE ROAD, SHELBY TOWNSHIP, MI 48315 | |
| 10924 | DENN-CO GROUP, C/O PIZZAGALLI CONSTRUCTION, TANNERSVILLE, NY 12485 | |
| 10925 | DENNEN, THOMAS, 51 VERNON ST, MALDEN, MA 02148 | |
| 10925 | DENNERY, SUSAN, 62 TREETOP COURT, BLOOMINGDALE, NJ 07403 | |
| 10925 | DENNESEN, THOMAS, 62 BRIDGE ST, BEVERLY, MA 01915-2932 | |
| 10924 | DENNEWITZ POOLS, 214 W. VALLEY DRIVE, CHILLICOTHE, OH 45601 | |
| 10924 | DENNEY ELECTRIC OF AMBLER, 61 BUTLER AVE, AMBLER, PA 19002 | |
| 10924 | DENNEY ELECTRIC, 510 WEST STATE STREET, KENNETT SQUARE, PA 19348 | |
| 10925 | DENNEY, CATHERINE, 215 BERRY AVE, HAYWARD, CA 94544 | |
| 10924 | DENNIES CONTRACTING CO.IN, 2501 ROCKFILL RD, FORT MYERS, FL 33916 | |
| 10925 | DENNING JR, CLYDE E, 533 HEBRIDES CT, APOPKA, FL 32712 | |
| 10925 | DENNING, JR, CLYDE, 533 HEBRIDES CT, APOPKA, FL 32712 | |
| 10925 | DENNING, RONNIE, 1710 AIRLINE, VICTORIA, TX 77901 | |
| 10925 | DENNING, VALERIE, 3772 WBUCKINGHAM #105, GARLAND, TX 75042 | |
| 10925 | DENNIS & CINDY ATKINSON, 80 SHARPTOWN RD, SWEDESBORO, NJ 08085 | |
| 10925 | DENNIS & CINDY ATKINSON, 80 SHARPTOWN RD., SWEDESBORO, NJ 08085 | |
| 10925 | DENNIS & EUGENE BOUDREAUX, 5160 HWY 1, RACELAND, LA 70394 | |
| 10925 | DENNIS A GAGNON, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DENNIS ALLAN RIGSTAD &, DOROTHY ANN RIGSTAD JT TEN, 102 CHRISTOPHER MILL RD, MEDFORD, NJ 08055-9049 | |
| 10925 | DENNIS BRICE SHULTZ, 7009 CORNELL, UNIVERSITY CITY, MO 63130-2305 | |
| 10925 | DENNIS C MAHER, 90 TURNER RD, SCITUATE, MA 02066 | |
| 10925 | DENNIS CARLETON BECHARD &, THERESA BECHARD JT TEN, 11 ANTHONY ST, ADAMS, MA 01220-1503 | |
| 10925 | DENNIS CHEMICAL, 2700 PAPIN STREET, SAINT LOUIS, MO 63103 | |
| 10924 | DENNIS COURTNEY C/O W.R. GRACE, 3000 ELM TREE COURT, VIRGINIA BEACH, VA 23452 | |
| 10924 | DENNIS COWAN ELEMENTRY SCHOOL, 2817 KENTISH DRIVE, AUSTIN, TX 78749 | |
| 10925 | DENNIS D BOTTORF, 4614 ARLINGTON PARK BLVD, FT WAYNE, IN 46835-4391 | |
| 10925 | DENNIS DEPPEN, 5840 ROSLYN ST, MCKEESPORT, PA 15135 | |
| 10925 | DENNIS E ANDREAS, 81-19 263 ST, FLORAL PARK, NY 11004-1518 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　DENNIS E MALINOWSKI, 1158 PIONEER DR, TOMS RIVER, NJ 08753-3944

10925　DENNIS E RYBERG, BOX 228, EUREKA, MT 59917-0228

10925　DENNIS G BATTERSBY, 122 FOREST ST, NORTH ANDOVER, MA 01845-3206

10925　DENNIS J FOLEY, 180 HIGHLAND PKWY, ROCHESTER, NY 14620-2543

10925　DENNIS J MORAN & SONS, INC, 4509 E. MONUMENT ST., BALTIMORE, MD 21205

10925　DENNIS L HORTON, 10301 DOWN LAKEVIEW CIRCLE, WINDERMERE, FL 34786-7908

10925　DENNIS L JACKSON, 9305 NE 74TH WAY, VANCOUVER, WA 98662

10925　DENNIS LAWRENCE RANK FRIEDELL, PO BOX 567, RIVER FALLS, WI 54022-0567

10925　DENNIS LORSONG, 25830 BEE TREE ROAD, HENDERSON, MD 21640-1449

10924　DENNIS LUMBER, 4888 NATIONAL PIKE, MARKLEYSBURG, PA 15459

10924　DENNIS LUMBER, ATLAS ROAD, HOPWOOD, PA 15445

10925　DENNIS LYNN GRAVES &, ANITA COLLEEN GRAVES JT TEN, 5026 KILBURN, SYLVANIA, OH 43560-9618

10925　DENNIS M HILTON, 4 HARVEST LN, NASHUA, NH 03063-2804

10925　DENNIS M SCARBOROUGH, 1167 WHARF DR, PASADENA, MD 21122-2530

10925　DENNIS R WALTHES, 110 BETTY LN, O FALLON, IL 62269-2235

10925　DENNIS R WHALEY, PO BOX 382624, CAMBRIDGE, MA 02238-2624

10925　DENNIS R. WHALEY, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925　DENNIS REILLY, 32 REGENT RD, CHERRY HILL, NJ 08003-1440

10924　DENNIS STRIPLING, & ANALYSIS INC., 121 TABERNACLE ROAD, BRENT, AL 35034

10925　DENNIS W FOX, 5067 WINWOOD WAY, ORLANDO, FL 32819-3303

10925　DENNIS WILKINS, RT 1 BOX 18, KENNARD, NE 68034-9708

10925　DENNIS, BETTY, ROUTE 3 BOX 188, FOUNTAIN INN, SC 29644

10925　DENNIS, BEVERLY, 2616 J ST SW, CEDAR RAPIDS, IA 52404

10925　DENNIS, BRIAN, 711 MEADOW LANE, ABBEVILLE, LA 70510

10925　DENNIS, CHARLES, 6 CENTER ST., MANTUA, NJ 08051-1643

10925　DENNIS, CHRISTOPHER B, 34 WILTON HUNT, WILTON, CT 06897

10925　DENNIS, CHRISTOPHER, 123 CHESTER AVE, ANNAPOLIS, MD 21403-3311

10925　DENNIS, CHRISTOPHER, 3123 OAKHURST AVE, LOS ANGELES, CA 90034

10925　DENNIS, CHRISTOPHER, 6 EAST CONSTANCE AVE, SANTA BARBARA, CA 93105

10925　DENNIS, CHRISTOPHER, 729 E. ANNA PAMU ST, SANTA BARBARA, CA 93103

10925　DENNIS, CLARE, 1571 W OGDEN AVE APT 2130, LA GRANGE PARK, IL 60525-1720

10925　DENNIS, DONALD, 546 PASTURE BROOK RD, SEVERN, MD 21144

10925　DENNIS, DWIGHT, 1630 ALLEN ROAD, TALBOTT, TN 37877

10925　DENNIS, ELIZABETH, 6620 JOHNSTON ST, PETERSBURG, VA 23803

10925　DENNIS, EUNICE, 8 WARREN PLACE, LYNN, MA 01902

10925　DENNIS, HELEN, 1241 N HARPER AVE, WEST HOLLYWOOD, CA 90046

10925　DENNIS, JAMES, 5748 SOUTH DRIVE, LAKE WORTH, FL 33461

10925　DENNIS, KIMBERLY, 3812 N.E. 142 CIRCLE, EDMOND, OK 73013

10925　DENNIS, LAKEISHA, 803 HOWARD DR, SIMPSONVILLE, SC 29681

10925　DENNIS, MARGARET, 1120 ALVAREZ DR, SARALAND, AL 36571

10925　DENNIS, MASON, 32 S. CATHERINE ST., BALTIMORE, MD 21223-0000

10925　DENNIS, MELODY, 14748 CARFAX, BELLFLOWER, CA 90706

10925　DENNIS, MICHAEL, 923 E. DIVISION, HOPE, AR 71801

10925　DENNIS, NANCY, 52 VALENTINE ST., NEWINGTON, CT 06111

10925　DENNIS, PATRICIA, 81 BARODA DRIVE, CAMARILLO, CA 93012

10925　DENNIS, PAUL, PO BOX 1001, ARLINGTON, MA 02174-0020

10925　DENNIS, RALPH, PO BOX 5703 DRIVE., CAPITOL HEIGHTS, MD 20791

10925　DENNIS, RICHARD, 1220 13TH AVE, GREEN BAY, WI 54304

10925　DENNIS, RODNEY, 1105 MAY ST, HAMMOND, IN 46320

10925　DENNIS, SHARON, 1110 BRANCH HOLLOW #1503, CARROLLTON, TX 75007

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DENNIS, SHARON, 3830 OLD DENTON RD, #21, CARROLLTON, TX 75007 | |
| 10925 | DENNIS, VALARIE, COTTONWOOD LN CIMAR., CANYON, TX 79015 | |
| 10925 | DENNIS, WANDA, 40 N. PENNYWELL DR., WILMINGTON, DE 19801 | |
| 10925 | DENNIS, WILLIAM, 10 CORNELIUS LANE, BRADFORD, PA 16701 | |
| 10925 | DENNISON, JENNIFER, RT. 1 BOX 319, CHARLESTON, WV 25312 | |
| 10925 | DENNISTON, MARLA, 3204 H YANCEYVILLE, GREENSBORO, NC 27405 | |
| 10925 | DENNISTON, ROBIN, 823 EICHYBUSH ROAD, KINDERHOOK, NY 12106 | |
| 10925 | DENNLER, PATRICIA, 1042 NOTHINGHAM DR, CINCINNATI, OH 45255 | |
| 10925 | DENNYS RESTAURANTS, PO BOX 840679, DALLAS, TX 75284-0679 | |
| 10925 | DENO MORRIS GROUP INC, PO BOX 15308, CLEARWATER, FL 33766-5308 | |
| 10925 | DENOCOUR, MICHELLE L., 2440 FORD ROAD, WHITE LAKE, MI 48383 | |
| 10925 | DENOYER, CHRISTINA, PO BOX 162, BEAVERVILLE, IL 60912 | |
| 10925 | DENOYER, MONICA, RT. 1 BOX 19, BEAVERVILLE, IL 60917 | |
| 10925 | DENOYER, RUSSELL, 334E. CHERRY, WATSEKA, IL 60970 | |
| 10925 | DENSMORE, VINCENT, 1027 S MARLYN AVE, BALTIMORE, MD 21221 | |
| 10924 | DENSO MANUFACT. C/O COOK JACKSON, 4560 WAYNE ROAD, BATTLE CREEK, MI 49015 | |
| 10925 | DENSON, CHARLIE, 3203 W DELAWARE AVE, PLANT CITY, FL 33566-4007 | |
| 10924 | DENSPLY INTERNATIONAL, P.O.BOX 872, YORK, PA 17405 | |
| 10925 | DENT, DONALD, 1415 MONROE, LEVELLAND, TX 79336 | |
| 10925 | DENT, REBECCA, 203 KINGS MILL CT, FREDERICKSBURG, VA 22401 | |
| 10924 | DENTACO, 73 E. MERRIC ROAD, FREEPORT, NY 11520 | |
| 10924 | DENTACO, 73 E. MERRICK ROAD, FREEPORT, NY 11520 | |
| 10925 | DENTAL SUPPLY CO OF NEW ENGLAND, 80 FARGO ST, BOSTON, MA 02210 | |
| 10924 | DENTAL TECHNOLOGIES INC., 6901 HAMLIN AVENUE, LINCOLNWOOD, IL 60712 | |
| 10924 | DENTALEZ, 2 500 HWY 31 SOUTH, BAY MINETTE, AL 36507 | |
| 10924 | DENTALEZ, 2500 HWY 31 SOUTH, BAY MINETTE, AL 36507 | |
| 10924 | DEN-TAL-EZ, 2500 HWY 31 SOUTH, BAY MINETTE, AL 36507 | |
| 10924 | DENTCO INC., 257 CORNELISON AVENUE, JERSEY CITY, NJ 07302-9988 | |
| 10924 | DENTCO INC., ROAD #3, KM76.9, HUMACAO, IT 791UNK | *VIA Deutsche Post* |
| 10924 | DENTON CONSTRUCTION COMPA, 20415 MACK AVE, GROSSE POINTE WOODS, MI 48236 | |
| 10924 | DENTON CONSTRUCTION COMPANY, 20415 MACK AVENUE, GROSSE POINTE WOODS, MI 48236 | |
| 10924 | DENTON CONSTRUCTION COMPANY, DFW AIRPORT, KELLER, TX 76248 | |
| 10924 | DENTON COUNTY PRE TRIAL, 127 NORTH WOODROW, DENTON, TX 76205 | |
| 10924 | DENTON HIGH SCHOOL, 1900 JASON DRIVE, DENTON, TX 76205 | |
| 10924 | DENTON READY MIX DO NOT USE, 500 W DAVIS, BUSHNELL, IL 61422 | |
| 10924 | DENTON READY MIX LLC, 500 W. DAVIS, BUSHNELL, IL 61422 | |
| 10924 | DENTON READY MIX LLC, 600 EAST MAIN, GALESBURG, IL 61401 | |
| 10924 | DENTON REGIONAL HOSPITAL, 3535 INTERSTATE HWY. 35, DENTON, TX 76206 | |
| 10925 | DENTON VACUUM INC., 1259 NORTH CHURCH ST, MOORESTOWN, NJ 08057 | |
| 10925 | DENTON VACUUM, 1259 CHURCH ST, MOORESTOWN, NJ 08057 | |
| 10925 | DENTON, ALBERT, 1122 W LOUISA, IOWA PARK, TX 76367 | |
| 10925 | DENTON, ARNOLD, 10A SUNNYSIDE LANE, DERRY, NH 03038 | |
| 10925 | DENTON, CARL, 6111 ELAIRE, INDIANAPOLIS, IN 46224 | |
| 10925 | DENTON, DEAN, 2602 EDGEMERE AVE, BALTIMORE, MD 21219 | |
| 10925 | DENTON, FELECIA, 3044 BLOOMFIELD DR, MACON, GA 31206 | |
| 10925 | DENTON, JULIE, POST OFFICE BOX 174, IOWA PARK, TX 76367 | |
| 10925 | DENTON, LAWRENCE, PO BOX 247746 OAKLAND PARK, COLUMBUS, OH 43224 | |
| 10925 | DENTON, SCOTT, 719 E PARK, IOWA PARK, TX 76367 | |
| 10925 | DENTON, VICKI, 10500 BRADLEY DR., ODESSA, TX 79764 | |
| 10925 | DENTREMONT, DONALD, 275 GRANGER ROAD, SPARTANBURG, SC 29306 | |
| 10924 | DENTSPLY INTERNATIONAL INC., CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | DENTSPLY/TRUBYTE DIV., 470 COLLEGE AVE (DOCK HRS 7AM-NOON), YORK, PA 17405 | |
| 10924 | DENVER ARCHIT PRECAST INC, 8200 EAST 96TH ST, HENDERSON, CO 80640 | |
| 10924 | DENVER ARCHITECTURAL PRECAST, 8200 E. 96TH AVENUE, HENDERSON, CO 80640 | |
| 10924 | DENVER ATHLETIC CLUB, JONES STAR, DENVER, CO 80204 | |
| 10925 | DENVER CHAPTER C S I, POBOX I478, WHEAT RIDGE, CO 80034 | |
| 10925 | DENVER FIRE PREVENTION BUREAU, 745 W.COLFAX, DENVER, CO 80204 | |
| 10925 | DENVER INSTRUMENT CO, 6542 FIG ST, ARVADA, CO 80004 | |
| 10924 | DENVER INTER. AIRPORT, CONCOURSE "C", GREELEY, CO 80632 | |
| 10924 | DENVER INTERNATION AIRPORT, HENZEL PHELPS, DENVER, CO 80217 | |
| 10924 | DENVER INT'L AIRPORT PROJECT F006B, CONCOURSE B, COMMERCE CITY, CO 80022 | |
| 10925 | DENVER MANAGER OF REVENUE, PO BOX 17440, DENVER, CO 80217-0440 | |
| 10924 | DENVER NEXT LINK, 313 INVERNESS WAY, ENGLEWOOD, CO 80112 | |
| 10925 | DENVER POST, THE, 1560 BROADWAY, DENVER, CO 80202 | |
| 10925 | DENVER ROCKY MOUNTAIN NEWS, DEPT 485, DENVER, CO 80281-0485 | |
| 10925 | DENVER ROSBERG, 2717 MERCURY LANE, BISMARK, ND 58501-0473 | |
| 10925 | DENVER STELLAR ASSOCIATES, DBA EMBASSY SUITES HOTEL, DENVER, CO 80256-0167 | |
| 10925 | DENVER SVEDALA EQUIP. SVEDALA SVEDA, PO BOX 340, COLORADO SPRINGS, CO 80901 | |
| 10925 | DENVER-ELEK-LANGRILL, 5926 BELAIR ROAD, BALTIMORE, MD 21206 | |
| 10925 | DENVER-ELEK-LANGRILL, 8860 KELSO DR., BALTIMORE, MD 21221 | |
| 10925 | DENYER, CARL, 5466 LOUISIANA DR, CONCORD, CA 94521 | |
| 10925 | DENZER, THOMAS, 7307 HOLMES, KANSAS CITY, MO 64131-1650 | |
| 10925 | DEOCAMPO, MA. VICTORIA, 575 SUNBURST LN, CHULA VISTA, CA 92011 | |
| 10925 | DEODATA, JOSEPH M, 303 CRAFTS ST, NEWTON, MA 02460 | |
| 10925 | DEODHAR, SUDHIR, 54A SMITH HILL RD, MONSEY, NY 10952 | |
| 10925 | DEOLIVERIA, LAUREN, 479 CONCORD AVE., CAMBRIDGE, MA 02138 | |
| 10925 | DEON DUNBAR, 213 KAOLIN RD., AIKEN, SC 29801 | |
| 10925 | DEP - STORAGE TANKS, 2600 BLAIRSTONE ROAD, TALLAHASSEE, FL 32399-2405 | |
| 10924 | DEP CORPORATION, 2101 EAST VIA ARADO, COMPTON, CA 90220 | |
| 10925 | DEPALMA, ALEXANDER, 452 LEHIGH DR, BRICKTOWN, NJ 08723 | |
| 10925 | DEPALO, ANGELA, 1305 128TH ST, COLLEGE PT, NY 11356 | |
| 10925 | DEPAOLA, ROBIN, 15623 NW COUNTY RD, GAINESVILLE, FL 32609 | |
| 10925 | DEPARTAMENTO DE HACIENDA, PO BOX 1040, SAN JUAN, PR 00922PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DEPARTAMENTO OF TRANSPORTACION, ., ., PR . | |
| 10924 | DEPARTMENT OF CORRECTIONS, 12551 WAINWRIGHT DR., IMMOKALEE, FL 34142 | |
| 10924 | DEPARTMENT OF FOOD AND AGRICULTURE, 1220 N. STREET, RM A-330, SACRAMENTO, CA 95814 | |
| 10924 | DEPARTMENT OF HUMAN SERVICES, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVE. - BLDG 3, NORWOOD, MA 02062 | |
| 10924 | DEPARTMENT OF LABOR, BROAD STREET, TRENTON, NJ 08600 | |
| 10924 | DEPARTMENT OF LABOR, CAMBRIDGE, MA 99999 | |
| 10924 | DEPARTMENT OF MOTOR VEHICLES, 2415 1ST AVENUE, SACRAMENTO, CA 95818 | |
| 10924 | DEPARTMENT OF MOTOR VEHICLES, DONALDSON ACOUSTICS 516/242-4550, TRENTON, NJ 08610 | |
| 10924 | DEPARTMENT OF SOCIAL SERVICES, 1225 RAMSEY ST, FAYETTEVILLE, NC 28301 | |
| 10924 | DEPARTMENT OF SOCIAL SERVICES, C/O WESTSIDE BUILDING MATERIALS, PANORAMA CITY, CA 91402 | |
| 10924 | DEPARTMENT OF TRANSPORTATION, ATMS BUILDING, ATLANTA, GA 30316 | |
| 10924 | DEPAUL HEALTH CARE CENTER, C/O R&Z PLASTERING, SAINT LOUIS, MO 63100 | |
| 10924 | DEPAUL HEALTH CARE, AMBULATORY CARE BLDG., SAINT LOUIS, MO 63100 | |
| 10924 | DEPAUL HOSPITAL, SAINT LOUIS, MO 63135 | |
| 10925 | DEPAUW, DEBBIE, 5502 TERESA LANE, ABILENE, TX 79606 | |
| 10925 | DEPEIZA, EDWIN, 205 DELHI ST, MATTAPAN, MA 02126 | |
| 10925 | DEPENA, BERTHA, 1420 CHAPIN ST #303, NW WASHINGTON, DC 20009 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DEPENDABLE COURIER SERVICE INC, PO BOX 930339, ATLANTA, GA 31193-0339 | |
| 10925 | DEPENDABLE FIRE EQUIPMENT, 116 TELFORD PIKE, TELFORD, PA 18969-2196 | |
| 10925 | DEPENDABLE POWER SWEEPING, PO BOX 1107, HACKENSACK, NJ 07601 | |
| 10925 | DEPENDABLE SERVICE CO, 333 WILLOW GLEN CT., MONTEVALLO, AL 35115 | |
| 10925 | DEPENDENT CARE CONNECTION, PO BOX 2783, WESTPORT, CT 06880 | |
| 10925 | DEPEREZ, GENOVEVA, 11729 CHRISTOPHER AVE, INGLEWOOD, CA 90303 | |
| 10924 | DEPEW SCHOOLS, 970 BULLIS RD, ELMA, NY 14059 | |
| 10925 | DEPIETRO, CHRISTINA, 1771 W BROAD ST, BETHLEHEM, PA 18018 | |
| 10925 | DEPINA, MARGARIDA, 39 MASS AVE, BROCKTON, MA 02402 | |
| 10925 | DEPINA, VIRGILIO, 40 CLARENCE ST, BROCKTON, MA 02401 | |
| 10925 | DEPIPPO, JULIE, 11672 PURYEAR LANE, GARDEN GROVE, CA 92640 | |
| 10925 | DEPOISTER, MARY, 530 JOLIET ROAD, PEOTONE, IL 60468-9459 | |
| 10925 | DEPOISTER, RHONDA, 204 S MAPLE, GRANT PARK, IL 60940 | |
| 10925 | DEPONTE, MICHAEL, 47 PEAR ST, STOUGHTON, MA 02072 | |
| 10925 | DEPOORTER, LARRY, 3003 MCNEIL, WICHITA FALLS, TX 76309 | |
| 10925 | DEPOSITORY TRUST CO, THE, 55 WATER ST - 49TH FL, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST CO, THE, 55 WATER ST 49TH FL, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST CO, THE, 55 WATER ST 49TH, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST COMPANY, 55 WATER ST 49TH FL, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST COMPANY, 55 WATERS ST - 49TH FL, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST COMPANY, THE, 55 WATER ST - 49TH FL, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST COMPANY, THE, 55 WATER ST 49TH FL, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST COMPANY, THE, 55 WATER ST, NEW YORK, NY 10041 | |
| 10925 | DEPOSITORY TRUST COMPANY, THE, 55 WATER ST, NEW YORK, NY 10042 | |
| 10925 | DEPPEN, DENNIS, 5840 ROSLYN ST, BOSTON, PA 15135 | |
| 10925 | DEPREE, KATHY, 6027 PINE FORGE CIRCLE, INDIANAPOLIS, IN 46254 | |
| 10925 | DEPREZ DIAN GUIGNOT & ASSOCIES, 21 RUE CLEMENT MAROT, PARIS, 75008FRANCE | *VIA Deutsche Post* |
| 10925 | DEPRIEST, CHARLOTTE, PO BOX 697, BRINKLEY, AR 72021 | |
| 10925 | DEPRIL, LOIS, 806 HICKORY ST., JOURDANTON, TX 78026 | |
| 10925 | DEPRIMIO JR, PAUL, 186 GRANIT ST, ROCKPORT, MA 01966 | |
| 10925 | DEPSCO FABRICATORS INC., 1701 RIDGELY ST, BALTIMORE, MD 21230 | |
| 10925 | DEP-STORAGE TANK REGISTRATION, 2600 BLAIR STONE ROAD, TALLAHASSEE, FL 32301-2405 | |
| 10925 | DEPT 56 - 0000164014, PO BOX 9020, DES MOINES, IA 50368-9020 | |
| 10925 | DEPT 56 - 1711960000, POBOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | DEPT 56 - 4202365937, PO BOX 9020, DES MOINES, IA 50368-9020 | |
| 10925 | DEPT 56 - 4202365937, POBOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | DEPT 56 - 4202497102, PO BOX 9020, DES MOINES, IA 50368-9020 | |
| 10925 | DEPT 56-1485550003, PO BOX 9020, DES MOINES, IA 50368-9020 | |
| 10925 | DEPT 58 - 3602067695, PO BOX 30292, SALT LAKE CITY, UT 84130-0292 | |
| 10925 | DEPT 82 - 0005742283, PO BOX 9020, DES MOINES, IA 50368-9020 | |
| 10925 | DEPT OF AGRICULTURE - MISSOURI, POBOX 630, JEFFERSON CITY, MO 65102 | |
| 10925 | DEPT OF AIRPORTS, PALM BEACH INTL AIRPORT, WEST PALM BEACH, FL 33406 | |
| 10925 | DEPT OF AIRPORTS, ROBERTA SCHARLIN ZINMAN DEPUTY CITY, | |
| 10925 | DEPT OF ASSESSMENTS, 301 W PRESTON ST, BALTIMORE, MD 21201-2395 | |
| 10925 | DEPT OF BUILDING AND SAFETY, 2319 DORRIS PLACE, LOS ANGELES, CA 90031-1083 | |
| 10925 | DEPT OF BUILDING AND SAFETY, 400 CITY HALL, LOS ANGELES, CA 90012-4869 | |
| 10925 | DEPT OF BUILDING AND ZONING, OF COOK COUNTY ILLINOIS, CHICAGO, IL 60602 | |
| 10925 | DEPT OF ECOLOGY, PO BOX 5128, LACEY, WA 98509-5128 | |
| 10925 | DEPT OF ENV PROTECTION, PO BOX 3584, BOSTON, MA 02241-3584 | |
| 10925 | DEPT OF ENVIRONMENT & CONSERVATION, 401 CHURCH ST, DIV OF SOLID WASTE MANAGEMENT, NASHVILLE, TN 37243-1535 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DEPT OF ENVIRONMENT HEALT, PO BOX 29534, RALEIGH, NC 27626-0534 | |
| 10925 | DEPT OF ENVIRONMENTAL PROTECT, 909 ELMERTON AVE, HARRISBURG, PA 17110 | |
| 10925 | DEPT OF ENVIRONMENTAL PROTECTION, PO BOX 3584, BOSTON, MA 02241-3584 | |
| 10925 | DEPT OF ENVIRONMENTAL QUALITY, PO BOX 20325, JACKSON, MS 39289-1325 | |
| 10924 | DEPT OF ENVIRONMENTAL, PROTECTION, 2600 BLAIR STONE RD RM B105, TALLAHASSEE, FL 32399-2400 | |
| 10925 | DEPT OF FINANCE AND ADMIN, PO BOX 896 ROOM 230, LITTLE ROCK, AR 72203-0896 | |
| 10925 | DEPT OF FINANCE AND ADMINISTR, MISCELLANEOUS TAX SECTION, PO BOX 896-ROOM 230, LITTLE ROCK, AR 72203-0896 | |
| 10925 | DEPT OF FINANCE AND REVENUE, PO BOX 176 BEN FRNK STN, WASHINGTON, DC 20044 | |
| 10924 | DEPT OF FISH & GAME, #3 NORTH OLD STAGE RD, MOUNT SHASTA, CA 96067 | |
| 10925 | DEPT OF HEALTH & ENVIR CONTROL (SCDHEC), BUREAU OF FINANCE, 2600 BULL ST, COLUMBIA, SC 29201 | |
| 10925 | DEPT OF HEALTH & REHAB SERV., PO BOX 14248, FORT LAUDERDALE, FL 33302 | |
| 10925 | DEPT OF HUMAN RESOURCES, PO BOX 7848, ATLANTA, GA 30357 | |
| 10925 | DEPT OF INDUSTRIAL RELATIONS- DOSH, PO BOX 420603, SAN FRANCISCO, CA 94142-0603 | |
| 10925 | DEPT OF INDUSTRIAL RELATIONS, POBOX 420603, SAN FRANCISCO, CA 94142 | |
| 10925 | DEPT OF INDUSTRIAL RELATIONS, POBOX 420603, SAN FRANCISCO, CA 94142-0603 | |
| 10925 | DEPT OF INSURANCE AND STATE, PO BOX 6100, TALLAHASSEE, FL 32314-6100 | |
| 10925 | DEPT OF JUSTICE STATE OF CA, BILL LOCKYER ATTY GENERAL, 1515 CLAY ST 20TH FL, OAKLAND, CA 94612-1413 | |
| 10925 | DEPT OF JUSTICE, BRADLEY OBRIEN, 301 HOWARD ST, SUITE 870, SAN FRANCISCO, CA 94105 | |
| 10925 | DEPT OF LABOR & INDUSTRIES, PO BOX 34026, SEATTLE, WA 98124-1026 | |
| 10925 | DEPT OF LABOR & INDUSTRIES, PO BOX 44699, OLYMPIA, WA 98504-4699 | |
| 10925 | DEPT OF LABOR & INDUSTRIES, PO BOX 44835, OLYMPIA, WA 98504-4835 | |
| 10925 | DEPT OF LABOR & INDUSTRIES, PO BOX 44699, OLYMPIA, WA 98504-4699 | |
| 10925 | DEPT OF LABOR AND INDUSTRIES, PO BOX 44699, OLYMPIA, WA 98504-4699 | |
| 10925 | DEPT OF LICENSING, 3000 ROCKEFELLER AVE, EVERETT, WA 98201-4060 | |
| 10925 | DEPT OF LLR, POBOX 11409, COLUMBIA, SC 29211 | |
| 10925 | DEPT OF MASSACHUSETTS,, THE, ONE ASHBURTON PLACE RM.1301, BOSTON, MA 02108-1618 | |
| 10924 | DEPT OF MOTOR VEHICLE JOB/TRENTON, C/O DONALDSON ACOUSTICS YARD, DEER PARK, NY 11729 | |
| 10925 | DEPT OF MOTOR VEHICLES, PO BOX 825339, SACRAMENTO, CA 94232-5339 | |
| 10925 | DEPT OF MOTOR VEHICLES, PO BOX 932320, SACRAMENTO, CA 94232-3200 | |
| 10925 | DEPT OF MOTOR VEHICLES, PO BOX 942897, SACRAMENTO, CA 94297-0897 | |
| 10925 | DEPT OF NATIONAL DEFENSE, BLDG 210 DOCKYARD, CFB ESQUIMALT, VICTORIA, BC V0S 1B0CANADA | *VIA Deutsche Post* |
| 10925 | DEPT OF NATURAL RESOURCES, PO BOX 101161, ATLANTA, GA 30392 | |
| 10925 | DEPT OF PUBLIC AID, PO BOX 909, SPRINGFIELD, IL 62705 | |
| 10925 | DEPT OF PUBLIC SAAFETY, STATE CAPITOL BLDG ROOM B5, SAINT PAUL, MN 55155 | |
| 10925 | DEPT OF PUBLIC SAFETY, ROUTE 6 BOX 1538, LAURENS, SC 29360 | |
| 10925 | DEPT OF PUBLIC UTILITIES, 420 MADISON AVE STE 100, TOLEDO, OH 43667-0001 | |
| 10925 | DEPT OF REVENUE, PROPERTY TAX DIVISION, ATLANTA, GA 30334 | |
| 10925 | DEPT OF SOCIAL SERVICES, POBOX 26022, BATON ROUGE, LA 70826 | |
| 10925 | DEPT OF STATE, 409 E. GAINES ST., TALLAHASSEE, FL 32399 | |
| 10925 | DEPT OF STATE, 41 STATE ST, ALBANY, NY 12231 | |
| 10925 | DEPT OF STATE, 513 23RD ST NW, WASHINGTON, DC 20520 | |
| 10925 | DEPT OF STATE/DIV OF CORPORATIONS, 41 STATE ST - 2ND FL, ALBANY, NY 12231 | |
| 10925 | DEPT OF THE ARMY US ARMY CORP OF EN, MGMT AND DISPOSAL DIVISION, WASHINGTON, DC | |
| 10925 | DEPT OF THE ENVIRONMENT, 2500 BROENING HWY., BALTIMORE, MD 21224 | |
| 10925 | DEPT OF THE NAVY SOUTHERN DIVISION, 2155 EAGLE DRIVE PO BOX 10068, CHARLESTON, SC 29411-0068 | |
| 10925 | DEPT OF THE TREASURY, 200 EAST BAY ST, CHARLESTON, SC 29401 | |
| 10925 | DEPT OF TOXIC SUBSTANCES, POBOX 806, SACRAMENTO, CA 95812 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DEPT OF TRANSPORTATION, 4802 SHEBOYGAN AVE #803, MADISON, WI 53702-0002 | |
| 10925 | DEPT OF TREASURY-PUERTO RICO, PR PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DEPT OF TREASURY-PUERTO RICO, PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DEPT OF VETERANS AFFAIRS, 30 W MIFFLIN ST, MADISON, WI 53703-2589 | |
| 10925 | DEPT OF WATER & POWER OF THE CITY O, ROBERTA SCHARLIN ZINMAN DEPUTY CITY, | |
| 10925 | DEPT TREASURY-IRS, MEMPHIS SERVICE CENTER, MEMPHIS, TN 37501 | |
| 10925 | DEPT. 01564, PO BOX 55000, DETROIT, MI 48255-0015 | |
| 10925 | DEPT. 56 - 1485550003, PO BOX 9027, DES MOINES, IA 50368-9027 | |
| 10925 | DEPT. 56 - 4101492139, PO BOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | DEPT. 82 - 0000039354, PO BOX 182378, COLUMBUS, OH 43218-2378 | |
| 10925 | DEPT. HEALTH & REHABILITATIVE, POBOX 14248, FORT LAUDERDALE, FL 33302 | |
| 10925 | DEPT. OF CONSUMER SERVICES, 121 N. LASALLE ST., CHICAGO, IL 60602 | |
| 10925 | DEPT. OF FOOD AND AGRICULTURE, PO BOX 942872, SACRAMENTO, CA 94271-2872 | |
| 10925 | DEPT. OF INDUSTRIAL RELATIONS, PO BOX 420603, SAN FRANCISCO, CA 94142 | |
| 10925 | DEPT. OF PUBLIC SAFETY & CORR., TESS-MAIL SLIP 21, PO BOX 66614, BATON ROUGE, LA 70896-6614 | |
| 10924 | DEPT. OF THE ARMY, ABERDEEN PROVING GROUND, BLDG. #3554, ABERDEEN PROVING GROUND, MD 21005 | |
| 10924 | DEPT. OF TRANSITIONAL ASSISTANCE, PICKUP IN NORWOOD, 505 UNIVERSITY; BLDG. #3, NORWOOD, MA 02062 | |
| 10924 | DEPUE-WILBERT VAULT CO, 412 BONAVENTURE AVE, SAVANNAH, GA 31404 | |
| 10924 | DEPUE-WILBERT VAULT CO., INC., 412 BONAVENTUR AVE., SAVANNAH, GA 31404 | |
| 10925 | DEPUTY SHERIFF MAGAZINE, 4200 WISCONSIN AVE., NW SUITE 106, WASHINGTON, DC 20016-2157 | |
| 10925 | DEQUENO, ROSA, 6160 WILSON BLVD, ARLINGTON, VA 22205 | |
| 10924 | DEQUINCY READY MIX, PO DRAWER 608, DEQUINCY, LA 70633 | |
| 10925 | DER VARTANIAN, HOURI, 47 LAWNDALE ST, BELMONT, MA 02178 | |
| 10925 | DERAMUS, DEMETRIUS, 5612 ACME, ST. LOUIS, MO 63136 | |
| 10925 | DERAMUS, GERTIE, 1466 GLEN CLIFF DR, DALLAS, TX 75217 | |
| 10925 | DERASMO, MICHELLE, 9358 TOM SADLER RD, CHARLOTTE, NC 28214 | |
| 10925 | DERBIQUE, KAREN, 1129 DREWS DRIVE, DEPERE, WI 54115 | |
| 10925 | DERBIS, DIEDRE, 38 TROUTBROOK CIRCLE, REISTERTOWN, MD 21136 | |
| 10925 | DERBISH, DONNA, 3242 HYATT RD, SAN BERNARDINO, CA 92407 | |
| 10925 | DERBY, RUTH, 308 GROVE ST., RAMSEY, NJ 07446-1326 | |
| 10925 | DERBYSHIRE MACK & MORGAN, INC, 4009-D MARKET ST., ASTON, PA 19014 | |
| 10925 | DERBYSHIRE, ANN M, CUST FOR DEAN E DERBYSHIRE, UNIF GIFT MIN ACT NY, 4747 BROAD RD, SYRACUSE, NY 13215-2303 | |
| 10925 | DERBYSHIRE, ANN M, CUST FOR DEVON A DERBYSHIRE, UNIF GIFT MIN ACT NY, 4747 BROAD RD, SYRACUSE, NY 13215-2303 | |
| 10925 | DERBYSHIRE, DORIS, 5617 TROTTER ROAD, CLARKSVILLE, MD 21029 | |
| 10925 | DERDA, STEVEN, 9128 TERRACE DR, DES PLAINES, IL 60016 | |
| 10925 | DERDEN, JIMMIE D, PO BOX 273, RICE, TX 75155 | |
| 10925 | DERDERIAN, PATRICIA, 10 WAGONWHEEL DR, BEDFORD, MA 01730 | |
| 10925 | DEREK MANGNALL, 50 WESTLANDS, PICKERING NORTH YORKSHIRE, Y018, Y018 7HJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DERENGOWSKI, EDWARD, 931 MORRIS AV, GREEN BAY, WI 54304 | |
| 10925 | DERENNE, FRANCIS, E2198 CTY X, CASCO, WI 54205 | |
| 10925 | DE-RES INC, PO BOX 570226, ORLANDO, FL 32857-0226 | |
| 10925 | DEREVJANIK, EDNA, 141 ST MARKS AVE, STATEN ISLAND, NY 10301-9998 | |
| 10925 | DERICO, DANIEL, 165 WISE HOLLOW RD, AIKEN, SC 29801 | |
| 10925 | DERIENZO, LARION, 9 KENSINGTON CT, RD#2, NESHANIC STATION, NJ 08853 | |
| 10925 | DERIK LIPORTO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DERINGER, KAREN, 111 MT LEBANON BLVD, PITTSBURGH, PA 15228 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DERIS PATENT AND TRADEMARKS, INEBOLU SOKAK, DERYA HAN N 3 - K S, KABATAS-ISTANBUL, 80040TURKEY | *VIA Deutsche Post* |
| 10925 | DERIS PATENTS AND TRADEMARKS, PO BOX 575 KARAKOV, ISTANBUL, 99999TURKEY | *VIA Deutsche Post* |
| 10925 | DERISE, RONALD, 1400 HARBINS RD, NORCROSS, GA 30093 | |
| 10925 | DERISE, VIRGINIA, 1902 JEFFERSON CT, NORTH WALES, PA 19454 | |
| 10925 | DERISO, MICHAEL, 22042 CALDERAS, MISSION VIEJO, CA 92691 | |
| 10925 | DERIZZO, CAROLE, 961 E WALTERS TERR., PORT ST LUCIE, FL 34983 | |
| 10925 | DER-KEL CHEMICAL, 325 N. HAMILTON ST., PO BOX 3753, DALTON, GA 30719-3753 | |
| 10925 | DERKS, MARY, 2010 TIMBERS HILL, RICHMOND, VA 23235 | |
| 10925 | DERKSEN, ROY, W. 11557 HEMP ROAD, BRANDON, WI 53919-9419 | |
| 10924 | DERLAN PRECISION GEAR, 6006 WEST 73RD STREET, BEDFORD PARK, IL 60638-6106 | |
| 10925 | DERMID, BRIAN, 503 CREEK DR, EASLEY, SC 29642 | |
| 10925 | DERMITT, HOLLY, RD3 BOX 123, CANONSBURG, PA 15317 | |
| 10925 | DERMUGRIDITCHIAN, MARK, 75 DOVER DR, WHITINSVILLE, MA 01588 | |
| 10925 | DERN, CARRIE, 69 PEACH ORCHARD RD, BURLINGTON, MA 01803 | |
| 10925 | DERNIER, DANIEL, 79 W GROVE ST, MIDDLEBORO, MA 02346 | |
| 10925 | DERNIER, NATHAN, 79 WEST GROVE ST, MIDDLEBOROUGH, MA 02346 | |
| 10925 | DEROCHE, SAMUEL, 1416 TARA ST, HOUMA, LA 70363 | |
| 10925 | DEROOSE JR, FRANK, 2508 PAC LANE, BALTIMORE, MD 21219 | |
| 10925 | DEROOSE, FRANK, 5500 COLUMBIA RD., BALTIMORE, MD 21226 | |
| 10925 | DEROSA LANDFILL MANAGEMENT, INC, 19 FORTUNE ROAD, WOBURN, MA 01801 | |
| 10925 | DEROSA, HELEN, 45 CHARME RD, BILLERICA, MA 01821 | |
| 10925 | DEROSA, JOANNE, 40 HARDWOOD DR, TAPPAN, NY 10983 | |
| 10925 | DEROSA, MICHAEL, 4561 LEONATO WAY, FREMONTLLE, CA 94555 | |
| 10925 | DEROSE FLOWER SHOP, 3508 MAPLEWOOD DR, SULPHUR, LA 70663 | |
| 10925 | DEROSIA, BONNIE, 135 CATHERINE ST, CHICOPEE, MA 01013 | |
| 10925 | DEROUEN, DOROTHY, 1402 LOURDES DRIVE, SULPHUR, LA 70663 | |
| 10925 | DEROUEN, STEVEN, 20161 CARL HOPPE RD, IOWA, LA 70647 | |
| 10925 | DEROUX, NEWTON, 11248 EVANS TR, BELTSVILLE, MD 20705 | |
| 10925 | DEROWITSCH, PENNY, 2300 HARVARD WAY, #124H, RENO, NV 89502 | |
| 10925 | DERR ASSOC, 200 N 3RD ST SUITE 8, PO BOX 1006, BOISE, ID 83701-1006 | |
| 10925 | DERR III, JAMES, 8710 DATAPOINT #6001, SAN ANTONIO, TX 78229 | |
| 10925 | DERRA, JOAN, 734 JEFFERSON CT, DE FOREST, WI 53532 | |
| 10925 | DERRICK ABRAM, 4849 HOMESTEAD RD. STE.232, HOUSTON, TX 77028 | |
| 10924 | DERRICK CONSTRUCTION, PO BOX102, LUNA, NM 87824 | |
| 10925 | DERRICK CORP, 590 DUKE ROAD, BUFFALO, NY 14225 | |
| 10925 | DERRICK CORP, PO BOX 201211, HOUSTON, TX 77216-1211 | |
| 10925 | DERRICK CORP., PO BOX 201211, HOUSTON, TX 77216-1211 | |
| 10925 | DERRICK CORPORATION, PO BOX 201211, HOUSTON, TX 77216-1211 | |
| 10925 | DERRICK MFG., 590 DUKE RD., BUFFALO, NY 14225 | |
| 10925 | DERRICK RIVERS, 7475 WESTHAVEN DR., BEAUMONT, TX 77713 | |
| 10925 | DERRICK, ESTILL, PO BOX 127, NEWARK, OH 43058 | |
| 10925 | DERRICO JT TEN, ARTHUR R & LUISE, 27 B HANCOCK AVE EXT, MEDFORD, MA 02155-5631 | |
| 10925 | DERRO CONSTRUCTION CORP, 22 LINCOLN ST, WINCHESTER, MA 01890 | |
| 10925 | DERRO CONSTRUCTION CORPORATION, W G MAGGIO & SONS, WINCHESTER, MA 01890 | |
| 10925 | DERRO CONSTRUCTION CORPORATION, W.G. MAGGIO & SONS, WINCHESTER, MA 01890 | |
| 10924 | DERRY & SON R/M, 1007 W.GRANT, MACOMB, IL 61455 | |
| 10924 | DERRY & SON READY MIX, 1007 WEST GRANT, MACOMB, IL 61455 | |
| 10924 | DERRY & SON, 1007 WEST GRANT, MACOMB, IL 61455 | |
| 10924 | DERRY FIELD SCHOOL, 2108 RIVER ROAD, MANCHESTER, NH 03104 | |
| 10925 | DERRY, ANITA, 2730 WISCONSIN AVE #85, WASHINGTON, DC 20007 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DERRY, MERLE, 6040 FREMONT ST, LINCOLN, NE 68507

10925 DERRY, SHAWN, 63 BRUCE DRIVE, TRENTON, NJ 08618

10925 DERSHOWITZ JT TEN, MILTON A & ANNE, 518 FOREST AVE, LAKEWOOD, NJ 08701-2517

10925 DERTI, DITA, 155 JEFFERSON AVE, CRESSKILL, NJ 07626-2039

10925 DERTINGER, PAUL, 50 RAILROAD AVE, PEARL RIVER, NY 10965

10925 DERTOROSSIAN, EMMANUEL, 13 BROADWAY TERR, NEWTON, MA 02160

10925 DERUITER, ROBERT, 5256 EAST FOREST PLEASANT PLACE, CAVE CREEK, AZ 85331

10925 DERUVO, PAMELA, 6812 CARMEL HILLS DR, CHARLOTTE, NC 28226

10925 DERVILLA BEIRNE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 DERWENT INC, 1725 DUKE ST SUITE 250, ALEXANDRIA, VA 22314

10925 DERWENT INC., LOCKBOX N 33404, CHICAGO, IL 60694-3400

10925 DERWENT INFORMATION LIMITED, 14 GREAT QUEEN ST, LONDON, LO WC2B 5DFUNITED KINGDOM     **\*VIA Deutsche Post\***

10925 DERWENT INFORMATION, 1725 DUKE ST , SUITE 250, ALEXANDRIA, VA 22314

10925 DERWENT NORTH AMERICA, 1725 DUKE ST , SUITE 250, ALEXANDRIA, VA 22314

10925 DERWENT NORTH AMERICA, 1725 DUKE ST, SUITE 250, ALEXANDRIA, VA 22314

10925 DERWENT PUBLICATIONS, 1313 DOLLY MADISON #303, MCLEAN, VA 22101

10925 DERY, JAN, 2227 SHAMROCK LN, GREEN BAY, WI 54304

10925 DERYNIOSKI, BEATA, 6 CUMBERLAND ROAD, GILFORD, NH 03246

10924 DES CHAMPS LABORATORIES, INC, 43 DOUGLAS WAY, NATURAL BRIDGE STATION, VA 24579

10924 DES CHAMPS LABORATORIES, INC., 45 NATURAL BRIDGE SCHOOOL ROAD, NATURAL BRIDGE STATION, VA 24579

10924 DES CHAMPS LABORATORIES, INC., PO BOX 220, NATURAL BRIDGE STATION, VA 24579

10925 DES MOINES METRO CONCRETE COUNCIL, 905 SCOTT-FELTON RD, INDIANOLA, IA 50125

10925 DES MOINES METRO CONCRETE COUNCIL, PO BOX 309, NORWALK, IA 50211

10924 DES MOINES ROOFING & INSULATION, 2470 SOUTH RIVERSIDE DR., IOWA CITY, IA 52246

10924 DES MOINES ROOFING, SUITE # 1, 7932 UNIVERSITY BLVD., DES MOINES, IA 50325

10924 DESA INTERNATIONAL, 2701 INDUSTRIAL DR., BOWLING GREEN, KY 42102

10924 DESA INTERNATIONAL, 3323 W. WARNER AVE., SANTA ANA, CA 92704

10925 DESA, DIONISIO, 33 WHITE ST, TAUNTON, MA 02780

10925 DESADIER, WARREN, 4157 E. WIND DR. #6, MEMPHIS, TN 38116

10925 DESAI & GRAVES, 77 FRANKLIN ST 3RD FL, BOSTON, MA 02110

10925 DESAI, JASMINA, 1200 ST. ADNREWS RD, COLUMBIA, SC 29210

10925 DESAI, MRUDULA, 57 JEFFERSON AVE, WOBURN, MA 01801

10925 DESALVA, ANTHONY C, 1273 HARDSCRABBLE RD, CHAPPAQUA, NY 10514-1913

10924 DESALVICO LTDA, SANTAFE DE BOGATA D.C., BOGATA, 0COLOMBIA     **\*VIA Deutsche Post\***

10925 DESALVO, RACHELLE, 4228 CONNECTICUT, KENNER, LA 70065

10925 DESANDO, MICHAEL, 490 OLD COUNTRY ROAD, WELLINGTON, FL 33414

10925 DESANTI, ERNEST A, 1353 CAROLE LANE, GREEN BAY, WI 54313-5965

10925 DESANTIS, DAVID, 16225 COMMERCE WAY, CERRITOS, CA 90703

10925 DESANTIS, JOHN, 200 SPINNAKER COURT, DAVIDSON, NC 28036

10925 DESANTIS, MICHAEL, 3036 ORLEANS WAY, APOPKA, FL 32703

10924 DESARROLLOS QUIMICOS MODERNOS S.A., LOS TALLADORES NO. 250 - LIMA 03, LIMA, PER     **\*VIA Deutsche Post\***

10925 DESAULNIERS, KENDALL, 7219 CARACARA COURT, SYKESVILLE, MD 21784

10925 DESBOIS, DIANE, 2035 CAMPBELL AVE, SCHENECTADY, NY 12206

10925 DESCARFINO, MARIE, 1205 RICHMOND RD, MAHWAH, NJ 07430

10925 DESCENZA DIAMONDS, 387 WASHINGTON ST, BOSTON, MA 02108

10925 DESCHRYVER, MARK, 70 OLD DUBLIN PIKE I3, DOYLESTOWN, PA 18901

10924 DESCHUTES READY MIX, 2975 SKYLINE RANCH RD, BEND, OR 97701

10924 DESCHUTES READY MIX, R.L. COATS, BEND, OR 97709

10924 DESCO, INC, 2014 NORTH SIDE DRIVE, STATESVILLE, NC 28625

10924 DESCO, INC., 1205 LINCOLNTON RD, SALISBURY, NC 28144

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   DESCO, INC., 1935 HILCO ST., ALBEMARLE, NC 28001

10924   DESCO, INC., P.O. BOX 1809, SALISBURY, NC 28144

10924   DESERT BLOCK, 929 SOPP RD, MOJAVE, CA 93501

10924   DESERT BLOCK, 929 SOPP RD., MOJAVE, CA 93501

10924   DESERT BUILDING MATERIALS, 2310 W GARDNER LA, TUCSON, AZ 85705

10924   DESERT BUILDING MATERIALS, 2310 W. GARDNER LA, TUCSON, AZ 85705

10924   DESERT BUILDING MATERIALS, CAMBRIDGE, MA 02140

10925   DESERT CONSTRUCTION INC., 4490 EAST HWY 66, KINGMAN, AZ 86401

10924   DESERT CONSTRUCTION, 4490 EAST HIGHWAY 66, KINGMAN, AZ 86401

10924   DESERT CONSTRUCTION, 4490 EAST HWY 66, KINGMAN, AZ 86401

10924   DESERT ELECTRICAL, 11220 ROJAS SUITE A-6  ATTN AL, EL PASO, TX 79935

10925   DESERT HAVEN TRAILER CO INC, 3800 SHELL ST, EL PASO, TX 79925

10924   DESERT HOCKEY ASSOCIATION, OCEANSIDE ICE ARENA, TEMPE, AZ 85281

10924   DESERT KING CORP., 3802 MAIN ST., CHULA VISTA, CA 91909

10924   DESERT KING CORP., 3802 MAIN STREET, CHULA VISTA, CA 91911

10924   DESERT MOLDING CONCEPTS, INC., 15370 CHOLAME #13, VICTORVILLE, CA 92392

10924   DESERT MUSEUM, FIREPROOFING COATINGS, PALM SPRINGS, CA 92262

10924   DESERT RESEARCH INSTITUTE, 2215 RAGGIO PARKWAY, RENO, NV 89512

10924   DESERT RESEARCH INSTITUTE, ATTN:  ELIZABETH SOTOODEH, 7010 DANDINI BOULEVARD, RENO, NV 89506

10925   DESERT ROCK CO, 212 S NEVAREZ, EL PASO, TX 79927

10924   DESERT ROCK CO, 212 SOUTH NEVAREZ, EL PASO, TX 79927

10924   DESERT ROCK COMPANY, 212 SOUTH NEVAREZ, EL PASO, TX 79927

10924   DESERT ROCK PRODUCTS, 1750 W. EAST MAIN STREET, DELTA, UT 84624

10924   DESERT ROCK PRODUCTS, ATTN:  ACCOUNTS PAYABLE, DELTA, UT 84624

10924   DESERT SAMARITAN, DON BOEHMER, MESA, AZ 85201

10924   DESERT SPRINGS MEDICAL, SMITH AND GREEN, LAS VEGAS, NV 89101

10924   DESERT VALLEY HOSPITAL, VICTORVILLE, CA 92392

10924   DESERT VISTA, PHOENIX, AZ 85019

10925   DESHAZER JACK, JACK, 697 TERRANCE VIEW RD, LIBBY, MT 59923

10925   DESHAZER, THOMAS, RR1 BOX 98B, GENTRYVILLE, IN 47537

10925   DESHAZO, KAREN, 117 MOUNTAIN AVE, FALMOUTH, VA 22405

10925   DESHAZO, ROBERT, 11 FOREST DRIVE, HATTIESBURG, MS 39402

10925   DESHIELDS, DONNA, PO BOX 86, ENOREE, SC 29335

10925   DESHIELDS, LARRY, RT 4 BOX 467A ., LAURENS, SC 29360

10925   DESHIELDS, MIRIAM D, 22 SUSAN DRIVE, SOMERSET NJ, NJ 08873

10925   DESHMUKH, YAMINI, 25 GARDNER ST., ARLINGTON, MA 02174

10925   DESHOTEL, CARL, RT2 BOX 760, IOWA, LA 70547

10925   DESHOTEL, DAVID W, 4833 PONDEROSA DR., LAKE CHARLES, LA 70605

10925   DESHOTEL, DAVID, 4833 PONDEROSA DRIVE, LAKE CHARLES, LA 70605

10925   DESHOTEL, JAMES, RT. 2, BOX 295, MAMOU, LA 70554

10925   DESHOTEL, JEREMY, PO BOX 1256, IOWA, LA 70647

10925   DESHOTEL, JOHN, PO BOX 98, HAYES, LA 70646

10925   DESIDERIO, THOMAS, 108 TROY ST, SENECA FALLS, NY 13148

10924   DESIGN & MANUFACTURING LTD., 301 WEST DIVISION STREET, FISHER, IL 61843

10925   DESIGN 2 GRAPHICS, 2112 TYLER ST, CONWAY, AZ 72032

10924   DESIGN AIR, 104 DORSA AVENUE, LIVINGSTON, NJ 07039

10925   DESIGN ASSOCIATES OF DEDHAM, 46 CUNNINGHAM RD., DEDHAM, MA 02026

10924   DESIGN BRICK PRODUCTS, 110 EAST MAIN ST., DALTON, OH 44618

10924   DESIGN BRICK PRODUCTS, PO BOX 502, DALTON, OH 44618

10925   DESIGN COATINGS, INC, 634-B SOUTH OLD BELAIR ROAD, GROVETOWN, GA 30813

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DESIGN CONCRETE INC, P O BOX 2818, ROME, GA 30164 | |
| 10924 | DESIGN CONCRETE, INC., 935 N 2ND AVE., ROME, GA 30165 | |
| 10924 | DESIGN CONCRETE, INC., P.O. BOX 2818, ROME, GA 30165 | |
| 10925 | DESIGN ENGINEERS & CONSULTING, 415 CONANT ST, MAUMEE, OH 43537 | |
| 10925 | DESIGN EQUIPMENT, 225 FAIRBANKS DR., ETTERS, PA 17319 | |
| 10925 | DESIGN FAB, INC, 1160 ROUTE 202, GREENE, ME 04236 | |
| 10925 | DESIGN FORUM 99, 3355 LENOX RD NE SUITE 1190, ATLANTA, GA 30326 | |
| 10924 | DESIGN IN PRECAST, 12184 N. W. 98 AVENUE, HIALEAH GARDENS, FL 33018 | |
| 10925 | DESIGN MANAGEMENT CORPORATION, ONE SOUTH AVE, NATICK, MA 01760 | |
| 10924 | DESIGN MATERIALS, 110 SIGMA DRIVE, GARNER, NC 27529 | |
| 10924 | DESIGN MATERIALS, P O BOX 27685, RALEIGH, NC 27604 | |
| 10924 | DESIGN MATERIALS, PO BOX27685, RALEIGH, NC 27604 | |
| 10925 | DESIGN PACKAGING, PO BOX 747, RANDOLPH, MA 02368 | |
| 10925 | DESIGN PLASTIC SYSTEMS, INC, VALLEY FORGE BUSINESS CENTER, NORRISTOWN, PA 19403 | |
| 10924 | DESIGN READY MIX, 5240 HEBBARDSVILLE RD, ATHENS, OH 45701 | |
| 10925 | DESIGN SHELTERS, 2020 EASTWOOD DR, MADISON, WI 53704 | |
| 10924 | DESIGNED SYSTEMS INC, POB 515, FLORENCE, KY 41042 | |
| 10924 | DESIGNER AIR, 628 RT. 10, SUMMIT, NJ 07901 | |
| 10924 | DESIGNER DISTRIBUTOR, 1979 DANA BREE, EL PASO, TX 79936 | |
| 10925 | DESIGNERS & DECORATORS, 650 NE 44 ST, FORT LAUDERDALE, FL 33334 | |
| 10925 | DESIGNERS SERVICE BUREAU, 6000 PARK OF COMMERCE BLV, BOCA RATON, FL 33487 | |
| 10924 | DESIGNS BY STONECRAFTERS, INC., 12522 BUARO STREET, GARDEN GROVE, CA 92840 | |
| 10924 | DESIGNS BY STONECRAFTERS, INC., ATTN: ACCOUNTS PAYABLE, FOUNTAIN VALLEY, CA 92728-8271 | |
| 10925 | DESIGN-TEC LTD MCGILLIGANS INC, LEE KILKELLY PAULSON & YOUNGER SC, PO BOX 2189, MADISON, WI 53701-2189 | |
| 10925 | DESILETS, P, 9 PAINE AVE, BRISTOL, RI 02809 | |
| 10925 | DESILETS, RICHARD, 877 WESTFORD ST, LOWELL, MA 01851-2825 | |
| 10925 | DESIMIO, DAVID, 8390 STATE RD 88, RAVENNA, OH 44266 | |
| 10925 | DESIMONE, BETH, 5927 HIDDEN PEAK, SAN ANTONIO, TX 78247 | |
| 10925 | DESIMONE, JOHN, 9 CLINTON PLACE, EVERETT, MA 02149 | |
| 10925 | DESIMONE, MARIANTONIA, 46 PKWY, POMONA, NY 10970 | |
| 10925 | DESIMONE, PAUL, 25 SUMNER ST, QUINCY, MA 02169 | |
| 10925 | DESIR, MARIE, 509 KILIMANJARO ROAD, KISSIMMEE, FL 32758-3250 | |
| 10925 | DESISTO, ALVIN, 150 KENNEDY DRIVE, ATTLEBORO, MA 02703 | |
| 10925 | DESITTER CARPETS, INC, 1 TIMBER CT, #100, BOLINGBROOK, IL 60440 | |
| 10925 | DESJARDINS, CLEMENT, 198 THIRD ST, LOWELL, MA 01852 | |
| 10925 | DESJARDINS, RUTH, 307 VEGAS DRIVE, HANOVER, PA 17331 | |
| 10925 | DESKIN, LINDA, 25 LOCKWOOD RD, 19, SPARKS, NV 89431 | |
| 10925 | DESKIN, ROBERT, 3959 SARITA PARK DR., FT WORTH, TX 76109 | |
| 10925 | DESKTOP DATA, INC, PO BOX 5-0199, WOBURN, MA 01815-0199 | |
| 10925 | DESMARAIS, ROGER, PO BOX 409, E ORLEANS, MA 02643-0409 | |
| 10925 | DESMARETZ, JOHN, 4914 SANDYBEACH DR, CROWN POINT, IN 46307 | |
| 10925 | DESMOND WILLIAM JACKSON, 1 MILLER CLOSE, MIDDLELEAZE, WILTSHIRE, WEST SWINDON, SN5 9TNUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DESMOND, JOHN, 46 REGINA DRIVE, LEOMINSTER, MA 01453 | |
| 10925 | DESOCIO, PAMELA, 105-B HARPER DRIVE, TURTLE CREEK, PA 15145 | |
| 10925 | DESORGO, MIKSA, 3 SHAMROCK RD, WINDHAM, NH 03087 | |
| 10925 | DESORMEAUX, EDDIE, PO BOX 12515, NEW IBERIA, LA 70562 | |
| 10925 | DESORMEAUX, JR, JOSEPH, 209 KELLER, CROWLEY, LA 70526 | |
| 10924 | DESOTO 9TH GRADE CENTER, C/O TRUE FIREPROOFING, DE SOTO, TX 75115 | |
| 10924 | DESOTO CONCRETE PRODUCTS, 4994 HIGHWAY 305, OLIVE BRANCH, MS 38654 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924 DESOTO CONCRETE PRODUCTS, INC., PO BOX336, OLIVE BRANCH, MS 38654-0336

10925 DESOTO COUNTY TAX COLLECTOR, 2535 HWY 51 SOUTH RM#10, HERNANDO, MS 38632

10925 DESOTO COUNTY TAX COLLECTOR, DESOTO COUNTY COURTHOUSE, 365 LOSHER STREET ROOM 110, HERNANDO, MS 38632

10925 DESOTO INC, JOEL L HERZ,

10925 DESOTO, ANITA M, 706 RIVERHILLS DRIVE, GREENVILLE, NC 27834

10925 DESOTO, DAVID, PO BOX 252, WOODWORTH, LA 71485

10925 DESOTO, PETE, 7664 NORCANYON WAY, SAN DIEGO, CA 92126

10925 DESOUSA, LISA, 2 FERNCREST DRIVE, RIVERSIDE, RI 02915

10925 DESOUZA, SARALYNNE, 8204 NW 35TH ST, CORAL SPRINGS, FL 33065

10925 DESPATCH INDUSTRIES INC, PO BOX 1320, MINNEAPOLIS, MN 55440-1320

10925 DESPATCH INDUSTRIES, PO BOX 1320, MINNEAPOLIS, MN 55440-1320

10925 DESPLAINES VALLEY MEMORIAL VETERANS, 7256 WEST 63RD ST - BOX 39, SUMMIT, IL 60501

10925 DESPORTE, FREDRICK, 25 W COOPER DR, PANAMA CITY, FL 32404

10925 DESROSIERS, JEAN, 89-15 PARSONS BLVD, JAMAICA, NY 11432

10925 DESSELLE, DAVID, 169 NICOLE BLVD, AVONDALE, LA 70094

10925 DESSELLE, EDWIN, HC 65, BOX 120A, CENTERPOINT, LA 71323

10925 DESSELLE, JOSEPH, 144 MARIE DR, AVONDALE, LA 70094

10925 DESSELLE, THOMAS, 1228 WYNDHAM WAY S, GRETNA, LA 70056-8362

10925 DESSELLE-MAGGARD CORP., PO BOX 54870, BATON ROUGE, LA 70879-6630

10925 DESSELLE-MAGGARD CORP., PO BOX 54870, NEW ORLEANS, LA 70154-4870

10925 DESSELLE-MAGGARD CORP., PO DRAWER 86630, BATON ROUGE, LA 70879-6630

10925 DESSENBERG, PAUL, 318 WALES DR, LOUDONVILLE, OH 44842

10924 DESSENT ROOFING CO, 2738 W HARRISON ST, CHICAGO, IL 60612

10924 DESSENT ROOFING CO. DO NOT SHIP, 2738 W. HARRISON ST., CHICAGO, IL 60612

10925 DESSYLAS, ANN, 70-20 108 ST APT 8P, FOREST HILLS, NY 11375-9998

10925 DESTEIN, DENISE, 27 CHEROKEE DR, GREENSBURG, PA 15601

10925 DESTEPHANO, JOANN, PO BOX 1, EDMOND, WV 25837

10925 DESTICHE, KENNETH, 3046 OPAL RD, GREEN BAY, WI 54311

10925 DESTICHE, WALLACE, 1961 MARLEE LN, GREEN BAY, WI 54304-4017

10925 DESTREE, JEFF, 2337 DECKNER AVE, GREEN BAY, WI 54302-4408

10924 DET 8 645 MATS, 750 3RD ST, ROBINS AIR FORCE BASE, GA 31098-2122

10925 DET NORSKE VERITAS (USA), INC, PO BOX 740008, ATLANTA, GA 30374

10925 DET NORSKE VERITAS INDUSTRY INC, POBOX 101916, ATLANTA, GA 30392-1916

10924 DETAILS INC, 1231 SIMON CIRCLE, ANAHEIM, CA 92806

10925 DETAILS INC, 3021 E CORONADA ST, ANAHEIM, CA 92806

10925 DETAR, SANDRA J, 870 CENTURY WAY, DANVILLE, LA 94526

10925 DETERGENTS MANUFACTURERS INC, PO BOX 361164, SAN JUAN, PR 00936-1164

10925 DETERMAN BROWNIE INC, NW 8954, PO BOX 1450, MINNEAPOLIS, MN 55485-8954

10925 DETHLOFF, DENNIS, 6 LOCUST ST, CARTERET, NJ 07008

10925 DETHLOFF, WILLIAM, 14503 SUNSET VALLEY, CYPRESS, TX 77429

10925 DETILLIER, CLIFTON, 611 SCHOOL ST., LOCKPORT, LA 70374

10925 DETILLIER, JODY, RT. 2, BOX 720 MYRTLE DRIVE, LOCKPORT, LA 70374

10925 DETILLIER, KEARNEY, RT. 1, BOX 443-D, GALLIANO, LA 70354

10924 DETILLION MOBILE MIX, 18863 ST. RT.104, CHILLICOTHE, OH 45601

10925 DETLAF, LEON, 5955 SOUTH NORMANDY, CHICAGO, IL 60638

10925 DETLOR, GLENN, ROUTE 1 BOX 3, PLAINFIELD, WI 54966

10925 DETRES, LOUIS, 16 LAKE DRIVE, SPARKHILL, NY 10976

10925 DETRES, LUCILE, 16 LAKE DR, SPARKILL, NY 10976

10924 DETREX CORP, 12886 EATON AV, DETROIT, MI 48227

10924 DETREX CORPORATION, 24901 NORTH WESTERN HWY, SOUTHFIELD, MI 48075

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    DETREX CORPORATION, 3027 FRUITLAND AVENUE, VERNON, CA 90058

10924    DETREX CORPORATION, 3114 CULLMAN AVENUE, CHARLOTTE, NC 28225-5278

10924    DETREX CORPORATION, 401 EMMETT AVENUE, BOWLING GREEN, KY 42101

10925    DETRICK, DONALD, 1086 GRIFFITHS, GREEN BAY, WI 54313

10925    DETRIXHE, JENNIFER, 9540 HALSEY #207, LENEXA, KS 66215

10925    DETROIT COIL COMPANY, PO BOX 77923, DETROIT, MI 48277

10924    DETROIT DIESEL, 13400 W. OUTER DRIVE, DETROIT, MI 48239

10924    DETROIT DIESEL, 1408 MAYFIELD, ROYAL OAK, MI 48067

10924    DETROIT EDISON WARREN CENT WHSE, 6021 TIREMAN W-100, DETROIT, MI 48210

10924    DETROIT EDISON, PO BOX 1659, DETROIT, MI 48231

10924    DETROIT EDSION MONROE PLANT, 3500 EAST FRONT ST., MONROE, MI 48161

10924    DETROIT LAW SCHOOL C/O REICHENBACH, SOUTH SHAW LANE, EAST LANSING, MI 48824

10925    DETROIT MACOMB HOSPITAL CORP, 2151 E JEFFERSON-241, DETROIT, MI 48207

10924    DETROIT METROPOLITAN C/O PONT C&P, 1-94 & MERRIMAN ROAD, ROMULUS, MI 48174

10924    DETROIT NEWS, CORNER OF FORT & 3RD STREETS, DETROIT, MI 48200

10924    DETROIT OPERA HOUSE, 1526 BROADWAY, DETROIT, MI 48226

10924    DETROIT RIVER VIEW HOSPITAL, 7733 E. JEFFERSON, DETROIT, MI 48214

10925    DETTERLINE, TIMOTHY, 12330 OLD STONE DRIVE, INDIANAPOLIS, IN 46236

10925    DETTMAN, DAVID, 531 NW 55TH TERRACE, KANAS CITY, MO 64118

10925    DETTOR, JOHN, 125 W ALBUQUERQUE, BROKEN ARROW, OK 74011-6802

10925    DETTY, STEVEN, 1525 NORTH 13TH ST, #1, GARDEN CITY, KS 67846

10925    DETWEILER FAMILY MEDICINE, 1970 N BROAD ST, LANSDALE, PA 19446

10925    DETWEILER, ROBERT, 6066 GREENBRIAR TERRACE, FAYATTEVILLE, PA 17222

10925    DETWILER, GUY, 15070 E BELLEWOOD DR, AURORA, CO 80015

10925    DETWILER, RACHEL, 624 LAKESIDE CIRCLE DRIVE, WHEELING, IL 60090

10925    DETZ, JOHN, 504 ORCHARD LANE, FREEDOM, PA 15042

10925    DEUBLIN COMPANY, DEPT. 77-5136, CHICAGO, IL 60678-5136

10925    DEUTCH, ALAN, 6301 BRIGHT PLUME, COLUMBIA, MD 21044

10925    DEUTCHMAN, KAREN, 1 STELLA DRIVE, SPRING VALLEY, NY 10977

10925    DEUTCHMAN, RONNYE, 1 STELLA DR, SPRING VALLEY, NY 10977

10925    DEUTSCH CO, CARL DEUTSCH PRES,

10925    DEUTSCH CO, SCOTT BOWEN,

10924    DEUTSCH CONCSTRUCTION, PO BOX 127, NEW PRAGUE, MN 56071

10924    DEUTSCH CONSTRUCTION, 3105 LE ROY AVENUE, NEW PRAGUE, MN 56071

10924    DEUTSCH CONSTRUCTION, P.O.BOX 127, NEW PRAGUE, MN 56071

10925    DEUTSCH KERRIGAN & STILES, 755 MAGAZINE ST, NEW ORLEANS, LA 70130

10925    DEUTSCH LEVY & ENGEL CHARTERED, 225 WEST WASHINGTON ST, CHICAGO, IL 60606

10924    DEUTSCH RELAYS INC, 65 DALY ROAD, EAST NORTHPORT, NY 11731

10925    DEUTSCH, ANDREW LUDWIG, 14053 MANGO DR APT C, DEL MAR, CA 92014-2970

10925    DEUTSCH, CHRISTINE M., 820 MARNE AVEUNE, MONONGAHELA, PA 15063

10925    DEUTSCH, JOE, PO BOX 267, RICHLAND, IA 52585

10924    DEUTSCH, KERRIGAN, & STILES, 755 MAGAZINE ST, NEW ORLEANS, LA 70130

10925    DEUTSCHE BANK/BANKERS TRUST COMPANY, FOUR ALBANY ST, NEW YORK, NY 10006

10925    DEUTSCHES INSTITUT FUR BAUTECHNIK, KOLONNENSTRASE 30, BERLIN, 18029GERMANY          *VIA Deutsche Post*

10925    DEUZ, AVELINA, 30-08 94TH ST, JACKSON HTS, NY 11369

10925    DEVALL TOWING & BOAT SERVICE, PO BOX 54220, NEW ORLEANS, LA 70154-4220

10925    DEVALL, GARY, 2254 LIGHTHOUSE CV, WICHITA, KS 67205

10925    DEVAN SEALANTS INC, PO BOX 22682, SAINT LOUIS, MO 63147

10925    DEVANE, EDNA, 473 JUMPING RUN RD., IVANHOE, NC 28447

10925    DEVANE, GERALD, 3604 NORTH YOUNG ROAD, PLANT CITY, FL 33565

10925    DEVANE, WILLIAM, 208 EUCLID AVE, CHARLESTOWN, WV 25414

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DEVANEY, JOHN, 95 WARREN RD, SUDBURY, MA 01776

10925    DEVANTIER, NICHOLAS, 5392 OLEKSYN, FLINT, MI 48504

10925    DEVASCONCELOS, ANTONIO, 46 E. VANSTON RD., STOUGHTON, MA 02072

10925    DEVAUGHN, PAWNEE, 910 H ST, SAN ANTONIO, TX 78220

10925    DEVAULT CRUSHED STONE, PO BOX 13700, PHILADELPHIA, PA 19191-1321

10925    DEVAULT, BETTY, 3364 ST RT 3, LOUNDONVILLE, OH 44842

10925    DEVEAU, DAVID, 86 RIDGE ROAD, FOXBORO, MA 02035

10925    DEVELLIS, MARIE, 8 NINTH ST UNIT 803, MEDFORD, MA 02155

10925    DEVELOPMENTAL ENTERPRISES CORP, 333 EAST AIRY ST, NORRISTOWN, PA 19401-5043

10925    DEVENDRA GULATI, 22 LUMAR RD, LAWRENCEVILLE, NJ 08648-3128

10925    DEVENEY, GLADYS, 18 ROCKWOOD TERR, JAMAICA PLAIN, MA 02130

10924    DEVENING BLOCK INC, 895 JONESVILLE RD, COLUMBUS, IN 47201

10924    DEVENING BLOCK INC, ATTN:  ACCOUNTS PAYABLE, COLUMBUS, IN 47201

10924    DEVENING BLOCK INC, P O BOX 566, COLUMBUS, IN 47201

10925    DEVENING, GEORGIA, 501 EDGEWOOD, CHOCTAW, OK 73020

10925    DEVENNEY, MARIA, 199 BEDFORD ST., LEXINGTON, MA 02173

10925    DEVENPORT, NOMA, 4424 S. TRAVIS, AMARILLO, TX 79110

10925    DEVENS, DANIEL, 118 S MAPLE ST, FRANKFORT, IL 60423

10925    DEVERA, DENNIS, 3632 W ST JOHN RD, GLENDALE, AZ 85308

10925    DEVERA, REMEDIOS, 618 N 15TH AVE, AVONDALE, AZ 85223

10925    DEVERNA JR, ROBERT W, 3 MOUNTAINVIEW DR, FORT SALONGA, NY 11768-2337

10925    DEVESTA, NAOMI, PO BOX 1449, NORWALK, CA 90650

10925    DEVETTER, DAVID, 2654 GLACIER DR, GREEN BAY, WI 54302

10925    DEVILLE, PATRICIA, 12330 FLORIDA BLVD. SUITE 6, BATON ROUGE, LA 70815

10925    DEVILLE, VERONICA, 2509 SMITH ROAD, LAKE CHARLES, LA 70605

10925    DEVILLIERS, JACQUELINE, 2513 22ND ST, LUBBOCK, TX 79410

10925    DEVIN GOUGEON, 6051 W. 65TH ST, BEDFORD PARK, IL 60638

10925    DEVIN J. GOUGEON, 1742 BOSTON SE, GRAND RAPIDS, MI 49506

10924    DEVINE BROS, 38 COMMERCE STREET, NORWALK, CT 06852

10924    DEVINE BROS.,INC., PO BOX 189, NORWALK, CT 06852

10924    DEVINE BROTHERS, INC., P.O. BOX 189, NORWALK, CT 06852

10925    DEVINE JR, ROBERT E, 947 KESSLER PKWY, DALLAS, TX 75208-2427

10925    DEVINE STAMP, SUE, CUST FOR PATRICK ANTHONY STUMP, UNIFORM GIFT TO MIN ACT, 1600 PACIFIC AVE SE, CANTON, OH 44709-1153

10925    DEVINE, CHRISTINE, 7 JOSSELYN FARM, PEMBROKE, MA 02359

10925    DEVINE, DARCIE, 604 W SYDNOR, ALVIN, TX 77511

10925    DEVINE, DAVID, PO BOX 414 50 DRESSER HILL RD., CHARLTON, MA 01507

10925    DEVINE, DEBORAH, 56 PARKVEIW, FERNLEY, NV 89408

10925    DEVINE, EILEEN, FLUSHING, NY 11355

10925    DEVINE, KRISTINE, 3946 HOMEWOOD, TOLEDO, OH 43612

10925    DEVINE, MARGARET, 166-16 24TH ROAD, FLUSHING, NY 11357

10925    DEVINE, MICHELE, 17 BEATTY ST, CANTON, MA 02021

10925    DEVINE, RUTHANN, 17602 MEADOW BRIDGE, LUTZ, FL 33549

10925    DEVINE, THOMAS, 10 LAWRENCE ST, CUMBERLAND, RI 02864

10925    DEVINNEY, KEVIN, 10 SHETLAND CIRCLE, REISTERSTOWN, MD 21136

10925    DEVISH, ZUBIE, PO BOX 11, MEEKER, CO 81641

10925    DEVITA, E, 17 DAVID ST, WALPOLE, MA 02081

10925    DEVITA, ROSETTA, 84 PARIS ST, MEDFORD, MA 02155

10925    DEVITO, CATHERINE, 9025 EDGEPARK RD, VIENNA, VA 22180

10925    DEVITO, JEAN, 252 TEMPLE RD, WALTHAM, MA 02154

10925    DEVITT, WILLIAM, 111 EASTERN FORK, LONGWOOD, FL 32750

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DEVIVO, JEANMARIE, 2906 SW 21ST TERRACE APT. #31A-2, DELRAY BEACH, FL 33445

10925   DEVLIN & ALPAUGH, 5517 POWELL ST., NEW ORLEANS, LA 70123

10925   DEVLIN, DONNA, 3411 N W 46TH AVE, LAUDERDALE LAKES, FL 33319

10925   DEVLIN, GEORGE, 34 REVERE RD, WOBURN, MA 01801

10925   DEVLIN, JERRY, 8302 FM 1488, MAGNOLIA, TX 77355

10925   DEVLIN, JOANNE, 50 CHERRY CREEK DR., MATAWAN, NJ 07747

10925   DEVLIN, KEVIN, 4110 HUNTINGTON ST, ST. PETERSBURG, FL 33703

10925   DEVLIN, NANCY, 3226 EARL ST, LAURELDALE, PA 19605

10925   DEVLIN, WADE, 2 NESMITH ST, DERRY, NH 03038

10925   DEVLIN-ALPAUGH, INC, PO BOX 10830, NEW ORLEANS, LA 70181-0830

10925   DEVOE COATINGS CO., 1421 E. THIRD ST., CHARLOTTE, NC 28204

10924   DEVOE COATINGS CO., 2625 DURAHART STREET, RIVERSIDE, CA 92507

10925   DEVOE COATINGS, 2240 EMERALD DR, LOGANVILLE, GA 30052

10925   DEVOE, JOANNE, 5016 HEATHERHILL LANAPT 1, BOCA RATON, FL 33486

10925   DEVOE, WAYNE, 290 APT 2 GRAY ROAD, WINDHAM, ME 04062

10925   DEVON & BLAKELY, 461 FIFTH AVE, NEW YORK, NY 10017

10925   DEVON, JEFFERY, 3604 IRISH MOSS CT, FAIRFAX, VA 22033

10925   DEVON, STACIE, 3604 IRISH MOSS CT., FAIRFAX, VA 22033

10925   DEVONISH, LORISTON, 5830 CARLTON DRIVE, LAKELAND, FL 33801-9998

10925   DEVOR, LORENE, 1901 BRONSON ST, FT COLLINS, CO 80526

10925   DEVORA-RYAN, PATRICA, 4402 VALLEYBROOK, SAN ANTONIO, TX 78238

10925   DEVORE, DEAN, 104 SECOND ST, POMEROY, IA 50575

10925   DEVORE, JACK, ROUTE 4 BOX 653, CARTHAGE, MO 64836-9447

10925   DEVORE, RAYMOND, 2937 LYON, DES MOINES, IA 50317-8225

10925   DEVRA E MORGENLANDER UA JUN 21, 91 CUST ADAM MITCHELL, MORGENLANDER UNDER THE
PA UNIFORM, TRANSFERS TO MINORS ACT, 184 PENHURST DR, PITTSBURGH, PA 15235-5321

10925   DEVRIES, BERT, 11611 S NORMANDY WORTH IL, WORTH, IL 60482

10925   DEVRIES, BETH, 46 BELVOIR DR., FT. BELOIR, VA 22060

10925   DEVRIES, CONNIE, 3714 GARFIELD RD, MC HENRY, IL 60050

10925   DEVRIES, EILEEN, 41 BERGEN DR, DEER PARK, NY 11729

10925   DEVRIES, JOANN, 6620 WEST 26TH AVE, EDGEWATER, CO 80214

10925   DEVRIES, LANCE, 3714 N GARFIELD AVE, MCHENRY, IL 60050

10925   DEVRIES, PATRICIA, 7458 ALYCIA DR, HUDSONVILLE, MI 49426-7518

10925   DEVROY, BRIAN, 810 WINFORD AVE, GREEN BAY, WI 54303

10925   DEVROY, DEBORAH, 810 WINFORD, GREEN BAY, WI 54303

10925   DEVY, ESTELLA, 2929 NW 88TH, 1, MIAMI, FL 33147

10925   DEW ENGINEERING & DEVELOPMENT LTD, 3429 HAWTHORNE ROAD, OTTAWA, ON K1G      **\*VIA Deutsche Post\***
4G2CANADA

10925   DEW, ROBERT, 8411 HAMLIN ST. APT. 303, LANHAM, MD 20706

10925   DEW, VICKY, 402 MCMILLAN AVE, RED SPRINGS, NC 28377

10925   DEWALD, RONALD, 10391 MEADOWHEAD CIRCLE, NEW MARKET, MD 21774

10925   DEWALL, JOHN, 220 E. ELISHA ST, WATERLOO, NY 13165

10925   DEWALT, DIANE SUSAN, 1270 TATAMY RD, EASTON, PA 18042

10925   DEWAN, SUZETTE, 2261 GOODWIN RD, ELMONT, NY 11003

10925   DEWAR, CAROLYN, 322 EAST PARK ST, CARY, NC 27511-3519

10925   DEWAR, J, 322 EAST PARK ST, CARY, NC 27511

10925   DEWEESE, JOYCE, 9 VAN PATTON ST, INMAN, SC 29349

10925   DEWEESE, KATHRYN, 1430 MAPLE LANE, SENECA, MO 64865

10925   DEWEESE, LAURIE, 7394 S COLUMBUS, SHREVE, OH 44676

10924   DEWENT GRAVEL CO, 1601 CHICAGO DR., JENISON, MI 49428

10924   DEWENT GRAVEL CO., 1601 CHICAGO DR, JENISON, MI 49428

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   DEWENT GRAVEL CO., 1601 CHICAGO DR., JENISON, MI 49428

10925   DEWESE, CARLA, 1905 TREE HOUSE LN, PLANO, TX 75023

10925   DEWESE, JAMES, 18665 MIDWAY RD., 277, DALLAS, TX 75287

10924   DEWEY & ALMY CHEM DIV, WR GRACE CO, CHICAGO, IL 60638

10925   DEWEY & ALMY, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   DEWEY & ALMY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   DEWEY & ALMY, 59 WALPOLE ST, CANTON, MA 02021-1816

10924   DEWEY & ALMY, SHARED SERVICE CENTER, LEXINGTON, MA 02173

10925   DEWEY AND ALMY, LLC, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925   DEWEY AND ALMY, LLC, A DELAWARE, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925   DEWEY BALLANTINE, 1301 AVE OF AMERICAS, NEW YORK, NY 10019-6092

10925   DEWEY JR, BRADLEY, 42 BERRILL FARMS LANE, HANOVER, NH 03755

10925   DEWEY OLDS, 69 PROSPECT ST, JAFFREY, NH 03452

10925   DEWEY, DAVID, BOX 73, HAMILTON, CO 81638

10925   DEWEY, PATRICIA, 4031 S. AZALEA, TUCSON, AZ 85730

10925   DEWEY, PETER, 19 EATON ST, CONCORD, MA 01742

10925   DEWEY, WILLIAM, PO BOX 965, MEEKER, CO 81641

10924   DEWEY'S PRECAST INC., 10 BALTIC ROAD, FRANKLIN, CT 06254

10924   DEWHITT PERRY MIDDLE SCHOOL, C/O MAX TRUE FIREPROOFING, DALLAS, TX 75253

10925   DEWILDE, SHANE, 34910 SEA CLIFF TERRACE, FREMONT, CA 94555

10925   DEWINTER, MARY ANN, 107 4TH ST, DEARBORN HTS., MI 48127

10925   DEW-IT-ALL ELECTRIC, INC, 112 WOOLPER AVE., CINCINNATI, OH 45220

10925   DEWITT JT TEN, RUSSELL DORLAN & J KAY, 3064 S WINONA CT, DENVER, CO 80236-2052

10925   DEWITT, ARLENE, 401 POPLAR LANE, STOCKBRIDGE, GA 30281

10925   DEWITT, BERNARD, 1181 CREST DRIVE, CRAIG, CO 81625

10925   DEWITT, DELANA, 3422 LORI LANE, ATLANTA, GA 30340

10925   DEWITT, IRWIN, 6650 SOUTHWEST PKWY, WICHITA FALLS, TX 76310

10925   DEWITT, JILL, 2300 PIMMIT DR APT 1105, FALLS CHURCH, VA 22043

10925   DEWITT, JULIE, 115 S. 3RD ST. PO BOX 172, MARTINTON, IL 60957

10925   DEWITT, MARIAN, 12170 C.R. 316, BIG PRAIRIE, OH 44611

10925   DEWITT, MICHAEL, PO BOX 1422, IOWA, LA 70647

10925   DEWITT, REBECCA, 991 WEST WEAVER ROAD, SPRINGFIELD, MO 65810-1629

10925   DEWITT, REBEKAH, 11 COLLEGE POND RD, DANVERS, MA 01923

10925   DEWITT, SUSAN, 450 TIVOLI DR, JACKSONVILLE, FL 32259

10925   DEWITT, THERESA, 208 INDIANA AVE, PENDLETON, IN 46064

10925   DEWITT, THOMAS, 1710 NORFOLK ROAD, GLEN BURNIE, MD 21061

10925   DEWITZ JT TEN, ERIC & DARLENE, 199 UNION ST, MILFORD, NH 03055-4433

10925   DEWITZ, DOROTHY, 1022 ORCHARD HILL DR, HOUSTON, TX 77077

10925   DEWITZ, ERIC, 199 UNION ST, MILFORD, NH 03055

10925   DEWLING ASSOCIATES INC, 1605 VAUXHALL ROAD, UNION, NJ 07083

10925   DEWOLFE RELOCATION SERVICES INC, 80 HAYDEN AVE, 3RD FL, LEXINGTON, MA 02173

10925   DEWOLFE RELOCATION SERVICES, 80 HAYDEN AVE THIRD FL, LEXINGTON, MA 02173

10925   DEWOLFE, JOEL, 882 MAIN ST 1ST FL, READING, MA 01867

10925   DEWSNAP, KAREN, 37 CLAPP ST, MALDEN, MA 02148

10925   DEWSNUP KING OLSEN, 2020 BENEFICIAL LIFE TOWER, 36 SOUTH STATE ST, SALT LAKE CITY, UT 84111

10925   DEWULF, JACK, 1500 HAZEL, ATLANTIC, IA 50022-2628

10925   DEXCO POLYMERS, PO BOX 7247-8101, PHILADELPHIA, PA 19170-8101

10924   DEXTER AUTOMOTIVE MATERIAL, 200 YARD ROAD, BROWNSVILLE, TX 78521

10925   DEXTER C MOORE JR INC, PO BOX 41444, ROCK HILL, SC 29732

10925   DEXTER CHEMICAL LLC, POBOX 10280, NEWARK, NJ 07193-0280

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DEXTER CO., PO BOX 10461, BALTIMORE, MD 21209

10925    DEXTER CORP, THE, POBOX 905394, CHARLOTTE, NC 28290-5394

10924    DEXTER CORPORATION, EAST WATER STREET, WAUKEGAN, IL 60085-5652

10924    DEXTER ELECTRONIC MATERIALS, 15051 EAST DON JULIAN ROAD, LA PUENTE, CA 91746

10924    DEXTER HIGH SCHOOL, 715 AUBURN ROAD, PONTIAC, MI 48343-0119

10925    DEXTER M STANNARD &, VIRGINIA S STANNARD JT TEN, 3011 REGINA DRIVE, SILVER SPRING, MD 20906-5364

10925    DEXTER MAGNETIC MATERIALS DIVISION, PO BOX 905292 DEPT 652-001, CHARLOTTE, NC 28290-5292

10924    DEXTER MIDDLE SCHOOL - PONTIAC CEIL, 7590 DAN HOEY ROAD, DEXTER, MI 48130

10925    DEXTER, EVERETT, 117 COUNTRY COVE LANE, GREER, SC 29651

10925    DEXTER, JILL, PO BOX 4, WOLCOTT, CO 81655

10925    DEY, CRAIG, RR 2 BOX 39C, MOORES HILL, IN 47032

10925    DEYOUNG, ALBERT, 1141 COOPER BRIDGE RD, WOODRUFF, SC 29388-9801

10925    DEYOUNG, ANNE, 4111 W GEORGIA RD, PELZER, SC 29669

10925    DEYOUNG, DAN, 3609 DRAKESTONE AVE., ROWLETT, TX 75088

10925    DEYOUNG, DONNA, 119 MALLARD ST, MOORE, SC 29369

10925    DEYOUNG, GERRY, 9002 S.R. 303, WINDHAM, OH 44288

10925    DEYOUNG, JAMES, 9 N GAYWOOD DRIVE, GREENVILLE, SC 29615

10925    DEYOUNG, LORNE, 1019 WOODGLEN DR, NEWTON FALLS, OH 44444

10925    DEYOUNG, MELISSA, RR1 BOX 638, MOMENCE, IL 60954

10925    DEYOUNG, WANDA, BOX 249 HELLAM CIRCLE, GRAY COURT, SC 29645

10925    DEZARDO, LISA, 13 WASHINGTON DR, MONESSEN, PA 15062

10925    DEZURICK, 600 A KIRK ROAD, MARIETTA, GA 30060

10925    DEZURIK, 1117 TUSCULUM BLVD, GREENEVILLE, TN 37745

10925    DEZURIK, 1215 OLD DORSEY ROAD, HARMANS, MD 21077

10925    DEZURIK, 136 COMMERCE BLVD., LOVELAND, OH 45140

10925    DEZURIK, 250 RIVERSIDE AVE N, SARTELL, MN 56377

10925    DEZURIK, DIV.OF GENERAL SIGNAL MFG. CORP., SARTELL, MN 56377

10925    DEZURIK, PO BOX 277882, ATLANTA, GA 30384-7882

10925    DEZURIK, PO BOX 65843, CHARLOTTE, NC 28265-0843

10925    DEZURIK, POBOX 277882, ATLANTA, GA 30384-7882

10925    DF HINGLE JR,SHERIFF, 18039 HWY 15, POINTE A LA HACHE, LA 70082

10924    DFAS COLUMBUS CAPITAL, PO BOX 182263, COLUMBUS, OH 43218-2263

10924    DFAS COLUMBUS CENTER, ATTN: DFAS-CO-SEG, COLUMBUS, OH 43218

10924    DFAS- COLUMBUS CENTER, PO BOX 182317, COLUMBUS, OH 43218-6231

10924    DFAS COLUMBUS CENTER, PO BOX182317, COLUMBUS, OH 43218-6231

10924    DFAS COLUMBUS CENTER, PO BOX182317, COLUMBUS, OH 43218-6248

10924    DFAS/LI/FPVC, 3 ARKANSAS RD, LIMESTONE, ME 04751

10924    DFAS-CO ATT: AEOWB, CAMBRIDGE, MA 02140

10924    DFAS-CO., ATTN.AEOWB, COLUMBUS, OH 43218

10924    DFAS-CO/SOUTHEAST DIVISION, ATTN:  DFAS-CO-VA-ATLANTA, COLUMBUS, OH 43218-2222

10924    DFAS-KCC CODE:FE, CAMBRIDGE, MA 02140

10924    DFAS-SA/FPS, VALERO BLDG., 500 MCCULLOUGH AVE., SAN ANTONIO, TX 78215-2100

10924    DFAS-SB OPERATING LOCATION, 1111 E MILL STREET, SAN BERNARDINO, CA 92408-1621

10924    DFAS-SB OPERATING LOCATION, MRK FOR: FB2805 F04700 97P3606, 1111 E MILL STREET, SAN BERNARDINO, CA 92408-1621

10924    DFAS-SB/FPA, 1111 E MILL STREET, SAN BERNARDINO, CA 92408-1621

10924    DFAS-SB/FPB, 1111 E. MILL STREET, SAN BERNARDINO, CA 92408-1621

10924    DFAS-SB/FPB, MARK FOR FB2027 F42650 98P3815, 1111 E. MILL STREET, SAN BERNARDINO, CA 92408

10925    DFC, 62 GORHAM ST, LOWELL, MA 01852

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DFDS DAN TRANSPORT CORP, BLACK & DECKER INC, 7950 79TH STREET, MIAMI, FL 33122 | |
| 10925 | DFS ACCEPTANCE, PO BOX 4125, CAROL STREAM, IL 60197-4125 | |
| 10925 | DFS DEUTSCHE FLUGSICHEUNG GMBH, KAISERLERSTRABE 29-35, OFFENBACH, 63067GERMANY | *VIA Deutsche Post* |
| 10924 | DFW AIRPORT, 11111 PLANO ROAD, DALLAS, TX 75238 | |
| 10924 | DFW-TRAM (DALLAS FT.WORTH AIRPORT), 2500 SOUTH SERVICE RD., DALLAS, TX 75261 | |
| 10925 | DGI TRAINING CENTER, PO BOX 620199, WOODSIDE, CA 94062-0199 | |
| 10925 | DGM PHOTOGRAPHY INC, 7512 DR PHILLIPS BLVD, ORLANDO, FL 32819 | |
| 10925 | DGM SALES INC, PO BOX 5601, WOODRIDGE, IL 60517-0601 | |
| 10925 | DH DIE CUTTING CORPORATION, 218 NORTH ELIZABETH ST, CHICAGO, IL 60607-1576 | |
| 10925 | DH GROM, INC, 180 CHURCH ST , SUITE 201, MATAWAN, NJ 07747 | |
| 10925 | DH PACE OVERHEAD DOOR CO OF ATLANTA, 221 ARMOUR DR, ATLANTA, GA 30324 | |
| 10925 | DH PACE OVERHEAD DOOR CO, POBOX 12517, NORTH KANSAS CITY, MO 64116 | |
| 10925 | DH PACE OVERHEAD DOOR COMPANY, DIVISION OF DH PACE INC, PO BOX 14107, ATLANTA, GA 30324 | |
| 10925 | DHANJAL, BALJEET, 2107 STERNSHILL ROAD, WALTHAM, MA 02154 | |
| 10925 | DHAROD, KHUSHAL, 102 CREEKSIDE COURT, GREER, SC 29650 | |
| 10925 | DHCA, 41 GERMANTOWN RD SUITE B01, DANBURY, CT 06810 | |
| 10925 | DHEN, JUNE, 6105 23RD AVE. W., BRADENTON, FL 34209 | |
| 10925 | DHL AIRWAYS INC, PO BOX 78016, PHOENIX, AZ 85062-8016 | |
| 10924 | DHL CINCINNATI AIRPORT -CVG HUBB, 613 D. SOUTH AIRFIELD RD., ERLANGER, KY 41018 | |
| 10925 | DHL CUSTOMS BROKERAGE LTD., PO BOX 189, MALTON, ON L4T 4E2CANADA | *VIA Deutsche Post* |
| 10925 | DHL WORLDWIDE EXPRESS, PO BOX 78016, PHOENIX, AZ 85062-8016 | |
| 10925 | DHL WORLDWIDE EXPRESS, POBOX 78016, PHOENIX, AZ 85062-8016 | |
| 10925 | DHMH-DIV OF DRUG CONTROL, 4201 PATTERSON AVE., BALTIMORE, MD 21215-2222 | |
| 10925 | DHOM, BEVERLY, 211 GLADIOLUS ST, MOMENCE, IL 60954 | |
| 10925 | DHUPAR, NAVPREET, 8 EGYPT FARMS ROAD, OWINGS MILLS, MD 21117 | |
| 10925 | DI BELLO, LOUIS, 139 CASTLETON DRIVE, BARDSTOWN, KY 40004 | |
| 10925 | DI BERNARDO, BARBARA E, 6 SHETLAND LANE, STONY BROOK, NY 11790-3312 | |
| 10925 | DI BIASE, DOROTHY, 79-B MIDDLEBROOK RD, BOUND BROOK, NJ 08805 | |
| 10925 | DI CECCA, GERALD, 15 SMART ST, WALTHAM, MA 02154 | |
| 10925 | DI DOMENICO, NICHOLAS, 23 TAFT ST, MILFORD, MA 01757 | |
| 10925 | DI DR ROBERT EHART, ANDREAS HOFER-STR 12, LANGENZERSDORF, 02103AUSTRIA | *VIA Deutsche Post* |
| 10924 | DI GIACOMO CONST, 8001 NO. DALEMABRY HWY, TAMPA, FL 33614 | |
| 10925 | DI GIAMMARINO, GEORGE, RD #1, EDINBURG, PA 16116 | |
| 10925 | DI LEO, ANGELA, 119 OLYMPIA BLVD, STATEN ISLAND, NY 10305 | |
| 10925 | DI LISCIA, BENJAMIN F, VIEERWINDENIAAN 48, WEMMEL, B-1780BELGIUM | *VIA Deutsche Post* |
| 10925 | DI MARCO, MICHAEL, 350 MALIN RD, NEWTOWN SQUARE, PA 19073 | |
| 10925 | DI MARCO, TESSIE, 1759 WEST 12TH ST, BROOKLYN, NY 11223 | |
| 10925 | DI MARIA, CONCETTA, 2952 ELLIOTT AVE, WILLOW GROVE, PA 19090 | |
| 10924 | DI MARIO BUILDERS SUPPLY, 8020 PHOLX STREET, DOWNEY, CA 90241 | |
| 10924 | DI MEDIO LIME CO, 1815 FEDERAL ST, CAMDEN, NJ 08105 | |
| 10924 | DI MEDIO LIME CO, 1815 FEDERAL STREET, CAMDEN, NJ 08105 | |
| 10925 | DI PALMA, ROSEMARIE, 207A 29TH ST, BROOKLYN, NY 11232 | |
| 10925 | DI ROCCO, MARIE, 17 MAROSE AVE, N CHELMSFORD, MA 01863-1908 | |
| 10925 | DI SCALA, FRANCIS, ROUTE 3 BOX 53, STANLEY, VA 22851 | |
| 10925 | DI VECCHIO & ASSOCIATES, 38 POND ST , STE 104, FRANKLIN, MA 02038 | |
| 10924 | DIABETES RESEARCH CENTER, C/O THOMPSONS BUILDING MATERIALS, DUARTE, CA 91010 | |
| 10924 | DIABLO CANYON POWER PLANT, PO BOX 56, AVILA BEACH, CA 93424-0056 | |
| 10925 | DIABY, MOHAMED, 310-A SALUDA DAM RD, GREENVILLE, SC 29611 | |
| 10925 | DIADELL, ANDRE, 2719 BEECH AVE, MACON, GA 31201 | |
| 10925 | DIADELL, CLIFFORD, 1578 SECOND AVE, MACON, GA 31201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DIAGNETICS, INC, 5410 S. 94TH E. AVE, TULSA, OK 74145 | |
| 10925 | DIAGNOSTIC ASSAY SERVICES, 9290 GAITHER ROAD, GAITHERSBURG, MD 20877 | |
| 10924 | DIAGNOSTIC CHEMICALS LTD, WEST ROYALTY PARK, CHARLOTTETOWN, IT C1E 1B0TORONTO | *VIA Deutsche Post* |
| 10925 | DIAGON CORPORATION, 9600 MEDICAL CENTER DR, ROCKVILLE, MD 20850 | |
| 10925 | DIAGRAPH BRADLEY, 30401 RIDER TRAIL SOUTH, EARTH CITY, MO 63045 | |
| 10925 | DIAGRAPH CORP., 3401 RIDER TRAIL S, EARTH CITY, MO 63045 | |
| 10925 | DIAGRAPH CORPORATION, 135 S LASALLE DEPT 1158, CHICAGO, IL 60674-1158 | |
| 10925 | DIAGRAPH CORPORATION, 135 S LASALLE DEPT. 1158, CHICAGO, IL 60674-1158 | |
| 10925 | DIAGRAPH CORPORATION, 135 S. LASALLE DEPT. 1158, CHICAGO, IL 60674-1158 | |
| 10925 | DIAGRAPH CORPORATION, 135 S. LASALLE, DEPT 1158, CHICAGO, IL 60674-1158 | |
| 10925 | DIAGRAPH CORPORATION, 135 S. LASALLE, DEPT. 1158, CHICAGO, IL 60674-1158 | |
| 10925 | DIAGRAPH CORPORATION, PO BOX 74344, CHICAGO, IL 60690 | |
| 10925 | DIAGRAPH OF FLORIDA INC., 15240 NW 60TH AVE, MIAMI, FL 33014-2410 | |
| 10925 | DIAL A PAGE, PO BOX 2354, MEMPHIS, TN 38101-2354 | |
| 10924 | DIAL BLOCK COMMPANY, P O BOX 281, TUCKAHOE, NJ 08250 | |
| 10924 | DIAL BLOCK COMPANY, P O BOX 281, TUCKAHOE, NJ 08250 | |
| 10924 | DIAL BLOCK COMPANY, SHARP RD RT 610, TUCKAHOE, NJ 08250 | |
| 10925 | DIAL CALL #3, POBOX 105418, ATLANTA, GA 30348-5000 | |
| 10925 | DIAL CAR, INC, 2104 AVE X, BROOKLYN, NY 11235 | |
| 10925 | DIAL CORP THE, KENNETH MILER MALCOM JOZOFF CHM PRE, 15501 NORTH DIAL BLVD, SCOTTSDALE, AZ 85260-1619 | |
| 10925 | DIAL CORPORATION (THE), C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10925 | DIAL PAGE, PO BOX 105594, ATLANTA, GA 30348-5594 | |
| 10925 | DIAL, ALGIE, 106 THRIFT DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | DIAL, ALGIE, 401 LAUREL DRIVE, GREENVILLE, SC 29607 | |
| 10925 | DIAL, AMECO, 401 LAUREL DR, GREENVILLE, SC 29607 | |
| 10925 | DIAL, CHAPIN, 120 CASTLEWOOD LANE, ELGIN, SC 29045 | |
| 10925 | DIAL, WILLIAM, 114 NANCY DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | DIALAMERICA MARKETING INC, 960 MACARTHUR BOULEVAARD, MAHWAH, NJ 07495-0012 | |
| 10925 | DIALLO, TIDIANE, 911 K ST NE, WASH., DC 20002 | |
| 10925 | DIALOG CORPORATION GMBH, THE, LAUPENSTRASSE 18A, BERN, 3008SWITZERLAND | *VIA Deutsche Post* |
| 10925 | DIALOG CORPORATION, 2440 W. ELCAMINO REAL, SUITE 110, MOUNTAIN VIEW, CA 94040-1400 | |
| 10925 | DIALOG CORPORATION, INC, PO BOX 751193, CHARLOTTE, NC 28275-1193 | |
| 10925 | DIALOG CORPORATION, LAUPENSTRASSE 18Q, BERNE, 03008SWITZERLAND | *VIA Deutsche Post* |
| 10925 | DIALOG CORPORATION, PO BOX 532002, ATLANTA, GA 30353-2002 | |
| 10925 | DIALOG CORPORATION, PO BOX 532002, BERNE, 03008SWITZERLAND | *VIA Deutsche Post* |
| 10925 | DIALOG CORPORATION, THE, PO BOX 30130, PHILADELPHIA, PA 19103 | |
| 10925 | DIALOG CORPORATION, THE, PO BOX 532002, ATLANTA, GA 30353-2002 | |
| 10925 | DIALOG CORPORATION, THE, PO BOX 60000, SAN FRANCISCO, CA 94160-5936 | |
| 10925 | DIALOG INFORMATION SERV, PO BOX 60000, SAN FRANCISCO, CA 94160 | |
| 10925 | DIALOG INFORMATION SERVICES, 3460 HILLVIEW AVE., PALO ALTO, CA 94304 | |
| 10925 | DIALOSIO, PATRICIA, 44 WOODHILL DR, CHESWICK PA, PA 15024 | |
| 10925 | DIALOSIO, PATRICIA, 44 WOODHILL DR, CHESWICK, PA 15024 | |
| 10924 | DIALYSIS CENTER USC, 2310 ALCAZAR, LOS ANGELES, CA 90001 | |
| 10925 | DIAMAGNETICS INC, 6746 WHITE DR, WEST PALM BEACH, FL 33407 | |
| 10925 | DIAMANTE, EDWARD, 518 LOCUST AVE, HILLSIDE, NJ 07205 | |
| 10925 | DIAMANTIDIS, THOMAS, 10026 MCLENNAN AVE, SEPULVEDA, CA 91343 | |
| 10924 | DIAMLER CHRYSLER - CHELSEA, HIGHWAY 52 & I 94, CHELSEA, MI 48118 | |
| 10925 | DIAMOND BLACK TECH.INC., POB OX 190, CONOVER, NC 28613-6190 | |
| 10925 | DIAMOND BLACK, 100 SUMERSET DR, CONOVER, NC 28613 | |
| 10924 | DIAMOND BRANDS INC., 1800 CLOQUET AVENEUE, CLOQUET, MN 55720 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DIAMOND BUILDING, 1100 SUPERIOR AVE, CLEVELAND, OH 44114 | |
| 10924 | DIAMOND BUILDING, 1100 SUPERIOR AVENUE, CLEVELAND, OH 44106 | |
| 10924 | DIAMOND BUILDING, 350 CAPITAL STREET, CHARLESTON, WV 25301 | |
| 10924 | DIAMOND BUILDING, THE, 1100 SUPERIOR AVENUE, CLEVELAND, OH 44106 | |
| 10924 | DIAMOND CRETE SYSTEMS, 919 LEESWOOD RD., BEL AIR, MD 21014 | |
| 10924 | DIAMOND CRYSTAL BRANDS LP, 3000 TREMONT ROAD, SAVANNAH, GA 31405 | |
| 10924 | DIAMOND CRYSTAL SPECIALTY FOOD INC., 1600 2ND STREET N.E., BONDURANT, IA 50035 | |
| 10924 | DIAMOND CRYSTAL SPECIALTY FOOD INC., 1600 2ND STREET N.E., PO BOX 250, BONDURANT, IA 50035 | |
| 10924 | DIAMOND CRYSTAL SPECIALTY FOOD INC., 215 MILL STREET SW, MITCHELLVILLE, IA 50169-9703 | |
| 10924 | DIAMOND ELECTRIC SUPPLY, 12 NORTH STREET, DANBURY, CT 06810 | |
| 10924 | DIAMOND ENGINEERING &&, CAMBRIDGE, MA 02140 | |
| 10924 | DIAMOND ENGINEERING CORP, PO BOX 190, 9825 OLD SOLOMON ISLAND ROAD, OWINGS, MD 20736 | |
| 10924 | DIAMOND ENGINEERING, 9825 OLD SOLOMONS ISLAND, OWINGS, MD 20736 | |
| 10924 | DIAMOND ENGINEERING, P.O. BOX 190, OWINGS, MD 20736 | |
| 10925 | DIAMOND EXPRESS, INC, 700 29TH ST. N, BIRMINGHAM, AL 35222 | |
| 10924 | DIAMOND INTERNATIONAL, C/O LORANCE CONTRACTING, OLATHE, KS 66061 | |
| 10924 | DIAMOND LIBRARY, UNIVERSITY OF NEW HAMPSHIRE, DURHAM, NH 03824 | |
| 10925 | DIAMOND LUMBER CO,INC, 1877 SAM HOUSTON JONES PKWY., LAKE CHARLES, LA 70611-5453 | |
| 10924 | DIAMOND MECHANICAL, 602 8TH STREET, VALLEY PARK, MO 63088 | |
| 10924 | DIAMOND MECHENICAL, 602 8TH STREET, VALLEY PARK, MO 63088 | |
| 10925 | DIAMOND MICRO SOLUTIONS, 1515 AURORA DR, SAN LEANDRO, CA 94577 | |
| 10925 | DIAMOND PAINT & SUPPLY CO., 104 SUMPTER RD., SULPHUR, LA 70665 | |
| 10924 | DIAMOND PET FOODS, 4TH & OLIVE, META, MO 65058 | |
| 10924 | DIAMOND PET FOODS, PO BOX 156, META, MO 65058 | |
| 10925 | DIAMOND POWER SPECIALTY COMPANY, 2600 EAST MAIN ST, PO BOX 415, LANCASTER, OH 43130-0415 | |
| 10925 | DIAMOND POWER SPECIALTY LTD., 2600 EAST MAIN ST., PO BOX 415, LANCASTER, OH 43130-0415 | |
| 10924 | DIAMOND READY MIX, 118 GREENFIELD AVE., STATEN ISLAND, NY 10304 | |
| 10924 | DIAMOND READY MIX, 18 GREENFIELD AVE, ERIEVILLE, NY 13061 | |
| 10924 | DIAMOND ROOFING COMPANY, P O BOX 19862 STA N, ATLANTA, GA 30325 | |
| 10925 | DIAMOND SCALE CO, 22 BICKNELL ROAD, BILLERICA, MA 01821 | |
| 10924 | DIAMOND SHAMROCK, PO BOX 1 BOX 36, SUNRAY, TX 79086 | |
| 10924 | DIAMOND SHAMROCK, PO BOX 690127, SAN ANTONIO, TX 78269-0127 | |
| 10924 | DIAMOND STUCCO/WEST VALLEY ASSEMBLY, LAS VEGAS, NV 89101 | |
| 10924 | DIAMOND VIEW OFFICE BUILDING, DURHAM BULLS STADIUM, DURHAM, NC 27701 | |
| 10925 | DIAMOND VOGEL PAINT, 1920 ALBANY PLACE SOUTH, ORANGE CITY, IA 51041 | |
| 10924 | DIAMOND VOGEL, 2020 N. 2ND STREET, MINNEAPOLIS, MN 55411 | |
| 10924 | DIAMOND VOGEL, 2100 N. 2ND STREET, MINNEAPOLIS, MN 55411 | |
| 10925 | DIAMOND, EDWARD, 44 OXFORD ST, WETHERSFIELD, CT 06109 | |
| 10925 | DIAMOND, J, 5091K SPLENDIDO COURT, 203, BOYNTON BEACH, FL 33437 | |
| 10925 | DIAMOND, JAMES, 224 1/2 MAIN ST, HUMEVILLE, PA 19047 | |
| 10925 | DIAMOND, JEAN, 31 PERRY LANE, BOX 285, WEST SWANZEY, NH 03469 | |
| 10925 | DIAMOND, JENNIFER, 8651 COOK RD, DENHAM SPRINGS, LA 70726 | |
| 10925 | DIAMOND, PO BOX 7000, STERLING, VA 20167-1049 | |
| 10925 | DIAMOND, SUZIE, 266 PRESIDENT ST, BROOKLYN, NY 11231 | |
| 10925 | DIAMONDBACK TECHNOLOGY, 712 FIERO LN. # 37, SAN LUIS OBISPO, CA 93401 | |
| 10925 | DIAMONDBACK TECHNOLOGY, 712 FIERO LN.#37, SAN LUIS OBISPO, CA 93401-3806 | |
| 10924 | DIAMONDHEAD CAMPUS, 296 W. BURNSVILLE PARKWAY, SOUTH EAST PARKING LOT, BURNSVILLE, MN 55337 | |
| 10925 | DIAMONITE PRODUCTS, 453 W. MCCONKEY ST, SHREVE, OH 44676 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    DIAMONITE PRODUCTS, 453 W. MCCONKEY STREET, SHREVE, OH 44676

10925    DIAMONITE, DISABIL., PIL, NY, NY 10096

10925    DIAMONITE, DISABILITY MIN, 98 STR, NY, NY 10078

10925    DIAMONITE, PARTIAL YEARS, DOR, NY, NY 10059

10925    DIAMONITE, SIXTY, FLOM, NY, NY 10055

10925    DIAMONITE, SPOUSE, BROAD, 6H, NY, NY 10098

10925    DIAMONTE, RICHARD, 2822 HAMILTON BLVD., ALLENTOWN, PA 18104

10925    DIANA AUGER TR UA NOV 21 88, THE DIANA AUGER REVOCABLE, INTERVIVOS TRUST, 38 WOODS LN, LOS ALTOS, CA 94024-7153

10925    DIANA DESIGNS, 25 SOUTH H ST, LAKE WORTH, FL 33460

10925    DIANA DONG, 10121 EMPIRE AVE, CUPERTINO, CA 95014-1204

10925    DIANA E DEHELEAN, 5248 S MENARD ST, CHICAGO, IL 60638

10925    DIANA J GURRI &, CATHERINE E GURRI JT TEN, 1105 S MAGNOLIA DR, INDIALANTIC, FL 32903-3507

10925    DIANA L OLSON, 1410 S MINNESOTA, MITCHELL, SD 57301-4216

10925    DIANA LOUSIE WALSH OBRIEN, 2366 TIVY VALLEY RD, SANGER, CA 93657-9105

10925    DIANA O SULLIVAN, 11701 CRAIG VIEW DR, ST LOUIS, MO 63146-5423

10925    DIANA STUART, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925    DIANA Y LEJINS, 2104 FLORIDA BOX 12, LONG BEACH, CA 90814-2143

10925    DIANE ABBEY, 212 E 39TH ST, NEW YORK, NY 10016-0911

10925    DIANE C SURR &, KEVIN T SURR JT TEN, 7643 W EVERELL, CHICAGO, IL 60631-1847

10925    DIANE C. PRAHM, 729 IRVING PL., SECAUCUS, NJ 07094

10925    DIANE DISTEFANO, 451 BAHAMA RD, VENICE, FL 34293-3000

10925    DIANE E AYOUB &, WADIA B AYOUB JT TEN, 6 MILLSTONE ROAD, WINDHAM, NH 03087-1412

10925    DIANE G BALLARD, 8015 PERRYVILLE RD, DANVILLE, KY 40422-9713

10925    DIANE G RENO SCHULZ, PO BOX 393, PLYMOUTH, MI 48170-0000

10925    DIANE G. GRAY, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    DIANE GROSS &, GREGORY GROSS JT TEN, 4 RIDGE RD, TUXEDO PARK, NY 10987-4246

10925    DIANE HASTINGS MATTHEWS, 3219 STATE RTE 9L, LAKE GEORGE, NY 12845

10925    DIANE HELLER, 1075 PARK AVE 10D, NEW YORK, NY 10128-1003

10925    DIANE HUGHES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    DIANE J BLUMBERGER, 1676 BEECHWOOD BLVD, PITTSBURGH, PA 15217-1434

10925    DIANE KARLA SAVAGE, 1183 SANTA FE AVE, ALBANY, CA 94706-2343

10925    DIANE L ROGERS &, JEFFREY J ROGERS JT TEN, 10040 S W 12TH ST, PEMBROKE PINES, FL 33025-3614

10925    DIANE M EFRAIMSON, 77 DRAGON CT., WOBURN, MA 01888

10925    DIANE M FIELD, 22 RONALD LANE, SYOSSET, NY 11791-3517

10925    DIANE M MALLETT, 20 DEVONSHIRE DR, WHITE PLAINS, NY 10605-5444

10925    DIANE MARIE DELHEY, 3874 WATERWORKS RD, SALINE, MI 48176-9769

10925    DIANE ROTHSCHILD, 112 SHELTER ROCK RD, STAMFORD, CT 06903-3525

10925    DIANE S BOHLANDER, 1273 ALTAMONT RD, GREENVILLE, SC 29609-6207

10925    DIANE S WILKINS COUNTY TREASURER, PO BOX 163, UNION, SC 29379

10925    DIANE S WILKINS COUNTY TREASURER, POBOX 163, UNION, SC 29379

10925    DIANE S WILKINS, PO BOX 163, UNION, SC 29379

10925    DIANE SOBOLESKI, 109 VALLEY RD, GROTON, CT 06340-4148

10925    DIANE T LONG, 240 E COTTAGE AVE, MILLERSVILLE, PA 17551-1520

10925    DIANNA BUTLER &, THERESE A BUTLER JT TEN, 6108 12TH AVE SOUTH, MINNEAPOLIS, MN 55417-3214

10925    DIANNA L MATTESON, 2100 RIDING CROP WAY, BALTIMORE, MD 21244-1258

10925    DIANNE CHIECHI, 1331 DE LOACH CT, SAN JOSE, CA 95125-5977

10925    DIANNE L PRESSENDA, RT 1 BOX 2094, LOPEZ, WA 98261-9801

10925    DIANNE MEDLIN, 622 HWY 101, GRAY COURT, SC 29645

10925    DIANO, JOSEPHINE, 249 PADDLEWHEEL DR, VALLEJO, CA 94591

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DIAS, EDWARD, 41 SHIRLEY AVE, LOWELL, MA 01854

10925   DIAS, FRANCES, 241 GROVE ST, BROCKTON, MA 02402

10925   DIAS, JOY, 46 LARCH ST., EAST PROVIDENCE, RI 02914

10925   DIAS, ROSA, 55 CENTRAL ST, PEABODY, MA 01960

10924   DIASU OIL & GAS, 4422 F.M. 1960, HOUSTON, TX 77068

10925   DIAZ, AGUSTIN, CALLE 8 G-8 TINTILLO GARDENS, GUAYNABO, PR 00966

10925   DIAZ, ALBERT, 2609 PRAIRIE, FT WORTH, TX 76106

10925   DIAZ, ALBERT, 6944 DOVE ST, VENTURA, CA 93003

10925   DIAZ, ALEJANDRO GARCIA, HC-02 BOX 14076, CAROLINA, PR 00987-9703

10925   DIAZ, ALEJANDRO, HC-02 BOX 14076, CAROLINA, PR 00987-9703

10925   DIAZ, ALEX, 80 LOCUST ST, BURLINGTON, MA 01803

10925   DIAZ, ANNETTE, BALBOA #141, MAYAGUEZ, PR 00680

10925   DIAZ, ANTHONY, 491 EAGLE BALD RD, JACKSONVILLE, AL 36265

10925   DIAZ, ARNOLD, 221 SARATOGA AVE, SPARTANBURG, SC 29302

10925   DIAZ, BARBARA, 12806 CHAUCER, EL PASO, TX 79927

10925   DIAZ, BARDONIANO, 3205 NW 27TH ST., FORT WORTH, TX 76106

10925   DIAZ, CARLOS, 6262 MCPHERSON #25, LAREDO, TX 78041

10925   DIAZ, CARLOS, 9531 VOGUE HOUSTON TX, HOUSTON, TX 77080

10925   DIAZ, CARMEN, HC 44 BOX 12904, CAYEY, PR 00736

10925   DIAZ, CAROL, 3417 N. MIDLAND DR. # 2809, MIDLAND, TX 79707

10925   DIAZ, DONNA, 1119 S. POLK, AMARILLO, TX 79107

10925   DIAZ, EDELIA, 6420 S.W. 129 PL #208, MIAMI, FL 33183

10925   DIAZ, ELIO, 21 NW 6TH AVE, DANIA, FL 33004

10925   DIAZ, FRANCISCO, 511 LINN ST, ATLANTIC, IA 50022-1308

10925   DIAZ, FRANCISCO, 99-35 59TH AVE, REGO PARK, NY 11368

10925   DIAZ, FRANK, 1807 N. HICKORY ST., CRESTHILL, IL 60435

10925   DIAZ, GLENN E, 2200 JACKSON BLVD, CHALMETTE, LA 70043

10925   DIAZ, GRACE, 9625 SELKIRK, EL PASO, TX 79925

10925   DIAZ, GRISELDA, 1500 BLUEBIRD, MCALLEN, TX 78501

10925   DIAZ, HECTOR, 260 ENGLE ST, ENGLEWOOD, NJ 07631

10925   DIAZ, HECTOR, CALLE 3, #312 URB GUANAJIBO GARD, MAYAGUEZ, PR 00708

10925   DIAZ, HUMBERTO, BOX 8870, ALAMO, TX 78516

10925   DIAZ, JANELLE, 6601 BLACKWING, AMARILLO, TX 79124

10925   DIAZ, JEFFERY, PO BOX 15, CLAYTON, CA 94517

10925   DIAZ, JESSE, 315 FERNWAY LANE, DUSON, LA 70529

10925   DIAZ, JOHN, 3310 WHITE PLAINS RD, BRONX, NY 10467

10925   DIAZ, LEYDIANA, 8756 SW 145ST, MIAMI, FL 33176

10925   DIAZ, LORENA, 1314 BOATRIGHT, ODESSA, TX 79763

10925   DIAZ, MARGARITA, 4036 NICHOLS, FT WORTH, TX 76106

10925   DIAZ, MARIA TERESA, 251 DUNCAN AVE, JERSEY CITY, NJ 07306

10925   DIAZ, MARIA, 24002 RAVENNA AVE, CARSON, CA 90745

10925   DIAZ, MARIA, CALLE 29 #V9, CAROLINA, PR 00984

10925   DIAZ, MIGUEL, 607 N EILEEN AVE, WEST COVINA, CA 91791-1231

10925   DIAZ, ORLANDO, BOX 8805 CAROLINA STATION, CAROLINA, PR 00988

10925   DIAZ, PATRICIA, 325 POMELO DR, VISTA, CA 92083

10925   DIAZ, RICHARD, 2022 EVERGREEN, LA MARQUE, TX 77568

10925   DIAZ, SHARON, 111 LAKE SIDE DRIVE, LUTZ, FL 33549

10925   DIAZ, STELLA, 122 WAXWOOD LANE, SAN ANTONIO, TX 78216

10925   DIAZ, STEVEN, 196 GRAND ST, PATERSON, NJ 07501

10925   DIAZ, VIRGINIA, 299E. 63RD. SP#12, OSESSA, TX 79762

10924   DIB READY MIX, 5240 HUBBARDVILLE ROAD, ATHENS, OH 45701

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DIB, THEOFIEL, 103 OAK PARK DR, MAULDIN, SC 29662-2024

10925   DIBARTOLOMEO ENGINEERING,PC, 717 E.GENESEE ST.,STE 200, SYRACUSE, NY 13210

10925   DIBATTISTA, LUIGI, 925 CONSTITUTION AVE, ELLWOOD CITY, PA 16117

10925   DIBB LUPTON ALSOP, INDIA BLDGS WATER ST, LIVERPOOL, L2 ONHUNITED KINGDOM          *VIA Deutsche Post*

10925   DIBBLE, BRADLEY, 95 ARCHER ST, GRANITE FALLS, NC 28630

10925   DIBBLE, DANA, BOX 956, STANLEY, ND 58784

10925   DIBBLE, KAREN, 1354 FLICKINGER AVE, SAN JOSE, CA 95131

10925   DIBENEDETTO, SANDRA, 717 FOREST BROOK DR, GASTONIA, NC 28056

10925   DIBERARDINO, PAMELA, 4126 FIRETHORNE RD, CHARLOTTE NC, NC 28205

10925   DIBILIO, MICHAEL, 586 BRIAR ROAD, PEN ARGYL, PA 18072

10925   DIBLASI, LORI, 10618 BOBBIE LANE, ROYAL PALM BCH, FL 33411

10925   DIBONA, MICHAEL, 226 LIBERTY ST, QUINCY, MA 02169

10925   DIBUCCI, RALPH, 3361 OAKNOLL RD, GIBSONIA, PA 15044

10925   DIBURRO, DANIEL, 147 CARLETON ST., HAVERHILL, MA 01832

10925   DIC TRADING USA INC, 222 BRIDGE PLAZA SOUTH, FORT LEE, NJ 07024

10925   DICAPERL MINERALS CORP., C/O GREFCO MINERALS, INC., PO BOX 31001-0741, PASADENA, CA 91110-0741

10925   DICARLO, JUDITH, 1 ROCKLAND ST, LYNN, MA 01902

10925   DICASTRO, EDWARD, 16 PACKARD RD, STOUGHTON, MA 02072

10925   DICE, JAMES, 85 KYLE AVE., FAIRCHANCE, PA 15436

10925   DICESARE, CONNIE, 4121 CORAL TREE CIR. #236, COCONUT CREEK, FL 33073

10925   DICHOZA, WILLIAM, 196-12 HILLSIDE AVE, QUEENS, NY 11423

10924   DICICCO CONCRETE PRODUCTS, 128 EAST 14TH STREET, CHICAGO HEIGHTS, IL 60411

10925   DICICCO, JAMES, 59 E. RIVER ST., WATERLOO, NY 13165

10925   DICICCO, JAMES, 59 EAST RIVER ST, WATERLOO, NY 13165

10925   DICICCO, JAMES, PO BOX 86, LINVILLE FALL, NC 28647

10925   DICICCO, SHARON, 41 COMMUNITY DRIVE, CRANSTON, RI 02905

10925   DICK EDWARDS FORD L/M, POBOX 368 EAST HWY 24, MANHATTAN, KS 66502

10924   DICK ENTERPRISES - NEW BOSTON, PRISON HWY 78, NEW BOSTON, TX 75570

10925   DICK EUGENE MODLIN & JUDITH ANN, STARK MODLIN TR UA MAY 14 99, STARK MODLIN LIVING TRUST, 22448 ST ANDREWS AVE, CUPERTINO, CA 95014-3961

10925   DICK GRUENWALD ASSOCIATES, 4362 NORTHLAKE BLVD SUITE 207, PALM BEACH GARDENS, FL 33410-6269

10925   DICK IDE COLLISION, 120 DESPATCH DR, EAST ROCHESTER, NY 14445

10925   DICK JONES SALES, INC, PO BOX 141, HANOVER, PA 17331

10925   DICK JT TEN, MARVIN L & MONICA, 641 AZULE AVE, SAN JOSE, CA 95123-4102

10925   DICK KEARSLEY SERVICE CENTER, 520 S STATE ST, CLEARFIELD, UT 84015

10925   DICK KEARSLEY SERVICE CENTER, 520 SOUTH STATE, CLEARFIELD, UT 84015

10924   DICK LUCAS  & ASSOCIATES, 7400 EAST SLAUSON AVENUE, LOS ANGELES, CA 90040

10925   DICK M DISNEY &, LAUREL DISNEY JT TEN, 811 POWER, HELENA, MT 59601-6121

10925   DICK PEDDIE, BETTY RUTH, 15 JODAR LANE, HOT SPRGS VILLAGE, AR 71909-6004

10925   DICK POE DODGE BODY SHOP, 1363 AIRWAY BLVD, EL PASO, TX 79925

10925   DICK RUHL FORD SALES, INC, 7250 SAWMILL ROAD, COLUMBUS, OH 43235

10925   DICK SIMON TRUCKING, PO BOX 86, MINNEAPOLIS, MN 55486

10924   DICK'S DRYWALL, 10507 METRO PARKWAY, FORT MYERS, FL 33912

10925   DICKARD, TONY, 100 CANNERY ROAD, WOODRUFF, SC 29388

10925   DICKENS, CALVIN, 4850 BOWLAND AVE, BALTIMORE, MD 21206

10925   DICKENS, IRA, 508 WASHINGTON AVE, WELDON, NC 27890

10925   DICKENS, JOYCE, 12200 W IH 10 #108, SAN ANTONIO, TX 78230

10925   DICKENS, MARK, 6 SPANISH OAK DRIVE, GREENVILLE, SC 29615

10925   DICKENS, NORVAL, 17201 BLACKHAWK, 508, FRIENDSWOOD, TX 77546

10925   DICKENS, SANDY, 2637 ANDREA LANE, DALLAS, TX 75228

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DICKENS, TERRY, 2732 E. YELLOWSTONE DR., OWENSBORO, KY 42301

10925   DICKENS, WILLIAM, 18001 MCKINNON RD, ODESSA, FL 33549

10925   DICKENS, WILLIAM, 6503 MONTEREY DRIVE, TAMPA, FL 33625

10925   DICKENS-SOEDER 2000 LLC, 3892 CEDRON ST, IRVINE, CA 92606

10925   DICKERMAN, ALFRED, PO BOX 198, TROY, MT 59935-0198

10925   DICKERSON, ADDIE, 375 DEMAREST AVE, CLOSTER, NJ 07624

10925   DICKERSON, CAROLYN, 1115 HWY 146, TEXAS CITY, TX 77590

10925   DICKERSON, DEREK, RT. 2 BOX 218, NEW HEBRON, MS 39140

10925   DICKERSON, G, 856-40 AVE, NASHVILLE, TN 37209

10925   DICKERSON, JO, 2015 PEABODY, MEMPHIS, TN 38104

10925   DICKERSON, JOSEPH R, 206 DAVIS RD., RAGLEY, LA 70657

10925   DICKERSON, JOSEPH, 206 DAVIS ROAD, RAGLEY, LA 70657

10925   DICKERSON, KELLY, 900 S BELL, IOWA PARK, TX 76367

10925   DICKERSON, KENT, 205 JONES ST. PO BOX 208, SEABOARD, NC 27876

10925   DICKERSON, KIM, 1729 N. OAK KNOLL DR., ANAHEIM, CA 92807

10925   DICKERSON, LINDA, ROUTE 2 BOX 750, COMMERCE, GA 30529

10925   DICKERSON, PAMELA, 1019 FRANKLIN RD #6B, MARIETTA, GA 30067

10925   DICKERSON, RAY, 5 SHELBY ST, HAMPTON, GA 30228

10925   DICKERSON, S., 8210 TERRACE DRIVE, EL CERRITO, CA 94530

10925   DICKERSON, SUSAN, 11787 GABLE GLEN LANE, CINCINNATI, OH 45249-2005

10925   DICKERSON, TERRY, 7902 IVY HOLLOW DRIVE, CHARLOTTE, NC 28227

10925   DICKERSON, VICKIE, 448 SANDALWOOD DRIVE, HIXSON, TN 37343

10924   DICKEY FARMS, HIGHWAY 41 NORTH OF ROBERTA GA, MUSELLA, GA 31066

10924   DICKEY GLASS & COMPANY, PO BOX 381, WILLIAMSTOWN, WV 26187

10924   DICKEY GLASS & COMPANY, ROUTE 31, BOX 46A, WILLIAMSTOWN, WV 26187

10925   DICKEY SCALES, PO BOX 11966, TAMPA, FL 33680

10924   DICKEY SUPPLY, 210 W. SOUTH RANGE ROAD, NORTH LIMA, OH 44452

10925   DICKEY, CATHERINE, 91 CLAY ST APT 1202, WOLLASTON, MA 02170-2743

10925   DICKEY, CHARLES, 784 CRESTRIDGE DR NE, ATLANTA, GA 30306

10925   DICKEY, DAVID, 5205 BLUE RIDGE, WICHITA FALLS, TX 76310

10925   DICKEY, KATHRYN, 117 1/2 WARREN ST, CONCORD, NH 03301

10925   DICKEY, ROBERT, WAKEFIELD MANOR, HUNTLY, VA 22640

10925   DICKEY, WENDY, 421 RAILROAD AVE, MOMENCE, IL 60954

10925   DICKEY, WILLIAM, 4121 FAITH RD, APT B, WICHITA FALLS, TX 76308

10925   DICKINSON WRIGHT MOON VAN DUSEN &, 500 WOODWARD AVE STE 4000, DETROIT, MI 48226-3425

10925   DICKINSON WRIGHT MOON VAN DUSEN, ONE DETROIT CENTER, 500 WOODWARD, SUITE 4000, DETROIT, MI 48226-3425

10925   DICKINSON WRIGHT PLCC, 500 EOODWARD AVE SUITE 4000, DETROIT, MI 48226-3425

10925   DICKINSON, BARBARA, 2907 DEER CREEK #202, ARLINGTON, TX 76010

10925   DICKINSON, CAROL, 2235 10TH LANE, VERO BEACH, FL 32960

10925   DICKINSON, DALE, 413 SMILEY COURT, WINTER HAVEN, FL 33884

10925   DICKINSON, DAVID, 860 GALLOPING WAY, POWELL, TN 37849

10925   DICKINSON, DIXIE, 27035 HEMINGWAY COURT, MENIFEE, CA 92584

10925   DICKINSON, GLADYS, % J MARVIN SMITH GUARDIAN 301 NW 10TH COURT, BOCA RATON, FL 33486

10925   DICKINSON, JANE, RT.2 BOX 43 JJ, SAN JUAN, TX 78589

10925   DICKINSON, JOCELYN, 5374 HARBOR CT, KING GEORGE, VA 22485

10925   DICKINSON, ROBERT, 3976 CHURCHVIEW AVE, PITTSBURGH, PA 15236

10925   DICKINSON, SUSAN, R.D. #1 BOX 60, SHELOCTA, PA 15774

10925   DICKINSON, THERESA, 123 STONEGATE DRIVE, NO KINGSTOWN, RI 02852

10925   DICKINSON,WRIGHT,MOON,VANDUSEN &, 500 WOODWARD, SUITE 4000, DETROIT, MI 48226-3425

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DICKINSON,WRIGHT,MOON,VANDUSEN, 500 WOODWARD, SUITE 4000, DETROIT, MI 48226-3425

10925   DICKISON, JAMES, 5631 QUAIL RD, INDIANAPOLIS, IN 46278

10925   DICKMAN, LYNDA, PO BOX 143, CHILCOOT, CA 96105

10925   DICKMEYER, PAUL, 5009 MIDLOTHIAN DRIVE, FORT WAYNE, IN 46815

10925   DICKS CLOTHING & SPORTING GOODS, 6711 RITCHIE HWY., GLEN BURNIE, MD 21061

10924   DICK'S CONCRETE CO, 1053 COUNTY, ROUTE 37, NEW HAMPTON, NY 10958

10924   DICK'S CONCRETE CO., 1053 COUNTY, ROUTE 37, NEW HAMPTON, NY 10958

10924   DICK'S CONCRETE CO., 23 RYAN STREET, PORT JERVIS, NY 12771

10924   DICK'S CONCRETE CO., 561 NEELEYTOWN ROAD, MONTGOMERY, NY 12549

10924   DICK'S CONCRETE CO., MONTGOMERY ROAD, MAYBROOK, NY 12543

10924   DICK'S CONCRETE CO., PELLET ISLAND RD, NEW HAMPTON, NY 10958

10924   DICKS CONCRETE COMPANY, 159 PALLET ISLAND ROAD, NEW HAMPTON, NY 10958

10924   DICK'S CONCRETE COMPANY, 159 PALLET ISLAND ROAD, NEW HAMPTON, NY 10958

10924   DICK'S CONCRETE COMPANY, 25 RYAN ST., PORT JERVIS, NY 12771

10925   DICKS CONCRETE, PELLET ISLAND ROAD, NEW HAMPTON, NY 10958

10924   DICK'S SPORTING GOODS, FOR KEMPF SUPPLY, WESTVILLE & ALMONESSON ROAD, DEPTFORD, NJ 08096

10924   DICK'S SPORTING GOODS, WESTVILLE & ALMONESSON ROAD, DEPTFORD, NJ 08096

10925   DICKS, DEANA, 930 S. LEXINGTON AVE, BURLINGTON, NC 27215

10925   DICKSON, 930 SOUTH WESTWOOD AVE, ADDISON, IL 60101

10925   DICKSON, BARBARA L, 42 ELMHURST RD, ARLINGTON, MA 02174-6612

10925   DICKSON, BARBARA, 42 ELMHURST RD, ARLINGTON, MA 02174

10925   DICKSON, BARBARA, 5841 DEMOCRACY DR, INDIANAPOLIS, IN 46254

10925   DICKSON, BRANDON, 2105 ZAVALLA CIRCLE, FRIENDSWOOD, TX 77546

10925   DICKSON, JEAN, 6260 SW 4TH ST, MARGATE, FL 33068

10925   DICKSON, RICHARD, 793 PARK COURT, CRAIG, CO 81625

10925   DICKSON, ROBERT, 848 MAJESTIC COURT, GASTONIA, NC 28054

10925   DICKSON, THOMAS, 3621 ARCHER AVE, CINCINNATI, OH 45208

10925   DICKSTEIN, SHAPIRO & MORIN, 2101 L ST NW, WASHINGTON, DC 20037-1526

10925   DICLEMENTE, ELIZABETH, 99 PARK ST, MEDFORD, MA 02155

10925   DICRISCIO, LESA, 555 GEORGE ST, GREENSBURG PA, PA 15601

10925   DICRISTOFARO, JM, 4213 PASSMORE ST, PHILADELPHIA, PA 19135

10925   DICTAPHONE, PO BOX 85120, LOUISVILLE, KY 40285-5120

10925   DICTRONICS INC, PO BOX 403, NEEDHAM, MA 02192-0403

10925   DICTRONICS INC, PO BOX 403, NEEDHAM, MA 02492-0921

10925   DICTRONICS INC., PO BOX 920403, NEEDHAM, MA 02492-0921

10925   DICTRONICS,INC, PO BOX 403, NEEDHAM, MA 02192-0005

10925   DIDAY, SEWARD, 311 MAIN ST, IMPERIAL, PA 15126

10925   DIDELOT CONSULTANTS INC., 2405 CASSIE LANE, LAKE CHARLES, LA 70605-5157

10925   DIDIANO, FRANK, 206 N VINE ST, NEW CASTLE, PA 16101

10925   DIDIANO, FREDERICK, 2605 W. RIDGEWOOD CT., NEW CASTLE, PA 16101

10925   DIDOMINIC, VICKI, 136 HIGH ST, OIL CITY, PA 16301

10925   DIDONATO, CHARLES, 7237 SHEARWATER PL, PHILADELPHIA, PA 19153-2708

10925   DIDRIKSEN, GEORGE, 6711 EMBASSY BLVD., 1182, PORT RICHEY, FL 34668

10925   DIDSBURY, BRIDGET, 5388 E ARBOR ST, INVERNESS, FL 34452

10925   DIE-A-MATIC CO., 101-B HOLSUM WAY, GLEN BURNIE, MD 21061

10925   DIEBEL, MARVIN, 1015 KLEBERG, ALICE, TX 78332

10925   DIECKMAN JT TEN, ALBERT EDWARD & VERONICA, PO BOX 236, LORENA, AZ 76655-0236

10925   DIECKMAN, CRAIG, 9927 AMANDA LANE, ALGONQUIN, IL 60102

10925   DIECKOW, EDWARD, 215 PERKINE, LEAGUE CITY, TX 77546

10925   DIEFENDORF GEAR CORP, 920 WEST BELDEN AVE, SYRACUSE, NY 13217-6489

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DIEFFENBACH, ANNA, 16 LA DUNETTE DRIVE, TOMS RIVER, NJ 08757

10925   DIEGO J MARTIELLI &, JOHANNA MARTIELLI JT TEN, 1018 COOLIDGE AVE, UNION, NJ 07083-6124

10925   DIEHL PH.D., LUTHER A, 390 E. HENRY ST SUITE 206, SPARTANBURG, SC 29302

10925   DIEHL, DOROTHY, 4246 VENICE LANE, CARPINTERIA, CA 93013

10924   DIEHL, INC., 1336 E. MAUMEE STREET, ADRIAN, MI 49221

10924   DIEHL, INC., 24 N. CLINTON STREET, DEFIANCE, OH 43512

10925   DIELECTRIC CORPORATION, W141N9250 FOUNTAIN BLVD., MENOMONEE FALLS, WI 53051-1648

10924   DIELECTRIC POLYMERS INC., 218 RACE STREET, HOLYOKE, MA 01041

10924   DIELECTRIC POLYMERS INC., 218 RACE STREET, PO BOX 110, HOLYOKE, MA 01041

10925   DIELECTRIC SCIENCES, 88 TURNPIKE ROAD, CHELMSFORD, MA 01824

10925   DIELEN, HARRY, PO BOX 606, STINNETT, TX 79083

10925   DIELMAN INC, 305 W MECHANIC ST, ARCHBOLD, OH 43502

10924   DIELMAN INC., 305 MECHANIC STREET, ARCHBOLD, OH 43502

10924   DIELMAN SUPPLY COMPANY, 305 MECHANIC STREET, ARCHBOLD, OH 43502

10924   DIELMAN, INC., 228 COMMERCIAL STREET, WAUSEON, OH 43567

10924   DIELMAN, INC., 305 W. LIBERTY STREET, ARCHBOLD, OH 43502

10924   DIELMAN, INC., 305 W. MECHANIC STREET, ARCHBOLD, OH 43502

10924   DIELMAN, INC., 5-163 US 20A, SWANTON, OH 43558

10924   DIELMAN, INC., 629 ECKEL ROAD, PERRYSBURG, OH 43551

10924   DIELMAN, INC., SOUTH LIBERTY STREET, WEST UNITY, OH 43570

10924   DIEN INC, PO BOX 560592, DALLAS, TX 75356-0592

10925   DIEPERSLOOT, JACK, 4878 NW 83RD COURT, OCALA, FL 34482-8005

10924   DIEQUA CORP, 180 COVINGTON DRIVE, BLOOMINGDALE, IL 60108

10924   DIERCO SUPPLY CORP., 6841 PHILLIPS PKWY DRIVE S, JACKSONVILLE, FL 32224

10925   DIERKER, DONALD, 1323 N 13TH ST, APT F-10, WHITEHALL, PA 18052

10925   DIERS, WILLIAM JR, 729 4TH ST, SYRACUSE, NE 68446

10924   DIES & HILE, LP, 1009 GREEN AVE, ORANGE, TX 77630

10925   DIES DIES HENDERSON, 1009 W GREEN AVE, ORANGE, TX 77630-5697

10925   DIES, ESQ, MARTIN, 1009 GREEN AVE, ORANGE, TX 77630

10925   DIESBURG, TROY, 8 LAWNDALE ROAD, MANSFIELD, MA 02048

10925   DIESEL AND ELECTRIC,INC, 1821 CLARK ST.RD.ROUTES 5 & 20, AUBURN, NY 13021-9593

10925   DIESEL, BEVERLY, 69 DE HART ST, LINCOLN PARK, NJ 07035

10925   DIETEL, DORIS, 128 B TINE RD., LEBANON, NJ 08833

10925   DIETER, CAROLYN, 3820 SPRING GROVE RD, MCHENRY, IL 60050

10925   DIETER, DARWIN, 477 WEST THOMAS, BOONEVILLE, AR 72927-0000

10925   DIETER, EDNA, 555 HERTAGE DRIVE, BOONEVILLE, AR 72927-9730

10925   DIETIKER, MARTHA, 110 MARINA AVE, KEY LARGO, FL 33037

10925   DIETRICH, JR, ANTHONY, 38 MAIN ST, KEANSBURG, NJ 07734

10925   DIETRICH, PAUL, RR 2 BOX 75, FLANDREAU, SD 57028-9542

10925   DIETRICK, M, 615 CONSTITUTION LANE, DEFOREST, WI 53532

10925   DIETRO, JEANETTE, 226 W MAPLE AVE, BOUND BROOK, NJ 08805

10925   DIETZ ROOFING CO. INC., 15 N. PINE AVE, MAPLE SHADE, NJ 08052

10925   DIETZ, BETTY, 370 ROCK HILL TRAIL, NEW BRAUNFELS, TX 78132

10925   DIETZ, CHRISTOPHER, 5500 EDMONDSON AVE., BALTIMORE, MD 21229

10925   DIETZ, CHRISTOPHER, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   DIETZ, JOHN, 8434 S. KILPATRICK, CHICAGO, IL 60652

10925   DIETZ, KATHLEEN, 1223 SAXON DRIVE, NASHVILLE, TN 37215

10925   DIETZ, MICHAEL, 1311 FINCH LANE, GREEN BAY, WI 54313

10925   DIETZ, STEVEN, 8307 ALBACORE, HOUSTON, TX 77074

10925   DIETZ, SUSAN, 9S 216 KEARNEY RD, DOWNERS GROVE, IL 60516

10924   DIETZGEN CORPORATION, 1218 W NORTHWEST HWY, PALATINE, IL 60067

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DIETZGEN CORPORATION, 1218 WEST N.W. HIGHWAY, PALATINE, IL 60067 | |
| 10924 | DIETZGEN CORPORATION, 235 EAST 157TH STREET, GARDENA, CA 90248 | |
| 10924 | DIETZGEN CORPORATION, 4920 LEWIS ROAD, STONE MOUNTAIN, GA 30083 | |
| 10924 | DIETZGEN, 1218 W NORTHWEST HWY, PALATINE, IL 60067-1888 | |
| 10924 | DIETZGEN, 35 COTTERS LANE, EAST BRUNSWICK, NJ 08816 | |
| 10925 | DIETZWAY, LENA, 1811 BECKY LANE, SCOTTSBORO, AL 35769 | |
| 10925 | DIEZEL, BRUCE, 2096 RACHEL DR, GREEN BAY, WI 54301 | |
| 10924 | DIFCO LABORATORIES, 925 HENRY STREET, DETROIT, MI 48201 | |
| 10924 | DIFCO LABORATORIES, PO BOX 246, MAUSTON, WI 53948 | |
| 10924 | DIFCO LABORATORIES, PO BOX 31058, DETROIT, MI 48282 | |
| 10924 | DIFCO LABORATORIES, PO BOX 4800, SPARKS GLENCOE, MD 21152-4800 | |
| 10925 | DIFEDELE, JO, 1 TIFFANY DRIVE, TAYLORS, SC 29687 | |
| 10925 | DIFFLEY, ARLEASE, 16 SECOND AVE, PORT MONMOUTH, NJ 07758-1319 | |
| 10925 | DIFFLEY, PETER, 4730 J VILLA MARINA, MARINA DEL REY, CA 90292 | |
| 10925 | DIFIORE, STEVE, 23443 MALLARD COURT, BARRINGTON, IL 60010 | |
| 10925 | DIFORTI, DENISE, 320 LEON AVE, PERTH AMBOY, NJ 08861 | |
| 10925 | DIFRANZA, P A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DIFRANZA, PAUL, 34 REAR WALTON ST, WAKEFIELD, MA 01880 | |
| 10925 | DIGBY JR, JIMMY, PO BOX 61, HERMLEIGH, TX 79526 | |
| 10925 | DIGENNARI, DAVID, 310 N BROAD ST, W HAZLETON, PA 18201 | |
| 10925 | DIGENNARI, PATRICIA, 125 HAZLE ST, NUREMBERG, PA 18241 | |
| 10925 | DIGENNARO, FRANK, 335 GREEN MT. CT., PASADENA, MD 21122 | |
| 10925 | DIGENNARO, PHILIP, 56 STABLE RIDGE RD, MONROE, CT 06468 | |
| 10925 | DIGEROLAMO, MARY, 1 N CATALHOULA CT, KENNER, LA 70065 | |
| 10925 | DIGGS, CERUE, 4017 POSTGATE TER #402, SILVER SPRING, MD 20906 | |
| 10925 | DIGGS, ELOISE, #18 14TH ST. NE, WASHINGTON, DC 20002 | |
| 10925 | DIGGS, SANDRA, 4723 PENROSE ST, ST LOUIS, MO 63115 | |
| 10924 | DI-GIACOMO INC, 612 SOUTH DUGGAN AVENUE, AZUSA, CA 91702 | |
| 10925 | DIGIACOMO, FRANK, 2765 WINDHAM COURT, DELRAY BEACH, FL 33445 | |
| 10924 | DI-GIACOMO, INC, 612 SOUTH DUGGAN AVENUE, AZUSA, CA 91702 | |
| 10925 | DIGIACOMO, MICHAEL, 41 METRO AVE, MOONACHIE, NJ 07074 | |
| 10925 | DIGIACOMS, LORRAINE, 688 NO WELLWOOD AVE APT 11, LINDENHURST, NY 11757 | |
| 10925 | DIGIAIMO, RUTH, 31 WILDWOOD TERRACE, RINGWOOD, NJ 07456 | |
| 10925 | DIGIANDOMENICO, RANDALL, 3450 TRUMBULL ST, BELLAIRE, OH 43906 | |
| 10925 | DIGIOVANNI, PETER, 16 AVALON ROAD, MALDEN, MA 02148 | |
| 10925 | DIGIROLAMO, JUDY, 13940 CAROLYN ST, WALKER, LA 70785 | |
| 10925 | DIGITAL EQUIPMENT CORP COMPAQ COMP, MICHAEL D CAPELLAS PRES & CEO, 20555 STATE HWY 249, HOUSTON, TX 77070 | |
| 10925 | DIGITAL EQUIPMENT CORP, DUNS 11-294-6561, BOSTON, MA 02211 | |
| 10925 | DIGITAL EQUIPMENT CORP, PO BOX 1685, BOSTON, MA 02211 | |
| 10925 | DIGITAL EQUIPMENT CORP., 8301 PROFESSIONAL PLACE, LANDOVER, MD 20785 | |
| 10925 | DIGITAL EQUIPMENT CORP., PO BOX 100500, ATLANTA, GA 30384 | |
| 10925 | DIGITAL EQUIPMENT CORPORATION, DUNS 11-294-6561, BOSTON, MA 02211 | |
| 10925 | DIGITAL EQUIPMENT CORPORATION, PO BOX 100500, ATLANTA, GA 30384-0500 | |
| 10925 | DIGITAL EQUIPMENT CORPORATION, PO BOX 1685, BOSTON, MA 02211 | |
| 10925 | DIGITAL EQUIPMENT, 6406 IVY LANE, GREENBELT, MD 20770 | |
| 10925 | DIGITAL EQUIPMENT, PO BOX 1685, BOSTON, MA 02211 | |
| 10925 | DIGITAL GRAPHICS INC, POBOX 370044, BOSTON, MA 02241-0744 | |
| 10925 | DIGITAL MARKETING INC, 4055 N GOVERNMENT WAY, COEUR DALENE, ID 83814-9230 | |
| 10925 | DIGITAL QUALITY SYSTEMS, 1582 WOODHAVEN DR, WHEATON, IL 60187 | |
| 10925 | DIGITAL SITE SYSTEMS, 4516 HENRY ST SUITE 315, PITTSBURGH, PA 15213 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DIGITAL VIDEO EQUIPMENT CO, 6210 NORTH ANDREWS AVE, FORT LAUDERDALE, FL 33309

10925   DIGITAL VIDEO EQUIPMENT COMPANY, 6210 NORTH ANDREWS AVE., FT. LAUDERDALE, FL 33309

10925   DIGITAL VIDEO EQUIPMENT, 6210 NORTH ANDREWS AVE, FORT LAUDERDALE, FL 33309

10925   DIGITRAN CORPORATION, 399 THORNALL ST, EDISON, NJ 08837

10925   DIGIUSEPPE, DESIREE, 80 ST. MARY ST, WHARTON, NJ 07885

10925   DIGIUSTO, MARYANN, 15 MT PLEASANT ST, WINCHESTER, MA 01890

10925   DIGNEY, LARRY, 8045 190 ST, WALCOTT, IA 52773

10925   DIGRANDE, JAMES, 5 CLOVER CT, CEDAR GROVE, NJ 07009

10925   DIGREGORIO, MARIA, 515 MAIN ST, FORD CITY, PA 16226

10925   DIGSBY, KEVIN, 1503 LAKELAND ST, DURHAM, NC 27701

10925   DIHMES, MARIE, 808 SOUTH EATON ST, BALTIMORE, MD 21224

10925   DIHRBERG, EDWARD, 1619 CROWN POINT AVE, NORMAN, OK 73072

10925   DIIESO, MARGUERITE, 14 DREW CROSSING, WESTFORD, MA 01886

10925   DIISCHER, JOHN, 453 580TH ST, ALTA, IA 51002-9999

10925   DIKE, ANGELINA, 815 E. FREMONT AVE, SUNNYVALE, CA 94087

10925   DIKE, CHARLES, BOX 433, KING CITY, MO 64463

10925   DIKRAN ARTINIAN, 25 WELLMAN ST, BEVERLY, MA 01915-4830

10925   DILA GROUP INC, 500 MARKET ST 10L, PORTSMOUTH, NH 03801

10925   DILBECK, JEANNE, 7906 NW 21ST, BETHANY, OK 73008

10925   DILBECK, MARY, 604 JETE, ODESSA, TX 79761

10925   DILBERT BANCROFT & ROSS CO LTD., 650 POYDRAS ST., STE. 2100, NEW ORLEANS, LA 70130

10925   DILBERT, JUDYANN, 23 ARNOLD AVE, RIVERSRIDGE, LA 70123

10925   DILCO REFINING DIVISION, 73-35 GRAND AVE, MASPETH, NY 11378

10925   DILDY, JOHNNY, 1117 COMPASS CREEK, ROCKY MOUNT, NC 27809

10925   DILEGO, MICHAEL, PO BOX 700, LANESBORO, MA 01237-0700

10925   DILENSCHNEIDER GROUP, THE, 200 PARK AVE, NEW YORK, NY 10166

10925   DILEO, NICHOLAS, 3 STATEN LANE, TAYLORS, SC 29687

10925   DILFIELD, ELISE, 880 TURNER DRIVE SE, LAWRENCEVILLE, GA 30245

10925   DILGER JR, J THOMAS, PO BOX 866667, PLANO, TX 75086-6667

10925   DILGER, JOSEPH T, CUST FOR MARK HERMAN DILGER, UNIF GIFT MIN ACT OK, PO BOX 787, PARKSTON, SD 57366-0787

10925   DILIBERO, ALEXANDER, 204 WESTMINSTER AVE, WATERTOWN, MA 02472

10925   DILIBERO, LENA, 204 WESTMINSTER AVE, WATERTOWN, MA 02172

10925   DILIP K GUHA RAY, 3507 N CHARLES ST APT 202-B, BALTIMORE, MD 21218-2414

10925   DILL PSC, GORDON J, 1527 CENTRAL AVE, ASHLAND, KY 41105

10925   DILL, DIANE, 1220 S. DUAL HWY, SEAFORD, DE 19973

10925   DILL, DONI, 225 STENHOUSE RD, SIMPSONVILLE, SC 29680

10925   DILL, FRANK, 333 HARTS LANE, SIMPSONVILLE, SC 29681-9416

10925   DILL, GRACE, PO BOX 76, MCCURTAIN, OK 74944

10925   DILL, LEROY, RT. 2, BOX 359, WILBURTON, OK 74578

10925   DILL, LINDA, 131 HOWARD RD, LANDRUM, SC 29356-9571

10925   DILL, MAUREEN, 19 DAVENPORT MILL CT, OAK RIDGE, NJ 07438

10925   DILL, PAULA, 7 BONNIE LANE, ELLENDALE, DE 19941

10925   DILLA SOLORZANO, 100 LA SALLE ST #3C, NEW YORK, NY 10027-4726

10925   DILLA, SANDRA, 82 PASADENA ST, PITTSBURGH, PA 15211

10925   DILLARD - GREENVILLE, PO BOX 2067, GREENVILLE, SC 29602-2067

10925   DILLARD II, JOHN, 4916 CRAWFORD DRIVE, THE COLONY, TX 75056

10925   DILLARD PAPER COMPANY, PO BOX 547838, ORLANDO, FL 32854

10925   DILLARD PAPER COMPANY, PO DRAWER 100981, ATLANTA, GA 30384-0981

10925   DILLARD SMITH CONST. CO., 4001 INDUSTRY DR., CHATTANOOGA, TN 37416

10925   DILLARD SMITH CONSTRUCTION CO., PO BOX 277790, ATLANTA, GA 30384-7790

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DILLARD, BELINDA, 5766 E. HASTINGS, VA BEACH, VA 23462

10925    DILLARD, BRIAN, 7712 NEW SULPHUR, SAN ANTONIO, TX 78263

10925    DILLARD, DONALD, 34 CHURCHILL DOWNS, GREENVILLE, SC 29615

10925    DILLARD, EMILY, 34 CHURCHILL DOWNS, GREENVILLE, SC 29615

10925    DILLARD, JIMMY, HWY 221 BOX 14041, ENOREE, SC 29335

10925    DILLARD, RITA, 7920 ALMOND DR, INDIANAPOLIS, IN 46237

10925    DILLARD, ROBERT, 703 GAS PLANT ROAD, MOORE, SC 29369-9801

10925    DILLARD, RONALD, 8117 W 90TH DR, WESTMINSTER, CO 80021

10925    DILLARD, THOMAS, 400 MCCUE ST, EASLEY, SC 29642

10925    DILLARD-ATLANTA, PO DRAWER 100981, ATLANTA, GA 30384-0981

10924    DILLARDS DEPARTMENT STORE, CHAPEL HILLS MALL, COLORADO SPRINGS, CO 80901

10924    DILLARDS DEPT. STORE, PEMBROKE LAKES MALL, PEMBROKE PINES, FL 33026

10924    DILLARD'S EXPAN./CHESTERFIELD MALL, CLARKSON AND HWY 40, BALLWIN, MO 63011

10925    DILLARDS SPORTS CENTER, 2617 SOUTH MAIN ST, ANDERSON, SC 29624

10924    DILLARDS -WILLOW BEND MALL, 2201 NORTH DALLAS PARKWAY, PLANO, TX 75093

10925    DILLIGARD, PHYLLIS, 815 S. SANTEE RD, MCCLELLANVILLE, SC 29458

10925    DILLING, REBECCA, 1010 CHARLESMONT CT, LENOIR, NC 28645

10924    DILLINGHAM CONSTRUCTION, C/O MAHONEY EXPORT SERVICE, BRISBANE, CA 94005

10924    DILLINGHAM CONSTRUCTION, P.O. BOX 1089, PLEASANTON, CA 94566

10924    DILLINGHAM CONSTRUCTION, PO BOX1089, PLEASANTON, CA 94566

10925    DILLINGHAM, PERRY, 10106 FOREST AVE, CINCINNATI, OH 45215

10924    DILLNER PRECAST INC., 14 MEADOW LANE, HUNTINGTON STATION, NY 11746

10924    DILLNER PRECAST INC., 200 W. 9TH ST., HUNTINGTON STATION, NY 11746

10925    DILLON MANUFACTURING CO., 1026 MITCHELL BLVD, SPRINGFIELD, OH 45503

10925    DILLON PLC, JOHN F, 1555 POYDRAS ST #1700, NEW ORLEANS, LA 70112

10925    DILLON SUPPLY CO, 216 S WEST ST, RALEIGH, NC 27602

10925    DILLON TRANSPORT INC, PO BOX 1546, MCCOOK, IL 60525-1546

10924    DILLON WOOD WORKS INC, P.O. BOX 1068, DILLON, SC 29536

10924    DILLON WOOD WORKS INC, S 6TH AVE, DILLON, SC 29536

10924    DILLON WOOD WORKS INC., ATTN:  ACCOUNTS PAYABLE, DILLON, SC 29536

10925    DILLON, ALBERT, 4 GRANT ROAD, MARBLEHEAD, MA 01945-2808

10925    DILLON, BOBBY, PO BOX 286, MAGEE, MS 39111

10925    DILLON, DANIEL, 6331 NORTH NAVAJO, CHICAGO, IL 60646

10925    DILLON, DAVID J, 2727 TRITT SPRINGS DRIVE, MARIETTA, GA 30062

10925    DILLON, DAVID, 3224 SYDENHAM ST, FAIRFAX, VA 22031

10925    DILLON, H EDWARD, 723 EAST SOUTH AVE, EMPORIA, KS 66801-3725

10925    DILLON, H, 723 EAST SOUTH AVE, EMPORIA, KS 66801-3725

10925    DILLON, JANICE, 16 BRIDLE ROAD, BILLERICA, MA 01821

10925    DILLON, JOHN, 6040 W. BRITTON APT. B, OKLA. CITY, OK 73132

10925    DILLON, JOSEPH, 85 HIGH SHERIFF TR, BERLIN, MD 21811

10925    DILLON, JUDITH, 103 CREEKSIDE DR, SELMA, NC 27576

10925    DILLON, KATHY, 1019 SAN LORENZO DRIVE, SANTA FE, NM 87505

10925    DILLON, KELLY, 85 PUTNAM CIRCLE, SPRINGFIELD, MA 01104

10925    DILLON, KENNETH, RT. 6, BOX 123, TYLERTOWN, MS 39667

10925    DILLON, M, 1054 BAYLESS PL, EAGLEVILLE, PA 19403

10925    DILLON, MARY, 620 CHOKECHERRY TRAIL, DE FOREST, WI 53532

10925    DILLON, MICHAEL, 6 LAUREL RD, ROCKY HILL, CT 06067

10925    DILLON, PATRICIA, PO BOX 2005, DEL NORTE, CO 81132

10925    DILLON, RONALD, ROUTE 2 BOX 18, WEST CHESTER, IA 52359

10925    DILLON, SUSIE, 3329 LOS PRADOS AVE, SAN MATEO, CA 94403

10925    DILLON, THOMAS, 1248 HOLLAND DRIVE, FARMINGTON, NY 14425-1302

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DILLOW, MARSHA, 3570 FLOYD ST, ASHLAND, KY 41102 | |
| 10925 | DILLS, FLORETTA, 3611 MCDANIEL AVE, BLUE SPRINGS, MO 64015 | |
| 10925 | DILORENZO, THERESA, 82 E WRIGHT AVE, WATERLOO, NY 13165 | |
| 10925 | DILSHAD AHMED, 9D SOLANO PK, DAVIS, CA 95616 | |
| 10925 | DILUCA, PAUL H, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | DILUCA, PAUL, 21 DEXTER RD, MELROSE, MA 02176 | |
| 10925 | DILUZIO, RAYMOND, 30 SYCAMORE AVE., LINCOLN PARK, NJ 07035 | |
| 10925 | DILWORTH, FRANCIS, 27908 FREEPORT, MISSION VIEJO, CA 92692 | |
| 10925 | DIMAGGIO, JOANNE, 5706 VASSAR DR, COLLEGE PARK, MD 20740 | |
| 10925 | DIMAIO II, NICKIE, 10590 DARRYL DR, BATON ROUGE, LA 70815 | |
| 10925 | DIMAIO, CARMELA, 3115 BLUE RIDGE RDD, RALEIGH, NC 27612 | |
| 10925 | DIMAL, MARY JEANETT, 1655 W VILLAGE WAY, TEMPE, AZ 85282 | |
| 10924 | DIMAOND MECHANICAL, 602 8TH STREET, VALLEY PARK, MO 63088 | |
| 10925 | DIMARCO, ANTHONY, 140-25 DEKRUIF PL 25M, BRONX, NY 10475 | |
| 10925 | DIMARCO, FRANCES, 1447 84TH ST, BROOKLYN, NY 11228 | |
| 10925 | DIMARCO, KEITH, 12 WHEATLEY AVE, SEARINGTOWN, NY 11507 | |
| 10925 | DIMARIA, BARRY, 251 POWDER MILL ST, DALLAS, GA 30132 | |
| 10924 | DIMARIO'S BUILDERS SUPPLY, CAMBRIDGE, MA 02140 | |
| 10925 | DIMARO, KIM, 12 WALKER ROAD, NO. ANDOVER, MA 01845 | |
| 10925 | DIMASCIO, SUZETTE, 3810 IRON WEDGE DR, ORLANDO, FL 32808 | |
| 10925 | DIMATTEO, ANN, 9074 CAVATINA PLACE, BOYNTON BEACH, FL 33437 | |
| 10925 | DIMAUNAHAN, ERNESTINA, 4323 PALMER, MISSOURI, TX 77459 | |
| 10924 | DIMAYO PACKAGING CORPORATION, 51-59 EAST 11TH STREET, PATERSON, NJ 07524 | |
| 10925 | DIMBERIO, KIMBERLY, 4650 OLD FARM, COLORADO SPRINGS, CO 80917 | |
| 10924 | DIMECLISA S.A. DE C.V., AVE IZALCO Y PASAJE LOS LAGOS #116, COL CENTROAMERICA, EL SALVADOR, SLV | *VIA Deutsche Post* |
| 10925 | DIMENNA, PHYLLIS, 1037 ACORN DRIVE, ARROYO GRANDE, CA 93420 | |
| 10925 | DIMENSION SYSTEMS, INC, PO BOX 477, UNION LAKE, MI 48387 | |
| 10924 | DIMENSIONAL BUILDING CONCEPTS, 3420 "E" STREET, SAN DIEGO, CA 92102-3336 | |
| 10925 | DIMENSIONS HEALTH CORPORATION, D/B/A PRINCE GEORGES HOSPITAL CENT, 3001 HOSPITAL DR, CHEVERLY, MD 20785 | |
| 10925 | DIMENSIONS IN PHOTOGRAPHY, PO BOX 9708, THE WOODLANDS, TX 77384-9708 | |
| 10925 | DIMENTO, JAMES, 12 SCHOOL ST, GEORGETOWN, MA 01833-2049 | |
| 10925 | DIMERCO EXPRESS CORP, DEPT 121, BENSENVILLE, IL 60106-1546 | |
| 10925 | DIMERY, PATRICIA, 2785 ROLLINGWOOD DRIVE, SAN PABLO, CA 94806 | |
| 10925 | DIMERY, WILLIAM, 334 LONG SANDS ROAD, YORK, ME 03909 | |
| 10925 | DIMICK, PRESTON, 12717 WICKLEY, HOUSTON, TX 77085 | |
| 10925 | DIMICK, ROBERT, 538 CARROLLWOOD ROAD, E, BALTIMORE, MD 21220 | |
| 10925 | DIMICK, ZANE, 235 K ST, ROCK SPRINGS, WY 82901 | |
| 10925 | DIMITROFF, MONIQUE, 4801 GUS ECKERT, SAN ANTONIO, TX 78240 | |
| 10925 | DIMOND PLUMBING, 452 HESTER ST, SAN LEANDRO, CA 94577 | |
| 10925 | DIMSDALE, LESLIE, 714 LAKEWINDS BLVD, INMAN, SC 29349 | |
| 10925 | DIMUCCI, SUSAN, 31 TARBELL AVE, LEXINGTON, MA 02173 | |
| 10925 | DIN, MOHAMMED, 51-09 97TH ST, CORONA, NY 11368 | |
| 10925 | DINAPOLI, JOHN, AND LOUIS R. VITIELLO, D/B/A MENOTOMY TRUCKING INC., 9 MIRIAM ST #2 PO BOX 639, LEXINGTON, MA 02173 | |
| 10925 | DINARDO DINARDO LUKASIK, 125 WEST TUPPER ST, BUFFALO, NY 14201 | |
| 10925 | DINATALE, ROBERT, 922 CASWELL ST., E TAUNTON, MA 02718 | |
| 10925 | DINEEN, BARBARA, 96 COMMON WAY, BREWSTER, MA 02631 | |
| 10925 | DINEGAR, GREGORY, 2745 29TH ST NW APT. 404, WASHINGTON, DC 20008 | |
| 10925 | DINES, ALLEN, 822 OTTAWA TRAIL, MADISON, WI 53711 | |
| 10925 | DING FENG SHEN, 239 CAPTAIN EAMES CIRCLE, ASHLAND, MA 01721-3914 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DINGFENG SHEN, 1 PARK ST, LEXINGTON, MA 02173 | |
| 10925 | DINGIVAN, CAROL, 166 ESSEX ST, MANSFIELD, MA 02048 | |
| 10925 | DINGLER, WILLIAM, 11021 GOLDLEAF LANE, OKLAHOMA CITY, OK 73131 | |
| 10925 | DINGS, ELIA, 5390 SPRINGBROOK DR, POWDER SPRINGS, GA 30073 | |
| 10925 | DINH, HANG, 243 BUENA VISTA, 402, SUNNYVALE, CA 94086 | |
| 10925 | DINH, THANH, 801 RITTENHOUSE #18, HOUSTON, TX 77076 | |
| 10925 | DINH, THIN, 324 WINDSOR ST, READING, PA 19601 | |
| 10925 | DINH, TUOI, 112 SPRING ST, READING, PA 19601 | |
| 10925 | DININO, CHARLES, 228 NORTH 9TH ST, READING, PA 19601 | |
| 10925 | DINKINS, MICHAEL, 514 LACHICOTTE RD, LUGOFF, SC 29078 | |
| 10925 | DINKINS, SHARON, RT 2 BOX 209BB, LIVE OAK, FL 32060 | |
| 10925 | DINKS, WILLIE, 1801 E OHIO ST, PLANT CITY, FL 33566 | |
| 10925 | DINNEEN, JANE, 1055 S. ARTERY, 403, QUINCY, MA 02169 | |
| 10925 | DINNELL, SUZANNE, 17 ARLINGTON LANE, FOX LAKE, IL 60020 | |
| 10925 | DINNERS SERVED INC, GEN COUNSEL, PO BOX 770788, HOUSTON, TX 77215 | |
| 10925 | DINNISON PROPERTIES, 421 WEST RIVERSIDE AVE., SPOKANE, WA 99201-0402 | |
| 10925 | DINO A NICHOLAS &, MARY NICHOLAS JT TEN, 7586 WRIGHT ST, MERR, IN 46410-2380 | |
| 10925 | DINOIA, TODD P, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140-1692 | |
| 10925 | DINOIA, TODD, 58 HARRIET AVE, BELMONT, MA 02478 | |
| 10924 | DINSDALE FARM & EQUIPMENT CO., 510 C PLAINVIEW ROAD, SILVER LAKE, OR 97638 | |
| 10924 | DINSDALE FARM & EQUIPMENT CO., HC 84, SILVER LAKE, OR 97638 | |
| 10925 | DINSEY W CRAFT, 307 NORWOOD DR., COLONIAL HEIGHTS, VA 23834-1127 | |
| 10925 | DINUZZO, JOSEPH, 60 RANTOOL ST #505N, BEVERLY, MA 01915 | |
| 10925 | DINUZZO, JR, JOSEPH A, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | DINUZZO, SANDRA, 15 GREEN ST, DANVERS, MA 01923 | |
| 10924 | DINWELL HALL EXPANSION, BERKELEY, CA 94701 | |
| 10925 | DINY, DORIS, 1426 MAYFAIR, DE PERE, WI 54115 | |
| 10925 | DIO, LAURIE, 244 MOUNTAINDALE RD, SMITHFIELD, RI 02917 | |
| 10925 | DIOCESE OF PALM BEACH/UWS, THE, 370 S.W. 3RD ST, BOCA RATON, FL 33432 | |
| 10924 | DIOGENES CAMILO J.S.A., DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | DIOGO, MARIA, 10 SHILLABER ST, SALEM, MA 01970 | |
| 10925 | DIOGUARDI, MARGO, 4 DUKE PLACE, GLEN COVE, NY 11542-3511 | |
| 10925 | DION CHEMICAL CORP., 3724 N. GRAYHAWK LOOP, LECANTO, FL 34461 | |
| 10925 | DION, DONNA, 9 VINE LANE, RANDOLPH, MA 02368 | |
| 10925 | DION, FABIAN, 242 PAXTON ST., HOUMA, LA 70364 | |
| 10925 | DION, KRIS, W 261 S 3223 GENESEE ROAD, WAUKESHA, WI 53189 | |
| 10925 | DION, MARK, 1111 ARMY-NAVY DRIVE, B-403, ARLINGTON, VA 22202 | |
| 10925 | DIONEX CORP, PO BOX 60000, SAN FRANCISCO, CA 94160-1445 | |
| 10925 | DIONEX CORP., 1950 LAKE PARK DR. S175, SMYRNA, GA 30080 | |
| 10925 | DIONEX CORPORATION, FILE NO 61445, SAN FRANCISCO, CA 94160-1445 | |
| 10925 | DIONEX CORPORATION, PO BOX 3603, SUNNYVALE, CA 94088 | |
| 10925 | DIONEX CORPORATION, PO BOX 60000, SAN FRANCISCO, CA 94160-1445 | |
| 10925 | DIONIDO, EUGENIO, 4340 N SAWYER, 2, CHICAGO, IL 60618 | |
| 10925 | DIONISIO, ANGELICA, 2718 ANGUS ST, LOS ANGELES, CA 90039 | |
| 10925 | DIONISIO, EVELYN, 1619 CUMBERLAND RD, FARMVILLE, VA 23901 | |
| 10925 | DIONISIO, MARIA, 5622 CAPRI LANE, MORTON GROVE, IL 60053 | |
| 10925 | DIONNE, DANIEL, 139B W HOLLIS ST #3FL, NASHUA, NH 03060-3147 | |
| 10925 | DIONNE, JANE, 26 COLUMBUS AVE, SALEM, MA 01970 | |
| 10925 | DIONNE, ROBERT, 588 S MAIN ST, NASHUA, NH 03060 | |
| 10925 | DIOUF, IBRAHIMA, 2160 CROSS BRONX EXP, BRONX, NY 10472 | |
| 10925 | DIP, SOPHANN, 1420 EAST HUNGERFORD ST, LONG BEACH, CA 90805 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DIPALMA, FELIX, 247 EAST 28TH ST, NEW YORK, NY 10016 | |
| 10925 | DIPANFILO, MARK, 10 BROOK ST, CHELMSFORD, MA 01824 | |
| 10925 | DIPASQUALE, ANN, 243 HASTINGS COURT, DOYLESTOWN, PA 18901 | |
| 10925 | DIPASQUALE, FRANK, 141 SHERIDAN PARK, GENEVA, NY 14456 | |
| 10925 | DIPASQUALE, GERTRUDE, 8 VAN BUREN ST, SOMERVILLE, NJ 08876 | |
| 10925 | DIPAULA, MICHAEL, 1723 Q ST NW, G-3, WASHINGTON, DC 20009 | |
| 10925 | DIPERNA, SHARON, 66 MARLBORO ROAD, WOBURN, MA 01801 | |
| 10925 | DIPERNA, THOMAS, 66 MARLBORO ROAD, WOBURN, MA 01801 | |
| 10925 | DIPIETRO, JULIE, 10 DARTMOUTH DRIVE, FRAMINGHAM, MA 01701 | |
| 10925 | DIPIETRO, MICHAEL, 58 GRANT AVE, BELMONT, MA 02178 | |
| 10925 | DIPIRRO, PATRICIA, 37 STACY ST, RANDOLPH, MA 02368 | |
| 10925 | DIPL -ING WALTER KRAUSE, SINGERSTR 8, WIEN, A-1010AUSTRIA | *VIA Deutsche Post* |
| 10925 | DIPLOMAT, 1133 20TH ST NW STE 250, WASHINGTON, DC 20036-3470 | |
| 10925 | DIPP, GEORGE R, POBOX 1355, EL PASO, TX 79948 | |
| 10925 | DIPPEL, FRANK, 5966 NATHAN PLACE, AUSTELL, GA 30001 | |
| 10925 | DIPPER DAN INC, 12721 LINNELL, GARDEN GROVE, CA 92843 | |
| 10925 | DIPRATO, PAUL, 8 ROSANO RD., STAMFORD, CT 06905 | |
| 10925 | DIRCT SAFETY COMPANY, PO BOX 50050, PHOENIX, AZ 85076 | |
| 10925 | DIRE, PATRICIA, 18003 N 1ST PL, PHOENIX, AZ 85022 | |
| 10925 | DIRECT CONTAINER LINE, INC, PO BOX 33048, NEWARK, NJ 07188-0048 | |
| 10925 | DIRECT DATA, 1 CHESTNUT ST SUITE 222, NASHUA, NH 03060 | |
| 10925 | DIRECT DIGITAL CONCEPTS, 7275 NW 74TH ST, MIAMI, FL 33166 | |
| 10924 | DIRECT ENERGY LABORATORIES, ARMSTRONG RESEARCH LABS, C/O BAHL INSULATION, SAN ANTONIO, TX 78235 | |
| 10924 | DIRECT EXPRESS, 5200 BLACK PORT COURT, LAS VEGAS, NV 89130 | |
| 10925 | DIRECT MAIL IMPRESSIONS, 127 NW 13TH ST SUITE C-12, BOCA RATON, FL 33432 | |
| 10925 | DIRECT MARKETING & MEDIA GROUP INC, PO BOX 9024182, SAN JUAN, PR 00902-4182 | |
| 10925 | DIRECT METALS COMPANY LLC, 1200 CHASTAIN ROAD, #201, KENNESAW, GA 30144-5586 | |
| 10925 | DIRECT RESULTS GROUP, 280 SUMMER ST, BOSTON, MA 02210 | |
| 10925 | DIRECT SAFETY COMPANY, PO BOX 27648, TEMPE, AZ 85285-7648 | |
| 10925 | DIRECT SAFETY COMPANY, PO BOX 88320, MILWAUKEE, WI 53288-0320 | |
| 10925 | DIRECT SAFETY, PO BOX 29990, PHOENIX, AZ 85038-0990 | |
| 10925 | DIRECT SERVICE TRANSPORT INC., PO BOX 766, SOUTH SAINT PAUL, MN 55075 | |
| 10925 | DIRECT TRANSIT, PO BOX 10313, DES MOINES, IA 50331 | |
| 10925 | DIRECT WAVE INC, 4260 E. BRICKELL AVE, ONTARIO, CA 91761 | |
| 10924 | DIRECTED ENERGY LAB, THE, BROOKS AIR FORCE BASE, SAN ANTONIO, TX 78235 | |
| 10925 | DIRECTFIT, 18201 VON KARMAN AVE SUITE 500, IRVINE, CA 92612-1518 | |
| 10925 | DIRECTION GENERALE DE L AVIATION, 48 RUE CAMILLE DESMOULINS, ISSY LES MOULINEAUX CEDEX, 92452FRANCE | *VIA Deutsche Post* |
| 10925 | DIRECTIONAL PUBLISHING, 2616 COMMERCE BLVD, BIRMINGHAM, AL 35210-1212 | |
| 10925 | DIRECTOR BUREAU OF ENV EXPOSURE INV, 2 UNIVERSITY PLACE, ALBANY, NY 12203 | |
| 10925 | DIRECTOR OF FINANCE - BALTIMORE, 1430 S MONROE ST, BALTIMORE, MD 21230-1726 | |
| 10925 | DIRECTOR OF FINANCE - BALTIMORE, 200 HOLLIDAY ST, BALTIMORE, MD 21202 | |
| 10925 | DIRECTOR OF FINANCE, 200 N HOLLIDAY ST, BALTIMORE, MD 21202 | |
| 10925 | DIRECTOR OF FINANCE, 210 GUILFORD AVE 2ND FLR, BALTIMORE, MD 21202 | |
| 10925 | DIRECTOR OF FINANCE, BUREAU OF TREASURY MANAGEMENT, 200 N. HOLLIDAY ST., BALTIMORE, MD 21202 | |
| 10925 | DIRECTOR OF FINANCE, FIRE PREVENTION BUREAU, 414 N. CALVERT ST. 2ND FL., BALTIMORE, MD 21202 | |
| 10925 | DIRECTOR OF FINANCE, PO BOX 3370, ELLICOTT CITY, MD 21041-3370 | |
| 10925 | DIRECTOR OF FINANCE, PO BOX 64502, BALTIMORE, MD 21202 | |
| 10925 | DIRECTOR OF FINANCE, PO BOX 64502, BALTIMORE, MD 21264-4502 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DIRECTOR PROPERTY VALUATN, 915 SW HARRISON ST, TOPEKA, KS 66612-1585 | |
| 10925 | DIRECTOR WASTE MGMT DIVISION US EPA, JFK FEDERAL BLDG HRS-CAN3, BOSTON, MA 02203 | |
| 10924 | DIRECTORATE OF MAINT. & LOGISTICS, C/O HARPER ROBINSON & CO., 810-R OREGON AVENUE, LINTHICUM, MD 21090 | |
| 10924 | DIRECTORATE OF MAINT. & LOGISTICS, C/O INTERTANS, 3540 OSCAR JOHNSON DRIVE, CHARLESTON, SC 29405 | |
| 10924 | DIRECTORATE OF MAINT. & LOGISTICS, C/O INTERTRANS, 3540 OSCAR JOHNSON DRIVE, CHARLESTON, SC 29405 | |
| 10924 | DIRECTORATE OF MAINT. & LOGISTICS, G.H.Q. BAHRAIN DEFENCE FORCE, STATE OF BAHRAIN, 0BHR | *VIA Deutsche Post* |
| 10925 | DIRECTORY OF DIRECTORS CO, PO BOX 462, SOUTHPORT, CT 06490-0462 | |
| 10925 | DIRECTV, PO BOX 100746, PASADENA, CA 91189-0746 | |
| 10925 | DIRECTV, PO BOX 78626, PHOENIX, AZ 85062-8626 | |
| 10924 | DIREX C A, C/O, .?, VENZUALA | *VIA Deutsche Post* |
| 10924 | DIREX C A, PASEO LAS INDUSTRIAS LOCAL M-34, VALENCIA EDO CARABOBO, VENZUALA | *VIA Deutsche Post* |
| 10925 | DIRING, MICHAEL, 1266 CIRCLE DR, GREEN BAY, WI 54303 | |
| 10925 | DIRK BAILEY, 6507 ELMGROVE ROAD, SPRING, TX 77389-3620 | |
| 10925 | DIRK CHILDERS, 2218 RAINBOW DR, ST LOUIS, MO 63125-3274 | |
| 10925 | DISABILITY, BENEFIT, COIUN, NY, NY 10056 | |
| 10925 | DISABILIY, EAST HAMPTON, SOL, NY, NY 10078 | |
| 10925 | DISABLED QUARTERLY, 312 WEST 8TH ST SUITE 174, CORONA, CA 91720 | |
| 10925 | DISABLED REVIEW, THE, 3045 S ARCHIBALD AVE, ONTARIO, CA 91761 | |
| 10924 | DISAC CIA LTDA, CACHA Y 9 DE AGOSTO (CALDERON), QUITO, ECU | *VIA Deutsche Post* |
| 10924 | DISBURSING OFFICER, 805 WALKER STREET, MARIETTA, GA 30060 | |
| 10925 | DISBURSING OFFICER, NAVSURFWAR CENTER, 101 STRAUSS AVE, INDIAN HEAD, MD 20640 | |
| 10925 | DISCFLO CORPORATION, 1817 JOHN TOWERS AVE, EL CAJON, CA 92020 | |
| 10925 | DISCH, KURT, 1401 WILLIAMS, ROUND LAKE BEACH, IL 60073 | |
| 10925 | DISCH, PATRICK, 113 LIETMEYER ST., NEW IBERIA, LA 70560 | |
| 10925 | DISCIULLO, PATRICIA, 831 SEVEM MILE RD, HOPE, RI 02931-1852 | |
| 10925 | DISCLOSURE INC, ATTN DEBORAH CAMILO, 5161 RIVER RD, BETHESDA, MD 20816-1507 | |
| 10925 | DISCLOSURE INC., PO BOX 360922, PITTSBURGH, PA 15251-6922 | |
| 10925 | DISCLOSURE, PO BOX 360922, PITTSBURGH, PA 15251 | |
| 10925 | DISCLOSURE, PO BOX 360922, PITTSBURGH, PA 15251-6922 | |
| 10925 | DISCLOSURE, PO BOX 64352, BALTIMORE, MD 21264-4352 | |
| 10924 | DISCOUNT HOME IMPROVEMENT, 4490 SHELTON HILL RD, PARIS, TX 75462 | |
| 10925 | DISCOUNT LOCKSMITH & SAFE, POBOX 3, LAMBERTVILLE, MI 48144 | |
| 10925 | DISCOUNT PROPANE, 546 S SHELL ROAD, DEBARY, FL 32713 | |
| 10925 | DISCOVERY CRUISES, INC, 1580 ELLER DR. SUITE 402, FORT LAUDERDALE, FL 33316 | |
| 10925 | DISCOVERY SCHOOLHOUSE, INC, 865 BRUSH HILL RD., MILTON, MA 02186 | |
| 10925 | DISESA, J., 112 PILGRIM DRIVE, GREENWICH, CT 06831 | |
| 10925 | DISESSA, NANCY, 60 MONTGOMERY ST, WESTFIELD, MA 01085 | |
| 10925 | DISGDIERTT, DANIEL, 16785 S.W. 5TH WAY, FT LAUDERDALE, FL 33326 | |
| 10925 | DISHON, JOHN, 105 WINSTON PLACE, ST JOSEPH, MO 64506-3147 | |
| 10925 | DISHONG, CANDICE, 1022 BROADWAY STR, CUYAHOGA FALLS, OH 44221 | |
| 10925 | DISHONG, GAY, 816 CRAFT ST, LAKE CHARLES, LA 70601-0000 | |
| 10925 | DISHONG, WINNIE, 816 CRAFT ST, LAKE CHARLES, LA 70601 | |
| 10925 | DISISTO, SHERYL, 117 SUFFIELD ST, AGAWAM, MA 01101 | |
| 10925 | DISK INTERCHANGE SERVICE CO., 15 STONY BROOK ROAD, WESTFORD, MA 01886 | |
| 10925 | DISMAN, AMY, 3400 VARSITY APT.2013, TYLER, TX 75701 | |
| 10924 | DISNEY ALL STAR HOTEL, 3499 BUENA VISTA DRIVE, LAKE BUENA VISTA, FL 32830 | |
| 10924 | DISNEY AT EPCOT, EPCOT COMMUNICORE, LAKE BUENA VISTA, FL 32830 | |
| 10924 | DISNEY PARKING, 111 S. GRAND, LOS ANGELES, CA 90001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DISNEY, HENRY, 8045 HIGHPOINT RD, CLEARWATER BEACH, MD 21226

10925   DISNEY, PRESTON, 25 FIRST AVE MARLEY PARK, GLEN BURNIE, MD 21061

10925   DISNEY, RAY, 689 DUVALL HWY, PASADENA, MD 21122

10925   DISNEY, RONALD, 410 W MARR ST, HOBBS, NM 88240

10925   DISNEY, RUSSELL, BOX 251, GREAT CACAPON, WV 25422

10924   DISNEYLAND CONCERT HALL, ANAHEIM, CA 92815

10925   DISNEYLAND HOTEL, POBOX 4000, ANAHEIM, CA 92803-4000

10925   DISNEYLAND, PO BOX 4708, ANAHEIM, CA 92803-4708

10924   DISNEYWORLD(LIBERTY SQ.TUNNEL &, C/O ADAMS, PLUTO PARK, ORLANDO, FL 32802

10925   DISON, P, 117 LUCAS LANE, STATESVILLE, NC 28677

10925   DISPATCH RIDERS, INC, 2600 SOUTHWEST FWY. #901, HOUSTON, TX 77098

10925   DISPENSA-MATIC LABEL DISPENSERS, 725 NORTH 23RD ST, SAINT LOUIS, MO 63103

10924   DISPERSION SAMPLES, JEREMY GRAY, CAMBRIDGE, MA 02140

10924   DISPERSION SPECIALTIES, INC., 11237 NORTH LEADBETTER ROAD, ASHLAND, VA 23005

10924   DISPERSION SPECIALTIES, INC., PO BOX 2077, ASHLAND, VA 23005

10925   DISPLAY AND SIGN CENTER INC, POBOX 74, LINE LEXINGTON, PA 18932

10925   DISPLAYS AND TECHNOLOGIES INC, 14511 NE 13TH AVE, VANCOUVER, WA 98685

10925   DISPLAYS AND TECHNOLOGIES INC, PO BOX 3501, VANCOUVER, WA 98668-3333

10925   DISPLAYTECH INC, 2200 CENTRAL AVE SUITE A, BOULDER, CO 80301

10925   DISQUE, KELLY, PO BOX 20, TOWNSEND, DE 19734

10925   DISSELHORST, DOUGLAS, 4052 FIELDS ROAD, IOWA PARK, TX 76367

10925   DISSETTE, GLEN, 1943 SOUTH POPLAR ST, CASPER, WY 82601

10925   DISSMORE, WILLIAM, 33698 BARDWELL RD., PINE, CO 80470

10925   DISSTON, RAYMOND, 106 CRESCENT HILL AVE, ARLINGTON, MA 02174

10924   DIST MEMORIAL HOSPITAL, 415 WHITAKER LANE, ANDREWS, NC 28901

10925   DISTANT REPLAYS-ATLANTA, BILL GOETZ ANDY HYMAN, 310 E PACES FERRY RD NE, ATLANTA, GA 30305

10925   DISTASIO, LAURA M, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DISTASIO, LAURA, 51 NEWLAND ROAD, ARLINGTON, MA 02174

10924   DISTEFANO CONSTRUCTION CO., P.O. BOX 1296, ALBANY, NY 12201

10924   DISTEFANO CONSTRUCTION, 820 SOUTH PEARL STREET, ALBANY, NY 12201

10925   DISTELZWEIG, STEVEN, 3775 POTOMAC ST, GROVEPORT, OH 43125

10925   DISTRIBUTION CENTER II, DEPT. 631598, CINCINNATI, OH 45263-1598

10924   DISTRIBUTION CENTER, THE, 3650 N. 40TH AVE., PHOENIX, AZ 85109

10924   DISTRIBUTION INTERNAT, PO BOX 4017, CORPUS CHRISTI, TX 78469

10924   DISTRIBUTION INTERNATIONA, 1402 NO.TANCAHUA ST, CORPUS CHRISTI, TX 78401

10924   DISTRIBUTION INTERNATIONAL, CAMBRIDGE, MA 02140

10925   DISTRIBUTION SPECIALISTS,INC, PO BOX 691556, CINCINNATI, OH 45269-1556

10924   DISTRIBUTOR PROCESSING CORP, 17656 AVE 168, PORTERVILLE, CA 93257

10924   DISTRIBUTOR PROCESSING, 17656 AVE #168, PORTERVILLE, CA 93257

10925   DISTRIBUTORS ASSOCIATION, PO BOX 8824, EMERYVILLE, CA 94662-0824

10924   DISTRIBUTOR'S EXPRESS, 1300 NORTHBROOK PARKWAY, SUWANEE, GA 30024

10924   DISTRIBUTORS GROUP, INC, 711 W PICKARD, MOUNT PLEASANT, MI 48858

10925   DISTRICT 65 EDUCATIONAL FUND, 71 5TH AVE. 6TH FL., NEW YORK, NY 10003

10925   DISTRICT ATTORNEY COUNTY OF ORANGE, POBOX 448, SANTA ANA, CA 92702-0448

10925   DISTRICT COURT OF MARYLAND, PO BOX 6676, ANNAPOLIS, MD 21401-0676

10925   DISTRICT DIRECTOR, IRS, 409 SILVERSIDE RD, WILMINGTON, DE 19809

10924   DISTRICT ENERY SERVICES, 76 W. KELLOGG BLVD., SAINT PAUL, MN 55102

10925   DISTRICT OF COLUMBIA ATTY GENERAL, ATTN: ROBERT RIGSBY, OFFICE OF THE CORP COUNSEL, 441 4TH ST NW, WASHINGTON, DC 20001

10925   DISTRICT OF COLUMBIA BAR, 1250 H ST NW 6TH FL, WASHINGTON, DC 20005-5937

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DISTRICT OF COLUMBIA BAR, PO BOX 96125, WASHINGTON, DC 20090-6125 | |
| 10925 | DISTRICT OF COLUMBIA BAR, THE, DEPT. 135, WASHINGTON, DC 20055-0135 | |
| 10925 | DISTRICT OF COLUMBIA BAR, THE, PO BOX 96125, WASHINGTON, DC 20090-6125 | |
| 10925 | DISTRICT OF COLUMBIA BAR, THE, POBOX 79834, BALTIMORE, MD 21279-0834 | |
| 10925 | DISTRICT OF COLUMBIA DEPT OF HEALTH, 825 N CAPITOL ST NE, RM 4165, WASHINGTON, DC 20002 | |
| 10925 | DISTRICT OF COLUMBIA DEPT OF HEALTH, 825 N CAPITOL ST NE, ROOM 4165, WASHINGTON, DC 20002 | |
| 10925 | DISTRICT OF COLUMBIA GENERAL HOSPITAL, INTERIM GEN MGR/CEO, D.C. HEALTH & HOSPITALS PUBLIC BENE, 1900 MASSACHUSETTS AVE SE #1450, WASHINGTON, DC 20003 | |
| 10925 | DISTRICT OF COLUMBIA GOVERNMENT, DEPT OF HEALTH ENVIR, BUR OF FOOD DRUG & RADIATION P, 51 N ST NW 6TH FL, WASHINGTON, DC 20002 | |
| 10925 | DISTRICT OF COLUMBIA, 941 NORTH CAPITOL ST, NE, WASHINGTON, DC 20002 | |
| 10925 | DISTRICT OF COLUMBIA, OFFICE OF TAX & REVENUE, 941 N CAPITOL ST, NE, WASHINGTON, DC 20002 | |
| 10925 | DISTRICT RECOVERY INC, 7450 S ARCHER ROAD, JUSTICE, IL 60458 | |
| 10925 | DITCHMAN, JOHN, 1005 STATION CLUB DRIVE, MARIETTA, GA 30060 | |
| 10924 | DI-TEC INTERNATIONAL, 1850 LUCKY LANE, SIMI VALLEY, CA 93063 | |
| 10924 | DI-TEC INTERNATIONAL, 4685 RUNWAY STREET, SIMI VALLEY, CA 93063 | |
| 10925 | DITTHARDT, ROBERT, 6316 BRAIDWOOD OVERLOOK, ACKWORTH, GA 30101 | |
| 10924 | DITTMAR CO., 5550 COLUMBIA PIKE, ARLINGTON, VA 22204 | |
| 10925 | DITTMAR, CATHERINE G, 1030 W WAYLAND DR, OAK CREEK, WI 53154-2829 | |
| 10925 | DITTMAR, STACY, 5407 WATERCRESS PL, COLUMBIA, MD 21045 | |
| 10925 | DITTO, DARLA, 5439 GREEN PINES, HOUSTON, TX 77066 | |
| 10925 | DITTO, JR, JOHN H, TITLE AMERICA, 5500 STERRETT PL #200, COLUMBIA, MD 21044 | |
| 10925 | DITTO, MICHAEL, 1610 MOCKINGBIRD CT, FLORENCE, AL 35630 | |
| 10924 | DITTY DRUM, INC., 410 WEST WALNUT, ORANGE, CA 92666 | |
| 10925 | DITULLIO, LISA, 146 CLEVELAND AVE, BRAINTREE, MA 02184 | |
| 10925 | DIUGUID, TRACEY, 6804 TULIP HILL TR, BETHESDA, MD 20816 | |
| 10925 | DIV. OF CHILD SUPPORT ENFORCEMENT, PO BOX 570, RICHMOND, VA 23204-0570 | |
| 10924 | DIV.7/PROSPECT IND., 118 ACACIA LANE, STERLING, VA 20166 | |
| 10924 | DIV.7/PROSPECT INDUSTRIES, 118 ACACIA LANE, OAK GROVE, VA 22170 | |
| 10924 | DIV.7/PROSPECT INDUSTRIES, 118 ACACIA LANE, STERLING, VA 20170 | |
| 10924 | DIVAL SAFETY EQUIPMENT, 1721 NIAGRA STREET, BUFFALO, NY 14207 | |
| 10924 | DIVAL SAFETY, 1721 NIAGARA STREET, BUFFALO, NY 14207 | |
| 10924 | DIVAL SAFTEY EQUIPMENT, 2000 RIVER ROAD, TONAWANDA, NY 14150 | |
| 10925 | DIVAN, IZZY, 8413 MAY ST, TAMPA, FL 33614 | |
| 10924 | DIVE, THE, LAS VEGAS BLVD & SPRING MOUNTAIN, LAS VEGAS, NV 89101 | |
| 10925 | DIVECCHIO & ASSOCIATES, 1908 COVEY COURT, IRVING, TX 75060 | |
| 10924 | DIVELAB, 1415 MOYLAN ROAD, PANAMA CITY BEACH, FL 32407 | |
| 10925 | DIVEN, DANIEL, 7200 RIVER DRIVE RD, BALTIMORE, MD 21219 | |
| 10924 | DIVER'S SUPPLY, 2396 BELLE CHASSE HIGHWAY, GRETNA, LA 70056 | |
| 10924 | DIVER'S SUPPLY, PO BOX1663, GRETNA, LA 70054 | |
| 10924 | DIVERSEY CHEMICAL MANAGEMENT SVCS I, 6067 CORPORATE DRIVE, EAST SYRACUSE, NY 13057 | |
| 10925 | DIVERSEY CHEMICAL, 3335 AMBROSE, NASHVILLE, TN 37207 | |
| 10925 | DIVERSEY LEVER INC, DEPT 90301, DETROIT, MI 48267-0903 | |
| 10925 | DIVERSEY LEVER/DUBOIS CHEM, SUITE 1200, CINCINNATI, OH 45263-0222 | |
| 10924 | DIVERSIFIED BRANDS, 3818 EAST CORONADO STREET, ANAHEIM, CA 92807 | |
| 10924 | DIVERSIFIED CONCRETE, P O BOX 86, WOODLAND, WA 98674 | |
| 10924 | DIVERSIFIED CONCRETE, POST OFFICE BOX 86, WOODLAND, WA 98674 | |
| 10925 | DIVERSIFIED CONTROL SYSTEMS, 558 MASSEY RD #1, QUELCH, ON CANADA | *VIA Deutsche Post* |
| 10925 | DIVERSIFIED CONTROLS, 400 PEACHTREE IND BLVD, SUITE 5 OFFICE 135, SUWANEE, GA 30024 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DIVERSIFIED ELECTRICAL, 621 HOPKINS ST., BALTIMORE, MD 21225-3848

10924   DIVERSIFIED ENTERPRISES, 14039 GARLON ROAD, GONZALES, LA 70737

10924   DIVERSIFIED ENTERPRISES, 18370 WATTS RD, LIVINGSTON, LA 70754

10925   DIVERSIFIED ENTERPRISES, 91-N MAIN ST, CLAREMONT, NH 03743

10925   DIVERSIFIED FABRICATORS INC., 1325 HWY 41 BYPASS SOUTH, GRIFFIN, GA 30224

10924   DIVERSIFIED FABRICS, INC., 303 RUPPE STREET, KINGS MOUNTAIN, NC 28086

10925   DIVERSIFIED FINANCIAL PRODUCTS INC, AEGON CENTER, LOUISVILLE, KY 40202

10924   DIVERSIFIED FIRE PROTECTION INC, 3324 PELTON ST HAWTHORNE # 2102, CHARLOTTE, NC 28217

10925   DIVERSIFIED FOAM PRODUCTS INC, 2330 S YALE ST, SANTA ANA, CA 92704

10925   DIVERSIFIED INDUSTRIES, 3 TEAL ROAD, WAKEFIELD, MA 01880

10925   DIVERSIFIED INSULATION INC (WRG), PO BOX 582, WELLSVILLE, KS

10924   DIVERSIFIED INTERIOR, PO BOX 220307, EL PASO, TX 79913

10924   DIVERSIFIED INTERIORS INC., 4750 RIPLEY, EL PASO, TX 79922

10925   DIVERSIFIED MAILING, 1301 BRUTON ST, FULLERTON, CA 92633

10925   DIVERSIFIED MAINTENANCE, 292 HILLTOP DR, LONGWOOD, FL 32750

10925   DIVERSIFIED MATERIAL HANDLING, PO BOX 430, HOLLAND, OH 43528

10925   DIVERSIFIED OFFICE PRODUCTS, INC, SUITE 110C, DALLAS, TX 75201

10925   DIVERSIFIED PRODUCTS, 4440 SUMMER AVE, MEMPHIS, TN 38122

10925   DIVERSIFIED PUMP & COMPRESSOR, 3 TEAL ROAD, WAKEFIELD, MA 01880

10925   DIVERSIFIED STAFFING, INC, 19 EAST POWERS AVE, LITTLETON, CO 80121

10924   DIVERSIFIED SUPPLY, 33310 STERLINGTON ROD., MONROE, LA 71203

10924   DIVERSIFIED SUPPLY, PO BOX 5645, CHATTANOOGA, TN 37406

10924   DIVERSIFIED SYSTEMS INC, 3939 W 56TH STREET, INDIANAPOLIS, IN 46254

10924   DIVERSIFIED THERMAL INC, 1501 KNOX, HOUSTON, TX 77024

10924   DIVERSIFIED THERMAL INC, 6727 SIGNAT DRIVE, HOUSTON, TX 77041-2714

10924   DIVERSIFIED THERMAL INC., CAMBRIDGE, MA 02140

10924   DIVERSIFIED THERMAL, 1501 KNOX STREET, HOUSTON, TX 77007

10924   DIVERSIFIED THERMAL, 601 CLAY AVE., WACO, TX 76706

10924   DIVERSIFIED THERMAL, 6727 SIGNAT DRIVE, HOUSTON, TX 77041-2714

10924   DIVERSIFIED THERMAL/AKINS SCHOOL, 10600 OLD SAN ANTONIO RD., AUSTIN, TX 78748

10925   DIVERSIFIED WELDING & MACHINING INC, 3631 LIBERTY SQUARE, FORT MYERS, FL 33908

10924   DIVERSIFIED/NOLANVILLE SCHOOL, 901 OLD NOLANVILLED RD., NOLANVILLE, TX 76559

10924   DIVERSITECH CORP, 1512 COVINGTON HWY, CONYERS, GA 30012

10925   DIVERSITECH CORP, 1512 OLD COVINGTON ROAD, CONYERS, GA 30012

10924   DIVERSITECH CORP., 1512 COVINGTON HGWY., CONYERS, GA 30012

10924   DIVERSITECH CORP., 1512 OLD COVINGTON HWY., CONYERS, GA 30012

10924   DIVERSITECH CORP., CONYERS, GA 30207

10925   DIVERSITY SEARCH PARTNERS LLC, 44961 BOURNE TERRACE, ASHBURN, VA 20147

10925   DIVETTA, ANNA, 26685 CAPTAINS LANE, FRANKLIN VILLAGE, MI 48025

10924   DIVEX, 123 LAWAND DR., COLUMBIA, SC 29210

10925   DIVILBISS ELECTRONICS, 1912 ROBERT DR, CHAMPAIGN, IL 61821

10925   DIVINA, FILOMENA, 320 CATOR AVE, JERSEY CITY, NJ 07305

10924   DIVINE CONCRETE, INC., 500 HIGHWAY 18, BONESTEEL, SD 57317

10924   DIVINE CONCRETE, INC., P.O. BOX 140, BONESTEEL, SD 57317

10924   DIVINE CONCRETE, INC., W. HIGHWAY 12, SPENCER, NE 68777

10925   DIVINE, ERRAN, 5191 CR 190, JOPLIN, MO 64801

10925   DIVINE, INC, 1301 N. ELSTON AVE, CHICAGO, IL 60622

10925   DIVINE, LEANNA, 1316 SUNSET, LIBERAL, KS 67901

10925   DIVINE, RONALD, 26630 MISSION BELLEVIEW, LOUISBURG, KS 66053-9527

10924   DIVISION 357, SPECIALTIES, INC., FRIDLEY, MN 55432

10924   DIVISION 7 INC., 320 B NORTHGATE DRIVE, WARRENDALE, PA 15086

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   DIVISION NINE CONTRACTING, 4047 E SUPERIOR AVE, PHOENIX, AZ 85047

10924   DIVISION NINE CONTRACTING, INC., 4047 E. SUPERIOR AVE., PHOENIX, AZ 85040

10924   DIVISION NINE/APOLLO GROUP, TEMPE, AZ 85280

10924   DIVISION NINE/ARIZONA FEDERAL, PHOENIX, AZ 85004

10924   DIVISION NINE/BLUE BURRITO, DIVISION NINE, 420 S. MILL #101, TEMPE, AZ 85281

10924   DIVISION NINE/CAMELBACK ESPLANADE, EAST CAMELBACK ROAD, PHOENIX, AZ 85016

10924   DIVISION NINE/CHANDLER HOSP ONCONGL, 1875 W. FRYE, CHANDLER, AZ 85224

10924   DIVISION NINE/GOOD SAMARITAN HOSP., DIVISION NINE, 1111 E. MCDOWELL, PHOENIX, AZ 85006

10924   DIVISION NINE/HEARD MUSEUM, 22 E. MONTE VISTA, PHOENIX, AZ 85019

10924   DIVISION NINE/HOMEWOOD SUITES, #101, CHANDLER, AZ 85224

10924   DIVISION NINE/JOHN C. LINCOLN HOSP., DEER VALLEY EMERGENCY EXTENSION, PHOENIX, AZ 85019

10924   DIVISION NINE/NORTH HIGH SCHOOL, 1101 E. THOMAS, PHOENIX, AZ 85063

10924   DIVISION NINE/ONE N. FIRST ST., PHOENIX, AZ 85019

10924   DIVISION NINE/ONE NORTH FIRST ST., FIRST ST., PHOENIX, AZ 85063

10924   DIVISION NINE/POLAR ICE CHANDLER, CHANDLER, AZ 85224

10924   DIVISION NINE/REEBOCK @ARIZONA MILL, TEMPE, AZ 85280

10924   DIVISION NINE/SCOTTSDALE FASHION SQ, SCOTTSDALE, AZ 85250

10924   DIVISION NINE/SCOTTSDALE HEALTH, DIVISION NINE, 7400 E. OSBORNE, SCOTTSDALE, AZ 85250

10924   DIVISION NINE/SCOTTSDALE MEMORIAL, SCOTTSDALE, AZ 85250

10924   DIVISION NINE/STARBUCKS, 420 S. MILL AVE., TEMPE, AZ 85281

10924   DIVISION NINE/TARGET #141, 2727 W. AGUA FRIA FRWY., PHOENIX, AZ 85019

10924   DIVISION NINE/TAYLOR JR HIGH SCHOOL, 705 SOUTH 32ND STREET, MESA, AZ 85204

10925   DIVISION OF FUEL CHEMISTRY, ACS, PO BOX 2008, OAK RIDGE, TN 37831-6197

10925   DIVISION OF HYDROGEOLOGY LAND & WAS, JUDY CANOVA PRO MGR HYDROGEOLOGIST, 2600 BULL ST, CO, SC 29201

10925   DIVISION OF MANAGEMENT SERVICES, POBOX 3331, SPRINGFIELD, IL 62708-3331

10925   DIVISION OF PROPERTY VALU, ROBERT DOCKING OFFIC BLDG, TOPEKA, KS 66612-1585

10925   DIVISION OF REGULATORY SERVICES, 103 REGULATORY SERV. BLVD., LEXINGTON, KY 40546-0275

10925   DIVISION OF STATE DOCUMENTS, PO BOX 2249, ANNAPOLIS, MD 21404-2249

10925   DIVITO, JAMES, 117 ROBERT RD, HOLLISTON, MA 01746

10925   DIVO, CAROLINA, 1409 ROPER MTN RD#360, GREENVILLE, SC 29615

10925   DIX, CYNTHIA, 3241 GATES AVE, ATLANTA, GA 30319

10925   DIX, MARY, 3601 E. BONANZA, LAS VEGAS, NV 89110

10925   DIX, WILLIAM, 115 CALADIUM LOUP, ROYAL, AR 71968

10925   DIXEY, DAVID, PO BOX 2305, CHERRY HILL, NJ 08034

10924   DIX-HILL GROUP, INC., 4714 ST. BARNABAS RD, TEMPLE HILLS, MD 20748

10925   DIXIE A ALEXANDER &, DIANA L ALEXANDER JT TEN, 2509 RALEIGH, WICHITA, KS 67219-4812

10925   DIXIE AWNING, 215 THIRD AVE, BIRMINGHAM, AL 35204

10925   DIXIE BEARINGS, INC, 22647 NETWORK PL, CHICAGO, IL 60673

10924   DIXIE BUILDING MATERIALS, 7123 FORSHEY ST, NEW ORLEANS, LA 70125

10924   DIXIE BUILDING MATERIALS, 7123 FORSHEY ST, NEW ORLEANS, LA 70185

10924   DIXIE BUILDING MATERIALS, MAIN PLANT, NEW ORLEANS, LA 70125

10925   DIXIE CANNER COMPANY, PO BOX 1348, ATHENS, GA 30603

10924   DIXIE CHEMICAL COMPANY, 10345 CHEMICAL ROAD, PASADENA, TX 77507

10924   DIXIE CHEMICAL COMPANY, 10701 BAY AREA BLVD., PASADENA, TX 77507

10924   DIXIE CHEMICAL COMPANY, GATE #4, 10901 BAY AREA ROAD, PASADENA, TX 77507

10924   DIXIE CONCRETE PRODUCTS, 3300 NO. LIBERTY ST., WINSTON SALEM, NC 27105

10924   DIXIE CONCRETE PRODUCTS, 3300 NO. LIBERTY STREET, WINSTON-SALEM, NC 27105

10924   DIXIE CRYSTAL FOOD SVC, PO BOX 9177, SAVANNAH, GA 31412

10924   DIXIE CRYSTAL FOOD, 3000 TREMONT ROAD, SAVANNAH, GA 31405

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  DIXIE CRYSTAL FOOD, PO BOX 9177, SAVANNAH, GA 31412

10924  DIXIE CUT STONE & MARBLE, 6128 DIXIE HWY, BRIDGEPORT, MI 48722

10924  DIXIE CUT STONE AND MARBL, 6128 DIXIE HWY, BRIDGEPORT, MI 48722

10925  DIXIE FENCE INC, PO BOX 25, CLINTON, SC 29325-0025

10924  DIXIE FORMING & BLDG SPEC, 6744 NETHERLANDS DRIVE, WILMINGTON, NC 28405

10924  DIXIE FORMING & BUILD SPEC, 6744 NETHERLANDS DRIVE, WILMINGTON, NC 28405

10925  DIXIE I VAN HOVE, 3901 FOREST ACRES, COLUMBIA, MO 65203-9485

10925  DIXIE INDOOR GUN RANGE, 800 N.E. 45TH ST, OAKLAND PARK, FL 33334

10925  DIXIE INDUSTRIAL COATINGS, INC, 3900 NORTH HAWTHORNE ST., CHATTANOOGA, TN 37406

10925  DIXIE INDUSTRIAL COATINGS, INC, PO BOX 5130, CHATTANOOGA, TN 37406

10925  DIXIE INDUSTRIAL EQUIPMENT CO, PO BOX 110038, BIRMINGHAM, AL 35211-0038

10924  DIXIE INDUSTRIAL SERVICES, PO BOX15665, HOUSTON, TX 77020

10925  DIXIE INDUSTRIAL SUPPLY, HWY 74 EAST, SHELBY, NC 28152-9998

10925  DIXIE INDUSTRIAL SUPPLY, PO BOX 60128, CHARLOTTE, NC 28260

10925  DIXIE INDUSTRIAL SUPPLY, POBOX 905477, CHARLOTTE, NC 28290-5477

10925  DIXIE MEDICAL CENTER, PO BOX 30180, SALT LAKE CITY, UT 84130

10925  DIXIE MIDWEST EXPRESS INC, PO BOX 372, GREENSBORO, AL 36744

10925  DIXIE PACKING & GASKET CO. INC., 2310 SWEETWATER INDUSTRIAL BLVD., LITHIA SPRINGS, GA 30122-2882

10925  DIXIE PACKING & GASKET COMPANY INC, 973 MARIETTA ST NW, ATLANTA, GA 30318

10924  DIXIE PAINT & COATINGS, 556 W. VINE STREET, OPELOUSAS, LA 70570

10924  DIXIE PLATE GLASS, 6773 VALLEY PIKE, MIDDLETOWN, VA 22645

10925  DIXIE POLY-DRUM CORP., 28 DIXIE POLY DR., YEMASSEE, SC 29945

10924  DIXIE POOL & SUPPLY CO, P O BOX 3372, CHARLOTTE, NC 28203

10924  DIXIE READY MIX CONCRETE, 1320 OLD JACKSBORO PIKE, LA FOLLETTE, TN 37766

10924  DIXIE READY MIX INC, HWY 167 SOUTH, WINNFIELD, LA 71483

10924  DIXIE READY MIX INC, PO BOX 588, WINNFIELD, LA 71483

10924  DIXIE READY MIX, P.O.BOX 316, CELINA, TN 38551

10924  DIXIE REDI MIX, 1104 M ST, WAYCROSS, GA 31502

10924  DIXIE REDI MIX, 402 W 11TH ST, ALMA, GA 31510

10924  DIXIE REDI MIX, ATTN:  ACCOUNTS PAYABLE, WAYCROSS, GA 31502

10924  DIXIE REDI MIX, ATTN;  ACCOUNTS PAYABLE, WAYCROSS, GA 31502

10924  DIXIE REDI MIX, DIV OF DIXIE CONC SER, WAYCROSS, GA 31502

10924  DIXIE REDI MIX, HOMERVILLE, GA 31634

10924  DIXIE REDI MIX, HWY 82, NAHUNTA, GA 31553

10925  DIXIE RUBBER INC, PO BOX 6554, GREENVILLE, SC 29606-6554

10925  DIXIE STAFFING SERVICES, PO BOX 102268, ATLANTA, GA 30368-2268

10924  DIXIE STAMPEDE, C/O WALTON CONSTRUCTION, BRANSON, MO 65616

10925  DIXIE STRAPPING & TWINE CO.INC, POBOX 129, ODENVILLE, AL 35120

10925  DIXIE TRUCKERS HOME, PO BOX 1426, LA SALLE, IL 61301

10925  DIXIE, WILLIAM, 4520 E VINEYARD, PHOENIX, AZ 85040

10925  DIXIEPAC, PO BOX 129, ODENVILLE, AL 35120

10925  DIXIT JR, SHYAM, 21940 W KATHY LN, HAWTHORNE WOODS, IL 60047

10925  DIXIT, JAY, 3 CAROL AVE, BURLINGTON, MA 01803

10925  DIXIT, RAKESH, 3 CHESTNUT AVE, BURLINGTON, MA 01803

10925  DIXIT, SHYAM, 29669 N WAUKEGAN RD #212, LAKE BLUFF, IL 60040

10925  DIXON AND DESPAIN, 111 WEST 2ND, MOUNTAIN VIEW, WY 82601-2467

10925  DIXON GRAPHITE PRODUCTS, PO BOX 60684, CHARLOTTE, NC 28260

10924  DIXON MARQUETTE CEMENT, BOX 467, DIXON, IL 61021

10924  DIXON MARQUETTE CEMENT, E RIVER RD, DIXON, IL 61021

10924  DIXON MARQUETTE CEMENT, P O BOX 467, DIXON, IL 61021

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DIXON ODEM BUILDING, EAST CHESTER DRIVE, HIGH POINT, NC 27261 | |
| 10925 | DIXON PALLET SERVICE, 10340 SO LOWE, CHICAGO, IL 60628 | |
| 10925 | DIXON, BERNADETTE, 6777 RASBERRY LN, SHREVEPORT, LA 71129 | |
| 10925 | DIXON, BEVERLY, 3336 W. 4TH ST., FORT WORTH, TX 76107 | |
| 10925 | DIXON, CHARLES, PO BOX 8096, GREENWOOD, SC 29649 | |
| 10925 | DIXON, CHERYL, 3427 WILLOWOOD, SAN ANTONIO, TX 78219 | |
| 10925 | DIXON, CHRISTOPHER, 1404 LONGCREEK DRIVE, COLUMBIA, SC 29210 | |
| 10925 | DIXON, CLARENCE, 7334 S MAPLEWOOD, CHICAGO, IL 60629 | |
| 10925 | DIXON, DAMIEN, 9224 RIDGEFIELD CIRCLE, FREDERICK, MD 21701 | |
| 10925 | DIXON, DAVID, 10352 LEAR ST, SPRING HILL, FL 34608 | |
| 10925 | DIXON, DAVID, 16 DWIGHT ROAD, NOTTINGHAM, NH 03290 | |
| 10925 | DIXON, DAVID, 5429 PEMBROKE AVE, BALTIMORE, MD 21206 | |
| 10925 | DIXON, DEBORAH, 309 LEWIS ST, SOMERSET, NJ 08873 | |
| 10925 | DIXON, DEBRA, 19 OAKLAWN DR, OCEAN SPRINGS, MS 39564 | |
| 10925 | DIXON, DIANNE, 1303 DORAN, ANDREWS, TX 79714 | |
| 10925 | DIXON, FAYE, 1319 SMOHEHOUSE, MESQUITE, TX 75149 | |
| 10925 | DIXON, FRANCILLA, 101-09 34 AVE, CORONA, NY 11368 | |
| 10925 | DIXON, GWENDOLYN, 1219 E POWHATTAN, TAMPA, FL 33604 | |
| 10925 | DIXON, HARRY, 1010 AMERICAN EAGLE BLVD., B-404, SUN CITY CTR, FL 33573 | |
| 10925 | DIXON, JAMES, 145 W. CRYSTAL AVE, LAKE WALES, FL 33853-3233 | |
| 10925 | DIXON, JAMES, 2 BURNHAM COURT, SUGARLAND, TX 77478 | |
| 10925 | DIXON, JENNIFER, 30 CRESCENT AVE, JERSEY CITY, NJ 07304 | |
| 10925 | DIXON, JOHN, 1811 BELLGROVE ST, LAKELAND, FL 33805-2523 | |
| 10925 | DIXON, JOHN, 3426 W HOLLOWAY ROAD, PLANT CITY, FL 33567-8796 | |
| 10925 | DIXON, JOHN, 6 CELCORD POND DRIVE, EXETER, NH 03833 | |
| 10925 | DIXON, JR, NEAL, 1900 68TH ST N #201, ST PETERSBURG, FL 33709 | |
| 10925 | DIXON, KIM DELAYNE, 412 ST ROSE AVE, BATON ROUGE LA, LA 70806 | |
| 10925 | DIXON, LANCE, 3950 JACOBS WAY, LAKE CHARLES, LA 70605 | |
| 10925 | DIXON, LINDA, 1212 PASTEUR ST, NEW BERN, NC 28560 | |
| 10925 | DIXON, LINDA, 616 S MAIN ST, B3, SHREVE, OH 44676 | |
| 10925 | DIXON, LYN, 3405 SW SUNSET TRACE, PALM CITY, FL 34990 | |
| 10925 | DIXON, MARVIN, 140 RIVERPOINT, CLEMSON, SC 29631 | |
| 10925 | DIXON, MARY, 406 MEATHWARD CR, MOORE, SC 29369 | |
| 10925 | DIXON, PAUL, 912 CENTRAL ST, STOUGHTON, MA 02072 | |
| 10925 | DIXON, PEARL, R43 WALTER ST, SALEM, MA 01970 | |
| 10925 | DIXON, PHILIP, 5207 CORNELL, AMARILLO, TX 79109 | |
| 10925 | DIXON, REBECCA, 333 DANIEL COURT, MAULDIN, SC 29662 | |
| 10925 | DIXON, ROBERT, 931 N. WARMAN AVE., INDIANAPOLIS, IN 46222 | |
| 10925 | DIXON, SANDRA, 4701 FLAT SHOALS RD, UNION CITY, GA 30291 | |
| 10925 | DIXON, SHARON, 10508 7TH AVE, INGLEWOOD, CA 90303 | |
| 10925 | DIXON, SHARON, 1119 E SHARPNACK ST, PHILADELPHIA, PA 19150 | |
| 10925 | DIXON, SONYA, 936 HICKMAN ROAD, AUGUSTA, GA 30904 | |
| 10925 | DIXON, SUE, 4234 LUCY ROAD, MILLINGTON, TN 38053 | |
| 10925 | DIXON, THOMAS, 114 HOLCOMB DRIVE, SHREVEPORT, LA 71103 | |
| 10925 | DIXON, VON, 556 JORDAN ROAD, BRYSON CITY, NC 28713 | |
| 10925 | DIXON, WALTER, 1528 NW 6TH AVE, FLORIDA CITY, FL 33034 | |
| 10925 | DIXON, WARREN, 2107 W. VIRGINIA AVE, TAMPA, FL 33607 | |
| 10925 | DIXON, WENDY, 640 RIVER ROAD, WASHINGTON, NC 27889 | |
| 10925 | DIXSON, BRENDA, 12210 RIDGE CORNER, SAN ANTONIO, TX 78247 | |
| 10925 | DIZ TRUCKING, 8530 S 77TH AVE, BRIDGEVIEW, IL 60455 | |
| 10924 | DIZMANG & DIZMANG, 935 TRANCAS ST., NAPA, CA 94558 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DIZON, ALLAN, 8825 ADOBE BLUFFS DR, SAN DIEGO, CA 92129 | |
| 10925 | DIZON, BRIAN, 8827 N. 67TH LANE, GLENDALE, AZ 85345 | |
| 10925 | DIZON, ELVIRA, 133 CAPTAINS CT, VALLEJO, CA 94591 | |
| 10925 | DIZON, NEILA, 14816 HANCOCK CT, CENTERVILLE, VA 22020 | |
| 10925 | DIZON, ORLANDO, 12469 N 83RD DR, PEORIA, AZ 85381 | |
| 10925 | DJ-K PRODUCTIONS, 14346 JUNIPER ST, SAN LEANDRO, CA 94577 | |
| 10925 | DJORDJEVIC, MIOMIR, 3939 NORTH MURRAY AVE., 703, SHOREWOOD, WI 53211 | |
| 10924 | D-K ENGINEERING, 14925 SIERRA BONITA, CHINO, CA 91710 | |
| 10925 | DL EXPORTS INTERNATIONAL, PO BOX 363, LANCASTER, MA 01523 | |
| 10925 | DL LABORATORIES, 116 E 16TH ST, NEW YORK, NY 10003 | |
| 10925 | DL THURROTT / KENTROL C&P, 17 POWDER HILL ROAD, LINCOLN, RI 02865 | |
| 10925 | DL TRANSNATIONAL INC, 225 FRIEND ST 2ND FL, BOSTON, MA 02114 | |
| 10924 | DLA DDMC-E BLDG. 783 K, 2031 IDZOREK ST., MCCLELLAN AIR FORCE BASE, CA 95652-1621 | |
| 10925 | DLP CONSTRUCTION CO INC, 5935 SHILOH ROAD EAST SUITE 200, ATLANTA, GA 30309 | |
| 10925 | DLR INDUSTRIES, INC, 101-G JULIAD CT., FREDERICKSBURG, VA 22406 | |
| 10925 | DLUGAI, NANCY, 1002 DENNEY ST, KNOX, IN 46534 | |
| 10925 | DM PHOTOGRAPHICS, 30 VINE ST, MARLBOROUGH, MA 01752 | |
| 10925 | DM TRANSPORTATION MANAGEMENT SERV., 740 S. READING AVE, BOYERTOWN, PA 19512 | |
| 10924 | DMC CATALYST (PE), C/O CHANNEL 925 W. THORNDALE, HOLCOMB, IL 61043 | |
| 10924 | DMC CATALYST (PE), POST OFFICE BOX 862, PORT ELIZABETH, 06000ZAF | *VIA Deutsche Post* |
| 10924 | DMC-2 CANADA CORPORATION, P.O. BOX 5097, 4261 MAINWAY DRIVE, BURLINGTON, ONTARIO, IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | DMC-2 DEGUSSA METALS CATALISADORES, AV. SAO JERONIMO, 6000 - PREDIO 7,, AMERICANA, SAO PAULO, 13465-990BRAZIL | *VIA Deutsche Post* |
| 10924 | DMC-2 DEGUSSA METALS CATALISADORES, BRAZIL, AV. SAO JERONIMO, 6000 - PREDIO 7,, AMERICANA, SAO PAULO, 13465-990BRAZIL | *VIA Deutsche Post* |
| 10924 | DMC-2 DEGUSSA METALS CATALYSTS CERD, KAT-LOG-M, D-79606 RHEINFELDEN, 99999DEU | *VIA Deutsche Post* |
| 10924 | DMC-2 WERK RHEINFELDEN, UNTERE KANALSTR. 3, DE-79606 RHEINFELDEN, 99999DEU | *VIA Deutsche Post* |
| 10924 | DMD DRYWALL/WILSHIRE POLICE STATION, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | DMG MASONRY INC, 1007 N.COMMERICAL BLVD., ARLINGTON, TX 76001 | |
| 10924 | DMG PLASTERING & STUCCO, 1007 NO.COMMERICAL BLVD, ARLINGTON, TX 76001 | |
| 10925 | DMITRUK JT TEN, JOHN & NORMA J, 4 E 127 TERR ST, KANSAS CITY, MO 64145-1302 | |
| 10925 | DMJ LEASING & TRUCKING INC., 2050 JANICE AV, MELROSE PARK, IL 60160 | |
| 10925 | DMOCHOWSKI, LEE, 24-01 DEER CREEK DR., PLAINSBORO, NJ 08536 | |
| 10925 | DMS OF MEMPHIS, 5545 MURRAY AVE STE 200, MEMPHIS, TN 38119 | |
| 10924 | DMV INTERNATIONAL NUTRITIONALS, 1712 DELTOWN PLAZA, DELHI, NY 13753 | |
| 10925 | DMV RENEWAL, PO BOX 942894, SACRAMENTO, CA 94294-0300 | |
| 10925 | DMV RENEWAL, PO BOX 942894, SACRAMENTO, CA 94294-0894 | |
| 10925 | DMV RENEWAL, PO BOX 942897, SACRAMENTO, CA 94297-0897 | |
| 10925 | DMV RENEWAL, POBOX 942839, SACRAMENTO, CA 94239-0300 | |
| 10925 | DMV RENEWAL, POBOX 942894, SACRAMENTO, CA 94294-0099 | |
| 10925 | DMV RENEWAL, POBOX 942894, SACRAMENTO, CA 94294-0894 | |
| 10925 | DNA DISTRIBUTION INC, 15 E BROAD ST, HAZLETON, PA 18201 | |
| 10925 | DNE TECHNOLOGIES INC, 50 BARNES PARK N, WALLINGFORD, CT 06492 | |
| 10924 | DNK CONSTRUCTION, US MILITARY ACADEMY, SHERMAN BARICS BLDG 738, WEST POINT, NY 10996 | |
| 10925 | DNS PRECISION MACHINE, INC, 5416 WEST 25TH ST, CICERO, IL 60804 | |
| 10924 | DNSG ACCOUNTS PAYABLE, MAIL STOP 80-FW, SEATTLE, WA 98124 | |
| 10924 | DO  NOT USE, CAMBRIDGE, MA 02140 | |
| 10925 | DO ALL INDUSTRY SUPPLY, 26 BOLAND COURT, GREENVILLE, SC 29615 | |
| 10924 | DO NOT USE          ., PLANT CLOSED, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | DO NOT USE          ., BILL TO CHANGE    ., CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE  (RINKER), BILL TO ADDRESS CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE ., SEE 00827631, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE - ACCOUNT IS 520813, ATTENTION: MR. BIRGER SELBOM, STENALDERSGATAN 4, S-20180 FOSIE, 20180SWE | *VIA Deutsche Post* |
| 10924 | DO NOT USE  ATMORE, REYNOLDS, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE - BLUE CIRCLE WMS, 00476070 USE FOR CREDITS, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE  DUPLICATE, 1380 N.E. 48TH STREET, POMPANO BEACH, FL 33064 | |
| 10924 | DO NOT USE  DUPLICATE, 25061 OLD 41 ROAD, BONITA SPRINGS, FL 34135 | |
| 10924 | DO NOT USE  DUPLICATE, 3345 E. INDUSTRY RD., COCOA, FL 32926 | |
| 10924 | DO NOT USE  F&H, SOLD 2/27/96, CAMBRIDGE, MA 99999 | |
| 10924 | DO NOT USE  PLANT CLOSED, 701 POMEGRANATE STREET, SEBRING, FL 33870 | |
| 10924 | DO NOT USE - USE 503303, 11911 DORSETT ROAD, MARYLAND HEIGHTS, MO 63043 | |
| 10924 | DO NOT USE (RINKER), BILL TO ADDRESS CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE * PIERCE/CAPITAL EASTEND, ** USE SOLD TO #576605 **, SACRAMENTO, CA 95817 | |
| 10924 | DO NOT USE BREWTON/REYNOLDS, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE DUPLICATE NUMBER, PORTABLE PLANT-JAMES ALLEN CONST., ATLANTA, GA 30324 | |
| 10924 | DO NOT USE DUPLICATE, 10421 S.W. 187TH TERR., MIAMI, FL 33157 | |
| 10924 | DO NOT USE DUPLICATE, 1600 JOHNS LAKE ROAD, CLERMONT, FL 34711 | |
| 10924 | DO NOT USE DUPLICATE, 2439 W. CLEMMONSVILLE RD, CLEMMONS, NC 27012 | |
| 10924 | DO NOT USE DUPLICATE, 2900 S. W. PINE ISLAND ROAD, CAPE CORAL, FL 33991 | |
| 10924 | DO NOT USE DUPLICATE, 501 AVENUE S., RIVIERA BEACH, FL 33404 | |
| 10924 | DO NOT USE DUPLICATE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE DUPLICATE, CAMBRIDGE, MA 99999 | |
| 10924 | DO NOT USE DUPLICATE, JACKSONVILLE, FL 32254 | |
| 10924 | DO NOT USE DUPLICATE, RINKER, 1200 N.W. 137TH AVE., MIAMI, FL 33122 | |
| 10924 | DO NOT USE DUPLICATE, USE 241565, 2250 HATCHERY RD., BURLINGTON, NC 27215 | |
| 10924 | DO NOT USE DUPLICATE., CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE SEE 00857207, ROUTE 13, NEW ATHENS, IL 62264 | |
| 10924 | DO NOT USE SEE CUSTOMER #241436, 27 MONTCLAIR AVENUE, SAINT JAMES, NY 11780 | |
| 10924 | DO NOT USE SEE D02143912, MCQUIRE ROAD/PORTABLE PLANT, HARVARD, IL 60033 | |
| 10924 | DO NOT USE SEE PRAIRIE YD 32, YD 1, CHICAGO, IL 60622 | |
| 10924 | DO NOT USE SOLD, 4406 PROGRESS AVENUE, NAPLES, FL 33942 | |
| 10924 | DO NOT USE SOLD, 7270 ALICO ROAD, FORT MYERS, FL 33912 | |
| 10924 | DO NOT USE SOLD, DORA STREET, FORT MYERS, FL 33902 | |
| 10924 | DO NOT USE SOLD, PINE ISLAND ROAD, CAPE CORAL, FL 33991 | |
| 10924 | DO NOT USE THIS NUMBER SEE 538745, 21 VERGASON AVE., NORWICH, CT 06360 | |
| 10924 | DO NOT USE****, ****USE 00338304****, HORN LAKE, MS 38637 | |
| 10924 | DO NOT USE***, **DO NOT USE**, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE***, 1385 HAMMONDVILLE RD., POMPANO BEACH, FL 33069 | |
| 10924 | DO NOT USE**, **DO NOT USE** USE 236376, LONG ISLAND CITY, NY 11101 | |
| 10924 | DO NOT USE, (HOLLY NAVARRE), SOLD TO FLORIDA MINING, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, 10960 FOSTER ROAD, HUNTLEY, IL 60142 | |
| 10924 | DO NOT USE, 1600 CROWN COLONY, QUINCY, MA 02169 | |
| 10924 | DO NOT USE, 2802 WHITE HORSE RD., GREENVILLE, SC 29611 | |
| 10924 | DO NOT USE, 2807 S. 27TH AVE., PHOENIX, AZ 85009 | |
| 10924 | DO NOT USE, 3880 E. BROADWAY RD.*DO NOT USE*, PHOENIX, AZ 85010 | |
| 10924 | DO NOT USE, 4246 W SAGINAW, GRAND LEDGE, MI 48837 | |
| 10924 | DO NOT USE, 443 TREMONT AVE, BRONX, NY 10457 | |
| 10924 | DO NOT USE, 475 SEAVIEW AVE, STATEN ISLAND, NY 10305 | |
| 10924 | DO NOT USE, 570 W 3RD STREET, O'FALLON, IL 62269 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | DO NOT USE, 58 OWENS RD, BROCKPORT, NY 14420 | |
| 10924 | DO NOT USE, 5929 LOOMIS RD., FARMINGTON, NY 14425 | |
| 10924 | DO NOT USE, 911 SOUTH BYPASS ROAD, PIKEVILLE, KY 41501 | |
| 10924 | DO NOT USE, BILL TO ADDRESS CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, CAMBRIDGE, MA 99999 | |
| 10924 | DO NOT USE, D00350298, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, D00450298, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, D00550298, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, DO NOT USE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, DUPLICATE #, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, DUPLICATE NUMBER, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, DUPLICATE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, MCQUIRE ROAD, HARVARD, IL 60033 | |
| 10924 | DO NOT USE, PLANT CLOSED, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, PURCHASED BY PINEWOOD, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, PURCHASED BY REYNOLDS, BREWTON, AL 36427 | |
| 10924 | DO NOT USE, PURCHASED BY REYNOLDS, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, PURCHASED BY REYNOLDS, CAMBRIDGE, MA 99999 | |
| 10924 | DO NOT USE, REX 80 LOCATION, PLANO, IL 60545 | |
| 10924 | DO NOT USE, SEE  01213226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE  01713226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 00111206, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 01013226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 01113226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 01313226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 01413226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 01513226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 01613226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE 01813226, BILL TO CHANGE, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SEE BLUE STAR READY MIX, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SOLD 2/27/96, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SOLD TO CORESLAB, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SOLD TO FLORIDA MINING, CAMBRIDGE, MA 99999 | |
| 10924 | DO NOT USE, SOLD TO METROMONT, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, SOLD TO METROMONT, CAMBRIDGE, MA 99999 | |
| 10924 | DO NOT USE, USE # D00668002, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE #D00064775, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE #D00305513, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE #D00368002, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE #D00463913, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE #D00844857, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE CUSTOMER # D00810779, GREEN BAY, WI 54306 | |
| 10924 | DO NOT USE, USE CUSTOMER # D01010779, HORTONVILLE, WI 54944 | |
| 10924 | DO NOT USE, USE CUSTOMER #D00263913, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE CUSTOMER #D00505513, CAMBRIDGE, MA 02140 | |
| 10924 | DO NOT USE, USE CUSTOMER #D00610779, FOND DU LAC, WI 54935 | |
| 10924 | DO NOT USE, USE TIGER CONCRETE, CAMBRIDGE, MA 02140 | |
| 10925 | DO, HANG, 1032 ROBESON ST, READING, PA 19604 | |
| 10925 | DO, KIEN, 921 WINDSOR ST, READING, PA 19604 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DO, LONG, 2002 CASTLEVIEW DR., AUSTIN, TX 78728

10925   DO, NGHIA, 1941 CAROL SUE AVE, GRETNA, LA 70056

10925   DO, THU, 930 DOUGLASS ST, READING, PA 19604

10925   DO, TUAN, 11505 ELKIN ST, 203, WHEATON, MD 20902

10925   DOAK, DOROTHY, 3916 LYNN AVE, CASTLE HAYNE, NC 28428

10925   DOAK, JAMES, 9 GORDON ST, HUDSON, NH 03051

10925   DOAKES, MONICA, 11403 LEMOND DR., HOUSTON, TX 77016

10925   DOALL BALTIMORE CO., 4805 LEEDS AVE., BALTIMORE, MD 21227

10925   DOALL BALTIMORE CO., 7247 COLLECTION CTR. DR., CHICAGO, IL 60693

10925   DOALL GREENVLE SPARTANBRG, PO BOX 1067, CHARLOTTE, NC 28201-1067

10925   DOALL, 7247 COLLECTION CENTER DR, CHICAGO, IL 60693

10925   DOAN, DZUNG, 2 BREEZY POINT ROAD, ACTON, MA 01720

10925   DOAN, GLORIA, RT 2 BO9X 436-C, LAKE CITY, FL 32055

10925   DOANE, JEFFREY, 103 1/2 N STATE, 2, BELVIDERE, IL 61008

10925   DOANE, WAYNE, 6211 S MAPLE ST # 101, MARENGO, IL 60152-3515

10925   DOBBE, BILL, 7503 ELM HURST, AMARILLO, TX 79106

10925   DOBBING, WILLIAM, 140 EXUMA DRIVE, MICCO, FL 32976

10925   DOBBINS, ARTHUR, RT. 1, BOX 125, ALTUS, AR 72821

10925   DOBBINS, ELNORA, 1818 DONEGAL DRIVE, ALEXANDRIA, LA 71303

10925   DOBBINS, FREDERICK, 16 LEE ST, LYMAN, SC 29365-9801

10925   DOBBINS, GREG, 2804 SOUTHWOOD ROAD, BIRMINGHAM, AL 35223

10925   DOBBINS, JUDITH, 150 BROOKDALE ACRES DR, LYMAN, SC 29365-9793

10925   DOBBINS, JUDITH, 6905 CLEATON ROAD, COLUMBIA, SC 29206

10925   DOBBINS, KELLEY, 8333 WHITESBURG WAY, HUNTSVILLE, AL 35802

10924   DOBBS ELECTRIC CELLER SOUTH, 2565 HORIZON LAKE DR SUITE 120, MEMPHIS, TN 38133

10924   DOBBS ELECTRIC, 272 SNOW DRIVE, BIRMINGHAM, AL 35232

10924   DOBBS ELEMENTARYSCHOOL, 1965 LOUIS RD. SOUTHEAST, ATLANTA, GA 30335

10925   DOBBS, MICHAEL, 512 BOBWHITE CT, BAKERSFIELD, CA 93308

10925   DOBERSTEIN, DOROTHY, 689 HIRSCH AVE, RUNNEMEDE, NJ 08078

10925   DOBLE ENGINEERING CO., 85 WALNUT ST, WATERTOWN, MA 02172

10925   DOBLE ENGINEERING COMPANY, PO BOX 3028, BOSTON, MA 02241

10925   DOBOY PACKAGING MACHINERY, NW 9025 BOX 1450, MINNEAPOLIS, MN 55485-9025

10925   DOBROSIELSKI, IRENE, 103 TICES LANE, EAST BRUNSWICK, NJ 08816-2029

10925   DOBROSKY, DONNA, 265 NORTH 1ST AVE, MANVILLE, NJ 08835

10924   DOBSON COMMUNICATIONS CORP HQ, 41201 WIRELESS WAY, OKLAHOMA CITY, OK 73134

10925   DOBSON, ANN, 309 BEL AIR LANE, WELLFORD, SC 29385-9637

10925   DOBSON, DOROTHY, 23 HEMLOCK DRIVE, FRANKLIN, NJ 07416

10925   DOBSON, JOSEPH, 6855 HICKORY LANE, CHATTANOOGA, TN 37421

10925   DOBSON, KAROL S, PO BOX 102, MILWAUKEE, WI 53201-0102

10925   DOBSON, RANDALL, RT.2 BOX 7003, PIPE CREEK, TX 78063

10924   DOBY SALES, PO BOX 311057, BOCA RATON, FL 33481

10924   DOBY SALES, PO BOX311057, BOCA RATON, FL 33481

10924   DOCK, BALTIMORE, MD 21224

10925   DOCKERY, ANN, 4702 QUARLES ST NE #4, WASHINGTON, DC 20018

10925   DOCKERY, GERTRUDE, 2333 WILSON LANE, UTICA, KY 42376

10925   DOCKINS, JOHN, 1412 HULL ST, BALTIMORE, MD 21230

10925   DOCKMAN RINEHIMER, BARBARA, 11 PATCHWORK COURT, MONKTON, MD 21111

10925   DOCKMAN, WILLIAM C, 1517 JEFFERS RD, BALTIMORE, MD 21204

10925   DOCKMAN, WILLIAM C, 1517 JEFFERS RD, TOWSON, MD 21204-1932

10925   DOCKMAN, WILLIAM, 1517 JEFFERS RD., TOWSON, MD 21204

10925   DOCKMAN, WILLIAM, 1517 JEFFERS ROAD, TOWSON, MD 21204

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOCKMASTERS, 5000 VALLEY BLVD, LOS ANGELES, CA 90032-3925

10925   DOCKS, OPAL, PO BOX 400, HINES, IL 60141

10925   DOCKUM, PAUL, 625 LEMON DRIVE, ARLINGTON, TX 76018

10925   DOCPLANET.COM INC., 3000 WEST WARNER AVE, SANTA ANA, CA 92704-5311

10925   DOCS, RONALD, 232 W MAPLE AVE, BOUND BROOK, NJ 08805

10924   DOCTOR GOODROOF, 11421 TAMIAMI, PUNTA GORDA, FL 33955

10925   DOCTOR, ANISSA, 100 TORWOOD DRIVE, COLUMBIA, SC 29203

10925   DOCTOR, MILAGROS, 5919 MOSSBANK DR, RANCHO PALOSVERDE, CA 90274

10924   DOCTOR'S COMMUNITY HOSPITAL, GOOD LUCK AVE., BELTSVILLE, MD 20705

10924   DOCTORS HOSPITAL OF SAFL, 5731 BEE RIDGE ROAD, SARASOTA, FL 34233

10924   DOCTORS HOSPITAL, 500 MAIN ROAD, LAREDO, TX 78041

10924   DOCTOR'S HOSPITAL, 6101 W. CAPITAL, LITTLE ROCK, AR 72205

10924   DOCTORS HOSPTIAL, DRURY SUPPLY, LITTLE ROCK, AR 72205

10924   DOCTORS MEDICAL CENTER, 1411 FLORIDA AVE., MODESTO, CA 95350

10925   DOCTORS OFFICE, THE, DEPT 314, COLUMBUS, OH 43265-0314

10924   DOCTORS REGIONAL HOSPITAL, 601 TEXAN TRAIL, CORPUS CHRISTI, TX 78411

10924   DOCTOR'S RESEARCH, 143 WOLCOTT ROAD, WOLCOTT, CT 06716

10925   DOCTORS TREATMENT CENTER, 240 EAST ST, PLAINVILLE, CT 06062

10925   DOCTORS URGENT CARE CENTRE, PO BOX 41008, FAYETTEVILLE, NC 28309-1008

10925   DOCULEGAL LLC, 183 EAST MAIN ST SUITE 500, ROCHESTER, NY 14604

10925   DOCUMENT DESTRUCTORS, DBA RECALL TOTAL INFORMATION MGMT., PO BOX 406559, ATLANTA, GA 30384-6559

10925   DOCUMENT MANAGEMENT SERVICES INC, 15 COURT SQUARE, BOSTON, MA 02108

10925   DOCUMENT MANAGEMENT SYSTEMS, INC, POBOX 9198, GREENVILLE, SC 29604

10925   DOCUPREP INC., PO BOX 30633, WALNUT CREEK, CA 94598-9633

10925   DOCUSOURCE LITIGATION SUPPORT, 407 CARONCLELET ST, NEW ORLEANS, LA 70130

10925   DOCUTECH, 1651 CROFTON BLVD., STE. 5, CROFTON, MD 21114

10925   DOCZI, SAROLTA, 715 SOUTH FOREST AVE, 508, ANN ARBOR, MI 48104-3135

10925   DODARO, MARYALICE, 593 E MADISON ST, ROCHESTER, PA 15074

10925   DODD, BRENDA, 1102 JOHNS DR., DESOTO, TX 75115

10925   DODD, BROOKS G, 530 N VINE ST, APPLETON, WI 54911-5303

10925   DODD, CHARLES, 155 PARK ROAD, PLEASANT GROVE, AL 35127

10925   DODD, DAVID, 1500 SPARKMAN DR APT 37F, HUNTSVILLE, AL 35816

10925   DODD, HOMER, 16861 N.E. 10TH, CHOCTAW, OK 73020

10925   DODD, JAMES, 11 BURTON HILLS BLVD, 309, NASHVILLE, TN 37215

10925   DODD, JULIE, 2206 WAILEA WAY, SAN DIEGO, CA 92154

10925   DODD, K, 5080 LAKE HOWELL ROAD, WINTER PARK, FL 32792

10925   DODD, KELLY, PO BOX 128, WILSON MILLS, NC 27593

10925   DODD, MICHAEL, 1410 HURON, NORMAN, OK 73071

10925   DODD, SUSAN, 1710 NORTH A, MIDLAND, TX 79705

10925   DODD, SUSAN, 386 E SADDLE RV RD, UPPER SADDLE RV, NJ 07458

10925   DODDRIDGE, VANCE, 1035 RAINDANCE CIRCLE, WINDOOR, CO 80550-5613

10925   DODDS, J, 7 MOUNTAIN VIEW DRIVE, WILLSBORO, NY 12996

10925   DODDS, JAMES, 3750 CLARENDON AVE, PHILADELPHIA, PA 19114

10925   DODDS, KIMBERLY, 125 GRIL DR., NYACK, NY 10960

10924   DODGE CITY CONCRETE, 1105 E. WYATT EARP, DODGE CITY, KS 67801

10924   DODGE CITY CONCRETE, P O BOX 1237, DODGE CITY, KS 67801

10924   DODGE CITY CONCRETE, P. O. BOX 1237, DODGE CITY, KS 67801

10924   DODGE CONCRETE INC, 6298 HIGHWAY 18, JEFFERSON, WI 53549

10924   DODGE CONCRETE INC, N6805 SOUTH CENTER ROAD, BEAVER DAM, WI 53916

10924   DODGE CONCRETE INC, W6911 SILVER CREEK ROAD, WATERTOWN, WI 53094

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | DODGE CONCRETE INC., W6911 SILVER CREEK RD, WATERTOWN, WI 53098 | |
| 10925 | DODGE CONSTRUCTION NEWS, PO BOX 92412, CHICAGO, IL 60675-2412 | |
| 10924 | DODGE COUNTY READY MIX, 5 TH AVE. S.E., DODGE CENTER, MN 55927 | |
| 10925 | DODGE, DONALD, 4910 WOODRIDGE CIRCLE, ANCHORAGE, AK 99516 | |
| 10925 | DODGE, HERMINE, PO BOX 2423, OPELIKA, AL 36801 | |
| 10925 | DODGE, MICHAEL, 35 CENTRAL ST, WINCHESTER, MA 01890 | |
| 10925 | DODIER, ELIZABETH, 906 PRICE ST, LAREDO, TX 78040 | |
| 10925 | DODIER, MARC, 237 SOUTH RD, KENSINGTON, NH 03827 | |
| 10925 | DODIER, SANDRA-JEAN, 44 LOMBARD AVE, AMESBURY, MA 01913 | |
| 10925 | DODRILL, DONNA, 116 LITTON DALE LANE, PASADENA, MD 21122 | |
| 10925 | DODRILL, GARY, 7906 PEPPERBOX LANE, PASADENA, MD 21122 | |
| 10925 | DODSON MANUFACTURING CO, 1463 BARWISE ST, WICHITA, KS 67214-1327 | |
| 10925 | DODSON, CATHY, 4850 COLLEEN, WICHITA FALLS, TX 76302 | |
| 10925 | DODSON, DARREL, 1504 DUBLIN ROAD, OKLAHOMA CITY, OK 73120 | |
| 10925 | DODSON, DENNIS, 545 OPHELIA DR., PLAINFIELD, IN 46168 | |
| 10925 | DODSON, DONOVAN, 4241 HENDRIX DR. APT. # G-4, FOREST PARK, GA 30050 | |
| 10925 | DODSON, FREDDY, PO BOX 505, SIX MILE, SC 29682 | |
| 10925 | DODSON, GARY, 320 CROWN DR., CRAIG, CO 81625 | |
| 10925 | DODSON, JAMES, PO BOX 2875, GILLETTE, WY 82716 | |
| 10925 | DODSON, JIMMY, 517 DOUGLAS, ODESSA, TX 79762 | |
| 10925 | DODSON, MARSHA, 1319 PARK CT., ST. CHARLES, MO 63303 | |
| 10925 | DODSON, MICHAEL, 421 ASHLEY LANE, BRIGHTON, TN 38011 | |
| 10925 | DODSON, OLIVIA, 507 SARAH LANE, LIBERTY, MO 64068 | |
| 10925 | DODSON, PATRICIA, 12500 S.W. 5TH CT. # 414, 9B, PENBROKE PINES, FL 33027 | |
| 10925 | DODSON, PATRICIA, 545 OPHELIA DR., PLAINFIELD, IN 46168 | |
| 10925 | DODSON, TAMMY, RT. 2 BOX 43X24, SAN JUAN, TX 78589 | |
| 10925 | DODSON, THOMAS, 8 FREEDOM WAY, BILLERICA, MA 01821 | |
| 10925 | DODSON, VANCE H, PO BOX 6, CENTER TUFTONBORO, NH 03816 | |
| 10925 | DODSON, VANCE, PO BOX 276 1007 ACTON RIDGE RD, EAST WAKEFIELD, NH 03830 | |
| 10925 | DOE & INGALLS, 25 COMMERCIAL ST, MEDFORD, MA 02155 | |
| 10925 | DOE AND INGALLS, INC, 25 COMMERCIAL ST, MEDFORD, MA 02155 | |
| 10925 | DOE, STEVEN, 79 EAST CHURCH ST, ADAMS, NY 13605 | |
| 10925 | DOEBEREINER, KATHAREEN, 619 HYDE PARK ROAD, BALTIMORE, MD 21221-0000 | |
| 10925 | DOELLING, SUSAN, 32 MAC ARTHUR AVE, CLOSTER, NJ 07624 | |
| 10925 | DOEMEL, JOHN E & PATRICIA M, 2062 HICKORY LANE, OSHKOSH, WI 54901-2514 | |
| 10925 | DOERNER STUART SAUNDERS DANIEL &, 320 S BOSTON AVE, STE 500, TULSA, OK 74103-3725 | |
| 10925 | DOERR ASSOCIATES INC, 8 WINCHESTER PLACE, WINCHESTER, MA 01890 | |
| 10925 | DOETZL, FRANK, 8462 METTEE DRIVE, LENEXA, KS 66219-2073 | |
| 10925 | DOFFERMYRE SHIELDS CANFIELD KNOWLES, 1355 PEACHTREE ST #1600, ATLANTA, GA 30309 | |
| 10925 | DOFFIN, LAYTON, 123 N. LOCUST ST., 405, GRAND ISLAND, NE 68801-6069 | |
| 10924 | DOG LIFE CORPORATION, ROUTE M-40, HAMILTON, MI 49419 | |
| 10925 | DOGAN & WILKINSON, 726 DELMAS AVE, PO BOX 1618, PASCAGOULA, MS 39568-1618 | |
| 10925 | DOGGETT, BRENDA, RT 1 BOX 196 X, HOMER, LA 71040 | |
| 10925 | DOGGETT, JENNIFER, 2401 OLD FORTHILLS DR., FORT WASHINGTON, MD 20744 | |
| 10925 | DOGGETT, MARY, 16576 MARLOWE, DETROIT, MI 48235 | |
| 10925 | DOGGETT, ROBERT, PO BOX 3102, HOUMA, LA 70361 | |
| 10925 | DOGWOOD MOTORS, ROUTE #1, WATERLOO, SC 29384 | |
| 10925 | DOHAR, RICHARD, 103 TIMBER RIDGE ROAD, SAXONBURG, PA 16056 | |
| 10925 | DOHERTY, BERNARD, 17 ALBAN ST, DORCHESTER, MA 02124-3762 | |
| 10925 | DOHERTY, DAVID, 147 WOBURN ST, LEXINGTON, MA 02173 | |
| 10925 | DOHERTY, EDWARD, 153 VILLA ST, WALTHAM, MA 02154 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOHERTY, GERARD, 691 WASHINGTON ST., BRAINTREE, MA 02184

10925   DOHERTY, JAMES, 8 COLONIAL ROAD, WOBURN, MA 01801

10925   DOHERTY, JOHN, 12404 W. GALAXY DRIVE, SUN CITY WEST, AZ 85375

10925   DOHERTY, JOSEPH, 405 PRAIRE VIEW DR, GILLETTE, WY 82716

10925   DOHERTY, MICHELLE, 298 MANZANA CT NW APT 2A, WALKER, MI 49544

10925   DOHERTY, PAUL, 44 GOVERNOR WENTWORTH ROAD, AMHERST, NH 03031-3008

10925   DOHERTY, STEPHEN, 6608 MULROY ST, MCLEAN, VA 22101

10925   DOHERTY, VICKI, 23 HARRISON ST., PITTSBURGH, PA 15205-3006

10925   DOHLEN, BRADLEY, 1728 PIKES PK CT NE, CEDAR RAPIDS, IA 52402

10925   DOHLER, VINCENT, 7822 OVERHILL ROAD, GLEN BURNIE, MD 21061

10925   DOHNE, SCOTT, 502 LAKE GRACIE DR., EUSTIS, FL 32726

10925   DOHRMANN, BARBARA H, 16437 SLOAN DR, LOS ANGELES, CA 90049-1157

10925   DOI - US GEOLOGICAL SURVEY, 271 NATIONAL CENTER, RESTON, VA 22092

10924   DOING STEEL, INC., ATTN: MIKE JONES, SPRINGFIELD, MO 65803

10925   DOIRON, JAMES, 4 WINDSOR CT, PLAISTOW, NH 03865

10925   DOIRON, MARK, 708 W HALE ST, LAKE CHARLES, LA 70601

10925   DOISE, RENE, 3445 MARK ROAD, LAKE CHARLES, LA 70605

10925   DO-IT-YOURSELF PEST CONTROL, INC, PO BOX 941310, ATLANTA, GA 31141

10925   DOLAJECK, PAMELA, 909 PASADENA PKWY, WAUNAKEE, WI 53597

10925   DOLAN JR., HAROLD, 1190 PARK AVE, MEEKER, CO 81641

10925   DOLAN PAINTING INC, 185 W 24TH ST, BAYONNE, NJ 07002

10925   DOLAN, CHERRIE, 148 DUNCAN CIRCLE, BRANDON, MS 39042-9792

10925   DOLAN, DONNA, 45 TUNISON LANE, BRIDGEWATER, NJ 08807

10925   DOLAN, GERTRUDE, 4495 SCENIC WAY, DE PERE, WI 54115

10925   DOLAN, J, 1466 SLATE RUN ROAD, NEW ALBANY, IN 47150

10925   DOLAN, JAMES, 21 PINE RIDGE DR, AYER, MA 01432

10925   DOLAN, JENNIFER, 222 S. 2ND AVE., HIGHLAND PARK, NJ 08904

10925   DOLAN, JOHN, 624 CANISTEL LANE, BOCA RATON, FL 33486

10925   DOLAN, KAREN, 1246 NARCISSUS AVE, BALTIMORE, MD 21237

10925   DOLAN, LORETTA, 469 WAKEFIELD DR., METUCHEN, NJ 08840

10925   DOLAN, MARILYN, 594 S MAIN ST, RAYNHAM, MA 02767

10925   DOLAN, MICHAEL, 1466 SLATE RUN ROAD, NEW ALBANY, IN 47150

10925   DOLANSKY, RONALD, 4917 S LOCKWOOD, CHICAGO, IL 60638

10925   DOLANSKY, RONALD, 4917 S. LOCKWOOD, CHICAGO, IL 60638

10925   DOLBIER, WALTER, 127 TARBELL SPRINGS, CONCORD, MA 01742

10925   DOLCE, CHARLES, 93 SLEEPY HOLLOW DRIVE, BRICK, NJ 08724

10925   DOLCE, GREGORY, 428 HOWARD MANOR DR, GLEN BURNIE, MD 21060

10925   DOLCE, GREGORY, 428 HOWARD MANOR DR., GLEN BURNIE, MD 21060

10925   DOLDO, EDWARD, 23347 PATTERSON RD, WATERTOWN, NY 13601

10924   DOLE HONOLULU, 801 DILLINGHAM BOULEVARD, HONOLULU, HI 96817

10924   DOLE HONOLULU, DOLE CAN PLANT, 725 IWILEI ROAD, HONOLULU, HI 96817

10924   DOLE PURCHASING CO., ONE DOLEDRIVE, WESTLAKE VILLAGE, CA 91359-5132

10924   DOLE PURCHASING COMPANY, 9401 SAN LEANDRO STREET, SOUTH SAN FRANCISCO, CA 94080

10924   DOLE PURCHASING COMPANY, DOLEFIL, PHILIPPINES, 0PHL     **\*VIA Deutsche Post\***

10924   DOLE PURCHASING COMPANY, P.O.BOX 1019, EAST PIER, GULFPORT, MS 39502

10924   DOLE PURCHASING COMPANY, PO BOX 5132, WESTLAKE VILLAGE, CA 91359-5132

10924   DOLE PURCHASING COMPANY, PO BOX5132, WESTLAKE VILLAGE, CA 91359-5132

10924   DOLE, 3366 E. MUSCAT, FRESNO, CA 93701

10924   DOLEAC ELECTRIC COMPANY, 12503 DEDEAUX ROAD, GULFPORT, MS 39503

10925   DOLEN, LEE, 2001 LOVDAL DR, RALEIGH, NC 27613

10924   DOLE-PHILIPPINES INC., DOLEFIL, DADIANGAS, 0PHL     **\*VIA Deutsche Post\***

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DOLESE BLOCK, 7100 SOUTH SUNNY LANE, OKLAHOMA CITY, OK 73135 | |
| 10925 | DOLESE BROS CO, POBOX 677, OKLAHOMA CITY, OK 73101-0677 | |
| 10924 | DOLESE BROS., 5400 N. 119TH WEST, MAIZE, KS 67101 | |
| 10924 | DOLESE BROS., MAIN PLANT (316)262-1428, WICHITA, KS 67202 | |
| 10924 | DOLESE BROS., P.O. BOX 1841, WICHITA, KS 67201 | |
| 10924 | DOLESE BROS., WEST ROBBINS PLT 522-9381, WICHITA, KS 67217 | |
| 10924 | DOLESE BROTHERS CO, 826 E CENTRAL, WICHITA, KS 67201 | |
| 10925 | DOLESE BROTHERS CO, PO BOX 1841, WICHITA, KS 67201 | |
| 10924 | DOLESE BROTHERS, 1335 CHOCTAW DRIVE, BATON ROUGE, LA 70805 | |
| 10924 | DOLESE BROTHERS, 21800 WARREN STREET, PLAQUEMINE, LA 70764 | |
| 10924 | DOLESE BROTHERS, JUNCTION LA 73 & LA 74, PRAIRIEVILLE, LA 70769 | |
| 10924 | DOLESE BROTHERS, P O BOX 2631, BATON ROUGE, LA 70821 | |
| 10924 | DOLESE BROTHERS, P. O. BOX 2631, BATON ROUGE, LA 70821 | |
| 10924 | DOLESE CO, 10700 N.W. 10TH, YUKON, OK 73099 | |
| 10924 | DOLESE CO, 120 N. LOTTIE, OKLAHOMA CITY, OK 73117 | |
| 10924 | DOLESE CO, 1620 S. GEORGE NYE EXPRESSWAY, MCALESTER, OK 74502 | |
| 10924 | DOLESE CO, 1800 S. MISSION ROAD, ANADARKO, OK 73005 | |
| 10924 | DOLESE CO, 24 N. MCCORMICK, OKLAHOMA CITY, OK 73101 | |
| 10924 | DOLESE CO, 24 NORTH MCCORMICK, OKLAHOMA CITY, OK 73127 | |
| 10924 | DOLESE CO, 2600 N. FLOOD, NORMAN, OK 73070 | |
| 10924 | DOLESE CO, 302 W. CHICKASHAY, SULPHUR, OK 73086 | |
| 10924 | DOLESE CO, 305 S E 22, EL RENO, OK 73036 | |
| 10924 | DOLESE CO, 315 S. BROADWAY, WEATHERFORD, OK 73096 | |
| 10924 | DOLESE CO, 320 INDUSTRIAL BLVD, MOORE, OK 73160 | |
| 10924 | DOLESE CO, 415 E. 6TH ST., STILLWATER, OK 74076 | |
| 10924 | DOLESE CO, 6013 EDMOND, PIEDMONT, OK 73078 | |
| 10924 | DOLESE CO, EDMOND PLANT, EDMOND, OK 73034 | |
| 10924 | DOLESE CO, HWY 152 & S. GRANT, CORDELL, OK 73632 | |
| 10924 | DOLESE CO, HWY 183 SOUTH, CLINTON, OK 73601 | |
| 10924 | DOLESE CO, NORTH BROADWAY, OKLAHOMA CITY, OK 73103 | |
| 10924 | DOLESE CO, PAVING PLANT, OKLAHOMA CITY, OK 73135 | |
| 10924 | DOLESE CO., 105 E. 7TH ST., ELK CITY, OK 73648 | |
| 10924 | DOLESE CO., 10625 S.E. 29TH, MIDWEST CITY, OK 73110 | |
| 10924 | DOLESE CO., 115 E. GRANT, GUTHRIE, OK 73044 | |
| 10924 | DOLESE CO., 2 NE 2ND AVENUE, OKLAHOMA CITY, OK 73104 | |
| 10924 | DOLESE CO., 805 SOUTHGATE ROAD, ENID, OK 73702 | |
| 10924 | DOLESE CO., HWY 69, MCALESTER, OK 74501 | |
| 10924 | DOLESE CO., HWY 77, DAVIS, OK 73030 | |
| 10924 | DOLESE COMPANY INC THE, 115 EAST GRANT, GUTHRIE, OK 73044 | |
| 10924 | DOLESE COMPANY INC THE, PO BOX677, OKLAHOMA CITY, OK 73101 | |
| 10924 | DOLESE COMPANY INC, 115 EAST GRANT, GUTHRIE, OK 73044 | |
| 10924 | DOLESE COMPANY INC, P O BOX 677, OKLAHOMA CITY, OK 73101 | |
| 10924 | DOLESE COMPANY, 1533 N. PORTLAND, NEWCASTLE, OK 73065 | |
| 10924 | DOLESE COMPANY, 24 NORTH MC CORMICK, OKLAHOMA CITY, OK 73127 | |
| 10925 | DOLHERT, LEONARD, 13324 ELLIOTT DRIVE, CLARKSVILLE, MD 21029 | |
| 10925 | DOLHERT, LEONARD, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | DOLIN SUPPLY CO., 215 HAL GREER BLVD., HUNTINGTON, WV 25725 | |
| 10925 | DOLKEN, DENNIS, 22014 MERIDIAN LANE, NOVI, MI 48375 | |
| 10925 | DOLL JT TEN, ARTHUR F & HELEN N, 100 DEERGLEN CIRCLE, VACAVILLE, CA 95687-7410 | |
| 10925 | DOLL, MICHAEL, 603 N, | |
| 10925 | DOLL, ROBERT, 7512 JERSEY PARK ROAD, FLOYD KNOBS, IN 47118 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   DOLLAR GENERAL HEADQUARTERS, 501 NORTH CHASE DRIVE, GOODLETTSVILLE, TN 37072

10924   DOLLAR RENTAL CAR, 132 18TH STREET, BROOKLYN, NY 11215

10925   DOLLAR, DONNIE, 40 WOODHOLLOW DR., CONROE, TX 77304

10925   DOLLAR, JUNIOR, BOX 636, HENNESSEY, OK 73742

10925   DOLLAR, ROBIN, 1897 GREENVILLE RD, LA GRANGE, GA 30240

10925   DOLLIE GRIFFIN & ASSOCIATES, INC, 5371 CRYSTAL LANE, COLLEGE PARK, GA 30349

10925   DOLLIFF, PAUL, 75B W HIGH ST, SOMERVILLE, NJ 08876

10925   DOLLINGER CORP., 611 MOOREFIELD PARK DR, PO BOX 35698, RICHMOND, VA 23236

10925   DOLLINGER, DEANNA, 1701 N. COLORADO, INDIANAPOLIS, IN 46218

10925   DOLLISON, HOUSTON, 102 GOODWIN BRIDGE, TRAVELERS REST, SC 29690

10925   DOLLOFF, R., 12 REPOSE LANE, E. WAREHAM, MA 02538

10924   DOLLS INC, 500 SO POLK STREET, OLNEY, IL 62450

10924   DOLLS INC., 500 S POLK ST, OLNEY, IL 62450

10925   DOLLY J WACHEL, 4323 CRITES ST, HOUSTON, TX 77003

10925   DOLLY ROSE WAPELHORST, 147 LIBERTY CORNER ROAD, FAR HILLS, NJ 07931

10925   DOLNEY, DOROTHY, 11 WHEATLAND ST., PEABODY, MA 01960

10925   DOLORES E RIEDL &, JULIUS J RIEDL TR UA MAY 7 98, RIEDL TRUST, 2442 PING DR, HENDERSON, NV 89014-8313

10925   DOLORES F SPURGEON, 1927 BENTON ST, SANTA CLARA, CA 95050-4518

10925   DOLORES HOLLIDAY, 3435 FOX RUN RD UNIT 207, SARASOTA, FL 34231-7385

10925   DOLORES P FLESHER, 26720-B OAK CROSSING, NEWHALL, CA 91321-5424

10925   DOLORES RADICE, 10 E FENIMORE ST, VALLEY STREAM, NY 11580-3406

10925   DOLORES RUTH REHRIG &, CLIFFORD D REHRIG JT TEN, 1323 NORTH TACOMA ST, ALLENTOWN, PA 18103-1724

10925   DOLPH, PAUL, 102 OLD STATE ROAD, CLARKSVILLE, OH 45113

10924   DOLPHIN CONCRETE, 1601 S.W. 3RD ST., POMPANO BEACH, FL 33069

10925   DOLPHY, CLEVELAND, 231 SHEPHARD AVE, NEWARK, NJ 07112

10924   DOLSEY LIMITED, 863 WEST 44TH ST, NORFOLK, VA 23508

10925   DOLSON, JANET, 4811 TIPTON PLACE, LOUISVILLE, KY 40272

10925   DOLSON, KIMBERLY, 6195 S 275 E, LEBANON, IN 46052

10925   DOLTON FIRE EQUIPMENT SALES INC, 14414 IRVING AVE, DOLTON, IL 60419

10925   DOMAIN, DONALD, 225C MURPHY MILL ROAD, AMERICUS, GA 31709

10925   DOMANGUE, SHERWIN, 108 CLAY ST., CHAUVIN, LA 70344

10925   DOMANICO, JACQUELINE, 8 THUNDERHEAD PL, MAHWAH, NJ 07430

10925   DOMANSKI, CHRISTINE, 14 MEADE COURT, FOX LAKE, IL 60020

10925   DOMBRO, WILLIAM, 403 QUEEN ANNE ROAD, CHERRY HILL, NJ 08003

10925   DOMBROSKI, CHARLES, 183 WHITING ST, PLAINVILLE, CT 06062

10925   DOMBROWSKI & HOLMES, 3-141 ST, HAMMOND, IN 46327

10925   DOMBROWSKI & HOLMES, 3-141ST ST, HAMMOND, IN 46327

10925   DOMBROWSKI & HOLMES, FORMERLY DOWBROWSKI & HOLMES, 3-141ST ST, HAMMOND, IN 46327

10925   DOMBROWSKI, LEONARD, 11812 N MAGOUN DR, ST. JOHN, IN 46373

10924   DOME TECHNOLOGY, 3007 E 49TH NORTH, IDAHO FALLS, ID 83401

10925   DOMENECH, JANET, 8801 NW 78TH PL #395, TAMARAC, FL 33321

10925   DOMENECH, SEIDA, 6060 SW 26TH ST., MIAMI, FL 33135

10925   DOMENICI, GEORGINA, 3892 MAGNOLIA, RIVERSIDE, CA 92504

10925   DOMENICI, LORI, 34 CHRISTINE LANE, TAPPAN, NY 10983

10925   DOMENICI, LOUIS, 150 MORNINGSIDE AVE, PALISADES, NY 10964

10925   DOMENICK, TONY, 3454 CASTLE GLEN, SAN DIEGO, CA 92123

10925   DOMER, LAURANCE P, BOX 15, MECHANICSVILLE, IA 52306

10925   DOMESTIC RELATIONS DIV., PO BOX 1870, ANNAPOLIS, MD 21404

10925   DOMESTIC RELATIONS DIVISION, PO BOX 1870, ANNAPOLIS, MD 21404

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DOMESTIC RELATIONS OFFICE, 500 E SAN ANTONIO, SUITE LL-108, EL PASO, TX 79901

10925 DOMESTIC VIOLENCE CENTER, 8950 ROUTE 108, #116, COLUMBIA, MD 21045

10925 DOMICO, JENNIFER, 959 GOVERNORS CT, MOUNT PLEASANT, SC 29464-9257

10924 DOMINE BUILDERS SUPPLY, 155 GOULD ST, ROCHESTER, NY 14610

10924 DOMINE BUILDERS SUPPLY, 155 GOULD STREET, ROCHESTER, NY 14610

10924 DOMINE BUILDERS SUPPLY, 735 WANGUM RD, FISHERS, NY 14453

10924 DOMINE BUILDERS SUPPLY, PO BOX472, FISHERS, NY 14453

10925 DOMINE JR, EDWARD G, 4511 POND CIRCLE, PLAINFIELD, FL 60544-7538

10925 DOMINE, JR, EDWARD G, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925 DOMINE, JR, EDWARD, 4511 POND CIRCLE, PLAINFIELD, IL 60544

10925 DOMINGS, GERARD, 17 CONCORD AVE,, SOMERVILLE, MA 02143

10925 DOMINGUE JR., RAY, 3923 RUSTIC GLADE, SAN ANTONIO, TX 78247

10925 DOMINGUE, EDWARD, 911 E. TANK FARM ROAD, LAKE CHARLES, LA 70607

10925 DOMINGUE, JOEL, PO BOX 51475, LAFAYETTE, LA 70505

10925 DOMINGUE, KEITH, 125 GALBERT RD, LAFAYETTE, LA 70506

10925 DOMINGUE, KEVIN, 201 RUE SEPTEMBRE, SCOTT, LA 70583

10925 DOMINGUEZ WATER CORPORATION, POBOX 9351, LONG BEACH, CA 90810-0351

10925 DOMINGUEZ, CATHERINE, 720 ESLA DRIVE, CHULA VISTA, CA 91910

10925 DOMINGUEZ, ELVIA, 6651 BRAD AVE, WINTON, CA 95388

10925 DOMINGUEZ, JANE, 501 FAYE LANE, REDONDO BEACH, CA 90277

10925 DOMINGUEZ, JULIE, 5740 LUPIN DR., SPARKS, NV 89433

10925 DOMINGUEZ, JUNE, 1980 REDWING CR, PORT ST LUCIE, FL 34952

10925 DOMINGUEZ, KATHERINE, 2349 MONTCLIFF ROAD, SAN DIEGO, CA 92139

10925 DOMINGUEZ, MILAGRO, 1405 N SCOTT ST #5, ARLINGTON, VA 22209

10925 DOMINGUEZ, NATALIE, 260 ENGLE ST APT 6U, ENGLEWOOD, NJ 07631

10925 DOMINGUEZ, NORMA, 202 MINA DE ORO, MISSION, TX 78572

10925 DOMINGUEZ, OSCAR, 211 KATE SCHENCK, SAN ANTONIO, TX 78223

10925 DOMINGUEZ, OSCAR, 238 CREEKWOOD CT., DUNCANVILLE, TX 75116

10925 DOMINGUEZ, SALVADOR, 2903 BERRY HILL, FT WORTH, TX 76105

10925 DOMINGUEZ, TAMI, 2903 S. 39TH ST, MILWAUKEE, WI 53215

10925 DOMINGUEZ, VALERIE, 316 AVE B, HEREFORD, TX 79045

10925 DOMINICK A TIMPANO, 630 ROSEMONT PLACE, UTICA, NY 13501-5144

10924 DOMINICK CALOVITO, 69 COOLIDGE STREET, HAVERSTRAW, NY 10927

10925 DOMINICK E IACOVONE TR, UA 07 14 83, DOMINICK E IACOVONE, PHE, 1200 S OCEAN BLVD, BOCA
RATON, FL 33432-7748

10925 DOMINICK NIGRO &, IRENE NIGRO JT TEN, 101 MCCLELLAN AVE, MINEOLA, NY 11501-1808

10925 DOMINICK SINICROPI, 20 CHESNUT ST, SENECA FALLS, NY 13148-1306

10925 DOMINICK TIMPANO &, KATHLEEN TIMPANO, JT TEN, 630 ROSEMONT PL, UTICA, NY 13501-5144

10925 DOMINICK, CARMEN, PO BOX 23359, SANTA FE, NM 87502

10925 DOMINICK, JOHN B, BOX 137, PROSPERITY, SC 29127-0137

10925 DOMINIK, DENCH, 51-24 REEDER ST, ELMHURST, NY 11373

10925 DOMINION AT EDEN BROOK, 7310 EDEN BROOK DR, COLUMBIA, MD 21046

10925 DOMINION ELECTRIC SUPPLY CO INC, POST OFFICE BOX 7227, ARLINGTON, VA 22207

10924 DOMINION INSULATION INC, 14870 FARM CREEK UNIT F, WOODBRIDGE, VA 22191

10925 DOMINION INSULATION INC., 14869 PERSISTENCE DRIVE, WOODBRIDGE, VA 22191

10924 DOMINION INSULATION, 14869 PERISTANCE, WOODBRIDGE, VA 22192

10924 DOMINION INSULATION, 14869 PERSISTANCE DRIVE, WOODBRIDGE, VA 22191

10924 DOMINION INSULATION, 14869 PERSISTANCE, WOODBRIDGE, VA 22192

10924 DOMINION INSULATION, CAMBRIDGE, MA 02140

10925 DOMINION VIRGINIA POWER, POBOX 26543, RICHMOND, VA 23290-0001

10925 DOMINIQUE DE LATTRE, 73 WEAVER ST., UNIT #10, GREENWICH, CT 06830

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOMINIQUE, LIONEL, BOX 74 A.B., MATHEWS, LA 70375

10924   DOMINO PLASTICS, 40 NORTH ENTERPRISE AVENUE, TRENTON, NJ 08638

10925   DOMINO SUGAR CORP., PO BOX 73665, CHICAGO, IL 60673

10925   DOMINO SUGAR CORPORATION, PO BOX 838, BALTIMORE, MD 21203-0838

10925   DOMINO SUGAR CORPORATION, POBOX 73665, CHICAGO, IL 60673-7665

10925   DOMINOS PIZZA, PO BOX 949, ANN ARBOR, MI 48106-0949

10925   DOMINQUE, JR, SIMON, 125 DUGAS RD., ST. MARTINVILLE, LA 70582

10925   DOMINQUEZ, ANTHONY, 2319 TRUMAN, ODESSA, TX 79763

10925   DOMINQUEZ, DEBRA, 303 CLOUD, MIDLAND, TX 79705

10925   DOMINQUEZ, JESUS, 2913 OLIVE PLACE, FT WORTH, TX 76116

10925   DOMINQUEZ, MIGUEL, 27 W 280 VIRGINIA, WINFIELD, IL 60190

10925   DOMINQUEZ, TIBURCIO, 1413 S. OAK, PECOS, TX 79772

10925   DOMITROVITS, JEANETT, 102 OLD WESTERN HWY, BLAUVELT NY, NY 10913

10925   DOMKE, DONALD, 16515 TERRY LANE, OAK FOREST, IL 60452

10925   DOMKE, KENNETH, 16202 S HOMAN, MARKHAM, IL 60426

10925   DOMNERN SOMGIAT & BOONMA LTD., 719 SI PHYA RD, BANGKOK 10500, G.P.O. BOX 203, BANGKOK, 10501THAILAND   *VIA Deutsche Post*

10925   DOMNERN SOMGIAT & BOONMA LTD., 719 SI PHYA RD. (10500), GPO BOX 203, BANGKOK, 10501THAILAND   *VIA Deutsche Post*

10925   DOMNERN SOMGIAT & BOONMA, 254 CANAL ST, NEW YORK, NY 10013

10925   DOMNERN SOMGIAT &, 719 SI PHYA ROAD, BANGKOK, 10500THAILAND   *VIA Deutsche Post*

10925   DOMNITZ, DAVID, 16 EULA ST, GREENVILLE, SC 29609

10925   DOMPE, ANTHONY, ROUTE 5 BOX 710A, AMARILLO, TX 79118

10925   DOMROSE, ALBERT, 21018 ASPEN LANE, PLAINFIELD, IL 60544

10925   DOMSICZ, JENNIFER, 204 FAWN COURT, HAMBURG, PA 19526

10924   DOMSON INC., 1206 S. MAIN, TORRINGTON, WY 82240

10924   DOMSON INC., P.O.BOX 907, TORRINGTON, WY 82240

10925   DOMTAR GYPSUM CO, 1240 E ALEXANDER AVE, TACOMA, WA 98421-4104

10925   DOMTAR/KAISER GYPSUM AMERICA INC, 1401 WATER ST, LONG BEACH, CA 90802

10925   DOMTAR/KAISER GYPSUM INC, WILLOW AVE, ANTIOCH, CA

10925   DOMURAD, JOAN, 11 NATHAN ROAD, MANSFIELD, MA 02048

10925   DOMURAT, ADAM, 28 SEDALIA ROAD, BOSTON, MA 02124

10925   DON A NILL, 5361 POLEN CIRCLE, DAYTON, OH 45440-2826

10924   DON BOEHMER/BILTMORE MEDICAL BLDG., PHOENIX, AZ 85001

10924   DON BOEHMER/SCOTTSDALE MEMORIAL HOS, SCOTTSDALE, AZ 85251

10924   DON BOEHMER/SKY HARBOR AIRPORT, TERMINAL 4, PHOENIX, AZ 85034

10925   DON CALDWELL, 1810 N TRAVIS, PO BOX 1311, CLEVELAND, TX 77328-1311

10925   DON CAMPBELL, 6606 MARSHALL BLVD., LITHONIA, GA 30058

10924   DON CHAPIN  PLANT #25, HWY # 25 @ 156, HOLLISTER, CA 95023

10924   DON CHAPIN COMPANY, 440 CRAZY HORSE CANYON RD., SALINAS, CA 93907

10924   DON DAVIS AUTO, 11111 PLANO ROAD, DALLAS, TX 75238

10924   DON DIESEL SALES CO, 565 RIVERSIDE AVE, ELMIRA, NY 14904

10924   DON DIESEL SALES COMPANY, CAMBRIDGE, MA 02140

10925   DON FIBIGER TR UA MAY 4 95, DON FIBIGER TRUST, 941 CASTEC DR, SACRAMENTO, CA 95864-2845

10924   DON FREEZE, HAYWARD, CA 94540

10924   DON G BOEHMER CO INC, 4195A CLARENDON AVENUE, PHOENIX, AZ 85019

10924   DON G. BOEHMER CO., 4195 A.W. CLARENDON, PHOENIX, AZ 85019

10924   DON G. BOEHMER CO., INC., 4195 "A" W. CLARENDON AVE., PHOENIX, AZ 85019

10924   DON G. BOEHMER COMPANY, CERRITOS ELEMENTRY SCHOOL, PHOENIX, AZ 85001

10924   DON G. BOEHMER/AIR NATIONAL GUARD, PHOENIX, AZ 85019

10924   DON G. BOEHMER/ALBERTSON'S #970, 16TH ST., PHOENIX, AZ 85019

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    DON G. BOEHMER/ALBERTSON'S #975, 16TH ST. & CAMELBACK RDS, PHOENIX, AZ 85026

10924    DON G. BOEHMER/ALERTSON'S 981, C/O DON G. BOEHMER, CHANDLER, AZ 85224

10924    DON G. BOEHMER/ALHAMBRA H.S., PHOENIX, CA 85019

10924    DON G. BOEHMER/ANASAZI OFFICE PARK, 11201 N. TATUM BLVD., PHOENIX, AZ 85063

10924    DON G. BOEHMER/ARROWHEAD HOSPITAL, PHOENIX, AZ 85001

10924    DON G. BOEHMER/AT&T MESA, C/O DON G. BOEHMER, MESA, AZ 85201

10924    DON G. BOEHMER/BANK ONE BALLPARK #6, C/O DON G. BOEHMER, PHOENIX, AZ 85019

10924    DON G. BOEHMER/BIO BUILDING, NORTHERN ARIZONA UNIVERSITY, FLAGSTAFF, AZ 86003

10924    DON G. BOEHMER/CENTER POINT, CONMILL & UNIVERSITY DR., TEMPE, AZ 85282

10924    DON G. BOEHMER/CHANDLER REGIONAL, 147 S. DOBSON, CHANDLER, AZ 85224

10924    DON G. BOEHMER/CIVIC PLAZA GARAGE, PHOENIX, AZ 85019

10924    DON G. BOEHMER/COTTONWOOD EYE CLNC, COTTONWOOD, AZ 86326

10924    DON G. BOEHMER/DEER VALLEY ELEM.#16, PHOENIX, AZ 85019

10924    DON G. BOEHMER/GAINEY RANCH, C/O DON G. BOEHMER, SCOTTSDALE, AZ 85251

10924    DON G. BOEHMER/GALA RIVER CASINO, C/O DON BOEHMER, LAVEEN, AZ 85339

10924    DON G. BOEHMER/GILBERT MEDICAL CTR, GILBERT, AZ 85233

10924    DON G. BOEHMER/GLA ADDITION, 24TH ST. & CAMELBACK, PHOENIX, AZ 85019

10924    DON G. BOEHMER/GRAND CANYON, TUSAYAN, AZ 86023

10924    DON G. BOEHMER/GRAND VIEW TERRACE, SUN CITY WEST, AZ 85375

10924    DON G. BOEHMER/GREYHOUND BUILDING, PHOENIX, AZ 85001

10924    DON G. BOEHMER/HAMILTON HIGH SCHOOL, C/O DON G. BOEHMER, CHANDLER, AZ 85224

10924    DON G. BOEHMER/HAMPTON INN, C/O DON G. BOEHMER, PEORIA, AZ 85345

10924    DON G. BOEHMER/INT'L GUARD BUILD., PHOENIX, AZ 85019

10924    DON G. BOEHMER/KIERLAND OFFICE PARK, C/O DON G. BOEHMER, SCOTTSDALE, AZ 85251

10924    DON G. BOEHMER/KINO STADIUM, TUCSON, AZ 85726

10924    DON G. BOEHMER/LA QUINTA INN, 902 W. GROVE AVE, MESA, AZ 85201

10924    DON G. BOEHMER/MACY'S AT BILTMORE, PHOENIX, AZ 85063

10924    DON G. BOEHMER/MARRIOT COURTYARD, SCOTTSDALE, AZ 85251

10924    DON G. BOEHMER/MESA CITY COURTS, MESA, AZ 85201

10924    DON G. BOEHMER/MESQUITE HIGH, GILBERT, AZ 85233

10924    DON G. BOEHMER/MONTEBELLO SCHOOL, C/O DON BOEHMER, PHOENIX, AZ 85019

10924    DON G. BOEHMER/PARADISE VALLEY HOSP, 40TH & BELL RD., PHOENIX, AZ 85063

10924    DON G. BOEHMER/PIMA COMMUNITY COLL., TUCSON, AZ 85745

10924    DON G. BOEHMER/RURAL METRO, C/O DON G. BOEHMER, SCOTTSDALE, AZ 85251

10924    DON G. BOEHMER/SCOTTSDALE MEMORIAL, C/O DON G. BOEHMER, SCOTTSDALE, AZ 85254

10924    DON G. BOEHMER/SHC PAIN CENTER, SCOTTSDALE, AZ 85251

10924    DON G. BOEHMER/SKY HARBOR AIRPORT, TERMINAL 4 EXPANSION, PHOENIX, AZ 85034

10924    DON G. BOEHMER/SKYLINE HIGH SCHOOL, MESA, AZ 85201

10924    DON G. BOEHMER/SLEEP INN, 16610 N. SCOTTSDALE RD., PHOENIX, AZ 85026

10924    DON G. BOEHMER/TEMPE HIGH SCHOOL, C/O DON G. BOEHMER, TEMPE, AZ 85282

10924    DON G. BOEHMER/TEMPE MISSION PALMS, TEMPE, AZ 85282

10924    DON G. BOEHMER/TERMINAL 4 EXPANSION, SKY HARBOR AIRPORT, PHOENIX, AZ 85063

10924    DON G. BOEHMER/WASHINGTON ELEM., PHOENIX, AZ 85019

10924    DON G. BOEHMER/WORD OF GRACE CHURCH, DON G. BOEHMER CO., MESA, AZ 85201

10925    DON H BLANKS, PO BOX 60410, MIDLAND, TX 79711-0410

10924    DON HOBAN  CO., 3403 SANTA ROSA AVE, SANTA ROSA, CA 95407

10924    DON HOBAN  CO., 7608 FOLSOM BLVD, SACRAMENTO, CA 95826

10924    DON HOBAN, 1095 SPICE ISLAND SUITE 109, SPARKS, NV 89434

10925    DON JOHNS ENGINEERING, 1312 W. LAKE ST., CHICAGO, IL 60607

10925    DON JOHNS INC, 1312 WEST LAKE ST, CHICAGO, IL 60607-1590

10925    DON JOHNS INC., 1050 PROGRESS IND. BLVD., LAWRENCEVILLE, GA 30243

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　DON JOHNS INC., 1312 W LAKE ST, CHICAGO, IL 60607-1590

10925　DON JOHNS INC., 1312 W.LAKE ST, CHICAGO, IL 60607

10925　DON JOHNS INC., 1312 WEST LAKE ST, CHICAGO, IL 60607-1590

10925　DON JOHNS, INC, 1312 WEST LAKE ST, CHICAGO, IL 60607

10924　DON JORDAN ENERGY SYSTEMS, 1501 MADISON AVE., YAKIMA, WA 98902

10924　DON JORDAN ENERGY SYSTEMS, 1501 MADISON AVENUE, YAKIMA, WA 98902

10924　DON JORDAN INSULATION, 420 WINDY POINT ROAD, PARKER, WA 98939

10924　DON JORDAN INSULATION, C/O BROTJE ORCHARDS, PRESCOTT, WA 99348

10924　DON JORDAN/SUNNYSIDE COMMUNITY HOSP, 1016 E. TACOMA AVE., SUNNYSIDE, WA 98944

10924　DON KEHN CONSTRUCTION, INC., 6550 S COUNTY RD 5, FORT COLLINS, CO 80528

10924　DON KEHN CONSTRUCTION, INC., 6550 S. COUNTY RD 5, FORT COLLINS, CO 80528-9413

10925　DON KING, DON KING WORLD BANKS, CONTROL OF MONEY OF LAW, 445 5TH AVE N, ST PETERSBURG, FL 33701-2836

10925　DON KNAPP, 305 WEST CHURCH ST, BENTON, IL 62812-1416

10925　DON L TSCHANIYEN, 1412 WASHINGTON ST, HIGHLAND, IL 62249-2530

10925　DON LEE AUTO SERVICE, 9793 FOOTHILL BLVD., CUCAMONGA, CA 91730

10925　DON MCLEAN, 814 N. COLFAX, GRIFFITH, IN 46319

10925　DON MILLER MARKETING SERVICES, 2184 NIGHT SHADE DR, GERMANTOWN, TN 38139

10925　DON R BARROWS, 202 ASHLEY DR, DAYTON, TX 77535-9671

10925　DON R DURHAM, PHD, 20617 BEAVER RIDGE RD., GAITHERSBURG, MD 20879

10925　DON R SIMPSON, 838 FERN ST, HOLTVILLE, CA 92250-1212

10925　DON SIMON HOMES INC, KAREN SIMON DREYER, 2800 ROYAL AVE, MADISON, WI 53713

10924　DON TALLET LUMBER CO, 4361 SW 8 STREET, MIAMI, FL 33134

10925　DON TAULBEE, 10612 FOIX ST, NORWALK, CA 90650

10925　DON VALK, 105 N. CARRIER PKWY, GRAND PRAIRIE, TX 75050

10925　DON W BROWN & JUDY A BROWN JT TEN, 611 MYRTLE HILL DR, BATON ROUGE, LA 70810-4218

10925　DON WAN FLORIST INC, 5644 WEST 63RD ST, CHICAGO, IL 60638

10925　DON WARD & CO, 241 W 56TH AVE, DENVER, CO 80216

10925　DON WARD AND COMPANY, 241 W 56TH AVE, DENVER, CO 80216

10925　DON WOOD INC, 6501 OLD WINTER GARDEN ROAD, ORLANDO, FL 32835

10924　DON WORKS & CO INC, ATTN:  ACCOUNTS PAYABLE, FORT LAUDERDALE, FL 33307

10924　DON WORKS & CO., INC., 4430 N.E. 8TH AVENUE, FORT LAUDERDALE, FL 33304

10924　DON WORKS & CO., INC., ATTN:  ACCOUNTS PAYABLE, FORT LAUDERDALE, FL 33307

10924　DON WORKS & COMPANY, INC., 4430 N.E. 8TH AVENUE, FORT LAUDERDALE, FL 33334

10925　DON YOUNG 25TH ANNIVERSARY COMMITTE, 600 NEW HAMPSHIRE AVE NW, WASHINGTON, DC 20037

10925　DONA G W VERNON, 32576 LAKE RD, AVON LAKE, OH 44012-1769

10925　DONADO, EMERITO, 162 W. LINDEN, A, BURBANK, CA 91502

10924　DONAGHAY STUDENT CENTER, UNIVERSITY OF ARKANSAS, LITTLE ROCK, AR 72204

10924　DONAGHEY STUDENT CENTER, LITTLE ROCK, AR 72200

10925　DONAHOES CONSTRUCTION, HWY 57, MICHIE, TN 38357

10925　DONAHUE, ALICE, 614 W WALNUT ST, SCOTTSBURG, IN 47170

10925　DONAHUE, BARBARA L S, CUST, CONNOR DONAHUE UNDER THE, CT UNIF TRANSFERS TO MINORS ACT, RR 1 BOX 260, DUTCH HILL ROAD, DANBY, VT 05739

10925　DONAHUE, CATHERINE, 989 TEXEC LN, CLARKSTON, GA 30021

10925　DONAHUE, DEBORAH, 52 DEERHILL ROAD, LEBANON, NJ 08833

10925　DONAHUE, HEATHER, 13375 BROOKFIELD CT, CHANTILY, VA 22021

10925　DONAHUE, HEIDI, 14111 N 78TH DRIVE, PEORIA, AZ 85381

10925　DONAHUE, JAMES, 199 H ST, 18, S. BOSTON, MA 02127

10925　DONAHUE, JAMES, 2853 LANDING DR, MARIETTA, GA 30066

10925　DONAHUE, JEFFREY, USW 1000-1 PO BOX 311, MENDHAM, NJ 07945-0311

10925　DONAHUE, JOHN, PO BOX 177, REVERE, PA 18953

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DONAHUE, KATHERINE, 215 PEARL ST, READING, MA 01867

10925 DONAHUE, KELLY, 1341 GARMAN ROAD, AKRON, OH 44313

10925 DONAHUE, KEVIN, 134 LEXINGTON ST APT 5, WOBURN, MA 01801

10925 DONAHUE, L, 614 W. WALNUT, SCOTTSBURG, IN 47170

10925 DONAHUE, LISA, 11 MADISON AVE., CAMBRIDGE, MA 02140

10925 DONAHUE, MICHAEL, 47 LAKEVIEW RD, FRAMINGHAM, MA 01701

10925 DONAHUE, PATRICIA, HC 75 BOX 710, GALISTEO, NM 87540

10925 DONAHUE, ROBIN, 50 GLEN ST, WHITMAN MA, MA 02382

10925 DONAHUE, TONYA, 1613 KING OF ARMS, LOUISVILLE, KY 40222

10925 DONAHUE-MANEGLD, DIANE, 88 HOBSON ST, UNION, NJ 07083

10925 DONALD A PECK TR UA DEC 1 68, FBO DONALD A PECK INC PROFIT, SHARING PLAN, 15405 LOS GATOS BLVD 202, LOS GATOS, CA 95032-2500

10925 DONALD A PECK TR UA JUN 30 80, DONALD A PECK MD INC MONEY, PURCHAPLAN & PROFIT, SHARING TRUST, 15405 LOS GATOS BLVD 202, LOS GATOS, CA 95032-2500

10925 DONALD A PERATA TR UW, JOHN PERATA, 14146 PERATA CT, SARATOGA, CA 95070-5303

10925 DONALD A STARKE, 6388 VIOLET CT, GOLDEN, CO 80403-7409

10925 DONALD A. JOHNSON, 709 FARM TO MARKET RD., LIBBY, MT 59923

10925 DONALD A. STARKE, 6841 DEVINNEY ST, ARVADA, CO 80004

10925 DONALD B ARMSTRONG &, MARTHA ANN ARMSTRONG JT TEN, RD 4 BOX 132, PUNXSUTAWNEY, PA 15767-8610

10925 DONALD B DOWNS &, CATHERINE A DOWNS JT TEN, 25111 W 89TH ST, LEAWOOD, KS 66206

10925 DONALD B HADSOCK, 1806 MANATEE AVE W, BRADENTON, FL 34205-5927

10925 DONALD B JENNINGS & DONALD B, JENNINGS JR TR UA AUG 21 70, MARTHA S JENNINGS TR, 106 BRETANO WAY, GREENBRAE, CA 94904-1302

10925 DONALD B RAMEY, 7536 WOODLAND BAY DR, HARRISON, TN 37341-9449

10925 DONALD B ROLLINGS TR UA, APR 01 89 ROLLINGS TRUST, 363 S MEYER AV, TUCSON, AZ 85701-2231

10925 DONALD BOGERT, PO BOX 24775, BALTIMORE, MD 21220

10925 DONALD BRET FORNWALT, 1343 CULPEPPER RIDGE DR, BALLWIN, MO 63021

10925 DONALD BURNEST BAILEY &, MARY LOU BAILEY JT TEN, 201 S GRANT AVE, FOWLER, IN 47944-1542

10925 DONALD C FERGUSON, MT VIEW MOBILE PARK, 1685 OLD HWY 99 S, SPACE 44, MOUNT VERNON, WA 98273-9091

10925 DONALD C MORRIS & JUANITA M, MORRIS JT TEN, 170 S FIRESTONE BLVD, AKRON, OH 44301-2025

10925 DONALD C MORRIS, 170 S FIRESTONE BLVD, AKRON, OH 44301-2025

10925 DONALD C RODNER, INC, PO BOX 246, DAYTON, NJ 08810

10925 DONALD C SMITH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 DONALD CARL CLAGETT, WILLEMSTRAAT 92, DEN HAAG, 2514 HNNETHERLANDS          *VIA Deutsche Post*

10925 DONALD COLLINS & CONNIE COLLINS, JT TEN, 1514 WELCH BLVD, FLINT, MI 48504-7352

10925 DONALD D FRANKS, 86 OVERLOOK AVE, LANCASTER, PA 17601-6231

10925 DONALD D GARY, CHEVRON TEXACO LAP- DENMARK POUCH, 2333 PONCE DE LEON BLVD., 4TH FL, CORAL GABLES, FL 33134

10925 DONALD D JEFFERSON, UNIT 2004, 3200 N LAKE SHORE DR UNIT 2004, CHICAGO, IL 60657-3920

10925 DONALD D. FROMMING, E10785 PRAIRIE ROAD, PRAIRIE DU SAC, WI 53578

10925 DONALD DANIEL GIVONE, 260 MAC ARTHUR DR, WILLIAMSVILLE, NY 14221-3735

10925 DONALD DAVIS BAGS, PO BOX 8369, SPARTANBURG, SC 29305-8369

10925 DONALD DEAN STOCKHOLM &, PATRICIA STOCKHOLM JT TEN, 164 CARRINGTON DR, PAWLERS ISLAND, SC 29585-5624

10925 DONALD DEVANE, 10160 BESSMER LANE, FAIRFAX, VA 22032-2303

10925 DONALD E HUGHES, 817 STANTON AVE, TERRACE PARK, OH 45174-1251

10925 DONALD E LONG, 5210 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 DONALD E PIERCE, 49 WOODLAND AVE, LYNN, MA 01904-1403

10925 DONALD E RECHLIN &, JANET C RECHLIN JT TEN, 5160 GREENACRE DRIVE, FREDERIC, MI 49733-9796

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DONALD E SHAFFER, 167 PUGH RD, WAYNE, PA 19087-5328

10925 DONALD E WARREN, 209 EAGLE RIDGE RD., RTE 2, JOPLIN, MO 64804

10925 DONALD E WEIMER, 49 HENRY AVE, BABYLON, NY 11702-1329

10925 DONALD EXCAVATING, INC, 7831 PHILDADELPHIA RD., BALTIMORE, MD 21237

10925 DONALD F BOGART & JEAN G, BOGART TR UA JUN 09 00, THE DONALD F BOGART TRUST, 4149 WINFIELD RD, COLUMBUS, OH 43220-4605

10925 DONALD F BRIX & NORMA JEAN BRIX, JT TEN, 1106 PLUM ST, ATLANTIC, IA 50022-2425

10925 DONALD F GARVEY - PETTY CASH, 6401 POPLAR AVE STE 301, MEMPHIS, TN 38119

10925 DONALD F OLSON, 112C GLENWOOD DR, KALISPELL, MT 59901-6019

10925 DONALD F PETERSON, 1061 GALLOPING HILL RD, FAIRFIELD, CT 06430-7129

10925 DONALD F YOUNG, 405 S E Q, LEON, IA 50144-1745

10925 DONALD FRANK MUNDAY, 4714 W 80TH ST, PRAIRIE VILLAGE, KS 66208-5022

10925 DONALD G BENNETT, 115 86 238TH ST, ELMONT, NY 11003-3905

10925 DONALD G CANADAY SR &, M BERNIECE CANADAY JT TEN, 520 HARRISON AVE, CAMBRIDGE, OH 43725-1472

10925 DONALD G TRUTNER, 12 YARMOUTH ROAD, CHATHAM, NJ 07928-1863

10925 DONALD GOEPPNER TR UW, ALBERT WITTE FBO MARY GOEPPNER, 11721 SOUTH MAPLEWOOD AVE, CHICAGO, IL 60655-1524

10925 DONALD H SEFTON, 5270 CANDEE LANE, FALLON, NV 89406-9243

10925 DONALD HAWTHORNE, 1506 HWY 246N, GREENWOOD, SC 29649-9643

10925 DONALD I PERRY, 5 EAST ST APT 22, PROVIDENCE, RI 02906-3045

10925 DONALD J CASEY & AUDREE M CASEY, JT TEN, 2547 BRESLAUER AVE, CHICO, CA 95928-9516

10925 DONALD J DUQUETTE & MARIE T DUQUETTE JT TEN, 30 CLIFTON ST, CAMBRIDGE, MA 02140-2429

10925 DONALD J SHARPE, 112 KLAUS TERRACE, WARNER ROBINS, GA 31088-2034

10925 DONALD J WHEELER, 105 HART AVE, WEBSTER GROVES, MO 63119-2221

10925 DONALD L ARENSON, 7544 N KARLOV AVE, SKOKIE, IL 60076-3863

10925 DONALD L GUARNIERI, 431 E MARKET ST, WARREN, OH 44481-1209

10925 DONALD L HOPKINS, 1221 N POST OAK RD, HOUSTON, TX 77055-7213

10925 DONALD L JENSEN &, PAULINE R JENSEN JT TEN, 7216 SOUND VIEW DR, EDMONDS, WA 98026-5566

10925 DONALD L MASSON &, MARY E MASSON JT TEN, 1615 CIRCLE DR APT 321, PANORAMA CITY, OLYMPIA, WA 98503-2525

10925 DONALD L TWISELTON, 2511 CANYON ST SW, CEDER RAPID, IA 52404-6105

10925 DONALD LABS, 314 S ONTARIO ST, DE PERE, WI 54115

10925 DONALD LEVY, 279 E 44TH ST APT 11K, NEW YORK, NY 10017-4347

10925 DONALD M FEHR &, STEPHANIE A FEHR JT TEN, 34 ROCKINGHORSE TRAIL, PORT CHESTER, NY 10573-1038

10925 DONALD M KREIN &, WANDA P KREIN JT TEN, 8403 S E CLATSOP COURT, PORTLAND, OR 97266-6116

10925 DONALD M SIKOWSKI &, BARBARA E SIKOWSKI JT TEN, 1222 NOVA LANE, GREEN BAY, WI 54304-4229

10925 DONALD MARK FEAGANS, 4000 N HAWTHORNE, CHATTANOOGA, TN 37406-1313

10925 DONALD MARSHALL PITMAN, 2701 W 27TH ST, PANAMA CITY, FL 32405-2137

10925 DONALD MC NEES, 727 SCOTTSDALE DR, RICHARDSON, TX 75080-6010

10925 DONALD MICHAEL BELLO, 603 DAREN LANE, MINE HILL, NJ 07801-3053

10925 DONALD N BAPTISTE &, MARGARETT J BAPTISTE JT TEN, 21 HARRISON ST, FARMINGDALE, NY 11735-6808

10925 DONALD O GUSTAFSSON &, LYNDA M GUSTAFSSON TEN COM, 5128 FENWOOD DR, ZACHARY, LA 70791-2434

10925 DONALD P. RICE, HWY 221, ENOREE, SC 29335

10925 DONALD PUCCINELLI, 755 SOUTH CYPRESS AVE, SAN JOSE, CA 95117-2116

10925 DONALD R ASHTON, 9659 CALVIN AVE, NORTHRIDGE, CA 91324-2110

10925 DONALD R CONKLING, 218 MYSTIC COVE, WAYNESVILLE, NC 28785-9373

10925 DONALD R DELAY, PO BOX 592, NORWOOD, MA 02062-0592

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DONALD R GIASSON &, MARY ANN GIASSON TEN COM, 78 RED OAK DR, DENISON, TX 75020-2734

10925 DONALD R HESTER, 4032 FAWNHOLLOW DR, DALLAS, TX 75244-7315

10925 DONALD R LEWIS, C/O CHARLYN LEWIS, 8 WEATHERBY, ST PETERS, MO 63376-3242

10925 DONALD R SHORT, 6742 DUPONT AVE N, MINNEAPOLIS, MN 55430-1520

10925 DONALD R SPIEKERMAN & KAREN, G SPIEKERMAN TR UA AUG 4 88, THE SPIEKERMAN TRUST, 3961 DALLEY WAY, GLEN AVON, CA 92509-2707

10925 DONALD R WHITE TAX COLLECTOR, 1221 OAK ST, OAKLAND, CA 94612

10925 DONALD S INDGE, 52 FARNHAM ST, BELMONT, MA 02178-3264

10925 DONALD S KOHTZ &, NADA T KOHTZ JT TEN, 1301 CUTLER LANE, HUDSON, OH 44236-5103

10925 DONALD S WOODBURY &, JANE M WOODBURY TR, UA 08 03 92, WOODBURY FAMILY NOMINEE TRUST, 15 COLEMAN RD, BYFIELD, MA 01922-2802

10925 DONALD S. INGE, 52 FARNHAM ST, BELMONT, MA 02178

10925 DONALD SCHEXNAYDER, 253 N MILLET AVE, GRAMERCY, LA 70052-9692

10925 DONALD SMITH JOHNSTONE &, ELIZABETH JANE JOHNSTONE JT TEN, 21 STEEPLECHASE LANE, CANTON, MA 02021-1748

10925 DONALD W BRETHERICK, 487 KERR LANE, SPRINGFIELD, PA 19064-2217

10925 DONALD W BRYAN &, CATHARINE L BRYAN JT TEN, 432 VILLA DUNES DRIVE, NAGS HEAD, NC 27959-9238

10925 DONALD W CRIPPEN, 7152 MOUNTAIN VIEW RD, POLSON, MT 59860-9755

10925 DONALD W HAAS &, DOROTHY K HAAS JT TEN, 920 BIRCH RD, HELLERTOWN, PA 18055-1905

10925 DONALD W MIRRO, 45 SOUTH ST, GUSHAM, NY 10924-2320

10925 DONALD W WILLIAMS, 102 GLENN MEADOW CT, GARNER, NC 27529-3464

10925 DONALD WILLIAM HIX &, ALBERTA MYERS HIX TEN ENT, 9453 DUNLOGGIN RD, ELLICOTT CITY, MD 21042-5115

10925 DONALD Z KOPLOWITZ, 7 MEADOWLAKE, CREVE COEUR, MO 63146-5468

10925 DONALD, BETTY, 106 ELENA DRIVE, MOORE, SC 29369

10925 DONALD, JAMES, 153 HWY 28 WEST, LAUREL, MS 39443

10925 DONALD, LAURA, 10280 JULIAN ST, WESTMINSTER, CO 80030

10925 DONALD, MICHAEL, 2501 COPPERFIELD DRIVE, SANTA ROSA, CA 95401

10925 DONALD, RYAN, 590 WETODA DRIVE, SENECA, SC 29678

10924 DONALDSON ACOUSTICS INC, CAMBRIDGE, MA 02140

10924 DONALDSON ACOUSTICS, PO BOX 640, BETHPAGE, NY 11714

10925 DONALDSON BLACK, 208 W WENDOVER AVE, GREENSBORO, NC 27401

10924 DONALDSON BROS. READY MIX, 477 US HWY 93 NORTH, HAMILTON, MT 59840

10924 DONALDSON BROS. READY MIX, 491 HWY 93, HAMILTON, MT 59840

10924 DONALDSON BROS. READY MIX,INC., 477 US HWY 93 NORTH, HAMILTON, MT 59840

10925 DONALDSON CO INC, PO BOX 1299, MINNEAPOLIS, MN 55490

10925 DONALDSON CO INC, TORIT DIV, PO BOX 1299, MINNEAPOLIS, MN 55440

10925 DONALDSON CO, INC, PO BOX 96869, CHICAGO, IL 60693

10925 DONALDSON COMPANY INC, 5200 COYE DRIVE, STEVENS POINT, WI 54481

10925 DONALDSON COMPANY, INC, 3601 ALGONQUIN ROAD SUITE 420, ROLLING MEADOWS, IL 60008

10925 DONALDSON COMPANY, INC, PO BOX 96869, CHICAGO, IL 60693

10925 DONALDSON COMPANY, PO BOX 96869, CHICAGO, IL 60693

10924 DONALDSON CONCRETE SUPPLY LLC, 8705 WESTPHALIA ROAD, UPPER MARLBORO, MD 20774

10924 DONALDSON FAMILY PRACTICE, CENTER PIKE, NASHVILLE, TN 37200

10925 DONALDSON HORSLEY, 208 W WENDOVER AVE, GREENSBORO, NC 27401

10925 DONALDSON INDUSTRIAL GROUP, PO BOX 1299, MINNEAPOLIS, MN 55440

10925 DONALDSON INDUSTRIAL GROUP, PO BOX 91243, CHICAGO, IL 60693

10925 DONALDSON LUFKIN&JENRETTE, 277 PARK AVE, NEW YORK, NY 10172

10924 DONALDSON MEDICAL OFFICE BUILDING, 5655 OLD HICKORY BLVD., NASHVILLE, TN 37200

10924 DONALDSON MOBILE MIX CONCRETE, 417 ASSOCIATED ROAD, BREA, CA 92821

10924 DONALDSON MOBILE, 417 ASSOCIATED ROAD SUITE A-300, BREA, CA 92821

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  DONALDSON SUPPLY CO., INC., 40 MURDOCK STREET, CANONSBURG, PA 15317

10925  DONALDSON, ALLEN, 9185 N W LOVEJOY ST, PORTLAND, OR 97229-5329

10925  DONALDSON, ANITA, 4205 S. SEMORAN BLVDAPT. #12, ORLANDO, FL 32822

10925  DONALDSON, BRIAN, 1033 FRANKLIN RD, MARIETTA, GA 30067

10925  DONALDSON, CAROL, 3885 FAIRFAX SQ, FAIRFAX, VA 22031

10925  DONALDSON, DIANNE, 5308 PINEBROOK, INDIANAPOLIS, IN 46254

10925  DONALDSON, EDSEL, 3109 MADELINE CIRCLE, MEMPHIS, TN 38127-6736

10924  DONALDSON-MOBILE MIX CONCRETE, 417 ASSOCIATED ROAD, BREA, CA 92821

10925  DONALSON, DENNIS, 2971 ATHENS HWY, GREENSBORO, GA 30642

10925  DONATA ZAPPULLA, 363 SECOND AVE, GARWOOD, NJ 07027-1004

10925  DONATACCI, THERESE, O-73 PLAZA RD, FAIRLAWN, NJ 07410

10925  DONATHAN, STEVEN, ROUTE 2 BOX 93, WISTER, OK 74966

10925  DONATIELLO, MARK, 41 TAMARACK DRIVE, SUCCASUNNA, NJ 07876

10925  DONATO ROBERT TELESCA &, RUBY DANCY TELESCA TEN ENT, 911 BEAVERBANK CIRCLE, TOWSON, MD 21286-3314

10925  DONATO, ELLEN, 451 CALL HOLLOW RD, STONY POINT, NY 10980

10925  DONATO, IRIS, APDO. 261, YABUCOA, PR 00767

10925  DONATO, JANICE, 800 WEST YALE ST, ORLANDO, FL 32804

10925  DONAWAY, VENETIA, 988 E MARKET ST, GEORGETOWN, DE 19947

10925  DONAYRI, PAULA, 1165 SW 19TH ST, BOCA RATON, FL 33486

10925  DONCASTER, FRANCIS, 27 JOSEPHINE AVE, SOMERVILLE, MA 02144

10924  DONCASTERS, 835 POQUONNOCK ROAD, GROTON, CT 06340-1146

10925  DONCSECZ, WAYNE, 224 N. HELLERTOWN AV, QUAKERTOWN, PA 18951

10925  DONDERO, ANTHONY J, 7500 GRACE DR., COLUMBIA, MD 21044

10925  DONDERO, ANTHONY, 415 ST. IVES DRIVE, SEVERNA PARK, MD 21146

10924  DONDLINGER & SONS CONST, PO BOX398, WICHITA, KS 67201

10924  DONDLINGER & SONS CONST. CO., TREATMENT PLANT  PHASE II, HWY 77, PONCA CITY, OK 74602

10924  DONDLINGER & SONS CONST., CO., MCPHERSON, KS 67460

10924  DONDLINGER & SONS CONST., CO., N. HWY 81, BELLEVILLE, KS 66935

10924  DONDLINGER & SONS CONST., CO., P. O. BOX 398, WICHITA, KS 67201

10925  DONEGAN, RICARDO, 2836 W 87TH ST, CHICAGO, IL 60652

10925  DONEGHY, BOBBIE, 2700 16TH ST, BEAUMONT, TX 77703

10925  DONEHOO SR, WILLIAM, 631 S. PARKVIEW AVE., NORTH BRADDOCK, PA 15104

10925  DONELL FULWOOD, 3920 GLENHUNT RD, BALITMORE, MD 21229-1921

10924  DONELSON HOSPITAL M.O.B., CENTRAL PIKE, NASHVILLE, TN 37214

10924  DONER BUILDING C/O PONTIAC C&P, THE, 26711 NORTHWESTERN HIGHWAY, SOUTHFIELD, MI 48034

10925  DONER, WESLEY, 202 DOTHAN ROAD, ABBEVILLE, AL 36310

10925  DONES, RICARDO, 9107 LOUGHRAN RD, FORT WASHINGTON, MD 20744

10925  DONEY, ELLEENE, 3713 HAMPTON CT, ALEXANDRIA, VA 22309

10925  DONEY, MARIAN, 419 NO 3RD ST, EMMAUS, PA 18049

10925  DONEY, ROBERT, 3441 BLEILER ROAD, EMMAUS, PA 18049

10925  DONG LAM, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925  DONG SOO HAM, 6 LINDA ISLE, NEWPORT BEACH, CA 92660

10925  DONGA, ELLEN, 33 UPTON ST, QUINCY, MA 02169

10924  DONHUE BUILDING, C/O BARRIER CORPORATION, CHICAGO, IL 60605

10925  DONKEL, JEFFREY, 16572 JIB CIRCLE, HUNTINGTON BEACH, CA 92649

10925  DONLAN, DAVID, 31 COLLINS AVE, CLOSTER, NJ 07624

10925  DONLEE TECH, 693 NORTHHILLS ROAD, YORK, PA 17402

10925  DONLEY, VERNON, 217 W JACKSON, CULLOM, IL 60929

10925  DONLYN INC, DBA, PO BOX 800833, DALLAS, TX 75380-0833

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    DON-MARC GHERARDI &, JEANNE GHERARDI JT TEN, 1813 LANSING CT, MC LEAN, VA 22101-5256

10925    DONN, SUSAN, 3662 CHILI AVE, ROCHESTER, NY 14624

10925    DONNA B DESHIELDS, PO BOX 86, ENOREE, SC 29335

10925    DONNA CALDER CUSTODIAN FOR, AJAHNA HOO-WILSON, 3206 GUNTHER AVE, BRONX, NY 10469-3112

10925    DONNA CAROL HARTENSTEIN, 5741 STAHELIN, DETROIT, MI 48228-4735

10925    DONNA DODRILL, 7500 GRACE DR., COLUMBIA, MD 21044

10925    DONNA FREEDMAN, 7407 CARTA VALLEY DR, DALLAS, TX 75248-3015

10925    DONNA GRUBBS TR UA JAN 17 96, THE DONNA GRUBBS REVOCABLE TRUST, 4785 LEETONIA RD, LEETONIA, OH 44431-9635

10925    DONNA J LOCKWOOD, 1114 E GARTNER RD, NAPERVILLE, IL 60540-7726

10925    DONNA KENLY, 7500 GRACE DR., COLUMBIA, MD 21044

10925    DONNA M KURST CUST MOLLIE P, KURST UNIF GIFT MIN ACT NY, 75 WEST END AVE APT P23C, NEW YORK, NY 10023-7877

10925    DONNA M KURST, 111 MUIR WOODS DR, CARY, NC 27513-4757

10925    DONNA M MUOLLO &, MATTHEW M MUOLLO JT TEN, PO BOX 325, WENHAM, MA 01984-0625

10925    DONNA M MUOLLO &, SARAH M MUOLLO JT TEN, PO BOX 325, WENHAM, MA 01984-0625

10925    DONNA M MUOLLO, PO BOX 325, WENHAM, MA 01984-0625

10925    DONNA M TORRADO, 7 PORTER PLACE, BLOOMFIELD, NJ 07003-5013

10925    DONNA M. ERNST, 1200 NW 15 AVE., POMPANO BEACH, FL 33069

10925    DONNA MATHIS, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925    DONNA MILLER, 20210 HWY 55 NORTH, STERRETT, AL 35147

10925    DONNA P EDWARDS, 17505 MOUNTAIN CHARLIE RD, LOS GATOS, CA 95030-8407

10925    DONNA SHAW, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    DONNA WILSON, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925    DONNAHOO, ROBERT, 6 CUBS PATH, HOPKINTON, MA 01748

10925    DONNE D SLABY &, BARBARA J SLABY JT TEN, 1126 HOBSON MILL DR, NAPERVILLE, IL 60540-8104

10925    DONNEGAN SYSTEMS, 100 OTIS ST SUITE 1, NORTHBORO, MA 01532

10925    DONNEGAN SYSTEMS, INC, 100 OTIS ST - SUITE 1, NORTHBORO, MA 01532

10925    DONNEGAN SYSTEMS, INC, 100 OTIS ST SUITE 1, NORTHBORO, MA 01532

10925    DONNELLI, ROBERT, 812 PANORAMA DR. #3A, PALATINE, IL 60067

10925    DONNELLY & DUNCAN, 865 WATERMAN AVE, EAST PROVIDENCE, RI 02914

10925    DONNELLY COMPANY, THE, 753 ROWLEY ROAD, VICTOR, NY 14564

10925    DONNELLY CORPORATION, 414 EAST 40TH ST, HOLLAND, MI 49423

10925    DONNELLY CORPORATION, PO BOX 9011, HOLLAND, MI 49422

10925    DONNELLY, JACQUELYN, 526 LOWELL AVE, NEWTON, MA 02160

10925    DONNELLY, JAMES, 812 BROOKSHADE PKWY, ALPHARETTA, GA 30004

10925    DONNELLY, JOHN H, 17 HAINES DR, BLOOMFIELD, NJ 07003-2905

10925    DONNELLY, JR, ESQ, E, FOX FOTSCHILD OBRIEN & FRANKELL LL, 2000 MARKET ST, PHILADELPHIA, PA 19103-3291

10925    DONNELLY, KAREN D, 2837 ANDERSON DR, ALLISON PARK, PA 15101

10925    DONNELLY, LACQUINITA, 259 JOYCE CT., BALLWIN, MO 63021

10925    DONNELLY, MARYLOU, 1080 MAIN ST, MELROSE, MA 02176

10925    DONNELLY, PATRICIA, 360 DAVID ST., SOUTH AMBOY, NJ 08879

10925    DONNER, DALE, 83513 544TH AVE, BATTLE CREEK, NE 68715-5011

10925    DONNESON, L M, 27177 FLAGLER ST, SUN CITY, CA 92586-6004

10925    DONNIE K ROBERTSON &, MARY G ROBERTSON JT TEN, 12937 HEIMBERGER RD, BALTIMORE, OH 43105-9451

10925    DONNIE W PEAKE, 3 VERDUN AVE, GREENVILLE, SC 29609-4138

10925    DONNIS A BARBER, PO BOX 780, ZOLFO SPRINGS, FL 33890-0780

10925    DONOFRIO, MICHELLE, 1707 BONNER TRAIL, OREGON, WI 53575

10925    DONOFRY, ROSEMARIE, 6238 TABOR AVE, PHILADELPHIA, PA 19111

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DONOFRY, SHEILA, 52 BUCKMAN DRIVE, HATBORO, PA 19040

10925 DONOGHUE, ANDREW, 25 POLARIS ST, ROCHESTER, NY 14606

10925 DONOGHUE, KATHLEEN, 3002 HAMILTON DRIVE, VOORHEES, NJ 08043

10925 DONOHO, MARJORIE, 4950 CANYON ROAD, GUTHRIE, OK 73044

10925 DONOHO, ROBERT, 5412 SUNDANCE RD, SALEM, VA 24153

10925 DONOHUE SABO VARLEY & ARMSTRONG, PO BOX 15056, ALBANY, NY 12212-5056

10925 DONOHUE, KIM, 103 BANISTER COURT, GREER, SC 29650

10925 DONOHUE, PEDRO, 34-47 90TH ST, JACKSON HEIGHTS, NY 11372

10925 DONOHUE, SABO, VARLEY & ARMSTRONG, 18 COMPUTER DRIVE EAST, ALBANY, NY 12212-5056

10925 DONORS FORUM, THE, 600 BRICKELL AVE STE 206K, MIAMI, FL 33131

10925 DONORS FORUM, THE, 600 BRIDKELL AVE SUITE 206K, MIAMI, FL 33131

10925 DONOVAN & OCONNOR, PO BOX 230, ADAMS, MA 01220

10925 DONOVAN JR, WILLIAM, 187 CHURCH ST, N ADAMS, MA 01247

10925 DONOVAN, DOROTHYANNE, 89 LARCH ROW, WENHAM, MA 01984

10925 DONOVAN, HELEN, 530 E 23RD ST, NEW YORK, NY 10010-5024

10925 DONOVAN, JANICE, 7 LYONS LANE, WHITMAN, MA 02382

10925 DONOVAN, KATHLEEN, 118 3RD AVE SE, REMER, MN 56672-4489

10925 DONOVAN, MARY, 310 E GLENDALE AVE # 2, ALEXANDRIA, VA 22301

10925 DONOVAN, PATRICK, 229 FAIRMOUNT AVE, SAUGUS, MA 01906

10925 DONOVAN, SALLY, 1028 LEROY ST, NEW BEDFORD, MA 02745

10925 DONOVAN, THERESA, 11 JUDD CIRCLE, NEW WINDSOR, NY 12553

10925 DONOVAN, THOMAS, 10 PLEASANT DR, LONDONDERRY, NH 03053

10925 DONOVAN, THOMAS, 89 CENTRAL PARK RD, PLAINVIEW, NY 11803

10925 DONOVAN,JR, JEFFREY, 2801 POULIOT PLACE, WILMINGTON, MA 01887

10924 DON'S BUILDING SUPPLY, 2327 LANGFORD, DALLAS, TX 75208

10925 DONS DESTINATIONS, 3225 MAC DILL AVE, TAMPA, FL 33629

10925 DONS DIESEL SERVICE, 13575 CANDY LN, DE SOTO, MO 63020-5188

10925 DONS DIESEL SERVICE, 4610 YEAGER ROAD, POBOX 2438, HILLSBORO, MO 63050

10925 DONS RV OF MODESTO, 1603 8TH ST, MODESTO, CA 95354-2200

10924 DON'T USE ., 970 DURHAM ROAD, EDISON, NJ 08818

10924 DON'T USE SEE 228018, WEST WATER STREET, CENTERVILLE, IN 47330

10924 DONWALT INDUSTRIES, 1009 BUCKS IND. PARK, STATESVILLE, NC 28677

10924 DONWALT INDUSTRIES, 1009 BUCKS INDUSTRIAL PARK, STATESVILLE, NC 28677

10925 DONZELLA, MARK, 200 CRICKEN TREE DR, SIMPSONVILLE, SC 29681

10925 DONZELLA, MARK, 8841 CICERO DRIVE, BOYNTON BEACH, FL 33437

10925 DOOCEY, MARIA, 51 SPRUCE ST, WINCHESTER, MA 01890

10925 DOOCEY, THOMAS, 36 EVERETT AVE, WINCHESTER, MA 01890

10924 DOOLEY BROTHERS READY MIX, 2622 JACKSON LA ROAD, WOODVILLE, MS 39669

10924 DOOLEY BROTHERS READY MIX, PO BOX961, WOODVILLE, MS 39669

10925 DOOLEY, BRIAN, 2807 NEWMAN, HOUSTON, TX 77098

10925 DOOLEY, JOHN, 7695 ROSSMAN RD, KINGSTON, MI 48741

10925 DOOLEY, NANCY, 1955 LARKSPUR, SAN ANTONIO, TX 78213

10925 DOOLEY, ROSEMARY, 363 PARK ST WEST, N READING, MA 01864

10925 DOOLEY, SUE, 996 GOIN ROAD, NEWTAZEWELL, TN 37825

10925 DOOLEY, TIMOTHY, 285 EWELL ST, ROMEO, MI 48065

10925 DOOLITTLE, DONNA I, 2424 50TH AVE N L 15, ST PETERSBURG FL, FL 33714

10925 DOOLITTLE, LARRY, 111 JANE AVE., HOUMA, LA 70363

10925 DOOLITTLE, SHEILA, 130 BURNSIDE ST., JONESBORO, GA 30236

10925 DOOMS, CAROL, PO BOX 2113, ANNA MARIA, FL 34216

10925 DOONA, TARA, FLUSHING, NY 11355

10925 DOOR CO CLERK OF COURTS, 421 NEBRASKA ST, STURGEON BAY, WI 54235

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOOR SYSTEMS COMMERCIAL, 751 EXPRESSWAY DR, ITASCA, IL 60143

10925   DOOR SYSTEMS,INC, 20829 SUGARLOAF LANE, BOCA RATON, FL 33428

10925   DOORS AND BUILDING COMPONETS INC, 4310 INDUSTRIAL ACCESS ROAD, DOUGLASVILLE, GA 30134

10925   DOORTRAN INC, 601 S.W. 21 TERRACE SUITE 3, FORT LAUDERDALE, FL 33312

10925   DOPAK INC., PO BOX 23317, NEWARK, NJ 07189

10925   DOPICO, JANET, 12092 QUILTING LANE, BOCA RATON, FL 33428

10925   DOPPELT, CAROL, 232 ALLANDALE RD, CHESTNUT HILL, MA 02167

10925   DOPPELT, STEPHEN, 232 ALLANDALE RD, CHESTNUT HILL, MA 02167

10925   DORA G GAMMILL, 5054 ELIOTS OAK RD, COLUMBIA, MD 21044-1356

10925   DORA LEE STARKS, 200 LAVISTA BLVD, DODGE CITY, KS 67801-2850

10925   DORA M KENNEDY, 41 MAPLE PLACE, YONKERS, NY 10704-2204

10925   DORAN MURPHY, 1234 DELAWARE AVE, BUFFALO, NY 14209

10925   DORAN, GEORGINA, 6815 S 44TH PLACE, PHOENIX, AZ 85040

10925   DORAN, GONDELINA, 32900 KELLY RD., ROSEVILL, MI 48066

10925   DORAN, KEVIN, POST OFFICE BOX 3, PEASTER, TX 76485

10925   DORAN, RONALD, 145 EVELYN ST, TRUSSVILLE, AL 35173

10925   DORANNE RAFLOWITZ, PO BOX 360, GT BARRINGTON, MA 01230-0360

10925   DORATHY, JAMES, 5940 CHANTECLAIR DRIVE, NAPLES, FL 34108

10925   DORCA, MANUEL, C/SANI JOAN BOSCO, A7 A BARCELONA, BARCELONA, SPAIN       *VIA Deutsche Post*

10924   DORCHESTER DISTRICT COURTHOUSE, 510 WASHINGTON STREET, DORCHESTER, MA 02122

10925   DORE JR, RONALD, 1 CAMBRIDGE ROAD, HIGHLAND MILLS, NY 10930

10925   DORE, BRENNA, 610 WEST CLAUDE, LAKE CHARLES, LA 70605

10925   DORE, FRANCIS, 7955 MORRISON RD, HASTINGS, FL 32145

10925   DORE, RICKY, 211 ST. FIDELIS, CARENCRO, LA 70520-9320

10925   DOREEN MEEHAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DOREEN W GERMANOWSKI &, WALTER C GERMANOWSKI JT TEN, 29 POWERS ST, ADAMS, MA 01220-1216

10925   DOREGO, MARGARET, 11323 LONG HILL COURT, SPRING HILL, FL 34609

10925   DOREMUS & COMPANY, PO BOX 11145, NEW YORK, NY 10249-0008

10925   DOREMUS, BARBARA, 9287D BOCA GARDENS CIRCLE SOUTH, BOCA RATON, FL 33496

10924   DOREN, INC., 109 CORNWALL DRIVE, PITTSBURGH, PA 15238

10924   DOREN, INC., PO BOX55, WAMPUM, PA 16157

10924   DOREN, INC., RD#2, RT. 18, WAMPUM, PA 16157

10925   DORFMAN, SEAN, 25 MACARTHUR RD, NORTHBRIDGE, MA 01534

10925   DORFMAN, SEAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DORGAN, HILDA, 65 STRATHMORE ROAD, BROOKLINE, MA 02146

10925   DORI ANNE KUCHINSKY, 919 18TH ST NW, WASHINGTON, DC 20006

10925   DORI KUCHINSKY, 654 SPRINGVALE ROAD, GREAT FALLS, VA 22066

10925   DORIAN COLOR LAB INC, POBOX 390, ARLINGTON, MA 02476-0004

10925   DORIANO RUZZIER, 2536 SOUTHARD AVE, OCEANSIDE, NY 11572-1527

10924   DORIC VAULT CO, HWY 49 NORTH, JACKSON, MS 39213

10924   DORIC VAULT CO, P. O. BOX 1646, VICKSBURG, MS 39101

10924   DORIC VAULT CO., PO BOX1646, VICKSBURG, MS 39181

10924   DORIC VAULT OF EASTERN NY, INC., #7 DAMITA DRIVE, HUDSON, NY 12534

10925   DORIN, SUSAN, 12 MOUNTAIN TR, SPARTA, NJ 07871

10925   DORING, DIANA, 24 MITIMORE RD, DERRY, NH 03038

10925   DORION, ROMONA, 162 GALLIAN ST., 38, LAFAYETTE, LA 70501-6568

10925   DORIS A OBRIEN, 309 ELMWOOD AVE, QUINCY, MA 02170-2513

10925   DORIS A. CAREY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   DORIS B KOCH, 19 LITTLE COVE CIRCLE RR 1, W DENNIS, MA 02670-2221

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DORIS BENSON, 1434 HYTHE ST, ST PAUL, MN 55108-1423 | |
| 10925 | DORIS C MCQUAIDE, 3620 HOMEWOOD AVE, ASHTABULA, OH 44004-5935 | |
| 10925 | DORIS E HERSCHBACH, 1134 TELFER AVE, SAN JOSE, CA 95125-3346 | |
| 10925 | DORIS E MEISE, 2679 CREST LANE, SCOTCH PLAINS, NJ 07076-1513 | |
| 10925 | DORIS GOEPPNER, 11721 SOUTH MAPLEWOOD, CHICAGO, IL 60655-1524 | |
| 10925 | DORIS GOSSETT, 10127 KERRWOOD, HOUSTON, TX 77080-6304 | |
| 10925 | DORIS H SPENCER, 1133 HARBOR VIEW RD, CHARLESTON, SC 29412-4207 | |
| 10925 | DORIS HOLLE, RTE 1 BOX 28, FAIRMOUNT, OK 73736-9707 | |
| 10925 | DORIS J STOSKOPF, BOX 2211, KEALAKEKUA, HI 96750-2211 | |
| 10925 | DORIS K KUPITSKO, C/O RALPH C MATHERNE, 2156 LA SALLE, GRETNA, LA 70056-4515 | |
| 10925 | DORIS L OBRIEN &, KENNEDY P OBRIEN JT TEN, 47 DALEWOOD RD, CLIFTON, NJ 07013-3401 | |
| 10925 | DORIS M EATON TR UA DEC 29 95, DORIS M EATON TRUST, 734 ENTERPRISE RD, GROVECITY, PA 16127-6102 | |
| 10925 | DORIS M GEORGE, 1660 JODPHUR DR, FLORISSANT, MO 63033-2316 | |
| 10925 | DORIS M JONES & ASSOCIATES INC, 59 TEMPLE PLACE, BOSTON, MA 02111 | |
| 10925 | DORIS O WONG ASSOC, INC, 50 FRANKLIN ST, BOSTON, MA 02110 | |
| 10925 | DORIS P KANE, 607 OLD KENNETT RD, WILMINGTON, DE 19807-1513 | |
| 10925 | DORIS PANOS, 20 MALBURN TERRACE, LEOMINSTER, MA 01453 | |
| 10925 | DORIS PANOS, ONE TOWN CENTER, BOCA RATON, FL 33486-1010 | |
| 10925 | DORIS PETZACK & JEFFREY, PETZACK & GREGORY PETZACK, TR UA 07 17 96 PETZACK, FAMILY REVOCABLE TRUST, 75 WOODS RUN, ROLLINSFORD, NH 03869-5815 | |
| 10925 | DORIS R PETRASEK, 53 UPPER PROSPECT RD, ATLANTIC HIGHLANDS, NJ 07716 | |
| 10925 | DORIS R SEWARD, 5 BEECHMERE LN, HUNT VALLEY, MD 21030-1101 | |
| 10925 | DORIS S BAUM, 110 WINDWARD LANE, BRISTOL, RI 02809-1551 | |
| 10925 | DORIS S WALSTON, 1000 W NASH ST, WILSON, NC 27893 | |
| 10925 | DORIS SCHMIDT, C/O KEANE TRACERS INC, ONE TOWER BRIDGE, 100 FRONT ST SUIE 300, WEST CONSHOHOCKEN, PA 19428-2877 | |
| 10925 | DORIS VICTOR VITALE TR UA, MAY 14 91 THE VITALE REVOCABLE, TRUST, 3216 VIA CARRIZO UNIT B, LAGUNA WOODS, CA 92653-0642 | |
| 10925 | DORIS W CUNNINGHAM, 25 CYPRESS PT, WIMBERLEY, TX 78676-9414 | |
| 10925 | DORIS, ALAN, 202 BALBOA DRIVE, UNIVERSAL CITY, TX 78148 | |
| 10924 | DO-RITE CONSTRUCTION, 3237 N. BROADWAY, SAINT LOUIS, MO 63147 | |
| 10925 | DORMAN JR, THOMAS, 608 BROADWAY, WESTVILLE, NJ 08093 | |
| 10925 | DORMAN, ALVIN, 955 CAUTHEN CT, MARIETTA, GA 30066-3204 | |
| 10925 | DORMAN, BONNIE, 3804 ARMSTRONG CT, OAKLEY, CA 94520 | |
| 10925 | DORMAN, EARL, 927 WEST EL MORANO CIRCLE, ONTARIO, CA 91762 | |
| 10925 | DORMAN, JAY, 4631 82ND AVE N, PINELLAS PARK, FL 33781-1614 | |
| 10925 | DORMAN, MARLA, 2021-40TH ST, LUBBOCK, TX 79412 | |
| 10925 | DORMAN, STEVEN, 510 N.E. 5TH, ANDREWS, TX 79714 | |
| 10924 | DORMONT SCHOOL, 3200 ANNAPOLIS AVE, IMPERIAL, PA 15126 | |
| 10925 | DORN SPRINKLER CO., 4120 DUMONT ST, CINCINNATI, OH 45226 | |
| 10925 | DORN SPRINKLER CO., 4120 DUMONT STREET, CINCINNATI, OH 45226 | |
| 10925 | DORN, CRAIG, 30 MOUNTAIN RIDGE, COVINGTON, GA 30016 | |
| 10925 | DORN, VODRA, 7611 RIO PENASCO NW, ALBUQUERQUE, NM 87120 | |
| 10925 | DORNAN, KIERAN, 215 C ST, SE #406, WASHINGTON, DC 20003 | |
| 10925 | DORNAUER, FRANK, 2487 EDGERTON ROAD, BROADVIEW HTS., OH 44147 | |
| 10925 | DORNBURG, ELLA, 1325 MUNSEE COURT, INDIANAPOLIS, IN 46260 | |
| 10925 | DORNBURG, PAUL, 1307 ST ANN ST, OWENSBORO, KY 42303 | |
| 10925 | DORNBURG, PAUL, 1307 ST ANN ST, OWENSBORO, KY 42303-3048 | |
| 10925 | DORNBUSH MENSCH MANDELSTAM ET AL, JEROLD P. DORNBUSH ESQ., 747 THIRD AVE., NEW YORK, NY 10017 | |
| 10925 | DORNE & MARGOLIN, 2950 VETS MEM HGWY, BOHEMIA, NY 11716 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DORNIN, JR, DONALD, 3484 JACKSON ST, RIVERSIDE, CA 92502

10925   DORNING, WILLIAM, 6336 BIRCHWOOD CT, BURLINGTON, KY 41005

10925   DORNS OFFICE SUPPLY, 9304 CINCINNATI-COLUMBUS RD, CINCINNATI, OH 45241

10925   DOROSKEWICZ, DAVID, 51 DORCHESTER DR., DALLAS, PA 18612

10925   DOROSKEWICZ, STEPHEN, 192 GROVE ST, EDWARDSVILLE, PA 18704

10925   DOR-O-TECH, 526 GLEN AVE, LAUREL SPRINGS, NJ 08021

10925   DOROTHEA ANN BLATZ, 92 BENJAMIN AVE, HICKSVILLE, NY 11801-3703

10925   DOROTHEA MUELLER, 92 CRESTLINE DR, PLASANTON, TX 78064-1522

10925   DOROTHY A COUGHLIN &, HAROLD E COUGHLIN JT TEN, 1497 JERSUALEM AVE, NORTH MERRICK, NY 11566-1330

10925   DOROTHY A KINNEY, PO BOX 80027, LAS VEGAS, NV 89180-0027

10925   DOROTHY A REDMOND, APT 306, BEVERLY ALDER APTS, 1117 S W ALDER ST, PORTLAND, OR 97205-2236

10925   DOROTHY A REICHERT, 317 W CHARLOTTE ST, LANCASTER, PA 17603-2901

10925   DOROTHY A SOEDA &, DOUGLAS K SOEDA JT TEN, 3300 NETHERLAND AVE, BRONX, NY 10463-3438

10925   DOROTHY ANN ARZONICO, 44 GEORGE ST, TENAFLY, NJ 07670-2009

10925   DOROTHY ARLENE CHANDLEE, 111 FIRST AVE, BALTIMORE, MD 21227-3002

10925   DOROTHY B FISCH, 204 S WASHINGTON, SPRING VALLEY, MN 55975-1337

10925   DOROTHY B O DONNELL, 8 FIRST PK ST, MILFORD, CT 06460-3627

10925   DOROTHY BARDIN, 935 OLD STAGE RD, SALINAS, CA 93908-9798

10925   DOROTHY BIGLEY OLSON, 5169 N HOLLYWOOD APT 2, MILWAUKEE, WI 53217-5652

10925   DOROTHY C MACICCI, 269 PARK BLVD, WORTHINGTON, OH 43085-3672

10925   DOROTHY CAROLINE HECKMAN, 3629 SANTA FE ST, CORPUS CHRISTI, TX 78411-1323

10925   DOROTHY CODKIND, 7 WILLINGS DR, POTSDAM, NY 13676-3301

10925   DOROTHY D ANDREA TR AU FEB 11 97, THE DOROTHY D ANDREA TRUST, 30 KELTON ST, PAWTUCKET, RI 02861-1519

10925   DOROTHY D BURDIN, 5426 FALMOUTH RD, SHAWNEE MISSION, KS 66205-2660

10925   DOROTHY D FINE &, KAREN E FINE &, JOSEPH G FINE JT TEN, 37206 CHESAPEAKE, FARMINGTON HILLS, MI 48335-1143

10925   DOROTHY D GARRIS, PO BOX 198, BRANCHVILLE, NJ 07826-0198

10925   DOROTHY DONAHUE, C/O BEACCO, BOX 821, STOCKBRIDGE, MA 01262-0821

10925   DOROTHY DOOLEY TR UA JUL 23 72, FBO JEFFREY DOOLEY, C/O DOROTHY DOOLEY, 136 NORMAN AVE, AMITYVILLE, NY 11701-4201

10925   DOROTHY DOOLEY TR UA JUL 23 72, FBO LAUREN DOOLEY, C/O DOROTHY DOOLEY, 136 NORMAN AVE, AMITYVILLE, NY 11701-4201

10925   DOROTHY DOOLEY TR UA JUL 23 72, FBO MICHAEL DOOLEY, C/O DOROTHY DOOLEY, 136 NORMAN AVE, AMITYVILLE, NY 11701-4201

10925   DOROTHY DOOLEY TR UA JUL 23 72, FBO RICHARD DOOLEY III, C/O DOROTHY DOOLEY, 136 NORMAN AVE, AMITYVILLE, NY 11701-4201

10925   DOROTHY DOUGHERTY, 248-12 88 DR, BELLEROSE, NY 11426-2030

10925   DOROTHY E FARNANDEZ, 203 S CLEVELAND AVE, WILMINGTON, DE 19805-1430

10925   DOROTHY F SELLERS, 325 WOODMONT CIRCLE, BERWYN, PA 19312-1431

10925   DOROTHY FORD, 508 WESTGATE BLVD, YOUNGSTOWN, OH 44515-3406

10925   DOROTHY G ADAMS, THIRWOOD PLACE 312, 237 N MAIN ST, S YARMOUTH, MA 02664-2000

10925   DOROTHY G KLEIMAN, 6797 WILLOW WOODS DR 6041, BOCA RATON, FL 33434

10925   DOROTHY GUNTER COUNTS, 18627 DUNVEGAN, COLFAX, CA 95713-9623

10925   DOROTHY HINZ, 600 WEST 115TH ST, APT 104, NEW YORK, NY 10025-7720

10925   DOROTHY I DINIUS TTEE, RUSSEL S DINIUS TRUST, 1910 GUILFORD ST, HUNTINGTON, IN 46750-1437

10925   DOROTHY I DINIUS, 424 WARREN ST, HUNTINGTON, IN 46750-2742

10925   DOROTHY I REMICK, RICE ISLAND PO BOX 55, COHASSET, MA 02025-0000

10925   DOROTHY J MIESSE, 4230 CHAUCER LANE, COLUMBUS, OH 43220-4055

10925   DOROTHY JACOBS, 202 E GLENVIEW, SAN ANTONIO, TX 78201-6625

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOROTHY K CAPODICE TR UDT, DEC 10 87, 730 SOLANA CIRCLE W, SOLANA BEACH, CA 92075-2358

10925   DOROTHY L LUPO, 77-11 35TH AVE 2-G, FLUSHING, NY 11372-4632

10925   DOROTHY L PRICE TR UA FEB 3 97, DOROTHY L PRICE 1997, REVOCABLE LIVING TRUST, 321 FOREMAN AVE, NORMAN, OK 73069-6607

10925   DOROTHY L SEIDEL, 118 DOLPHIN DR, SPARTANBURG, SC 29307-3117

10925   DOROTHY L TIMS, 508 PEBBLE BEACH, BAKERSFIELD, CA 93309-2816

10925   DOROTHY L YOUNG, SERENITY FARM, 801 COYOTE RD, BARNWELL, SC 29812-5382

10925   DOROTHY LIFTMAN, 1075 JASSONMINE WAY, FORT LEE, NJ 07024

10925   DOROTHY M ADAMS, 8030 E GIRARD AVE 813, DENVER, CO 80231-4419

10925   DOROTHY M FRESHLEY, 1683 66TH AVE S, ST PETERSBURG, FL 33712-5948

10925   DOROTHY M HAIBACH, 3820 TRASK AVE, ERIE, PA 16508-3134

10925   DOROTHY M MC KINLEY, 206 RITCHEY AVE, BEDFORD, PA 15522-1865

10925   DOROTHY M STONE, 23 HACIENDA VILLAGE E, APT 23, WINTER SPRINGS, FL 32708-3047

10925   DOROTHY MADY TR UA FEB 27 98, MADY LIVING TRUST, 668 AUBURN AVE APT J, RADFORD, VA 24141-3837

10925   DOROTHY MARIE BURNETT, 2219 WOODBLUFF WAY, AUGUSTA, GA 30909-2093

10925   DOROTHY MC AULEY, 29 FALMOUTH AVE, WHITING, NJ 08759-2310

10925   DOROTHY MCANDREWS, 18 HOLT AVE, GLEN ROCK, NJ 07452-2029

10925   DOROTHY MCD CREMER, 8540 TROY ST, LEMON GROVE, CA 91945-2660

10925   DOROTHY MCLEOD RHODES, 7 GUERARD RD, CHARLESTON, SC 29407-7552

10925   DOROTHY N HOPPER TR UA, MAR 28 80, DOROTHY N HOPPER REVOCABLE, LIVING TRUST, 2950 ELMRIDGE DR, EVANSVILLE, IN 47711-285

10925   DOROTHY NATHANSON &, MARC NATHANSON JT TEN, 12617 ORCHARD BROOK TER, POTOMAC, MD 20854-2326

10925   DOROTHY P BRENNAN TRUSTEE OF THE, DOROTHY P BRENNAN LIVING TRUST, 1 PARK AVE, NORTH ARLINGTON, NJ 07032-1634

10925   DOROTHY P DILLING &, FAITH H ANKER JT TEN, 61 CARTER ST, LANCASTER, MA 01523-2050

10925   DOROTHY P SOUTHARD, 10661 EDGEWOOD DR, DUBLIN, OH 43017-9602

10925   DOROTHY P YOUNG, 6418 N REVERE DR, KANSAS CITY, MO 64151-3910

10925   DOROTHY R COATES, 123 PLEASANT RIDGE AVE, SAN JOSE, CA 95127-2348

10925   DOROTHY SCHALEF &, MORRIS SCHALEF JT TEN, 29 RUTGERS RD, CRANFORD, NJ 07016-1545

10925   DOROTHY SPEER, 61 SHANDELEE LAKE RD, LIVINGSTON MANOR, NY 12758-5332

10925   DOROTHY V SCOBEE, 7536 BOYCE DR, BATON ROUGE, LA 70809-1157

10925   DOROTHY VAN WINKLE TREMAINE, TR UA FEB 4 87 FBO DOROTHY, VAN WINKLE TREMAINE, 33 OCEAN AVE APT 506, PALM BEACH SHORES, FL 33404-0000

10925   DOROTHY W GRIFFIN, 208 MIDDLESEX RD, TYNGSBORO, MA 01879-1508

10925   DOROTHY W HAMMOND, 1415 CALDER, BEAUMONT, TX 77701-1764

10925   DOROTHY W KARNES, PO BOX 212, NEW CASTLE, KY 40050-0212

10925   DOROTHY W PALMER, 400 WELLINGTON COVE, MEMPHIS, TN 38117-4000

10925   DOROTHY YANKES, 1212 MARCIA DR, N HUNTINGDON, PA 15642-1769

10925   DOROTHYS FLORIST, 660 MAIN ST, PLEASANTON, CA 94566

10925   DORR, CYNTHIA, 1130 S AVENIDA CONOL, TUCSON, AZ 85748

10925   DORR, DEBORAH, 112 LAKEVIEW TERRACE, SIMPSONVILLE, SC 29681

10925   DORR, JEFFREY, 1006 FAIRMONT AVE, CLEVELAND, TN 37311

10925   DORR, ONE, 85 W5ST, 89, NY, NY 10001

10925   DORR, RUSSELL, 3 WALTHAM DRIVE, NASHUA, NH 03060

10925   DORRAH, DANNY, 107B HILL ST, SIMPSONVILLE, SC 29681

10925   DORRAH, GEORGE, ROUTE 3 BOX 128, GRAY COURT, SC 29645

10925   DORRE, FOUR, ELMAVE, 2E, NY, NY 10010

10925   DORRE, THREE, 35 ELM, 6T, NY, NY 10001

10925   DORRE, TWO, 35 AVE C, 6Y, NY, NY 11218

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DORRIE JR, LOUIS A, CUST FOR THOMAS JAMES DORRIE, UNIF GIFT MIN ACT NY, 853 LOCUST RIDGE, CALIFORNIA, MD 20619-2067

10925    DORRIES SCHARMANN, 4693 IROQUOIS AVE, ERIE, PA 16511

10925    DORRINGTON, BILLY, 1022 WASHINGTON ST, LIBBY, MT 59923

10925    DORRINGTON, HOWARD, 5061 DOANOKE AVE, IRVINE, CA 92604-2406

10925    DORRINGTON, HOWARD, 650 S MCCOY DR, PUEBLO WEST, CO 81007

10925    DORRIS, KENNETH, 1202 AVE D, BILLINGS, MT 59101

10925    DORROH, DANIEL, 202 WATERBURY CT, SIMPSONVILLE, SC 29680

10925    DORR-OLIVER CO. INC., 612 WHEELERS FARM COURT, MILFORD, CT 06460

10925    DORR-OLIVER, INC, 101 CARLETON AVE., HAZLETON, PA 18201

10925    DORR-OLIVER, INC, PO BOX 2949, HARTFORD, CT 06104-2949

10925    DORROUGH, TINA, 6003 SEMINOLE, DETROIT, MI 48213

10925    DORSAINT, MARYSE, 6 PEACH CT, EDISON, NJ 08817

10925    DORSAM, KATHLEEN, 30 GLEASON DRIVE, THIELLS, NY 10984-9998

10925    DORSAM, MICHAEL, 7806 FOREST OAKS LANCE, WAXHAW, NC 28173

10925    DORSET JT TEN, DONALD E & PHYLLIS F, 460 SHERWOOD WAY, MENLO PARK, CA 94025-3716

10924    DORSETT BROTHERS, CLUTE, TX 77531

10924    DORSETT BROTHERS, PO BOX 5766, PASADENA, TX 77508

10924    DORSETT BROTHRS, P O BOX 5766, PASADENA, TX 77508

10925    DORSEY & WHITNEY LLP, PO BOX 1680, MINNEAPOLIS, MN 55480-1680

10925    DORSEY & WHITNEY LLP, POBOX 1680, MINNEAPOLIS, MN 55480-1680

10925    DORSEY JR, JAMES, 17458 ORANGE ST, HESPERIA, CA 92345

10925    DORSEY, ALBERT, 550 MIDWAY CIRCLE, BRENTWOOD, TN 37027-9998

10925    DORSEY, ANGELA, 17 COMER ST, MAYSVILLE, GA 30558

10925    DORSEY, ANTHONY, 4835 HAVERFORD AVE., PHILDELPHIA, PA 19139

10925    DORSEY, B K & ROSELEA, PO BOX 17, 693 W KING ST, BOONE, NC 28607

10925    DORSEY, B.K., 693 WEST KING ST, PO DRAWER 592, BOONE, NC 28607

10925    DORSEY, BARBARA, 4942 THOMPSON MILL ROAD, LITHONIA, GA 30038

10925    DORSEY, C, 308 E 5TH ST, DRUMRIGHT, OK 74030-5406

10925    DORSEY, CARL, 611 CRANBERRY LANE, WESTMINSTER, MD 21157

10925    DORSEY, CLAY, 114 W. HWY 131, CLARKSVILLE, IN 47129

10925    DORSEY, DAVID, 7223 PLOVER, W TEXAS CITY, TX 77591

10925    DORSEY, DEBRA, 3010 LAKE GRANDE, SAN ANTONIO, TX 78222

10925    DORSEY, DONNA, ROUTE 1, MAYSVILLE, GA 30558

10925    DORSEY, ELIZABETH, PO BOX 927, FORT MYERS, FL 33902-9964

10925    DORSEY, ESTER, 1011 CLEAR FORK DR., DALLAS, TX 75232

10925    DORSEY, GLENDORA, RTE 4 BOX 244-K, ANDREWS, SC 29510

10925    DORSEY, HENRIETTA, RT 1, MAYSVILLE, GA 30558

10925    DORSEY, JAMES, 1917 GWYNNS FALLS PKWY, BALTIMORE, MD 21217-1338

10925    DORSEY, JOHN, 300 PINERIDGE ROAD, CHATTANOOGA, TN 75206

10925    DORSEY, LOLITA, 2001 S LAYTON BLVD, MILWAUKEE, WI 53215

10925    DORSEY, MARSHALLA, 3902 REGENCY PKWY, SUITLAND, MD 20746

10925    DORSEY, MEHATTIE, 2006 PEACEFUL WAY, ODENTON, MD 21113

10925    DORSEY, ROSILAND, 9015 OWENSMOUTH, 113, CANOGA PARK, CA 91304

10925    DORSEY, TROY, 418 ANDERSON DRIVE, WILMINGTON, DE 19720

10925    DORSEY, WILLARD, 7 COUNTRY CLUB DRIVE, GREENVILLE, SC 29605

10925    DORSEY, WILLIAM, 7319 DOTSON LANE, GLEN BURNIE, MD 21061

10925    DORT, ALBERT, 3040 FLAMINGO LANE, MULBERRY, FL 33860-9325

10925    DORTCH, DAVID, 719 LANIER CRESCENT, POURTSMOUTH, VA 23707

10925    DORTENZIO, AMY, 6200 WILSON BLVD, FALLS CHURCH, VA 22044

10925    DORTON, KATHERINE, PO BOX 4051, CHARLESTON, WV 25364

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DORTON, SANDRA, 9800 LOWER ROCKY, CONCORD, NC 28025

10925   DORTONS MOBILE SERVICE & SALVAGE, 2709 LAWYERS ROAD WEST, INDIAN TRAIL, NC 28079

10925   DORVAL, LOUIS, BOX 272, BELFIELD, ND 58622

10925   DORWIN F LAMKIN &, NORA B LAMKIN JT TEN, 6448 MAPLE DR, MISSION, KS 66202-4316

10925   DOSCHER-GANDEE, MAUREEN, 5632 REVELWOOD LOOP, WINTER PARK, FL 32792

10925   DOSER AMERELLER NOACK, BETHMANNSTRASSE 50-54, FRANKFURT/M, 2 60311GERMANY     *VIA Deutsche Post*

10925   DOSER, MICHAEL, 602 E 1ST ST, MECHANICSVILL, IA 52306

10925   DOSHIER, LOUIS, PO BOX 320, LAKE CHARLES, LA 70602

10925   DOSIER, TALLEY, 305 TOURNAMENT BLVD, BERWICK, LA 70342

10925   DOSKAL, CAROLYN, 1465 HERITAGE LNDG, ST. CHARLES, MO 63303

10925   DOSS REAVES, SYBIL, PO BOX 352, JACKSONVILLE, AL 36265-0352

10925   DOSS, COLIE, 4434 JANICE DRIVE, LITHONIA, GA 30058

10925   DOSS, DONALD, 198 ABERCROMBIE ROAD, FOUNTAIN INN, SC 29644

10925   DOSS, JOHN, 254 ELM ST, COVINGTON, GA 30209

10925   DOSS, PAMELA, 198 ABERCROMBIE ROAD, FOUNTAIN INN, SC 29644

10925   DOSS, RICHARD, 434 PENNYBROOK LANE, STONE MOUNTAIN, GA 30087

10925   DOSS, ROSE, 4347 W ORANGEWOOD, GLENDALE, AZ 85301

10925   DOSS, SHANNON, 800 DAWSON RD, PINE BLUFF, AR 71602

10925   DOSSETT, ANTHONY, PO BOX 665, MCNEIL, MS 39457

10925   DOSSETT, JEFFREY, 4301 W.49RD #135, AMARILLO, TX 79109

10925   DOSSEY, ELIZABETH, 5070 WALDEN AVE, FT WORTH, TX 76132

10925   DOST, DONALD T., 129 LENTZ TIL, JIM THORPE, PA 18229

10925   DOSTAL, DOROTHY, 2824 SOUTHLAND ST SW, CEDAR RAPIDS, IA 52404

10925   DOSTER, HAROLD, PO BOX 611, ROBBINSVILLE, NC 28771

10924   DOSWELL COMBINED CYCLE FACILITY, 10098 OLD RIDGE ROAD, ASHLAND, VA 23005

10924   DOSWELL LIMITED PARTNERSHIP, 10098 OLD RIDGE ROAD, ASHLAND, VA 23005

10925   DOT RAIL SVC OF IND, INC, PO BOX 361, LA SALLE, IL 61301

10925   DOT SALES & SUPPLIES INC, PO BOX 81370, CONYERS, GA 30208-9370

10925   DOT, PO BOX 81370, CONYERS, GA 30013-9370

10925   DOTCONTENT INC, 108 WATER ST, WATERTOWN, MA 02472

10924   DOTHAN GLASS CO., 605 S. OATES STREET, DOTHAN, AL 36301

10924   DOTHAN GLASS CO., PO BOX 1308, DOTHAN, AL 36302

10925   DOTSON, CHARLES, 512 EAST LINCOLN BLVD., LIBBY, MT 59923

10925   DOTSON, DEBRA, 220 HILLCREST DR., SALEM, SC 29676

10925   DOTSON, JAMES, 903 E 8TH, CHANDLER, OK 74834

10925   DOTSON, JODIE, 1845 W. MELROSE, CHICAGO, IL 60657

10925   DOTSON, LARRY, PO BOX 573, LIBBY, MT 59923

10925   DOTSON, LORRY, PO BOX 333, LIBBY, MT 59923

10925   DOTSON, MARY, 15041 S RADIO STATION ROAD, SENECA, SC 29678

10925   DOTSON, NADINE, 370 HIGH POINT RD, PIEDMONT, SC 29673

10925   DOTSON, VELVA, 609 NORTH CALDWELL AVE, NEWTON, NC 28658

10925   DOTTERY, ROBIN, 528 W. BROAD ST, QUAKERTOWN, PA 18951

10925   DOTTIE F SELLERS, 325 WOODMONT CIRCLE, BERWYN, PA 19312-1431

10924   DOTY & SON CONCRETE STEP CO, 1 MILE E OF SYCAMORE, SYCAMORE, IL 60178

10924   DOTY & SON CONCRETE STEP CO, 1275 E. STATE STREET, SYCAMORE, IL 60178

10924   DOTY & SON CONCRETE STEP, 1275 E STATE ST, SYCAMORE, IL 60178

10925   DOTY, CLIFFORD, 6525 GREEN VALLEY CR# 112, CULVER CITY, CA 90230

10925   DOTY, JERRY, 3439 AMHERST DR., AMARILLO, TX 79109

10925   DOTY, KATIE, 6209 I-40 W APT #105, AMARILLO, TX 79106

10925   DOTY, MARGUERITE, 40 SHERMAN ST, CAMBRIDGE, MA 02138

10925   DOTY, MICHAEL, 40 SHERMAN ST, CAMBRIDGE, MA 02138

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DOTY, SHARON, 5138 E. SUNBURST DR, PALMDALE, CA 93550

10925 DOTZLER, G, 14966 AVE 312, VISALIA, CA 93292

10925 DOUB, ROSE, 2208 LESTER DR NE #117, ALBUQUERQUE, NM 87112

10925 DOUBEK, DONALD, PO BOX 133, LIBBY, MT 59923

10925 DOUBEK, LUANNA, 1382 G AVE NE, CEDAR RAPIDS, IA 52402

10925 DOUBEK, RONALD, PO BOX 885, LIBBY, MT 59923

10925 DOUBEK, RONALD, PO BOX 885, LIBBY, MT 59923-0885

10924 DOUBLE D CONCRETE, 2185 HWY 1, MARKSVILLE, LA 71351

10925 DOUBLE EAGLE FOODS, 1101 NW 31ST AVE. BAY 7, POMPANO BEACH, FL 33069

10924 DOUBLE J SAND & ROCK, ATTN:  ACCOUNTS PAYABLE, PARKER, AZ 85344

10924 DOUBLE J SAND & ROCK, PO BOX 3337, PARKER, AZ 85344-3337

10925 DOUBLE J TRUCKING CO. INC., PO BOX 79001, DETROIT, MI 48279-1546

10924 DOUBLE R REDI-MIX, 11016 S. PIPELINE RD., EULESS, TX 76040

10924 DOUBLE T FASTENERS, 336 CYPRESS SHORES RD., WASHINGTON, NC 27889

10925 DOUBLE TREE GUEST SUITES, 1300 CONCOURSE DR., LINTHICUM, MD 21090

10924 DOUBLE TREE HOTEL**MARK FOR DELETN, 267 MARIETTA STREET, ATLANTA, GA 30313

10924 DOUBLE TREE, 7120 DALLAS PARKWAY, PLANO, TX 75024

10925 DOUBLEDAY, 150 BROADWAY, NEW YORK, NY 10036

10925 DOUBLEDAY, SHANTEE, 36174 REINNIGER RD, DENHAM SPRINGS, LA 70726

10925 DOUBLETREE ANAHEIM/ORANGE, 100 THE CITY DR, ORANGE, CA 92868

10925 DOUBLETREE CLUB, 7 HUTTON CENTRE DR, SANTA ANA, CA 92707-5753

10925 DOUBLETREE GUEST SUITES HOTEL, 550 WINTER ST, WALTHAM, MA 02154

10925 DOUBLETREE GUEST SUITES HOTEL, 550 WINTER ST, WALTHAM, MA 02451

10925 DOUBLETREE GUEST SUITES, 400 SOLDIERS FIELD RD, BOSTON, MA 02134

10925 DOUBLETREE GUEST SUITES, 550 WINTER STRET, WATHAM, MA 02154

10925 DOUBLETREE GUEST SUITES, 6120 PEACHTREE DUNWOODY RD, ATLANTA, GA 30328

10925 DOUBLETREE GUEST SUITES, DEPT L-1285, COLUMBUS, OH 43260

10925 DOUBLETREE GUEST SUITES, DEPT. L-1285, COLUMBUS, OH 43260

10925 DOUBLETREE GUEST SUITES, L-1286, COLUMBUS, OH 43260-1286

10925 DOUBLETREE HOTEL DENVER, 3203 QUEBEC ST, DENVER, CO 80207

10925 DOUBLETREE HOTEL NEW ORLEANS, 300 CANAL ST., NEW ORLEANS, LA 70130

10925 DOUBLETREE HOTEL POST OAK, 2001 POST OAK BLVD, HOUSTON, TX 77056

10924 DOUBLETREE HOTEL, 267 MARIETTA STREET, ATLANTA, GA 30313

10925 DOUBLETREE HOTEL, 8773 YATES DR, WESTMINSTER, CO 80030

10925 DOUBLETREE, 1201 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10925 DOUBLETREE-NEWPORT, GOAT ISLAND, NEWPORT, RI 02840

10925 DOUBT, SATERRA, 2131 LAKETON RD. APT #2, PITTSBURGH, PA 15221

10925 DOUCET, CURT, PO BOX 14, ROANOKE, LA 70581

10925 DOUCET, DIVINA, 1465 5TH PLACE, PORT HUENEME, CA 93041

10925 DOUCET, RUSSELL, 2718 GEHRING DR, GRETNA, LA 70053

10925 DOUCET, SHANNON, PO BOX 55, CUT OFF, LA 70345

10925 DOUCET, SHELBY, 1604 E SCHOOL ST, LAKE CHARLES, LA 70601

10925 DOUCET, TATE, 220 GLORIA ST, C, THIBODEAUX, LA 70301

10925 DOUCETTE, ANITA, 51 MARK ST, LEWISTON, ME 04240

10925 DOUCETTE, DAVID, 195 FARRWOOD DR., HAVERHILL, MA 01835

10925 DOUCETTE, DAVID, 6 CARRIAGE WAY, N READING, MA 01864

10925 DOUCETTE, DENNIS, 1968 LAKEVIEW AVE, DRACUT, MA 01826

10925 DOUCETTE, ERIC, 8 SOUTH ST, WILMINGTON, MA 01887

10925 DOUCETTE, MARION, 50 BAY STATE RD, 312, READING, MA 01867

10925 DOUCETTE, MARSHA, 8 SOUTH ST, WILMINGTON, MA 01887

10925 DOUCETTE, RAYMOND, 17 OX BOW LANE, RANDOLPH, MA 02368

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DOUCETTE, SHIRLEY, 25 COPPERFIELD DR, E BRIDGEWATER, MA 02333 | |
| 10925 | DOUET, GERVICE, 318 ROUSSEAU ST, ST. MARTINVILLE, LA 70582 | |
| 10925 | DOUET, KIM, 329 GAUTHIER ST., ST.MARTINVILL, LA 70582 | |
| 10925 | DOUG ARMFIELD, 1737 CRESTVIEW AVE., SEAL BEACH, CA 90740 | |
| 10925 | DOUG BRANTLEY-EXCAVATING, 2344 WRIGHTS LANDING RD, OWENSBORO, KY 42303 | |
| 10925 | DOUG DAVIS RESIDENTIAL DESIGN, 1606 QUAIL LANE, CASTLE ROCK, CO 80104 | |
| 10925 | DOUG DAVIS, 158-R BEACH STRE, FOXBORO, MA 02035 | |
| 10925 | DOUG JONES, 230 PARK AVE., SW, AIKEN, SC 29801 | |
| 10924 | DOUG KIRKNER, 2224 N. PEWTER DRIVE, MACUNGIE, PA 18062 | |
| 10924 | DOUG PILCHER, 205 DANUBINA, BAYTOWN, TX 77520 | |
| 10925 | DOUG SCALES BODY SHOP, 2707 SOUTH FIRST, AUSTIN, TX 78704 | |
| 10925 | DOUGAL, DONALD, APARTADO 2039, ALAJUELA, 4050COSTA RICA | *VIA Deutsche Post* |
| 10925 | DOUGAN, RICKY, 719 W. AVE B, HOPE, AR 71801 | |
| 10925 | DOUGAN, TIMOTHY J, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | DOUGAN, TIMOTHY, 421 EDGEWATER ROAD, PASADENA, MD 21122 | |
| 10925 | DOUGET, DEENA, HC 85 BOX 44, OAKDALE, LA 71463 | |
| 10925 | DOUGET, SHAWN, RT. 1, BOX 306, MAMOU, LA 70554 | |
| 10924 | DOUGHERTY COUNTY JAIL, 1302 EVENLYN AVE., ALBANY, GA 31705 | |
| 10925 | DOUGHERTY, BARBARA, 2235 S. CHANTICLEER COURT, TOMS RIVER, NJ 08755 | |
| 10925 | DOUGHERTY, BILLY, 1212 NW 141 ST., EDMOND, OK 73013 | |
| 10925 | DOUGHERTY, CHARLES, 1540 SAUNDERS DRIVE, WOOSTER, OH 44691-1558 | |
| 10925 | DOUGHERTY, CHARLES, 2032 B VIA MARIPOSA EAST, LAGUNA HILLS, CA 92653 | |
| 10925 | DOUGHERTY, JANIE, 1825 WILDERNESS DR, TALBOTT, TN 37877 | |
| 10925 | DOUGHERTY, MARY, 16 HART ST, WOBURN, MA 01801 | |
| 10925 | DOUGHERTY, MARY-LOUISE, 530 VINTAGE RD, HOCKESSIN, DE 19707 | |
| 10925 | DOUGHERTY, PAMELA, 5336 SUMAC CIRCLE, FAYETTEVILLE, NC 28304 | |
| 10925 | DOUGHERTY, SHARON, 4109 DANOR DRIVE, READING, PA 19605 | |
| 10925 | DOUGHERTY, VICKEE, 7512 JAMIESON AVE, RESEDA, CA 91335 | |
| 10925 | DOUGHTY, EDWIN, 1173 CR 136A, ALVIN, TX 77511 | |
| 10925 | DOUGHTY, GWENDOLYN, 113 ORCHARD ST, MILTON, DE 19968 | |
| 10925 | DOUGHTY, WILLIE, 2104 HOLLINS ST, BALTIMORE, MD 21223 | |
| 10925 | DOUGLAS A CURRY & AUDREY M CURRY, TR UA AUG 10 89, 16110 RIDGECREST AVE, MONTE SERENO, CA 95030-4138 | |
| 10925 | DOUGLAS A MULHERN, 1706 BOW TREE DR, WESTCHESTER, PA 19380 | |
| 10924 | DOUGLAS AIRCRAFT CO, PO BOX 2731, LONG BEACH, CA 90801 | |
| 10924 | DOUGLAS AIRCRAFT, 190TH NORMANDIE AVENUE, TORRANCE, CA 90502 | |
| 10924 | DOUGLAS AIRCRAFT, 2900 COVER ROAD, LONG BEACH, CA 90846 | |
| 10924 | DOUGLAS AIRCRAFT, PO BOX2731, LONG BEACH, CA 90801 | |
| 10925 | DOUGLAS BARCLAY, C/O AIDA VARGAS DE BARCLAY, MANCO CAPAC 442, MAGDALENA, LIMA, PERU | *VIA Deutsche Post* |
| 10925 | DOUGLAS BLACK, C/O GRACE AJAX AVE SLOUGH, BERKSHIRE, S114BHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DOUGLAS COUNTY CLERK/RECORDER, PO BOX 1360, CASTLE ROCK, CO 80104 | |
| 10925 | DOUGLAS COUNTY EDUCATIONAL FOUNDATI, 620 WILCOX ST., CASTLE ROCK, CO 80104 | |
| 10924 | DOUGLAS COUNTY HOSPITAL, 111 17TH AVENUE EAST, ALEXANDRIA, MN 56308 | |
| 10925 | DOUGLAS COUNTY TREASURER, DEPT. 0570, DENVER, CO 80263-0570 | |
| 10925 | DOUGLAS COUNTY TREASURER, OMAHA-DOUGLAS CIVIC CENTER, OMAHA, NE 68138-0003 | |
| 10925 | DOUGLAS E BOUDREAUX, 1213 9TH ST, LAKE CHARLES, LA 70601-6342 | |
| 10925 | DOUGLAS E LARSON, 4509 LAKE PARK DR, ARLINGTON, TX 76016-5325 | |
| 10925 | DOUGLAS E MATTHIAS, 1908 DILWORTH RD W, CHARLOTTE, NC 28203-5730 | |
| 10925 | DOUGLAS E MCGOWAN &, KAREN F MCGOWAN JT TEN, 1031 GEORGIA HWY 105, BALDWIN, GA 30511 | |
| 10925 | DOUGLAS E MILLER, PO BOX 2265, BRANCHVILLE, NJ 07826-2265 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    DOUGLAS E SCHOEPHOERSTER &, JANIS L SCHOEPHOERSTER JT TEN, 123 EAST ST, ASHVILLE, OH 43103-1406

10925    DOUGLAS ELECTRIC COMPANY, 759 GROVE, WYANDOTTE, MI 48192

10925    DOUGLAS FOULK &, MARGARITA FOULK JT TEN, 142 WEST 38 ST, HIALEAH, FL 33012-4404

10925    DOUGLAS G BLACK &, SUSAN A BLACK JT TEN, 4117 GLEN CANYON ROAD NE, ALBUQUERQUE, NM 87111-4193

10925    DOUGLAS GRANVILLE BROWN, 143 94TH AVE APT 8, TREASURE ISLAND, FL 33706-3353

10925    DOUGLAS H DABNEY, 719 NALLE ST, CHARLOTTESVILLE, VA 22903-3458

10925    DOUGLAS H RUTHERFORD &, RAE E RUTHERFORD JT TEN, 1380 EASTMONT AVE 501, E WENATCHEE, WA 98802-4286

10925    DOUGLAS J HUGHES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    DOUGLAS J LONGTIN, 2610 WILLIAMSBURG DR, PASADENA, TX 77502-4343

10925    DOUGLAS JR, SAMUEL, 2441 S.W. 79TH, OKLAHOMA CITY, OK 73159

10925    DOUGLAS L SALISBURY, 17042 GILLETTE AVE, IRVINE, CA 92614-5601

10924    DOUGLAS LEONHARDT ASSOC., 100 ODELL SCHOOL RD. SOUTH, CONCORD, NC 28027

10924    DOUGLAS LEONHARDT ASSOC., 2157 TUCKER INDUSTRIAL ROAD, TUCKER, GA 30084

10924    DOUGLAS LEONHARDT ASSOC., P.O. BOX 560745, CHARLOTTE, NC 28256

10925    DOUGLAS M BROWN &, NORMA BROWN JT TEN, 601 SOUTH MADISON, LA GRANGE, IL 60525-2804

10925    DOUGLAS M PULVER &, MARTHA J PULVER JT TEN, 361 LUTHER RD, EAST GREENBUSH, NY 12061-4209

10925    DOUGLAS POWLING, 4295 BRANDWINE DR, BOCA RATON, FL 33431

10925    DOUGLAS POWLING, 4295 BRANDYWINE DR., BOCA RATON, FL 33487

10924    DOUGLAS PRODUCTS DIVISION, ACCOUNTS PAYABLE DEPARTMENT, PO BOX2731, LONG BEACH, CA 90801

10925    DOUGLAS PUMP SERVICE INC, 4719 MERRIAM DRIVE, OVERLAND PARK, KS 66203

10925    DOUGLAS TECHNICAL SERVICES, 313 W. MEETINGHOUSE RD., NEW MILFORD, CT 06776

10925    DOUGLAS TECHNICAL SERVICES, 9 EASTERN LN, NEW MILFORD, CT 06776-3944

10925    DOUGLAS TECHNOLOGY GROUP INC, POBOX 353, DOUGLASVILLE, GA 30133

10925    DOUGLAS UHLER, 413 RIDGESTONE DR, FRANKLIN, TN 37064-5572

10925    DOUGLAS W HOWELL, 5319 BROADWAY TERRACE, OAKLAND, CA 94618-1456

10925    DOUGLAS ZEILER, GALE, 16215 LAKESTONE DR, TOMBALL, TX 77375-8495

10925    DOUGLAS, AVA, 225 S. 42ND ST, LOUISVILLE, KY 40212

10925    DOUGLAS, CHERYL, 5629 REGENCY PARK, SUITLAND, MD 20746

10925    DOUGLAS, CRISSY, 4107 W. 109TH ST, OAKLAWN, IL 60453

10925    DOUGLAS, DALE, 4107 W 109TH ST, OAK LAWN, IL 60453

10925    DOUGLAS, DENNIS, 12047 CINNAMON, LOVELAND, OH 45140

10925    DOUGLAS, DENNIS, 1485 ORCHARD DR, OJAI, CA 93023

10925    DOUGLAS, DIANA, 108 FOUNTAINBLEU DR., SHREVEPORT, LA 71115

10925    DOUGLAS, ELIZABETH, 177 GREGORY LANE BLD #21 UNIT E1, FRANKLIN PARK, NJ 08823

10925    DOUGLAS, FAITH, PO BOX 8531, SPARTANBURG, SC 29305

10925    DOUGLAS, FAY, POST OFFICE BOX 1228, RENO, NV 89505

10925    DOUGLAS, FRANCIS, 5211 E AVE NW, CEDAR RAPIDS, IA 52405

10925    DOUGLAS, JERRY, 1250 E GAY ST, BARTOW, FL 33830-5034

10925    DOUGLAS, JO, 1908 ROCK ISLAND, IRVING, TX 75060

10925    DOUGLAS, KATHRYN, 1150 SOUTH MILES AVE, EL RENO, OK 73036

10925    DOUGLAS, MARGARET, 5106 JUGLAN CT, CENTREVILLE, VA 22020

10925    DOUGLAS, MARION, 2704 E WENTWOOD DR, CARROLLTON, TX 75007

10925    DOUGLAS, PATRICIA, 6924 CARMEL DR, COLUMBIA, SC 29203

10925    DOUGLAS, REBECCA, 540 WOODLAND DRIVE, RADNOR, PA 19087

10925    DOUGLAS, RICHARD, 300 EASTCREST DRIVE, SIMPSONVILLE, SC 29681

10925    DOUGLAS, ROBERT, 10217 ROCKING CHAIR RD, MATTHEWS, NC 28105

10925    DOUGLAS, ROSALIND, 16330 MEADOWBROOK, HOUSTON, TX 77082

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DOUGLAS, SANDRA LEIGH, 6230 N 19TH ST, ARLINGTON, VA 22205-2022 | |
| 10925 | DOUGLAS, SANTRIA, 500 W 4TH ST, PLAINFIELD, NJ 07060 | |
| 10925 | DOUGLAS, SHARON, 715 PINELAKE DR, PINEVILLE, LA 71360 | |
| 10925 | DOUGLAS-HANSON CO. INC., POBOX 1414, MINNEAPOLIS, MN 55480-1414 | |
| 10924 | DOUGLAS-HANSON CO., 1060 CLYDE HANSON DRIVE, HAMMOND, WI 54015 | |
| 10924 | DOUGLAS-HANSON CO., PO BOX 528, HAMMOND, WI 54015 | |
| 10925 | DOUGLASS FERTILIZER & CHEMICAL INC, 1180 SPRING CENTRE SOUTH BLVD, ALTAMONTE SPRINGS, FL 32714-5015 | |
| 10925 | DOUGLASS FERTILIZER & CHEMICAL INC, PO BOX 56?, ZELLWOOD, FL 32798 | |
| 10925 | DOUGLASS MANFERD BROWN, 601 S MADISON, LA GRANGE, IL 60525-2804 | |
| 10925 | DOUGLASS, JOSEPH, 420 KIRK DRIVE, MT ZION, IL 62549-1612 | |
| 10925 | DOUGLASS, KAREN, PO BOX 5384, LAKE CHARLES, LA 70606 | |
| 10925 | DOUMAS, ANN S, 912 MARYE ST, FREDERICKSBURG, VA 22401-5629 | |
| 10925 | DOURIS, APHRODITE, 12 REGAL COURT, HAMILTON SQUARE, NJ 08690 | |
| 10925 | DOURON OFFICE PRODUCTS, 40 NEW PLANTS COURT, OWINGS MILLS, MD 21117 | |
| 10925 | DOURON, INC, 30 NEW PLANT COURT, OWINGS MILLS, MD 21117-3577 | |
| 10925 | DOURSON, FRANK, 6140 NO PEPPER TREE LANE, TUCSON, AZ 85741 | |
| 10925 | DOUSA, SANDRA, 72 KENDALL PARK, WALTHAM, MA 02154 | |
| 10924 | DOUSSAN INC, 1986 GRAND CAILLOU ROAD, HOUMA, LA 70363 | |
| 10925 | DOUTHETT, CYNTHIA, 2054 ANDERSON SE, E GRAND RAPIDS, MI 49506 | |
| 10925 | DOUTHIT, DEBORAH, 804 ANDREWS AVE, DELRAY BEACH, FL 33483 | |
| 10925 | DOUTRE, WH, 8084 S ZEPHYR WAY, LITTLETON, CO 80123 | |
| 10925 | DOVALCO, INC, PO BOX 716, WEST CHICAGO, IL 60185 | |
| 10925 | DOVAN, WENDY, 123 HARVARD ST, MALDEN, MA 02148 | |
| 10925 | DOVATRON IRELAND INC, DUBLIN HILL, CORK, IRELAND | *VIA Deutsche Post* |
| 10925 | DOVATRON IRELAND LTD, 150-10 132ND AVE, JAMAICA, NY 11434 | |
| 10925 | DOVE DATA PRODUCTS INC., PO BOX 6106, FLORENCE, SC 29502 | |
| 10925 | DOVE LIGHTING SUPPLY, 5367 NW 21ST AVE, BOCA RATON, FL 33496 | |
| 10925 | DOVE LIGHTING SUPPLY, 6711 ROYAL ORCHID CIRCLE, DELRAY BEACH, FL 33446 | |
| 10925 | DOVE OVERHEAD DOOR CO, 3207 NEW CASTLE ROAD, BIRMINGHAM, AL 35217 | |
| 10925 | DOVE, ALDEN W, 21251 BRISTLECONE, MISSION VIEJO, CA 92692 | |
| 10925 | DOVE, ALDEN, 21251 BRISTLECONE, MISSION VIEJO, CA 92692 | |
| 10925 | DOVE, DARRYL V, 1912 BENNETT ROAD, GRAYSON, GA 30221 | |
| 10925 | DOVE, DARRYL, 1912 BENNETT ROAD, GRAYSON, GA 30221 | |
| 10925 | DOVE, DOROTHY, RT. 4 BOX 281-A, RAYVILLE, LA 71269 | |
| 10925 | DOVE, NATALIE, 509 WATTS ST, GREENVILLE, SC 29601 | |
| 10925 | DOVE, SAM, 7237 E GAGE AVE, LOS ANGELES, CA 90040 | |
| 10925 | DOVEL CO INC, SUITE 6, WEST CHICAGO, IL 60185 | |
| 10924 | DOVER CENTER, 113 SEABOARD LANE, FRANKLIN, TN 37064 | |
| 10924 | DOVER DOWNS, CENTRAL PLANT SHELL, DOVER, DE 19901 | |
| 10925 | DOVER EQUIPMENT INC., PO BOX 40849, HOUSTON, TX 77240 | |
| 10925 | DOVER EQUIPMENT,INC, PO BOX 40849, HOUSTON, TX 77240 | |
| 10924 | DOVER PLAINS ELEMENTERY SCHOOL, RT 22 NORTH, DOVER PLAINS, NY 12522 | |
| 10924 | DOVER STAMPING, 427 PLYMOUTH AVENUE, FALL RIVER, MA 02722 | |
| 10925 | DOVER, BRAD, 164 DOVER LANE, LIBERTY, SC 29657 | |
| 10925 | DOVER, DAVID, 104 PLANTATION DRIVE, MOORE, SC 29369-9763 | |
| 10925 | DOVER, JOHNIE, 610 HOWELL RD, WELLFORD, SC 29385 | |
| 10925 | DOVER, SHAWN, 11248 EVANS TRAIL APT T-3, BELTSVILLE, MD 20705 | |
| 10925 | DOVER, VERNA, 3625 DOUGLAS DRIVE, CARSON CITY, NV 89704 | |
| 10924 | DOVER-PHILIADELPHIA ELECTRIC I, WHOLESALE DISTRIBUTORS, DOVER, OH 44622 | |
| 10925 | DOVI JT TEN, JOHN A & EUNICE M, 13 ARDMORE RD, DEDHAM, MA 02026-5303 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | DOW BELGIUM N.V., 3980 TESSENDERLO, HAVENLAAN 7, 9999 ZZNLD | *VIA Deutsche Post* |
| 10924 | DOW BELGIUM N.V., 4530 AM TERNEUZEN, THE NETHERLANDS, 9999 ZZNLD | *VIA Deutsche Post* |
| 10924 | DOW BENELUX NV, 4530 NM HOEK, TERNEUZEN, 0000 AANLD | *VIA Deutsche Post* |
| 10924 | DOW BENELUX NV, ROTTERDAM HAVEN, ROTTERDAM, 3012 CANLD | *VIA Deutsche Post* |
| 10924 | DOW CHEMIAL(U.S.) CANADA INC., HWY 21/MAIN GATE, FORT SASKATCHEWAN, AB T8L 2P4TORONTO | *VIA Deutsche Post* |
| 10924 | DOW CHEMICAL CANADA INC., MAIN GATE,MAIN WHSE,HWY 15,BLDG141A, FORT SASKATCHEWAN, AB T8L 2P4TORONTO | *VIA Deutsche Post* |
| 10925 | DOW CHEMICAL CO THE, BRENT W SCHINDLER SR ATTY, | |
| 10925 | DOW CHEMICAL CO THE, MARK TUCKER ASST GEN COUN, | |
| 10924 | DOW CHEMICAL CO, 2020 BLDG, MIDLAND, MI 48674 | |
| 10924 | DOW CHEMICAL CO, 2301 BRAZOSPORT BLVD, FREEPORT, TX 77541 | |
| 10925 | DOW CHEMICAL CO, ATTN: GEN COUN, 2030 DOW CENTER, MIDLAND, MI 48674 | |
| 10924 | DOW CHEMICAL CO, PO BOX 6004, MIDLAND, MI 48641-6004 | |
| 10924 | DOW CHEMICAL CO, THE, PO BOX 6004, MIDLAND, MI 48641-6004 | |
| 10925 | DOW CHEMICAL CO., 2020 WILLARD H. DOW CENTER, MIDLAND, MI 48674 | |
| 10925 | DOW CHEMICAL CO., 2040 W. H. DOW CENTER, MIDLAND, MI 48674 | |
| 10925 | DOW CHEMICAL CO., PO BOX 281760, ATLANTA, GA 30384 | |
| 10924 | DOW CHEMICAL COMPANY LTD, 284 BATH RD, WEST DRAYTON, 000 000GBR | *VIA Deutsche Post* |
| 10924 | DOW CHEMICAL COMPANY LTD, THAMESPORT, ISLE OF GRAIN, ME3 OEPGBR | *VIA Deutsche Post* |
| 10924 | DOW CHEMICAL COMPANY, 2020 BUILDING DOOR #1, MIDLAND, MI 48674 | |
| 10925 | DOW CHEMICAL COMPANY, 2030 WILLARD H DOW CENTER, MIDLAND, MT 04000 | |
| 10924 | DOW CHEMICAL COMPANY, ADVANCED CLEANING SYSTEMS, MIDLAND, MI 48641 | |
| 10925 | DOW CHEMICAL COMPANY, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10925 | DOW CHEMICAL COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |
| 10925 | DOW CHEMICAL COMPANY, PO BOX 281760, ATLANTA, GA 30384 | |
| 10925 | DOW CHEMICAL COMPANY, PO BOX 641386, PITTSBURGH, PA 15264-1386 | |
| 10924 | DOW CHEMICAL COMPANY, PO BOX1726, MIDLAND, MI 48641 | |
| 10925 | DOW CHEMICAL COMPANY, POBOX 281760, ATLANTA, GA 30384 | |
| 10924 | DOW CHEMICAL COMPANY, THE, 47 BLDG., MIDLAND, MI 48667 | |
| 10925 | DOW CHEMICAL COMPANY, THE, 7719 COLLECTION CENTER DR, CHICAGO, IL 60693 | |
| 10924 | DOW CHEMICAL COMPANY, THE, BLDG: 2804 EXT. 504-353-8466, PLAQUEMINE, LA 70764 | |
| 10924 | DOW CHEMICAL COMPANY, THE, PO BOX 150, PLAQUEMINE, LA 70765-0150 | |
| 10925 | DOW CHEMICAL COMPANY, THE, POBOX 281780, ATLANTA, GA 30384 | |
| 10924 | DOW CHEMICAL U.S.A., PO BOX 2047, MIDLAND, MI 48641-2047 | |
| 10925 | DOW CHEMICAL USA, 1201 NATIONAL AVE, ADDISON, IL 60101 | |
| 10924 | DOW CHEMICAL USA, BLDG. 684, DOOR: C, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL USA, BLDG. 845, DOOR C, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL USA, BLDG: 433 DOOR: 122, MIDLAND, MI 48674 | |
| 10924 | DOW CHEMICAL USA, BLDG: 458 DOOR: 208 8, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL USA, MICHIGAN DIV, BLDG 1382, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL USA, P.O. 023M3744944, 1382 BLDG C/DOOR C, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL USA, P.O. BOX 2560, MIDLAND, MI 48641 | |
| 10924 | DOW CHEMICAL, 1468 PROSSER DR. S.E., DALTON, GA 30721 | |
| 10924 | DOW CHEMICAL, BLDG. 1604  DOOR 3, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL, BLDG. 719 / GATE 17 / DOOR J, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL, BLDG. 7301 RECEIVING, LOUISIANA HWY 1, PLAQUEMINE, LA 70764-0000 | |
| 10924 | DOW CHEMICAL, BLDG. 963 / DOOR 1, MIDLAND, MI 48667 | |
| 10924 | DOW CHEMICAL, P O BOX 1986, MIDLAND, MI 48641 | |
| 10924 | DOW CHEMICAL, PILOT PAPER COATER, 1300 BLDG-DOOR A, MIDLAND, MI 48667 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DOW CHEMICAL, PO BOX 1929, MIDLAND, MI 48641-1929 | |
| 10924 | DOW CHEMICAL, PO BOX 2084, MIDLAND, MI 48641 | |
| 10924 | DOW CHEMICAL, PO BOX 2560, MIDLAND, MI 48641-2560 | |
| 10924 | DOW CONCRETE, RR 1 BOX 31, BOUCKVILLE, NY 13310 | |
| 10924 | DOW CONCRETE, RR 1 BOX 31, BOUCKVILLE, NY 13310-9711 | |
| 10924 | DOW CORNING CORP, 760 HODGENVILLE ROAD, ELIZABETHTOWN, KY 42701 | |
| 10924 | DOW CORNING CORP., 5300 11 MILE ROAD, AUBURN, MI 48611 | |
| 10924 | DOW CORNING CORP., ATTN: NO: BLDG: 3201 T.W. WRIGHT, 4770 HWY 42 E., CARROLLTON, KY 41008 | |
| 10924 | DOW CORNING CORP., CARROLLTON PLANT, PO BOX 310, CARROLLTON, KY 41008 | |
| 10924 | DOW CORNING CORP., PO BOX 998, MIDLAND, MI 48686-0998 | |
| 10924 | DOW CORNING CORPOR., PO BOX 998, MIDLAND, MI 48686-0998 | |
| 10924 | DOW CORNING CORPORATION, 1635 N. GLEANER ROAD, HEMLOCK, MI 48626 | |
| 10924 | DOW CORNING CORPORATION, 2651 SALZBURG ROAD, MIDLAND, MI 48686 | |
| 10924 | DOW CORNING CORPORATION, 2914 PATTERSON STREET, GREENSBORO, NC 27407 | |
| 10924 | DOW CORNING CORPORATION, 3901 S. SAGINAW, MIDLAND, MI 48640 | |
| 10924 | DOW CORNING CORPORATION, 5300 11 MILE ROAD, AUBURN, MI 48611 | |
| 10924 | DOW CORNING CORPORATION, MIDLAND, MI, PO BOX 310, MIDLAND, MI 48686-0998 | |
| 10924 | DOW CORNING CORPORATION, PO BOX 777, MIDLAND, MI 48686-0777 | |
| 10925 | DOW CORNING CORPORATION, PO BOX 905502, CHARLOTTE, NC 28290-5502 | |
| 10924 | DOW CORNING CORPORATION, PO BOX 998, MIDLAND, MI 48686-0998 | |
| 10924 | DOW CORNING GMBH, POSTFACH 130332, COLUMBIA, 65201DEU | *VIA Deutsche Post* |
| 10924 | DOW CORNING GMBH, SCHOSSBERGSTRASSE 13, 65201 WIESBADEN, COLUMBIA, 65201DEU | *VIA Deutsche Post* |
| 10924 | DOW CORNING GMBH, SCHOSSBERGSTRASSE 13, WIESBADEN, 65201DEU | *VIA Deutsche Post* |
| 10925 | DOW CORNING STI, PO BOX 70264, CHICAGO, IL 60673-0264 | |
| 10924 | DOW CORNING, 3901 S. SAGINAW ROAD, MIDLAND, MI 48640 | |
| 10925 | DOW CORNING, PO BOX 0994, MIDLAND, MI 48686 | |
| 10925 | DOW CORNING, PO BOX 905502, CHARLOTTE, NC 28290-5502 | |
| 10924 | DOW DEUTSCHLAND INC, AM KRONBERGER HANG 4, SCHWALBACH, 0DEU | *VIA Deutsche Post* |
| 10924 | DOW DEUTSCHLAND INC., CARGO CITY SUED/GEBAEUDE 556, FRANKFURT AIRPORT, 60549DEU | *VIA Deutsche Post* |
| 10925 | DOW JONES & CO INC, POBOX 30, CHICOPEE, MA 01021-0030 | |
| 10925 | DOW JONES & COMPANY, INC, 200 BURNETT RD., CHICOPEE, MA 01020 | |
| 10924 | DOW JONES @ @, 882 RIDGE ROAD (OFF ROUTE 1), PRINCETON, NJ 08541 | |
| 10925 | DOW JONES INFORMATION SERVICES, POBOX 941, CHICOPEE, MA 01021-0941 | |
| 10925 | DOW JONES INTERACTIVE, PO BOX 941, CHICOPEE, MA 01021-0941 | |
| 10924 | DOW USA, TEXAS OPNS, BLDG B-2707, 2301 BRAZOSPORT BLVD, FREEPORT, TX 77541 | |
| 10924 | DOW USA, TEXAS OPNS, BLDG. B-2707, 2301 BRAZOSPORT BLVD, FREEPORT, TX 77541 | |
| 10924 | DOW USA,TEXAS OPERATIONS, PO#1521591, 2301 BRAZOSPORT BLVD RECV B-401, FREEPORT, TX 77541 | |
| 10924 | DOW, EDGAR, 13 DRISCOLL ST, PEABODY, MA 01960 | |
| 10925 | DOW, HERBERT, 136 WEIRS ROAD, #16, GILFORD, NH 03246 | |
| 10925 | DOW, LOHNES & ALBERTSON, 1255 TWENTY-THIRD ST, WASHINGTON, DC 20037-1194 | |
| 10925 | DOWD & GUILD INC., 14 CROW CANYON CT. SUITE 200, SAN RAMON, CA 94583 | |
| 10925 | DOWD, JANET, 2680 OAK PARK CIRCLE, DAVIE, FL 33328 | |
| 10925 | DOWD, MARY, CUST FOR DAVID DOWD, UNDER NJ UNIF GIFTS TO MIN ACT, 40 WALKER RD, WEST ORANGE, NJ 07052-4403 | |
| 10925 | DOWD, REGINALD, 903 ALABAMA, MONROE, LA 71202 | |
| 10925 | DOWD, SEREEN, 430 E. CERRITOS ST, RIALTO, CA 92376 | |
| 10924 | DOWDEN BLDG MATERIALS INC, 1701 SHAWNEE DR, LONGVIEW, TX 75606 | |
| 10924 | DOWDEN BLDG MATERIALS INC., 1701 SHAWNEE DR., LONGVIEW, TX 75601 | |
| 10925 | DOWDEN, JANET, 7391 OLSEN ROAD, SULPHUR, LA 70665 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOWDEY, GEORGE S., 2611 OAK CLIFF LANE, ARLINGTON, TX 76012

10925   DOWDLE, ROGER, 7223 SPRING FLOWER, SAN ANTONIO, TX 78249

10925   DOWD-PEACOCK, MARY, 59 KIMBALL ROAD 4 ARCADIA, AMESBURY, MA 01913

10925   DOWDY, DORIS, PO BOX 13261, ROANOKE, VA 34032-3261

10925   DOWDY, JIMMIE, 1815 ROTARY DRIVE, LAKELAND, FL 33801

10925   DOWELL JT TEN, JOHN L & WILMA C, 10337-K MALCOLM CIRCLE, COCKEYSVILLE, MD 21030-3963

10925   DOWELL, ALMA, 1646HIGHLAND, SAN ANTONIO, TX 78210

10925   DOWELL, BRIAN, 9306 BROADWAY, INDIANAPOLIS, IN 46240

10925   DOWELL, JANE, 8217 WATER LILY WAY, LAUREL, MD 20724

10925   DOWELL, KENNETH H., 4415 WINDSONG WAY, OKLAHOMA CITY, OK 73120

10925   DOWELL, KENNETH, 4415 WINDSONG WAY, OKLA CITY, OK 73120

10925   DOWELL, TRAVIS, 9900 REDWOOD ST. NW, COON RAPIDS, MN 55433

10925   DOWELL-JR, JOHN, C/O JOHN DOWELL III, BALTIMORE, MD 21208

10925   DOWEY, EMILY, 20 MARION ST, LUGOFF, SC 29078

10925   DOWG-UBC HAZ STORAGE, 355 FOURTH ST BLDG 340, ROBINS AIR FORCE BASE, GA 31098-1111

10925   DOWIC FREIGHTWAYS LTD, PO BOX 669, LAKE ZURICH, IL 60047

10925   DOWIDAR, SAMEER, % M MENTE DAVISON CHEMICAL 10 E BALTIMORE, BALTIMORE, MD 21203-9998

10925   DOWIS, JAMES, 115 SPRINGDALE ST, DUNCAN, SC 29334-9638

10925   DOWLAND, THOMAS, 1376 W 14TH ST, SAN PEDRO, CA 90732

10925   DOWLEY, THOMAS E, 60 MARGARET RD, S HAMILTON, MA 01982

10925   DOWLING & POPE ADVERTISING, 311 W SUPERIOR ST SUITE 308, CHICAGO, IL 60610

10925   DOWLING & POPE ADVERTISING, 311 W. SUPERIOR ST., STE 308, CHICAGO, IL 60610

10924   DOWLING GARDENS, SPARK HILL, NY 99999

10925   DOWLING R WATFORD SR &, MARTHA B WATFORD JT TEN, PO BOX 518, OKEECHOBEE, FL 34973-0518

10925   DOWLING, JOSEPH, 1007 134TH ST. EAST, BRADENTON, FL 34202

10925   DOWLING, MELINDA, 4771 VERSAILLE PARK CT, FREMONT, CA 94538

10925   DOWLING, MELINDA, 4771 VERSAILLE PARK, FREMONT, CA 94538

10925   DOWLING, SAUNDRA, 1902 GOODE, ALVIN, TX 77511

10925   DOWLING, SHARON, 1326 S CORNELIA ST, SIOUX CITY, IA 51106

10925   DOWN RIVER INTL. INC., DEPT 01235, SAN FRANCISCO, CA 94139

10924   DOWN RIVER REFRIGERATION, 28915 JOY RD, WESTLAND, MI 48185

10925   DOWNARD, DONALD, 110 N. CLAIR DR., PANAMA CITY, FL 32401

10925   DOWNE, LYNNE, #1839 WOODS II OF CHERRY HILL, CHERRY HILL, NJ 08003

10924   DOWNERS GROVE CENTRAL, ACCOUSTICAL, DOWNERS GROVE, IL 60515

10924   DOWNERS GROVE LIBRARY, 1050 CURTISS STREET, DOWNERS GROVE, IL 60515

10925   DOWNES, JOHN, 629 BELMONT ST, MANCHESTER, NH 03104

10925   DOWNEY INC, GREGORY M COFFMAN PRES, 2207 WEST WI AVE, MILWAUKEE, WI 53233

10925   DOWNEY INC., PO BOX 1155, 2207 WEST WISCONSIN AVE, MILWAUKEE, WI 53201-1155

10925   DOWNEY JR, EDWARD, 10 SIMON AVE, ADAMS, MA 01220

10925   DOWNEY, BRENDAN, 30 SUMMIT AVE #1, BROOKLINE, MA 02445

10925   DOWNEY, CASS, ROUTE N 3 BOX 218, DUNCAN, OK 73533

10925   DOWNEY, E., 688 CEDAR DR., PASADENA, MD 21122

10925   DOWNEY, ETHEL, 100 CENTRAL AVE, NEWTON, MA 02460

10925   DOWNEY, FAYE, ORCHARD APTS. APT. B-113, TEMPLE, PA 19560

10925   DOWNEY, JOHN, 781 PAGE ST, LUNENBURG, MA 01462-2133

10925   DOWNEY, KEVIN, 89 AVALON RD, READING, MA 01867

10925   DOWNEY, MELINDA, 10 MAGNOLIA TERR, S HADLEY, MA 01075

10925   DOWNEY, TREVA, 2220 HACKMAN RD., ST CHARLES, MO 63303

10925   DOWNHAM, ROY, 3475 HIGHLAND CENTER DR, GREEN BAY, WI 54301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOWNIE, ROBERT, 86 ALBERT DRIVE, PARLIN, NJ 08859-1832

10925   DOWNING, ANDREW, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DOWNING, ANDREW, 89 PARK DR APT #2, BOSTON, MA 02215

10925   DOWNING, BETSY, 4400 A ROSEBUD CH RD, WILSON, NC 27893

10925   DOWNING, CAROLYN, PO BOX 377, STARTEX, SC 29377-9999

10925   DOWNING, DOUGLAS, 513 S. DRESDEN CT, SHREVEPORT, LA 71115

10925   DOWNING, JAMES, 181 STRIBLING CIR, SPARTANBURG, SC 29301-1664

10925   DOWNING, JOESPH, 3161 LYNDALE AVE., BALTIMORE, MD 21213

10925   DOWNING, MICHAEL, 2825 ROANOKE DR, WICHITA FALLS, TX 76305

10925   DOWNING, PAUL, PO BOX 292, BLAND, MO 65014

10925   DOWNING, RAYMOND, 1007 E. RUNDBERG LANE, 116, AUSTIN, TX 78753

10925   DOWNING, SCOTT, 2531 DYRESON ROAD, MC FARLAND, WI 53558

10925   DOWNING, TERESA, 6817 WOLFIN, AMARILLO, TX 79106

10925   DOWNING, TRACIE, 330 CADDO, AMARILLO, TX 79108

10925   DOWNRIVER STOCK SWAGGERS, 14690 BANNER, TAYLOR, MI 48180-4642

10924   DOWNS LUMBER CO., 213 DEAL ST., HINESVILLE, GA 31313

10925   DOWNS RACHIN & MARTIN, PROF CORP, 9 PROSPECT ST, NORTH DANVILLE, VT 05819-0099

10925   DOWNS, ANDRA, 15600 VANOWEN ST., 210, VAN NUYS, CA 91406-7204

10925   DOWNS, DEBORAH, 8116 WATTERSON TRAIL, LOUISVILLE, KY 40299

10925   DOWNS, DENNIE, 2306 WALNUT, ODESSA, TX 79761

10925   DOWNS, JIM B, 2840 RHETT DR, LAKE CHARLES, LA 70611

10925   DOWNS, JIMMIE, 2840 RHETT DRIVE, LAKE CHARLES, LA 70611

10925   DOWNS, KATHRYN, 802 N. AMELIA ST, STERLING, VA 20164

10925   DOWNS, LINDA, 205 MORGAN ST, GREER, SC 29651

10925   DOWNS, LORI, 30 MARBLEHEAD ST, N READING, MA 01864

10925   DOWNS, MARLIN, HC80 BOX 291A, LEESVILLE, LA 71446

10925   DOWNS, WILLIAM, ROUTE 1 BOX 156, ENOREE, SC 29335

10925   DOWNTOWN OFFICE SUPPLY, PO BOX 2824, WEST MEMPHIS, AR 72303

10924   DOWNTOWN POST OFFICE, CORNER ROGERS AVE. & TOWSON AVE., FORT SMITH, AR 72901

10925   DOWNTOWN RESCUE MISSION, PO BOX 994, SPARTANBURG, SC 29304

10925   DOWNWARD, RYDELL, 6155 ST. CLAIR AVE, NORTH HOLLYWOOD, CA 91606

10924   DOWTY AEROSPACE PROPELLERS, 114 POWERS COURT, STERLING, VA 20166

10924   DOW-UNITED TECH. COMPOSITE PRODS., CAMBRIDGE, MA 02140

10924   DOW-UNITED TECHNOLOGIES, COMP PROD. INC, TALLASSEE, AL 36078

10925   DOW-UT COMPOSITE PRODUCTS INC, 100 SMOTHERS ROAD, MONTGOMERY, AL 36117

10925   DOW-UT COMPOSITE PRODUCTS INC, 3951 ALABAMA HWY 229, TALLASSEE, AL 36078

10925   DOW-UT COMPOSITE PRODUCTS INC, HWY 229 SOUTH, TALLASSEE, AL 36078

10924   DOW-UT COMPOSITE PRODUCTS, INC., 3951 ALABAMA HWY. 229, TALLASSEE, AL 36078

10924   DOX PLANK, 144 NEWRY ROAD, PORTAGE, PA 15946

10924   DOX PLANKS, 144 NEWRY RD., PORTAGE, PA 15946

10924   DOX PLANKS, WINDBER, PA 15963

10925   DOXEN, O, 299 ADELPHI ST, BROOKLYN, NY 11205

10925   DOXTATOR, HELEN, 36 WHITNEY GLEN, WESTPORT, CT 06880-3700

10925   DOYLE & ROTH MFG COMPANY, INC, 26 BROADWAY SUITE 911, NEW YORK, NY 10004

10924   DOYLE BRICK CO., CHESAPEAKE, VA 23323

10925   DOYLE REPORTING INC, 369 LEXINGTON AVE SUITE 400, NEW YORK, NY 10017

10924   DOYLE SCOTT CONSTRUCTION CO., 453 COUNTY ROAD 494, FORT PAYNE, AL 35967

10925   DOYLE, ANNA, 38 GEORGE BROWN ST., E BILLERICA, MA 01821

10925   DOYLE, ARTHUR, 1577 MARIPOSA WAY, BULLHEAD CITY, AZ 86442

10925   DOYLE, BLANCHE, 10 LEONARD ROAD, LEXINGTON, MA 02173

10925   DOYLE, CAROL, 6950 NW 82ND COURT, TAMARAC, FL 33321

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DOYLE, CARROLL, PO BOX 144, BURLINGTON, WV 26710

10925   DOYLE, CATHERINE, 225 WEST 83RD ST, APT 23B, NEW YORK, NY 10024

10925   DOYLE, CHARLES, 1019 HWY. 55, MONTEGUT, LA 70377

10925   DOYLE, CLYDE, 881 W DAVE DUGAS RD, SULPHUR, LA 70665

10925   DOYLE, CLYDE, 881 W. DAVE DUGAS RD., SULPHUR, LA 70665

10925   DOYLE, CYNTHIA, 127 MADISON AVE, ARLINGTON, MA 02474

10925   DOYLE, EDDIE, 2924 MASONWOOD DR NW, KENNESAW, GA 30152

10925   DOYLE, EDWARD, 456 ILLINOIS ROAD, WILMETTE, IL 60091

10925   DOYLE, FRANK, PO BOX 256, ELLISTON, VA 24087

10925   DOYLE, HELEN, 53 MEADOWBROOK DR, SOMERVILLE, NJ 08876

10925   DOYLE, HOLLI, PO BOX 486, LOXAHATCHEE, FL 33470

10925   DOYLE, JAMES, 22 WINNISIMETTE AVE, WAKEFIELD, MA 01880

10925   DOYLE, JAMES, 8842 EATONWICK, CORDOVA, TN 38018

10925   DOYLE, JAMES, SPRING PARK, ST CLAIRSVILLE, OH 43950

10925   DOYLE, JAMES, STATE CAPITOL STE 114E, PO BOX 7857, MADISON, WI 53707-7857

10925   DOYLE, JANET, 34572 SIMS, WAYNE, MI 48184

10925   DOYLE, JEFFREY, 26 DIVISION ST, MALDEN, MA 02148

10925   DOYLE, JOHN, 10212 COUNTY D, AMHERST, WI 54406

10925   DOYLE, JOHN, 60 COTTAGE ROAD, KENSINGTON, NH 03827

10925   DOYLE, JOHN, 84 LOON HILL ROAD, DRACUT, MA 01826-4031

10925   DOYLE, JUSTIN, 707 HOLLAND SQUARE, WEST READING, PA 19611

10925   DOYLE, KRISTEN, 26 DIVISION ST, MALDEN, MA 02148

10925   DOYLE, MARGARET, RT 1 BOX 112, HORNSBY, TN 38044

10925   DOYLE, MARVIN, HC 65 BOX 159, EDNA, TX 77957

10925   DOYLE, MATTHEW, 19 BRIDLE WAY, WERNERSVILLE, PA 19565

10925   DOYLE, MICHEAL, 1011 SYCAMORE APT #26, BURKBURNETT, TX 76354

10925   DOYLE, NANCY, BOX 256, ELLISTON, VA 24083

10925   DOYLE, PATRICK, 5932 S TRIPP, CHICAGO, IL 60629-4939

10925   DOYLE, RICKEY, 100 MONK MITCHELL, PICAYUNE, MS 39466

10925   DOYLE, ROBERT B, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DOYLE, ROBERT W, 3173 NW 114TH AVE, CORAL SPRINGS, FL 33065

10925   DOYLE, ROBERT, 15 BEAVER BROOK RD, BURLINGTON, MA 01803

10925   DOYLE, ROBERT, 7517 WEST SHORE ROAD, PORT WASHINGTON, NY 11050

10925   DOYLE, ROSEMARY, 26 DIVISION ST, MALDEN, MA 02148

10925   DOYLE, SEAN, 11 DAVIS RD, B-12, ACTON, MA 01720

10925   DOYLE, STEVEN, 1640 DODGERS DR, PRATTVILLE, AL 36067

10925   DOYLE, THOMAS, 11 CURTIS ROAD, CANTON, MA 02021

10925   DOYLE, THOMAS, 8 STUYVESANT OVAL, NEW YORK, NY 10009-2443

10924   DOYLESTOWN ELECTRIC, PO BOX 1286, DOYLESTOWN, PA 18901

10925   DOYON, KATHERINE, 563 OLD SHAKER RD, LOUDON, NH 03301

10925   DOZE, SANDRA, 8127 GLENHOLLOW, HOUSTON, TX 77033

10925   DOZIER EQUIPMENT CO., 770 SOUTH 70TH. ST., MILWAUKEE, WI 53214

10925   DOZIER EQUIPMENT CO., BOX 88154, MILWAUKEE, WI 53288-0154

10925   DOZIER EQUIPMENT, PO BOX 88154, MILWAUKEE, WI 53288-0154

10925   DOZIER, GEORGE, 1986 FISCHER ROAD, SHARPSBURG, GA 30277

10925   DP SYSTEMS INC, PO BOX 828, ADDISON, IL 60101-0828

10925   DP SYSTEMS, INC, PO BOX 828, ADDISON, IL 60101

10924   DPCS-RPMA-PDB, 2800 SO. 20TH STREET, PHILADELPHIA, PA 19101

10924   DPCS-RPMA-PDB, DEFENSE DISTRIBUTION DEPOT MEMPHIS, 2163 AIRWAYS BOULEVARD, MEMPHIS, TN 38100

10924   DPCS-RPMA-PDB, DIRECTOR OF DISTRIBUTION, DEFENSE DEPOT, MEMPHIS, TN 38114

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DPCS-RPMA-PDB, TRANSPORTATION OFFICER, DEFENSE DIST DEPOT SUSQUEHANNA, MECHANICSBURG FACILITY BLDG 402, MECHANICSBURG, PA 17055 | |
| 10925 | DPE SYSTEMS INC, POBOX 19555, SEATTLE, WA 98109 | |
| 10925 | DPMA ASSOCIATION OF INFORMATION, PO BOX 978, PARK RIDGE, IL 60068-0978 | |
| 10925 | DPMA, PO BOX 388130, CHICAGO, IL 60638 | |
| 10925 | DPP DIRECT, 5198 W 76TH ST, EDINA, MN 55439 | |
| 10924 | DPR CONSTRUCTION, PORTLAND, OR 97201 | |
| 10925 | DPT IBC CENTER, PO BOX 580, CENTRE, AL 35960 | |
| 10925 | DPT-IBC CENTER, PO BOX 43112, ATLANTA, GA 30336-0112 | |
| 10925 | DPZ SYSTEMS, INC, PO BOX 663, ARVADA, CO 80001-0663 | |
| 10925 | DR CARL A JURICA, 325 WELL ST, JOHNSTOWN, NY 12095-1608 | |
| 10925 | DR CORDELL & ASSOCIATES, INC, 95 W. BUTLER AVE., CHALFONT, PA 18914 | |
| 10925 | DR F PETER BOER, 47 COUNTRY ROAD SOUTH, BOYNTON BEACH, FL 33436 | |
| 10925 | DR ING KO BERG/OSLO PATENTKONTOR, HOLTEGATEN 20, OSLO 3, N-0306NORWAY | *VIA Deutsche Post* |
| 10925 | DR MARCEL FREDERICKS &, DR JANET FREDERICKS JT TEN, 7853 NORTH KILBOURN AVE, SKOKIE, IL 60076-3511 | |
| 10925 | DR SHAUIB ADMAD NCU, BOX 7533, RALIEGH, NC 27696-7533 | |
| 10925 | DR. & MRS. BREEN BLAND, 3103 CLANCY RD., MILLINGTON, TN 38053 | |
| 10925 | DR. & MRS. ROBERT SCHMIT, 4305 TORRANCE BLVD, TORRANCE, CA 90503-4409 | |
| 10925 | DR. ALBERT A. HUMMEL, 6200 WESTCHESTER PK. DR., COLLEGE PARK, MD 20740 | |
| 10925 | DR. ANN SCHOEB, 2 S. COURT, CLINTON, NJ 08809 | |
| 10925 | DR. CHRISTIAN F. HORN, 27827 VIA FELIZ, LOS ALTOS HILLS, CA 94022 | |
| 10925 | DR. CONSTANTINE HAMPERS, EAST LAKE ROAD, DUBLIN, NH 03444 | |
| 10925 | DR. DANIEL LONGSTAFF, 2627 E 10000 S, SANDY, UT 84092-4235 | |
| 10925 | DR. DAVID EGILMAN, 759 GRANITE ST, BRAINTREE, MA 02184 | |
| 10925 | DR. FRANCO C. PIRANI, VIA MARSALA 9, MILANO BL, 20121ITALY | *VIA Deutsche Post* |
| 10924 | DR. GOODROOF, 11421 TAMIAMI, PUNTA GORDA, FL 33955 | |
| 10925 | DR. KEITH DACKSON, 32 COMPTON DR., HIGHTSTOWN, NJ 08520 | |
| 10925 | DR. KENNETH BARON, 27810 KIMBERLY DR., YORBA LINDA, CA 92887 | |
| 10925 | DR. LESLIE J. STRUBLE, 205 N. MATHEWS AVE., URBANA, IL 61801-2352 | |
| 10925 | DR. MARIE BORZO, 27 MAPLE RUN, BASKING RIDGE, NJ 07920 | |
| 10925 | DR. MARYE ANNE FOX, BOX 7001/A HOLLADAY HALL, RALEIGH, NC 27695-7001 | |
| 10925 | DR. MILTON BONIUK, 1111 HERMANN DR. #29E, HOUSTON, TX 77004 | |
| 10925 | DR. NICHOLAS G. DEZES, 7640 BELAIR RD., BALTIMORE, MD 21236 | |
| 10925 | DR. NICK HUTSON, 1139 WENDY CT., ANN ARBOR, MI 48109 | |
| 10925 | DR. NORMAN J. DE FRANCO, 6219 W. 63RD ST., CHICAGO, IL 60638 | |
| 10924 | DR. PEPPER CORPORATE HEADQUARTERS, 5301 LEGACY DRIVE, PLANO, TX 75024 | |
| 10925 | DR. ROBERT LIN, 2416 E STONE DR, APT 1200B, KINGSPORT, TN 37660-5828 | |
| 10925 | DR. ROGER H. CAYTON, 856 S. WRIGHT ST., NAPERVILLE, IL 60540 | |
| 10925 | DR. VINCENT M. NOTARANGELO, 3001 S. HANOVER ST., #G-11, BALTIMORE, MD 21225 | |
| 10925 | DR. WOO SONG, PO BOX 43, WHITEHOUSE STATION, NJ 08889 | |
| 10925 | DRABINOWICZ, GLEN, 38 LYNNMERE AVE, LYNN, MA 01904-2039 | |
| 10925 | DRACKETT PRODUCTS CO., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | DRAEGER SEA PTE LTD., 67 AYER RAJAH CRESCENT #06-03, SINGAPORE 139950, 0SGP | *VIA Deutsche Post* |
| 10925 | DRAEGER, MARY, 6521 W BELOIT RD, 7, WEST ALLIS, WI 53219 | |
| 10925 | DRAFAHL, ROBERT, W6148 TUCKER RD, MONTICELLO, WI 53570 | |
| 10925 | DRAFT, DANIEL, 1419 MONTIE, LINCOLN PARK, MI 48146 | |
| 10925 | DRAGANZA, DAVID, 1431 FOREST GREEN DRIVE, CORAOPOLIS, PA 15108 | |
| 10925 | DRAGEL, MICHAEL, 8755 W 96TH PLACE, PALOS HILLS, IL 60465 | |
| 10925 | DRAGER SERVICE, POBOX 8500 S-1225, PHILADELPHIA, PA 19178 | |
| 10925 | DRAGICEVICH, ANNETTE, 17807 BROMLEY COURT, ENCINO, CA 91316 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DRAGO SUPPLY CO INC, 35610 HWY 30, GEISMAR, LA 70734 | |
| 10924 | DRAGO SUPPLY CO INC, P.O.BOX 1647, PORT ARTHUR, TX 77640 | |
| 10925 | DRAGO SUPPLY CO., ATTN: LYNN AUCOIN, PO BOX 1647, PORT ARTHUR, TX 77641-1647 | |
| 10925 | DRAGO SUPPLY, PO BOX 153, SULPHUR, LA 70663 | |
| 10924 | DRAGOCO INC., 10 GORDON DRIVE, TOTOWA, NJ 07512 | |
| 10925 | DRAGOCO INC., 422 NNW HWY., PARKRIDGE, IL 60068 | |
| 10925 | DRAGOLI JT TEN, FRED P & MARTHA D, 70 SHORE DR, WATERFORD, CT 06385-3943 | |
| 10924 | DRAGON PRODUCTS CO., 960 OCEAN AVE., PORTLAND, ME 04103 | |
| 10925 | DRAGON PRODUCTS COMPANY INC, PO BOX 1521, PORTLAND, ME 04104 | |
| 10924 | DRAGON PRODUCTS, 145 RIVER RD., LEWISTON, ME 04240 | |
| 10924 | DRAGON PRODUCTS, 170 PARSON RD, PRESQUE ISLE, ME 04769 | |
| 10924 | DRAGON PRODUCTS, BATH ROAD, BRUNSWICK, ME 04011 | |
| 10924 | DRAGON PRODUCTS, BETHEL, ME 04217 | |
| 10924 | DRAGON PRODUCTS, BOND BROOK RD, AUGUSTA, ME 04330 | |
| 10924 | DRAGON PRODUCTS, COLE ROAD, BIDDEFORD, ME 04005 | |
| 10924 | DRAGON PRODUCTS, FRENCHVILLE RD, MADAWASKA, ME 04756 | |
| 10924 | DRAGON PRODUCTS, HIGHLAND AVE, SCARBOROUGH, ME 04074 | |
| 10924 | DRAGON PRODUCTS, P O BOX 191, THOMASTON, ME 04861 | |
| 10924 | DRAGON PRODUCTS, ROUTE 26, WEST PARIS, ME 04289 | |
| 10924 | DRAGON PRODUCTS, ROUTE 46, BUCKSPORT, ME 04416 | |
| 10924 | DRAGON PRODUCTS, ROUTE 52, HARTLAND, ME 04943 | |
| 10924 | DRAGON PRODUCTS, RT 1, THOMASTON, ME 04861 | |
| 10924 | DRAGON PRODUCTS, RT 108, CANTON, ME 04221 | |
| 10924 | DRAGON PRODUCTS, RT 201 AT RT 95, FAIRFIELD, ME 04937 | |
| 10924 | DRAGON PRODUCTS, RT 4, FARMINGTON, ME 04938 | |
| 10924 | DRAGON PRODUCTS, RTE 1, ELLSWORTH, ME 04605 | |
| 10924 | DRAGON PRODUCTS, SONGO LOCKS RD, NAPLES, ME 04055 | |
| 10924 | DRAGON PRODUCTS, SOUTH AVE., LEWISTON, ME 04240 | |
| 10924 | DRAGON PRODUCTS, U.S. ROUTE ONE, THOMASTON, ME 04861 | |
| 10925 | DRAGON, KENDRA, 42 CHARLES ST, SALEM, MA 01970 | |
| 10925 | DRAGOVIC, BESIM, 16 WOODCHUCK LANE, NORWALK, CT 06854 | |
| 10925 | DRAHEIM, DAVID, 3700 SPRUCEWOOD RD NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | DRAHN, DAVID, 651 ANDERSON DRIVE, LAKE IN HILLS, IL 60102 | |
| 10925 | DRAIN KING, 28 RUMFORD PARK AVE, WOBURN, MA 01801 | |
| 10925 | DRAIN, PUCCINI, 613 SOUTH 39TH ST., LOUSVILLE, KY 40211 | |
| 10925 | DRAISWERKE, INC, 40 WHITNEY ROAD, MAHWAH, NJ 07430 | |
| 10925 | DRAKE BEAM MORIN INC, 100 PARK AVE, NEW YORK, NY 10017 | |
| 10925 | DRAKE BEAM MORIN, INC, DRAWER CS 100739, ATLANTA, GA 30384-0739 | |
| 10924 | DRAKE CONCRETE CO, P.O. BOX 727, BELLE CHASSE, LA 70037 | |
| 10925 | DRAKE GROUP, 401 E FRONT ST, STE 220, TYLER, TX 75702-8293 | |
| 10925 | DRAKE JR, WALKER H, BOX 770, CHALMETTE, LA 70044-0770 | |
| 10925 | DRAKE OAK BROOK, THE, 2301 YORK RD, OAK BROOK, IL 60523 | |
| 10925 | DRAKE OFFICE OVERLOAD, 10635 SANTA MONICA BLVD, #170, LOS ANGELES, CA 90025 | |
| 10925 | DRAKE, BETTY, 4 REDWOOD CT CEDAR FARMS, NEWARK, DE 19702 | |
| 10925 | DRAKE, DAVID, 341 ROBERTS MILL ROAD, TANEYTOWN, MD 21787-2253 | |
| 10925 | DRAKE, DEBBIE, 1702 I ST., SPARKS, NV 89431 | |
| 10925 | DRAKE, DOROTHY, 981 NW 182ND ST, MIAMI, FL 33169 | |
| 10925 | DRAKE, FREDDIE, 1285 ROCKWOOD ROAD, CHARLOTTE, NC 28216 | |
| 10925 | DRAKE, HAMMOND & ASSOCIATES, 9457 S. UNIVERSITY,STE. 178, HIGHLANDS RANCH, CO 80126 | |
| 10925 | DRAKE, JR, CECIL, 405 TRANQUAIL PLACE, INDAIAN TRAIL, NC 28079 | |
| 10925 | DRAKE, KIMBERLY, 37 LAKESHORE DRIVE, STOCKBRIDGE, GA 30281 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DRAKE, LAWRENCE, 896 LEE ST, LAKEWOOD, CO 80215-5732 | |
| 10925 | DRAKE, LISA, RT. 1 BOX 202, FORREST CITY, AR 72335 | |
| 10925 | DRAKE, LORETTA, 6513 CHESTNUT DR, WINDSOR, WI 53598 | |
| 10925 | DRAKE, MARY, RT 2 BOX 2429, DANIELSVILLE, GA 30633 | |
| 10925 | DRAKE, RHONDA, PO BOX 133, PELZER, SC 29669 | |
| 10925 | DRAKE, THOMAS, 2955 CORTE DIANA, CARLSBAD, CA 92009 | |
| 10925 | DRAKE, VICTORIA, 13 SANDALWOOD COURT, STREAMWOOD, IL 60107 | |
| 10925 | DRAKOPOULOS, PAULINE, 17 JOCKEY LANE, NEW CITY, NY 10956 | |
| 10925 | DRANE, JACQUELINE, 33 BLEUMER ROAD, SO. HAMPTON, MA 01073 | |
| 10925 | DRANE, JEROME, 33 BLEUMER RD, SOUTHAMPTON, MA 01073 | |
| 10925 | DRANGE, DEBRA, 821 E 18TH ST, WILLISTON, ND 58801-4407 | |
| 10925 | DRANGE, NORMAN, 4052 N. GOVERMENT WAY, COEUR D ALENE, ID 83814 | |
| 10925 | DRAPE, ROBERT, 6709 JACOBS WAY #3, 4, MADISON, WI 53711 | |
| 10925 | DRAPELA, JOHN, PO BOX 1148, EL CAMPO, TX 77437 | |
| 10925 | DRAPER ASSOCIATES INC, 160 VARICK ST, NEW YORK, NY 10013 | |
| 10925 | DRAPER METAL FABRICATION INC, 137 WELLES AVE, DORCHESTER, MA 02124 | |
| 10924 | DRAPER SHADE & SCREEN CO. INC., 411 S PEARL STREET, SPICELAND, IN 47385 | |
| 10925 | DRAPER, EDWARD, 135 HIGH RIDGE DR, ATHENS, GA 30606 | |
| 10925 | DRAPER, GAY-ANN, 81 GLAD VALLEY DRIVE, BILLERICA, MA 01821 | |
| 10925 | DRAPER, HOLLENBAUGH & BRISCOE CO, 175 SOUTH THIRD ST, STE 1250, COLUMBUS, OH 43215 | |
| 10925 | DRAPER, LEE, 12825 A ST, OMAHA, NE 68144-4062 | |
| 10925 | DRAPERIES BY DESIGN, 635 KENSINGTON RD., SEVERNA PARK, MD 21146 | |
| 10925 | DRASH CONSULTING ENGINEERS,INC, PO BOX 781208, SAN ANTONIO, TX 78278-1208 | |
| 10925 | DRATLER, ROBERT, 5960 S LAND PARK DR #258, SACRAMENTO, CA 95822 | |
| 10925 | DRATNOL, R DAVE, 1509 W COGUINA DR, GILBERT, AZ 85233 | |
| 10925 | DRATNOL, R DAVID, 1509 W COQUINA, GILBERT, AZ 85233 | |
| 10925 | DRATNOL, ROBERT, 1509 W COQUINA, GILBERT, AZ 85233 | |
| 10925 | DRAUGHAN, CHARLES, PO BOX 876, MARIETTA, SC 29661 | |
| 10925 | DRAUSCHKE, FREDERICK M, 99 LYNDE ST, MELROSE, MA 02176 | |
| 10925 | DRAUSCHKE, FREDERICK, 99 LYNDE ST, MELROSE, MA 02176 | |
| 10924 | DRAVO-BASIC MATERIALS, 2ND & RAILROAD AVE., CHARLEROI, PA 15022 | |
| 10924 | DRAVO-BASIC MATERIALS, 2ND & RAILROAD AVENUE, CHARLEROI, PA 15022 | |
| 10925 | DRAWING BOARD BROOKHOLLOW, POBOX 6213, CAROL STREAM, IL 60197-6213 | |
| 10925 | DRAWING BOARD, PO BOX 4758, CAROL STREAM, IL 60197-4758 | |
| 10925 | DRAWING BOARD, THE, PO BOX 4758, CAROL STREAM, IL 60197 | |
| 10925 | DRAWING BOARD, THE, PO BOX 6213, CAROL STREAM, IL 60197-6213 | |
| 10925 | DRAWING BOARD, THE, POBOX 4758, CAROL STREAM, IL 60197-4758 | |
| 10925 | DRAY, JEFFREY, 180 WHITEHEAD ROAD, ADVANCE, NC 27006 | |
| 10925 | DRAYDEN, BARBIE, 6630 OLEFA, DALLAS, TX 75217 | |
| 10924 | DRE INDUSTRIES, 237 NORSEMAN ST., ETOBICOKE, ONTARIO, ON M8Z 2R5TORONTO | *VIA Deutsche Post* |
| 10925 | DREADFULWATER, KATHY, 1404 COVINGTON, WICHITA FALLS, TX 76305 | |
| 10925 | DREADIN, CAROL, 465 STILLMEADOW, RICHARDSON, TX 75081 | |
| 10925 | DRECKSLER, ROCHELLE, PO BOX 691, PEOTONE, IL 60407 | |
| 10925 | DREEKE, SHERYL, RT 1 BOX 469, MOMENCE, IL 60954 | |
| 10924 | DREELAND, INC., 1025 LOCKWOOD, HOUSTON, TX 77020 | |
| 10924 | DREELAND, INC., 1600 BROARWAY, DENVER, CO 80202 | |
| 10925 | DREES, CATHERINE, 218 CLEMMER, CORPUS CHRISTI, TX 78415 | |
| 10925 | DREES, GERALDINE, 2130 WILLIAMS BLVD SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | DREHER, JAMES, 500 WENWOOD RD #413, GREENVILLE, SC 29607 | |
| 10925 | DREIFUSS, PETER, 15717 ALLNUTT LANE, BURTONSVILLE, MD 20866 | |
| 10925 | DREISBACH, PAUL, 11785 DEAN ST BOX 1945, HIRAM, OH 44234 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DREISILKER ELECTRIC MOTORS, PO BOX 4710-U, NORTH SUBURBAN, IL 60197 | |
| 10924 | DREMEL, INC., 21 W. 46TH STREET, NEW YORK, NY 10036 | |
| 10924 | DREMEL, INC., SUITE 1004, 21 W. 46TH STREET, NEW YORK, NY 10036 | |
| 10924 | DREMEL, INC., SUITE 1004, 21 W .46TH STREET, NEW YORK, NY 10036 | |
| 10925 | DRENNEN, RUTH, 191 73RD ST, BROOKLYN, NY 11209-2246 | |
| 10925 | DRENTH, FRANCES, 177 WASHINGTON AVE, UNION, NJ 07083 | |
| 10925 | DREREL MCDONALD, HC 61 BOX 363, ELKINS, AR 72727 | |
| 10925 | DRESCHER, MATT, 814 N. 16TH ST APT. 413, MILWAUKEE, WI 53233 | |
| 10925 | DRESCHER, VALERIE, 2712A L. LINEBARGER TERRANCE, MILWAUKEE, WI 53207 | |
| 10925 | DRESDNER KLEINWORT BENSON, JURGEN PONTO PLATZ 1, FRANKFURT AM MAIN, 60329GERMANY | *VIA Deutsche Post* |
| 10924 | DRESEN QUIMICA, S.A. DE C.V., 1819 SHEA ST., LAREDO, TX 78040 | |
| 10924 | DRESEN QUIMICA, S.A. DE C.V., ARTEMIO DEL VALLE ARIZPE NO. 16-401, COL. DEL VALLE, 03100MEXICO | *VIA Deutsche Post* |
| 10925 | DRESKIN, O H, CUST FOR JAMES DRESKIN, UNDER FL UNIF TRANSF TO MIN ACT, 9351 NW 34TH CT, SUNRISE, FL 33351-6412 | |
| 10925 | DRESNER, MARTIN L, 3601 S 6TH AVE, TUCSON, AZ 85723-0001 | |
| 10925 | DRESNER, MICHAEL, 2610 NORTH ORCHARD, F, CHICAGO, IL 60614 | |
| 10925 | DRESPLING, MARY, RD #4 BOX 87, NEW CASTLE, PA 16101 | |
| 10924 | DRESSEL ENTERPRISES #1, CAMERON ROAD, TEHACHAPI, CA 93561 | |
| 10924 | DRESSEL ENTERPRISES, ATTN: ACCOUNTS PAYABLES, TEHACHAPI, CA 93581 | |
| 10924 | DRESSEL ENTERTPRISES #2, 8500 OAK CREEK ROAD, MOJAVE, CA 93502 | |
| 10925 | DRESSEL, MARY, 1430 TERRACE DRIVE, DOWNERS GROVE, IL 60516 | |
| 10925 | DRESSER INDUSTRIES INC, 15455 DALLAS PKWY, DALLAS, TX 75001 | |
| 10925 | DRESSER INDUSTRIES, 3600 LINCOLN PLAZA, 500 N. AKARD, DALLAS, TX 75201 | |
| 10925 | DRESSING SR, HENRY A, 59 CENTER ST, WATERLOO, NY 13165-1024 | |
| 10925 | DRESSING SR, HENRY, 59 CENTER ST, WATERLOO, NY 13165 | |
| 10925 | DRESSING, C, 833 HECKER RD, WATERLOO, NY 13165 | |
| 10925 | DRESSING, DAVID, 34 MILL ST, WATERLOO, NY 13165 | |
| 10925 | DRESSLER, ALAN, 18 WAYSIDE PARK, SHIRLEY, MA 01464 | |
| 10925 | DRESSLER, JONATHAN, 704 W COLEMAN, IOWA PARK, TX 76367 | |
| 10925 | DREW & NAPIER, 20 RAFFLES PLACE #17-00, SINGAPORE, 48620SINGAPORE | *VIA Deutsche Post* |
| 10925 | DREW & NAPIER, 20 RAFFLES PLACE #17-20, OCEAN TOWERS, SINGAPORE, 00104SINGAPORE | *VIA Deutsche Post* |
| 10924 | DREW CHARTER SCHOOL, 409 EAST LAKE BLVD, ATLANTA, GA 30317 | |
| 10924 | DREW CHEMICAL CORP, 1 DREW PLAZA, BOONTON, NJ 07005 | |
| 10924 | DREW CHEMICAL CORP., ONE DREW CHEM PLAZA, BOONTON, NJ 07005 | |
| 10925 | DREW CHEMICAL, POBOX 371709M, PITTSBURGH, PA 15251 | |
| 10925 | DREW ELECTRIC CO INC, PO BOX 143, BOSTON, MA 02122 | |
| 10925 | DREW ELECTRIC CO. INC., 18 COPELAND ST, QUINCY, MA 02169 | |
| 10925 | DREW ELECTRIC COMPANY INC, POBOX 143, BOSTON, MA 02122 | |
| 10925 | DREW FOAM COMPANIES INC, 144 INDUSTRIAL DRIVE, MONTICELLO, AR 71655 | |
| 10924 | DREW FOAM OF TENNESSEE, 3050 BARRY DRIVE, PORTLAND, TN 37148 | |
| 10925 | DREW FOAM, 3050 BARRY DR, PORTLAND, TN 37148 | |
| 10925 | DREW INDUSTRIAL, PO BOX 371709M, PITTSBURGH, PA 15251 | |
| 10925 | DREW IV, JOHN, 187 LA PASADA CIRCLE SO, PONTE VEDRA BCH, FL 32082 | |
| 10925 | DREW R STERN, 5 BERKELEY ROAD, SPRINGFIELD, NJ 07081-1801 | |
| 10925 | DREW, CHARLES, ROUTE3 BOX M144, MERKEL, TX 79536 | |
| 10925 | DREW, GARIGLIANO & DAVIDOFF, PO DRAWER 1069, MONTICELLO, NY 12701 | |
| 10925 | DREW, JAMES, 4046 IOWA ST., SAN DIEGO, CA 92104 | |
| 10925 | DREW, LESLIE, ROUTE 3,BOX M144, MERKEL, TX 79536 | |
| 10925 | DREW, REBECCA, 30 DEARBORN ST, WESTBROOK, ME 04092 | |
| 10925 | DREWER, PAMELA, 206 RIVER WALK CT, SIMPSONVILLE, SC 29681 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DREWISKE, LINDA, 2224 HERITAGE RD, DE PERE, WI 54115 | |
| 10925 | DREWRY, C, 213 WAYNOKA LANE, MEMPHIS, TN 38111 | |
| 10925 | DREWRY, JAY, 103-C CHAROLAIS ST., LAFAYETTE, LA 70506 | |
| 10925 | DREWS, CARLOTA, VIPSAL #15-15 PO BOX 02-5364, MIAMI, FL 33102-5364 | |
| 10925 | DREWS, JOYCE, 3726B MORNING ROAD, MADISON, WI 53704 | |
| 10924 | DREXALL RESIDENCE HALL, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | DREX-CHEM TECH, 9 TUAS AVENUE 13, SINGAPORE, 638982SGP | *VIA Deutsche Post* |
| 10925 | DREXELBROOK ENG, 205 KEITH VALLEY RD, HORSHAM, PA 19044 | |
| 10925 | DREXELBROOK ENGINEERING CO, PO BOX 8500 S3680, PHILADELPHIA, PA 19178 | |
| 10925 | DREXELBROOK ENGINEERING CO., 11848-E S HARRELLS FERRY RD., BATON ROUGE, LA 70816 | |
| 10925 | DREXELBROOK ENGINEERING CO., 205 KEITH VALLEY ROAD, HORSHAM, PA 19044 | |
| 10925 | DREXELBROOK ENGINEERING CO., PO BOX 416, PERRY HALL, MD 21128 | |
| 10925 | DREXELBROOK ENGINEERING CO., PO BOX 8500 S3680, PHILADELPHIA, PA 19178 | |
| 10925 | DREXELBROOK ENGINEERING, 1-SALT CREEK LANE, HINSDALE, IL 60521 | |
| 10925 | DREXELBROOK, C/O MACGUIRE & CRAWFOR, PO BOX 11322, CHARLOTTE, NC 28220 | |
| 10925 | DREXLER, FRANK, 8120 EDGEWATER ROAD, BALTIMORE, MD 21226 | |
| 10925 | DREXLER, JOSEPH, 227 WEST MEADOW RD, BALTIMORE, MD 21225 | |
| 10925 | DREYCO MECH SERVICES, INC, 10250 LAPORTE FREEWAY, HOUSTON, TX 77017 | |
| 10925 | DREYER, HAROLD, 4330 S EASTERN AVE, LAS VEGAS, NV 89119-6093 | |
| 10925 | DREYER, JAMES, 509 SYLVIEW DRIVE, PASADENA, MD 21122 | |
| 10925 | DREYER, JOSEPH C, 5108 ALTHEA DR, ANNANDALE, VA 22003-4146 | |
| 10925 | DREYFUS, ROBERT, 300 CAPRI COURT, GREENVILLE, SC 29609 | |
| 10925 | DRG CONSTRUCTION CO., 5166 ILCHESTER RD., ELLICOTT CITY, MD 21043 | |
| 10925 | DRG CONSTRUCTION, 6676 ATHOL AVE, ELKRIDGE,, MD 21227 | |
| 10925 | DRICO CORPORATION, POBOX 271457, WEST HARTFORD, CT 06127 | |
| 10925 | DRICON SYSTEMS, INC, PO BOX 6100, FULTON, MO 65251 | |
| 10925 | DRIEBEL, GORDON, N74 W15055 SYLVAN LANE, MENOMONEE FALLS, WI 53051 | |
| 10925 | DRIGGERS, AUBRA, 200 TUMBLEWEED DRIVE, YUKON, OK 73099 | |
| 10924 | DRIGGS & WOOD, 45953 WARM SPRINGS BLVD, FREMONT, CA 94539 | |
| 10925 | DRIMALLA, MARY, 42680 SHERIDAN OAKS DR., ANTIOCH, IL 60002 | |
| 10925 | DRINJAK, ROBERT, 138 VILLA PARK DRIVE, LEWISVILLE, TX 75077 | |
| 10924 | DRINK C/O SPRAY INSULATION, 720 W. FULTON STREET, CHICAGO, IL 60661 | |
| 10925 | DRINKARD, DAVID, 914 ANN ST, MONTGOMERY, AL 36107 | |
| 10924 | DRINKER, BIDDLE & REATH, 1752 N ST NW, WASHINGTON, DC 20036 | |
| 10924 | DRI-PRINT FOILS INC., 329 NEW BRUNSWICK AVENUE, RAHWAY, NJ 07065 | |
| 10924 | DRISCALL CHILDRENS HOSPITAL, 3533 SOUTH ALAMETTA ST, CORPUS CHRISTI, TX 78411 | |
| 10925 | DRISCOLL, ALICE M, TR UA JUL 29 95, ALICE M DRISCOLL FAMILY, REVOCABLE, TRUST, 3672 KEMPTON DR, LOS ALAMITOS, CA 90720-4 | |
| 10925 | DRISCOLL, CYNTHIA, 84 SPRINGFIELD ST., WILBRAHAM, MA 01095 | |
| 10925 | DRISCOLL, ESTHER, 87 ORCHARD ST, ADAMS, MA 01220-2324 | |
| 10925 | DRISCOLL, LORETTA, 3313 DPGWOOD DR, PORTSMOUTH, VA 23703 | |
| 10925 | DRISCOLL, MARGARET, 4 NEWCASTLE CT., MUNDELEIN, IL 60060 | |
| 10925 | DRISCOLL, MARY, 7 PARK ST, LEXINGTON, MA 02173 | |
| 10925 | DRISCOLL, MICHAEL, 10541 S.W. 50TH ST, MIAMI, FL 33165 | |
| 10925 | DRISCOLL, T, 109 WESTBROOK GARDENS, WESTBROOK, ME 04092 | |
| 10925 | DRISCOLL, THOMAS, 2214 NICOLET DR #2, GREEN BAY, WI 54311 | |
| 10925 | DRISCOLLS TOWING SERVICE, 1701 N DIXIE HWY, POMPANO BEACH, FL 33060 | |
| 10925 | DRISDALE, JOHN, 7918 MESA TRAILS CIR, AUSTIN, TX 78731-5342 | |
| 10925 | DRISKELL II, ROBERT, 2221 LAFAYETTE, NORMAN, OK 73071 | |
| 10925 | DRISKELL, JAMES, 870 MAPLE AVE, BARTOW, FL 33830 | |
| 10925 | DRISTAS, JOAN, 214 DI CIO ST, CANONSBURG, PA 15317 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DRISTILIARIS, GEORGIA, 41 RANDOLPH DR, TEWKSBURY, MA 01876 | |
| 10925 | DRITTO, ANNAMARIE, 11241 CORAL REEF DR, BOCA RATON, FL 33498 | |
| 10925 | DRITZ CINCIONE DICUCCIO, LEVEQUE TOWER, 20TH FLR, 50 W BROAD ST, COLUMBUS, OH 43215 | |
| 10925 | DRIVE SYSTEMS, INC, 5333 RIVER RD., STE. A, NEW ORLEANS, LA 70123 | |
| 10925 | DRIVE-IN LOCKSMITH, 8505 S ROSEMEAD BLVD, PICO RIVERA, CA 90660 | |
| 10925 | DRIVER, HAROLD, 290 BURNT HICKORY ROAD, POWDER SPRING, GA 30127 | |
| 10925 | DRIVER, LEA, 905 DOVER ROAD, W MEMPHIS, AR 72301 | |
| 10925 | DRIVER, LOUIS, 2603 LINWOOD ROAD, BALTIMORE, MD 21234 | |
| 10925 | DRIVER, LYNN, PO BOX 1177, CLEMSON, SC 29633 | |
| 10925 | DRIVER, MATTHEW, 5700 BURNT HICKORY RD, POWDER SPRINGS, GA 30073 | |
| 10925 | DRIVERS, MADELYN, 843 S. 13TH ST, NEWARK, NJ 07108 | |
| 10925 | DRMS/SHP, JOHN DIPIETRO JOEL ZIMMER, THE FEDERAL CENTER, 74 NORTH WASHINGTON ST, BATTLE CREEK, MI 49017 | |
| 10925 | DRODDY, JERRY, PO BOX 591, ZAPATA, TX 78076 | |
| 10924 | DROGUERIA MAFRAL E.I.R.L., AV. PERU 2574 B2, SAN MARTIN DE PORRES, 0PER | *VIA Deutsche Post* |
| 10924 | DROGUERIA MEDICA INTERNACIONAL,S.A., FINAL AVE. LOS PROCERES EDIFICIO #4, TEGUCIGALPA, 0HND | *VIA Deutsche Post* |
| 10925 | DROLETTE, MICHELE, 120 YACHT CLUB WAY #203, HYPOLUXO, FL 33462 | |
| 10925 | DRONET, CATHERINE, 109 SOUTH CORNER, DELCAMBRE, LA 70528 | |
| 10925 | DRONEY, PATRICK, 422 HIGH ST APT #5, MEDFORD, MA 02155-3652 | |
| 10925 | DRONG, NANCY, 335 YONAH HOMER RD, HOMER, GA 30547 | |
| 10925 | DROPE, JAMES, PO BOX 214, SHREVE, OH 44676 | |
| 10925 | DROPE, WANDA, 3808 TOWNSHIP ROAD 90, KINBUCK, OH 44637 | |
| 10925 | DROSSART, D, 1278 S 7TH ST, DEPERE, WI 54115 | |
| 10925 | DROSSOS, SUSAN, 11811 N W 36 PLACE, SUNRISE, FL 33323 | |
| 10925 | DROST, KIMBERLY, 20815 SLEEPY HOLLOW LANE, SPRING, TX 77388 | |
| 10925 | DROST, MICHAEL, 9303 EDISON ROAD, LITHIA, FL 33547 | |
| 10925 | DROUIN, LISA, PO BOX 1354, BIDDEFORD, ME 04005 | |
| 10925 | DROUIN, WILLIAM, PINEOLA DR, HOLLIS, NH 03049 | |
| 10925 | DROVWAL, BRADLEY, 7112 EDINBURG DR, N RICHLAND, TX 76180 | |
| 10925 | DROWN, LISA, 332 EAST JONES ST, PO BOX 253, SHREVE, OH 44676 | |
| 10925 | DROZD, EUGENE, PO BOX 14, DUNCAN, NE 68634 | |
| 10925 | DROZDA, PHYLLIS, 314 PARKLANE DR, BOX 50, GRANT PARK, IL 60940 | |
| 10925 | DROZE, JAMES, 2492 ETIWAN AVE #M12, CHARLESTON, SC 29414 | |
| 10925 | DROZIN, FAITH, 1276 HOWLAND SPRINGS BLVD, WARREN, OH 44484 | |
| 10925 | DRS BROWN MATHIE HACKETT & MARSHALL, 18 BURNBANK CENTRE, HAMILTON SCOTLAND, ML3 0NQUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | DRS GEHLERT, CARTER & FISHER, PA, 4710 PENNINGTON AVE., BALTIMORE, MD 21226-1444 | |
| 10925 | DRS HADI SUTANTO & REKAN, JL.H.R. RASUNA SAID, KAV C-3, JAKARTA, 12940INDONESIA | *VIA Deutsche Post* |
| 10924 | DR'S HOSPITAL OF LAREDO, 10700 MCPHERSON, LAREDO, TX 78045 | |
| 10925 | DRS. CUSHNER SCHNAPP & BARTH P.A., 11161 NEW HAMPSHIRE AVE #201, SILVER SPRING, MD 20904 | |
| 10924 | DRT INT./GRANT COUNTY, 7810 ANDREWS ST. N.E., MOSES LAKE, WA 98837 | |
| 10925 | DRUCILLA EDWARDS, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | DRUCK, INC, 4 DUNHAM DRIVE, NEW FAIRFIELD, CT 06812 | |
| 10925 | DRUFFNER, KEITH, 1385 BUBBING CRK RD, ATLANTA, GA 30319 | |
| 10924 | DRUG AND LABORATORY DISPOSAL, INC., 331 BROAD STREET, PLAINWELL, MI 49080 | |
| 10925 | DRUG ENFORCEMENT ADMINISTRATION, PO BOX 105616, ATLANTA, GA 30348 | |
| 10925 | DRUG ENFORCEMENT OFFICERS MAGAZINE, 3330 HILLCROFT SUITE D #136, HOUSTON, TX 77057 | |
| 10924 | DRUID HILLS COUNTY CLUB, 740 CLIFTON ROAD N.E., ATLANTA, GA 30307 | |
| 10924 | DRUID HILLS ELEMENTRY, 1105/ NORTH CHURCH STREET, CHARLOTTE, NC 28206 | |
| 10925 | DRUM SERVICE CO. OF FLORIDA, POBOX 278, ZELLWOOD, FL 32798 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DRUM SERVICE COMPANY OF ARKANSAS, 3200 S. REYNOLDS ROAD, BAUXITE, AR 72011 | |
| 10924 | DRUM SERVICE COMPANY OF FLORIDA, 6191 JONES AVENUE, ZELLWOOD, FL 32798 | |
| 10925 | DRUM SERVICE INC, 1501 E 37TH ST, CHATTANOOGA, TN 37407 | |
| 10925 | DRUM, JOSEPH, 806 DIVISION ST, TRENTON, NJ 08611 | |
| 10925 | DRUMCO DRUM DUMP SITE, BALTIMORE CITY/ANNE ARUNDEL COUNTY, BALTIMORE CITY, MD | |
| 10925 | DRUMHELLER, KATHRYN, 2260 ALSACE ROAD - APT A4, READING, PA 19604 | |
| 10925 | DRUMHELLER, KATHRYN, 30 MOUNTAIN VIEW DRIVE, BLANDON, PA 19510 | |
| 10925 | DRUMMETER, MARK E, 1600 S JOYCE ST APT 1733, ARLINGTON, VA 22202-5135 | |
| 10925 | DRUMMING, JR, DAVID, 1114 ABBEVILLE AVE NW, AIKEN, SC 29801 | |
| 10925 | DRUMMOND, ANTION, 2011 LYNCH, ST. LOUIS, MO 63118 | |
| 10925 | DRUMMOND, JAMES, 14 MERLOCK DR, GREENVILLE, SC 29607 | |
| 10925 | DRUMMOND, ROY, 1506 LOCHABER COURT, GLEN BURNIE, MD 21061 | |
| 10925 | DRUMTECH INC, POBOX 15150, SAINT LOUIS, MO 63110-0150 | |
| 10925 | DRURY CO, PO BOX 1544, CAPE GIRARDEAU, MO 63702-1544 | |
| 10924 | DRURY CO., CAMBRIDGE, MA 02140 | |
| 10924 | DRURY COMPANY, STATE HIGHWAY K4072, CAPE GIRARDEAU, MO 63701-1544 | |
| 10925 | DRURY LANE OAKBROOK, 100 DRURY LANE, OAKBROOK TERRACE, IL 60181 | |
| 10924 | DRURY SOUTH INC., CAMBRIDGE, MA 02140 | |
| 10924 | DRURY SOUTH, 11331 COKER LOOP EAST, SAN ANTONIO, TX 78216 | |
| 10924 | DRURY SOUTH, INC., 10835 GULFDALE, SAN ANTONIO, TX 78216 | |
| 10924 | DRURY SUITES #2, 8807 JONES MALTSBERGER, SAN ANTONIO, TX 78216 | |
| 10924 | DRURY SUITES, C/O DRURY SOUTH CORP., PADUCAH, KY 42001 | |
| 10924 | DRURY SUITES, C/O DRURY SOUTH CORP., SAN ANTONIO, TX 78216 | |
| 10924 | DRURY SUPPLY CO, PO BOX 1544, CAPE GIRARDEAU, MO 63702 | |
| 10924 | DRURY SUPPLY, C/O JEFFERSON REGIONAL MEDICAL CTR., PINE BLUFF, AR 71601 | |
| 10924 | DRURY SUPPLY, C/O OBSERVATION & ASSESSMENT CTR., LITTLE ROCK, AR 72200 | |
| 10925 | DRURY, CATHY, 4929 HAWLEY BLVD., SAN DIEGO, CA 92116 | |
| 10925 | DRURY, PAUL, 95 SPRING ST, LEXINGTON, MA 02421-7829 | |
| 10925 | DRURY, PHILIP, 700 SOUTH PARK, IOWA PARK, TX 76367 | |
| 10925 | DRUSCILLA GREEN, 2800 GEN. MITCHELL DR., LAKE CHARLES, LA 70615-6488 | |
| 10925 | DRY & COMPANY, 305 QUAIL RIDGE DRIVE, WESTMONT, IL 60559 | |
| 10925 | DRY BRANCH KAOLIN CO, BOX 468D, DRY BRANCH, GA 31020 | |
| 10925 | DRY BRANCH KAOLIN CO, PO BOX 102642, ATLANTA, GA 30368-0642 | |
| 10925 | DRY ICE CORP, PO BOX 715, WESTWOOD, NJ 07675-0715 | |
| 10925 | DRY ICE CORPORATION, PO BOX 715, WESTWOOD, NJ 07675-0715 | |
| 10925 | DRY, DORIS, 604 LAUREL LANE, LAKELAND, FL 33813-1651 | |
| 10925 | DRYDEN OIL CO INC, POBOX 64715, BALTIMORE, MD 21264-4715 | |
| 10925 | DRYDEN, ROBERT, 4131 HYDEN COURT, BALTIMORE, MD 21225 | |
| 10925 | DRYE, PAUL, PO BOX 35, COUNCIL, NC 28434-9998 | |
| 10925 | DRYE, SHANNON, 6650 MAPLE GROVE DR., INDIANAPOLIS, IN 46250 | |
| 10925 | DRYER, MATHERESA, 2623 S. SHERIDAN ST., PHILA, PA 19148 | |
| 10925 | DRYER, STEVEN, 4603 NASA ROAD ONE #118, SEABROOK, TX 77586 | |
| 10924 | DRYOLIN CORP., 32 EAST CARL STREET, HICKSVILLE, NY 11801 | |
| 10924 | DRYVIT SYSTEMS CANADA LTD., 129 RINGWOOD DRIVE, STOUFFVILLE, ON L4A 8C1TORONTO | *VIA Deutsche Post* |
| 10924 | DRYVIT SYSTEMS INC, ONE ENERGY WAY, WEST WARWICK, RI 02893 | |
| 10924 | DRYVIT SYSTEMS INC., 1 ENERGY WAY, WEST WARWICK, RI 02853 | |
| 10924 | DRYVIT SYSTEMS INC., 5850 S. 116TH STREET WEST, SAND SPRINGS, OK 74063 | |
| 10924 | DRYVIT SYSTEMS INC., PO BOX 1014, WEST WARWICK, RI 02853 | |
| 10924 | DRYVIT SYSTEMS INC., PRATTVILLE INDUSTRIAL PARK, SAND SPRINGS, OK 74063 | |
| 10924 | DRYVIT SYSTEMS, 1 ENERGY WAY, WEST WARWICK, RI 02893 | |
| 10924 | DRYVIT SYSTEMS, 354 S. ACACIA, WOODLAKE, CA 93286 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DRYVIT SYSTEMS, 4843 MILGEN RD, COLUMBUS, GA 31907 | |
| 10924 | DRYVIT SYSTEMS, 5850 S. 116TH STREET WEST, SAND SPRINGS, OK 74063 | |
| 10924 | DRYVIT SYSTEMS, INC, 5850 S. 116TH STREET WEST, SAND SPRINGS, OK 74063 | |
| 10924 | DRYVIT SYSTEMS, INC., 354 SOUTH ACACIA, WOODLAKE, CA 93286 | |
| 10924 | DRYVIT SYSTEMS, INC., 4827 MILGEN ROAD, COLUMBUS, GA 31907 | |
| 10924 | DRYVIT SYSTEMS, INC., 4843 MILGEN ROAD, COLUMBUS, GA 31907 | |
| 10924 | DRYVIT SYSTEMS, P O BOX 1014, WEST WARWICK, RI 02893 | |
| 10924 | DRYVIT SYSTEMS, PO BOX1014, WEST WARWICK, RI 02893 | |
| 10924 | DRYWALL & BUILDING SUPPLY, 164 TRADE STREET, LEXINGTON, KY 40510 | |
| 10924 | DRYWALL & BUILDING SUPPLY, 403 MACLEAN AVENUE, LOUISVILLE, KY 40209 | |
| 10924 | DRYWALL & BUILDING SUPPLY, 419 STATE STREET, BOWLING GREEN, KY 42101 | |
| 10924 | DRYWALL INT./CHEALANNE JUVENILE DET, 399 WASHINGTON, WENATCHEE, WA 98801 | |
| 10924 | DRYWALL INT./KENNEWICK GENERAL HOSP, 900 S. AUBURN, KENNEWICK, WA 99336 | |
| 10924 | DRYWALL INT./UMATILLA HIGH SCHOOL, 1400 7TH ST., UMATILLA, OR 97882 | |
| 10924 | DRYWALL INT/WALLA WALLA AIRPORT, 100 AIRPORT RD., WALLA WALLA, WA 99362 | |
| 10924 | DRYWALL INTERIORS, 424 WELL HOUSE LOOP, RICHLAND, WA 99352 | |
| 10924 | DRYWALL INTERIORS, 516 WAREHOUSE, RICHLAND, WA 99352 | |
| 10924 | DRYWALL INTERIORS, P.O. BOX 947, RICHLAND, WA 99352 | |
| 10924 | DRYWALL INTERIORS, PO BOX 947, RICHLAND, WA 99352 | |
| 10924 | DRYWALL SHOP INC., 1356 LOMALAND ST, EL PASO, TX 79935 | |
| 10924 | DRYWALL SPECIALTIES, NORTH 6565 PERRY, SPOKANE, WA 99207 | |
| 10924 | DRYWALL SUPPLIERS INC., 5006 LEROY CT, ORCHARD LAKE, MI 48324 | |
| 10924 | DRYWALL SUPPLY, 2200 GRAND ST., MISSOULA, MT 59801 | |
| 10925 | DRZYZGA, PAUL, 806 THOMPSON ST, ESSEXVILLE, MI 48732 | |
| 10925 | DS LANDSCAPE & MAINT INC, 140 ROANN DRIVE, OVIEDO, FL 32765 | |
| 10925 | DS LANDSCAPE & MAINTENANCE, 140 ROANN DRIVE, OVIEDO, FL 32765 | |
| 10925 | D-S PIPE & SUPPLY CO, INC, PO BOX 17003, BALTIMORE, MD 21297-1003 | |
| 10925 | D-S PIPE & SUPPLY CO, INC, PO BOX 6367, BALTIMORE, MD 21230 | |
| 10925 | DSA FINANCE CORPORATION, PO BOX 577520, CHICAGO, IL 60657 | |
| 10924 | DSA MATERIALS CO., 517 W. JOHNSON, JONESBORO, AR 72401 | |
| 10924 | D'SANTIS CONSTRUCTION, 75 N. TO M-24 TO BROWN W. TO, GLENMEADE LEFT TO SITE, AUBURN HILLS, MI 48321 | |
| 10925 | DSET LABORATORIES INC, PO BOX 71016, CHICAGO, IL 60694-1016 | |
| 10924 | DSI ACOUSTICAL COMPANY, 1201 KEYSTONE AVENUE, LANSING, MI 48911 | |
| 10925 | DSI TRANSPORTS INC, POBOX 101524, ATLANTA, GA 30392-1524 | |
| 10925 | DSI TRANSPORTS, INC, 2978 COLLECTION CENTER DR., CHICAGO, IL 60693 | |
| 10925 | DSI TRANSPORTS, INC, PO BOX 200089, HOUSTON, TX 77216-0089 | |
| 10925 | DSL TRANSPORTATION SERVICES, PO BOX 523270, MIAMI, FL 33152 | |
| 10924 | DSLFKJD, SDFKSD, HOUSTON, TX 77003 | |
| 10924 | DSM FOOD SPEC. USA INC, PO BOX 7247-8972, PHILADELPHIA, PA 19170-8972 | |
| 10924 | DSM FOOD SPECIALTIES USA INC, 700 AMERICAN AVENUE, KING OF PRUSSIA, PA 19406 | |
| 10924 | DSM FOOD SPECIALTIES USA, INC., 70 LAKE DRIVE, HIGHTSTOWN, NJ 08520 | |
| 10924 | DSM FOOD SPECIALTIES USA, INC., PO BOX 7247-8972, PHILADELPHIA, PA 19170-8972 | |
| 10925 | DSM RESINS US INC, PO BOX 2452, AUGUSTA, GA 30903 | |
| 10925 | DSM SALES INTERNATIONAL, PO BOX 43, 6130 AA SITTARD, NETHERLANDS | *VIA Deutsche Post* |
| 10924 | DSSC, BLDG.1303 DOOR 4 MCB, CAMP LEJEUNE, NC 28542 | |
| 10925 | DST SYSTEMS, 7201 EAST 64TH ST, KANSAS CITY, MO 64133 | |
| 10925 | DSYLVA, RUTH, 5716 INDEPENDENCE CIRCLE, ALEXANDRIA, VA 22312 | |
| 10925 | DT INC F/N/A DORSEY TRAILERS INC, DEWITT PORTER HUGGETT ET AL, TWO EAST MIFFLIN ST # 600, PO BOX 2509, MADISON, WI 53703 | |
| 10925 | DT INC, MR STEELE JONES, 835 GEORGIA AVE, 8TH FL, CHATTANOOGA, TN 37402-2206 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DTI ASSOCIATES, INC, 2920 S. GLEBE RD., ARLINGTON, VA 22206

10925   DTI TECHNOLOGIES, 10 COMMERCE PARK NORTH UNIT 13-3, BEDFORD, NH 03110

10925   DU BOIS CHEMICALS, INC, POBOX 67000, DETROIT, MI 48267-0903

10925   DU BOIS, DOUGLAS, 2364 YELLOWSTONE DR, GREEN BAY, WI 54311-6310

10925   DU BORD, WILLARD, 8737 LITZSINGER RD, ST LOUIS, MO 63144

10925   DU CHARME MCMILLEN & ASSOCIATES INC, PO BOX 691175, CINCINNATI, OH 45269-1175

10924   DU KANE PRECAST INC, 1805 HIGH GROVE LANE, NAPERVILLE, IL 60540

10925   DU MONTELLE, REBECCA, 105 BIG CHIEF DRIVE, BOURBONNAIS, IL 60914

10925   DU PONT AGRICHEMICALS CARIBE, INC, 1007 MARKET ST, WILMINGTON, DE 19898

10924   DU PONT AUTOMOTIVE PRODUCTS, 1007 MARKET STREET - B-2276, WILMINGTON, DE 19898

10925   DU PONT, ADRIEN, 9003 MC AVOY, HOUSTON, TX 77074

10925   DU, ANN, 73 HARDING AVE, ALLENDALE, NJ 07401

10925   DUAIME, DANIEL, 2520 GARDEN PARK TER, GREEN BAY, WI 54311

10925   DUANE D MARTIN, 629 MONO #4, MANHATTAN, KS 66502

10925   DUANE HERNDON, 140 PRAIRIE COURT, GRAY COURT, SC 29645

10925   DUANE MORRIS & HECKSCHER, 4200 ONE LIBERTY PLACE, PHILADELPHIA, PA 19103-7396

10925   DUANE MORRIS & HECKSCHER, ONE LIBERTY PLACE, PHILA, PA 19103

10925   DUANE MORRIS & HECKSCHER, ONE LIBERTY PLACE, PHILADELPHIA, PA 19103-7396

10925   DUARTE, CATHERINE, 127 SCITUATE ST, ARLINGTON, MA 02476

10925   DUARTE, CATHERINE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DUARTE, EMILY M, 1024 JENSEN RD, NEWMAN, CA 95360-9754

10925   DUARTE, LISA, 56 FREDERICK ST, FALL RIVER, MA 02721

10925   DUARTE, MANUEL, 225 W. 113TH ST., LOS ANGELES, CA 90061

10925   DUARTE, MARY, 127 SCITUATE ST, ARLINGTON, MA 02174

10925   DUARTE, RITA, 9710 OCEANGATE, INGLEWOOD, CA 90301

10925   DUARTE, RUTH, 2722 W MELVIN, PHOENIX, AZ 85009

10924   DUBAI NATURAL GAS CO., LTD., 15531 KUYKENDAHL RD. -, HOUSTON, TX 77090

10924   DUBAI NATURAL GAS CO., LTD., 15531 KUYKENDALH RD. -, HOUSTON, TX 77090

10924   DUBAI NATURAL GAS CO., LTD., PO BOX 4311 DUBAI, DUBAI NATURAL GAS CO., 0ARE     **\*VIA Deutsche Post\***

10925   DUBBERLY, DANA DWAYNE, 3500 NAVARRE, CASPER, WY 82604

10925   DUBBIOSI, JOSEPH, 117 OLD HAVERSTRAW, CONGERS, NY 10920

10925   DUBE, ANTONETTE, 1515 NOVEMBER CIRCLE, SILVER SPRING, MD 20904

10925   DUBE, BARBARA A, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   DUBE, BARBARA, 10604 PINEADA CIR, BOYNTON BEACH, FL 33436

10925   DUBE, JANET, 8 WAKEFIELD AVE, WAKEFIELD, MA 01880

10925   DUBE, JOSEPH, 83 HILLCREST DR, GREENVILLE, NH 03048

10925   DUBE, LORETTA, 235 WINTER ST, WALPOLE, MA 02081

10925   DUBE, MICHAEL, 36 GOULD ST #1FL-REAR, READING, MA 01867-2938

10925   DUBE, PAULA, 59 MERIAM ST, WAKEFIELD, MA 01880

10925   DUBIN, KAREN, 10212 CONSER, OVERLAND PARK, KS 66212

10925   DUBINSKY, TAMMY, 33 BRIDGEWOOD LN, WATERVLIET, NY 12189

10925   DUBITSKY, DEBORAH A, 157 E WASHINGTON, PEARL RIVER NY, NY 10965

10925   DUBLIN ASSOCIATES, GEN COUNSEL, 2377 CRENSHAW BLVD., SUITE 300, TORRANCE, CA 90501

10924   DUBLIN BURIAL VAULT CO., INC., 1818 TELFAIR ST., DUBLIN, GA 31021

10924   DUBLIN BURIAL VAULT, 1818 TELFAIR ST, DUBLIN, GA 31021

10924   DUBLIN HIGH SCHOOL, 2233 EAST STATE HWY, DUBLIN, TX 76446

10924   DUBLIN, 6500 SIERRA CRAFT STE A, DUBLIN, CA 94568

10925   DUBNICKA, JOSEPH, W 233 N 5919 HWY 164, SUSSEX, WI 53089-3932

10925   DUBO ELECTRIQUE LTEE., 5041 EST RUE ONTARIO, MONTREAL, QC H1V 2M8CANADA     **\*VIA Deutsche Post\***

10925   DUBOIS CHEMICALS, INC, DUBOIS TOWER, CINCINNATI, OH 45202

10925   DUBOIS CHEMICALS, PO BOX 67000, DETROIT, MI 48267-0903

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   DUBOIS CONCRETE SUPPLY, 611 W. MAIN ST., WASHINGTON, IN 47501

10924   DUBOIS COUNTY BLOCK & BRICK, HWY  231 N. NEWTON ST., JASPER, IN 47546

10924   DUBOIS COUNTY BLOCK & BRICK, PO BOX1030, JASPER, IN 47547

10924   DUBOIS COUNTY BLOCK & BRICK, RR #3, HUNTINGBURG, IN 47542

10924   DUBOIS REGIONAL MEDICAL CENTER, NORTH WING - HOSPITAL, CENTER AVENUE, DU BOIS, PA
15801

10925   DUBOIS, CYNTHIA, 4927 VICTORIA ST, ALEXANDRIA, LA 71301

10925   DUBOIS, JARVIS, RT. 3 BOX 274-B, KAPLAN, LA 70548

10925   DUBOIS, JOY, 6623 LILLIAN COURT, STUART, FL 34997

10925   DUBOIS, LISA, 30 VESPA LANE, NASHUA, NH 03060

10925   DUBOIS, LORRAINE, 8639 W. HIMES AVE, TAMPA, FL 33614

10925   DUBOIS, RICK, 11046 N 18TH DR., PHOENIX, AZ 85029

10925   DUBOIS, ROBERT, 57 FERRY ST, EASTHAMPTON, MA 01027-1203

10925   DUBON, ZOILA, 636 NEWTON PL, WASHINGTON, DC 20010

10925   DUBOSE, BARBARA, 415 CHAMBER LANE, MOORE, SC 29369

10925   DUBOSE, BRYAN A, 81 CREAGAN AVE, GRETNA, LA 70053

10925   DUBOSE, BRYAN, 81 CREAGAN AVE, GRETNA, LA 70053

10925   DUBOSE, RICHARD, 13 DERWOOD CIRCLE, GREENVILLE, SC 29617

10925   DUBOSE, THOMAS, 1600 W. JOHNSTON #66, KINGSVILLE, TX 78363

10925   DUBOVOY, MARK, 439 WALSH ROAD, ATHERTON, CA 94027

10925   DUBOWY, BURTON, 14931 KIMBERLEY, HOUSTON, TX 77079

10925   DUBRO, JON, BOX 6356 UNIVERSITY STATION, CLEMSON, SC 29632

10924   DUBROOK BUILDERS SUPPLY, 100 B N.DOMINION BLVD, CHESAPEAKE, VA 23320

10924   DUBROOK BUILDERS SUPPLY, PARK AVE, DU BOIS, PA 15801

10924   DUBROOK BUILDERS SUPPLY, PARK AVE., DU BOIS, PA 15801

10924   DUBROOK INC., 600 S. WASHINGTON STREET, EVANS CITY, PA 16033

10924   DUBROOK INC., BANTAM AVE, BUTLER, PA 16001

10924   DUBROOK, INC., JOHNSONBURG, PA 15845

10924   DUBROOK, INC., SR 3007, KNOX, PA 16232

10925   DUBUC, DONALD, 1 PAULINE CIRCLE, SOUTHWICK, MA 01077

10925   DUBUC, RALPH, 9109 VALDEZ DRIVE, URBANDALE, IA 50322

10925   DUBUC, WENDY, 46 MELROSE ST, ADAMS, MA 01220

10925   DUCATO JT TEN, MARY A & FRANK P, 3698 JARVIS AVE, SAN JOSE, CA 95118-1335

10925   DUCH, JULIA, 312 KASTLER CT, NEW MILFORD, NJ 07646

10925   DUCHAN, ROBERT, 12401 MOORPARK ST. #202, STUDIO CITY, CA 91604

10925   DUCHARME, CHARLES A, CUST FOR CHARLES B DUCHARME II, UNDER THE MI UNIF GIFT MIN ACT,
1096 GRAYTON RD, GROSSE POINTE PARK, MI 48230-1425

10925   DUCHARME, MCMILLEN & ASSOCS, INC, 8275 ALLISON POINTE TRAIL, SUITE 220, INDIANAPOLIS,
IN 46250

10925   DUCHENE, MARIA, 348 MEDINA, EL PASO, TX 79905

10924   DUCHESS CO. COMMUNITY COLLEGE, COTTAGE ROAD, POUGHKEEPSIE, NY 12601

10925   DUCHESS RESOURCE RECOVERY, 43 SAND DOCK ROAD, POUGHKEEPSIE, NY 12601

10925   DUCK, LINDA, 410 EVERETTE ST, NEW IBERIA, LA 70560

10925   DUCKER RESEARCH COMPANY INC., 6905 TELEGRAPH ROAD, BLOOMFIELD HILLS, MI 48301

10925   DUCKETT, ELLA, 8 NANDINA DRIVE, GREENVILLE, SC 29605

10925   DUCKETT, WILLIAM, ROUTE 1, BOX 50-G, JEWETT, TX 75846-9607

10925   DUCKWORTH, CLARENCE, 3434 ROCK RIDGE CIRCLE, IRONDALE, AL 35210

10925   DUCKWORTH, LINDA, 3980 GRACELAND DRIVE, MEMPHIN, TN 38116

10925   DUCKWORTH, RICK, 4516 21ST ST, LUBBOCK, TX 79407

10925   DUCKWORTH, RONALD, 1416 ALEXIS DR, JOPPA, MD 21085

10924   DUCOA, 115 EXECUTIVE DRIVE, HIGHLAND, IL 62249

10924   DUCOA, 3801 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  DUCOA, PO BOX464, HIGHLAND, IL 62249

10924  DUCOM INDUSTRIAL, 132 MYRTLE BEACH HWY, SUMTER, SC 29151

10925  DUCON ENVIRONMENTAL SYSTEMS, 110 BI-COUNTY BLVD., FARMINGDALE, NY 11735

10925  DUCOTE, II, BURTON, 228 CALEDONIA DRIVE, LAFAYETTE, LA 70508-9762

10925  DUCOTE, PERRY, PO BOX 7382, ALEXANDRIA, LA 71306

10925  DUCOUSSO, MICHELLE, 1179 PACIFIC AVE, SANTA ROSA, CA 95404

10925  DUCROW, SHAWN, 27 CROSS ST, ROWLEY, MA 01969

10925  DUCT WORKS ENGINEERING INC., 41 ELM ST UNIT 3, STONEHAM, MA 02180

10925  DUDA, DOREEN, RD 1 BOX 24, JEFFERSON, PA 15344

10925  DUDA, RONNIE RITA, 6100 SEFTON AVE., BALTIMORE, MD 21214

10925  DUDA, RONNIE, 6100 SEFTON AVE, BALTIMORE, MD 21214

10925  DUDEK INDUSTRIES, INC, 2937 S. CICERO AVE, CICERO, IL 60804

10925  DUDEK, JAMES, 15495 NIEMANN RD, MOUNTAIN, WI 54149

10925  DUDICK, DARYL, 5500 W 86TH CT, CROWN POINT, IN 46307

10925  DUDICK, INC, 1818 MILLER PKWY., STREETSBORO, OH 44241

10925  DUDICK, INC, PO BOX 72280, CLEVELAND, OH 44192-0280

10925  DUDLESON, JEFFREY, 462 COOKS BRIDGE ROAD, FOUNTAIN INN, SC 29644

10925  DUDLESON, RONALD, 460 COOKS BRIDGE ROAD, FOUNTAIN INN, SC 29644

10925  DUDLEY COBURN FLAGLER &, EDITH E FLAGLER JT TEN, 621 KENSINGTON ST, LAKELAND, FL 33803-4125

10925  DUDLEY KING &, FRANCES KING JT TEN, 19 WINCHESTER ST APT 805, BROOKLINE, MA 02146-2794

10925  DUDLEY, ALMA, 205 YORK ST, AURORA, IA 50607

10925  DUDLEY, CHESTER, 299 QUIET LN, SHELL KNOB, MO 65747

10925  DUDLEY, CONNIE, 10531 EVESBOROUGH DRIVE, HOUSTON, TX 77099

10925  DUDLEY, DEAN, 2111 WESTDALE DR SW, 2, CEDAR RAPIDS, IA 52404

10925  DUDLEY, EUNICE, PO BOX 395, ELGIN, SC 29045

10925  DUDLEY, HUBERT, 10 PRANCING ROAD, CHELMSFORD, MA 01824

10925  DUDLEY, JAMES, 8050 TARA BLVD, JONESBORO, GA 30236

10925  DUDLEY, JASON, 500 E BANK, IOWA PARK, TX 76367

10925  DUDLEY, JOHN, 5 RUM ROW COURT, SALEM, SC 29676-4114

10925  DUDLEY, KIMBERLY, 1306 MORNINGSIDE PK DR., ALPHARETTA, GA 30201

10925  DUDLEY, MARTHA, 1702 QUAIL VALLEY, IOWA PARK, TX 76367

10925  DUDLEY, MARY, 4604 MAHAN CORNER RD, MARYDEL, DE 19964

10925  DUDLEY, MICHAEL, 662 BRISBANE ROAD, BALTIMORE, MD 21229

10925  DUDLEY, QUENTIN, 2197 WESTCOURT NW, CEDAR RAPIDS, IA 52405

10925  DUDLEY, ROBERT W & JEANNE N, TR UA NOV 7 95 THE ROBERT &, JEANNE DUDLEY ESTATE TRUST, 9707 E MICHIGAN AVE, SUN LAKES, AZ 85248-6621

10925  DUDLEY, TAMMY, 437 SENOIA RD LOT M-, TYRONE, GA 30290

10925  DUDOR, ELMA, 9 S AUTEN AVE, SOMERVILLE, NJ 08876-3142

10925  DUDZIEC, OLGA G, CUST FOR EILEEN O DUDZIEC, UNIF GIFT MIN ACT NY, 37 PICKEREL ROAD, MONROE, NY 10950-5043

10925  DUDZINSKI, KATHRYN, 15 MIDDLE HWY, BARRINGTON, RI 02806

10925  DUE CABALLERO PERRY, 8201 JEFFERSON PKWY, BATON ROUGE, LA 70809

10925  DUE VACCO, KIMBERLY, 1100 HANOVER DR., EULESS, TX 76040

10925  DUECKER, HEYMAN, 3612 WATERFORD, RICHMOND, IN 47374

10925  DUENAS, FELIPE, 7810 ARBERRY, HOUSTON, TX 77012

10925  DUENAS, ROSA, 6200 GULFTON #2124, HOUSTON, TX 77081

10925  DUENSING, JASON, 208 PARK AVE, ELECTRA, TX 76360

10925  DUERST, JOHN A, 6530 ROBIN RD, DALLAS, TX 75209-5321

10925  DUERST, JOHN, 6530 ROBIN RD, DALLAS, TX 75209

10925  DUESER, ROCHELLE, 10759 THISTLE RIDGE, FISHERS, IN 46038

10925  DUESTERHOEFT, BRUCE, 720 WISTERIA AVE, READING, PA 19606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DUET, SR, TOBY, 130 WEST 80TH ST, CUT OFF, LA 70345 | |
| 10925 | DUEVEL, ROBERT, 775 SCHOOL ROAD NORTH, 103, HUTCHINSON,, MN 55350 | |
| 10925 | DUFAULT, RAYMOND, 21036 HORSETREE CIR, TRABUCO CANYN, CA 92679 | |
| 10925 | DUFF & PHELPS CREDIT RATING CO, PO BOX 99108, CHICAGO, IL 60693-9108 | |
| 10924 | DUFF CO, POB 618, NORRISTOWN, PA 19404 | |
| 10925 | DUFF, CAREY, #2 NORTH PINES, NEW CANEY, TX 77357 | |
| 10925 | DUFF, CHESTER, 100 MAIN ST N, 102, SOUTHBURY, CT 06488-1854 | |
| 10925 | DUFF, CYNTHIA, 631 ECHO DR, CROWNSVILLE, MD 21032 | |
| 10925 | DUFF, JO, 4564 SHIRLEY ST, OMAHA, NE 68106 | |
| 10925 | DUFF, LYDIA B, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | DUFF, LYDIA, 244 WEST LANVALE ST., BALTIMORE, MD 21217 | |
| 10925 | DUFF, SCOTT, 1071 ROCKDALE ST, GREEN BAY, WI 54304 | |
| 10925 | DUFF, WILLIAM, 311 CHAPMAN RD #120, FOUNTAIN INN, SC 29644 | |
| 10925 | DUFF, ZANE, 5623 HUMMINGBIRD ST, HOUSTON, TX 77096 | |
| 10924 | DUFFENS, 400 QUINCY AVENUE, TOPEKA, KS 66601 | |
| 10925 | DUFFER, WILLIAM H, 1721 POST OAK RD., SULPHUR, LA 70663 | |
| 10925 | DUFFER, WILLIAM, 1721 POST OAK ROAD, SULPHUR, LA 70663 | |
| 10925 | DUFFETT, DEBORAH, 110 VISTA DR., ATHENS, GA 30605 | |
| 10925 | DUFFIELD, WINIFRED, 1018 PRINCE VALIANT LN., BOURBONNAIS, IL 60914 | |
| 10925 | DUFFIN, BRIAN, 8613 S KARLOV, CHICAGO, IL 60652 | |
| 10925 | DUFFUS, KATHLEEN, 208 CAMPORA DRIVE, NORTHVALE, NJ 07647 | |
| 10925 | DUFFUS, MORTIMER S, 4900 CARTER ST APT 309, VANCOUVER, BC V6M 4H2CANADA | *VIA Deutsche Post* |
| 10925 | DUFFY CRANE & HAULING, INC, 389 S LIPAN, DENVER, CO 80223 | |
| 10925 | DUFFY INTERNATIONAL, POBOX 850328, BOSTON, MA 02185-0328 | |
| 10925 | DUFFY, DANIEL, 552 ORANGE ST., HOLTVILLE, CA 92250 | |
| 10925 | DUFFY, DOROTHY, 601 RIVERHILL CIR UNIT H3, COLUMBIA, SC 29210 | |
| 10925 | DUFFY, EUGENE, 15 TOWNSHIP ROAD, BALTIMORE, MD 21222-4455 | |
| 10925 | DUFFY, J, 1513 VISTA VERDE, DENTON, TX 76205 | |
| 10925 | DUFFY, KATHLEEN, 66 WELTON DRIVE, PLYMOUTH, MA 02360 | |
| 10925 | DUFFY, KEVIN, 904 BRENTWOOD WAY, SIMPSONVILLE, SC 29681 | |
| 10925 | DUFFY, M, 24 MILFORD LANE, SUFFERN, NY 10901 | |
| 10925 | DUFFY, RICHARD, 3 BARON PARK LN #28, BURLINGTON, MA 01803 | |
| 10925 | DUFFY, SHAWN, 2129 SCHOENERVILLE, BETHLEHEM, PA 18018 | |
| 10925 | DUFFY-SEDRAN, TERESA, 101 FAIRMONT RD, MAHAOPAC, NY 10541 | |
| 10925 | DUFORT, DEANNA, 3929 LONG ISLAND RD, LONG ISLAND, VA 24569-3329 | |
| 10925 | DUFOUR SEMINAR SERIES, 819 F ST, SACRAMENTO, CA 95814 | |
| 10925 | DUFRENE & ASSOC., 6126 CRESTMOUNT DR., BATON ROUGE, LA 70809 | |
| 10925 | DUFRENE, HUGH, PO BOX 22, DES ALLEMANDS, LA 70030 | |
| 10925 | DUFRENE, STANLEY, 611 CHESTER LEE DRIVE, LOCKPORT, LA 70374 | |
| 10925 | DUFRENE, TOMMY, 209 DANOS ST, RACELAND, LA 70394 | |
| 10925 | DUFRESNE, BARBARA, 39727 LAKE NORRIS RD., EUSTIS, FL 32736 | |
| 10925 | DUFRESNE, STEVE, PO BOX 361, UMATILLA, FL 32784-0361 | |
| 10925 | DUGAN, ALFRED, BOX 299, MADISON, CT 06443-0299 | |
| 10925 | DUGAN, BRYAN, 1018 LAFOURCHE ST., LOCKPORT, LA 70374 | |
| 10925 | DUGAN, MARY ANN, 324 VALLEY BROOK AVE, LYNDHURST, NJ 07071-1807 | |
| 10925 | DUGAN, MICHAEL, 2805 STEAMBOAT SPRINGS ROAD, GREEN BAY, WI 54313 | |
| 10925 | DUGAN, NOLA, 11838 N 44TH AVE, GLENDALE, AZ 85304 | |
| 10925 | DUGAN, SHAYLA, 10221 N. 46TH DR., GLENDALE, AZ 85302 | |
| 10925 | DUGAR, MARTHA, 622 LEBATO ST, LAKE CHARLES, LA 70601 | |
| 10925 | DUGAS JR, HAROLD E, 2111 DUGAS RD., SULPHUR, LA 70663 | |
| 10925 | DUGAS LEBLANC SOTILE, 406 HOUMAS ST, PO BOX 390, DONALDSONVILLE, LA 70346 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DUGAS, BRENDA, 538 LORI LANE, SULPHUR, LA 70665

10925    DUGAS, JR, HAROLD, 2111 DUGAS ROAD, SULPHUR, LA 70663

10925    DUGAS, KEITH, 415 GOUAUX AVE, HOUMA, LA 70363

10925    DUGAS, SAMUEL, 201 PORTER LANE #36, LAFAYETTE, LA 70501

10925    DUGAS, SUSAN, RR #1, BOX 251, CHURCHPOINT, LA 70525

10925    DUGAS, VICKI, P.O BOX 2615, WEIRTON, WV 26062

10924    DUGGAN & MARCON (WAREHOUSE), 2202 HANGAR PLACE, ALLENTOWN, PA 18103

10924    DUGGAN & MARCON INC, 1550 VALLEY CENTER PKY  STE #120, BETHLEHEM, PA 18017

10924    DUGGAN & MARCON WAREHOUSE, 2202 HANGER PLACE SUITE 110, ALLENTOWN, PA 18109

10924    DUGGAN & MARCON, 6620 GRANT WAY, ALLENTOWN, PA 18106

10924    DUGGAN & MARCON, 69 PARRY ST, WILKES-BARRE, PA 18702

10924    DUGGAN AND MARCON, 2202 HANGAR PLACE, ALLENTOWN, PA 18103

10924    DUGGAN AND MARCON, 5215-C MILITIA HILL ROAD, PLYMOUTH MEETING, PA 19462

10925    DUGGAN, AIMEE, 175 DEERBROOK TRAIL, PINEVILLE, LA 71360

10925    DUGGAN, ANDREW, 21604 TRIBUNE ST, CHATSWORTH, CA 91311

10925    DUGGAN, FRANK, 1900 KNELL DR, CHARLOTTE, NC 28212

10925    DUGGAN, JOHN C, VILLA VERONA 561, 2871 N OCEAN BLVD, BOCA RATON, FL 33431-7018

10925    DUGGAN, JOHN, 2871 NORTH OCEAN BLVD V563, BOCA RATON, FL 33431

10925    DUGGAN, JOHN, 430 E 86TH ST, NEW YORK, NY 10028

10925    DUGGAN, PATRICK, 4547 W 149TH ST, MIDLOTHIAN, IL 60445

10925    DUGGAN, RICHARD F, CUST FOR DEANNA L DUGGAN, UNIF GIFT MIN ACT CT, 31 ARLEN WAY, WEST HARTFORD, CT 06117-1104

10925    DUGGAN, ROBERT, 4221 BAIRD ST., SARASOTA, FL 34232

10925    DUGGAN, WILLIAM C, CUST FOR MARGARET NORA DUGGAN, UNIF GIFT MIN ACT CA, 92 MENDINGWALL CIRCLE, MADISON, CT 06443-1645

10925    DUGGINS, CONNIE, 970 S BELL ROAD, IOWA PARK, TX 76367

10925    DUGGINS, JOHNNY, PO BOX 601, IOWA PARK, TX 76367

10925    DUGHI, DAWN, 3525 LEBON DRIVE 101, SAN DIEGO, CA 92122

10925    DUGHLY MD, MUHAMMAD E, 1600 CRAIN HWY, SW, GLEN BURNIE, MD 21061

10925    DUHADAWAY, MICHAEL, 711 EAST 12TH ST, ROANOKE RAPIDS, NC 27870

10925    DUHAMEL, BRUCE, 254 BUCKLEY ROAD, WEARE, NH 03281

10925    DUHART, LEYAN, 14036 E ARIZONA AVE, AURORA, CO 80012

10925    DUHE, CHARLES, 5845 GLASCO DR, MARRERO, LA 70072

10925    DUHON, CLARENCE, 101 TEXAS ST, LAFAYETTE, LA 70501

10925    DUHON, CORY, 1607 JULIE DRIVE, SULPHUR, LA 70663

10925    DUHON, CURTIS, 203 HAZEL, KAPLAN, LA 70548

10925    DUHON, DAVID, RT. 6, BOX 399, NEW IBERIA, LA 70560

10925    DUHON, JOHN, PO BOX 1054, JENNINGS, LA 70546

10925    DUHON, LESTER J, 1419 ERIKA DR., IOWA, LA 70647

10925    DUHON, LESTER, 1419 ERIKA DRIVE, IOWA, LA 70647

10925    DUHON, MATT, 3083 CHARLIE MOSS RD, SULPHUR, LA 70665

10925    DUHON, MATT, 7071 HWY 1133, SULPHUR, LA 70665

10925    DUHON, MAURICE, 15 POCKET FLOWER, THE WOODLANDS, TX 77382

10925    DUHON, REX, 5612 PARKHURST CIRCLE, EDMOND, OK 73034-9229

10925    DUHON, STEPHEN, 2433 QUAIL RIDGE DR, LAKE CHARLES, LA 70611

10925    DUHS, EVELYN, 260 65TH ST APT 25P, BROOKLYN, NY 11220

10925    DUILIO BALTODANO, COMMODORE CLUB W APT 910, 115 OCEANE LANE DR, KEY BISCAYNE, FL 33149-1401

10924    DUININCK BROS. INC., FORT WORTH, TX 76100

10924    DUININCK BROS. INC., GRAPEVINE, TX 76051

10924    DUININCK BROS. INC., HWY 114 & WHITE CHAPPELL, SOUTHLAKE, TX 76092

10924    DUININCK BROS. INC., I-40, AMARILLO, TX 79100

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    DUININCK BROS. INC., P. O. BOX 1119, GRAPEVINE, TX 76051

10924    DUININCK BROS. INC., PAKAN ROAD OFF I-40, SHAMROCK, TX 79079

10924    DUININCK BROS. INC., WICHITA FALLS, TX 76301

10924    DUININCK BROTHERS, P.O.BOX 1119, GRAPEVINE, TX 76099

10924    DUKANE PRECAST INC, 1805 HIGH GROVE LANE, NAPERVILLE, IL 60540

10924    DUKANE PRECAST, 1805 HIGH GROVE LANE, NAPERVILLE, IL 60540

10924    DUKANE PRECAST, 200 PLAIN AVE, AURORA, IL 60505

10924    DUKE CLINIC, 301 TRENT DRIVE, DURHAM, NC 27706

10924    DUKE CONCRETE CONSTRUCTION CO., ROADWAY TERMINAL, WICHITA FALLS, TX 76302

10924    DUKE CONCRETE CONSTRUCTION CO., WICHITA FALLS, TX 76302

10924    DUKE CONSTRUCTION CO, 2803 ARMORY RD, WICHITA FALLS, TX 76302

10924    DUKE CONTROLS, INC., 930 NAVIGATION BLVD., CORPUS CHRISTI, TX 78407

10924    DUKE CONTROLS, INC., PO BOX 4669, CORPUS CHRISTI, TX 78469

10924    DUKE ENERGY CORP, PINE HILL RD BELEW CREEK STM.STA, WALNUT COVE, NC 27052

10924    DUKE ENERGY CORP., ATTN: ACCOUNTS PAYABLE, CHARLOTTE, NC 28201-1015

10925    DUKE LAW FIRM, 4025 WOODLAND PARK BLVD., SUITE 450, ARLINGTON, TX 76103

10924    DUKE POWER CO., BROOKLYN ROAD, GFD HYDROVISION L-C, GREAT FALLS, SC 29055

10924    DUKE POWER CO., HWY 183, SENECA, SC 29678

10924    DUKE POWER COMPANY      ., ATTN:  ACCOUNTS PAYABLE, CHARLOTTE, NC 28201

10925    DUKE POWER COMPANY, PO BOX 70515, CHARLOTTE, NC 28272-0515

10924    DUKE POWER RECEIVING DEPT, 4800 CONCORED ROAD, YORK, SC 29745

10924    DUKE POWER, 12710 HAGERS FERRY RD., HUNTERSVILLE, NC 28078

10925    DUKE POWER, 422 S CHURCH ST, CHARLOTTE, NC 28242-0001

10925    DUKE POWER, 610 TODDVILLE ROAD, CHARLOTTE, NC 28201

10924    DUKE POWER, ALLEN STEAM STATION, BELMONT, NC 28012

10924    DUKE POWER, MCGUIRE SITE, HUNTERSVILLE, NC 28078

10924    DUKE POWER, P O BOX 1015, CHARLOTTE, NC 28201

10925    DUKE POWER, PO BOX 70516, CHARLOTTE, NC 28272-0516

10924    DUKE POWER, RIVER BEND STEAM STATION, MOUNT HOLLY, NC 28120

10924    DUKE READY MIX, 2113 NORTH ROUTE 23, OTTAWA, IL 61350

10925    DUKE REALTY LIMITED PARTNERSHIP, PO BOX 711717, COLUMBUS, OH 43271-1717

10925    DUKE REALTY LIMITED PARTNERSHIP, PO BOX 960664, CINCINNATI, OH 45296-0664

10924    DUKE REDI MIX, PO BOX179, SERENA, IL 60549

10925    DUKE SCIENTIFIC CORP., PO BOX 50005, PALO ALTO, CA 94303

10924    DUKE UNIVERSITY - E. MEMORIAL GYM, C/O WARCO CONSTRUCTION, DURHAM, NC 27710

10924    DUKE UNIVERSITY DISBURSEMENT, 705 BROAD STREET, DURHAM, NC 27706

10924    DUKE UNIVERSITY DISBURSEMENT, ERWIN ROAD - DUKE SOUTH, ROOM 0584 CRII, DURHAM, NC 27710

10924    DUKE UNIVERSITY DISBURSEMENT, PO BOX90487, DURHAM, NC 27708

10924    DUKE UNIVERSITY MEDICAL CENTER, ROOM 0584 CRII, DURHAM, NC 27710

10924    DUKE UNIVERSITY, 1105 N. CHURCH STREET, CHARLOTTE, NC 28231

10925    DUKE UNIVERSITY, BOX 90116, DURHAM, NC 27708-0116

10925    DUKE UNIVERSITY, DAVID B ADCOCK, 011 ALLEN BLDG, DURHAM, NC 27706

10924    DUKE UNIVERSITY, RESEARCH DRIVE, DURHAM, NC 27710

10925    DUKE, ANDRIA, 1418 WALNUT ST APT. 2FS, CINCINNATI, OH 45210

10925    DUKE, ARTHUR, 1219 RUTHERFORD DR, MESQUITE, TX 75149

10925    DUKE, BRUCE, 801 WOODCHIP RD, MT HOLLY, NJ 08060

10925    DUKE, CHERYL, 119 PLANTATION CREEK DR, PORTER, TX 77365-9470

10925    DUKE, CYNTHIA, RT 2 BOX 507J, AYDEN, NC 28513

10925    DUKE, DANNY, 9154 EDINBURGH LANE, WOODBURY, MN 55125

10925    DUKE, DEBORAH, 257 GORDON DRIVE, AZLE, TX 76020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DUKE, J, 2214 CHESTNUT PLACE, LITHIA SPRINGS, GA 30057

10925    DUKE, JAMES, 118 TURTLE CREEK RD APT 7, CHARLOTTESVILLE, VA 22901-6762

10925    DUKE, JAMES, 118 TURTLE CREEK RD, CHARLOTTESVILL, VA 22901

10925    DUKE, JEFF, 10801 N W 39TH, 250, YUKON, OK 73099

10925    DUKE, JOHN, 2103 COLBY DR, BAYTOWN, TX 77520

10925    DUKE, ROBERT, 126A COUNTY RD, ABILENE, TX 79606

10925    DUKE, SAMUEL, 537 NORTH JAY, GRIFFITH, IN 46319

10925    DUKES OIL SERVICE, INC, 783 FAIRWAY DR., BENSENVILLE, IL 60106

10925    DUKES OIL SERVICE, INC, 783 FAIRWAY DRIVE, BENSENVILLE, IL 60106

10925    DUKES, AUSTIN, 3716 NORTH MCINTOSH ROAD, DOVER, FL 33527

10925    DUKES, DEBORAH, 2690 WEST AMITE DR, BATON ROUGE, LA 70819

10925    DUKES, KATHERINE, 209 NEW ST PO BOX 303, GAFFNEY, SC 29342-0303

10925    DUKES, MELVIN, 536 SW 13TH ST, BELLE GLADE, FL 33430

10925    DULA, AMBER, 126 BUSHVILLE DR, LENOIR, NC 28645

10925    DULA, CHRISTINE, 1716 #418, CHARLOTTE, NC 28210

10925    DULA, SHAWN, 103 DAVID RD, GREENVILLE, NC 27834

10925    DULANEY, CYNTHIA, 51 CHEYENNE RD, SPRINGFIELD, MA 01109

10925    DULCHINOS, MARIA, 18 BERKSHIRE DRIVE, WINCHESTER, MA 01890

10925    DULEY, JEFFRY, 220 N HARVARD ST., BOSTON, MA 02134

10925    DULIN, NORMA, 114 E TAYLOR, GRANT PARK, IL 60940

10925    DULIN, WENDY, 114 E. TAYLOR ST., GRANT PARK, IL 60940

10925    DULL, THOMAS, 1518 GOLF VIEW RD, MADISON, WI 53704

10925    DULLA, ABELLE, 20 SUNNYSIDE RD, WEST ORANGE, NJ 07052

10925    DULLANTY REHWALD JR, CAROL, 5831 N SYCAMORE, RIALTO, CA 92377-3917

10925    DULLAVIN, CORNELIO, 1610 71ST ST, NO. BERGEN, NJ 07047

10925    DULLEA, DENNIS, 2505 VALLEY VIEW CT., MARION, IA 52302

10925    DULLEN, EUGENE, 17 N OXFORD ST, INDIANAPOLIS, IN 46201

10924    DULLES AIRPORT- CONCOURSE CEILING, DULLES INT'L AIRPORT, CHANTILLY, VA 22021

10924    DULLES AIRPORT EXPANSION PROJECT, C/O CUSTOMER DRYWALL, CHANTILLY, VA 22021

10924    DULLES TECH CENTER, FOXMILL ROAD, HERNDON, VA 20171

10925    DULLY, BRIAN, 4795 HARVEY ROAD, BETHLEHEM, PA 18020

10925    DULLY, LESLIE, 4975 HARVEY ROAD, BETHLEHEM, PA 18017

10925    DULOCK, LINDA, 813 WARREN, HEWITT, TX 76643

10925    DULONG JR, JOHN, PO BOX 952, EAST HAMPSTEA, NH 03826

10925    DULONG, JOAN, 172 VERNON ST, 2, WAKEFIELD, MA 01880

10925    DULONG, SHERRY, 206 RIDGEWOOD COURT, WOODSTOCK, GA 30188

10924    DULUTH CLINIC PROJECT, C/O BAHL INSULATION, HIBBING, MN 55746

10925    DULUTH CLINIC, 400 E 3RD ST, DULUTH, MN 55805-1983

10924    DULUTH POST OFFICE, BAHL INSULATION, DULUTH, MN 55806

10925    DULUTH READY MIX INC, 5671 HWY 53, SAGINAW, MN 55779

10924    DULUTH READY MIX, 5671 HIGHWAY 53, SAGINAW, MN 55779

10924    DULUTH READY MIX, INC., 1105 GARFIELD AVENUE, DULUTH, MN 55802

10925    DUMAS, ALICIA, 8 BRADISH FARM RD, UPTON, MA 01568

10925    DUMAS, BARBARA, 259 NORFOLK ST, 1, CAMBRIDGE, MA 02139

10925    DUMAS, DANIEL, 1326 FULLER ROAD, PLEASANTON, TX 78064

10925    DUMAS, MARY, RT 1 BOX 247 A DUNN RD., MEANSVILLE, GA 30256

10925    DUMAS, PAMELA, 8900 CHIMNEY ROCK #89, HOUSTON, TX 77096

10925    DUMAS, W, 8501 BUCKHURST DRIVE, CORDOVA, TN 38018

10925    DUMBLETON, ALLAN STANLEY, 22 UNION ST, WILLIAMSTOWN VIC, 03016AUSTRALIA    **\*VIA Deutsche Post\***

10925    DUME, ELVIS, 8 CAIN COURT, BRIDGEWATER, NJ 08807

10925    DUMECH, ANNA, 8891 COON CLUB RD, MEDINA, OH 44256-9188

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DUMFORD, VICKI, RT #3 BOX 182D, ELLIJAY, GA 30540

10925   DUMIT, ALFRED, 5904 CHERRYWOOD TR #303, GREENBELT, MD 20770

10925   DUMITRESCU, ANGELA, 315 E WASHINGTON AVE, NEENAH, WI 54956

10925   DUMKE, SUSAN, 109 E MALL RD, GLENDALE, WI 53217

10924   DUMOND, INC., 1501 BROADWAY, NEW YORK, NY 10036

10925   DUMONT DESIGN & FABRICATIONS, 614 NO PEMBROKE ROAD, PEMBROKE, NH 03275

10925   DUMONT, DANIEL, 220 TYNGSBORO ROAD, DRACUT, MA 01826

10925   DUMONT, DIANE, 23 RALEIGH DR, NASHUA, NH 03062

10925   DUMOUCHEL, LISA, 239 WASHINGTON ST., BROOKLINE, MA 02146

10925   DUMOULIN, JOSEPH W, 5400 BROKEN SOUND BLVD NW, #BX-5050, BOCA RATON, WA 33487-3521

10925   DUMOULIN, JOSEPH, 928 WEST 25TH ST, SPOKANE, WA 99205

10925   DUN & BRADSTREET BUSINESS, PO BOX 95678, CHICAGO, IL 60694-5678

10925   DUN & BRADSTREET INFO SVS, PO BOX 92542, CHICAGO, IL 60675-2542

10925   DUN & BRADSTREET SOFTWARE, PO BOX 102573, ATLANTA, GA 30368-0573

10925   DUN & BRADSTREET, BOX 8500-4260, PHILADELPHIA, PA 19178

10925   DUN & BRADSTREET, PO BOX 75542, CHICAGO, IL 60675-5542

10925   DUN & BRADSTREET, PO BOX 75767, CHICAGO, IL 60675-5767

10925   DUN & BRADSTREET, PO BOX 75932, CHICAGO, IL 60675-5932

10925   DUN & BRADSTREET, PO BOX 92542, CHICAGO, IL 60675-2542

10925   DUN & BRADSTREET, POBOX 75542, CHICAGO, IL 60675-5542

10925   DUN & BRADSTREET, POBOX 75767, CHICAGO, IL 60675-5767

10925   DUNAGAN, MONA, 6574 EAST BRAINERED, CHATTANOOGA, TN 37412

10925   DUNAWAY, CLIFTON, 20 SHADOW MIST DRIVE, SIMPSONVILLE, SC 29681

10925   DUNAWAY, R, 138 EAST LEWIS, CARTERVILLE, MO 64835

10925   DUNAWAY, ROBERT, 276 STATE FARM RD., ALEXANDRIA, AL 36250

10925   DUNAWAY, WINSTON, 105 NEWTONMORE ROAD, GREENVILLE, SC 29615

10925   DUNBAR ARMORED, INC, 7675 CANTON CENTER DR., PO BOX 333, BALTIMORE, MD 21203-0333

10925   DUNBAR MECHANICAL INC., 2806 N. REYNOLDS ROAD, TOLEDO, OH 43635-2350

10924   DUNBAR MIDDLE SCHOOL, 4750 WINKLER, FORT MYERS, FL 33916

10924   DUNBAR STONE COMPANY*, HWY 89 1 1/2 MILES S, PAULDEN, AZ 86334

10924   DUNBAR STONE COMPANY, HIGHWAY 89 1 1/2 MILES SOUTH, PAULDEN, AZ 86334

10925   DUNBAR, CHARLES, PO BOX 9135, CRYSTAL LAKE, IL 60014

10925   DUNBAR, HEATHER, 36 DRUMMER ROAD, ACTON, MA 01720

10925   DUNBAR, JOHN, 412 SILVER SPRING A, SILVER SPRING, MD 20910

10925   DUNBAR, KERON, 494 CROFT MILL RD., AIKEN, SC 29801

10925   DUNBAR, MARIE, 1354 DRIVER ROAD, MARIOTTSVILLE, MD 21104

10925   DUNBAR, ZEPORAH, 2125 WEDGWOOD DR.,, FLORISSANT, MO 63033

10925   DUNCAN ASSOCIATES, 85 FIELD AVE, RUTLAND, VT 05701

10924   DUNCAN AVIATION, LINCOLN AIRPORT, LINCOLN, NE 68501

10925   DUNCAN CONKLIN, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   DUNCAN E BROWN, RR 1 BOX 175A, ATHENS, PA 18810-9760

10924   DUNCAN ELECTRIC CO, C/O GP HWY 273 WEST, CEDAR SPRINGS, GA 31732

10925   DUNCAN JR, VIRGIL LEE, 4037-B FOGLE DR, OWENSBORO, KY 42301-0000

10925   DUNCAN L SPOONER, 996 BUMPS RIVER RD, CENTERVILLE, MA 02632-3324

10925   DUNCAN M PUTNAM & CYRUS W DAVIS, III TR UA SEP 30 90 THE BJNS, PUTNAM IRREVOCABLE TRUST, 21 TIMBERGLADE RD, BLOOMINGTON, MN 55437-2216

10925   DUNCAN MCDOUGALL PUTNAM, 21 TIMBERGLADE RD, BLOOMINGTON, MN 55437-2216

10924   DUNCAN READY MIXED CONC, 501 S. SECOND STREET, PIEDMONT, MO 63957

10924   DUNCAN READY MIXED CONC., 501 S.SECOND STREET, PIEDMONT, MO 63957

10925   DUNCAN SPRUIELL, 200 SOUTH PACIFIC, IOWA PARK, TX 76367

10924   DUNCAN THECKER PRECAST, P O BOX 648, FARMINGDALE, NJ 07727

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DUNCAN, ANDRE, 100 THEO CIRCLE APT 26, WOODRUFF, SC 29388 | |
| 10925 | DUNCAN, ANDRE, 247 WOODRUFF ST, WOODRUFF, SC 29388 | |
| 10925 | DUNCAN, ANGELIA, ROUTE 2 BOX 2165, DANIELSVILLE, GA 30633 | |
| 10925 | DUNCAN, ANTHONY, 136 FOREST DALE RD, MARIETTA, SC 29661 | |
| 10925 | DUNCAN, BRIAN, 4685 FRONTENAC PRK CT, FREMONT, CA 94538 | |
| 10925 | DUNCAN, CHRISTOPHER, 12308 FEATHERWOOD DR, SILVER SPRING, MD 20904 | |
| 10925 | DUNCAN, COLITA, 5955 KY HWY 1389, OWENSBORO, KY 42303 | |
| 10925 | DUNCAN, DEBORAH, RR2 BOX 197, ALTO, GA 30510-9321 | |
| 10925 | DUNCAN, DONALD, PO BOX 57147, OKLAHOMA CITY, OK 73157 | |
| 10925 | DUNCAN, ELIZABETH, 11859 ABERCORN CT, RESTON, VA 22091 | |
| 10925 | DUNCAN, G GRANT, 1690 HARVARD COURT, LAKE FOREST, IL 60045 | |
| 10925 | DUNCAN, G., 1690 HARVARD COURT, LAKE FOREST, IL 60045 | |
| 10925 | DUNCAN, GORDON J, 2071 GORDON ST, GUELPH, ON N1H 6H9CANADA | *VIA Deutsche Post* |
| 10925 | DUNCAN, JEFF, 8728 FOXHALL TERR, FAIRFAX STATION, VA 22039-3300 | |
| 10925 | DUNCAN, JESSE, 1002 STAUNTON BR RD, GREENVILLE, SC 29611 | |
| 10925 | DUNCAN, JOANNE, 19470 FIELDING, DETROIT, MI 48219 | |
| 10925 | DUNCAN, JOHN, 4178 CROSS KEYS HWY, UNION, SC 29379 | |
| 10925 | DUNCAN, JOHN, 555 PARK AVE APT 5E, NEW YORK, NY 10021-8166 | |
| 10925 | DUNCAN, JOHN, HWY 221, ENOREE, SC 29335 | |
| 10925 | DUNCAN, JOHNNIE, 435 6TH AVE, BARTOW, FL 33830-5054 | |
| 10925 | DUNCAN, JR, WILLIAM, 28 HAMPTON ROAD, LINTHICUM, MD 21090 | |
| 10925 | DUNCAN, KAREN, 2645 E.SUSEEX WAY, FRESNO, CA 93726 | |
| 10925 | DUNCAN, KEVIN, 267 PARK AVE, EAST ORANGE, NJ 07017 | |
| 10925 | DUNCAN, KIMBERLY, 1830 NW 184 ST, MIAMI, FL 33056 | |
| 10925 | DUNCAN, LARRY, 3506 OAK KNOLL DR, CHATTANOOGA, TN 37415 | |
| 10925 | DUNCAN, LESLIE, PO BOX 3001, BROOKHAVEN, MS 39601-7001 | |
| 10925 | DUNCAN, LISA, 340 OLEMA ROAD, FAIRFAX, CA 94930 | |
| 10925 | DUNCAN, MARIE, 1953 HOBBITON RD, BATON ROUGE, LA 70810 | |
| 10925 | DUNCAN, MARTHA, 29 POWELL LAKE RD, LYMAN, SC 29365 | |
| 10925 | DUNCAN, MARY, 4313 FEE FEE RD, BRIDGETON, MO 63044 | |
| 10925 | DUNCAN, MAURICE, 1412 SOUTH CHICAGO, JOLIET, IL 60136 | |
| 10925 | DUNCAN, MELISSA, 3725 RADBOURNE BLVD., CHARLOTTE, NC 28269 | |
| 10925 | DUNCAN, MINDY, 1724 S.W. 13TH ST, FORT LAUDERDALE, FL 33312 | |
| 10925 | DUNCAN, MURRAY, 224 GIBSON RD, NEWNAN, GA 30263 | |
| 10925 | DUNCAN, MYRTLE, 42 CIRCLE DRIVE W, TRAVELERS REST, SC 29690 | |
| 10925 | DUNCAN, OLIVE, 10283 NEWKIRK RD R.D. #1, BIG PRAIRIE, OH 44611 | |
| 10925 | DUNCAN, PAM, 2514 ANN ST., BIG SPRING, TX 79720 | |
| 10925 | DUNCAN, PATRICIA, 3 WYMAN ROAD, LEXINGTON, MA 02420 | |
| 10925 | DUNCAN, RHONDA, 3974 MARSE ALLEN RD, MACON, GA 31206 | |
| 10925 | DUNCAN, RICKY, 910 N. CHESTNUT GROVE RD., MACEO, KY 42355 | |
| 10925 | DUNCAN, ROBERT SCOTT, 116 SCENIC VIEW, COLLEGE PLACE, WA 99324-1740 | |
| 10925 | DUNCAN, RODNEY, 160 EVANS RD, EASLEY, SC 29640 | |
| 10925 | DUNCAN, ROGER, 1552 JEFFERSON TERRACE, NEW IBERIA, LA 70560 | |
| 10925 | DUNCAN, RONNIE, 1924 SUNSET DRIVE, 9, ROCK SPRINGS, WY 82901-7029 | |
| 10925 | DUNCAN, ROSEMARIE, 2624 MONTROSE AVE, MONTROSE, CA 91020 | |
| 10925 | DUNCAN, ROY, 1209 COUNTRY LANE #F15, ROCK SPRINGS, WY 82901 | |
| 10925 | DUNCAN, T, 394 OLD OYSTER RD, COTUIT, MA 02675 | |
| 10925 | DUNCAN, TEDDIE, 3063 MEADOWLANDS DRIVE, SPARKS, NV 89431 | |
| 10925 | DUNCAN, TONYA, PO BOX 244, SHREVE, OH 44676 | |
| 10925 | DUNCAN, WAYMON, 1 BALDWIN WOODS CIR, SIMPSONVILLE, SC 29680 | |
| 10925 | DUNCAN, WENDY, 3387 MISTY HARBOR TRAIL, DORAVILLE, GA 30340 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    DUNCAN, WILLIAM, 1450 FM 367 EAST, IOWA PARK, TX 76367

10925    DUNCAN, WILLIAM, 824 S. BELL ROAD, IOWA PARK, TX 76367

10925    DUNCAN-GOODWIN, S, 248 OLD TOWNE ROAD, SPARTANBURG, SC 29301

10925    DUNCAN-JR, VIRGIL, 4037 B FOGLE DRIVE, OWENSBORO, KY 42301

10925    DUNCAN-SRAVER, ELLEN, 3360 OAK WEST DRIVE, ELLICOTT CITY, MD 21043

10925    DUNCKEL, KIRK, 536 5TH ST, WEST DES MOINES, IA 50265

10925    DUNDALK COMMUNITY COLLEGE, 7200 SOLLERS POINT RD., BALTIMORE, MD 21222

10925    DUNDAS, JEFFERY, 709 OMEGA DR, LAFAYETTE, LA 70506

10925    DUNDON, ROSE, PO BOX 3204, INDIALANTIC, FL 32903-0304

10925    DUNDULIS, DYANN, 33 HOWARD ST, NORWOOD, MA 02062

10925    DUNEHEW, DANNY, 288 COUNTRY VIEW CRT, SANTA PAULA, CA 93060

10925    DUNEHEW, GERALD, 670 PACIFIC COVE DR, PORT HUENEME, CA 93041

10925    DUNEVANT, DAVID, 7321 HOLABIRD AVE, BALTIMORE, MD 21222

10924    DUNFEE ELECTRIC INC., 171 YORKSHIRE CRT., ELYRIA, OH 44060

10924    DUNFEE ELECTRIC INC., 9072 LEAVITT RD #B, ELYRIA, OH 44035-4210

10925    DUNFEE, PEGGY, PO BOX 93, ASHFORD, WV 25009

10925    DUNFEE, RALPH, 709 S CHESTNUT ST, NEW CUMBERLAND, WV 26047

10925    DUNFORD, PAUL, PO BOX 233, COOL RIDGE, WV 25825

10925    DUNGAN, PAUL, 121 PRAIRIE CREEK DRIVE, KECHI, KS 67067

10925    DUNGEROW, LORI, 205 MONTCALM, DURAND, MI 48429

10924    DUNHAM PRICE INC., 3836 WOODYARD RD., KINDER, LA 70648

10924    DUNHAM PRICE, 201 LANDRY STREET, WESTLAKE, LA 70669

10924    DUNHAM PRICE, INC, PO BOX760, WESTLAKE, LA 70669-0760

10924    DUNHAM PRICE, P O BOX 880, LAKE CHARLES, LA 70602

10925    DUNHAM, ANNA, 11 BLOSSOM LANE, BERKLEY, MA 02779

10925    DUNHAM, DAISY, 4104 E BROADWAY, MESA, AZ 85206

10925    DUNHAM, DAVID, 4128 KINGSTON DR., ANCHORAGE, AK 99504

10925    DUNHAM, JOHN, 3161 UNIVERSITY, MEMPHIS, TN 38127

10925    DUNHAM, LEONARD, 5909 OCCIDENTAL AVE., YAKIMA, WA 98903

10925    DUNHAM, LEROY, 6344 TOWAR AVE, EAST LANSING, MI 48823

10925    DUNHAM, MARIANNE, 4104 E. BROADWAY, MESA, AZ 85206

10925    DUNHAM, SHARON, 3419 PINE DRIVE, SULPHUR, LA 70663

10925    DUNHAM, TERRY, 17818 RAMSEY RD., CROSBY, TX 77532

10925    DUNHAM, TIMOTHY, 4210 PARAMOUNT BLVD., AMARILLO, TX 79109

10924    DUNHAM-PRICE INC, P O BOX 146, BRIDGE CITY, TX 77611

10924    DUNHAM-PRICE, INC.- READY MIX, 210 MIKE HOOKS ROAD, WESTLAKE, LA 70669

10924    DUNHAM-PRICE, INC., 2101 COMMONS STREET, LAKE CHARLES, LA 70601

10924    DUNHAM-PRICE, INC., BRIDGE CITY, TX 77611

10924    DUNHAM-PRICE, INC., HWY 12, DEWEYVILLE, TX 77614

10924    DUNHAM-PRICE, INC., LEFT TO PLANT, LAKE CHARLES, LA 70601

10924    DUNHAM-PRICE, INC., P.O. BOX 146, BRIDGE CITY, TX 77611

10924    DUNHAM-PRICE,INC., 811 W. LINCOLN RD., LAKE CHARLES, LA 70605

10925    DUNHAN, DONALD, 1878 HWY 124, SNELLVILLE, GA 30249

10925    DUNHILL PROFESSIONAL SEARCH OF, 3348 PEACHTREE ROAD NE SUITE 150, ATLANTA, GA 30326

10925    DUNHILL STAFFING SYSTEMS, 7501 N FEDERAL NWY, SUITE D3, BOCA RATON, FL 33487

10925    DUNHILL STAFFING SYSTEMS, PO BOX 901676, CLEVELAND, OH 44190-1676

10925    DUNICAN & LENNON DECORATING, PO BOX 389121, CHICAGO, IL 60638-9121

10925    DUNIGAN, BERNADETTE, 7234 HAMPSHIRE DRIVE NE, CEDAR RAPIDS, IA 52402

10924    DUNKER ELECTRIC SUPPLY, 1744 N. 22ND ST, DECATUR, IL 62526

10924    DUNKER ELECTRIC SUPPLY, PO BOX 1734, DECATUR, IL 62526

10925    DUNKER, GREGORY, 775 MARLIN ST, HITCHCOCK, TX 77563

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DUNKERLY, ROLAND, 701 MARLBORO ROAD, GLEN BURNIE, MD 21060

10925   DUNKIN, HAROLD, 5000 N BRAESWOOD, HOUSTON, TX 77096

10924   DUNKIRK MIDDLE SCHOOL, WEST 5TH & SWAN STREETS, DUNKIRK, NY 14048

10925   DUNKLE, GRETCHEN, 1812 VIRGINIA AVE, WASHINGTON, PA 15301

10925   DUNKLE, MARCI, 8809 S POINTE PKWAY, PHOENIX, AZ 85044

10925   DUNLAP INC., 110 CARRIE COURT, GREENVILLE, SC 29615

10925   DUNLAP JR, ROBERT, 1122 E 25TH AVE, COLUMBUS, OH 43211-2114

10925   DUNLAP SALES INC, POBOX 751, HOPKINSVILLE, KY 42241-0751

10925   DUNLAP, CAROL, 5821 STONEWALL JACKS, ORLANDO, FL 32807

10925   DUNLAP, CHARLES, 115 ASHBURY DRIVE, SIMPSONVILLE, SC 29681

10925   DUNLAP, DEBORAH, 634 BRIAN AVE, SCHAUMBURG, IL 60194

10925   DUNLAP, EYVONNE, RR 3 BOX 322, MOMENCE, IL 60954

10925   DUNLAP, JUDITH, 612 S.E. 128TH AVE., SILVER SPRINGS, FL 34488

10925   DUNLEA, PATRICK, 61 EAST RIVER ST, WATERLOO, NY 13165

10925   DUNLEARY CORP., 600 FAIRMOUNT AVE., TOWSON, MD 21286

10925   DUNLEARY, INC, 600 FAIRMOUNT AVE., TOWSON, MD 21286

10925   DUNLEAVY, KAREN, 7 APPLE ST, BILLERICA, MA 01821

10925   DUNLEAVY, SANDRA, 127 E SCOTLAND DR, IRVING, TX 75062

10925   DUNLEVY, KEITH, 104 APPLETON DRIVE, ROANOKE RAPIDS, NC 27870

10925   DUNLOP SPORTS, PAUL R SMITH SAFETY & ENV MGR, 100 MAXFLI DR, WESTMINSTER, SC 29693-2149

10925   DUNLOP, DANIEL, 490 RIVER RD, 9, MANCHESTER, NH 03104

10925   DUNMIRE, BILLY, RT. 1, BOX 116, DAYTON, TX 77535

10925   DUNMIRE, H. FAYE, 1034 5TH AVE N2, CORAOPOLIS, PA 15108

10924   DUNMORE CORPORATION, 145 WHARTON ROAD, BRISTOL, PA 19007

10924   DUNMORE CORPORATION, 207 PENNS TRAIL, NEWTOWN, PA 18940

10924   DUNMORE CORPORATION, 3633 DANBURY ROAD, BREWSTER, NY 10509

10924   DUNMORE CORPORATION-DO NOT USE, 207 PENNS TRAIL, NEWTOWN, PA 18940

10925   DUNMORE, PATRICIA, 6761 SW 27TH CT, MIRAMAR, FL 33023-4801

10924   DUNN & BRAD STREET, 64 PERIMETER CENTER E., ATLANTA, GA 30338

10925   DUNN AVE SHELL, 866 DUNN AVE, JACKSONVILLE, FL 32218-4803

10925   DUNN KACAL ADAMS PAPPAS & LAW, 2929 ALLEN PKWY, SUITE 2600, HOUSTON, TX 77019

10924   DUNN LUMBER SUPPLY CO, PO BOX2180, DAYTONA BEACH, FL 32115

10924   DUNN LUMBER, 200 S. SEAGRAVE, DAYTONA BEACH, FL 32114

10924   DUNN LUMBER, 415 ORANGE AVE., DAYTONA BEACH, FL 32115

10924   DUNN LUMBER, P.O. BOX 2180, DAYTONA BEACH, FL 32115

10924   DUNN MIDDLE SCHOOL, C/O STANDARD INSULATION, DUNN, NC 28334

10924   DUNN PRIMARY SCHOOL, 800 WEST HORNET STREET, DUNN, NC 28334

10925   DUNN PRODUCTS, INC, 37 SOUTH SANGAMON ST, CHICAGO, IL 60607

10925   DUNN, ANITA, 902 CASCADE DRIVE #26, DALTON, GA 30720

10925   DUNN, ANNIE, ROUTE 2, BOX 401, DELHI, LA 71232

10925   DUNN, B, 9835 HOLAMY LANE, SHREVEPORT, LA 71106

10925   DUNN, BOBBY, RT1, BOX 308, BENTLEY,, LA 71407

10925   DUNN, C, PO BOX 1772, WEST MEMPHIS, AR 72301

10925   DUNN, CARLVERN, 8314 RICHVILLE DR, FORRESTVILLE, MD 20747

10925   DUNN, CATHERINE, 705 COURT OF SPRUCE # 2, VERNON HILLS, IL 60061

10925   DUNN, CHANITA, 1660 REMBERT AVE, MACON, GA 31201

10925   DUNN, DARLENE, RR 1 BOX 556 A-21, AMARILLO, TX 79121

10925   DUNN, DEBORAH, 5310 WOODBINE ROAD, WOODBINE, MD 21797

10925   DUNN, DEBRA, 6543 DE SOTO, 3, CANOGA PARK, CA 91303

10925   DUNN, DORANA, 1626 HAWES, WICHITA FALLS, TX 76303

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DUNN, ELLA, 133 S AUGUSTA AVE, BALTIMORE, MD 21229-3504 | |
| 10925 | DUNN, HAZEN, 6 WINN ST, WAKEFIELD, MA 01880-1526 | |
| 10925 | DUNN, HEATHER J., 36 PITCHER ST PO BOX 296, MARION, MA 02738 | |
| 10925 | DUNN, JANET, 2418 DELLWOOD DR, GREENSBORO, NC 27408 | |
| 10925 | DUNN, JENNIFER, 87 FOWLER ST, DORCHESTER, MA 02121 | |
| 10925 | DUNN, JUANITA, 661 # C SUNNYBROOK, RALEIGH, NC 27610 | |
| 10925 | DUNN, KELLY, 804A SELWYN OAKS CT., CHARLOTTE, NC 28209 | |
| 10925 | DUNN, KIMBERLY, 303 LACKELL AVE APT B, SAN ANTONIO, TX 78226 | |
| 10925 | DUNN, LUCILLE, 1 ORCHARD ST APT 2, CAMBRIDGE, MA 02140 | |
| 10925 | DUNN, LUCRECIA, 2823 WALNUT AVE., ANNISTON, AL 36201 | |
| 10925 | DUNN, M, 626 MT. PLEASANT RD, KINGSTON, TN 37082-9023 | |
| 10925 | DUNN, MARIA P, 2219 CHESTERHILL, SAN ANTONIO, TX 78228 | |
| 10925 | DUNN, MARIA, 2219 CHESTERHILL, SAN ANTONIO, TX 78228 | |
| 10925 | DUNN, MICHAEL, 1332 SUNSET, IOWA PARK, TX 76367 | |
| 10925 | DUNN, MICHAEL, 25 NEWTON DRIVE, NASHUA, NH 03063-3236 | |
| 10925 | DUNN, MICHAEL, 8116 NW 128TH PLACE, OKLAHOMA CITY, OK 73142 | |
| 10925 | DUNN, NOREEN, 128 WINN ST, WOBURN, MA 01801 | |
| 10925 | DUNN, PAUL M, 8236 WINDSOR VIEW TERRACE, POTOMAC, MD 20854 | |
| 10925 | DUNN, PAUL, 8232 WINDSOR VIEW TERRACE, POTOMAC, MD 20854 | |
| 10925 | DUNN, RICHARD E., 4201 SW 73 TERRACE, DAVIE, FL 33314 | |
| 10925 | DUNN, RICHARD, 133 SOUTH AUGUSTA AVE, BALTIMORE, MD 21229-0000 | |
| 10925 | DUNN, SAMMIE, 2440 RAVENCLIFF RD, COLLEGE PARK, GA 30349 | |
| 10925 | DUNN, SARAH, 188 SHERWOOD CIRCLE, EAST BRIDGEWATER, MA 02333 | |
| 10925 | DUNN, STACY, 13220 S 48TH ST, PHOENIX, AZ 85044 | |
| 10925 | DUNN, SUSAN, 67 GAY ST, NORWOOD, MA 02062 | |
| 10925 | DUNN, T, 6041 SEQUOIA NW CB, ALBUQUERQUE, NM 87120 | |
| 10925 | DUNN, TRANSON, 5835 LAKE HARBOR TRAIL, GAINESVILLE, GA 30506 | |
| 10925 | DUNN, WILLIAM, 21 HUNTLEY ROAD, BRAINTREE, MA 02184 | |
| 10925 | DUNNAHOE, DUANE, 718 CREIGHTON BROUSSARD, NEW IBERIA, LA 70560 | |
| 10925 | DUNNBURG, ANNE, RT 11 BOX 82E, MENERRIN, VA 23954 | |
| 10925 | DUNNE, ETHEL, 204 CROMWELL CR NW, CLEVELAND, TN 37312-4276 | |
| 10925 | DUNNE, ROBERT, 133 HARCOURT AVE, BERGENFIELD, NJ 07621 | |
| 10925 | DUNNE, THOMAS, 8546 CRANSTON, WESTLAND, MI 48185 | |
| 10924 | DUNNELLS, DUVAL, BENNET, & PORTER, 1220 19TH ST, WASHINGTON, DC 20036 | |
| 10925 | DUNNER, CHARLES, 144 LOGGING ROAD, CAPE NEDDICK, ME 03902 | |
| 10925 | DUNNING, SANDRA, 1116 CRABTREE RD., MURPHYSBORO, IL 62966 | |
| 10925 | DUNNINGTON, BONAWELL, 508 EASTWOOD RD., REIDSVILLE, NC 27320 | |
| 10925 | DUNNOCK, PERCY, 6507 HOPETON AVE, BALTIMORE, MD 21215 | |
| 10925 | DUNNUCK, D, 103 VILLAGE DRIVE, VALRICO, FL 33594 | |
| 10925 | DUNPHY, CRAIG, 545 PROSPECT AVE, ORADELL, NJ 07649 | |
| 10925 | DUNPHY, HOLLY, 642 E. LAKEVIEW AVE, MILWAUKEE, WI 53217 | |
| 10925 | DUNPHY, MARIE, 5 CONCORD TERR., BEVERLY, MA 01915-2601 | |
| 10925 | DUNROVICH, JAMES, 15 COLUMBIA AVE, KEARNY, NJ 07032 | |
| 10925 | DUNS MARKETING SERVICES, POBOX 75977, CHICAGO, IL 60675-5977 | |
| 10925 | DUNSMORE, PAUL, 40-37 62ND ST., 2, WOODSIDE, NY 11377 | |
| 10925 | DUNSMORE, ROBERT, PO BOX 606 ST, ELECTRA, TX 76360 | |
| 10925 | DUNSMORE, RUSSELL, RR 3 BOX 135, COLUMBUS JUNCTION, IA 52738 | |
| 10925 | DUNSON, COHEN, 4303 N. DUSTIN AVE, FARMINGTON, NM 87401 | |
| 10925 | DUNSON, MARGARET, 1207 WHITEVILLE RD, LAGRANGE, GA 30240 | |
| 10925 | DUNSON, MARY, 210 N. 3RD ST, NEWARK, NJ 07107 | |
| 10925 | DUNSTAN, STACEY, BOX 2488 UNIV STATION, CLEMSON, SC 29632-2488 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DUNSTON, DOUGLAS, 215 LONDON LANE, DESOTO, TX 75115

10925 DUNTON, DIANNE, 8361 GOVERNORS RUN, ELLICOTT CITY, MD 21043

10925 DUNTON, HARVEY, 1641 S CAMROSE WAY, ANAHEIM, CA 92802-2415

10925 DUNTON, KATHLEEN, 33 HUDSON ST, WATERTOWN, MA 02172

10924 DUNWOODY BAPTIST CHURCH, 1445 MOUNT VERNON HIGHWAY, ATLANTA, GA 30338

10924 DUNWOODY UNITED METHODIST CHURCH, 1548 MOUNT VERNON ROAD, DUNWOODY, GA 30350

10925 DUNY, SIOBHAN, 3522 SPLIT RAIL LANE, ELLICOTT CITY, MD 21042

10925 DUO-FAST NORTHEAST, POBOX 280127, EAST HARTFORD, CT 06128-0127

10925 DUO-FAST, 4009 INDUSTRY DR., CHATTANOOGA, TN 37416

10925 DUO-FAST, PO BOX 10487, KNOXVILLE, TN 37939-0487

10925 DUONG, ERIC, 3623-5 COLONY RD, CHARLOTTE, NC 28211

10925 DUONG, PHUNG, 757 NORTH 11TH ST, READING, PA 19604

10924 DUPACO, 2620 TEMPLE HIEGHTS DRIVE, OCEANSIDE, CA 92056

10925 DUPAGE COUNTY COLLECTOR, PO BOX 787, WHEATON, IL 60189-0787

10924 DUPAGE FOREST RESERVE, 3 SOUTH 580TH NAPIERVILLE ROAD, WHEATON, IL 60187

10925 DUPE CITY, 5203 NW 33RD AVE, FORT LAUDERDALE, FL 33309

10925 DUPIN, TERRY, POBOX 36329, SILVERTON, OH 45236

10924 DUPLANTIS CONCRETE, 1004 HWY 90 WEST, NEW IBERIA, LA 70560

10924 DUPLANTIS CONCRETE, P. O. BOX 13856, NEW IBERIA, LA 70562

10924 DUPLANTIS CONCRETE, PO BOX13856, NEW IBERIA, LA 70562

10924 DUPLANTIS, WILSON, 3547 METAIRIE COURTS, METAIRIE, LA 70002

10925 DUPLASS WITMAN ZWAIN, 3838 N. CAUSEWAY BLVD, 3 LAKEWAY CENTER #2900, METAIRIE, LA 70002

10925 DUPLER, L, 411 TELEGRAPH ROAD, AMHERST, OH 44001

10925 DUPLER, REBECCA, PO BOX 2391, LAKE CITY, FL 32055

10925 DUPLEX PRODUCTS INC, PO BOX 92062, CHICAGO, IL 60675-2062

10924 DUPLI COLOR PRODUCTS, 4 MIDLAND BUILDING, 101 PROSPECT AVENUE, CLEVELAND, OH 44115

10924 DUPLI COLOR, 1601 NICHOLAS BLVD, ELK GROVE VILLAGE, IL 60007-5677

10924 DUPLI COLOR, 2201 GREENLEAF AVENUE, ELK GROVE VILLAGE, IL 60007

10924 DUPLICATE DO NOT USE, 15000 BEAVER STREET, JACKSONVILLE, FL 32220

10924 DUPLICATE DO NOT USE, 9117 FLORIDA MINING BLVD, TAMPA, FL 33684

10924 DUPLICATE, USE CUST. #231762, 1503 CAMDEN AVE., DURHAM, NC 27704

10924 DUPLI-COLOR PRODUCTS COMPANY, PO BOX 6870, CLEVELAND, OH 44101

10925 DUPLISSEY, MORRIS, 15714 ECHO CANYON, HOUSTON, TX 08820

10924 DUPONT - DO NOT USE, PO BOX 2042, WILMINGTON, NC 28402

10924 DUPONT CANADA INC, 455 FRONT ROAD, PO BOX 2100, KINGSTON, ON K7L 4Z6TORONTO     **\*VIA Deutsche Post\***

10924 DUPONT CANADA INC, 461 FRONT ROAD, PO BOX 5000, KINGSTON, ON K7L 5A5TORONTO     **\*VIA Deutsche Post\***

10924 DUPONT CHAMBERWORKS, UNDER DE MEMORIAL BRIDGE OFF, DEEPWATER, NJ 08023

10924 DUPONT CO, 11829E. OGLETHORPE HWY, MIDWAY, GA 31320

10924 DUPONT CO, 14 TW ALEWANDER DRIVE, DURHAM, NC 27709

10924 DUPONT CO, 14 TW ALEXANDER DRIVE, CIRCLEVILLE, OH 43113-2001

10924 DUPONT CO, 14 TW ALEXANDER DRIVE, DURHAM, NC 27709

10924 DUPONT CO, CONSOLIDATED WAREHOUSE, FLUOROPRODUCTS, DEEPWATER, NJ 08023

10925 DUPONT CO, HEAT TRANSFER PRODUCTS, WILMINGTON, DE 19898

10924 DUPONT CO, JACKSON LAB, DEEPWATER, NJ 08023

10924 DUPONT CO, JACKSON LAB/CHAMBER WKS, DEEPWATER, NJ 08023

10924 DUPONT CO, KILN & DELISLE RDS, DE LISLE, MS 39571

10924 DUPONT CO, KILN & DELISLE RDS., DE LISLE, MS 39571

10924 DUPONT CO, PO BOX 2001, CIRCLEVILLE, OH 43113-2001

10924 DUPONT CO, PO BOX 270, OLD HICKORY, TN 37138-0270

10924 DUPONT CO, PO BOX 47, OLD HICKORY, TN 37138-0047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DUPONT CO., WHITE PIGMENTS & MINERAL PRODUCTS, NEW JOHNSONVILLE, TN 37134 | |
| 10924 | DUPONT CO., 14 TW ALEXANDER DRIVE, CIRCLEVILLE, OH 43113 | |
| 10924 | DUPONT CO., CAPE FEAR PLANT, PO BOX2042, WILMINGTON, NC 28402 | |
| 10924 | DUPONT COMPANY, DUPONT AUTOMOTIVE BMP 21, PO BOX 80021, WILMINGTON, DE 19805 | |
| 10925 | DUPONT COMPANY, PO BOX 360708M, PITTSBURGH, PA 15250 | |
| 10925 | DUPONT COMPANY, PO BOX 905552, CHARLOTTE, NC 28290-5552 | |
| 10925 | DUPONT COMPANY, PO BOX 93244, CHICAGO, IL 60673-3244 | |
| 10924 | DUPONT COOPER RIVER, C/O DAVENPORT, CYPRUSS GARDEN RD., CHARLESTON, SC 29423 | |
| 10924 | DUPONT COOPER RIVER, HI TRAIL CONSTRUCTION, 6106 CIPRUS GARDEN ROAD, CHARLESTON, SC 29414 | |
| 10925 | DUPONT DOW ELASTOMERS L.L.C., 21088 NETWORK PLACE, CHICAGO, IL 60673-1210 | |
| 10925 | DUPONT DOW ELASTOMERS LLC, 21088 NETWORK PLACE, CHICAGO, IL 60673-1210 | |
| 10925 | DUPONT DOW ELASTOMERS, 21088 NETWORK PLACE, CHICAGO, IL 60673-1210 | |
| 10924 | DUPONT ELECTRONIC MATERIALS, HIGHWAY 686, MANATI, PR 00674-3000PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DUPONT ELECTRONIC MATERIALS, HWY 686 KM 23 CALL BOX DEMI, MANATI, PR 00674PUERTO RICO | *VIA Deutsche Post* |
| 10924 | DUPONT ELECTRONIC MATERIALS, HWY. 686 KM. 2.3 CALL BOX DEMI, MANATI, PR 674PUERTO RICO | *VIA Deutsche Post* |
| 10925 | DUPONT ELECTRONIC MATERIALS, PO BOX 30000, MANATI, PR 00674-3333 | |
| 10924 | DUPONT ELECTRONIC MATERIALS, PO BOX30000, MANATI, PR 00674-3333PUERTO RICO | *VIA Deutsche Post* |
| 10924 | DUPONT ELECTRTONIC MATERIALS, HWY 686, MANATI, PR 00674-3000PUERTO RICO | *VIA Deutsche Post* |
| 10924 | DUPONT HOSPITAL, 2520 DUPONT ROAD, FORT WAYNE, IN 46825 | |
| 10924 | DUPONT INVENTORY, GRACE DAVISON, CHATTANOOGA, TN 37406 | |
| 10924 | DUPONT MERCK CHAMBERS WORKS, DEIVERY SPOT 610, DEEPWATER, NJ 08023 | |
| 10925 | DUPONT MERCK PHARMACEUTICAL CO, 331 TREBLE COVE ROAD, BILLERICA, MA 01862 | |
| 10924 | DUPONT MERCK PHARMACEUTICALS, 1000 STEWART AVENUE, GARDEN CITY, NY 11530 | |
| 10924 | DUPONT MERCK, WILMINGTON, DE 19800 | |
| 10924 | DUPONT OPD1 LABORATORY FACILITY, C/O MASON BUILDING, 1090 ELKTON ROAD, NEWARK, DE 19714-0030 | |
| 10924 | DUPONT PHARMACEUTICALS, PO BOX 610, DOVER, NJ 07801 | |
| 10924 | DUPONT POLYESTER FILMS, DISCOVERY DRIVE, HOPEWELL, VA 23860 | |
| 10924 | DUPONT POLYESTER FILMS, PO BOX 411, HOPEWELL, VA 23860 | |
| 10924 | DUPONT POLYESTER, BERMUDA HUNDRED, HOPEWELL, VA 23860 | |
| 10924 | DUPONT POLYESTER, DRUNGANS, DUMFRIES, PO BOX 7558,, DRUNGANS, D28YAGBR | *VIA Deutsche Post* |
| 10924 | DUPONT POLYESTER, PO BOX 7558, DRUNGANS, D28YAGBR | *VIA Deutsche Post* |
| 10924 | DUPONT POLYESTER, PO BOX7558, DUMFRIES   SCOTLAND, DG2 8YAGBR | *VIA Deutsche Post* |
| 10924 | DUPONT POW. COAT USE INC, 9800 GENARD ROAD, HOUSTON, TX 77041 | |
| 10924 | DUPONT POWDER COATINGS USA, INC, 4130 LYMAN COURT, HILLIARD, OH 43026 | |
| 10924 | DUPONT POWDER COATINGS, 4130 LYMAN CT, HILLIARD, OH 43026 | |
| 10924 | DUPONT POWDER COATINGS, 9800 GENARD ROAD, HOUSTON, TX 77041 | |
| 10924 | DUPONT POWDER COATINGS, 9800 GENARD, HOUSTON, TX 77041 | |
| 10924 | DUPONT POWDER COATINGS, SW REGION, 9800 GENARD, HOUSTON, TX 77041 | |
| 10924 | DUPONT ROUNDOUT, CAPE FEAR FACILITY, WILMINGTON, NC 28401 | |
| 10924 | DUPONT S.A. DE C. V., 14420 MAQUILA LOOP/INT'L TRADE CTR, LAREDO, TX 78040 | |
| 10925 | DUPONT SAFETY AND, POBOX 80023 P.23-2164, WILMINGTON, DE 19898 | |
| 10924 | DUPONT TEIJIN FILMS, 5401 JEFFERSON DAVIS HWY., RICHMOND, VA 23234 | |
| 10924 | DUPONT TEIJIN FILMS, BERMUDA HUNDRED, HOPEWELL, VA 23860 | |
| 10924 | DUPONT TEIJIN FILMS, PO BOX 411, HOPEWELL, VA 23860 | |
| 10924 | DUPONT TEIJIN FILMS-DO NOT USE, PO BOX 2042, WILMINGTON, NC 28402 | |
| 10925 | DUPONT WILLOW BANK, 305 WATER ST, NEWPORT, DE 19804 | |
| 10924 | DUPONT, 22828 NC HWY 87 WEST, FAYETTEVILLE, NC 28306 | |
| 10924 | DUPONT, 22828 NC HWY 87W, FAYETTEVILLE, NC 28306 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DUPONT, 2600 PINE MEADOW COURT, DELUTH,, GA 30136 | |
| 10924 | DUPONT, 2600 PINE MEADOW COURT, DULUTH, GA 30096 | |
| 10924 | DUPONT, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | DUPONT, 7961 WINCHESTER ROAD, FRONT ROYAL, VA 22630 | |
| 10925 | DUPONT, DEBORAH, 388A GREAT RD #10, ACTON, MA 01720 | |
| 10925 | DUPONT, DONALD, 110 PAPWOOD CIRCLE, LAFAYETTE, LA 70503 | |
| 10924 | DUPONT, PO BOX 2042, WILMINGTON, NC 28402 | |
| 10924 | DUPONT, PO BOX 391, OLD HICKORY, TN 37138-0391 | |
| 10924 | DUPONT, PO BOX 4912, BEAUMONT, TX 77704 | |
| 10925 | DUPONT, PO BOX 80026, WILMINGTON, DE 19880-0026 | |
| 10925 | DUPONT, RALPH, 56 SPRING ST, CAMBRIDGE, MA 02141 | |
| 10924 | DUPONT, RT 522 N 7961 WINCHESTER RD, FRONT ROYAL, VA 22630 | |
| 10925 | DUPONT/INDUSTRIAL CHEM. DEPT., PO BOX 80712, WILMINGTON, DE 19880 | |
| 10924 | DUPONTCO, 14 ALEXANDER DRIVE, DURHAM, NC 27709 | |
| 10925 | DUPRE TRANSPORT INC., PO BOX 62600 DEPT 4004, NEW ORLEANS, LA 70162-2600 | |
| 10925 | DUPRE, ALEXIS, 243 FISHER ST, WOONSOCKET, RI 02895-6637 | |
| 10925 | DUPRE, BERT, PO BOX 37, MONTEGUT, LA 70377 | |
| 10925 | DUPRE, CRAIG, 106 LONGVIEW ROAD, STOCKBRIDGE, GA 30281 | |
| 10925 | DUPRE, CURTIS, 3320 WALL BLVD. APT. 5-202, GRETNA, LA 70056 | |
| 10925 | DUPRE, JACQUELINE, 100 CHATEAU RD. #57, HOUMA, LA 70363 | |
| 10925 | DUPRE, JR, GARY, 224 FIRST ST, HOUMA, LA 70364 | |
| 10925 | DUPRE, KEITH, 209 ASPEN, HOUMA, LA 70360 | |
| 10925 | DUPRE, LEE, 1027 HWY. 55, MONTIGUT, LA 70377 | |
| 10925 | DUPRE, LINDA, 2209 SUWANNEE DR, MARRERO, LA 70072 | |
| 10925 | DUPRE, NORMAN, 103 LINDA ST, HOUMA, LA 70364 | |
| 10925 | DUPRE, PAMELA, 126 W. 12TH ST, CROWLEY, LA 70526 | |
| 10925 | DUPRE, ROBERT, 1012 MAGNOLIA DR #B, WESTWEGO, LA 70094 | |
| 10925 | DUPRE, TALBOT, 1013 MAGNOLIA #A, WESTWEGO, LA 70094 | |
| 10925 | DUPRE, TROY, HWY. 58-402, MONTEGUT, LA 70377 | |
| 10925 | DUPREE SECURITY GROUP,INC, 1692 SPRINGER ST ,NW, ATLANTA, GA 30318 | |
| 10924 | DUPREE TERRACE  C/O OMNI, 4001 ROSLYNN AVE, CINCINNATI, OH 45209 | |
| 10925 | DUPREE, COLLEEN, 5461 A SPRINGSET DR, CHARLOTTE, NC 28212 | |
| 10925 | DUPREE, DAVID, 6909 CUSTER RD, PLANO, TX 75023 | |
| 10925 | DUPREE, ELAINE, 1909 N MCAULEY, WEST MEMPHIS, AR 72301 | |
| 10925 | DUPREE, HORACE, 5845 ROCK SERVICE STATION RD, RALEIGH, NC 27603 | |
| 10925 | DUPREE, LINDA, 4405 HELENE ST, BOSSIER CITY, LA 71112 | |
| 10925 | DUPREE, LISA, 2025 JOE QUICK RD, NEW MARKET, AL 35761 | |
| 10925 | DUPREE, ROBERT, 202 FLORADORA, HOUSTON, TX 77076 | |
| 10925 | DUPREE, RUTH, 202 FLORADORA LANE, HOUSTON, TX 77076 | |
| 10925 | DUPREE, VICKY, 101-A TOBY CIRCLE, GREENVILLE, NC 27834 | |
| 10925 | DUPREY, LYNNE, 79 PAGE ROAD, BEDFORD, MA 01730 | |
| 10925 | DUPREY, MURIEL, 9985 AGENA LANE, EL PASO, TX 79924 | |
| 10925 | DUPUIS, LEEANNE, 9 DYER COURT, DANVERS, MA 01923 | |
| 10925 | DUPUIS, ROLAND, 1841 NW 2ND AVE, POMPANO BEACH, FL 33060 | |
| 10925 | DUPUIS, ROSANNE, QUEBEC PROVINCE, LACHINE, QC H8S3M4CANADA | *VIA Deutsche Post* |
| 10925 | DUPUIS, VIRGINIA, 3 GREENMEADOW DR, ALVIN, TX 77511 | |
| 10925 | DUPUY, KATHLEEN, 90 HAMILTON AVE, BARRINGTON, RI 02806 | |
| 10925 | DUQUAINE, DAVID, 3897 WILLOW TREE LN, DEPERE, WI 54115 | |
| 10924 | DUQUESNE SCIENCE CENTER, DUQUESNE UNIVERSITY, PITTSBURGH, PA 15282 | |
| 10924 | DUQUESNE UNIVERSITY, 600 FORBES AVENUE, PITTSBURGH, PA 15282 | |
| 10924 | DUQUESNE, LEECHBURG & ELICHES RDS., PITTSBURGH, PA 15239 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   DUQUETTE, CAROLYN, 58 WORCESTER ST, TAUNTON, MA 02780

10925   DUQUETTE, DONALD, 30 CLIFTON ST, CAMBRIDGE, MA 02140

10925   DUQUETTE, DONALD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   DUQUETTE, LINDA, 205 SPRING ST, WEST BRIDGEWATER, MA 02379

10925   DUQUETTE, MARIE, 30 CLIFTON ST, CAMBRIDGE, MA 02140

10925   DUQUETTE, RUSSELL, 18 FOREST HILL DR, JOHNSTON, RI 02919

10924   DUR-0-WAL INC., 3115 N. WILKE RD. STE. A, ARLINGTON HEIGHTS, IL 60004

10924   DURA ART STONE, 11010 LIVE OAK AVENUE, FONTANA, CA 92337

10924   DURA ART STONE, 3423 INVESTMENT BLVD-SUITE 14, HAYWARD, CA 94545-3829

10924   DURA ART STONE, 3423 INVESTMENT BOULEVARD SUITE 14, HAYWARD, CA 94545-3829

10924   DURA ART STONE, 6835 SOUTHLAKE PARKWAY, MORROW, GA 30260

10924   DURA ART STONE, 8175 H. WELLS AVENUE, NEWARK, CA 94560

10925   DURA INC, 671 BREA CANYON RD # 2, WALNUT, CA 91789

10925   DURA MAGNETICS INC, 5222 SCHULTZ DRIVE, SYLVANIA, OH 43560

10925   DURABLA MFG. COMPANY, 140 SHEREE BLVD., PO BOX 700, LIONVILLE, PA 19341-0700

10924   DURABLE SPECIALTY COATINGS LTD., 1925 WEST HUBBARD STREET, CHICAGO, IL 60622

10924   DURABLE SPECIALTY COATINGS LTD., 410 NORTH HART STREET, CHICAGO, IL 60622

10925   DURABULA FLUID TECHNOLOGY, 140 SHEREE BLVD., EXTON, PA 19341

10924   DURACELL HEADQUARTERS, 1 DURACELL DRIVE, BETHEL, CT 06801

10925   DURACELL INC, MANISH SHANGHAG THE GILLETTE CO, PRUDENTIAL TOWER BLDG 38TH FL, 800 BOYLSTON, BOSTON, MA 02199-8004

10925   DURACELL USA, STEPHEN H BARRON SAFETY & ENV PRO, 305 NEW HWY 64 EAST, LEXINGTON, NC 27292

10925   DURACELL USA, VIC MILES DUNCELL INC, BERKSHIRE INDUSTRIAL PARK, BETHEL, CT 06801

10924   DURACELL, C/O WESCONN CORP, BETHEL, CT 06801

10925   DURA-CHEM INC, 1060-B ORTEGA WAY, PLACENTIA, CA 92870

10924   DURA-CHEM, 1060-B ORTEGA WAY, PLACENTIA, CA 92670

10925   DURACHER, FREDERICK, 18 ANJOU DRIVE, KENNER, LA 70065

10924   DURACOTE CORPORATION, 350 N. DIAMOND STREET, RAVENNA, OH 44266

10924   DURACOTE CORPORATION, PO BOX 1209, RAVENNA, OH 44266-1209

10924   DURA-CRETE INC, P.O.BOX 157, DAYTON, OH 45417

10924   DURA-CRETE INDUSTRIES, ROUTE 6 BOX 7500, PALATKA, FL 32177

10924   DURA-CRETE, INC, 1504 N. GETTYSBURG, DAYTON, OH 45427

10924   DURA-CRETE, INC, P.O.BOX 157 DUNBAR STATION, DAYTON, OH 45417

10925   DURAK, CATHERINE, 26 MELENDY AVE, WATERTOWN, MA 02172

10925   DURALECTRA, 61 NORTH AVE, NATICK, MA 01760

10924   DURAMED PHARMACEUTICAL, 5040 LESTER ROAD, CINCINNATI, OH 45213

10924   DURAMED PHARMACEUTICALS, 400 CAMPUS DRIVE, SOMERSET, NJ 08873

10924   DURAMED, 5040 LESTER ROAD, CINCINNATI, OH 45213

10925   DURAMETALLIC CORP, POBOX 2051, KALAMAZOO, MI 49003

10925   DURAMETALLIC CORP., PO BOX 208, ROYAL OAK, MI 48068-0208

10925   DURAMETALLIC CORPORATION, 2100 FACTORY ST, KALAMAZOO, MI 49001

10925   DURAMETALLIC CORPORATION, POBOX 208, ROYAL OAK, MI 48068

10925   DURAMETALLIC INC., 11637 INDUSTRIPLEX BLVD., BATON ROUGE, LA 70809

10925   DURAMETER PUMP COMPANY, INC, 225 FAIRWAY DRIVE, ETTERS, PA 17319

10925   DURAMETER PUMP COMPANY, PO BOX 971199, DALLAS, TX 75397-1199

10925   DURAN & PANDOS PC, DEBRA V TORTONA, 1044 ROUTE 22 WEST, SUITE 3, MOUNTAINSIDE, NJ 07092

10925   DURAN, ARTURO, 1412 MICHAEL ST, FORT WORTH, TX 76106

10925   DURAN, DIANE, 521 AIRPORT RD, SANTA FE, NM 87501

10925   DURAN, KAYLYNNE, 419 ITURBIDE, LAREDO, TX 78040

10925   DURAN, LEO, 352 BIRCH, CRAIG, CO 81625

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DURAN, OMAR, 1609 NE 34TH ST, FT WORTH, TX 76106

10925   DURAN, RICKY, 901 SMITH RD, IOWA PARK, TX 76367

10925   DURAN, ROBERT, ROUTE 3, MAGEE, MS 39111

10925   DURAN, RUBEN, 3810 N HARDING, FORT WORTH, TX 76106

10925   DURAN, STACY, RT 1 BOX 1195, WHITNEY, TX 76692

10925   DURAND, BARBARA, 5751 RIVERDALE RD. 48A, COLLEGE PARK, GA 30349

10925   DURAND, RICHARD, 2002 MARY MARGARET DRIVE, ST. MARTINVILLE, LA 70582

10925   DURANN, CAROL, 8E TWIN RIVERS DRIVE, EAST WINDSOR, NJ 08520

10925   DURANT, 10805 PAINTER AVE, SANTA FE SPRINGS, CA 90670

10925   DURANT, EDWARD, 650 W. GREEN TREE ROAD, MILWAUKEE, WI 53217

10925   DURANT, HARVEY, 4905 HORTON ROAD, PLANT CITY, FL 33566-8140

10925   DURA-PAK CO., PO BOX 6339, BALTIMORE, MD 21230

10924   DURASTONE STEPS, 1 WALLACE AVENUE, SOUTH PORTLAND, ME 04106

10925   DURASTONE STEPS, 66 MILLIKEN ST, PORTLAND, ME 04103

10924   DURASTONE STEPS, PLANT CLOSED, 66 MILLIKEN ST., PORTLAND, ME 04103

10924   DURASTONE, 1 WALLACE AVENUE, SOUTH PORTLAND, ME 04106

10924   DURA-STRESS INC, POBOX 490779, LEESBURG, FL 32748

10924   DURA-STRESS INCORPORATED, ATTN:  ACCOUNTS PAYABLE, LEESBURG, FL 32748

10924   DURA-STRESS, INC., 11325 STATE ROAD 44, LEESBURG, FL 34748

10924   DURA-STRESS, INC., P.O. BOX 490779, LEESBURG, FL 34749

10925   DURAVALVE INC., 2331 EASTERN AVE, ELK GROVE, IL 60007

10925   DURAZO, MARIE, 4637 WEST PARKVIEW, GLENDALE, AZ 85310

10925   DURBIN, CHERYL, 13784 DOYLESTOWN RD., DOYLESTOWN, OH 44230

10925   DURBIN, GREGORY, HC79 BOX 251, LEESVILLE, LA 71446

10925   DURBIN, LYNNE M, 7500 GRACE DR, COLUMBIA, MD 21044

10925   DURBIN, LYNNE M, 7500 GRACE DR., COLUMBIA, MD 21044

10925   DURBIN, LYNNE, 307 WEST WIND RD, BALTIMORE, MD 21204

10925   DURBIN, RALPH, 268 S PORTAGE ST, DOYLESTOWN, OH 44230-1517

10925   DURDEN, CYNTHIA, 14257 MIDDLEHAM LN, JACKSONVILLE, FL 32223

10925   DURDEN, FELISIA, 3007 AVE D APTD, FT PIERCE, FL 34947

10925   DURDEN, LETTIE, 7503 GLENHEATH ST, HOUSTON, TX 77061-2823

10925   DURDIN, SARAH, 115 FON DU LAC, PLYMOUTH, WI 53073

10925   DURDUREKAS, VANESSA, ENZINGERSTRASSE 69, WORMS, 67551

10924   DURELL CORP, SMITH AND GREEN, PHOENIX, AZ 85063

10925   DURELL, DEANNE, 326 RINDGE AVE, CAMBRIDGE, MA 02140

10925   DUREX INTERNATIONAL, 190 DETROIT ST, CARY, IL 60013

10925   DURFEE OF MADISON INC, HERBERT W COMPTON, 1830 SOUTH PARK ST PO BOX 9238, MADISON, WI 53715

10925   DURFEE, NANCI ANNE, 184 SYLVAN ST, MELROSE, MA 02176

10924   DURGAM MACHINE, 3300 JOHN CONLEY DRIVE, LAPEER, MI 48446

10925   DURGAN, RONALD, 3001 SOUTH GEN. WAINWRIGHT, LAKE CHARLES, LA 70605

10925   DURGEE, MARGARET, 11945 S W 123 CT, MIAMI, FL 33186

10924   DURHAM & TAYLOR SUP. CO, 3996 CANTON HWY, CUMMING, GA 30130

10924   DURHAM & TAYLOR SUPPLY CO., 3996 CANTON HWY., CUMMING, GA 30130

10925   DURHAM GEO ENTERPRISES INC, PO BOX 870907, STONE MOUNTAIN, GA 30087

10924   DURHAM REGIONAL HOSPITAL, 3643 1/2 ROCKSBORO STREET, DURHAM, NC 27704

10924   DURHAM SOLID WASTE, 1833 CAMDEN RD, DURHAM, NC 27704

10925   DURHAM TIRE CENTER, INC, 2404 COMMERCE ST., CHATTANOOGA, TN 37408

10925   DURHAM, ALICE, RT. 2, BOX 638, SELMER, TN 38375

10925   DURHAM, ALTON, 405 OAKLAWN DRIVE, KERMIT, TX 79745

10925   DURHAM, BROADUS, 916 LEE VAUGHN ROAD, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DURHAM, CHERYL, 640 LAURELWOOD DR, MARIETTA, GA 30064

10925 DURHAM, DONALD, 120 WILSON RD, ANDERSON, SC 29625

10925 DURHAM, DONALD, 120 WILSON ROAD, ANDERSON, SC 29625

10925 DURHAM, DONALD, 20617 BEAVER RIDGE ROAD, GAITHERSBURG, MD 20879

10925 DURHAM, GARY, 5917 STATE RT. 1245, BEAVER DAM, KY 42320

10925 DURHAM, GLORIA, PO BOX 1181, SIMPSONVILLE, SC 29681

10925 DURHAM, JAYCEE, 4651 PLEASANT GROVE RD., D, OWENSBORO, KY 42303

10925 DURHAM, JEFFREY, 216 CLIFTON LANE, PEACHTREE CITY, GA 30269

10925 DURHAM, LANTA, 109 BUTLER RD, FAYETTEVILLE, GA 30214

10925 DURHAM, LARA, 90 HOPE SHIREY WY, NEWMAN, GA 30263

10925 DURHAM, MICHELE, 2804 WRANGLER, IRVING, TX 75060

10925 DURHAM, PENELOPE M, CUST FOR ANN KATHERINE DURHAM, UNIF GIFT MIN ACT TX, PO BOX 153, KINGSVILLE, TX 78364-0153

10925 DURHAM, POLLY, 3414 RANSDALL ST, INDIANAPOLIS, IN 46227

10925 DURHAM, RICKEY, 914 LEE VAUGHN ROAD, SIMPSONVILLE, SC 29681

10925 DURHAM, SALLY, 5 BLACKWATCH WAY, GREER, SC 29650

10925 DURHAM, SANDRA, 28 THURGOOD MARSHALL, SPARTANBURG, SC 29302

10925 DURHAM, SARAH, 1401 NORTH LIVINGSTON AVE, INDIANAPOLIS, IN 46222

10925 DURHAM, TED, 300 LITTLE VALLEY DRIVE, PIEDMONT, SC 29673

10925 DURHAM, TONY, 109 BUTLER RD, FAYETTEVILLE, GA 30214

10925 DURHAM, WILLIS, 2505 HERRING APT E, WACO, TX 76708

10925 DURINICK, JILL, 6255 N.CAMINO, TUCSON, AZ 85718

10925 DURIRON COMPANY INC, THE, LOCK BOX 92426-N, CLEVELAND, OH 44193-0388

10925 DURIS, ALBERT, 515 SOUTH 2ND AVE., MAYWOOD, IL 60153

10925 DURKIN CONSTRUCTION CO., 7755 SOUTH KILBOURN AVE., CHICAGO, IL 60652

10925 DURKIN, CAROL, 80 ST PETER DRIVE, BOURBONNAIS, IL 60914

10925 DURKIN, CATHERINE, 116 DELTIC RD, NEW CITY, NY 10956

10925 DURKIN, EDWARD, 37 PINE ST, MOMENCE, IL 60954

10925 DURKIN, JOSEPH, 801 ARBORETUM WAY, BURLINGTON, MA 01803

10925 DURKIN, SAMUEL, PO BOX 384 29 N MAIN, STARTEX, SC 29377-0384

10925 DURLEY, OLIE, 407 NW 15TH # A, AMARILLO, TX 79107

10925 DURLIN, RICHARD, 35 BOSTON ST, MALDEN, MA 02148

10925 DURMET CORP CERAMETAL GROUP, IRVIN J SCHULTE PRES, 11350 STEPHENS, WARRENS, MI 48089-1833

10925 DURNAN, CAROL, 1410 SILVER COURT, TRENTON, NJ 08690

10925 DURNFORD, JONATHON, ERLENGANG 31, NORDERSTEDT, D22844GERMANY          *VIA Deutsche Post*

10925 DURNIN, NANCY, 636 KARESS DR, ST LOUIS, MO 63137

10925 DURNING, DANNY, RT.2 BOX 74, OZARK, AR 72949

10925 DURNING, TIMOTHY A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 DURNING, TIMOTHY, 42 STANDISH ROAD, ARLINGTON, MA 02174

10925 DURNING-LUND, PATRICIA, 2434 35TH AVE N, ST PETERSBURG, FL 33713

10924 DURO BAG, 02NUS00, WESLACO, TX 78596-6523

10924 DURO BAG-GPI: RIO BRAVO, MEXICO, 1302 S. 28TH, EDINBURG, TX 78539-7209

10924 DURO FINISHING INC., 100 GLOBE MILLS AVENUE, FALL RIVER, MA 02724

10924 DURO FINISHING INC., 110 CHASE STREET, FALL RIVER, MA 02724

10924 DUROCHER DOCK & DREDGE, INC, 958 NORTH HURON STREET, CHEBOYGAN, MI 49721

10924 DUROCHER DOCK & DREDGE, POMPANO BEACH, FL 33069

10925 DURO-DYNE, LECOMTE EMANUELSON MOTEJUNAS, AND DOYLE, PREISDENTS PLACE SUITE 815, 1250 HANCOCK ST, QUINCY, MA 02169

10924 DURON, INC., 10410 TUCKER STREET, BELTSVILLE, MD 20705

10925 DUROSEAU, GERTRUDE, 2110 ALICE AVE 203, OXON HILL MD, MD 20745

10925 DUROSS INC, 7921 OXFORD AVE, PHILADELPHIA, PA 19111-2298

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   DURO-TEST CORPORATION, PO BOX 27507, NEWARK, NJ 07101-8707

10924   DUR-O-WAL INC., 60 N. POINT RD, BALTIMORE, MD 21237

10924   DUR-O-WAL INC., 625 CRANE STREET, AURORA, IL 60505

10924   DUR-O-WAL/DAYTON RICHMOND, 721 RICHARD STREET, MIAMISBURG, OH 45342

10925   DUROX COMPANY, 12351 PROSPECT RD., STRONGSVILLE, OH 44136

10925   DURR MARKETING ASSOCIATES INC, POBOX 17600, PITTSBURGH, PA 15235

10925   DURR MARKETING ASSOCIATES, INC, PO BOX 17600, PITTSBURGH, PA 15235

10924   DURR MEDICAL CORP., 2710 AMNICOLA HWY, CHATTANOOGA, TN 37406

10924   DURR MEDICAL, 250 JACINTOPORT BLVD, SARALAND, AL 36571-3305

10925   DURR, CHRISTINE, 2006-B JASON DR, HUNTINGDON VALLEY, PA 19006

10925   DURRANCE, WILLIAM, 1471 BALL PARK RD, ENOREE, SC 29335

10925   DURRANT, ROGER, PO BOX F, VERNON, UT 84080

10925   DURRENCE, EDWARD, 1610 LIGHTWOOD KNT RD, MOORE, SC 29369

10925   DURRETT SHEPPARD STEEL CO LLC, POBOX 7780-4269, PHILADELPHIA, PA 19182-4269

10925   DURRETT SHEPPARD STEEL CO., PO BOX 631339, BALTIMORE, MD 21263-1339

10925   DURRETT SHEPPARD STL CO, INC, 6800 E. BALTIMORE ST., BALTIMORE, MD 21224

10924   DURSO & CO., 37 SHERIDAN ROAD, ANDOVER, MA 01810

10925   DURSO & CO., 7 KIMBALL LANE BLDG D, LYNNFIELD, MA 01940

10924   DURSO & CO., INC., 37 SHERIDAN ROAD, ANDOVER, MA 01810

10925   DURSO, J, 5 SENECA ROAD, SENECA FALLS, NY 13148

10925   DURSO, JAMES, 16 MYNDERSE ST, SENECA FALLS, NY 13148

10924   DURST 4TIMES SQUARE / MPE @@, 43RD ST & BROADWAY, NEW YORK, NY 10001

10925   DURST, EVA, 1030 YUCCA, SAN ANTONIO, TX 78220

10925   DURU, EMMANUEL, 30 SOLAR CIRCLE, APT F, BALTIMORE, MD 21234

10925   DURWARD H BREWER &, DONNA G BREWER JT TEN, RTE 6 BOX 643, JOPLIN, MO 64801-9806

10925   DURYEA, BARBARA, 9536 DIXIE, REDFORD, MI 48239

10925   DUSCHACK, DAVID, 5330 PARK RD, DENMARK, WI 54208

10925   DUSENBERY, JOHN, BOX 10670, NEWARK, NJ 07193-0670

10925   DUSENBURY, GEORGE, 1429 SUNCOURT VILLA DR, WILMINGTON, NC 28409

10925   DUSHANE, PATRICIA, 251 JENNINGS RD, MANAHAWKIN, NJ 08050

10925   DUSHKU, GERALDINE, 15 BAKER ST, BILLERICA, MA 01821

10925   DUSICK, RICHARD, 3377 S. 25TH ST, MILWAUKEE, WI 53215

10925   DUSK, JUDITH, 5441 S NOTTINGHAM, CHICAGO, IL 60638

10925   DUSSEK CAMPBELL INC, NATIONAL WAX DIVISION, ATLANTA, GA 30392

10924   DUSSEK CAMPBELL INC., 3650 TOUHY AVE., SKOKIE, IL 60077

10925   DUSTERHOFT, JAMES, 329 SOUTH 62ND ST, WEST MILWAUKEE, WI 53214

10925   DUSTMASTERS, 13 WILSHER DR, MONSEY, NY 10952

10925   DUSZAK, IRENE, 306 CR 1522, EUVEKA SPRINGS, AR 72632

10924   DUTCH FORK HIGH SCHOOL, MB CONN CONSTRUCTION CO., 1400 TAMAH RD., IRMO, SC 29063

10925   DUTCHER, CHERYL, 16701 ELM ST, HESPERIA, CA 92345

10925   DUTCHER, DAVID, 4220 OLD GOVERNMENT ROAD, LAKELAND, FL 33811-2229

10925   DUTCHER, ROMAINE, 132 STARK ST, WATERLOO, NY 13165

10924   DUTCHESS COUNTY COURTHOUSE, 44 MARKET STREET, POUGHKEEPSIE, NY 12600

10924   DUTCHESS COUNTY JAIL, C/O DAVIS ACOUSTICAL, POUGHKEEPSIE, NY 12602

10925   DUTCHESS QUARRY & SUPPLY CO INC, POBOX 651, PLEASANT VALLEY, NY 12569

10924   DUTCHESS QUARRY & SUPPLY, ARBORIO RD, PLEASANT VALLEY, NY 12569

10924   DUTCHESS QUARRY & SUPPLY, NORTH AVE & ARBORIO RD, PLEASANT VALLEY, NY 12569

10925   DUTHU, MICHAEL, 4710 BELLAIRE BLVD., HOUSTON, TX 77401

10925   DUTKIN, ROGER, 600A STONESTHROW, GREENVILLE, SC 29607

10925   DUTRIZ, ANTONIO A, C/O RICARDO DUTRIZ, 2370 SW 126TH AVE, MIAMI, FL 33175-1921

10925   DUTRO, EMMA, 421 NEILSON ST, CARSON, CA 90745

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | DUTROW, EDWARD, 300 FERNWOOD DRIVE, SEVERNA PARK, MD 21146 | |
| 10925 | DUTSCH, JERRY, PO BOX 331534, FORT WORTH, TX 76163 | |
| 10924 | DUTSON SUPPLY COMPANY, 790 WEST MAIN, DELTA, UT 84624 | |
| 10924 | DUTSON SUPPLY, 790 WEST MAIN, DELTA, UT 84624 | |
| 10925 | DUTT, MITALI, 17 MESA PLACE, NANUET, NY 10964 | |
| 10925 | DUTT, VERA, 540 HAMLET AVE. APT. #13, WAYNESBORO, VA 22980 | |
| 10925 | DUTTER, VALERIE, 9885 S ELYRIA RD, SHREVE, OH 44676 | |
| 10925 | DUTTON BRAUN STACK HELLMAN &, 3151 BOCKWAY RD, WATERLOO, IA 50704 | |
| 10925 | DUTTON, BILL, ROUTE 5, HEREFORD, TX 79045 | |
| 10925 | DUTTON, BRAUN, STACK, HELLMAN &, 3151 BROCKWAY ROAD, WATERLOO, IA 50704 | |
| 10925 | DUTTON, CILVIA, 24412 AROISA, MISSION VIEJO, CA 92692-0000 | |
| 10925 | DUTTON, DAVID, 11204 NEIMAN RD, OVERLAND PARK, KS 66210 | |
| 10925 | DUTTON, HELEN, 207 DALEWOOD DR, SIMPSONVILLE, SC 29681 | |
| 10925 | DUTTON, ROLAND, 65 ALLDS ST., NASHUA, NH 03061 | |
| 10925 | DUTTON, RUSSELL, 345 CABINET HEIGHTS ROAD, LIBBY, MT 59923 | |
| 10925 | DUTTON, SHIRLEY, 135 FERRY ST, HUDSON, NH 03051 | |
| 10925 | DUTTON, STEPHEN, 10 GLADE AVE, BALTIMORE, MD 21236 | |
| 10925 | DUTTON, VIRGINIA, 1488 CLERMONT AVE., EAST POINT, GA 30344 | |
| 10925 | DUTTON, W. GRAHAM, 438 UNIVERSITY AVE #1700, TORONTO, ON M5G2L9CANADA | *VIA Deutsche Post* |
| 10925 | DUTTON, WALTER R, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | DUTTON, WALTER, 17348 OLD FREDERICK ROAD, MT AIRY, MD 21771 | |
| 10925 | DUTTON, WILLIAM, 207 DALEWOOD DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | DUTY, GABE, 913 NW 39TH ST, OKLAHOMA CITY, OK 73118 | |
| 10925 | DUTY, PATRICIA, 2154 WINROCK, HOUSTON, TX 77057-4004 | |
| 10925 | DUVAL CONTAINER CO, POBOX 41006, JACKSONVILLE, FL 32203 | |
| 10925 | DUVAL JT TEN, R DONALD & HILDEGARDE, 9 S WALWORTH AVE APT 502, WILLIAMS BAY, WI 53191-9656 | |
| 10925 | DUVALL, CHARLES, 103 VAUGHN ST., FOUNTAIN INN, SC 29644 | |
| 10925 | DUVALL, CHARLES, 510A MCKINNEY RD, SIMPSONVILLE, SC 29681 | |
| 10925 | DUVALL, KELLY, 7007 LEMAY RD, ROCKVILLE, MD 20851 | |
| 10925 | DUVALL, MARK, 5021 HODGKINS PLACE, LILBURN, GA 30247 | |
| 10925 | DUVALL, W, 17 TYNE COURT, GREENVILLE, SC 29607 | |
| 10925 | DUVOISIN, BARBARA A, NEBEREZHRA 25/8, #34, MOSCOW, RUSSIA | *VIA Deutsche Post* |
| 10925 | DUVOISIN, BARBARA, KOTELNICHNESKAZA NEBEREZHRA 25/8, #34, MOSCOW, RUSSIA | *VIA Deutsche Post* |
| 10925 | DUWA, CALVIN, 714 SIXTH ST NE, INDEPENDENCE, IA 50644 | |
| 10925 | DUWE, RICHARD, 19662 LARKRIDGE DR, YORBA LINDA, CA 92886 | |
| 10924 | DUX PAINT & CHEMICAL INC., 18 MILL STREET, LODI, NJ 07644 | |
| 10925 | DUX, CHRISTOPHER, 40 WOOD POINTE DRIVE #52, GREENVILLE, SC 29615 | |
| 10925 | DUXBURY CONTROLS CO,INC, 6 DUXBURY DR, HOLDEN, MA 01520 | |
| 10925 | DUY SR JT TEN, DOUGLAS M & CARROL, 3549 WEST RAINTREE DR, TUCSON, AZ 85741-2814 | |
| 10925 | DUY SR, DOUGLAS M, CUST DOUGLAS M DUY JR, UNDER THE ZA UNIF, TRANSFERS TO MINORS ACT, 3549 WEST RAINTREE DR, TUCSON, AZ 85741-2814 | |
| 10925 | DUY SR, DOUGLAS M, CUST WILLIAM A DUY JR, UNDER THE AZ UNIF, TRANSFERS TO MINORS ACT, 3549 WEST RAINTREE DR, TUCSON, AZ 85741-2814 | |
| 10925 | DUY SR, DOUGLAS M, CUST, ANDREW C DUY JR, UNDER THE AZ UNIF, TRANSFERS TO MINORS ACT, 3549 WEST RAINTREE DR, TUCSON, AZ 85741-2814 | |
| 10924 | DUYCK CONSTRUCTION, POST OFFICE BOX, ASHEVILLE, NC 28802 | |
| 10925 | DUZAN, INEZ, 1916 VALLEYBROOK DR, DALTON, GA 30720 | |
| 10925 | DUZIK, GLEN, 3591 DOUGLAS #B32, CRAIG, CO 81625 | |
| 10925 | DUZIK, TIM, 2316 JEFFCOAT DR, CRAIG, CO 81625 | |
| 10925 | DVC INDUSTRIES, 1440 FIFTH AVE, BAY SHORE, NY 11706 | |
| 10925 | DVORAK PUMPING CO, 2551 NORA ROAD, COTTAGE GROVE, WI 53527 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DVORAK PUMPING CO, DAVID PAPPAS, 1787 STRAWBERRY ROAD, DEERFIELD, WI 53531 | |
| 10925 | DVORAK, DONALD, 4004 JOHNSON AVE, CRYSTAL LAKE, IL 60014 | |
| 10925 | DVORAK, JUDY, RT 1 BOX 251, LAKE VILLAGE, IN 46349 | |
| 10925 | DVORAK, PAUL, 2502 TROJAN DR, GREEN BAY, WI 54304 | |
| 10925 | DVORAK, THOMAS, 3 S. 341 SHAGBARK LN, GLEN ELLYN, IL 60137 | |
| 10925 | DWAIN B HAZLEWOOD &, JOYCE L HAZLEWOOD JT TEN, 307 HICKORY LN, FRANKLIN, TN 37064-5239 | |
| 10925 | DWAYNE A PIERCE, 1782 RENSSELAER RD, TEANECK, NJ 07666-6311 | |
| 10924 | DWAYNE YOUNG INCORPORATED, MAX GRAY CONSTRUCTION, 1515 EAST 25TH STREET, HIBBING, MN 55746 | |
| 10924 | DWAYNE YOUNG INCORPORATED, P.O. BOX 639, BEMIDJI, MN 56601 | |
| 10924 | DWAYNE YOUNG,INC., PO BOX 639, BEMIDJI, MN 56601 | |
| 10924 | DWI, PHOENIX, AZ 85019 | |
| 10925 | DWIGHT J YARBOROUGH, 350 POINT CARPENTER RD, FORT MILL, SC 29715-6876 | |
| 10925 | DWIGHT L MILLER, TR UA 04 22 91, FBO DWIGHT L MILLER, REVOCABLE TRUST, 7402 LAKE BREEZE DR APT 306, FORT MYERS, FL 33907-805 | |
| 10925 | DWIGHT, CHARLES, 2002 PINERCREST DRIVE, SANTA ROSA, CA 95401 | |
| 10925 | DWIRE, EARL, 23 BRIDLE BRDG RD, WINDHAM, NH 03051 | |
| 10925 | DWORACZYK, MICHAEL, PO BOX 10135, KINGDOM OF SAUDI ARABIA, 31961SAUDI ARABIA | *VIA Deutsche Post* |
| 10925 | DWORACZYK, ROGER, 304 LIVE OAK LANE, NEW IBERIA, LA 70560 | |
| 10925 | DWORAK, DEBORAH, 2258 IMPERIAL LANE, #5, GREEN BAY, WI 54302 | |
| 10925 | DWORSHAK, ROBIN, 101 KIM DR, ERATH, LA 70533 | |
| 10925 | DWUMA, VIVIAN, 18 DANDRIDGE DRIVE, NEWARK, NJ 07108 | |
| 10925 | DWY, APRIL, 5324 THOMAS ROAD, 2, CHARLOTTE, NC 28217 | |
| 10925 | DWYER IMANKA SCHRAFF KUDO, POST OFFICE BOX 2727, HONOLULU, HI 96803 | |
| 10925 | DWYER INSTRUMENT, PO BOX 3029, IVYLAND, PA 18974 | |
| 10925 | DWYER INSTRUMENTS INC., 102 HWY 212, PO BOX 338, MICHIGAN CITY, IN 46361 | |
| 10925 | DWYER INSTRUMENTS INC., PO BOX 338, MICHIGAN CITY, IN 46361 | |
| 10925 | DWYER INSTRUMENTS, INC, PO BOX 338, MICHIGAN CITY, IN 46361 | |
| 10925 | DWYER INSTRUMENTS, INC, PO BOX 373, MICHIGAN CITY, IN 46360 | |
| 10925 | DWYER, BILLIE, 2101 MANNING, BAKERSFIELD, CA 93309 | |
| 10925 | DWYER, EDWARD, 68 HAZEN RD, MOUNT VERNON, NH 03057 | |
| 10925 | DWYER, JOHN, 8 COLUMBUS AVE., SOMERVILLE, MA 02143 | |
| 10925 | DWYER, KATRYN, 125 BROWNING RD., CENTRAL, SC 29630 | |
| 10925 | DWYER, KERRI, 325 VILLAGE ST, MEDWAY, MA 02053 | |
| 10925 | DWYER, LYNNE, 483 NEW YORK AVE, 2, ROCHESTER, PA 15074 | |
| 10925 | DWYER, MARJORIE, 108 FAYERWEATHER ST, CAMBRIDGE, MA 02138 | |
| 10925 | DWYER, MICHAEL, 16317 S ALBERT DRIVE, LOCKPORT, IL 60441 | |
| 10925 | DWYER, PATRICIA, 9 SPRUCE ST, B3, N. ATTLEBORO, MA 02760 | |
| 10925 | DWYER, SHARI, 3124 CLEO DRIVE, MARRERO, LA 70072 | |
| 10925 | DWYER, THOMAS, 644 30TH ST. SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | DWYER, WENDY, 1104 VERNA, NEDERLAND, TX 77627 | |
| 10925 | DX DISTRIBUTORS, INC, PO BOX 201771, HOUSTON, TX 77216-1771 | |
| 10925 | DXI INDUSTRIES, INC, PO BOX 200304, HOUSTON, TX 77216-0304 | |
| 10925 | DXP ENTERPRISES INC, PO BOX 538055, ATLANTA, GA 30353-8055 | |
| 10925 | DY, EMILIA TAN, 11 QUEENS CT, ORANGEBURG, NY 10962 | |
| 10925 | DY, TERESITA A, 7700 CREEKBEND 141, HOUSTON TX, TX 77071 | |
| 10925 | DYADEM INTERNATIONAL LTD, 6TH FL, NORTH TOWER, MARKHAM, ON L3R 5Y8CANADA | *VIA Deutsche Post* |
| 10925 | DYAL, MAX, 5 BINHAM LANE, BELLA VISTA, AR 72714-9998 | |
| 10925 | DYANKI, INC, 504 SNAKE HILL ROAD, POESTENKILL, NY 12140 | |
| 10925 | DYAR, KELLY, 3651 LANDING CT, DOUGLASVILLE, GA 30135 | |
| 10925 | DYAR, WESLEY, PO BOX 93, RICHLAND, SC 29675 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | DYBOWSKI, LESTER, 17737 ABAGAIL LANE, ORLAND PARK, IL 60467 | |
| 10924 | DYCAT INTERNATIONAL, CO. DURHAM DL15OLE ENGLAND, HUNWICK, DL150LEGBR | *VIA Deutsche Post* |
| 10925 | DYCO ELECTRONICS INC, INDUSTRIAL PARK RD #2, HORNELL, NY 14843 | |
| 10925 | DYE SPECIALTIES INC, PO BOX 4130, JERSEY CITY, NJ 07304 | |
| 10925 | DYE, BRIAN, 65 PARK RD, BROCKTON, MA 02401 | |
| 10925 | DYE, CORA, 10255 SW 152 TER, MIAMI, FL 33157 | |
| 10925 | DYE, DAVID, 172 EDGECOMBE RD, SPARTANBURG, SC 29307 | |
| 10925 | DYE, DOLORES, 172 EDGECOMBE RD, SPARTANBURG, SC 29307 | |
| 10925 | DYE, GEOFFREY, 5511 PARKSTON RD, BETHESDA, MD 20816 | |
| 10925 | DYE, KEVIN, PO BOX 394, NEWALLA, OK 74857 | |
| 10925 | DYE, T, 1316 W 76TH ST, LOS ANGELES, CA 90044 | |
| 10925 | DYE-ARNEY, RACHAEL, 3504 MONTEREY, ST JOSEPH, MO 64507 | |
| 10924 | DYER INSULATIO INC, 70 COBB STREET, ROCKAWAY, NJ 07866 | |
| 10924 | DYER INSULATION WAREHOUSE, 70 COBB STREET, ROCKAWAY, NJ 07866 | |
| 10924 | DYER INSULATION, 7 COBB STREET, TEANECK, NJ 07688 | |
| 10924 | DYER INSULATION, 70 CBB STREET, ROCKAWAY, NJ 07866 | |
| 10925 | DYER LIBBY, 1314 TEXAS AVE #1630, HOUSTON, TX 77002 | |
| 10924 | DYER VAULT COMPANY INC., 1750 SHEFFIELD, DYER, IN 46311 | |
| 10925 | DYER, AMBERLY, 1122 NEPTUNE PLACE, ANNAPOLIS, MD 21401 | |
| 10925 | DYER, CHARLES, 5 CLAYMOOR CT, GREER, SC 29650 | |
| 10925 | DYER, DENNIS, 71 AVONDALE AVE, CHARLESTON, SC 29407 | |
| 10925 | DYER, DIANNA D, BOX 336, TONGANOXIE KANSAS, KS 66086 | |
| 10925 | DYER, EUGENIA, 361 S MAPLE AVE, BASKING RDGE, NJ 07920 | |
| 10925 | DYER, FREDERICK, 226 TAYLOR CIRCLE, PALMETTO, GA 30268 | |
| 10925 | DYER, GALE, 1333 SANDY SPGS DR, ATHENS, GA 30601 | |
| 10925 | DYER, GEORGE, 930 GARNER RD, CORNELIA, GA 30531 | |
| 10925 | DYER, GEORGE, RT. 1 BOX 1803, CORNELIA, GA 30531-9787 | |
| 10925 | DYER, GERTRUDE, RT 1 BOX 1073 DUNN ROAD, SILVER CREEK, GA 30173 | |
| 10925 | DYER, JAMES, 326 BERKSHIRE VALLEY ROAD, WHARTON, NJ 07885 | |
| 10925 | DYER, JOSEPH, 11402 N 88TH PLACE, SCOTTSDALE, AZ 85259 | |
| 10925 | DYER, JOY, 1122 NEPTUNE PLACE, ANNAPOLIS, MD 21401 | |
| 10925 | DYER, LOUISE, RT 2 BOX 2341, DANIELSVILLE, GA 30633 | |
| 10925 | DYER, MARK, 1101 WINNERS CIRCLE, LOUISVILLE, KY 40242 | |
| 10925 | DYER, MARY, 206 SOUTH ALMOND DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | DYER, MARY, 2441 BELLWOOD DR., PITTSBURGH, PA 15237 | |
| 10925 | DYER, PHILLIP, 504 SELLWOOD CR, SIMPSONVILLE, SC 29681 | |
| 10925 | DYER, RAYMOND, 719 BUTTERNUT DRIVE, FRANKLIN LAKES, NJ 07417 | |
| 10925 | DYER, RICHARD, BOX 513 RT 5 EVANS RD, CANTON, NC 28716 | |
| 10925 | DYER, ROBERT, 9153 APPLEWOOD LANE, HESPERIA, CA 92345 | |
| 10925 | DYER, ROGER, PO BOX 1177, QUITMAN, TX 75783 | |
| 10925 | DYER, RUTH, 7911 S E RAMONA ST, PORTLAND, OR 97206-5801 | |
| 10925 | DYER, SHANE, 2201 ROCKY LANE, ODESSA, TX 79762 | |
| 10925 | DYER, STEPHEN, 1122 NEPTUNE PLACE, ANNAPOLIS, MD 21401 | |
| 10925 | DYER, STEPHEN, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10925 | DYER, STEVE, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | DYER, WILLIAM, 2850 DELK RD, MARIETTA, GA 30067 | |
| 10925 | DYESS, DARWIN, ROUTE 1 BOX 189, MILLRY, AL 36558 | |
| 10925 | DYESS, STACY, 2030 CRAIG RD, ST LOUIS, MO 63146 | |
| 10925 | DYKE, FREDERICK, 47 MEADOW SPRING DR, EAST SANDWICH, MA 02537 | |
| 10925 | DYKE, KEVIN, 1077 ABADAN DRIVE, DELTON, FL 32725 | |
| 10925 | DYKEHOUSE, TODD, 6968 BUCKSKIN DRIVE, LITTLETON, CO 80125 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 DYKEMA GOSSETT, 400 RENAISSANCE CENTER, DETROIT, MI 48243

10925 DYKEMAN, ROGER, 18 DRAPER AVE, MANSFIELD, MA 02048

10925 DYKES & DYKES TRAILER INC, 1150 N JOE BATTLE, EL PASO, TX 79936

10925 DYKES, BRENDA, 2832 NE 12TH ST, GAINESVILLE, FL 32609-3186

10925 DYKES, ROCHELLE, 13 GREENFIELDS LANE, WEST GROVE, PA 19390

10925 DYKES, WARREN, ROUTE 1 BOX 237, CHESTER, MD 21217-9998

10925 DYKES-MCCONAGHIE, TRACY, 110 CALLENDER ST., BALTIMORE, MD 21201

10925 DYKSTERHOUSE, LOUISE, 14010 102ND AVE N, LARGO, FL 33774

10925 DYMACOL INC, PO BOX 9017, OCEANSIDE, NY 11572-9017

10924 DYMATIZE, 3200 COMMANDER DR., SUITE 110, CARROLLTON, TX 75006

10925 DYMKE, HOMER, 200 N. AVE B, KERMIT, TX 79745

10924 DYNA CORPORATION, 10921 GUILFORD ROAD, ANNAPOLIS JUNCTION, MD 20701

10924 DYNA CORPORATION, 1290 SOUTH ALABAMA AVENUE, WASHINGTON, DC 20033

10924 DYNA CORPORATION, 1545 SPRING HILL ROAD, MCLEAN, VA 22102

10924 DYNA CORPORATION, 4500A SILVER HILL RD., SUITLAND, MD 20746

10924 DYNA GRAPHICS CORP, 4080 NOREX DRIVE, CHASKA, MN 55318

10925 DYNA SYSTEMS, PO BOX 971342, DALLAS, TX 75397-1342

10924 DYNA, INC., 311 "A" STREET, BOSTON, MA 02210

10924 DYNA, INC., 4600 FORBES BLVD., SUITE 105, LANHAM, MD 20706

10924 DYNACHEM CORP., 5005 BARNARD MILL ROAD, RINGWOOD, IL 60072

10925 DYNACIRCUITS MFG CO, 135 S LASALLE, CHICAGO, IL 60674-2314

10925 DYNACIRCUITS, 11230 ADDISON ST, FRANKLIN PARK, IL 60131

10925 DYNALAB CORP, PO BOX 112, ROCHESTER, NY 14601-0112

10924 DYNALCO CONTROLS, 3690 N.W. 53RD. STREET, FORT LAUDERDALE, FL 33309

10924 DYNALCO CONTROLS, PO BOX 5328, FORT LAUDERDALE, FL 33310

10925 DYNALCO CORP, 3690 NW 53RD ST, FORT LAUDERDALE, FL 33309

10925 DYNALECTRIC CO, POBOX 747, OWENSBORO, KY 42301

10924 DYNALECTRIC COMPANY, 2880 GREEN STREET, HOLLYWOOD, FL 33020

10924 DYNALECTRIC, C/O GTE 3180 UNIVERSITY AVE. 6TH FL, SAN DIEGO, CA 92104

10925 DYNALOY INC, 7 GREAT MEADOW LANE, EAST HANOVER, NJ 07936

10925 DYNAMATION, INC, PO BOX 130, MIDLOTHIAN, VA 23113

10925 DYNAMATION, INCORPORATED, PO BOX 130, MIDLOTHIAN, VA 23113

10925 DYNAMEX, 12 CABOT ROAD, WOBURN, MA 01801

10925 DYNAMEX, PO BOX 99816, PITTSBURGH, PA 15233-9816

10925 DYNAMEX/EXECUTIVE COURIER NETWORK, PO BOX 2519, WOBURN, MA 01888-0919

10925 DYNAMIC & PROTO CIRCUITS, 869 BARTON ST, STONEY CREEK, ON L8E 5G6CANADA    *VIA Deutsche Post*

10925 DYNAMIC AIR INC L, VERN HUBALLA, 1125 WALTERS BLVD, ST PAUL, MN 55164

10925 DYNAMIC AIR INC, 1125 WOLTERS BLVD, SAINT PAUL, MN 55110

10925 DYNAMIC AIR, 1125 WILLOW LAKE BLVD., SAINT PAUL, MN 55110

10924 DYNAMIC CIRCUITS INC, 1831 TAROB COURT, MILPITAS, CA 95035

10925 DYNAMIC COMPUTING SOLUTIONS, 9691 GERWIG LANE, SUITE D, COLUMBIA, MD 21046

10925 DYNAMIC CONSULTANTS INC, 415 FAIRCHILD DRIVE, MOUNTAIN VIEW, CA 94043

10925 DYNAMIC CONTROL SYSTEMS LTD, 1320 STONY BROOK ROAD STE 208, STONY BROOK, NY 11790

10924 DYNAMIC CONTROL, 701 NUTMEG ROAD, SOUTH WINDSOR, CT 06074

10925 DYNAMIC ELECTRIC, INC, 4825 W. 128TH PLACE, ALSIP, IL 60658-3098

10925 DYNAMIC ENGINEER, 2000 DAIRY #128, HOUSTON, TX 77077

10925 DYNAMIC EQUIPMENT CO INC, PO BOX 372, EAST LONGMEADOW, MA 01028

10924 DYNAMIC INDUSTRIAL SUPPLY, 2310 MARTIN LUTHER KING AVE., CALEXICO, CA 92231

10925 DYNAMIC PUMP & PROCESS, 25 W 618 ST CHARLES RD, CAROL STREAM, IL 60188

10925 DYNAMIC PUMP & PROCESS, A DIVISI0N OF A A ANDERSON, PO BOX 523, BROOKFIELD, WI 53008-0523

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | DYNAMICS INDUSTRIAL SUP, 2310 M.L.KING  AVENUE, CALEXICO, CA 92231 | |
| 10925 | DYNAPRO SYSTEMS INC, 800 CARLETON COURT, BRITISH COLUMBIA, BC V3M 6L3CANADA | *VIA Deutsche Post* |
| 10925 | DYNAPRO THIN FILM PRODUCTS, 7025 W MARCIA RD, MILWAUKEE, WI 53223 | |
| 10925 | DYNASOL, 14340 TORREY CHASE BLVD. SUITE 250, HOUSTON, TX 77014 | |
| 10925 | DYNASOL,INC, PO BOX 297124, HOUSTON, TX 77297-0124 | |
| 10924 | DYNA-TECH ADHESIVES, COUNTRY CLUB ROAD, GRAFTON, WV 26354 | |
| 10925 | DYNATECH TACTICAL COMMM INC, 16 HAMPSHIRE DR, HUDSON, NH 03051 | |
| 10925 | DYNECOL INC, 6520 GEORGIA ST, DETROIT, MI 48211 | |
| 10925 | DYNEGY INC., 1000 LOUISIANA SUITE 5800, HOUSTON, TX 77002 | |
| 10925 | DYNEGY MIDWEST GENERATION INC., 1000 LOUISIANA SUITE 5800, HOUSTON, TX 77002 | |
| 10925 | DYNEX INDUSTRIES, INC, 205 FORD DRIVE, NEW LENOX, IL 60451 | |
| 10925 | DYNISCO INSTRUMENTS, PO BOX 8500 (S-4945), PHILADELPHIA, PA 19178-4945 | |
| 10925 | DYNISCO, 38 FORGE PARK, FRANKLIN, MA 02038 | |
| 10925 | DYNISCO, INC, 38 FORGE PARK, FRANKLIN, MA 02038 | |
| 10924 | DYNO NOBEL INC, RR ROUTE 2, BARRY, IL 62312 | |
| 10924 | DYNO NOBEL INC., ELEVENTH FLOOR, CROSSROADS TOWER, CROSSROADS PLAZA MALL OF, UT 84144 | |
| 10924 | D'YOUVILLE COLLEGE, 320 PORTER AVENUE, BUFFALO, NY 14201 | |
| 10925 | DYSERT, SANDRA, 2700 PAMPAS, FORT COLLINS, CO 80526 | |
| 10925 | DYSLIN, HAROLD, 508 E 5TH ST, AURELIA, IA 51005 | |
| 10925 | DYSON JR, WILLIAM, 3517 JORDAN, MIDLAND, TX 79707 | |
| 10925 | DYSON, ARTHUR J, 6701 STONEHAM DR, AMARILLO, TX 79109-6411 | |
| 10925 | DYSON, ARTHUR, 6701 STONEHAM, AMARILLO, TX 79109-6411 | |
| 10925 | DYSON, BRIDGET, 275 S HILLCREST, KANKAKEE, IL 60901 | |
| 10925 | DYSON, LOREN, 316 KELLER ST, PETALUMA, CA 94952 | |
| 10924 | DYTECH CORPORATION, STUBLEY LANE, DRONFIELD, SHEFFIELD, S181LSGBR | *VIA Deutsche Post* |
| 10924 | DYWIDAG SYSTEMS, 320 MARMON DRIVE, BOLINGBROOK, IL 60440 | |
| 10925 | DZIADYK, KATHERINE, 10-R BUCK ST, WOBURN, MA 01801 | |
| 10925 | DZIEDZIC, JANET, 5221 E. FOUNTAIN ST., MESA, AZ 85205 | |
| 10925 | DZIELAWA, JAMES, 515 STONEWALL COURT, SOUTH LAKE, TX 76092 | |
| 10925 | DZINGELESKI, MICHAEL R, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | DZINGELESKI, MICHAEL, 12 SEMINOLE AVE, CATONSVILLE, MD 21228 | |
| 10925 | DZIOBA, KENNETH L, 2212 QUEEN ANNE AVE N, SEATTLE, WA 98109 | |
| 10925 | DZIOBA, KENNETH, 2212 QUEEN ANN AVE NPMB 260, SEATTLE, WA 98109-3160 | |
| 10925 | DZIOK JR, T, 15 RICHMOND LANE, ADAMS, MA 01220 | |
| 10925 | DZIORK JR, THEODORE, 15 RICHMOND LANE, ADAMS, MA 01220 | |
| 10925 | DZIURDA, DOMINIC, 225 COYOTE DR., CARSON CITY, NV 89704 | |
| 10925 | DZUREK, ILONA, 100 SOUTH CLARKSON, #305, DENVER, CO 80209 | |
| 10924 | E & B DO NOT USE - USE #506591, COUNTY ROAD 11A & CONKEL ROAD, AUBURN, IN 46706 | |
| 10925 | E & B PAVING COMPANY, POBOX 189, ROCHESTER, IN 46975 | |
| 10925 | E & B PAVING INC, 286 WEST 300 NORTH, ANDERSON, IN 46012 | |
| 10924 | E & B PAVING, INC. (322), VARIOUS LOCATION - 322, FORT WAYNE, IN 46809 | |
| 10924 | E & B PAVING, INC. (325), VARIOUS LOCATIONS (325), INDIANAPOLIS, IN 46203 | |
| 10924 | E & B PAVING, INC. (326), VARIOUS LOCATIONS (326), EVANSVILLE, IN 47715 | |
| 10924 | E & B PAVING, INC., P.O. BOX 189, ROCHESTER, IN 46975 | |
| 10924 | E & B PAVING, P O BOX 189, ROCHESTER, IN 46975 | |
| 10924 | E & C INSUL/ENNS PACKING, 4572 AVENUE 400, DINUBA, CA 93618 | |
| 10924 | E & C INSUL/FOWLER PACKING, 8570 S. CEDAR, FRESNO, CA 93725 | |
| 10924 | E & C INSUL/SURABIAN PACKING, 18700 E. SOUTH AVE., REEDLEY, CA 93654 | |
| 10924 | E & C INSULATION, 34625 AVENUE 14, MADERA, CA 93638 | |
| 10924 | E & C INSULATION, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    E & F KING & CO INC, PO BOX 335, PALM BEACH, FL 33480-0335

10925    E & F MACHINERY, 15213 S.W. FREEWAY, SUGAR LAND, TX 77478

10924    E & G CONCRETE, 3400 REDCOAT RD., MEMPHIS, TN 38128

10925    E & H CONSTRUCTION CO, INC, 623 SACO LOWELL RD., EASLEY, SC 29641

10924    E & H ELECTRIC SUPPLY, 804 SOUTH FIFTH ST, LOUISVILLE, KY 40203

10924    E & J PART CLEANING INC., 1669 THOMASTON AVENUE, WATERBURY, CT 06704

10925    E & J TRAILER SALES & SERVICE INC., 610 WAYNE PARK DRIVE, CINCINNATI, OH 45215-2848

10924    E & K OF KANSAS CITY, 4600 MARTHAN TRUMAN RD, GRANDVIEW, MO 64030

10924    E & K OF OMAHA, CAMBRIDGE, MA 02140

10924    E & K OF OMAHA,INC., P.O. BOX 37570, OMAHA, NE 68137

10924    E & M READY MIX INC, P.O.BOX 2208, PLATTE CITY, MO 64079

10924    E & M READY MIX INC, PO BOX2208, PLATTE CITY, MO 64079

10924    E & M READY MIX, GOWER, MO 64454

10925    E & M S.R.L., AV. DOS DE MAY 1574, C/O BANCO DE CREDITO DEL PERU, SAN IDIDRO, 0LIMAPERU    *VIA Deutsche Post*

10924    E & T INDUSTRIES, 1605 LOCKNESS PLACE, TORRANCE, CA 90501

10924    E A CARTER SUPPLY CO, PO BOX 865, OWENSBORO, KY 42302

10925    E A P SIGNS, 542 S ATCHISON ST, ANAHEIM, CA 92805

10925    E A P SYSTEMS, 500 WEST CUMMINGS PARK, WOBURN, MA 01801

10925    E AMANTI & SONS INC, 392 HIGHLAND AVE, SALEM, MA 01970

10925    E B OREILLY SERVICING CORP, 30 W HIGHLAND AVE, PHILADELPHIA, PA 19118

10925    E BARRY KLINE TR UA JUN 27 72, BUILDERS EMPORIUM, C/O RUTH KLINE, 3696 N FEDERAL HWY, FORT LAUDERDALE, FL 33308-6245

10924    E C DRYWALL, C/O CONROY, EAU CLAIRE, WI 54703

10925    E DAVID HEIN &, RUTH H HEIN TEN COM, 15420 SUSANNA CIRCLE, LIVONIA, MI 48154-1538

10924    E E C WIRE & CABLE, INC., 1678 SOUTH WOLF ROAD, WHEELING, IL 60090

10924    E F BRADY CO INC, 13540 BLACKIE ROAD, CASTROVILLE, CA 95012

10925    E F BRADY CO/SAN DIEGO INC, 8100 CENTER ST, LA MESA, CA 91944-0968

10924    E F CRAVEN CO, POBOX 20807, GREENSBORO, NC 27420-0807

10924    E F JOHNSON, 299 JOHNSON AVENUE, WASECA, MN 56093

10925    E F KING & CO INC, PO BOX 335, PALM BEACH, FL 33480-0335

10924    E F MITCHLER, 400 S LINCOLN ST, STOCKTON, CA 95203

10924    E- FREE CHURCH, 1375 CARMEN RD., MANCHESTER, MO 63021

10924    E G & G, BUILDING MG-744, CAPE CANAVERAL AIRFORCE, FL 32815

10925    E G & G, PO BOX 75116, CHICAGO, IL 60675-5116

10925    E G BARKER LUMBER CO INC, PO BOX 193, WOBURN, MA 01801

10925    E H & S INC., 3009 LAKE KEOWEE LANE, SENECA, SC 29672

10924    E I DU PONT DE NEMOURS & CO. INC., 12501 STRANGE ROAD, LA PORTE, TX 77571

10924    E I DU PONT DE NEMOURS & CO. INC., PO BOX2000, CIRCLEVILLE, OH 43113

10924    E I DU PONT DE NEMOURS & CO. INC., RTE 23 S DU PONT, CIRCLEVILLE, OH 43113

10925    E I DU PONT DE NEMOURS AND COMPANY, PENCADER PLANT, 400 BELLEVUE ROAD, NEWARK, DE 19713

10925    E I DUPONT DE NEMOURS & CO INC, AGRICULTRAL PRODUCTS DEPT, PITTSBURGH, PA 15250

10924    E I DUPONT, ACCOUNTS PAYABLE DEPT, OLD HICKORY, TN 37138

10925    E I DUPONT, ACCOUNTS PAYABLE, BEAUMONT, TX 77704

10924    E I DUPONT, BMP 40-158B, WILMINGTON, DE 19880-0040

10924    E I DUPONT, CHAMBERS WORKS, DEEPWATER, NJ 08023

10925    E I WASHINGTON, 8228 HARNESS TRAIL, POTOMAC, MD 20854

10925    E J A PEEK, ORANJENASSAULAAN 33, AMSTERDAM, 1075 AJNETHERLANDS    *VIA Deutsche Post*

10924    E J BARTELLS CO, 19039 NE PORTAL WAY, PORTLAND, OR 97230

10925    E J BROOKS CO, PO BOX 15018, NEWARK, NJ 07107

10925    E J BROOKS COMPANY, 8 MICROLAB RD, LIVINGSTON, NJ 07039

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | E J GAISSER INC, 49 LIBERTY PLACE, STAMFORD, CT 06902 | |
| 10924 | E J GAISSER INC., 49 LIBERTY PLACE, STAMFORD, CT 06902 | |
| 10924 | E J GAISSER, 49 LIBERTY PLACE, STAMFORD, CT 06902 | |
| 10925 | E J VARHOLY & SONS INC, PO BOX 430, GLEN BURNIE, MD 21060-0430 | |
| 10925 | E JACOB MASONRY, INC, PO BOX 58511, CINCINNATI, OH 45258-0511 | |
| 10925 | E JOHN PATTEN JR &, VIVIAN G PATTEN JT TEN, 215 DOVE VALLEY DR, ATHENS, GA 30606-1415 | |
| 10925 | E KIRBY WARREN, POBOX 146, TUXEDO PARK, NY 10987-0146 | |
| 10925 | E L I, INC, PO BOX 23768, HARAHAN, LA 70183 | |
| 10925 | E L MILLS CO INC, 9 CHARLTON ST, EVERETT, MA 02149 | |
| 10924 | E L SPENCER LUMBER CO, PO BOX 3288, AUBURN, AL 36831 | |
| 10924 | E L THOMAS & SONS INC, HWY 20 MAIN ST, LEXINGTON, TN 38351 | |
| 10925 | E L WILLIAMS INC, 1212 W LIVINGSTON ST, ORLANDO, FL 32805 | |
| 10925 | E LEWIS PAVEL &, GEORGIA KOLAR PAVEL JT TEN, PO BOX 5952, KINGWOOD, TX 77325-5952 | |
| 10925 | E M BROWN INC, PO BOX 767, CLEARFIELD, PA 16830 | |
| 10925 | E MAURICE SEIDEL & NANCY WARD, BIDDLE SEIDEL TR UA 10 14 91, THE EUGENE MAURICE SEIDEL & NANCY, WARD BIDDLE SEIDEL FAMILY TRUST, 4109 STONEHAVEN LN SE, OLYMPIA, WA 98501-9104 | |
| 10925 | E N R., PO BOX 518, HIGHTSTOWN, NJ 08520 | |
| 10924 | E P HENRY & SON, 4200 SOUTHWEST BLVD, VINELAND, NJ 08360 | |
| 10924 | E P HENRY & SON, P O BOX 615, WOODBURY, NJ 08096 | |
| 10924 | E PATTI & SONS, 8 BERRY STREET, BROOKLYN, NY 11211 | |
| 10925 | E PAUL BRAY, 495 DOUBLE BRIDGES RD, WINTERVILLE, GA 30683-4917 | |
| 10925 | E PENN MANUFACTURING CO, INC, DEKA RD., LYON STATION, PA 19536 | |
| 10925 | E PETER GRIFFIN, 18590 BOERGER RD, MARYSVILLE, OH 43040-9052 | |
| 10925 | E PHILIP LEVINE INC, 23 DRY DOCK AVE, BOSTON, MA 02210 | |
| 10925 | E PRIME ENERGY MARKETING, 1099 18TH ST, SUITE 3000, DENVER, CO 80202 | |
| 10925 | E PRIME, INC, DEPT. 265, DENVER, CO 80291-0265 | |
| 10925 | E ROOM TECHNOLOGY INC., 725 CONCORD AVE, CAMBRIDGE, MA 02138 | |
| 10925 | E ROY SHILLING, C/O ELIAS ROY SHILLING JR, 3702 MILLS ROAD, SHARPSBURG, MD 21782-1924 | |
| 10925 | E S GALLON ASSOC, 1100 MIAMI VALLEY TOWER, 40 W. 4TH ST., DAYTON, OH 45402 | |
| 10925 | E T COMPUTER SUPPLIES & SERVICE, POBOX 380104, BROOKLYN, NY 11238-0104 | |
| 10925 | E T HORN CO., 2135 FREDERICK ST, OAKLAND, CA 94606 | |
| 10925 | E T HORN COMPANY, PO BOX 1238, LA MIRADA, CA 90637-1238 | |
| 10925 | E V ROBERTS & ASSOC INC, 8500 STELLER DRIVE, CULVER CITY, CA 90232-0868 | |
| 10925 | E V ROBERTS & ASSOC, 8500 STELLER DRIVE, CULVER CITY, CA 90232 | |
| 10925 | E V ROBERTS & ASSOCIATES, 2620 BARRINGTON COURT, HAYWARD, CA 94545 | |
| 10925 | E VIRGIL CONWAY, 101 PARK AVE - 31ST FL, NEW YORK, NY 10178-0002 | |
| 10925 | E W DORN CO INC, 1058 S ERIE STREET, FORT WORTH, TX 76112 | |
| 10924 | E W DORN CO INC, 15905 S BROADWAY, GARDENA, CA 90248 | |
| 10924 | E W DORN CO INC, 2951 GORDON AVENUE, SANTA CLARA, CA 95051 | |
| 10924 | E W DORN CO INC, 2995 S TEJON STREET SUITE B, ENGLEWOOD, CO 80110 | |
| 10925 | E W DORN CO INC, 7831 159TH PLACE NE, REDMOND, WA 98052 | |
| 10925 | E W DORN, 2995 S TEJON ST, ENGLEWOOD, CO 80110 | |
| 10925 | E W KAUFMAN CO, PO BOX 23214, NEWARK, NJ 07189 | |
| 10925 | E W KAUFMANN COMPANY, PO BOX 23214, NEWARK, NJ 07189 | |
| 10924 | E Z RENTAL, 14215 SOUTH POWER ROAD, MESA, AZ 85212 | |
| 10925 | E&C ENGINEERING KK, 16-1 SHIN-YOKOHAMA 3-CHOME, KANAGAWA-KEN, 0JAPAN | *VIA Deutsche Post* |
| 10924 | E&C INSUL./VALLEY WIDE BEVERAGE, NORTH & CEDER ST., FRESNO, CA 93710 | |
| 10924 | E&E ACOUSTICS II, POBOX 5444, SALEM, OR 97303 | |
| 10924 | E&K OF OMAHA, 4639 S. 136TH ST., OMAHA, NE 68137 | |
| 10924 | E,ENTERTAINMENT, 5750 WILSHIRE, LOS ANGELES, CA 90036 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | E. B. BERGER/AMERICAN STORES, 300 S. MAIN ST, SALT LAKE CITY, UT 84111 | |
| 10925 | E. CHICAGO SANITARY DISTRICT, PO BOX 423, EAST CHICAGO, IN 46312 | |
| 10925 | E. D. BULLARD COMPANY, 1898 SAFETY WAY, CYNTHIANA, KY 41031 | |
| 10924 | E. DILLON & CO., PO BOX163, SWORDS CREEK, VA 24649 | |
| 10924 | E. DILLON & CO., RT 67, SWORDS CREEK, VA 24649 | |
| 10924 | E. F. BRADY, BAKERSFIELD HOSPITAL, BAKERSFIELD, CA 93302 | |
| 10924 | E. F. BRADY, K.P.B.S/GATEWAY, SAN DIEGO, CA 92100 | |
| 10925 | E. F. CONNELLY, 12 OCEANWOOD DR, SCARBOROUGH, ME 04074 | |
| 10925 | E. HAMILTON COUNTY KIWANIS CLUB, PO BOX 821, COLLEGEDALE, TN 37315 | |
| 10924 | E. I. DU PONT DE NEMOURS & CO., INC, 4200 CAMP GROUND ROAD, LOUISVILLE, KY 40216 | |
| 10924 | E. I. DUPONT DE NEMOURS & CO, ONE DUPONT ROAD, NEW JOHNSONVILLE, TN 37134 | |
| 10924 | E. I. DUPONT DE NEMOURS & CO., 400 GROESBECK HWY., MOUNT CLEMENS, MI 48043 | |
| 10924 | E. I. DUPONT DE NEMOURS & CO., HIGHWAY 361, MIRANDO CITY, TX 78369 | |
| 10924 | E. I. DUPONT DE NEMOURS & CO., INC., ATTN: ACCOUNTS PAYABLE, WILMINGTON, DE 19898 | |
| 10924 | E. I. DUPONT DE NEMOURS & CO., INC., CHEESEQUAKE ROAD, PARLIN, NJ 08859 | |
| 10924 | E. I. DUPONT DE NEMOURS & CO., RT 141 BETWEEN RTS 202 & 52, EXPERIMENTAL STATION LOX-286085, WILMINGTON, DE 19898 | |
| 10924 | E. I. DUPONT, 3401 GRAYS FERRY AVENUE, PHILADELPHIA, PA 19146 | |
| 10924 | E. I. DUPONT, 901 W DUPONT AVE, BELLE, WV 25015 | |
| 10924 | E. I. DUPONT, CAMBRIDGE, MA 99999 | |
| 10924 | E. I. DUPONT, PO BOX 509, OLD HICKORY, TN 37138-0509 | |
| 10924 | E. I. DUPONT, PO BOX 80040, WILMINGTON, DE 19880-0040 | |
| 10924 | E. I. DUPONT, ROUTE 23 SOUTH, CIRCLEVILLE, OH 43113 | |
| 10924 | E. I. DUPONT, SHERIDAN DRIVE & RIVER ROAD, BUFFALO, NY 14207 | |
| 10924 | E. I. DUPONT, SOUTH END OF COMMERCE ROAD, RICHMOND, VA 23234 | |
| 10924 | E. I. DUPONT/ MARSHALL LABS, 3401 GRAYS FERRY AVENUE, PHILADELPHIA, PA 19146 | |
| 10925 | E. I. S. COMPANY, 300 NORTH MANHEIM ROAD, HILLSIDE, IL 60162 | |
| 10925 | E. J. BROOKS COMPANY, 164 NORTH 13TH ST, NEWARK, NJ 07107 | |
| 10924 | E. J. DELMONTE CORP., 909 LINDEN AVE., ROCHESTER, NY 14625 | |
| 10924 | E. KY. POWER CO., LEXINGTON, KY 40502 | |
| 10924 | E. L. GARDNER INC., 1914 FOREST DR, ANNAPOLIS, MD 21401 | |
| 10924 | E. L. GARDNER INC., SEE 01043336, 1268 CRONSON BLVD., CROFTON, MD 21114 | |
| 10924 | E. L. GARDNER INC., SEE 01143336, 21 HUDSON STREET, ANNAPOLIS, MD 21401 | |
| 10924 | E. L. GARDNER, INC., 1268 CRONSON BLVD., CROFTON, MD 21114 | |
| 10924 | E. L. GARDNER, INC., 21 HUDSON ST., ANNAPOLIS, MD 21401 | |
| 10924 | E. L. GARDNER, INC., 8245 WATERFORD RD., PASADENA, MD 21122 | |
| 10924 | E. L. THOMAS & SONS, INC., 266 E. CHURCH ST., LEXINGTON, TN 38351 | |
| 10924 | E. L. THOMAS & SONS, INC., P.O. BOX 1090, LEXINGTON, TN 38351 | |
| 10925 | E. M. SPARROW, 2105 WEST HOYT AVE, SAINT PAUL, MN 55108-1314 | |
| 10925 | E. N. CUTHBERT, PO BOX 4127, TOLEDO, OH 43609 | |
| 10924 | E. P. HENRY, 201 PARK AVE., WOODBURY, NJ 08096 | |
| 10925 | E. PARKER BLISS, LANDMARK WEST 1-2, NEWTON, NJ 07860 | |
| 10924 | E. PATTI AND SONS, 8 BERRY STREET, BROOKLYN, NY 11211 | |
| 10924 | E. Q. GRACE DE MEXICO SA DE CV-INT, INDUSTRIAL, CALLE OCHO 710, TOLUCA, 0MEXICO | *VIA Deutsche Post* |
| 10924 | E. Q. GRACE DE MEXICO SA DE CV-LOAN, INDUSTRIAL, CALLE OCHO 710, TOLUCA, 0MEXICO | *VIA Deutsche Post* |
| 10924 | E. TETZ & SONS, INC., 299 CRYSTAL RUN ROAD, MIDDLETOWN, NY 10940 | |
| 10924 | E. V. MOZER, INC., 2222-B OLD NATIONAL PIKE, MIDDLETOWN, MD 21769 | |
| 10925 | E.A. KAESTNER CO., 5401 PULASKI HWY., BALTIMORE, MD 21205 | |
| 10925 | E.A.I., 413 NORTH 2ND ST, YAKIMA, WA 98901-2336 | |
| 10924 | E.B. BERGER, INC., 218 W. 12650 SOUTH, DRAPER, UT 84020 | |
| 10924 | E.B. BERGER, INC., 218 WEST 12650 SOUTH, DRAPER, UT 84020 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  E.B. BERGER, INC., ATTN: STEVE BERGER, DRAPER, UT 84020

10924  E.B. BERGER/CINEMARK THEATERS, WEST JORDAN, UT 84088

10924  E.B. BERGER/GRAND SUMMIT HOTEL, PARK CITY, UT 84060

10924  E.B. BERGER/NATURE'S HERBS, 600 E. QUALITY DR., AMERICAN FORK, UT 84003

10924  E.B. COATS, GROTON, CT 06340

10925  E.B. CREAGER TIRE & BATTERY INC., PO BOX 4744, CORPUS CHRISTI, TX 78469

10924  E.B. STONE, 6111 LAMBIE RD., SUISUN, CA 94585

10924  E.B.BERGER/WEBER COUNTY JAIL, SALT LAKE CITY, UT 84101

10924  E.B.STONE & SON, ATTN:  ACCOUNTS PAYABLE, SUISUN, CA 94585

10924  E.BROOK CONSTRUCTION, USC, LOS ANGELES, CA 90050

10924  E.C. DRYWALL, 2000 OXFORD AVE, EAU CLAIRE, WI 54703

10925  E.C.HILLIARD CORP, 10 LIBERTY WAY, FRANKLIN, MA 02038

10924  E.C.I., 2053 HOTEL CIRCLE SOUTH, SAN DIEGO, CA 92108

10924  E.C.M.I., INC., CAMBRIDGE, MA 02140

10925  E.COM BUSINESS DIRECTORY, PO BOX 502, WEST HAVEN, CT 06516

10925  E.COM BUSINESS DIRECTORY, PO BOX 63339, PHILADELPHIA, PA 19114-8339

10924  E.D.C., 3631 FOREST ROAD, LANSING, MI 48909

10924  E.D.F. DIAMOND SALES & SUPPLY CO., PO BOX712, BLOOMINGDALE, IL 60108

10924  E.E. BAILEY BUILDING, 412 E 103RD ST, CHICAGO, IL 60628

10924  E.E. BAILEY BUILDING, 412 E. 103RD STREET, CHICAGO, IL 60628

10924  E.F BRADY, 13540 BLACKIE ROAD, CASTROVILLE, CA 95012

10924  E.F BRADY/555 CALIFORNIA ST., SAN FRANCISCO, CA 94107

10924  E.F BRADY/PEOPLES SOFT, C/O CEN CAL MODESTO, PLEASANTON, CA 94566

10924  E.F. BRADY CO., 1010 N. OLIVE ST., ANAHEIM, CA 92801

10925  E.F. BRADY CO., PO BOX 968, LA MESA, CA 92041

10924  E.F. BRADY COMPANY, 1223 - 7TH ST., MODESTO, CA 95354

10924  E.F. BRADY COMPANY, 1223 - 7TH STREET, MODESTO, CA 95354

10924  E.F. BRADY COMPANY, INC., 3329 FITZGERALD ROAD, RANCHO CORDOVA, CA 95742

10924  E.F. BRADY COMPANY, INC., 8100 CENTER ST., LA MESA, CA 91944

10924  E.F. BRADY, 1073 EMMALINE, SANTA CRUZ, CA 95060

10924  E.F. BRADY, 8100 CENTER STREET, LA MESA, CA 91944

10924  E.F. BRADY, CAMBRIDGE, MA 02140

10924  E.F. BRADY, CENTURY CITY, CA 90067

10924  E.F. BRADY, CIVIC ARTS PLAZA, THOUSAND OAKS, CA 91360

10924  E.F. BRADY, GATEWAY, SAN DIEGO, CA 92100

10924  E.F. BRADY, MOLECULAR BIOLOGY, LA JOLLA, CA 92037

10924  E.F. BRADY, PARADISE VALLEY HOSPITAL, NATIONAL CITY, CA 91950

10924  E.F. BRADY, SAN MARCOS TOWNE CENTER, SAN MARCOS, CA 92069

10924  E.F. BRADY, SHERATON HARBOR ISLAND, SAN DIEGO, CA 92121

10924  E.F. BRADY/100 CALIFORNIA, SAN FRANCISCO, CA 94101

10924  E.F. BRADY/425 MARKET ST., CEN CAL WALLBOARD, SAN FRANCISCO, CA 94102

10924  E.F. BRADY/44 MONTGOMERY ST., SAN FRANCISCO, CA 94101

10924  E.F. BRADY/50 BEALE ST., C/O CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924  E.F. BRADY/525 MARKET STREET, C/O CEN CAL, SAN FRANCISCO, CA 94101

10924  E.F. BRADY/555 CALIFORNIA STREET, CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924  E.F. BRADY/555 CALIFORNIA, SAN FRANCISCO, CA 94101

10924  E.F. BRADY/AITTA NOKIA #9764, SAN DIEGO, CA 92101

10924  E.F. BRADY/AMC  20 PLEX, SANTA CLARA, CA 95052

10924  E.F. BRADY/BANK OF AMERICA, SAN FRANCISCO, CA 94101

10924  E.F. BRADY/BAYVIEW BANK, SAN FRANCISCO, CA 94101

10924  E.F. BRADY/BROADSTONE, 35 IRON POINT CIRCLE, FOLSOM, CA 95630

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    E.F. BRADY/CHAMPION CENTER, SAN DIEGO, CA 92130

10924    E.F. BRADY/COMMUNICATIONS CENTER, EL SEGUNDO, CA 90245

10924    E.F. BRADY/DOUBLE TREE, IRVINE, CA 92709

10924    E.F. BRADY/EDWARDS AIR FORCE BASE, C/O EF BRADY, EDWARDS, CA 93524

10924    E.F. BRADY/EMBARCADERO 1, CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924    E.F. BRADY/EMBARCADERO ONE, C/O CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924    E.F. BRADY/FEDERAL BUILDING, C/O  EF BRADY, LOS ANGELES, CA 90086

10924    E.F. BRADY/FOX STUDIOS, C/O WESTSIDE BUILDING MATERIALS, BURBANK, CA 91500

10924    E.F. BRADY/GAMEWORKS, WESTSIDE BUILDING MATERIALS, #1 CITY DR., ORANGE, CA 92865

10924    E.F. BRADY/GENENTECK, 1527 GRANDVIEW DR., SAN FRANCISCO, CA 94101

10924    E.F. BRADY/HOWARD HUGHES PROMENADE, 6081 CENTER DR., LOS ANGELES, CA 90045

10924    E.F. BRADY/INMATE RECEPTION, C/O E.R. STONG BLDG. MTLS., SAN DIEGO, CA 92101

10924    E.F. BRADY/INTEL, SANTA CLARA, CA 95052

10924    E.F. BRADY/INTUIT, 6236 GRENWICH, SAN DIEGO, CA 92101

10924    E.F. BRADY/IRON POINT BUSINESS PARK, 1180 IRON POINT, FOLSOM, CA 95630

10924    E.F. BRADY/JACK MURPHY STADIUM, C/O EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92101

10924    E.F. BRADY/KALEIDSCOPE, CAL PLY, MISSION VIEJO, CA 92690

10924    E.F. BRADY/KILROY BLDG #3, 3661 VALLEY CENTER DR., SAN DIEGO, CA 92130

10924    E.F. BRADY/KILROY CENTER, DEL MAR, CA 92014

10924    E.F. BRADY/KILROY-CARMEL CENTER, 3579 VALLEY CENTER DR., SAN DIEGO, CA 92130

10924    E.F. BRADY/KRAFT BLDG-FOX STUDIOS, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924    E.F. BRADY/LOWELL HOTEL, C/O THOMPSON'S BUILDING MATERIALS, BEVERLY HILLS, CA 90210

10924    E.F. BRADY/MONARCH BEACH HOTEL, DANA POINT, CA 92629

10924    E.F. BRADY/N.COUNTY REGIONAL CENTER, E.R. STONG BUILDING MATERIALS, VISTA, CA 92083

10924    E.F. BRADY/NATIONAL LAB, OAKLAND, CA 94601

10924    E.F. BRADY/NEVADA BELL, C/O CEN CAL, RENO, NV 89501

10924    E.F. BRADY/NOKIA II, SAN DIEGO, CA 92131

10924    E.F. BRADY/OFFICE DEPOT, 3500 WILLOW, LONG BEACH, CA 90806

10924    E.F. BRADY/PEOPLE'S SOFT, 4731 W. WILLOW RD., PLEASANTON, CA 94566

10924    E.F. BRADY/POST, CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924    E.F. BRADY/QUALCOMM, EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92121

10924    E.F. BRADY/REDDING CIVIC CENTER, 760 PARK AVE., REDDING, CA 96001

10924    E.F. BRADY/REGAL 20 PLEX CINEMA, 5000 DUBLIN BLVD., DUBLIN, CA 94568

10924    E.F. BRADY/SAFEWAY, 1530 HAMILTON, SAN JOSE, CA 95101

10924    E.F. BRADY/SALINAS VALLEY CATH LAB, C/O CEN-CAL WALLBOARD SUPPLY, SALINAS, CA 93901

10924    E.F. BRADY/SALVATION ARMY, C/O WESTSIDE BLDG. MTLS., 5940 CARLOS, LOS ANGELES, CA 90001

10924    E.F. BRADY/SAN DIEGO STATE, SAN DIEGO, CA 92130

10924    E.F. BRADY/SOKA UNIVERSITY STAGE F, ALISO VIEJO, CA 92656

10924    E.F. BRADY/SONY TECH. CTR. PHASE II, C/O E.R. STONG BLDG. MTLS., RANCHO BERNARDO, CA 92128

10924    E.F. BRADY/SOUTHWEST CHURCH, PALM DESERT, CA 92211

10924    E.F. BRADY/SUN MICRO SYSTEMS, 7777 GATEWAY #16, NEWARK, CA 94560

10924    E.F. BRADY/SYCUAN INDIAN RESERV., EL CAJON, CA 92019

10924    E.F. BRADY/TORREY RESERVES 1 & 2, C/O EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92101

10924    E.F. BRADY/U.C. DAVIS MED. CENTER, AMBULATORY CENTER, SACRAMENTO, CA 95817

10924    E.F. BRADY/UC DAVIS AMBULATORY CARE, C/O CEN CAL WALLBOARD MODESTO, DAVIS, CA 95616

10924    E.F. BRADY/UCLA GONDA OFFICE, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90024

10924    E.F. BRADY/UCLA LAW LIBRARY, LOS ANGELES, CA 90024

10924    E.F. BRADY/UNIDEN, SQUIRES BELT, MIRA MESA, CA 92126

10924    E.F. BRADY/UNIVERSAL CITY WALK, UNIVERSAL CITY, CA 91608

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   E.F. BRADY/VILLAGE WALK, SAN DIEGO, CA 92101

10924   E.F. BRADY/WOODBURY MIDDLE SCHOOL, C/O COYOTE BLD. MTLS., LAS VEGAS, LAS VEGAS, NV 89101

10924   E.F. BRADY/WOODBURY MIDDLE SCHOOL, C/O E.F. BRADY, LAS VEGAS, NV 89101

10925   E.F. BRITTEN & CO., 22-26 SOUTH AVE W, CRANFORD, NJ 07016

10924   E.F. CENTER @ @, CAMBRIDGE, MA 02140

10924   E.F.BRADY/100 CALIFORNIA ST., CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924   E.F.BRADY/24 HOUR FITNESS, GYPSUM DRYWALL, LAFAYETTE, CA 94549

10924   E.F.BRADY/400 CALIFORNIA ST., SAN FRANCISCO, CA 94101

10924   E.F.BRADY/525 MARKET ST., SAN FRANCISCO, CA 94107

10924   E.F.BRADY/650 CALIFORNIA, CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924   E.F.BRADY/ALEXANDRA, SAN DIEGO, CA 92101

10924   E.F.BRADY/BAKERSFIELD ARENA, CALIFORNIA WHOLESALE MAT'L SUPPLY, BAKERSFIELD, CA 93301

10924   E.F.BRADY/BRENDEN THEATRES, CEN CAL WALLBOARD, VACAVILLE, CA 95687

10924   E.F.BRADY/BRENDON THEATER, 9TH STREET, MODESTO, CA 95351

10924   E.F.BRADY/CALABASAS COMMERCE CENTER, WESTSIDE BUILDING MATERIALS, CALABASAS, CA 91372

10924   E.F.BRADY/CALABASAS PARK CENTER, 24025 PARK SORRENTO, CALABASAS, CA 91372

10924   E.F.BRADY/COLLEGE OF OPTROMETRY, WESTSIDE, FULLERTON, CA 92832

10924   E.F.BRADY/CORPORATE RANCH, CARLSBAD, CA 92008

10924   E.F.BRADY/CROWN PLAZA, ANAHEIM, CA 92807

10924   E.F.BRADY/DMV, CEN CAL WALLBOARDD SUPPLY, SACRAMENTO, CA 94203

10924   E.F.BRADY/EASTGATE, SAN DIEGO, CA 92101

10924   E.F.BRADY/EXPLORE INSURANCE, 28490 AVE. STANDFORD, VALENCIA, CA 91354

10924   E.F.BRADY/FIRST AMERICAN, LOS ANGELES, CA 90001

10924   E.F.BRADY/FRANKLIN TEMPELTON, RANCHO CORDOVA, CA 95670

10924   E.F.BRADY/INTEL, C/O CEN CAL-SACRAMENTO, FOLSOM, CA 95630

10924   E.F.BRADY/KILROY BLDG 4, 3661 VALLEY CENTER DR., SAN DIEGO, CA 92130

10924   E.F.BRADY/MACY'S, 1199 HARDING BLVD., ROSEVILLE, CA 95661

10924   E.F.BRADY/NATIONAL SEMI CONDUCTOR, C/O CEN CAL, SANTA CLARA, CA 95050

10924   E.F.BRADY/NORTH COUNTY REGIONAL, SQUIRES BELT, VISTA, CA 92083

10924   E.F.BRADY/NORTH COURT #7110, SQUIRES BELT, 11682, DEL MAR, CA 92014

10924   E.F.BRADY/NORTH COURT, DEL MAR, CA 92014

10924   E.F.BRADY/OAK HILLS CHURCH, FOLSOM, CA 95630

10924   E.F.BRADY/OLD NAVY, C/O SQUIRES BELT, SAN DIEGO, CA 92101

10924   E.F.BRADY/ONE CALIFORNIA ST., CEN CAL WALLBOARD SUPPLY, SAN FRANCISCO, CA 94101

10924   E.F.BRADY/ONE CRAY COURT, SQUIRES BELT MATERIALS, SAN DIEGO, CA 92101

10924   E.F.BRADY/PROSPECT WEST, 2882 PROSPECT PARK DRIVE, RANCHO CORDOVA, CA 95670

10924   E.F.BRADY/SAN DIEGO MARRIOT, SQUIRES BELT, SAN DIEGO, CA 92112

10924   E.F.BRADY/SAN DIEGO STATE, EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92121

10924   E.F.BRADY/SDSU STUDENT ACTIVITIES, C/O HEARTLAND BLDG. MTLS., SAN DIEGO, CA 92101

10924   E.F.BRADY/SEAVIEW, SAN DIEGO, CA 92112

10924   E.F.BRADY/SHACKLEE DRUG, C/O CEN CAL WALLBOARD SUPPLY, PALO ALTO, CA 94301

10924   E.F.BRADY/SOUTHWEST CHURCH, 77701 FRED WARING DR., PALM DESERT, CA 92211

10924   E.F.BRADY/SUTTER LAW ENFORCEMENT, YUBA CITY, CA 95991

10924   E.F.BRADY/TRINITY JUVENILE, HWY. 3 - DUMP RD., WEAVERVILLE, CA 96093

10924   E.F.BRADY/VALLEY CHRISTIAN SCHOOL, 100 SKYWAY DR., SAN JOSE, CA 95113

10924   E.F.BRADY/WALKER HALL, CEN CAL WALLBOARD SUPPLY, DAVIS, CA 95616

10924   E.F.BRADY/WHITNEY OAKS GOLF, CEN CAL WALLBOARD SUPPLY, SACRAMENTO, CA 94203

10924   E.G. & G. STRUCTURAL KINEMATICS, 950 MAPLELAWN, TROY, MI 48084

10924   E.G. OPERATING, ATTN: PHIL MATTHEWS, 305CAMP CRAFT ROAD, AUSTIN, TX 78746

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  E.H. LYNN INDUSTRIES INC., 2500 SOUTH 27TH AVE, BROADVIEW, IL 60153

10925  E.I DUPONT DENEMOURS CO, 1002 INDUSTRIAL ROAD, OLD HICKORY, TX 37138

10925  E.I DUPONT DENEMOURS CO, MC KEAN BLDG - CONCORD PLAZA, WILMINGTON, DE 19898

10924  E.I. DU PONT DE NEMOURS & CO., 550 29TH STREET, HUNTINGTON, WV 25702

10924  E.I. DU PONT DE NEMOURS & CO., ATTN: MARVA CARTER, 586 HIGHWAY 44, LA PLACE, LA 70068-6912

10924  E.I. DU PONT DE NEMOURS & CO., ATTN: MARVA CARTER/LAP-519576, 586 HIGHWAY 44, LA PLACE, LA 70068-7912

10924  E.I. DU PONT DE NEMOURS & CO., BARLEY MILL PLAZA - BLDG 10, PO BOX 80010, WILMINGTON, DE 19880-0010

10924  E.I. DU PONT DE NEMOURS & CO., CHAMBERS WORKS, DEEPWATER, NJ 08023

10924  E.I. DU PONT DE NEMOURS & CO., PO BOX 631, OLD HICKORY, TN 37138

10924  E.I. DU PONT DE NEMOURS & CO., WOOD COUNTY, WASHINGTON, WV 26181

10925  E.I. DU PONT DE NEMOURS AND COMPANY, 1007 MARKET ST, WILMINGTON, DE 19898

10924  E.I. DU PONT DE NEMOURS, 5401 JEFFERSON DAVIS HWY, RICHMOND, VA 23234

10924  E.I. DU PONT DE NUMOURS & CO., PO BOX 4903, BEAUMONT, TX 77704

10924  E.I. DUPONT CO., RT. 141 - BLDG. 323, WILMINGTON, DE 19898

10924  E.I. DUPONT CONSTRUCTION, C/O STANDARD INSULATING, LELAND, FL 28451

10925  E.I. DUPONT DE MEMOURS & CO (INC), RED BLDG CONCORD PLAZA 3411 SIL, WILMINGTON, DE 19898

10924  E.I. DUPONT DE NEMOURS & CO, PO BOX 4902, BEAUMONT, TX 77704

10924  E.I. DUPONT DE NEMOURS & CO., 35TH STREET & AVENUE H, FORT MADISON, IA 52627

10924  E.I. DUPONT DE NEMOURS & CO., 801 35TH STREET, FORT MADISON, IA 52627

10924  E.I. DUPONT DE NEMOURS & CO., EXPERIMENTAL STATION, RTE 141 BETWEEN RTS. 202 & 52, WILMINGTON, DE 19880

10924  E.I. DUPONT DE NEMOURS & CO., EXPERIMENTAL STATION, RTE 141, BLDG. 361, WILMINGTON, DE 19880

10924  E.I. DUPONT DE NEMOURS & CO., INC, PO BOX 80030-BMP-30/1372, WILMINGTON, DE 19880

10924  E.I. DUPONT DE NEMOURS & CO., INC., 4200 CAMP GROUND ROAD, LOUISVILLE, KY 40216

10924  E.I. DUPONT DE NEMOURS & CO., INC., ATTN: MISC. STORES, DEEPWATER, NJ 08023

10924  E.I. DUPONT DE NEMOURS & CO., INC., DOOR JL 4211, DEEPWATER, NJ 08023

10924  E.I. DUPONT DE NEMOURS & CO., INC., PO BOX 89, CIRCLEVILLE, OH 43113

10924  E.I. DUPONT DE NEMOURS & CO., INC., ROUTE 23 SOUTH, CIRCLEVILLE, OH 43113

10924  E.I. DUPONT DE NEMOURS & CO., PO BOX 311, OLD HICKORY, TN 37138-0311

10924  E.I. DUPONT DE NEMOURS & CO., PO BOX 4902, BEAUMONT, TX 77704

10924  E.I. DUPONT DE NEMOURS & CO., PO BOX 4910, BEAUMONT, TX 77704

10924  E.I. DUPONT DE NEMOURS & CO., PO BOX 550, OLD HICKORY, TN 37138-0550

10924  E.I. DUPONT DE NEMOURS & COMPANY, PO BOX 2356, VICTORIA, TX 77902

10924  E.I. DUPONT DE NEMOURS & COMPANY, PO BOX 4903, BEAUMONT, TX 77704

10924  E.I. DUPONT DE NEMOURS & COMPANY, ROUTE 141 (BETWEEN RTS 202 & 52), WILMINGTON, DE 19898

10924  E.I. DUPONT DE NEMOURS AND COMPANY, 7961 WINCHESTER ROAD, FRONT ROYAL, VA 22630

10924  E.I. DUPONT DE NEMOURS, PO BOX 4924, BEAUMONT, TX 77704

10924  E.I. DUPONT DENEMOURS SEAFORD, 400 WOODLAND ROAD, SEAFORD, DE 19973

10924  E.I. DUPONT, 10200 BAY AREA BLVD, PASADENA, TX 77507

10924  E.I. DUPONT, 2695 OLD BLOOMINGTON ROAD NORTH, VICTORIA, TX 77905

10924  E.I. DUPONT, 3401 GRAYS FERRY AVENUE, PHILADELPHIA, PA 19146

10924  E.I. DUPONT, 643 HIGHWAY 1 SOUTH, LUGOFF, SC 29078

10924  E.I. DUPONT, 801 35TH STREET, FORT MADISON, IA 52627

10924  E.I. DUPONT, ATTN: KYLE KILLEBREW, 13000 BAY AREA BLVD, PASADENA, TX 77507

10924  E.I. DUPONT, BLDG. S210N, NEWARK, DE 19714

10924  E.I. DUPONT, PATTERSON BLVD., PO BOX 1, BOX 15, TOWANDA, PA 18848

10924  E.I. DUPONT, PATTERSON BLVD., TOWANDA, PA 18848

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  E.I. DUPONT, PO BOX 348, OLD HICKORY, TN 37138-0348

10924  E.I. DUPONT, PO BOX 4909, BEAUMONT, TX 77704

10924  E.I. DUPONT, PO BOX4909, BEAUMONT, TX 77704

10924  E.I. DUPONT, ROUTE 892, WASHINGTON, WV 26181

10924  E.I. DUPONT, RT 892, WASHINGTON, WV 26181

10924  E.I. DUPONT/MERCK, DUPONT MERCK PLAZA WR2125, PO BOX 80722, WILMINGTON, DE 19880-0722

10924  E.I. DUPONT-DO NOT USE, PO BOX 2042, WILMINGTON, NC 28402

10924  E.I.DUPONT DE NEMOURS & CO., INC., PO BOX 4902, BEAUMONT, TX 77704

10924  E.I.DUPONT DE NEMOURS & COMPANY, PO BOX 391, OLD HICKORY, TN 37138-0391

10924  E.I.DUPONT, ATTN: JASON GEHRIG-BAYPORT IND. COM, 10200 BAY AREA BLVD, PASADENA, TX 77507

10924  E.I.DUPONT, PO BOX2042, WILMINGTON, NC 23201

10924  E.J. BARTELLS CO, 1120 FISHER AVE., MEDFORD, OR 97504

10924  E.J. BARTELLS CO., 1120 FISHER AVE., MEDFORD, OR 97504

10924  E.J. BARTELLS, 19039 NE PORTAL WAY, PORTLAND, OR 97230

10924  E.J. BARTELLS, 700 POWELL AVE. S.W., RENTON, WA 98055

10924  E.J. BARTELLS, 909 W 2900 SO, SALT LAKE CITY, UT 84119

10924  E.J. BARTELLS, P.O. BOX 3436, SPOKANE, WA 99220

10924  E.J. BARTELLS, P.O. BOX 4150, RENTON, WA 98055

10924  E.J. DELMONTE CORP., 909 LINDEN AVE, ROCHESTER, NY 14625

10924  E.J. GAISSER, INC., 49 LIBERTY PLACE, STAMFORD, CT 06902

10925  E.J. SIGNS CO., 12828 TERRACE LANE, CRESTWOOD, IL 60445

10924  E.K.I., E.KHASHOGGI INDUSTRIES, SANTA BARBARA, CA 93109

10924  E.K.I., E.KHASHOSSI IND, SANTA BARBARA, CA 93109

10925  E.L. STEBBING & CO., MR. JOHN J. NAGLE III ESQ., 21 W. SUSQUEHANA AVE., TOWSON, MD 21204

10924  E.L. THOMAS & SONS, 266 E. CHURCH ST., LEXINGTON, TN 38351

10924  E.L. THOMAS & SONS, INC, PO BOX1090, LEXINGTON, TN 38351

10924  E.L.GARDNER INC., 1914 FOREST DR, ANNAPOLIS, MD 21401

10924  E.M. SCIENCE, 2909 HIGHLAND AVENUE, CINCINNATI, OH 45212

10924  E.M. SCIENCE, 2909 HIGHLAND AVE-RCVG DEPT, CINCINNATI, OH 45212

10924  E.M. SINGLETON BLDG., COASTAL CAROLINA COLLEGE, CONWAY, SC 29526

10925  E.N.R. GENERAL MACHINING, 3725 W.49TH ST., CHICAGO, IL 60632

10924  E.P. HENRY & SON, 201 PARK AVENUE, WOODBURY, NJ 08096

10924  E.P. OPERATING CO., ENSEARCH TOWER, 10375 RICHMOND AVENUE, HOUSTON, TX 77042

10924  E.Q.GRACE DE MEX. SA DE CV-INT(291), INDUSTRIAL, CALLE OCHO 710, TOLUCA, 0MEXICO    *VIA Deutsche Post*

10924  E.Q.GRACE DE MEX.SA DE CV-LOAN(291), INDUSTRIAL, CALLE OCHO 710, TOLUCA, 0MEXICO    *VIA Deutsche Post*

10924  E.R. STONG BUILDING MATERIALS, 728 LEMON GROVE AVE., LEMON GROVE, CA 92045

10924  E.R. STONG BUILDING MATERIALS, ATTN:  ACCOUNTS PAYABLE, LEMON GROVE, CA 92045

10925  E.T. AUTOMOTIVE, 40 LITTLE WHIM RD., FREDERICKSBURG, VA 22408

10925  E.T. AUTOMOTIVE, 40 WHIM RD., FREDERICKSBURG, VA 22405

10925  E.VERNON HILL INC, 940 ADAMS ST SUITE G, BENICIA, CA 94510-2950

10924  E.W. AUDET, 169 BAY ST, PROVIDENCE, RI 02905

10924  E.W. SPRY MIDDLE SCHOOL, 4483 BUCKLEY ROAD WEST, LIVERPOOL, NY 13089-2700

10925  E/C VIBRATION & BALANCING SER, PO BOX 442, STREAMWOOD, IL 60107

10925  EA ENGINEERING, SCIENCE & TECH, INC, 15 LOVETON CIRCLE, SPARKS, MD 21152

10925  EA ENGINEERING, SCIENCE & TECHNOLOGIES, INC., PO BOX 630921, BALTIMORE, MD 21263-0921

10925  EADES, BEN, 261 PINE HILL ROAD, HOLLIS, NH 03049

10925  EADES, CYNTHIA, 1236 W. HUNTINGTON, MUSTANG, OK 73064

10925  EADES, SEDONNA, 63 TOWN PINE CT, ANNAPOLIS MD, MD 21401

10924  EADS CONSTRUCTION REDI MIX INC., 608 W. HWY 92, BISBEE, AZ 85603

10924  EADS CONSTRUCTION REDI MOX INC., 46 COCHISE ROW, BISBEE, AZ 85603

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EADS, JOSEPH, 263 COLORADA AVE, HAPEVILLE, GA 30354 | |
| 10925 | EADY, MICHAEL, 2841 EMMY DR #J, LAUREL, MS 39440 | |
| 10925 | EAFRATI, ANTHONY, 3648 LINBERG WAY, WEIRTON, WV 26062 | |
| 10924 | EAGAN HIGH SCHOOL, BUILDING #5, EAGAN, MN 55122 | |
| 10925 | EAGAN, CHARLES, PO BOX 133, BRADLEY, FL 33835-0133 | |
| 10925 | EAGAN, JOHN, 221 PURCHASE ST, MIDDLEBORO, MA 02346 | |
| 10925 | EAGAN, ROBERT, 310 NE 9TH ST, MULBERRY, FL 33860-2126 | |
| 10925 | EAGAN, ROSE, 5006 S PALM, MCHENRY, IL 60050 | |
| 10925 | EAGLE - CORDELL CONCRETE PRODUCTS, 6415 HARDY ST, HOUSTON, TX 77022 | |
| 10925 | EAGLE AIR FREIGHT INC, 140 EASTERN AVE, CHELSEA, MA 02150 | |
| 10924 | EAGLE AIR HUB, INDIANAPOLIS INT'L AIRPORT, INDIANAPOLIS, IN 46241 | |
| 10925 | EAGLE AVIATION, 2751 AIRPORT BLVD, ABILENE, TX 79604 | |
| 10925 | EAGLE AVIATION, 4333 AMON CARTER BLVD, DALLAS, TX 75261-9999 | |
| 10924 | EAGLE BLOCK CO., 16073 HGWY 550, DURANGO, CO 81301 | |
| 10924 | EAGLE BRIDGES CO., HWY. 49 WEST, BYRON, GA 31008 | |
| 10924 | EAGLE BRIDGES CO., PO BOX 496, BYRON, GA 31008 | |
| 10924 | EAGLE BURIAL VAULT CO, 2210 FARMERVILLE HWY, RUSTON, LA 71270 | |
| 10924 | EAGLE BURIAL VAULT CO, BOX 53, RUSTON, LA 71273 | |
| 10924 | EAGLE CAN COMPANY, PEABODY INDUSTRIAL PARK, PEABODY, MA 01960 | |
| 10925 | EAGLE CARRIERS, POBOX 1738, LONDON, KY 40743-1738 | |
| 10924 | EAGLE CONCRETE PROD INC, P.O.BOX 2329, HOUSTON, TX 77252 | |
| 10925 | EAGLE CONCRETE PRODUCTS INC, PO BOX 200059, DALLAS, TX 75320-0059 | |
| 10925 | EAGLE CONCRETE, 6415 W HARDY ROAD, HOUSTON, TX 77252 | |
| 10924 | EAGLE CONCRETE, 835 KRAMER LANE, AUSTIN, TX 78799 | |
| 10924 | EAGLE CONSTRUCTION INC, 1500 LEISURE LANE, SAINT GEORGE ISLAND, FL 32328 | |
| 10925 | EAGLE CONSULTING, 6683 COLDSTREAM DR WEST, NEW MARKET, MD 81774 | |
| 10925 | EAGLE CONSULTING, 6683 COLDSTREAM DRIVE WEST, NEW MARKET, MD 81774 | |
| 10925 | EAGLE DELIVERY SERVICE INC DBA, POBOX 890-037, WEYMOUTH, MA 02189-0001 | |
| 10925 | EAGLE ELECTRIC MACHINERY, PO BOX 1053, SULPHUR, LA 70664 | |
| 10924 | EAGLE ELECTRIC SUPPLY (AD), 290 VANDERBILT AVENUE, NORWOOD, MA 02062 | |
| 10925 | EAGLE ELECTRIC SUPPLY, POBOX 870, LYNN, MA 01903-1070 | |
| 10925 | EAGLE ELECTRIC, POBOX 870, LYNN, MA 01903-1070 | |
| 10925 | EAGLE ENGINEERING CORP., 8869 CITATION RD., BALTIMORE, MD 21221 | |
| 10925 | EAGLE ENVIRONMENTAL CO, 251 EAST DUNDEE ROAD SUITE 9, WHEELING, IL 60090 | |
| 10925 | EAGLE ENVIRONMENTAL CO, 251 EAST DUNDEE ROAD, WHEELING, IL 60090 | |
| 10925 | EAGLE ENVIRONMENTAL CO., 3653 WOODHEAD DR., NORTHBROOK, IL 60062-1816 | |
| 10925 | EAGLE EQUIPMENT CO, 245 INDUSTRIAL ROAD, FRANKLIN, OH 45005 | |
| 10925 | EAGLE EXTERMINATING CO, PO BOX 1575, MOUNT DORA, FL 32756 | |
| 10925 | EAGLE FABRICATION AND REPAIR INC, 610 LOCUST ST, OAK HARBOR, OH 43449 | |
| 10925 | EAGLE FLORIST, 7502 PACIFIC BLVD., HUNTINGTON PARK, CA 90255 | |
| 10925 | EAGLE FREIGHTWAYS INC., PO BOX 111460, CARROLLTON, TX 75011-1460 | |
| 10925 | EAGLE GLOBAL LOGISTICS, PO BOX 844650, DALLAS, TX 75284-4650 | |
| 10924 | EAGLE INDUSTRIAL ELECTRIC INC, 310 POWHATTAN AVE, ESSINGTON, PA 19029 | |
| 10925 | EAGLE LAKE CONC PROD INC, EAGLE LAKE, TX 77434 | |
| 10924 | EAGLE LAKE CONC PROD INC, P O BOX 2329, HOUSTON, TX 77252 | |
| 10925 | EAGLE MESSENGER & COURIER SERVICE, PO BOX 16155, BALTIMORE, MD 21218 | |
| 10925 | EAGLE METAL FABRICATORS INC, 4300 SW 59TH AVE, FORT LAUDERDALE, FL 33314 | |
| 10925 | EAGLE METALS, INC, 1621 SOUTHPORT, SPARTANBURG, SC 29306-6247 | |
| 10924 | EAGLE PACKAGING INC., 3219 RIDER TRAIL SOUTH, BRIDGETON, MO 63045 | |
| 10925 | EAGLE PERSONNEL INC, 6 MARY CLARK DRIVE SUITE 10, HAMPSTEAD, NH 03841 | |
| 10924 | EAGLE PICHER IND, 798 HWY 69A, QUAPAW, OK 74363 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | EAGLE PICHER IND, PO BOX 798, QUAPAW, OK 74363 | |
| 10925 | EAGLE PICHER INDUSTRIES INC, 3820 S HANCOCK EXPRESSWAY, COLORADO SPRINGS, CO 80911 | |
| 10925 | EAGLE PICHER INDUSTRIES INC, 3970 CLEARVIEW FRONTAGE RD, COLORADO SPRINGS, CO 80911 | |
| 10925 | EAGLE PICHER INDUSTRIES INC., 250 EAST 5TH ST. #500, CINCINNATI, OH 45202-4157 | |
| 10925 | EAGLE PICHER, BETHEL ROAD, SENECA, MO 64865 | |
| 10925 | EAGLE PICHER, C & PORTER STS, JOPLIN, MO 64802 | |
| 10925 | EAGLE PICHER, HWY 10 & INDUSTRIAL PK RD, GROVE, OK 74344 | |
| 10925 | EAGLE PICHER, PO BOX 47, JOPLIN, MO 64802 | |
| 10924 | EAGLE PRECAST COMPANY, 1670 NORTH BECK STREET, SALT LAKE CITY, UT 84116 | |
| 10924 | EAGLE PRECAST COMPANY, ATTN: ACCOUNTS PAYABLE, 2755 EAST STATE STREET, EAGLE, ID 83616 | |
| 10924 | EAGLE PRECAST, 659 S. 600 W., SALT LAKE CITY, UT 84116 | |
| 10924 | EAGLE READY MIX CONCRETE, CRYSTAL AVE, GAMERCO, NM 87317 | |
| 10924 | EAGLE READY MIX CONCRETE, PO BOX878, GAMERCO, NM 87317 | |
| 10924 | EAGLE READY MIX, INC., 21298 PROTECTA DRIVE, ELKHART, IN 46516 | |
| 10924 | EAGLE READY MIX, INC., 65723 US 33 EAST, GOSHEN, IN 46526 | |
| 10924 | EAGLE REDI-MIX L.L.C., 4837 HWY 182 EAST, BERWICK, LA 70342 | |
| 10924 | EAGLE REDI-MIX, LLC, PO BOX865, BERWICK, LA 70342 | |
| 10925 | EAGLE RESTORATION & CONTRACTIN, 23 SEAVIEW AVE, WINTHROP, MA 02152 | |
| 10925 | EAGLE RESTORATION & CONTRACTING,INC, 23 SEAVIEW AVE, WINTHROP, MA 02152 | |
| 10924 | EAGLE RIVER ELEMENTARY SCHOOL, EAGLE RIVER, AK 99577 | |
| 10924 | EAGLE ROCK PLAZA, C/O WESTSIDE BUILDING MATERIALS, EAGLE ROCK, CA 90041 | |
| 10925 | EAGLE ROOFING SYSTEMS, THE, POBOX 330360, WEST HARTFORD, CT 06133-0360 | |
| 10925 | EAGLE ROOFING, PO BOX 330360, WEST HARTFORD, CT 06133-0360 | |
| 10924 | EAGLE STONE & BRICK INC, 221 MILL ST, RED BUD, IL 62278 | |
| 10924 | EAGLE SUPPLY, **TO BE DELETED**, HENDERSON, KY 42420 | |
| 10924 | EAGLE SUPPLY, 112 ATKINSON STREET, HENDERSON, KY 42420 | |
| 10924 | EAGLE SUPPLY, 1301 4TH AVENUE, TAMPA, FL 33675 | |
| 10924 | EAGLE SUPPLY, 131 RACETRACK RD NE, FORT WALTON BEACH, FL 32547 | |
| 10924 | EAGLE SUPPLY, 289 SNOW DRIVE, BIRMINGHAM, AL 35209 | |
| 10924 | EAGLE SUPPLY, 733 MULBERRY AVENUE, PANAMA CITY, FL 32401 | |
| 10924 | EAGLE SUPPLY, P. O. BOX 75305, TAMPA, FL 33675 | |
| 10924 | EAGLE SUPPY, 112 ATKINSON, HENDERSON, KY 42420 | |
| 10924 | EAGLE TRIPLEX VAULT, 211 U.S. HWY. 41 NORTH, PERRY, GA 31069 | |
| 10924 | EAGLE TRIPLEX VAULT, U S 41 NORTH, PERRY, GA 31069 | |
| 10924 | EAGLE TRIPLEX VAULT, U.S. HGWY. 41 NORTH, PERRY, GA 31069 | |
| 10925 | EAGLE USA AIRFREIGHT, PO BOX 60467 AMF, HOUSTON, TX 77205 | |
| 10925 | EAGLE USA AIRFREIGHT, PO BOX 844650, DALLAS, TX 75284 | |
| 10924 | EAGLE VALLEY MATERIALS, 12850 WEST SR 71, LEHI, UT 84043 | |
| 10924 | EAGLE VALLEY MATERIALS, 147 WEST ELECTION ROAD, DRAPER, UT 84020 | |
| 10924 | EAGLE VALLEY MATERIALS, INC., 2 MILES WEST OF REDWOOD ROAD, LEHI, UT 84043 | |
| 10924 | EAGLE VAULT CO, PO BOX53, RUSTON, LA 71273 | |
| 10925 | EAGLE, EDWARD, 12611 NE 99 ST LL264, VANCOUVER, WA 98682 | |
| 10925 | EAGLE, GLENN, 529 PIKE ST, READING, PA 19601-1245 | |
| 10925 | EAGLE, JOANNE, 1000 BEACH ST, READING, PA 19605 | |
| 10925 | EAGLE, SHILOH, 9621 HWY, ROUGEMONT, NC 27572 | |
| 10924 | EAGLE-CORDELL BRICK, 10538 BEAUMONT HWY, HOUSTON, TX 77078 | |
| 10924 | EAGLE-CORDELL CONCRETE PRODUCTS, 1409 ROYSTON LANE, ROUND ROCK, TX 78664 | |
| 10924 | EAGLE-CORDELL CONCRETE PRODUCTS, 14732 BULVERDE RD, SAN ANTONIO, TX 78247 | |
| 10924 | EAGLE-CORDELL CONCRETE PRODUCTS, 6415 HARDY ST, HOUSTON, TX 77022 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  EAGLE-CORDELL CONCRETE PRODUCTS, 6415 HARDY STREET, HOUSTON, TX 77022

10924  EAGLE-CORDELL CONCRETE PRODUCTS, 6415 HARDY, HOUSTON, TX 77022

10924  EAGLE-CORDELL CONCRETE PRODUCTS, HIGHWAY 90 WEST ALTERNATE, EAGLE LAKE, TX 77434

10925  EAGLE-CORDELL CONCRETE PRODUCTS, PO BOX 846233, DALLAS, TX 75284-6233

10925  EAGLE-PICHER LEAD CO, INSULATION DIVISION, JOPLIN, MO

10924  EAGLES LANDING MEDICAL CENTER, 1050 EAGLES LANDING PARKWAY, STOCKBRIDGE, GA 30281

10925  EAGLES PEAK, BOX 195, FOUNTAINVILLE, PA 18923

10925  EAGLESON, R.H., 1030 14TH ST., LAKE CHARLES, LA 70601

10925  EAGLESON, RUPERT, 1030 14TH ST, LAKE CHARLES, LA 70601

10925  EAGON, ORBILLE, RT1 BOX 56, SAYRE, OK 73662

10925  EAKIN, DAVID, 204 BEN HILL ST, LAGRANGE, GA 30240

10925  EALEY, JAMES, 372 CAMBRIDGE CIRCLE, RUSSELLVILLE, TN 37860

10925  EALY, ANGELA, 4740 N. 44TH ST, MILWAUKEE, WI 53218

10925  EAMES, CHARLITA, 324 61ST ST NW, WASHINGTON, DC 20019

10925  EAMON DONOHUE & JACQUELINE, DONOHUE JT TEN, 160 ANSTICE ST, OYSTER BAY, NY 11771-3534

10924  EANES INDEPENDENT SCHOOL DISTRICT, C/O BAHL, 4100  WEST BANK DRIVE, AUSTIN, TX 78746

10925  EAP SYSTEMS, 500 WEST CUMMINGS PARK, WOBURN, MA 01801

10925  EAP SYSTEMS, ATTN: DAVID FRANCES, PHD, WOBURN, MA 01801

10925  EAPA SOUTH FLORIDA CHAPTER, 9660 NW 39TH ST, COOPER CITY, FL 33024

10925  EAPEN, MARIAMMA, 1915 W. 5TH ST, IRVING, TX 75060

10925  EAPEN, MARYKUTTY, 1027 FOUNTAIN, TROY, MI 48098

10925  EAPFP - EGOLF CONFERENCE, HAMPSHIRE, 235 ASH RD, ALDERSHOT, GU12 4DDUNITED KINGDOM  *VIA Deutsche Post*

10925  EARHEART, STANLEY, 5425 BRADFIELD DRIVE, NASHVILLE, TN 37220-2302

10925  EARIXSON, LAURA, 9064 CODY CIRCLE, WESTMINSTER, CO 80021

10924  EARL ADAMS TILE, 3443 RAMONA AVENUE, #21, SACRAMENTO, CA 95826

10924  EARL ADAMS TILE, 3675 OLD SANTA RITA RD, PLEASANTON, CA 94566

10924  EARL ADAMS TILE, 3675 OLD SANTA RITA ROAD, PLEASANTON, CA 94566

10925  EARL ALBERT NEIL, 3133 38TH ST NW, WASHINGTON DC 20016, WASHINGTON, DC 20016-3726

10924  EARL CAMPBELL MFG CO, 400 E. 10TH AVENUE, KANSAS CITY, MO 64116

10924  EARL CAMPBELL MFG CO, PO BOX 34530, KANSAS CITY, MO 64116

10924  EARL CAMPBELL MFG, PO BOX 34530, KANSAS CITY, MO 64116

10925  EARL G GILL JR & KATHERINE B, GILL TEN ENT, APT 4128 CHESAPEAKE CT, OAK CREST VILLAGE, 8820 WALTHER BLVD, PARKVILLE, MD 21234-9025

10925  EARL GARRETT, ROUTE 4 BOX 34, LAURENS, SC 29360

10925  EARL JR., JAMES, 4708 WELLESLEY AVE., FT. WORTH, TX 76107

10925  EARL K OSSORIO & DOROTHY G, OSSORIO TTEE EARL K OSSORIO, REVOCABLE TRUST DTD MAR 15 94, 1410 OVERLAKE AVE, ORLANDO, FL 32806-7128

10925  EARL K WOOD TAX COLLECTOR, PO BOX 2551, ORLANDO, FL 32802

10925  EARL L CLUTTERBUCK & M, LOUISE CLUTTERBUCK JT TEN, 3049 LYNDALE COURT, EDGEWOOD, KY 41017-2322

10925  EARL MALAN, ESTATE OF EARL MALAN, C/O BEULAH MALAN, PO BOX 26627, LAS VEGAS, NV 89126-0627

10925  EARL OWEN CO INC, 334 N HALL ST, DALLAS, TX 75226

10925  EARL R REES & LOIS H REES TR UA, MAR 13 92 EARL R REES & LOIS H, REES TRUST, 7148 SANDY POINT RD NE, OLYMPIA, WA 98516-9128

10925  EARL R TEN EYCK, 20262 PEACHLAND BLVD, PORT CHARLOTTE, FL 33954-2962

10925  EARL SCHNEIDER & GRACE, SCHNEIDER JT TEN, 3600 S 91ST ST, MILWAUKEE, WI 53228-1540

10924  EARL TAPP CONSTRUCTION, 4002 CATLETT RD., CATLETT, VA 22019

10924  EARL TAPP CONSTRUCTION, 4002 CATLETT ROAD, CATLETT, VA 22019

10925  EARL W. HIBBARD, 8228 SHERBROOKE CT., MILLERSVILLE, MD 21108

10924  EARL WARREN HIGH SCHOOL, 9411 MILITARY DRIVE WEST, SAN ANTONIO, TX 78251

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    EARL, JOHN M, 4371 W. TWP. RD. 31, TIFFIN, OH 44883-9324

10925    EARL, JOHN, 4371 W TOWNSHIP ROAD 31, TIFFIN, OH 44883

10925    EARL, RANDALL, 17498 ASHBURTON RD., SAN DIEGO, CA 92128

10925    EARL, SHERRY, 23318 ELFIN PL, MORENO VALLEY, CA 92557

10925    EARL, VASHAWN, 813 NORTH CAROLINE ST, BALTIMORE, MD 21205

10924    EARL, WILLIAM J, DISTRICT BLDG, RM 326 1350, WASHINGTON, DC 20004

10925    EARLBECK CORP., 8204 PULASKI HWY., BALTIMORE, MD 21237

10925    EARLE G REEVES, 146 RIVERVIEW COURT, OSWEGO, IL 60543-9436

10925    EARLE JR, JULIUS E, 410 SHANNON WAY, ANDERSON, SC 29621-3926

10925    EARLE M JORGENSEN COMPANY, PO BOX 8538-617, PHILADELPHIA, PA 19171-0617

10925    EARLE, DORIS, 209 TODD, BELMONT, NC 28012

10925    EARLE, LANDLIN, 3203 W CARLETON CR, LAKELAND, FL 33803

10925    EARLE, PAUL, 116 MATTISON DR, WILLIAMSTON, SC 29697

10925    EARLE, RANDOLPH, 49 WESTERN AVE, BEVERLY, MA 01915

10925    EARLEY, FRANCIS, 82 PORTER ST, MELROSE, MA 02176

10925    EARLEY, MARK, 900 E MAIN ST, RICHMOND, VA 23219

10925    EARLEY, MICHAEL, 165 HOWELL ROAD, GREER, SC 29651-9010

10925    EARLEY, RONALD, 400 LAMBETH DR LOT 39, CHARLOTTE, NC 28213-6854

10925    EARLINE BATHRICK, 54 ROSEWOOD AVE, NEW HAVEN, CT 06513-3323

10925    EARLS COMPUTER CORNER, 4351 MONROE ST, TOLEDO, OH 43606

10925    EARLS, JOEL, 556 COUNTY RD #35, CRAIG, CO 81625

10925    EARLS, TERRY, 339 STRINGER BULLOCK RD., FOXWORTH, MS 39483

10925    EARLS, THOMAS, 107 MANNING BOTTM RD, MORTON, MS 39117

10925    EARLY LUDWICK SWEENEY LLC, ONE CENTURY TOWER, 11TH FL, 265 CHURCH ST, PO BOX 1866, NEW HAVEN, CT 06508

10925    EARLY LUDWICK SWEENEY STRAUSS LLC, 360 LEXINGTON AVE 20TH FL, NEW YORK, NY 10017

10925    EARLY STRAUSS LLC, 42-40 BELL BLVD #401, BAYSIDE, NY 11361

10925    EARLY, BARBARA, 116 N BOSART, INDIANAPOLIS, IN 46201

10925    EARLY, DESABILITY, ORLY, NY, NY 10098

10925    EARLY, KENNETH, HC70 BOX 22A, MARTHAVILLE, LA 71450

10925    EARLY, LAURA, 12013 WILLOW LANE, OVERLAND PARK, KS 66213

10925    EARLY, RETIRE, OLR, NY, NY 10098

10925    EARNER, TIMOTHY, 9351 S. AVERS, EVERGREEN PARK, IL 60805

10925    EARNEST, ALIFIA, 4015 LUFFBOROUGH, HOUSTON, TX 77066

10925    EARNEST, RONNIE, 914 ARIZONA ST., DALLAS, TX 75216

10925    EARNHARDT ELECTRIC SERVICE INC, POBOX 1019, ROEBUCK, SC 29376

10925    EARNHARDT ELECTRIC SERVICE, INC, PO BOX 1019, ROEBUCK, SC 29376

10925    EARNHART, LORETTA, 212 ROBBIE LANE, MARIETTA, GA 30060

10925    EARNSHAW, DONALD, 512 ELKWOOD MALL, CENTER BLDG, OMAHA, NE 68105

10925    EARP, RHONDA G, 600 E STEEPLE CHASE ROAD, PLEASANT GARDEN, NC 27313

10925    EARTH DAY 1999 COMMITTEE, 376 MAIN ST, ACTON, MA 01720

10925    EARTH ENGINEERING INC, 1717 SWEDE ST, BLUE BELL, PA 19422

10924    EARTH PAK INC, FOREST & SOIL, SHADY DALE, GA 31085

10924    EARTH PAK, INC., 24814 GA HWY 83 N, SHADY DALE, GA 31085

10925    EARTH SCIENCE CONSULTANTS, 1242 GLENDALE AVE, SPARKS, NV 89431

10924    EARTHMOVERS SUPPLY INC, 115 TRADESMEN DRIVE, HUTTO, TX 78634

10924    EARTHSTONE, 1974 EAST DEER VALLEY ROAD, PHOENIX, AZ 85032

10924    EARTHSTONE, 4139 E.BELL RD, PHOENIX, AZ 85032

10924    EARTHSTONE, 4139 EAST BELL ROAD, PHOENIX, AZ 85032

10925    EARTHTUNES, 296 MISHAWUM ROAD, WOBURN, MA 01801

10925    EARVIN, III, EARNEST, 24 CORTLAND DR, SOMERSET, NJ 08873

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |

10925   EASH, JOANNE, 907 RICHARD BLVD, RAHWAY, NJ 07065

10924   EASILY & RIVERS, 1000 DU PONT ROAD, MORGANTOWN, WV 26505

10924   EASLEY & RIVERS INC WAREHOUSE, 412-795-4482, 207 TOWNSEND DRIVE - O'BRIEN IND.PK, MONROEVILLE, PA 15146

10924   EASLEY & RIVERS INC, BUILDING #10, MORGANTOWN, WV 26505

10924   EASLEY & RIVERS INC, TOWNSEND DRIVE, MONROEVILLE, PA 15146

10924   EASLEY & RIVERS INC., CAMBRIDGE, MA 02140

10924   EASLEY & RIVERS, 3800 MORGANTOWN INDUSTRIAL PARK, MORGANTOWN, WV 26501

10924   EASLEY & RIVERS, INC., TOWNSEND DRIVE, MONROEVILLE, PA 15146

10924   EASLEY & RIVERS, O'BRIAN INDUSTRIAL PARK, 207 TOWNSEND DRIVE, MONROEVILLE, PA 15146

10924   EASLEY & RIVERS, PO BOX 458, MONROEVILLE, PA 15146

10925   EASLEY, GERTRUDE, 6320 S LANSDALE CIR, TAMPA, FL 33616

10925   EASLEY, GLENDA, 5055 S DALE MABRY, TAMPA, FL 33611

10925   EASLEY, GUY, 232 TORO, RIDGECREST, CA 93555

10925   EASLEY, LOUIS, 5420 S LINN, OKLAHOMA CITY, OK 73119-5833

10925   EASLEY, STEVEN, 5005 HURMAX LANE BOX 9, RALEIGH, NC 27610

10925   EASLEY, VICKI, 1407 CLIFFWOOD, EULESS, TX 76040

10925   EASON JR, VERNEAL, 515 GRAND ST,APT 616, JERSEY CITY, NJ 07302

10925   EASON, CARLTON, 2865 RANDALL ST, EAST POINT, GA 30344

10925   EASON, CHARLES, 7526 OLYMPIA, HOUSTON, TX 77063

10925   EASON, KRYSTAL, 6507 BARKSDALE BLVD., BOSSIER CITY, LA 71112

10925   EASON, RICHARD, 1817 BENEDICT ROAD, WESTMINSTER, MD 21157

10925   EASON, WALTER, 214 ROLLINGFIELD ROAD, BALTIMORE, MD 21228-4825

10925   EASOW, LEELAMMA, 8949 SENATE #2075, DALLAS, TX 75228

10924   EAST ALABAMA MEDICAL CENTER, 2000 PEPPERELL PARKWAY, OPELIKA, AL 36802

10924   EAST AREA ELEMENTARY SCHOOL, SIMPSONVILLE, SC 29681

10924   EAST BLADEN HIGH SCHOOL, 1105 N. CHURCH STREET, CHARLOTTE, NC 28206

10924   EAST CAROLINA UNIVERSITY, 301 FICKLEN ROAD, GREENVILLE, NC 27858

10924   EAST CAROLINA UNIVERSITY, HESC/NURSING BDLG., GREENVILLE, NC 27858

10924   EAST CATAWBA MIDDLE SCHOOL, 1041 SHILOH RD., HICKORY, NC 28602

10925   EAST CHATT LUMBER SUPPLY CO., PO BOX 5105, 1805 CRUTCHFIELD ST, CHATTANOOGA, TN 37406

10925   EAST CHICAGO F.O.P. #59, 4400 HOMERLEE AVE., EAST CHICAGO, IN 46312

10924   EAST CHICAGO PUBLIC SAFETY, COLUMBUS DRIVE, EAST OF INDIANAPOLIS BLVD, EAST CHICAGO, IN 46312

10925   EAST COAST ADVERTISING SPECIALTIES, 2917 CHESTNUT HILL DR, ELLICOTT CITY, MD 21043

10924   EAST COAST APPLICATORS WAREHOUSE, 129 S W IRWIN STREET, WEST MELBOURNE, FL 32904

10924   EAST COAST APPLICATORS, 129 S W IRWIN STREET, WEST MELBOURNE, FL 32904

10924   EAST COAST CONTAINER, 3212 RIDGE RD., MATTHEWS, NC 28106

10925   EAST COAST CONTRACTING, 7709 FITCH LANE, BALTIMORE, MD 21236

10925   EAST COAST ELECTRONICS CO INC, 296 SALEM ST, MEDFORD, MA 02155-3382

10925   EAST COAST EMBROIDERY,INC, PO BOX 14519, EAST PROVIDENCE, RI 02914

10924   EAST COAST FIREPROOFING CO. INC., 140 SOUTH STREET # 4, WALPOLE, MA 02081

10924   EAST COAST FIREPROOFING CO. INC., 140 SOUTH STREET, UNIT 4, WALPOLE, MA 02081

10925   EAST COAST INSULATION SALES CO., PO BOX 793, UWCHLAND, PA 19480

10924   EAST COAST MEDICAL, 48 LAURIER STREET, HAVERHILL, MA 01832

10925   EAST COAST OILS INC, 41 S EDGEWOOD AVE,

10925   EAST COAST SEALING SYSTEMS INC, POBOX 13007, FLORENCE, SC 29504

10925   EAST COAST STAINLESS, 30 J&K ALBE DR, NEWARK, DE 19702

10925   EAST COAST STAINLESS, INC, 30 E. ALBE DRIVE, NEWARK, DE 19702

10924   EAST COAST SUPPLY, 2020 NORTH RIO GRANDE AVENUE, ORLANDO, FL 32804

10924   EAST COAST SUPPLY, 5550 N.W. 12TH AVENUE, FORT LAUDERDALE, FL 33309

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   EAST COAST SUPPLY, 8601 N.W. 81 ROAD, MIAMI, FL 33166

10924   EAST COAST SUPPLY, 8601 NW 81 ROAD, MIAMI, FL 33166-2143

10924   EAST COUNTY MATERIALS, 2266 WILLOW GLENN STREET, EL CAJON, CA 92021

10925   EAST DAVIESS COUNTY WATER ASSOC, 9210 STATE ROUTE 144, KNOTTSVILLE, KY 42366-9743

10924   EAST DUBLIN REDI-MIX, ATTN:  ACCOUNTS PAYABLE, EAST DUBLIN, GA 31021

10924   EAST DUBLIN REDI-MIX, CNTRL DR,JUNC.HWY.80 & 319, EAST DUBLIN, GA 31021

10924   EAST DUBLIN REDI-MIX, P.O. BOX 3215, EAST DUBLIN, GA 31021

10925   EAST END LITTLE LEAGUE, PO BOX 230153, HOUSTON, TX 77253-0153

10924   EAST EXTERIOR WALL SYSTEMS, 208 CASCADE DRIVE, ALLENTOWN, PA 18109

10924   EAST GARY CONC PRODUCTS, 2599 DEKALB ST, LAKE STATION, IN 46405

10924   EAST GEORGIA MEDICAL OFFICE BUILDIN, 1501 FAIR ROAD, STATESBORO, GA 30458

10924   EAST GREEN BAY HIGH SCHOOL, 1415 EAST WALNUT, GREEN BAY, WI 54313

10925   EAST HANOVER HONDA YAMAHA, 210 RT 10, EAST HANOVER, NJ 07936

10924   EAST HAVEN HIGH SCHOOL @@, WHEELBARROW LANE, EAST HAVEN, CT 06512

10924   EAST HAVEN HIGH SCHOOL, WHEELBARROW LANE, EAST HAVEN, CT 06512

10924   EAST JEFFERSON GENERAL HOSPITAL, 4200 HOLMA BLVD., METAIRIE, LA 70011

10924   EAST JEFFERSON GENERAL HOSPITAL, 4200 HOUMA BLVD., METAIRIE, LA 70001

10924   EAST JEFFERSON GENERAL HOSPITAL, 4300 HOUMA BLVD, METAIRIE, LA 70003

10924   EAST JEFFERSON GENERAL HOSPITAL, C/O HAYDEL & SONS, METAIRIE, LA 70011

10924   EAST JEFFERSON MEDICAL CENTER, CAMBRIDGE, MA 99999

10924   EAST JEFFERSON MEDICAL CENTER, METAIRIE, LA 70001

10924   EAST JEFFERSON MEMORAL HOSPITAL, ABATEMENT 7TH FLOOR WEST, METAIRIE, LA 70011

10924   EAST JEFFERSON WELLNESS CENTER, 3726 HOUMA BLVD., METAIRIE, LA 70006

10925   EAST JORDAN IRONWORKS, INC, 2932 INDUSTRIAL PARK DRIVE, FINKSBURG, MD 21048

10924   EAST KENTUCKY VETERANS CENTER, 200 VETERANS DRIVE, HAZARD, KY 41701

10924   EAST KY POWER COOPERATIVE, INC., PO BOX 707, WINCHESTER, KY 40391

10924   EAST MARYVILLE BAPTIST CHURCH, 1220 EAST BROWN SCHOOL ROAD, MARYVILLE, TN 37804

10925   EAST MEETS WEST, 560 HARRISON AVE, BOSTON, MA 02118

10924   EAST MESA LIBRARY, SMITH & GREEN, MESA, AZ 85201

10924   EAST METRO HEALTH CARE, 8650 HUDSON BLVD, LAKE ELMO, MN 55042

10924   EAST NORTHPORT RESIDENTIAL, 360 SOUTH SERVICE ROAD, MELVILLE, NY 11747

10924   EAST PENN MIDDLE SCHOOL, EASTON, PA 18042

10924   EAST PENN MIDDLE SCHOOL@@, 6299 LOWER MACUNGIE RD, MACUNGIE, PA 18062

10925   EAST POPLAR OIL FIELD, FORT PECK INDIAN RESERVATION, ROOSEVELT COUNTY, MT

10924   EAST RICHMOND COUNTY SCHOOL, 1245 D"ANTIGNAC STREET, AUGUSTA, GA 30901

10924   EAST RIDGE HOSPITAL, CHATTANOOGA, TN 37421

10924   EAST SIDE SPORTS CLUB, 330 EAST 61ST ST., NEW YORK, NY 10001

10924   EAST STROUDSBURG UNIVERSITY, MAINTENANCE DEPT., EAST STROUDSBURG, PA 18301

10924   EAST TENNESSEE STATE UNIVERSITY, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   EAST TENNESSEE STATE UNIVERSITY, BOX 70565, JOHNSON CITY, TN 37614-0565

10924   EAST TEXAS AMBULTORY CENTER, C/O LCR CONTRACTORS, TYLER, TX 75707

10924   EAST TEXAS MEDICAL CENTER, C/O WILLIAM INSULATION, TYLER, TX 75701

10924   EAST TEXAS MEDICAL CENTER, HIGHWAY 19 SOUTH & FM 1615, ATHENS, TX 78751

10925   EAST TOLEDO/MAUMEE CENTER 506, 1378 CONANT ST, MAUMEE, OH 43537

10925   EAST, CAROL, 2112 FRUSH VALLEY RD, TEMPLE, PA 19560

10925   EAST, CHARLES, 1812 TILDEN, WICHITA FALLS, TX 76309

10925   EAST, CHARLOTTE, 550 LEE RD., #110, OPELIKA, AL 36801

10925   EAST, EARL, 201 GLADEAU LANDRY ROAD, SULPHUR, LA 70665

10925   EAST, JOHN, 227 VISTA VIEW DR, CLOVERDALE, CA 95425

10925   EAST, MICHAEL, 16 EAST WASHINGTON, LAKE BLUFF, IL 60044

10925   EASTAN INC, ROAD 870 KM 2.6, PALO SECO CATANO, 962

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  EASTAN INC, ROAD 870 KM 2.6, PLALO SECO, CATANO, 962

10925  EASTBURN, JAMES, 4921 SCHOOLHOUSE ROAD, BETTENDORF, IA 52722

10924  EASTCHESTER SCHOOL, WHITE PLAINS ROAD & LINCOLN ROAD, EASTCHESTER, NY 10709

10925  EASTCOAST TRUCK & TRAILER REPAIR, 406 ROUTE 23B, HUDSON, NY 12534

10925  EASTECH CHEMICAL INC, PO BOX 8500-50510, PHILADELPHIA, PA 19178

10924  EASTECH CHEMICAL, INC., 5700 TACONY STREET, PHILADELPHIA, PA 19135

10925  EASTER SEAL OF SPARTANBURG, PO BOX 15058, SPARTANBURG, SC 29302

10925  EASTER SEALS, POBOX 540, WAKEFIELD, MA 01880

10925  EASTER, JAMES, 13099 A CLARKSVILLE PIKE, HIGHLAND, MD 20777

10925  EASTER, LISA, 8844 TAMAR DR, COLUMBIA, MD 21045

10925  EASTER, ROXANE, 9334 N. 16750E ROAD, GRANT PARK, IL 60940

10925  EASTER, TERRY, 3528 FAUN VALLEY, DALLAS, TX 75274

10925  EASTER, WILLIAM, 305 W SUMMIT, ELECTRA, TX 76360

10925  EASTERDAY, PATTI ANN, 2655 ST RT 39, PERRYSVILLE, OH 44864

10925  EASTERHOUSE, GEORGE, 1014 E. DESERT GLEN, TUCSON, AZ 85737

10925  EASTERLING, PATRICK, 1914 JONES, ROSENBERG, TX 77471

10924  EASTERN APPLICATIONS WAREHOUSE, 800 HAIRS HILL ROAD, KIMBERTON, PA 19442

10924  EASTERN APPLICATIONS, PO BOX269, KIMBERTON, PA 19442

10925  EASTERN ARIZONA TESTING, POBOX 907, MORENCI, AZ 85540

10925  EASTERN BAG & PAPER CO, 65 SUNNYSLOPE AVE, TEWKSBURY, MA 01876-1794

10925  EASTERN BAKERS SUPPLY, 145 N. WASHINGTON ST, BOSTON, MA 02114

10925  EASTERN BEARINGS INC, POBOX 540647, WALTHAM, MA 02454-0647

10925  EASTERN BEARINGS INC, POBOX 647, WALTHAM, MA 02254-0647

10924  EASTERN CHEM-LAC, 1100 EASTERN AVENUE, MALDEN, MA 02148

10925  EASTERN COLOR & CHEMICAL COMPANY, PO BOX 6161, PROVIDENCE, RI 02940

10925  EASTERN COMPUTER, 6711 KINGSTON PIKE, KNOXVILLE, TN 37919

10924  EASTERN CONCRETE DECKS, FOR: FARMINGDALE HIGH SCHOOL, FARMINGDALE, NY 11735

10924  EASTERN CONCRETE MATERIALS, INC., 117 HARRISON AVE, ROSELAND, NJ 07068

10924  EASTERN CONCRETE MATERIALS, INC., 1631 PATTERSON PLANK RD., SECAUCUS, NJ 07094

10924  EASTERN CONCRETE MATERIALS, INC., 305 W. FT. LEE RD, BOGOTA, NJ 07603

10924  EASTERN CONCRETE MATERIALS, INC., 388 FRANKLIN TPKE., MAHWAH, NJ 07430

10924  EASTERN CONCRETE MATERIALS, INC., 800 PASSIAC AVE., HARRISON, NJ 07029

10924  EASTERN CONCRETE MATERIALS, INC., CORNER OF MORRIS & ESSEX STREET, JERSEY CITY, NJ 07097

10924  EASTERN CONCRETE MATERIALS, INC., CRUSHER ROAD, WEST NYACK, NY 10994

10924  EASTERN CONCRETE MATERIALS, INC., EIGHTEENTH ST., JERSEY CITY, NJ 07097

10924  EASTERN CONCRETE MATERIALS, INC., ELMWOOD PARK PLAZA, ELMWOOD PARK, NJ 07407

10924  EASTERN CONCRETE MATERIALS, INC., HOWELL STREET, JERSEY CITY, NJ 07300

10924  EASTERN CONCRETE MATERIALS, INC., OFF RT 23 / HAMBURG TPKE, RIVERDALE, NJ 07457

10924  EASTERN CONCRETE MATERIALS, INC., PORT IMPERIAL BOULEVARD, UNION CITY, NJ 07087

10924  EASTERN CONCRETE MATERIALS, INC., RISCITTI RD., NEW WINDSOR, NY 12550

10924  EASTERN CONCRETE MATERIALS, INC., RTE 23, HAMBURG, NJ 07419

10924  EASTERN CONCRETE PAVING - DO NOT US, 52188 VAN DYKE AVENUE STE.210, SHELBY TOWNSHIP, MI 48315

10924  EASTERN CONCRETE PAVING COMPANY, 52188 VAN DYKE AVENUE, SHELBY TOWNSHIP, MI 48316

10924  EASTERN CONT. INC C/O WANNAH SCH, 41 BRIMBAL AVE, BEVERLY, MA 01915

10925  EASTERN CONTROLS INC, PO BOX 8000, DEPT. 730, BUFFALO, NY 14267

10925  EASTERN CONTROLS, INC, 414 E. JOPPA RD., TOWSON, MD 21204

10925  EASTERN CONTROLS, INC, PO BOX 8000, DEPT. 730, BUFFALO, NY 14267

10924  EASTERN COPPERFIELDS TRADING, 418 MARIA CRISTINA BLDG., CEBU CITY, PHL          *VIA Deutsche Post*

10924  EASTERN CT STATE UNIV @@ (WESCONN), 226 HIGH STREET, WILLIMANTIC, CT 06226

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   EASTERN ELECTRICAL CO, THE, PLAINRIDGE TRACK RTE #1, PLAINVILLE, MA 02762

10924   EASTERN ENV. SERVICES OF THE S.E., CAMBRIDGE, MA 02140

10924   EASTERN ENVIRONMENTAL, OF THE SOUTH, TAMPA, FL 33605

10925   EASTERN FREIGHT WAYS INC., 1-71 NORTH AVE EAST, ELIZABETH, NJ 07201

10925   EASTERN HILLS ANNEX, 6 TOBEY VILLAGE OFFICE PK, PITTSFORD, NY 14534

10924   EASTERN ILLINOIS PRECAST, 4 1/2 MI EAST ON RT 16, CHARLESTON, IL 61920

10924   EASTERN ILLINOIS PRECAST, P O BOX 1065, CHARLESTON, IL 61920

10924   EASTERN ILLINOIS PRECAST, PO BOX 1065, CHARLESTON, IL 61920

10925   EASTERN INDUSTRIAL SUPPLIES INC, PO BOX 890029, CHARLOTTE, NC 28289-0029

10925   EASTERN INDUSTRIAL SUPPLIES, INC, 247 INTERSTATE BLVD., GREENVILLE, SC 29615

10924   EASTERN INDUSTRIES, 4401 CAMP MEETING RD, CENTER VALLEY, PA 18034

10924   EASTERN INDUSTRIES, SUITE 200, 4401 CAMP MEETING RD, CENTER VALLEY, PA 18034

10924   EASTERN INDUSTRIES, WESCOSVILLE BLOCK, ALLENTOWN, PA 18106

10924   EASTERN IOWA SUPPLY, 4601 6TH STREET S.W., CEDAR RAPIDS, IA 52404

10925   EASTERN LIFT TRUCK CO INC, POBOX 307, MAPLE SHADE, NJ 08052-0307

10925   EASTERN LIFT TRUCK CO, INC, 2211 SULPHUR SPRING RD., BALTIMORE, MD 21227

10925   EASTERN LIFT TRUCK, 2211 SULPHUR SPRING ROAD, BALTIMORE, MD 21227

10924   EASTERN MAINE MEDICAL CENTER, PICK UP AT BARRETT'S, 489 STATE STREET, BANGOR, ME 04401

10924   EASTERN MAINE MEDICAL, BANGOR, ME 04401

10924   EASTERN MATERIALS CORPORATION, 835 SCHOOL STREET, PAWTUCKET, RI 02860

10924   EASTERN MATERIALS WAREHOUSE, 15 MIDDLE AVENUE, HOLTSVILLE, NY 11742

10924   EASTERN MATERIALS, 15 MIDDLE AVENUE, HOLTSVILLE, NY 11742

10925   EASTERN METAL MILL PRODUCTS, 116 LUNDQUIST DR, BRAINTREE, MA 02184

10924   EASTERN MICHIGAN UNIVERSITY, JARVIS & HUGS RIVER DRIVE, DETROIT, MI 48239

10925   EASTERN MICROFILM CO., 814 DORCHESTER RD., BALTIMORE, MD 21229

10925   EASTERN MILLWRIGHT CONSTR., YORK BEACH MALL, SOUTH BETHANY, DE 19930

10924   EASTERN NEW MEXICO MEDICAL CENTER, 405 W. COUNTRY CLUB ROAD, ROSWELL, NM 88201

10924   EASTERN NEW MEXICO MEDICAL CENTER, 405 W. COUNTRY, ROSWELL, NM 88201

10925   EASTERN NY LUMBER DEALER ASSOC, 421 CREBB RD, SELKIRK, NY 12158

10925   EASTERN OFFICE SUPPLY, 8630-M GUILFORD RD., COLUMBIA, MD 21046

10924   EASTERN OONCRETE MATERIALS, INC., MT HOPE RD, MOUNT HOPE, NJ 07885

10924   EASTERN PAPER, 517 S MAIN STREET, BREWER, ME 04412

10924   EASTERN PAPER, 517 S. MAIN STREET, BREWER, ME 04412

10924   EASTERN PLANT CORPORATION, 2537 RICHMOND TERRACE, STATEN ISLAND, NY 10303

10924   EASTERN PLANT CORPORATION, 570 ELMONT RD., STATEN ISLAND, NY 10300

10924   EASTERN PRESTRESS CONC, PO BOX308, HATFIELD, PA 19440

10924   EASTERN PRESTRESS CONC., 3030 UNIONVILLE PIKE, HATFIELD, PA 19440

10924   EASTERN PRESTRESS CONC., P O BOX 308, HATFIELD, PA 19440

10924   EASTERN PROCESSING CENTER, C/O WARCO   MILLER BUILDERS, VANCEBORO, NC 28586

10925   EASTERN REFRACTORIES CO, INC, 128 WHEELER RD, BURLINGTON, MA 01803-5197

10925   EASTERN REFRACTORIES COMPANY INC., 128 WHEELER RD, BURLINGTON, MA 01803-5197

10925   EASTERN REFRACTORIES CORPORATION, 60 HOLLAND ST., LEWISTON, ME 04240-7514

10925   EASTERN REHABILITATION NETWORK, PO BOX 32055, HARTFORD, CT 06150-2055

10924   EASTERN ROOFING, 101 MAIN ST, BINGHAMTON, NY 13905

10924   EASTERN ROOFING, 101 MAIN ST., BINGHAMTON, NY 13905

10925   EASTERN SCIENTIFIC CO, 70 FINNELL DR #5, WEYMOUTH, MA 02188

10925   EASTERN SHEET METAL & PLATE WORKS, 169 HIGHLAND PKWY, ROSELLE, NJ 07203

10924   EASTERN SHORE CONC PIP, 800 INDUSTRIAL DR, MIDDLETOWN, DE 19709

10924   EASTERN SHORE CONC PIP, P O BOX 167, MIDDLETOWN, DE 19709

10924   EASTERN SHORE CONC PROD, P O BOX 167, MIDDLETOWN, DE 19709

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  EASTERN SIERRA/MAMMOTH MT. SKI AREA, WESTON BUILDING SUPPLY, MAMMOTH LAKES, CA 93546

10924  EASTERN TERMINALS & COMMUNICATIONS, 166-C FAIRVIEW AVENUE, WESTWOOD, NJ 07675

10925  EASTERN VIDEO SYSTEMS INC, 2 STERLING RD, BILLERICA, MA 01862

10925  EASTERS, RUSSELL, PO BOX 271, LITHIA, FL 33547

10925  EASTES, FRANK, 729 OTIS BLVD, SPARTANBURG, SC 29302-2115

10925  EASTES, JOANN, 729 OTIS BLVD, SPARTANBURG, SC 29302

10924  EASTEX MATERIALS, 1529 NNE LOOP 323, TYLER, TX 75708

10924  EASTEX MATERIALS, 1529 NNE LOOP 323, TYLER, TX 75713

10924  EASTFIELD COLLEGE, C/O TRUE FIREPROOFING, MESQUITE, TX 75150

10924  EASTHAM READY MIX CORP, HOLMES RD, NORTH EASTHAM, MA 02651

10924  EASTLAND CHEMICAL, BLDG 413 CAPITAL STORAGE, WARRICK DRIVE, KINGSPORT, TN 37662

10925  EASTLAND INDUSTRIES, INC, 4115 WEST WASHINGTON BLVD., HILLSIDE, IL 60162

10925  EASTLAND, WILLIE, 900 BROWN AVE, WACO, TX 76706

10924  EASTMAN CHEM COMPANY, PO BOX 511, KINGSPORT, TN 37662

10924  EASTMAN CHEMICAAL COMPANY, PO BOX431, KINGSPORT, TN 37662-5280

10924  EASTMAN CHEMICAL CO, HIGHWAY 149 - KODAK BLVD, LONGVIEW, TX 75603

10924  EASTMAN CHEMICAL COMPANY, ACETYL STREAM, KINGSPORT, TN 37662

10924  EASTMAN CHEMICAL COMPANY, BLDG. 413, WARRICK & YOUNG ROAD, KINGSPORT, TN 37660

10925  EASTMAN CHEMICAL COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925  EASTMAN CHEMICAL COMPANY, PO BOX 198325, ATLANTA, GA 30384-8325

10924  EASTMAN CHEMICAL COMPANY, PO BOX 511, KINGSPORT, TN 37622

10924  EASTMAN CHEMICAL COMPANY, PO BOX 511, KINGSPORT, TN 37662

10925  EASTMAN CHEMICAL COMPANY, PO BOX 641555, PITTSBURGH, PA 15264-1555

10924  EASTMAN CHEMICAL COMPANY, SPECIALTY CHEMICALS, KINGSPORT, TN 37662

10925  EASTMAN CHEMICAL FINANCIAL CORP., PO BOX 92005, CHICAGO, IL 60675-2005

10925  EASTMAN CHEMICAL, PO BOX 431, KINGSPORT, TN 37662

10925  EASTMAN CHEMICAL, PO BOX 641555, PITTSBURGH, PA 15264-1555

10925  EASTMAN CHEMICAL, PO BOX 75794, CHARLOTTE, NC 28275-0794

10925  EASTMAN CHEMICAL-ARKANSAS DIV., 2800 GAP RD. HWY 394, BATESVILLE, AR 72501-9680

10924  EASTMAN JELATON POWER PLANT, ALLEN DRIVE, PEABODY, MA 01960

10924  EASTMAN KODAK CO, 1041 RIDGE ROAD WEST, ROCHESTER, NY 14653-5126

10924  EASTMAN KODAK CO, 1600 LEXINGTON AVE, ROCHESTER, NY 14606

10925  EASTMAN KODAK CO, 1600 LEXINGTON AVE, ROCHESTER, NY 14652

10924  EASTMAN KODAK CO, 1600 LEXINGTON AVENUE, ROCHESTER, NY 14606

10925  EASTMAN KODAK CO, 460 BUFFALO RD, ROCHESTER, NY 14611

10925  EASTMAN KODAK CO, 66 EASTMAN AVE, ROCHESTER, NY 14650

10924  EASTMAN KODAK CO, 901 ELMGROVE RD, ROCHESTER, NY 14653

10925  EASTMAN KODAK CO, 901 ELMGROVE ROAD, ROCHESTER, NY 14650

10925  EASTMAN KODAK CO, 901 ELMGROVE, ROCHESTER, NY 14650

10924  EASTMAN KODAK CO, BLDG C-11 MC 1340, 9952 EASTMAN PARK DRIVE, WINDSOR, CO 80551

10925  EASTMAN KODAK CO, COMMERCIAL & GOVERNMENT SYSTEMS, ROCHESTER, NY 14613-0000

10925  EASTMAN KODAK CO, KODAK PARK DIV, 1600 LEXINGTON AVE GATE 603, ROCHESTER, NY 14652

10925  EASTMAN KODAK CO, KODAK PARK DIV, ROCHESTER, NY 14615

10924  EASTMAN KODAK CO, PO BOX 15387, ROCHESTER, NY 14615-0387

10924  EASTMAN KODAK CO-KODAK PARK, 1600 LEXINGTON AVE/ GATE 603, ROCHESTER, NY 14652-3608

10925  EASTMAN KODAK COMPANY, FILE #53236, LOS ANGELES, CA 90074-3236

10925  EASTMAN KODAK COMPANY, PO BOX 100784, ATLANTA, GA 30384-0784

10924  EASTMAN KODAK COMPANY, PO BOX 15387, ROCHESTER, NY 14615-0387

10924  EASTMAN KODAK COMPANY, PO BOX 15399, ROCHESTER, NY 14615-0399

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EASTMAN KODAK COMPANY, PO BOX 65885, CHARLOTTE, NC 28265-0885 | |
| 10924 | EASTMAN KODAK, BLDG C-20 MC 1552, 9952 EASTMAN DRIVE, WINDSOR, CO 80551 | |
| 10924 | EASTMAN KODAK, P.O. BOX 478 (HWY 46), 4 MI SOUTH OF LA PORTE, SEABROOK, TX 77586 | |
| 10924 | EASTMAN KODAK, PO BOX 15387, ROCHESTER, NY 14652-5387 | |
| 10925 | EASTMAN, BETTYE, 3745 SUNRISE RIDGE DRIVE, BARTLETT, TN 38135 | |
| 10925 | EASTMAN, JAMES, 317 SOUTHFIELD DR, BROCKTON, MA 02402 | |
| 10925 | EASTMAN, JENNIFER, 1732 N. PROSPECT AVE., 814, MILWAUKEE, WI 53202 | |
| 10924 | EASTON ALUMINUM, INC., 7800 HASKELL AVENUE, VAN NUYS, CA 91402 | |
| 10924 | EASTON BLOCK & SUPPLY CO, LOWER MUD RUN ROAD, EASTON, PA 18042 | |
| 10924 | EASTON BLOCK & SUPPLY CO., LOWER MUD RUN ROAD, EASTON, PA 18042 | |
| 10925 | EASTON EVENTS LLC, 47 CANTERBURY ROAD, CHARLOTTESVILLE, VA 22903 | |
| 10925 | EASTON INC, ROAD 870 KM 2 6, CATANO, PR 962 | |
| 10925 | EASTON TRANSPORTATION INC, PO BOX 750, CHANNAHON, IL 60410-0750 | |
| 10925 | EASTRIDGE, CAROL, PO BOX 403837, HESPERIA, CA 92340 | |
| 10924 | EASTSIDE ELEMENTARY SCHOOL, AWARTZ INCORP, 415 NEISLER RD., CONCORD, NC 28025 | |
| 10924 | EASTSIDE MASONRY PRODUCTS, 13800 FRYLANDS BLVD S.E., MONROE, WA 98272 | |
| 10924 | EASTSIDE MASONRY PRODUCTS, 19015 N.E. 80TH, REDMOND, WA 98052 | |
| 10924 | EASTSIDE MASONRY PRODUCTS, P.O. BOX 535, REDMOND, WA 98073 | |
| 10924 | EASTSIDE MASONRY PRODUCTS, PO BOX535, REDMOND, WA 98073 | |
| 10924 | EASTSIDE MEDICAL CENTER, 1700 MEDICAL WAY, SNELLVILLE, GA 30078 | |
| 10924 | EASTSIDE NEIGHBORHOOD SERVICES, 1700 2ND STREET N.E., MINNEAPOLIS, MN 55418 | |
| 10924 | EASTWAKE HIGH SCHOOL, 3121 UNIT E, RALEIGH, NC 27612 | |
| 10924 | EASTWOOD & CO., 6534 GUHN RD., HOUSTON, TX 77040 | |
| 10925 | EASTWOOD PERIPHERALS, 26651 ESTRUDA CIRCLE, MISSION VIEJO, CA 92691 | |
| 10925 | EASY LIFT EQUIPMENT CO., 2 MILL PARK COURT, NEWARK, DE 19713 | |
| 10924 | EATMAN KODAK COMPANY-KODAK PARK, 66 EASTMAN AVENUE, ROCHESTER, NY 14653-5126 | |
| 10925 | EATON & VAN WINKLE, 600 THIRD AVE, NEW YORK, NY 10016 | |
| 10924 | EATON AEROQUIP, INC, 1225 W. MAIN STREET, VAN WERT, OH 45891 | |
| 10924 | EATON AEROQUIP, INC., 2500 W. ARGYLE, JACKSON, MI 49202 | |
| 10924 | EATON AEROQUIP, INC., 300 S. EAST AVENUE, JACKSON, MI 49203 | |
| 10925 | EATON CORP, 108 CHERRYHILL ROAD, BEVERLY, MA 01915 | |
| 10925 | EATON CORP, 4201 N 27TH ST, MILWAUKEE, WI 53216 | |
| 10925 | EATON CORP, PO BOX 753, MILWAUKEE, WI 53201 | |
| 10925 | EATON CORPORATION, 15A ZANE GREY, EL PASO, TX 79906 | |
| 10925 | EATON CORPORATION, 60A BASSETT CENTER, EL PASO, TX 79925 | |
| 10925 | EATON CORPORATION, GLENN BRIDGE ROAD, ARDEN, NC 28704 | |
| 10924 | EATON ELEMENTART SCHOOL, 423 HICKORY CREEK ROAD, LENOIR CITY, TN 37771 | |
| 10924 | EATON RAPIDS COMMUNITY HOSPITAL, 1500 S. MAIN ST. M-99 ROAD, EATON RAPIDS, MI 48827 | |
| 10925 | EATON SALES & SERVICE - SALT LAKE, POBOX 25356, SALT LAKE CITY, UT 84125 | |
| 10925 | EATON SALES & SERVICE INC, DEPT 0908, DENVER, CO 80256-0908 | |
| 10925 | EATON YARBROUGH, BRENDA, 11819 FLUSHING DRIVE, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | EATON, DENISE, 273 MAIN ST, MELROSE, MA 02176 | |
| 10925 | EATON, ERNESTINE, 5226 KARL PL N.E., WASHINGTON, DC 20019 | |
| 10925 | EATON, FRANK, 373 SHAWSHEEN ST, TEWKSBURY, MA 01876 | |
| 10925 | EATON, FRED, 8467 RADCLIFFE TERRACE, NAPLES, FL 34120 | |
| 10925 | EATON, FREDERICK W, 127 AUTHORS ROAD, CONCORD, MA 01742 | |
| 10925 | EATON, KATHRYN, 300 ROCKY CREEK LN, GUM SPRING, VA 23065 | |
| 10925 | EATON, LANNY, 7 STONER DRIVE, VALPARAISO, IN 46385 | |
| 10925 | EATON, MICHAEL, 2002 AMANDA CT., UPPER MARLBORO, MD 20772 | |
| 10925 | EATON, MICHELLE, HOUSE A 3-35-19 MOMIJIGAOKA, FUCHU SHI TOKYO-TO, 183-0003JAPAN | *VIA Deutsche Post* |
| 10925 | EATON, PATRICIA, 1001 RAVINE TERR, JACKSONVILLE, FL 32259 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    EATON, RICHARD, 55 PROSPECT ST, ROCKLAND, MA 02370-2416

10925    EATON, RUSSELL, 1004 S WALL, IOWA PARK, TX 76367

10925    EATON, WILLIAM, 999 PAPEN ROAD, BRIDGEWATER, NJ 08807

10925    EATOUGH, KATHLEEN, 20685 NW 26TH AVE, BOCA RATON, FL 33434

10925    EATOUGH, NORMAN, 20685 NW 26TH AVE, BOCA RATON, FL 33434

10924    EAU CLAIRE COMMUCATIONS, SUITE 23405 FARWELL STREET, EAU CLAIRE, WI 54701

10925    EAVENSON, EVELYN, POB 205, CARNESVILLE, GA 30521

10925    EAVES LAW FIRM, 101 N STATE ST, JACKSON, MS 39201

10925    EAVES, CHRIS, 120 W GARDEN, IOWA PARK, TX 76367

10925    EAVES, ROY, 8573 HWY 120, BUCHANAN, GA 30113

10925    EAX WORLDWIDE, 4912 NAPLES ST, SAN DIEGO, CA 92110-3880

10925    EBADIPOUR, YVONNE E, 8609 DESOTO 209, CANOGA PARK, CA 91304

10924    EBARA TECHNOLOGIES INCORPORATED, 51 MAIN AVENUE, SACRAMENTO, CA 95838

10925    EBBESMEYER, LYNN, 453 WEIR ST., GLASTONBURY, CT 06033

10925    EBBIES FLOWERS, 11607 HWY 221 SOUTH, WOODRUFF, SC 29388

10925    EBELHAR, DAVID, 3024 OLD HARTFORD RD, OWENSBORO, KY 42303

10925    EBELHAR, TERRENCE, 921 PEPPER TREE LANE #D, OWENSBORO, KY 42303-8822

10925    EBELING, WILLIAM, 2330 RICHMOND RD, WOODWARD, OK 73801-7123

10924    EBENEZER BAPTIST CHURCH, 400 AUBURN AVENUE N.E., ATLANTA, GA 30312

10925    EBENEZER, DEVASIKHAMON, 2208 SPRING MILLS, MESQUITE, TX 75181

10925    EBER E. JACQUES, 1053 GRANDVILLE, NEWPORT BEACH, CA 92660

10925    EBER E. JAQUES, 17 ALEXANDER AVE, SAUSALITO, CA 94965

10925    EBER JR, WILLIAM, 3170 SOUTHWESTERN AVE, MANCHESTER, MD 21102

10925    EBER, JACQUES, 17 ALEXANDER AVE, SAUSALITO, CA 94965

10925    EBERDT, SHERRI, 3375 LOCH HAVEN RD, MONTGOMERY, AL 36109

10925    EBERE, CHINWEREOBIOMA, PO BOX 330, NORMAL, AL 35762

10925    EBERHARDT, GAIL, 435 HOYT ST., BUFFALO, NY 14213

10925    EBERHARDY, LISA, 1663 VICTORIA CT, GREEN BAY, WI 54302

10924    EBERHART MIDDLE SCHOOL, 3430 WEST 65TH PLACE, CHICAGO, IL 60629

10925    EBERHART, JODI, 7100 POINTER RIDGE, MIDLOTHIAN, VA 23112

10925    EBERHART, ROBERT, 225 LONE STAR RD., BOGART, GA 30622

10925    EBERHART, SHERRY, HERITAGE COURT, 108, COMMERCE, GA 30529

10925    EBERLE, ARTHUR, 207 CAMELLIA, MCALLEN, TX 78501

10925    EBERLE, LINDA, 774 DUBANSKI DRIVE, SAN JOSE, CA 95123

10925    EBERLE, RICHARD, W6828 PATCHIN ROAD, PARDEEVILLE, WI 53954

10925    EBERLE, SHERI, 105 ELM ST, PARDEEVILLE, WI 53954

10925    EBERLINE INSTRUMENTS, DRAWER CS 198-563, ATLANTA, GA 30384-8563

10925    EBERLINE SERVICES, PO BOX 846001, BOSTON, MA 02284-6001

10925    EBERLINE, PO BOX 2108, SANTA FE, NM 87504-2108

10925    EBERSOLE, DONALD, 7616 HWY 1133, SULPHUR, LA 70663

10925    EBERSOLE, LESLIE, 321 S KETCH DR, SUNRISE, FL 33326

10925    EBERT, CHARLES, 16222 MONTEREY LANE, SP291, HUNTINGTON BCH, CA 92649

10925    EBERT, JOHN, 6701 EBON CT, RALEIGH, NC 27615

10925    EBERT, MAYNARD, 757 TRIPLETT BLVD, AKRON, OH 44306

10925    EBERT, WILLIAM, 2720 HERITAGE LANE, KANKAKEE, IL 60901

10925    EBERT, WILLIAM, 9718 W. HUNTINGTON DR., MEQUON, WI 53097

10925    EBERTING, KAREN, 12105 W 150TH CIRCLE, OLATHE, KS 66062

10925    EBEZER, SUZEE, 5619-202 COLUMBIA RD, COLUMBIA, MD 21044

10925    EBKENS, BERNARD, 1400 BELT ST., BALTIMORE, MD 21230

10925    EBMUD, PAYMENT CENTER, OAKLAND, CA 94649-0001

10925    EBNER, CYNTHIA, 6235 SAWYER ROAD, NEW MARKET, MD 21774

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EBO, 1065 BLOOMFIELD ROAD, BARDSTOWN, KY 40004 | |
| 10925 | EBOH, OBINNA, 9901 CLUB CREEK, HOUSTON, TX 77035 | |
| 10925 | EBONEX CORPORATION, PO BOX 3247, MELVINDALE, MI 48122 | |
| 10925 | EBONI ADAMS, 6980 ROSWELL ROAD APT. B-7, ATLANTA, GA 30328 | |
| 10925 | EBONI EASON, 4800 S. CHICAGO BEACH DR, CHICAGO, IL 60615 | |
| 10925 | EBRON, BRIAN, 10535 MONTWOOD APT 198, EL PASO, TX 79935 | |
| 10925 | EBRON, KELVIN, 1016 BULLOCK AVE., YEADON, PA 19050 | |
| 10925 | EBSCO INDUSTRIES, INC, 1163E SHREWSBURY AVE., SHREWSBURY, NJ 07702 | |
| 10925 | EBSCO SUBSCRIPTION SERVICES, 1163 SHREWSBURY AVE., STE. E, SHREWSBURY, NJ 07702-4321 | |
| 10925 | EBSCO SUBSCRIPTION SVCS, POBOX 2543, BIRMINGHAM, AL 35202 | |
| 10925 | EBSCO, 1163 SHREWSBURY AVE, SHREWSBURY, NJ 07702-4321 | |
| 10925 | EBSCO, 5339 ALPHA ROAD SUITE 400, DALLAS, TX 75240-7308 | |
| 10925 | EBSCO, 6800 VERSAR CENTER, SPRINGFIELD, VA 22151 | |
| 10925 | EBSEN, DELBERT, PO BOX 241, NICHOLLS, GA 31554 | |
| 10924 | EC DRYWALL SY., 2000 OXFORD AVENUE, EAU CLAIRE, WI 54703-5184 | |
| 10925 | EC TECHNOLOGIES, INC, 11529 SUN BELT CT., BATON ROUGE, LA 70809 | |
| 10925 | ECARG INC, ONE TOWN CENTER, BOCA RATON, FL 33486 | |
| 10925 | ECC CORPORATION, 156 PRINCETON ST, HOLDEN, MA 01520 | |
| 10924 | ECC INTERNATIONAL, 849 SYLACAUGA-FAYETTEVILLE HWY., SYLACAUGA, AL 35150 | |
| 10924 | ECCENTRIC DESIGN INC., 9944 IBERVILLE, MONTREAL (QUEBEC), QC H2B 2T4TORONTO | *VIA Deutsche Post* |
| 10925 | ECCHER, SUSAN G, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | ECCHER, SUSAN, 915 PARKSIDE CIRCLE, BOCA RATON, FL 33486 | |
| 10925 | ECCLES, MICHAEL, 2032 CHELSEA VILLAGE COURT, INDIANAPOLIS, IN 46260 | |
| 10924 | ECCO CONCRETE INC., COLE RD, BIDDEFORD, ME 04005 | |
| 10924 | ECCO CONCRETE INC., P O BOX X, BIDDEFORD, ME 04005 | |
| 10924 | ECCO CONCRETE INC., PO BOX X, BIDDEFORD, ME 04005 | |
| 10925 | ECCO PROCESS & CONTROL EQUIP., 452 PKWY., PO BOX 210, BROOMALL, PA 19008 | |
| 10925 | ECCO STAFFING SERVICES INC, POBOX 5-0231, WOBURN, MA 01815-0231 | |
| 10925 | ECE GROUP LTD, THE, STIEBER BERLACH GIBBS, 130 ADELAID ST, WEST, SUITE 900, TORONTO, ON M5H3P5CANADA | *VIA Deutsche Post* |
| 10925 | ECE GROUP LTD. THE, 525 UNIVERSITY AVE #835, TORONTO, ON M5G 2L3CANADA | *VIA Deutsche Post* |
| 10925 | ECHANDI, JERRY, 9406 EVERGREEN LANE, FONTANA, CA 92335 | |
| 10925 | ECHAVARIA, REYNALDO, PO BOX 103, BROOKVILLE, IN 47012 | |
| 10925 | ECHAVE, MADELINE, 35-38 75TH ST., JACKSON HEIGHT, NY 11372 | |
| 10925 | ECHAZABAL, JULIO, 3303 LINCOLN AVE, 151, ANAHEIM, CA 92801 | |
| 10925 | ECHELON SERVICE CO., 7400 YORK RD. SUITE 302, TOWSON, MD 21204 | |
| 10925 | ECHELON SERVICE CO., 7604 YORK RD., TOWSON, MD 21204 | |
| 10925 | ECHEVARRIA, HAYDEE, CALLE TRINITARIA, CANOVANAS, PR 00729 | |
| 10925 | ECHEVERRI, PAULO, 223 S WASHINGTON AVE, BERGENFIELD, NJ 07621 | |
| 10925 | ECHEVERRIA, JOSE, 3253 QUEENSTOWN DR, #102, MT RAINIER, MD 20712 | |
| 10925 | ECHEVERRIA, JOSE, 8812 LANIER DR #201, SILVER SPRING, MD 20910 | |
| 10925 | ECHEVERRIA, MARIA, 1440 CHAPIN ST NW APT. 33, WASHINGTON, DC 20009 | |
| 10925 | ECHEVERRY, OMAR, 34 UNION AVE, CRESSKILL, NJ 07626 | |
| 10925 | ECHIP INCORPORATED, 724 YORKLYN ROAD, HOCKESSIN, DE 19707 | |
| 10925 | ECHIP, INC, 724 YORKLYN ROAD, HOCKESSIN, DE 19707 | |
| 10924 | ECHLIN ARGENTINA S.A., (1655) JOSE LEON SUAREZ, PROVINCIA DE BUENOS AIRES, REPUBLICA ARGENTINA, 09999ARG | *VIA Deutsche Post* |
| 10924 | ECHLIN ARGENTINA S.A., C/O CHO YANG LINE, GARDEN CITY, GARDEN CITY, GA 31418 | |
| 10924 | ECHLIN ARGENTINA S.A., PROVINCIA DE BUENOS AIRES, REPUBLICA ARGENTINA, 09999ARG | *VIA Deutsche Post* |
| 10924 | ECHLIN ARGENTINA, S.A., C/O CROWLEY AMERICA, C/O GSX SVCS., SAVANNAH, GA 31405 | |
| 10924 | ECHLIN INC., 100 DOUBLE BEECH RD, BRANFORD, CT 06405 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ECHLIN PONCE INC, 101 EL TUQUE INDUSTRIAL PARK, PONCE, PR 00731-7777

10925   ECHOLS, BRIAN, RT #4, BOX 130, PRESCOTT, AR 71857

10925   ECHOLS, MARLENE, POBOX 10218, DETROIT, MI 48210

10925   ECIFD, PO BOX 73, ODESSA, TX 79760

10924   ECK SUPPLY CO. (VA BCH), 801 JOHNSTON WILLIS DRIVE, RICHMOND, VA 23236

10924   ECK SUPPLY CO. (VA BCH), PO BOX 5593, VIRGINIA BEACH, VA 23455

10924   ECK SUPPLY CO., P.O. BOX 858, CHARLOTTESVILLE, VA 22901

10924   ECK SUPPLY, 4447 DORCHESTER ROAD, CHARLESTON, SC 29405

10924   ECK SUPPLY, 4800 JEFFERSON DAVIS HWY, FREDERICKSBURG, VA 22408

10924   ECK SUPPLY, 801 JOHNSTON WILLIS DRIVE, RICHMOND, VA 23236

10924   ECK SUPPLY, PO BOX 70928, CHARLESTON, SC 29405

10925   ECK, COLLINS & MARSTILLER, 16 SOUTH SECOND ST, RICHMOND, VA 23219

10925   ECK, KATHERINE, 1222 TREETOP CT, TOLEDO, OH 43615

10925   ECK, LIZ, 250 WILLIAMS ST #2400, ATLANTA, GA 30303

10925   ECK, PAUL, PO BOX 24 PERRY ST, EAST BRADY PA, PA 16028

10924   ECKARDT ELECTRIC, C/O AT&T 3001 COBB PARKWAY, ATLANTA, GA 30339

10925   ECKART III, JAMES, 1746 INDIAN COURT, HAMPSTEAD, MD 21074

10924   ECKART INK, 72 CORWIN DRIVE, PAINESVILLE, OH 44077

10925   ECKART, FRANCES, 1435 GABRIELL DR, LAWRENCEVILLE, GA 30243

10924   ECKART/STANFORD SUPPLY LLC, 207 NEW CIRCLE ROAD, LEXINGTON, KY 40505

10924   ECKART/STANFORD SUPPLY LLC, 654 VERSAILLES ROAD, FRANKFORT, KY 40601

10925   ECKBERG, JOANNE, 6 MORROW DRIVE, WOBURN, MA 01801

10925   ECKE, GARY, 4744 CREEK VALLEY LANE, ONEIDA, WI 54155

10925   ECKEL, KATHLEEN, 3265 COTTAGE GROVE, AKRON, OH 44319

10925   ECKELAERT, JACK, 3103 HYDE PARK DRIVE, CLEARWATER, FL 33761

10925   ECKELBARGER, CINDY, 6001 NATCHEZ TRACE, WICHITA FALLS, TX 76310

10925   ECKENROAD, JAMES, 656 MAIN ST POB 41, MOHRSVILLE, PA 19541-0041

10925   ECKER, VALERIE, 208 N SYCAMORE LANE, MOMENCE, IL 60954

10925   ECKERMAN, LYNDA, 6610 GLEASON RD, SHAWNEE MISSION, KS 66226

10925   ECKERS, LINDA, PO BOX 4383, NEW ORLEANS, LA 70178

10925   ECKERT DOOR COMPANY INC., 6510 WEST STATE ST, MILWAUKEE, WI 53213

10925   ECKERT, CAROL, 18949 MARSH #610, DALLAS, TX 75287

10925   ECKERT, KATHLEEN, 717 SE 6TH ST, FT LAUDERDALE, FL 33301

10925   ECKERT, KATHRYN, 8472 VIA SONOMA #27, LA JOLLA, CA 92037

10925   ECKERT, SHERRY, 4025 SOUTHWICK CIR, ROANOKE, VA 24018

10925   ECKHARDT, RICHARD, 1003 TERRACE COURT, HAMPSTEAD, MD 21074

10925   ECKHOFF, CAROL, 354 SOUTH ELM, KANKAKEE, IL 6090L

10925   ECKHOFF, PATRICIA, BOX 63, BEAVERVILLE, IL 60912

10925   ECKLES, MARTHA, ROUTE 1, BOX 36, GRISWOLD, IA 51535

10925   ECKLEY, WESLEY, 54 VILLAGE OF GLEN FALLS, GOFFSTOWN, NH 03045

10925   ECKLUND, BRENT, 1605 SODOM-HUTCHINGS ROAD, VIENNA, OH 44473

10925   ECKLUND, GLORIA, 60 TIMBER RUN, IRVINE, CA 92714-5444

10925   ECKMAN, ELIZABETH, 5551 CAITHNESS CT, FAIRFAX, VA 22032

10925   ECKMANN, HAROLD A, PO BOX 130, BLACKSTONE, VA 23824-0130

10925   ECKMANN, HAROLD A, PO BOX 231, BLACKSTONE, VA 23824-0231

10925   ECKMANN, MICHAEL, 20 CHADWICK CIRCLE, NASHUA, NH 03062

10925   ECLIPSE COMBUSTION INC, PO BOX 71424, CHICAGO, IL 60694-1424

10925   ECLIPSE COMBUSTION TEC, 2699 LEE ROAD, SUITE 512, WINTER PARK, FL 32789

10925   ECLIPSE COMBUSTION, BOX 7416, WEST TRENTON, NJ 08628

10925   ECLIPSE COMBUSTION, INC, PO BOX 71424, CHICAGO, IL 60694-1424

10925   ECLIPSE COMBUSTIONS, PO BOX 93451, CHICAGO, IL 60646

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ECLIPSE SOFTWARE SYSTEMS INC., PO BOX 636, GREELEY, CO 80632 | |
| 10925 | ECLIPSE VIDEO SERVICES INC, 95 HARVEY ST, CAMBRIDGE, MA 02140 | |
| 10925 | ECLIPSE VIDEO SERVICES INC., 95 HARVEY ST, CAMBRIDGE, MA 02140 | |
| 10925 | ECLIPSE, INC, 7273 PARK DR., BATH, PA 18014-8854 | |
| 10925 | ECLIPSE, INC, PO BOX 71424, CHICAGO, IL 60694-1424 | |
| 10925 | ECM INC, 230 INTERNATIONAL AVE, DOUGLAS, AZ 85607 | |
| 10925 | ECM INC, 518 11TH ST, DOUGLAS, AZ 85607 | |
| 10925 | ECM PLASTICS, 53 MILLBROOK ST SUITE2, WORCESTER, MA 01606 | |
| 10925 | ECM PLASTICS, 53 MILLBROOK ST, WORCESTER, MA 01606 | |
| 10925 | ECM, 4 FRANCIS WYMAN ROAD, BURLINGTON, MA 01803 | |
| 10924 | ECMI INC, 13955 SOUTH KOSTNER AVE., CRESTWOOD, IL 60445 | |
| 10924 | ECO BUILDING SYSTEMS, 596 SANDPIPER WAY BUILDING 910, CHULA VISTA, CA 91910 | |
| 10925 | ECO EXPO, 14260 VENTURA BLVD SUITE 201, SHERMAN OAKS, CA 91423 | |
| 10925 | ECO INC, 2720 N HEMLOCK CT, BROKEN ARROW, OK 74012-1111 | |
| 10925 | ECO SOFTWARE INC, 173 OXFORD ST, LYNN, MA 01901 | |
| 10925 | ECOA HYDRAULIC LIFTS, INC, 1000 HIALEAH DRIVE, HIALEAH, FL 33010 | |
| 10925 | ECOFF, MARTIN, 8 MISTY OAKS DRIVE, GREER, SC 29651 | |
| 10925 | ECOFLO INC, 2750 PATTERSON ST, GREENSBORO, NC 27407 | |
| 10925 | ECOFLO, 2750 PATTERSON ST, GREENSBORO, NC 27407 | |
| 10924 | ECOFLO, 2750 PATTERSON ST, GREENSBORO, NC 27407 | |
| 10924 | ECOFLO, 2750 PATTERSON ST., GREENSBORO, NC 27407 | |
| 10924 | ECOFLO, 8520 K  CORRIDOR RD, SAVAGE, MD 20763 | |
| 10924 | ECOFLO, SAVAGE, MD 20763 | |
| 10924 | ECOGAS, ATTN: JERREL D. BRANSON, 50 BRIAR HOLLOW, HOUSTON, TX 77027 | |
| 10925 | ECO-KLEEN JANITORIAL, 15857 CHANNEL ST, SAN LORENZO, CA 94580 | |
| 10925 | ECOLAB INC, ANDREW I COULTER SR CORP COUNS, ECOLAB CENTER, ST PAUL, MN 55102 | |
| 10925 | ECOLAB MANUFACTURING INC, PO BOX 1354, DORADO, PR 00646PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ECOLAB, INC, PO BOX 905327, 905327, CHARLOTTE, NC 28290-5327 | |
| 10925 | ECOLAB, PO BOX 6007, GRAND FORKS, ND 58206-6007 | |
| 10925 | ECOLAB, POBOX 905327, CHARLOTTE, NC 28290-5327 | |
| 10925 | ECOLAKE ENTERPRISES, 5950 EAGLE CREEK ROAD, LEAVITTSBURG, OH 44430 | |
| 10925 | ECOLE BILINGUE, 17 IRVING ST, ARLINGTON, MA 02174 | |
| 10925 | ECOLIGHTING SYSTEMS INC., 51 CORPORATE WOODS 9393W.110TH ST., OVERLAND PARK, KS 66210 | |
| 10924 | ECOLINK, INC., 1481 ROCK MOUNTAIN BOULEVARD, STONE MOUNTAIN, GA 30083 | |
| 10925 | ECOLOCHEM, 13030 PLAYER, HOUSTON, TX 77045 | |
| 10925 | ECOLOCHEM, INC, 4545 PATENT ROAD, NORFOLK, VA 23502 | |
| 10925 | ECOLOCHEM, PO BOX 18162, HOUSTON, TX 77045 | |
| 10925 | ECOLOGICAL CONS. OF CALCASIEU PAR., 1271 KINGERY ROAD, LAKE CHARLES, LA 70611 | |
| 10924 | ECOLOGY CONTROL INDUSTRIES, 20846 NORMANDIE AVE., TORRANCE, CA 90502 | |
| 10925 | ECOLOGY SERVICES, INC, PO BOX 728, RIDGEFIELD PARK, NJ 07660 | |
| 10925 | ECOM AMERICA LTD., 1628 OAKBROOK DR, GAINESVILLE, GA 30507-8492 | |
| 10925 | ECOM AMERICA, 3075 BRECKINRIDGE BLDG., SUITE 420, DULUTH, GA 30096 | |
| 10925 | ECOMPANY NOW, PO BOX 60001, TAMPA, FL 33660-0001 | |
| 10925 | ECON, 125 POWERS FERRY RD., MARIETTA, GA 30067 | |
| 10924 | ECONCO, 1318 COMMERCE AVENUE, WOODLAND, CA 95776 | |
| 10924 | ECONO-BLAST INC., 12000 31ST COURT, SAINT PETERSBURG, FL 33716 | |
| 10924 | ECON-O-CLOTH INC., 17414 RAILROAD AVENUE, LANSING, IL 60438 | |
| 10924 | ECON-O-CLOTH INC., PO BOX 410, LANSING, IL 60438 | |
| 10924 | ECON-O-CLOTH, INC., 120 W. WASHINGTON STREET, MINNEOLA, FL 32755 | |
| 10924 | ECON-O-CLOTH, INC., PO BOX 606, MINNEOLA, FL 32755 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 ECON-O-CLOTH, PO BOX 606, MINEOLA, FL 32755

10925 ECONOMIC DEVELOPMENT PARTNERSHIP, PO BOX 1708, AIKEN, SC 29802

10924 ECONOMIC MAINTENANCE, 4621 WHITE OAK DRIVE, TROY, MI 48098

10925 ECONOMIC RESEARCH INST, 16770 N E 79TH ST, REDMOND, WA 98052

10925 ECONOMICAL COUNCIL OF, THE, 1555 PALM BEACH LAKES BLVD, WEST PALM BEACH, FL 33401-2375

10925 ECONOMICS PRESS INC, 12 DANIEL ROAD, FAIRFIELD, NJ 07006-2575

10925 ECONOMICS PRESS, INC, THE, 12 DANIEL ROAD, FAIRFIELD, NJ 07004-2575

10925 ECONOMICS PRESS, THE, 12 DANIEL RD, FAIRFIELD, NJ 07004-2565

10925 ECONOMIST INTELLIGENCE UN, 111 WEST 57TH ST, NEW YORK, NY 10019

10925 ECONOMIST INTELLIGENCE, THE, 111 WEST 57TH ST, NEW YORK, NY 10019

10925 ECONOMIST, PO BOX 58524, BOULDER, CO 80322-8524

10925 ECONOMIST, THE, PO BOX 50402, BOULDER, CO 80322-0402

10925 ECONOMIST, THE, PO BOX 58525, BOULDER, CO 80321-8525

10925 ECONOMIST, THE, POBOX 50402, BOULDER, CO 80322-0402

10925 ECONOMISTS INC, 1200 NEW HAMPSHIRE AVE NW SUITE 400, WASHINGTON, DC 20036-6802

10925 ECONOMOU, NICHOLAOS, 379 SECOND AVE, LYNDHURST, NJ 07071

10924 ECONOMY CONCRETE - DO NOT USE, 1501 S.E. SCOTT, DES MOINES, IA 50317

10924 ECONOMY CONCRETE, 1501 S.E. SCOTT, DES MOINES, IA 50317

10925 ECONOMY DIE & GASKET, INC, 4600 ASHLAND AVE., BALTIMORE, MD 21205

10925 ECONOMY MECHANICAL INDUSTRIES, LOCK BOX 98825, CHICAGO, IL 60693

10924 ECONOMY TILE COMPANY, 11247 BEARD ROAD, ECONOMY, IN 47339

10924 ECONOMY TILE COMPANY, P O BOX 157, ECONOMY, IN 47339

10924 ECONOMY TILE COMPANY, POBOX 157, ECONOMY, IN 47339

10925 ECONO-RIDE, 11505 ALPHARETTA HWY, ROSWELL, GA 30076

10925 ECONOTECH SERVICES, LTD, PO BOX 952, POINT ROBERTS, WA 98281

10925 ECOSFERA S.P.A., VIA ALESSANDRO TORLONIA 13, ROMA, 161ITALY     **\*VIA Deutsche Post\***

10924 ECOSMART TERHNOLOGIES, INC., SUITE 202, 318 SEABOARD LANE, FRANKLIN, TN 37067

10925 ECRECON, 62 N. BROAD ST, PENNS GROVE, NJ 08069

10925 ECTOR CITY SCHOOL DISTRICT, 806 N. LEE PO BOX 73, ODESSA, TX 79760-0073

10925 ECTOR COUNTY CLERK, 300 NORTH GRANT RM 111, ODESSA, TX 79761

10925 ECTOR CTY SCHOOL DISTRICT, 806 N LEE - POBOX 73, ODESSA, TX 79760-0073

10924 ECUADOR OVERSEAS AGENCIES C.A., AV.9 DE OCTUBRE NO. 818, GUAYAQUIL, 0ECU     **\*VIA Deutsche Post\***

10924 ED BELL CONSTRUCTION CO, MARSH LANE, CARROLLTON, TX 75006

10924 ED BELL CONSTRUCTION CO, OFF Z ST. AT MERIDIAN CONSTRUCTION, OFF Z ST. AT MERIDIAN CONSTRUCTION, DALLAS, TX 75354

10924 ED BELL CONSTRUCTION CO, P O BOX 540787, DALLAS, TX 75354

10924 ED BELL CONSTRUCTION CO, PO BOX540787, DALLAS, TX 75354

10924 ED BELL CONSTRUCTION CO, RED OAK, TX 75142

10924 ED BELL CONSTRUCTION CO., 1101 RENNER RD., RICHARDSON, TX 75080

10925 ED BRADFORD EXCAVATING &, 5134 HWY.P, FESTUS, MO 63028

10925 ED BURNS & SONS TRUCKING INC, RR #1, DENVER, IN 46926

10924 ED CORREL, SHERMAN OAKS GALLEY, SHERMAN OAKS, CA 91401

10924 ED COX PLASTERING, EUGENE, OR 97401

10925 ED GRAZIANO & ASSOCIATES, 6767 FOREST NIL AVE, RICHMOND, VA 23225

10925 ED GRIFFITH, 1840 STONER ROAD, MASSILLON, OH 44646

10925 ED LAWRENCE CONSTRUCTION, 964 BELLE PLAINS ROAD, FREDERICKSBURG, VA 22405

10925 ED RAICHERT INC, 3517 NORTH 42ND AVE, PHOENIX, AZ 85019

10925 EDALGO, GLENN, RT 1, BOX 126, IOTA, LA 70543

10925 EDC RESIN SALES & SERVICE INC, PO BOX 359, SHARON, WI 53585

10925 EDDIE BLOCKER, 408 BEASLEY ROAD, WILMINGTON, NC 28409

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   EDDIE BOWERS, REDMOND, WA 98052

10925   EDDIE E HANNIFIN, 2718 MEADOWBROOK DR, BOISE, ID 83705-4636

10925   EDDIE EDMUNDS, 3005 CANDLESTICK CT., BARTLESVILLE, OK 74006

10925   EDDIE IVEY, POBOX 406, CLINTON, SC 29325

10925   EDDIE L EVANS &, MARY C EVANS JT TEN, RR 15 BOX 1430, BEDFORD, IN 47421-9805

10925   EDDIE L HARRELL &, JACQUELINE K HARRELL JTWRS JT TEN, 202 WESTFIELD DR, LAFAYETTE, GA 70503-5465

10925   EDDIE ROBERTSON, 415 OAKGROVE RD., LINTHICUM, MD 21090

10925   EDDIE, DARRELL, 1434 S. SANDSTONE, GILBERT, AZ 85296

10925   EDDIES REPAIR SHOP, 813 COURTHOUSE ROAD, STAFFORD, VA 22554

10925   EDDINGTON, JAMES, 236 S. DEAN, BUSHNELL, IL 61442

10925   EDDINGTON, RODERICK, 7548 LIBERTY AVE, JERSEY CITY, NJ 07306

10925   EDDINGTON, VIVIAN, 532 ROSECLIFF CIR, SANFORD, FL 32773

10925   EDDINS, MARILYN, PO BOX 75, JACK, AL 36346

10924   EDDISON MIDDLE SCHOOL, 70 COBB STREET, ROCKAWAY, NJ 07866

10925   EDDLEMAN, TRISHA, 771 CARDINAL DR, EASLEY, SC 29642

10924   EDDY PROPERTIES OFFICE BUILDING, 780 W. GRANADA BLVD., ORMOND BEACH, FL 32174

10925   EDDY, CAROLE, ST. RT. 83 1817 LAKE BUCKHORN UN, MILLERSBURG, OH 44654

10925   EDDY, GINA, 122 UPLAND AVE, NEWTON, MA 02461

10925   EDDY, NANCY, 59 MERRILL ROAD, WATERTOWN, MA 02172

10925   EDDY, RICHARD THOMAS, 6455 OVERLOOK DR, ALEXANDRIA, VA 22312-1328

10925   EDDY, RICHARD, 571 CROLEY DRIVE, NASHVILLE, TN 37209

10925   EDELBLUTE, JOHN, 141 WARNER HILL RD, DERRY, NH 03038

10925   EDELMAN THOMPSON LLC, 3101 BROADWAY ST #600, KANSAS CITY, MO 64111

10925   EDELMAN, DIANNE, 677 ENGLISH RD, BATH, PA 18014

10925   EDELMAN, GEORGE, 1095 BLUERIDGE AVE., #10, ATLANTA, GA 30306

10925   EDELMAN, PAUL, 18 DEACON HUNT DR, ACTON, MA 01720

10925   EDELMANN & ASSOCIATES INC, POBOX 47129, MINNEAPOLIS, MN 55447-0129

10925   EDELSTEIN JR, SAM E, 2921 ELDORADO DR, MEDFORD, OR 97504-8134

10925   EDELSTEIN, KAYLA, 29 HILLSIDE AVE, STONEHAM, MA 02180

10924   EDEN PARK RESIDENTIAL HEALTH CARE, EXIT 3 OFF ROUTE 90, EAST GREENBUSH, NY 12061

10924   EDEN PRAIRIE HIGH SCHOOL C/O CD, 17185 VALLEY VIEW ROAD, EDEN PRAIRIE, MN 55346

10925   EDENBOROUGH, CURTIS, 214 NORTH JAMES ST, GUYMON, OK 73942

10925   EDENFIELD, MARY, PO BOX 1094, WOODVILLE, FL 32362

10925   EDENFIELD, WILLIAM, ROUTE 1 BOX C-42, COTTONWOOD, AL 36320

10925   EDGAR A WILLIAMS &, EDNA R WILLIAMS JT TEN, 4410 N POTTENGER, SHAWNEE, OK 74801-1269

10925   EDGAR C JOHNSON &, SHIRLEY J JOHNSON TR UA, OCT 22 91165, THE ECVB & J TRUST, 20248 PALOU DR, SALINAS, CA 93908-1226

10925   EDGAR E BARNES &, VERONICA M BARNES JT TEN, 7504 VALLEYBROOK RD, CHARLOTTE, NC 28270-6551

10925   EDGAR J MILLER, 7108 BLAIRVIEW DR, DALLAS, TX 75230-5413

10924   EDGAR SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   EDGAR ZALOOM, 505 JEFFERSON AVE, SECAUCUS, NJ 07094-2012

10925   EDGAR, ALISON, 12810 PT PLEASANT DR, FAIRFAX, VA 22033

10925   EDGAR, GEORGE MAGOWAN, 6 THE NEW ROAD GLEBE, HILLSBOROUGH CODOWN, NORTHERN IRELAND, BT26 6NDIRELAND          *VIA Deutsche Post*

10925   EDGAR, JERRY, 115 N. RICHELIEU CIRCLE, NEW IBERIA, LA 70560

10925   EDGE GROUP, 17202 NEVELSON CIRCLE, SPRING, TX 77379

10925   EDGE GROUP, 3607 CHARWOOD CRT., HOUSTON, TX 77068

10925   EDGE, CATHY, 208 WHIPPOORWILL CT, WILLIAMSTON, SC 29697

10925   EDGE, DAVID, 1125 HWY 417, MOORE, SC 29369-9518

10925   EDGE, DEARL, 329 WELLS HALL, COLLEGE STATION, TX 77843

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    EDGE, GRADY, 208 WHIPPOORWILL CT, WILLIAMSTON, SC 29697

10925    EDGE, JEFFREY, 625 BETHANY CHURCH ROAD, MOORE, SC 29369-9582

10925    EDGE, JOE, 111 SOUTH LAKEVIEW DR, DUNCAN, SC 29334-9743

10925    EDGE, JOHN, 9950 ST. LAWRENCE SPUR, PHILPOT, KY 42366

10925    EDGE, MARIAN, 4229 C CEDAR CREEK, MONTGOMERY, AL 36106

10925    EDGE, ROBERT, 1795 BROCKMAN MCCLIMON ROAD, GREER, SC 29651

10925    EDGE, VERA, 1125 HWY 417, MOORE, SC 29369

10925    EDGE, VIRGINIA C, 625 NAZARETH CHURCH ROAD, MOORE, SC 29369-9771

10924    EDGEHILL APARTMENTS, 4832 PAYNE COURT, CLEVELAND, OH 44103

10925    EDGEHILL, STEPHANIE, 310 BONHILL DRIVE, FT WASHINGTON, MD 20744

10925    EDGELL, GEORGE, PO BOX 848 STAR ROAD, WAKE FOREST, NC 27587

10924    EDGEMONT STONE & SUPPLY, P.O. BOX 178, EDGEMONT, PA 19028

10925    EDGERLEY, MONNA, PO BOX O, SAN JOSE, CA 95151

10925    EDGERTON, VIRGINIA, 105 MARSHALL RD, ROCKY FACE, GA 30740

10925    EDGETECH IG, INC, 800 COCHRAN AVE., CAMBRIDGE, OH 43725

10924    EDGETECH, 800 COCHRAN AVENUE, CAMBRIDGE, OH 43725

10924    EDGETECH-DO NOT USE, 800 COCHRAN AVENUE, CAMBRIDGE, OH 43725

10924    EDGEWATER DESIGNS, INC., 1395 PERRY DALE ROAD, DALLAS, OR 97338

10924    EDGEWATER ELEM. SCHOOL, 2280 DEPEW ST., EDGEWATER, CO 80214

10925    EDGEWOOD AMOCO, JOHN PUGH, 749 SOUTH EDGEWOOD AVE, JACKSONVILLE, FL 32205-5336

10925    EDGEWOOD ASSOCIATES, PO BOX 212, DERRY, NH 03038

10925    EDGEWOOD AVE SHELL, KENNY PATEL, 2309 W EDGEWOOD AVE, JACKSONVILLE, FL 32209-2452

10925    EDGEWORTH, RICHARD, 4682 CAMBIO COURT, FREMONT, CA 94536

10925    EDGIN, DALE, 1327 JASMINE, LEWISVILLE, TX 75067

10925    EDGIN, JAMES, BOX 174-C, ALTUS, AR 72821

10925    EDGMAN, MARY, 130 W INDIANA, MOMENCE, IL 60954

10925    EDIE, JOHN, 332 RVERSDE CHASE CR, GREER, SC 29650

10925    EDIGER, VERNON, 13477 E. CENTER AVE., AURORA, CO 80012

10924    EDINBURG MEDICAL CENTER, C/O TOMAN & ASSOC., EDINBURG, TX 78539

10924    EDINBURG MIDDLE SCHOOL, C/O DRURY SOUTH, INC., SAN ANTONIO, TX 78216

10925    EDINGTON, CHARLES, 501 E 63RD ST N. LOT 44, WICHITA, KS 67219

10925    EDINGTON, GLENN, 20 BENTON ST, MIDDLEBORO, MA 02346

10925    EDINGTON, JACQUELINE, 7713 BEECH AVE, HAMMOND, IN 46324

10925    EDINGTON, JACQUELINE, 7713 BEECH, HAMMOND, IN 46324

10924    EDISON CHEMICAL SYS INC, 3 NORTHWEST DR, PLAINVILLE, CT 06062-1331

10924    EDISON CHEMICAL SYSTEMS, INC., 3 NORTHWEST DR, PLAINVILLE, CT 06062-1331

10924    EDISON CHOESTE, 16201 EAST MAIN, HOUMA, LA 70361

10924    EDISON SCHOOL, 1339 FORSTALL STREET, NEW ORLEANS, LA 70119

10925    EDISON, ROBERT, 203 N MOODY, VICTORIA, TX 77902

10925    EDISON, WILBERT, RT 3 BOX 120, BAY CITY, TX 77414

10925    E-DISTRIBUTIONS INC, PO BOX 13444, ATLANTA, GA 30324

10925    EDIT, 700 CENTRAL AVE, NEW PROVIDENCE, NJ 07974-1139

10925    EDITE M. GATTE, 3838 N. SAM HOUSTON PKWY. E., HOUSTON, TX 77032

10925    EDITH E BLACK TR, UA 07 11 83, EDITH E BLACK REV TRUST, 1204 WALNUT ST, BERKELEY, CA 94709-1407

10925    EDITH F ADAMS, 603 PENNDALE AVE, PENNSIDE READING, PA 19606-1628

10925    EDITH G HOLTERMANN &, ALBERT H HOLTERMANN JT TEN, 319 CLARKE AVE, STATEN ISLAND, NY 10306-1127

10925    EDITH H HINES, 6131 MARTHA S GLEN RD, COLUMBIA, SC 29209-0000

10925    EDITH H REKSHYNSKYJ &, BOHDAN O REKSHYNSKYJ JT TEN, 9867B BOCA GARDENS TRL, BOCA RATON, FL 33496-1716

10925    EDITH KRAMER, 220 MADISON AVE APT 7C, NEW YORK, NY 10016-3413

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EDITH L BOLLENGIER, PO BOX 3158, SUNRIVER, OR 97707-0158

10925   EDITH LEDERBERG, 7547 NW 79TH AVE APT 112, TAMARAC, FL 33321-2879

10925   EDITH M RICHARDS, C/O WILLIAM D MATTHEWS EXEC, PO BOX 672, LONG VALLEY, NJ 07853-0672

10925   EDITH MILLER FLORIST, 1520 BUERKLEY RD, WHITE BEAR LAKE, MN 55110

10925   EDITH U HOSTETTER, BOX 26, NORTH EAST, MD 21901-0026

10925   EDITH W LI, 563 LOCUST PL, BOULDER, CO 80304-0575

10925   EDITHA WILLIAMS DUDLEY, PO BOX 10, COMANCHE, TX 76442-0010

10925   ED-K MACHINE, 6400 FALLS RD., BALTIMORE, MD 21209

10925   EDKA P. COMPANY, 203 POWERS RD., ROCHELLE, IL 61068

10925   EDLEIN, MARC, 509 WAYSIDE CIRCLE, SENECA, SC 29678

10925   EDLEN ELECTRICAL EXHIBITION SERVICE, 1001 E SUNSET, LAS VEGAS, NV 89193-4167

10925   EDLEN ELECTRICAL EXHIBITION, 11483 ROCKET BLVD, ORLANDO, FL 32824

10925   EDLIN, L, 8708 E GLENWOOD CIR, LOUISVILLE, KY 40219

10924   EDLONG CORP., 225 SCOTT STREET, ELK GROVE VILLAGE, IL 60007

10924   EDLONG CORPORATION, 225 SCOTT STREET, ELK GROVE VILLAGE, IL 60007

10925   EDMAC COMPRESSOR CO, PO BOX 890007, CHARLOTTE, NC 28269-0007

10925   EDMINISTER, MICHAEL, 10002 N 7TH ST, PHOENIX, AZ 85020

10924   EDMON REGIONAL HOSPITAL, CUSTOMER PICK-UP, TAHLEQUAH, OK 74464

10925   EDMOND JR, WILLIE, 13350 NORTH BUROUGH,#2809, HOUSTON, TX 77067

10925   EDMOND L BLEIWEISS, 23319 E SILSBY ROAD, BEACHWOOD, OH 44122-1261

10925   EDMOND O LYNAM TELEDYNE MCCORMICK &, 3601 UNION ROAD PO BOX 6, HOLLISTER, CA 95024-0006

10924   EDMOND REGIONAL HOSPITAL, C/O TRUE FIREPROOFING, EDMOND, OK 73013

10924   EDMOND REGIONAL MEDICAL CENTER, ONE SOUTH BRYANT AVENUE, EDMOND, OK 73034

10925   EDMOND, ERIC, 9408 THURSTON COURT, FAIRFAX STATI, VA 22039

10925   EDMOND, MARCUS, 336 FREAR DRIVE, DOVER, DE 19901

10925   EDMONDS, CHADWICK, 848 KEG TOWN MILL RD, CHESNEE, SC 29323

10925   EDMONDS, EDNA, 1093 SAM POWELL DAIRY RD, ROANOKE RAPIDS, NC 27870

10925   EDMONDS, EMORY W, 204 DONNYBROOK AVE, GREENVILLE, SC 29609

10925   EDMONDS, HARRY, 3224 S BONN ST, WICHITA, KS 67217

10925   EDMONDS, HELEN, 630B STONEHEDGE LN, APPLETON, WI 54914

10925   EDMONDS, JENNIFER, 244 CLINTON TERRACE, LYNDHURST, NJ 07071

10925   EDMONDS, KARY, 403 BRITT DRIVE, ROANOKE RAPIDS, NC 27870

10925   EDMONDS, LOUIS, 4621 LUMLEY RD, DURHAM, NC 27703

10925   EDMONDS, MARVIN, 201 TOAL ROAD, ENOREE, SC 29335-9771

10925   EDMONDS, MICHAEL, PO BOX 752, LEEDS, AL 35094

10925   EDMONDS, PEGGY, 4621 LUMLEY ROAD, DURHAM, NC 27703-5915

10925   EDMONDS, RICHARD, 36 PHILIPS ST, ARLINGTON, MA 02174

10925   EDMONDS, TURNER, 403 BRITT DRIVE, ROANOKE RAPIDS, NC 27870

10925   EDMONDS, WANDA, 1824 FREEMAN ST, HOPEWELL, VA 23860

10925   EDMONDSON, CHARLENE, PO BOX 681788, FRANKLIN, TN 37068-1788

10925   EDMONDSON, CLARENCE, 5472 CO RD 75, ROBSTOWN, TX 78380

10925   EDMONDSON, ELLA, 1424 HERMAN ST, NASHVILLE, TN 37208

10925   EDMONDSON, J, 111 W KARNES, WACO, TX 76706

10925   EDMONDSON, JONATHAN, 3208 SUMMER PLACE, GREENVILLE, NC 27834

10925   EDMONDSON, W A, STATE CAPITOL ROOM 112, 2300 N LINCOLN BLVD, OKLAHOMA CITY, OK 73105

10925   EDMONSON, ELAINE, 113 WALKER DR, PINEVILLE, LA 71360

10925   EDMONSON, HEIDI, 163 EHRHARDT RD, PEARL RIVER, NY 10965

10925   EDMONSON, RAMONA, 2140 N COLLEGE AVE, INDIANAPOLIS IN, IN 46205

10925   EDMONSTON, ROBERT, 215 NORWICH COURT, LAKE BLUFF, IL 60044

10925   EDMUND A OLSON &, EMILY C OLSON JT TEN, 2070 GOODRICH AVE, ST PAUL, MN 55105-1018

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | EDMUND BRUCKER, 545 KING DR, INDIANAPOLIS, IN 46260-3522 | |
| 10925 | EDMUND C LYNCH III, 80 SOUTH 6TH ST, LOCUST VALLEY, NY 11560-2107 | |
| 10925 | EDMUND F GUARALDI REVOCABLE, TRUST UA APR 8 91, 86 SMITH ST, CHEMLSFORD, MA 01824-1704 | |
| 10925 | EDMUND H CHOW &, AMY Y CHOW JT TEN, 9705 OVERBROOK ROAD, LEAWOOD, KS 66206-2309 | |
| 10925 | EDMUND HAINES, ESTATE OF EDMUND HAINES, DAVID HAINES, C/O BERNARD H GOLDFLUSS, 475 FIFTH AVE SUITE 506, NEW YORK, NY 10017-6220 | |
| 10925 | EDMUND M PICKETT &, KAREN A PICKETT JT TEN, 10916 FOXMOORE AVE, RICHMOND, VA 23233-1933 | |
| 10925 | EDMUND MICHAEL KIRK &, MILDRED F KIRK JT TEN, 215 16 26TH AVE, BAYSIDE L I, NY 11360-2606 | |
| 10925 | EDMUND R DAWSON &, SALLYE J DAWSON JT TEN, 17 LAMBERT LANE, NEW ROCHELLE, NY 10804-1009 | |
| 10925 | EDMUND SCIENTIFIC COMPANY, 101 EAST GLOUCESTER PIKE, BARRINGTON, NJ 08007-1380 | |
| 10925 | EDMUNDS JT TEN, ROBERT C & ELIZABETH J, 1133 LINDA FLORA DR, LOS ANGELES, CA 90049-1729 | |
| 10925 | EDMUNDS, RODERICK, PO BOX 2206, THOMSON, GA 30824 | |
| 10925 | EDMUNDS, TONYA, 2956 GLENMAWR AVE, PITTSBURGH, PA 15204 | |
| 10925 | EDNA A GIBBS & GEORGE R GIBBS, JT TEN, 4300 SOQUEL DR 216, SOQUEL, CA 95073-2150 | |
| 10925 | EDNA BOOKSPAN TR UA APR 25 89, EDNA BOOKSPAN TRUST, 4489 LUXEMBURG CT APT 305, LAKE WORTH, FL 33467-5022 | |
| 10925 | EDNA IVY COLLINS, 1825 HOODS CREEK PIKE, ASHLAND, KY 41101-2213 | |
| 10925 | EDNA M LOOS, 736 WARWICK AVE, FORT WAYNE, IN 46825-5675 | |
| 10925 | EDNA M SCHLEICHER, 287A ELMWOOD AVE, MAPLEWOOD, NJ 07040-1908 | |
| 10925 | EDNA M YODER, 2741 NO SALISBURY ST APT 3209, WEST LAFAYETTE, IN 47906-0000 | |
| 10925 | EDNA MARGARET LYONS TR, UA DTD AUG 27 80 THE, LYONS LIVING REVOCABLE TR, 20425 W WALNUT DR, SONORA, CA 95370-9039 | |
| 10925 | EDNA MAY SEAL, 85 COUNTY ROUTE 59 BOX 27, POTSDAM, NY 13676-4409 | |
| 10925 | EDNA P KLUSKA, 975 RAILROAD ST, GRAFTON, OH 44044-1425 | |
| 10925 | EDNA S CLEMMER, 104 BLEEKER RD APT 11, GUILDERLAND, NY 12084-9319 | |
| 10925 | EDNA SCHERER BRADY, 3602 GENERAL BATES DR, NASHVILLE, TN 37204-3813 | |
| 10925 | EDNA T HEARN TR UA, DEC 16 91, EDNA T HEARN REVOCABLE TRUST, 4300 MERTON RD, ROCKVILLE, MD 20853-2160 | |
| 10925 | EDNAMAE POLEN, 166 KENRIDGE RD, FAIRLAWN, OH 44333-3438 | |
| 10925 | EDONE, NIELLA, 2000 LINWOOD AVE, FORT LEE, NJ 07024 | |
| 10925 | EDORIA, EMMANUEL, 1336 141ST AVE., SAN LEANDRO, CA 94578 | |
| 10925 | EDORIA, RODOLFO, 525 BANCROFT AVE, 14, SAN LEANDRO, CA 94577 | |
| 10925 | EDOUARD, EVELYNE, 144-46 38TH AVE #16, FLUSHING, NY 11354 | |
| 10925 | EDOUARD, KAREN S, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3521 | |
| 10925 | EDOUARD, KAREN, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | EDOUARD, KAREN, 585 DOLPHIN DRIVE, DELRAY BEACH, FL 33445 | |
| 10925 | EDP SUPPLY SOUTH INC, 641 N E 33RD ST, POMPANO BEACH, FL 33064 | |
| 10925 | EDQUILANG, DEXTER, 2017 STACEY CT, WEST COVINA, CA 91792 | |
| 10925 | EDS, 10824 HOPE ST, CYPRESS, CA 90630 | |
| 10925 | EDSALL, FRANCES, 151 SIBBALD DR, PARK RIDGE, NJ 07656 | |
| 10925 | EDSON, LYNN, 55 PAGE LANE, HAMPSTEAD, NH 03841 | |
| 10925 | EDSON, MARK, 55 PAGE LANE, HAMPSTEAD, NH 03841 | |
| 10925 | EDSON, STEVEN, 6838 DUCKETTS LANE, ELKRIDGE, MD 21227 | |
| 10925 | EDSTROM, SEAN, 8809 S POINTE PKWY, PHOENIX, AZ 85044 | |
| 10925 | EDUARDO PEREZ GUERRA, CASILLA 35-V, VALPARAISO, | *VIA Deutsche Post* |
| 10924 | EDUCATION BUILDING, C/O PHOENIX FIREPROOFING, 23 RD AND SO.CAROLINA AVE., FORT CAMPBELL, KY 42223 | |
| 10924 | EDUCATION CENTER, C/O PRECISION WALLS, GREENSBORO, NC 27403 | |
| 10925 | EDUCATION PARTNERSHIP OF, 1555 PALM BCH LAKES BLVD, WEST PALM BEACH, FL 33401 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EDUCATION RESEARCH & INF., SERVICES, INC., 5110 BELLE FOUNTAINE CT., BATON ROUGE, LA 70820

10925   EDUCATIONAL ACTIVITIES,INC, PO BOX 392, FREEPORT, NY 11520

10925   EDUCATIONAL MEDIA GROUP, 111 E 14TH ST #PMB, NEW YORK, NY 10003-4103

10925   EDUCATIONAL MEDIA GROUP, 530 3RD AVE SOUTH STE #1, NASHVILLE, TN 37210

10924   EDUCATIONAL PAVILLION, 1730 INDEPENDENCE, LEES SUMMIT, MO 64063

10925   EDUCATIONAL RECOVERY SERVICE, PO BOX 32540, COLUMBUS, OH 43232-0500

10925   EDUGENE, PIERRE, 29 HICKORY AVE, HILLBURN, NY 10931

10925   EDWARD & STACI WORKMAN, 85 AUBURN RD, SWEDESBORO, NJ 08085

10925   EDWARD A MUSAL, 8 HILLCREST AVE, YONKERS, NY 10705-1614

10925   EDWARD A REEVES, 192 SOUTH OLD CREEK RD, VERNON HILLS, IL 60061-3174

10925   EDWARD A URBANOWICZ &, VALERIE M URBANOWICZ JT TEN, 611 NEWTON ST, SOUTH HADLEY, MA 01075-2019

10925   EDWARD ALFRED JOHNSON, 10109 BEARD AVE SOUTH, MINNEAPOLIS, MN 55431-2721

10925   EDWARD C ANCHER &, JEAN H ANCHER JTWRS JT TEN, RD 3 BOX 594, ROSLYN RD, BRANCHVILLE, NJ 07826-9550

10925   EDWARD C EICHHORN &, PAULA EICHHORN TEN ENT, 11 E LINDEN AVE, DUMONT, NJ 07628-1911

10925   EDWARD C GRAHAM, 4357 CEDAR WOOD DR, LILBURN, GA 30247-4212

10925   EDWARD C HUFFMAN, 734 N MAIN ST, SHELBYVILLE, TN 37160-2828

10925   EDWARD C NEWMAN &, ROYLEEN M NEWMAN JT TEN, 122 EAST MC CUEN ST, DULUTH, MN 55808-2132

10925   EDWARD C WATKINS, 2221 SW 1ST AVE 1822, PORTLAND, OR 97201-5023

10925   EDWARD C WHITNEY & SON INC, PO BOX 474, WILMINGTON, MA 01887

10925   EDWARD C. HUFNAGEL LANDSCAPE, 51 BROAD AVE, APT 1, FAIRVIEW, NJ 07022

10925   EDWARD CACHEL, 1105 E LEONARD ST, STAUNTON, IL 62088-1243

10925   EDWARD CARDIOVASCULAR INSTITUTE, ONE ECI PLAZA, NAPERVILLE, IL 60540-9865

10925   EDWARD CARY AMBLER, 27603 PKWY RD, EASTON, MD 21601-7201

10925   EDWARD CLIFFORD HAGGERTY, & MARGARET K HAGGERTY JT TEN, 316 BOSTON BLVD, SEA GIRT, NJ 08750

10925   EDWARD D GOTTBEHUET &, JOSEPHINE E GOTTBEHUET JT TEN, 4112 S W AUSTIN ST, SEATTLE, WA 98136-2110

10925   EDWARD DANIEL &, MARY DANIEL JT TEN, 1829 SW 19 ST, MIAMI, FL 33145-2715

10925   EDWARD DARCY, PO BOX 87, ETIWANDA, CA 91739-0087

10925   EDWARD DON & COMPANY, 135 LASALLE ST, DEPT 2562, CHICAGO, IL 60674-2562

10925   EDWARD E DIHRBERG, 1619 CROWN POINT AVE, NORMAN, OK 73072-5813

10925   EDWARD E JUDGE & SONS INC, PO BOX 866, WESTMINSTER, MD 21158

10925   EDWARD E SHURE &, JANET M SHURE JT TEN, 537 RAWE PEAK DR, DAYTON, NV 89403-9375

10925   EDWARD F MANSKY, 704 N FAIRBROOK DR, WAUNAKEE, WI 53597

10925   EDWARD F PODLOVITS, 84 RUSSELLVILLE ROAD, PO BOX 31, SOUTHAMPTON, MA 01073-0031

10925   EDWARD F SCHMIDT, PO BOX 363, ST JAMES, NY 11780-0363

10925   EDWARD F WITTMER, 540 CROOKED CREEK, HENDERSONVILLE, NC 28739-6872

10925   EDWARD F. MURPHY, 20331 BLUFFSIDE CIRCLE, HUNTINGTON BEACH, CA 92646

10925   EDWARD FECHT, 8614 E 74TH, KANSAS CITY, MO 64133

10925   EDWARD G ASSELIN, 515 WATERTOWN RD, MIDDLEBURY, CT 06762-1508

10925   EDWARD G ECK, 122 BROOKGATE DR, MYRTLE BEACH, SC 29579-7809

10925   EDWARD G WALTON, 14 BYRE LANE, WALLINGFORD, PA 19086-6215

10925   EDWARD G WOJDYLA &, KATHERINE EMILY WOJDYLA JT TEN, RR 3 BOX 210, MADISON, IN 47250-0000

10925   EDWARD H MONHAUT & DONNABELLE, MONHAUT JT TEN, 11625 NORTH ST RD 19, NAPPANEE, IN 46550-8709

10925   EDWARD H. HEINY, 8101 W. MIDWAY DR., LITTLETON, CO 80125

10925   EDWARD HASSEY LANDSCAPING, PO BOX 510, BELMONT, MA 02478

10925   EDWARD HINES LUMBER CO., 600 N. VILLA, VILLA PARK, IL 60181

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　EDWARD IMMERBLUM, 480 DELLBROOK AVE, SAN FRANCISCO, CA 94131-1115

10925　EDWARD J ANDEL, 4463 WINGED FOOT DR SE, GRAND RAPIDS, MI 49546-2259

10925　EDWARD J BIRRANE, 28 W. ALLEGHENY AVE, SUITE 501, TOWSON, MD 21204

10925　EDWARD J DE NAVE &, JANICE DE NAVE JT TEN, 8 LANDING WAY, CITY ISLAND, NY 10464-1547

10925　EDWARD J FREITAS, 4903 DOYLE RD, SAN JOSE, CA 95129-4226

10925　EDWARD J GILBERT, C/O REDEMPTORIST FATHERS OF NEW, YORK, OFFICE OF THE TREASURER, 7509 SHORE RD, BROOKLYN, NY 11209-2807

10925　EDWARD J GREENWOOD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　EDWARD J KELLY &, JUNE H KELLY JT TEN, 3202 NICHOLSON DR, FAIR LAWN, NJ 07410-4127

10925　EDWARD J M RHOADS, 21 JAY ST, GENEVA, PA 14456

10925　EDWARD J MC CABE TR UA DEC 14 89, EDWARD J MC CABE TRUST, 435 CUTTRISS AVE, PARK RIDGE, IL 60068-2706

10925　EDWARD J MCENEANY, 96 GREENWICH COURT, MADISON, NJ 07940-1157

10925　EDWARD J PRYZBYLA TR, 08 09 95, EDWARD J PRYZBYLA TRUST, 10 CENTER ST, CHICOPEE, MA 01013-2680

10925　EDWARD J SRAMEK &, ELIZABETH SRAMEK JT TEN, 911 PROSPECT, ELMHURST, IL 60126-4817

10925　EDWARD JAMIAN &, ALICE JAMIAN JT TEN, 30525 VERNON DR, BIRMINGHAM, MI 48025-4944

10925　EDWARD JOHN GREENWOOD, 31 BARTONHILL ROAD, CHELMSFORD, MA 01824-3871

10924　EDWARD JONES YMCA, 12521 MORINE AVENUE, SAINT LOUIS, MO 63103

10925　EDWARD JOSEPH PENZA, 163 THORNTON DR, PALM BEACH GARDENS, FL 33418-8090

10924　EDWARD JOY LIGHTING & ELECTRIC, 905 CANAL ST., SYRACUSE, NY 13217

10924　EDWARD JOY LIGHTING & ELECTRIC, PO BOX 6967, SYRACUSE, NY 13217

10925　EDWARD K MCELWAIN &, BEVERLY A MCELWAIN JT TEN, RR 2 BOX 1581, CLARENDON, PA 16313-9606

10925　EDWARD KERR, 22520 ECORSE ROAD, TAYLOR, MI 48180

10925　EDWARD KIRSCHNER, 275 CLARK ST RD, CAYUGA, NY 13034-2108

10925　EDWARD KURTH & SONS INC, 220 BLACKWOOD-BARNSBORO RD, SEWELL, NJ 08080

10925　EDWARD L BERGER &, CHARLES BERGER JT TEN, 16820 EDMORE, DETROIT, MI 48205-1516

10925　EDWARD L BITTNER, 9717 OVERBROOK RD, LEAWOOD, KS 66206-2309

10925　EDWARD L CALDWELL, 3023 FALL MIST DR, SAN ANTONIO, TX 78247-3229

10925　EDWARD L CHALBERT, 1721 LARK LANE, WILLOWDALE, CHERRY HILL, NJ 08003-3214

10925　EDWARD L MALSON, 6120 S COLUMBINE WAY, LITTLETON, CO 80121-2638

10925　EDWARD L MANN, 585 ALICE PLACE, BARTOW, FL 33830-6302

10925　EDWARD L TKACH, 404 VILLAGE COURT, EDGEWATER, FL 32132-2224

10925　EDWARD L WEBSTER JR &, PATRICIA H WEBSTER JT TEN, 5509 MILL TRACE DR, DUNWOODY, GA 30338-2727

10925　EDWARD LAM, 1430K ROBINSON ST, OVERLAND PARK, KS 66223

10925　EDWARD M BARRETT &, ADELE F BARRETT JT TEN, 193 SAINT GEORGES ST, DUXBURY, MA 02332-3847

10925　EDWARD M BEESLEY TR UA, SEP 19 91, 5597 VICKIE LN, BEDFORD HTS, OH 44146-2457

10925　EDWARD M CUNNINGHAM, 177 STATE ST, BOSTON, MA 02109-2603

10925　EDWARD M HIRSCH TR UA MAY 8 69, EDWARD M HIRSCH, 422 FELIX ST APT 607, SAINT JOSEPH, MO 64501-2177

10925　EDWARD M KENNELL, 124 RIVER PARK DR NW, ATLANTA, GA 30328-1123

10925　EDWARD M SHINNERS CUST FOR CRAIG, E SHINNERS UNIF GIFT MIN ACT KY, 211 GUINEVERE DR, MURRAY, KY 42071-4304

10925　EDWARD MACAN, 6308 W 66TH ST, OVERLAND PARK, KS 66202-4111

10925　EDWARD MASTER &, MARGARET E MASTER JT TEN, 37 MIDWAY AVE, HULMEVILLE, PA 19047-5827

10925　EDWARD MEZNER, 2314 PELHAM RD, ROCKFORD, IL 61107-1857

10925　EDWARD NORMAN GONTER, 47 LEGION RD, OAK RIDGE, NJ 07438-9329

10925　EDWARD O DONNELL, PO BOX 2582, CARSON CITY, NV 89702-2582

10925　EDWARD O. MOODY P.A., 801 W. 4TH ST., LITTLE ROCK, AR 72201

10925　EDWARD R GRAY JR TR UW, HENRY J TRUETT, PO BOX 190, CRESCENT, GA 31304-0190

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　EDWARD R GROSSO, 2641 RALL AVE, CLOVIS, CA 93611-5022

10925　EDWARD R JOSEPH, 508 F LAKE VISTA CIRCLE, COCKEYSVILLE, MD 21030-5236

10925　EDWARD R TORETTA, ROUTE 1 BOX 429, MULLINS, SC 29574-9742

10925　EDWARD ROSEN &, JUDITH G ROSEN JT TEN, 3337 JUSTIN CIRCLE, WEST PALM BEACH, FL 33417-1226

10925　EDWARD ROSEN, 3337 JUSTIN CIRCLE, WEST PALM BEACH, FL 33417-1226

10925　EDWARD S FRESE, 840 LONG HILL RD W, BRIARCLIFF MANOR, NY 10510-2123

10925　EDWARD S GROSS & BARBARA R GROSS, JT TEN, 1 PICKWICK HILL DR, HUNTINGTON STATION, NY 11746-1240

10925　EDWARD S HENDERSON, 1111 W 39TH ST APT G8, KANSAS CITY, MO 64111-4047

10925　EDWARD S KEY, 1107 INDIANA ST, GRAHAM, TX 76450-4030

10925　EDWARD S PEDDICORD &, DORIS S PEDDICORD, TEN ENT, CC609, 715 MAIDEN CHOICE LN, CATONSVILLE, MD 21228-5999

10925　EDWARD S SWAN, PO BOX 67, CARVERSVILLE, PA 18913-0067

10925　EDWARD S TRYTEK, 1180 VAN VLECK RD, SYRACUSE, NY 13209-1020

10925　EDWARD SASSANO, 989 MONROE HWY, NO 11, BETHLEHEM, GA 30620

10925　EDWARD SERAFIN &, JANE SERAFIN JT TEN, 57 B BROOKSIDE DR, CLIFTON, NJ 07012-1350

10925　EDWARD SMITH, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925　EDWARD SMOLAR, 20967 VIETO TERRACE, BOCA RATON, FL 33433-1642

10925　EDWARD SORDELLINI &, MICHELE SORDELLINI JT TEN, 212 BRADLEY CREEK POINT RD, WILMINGTON, NC 28403-5702

10925　EDWARD T MAZILAUSKAS, 79-10 34TH AVE, JACKSON HGTS, NY 11372-2437

10925　EDWARD T WOODRUFF, INC, 4305 BAYSIDE VILLAGE DRIVE APT 204, TAMPA, FL 33615

10925　EDWARD T. WOODRUFF, 7538 OLD WASHINGTON ROAD, WOODBINE, MD 21797

10925　EDWARD THOMAS BERRIMAN JR &, JANET F BERRIMAN JT TEN, 23 GOULD PLACE, EAST GREENWICH, RI 02818-2312

10925　EDWARD TOMESKI, PO BOX 1194, BOCA RATON, FL 33429-1194

10925　EDWARD V SAYRE &, VIRGINIA R SAYRE JT TEN, 1330 MASSACHUSETTS AVE NW APT 616, WASHINGTON, DC 20005-4152

10924　EDWARD VALVE INC., 1900 SOUTH SAUNDERS STREET, RALEIGH, NC 27602

10925　EDWARD W CAULFIELD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　EDWARD W DANIEL CO, 11700 HARVARD AVE, CLEVELAND, OH 44105

10925　EDWARD W DANIEL CO, PO BOX 931792, CLEVELAND, OH 44105

10925　EDWARD W ENTERS &, MARY J ENTERS JT TEN, 12306E KILLARNEY ST, WICHITA, KS 67206-4154

10925　EDWARD WESTBROOK, NESS, MOTLEY, LOADHOLD, POOLE, 26 BRIDGESIDE BLVD PO BOX 1792, MOUNT PLEASANT, SC 29465

10925　EDWARD, JR, WILLIAM, RT 4 BOX 483-A, ROANOKE RAPIDS, NC 27870

10924　EDWARDS AFB - ANACHOIC CHAMBER, C/O CAL PLY BAKERSFIELD, EDWARDS, CA 93523

10924　EDWARDS AFB, C/O FRED HATHAWAY, PALM SPRINGS, CA 92264

10924　EDWARDS AIR FORCE BASE, 5 S. WOLFE AVENUE, ROOM 37, EDWARDS AIR FORCE BASE, CA 93524

10924　EDWARDS AIR FORCE BASE, M/F FB2805 BLDG  3735, EDWARDS AIR FORCE BASE, CA 93524

10924　EDWARDS BROS. READY MIX, HWY 56 NORTH, VIOLET HILL, AR 72584

10924　EDWARDS BROTHERS, FROM BATESVILLE 30 MILES NORTH ON, HWY 69 TO MELBOURNE TURN LEFT ON, JACKSON STREET PLANT IS ON RIGHT, MELBOURNE, AR 72556

10925　EDWARDS BUSINESS TECHNOLOGY, POBOX 277752, ATLANTA, GA 30384-7752

10924　EDWARDS ELECTRIC @ PORTOFINA CONDO, 2200 VIA DE LUNA DR, BAL-ALEX ESTATES, FL 32561

10925　EDWARDS HIGH VACUUM, INC, 301 BALLARD VALE ST, WILMINGTON, MA 01887

10925　EDWARDS HIGH VACUUM, INC, PO BOX 22272, ROCHESTER, NY 14763

10925　EDWARDS JT TEN, GERALD D & JOYCE R, 9482 BANTAM AVE, SAN DIEGO, CA 92123-3603

10925　EDWARDS MECHANICAL CONTRACTORS, 315 EAST 8TH ST, NORTHAMPTON, PA 18067

10924　EDWARDS PRECAST CONCRETE COMPANY, 777 EDWARDS ROAD, DUBUQUE, IA 52003

10924　EDWARD'S READY MIX, 210 S CHICAGO STREET, GENESEO, IL 61254

10924　EDWARD'S READY MIX, 210 S. CHICAGO STREET, GENESEO, IL 61254

l9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    EDWARD'S READY MIX, 506 E CENTER, CAMBRIDGE, IL 61238

10924    EDWARDS READY MIX, JACKSON ST & HWY 69 SOUTH, MELBOURNE, AR 72556

10924    EDWARDS READY MIX, P O BOX 552, MELBOURNE, AR 72556

10924    EDWARDS READY MIX, PO BOX 552, MELBOURNE, AR 72556

10924    EDWARD'S READY MIX, RT 6, ATKINSON, IL 61235

10925    EDWARDS SPECIALTY PREMIUMS, PO BOX 3551, SPARTANBURG, SC 29304

10924    EDWARDS SUPER STORE #210, 530 OLD COUNTRY ROAD, HICKSVILLE, NY 11802

10924    EDWARDS SUPERMARKET, LINCOLN AVE SUNLAKE SHOPPING CENTER, HOLBROOK, NY 11741

10925    EDWARDS SYSTEM TECHNOLGOY, POBOX 277752, ATLANTA, GA 30384-7752

10925    EDWARDS TECHNICAL SALES CO INC, 4335 STEVE REYNOLDS BLVD, NORCROSS, GA 30093

10925    EDWARDS, A, 12 CROFTSTONE CT, MAULDIN, SC 29662-3188

10925    EDWARDS, ADAM, 770 CATHOLIC CEMETARY RD, MARTINSVILLE, IN 46151

10925    EDWARDS, ALICIA, 1300 S FARM VIEW DR, DOVER, DE 19904

10925    EDWARDS, ALLISON A, 913 TRESSLER LN, SULPHUR, LA 70663

10925    EDWARDS, ALLISON, 913 TRESSLER LANE SULPHUR LA 70663, SULPHUR, LA 70663

10925    EDWARDS, ANNIE E, 18291 TRACEY AVE, DETROIT, MI 48235-2529

10925    EDWARDS, BARBARA, 1901 BRINSON RD UNIT 36, LUTZ, FL 33549-5120

10925    EDWARDS, BEN A, 4008 MICHELLE ST, MURFREESBORO, TN 37129

10925    EDWARDS, BEN, 4008 MICHELLE ST., MURFREESBORO, TN 37128

10925    EDWARDS, BENNY, 320 N COLUMBIA, COVINGTON, LA 70433-4619

10925    EDWARDS, BERNADETTE, 2403 W HUNTINGDON, PHILA, PA 19132

10925    EDWARDS, BERNICE, 3030 LAFFERTY #13, PASADENA, TX 77502

10925    EDWARDS, BILLY, 2001 W UNION HILLS, PHOENIX, AZ 85017

10925    EDWARDS, BILLY, 7791 23RD ST., WESTMINISTER, CA 92685

10925    EDWARDS, BRYANT, 116 S. CANYON, LAMESA, TX 79331

10925    EDWARDS, C, 630 EAST 12 ST, ST CHARLES, MN 55972-1604

10925    EDWARDS, CARL, 2318 FULLER ST, PHILADELPHIA, PA 19152

10925    EDWARDS, CAROL J, PO BOX 31757, SEATTLE, WA 98103-1757

10925    EDWARDS, CELESTE, 850 NW 213 LA #205, MIAMI, FL 33169

10925    EDWARDS, DANNY, 11911 SUGARBERRY DRIVE, RIVERVIEW, FL 33569-6331

10925    EDWARDS, DEBRA, 234 CIRCLE DR, GREENVILLE, NC 27834

10925    EDWARDS, DEBRA, 4411 WEST 28TH, PINE BLUFF, AR 71603

10925    EDWARDS, DELORES, 3769 SHEIPS LN, MOBILE, AL 36608

10925    EDWARDS, DRUCILLA, 115 CLIFTON ST APT 8, CAMBRIDGE, MA 02140

10925    EDWARDS, ERIC, 351 COX ROAD, GREER, SC 29651

10925    EDWARDS, FRANK, 2 BOB CAT TRAIL, SIMPSONVILLE, SC 29681-5153

10925    EDWARDS, FRANKLIN, 522 ELM ST, WALLER, TX 77484-8309

10925    EDWARDS, GARY, HC 75 BOX 2020-5, ANDREWS, TX 79714

10925    EDWARDS, GRADY, RT 1, BOX 27C, ROWLAND, NC 28383

10925    EDWARDS, H, HARBORVIEW MARINA & YACHT CLUB, BALTIMORE, MD 21230

10925    EDWARDS, JACK, 31198 HWY 25, FRANKLINTON, LA 70438

10925    EDWARDS, JAMES C, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    EDWARDS, JAMES, 100 NORTH TAYLOR, AMARILLO, TX 79107

10925    EDWARDS, JAMES, 100 ROSEWOOD CIRCLE, DUNCAN, SC 29334-9662

10925    EDWARDS, JAMES, 34 STONEWAY PLACE, BALTIMORE, MD 21236

10925    EDWARDS, JAMES, 3519 KENT LN., WICHITA FALLS, TX 76308

10925    EDWARDS, JASON, BOX 252, POWERS LAKE, ND 58773

10925    EDWARDS, JEAN, 28TH BETH ST., LONG BEACH, CA 90805

10925    EDWARDS, JEFFERY, 2424 MORNING STAR TR, GREEN BAY, WI 54302

10925    EDWARDS, JEFFERY, PLEMONS RT BOX 10A H, BORGER, TX 79907

10925    EDWARDS, JEFFREY, 520 EAST 88TH ST, NEW YORK, NY 10028

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EDWARDS, JILL, 4005 CHESTER LANE, BAKERSFIELD, CA 93309 | |
| 10925 | EDWARDS, JOEL, 725 RICEVILLE ROAD, ASHEVILLE, NC 28805 | |
| 10925 | EDWARDS, JONCE, 2221 FAIRVIEW, CASPER, WY 82609 | |
| 10925 | EDWARDS, JONIE, 2420 EAGLE DRIVE, N. CHARLESTON, SC 29418 | |
| 10925 | EDWARDS, JORDAN, 2414 N. W. 8TH ST, POMPANO BEACH, FL 33069 | |
| 10925 | EDWARDS, JOSEPH, BOX 62, EDINBURG, IL 62531 | |
| 10925 | EDWARDS, JR, KENNETH, 37360 BILL SIMMONS RD., MT. HERMON, LA 70450 | |
| 10925 | EDWARDS, JUAN, RT 1 BOX 218, GARYSBURG, NC 27831 | |
| 10925 | EDWARDS, JUDITH, 164 MISTY MORN #8, LENOIR, NC 28645 | |
| 10925 | EDWARDS, JULIE, 11910 COBBLESTONE, HOUSTON, TX 77024 | |
| 10925 | EDWARDS, KAREN, RT 3 BOX 222, CHADBOURN, NC 28431 | |
| 10925 | EDWARDS, KATHRYN, 609 VALLEY LANE, TOWSON, MD 21286 | |
| 10925 | EDWARDS, KATHY, RT 2 BOX 672, COMMERCE, GA 30529 | |
| 10925 | EDWARDS, KENNETH, 1227 PINECROFT DRIVE, SUGARLAND, TX 77478 | |
| 10925 | EDWARDS, KIMBERLEY, 13 DEPOT ROAD, BOXFORD, MA 01921 | |
| 10925 | EDWARDS, LAVERN, PO BOX 252, POWERS LAKE, ND 58773 | |
| 10925 | EDWARDS, LAWRENCE, 4304 KENSINGTON DR, ST JOSEPH, MO 64506-4549 | |
| 10925 | EDWARDS, LINDA, 9012-C EAST, CHARLOTTE, NC 28227 | |
| 10925 | EDWARDS, LONI, 23318 CLAYSTONE AVE, CORONA, CA 91719 | |
| 10925 | EDWARDS, LUCILE, 7109 11 TH ST, MOBILE, AL 36608 | |
| 10925 | EDWARDS, MARGARET, RT 1 BOX 1985, HOWERTON, VA 22475 | |
| 10925 | EDWARDS, MARTHA, 2619 OLDE WHITEHALL, CHARLOTTE, NC 28273 | |
| 10925 | EDWARDS, MARVIN, 3651 FOREST GARDEN AVE, BALTIMORE, MD 21207 | |
| 10925 | EDWARDS, MARY, 13 DEPOT ROAD, BOXFORD, MA 01921 | |
| 10925 | EDWARDS, MATTHEW, 37 OLD HWY. 24, FOXWORTH, MS 39483 | |
| 10925 | EDWARDS, MELVIN, 1410 RICHMOND #274, HOUSTON, TX 77006 | |
| 10925 | EDWARDS, MICHAEL, 2701 OLD ALVIN RD, 801, PEARLAND, TX 77581 | |
| 10925 | EDWARDS, MICHAEL, 627 EVA, HOBBS, NM 88240 | |
| 10925 | EDWARDS, MICHAEL, 713 FILMORE ST, KENNER, LA 70062 | |
| 10925 | EDWARDS, MURPHY, 2701 GEN BUCKNER AVE, LAKE CHARLES, LA 70601 | |
| 10925 | EDWARDS, OWEN, 20 OAKLEY LANE, THE BLUFFS, LA 70748 | |
| 10925 | EDWARDS, PAMELA, 6013A MAYSVILLE RD, NEW MARKET, AL 35761 | |
| 10925 | EDWARDS, PAT, 4000 N.HAWTHORNE ST., CHATTANOOGA, TN 37406 | |
| 10925 | EDWARDS, PAUL, 1 ROSECRANS PLACE, BALTIMORE, MD 21236 | |
| 10925 | EDWARDS, PAUL, 3308 S.E. 89TH, OKLAHOMA CITY, OK 73135 | |
| 10925 | EDWARDS, PAUL, 534 4TH AVE., FORD CITY, PA 16226 | |
| 10925 | EDWARDS, PAUL, 7105 OBRIEN COURT, CHARLOTTE, NC 28269 | |
| 10925 | EDWARDS, PRESTON, 711 EAST MAIN ST, WALHALLA, SC 29691 | |
| 10925 | EDWARDS, RANDOLPH, PO BOX 174, SEABOARD, NC 27876 | |
| 10925 | EDWARDS, RAYMOND, 5 BRAGGS LANE, HEMINGFORD GREY HUNTINGDON, CAMBS, PE18 9BWUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | EDWARDS, REGINA, 2428 WARREN AVE, DALLAS, TX 75214 | |
| 10925 | EDWARDS, RICK, 6482 EAST 63RD AVE., COMMERCE CITY, CO 80022 | |
| 10925 | EDWARDS, ROBBIN, ROUTE 3 BOX 584, ROANOKE RAPIDS, NC 27870 | |
| 10925 | EDWARDS, ROBERT W, PO BOX 1832, SEATTLE, WA 98111-1832 | |
| 10925 | EDWARDS, ROBERT, 100 ROSEWOOD CIRCLE, DUNCAN, SC 29334-9662 | |
| 10925 | EDWARDS, ROSE, 37 CIMARON CIRCLE, PELZER, SC 29669 | |
| 10925 | EDWARDS, S, 8926 NORTH 97TH ST #204, MILWAUKEE, WI 53224 | |
| 10925 | EDWARDS, SCOTT, 5106 MASS AVE NW, WASHINGTON, DC 20016 | |
| 10925 | EDWARDS, SIDNEY, 4441 W. CIRCLE DR. N E, KALKASKA, MI 49646 | |
| 10925 | EDWARDS, SOPHIA, 1326 FERGUSON RD, CHAPEL HILL, NC 27514 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925     EDWARDS, STEVE, 5005 S 23 RD ST, ARLINGTON, VA 22206

10925     EDWARDS, STEVEN, 1035-C RAYMOND DR., BROUSSARD, LA 70518

10925     EDWARDS, SUSAN, 2216-G YAGER CREEK DR., CHARLOTTE, NC 28273

10925     EDWARDS, TIMOTHY, 1525 D ST, SE, WASHINGTON, DC 20003

10925     EDWARDS, TIMOTHY, 186 G PECKS ROAD, HARDING, PA 18643

10925     EDWARDS, TRACY, BOX 62, POWERS LAKE, ND 58773

10925     EDWARDS, TRAVIS, 1150 LISA LANE, BARTOW, FL 33830-7424

10925     EDWARDS, TRINA, 611 PLEASANT COURT, MARION, IL 62959

10925     EDWARDS, TROY, 14303 SW 107 PLACE, MIAMI, FL 33176

10925     EDWARDS, VERNON, 120 JAMES CORNER DRIVE, MOUNTAIN REST, SC 29664

10925     EDWARDS, VIRGIL, 4705 FOX CREEK DR EAST, MULBERRY, FL 33860

10925     EDWARDS, VIRGIL, 716 N CENTENNIAL WAY, MUSTANG, OK 73064-2023

10925     EDWARDS, VIRGINIA, 15131 MONRAD, HOUSTON, TX 77053

10925     EDWARDS, WILLIAM, 3625 WELLINGTON ST, PONCA CITY, OK 74604

10925     EDWARDS, WILLIAM, 553 BLACKBURN AVE, ASHLAND, KY 41101

10925     EDWARDS/WILMINGTON, 3530 US HWY 421 N, WILMINGTON, NC 28401-9018

10924     EDWARDSVILLE SCHOOL, C/O CIRCLE B, EDWARDSVILLE, IL 62025

10925     EDWIN A KNIBB & ALICE MILLER, KNIBB TR UA JUN 25 92 THE, EDWIN A KNIBB TRUST, 1354 RUTH, KIRKWOOD, MO 63122-1037

10925     EDWIN ARCHER RUMERFIELD &, CAROL ANNE RUMERFIELD JT TEN, 910 CLEVELAND ST, LEBANON, OR 97355-4422

10925     EDWIN AYER, 7630 NW 10TH ST, FORT LAUDERDALE, FL 33322-5105

10925     EDWIN BABLO, 249 SUNSET DR, CORNING, NY 14830-2415

10925     EDWIN C PANNELL, 403 FORT WORTH CLUB BLDG, FT WORTH, TX 76102

10925     EDWIN DONNELL MEEKS, 45 CRESTLINE RD, WAYNE, PA 19087-2672

10925     EDWIN E MYERS &, MARGARET E MYERS JT TEN, 8030 LOWELL, SHAWNEE MISSION, KS 66204-3479

10925     EDWIN H VAIL & VICTORIA S VAIL, JT TEN, C/O EDWIN H VAIL JR, EXECUTOR, 5762 OAKLEY TERRACE, IRVINE, CA 92612-3514

10925     EDWIN K MCMARTIN, 520 W 9TH ST, PUEBLO, CO 81003-2918

10925     EDWIN L JOSEPH, PO BOX 8339, ST THOMAS, 00801-1339VIRGIN ISLANDS     **\*VIA Deutsche Post\***

10925     EDWIN LEE CHESNUTT, 22 POWERS RD, ANDOVER, MA 01810-6070

10925     EDWIN LOUIS FOWLER, 5730 PEACOCK, HOUSTON, TX 77033-2415

10925     EDWIN LOVEJOY, 6701 MALLARDS COVE RD 6F, JUPITER, FL 33458

10924     EDWIN MORGAN CENTER, KINGS ST, MONROE, NC 28110

10925     EDWIN NEUSE, 6896 FM 2438, KINGSBURY, TX 78638

10925     EDWIN O. WILES, 7097 OLD MILLSTONE DR, MECHANICSVILLE, VA 23111-4278

10925     EDWIN R ARMSTRONG, 1612 CERRO SONOMA CIRCLE, PETALUMA, CA 94954-5764

10925     EDWIN R HARTKE, 5N425 EAGLE TERR, ITASCA, IL 60143-2434

10925     EDWIN T PIESKI, 2306 BLAIR SUMMIT POINTE, U S RT 6, SCRANTON, PA 18508

10925     EDWIN W PETERSON &, EVALYN W PETERSON JT TEN, 123 HARRISON AVE, BENNINGTON, VT 05201-2202

10925     EDWINA A KROLL, 108 GOFFLE HILL ROAD, HAWTHORNE, NJ 07506-2802

10925     EDWWARD M. LAHEY, PO BOX 265, LEE, MA 01238

10924     EECO (AD), 1440 DIGGS DR., RALEIGH, NC 27603

10924     EECO (AD), P.O. BOX  37339, RALEIGH, NC 27627-7339

10924     EEMCO, 4585 ELECTRONICS PLACE, LOS ANGELES, CA 90039

10925     EEOC, PO BOX 18198, WASHINGTON, DC 20036-8198

10924     EESCO UNITED, 601 LAKEVIEW POINT, NEW BRIGHTON, MN 55112

10925     EFC SYSTEMS INC, 420 S STOKES ST, HAVRE DE GRACE, MD 21078

10924     EFCO CORP., 1000 COUNTY ROAD, MONETT, MO 65708

10924     EFCO CORPORATION, 1000 COUNTY ROAD, MONETT, MO 65708

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | EFCO CORPORATION, 1230 FULDNER ROAD, BARNWELL, SC 29812 | |
| 10924 | EFCO, 1000 COUNTY RD, MONETT, MO 65708 | |
| 10924 | EFENGEE ELECTRIC SUPPLY(CED), 31 W. 356 DIEHL RD., NAPERVILLE, IL 60563 | |
| 10925 | EFFERS, LAURA, 9077 WEST POLK DRIVE, LITTLETON, CO 80123 | |
| 10925 | EFFICIENCY IN GOVERNMENT COMMITTEE, 1200 SPANISH RIVER ROAD, BOCA RATON, FL 33433 | |
| 10924 | EFFINGHAM READY MIX, 1204 W. WABASH AVE., EFFINGHAM, IL 62401 | |
| 10924 | EFFINGHAM READY MIX, BOX 1229, EFFINGHAM, IL 62401 | |
| 10924 | EFFINGHAM READY MIX, P O BOX 1229, EFFINGHAM, IL 62401 | |
| 10925 | EFFIO, LUIS, 21001 ROSCOE AVE, 29, CANOGA PARK, CA 91304 | |
| 10925 | EFFIRUM ROWE, 30 S CHARMANTOWN RD APT 43, CHATTANOOGA, TN 37411-4245 | |
| 10925 | EFFOX, INC, 9759 INTER OCEAN DRIVE, CINCINNATI, OH 45232 | |
| 10925 | EFI, 9302 S. HICKORY CIRCLE, HIGHLANDS RANCH, CO 80126 | |
| 10925 | EFIRD, CRYSTAL, 47303 MARK JOSEPH RD, ALBEMARLE, NC 28001 | |
| 10925 | EFIS DISCOUNT COMPUTERS, 3441 GOLDEN GATE WAY, LAFAYETTE, CA 94549-4533 | |
| 10925 | EFREMENKO, SANDRA, 507 TIOGA DR, CRANBERRY TWP, PA 16066 | |
| 10924 | EFTEC NORTH AMERICA LLC, 20219 NORTHLINE RD, TAYLOR, MI 48180 | |
| 10924 | EFTEC NORTH AMERICA LLC, 31601 RESEARCH PK DR, MADISON HEIGHTS, MI 48071 | |
| 10924 | EG&G AUTOMOTIVE RESEARCH, 5404 BANDERA ROAD, SAN ANTONIO, TX 78238 | |
| 10924 | EG&G CHANDLER ENGR CO, 2001 NORTH INDIANWOOD, BROKEN ARROW, OK 74012 | |
| 10925 | EG&G INC, 2450 ALAMO AVE S E, ALBUQUERQUE, NM 87106 | |
| 10925 | EG&G INC, 35 CONGRESS ST, SALEM, MA 01970 | |
| 10925 | EG&G INC, PO BOX 9100, ALBUQUERQUE, NM 87114 | |
| 10925 | EG&G INSTRUMENTS, 299 MIDWAY RD, OAK RIDGE, TN 37830 | |
| 10925 | EG&G INSTRUMENTS, 801 S ILLINOIS AVE, OAK RIDGE, TN 37830 | |
| 10925 | EG&G OMNI INC, NO 3 AMPERE ST, CABUYAO LAGUNA, 04205PHILIPPINES | *VIA Deutsche Post* |
| 10924 | EG&G ROCKY FLATS, INC., 1233 E. WOOLEY ROAD, OXNARD, CA 93030 | |
| 10924 | EG&G ROCKY FLATS, INC., 1235 E. WOOLEY ROAD, OXNARD, CA 93030 | |
| 10925 | EG&G ROTRON, 7 HASBROOK LANE, WOODSTOCK, NY 12498 | |
| 10925 | EG&G ROTRON, OFF RTE 375, WOODSTOCK, NY 12498 | |
| 10924 | EG3 S.A., TUCUMAN 744 - PISO 16, BUENOS AIRES, 01049ARG | *VIA Deutsche Post* |
| 10925 | EGAN, ARTHUR, 4863 COLONNADES CIR W, LAKELAND, FL 33811-1574 | |
| 10925 | EGAN, CATHERINE, 7791 WOODCHASE DR., SAN ANTONIO, TX 78240 | |
| 10925 | EGAN, JOHN, 12875 LOWER RIVER BLVD, ORLANDO, FL 32828 | |
| 10925 | EGAN, M, RR 2 BOX 149, SMITHFIELD, VA 23430 | |
| 10925 | EGAN, R, 2409 GRANDVIEW DRIVE, RICHARDSON, TX 75080-2510 | |
| 10925 | EGAN, RUSSELL, 36799 GRANDWOOD DR, GURNEE, IL 60031 | |
| 10925 | EGAN, THOMAS F, 1001 ARTILLERY POINT, WEST CHESTER, PA 19382 | |
| 10925 | EGAN, THOMAS, 1001 ARTILLERY POINT RD, WEST CHESTER, PA 19382 | |
| 10925 | EGAN, WALTER, 1446 GIBSON ROAD A-30, BENSALEM, PA 19020 | |
| 10925 | EGE, JOSEPH, 31 BETHERNE ST, NEW YORK, NY 10014 | |
| 10925 | EGER, LASZLO, 177 WARREN AVE, BOSTON, MA 02116 | |
| 10925 | EGERT, MARY, 4374 FIESTA LANE, HOUSTON, TX 77004 | |
| 10925 | EGERTON, MARY, 8 VERNON ROAD, MEDWAY, MA 02053 | |
| 10925 | EGGELHOF INC., PO BOX 4346 DEPT. 171, HOUSTON, TX 77210-4346 | |
| 10925 | EGGER, KRISTIN, 557 GRANT ST, HAZLETON, PA 18201 | |
| 10925 | EGGERMAN, DAVID J, 1353 WOODWARD AVE, JACKSONVILLE, FL 32207 | |
| 10925 | EGGERS, DR GARY G, CUST FOR GARRETT G EGGERS, UNIF GIFT MIN ACT CA, 404 TRAVERSO AVE, LOS ALTOS, CA 94022-1134 | |
| 10925 | EGGERS, JO ELLYN, CUST FOR DANA A EGGERS, UNIF GIFT MIN ACT CA, 404 TRAVERSO AVE, LOS ALTOS, CA 94022-1134 | |
| 10925 | EGGERS, STACEY, 7450 TREELINE PLACE APT E, INDIANAPOLIS, IN 46256 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EGGERT, NORBERT, 2483 PECAN ST, GREEN BAY, WI 54311-5510 | |
| 10925 | EGGHEAD DISCOUNT SOFTWARE, PO BOX 651069, CHARLOTTE, NC 28265-1069 | |
| 10925 | EGGHEAD DISCOUNT SOFTWARE, POBOX 651069, CHARLOTTE, NC 28265-1069 | |
| 10925 | EGGHEAD SOFTWARE, PO BOX 651069, CHARLOTTE, NC 28265-1069 | |
| 10925 | EGGIMANN, ARLENE, 54ROSEMONT AVE, WALTHAM, MA 02154 | |
| 10925 | EGGIMANN, TAMARA, 2975 N.E. 33RD PLACE, OCALA, FL 34479 | |
| 10925 | EGGLESTON CONCAGH, LYNN, BOX 172, PORTAL, AZ 85632-0172 | |
| 10925 | EGGLESTON, LYNN, RT 1 BOX 34, DONIE, TX 75838 | |
| 10925 | EGGLETON, MICHAEL, 3154 REIS AVE, COLUMBUS OHIO, OH 43224 | |
| 10925 | EGIDIO GOMEZ GALLARDO, CALLE MANVEL RODRIGUEZ NO 1060, OSORNO, CHILE | *VIA Deutsche Post* |
| 10925 | EGIROUS, GEORGE, 118 MALLARD WAY, WALTHAM, MA 02452 | |
| 10924 | EGIZII ELECTRIC, US ROUTE 150, NORMAL, IL 61761 | |
| 10925 | EGIZII JT TEN, JOHN & HELEN, PO BOX 970, SPRINGFIELD, IL 62705-0970 | |
| 10925 | EGL EAGLE GLOBAL LOGISTICS LP, PO BOX 98803, CHICAGO, IL 60693 | |
| 10925 | EGLAND, URSULA, PO BOX 16544, LAKE CHARLES, LA 70616 | |
| 10925 | EGLAR, PHILIP, 16619 LEE AVE, ORLAND PARK, IL 60467 | |
| 10925 | EGLAR, WILLIAM, 8621 WEST 170TH STRE, ORLANDO PARK, IL 60462 | |
| 10925 | EGLE, JOHN, 11242 CALIFA ST, N HOLLYWOOD, CA 91601 | |
| 10925 | EGLI PATENT ATTORNEYS, POSTFACH 473, ZURICH, CH-8034SWITZERLAND | *VIA Deutsche Post* |
| 10924 | EGYPTIAN CONCRETE CO INC, P.O. BOX 488, SALEM, IL 62881 | |
| 10924 | EGYPTIAN CONCRETE CO, 409 BENHAM STREET, BONNE TERRE, MO 63628 | |
| 10924 | EGYPTIAN CONCRETE CO, COMMERCIAL ST. W, SALEM, IL 62881 | |
| 10924 | EGYPTIAN CONCRETE CO, P O BOX 488, SALEM, IL 62881 | |
| 10924 | EGYPTIAN CONCRETE CO, P.O.BOX 452, BONNE TERRE, MO 63628 | |
| 10924 | EGYPTIAN CONCRETE COMPANY INC., 1400 OLD HIGHWAY 69 SOUTH, MOUNT VERNON, IN 47620 | |
| 10924 | EGYPTIAN CONCRETE COMPANY, P O BOX 452, BONNE TERRE, MO 63628 | |
| 10924 | EGYPTIAN CONCRETE, MOUNT VERNON, IN 47620 | |
| 10924 | EGYPTIAN LACQUER MFG. CO., 555 SAGAMORE PARKWAY SOUTH, LAFAYETTE, IN 47905-4737 | |
| 10924 | EGYPTIAN LACQUER MFG. CO., PO BOX 4449, LAFAYETTE, IN 47903-4449 | |
| 10925 | EGYPTIAN LACQUER MFG. COMPANY, 555 SAGAMORE PKWY, SOUTH LAFAYETTE, IN 47905 | |
| 10924 | EGYPTIAN LACQUER, 113 FORT GRANGER DRIVE, FRANKLIN, TN 37064 | |
| 10924 | EGYPTIAN LACQUER, 113 FORT GRANGER DRIVE, FRANKLIN, TN 37064-2918 | |
| 10925 | EH LYNN INDUSTRIES INC, DEPT 77-6436, CHICAGO, IL 60678-6436 | |
| 10925 | EH LYNN INDUSTRIES, INC, DEPT. 77-6436, CHICAGO, IL 60678-6436 | |
| 10925 | EHC INDUSTRIES INC, 366 HOLLOW HILL DRIVE, WAUCONDA, IL 60084 | |
| 10925 | EHC INDUSTRIES, INC, 366 HOLLOW HILL DR., WAUCONDA, IL 60084 | |
| 10925 | EHLERS CONSTRUCTION, 680 GRAND CANYON DR #3, MADISON, WI 53719-2905 | |
| 10925 | EHLERS, CHARLES, 81 FARMERS CLIFF RD, CONCORD, MA 01742 | |
| 10925 | EHLERS, JEFFERY, 410 3RD AVE S.W., DYERSVILLE, IA 52040 | |
| 10925 | EHLERS, JOHN, 108 KINGSTON ROAD, WALTHAM, MA 02451-2300 | |
| 10925 | EHLERS, JOHN, 1617 KEBBIE, DUBUQUE, IA 52002 | |
| 10925 | EHLERS, LILLIAN, 108 KINGSTON ROAD, WALTHAM, MA 02154-2327 | |
| 10925 | EHLERS, ORRIN, RR 1 BOX 40, WEBBER, KS 66970-9504 | |
| 10925 | EHLERT, NORMA, 11009 MUSCATINE, HOUSTON, TX 77029 | |
| 10925 | EHMKE/ATLANTA MOVERS INC, 750 PROGRESS INDUSTRIAL BLVD, LAWRENCEVILLE, GA 30243 | |
| 10925 | EHMKE/ATLANTA MOVERS INC., 750 PROGRESS INDUSTL BLVD, LAWRENCEVILLE, GA 30243 | |
| 10925 | EHNERD, DANIEL, 2074 LOST DAUPHIN RD, DE PERE, WI 54115-1624 | |
| 10925 | EHOB, 2842 RAND ROAD, INDIANAPOLIS, IN 46241 | |
| 10925 | EHOB, PO BOX 42187, INDIANAPOLIS, IN 46242 | |
| 10925 | EHRENBERG, GREGORY, 12110 A W WHIRLWAY, ODESSA, TX 79763 | |
| 10925 | EHRENBERG, REBECCA, 922 CHANCELANT CT, NEENAH, WI 54956 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　EHRENBERGER, FRANK, BOX 9 609 2ND ST E, NEWHALL, IA 52315-0009

10925　EHRENFRIED, EDWIN, 311 PINEWOOD ROAD, BALTIMORE, MD 21222

10925　EHRET MAGNESIA MANUF. CO., SUITE 320, 1050 WILSHIRE DR., TROY, MI 48084

10925　EHRHARDT, CAROL, 9743 SW 2ND ST, BOCA RATON, FL 33428

10925　EHRHART, RICHARD, 315 DELAWARE AVE, RIVERSIDE NJ, NJ 08075

10925　EHRLICH, GREGORY, 1004 RAWSON AVE #6, S. MILWAUKEE, WI 53172

10925　EHRLICH, MICHELLE, 570 SE 13 CT, POMPANO BEACH, FL 33060

10925　EHRLICH, SUSAN G, 7500 GRACE DR., COLUMBIA, MD 21044

10925　EHRLICH, SUSAN, 6632 HAVILAND MILL ROAD, CLARKSVILLE, MD 21029

10925　EHRMANN, MICHAEL, ROUTE 4 BOX 383, HEMPHILL, TX 75948

10925　EHS MANAGEMENT, POBOX 32699, LAUGHLIN, NV 89028-2699

10925　EHS TECHNOLOGY GROUP, LLC, PO BOX 3040, MIAMISBURG, OH 45343-3040

10925　EI DUPONT DE NEMOURS & CO INC, CHAMBERS WORKS - ROUTE 30, DEEPWATER, NJ 08023

10924　EI DUPONT DE NEMOURS, HWY 87, FAYETTEVILLE, NC 28302

10925　EI DUPONT SPECIALTY CHEMICALS, MARY LENOX PLANT MGR,

10925　EIBEN, CARTER, 608 W 30TH, ODESSA, TX 79762

10925　EIBEN, CHARITY, 2742 EISENHOWER, ODESSA, TX 79762

10925　EIBEN, GREGORY, 1840 VALLEY VIEW DR., MARION, IA 52302

10925　EIBEN, LLOYD, 2742 EISENHOWER, ODESSA, TX 79762

10925　EICHELMAN, ELEANOR, 3413 JAY COURT, ELLICOTT CITY, MD 21042

10925　EICHEN, BRIAN, 565 SPARKS BLVD, CS260, SPARKS, NV 89434

10925　EICHENBERGER, KIMBERLY, 2826 BELLVIEW DRIVE, BENSALEM, PA 19020

10925　EICHENHOLTZ, JOHN, 51 BROAD REACH M65, N WEYMOUTH, MA 02191

10925　EICHHORN, CYNTHIA, 276 NORTH 3RD ST., SURF CITY, NJ 08008

10925　EICHHORN, EDWARD, 11 E LINDEN AVE, DUMONT, NJ 07628

10925　EICHHORN, EMIL, 206 LYNNCREST COURT, LUTHERVILLE, MD 21093

10925　EICHHORN, EMIL, 206 LYNNCREST CT, LUTHERVILLE, MD 21093-5743

10925　EICHHORN, MELISSA, 11 E. LINDEN AVE., DUMONT, NJ 07628

10925　EICHHORN, TRACEY L, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925　EICHHORN, TRACEY L., 10808 SIERRA OAKS, AUSTIN, TX 78759

10925　EICHHORN, TRACEY, 10808 SIERRA OAKS, AUSTIN, TX 78759

10925　EICHHORST, JAMES, 7561 HWY W, GREENLEAF, WI 54126

10925　EICHHORST, RONALD, 7562 HOLLY-MOR RD, GREENLEAF, WI 54126

10925　EICHLER, LARRY A, RR 1, BOX 1119, MARYLAND, NY 12116

10925　EICHMAN, DON, 23012 ASH CREED RD, ANDERSON, CA 96007

10925　EICHORN, EMIL, 206 LYNNCREST CT, LUTHERVILLE, MD 21093

10925　EICHSTADT, THOMAS, 5711 WHISTLING WIND LANE, MILFORD, OH 45150

10925　EICKMANN, LARRY, 120 STONE HEDGE DR. NW, CEDAR RAPIDS, IA 52405

10925　EID, GEORGE, 9 KELLY DRIVE, WOBURN, MA 01801

10925　EIDELMAN, SUSAN, 3 BRYDEN ROAD, SOUTHBORO, MA 01772

10925　EIDSMOE HEIDMAN REDMOND FREDREGILL, 303 LOCUST ST #200, DES MOINES, IA 50309

10925　EIERSTEDT, P, 5116 EL CIRCULO, OCEANSIDE, CA 92056-9998

10925　EIGENBROT, CHRISTINE, 615A LAKE DR, DOUGLASSVILLE, PA 19518

10925　EIGNER, THOMASENA, RFD 1, BOX 231, NEWBERRY, SC 29108

10925　EIICHI SAKAUYE & MARIE SAKAUYE, TR UA AUG 19 92, THE EIICHI SAKAUYE & MARIE, SAKAUYE
　　　　1992 REVOCABLE TRUST, 681 MONTAGUE EXPRESSWAY, SAN JOSE, CA 95131

10925　EIKELBERGER, DARIN, 1724 PEYTON APT.#A, BURBANK, CA 91504

10925　EIKENBARY, FRANKLIN, PO BOX 435, JENNINGS, OK 74038-0435

10924　EIKENHOUT & SONS, **TO BE DELETED**, TRAVERSE CITY, MI 49684

10924　EIKENHOUT & SONS, 1700 S. WARREN, SAGINAW, MI 48601

10924　EIKENHOUT & SONS, 2981 CASS RD., TRAVERSE CITY, MI 49684

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  EIKENHOUT & SONS, 2981 CASS ROAD, TRAVERSE CITY, MI 49684

10924  EIKENHOUT & SONS, 346 WEALTHY S.W., GRAND RAPIDS, MI 49503

10925  EIKENHOUT INC, 1700 SOUTH WARREN, SAGINAW, MI 48601

10925  EIL INSTRUMENT, PO BOX 630838, BALTIMORE, MD 21263-0838

10925  EIL INSTRUMENTS INC., PO BOX 630838, BALTIMORE, MD 21263-0838

10925  EILEEN C GOLDEN, 434 SCARSDALE RD, YONKERS, NY 10707-2117

10925  EILEEN C KLOBERDANZ, 416 ELM DR, LIBERTYVILLE, IL 60048-2116

10925  EILEEN CLARE BROWN, 333 EAST 69TH ST, NEW YORK, NY 10021-5549

10925  EILEEN EARLY, 1153-7TH AVE, WATERVLIET, NY 12189-3215

10925  EILEEN ELSIE JOHNSON &, MARLIN J JOHNSON TEN ENT, 2500 BOLLINGER MILL RD, FINKSBURG, MD 21048-2702

10925  EILEEN G EVANS, 166 GRAND AVE, APT B-20, ENGLEWOOD, NJ 07631-3559

10925  EILEEN M BIRDSALL, 602 FAIRVIEW BOX 37, OXFORD JUNCTION, IA 52323-0037

10925  EILEEN M BRANCH, 3054 BRANDYWINE DR, ORLANDO, FL 32806-5678

10925  EILEEN M ODONNELL, 121 VOORHIS AVE, RIVER EDGE, NJ 07661-2145

10925  EILEEN M. DUNN, PO BOX 79, BAYVILLE, NY 11709

10925  EILEEN MULCAHY, C/O MRS EILEEN M LEE, 1331 BAY ST APT 608, STATEN ISLAND, NY 10305-3149

10925  EILEEN P COLLIER, C/O J E MURRAY 65 PAPERMILL RD, WESTFIELD, MA 01085

10925  EILEEN R GRETKIERWICZ, 5525 MELDRUM, CASCO, MI 48064-4303

10925  EILEEN RUCK, 245 E 63RD ST, NEW YORK, NY 10021-7466

10925  EILEEN SOLDO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925  EILEEN W SECKER, 507 BERGEN ST 1ST FL, PHILADELPHIA, PA 19111-1305

10925  EILENBURG, JOHN, 83 MORRELL ST, NEW BRUNSWICK, NJ 08903

10925  EILER, BARRY, BOX 28, EAU CLAIRE, PA 16030

10925  EILER, DENNIS, 710 NW 3RD ST, MULBERRY, FL 33860

10925  EILER, SUZANNE, RD 4 BOX 4557A, POTTSVILLE, PA 17901

10925  EILER, WILLARD, 1560 HADDOCK DRIVE, RENO, NV 89512

10925  EILERS, JONATHAN, 3358 LAKE CREST LANE, ROSWELL, GA 30075

10925  EILERS, WILLIAM, PO BOX 571, SHELDON, IL 60966

10925  EIMCO PROCESS EQUIPMENT CO., STE.610, ONE THORN RUN CENTER, MOON TOWNSHIP, PA 15108

10925  EIMCO PROCESS EQUIPMENT, 579 N 1ST BANK DR SUITE 200, PALATINE, IL 60067

10925  EIMCO PROCESS EQUIPMENT, PO BOX 300, SALT LAKE CITY, UT 84110-0300

10925  EIMEN, JEROME, 4511 TOPAZ AVE NW, CEDAR RAPIDS, IA 52405

10925  EINSIDLER, E, 11671 AGRESTE PL, SAN DIEGO, CA 92127

10925  EINSTEIN BROS BAGELS, 10 E PALMETTO PARK ROAD, BOCA RATON, FL 33432

10925  EINSTEIN BROS BAGELS, 9929 N MILITARY TRAIL, BOYNTON BEACH, FL 33436

10924  EINSTEIN COLLEGE OF MED./RUSSO BLDG, FOR  DASHCO, 1165 MORRIS PARK AVENUE, BRONX, NY 10461

10925  EINSTMAN, ROBERT, 5990 TEMPLE ROAD, NASHVILLE, TN 37221-0000

10924  EINSTONE INCORPORATED, 4001 NW 97TH TERACE BAY F, MIAMI, FL 33178

10924  EINSTONE INCORPORATED, 4649 PONCE DE LEON BOULAVARD, MIAMI, FL 33165

10925  EINWECHTER, JOHN, #5 TRIANGLE CIRCLE, WICHITA FALLS, TX 76308

10925  EINWECK JT TEN, ROBERT A & MARY T, 14600 MESA CT, BROOKFIELD, WI 53005-3705

10925  EINZIG PHOTOGRAPHY, 236 W 26TH ST, NEW YORK, NY 10001

10925  EIRICH MACHINES INC., DEPT 77-6519, CHICAGO, IL 60678-6519

10925  EIRICH MACHINES, 4033 RYAN RD., GURNEY, IL 60031

10925  EIRICH MACHINES, DEPT. 77-6519, CHICAGO, IL 60678-6519

10925  EIRICH MACHINES, LTD, PO BOX 550, MAPLE, ON L6A 1S5CANADA                    *VIA Deutsche Post*

10925  EIS DE MEXICO, SUITE 3, 1850 E WATKINS ST, PHOENIX, AZ 85034

10924  EISAI EXPANSION, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231

10924  EISAI EXPANSION, 400 HOPSON ROAD, MORRISVILLE, NC 27560

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EISELSTEIN, ROBERT, 2353 SUTHERLAND ROAD, LAKE CHARLES, LA 70611 | |
| 10925 | EISEN, MORRIS J, 233 BROADWAY, NEW YORK, NY 11231 | |
| 10925 | EISEN, RICHARD E, 17 WARREN ST, BERGENFIELD, NJ 07621 | |
| 10925 | EISENBERG, JOYCE, CHERRY HILL APTS. CHERRY LANE B107-2A, BOONTON, NJ 07005-1901 | |
| 10925 | EISENBRAUN, MICHAEL, 19101 SPRING MEADOW DRIVE, CHAPPEL HILL, NC 27514 | |
| 10924 | EISENHART WALLCOVERINGS COMPANY, 400 PINE STREET, HANOVER, PA 17331 | |
| 10924 | EISENHART WALLCOVERINGS COMPANY, PO BOX 464, HANOVER, PA 17331 | |
| 10925 | EISENHAUER, ERIC, 17 BEREWEEKE RD, WINCHESTER, HANTS, SO22 6AJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | EISENHAUER, ERIC, CHEMIN PLAN-SOLEIL 8, CRISSIER, 01023SWITZERLAND | *VIA Deutsche Post* |
| 10925 | EISENHUTH JT TEN, ARTHUR J & VIRGINIA, 904 ALAN DR, WANTAGH, NY 11793-1002 | |
| 10925 | EISLER, ARLAN K, CUST FOR TRACY LYN EISLER, UNIF GIFT MIN ACT NJ, 252 MAIN ST, WEST ORANGE, NJ 07052-5616 | |
| 10925 | EISNER, GEORGE, 9737 FOX GLEN DRIVE #6B, DES PLAINES, IL 60016 | |
| 10925 | EISNER, MURRAY, 200 GROSVENOR PL NW, ATLANTA, GA 30328-4851 | |
| 10925 | EISON, LUTHER, 4549 FERN HILL RD., PHILA, PA 19144 | |
| 10925 | EIT, 251 WESLH POOL, EXTON, PA 19341 | |
| 10925 | EIT, INC, PO BOX 5022, LAKE WYLIE, SC 29710 | |
| 10925 | EITEL, MICHAEL, 50 RAINBOW DRIVE, CRAIG, CO 81625 | |
| 10925 | EITELBACH, FREDERICK, 1339 LAMONTE, HOUSTON, TX 77018 | |
| 10925 | EITING, DAVID, 1116 PARTRIDGE RD, DEPERE, WI 54115 | |
| 10925 | E-J ENTERPRISES, INC, 7280 BALTIMORE ANNAPOLIS BLVD., GLEN BURNIE, MD 21061 | |
| 10925 | EJ HART ASSOCIATES, INC, 9730 MATZON DRD, BALTIMORE, MD 21220-1722 | |
| 10925 | EJMALI, SANDRA J., 6828 CABALLERO DR, JACKSONVILLE, FL 32217 | |
| 10925 | EK SYSTEMS, 1485 G. LANDMEIER RD., ELK GROVE VILLAGE, IL 60007 | |
| 10925 | EK, SHAWNNA, 4117 BEN HOGAN DRIVE, MCALLEN, TX 78503 | |
| 10925 | EKA CHEMICALS, 2211 NEW MARKET PKWY.,STE 106, MARIETTA, GA 30067 | |
| 10924 | EKC TECHNOLOGY, 12345 STILL CREEK ROAD, CHARLOTTE, NC 28273 | |
| 10925 | EKCC, PO BOX 94620, CLEVELAND, OH 44101-4620 | |
| 10925 | EKERT, KARA, 72 W HUDSON AVE, ENGLEWOOD, NJ 07631 | |
| 10925 | EKHOFF, FLORENCE, 11518 E 11000 N RD, GRANT PARK, IL 60940-5081 | |
| 10925 | EKLECCO, ONE N LEXINGTON AVE, WHITE PLAINS, NY 10601 | |
| 10925 | EKNESS, MURRAY, PO BOX 90058, CASPER, WY 82609 | |
| 10925 | EKOKEM LTD, PO BOX 181 SP 11101, RIIHIMAKI, FINLAND | *VIA Deutsche Post* |
| 10925 | EKSTROM, EVERETT, 3805 EXMOOR CIRCLE, CRAIG, CO 81625 | |
| 10925 | EKWUEME, GRACE, 1817 CARRIAGE HOURSE, ARLINGTON, TX 76011 | |
| 10925 | EL AMEEN, MELISSA, 321 SYCAMORE CIRCLE, DALTON, GA 30721 | |
| 10925 | EL BEGHADADI, ROSELYNN, 412 SOUTH JAMES RD. APT. D, COLUMBUS, OH 43213 | |
| 10925 | EL BETTAL, NELLY, 300 W 55TH ST APT. 7Y, NEW YORK, NY 10019 | |
| 10924 | EL CAMINO HOSPITAL, 2500 GRANT ROAD, MOUNTAIN VIEW, CA 94040 | |
| 10924 | EL CAMINO HOSPITAL, PO BOX 7310, MOUNTAIN VIEW, CA 94039-7310 | |
| 10925 | EL CAMINO RESOURCES LTD., PO BOX 1213, NEWARK, NJ 07101 | |
| 10925 | EL DIA INC, APARTADO 7512, SAN JUAN, PR 00906-7512 | |
| 10925 | EL DORADO CHEMICAL CO. & GLOVER, 5599 SAN FELIPE - SUITE 1600, HOUSTON, TX 77056 | |
| 10924 | EL DORADO HIGH SCHOOL, AMERICAN CAL TECH, LAS VEGAS, NV 89101 | |
| 10924 | EL DORADO REFINING CO, 1401 S. DOUGLAS ROAD, EL DORADO, KS 67042 | |
| 10924 | EL DORADO REFINING CO, DIV OF EQUILON ENTERPRISES LLC, 1401 SOUTH DOUGLAS ROAD, EL DORADO, KS 67042 | |
| 10924 | EL DORADO REFINING CO, DIV OF EQUILON ENTERPRISES LLC, PO BOX 1121, EL DORADO, KS 67042 | |
| 10925 | EL FAR, NOUR, 183 WESTON ST, WALTHAM, MA 02154 | |
| 10925 | EL HAWARY, HOSSAM, 74 BEACH ST, WOBURN, MA 01801 | |
| 10925 | EL HOGAR DE LAS HERRAMIENTAS, BO HIGUILLAR, DORAVILLE DORADO, PR 00646PUERTO RICO | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EL KATIF SHRINE, 1108 W. RIVERSIDE AVE., SPOKANE, WA 99201-1197

10925   EL KHOURY, DANY, 39 ENGLEWOOD AVE APT NO 12, BRISHTON, MA 02135

10925   EL MALECON RESTAURANTE, CARRETERA 696 KM. 8.2, DORADO, PR 00646PUERTO RICO     *VIA Deutsche Post*

10925   EL MANSOURI, ABDELHALIM, 8013 YORK ROAD, 2C, TOWSON, MD 21204

10924   EL PACO COATINGS, 28867 US HWY 33 WEST, ELKHART, IN 46516

10924   EL PACO COATINGS, PO BOX 369, ELKHART, IN 46515

10924   EL PASO CONCRETE SYSTEMS, 7101 MERCHANT AVENUE, EL PASO, TX 79915

10925   EL PASO DISPOSAL, PO BOX 20179, EL PASO, TX 79998

10925   EL PASO ELECTRIC COMPANY, PO BOX 20982, EL PASO, TX 79998-0982

10925   EL PASO GREAT BASIN TRUCKS, 12253 GATEWAY WEST, EL PASO, TX 79936

10925   EL PASO PRODUCTS REXENE PRODUCTS C, ROBERT L SUTPHEN SR ATTY, 5005 LBJ FREEWAY, OCCIDENTAL TOWER, DALLAS, TX 74244

10925   EL PASO TIRE CENTER, 6656 GATEWAY EAST, EL PASO, TX 79915

10925   EL PASO TIRE CENTER, 7440 NORTH MESA, EL PASO, TX 79912

10925   EL PASO TIRE CENTER, POBOX 17993, EL PASO, TX 79917

10925   EL RAY STUCCO COMPANY, 3830 SINGER BLVD. NE#2020, ALBUQUERQUE, NM 87109-5844

10925   EL SPECIALTISTS, 705 NORTH GREENVILLE AVE, ALLEN, TX 75002

10925   EL TORITO RESTAURANTS INC, ACAPULCO RESTAURANTS, 4001 VIA ORO AVE, SUITE 200, LONG BEACH, CA 90810

10924   EL TORO HOME SAVINGS, VERSATILE COATINGS, EL TORO, CA 92610

10925   EL TORO PROP/CORP TRUST CENTER, GEN COUNSEL, 1209 ORANGE ST., WILMINGTON, DE 19801

10925   EL TORO PROP/CORP TRUST CTR, GENERAL COUNSEL, 1209 ORANGE ST., WILMINGTON, DE 19801

10925   ELABD, ABDELWAHAB A, 5601 CHEMICAL RD., BALTIMORE, MD 21226

10925   ELABD, ABDELWAHAB, 8035 FOXTAIL LANE, GLEN BURNIE, MD 21061

10925   ELABD, YOSSEF, 8035 FOXTAIL LANE, GLEN BURNIE, MD 21061

10925   ELAINE A KAPLAN, 2950 SHEFFIELD DR, EMMAUS, PA 18049-1244

10925   ELAINE BELL, 20 SHORE RD, LINDENHURST, NY 11757-6928

10925   ELAINE BERN, 11 ALDRIN DR, WEST CALDWELL, NJ 07006-7201

10925   ELAINE BURSTINER, 2274 WINDHAVEN LANE, RANCHO CORDOVA, 95670-4218

10925   ELAINE E MATTEIS, 6815 LENWOOD WAY, SAN JOSE, CA 95120-3131

10925   ELAINE G ACKER, 422 OLD LANCASTER RD, BERWYN, PA 19312-1640

10925   ELAINE G BONNINGTON TR UA, NOV 29 94 ELAINE G BONNINGTON, SEPARATE PROPERTY REVOCABLE, TRUST, 8148 SHANGRILA DR, FAIR OAKS, CA 95628-6029

10925   ELAINE J PASUT, 606 WESTVIEW DR, GUTTENBURG, IA 52052-9541

10925   ELAINE KOVACS ZIKA, 7375 PRESCOTT LN, LA GRANGE, IL 60525-5037

10925   ELAINE L QUEEN CUST CHARLES, OGLE UNIF GIFT MIN ACT FL, 2540 WOODLAND DR, EUGENE, OR 97403-1866

10925   ELAINE M HARRIS, 181 CAMPBELL AVE APT 2, REVERE, MA 02151-3563

10925   ELAINE MAUS TR UA OCT 5 84, ELAINE MAUS TRUST, 2039 E NOTTINGHAM, SPRINGFIELD, MO 65804-7735

10925   ELAINE MITRANO, 27 HICKORY AVE, MEDFORD, MA 02155

10925   ELAINE QUINN MC HUGH, 510 HOMMOCKS ROAD, LARCHMONT, NY 10538-3912

10925   ELAINE R HOFFMAN, 76 THACKERY RD, ROCHESTER, NY 14610-3361

10925   ELAINE S MILLER, 210 RANDOLPH RD, SILVER SPRING, MD 20904-3535

10925   ELAINE TETTEMER MARSHALL, 5917 CLUB OAKS DR, DALLAS, TX 75248-1123

10925   ELAKATTU, LUKOSE, 7529 BROCKWOOD COURT, N RICHLAND HILLS, TX 76180

10925   ELALFI, CATHERINE, 391 MADISON AVE, NEW MILFORD, NJ 07646

10925   ELAM, ANITA, 2635 P ST, EUREKA, CA 95501

10925   ELAM, BARBARA, 1207 GARDEN LANE, CORINTH, MS 38834

10925   ELAM, CHARLOTTE, 3117 MARKBREIT AVE, CINCINNATI, OH 45209

10925   ELAM, CHERYL, 3910 W SIERRA VISTA, PHOENIX, AZ 85019

10925   ELAM, DAVID, 2620 S 1500 EAST, VERNAL, UT 84078

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ELAM, JAMES, 7519 W 62ND ST, SUMMIT, IL 60501

10925   ELAM, R, 8353 CAMPANELLA, DALLAS, TX 75243

10925   ELAM, REGINA, 4121 THOMPSON AVE 8, KANSAS CITY KS, KS 66103

10925   ELAM, RUSSELL, 1401 O AVE NW, CEDAR RAPIDS, IA 52405

10925   ELAM, SHELLY, 704 RIETMAN, AMARILLO, TX 79108

10925   ELAM, TOM, 3409 44TH ST, SNYDER, TX 79549

10924   ELAN PHARM, 1300 GOULD DRIVE, GAINESVILLE, GA 30504

10924   ELAN PHARMA INC, 1300 GOULD DRIVE, GAINESVILLE, GA 30504

10924   ELAN PHARMA, INC., 1300 GOULD DRIVE, GAINESVILLE, GA 30504

10924   ELANO CORPORATION - 210146, PO BOX185, ALPHA, OH 45301

10925   ELARTON, LLOYD, 1199 ELARTON RD, MAGNOLIA, MS 39652

10924   ELASTIZEL CORPORATION OF FLORIDA, CAMBRIDGE, MA 02140

10924   ELASTIZELL CORPORATION OF FLORIDA, 6251 44TH ST. NORTH, PINELLAS PARK, FL 34665

10925   EL-BAYADI, RAMI, 5 CADE CT, MAULDIN, SC 29662

10925   ELBEIN, RICHARD, 3706 CHARLESTON DR, HOUSTON, TX 77021

10925   ELBERT, WILLIE, 5128 AUDREY AVE., INDIANAPOLIS, IN 46254

10924   ELBERTSON STORE, C/O BAHL INSULATION, SAN ANTONIO, TX 78205

10925   ELBRADER, MICHAEL, 2200 KIOWA CT, FT COLLINS, CO 80525

10925   ELCAN INDUSTRIES, INC, 325 WAVERLY AVE, MAMARONECK, NY 10543

10925   EL-CHAMI, COLLEEN, 605 NORTH MAIN ST, WEST BRIDGEWATER, MA 02379

10925   ELCHLEPP, TARA, 3055 NORTH OAKLAND AVE, MILWAUKEE, WI 53211

10925   ELCHYNSKI, JAMES, 8003 WATERMILL CT, ELKRIDGE, MD 21227

10924   ELCO DISTRIBUTING INC, 419 SOUTH NORWOOD ST, WALLACE, NC 28466

10924   ELCO DISTRIBUTING INC, PO BOX 536, WALLACE, NC 28466

10925   ELCOCK, NAOMI, 6645 23RD AV, HYATTSVILLE, MD 20782

10925   ELCOR INC, 246 SO LOGAN ST, ELYRIA, OH 44035

10925   ELCOR INC, PO BOX 376, AMHERST, OH 44001

10925   ELCORSY INC, 4405 POIRIER BLVD, ST LAURENT, QC H4R 2A4CANADA                    *VIA Deutsche Post*

10924   ELDEC CORPORATION, 16706 13TH AVENUE WEST, LYNNWOOD, WA 98046

10924   ELDEC CORPORATION, PO BOX97027, LYNNWOOD, WA 98037

10924   ELDER ENTERPRISES, 1307 2ND AVE NORTH, NASHVILLE, TN 37208

10925   ELDER PIPE & SUPPLY CO INC, PO BOX 1302, OWENSBORO, KY 42302

10925   ELDER, BETTY, 423 FAIRHAVEN DR., TAYLORS, SC 29687

10925   ELDER, DANNY, 10009 GANDY RD, LOUISVILLE, KY 40272

10925   ELDER, DEBORAH, STONEBROOK APTS, DALTON, GA 30720

10925   ELDER, FLOYD, 2095 RIDGEGLEN, CORDOUA, TN 38018

10925   ELDER, JACQUELINE, 244 HARRISONVILLE RD, SEWELL, NJ 08080

10925   ELDER, JAMES, 316 FAIRLAWN AVE, SMITHVILLE, OH 44677

10925   ELDER, JEFFREY, 3406 RENGE LINE, COLUMBIA, MO 65202

10925   ELDER, JIMMIE, RT 1 BOX 48, MAGNOLIA SPRINGS, TX 75957

10925   ELDER, KECIA, RT 1 BOX 90AB, FITZAPATRICK, AL 36029

10925   ELDER, R, 2837 N 20TH ST, PHILADELPHIA, PA 19132

10925   ELDER, WILLIAM, 3126 RED BIRD LANE, LOUISVILLE, KY 40220-1927

10924   ELDERLEE INC, 513 CROSS ROAD, OAKS CORNERS, NY 14518

10924   ELDERLEE, INC., 513 CROSS RD., OAKS CORNERS, NY 14518

10925   ELDEX LABORATORIES INC, 30 EXECUTIVE COURT, NAPA, CA 94558

10925   ELDON LEE COBBLE &, DOTTIE LEE LASHLEY JT TEN, RT 2 6 HIGHLAND, NINNEKAH, OK 73067-9511

10924   ELDORADO CHEMICAL CO., INC., 14350 LOOKOUT ROAD, SAN ANTONIO, TX 78233

10924   ELDORADO CHEMICAL CO., INC., PO BOX 34837, SAN ANTONIO, TX 78265

10924   ELDORADO HOTEL, POBOX 3399, RENO, NV 89505

10924   ELDORADO STONE CORPORATION, 4190 TOLT AVE. N.E., CARNATION, WA 98014

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ELDORADO STONE CORPORATION, ATTN:  ACCOUNTS PAYABLE, CARNATION, WA 98014

10925   ELDRE, 1500 JEFFERSON ROAD, ROCHESTER, NY 14623

10925   ELDRED E BENNER, 118 S MICKLEY ST, PO BOX 458, PAULLINA, IA 51046-0458

10925   ELDRED, FRED, BOX 302, MOHALL, ND 58761-0302

10925   ELDRED, PAMELA, 422 SAYRE DRIVE, GREENWOOD, IN 46143

10925   ELDREDGE, JULIA, 1902 W TOPEKA, PHOENIX, AZ 85027

10925   ELDRIDGE M THIERICHEN, 1033 ALTA ST, REDLANDS, CA 92374-3316

10925   ELDRIDGE, ERNEST, 3829 S HELENA ST, AURORA, CO 80013

10925   ELDRIDGE, GAIL, 4705 36TH AVE W., BRADENTON, FL 34209

10925   ELDRIDGE, MARK, 1909 W COLONIAL DRIVE, LOVINGTON, NM 88260

10925   ELDRIDGE, RICHARD ROSWELL, CUST FOR LEE C ELDRIDGE, UNIF GIFT MIN ACT KS, 2438
        WINTERBROOK DR, LAWRENCE, KS 66047-2454

10925   ELDRIDGE, ROBERT, 3035 MORRISON RD NW, RAPID CITY, MI 49676

10925   ELE INTERNATIONAL INC, 2421 HWY 11, PELHAM, AL 35124

10925   ELEAM, DEWANNA, 6420 MOSSWOOD DR, MONROE, LA 71203

10925   ELEANOR A KRONHEIM, 21551 KAPOK CIRCLE, BOCA RATON, FL 33433-3718

10925   ELEANOR ANITINIS &, ROBERT ANITINIS JT TEN, 25 NEWBROOK LA, E NORTHPORT, NY 11731-5230

10925   ELEANOR B HARWOOD, BOX 12333, COLON,                                         *VIA Deutsche Post*

10925   ELEANOR B LENK, 13 DYARS MILL RD, CAPE MAY COURT HOUSE, NJ 08210-2031

10925   ELEANOR B OSTEN TR UTI JUL 30 76, FBO ELEANOR B OSTEN, 400 W BUTTERFIELD ROAD APT
        737, ELMHURST, IL 60126-5907

10925   ELEANOR C YOUNG, 1302 ATWOOD AVE, JOHNSTON, RI 02919-4902

10925   ELEANOR C ZOLLER, 133 COVE NECK RD, OYSTER BAY, NY 11771-1824

10925   ELEANOR E ZENTGRAF, 1014 KENNETT WAY, WEST CHESTER, PA 19380-5727

10925   ELEANOR GRAVES BROWN, 2752 SUMMIT DR, BURLINGAME, CA 94010-6044

10925   ELEANOR HOWELL, 101 DEVON RD, DELMAR, NY 12054-4403

10925   ELEANOR M ALIESKY TR, 07 30 90, FBO ELEANOR M ALIESKY TRUST, 3335 GENOA WAY 112,
        OCEANSIDE, CA 92056-1720

10925   ELEANOR M BOTKIN, 1039 STONEY CREEK RD, COLUMBUS, OH 43235-3471

10925   ELEANOR M FLYNN, PO BOX 686, ENGLEWOOD, NJ 07631-0686

10925   ELEANOR M HOBSON TR, UA DEC 12 73, GLEN H MOSELEY &, ELLA A MOSELEY TRUST B, 136 LOIS
        LANE, PALO ALTO, CA 94303-2904

10925   ELEANOR M JAGER, 260 ROYAL AVE, FLANDERS, RIVERHEAD, NY 11901-4331

10925   ELEANOR M WONG TR UDT SEPT 16 88, 16 TURQUOISE WAY, SAN FRANCISCO, CA 94131-1638

10925   ELEANOR MARY WEISBROD, 9 STARMOND AVE, CLIFTON, NJ 07013-2635

10925   ELEANOR R BERG & RICHARD A BERG, TR UW HERMAN BERG III TRUST B, 130 PARKER ST,
        CARLISLE, PA 17013-2820

10925   ELEANOR ROE, 86 WEST SPRINGFIELD #1, BOSTON, MA 02118

10925   ELEANOR ROOSEVELT INSTITUTE, 1899 GAYLORD ST, DENVER, CO 80206

10925   ELEANOR V DUMEY, 101 CLARK ST APT 15E, BROOKLYN, NY 11201-2735

10925   ELEANOR VEECH, 598 NO MIDLAND AVE, SADDLE BROOK, NJ 07663-5509

10925   ELEANOR W HULL, 431 SYLVIA WAY, SAN RAHAEL, CA 94903-3155

10925   ELEANOR W PRENDERGAST &, WILLIAM B KINSEY JT TEN, 300 JOHNSON FERRY RD NE 506-B,
        ATLANTA, GA 30328-4149

10925   ELEANOR WONG YIP TR UDT JUN 20 91, ELEANOR W YIP TRUST, 7825 TANGLEROD LANE, LA
        MESA, CA 91942-2240

10925   ELEAZER, JANET, 9514 HAYENRIDGE CT CT, HUNTERSVILLE, NC 28078

10925   ELECT INC., 2736 N PINE GROVE, CHICAGO, IL 60614

10925   ELEC-TECH ELECTRICAL CONTRACTORS, 3029 E. SOUTH ST, SUITE F, LONG BEACH, CA 90805

10925   ELECTION FUND OF PAUL DIGAETANO, PO BOX 9216, LYNDHURST, NJ 07071

10925   ELECTRA SALES OF NORTH TEXAS, 2320 HINTON DR, IRVING, TX 75061

10925   ELECTRAMATIC INC, 1815 JEFFERSON ST NE, MINNEAPOLIS, MN 55418

10925   ELECTRAMATIC, STEVEN GILBERTSON, 1815 JEFFERSON ST NE, MINNEAPOLIS, MN 55418-4426

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ELECTRIC BOATS, 601 W. PATAPSCO AVE., BALTIMORE, MD 21225 | |
| 10925 | ELECTRIC CITY CONCRETE CO, 774 STATE HIGHWAY 5S, AMSTERDAM, NY 12010 | |
| 10924 | ELECTRIC CITY CONCRETE CO., INC., 774 STATE HIGHWAY 5S, AMSTERDAM, NY 12010 | |
| 10924 | ELECTRIC CITY CONCRETE CO., INC., 774 STATE HY 5S, AMSTERDAM, NY 12010 | |
| 10924 | ELECTRIC CITY CONCRETE CO., INC., CEMETERY ROAD, FELTS MILLS, NY 13638 | |
| 10924 | ELECTRIC CITY CONCRETE CO., RD #4 VLEY ROAD, SCOTIA, NY 12302 | |
| 10924 | ELECTRIC CITY CONCRETE CO.,INC., 50 PROSPECT STREET, POUGHKEEPSIE, NY 12603 | |
| 10925 | ELECTRIC CO, THE, POST OFFICE BOX 20982, EL PASO, TX 79998-0982 | |
| 10925 | ELECTRIC COMPANY, 2740 CALUMET AVE, HAMMOND, IN 46320 | |
| 10925 | ELECTRIC CONTROL & SUPPLY CO., PO BOX 3415, COLUMBIA, SC 29230 | |
| 10925 | ELECTRIC CONTROL CO. INC., 7020 N. 55TH AVE, GLENDALE, AZ 85301 | |
| 10925 | ELECTRIC FORK TRUCK SERVICE, 3421 VIVIAN, HOUSTON, TX 77093 | |
| 10925 | ELECTRIC LEAGUE OF MD, INC, 815 C. CENTRAL AVE., LINTHICUM, MD 21090-3114 | |
| 10925 | ELECTRIC MOTOR INDUSTRIES INC, 6743 MID CITIES AVE., BELTSVILLE, MD 20705 | |
| 10925 | ELECTRIC MOTOR INDUSTRIES INC, 7746 SIDEN DRIVE, HANOVER, MD 21076 | |
| 10925 | ELECTRIC MOTOR REPAIR CO., 700 E. 25TH ST., BALTIMORE, MD 21218 | |
| 10925 | ELECTRIC MOTOR SALES, PO BOX 22548, CHATTANOOGA, TN 37422-2548 | |
| 10925 | ELECTRIC MOTOR SERVICE OF CLINTON, PO BOX 504, CLINTON, SC 29325 | |
| 10925 | ELECTRIC MOTOR SHOP, PO BOX 1885, WAKE FOREST, NC 27588 | |
| 10925 | ELECTRIC MOTOR TECHNOLOGIES, 8770 READING RD., CINCINNATI, OH 45215 | |
| 10925 | ELECTRIC POWER BOARD OF, PO BOX 182255, CHATTANOOGA, TN 37422-7255 | |
| 10925 | ELECTRIC REWINDING COMPANY, 3010 W. CLAREDON AVE., PHOENIX, AZ 85017 | |
| 10924 | ELECTRIC SUPPLY CO, 935 TEXAS ST, SHREVEPORT, LA 71101 | |
| 10924 | ELECTRIC SUPPLY COMPANY, 180 WARD BLVD, WILSON, NC 27893 | |
| 10924 | ELECTRIC SUPPLY COMPANY, 3146 HILLSBOROUGH ROAD, DURHAM, NC 27705 | |
| 10924 | ELECTRIC SUPPLY COMPANY, PO BOX 2815, DURHAM, NC 27705 | |
| 10924 | ELECTRIC SUPPLY CONNECTION, 12220 W PICO BLVD., LOS ANGELES, CA 90064 | |
| 10925 | ELECTRIC SUPPLY CORP., 4511 CALUMET AVE., HAMMOND, IN 46327 | |
| 10925 | ELECTRIC SUPPLY INC, PO BOX 2343, PHOENIX, AZ 85002 | |
| 10925 | ELECTRIC SUPPLY INC, PO BOX 52551, PHOENIX, AZ 85072 | |
| 10924 | ELECTRIC SUPPLY, 917 W. MADISON, PHOENIX, AZ 85007 | |
| 10924 | ELECTRIC SUPPLY, P.O. BOX 2343, PHOENIX, AZ 85002 | |
| 10925 | ELECTRIC TACHOMETER CORP, PO BOX 8500-S3515, PHILADELPHIA, PA 19178-3515 | |
| 10925 | ELECTRIC WHOLESALE CO., PO BOX 1534, SALISBURY, NC 28145-1534 | |
| 10924 | ELECTRIC WHOLESALE COMPANY(AD), 1415 SOUTH MAIN STREET, SALISBURY, NC 28144 | |
| 10924 | ELECTRIC WHOLESALE COMPANY(AD), P O BOX 1534, SALISBURY, NC 28145-1534 | |
| 10924 | ELECTRIC WHOLESALERS INC., 163 STATE PIER, NEW LONDON, CT 06320 | |
| 10925 | ELECTRICAL ASSOCIATES, 18 WEST NOBLESTOWN ROAD, CARNEGIE, PA 15106 | |
| 10925 | ELECTRICAL CONSTRUCTION &, 2315 W 96TH ST, LEAWOOD, KS 66206 | |
| 10925 | ELECTRICAL CONTACTS LTD, PETER ALLEN PRES, 519 22ND AVE, HANOVER, ON N4N 3T6 CANADA | *VIA Deutsche Post* |
| 10924 | ELECTRICAL CONTRACTORS SUPPLY, 10 18TH STREET, WHEELING, WV 26003 | |
| 10925 | ELECTRICAL CONTRACTORS, INC, 1252 ALLANSON RD., MUNDELEIN, IL 60060 | |
| 10925 | ELECTRICAL CONTRACTORS, INC, 1252 ALLANSON ROAD, MUNDELEIN, IL 60060 | |
| 10924 | ELECTRICAL DISTRIBUTING CO, 203 SOUTH MAIN AVE, SCRANTON, PA 18504 | |
| 10924 | ELECTRICAL DISTRIBUTORS CO., 1135 AUZERAIS AVENUE, SAN JOSE, CA 95126 | |
| 10924 | ELECTRICAL DISTRIBUTORS CO., 1255 &1277 TREAT RD., WALNUT CREEK, CA 94596 | |
| 10924 | ELECTRICAL DISTRIBUTORS CO., PO BOX 26830, SAN JOSE, CA 95159-6830 | |
| 10925 | ELECTRICAL DYNAMICS, INC, PO BOX 183, LYNN, MA 01903 | |
| 10924 | ELECTRICAL ENGINEERING&EQUIP., 1201 WALNUT STREET, DES MOINES, IA 50309 | |
| 10925 | ELECTRICAL EQUIP., PO BOX 820-13, AUGUSTA, GA 30903-0820 | |
| 10924 | ELECTRICAL EQUIPMENT CO (AD), PO BOX 27327, RICHMOND, VA 23261-7327 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    ELECTRICAL EQUIPMENT CO, 1441 GREENE ST., AUGUSTA, GA 30901-1090

10924    ELECTRICAL EQUIPMENT CO, 400 NORTHEAST DR., COLUMBIA, SC 29203

10924    ELECTRICAL EQUIPMENT CO, P.O.BOX 37339, RALEIGH, NC 27627-7339

10924    ELECTRICAL EQUIPMENT CO, PO BOX37339, RALEIGH, NC 27627-7339

10924    ELECTRICAL EQUIPMENT CO. (AD), 1807 BOULEVARD WEST, RICHMOND, VA 23230

10924    ELECTRICAL EQUIPMENT CO. (AD), 3798 VILLAGE AVE., NORFOLK, VA 23502

10924    ELECTRICAL EQUIPMENT CO., 1440 DIGGS DR., RALEIGH, NC 27603-2755

10924    ELECTRICAL EQUIPMENT CO., 1440 DIGGS DR., RALEIGH, NC 27627

10925    ELECTRICAL INSULATION SUP, 11145 ROJAS DR, EL PASO, TX 79935

10925    ELECTRICAL INSULATION SUP, 12740 E FLORENCE AVE, SANTA FE SPRINGS, CA 90670

10925    ELECTRICAL INSULATION SUPPLIERS INC, FILE #98059, BOSTON, MA 02205-9143

10925    ELECTRICAL INSULATION SUPPLY, 2739 MARKET SREET, GARLAND, TX 75041

10925    ELECTRICAL SALES ASSOCIATES INC, POBOX 206, GAMBRILLS, MD 21054

10924    ELECTRICAL SALES ASSOCIATES, 5006 CHARLES CITY CIRCLE, RICHMOND, VA 23231

10925    ELECTRICAL SALES COMPANY, 47805 GALLEON, PLYMOUTH, MI 48170

10925    ELECTRICAL SOUTH INC., 235 BURGESS RD., GREENSBORO, NC 29409

10924    ELECTRICAL SUPPLIERS INC., BRANCH #4 PENINSULA BRANCH, NORFOLK, VA 23541-0869

10924    ELECTRICAL SUPPLIERS, INC.(AD), 12685 MCMANUS BLVD, NEWPORT NEWS, VA 23602

10924    ELECTRICAL SUPPLIERS, INC.(AD), 1801 WEESVILLE HIGHWAY, ELIZABETH CITY, NC 27909

10924    ELECTRICAL SUPPLIERS, INC.(AD), 3796 PROGRESS RD, NORFOLK, VA 23502

10924    ELECTRICAL SUPPLIERS, INC.(AD), P.O. BOX 12869, NORFOLK, VA 23502

10924    ELECTRICAL SUPPLY INC., 824 WILSON STREET, SHREVEPORT, LA 71166

10925    ELECTRICAL SYSTEMS & TECH, 21686 E. LINCOLN HWY., UNIT C, LYNWOOD, IL 60411

10925    ELECTRICAL WHOLESALERS EQUIPMENT CO, 1807 BLVD WEST, RICHMOND, VA 23230

10924    ELECTRICAL WHOLESALERS INC., 133 WALNUT ST., HARTFORD, CT 06120

10924    ELECTRICAL WHOLESALERS INC., 151 WALNUT ST., HARTFORD, CT 06120

10924    ELECTRICAL WHOLESALERS INC., 51 HOMESTEAD AVE., HARTFORD, CT 06120

10925    ELECTRICONNECTION, 3305 E MIRALOMA AVE #167, ANAHEIM, CA 92806

10925    ELECTRICONNECTION, 5746 VENICE BL, LOS ANGELES, CA 90019-5016

10925    ELECTRO ASSEMBLIES, 425 HUEHL ROAD, NORTHBROOK, IL 60062

10925    ELECTRO CATALYTIC, 2 MILLTOWN CT, UNION, NJ 07083

10925    ELECTRO CIRCUITS, 176 WALKER ST, LOWELL, MA 01854

10925    ELECTRO CORP, 1845 57TH ST, SARASOTA, FL 34243

10925    ELECTRO GATE CARIBBEAN INC, PO BOX 11248, SAN JUAN, PR 00910-2348

10925    ELECTRO INSULATION CORPORATION, 3921 VENTURA DR, ARLINGTON HEIGHTS, IL 60004

10925    ELECTRO INSULATION, 3921 VENTURA DR, ARLINGTON HEIGHTS, IL 60004

10925    ELECTRO PLATE, 1430 CENTURY DR, CARROLLTON, TX 75006

10925    ELECTRO RENT CORPORATION, 3500 CORPORATE WAY, DULUTH, GA 30096

10924    ELECTRO STATIC TECHNOLOGY, 80 HAMILTON STREET, NEW HAVEN, CT 06511

10924    ELECTRO TAPE SPECIALTIES, INC., 13221 BYRD DRIVE, ODESSA, FL 33556

10924    ELECTRO TAPE SPECIALTIES, INC., P.O. BOX 1014, ODESSA, FL 33556

10924    ELECTROCAL, 78 EDWIN ROAD, SOUTH WINDSOR, CT 06074

10925    ELECTRO-COATINGS INC, LISA SWANSON,

10924    ELECTRO-COATINGS OF CALIFORNIA, 839 CARLETON STREET, BERKELEY, CA 94710

10925    ELECTRO-DYN ELECTRONICS, 1201 19TH ST, NIAGARA FALLS, NY 14301

10925    ELECTRO-DYN ELECTRONICS, PO BOX 906, NIAGARA FALLS, NY 14302

10924    ELECTROFILM CO., PO BOX55669, VALENCIA, CA 91355

10924    ELECTROFILM COMPANY, P.O.BOX 55669, VALENCIA, CA 91355

10925    ELECTRO-FLEX HEAT INC, NORTHWOOD INDUSTRIAL PARK, BLOOMFIELD, CT 06002

10925    ELECTROGRAFICS INTERNATIONAL CORP., 1825 STOUT DR, WARMINSTER, PA 18974

10924    ELECTRO-LAB OF AIKEN, C/O GE SUPPLY 1547 15TH ST., AUGUSTA, GA 30901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ELECTROLIZING INC, 20 HOUGHTON ST, PROVIDENCE, RI 02904 | |
| 10924 | ELECTROLOCK, INC., #1 MARCUS DRIVE, GREENVILLE, SC 29615-0669 | |
| 10924 | ELECTROLOCK, INC., ATT: MIKE LESTER, 17930 GREAT LAKES PARKWAY, HIRAM, OH 44234 | |
| 10925 | ELECTROLUX LLC, 300 VALLEY DR., BRISTOL, VA 24201 | |
| 10925 | ELECTROMAG SA DE CV, PARQUE INDUSTRIAL NAUCALPAN, NAUCALPAN, 53370MEXICO | *VIA Deutsche Post* |
| 10925 | ELECTRO-MECH INC., PO BOX 5475, JACKSON, MS 39288-5475 | |
| 10924 | ELECTRO-METHODS OVERHALL & REPAIR, 519 NUTMEG ROAD, SOUTH WINDSOR, CT 06074 | |
| 10925 | ELECTRON MACHINE CORPORATION, PO BOX 2349, UMATILLA, FL 32784-2349 | |
| 10925 | ELECTRONIC & SPACE CORPORATION, 8100 W FLORISSANT AVE, SAINT LOUIS, MO 63136 | |
| 10925 | ELECTRONIC BUSINESS EQUIPMENT, POBOX 10664, BIRMINGHAM, AL 35202 | |
| 10925 | ELECTRONIC CHEMICALS,INC, 5201 W. 21ST ST, TULSA, OK 74107 | |
| 10924 | ELECTRONIC CIRCUITS & DESIGN, 1100 N 21ST STREET, SEBRING, OH 44672-0000 | |
| 10925 | ELECTRONIC CONNECTOR CORP, POBOX 93578, CHICAGO, IL 60673-3578 | |
| 10925 | ELECTRONIC CONNECTOR CORP., PO BOX 93578, CHICAGO, IL 60673-3578 | |
| 10925 | ELECTRONIC CONTROLS DESIGN, 4287-A SE INTERNATIONAL WAY, MILWAUKIE, OR 97222-8825 | |
| 10924 | ELECTRONIC DATA SYSTEMS, 1901 SUMMITT BLVD., MAITLAND, FL 32751 | |
| 10925 | ELECTRONIC DEVICES, 21 GRAY OAKS AVE, YONKERS, NY 10710 | |
| 10925 | ELECTRONIC DRAFTING SERVICES, 11917 SOUTH 75TH AVE, PALOS HEIGHTS, IL 60463 | |
| 10925 | ELECTRONIC DYNAMIC BALANCING, 4146 WARREN AVE, HILLSIDE, IL 60162-1778 | |
| 10925 | ELECTRONIC DYNAMIC BLCG, 421 WRIGHTWOOD, ELMHURST, IL 60126 | |
| 10925 | ELECTRONIC ENGINEERING ASSOCIATES, 2517 WILLIAMS ST, SAN LEANDRO, CA 94577-3150 | |
| 10925 | ELECTRONIC FILM CAPACITORS, 41 INTERSTATE LANE, WATERBURY, CT 06706 | |
| 10925 | ELECTRONIC INSTRUMENTATION & TECHNO, 108 CARPENTER DRIVE, STERLING, VA 20164 | |
| 10925 | ELECTRONIC INSTRUMENTATION &, TECHNOLOGY INC, STERLING, VA 02164 | |
| 10925 | ELECTRONIC INTERCONNECT CORP, 2700 W TOUHY AVE, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | ELECTRONIC LABEL TECHNOLOGY, 708 W KENOSHA, BROKEN ARROW, OK 74012 | |
| 10925 | ELECTRONIC LABEL TECHNOLOGY, DEPT. 58, TULSA, OK 74182 | |
| 10925 | ELECTRONIC MATERIALS INC, 15 STATION ROAD, BROOKFIELD, CT 06804 | |
| 10925 | ELECTRONIC MATERIALS REPORT, FOUR MAIN ST, LOS ALTOS, CA 94022 | |
| 10925 | ELECTRONIC SYSTEMS & SERVICES CO, 1699 ANNIE ST, DALY CITY, CA 94015-1920 | |
| 10925 | ELECTRONIC TEST EQUIPMENT, 1370 ARCADIA ROAD, LANCASTER, PA 17601 | |
| 10925 | ELECTRONIC TEST EQUIPMENT, PO BOX 4651, LANCASTER, PA 17604 | |
| 10925 | ELECTRONIC TRANSFORMER CORP, 460 TOTOWA AVE, PATERSON, NJ 07522 | |
| 10925 | ELECTRONIC TRANSFORMER, PO BOX 487, PATERSON, NJ 07544 | |
| 10925 | ELECTRO-NITE, 9901 BLUEGRASS ROAD, PHILADELPHIA, PA 19114 | |
| 10924 | ELECTROPAC CO INC, 252 WILLOW STREET, MANCHESTER, NH 03103 | |
| 10925 | ELECTROPAC, 252 WILLOW ST, MANCHESTER, NH 03103-6294 | |
| 10924 | ELECTROPAR LIMITED, 35 LADY RUBY DRIVE, EAST TAMAKI, NZL | *VIA Deutsche Post* |
| 10924 | ELECTROPAR LTD, PO BOX 58-623, AUCKLAND, NZL | *VIA Deutsche Post* |
| 10925 | ELECTRO-PLATING INC, JOHN M VAN LIESHOUT REINHART BOERNE, 1000 NORTH WATER ST, SUITE 2100, MILWAUKEE, WI 53202-3186 | |
| 10925 | ELECTRO-SENSORS, INC, 6111 BLUE CIRCLE DRIVE, MINNETONKA, MN 55343 | |
| 10925 | ELECTROSPACE SYSTEMS INC, SUSAN PADLEY, | |
| 10924 | ELECTROSTAR INC., 339 SOUTH ISIS AVENUE, INGLEWOOD, CA 90301 | |
| 10925 | ELECTROSTATICS, INC, 352 D GODSHALL DRIVE, HARLEYSVILLE, PA 19438-2107 | |
| 10925 | ELECTROSTEAM CORPORATION, 4 EUSTIS ST, WORCESTER, MA 01606 | |
| 10925 | ELECTROTEK, PO BOX 48599, NILES, IL 60714-0599 | |
| 10925 | ELEFSON, HARVEY, 19 GLEN DR, PEABODY, MA 01960 | |
| 10924 | ELEGANT OF U.S.A., INC., 511 NORTH SYCAMORE AVENUE, FULLERTON, CA 92831 | |
| 10924 | ELEGANT OF U.S.A., INC., ATTN: DAVE STOUGH, 16255 SOUTH BROADWAY, GARDENA, CA 90248 | |
| 10925 | ELEK-TEK INC, 135 S LASALLE DEPT 2218, CHICAGO, IL 60674-2218 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ELEK-TEK INC., 135 S. LASALLE DEPT. 2218, CHICAGO, IL 60674-2218

10925   ELEK-TEK, 7350 NORTH LINDER AVE, SKOKIE, IL 60077

10924   ELEKTROMEK COMPANY, CORNER OF 20TH & BROAD STS., CARLSTADT, NJ 07072

10925   ELEKTRO-PHYSIK USA, INC, 770 WEST ALGONQUIN ROAD,

10925   ELEKTRO-PHYSIK, USA, 770 WEST ALGONQUIN ROAD, ARLINGTON HEIGHTS, IL 60005

10925   ELEKTROTEK CORPORATION, 1217 MAYAPPLE LANE, WEST CHESTER, PA 19380

10925   ELEMENT K JOURNALS, PO BOX 23809, ROCHESTER, NY 14692-3809

10924   ELEMENTARY SCHOOL C/O ACOUSTICS INC, REEDVILLE, SC, CHARLOTTE, NC 28275

10925   ELEMENTIS DPC INC, PO BOX 94192, CHICAGO, IL 60690

10924   ELEMENTIS PERFORMANCE POLYMERS, 395 ALLWOOD ROAD, CLIFTON, NJ 07012

10924   ELEMENTIS PERFORMANCE POLYMERS, 600 CORTLANDT STREET, BELLEVILLE, NJ 07109

10924   ELEMENTIS SPECIALTIES, 400 CLAREMONT AVENUE, JERSEY CITY, NJ 07304

10925   ELEMENTIS SPECIALTIES, PO BOX 700, HIGHTSTOWN, NJ 08520

10925   ELEMENTIS SPECIALTIES, PO BOX 94192, CHICAGO, IL 60690

10925   ELEMENTIS SPECIALTIES, RHEOX, INC, PO BOX 94192, CHICAGO, IL 60690

10924   ELEMENTIS SPECIALTIES, RHEOX, INC., PO BOX 700, HIGHTSTOWN, NJ 08520

10924   ELEMENTRY SCHOOL JOSE, 18241 KEEHAN STREET, TAMPA, FL 33647

10925   ELENA M ORTIZ, 8755 TERRACE LANE, ROSWELL, GA 30076-4443

10925   ELERSON, JAMES, 4330 N 24TH PLACE #C, MILWAUKEE, WI 53209

10924   ELES BROS., INC., 1235 RODI ROAD, TURTLE CREEK, PA 15145

10924   ELEVATED WALKWAYS- LOGAN AIRPORT, PARCEL D HARBOR SIDE DRIVE, BOSTON, MA 02113

10925   ELEVATOR INSPECTION PROGM, 1940 NORTH MONROE ST, TALLAHASSEE, FL 32399-1002

10924   ELF ATOCHEM HEADQUARTERS NODE*, COLUMBIA, MD 21044

10925   ELF ATOCHEM NA INC, PAULA MARTIN,

10925   ELF ATOCHEM NORTH AMERICA INC, PO BOX 8500-51060, PHILADELPHIA, PA 19178-8500

10925   ELF ATOCHEM NORTH AMERICA INC, PO BOX 8500-8125, PHILADELPHIA, PA 19178-8125

10924   ELF ATOCHEM, 2316 HIGHLAND AVENUE, CARROLLTON, KY 41008

10925   ELFAR, GHALI, 183 WESTON ST, WALTHAM, MA 02154

10925   ELFENBEIN, MICHAEL, 3300 NE 192 ST, AVENTURA, FL 33180

10925   ELFRIEDA HUNTENBURG, 748A HERITAGE VILLAGE, SOUTHBURY, CT 06488-1314

10925   ELFTEX-12, PO BOX 360049M, PITTSBURGH, PA 15251

10925   ELGIN CORRUGATED BOX, 824 RAYMOND ST., ELGIN,, IL 60120

10925   EL-HAGE, AHMAD, 129 WEST HENRY ST., PALISADES PARK, NJ 07650

10925   ELHARD, TIMOTHY, 9015 DAYTONIA AVE., DALLAS, TX 75218

10925   ELI COMPANY, 519 UPSTREAM ST, RIVER RIDGE, LA 70123

10925   ELI J ROSENMAN, 22 SCHWARTZ DR, OTTUMWA, IA 52501-1132

10924   ELI LILLY & CO., 10500 S. STATE RD. 63, CLINTON, IN 47842

10924   ELI LILLY & CO., 1280 S. DAKOTA STREET, INDIANAPOLIS, IN 46225

10924   ELI LILLY & CO., NEW JERSEY & MCCARTY, INDIANAPOLIS, IN 46107

10924   ELI LILLY & COMPANY, 940 S. EAST STREET BUILDING 88, INDIANAPOLIS, IN 46225

10924   ELI LILLY AND COMPANY, LILLY CORP. CENTER, INDIANAPOLIS, IN 46285

10924   ELI LILLY AND COMPANY, LILLY ROAD, LAFAYETTE, IN 47905

10925   ELI LILLY CO, BLDG #333, 1355 S WHITE RIVER PKWY E, INDIANAPOLIS, IN 46225-1558

10924   ELI LILLY CO., LILLY CORPORATE CENTER, INDIANAPOLIS, IN 46285-9300

10924   ELI LILLY COMPANY, LILLY CORPORATE CENTER, INDIANAPOLIS, IN 46285

10924   ELI LILLY, CORNER OF RAYMOND & EAST STREET, INDIANAPOLIS, IN 46209-9965

10925   ELIA, ALEX, 2601 W. CATALPA, 514, CHICAGO, IL 60625

10925   ELIA, PHILIP D, 7320 N 71TH ST, PARADISE VALLEY, AZ 85253-3616

10925   ELIAS, ANNESSA, 9450 HOLDER #15, CYPRESS, CA 90630

10925   ELIAS, DANIEL, 239 7TH AVE, BETHLEHEM, PA 18018

10925   ELIAS, JUAN, 6102 WEBB RD, TAMPA, FL 33615

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ELIAS, LUIS, 185 STEVE DRIVE, TAUNTON, MA 02780

10925   ELIAS, TIM, 2219 E. MULBERRY, PHOENIX, AZ 85016

10925   ELIASEN, ANNETTE, 112 IVEY ST, SOUTH PLAINFIELD, NJ 07080

10924   ELIASON & KNOTH OF KANSAS CITY, 4600 MARTHA TRUMAN ROAD, GRANDVIEW, MO 64030

10924   ELIASON & KNUTH OF ARIZONA, 2921 W. CULVER,  SUITE 4, PHOENIX, AZ 85009

10924   ELIASON & KNUTH OF KANSAS CITY, 4600 MARTHA TRUMAN RD., GRANDVIEW, MO 64030

10924   ELIASON & KNUTH OF KANSAS CITY, CAMBRIDGE, MA 02140

10924   ELIASON & KNUTH OF KS CTY, 4600 MARTHA TRUMAN RD, GRANDVIEW, MO 64030

10924   ELIASON & KNUTH OF OMAHA, WAREHOUSE, OMAHA, NE 68137

10924   ELIASON & KNUTH, 2921 W. CULVER,  SUITE 4, PHOENIX, AZ 85009

10924   ELIASON & KNUTH, 4600 MARTHA TRUMAN RD, GRANDVIEW, MO 64030

10924   ELIASON & KNUTH/EAST VALLEY TECH, MESA, AZ 85201

10924   ELIASON & KNUTH/MAYO HOSPITAL, SCOTTSDALE, AZ 85250

10924   ELIASON & KNUTH/SONORA QUEST, TEMPE, AZ 85281

10925   ELICIO, HERNANDEZ, 4135 C FIRWOOD, CHARLOTTE, NC 28209

10925   ELICK, JOHN V, PO BOX 803, BELLEVILLE, TX 77418

10925   ELICK, NINA, 4314 E NEW YORK, INDIANAPOLIS, IN 46201

10924   ELI-LILLY CO., 1249 SOUTH WHITE RIVER PKWY. EAST D, INDIANAPOLIS, IN 46225

10925   ELINOR F RICE, 3953 BATAVIA ELBA TL RD, OAKFIELD, NY 14125

10925   ELINOR G SWEET, 27 N CIRCLE DR, COLDWATER, MI 49036-1123

10925   ELINOR LEE CRAMPHORN, 26 WINTER ST, WOBURN, MA 01801-1225

10925   ELINOR R MC COY, 127 HARRISON RD, DAYTONA BEACH, FL 32118-5407

10925   ELIO LEE BATTAGLIA &, KATHLEEN H BATTAGLIA JT TEN, 1301 COTTAGE ST, VIENNA, VA 22180-6707

10925   ELIOT, ANDREW, 400 W 43RD ST, NEW YORK, NY 10036

10925   ELISA C. SHEN, 24 LANARK RD., APT. 2, BROOKLINE, MA 02146

10925   ELISA MC MAHON &, WALTER M MC MAHON JT TEN, 6119 WEST LAWRENCE, CHICAGO, IL 60630-2939

10925   ELISABETH ANN SCULLY, 11 CENTER TERRACE, STAMFORD, CT 06906-1724

10925   ELISE C LARSEN, C/O KAREN STRICKER, 3921 10TH LANE N, ANOKA, MN 55303-1231

10925   ELISE GROOS UHL, 927 EVENTIDE, SAN ANTONIO, TX 78209-5521

10925   ELISE MURPHY, 38240 CHICAGO AVE, WADSWORTH, IL 60083-9205

10925   ELISE SPRING ZUEGNER, ELISE SPRING PARKER, 56 DUTCH LANE, RINGOES, NJ 08551-1105

10924   ELISON ELEMENTRY SCHOOL, 909  ELMNS  ROAD, KILLEEN, TX 76542

10924   ELITE COATINGS, 200 TREMON STREET, GORDON, GA 31031

10924   ELITE COATINGS, PO BOX 130, GORDON, GA 31031

10925   ELITE LANDSCAPING N LAWN CARE, 4255 KELLOG AVE., CINCINNATI, OH 45226

10924   ELITE PLASTEIRNG/DOWNEY MEDICAL, C/O WESTSIDE BUILDING MATERIALS, DOWNEY, CA 90239

10924   ELITE PLASTERING/CLARK HIGH SCHOOL, COYOTE BUILDING MATERIALS, LAS VEGAS, NV 89125

10924   ELITE PLASTERING/FAMILY COUNSELING, LAS VEGAS, NV 89101

10924   ELITE PLASTERING/MESQUITE JACK, MESQUITE, NV 89024

10924   ELITE PLASTERING/PALO VERDE HIGH, C/O COYOTE BUILDING MATERIALS, NORTH LAS VEGAS, NV 89030

10924   ELITE PLASTERING/PRIMM STATELINE, COYOTE BUILDING MATERIALS, LAS VEGAS, NV 89125

10924   ELITE PLASTERING/RESERVE HOTEL, C/O COYOTE, LAS VEGAS, NV 89125

10924   ELITE PLASTERING/SAM REMO, COYOTE BUILDING MATERIALS, LAS VEGAS, NV 89125

10924   ELITE READY MIX CORP., 530 FAILE STREET, BRONX, NY 10474

10924   ELITE READY MIX CORP., P O BOX 196D STREET, BRONX, NY 10472

10924   ELITE READY MIX CORP., P.O.BOX 196, BRONX, NY 10472

10925   ELITE TRANSPORTATION, PO BOX 1352, GREER, SC 29652

10925   ELIYA, FEDA, 120 BIRNAM CT, GREENVILLE, SC 29615

10925   ELIYA, HABIB, 120 BIRNAM COURT, GREENVILLE, SC 29615

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ELIZABETH A & RICHARD T ROSS, 1001 PLANTERS TRAIL, GREENSBORO, GA 30642

10925    ELIZABETH A BET, 5305 2ND ST, WHITEHALL, PA 18052-1805

10925    ELIZABETH A CHARON TR UA MAR 4 97, THE ELIZABETH A CHARON REVOCABLE, INTER VIVOS TRUST, 8350 EAST 13TH ST, TULSA, OK 74112-7910

10925    ELIZABETH A FINNIE, 9 RYDER ST 15, ARLINGTON, MA 02476-4234

10925    ELIZABETH A FORD, 311 CENTRAL ST, ACTON, MA 01720

10925    ELIZABETH A HUGHES &, MICHAEL P HUGHES JT TEN, 5111 SWALLOW DRIVE, LAND O LAKES, FL 34639-3827

10925    ELIZABETH A LYONS, 311 CENTRAL ST, ACTON, MA 01720

10925    ELIZABETH A MOONEY, 453 E 14TH ST, NEW YORK, NY 10009-2822

10925    ELIZABETH ACCARDI, 23 MARRIGAN ST, ARLINGTON, MA 02174

10925    ELIZABETH ANN DUNNING, 14115 HUNTING HORN TURN, GLEN MILLS, PA 19347

10925    ELIZABETH ANN FINNIE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    ELIZABETH ANN WOHLENHAUS, PO BOX 66, WINNEBAGO, MN 56098-0066

10925    ELIZABETH B A MILLER &, WILLIAM L EAKIN JT TEN, 1116 ANDOVER, LAWRENCE, KS 66049-3565

10925    ELIZABETH B CART, 80 WINDSOR AVE, BUFFALO, NY 14209-1019

10925    ELIZABETH B THORNTON, 249 PINE VIEW LANE, YORK, PA 17403-9561

10925    ELIZABETH B WIER, 828 EDGEWATER DR, NAPERVILLE, IL 60540-7432

10925    ELIZABETH BLANAR &, JOHN BLANAR JT TEN, 19 N AUTEN AVE, SOMERVILLE, NJ 08876-2705

10925    ELIZABETH BOHRER VARIO, 206 N BEDFORD RD, CHAPPAQUA, NY 10514-2723

10925    ELIZABETH C DISTASIO, 238 BAYVIEW AVE, MASSAPEQUA L I, NY 11758-8005

10925    ELIZABETH C FLOURNOY, 118 LARCH RD, SALISBURY, NC 28147-9149

10925    ELIZABETH C ROSE, 149 WASHINGTON ST, BELMONT, MA 02478-3561

10925    ELIZABETH CAROLYN TODSEN, TR UA JAN 10 80, THE ELIZABETH CAROLYN, TODSEN TRUST, 1030 CONTINENTAL AVE, MELBOURNE, FL 32940-6747

10924    ELIZABETH CITY BRICK CO, N ROAD ST & HUGHES BLVD, ELIZABETH CITY, NC 27909

10924    ELIZABETH CITY BRICK CO., INC., CAMBRIDGE, MA 99999

10924    ELIZABETH CITY BRICK CO., INC., N. ROAD ST. & HUGHES BLVD., ELIZABETH CITY, NC 27909

10924    ELIZABETH CITY BRICK CO., N ROAD ST & HUGHES BLVD, ELIZABETH CITY, NC 27909

10924    ELIZABETH CITY STATE UNVERSITY, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925    ELIZABETH CLARK GELLINGS, 125 OAKLAWN AVE, OSWEGO, IL 60543-9679

10925    ELIZABETH COLETTE NELSON, 502 DUKE ST APT 3, ALEXANDRIA, VA 22314-3750

10925    ELIZABETH CONNORS, 61 CHESTNUT ST, MT SINAI, NY 11766-2326

10925    ELIZABETH D HOLLINGER TR UA, SEP 9 92 ELIZABETH D, HOLLINGER TRUST, 5293 OIO DR, HONOLULU, HI 96821-1815

10925    ELIZABETH F DOUGLASS, 14 PARK AVE, RUMSON, NJ 07760-1524

10925    ELIZABETH F ERNST, 14 HARRETON RD, ALLENDALE, NJ 07401-1318

10925    ELIZABETH F OVEN, PO BOX 1466, ENID, OK 73702-1466

10925    ELIZABETH FINNIE, 9 RYDER ST 15, ARLINGTON, MA 02476-4234

10925    ELIZABETH FINNIE, CCMP,BLDG 29, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    ELIZABETH G BYRNE, 15 WOODSHAW RD, VALLEY STREAM, NEWARK, DE 19711-7420

10925    ELIZABETH G DENNE, 87 FLAT ROCK RD, EASTON, CT 06612-1705

10925    ELIZABETH G LANSDOWN TR, UA MAY 18 94, THE LANSDOWN FAMILY TRUST, 1821 FRANKFORT ST, SAN DIEGO, CA 92110-3514

10925    ELIZABETH GALLARDO, 2502 S GARNSEY ST, SANTA ANA, CA 92707

10925    ELIZABETH H FULLER, 1120 FIFTH AVE, NEW YORK, NY 10128-0144

10925    ELIZABETH H HOLMES, 40 BRIDLE PATH, ORCHARD PARK, NY 14127-3026

10925    ELIZABETH H KING TR UA OCT 16 98, ELIZABETH H KING TRUST, 411 SABAL PALM LANE, VERO BEACH, FL 32963-3461

10925    ELIZABETH HENSLEY, 4500 8TH ST, WOODWARD, OK 73801-7515

10925    ELIZABETH HIGHT, 15 DEARBORN ST, MEDFORD, MA 02155

10925    ELIZABETH JEAN NELSON, BOX 476, DAVIS, CA 95617-0476

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ELIZABETH KAUFMAN &, ALISON BETH BROWN JT TEN, 540 E 20TH ST APT 11B, NEW YORK, NY 10009-1334

10925   ELIZABETH KAUFMAN &, LAURA ANN BROWN JT TEN, 540 E 20TH ST APT 11B, NEW YORK, NY 10009-1334

10925   ELIZABETH KAUFMAN &, LISA ANN BROWN JT TEN, 540 E 20TH ST APT 11B, NEW YORK, NY 10009-1334

10925   ELIZABETH L BONKOWSKY, 5270 BUDAPEST PLACE, STATE DEPT, WASHINGTON, DC 20521-5270

10925   ELIZABETH L EWING, 5303 VINELAND RD, ORLANDO, FL 32811-7612

10925   ELIZABETH L NEELY & ASSOC, 1819 LYNDHURST AVE, CHARLOTTE, NC 28203

10925   ELIZABETH LA BUDA, 4664 N FOREST VIEW AVE, CHICAGO, IL 60656

10925   ELIZABETH M BLACK, 81 VILLAGE ST, SATELLITE BC, FL 32937-2964

10925   ELIZABETH M CHORBA, C/O ELIZABETH M WILLARD, PO BOX 7315, NAPLES, FL 34101

10925   ELIZABETH M HIGHT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ELIZABETH M JOHNSTON, 3902 SHELDON DR NE, ATLANTA, GA 30342-4212

10925   ELIZABETH M LEY, 248 RICHARDS RD, RIDGEWOOD, NJ 07450-1010

10925   ELIZABETH M WALKER, 8 NOTRE DAME ST, NASHUA, NH 03060-4018

10925   ELIZABETH M WILLIS, 185 HORNE RD, TRYON, NC 28782-9752

10925   ELIZABETH MALCOLM KELLY, 4316 WINCHESTER RD, LOUISVILLE, KY 40207-4060

10925   ELIZABETH MAY & WILLIAM MAY, JT TEN, 910 S CAROLINA AVE SE, WASHINGTON, DC 20003-2144

10925   ELIZABETH MOODY, 3010 WINDSOR RD APTS D, AUSTIN, TX 78703-2360

10925   ELIZABETH NOREEN BENEFIT, 17401 OAK PARK AVE, TINLEY PARK, IL 60477

10925   ELIZABETH O SULLIVAN, 37 COUNTY LINE RD, AMITYVILLE, NY 11701-3120

10925   ELIZABETH ORTIZ, 4001 W EL PRADO AVE APT B, ORANGE, CA 92868-5880

10925   ELIZABETH P MILLER, 2 CHELMSFORD LANE, ROCHESTER, NY 14618-1726

10925   ELIZABETH Q CATES, BOX 5628, SPARTANBURG, SC 29304-5628

10925   ELIZABETH R BERRY, 5049 GRACELAND AVE, INDIANAPOLIS, IN 46208-3428

10925   ELIZABETH R EVANS, 1079 KENNETT WAY, WEST CHESTER, PA 19380-5735

10925   ELIZABETH R FOLEY, 28 COLLAMORE LN, BURNHAM, ME 04922-3009

10925   ELIZABETH R HANSON, E-15 MARSH SIDE, HILTON HEAD ISLAND, SC 29926

10925   ELIZABETH R PETERSON, 527 OTTO AVE, BEVERLY, NJ 08010-2011

10925   ELIZABETH R REDDY, 1320 QUEEN ANNES GATE, WESTLAKE, OH 44145-2632

10925   ELIZABETH R STUCK, 3212 31ST AVE S, MINNEAPOLIS, MN 55406-2046

10925   ELIZABETH R WOOLF, 15 NORTH SUNSET, GULF BREEZE, FL 32561-4051

10925   ELIZABETH ROSS, HACKETT HUFFINE, 24 TALL OAKS RD, STAMFORD, CT 06903-1511

10925   ELIZABETH S CHARLES, BOX 276, GREENWOOD, SC 29648-0276

10925   ELIZABETH S HAESEKER, RT 1 BOX 1325, WILLISTON, FL 32696-0000

10925   ELIZABETH S LEAF TR UA, ELIZABETH S LEAF TRUST, C/O WILLIAM A LEAF, 174 GOVERNOR TRUMBULL WAY, TRUMBULL, CT 06611-5617

10925   ELIZABETH S STIRRUP, 5001 LITTLE RIVER RD W201, MYRTLE BEACH, SC 29577-2477

10925   ELIZABETH S UFFORD, 2337 ACME CT, DAYTON, OH 45440-2618

10925   ELIZABETH S. FORSHAW, FORSHAW OF ST. LOUIS INC., 825 S. LINDBERGH BLVD, ST. LOUIS, MO 63131

10925   ELIZABETH SCOTT, 30 UNION ST, WOBURN, MA 01801-4257

10925   ELIZABETH SUSANNE PETERSON, 490 N AUSTIN APT 3, OAK PARK, IL 60302-2790

10925   ELIZABETH UPCHURCH ROBERTS, PO BOX 230487, MONTGOMERY, AL 36123-0487

10925   ELIZABETH V ATKINSON, C/O MRS HAROLD V PETERSON, 4 MIDLAND GARDENS APT 4-H, BRONXVILLE, NY 10708-4722

10925   ELIZABETH WOODROW, 805 WONDER WAY, GRAPEVINE, TX 76051

10925   ELIZABETH, RUSSELL THIBODEAU, 400 HADAWAY DR APT 8, CHESTERTOWN, MD 21620-1236

10925   ELIZABETHTOWN GAS, PO BOX 1450, ELIZABETH, NJ 07207

10925   ELIZALDE, LUISA, 6835 W COLUMBINE DR, PEORIA, AZ 85381

10925   ELIZALDI, EDNA, 3720 BROOKSIDE #307, CORPUS CHRISTI, TX 78410

10925   ELIZONDO JR, ELIAS, ROUTE 1 BOX 3073, RIO GRANDE CITY, TX 78582

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ELIZONDO, EDELMIRO, 1110 N. 25TH ST, MCALLEN, TX 78501

10925    ELIZONDO, ERNEST, 807 CLARK, YOAKUM, TX 77995

10924    ELK CREEK READY MIX, 9165 TANNERY ROAD, GIRARD, PA 16417

10924    ELK CREEK READY MIX, P O BOX 428, GIRARD, PA 16417

10924    ELK CREEK READY MIX, P.O. BOX 428, GIRARD, PA 16417

10925    ELK ELK WITTINGTON, 25550 CHAGRIN BLVD, CLEVELAND, OH 44124

10924    ELK GROVE READY MIX INC, ATTN: ACCOUNTS PAYABLES, STOCKTON, CA 95206-0901

10924    ELK GROVE READY MIX INC., 10260 WATERMAN ROAD, ELK GROVE, CA 95624

10924    ELK GROVE READY MIX INC., 10260 WATERMAN ROAD, ELK GROVE, CA 95759

10924    ELK RIVER CONCRERTE PRODUCTS, 311 LOWELL AVENUE, ELK RIVER, MN 55330

10924    ELK RIVER CONCRETE PROD, 1340  SIXTH ST., ELK RIVER, MN 55330

10924    ELK RIVER CONCRETE PROD, 1908 14TH ST.  N.E., AUSTIN, MN 55912

10924    ELK RIVER CONCRETE PROD, 7070 CRETEX AVE., SHAKOPEE, MN 55379

10924    ELK RIVER CONCRETE PROD, 7575 GOLDEN VALLEY RD, MINNEAPOLIS, MN 55401

10924    ELK RIVER CONCRETE PROD, P O BOX 1180, HELENA, MT 59624

10924    ELK RIVER CONCRETE PROD, P O BOX 1660, MAPLE GROVE, MN 55311

10924    ELK RIVER CONCRETE PROD, P.O. BOX 1660, MAPLE GROVE, MN 55311

10924    ELK RIVER CONCRETE PRODCUCTS, 1908 14TH STREET NE, AUSTIN, MN 55912

10924    ELK RIVER CONCRETE PRODUC, PO BOX1180, HELENA, MT 59604

10924    ELK RIVER CONCRETE PRODUCTS CO, 1340 6TH ST, ELK RIVER, MN 55330

10924    ELK RIVER CONCRETE PRODUCTS CO, 1340 6TH STREET, ELK RIVER, MN 55330

10924    ELK RIVER CONCRETE PRODUCTS CO, 7070 CRETEX AVENUE, SHAKOPEE, MN 55379

10924    ELK RIVER CONCRETE PRODUCTS CO, 7575 GOLDEN VALLEY ROAD, GOLDEN VALLEY, MN 55427

10924    ELK RIVER CONCRETE PRODUCTS CO, P.O. BOX 1660, DIVISION OF CRETEX, MAPLE GROVE, MN 55311

10924    ELK RIVER CONCRETE PRODUCTS, 1301 N. BROADWAY, CROOKSTON, MN 56716

10924    ELK RIVER CONCRETE PRODUCTS, 1908  14TH. ST. N.E., AUSTIN, MN 55912

10924    ELK RIVER CONCRETE PRODUCTS, 2001 N. BENTON AVE., HELENA, MT 59624

10924    ELK RIVER CONCRETE PRODUCTS, 204 EAST LINCOLN, OLIVIA, MN 56277

10924    ELK RIVER CONCRETE PRODUCTS, 4240 NEIBAUER ROAD, BILLINGS, MT 59106

10924    ELK RIVER CONCRETE PRODUCTS, 5789 OLD HIGHWAY 61, DULUTH, MN 55810

10924    ELK RIVER CONCRETE PRODUCTS, 6550 WEDGEWOOD RD, DIVISION OF CRETEX, MAPLE GROVE, MN 55311

10924    ELK RIVER CONCRETE, 2001 N. BENTON AVE., HELENA, MT 59601

10924    ELK RIVER CONCRETE, 2001 NORTH BENTON AVENUE, HELENA, MT 59601

10924    ELK RIVER, 444 WEB ROAD, RIVERTON, WY 82501

10925    ELKAM INC, 951 WASHINGTON BLVD #502, ROSEVILLE, CA 95678-1480

10925    ELKAY MANUFACTURING, 105 NORTH ROCHESTER ST, LANARK, IL 61046

10924    ELKAY MFG CO, 105 N LANARK, LANARK, IL 61046

10924    ELKAY MFG CO., 105 N LANARK, LANARK, IL 61046

10925    ELKEM MATERIAL INC, PO BOX 8500-8520, PHILADELPHIA, PA 19178-8520

10925    ELKEM MATERIALS INC., 22803 NETWORK PLACE, CHICAGO, IL 60673-1228

10925    ELKEM MATERIALS INC., DEPT. L 218 P, PITTSBURGH, PA 15264

10924    ELKHART GENERAL HOSP C/O CIRCLE B, 600 ARCADE STREET, ELKHART, IN 46515

10924    ELKHART GENERAL HOSPITAL, 600 EAST BLVD., ELKHART, IN 46514

10924    ELKHORN PUBLIC SCHOOLS, 502 GLENN STREET, ELKHORN, NE 68022

10924    ELKIN CONSTRUCTION, 2431 RT 286W, INDIANA, PA 15701

10924    ELKIN CONSTRUCTION, 2431 RT. 286 WEST, INDIANA, PA 15701

10924    ELKIN CONSTRUCTION, 2431 RT. 286W, INDIANA, PA 15701

10925    ELKIN, DAVID, 10 CUSHMAN ROAD, WHITE PLAINS, NY 10606

10925    ELKIN, SAMUEL, 10 CUSHMAN RD, WHITE PLAINS, NY 10606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ELKINS W DAHLE JR &, EVALYN L DAHLE JT TEN, 3314 ROSALIE AVE, BALTIMORE, MD 21234-7929

10925   ELKINS, CATHY, 6111 VANCE JACKSON, SAN ANTONIO, TX 78230

10925   ELKINS, DONALD, 2551 BAYOU CIRCLE, SULPHUR, LA 70663

10925   ELKINS, JR, GRADY, 502 SEQUOIA DRIVE, EDGEWOOD, MD 21040

10925   ELKINS, WAYNE, 1178 OLD A J HWY, TALBOTT, TN 37877

10925   ELKO CONVENTION AND VISITORS, 700 MOREN WAY, ELKO, NV 89801

10924   ELKO READY MIX, 2180 PINION ROAD, ELKO, NV 89801

10924   ELKO READY MIX, HENDERSON BANK BLDG., ELKO, NV 89801

10924   ELKO READY MIX, HENDERSON BANK BUILDING #305, ELKO, NV 89801

10925   ELKRIDGE FURNACE INN, THE, 5745 FURNACE AVE., ELKRIDGE, MD 21227

10924   ELKS CONCRETE PRODUCTS, HIGHWAY 90 EAST, LAFAYETTE, LA 70505

10924   ELKS CONCRETE PRODUCTS, PO BOX 51470, LAFAYETTE, LA 70505

10925   ELLA B DUNKLEE TR UA NOV 18 92, ELLA B DUNKLEE TRUST, HC 58 BOX 322, EAST HEBRON, NH 03232-9709

10925   ELLA M CROWDER TR UA MAR 25 92, NORAL F CROWDER FAMILY TRUST, 1355 QUEBEC ST, DENVER, CO 80220-3028

10925   ELLA PAULINE KLINKE &, JOHN H KLINKE JR TRUST TR U/A, FEB 7 83 UNDER THE REVOCABLE, INTER VIVOS TRUST, 15765 RANCHERO DR, MORGAN HILL, CA 95037-9521

10925   ELLA STEVENS, 10 W 135TH ST APT 9P, NEW YORK, NY 10037-2621

10925   ELLARD, NELDA, 2ND ST NE, ARAB, AL 35016

10925   ELLBERGER, LARRY, 7243 VALENCIA DRIVE, BOCA RATON, FL 33433

10925   ELLBERGER, LARRY, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10924   ELLCO DISTRIBUTING CORPORATION, 520 E 4TH ST, TEXARKANA, AR 71854

10925   ELLEDGE, ROBIN, 1305 PINE DRIVE, KILLEEN, TX 76543

10925   ELLEN AFROMSKY, C/O ELLEN SCHEFF, 75 E 3RD ST APT E-4, NEW YORK, NY 10003-9032

10925   ELLEN BODAS & KATHRYN DUESING &, BARBARA CLAYTON TR UA NOV 02 97, HENRY W SWANSON TRUST, 165 AVENIDA MIRAMAR, SAN CLEMENTE, CA 92672-4779

10925   ELLEN CARLSON, 4657 N HARDING AVE, CHICAGO, IL 60625-6311

10925   ELLEN E WADE &, LEANDER F WADE &, ROBERTA M NICHOLS JT TEN, 3423 CALLE VISTA DR, MEDFORD, OR 97504-9242

10925   ELLEN ELIZABETH DARROW & JAMES, LEROY DARROW & WILLIAM LEE, DARROW JT TEN, 1117 E MAPLE, MARION, KS 66861-1233

10925   ELLEN EUGENIA TURTON, C/O ELLEN T PORTER, 228 STRATFIELD RD, FAIRFIELD, CT 06432-1846

10925   ELLEN FALLON, 50 HAWTHORNE ST, RUTHERFORD, NJ 07070-1126

10925   ELLEN G LOOBY, 705 PHEASANT RUN, KENNETT SQ, PA 19348-1526

10925   ELLEN GRAUER COURT REPORTING CO, 110 EAST 59TH ST 25TH FL, NEW YORK, NY 10022

10925   ELLEN H RENISON, 23-28 ROBIN ROAD, W PALM BEACH, FL 33409-6156

10925   ELLEN J ATLAS, 8314 MEADOWLARK LANE, BETHESDA, MD 20817-2917

10925   ELLEN J REED &, GEORGE J REED JT TEN, 733 ZELDA CT, HENDERSONVILLE, NC 28792-9525

10925   ELLEN KUIST THOMSON, 18 ELVASTON ROAD, HEXHAM, NORTHHUMBERLAND, UNITED KINGDOM   *VIA Deutsche Post*

10925   ELLEN L STOCK, 124 W 79TH ST, NEW YORK, NY 10024-6446

10925   ELLEN M BIBEAULT, 171 HIGHLAND ST, WOONSOCKET, RI 02895-1816

10925   ELLEN M GARRET, & C DOUGLAS GARRETT JT TEN, 5760 DEB RANAL CT, MILFORD, OH 45150-2333

10925   ELLEN M RYAN, 2285 SEDGWICK AVE, BRONX, NY 10468-5716

10925   ELLEN R DIXON, 305 E MAIN ST, LAKE CITY, SC 29560-2168

10925   ELLEN R SAXL, C/O W ROGERS, 260 MADISON AVE 18TH FL, NEW YORK, NY 10016-2401

10925   ELLEN S LENK TR UA OCT 8 97, FBO ELLEN S LENK ETAL, 4001 OAKLEY GREENE, SARASOTA, FL 34235-2329

10925   ELLEN STACIA CLARK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   ELLEN STANLEY &, RICHARD STANLEY JT TEN, 366 ARDSLEY ST, STATEN ISLAND, NY 10306-1630

10925   ELLEN W COSBY, TRUSTEE, PO BOX 75091, BALTIMORE, MD 21275

10925   ELLEN W HAGGERTY, 5495 CRATHES CT, ST LOUIS, MO 63119-5085

10925   ELLEN WILSON &, STEPHEN WILSON JT TEN, PO BOX 294, TOPSFIELD, MA 01983-0494

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ELLEN Y ZANDER, 1644 MERRILL RD, SAN JUAN BAUTISTA, CA 95045-9631 | |
| 10924 | ELLENBERGER MOBILE CONC, 20319 HWY 169, SAINT JOSEPH, MO 64505 | |
| 10924 | ELLENBERGER MOBILE CONCRETE, 1807 ROSEPORT RD, ELWOOD, KS 66024 | |
| 10924 | ELLENBERGER MOBILE CONCRETE, 20319 HWY 169, SAINT JOSEPH, MO 64505 | |
| 10925 | ELLENBERGER, KIRK, 8140 SOUTHWOOD DRIVEAPT 302, GARRETSVILLE, OH 44231 | |
| 10924 | ELLENDALE CONCRETE PROD, ATTN:  ACCOUNTS PAYABLE, ELLENDALE, ND 58436 | |
| 10924 | ELLENDALE CONCRETE PRODUCTS, 405 9TH ST N., ELLENDALE, ND 58436 | |
| 10924 | ELLENDALE CONCRETE PRODUCTS, PO BOX 693, ELLENDALE, ND 58436 | |
| 10925 | ELLENDER, BRADLEY J, 2722 ALLEN ST., SULPHUR, LA 70663 | |
| 10925 | ELLENDER, BRADLEY, 2722 ALLEN ST, SULPHUR, LA 70663 | |
| 10925 | ELLENDER, HOLLY, 1045 MANSON DR, BATON ROUGE, LA 70816 | |
| 10925 | ELLENDER, MATTHEW, 4057 LETTIE ST, SULPHUR, LA 70663 | |
| 10925 | ELLENDER, RAYMOND, 405 BOWIE ST, SULPHUR, LA 70663 | |
| 10925 | ELLENDER, STEVEN L, 4101 THOMPSON RD., SULPHUR, LA 70663 | |
| 10925 | ELLENDER, STEVEN, 4101 THOMPSON ROAD, SULPHUR, LA 70665 | |
| 10925 | ELLENDER, WAYNE, 211 C MARCEL LANE, HOUMA, LA 70360 | |
| 10924 | ELLENSBURG CEMENT PROD, ATTN:  ACCOUNTS PAYABLE, ELLENSBURG, WA 98926-0938 | |
| 10924 | ELLENSBURG CEMENT PRODUCT, 7TH & WENAS STREET, ELLENSBURG, WA 98926 | |
| 10924 | ELLENSBURG CEMENT PRODUCT, P.O. BOX 938, ELLENSBURG, WA 98926 | |
| 10924 | ELLENSBURG CEMENT PRODUCTS, 1071 HIGHWAY 97, ELLENSBURG, WA 98926 | |
| 10925 | ELLENWOOD, PAUL, 15 J ORCHARD AVE, HAVERHILL, MA 01830-4357 | |
| 10924 | ELLER & WILLEY BLOCK, PALMYRA RD, DIXON, IL 61021 | |
| 10924 | ELLER & WILLEY BLOCK, PALMYRA RD., DIXON, IL 61021 | |
| 10925 | ELLER, ALISON, PO BOX 682, TROUTMAN, NC 28166 | |
| 10925 | ELLER, DONNA, 250 GIN HOUSE ROAD, GREER, SC 29651 | |
| 10925 | ELLER, MARY BETH, 9380 STEEPLE CT, LAUREL, MD 20723 | |
| 10925 | ELLER, MICHAEL, 7719 CHARLESMONT RD, BALTIMORE, MD 21222 | |
| 10925 | ELLER, ROGER, 5 WELCOME VIEW DRIVE, GREENVILLE, SC 29611 | |
| 10925 | ELLERBE, ROY, 301 NORTH FRANKLIN ST., WINNSBORO, LA 71295 | |
| 10925 | ELLERBROEK, JULIE, 2206 S 60TH ST, OMAHA, NE 68106 | |
| 10925 | ELLERBUSCH, CHERYL, 9650 ROBIN AVE, WESTMINISTER, CA 92683 | |
| 10925 | ELLERD, LINDA, 30850 RD DD, WRAY, CO 80758 | |
| 10925 | ELLERMAN, JENNIFER, 560 N PERRY APT 216, AUBURN, AL 36830 | |
| 10925 | ELLESS, SHAWN, 9181 FM 369 NORTH, BURKBURNETT, TX 76354 | |
| 10925 | ELLETSON, RODNEY, 500 TAYLOR ROAD, LIBBY, MT 59923 | |
| 10925 | ELLGEN, LARRY, 1459 OAK ST, CRAIG, CO 81625-3248 | |
| 10925 | ELLI K BECKLEY TR UA DEC 03 98, ELLI K BECKLEY TRUST, 1660 HOMEWOOD DR, ALTADENA, CA 91001-2749 | |
| 10925 | ELLICE, H. WAYNE, 4099 W 71ST ST, CHICAGO, IL 60629 | |
| 10925 | ELLICE, H.-WAYNE, 4925 HARNEW ROAD SOUTH, OAK LAWN, IL 60453 | |
| 10925 | ELLICE, JOSEPH, 5440 CASS AVE APT 406, DETROIT, MI 48202 | |
| 10925 | ELLINGER, RALPH, 521 RIVERSIDE DRIVE, ESSEX, MD 21221 | |
| 10925 | ELLINGSON, JAMES, 1022 19TH ST E, WILLISTON, ND 58801 | |
| 10925 | ELLINGTON INSULATION CO, INC, PO BOX 10009, WILMINGTON, NC 28405-0009 | |
| 10925 | ELLINGTON, CHERYL, 1935 PIONON AVE, MACON, GA 31204 | |
| 10925 | ELLINGTON, DENNIS, 638 CATHARINE ST, PHILA PA, PA 19147 | |
| 10925 | ELLINGTON, KAREN, 4647 EAST HUBBELL, PHOENIX, AZ 85008 | |
| 10925 | ELLINGTON, WILLIS, RT 2 BOX 362, LITTLETON, NC 27850 | |
| 10925 | ELLINWOOD, ARACELI, 5966 BROOKCLIFF RD, FAYETTEVILLE, NC 28304 | |
| 10925 | ELLIOT A KEARSLEY, 10413 ENGLISHMAN DR, ROCKVILLE, MD 20852-4663 | |
| 10924 | ELLIOT BLOCK, 54 NORTH  ST, HUDSON FALLS, NY 12839 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ELLIOT C PALMER, 22 FOREST ST, LEXINGTON, MA 02421-4920 | |
| 10924 | ELLIOT HOSPITAL, MANCHESTER, NH 03103 | |
| 10925 | ELLIOT PALMER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | ELLIOT TURBOMACHINERY COMPANY INC, 901 N. 4TH ST., JEANNETTE, PA 15644 | |
| 10925 | ELLIOT, DEBORAH, 1915 BELL PLACE, SOUTH PLAINFIELD, NJ 07080 | |
| 10925 | ELLIOT, GWENDOLYN, 625 CYPRESS ST, YEADON, PA 19050 | |
| 10925 | ELLIOT, ROBERT, 141 WHITTINGTON CRSE, ST. CHARLES, IL 60174-5794 | |
| 10925 | ELLIOT, SUSAN, 5850 CAMERON RUN #919, ALEXANDRIA, VA 22303 | |
| 10925 | ELLIOTT BERN, 68 CHARLES ST, ALLENDALE, NJ 07401-1006 | |
| 10924 | ELLIOTT ELECTRIC, 314 GLORIA, SUNNYVALE, TX 75182 | |
| 10924 | ELLIOTT ELECTRIC, PO BOX 630610, NACOGDOCHES, TX 75963 | |
| 10924 | ELLIOTT GIN & LUMBER CO., 500 ATHENS ST., FLORENCE, SC 29501 | |
| 10924 | ELLIOTT GINN & LBR. CO., INC., 500 ATHENS ST., FLORENCE, SC 29501 | |
| 10925 | ELLIOTT H SHERMAN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | ELLIOTT M LOYLESS &, SARA JOHNSON LOYLESS JT TEN, 1901 CAMP FLORIDA RD, BRANDON, FL 33510-3902 | |
| 10925 | ELLIOTT SCHULTZ & ASSOCIATES INC, PO BOX 1688, AURORA, IL 60507 | |
| 10925 | ELLIOTT, ANDREW, 310 EAST OAK ST., WATSEKA, IL 60970 | |
| 10925 | ELLIOTT, BRITTANY, 1130 THOMAS AVE, SAN DIEGO, CA 92109 | |
| 10925 | ELLIOTT, CHARLES, 3030 LAFFERTY, PASADENA, TX 77581 | |
| 10925 | ELLIOTT, CHARLES, 3525 CASAVERDE, DALLAS, TX 75234-8004 | |
| 10925 | ELLIOTT, CHARLES, 401 N RIVERSIDE DRIVE, POMPANO BEACH, FL 33062 | |
| 10925 | ELLIOTT, CHRIS, 6031 STONEWALL PRKWY, MECHANICSVILLE, VA 23111 | |
| 10925 | ELLIOTT, CHRISTINE, 18 POND PATH, NORTH HAMPTON, NH 03862-2243 | |
| 10925 | ELLIOTT, CHRISTOPHER, 548 COLUMBUS AVE, BOSTON, MA 02118 | |
| 10925 | ELLIOTT, D, 430 COLUMBUS AVE, BOSTON, MA 02116 | |
| 10925 | ELLIOTT, DANIEL, 110 DORGATE ROAD, OWINGS MILLS, MD 21117 | |
| 10925 | ELLIOTT, DANIEL, 309 S LAKE COURT DR, LAKE CHARLES, LA 70605 | |
| 10925 | ELLIOTT, DAVID, 21991 MISSISSIPPI AVE., GOSHEN, IN 46526 | |
| 10925 | ELLIOTT, DAVID, 45 FOREST GLENN DR, IMPERIAL, PA 15126-9674 | |
| 10925 | ELLIOTT, F, 130 UNIVRITY DR., 207, AMHERST, MA 01002 | |
| 10925 | ELLIOTT, FRED, PO BOX 348, SULPHUR, LA 70664-0348 | |
| 10925 | ELLIOTT, ISALEAN, 214 CHESTNUT PL, PISCATAWAY, NJ 08854 | |
| 10925 | ELLIOTT, JAMES, 199 MARION ST, DUBLIN, OH 43017 | |
| 10925 | ELLIOTT, JAMES, 703 CAROLINE ST, LANDOVER, MD 20785 | |
| 10925 | ELLIOTT, JAMIE, 219 MAHER RD., WALTON, KY 41094 | |
| 10925 | ELLIOTT, JERODE, PO BOX 1694, JENA, LA 71342 | |
| 10925 | ELLIOTT, JOHN A, 315 MADISON ST., SULPHUR, LA 70663-6325 | |
| 10925 | ELLIOTT, JOHN, 1315 ELMHURST DR N E, CEDAR RAPIDS, IA 52402 | |
| 10925 | ELLIOTT, JOHN, 315 MADISON ST, SULPHUR, LA 70663 | |
| 10925 | ELLIOTT, LARUE, 110 SE 31ST TERRACE, CAPE CORAL, FL 33904-3442 | |
| 10925 | ELLIOTT, LISA, ROUTE 3, BOX 1984, WARSAW, VA 22572 | |
| 10925 | ELLIOTT, LUCINDA, 2607 SOUTH HOUSTON, AMARILLO, TX 79103 | |
| 10925 | ELLIOTT, LYNDA, 2406 THRASHER OAK, SAN ANTONIO, TX 78232 | |
| 10925 | ELLIOTT, MATT, 6544 DORSEY SHOALS R, DOUGLASVILLE, GA 30135 | |
| 10925 | ELLIOTT, MICHAEL, 125 HOMESTEAD ST, BOSTON, MA 02121 | |
| 10925 | ELLIOTT, MICHELE, 500 ELM ST, LEESPORT, PA 19533 | |
| 10925 | ELLIOTT, PAMELA, 5211 LEIGH, AMARILLO, TX 79110 | |
| 10925 | ELLIOTT, PATRICK, 7680 PAINTED TURTLE DRIVE, DAYTON, OH 45414-1757 | |
| 10925 | ELLIOTT, PATRICK, 819 SOMERSET PL, HYATTSVILLE, MD 20783 | |
| 10925 | ELLIOTT, PAULA, 1209 SOUTH 7TH ST, MONROE, LA 71202 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ELLIOTT, REBECCA, PO BOX 17131, SPARTANBURG, SC 29301

10925 ELLIOTT, ROBERT, 101 SHENANDOAH DRIVE, SPARTANBURG, SC 29301-9998

10925 ELLIOTT, RONNIE, 11632 BIRCHWOOD PIKE, HARRISON, TN 37341

10925 ELLIOTT, SHANDY, 5326 W 42ND, AMARILLO, TX 79109

10925 ELLIOTT, STEPHEN, 4 EAST 95TH ST, NEW YORK, NY 10128

10925 ELLIOTT, SUSAN, 3602 54TH ST W, BRADENTON, FL 34209

10925 ELLIOTT, SUSIE, 909 PKWY, LAPORTE, TX 77571

10925 ELLIOTT, TERRI, 1705 SCHWEIKHARDT #A, HOUSTON, TX 77020

10925 ELLIOTT, TOMMY, 307 KINGS MOUNTAIN DRIVE, GREER, SC 29650

10925 ELLIOTT, VERNON, 3605 BROOKLYN AVE, BALTIMORE, MD 21225

10925 ELLIOTT, WALTER, 406 GREENING WAY, ROSEWALL, GA 30076

10925 ELLIOTT, WARREN, 106 BRIARCREEK, GREER, SC 29651

10925 ELLIOTT-GRAY, PATTY, 3911 52ND ST, BLADENSBURG, MD 20710

10924 ELLIOTT'S DESIGNS, 18201 SOUTH SANTA FE AVENUE, RANCHO DOMINGUEZ, CA 90221

10925 ELLIS & ASSOCIATES, 7064 DAVIS CREEK RD., JACKSONVILLE, FL 32256-3026

10925 ELLIS & JOHNSON SERVICE, 924 NORRIS AVE, CHARLOTTE, NC 28206

10924 ELLIS BROS, INC., 400 W HIGH ST, MOUNT GILEAD, OH 43338

10924 ELLIS BROS, INC., ROUND HOUSE LANE, MOUNT VERNON, OH 43050

10924 ELLIS BROS, INC., ROUND HOUSE LN, MOUNT VERNON, OH 43050

10925 ELLIS BROTHERS INC, POBOX 870, MOUNT VERNON, OH 43050-0870

10924 ELLIS BROTHERS, INC., COLUMBUS ZOO PROJECT, COLUMBUS, OH 43216

10924 ELLIS BROTHERS, INC., P.O. BOX 870, MOUNT VERNON, OH 43050

10924 ELLIS COMPANY, INC., THE, 2201 RICHLAND STREET, KENNER, LA 70063

10925 ELLIS CONTRACT SERVICES, 689 OLD BERKLEY ROAD, AUBURNDALE, FL 33823

10925 ELLIS L HAUG, 47 SYCAMORE DR, OLMSTED TOWNSHIP, OH 44138-2984

10924 ELLIS PAINT COMPANY, 3150 EAST PICO BLVD., LOS ANGELES, CA 90023

10925 ELLIS PRATT DESIGN, 361 NEWBURY ST, BOSTON, MA 02115

10925 ELLIS R FREEDMAN, 17 GREEN PARK, NEWTON, MA 02158-2605

10925 ELLIS, ALICIA, 2542 13TH ST NW, WASHINGTON, DC 20009

10925 ELLIS, ANTHONY, 14 PANARAMA CT, GREENVILLE, SC 29611

10925 ELLIS, ARTHUR, 117 CHAPARRAL, MARBLE FALLS, TX 78654

10925 ELLIS, BILLY, PINE FORREST F-11, JASPER, TX 75951

10925 ELLIS, BOBBY, 117 CHAPARRAL, HIGHLAND HAVEN, TX 78654

10925 ELLIS, BRENDA, 1729 SIGMAN EAST DR., CONYERS, GA 30207

10925 ELLIS, BRENT, 6903 SADDLEBOW CT, CLINTON, MD 20735

10925 ELLIS, CAROL, 396 LOUISE COURT, MILPITIS, CA 95035

10925 ELLIS, CHANTILEER, 1122 GLEN EAGLE RD 2ND FLR., BALTIMORE, MD 21230

10925 ELLIS, CHARLES, 2808 N. SPARKMAN, TUCSON, AZ 85716

10925 ELLIS, CHARLES, 342 A HIGHVIEW TERRACE, #104, FREDERICK, MD 21701

10925 ELLIS, CYNTHIA, 9603 WOODSTREAM DR, RICHMOND, VA 23233

10925 ELLIS, DAN, 4613 GREENSBORO, CORPUS CHRISTI, TX 78413

10925 ELLIS, DAVID, 10909 TENACIOUS DR, INDIANAPOLIS, IN 46236-9565

10925 ELLIS, DAVID, 205 WATERBURY COURT, SIMPSONVILLE, SC 29680

10925 ELLIS, DAVID, 5360 NW 35 AVE, FT LAUDERDALE, FL 33309

10925 ELLIS, DONNA, 6306 EUREKA AVE, LOUISVILLE, KY 40216

10925 ELLIS, DORETH, 3652 HILMAR RD, BALTIMORE, MD 21244

10925 ELLIS, DORIS, 647 NORTH ST, MORGANTOWN, WV 26505

10925 ELLIS, FRANKLYNN, 3854 EAST FM 367, IOWA PARK, TX 76367

10925 ELLIS, G, 827 N HARDEN, CHICAGO, IL 60651

10925 ELLIS, GARY, 1463 E. 24TH ST., INDIANAPOLIS, IN 46218

10925 ELLIS, GRACE, 157 SO ACACIA, RIALTO, CA 92376

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   ELLIS, HERBERT, 342 MOOSENECK ROAD, S ADDISON, ME 04606

10925   ELLIS, J, 153 LINDSEY FARM ROAD, STONY POINT, NC 28678

10925   ELLIS, JASON, 212-B CAVALIER DR, GREENVILLE, SC 29607

10925   ELLIS, JEAN, 69 SACHEM DRIVE, BUZZARDS BAY, MA 02532

10925   ELLIS, JEANIE, 1983 DENISON ST, POMONA, CA 91766-0000

10925   ELLIS, JEFFREY, 13807 BOTTOM ROAD, HYDES, MD 21082

10925   ELLIS, JENNIFER, 4100 TIMBERBROOK DR, RALEIGH, NC 27604

10925   ELLIS, JOEL, 1309 S MORRIS, HOBBS, NM 88240

10925   ELLIS, JOSEPH, BOX 1850, RIFLE, CO 81650

10925   ELLIS, JOY, 500 ELM ST, WELDON, NC 27890

10925   ELLIS, JULIA, POBOX 216 WASHINGTON AVE, NEWELLENTON, SC 29809

10925   ELLIS, KARA, 14335 JAMESTOWN BAY, FLORISSANT, MO 63034

10925   ELLIS, KAREN G, 644 S 42ND ST, LOUISVILLE, KY 40211

10925   ELLIS, KATHRYN, 9466 LAZY CREEK, WINDSOE, CA 95492

10925   ELLIS, KIMBERLY, 127 SHADECREST DR, MAULDIN, SC 29662

10925   ELLIS, L., 29 COLONEL BELL DRIVE, 3, BROCKTON, MA 02401

10925   ELLIS, LARRY, 1262 CHISHOLM TRAIL LWW, MACON, GA 31210

10925   ELLIS, LAWRENCE, 284 LORD BYRON LANE, COCKEYSVILLE, MD 21030

10925   ELLIS, LINDA K, 8825 VALLEY HILL DRIVE, BIRMINGHAM, AL 35206

10925   ELLIS, LORLIE, 5023 N. 38TH ST, MILWAUKEE, WI 53209

10925   ELLIS, MARTHA, 104 S PLINEY CIRCLE, SIMPSONVILLE, SC 29681

10925   ELLIS, MARYLEE, 1 LAUREL AVE, TOM S RIVER, NJ 08753

10925   ELLIS, MERRILL, 7009 N. 43RD ST, MILWAUKEE, WI 53209

10925   ELLIS, MICHAEL, 121 CRESCENT DR, CHILLICOTHE, MO 64601

10925   ELLIS, MICHAEL, 223 HIGHLAND DRIVE, HENDERSON, KY 42420

10925   ELLIS, OLANDA, 3601 POWELTON AVE APT A-3, PHILADELPHIA, PA 19104

10925   ELLIS, PAINTER, RATTERREE & BART, P.O. BOX 9946, SAVANNAH, GA 31412

10925   ELLIS, PATRICIA A, 423 MORNINGSIDE DR, FREDERICKSBURG VA, VA 22401

10925   ELLIS, RACHEL, 153 LINDSEY FARM RD., STONY POINT, NC 28678

10925   ELLIS, RAYMOND, 114-3 NISSEN RD, SALINAS, CA 93901

10925   ELLIS, RHONDA, 1300 NW 12TH, ANDREWS, TX 79714

10925   ELLIS, RICHARD, 1435 CHERRY ST, BALTIMORE, MD 21226-1230

10925   ELLIS, RICHARD, 396 LOUISE COURT, MILPITAS, CA 95035

10925   ELLIS, RICHARD, 5222 HWY 137, YUKON, MO 65589

10925   ELLIS, RICHARD, R R 2, BOX 128, WEST LIBERTY, IA 52776

10925   ELLIS, RONALD, 5442 CINDERLANE PKWY, ORLANDO, FL 32808

10925   ELLIS, S, 27 COLONEL BELL DRIVE, 3, BROCKTON, MA 02401

10925   ELLIS, SHEILA, 14061 TWP. ROAD 1058, LAKEVILLE,, OH 44638

10925   ELLIS, SYLVIA, 6202 W NORTH LANE, GLENDALE, AZ 85302

10925   ELLIS, SYRANTHA, 726 DARREN ST, DENHAM SPRINGS, LA 70726

10925   ELLIS, TASHA, 1638 WILHURST ST., JACKSON, MS 39201

10925   ELLIS, TERESA, 537 FLETCHER ST, CEDARTOWN, GA 30125

10925   ELLIS, TERRY, 11428 BEAVERLAND, DETROIT, MI 48239

10925   ELLIS, THOMAS, RT 2 BOX 273C-6, ROANOKE RAPIDS, NC 27870

10925   ELLIS, TOMMY, 505 KAY RD, WOODSTOCK, GA 30188

10925   ELLIS, VURL, 612 PLATT ST., SAC CITY, IA 50583

10925   ELLIS, WILLIAM, 15959 TIGER BEND RD #132, BATON ROUGE, LA 70817

10925   ELLIS, WILLIAM, 4141 HARBOR DR, PALMYRA, NJ 08065

10925   ELLIS,III, OSCAR, RT 1 BOX 173BH, FULTON, AR 71838

10924   ELLIS-DON CONTRACTING, C/O UNIV OF MICHIGAN - ITIC BLDG, ANN ARBOR, MI 48103

10925   ELLISON RILEY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ELLISON, BENJAMIN, 231 ELLISON LAKE ROAD, WILLIAMSTON, SC 29697

10925 ELLISON, DAN, RT 1 BOX 334, RIEGELWOOD, NC 28456-9613

10925 ELLISON, DONNA, 30 ETOWAH DRIVE, GREENVILLE, SC 29611

10925 ELLISON, HOYLE, 204 D ST SW, GLEN BURNIE, MD 21061

10925 ELLISON, JENNIFER, 2938 JERMANTOWN RD, OAKTON, VA 22124

10925 ELLISON, JOE, 1514 BEAVERDAM RD, WILLIAMSTON, SC 29697

10925 ELLISON, KAREN, RT 1 BOX 14-B, MILLER, MO 65707

10925 ELLISON, MICHAEL LEE, W. 5214 SUNSET HWY, SPOKANE, WA 99204

10925 ELLISON, NANCY, 428 PLEASANT VW DR NE, SOLON, IA 52333

10925 ELLISON, NANCY, RR 2 BOX 42, GRISWOLD, IA 51535-9718

10925 ELLISON, STEPHEN, 1480 BEAVERDAM RD, WILLIAMSTON, SC 29697

10925 ELLISON, THOMAS, 109 PEDALERS POND, LAKE WALES, FL 33853-7887

10925 ELLISON, THOMAS, 432 E CHURCH ROAD, EASLEY, SC 29642

10925 ELLISOR, SCOTT, 223 CHIPPEWA DRIVE, COLUMBIA, SC 29210

10925 ELLISTON VINEYARDS, 463 KILKARE ROAD, SUNOL, CA 94586

10924 ELLMAN INTERNATIONAL, 1135 RAILROAD AVENUE, HEWLETT, NY 11557-2316

10924 ELLMAN INTERNATIONAL, 1181 RAILROAD AVENUE, HEWLETT, NY 11557

10924 ELLOTT ELECTRIC, 110 S MARTIN, KILGORE, TX 75662

10925 ELLS, ANTON, 19322 STRATHCONA, DETROIT, MI 48203

10925 ELLS, KEITH, 423 N WEST ST, MONKATO, KS 66956

10925 ELLSWORTH ADHESIVE SYSTEMS, PO BOX 1002, GERMANTOWN, WI 53022-8202

10925 ELLSWORTH ADHESIVE, NORTH 117 WEST 18711 FULTON, GERMANTOWN, WI 53022

10925 ELLSWORTH BUILDERS SUPPLY, RR4 STATE ST, ELLSWORTH, ME 04065

10924 ELLSWORTH CORPORATION, 3430 HIGHVIEW DR, APPLETON, WI 54914

10924 ELLSWORTH CORPORATION, PO BOX1002, GERMANTOWN, WI 53022

10924 ELLSWORTH READY MIX, PO BOX303, ELLSWORTH, KS 67439

10925 ELLSWORTH, 155 X NEW BOSTON ST, WOBURN, MA 01801

10925 ELLSWORTH, JOHN M, PO BOX 240072, MILWAUKEE, WI 53224-9004

10925 ELLSWORTH, MARYBETH, 1815 OLIVE COURT, ORANGE PARK, FL 32073

10925 ELLSWORTH, MICHELLE, 77 BOW ST, ARLINGTON, MA 02174

10925 ELLSWORTH, PENNY, 25 SUMNER ST., AUBURN, MA 01501

10925 ELLSWORTH, SR, DONALD, RT. 3, BOX 104-C, MILTON, FL 32570

10925 ELLSWORTH, SYSTEMS, GERMANTOWN, WI 53022

10925 ELLSWORTH, TAMI, 3400 LLOYDS LANE, MOBILE, AL 36693

10925 ELLSWORTH, THOMAS, 20 WEST SPRING ST, SOMERVILLE, NJ 08876

10925 ELLWOOD SAFETY APPLIANCE CO, PO BOX 831, ELLWOOD CITY, PA 16117

10925 ELLWOOD, JAMES, 38 REGOLA DRIVE, IRWIN, PA 15642

10925 ELLWOOD, KATHY, 304 EARL DRIVE, SPARTANBURG, SC 29301

10925 ELLYN TERRILL MONTGOMERY, 18 BLUEWATER LANE, NORTH FALMOUTH, MA 02556-3000

10925 ELLZEY & BROOKS, LLC, PO BOX 11612, COLUMBIA, SC 29211

10924 ELM RIDGE RESOURCES, 16350 PARK TEN PLACE, HOUSTON, TX 77084

10924 ELM RIDGE RESOURCES, 7415 E. MAIN, FARMINGTON, NM 87402

10924 ELM RIDGE RESOURCES, MR. NEIL RENSVOLD, SUITE 100-23, 16350 PARK TEN PLACE, HOUSTON, TX 77084

10924 ELM TRANSIT MIX, 482 GRAND BLVD., WESTBURY, NY 11590

10924 ELM TRANSIT, 482 GRAND BLVD., WESTBURY, NY 11590

10925 ELM, DWIGHT, ROUTE 2 BOX 45, RADCLIFFE, IA 50230

10925 ELMER BOEHM, 24 BROOKWOOD ROAD, ST LOUIS, MO 63131-1508

10925 ELMER E SWESSINGER, C/O RICHARD RAINEY, 2007 E 15TH AVE, TULSA, OK 74104-4612

10925 ELMER H LOREK & CAROL M LOREK JT TEN, 442 RIDGE, CLARENDON HILLS, IL 60514-2706

10925 ELMER III, AUGUSTUS, 1517B POTOMAC DR, HOUSTON, TX 77057-1925

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ELMER J LE BEAU &, KATHERINE LE BEAU JT TEN, 4 HITREE LANE, ROCHESTER, NY 14624-4712 | |
| 10925 | ELMER KERKEMEYER &, MARGARET KERKEMEYER JT TEN, 715 JOHNSON HILL RD, COLLINSVILLE, IL 62234-6026 | |
| 10925 | ELMER KORTE, 1804 MONTICELLO, NAPLES, FL 34110-8450 | |
| 10925 | ELMER W STEINKRAUS & JEANNE M, STEINKRAUS HIS WIFE TEN ENT, 6424 ST PHILIPS ROAD, LINTHICUM, MD 21090-2630 | |
| 10925 | ELMER WALTER, RFD, GRAND RIDGE, IL 60325 | |
| 10925 | ELMER, ALLEN, 134 WESTFIELD CIRCLE, DANVILLE, CA 94526 | |
| 10925 | ELMER, NANCY, 619 WASHINGTON ST BOX 535, MONTICELLO, WI 53570 | |
| 10925 | ELMES, DR PETER, DINAL POWYS, SOUTH GLAMORGAN WALES, CF6 4HBUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | ELMHORST, BRAD, 511 CHARDONNET, SAN ANTONIO, TX 78232 | |
| 10924 | ELMHURST CARE CENTER ADDITION, 100-17 23RD AVENUE, EAST ELMHURST, NY 11369 | |
| 10924 | ELMHURST CHICAGO STONE COMPANY, P. O. BOX 57, ELMHURST, IL 60126 | |
| 10924 | ELMHURST CHICAGO STONE, 400 W FIRST AVE, ELMHURST, IL 60126 | |
| 10924 | ELMHURST CHICAGO STONE, 45 W 371 MAIN STREET, KANEVILLE, IL 60144 | |
| 10924 | ELMHURST CHICAGO STONE, ACCTS PAYABLE, ELMHURST, IL 60126 | |
| 10924 | ELMHURST CHICAGO STONE, P O BOX 57, ELMHURST, IL 60126 | |
| 10924 | ELMHURST CHICAGO STONE, REESE & MUNCER RDS, BARTLETT, IL 60103 | |
| 10924 | ELMHURST CHICAGO STONE, ROYCE & GREEN RDS, NAPERVILLE, IL 60540 | |
| 10924 | ELMHURST CHICAGO STONE, RTE 25 & DUNHAM RD., ELGIN, IL 60120 | |
| 10924 | ELMHURST HOSPITAL, 1200 SOUTH YORK ROAD, ELMHURST, IL 60126 | |
| 10924 | ELMHURST HOSPITAL, 79-01 BROADWAY OFF BAXTER STREET, NEW BLDG. BY EMERGENCY, ELMHURST, NY 11373 | |
| 10924 | ELMHURST HOSPITAL, 79TH STREET & BROADWAY, ELMHURST, NY 11373 | |
| 10924 | ELMHURST HOSPITAL, 79TH STREET & BROADWAY, FLUSHING, NY 11373 | |
| 10925 | ELMING, BERNARD, 1602 BRYN MAWR, ATLANTIC, IA 50022 | |
| 10925 | ELMLINGER, GERALD, 23228 HAWLEY DR, LAWRENCEBURG, IN 47025 | |
| 10925 | ELMO A NELSON & MARTHA J NELSON, JT TEN, 2220 EAST BRYAN CIRCLE, SALT LAKE CITY, UT 84108-2711 | |
| 10924 | ELMO GREER & SONS, 720 MORENTOWN RD, LONDON, KY 40743 | |
| 10924 | ELMO GREER & SONS, 720 WARRENTOWN ROAD, LONDON, KY 40743 | |
| 10924 | ELMO GREER & SONS, HIGHWAY 25E, FLAT LICK, KY 40935 | |
| 10925 | ELMORE, CAROLE, 47 PLEASANT ST, PALMER, MA 01069 | |
| 10925 | ELMORE, DENISE, 2211 PALESTRA, ST. LOUIS, MO 63146 | |
| 10925 | ELMORE, GERALD, PO BOX 580 8920 SPRUCE, HITCHCOCK, TX 77563-0580 | |
| 10925 | ELMORE, NADA, 1312 OKLAHOMA RD, BEE SPRINGS, KY 42207 | |
| 10925 | ELMORE, REBECCA, 4101 PEGGY LANE, CHARLOTTE, NC 28227 | |
| 10925 | ELMORE, STEVEN, RT. 1, BOX 11-A, MT. OLIVE, MS 39119 | |
| 10925 | ELMORE, SUSAN, A-19 CLOVERLEAF APTS, BISHOPVILLE, SC 29010 | |
| 10925 | ELMORE, VIRQUISHE, 5680 PINE GATE RD., COLLEGE PARK, GA 30349 | |
| 10925 | ELMQUIST, JERROLD, POST OFFICE BOX 12715, RENO, NV 89510 | |
| 10925 | ELMS, JAMES, 523 ROYAL ROAD, LAKESIDE CITY, TX 76308 | |
| 10925 | ELMS, JEFF, 6051 W 65TH ST, BEDFORD PARK, IL 60638-5396 | |
| 10925 | ELMS, JEFFREY, 9800 SOUTH BELL, CHICAGO, IL 60643 | |
| 10924 | ELMSFORD SHEET METAL, 23 ARIO LANE, CORTLANDT MANOR, NY 10567 | |
| 10924 | ELMSFORD SHEET METAL, 23 ARLO LANE, CORTLANDT MANOR, NY 10567 | |
| 10925 | ELMWOOD SENSORS, 500 NARRAGANSETT PARK DR, PAWTUCKET, RI 02861 | |
| 10924 | ELMWOOD SUPPLY, (AM), P.O. BOX 200, GARFIELD, NJ 07026-0200 | |
| 10924 | ELMWOOD, C/O SAN FRANCISCO GRAVEL, 71 S. ABLE, MILPAS, CA 93103 | |
| 10925 | EL-NAJJAR, PATRICIA, 633 N MAY #28, MESA, AZ 85201 | |
| 10924 | ELO TOUCHSYSTEMS, 105 RANDOLPH ROAD, OAK RIDGE, TN 37830 | |
| 10925 | ELOBY, STANDLEY, 2236 W. 71ST ST., CHICAGO, IL 60636 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ELOJA, MARIA IDA, 818 W.,

10924   ELON COLLEGE LIBRARY, 101 HAGGARD AVE., ELON COLLEGE, NC 27244

10925   ELORRIAGA, JOHN, 61 PIERREPONT ST 10, BROOKLYN, NY 11201-2432

10924   ELOY DETENTION CENTER, CAMBRIDGE, MA 02140

10925   ELOY, ALFREDO, 9578 LONGMONT DRIVE, HOUSTON, TX 77063

10925   ELROD, CLINTON, RT.6 BOX 183, SENCA, SC 29678

10925   ELROD, DENNIS, #9 C.R. 3124, AZTEC, NM 87410

10925   ELROD, LINDON, 1011 NW 49TH ST, FT. LAUDERDALE, FL 33309

10925   ELROD, MARTY, RT 1 BOX 358, COMMERCE, GA 30529

10925   ELROD, WENDY, 108 SHANNON CIRCLE, CHATSWORTH, GA 30705

10925   ELSA RAVEN TR UA JUL 17 96, FBO ELSA RAVEN REVOCABLE TRUST, 10744 HORTENSE ST, NORTH HOLLYWOOD, CA 91602-1834

10925   EL-SABAGH, PATRICIA, 506 VICTORIA DRIVE, GRAND PRAIRIE, TX 75051-5366

10925   ELSAS, R, 237 CARILLON DRIVE, MADISON, WI 53705

10925   ELSBERRY, JOSEPH, 812 MAIN ST, WILLISTON, ND 58801

10925   ELSBERRY, STEVEN, 2105 7TH AVE E, WILLISTON, ND 58801

10925   ELSBY, RACHEL, 22909 IRONWEDGE DR, BOCA RATON, FL 33433-0000

10925   ELSEA, DEBORAH, 423B NEPONGET ST, NORWOOD, MA 02062

10925   ELSER, JULIE, 8805 W. 102ND PL., OVERLAND PARK, KS 66212

10925   ELSEROAD, KATHY, 212 MOUNTAIN ROAD, LINTHICUM, MD 21090

10925   ELSEVIER JOURNALS FULFILLMENT, POBOX 7247-7479, PHILADELPHIA, PA 19170-7479

10925   ELSEVIER SCIENCE B.V., PO BOX 7247-7682, PHILADELPHIA, PA 19170-7682

10925   ELSEVIER SCIENCE BV, PO BOX 7247-7682, PHILADELPHIA, PA 19170-7682

10925   ELSEVIER SCIENCE INC, PO BOX 7247-7684, PHILADELPHIA, PA 19170-7684

10925   ELSEVIER SCIENCE LTD, THE BLVD LANGFORD LANE, KIDLINGTON, OX OX5 1GBUNITED KINGDOM    *VIA Deutsche Post*

10925   ELSEVIER SCIENCE PUBLISHING CO INC, PO BOX 7247-7969, PHILADELPHIA, PA 19170-7969

10925   ELSEY, NATHANIEL, 5232 HARLEM, ZACHARY, LA 70791

10925   ELSHERBINY, AHMED, 258 BELGROVE DRIVE, KEARNY, NY 07032

10925   ELSIE E MILLER TR UA OCT 27 98, ELSIE E MILLER REVOCABLE TRUST, 557 PAKESIDE DR, PALATINE, IL 60067-9033

10925   ELSIE R TAKEMOTO TR UA APR 26 00, ELSIE R TAKEMOTO REVOCABLE LIVING, TRUST, 2212 HUNNEWELL PL, HONOLULU, HI 96822-2145

10925   ELSIK, KENNETH, ROUTE 2 BOX 89, EDINBURG, TX 78539

10925   ELSIK, WAYNE, BOX 954, EDINBURG, TX 78540

10925   ELSING, ROBERT, 5257 EDGEWATER BEACH, GREEN BAY, WI 54311

10924   ELSINORE READY MIX CO INC, 16960 LAKESHORE DRIVE, LAKE ELSINORE, CA 92330

10924   ELSINORE READY MIX CO., 16960 LAKESHORE DRIVE, LAKE ELSINORE, CA 92330

10924   ELSINORE/LAKESHORE DRIVE, 16960 LAKESHORE DRIVE, LAKE ELSINORE, CA 92330

10924   ELSINORE/ROBB ROAD, 28251 ROBB ROAD, LAKE ELSINORE, CA 92330

10925   ELSKE, RICHARD, 1015 J ST, TEKAMAH, NE 68061

10925   ELSNER, ROLF F, 2459 EMILY ANN LN., LAKE CHARLES, LA 70605

10925   ELSNER, ROLF, 2459 EMILY ANN LANE, LAKE CHARLES, LA 70605

10925   ELSON, NANCY, 4627 ORCHARD DR NW, CEDAR RAPIDS, IA 52405

10925   ELSTNER, JOHN, 5223 S.MEADE, CHICAGO, IL 60638

10925   ELSTNER, JOHN, 5254 S MEADE, CHICAGO, IL 60638

10924   ELSTON BLOCK COMPANY, 1430 N. ELSTON AVE., CHICAGO, IL 60622

10924   ELSTON BLOCK, 1430 N.ELSTON AVE, CHICAGO, IL 60622

10925   ELSTON, ALBERT, 10038 ENCINO AVE, NORTHRIDGE, CA 91325

10925   ELSTON, DARYL, 688 RIVER ROAD, WINDOM, MN 56101

10925   ELSTON, TONIKA, 6920 N. 50TH ST., TAMPA, FL 33617

10925   ELSTRODT, CHARLES, 905 WINDSOR RD, VIRGINIA BEACH, VA 23451

10925   ELSTS, DONALD, 4433 GUINEA DRIVE, ANNANDALE, VA 22003

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   ELSWICK, JAMES, 156 ROCKY RUN ROAD, FREDERICKSBUR, VA 22406

10925   ELSWORTH ADHESIVES, N117W18711 FULTON DR, GERMANTOWN, WI 53022

10925   ELTEE TRAVEL INC., 1324 LEXINGTON AVER, NEW YORK, NY 10128

10925   ELTEK CORPORATION, 1429 S. CIRCLE AVE, FOREST PARK, IL 60130

10925   EL-TEX INDUSTRIES, INC, 4206 SHANNON DR., BLDG. 11, BALTIMORE, MD 21213

10925   ELTON R BEVERLY &, BETTY M BEVERLY JT TEN, 4740 CROSSGATE RD, CHESTER, VA 23831-4332

10925   ELTRAX INC TECHNOLOGY SERVICES GRP, PO BOX 530453, ATLANTA, GA 30353-0453

10925   ELTRAX SYSTEMS, 8205 BROWNLEIGH DR, RALEIGH, NC 27612

10925   ELTRAX, 100 GALLERIA PKWY #1030, ATLANTA, GA 30339

10925   ELTRAX, PO BOX 5525, BOSTON, MA 02206

10925   ELVA BAILEY &, RUTH BAILEY JT TEN, 12818 CHERRWOOD LA, BOWIE, MD 20715-1654

10925   ELVA OGLE, C/O ELVA SAMMONS, 2021 S 7TH ST, MOORHEAD, MN 56560-4157

10925   ELVARADO R BAPTISTE, 54 SUNSET AVE, WHEATLEY HEIGHTS, NY 11798-1409

10925   ELVATON AUTO,TRUCK& RV CENTER, 7505 BALTIMORE & ANNAPOLIS BLVD, GLEN BURNIE, MD 21060

10924   ELVETIUM S.A., (1261) CAPITAL FEDERAL, BUENOS AIRES, 09999ARG     *VIA Deutsche Post*

10925   ELVI, BAKLONA, 1630 JUNIPER ST NW, WASHINGTON, DC 20012

10925   ELVIN, RICHARD, 339 S HIGHLAND AVE, DUBOIS, PA 15801

10925   ELVIRA VARGAS DE IBARCENA &, CARLOS A IBARCENA VARGAS JT TEN, C/O BARBARA SIMON, 4620 N PARK AVE APT 706W, CHEVY CHASE, MD 20815-4553

10925   ELWAY BENHABI, ENID, 21661 BROOKHURST #48, HUNTINGTON BEACH, CA 92646

10925   ELWAY, ENID, 21661 BROOKHURST #48, HUNTINGTON BEACH, CA 92646

10925   ELWAYS, JAMES, 16 GINGRAS DR, NASHUA, NH 03060

10925   ELWELL, COLLEEN, 11 BENNETT WAY, APT. 18, NEW MARKET, NH 03857

10925   ELWELL, DEBORA, 2910 RAVENWOOD LANE, KISSIMMEE, FL 34741

10925   ELWELL, MARGY, 5074 VAIL DR., ACWORTH, GA 30101

10925   ELWELL, THOMAS, 11 BENNETT WAY AP 18, NEW MARKET, NH 03587-3534

10925   ELWIN, TOBY, 16 1/2 BAY ST, AMESBURY, MA 01913

10925   ELWOOD, DANIEL, 1604 WESTWICK DR, NORFOLK, NE 68701

10925   ELWOOD, JANE, PO BOX 68, ELLIOTT, IL 60933

10925   ELY, C, RR 1, BOX 56E, GRANVILLE, IL 61326

10925   ELY, JOHN, 3004 RAVENWOOD TER NW, CEDAR RAPIDS, IA 52405

10925   ELY, RAE H, RT 1 BOX 431, GORDONSVILLE, VA 22942-9721

10924   ELYSEE ARTICLES DE CUIR(1987)INC., 5067 AVENUE BANNANTYNE, MONTREAL QUE, QC H4G 1G2TORONTO     *VIA Deutsche Post*

10925   ELZA, SLATER, 6302 GAINSBOROUGH, AMARILLO, TX 79106

10924   ELZIE ODOM RECREATIONAL CTR, 1601 GREEN OAKS BLVD, ARLINGTON, TX 76018

10925   ELZOGHBI, ANTOINE, 103 WEDGEFIELD LANE, SIMPSONVILLE, SC 29681

10925   ELZUFON, BETSY, 3708 MIWOK PLACE, DAVIS, CA 95616

10925   ELZY, BOBBIE, 10626 SAGEWIND ST, HOUSTON, TX 77089

10925   EM PEAT MFG CO, 33 S 25TH ST, COUNCIL BLUFFS, IA

10925   EM PRODUCTS, 5380 COTTONWOOD LANE, PRIOR LAKE, MN 55372

10924   EM SCIENCE CO, 480 DEMOCRAT RD, GIBBSTOWN, NJ 08027

10924   EM SCIENCE, 2909 HIGHLAND AVENUE, CINCINNATI, OH 45212

10925   EMA, PO BOX 79284, BALTIMORE, MD 21279-0284

10924   EMANUAL BAPTIST CHURCH, EL DORADO, AR 71730

10924   EMANUAL BAPTIST CHURCH, THE, 1405 EMANUAL CHURCH ROAD, CONOVER, NC 28613

10924   EMANUAL IMAGING, 2800 N. VANCOUVER ST., PORTLAND, OR 97201

10925   EMANUEL, M, CHERRYWOOD MANOR B 2 A 4, ELMIRA, NY 14904

10925   EMANUEL, RICHARD, DESERT SCHLS FCU/124160, PO BOX 11350, PHOENIX, AZ 85061

10925   EMANUELLI, LUIS, RR-9 BOX 075, SAN JUAN, PR 00928

10924   EMBARCADERO 2, C/O SAN FRANCISCO GRAVEL, CLAY ST., SAN FRANCISCO, CA 94101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | EMBARCADERO ONE, ALL SEASONS, SAN FRANCISCO, CA 94107 | |
| 10925 | EMBASSY OF PAKISTAN, 2209 WISCONSIN AVE, NW, WASHINGTON, DC 20007 | |
| 10925 | EMBASSY OF THE PHILIPPINES, 1617 MASSACHUSETTS AVE. NW, WASHINGTON, DC 20036 | |
| 10925 | EMBASSY OF THE ST. OF KW., 2940 TILDEN ST. NW, WASHINGTON, DC 20008 | |
| 10925 | EMBASSY OF THE UNITED ARAB EMIRATES, 3000 K ST , SUITE 600, WASHINGTON, DC 20007 | |
| 10925 | EMBASSY SUITES DEERFIELD, 950 SOUTHEAST 20TH AVE, DEERFIELD BEACH, FL 33441 | |
| 10925 | EMBASSY SUITES HOTEL, 15920 WEST VALLEY HWY, TUKWILA, WA 98188 | |
| 10924 | EMBASSY SUITES HOTEL, 2630 E. CAMELBACK, PHOENIX, AZ 85019 | |
| 10925 | EMBASSY SUITES HOTEL, 4800 SOUTH TRYON ST, CHARLOTTE, NC 28217 | |
| 10925 | EMBASSY SUITES LOMBARD, 707 E BUTTERFIELD RD, LOMBARD, IL 60148 | |
| 10925 | EMBASSY SUITES, 10250 E COSTILLA AVE, ENGLEWOOD, CO 80112 | |
| 10925 | EMBASSY SUITES, 1325 EASY DYER ROAD, SANTA ANA, CA 92705 | |
| 10924 | EMBASSY SUITES, 1441 CANYON EL REY BLVD., SEASIDE, CA 93955 | |
| 10925 | EMBASSY SUITES, 1939 N MEACHAM ROAD, SCHAUMBURG, IL 60173 | |
| 10924 | EMBASSY SUITES, 201 HARRISON OAKS, CARY, NC 27513 | |
| 10924 | EMBASSY SUITES, 2401 BASS PRO ROAD, GRAPEVINE, TX 76051 | |
| 10924 | EMBASSY SUITES, 3705 SPECTRUM BLVD., TAMPA, FL 33612 | |
| 10925 | EMBASSY SUITES, 3800 S TRYON ST, CHARLOTTE, NC 28217 | |
| 10925 | EMBASSY SUITES, 5001 N SCOTTSDALE ROAD, SCOTTSDALE, AZ 85250 | |
| 10925 | EMBASSY SUITES, 555 N WESTSHORE BLVD, TAMPA, FL 33609 | |
| 10925 | EMBASSY SUITES, 5835 T.G. LEE BLVD., ORLANDO, FL 32822 | |
| 10925 | EMBASSY SUITES, 661 N W 53RD ST, BOCA RATON, FL 33487 | |
| 10925 | EMBASSY SUITES, 670 VERDAE BLVD., GREENVILLE, SC 29607 | |
| 10925 | EMBASSY SUITES, 7900 NE 82ND AVE, PORTLAND, OR 97220 | |
| 10925 | EMBASSY SUITES, 850 RIDGE LAKE BLVD, MEMPHIS, TN 38120 | |
| 10924 | EMBASSY SUITES, C/O E&K OF OMAHA, OMAHA, NE 68114 | |
| 10924 | EMBASSY SUITES, CAMBRIDGE, MA 99999 | |
| 10924 | EMBASSY SUITES, VESEY ST. & NORTH END AVENUE, MANHATTAN, NY 10001 | |
| 10924 | EMBASSY SUITES, VESEY STREET & NORTHEND AVENUE, NEW YORK, NY 10001 | |
| 10924 | EMBASSY TOWERS, 9300 UNDERWOOD, OMAHA, NE 68144 | |
| 10925 | EMBASY OF THE REP. OF VE., 1099 30TH ST., NW, WASHINGTON, DC 20007 | |
| 10924 | EMBEE INCORPORATED, 2136 SOUTH HATHAWAY, SANTA ANA, CA 92705 | |
| 10925 | EMBER, DONALD, 100 PINE RIDGE RD, HUNTSVILLE, AL 35802 | |
| 10925 | EMBERSON, JIMMY, PO BOX 544 16114, SUGAR PINE RIDGE ROAD, COBB, CA 95426 | |
| 10925 | EMBLEY, DIANE, 31 EQUATOR AVE, SOMERSET, NJ 08873 | |
| 10924 | EMBREY'S CONSTRUCTION, 8245 DOGTROT, MORGANTOWN, IN 46160 | |
| 10925 | EMBRICK, EVA, RT 2 BOX 2251, MAYSVILLE, GA 30588 | |
| 10925 | EMBRICK, GLADYS, 95 BAXTER RD, COMMERCE, GA 30529 | |
| 10925 | EMBRICK, JENNIFER, RT 2 BOX 212, COMMERCE, GA 30529 | |
| 10925 | EMBRICK, SHARON, ROUTE 4 BOX 496, COMMERCE, GA 30529 | |
| 10925 | EMBRY DEVELOPMENT COMPANY, INC, PO BOX 80526, ATLANTA, GA 30341 | |
| 10925 | EMBRY NEUSNER, 119 POQUONNOCK ROAD, PO BOX 1409, GROTON, CT 06340 | |
| 10925 | EMBRY, PAUL, 821 DANBERRY ST, OWENSBORO, KY 42301 | |
| 10925 | EMBRY, RICKY, 808 DANBERRY ST, OWENSBORO, KY 42301 | |
| 10925 | EMBRY, TOM, 27433 CAPRI AVE. #141, HAYWARD, CA 94545 | |
| 10924 | EMBUT.SAN MIGUEL S. DE RL, BRITISH HONDURAS, DE CV, BRITISH HONDURA, 09999GBR | *VIA Deutsche Post* |
| 10925 | EMC CORP./CUSTOMER EDUCATION, 5 TECHNOLOGY DR., MILFORD, MA 01757 | |
| 10925 | EMC CORPORATION, 5 TECHNOLOGY DR, MILFORD, MA 01757 | |
| 10925 | EMC CORPORATION, DEPT. CH 10648, PALATINE, IL 60055-0648 | |
| 10925 | EMC CORPORATION, PO BOX 7777, PHILADELPHIA, PA 19175-3550 | |
| 10925 | EMC CORPORATION, POBOX 4039, BOSTON, MA 02211 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | EMC JOB SITE, 717 MULBERRY STREET, DES MOINES, IA 50309 | |
| 10924 | EMC PROJECT EINSTEIN, 51 CONSTITUTION BLVD., FRANKLIN, MA 02038 | |
| 10925 | EMC TEST SYSTEMS, 1016 WALDRON ROAD, DURANT, OK 74701 | |
| 10925 | EMC TEST SYSTEMS, 2205 KRAMER LANE, AUSTIN, TX 78708 | |
| 10924 | EMC, 117 SOUTH ST., HOPKINTON, MA 01748 | |
| 10924 | EMCA - REMEX PRODUCTS, 160 COMMERCE DRIVE, MONTGOMERYVILLE, PA 18936 | |
| 10925 | EMCO CHEMICAL DISTRIBUTORS, INC, PO BOX 97743, CHICAGO, IL 60678-7743 | |
| 10925 | EMCO INC, PO BOX 34549, CHARLOTTE, NC 28234 | |
| 10925 | EMCO INC, PO BOX 60454, CHARLOTTE, NC 28260-0454 | |
| 10925 | EMCO INC, POBOX 65213, CHARLOTTE, NC 28265-0213 | |
| 10925 | EMCO INC., POBOX 67000, DETROIT, MI 48267-1558 | |
| 10924 | EMCO INTERIORS, 733 N HARVARD, VILLA PARK, IL 60181 | |
| 10925 | EMCO, 600 DIAGONAL HWY, LONGMONT, CO 80501 | |
| 10925 | EMCO, PO BOX 97743, CHICAGO, IL 60678 | |
| 10925 | EMD ASSOCIATES, 5731 INDUSTRIAL PARK ROAD, WINONA, MN 55987-5555 | |
| 10925 | EMD ELECTRONICS, 103 AVE J, DEL RIO, TX 78840 | |
| 10925 | EMD ELECTRONICS, 2201 LANDMEYER RD, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | EMD OPTIMA, POB 191, HANOVER, MA 02339 | |
| 10924 | EMDIN INTERNATIONAL, 15841 BUSINESS CENTER DRIVE, BALDWIN PARK, CA 91706 | |
| 10925 | EMED CO INC, BOX 369, BUFFALO, NY 14240 | |
| 10925 | EMED CO., PO BOX 369, BUFFALO, NY 14240-0369 | |
| 10925 | EMED COMPANY INC, PO BOX 369, BUFFALO, NY 14240 | |
| 10925 | EMED COMPANY INC., PO BOX 369, BUFFALO, NY 14240 | |
| 10925 | EMERALD PROFESSIONAL PLANNERS, 22 CARROLL ST, WHITBY, ON L1N 7Y4CANADA | *VIA Deutsche Post* |
| 10925 | EMERALD SERVICES, 9010 E MARGINAL WAY SUITE 200, SEATTLE, WA 98108 | |
| 10925 | EMERG. PHYS. ASSOC. OF MARYLAND, PO BOX 7537, LANCASTER, PA 17604 | |
| 10925 | EMERG. PHYS. AT PORTER HOSP., PO BOX 1269, WHEAT RIDGE, CO 80034 | |
| 10924 | EMERGENCY DEPT. NORWALK HOSP, 24 STEVENS STREET, NORWALK, CT 06856 | |
| 10925 | EMERGENCY DRUG TESTING INC, 2708 2ND AVE STE A, LAKE CHARLES, LA 70601 | |
| 10925 | EMERGENCY FILTRATION PRODUCTS, INC, 4335 S. INDUSTRIAL ROAD, SUITE 440, LAS VEGAS, NV 89103 | |
| 10925 | EMERGENCY MEDICAL DELIVERIES, 7460 PONDEROSA ROAD, PERRYSBURG, OH 43551 | |
| 10925 | EMERGENCY TRAINING SERVICES, 10323 GINGER PLACE DR., BATON ROUGE, LA 70817 | |
| 10925 | EMERGIMED LLC, 663 PALISADE AVE, CLIFFSIDE PARK, NJ 07010 | |
| 10925 | EMERGIMED, 663 PALISADE AVE, CLIFFSIDE PARK, NJ 07010 | |
| 10925 | EMERGIMED, 663 PALISADE AVE., CLIFFSIDE PARK, NJ 07010 | |
| 10925 | EMERGINET LLC, PO BOX 116151, ATLANTA, GA 30368-6151 | |
| 10924 | EMERI -CRETE INC, P O BOX 4291, PORTSMOUTH, NH 03802 | |
| 10925 | EMERICH, BARRY, 100 LESHER MILL RD, MOHRSVILLE, PA 19541 | |
| 10925 | EMERICH, PAUL, 1925 CENTRAL AVE #93, LAKELAND, FL 33803 | |
| 10924 | EMERI-CRETE, INC., % SCOTIA SAND & GRAVEL, SCOTIA, NY 12302 | |
| 10924 | EMERI-CRETE, INC., P.O. BOX 4291, PORTSMOUTH, NH 03802 | |
| 10925 | EMERINE, YVONNE, 3701 MCKINLEY, WELLINGTON, CO 80549 | |
| 10925 | EMERSON & CUMING COMPOSITE MATERIAL, 59 WALPOLE ST, CANTON, MA 02021 | |
| 10925 | EMERSON & CUMING COMPOSITE MATERIAL, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1111 | |
| 10925 | EMERSON & CUMING COMPOSITE MATERIAL, PO BOX 9286, BOSTON, MA 02209-9286 | |
| 10925 | EMERSON & CUMING COMPOSITE MATERIAL, PO BOX, CANTON, MA 02021 | |
| 10925 | EMERSON & CUMING COMPOSITE MATERIAL, POLYFIBRON COMPOSITES, CHARLOTTE, NC 28275-5555 | |
| 10925 | EMERSON & CUMING COMPOSITE, 59 WALPOLE ST, CANTON, MA 02121 | |
| 10925 | EMERSON & CUMING INC, PO BOX 75174, CHARLOTTE, NC 28275-5174 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EMERSON & CUMING MICROWAVE PRODUCTS, 869 WASHINGTON ST SUITE ONE, CANTON, MA 02021 | |
| 10925 | EMERSON & CUMING MICROWAVE PRODUCTS, 869 WASHINGTON ST, CANTON, MA 02021 | |
| 10925 | EMERSON & CUMING MICROWAVE, NIJVERHEIDSSTRAAT 7A, WESTERLO, 2260BELGIUM | *VIA Deutsche Post* |
| 10925 | EMERSON & CUMING, INC, 25 HARTWELL AVE, LEXINGTON, MA 02173 | |
| 10925 | EMERSON & CUMING, INC, 59 WALPOLE ST, CANTON, MA 02021 | |
| 10925 | EMERSON & CUMING, INC, 6000 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | EMERSON & CUMING, INC, 61 HOLTON ST, WOBURN, MA 01801 | |
| 10925 | EMERSON & CUMING, INC, 869 WASHINGTON ST, CANTON, MA 02021 | |
| 10925 | EMERSON & CUMMINGS, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | EMERSON APPLIANCE MOTOR DIVISION, ACCOUNTS PAYABLE DEPT, SAINT LOUIS, MO 63136 | |
| 10925 | EMERSON CHEVRON STATION, 3506 EMERSON ST, | |
| 10925 | EMERSON ELECTRIC CO, 8000 W. FLORISSANT AVE., PO BOX 4100, ST. LOUIS, MO 63136 | |
| 10925 | EMERSON ELECTRIC CO, ATTN FOR OXFORD MS, 2100 88TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | EMERSON ELECTRIC CO, ATTN PARAGOULD AR, 2100 88TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | EMERSON ELECTRIC, 8100 W FLORISSANT, SAINT LOUIS, MO 63136 | |
| 10925 | EMERSON ELECTRIC, SHAW PITTMAN POTTS & TROWBRIDGE FRE, 2300 N ST NW, WASHINGTON, DC 20037 | |
| 10925 | EMERSON HOSPITAL, PO BOX 9120, CONCORD, MA 01742 | |
| 10924 | EMERSON IND. CTG., 132 SOUTH SEGRAVE STREET, DAYTONA BEACH, FL 32114 | |
| 10924 | EMERSON POWER TRANSMISSION, 324 CARMEL STREET, MAYSVILLE, KY 41056 | |
| 10924 | EMERSON POWER TRANSMISSION, 687 2ND STREET, MAYSVILLE, KY 41056 | |
| 10925 | EMERSON TEXACO, 3270 EMERSON ST, | |
| 10925 | EMERSON, BOBBY, 83 CHERRY HILL ROAD, LAURENS, SC 29360 | |
| 10925 | EMERSON, CHERRY, PO BOX 53127, ATLANTA, GA 30355-1127 | |
| 10925 | EMERSON, DOROTHY, 138 26TH ST DR SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | EMERSON, FLOYD, 30 FRANCES ST, MELROSE, MA 02176 | |
| 10925 | EMERSON, HOMER, 138 - 26TH ST DR SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | EMERSON, LESTER, 1500 HUTCHINSON ROAD, RIVERTON, WY 82501 | |
| 10925 | EMERSON, MARY, 222 OAKLAWN DRIVE, LAURENS, SC 29360 | |
| 10925 | EMERSON, MONICA, 1604 COLONIAL DR., RUSTON, LA 71270 | |
| 10925 | EMERSON, RONALD, 6189 WOOSTER AVE., LOS ANGELES, CA 90056 | |
| 10925 | EMERSON, SHARON, 3185 N 1800 E RD, ST ANNE, IL 60964 | |
| 10925 | EMERSON, W, 5726 SAULSBURY ST, ARVADO, CO 80002 | |
| 10925 | EMERSON-SWAN INC, PO BOX 783, RANDOLPH, MA 02368 | |
| 10925 | EMERTON, ALFRED, 3 SHERU LANE, YORK BEACH, ME 03909 | |
| 10925 | EMERTON, VALERIE, 3 SHERU LANE, YORK, ME 03909 | |
| 10925 | EMERY COUNTY, PO BOX 727, CASTLE DALE, UT 84513 | |
| 10925 | EMERY ENTERPRISES, 140 WASHINGTON AVE, ALPENA, MI 49707 | |
| 10925 | EMERY EXPEDITE, 700 KEYSTONE INDUSTRIAL PARK, SCRANTON, PA 18501-1994 | |
| 10925 | EMERY EXPEDITE, PO BOX 1994, SCRANTON, PA 18501-1994 | |
| 10925 | EMERY FARKAS, 5659 COUNTRY LAKES DR, SARASOTA, FL 34243 | |
| 10925 | EMERY J. UDVARI, 3814 S. BAHAMA ST., AURORA, CO 80013 | |
| 10924 | EMERY LEE & SONS INC, P O BOX 390, MEDWAY, ME 04460 | |
| 10925 | EMERY OCEAN FREIGHT, PO BOX 1067, SCRANTON, PA 18501 | |
| 10925 | EMERY WORLDWIDE, 899 EATON AVE, BETHLEHEM, PA 18025-0001 | |
| 10925 | EMERY WORLDWIDE, A CNF COMPANY, BOX 371232, PITTSBURGH, PA 15250-7232 | |
| 10925 | EMERY WORLDWIDE, BOX 371232, PITTSBURGH, PA 15250-7232 | |
| 10925 | EMERY WORLDWIDE, BOX 371232M, PITTSBURGH, PA 15250 | |
| 10925 | EMERY WORLDWIDE, DAYTON INTL AIRPORT, VANDALIA, OH 45377 | |
| 10925 | EMERY, AMY, 3431WEST MEDILL, CHICAGO, IL 60647 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | EMERY, MICHAEL, 2 ROUSSIN AVE, OLD ORCHARD BEACH, ME 04064 | |
| 10925 | EMERY, STEPHEN, 5225 FOX HUNT DRIVE, WESKEY CHAPEL, FL 33543 | |
| 10925 | EMERY, WILLIAM, 364 GEORGIA AVE SE, ATLANTA, GA 30312 | |
| 10925 | EMF ELECTRIC, PO BOX 11593, CHARLOTTE, NC 28220 | |
| 10925 | EMF/MGE OF BOSTON, INC, PO BOX 8756, BOSTON, MA 02114 | |
| 10925 | EMFINGER JR, LLOYD F, 126 CAMELIA DR, TALLASSEE, AL 36078-1106 | |
| 10924 | EMH WELLNESS CENTER, 1997 HEALTH WAY DRIVE, AVON, OH 44011 | |
| 10925 | EMHART INDUSTRIES INC., 701 EAST JOPPA ROAD, TOWSON, MD 21286 | |
| 10925 | EMHISER, WILLIAM, 20 OLD NECK ROAD, MANCHESTER, MA 01944 | |
| 10925 | EMI INC., PO BOX 912, CLINTON, CT 06413 | |
| 10925 | EMIG DISPOSAL SERVICE, RD #1 ROUTE 422, PULASKI, PA 16143 | |
| 10925 | EMIG DISPOSAL SERVICE, RD.#1, ROUTE 422, PULASKI, PA 16143 | |
| 10925 | EMILY M ADELMANN TR UA 6/23/81, FBO JOHN R ADELMANN, 150 BUTTERVILLE RD, NEW PALTZ, NY 12561-2803 | |
| 10925 | EMINENT INTERNATIONAL ENTERPRISES, 3632-3634 DIVIDEND DR, GARLAND, TX 75042 | |
| 10925 | EMINET DOMAIN, THE, 1325 S CONGRESS AVE, BOYNTON BEACH, FL 33426 | |
| 10925 | EMIRATES CHEMICALS LLC, PO BOX 5006, DUBAI, UNITED ARAB EMIRATES | *VIA Deutsche Post* |
| 10924 | EMIRATES CHEMICALS LLC, PO BOX5006, DUBAI, ARE | *VIA Deutsche Post* |
| 10925 | EMJ METALS, 59 SOUTH ST, HOPKINTON, MA 01748 | |
| 10924 | EMKAY, C/O SPRAY INSULATION, ITASCA, IL 60143 | |
| 10924 | EML ENTERPRISES, 4243 NORTH RIVER ROAD, PORT ALLEN, LA 70767 | |
| 10924 | EML ENTERPRISES, 4301 JEFFREY DRIVE, BATON ROUGE, LA 70816 | |
| 10925 | EMLER, CAROL, 1877 LEWIS RD, MT HOREB, WI 53572 | |
| 10925 | EMMA SANTINI JOSEPH C., FEDI JOHN S. FEDI SR. ET AL, MARY JAWORSKI, 4777 GROUSE RUN, #174, STOCKTON, CA 95207 | |
| 10925 | EMMANUEL, GEORGE, 13920 CASTLE BLVD #513, SILVER SPRING, MD 20904 | |
| 10925 | EMMANUEL, SHEPPARD & CONDON, POST OFFICE DRAWER 1271, PENSACOLA, FL 32596 | |
| 10925 | EMMEL, DAVID, 235 RIVER FALLS DR, DUNCAN, SC 29334 | |
| 10925 | EMMERLING, RICHARD, 410 ABRELL WOODS COURTT, PEACHTREE CITY, GA 30269 | |
| 10925 | EMMERT, VIRGINIA, 1706 6TH AVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | EMMET MARVIN & MARTIN LLP, 120 BROADWAY, NEW YORK, NY 10271 | |
| 10925 | EMMETT MD, M, 7174 CLIFFBROOK DRIVE, DALLAS, TX 75240 | |
| 10925 | EMMETT, ROBERT, 5408 MOORLAND LANE, BETHESDA, MD 20814 | |
| 10925 | EMMONS, CHERYL, 14390 CHANTRY, MORENO VALLEY, CA 92388 | |
| 10925 | EMMONS, CHERYL, 3723 MACTAVISH AVE, BALTIMORE, MD 21229 | |
| 10925 | EMMONS, EDNA, 84 ANDERSON ST, RARITAN, NJ 08869 | |
| 10925 | EMMONS, LEROY, 408 NEW HAVEN ST #C-103, VICTORIA, TX 77904 | |
| 10925 | EMMTECH, HOUSE #2, MOSHAV MISGAV DOVE, 76867ISRAEL | *VIA Deutsche Post* |
| 10925 | EMMTECH, PO BOX 221, CEDERA ISRAEL, 70700ISRAEL | *VIA Deutsche Post* |
| 10925 | EMO MEDICAL CARE, 2 KINGS HWY, MIDDLETOWN, NJ 07748-2500 | |
| 10925 | EMO TRANS GEORGIA INC, 4742 AVIATION PKWY, ATLANTA, GA 30349 | |
| 10924 | EMORY ELECTRIC, 351 DEPOT ST, ASHEVILLE, NC 28801 | |
| 10925 | EMORY L WILSON & ASSOC, INC, 4110 SHERATON COURT, GREENSBORO, NC 27410 | |
| 10924 | EMORY UNIVERSIITY, EMORY CONFERENCE HOTEL, ATLANTA, GA 30329 | |
| 10924 | EMORY UNIVERSITY BUSINESS SCHOOL, C/O ALPHA INSULATION, ATLANTA, GA 30307 | |
| 10924 | EMORY UNIVERSITY LIBRARY, 565 ASBURY CIR., ATLANTA, GA 30306 | |
| 10925 | EMORY VILLAGE, 1573 NORTH DECATUR ROAD, ATLANTA, GA 30307 | |
| 10925 | EMORY, EDWARD, 1601 MULBERRY AVE, ANNISTON, AL 36201 | |
| 10925 | EMORY, MICHAEL, 134 EASTVIEW CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | EMORY, MICHAEL, 1877 FERNWOOD ROAD, SPARTANBURG, SC 29307 | |
| 10925 | EMORY, R, 213 PEACH VALLEY DRIVE, SPARTANBURG, SC 29303 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EMOS, JOHN, 3089 NUTHATCH LN, OCONTO, WI 54153 | |
| 10925 | EMOTRANS INTERNATIONAL FREIGHT, 135 GUY LOMBARDO AVE., FREEPORT, NY 11520 | |
| 10924 | EMPACADORA DE FRUTAS Y JUGOS SA DE, KM 12.5 ANTIGUA CARRETERA A PACHUCA, XALOSTOC, 0MEXICO | *VIA Deutsche Post* |
| 10924 | EMPAK - MEX, S.A., JUAREZ 202, C.P. 51 350 ZINACANTEPEC, 51350MEXICO | *VIA Deutsche Post* |
| 10925 | EMPAK INC., PO BOX 200478, HOUSTON, TX 77216 | |
| 10925 | EMPEL, ELISE, 2 HEARDS OVERLOOK CT, ATLANTA, GA 30328 | |
| 10925 | EMPEY, BETTINA, 1441 MEADOW TRAIL, FRANKTOWN, CO 80116 | |
| 10925 | EMPIRE ACE INSULATION MANUN CORP, 1 COZINE AVE, BROOKLYN, NY 11207 | |
| 10925 | EMPIRE ACE MFG., 1000 FIRST FEDERAL BLDG., DETROIT, MI 48226 | |
| 10925 | EMPIRE AFFILIATED CREDIT UNION, PO BOX 552, WOOSTER, OH 44691-0552 | |
| 10925 | EMPIRE AVIONICS CORP, WESTCHESTER COUNTY AIRPOR, WHITE PLAINS, NY 10604 | |
| 10925 | EMPIRE BC/BS HEALTHNET, PO BOX 2018, NEW YORK, NY 10156-2018 | |
| 10925 | EMPIRE BEARING & TRANSMISSION CORP., 165 BROAD AVE., FAIRVIEW, NJ 07022 | |
| 10925 | EMPIRE BEARING & TRANSMISSION, PO BOX 235, ALLENDALE, NJ 07401 | |
| 10925 | EMPIRE BLENDED PRODUCTS, INC, 250 HICKORY LANE, BAYVILLE, NJ 08721 | |
| 10924 | EMPIRE BLOCK COMPANY, 493 DENBIGH BLVD., NEWPORT NEWS, VA 23602 | |
| 10924 | EMPIRE BUILDERS SUPPLY, 1717 NEW ROAD, NIAGARA FALLS, NY 14302 | |
| 10924 | EMPIRE BUILDERS SUPPLY, PO BOX 1428, WILLIAMSVILLE, NY 14231 | |
| 10924 | EMPIRE DISTRICT ELECTRIC, 2295 SOUTH STATE LINE ROAD, JOPLIN, MO 64804 | |
| 10925 | EMPIRE ENGINEERING, 262 REVERE ST, CANTON, MA 02021 | |
| 10925 | EMPIRE FENCE, 4477 CLARCONA-OCOEE RD, ORLANDO, FL 32810 | |
| 10924 | EMPIRE FIRE AND, 13810 FNB, OMAHA, NE 68154 | |
| 10924 | EMPIRE INDUSTRIAL PRODUCTS, 849 PICKENS INDUSTRIAL DRIVE,, MARIETTA, GA 30062 | |
| 10925 | EMPIRE MACHINERY & SUPPLY CORP, 3550 VIRGINIA BEACH BLVD, NORFOLK, VA 23502 | |
| 10924 | EMPIRE SALES, 615 BACK RIVER ROAD, HAMPTON, VA 23669 | |
| 10924 | EMPIRE SALES, P O BOX 216, HAMPTON, VA 23669 | |
| 10924 | EMPIRE SAND & GRAVEL CO. INC., ATTN:  ACCOUNTS PAYABLE, BILLINGS, MT 59103 | |
| 10924 | EMPIRE SAND & GRAVEL CO., INC., 2817 2ND AVENUE NORTH-SUITE 300, BILLINGS, MT 59101 | |
| 10925 | EMPIRE SOUND, 2225 E. OAKTON, PRAIRIE VIEW, IL 60069 | |
| 10925 | EMPIRE STATE CONCRETE & AGGREG, 421 NEW KARNER RD SUITE 10, ALBANY, NY 12205 | |
| 10924 | EMPIRE TRANSIT INC, 430 MASPETH AVE, BROOKLYN, NY 11211 | |
| 10924 | EMPIRE TRANSIT MIX INC., 430 MASPETH AVE., BROOKLYN, NY 11237 | |
| 10925 | EMPIRE TRANSIT MIX, 430 MASPETH AVE, BROOKLYN, NY 11211 | |
| 10924 | EMPIRE TRANSIT MIX, 430 MASPETH AVE., BROOKLYN, NY 11237 | |
| 10925 | EMPIRE TRANSPORT INC., 14297 POLO CLUB DR., STRONGSVILLE, OH 44136 | |
| 10924 | EMPIRE TREATER ROLLS, 783 WANGUM ROAD, FISHERS, NY 14453 | |
| 10925 | EMPIRE TRUCK SALES INC., PO BOX 54325, JACKSON, MS 39288-4325 | |
| 10925 | EMPIRE VIDEO INC, PETER PODES, 9456 PHILIPS HWY, SUITE 10, JACKSONVILLE, FL 32256 | |
| 10925 | EMPIREGAS OF FAYETTEVILLE, PO BOX 431, FAYETTEVILLE, GA 30214-0431 | |
| 10925 | EMPIREGAS OF FAYETTEVILLE-GA, PO BOX 431, FAYETTEVILLE, GA 30214 | |
| 10925 | EMPLOYCARE, POBOX 1898, LOUISVILLE, KY 40201 | |
| 10925 | EMPLOYEE BENEFIT NEWS, PO BOX 7389, MARIETTA, GA 30065-9808 | |
| 10925 | EMPLOYEE MANAGEMENT CONCEPTS INC, PROCESSING CENTER, POBOX 748, LYNBROOK, NY 11563 | |
| 10925 | EMPLOYEE MANAGEMENT CONSULTANTS INC, 3350 NW 22ND TERR #300B, POMPANO BEACH, FL 33069 | |
| 10925 | EMPLOYEE MGMT CONSULTANTS, INC, 3350 NW 22ND TERR., SUITE 300B, POMPANO BEACH, FL 33069 | |
| 10925 | EMPLOYEE RELOCATION COUNCIL, 1720 N ST , NW, WASHINGTON, DC 20036 | |
| 10925 | EMPLOYEE RELOCATION COUNCIL, DEPT 50, WASHINGTON, DC 20042-0050 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EMPLOYEE RESOURCE SYSTEMS INC, ONE EAST WACKER DRIVE SUITE 2122, CHICAGO, IL 60601-1903 | |
| 10925 | EMPLOYER HEALTH REGISTER, 500 N. SHORELINE BLVD.,, CORPUS CHRISTI, TX 78471 | |
| 10925 | EMPLOYERS COUNCIL SERVICES, INC, PO BOX 539, DENVER, CO 80201-0539 | |
| 10925 | EMPLOYERS GROUP, POBOX 15013, LOS ANGELES, CA 90015 | |
| 10924 | EMPLOYERS MUTUAL EXPANSION, ALLIED/OLYMPIC JOINT VENTURE, DES MOINES, IA 50301 | |
| 10925 | EMPLOYERS RESOURCE ASSOC, 2495 LANGDON FARM ROAD, CINCINNATI, OH 45237-4997 | |
| 10925 | EMPLOYERS RESOURCE ASSOC., 2495 LANGDON FARM RD., CINCINNATI, OH 45237-4997 | |
| 10925 | EMPLOYMENT DEVELOPMENT, PO BOX 826846, SACRAMENTO, CA 94246-0001 | |
| 10925 | EMPLOYMENT MANAGEMENT ASS, 2101 W COMMERCIAL BLVD, FORT LAUDERDALE, FL 33309 | |
| 10925 | EMPLOYMENT RESOURCE GROUP INC, 8640 GUILFORD ROAD, COLUMBIA, MD 21046 | |
| 10924 | EMPORIUM CAPWELL, ALL SEASONS, SAN JOSE, CA 95101 | |
| 10924 | EMPORIUM CONTRACTORS, INC., P. O. BOX 127, EMPORIUM, PA 15834 | |
| 10924 | EMPORIUM CONTRACTORS, INC., ROUTE 46N, RICH VALLEY ROAD, EMPORIUM, PA 15834 | |
| 10924 | EMPOWER MATERIALS -DO NOT USE, 100 INTERCHANGE BLVD., NEWARK, DE 19711-3549 | |
| 10924 | EMPOWER MATERIALS INC., 100 INTERCHANGE BLVD., NEWARK, DE 19711-3549 | |
| 10924 | EMPRESA COLOMBIANA DE PETROLEOS, DEPT MATERIALES, OFIC 25 DE AGOSTO, BARRANCABERMEJA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | EMPRESA COLOMBIANA DE PETROLEOS, PLANTA MODELO IV, BARRANCABERMEJA, 68081COLOMBIA | *VIA Deutsche Post* |
| 10924 | EMPRESA COLOMBIANA DE PETROLEOS, PLANTA MODELO IV, BARRANCABERMEJA, 68081COLOMBIA | *VIA Deutsche Post* |
| 10924 | EMPRESA COLOMBIANA DE PETROLEOS, PLANTA ORTHOFLOW, BARRANCABERMEJA, 68081COLOMBIA | *VIA Deutsche Post* |
| 10924 | EMPRESA COLOMBIANA DE PETROLEOS, PLANTA UOP II, BARRANCABERMEJA, 68081COLOMBIA | *VIA Deutsche Post* |
| 10924 | EMPRESA COLOMBIANA-DO NOT USE, DEPT MATERIALES, OFIC 25 DE AGOSTO, BARRANCABERMEJA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | EMPRESA NACIONAL DEL PETROLEO-MAGAL, JOSE NOGUEIRA NO. 1101, PUNTA ARENAS, CHL | *VIA Deutsche Post* |
| 10924 | EMPRESA PESQUERA ECUATORIANA, KM. 12.5 VIA DAULE ATRAS DE ECUASAL, GUAYAQUIL, ECU | *VIA Deutsche Post* |
| 10924 | EMPRESA PESQUERA ECUATORIANA, KM. 12.5 VIA DAULE, GUAYAQUIL, ECU | *VIA Deutsche Post* |
| 10924 | EMPRESAS TERRASSA, INC., CODE 0042 ONLY** S.CLARK, URB.STA.ROSA, BAYAMON, VI 619 | |
| 10924 | EMPRESAS TERRASSA, MARKED FOR DELETION, URB. STA. ROSA, 35-17 CALLE 24, BAYAMON, PR 959PUERTO RICO | *VIA Deutsche Post* |
| 10924 | EMPRESAS TERRASSA, PLANT #2, SAN JUAN, PR 979PUERTO RICO | *VIA Deutsche Post* |
| 10924 | EMPRESAS TERRASSA, SAN JUAN, PR 979PUERTO RICO | *VIA Deutsche Post* |
| 10924 | EMPRESAS TERRASSA, URB STA ROSA, 35-17 CALLE 24, BAYAMON, PR 959PUERTO RICO | *VIA Deutsche Post* |
| 10924 | EMPRESAS TITO CASTRO INC., CERRILLO WARD, PONCE, PR 733PUERTO RICO | *VIA Deutsche Post* |
| 10924 | EMPRESAS TITO CASTRO READY MIX, APARTADO 589, PONCE, PR 733PUERTO RICO | *VIA Deutsche Post* |
| 10925 | EMPRESAS V.S., MSC 169, 901 AVE DE DIEGO, SAN JUAN, PR 00921 | |
| 10924 | EMPRESS LAKE CASINO, C/O J. L. MANTA COMPANY WAREHOUSE, HAMMOND, IN 46320 | |
| 10924 | EMPRESS LAKE CASINO, RIVERBOAT, HAMMOND, IN 46320 | |
| 10924 | EMPRESS TERRASSAS, CAGUAS, PR 725PUERTO RICO | *VIA Deutsche Post* |
| 10925 | EMRIC GROUP, THE, 6104 WASHINGTON ST, DOWNERS GROVE, IL 60515 | |
| 10925 | EMRICK, MARY, 1604 PONTIAC DR, KOKOMO, IN 46902 | |
| 10924 | EMRO HEADQUARTERS, RT. #4 AT I-70, SPRINGFIELD, OH 45500 | |
| 10925 | EMRO MARKETING, PO BOX 710964, CINCINNATI, OH 45271-0964 | |
| 10925 | EMROSE DATA INC, C/O JULIE KREBBS, PO BOX 16089, CLEVELAND, OH 44116-0089 | |
| 10925 | EMROSE, C/O JULIE KREBBS, PO BOX 16089, CLEVELAND, OH 44116-0080 | |
| 10925 | EMS, 14 N. 544 COVERED BRIDGE, WEST DUNDEE, IL 60118 | |
| 10924 | EMSCO, 41674 CHRISTY STREET, FREMONT, CA 94538 | |
| 10925 | EMSL ANALYTICAL, INC, 107 HADDON AVE, WESTMONT, NJ 08108 | |
| 10925 | EMSL ANALYTICAL, INC, 107 HADDON AVE, WESTMONT, NJ 08108-2711 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | EMSL BUILDING, HANFORD, C/O W.R. GRACE & CO., PORTLAND, OR 97227 | |
| 10924 | EMSL, HORN RAPIDS ROAD, RICHLAND, WA 99352 | |
| 10925 | EMSWILER, LESLIE, 144 LAKESIDE DR., PORTER, TX 77365 | |
| 10925 | EMTEC INC, PO BOX 23106, NEWARK, NJ 07189 | |
| 10925 | EMTROL INC, 3050 HEMPLAND ROAD, LANCASTER, PA 17601 | |
| 10925 | EMTROL, 631 SPRING VALLEY RD, DOYLESTOWN, PA 18901 | |
| 10924 | EMU PRODUCERS, 1 MILE SOUTH OF JEWETT, JEWETT, TX 75846 | |
| 10924 | EMU PRODUCERS, PO BOX 295, JEWETT, TX 75846 | |
| 10925 | EMULSION ENGINEERING, 260 POWER CT SUITE 100, SANFORD, FL 32771 | |
| 10925 | EMULTEC INC, 3500 GARDEN BROOK, DALLAS, TX 75231 | |
| 10924 | EMULTEC, INC., 1150 HAYDEN DR.,SUITE 100, CARROLLTON, TX 75006-5742 | |
| 10924 | EMULTEC, INC., REC'G, ABBOTT PK RTS 43& 137,AP16, NORTH CHICAGO, IL 60064 | |
| 10924 | EMULTEC, INC., SUITE 100, 1150 HAYDEN DRIVE, CARROLLTON, TX 75006-5742 | |
| 10925 | ENABLE MEDICAL CORPORATION, 6345 CENTRE PARK DR, WEST CHESTER, OH 45069-3333 | |
| 10925 | ENABLING TECHNOLOGIES CORP., 8910 ROUTE 108, COLUMBIA, MD 21045 | |
| 10925 | ENAL PRODUCTION CO, 1 EXECUTIVE BLVD 4TH FL, YONKERS, NY 10701 | |
| 10924 | ENALBO S.R.L., AV. 24 DE JUNIO KM. 3.5 (VINTO), ORURO, BOLIVIA, 0BOL | *VIA Deutsche Post* |
| 10924 | ENAMELON, 1700 OAK STREET, LAKEWOOD, NJ 08701 | |
| 10924 | ENAMELON, 7 CEDAR BROOK LANE, CRANBURY, NJ 08512 | |
| 10925 | ENAMORADO, OSCAR, 213 KAOLIN RD,, AIKEN, SC 29801 | |
| 10925 | ENAMORADO, OSCAR, POBOX 1288, AIKEN, SC 29802 | |
| 10924 | ENAP, 2050 N.W. 95TH AVENUE, MIAMI, FL 33172 | |
| 10924 | ENAP, 5900 NORTH ANDREWS AVENUE, FORT LAUDERDALE, FL 33309 | |
| 10925 | ENARDO MANUFACTURING, PO BOX 266, TULSA, OK 74101-0266 | |
| 10925 | ENCARGUEZ, JENNER, 13943 PLANTATION DR., HOUSTON, TX 77083 | |
| 10925 | ENCARGUEZ, JOULE, 13943 PLANTATION, HOUSTON, TX 77083 | |
| 10924 | ENCE CONCRETE, 216 W ST. GEORGE BLVD, SAINT GEORGE, UT 84770 | |
| 10924 | ENCE CONCRETE, 216 WEST ST. GEORGE BLVD., SAINT GEORGE, UT 84770 | |
| 10924 | ENCE HOMES, 800 NORTH READ ROCK ROAD, SAINT GEORGE, UT 84770 | |
| 10925 | ENCHANTED PETALS, C/O GOODMAN FACTORS, INC., DALLAS, TX 75234 | |
| 10925 | ENCINAS, JENNIFER, 4220 W GLENROSA, PHOENIX, AZ 85019 | |
| 10925 | ENCINAS, JENNIFER, 8454 W GRANADA RD, PHOENIX, AZ 85037-4129 | |
| 10924 | ENCO C/O ENPRO, CAMBRIDGE, MA 02140 | |
| 10924 | ENCO C/O ENPRO, PO BOX 704, NEWBURYPORT, MA 01950 | |
| 10924 | ENCO MATERIAL WAREHOUSE, 1425 INDUSTRY AVENUE, ALBANY, GA 31707 | |
| 10924 | ENCO MATERIALS INC, P O BOX 1275, NASHVILLE, TN 37202 | |
| 10924 | ENCO MATERIALS INC, PO BOX1275, NASHVILLE, TN 37202 | |
| 10924 | ENCO MATERIALS OF GA., INC., 1425 INDUSTRY AVE., ALBANY, GA 31707 | |
| 10924 | ENCO MATERIALS, 110 NORTH FIRST STREET, NASHVILLE, TN 37202 | |
| 10924 | ENCO MATERIALS, 4100 EAST SHELBY DRIVE, MEMPHIS, TN 38118 | |
| 10924 | ENCO MATERIALS, 4615 COSTER RD, KNOXVILLE, TN 37912 | |
| 10924 | ENCO MATERIALS, ACROSS FROM TRUCK STOP OF AMERICA, 110 N. 1ST. STREET, NASHVILLE, TN 37202 | |
| 10924 | ENCO MATERIALS, INC., 406 NORTH LOCUST, NORTH LITTLE ROCK, AR 72114 | |
| 10924 | ENCO MATERIALS, P O BOX 390, JOHNSON CITY, TN 37605 | |
| 10924 | ENCO MATERIALS, PO BOX3227, ALBANY, GA 31708 | |
| 10924 | ENCO PRODUCTS, BAYER CORP., 50 MEISTER AVENUE, SOMERVILLE, NJ 08876 | |
| 10924 | ENCO, C/O ENPRO BUILDING, NEWBURYPORT, MA 01950 | |
| 10925 | ENCORE CONSTRUCTION CORPORATE HEADQ, 3173 JEFFY TRAIL, MADISON, WI 53719-5057 | |
| 10925 | ENCORE FILIPINAS MICROELECTRONICS, NATIONAL ROAD BO ALMANZA, LAS PINAS, METRO MANILLA, 0PHILIPPINES | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | ENCOTEC, 3985 RESEARCH PARK DR., ANN ARBOR, MI 48103 | |
| 10924 | ENCOTEC, 3985 RESEARCH PK DR, ANN ARBOR, MI 48103 | |
| 10925 | END, DATES, PLN, NY, NY 11250 | |
| 10925 | ENDEARS AND HAMMER, 2350 ENDRESS PLACE, GREENWOOD, IN 46143 | |
| 10925 | ENDEMANN, FREDRIK, 230 GREENLEAF AVE, WILMETTE, IL 60093 | |
| 10925 | ENDERS, CRAIG, W169 N9925 NIGBOR DRIVE, GERMANTOWN, WI 53022 | |
| 10925 | ENDICOTT COIL, 24 CHARLOTTE ST, BINGHAMTON, NY 13905 | |
| 10925 | ENDIEVERI, ANTHONY, 2440 NORTH BLVD #4209, HOUSTON, TX 77098 | |
| 10925 | ENDISPUTE, INC, 73 TREMONT ST, BOSTON, MA 02108 | |
| 10925 | ENDLER, ALBERT G, 21 LAVENDER LANE, LEVITTOWN PA, PA 19054 | |
| 10925 | ENDRES, MICHAEL, 213 W. THIRD ST, PALMYRA, NJ 08065 | |
| 10925 | ENDRESS & HAUSER ANTEL CORP, 669 EXECUTIVE DR, WILLOWBROOK, IL 60521 | |
| 10925 | ENDRESS & HAUSER INSTRUMENTS, 2350 ENDRESS PLACE, GREENWOOD, IN 46143 | |
| 10925 | ENDRESS & HAUSER INSTRUMENTS, PO BOX 663674, INDIANAPOLIS, IN 46266-3674 | |
| 10925 | ENDRESS & HAUSER, 204 N. CUTLER ST, KENTINGTON PLACE, GREENEVILLE, TN 37745 | |
| 10925 | ENDRESS & HAUSER, 669 EXECUTIVE DRIVE, WILLOWBROOK, IL 60521 | |
| 10925 | ENDRESS & HAUSER, INC, PO BOX 663674, INDIANAPOLIS, IN 46266-3674 | |
| 10925 | ENDRESS & HAUSER, INC, PO BOX 7700, INDIANAPOLIS, IN 46277-3674 | |
| 10925 | ENDRESS & HAUSER, INC, PO BOX 901, HARVEY, LA 70059 | |
| 10925 | ENDRESS & HAUSER, INC, PO BOX 924, COCKEYSVILLE, MD 21030 | |
| 10925 | ENDRESS & HAUSER, PO BOX 663674, INDIANAPOLIS, IN 46266-3674 | |
| 10925 | ENDRESS & HAUSER, PO BOX 663674, INDIANAPOLIS, TN 46266-3674 | |
| 10925 | ENDRESS & HAUSER, PO BOX 924, COCKEYSVILLE, MD 21030 | |
| 10925 | ENDRESS & HAUSER, PO BOX 924, INDIANAPOLIS, IN 46266-3674 | |
| 10925 | ENDRIES, JANET, 12739 WEST PECK PLACE, BUTLER, WI 53007 | |
| 10924 | ENDRIUNAS BROS, DO NOT USE THIS CUST. #, NORTH EASTON, MA 02356 | |
| 10924 | ENDRIUNAS BROS, P. O. BOX 349, EASTON, MA 02334 | |
| 10924 | ENDRIUNAS BROS, PO BOX 349, EASTON, MA 02334 | |
| 10925 | ENDSLEY, TAMMY, 26060 MILLWOOD ROAD, HOWARD, OH 43028 | |
| 10924 | ENDUCTIONS REPULPABLES RETEC INC., 1281 BOUL INDUSTRIEL, GRANBY, QC J2J 2B8TORONTO | *VIA Deutsche Post* |
| 10925 | ENDURA, 45 N. 4TH ST, QUAKERTOWN, PA 18951 | |
| 10925 | ENDURO COMPOSITE TECH., 7100 OLD KATY RD., HOUSTON, TX 77024 | |
| 10925 | ENDURO SYSTEMS, INC, PO BOX 200585, HOUSTON, TX 77216-0585 | |
| 10925 | ENDURO SYSTEMS, INC, PO BOX 728, HOUSTON,, TX 77001 | |
| 10924 | ENDUSTRA FILTER MANUFACTURERS, 1145 BIRCH DRIVE, SCHERERVILLE, IN 46375 | |
| 10925 | ENDUSTRA FILTER, 1145 BIRCH DR., SCHERERVILLE, IN 46375 | |
| 10925 | ENDZONE PARTNERSHIP CAMPAIGN, 777 N. CAPITOL ST. N.E., WASHINGTON, DC 20002 | |
| 10925 | ENERCON INDUSTRIES CORP., W140 N 9572 FOUNTAIN ROAD, MENOMONEE FALLS, WI 53051 | |
| 10925 | ENERCON INDUSTRIES, POBOX 773, MENOMONEE FALLS, WI 53052 | |
| 10925 | ENERCON SYSTEMS, PO BOX 4030, ELYRIA, OH 44036 | |
| 10925 | ENERCON, PO BOX 773, MENOMONEE FALLS, WI 53052 | |
| 10925 | ENEREMADU, STANLEY, 7 KINWALL PLACE APT 2B, BALTIMORE, MD 21236 | |
| 10925 | ENERGETICS CORPORATION, PO BOX 2320, REDMOND, WA 98073 | |
| 10925 | ENERGETICS INC, DONALD L PETERSON CEO, 7951 E MAPLEWOOD AVE, SUITE 133, ENGLEWOOD, CO 80111 | |
| 10925 | ENERGY BEAM SCIENCES, INC, PO BOX 468/11 BOWLES ROAD, AGAWAM, MA 01001 | |
| 10925 | ENERGY CONSORTIUM, THE, 42 LABOR IN VAIN ROAD, IPSWICH, MA 01938-2626 | |
| 10925 | ENERGY CONTROL GROUP, 5714 BRAINERD ROAD, CHATTANOOGA, TN 37411 | |
| 10925 | ENERGY CONVERSION DEVICES, 1621 NORTHWOOD DR, TROY, MI 48084 | |
| 10925 | ENERGY CONVERSION DEVICES, 1675 WEST MAPLE ROAD, TROY, MI 48084 | |
| 10924 | ENERGY DEVELOPMENT CORPORATION, SUITE 2900, 1000 LOUISIANA, HOUSTON, TX 77002 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ENERGY EFFICIENCY SYSTEMS, 1300 SHAMES DRIVE, WESTBURY, NY 11590

10925   ENERGY ELECTRIC INC., 25 EAST PARKSIDE AVE, LOMBARD, IL 60148

10925   ENERGY LABORATORIES INC, POBOX 30916, BILLINGS, MT 59107-0916

10924   ENERGY LOCK, 521 W 3560 SO, SALT LAKE CITY, UT 84115

10924   ENERGY LOCK, INC., 521 WEST 3560 SOUTH, SALT LAKE CITY, UT 84115

10925   ENERGY MACHINERY INC, D3441, BOSTON, MA 02241-3441

10925   ENERGY MACHINERY, 10 RESERVOIR PARK DR, ROCKLAND, MA 02370

10925   ENERGY MACHINERY, POBOX 42054, PROVIDENCE, RI 02940

10925   ENERGY MAINTENANCE, INC, PO BOX 1127, TINLEY PARK, IL 60477

10925   ENERGY MANAGEMENT SYSTEMS, ACCOUNTS RECEIVABLE DEPT 0802, PO BOX 0538, MALVERN, PA 19355-0538

10924   ENERGY MECHANICAL INC, 2413 HIGHWAY 130, DAYTON, NJ 08810

10924   ENERGY MECHANICAL INC, PO BOX 217, MONMOUTH JUNCTION, NJ 08852

10924   ENERGY NORTHWEST, WNP-2, WHSE 1, N. POWERPLANT LOOP, RICHLAND, WA 99352

10924   ENERGY PIPE & SUPPLY, INC., 5445 POWELL STREET, HARAHAN, LA 70123

10925   ENERGY RECOVERY RESOURCES INC, 2115 SPEEDRAIL CT, CONCORD, NC 28025

10925   ENERGY RECOVERY RESOURCES INC., PO BOX 5651, CHARLOTTE, NC 28225

10925   ENERGY RESEARCH CORPORATION, 3 GREAT PASTURE ROAD, DANBURY, CT 06813

10925   ENERGY SALES, N.35 W.21100 CAPITOL DR.STE#5, PEWAUKEE, WI 53072

10924   ENERGY WORKS, 210 S. GARRARD AVE., RICHMOND, CA 94801

10925   ENERING, LEONARD, 10-11 5TH ST, FAIR LAWN, NJ 07410

10924   ENERPRO INTERNATIONAL INC, 5301 POLK STREET, BLDG 7, HOUSTON, TX 77023

10924   ENERPRO INTERNATIONAL INC, P. O. BOX 1909, HOUSTON, TX 77252

10924   ENERPRO INTERNATIONAL, PO BOX 1909, HOUSTON, TX 77252

10925   ENERSEN, MARY, 328 OVINGTON AVE, BROOKLYN, NY 11209-1437

10925   ENFIELD, JOYCE, ROUTE 2, BOX 67, ANITA, IA 50020

10925   ENFORCEMENT PROGRAM HAZARDOUS AND S, JAMES J PITTMAN III ADMINISTRATOR, 2500 BROENING HWY, BALITIMORE, MD 21044

10925   ENFORCEMENT PROGRAM WASTE MGMT ADMI, MR ARTHUR CAPLE ACTING ADMINIST, 201 WEST PRESTON ST, BALTIMORE, MD 21043

10925   ENFORCER, 914 SOLLEY DR, NASHVILLE, TN 37216

10924   ENG PAO ENTERPRISE CORP., HSIANG NAN VILL MIN HSIUNG, 15, KUNG YEH SAN ROAD, SAVANNAH, GA 31401

10925   ENG PRODUCTION CO SAMSON HYDROCARBO, MARK LAUER, CHARLES SCHUSTERMAN, 2 W 2ND ST, TULSA, OK 74103

10925   ENG, DANIEL, 2851 N OAKLAND FOREST DR #208, OAKLAND PARK, FL 33309

10925   ENG, DANIEL, 2955 SW 22ND AVE #205, DELRAY BEACH, FL 33445

10925   ENG, JOHN, 940 UNIVERSITY TERRACE, RENO, NV 89503

10925   ENG, KERRY, 55 2ND AVE, GARDEN CITYPARK, NY 11040

10924   ENGEL BROTHERS MEDIA, 535 EIGHTH AVENUE, 19TH FLOOR, NEW YORK, NY 10018

10925   ENGEL, CAROLYN, 1642 CLIFF DR, EDGEWATER, MD 21037

10925   ENGEL, CLAIRE, 33-51 73RD ST, JACKSON HEIGHTS, NY 11372

10925   ENGEL, GRACE, 4134 W. REDFIELD, PHOENIX, AZ 85023

10925   ENGEL, JUDITH, 147B DOORSTONE DR, LATHAM, NY 12110

10925   ENGEL, PAUL, 3114 BRAYTON ST, BILLINGS, MT 59102

10925   ENGEL, SHERRI, 2569 PEACH LANE, WOOSTER, OH 44691

10925   ENGEL, WAYNE, 91 HOLLY GLEN LN S, BERKLEY HTS, NJ 07922

10925   ENGELBRECHT, TAMMI, RT 3, BOX 95B, GOWER, MO 64454

10925   ENGELEN, GARY, ROUTE 1, BOX 116, TEMPLETON, IA 51463

10924   ENGELHARD CANADA LTD, 195 RIVIERA DRIVE, MARKHAM ONTARIO, ON L3R 5J6TORONTO     *VIA Deutsche Post*

10925   ENGELHARD CORP, PO BOX 65473, CHARLOTTE, NC 28265

10924   ENGELHARD CORP., 1 ENGELHARD WAY, ATTAPULGUS, GA 31715

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ENGELHARD CORP., 101 WOOD AVENUE, ISELIN, NJ 08830 | |
| 10925 | ENGELHARD CORP., 12000 WINROCK ROAD, HIRAM, OH 44234 | |
| 10925 | ENGELHARD CORPORATION (120 PINE), DIR ENVIR HEALTH & SAFETY, 101 WOOD AVE, ISELINE, NJ 08830-0770 | |
| 10924 | ENGELHARD CORPORATION, 101 WOOD AVENUE, ISELIN, NJ 08830 | |
| 10924 | ENGELHARD CORPORATION, 120 PINE STREET, EASTLAKE, OH 44095 | |
| 10924 | ENGELHARD CORPORATION, 120 PINE STREET, ELYRIA, OH 44035 | |
| 10924 | ENGELHARD CORPORATION, 9800 KELLNER ROAD, HUNTSVILLE, AL 35824 | |
| 10925 | ENGELHARD CORPORATION, PO BOX 65473, CHARLOTTE, NC 28265 | |
| 10925 | ENGELHARD CORPORATION, PO BOX CH10551, PALATINE, IL 60055-0551 | |
| 10924 | ENGELHARD PARTNERSHIP, 30100 CHAGRIN BOULEVARD, CLEVELAND, OH 44124 | |
| 10924 | ENGELHARD SOUTH AFRICA (PTY) LTD, 1840 AIRPORT EXCHANGE BLVD., ERLANGER, KY 41018 | |
| 10924 | ENGELHARD SOUTH AFRICA (PTY) LTD., PO BOX 14531, PORT ELIZABETH, 09999ZAF | *VIA Deutsche Post* |
| 10924 | ENGELHARD TECHNICAL CENTER, PO OBX 37, GORDON, GA 31031 | |
| 10924 | ENGELHARD TEHCNOLOGIES GMBH, GROSSE DRAKENBURGER STR. 133, NIENBURG, 31582DEU | *VIA Deutsche Post* |
| 10924 | ENGELHARD, 101 WOOD AVENUE, ISELIN, NJ 08830-0770 | |
| 10924 | ENGELHARD, 1729 EAST AVENUE, ERIE, PA 16503 | |
| 10924 | ENGELHARD, 554 ENGELHARD DRIVE, SENECA, SC 29678 | |
| 10925 | ENGELHARD, 700 BLAIR RD., CARTERET, NJ 07008 | |
| 10925 | ENGELHARD, 9800 KELLNER RD., HUNTSVILLE, AL 35824 | |
| 10924 | ENGELHARD, 9800 KELLNER ROAD, HUNTSVILLE, AL 35806 | |
| 10924 | ENGELHARD, PO BOX 1241, HUNTSVILLE, AL 35807 | |
| 10924 | ENGELHARD, PO BOX 279, SENECA, SC 29679-0279 | |
| 10925 | ENGELHARD, PO BOX 65473, CHARLOTTE, NC 28265 | |
| 10925 | ENGELHARD, PO BOX 840760, DALLAS, TX 75284-0760 | |
| 10925 | ENGELHARD, POBOX 7777-W0420, PHILADELPHIA, PA 19175-0420 | |
| 10925 | ENGELHARDT, PHILIP, 200 S. BURR OAK DRIVE, LAKE ZURICH, IL 60047-2508 | |
| 10925 | ENGELKE, JUDITH, 6793 VALIANT DRIVE, WINDSOR, WI 53598-9503 | |
| 10925 | ENGELMAIER, PETER, 8516 16TH ST APT 51-6, SILVER SPRING, MD 20910 | |
| 10925 | ENGELMAN, STEPHEN, 2213 DOVER DRIVE, EDMOND, OK 73034 | |
| 10925 | ENGELMANN, ALFRED, 301 WILMINGTON ROAD, GREENVILLE, SC 29615 | |
| 10925 | ENGELMANN, LORI, 291 HIGH ST, SEBASTOPOL, CA 95472 | |
| 10925 | ENGELS, DANIEL, 307 S ASHLAND, GREEN BAY, WI 54303 | |
| 10925 | ENGELS, KARA, 2056 FORTVIEW DR, CHESTER, VA 23831 | |
| 10925 | ENGEN, JUDITH, 10 NORTHBREEZE CIR, APPLETON, WI 54911 | |
| 10925 | ENGER VAVRA, 3406 MARTENS ST., FRANKLIN PARK, IL 60131 | |
| 10925 | ENGEROLD, RANDY, POBOX1194, DULUTH, GA 30136 | |
| 10925 | ENGERS, PO BOX 992, GRAY, ME 04039 | |
| 10925 | ENGESETH, DALE, 7391 HWY I, DE FOREST, WI 53532 | |
| 10925 | ENGESETH, ERLING, 7346 HWY I, DE FOREST, WI 53532 | |
| 10925 | ENGHOLM-PEREZ, LESLIE, 1330 CONTRA COSTA, SAN PABLO, CA 94806-0000 | |
| 10924 | ENGINE COMPANY #52, 4550 HENRY HUDSON PARKWAY, BRONX, NY 10499 | |
| 10925 | ENGINEERED ABRASIVES, 11631 S. AUSTIN, WORTH, IL 60482 | |
| 10925 | ENGINEERED AIR, 1401 HASTINGS CRE SE, CALGARY, AB T2G 4C8CANADA | *VIA Deutsche Post* |
| 10925 | ENGINEERED AIR, 6315 36TH ST SE, CALGARY, AB T2C 2C5CANADA | *VIA Deutsche Post* |
| 10924 | ENGINEERED COATING TECH INC, 2838 E. 54TH STREET, LOS ANGELES, CA 90058 | |
| 10924 | ENGINEERED COATING TECH INC, PO BOX 2546, HUNTINGTON PARK, CA 90255 | |
| 10925 | ENGINEERED CONCEPTS, 1400 NW 13 AVE, POMPANO BEACH, FL 33069 | |
| 10924 | ENGINEERED CONCRETE PLACE, 18903 NORTHSHORE DRIVE, MIDDLETOWN, CA 95461 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, 11900 HYW 46, LOST HILLS, CA 93249 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, 1750 FERRO STREET, OAKLAND, CA 94606 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ENGINEERED CONCRETE PLACEMENT, 18903 N. SHORE ROAD, MIDDLETOWN, CA 95461 | |
| 10925 | ENGINEERED CONCRETE PLACEMENT, 18903 NORTH SHORE DR, MIDDLETOWN, CA 95461 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, 18903 NORTH SHORE ROAD, MIDDLETOWN, CA 95461-8643 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, 200 CUTTING BLVD., RICHMOND, CA 94804 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, 2208 ARROW RTE, UPLAND, CA 91786 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, 7TH & BAY STREET, OAKLAND, CA 94606 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, ATTN: ACCOUNTS PAYABLE, 18903 N. SHORE ROAD, MIDDLETOWN, CA 95461-8643 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, HIGHWAY 380 AT 280, SOUTH SAN FRANCISCO, CA 94080 | |
| 10924 | ENGINEERED CONCRETE PLACEMENT, HWY 70, BELDEN, CA 95915 | |
| 10925 | ENGINEERED CRANE SYSTEMS OF, 2000 MCFARLAND 400 BLVD, ALPHARETTA, GA 30004 | |
| 10925 | ENGINEERED FLUID POWER, 1437 PAYNE, SCHAUMBURG, IL 60173 | |
| 10925 | ENGINEERED MECHANICAL SYSTEMS, 379 MARKET ST, ELMWOOD PARK, NJ 07407 | |
| 10925 | ENGINEERED PIPING PRODUCTS, INC, PO BOX 517, PASADENA, MD 21123-0517 | |
| 10925 | ENGINEERED PLASTICS, 1750 ROGERS AVE., SAN JOSE, CA 95112 | |
| 10924 | ENGINEERED PRECISION CASTING, MONMOUTH COUNTY, MIDDLETOWN, NJ 07748 | |
| 10924 | ENGINEERED PRECSION CASTING, 952 PALMER AVENUE, MIDDLETOWN, NJ 07748 | |
| 10925 | ENGINEERED PRODUCTS, INC, 10384 S. CHOCTAW DR., BATON ROUGE, LA 70815 | |
| 10924 | ENGINEERED RETAINING WALL SYSTEMS, 11016 SOUTH PIPELINE RD., EULESS, TX 76040 | |
| 10924 | ENGINEERED RETAINING WALLS, 4011 N. BROADWAY, KNOXVILLE, TN 37916 | |
| 10925 | ENGINEERED SEALING SYSTEMS LLC, 6401 HIXSON PIKE SUITE B-1, HIXSON, TN 37343 | |
| 10925 | ENGINEERED SYSTEMS & PRODUCTS, INC, 8121 VIRGINIA PINE COURT, RICHMOND, VA 23237 | |
| 10925 | ENGINEERED SYSTEMS & PRODUCTS, INC, PO BOX 130, SYKESVILLE, MD 21784 | |
| 10924 | ENGINEERING & CONTRACT SERV., 8525 DOUGLAS, DES MOINES, IA 50322 | |
| 10925 | ENGINEERING & UTILITY, 17 CROW CANYON CT STE 100, SAN RAMON, CA 94583-1983 | |
| 10924 | ENGINEERING AMERICA, INC, 2875 NE 191ST ST, SUITE 704, AVENTURA, FL 33180 | |
| 10924 | ENGINEERING AMERICA, INC, ATTN: ALEJANDRO MONGE, 2305 NW 107TH AVENUE,WHSE #25, MIAMI, FL 33172 | |
| 10925 | ENGINEERING AND MAINTENANCE SERVICE, PO BOX 8055, FORT WAYNE, IN 46898 | |
| 10924 | ENGINEERING BUILDING, C/O PROFESSIONAL WALL BUILDERS, UNIVERSITY OF IOWA, IOWA CITY, IA 52240 | |
| 10924 | ENGINEERING DEPT FAIRFAX HOSPITAL, 3300 GALLOWS ROAD, FALLS CHURCH, VA 22042 | |
| 10925 | ENGINEERING DESIGNS TRANSFER INC, 301 NORTH SMITH AVE, CORONA, CA 91720 | |
| 10925 | ENGINEERING NEWS RECORD, POST OFFICE BOX 517, HIGHTSTOWN, NJ 08520-0517 | |
| 10925 | ENGINEERING PLUS, 1724-B 23RD AVE, MERIDIAN, MS 39301 | |
| 10924 | ENGINEERING PRO CO., LTD, 15F, NO.100 SEC. 1 HSIN TAI 5TH RD., HIS-CHIH, TAIPEI, IT 221UNK | *VIA Deutsche Post* |
| 10925 | ENGINEERING TESTING SERVICES INC, 100 FLORORENCE ST, HATTIESBURG, MS 39403 | |
| 10925 | ENGINEERS SOCIETY OF WESTERN, THE, 337 FOURTH AVE, PITTSBURGH, PA 15222 | |
| 10925 | ENGINES CONTINENTAL, POBOX 4217, GREENVILLE, SC 29608 | |
| 10925 | ENGINNEERED PIPING PROD, INC, 6317 ARUNDEL COVE, BALTIMORE, MD 21226 | |
| 10924 | ENGLAND CONST. CO, DBA  RED-E-MIX, TOOELE, UT 84074 | |
| 10925 | ENGLAND, BILLY, 600 N BELL RD, IOWA PARK, TX 76367 | |
| 10925 | ENGLAND, BRENDA, 2009 ENOLAM BLVD SE, DECATUR, AL 35601 | |
| 10925 | ENGLAND, CAROLE, 4901 CROSSWINDS DRIVE, WILMINGTON, NC 28409 | |
| 10925 | ENGLAND, CLAUDE, ROUTE 4 BOX 117, LINDSAY, OK 73052 | |
| 10925 | ENGLAND, ERNEST, 623 OAKHILL ROAD, TEXARKANA, TX 75501 | |
| 10925 | ENGLAND, GIORGIO, 908 BELL, LAWTON, OK 73507 | |
| 10925 | ENGLAND, JANIS, 5214 RIDDLES BEND RD, GADSDEN, AL 35906 | |
| 10925 | ENGLAND, JEFFREY, 309 PHILLIPS AVE, MUNROE FALLS, OH 44262 | |
| 10925 | ENGLAND, JODI, 1110 SLAYDEN CT, APOPKA, FL 32712 | |
| 10925 | ENGLAND, MARY, 1517 OLIVE, INDIANAPOLIS, IN 46203 | |
| 10925 | ENGLAND, PAMELA, 101 BETTS ROAD, ROCHESTER, NH 03867 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ENGLAND, RUTH, 104 E HILL DR, MADISON, MS 39110

10925    ENGLAND, RUTH, 104 EAST HILL DR, MADISON, MS 39110

10925    ENGLAND, SHARON, 324 LINDA AVE, BATON ROUGE, LA 70806

10925    ENGLAND, WILLIAM, 1103 SCRANTON ST, AURORA, CO 80011

10925    ENGLAND-GUZMAN, CHRIS, 65 SURREY LN., BERGENFIELD, NJ 07621

10925    ENGLAR, ELLEN, 116 N WOODGREEN WAY, GREENVILLE, SC 29615

10925    ENGLE, ALICE, 1423 E THOMAS, PASADENA, TX 77506

10925    ENGLE, CAROLYN, 2255 SWITZER RD, GULFPORT, MS 39507

10925    ENGLE, DONNA, 28 CHEROKEE TRAIL, W. GREENWICH, RI 02817

10925    ENGLEBRIGHT, CYNTHIA, PO BOX 108, SHENANDOAH JUNC., WV 25442

10925    ENGLEHARD CORP, SCOTT W CLEARWATER ENV COUN, 101 WOOD AVE, PO BOX 770, ISELIN, NJ
08830-0770

10925    ENGLEHARD CORP/CHEM.CATALYST GROUP, 600 EAST MCDOWELL RD., JACKSON, MI 39204

10924    ENGLEHARD CORPORATION, 1277 DEDRICK RD., MCINTYRE, GA 31054

10924    ENGLEHARD CORPORATION, 600 E. MCDOWELL ROAD, JACKSON, MS 39204

10925    ENGLEHARD CORPORATION, 6880 8TH ST, BUENA PARK, CA 90620

10925    ENGLEHARD CORPORATION, PO BOX 777-W0420, PHILADELPHIA, PA 19175

10924    ENGLEHARD CORPORATION, PO BOX 8337, JACKSON, MS 39204

10924    ENGLEHARD CORPORATION-DO NOT USE, PO BOX 729, SENECA, SC 29679-0279

10924    ENGLEHARD, 120 PINE STREET, ELYRIA, OH 44035

10925    ENGLEHARD, ATTN: MARYANN SILVA, POBOX 840760, DALLAS, TX 75284-0760

10924    ENGLEHART CORPORATION, THE, 3500 BANK STREET, LOUISVILLE, KY 40212

10925    ENGLEMAN, CECIL, 1 WOLFE TRACE, NEW ALBANY, IN 47150

10925    ENGLER, RHONDA, 6203 VAN COURT, LOUISVILLE, KY 40291

10924    ENGLERT INC, P.O.BOX 149, PERTH AMBOY, NJ 08862

10924    ENGLERT INC., 1200 AMBOY AVENUE, PERTH AMBOY, NJ 08862

10924    ENGLERT INC., 5102 CAUSEWAY BLVD, TAMPA, FL 33619

10924    ENGLERT INC., 5102 CAUSEWAY BLVD., TAMPA, FL 33619

10924    ENGLERT INC., P.O. BOX 149, PERTH AMBOY, NJ 08862

10925    ENGLERT, DEANN MARIE, 2009 PERSA ST., HOUSTON, TX 77019

10925    ENGLERT, RAYMOND, PO BOX 354, WILLIAMSBURG, VA 23187

10924    ENGLE'S STORE # 31, HWY 70, ASHEVILLE, NC 28815

10924    ENGLEWOOD COMMUNITY HEALTH ORGAN., C/O ASC INSULATION, CHICAGO, IL 60621

10924    ENGLEWOOD ELECTRIC SUPPLY, P.O.BOX 2615, KOKOMO, IN 46901

10924    ENGLEWOOD ELECTRIC SY., 2503 EAST MICHIGAN AVE., JACKSON, MI 44920

10924    ENGLEWOOD ELECTRIC SY., 2503 EAST MICHIGAN AVE., JACKSON, MI 49202

10924    ENGLEWOOD ELECTRIC, 100 BRANCH RD. (SOUTH DIV.), WEST COLUMBIA, SC 29170

10924    ENGLEWOOD ELECTRIC, 1811 WALL ST., FLORENCE, SC 29503

10925    ENGLEWOOD ELECTRIC, 3939 S. KARLOV AVE, CHICAGO, IL 60632

10925    ENGLEWOOD ELECTRICAL SUPPLY, 1703 MARVIN GRIFFIN RD, AUGUSTA, GA 30906

10925    ENGLEWOOD ELECTRICAL SUPPLY, 3550 179TH ST. UNIT 4, HAMMOND, IN 46323

10925    ENGLEWOOD ELECTRICAL SUPPLY, 3939 S. KARLOV AVE., CHICAGO, IL 60632

10924    ENGLEWOOD ELECTRICAL SUPPLY, 3939 SOUTH KARLOV AVENUE, CHICAGO, IL 60632

10925    ENGLEWOOD ELECTRICAL SUPPLY, PO BOX 1067 FILE #91817, CHARLOTTE, NC 28201

10925    ENGLEWOOD ELECTRICAL SUPPLY, PO BOX 1067, CHARLOTTE, NC 28201-1067

10925    ENGLEWOOD ELECTRICAL SUPPLY, PO BOX 91426, CHICAGO, IL 60693

10925    ENGLEWOOD ELECTRICAL SUPPLY, PO BOX 91426, CHICAGO, IL 60693-1426

10924    ENGLEWOOD GLASS INC., 9 SOUTH WALNUT STREET, ENGLEWOOD, OH 45322

10925    ENGLEWOOD, PO BOX 1067 FILE # 91817, CHARLOTTE, NC 28201

10925    ENGLEWOOD, PO BOX 1067, CHARLOTTE, NC 28201-1067

10925    ENGLIO PEREZ, 530 N. JENKINS, HOUSTON, TX 77003

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ENGLISH CONCRETE CO INC, 810 MAIN ST SUITE 300, LYNCHBURG, VA 24505

10924   ENGLISH CONSTRUCTION CO INC., SUITE 300, P.O. BOX P-7000, 810 MAIN ST., LYNCHBURG, VA 24505

10925   ENGLISH SEWAGE DISPOSAL, 711 FRIESBURG-ALDINE, ELMER, NJ 08318

10925   ENGLISH, BARBARA, 201 BRIDGE PLAZA NO, FORT LEE, NJ 07024

10925   ENGLISH, CRAIG, 4310 HIGHLINE DR SE, OLYMPIA, WA 98501-4362

10925   ENGLISH, DUANE, 610 5TH ST. BOX 328, STRATTON, CO 80836

10925   ENGLISH, DUDLEY, 6 BISMARK ST, MATTAPAN, MA 02126

10925   ENGLISH, JULIE, 307 MAPLEWOOD DR, MORGANTON, NC 28655

10925   ENGLISH, KAYE, 11714 WALLABY CRT, STAFFORD, TX 77477

10925   ENGLISH, KLENITH, 305 MEADOW VIEW, SCHERTZ, TX 78154

10925   ENGLISH, LORETTA, 327 VERMONT, MOMENCE, IL 60954-1799

10925   ENGLISH, LUVENIA, 1812 NEPTUNE CIR, BOSSIER CITY, LA 71112

10925   ENGLISH, MCCAUGHAN & OBRYAN, PA, 120 E. PALMETTO PARK RD., STE 450, BOCA RATON, FL 33432-6090

10925   ENGLISH, MICHAEL, 7575 LINDA VISTA RD., SAN DIEGO, CA 92111

10925   ENGLISH, MICHAEL, PO BOX 54, LINDSAY, OK 73052

10925   ENGLISH, PORTIA, 707 G WEXFORD DR, RALEIGH, NC 27603

10925   ENGLISH, ROBERT, 803 KENNEY ST, HOUMA, LA 70364

10925   ENGLISH, STEPHANIE, 1909 3RD ST, MACON, GA 31201

10925   ENGLISH, STEVEN, 1500 TURTLE CREEK RD, EDMOND, OK 73013

10925   ENGLISH, SUSAN, 5006 WHITWOOD CT., CINTI, OH 45244

10925   ENGLISH, WILLIAM, 3445 24TH PKY, SARASOTA FL, FL 34235

10925   ENGLISHS SEWAGE DISPOSAL, 711 FRIESBURG-ALDINE ROAD, ELMER, NJ 08318

10925   ENGLISHS STORAGE EQUIP, 948 DUNSTAN LANE, STONE MOUNTAIN, GA 30083

10925   ENGLISHS STORAGE EQUIPMENT, 5105 SHADOW PATH LANE, LILBURN, GA 30047

10925   ENGLUM, JEFF, 4516 WASHINGTON BLVD, INDIANAPOLIS, IN 46205

10925   ENGMAN, WILLIAM, 848 CR 2205, EUREKA SPNGS, AR 72631

10925   ENGOV LIMITED, PO BOX 871, NEW CASTLE, DE 19720

10925   ENGRAPH, KIP DARWIN, 203 EAST MAIN ST, SPARTANBURG, SC 29304-1897

10925   ENGRAV, RICHARD, 3590 ROUND BOTTOM RD F105879, CINCINNATI, OH 45244

10925   ENGREM, KEVIN, 22 ALLEN PARK DR, WILMINGTON, MA 01887

10924   ENGRG & CONTRACT SERV INC, 8525 DOUGLAS SUITE #33, ANKENY, IA 50021

10925   ENGSTROM LIPSCOMB & LACK PC, MARCK EVANS MILLARD, 10100 SANTA MONICA BLVD, 16TH FL, LOS ANGELES, CA 90067

10925   ENGSTROM, GARY, 1577 CLARK DRIVE, YARDLEY, PA 19067

10925   ENGUERRA, IMELDA, 750 ALMERIA DR, SAN JOSE, CA 95123

10925   ENICHEM AMERICA INC, PO BOX 200614, HOUSTON, TX 77216-0614

10924   ENID CONCRETE, 621 W. BIRCH, ENID, OK 73701

10924   ENID CONCRETE, 621 W.BIRCH, ENID, OK 73701

10925   ENID SCHENKMAN, 1530 PALISADE AVE UNIT 11K, FORT LEE, NJ 07024-5421

10924   ENIPLAN IND. E PLANEJAMENTO LTDA., JARDIM ST. ELIAS, 05136-000 - SAO PAULO - SP,        *VIA Deutsche Post*
CORDEIRO DESIQUEIR, IT 999999999UNK

10925   ENIS MACRI, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   ENIS, ROBERT, 420 W. HISE, RT 2, BOX 168F, FALFURRIAS, TX 78355

10924   ENK OF OMAHA, 13864 L STREET, OMAHA, NE 68137

10924   ENK OF OMAHA, CAMBRIDGE, MA 99999

10925   ENLISTED ASSOCIATION NATIONAL GUARD, PO BOX 131327, HOUSTON, TX 77219-1327

10925   ENLOE, JACK, 2106 SANDY POND LANE, WAXHAW, NC 28173

10925   ENMARC DISTRIBUTING CO., 1301 EAST MAIN ST, WAUKESHA, WI 53186

10924   ENMEX CORPORATION, 24024 HUMPHRIES RD. BLDG #3, TECATE, CA 91980

10924   ENMEX CORPORATION, 3305 SPRINGMOUNTAIN ROAD #60, LAS VEGAS, NV 89102

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ENNEN, SCOTT, 609 MONTGOMERY LN, MARYVILLE, TN 37803-5629

10925 ENNERS, CLAIR, 2736 DEWITT TERRACE, LINDEN, NJ 07036

10924 ENNIS CONTAINERS, INC, 211 SANDRA JACKSON ROAD, AUBURNDALE, FL 33823

10924 ENNIS CONTAINERS, INC., 211 SANDRA JACKSON ROAD, AUBURNDALE, FL 33823

10925 ENNIS, DONALD, 5320 LIDO ST., ORLANDO, FL 32807

10925 ENNIS, FLORENCE, 10 LEVERETT AVE, 2C, EAST BOSTON, MA 02128

10925 ENNIS, GARY, 4205 UNIVERSITY, WICHITA FALLS, TX 76308

10925 ENNIS, JERRY, 4402 BOWIE, AMARILLO, TX 79110

10925 ENNIS, LARRY, 15 RIVERBEND DR., CLARKS HILL, SC 29821

10925 ENNIS, LARRY, 213 KAOLIN RD., AIKEN, SC 29801

10924 ENNSTONE, INC., P. O. BOX 5237, FALMOUTH, VA 22403

10924 ENNSTONE,INC., P. O. BOX 5237, FALMOUTH, VA 22403

10925 ENO, JANET, 2218 MALUKE RD, MIDDLEBURG, FL 32068

10925 ENOCH, SHEILA, 1530 TUCKER ST, GREENSBORO, NC 27405

10925 ENOCHS, SHERRI, 2301 FAIRWAY #401, ALVIN, TX 77511

10925 ENOREE AUTO PARTS, 15573 HWY 221, ENOREE, SC 29335

10925 ENOREE AUTO PARTS, 15573 HWY 221, ENOREE, SC 29335-9708

10925 ENOREE AUTO PARTS, 15879 HWY 221, ENOREE, SC 29335

10925 ENOREE FIRE & RESCUE, HWY 221, ENOREE, SC 29335

10925 ENOREE IMPROVEMENT COMMITTEE, REEVES ST, ENOREE, SC 29335

10925 ENOREE MILL, 26383 HWY 221, ENOREE, SC 29335

10925 ENOS, EMILY, 73R ESSEX ST., BEVERLY, MA 01915

10925 ENOS, LYNDA, 14501 S LEN AVE, OREGON CITY, OR 97045

10925 ENOS, PATRICIA, 51 FRANCIS AVE, CRANSTON, RI 02910

10924 ENPAC CORP, P.O.BOX 1100, CHARDON, OH 44024

10924 ENPAC CORPORATION, P.O. BOX 1100, CHARDON, OH 44024

10925 ENPRO INC, 75 REMITTANCE DRIVE, CHICAGO, IL 60675-1270

10925 ENPRO, 121 S LOMBARD RD., ADDISON, IL 60101

10925 ENPRO, INC, 8152 ZIONSVILLE ROAD, INDIANAPOLIS, IN 46268

10925 ENR, PO BOX 516, HIGHTSTOWN, NJ 08520-9896

10925 ENR, PO BOX 517, HIGHTSTOWN, NJ 08520

10925 ENRAF INC., 500 CENTURY PLAZA SUITE 120, HOUSTON, TX 77073

10924 EN-RICH TRADING COMPANY, RM. 406 DAELIM MANAGARAM, KYUNGGI-DO PROVINCE, KOR        *VIA Deutsche Post*

10925 ENRIGHT, ANNA W, 9B VERBINA COURT, WHITING, NJ 08759-2917

10925 ENRIGHT, ANNA, 9 B VERBENA COURT, WHITING, NJ 08759-2917

10925 ENRIGHT, DANA, 427 JOHNS HOPKINS, KENNER, LA 70065

10925 ENRIGHT, DORAS, 125 S DAKDALE AVE, SALINA, KS 67401-3171

10925 ENRIGHT, THOMAS, 227 DOXEY DR, PARK RIDGE, NJ 07656

10925 ENRIQUE SABLICH-LARREA, URBANIZACION CHAMA, LIMA 33, 99999PERU        *VIA Deutsche Post*

10925 ENRIQUEZ, ALBERTO, 1405 MESA ST, BIG SPRING, TX 79720

10925 ENRIQUEZ, ALISSA ANNE, 17432 JESSICA LA, CHINO HILLS, CA 91709-6306

10925 ENRIQUEZ, ALISSA, 17432 JESSICA LANE, CHINO HILLS, CA 91709

10925 ENRIQUEZ, CARLOS, 313 LOCUST ST SE, VIENNA, VA 22180

10925 ENRIQUEZ, DANILO A, 6336 KING LOUIS DR, ALEXANDRIA VA, VA 22312

10925 ENRIQUEZ, FRANCISCO, 914 GRANGER ST, SAN DIEGO, CA 92154

10925 ENRIQUEZ, INOCENCIO, 4405 MESA, BIG SPRING, TX 79720

10925 ENRIQUEZ, LETICIA, 570 LEMAY AVE., SAN DIEGO, CA 92154

10925 ENRIQUEZ, MARIA, PO BOX 1915, LOS FRESNOS, TX 78566

10925 ENRIQUEZ, MARILYN, 317 EGE AVE, JERSEY CITY, NJ 07304

10925 ENRIRONMENTAL ISSUES, PO BOX 9132, SPRINGFIELD, IL 62791

10924 ENRON (CLARK CONSTRUCTION INC), 1505 LOUISANA STREET, HOUSTON, TX 77002

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ENRON CAPITAL AND TRADE, PO BOX 7777-W8700, PHILADELPHIA, PA 19175-8700

10925    ENRON ENERGY SERVICES, PO BOX 7777-W8700, PHILADELPHIA, PA 19175-8700

10925    ENSAFE INC, 5730 SUMMER TREES DRIVE, MEMPHIS, TN 38134

10925    ENSAFE, POBOX 840526, DALLAS, TX 75284-0526

10925    ENSAFI, AFROZ, 19056 SCHOOLCRAFT ST, RESEDA, CA 91335

10925    ENSCI ENVIRONMENTAL INC, PO BOX 890089, CHARLOTTE, NC 28289-0089

10925    ENSCO, 1715 N. WESTSHORE BLVD., TAMPA, FL 33607

10925    ENSCO, AMERICAN OIL ROAD, EL DORADO, AR 71730

10925    ENSCO, INC, PO BOX 751563, CHARLOTTE, NC 28275-1563

10924    ENSCO, INC., 1015 NEW SOUTH HARRIS ST., DALTON, GA 30720

10925    ENSCO, PO BOX 8513, LITTLE ROCK, AR 72205

10925    ENSDORF, KENNETH, 23 APPLEDORE LANE, NORTH ANDOVER, MA 01845

10924    ENSER CORPORATION, 5540 PARK BLVD, PINELLAS PARK, FL 33781

10924    ENSER CORPORATION, PO BOX 48548, SAINT PETERSBURG, FL 33743

10925    ENSIGN BICKFORD AERO, 640 HOPMEADOW ST, SIMSBURY, CT 06070

10925    ENSIGN FLORIST, 1300 SOUTH CREST RD., ROSSVILLE, GA 30741

10925    ENSIGN FLORIST, 1306 SOUTH CREST RD., ROSSVILLE, GA 30741

10925    ENSIGN PRODUCTS CO., PO BOX 27167, CLEVELAND, OH 44127-0167

10925    ENSIGN, BEATRICE K, 7502 N W 41ST ST, CORAL SPRINGS, FL 33065

10925    ENSIGN, BEATRICE K, 7502 NW 41ST ST, CORAL SPRINGS, FL 33065

10925    ENSIGN, BEATRICE, 7502 NW 41ST ST, CORAL SPRINGS, FL 33065

10925    ENSIGN, DONALD L, 62 KARA DRIVE, NORTH ANDOVER, MA 01845-4830

10925    ENSIGN, DONALD, 62 KARA DRIVE, N ANDOVER, MA 01845

10925    ENSING JT TEN, ERNEST & DORIS M, 1441 SANDY POINT SE, GRAND RAPIDS, MI 49546-9725

10925    ENSLEN, CHERYL, CUST FOR ANDREW W ENSLEN, UNDER THE OH TRAN MIN ACT, 7788
PEMBROOK DR, REYNOLDSBURG, OH 43068-3124

10925    ENSLEY, MYRNA, 7654 SPURGE DR., FAYETTEVILLE, NC 28311

10925    ENSLEY, STEVEN, 110 CARLTON DRIVE, MAULDIN, SC 29662

10925    ENSLOW, STACEY, 30 PINE ST., 3, GLOUCESTER, MA 01930

10925    ENSMINGER, JULIE, PO BOX 161, CIBOLO, TX 78108

10925    ENSMINGER, WENDELL, 505 W. POPLAR, ENID, OK 73701

10925    ENSOURCE CORPORATION, PO BOX 752564, HOUSTON, TX 77275

10924    ENSR CONSULTING & ENGINEERING, 35 NAGOG PARK, ACTON, MA 01720

10924    ENSR CONSULTING & ENGINEERING, 42 NAGOG PARK, ACTON, MA 01720

10925    ENSR CONSULTING & ENGINEERING, PO BOX 17589, NEWARK, NJ 07194

10925    ENSR CONSULTING & ENGINEERING, POBOX 17589, NEWARK, NJ 07194

10925    ENSR CORPORATION, PO BOX 31863, HARTFORD, CT 06150-1863

10925    ENSR, PO BOX 31863, HARTFORD, CT 06150-1863

10925    ENTEGHAMI, MEHRI, 19521 HAYNES ST, RESEDA, CA 91335

10924    ENTEGRA ROOF TILE CORP, 819 S.FEDERAL HWY, STUART, FL 34994

10924    ENTEGRA ROOF TILE, 1201 NW 18TH ST., POMPANO BEACH, FL 33069

10924    ENTEGRA ROOF TILE, 15700 S.W. FARM RD., INDIANTOWN, FL 34956

10924    ENTEGRA ROOF TILE, 819 S. FEDERAL HWY, STUART, FL 34994

10924    ENTEGRA ROOF TILE, 819 SO FEDERIAL HWY, STUART, FL 34994

10924    ENTEGRA ROOF TILE, 9845 N W 117TH WAY, MEDLEY, FL 33178

10924    ENTEGRATED ENERGY, 11511 SW MILITARY ROAD, PORTLAND, OR 97219

10925    ENTEK ENVIRONMENTAL & TECHINCAL, 125 DEFREEST DRIVE, TROY, NY 12180

10925    ENTEK IRD INTERNATIONAL, 6150 HUNTLEY RD., COLUMBUS, OH 43229-1074

10925    ENTEK IRD-USE 311325,

10925    ENTEK SCIENTIFIC CORPORATION, 1700 EDISON DR., MILFORD, OH 45150

10925    ENTEK, PO BOX 371069, PITTSBURGH, PA 15251-7069

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ENTENMANN'S INC., 1724 FIFTH AVENUE, BAY SHORE, NY 11706

10924    ENTERGY CORP., PO BOX 31975, JACKSON, MS 39286-1975

10924    ENTERGY CORP., PO BOX 551, LITTLE ROCK, AR 72203

10924    ENTERGY NUCLEAR GENERATIONS CO., 600 ROCKY HILL ROAD, PLYMOUTH, MA 02360

10925    ENTERGY OPERATIONS SERVICES, INC, 110 JAMES DRIVE WEST, STE. 110, SAINT ROSE, LA 70087

10924    ENTERGY OPERATIONS, 5485 U.S. HIGHWAY 61, SAINT FRANCISVILLE, LA 70775

10924    ENTERGY OPERATIONS, ATTN:  ACCOUNTS PAYABLE, JACKSON, MS 39286

10924    ENTERGY OPERATIONS, NELSON PLANT, 3500 HOUSTON RIVER ROAD, WESTLAKE, LA 70669

10924    ENTERGY OPERATIONS, PO BOXB, KILLONA, LA 70066

10925    ENTERGY, 303 NORTH RYAN ST, LAKE CHARLES, LA 70601

10925    ENTERGY, PO BOX 52917, NEW ORLEANS, LA 70152

10925    ENTERGY, PO BOX 64001, NEW ORLEANS, LA 70164-4001

10925    ENTERGY, POBOX 61825, NEW ORLEANS, LA 70161-1825

10925    ENTERGY/GULF STATES UTILITIES, PO BOX 61009, NEW ORLEANS, LA 70161-1009

10925    ENTERLINE, JACK, 179 BARRINGTON VILL DR, XENIA, OH 45385

10925    ENTERPRISE COMMUNIC. INC., 1995 CORP UNIVERSITY FOR., CARROLLTON, TX 75007

10924    ENTERPRISE DISTRIBUTION SERVICE, 155 P&N DR/PIEDMONT INDUSTRIAL PARK, GREENVILLE, SC 29611

10924    ENTERPRISE LEASING, 500 CORPORATE PARK DR., CLAYTON, MO 63105

10924    ENTERPRISE LEASING/RENT-A-CAR, 1050 LOMBARD ROAD, LOMBARD, IL 60148

10924    ENTERPRISE OPTICAL, 201 W. GIRARD, MADISON HEIGHTS, MI 48071

10924    ENTERPRISE PRODUCTS, 10207 FM 1942, MONT BELVIEU, TX 77580

10924    ENTERPRISE PROPERTIES, 13800 GILES RD, OMAHA, NE 68138

10925    ENTERPRISE RENT-A-CAR, 6 PERIMETER ROAD-EAST, LONDONDERRY, NH 03053

10925    ENTERPRISE TRANSPORTATION CO, PO BOX 4324, HOUSTON, TX 77210

10925    ENTERPRISE TRANSPORTATION CO., PO BOX 200035, HOUSTON, TX 77216-0035

10924    ENTERTAINMENT & SPORTS ARENA, C/O WARCO, 4952 TRINITY RD, RALEIGH, NC 27607

10924    ENTERTAINMENT CENTER, COTTONWOOD MALL, ALBUQUERQUE, NM 87101

10925    ENTERTAINMENT PUBLICATIONS, 550 COCHITUATE RD, FRAMINGHAM, MA 01701

10925    ENTEX GAS RESOURCES CORP, PO BOX 200905, HOUSTON, TX 77216-0905

10925    ENTEX INFORMATION SERVICES INC, BX 7247-7522, PHILADELPHIA, PA 19170-7522

10925    ENTEX INFORMATION SERVICES, BX 7247-7522, PHILADELPHIA, PA 19170-7522

10925    ENTEX, 7125 RIVERWOOD DR., COLUMBIA, MD 21046

10925    ENTEX, BOX 7777-W501879, PHILADELPHIA, PA 19175-1879

10925    ENTEX, INFO SERVICES, DEPT. 4038, LOS ANGELES, CA 90096-4038

10925    ENTEX, PO BOX 1325, HOUSTON, TX 77097-0045

10924    ENTHONE OMI INC, 1446 SOUTH HOME STREET, KOKOMO, IN 46901

10924    ENTHONE OMI INC, 21441 HOOVER ROAD, WARREN, MI 48089

10924    ENTHONE OMI INC, ATTN TRAVIS HENTZ / MS1136, 700 EAST FARMIN, KOKOMO, IN 46901

10924    ENTHONE OMI INC, PLANT #1 DEPT 253, 715 E. DEFENBAUGH, KOKOMO, IN 46901

10924    ENTHONE, 16782 VON KARMAN AVE., IRVINE, CA 92606

10924    ENTHONE-OMI INC., 21441 HOOVER ROAD, WARREN, MI 48089

10924    ENTHONE-OMI INC., 350 FRONTAGE ROAD, WEST HAVEN, CT 06516

10924    ENTHONE-OMI INC., PO BOX 1900, NEW HAVEN, CT 06508

10925    ENTREKIN, CASSANDRA, 5306 SCHINDLAR TERRACE, BRIDGEWATER, NJ 08807

10925    ENTREPRISES GIVESCO, 9495 PASCAL-GAGNON, ST LEONARD, QC H1P 1Z4CANADA      *VIA Deutsche Post*

10925    ENTREPRISES PREMIER CDN LTEE, C-O MICHEL GUAY, 1785-55E AVE, DORAL, QC H2P 2W3CANADA      *VIA Deutsche Post*

10925    ENTRIX, INC, PO BOX 300025, DALLAS, TX 75303-0025

10925    ENTWISTLE, KENNETH, 254 ANGELLS DRIVE, WOODRUFF, SC 29388

10925    ENTZ, DOUGLAS, 807 HAMLIN CENTER ROAD, HAMLIN, NY 14464

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ENV CHEMISTRY CONSULTING, 2525 ADVANCE RD., STE. A, MADISON, WI 53713-6774 | |
| 10925 | ENV ENFORCEMENT SECTION US DEPT OF, JAMES FREEMAN TRIAL ATTY, 999 EIGHTEENTH ST, SUITE 945NT, DENVER, CO 80202 | |
| 10925 | ENV MGMT INC, PO BOX 700, GUTHRIE, OK 73044-0700 | |
| 10925 | ENV PROTECTION DIVISION SECTION CHI, RAYMOND DOUGAN, ONE ASHBURTON PLACE, BOSTON, MA 02108 | |
| 10924 | ENVASES ANTILLANOS C X A, APARTADO POSTAL 223, SANTIAGO, SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | ENVASES ANTILLANOS C. POR A., PO BOX223, SANTIAGO, 0SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | ENVASES ANTILLANOS, DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | ENVASES COMECA S.A., ATTENTION: MS. ZORAIDA SALAS, SAN JOSE, 0CRI | *VIA Deutsche Post* |
| 10925 | ENVASES DE PLASTICO, 4411 B-1 DARIEN ST, HOUSTON, TX 77028 | |
| 10924 | ENVASES ENSENADA (MEXICO), COL. CARLOS PACHECO, ENSENADA B.C., 0MEXICO | *VIA Deutsche Post* |
| 10924 | ENVASES ENSENADA (MEXICO), OTAY MESA, 10030 VIA DE LA AMISTAD, SAN YSIDRO, CA 92173 | |
| 10924 | ENVASES GENERALES CROWN S.A.DE C.V., ORIENTE 107 NO. 114, BONDOJITO, 07850MEXICO | *VIA Deutsche Post* |
| 10924 | ENVASES GENERALES CROWN S.A.DE C.V., ORIENTE 107 NO. 114, BONODOJITO, 07850MEXICO | *VIA Deutsche Post* |
| 10924 | ENVASES GENERALES CROWN S.A.DE C.V., ORIENTE 107 NO.114, BONODOJITO, 07850MEXICO | *VIA Deutsche Post* |
| 10924 | ENVASES INDUSTRIALES HONDURENOS, PO BOX688, SAN PEDRO  SULA, 0HND | *VIA Deutsche Post* |
| 10924 | ENVASES INDUSTRIALES HONDURENOS, PO BOX688, SAN PEDRO, SULA, 0HND | *VIA Deutsche Post* |
| 10924 | ENVASES LAYTA, 23 AVE 40-60, GUATEMALA, 0GTM | *VIA Deutsche Post* |
| 10924 | ENVASES LIMA S.A., ATE, VITARTE, 0PER | *VIA Deutsche Post* |
| 10924 | ENVASES METALICOS S.A., ALONSO DE MOLINA 135 VENTANILLA, CALLAO, 0PER | *VIA Deutsche Post* |
| 10924 | ENVASES MULTIPACK S.A., CARLOS VALDOVINOS 362, SANTIAGO, CHL | *VIA Deutsche Post* |
| 10924 | ENVASES MULTIPACK S.A., CARLOS VALDOVINOS NO. 362, SANTIAGO, CHL | *VIA Deutsche Post* |
| 10924 | ENVASES TROPICALES, AVE. LUPERON ESQ ANACAONA, ZONA INDUSTRIAL HERRERA, SANTO DOMINGO, 0SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | ENVIORMENTAL HEALTH INVESTIGATIONS, 655 WEST SHORE TRAIL, SPARTA, NJ 07871 | |
| 10925 | ENVIR & NAT RESOURCES, ENV ENFORCEMENT SECTION, WALKER SMITH, DEPUTY CHIEF, | |
| 10925 | ENVIREX, 2200 S. WOLF RD., DES PLAINES, IL 60018 | |
| 10925 | ENVIRO CARE OF UTAH, INC, 46 W. BROADWAY, STE. 240, SALT LAKE CITY, UT 84101 | |
| 10925 | ENVIRO CARE OF UTAH, INC, PO BOX 30750, SALT LAKE CITY, UT 84189-0750 | |
| 10925 | ENVIRO TEMPS, INC, 555 ZANG ST , SUITE 104, LAKEWOOD, CO 80228 | |
| 10924 | ENVIROBOARD, 940 DOUGLAS AVE., DUNEDIN, FL 34698 | |
| 10924 | ENVIRO-CHEM ENVIRONMENTAL SERVICES, ATT: BOBBY BURNETTE, 1005 INVESTMENT BLVD., APEX, NC 27502 | |
| 10925 | ENVIROCHEM ENVIRONMENTAL SVCS INC, 1005 INVESTMENT BLVD, APEX, NC 27502 | |
| 10925 | ENVIROCLEAN, INC, POBOX 4003, ANTIOCH, CA 94531-4003 | |
| 10925 | ENVIROFLOW, 2061 WHITECLIFFE DR, ROMEOVILLE, IL 60446 | |
| 10925 | ENVIROLINK MAGAZINE, 6131 AIRWAYS BLVD, CHATTANOOGA, TN 37421 | |
| 10925 | ENVIROLINK, 6129 AIRWAYS BLVD., CHATTANOOGA, TN 37421 | |
| 10925 | ENVIROMATIC CORPORATION OF AMERICA, 5936 PILLSBURY AVE S, MINNEAPOLIS, MN 55419 | |
| 10925 | ENVIROMENTAL ISSUES, POBOX 9132, SPRINGFIELD, IL 62791 | |
| 10924 | ENVIROMENTAL PROTECTION ASSOC, 11870 WEST 91ST ST., OVERLAND PARK, KS 66214 | |
| 10924 | ENVIROMETRICS, 10040 DORCHESTER RD, SUMMERVILLE, SC 29485 | |
| 10925 | ENVIRON INTL CORP., 4350 FAIRFAX DR, ARLINGTON, VA 22203 | |
| 10925 | ENVIRONETICS INC, 900 E INDIANTOWN ROAD #110, JUPITER, FL 33477 | |
| 10925 | ENVIRONMENT BOOKS INC, 4905 SMITH ROAD, PLANO, TX 75094-9556 | |
| 10925 | ENVIRONMENT BOOKS, INC, PO BOX 260157, PLANO, TX 75026-0157 | |
| 10925 | ENVIRONMENT CONSULTANTS, 195 PEMBERTON AVE, NORTH VANCOUVER, BC V7P 2R4CANADA | *VIA Deutsche Post* |
| 10925 | ENVIRONMENT, HEALTH &, PO BOX 1269, WAINSCOTT, NY 11975-1269 | |
| 10925 | ENVIRONMENTAL & SAFETY DESGN INC, NATIONS BANK BOX #840526, DALLAS, TX 75284-0526 | |
| 10924 | ENVIRONMENTAL ABATEMENT SVCS., 2117 17TH. STREET N.E., GRAND FORKS, ND 58203 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    ENVIRONMENTAL AND ENERGY, 122 C ST , NW, WASHINGTON, DC 20001

10925    ENVIRONMENTAL ASSURANCE, 2701 FORTUNE CIRCLE EAST DRIVE, INDIANAPOLIS, IN 46241

10924    ENVIRONMENTAL ASSURANCE, 2701 FORTUNE CIRCLE, INDIANAPOLIS, IN 46241

10925    ENVIRONMENTAL AUDITING ROUNDTABLE, 35888 MILDRED AVE, NORTH RIDGEVILLE, OH 44039

10925    ENVIRONMENTAL BIOTECH, 4101-A STUART ANDREW BLVD, CHARLOTTE, NC 28217

10924    ENVIRONMENTAL BLDG PRODUCTS INC, ATTN:  ACCOUNTS PAYABLE, ANTHONY, FL 32617

10924    ENVIRONMENTAL BLDG PRODUCTS, INC, 603 S. FORT HARRISON AVENUE, CLEARWATER, FL 33614

10925    ENVIRONMENTAL CARE INC, 24121 VENTURA BLVD, CALABASAS, CA 91302

10925    ENVIRONMENTAL CHEMISTRY CONSULTING, 2525 ADVANCE ROAD STE A, MADISON, WI 53718-6774

10925    ENVIRONMENTAL COMPLIANCE MGT, 4 FRANCIS WYMAN RD, BURLINGTON, MA 01803

10925    ENVIRONMENTAL COMPLIANCE REPORTER, 3154B COLLEGE DR., STE. 522, BATON ROUGE, LA 70808

10925    ENVIRONMENTAL COMPLIANCE TECHNOLOGI, 1030 CECIL AVE., MILLERSVILLE, MD 21108

10924    ENVIRONMENTAL COMPLIANCE, 1030 CECIL AVENUE, MILLERSVILLE, MD 21108

10924    ENVIRONMENTAL COMPLIANCE-DO NOT USE, 1030 CECIL AVENUE, MILLERSVILLE, MD 21108

10924    ENVIRONMENTAL CONCRETE CONCEPTS, 303 E. VAMORI STREET, TUCSON, AZ 85706

10924    ENVIRONMENTAL CONCRETE CONCEPTS, 303 E.VAMORI ST, TUCSON, AZ 85706

10925    ENVIRONMENTAL CONSERVATION, 10207 GENERAL DR, ORLANDO, FL 32824

10924    ENVIRONMENTAL CONSTRUCTION, 1405 NEWTON STREET, TALLMADGE, OH 44278

10925    ENVIRONMENTAL CONSULTANTS INC, 7060 TAFT ST, HOLLYWOOD, FL 33024

10924    ENVIRONMENTAL CONSULTANTS, 251 VANCE DRIVE, BURGETTSTOWN, PA 15021

10924    ENVIRONMENTAL CONSULTANTS, SERVICES, 251 VANCE DRIVE, BURGETTSTOWN, PA 15021

10925    ENVIRONMENTAL CONSULTING, 1 FIRST NATIONAL PLAZA ST 2505, CHICAGO, IL 60603

10925    ENVIRONMENTAL CONTROL LABORATORIES, 21845 DRAKE ROAD, STRONGSVILLE, OH 44136

10925    ENVIRONMENTAL DATA RESOURCES, 3530 BOSTON POST ROAD, SOUTHPORT, CT 06490

10925    ENVIRONMENTAL DRILLING SERVICES INC, 3671 MONROE ROAD, DE PERE, WI 54115

10925    ENVIRONMENTAL DYNAMICS CORP, BOX 356, SHARON, WI 53585

10924    ENVIRONMENTAL DYNAMICS, INC., 1331 WESTRN OAK DR., HELOTES, TX 78023

10924    ENVIRONMENTAL DYNAMICS, INC., 1916 GRANDSTAND, SAN ANTONIO, TX 78238

10924    ENVIRONMENTAL DYNAMICS, INC., 22222 S. WILMINGTON AVE., CARSON, CA 90745

10925    ENVIRONMENTAL EDUCATION ENTERPRISES, 2764 SAWBURY BLVD, COLUMBUS, OH 43235-4580

10924    ENVIRONMENTAL ENGR, 2225 IDLEWOOD, JEFFERSON CITY, MO 65109

10924    ENVIRONMENTAL EXPRESS LABS, 401 N. 11TH STREET, LA PORTE, TX 77571

10925    ENVIRONMENTAL FILTER CORP, 498 AVIATION BLVD, SANTA ROSA, CA 95403

10924    ENVIRONMENTAL GROUP YARD, C/O THOMPSONS BUILDING MATERIALS, CULVER CITY, CA 90230

10924    ENVIRONMENTAL GROUP, 1640 MARENGO ST, LOS ANGELES, CA 90033

10924    ENVIRONMENTAL GROUP, C/O THOMPSONS BUILDING MATERIALS, MARINA DEL REY, CA 90292

10925    ENVIRONMENTAL GROWTH CHAMBERS, PO BOX 390, CHAGRIN FALLS, OH 44022

10925    ENVIRONMENTAL HAZARD CONTROL INC, 366 HOLLOW HILL DRIVE, WAUCONDA, IL 60084

10925    ENVIRONMENTAL HAZARD, 366 HOLLOW HILL DR, WAUCONDA, IL 60084

10925    ENVIRONMENTAL HEALTH INVESTIGATIONS, 655 WEST SHORE TRAIL, SPARTA, NJ 07871

10925    ENVIRONMENTAL HYDROGEOLOGICAL, POST OFFICE BOX 902, RED SPRINGS, NC 28377

10925    ENVIRONMENTAL INFO ASSOC, 3805 PRESIDENTIAL PKWY., ATLANTA, GA 30340-3720

10925    ENVIRONMENTAL INFORMATION, LOCKBOX DEPT 3473, WASHINGTON, DC 20042-3473

10924    ENVIRONMENTAL INKS & COATINGS, #1 QUALITY PRODUCTS ROAD, MORGANTON, NC 28655

10925    ENVIRONMENTAL ISSUES, PO BOX 9132, SPRINGFIELD, IL 62791

10925    ENVIRONMENTAL LIABILITY MGMT INC, 218 WALL ST RESEARCH PARK, PRINCETON, NJ 08540-1512

10925    ENVIRONMENTAL LITIGATION GROUP PC, 3529 7TH AVE SOUTH, BIRMINGHAM, AL 35222

10924    ENVIRONMENTAL LITIGATION, PO BOX 550, BIRMINGHAM, AL 35255

10924    ENVIRONMENTAL MAINT. ENG., 25154 DONALD AVE., REDFORD, MI 48239

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 ENVIRONMENTAL MAINTENANCE, 25154 DONALD, REDFORD, MI 48239

10924 ENVIRONMENTAL MGT. SERVICES, BEAUFORT NAVAL HOSPITAL, BLDG. #1, BALLENTINE, SC 29002-6148

10925 ENVIRONMENTAL MONITORING & TECHNOLO, 35000 EAGLE WAY, CHICAGO, IL 60678-1350

10925 ENVIRONMENTAL MONITORING &, 8100 NORTH AUSTIN AVE., MORTON GROVE, IL 60053-3203

10925 ENVIRONMENTAL MONITORING AND, PO BOX 88501, CHICAGO, IL 60680-1501

10924 ENVIRONMENTAL OPTIONS, 1 ENERGY BLVD., ROCKY MOUNT, VA 24151

10924 ENVIRONMENTAL OPTIONS, 720 ENERGY BLVD., ROCKY MOUNT, VA 24151

10925 ENVIRONMENTAL PRODUCTS & SERVI, PO BOX 24398, ROCHESTER, NY 14624

10925 ENVIRONMENTAL PRODUCTS & SERVICES, PO BOX 2136, BUFFALO, NY 14240-2999

10925 ENVIRONMENTAL PRODUCTS & SERVICES, PO BOX 315, SYRACUSE, NY 13209

10925 ENVIRONMENTAL PRODUCTS &, PO BOX 590, KENMORE, NY 14217-0590

10925 ENVIRONMENTAL PROFESSIONALS, 1126 S. 70TH ST. SUITE S 415A, WEST ALLIS, WI 53214

10925 ENVIRONMENTAL PROJECT CONTROL INC, 239 LITTLETON RD STE 4A, WESTFORD, MA 01886-3543

10925 ENVIRONMENTAL PROJECT CONTROL INC, 63 GREAT ROAD, MAYNARD, MA 01754

10925 ENVIRONMENTAL PROJECTS INC, PO BOX 388, YARMOUTH, ME 04096

10925 ENVIRONMENTAL PROTECTION AGENCY, 1 CONGRESS ST, SUITE 1100, BOSTON, MA 02114-2023

10925 ENVIRONMENTAL PROTECTION AGENCY, 1200 SIXTH AVE, SEATTLE, WA 98101

10925 ENVIRONMENTAL PROTECTION AGENCY, 1650 ARCH ST, PHILADELPHIA, PA 19103-2029

10925 ENVIRONMENTAL PROTECTION AGENCY, 290 BROADWAY, NEW YORK, NY 10007-1866

10925 ENVIRONMENTAL PROTECTION AGENCY, 75 HAWTHORNE ST, SAN FRANCISCO, CA 94105

10925 ENVIRONMENTAL PROTECTION AGENCY, 77 WEST JACKSON BLVD, CHICAGO, IL 60604-3507

10925 ENVIRONMENTAL PROTECTION AGENCY, 901 NORTH 5TH ST, KANSAS CITY, KS 66101

10925 ENVIRONMENTAL PROTECTION AGENCY, 999 18TH ST SUITE 500, DENVER, CO 80202-2466

10925 ENVIRONMENTAL PROTECTION AGENCY, ARIEL RIOD BLDG, 1200 PENNSYLAVANIA AVE NW, WASHINGTON, DC 20460

10925 ENVIRONMENTAL PROTECTION AGENCY, ATLANTA FEDERAL CENTER, 61 FORSYTH ST SW, ATLANTA, GA 30303-3104

10925 ENVIRONMENTAL PROTECTION AGENCY, FOUNTAIN PLACE 12TH FLR SUITE 1220, 1445 ROSS AVE, DALLAS, TX 75202-2733

10925 ENVIRONMENTAL PROTECTION AGENCY, PO BOX 360277M, PITTSBURGH, PA 15251

10925 ENVIRONMENTAL PROTECTION AGENCY, PO BOX 360582M, PITTSBURGH, PA 15251

10925 ENVIRONMENTAL RECOVERY INC., POST OFFICE BOX 330569, ATLANTIC BEACH, FL 32233

10924 ENVIRONMENTAL RECYCLING, SUITE B, 5265 TRACTOR ROAD, TOLEDO, OH 43612

10925 ENVIRONMENTAL REGULATIONS UPDATE SV, POBOX 9132, SPRINGFIELD, IL 62791

10925 ENVIRONMENTAL REGULATIONS, PO BOX 9132, SPRINGFIELD, IL 62791

10925 ENVIRONMENTAL RESOURCE CNTR., ATTN: ACCTS RECEIVABLE, 101 CENTER POINTE DR, CARY, NC 27513-5706

10925 ENVIRONMENTAL RESOURCES MANAGEMENT, 399 BOYLSTON ST 6TH FL, BOSTON, MA 02116

10925 ENVIRONMENTAL RESOURCES MANAGEMENT, PO BOX 8500(S-9345), PHILADELPHIA, PA 19178-9345

10925 ENVIRONMENTAL RESOURCES MANAGEMENT, POBOX 8500 (S-9345), PHILADELPHIA, PA 19178-9345

10925 ENVIRONMENTAL RESOURCES MGMT,INC, 855 SPRINGDALE DRIVE, EXTON, PA 19341

10924 ENVIRONMENTAL SAFETY, 483 REVILO AVENUE, SHIRLEY, NY 11967

10925 ENVIRONMENTAL SAMPLING TECHNOLOGY, 368 HILLSIDE AVE, NEEDHAM, MA 02194

10924 ENVIRONMENTAL SCIENCE & ENGINEERING, MICHIGAN TECH JOB # 96329, 100 CLIFF DRIVE, HOUGHTON, MI 49931

10925 ENVIRONMENTAL SCIENCE &, PO BOX 1817, ENGLEWOOD, CO 80150-1817

10925 ENVIRONMENTAL SERVICE GROUP, THE, POBOX 242, TONAWANDA, NY 14151-0242

10925 ENVIRONMENTAL SOIL MANAGEMENT INC, 67 INTERNATIONAL DRIVE, LOUDON, NH 03301

10925 ENVIRONMENTAL SOLUTIONS CONSULTING, 42 GUINAN ST, WALTHAM, MA 02154

10925 ENVIRONMENTAL SOLUTIONS INC, 50 GUINAN ST, WALTHAM, MA 02154

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ENVIRONMENTAL SOLUTIONS INC., 42 GUINAN ST, WALTHAM, MA 02451 | |
| 10925 | ENVIRONMENTAL SOLUTIONS, INC, 50 GUINAN ST, WALTHAM, MA 02451 | |
| 10924 | ENVIRONMENTAL SPECIALTY SERVICE, 3011 W. GRAND BLVD, STE 471, DETROIT, MI 48202 | |
| 10925 | ENVIRONMENTAL SUPPORT SOLUTIONS INC, 1620 W FOUNTAINHEAD PKWY #100, TEMPE, AZ 85282 | |
| 10925 | ENVIRONMENTAL SUPPORT SOLUTIONS INC, PO BOX 53229, PHOENIX, AZ 85072-3229 | |
| 10925 | ENVIRONMENTAL TECH. COMMUNICATION, 11177 READING RD., CINCINNATI, OH 45241 | |
| 10925 | ENVIRONMENTAL TECHNOLOGIES GROUP IN, 1400 TAYLOR AVE, BALTIMORE, MD 21234 | |
| 10924 | ENVIRONMENTAL TECHNOLOGIES GROUP IN, 1400 TAYLOR AVENUE, PARKVILLE, MD 21234 | |
| 10924 | ENVIRONMENTAL TECHNOLOGIES GROUP IN, PO BOX 9840, BALTIMORE, MD 21284-9840 | |
| 10925 | ENVIRONMENTAL TECHNOLOGIES INC, POBOX 210, MAGNOLIA, TX 77353-0210 | |
| 10925 | ENVIRONMENTAL TESTING & MANAGEMENT, INC, POBOX 896, MAULDIN, SC 29662 | |
| 10925 | ENVIRONMENTAL TESTING, 2924 WALNUT GROVE RD, MEMPHIS, TN 38111 | |
| 10924 | ENVIRONMENTAL WASTE TECHNOLOGY, INC, 1039 CHESTNUT STREET, NEWTON UPPER FALLS, MA 02164 | |
| 10924 | ENVIRONMENTAL WASTE TECHNOLOGY, INC, 1123 RED OAK COVE, TUCKER, GA 30084 | |
| 10925 | ENVIRONMENTAL WATERWAY, 6500 NW 15TH AVE, FORT LAUDERDALE, FL 33309 | |
| 10925 | ENVIRO-SAFE ENGINEERING, 34 APPLETON ST, WEST SOMERVILLE, MA 02144 | |
| 10925 | ENVIROSAFE SERVICES OF OHIO INC, 4350 NAVARRE AVE, OREGON, OH 43616 | |
| 10925 | ENVIROSAFE TECHNOLOGIES, INC, 3701 ST JOHNS INDL PKWY W, JACKSONVILLE, FL 32246-7631 | |
| 10925 | ENVIROSOURCE, INC, 1155 BUSINESS CENTER DRIVE, HORSHAM, PA 19044 | |
| 10925 | ENVIROSYSTEMS COMPANY, THE, 1532 DUNWOODY VILLAGE PKWY, ATLANTA, GA 30338 | |
| 10925 | ENVIROTECH MOLDED PRODUCTS, 1075 W. NORTH TEMPLE, SALT LAKE CITY, UT 84116 | |
| 10925 | ENVIROTECH MOLDED PRODUCTS, PO BOX 93775, CHICAGO, IL 60673-3775 | |
| 10925 | ENVIROTROL INC, 24TH ST EXTENSION AND 31ST ST, BEAVER FALLS, PA | |
| 10925 | ENVIROTROL INC, BOX 61, SEWICKLEY, PA 15143-0061 | |
| 10925 | ENVIROTROL, INC, PO BOX 61, SEWICKLEY, PA 15143-0061 | |
| 10925 | ENVIROTRONICS, 3881 NORTH GREEN BROOK SOUTH EAST, GRAND RAPIDS, MI 49512 | |
| 10925 | ENVIROWIN SOFTWARE INC, 2032 WEST CULLOM AVE STE 1, CHICAGO, IL 60618-1702 | |
| 10925 | ENVIROWIN SOFTWARE INC, 363 WEST ERIE SUITE 3E, CHICAGO, IL 60610 | |
| 10925 | ENVIROWIN SOFTWARE LLC, 141 MILL ROCK RD. E., OLD SAYBROOK, CT 06475 | |
| 10924 | ENVISION CLAIMS MANAGEMENT, NJ 07960, NJ 07960 | |
| 10925 | ENVOTECH MGMT SERVICES, 49350 N 194 SERVICE DRIVE, BELLEVILLE, MI | |
| 10925 | ENYART WELCH, 12 SOUTH 2ND ST, BELLEVILLE, IL 62220 | |
| 10925 | ENYLDA, 585 N GREENBUSH ROAD, RENSSELAER, NY 12144 | |
| 10925 | ENZO COMINI, VIA NOVARA, 93 28074 GHEMME, NOVARA, ITALY | *VIA Deutsche Post* |
| 10925 | ENZON INC., 20 KINGSBRIDGE ROAD, PISCATAWAY, NJ 08854-3988 | |
| 10924 | ENZOPAC, INC., 4350 S. TAYLOR DRIVE, SHEBOYGAN, WI 53081 | |
| 10924 | ENZOPAC, INC., 4350 SOUTH TAYLOR DRIVE, SHEBOYGAN, WI 53081 | |
| 10925 | ENZWEILER, RONN, 4604 E. PIEDMONT RD, PHOENIX, AZ 85044 | |
| 10925 | EO&D, INC, 368 FAIRVIEW ROAD, GLENMOORE, PA 19343 | |
| 10925 | EOE JOURNAL, 608 E. MISSOURI AVE., SUITE A, PHOENIX, AZ 85012 | |
| 10924 | EOFF ELECTRIC CO, 9125 SW RIDDER RD, WILSONVILLE, OR 97070 | |
| 10924 | EOFF ELECTRIC, 1005 INDUSTRIAL WAY, LONGVIEW, WA 98632 | |
| 10924 | EOFF ELECTRIC, 2025 W. 2ND. AVE, EUGENE, OR 97440 | |
| 10924 | EOFF ELECTRIC, 2025 W. 2ND AVE., EUGENE, OR 97440 | |
| 10924 | EOFF ELECTRIC, 22995 NW EVERGREEN PKWY STE 106, HILLSBORO, OR 97124 | |
| 10924 | EOFF ELECTRIC, 2430 MCGILCHRIST ST. SE, SALEM, OR 97302 | |
| 10924 | EOFF ELECTRIC, 50 SE YAMHILL, PORTLAND, OR 97214 | |
| 10924 | EOFF ELECTRIC, 8100 NE ST JOHNS RD BLDG B101, VANCOUVER, WA 98665 | |
| 10924 | EOFF ELECTRIC-SALEM, 2430 MCGILCHRIST STREET S.E., SALEM, OR 97302 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   EOG ENVIROMENTAL, 5611 W.HEMLOCK, MILWAUKEE, WI 53223

10924   EOG ENVIRONMENTAL, 5611 WEST HEMLOCK, MILWAUKEE, WI 53223

10925   EOLIN, STEPHANIE, 161 COUNTY ST, SEEKONK, MA 02771

10925   EON LABS, 227-15 N. CONDUIT AVENUE, SPRINGFIELD GARDENS, NY 11413

10925   EOP, 1160 EAST JERICHO TURNPIKE, HUNTINGTON, NY 11743

10925   EOS CORPORATION, 906 VIA ALONDRA, CAMARILLO, CA 93012

10925   EOS INTERNATIONAL, 2382 FARADAY AVE STE 350, CARLSBAD, CA 92008-7258

10925   EOS INTERNATIONAL, 5838 EDISON PLACE, CALRSBAD, CA 92008-6596

10924   EP CONTAINER CORP., 10546 HATHAWAY DRIVE, SANTA FE SPRINGS, CA 90670

10924   EP CONTAINER CORP., 9708 JORDAN CIRCLE, SANTA FE SPRINGS, CA 90670

10924   EP CONTAINER, 10546 HATHAWAY DR., SANTA FE SPRINGS, CA 90670

10924   EPA BELL-BCI, C/O DAVENPORT INSULATION, UPPER MARLBORO, MD 20772

10924   EPA BUILDING, 901 NORTH 5TH STREET, KANSAS CITY, KS 66102

10925   EPA HAZARDOUS SUBSTANCE SUPERFUND, PO BOX 360188M, PITTSBURGH, PA 15251

10925   EPA HAZARDOUS SUBSTANCE, PO BOX 360859M, PITTSBURGH, PA 15251

10925   EPA HAZARDOUS SUBSTANCES SUPERFUND, POBOX 100142, ATLANTA, GA 30384

10924   EPA NATIONAL COMPUTOR CENTER, C/O WARCO CONSTRUCTION, 120 JENKINS ROAD, MORRISVILLE, NC 27560

10925   EPA NEW ENGLAND REGION 1, ONE CONGRESS ST, SUITE 1100, BOSTON, MA 02114

10925   EPA NEW ENGLAND, REGION 1, 1 CONGRESS ST STE 1100, BOSTON, MA 02114-2023

10925   EPA REGION 2, CARIBBEAN OFFICE CENTRO EURPOA BLDG, STE 417 1492 PONCE DE LEON AVE S 22, SANTRUCE, PR 00907-4127

10925   EPA RPM WELLS G&H SUPERFUND SITE MA, BARBARA NEWMAN, JFK FEDERAL BLDG HRS-CAN3, BOSTON, MA 02203

10925   EPA WASTE MGMT DIVISION REGION I, KENNETH E WENGER, JF KENNEDY FEDERAL BLDG, ROOM 1903, BOSTON, MA 02203

10924   EPA, 120 JENKINS RD, MORRISVILLE, NC 27560

10925   EPA, PAUL PERONARD EPR-SA, 999 18TH ST, SUITE 500, DENVER, CO 80202

10925   EPB, PO BOX 182255, CHATTANOOGA, TN 37422-7255

10925   EPB, POBOX 182253, CHATTANOOGA, TN 37422-7253

10925   EPE INCORPORATED, 12418 THE BLUFFS, STRONGSVILLE, OH 44136

10925   EPE TECHNOLOGIES INC, POBOX 73343, CHICAGO, IL 60673-7343

10924   EPHRATA HOSPITAL, 32 PLUM STREET, TRENTON, NJ 08638

10925   EPHRIAM, LAVONDA, 3727 ANDREWS HWY APT#2712, ODESSA, TX 79761

10925   EPHSTRATIUS VARDAKIS &, HELEN VARDAKIS JT TEN, 4 SUNSET AVE, BAYONNE, NJ 07002-2209

10924   EPI PHARMACUETICAL@@@, 4000 HOSON ROAD, MORRISVILLE, NC 27560

10925   EPI TECHNICAL SALES, PO BOX 4308, ELWYN, PA 19063

10924   EPIC PRINTING INK, 233 PIONEER PLACE, POMONA, CA 91768

10925   EPIC SYSTEMS, 14140 CHASE ROAD, REED, KY 42451-9723

10925   EPICUREAN COFFEE & REFRESHMENT SERV, PO BOX 6217, BOCA RATON, FL 33427

10925   EPICUREAN COFFEE & REFRESHMENT, PO BOX 276217, BOCA RATON, FL 33427

10925   EPISCOPAL CHURCH OF STJOHN, THE, PO BOX 249, SANBORNVILLE, NH 03872

10925   EPISCOPAL CHURCH OF STJOHN, THE, PO BOX 276, EAST WAKEFIELD, NH 03830-0276

10925   EPIXTECH INC, 2914 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693

10925   EPIXTECH, INC, 2914 COLLECTION CENTER DRIVE, CHICAGO, IL 60693

10925   EPLEY, MARK, 500 N ILLINOIS, ARLINGTON, VA 22203

10925   EPLING, CARL, 405-4 ORCHARD TRACE LANE, CHARLOTTE, NC 28213

10924   EPOCH CORP, RTE. 106, PEMBROKE, NH 03275

10925   EPOLITO JEMIOLO, HOLLY, 144 CARRIAGE CIRCLE, WILLIAMSVILLE, NY 14221

10924   EPOXY DESIGN, 1800 SHERWOOD FOREST, HOUSTON, TX 77043

10924   EPOXY DESIGN, PO BOX 79252, HOUSTON, TX 77279

10925   EPOXY FORMULATIONS, INC, 3897 STEELE ST, DENVER, CO 80205

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EPOXY PAX, 711 W 17TH ST, COSTA MESA, CA 92627 | |
| 10925 | EPOXY TECHNOLOGY INC, POBOX 2108, BOSTON, MA 02106-2108 | |
| 10925 | EPPERSON, JOHN, 1381 FOREST DR, CASPER, WY 82609 | |
| 10924 | EPPERT OIL COMPANY, 9100 FREELAND AVENUE, DETROIT, MI 48228 | |
| 10925 | EPPICH, CAROL LOUISE, E 228 MISSION, SPOKANE, WA 99202-1858 | |
| 10925 | EPPINETT, CHRISTINE, 1277 HAZEL OAKS DR, BAKER, LA 70714 | |
| 10925 | EPPLER, PHILIP, 4103 PLARIS DR #3006, IRVING, TX 75038 | |
| 10925 | EPPS, CHARLES, 104 LESTER AVE, GREENVILLE, SC 29609 | |
| 10925 | EPPS, CONRAD, 610 CUMMINS HWY, MATTAPAN, MA 02126 | |
| 10925 | EPPS, DOUGLAS, 150 MILLER ROAD, ROEBUCK, SC 29376 | |
| 10925 | EPPS, GENETHA, PO BOX 274, HALIFAX, NC 27839 | |
| 10925 | EPPS, GLENDA, PO BOX 403, WELDON, NC 27890 | |
| 10925 | EPPS, LARRY, 17 BOBBINS RIDGE ROAD, BELTON, SC 29627 | |
| 10925 | EPPS, LYNN, RT 1, BOX 1162, NICHOLSON, GA 30565 | |
| 10925 | EPPS, PATRICIA M, 1540 CRAWFORD DR, CHARLOTTE NC, NC 28216 | |
| 10925 | EPPS, ROBERT, 806 CHEDDAR RD, BELTON, SC 29627 | |
| 10925 | EPPS, SHIRLEY, EPPS, GASTON, NC 27832 | |
| 10924 | E-PRO ENGRG PRO CO., LTD, 4 FL-1 NO. 92 FU HSING N. RD, TAIPEI, 99999TWN | *VIA Deutsche Post* |
| 10925 | EPS MOLDERS ASSOCIATION, 1926 WAUKEGAN RD SUITE 1, GLENVIEW, IL 60025-1770 | |
| 10925 | EPSCO, 2851 HWY 90, WESTLAKE, LA 70669 | |
| 10925 | EPSCO, PO BOX 4346, DEPT. 201, HOUSTON, TX 77210 | |
| 10925 | EPSILON FOAM CORPORATION, POBOX 909, AZUSA, CA 91702 | |
| 10924 | EPSTEEN SCHOOL, C/O ALPHA INSULATION, ATLANTA, GA 30328 | |
| 10925 | EPSTEIN BECKER & GREEN, PC, 250 PARK AVE, NEW YORK, NY 10177-0077 | |
| 10925 | EPSTEIN, ARTHUR, 362 SHARPNERS PD RD, N ANDOVER, MA 01845 | |
| 10925 | EPSTEIN, FRANK, 8135 NORTH KILBOURN, SKOKIE, IL 60076 | |
| 10925 | EPSTEIN, MARILYN, 26 JONES VALLEY CIR, BALTIMORE, MD 21209 | |
| 10925 | EPSTEIN, WARREN, 10359 CURRYCOMB CT., COLUMBIA, MD 21044 | |
| 10925 | EPTING, DIANE, 1082 DUNKELS CHURCH RD, KUTZTOWN, PA 19530 | |
| 10925 | EPTING, JOYCE, 660 ONYX CAVE ROAD, HAMBURG, PA 19526 | |
| 10925 | EPWORTH MOREHOUSE COWLES, PO BOX 3620, FULLERTON, CA 92834 | |
| 10925 | EPWORTH MOREHOUSE-COWLES, PO BOX 3620, FULLERTON, CA 92833 | |
| 10925 | EQ INDUSTRIAL SERVICES, INC, PO BOX 67000, DETROIT, MI 48267-1605 | |
| 10925 | EQUAL EMPLOYMENT ADVISORY, 1015 15TH ST NW, WASHINGTON, DC 20005 | |
| 10925 | EQUAL OPPORTUNITY PUBLICATION, INC, 1160 EAST JERICHO TURNPIKE-STE. 200, HUNTINGTON, NY 11743 | |
| 10925 | EQUAL VOICE INC, THE, 70 KING ST, LITTLETON, MA 01460 | |
| 10925 | EQUALNET, PO BOX 641379, DETROIT, MI 48264-1379 | |
| 10925 | EQUILIBRIUM CATALYST, INC, PO BOX 24703, 24703, NEW ORLEANS, LA 70184-4703 | |
| 10924 | EQUILON ENTERPRISES LLC, 3485 PACHECO BLVD., MARTINEZ?, CA 94553 | |
| 10924 | EQUIPCO, P O BOX 1537, HARRISONBURG, VA 22801 | |
| 10924 | EQUIPCO, PO BOX1537, HARRISONBURG, VA 22801 | |
| 10925 | EQUIPEMENTS ET SERVICES S.A.P. INC., 1985 BERNARD PILON, BELOEIL, QC J3G 4S5CANADA | *VIA Deutsche Post* |
| 10925 | EQUIPMENT & METER SERVICES, INC, 1400 E.ELIZABETH AVE., LINDEN, NJ 07036 | |
| 10925 | EQUIPMENT DESIGN & CONVEYORS CO INC, POBOX 15131, PLANTATION, FL 33318 | |
| 10925 | EQUIPMENT FINDERS INC, 2217 SOUTH FORBES RD, MONTGOMERY, AL 36110 | |
| 10925 | EQUIPMENT FINISHING MANIT, 3159 W. 36TH PLACE, CHICAGO, IL 60632 | |
| 10925 | EQUIPMENT SALES CO., PO BOX 951412, DALLAS, TX 75395-1412 | |
| 10925 | EQUIPMENT SERVICES CO., 351 W 162ND ST, SOUTH HOLLAND, IL 60473 | |
| 10924 | EQUIPMENT SUPPLY CO. (G.Y) LTD, KIRKLAND HOUSE, MAIN CROSS RD, GREAT YARMOUTH, NORFOLK, 0GBR | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | EQUIPTMENT & METER SERVICES INC, 1500 WEST ELIZABETH AVE., LINDEN, NJ 07038 | |
| 10925 | EQUIPTO, 4819 MAPLE AVE, DALLAS, TX 75219-1006 | |
| 10925 | EQUIPTO, PO BOX 911818, DALLAS, TX 75391-1818 | |
| 10925 | EQUIPTROL INC., 2400 WEST HASSELL ROAD, HOFFMAN ESTATES, IL 60195 | |
| 10925 | EQUIPTROL, INC, 2400 WEST HASSELL ROAD, HOFFMAN ESTATES, IL 60195 | |
| 10925 | EQUIS FINANCIAL GROUP, PO BOX 360178, PITTSBURGH, PA 15251-6178 | |
| 10925 | EQUIS FINANCIAL GROUP, POBOX 360178, PITTSBURGH, PA 15251-6178 | |
| 10925 | EQUISTAR CHEMICAL LS, PO BOX 3405, LAKE CHARLES, LA 70602 | |
| 10924 | EQUISTAR CHEMICAL, 625 EAST US HWY 36, TUSCOLA, IL 61953 | |
| 10924 | EQUISTAR CHEMICAL, OLD BLOOMINGTON HIGHWAY, VICTORIA, TX 77901 | |
| 10924 | EQUISTAR CHEMICAL, PO BOX 802, HOUSTON, TX 77001 | |
| 10925 | EQUISTAR CHEMICALS LP, PO BOX 10940, CORPUS CHRISTI, TX 78460 | |
| 10925 | EQUISTAR CHEMICALS LP, PO BOX 640885, PITTSBURGH, PA 15264-0885 | |
| 10924 | EQUISTAR CHEMICALS LP, PO BOX 802, HOUSTON, TX 77001-0802 | |
| 10925 | EQUISTAR CHEMICALS LP, POBOX 200163, HOUSTON, TX 77216-0163 | |
| 10925 | EQUISTAR CHEMICALS, 2718 COLLECTION CENTER DR, CHICAGO, IL 60693 | |
| 10924 | EQUISTAR CHEMICALS, 8805 N. TABLER ROAD, MORRIS, IL 60450-9988 | |
| 10924 | EQUISTAR CHEMICALS, GATE #1 - NPC WHSE, 1515 MILLER CUT-OFF ROAD, LA PORTE, TX 77571 | |
| 10924 | EQUISTAR CHEMICALS, HWY 30 WEST, 3400 ANAMOSA ROAD, CLINTON, IA 52732 | |
| 10924 | EQUISTAR CHEMICALS, HWY 73 WEST, PORT ARTHUR, TX 77640 | |
| 10924 | EQUISTAR CHEMICALS, LP, 3510 GULF STATES ROAD, BEAUMONT, TX 77701 | |
| 10924 | EQUISTAR CHEMICALS, LP, HOUSTON TX - OHC, PO BOX 802, HOUSTON, TX 77251-1264 | |
| 10924 | EQUISTAR CHEMICALS, LP, PO BOX 802, HOUSTON, TX 77001-0802 | |
| 10924 | EQUISTAR CHEMICALS, LP, TUSCOLA, IL PLANT, 625 E. US HIGHWAY 36, TUSCOLA, IL 61953 | |
| 10924 | EQUISTAR CHEMICALS, P.O. DRAWER D, DEER PARK, TX 77536-1900 | |
| 10924 | EQUISTAR CHEMICALS, PO BOX 802, HOUSTON, TX 77001-0802 | |
| 10925 | EQUISTAR CHEMICALS, PO BOX 802, HOUSTON, TX 77001-0802 | |
| 10924 | EQUISTAR CHEMICALS, PURCHASING DEPT, P.O. DRAWER D, DEER PARK, TX 77536-1900 | |
| 10924 | EQUISTAR CHEMICALS, TEXAS, 2 MI S OF FM2917 ON FM2004, ALVIN, TX 77511 | |
| 10924 | EQUITABLE BLDG., 10840 BALLANTYNE COMMONS PARKWAY, CHARLOTTE, NC 28226 | |
| 10924 | EQUITABLE BUILDING C/O SPRAY INS, 401 N. MICHIGAN AVE, CHICAGO, IL 60611 | |
| 10924 | EQUITABLE BUILDING, #10 S. BROADWAY, SAINT LOUIS, MO 63102 | |
| 10924 | EQUITABLE BUILDING, 1290 6TH STREET, NEW YORK, NY 10001 | |
| 10925 | EQUITABLE SERVICES INC., 354 EISENHOWER PKWY, SUITE 2800, LIVINGSTON, NJ 07039 | |
| 10924 | EQUITABLE TRUST BUILDING, 100 PEACHTREE STREET, ATLANTA, GA 30321 | |
| 10925 | EQUITY TECHNOLOGIES CORP, 2301 PERIMETER ROAD, MOBILE, AL 36615 | |
| 10924 | ER STONG, LEMON GROVE, CA 91945 | |
| 10925 | ERA AVIATION INC, PO BOX 102595, ANCHORAGE, AK 99510-2595 | |
| 10925 | ERA AVIATION, INC, PO BOX 6550, LAKE CHARLES, LA 70606 | |
| 10925 | ERACHEM COMILOG, 610 PITTMAN ROAD, BALTIMORE, MD 21226 | |
| 10924 | ERADER MILLS & SONS SEPTI, 8374 SAVAGE ROAD, SPRING HOPE, NC 27882 | |
| 10924 | ERADER MILLS & SONS SEPTIC, 8374 SAVAGE ROAD, SPRING HOPE, NC 27882 | |
| 10925 | ERAMO, CHRISTOPHER, 12 SUNNYVALE ST, BEVERLY, MA 01915 | |
| 10925 | ERANDES, MANUEL, 920 SOUTH Q ST # 1, ARLINGTON, VA 22204 | |
| 10925 | ERARIO, ANTHONY, 234 WEST 16TH ST, DEER PARK, NY 11729-5818 | |
| 10925 | ERASMO, LINDA MAY, 171 PALOMAR ST. #153, CHULA VISTA, CA 91911 | |
| 10924 | ERASMUS HIGH SCHOOL, BROOKLYN, NY 11200 | |
| 10925 | ERASO, LOURDES, 1315 REESLING DRIVE, MESQUITE, TX 75150 | |
| 10924 | ERAWAN HOTEL, C/O FRED HATHAWAY, INDIAN WELLS, CA 92210 | |
| 10925 | ERB, J, PO BOX 2372, LAKE OZARK, MO 65049-2372 | |
| 10925 | ERBE, PETREA, 1521 MONARD AVE, SEVERN, MD 21144 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    ERC WIPING PRODUCTS, 875 WASHINGTON ST, CANTON, MA 02021

10925    ERCOLE, GINA, 82 BROOKFIELD AVE, STATEN ISLAND, NY 10308

10924    ERD ENVIRONMENTAL, 6205 EASTERN ROAD, PIPERSVILLE, PA 18947

10924    ERD ENVIRONMENTAL, 6205 EASTON ROAD, PIPERSVILLE, PA 18947

10925    ERD WASTE CORP., PO BOX 29743, NEW YORK, NY 10087-9743

10925    ERDE, RICHARD, 554 FIRST ST, BROOKLYN, NY 11215

10925    ERDESKI, WALTER, 27 EAST ROAD, ADAMS, MA 01220-9721

10925    ERDMAN, ALLEN, 634 E BROAD ST, QUAKERTOWN, PA 18951

10925    ERDMAN, JANET, 2224 15TH AVE W., BRADENTON, FL 34205

10925    ERDMAN, WILLIAM, 9747 CORNELL TRACE RD, LOUISVILLE, KY 40241

10925    ERDMANN, BRADLEY, 1149 NINTH ST, GREEN BAY, WI 54304

10925    EREWA, ANTHONY, 3303 N. 25 1/2 ST., MCALLEN, TX 78503

10924    ERGENICS INC., 247 MARGARET KING AVENUE, RINGWOOD, NJ 07456

10925    ERGLE, KATHERINE, 1220 MADISON #11, MEMPHIS, TN 38104

10925    ERGON INC, PO BOX 1569, JACKSON, MS 39215-1569

10924    ERGON REFINING CO, PO BOX 309, VICKSBURG, MA 39181

10924    ERGON REFINING, WEST VIRGINIA STATE RT. 2, NEWELL, WV 26050

10925    ERGONETICS, LLC, 6900 WISCONSIN AVE., SUITE 200, CHEVY CHASE, MD 20815

10925    ERGONOMICS SOLUTIONS, 44 MARY ST, ARLINGTON, MA 02474

10925    ERHART JR, CHARLES H, 149 E 73RD ST, NEW YORK, NY 10021-3510

10925    ERHART, CHARLES, 149 EAST 73RD ST, NEW YORK, NY 10021-3555

10925    ERI SAFETY VIDEOS, 557 WHITFORD WAY, LEXINGTON, SC 29072

10925    ERIC F ANDERSON INC, POBOX 2076, SAN LEANDRO, CA 94577

10925    ERIC MACHINERY, 1915 SOUTH SANTA FE AVE, LOS ANGELES, CA 90021

10925    ERICHSON COMPANY, 3008 18TH ST., METAIRIE, LA 70002

10924    ERICKSON COSMETIC, PO BOX 152044, IRVING, TX 75015-2044

10924    ERICKSON COSMETICS, 1920 CLYBURN AVENUE, CHICAGO, IL 60614

10925    ERICKSON ERICKSON P A, 3301 DAVIS BLVD,, SUITE 301, NAPLES, FL 33942

10924    ERICKSON INDUSTRIAL PRODUCTS, 10465 SHADYTRAIL, DALLAS, TX 75220

10924    ERICKSON INDUSTRIAL PRODUCTS, PO BOX 540337, DALLAS, TX 75354

10925    ERICKSON JR, WALDEMAR, 1624 VALLEY DRIVE, VENICE, FL 34292

10924    ERICKSON MACHINE TOOLS, 409 MARKET STREET, STORY CITY, IA 50248

10925    ERICKSON TRANSPORT, PO BOX 10068, SPRINGFIELD, MO 65808-9971

10925    ERICKSON, AMY, 201 S. EMBREY DRIVE, CASSELBERRY, FL 32707

10925    ERICKSON, ARLENE, 13956 WEST FRONT ST, WILLISTON, ND 58801

10925    ERICKSON, CARL, 4265 WILL SCARLET DRIVE, TITUSVILLE, FL 32796

10925    ERICKSON, CAROL, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925    ERICKSON, CAROLEE D, CUST FOR LA VERNE S ERICKSON JR, UNIF GIFT MIN ACT UTAH, 505 14TH AVE, SALT LAKE CITY, UT 84103-3240

10925    ERICKSON, CHARLES P, 4760 TAMIAMI TRAIL N., SUITE 21, NAPLES, FL 34103

10925    ERICKSON, CLEO, BOX 4402, WILLISTON, ND 58801

10925    ERICKSON, EDWIN, 6 POSSUM LANE, PALMYRA, VA 22963

10925    ERICKSON, ELIZABETH, 430 GAULT WAY, SPARKS, NV 89431

10925    ERICKSON, ELWOOD, 13956 WEST FRONT ST LOT 25, WILLISTON, ND 58801

10925    ERICKSON, EUGENE, 1234 15 ST SW, WILLMAR, MN 56201

10925    ERICKSON, GAIL, 138 COLUMBIA HEIGHTS, BROOKLYN, NY 11201

10925    ERICKSON, JANAE, 316 CALIFORNIA AVE, 708, RENO, NV 89509

10925    ERICKSON, JANET, 1001 RIDGEWAY, 154, SAUSALITO, CA 94965

10925    ERICKSON, K, 521 N TYLER, LITTLE ROCK, AR 72205

10925    ERICKSON, KATHRYN, 127 COLBY DRIVE, MIDDLEBORO, MA 02346

10925    ERICKSON, MARGARET, 1001 NOTTINGHAM ST., ORLANDO, FL 32803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ERICKSON, MARK, 1544 1ST ST W, DICKINSON, ND 58601 | |
| 10925 | ERICKSON, NEVA, 316 GLASGOW, HENDERSON, NV 89015 | |
| 10925 | ERICKSON, ORDEAN, 1007 17TH ST. W, WILLISTON, ND 58801 | |
| 10925 | ERICKSON, RICHARD, 207 HARTFORD ST, WESTWOOD, MA 02090 | |
| 10925 | ERICKSON, SHARON, 12033 WOODINVILLE DRIVE, 13, BOTHELL, WA 98011 | |
| 10925 | ERICKSON, SHARON, 1734 S.W. 8TH DRIVE #187, POMPANO BEACH, FL 33060 | |
| 10925 | ERICKSON, STEPHEN, 4309 S LEIGHTON CIRCLE, WICHITA FALLS, TX 76309 | |
| 10925 | ERICKSON, TODD, PO BOX 1486, MEEKER,, CO 81641 | |
| 10924 | ERICO PRODUCTS INC., 34600 SOLON ROAD, CLEVELAND, OH 44139 | |
| 10924 | ERICO PRODUCTS, 34600 SOLON RD, CLEVELAND, OH 44139 | |
| 10925 | ERICSON, DENNIS, 2 PATHWOOD CT, MIDLAND, GA 31820 | |
| 10925 | ERICSON, MARK, 302 LATROBE DR, SIMPSONVILLE, SC 29681 | |
| 10925 | ERICSON, ROBERT C, 20 WESTWOODS, YARMOUTH PORT, MA 02675 | |
| 10925 | ERICSON, ROBERT, 20 WESTWOODS, YARMOUTH PORT, MA 02675 | |
| 10925 | ERICSON, ROBERT, 83 CHURCH ST., WINCHESTER, MA 01890-3334 | |
| 10925 | ERICSSON CORP, 100 PARK AVE SUITE 2705, NEW YORK, NY 10017 | |
| 10924 | ERIE CERAMIC ARTS COMPANY, 3120 WEST 22ND STREET, ERIE, PA 16506 | |
| 10924 | ERIE CERAMIC ARTS COMPANY, THE, 1005 WEST GRAND AVENUE, LIMA, OH 45801 | |
| 10924 | ERIE CERAMIC ARTS COMPANY, THE, 3120 WEST 22ND STREET, ERIE, PA 16505-0324 | |
| 10924 | ERIE COUNTY FAMILY COURT, 120 FRANKLIN STREET, BUFFALO, NY 14202 | |
| 10924 | ERIE HAVEN  (I-69) PLANT CLOSED, 5460 WEST 100 NORTH, ANGOLA, IN 46703 | |
| 10924 | ERIE HAVEN INC PLANT #1, 6300 ARDMORE AVE, FORT WAYNE, IN 46857 | |
| 10924 | ERIE HAVEN INC PLANT #2, 605 HARTCELL ROAD, NEW HAVEN, IN 46774 | |
| 10924 | ERIE HAVEN INC PLANT #3, INDUSTRIAL ROAD, FORT WAYNE, IN 46857 | |
| 10924 | ERIE HAVEN INC PLANT #4, 1204 S. UNION STREET, AUBURN, IN 46706 | |
| 10924 | ERIE HAVEN INC, P O BOX 11332, FORT WAYNE, IN 46857 | |
| 10924 | ERIE HAVEN INC, PLANT #5, DECATUR, IN 46733 | |
| 10924 | ERIE HAVEN INC., 6300 ARDMORE AVE, FORT WAYNE, IN 46857 | |
| 10925 | ERIE HAVEN, 24360 EAST RIVER ROAD UNIT 27, GROSSE ILE, MI 48138 | |
| 10925 | ERIE MATERIALS INC., PO BOX 476, SYRACUSE, NY 13211 | |
| 10924 | ERIE MATERIALS, 33 PHELPS STREET, BINGHAMTON, NY 13903 | |
| 10924 | ERIE MATERIALS, 48 PHILO ROAD WEST, ELMIRA HEIGHTS, NY 14903 | |
| 10924 | ERIE MATERIALS, 500 FACTORY AVENUE, SYRACUSE, NY 13211 | |
| 10924 | ERIE MATERIALS, 700 N. SOUTH ROAD, SCRANTON, PA 18504 | |
| 10924 | ERIE MATERIALS, PO BOX476, SYRACUSE, NY 13211 | |
| 10924 | ERIE MATERIALS, ROUTE 5 & 20 WEST, AUBURN, NY 13021 | |
| 10925 | ERIE MILL PRESS CO, INC, 953 EAST 12TH ST, ERIE, PA 16512 | |
| 10924 | ERIE PLASTICS, 1 PLASTICS ROAD, CORRY, PA 16407 | |
| 10924 | ERIE VIEW TOWERS, 32ND FLOOR, 1301 EAST 9TH STREET, CLEVELAND, OH 44114 | |
| 10925 | ERIE, GARRY, 1126 ABBE HILLS RD., MT VERNON, IA 52314 | |
| 10924 | ERIEVIEW TOWERS, 1301 EAST 9TH STREET, CLEVELAND, OH 44114 | |
| 10925 | ERIEZ MAGNETICS, 1107 SOUTH MANNHEIM ROAD, WESTCHESTER, IL 60154 | |
| 10925 | ERIEZ MAGNETICS, 2200 ASBURY ROAD, ERIE, PA 16514 | |
| 10925 | ERIEZ MAGNETICS, 227 NW CENTRAL AVE, AMITE, LA 70422 | |
| 10925 | ERIEZ MAGNETICS, C/O ARMAC INC, 2200 ASHBURY ROAD, ERIE, PA 16506 | |
| 10925 | ERIEZ MANUFACTURING CO, POBOX 641890, PITTSBURGH, PA 15264-1890 | |
| 10925 | ERIEZ MANUFACTURING CO., PO BOX 641890, PITTSBURGH, PA 15264-1890 | |
| 10925 | ERIEZ MANUFACTURING COMPANY, 2200 ASBURY ROAD, ERIE, PA 16506 | |
| 10925 | ERIEZ MANUFACTURING COMPANY, 4720 W 23RD ST, ERIE, PA 16514 | |
| 10925 | ERIEZ MANUFACTURING, PO BOX 641890, PITTSBURGH, PA 15264-1890 | |
| 10925 | ERIEZ MANUFACTURING, PO BOX 936, BEL AIR, MD 21015 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　ERIEZ/FACET EQUIPMENT GROUP, PO BOX 371701M, PITTSBURGH, PA 15251

10925　ERIKERUVWE, CYNTHIA, 10456 LOCKYER #D, DALLAS, TX 75238

10925　ERIKSON, ERIK, 3900 OMEARA DRIVE, HOUSTON, TX 77025

10925　ERIKSON, HAZEL, 5007 DANTES VIEW DR, AGOURA, CA 91301

10925　ERIKSON, LYNNE, 35 NEWTOWN TPKE, WESTON, CT 06883

10925　ERIKSON, PATRICIA, 8016 MISSION, SAN DIEGO, CA 92120

10925　ERISA INDUSTRY COMMITTEE, 1400 L ST NW SUITE 350, WASHINGTON, DC 20005-3509

10925　ERISMAN, RON, PO BOX 1002, CRAIG, CO 81626

10925　ERISMAN, VICKIE, RT. 4, BOX 26, ENNIS, TX 75119

10925　ERKEL, ELAINE, 1404 BROOKSIDE DR, SAN LEANDRO, CA 94577

10925　ERLANDSON, ROBERT, 8929 BURLINGTON AVE #GWEST, BRROKFIELD, IL 60513

10925　ERLANDSON, WILLIAM, 30 VIRGINIA ROAD, ARLINGTON, MA 02174

10925　ERLENBUSH, RALPH, 709 NAVE B, WASHINGTON, IA 52353

10925　ERLER, BEVERLEY, 30803 GOSSELL ROAD, WAUCONDA, IL 60084

10925　ERLEWOOD BARDEN, 1397 HAYNE RD, MEMPHIS, TN 38119-5922

10925　ERLIECH, IRVING, 415 MARSHALL RD, NORTHBROOK, IL 60062

10925　ERLIN HIME ASSOCIATES, PO BOX 71801, CHICAGO, IL 60694

10925　ERM GROUP INC, THE, 855 SPRINGDALE DR, EXTON, PA 19341

10925　ERNA S BRAEN & PETER J, CAMMARANO TR UW, JOHN A BRAEN, SPOUSE S PART TRUST, 29
　　　　FRANCISCO AVE, LITTLE FALLS, NJ 07424-2316

10925　ERNEST A LINDSTROM &, ERIC LINDSTROM TR UA 10 30 72, ADRIAN H DAVID TRUST, 7600
　　　　PARKLAWN AVE STE 444, MINNEAPOLIS, MN 55435-5130

10925　ERNEST JR, MICHAEL, 2014 ROCKWELL AVE, CATONSVILLE, MD 21228

10925　ERNEST PAPER PRODUCTS INC., 2727 E. VERNON, LOS ANGELES, CA 90058

10925　ERNEST T. ROSSIELLO & ASSOCIATES, 300 W. WASHINGTON ST, SUITE 1004, CHICAGO, IL 60606-
　　　　2001

10925　ERNEST, MICHAEL, 2014 ROCKWELL AVE., BALTIMORE, MD 21228

10925　ERNEST, MICHAEL, 4799 WENTZ ROAD, MANCHESTER, MD 21102

10925　ERNEST, MICHAEL, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925　ERNEST, SYBIL, 474 MAIN ST, STERLING, CT 06377

10925　ERNESTO, MEDINA, 4131 CONWAY AVE, CHARLOTTE, NC 28209

10925　ERNIE DAVIS & SONS MECHANICAL INC, 1518 EAST ELEVENTH ST, OWENSBORO, KY 42303

10925　ERNIE SOEHL SNOW PLOWING, POBOX 162, LAYTON, NJ 07851

10925　ERNSBERGER, ELIZABETH, 660 FORMOSA AVE, BARTOW, FL 33830

10925　ERNSBERGER, TERRY, 9325 REYNOLDS ROAD, BELLEVUE, MI 49021

10925　ERNST & YOUNG LLP, 1225 CONNECTICUT AVE NW, WASHINGTON, DC 20036

10925　ERNST & YOUNG LLP, 600 PEACHTREE ST, ATLANTA, GA 30308-2215

10925　ERNST & YOUNG LLP, PO BOX 101617, ATLANTA, GA 30392-1617

10925　ERNST & YOUNG LLP, PO BOX 35191, NEWARK, NJ 07193-5191

10925　ERNST & YOUNG LLP, POBOX 828135, PHILADELPHIA, PA 19182-8135

10925　ERNST & YOUNG PRODUCT SALES LLC, 1559 SUPERIOR AVE, CLEVELAND, OH 44114

10925　ERNST & YOUNG SP. Z O.O., UL. WSPOLNA 62, WARSZAWA, 00-684POLAND　　　　*VIA Deutsche Post*

10925　ERNST & YOUNG, 2001 ROSS AVE, DALLAS, TX 75201

10925　ERNST & YOUNG, 787 SEVENTH AVE-22ND FL, NEW YORK, NY 10019

10925　ERNST & YOUNG, LLP, BOX 5980, 5980, NEW YORK, NY 10087-5980

10925　ERNST & YOUNG, LLP, DEPT 5980, NEW YORK, NY 10087-5980

10925　ERNST & YOUNG, PO BOX 91251, CHICAGO, IL 60693

10925　ERNST AND YOUNG LLP, PO BOX 751, ISELIN, NJ 08830-0471

10924　ERNST CONCRETE & SUPPLY, 20060 SIBLEY ROAD, WYANDOTTE, MI 48192

10924　ERNST CONCRETE & SUPPLY, 23055 GROESBECK HWY, WARREN, MI 48089

10924　ERNST CONCRETE & SUPPLY, 29001 MICHIGAN AVE, INKSTER, MI 48141

10924　ERNST CONCRETE KENTUCKY, LLC, 1910 GILTNER LANE, CLARKSVILLE, IN 47130

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  ERNST CONCRETE KENTUCKY, LLC., 5800 HAUNZ LANE, LOUISVILLE, KY 40222

10924  ERNST CONCRETE KENTUCKY, LLC., HIGHWAY 146, PENDLETON, KY 40055

10924  ERNST ENTERPRISES - COBB, 960 OLD NELSON ROAD, BALL GROUND, GA 30107

10925  ERNST ENTERPRISES INC, BOX 13577, DAYTON, OH 45413

10924  ERNST ENTERPRISES, 200 NEW SALEM CHURCH RD., JEFFERSON, GA 30549

10924  ERNST ENTERPRISES, 540 SEABOARD IND DR., LAWRENCEVILLE, GA 30245

10924  ERNST ENTERPRISES, ATTN:  ACCOUNTS PAYABLE, LAWRENCEVILLE, GA 30245

10924  ERNST ENTERPRISES, HWY 124, LITHONIA, GA 30058

10925  ERNST ENTERPRISES, INC, PO BOX 809, LAWRENCEVILLE, GA 30046

10924  ERNST ENTERPRISES, INC., 291 STEVENSON MILL ROAD, WALTON, KY 41094

10924  ERNST ENTERPRISES, INC., 3361 SUCCESSFUL WAY, DAYTON, OH 45413

10924  ERNST ENTERPRISES, INC., 4710 SOLDIERS HOME ROAD, WEST CARROLLTON, OH 45449

10924  ERNST ENTERPRISES, P.O. BOX 13577, DAYTON, OH 45413

10924  ERNST ENTERPRISES, P.O. BOX 809, LAWRENCEVILLE, GA 30245

10925  ERNST GAGE COMPANY, 250 S LIVINGSTON AVE, LIVINGSTON, NJ 07039

10924  ERNST INTERPRISES, INC, 5390 STATE ROAD 121, RICHMOND, IN 47374

10924  ERNST OF COBB COUNTY, 1475 BIG SHANTY RD, KENNESAW, GA 30144

10924  ERNST OF COBB COUNTY, ATTN:  ACCOUNTS PAYABLE, LAWRENCEVILLE, GA 30246

10924  ERNST OF COBB COUNTY, PO BOX1506, LAWRENCEVILLE, GA 30246

10925  ERNST, DONNA, 5421 VAN BUREN RD, DELRAY BEACH, FL 33484

10925  ERNST, ELEANOR, 7015 POLK ST, GUTTENBURG, NJ 07093

10925  ERNST, JAIME A, CUST FOR JAIME F ERNST, UNIF GIFT MIN ACT ILL, 826 14TH ST, PERU, IL 61354-1810

10925  ERNST, KAREN, 608 ASHETON WAY, SIMPSONVILLE, SC 29681

10925  ERNST, PATRICIA, 427 SUDBURY ROAD, LINTHICUM, MD 21090

10925  ERNST, ROBIN, 608 ASHETON WAY, SIMPSONVILLE, SC 29681

10925  ERNST, ROSE, 66 HIGHWOOD TERRACE, WEEHAWKEN, NJ 07087-6835

10925  ERNST, WILLIAM, 1291 GAYLORD ST, F, DENVER, CO 80206

10925  ERNSTBERGER, JOYCE, 1620 COLESBURY PLACE, JESSUP, MD 20794

10925  ERNY, MARK, PO BOX 685, LAROSE, LA 70373

10924  ERNY'S FERTILIZER SERVICE, PO BOX 452, WALTON, IN 46994

10924  ERNY'S FERTILIZER SERVICE, U S ROUTE 35 SOUTH, WALTON, IN 46994

10925  EROOM TECHNOLOGY, INC, PO BOX 83024, WOBURN, MA 01813-3024

10925  ERPELDING, MARLENE, 3294 GREENWAY DR, WESTMINSTER, MD 21157

10925  ERRA, BARRY, 17544 NW 63RD COURT, MIAMI, FL 33015

10925  ERRANDS, ETC, PO BOX 2301, SULPHUR, LA 70664-2301

10925  ERRAS DAVIS, ANNE, C/O MRS ERRAS DAVIS LUKE, 6000 TOPKE PL NE APT 226, ALBUQUERQUE, NM 87109-2686

10925  ERRERA, ROBERT, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925  ERRINGTON, ALISON, 164 QUAIL HAVEN DRIVE, EASLEY, SC 29642

10924  ERS ENTERPRISES/LLC, 1100 E. WASHINGTON, FREELAND, MI 48623

10925  ERSA, PO BOX 4850, WINTER PARK, FL 32793

10925  ERSCHNIG, SUSAN, 1337 S. 113TH ST, MILWAUKEE, WI 53214

10924  ERSCO **DO NOT USE**, DO NOT USE, SOUTHFIELD, MI 48034

10924  ERSCO CORP., **TO BE DELETED**, MISHAWAKA, IN 46544

10924  ERSCO CORP., 1124 SOUTH MERRIFIELD, MISHAWAKA, IN 46544

10924  ERSCO CORP., 2240 HARPER ROAD, COLUMBUS, OH 43204

10924  ERSCO CORP., 2739 BURLINGAME S.W., WYOMING, MI 49509

10924  ERSCO CORP., 3698 RENNIE SCHOOL ROAD, TRAVERSE CITY, MI 49684

10924  ERSCO CORP., ATTN:  ACCOUNTS PAYABLE, SOUTHFIELD, MI 48037

10924  ERSCO CORP., P.O. BOX 195, SOUTHFIELD, MI 48037

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ERSCO CORP., WEST 8 MILE ROAD*DO NOT USE*, SOUTHFIELD, MI 48037

10924   ERSCO, 1124 S. MERRIFIELD, MISHAWAKA, IN 46544

10924   ERSCO, 1124 SO. MERRIFIELD, MISHAWAKA, IN 46544

10924   ERSCO, 2739 BURLINGAME SW, WYOMING, MI 49509

10924   ERSCO, 6666 BAY RD, SAGINAW, MI 48604

10924   ERSCO, 6666 BAY ROAD, SAGINAW, MI 48604

10924   ERSKINE JOHNS, 4118B PLACE N.W., AUBURN, WA 98001

10924   ERSKINE JOHNS, CAMBRIDGE, MA 02140

10925   ERSKINE JTWRS JT TEN, HUGH D & DIANNE E, 2408 DAPPLEGRAY LANE, WALNUT CREEK, CA 94596-6626

10925   ERSKINE MCMAHON, 426 NORTH CENTER ST, PO BOX 3485, LONGVIEW, TX 75606

10925   ERS-NASS, 341 VICTORY DR, HERNDON, VA 22070

10925   ERTEL, RAYMOND, 164 TONSET ROAD, ORLEANS, MA 02653

10925   ERVIEN, ROBERT, PO BOX 922, SNOWFLAKE, AZ 85937

10925   ERVIN A ROHLFSEN &, ADELINE M ROHLFSEN JT TEN, 23895 W AVE, ELDORA, IA 50627-8176

10925   ERVIN CHAVANA, PO BOX 2585, HOUSTON, TX 77252-2585

10925   ERVIN LEASING COMPANY, DEPT 77228, POBOX 77000, DETROIT, MI 48277-0228

10925   ERVIN LEASING COMPANY, PO BOX 1689, ANN ARBOR, MI 48106-1689

10925   ERVIN N. OERTEL, 1401 HIGHLAND RD., STILLWATER, MN 55082

10925   ERVIN THIEME SUCCESSOR TRUSTEE, BOX 187, NEW HAVEN, IN 46774-0187

10925   ERVIN, AMY, 202 WALNUT ST, JACKSON, TN 38301

10925   ERVIN, APRIL, 18307 WASHBURN, DETROIT, MI 48221

10925   ERVIN, CARLA, 207 PEACH ST, MONROE, LA 71202

10925   ERVIN, DARLENE, 8226 SOUTH WOLCOTT, CHICAGO, IL 60620

10925   ERVIN, HELEN, POB 73, HOMER, GA 30547

10925   ERVIN, HUGH, 4508 TAYLORSVILLE HW, STATESVILLE, NC 28625

10925   ERVIN, J, 3923 CRESTRIDGE DR., CHARLOTTE, NC 28210

10925   ERVIN, LOUISE, 615 ASCOT DRIVE, FLORENCE, SC 29501

10925   ERVIN, MARIE, RT 5, BOX 435, COMMERCE, GA 30529

10925   ERVIN, MICHAEL, ROUTE 3 BOX 117, COMMERCE, GA 30529

10925   ERVIN, S, 615 ASCOT DR, FLORENCE, SC 29501

10925   ERVIN, SUSAN, 561 WRIGHTS MILL RD, COMMERCE, GA 30530

10925   ERVOLINO, ALEXANDER, 7 STAR LANE, 1, GLEN COVE, NY 11542-9998

10925   ERWIN F SCHMITT, 6B BAYBERRY LANE, WHITING, NJ 08759-1721

10925   ERWIN P BRODERSEN, 3477 WILSON AVE, OAKLAND, CA 94602-2924

10925   ERWIN S BOAL &, DENISE A BOAL JT TEN, 24 VALLEY VIEW TERRACE, MOORESTOWN, NJ 08057-2616

10925   ERWIN, BETILU, RT 4 BOX 224, DECATUR, TN 37322

10925   ERWIN, CUTHBERT, 16811 BOULDGREEN, HOUSTON, TX 77084

10925   ERWIN, CYNTHIA, 440 EASTMAN LANE, PETALUMA, CA 94952

10925   ERWIN, IMOGENE, 7575 KATY FREEWAY, #124, HOUSTON, TX 77024-2100

10925   ERWIN, JEAN D, PO BOX 695, JOPLIN, MO 64802

10925   ERWIN, LARRY, 756 MAIN ST., BOYLSTON, MA 01505

10925   ERWIN, RICHARD, 2707 RIDGE PINE DR., KINGWOOD, TX 77345

10925   ERWIN, STEPHEN, 3100 N CALDERA BLVD, MIDLAND, TX 79705

10925   ES EXECUTIVE STRATEGIES, 1101 KING ST, ALEXANDRIA, VA 22314

10924   ES& M/MERIT CONTRACTING INC, 1426 DELBERTS DR., MONONGAHELA, PA 15063

10924   ES/ENVIRONMENTAL PROGRAMS DIVISION, SUITE 320, 9601 RIDGEHAVEN CT., SAN DIEGO, CA 92123

10925   ESA LABORATORIES INC, 22 ALPHA ROAD, CHELMSFORD, MA 01824

10925   ESA LABORATORIES, INC, 22 ALPHA ROAD, CHELMSFORD, MA 01824

10925   ESAKOV, JANICE, 714 LAKEWINDS BLVD., INMAN, SC 29349

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ESAKOV, MICHAEL, 714 LAKEWINDS BLVD, INMAN, SC 29349 | |
| 10924 | ESAN PRECAST INC, ATTN: ACCOUNTS PAYABLE, VEGA BAJA, PR 694PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ESCA TECHNOLOGY INC, 3863 RODMAN ST NW, WASHINGTON, DC 20016 | |
| 10925 | ESCA WTT, 22 EXPORT DR, OAK GROVE, VA 22170 | |
| 10925 | ESCALA, SANDRA, 34502 VIA VERDE, CAPISTRANO BEACH, CA 92624 | |
| 10925 | ESCALADA, JOHANNA, 1181 WILLIAMS ST., HERCULES, CA 94547 | |
| 10924 | ESCALANTE COMMUNITY CENTER, TEMPE, AZ 85282 | |
| 10925 | ESCALANTE JR., JUAN, PO BOX 492, MERIDIAN, TX 76665 | |
| 10925 | ESCALANTE, DELORES, 3516 WILLING, FORT WORTH, TX 76110 | |
| 10925 | ESCALANTE, JULISSA, 1808 PEABODY, FALLS CHURCH, VA 22043 | |
| 10925 | ESCALANTE, TEMPIE, 5301 SPRINGLAKE, HALTOM CITY, TX 76117 | |
| 10925 | ESCALANTE, VIRGILIO, 2224 F AVE #107, NATIONAL CITY, CA 91950 | |
| 10925 | ESCALANTE, XAVIER, 10501 INGLEWOOD AVE., INGLEWOOD, CA 90304 | |
| 10925 | ESCAMILLA JR, SYLVERIO, 1014 CALIFORNIA TR, GRAND PRAIRIE, TX 75052 | |
| 10925 | ESCAMILLA, EDDIE, 318 BEACH AVE, CALEXICO, CA 92231 | |
| 10925 | ESCAMILLA, MICHELLE, 2912 SOUTH BIVINS, AMARILLO, TX 79103 | |
| 10925 | ESCAMILLA, PATRICIA, 9108 W.UNIVERSITY, ODESSA, TX 79764 | |
| 10924 | ESCAST INC., 21 N CHURCH STREET, ADDISON, IL 60101 | |
| 10925 | ESCHENBACH, HARRY, 12 COUGAR RUN, HILTON HEAD ISLAND, SC 29926-1952 | |
| 10925 | ESCHETE, BILLY, 130 OAK ST, MONTEGUT, LA 70377 | |
| 10925 | ESCHETE, JR, RALEIGH, PO BOX 8772, MANDEVILLE, LA 70470 | |
| 10925 | ESCHETE, MONIQUE, 400 DARBY LN. # 150, NEW IBERIA, LA 70560 | |
| 10925 | ESCHWEILER, JAMES, 2842 N. FREDERICK, MILWAUKEE, WI 53211 | |
| 10924 | ESCO, 1221 BARNEY AVENUE, MUSKEGON, MI 49443 | |
| 10924 | ESCO, 2650 MARKET STREET, ASTON, PA 19014 | |
| 10925 | ESCO, 450 W GAY ST, WEST CHESTER, PA 19380 | |
| 10924 | ESCO, PO BOX 448, MUSKEGON, MI 49443 | |
| 10924 | ESCOBAR & WILLIAMS, 783 NUTTAL OAK CT, SUNNYVALE, CA 94086 | |
| 10925 | ESCOBAR, ANNALISA, 1201 INDIGO PL, OXNARD, CA 93030 | |
| 10925 | ESCOBAR, JOSE, PO BOX 1531, JUNCOS, PR 00777 | |
| 10925 | ESCOBAR, JUAN, PO BOX 1633, READING, PA 19603 | |
| 10925 | ESCOBAR, MARIA, 703 MUIRWOOD DR., OCEANSIDE, CA 92057 | |
| 10925 | ESCOBAR, MICHELLE, 550 STAFFORD RUN APT #302, STAFFORD, TX 77477 | |
| 10925 | ESCOBAR, PRISCILLA, 102 RIVERS EDGE DRIVE, MIDDLEBOROR, MA 02346 | |
| 10925 | ESCOBAR, RAMON, 8507-D CEDAR LN., NEW OLLEANS, LA 70127 | |
| 10925 | ESCOBAR, RICARDO, PO BOX 551, BEN BOLT, TX 78342-0551 | |
| 10925 | ESCOBAR, RICHARD, 3 MCNABB CIRCLE, WICHITA FALLS, TX 76306 | |
| 10925 | ESCOBAR, RONALD, PO BOX 523, BEN BOLT, TX 78342 | |
| 10925 | ESCOBAR, VICTOR, 1425 KENTUCKY AVE., WOODBRIDGE, VA 22191 | |
| 10925 | ESCOBEDO, EUGENE, 1109 ALMA, WICHITA FALLS, TX 76301 | |
| 10925 | ESCOBEDO, FRANCISCO, 2205 BERYL, FORT WORTH, TX 76111 | |
| 10925 | ESCOBEDO, MARIA, PO BOX 934, CHANNELVIEW, TX 77530 | |
| 10924 | ESCONDIDO BUILDING MATERIALS, INC., 2045 VINEYARD AVE., ESCONDIDO, CA 92029 | |
| 10925 | ESCOTO, JEANETTE, 900 W SIERRA MADRE BLVD. #35, AZUSA, CA 91702 | |
| 10925 | ESCOTO, TERESITA, 12311 MEADOW RIDGE, STAFFORD, TX 77477 | |
| 10925 | ESCOUBAS, MELINDA, 4839 SNAPJACK CIRCLE, NAPERVILLE, IL 60564 | |
| 10925 | ESCURO, EDNA, 533 KELLER AVE, FLORAL PARK, NY 11003 | |
| 10924 | ESE, INC., 404 SW 140TH TERRACE, NEWBERRY, FL 32669 | |
| 10924 | ESE, INC., PO BOX 1703, GAINESVILLE, FL 32602-1703 | |
| 10924 | ESE, INC., PO BOX 173, GAINESVILLE, FL 32602-1703 | |
| 10924 | ESGARD CORPORATION, 515 DEBONNAIRE ROAD, SCOTT, LA 70583 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ESGARD CORPORATION, PO BOX 2698, LAFAYETTE, LA 70502 | |
| 10925 | ESGUERRA, PERLA, 8502 CANTERBURY DR, ANNANDALE, VA 22003 | |
| 10925 | ESHBACH, THOMAS, 10 WAGON WHEEL COURT, GLEN ARM, MD 21057 | |
| 10925 | ESHELMAN, JAMES, 1197 S. BEECH DR., 107, LAKEWOOD, CO 80228 | |
| 10925 | ESI CORPORATION, 15 PHOENIXVILLE PIKE, MALVERN, PA 19355 | |
| 10924 | ESI OF TAMPA, PO BOX 151657, TAMPA, FL 33614 | |
| 10924 | ESKEW ENTERPRISES, 1447 NORTH HARDING STREET, INDIANAPOLIS, IN 46202 | |
| 10925 | ESKEW, LEWIS, RT. 1 BOX 205EE, FOUNTAIN INN, SC 29644 | |
| 10925 | ESKEW, MARVIN, 3038 MILLER ACADEMY ROAD, BREMEN, GA 30110-9413 | |
| 10925 | ESKO AALTONEN ESKON OY, FINNOONNIITTY 3,02270, ESPOO, 02270FINLAND | *VIA Deutsche Post* |
| 10925 | ESKO AALTONEN ESKON OY, FINNOONNITTY 3, ESPOO, 02270FINLAND | *VIA Deutsche Post* |
| 10925 | ESKRIDGE, LARRY, PO BOX K, HAYDEN, CO 81639 | |
| 10925 | ESLER, JENNIFER, 1805 SE 2ND ST, BLUE SPRINGS, MO 64015 | |
| 10925 | ESLICK, GERTEEN, 860 BRIDGER CIRCLE, CRAIG, CO 81625 | |
| 10924 | ESLINGER CONSTRUCTION, 211 CAPITOL, KINSLEY, KS 67547 | |
| 10924 | ESLINGER CONSTRUCTION, 547 TH STREET, ASHLAND, KS 67831 | |
| 10924 | ESLINGER CONSTRUCTION, RR 1, BOX 56, KINSLEY, KS 67547-9779 | |
| 10925 | ESLINGER, CRYSTAL, 3216 N MARGATE, CHANDLER, AZ 85224 | |
| 10925 | ESMAEILY, ALI, 31E 21ST ST, NEW YORK, NY 10010 | |
| 10925 | ESMI OF NH, 67 INTERNATIONAL DR, LOUDON, NH 03307 | |
| 10924 | ESMIR EXPORTING COMPANY, 952 DORCHESTER DRIVE, NOBLESVILLE, IN 46060 | |
| 10924 | ESMIR, INC., 131 HIGHLAND CREST, NORTH YORK, ON M2L 1H2TORONTO | *VIA Deutsche Post* |
| 10925 | ESPARSEN, TOMAS, 526 KIVA, HOBBS, NM 88240 | |
| 10925 | ESPARZA, ANTONIO, 4710 WEST 141 ST, HAWTHORNE, CA 90250 | |
| 10925 | ESPARZA, ESTELA, 3523 N. PECAN, FORT WORTH, TX 76106 | |
| 10925 | ESPARZA, GRACIELA, 209 MURCIA DRIVE, LAREDO, TX 78043 | |
| 10925 | ESPARZA, HECTOR, 2131 JEAN MARIE WAY, PERRIS, CA 92571 | |
| 10925 | ESPARZA, JUAN, 8237 S. FLORES, SAN ANTONIO, TX 78221 | |
| 10925 | ESPARZA, KARLA, 2828 GLENWOOD PLACE APT D, SOUTH GATE, CA 90280 | |
| 10925 | ESPARZA, KARLA, 7237 E GAGE ST, LOS ANGELES, CA 90040 | |
| 10925 | ESPARZA, MONICA, 3116 PIERCE AVE., EL PASO, TX 79930 | |
| 10924 | ESPARZA/CAL STATE LA, C/O WESTWOOD BLDG. MTLS., LOS ANGELES, CA 90001 | |
| 10924 | ESPECIALIDASES QUIMICAS, 50070 TOLUCA, EDO., GRACE DE MEXICO S.A.DE C., MEXICO, 99999MEXICO | *VIA Deutsche Post* |
| 10925 | ESPELETA, GLENN, 2117 TRAFALGAR DR., FORT WASHINGTON, MD 20744 | |
| 10925 | ESPENSHADE, MARLIN, 9708 RIVERSIDE CIR, ELLICOTT CITY, MD 21042 | |
| 10925 | ESPENSHIP, SUSAN, 222 BROLLEY WOODS, WOODSTOCK, GA 30188 | |
| 10925 | ESPERANZA, ALDAZ, 855 DENNIS DRIVE, FOREST PARK, GA 30050 | |
| 10925 | ESPEY, CHARDRECK, 1358 N. CLIFF VAL.D4, ATLANTA, GA 30329 | |
| 10925 | ESPI, 1050 BENSON WAY, ASHLAND, OR 97520 | |
| 10925 | ESPINA, MARGARET, 49 VANHOUTEN PL, BELLEVILLE, NJ 07109 | |
| 10925 | ESPINAL, JUAN, 111-12 41ST AVE, CORONA, NY 11368-2622 | |
| 10925 | ESPINAL, LUIS, 5420 LYONS ROAD APT 103, COCONUT CREEK, FL 33063 | |
| 10925 | ESPINAL, LUIS, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | ESPINAL, MARIA, 6135 WILLSTON DR 101, FALLS CHURCH, VA 22044 | |
| 10925 | ESPINAS, NORMAN, 2501 NOLANA G-1, MCALLEN, TX 78504 | |
| 10925 | ESPINELL, RAMONA, 16925 NEW HAMPSHIRE, GARDENA, CA 90247 | |
| 10925 | ESPING, JENNIFER, 280 GALESBURG DRIVE, LAWRENCEVILLE, GA 30244 | |
| 10925 | ESPING, PATRICIA, 1706 P ST NW, WASHINGTON, DC 20036 | |
| 10925 | ESPINO, ROMMEL, 13305 BURKITTS RD, FAIRFAX, VA 22033 | |
| 10925 | ESPINO, ROWELA, 21337 FLATWOOD PL, STERLING, VA 20164 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ESPINOSA, ANDRES, 11420 SW 5 ST G-4, MIAMI, FL 33174 | |
| 10925 | ESPINOSA, ANGEL, 10141 S W 102 AVE, MIAMI, FL 33176 | |
| 10925 | ESPINOSA, BARBARA A, 2502 S GARNSEY ST, SANTA ANA, CA 92707 | |
| 10925 | ESPINOSA, BARBARA, 1022 N. EVONDA ST., SANTA ANA, CA 92703 | |
| 10925 | ESPINOSA, CARLOS, 8635 SOMERSET BLVD, PARAMOUNT, CA 90723 | |
| 10925 | ESPINOSA, RAUL, 4351 ALABAMA ST, SAN DIEGO, CA 92104 | |
| 10925 | ESPINOZA, DALIA, 2812 VERMONT, MCALLEN, TX 78503 | |
| 10925 | ESPINOZA, EVELYN, 26235 WAYNE ST, ARLINGTON, VA 22206 | |
| 10925 | ESPINOZA, F. RENE, 1750 N. 17TH COURT, HOLLYWOOD, FL 33020 | |
| 10925 | ESPINOZA, FERNANDO, 1306 E. 18TH ST., NATIONAL CITY, CA 91950 | |
| 10925 | ESPINOZA, GEORGINA, 802 ENCANTO TERRACE, CALEXICO, CA 92231 | |
| 10925 | ESPINOZA, JESUS, 422 E PECAN, MIDLAND, TX 79705 | |
| 10925 | ESPINOZA, KIMBERLY, PINE COVE APT 7A, GAINESVILLE, GA 30501 | |
| 10925 | ESPINOZA, LETICIA, RR 10 BOX E 140, MISSION, TX 78572 | |
| 10925 | ESPINOZA, MARIO, 2213 NYSSA ST., MCALLEN, TX 78501 | |
| 10925 | ESPINOZA, NICOLAS, 1815 ELIZABETH, WICHITA FALLS, TX 76301 | |
| 10925 | ESPINOZA, NILO A., 1630 JEFFERSON ST., HOLLYWOOD, FL 33020 | |
| 10925 | ESPINOZA, REBECCA Z, 1912 OAKLAND, MCALLEN, TX 78501 | |
| 10925 | ESPION ELECTRONICAS SA, 15 RIVERDALE AVE, NEWTON, MA 02158 | |
| 10925 | ESPION ELECTRONICAS SA, APARTADO 105-6150, SANTA ANA, 0COSTA RICA | *VIA Deutsche Post* |
| 10925 | ESPIRITUSANTO, HEMOGENES, 95 VAN WAGENER, #3B, JERSEY CITY, NJ 07306 | |
| 10925 | ESPITIA, AMAIZA, 316A 70TH ST, GUTTENBURG, NJ 07093 | |
| 10924 | ESPLANADE @ BEAR CREEK, OLD TRENTON RD AND, EAST VILLAGE RD, WINDSOR, NJ 08561 | |
| 10924 | ESPLENDA II, 2001 BUTTERFIELD ROAD, DOWNERS GROVE, IL 60515 | |
| 10924 | ESPLENDA II, CPU - TRANSHIELD, 1555 HAWTHORNE LANE, WEST CHICAGO, IL 60185 | |
| 10924 | ESPN, BUILDING 3, BRISTOL, CT 06010 | |
| 10925 | ESPO, 855 MIDWAY DR, WILLOWBROOK, IL 60521 | |
| 10925 | ESPOSITO, DANA, 9906 FERNDALE AVE, COLUMBIA, MD 21046 | |
| 10925 | ESPOSITO, JAMIE, 538 ROYCE STRRT, B, PENSACOLA, FL 32503 | |
| 10925 | ESPOSITO, MARGARET, 6 AVIS CT, BLAUVELT, NY 10913 | |
| 10925 | ESPOSITO, RALPH, 632 COLUMBINE, LISLE, IL 60532 | |
| 10924 | ESPRESSA FOODS LLC, 1440 KENTUCKY AVENUE, SAINT LOUIS, MO 63110 | |
| 10924 | ESPRESSA FOODS LLC, SUITE 2500, 5249 LINDELL BLVD, SAINT LOUIS, MO 63108 | |
| 10925 | ESPY, ROBIN, 3420 ANDREWS CT #202, LAUREL, MD 20724 | |
| 10925 | ESQ STAFFING GROUP LTD, THE, ONE SOUTH WACKER DR SUITE 1616, CHICAGO, IL 60606-4616 | |
| 10925 | ESQUEDA, NOHEMI, 1508 LIPSCOMB, FT WORTH, TX 76104 | |
| 10925 | ESQUEDA, VIRGINIA, 405 RANCHO ARROYO PW, FREMONT, CA 94536 | |
| 10925 | ESQUIBEL, CONNIE, 34850 SKYLARK DRIVE, UNION CITY, CA 94587 | |
| 10925 | ESQUIBEL, MATTHEW, 7501 CENTRAL NW, ALBUQUERQUE, NM 87121 | |
| 10925 | ESQUIBEL, SIEGLINDE, 908 LITTLE BEAR COVE, CONYERS, GA 30207 | |
| 10925 | ESQUIBEL, TENNA, 609 W COLEMAN, IOWA PARK, TX 76367 | |
| 10925 | ESQUIVEL, EDNA, 2337 ARBOR COURT, ORLANDO, FL 32817 | |
| 10925 | ESQUIVEL, RAQUEL, 10473 REMICK AVE, PACOIMA, CA 91331 | |
| 10925 | ESQUIVEL, TED, 4710-A BRADFORD DR., DALLAS, TX 75219 | |
| 10925 | ESQUIVIAS, RICARDO, 2618 BROADRICK WAY, SAN DIEGO, CA 92139 | |
| 10925 | ESSCO CALIBRATION LAB, 14 ALPHA ST, CHELMSFORD, MA 01824-4102 | |
| 10925 | ESSCO CALIBRATION LABORATORY, 14 ALPHA ROAD, CHELMSFORD, MA 01824 | |
| 10925 | ESSCO CALIBRATION LABRATORY, DEPT AR, 14 ALPHA ROAD, CHELMSFORD, MA 01824-4102 | |
| 10924 | ESSCO,LLC, 1445 BROOKVILLE, INDIANAPOLIS, IN 46239 | |
| 10925 | ESSELBURN, MARVIN, 150 MEADOWVIEW DRIVE, BOILING SPRGS, SC 29316 | |
| 10925 | ESSENBURG, JOHANNA, 154-A PROVIDENCE WAY, JAMESBURG, NJ 08831-1517 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 ESSENTIAL INDUSTRIES, 15 SALVADORE DR., FERNLEY, NV 89408

10925 ESSENTIAL JANITORIAL SERVICE, 2902 TROY PLACE, FORESTVILLE, MD 20747

10925 ESSENTIAL JANITORIAL SERVICES, 2902 TROY PLACE, BELTSVILLE, MD 20705

10925 ESSENTIAL JANITORIAL SERVICES, 2902 TROY PLAZA, FORRESTVILLE, MD, MD 20774

10925 ESSENTIAL SEALING PRODUCTS INC, 326 MELTON RD, BURNS HARBOR, IN 46304

10925 ESSENTIAL SEALING PRODUCTS, 326 MELTON RD, BURNS HARBOR, IN 46304

10925 ESSENTIAL SEMINARS INC, 297-101 KINDERKAMACK ROAD, ORADELL, NJ 07649

10925 ESSENTIAL SEMINARS INC, 660 KINDERKAMACK ROAD #205, ORADELL, NJ 07649

10925 ESSERY, MARION, ROUTE 3 BOX 257, SNYDER, TX 79549-9549

10924 ESSEX COMMUNITY COLLEGE, ADMINISTRATIVE BUILDING "A", 7201 ROSSVILLE BOULEVARD, BALTIMORE, MD 21237

10924 ESSEX CONC CORP., 627 AIRPORT ROAD, TAPPAHANNOCK, VA 22560

10924 ESSEX CONCRETE CORP., 2391 LANIER ROAD, ROCKVILLE, VA 23146

10924 ESSEX CONCRETE CORP., P O BOX 127, TAPPAHANNOCK, VA 22560

10924 ESSEX CONCRETE CORP., RT 360, AYLETT, VA 23009

10924 ESSEX CONCRETE CORPORATIO, P.O.BOX 127, TAPPAHANNOCK, VA 22560

10924 ESSEX CONCRETE PROD, RT 153, ESSEX, CT 06426

10924 ESSEX CONCRETE PROD., RT 153, ESSEX, CT 06426

10924 ESSEX CONCRETE, RT 200, WHITE STONE, VA 22578

10924 ESSEX COUNTY COLLEGE, NEWARK, NJ 07100

10925 ESSEX COUNTY PROBATION DEPT, PO BOX 232, NEWARK, NJ 07101-0000

10925 ESSEX COUNTY PROBATION DEPT., PO BOX 232, NEWARK, NJ 07101-0000

10924 ESSEX COUNTY YOUTH DETENTION CENTER, 80 DURYEA, NEWARK, NJ 07100

10925 ESSEX ELECTRIC SUPPLY CO INC, 762 WESTERN AVE, LYNN, MA 01905

10924 ESSEX EXPORTS, INC., 550 S.W. 12TH AVENUE, DEERFIELD BEACH, FL 33442

10925 ESSEX GROUP INC, PO BOX 71264, CHICAGO, IL 60694-1264

10925 ESSEX HOUSE, 160 CENTRAL PARK SOUTH, NEW YORK, NY 10019

10925 ESSEX HOUSE, THE, 160 CENTRAL PARK SOUTH, NEW YORK, NY 10019

10924 ESSEX PLAZA, SHIP TO WAREHOUSE, 11204 HOPSON RD, ASHLAND, VA 23005

10924 ESSEX VALLEY HEALTH CARE, CENTRAL AVE & ST AGNES LANE, EAST ORANGE, NJ 07017

10925 ESSEX, DEBORAH, 13875 LAKESHORE DR, OLATHE, KS 66061

10925 ESSEX, H, 1019 N 5TH ST, BEATRICE, NE 68310

10925 ESSEX, WENDY, 814 BOESEL AVE, MANVILLE, NJ 08835

10925 ESSIG, ANN, 2256 RIVER RUN TRACE, COLUMBUS, OH 43235

10925 ESSIG, AUDREY, 433 CORONET, BLANDON, PA 19510-9648

10925 ESSIG, GRACE, 251 HAAS ROAD, HAMBURG, PA 19526

10925 ESSIG, SUSAN L, 11608 E 15TH ST APTK, INDEPENDENCE MO, MO 64052

10925 ESSINGER SULLIVAN INC, 36 GLEN AVE, NEWTON, MA 02459

10925 ESSLINGER, ALFRED, 32 CHURCH ST, WATERLOO, NY 13165-1423

10925 ESSMAN, KEITH, PO BOX 343, WISTER, OK 74966

10924 ESSO S.A. PETROLERA ARGENTINA, P.O. BOX 2812, HOUSTON, 09999ARG          **\*VIA Deutsche Post\***

10924 ESSO SINGAPORE PRIVATE LIMITED, REF:, PO BOX 3292, HOUSTON, TX 77253-3292

10925 ESSON, GEORGE, 12025 FRANKLIN ST, OMAHA, NE 68154

10924 ESSROC CEMENT, POLAND AVENUE, BESSEMER, PA 16112

10924 ESSROC MATERALS INC, RURAL ROUTE 5 BOX 85, MELBOURNE, KY 41059

10924 ESSROC MATERIALS INC, 3251 BAG PIPE, NAZARETH, PA 18064

10924 ESSROC MATERIALS INC, RT 248 EASTON RD, NAZARETH, PA 18064

10924 ESSROC MATERIALS INC, STATE ROAD 25 SOUTH, LOGANSPORT, IN 46947

10924 ESSROC MATERIALS INC., STATE ROAD 25 SOUTH, LOGANSPORT, IN 46947

10924 ESSROC MATERIALS, 401WEST PROSPECT STREET, NAZARETH, PA 18064

10924 ESSROC MATERIALS, 4120 BUCKEYSTOWN PIKE, FREDERICK, MD 21701

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | ESSROC MATERIALS, ACCOUNTS PAYABLE, RTE 248 & EASTON ROAD, NAZARETH, PA 18064 | |
| 10924 | ESSROC MATERIALS, FOOT OF LANGSTAFF ST., ESSEXVILLE, MI 48732 | |
| 10924 | ESSROC MATERIALS, HIGHWAY 31, SPEED, IN 47172 | |
| 10924 | ESSROC MATERIALS, P. O. BOX D, FREDERICK, MD 21702 | |
| 10924 | ESSROC MATERIALS, P.O. BOX 80, ESSEXVILLE, MI 48732 | |
| 10924 | ESSROC MATERIALS, PO BOX 609, BUCKEYSTOWN, MD 21717-0609 | |
| 10924 | ESSROC MATERIALS, PO BOX80, ESSEXVILLE, MI 48732 | |
| 10924 | ESSROC SAN JUAN, CARR NUM 2, KM.26.7 BO ESPINOSA, DORADO, IT UNK | *VIA Deutsche Post* |
| 10924 | ESSROC SAN JUAN, PO BOX366698, SAN JUAN, PR 00936-6698PUERTO RICO | *VIA Deutsche Post* |
| 10924 | ESSROC, PO BOX779, BESSEMER, PA 16112 | |
| 10925 | ESSROC, ROUTE 2 HWY 25 SOUTH, LOGANSPORT, IN 46947 | |
| 10925 | EST OF FLORENCE M CADOGAN, 114 NO FEDERAL HWY # 200, BOYNTON BEACH, FL 33435 | |
| 10925 | EST OF WILLIAM T MADDOX, 312 S MAIN ST, NEW CASTLE, KY 40050 | |
| 10925 | ESTABAN SOSA AND RICARDA TAPIA, NOLAN & HYNES, PO BOX 704, WOODBRIDGE, NJ 07095 | |
| 10925 | ESTABILLO, GLORIA, 5109 FRANCIS ST, OCEANSIDE, CA 92056 | |
| 10925 | ESTABILLO, SARAH, 4233 LA TIERA DR, OCEANSIDE, CA 92056 | |
| 10924 | ESTAD PRODUCTS INC., 800 S. GILBERT, DANVILLE, IL 61832 | |
| 10925 | ESTADO LIBRE ASOCIADO DE PR, DE MUNICIPALES, AL APARTADO 2359, TOA BAJA, PR 00951PUERTO RICO | *VIA Deutsche Post* |
| 10925 | ESTANISLAO, TERESITA, 1553 MESA BROOK ST., SAN DIEGO, CA 92114 | |
| 10925 | ESTATE OF AMY S. KLEIN, 6567 VIA BENITA, BOCA RATON, FL 33433 | |
| 10925 | ESTATE OF CATHERINE KIRKPATRICK, C/O WILLIE MAE HARMON CPA, PO BOX 491, RIPLEY, TN 38063-0491 | |
| 10925 | ESTATE OF DONALD JAMES, THE, 105 PLEASANT ST, PLAINVILLE, MA 02762 | |
| 10925 | ESTATE OF GEO S SNYDER INC, 1700 COWPATH ROAD - SNYDER SQUARE, HATFIELD, PA 19440-3168 | |
| 10925 | ESTATE OF JOSEPH T DOWNEY, C/O JOEL DONNEY, 1022 MILTON AVE, PITTSBURGH, PA 15218-1229 | |
| 10925 | ESTATE OF LOUELLA SCHWARTS, 2536 SUNSET BLVD., BAR NUNN, WY 82601 | |
| 10925 | ESTATE OF PALMA MUSUMECI, A. JOHN FALCIANI ESQ., 35 S BROAD, PO BOX 379, WOODBURY, NJ 08096 | |
| 10925 | ESTATE OF RANDALL STRANGE, THE, 1125 WASHINGTON AVE, MIAMI BEACH, FL 33139 | |
| 10925 | ESTAY, ENRIQUETA, 2767 SANTA ANA DRIVE, RENO, NV 89502 | |
| 10925 | ESTEBO, ELAINE, 6001 MOON ST NE, ALBUQUERQUE, NM 87111 | |
| 10925 | ESTEL, MICHAEL, 802 SPRING ST, GRAFTON, WI 53024 | |
| 10925 | ESTELITA JAVINEZ, 69 32 112TH ST, FLUSHING, NY 11375-3945 | |
| 10925 | ESTELLA MCGRATH, 14383 MONTROSE, DETROIT, MI 48227-2150 | |
| 10925 | ESTELLE HEALEY, 1280 RT 28, SOMERVILLE, NJ 08876-3343 | |
| 10925 | ESTELLE ZAREF, C/O R KNEBEL, 378 SHEA DR, NEW MILFORD, NJ 07646-1033 | |
| 10925 | ESTELLE, ALYSIA, 2841 34TH ST W, BRANDENTON, FL 34210 | |
| 10925 | ESTEPP, LARRY, BOX 396, SIMPSONVILLE, SC 29681 | |
| 10925 | ESTEPP, POLLY, PO BOX 396, SIMPSONVILLE, SC 29681 | |
| 10925 | ESTER SCUTARO, 2 LUNDY LANE, LARCHMONT, NY 10538-2528 | |
| 10925 | ESTER, ROBYN, 1092 HONEYBEE TRAIL, FORTMILL, SC 29715 | |
| 10925 | ESTERLY, LORRAINE, 800 HAUSMAN RD APT 186, ALLENTOWN, PA 18104 | |
| 10925 | ESTERRIPA, ALFONSO, 4219 SW 137TH PLACE, MIAMI, FL 33175 | |
| 10925 | ESTERRIPA, DORIS, 4219 S.W. 137 PLACE, MIAMI, FL 33175 | |
| 10925 | ESTES EXPRESS LINES, PO BOX 25612, RICHMOND, VA 23260-5612 | |
| 10925 | ESTES EXPRESS LINES, POBOX 25612, RICHMOND, VA 23260-5612 | |
| 10925 | ESTES HEATING AND AIR CONDITIONING, PO BOX 16548, ATLANTA, GA 30321-0548 | |
| 10924 | ESTES INSULATION CO, 1045 MAPLE AVE., YUMA, AZ 85364 | |
| 10924 | ESTES INSULATION CO., CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ESTES INSULATION, 1045 MAPLE AVE., YUMA, AZ 85364

10925    ESTES JR., DAVID, 6060 FAIRMONT PKWY # 9104, PASADENA, TX 77505

10925    ESTES, CHARLES, 810 FINLEY LANE, CRAIG, CO 81625

10925    ESTES, CHARLOTTE, WETUMPKA GARDENS #12, WETUMPKA, AL 36092

10925    ESTES, EARL, 1930 HOLLAND AVE, BRONX, NY 10462

10925    ESTES, GENE, PO BOX 1904, BRIDGEVIEW, IL 60455

10925    ESTES, JACQUELINE, 108 WOODWAY DR, GREER, SC 29651

10925    ESTES, JENNIFER, 6033 DUCKEYS RUN, ELKRIDGE, MD 21075

10925    ESTES, JOHNNY, 2330 HWY 92, ENOREE, SC 29335

10925    ESTES, KEITH, 2120 MYRTLE SPRINGS RD, WESTLAKE, LA 70669

10925    ESTES, MAE, 536 WENTWORTH DRIVE, MAULDIN, SC 29662

10925    ESTES, MARTHA, 202 RIVERSIDE DRIVE, OWENSBORO, KY 42301-1381

10925    ESTES, MICHAEL, PO BOX 158, BLUE MOUNTAIN, MS 38610

10925    ESTES, MILFORD, PO BOX 451, ALTOONA, AL 35952-0451

10925    ESTES, PAMELA, 14612 TRIADELPHIA MILL ROAD, DAYTON, MD 21036

10925    ESTES, PAMELA, PO BOX 175, SOLDOTNA, AK 99669

10925    ESTES, PAUL, 3485 BROOKSHIRE, FLORISSANT, MO 63033

10925    ESTES, ROBERT, PO BOX 1 9141 SACIA DR, MACEO, KY 42355

10925    ESTES, SHERRI, 315 GREENLEAF ST # B, JACKSONVILLE, AL 36265

10925    ESTES, STACEY, 3213-F QUAILS LK VL, NORCROSS, GA 30093

10925    ESTES, THOMAS, 605 N MAPLE ST, SIMPSONVILLE, SC 29681

10925    ESTES, WILLIAM, 8787 LOCUST SP. 61, FONTANA, CA 92335-9998

10925    ESTEVAN, ARTURO, 316 W. ARBOR VITAE, INGLEWOOD, CA 90301

10925    ESTEVEZ, ROBERT, 29 DESERRE AVE, STATEN ISLAND, NY 10312-2513

10925    ESTHER A COLLINS, 12039 FOWLERS MILL RD, CHARDON, OH 44024-9399

10925    ESTHER ARLENE HENSIEK, 205 E DELAWARE, CASEY, IL 62420-1516

10925    ESTHER LEE EISENBERG, 2251 EDGERTON RD, CLEVELAND, OH 44118-3045

10925    ESTHER LIGHT & NATALIE C LIGHT, JT TEN, 2941 SO W 87TH AVE, DAVIE, FL 33328-6665

10925    ESTHER M DILLON, 215 S W 1ST AVE, HALLANDALE, FL 33009-5410

10925    ESTHER M KRUSE, RFD, NORBORNE, MO 64688

10925    ESTHER MOSS TR UA DEC 9 92, THE MOSS FAMILY TRUST, 10580 WILSHIRE BLVD 10 NE, LOS
         ANGELES, CA 90024-4500

10925    ESTHER PEARL ESTELLA, 4 BECK RD, ARLINGTON, MA 02174-4240

10925    ESTHER V BULLOCKK, 420 S ST, GENEVA, IL 60134-2659

10925    ESTHER WILSON, 907 PALMER AVE APT A2, MAMARONECK, NY 10543-2411

10925    ESTHER WYNNE, 29500 HEATHERCLIFF ROAD 263, MALIBU, CA 90265-6263

10924    ESTHERVILLE READY MIX, HIGHWAY 4 SOUTH, ESTHERVILLE, IA 51334

10924    ESTHERVILLE READY MIX, P.O. BOX 343, ESTHERVILLE, IA 51334

10925    ESTIE L VARNER &, RICHARD E VARNER JT TEN, 521 KEVIN LANE, GRAYSLAKE, IL 60030-1569

10925    ESTILETTE, SR, ROBERT, 6711 FREEMAN RD. - LOT #5, NEW IBERIA, LA 70560

10925    ESTILL R DERRICK, PO BOX 127, NEWARK, OH 43058

10925    ESTO PHOTOGRAPHICS INC, 222 VALLEY PLACE, MAMARONECK, NY 10543

10925    ESTOK, JOHN, 2947 WESTERN HILL LN, ELON COLLEGE, NC 27244

10925    ESTOLE, MAGDALENA, 12927 SW 151 LANE, MIAMI, FL 33186

10925    ESTONIAN AMERICAN FUND, THE, 4 NOYES CT., SILVER SPRING, MD 20910

10925    ESTRADA, ANTHONY, 901 S. 18TH, CHICKASHA, OK 73018

10925    ESTRADA, ARNOLD, 13324 MONTAGUE ST, ARELTA, CA 91311

10925    ESTRADA, CARL, 164 A ST, BRAWLEY, CA 92227

10925    ESTRADA, CESAR, PO BOX 11461, EL PASO, TX 79982

10925    ESTRADA, EDWARD, RT 2 BOX 65, SAN JUAN, TX 78589

10925    ESTRADA, ELOISA, 1029 FOLEY AVE, 101, IOWA PARK, TX 76367

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ESTRADA, FRANK, 1817 PATRICIA AVE. #104, SIMI VALLEY, CA 93065-3455 | |
| 10925 | ESTRADA, GLORIA E, 524 W CANON PERDIDO 57, SANTA BARBARA, CA 93101-4460 | |
| 10925 | ESTRADA, RICHARD, 4872 S. 14TH ST, MILWAUKEE, WI 53221 | |
| 10925 | ESTRADA, ROSA, 707 BLACKSTONE, ODESSA, TX 79763 | |
| 10925 | ESTRADA-CHACON, LOLA, PO BOX 309-C METRO 15, GUATEMALA CITY, GUATEMALA | *VIA Deutsche Post* |
| 10925 | ESTRELLA MOUNTAIN COMMUNITY, 3000 NORTH DYSART ROAD, LITCHFIELD PARK, AZ 85340 | |
| 10925 | ESTRELLA, GEORGE, 4315 ESMOND DR., 2001, ODESSA, TX 79762 | |
| 10925 | ESTREMERA-MENDEZ, LUIS, BOX 5741, CAGUAS, PR 00726 | |
| 10925 | ESTUDIO CARDENAS, VIA PRINCIPAL #110 PISO #12, SAN ISIDRO LIMA, PERU | *VIA Deutsche Post* |
| 10925 | ESVANG, JAMES, 404 CRESCENT LANDE, THIENSVILLE, WI 53092 | |
| 10925 | E-SYSTEMS INC, 1501 72ND ST NORTH, SAINT PETERSBURG, FL 33710 | |
| 10925 | E-SYSTEMS INC, E C I DIVISION, SAINT PETERSBURG, FL 33733 | |
| 10925 | ESZTERGALYOS, DEBRA, 606 WHISPER VIEW, GRANBURY, TX 76049 | |
| 10925 | ET GROUP LTD, C/O LOIS ELAINE TAFFER, GENERAL PARTNER, 2302 SOUTHBAY CIRCLE, ROWLETT, TX 75088-5530 | |
| 10924 | ET SYSTEMS, 55-55 58TH ST., MASPETH, NY 11378 | |
| 10925 | ET TECHNOLOGIES INC, 6030 WEST CALIFORNIA AVE, SALT LAKE CITY, UT 84104 | |
| 10925 | ET TECHNOLOGIES,INC, 3100 CALIFORNIA AVE #D, SALT LAKE CITY, UT 84104-4605 | |
| 10925 | ETA INC, 3650 N NEVADA AVE, COLORADO SPRINGS, CO 80907 | |
| 10925 | ETANA, SHEWAKENAW, PO BOX 7385, READING, PA 19603 | |
| 10925 | ETC W/CAREERTRACK, 3085 CENTER GREEN DR., BOULDER, CO 80301 | |
| 10925 | ETC W/CAREERTRACK, PO BOX 18778, BOULDER, CO 80308-1778 | |
| 10925 | ETC, INC, 31 TRIANGLE PARK DRIVE, CINCINNATI, OH 45246 | |
| 10925 | ETCHESON, KIMBERLY, 1055 S POLAR AVE, KANKAKEE, IL 60901 | |
| 10925 | ETCHISON, CAROL, PO BOX 185, ELM SPRINGS, AR 72728 | |
| 10925 | ETEC TESTING LABORATORIES INC, 4150 W PIONEER AVE SUITE A, LAS VEGAS, NV 89102 | |
| 10925 | ETHEART, MARIE, 31 TOBIN CT APT 570, ROXBURY, MA 02120 | |
| 10925 | ETHEL BRINKER, 10700 ABBEY RD, N ROYALTON, OH 44133-2534 | |
| 10925 | ETHEL I NOVAK, PARKWOOD VILLAGE, GATE HOUSE APT 23, CLIFTON PK, NY 12065 | |
| 10925 | ETHEL KELLEY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | ETHEL L FARVER, 4736 WOODBINE RD, SYKESVILLE, MD 21784-9337 | |
| 10925 | ETHEL M COMP, 2672 NW 124 AVE, CORAL SPRINGS, FL 33065 | |
| 10925 | ETHEL M MAC CABEE, 127 GORDON RD, VALLEY STREAM, NY 11581-3401 | |
| 10925 | ETHEL STERRETT PRINGLE, C/O JAMES PRINGLE EXEC, BOX 1332, VINEYARD HAVEN, MA 02568-1332 | |
| 10925 | ETHEL TONER, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | ETHEREDGE, KENNETH, 307 CIRCLE SLOPE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | ETHEREDGE, MICHAEL, 2502 ALEXANDER LN #712, PEARLAND, TX 77581 | |
| 10925 | ETHERIDGE, SHARON, 2812 JOY RD, AUGUSTA, GA 30909 | |
| 10925 | ETHERTON, CHARLES, 217 WEST POLK ST, AUBURNDALE, FL 33823 | |
| 10924 | ETHICHEM CORPORATION, 1 ADAMSON STREET, EASTON, PA 18042 | |
| 10924 | ETHICHEM CORPORATION, 123 MADISON STREET, BOONTON, NJ 07005 | |
| 10924 | ETHICON, 10700 MCKINLEY ROAD, CINCINNATI, OH 45242 | |
| 10924 | ETHICON, 4545  CREEK ROAD, BLUE ASH, OH 45242 | |
| 10925 | ETHIKOS, PO BOX 31, MAMARONECK, NY 10543 | |
| 10925 | ETHINGTON, REED, 1004 COUNTRY CLUB DR, MARSHALL, MN 56258 | |
| 10925 | ETHOX CHEMICALS,INC, PO BOX 5094 STA B, GREENVILLE, SC 29606 | |
| 10925 | ETHYL CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | ETHYL PETROLEUM ADDITIVES, INC., 101 WEST BYRD STREET, RICHMOND, VA 23219 | |
| 10924 | ETHYL PETROLEUM ADDITIVES, INC., PO BOX2189, RICHMOND, VA 23218-2189 | |
| 10924 | ETHYL WALKER SCHOOL, 230 BUSHY HILL ROAD, SIMSBURY, CT 06070 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　ETI EXCEPTIONAL TEMPS, INC, PO BOX 140099, ORLANDO, FL 32889-0341

10925　ETI SYSTEMS, 2251 LAS PALMAS DR, CARLSBAD, CA 92009

10925　ETIENNE, CARL, 3225 COMO LAKE RD, DENTON, TX 76210

10925　ETIENNE, CARMEL, 10250 NW 24TH ST, SUNRISE, FL 33327

10925　ETOWAH CHEMICAL SALES & SERVICE, PO BOX 4416, GADSDEN, AL 35904-0416

10925　ETOWAH CHEMICAL, SALES & SERVICE, 1300R CARTER ST, CHATTANOOGA, TN 37406

10924　ETOWAH HIGH SCHOOL, 75 TO  575 NORTH, WOODSTOCK, GA 30188

10925　ETR ASSOCIATES, INC, PO BOX 311064, CAPITAL HEIGHTS, MD 20731-1064

10925　ETRIS, DENISE, 8121 NEEDWOOD RD, DERWOOD, MD 20855

10925　ETRIS, GLADYS, RT 2 BOX 66, MAYSVILLE, GA 30558

10925　ETS LABORATORIES, 899 ADAMS ST, SAINT HELENA, CA 94574

10924　ETS SCHAEFER CORPORATION, 8050 HIGHLAND POINTE PARKWAY, MACEDONIA, OH 44056

10925　ETT ENVIRONMENTAL INC, POBOX 16414, GREENVILLE, SC 29606-7414

10925　ETTA L FIORE, 28 RUSSELL ST, BROOKLYN, NY 11222-5008

10925　ETTCO, 1087 NEWMAN AVE, SEEKONK, MA 02771

10925　ETTER, BARBARA, 14115 LILLIAN CIRCLE, OMAHA, NE 68138-3209

10925　ETTERLEE, PAUL, 225 FIRESIDE WAY, FAIRBURN, GA 30213

10925　ETTERSOHN, ARDEN LILLIAN, C/O ARDEN ETTERSOHN BECK, 6718 SPRINGDALE RD, CINCINNATI, OH 45247-3374

10925　ETTINGER, ANNE, 8630 CARACAS AVE, ORLANDO, FL 32828

10925　ETUE, LAWRENCE, 6800 CASWELL, BAKERSFIELD, CA 93309

10925　ETUK, SANDRA, 403 BERGEN ST, LAWRENCEVILLE, NJ 08648

10925　ETZLER, BETTY, 5505 CYNTHIA DR SW, ROANOKE, VA 24018

10925　ETZWILER, WAVA, 8064 ST 514, BIG PRAIRIE, OH 44611

10925　EUBANK, JOYCE, 1307 SWEET WILLOW DR, MIDLOTHIAN, VA 23113

10924　EUBANKS ELECTRICAL SUPPLY, 701 SOUTH MAIN ST., CORBIN, KY 40702

10924　EUBANKS ELECTRICAL SUPPLY, PO BOX 2504, CORBIN, KY 40702

10925　EUBANKS INSULATION, 4360 HWY 20 N, CONYERS, GA 30207

10925　EUBANKS INSULATION, 4360 HWY. 20 N., CONYERS, GA 30207

10925　EUBANKS, ALETIA, 220 BILL PEARSON ROAD, WOODRUFF, SC 29388

10925　EUBANKS, AUDREY, 10239 E RTE 1-17, MOMENCE, IL 60954-9525

10925　EUBANKS, EARNEST, 3208 29TH ST, LUBBOCK, TX 79410

10925　EUBANKS, EDWARD, ROUTE 1, BOX 194, WARRENVILLE, SC 29851

10925　EUBANKS, H, 203 SPANIEL DR, CONCORD, NC 28025

10925　EUBANKS, H. EDWARD, 355 SOUTH UNION ST, CONCORD, NC 28025

10925　EUBANKS, JAMES, 3817 N. 3RD ST, MILWAUKEE, WI 53212

10925　EUBANKS, KELLEY, 78 AMSDEN ST, ARLINGTON, MA 02474

10925　EUBANKS, MARILYN, 204 EDGEWOOD ST, LYMAN, SC 29365-0027

10925　EUBANKS, RICHARD, 217 HOWLANDVILLE RD, WARRENVILLE, SC 29851

10925　EUBANKS, ROSELLA, RT 5 BOX 5607, PEARLAND, TX 77584

10925　EUBANKS, SANDRA, 117 ANDRE DRIVE, WELLFORD, SC 29385

10925　EUBANKS, SHERLYNN R, 4069 PROFESSIONAL DR, HOPE MILLS NC, NC 28348

10925　EUCLID CHEMICAL CO, THE, 19218 REDWOOD ROAD, CLEVELAND, OH 44110

10925　EUDA, 1275 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004-2404

10925　EUDA, PO BOX 14467, WASHINGTON, DC 22044-4467

10925　EUDY, JOE, 204 LOONEYBROOK DR, FOUNTAIN INN, SC 29644

10925　EUDY, JOEL, 111 LOONEY BROOK DR, FOUNTAIN INN, SC 29644

10925　EUDY, MARK, 116 FORREST DR, FOUNTAIN INN, SC 29644

10925　EUDY, STEVEN, 204 LOONEYBROOK DR, FOUNTAIN INN, SC 29644

10925　EUELL, RUBIE, 2434 ROAD 22, SOUTH, BALLANTINE, MT 59006

10925　EUGENE A REILLY, 3 WEST ST, WALPOLE, MA 02081

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EUGENE A. KRAY, 109 VINITA WAY, LOUDON, TN 37774

10925   EUGENE B RALSTON ASSOC, 2913 SW MAUPIN LANE, TOPEKA, KS 66614-4139

10925   EUGENE DELLA MAGGIORE, 2255 LUCRETIA AVE, SAN JOSE, CA 95122-3322

10925   EUGENE DIAZ &, HILDEGARD A DIAZ JT TEN, 406 SKYLARK BLVD, SATELLITE BEACH, FL 32937-3727

10925   EUGENE E KEMP & LINDA L KEMP JT TEN, 43 SOUTH ST, NORTH ADAMS, MA 01247-4078

10925   EUGENE E OWENS, 4513 RAVENWOOD DR, GRAND BLANC, MI 48439-2419

10925   EUGENE E REINIGER TR, UA 01 30 97, FBO EUGENE E REINIGER, 318 W WASHINGTON, CASEYVILLE, IL 62232-1419

10925   EUGENE ERNST PRODUCTS CO., 116 MAIN ST. PO BOX 427, FARMINGDALE, NJ 07727

10925   EUGENE FREIBERGER &, ELVIRA P FREIBERGER JT TEN, 414 CLAIBORNE COURT, JEFFERSON, LA 70121-3615

10925   EUGENE G FREESE &, CAROL ANN FREESE JT TEN, 901 SPRUCE ST, ATLANTIC, IA 50022-2122

10925   EUGENE GARFINKLE, 44 MONTGOMERY ST SUITE 3585, SAN FRANCISCO, CA 94104-4808

10925   EUGENE H BOLING, 12309 DECATUR RD, FORT WAYNE, IN 46816-9769

10925   EUGENE H LEONHARDT &, MARJORIE H LEONHARDT JT TEN, 8005 142ND AVE NW, RAMSEY, MN 55303-7274

10925   EUGENE H PLATT & KATE PLATT, JT TEN, 1030 SW 97TH AVE, MIAMI, FL 33174-2936

10925   EUGENE H RIECK &, MARGIE RIECK JT TEN, 805 MARY, ELKHORN, NE 68022-1422

10925   EUGENE J CLARK, 222 EAST 93 ST APT 24F, NEW YORK, NY 10128-3758

10925   EUGENE J SOBIE &, JACKIE LEE SOBIE JT TEN, 8079 FARLEY, PINCKNEY, MI 48169-9155

10925   EUGENE J. MIZERA, 6050 W 51 ST., CHICAGO, IL 60638

10925   EUGENE KATZ, 418 BRIGHTON COURT, TYLER, TX 75701-9548

10925   EUGENE L PARLATO, 628 S CLOVER AVE, SAN JOSE, CA 95128-3316

10925   EUGENE L PERRINE, 10 INDEPENDENCE SQUARE, BLOOMINGTON, IL 61704-4636

10925   EUGENE L SALATA, 2632 PRESCOTT DR, MISHAWAKA, IN 46544-6157

10925   EUGENE M KOMISAROW, 2170 HWY 212 N, COVINGTON, GA 30016-6068

10925   EUGENE MAURICE SEIDEL & NANCY, THE, 4109 STONEHAVEN LN SE, OLYMPIA, WA 98501

10925   EUGENE O BRIEN &, SUSAN O BRIEN JT TEN, 472 OLD COUNTY RC RFD MASON, BROOKLINE, NH 03033

10925   EUGENE P KITZMILLER, 8664 WARNER DR S E, SALEM, OR 97301-9046

10925   EUGENE P MCGUINNESS, 9 FESSENDEN RD, ARLINGTON, MA 02174-6023

10925   EUGENE R KELLY &, ESTHER N KELLY JT TEN, BOX 331, LOHRVILLE, IA 51453-0331

10925   EUGENE R PAL, 7 WEST 70TH ST, KANSAS CITY, MO 64113-2504

10925   EUGENE S DARKOWSKI &, GEORGIA Y DARKOWSKI, JT TEN, 3110 NORTHVIEW ST, PITTSBURGH, PA 15203-2553

10924   EUGENE SAND & GRAVEL, 3000 N DELTA HWY, EUGENE, OR 97408

10924   EUGENE SAND & GRAVEL, ACCOUNTS PAYABLE, EUGENE, OR 97440

10925   EUGENE SCHEIDE, 7183 WASHINGTON AVE, ST LOUIS, MO 63130-4313

10925   EUGENE ST PETERS, 1004 NO STATE ST, JERSEYVILLE, IL 62052-0000

10925   EUGENE V SITZMANN, 2182 EDGCUMBE RD, ST PAUL, MN 55116-2475

10925   EUGENE WILLIAM DAVIS, PO BOX 64, TIPP CITY, OH 45371-0064

10925   EUGENIA J KOSTOPULOS &, THEODORE KOSTOPULOS JT TEN, 9 AINSWORTH PL, LYNN, MA 01905-2014

10925   EUGENIA L FOREST, 2006 ROMA WAY, BOYNTON BEACH, FL 33426-6506

10925   EUGENIA WALD, 729 MAXWELL DR, EAST MEADOW, NY 11554-4803

10925   EULER, RONALD, 1912 SUFFOLK ROAD, FINKSBURG, MD 21048-0000

10925   EULIAN, FAYE, 3953 CHARLESTON, HOUSTON, TX 77021

10924   EULL CONCRETE PRODUCTS, INC., 5836 LARGE AVENUE, ALBERTVILLE, MN 55301

10925   EUMEISTER, ROBERT, 7703 MORRIS ROAD, HAMILTON, OH 45011

10924   EUN DO MEDICAL INC, CPO  BOX NO. 5856, SEOUL, 0JPN                    **\*VIA Deutsche Post\***

10925   EUNICE GERBER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   EUNICE M TAYLOR, 955 CARROLL LN, MOUNT DORA, FL 32757-3726

10925   EURA L CHAMBERS, 610 ASHWOOD CIR, WEST COLUMBI, SC 29169-4965

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | EURAND AMERICA, INC., 845 CENTER DRIVE, VANDALIA, OH 45377 | |
| 10925 | EURE, WILLIAM, STAR ROUTE, QUAKERTOWN, PA 18951 | |
| 10925 | EUREAL A GARDNER, 78-11 35TH AVE, JACKSON HTS, NY 11372-2565 | |
| 10925 | EURECAT US INC, 13100 BAY PARK ROAD, PASADENA, TX 77507 | |
| 10924 | EUREKA CITY SCHOOLS, 642 WEST 14TH STREET, EUREKA, CA 95501 | |
| 10925 | EUREKA MATERIALS CO, PO BOX 746, EUREKA, MO 63025 | |
| 10924 | EUREKA READY MIX - ALTON/FORTUNA, W OF 101 & 36, ALTON, CA 95540 | |
| 10924 | EUREKA READY MIX CONC CO., ATTN:  ACCOUNTS PAYABLE, EUREKA, CA 95501 | |
| 10924 | EUREKA READY MIX CONCRETE CO., 1500 GLENDALE DRIVE, ARCATA, CA 95521 | |
| 10924 | EUREKA READY MIX, 1955 HILLFIKER LANE, EUREKA, CA 95501 | |
| 10924 | EUREKA READY MIX, 7390 SO. BANK ROAD, CRESCENT CITY, CA 95531 | |
| 10924 | EUREKA READY MIX, PO BOX3568, EUREKA, CA 95501 | |
| 10925 | EUREST DINING SERVICES, 3 INTERNATIONAL DRIVE, RYE BROOK, NY 10573-1058 | |
| 10925 | EUREST DINING SERVICES, 55 HAYDEN AVE SUITE 2000, LEXINGTON, MA 02421-7999 | |
| 10925 | EUREST DINING SERVICES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | EUREST DINING SERVICES, PO BOX 8309, PHILADELPHIA, PA 19101-8309 | |
| 10925 | EUREST DINING SERVICES, UNIT #72611 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | EUREST, PO BOX 91337, CHICAGO, IL 60693-1337 | |
| 10925 | EURESTI, JEANETTE, 64 SERENITY CIRCLE, BROWNSVILLE, TX 78520 | |
| 10925 | EURGLUNES, GEORGIA, 120 FELLSVIEW TERR UNIT 121, STONEHAM, MA 02180 | |
| 10925 | EURO-AMERICAN STEEL CO INC, PO BOX 2368, TOA BAJA, PR 00951-2661 | |
| 10925 | EUROCONTROL, RUE DE LA FUSEE 96, BRUXELLES, B1130BELGIUM | **\*VIA Deutsche Post\*** |
| 10925 | EUROCOPTER CANADA LTD, GILMORE RD, FORT ERIE, ON L2A 5M9CANADA | **\*VIA Deutsche Post\*** |
| 10925 | EUROMONEY INSTITUTIONAL INVESTOR, NESTOR HOUSE, PLAYHOUSE YARD, LONDON, EC4V 5EXUNITED KINGDOM | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN CONSTRUCTION RESEARCH, BREDGADE 35 B, COPENHAGEN K, 01260DENMARK | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN PATENT OFFICE, DRESDNER BANK MUNCHEN, KTO 3 338 800 00, MUNCHEN, GERMANY | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN PATENT OFFICE, ERHARDSTRASE 27, MUNCHEN, 80331GERMANY | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN PATENT OFFICE, MUENCHEN, 80298GERMANY | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN PETROCHEMICAL ASSN, THE, AVE DE TERVUREN 149, BRUSSELS, 01150BELGIUM | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN PETROCHEMICAL ASSOCIATION, AVE DE TERVUREN 149, BRUSSELS, BELGIUM, 01150BELGIUM | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN SYMPOSIUM COMMUNITION, ALBI, FRANCE | **\*VIA Deutsche Post\*** |
| 10925 | EUROPEAN VERMICULITE CORP, SOUTHERN STEVEDORING CO, 7325 J W PEAVY DR, HOUSTON, TX 77011-1619 | |
| 10925 | EUROQUEST, 8351 ROSWELL ROAD, SUITE 171, ATLANTA, GA 30350 | |
| 10924 | EUROTEX THERMAL ENGINEERING LTD., 49/51 CHURCH ST., LITTLEBOROUGH, 0L15 8ADGBR | **\*VIA Deutsche Post\*** |
| 10925 | EUROTHERM CONTROLS INC, PO BOX 64128, BALTIMORE, MD 21264 | |
| 10925 | EUROTHERM CONTROLS, 11485 SUNSET HILLS ROAD, RESTON, VA 20190 | |
| 10925 | EUROTHERM DRIVES, 11485 SUNSET HILLS ROAD, RESTON, VA 22090 | |
| 10925 | EUROTHERM GAUGING SYSTEMS INC, PO BOX 64626, BALTIMORE, MD 21264 | |
| 10925 | EUROTHERM GAUGING SYSTEMS INC., POBOX 360264, PITTSBURGH, PA 15251-6264 | |
| 10925 | EUROTHERM GAUGING SYSTEMS, P.O BOX 64626, BALTIMORE, MD 21264 | |
| 10925 | EUROTHERM RECORDERS C/O FLOW-TECH, 50 SCOTTADAM ROAD, HUNT VALLEY, MD 21030 | |
| 10925 | EUROTHERM, 11485 SUNSET HILLS RD., RESTON, VA 22090 | |
| 10925 | EUSTACHY S HARWANKO, GREGORY PARK BLDG 1, 280 HENDERSON ST, APT 10F, JERSEY CITY, NJ 07302-3643 | |
| 10925 | EUSTIS LITTLE LEAGUE BASEBALL, POBOX 1100, EUSTIS, FL 32727-1100 | |
| 10925 | EUSTIS LITTLE LEAGUE, POBOX 1100, EUSTIS, FL 32727-1100 | |
| 10925 | EUSTIS, ALBERT, 1571 SW MONARCH CLUB DR, PALM CITY, FL 34990 | |
| 10925 | EUSTIS, LAWRENCE, 38 HANCOCK ST, MALDEN, MA 02148 | |
| 10925 | EUTECTIC CORPORATION, N94 W14355 GARWIN MACE DR, MENOMONEE FALLS, WI 53051 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EVA BURCHILL, 1373 PINEHURST SQ, SAN JOSE, CA 95117-3653

10925   EVA K WORMSER, 126 WOODLAND ST, TENAFLY, NJ 07670-2312

10925   EVA M FLOYD, 1055 JEROME AVE, BRONX, NY 10452-5706

10925   EVA PERETSMAN, 289 HUMPHREY ST, SWAMPSCOTT, MA 01907-2511

10925   EVA R CORTELLI, 807 WILBRAHAM ROAD-REEDS LANDING, SPRINGFIELD, MA 01109-2054

10925   EVA SCHEINBERG, 1811 QUENTIN RD, BROOKLYN, NY 11229-1343

10925   EVAL COMPANY OF AMERICA, 1001 WARRENVILLE RD SUITE 201, LISLE, IL 60532-1301

10924   EVALCA, 1001 WARRENVILLE ROAD, SUITE 201, LISLE, IL 60532-1301

10925   EVAMAE HARLAN, 512 D YALE PL, CANON CITY, CO 81212-2337

10925   EVAN G HAGENBUCH, 205 ADIRONDACK DR, EAST GREENWICH, RI 02818-1548

10925   EVAN, THREE, 111, 1A, NY, NY 11111

10925   EVANGELICAL CONGREGATIONAL CHURCH, 793 MAIN ST, LANCASTER, MA 01523

10925   EVANGELISTA, MARIANNA, 230 JEFFERSON AVE., MINEOLA, NY 11501

10925   EVANGELISTA, YOLANDA, 225 YOUMANS DRIVE, VENTURA, CA 93003

10925   EVANOFF, RANDY, 52160 WYNDHAM CREST COURT, GRANGER, IN 46530

10925   EVANS & DANIELS, INC, 214 HENDERSON ST., PLYMOUTH, PA 18651

10925   EVANS BUILDING MATERIALS CO., 210 W. 74TH TERRACE, KANSAS CITY, MO 64114

10925   EVANS CHEMETICS, 228 E. MAIN ST., WATERLOO, NY 13165

10924   EVANS COLUMBUS CORP., 1410 BLATT BOULEVARD, BLACKLICK, OH 43004

10924   EVANS COLUMBUS INCORPORATION, GAHANNA INDUSTRIAL PARK, BLACKLICK, OH 43004

10924   EVANS CONCRETE, 1605 HWY 90 WEST, JENNINGS, LA 70546

10924   EVANS CONTAINER CORPORATION, GAHANNA INDUSTRIAL PARK, BLACKLICK, OH 43004

10924   EVANS CONTAINER CORPORATION, P.O. DRAWER 68, 1255 PETERS ROAD GT#5, HARVEY, LA 70059

10925   EVANS CONTAINER CORPORATION, PO BOX 972121, DALLAS, TX 75397-2121

10924   EVANS FRUIT, HIGHWAY 243, MATTAWA, WA 99344

10925   EVANS INDUSTRIES, INC, PO BOX 972121, DALLAS, TX 75397-2121

10925   EVANS INDUSTRIES, POBOX 972121, DALLAS, TX 75397-2121

10925   EVANS JR, GEORGE, 15502 VALLEY PLUM CT, CYPRESS, TX 77429

10925   EVANS JR, SAMUEL, 1645 NEDRO AVE, PHILA, PA 19141

10925   EVANS LIPKA & ASSOC INC, 5609 SOUTH 49TH ST SUITE 7, LINCOLN, NE 68516

10925   EVANS MANUFACTURING INC, 1330 SOUTER ST, TROY, MI 48083

10925   EVANS O DIXON, PO BOX 301072, MEMPHIS, TN 38130-1072

10924   EVANS PLASTERING, SAN LUIS OBISPO, CA 93401

10925   EVANS QUALITY COFFE SRVC, 152 REDNECK AVE, MOONACHIE, NJ 07074

10925   EVANS RESEARCH & DEVELOPMENT CORP A, RICHARD A PALUMBO, BOYLAN BROWN CODE, 2400 CHASE SQUARE, ROCHESTER, NY 14604

10925   EVANS RESEARCH & DEVELOPMENT CORP., 2400 CHASE SQUARE, 900 MIDTOWN TOWER, ROCHESTER, NY 14604

10924   EVANS SEPTIC TANK & R/M, ATTN:  ACCOUNTS PAYABLE, BELLEVIEW, FL 34421

10924   EVANS SEPTIC TANK, 3900 NE 36TH AVE., OCALA, FL 34479

10924   EVANS SEPTIC TANK, 7275 38TH STREET S.W., OCALA, FL 34474

10924   EVANS SEPTIC TANK, RT. #35 N. OF BELLEVIEW, BELLEVIEW, FL 34420

10924   EVANS SEPTIC TANK, STATE ROAD 35, BELLEVIEW, FL 32620

10925   EVANS TRAVEL GROUP, THE, 615 BARRONE ST, SUITE 205, NEW ORLEANS, LA 70113

10925   EVANS TRUCKING C/O CHRIS HANSEN, 2494 STATE RD 200 W229-N, WAUKESHA, WI 53186-1104

10925   EVANS, ALEX, PO BOX 571 MAPLE ST, GARYSBURG, NC 27831

10925   EVANS, AMELIA, 5512 GREENTREE, WICHITA FALLS, TX 76306

10925   EVANS, AMELIA, 9963 HWY 764, WHITESVILLE, KY 42378

10925   EVANS, ANTHONY, 732 CLIFTON RD S.E, ATLANTA, GA 30316

10925   EVANS, ART, 6174 DEVINSHIRE DR, FLOWERY BRANCH, GA 30542

10925   EVANS, ARTHUR, 6174 DEVINSHIRE DR, FLOWERY BRANC, GA 30542

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EVANS, ARTHUR, 6174 DEVINSHIRE DR, FLOWERY BRANCH, GA 30542-5437

10925   EVANS, B, 4624 SW 45 ST, GAINSVILLE, FL 32608

10925   EVANS, BETTY, 260 GEORGES CREEK DR, EASLEY, SC 29640

10925   EVANS, BEVERLY MAXINE, 10622 INDIAN WELLS DR, FOUNTAIN HILLS, AZ 85268-5728

10925   EVANS, BRENDA, 4510 SW 44TH ST, GAINESVILLE, FL 32608

10925   EVANS, BYRON, 2700 SHENANDOAH RD. #102, FORT WORTH, TX 76116

10925   EVANS, CALVIN, 40 SWANBRIDGE COURT, BALTIMORE, MD 21244

10925   EVANS, CASSANDRA, 950 W COBBS PKWY PKWY, YEADON, PA 19050

10925   EVANS, CELESTE, 10989 ELINDA PLACE, SUN VALLEY, CA 91352

10925   EVANS, CHARLES, PO BOX 275, HOLLIDAY, TX 76366

10925   EVANS, CHERYL, 12007 CHERRY POINT DRIVE, DAYTON, TX 77535

10925   EVANS, CHRISTINE, 15455-311 GLENOAKS, SYLMAR, CA 91342

10925   EVANS, CINDY L, 508 NE 4TH AVE #5, GAINESVILLE, FL 32601

10925   EVANS, CLINTON, 3024 S 14TH ST, TACOMA, WA 98405

10925   EVANS, COLBY, 1027 8TH ST, CASSLEBERRY, FL 32707

10925   EVANS, CONSTANCE, 7521 TROON COURT, INDIANAPOLIS, IN 46237

10925   EVANS, CYNTHIA K, 3104 SUMMIT LAKE DRIVE, STONE MOUNTAIN, GA 30083

10925   EVANS, DARLENE, 5803 COLD HARBOR CT, FAYETTEVILLE, NC 28304

10925   EVANS, DAVID, 732 LINWOOD COURT, OWENSBORO, KY 42301

10925   EVANS, DAWANDA, PO BOX 863, FOUNTAIN INN, SC 29644

10925   EVANS, DONNA, RT 3 BO 255A, COMMERCE, GA 30529

10925   EVANS, DOUGLAS, 3111 LOMBARD, WICHITA FALLS, TX 76309

10925   EVANS, EILEEN, 22950 BRUCE DRIVE, RICHTON PARK, IL 60417-2302

10925   EVANS, ELIZABETH, 371 EAST RIDGEWAY RD., COMMERCE, GA 30529

10925   EVANS, ESTHER, 3401 W WOOD ST, ROGERS, AR 72756-6886

10925   EVANS, F, 2331 FAIRWAY DRIVE SOUTH, PLANT CITY, FL 33566

10925   EVANS, FLOYD, 8983 US 60 WEST, OWENSBORO, KY 42301

10925   EVANS, FREDERICK, 163 LAKE AVE, COLONIA, NJ 07067

10925   EVANS, G ROSWELL, 2000 EASTWOOD DR, MARYVILLE, TN 37801

10925   EVANS, GARY, 30526 WOODMONT DRIVE, MADISON HEIGHTS, MI 48071

10925   EVANS, GLYNN, 131 ANN LANE, ST. ROSE, LA 70087

10925   EVANS, GRACIELA, 13006 W CAMERON AVE, BUTLER, WI 53007

10925   EVANS, GUS, 489 DEWDROP CIRCLE, F, CINCINNATI, OH 45240

10925   EVANS, H, 13006 W CAMERON AVE, BUTLER, WI 53007

10925   EVANS, HAROLD, 13006 WEST CAMERON AVE, BUTLER, WI 53007

10925   EVANS, IAN, 66 EAST 98TH ST, BROOKLYN, NY 11236

10925   EVANS, J, 207 KITE AVE, SEBRING, FL 33872

10925   EVANS, JAMES W, 2031 WYLOS RD 87, AGUSTA, GA 30909

10925   EVANS, JAMES, 1917 W. ATKINSON, MILWAUKEE, WI 53206

10925   EVANS, JAMES, 9963 HWY 764 S, WHITESVILLE, KY 42378

10925   EVANS, JEAN COOPER, 4729 LUNENBURG DR, LOUISVILLE, KY 40245

10925   EVANS, JEROME, PO BOX 2666, OKEECROBEE, FL 34973

10925   EVANS, JILL, 510 MURPH ROAD, JEFFERSON CITY, TN 37760

10925   EVANS, JOHN RICHARD, PO BOX 1012, OAKLEY, CA 94561

10925   EVANS, JOHN, 3475 WELLS ROAD, OAKLEY, CA 94561

10925   EVANS, JOHN, 5004 ALBANY RD., SHREVEPORT, LA 71107

10925   EVANS, JOHN, 6525 CLUB VIEW DRIVE PO BOX 858, WESTFIELD CENTER, OH 44251

10925   EVANS, JOHN, 7900 TOPANGA CYN. #2, CANOGA PARK, CA 91304

10925   EVANS, JONI, 111 GAIL DR, ROANOKE RAPIDS, NC 27870

10925   EVANS, JONNIE, 1236 S 4TH APT #5, KANKAKEE, IL 60901

10925   EVANS, JR, GEORGE D, 4323 CRITES ST, HOUSTON, TX 77003

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EVANS, JUANITA, 104 ROSS COMMON RUN, MOORE, SC 29369

10925   EVANS, JULIA, 460 RODNEY DR, SUMTER, SC 29150

10925   EVANS, KEN, ROUTE 3 BOX 431, COMMERCE, GA 30529

10925   EVANS, KENNETH, 69051 570TH ST, GRISWOLD, IA 51535

10925   EVANS, KENNETH, ROUTE 3 BOX 2296, HALLETTSVILLE, TX 77964

10925   EVANS, KERI, 3112 CHERRY LANE, BIRMINGHAM, AL 35224

10925   EVANS, L, 107 SE 18 PL, OCALA, FL 32671

10925   EVANS, L, 707 ELWOOD ST, STERLING, CO 80751

10925   EVANS, L., BOX 201, MT. VIEW, WY 82939

10925   EVANS, LARRY, 2847 NW 93 ST, MIAMI, FL 33147

10925   EVANS, LILLIE, RT 2, BOX 159E, ANDREWS, SC 29510

10925   EVANS, LINDA L, RT 3 BOX 376 F, FAIRMONT, WV 26884

10925   EVANS, LINDA, 1403 ASH ST, TARBORO, NC 27886

10925   EVANS, LINDA, 2733 RIDGEWAY, WICHITA FALLS, TX 76305

10924   EVANS, LIPKA & ASSOC, 5609 SOUTH 49TH STREET SUITE 7, LINCOLN, NE 68516

10925   EVANS, LISA, 22 S SYLVANIA AVE, ROCKLEDGE, PA 19046

10925   EVANS, LISA, 312 APPLE VALLEY, CONROE, TX 77304

10925   EVANS, LISA, RT.3 BOX 64, SPEEDWELL, TN 37890

10925   EVANS, LOIS, 3730 COUNTRY RIDGE ROAD, CHARLOTTE, NC 28211

10925   EVANS, LUCY, 2 OAKWOOD PARK, ORMOND BEACH, FL 32174

10925   EVANS, MADELEINE, 2620 VIRGINIA AVE, ANAHEIM, CA 92806

10925   EVANS, MARGARET, 11121 LAWRENCE RD, FAIRHOPE, AL 36532

10925   EVANS, MARK, 7026 COLLEGE, KANSAS CITY, MO 64132

10925   EVANS, MARTHA, 112 HAYNIE DRIVE, BELTON, SC 29627

10925   EVANS, MARY, 3652 E KIRBY, DETROIT, MI 48211

10925   EVANS, MARY, PO BOX 471, CORDOVA, NC 28330

10925   EVANS, MELISSA, 2909 S. BIVINS, AMARILLO, TX 79103

10925   EVANS, MERLIN, 224 BISCHEL COURT, DOUSMAN, WI 53118

10925   EVANS, MICHAEL, 4148 HENHAWK COURT, ELLICOTT CITY, MD 21042

10925   EVANS, MICHAEL, 4148 HENHAWK CT., ELLICOTT CITY, MD 21043

10925   EVANS, MICHAEL, 599 ISON RD, FRANKLIN FURNACE, OH 45629

10925   EVANS, MYRNA, 125 BAYVIEW ST, HYANNIS, MA 02601

10925   EVANS, ONE, 25 W 34STR, 44, NY, NY 10001

10925   EVANS, PATRICIA, 318 BRONNER ST, PRICHARD, AL 36610

10925   EVANS, PATRICK, 1461 CHAMBERLAIN ROAD, CASPER, WY 82604

10925   EVANS, PERRY, PO BOX 472, BOONEVILLE, AR 72927

10925   EVANS, PHILIP, 112 HAYNIE DRIVE, BELTON, SC 29627

10925   EVANS, PHILIP, 921 MAIN ST., BOLTON, MA 01740

10925   EVANS, RAYMOND, 726 DESOTO ST, LAKE CHARLES, LA 70606

10925   EVANS, RAYMOND, 726 DESOTOE, LAKE CHARLES, LA 70606

10925   EVANS, RENE, 2026 CHERYL DR, PEARLAND, TX 77581

10925   EVANS, RICHARD, 3730 COUNTRY RIDGE ROAD, CHARLOTTE, NC 28211

10925   EVANS, RICHARD, HC 83 BOX 196 - G, SOUTH PITTSBURG, TN 37380-9802

10925   EVANS, ROBERT, 600 W MANES, IOWA PARK, TX 76367

10925   EVANS, ROBERT, CUST FOR GWEN ELIZABETH EVANS, UNIF GIFT MIN ACT CT, PO BOX 87, BONDVILLE, VT 05340-0087

10925   EVANS, RONNIE, 1712 JOHNSON ST, BALTIMORE, MD 21230

10925   EVANS, SANDY J, 660 JULIA ST, HUNTSVILLE AL, AL 35816

10925   EVANS, SHALAWN, 216 BLACK RD, SIMPSONVILLE, SC 29681

10925   EVANS, SHAUN, 1480 S.GORDAN ST, ATLANTA, GA 30310

10925   EVANS, SHERRY, 622 NOLD AVE., WOOSTER, OH 44691

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 EVANS, STANLEY, 3920 TRUMBULL CREEK RD., COLUMBIA FALLS, MT 59912

10925 EVANS, STEPHANIE, PO BOX 758, GREENWOOD, SC 29648

10925 EVANS, SUSAN, 44 IRON HILL ST, E. WEYMOUTH, MA 02189

10925 EVANS, SUZANN, 1310 GREENVILLE ST., MCKINNEY, TX 75069

10925 EVANS, TAMMY, 325 GREEN COVE RD, HUNTSVILLE, AL 35803

10925 EVANS, TAMMY, 3744 SPRINGBROOK, ODESSA, TX 79762

10925 EVANS, TED, 1207 DEL NORTE, HOUSTON, TX 77018

10925 EVANS, TERESA, 216 BLACK RD, SIMPSONVILLE, SC 29681

10925 EVANS, TERRI, 104N RIVER RD, ROANOKE RAPIDS, NC 27870

10925 EVANS, THOMAS M, 522 CARLTON PLACE, BIRMINGHAM, AL 35214-1332

10925 EVANS, THOMAS, 1207 DEL NORTE, HOUSTON, TX 77018

10925 EVANS, THOMAS, 522 CARLTON PLACE, BIRMINGHAM, AL 35214

10925 EVANS, TIMOTHY, 404 GRAND ST, SANDERSVILLE, GA 31082

10925 EVANS, TODD, PO BOX 18, POWELL, WY 82435

10925 EVANS, TWO, ARF, 98, NY, NY 10001

10925 EVANS, VANESSA, 401 N MANASSAS, MEMPHIS, TN 38105

10925 EVANS, VICKY, 1414 NORTH 6TH ST, READING, PA 19601

10925 EVANS, VIRGIL, 23443 JAMAICA WAY, SAN LEANDRO, CA 94577

10925 EVANS, WALTON, 1003 WEST AVE. 0, LOVINGTON, NM 88260

10925 EVANS, WILLIE B, 1124 SUPERIOR AVE, MODESTO, CA 95351

10924 EVANS-CUSHING, PO BOX1608, CUSHING, OK 74023

10925 EVANSON, PHIL, 3599 HWY 78 NORTH, MT HOREB, WI 53572

10924 EVANSTON HIGH SCHOOL, 1555 HAWTHORNE LANE, WEST CHICAGO, IL 60185

10924 EVANSTON HOSPITAL - PARKING, 2650 RIDGE AVENUE, EVANSTON, IL 60201

10924 EVANSVILLE CONCRETE CO, HWY 66, NEWBURGH, IN 47630

10924 EVANSVILLE CONCRETE COMPANY, 1816 W. LLOYD EXPRESSWAY, EVANSVILLE, IN 47712

10924 EVANSVILLE CONCRETE COMPANY, WEST LLOYD EXPRESSWAY, EVANSVILLE, IN 47712

10925 EVANSVILLE TRUCK CENTER, 8516 BAUMGART ROAD, EVANSVILLE, IN 47711

10925 EVAPCO, INC, PO BOX 630272, BALTIMORE, MD 21263-0272

10925 EVARTS, THELMA, 407 LONGHILL RD, NESHANIC STA, NJ 08853

10925 EVATT, MICHAEL, 1014 EVATT ROAD, SENECA, SC 29672

10925 EVCO HOUSE OF HOSE, 2375 SOUTH 300 WEST, SALT LAKE CITY, UT 84115

10925 EVCO PLASTICS, 100 W NORTH ST, DEFOREST, WI 53532

10924 EVCON SERVICES, INC., 132 DODD STREET S.E., MARIETTA, GA 30060

10925 EVCOR SYSTEMS INC, 605 N BROADWAY, AURORA, IL 60505

10925 EVCOR, 7840 FAULKNER ROAD, MILWAUKEE, WI 53224

10925 EVE B CHAPPELL, 3104 N BROADWAY B14, KNOXVILLE, TN 37917-3253

10925 EVE CHEN, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 EVE JR, LAWRENCE, 6315 PLEASANT STREAM, KATY, TX 77449

10925 EVE ROSENBERG &, STEVEN ROSENBERG JT TEN, 100 BEEKMAN ST APT 11A, NEW YORK, NY 10038-1812

10925 EVE, IDA, 1340 GRAYLIN RD, VIRGINIA BEACH, VA 23464

10925 EVE, LUCY, 409 CROWN ST, WILLOW GROVE, PA 19090

10925 EVELINE JR, GEORGE, 215 MANSFIELD AVE, 2, NORTON, MA 02766

10925 EVELINE, GEORGE, 39 FLORENCE ST, BROCKTON, MA 02301

10925 EVELINE, ROSE, 39 FLORENCE ST, BROCKTON, MA 02401

10925 EVELYN A HATT, 3416 COLONIAL AVE, LOS ANGELES, CA 90066-1814

10925 EVELYN A HOXIE, 1137 CATASAUQUA ROAD, WHITEHALL, PA 18052-5505

10925 EVELYN A O CONNOR &, DANIEL J O CONNOR JT TEN, 426 ROGERS ST, TEWKSBURY, MA 01876-2611

10925 EVELYN A PASONSKI & GEORGE E, PASONSKI CO TR UA 12/1/95, EVELYN A PASONSKI TRUST, 2416 S SCENIC DR, MELBOURNE, FL 32901-5204

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | EVELYN B RAMSDELL, 15 FOXCROFT ROAD, NIANTIC, CT 06357-1415 | |
| 10925 | EVELYN C COOPER & LINDA C, BIRENBAUM & WENDY C GABRENYA, TR UA OCT 25 96 EVELYN C COOPER, REVOCABLE TRUST, 3 PETER COOPER ROAD APT 1F, NEW YORK, NY 10010-6634 | |
| 10925 | EVELYN E THOMPSON, 53 STACEY CIRCLE, WINDHAM, NH 03087-1648 | |
| 10925 | EVELYN F AZEVEDO, 14820 LEIGH AVE, SAN JOSE, CA 95124-4520 | |
| 10925 | EVELYN F. GRIFFIN, 17 GRAVELLY POINT RD., HIGHLANDS, NJ 07732 | |
| 10925 | EVELYN F. SMITH, 1287 HWY. 27, DEQUINCY, LA 70633 | |
| 10925 | EVELYN GUEST SELL TR, UA 06 08 95, FBO THE SELL FAMILY TRUST, 1042 FLANDERS AVE, AKRON, OH 44314-1351 | |
| 10925 | EVELYN GUMINSKI, 3414 THISTLE AVE, TOMS RIVER, NJ 08753-4848 | |
| 10925 | EVELYN GUTMAN ESTATE OF UW, EVELYN GUTMAN, C/O HARRY GUTMAN EX, 1255 NO AVE, NEW ROCHELLE, NY 10804-0000 | |
| 10925 | EVELYN H BATTISTE &, EILEEN E HATT JT TEN, 915 E COURT 404, FLINT, MI 48503-2085 | |
| 10925 | EVELYN J FINKE, BOX 227, COLUMBUS JUNCTION, IA 52738-0227 | |
| 10925 | EVELYN K MC LAUGHLIN, 436 MEDFORD ST, MALDEN, MA 02148-7255 | |
| 10925 | EVELYN KIRALY, 2350 RAVENWOOD DR, GRAND PRAIRIE, TX 75050-2027 | |
| 10925 | EVELYN KUSNETZ, PO BOX 800135, AVENTURA, FL 33280 | |
| 10925 | EVELYN L NITCHMAN TTEE U/A/D, 3 9 90 EVELYN L NITCHMAN 1990, FAMILY TRUST, 1600 S EAGLE RIDGE DR APT 104, RENTON, WA 98055-3573 | |
| 10925 | EVELYN M HERZINGER, 5820 ROYAL LANE, DALLAS, TX 75230-3811 | |
| 10925 | EVELYN M HUGHES, PO BOX 109, SCIO, OR 97374-0109 | |
| 10925 | EVELYN MARY SCIBELLI, 581 FELLSWAY EAST, MALDEN, MA 02148-1009 | |
| 10925 | EVELYN MAY PITTINGER &, RONALD GEORGE PITTINGER JT TEN, 103 LOCUST DRIVE, BALTIMORE, MD 21207-6021 | |
| 10925 | EVELYN O KIESER, 1703 MILLVILLE OXFORD RD, HAMILTON, OH 45013-8931 | |
| 10925 | EVELYN P MC KINNEY &, ROBERT C MC KINNEY JT TEN, 84 GLENBURN RD, ARLINGTON, MA 02174-7648 | |
| 10925 | EVELYN P SMITH, C/O E RICHARD SMITH, 4911 CARLSON DAIRY RD, GREENSBORO, NC 27410-9369 | |
| 10925 | EVELYN R BAKER &, DOROTHY J BAKER JT TEN, 210 E MORSE AVE, BARTLETT, IL 60103-4146 | |
| 10925 | EVELYN S GAGLIARDI, 100 SINGLETARY LANE, FRAMINGHAM, MA 01702-6100 | |
| 10925 | EVELYN S SCHWARTZ TR UA, OCT 17 84, THE EVELYN S SCHWARTZ TR, 7201 YORK AVE SO APT 1107, EDINA, MN 55435-4442 | |
| 10925 | EVELYN W STONE, 113 TANGELO COURT, MAITLAND, FL 32751-5848 | |
| 10925 | EVELYN WOLF &, MARIE WOLF JT TEN, 122 E 42 ST 17TH FL, NEW YORK, NY 10168-0002 | |
| 10925 | EVELYN Y DAVIS EDITOR, 2600 VIRGINIA AVE NW, WASHINGTON, DC 20037 | |
| 10925 | EVELYNG LIESER, 7915 BOTHWELL, RESEDA, CA 91335-1627 | |
| 10924 | EVENLYN C. WEST ELEM. SCHOOL, 7040 RIVERTOWN ROAD, FAIRBURN, GA 30213 | |
| 10925 | EVENSON, BONNIE, 1108 GENOA AVE., LUBBOCK, TX 79416 | |
| 10925 | EVENSON, MARK, 1013 LOUISIANA ST, STURGEON BAY, WI 54235 | |
| 10925 | EVENSTAR INC, 809 ALDO AVE, SANTA CLARA, CA 95054 | |
| 10925 | EVENTS CHICAGO, 6185 N CANFIELD AVE, CHICAGO, IL 60631-3845 | |
| 10924 | EVER CORPORATION, HIGHWAY #67, NEWPORT, AR 72112 | |
| 10924 | EVER CORPORATION, HIGHWAY 67 NORTH, NEWPORT, AR 72112 | |
| 10924 | EVER PRO CO LTD., 22 ALLEY, ARLN 123 NAN KING E. RD, TAIPEI, 99999TWN | *VIA Deutsche Post* |
| 10925 | EVERAGE, DANA, PO BOX 640185, PIKE ROAD, AL 36064 | |
| 10925 | EVERAGE, LINDA, 1806 STRATFORD RD, CAYCE, SC 29033 | |
| 10924 | EVEREADY BATTERY COMPANY, INC., ATTN: ACCTS. PAYABLE ROOM 150, WESTLAKE, OH 44145 | |
| 10925 | EVEREADY INDUSTRIAL SERVICES, 2700, 10155-102 ST, EDMONTON, AB T5J 468CANADA | *VIA Deutsche Post* |
| 10925 | EVEREADY PRODUCTS & MANUF CORP, 1101 BELT LINE ST, CLEVELAND, OH 44109 | |
| 10925 | EVEREADY WELDING SERVICE INC, 18111 S HARLEM AVE, TINLEY PARK, IL 60477 | |
| 10925 | EVEREST & JENNINGS INTL, TIMOTHY W EVANS VP/CFO, | |
| 10924 | EVEREST COATINGS, 2400 SRPING STUEBNER ROAD, SPRING, TX 77389 | |
| 10924 | EVEREST COATINGS, PO BOX 394, SPRING, TX 77383-0394 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  EVEREST, WILLIAM, 217 PARKRIDGE DRIVE, CLAYTON, NC 27520

10925  EVERETT ALDEWERELD, 42 OSWEGO AVE, E ATLANTIC BEACH, NY 11561-1017

10925  EVERETT ELECTRIC CO. INC., 23 LINDEN ST, MEDFORD, MA 02155

10925  EVERETT F KIRCHER CUST FOR AMY E, KIRCHER UNIF GIFT MIN ACT MI, BOX 32, BOYNE FALLS, MI 49713-0032

10925  EVERETT K SPEES, 1836 BASELINE RD, BOULDER, CO 80302-7644

10925  EVERETT L DOTY, 6087 STERLING DR, BOISE, ID 83703-3031

10924  EVERETT LAWN ORNAMENTS, 768 BLOOMFIELD DR., HARRINGTON, DE 19952

10925  EVERETT PATTERN & MFG. INC., 194 SOUTH MAIN ST. RTE 114, MIDDLETON, MA 01949

10924  EVERETT V. MOSER, INC DIP, 2222-B OLD NATIONAL PIKE, MIDDLETOWN, MD 21769

10925  EVERETT WILLIAMS, PO BOX 00, HAYDEN, CO 81639

10925  EVERETT, ALBERT, 180 DERRY RD, HUDSON, NH 03051-3320

10925  EVERETT, BILLY, 274 W MEADE ST, PEARL, MS 39208

10925  EVERETT, BOBBY, 11320 JEFF AVE., LAKEVIEW TERRACE, CA 91342

10925  EVERETT, DARREL, 23 N ADAMSVILLE RD, SOMERVILLE, NJ 08876

10925  EVERETT, ERIC, 605 W MADISON ST, 3-813, CHICAGO, IL 60661

10925  EVERETT, JOANN P, 62 WHITTEMORE ST., CAMBRIDGE, MA 02140

10925  EVERETT, JOANN, 30 OTSEGO DRIVE, HUDSON, MA 01749

10925  EVERETT, LOTTIE, 5260 WALTMAN RD, WILMER, AL 36587

10925  EVERETT, MARGARET, PO BOX 1537 ST, GUASTI, CA 91743

10925  EVERETT, MAUREEN, 533 MASSACHUSETTS AV, WEST ACTON, MA 01720

10925  EVERETT, NEIL, 1490 STEIBER ROAD, LANSING, IA 52151

10925  EVERETT, PAMELA, 11320 JEFF AVE, LAKEVIEW TERR, CA 91342

10925  EVERETT, RONALD, 1018 HICKORY ST, MOODY, AL 35004

10925  EVERETT, SUSAN, 41 BLANCO PL, UKIAH, CA 95482

10925  EVERETT, WILLIAM, PO BOX 6031, SHEPPARD AFB, TX 76311

10925  EVERETTE JR., ROBERT, 875 ASHLEY RD, CRAIG, CO 81625

10925  EVERETTE, DAVID, 308 TEAROSE LANE, SIMPSONVILLE, SC 29681

10925  EVERETTS BODY SHOP, INC, 847 - 15TH ST, PRAIRIE DU SAC, WI 53578

10924  EVERGLADES ELECTRIC SUPPLY, 841 N.E. 44TH STREET, FORT LAUDERDALE, FL 33309

10924  EVERGLADES LUMBER & BLD. SUPPLY, 6691 S.W. 8TH ST., MIAMI, FL 33144

10924  EVERGLADES LUMBER CO, P.O. BOX 44-0249, MIAMI, FL 33144

10925  EVERGREEN AMERICA CORP, 100 GALLERIA PKY NW SUITE 1800, ATLANTA, GA 30339

10925  EVERGREEN AMERICA CORP., ONE EVERTRUST PLAZA, JERSEY CITY, NJ 07302

10924  EVERGREEN CONCRETE, 100 OWASSA RD -, ROUTE 1 - 7 MI. SOUTH OF I-65, EVERGREEN, AL 36401

10924  EVERGREEN CONCRETE, RT 1 BOX 7B, EVERGREEN, AL 36401

10925  EVERGREEN ENTERPRISES, 15308 DITTMAR DR, WHITTIER, CA 90603

10925  EVERGREEN ENTERPRISES, PO BOX 1523, WHITTIER, CA 90609

10925  EVERGREEN ENTERPRISES, PO BOX 763, LAUREL, MD 20725-0763

10924  EVERGREEN HERBS, 980 LOTUS DRIVE, SILVER LAKE, WI 53170

10925  EVERGREEN INTERNATIONAL, 3435 BOX HILL CORP.CNTR, STE G, ABINGDON, MD 21009

10925  EVERGREEN MARINE, 3435 BOX HILL, STE. G, ABINGDON, MD 21009

10925  EVERGREEN PROFESSIONAL RECOVERIES I, 2509 152ND AVE NE, REDMOND, WA 98052

10925  EVERGREEN TRANSPORTATION, PODRAWER 410, EVERGREEN, AL 36401

10924  EVERGREEN, 4835 W. MERGINAL WAY, SEATTLE, WA 98108

10925  EVERHARD PRODUCTS, INC, 1016 NINTH ST SW, CANTON, OH 44707

10925  EVERHARDT, THOMAS, 2227 BLACHLEYVILLE RD, LOT 9, WOOSTER,, OH 44691

10925  EVERHART, ASHBY, 2826 ONTARIO AVE, BALTIMORE, MD 21234

10925  EVERHART, JAMES, 728 PEARL DRIVE, LOUDONVILLE, OH 44842

10925  EVERITT, ANTHONY C, PO BOX 1278, MARCO ISLAND, FL 34146-1278

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   EVERITT, H, 6607 CANTORE PLACE, SARASOTA, FL 34243

10925   EVERITT, HERVEY, 6609 CANTORE PLACE, SARASOTA, FL 34243

10924   EVERLASTING PRECAST, HCI BOX 220A, LEEDS, NY 12451

10924   EVERLASTING PRECAST, SILVER SPUR ROAD, CAIRO, NY 12413

10925   EVERLASTING VALVE COMPANY, INC, PO BOX 467, THREE RIVERS, MI 49093

10925   EVERLASTING VALVE, 108 SOMOGYI COURT, SOUTH PLAINFIELD, NJ 07080

10925   EVERNET SYSTEMS, INC, 2625 BUTTERFIELD ROAD, OAK BROOK, IL 60521

10925   EVERS BUSINESS GROUP, DEPT 77-72044, CHICAGO, IL 60678-2044

10925   EVERS, A, 1580 CAROLINA ST, MULBERRY, FL 33860

10925   EVERS, CHARLES, 17047 MILLION DOLLAR RD, COVINGTON, LA 70435

10925   EVERS, FRED, 311 GREEN FIELD NE, CEDAR RAPIDS, IA 52402

10925   EVERS, SCOTT, 4616 VALLACHER AVE, ST. LOUIS PARK, MN 55416

10924   EVERSEAL, 475 BROAD  AVENUE, RIDGEFIELD, NJ 07657

10925   EVERSOLE, EDWIN, 5073 S ELKHART WAY, AURORA, CO 80015

10925   EVERSOLE, LLOYD, RT 4, BOX 2870, CUSHING, OK 74023

10925   EVERSON, LEWIS, 2822 W.PARKLAND BLVD, TAMPA, FL 33609

10925   EVERSON, RICHARD, 3603 DUFF RD, LAKELAND, FL 33809

10925   EVERSON, RODERICK, 4032 RIVERMIST COURT, LITHONIA, GA 30038

10925   EVERSTAR USA, 12332 CONWAY ROAD, BELTSVILLE, MD 20705

10925   EVERT, DIANE, 5470 CUBA VALLEY ROAD, WAUNAKEE, WI 53597

10924   EVERYBODY FITNESS, 11111 PLANO ROAD, DALLAS, TX 75208

10924   EVETS MICHIGAN CONSOLIDATED, 12700-30 MILE RD, WASHINGTON, MI 48095

10925   EVETT, JOEY, 1040 FERN CREEK DR, WATKINSVILLE, GA 30677

10925   EVINS, CECIL, BOX 114, BRADLEY, OK 73011

10925   EVJEN, A, 516 LINDOO AVE E, 1, LADYSMITH, WI 54848

10925   EVJEN, ARNOLD, 516 LINDOO AVE E #1, LADYSMITH, WI 54848

10925   EVP, 1550 BRYANT ST SUTIE 200, SAN FRANCISCO, CA 94103

10924   E-WALK, 43RD AND 8TH AVENUE, NEW YORK, NY 10001

10925   EWANICK, DENNIS, 560 WEST 43RD ST, NEW YORK, NY 10036

10925   EWANIUK, DEBORAH, 1144 STATE RD, COOPERSBURG, PA 18036

10925   EWART, WILLARD, 2837 ALDERMAN RD, SPRINGVILLE, IA 52336

10925   EWC CORPORATION, 385 HWY 33, ENGLISHTOWN, NJ 07726

10925   EWC CORPORATION, 725 FEDERAL AVE, KENILWORTH, NJ 07033

10924   EWELL IINDUSTRIES INC., P.O. BOX 3858, LAKELAND, FL 33802

10924   EWELL IND INC, 1901 B E 15TH STREET, PANAMA CITY, FL 32405

10924   EWELL IND INC, 2195 LAKE AVE SE, LARGO, FL 34641

10924   EWELL IND INC, P O BOX 3858, LAKELAND, FL 33802

10924   EWELL IND. INC., PO BOX3858, LAKELAND, FL 33802

10924   EWELL INDUSTRIES INC., 1901-B EAST 15TH ST, PANAMA CITY, FL 32405

10924   EWELL INDUSTRIES, 1214 OLD HOPEWELL RD, TAMPA, FL 33619

10924   EWELL INDUSTRIES, 1700 22ND AVE. NORTH, SAINT PETERSBURG, FL 33713

10924   EWELL INDUSTRIES, 17140 N. DALE MABRY, LAND O'LAKES, FL 34639

10924   EWELL INDUSTRIES, 2195 LAKE AVENUE S.E., LARGO, FL 34641

10924   EWELL INDUSTRIES, 2201 DIVISION AVENUE, ORLANDO, FL 32805

10924   EWELL INDUSTRIES, 2919 GRAND BLVD, HOLIDAY, FL 34690

10924   EWELL INDUSTRIES, 3501 PUGMILL ROAD, LAKELAND, FL 33803

10924   EWELL INDUSTRIES, 5715 W. LINEBAUGH, TAMPA, FL 33624

10924   EWELL INDUSTRIES, 6002 BIG BEND ROAD, GIBSONTON, FL 33534

10924   EWELL INDUSTRIES, 6302 N 56TH STREET, TAMPA, FL 33604

10924   EWELL INDUSTRIES, 7400 NARCOOSEE ROAD, ORLANDO, FL 32822

10924   EWELL INDUSTRIES, ATTN:  ACCOUNTS PAYABLE, LAKELAND, FL 33802

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EWELL, DORIS, 108 W PEACH RIDGE DRIVE, GREER, SC 29651

10925   EWELL, LEE, 714 WEST MANES, IOWA PARK, TX 76367

10925   EWEN, MARK, 529 LAKEWOOD RUN DR. N., PONTE VERDA BEACH, FL 32082

10925   EWER, GERALD, 3308 N 152ND AVE, OMAHA, NE 68116

10925   EWING CONTRACTING, PO BOX 177, STERRETT, AL 35147

10925   EWING CONTRACTING, POBOX 177, STERRETT, AL 35147

10924   EWING MARION CAUFFMAN FOUNDATION, 4801 ROCKHILL ROAD, KANSAS CITY, MO 64106

10924   EWING READY MIX, LLC, ROUTE 3 - BOX 261, STOCKTON, MO 65785

10924   EWING READY MIX, LLC., ROUTE 3, BOX 261, STOCKTON, MO 65785

10924   EWING READY MIX, LLC., RURAL ROUTE 3, BOX 261, STOCKTON, MO 65785

10924   EWING, 2486 SIMMSVILLE ROAD, ALABASTER, AL 35007

10925   EWING, BEAULAH, 5636 FLETCHER, FORT WORTH, TX 76107

10925   EWING, DAVID, 823 CRABAPPLE LANE, VANDIVER, AL 35176

10925   EWING, DENISE, 7910 MOSS GROVE PLACE, FORT WAYNE, IN 46825

10925   EWING, JR, DONALD, 8037 ROHREE RD., ORRVILLE, OH 44667

10925   EWING, LARRY, 409 PARK DR BOX 232, NORWAY, IA 52318

10925   EWING, MORRIS, 951 W ORANGE GROVE RD, 3103, TUCSON, AZ 85704

10925   EWING, NANCY A, CUST FOR JENNIFER J EWING, UNIF GIFT MIN ACT NC, P O BOX 1139, CLARCONA, FL 32710-1139

10925   EWING, RENALDO, 10030 N 43RD AVE, GLENDALE, AZ 85302

10925   EWING, SYLVIA, 8187 PALNIETTO AVE APT 228, FONTANA, CA 92335

10924   EWLES MATERIALS, ATTN:  ACCOUNTS PAYABLE, STANTON, CA 90680-0578

10924   EWT FIREPROOFING, INC, P/U TRENTON, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   EWT/FIREPROOFING INC., 4 KENILWORTH STREET, ANDOVER, MA 01810

10925   EX & CO, C/O BANK OF NEW YORK, 1 WALL ST, 6TH FL, NEW YORK, NY 10005-2501

10925   EXAC CORPORATION, PO BOX 6000, SAN FRANCISCO, CA 94160

10925   EXAIR CORPORATION, 1250 CENTURY CIRCLE NORTH, CINCINNATI, OH 45246-3309

10925   EXAIR CORPORATION, LOCATION 00766, CINCINNATI, OH 45264-0766

10925   EXAM, INC, 1345 APPLING ST., CHATTANOOGA, TN 37406

10925   EXARHOS, NICK, 1285 SUNSET AVE, BARTOW, FL 33830-6328

10925   EXCAL VISUAL COMMUNICATIONS, 5721 ARAPAHOE AVE STE A-2, BOULDER, CO 80303-1363

10925   EXCAL VISUAL COMMUNICATIONS, 5721 ARAPAHOE AVE., STE.A2, BOULDER, CO 80303

10925   EXCALIBUR EXTRUSIONS INC, 110 E CROWTHER AVE, PLACENTIA, CA 92870

10925   EXCALIBUR INTEGRATED SYSTEMS, INC, 109 JORDAN DRIVE, SUITE C, CHATTANOOGA, TN 37421

10924   EXCALIBUR MONORAIL, LAS VEGAS, NV 89106

10925   EXCALIBUR REFRESHMENT, 8164 S MADISON ST, BURR RIDGE, IL 60521-5854

10925   EXCALIBUR, 110 EAST CROWTHER AVE, PLACENTIA, CA 92870

10925   EXCEED REFILL CENTER, POBOX 2124, LEWISBURG, TN 37091

10924   EXCEL BLENDING & PACKAGING, 391 SOUTH ORANGE STREET, SALT LAKE CITY, UT 84104

10925   EXCEL BUSINESS SUPPLIES, CHRISTIANA VILL CTR #300, NEWARK, DE 19702

10925   EXCEL BUSINESS SYSTEMS IN, CHRISTIANA VLG PROF CTR, NEWARK, DE 19702

10924   EXCEL CORPORATION, PO BOX 544, SCHUYLER, NE 68661

10925   EXCEL ELECTRIC CO, 6501 N W 13TH COURT, PLANTATION, FL 33313

10925   EXCEL EXPRESS, 824 EAST RAND ROAD SUITE 255, ARLINGTON HEIGHTS, IL 60004

10924   EXCEL FIREPROOFING, 3435 WILSHIRE, LOS ANGELES, CA 90050

10924   EXCEL INSTALATION, 35 BEACON HILL COMMONS, POMPTON LAKES, NJ 07442

10924   EXCEL INSULATION CO. INC., 35 BEACON HILL COMMONS, POMPTON LAKES, NJ 07442

10924   EXCEL INSULATION, PO BOX 511, EAST RUTHERFORD, NJ 07073

10925   EXCEL LIMOUSINE SERVICE, POBOX 478, BEDFORD, MA 01730

10925   EXCEL LIMOUSINE, 51 MOONEY ST, CAMBRIDGE, MA 02138

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EXCEL MESSENGER SERVICE, INC, 2805 E. OAKLAND PARK BLVD.,STE 177, FORT LAUDERDALE, FL 33304

10925   EXCEL TECHNOLOGIES, PO BOX 1258, ENFIELD, CT 06082-1111

10925   EXCEL TECHNOLOGIES, PO BOX 1258, ENFIELD, CT 06083

10925   EXCEL TECHNOLOGIES, PO BOX 1258, ENFIELD, CT 06083-1258

10924   EXCEL/ONTARIO AIRPORT, C/O WESTSIDE BUILDING MATERIALS, ONTARIO, CA 91761

10925   EXCELERATED MOLD GROUP, 14700 WEST 66TH PLACE, ARVADA, CO 80004

10925   EXCELL FEEDERS INC, 1205 EASTON AVE, SOMERSET, NJ 08873

10925   EXCELLENCE IN TRAINING CORP., 11358 AURORA AVE, DES MOINES, IA 50322-7907

10925   EXCELLENCE IN TRAINING, PO BOX 911584, DALLAS, TX 75391

10925   EXCELLENT SERVICES INC., PO BOX 516, HAWTHORNE, NJ 07507-0516

10925   EXCELLENT, ERNST, 44 MILTON ST #2, BROCKTON, MA 02401

10925   EX-CELL-O MACHINE TOOL TEXTRON INC, LARRY OCONNELL, 40 WESTMINSTER ST, PROVIDENCE, RI 02903

10925   EXCELSIOR INVESTMENT CLUB, A PARTNERSHIP, C/O V MEHLOMAKULU, 2 BIRCHWOOD COURT 1E, MINEOLA, NY 11501-4505

10924   EXCHANGE AT MEADOWMONT, 1450 RALEIGH ROAD, CHAPEL HILL, NC 27514

10925   EXCHANGE PUBLICATIONS & FORUMS, PO BOX 406, LAKE BLUFF, IL 60044

10925   EXCHANGE PUBLICATIONS/EXCHANGE FORU, PO BOX 406, LAKE BLUFF, IL 60044

10925   EXCHANGE/MONITOR PUBLICATIONS, 1913 I ST , NW, 6TH FL, WASHINGTON, DC 20006

10924   EXCITE AT HOME, 510 BROADWAY STREET, REDWOOD CITY, CA 94063

10925   EXCLUSIVE ENTERPRISES, 710 S. PENNOCK LANE, JUPITER, FL 33458

10925   EXEC/COMM, 475 FIFTH AVE SUITE 505, NEW YORK, NY 10017

10925   EXECTUTIVE GIFT EXPRESS, 29163 ABOTSINCH ST, LAGUNA NIGUEL, CA 92677

10925   EXECUSTAY, PO BOX 79657, BALTIMORE, MD 21279-0657

10925   EXECUTIVE AIRPORT SERVICE, 42 CODY ST, MANCHESTER, NH 03109

10925   EXECUTIVE ALLIANCE, C/O RICHARD A GAUCHER, PRINCIPAL, MARLBOROUGH, MA 01752

10925   EXECUTIVE AUTOMOTIVE, 2578 MASSACHUSETTS AVE, CAMBRIDGE, MA 02140

10925   EXECUTIVE AUTOMOTIVE, 2578 R MASS. AVE., CAMBRIDGE, MA 02140

10925   EXECUTIVE AVIATION DIVISION, 3867 SOUTHERN BLVD, WEST PALM BEACH, FL 33406

10925   EXECUTIVE CAREER RESOURCE, THE, 20 WILLIAM ST SUITE 100, WELLESLEY, MA 02481-4102

10924   EXECUTIVE CENTER, FIREPROOFIING COATINGS, SAN DIEGO, CA 92101

10925   EXECUTIVE COACH SERVICE, 1100 JETPORT, MYRTLE BEACH, SC 29577

10925   EXECUTIVE COACH SERVICE, 368A JESSE ST, MYRTLE BEACH, SC 29579-7318

10925   EXECUTIVE COFFEE SERVICE INC, PO BOX 2326, WEST PALM BEACH, FL 33402

10925   EXECUTIVE COMMUNICATION CENTERS,INC, 9858 GLADES RD.,STE 119, BOCA RATON, FL 33434

10925   EXECUTIVE CONFERENCE INC, POBOX 11679 DEPT 562, NEWARK, NJ 07101-4679

10925   EXECUTIVE COURIER NETWORK, PO BOX 2519, WOBURN, MA 01888

10925   EXECUTIVE DECISION, INC, PO BOX 831, EASTON, MD 21601

10925   EXECUTIVE DIRECTIONS, 450 N PARK ROAD, SUITE 302, HOLLYWOOD, FL 33021

10925   EXECUTIVE EDGE, 45 SAN CLEMENTE DR, CORTE MADERA, CA 94976-0037

10925   EXECUTIVE ENTERPRISES INC, PO BOX 10086, NEW YORK, NY 10259

10925   EXECUTIVE ENTERPRISES INC, PO BOX 75011, BALTIMORE, MD 21275-5011

10925   EXECUTIVE ENTERPRISES, INC, 22 WEST 21ST ST, NEW YORK, NY 10010

10925   EXECUTIVE FOCUS INTERNATIONAL INC, 5099 HWY A1A, VERO BEACH, FL 32963

10925   EXECUTIVE INN - RIVERMONT, ONE EXECUTIVE BLVD, OWENSBORO, KY 42301

10925   EXECUTIVE JET AVIATION INC, PO BOX 631196, CINCINNATI, OH 45263-1196

10925   EXECUTIVE JET AVIATION INC, POBOX 369099, COLUMBUS, OH 43236-9099

10925   EXECUTIVE JET MANAGEMENT INC, PO BOX 632249, CINCINNATI, OH 45263-2249

10924   EXECUTIVE JET NEW HEADQUARTERS FAC., 4101 BRIDGEWAY AVENUE, COLUMBUS, OH 43219

10924   EXECUTIVE JET NEW HEADQUARTERS, 4101 BRIDGEWAY AVENUE, COLUMBUS, OH 43219

10925   EXECUTIVE JET SALES, 625 N HAMILTON ROAD, COLUMBUS, OH 43219

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    EXECUTIVE KNOWLEDGEWORKS, 4083 AMES ROAD, PRAIRIE GROVE, IL 60012

10925    EXECUTIVE LEADERSHIP, PO BOX 9070, MCLEAN, VA 22102-0070

10925    EXECUTIVE OPTIONS, RR 1 BOX 233, CENTER HARBOR, MA 03226-9718

10925    EXECUTIVE OPTIONS, RR 1 BOX 233, CENTER HARBOR, NH 03226

10925    EXECUTIVE PRESS, INC, PO BOX 21639, CONCORD, CA 94521-0639

10925    EXECUTIVE PROGRAM, POBOX 3333, RIVERSIDE, NJ 08370-3333

10925    EXECUTIVE PROGRAM, THE, PO BOX 3333, RIVERSIDE, NJ 08370-0333

10925    EXECUTIVE REGISTRY OFFICE, 525 EAST 68TH ST BOX 114, NEW YORK, NY 10021

10925    EXECUTIVE REGISTRY, THE, PO BOX 016960 (R114), MIAMI, FL 33101

10925    EXECUTIVE SECRETARY, 1120 NASA RD.1, SUITE 220, HOUSTON, TX 77058-3320

10925    EXECUTIVE STRATEGIES, POBOX 9266, MCLEAN, VA 22102-0266

10925    EXECUTIVE TOYS, PO BOX 55830, HOUSTON, TX 77255-5830

10925    EXECUTIVES CLUB OF CHICAGO, THE, 8 S. MICHIGAN AVE., SUITE 1604, CHICAGO, IL 60603

10925    EXECUTRAIN OF ATLANTA, 1000 ABERNATHY ROAD, ATLANTA, GA 30328

10925    EXECUTRAIN OF BALTIMORE, 1829 REISTERTOWN RD #360, BALTIMORE, MD 21208

10925    EXECUTRAIN OF BOSTON, THREE SPEEN ST, FRAMINGHAM, MA 01701

10925    EXECUTRAIN OF CENTRAL ILLINOIS, 411 HAMILTON BLVD, PEORIA, IL 61602

10925    EXECUTRAIN OF FLORIDA, 101 SOUTHHALL LANE SUITE 125, MAITLAND, FL 32751

10925    EXECUTRAIN OF FLORIDA, 8240 NW 52ND TERRACE, MIAMI, FL 33166

10925    EXECUTRAIN, 1829 REISTERSTOWN RD., STE. 435, WOODHOLME CNTR., BALTIMORE, MD 21208

10925    EXECUTRAIN, 4555 LAKE FOREST DR., CINCINNATI, OH 45242

10925    EXECUTRAIN, POBOX 550288, TAMPA, FL 33655-0288

10925    EXELON ENERGY INC, 21425 NETWORK PLACE, CHICAGO, IL 60673-1214

10925    EXEMPLA MEDICAL CENTER, GABLEHOUSE & EPEL, 1050 17TH ST #1730, DENVER, CO 80265

10925    EXHIBIT AIR EXPRESS, INC, 4912 NAPLES ST, SAN DIEGO, CA 92110

10925    EXHIBIT EXPRESS, 102 CLEMATIS AVE #4, WALTHAM, MA 02154

10925    EXHIBIT GROUP / GILTSPUR, 275 BODWELL ST, AVON, MA 02322-1139

10925    EXHIBIT SURVEYS, INC, 7 HENDRICKSON AVE, RED BANK, NJ 07701

10925    EXHIBITGROUP / GILTSPUR, 7187 COLLECTION CENTER DR, CHICAGO, IL 60693

10925    EXHIBITGROUP GILTSPUR, 275 BODWELL ST, AVON, MA 02322-1139

10925    EXHIBITGROUP/GILTSPUR PITTSBURGH, 112 TECHNOLOGY DR. RIDC W., PITTSBURGH, PA 15230

10925    EXHIBITGROUP/GILTSPUR, PITTSBURGH, 7231 COLLECTION CENTER DR., CHICAGO, IL 60693

10925    EXHIBITIONS ELECTRICAL CO INC, 200 MOUNT VERNON ST, DORCHESTER, MA 02125

10925    EXIBITGROUP/GILTSPUR, 275 BODWELL ST, AVON, MA 02322-1139

10924    EXIDE CORP, 555 NO HOKE AVE, FRANKFORT, IN 46041

10924    EXIDE CORPORATION, BATON ROUGE SMELTER, 2400 BROOKLAWN DRIVE, BATON ROUGE, LA 70807

10924    EXIDE CORPORATION, PO BOX74040, BATON ROUGE, LA 70874

10925    EXLINE, JOAN, BOX 25 RAILROAD ST, NORWAY, IA 52318

10925    EXLINE, KARIE, 1851 W AVE, HOMESTEAD, IA 52236

10925    EXOPACK, LLC, 4643 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693

10925    EXOTIC GARDENS, THE, PO BOX 491950, FORT LAUDERDALE, FL 33349

10925    EXP@NETS, PO BOX 97569, PEARL, MS 39288-7569

10925    EXPANETS FINANCIAL SERVICES, 300 N CORPORATE DR #100, MILWAUKEE, WI 53223

10925    EXPANETS FINANCIAL SERVICES, PO BOX 93000, CHICAGO, IL 60738

10925    EXPANETS, PO BOX 26231, NEW YORK, NY 10087-6231

10924    EXPANKO CORK INC., 11382 N. WILLIAMSRD., OAKTOWN, IN 47561

10924    EXPANKO CORK INC., 1139 PHOENIXVILLE PIKE, WEST CHESTER, PA 19380

10925    EXPEDITORS INTERNATIONAL, 150-10 132ND AVE, JAMAICA, NY 11434

10925    EXPEDITORS INTL IAH, PO BOX 60038 AMF, HOUSTON, TX 77205-0038

10925    EXPEDITORS INTL/BOSTON, PO BOX 572, EAST BOSTON, MA 02128

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | EXPERIAN, WEST OF METCHUM ON AMERICAN LANE, SCHAUMBURG, IL 60194 | |
| 10925 | EXPERIENTIAL LEARNING METHODS INC, 15200 E JEFFERSON SUITE 101-G, GROSSE POINTE PARK, MI 48230-1314 | |
| 10924 | EXPERT ELECTRIC, 1871 41ST STREET, ASTORIA, NY 11105 | |
| 10925 | EXPERT GARAGE DOOR CO., 717 212TH ST., PASADENA, MD 21122 | |
| 10925 | EXPERT RESOURCES INC, 1031 SW 15TH ST, BOCA RATON, FL 33486 | |
| 10925 | EXPERTECH CONSULTING INC., PO BOX 10062, NEWPORT BEACH, CA 92658 | |
| 10925 | EXPERTS, THE, 1031 SW 15TH ST, BOCA RATON, FL 33486 | |
| 10925 | EXPLORING WINDOWS NT, POBOX 35160, LOUISVILLE, KY 40232-9720 | |
| 10924 | EXPLOSIVES SUPPLY CO, BAKERSFIELD HWY, SPRUCE PINE, NC 28777 | |
| 10924 | EXPLOSIVES SUPPLY, 219 ROAN ROAD, SPRUCE PINE, NC 28777 | |
| 10924 | EXPLOSIVES SUPPLY, P.O. DRAWER 217, SPRUCE PINE, NC 28777 | |
| 10924 | EXPO BUILDERS SUPPLY, 7465 CARROLL RD., SAN DIEGO, CA 92121 | |
| 10924 | EXPO BUILDING SUPPLY, 7465 CARROLL ROAD, SAN DIEGO, CA 92121 | |
| 10924 | EXPO CENTER, 2060 N. MARINE DRIVE, PORTLAND, OR 97201 | |
| 10924 | EXPO INTERNATIONAL TRADING, INC., 7993 NW 21 STREET, MIAMI, FL 33122 | |
| 10924 | EXPO INTERNATIONAL TRADING, INC., 7993 NW 21ST STREET, MIAMI, FL 33122 | |
| 10924 | EXPO INTERNATIONAL TRADING, INC., PH:305-361-8905, 199 OCEAN LANE DRIVE, KEY BISCAYNE, FL 33149 | |
| 10925 | EXPONENT ENVIRONMENTAL GROUP INC, PO BOX 200283, DEPT. 001, DALLAS, WA 75320-0283 | |
| 10924 | EXPORT UNIDENTIFIED CASH, CAMBRIDGE, MA 02140 | |
| 10925 | EXPORT-IMPORT BANK OF THE US, THE, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10924 | EXPOSAIC INDUSTRIES INC, PO BOX 5445, CHARLOTTE, NC 28206 | |
| 10924 | EXPOSAIC INDUSTRIES OF VA, 4717 MASSAPONAX CHURCH ROAD, FREDERICKSBURG, VA 22408 | |
| 10925 | EXPRESS COMPUTER RENTAL, 1575 NORTHSIDE DR SUITE 420, ATLANTA, GA 30318 | |
| 10925 | EXPRESS COURIER GROUP, PO BOX 676, BUFFALO, NY 14231 | |
| 10925 | EXPRESS EMCA PAYMENTS, 600 W WASHINGTON ST, GREENVILLE, SC 29602-9063 | |
| 10925 | EXPRESS LEASONG CORPORATION, 9001 W 79TH PLACE, JUSTICE, IL 60458 | |
| 10924 | EXPRESS MEDICAL, 1303 S. COMAL, SAN ANTONIO, TX 78207 | |
| 10924 | EXPRESS NEWS MAILROOM, 3RD STREET, SAN ANTONIO, TX 78205 | |
| 10924 | EXPRESS NEWS, AVENUE E & 3RD STREET, SAN ANTONIO, TX 78205 | |
| 10924 | EXPRESS PHOTO, WATERTOWN MALL, WATERTOWN, SD 57201 | |
| 10924 | EXPRESS SCRIPTS, 13930 RIVERPORT DRIVE, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | EXPRESS SEARCH, 2101 CRYSTAL PLAZA ARC.,#270, ARLINGTON, VA 22202 | |
| 10925 | EXPRESS SHUTTLE, 5600 BRAINERD ROAD, SUITE A-20, CHATTANOOGA, TN 37411 | |
| 10925 | EXPRESS SIXTY MINUTES, 3408 S JONES ST, FORT WORTH, TX 76110-4313 | |
| 10925 | EXPRESS TRANSPORT, PO BOX 3262, PORTLAND, OR 97208 | |
| 10924 | EXPRESS TUBING CO., CAMBRIDGE, MA 02140 | |
| 10924 | EXPRESS TUBING, STARR RTE. EAST, LOCUST GROVE, OK 74352 | |
| 10925 | EXPRESSIONS OF YOU, 5632 GROVELAND AVE., BALTIMORE, MD 21215 | |
| 10925 | EXQUISITE SILKS, 11919 SOUTH PINE CREEK DR, ORLANDO PARK, IL 60462 | |
| 10924 | EXSIL, INC., 2800 WEST 14TH STREET, SULPHUR, OK 73086 | |
| 10925 | EXSTERSTEIN, HENRY, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | EXTECH INSTRUMENTS CORP, LOCKBOX 11115, BOSTON, MA 02211 | |
| 10925 | EXTECH INSTRUMENTS CORPORATION, LOCKBOX 11115, BOSTON, MA 02211 | |
| 10924 | EXTENDED STAY AMERICA, RT 3 SERVICE ROAD, RUTHERFORD, NJ 07070 | |
| 10925 | EXTENDED SYSTEMS, PO BOX 4937, BOISE, ID 83711 | |
| 10924 | EXTERIOR RESEARCH & DESIGN, 600 W. NECKERSON, SEATTLE, WA 98119 | |
| 10925 | EXTRAPRISE GROUP INC, 27 MELCHER ST 3RD FL, BOSTON, MA 02210 | |
| 10924 | EXTRUDE HONE CORPORATION, 8075 PENNSLYVANIA AVENUE, IRWIN, PA 15642 | |
| 10925 | EXTRUDER TECHNOLOGIES, PO BOX 510, LAWRENCE, PA 15055 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   EXTRUSION DIES, INC, 911 KURTH ROAD, CHIPPEWA FALLS, WI 54729-1443

10925   EXUM, DEIRDRE, 11968 CONTINENTAL DR, ST LOUIS, MO 63138

10925   EXXACT EXPRESS INC, POBOX 95545, LAKELAND, FL 33804

10924   EXXEL CONTAINER - CONNECTICUT, 50 RADO DRIVE, NAUGATUCK, CT 06770

10924   EXXEL CONTAINER INC., 33 SCHOOLHOUSE RD., SOMERSET, NJ 08873

10925   EXXON AIRWORLD CARD CNTR, PO BOX 502125, SAINT LOUIS, MO 63150-2125

10924   EXXON BLDG-1251 AVE OF AMERICAS, 1251 AVENUE OF AMERICAS, NEW YORK, NY 10001

10924   EXXON BUILDING - PHASE 1, 1251 AVE OF AMERICAS, NEW YORK, NY 10001

10924   EXXON BUILDING @ @, 1251 6TH AVENUE, NEW YORK, NY 10001

10924   EXXON BUILDING, 1251 AVE OF AMERICAS, NEW YORK, NY 10001

10924   EXXON CHEM AMER. TECH., PO BOX 4502, HOUSTON, TX 77210

10924   EXXON CHEMICAL - BRPO, 12875 N. SCENIC HWY, BATON ROUGE, LA 70807-1007

10924   EXXON CHEMICAL - BRPO, PO BOX 92001, BATON ROUGE, LA 70892-2001

10924   EXXON CHEMICAL AMERICAS TECHNOLOGIE, PO BOX 4502, HOUSTON, TX 77210

10925   EXXON CHEMICAL AMERICAS, BILL E CLAYBAUGH, 13501 KATY FREEWAY, HOUSTON, TX 77079

10925   EXXON CHEMICAL AMERICAS, DEPT AT40161, ATLANTA, GA 31192-0161

10925   EXXON CHEMICAL AMERICAS, PO BOX 3272, HOUSTON, TX 77001

10925   EXXON CHEMICAL AMERICAS, PO BOX 371127 M, PITTSBURGH, PA 15251

10924   EXXON CHEMICAL AMERICAS, PO BOX 4004, BAYTOWN, TX 77522-4004

10924   EXXON CHEMICAL AMERICAS, PO BOX 4502, HOUSTON, TX 77210

10925   EXXON CHEMICAL AMERICAS, POBOX 371127M, PITTSBURGH, PA 15251

10925   EXXON CHEMICAL CO CORP, POBOX 7349, ODESSA, TX 79760-7349

10924   EXXON CHEMICAL CO, 5200 BAYWAY DRIVE, BAYTOWN, TX 77520

10924   EXXON CHEMICAL CO, MATERIALS GATE, 3800 PARK STREET, BAYTOWN, TX 77520

10924   EXXON CHEMICAL CO., 5200 BAYWAY DRIVE, BAYTOWN, TX 77520

10924   EXXON CHEMICAL COMPANY, 13330 HATCHERVILLE ROAD, MONT BELVIEU, TX 77580

10924   EXXON CHEMICAL COMPANY, 5200 BAYWAY DRIVE, BAYTOWN, TX 77520

10924   EXXON CHEMICAL COMPANY, 5200 BAYWAY DRIVE, BAYTOWN, TX 77520-5200

10924   EXXON CHEMICAL TECHNICAL CENTER, 5200 BAYWAY DRIVE, BAYTOWN, TX 77522

10924   EXXON CHEMICAL TECHNOLOGY CENTER, PO BOX 5200, BAYTOWN, TX 77522

10924   EXXON CHEMICAL, 5200 BAYWAY DRIVE, BAYTOWN, TX 77520

10924   EXXON CHEMICALS AMERICA, PO BOX 1653, MONT BELVIEU, TX 77580

10924   EXXON CHEMICALS AMERICA, PURCHASING DEPT., PO BOX 1653, MONT BELVIEU, TX 77580

10925   EXXON CO USA, DAVE ROBERTSON PE, 1200 TIMBERLOCH PLACE, MAIL ROOM 3 SOUTH, THE
        WOODLANDS, TX 77380

10924   EXXON CO, 3545 SCENIC HWY, 213 STATION/JAMES, BATON ROUGE, LA 70805

10924   EXXON CO. USA, 700 EXXON ROAD, BILLINGS, MT 59101

10924   EXXON CO. USA, PO #, 3300 BAYSHORE DRIVE, BENICIA, CA 94510

10924   EXXON CO. USA, SAN JACINTO & CROSBY, BAYTOWN, TX 77520

10925   EXXON COMPANY USA, BOX 44145, SAN FRANCISCO, CA 94144

10925   EXXON COMPANY USA, PO BOX 4695, HOUSTON, TX 77210-4695

10924   EXXON COMPANY, U.S.A., 14 MILES N.W SAYRE, SAYRE, OK 73662

10924   EXXON COMPANY, U.S.A., ROUTE 2 - BOX 48A, SAYRE, OK 73662

10924   EXXON COMPANY, USA, 772 US 98 BYPASS, COLUMBIA, MS 39429

10925   EXXON COMPANY, USA, PO BOX 2812, HOUSTON, TX 77252-2812

10924   EXXON COMPANY, USA, SAN JACINTO & RAILROAD AVENUE, STATION 45 AVENUE, BAYTOWN, TX
        77520

10924   EXXON CORP, BAPP FINISHING WHSE, STA 99,ATTN: KENNETH FOSTER, BAYTOWN, TX 77520

10924   EXXON CORP, BAYTOWN CHEMICAL PLANT, PO BOX 4922, HOUSTON, TX 77210

10925   EXXON CORP, G T THERIOT ENV & SAFETY DEPT MANAG,

10924   EXXON CORP, STORES & REC'G, SAN JACINTO & RAILROAD AVENUE, BAYTOWN, TX 77520-2099

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | EXXON CORP., 3400 EAST 2ND. STREET, BENICIA, CA 94510 | |
| 10924 | EXXON CORP., BATON ROUGE REFINERY, PO BOX 4552, HOUSTON, TX 77210-4552 | |
| 10924 | EXXON CORP., BAYTOWN POLYMERS CENTER, PO BOX 5200, BAYTOWN, TX 77522 | |
| 10924 | EXXON CORP., BENICIA REFINERY STORES, 3300 BAYSHORE, BENICIA, CA 94510-1097 | |
| 10924 | EXXON CORP., BENICIA REFINERY, PO BOX 4695, HOUSTON, TX 77210-4695 | |
| 10924 | EXXON CORP., MONT BELVIEU PLASTICS PLANT, ATTN: K R ADAMS, 13330 HATCHERVILLE ROAD, MONT BELVIEU, TX 77580 | |
| 10924 | EXXON CORP., NO 1 STORES DOCK, 3545 SCENIC HWY, BATON ROUGE, LA 70805-3359 | |
| 10924 | EXXON CORPORATION, ATT: WESLEY GREGERSEN, STA 99 MATL GATE 3800 PARK STREET, BAYTOWN, TX 77520 | |
| 10924 | EXXON CORPORATION, BAYTOWN CHEMICAL PLANT, PO BOX 4922, HOUSTON, TX 77210-4922 | |
| 10924 | EXXON CORPORATION, BAYTOWN CHEMICAL PLANT, PO BOX 4922, HOUSTON, TX 99999 | |
| 10924 | EXXON CORPORATION, BAYTOWN REFINERY, PO BOX 4646, HOUSTON, TX 77210 | |
| 10924 | EXXON CORPORATION, MONT BELVIEU PLASTICS PLANT, 13330 HATCHERVILLE ROAD, MONT BELVIEU, TX 77580 | |
| 10924 | EXXON CORPORATION, MONT BELVIEU PLASTICS PLANT, PO BOX 1653, MONT BELVIEU, TX 77580-1653 | |
| 10924 | EXXON CORPORATION, PO BOX 4004, BAYTOWN, TX 77522-4004 | |
| 10924 | EXXON MOBIL CHEMICAL CO, PO BOX 4004, BAYTOWN, TX 77522-4004 | |
| 10925 | EXXON MOBIL CORP FOR EXXON CORP, ZANE K BOLEN, | |
| 10924 | EXXON MOBIL CORPORATION, (V464100705A), PO BOX 874, JOLIET, IL 60434 | |
| 10924 | EXXON MOBIL CORPORATION, I-55 & ARSENAL ROAD (EAST SIDE), JOLIET, IL 60434 | |
| 10924 | EXXON MOBIL CORPORATION, INTERSTATE 55 & ARSENAL ROAD, JOLIET, IL 60434 | |
| 10924 | EXXON MOBIL OIL COPORATION, TORRANCE REFINERY, 3700 W. 190TH STREET, TORRANCE, CA 90504-5733 | |
| 10924 | EXXON MOBIL OIL CORPORATION, PO BOX 2806, DALLAS, TX 75221 | |
| 10924 | EXXON MOBIL OIL CORPORATION, PO BOX 2845, TORRANCE, CA 90509-2845 | |
| 10924 | EXXON MOBIL OIL CORPORATION, TORRANCE REFINERY, 3700 WEST 190TH STREET, TORRANCE, CA 90504-5733 | |
| 10924 | EXXON MOBIL PROCESS RESEARCH LABS, PO BOX 2226, BATON ROUGE, LA 70821 | |
| 10924 | EXXON MOBIL, #1 STORES DOCK, 3545 SCENIC HWY., BATON ROUGE, LA 70805 | |
| 10924 | EXXON MOBIL, 1 FINDERNE AVENUE, BRIDGEWATER, NJ 08807 | |
| 10924 | EXXON MOBIL, 1001 AIRHART - ASPHALT SCALE, BAYTOWN, TX 77520 | |
| 10924 | EXXON MOBIL, 3400 EAST SECOND STREET, BENICIA, CA 94510 | |
| 10924 | EXXON MOBIL, 700 EXXON ROAD, BILLINGS, MT 58191-6363 | |
| 10924 | EXXON MOBIL, 700 EXXON ROAD, BILLINGS, MT 59101 | |
| 10924 | EXXON MOBIL, BATON ROUGE REFINERY PCLA #3, BATON ROUGE, LA 70821 | |
| 10924 | EXXON MOBIL, BATON ROUGE REFINERY, PCLA #2, BATON ROUGE, LA 70831 | |
| 10924 | EXXON MOBIL, BATON ROUGE REFINERY, PO BOX 4275, HOUSTON, TX 77210-4275 | |
| 10924 | EXXON MOBIL, BEAUMONT REFINERY, BEAUMONT, TX 77701 | |
| 10924 | EXXON MOBIL, BENICIA REFINERY, BENICIA, CA 94510 | |
| 10924 | EXXON MOBIL, END OF BURT STREET, BEAUMONT REFINERY, BEAUMONT, TX 77701 | |
| 10924 | EXXON MOBIL, FCC UNIT NO. 3, BAYTOWN, TX 77520 | |
| 10924 | EXXON MOBIL, PO BOX 139092, DALLAS, NY 75331-9092 | |
| 10924 | EXXON MOBIL, PO BOX 2226, BATON ROUGE, LA 70821 | |
| 10924 | EXXON MOBIL, PO BOX 2788, BEAUMONT, TX 77704-2788 | |
| 10924 | EXXON MOBIL, PO BOX 4275, HOUSTON, TX 77210 | |
| 10924 | EXXON MOBIL, PO BOX 4614, HOUSTON, TX 77210-4614 | |
| 10924 | EXXON MOBIL, PO BOX 4646, HOUSTON, TX 77210 | |
| 10924 | EXXON MOBIL, PO BOX 4695, HOUSTON, TX 77210 | |
| 10924 | EXXON MOBIL, PO BOX 770, FLORHAM PARK, NJ 07932-0770 | |
| 10924 | EXXON MOBIL, PO BOX 80, BAYTOWN, TX 77522 | |
| 10924 | EXXON MOBIL, PO BOX 874, JOLIET, IL 60434 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   EXXON MOBIL, PO BOX 874, JOLIET, IL 60434

10924   EXXON MOBIL, RESEARCH CENTER, BATON ROUGE, LA 70821

10924   EXXON REFINERY LABORATORY, SAN JACINTO STREET, STATION 45, BAYTOWN, TX 77520

10925   EXXON RESEARCH & ENGINEERING CO, 180 PARK AVE, FLORHAM PARK, NJ 07932-0101

10924   EXXON U.S.A., 1400 S. HARRISON, OLATHE, KS 66051

10924   EXXON U.S.A., PO BOX 1974, OLATHE, KS 66051

10925   EXXON, ARTHUR E CHIN, SUPERFUND CONSULTANT, 1900 E LINDEN AVE, PO BOX 728, LINDEN, NJ 07036

10924   EXXON, ATTN: BARB KNIGHT, LAB BLDG., 1790 PARIS RD., CHALMETTE, LA 70043

10925   EXXON, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925   EXXON, DAVID M BATES, GARDERE WYNN SEWELL &, 1000 LOUISIANA, SUITE 3400, HOUSTON, TX 77002

10925   EXXON, PO BOX 105992, ATLANTA, GA 30348-5992

10925   EXXON, PO BOX 4559, CAROL STREAM, IL 60197

10925   EXXON, STEPHEN D TITUS EXXON BIOMED, SCCN 2350, PO BOX 971, AMANDALE, NJ 08801-0971

10925   EXXON/GECC, PO BOX 9710, MACON, GA 31297-9710

10924   EXXON/MOBIL CHEMICAL COMPANY, 4500 BAYWAY DR, BAYTOWN, TX 77520

10925   EXXONMOBIL CHEMICAL COMPANY, DEPT AT40161, ATLANTA, GA 31192-0161

10925   EXXONMOBIL CORPORATION, PO BOX 480, PAULSBORO, NJ 08066-0480

10924   EXXON-MOBILE BCL BUILDING, 4300 BAY WAY DRIVE, BAYTOWN, TX 77520

10925   EYADIEL V UTHUP &, ACHIAMMA E UTHUP JT TEN, 12616 BRICKSTONE COURT, OKLAHOMA CITY, OK 73142-2229

10925   EYAL COURT REPORTING, INC, 84 STATE ST , 2ND FL, BOSTON, MA 02109

10925   EYAL, JACOB, 28 EMERALD RIDGE COURT, BALTIMORE, MD 21209

10925   EYAMBE, PAMELA, 7570 THISTLE LN, DALLAS, TX 75246

10925   EYE CARE CENTER OF RED BANK, 3928 DAYTON BLVD., CHATTANOOGA, TN 37415

10925   EYE, PATRICK, 7736 MIDDLEGATE COURT, PASADENA, MD 21122

10925   EYECARE ASSOCIATES, PO BOX 505, LEEDS, AL 35094

10925   EYELETS FOR INDUSTRIES, 45 OLD WATERBURY ROAD, THOMASTON, CT 06787

10925   EYER JR, LOWELL W, 2516 NO 60TH AVE, OMAHA, NE 68104-0000

10925   EYER, TIMOTHY, 297 STONE HILL ROAD, SHOEMAKERSVILLE, PA 19555

10925   EYLEM, JAY, BERKSHIRE CORP. PARK, BETHEL, CT 06801

10924   EYMAQ INC, 13225 S.W. 131ST ST, MIAMI, FL 33186

10924   EYMAQ INC., 8015 NORTHWEST 29TH STREET, MIAMI, FL 33122

10925   EYMARD, ANTHONY, PO BOX 585, CUT OFF, LA 70345

10925   EYMARD, NATHAN, RT. 1, BOX 10-B, LOCKPORT, LA 70374

10925   EYRES, CORA DELL, 6665 MISSION GORGE RD, D-2, SAN DIEGO, CA 92120-2312

10925   EYTHELL, MICHAEL, 5005 GEORGI LANE, HOUSTON, TX 77092

10924   E-Z CART CONCRETE, 5701 CORONADO AVENUE NE, ALBUQUERQUE, NM 87109

10924   E-Z EXCAVATING COMPANY, INC., 1000 HOWARD ROAD, ROCHESTER, NY 14624

10925   E-Z MAPS, PO BOX 8252, BELLFLOWER, CA 90707

10924   E-Z TRANSMIX, INC., 600 E-Z STREET, PRESCOTT, AZ 86301

10924   E-Z TRANSMIX, INC., ATTN:  ACCOUNTS PAYABLE, PRESCOTT, AZ 86302

10924   E-Z TRANSMIX/PV, 2625 N. THIRD STREET, PRESCOTT VALLEY, AZ 86314

10925   EZ WAY/ MOBILE STORAGE GROUP, PO BOX 808, EDISON, NJ 08818

10924   EZELL, 15620 SCHUMACHER AVE., SANTA FE SPRINGS, CA 90670

10925   EZELL, BILLY, PO BOX 264, PARIS, AR 72855

10925   EZELL, FREEMAN, 2660 RUSSELL ROAD, UTICA, KY 42376

10925   EZELL, GARY, 301 N W 2ND, LINDSAY, OK 73052

10925   EZELL, MARGARET, 545 S IRWIN AVE, SPARTANBURG, SC 29301

10925   EZELL, SANDRA, 162 N. MACDONALD, MESA, AZ 85201

10925   EZELL, STEPHEN, RT 1, BOX 48A1, BOWLING GREEN, FL 33834

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   E-Z-GO TEXTRON INC., PO BOX 105185, ATLANTA, GA 30348

10925   EZZAT, FARZANA, 743 LA CUMBRE, CORONA, CA 91719

10925   EZZELL, DELORES, 1508 OHIO AVE, DUNEDIN, FL 34698

10925   EZZELL, KEVIN, 3 FREEDOM CIRCLE, PORTSMOUTH, NH 03801

10925   EZZO, MARY, 12011 MERRIWEATHER, CHARLOTTE, NC 28273

10925   EZZO, THERESA, 65-74 WETHEROLE ST, REGO PARK, NY 11374

10925   EZZOLO, BARBARA C, PO BOX 1731, DARIEN, CT 06820-1731

10925   EZZOLO, BARBARA, PO 1731, DARIEN, CT 06820-1731

10924   EZZOLO, ROSEANN, 6454 MAIN STREET, TRUMBULL, CT 06611

10924   F & B MFG. CO., INC., 4316 N. 39TH AVENUE, PHOENIX, AZ 85019

10924   F & F CONCRETE - SOUTHINGTON, 110 W. MAIN ST., PLANTSVILLE, CT 06479

10924   F & F TWO, MARCUS HOOK, PA 19061

10924   F & H CONCRETE CORP, 255 ALABAMA BLVD., JACKSON, GA 30233

10925   F & H NOZZLE SPECIALISTS, INC, 505 N YOSEMITE ST, STOCKTON, CA 95203

10924   F & M ELECTRIC SUPPLY COMPANY, 29 FEDERAL ROAD, DANBURY, CT 06810

10924   F & S CONCRETE, 201 S. JACKSON ROAD, LAUREL, FL 34272

10924   F & S TRANSIT MIX, LONDONDERRY, NH 03053

10924   F AND C FIREPROOFING, 570-C INDUSTRIAL PARK DRIVE, NEWPORT NEWS, VA 23602

10925   F AND H NOZZLE SPECIALISTS, INC, 505 NORTH YOSEMITE ST, STOCKTON, CA 95203

10925   F AND M PAINTING & DECORATING, BOX 44A, MELBOURNE, KY 41059

10925   F C PHILLIPS INC, 471 WASHINGTON ST, STOUGHTON, MA 02072

10925   F CAPPY KAPLAN &, MYRA KAHAN TEN COM, 1 SHORE RD, EDGEWATER, NJ 07020-1519

10925   F D JOSEPH CONSULTING, 19219 CAPTAIN WATCH RD, CORNELIUS, NC 28031

10925   F E KENNEY CO INC, 16 UNION ST, WOBURN, MA 01801

10924   F G SULLIVAN JR CONT, 9313 CHOCTAW, BATON ROUGE, LA 70815

10925   F GERALD MAPLES ASSOC, 201 ST CHARLES AVE, PLACE ST. CHARLES, STE 3204, NEW ORLEANS, LA 70170

10925   F GLENN SHOLTE &, CATHERINE F SHOLTE JT TEN, 11035 ASHLAND WAY, SHREVEPORT, LA 71106-9349

10925   F GORDON STEER, 5301 BRYANT IRVIN 124, FORT WORTH, TX 76132-4019

10925   F H AYER MANUFACTURING CO, 2015 HALSTED ST, CHICAGO HEIGHTS, IL 60411

10925   F H AYER MANUFACTURING CO, PO BOX 247, CHICAGO HEIGHTS, IL 60411

10925   F H BRADFORD & H R BRADFORD TR UA, APR 9 87 FRANCIS H BRADFORD &, HELEN ROBERTA BRADFORD FAM TRUST, 55 GIPSY LANE, BERKELEY, CA 94705-1532

10925   F H LEINWEBER COMPANY, INC, 9812 S. CICERO AVE, OAK LAWN, IL 60453

10925   F J GRUNSFELD, 270 HAROEH ST, PO BOX 524, RAMAT-GAN, ISRAEL      *VIA Deutsche Post*

10925   F JOSEPH MC DERMOTT, 131 N JOHANNA DR, CENTERVILLE, OH 45459-4625

10925   F L ROBINSON & L A DE LUCIA TR, UA DEC 22 1961 DEVEREAUX ROBINSON, FBO FLORENCE DEVEREAUX &, ROBINSON DE LUCIA, 3256 E TERRA ALTA BLVD, TUCSON, AZ 85716-4540

10924   F MEISWINKEL, 2060 NEWCOMB, SAN FRANCISCO, CA 94107

10924   F MEISWINKEL/DLC-350 CONVENTION WAY, REDWOOD CITY, CA 94059

10924   F MEISWINKEL/HALF MOON BAY HIGH, SAN FRANCISCO GRAVEL, HALF MOON BAY, CA 94019

10924   F MEISWINKEL/SAN MATEO COUNTY HOSP., SAN FRANCISCO GRAVEL, SAN MATEO, CA 94401

10924   F MEISWINKEL/TENDERLOIN SCHOOL, VAN NESS & TURK, SAN FRANCISCO, CA 94107

10924   F MEISWINKEL/UCSF, 2060 NEWCOMB, SAN FRANCISCO, CA 94101

10924   F MEISWINKLE/ASIAN ART MUSEUM, 2060 NEWCOMB, SAN FRANCISCO, CA 94101

10924   F MEISWINKLE/CENTURY PLAZA II, WINCHESTER & TISCH, SAN JOSE, CA 95101

10925   F MILLER & SONS INC, PO BOX 16863, LAKE CHARLES, LA 70616

10925   F P BOER, 47 COUNTRY ROAD S, BOYNTON BEACH, FL 33436

10925   F P GOODWIN, INC, PO BOX 337, PELHAM, NH 03076

10925   F R HURLEY, 1452 ROSEMOOR RD, JAMESTOWN, OH 45335-9553

10925   F R KELLY & CO, 27 CLYDE ROAD, DUBLIN 4, IRELAND      *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   F RAGAN LENTZ, 1311 MERIDENE DR, BALTIMORE, MD 21239-2026

10925   F S WELSFORD CO INC, 803 BURMONT RD, DREXEL HILL, PA 19026

10925   F SANTIAGO, 145 W JAY ST, CARSON, CA 90745-2909

10925   F U S, 17 CANAL STREET   PO BOX 144, PEQUABUCK, CT 06781

10924   F W CLEMENS CO INC, 3357 GRAVOIS RD, SAINT LOUIS, MO 63118

10925   F W DODGE CO, 7625 COLLECTION CENTER DR, CHICAGO, IL 60693-0076

10925   F W GARTNER COMPANY, PO BOX 1303, HOUSTON, TX 77251

10925   F W MYERS AND COMPANY INC, PO BOX 19348, NEWARK, NJ 07195-0348

10925   F W NEWTON CO INC, 600 ANN ST, PARKERSBURG, WV 26101

10924   F W WEBB CO., 7 REDMOND STREET, EAST MERRIMACK, NH 03054

10925   F W WEBB COMPANY, 237 ALBANY ST, BOSTON, MA 02118

10924   F&C WILD FLAVORS, INC., 1261 PACIFIC AVENUE, ERLANGER, KY 41018

10924   F&C WILD FLAVORS, INC., 1350 DOLWICK ROAD, ERLANGER, KY 41018

10924   F&C WILD FLAVORS, INC., 890 REDNA TERRACE, CINCINNATI, OH 45215

10924   F&F CONCRETE, 110 W.MAIN ST, PLANTSVILLE, CT 06479

10925   F&J SPECIALTIES, INC, 7056 SW 44TH ST., MIAMI, FL 33155

10925   F&J SPECIALTY PRODUCTS, INC, PO BOX 2888, OCALA, FL 34478-2888

10924   F&S CONCRETE, 201 SOUTH JACKSON ROAD, LAUREL, FL 34272

10925   F&S DISTRIBUTING CO, INC, 4444 E. 26TH ST., LOS ANGELES, CA 90023

10924   F&S SPERRY CO INC, 1907 VANDER HORN DR, MEMPHIS, TN 38134

10924   F&S TRANSIT MIX CO, PO BOX 415, MANCHESTER, NH 03105

10924   F&S TRANSIT MIX CO., DO NOT USE THIS CUST. #, MANCHESTER, NH 03105

10924   F&S TRANSIT MIX, DUNBARTON RD, MANCHESTER, NH 03105

10924   F. D. LAWRENCE ELECTRIC, 3450 BEEKMAN ST, CINCINNATI, OH 45223

10924   F. L. CRANE, TISHAMINGO HOSPITAL, IUKA, MS 38852

10924   F. L. HAYNIE CONSTRUCTION CO, INC, 205 ARCADO ROAD, LILBURN, GA 30048

10924   F. MEINERS, TRONADOR 4890 10 FLOOR, BUENOS AIRES, 09999ARG     *VIA Deutsche Post*

10924   F. MILLER & SONS, 5121 HWY 90 G, LAKE CHARLES, LA 70615

10924   F. MILLER & SONS, INC., PO BOX16863, LAKE CHARLES, LA 70616

10925   F. N. CUTHBERT INC., PO BOX 4127, TOLEDO, OH 43609-0127

10924   F. R. CARROLL, INC., P.O. BOX 9, LIMERICK, ME 04048

10924   F. R. CARROLL, INC., ROUTE 11, LIMERICK, ME 04048

10924   F.A. BURCHETTA, 1 SENASQUA RD, CROTON ON HUDSON, NY 10520

10924   F.A.A. AIR TRAFFIC CONTROL TOWER, MULCAHY DRYWALL, MINNEAPOLIS, MN 55450

10925   F.B. WRIGHT CO., 4689 ASHLEY DR., HAMILTON, OH 45011

10925   F.B. WRIGHT CO., PO BOX 46507, CINCINNATI, OH 45240

10924   F.B.I.  HEADQUARTERS, 200 MCCARTHY AVE., ALBANY, NY 12201

10925   F.C. KINGSTON CO., 2943 GLENEDEN, LOS ANGELES, CA 90039

10924   F.D. LAWERENCE ELECTRIC CO., THE, 3450 BEEKMAN STREET, CINCINNATI, OH 45223

10925   F.D. LAWRENCE ELCTRIC CO., PO BOX 630341, CINCINNATI, OH 45263-0341

10924   F.D. LAWRENCE ELECTRIC, THE, 3450 BEEKMAN STREET, CINCINNATI, OH 45223

10924   F.E.C.P./CAST CRETE CORP, 6324 COUNTY ROAD 579, SEFFNER, FL 33584

10924   F.E.C.P./CAST CRETE CORP, ATN:  ACCOUNTS PAYABLE, TAMPA, FL 33623-4567

10924   F.E.C.P./CAST CRETE CORP, ATTN:  ACCOUNTS PAYABLE, TAMPA, FL 33623-4567

10924   F.E.L. SUPPLY CORP., 411 S. VERMONT, PALATINE, IL 60067

10924   F.E.L. SUPPLY, 411 S VERMONT, PALATINE, IL 60067

10924   F.F. THOMPSON HOSPITAL, 350 PARRISH STREET, CANANDAIGUA, NY 14424

10924   F.G. CONSTRUCTORS C/O LONGWOOD, 1385 W. STATE RD #434, LONGWOOD, FL 32750

10924   F.G.M. GLASS DISTRIBUTORS INC., 895 MOTOR PARKWAY, SMITHTOWN, NY 11787

10925   F.H. AYER MANUFACTURING CO., 2015 HALSTED ST., CHICAGO HEIGHTS, IL 60411

10925   F.H. GASKINS & CO., 4 NASHUA CT., #3, BALTIMORE, MD 21221

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   F.H. PUMPS INC., 4835-A COLT ST, VENTURA, CA 93003

10925   F.H.AYER MANUFACTURING COMPANY, POBOX 247, CHICAGO HEIGHTS, IL 60411-0247

10924   F.I.C.S. PUGET SOUND, F.P. WOLL & CO., 467 W. STREET, BREMERTON, WA 98314

10924   F.J. O'TOOLE CO., 22925 INDUSTRIAL DR. W, SAINT CLAIR SHORES, MI 48080

10924   F.L. CRANE & SON, CAMBRIDGE, MA 02140

10924   F.L. CRANE C/O JESCO, CAMBRIDGE, MA 99999

10924   F.L. CRANE C/O JESCO, NORTH MISSISSIPPI MEDICAL CENTER, TUPELO, MS 38801

10924   F.L.CRANE & SONS, BOX 428, FULTON, MS 38843

10924   F.M. RUSSELL CO., 1912 HOLTZCLAW AVE, CHATTANOOGA, TN 37401

10924   F.M. RUSSELL, PO BOX 188, CHATTANOOGA, TN 37401

10925   F.N. SHEPPARD, 1261 JAMIKE DR., PO BOX 18520, ERLANGER, KY 41018

10925   F.P. FENSEL SUPPLY CO., HWY 421 NORTH - PO BOX 2063, WILMINGTON, NC 28402

10925   F.P. FENSEL SUPPLY COMPANY, PO BOX 2063, WILMINGTON, NC 28402

10924   F.P. WOLL & COMPANY, 10060 SANDMEYER LANE, PHILADELPHIA, PA 19116

10924   F.R. CARROLL INC., PO BOX 9, LIMERICK, ME 04048

10924   F.R. CHEMICALS, 524 S. COLUMBUS AVENUE, MOUNT VERNON, NY 10550

10925   F.R. GROSS COMPANY, 1397 COMMERCE DRIVE, STOW, OH 44224

10924   F.R. HOUSEHOLDER & SON, RD 1 BOX 108, HUNTINGDON, PA 16652

10924   F.R. HOUSEHOLDER & SONS, RD 1 BOX 108, HUNTINGDON, PA 16652

10925   F.S. CAP & SONS, 108 WASHINGTON AVE, CARTERET, NJ 07008

10924   F.S. PRESTRESS INC., 7284 US HIGHWAY 49, HATTIESBURG, MS 39402

10924   F.S. SPERRY CO., INC., C/O TAYLOR CLAY PRODUCTS, SALISBURY, NC 28147

10924   F.S. SPERRY CO., INC., CAMBRIDGE, MA 02140

10924   F.S. VAN HOOSE & CO., 625 DEPOT ROAD, PAINTSVILLE, KY 41240

10924   F.S. VAN HOOSE CO., 12 DUNCAN ST., PRESTONSBURG, KY 41653

10924   F.S. VAN HOOSE WHLSE CO, BOX 1618, PAINTSVILLE, KY 41240

10924   F.T. KREPS & SONS, 14311 BEAVER SPRINGFIELD ROAD, NEW SPRINGFIELD, OH 44443

10924   F.T. KREPS/MISC., 14311 BEAVER SPRINGS RD., NEW SPRINGFIELD, OH 44443

10924   F.U.S., 200 GREENWICH AVE., GREENWICH, CT 06830

10924   F.W. OLIN TECHNICAL CENTER, C/O WILKIN, 638 38TH STREET, ROCK ISLAND, IL 61201

10924   F.W. RICKARD SEED CO., 4330 COLBY ROAD, WINCHESTER, KY 40391

10925   F.W.WEBB, 237 ALBANY ST, BOSTON, MA 02118

10924   F/U C/O METRO C/O WM GULPH BRDG, 74 SOUTH 5TH ST. @ BERRY ST, BROOKLYN, NY 11211

10925   F1 PRESTRESSED CONC ASSOC., PO BOX 08669-0669, FORT MYERS, FL 33908

10924   F-3 ENTERP/NORTH CONNECTOR BRIDGE, SAN FRANCISCO AIRPORT, SAN FRANCISCO, CA 94101

10924   F-3 ENTERPRISES, 2548 MOCKING BIRD HILLS RD., WALNUT CREEK, CA 94593

10924   F-3 ENTERPRISES/MT. DIABLO ARTS, CORNER OF EL CERRO & HWY 680, DANVILLE, CA 94506

10925   F-3, 2548 MOCKINGBIRD HILL, WALNUT CREEK, CA 94596

10924   F-3/1 POST STREET, SAN FRANCISCO, CA 94101

10924   F-3/1200 PACIFIC, CEN CAL WALLBOARD SUPPLY, SANTA CRUZ, CA 95060

10924   F-3/BERNAL PLAZA II, HIGHWAY 680 & BERNAL, PLEASANTON, CA 94566

10924   F-3/CALIFORNIA TEACHER'S ASSOC., 1845 MAGNOLIA, BURLINGAME, CA 94010

10924   F-3/CALIFORNIA TEACHER'S ASSOC., GYPSUM DRYWALL SUPPLY, BURLINGAME, CA 94010

10924   F3/JESSE BETHEL SCHOOL, ASCOTT & REDWOOD PKWY, VALLEJO, CA 94589

10924   F-3/LOS BANOS JR. HIGH SCHOOL, CEN CAL WALLBOARD SUPPLY, LOS BANOS, CA 93635

10924   F-3/LOS GATOS, LOS GATOS, CA 95030

10924   F-3/MCI WORLD COMMUNICATION, 1330 BROADWAY, OAKLAND, CA 94601

10924   F-3/MILPITAS HIGH SCHOOL, CEN CAL WALLBOARD SUPPLY, MILPITAS, CA 95035

10924   F-3/PEOPLE'S SOFT, CEN CAL WALLBOARD SUPPLY, PLEASANTON, CA 94566

10924   F-3/RADISSON, SAN FRANCISCO, CA 94101

10924   F-3/ROSSMORE, CEN CAL WALLBOARD SUPPLY, WALNUT CREEK, CA 94596

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | F-3/SAN FRANCISCO AIRPORT, NORTH CONNECTOR, SAN FRANCISCO, CA 94101 | |
| 10924 | F-3/SANTA CLARA VALLEY, CEN CAL WALLBOARD SUPPLY, SAN JOSE, CA 95113 | |
| 10924 | F-3/TARGET, YGNACIO VALLEY RD., WALNUT CREEK, CA 94596 | |
| 10924 | F-3/TOWER SHORES, 201 REDWOOD SHORES PKWY., BELMONT, CA 94002 | |
| 10924 | F-3/UNIVERSITY TOWN CENTER, CEN CAL WALLBOARD SUPPLY, SANTA CRUZ, CA 95060 | |
| 10924 | F-3/VALLEJO HIGH SCHOOL, C/O GYPSUM DRYWALL, VALLEJO, CA 94589 | |
| 10924 | F-3/VALLEY MEDICAL, CEN CAL WALLBOARD SUPPLY, PLEASANTON, CA 94566 | |
| 10925 | FA JOHNSON INC, 4700 NORTH POWERLINE ROAD, FORT LAUDERDALE, FL 33309 | |
| 10924 | FAA, NASHUA, NASHUA, NH 03060 | |
| 10924 | FAA, NASHUA, NH 03060 | |
| 10924 | FAA/ATC BUILDING, 3229 DEMOCRAT ROAD, MEMPHIS, TN 38118 | |
| 10925 | FABAC, M. F., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | FABAC, MARTIN, 1403 WALDEN COURT, CROFTON, MD 21114 | |
| 10925 | FABACHER, JOHN, 305 HOUSTON DRIVE, WESTLAKE, LA 70669 | |
| 10924 | FABALL USA, LLC, 8303 PULASKI HWY., BALTIMORE, MD 21237 | |
| 10924 | FABALL USA, LLC., 8303 PULASKI HIGHWAY, ROSEDALE, MD 21237 | |
| 10925 | FABBOZZI, DELIA, 4220 K LYNN POINT, RALEIGH, NC 27613 | |
| 10924 | FABCON (CARRIBEAN) LIMITED, 3A PORT HENDERSON RD, ST CATHERINE, JAMAICA | *VIA Deutsche Post* |
| 10924 | FABCON LLC, 17701 SPRINGMILL RD, WESTFIELD, IN 46074 | |
| 10924 | FABCON LLC, 3400 JACKSON PIKE, GROVE CITY, OH 43123 | |
| 10924 | FABCON, LLC, 17701 SPRINGMILL ROAD, WESTFIELD, IN 46074 | |
| 10924 | FABCON, LLC, PO BOX 553, WESTFIELD, IN 46074 | |
| 10925 | FABCORP, INC, 6951 WEST LITTLE YORK, HOUSTON, TX 77040 | |
| 10924 | FABE S.A., AVENIDA CENTENARIO ZONA TIQUIPAYA, COCHABAMBA, BOL | *VIA Deutsche Post* |
| 10925 | FABEL TRUCK & TRAILER REPAIR, 1991 PROSPECT COURT, APPLETON, WI 54915 | |
| 10925 | FABENCO INC., 2012 KARBACH, HOUSTON, TX 77092 | |
| 10925 | FABENCO, 2012 KARBACH, HOUSTON, TX 77092 | |
| 10925 | FABER PUMP & EQUIPMENT, INC, 6027 SCHUMACHER PARK DR., WEST CHESTER, OH 45069 | |
| 10925 | FABER, CYNTHIA, 5709 N 19TH PLACE, PHOENIX, AZ 85016 | |
| 10925 | FABER-RENOFF, 5339-A ENTERPRISE ST., SYKESVILLE, MD 21784 | |
| 10925 | FABIAN AMANTE, 100 ROGERS BRIDGE RD., DUNCAN, SC 29334 | |
| 10925 | FABIAN AMANTE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | FABIAN, KATHY, 517 GARRETT ST, FOUNTAIN INN, SC 29644 | |
| 10925 | FABIANO, VINCENT, 9 OLDE CONNECTICUT PATH, WESTBOROUGH, MA 01581-2215 | |
| 10925 | FABRE, B, 155 MARILYN DR.BOX 47, BATON ROUGE, LA 70815 | |
| 10925 | FABREGAS, KENNETH, 610 ORANGE WOOD, CONROE, TX 77302-1180 | |
| 10925 | FABREGAS, SIDNEY, 2210 LUCRETIA LANE, PINEHURST, TX 77362 | |
| 10925 | FABRI VALVE (ITT), 1275 W. ROOSEVELT ROAD, WEST CHICAGO, IL 60185 | |
| 10924 | FABRICA BLOQUES VEGA BAJA, ATTENTION: ACCOUNTS PAYABLE, VEGA BAJA, PR 694PUERTO RICO | *VIA Deutsche Post* |
| 10924 | FABRICA BLOQUES VEGA BAJA, AVE TRIO VEGA BAJENO KM 1.0, VEGA BAJA, PR 693PUERTO RICO | *VIA Deutsche Post* |
| 10924 | FABRICA BOLIVIANA DE ENVASES S.A., PO BOX1103, COCHABAMBA, 0BOL | *VIA Deutsche Post* |
| 10924 | FABRICAS GRANADA, RUTA 7 4-04 ZONA 4, GUATEMALA, 0GTM | *VIA Deutsche Post* |
| 10924 | FABRICAS MONTERREY (MEXICO), BRONCE Y REFORMA NUM. 2125, ENSENADA B.C., 0MEXICO | *VIA Deutsche Post* |
| 10924 | FABRICAS MONTERREY S.A. DE C.V., AV. ALFONSO REYES 2239 NTE, MONTERREY N.L., 64450MEXICO | *VIA Deutsche Post* |
| 10924 | FABRICAS MONTERREY S.A. DE C.V., INTERAMERICAN INDUSTRIAL PARK, 14213 BUSINESS AVENUE, LAREDO, TX 78041 | |
| 10925 | FABRICATED FILTERS INC., POST OFFICE BOX 23072, 5630 POWELL ST, HARAHAN, LA 70183 | |
| 10925 | FABRICATED FILTERS,INC, FILTER BELTS, PO BOX 23072, HARAHAN, LA 70183 | |
| 10925 | FABRICATED FILTERS,INC, PO BOX 23072, HARAHAN, LA 70183 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    FABRICATED METALS INC, 2401 MERCED ST, SAN LEANDRO, CA 94577-4286

10925    FABRICATED METALS, INC, 12 UNION ST., MODENA, PA 19358

10925    FABRICATED METALS, INC, 2401 MERCED ST., SAN LEANDRO, CA 94577-4286

10925    FABRICATED PRODUCTS CO., 1875 PLAIN AVE., AURORA, IL 60505

10924    FABRI-CENTERS OF AMERICA, INC., 5555 DARROW ROAD, HUDSON, OH 42228

10924    FABRI-CENTERS OF AMERICA, INC., 5555 DARROW ROAD, HUDSON, OH 44236

10925    FABRICO III, JASPER, 2235 S BUCKNELL ST, PHILADELPHIA, PA 19145

10924    FABRICOLOR MFG., 24.5 VAN HOUTEN STREET, PATERSON, NJ 07509

10924    FABRICOLOR MFG., PO BOX 2398, PATERSON, NJ 07509

10925    FABRIZ, HAROLD, 1870 SHELDON ST, SAINT PAUL, MN 55113

10925    FABRIZIO, ROCHELLE, 6 OVERLOOK DRIVE, ROCKAWAY, NJ 07866

10925    FACCIO, ERIC, 1943 SMITH ST, GREEN BAY, WI 54302

10925    FACCONE, DANELLI, 685 HWY. 3191, NATCHITOCHES, LA 71457

10925    FACELLA, LORRAINE, 5 LANDMARK RD, WESTFORD, MA 01886

10925    FACET ENTERPRISES, 8439 TRIAD DR, GREENSBORO, NC 27409

10925    FACET INTERNATIONAL, HGWY 59 SOUTH, STILWELL, OK 74960

10925    FACET INTERNATIONAL, PO BOX 50096, TULSA, OK 74150

10925    FACHA, VICTOR, 2449 OLIVE AVE, FREMONT, CA 94539

10924    FACILE HOLDINGS INC., 185 6TH AVENUE, PATERSON, NJ 07509

10924    FACILE HOLDINGS INC., PO BOX 2477, PATERSON, NJ 07509-2477

10924    FACILITIES PROTECTION SYS, INC, 2211 E. WINSTON RD. STE. L, ANAHEIM, CA 92806

10925    FACILITY SERVICES, 518 FOREST HILLS DR., ANNAPOLIS, MD 21403

10925    FACKINA, DONALD, 49 WAGNER LANE, NESHANIC STATION, NJ 08853

10925    FACKRELL, TERRY, PO BOX 992, LYMAN, WY 82937

10924    FACTORY CAST PRODUCTS, 16575 CLEAR CREEK RD, REDDING, CA 96001

10925    FACTORY CLEANING EQUIPMENT, INC, 103 N.11TH AVE., STE 6-A, SAINT CHARLES, IL 60174

10925    FACTORY MUTUAL ENGINEERING AND, 1151 BOSTON PROVIDENCE HWY, NORWOOD, MA 02062

10925    FACTORY MUTUAL INSURANCE CO, PO BOX 33146, NEWARK, NJ 07188-0146

10925    FACTORY MUTUAL RESEARCH CORP., POBOX 9102, NORWOOD, MA 02062

10925    FACULAK, J, 101 WASHINGTIN SQ. N, LANSING, MI 48933

10924    FADDIS CONCRETE PRODUCTS, 3515 KINGS HWY, DOWNINGTOWN, PA 19335

10925    FADEEV, ALEXANDER, 287 RIVER GLADE, AMHERST, MA 01002

10925    FADELS FOOD SERVICE EQUIPMENT & SUP, 1508 KEE COURT, CHARLOTTE, NC 28203-4400

10925    FADER, WILBUR, 1131 DELIQUIA DR, CINCINNATI, OH 45230

10925    FAEGRE & BENSON, 90 S. 7TH ST, MINNEAPOLIS, MN 55402-3901

10925    FAENCONI, LEO, 9401 SQUIRES CT, LAUREL, MD 20723

10924    FAFARD - FLORIDA, 3723 HOGSHEAD ROAD, APOPKA, FL 32703

10924    FAFARD OF SC., 1471 AMITY RD, ANDERSON, SC 29621

10924    FAFARD OF SC/NC, 1471 AMITY RD., ANDERSON, SC 29621

10925    FAFORD, CINDY, 435 W. PERRY, A, BRADLEY, IL 60915

10925    FAFOUTIS, NIKI, 820 S. WALKER AVE, SAN PEDRO, CA 90731-0000

10925    FAGAN, CYNTHIA, 780 W. LIBERTY, SUMTER, SC 29150

10925    FAGAN, DANIEL, 50 KINGS ROW, ASHLAND, MA 01721

10925    FAGAN, DONNA, 109 S.BURK, HOBBS, NM 88240

10925    FAGAN, EDWIN, 10509 W CAMPBELL AVE, PHOENIX, AZ 85037

10925    FAGAN, JAMES, 6522 BROOKLEIGH WAY, ALEXANDRIA, VA 22310

10925    FAGAN, KEITH, 15 RUTHELLEN RD, CHELMSFORD, MA 01824

10925    FAGAN, RAYMOND, 2007 RUDIE DRIVE, JEFFERSONVILLE, IN 47130

10925    FAGAN, ROY, 125 SHERWOOD FOREST, LAURENS, SC 29360-2641

10925    FAGAN, SEAN D, 10621 N. OAK HILLS PKWY #A, BATON ROUGE, LA 70810

10925    FAGAN, STEPHEN, 69 KILREA RD, DERRY, NH 03038

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FAGAN, WILLIAM, 2010 BEAVERDAM CT, WILLIAMSTON, SC 29697 | |
| 10924 | FAGENSTROM CO, 2101 NW BYPASS, GREAT FALLS, MT 59404 | |
| 10924 | FAGENSTROM CO., PO BOX 2623, GREAT FALLS, MT 59403 | |
| 10925 | FAGER, ERIC, 1222 N. OTT ST, ALLENTOWN, PA 18104 | |
| 10925 | FAGER, RHONDA, R. R. 3, ATLANTIC, IA 50022 | |
| 10925 | FAGER, ROBERT, 1222 NORTH OTT ST, ALLENTOWN, PA 18104 | |
| 10925 | FAGUE, HARRY, BOX 163, CURLLSVILLE, PA 16221 | |
| 10925 | FAGUE, PATRICIA, 1204 KENNAMER DR, HUNTSVILLE, AL 35801 | |
| 10925 | FAGUNDES, ISAIAS, 541 MAIN ST, MEDFORD, MA 02155 | |
| 10925 | FAHAY, HAROLD, 13118 HOLFTON HILLS, HOUSTON, TX 77069 | |
| 10925 | FAHERTY IV, J. GREG, 4 WALTER DRIVE, STONY POINT, NY 10980 | |
| 10925 | FAHEY, CHRISTOPHER, 12 HANSON LANE, DRACUT, MA 01826 | |
| 10925 | FAHEY, COLLETTE, 601 W. SAN MATEO DR.BLDG. 13 APT 144, SANTA FE, NM 87501 | |
| 10925 | FAHEY, JEANNE, 5306 PURLINGTON WAY, BALTIMORE, MD 21212 | |
| 10925 | FAHEY, MICHAEL, 17 RADCLIFFE DRIVE, HUDSON, NH 03051 | |
| 10925 | FAHEY, NEIL, 5 OLD COUNTY ROAD, WARE, MA 01082 | |
| 10925 | FAHNESTOCK, KAREN, 613 MC DIVITT DRIVE, GARLAND, TX 75040 | |
| 10925 | FAHRBACH, MICHAEL, 4098 REFORESTATION RD, GREEN BAY, WI 54313-8546 | |
| 10925 | FAHRNER, DONNA, 124 LILAC CIRCLE, GREENWOOD,, IN 46142 | |
| 10925 | FAI ELECTRONICS CORP, PO BOX 390071, BOSTON, MA 02241-0971 | |
| 10925 | FAID, ROBERT, 2 LONGMEADOW, TAYLORS, SC 29687 | |
| 10925 | FAIGEL, HOWARD, 4 CLARINA ST, WAKEFIELD, MA 01880 | |
| 10925 | FAIGLE REALTY & DEVELOPMENT CO, 1201 BRUNSWICK AVE, TRENTON, NJ 08683 | |
| 10924 | FAIGON ELECTRIC, 140 ELEVENTH ST., PISCATAWAY, NJ 08854 | |
| 10925 | FAIKEL, CHERYL, 2423 BELLWOOD LN, GREEN BAY, WI 54304 | |
| 10925 | FAIN, JACKI, 8874 WEST MT VIEW LANE, LITTLETON, CO 80125 | |
| 10925 | FAIN, RONALD, 10271 SCHAAF RD, SHREVE, OH 44676 | |
| 10925 | FAIN, TINA, 11640 SITKA, RENO, NV 89506 | |
| 10925 | FAINN, CHERYL, 2521 SWEETRIDGE CT., LITHIA SPRINGS, GA 30057 | |
| 10925 | FAIR ENGINEERING SALES, INC, PO BOX 8739, MANDEVILLE, LA 70448 | |
| 10925 | FAIR REACH CORPORATION, NEI-HU DISTRICT, 17 ALLEY 14 LANE 165, TAIPEI HSIEN, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | FAIR US TRACTOR SERVICE, 3658 11 MILE RD, FT. PIERCE, FL 34945 | |
| 10925 | FAIR US TRACTOR SVC INC, 3658 11 MILE ROAD, FORT PIERCE, FL 34945 | |
| 10925 | FAIR, ANNE, 18 SEAGATE RD, DARIEN, CT 06820 | |
| 10925 | FAIR, CRYSTAL, POBOX 532, GAINESVILLE, GA 30503 | |
| 10925 | FAIR, DONALD, 3420 W CROWN PTE BLVD. # 202, NAPLES, FL 34112 | |
| 10925 | FAIR, GREGORY, 506 SHOEMAKER ST, ATHENS, TN 37303 | |
| 10925 | FAIR, MONA LISA, 76 THIRD ST, SOMERVILLE, NJ 08876 | |
| 10925 | FAIR, ROY, 4524 OLD MULBERRY RD, LAKELAND, FL 33813 | |
| 10925 | FAIRBAIRN, JANE, 124 BELLE PLAINE, PARK RIDGE, IL 60068-0000 | |
| 10925 | FAIRBANK, VIRGINIA, 221 MT. AUBURN ST. #705, CAMBRIDGE, MA 02138 | |
| 10925 | FAIRBANKS SCALES INC., PO BOX 414986, KANSAS CITY, MO 64141-4986 | |
| 10925 | FAIRBANKS SCALES, 6805 HOBSON VALLEY DR, WOODRIDGE, IL 60517 | |
| 10925 | FAIRBANKS SCALES, 8971 A YELLOW BRICK RD., BALTIMORE, MD 21237 | |
| 10925 | FAIRBANKS SCALES, INC, 6805 HOBSON VALLEY DR., UNIT 103, WOODRIDGE, IL 60517 | |
| 10925 | FAIRBANKS SCALES, PO BOX 829198, PHILADELPHIA, PA 19182-9198 | |
| 10925 | FAIRBANKS, CHARLES, 11494 ENYART ROAD, LOVELAND, OH 45140 | |
| 10925 | FAIRBANKS, CHARLES, 4775 PADDOCK RD., CINCINNATI, OH 45229 | |
| 10925 | FAIRBROTHER, JEAN, 1401 37TH ST. CT. W, BRADENTON, FL 34205 | |
| 10925 | FAIRBURY READY MIX INC, RTE #24 EAST, FAIRBURY, IL 61739 | |
| 10924 | FAIRBURY READY MIX, P O BOX 196, FAIRBURY, IL 61739 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FAIRBURY READY MIX, RT 24 EAST, FAIRBURY, IL 61739

10925   FAIRCHILD INDUSTRIAL PROD., 3920 WESTPOINT BLVD, WINSTON-SALEM, NC 27103

10925   FAIRCHILD PRICE THOMAS, HALEY & WILLINGHAM, PO DRAWER 1719, 413 SHELBYVILLE ST, CENTER, TX 75935

10925   FAIRCHILD, ALLAN, 10931 MESQUITE, LA PORTE, TX 77571

10925   FAIRCHILD, DAVID, 12100 DEER HAVEN ROA, MARRIOTTSVILLE, MD 21104

10925   FAIRCHILD, LEE, 2272 LOMA HEIGHTS RD., NAPA, CA 94558

10925   FAIRCHILD, SAM, STAR ROUTE SOUTH, BOX 1556, ALAMOGORDO, NM 88310

10925   FAIRCHILD, SCOTT, 200 E. SCARBOROUGH FARE, STEWARTSTOWN, PA 17363

10925   FAIRCLOTH, SUSAN, RT 2 BOX 259C, STEDMAN, NC 28391

10925   FAIREY ARLON INC, 2920 99TH ST, STURTEVANT, WI 53177

10925   FAIREY, J, 362 GREENHILL DR, ANDERSON, SC 29621

10924   FAIRFAX CONCRETE, 8490 GARRETT HWY, OAKLAND, MD 21550

10924   FAIRFAX HOSPITAL JOB # EF7058, ROUTE 50, FAIRFAX, VA 22030

10924   FAIRFAX HOSPITAL, 3300 GALLOWS ROAD, FAIRFAX, VA 22031

10924   FAIRFAX SAND & CRUSHED STONE, HC 60, BOX 290, THOMAS, WV 26292

10924   FAIRFAX SAND & CRUSHED STONE, RT. 219S, MCHENRY, MD 21541

10924   FAIRFAX SAND&CRUSH STONE, RTE 1 BOX 290, THOMAS, WV 26292

10924   FAIRFIELD ELECTRIC SUPPLY, 711 POST ROAD, FAIRFIELD, CT 06430

10925   FAIRFIELD GROUP, THE, 2490 BLACK ROCK TURNPIKE STE 415, FAIRFIELD, CT 06430

10924   FAIRFIELD HIGH SCHOOL, C/O OMNI FIREPROOFING, HAMILTON, OH 45014

10924   FAIRFIELD HOSPITAL, 303 N.W. 11TH STREET, FAIRFIELD, IL 62837

10924   FAIRFIELD READY MIX COMPANY, 2062 BROOKVILLE ROAD, FAIRFIELD, IA 52556

10924   FAIRFIELD READY MIX, P O BOX 5, FAIRFIELD, IL 62837

10924   FAIRFIELD READY MIX, PO BOX 5, FAIRFIELD, IL 62837

10925   FAIRFIELD RENTAL SERVICE, 217 BENICIA ROAD, VALLEJO, CA 94590

10924   FAIRFIELD RENTAL SERVICE, 2525 CLAY BANK ROAD, FAIRFIELD, CA 94533

10924   FAIRFIELD SCIENTIFIC, PO BOX 369, OLD GREENWICH, CT 06870

10925   FAIRFIELD TRACTOR CO., 503 S. ASSEMBLY ST., COLUMBIA, SC 29201

10925   FAIRFIELD UNIVERSITY, NORTH BENSON ROAD, FAIRFIELD, CT 06430-5195

10924   FAIRFIELD, 281 DANIELS LANE, SAGAPONACK, NY 11962

10925   FAIRFIELD, LEONARD, 1107 CHESTNUT OAK DRIVE, TANNERSVILLE, PA 18372

10924   FAIRGROVE CONCRETE, OLD HIGHWAY 65 SOUTH, FAIR GROVE, MO 65648

10924   FAIRHAVEN HIGH SCHOOL, 12 HUTTLESTON AVE. (RTE. 16), FAIRHAVEN, MA 02719

10924   FAIRHAVEN MIDDLE SCHOOL, NORTHERN MARINE CONTRACTING, BELLINGHAM, WA 98225

10924   FAIRLANE TRAINING CENTER C/O BOUMA, 19000 HUBBARD, DEARBORN, MI 48126

10925   FAIRLESS, CHARLES, 111 TOPAZ, CORTLAND, OH 44410

10925   FAIRLEY, DEBORAH, 135 CLOUDHAVEN, SAN ANTONIO, TX 78209

10924   FAIRLITE ELECTRIC SUPPLY, 360 WHITE HORSE PIKE, ATCO, NJ 08004

10925   FAIRMONT FOODS, 511 EAST CHATHAM ST, CARY, NC 27511

10924   FAIRMONT HIGH SCHOOL, 900 JOHNSON ST., FAIRMONT, MN 56031

10924   FAIRMONT HIGH SCHOOL, 900 JOHNSON STREET, FAIRMONT, MN 56031

10924   FAIRMONT HIGH SCHOOL, S 1ST STREET, FAIRMONT, MN 56031

10924   FAIRMONT HOTEL, 123 BARONNE ST., NEW ORLEANS, LA 70112-2355

10924   FAIRMONT HOTEL-SAZERAC KITCHEN, 123 BARONNE STREET, NEW ORLEANS, LA 70112

10924   FAIRMONT SUPPLY CO., 1490 N 7TH ST, BEAUMONT, TX 77702

10924   FAIRMONT SUPPLY CO., 3183 BUFFALO AVE., NIAGARA FALLS, NY 14303

10924   FAIRMONT SUPPLY CO., 4600 HAY ROAD, EDGEMOOR, DE 19809

10924   FAIRMONT SUPPLY CO., 517 CAMDEM ST., PARKERSBURG, WV 26102

10925   FAIRMONT SUPPLY CO., BOX 360155M, PITTSBURGH, PA 15251

10924   FAIRMONT SUPPLY CO., CONSOLIDATED WAREHOUSE, DEEPWATER, NJ 08023

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FAIRMONT SUPPLY CO., P.O. BOX 501, WASHINGTON, PA 15301-0501 | |
| 10925 | FAIRMONT SUPPLY CO., PO BOX 501, WASHINGTON, PA 15301 | |
| 10925 | FAIRMONT SUPPLY COMPANY, 11301 MAC CORKLE AVE, CHARLESTON, WV 25315 | |
| 10924 | FAIRMONT SUPPLY COMPANY, 1490 N. 7TH STREET, BEAUMONT, TX 77702 | |
| 10925 | FAIRMONT SUPPLY COMPANY, BOX 360155M, PITTSBURGH, PA 15251 | |
| 10925 | FAIRMONT SUPPLY COMPANY, PO BOX 2119, COLUMBUS, OH 43216 | |
| 10924 | FAIRMONT SUPPLY, 11301 MCCORKLE AVENUE, CHESAPEAKE, WV 25315 | |
| 10925 | FAIRMONT SUPPLY, PO BOX 1388, MOUNT VERNON, IL 62864 | |
| 10924 | FAIRMOUNT CUSTOM PRODUCTS, 11766 RAVENNA ROAD, CHARDON, OH 44024 | |
| 10924 | FAIRMOUNT CUSTOM PRODUCTS, P. O. BOX 236, WEDRON, IL 60557 | |
| 10925 | FAIRMOUTH REPAIR CENTER, 21 COMMERCE PKWY #103, FREDERICKSBURG, VA 22406 | |
| 10924 | FAIR-RITE PRODUCTS, 2531 N. 1000TH STREET, FLAT ROCK, IL 62427-3212 | |
| 10924 | FAIR-RITE PRODUCTS, PO BOX 100, PALESTINE, IL 62451 | |
| 10924 | FAIRVIEW BLOCK COMPANY, 68 VIOLET AVENUE, POUGHKEEPSIE, NY 12601 | |
| 10924 | FAIRVIEW GENERAL HOSPITAL, 1985 MANCHESTER ROAD, AKRON, OH 44314 | |
| 10924 | FAIRVIEW HOSPITAL, C/O COMPASS INDUSTRIAL, 18215 LORAIN ROAD, CLEVELAND, OH 44111 | |
| 10924 | FAIRVIEW LAKE MEDICAL CENTER C/O CD, 5200 FAIRVIEW BLVD, WYOMING, MN 55092 | |
| 10925 | FAIRVIEW OCCUPATIONAL HEALTH, PO BOX 9372, MINNEAPOLIS, MN 55440-9372 | |
| 10924 | FAIRVIEW OFFICE PARK, 2941 FAIRVIEW PARK, FALLS CHURCH, VA 22042 | |
| 10924 | FAIRVIEW READY MIX, 201 W. CENTRAL, FAIRVIEW, OK 73737 | |
| 10924 | FAIRVIEW READY MIX, PO BOX306, FAIRVIEW, OK 73737 | |
| 10924 | FAIRVIEW RED WING MEDICAL CENTER, 701 FAIRVIEW BOULEVARD, RED WING, MN 55066 | |
| 10924 | FAIRVIEW RIDGES HOSPITAL, 210 EAST NICOLET BLVD., BURNSVILLE, MN 55337 | |
| 10925 | FAIRVIEW TIRE CO, INC, 110 BROAD AVE., FAIRVIEW, NJ 07022 | |
| 10925 | FAIRWAY OIL CO., 1715 FRONT ST, BLAIR, NE 68008 | |
| 10925 | FAIRWAY, SMITH ST, STONY POINT, NY 10980 | |
| 10925 | FAISON, BOBBY, 79 WASHINGTON ST, EAST ORANGE, NJ 07018 | |
| 10925 | FAISON, CONNIE, 5300 ROCK QUARRY ROAD, RALEIGH, NC 27610-5308 | |
| 10925 | FAISON, EARSAL, PO BOX 218, GARYSBURG, NC 27831 | |
| 10925 | FAISON, J, PO BOX 3294, PLANT CITY, FL 33564 | |
| 10925 | FAISON, JOHN, 6436 MIAMI AVE., GLEN BURNIE, MD 21060 | |
| 10925 | FAISON, MARCELIN, 10 ROOSEVELT TERRACE, IRVINGTON, NJ 07111 | |
| 10925 | FAISON, SHIRLEY, PO BOX 3294, PLANT CITY, FL 33564-3294 | |
| 10925 | FAITH A FREDGREN, 710 DEL MAR AVE, LIVERMORE, CA 94550 | |
| 10924 | FAITH FREIGHT FORWARDING, 7000 NW 33RD TERR, MIAMI, FL 33122 | |
| 10925 | FAITH M YORK, PO BOX 466, S BOUND BROOK, NJ 08880-0466 | |
| 10925 | FAITH, WILLIDEAN, 7 SIERRA CT, BOURBONNAIS, IL 609L4 | |
| 10925 | FAITHFUL, LARRY, 204 FAIRDALE DRIVE, SIMPSONVILLE, SC 29681-4433 | |
| 10925 | FAJARDO, ALICIA, 1336 W 109TH ST, LOS ANGELES, CA 90044 | |
| 10925 | FAJARDO, LUNA, 1224 WARWICK DRIVE, MESQUITE, TX 75150 | |
| 10925 | FAJARDO, MOLLY, 6867 SPRINGHOUSE LN, COLUMBUS, OH 43229 | |
| 10925 | FAJARDO, THERESA, 2916 NEEDLE PALM DR., EDGEWATER, FL 32141 | |
| 10925 | FAKHRUDDIN, AUDREY, 2361 NEW YORK ST., NEW ORLEANS, LA 70122 | |
| 10925 | FALANA, SANDRA, 860 E BROWN RD, MESA, AZ 85203 | |
| 10925 | FALANGA, D, 2649 MARATHON LANE, FORT LAUDERDALE, FL 33312 | |
| 10925 | FALARDEAU, P, 46 FOTENE ST, NASHUA, NH 03062-3531 | |
| 10925 | FALASCA JR, HAROLD, 833 WASHINGTON ST, 2, CANTON, MA 02021 | |
| 10925 | FALASCA, HAROLD, 20 TRUDY TER, CANTON, MA 02021 | |
| 10925 | FALCO, FRANK, LATOUR & ASSOCIATES PA, 135 EAST LEMON ST, TARPON SPRINGS, FL 34686 | |
| 10924 | FALCON & ASSOCIATES, FEDERAL COURTHOUSE, SAINT PAUL, MN 55101 | |
| 10924 | FALCON BRIDGE LIMITED, METSITE, HWY 101 E., TIMMINS, ON P4N 7K1TORONTO | **\*VIA Deutsche Post\*** |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 FALCON CHEMICAL CORPORATION, 2722 S.W. 37TH AVENUE, MIAMI, FL 33133

10924 FALCON CHEMICAL CORPORATION, 2800 NW 112 AVENUE, MIAMI, FL 33133

10924 FALCON CONCRETE, PO BOX706, SPRINGFIELD, VA 20003

10924 FALCON CONSTRUCTION, P.O. BOX 3130, HOLIDAY ISLAND, AR 72631

10924 FALCON DESIGN & MANUFACTURING, 9082 BOND, SHAWNEE MISSION, KS 66214

10925 FALCON EXPRESS, INC, 16059 S. CRAWFORD, MARKHAM, IL 60426

10925 FALCON FOAM CORP, POBOX 116182, ATLANTA, GA 30368-6363

10925 FALCON MANAGEMENT AND, 621 NW 53RD ST - #160, BOCA RATON, FL 33487

10925 FALCON PRODUCTS INC, PO BOX 500376, SAINT LOUIS, MO 63150-0376

10924 FALCON READY MIX, BOX 5211, ZAPATA, TX 78076

10924 FALCON READY MIX, W. HIGHWAY 496, ZAPATA, TX 78076

10924 FALCON, BOX 5211, ZAPATA, TX 78076

10925 FALCON, JUANA, 152S BRIDGE ST, 4A, SOMERVILLE, NJ 08876

10925 FALCON, KAREN, 6108 STONIA RD, METAIRIE, LA 70003

10925 FALCON, PAMELA, 1547 BRALY AVE, MILPITAS, CA 95035

10925 FALCON, ROBERT, 140 BPW CLUB ROAD APT F11, CARRBORO, NC 27510

10924 FALCONE ELECTRIC SUPPLY, INC, 385 WEST MAIN STREET, BATAVIA, NY 14021

10925 FALCONE, DENIEL, 122 HEMLOCK ST, ARLINGTON, MA 02174

10925 FALCONE, NANCY, 114 CHAIR RD, NEW BERN, NC 28560

10925 FALCONE, SUSAN, PO BOX 409, MARTINSCREEK, PA 18063

10925 FALCONE, THERESA, 2 GLENVIEW TERRACE, MAYNARD, MA 01754

10925 FALCONER III, JAMES, 147 FRONT ST. APT 4, MARBLEHEAD, MA 01945

10925 FALCONER, MARK, 616 PIOCHE ST., CARSON CITY, NV 89701

10925 FALCONITE EQUIPMENT INC, POBOX 60858, SAINT LOUIS, MO 63160-0858

10925 FALENCKI, FLOSSIE, PO BOX 243, GROSS TETE, LA 70740

10925 FALEX CORP., 2055 COMPREHENSIVE DR., AURORA, IL 60505

10925 FALEX CORPORATION, 1020 AIRPARK DR, SUGAR GROVE, IL 60554-9585

10925 FALGOUT, JEANINE, 1335 SILVERADO - #505, HOUSTON, TX 77077

10925 FALGOUT, PHYLLIS, 900 PROVOST APT 1-C, SCOTT, LA 70583-0000

10925 FALISE, PHILLIP, PO BOX 1233, CRAIG, CO 81626

10925 FALK CORP., 475 FRONTAGE RD. SUITE 320, BURR RIDGE, IL 60521

10925 FALK SIEMER, 2600 MAIN PLACE TOWER, BUFFALO, NY 14202

10925 FALK, MELANIE, 3720 VAN LAANEN ROAD, GREEN BAY, WI 54311

10925 FALK, MICHAEL, 5932 MAIN ST, ABRAMS, WI 54101

10925 FALK, SUE, 3598 FLINTVILLE RD, GREEN BAY, WI 54313-8322

10925 FALKENBERG, LESLIE, 5856 KNICKMEIER ROAD, MAZOMANIE, WI 53560

10925 FALL ARREST SYSTEMS INC, PO BOX 271, FRANKLIN, PA 16323-0271

10925 FALL, CHRISTOPHER, 580 CABOT ST, BEVERLY, MA 01915

10925 FALL, JOANNE, 580 CABOT ST, BEVERLY, MA 01915

10925 FALLA, MARIA, 3858 CORAL TREE CIR. APT. 203, COCONUT CREEK, FL 33073

10925 FALLIN, LESLIE, RT. 2 BOX 134-A, KELLY, LA 71441

10925 FALLON CLINIC, 630 PLANTATION ST, WORCESTER, MA 01605

10924 FALLON FEDERAL BLDG, C/O BROADWAY SERVICES, 392 VERO ROAD, SUITE D, BALTIMORE, MD 21227

10924 FALLON FEDERAL BUILDING, 31 HOPKINS PLAZZA, BALTIMORE, MD 21201

10924 FALLON MEDICAL CENTER, SENTEX RODGERS CONSTRUCTION, 10 WASHINGTON SQ., WORCESTER, MA 01604

10924 FALLON NAVAL BASE, RDA, RENO, NV 89500

10925 FALLON, ELLEN M, PO BOX 882654, SAN DIEGO, CA 92168-2654

10925 FALLON, RONALD, ROUTE 1, BOX 373A, ELKHORN, NE 68022

10924 FALLS DEALER SUPPLY, C/O RICHARDSON IND, SHEBOYGAN FALLS, WI 53085

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FALLS MECHANICAL INSULATION INC, 12753 SOUTH LACROSSE AVE, ALSIP, IL 60803

10925   FALLS TOWNSHIP WATER AND, POBOX 3018, LEVITTOWN, PA 19058-3018

10925   FALLS, TERRY, 60 CAMBRIAN WAY, JACKSON, TN 38305

10925   FALLSTEAD, LORI, 613 SO 113TH AVE, OMAHA, NE 68154

10924   FALMOUTH HIGH SCHOOL, MAIN STREET, FALMOUTH, ME 02540

10924   FALMOUTH READY MIX INC, 475 THOMAS B. LANDERS ROAD, EAST FALMOUTH, MA 02536

10924   FALMOUTH READY MIX, 475 THOMAS B. LANDERS RD., FALMOUTH, MA 02540

10924   FALMOUTH READY MIX, 475 THOMAS B. LANDERS ROAD, EAST FALMOUTH, MA 02536

10924   FALMOUTH READY MIX, RT. 28, TEATICKET, MA 02536

10925   FALSON SUPPLY COMPANY, INC, 10459 WEST SEYMOUR AVE, FRANKLIN PARK, IL 60131

10925   FALUDI, MARILYN, 2 STUYVESANT OVAL APT 7E, NEW YORK, NY 10009-2117

10925   FAMA ESQ, RICHARD, 45 BROADWAY ATRIUM 16TH FL, NEW YORK, NY 10006

10925   FAMA, LEONARD, 268 HANOVER ST, HANOVER, MA 02339

10925   FAMBER, WAYNE E, CUST FOR WAYNE E FAMBER II, UNIF GIFT MIN ACT GA, 631 SUMMERTREE CT, MABLETON, GA 30126-1785

10925   FAMBLES, EDDIE, 4323 CANADA DR., DALLAS, TX 75212

10924   FAMESA EXPLOSIVOS S.A.C., RUC #10011221, LIMA, PER          *VIA Deutsche Post*

10925   FAMILIAL HOLDING CO LTD, BOX 153, BELLROSE, NY 11426-0153

10925   FAMILIAN CORP, JEFFRY V NICKEL CEO, 13704 SATICOY ST, VAN NUYS, CA 91402

10925   FAMILIAN NW INC, PO BOX 6005, PORTLAND, OR 97228

10925   FAMILY & YOUTH COUNSELING AGENCY, 220 LOUIE ST, ATTN BEULAH BRADLEY, LAKE CHARLES, LA 70601

10925   FAMILY & YOUTH COUNSELING AGENCY, 220 LOUIE ST., LAKE CHARLES, LA 70601

10925   FAMILY CARE CENTERS TRUST, LOCKBOX 102846, ATLANTA, GA 30368

10925   FAMILY CARE OCCUPATIONAL MEDICINE, 701 E MICHIGAN ST, ORLANDO, FL 32806

10925   FAMILY CARE S DEKALB, 6038 COVINGTON HWY, DECATUR, GA 30035

10925   FAMILY COURT OF JEFFERSON, 120 SECOND COURT NORTH, BIRMINGHAM, AL 35204-4765

10924   FAMILY COURT-CLARK COUNTY, FIREPROOFING SPEC, LAS VEGAS, NV 89101

10924   FAMILY DOLLAR STORES, 10301 OLD MONROE ROAD, CHARLOTTE, NC 28201

10925   FAMILY HEALTH CENTER, 17580 HWY 441 WEST, MOUNT DORA, FL 32757

10925   FAMILY HEALTH CENTERS, PO BOX 1448, EUSTIS, FL 32727-1448

10924   FAMILY HEALTH INTERNATIONAL, DURHAM, NC 27713

10925   FAMILY HEALTH PLAN, BIN #459, MILWAUKEE, WI 53288-0459

10925   FAMILY PHARMACY, 333 NEWBERRY ST NW, AIKEN, SC 29801

10925   FAMILY PHARMACY, 333 NEWBERRY ST.,NW, AIKEN, SC 29801

10925   FAMILY PHYSICIANS LTD, 1800 GLENSIDE DR, RICHMOND, VA 23226-3794

10925   FAMILY PRACTICE ASSOCIATES P C, 17 DUNWOODY PARK DR SUITE 117, ATLANTA, GA 30338

10925   FAMILY PRACTICE ASSOCIATES, 1471 JOHNSTON-WILLIS DR, RICHMOND, VA 23235

10925   FAMILY PRACTICE CENTER OF SULP, THE, 3702 MAPLEWOOD DR., SULPHUR, LA 70663

10925   FAMILY RESTAURANTS,INC, 18831 VON KARMAN, IRVINE, CA 92715

10925   FAMILY SUPPORT REGISTRY, POBOX 105730, ATLANTA, GA 30348-5730

10924   FAMOUS BAR, NORTHWOODS MALL, PEORIA, IL 61601

10925   FAMULARY, CAROL, 208 TIMBER RIDGE DR, LENOIR, NC 28645

10925   FAN, CHOR-MAN, 6620 FORTNIGHT COURT, COLUMBIA, MD 21044

10925   FAN, CHWEI-JER, 1165 BERKLEY ROAD, LAKE ZURICH, IL 60047

10925   FAN, LAI-DUIEN, 1165 BERKLEY ROAD, LAKE ZURICH, IL 60047

10925   FAN, PAK-KIN, 4632 DAPPLE COURT, ELLICOTT CITY, MD 21043

10925   FAN, RICHARD, 1409 ROPER MOUNTAIN, GREENVILLE, SC 29615

10925   FAN, XIYUN, DUPONT COMPANY SABINE RIVER WKS, ORANGE, TX 77631-1089

10924   FANACIF S.A., ATT: ALVARO IGLESIAS, CNO. HILARIO CABRARA 5854, MONTEVIDEO, 12500URY          *VIA Deutsche Post*

10925   FANCHER, PAULA, NAS BOX 26, BRUNSWICK, ME 04011

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FANDEL, PHILIP, R R 3 BOX 102, BOWIE, TX 76230

10924   FANE CONCRETE CO., 145 CORDELL RD., SCHENECTADY, NY 12303

10924   FANE CONCRETE CO., ALLEN 7 RIVER ROADS, MECHANICVILLE, NY 12118

10924   FANE CONCRETE CO., PO BOX15097, ALBANY, NY 12212-5097

10924   FANE CONCRETE CO., SCHUYLERVILLE, NY 12871

10924   FANE CONCRETE CO., TROY, NY 12179

10925   FANELLI, C, 28-14 47ST IN, ASTORIA, NY 11103

10925   FANELLI, ROBERT, 4099 W. 71ST ST., CHICAGO, IL 60629

10925   FANELLI, ROBERT, 9124 CENTRAL PARK, EVERGREEN PAR, IL 60805

10925   FANG CROWN, 3F-1 NO 227 CHENGTEH RD SEC3, TAIPEI, 0TAIWAN     *VIA Deutsche Post*

10925   FANGUY, GLENDA, 209 CAROLYN AVE, HOUMA, LA 70363

10925   FANGUY, HEWITT, C/O PO BOX 2565, MORGAN CITY, LA 70381

10925   FANGUY, LISA, 204 CAROLYN AVE., HOUMA, LA 70363

10925   FANICASE, ELEANOR, 24 PATRICK DRIVE, PITTSTOWN, NJ 08867

10925   FANLON, JAMES, 1618 MALLARD RD, DE PERE, WI 54115-9622

10925   FANN, BILLY, RT 2 BOX 121, KOUNTZE, TX 77625

10925   FANNIE ALTMAN & STEWART ALTMAN &, RONNIE BLACK JT TEN, 63 FAIRVIEW AVE, KINGSTON, NY 12401-4203

10925   FANNIE ROTHBERG, 515 EAST 89TH ST, NEW YORK, NY 10128-7842

10925   FANNIN, JON, 13155 WOODFOREST #1211, HOUSTON, TX 77015

10925   FANNING, COLLEEN, C/O BAKER & TAYLOR, MOMENCE, IL 60954

10925   FANNING, MARGARET, 11725 S RIDGELAND AVE LOT #89, WORTH, IL 60482

10925   FANNING, MAUREEN, 5 CHESTER CIRCLE, TEWKSBURY, MA 01876

10925   FANNING, REGINA, 34 TERRI RD, LAGRANGE, GA 30240

10925   FANO, LINDA, 30 EMERSON RD, WESTWOOD, NJ 07675

10925   FANSLAU, ROBERT, 400 MEMORY CT, GREEN BAY, WI 54301

10924   FANSTEEL DE MEXICO, LAS MILPAS INDUSTRIAL PARK, 9102 SEQUIN DRIVE, PHARR, TX 78577

10925   FANSTEEL INC VR/WESSON CO SUBSIDIAR, MARK J STEGER, 500 WEST MADISON ST, 40TH FL, CHICAGO, IL 60661-2511

10925   FANT, CATHERINE, 2051 HOVINGTON CI, JACKSONVILLE, FL 32246

10925   FANT, HELEN, 8849 NORTH MANILA TER, DUNNELLON, FL 34433

10925   FANT, ROSELLA, 105 JUNE ST, SENECA, SC 29678

10924   FANTASTIC FOODS, INC., 1250 NORTH MCDOWELL BLVD., PETALUMA, CA 94954

10925   FANTINI, DAVID, 82 WASHINGTON AVE, SUFFERN, NY 10901

10925   FANTON III, GEORGE, 45 SPRINGTIME WAY, BALTIMORE, MD 21234

10925   FANTOZZI, RICHARD, 20 MT PLEASANT ST, NORTH BILLERICA, MA 01862

10924   FANUC ROBOTICS, 3900 W. HAMLIN ROAD, ROCHESTER HILLS, MI 48309

10924   FAQUARY -VARINA DIALYOIS CENTER, 3121 UNIT E GLEN ROYAL ROAD, RALEIGH, NC 27612

10924   FAQUIER HOSPITAL, 11204 HOPSON ROAD, ASHLAND, VA 23005

10924   FAR EAST SUPPLY, PO BOX280234, LAKEWOOD, CO 80228

10924   FAR EAST SUPPLY, PO BOX28034, LAKEWOOD, CO 80228

10924   FAR HILLS COUNTY DAY SCHOOL, 697 MINE BROOK ROAD, BERNARDSVILLE, NJ 07924

10924   FAR RESEARCH, 2210 WILHELMINA CT., PALM BAY, FL 32905

10924   FAR WEST RODEO, 3030 N.E. LOOP 410, SAN ANTONIO, TX 78233

10925   FARACI LANGE, 400 CROSSROADS BLDG., TWO STATE ST, ROCHESTER, NY 14614

10925   FARAD INDUSTRIES INC, 20435 GRAMERCY PLACE, TORRANCE, CA 90501

10925   FARAN, JACK, 4030 BEAVER, CASPER, WY 82604

10925   FARANETTA, JOHN, 15708 EASTHAVEN CT, BOWIE, MD 20716

10924   FARASON CORPORATION, 735 FOX CHASE STE 108, COATESVILLE, PA 19320

10925   FARBENCRAFT CORP., 9505 EVERGREEN EVERGREEN WAY, EVERETT, WA 98204

10925   FARBER, FAINA, 322 HARTMAN RD, NEWTON, MA 02159

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  FARBER, KAREN ANNE, PO BOX 131, ACCORD, MA 02018

10925  FARBER, MALINDA, 5191 SARAZEN DRIVE, HOLLYWOOD, FL 33021

10925  FARBER, SUSAN, 51112 TR 224, FRESNO, OH 43824

10925  FARDAD, ZAHRA, 17359 LEMAC ST, NORTHRIDGE, CA 91325

10925  FARESTER, KATHIE, 1925 ATZ RD., MALABAR, FL 32950-3522

10925  FARFARAS, KAREN, 1101 FURNACE ROAD, LINTHICUM, MD 21090

10925  FARGAS, ROSA, CALLE 254 HN-26 CTY CLUB, RIO PIEDRAS, PR 00924

10924  FARGO DOME LOBBY EXPANSION, 1800 UNIVERSITY DRIVE NORTH, FARGO, ND 58102

10924  FARGO PRAIRIE SUPPLY, 460 - 7TH AVENUE NORTHEST, WEST FARGO, ND 58078

10924  FARGO WATER TREATMENT PLANT, C/O BAHL INSULATION, FARGO, ND 58103

10925  FARGO, JOHN, PO BOX 7291, CHESTNUT MTN, GA 30502

10925  FARGO, MICHAEL W., 20 SUMMER ST #409, MALDEN, MA 02148

10925  FARGUS, DAVID, 4420 SAGEBRUSH DRIVE, KENNESAW, GA 30144

10925  FARHAD/TABIB, 330 WILSHIRE BLVD, SANTA MONICA, CA 90401

10925  FARHAT, MOHAMAD R, 319 W. NAPOLEON, LAKE CHARLES, LA 70602

10925  FARHAT, MOHAMAD, 319 W. NAPOLEON ST, SULPHUR, LA 70663

10925  FARHILLS CREATIVE SERVICES, 6900 MAIN ST SUITE 10, DOWNERS GROVE, IL 60516-3421

10925  FARIA, FILOMENA, 2 PINE HILL ST, E TAUNTON, MA 02718

10925  FARIA, JUDITH M, PO BOX 1139, BAJADERO, PR 00616

10925  FARIA, LINDA, 400 METACOM AVE, BRISTOL, RI 02809

10925  FARIAS & FARIAS INC, POBOX 243, LAREDO, TX 78042-0243

10925  FARIAS, CIDALIA, 99 BRIGHTRIDGE AV, E PROVIDENCE, RI 02914

10925  FARIAS, PASCUAL, 103 EAST WASHINGTON ST, ELECTRA, TX 76360

10925  FARIAS, SANDRA, PO BOX 240, TRUCKEE, CA 95734-0240

10925  FARIAS-GONZALEZ, ALFREDO, 4308 N FORTH ST, ARLINGTON, VA 22203

10924  FARIN INDUSTRIES, INC., 2844 INDUSTRIAL PARK DRIVE, AUSTINBURG, OH 44010

10924  FARINA PATIO BLOCK INC, PO BOX4009, CLINTON, NJ 08809

10924  FARINA PATIO INC., 7 FRONTAGE RD., CLINTON, NJ 08809

10924  FARINA PATIO, INC., P.O. BOX 4009, CLINTON, NJ 08809

10925  FARINA, DANIEL, 6611 ROSEDALE ST, WICHITA FALLS, TX 76310

10925  FARINA, FRANK, 106 LEDGEWOOD WAY, GREENVILLE, SC 29609

10925  FARINA, GIOSEPPE, 25 COPELAND AVE., GENEVA, NY 14456

10925  FARINA, JEANNINE, 163 WESTMINSTER DR, MONROEVILLE, PA 15146

10925  FARINAS, LEILANI, 6715 WEST 86TH PL, LOS ANGELES, CA 90045

10925  FARINO, DORIS, 235 E. MAIN ST, SOMERVILLE, NJ 08876

10925  FARIS, SALEH, 3810 BERRY AVE, DREXIL HILL, PA 19026

10925  FARISH, KATHY, 2788 SHERWOOD SOUTH, MOBILE, AL 36606

10925  FARKAS BERKOWITZ & COMPANY, 1220 NINETEENTH ST NW, WASHINGTON, DC 20036

10925  FARKAS, EMERY, 5659 COUNTY LAKES DRIVE, SAROSOTA, FL 34243

10925  FARKAS, FRANK, 3 WINDSTAR, LAGUNA BEACH, CA 92656

10925  FARKAS, GABRIEL, 2938 ST PAUL ST APT 10, BALTIMORE, MD 21218

10925  FARLEY EDUCATION CENTER, 615 ROUTE 130, MASHPEE, MA 02649

10925  FARLEY JT TEN, RUSSELL C & SHIRLEY A, W149 N8135 WINCHESTER ST, MENOMONEE FALLS, WI 53051-3828

10925  FARLEY TEXTILES - KNITS,INC, 101 OFFICE ST, WELLFORD, SC 29385-9571

10925  FARLEY, ANDREW, 2190 E GIBBONS ST, BARTOW, FL 33830-6717

10925  FARLEY, CHARLES, 1765 OLD WATERBURY, CHESHIRE, CT 06410

10925  FARLEY, CONOR, 2419 JACKSON PKWY, VIENNA, VA 22180

10925  FARLEY, DEBORAH, ROUTE 2 BOX 192, LULA, GA 30554

10925  FARLEY, HENRY, 1 VILLAGE LANE, HINGHAM, MA 02043

10925  FARLEY, IRIS, 6718 HUBER, ODESSA, TX 79762

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 FARLEY, JOHN, 26 DARTMOUTH AVE, NEEDHAM, MA 02194

10925 FARLEY, JOSEPH, 20195 CHANDLER DR, COVINGTON, LA 70433

10925 FARLEY, KENNETH, 1583 HOLMDEN ROAD, SOUTH EUCLID, OH 44121

10925 FARLEY, KENNETH, 4 SURREY LANE, PERRY HALL, MD 21236

10925 FARLEY, L, 780 S.W. 10TH AVE, MIAMI, FL 48780

10925 FARLEY, MARY, 3 CORMIER ROAD, BURLINGTON, MA 01803-5104

10925 FARLEY, RUSSELL, W149 N8135 WINCHESTER ST, MENOMONEE FALLS, WI 53051

10925 FARLEY, WYATT, PO BOX 188, MATHIS, TX 78368

10925 FARLOW, HAROLD, 13299 RD 27.6, DOLORES, CO 81323

10924 FARM BUREAU, C/O THERMO SPRAY OF INDIANA, INDIANAPOLIS, IN 46203

10924 FARM HIGH SCHOOL, 1180 BROWNSPOINT, BOWDOINHAM, ME 04008

10924 FARMA INTERNATIONAL, PO BOX 1654, MIAMI, FL 33134

10925 FARMCHEM LIQUID HANDLING SYSTEMS, 616 MADISON, POBOX 309, FLOYD, IA 50435

10925 FARMCHEM LIQUIDS HANDLING SYSTEMS, PO BOX 116, DELL, AR 72426

10925 FARMELANT, MARSHA, 20 RICKY DRIVE, FRAMINGHAM, MA 01701

10924 FARMER BOY AGG, RTE.1 BOX 4A, DECATUR, IA 50067

10924 FARMER CITY CONCRETE, PO BOX223, FARMER CITY, IL 61842

10924 FARMER CITY REDI MIX INC, PO BOX 223, FARMER CITY, IL 61842

10924 FARMER COOP OIL CO, PO BOX310, NEWMAN GROVE, NE 68758

10924 FARMER JACK, 22385 PONTIAC TRAILER, SOUTH LYON, MI 48178

10925 FARMER, ALAN, 990 BORDENTOWN RD, BURLINGTON, NJ 08016

10925 FARMER, ALAN, 990 BORDENTOWN ROAD, BURLINGTON, VT 08016

10925 FARMER, BRETT, 320 OLD SCHOOL HOUSE ROAD, EGGLESTON, VA 24086

10925 FARMER, CHENITA, 2329 CLEMENTS, DETROIT, MI 48238

10925 FARMER, DENISE L, 1538 PUTTY HILL AVE., TOWSON, MD 21286

10925 FARMER, DENISE, 9134 COVERED BRIDGE, PARKVILLE, MD 21234

10925 FARMER, ELIZABETH, 4700 POLO PKWY, MIDLAND, TX 79705

10925 FARMER, GERALD, PO BOX 626, BARNESVILE, GA 30204

10925 FARMER, GERTIE, 9403 FORTSON ROAD, JACKSONVILLE, AR 72076

10925 FARMER, GLENN, PO BOX 119, TOCCOA, GA 30577

10925 FARMER, HAROLD, CH81 BOX 1726, GIRDLER, KY 40943-1726

10925 FARMER, HOPE, 2727 COLLEGE FARM RD, MOORESBORO, NC 28114-9763

10925 FARMER, JAMES, 116 KELLETT ROAD, GRAY COURT, SC 29645

10925 FARMER, JANIS, PO BOX 38, WALNUT GROVE, GA 30209

10925 FARMER, JESSIE, 2185 MONTROSE DR., EAST POINT, GA 30344

10925 FARMER, JOHN, RICHARD J HUGHES JUSTICE COMPLEX, 25 MARKET ST CN 080, TRENTON, NJ 08625

10925 FARMER, KATIE, 413 WATT ST, CORAOPOLIS, PA 15108

10925 FARMER, KEITH, PO BOX 87382, HOUSTON, TX 77287-0000

10925 FARMER, LINDA, 1650 HARVARD ST NW, #707, WASHINGTON, DC 20009

10925 FARMER, MELISSA, 18076 FERRY RD., OIL CITY, LA 71061

10925 FARMER, MICHAEL, 5303 MILKWEED DRIVE, NAPERVILLE, IL 60564

10925 FARMER, MONICA, 9016 FALLS RUN RD, MCLEAN, VA 22102

10925 FARMER, PAUL, 1421 BROOKHAVEN DR, EDMOND, OK 73034

10925 FARMER, PHALESE, 3070 STANTON RD SE, WASHINGTON, DC 20020

10925 FARMER, REBECCA, 137 CEMETERY ST, MARION, VA 24354

10925 FARMER, RICHARD, 3 HOLLY BERRY WOODS, LAKE WYLIE, SC 29710

10925 FARMER, TIMOTHY, 321 AUTUMN LANE, BELTON, SC 29627

10925 FARMER, TODD, 1208 BRACKEN RD, PIEDMONT, SC 29673

10925 FARMER, VICTORIA, 5863 ELY ROAD, WOOSTER, OH 44691

10925 FARMER, WILLIAM, 1307 COE ROAD, ANDERSON, SC 29624

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FARMERS COOP GRN & LBR CO, MAIN ST, HUMPHREY, NE 68642

10924   FARMERS COOP GRN & LBR CO, P. O. BOX 310, NEWMAN GROVE, NE 68758

10924   FARMERS CO-OP, 6TH & LOGAN, NEWMAN GROVE, NE 68758

10924   FARMERS FURNITURE, P. O. BOX 1140, DUBLIN, FL 31040

10925   FARMERS FURNITURE, PO BOX 1140, DUBLIN, GA 31040

10925   FARMERS GRAIN EXPRESS INC, PO BOX 71271, DES MOINES, IA 50325

10924   FARMERS MARKET, CONSTRUCTION SPECIALITIES, SACRAMENTO, CA 94203

10924   FARMERS R/M CONCRETE CO, P O BOX 543, JEFFERSON CITY, MO 65102

10924   FARMERS R/M CONCRETE CO, STADIUM WEST, JEFFERSON CITY, MO 65102

10924   FARMERS READY MIX CONCRETE, HWY 54 N, JEFFERSON CITY, MO 65102

10924   FARMINGTON HIGH SCHOOL, CUSTOM DRYWALL, FARMINGTON, MN 55024

10924   FARMINGTON MIDDLE SCHOOL, 4201-208TH STREET WEST, FARMINGTON, MN 55024

10924   FARMINGVILLE MALL, 2390 N. OCEAN DRIVE, FARMINGVILLE, NY 11738

10924   FARMIS INC., 1955 NEW JERSEY AVENUE, NIAGARA FALLS, NY 14305

10924   FARMLAND INDUSTRIES INC, DEPT 144, KANSAS CITY, MO 64116-0005

10924   FARMLAND INDUSTRIES, 12200 N. AMBASSADOR DR., KANSAS CITY, MO 64153

10924   FARMLAND INDUSTRIES, INC., 400 NORTH & LINDEN STREETS, COFFEYVILLE, KS 67337

10924   FARMLAND INDUSTRIES, INC., PO BOX 570, COFFEYVILLE, KS 67337

10925   FARMS FOR CITY KIDS, 800 PORT WASHINGTON BLVD, PORT WASHINGTON, NY 11050

10925   FARMSTEAD TELEPHONE GROUP INC, 22 PRESTIGE PARK CIRCLE, EAST HARTFORD, CT 06108

10925   FARMSTEAD TELEPHONE GROUP INC, 40000 DEPT 0057, HARTFORD, CT 06151

10925   FARMSTEAD TELEPHONE GROUP, INC, 22 PRESTIGE PARK CIRCLE, EAST HARTFORD, CT 06108

10925   FARMSTEAD TELEPHONE GROUP, PO BOX 40000 DEPT 0057, HARTFORD, CT 06151-0057

10924   FARMVILLE WHOLESALE ELECTRIC, 301 W. THIRD ST., FARMVILLE, VA 23901

10924   FARMVILLE WHOLESALE ELECTRIC, P.O. BOX 525, FARMVILLE, VA 23901

10924   FARNAM COMPANIES, INC., 13001 ST. CHARLES ROCK ROAD, BRIDGETON, MO 63044

10924   FARNAM COMPANIES, INC., 1302 LEW ROSS ROAD STE B, COUNCIL BLUFFS, IA 51501

10924   FARNAM COMPANIES, INC., 1605 READ STREET, OMAHA, NE 68112

10924   FARNAM COMPANIES, INC., 301 W OSBORN, PHOENIX, AZ 85067

10924   FARNAM COMPANIES, INC., 301 WEST OSBON, PHOENIX, AZ 85067

10924   FARNAM COMPANIES, INC., PO BOX 34820, PHOENIX, AZ 85067

10925   FARNAM SEALING SYSTEMS DIVISION OF, BARRY B BRODT ENV ENGR SEALING, 900 FARNAM DR, PO BOX 327, NECEDAH, WI 54646

10925   FARNAM, JOHN, BOX 14, SUBIACO, AR 72865

10925   FARNAM, MELISSA, PO BOX 103, FREMONT, IN 46737

10925   FARNANDEZ, DOROTHY E, CUST FOR RUSSELL E FARNANDEZ, UNIF GIFT MIN ACT DEL, 203 ST CLEVELAND AVE, LANCASTER VILLAGE, WILMINGTON, DE 19805

10925   FARNELL, DELORIS, 3321 NW 175TH ST, MIAMI, FL 33055

10925   FARNEN & DERMER, INC, 4010 W.BELVEDERE AVE., BALTIMORE, MD 21215

10925   FARNEY, JAMES W, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   FARNEY, JAMES, 9915 PINE TREE ROAD, WOODSBORO, MD 21798

10925   FARNHAM SR, KARL E, 6000 N 1825TH ST, PARIS, IL 61944-6031

10925   FARNHAM, ARCHIE, 1014 S STATE ST, FAIRMONT, MN 56031

10925   FARNHAM, JO, 211 BUTTERFLY CT, ORANGEBURG, SC 29115

10925   FARNHAM, JONI, PO BOX 416, PARKTON, NC 28371

10924   FARNSWORTH FIBER CO., 185 OLD COLONY AVENUE, BOSTON, MA 02127

10925   FARNSWORTH, MARY, 745 N MARKET, SHREVE, OH 44676

10925   FARNSWORTH, RANDALL, 745 NORTH MARKET ST, SHREVE, OH 44676

10925   FARNSWORTH, ROBERT, 13 MYNDERSE ST, SENECA FALLS, NY 13148

10925   FARNSWORTH, STEVEN, 1051 MAIN ST, READING, MA 01867

10925   FARNSWORTH, SUSAN, 23 OAKWOOD RD, ACTON, MA 01720

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 FARNSWORTH, WILLIAM, 17438 N 102ND DR, SUN CITY, AZ 85373

10925 FARO, ALFRED, 1614 CRYSTAL VIEW TRAIL, LAKELAND, FL 33801

10925 FARO, ROBERT, 216 W. OBRECHT RD., SYKESVILLE, MD 21784

10925 FAROC CORPORATION, 4500 EUCLID AVE, EAST CHICAGO, IN 46312

10925 FARR MILLER & WASHINGTON, 919 18TH ST NW SUITE 400, WASHINGTON, DC 20006

10925 FARR, DONALD, 11320 SHOSHONE AVE, GRANADA HILLS, CA 91344

10925 FARR, ELAINE, 2525 WOODFIELD LOOP, S.E., OLYMPIA, WA 98501

10925 FARR, LISA, RT 1 BOX 85, ST ANNE, IL 60964

10925 FARR, LORI, 3210 ELMWOOD ST, CUYAHOGA FALLS, OH 44221

10925 FARR, MARGARET, 1875 OAK RD., SNELLVILLE, GA 30278

10925 FARR, RALPH, 548 N MAIN, ASHLAND, OR 97520

10925 FARR, VICTORIA, 1875 OAK RD., SNELLVILLE, GA 30278

10925 FARRA, BILLY, 18 LIVE OAK LANE, BROOKLET, GA 30415

10925 FARRAHI, NANETTE, 317 W 115TH ST, KANSAS CITY, MO 64114

10925 FARRAR, GARY, 8304 SW 20 ST, N. LAUDERDALE, FL 33068

10925 FARRAR, GREG, 5448 LAJOLLA HERMOSA, LAJOLLA, CA 92037

10925 FARRAR, HOLLIS, PO BOX 163, HUTTONSVILLE, WV 26273

10925 FARRAR, VALERIA, 11709 WHITHORN, DETROIT MI, MI 48205

10925 FARRAR-MCINTYRE, ELIZABETH, 11427 MCDOWELL DR, INDIANAPOLIS, IN 46229

10924 FARRELL EQUIPMENT, 2302 GALLOWAY STREET, EAU CLAIRE, WI 54701

10924 FARRELL EQUIPMENT, P O BOX 796, EAU CLAIRE, WI 54701

10924 FARRELL EQUIPMENT, PO BOX796, EAU CLAIRE, WI 54701

10925 FARRELL FRITZ CAEMMERER, EAB PLAZA, UNIONDALE, NY 11556-0120

10925 FARRELL JR, EDWARD L, 1409 BROAD RUN ROAD, SOMERSET LAKE, LANDENBERG, PA 19350-1328

10925 FARRELL JR, EDWARD, 350 EAST 79TH ST APT. 9G, NEW YORK, NY 10021

10925 FARRELL OIL CO INC, CHRIS FARRELL, ROUTE 9 & BALLARD ROAD, BOX 2424, WILTON, NY 12831

10925 FARRELL, ARTHUR, 421 HUDSON ST, 606, NEW YORK, NY 10014

10925 FARRELL, BOBBY, 1802 HIGHLAND ST, MESQUITE, TX 75149

10925 FARRELL, CHRISTOPHER, 2 EVANS ROAD, MILFORD, MA 01757

10925 FARRELL, CRISTINA, 15007 PERRYWOOD DRIVE, BURTONSVILLE, MD 20866

10925 FARRELL, DEVIN, 135 CENTER, GRAYSLAKE, IL 60030

10925 FARRELL, JAMES, 65 CODMAN RD, \, NORWOOD, MA 02062

10925 FARRELL, JOSHUA, 1802 HIGHLAND ST, MESQUITE, TX 75149

10925 FARRELL, KELLY, 7363 INDIAN HILL TR, RIVERDALE, GA 30296

10925 FARRELL, KELLY, 860 TURQUOISE #223, SAN DIEGO, CA 92109

10925 FARRELL, L TRICIA, 160 N.MONTANA AVE., CASPER, WY 82609

10925 FARRELL, MARK, 1150 ALBANY DRIVE, OTTAWA, ONTARIO CANADA, ON K2C 2L3CANADA       *VIA Deutsche Post*

10925 FARRELL, MARK, 4801 DECATUR, OMAHA, NE 68104

10925 FARRELL, MARY, 294 ORANGEBURG RD, PEARL RIVER, NY 10965

10925 FARRELL, MARY, 91 GREEN ST, DANVERS, MA 01923

10925 FARRELL, MARYBETH, 5250 SOUTH HURON WAY BLDG. 12, APT. 206, LITTLETON, CO 80120

10925 FARRELL, MICHAEL, 4601 NW SECOND AVE. #803, BOCA RATON, FL 33431

10925 FARRELL, PAUL, 4002 BERTRAND ROAD, INDIANAPOLIS, IN 46222

10925 FARRELL, RAYMOND, 109 TWINBROOK CIRCLE, WINCHESTER, VA 22602

10925 FARRELL, RENEE, 8100 N HWY 99, STOCKTON, CA 95212

10925 FARRELL, RICHARD, 3 GAUTHIEN DR, MERRIMACK, NH 03054

10925 FARRELL, ROBERT, 16 CANTERBURY AVE, CORNWALL, NY 12518

10925 FARRELL, SUSAN, 33 18 200 ST, BAYSIDE, NY 11361

10925 FARRELL, SUSAN, 780 BROOKRIDGE CT, VALLEY COTTAGE, NY 10989

10925 FARRELL, THERESA, 194 BOSTON ST, N ANDOVER, MA 01845

10925 FARRELL, THOMAS, 7701 BAY PKWY, 2H, BROOKLYN, NY 11214

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    FARRELL-CALHOUN, 221 EAST CAROLINA, MEMPHIS, TN 38126

10925    FARRELLI, KAREN, 5169 GARDENVIEW DR., PITTSBURGH, PA 15236

10925    FARRELLY, F, 1407 LAKESHORE DR, LINDALE, TX 75771

10925    FARRELLY, MARGARET, 1407 LAKESHORE DRIVE, LINDALE, TX 75771-5126

10925    FARRER BROS ACE HARDWARE &, 1209 NW BROAD ST, MURFREESBORO, TN 37129-1737

10925    FARRER, ELIZABETH, 1328 KENTFIELD AVE, REDWOOD CITY, CA 94061

10925    FARRICE, JOHN, 1042 40TH ST, BROOKLYN, NY 11219

10925    FARRICKER, FRANK, 1801 PARK ROAD NW, #4, WASHINGTON, DC 20010

10925    FARRILL, KENDRA, 2029 HASLEY DR., OKLAHOMA CITY, OK 73120

10925    FARRINGTON DATA SYSTEMS, 3221 W BIG BEAVER ROAD STE 100, TROY, MI 48084

10925    FARRINGTON JT TEN, CHARLES L & ZELMA, 624 GLACIER DR, GRAND JUNCTION, CO 81503-1008

10925    FARRINGTON, BARBARA F, 104 MONTCLAIR RD, GREER, SC 29651-1014

10925    FARRINGTON, CHARLES, 624 GLACIER DRIVE, GRAND JUNCTION, CO 81503-1008

10925    FARRINGTON, JULIANN, 63 STURGIS ST, WOBURN, MA 01801

10925    FARRINGTON, MARK, 32 JULIETTE ST #3, DORCHESTER, MA 02122

10925    FARRINGTON, MARK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    FARRINGTON, THOMAS, 44 BARNARD ROAD, BELMONT, MA 02178

10924    FARRIS CONCRETE INC, HWY 5, MELISSA, TX 75071

10924    FARRIS CONCRETE INC, P O BOX 590, MELISSA, TX 75454

10924    FARRIS CONCRETE INC, P.O. BOX 590, MELISSA, TX 75071

10924    FARRIS STATE, 1111 W. KNOLLSVIEW DRIVE, BIG RAPIDS, MI 49307

10925    FARRIS, BOBBY, PO BOX 413, OZARK, AR 72949

10925    FARRIS, FRANK, 15 JONES RD, PELHAM, NH 03076

10925    FARRIS, HERTHA, 1021 JUNE ST, NEW BEDFORD, MA 02745

10925    FARRIS, KATHARYN, 5745 N. 44TH DRIVE, GLENDALE, AZ 85301

10925    FARRIS, LARRY, 311 WOODHAM DRIVE, FROSTPROOF, FL 33843-1728

10925    FARRIS, PINKIE, PO BOX 836, DEQUINCY, LA 70633

10925    FARRIS, RICHARD, 950 CONLEY RD. B-6, ATLANTA, GA 30054

10925    FARRIS, TAMMY, 6339 ROCKYRIDGE RD., STONE MTN, GA 30083

10925    FARRIS, THOMAS, 69478 HWY 64, MEEKER, CO 81641

10925    FARRISH, LAURA J, RT1 BOX 172, REIDSVILLE, NC 27320

10925    FARRISH, LINDA, 714 THE MASTERS COVE, MACON, GA 31211

10925    FARRO, JERRY, 12018 S. TUZIGOOT COURT, PHOENIX, AZ 85044

10925    FARROW, JAMES, PO BOX 1424, FOUNTAIN INN, SC 29644

10925    FARROW, JAMEY, 1638 BROADWAY SCHL RD, BELTON, SC 29627

10925    FARROW, KATHY, 110 MIDWAY MANOR, OPELIKA, AL 36801

10925    FARROW, MARTHA, 163 TALL PINES RD, FOUNTAIN INN, SC 29644

10925    FARROW, TERRY, 2557 HENDERSON RD, TRENTON, NC 28585

10925    FARRUGGIA, JULIUS, 137 HAWTHORNE AVE, NUTLEY, NJ 07110-1562

10925    FARSHCHI, KATHY, 5124 HICKORY RIDGE, BATON ROUGE, LA 70817

10925    FARSON, JULIE, 830 ERBIUM CIRCLE, RENO, NV 89512

10925    FARVER, GLENDA, 10883 SHREVE RD PO BOX 446, SHREVE, OH 44676

10925    FARVER, HARRY, KING ROAD APARTMENTS, APT. #1, ASHLAND, OH 44805

10925    FARVER, JAYME, 1600 LINN ST, ATLANTIC, IA 50022

10925    FARVOUR, PATRICK, 1312 WEISE ST, GREEN BAY, WI 54302

10925    FARWEST, PO BOX 4800 UNIT 91, PORTLAND, OR 97208-4800

10925    FARWEST, POBOX 3994, SEATTLE, WA 98124-3994

10925    FARYNA, KIMBERLY, 336 N WALLACE, INDIANAPOLIS, IN 46201

10925    FASCIONE, CELEUCIA, PO BOX 820, ARLETA, CA 91334

10924    FASHION SQUARE, 14006 RIVERSIDE DR.  #40, SHERMAN OAKS, CA 91401

10924    FASHION SQUARE, ED CORRELL PLASTERING, SHERMAN OAKS, CA 91403

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FASHION VALLEY CENTER, C/O SQUIRES BELT, SAN DIEGO, CA 92101 | |
| 10924 | FASHION VALLEY CENTER, ORANGE COUNTY PLASTERING, SAN DIEGO, CA 92101 | |
| 10924 | FASHION VALLEY CENTER, SAN DIEGO, CA 92110 | |
| 10925 | FASIG, MICHAEL, 580 DOVER DRIVE, ROSELLE, IL 60172 | |
| 10925 | FASKI, KELLY, 1824 EMERALD NE, GRAND RAPIDS, MI 49505 | |
| 10925 | FASLUND, BRENT, 1100 PARK DRIVE, THIBODAUX, LA 70301 | |
| 10925 | FASO, EXEC OF EST, JOHN J FASO, 14 SYLVESTER ST BOX 74, KINDERHOOK, NY 12106-2013 | |
| 10925 | FASO, JOHN C, PO BOX 759, ZELLWOOD, FL 32798 | |
| 10925 | FASO, JOHN, 12311 N PUTNEY COURT, LEESBURG, FL 34788 | |
| 10924 | FASSE PAINT, 215 PINE STREET, SHEBOYGAN FALLS, WI 53085 | |
| 10924 | FASSE PAINT, 851 FOREST AVENUE, SHEBOYGAN FALLS, WI 53085 | |
| 10925 | FASSETT, GARY, 211 WEST WESTWOOD DR, VISALIA, CA 93277-7552 | |
| 10925 | FASSNACHT, JAMES, 610 PENNDALE AVE, READING, PA 19606 | |
| 10925 | FASSNACHT, PATRICK, 610 PENNDALE AVE, READING, PA 19606 | |
| 10924 | FAST CAST, INC., SCARY CREEK INDUSTRIAL PARK, WINFIELD, WV 25213 | |
| 10925 | FAST FORMS, PO BOX 4060, SAN CLEMENTE, CA 92674-4060 | |
| 10925 | FAST FORWARD, POBOX 652, MOUNT MORRIS, IL 61054-8056 | |
| 10925 | FAST FORWARDING INC, 165 LENOX ST, NORWOOD, MA 02062 | |
| 10925 | FAST RESPONSE CORPORATE CONSULANTS, 350 ILE DE FRANCE LONGUEUIL, QUEBEC, QC J4H 3S6CANADA | *VIA Deutsche Post* |
| 10925 | FAST RESPONSE INC., 941 MCDONALD AVE., BROOKLYN, NY 11218 | |
| 10924 | FAST RESPONSE, INC, 941 MCDONALD AVENUE, BROOKLYN, NY 11218 | |
| 10924 | FAST RESPONSE, INC., 941 MCDONALD AVENUE, BROOKLYN, NY 11218 | |
| 10925 | FAST SIGNS, 4612-A SOUTH BLVD, CHARLOTTE, NC 28209 | |
| 10925 | FAST SIGNS, 561 PEACHTREE ST, ATLANTA, GA 30308 | |
| 10925 | FAST, KENNETH, ROUTE 2, BOX 67, WINDOM, MN 56101 | |
| 10924 | FASTCO, 5201-B NATIONS FORD ROAD, CHARLOTTE, NC 28217 | |
| 10925 | FASTCOMPANY, PO BOX 52760, BOULDER, CO 80322-2760 | |
| 10925 | FASTEL INC, 34 THESDA ST, ARLINGTON, MA 02474 | |
| 10924 | FASTENAL CO, 2490 3 LAKES RD SE, ALBANY, OR 97321 | |
| 10924 | FASTENAL CO., 1627 SWEENEY ST., OWENSBORO, KY 42303 | |
| 10924 | FASTENAL CO., 1947 SHAWNEE RD., EAGAN, MN 55122 | |
| 10924 | FASTENAL CO., 819 E. FRANKLIN, EVANSVILLE, IN 47711 | |
| 10924 | FASTENAL CO., P.O. BOX 978, WINONA, MN 55987-0978 | |
| 10924 | FASTENAL COMPANY, 705 LOYAL STREET, DANVILLE, VA 24541 | |
| 10925 | FASTENAL COMPANY, PO BOX 978, WINONA, MN 55987-0978 | |
| 10925 | FASTENERS & METAL PRODUCTS CORP, 30 THAYER ROAD, WALTHAM, MA 02154-7095 | |
| 10925 | FASTENERS & METAL PRODUCTS CORPORAT, 30 THAYER ROAD, WALTHAM, MA 02453-7095 | |
| 10925 | FASTESON, THOMAS, 117 SAINT ANDREWS COURT, MIDDLETOWN, DE 19709 | |
| 10925 | FASTFRAME #190, 5250 TOWN CENTER CIRCLE, BOCA RATON, FL 33486 | |
| 10924 | FAST-GRO PRODUCTS INC., 10430 NW 18TH PLACE, PEMBROKE PINES, FL 33026 | |
| 10924 | FAST-GRO PRODUCTS, INC., 10430 N.W. 18TH PLACE, PEMBROKE PINES, FL 33026 | |
| 10925 | FASTOFF, SUSAN, 3 NORTH MAIN ST, MONROE, NY 10950 | |
| 10925 | FASTORQ BOLTING SYSTEMS, 15700 EXPORT PLAZA DR, HOUSTON, TX 77032 | |
| 10925 | FASTORQ BUSINESS SYSTEMS, 15700 EXPORT PLAZA DR, HOUSTON, TX 77032 | |
| 10925 | FASTPRO INTERNATIONAL INC., PO BOX 6718, ORANGE, CA 92613 | |
| 10924 | FASTPULSE TECHNOLOGY INCORPORATED, 220 MIDLAND AVENUE, SADDLE BROOK, NJ 07663 | |
| 10925 | FASTRON SDN BHD, BAYAN LEPAS FTZ PHASE 3, PENANG, 11900MALAYSIA | *VIA Deutsche Post* |
| 10925 | FASTSEARCH CORPORATION, PO BOX 421057, MINNEAPOLIS, MN 55442 | |
| 10925 | FASTSIGNS, 2551 SAN RAMON VALLEY BLVD#113, SAN RAMON, CA 94583 | |
| 10925 | FASTSIGNS, GREENHOUSE MARKET PLACE #148, SAN LEANDRO, CA 94579 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FATBRAIN, INC, 1308 ORLEANS DRIVE, SUNNYVALE, CA 94089

10925   FATBRAIN.COM,

10925   FATBRAIN.COM, 1670 DOLWICK DR, ERLANGER, KY 41018

10925   FATBRAIN.COM, 2550 WALSH AVE, SANTA CLARA, CA 95051

10925   FATBRAIN.COM, 2550 WALSH AVE., SANTA CLARA, CA 95051

10925   FATERNAL ORDER OF POLICE, PO BOX 2555, DES PLAINES, IL 60017

10925   FATHEREE, JOHN, 423 WOODVINE DRIVE, SEABROOK, TX 77586

10924   FATIMA HOSPITAL, HIGH SERVICE AVENUE, NORTH PROVIDENCE, RI 02911

10925   FATINO, KIMBERLY, 104 S. 6TH TERRACE, BLUE SPRINGS, MO 64014

10925   FATTORE, RAYMOND, 809 WARRICK ST, W LAFAYETTE, IN 47906

10925   FATZINGER, ROBERTA, PO BOX 47, JAPPA, MD 21085

10925   FAU FOUNDATION, 500 NW 20TH ST DEANS OFF, BOCA RATON, FL 33431

10925   FAUBION, PO BOX 26085, SHAWNEE MISSION, KS 66225-0069

10925   FAUCETT, DANIEL, PO BOX 952, HAYDEN, CO 81639

10925   FAUCETT, TRACEY, RT 4 BOX 345A FAUCETT DR, UNION, SC 29379

10925   FAUCHER, DANA, 8933 W PECK DR, GLENDALE, AZ 85305

10925   FAUCHER, NANCY, 4 MADISON AVE, MASSENA, NY 13662

10925   FAUGHT, BEULAH, RR2, BOX 411, HAZELHURST, GA 31539-9606

10925   FAUGHT, CYNTHIA, 645 MARSHALL AVE, CLARKSVILLE, IN 47129

10925   FAUGHT, R, 14400 REESE DRIVE, LAKE WALES, FL 33853

10925   FAUL, CLARICE, 616 CHICKASAW, OPELOUSAS, LA 70570

10925   FAUL, ELIZABETH, 1051 N. 2ND ST., EUNICE, LA 70535

10925   FAULCONER, PAUL, 231 HANS HILL DRIVE, MADISON HEIGHTS, VA 24572

10925   FAULDS JR., RALPH, 4501 W. VILLARD, MILWAUKEE, WI 53218

10925   FAULK & FOSTER REAL ESTATE SERVICES, PO BOX 14782, MONROE, LA 71207-4782

10925   FAULK, JOHN, 2473 MARY DRIVE, SULPHUR, LA 70665

10925   FAULK, MARK, 5531 SANFORD, HOUSTON, TX 77096

10925   FAULKENBERG, GARY, 223 S W 2ND ST, RICHMOND, IN 47374

10925   FAULKENBERRY, PATRICE, 241 DONEGAL DRIVE, MOORE, SC 29369

10925   FAULKNER & GRAY INC, PO BOX 149, PEARL RIVER, NY 10965

10925   FAULKNER, ALYCE, 1518 WEST DAVIS ST, BURLINGTON, NC 27215-2002

10925   FAULKNER, ANTHONY, 10091 APPLEWOOD COURT, BURKE, VA 22310

10925   FAULKNER, BEVERLY, 120 OVERLOOK DRIVE, FAIRBURN, GA 30213

10925   FAULKNER, BEVERLY, RT 5 BOX 226, TROY, AL 36081

10925   FAULKNER, C, RD 1 BOX 235E, HARTLY, DE 19953

10925   FAULKNER, DANNY, 1477 HOBBYSVILLE RD., ROEBUCK, SC 29376

10925   FAULKNER, JUDY, 407 W. CRAWFORD ST., MEBANE, NC 27302

10925   FAULKNER, LISA, 1707 LAURANS AVE, KNOXVILLE, TN 37915

10925   FAULKNER, MARY, 12 WILLIAMS ST, DANVERS, MA 01923

10925   FAULKNER, VANESSA, 4668 BIRCHBEND LANE, FT WORTH, TX 76137

10925   FAUNI, CLOTILDE, 3400 N. HURLEY ST, LOS ANGELES, CA 90029

10925   FAUNTLEROY, BERNICE, 1533C HOLCOMB BRIDGE RD., NORCROSS, GA 30092

10925   FAUPEL, BONNIE, 10069 BASALT, RENO, NV 89506

10925   FAUSER, DEAN, 2803 AUTUMN SPRINGS LANE, SPRINGN, TX 77373

10925   FAUSER, ERNEST, 1207 COLUMBUS DRIVE, WATERLOO, IA 50702

10925   FAUSETT, GINGER, 3135 VICKIE LANE, SPARKS, NV 89431

10925   FAUSETT, KENNETH, 3135 VICKIE LANE, SPARKS, NV 89431

10925   FAUSETT, SARA, 2980 LIDA LANE, SPARKS, NV 89434

10925   FAUSSEMAGNE, ANNE, 2575 PEACHTREE RD. N.E., ATLANTA, GA 30305

10925   FAUST, DAVID, 31 WYOMISSING HLS BLVD, WEST LAWN, PA 19609

10925   FAUST, GERTRUDE, 3429 FREMONT ST, READING, PA 19605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FAUST, LOURDES, 2167 NE LOOP 410, SAN ANTONIO, TX 78217

10925   FAUST, M, 5669 ANTWERP WEST, MEMPHIS, TN 38135

10925   FAUST, MAYNARD, PO BOX 409, NORFOLK, NE 68702

10925   FAUST, MORRIS, RT. 1, BOX 135-D, FOXWORTH, MS 39483

10925   FAUST, TRACEY, 12 WESTHILLS TOWNES, GREENVILLE, NC 27834

10925   FAUSTO MARINO, 2031 INDIAN CIRCLE, ST LEONARD, MD 20685-2400

10925   FAUSTO, NETTIE, 3250 NORMANDY WOODS APT. L, ELLICOTT CITY, MD 21043

10925   FAUSTO, NETTIE, 7500 GRACE DR, COLUMBIA, MD 21044

10925   FAUSZ, DONALD, 210 PELLY, INDEP, KY 41051

10925   FAUZER, SHARON, 3887 MANAYUNK AVE, PHILADELPHIA, PA 19128

10925   FAVA, LORETA, 46 PKWY, POMONA, NY 10970

10925   FAVALORA, JR, 235 LONGVIEW DR, DESTREHAN, LA 70047

10925   FAVALORA, JR, ANTHONY T, 235 LONGVIEW DR, DESTREHAN, LA 70047

10925   FAVORABLE IMAGES, 2602 WEISS, SAGINAW, MI 46602

10925   FAVORITE, GALE, 40238 GERMANY ROAD, GONZALES, LA 70737

10925   FAVORITO, LAURA, 61 BROOK TRAIL RD, CONCORD, MA 01742

10925   FAVORITO, O, 61 BROOK TRAIL ROAD, CONCORD, MA 01742

10925   FAVORS, ALBERT, 146 GLEN ACRES CT, DECATUR, GA 30035

10925   FAVORS, MICHAEL, 2731 BRADMOOR WAY, DECATUR, GA 30034

10925   FAVORS, VALENCIA, 3831 BROCKETT TRAIL #H, CLARKSTON, GA 30021

10925   FAVRE, KELLY, 1673 HOPE DR., MARRERO, LA 70072

10925   FAVROT, JANE, 132 LONGFELLOW DR, MAURICE, LA 70555-9413

10924   FAWCET MEMORIAL HOSPITAL, 21298 OLEAN BLVD., PORT CHARLOTTE, FL 33980

10925   FAWCETT CO. INC., PO BOX 74027S, CLEVELAND, OH 44194

10925   FAWCETT HUGHES, HELEN, 16 QUEENS GATE PLACE, LONDON, SW7 5MYUNITED KINGDOM        **\*VIA Deutsche Post\***

10925   FAWCETT, RITA, RT. 1, BOX 67, SAULSBURG, TN 38067

10925   FAWSETT, CATHERINE, 814 LUNENBURG RD, GREAT FALLS, VA 22066

10925   FAWSON, ARLENE, 198 ROBBINS ST, WALTHAM, MA 02154-5108

10925   FAX & FINANCIAL SYSTEMS INC., 216 AQUARIUS DRIVE SUITE 309, BIRMINGHAM, AL 35209

10925   FAXNET, DEPT 250, DENVER, CO 80271-0250

10924   FAXON MACHINING, INC., 11101 ADWOOD DR, CINCINNATI, OH 45240

10925   FAXPAT INC, 5350 SHAWNEE ROAD SUITE 110, ALEXANDRIA, VA 22312

10925   FAXPRESS INC, 2495 DA VINCI, IRVINE, CA 92714

10925   FAXPRESS INC, 5741 ENGINEER DRIVE, HUNTINGTON BEACH, CA 92649

10925   FAXSAV INC., PO BOX 200013, PITTSBURGH, PA 15251-0013

10924   FAY BLOCK COMPANY INC, PO DRAWER 1867, FAYETTEVILLE, NC 28302

10924   FAY BLOCK MATERIALS, 1200 1/2 RAMSEY ST, FAYETTEVILLE, NC 28302

10925   FAY FOTO, 45 ELECTRIC AVE, BOSTON, MA 02135

10925   FAY MARIX, 58140 CHINN ST, PLAQUEMINE, LA 70764-3608

10925   FAY P NAGER, 2809 LYMAN LANE, MADISON, WI 53711-5339

10925   FAY, ANTHONY, 117 WARREN ST, CONCORD, NH 03301

10925   FAY, CHARLES, 217 W. AVE B., SAN ANGELO, TX 76903

10925   FAY, DAVID, 2830 COUNTRY BROOK CT, CONYERS, GA 30207

10925   FAY, DOUGLAS, 2654 N FONTANA CIRCLE, MESA, AZ 85213-1803

10925   FAY, JOHN F, 6700 WILLOW CREEK ROAD, BOWIE, MD 20720-3326

10925   FAY, KEVIN, 3325 AUSTIN AVE, WANTAGH, NY 11793

10925   FAY, MARY, 25 DUNSTER ROAD, NEEDHAM, MA 02194

10925   FAY, STEVEN, 4985 COUNTY RD 30, CRAIG, CO 81625

10925   FAY, THOMAS, 4324 HARDING AVE APT. 1, CHEVIOT, OH 45211

10925   FAYAD, RALPH, 58 ADAMS ST #3, WALTHAM, MA 02453

10925   FAYE DELORES ROBERTS, 13 VILLA DR, SAN PABLO, CA 94806-3731

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FAYE M SHAPERO, 2515 KEMPER ROAD 207, SHAKER HEIGHTS, OH 44120-1255

10925   FAYE M WELLS, 11 E KNIGHT AVE, COLLINGSWOOD, NJ 08108-1412

10925   FAYE S CRAFT, 62 IRENE DR, ELLISVILLE, MO 63011-2149

10925   FAYER, ANN MICHELLE, 8605 MANAHAN DRIVE, ELLICOTT CITY, MD 21043

10925   FAYETTE COUNTY CLERK, 162 E MAIN ST, LEXINGTON, KY 40507

10925   FAYETTE COUNTY PUBLIC SCHOOLS, PO BOX 14078, LEXINGTON, KY 40512

10924   FAYETTE HIGH SCHOOL, C/O ALPHA INSULATION, FAYETTEVILLE, GA 30214

10924   FAYETTE MALL, LEXINGTON, KY 40502

10924   FAYETTEVILLE MANLIUS SCHOOL, 8199 EAST MANLIUS HIGH SCHOOL, MANLIUS, NY 13104

10925   FAYLO, GARY, 4434 ROHN DR, TOLEDO, OH 43613

10925   FAYMAN, THERESA, 8638 EVRESHAM ROAD, RICHMOND, VA 23294

10925   FAZIO, BARBARA, 115 N ITHACA, STERLING, VA 20164

10924   FAZZIO FRANK J & SONS INC, 458 ELWOOD AVE, PITMAN, NJ 08071

10924   FAZZIO FRANK J & SONS INC., 458 ELWOOD AVE, PITMAN, NJ 08071

10924   FAZZIO FRANK J & SONS INC., 458 ELWOOD AVE., PITMAN, NJ 08071

10924   FB2027/DDOU HILL CTRL RCVG-FB2027, 5851 "F" AVE/ BLDG 849W, HILL AIR FORCE BASE, UT 84056-5713

10924   FB2027/DOOU HILL CTRL RCVG, 5851 "F" AVE/BLDG 849W, HILL AIR FORCE BASE, UT 84056-5713

10925   FBF NUCLEAR CONTAINERS, 1201 HILTON ROAD, KNOXVILLE, TN 37921

10925   FBF NUCLEAR CONTAINERS, PO BOX 51026, KNOXVILLE, TN 37950-1026

10925   FBI NAA, INC, FBI ACADEMY, QUANTICO, VA 22135

10924   FBI, PLASTERING SPECIALTIES, SAN DIEGO, CA 92163

10925   FBL REAL ESTATE VENTURES LTD, ROBERT A SIMONS, 5400 UNIVERSITY AVE, WEST DES MOINES, IA 50266

10925   FBO AVCENTER, PO BOX 12405, PITTSBURGH, PA 15231-0405

10925   FBO TEMPCO TEMP OF AMERICA, INC, MOMENTUM FINANCIAL, INC., PO BOX 1535, HOUSTON, TX 77251-1535

10925   FBO TEMPCO TEMPORARIES, PO BOX 262206, HOUSTON, TX 77207-2206

10925   FBT TEST.& ENVIRONMENTAL SVC., 7419 KINGSGATE WAY, SUITE D, WEST CHESTER, OH 45069

10925   FBT, INC, ONE NORTHGATE PARK, CHATTANOOGA, TN 37415

10925   FC & PA, 3030 DADE AVE SUITE 200, ORLANDO, FL 32804-4014

10925   FC CLIFFORD, INC, 1101 EDISON HWY., BALTIMORE, MD 21213

10924   FCA.EMBUTIDOS INDUVECA CX, DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO        *VIA Deutsche Post*

10924   FCA.EMBUTIDOS NUEVA ERA C, DOMINICAN REPUBLIC, DOMINICAN REPUB, 99999SANTO DOMINGO        *VIA Deutsche Post*

10925   FCC, PO BOX 358245, PITTSBURGH, PA 15251-5245

10924   FCCJ DEARWOOD CTR, 9911 BAY MEADOWS, JACKSONVILLE, FL 32256

10924   FCD DISTRIBUTION, 185 INDUSTRIAL DRIVE, ELMHURST, IL 60126

10924   FCI CONSTRUCTORS, 90 GREAT OAKS BLVD, SAN JOSE, CA 95119

10924   FCI CONSTRUCTORS, I 99, DELHI, CA 95315

10924   FCI, 18872 HWY 169 NO., SAINT JOSEPH, MO 64505

10924   FCI, 18872 HWY. 169 NORTH, SAINT JOSEPH, MO 64505

10925   FCI, 7677 CANTON CENTER DR., BALTIMORE, MD 21224

10925   FCM, LES OAKES, 191 PEACHTREE ST, ATLANTA, GA 30303-1763

10925   FD LAWRENCE ELECTRIC CO., 3450 BEEKMAN ST., CINCINNATI, OH 45223

10925   FD MCGINN, INC, PO BOX 14097, EAST PROVIDENCE, RI 02914-0097

10924   FDA LAB, 158-15 LIBERTY AVENUE, JAMAICA, NY 11433

10924   FDP BRAKES, 1445 S. PENNSYLVANIA AVE., MORRISVILLE, PA 19067

10925   FE SCHUNDLER & CO JOLIET IL, 504 RAILROAD ST, JOLIET, IL 60436-9503

10925   FE SCHUNDLER & CO/MICA PELLETS INC, 1008 OAK ST, DE KALB, IL

10925   FE SCHUNDLER AND CO INC, 45-15 VERNON BLVD, LONG ISLAND, NY 11101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FEA DEVICES, 9602 S E 33RD ST, MERCER ISLAND, WA 98040 | |
| 10925 | FEAC, 4205 HOLLYWOOD BLVD, HOLLYWOOD, FL 33021 | |
| 10925 | FEAGANS, DONALD, 736 SUNSET MOUNTAIN ROAD, CHATTANOOGA, TN 37421 | |
| 10925 | FEAGIN, JAMES, 12 HANNAH CIRCLE, BLUE RIDGE, GA 30513 | |
| 10925 | FEAGLEY, DAVID, 2705 ASHLEY FERRY ROAD, CHARLESTON, SC 29414 | |
| 10925 | FEAGLEY, DAVID, PO BOX 80512, CHARLESTON, SC 29414 | |
| 10925 | FEARKA, RUSTY, 507 HEMLOCK, ARLINGTON, TX 76018 | |
| 10925 | FEARN, CHARLES, 11247 SAN JOSE BLVD, 1305, JACKSONVILLE, FL 32223 | |
| 10925 | FEARN, DEBRA A, 831 CARNATION CT, OSHAWA, ON LIH2H6CANADA | *VIA Deutsche Post* |
| 10924 | FEATHER RIVER CONC PROD, 1257 MARKET ST, YUBA CITY, CA 95991 | |
| 10924 | FEATHER RIVER CONCRETE PRODUCT, 1257 MARKET STREET, YUBA CITY, CA 95991 | |
| 10924 | FEATHER RIVER CONCRETE PRODUCT, 675 STATE BOX ROAD, OROVILLE, CA 95965 | |
| 10924 | FEATHER RIVER CONCRETE PRODUCT, ATTN: ACCOUNTS PAYABLE, 1257 MARKET STREET, YUBA CITY, CA 95991 | |
| 10925 | FEATHER, JAMIE, 177 SOUTHWOOD ROAD, PASADENA, MD 21122 | |
| 10925 | FEATHERALL, DOROTHY, 3602 OAKLAWN RD, FORT WASHINGTON, MD 20744 | |
| 10924 | FEATHERLITE BUILDING PROD, 3815 SINGLETON BLVD, DALLAS, TX 75247 | |
| 10924 | FEATHERLITE BUILDING PROD, P O BOX 560725, DALLAS, TX 75356 | |
| 10924 | FEATHERLITE BUILDING PRODUCTS CORP, 418 GIBBS SPRAWL RD, CONVERSE, TX 78109 | |
| 10924 | FEATHERLITE BUILDING PRODUCTS CORP, PO BOX99, CONVERSE, TX 78109 | |
| 10925 | FEATHERLITE BUILDING PRODUCTS, 2824 REAL ST, AUSTIN, TX 78722 | |
| 10925 | FEATHERLITE BUILDING PRODUCTS, POBOX 425, ROUND ROCK, TX 78680-0425 | |
| 10924 | FEATHERLITE CORP, P O BOX 425, ROUND ROCK, TX 78680 | |
| 10924 | FEATHERLITE CORP., 1508 ERSKINE RD., LUBBOCK, TX 79403 | |
| 10924 | FEATHERLITE CORP., 151 HEINSOHN RD, CORPUS CHRISTI, TX 78406 | |
| 10924 | FEATHERLITE CORP., 2801 EAST 3RD ST., AMARILLO, TX 79120 | |
| 10924 | FEATHERLITE CORP., 508 MCNEIL RD., ROUND ROCK, TX 78681 | |
| 10924 | FEATHERLITE CORP., P.O. BOX 31058, AMARILLO, TX 79120 | |
| 10924 | FEATHERLITE CORP., P.O. BOX 489, LUBBOCK, TX 79408 | |
| 10924 | FEATHERLITE CORPORATION, 151 HEINSOHN RD, CORPUS CHRISTI, TX 78406 | |
| 10924 | FEATHERLITE CORPORATION, 2065 OAK STREET, ABILENE, TX 79608 | |
| 10924 | FEATHERLITE CORPORATION, 325 AMERICAS AVE., EL PASO, TX 79907 | |
| 10924 | FEATHERLITE CORPORATION, P.O. BOX 17609, EL PASO, TX 79917 | |
| 10924 | FEATHERLITE CORPORATION, P.O. BOX 6633, ABILENE, TX 79608 | |
| 10924 | FEATHERLITE, 1600 MAIN ST., PORT NECHES, TX 77651 | |
| 10924 | FEATHERLITE, BOX 357, PORT NECHES, TX 77651 | |
| 10925 | FEATHERSTON, DEBORAH, 75 E WAYNE AVE, SILVER SPRING, MD 20910 | |
| 10925 | FEATHERSTON, DIANNAH, 1125 NW 197, EDMOND, OK 73003 | |
| 10925 | FEATHERSTON, MICHAEL, 30 E. STONEY BRIDGE COURT, THE WOODLANDS, TX 77381 | |
| 10925 | FEATHERSTONE, JOYCE, 692 ORIENTAL BLVD, OP-LOCA, FL 33054 | |
| 10925 | FEATHERSTONE, MARIAN, 202 N. JACOB ST, CHERRYVILLE, NC 28021 | |
| 10925 | FEBLES, CELSO, FLUSHING, NY 11255 | |
| 10925 | FEBLES, MARIA, CALLE 23 S-20, PONCE, PR 00731 | |
| 10925 | FEBO, JULIA, #296 BRASIL ST COM L, RIO GRANDE, PR 00745 | |
| 10925 | FEBRE, BENJAMIN, CALLE 29 Q 5 LOS CAO, PONCE, PR 00731 | |
| 10925 | FEBUS, ANGEL, 1240 WISCONSIN AVE, BERWYN, IL 60402-1061 | |
| 10925 | FECI, JOHN, 877 CALABASAS RD, WATSONVILLE, CA 95076-0442 | |
| 10925 | FECTEAU, KIM, 85 HIGH ST, NEWBURYPORT, MA 01956 | |
| 10925 | FED COMMUNICATIONS COMM, PO BOX 358245, PITTSBURGH, PA 15251-5245 | |
| 10924 | FED. LAW ENFORCEMENT BLDG.CLASS "A", C/O SOUTHEASTERN ROOF DECKS, GLYNCO, GA 31524 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    FED. MOGUL CORPOR. - DO NOT USE, PO BOX 66533, SAINT LOUIS, MO 63166-6533

10925    FEDALIZO, VICTORIA, 3233 SOLDAU DR, SAN DIEGO, CA 92154

10925    FEDAS, ANN, 9 HALSEY ST, SOMERVILLE, NJ 08876-2608

10925    FEDDERS, VERNON, 1383 REMER, LEMARS, IA 51031

10925    FEDELE, ANTONINO, 3295 JACKSON AVE, WANTAGH, NY 11793

10925    FEDER EXPRESS CORP., PO BOX 1140 DEPT A, MEMPHIS, TN 38101-1140

10925    FEDERAL APD INC., 6046 WEST 63RD ST, CHICAGO, IL 60638

10924    FEDERAL AVIATION ADMINISTRATION, C/O DCW CONTRACTING, LEESBURG, VA 22075

10924    FEDERAL BLOCK, 247 WALSH AVE., NEW WINDSOR, NY 12553

10924    FEDERAL BLOCK, 247 WALSH AVENUE, NEW WINDSOR, NY 12550

10924    FEDERAL BUILDING - U.S. COURT HOUSE, 305 CADDO STREET, SHREVEPORT, LA 71101

10924    FEDERAL BUILDING COURTHOUSE, 5TH & STATE AVE., KANSAS CITY, KS 66101

10924    FEDERAL BUILDING, DENVER, CO 80201

10924    FEDERAL BUILDING, JUNEAU, AK 99850

10924    FEDERAL BUILDING, SCRANTON, SCRANTON, PA 18510

10925    FEDERAL COMMUNICATIONS COMMISION, 7230 PKWY DR, HANOVER, MD 21076

10925    FEDERAL COMMUNICATIONS COMMISSION, PO BOX 358245, PITTSBURGH, PA 15251-5245

10925    FEDERAL CONTAINER CORPORATION, PO BOX 230888, HOUSTON, TX 77223

10924    FEDERAL COURT HOUSE, 400 EAST 9TH, KANSAS CITY, MO 64106

10924    FEDERAL COURT HOUSE, 402 EAST STATE STREET, TRENTON, NJ 08638

10924    FEDERAL COURTHOUSE, 18TH & DODGE, OMAHA, NE 68102

10924    FEDERAL COURTS BLDG, WALLBOARD INC.  -  CONROY BROS., MINNEAPOLIS, MN 55415

10924    FEDERAL COURTS BUILDING, 310 4TH AVE. SOUTH, MINNEAPOLIS, MN 55415

10924    FEDERAL DETENTION CENTER, 80 29TH STREET, BROOKLYN, NY 11232

10924    FEDERAL DETENTION FACILITY, 830 3RD AVE (UNDER BQE), BROOKLYN, NY 11200

10924    FEDERAL DISTRIBUTORS INC.(AM), 1820 SOUTHTOWN BOULEVARD, DAYTON, OH 45439

10925    FEDERAL EQUIPMENT CO., 8200 BESSEMER AVE., CLEVELAND, OH 44127

10924    FEDERAL EXPRESS CAMPUS, 3636 HACKS RD., MEMPHIS, TN 38125

10925    FEDERAL EXPRESS CORP, J MICHAEL OELMLER, PO BOX 1140, MEMPHIS, TN 38101-1140

10925    FEDERAL EXPRESS CORP, PO BOX 1140, MEMPHIS, TN 38101-1140

10925    FEDERAL EXPRESS CORP., 2650 THOUSAND OAKS BLVD, MEMPHIS, TN 38118

10925    FEDERAL EXPRESS CORP., PO BOX 1140 DEPT A, MEMPHIS, TN 38101-1140

10925    FEDERAL EXPRESS CORP., PO BOX 1140 DEPT. A, MEMPHIS, TN 38101-1140

10925    FEDERAL EXPRESS CORP., PO BOX 1140, MEMPHIS, TN 38101-1140

10925    FEDERAL EXPRESS CORP., PO BOX 18695, MEMPHIS, TN 38118

10924    FEDERAL EXPRESS HANGER, 2461 DEMOCRAT ROAD, MEMPHIS, TN 38118

10925    FEDERAL EXPRESS INC., PO BOX 1140, MEMPHIS, TN 38101-1140

10924    FEDERAL EXPRESS MEMPHIS AIRPORT, SMALL PACKAGE SORT SUPER HUB, MEMPHIS, TN 38118

10924    FEDERAL EXPRESS S.W. HUB, C/O LCR CONTRACTORS, FORT WORTH, TX 76177

10924    FEDERAL EXPRESS SORT FACILITY, 3400 N INTERLOOP ROAD, ATLANTA, GA 30337

10924    FEDERAL EXPRESS, 3050 WINCHESTER, MEMPHIS, TN 38118

10924    FEDERAL EXPRESS, 3636 HACKS CROSSROAD, MEMPHIS, TN 38125

10924    FEDERAL EXPRESS, 42ND STREET & 11TH AVENUE, MANHATTAN, NY 10021

10924    FEDERAL EXPRESS, 595 WASHINGTON STREET, MANHATTAN, NY 10021

10924    FEDERAL EXPRESS, 60 BAILEY STATION ROAD, COLLIERVILLE, TN 38017

10924    FEDERAL EXPRESS, ATT: RICK EYLES, 1000 FEDEX DRIVE, MOON TOWNSHIP, PA 15108

10925    FEDERAL EXPRESS, PO BOX 1140, MEMPHIS, TN 38101

10925    FEDERAL EXPRESS, PO BOX 2700 ST SVILLE, MISSISSAUGA, ON L5M 2L8CANADA          **\*VIA Deutsche Post\***

10925    FEDERAL EXPRESS, PO BOX 727, MEMPHIS, TN 38194-5712

10924    FEDERAL FABRICS - FIBERS, INC., 21 MARIE DRIVE, ANDOVER, MA 01810

10925    FEDERAL FILINGS,INC, 601 PENNSYLVANIA AVE.,NW, WASHINGTON, DC 20004-2602

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FEDERAL FIRE PROTECTION, PO BOX 470, NEW PROVIDENCE, NJ 07974-0470

10925   FEDERAL HOFFMAN INC/ FEDERAL CARTRI, JEANNE M GODE ASST GEN COUN PE, NORWEST CENTER, 90 SOUTH 7TH ST 36TH FL, MINNEAPOLIS, MN 55402

10925   FEDERAL INSURANCE COMPANY AND ITS, 111 S CALVERT ST, BALTIMORE, MD 21202-6185

10925   FEDERAL LABORATORIES INC, BOWERS ORR & ROBERTSON, ATN: MR JIM ORR, 1401 MAIN ST #1100, PO BOX 7307, COLUMBIA, SC 29202

10925   FEDERAL LABORATORIES INC, MOORE & VAN ALLEN JONATHAN D OECHSL, 3000 NCNB PLAZA, CHARLOTTE, NC 28280-8085

10924   FEDERAL LAW ENFORCEMENT BLDG., CLASS A, GLYNCO, GA 31524

10924   FEDERAL LAW ENFORCEMENT CENTER, CUSTOMER PICK-UP, GLYNCO, GA 31520

10925   FEDERAL MEDIATION & CONCILIATION SE, 2100 K ST NW, WASHINGTON, DC 20427

10924   FEDERAL MEDICAL BUILDING, 100 J STREET, FORT WORTH, TX 76127

10925   FEDERAL METAL FINISHING INC, ROBERT SACCO PRES, 118 DORRANCE ST, BOSTON, MA 02129

10924   FEDERAL MOGEL, 26555 NORTHWESTERN, SOUTHFIELD, MI 48034

10924   FEDERAL MOGUL CORPORATION, PO BOX 768, BURLINGTON, IA 52601

10924   FEDERAL MOGUL TECHNOLOGY, CAWSTON, RUGBY, WARWICKSHIRE, CV227SAGBR     *VIA Deutsche Post*

10924   FEDERAL MOGUL, 1 GRIZZLY LANE, SMITHVILLE, TN 37166

10924   FEDERAL MOGUL, 20 ABERDEEN DRIVE, GLASGOW, KY 42141

10924   FEDERAL MOGUL, 2410 PAPERMILL ROAD, WINCHESTER, VA 22604

10924   FEDERAL MOGUL, OLSON ROAD, LEITERS FORD, IN 46945

10924   FEDERAL PRISON, LEE NORTON, TUCSON, AZ 85701

10925   FEDERAL PRODUCTS CORPORATION, PO BOX 9400, PROVIDENCE, RI 02940

10924   FEDERAL PRODUCTS, 1139 EDDY STREET, PROVIDENCE, RI 02940

10924   FEDERAL RESERVE BANK BLDG., 104 MARIETTA STREET, ATLANTA, GA 30310

10925   FEDERAL RESERVE BANK OF KANSAS CITY, 3004 STRONG AVE., KANSAS CITY, KS 66106

10925   FEDERAL RESERVE BANK OF KANSAS CITY, PO BOX 419161, KANSAS CITY, MO 64141-6161

10924   FEDERAL RESERVE BANK OF PA, 7TH AND CHERRY STREETS, PHILADELPHIA, PA 19106

10925   FEDERAL RESERVE BANK OF RICHMOND, PO BOX 27622, RICHMOND, VA 23261-7622

10924   FEDERAL RESERVE BANK, 33 LIBERTY STREET, NEW YORK, NY 10001

10924   FEDERAL RESERVE BANK, 59 MAIDEN LN, NEW YORK, NY 10005

10924   FEDERAL RESERVE, 1020-A PEACHTREE ROAD, ATLANTA, GA 30309

10924   FEDERAL RESERVE, PORTLAND, OR 97227

10924   FEDERAL STONE INDUSTRIES, INC., 142 WATER STREET, THURMONT, MD 21788

10924   FEDERAL STONE INDUSTRIES, INC., 145 WATER STREET, THURMONT, MD 21788

10925   FEDERAL VALVE AND FITTING CO., 23322 SOUTH FRONTAGE ROAD, CHANNAHON, IL 60410

10925   FEDERAL VALVE AND FITTING COMPANY, PO BOX 88499, CHICAGO, IL 60680-1499

10924   FEDERAL-MOGUL WORLDWIDE AFTERMARKET, VENDOR #619242, PO BOX66533, SAINT LOUIS, MO 63166-6533

10924   FEDERAL-MOGUL, 3570 S. MAIN, SALISBURY, NC 28147

10925   FEDERANICH JR., RICHARD, 358 W ROBINSON ST, SHREVE, OH 44676-9501

10925   FEDERATION OF SOCIETIES FOR COATING, 492 NORRISTOWN ROAD, BLUE BELL, PA 19422-2350

10924   FEDERIAL PACKING OF PR.RT, PUERTO RICO, PR 99999PUERTO RICO     *VIA Deutsche Post*

10924   FEDERICO, DONALD, 4530 PLEASANT MILLS ROAD, SWEETWATER, NJ 08037

10925   FEDERICO, LYDIA, 5613 BELMONT AVE, CHEVY CHASE, MD 20815

10925   FEDERSPIEL, JAMES, 935 CHURCH ST, JESUP, IA 50648

10925   FEDERSPIEL, LE ROY, 715 ANN ST, JESUP, IA 50648-1113

10925   FEDEX CUSTOM CRITICAL, PO BOX 371627, PITTSBURGH, PA 15251-7627

10925   FEDEX CUSTOM CRITICAL, POBOX 371627, PITTSBURGH, PA 15251-7627

10925   FEDEX LOGISTICS, 5455 DARROW RD, HUDSON, OH 44236

10924   FEDEX, 530 WEST 34TH  BETWEEN 10TH & 11TH, NEW YORK, NY 10001

10925   FEDI FEDI JAWORSKI & SANTINI, MARY JAWORSKI, 4777 GROUSE RUN, #174, STOCKTON, CA 95207

10925   FEDINEC, GERAL, PO BOX 412, CRAIG, CO 81626

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 FEDINICK, KIMBERLY, 11 DUNLOP PLACE, MIDDLESEX, NJ 08846

10925 FEDRICK, CASSANDRA, 1725 A BROOKSVALE ST, CHARLOTTE, NC 28208

10925 FEE, TRACY L, 9610 LEANING TREE LANE, HOUSTON, TX 77064

10925 FEE, TRACY, 9610 LEANING TREE LANE, HOUSTON, TX 77064

10925 FEE, ULYSSES, 3921 MORTIMER AVE, BALTIMORE, MD 21215

10925 FEECO INTERNATIONAL, 3913 ALGOMA ROAD, GREEN BAY, WI 54311

10925 FEEHLEY, WILLIAM, 12105 STONEY BATTER, KINGSVILLE, MD 21087

10925 FEELEY, EDNA, 650 THE VILLAGE, REDONDO BEACH, CA 90277

10925 FEELEY, KEVIN, 6700-C3 FISHERS FARM LANE, CHARLOTTE, NC 28277

10925 FEELEY, NORMA, 149 WOODSWAY, PASADENA, MD 21122

10925 FEELEY, PATRICIA, 3201 B GARDENS E DR, PALM BCH GARDENS, FL 33410

10925 FEELY, CONOR, 34 WILLIAMS ST, ARLINGTON, MA 02476

10925 FEEMSTER, DICK, 3300 FAIRMONT, ODESSA, TX 79762-7138

10925 FEENEY, PATRICK, 6786 RENE, SHAWNEE, KS 66216

10925 FEENEY, TIMOTHY, 35 MT VERNON ST, ARLINGTON MA, MA 02174

10925 FEENY, MARY, 3455 MCCONNELL RD, GREENSBORO, NC 27405

10925 FEERY, HELEN, 103-22 106 ST, OZONE PARK, NY 11417

10925 FEERY, JOHN E, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 FEERY, JOHN, 5541 DESCARTES CIRCL, BOYNTON BEACH, FL 33437

10925 FEERY, LORRAINE, 53 ARCH ST, HIGH BRIDGE, NJ 08829

10925 FEERY, TARA, 5541 DESCARTES CIRCLE, BOYNTON BEACH, FL 33437

10925 FEES, JESSICA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 FEES, JESSICA, 662 MASS AVE UNIT #5, BOSTON, MA 02118

10925 FEFFER, JOSEPH, 407 NORTHWEST DRIVE, FREDERICKSBURG, TX 78624

10925 FEFFER, PAUL, 60 SUTTON PLACE, NEW YORK, NY 10022

10925 FEFPA, 3397 WEST THARPE ST, TALLAHASSEE, FL 32303

10925 FEGAN, JAMES, 1 DARIAN COURT, POMONA, NY 10970

10925 FEGLEY, LYNDA, 392 EAST MAIN ST, SOMERVILLE, NJ 08876

10925 FEGU ELECTRONICS INC, 999 COMMERCIAL ST, PALO ALTO, CA 94303

10925 FEHRE, CARL, CLIFFWOOD ROAD, CHESTER, NJ 07930

10925 FEHRENBACHER, RICHARD, 4890 DAVID DRIVE, WILLIAMSBURG, MI 49690

10925 FEHRING, JOHN, ROUTE 1 BOX 29, APACHE, OK 73006-9505

10925 FEHRS JR, JOHN, 3609 STONE CREEK PKWY, FORT WORTH, TX 76137

10925 FEICHTL, DOUGLAS, 435 ADAMS ROAD, BREINIGSVILLE, PA 18031

10925 FEIDER, TODD, 1309 S. SHAMROCK, VERADALE, WA 99037

10925 FEIG, STEPHEN, 21755 WOODLAND CREST, WOODLAND HILLS, CA 91364

10925 FEIGENBAUM, JUDY, 1354 PEASASUS FARMS, ST. PETERS, MO 63376

10925 FEIGHNER, TOMMY, 2320 FM 369 SOUTH, IOWA PARK, TX 76367

10925 FEIGHT, AMANDA, 3311 D.PLAINS BLVD, AMARILLO, TX 79106

10924 FEI-HOUSTON/SPRING #190, P.O. BOX 3329, SPRING, TX 44388-4505

10924 FEIKERT SAND & GRAVEL INC., 6971 CR 189, MILLERSBURG, OH 44654

10924 FEIKERT SAND & GRAVEL INC., 7100 COUNTY ROAD 189, FREDERICKSBURG, OH 44627

10925 FEILE JT TEN, DAVID G & ANNETTE M, 9332 PIGEON LAKE RD, VALDERS, WI 54245-9528

10925 FEILER, JEFFREY, 4011 ROBINHOOD WAY, SYKESVILLE, MD 21784

10925 FEIMER, LINDA, 2 MAYBROOK DRIVE, MAYWOOD, NJ 07607

10925 FEIN, SHARON S, 12217 ROCKLEDGE CIR, BOCA RATON, FL 33428

10925 FEIN, SHARON, 12217 ROCKLEDGE CIR, BOCA RATON, FL 33428

10925 FEINBERG ALBAN, 1051 BEACON ST, BROOKLINE, MA 02146

10925 FEINBERG SILVA, 2000 MARKET ST, SUITE 1805, PHILADELPHIA, PA 19103

10925 FEINBERG, JOY, 190 WEST MERRICK ROAD, 25, FREEPORT, NY 11520

10925 FEINBERG, RONALD M, RONALD M., 5042 LAKE BLUFF RD, W. BLOOMFIELD, MI 48323-2432

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FEINBERG, SANDRA, 7175 TIMBERVIEW, W. BLOOMFIELD, MI 48322

10925   FEINDT, KIMBERLY, 3857 PROVIDENCE RD., NEWTOWN SQUARE, PA 19073

10925   FEINER, MAE, 4269 NW 89 AVE BLD 69 APT 205, CORAL SPRINGS, FL 33065

10925   FEINGOLD, DEANNA, 123 SANFORD AVE, EMERSON, NJ 07630

10925   FEINTUCH, ARLYNE H, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   FEINTUCH, ARLYNE, 10526 PEBBLE COVE LA, BOCA RATON, FL 33498

10925   FEI-RALEIGH NC #15, PO BOX 60076, CHARLOTTE, NC 28280-0076

10925   FEIST, BRIAN, 910 W. VIRGINIA AVE, TAMPA, FL 33603

10925   FEIT, THOMAS P, 1406 SEACREST DRIVE, CORONA DEL MAR, CA 92625

10925   FEIT, THOMAS P, 1406 SEACREST DRIVE, CORONA DEL MAR, CA 92625-1228

10925   FEIT, THOMAS, 1406 SEACREST DRIVE, CORONA DEL MAR, CA 92625

10925   FEIX, ALISON, 1323 OLD MUSH CREEK ROAD, TRAVELERS REST, SC 29690

10925   FEKETE, ILONA, 5 SEMINOLE AVE, LAKE HIAWATHA, NJ 07034

10925   FELAN, MICHAEL, 1708 6TH, BROWNFIELD, TX 79316

10924   FELBRO FOOD PRODUCTS, 5700 WEST ADAMS BLVD., LOS ANGELES, CA 90016

10924   FELCHAR MANUFACTURING CORPORATION, 196 CORPORATE DRIVE, BINGHAMTON, NY 13904

10924   FELCHAR MANUFACTURING CORPORATION, 196 CORPORATE DRIVE, KIRKWOOD, NY 13795

10924   FELCHAR MFG. CORP., 196 CORPORATE DRIVE, BINGHAMTON, NY 13904

10925   FELD PRINTING, 6806 MAIN ST., CINCINNATI, OH 45244

10925   FELD PRINTING, PO BOX 44188, CINCINNATI, OH 45244-4188

10925   FELD, APRIL, 19119 DAY ST, PERRIS, CA 92370

10925   FELDER, CLEMMIE, 1402 NEW HAVEN ROAD, WICHITA FALLS, TX 76304

10925   FELDER, DICK S, 1346 MAIN ST, BATON ROUGE, LA 70802

10925   FELDER, STACEY, 1555 COLLINGWOOD DR., MARIETTA, GA 30067

10924   FELDMAN LUMBER, 300 N. HENRY STREET, BROOKLYN, NY 11222

10925   FELDMAN, DENA, 4500 POHICK LN BOX 50, FAIRFAX, VA 22030

10925   FELDMAN, JEFFREY, 4 COUNTRY CLUB DRIVE, WOODBRIDGE, CT 06525

10925   FELDMAN, JENNIFER, 790 CEDAR GLEN RD, ELKINS PARK, PA 19117

10925   FELDMAN, KIRILL, 10500 ROCKVILLE PIKE #303, ROCKVILLE, MD 20852

10925   FELDMAN, ROBIN, 2918 MORAN PLACE, LOUISVILLE, KY 40206

10925   FELDMANN, ALBERTA, 155 CLOVER RIDGE AVE, FORT THOMAS, KY 41075-1219

10925   FELDMEIER, ANDREA, 603 LEXINGTON DRIVE, WAUNAKEE, WI 53597

10925   FELDMEN, MITCHELL, 6300 FALLS CREEK DR #109, LAUDERHILL, FL 33319

10925   FELDSPAR CORPORATION, 1040 CROWN POINTE PKWY, SUITE 270, ATLANTA, GA 30338

10925   FELDSPAR PRODUCTS INCORPORATED, 767 MASON BR., AIKEN, SC 29805

10925   FELDSTEIN GRINBERG, 428 BLVD OF THE ALLIES, PITTSBURGH, PA 15219

10925   FELDSTEIN, FAYE, 375 SOUTH DRIVE, SEVERNA PARK, MD 21146

10925   FELDSTEIN, GARY, 8133 WOODWARD ST, SAVAGE, MD 20763

10925   FELDSTEIN, LAWRENCE, 5710 BAYSIDE DRIVE, ORLANDO, FL 32819

10925   FELDWICK, KIMBERLY, 9 WETHERBEE CT, PHOENIX, MD 21131

10925   FELDWICK, RAYMOND D, 7500 GRACE DR., COLUMBIA, MD 21044

10925   FELDWICK, RAYMOND, 9 WETHERBEE COURT, PHOENIX, MD 21131

10925   FELDWICK, REBECCA, 7088 NW 52ND TERRACE, GAINSVILLE, FL 32653

10925   FELECTRIC MOTOR SERVICE INC, 490 E FRYE RD, CHANDLER, AR 85225

10925   FELFOLDI, VALENTIN, M72 QUILL AVE, AUBURN, NY 13021

10925   FELGAR, CYNTHIA, PO BOX 640, JACKSONVILLE, AL 36265-0640

10925   FELICE LAMADELEINE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   FELICE, DOMINICK, 280 GUY LOMBARDO AVE, 2D, FREEPORT, NY 11520

10925   FELICE, GEORGE, 10 PIDGEON CT., MANORVILLE, NY 11949

10925   FELICE, JODY, 16 STATION AVE, PATCHOGUE, NY 11772

10925   FELICES, ANTONIO, 11500 BRAESVIEW, SAN ANTONIO, TX 78213

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FELICETTI CONCRETE PROD, 4129 HYDE PARK BLVD, NIAGARA FALLS, NY 14305

10924   FELICETTI CONCRETE PROD, 4129 HYDE PARK BOULEVARD, NIAGARA FALLS, NY 14305

10925   FELICETTI, JOHN, 102 PLYMOUTH BLVD, SMITHTOWN, NY 11787

10924   FELICIANA CONC LLC, 15473 PERKINS RD, BATON ROUGE, LA 70810

10924   FELICIANA CONCRETE L.L.C., 6799 EAST CENTRAL AVE, ZACHARY, LA 70791

10925   FELICIANA CONCRETE L.L.C., 6799 EAST CENTRAL AVE., ZACHARY, LA 70791

10924   FELICIANA READY MIX, 6799 E. CENTRAL AVENUE, ZACHARY, LA 70791

10924   FELICIANA READY MIX, 6799 EAST CENTRAL AVENUE, ZACHARY, LA 70791

10924   FELICIANA READY MIX, CENTREVILLE, MS 39631

10924   FELICIANA READY MIX, JACKSON, LA 70748

10925   FELICIANO, GERMAN, 961 E 28TH ST, HIALEAH, FL 33013

10925   FELICIANO, NORMA, 227 CLINTON ST, PATTERSON, NJ 07522

10925   FELICIANO, RAMON, CALLE MD 30, VEGA BAJA, PR 00763

10925   FELICIANO, RICHARD, 41 BOWDOIN ST, CAMBRIDGE, MA 02138

10925   FELICIANO, RUBEN, 190 OLD YORK RD, RINGOES, NJ 08551

10925   FELICIANO, TERESA, 436 WEKIUA RAPIDS DR, ALTAMONTE SPRINGS, FL 32714

10925   FELICIANO, WENDY, 1611 MAIN ST - LIGHT ST, BLOOMSBURG, PA 17815

10925   FELIPE RODRIGUEZ, 1004 LINCOLN ROAD BOX 178, BELLEVUE, NE 68005-2361

10924   FELIPE RODRIGUEZ, CAMBRIDGE, MA 99999

10924   FELIPE RODRIGUEZ, W.R. GRACE & CO., ARLINGTON, TX 76018

10924   FELIPE RODRIGUEZ, W.R. GRACE & COMPANY, ARLINGTON, TX 76018

10925   FELIX FANTIN & ELAINE FANTIN, TR UA 07 25 92, FELIX & ELAINE FANTIN TRUST, 385 W DEAN RD, FOX POINT, WI 53217-2606

10925   FELIX KOPEC, C/O MRS LORRAINE KLASSNER, 931 FANCOAST ST, DICKSON CITY, PA 18519

10925   FELIX SCHNUR, 18 MURRAY HILL RD, SCARSDALE, NY 10583-2828

10924   FELIX SCHOELLER TECHNICAL PAPERS, 179 COUNTY ROUTE 2A, PULASKI, NY 13142

10924   FELIX SCHOELLER TECHNICAL PAPERS, 179 COUNTY ROUTE 2A, PULASKI, NY 13142-0250

10924   FELIX SCHOELLER TECHNICAL PAPERS, CENTERVILLE ROAD, PULASKI, NY 13142

10924   FELIX SCHOELLER TECHNICAL PAPERS, P.O. BOX 250, CO. RT. 2A, PULASKI, NY 13142-0250

10925   FELIX, ALICIA, 5004 W 132ND ST, HAWTHORNE, CA 90250

10925   FELIX, ANN, 204 CLEMMENSEN AVE, MADERA, CA 93637

10925   FELIX, CATALINA, 10720 ARLETA, MISSION HILLS, CA 91345

10925   FELIX, CATHERINE, 544 W. MAGNOLIA AVE., OXNARD, CA 93030

10925   FELIX, MARIA-PAZ, 532 20TH ST NW #407, WASHINGTON, DC 20006

10925   FELKER, SAMUEL A, C/O HELEN S FELKER, 10233 GREEN LANE S W, TACOMA, WA 98499-1618

10925   FELLENBAUM, DAVID, 115 DIANE DRIVE, BROOMALL, PA 19008

10925   FELLENBERG, RUBEN, 224 FOREST AVE, LIBBY, MT 59923

10925   FELLENBERG, RUBEN, 224 FOREST AVE, LIBBY, MT 59923-2909

10925   FELLER, KENNETH, BOX 85, CLAYTONVILLE, IL 60926

10925   FELLER, MICHAEL, 6925 LOWER ROAD, SOBIESKI,, WI 54171

10925   FELLER, SCARLET, C/O FOREIGH SERVICE LOUNGE DEPT OF STATE, WASHINGTON, DC 20521

10925   FELLERS, DANIEL, 5218 HOLLY, PASADENA, TX 77503

10925   FELLERS, GEORGE, 111 E LINCOLN, SLATER, MO 65349-1125

10925   FELLIN, ALICE, 1031 HUFF AVE, MANVILLE, NJ 08835

10925   FELLMAN, AMANDA, 7106 WALDORF LA, FALLS CHURCH, VA 22046

10925   FELLMAN, ERIC, 7106 WALDORF LN, FALLS CHURCH, VA 22046

10925   FELLOWS, SCOTT, 1321 GRACE ST., NORTH, LAKELAND, FL 33809

10924   FELLOWSHIP BAPTIST CHURCH, 480 WEST CROSSVILLE ROAD, ROSWELL, GA 30075

10924   FELLOWSHIP CHURCH OF GRAPEVINE, 2200 NORTH HWY 121, GRAPEVINE, TX 76051

10924   FELLOWSHIP OF WOODLANDS CHURCH, STATE HWY 242 & GOSLING ROAD, THE WOODLANDS, TX 77381

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    FELLOWSHIP VILLAGE PHASE I, 8000 FELLOWSHIP ROAD, BASKING RIDGE, NJ 07920

10925    FELLY, KAY, 17110 CATALPA ST., HESPERIA, CA 92345

10925    FELMAN, INA, 1312 SE 13TH AVE, DEERFIELD BEA, FL 33441

10925    FELMON, WILLIAM, 4429 WEST 104TH ST, OAK LAWN, IL 60453

10925    FEL-PRO CHEMICAL PRODUCTS, 45 BRADROCK DR, DES PLAINES, IL 60018

10924    FEL-PRO INCORPORATED, 3412 WEST TOUHY AVENUE, CHICAGO, IL 60645

10925    FELPS, NANCY MARISA, 8604 GRAND COUNTY, GRANDBAY, AL 36541

10925    FELTHAM JR, EDWARD, 3700 GRAVE RUN ROAD, HAMPSTEAD, MD 21074

10925    FELTHAM, EDWARD, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    FELTMAN, JOAN, 1450 WORCESTER ROAD, FRAMINGHAM, MA 01701

10925    FELTMAN, M, 116 COLONIAL AVE, WALTHAM, MA 02154

10925    FELTMAN, PAUL, 439 DALES DRAW, MCPHERSON, KS 67460-3905

10925    FELTMAN, ROGER, 316 PROSPECT AVE., HACKENSACK, NJ 07601

10925    FELTNER, MARJORIE, 5026 MT ZION ROAD, SPRINGFIELD, TN 37172

10925    FELTNER, NANCY, 357 WATER ST, SHREVE, OH 44676

10925    FELTON, CHARLES, 8824 MERRICK BLVD., JAMAICA, NY 11432

10925    FELTON, JOSEPH, 1083 WESTCHESTER DR., LILBURN, GA 30247

10925    FELTON, TERRY, 7112 OLD CASTLE DR., FAYETTEVILLE, NC 28314

10925    FELTON, TRAVIS, 3650 BURKE RD., #702, PASADENA, TX 77504

10925    FELTS, ELIZABETH, 273 BAKER ST, VILLA RIDGE, MO 63089-1964

10925    FELTS, JAMES, 2810 LAFLIN PLACE, RICHMOND, VA 23228

10925    FELTS, JOAN, 11265 REED ROCK RD, AMELIA, VA 23002

10925    FELTS, OSCAR, 1577 KELLY AVE, SAN LEANDRO, CA 94577

10925    FELTS, PATSY, 1577 KELLY AVE, SAN LEANDRO, CA 94577

10925    FELTZ, FRANK, 2109 COTTAGE HILL COURT, ELDERSBURG, MD 21784

10925    FELTZ, MICHAEL, 10829 OLDE WOODS WAY, COLUMBIA, MD 21044

10925    FEMA CORP, 1716 VANDERBILT ROAD, PORTAGE, MI 49024

10925    FEMA CORP, 6666 LOVERS LANE, PORTAGE, MI 49002

10925    FENCE CONNECTION, 8057 VETERANS HWY, MILLERSVILLE, MD 21108

10925    FENCE ERECTORS INC., W196 N7549 F&W COURT, LANNON, WI 53046

10925    FENCL, ELMER, 2712 EAST AVE, BERWYN, IL 60402

10925    FENDER, CHARLIE, PO BOX 363, SIMPSON, LA 71474

10925    FENDER, DAVID, 2311 BRIARVIEW, HOUSTON, TX 77077

10925    FENDER, DONNIE, PO BOX 395, SIMPSON, LA 71474

10925    FENDRICH, HARRY, 12414 COBBLESTONE, HOUSTON, TX 77024

10924    FENDT BUILDERS SUPPLY, 3285 W. LIBERTY, ANN ARBOR, MI 48103

10924    FENDT BUILDERS SUPPLY, P O BOX 418, FARMINGTON HILLS, MI 48332

10924    FENDT BUILDERS SUPPLY, P O BOX 418, FARMINGTON, MI 48332

10924    FENDT BUILDERS, 22005 GILL ROAD, FARMINGTON HILLS, MI 48335

10924    FENDT TRANIT MIX CO., 43443 FLINT ST, NOVI, MI 48375

10924    FENDT TRANSIT MIX CO., 3655 GRAND OAK DR, HOWELL, MI 48843

10924    FENDT TRANSIT MIX CO., 43443 FLINT ST, NOVI, MI 48375

10924    FENDT TRANSIT MIX INC, PO BOX 632, NOVI, MI 48376

10925    FENGLER, DAVID, 1713 BEECH TREE DR, GREEN BAY, WI 54304

10925    FENICK, JAMES, 83 BRITTANY CT, CHARLOTTE, NC 28270

10925    FENIO, JAMES, 260 A SILVER LANE, MCKEES ROCKS, PA 15136

10925    FENLEY, C, 1529 RIVER ROAD, WOODRUFF, SC 29388

10925    FENLEY, MARETA MAE, 106 S MAIN ST, DODGEVILLE, WI 53533-1651

10925    FENLEY, MARETA, 106 S MAIN ST, DODGEVILLE, WI 53533-1651

10924    FENN MANUFACTURING, 300 FENN ROAD, NEWINGTON, CT 06111

10925    FENN VAC INC, PO BOX 62679, NORTH CHARLESTON, SC 29419-2679

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | FENN, BRIAN, BOX 27833 FURMAN UNIVERSITY, GREENVILLE, SC 29613 | |
| 10925 | FENN, ERNEST, 1776 LITCHFIELD RD., SNELLVILLE, GA 30278 | |
| 10925 | FENN, LEILAWIL, 1601 BLACKHAWK DRIVE, OPELIKA, AL 36801 | |
| 10925 | FENN, LISA, 1 RIDGE RUN, I, MARIETTA, GA 30067 | |
| 10925 | FENN, PATSY, 1776 LITCHFIELD RD, SNELLVILLE, GA 30278 | |
| 10925 | FENNELL JR, JOHN, 12815 S KENNETH AVE, UNIT 7-A, ALSIP, IL 60658 | |
| 10925 | FENNELL JR, JOHN, 12815 SOUTH KENNETH AVE UNIT 7-A, ALSIP, IL 60803 | |
| 10925 | FENNELL JR., JOHN, 12815 S KENNETH AVE UNIT 7-A, ALSIP, IL 60803 | |
| 10925 | FENNELL, J, 5155 S RUTHERFORD, CHICAGO, IL 60638 | |
| 10925 | FENNELL, JUNE, 3236 LANCER DR., POWDER SPRINGS, GA 30073 | |
| 10925 | FENNELL, NANCY, 8975 HAWTHORNE RD, LAPLATA, MD 20646 | |
| 10925 | FENNELL, SR, JOHN, 5155 S RUTHERFORD, CHICAGO, IL 60638 | |
| 10925 | FENNELLY, FLORENCE, 2681 S GRAND AVE, BALDWIN, NY 11510-3912 | |
| 10925 | FENNER GEBHARD, VIRGINIA M, 3183 ALLEN LANE, PESHASTIN, WA 98847 | |
| 10925 | FENNER, BRIAN, 204 MAGNOLIA DR, FLEETWOOD, PA 19522 | |
| 10925 | FENNER, LARRY, 1819 9TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | FENNER, LINDA, 101 E WASHINGTON ST, FLEETWOOD, PA 19522 | |
| 10925 | FENNER, PAULA, 26009 ORBITA, MISSION VIEJO, CA 92691 | |
| 10925 | FENNER, SHIRRELL, RT 3 BOX 77, ROANOKE RAPIDS, NC 27870 | |
| 10925 | FENNER, UNDRA, RT 4 BOX 728, ROANOKE RAPIDS, NC 27870 | |
| 10925 | FENNESSEE, DONALD, 2203 NORRIS DR WEST, FRESNO, CA 93703 | |
| 10925 | FENNO, MICHAEL, 99 SEAVER ST #2, STOUGHTON, MA 02072 | |
| 10924 | FENOFF REDI MIX, RFD #1 BOX 85, SAINT JOHNSBURY, VT 05819 | |
| 10924 | FENOFF REDI MIX, RFD 1 BOX 85, SAINT JOHNSBURY, VT 05819 | |
| 10924 | FENOFF REDI MIX, SAINT JOHNSBURY, VT 05819 | |
| 10925 | FENOL JR MD, HONESTO K, 611 MAIN ST, PETERSBURG, IN 47567 | |
| 10925 | FENSKE-KADUCE, KARYN A, CUST FOR GIOVANNI D KADUCE, UNDER IA UNIF TRANS MIN ACT, C-O ALANNA FENSKE, 360 W LAKE ST, WINONA, IA 55987-3018 | |
| 10925 | FENSKE-KADUCE, KARYN A, CUST FOR SOPHIA L KADUCE UNDER, THE IA UNIF TRANS MIN ACT, C-O ALANNA FENSKE, 360 W LAKE ST, WINONA, IA 55987-3018 | |
| 10925 | FENSKE-KADUCE, KARYN, CUST FOR GIOVANNI D KADUCE, UNDER THE IA UNIF TRAN MIN ACT, C-O ALANNA FENSKE, 360 W LAKE ST, WINONA, MN 55987-3018 | |
| 10925 | FENSKE-KADUCE, KARYN, CUST FOR SOPHIA L KADUCE, UNDER THE IA UNIF TRAN MIN ACT, C-O ALANNA FENSKE, 360 W LAKE ST, WINONA, MN 55987-3018 | |
| 10925 | FENSTERMACHER, TIMOTHY, RD 2 BOX 2430, FLEETWOOD, PA 19522 | |
| 10925 | FENSTERMAKER, JOHN J, 1515 WILLOW WICK DR., TALLAHASSEE, FL 32312 | |
| 10925 | FENTEM, TINA, RT. 1, BOX 161, CAMDEN, TN 38320 | |
| 10925 | FENTON RIGGING CO, PO BOX 23128, CINCINNATI, OH 45223 | |
| 10925 | FENTON RIGGING COMPANY, 2150 LANGDON FARM ROAD, CINCINNATI, OH 45237 | |
| 10925 | FENTON, JAMES, 176B KINSLEY ST, NASHUA, NH 03060 | |
| 10925 | FENTON, JAY, 9733-204 CLOCKTOWER LANE, COLUMBIA, MD 21046 | |
| 10925 | FENTON, RICHARD, 7190 TALISMAN LANE, COLUMBIA, MD 21045 | |
| 10924 | FENTRESS COUNTY BLOCK CO, OLD HWY 127 SOUTH, JAMESTOWN, TN 38556 | |
| 10924 | FENTRESS COUNTY BLOCK CO, PO BOX1718, JAMESTOWN, TN 38556 | |
| 10925 | FENWAL SAFETY SYSTEMS, INC, 700 NICKERSON RD., MARLBOROUGH, MA 01752 | |
| 10925 | FENWAL SAFETY SYSTEMS, PO BOX 101305, ATLANTA, GA 30392-1305 | |
| 10925 | FENWALL SAFETY SYSTEMS, PO BOX 101305, ATLANTA, GA 30392-1305 | |
| 10924 | FENWICK HIGH SCHOOL, 5050 WASHINGTON, OAK BROOK, IL 60522 | |
| 10924 | FENWICK PLASTERING, C/O CAL-PLY, BAKERSFIELD, CA 93313 | |
| 10925 | FENWICK, COREY, 1712 EDEN AVE, CAPITAL HGTS, MD 20743 | |
| 10925 | FEOLA, JOHN, 3729 RESERVOIR RD, WASHINGTON, DC 20007 | |
| 10925 | FEOLA-YONICK, PATRICIA, 1007 SW 27 AVE, BOYNTON BEACH, FL 33426 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FERARY, GIA, 6929 DEER PASTURE DR, COLUMBIA, MD 21045

10925   FERAS, JAMES, 603 PRICE DR, MT HOLLY, NJ 08060

10924   FERAZZOLI IMPORTS INC., 2110 N. ANDREWS AVE., POMPANO BEACH, FL 33069

10924   FERAZZOLI IMPORTS INCORP, 2110 NORTH ANDREWS AVE, POMPANO BEACH, FL 33069

10925   FERCH, WARREN, 619 LOUISIANA AVE, LIBBY, MT 59923

10925   FERCH, WARREN, 619 LOUISIANA AVE, LIBBY, MT 59923-2135

10925   FERD J CHMIELNICKI &, LOTTIE CHMIELNICKI &, CHARLOTTE CHMIELNICKI JT TEN, 25308 MARSHALL, DEARBORN, MI 48124-1217

10925   FERDERER, CAROLINE, 1412 G ST S.E., AUBURN, WA 98002

10925   FERDIN, SIMON, 6209 WILMA AVE, NEWARK, CA 94560-3030

10925   FERDINAND TURLA, 136 HIGHLAND CROSS, RUTHERFORD, NJ 07070-2106

10925   FERDINAND W SPOR, D309 HARVEST VILLAGE, 114 HAYES MILL ROAD, ATCO, NJ 08004-2457

10925   FERDINAND, ANNA, 272 HARRY S. TRUMAN DR, LARGO, MD 20772

10925   FERDINAND, BRENDA, 33 APRIL DRIVE, LITCHFIELD, NH 03103-8011

10924   FERDING ELECTRIC INC, 120 W. PLEASANT, PIERRE, SD 57501

10925   FERDOCK, LOURDES, 4823 WORTHINGTON WAY, ELLICOTT CITY, MD 21043

10925   FERENCZ, JULIA, 1 SOUTH 5TH AVE, MANVILLE, NJ 08835-1815

10924   FERGUSON ENTERPRISES #366, 118E DUPONT HWY, MILLSBORO, DE 19966-1803

10924   FERGUSON ENTERPRISES #366, 2134 ESPEY COURT SUITE #4, CROFTON, MD 21114

10924   FERGUSON ENTERPRISES #366, 6525 EAST 42ND ST, TULSA, OK 74145-4629

10924   FERGUSON ENTERPRISES #367, 10972 RICHARDSON RD, ASHLAND, VA 23005

10924   FERGUSON ENTERPRISES INC #476, 4011 EAST MAIN ST, WHITEHALL, OH 43213

10925   FERGUSON ENTERPRISES INC #740, PO BOX 790312, SAINT LOUIS, MO 63179-0312

10925   FERGUSON ENTERPRISES INC, 1026 W 50TH ST, CHICAGO, IL 60609

10925   FERGUSON ENTERPRISES INC, 1522 EAST 12TH ST, ERIE, PA 16511

10925   FERGUSON ENTERPRISES INC, PO BOX 10426, ERIE, PA 16514

10925   FERGUSON ENTERPRISES INC, PO BOX 1349, THEODORE, AL 36590-1349

10925   FERGUSON ENTERPRISES INC, PO BOX 60076, CHARLOTTE, NC 28260-0076

10925   FERGUSON ENTERPRISES INC, PO BOX 930652, ATLANTA, GA 31193-0652

10925   FERGUSON ENTERPRISES INC, STEVE ADCOX, 12500 JEFFERSON AVE, NEWPORT NEWS, VA 23602

10924   FERGUSON ENTERPRISES INC. #124, 4363 LYMAN DRIVE, HILLIARD, OH 43026-1242

10924   FERGUSON ENTERPRISES INC.#88, 6525 EAST 42NS ST, TULSA, OK 74145

10924   FERGUSON ENTERPRISES INC., 2703 ACKLEY AVE, RICHMOND, VA 23228-2141

10925   FERGUSON ENTERPRISES INC., 4001 E. MONUMENT ST., PO BOX 4139, BALTIMORE, MD 21205

10924   FERGUSON ENTERPRISES INC., 690 COOPER RD, WESTERVILLE, OH 43081

10924   FERGUSON ENTERPRISES INC., 6920 DISTRIBUTION DR., BETTSVILLE, MD 20705-1494

10925   FERGUSON ENTERPRISES INC., PO BOX 60076, CHARLOTTE, NC 28260-0076

10925   FERGUSON ENTERPRISES INC., PO BOX 64308, BALTIMORE, MD 21264

10925   FERGUSON ENTERPRISES INC., PO BOX 751368, CHARLOTTE, NC 28275

10924   FERGUSON ENTERPRISES INC., PO BOX 9406, HAMPTON, VA 23670-0406

10925   FERGUSON ENTERPRISES INC., POBOX 101909, ATLANTA, GA 30392-1909

10924   FERGUSON ENTERPRISES, 2703 ACKLEY AVENUE, RICHMOND, VA 23228

10925   FERGUSON ENTERPRISES, 2800 2ND AVE SOUTH, BIRMINGHAM, AL 35233

10925   FERGUSON ENTERPRISES, INC, PO BOX 751497, CHARLOTTE, NC 28275

10925   FERGUSON ENTERPRISES, INC, PO BOX 928, BALTIMORE, MD 21203-0928

10925   FERGUSON ENTERPRISES, INC, POBOX 101909, ATLANTA, GA 30392-1909

10925   FERGUSON ENTERPRISES, INC. #212, PO BOX179, WINFIELD, KS 67156

10924   FERGUSON ENTERPRISES, INC., 1600 LEXINGTON AVENUE, ROCHESTER, NY 14652-3104

10924   FERGUSON ENTERPRISES, INC., ATTN: FERGUSON ENTERPRISES, 2630 NEBO ROAD, MADISONVILLE, KY 42431

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FERGUSON ENTERPRISES, INC., C/O GENERAL ELECTRIC-AEMC, BLDG. 20 STROTHER FIELD, WINFIELD, KS 67156

10924   FERGUSON ENTERPRISES, INC., P.O. BOX 62777, CINCINNATI, OH 45267

10924   FERGUSON ENTERPRISES, INC., PO BOX 62777, CINCINNATI, OH 45262

10924   FERGUSON ENTERPRISES, INC., PO BOX62777, CINCINNATI, OH 45262

10924   FERGUSON ENTERPRISES, INC., PO BOX62777, CINCINNATI, OH 45262-0777

10924   FERGUSON ENTERPRISES, INC., PO BOX752, MADISONVILLE, KY 42431

10924   FERGUSON ENTERPRISES, J&G DIVISION, HAMPTON, VA 23670

10925   FERGUSON EQUIPMENT CO., PO BOX 2645, KNOXVILLE, TN 37901-2645

10925   FERGUSON, ABBIE, 718 209TH ST, PASADENA, MD 21122

10925   FERGUSON, ALICE, 1819 DEWEY DR, OXFORD, AL 36203

10925   FERGUSON, ANN, 4426 ROBERTSON PLACE, BRIDGETON, MO 63044

10925   FERGUSON, B, 1029 BLAIR MOIE DR., VIRGINIA BEACH, VA 23454

10925   FERGUSON, BERNARD, 308 E. BOWMAN, WOOSTER, OH 44691

10925   FERGUSON, BETTY, 212 HAMILTON ST, ROA RAPIDS, NC 27870

10925   FERGUSON, BLANCHE, 4538 SOUTH THIRD ST, LOUISVILLE, KY 40214

10925   FERGUSON, CATHERINE, 200 EVANS DRIVE, CENTRAL, SC 29630

10925   FERGUSON, CHARLES, 648 MULLICA HILL RD, MANTUA, NJ 08051

10925   FERGUSON, DANIEL, 4743 WORDEN DR, SPARTANBURG, SC 29301-3559

10925   FERGUSON, DAVID, 4256 JACKS CREEK RD, MONROE, GA 30655

10925   FERGUSON, DEBORAH, 2488 FREETOWN DRIVE, RESTON, VA 22091

10925   FERGUSON, DONALD, R R 1, CHURDAN, IA 50050

10925   FERGUSON, GEORGIA, C/O GEORGE FERGUSON 105 NEWTON ST, WESTON, MA 02193

10925   FERGUSON, GREGORY, 803 COMMON DR., MILFORD, OH 45150

10925   FERGUSON, JAMES, 815 S MAIN ST, WOODRUFF, SC 29388

10925   FERGUSON, JOYCE, 4728 SAINT LAWRENCE, FT WORTH, TX 76103

10925   FERGUSON, JR, JOHN, 319 AUDREY AVE., BALTIMORE, MD 21225

10925   FERGUSON, KAREN, 200 BOESEL AVE, MANVILLE, NJ 08835

10925   FERGUSON, KATHLEEN, 100 LEICESTER ST, N BILLERICA, MA 01862-1933

10925   FERGUSON, KENNETH, 120-25 230TH, CAMBRIA HEIGHTS, NY 11411

10925   FERGUSON, KENNETH, RT. 1, BOX 284-B, CLYDE, NC 28721

10925   FERGUSON, LOIS GAYLE, 284 GREEN VALLEY RD, EIGHTY FOUR, PA 15330

10925   FERGUSON, MARY, 4122 CIMARRON, AMARILLO, TX 79102

10925   FERGUSON, MERLE, 703 SOUTH VINE, JEFFERSON, IA 50129-2703

10925   FERGUSON, MICHAEL, 118 PINE HEIGHTS DRIVE N.E., ATLANTA, GA 30324

10925   FERGUSON, PAMELYN, 11 MAPLEWOOD RD, MILFORD, NJ 08848-1510

10925   FERGUSON, PATRICIA, 1256 B SYCAMORE, CLARKSTON, WA 99403

10925   FERGUSON, R, 6672 W RIALTO, FRESNO, CA 93722-9454

10925   FERGUSON, RALPH, 2120 W. ADOUE, ALVIN, TX 77511

10925   FERGUSON, RAYMOND, 649 CHELMSFORD ST, LOWELL, MA 01851

10925   FERGUSON, REBECCA, 528 GARTRELL ST, ASHLAND, KY 41101

10925   FERGUSON, ROBERT, 59 COTTONWOOD DR., HOLLAND, PA 18966

10925   FERGUSON, ROBERT, 63 EAST 12TH ST, ROANOKE RAPIDS, NC 27870

10925   FERGUSON, SCOTT, 219 WEST HICKORY ST, CANASTOTA, NY 13032

10925   FERGUSON, SHARON, 5607 CARSON DR, FAYETTEVILLE, NC 28303

10925   FERGUSON, STEVEN, 710-A BELL ST., KILGORE, TX 75662

10925   FERGUSON, TOMMY, 3712 MARY ANNA DRIVE, EAST RIDGE, TN 37412

10925   FERGUSON, VICTORIA, 882 OLD PLAINVILLE, NEW BEDFORD MA, MA 02745

10925   FERGUSON, WILLIAM, 2646 NORTHWOODS LANE, PORT WASHINGTON, WI 53074

10925   FERGUSON-WILLIAMS INC, NAVSTA INGLESIDE-BLDG#217, INGLESIDE, TX 78362

10924   FERHOL TRADING CORP., 2908 S.W. 27TH AVENUE, MIAMI, FL 33133

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FERHOL TRADING CORP., ATTN: FREDDY RODRIGUEZ, 6955 N.W. 52ND STREET, MIAMI, FL 33166 | |
| 10925 | FERIA, JACQUELINE, 2632 VIA CORONA AVE, MONTEBELLO, CA 90640 | |
| 10925 | FERINGTON, THOMAS, 7736 FRANCES DRIVE, ALEXANDRIA, VA 22306-2817 | |
| 10924 | FERLAM SA, B.P. NO 1, ATHIS DE L'ORNE, 61430FRANCE | *VIA Deutsche Post* |
| 10924 | FERLAM SA, B.P. NO 1, ATHIS-DE-L'ORNE, 61430FRANCE | *VIA Deutsche Post* |
| 10925 | FERLAND, WOODROW, 95 WINNACUNNET RD., HAMPTON, NH 03842 | |
| 10925 | FERMAN, CARMEN, 1927 LAGUNA ROAD, ADELPHI, MD 20783 | |
| 10925 | FERMAN, MARIA, 1405 QUINWOOD ST, HYATTSVILLE, MD 20783 | |
| 10925 | FERMAN, MELANIE, 8 LONGVIEW ROAD, LIVINGSTON, NJ 07039 | |
| 10925 | FERMENTA ANIMAL HEALTH, BOEHRINGER INGELHEIM CORP, 900 RIDGEBURY ROAD, PO BOX 368, RIDGEFIELD, CT 06877 | |
| 10924 | FERMENTED PRODUCTS, 905 SOUTH CAROLINA AVE., MASON CITY, IA 50401 | |
| 10925 | FERMI NATIONAL EXCELERATOR LAB, KIRK ROAD & WILSON ST, BATAVIA, IL 60510 | |
| 10924 | FERN LABORATORIES, 280 SMITH STREET, FARMINGDALE, NY 11735-1173 | |
| 10924 | FERN PRAIRE LAND CO, D/B/A/APHIS READY MIX, CAMAS, WA 98607 | |
| 10924 | FERN PRAIRIE LAND CO., DBA APHIS READY MIX, CAMAS, WA 98607 | |
| 10925 | FERNALD, JAN, PO BOX 313, CONNER, MT 59827 | |
| 10925 | FERNANDES JR., LEONARDO, 30 PORTER ST, WOBURN, MA 01801 | |
| 10925 | FERNANDES JT TEN, ARMAND & PATRICIA, 442 COUNTY ST, NEW BEDFORD, MA 02740-5012 | |
| 10925 | FERNANDES, DORYALEE, 38860 HAYES ST, FREMONT, CA 94536-4309 | |
| 10925 | FERNANDES, PATRICIA, 247 FOREST ST, NO DIGHTON, MA 02764 | |
| 10925 | FERNANDEZ, ADI, PO BOX 10152, SAN JUAN, PR 00908 | |
| 10925 | FERNANDEZ, ANA, 1500 S.W. 66CT APT#3, MIAMI, FL 33144 | |
| 10925 | FERNANDEZ, CARIDAD, 1680 WAVERLY LANE, FRESNO, CA 93727 | |
| 10925 | FERNANDEZ, CARLOS, 3310 HARDING, FT WORTH, TX 76106 | |
| 10925 | FERNANDEZ, CARLOS, 6941 S.W. 129 AVE., 5, MIAMI, FL 33183 | |
| 10925 | FERNANDEZ, CARMELO, 1607 W 254TH ST, HARBOR CITY, CA 90710 | |
| 10925 | FERNANDEZ, EDUARDO, 10321 NW 35 CT, HIALEAH, FL 33147 | |
| 10925 | FERNANDEZ, ELIZABETH, 1918 SO GARFIELD AVE #B, MONTEREY PARK, CA 91786 | |
| 10925 | FERNANDEZ, ERNESTO, CALLE GUADALUPE #152, PONCE, PR 00731 | |
| 10925 | FERNANDEZ, FERNANDO, 1203 NW 22ND ST, FORT WORTH, TX 76106 | |
| 10925 | FERNANDEZ, FRANCISCO, 241 LAKE ST, NEWARK, NJ 07104 | |
| 10925 | FERNANDEZ, HELADIO, 12932 MACLAY ST., SYLMAR, CA 91342 | |
| 10925 | FERNANDEZ, HUMBERTO, 8212 N.W 164TH ST, MIAMI LAKES, FL 33016 | |
| 10925 | FERNANDEZ, ISABEL, 1409-76TH ST, NO BERGEN, NJ 07047 | |
| 10925 | FERNANDEZ, JESSE, 911 N 5TH, LAMESA, TX 79331 | |
| 10925 | FERNANDEZ, JOSE, 241 LAKE ST, NEWARK, NJ 07104 | |
| 10925 | FERNANDEZ, JOSE, 28 UNION ST APT. #1, TAUNTON, MA 02780 | |
| 10925 | FERNANDEZ, JOSE, 75 CLIFFORD ST, TAUNTON, MA 02780 | |
| 10925 | FERNANDEZ, JOSEFINA, C12 A ST VILLA VERDE, GUAYNABO, PR 00657 | |
| 10925 | FERNANDEZ, JUAN, 3100 EASTRIDGE DRIVE HALTON CITY, FORT WORTH, TX 76117 | |
| 10925 | FERNANDEZ, JULIA, 320 E MEDA AVE #C, GLENDORA, CA 91740 | |
| 10925 | FERNANDEZ, MANUEL, 98-20 ALSTINE AVE, CORONA QUEENS, NY 11368 | |
| 10925 | FERNANDEZ, MARIA, 1302 MAIN, LAREDO, TX 78046 | |
| 10925 | FERNANDEZ, MARIO, 11 INTERVALE ST, NASHUA, NH 03060 | |
| 10925 | FERNANDEZ, MICHAEL, 249 VISTA AVE, SAN JOSE, CA 95127 | |
| 10925 | FERNANDEZ, MILAGROS, 3D #28 VILLA DELICIA, PONCE, PR 00731 | |
| 10925 | FERNANDEZ, MOSES, 12012 PEORIA ST., SUNVALLEY, CA 91352 | |
| 10925 | FERNANDEZ, PAULINO, 3237 HIATT PL NW 504, WASHINGTON, DC 20010 | |
| 10925 | FERNANDEZ, PEDRO, 4105 N. 5TH ST, PHILADELPHIA, PA 19140 | |
| 10925 | FERNANDEZ, ROBERTO, 629 CONSTITUTION AVE NE APT 304, WASHINGTON, DC 20002 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | FERNANDEZ, RODRIGO, 1973 KENNEDY BLVD., JERSEY CITY, NJ 07305 | |
| 10925 | FERNANDEZ, ROGACIANO, 31 PAGE ROAD, #9, LITCHFIELD, NH 03051 | |
| 10925 | FERNANDEZ, RUBEN, 1624 FARMINGTON CIR, WELLINGTON, FL 33414 | |
| 10925 | FERNANDEZ, THEODORA, 12757 COURSEY BLVD, BATON ROUGE, LA 70816 | |
| 10925 | FERNANDEZ, TOMAS, 2148 VALENCIA WAY, SPARKS, NV 89431 | |
| 10925 | FERNANDEZ, TOMAS, 3033 16 ST N W # 105, WASH, DC 20010 | |
| 10925 | FERNANDO COBOS, FERRAN PUIG, 27-29 20-LA, BARCELONA, 08023SPAIN | *VIA Deutsche Post* |
| 10925 | FERNANDO SAHLI N, PO BOX 7, EL MONTE, | *VIA Deutsche Post* |
| 10925 | FERNANDO, G, 9055 RENATO ST, SAN DIEGO, CA 92129 | |
| 10925 | FERNANDO, SARA, 101 WESTBROOK, RENO, NV 89506 | |
| 10924 | FERNCLIFF NURSING FACILITY, 54 RIVER ROAD, RHINEBECK, NY 12572 | |
| 10924 | FERNDALE READY MIX & GRAV, 5271 CREIGHTON AVE, FERNDALE, WA 98248 | |
| 10924 | FERNDALE READY MIX & GRAVEL, 5271 CREIGHTON AVENUE, FERNDALE, WA 98248 | |
| 10924 | FERNDALE READY MIX & GRAVEL, 585 EAST BAKERSVIEW ROAD, BELLINGHAM, WA 98226 | |
| 10924 | FERNDALE READY MIX & GRAVEL, BODIES PLANT-RIVER ROAD, FERNDALE, WA 98248 | |
| 10925 | FERNIMEN, BONNIE, 28124 NEWBIRD DRIVE, SAUGUS, CA 91350 | |
| 10924 | FERNLEY READY MIX, 200 MULL LANE, FERNLEY, NV 89408 | |
| 10924 | FERNLEY READY MIX, ATTN: ACCOUNTS PAYABLE, FERNLEY, NV 89408 | |
| 10925 | FERNOUS JR, LOUIS F, 93 WINDSOR ROAD, FAIRFIELD, CT 06430-3421 | |
| 10924 | FERODO AMERICA, 1112 SO. 25TH ST, NEW CASTLE, IN 47362 | |
| 10924 | FERODO AMERICA, INC., CAMBRIDGE, MA 02140 | |
| 10924 | FERRAIOLO CONCRETE, RT. 73, SOUTH THOMASTON, ME 04858 | |
| 10924 | FERRAIOLO CONSTRUCTION, 262 PLEASANT STREET, ROCKLAND, ME 04841 | |
| 10924 | FERRAIOLO CONSTRUCTION, P O BOX 667, ROCKLAND, ME 04841 | |
| 10924 | FERRAIOLO CONSTRUCTION, PO BOX 667, ROCKLAND, ME 04841 | |
| 10925 | FERRANTI PACKARD TRA, DIEPPE RD, ST CATHERINES, ON L2R 6W9CANADA | *VIA Deutsche Post* |
| 10924 | FERRARA BROS BLDG MTLS, 5TH STREET, BROOKLYN, NY 11252 | |
| 10924 | FERRARA BROS BLDG MTLS., 120-05 31ST AVE., FLUSHING, NY 11354 | |
| 10924 | FERRARA BROS. BLDG MTLS. CORP., P. O. BOX 541489, FLUSHING, NY 11354 | |
| 10924 | FERRARA BROS. BLDG. MATERIALS CORP., P. O. BOX 541489, FLUSHING, NY 11354 | |
| 10925 | FERRARA, ANILLO, 2351 ROUTE 318, SENECA FALLS, NY 13148-9749 | |
| 10925 | FERRARA, ANTHONY MICHAEL, 160 SPRING MEADOW DR, PITTSBURG, PA 15241-2148 | |
| 10925 | FERRARA, CHARLES, 1419 BROOKFIELD DR, LAKEWOOD, NJ 08201 | |
| 10925 | FERRARA, LISA, 11 HARRIET AVE, BELMONT, MA 02178 | |
| 10925 | FERRARA, PATRICIA, 3 TUCKER ST, MILTON MA, MA 02186 | |
| 10925 | FERRARA, RALPH, 340 S CENTRAL AVE, RAMSEY, NJ 07446 | |
| 10925 | FERRARI, TRACEY, 777 JESTERS LAKE DR, JONESBORO, GA 30236 | |
| 10925 | FERRARIS, CHIARA, 6263 DAWN DAY DRIVE, COLUMBIA, MD 21045 | |
| 10925 | FERRARO & ASSOCIATES, 3520 S.E. FINANCIAL CENTER, 200 S. BISCAYNE BLVD., MIAMI, FL 33131-2331 | |
| 10925 | FERRARO, CAROLE, PO BOX 2017, CLIFTON, NJ 07015 | |
| 10925 | FERRARO, GERALDINE, 52 WALNUT ST, BRIDGEWATER, NJ 08807 | |
| 10925 | FERRARO, JOSEPH, 36 SHERWOOD ROAD, LONDONDERRY, NH 03053 | |
| 10925 | FERRARO, PATRICIA, 6602 EVERHART, 183, CORPUS CHRISTI, TX 78413 | |
| 10925 | FERRARO, RONALD, 3604 OAK KNOLL DRIVE, CRYSTAL LAKE, IL 60014-9998 | |
| 10925 | FERRAZZANI, PASQUALE, 59 OLNEY ST, WATERTOWN, MA 02172-1754 | |
| 10924 | FERRE EXPORT, 8 FREER ST, VALLEY STREAM, NY 11584 | |
| 10924 | FERRE EXPORT, SUBS. PUERTO RICAN CEMENT, NEW ORLEANS, LA 70126 | |
| 10924 | FERRE EXPORT, SUBS. PUERTO RICAN CEMENT, VALLEY STREAM, NY 11584 | |
| 10925 | FERRE, ANTONIO, 3115 SOUTH OCEAN BLVD, HIGHLAND BEACH, FL 33487 | |
| 10925 | FERRE, MARIA VERONI, 4870 HUNTERS WAY, BOCA RATON, FL 33434 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | FERRE, MARIA, 4870 HUNTERS WAY, BOCA RATON, FL 33434 | |
| 10925 | FERREE DIVERSIFIED SERVICES, INC, 122 WEST MAIN ST. #211, MASON, OH 45040 | |
| 10925 | FERREE TRAILER, POBOX 70, CLIMAX, NC 27233 | |
| 10925 | FERREER, MICHAEL, 116 HIDDEN VALLEY ROAD, GROTON, MA 01450 | |
| 10925 | FERREIRA JR, JOSEPH, 190 BRADLEY ST, LOWELL, MA 01850 | |
| 10925 | FERREIRA, DEBRA L, 121 FLORIDA ST, DORCHESTER MA, MA 02124 | |
| 10925 | FERREIRA, JENNIFER L., 111 TYNGSBORO RD., WESTFORD, MA 01886 | |
| 10925 | FERREIRA, LUIS, 93 LINCOLN ST. APT. #1, CAMBRIDGE, MA 02141 | |
| 10925 | FERREIRA, MARIA, 5001 PADUCAH ROAD, COLLEGE PARK, MD 20740 | |
| 10925 | FERREIRA, VICTOR, 50 PHYLLIS ROAD, 2R, TAUNTON, MA 02780 | |
| 10925 | FERREIRA, YIVAL, 59-30-108ST, CORONA, NY 11368 | |
| 10925 | FERREL CONSTRUCTION, 2122 38 AVE, OAKLAND, CA 94601 | |
| 10925 | FERRELL INDUSTRIAL ELECTRIC, INC, 2410 GUNDRY AVE., SIGNAL HILL, CA 90806 | |
| 10925 | FERRELL, DARLA, 202 PICTON PLACE, SIMPSONVILLE, SC 29681 | |
| 10925 | FERRELL, GRACE, 1606 RUSSELL DRIVE, GARLAND, TX 75040 | |
| 10925 | FERRELL, HARLENE, 6604 LOMBARD DR, LAS VEGAS, NV 89108 | |
| 10925 | FERRELL, KATHY, 203 HOLLY LANE, GREER, SC 29651-9714 | |
| 10925 | FERRELL, KENNETH, 3 LIVINGSTONE AVE, BEVERLY, MA 01915 | |
| 10925 | FERRELL, LINDA, PO BOX 43, LACYGNE, KS 66040 | |
| 10925 | FERRELL, LORI, 1400 MT VERNON ST, ORLANDO, FL 32803 | |
| 10925 | FERRELL, NANCY, 254 SHEEP RANCH RD., MCDERMOTT, OH 45652 | |
| 10925 | FERRELL, PAMELA, 2504 TINDER BOX LN, GREENSBORO, NC 27405 | |
| 10925 | FERRELL, SHAKIRA, 455 WAYNE ST, JERSEY CITY, NJ 07306 | |
| 10925 | FERRELL, SHERRIE, 3438 BRINKLEY RD #102, TEMPLE HILLS, MD 20748 | |
| 10925 | FERRELL, VIRGINIA, RT 1 BOX 218, LEWISVILLE, TX 75029 | |
| 10925 | FERRELLGAS, 3111 NW GRAND AVE., PHOENIX, AZ 85017 | |
| 10925 | FERRELLGAS, 641 NE LOMBARD, PORTLAND, OR 97211 | |
| 10925 | FERRELLGAS, P.O BOX 1113, LA SALLE, IL 61301-3113 | |
| 10925 | FERRELLGAS, PO BOX 1113, LA SALLE, IL 61301-3113 | |
| 10925 | FERRELLGAS, PO BOX 838, LA SALLE, IL 61301-3113 | |
| 10925 | FERRELLGAS, POBOX 838, ONEONTA, AL 35121 | |
| 10925 | FERRER TEN COM, ANTONIO J & MARIA ANTONIETTA, RUA DOM LUIZ DE BRAGANCA, 165 CEP 04050, SAO PAULO, BRAZIL | *VIA Deutsche Post* |
| 10925 | FERRER, CHRISTINE, 8503 W.CAMDEN DR., ELKGROVE, CA 95624 | |
| 10925 | FERRER, J, 11A44 GALE AVE APT B, HAWTHORNE, CA 90250 | |
| 10925 | FERRER, OSCAR, 1823 W. ASHLAND AVE, FRESNO, CA 93705 | |
| 10925 | FERRERE JR, ROGER, 163 THEODORE DRIVE, CORAM, NY 11727 | |
| 10925 | FERRETERIA GIUSTI INC, BOX 381, TOA BAJA, PR 00951-0381 | |
| 10924 | FERRETERIA Y MAQUILAS DEL NORTE,, ISAAC GARZA 2144 PTE., MONTERREY, N.L., 64000MEXICO | *VIA Deutsche Post* |
| 10925 | FERRI, JOSEPH, 1032 NORTH 6TH ST, NEW HYDE PARK, NY 11040 | |
| 10925 | FERRICK, EDWINA, 572 DAFFODIL DR., BENECIA, CA 94510 | |
| 10925 | FERRIN, CLIFFORD, 629 DOUGLAS ST, BALTIMORE, MD 21225 | |
| 10925 | FERRIOLE, VINCENT, 318 COCKSPUR RD, IRMO, SC 29063 | |
| 10925 | FERRIS, DAVID, 14827 STONE CREEK, STRONGSVILLE, OH 44136 | |
| 10925 | FERRIS, MARY, 2 CLANCY COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | FERRIS, MD, PA, PHILIP J, 9101 FRANKLIN SQUARE DR, BALTIMORE, MD 21237-3998 | |
| 10925 | FERRIS, MEG, 5 CHESTER ST #2, CAMBRIDGE, MA 02140 | |
| 10925 | FERRIS, RICHARD, 2 BERWICK ST., SOMERVILLE, MA 02145 | |
| 10925 | FERRIS, RICHARD, 5547 WEST ROAD, LAKE WORTH, FL 33463-6944 | |
| 10925 | FERRIS, RITA, 228 W SIDLEE ST, THOUSAND OAKS, CA 91360 | |
| 10925 | FERRIS, ROY, 210 WELCOME WAY BOULEVARD WEST DR #109D, INDIANAPOLIS, IN 46214-2944 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  FERRIS-RANDOLPH, JANET, 150 HERITAGE DRIVE, SUN VALLEY, NV 89433

10925  FERRO CORP, 5309 S DISTRICT BLVD, LOS ANGELES, CA 90040

10925  FERRO CORP, PDI DIVISION, CLEVELAND, OH 44193

10925  FERRO CORP, PO BOX 5831-N, CLEVELAND, OH 44193

10924  FERRO CORPORATION -DO NOT USE, PO BOX 6550, CLEVELAND, OH 44101

10925  FERRO CORPORATION, 1000 LAKESIDE, CLEVELAND, OH 44114

10924  FERRO CORPORATION, 1015 VISCO DRIVE, NASHVILLE, TN 37210

10924  FERRO CORPORATION, 111 WEST IRENE ROAD, ZACHARY, LA 70791

10924  FERRO CORPORATION, 1789 TRANSELCO DRIVE, PENN YAN, NY 14527

10924  FERRO CORPORATION, 20 CULVERT STREET, NASHVILLE, TN 37210

10924  FERRO CORPORATION, 6101 W. SNOWVILLE ROAD, BRECKSVILLE, OH 44141

10924  FERRO CORPORATION, DOCK #1, 4150 EAST 56TH STREET, CLEVELAND, OH 44105

10924  FERRO CORPORATION, GRANT CHEMICAL DIVISION, 111 WEST IRENE ROAD, ZACHARY, LA 70791

10925  FERRO CORPORATION, PO BOX 5831, CLEVELAND, OH 44193

10924  FERRO CORPORATION, PO BOX 6550, CLEVELAND, OH 44101

10925  FERRO CORPORATION, POBOX 5381, CLEVELAND, OH 44193

10924  FERRO CORPORATION-DO NOT USE, PO BOX 6550, CLEVELAND, OH 44101

10924  FERRO CORPORATON, PO BOX 6550, CLEVELAND, OH 44101

10925  FERRO, WILLIAM, 5601 FRED ST, NACOGDOCHES, TX 75961

10924  FERRON H T CO., PO BOX501, CHARLOTTESVILLE, VA 22902

10925  FERRON, GERARD, E1041 CTY A, LUXEMBURG, WI 54217

10925  FERRON, TERESA, 2545 HWY 41, DEPERE, WI 54115

10925  FERRY, TOM, 1114 BIEMERET ST, GREEN BAY, WI 54304

10924  FERRYVILLE READY MIX, BALL PARK ROAD EAST, FERRYVILLE, WI 54628

10925  FERSHTMAN, KERI, 15 CANDLE PINE PL., THE WOODLANDA, TX 77381

10925  FERSON, KATHLEEN, 89 HAMPTON AVE, IMPERIAL, PA 15126

10925  FERTILIZER BLEND PLANT, 2540 NORTH OLD DIXIE HWY, FT. PIERCE, FL 33450

10925  FERTILIZER BLEND PLANT, W 6698 COUNTY HWY C, ATWATER, WI

10925  FERTILIZER/PESTICIDE PLANT, 1820 HARMON ST, CHARLESTON, SC

10925  FERULLO, TAMMY, 132 S. 3RD AVE., MANVILLE, NJ 08835

10925  FERZOCO, CLETO, 12 SHIRLEY ROAD, W MEDFORD, MA 02155-9998

10925  FESHOLD, GRETCHEN, 911 LIRIOS ST, TRUJILLO ALTO, PR 00760

10925  FESLER, MELVIN, 4008 N.C.R., 1127, MIDLAND, TX 79705

10925  FESSLER, KRISTOPHER, 510 NORTH ST, ORWIGSBURG, PA 17961

10925  FESTA, MARTHA, 16 QUAIL RUN, MEDFIELD, MA 02052

10925  FESTIN, DIVINA, 1828 WEST CHASE AVE, CHICAGO, IL 60626

10925  FESTIVE AFFAIRS CATERING, 7391 WASHINGTON BLVD #103, ELKRIDGE, MD 21075

10925  FESTIVE AFFAIRS CATERING, 7391 WASHINGTON BLVD., SUITE 103, ELKRIDGE, MD 21075

10925  FESTIVE AFFAIRS CATERING, INC, 7391 WASHINGTON BLVD., SUITE 103, ELKRIDGE, MD 21075

10925  FESTIVE OCCASIONS PARTY RENTAL, 317 NEW BOSTON ST, WOBURN, MA 01801

10925  FESTIVE OCCASIONS, 317 NEW BOSTON ST, WOBURN, MA 01801

10925  FESTO CORPORATION, 395 MORELAND ROAD, HAUPPAUGE, NY 11788

10925  FESTWELL CRAIG LABORATORIES AND, 3731 SW 47TH AVE.,STE 401, DAVIE, FL 33314

10925  FETGATTER, KIMBERLY, 1302 EAST BROADWAY, 590, PEARLAND, TX 77581

10925  FETHERSTONHAUGH & CO, 650 W GEORGIA ST SUITE 2200, VANCOUVER, BC V6B 4N8CANADA    *VIA Deutsche Post*

10925  FETHERSTONHAUGH & CO, MONTREAL TRUST CENTER, 510 BURRARD ST SUITE 1010, VANCOUVER BRITISH COLUMBIA, VANCOUVER, BC V6C 3A8CANADA    *VIA Deutsche Post*

10925  FETINGIS, LINDA, 2406 HIGHWOOD, MCHENRY, IL 60050

10925  FETTER, KRISTINE, 2411 24TH ST, NIAGARA FALLS, NY 14305

10925  FETTER, MARK, 2502 HARALSON CT, FT COLLINS, CO 80526

10925  FETTEROLF CORP., PO BOX 103, SKIPPACK, PA 19474

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FETTERS, ROBERT, 7326 E LATHAM, SCOTTSDALE, AZ 85257

10925   FETTIG, RALPH, 1984 AIR STRIP ROAD, REDDING, CA 96003

10925   FETTY, BRYON, 705 S SHIELDS, FT COLLINS, CO 80521

10925   FETZER, JAMES, 2036 N KING DRIVE, MILWA, MILWAUKEE, WI 53212

10925   FEUCHT, LLEWELLYN, 340 IDA ST, EUNICE, LA 70535

10925   FEURING, CHARLES, 2319 HARMON AVE, WINTERSET, IA 50273

10925   FEUSS, FRED, 1116 TENNWOOD DR, WILMINGTON, NC 28411-8306

10925   FEUSS, ROGER, 5 MURIEL ROAD, PORT WASHINGTON, NY 11050-4123

10925   FEVERJEAN, DERRELL, RT. 2, BOX 82, JENNINGS, LA 70546

10924   FEW READY MIX CONCRETE CO., 1423 BENNETT CLARK ROAD, NACOGDOCHES, TX 75961

10924   FEW READY MIX CONCRETE CO., 2155 NORTH SEVENTH, BEAUMONT, TX 77703

10924   FEW READY MIX CONCRETE CO., 700 E. MILAM, JASPER, TX 75951

10924   FEW READY MIX CONCRETE CO., HWY 190, 1/4 MI EAST OF, WOODVILLE, TX 75979

10924   FEW READY MIX CONCRETE CO., HWY 96 TO RT 62 EAST, BUNA, TX 77612

10924   FEW READY MIX CONCRETE CO., LOOP 500, CENTER, TX 75935

10924   FEW READY MIX CONCRETE CO., P.O. BOX 12, JASPER, TX 75951

10924   FEW READY MIX CONCRETE, PO BOX12, JASPER, TX 75951

10924   FEW READY MIX, 1903 PORT NECHES AVENUE, PORT NECHES, TX 77651

10924   FEW READY MIX, 2101 75H ST., BEAUMONT, TX 77703

10924   FEW READY MIX, 401 MARKET STREET, ORANGE, TX 77630

10925   FEW, FREDDIE, 6138 BOWDON ST, AUSTELL, GA 30001

10925   FEW, GORDON, 16 MOUNTAIN VISTA RD, TAYLORS, SC 29687

10925   FEW, THOMAS, 5313 CARDINAL WAY, GREENSBORO, NC 27410

10925   FEWKES, DAVE, 201 E TAYLOR, GRANT PARK, IL 60940

10925   FEWOX, TOMMIE, PO BOX 540, STEINHATCHEE, FL 32359

10924   FEWS ELEMENTARY SCHOOL, C/O SRD INC., MONTGOMERY, AL 36104

10925   FEWTRELL, DENISE, 25 ASHWOOD AVE., WILMINGTON, MA 01887

10925   FEWTRELL, JEANNE, 25 ASHWOOD AVE, WILMINGTON, MA 01887

10925   FEY, KARLENE, RT 1 BOX 294, SEGUIN, TX 78155

10925   FEY, LEROY, 200 TERRACE VIEW AVE, EDGERTON, MN 56128-9998

10925   FEYE, LOWELL, 2757 3RD AVE, COLUMBUS, NE 68601

10925   FEYE, VERNON, 1936 EAST 10TH, FREMONT, NE 68025

10925   FEYS BOAT & CAMPER STORAGE, 16887 LOOKOUT RD, SELMA, TX 78154-3830

10925   FEYS, LAURENCE, 11 SHADY SPRING PL, GAITHERSBURG, MD 20877

10925   FFCA/IPP 1986 PROP. CO., GEN COUNSEL, 3443 N. CENTRAL AVE., SUITE 500, PHOENIX, AZ 85012

10925   FFE TRANSPORTATION SERVICES, INC, PO BOX 200263, DALLAS, TX, TX 75321-0263

10924   FFE TRANSPORTATION, P.O. BOX 1689, DUNDEE, FL 33838

10925   FH CONTROLS, INC, P. O BOX 960, WALKER, LA 70785

10925   FH CONTROLS, INC, PO BOX 1117, FORT WORTH, TX 76101

10925   FH GASKINS CO, INC, PO BOX 1499, NORFOLK, VA 23501

10925   FHP OF ILLINOIS INC, PO BOX 73632, CHICAGO, IL 60673-7632

10925   FHWA REGION FOUR QM WORKSHOP, DIVISION OF HWY DESIGN, FRANKFORT, KY 40622

10925   FIALA, AMY, 300 SAMOSET LANE, SCHAUMBURG, IL 60193

10925   FIALA, ED, 300 37TH ST NE, CEDAR RAPIDS, IA 52402

10925   FIALA, JAMES, 300 SAMOSET LANE, SCHAUMBURG, IL 60193

10925   FIALA, JAMES, 433 VILLAGE CREEK DR, LAKE IN THE H, IL 60156

10925   FIALKOWSKI, PAUL, 1404 RUXTON ROAD, BALTIMORE, MD 21204

10925   FIALLO, A, 22 INWOOD, SAN ANTONIO, TX 78248

10925   FIANO, JOHN, 200 SHARON DRIVE, PITTSBURGH, PA 15221

10925   FIATO, JOAN, 14 ST. MARY ROAD, BURLINGTON, MA 01803

10925   FIATO, JOAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  FIBA, 711 FULTON INDUSTRIAL BLVD, ATLANTA, GA 30336

10924  FIBER CAT, 1518 29TH AVENUE, GREELEY, CO 80634

10925  FIBER LINE, 3050 CAMPUS DR, HATFIELD, PA 19440

10924  FIBER MARK, 45 NORTH 4TH STREET, QUAKERTOWN, PA 18951

10925  FIBER PRODUCTS IND, INC, 1114-18 WILSO DR., BALTIMORE, MD 21223

10925  FIBER PRODUCTS INDL INC, PO BOX 4431, BALTIMORE, MD 21223-0431

10925  FIBER PRODUCTS INDUSTRIAL, INC, PO BOX 4431, BALTIMORE, MD 21223-0431

10924  FIBER PRODUCTS INDUSTRIAL, INC., 1114-1118 WILSO DRIVE, BALTIMORE, MD 21223

10924  FIBER RESIN CORPORATION, 20701 NORDHOFF STREET, CHATSWORTH, CA 91311

10924  FIBER RESIN CORPORATION, 3200 LABORE ROAD, VADNAIS HEIGHTS, MN 55110-5198

10924  FIBER RESIN CORPORATION, PO BOX 120200, SAINT PAUL, MN 55112

10925  FIBERBASIN, INC, 5959 WEST DICKENS, CHICAGO, IL 60639

10925  FIBERBASIN, INC, PO BOX 1870, AURORA, IL 60507

10924  FIBERBOND CORPORATION, 110 MENKE ROAD, MICHIGAN CITY, IN 46360

10925  FIBERGRATE, C/O GEORGE KELSO, PO BOX 931944, CLEVELAND, OH 44193

10924  FIBER-LAM INC., 10351 VERDON RD, DOSWELL, VI 23047

10924  FIBER-LINE, 3050 CAMPUS DRIVE, HATFIELD, PA 19440

10925  FIBERLOCK TECHNOLOGIES, INC, 150 DASCOMB RD., ANDOVER, MA 01810

10924  FIBERLUX, INC., 2287 ROUTE 292, HOLMES, NY 12531

10924  FIBERLUX, ROUTE 292, HOLMES, NY 12531

10924  FIBERMARK INC., 44 OLD PRINCETON ROAD, FITCHBURG, MA 01420

10925  FIBERMARK INC., PO BOX 498, 3 BRUDIES RD., BRATTLEBORO, VT 05302

10924  FIBERMARK, 161 WELLINGTON ROAD, BRATTLEBORO, VT 05302

10925  FIBERTEC, DEPT 1052, HARTFORD, CT 06151-1052

10925  FIBICH GARTH, 909 FANNIN, SUITE 800, HOUSTON, TX 77010-9998

10924  FIBRAS Y ELASTOMEROS, S.A., RETUERTO, 15, 48903 BARACALDO VIZCAYA, IT 48903UNK    *VIA Deutsche Post*

10924  FIBRE GLAST DEVELOPMENT CORPORATION, 95 MOSIER PKWY, BROOKVILLE, OH 45309

10924  FIBRE GLAST DEVELOPMENT CORPORATION, 95 MOSIER PKWY, DAYTON, OH 45414

10924  FIBRE LEATHER MANUFACTURING CORP., 686 BELLEVILLE AVENUE, NEW BEDFORD, MA 02745

10925  FIBRE MATERIAL CORP, 40 DUPONT ST, PLAINVIEW, NY 11803

10925  FIBREBOARD CORP, BETSY MCDANIEL,

10925  FIBREBOARD CORP, DAVID SCHLAUDECKER,

10925  FIBREBOARD CORPORATION, 2200 ROSS AVE SUITE 3600, DALLAS, TX 75201

10925  FIBREBOARD CORPORATION, CALIFORNIA PLAZA BLDG., 2121 N. CALIFORNIA BLVD., SUITE 560, WALNUT CREEK, CA 94596

10924  FIBREBOND CORP, 1300 DAVENPORT DRIVE, MINDEN, LA 71055

10924  FIBREBOND CORP, P O BOX 5001, MINDEN, LA 71055

10924  FIBREBOND CORP, P.O.BOX 5001, MINDEN, LA 71055

10924  FIBREBOND WEST INC., 1300 DAVENPORT DRIVE, MINDEN, LA 71055

10924  FIBREBOND WEST INC., 299 BECK AVNEUE, FAIRFIELD, CA 94533

10924  FIBREBOND WEST, INC., 299 BECK AVENUE, SUISUN, CA 94585

10925  FIBREX INC, 1220 W MURPHY BLVD, POBOX 1227, JOPLIN, MO 64801

10925  FIBROUS GLASS PRODUCTS INC, N3808 SULLIVAN ROAD, SPOKANE INDUSTRIAL PARK, SPOKANE, WA

10925  FICAP, 318 NEWMAN ROAD, SEBRING, FL 33870-6702

10925  FICE, 605 SUWANNEE ST - MS #38, TALLAHASSEE, FL 32399

10925  FICELLO, DANIEL, 59 CAMBRIDGE RD., #115, WOBURN, MA 01801

10925  FICHTEL, DENNIS, 10112 182ND COURT S, BOCA RATON, FL 33498

10925  FICK, PENNIE, 708 SECOND ST EXT, HAMBURG, PA 19526

10925  FICK, RICHARD, 5805 CRABAPPLE DR, MABLETON, GA 30126

10925  FICKE, DENNIS, 23635 BRIGHTWOOD DR., LAWRENCEBURG, IN 47025

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | FICKE, VALERIE, RT 2 BOX 38, VALLEY MILLS, TX 76689 | |
| 10925 | FICKEL, ERVIN, 510 26TH ST, AMES, IA 50010 | |
| 10925 | FICKETT, JONATHAN, 49 MASON RD, BROOKLINE, NH 03033 | |
| 10924 | FICKLING BROS., 1703 LAMBERT STREET, JACKSONVILLE, FL 32206 | |
| 10924 | FICKLING BROTHERS, 1703 LAMBERT ST., JACKSONVILLE, FL 32206 | |
| 10924 | FICKLING BROTHERS, CAMBRIDGE, MA 02140 | |
| 10925 | FICO, MARY, 6 PLYMOUTH PLACE, AIRMOUNT, NY 10952 | |
| 10925 | FICO, RAYMOND, 1016 ANN ST, JOLIET, IL 60435 | |
| 10925 | FICOCELLI, ROBERT, 229 W MARCONI AVE, NESQUEHONING, PA 18240 | |
| 10924 | FICOM CORP, 2120 WEST MISSION ROAD  SUITE A, ESCONDIDO, CA 92029 | |
| 10925 | FICPA CONTINUING PRO ED, PO BOX 5437, TALLAHASSEE, FL 32314 | |
| 10925 | FICTUM, SCOTT, 11300 SAXONBURG RD, TWO RIVERS, WI 54241-9216 | |
| 10925 | FIDDICK, DANIEL, 403 WINDING ROAD, FRIENDSWOOD, TX 77546 | |
| 10925 | FIDELITY BANK TRUSTEE FOR, PO BOX 8500 S-1445, PHILADELPHIA, PA 19178 | |
| 10924 | FIDELITY FITNESS CENTER, GARAGE #5, 300 PURITAN WAY, MARLBORO, MA 01752 | |
| 10925 | FIDELITY INSTITTUTIONAL OPERATIONS, PO BOX 73307, CHICAGO, IL 60673-7307 | |
| 10925 | FIDELITY INVESTMENTS, 82 DEVONSHIRE ST, BOSTON, MA 02109-3614 | |
| 10925 | FIDELITY LEASING INC, PO BOX 8500-9805, PHILADELPHIA, PA 19178-9805 | |
| 10925 | FIDELITY ROOF COMPANY, 1075-40TH ST, OAKLAND, CA 94608 | |
| 10925 | FIDELITY SYNDICATIONS, 75 MAIN ST, MILLBURN, NJ 07041 | |
| 10924 | FIDELTY BANK, 100 WEST CHATHAM STREET, CARY, NC 27513 | |
| 10924 | FIDELTY NORTHERN, COVINGTON, KY 41011 | |
| 10925 | FIDISHUN, AMY, 111A WESTOVER TERR, GREENSBORO, NC 27406 | |
| 10925 | FIDISHUN, CHARLOTTE, 6005 BUCKHORN RD, GREENSBORO, NC 27410 | |
| 10924 | FIDLER CONCRETE PROD, 1700 EGBERT AVE, GOSHEN, IN 46526 | |
| 10924 | FIDLER CONCRETE PRODUCTS INC., 1700 EGBERT AVE., GOSHEN, IN 46526 | |
| 10924 | FIDLER CONCRETE PRODUCTS, **TO BE DELETED**, ELKHART, IN 46514 | |
| 10924 | FIDLER CONCRETE PRODUCTS, **TO BE DELETED**, GOSHEN, IN 46528 | |
| 10924 | FIDLER CONCRETE PRODUCTS, 1500 W. BRISTOL, ELKHART, IN 46514 | |
| 10924 | FIDLER CONCRETE PRODUCTS, 1700 EGBERT AVENUE, GOSHEN, IN 46528 | |
| 10924 | FIDLER INC, P O BOX 99, GOSHEN, IN 46526 | |
| 10925 | FIDLER INC, PO BOX 99, GOSHEN, IN 46526 | |
| 10924 | FIDLER INC., 13375 US 20, MIDDLEBURY, IN 46540 | |
| 10924 | FIDLER INC., 1500 W. BRISTOL, ELKHART, IN 46514 | |
| 10924 | FIDLER INC., 1700 EGBERT AVE, GOSHEN, IN 46526 | |
| 10924 | FIDLER INC., 2933 N. COUNTY ROAD 200 WEST, WARSAW, IN 46580 | |
| 10924 | FIDLER INC., 440N - 750W WEST RAILROAD STREET, LEITERS FORD, IN 46945 | |
| 10924 | FIDLER INC., 500 S. OAKLAND, NAPPANEE, IN 46550 | |
| 10924 | FIDLER INC., 524 N. BOWEN, BREMEN, IN 46506 | |
| 10925 | FIDLER INC., PO BOX 99, GOSHEN, IN 46527 | |
| 10924 | FIDLER INC., STATE ROAD 9  DUTCH STREET, WOLCOTTVILLE, IN 46795 | |
| 10924 | FIDLER INC., US 20, WEST EDGE OF ANGOLA, ANGOLA, IN 46703 | |
| 10925 | FIDLER, JOE, 5 CARPENTER LANE, STEWARTSVILLE, NJ 08886 | |
| 10925 | FIDLER, TODD, 200 EAST SCHUYLKILL ROAD, E6, POTTSTOWN, PA 19464 | |
| 10925 | FIDURA, VICTORIA, 11211 S MILITARY TR, BOYNTON BEACH, FL 33436 | |
| 10925 | FIEDLER, LISA, 1094 ROBIN RD, SOMERVILLE, NJ 08876 | |
| 10925 | FIEGER, ALICE, 983 HARVARD CT, HIGHLAND PARK, IL 60035 | |
| 10925 | FIELD ATKINSON PERRATON, 10235-101 ST, EDMONTON, AB T5J 3G1CANADA | *VIA Deutsche Post* |
| 10924 | FIELD HOUSE, 5636 SOUTH MERIDIAN ST., INDIANAPOLIS, IN 46217 | |
| 10924 | FIELD TECHNOLOGIES, 316 TECH DR, BURNS HARBOR, IN 46304 | |
| 10925 | FIELD TECHNOLOGIES, 316 TECH DRIVE, BURNS HARBOR, IN 46304 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FIELD TECHNOLOGIES, 9956 EXPRESS DR, HIGHLAND, IN 46322

10925   FIELD, ANDY, 1600 WHITE CIR. RD, MARIETTA, GA 30066

10925   FIELD, CASSANDRA, 4852 BAYARD BV, BETHESDA, MD 20816

10925   FIELD, CATHERINE, 53 HANCOCK ST., #1, SOMERVILLE, MA 02144

10925   FIELD, DAVID, 2400 BLACKOAK DR, MARIETTA, GA 30066

10925   FIELD, GREGORY A, 8122 DUNSINANE COURT, MCLEAN, VA 22102-2719

10925   FIELD, JAMES, ROUTE 4 BOX 199, LELAND, NC 28451

10925   FIELD, MICHAEL, 1431 RAINIER FALLS, ATLANTA, GA 30329

10925   FIELD, RAYMOND, 1340 OLD CLINTON RD #3, WESTBROOK, CT 06498

10925   FIELD, WAYLON, 1600 WHITE CIR, MARIETTA, GA 30066

10925   FIELD, WILLIAM C, 608 VIRGINIA ST EAST, SECOND FL, CHARLESTON, WV 25301

10925   FIELDER, GEORGE, RT 1 BOX 316-A, BLOOMINGDALE, GA 31302

10925   FIELDERS COLLISION, PO BOX 87, BELLEVILLE, MI 48112

10925   FIELDS APPLIANCE SERVICE IND, 7110 EDGEWATER, ORLANDO, FL 32860

10925   FIELDS III, ALFRED, 7918 LIBERTY CIRCLE, PASADENA, MD 21122

10925   FIELDS, BARBARA, PO BOX 317625, CINCINNATI, OH 45231

10925   FIELDS, BARRY, 206 KENNEDY DR., SPRING VALLEY, NY 10977

10925   FIELDS, BERRY, 514 TULSA, WICHITA FALLS, TX 76301

10925   FIELDS, CHARLES, 8852 W. 1050 S., FORTVILLE, IN 46040

10925   FIELDS, DANNY, 713 S. LEWIS, SUITE D, NEW IBERIA, LA 70560

10925   FIELDS, DAVID, 915 VAN HORN, IOWA PARK, TX 76367

10925   FIELDS, DEBORAH, 131 WILLOW AVE, CORNWALL, NY 12518

10925   FIELDS, ERVIN, 7220 STATE HWY 250 W, PARIS CROSSING, IN 47270

10925   FIELDS, GEORGE, ROUTE 4, BOX 389, GUTHRIE, OK 73044

10925   FIELDS, GREG, 41031 SUZAN DR, PUNTA GORDA, FL 33955

10925   FIELDS, GWENDOLYN, 5515 WISSAHICKON AVE, PHILADELPHIA, PA 19144

10925   FIELDS, JAMES, PO BOX 706, KINGSLAND, GA 31548

10925   FIELDS, JASON, 3632 KNOBSCOT CT, INDIANAPOLIS, IN 46222

10925   FIELDS, JEFFREY, 254 TOM TREECE RD, MORRISTOWN, TN 37814

10925   FIELDS, JOHN C, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   FIELDS, JOHN, 101 LANGDON AVE, WATERTOWN, MA 02472

10925   FIELDS, KATHY, 1229 WILLIFORD ST, ROCKY MOUNT, NC 27803

10925   FIELDS, KATHY, 917 VAN HORN, IOWA PARK, TX 76367

10925   FIELDS, MARC, 508 1/2 NW 4TH ST., STIGLER, OK 74462

10925   FIELDS, SHELBY, RT 2 BOX 209, COMMERCE, GA 30529

10925   FIELDS, SYBIL, 6506 REDDING SPRING, HOUSTON, TX 77086

10925   FIELDS, TERRI, RT 3 BOX 117, CHADBOURN, NC 28431

10925   FIELDS, WILLIE, RT 1 BOX 766, MAYSVILLE, GA 30558

10925   FIELDS, WILLIS, PO BOX 103, LIBBY, MT 59923-0103

10925   FIELDSON, CRAIG, 1013 CENTERGATE DRIVE, BETHEL PARK, PA 15102

10925   FIELDSTON PUBLICATIONS INC, 1800 MASSACHUSETTS AVE NW, WASHINGTON, DC 20036-1883

10925   FIERKE, BRUCE, 7959 W 72ND ST, BRIDGEVIEW, IL 60455

10925   FIERKE, MARK, 6330 W. 65TH APT 1-S, CHICAGO, IL 60638

10925   FIERKE, MARVIN, 7709 SUBURBAN LANE, BRIDGEVIEW, IL 60455

10925   FIERKE, RANDALL, 200 SUNRISE AVE, HINSDALE, IL 60527

10925   FIERO FLUID POWER INC, 10515 E 40TH AVE, DENVER, CO 80239

10925   FIERO, LISA, 71 DAVIS ROAD, BELMONT, MA 02178

10925   FIERO, WILLIAM, 1605 CRESTON DRIVE, FOREST HILL, MD 21050-2310

10925   FIERRO, SOCORRO, 2114 W 5 TH, ODESSA, TX 79763

10925   FIERS, ALAN, 2065 LOST DAUPHIN, DE PERE, WI 54115

10925   FIERST, LINDA, 630C ROCKAFELLOW MILL RD, FLEMINGTON, NJ 08822

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　FIERST, REBECCA, 1032 RT 28, SOMERVILLE, NJ 08876

10924　FIESTA HOTEL & CASINO, DE BAISE, LAS VEGAS, NV 89101

10924　FIESTA HOTEL, MJ DE BAISE, PHOENIX, AZ 85001

10924　FIESTA HOTEL, MJ DI BAISE, LAS VEGAS, NV 89103

10924　FIESTA PACIFIC PRODUCTS, 2855 A AVENUE, NATIONAL CITY, CA 91950

10925　FIFE CORPORATION, PO DRAWER 78536, MILWAUKEE, WI 53278-0536

10924　FIFE ELECTRIC COMPANY, 42860 NINE MILE ROAD, NOVI, MI 48376-8021

10925　FIFE FLORIDA ELECTRIC SUPPLY, INC, PO BOX 310308, TAMPA, FL 33680

10925　FIFE INDUSTRIAL PIPE CO., PO BOX 751, BRANDON, FL 33509-0751

10924　FIFE ROCK PRODUCTS CO. INC., 1685 WALL AVENUE, OGDEN, UT 84404

10924　FIFE ROCK PRODUCTS CO. INC., 620 EAST 5TH STREET, BRIGHAM CITY, UT 84302

10924　FIFE ROCK PROUDUCTS, 620 E 5TH ST, BRIGHAM, UT 84302

10925　FIFE, JAMES, 1238 DUTCH #3, DEER PARK, TX 77536

10925　FIFE, JOSEPH, 3206 EDMONTON, PASADENA, TX 77503

10925　FIFER, BARBARA, RT.2 BOX 316, ST. ANNE, IL 60964

10924　FIFTH AVE. REALTY, BIRMINGHAM, AL 35202

10925　FIFTH AVENUE MEDICAL ASSOCIATION, PO BOX 1195, MOON TOWNSHIP, PA 15108

10925　FIGG, REBECCA, 327 HILL ST, ASHEBORO, NC 27203

10925　FIGGE, ROSALYN, 2747 B AVE NE, CEDAR RAPIDS, IA 52402

10925　FIGGINS, ROBERT, ROUTE 1 BOX 117, BRAYTON, IA 50042

10925　FIGNOLE, MARIE, POBOX 702, CONWAY, SC 29732

10925　FIGUEIRA, DAVID, 91-207 KOLILI PLACE, KAPOLEI, HI 96707-2605

10925　FIGUEIRA, JOSEPH, DICKSTON ROAD RD #11, LAKE CARMEL, NY 10512

10925　FIGUEIREDO, J, 18 LOWDEN AVE, SOMERVILLE, MA 02144

10925　FIGUEIREDO, JOHN, 29 COLUMBUS AVE, SOMERVILLE, MA 02143

10925　FIGUEIREDO, SALLY, 680 CENTER AVE, MARTINEZ, CA 94553

10925　FIGUERO, JOSE, PO BOX 1249, TOA BAJA, PR 00951

10925　FIGUEROA, ANGELO, CALLE ANTONIO MIRAND, TOA BAJA, PR 00949

10925　FIGUEROA, CAROLINA, 656 PLYMOUTH, ALICE, TX 78332

10925　FIGUEROA, DANIEL, PO BOX 1542, PASSAIC, NJ 07055

10925　FIGUEROA, DELIA, ROAD 664 BUZON, BARCELONETA, PR 00617

10925　FIGUEROA, EVELYN, VILLA LOS SANTOS, ARECIBO, PR 00612

10925　FIGUEROA, HILDA, CALL. #404, ANASCO, PR 00610

10925　FIGUEROA, JOHNNY, 23 HOWE ST, DORCHESTER, MA 02125

10925　FIGUEROA, JONAS, 3013 CRESTMONT AVE, BALTIMORE, MD 21211

10925　FIGUEROA, JOSE, BUZON B 247 BO INDIO, GUAYANILLA, PR 00656

10925　FIGUEROA, JULIO M, W224N8095 SUSAN PL, SUSSEX, WI 53089-1770

10925　FIGUEROA, LUIS, 110 1 SIGNAL BRIGADE, FT. MYER, VA 22211

10925　FIGUEROA, MAGDA, PO BOX 8623, SOMERVILLE, NJ 08876

10925　FIGUEROA, MIGDALIA, JDNES DE PONCE ST 1 I-37, PONCE, PR 00731

10925　FIGUEROA, NANCY, HC 02 BOX 7693, COROZAL, PR 00783

10925　FIGUEROA, NOEMI, 31ST #HH10 URB CASTE, CAROLINA, PR 00630

10925　FIGUEROA, RAMON, CALLE UNION #166 M-5 CALLE 2 #29, PONCE, PR 00731

10925　FIGUEROA, RICHARD J, 1135 E.7TH ST., MESA, AZ 85203

10925　FIGUEROA, RICHARD, 1135 E 7TH ST, MESA, AZ 85203

10925　FIGUEROA, RICHARD, 3902 LINTON WAY, PORTAGE, IN 46368

10924　FIGURE CRAFT PROD., 4101 COOK AVE, SAINT LOUIS, MO 63113

10924　FIGURE CRAFT PRODUCTS INC., 4101 COOK AVENUE, SAINT LOUIS, MO 63113

10925　FIIOC TR, IRA, FBO KAZIMIERZ J PILAT 11 15 00, 159 WARREN ST, NEWTON, MA 02459-2058

10925　FIKE CORP., PO BOX 410214, KANSAS CITY, MO 64141

10925　FIKE CORPORATION, PO BOX 395, WEST CHESTER, OH 45069

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FIKE METAL PRODUCTS CORP., 12230 COLLECTIONS CENTER DR, CHICAGO, IL 60693

10925   FIKE METAL PRODUCTS CORP., DEPT. TR 704 S. 10TH ST., BLUE SPRINGS, MO 64015

10925   FIKE METAL PRODUCTS CORP., PO BOX 10846, KNOXVILLE, TN 37939

10925   FIKE METAL PRODUCTS, 415 EAST GOLF ROAD, PRAIRIE VIEW, IL 60069

10925   FIKE, GERALD, 1927 DEERING AVE, BALTIMORE, MD 21230

10925   FIKE, MABELINE, 120 KILLARNEY BAY, WINTER PARK, FL 32789

10925   FIKE, MARK, 716 CHAMBERS CIRCLE, BEL AIR, MD 21014

10925   FIKENHOUT INC, 1700 SOUTH WARREN, SAGINAW, MI 48601

10925   FIKRE, TEWEHADE, 11901 E 76TH ST, ARTESIA, CA 90701

10925   FILANDRO, PATRICIA, 9600 N. 96TH ST., SCOTTSDALE, AZ 85258

10925   FILASETA, PASQUALE, 107 S. LONGCROSS RD, LINTHICUM, MD 21090

10925   FILBRANDT, VICKI, 3840 LILLY ROAD, BROOKFIELD, WI 53005

10924   FILENE'S, POUGHKEEPSIE GALLERIA, 790 SOUTH ROAD, POUGHKEEPSIE, NY 12601

10925   FILENET CORP, FILE# 53858, LOS ANGELES, CA 90074-3858

10925   FILENET CORP., 3565 HARBOR BLVD., COSTA MESA, CA 92626-1420

10925   FILENET CORPORATION, FILE 53858, LOS ANGELES, CA 90074-3858

10925   FILER, JOHN, 41 HANNAH DR, HOLLIS, NH 03049

10925   FILER, JR, THOMAS, 195 RED HILL RD, ORANGE, VA 22960

10925   FILERIO, SUE, 5739 NORTH RIDGE, CHICAGO, IL 60660

10925   FILES, JANICE, 511 GOWAN RD, INMAN, SC 29349-7618

10925   FILES, TERESA, 6250 GRACELAND CIR., MORROW, GA 30260

10925   FILICIOTTO, FRANK, 8 GEORGES CT RD, WARWICK, NY 10990

10925   FILICIOTTO, MARY, 8 GEOGRES CT RD, WARWICK, NY 10990

10925   FILION, DONALD, 20 NOTCH RD, ADAMS, MA 01220

10925   FILIP, THOMAS M, 810 ONONDAGA RD, CAMILLUS NY, NY 13031

10925   FILIPEK, DAVE, 401 KENNEDY ST, OAKLAND, CA 94606

10925   FILIPIAK, MARYJO, 5417 SW 24 AVE, FT LAUDERDALE, FL 33312

10925   FILIPONE, ASTRID, 1550 OLD 27 HWY, CLEWISTON, FL 33440

10925   FILIPONI, MARCIA, PO BOX 1882, CLEWISTON, FL 33440

10925   FILIPPONE, FRANK, 3364 PUNTA ALTA, 1G, LAGUNA HILLS, CA 92653

10925   FILLA, GINA, 2439 E GOLDENROD, PHOENIX, AZ 85048

10925   FILLET, JEAN PATRICK, 1217-11TH ST, MANHATTAN BEACH, CA 90266

10925   FILLINGIM, D, 21 PROFILE CIRCLE, NASHUA, NH 03060

10925   FILLINGIM, DANIEL, 13 SPALDING AVE, NASHUA, NH 03060

10925   FILLINICH, LANE, PO BOX 395, LAROSE, LA 70373

10925   FILLMORE, REBECCA R., 6410 VILLAGE PARK, SAN ANTONIO, TX 78250

10925   FILM LIBRARY, THE, 3450 WILSHIRE BLVD STE 700, LOS ANGELES, CA 90010

10925   FILMER, ROBERT, 101 SOUTH GEORGE ST, MT. PROSPECT, IL 60056

10924   FILMTRONICS, 657 SAXONBURG ROAD, BUTLER, PA 16001

10924   FILMTRONICS, INC., PO BOX 1521, BUTLER, PA 16001

10925   FILPRO CORPORATION, PO BOX 374, WEST POINT, PA 19486-0374

10925   FILSON, ANDREW, 6149 GATE SILL, COLUMBIA, MD 21045

10925   FIL-TEC, PO BOX 126, HAGERSTOWN, MD 21741-0126

10924   FIL-TEC, PO BOX B, HAGERSTOWN, MD 21741

10924   FIL-TEC, PO BOXB, HAGERSTOWN, MD 21741-1191

10925   FILTER BELTS,INC - FABRICATED FILT, FABRICATED FILTERS, PO BOX 23072, HARAHAN, LA 70183-3072

10925   FILTER BELTS,INC-FABFILTERS, PO BOX 913, WINTHROP, ME 04364

10925   FILTER ELEMENTS INC, 1300 DUXBURY COURT, ARLINGTON, TX 76015

10924   FILTER MATERIALS, INC., 1401 WARE STREET, WAUPACA, WI 54981

10924   FILTER MATERIALS, INC., PO BOX 329, WAUPACA, WI 54981

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FILTER MEDIA CO, ST JOHN THE BAPTIST PARISH, W 10 ST, PO BOX 222, RESERVE, LA 70084-0222

10925   FILTER SALES & SERVICE, PO BOX 290577, CHARLESTOWN, MA 02129-0997

10925   FILTER SERVICES ILLINOIS, 2555 UNITED LANE, ELK GROVE VILLAGE, IL 60007

10925   FILTER SERVICES ILLINOIS, 2555 UNITED LN., ELK GROVE VILLAGE, IL 60007

10925   FILTER SPECIALISTS INC, PO BOX 72397, CHICAGO, IL 60678-2397

10925   FILTER SPECIALISTS INC., PO BOX 72397, CHICAGO, IL 60678-2397

10925   FILTER SPECIALISTS INC., POBOX 72397, CHICAGO, IL 60678-2397

10925   FILTER SPECIALISTS, 57 WEST TIMONIUM RD., TIMONIUM, MD 21093

10925   FILTER SPECIALISTS, INC, PO BOX 72397, CHICAGO, IL 60678-2397

10925   FILTER SPECIALISTS, INC, POBOX 72397., CHICAGO, IL 60678-2397

10925   FILTERCO, 3250 ALVEY PARK DR EAST, OWENSBORO, KY 42303

10924   FILTEX CRISWELL, ZONE INDUSTRIELLE, PONTACHARRA, 99999FRANCE     **\*VIA Deutsche Post\***

10925   FILTOMAT, INC, 10 REUTEN DRIVE, CLOSTER, NJ 07624

10925   FILTRAL SPEC INC, PO BOX 4377, HAMDEN, CT 06514

10925   FILTRATION SYSTEM, 10304 NORTHWEST 50 TH. ST., SUNRISE, FL 33351

10925   FILTREX INC., 1961 ALPINE WAY, HAYWARD, CA 94545

10924   FILTROS CHAMPION LABORATORIES,, ISIDRO LOPEZ ZERTUCHE NO. 4890, SALTILLO, COAHUILA,     **\*VIA Deutsche Post\***
25220MEXICO

10925   FILYAW, LARRY, PO BOX 721, EAGLE LAKE, FL 33839

10925   FIMCO, INC, PO BOX 310011, DES MOINES, IA 50331-0011

10925   FINA OIL & CHEMICAL CO., ATTN: RICK FISHER, BIG SPRING, TX 79720

10924   FINA OIL & CHEMICAL COMPANY, EAST OF CITY LIMITS ON I-20, BIG SPRING, TX 79720

10924   FINA OIL & CHEMICAL COMPANY, PO BOX 1311, BIG SPRING, TX 79721

10925   FINA OIL AND CHEMICAL COMPANY, VINSON & ELKINS, 1001 FANNIN ST., SUITE 2300, HOUSTON,
TX 77002-6760

10924   FINA OIL, HWY 366 AT 32ND STREET, PORT ARTHUR, TX 77641

10924   FINA OIL, PO BOX 849, PORT ARTHUR, TX 77641

10925   FINA, INC, VINSON & ELKINS, 1001 FANNIN ST., SUITE 2300, HOUSTON, TX 77002-6760

10925   FINA, MARK N, 1717 S ALMOND, MESA, AZ 85204-6905

10924   FINALE RESTAURANT, 1 COLUMBUS AVENUE, BOSTON, MA 02116

10925   FINAN, GEORGE, 1700 SAUNDERS WAY, GLEN BURNIE, MD 21061

10925   FINANCE & ACCOUNTING OFFICER, PO BOX 182204, COLUMBUS, OH 43218-2204

10925   FINANCE COMMISSIONER - CITY OF, POBOX 2307 PECK SLIP STATION, NEW YORK, NY 10038

10925   FINANCIAL ACCOUNTING STANDARDS BOAR, PO BOX 5116, NORWALK, CT 06856-5116

10925   FINANCIAL ACCOUNTING STANDARDS, PO BOX 30816, HARTFORD, CT 06150

10925   FINANCIAL ACCT. STANDARDS BOARD, PO BOX 30816, HARTFORD, CT 30816

10924   FINANCIAL CENTER/GEORGIA 400, UNDER TUNNEL, ATLANTA, GA 30328

10925   FINANCIAL EXECUTIVES INST, PO BOX 10408, NEWARK, NJ 07193-0408

10925   FINANCIAL EXECUTIVES INST, PO BOX 1938, MORRISTOWN, NJ 07962-1938

10925   FINANCIAL EXECUTIVES INST, UNIV PARK CAMPUS BA 246, MIAMI, FL 33199

10925   FINANCIAL SEC LODGE 1671, PO BOX 7705, NEW CASTLE, PA 16107

10925   FINANCIAL SERVICES GROUP, VILLAGE CENTER DR, SWEDESBORO, NJ 08085

10925   FINANCIAL TIMES LTD, 14 EAST 60TH ST, NEW YORK, NY 10126-0261

10925   FINANCIAL TIMES PROFESSIONAL, SLAIDBURN CRESCENT, SOUTHPORT MERSEYSIDE, PR9     **\*VIA Deutsche Post\***
9YFUNITED KINGDOM

10925   FINANCIAL TIMES, 14 EAST 60TH ST, NEW YORK, NY 10022

10925   FINANCIAL WORLD, 1328 BROADWAY, NEW YORK, NY 10001-2116

10925   FINANCL ACCTG STD BOARD, PO BOX 5116, NORWALK, CT 06856-5116

10925   FINCH, DOLORES, 6 JEFFERSON PARK APT #52, CAMBRIDGE, MA 02140

10925   FINCH, FELICIA, 444 S POPLAR, KANKAKEE, IL 60901

10925   FINCH, FRED, 10 CEDAR RD, FOUNTAIN INN, SC 29644

10925   FINCH, JAMES, 4953 PELHAM RD, DEARBORN, MI 48125

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FINCH, JOHN, 1363 FOXGLOVE DRIVE, JAMISON, PA 18929 | |
| 10925 | FINCH, KAREN, 1609 VIA TULIPAN, SAN CLEMENTE, CA 92673 | |
| 10925 | FINCH, LENORA, 14108 S. MENLO AVE., GARDENA, CA 90247 | |
| 10925 | FINCH, LINDA, 519 FOXFIRE DR, COLUMBIA, SC 29212 | |
| 10925 | FINCHER FIRE PROTECTION INC, POBOX 100215, BIRMINGHAM, AL 35210 | |
| 10925 | FINCHER FIRE PROTECTION INC., 1789 FLOYD BRADFORD ROAD, TRUSSVILLE, AL 35173 | |
| 10925 | FINCHER, DALE, 212 WESTPORT DRIVE, HOUMA, LA 70360 | |
| 10925 | FINCHER, JENNY, 2710 CYPRESS, PASADENA, TX 77502 | |
| 10925 | FINCHER, JERRY, 697 BOYD DRIVE, ELKO, NV 89801 | |
| 10925 | FINCIK, MICHELE, PO BOX 794, MONONGAHELA, PA 15063 | |
| 10925 | FINCKE, PATRICIA, 3939 FREDERICKSBURG ROAD APT #E6, SAN ANTONIO, TX 78201 | |
| 10925 | FIND/SVP INC, PO BOX 1213, NEWARK, NJ 07101-1213 | |
| 10925 | FIND/SVP INC, POBOX 5724, BOSTON, MA 02206 | |
| 10925 | FIND/SVP INC., 625 AVE OF THE AMERICA, NEW YORK, NY 10011-2002 | |
| 10925 | FINDEX CAMBRIDGE INFO GRP, 7200 WISCONSIN AVE, BETHESDA, MD 20814-4823 | |
| 10925 | FINDLAY, CINDY, 1546 GAYLORD DR, MOBILE, AL 36695 | |
| 10925 | FINDLAY, JOHN, 2846 WINDSOR OAKS TR, MARIETTA, GA 30066 | |
| 10925 | FINDLEY DAVIES & COMPANY, 300 MADISON AVE STE 1000, TOLEDO, OH 43604-1596 | |
| 10925 | FINDLEY DAVIES,INC, PO BOX 1434, TOLEDO, OH 43603-1434 | |
| 10925 | FINDLEY, LARRY, 19700 HICKORY TWIG, SPRING, TX 77388 | |
| 10925 | FINDLEY, NOLAN, BOX 5951 9413 W UNIVERSITY, ODESSA, TX 79764-8915 | |
| 10925 | FINDLEY, NOLAN, PO BOX 5951, ODESSA, TX 79764-5951 | |
| 10925 | FINDLEY, SHERRI, 3613 DUNNINGTON RD, BELTSVILLE, MD 20705 | |
| 10925 | FINDLEY, STEPHEN, 813 MT TABOR RD, OXFORD, GA 30267 | |
| 10925 | FINDLOW & SONS INC, 149 COMMERCE BLVD, LOVELAND, OH 45140 | |
| 10925 | FINDLY CHEMICAL, 10720 REDWOOD AVE, FONTANA, CA 92335 | |
| 10924 | FINE ARTS ADDITION TO ROUND ROCK, 300 LAKE CREEK DRIVE, ROUND ROCK, TX 78681 | |
| 10924 | FINE ARTS CENTER, SHAWNEE STATE COLLEGE, PORTSMOUTH, OH 45662 | |
| 10925 | FINE GRINDING CORPORATION, PO BOX 421, CONSHOHOCKEN, PA 19428 | |
| 10925 | FINE HOST CORP, 2269 NW 199TH ST, MIAMI, FL 33056 | |
| 10925 | FINE LINE CIRCUITS INC, 6530 LAWRENCE AVE E, SCARBOROUGH, ON M1C 4A7CANADA | *VIA Deutsche Post* |
| 10924 | FINE LINE PRE-CAST, 3486 N. VENTURA AVE, VENTURA, CA 93001 | |
| 10924 | FINE LINE PRE-CAST, 3486 N. VENTURA AVENUE, VENTURA, CA 93001 | |
| 10925 | FINE PRINTING IMPRESSIONS, 125 NW 13TH ST, BOCA RATON, FL 33432 | |
| 10925 | FINE PRODUCTS CO., 3339 HIGHLAND AVE, BERWYN, IL 60402-3817 | |
| 10925 | FINE, DAVID, 15 SCOTCH CAP RD, QUAKER HILL, CT 06375 | |
| 10925 | FINEMORE, SCOTT, 485 CONCORD ROAD, 52, NORTHFIELD, NH 03276 | |
| 10925 | FINES, MONTE, 6272 COURTHOUSE RD, SPOTSVYLVANIA, VA 22553 | |
| 10925 | FINEST PRODUCE, 809 LAWTON ROAD, CHARLOTTE, NC 28216 | |
| 10925 | FINGER LAKES TIMES, THE, PO BOX 393, GENEVA, NY 14456 | |
| 10925 | FINGER OFFICE FURNITURE, PO BOX 263, HOUSTON, TX 77001 | |
| 10925 | FINGER, JOAN, 651 OKEECHOBEE BLVD, WEST PALM BEACH, FL 33401 | |
| 10924 | FINGERHUT CORPORATION, 4400 BAKER STREET, MINNETONKA, MN 55345 | |
| 10924 | FINGERLAKES PACKAGING COMPANY, 9 COLE ROAD, LYONS, NY 14489 | |
| 10925 | FINGLES METALWORKS, 2256 REISTERSTOWN RD., BALTIMORE, MD 21217 | |
| 10925 | FINISH EXTERIOR SYSTEMS, INC, 10 D ST, HUDSON, NH 03051 | |
| 10924 | FINISH MASTERS, 7TH FLOOR, INDIANAPOLIS, IN 46204 | |
| 10925 | FINK & CARNEY, 39 WEST 37TH ST SIXTH FL, NEW YORK, NY 10018 | |
| 10925 | FINK, AMBROSINE, 4311 SATINWOOD DRIVE, LAS VEGAS, NV 89013 | |
| 10925 | FINK, BARRY, 50 HARMON RD, EDISON, NJ 08817 | |
| 10925 | FINK, HEIDI, 404 LOCUST RD, NORTH HILLS, PA 19038 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    FINK, JENNIFER, 9 SPUR ST, LYMAN, SC 29365

10925    FINK, LINDA, 117 BROOKHAVEN DRIVE, MOORE, SC 29369

10925    FINK, RICHARD, 606 FOXHOUND COURT, SIMPSONVILLE, SC 29681

10925    FINK, ROBERT, 335 LIGHT ST AV, PASADENA, MD 21122

10925    FINK, SHIRLEY, 606 FOXHOUND COURT, SIMPSONVILLE, SC 29681

10925    FINKE, CAROL, 3240 EQUESTRIAN DRIV, BOCA RATON, FL 33434

10925    FINKE, CLIFFORD, BOX 227, COLUMBUS JUNCT., IA 52738

10925    FINKE, DORIS, 705 OLD WAELDER RD, FLATONIA, TX 78941

10925    FINKE, GENE, 1214 W FLAMINGO DRIVE, SEABROOK, TX 77586-2512

10925    FINKE, RICHARD, 3240 EQUESTRIAN DR, BOCA RATON, FL 33434

10925    FINKE, RICHARD, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925    FINKEL, F, 371 BRICKMAN ROAD, HURLEYVILLE, NY 12747

10925    FINKEL, PAUL, 227 W. JANSS RD., THOUSAND OAKS, CA 91360

10925    FINKELSTEIN, JOSEPH, 1650 BARNES MILL RD., 1838, MARIETTA, GA 30062

10925    FINKELSTEIN, MICHAEL, 4753 WORDEN DRIVE, SPARTANBURG, SC 29301

10925    FINKELSTEIN, VICKI, 2116 WILTONWOOD RD., STEVENSON, MD 21153

10925    FINKLEA, LARRY, 10054 CHEYENNE, DETROIT, MI 48227

10925    FINLAY, THOMAS E, ONE TOWN CENTER RD., BOCA RATON, FL 33486-1010

10925    FINLAY, THOMAS, 6084 ADCOCK LN, HANOVER, MD 21076

10925    FINLAYSON, GORDON, 720 SW 2ND AVE, GAINESVILLE, FL 32605

10925    FINLAYSON, KELLY, 9519 GOOD LION RD, COLUMBIA, MD 21045

10924    FINLEY CONSTRUCTION, NORTH HWY 25, ATWOOD, KS 67730

10924    FINLEY CONSTRUCTION, RTE 2 BOX 178, ATWOOD, KS 67730

10925    FINLEY, CATHERINE, PO BOX 592, FOUNTAIN INN, SC 29644

10925    FINLEY, DAVID, 351 SPRINGFOREST DR, SIMPSONVILLE, SC 29681

10925    FINLEY, DONALD, 404 OLD PIEDMNT HY #2, GREENVILLE, SC 29605

10925    FINLEY, HELEN, 1930 BATTLE ROW, AUGUSTA, GA 30904

10925    FINLEY, JACK, 4335 FORK SHOALS ROAD, SIMPSONVILLE, SC 29681

10925    FINLEY, JAMES, 175 HICKORY DOWNS, GRAY COURT, SC 29645

10925    FINLEY, JANICE, K-8 GLENADDIE APTS., ANNISTON, AL 36201

10925    FINLEY, JILL, 4871 MELROSE DRIVE EXT., WOOSTER, OH 44691

10925    FINLEY, JOE, 104 GOLDRUSH CT., SIMPSONVILLE, SC 29681

10925    FINLEY, JOHN, 2980 NE DIVISION SP M-9, GRESHAM, OR 97030

10925    FINLEY, KAREN, 201 HIWAY 151 NORTH, CALHOUN, LA 71225

10925    FINLEY, KENNETH, 58 ANDERSON RD., RICHTON, MS 39476

10925    FINLEY, LEONARD, 42 DORSEY AVE, GREENVILLE, SC 29611

10925    FINLEY, MELISSA, 465 QUENTIN ST, AURORA, CO 80011

10925    FINLEY, SHARON, 122 JEAN DRIVE, SEEKONK, MA 02771

10925    FINLEY, TAMMY, PO BOX 592, FOUNTAIN INN, SC 29644

10925    FINLEY, TOMMY, 11318 ROCKGATE CT., ST, LOUIS, MO 63136

10925    FINLEY, WYVETTA, 1825 BROWN AVE, ANNISTON, AL 36201

10925    FINLON, DAVID, 14401 WIDGEN COURT, CHARLOTTE, NC 28273

10924    FINLY CORP THE, P O BOX 4237, LYNCHBURG, VA 24502

10924    FINLY CORP, 3401 FOREST BROOK RD, LYNCHBURG, VA 24501

10924    FINLY CORP., THE, 1002 MCCONVILLE RD., LYNCHBURG, VA 24502

10925    FINN & CONWAY, INC, 7524 WEST 98TH PLACE, BRIDGEVIEW, IL 60455

10925    FINN, GEORGE H, 4 SAGINAW AVE, CAMBRIDGE, MA 02140

10925    FINN, HELEN, 480 N E 64TH AVE, OCALA, FL 34470-2219

10925    FINN, JAMES J, 64 MILFORD ROAD, MANCHESTER, CT 06040

10925    FINN, JOHN, 12 CHARLES ST, CLOSTER, NJ 07624

10925    FINN, JOSEPH, 120 NEPONSET AVE., HYDE PARK, MA 02136

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FINN, MARY, 605 CENTRAL TOWERS, DOVER, NH 03820

10925   FINN, NANCY, 8700 SHILLINGTON DR, POWELL, OH 43065

10925   FINN, PATRICIA, 1111 WELDON AVE, BALTIMORE, MD 21211

10925   FINN, RICHARD, 30 PILGRIM DRIVE, BEDFORD, NH 03110

10925   FINN, ROBERT, 46-D HAMPSHIRE DRIVE, NASHUA, NH 03063

10924   FINNAREN & HALEY, 901 WASHINGTON STREET, CONSHOHOCKEN, PA 19428

10925   FINNCO REAL ESTATE SERVICES, 385 SOUTH RD 2ND FL, POUGHKEEPSIE, NY 12601

10925   FINNEGAN HENDERSON FARABO DUNNER, 1300 I ST N W #700, WASHINGTON, DC 20005-3315

10925   FINNEGAN HENDERSON FARABOW GARRETT, 1300 I ST NW, WASHINGTON, DC 20005-3314

10925   FINNEGAN, KYRA, 369 HESTER DR., LAPLACE, LA 70119

10925   FINNEGAN, WILLIAM T, DELTA FINANCIAL CENTER - SUITE 213, 100 SOUTH UNIVERSITY, LITTLE ROCK, AR 72205

10925   FINNEGAN, WILLIAM, 26 BARBARA JEAN ST, GRAFTON, MA 01519-1029

10925   FINNELL, EMMA M, 7840 BUFFALO RD, HARBORCREEK, PA 16421-1211

10925   FINNELL, GAIL, 1065 DONOVANS TRAILER CT, LEWES, DE 19958

10925   FINNEMORE, JAMES, 105 14TH ST, CUMMING, GA 30130

10924   FINNERAN & HALEY, INC., 901 WASHINGTON ST., CONSHOHOCKEN, PA 19428

10925   FINNERTY, BARBARA, 6901 SHORE RD, BROOKLYN, NY 11209

10925   FINNERTY, BARBARA, 6913 SHORE RD, BROOKLYN, NY 11209

10925   FINNERTY, EVELYN, 10057 MANITOBA, EL PASO, TX 79924-4134

10925   FINNERTY, THOMAS, 7601 CHARLESMONT RD., BALTIMORE, MD 21222

10925   FINNEY III, CHARLES, 14 FULTON ST, HUDSON, NH 03051

10925   FINNEY, CHARLES, 185 E CHASE RD, COLUMBUS, OH 43214

10925   FINNEY, FLORENCE, 10323 MALCOLM CIRCLE, COCKEYSVILLE, MD 21030

10925   FINNEY, JESSIE, 10323 MALCOLM CIRCLE, APT. E, COCKEYSVILLE, MD 21030-0000

10925   FINNEY, KEVIN, 16 BEECH ST, NORTH EAST, MD 21901

10925   FINNEY, LAURA, 240 C-9 PICADILLY SQ, ATHENS, GA 30605

10925   FINNEY, RAYMOND, 330 IMPERIAL BLVD, CHATSWORTH, GA 30705

10925   FINNIE, ELIZABETH, 9 RYDER ST #15, ARLINGTON, MA 02476

10925   FINNIGAN MAT, 665 MOLLY LANE #140, WOODSTOCK, GA 30189-3702

10925   FINNIGAN MAT, PO BOX 73429, CHICAGO, IL 60673-7429

10925   FINNIKIN, KENNETH, 5 TWEED ST, PAWTUCKET, RI 02860

10925   FINOCCHIARO SR, FRANK MICHAEL, 45 CULBERSON RD, BASKING RIDGE, NJ 07920-1803

10924   FIN-PAN INC., PO BOX411, HAMILTON, OH 45014

10924   FIN-PAN INCORPORATED, P O BOX 411, HAMILTON, OH 45014

10924   FINTECH PRECAST, 16575 CLEAR OAK ROAD, REDDING, CA 96001

10925   FINTON, WAYNE, 4042 DONEY ST, COLUMBUS, OH 43213-2305

10924   FINWALL, 1343 W. 8120 S., WEST JORDAN, UT 84088

10924   FINWICK CONST./RIVER WALK, KERN BUILDING MATERIALS, BAKERSFIELD, CA 93309

10925   FIOLEK, JERALDINE, 220 RANKIN CT, NEW BERN, NC 28560

10925   FIONDA, MICHAEL, 100 GREENDALE AVE, NEEDHAM, MA 02194

10925   FIORANTE, FELICE, 116 W. CHERRY ST, NEW CASTLE, PA 16102

10924   FIORE CONCRETE PRODUCTS, INC., 170 FIORE INDUSTRIAL DRIVE, PEACE DALE, RI 02883

10924   FIORE CONCRETE PRODUCTS, INC., 176 FIORE INDUSTRIAL DR., PEACE DALE, RI 02883

10925   FIORE, LIZA, 1971 LYONS AVE, 304, COCONUT CREEK, FL 33063

10925   FIORELLA, ALISON, 1712 ST. MARYS AVE., OWENSBORO, KY 42301

10925   FIORENTINO, JOHN, 233 MASS AVE, CAMBRIDGE, MA 02139

10925   FIORINI, ALDO, 497 NORTH ST, FEEDING HILLS, MA 01030-1309

10924   FIQ-TRADING,MARKETING, SERVICOS E C, R.DR.FERNAO DE OMELAS, 35-3 DEPARTM, CEP 9050 - FUNCHAL, 09999PRT     ***VIA Deutsche Post***

10925   FIRE ALARM CO, 378 DIVISION ST, ELGIN, IL 60120

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FIRE AND RESCUE SERVICES DIVISION, 6590 AMORY COURT, WINTER PARK, FL 32792-7497 | |
| 10924 | FIRE BOSS LA INC., 7905 HIGHWAY 90 W., NEW IBERIA, LA 70560-7651 | |
| 10925 | FIRE COMMAND CO INC, PO BOX 337, LONG BEACH, NY 11561 | |
| 10924 | FIRE CONTROL CORPORATION, P.O. BOX 192076, SAN JUAN, PR 919PUERTO RICO | *VIA Deutsche Post* |
| 10925 | FIRE EQUIPMENT INC, 88 HICKS AVE, MEDFORD, MA 02155 | |
| 10925 | FIRE EQUIPMENT INC, 88 HICKS AVE, MEDFORD, MA 02155-6319 | |
| 10925 | FIRE EQUIPMENT SALES INC., 1407 E. 10TH ST, CHARLOTTE, NC 28299 | |
| 10925 | FIRE EXTINGUISHER SERVICE CO, INC, 656 62ND ST, BROOKLYN, NY 11220 | |
| 10925 | FIRE FIGHTER NEWS, THE, 2020 PENNSYLVANIA AVE NW #509, WASHINGTON, DC 20006 | |
| 10924 | FIRE FIGHTERS EQUIPMENT CO, 3053 ROUTE 10 EAST, DENVILLE, NJ 07834 | |
| 10924 | FIRE FIGHTERS EQUIPMENT CO, PO BOX 897, DOVER, NJ 07802 | |
| 10925 | FIRE PROTECTION COMPANY, 5959 WEST 115TH ST, ALSIP, IL 60803 | |
| 10924 | FIRE PROTECTION EQUIPMENT CO., 7206 IMPALA DR, RICHMOND, VA 23228 | |
| 10925 | FIRE PROTECTION SERVICES INC, POBOX 151, SUMNEYTOWN, PA 18084-0151 | |
| 10925 | FIRE PROTECTION, 5959 WEST 115 ST, ALSIP, IL 60803 | |
| 10924 | FIRE RESEARCH LABORATORIE, 4609 KINNEY ST. SOUTHEAST, ALBUQUERQUE, NM 87105 | |
| 10924 | FIRE RESEARCH LABORATORIES, 5364 PAN AMERICAN FWY NE, ALBUQUERQUE, NM 87109 | |
| 10924 | FIRE RESEARCH LABORATORIES, PO BOX 9645, ALBUQUERQUE, NM 87119-9645 | |
| 10924 | FIRE ROCK INDUSTRIES, 1531 MARIETTA BOULEVARD, ATLANTA, GA 30318 | |
| 10924 | FIRE ROCK INDUSTRIES, ATTN: ACCOUNTS PAYABLE, 3198 CAINS HILL PLACE, N.W. SUITE 200, ATLANTA, GA 30305 | |
| 10925 | FIRE SAFE OF GEORGIA, 3823 HILLCREST DR SE, SMYRNA, GA 30080 | |
| 10925 | FIRE SAFETY ENGINEERING CONSULTANTS, AINDERBY STEEPLE, YORKSHIRE, NORTH ALLERTON, DL7 9JXUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | FIRE SAFETY SALES & SERVICE, INC, 130 N RYAN AVE, LAKE CHARLES, LA 70601 | |
| 10925 | FIRE SAFETY SYSTEMS INC., PO BOX 944, FREDERICKSBURG, VA 22404 | |
| 10925 | FIRE SCIENCE & TECHNOLOGY INC, 9000 300TH PLACE SE, ISSAQUAH, WA 98027 | |
| 10925 | FIRE SCIENCE AND TECHNOLOGY INC., 3609 OLD PACIFIC HWY. S., KELSO, WA 98626 | |
| 10924 | FIRE STOP INC., 6549 MISSION GORGE RD, SAN DIEGO, CA 92120 | |
| 10924 | FIRE STOP MATERIALS, 736 LEDGE RD, SEEKONK, MA 02771 | |
| 10924 | FIRE STOP SERVICES, 6010 NORTHBELT E., HUMBLE, TX 77396 | |
| 10925 | FIRE STOP TECHNOLOGIES INC, PO BOX 1307, POWELL, TN 37849 | |
| 10924 | FIRE STOP TECHNOLOGIES INC., 1709 DEPOT STREET, POWELL, TN 37849 | |
| 10924 | FIRE STOP TECHNOLOGIES, 1709 DEPOT ST., POWELL, TN 37849 | |
| 10924 | FIRE STOP TECHNOLOGY, PO BOX1307, POWELL, TN 37849 | |
| 10924 | FIRE STOP TECNOLOGIES, INC., CAMBRIDGE, MA 02140 | |
| 10925 | FIRE SUPPRESSION SERVICES, INC, 3802 SOUTH 2300 EAST, SALT LAKE CITY, UT 84109-3421 | |
| 10925 | FIRE X SALES & SERVICE CORP, 1011 MCCAULEY CT., HAGERSTOWN, MD 21740-7115 | |
| 10925 | FIRE X SALES & SERVICE, 2300 VIRGINIA AVE., HAGERSTOWN, MD 21740 | |
| 10924 | FIRE. COATINGS/C.S.U. OF HAYWARD, SQUIRES BELT, 25800 CARLOS "B" BLVD., HAYWARD, CA 94540 | |
| 10924 | FIRE.COAT./"B" ST., C/O SQUIRES BELT, SAN DIEGO, CA 92101 | |
| 10924 | FIRE.COAT./1350 FRONT ST., 1350 FRONT ST., SAN DIEGO, CA 92101 | |
| 10924 | FIRE.COAT./8080 FRONT ST., 8080 FRONT ST, SAN DIEGO, CA 92101 | |
| 10924 | FIRE.COAT./AMERICAN AIRLINES, WESTCHESTER, CA 90045 | |
| 10924 | FIRE.COAT./D.E.A., OTAY MESA, CA 92154 | |
| 10924 | FIRE.COAT./FEDERAL EXPRESS BLDG., WESTSIDE BUILDING MATERIALS, 7301 WORLD WAY WEST, LOS ANGELES, CA 90001 | |
| 10924 | FIRE.COAT./GLENDALE THEATER, C/O WESTSIDE BLDG. MTLS., 204 E. WILSON, GLENDALE, CA 91201 | |
| 10924 | FIRE.COAT./HEART HOSPITAL, BAKERSFIELD, CA 93301 | |
| 10924 | FIRE.COAT./S.DIEGO AIRPORT COMM.TER, SAN DIEGO, CA 92101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | FIRE.COAT./SCRIPPS HOSPITAL, SAN DIEGO, CA 92101 | |
| 10924 | FIRE.COAT./STAGE COACH LANE, SAN DIEGO, CA 92119 | |
| 10924 | FIRE.COAT./TORREY PINES SCIENCE BLD, SAN DIEGO, CA 92112 | |
| 10924 | FIRE.COAT./UNION BANK, C/O SQUIRES BELT, SAN DIEGO, CA 92101 | |
| 10924 | FIRE.COAT./VERDUGO HILLS HOSPITAL, GLENDALE, CA 91201 | |
| 10925 | FIREARMS PLUS INC, 2301-D2 N.E. 26 ST, FORT LAUDERDALE, FL 33305 | |
| 10924 | FIREAWAY, 1500 N.W. 62ND STREET - SUITE 512, FORT LAUDERDALE, FL 33309 | |
| 10924 | FIREAWAY, CAMBRIDGE, MA 99999 | |
| 10925 | FIREBAUGH, KATHLEEN, 31 CABERNET PKWY, RENO, NV 89512 | |
| 10925 | FIREBAUGH, TROY, 2227 BLACHEYVILLE RD., WOOSTER, OH 44691 | |
| 10924 | FIREBIRD, THE, 1814 SECOND ST., SANTA FE, NM 87501 | |
| 10924 | FIRECONTROL CORPORATION, 1044 J.T. PINERO AVE, PUERTO NUEVO, PR 920PUERTO RICO | *VIA Deutsche Post* |
| 10925 | FIRECRAFT INDUSTRIES, 350 ENGEL ST, ESCONDIDO, CA 92029 | |
| 10924 | FIREHOUSE 28, 1259 MORRIS AVE., BRONX, NY 10475 | |
| 10924 | FIREKOTE CORP INC, ROSALIND AVENUE, ISLIP TERRACE, NY 11752 | |
| 10924 | FIREKOTE CORP, 118 GRANVIEW LANE, SMITHTOWN, NY 11787 | |
| 10924 | FIREKOTE CORP, 1180GRANVIEW LANE, SMITHTOWN, NY 11787 | |
| 10924 | FIRELANDS COMMUNITY HOSPITAL, 1101 DECATUR STREET, SANDUSKY, OH 44870 | |
| 10925 | FIRELINE CORP, 4506 HOLLINS FERRY RD, BALTIMORE, MD 21227-4671 | |
| 10925 | FIRELINE CORP., 4506 HOLLINS FERRY RD., BALTIMORE, MD 21227 | |
| 10925 | FIRELINE CORP., 4506 HOLLINS FERRY RD., BALTIMORE, MD 21227-4671 | |
| 10924 | FIRELINE INC, JONES STREET, YOUNGSTOWN, OH 44502 | |
| 10925 | FIREMAK, INC, 8260 PATUXENT RANGE RD., STE. A, JESSUP, MD 20794 | |
| 10925 | FIREMAK, INC, 9010 JUNCTION DR., ANNAPOLIS JUNCTION, MD 20701 | |
| 10924 | FIREMAN FUND, RFJ MEISWINKEL, NOVATO, CA 94945 | |
| 10925 | FIREMANS FUND INSURANCE COMPANY, 777 SAN MARIN DRIVE, NOVATO, CA 94998 | |
| 10925 | FIREMANS FUND, 214 OVERLOOK COURT, SUITE 260, BRENTWOOD, TN 37027 | |
| 10925 | FIREMASTER N CAL REGION, PO BOX 9600, FORT MYERS, FL 33906-9600 | |
| 10924 | FIREMASTER, 8555 W. MONROE ROAD, HOUSTON, TX 77061 | |
| 10925 | FIREMASTER, PO BOX 2220, SANTA MONICA, CA 90407 | |
| 10924 | FIREMATIC SAFETY AND EQUIPMENT CO, 450 RIVER DRIVE, GARFIELD, NJ 07026 | |
| 10925 | FIREMPONG, VATRICE, 9807 DALE CREST, DALLAS, TX 75220 | |
| 10925 | FIRE-PRO, POBOX 219, FRANKLIN PARK, IL 60131-2022 | |
| 10924 | FIREPROOF COATING/2300 IMPERIAL HWY, 2300 IMPERIAL HWY., LOS ANGELES, CA 90001 | |
| 10924 | FIREPROOF COATINGS, C/O WESTSIDE BLDG. MTLS., RIVERSIDE, CA 92501 | |
| 10924 | FIREPROOF COATINGS, HORTON FOURTH, SAN DIEGO, CA 92199 | |
| 10924 | FIREPROOF COATINGS, LOS ANGELES, CA 90001 | |
| 10924 | FIREPROOF CONTRACTORS, 6904 WINDFERN, HOUSTON, TX 77040 | |
| 10924 | FIREPROOF CONTRACTORS, CAMBRIDGE, MA 02140 | |
| 10924 | FIREPROOF CONTRACTORS, INC., PO BOX 40100, HOUSTON, TX 77240 | |
| 10924 | FIREPROOFING PLUS, 45 GOLDSMITH CRESCENT, NEW MARKET, ON L3X 1R5TORONTO | *VIA Deutsche Post* |
| 10924 | FIREPROOFING PLUS, 501 GREIG CIRCLE, NEW MARKET, ON L3Y 8S7TORONTO | *VIA Deutsche Post* |
| 10924 | FIREPROOFING SPEC, GARY'S WILD WILD WEST, LAS VEGAS, NV 89101 | |
| 10924 | FIREPROOFING SPECIALIST, 2235 W. FIRST STREET #101, TEMPE, AZ 85281 | |
| 10924 | FIREPROOFING SPECIALIST, 2235 W. FIRST STREET, #101, TEMPE, AZ 85281 | |
| 10924 | FIREPROOFING SPECIALISTS, INC., 2235 W. FIRST STREET, #101, TEMPE, AZ 85281 | |
| 10924 | FIREPROOFING SPECIALISTS, INTEL ADP MARSHALL, CHANDLER, AZ 85224 | |
| 10924 | FIREPROOFING SPECIALITIES, LAS VEGAS, NV 89102 | |
| 10925 | FIREPROTECTION UK - DIRECT SALES, 628 AJAX AVE, SLOUGH, BK SL1 4BHUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | FIREPROTECTION UK-DIRECT SALE(4322), GRACE CONSTRUCTION PRODUCTS, 628 AJAX AVENUE, SLOUGH, SL1 4BHGBR | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    FIRESIDE, GWENEVERE, 2770 SANTA ANA, RENO, NV 89502

10925    FIRESTONE SYNTHETIC RUBBER & LATEX, POBOX 905568, CHARLOTTE, NC 28290-5568

10925    FIRESTONE, MARTY, PO BOX 96, VELMA, OK 73091

10925    FIRESTONE, PAUL, 12 GRANT CIRCLE, SHARON, MA 02067

10925    FIRESTONE, ROY, 2002 E. 9TH ST., CRAIG, CO 81625

10925    FIRESTONE, TILLMAN, RT 1 BOX 4, BYERS, TX 76357

10924    FIRESTOP CAROLINAS, 125 INDIGO LANE, MOORESVILLE, NC 28117

10924    FIRESTOP CAROLINAS, 125 INDIGO LANE, MOORESVILLE, NC 28177

10924    FIRESTOP CAROLINAS, 349-L W. TREMONT AVE, CHARLOTTE, NC 28203

10925    FIRESTOP CONTRACTORS INTERNATIONAL, ASSOCIATION, 1257 GOLF CIRCLE, WHEATON, IL 60187

10924    FIRESTOP MATERIALS, 736 LEDGE ROAD, SEEKONK, MA 02771

10924    FIRESTOP SYSTEMS INCORPORATED, 4120 ENTERPRISE AVENUE, UNIT #110, NAPLES, FL 34104

10924    FIRESTOP SYSTEMS INCORPORATED, UNIT#110, 4120 ENTERPRISE AVENUE, NAPLES, FL 34104

10924    FIRESTOP SYSTEMS, 3713 CONQUEST DRIVE, GARNER, NC 27529

10924    FIRESTOP TECHNOLOGY, 1709 DEPOT ST, POWELL, TN 37849

10924    FIRESTOPS INC., P O BOX 885, MAGNOLIA, TX 77353

10924    FIRETEK, 588 WALNUT GROVE AVE, NIXA, MO 65714

10925    FIRE-X ASSOCIATES INC, PO BOX 1002, TOLEDO, OH 43697

10925    FIRE-X, PO BOX 1002, TOLEDO, OH 43697

10925    FIRING CIRCUITS INC, POBOX 34121, NEWARK, NJ 07189-0121

10925    FIRM, INC, THE, 5555 DTC PKWY,STE. C-3210, ENGLEWOOD, CO 80111-3020

10924    FIRMENICH, INC., 100 N. VALLEY STREET, NEW ULM, MN 56073

10924    FIRMENICH, INC., 250 PLAINSBORO ROAD, PLAINSBORO, NJ 08536

10924    FIRMENICH, INC., PO BOX 5880, PRINCETON, NJ 08543

10925    FIRMIN, HUBERT, 1216 N. CUMBERLAND ST., METAIRIE, LA 70003

10925    FIRRONE, THOMAS A, 6620 S 33RD ST, MCALLEN, TX 78503

10925    FIRSING, THEODORE, 15 OLD STAGE ROAD, FRANKLIN PARK, NJ 08823

10925    FIRST ACCESS FLOOR CLEANING SYSTEMS, PO BOX 4240, CAROL STREAM, IL 60197-4240

10925    FIRST ACCESS MATERIAL HANDLING, PO BOX 4240, CAROL STREAM, IL 60197-4240

10925    FIRST ACCESS, 6400 W. 73RD ST., BEDFORD PARK, IL 60638

10925    FIRST ACCESS, 6400 W.73RD ST, BEDFORD PARK, IL 60638

10925    FIRST ACCESS, PO BOX 4240, CAROL STREAM, IL 60197-4240

10924    FIRST AMERICAN SERVICE CENTER, 490 METROPLEX DRIVE, NASHVILLE, TN 37211

10924    FIRST AND MONAGUE, C/O SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10925    FIRST BANK NATIONAL ASSN, PO BOX 86, MINNEAPOLIS, MN 55486

10925    FIRST BANK NATL ASSN., PO BOX 86, MINNEAPOLIS, MN 55486-0135

10924    FIRST BANK OF ARKANSAS, C/O REIMER OAKS, JONESBORO, AR 72401

10924    FIRST BAPTIST CHURCH - FRANKLIN, ATTN: BOBBY GAMBLE, 828 MURPHREESBORO, FRANKLIN, TN 37064

10924    FIRST BAPTIST CHURCH - FRANKLIN, P.O. BOX, NASHVILLE, TN 37212

10924    FIRST BAPTIST CHURCH OF CLARKSVILLE, 497 COMMERCE STREET, CLARKSVILLE, TN 37040

10924    FIRST BAPTIST CHURCH OF CLARKSVILLE, P.O. BOX 120129, NASHVILLE, TN 37212

10924    FIRST BAPTIST CHURCH OF CONCORD, 11704 KINGSTON PIKE, CONCORD, TN 37922

10925    FIRST BAPTIST CHURCH OF OAK ISLAND, 4608 E OAK ISLAND DR, LONG BEACH, NC 28465

10924    FIRST BAPTIST CHURCH OF RAYTOWN, 10500 EAST 350 HIGHWAY, RAYTOWN, MO 64133

10924    FIRST BAPTIST CHURCH OF SOMERSET @ @, SOMERSET, NJ 08873

10924    FIRST BAPTIST CHURCH, 106 WEST TAYLER STREET, GRIFFIN, GA 30223

10924    FIRST BAPTIST CHURCH, 133 NORTH CHURCH STREET, ASHEBORO, NC 27203

10924    FIRST BAPTIST CHURCH, 202 MCDANIEL STREET, MONROE, GA 30655

10924    FIRST BAPTIST CHURCH, 2508 UNION ROAD, GASTONIA, NC 28054

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FIRST BAPTIST CHURCH, 99 NORTH SALSBURY STREET, RALEIGH, NC 27607 | |
| 10924 | FIRST BAPTIST CHURCH, C/O HOLDER CONSTRUCTION, ATLANTA, GA 30338 | |
| 10924 | FIRST BAPTIST CHURCH, CONCORD, 11704 KINGSTON PIKE, KNOXVILLE, TN 37922 | |
| 10924 | FIRST BAPTIST CHURCH/EDUCATION BLDG, 3018 BELT LINE ROAD, SUNNYVALE, TX 75182 | |
| 10924 | FIRST BAPTIST CHURCH-MARIETTA, 148 CHURCH STREET, MARIETTA, GA 30060 | |
| 10924 | FIRST BAPTIST, 106 E. HUBBARD, LINDALE, TX 75771 | |
| 10924 | FIRST BAPTIST, 204 EAST MAIN STREET, ALLEN, TX 75002 | |
| 10924 | FIRST BAPTIST, ATTENTION:  ENVIRO TECH, 99 NORTH SALLSBURY STREET, RALEIGH, NC 27607 | |
| 10924 | FIRST BIRGADE BARRICKS, CUSTER HILL CHAPEL ADJACENT TO, BUILDING 7086 NORMANDY DRIVE, FORT RILEY, KS 66442 | |
| 10925 | FIRST CALL CORP, 22 THOMPSON PLACE, BOSTON, MA 02210 | |
| 10925 | FIRST CALL CORPORATION, PO BOX 98490, CHICAGO, IL 60693-8490 | |
| 10924 | FIRST CARD, 303 E. REPUBLIC RD., SPRINGFIELD, MO 65808 | |
| 10924 | FIRST CARD, S.W. CORNER OF RANDALL RD & I-90, ELGIN, IL 60120 | |
| 10924 | FIRST CARD/FIRST USA, 303 EAST REPUBLIC ROAD, SPRINGFIELD, MO 65801 | |
| 10925 | FIRST CHEMICAL CORPORATION, PO BOX 7005, PASCAGOULA, MS 39568-7005 | |
| 10925 | FIRST CHEMICAL TEXAS LP, BOX 1607, BAYTOWN, TX 77522-1607 | |
| 10925 | FIRST CHICAGO CASH MANAGEMENT SVCS, PO BOX 70176, CHICAGO, IL 60673-0176 | |
| 10925 | FIRST CHICAGO CASH MGMT SERVICES, POBOX 70176, CHICAGO, IL 60673-0176 | |
| 10925 | FIRST CHOICE, 3130 ALFRED ST, SANTA CLARA, CA 95054-3304 | |
| 10925 | FIRST CHOICE, 681 N MAIN ST, LUMBERTON, NJ 08048 | |
| 10924 | FIRST CITIZEN BANK, 4400 SIXTH FORKS ROAD, RALEIGH, NC 27605 | |
| 10925 | FIRST CLASS PRODUCTIONS, 13011 E INDEPENDENCE BLVD, MATTHEWS, NC 28105 | |
| 10925 | FIRST CLASS TRANSPORTATION &, 19 BRAMBLE DRIVE, NASHUA, NH 03062 | |
| 10925 | FIRST COAST PRODUCTS, WESTSIDE COMMERCIAL PARK, JACKSONVILLE, FL 32236 | |
| 10925 | FIRST COAST TRUCK RENTAL, MOODY TRUCK CENTERS, 833 PICKETVILLE ROAD, JACKSONVILLE, FL 32220 | |
| 10925 | FIRST COMMUNITY BANK & TRUST, PO BOX 321, BEECHER, IL 60401 | |
| 10925 | FIRST COMMUNITY UNITED METHODIST, 4310 RICHARDSON ROAD, INDEPENDENCE, KY 41051 | |
| 10925 | FIRST CONGREGATIONAL CHURCH, 471 TRAPELO ROAD, BELMONT, MA 02178 | |
| 10924 | FIRST DISTRICT POLICE STATION, 1730 SOUTH DEARBORN, CHICAGO, IL 60616 | |
| 10925 | FIRST ELECTRIC MOTOR SERVICE, INC, 73 OLYMPIA AVE., WOBURN, MA 01801 | |
| 10925 | FIRST FACTORS CORPORATION, PO BOX 60500, CHARLOTTE, NC 28260 | |
| 10924 | FIRST FEDERAL, 12717 MARLIN, REDFORD, MI 48239 | |
| 10925 | FIRST FILM EXTRUDING LLC, 1320 STATE ROUTE 9, CHAMPLAIN, NY 12919-5007 | |
| 10925 | FIRST FLEET, PO BOX 30255, NASHVILLE, TN 37241-0255 | |
| 10924 | FIRST FLORIDA TOWER, C/O ADAMS CONSTRUCTION, TAMPA, FL 33602 | |
| 10924 | FIRST FREEWILL BAPTIST CHURCH, 4120 WESTOVER ROAD, ALBANY, GA 31707 | |
| 10925 | FIRST HARRIS ASSOCIATES INC., 521 FIFTH AVE, NEW YORK, NY 10175 | |
| 10925 | FIRST HARRIS ASSOCIATES LTD., MR. ALAN GORDON, 521 5TH AVE., 23RD FL, NEW YORK, NY 10019 | |
| 10925 | FIRST HARRIS ASSOCIATES, LTD, 521 FIFTH AVE., NEW YORK, NY 10175 | |
| 10925 | FIRST IEE SYMPOSIUM, 7164 GATEWAY DR, COLUMBIA, MD 21046 | |
| 10925 | FIRST IMAGE MANAGEMENT, PO BOX 100589, ATLANTA, GA 30384-0589 | |
| 10925 | FIRST IMPRESSION PRINTING INC, 178 TOSCA DRIVE, STOUGHTON, MA 02072-1511 | |
| 10925 | FIRST IMPRESSIONS COLLISION CENTER, 319 INDUSTRIAL DR, FORNEY, TX 75126 | |
| 10925 | FIRST IMPRESSIONS, 4109-A STUART ANDREW BLVD, CHARLOTTE, NC 28217 | |
| 10925 | FIRST LAW OFFICES OF KOREA, 17TH FL KEC BLDG, 275-7 YANGJAE-DONG, SEOCHO-KU, SEOUL, SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | FIRST LAW OFFICES OF KOREA, 275 YANGJAE-DONG, SEOCHO-KU SEOUL, 275KOREA | *VIA Deutsche Post* |
| 10924 | FIRST LIGHT OF BATON ROUGE, 11800 INDUSTRIAPLEX BLVE STE 3, BATON ROUGE, LA 70809 | |
| 10924 | FIRST LIGHT OF NEW ORLEANS, 1020 DISTRIBUTORS ROW, HARAHAN, LA 70183 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FIRST LIGHT PRODUCTIONS, 7940 S. MADISON, BURR RIDGE, IL 60521 | |
| 10925 | FIRST MARKET RESEARCH, 656 BEACON ST 6TH FL, BOSTON, MA 02215 | |
| 10925 | FIRST MEDICAL CARE, 10555 SE CARR RD., RENTON, WA 98055 | |
| 10925 | FIRST NATIONAL BANK IN GRAHAM &, JOE E ROBERTSON TR UW, DOROTHY GRUBY TRUST, PO BOX 540, GRAHAM, TX 76450-0540 | |
| 10925 | FIRST NATIONAL BANK OF CHICAGO, SUITE 0199, PROCUREMENT CARD SETTLEMENT, CHICAGO, IL 60670 | |
| 10925 | FIRST NATIONAL CO, THE, PO BOX 231, WILLISTON, SC 29853-0231 | |
| 10925 | FIRST NATIONAL MARKETING GROUP, THE, 10 SECOND AVE, BURLINGTON, MA 01803 | |
| 10924 | FIRST NATIONAL TOWER, 16TH AND DODGE STREET, OMAHA, NE 68102 | |
| 10924 | FIRST NATIONAL, 1ST STREET, PULASKI, TN 38478 | |
| 10924 | FIRST NEEDAM PLACE, FIRST STREET, NEEDHAM, MA 02192 | |
| 10925 | FIRST NORTHERN STAR LLC, THE LANGFAN CO. GENERAL COUNSEL, 6 E. 45TH ST., NEW YORK, NY 10017 | |
| 10925 | FIRST OFFICE SUPPLY, 245 W. ROOSEVELT ROAD, WEST CHICAGO, IL 60185-3765 | |
| 10924 | FIRST PRESBYTERIAN CHURCH, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231 | |
| 10924 | FIRST PRESBYTERIAN CHURCH, 171 EAST JACKSON, ORLANDO, FL 32801 | |
| 10925 | FIRST PRESBYTERIAN CHURCH, 2021 NORTH AURELIUS RD, HOLT, MI 48842-1331 | |
| 10924 | FIRST PRESBYTERIAN CHURCH, 352 FIRST STREET, MACON, GA 31201 | |
| 10924 | FIRST PRESBYTERIAN CHURCH, C/O WARCO CONSTRUCTION, 701 NORTH MAIN STREET, NEWTON, NC 28658 | |
| 10924 | FIRST SAVINGS BANK, CORNER OF COLLEGE & ACADEMY STREET, GREENVILLE, SC 29606 | |
| 10925 | FIRST SERVICE SUPPLY CO., 2331 W. HAMPDEN AVE., UNIT 140, SHERIDAN, CO 80110 | |
| 10925 | FIRST SIERRA FINANCIAL INC, PO BOX 200000, HOUSTON, TX 77216-0956 | |
| 10925 | FIRST SIGN CORPORATION, 2085 N. POWERLINE ROAD, POMPANO BEACH, FL 33069 | |
| 10925 | FIRST SOURCE INC, 400 MORRIS AVE SUITE 202, DENVILLE, NJ 07834 | |
| 10924 | FIRST SOURCE, INC, 73 GREEN POND ROAD, ROCKAWAY, NJ 07866 | |
| 10924 | FIRST SOURCE, INC., 73 GREEN POND ROAD, ROCKAWAY, NJ 07866 | |
| 10925 | FIRST STAMFORD PLACE CO., 300 FIRST STAMFORD PLACE, STAMFORD, CT 06902 | |
| 10925 | FIRST STAMFORD PLACE COMPANY, 1114 AVENUE OF THE AMERICAS FL 31, NEW YORK, NY 10036-7703 | |
| 10924 | FIRST STAR DEVELOPMENT C/O MULCAHY, 421 BROADWAY AVE, COUNCIL BLUFFS, IA 51503 | |
| 10924 | FIRST STREET STATION, C/O DAVENPORT, REHOBOTH BEACH, DE 19971 | |
| 10924 | FIRST TECH CORP., 2 INDUSTRIAL DRIVE STE. C, CLIFFWOOD BEACH, NJ 07735 | |
| 10924 | FIRST TENNESSEE BANK, 165 MADISON AVE., MEMPHIS, TN 38100 | |
| 10925 | FIRST TENNESSEE BANK, INTERNATIONAL DEPT, MEMPHIS, TN 38103 | |
| 10924 | FIRST UNION CENTER, 1309 NOWELL RD., RALEIGH, NC 27607 | |
| 10925 | FIRST UNION COMM CORP, PO BOX 60191, CHARLOTTE, NC 28260 | |
| 10925 | FIRST UNION COMMERCIAL CORP., 1339 CHESTNUT STR. PA1317, PHILADELPHIA, PA 19107 | |
| 10925 | FIRST UNION EIN 65-0679166 FORM 941, ONE TOWN CENTER, BOCA RATON, FL 33486 | |
| 10924 | FIRST UNION MORTGAGE CENTER, C.O METRIC CONSTRUCTION INC., RALEIGH, NC 27607 | |
| 10925 | FIRST UNION NATIONAL BANK OF FLORID, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486 | |
| 10925 | FIRST UNION NATIONAL BANK, CORPORATE TRUST DEPT, FINANCE GROUP - NC 1196, 1525 WEST W.T. HARRIS BLVD. - 3C3, CHARLOTTE, NC 28288 | |
| 10925 | FIRST UNION NATIONAL BANK, ESCROW, CORPORATE TRUST DIV, 800 E MAIN ST - VA3279, RICHMOND, VA 23219 | |
| 10925 | FIRST UNION NATIONAL BANK/ESSD, 123 SOUTH BROAD ST-PA 1328, PHILADELPHIA, PA 19109 | |
| 10925 | FIRST UNION NATL BANK OF FL, PO BOX 650333, DALLAS, TX 75265-0333 | |
| 10925 | FIRST UNION NATL BANK OF FLORIDA, 5355 TOWN CENTER RD #204, BOCA RATON, FL 33486 | |
| 10925 | FIRST UNION NATL BANK OF FLORIDA, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | FIRST UNION NATL BANK OF FLORIDA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486 | |
| 10925 | FIRST UNION RAIL, PO BOX 60546, CHARLOTTE, NC 28260-0546 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 FIRST UNION SECURITIES, TR IRA 01 22 01, FBO JAMES P BARR, 64 VAN LIEUS ROAD, EAST AMWELL, NJ 08551-1312

10925 FIRST UNION VISA, PO BOX 2357, BRUNSWICK, GA 31521

10925 FIRST UNITED FUNDING, PO BOX 2065, ANDERSON, SC 29622

10925 FIRST UNITED LEASING CORP, PO BOX 828, DEERFIELD, IL 60015-0828

10925 FIRST UNITED LEASING CORP, POBOX 828, DEERFIELD, IL 60015

10925 FIRST,SCD, MELVIN W, 295 UPLAND AVE, NEWTON HIGHLANDS, MA 02161

10925 FIRSTAFF, 3800 WEST 80TH ST. SUITE 1155, BLOOMINGTON, MN 55431-4426

10925 FIRSTCARE, 1777 CHAPEL HILL-DURHAM BLVD, CHAPEL HILL, NC 27514

10925 FIRSTCOPY CORPORATION, 6215 REGENCY PKWY, NORCROSS, GA 30071

10925 FIRSTLINE CORPORATION, PO BOX 5225, VALDOSTA, GA 31603

10924 FIRTH CONSTRUCTION CO, 8350 ONE CALAIS, BATON ROUGE, LA 70809

10924 FIRTH CONSTRUCTION CO., INC., 8350 ONE CALAIS, BATON ROUGE, LA 70809

10924 FIRTH CONSTRUCTION CO., INC., CAMBRIDGE, MA 02140

10925 FIRTH S SPIEGEL MD PA EMP, PENSION TR UA SEP 01 74, 9000 CORAL REEF DR, MIAMI, FL 33157-1928

10925 FIRTH, JANET, 5702 BREWER HOUSE, ROCKVILLE, MD 20852

10925 FIRUCCIA, ROXIE, 7127 LAMAR, OVERLAND PARK, KS 66204

10925 FIRUTA, PAUL, 41 WREN RD, GILBERTSVILLE, PA 19525

10924 FIS INTERNATIONAL, C/O MULCAHY DRYWALL, CHASKA, MN 55318

10925 FISCAL SERVICES DIVISION, DEPT. OF ENVIRONMENTAL QUALITY, PO BOX 82231, BATON ROUGE, LA 70884-2231

10925 FISCAL, HERNANDO, 270 PINDLE AVE APT C-2, ENGLEWOOD, NJ 07631

10925 FISCAL, JOHN, 24E COLUMBIA AVE, PALISADES PARK, NJ 07650

10925 FISCH, STEVEN, 1011 LOUISA, IOWA PARK, TX 76367

10924 FISCHBACH & MOORE ELECTRIC LLC, USS FAIRLESS WORKS, FAIRLESS HILLS, PA 19122

10925 FISCHBACH AND MOORE INC., 95 MADISON AVE., NEW YORK, NY 10016

10925 FISCHBEIN, KAREN, 8625 HOULTON HARBOUR, PASADENA, MD 21122

10925 FISCHELS, DOUGLAS, ROUTE 3, INDEPENDENCE, IA 50644

10925 FISCHER & PORTER CO, PO BOX 7777-W1170, PHILADELPHIA, PA 19175

10925 FISCHER & PORTER, 125 COUNTY LINE RD., WARMINSTER, PA 18974

10924 FISCHER BROS. FRESH CONCRETE, 27620 W.CONCRETE DRIVE, INGLESIDE, IL 60041

10924 FISCHER CONCRETE CO, 2300 CLINTON, SEDALIA, MO 65301

10924 FISCHER CONCRETE CO, 2300 CLINTON, SEDALIA, MO 65302

10924 FISCHER CONCRETE CO, 500 W. COLT, WINDSOR, MO 65360

10924 FISCHER CONCRETE CO, D/B/A CLINTON R/M CONC, CLINTON, MO 64735

10924 FISCHER CONCRETE CO, HWY 65 N., WARSAW, MO 65355

10924 FISCHER CONCRETE CO., 2300 CLINTON, SEDALIA, MO 65301

10924 FISCHER FLACK INC., P.O. BOX 1687, MIDLAND, MI 48640

10925 FISCHER JT TEN, JOHN J & NANCY, 312 FERONIA WAY, RUTHERFORD, NJ 07070-2813

10924 FISCHER LIME & CEMENT CO, 3347 PEARSON ROAD, MEMPHIS, TN 38118

10924 FISCHER LIME & CEMENT CO, 772 HERBERT RD, CORDOVA, TN 38018

10924 FISCHER LIME & CEMENT CO, 823 EXOCET, SUITE 111, CORDOVA, TN 38018

10924 FISCHER LIME & CEMENT, 327 FIBERGLASS RD, JACKSON, TN 38301

10924 FISCHER LIME & CEMENT, 3347 PEARSON AVE., MEMPHIS, TN 38181-0383

10924 FISCHER LIME & CEMENT, 3347 PEARSON, MEMPHIS, TN 38118

10925 FISCHER PROCESS INDUSTRIES, 155 COMMERCE BLVD, LOVELAND, OH 45140

10925 FISCHER PROCESS INDUSTRIES, PO BOX 632527, CINCINNATI, OH 45263-2527

10925 FISCHER PROCESS INDUSTRIES, PO BOX 711137, CINCINNATI, OH 45271-1137

10925 FISCHER PUMP & VALVE CO., PO BOX 99, LOVELAND, OH 45140

10925 FISCHER TECHNOLOGY INC, PO BOX 40000 DEOT 476, HARTFORD, CT 06151-0476

10925 FISCHER TECHNOLOGY, INC, 750 MARSHALLS PHELPS RD., WINDSOR, CT 06095

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FISCHER TECHNOLOGY, INC, DEPT. 476, PO BOX 40000, HARTFORD, CT 06151-0476 | |
| 10925 | FISCHER WEIGHING SYSTEMS, INC, PO BOX 26956, TAMARAC, FL 33320-6956 | |
| 10925 | FISCHER, ANITA, 1315 HUBBARD ST, GREAT BEND, KS 67530 | |
| 10925 | FISCHER, CHAD, 2208 FALCONER CR, ARLINGTON, TX 76002 | |
| 10925 | FISCHER, CHRIS, RT 17 BOX 62, SANTA FER, NM 87505 | |
| 10925 | FISCHER, DAVID, 215 MILES CUTTING LANE, PITTSFORD, NY 14534 | |
| 10925 | FISCHER, DONALD, 281 DOGWOOD TR., COMMERCE, GA 30529-8891 | |
| 10925 | FISCHER, DONALD, RURAL ROUTE 1, BOX 19, WINSTON, MO 64689 | |
| 10925 | FISCHER, E, 4893 N 64 ST, MILWAUKEE, WI 53218 | |
| 10925 | FISCHER, EDWARD, 1259 SLEEPY HOLLOW ROAD, SEVERN, MD 21144 | |
| 10925 | FISCHER, EMIL, 14431 LAKE DRIVE, FOREST LAKE, MN 55025-9445 | |
| 10925 | FISCHER, GEORGE T, CUST FOR KEITH S FISCHER, UNIF GIFT MIN ACT NJ, 485 RIDGEFIELD RD, WILTON, CT 06897-1925 | |
| 10925 | FISCHER, HAROLD E, PO BOX 234, JASPER, AR 72641-0234 | |
| 10925 | FISCHER, HENRY, 7 GREENWOOD AVE., FERNDALE, MD 21061 | |
| 10925 | FISCHER, IRENE, RD 2 BX 433, CALIFON, NJ 07830 | |
| 10925 | FISCHER, JUDY, 4500 MIRA LOMA DRIVE, #177, RENO, NV 89502 | |
| 10925 | FISCHER, K, 13 FAWN LANE, BILLERICA, MA 01821 | |
| 10925 | FISCHER, KENNETH, 13 FAWN LANE, BILLERICA, MA 01821 | |
| 10925 | FISCHER, LAURENCE, 7307 BERKSHIRE ROAD 440, BALTIMORE, MD 21224 | |
| 10925 | FISCHER, LONNIE, 1312 WESTRIDGE, IOWA PARK, TX 76367 | |
| 10925 | FISCHER, ROBERT, 300 OLD SOUTH ROAD, DUNCAN, SC 29334 | |
| 10924 | FISCHERS CONCRETE, RT. 5 W. HWY 20, MARSHALL, MO 65340 | |
| 10925 | FISCHETTI, PAULA, 36 THRONE HILL RD, GROTON, MA 01450 | |
| 10925 | FISCUS, LLOYD, 305 CLOVERLEAF BLVD, DELTONA, FL 32725-6911 | |
| 10925 | FISCUS, PAMELA, 713 POOLE DRIVE, FAYETTEVILLE, NC 28303 | |
| 10925 | FISCUS-FLETCHER, ETHEL, 975 PINYON, MEEKER, CO 81641-9998 | |
| 10925 | FISER THOMAS, SUSAN, 2005 HIGH GLEN COURT SO, LAKELAND, FL 33813 | |
| 10925 | FISER, R, 1321 FAIRFAX, SOUTH, LAKELAND, FL 33813 | |
| 10925 | FISETTE, PAUL R, PO BOX 419, HUBBARDSTON, MA 01452 | |
| 10925 | FISETTE, ROGER, 634 HURRICANE HILL RD, MASON, NH 03048 | |
| 10925 | FISH & RICHARDSON P C, 225 FRANKLIN ST, BOSTON, MA 02110-2804 | |
| 10925 | FISH CALLAHAN CHEMICAL COMPANY, 18 INDUSTRIAL ROAD, WALPOLE, MA 02081 | |
| 10925 | FISH ENTERPRISES, 79020 VIA CARMEL DR, LA QUINTA, CA 92253 | |
| 10925 | FISH, DAWN, 332 N LEXINGTON PKWY, DEFOREST, WI 53532 | |
| 10925 | FISH, PATRICIA, 211 MADISON AVE, LOUDONVILLE, OH 44842 | |
| 10925 | FISHBEIN, LEON, 402 SOUTH MOUNTAIN ROAD, NEW CITY, NY 10956 | |
| 10925 | FISH-CALLAHAN CHEMICAL & EQUIP CO, PO BOX 5737, BOSTON, MA 02206 | |
| 10925 | FISHEL, BELINDA, 749 E WALNUT, MARTINSVILLE, IN 46151 | |
| 10925 | FISHEL, HARRY, 213 KAOLIN RD., AIKEN, SC 29801 | |
| 10925 | FISHEL, HARRY, 907 HIGHLAND PK DR, AIKEN, SC 29801 | |
| 10925 | FISHER & PORTER, 134 NORFINCH DRIVE, DOWNSVIEW, ON M3N 1X7CANADA | *VIA Deutsche Post* |
| 10924 | FISHER & THIEL PLASTER, 1695 ANGELA ST., SAN JOSE, CA 95101 | |
| 10925 | FISHER BODY DIVISION OF GM CORP., RAICHLE BANNING WEISS & STEPHENS, R. WILLIAM STEPHENS ESQ., 410 MAIN ST, BUFFALO, NY 14202 | |
| 10924 | FISHER COLLEGE OF BUSINESS, 380 WOODY HAYES DRIVE, COLUMBUS, OH 43210 | |
| 10924 | FISHER CONCRETE CO, DBS BOONVILLE R/M, SEDALIA, MO 65301 | |
| 10925 | FISHER CONTROLS CO., 3850 LAKEFIELD DR., SUWANEE, GA 30174 | |
| 10925 | FISHER CONTROLS CO., 916 SAMPSON ST., STE.C, WESTLAKE, LA 70669 | |
| 10925 | FISHER CONTROLS CO., PO BOX 10696, BALTIMORE, MD 21285-0696 | |
| 10925 | FISHER CONTROLS INTL, INC, DEPT. 905376, CHARLOTTE, NC 28290-5376 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FISHER CONTROLS INTL, INC, PO BOX 843272, DALLAS, TX 85284-3272

10925   FISHER CONTROLS INTL. INC., DEPT. 730383, DALLAS, TX 75373-0383

10925   FISHER CONTROLS INTL. INC., DEPT. 73735, CHICAGO, IL 60673-7735

10925   FISHER CONTROLS, 17630 PERKINS RD., BATON ROUGE, LA 70810

10925   FISHER CONTROLS, 205 W. WACKER DR, CHICAGO, IL 60606

10925   FISHER CONTROLS, 7251 EAST KEMPER RD., CINCINNATI, OH 45249

10925   FISHER CONTROLS, PO BOX 657, PARK RIDGE, IL 60068

10924   FISHER ELEMENTRY SCHOOL, 2500 OLD ORCHARD, FRISCO, TX 75034

10924   FISHER FLACK INC., 3201 BAY CITY RD., MIDLAND, MI 48640

10925   FISHER GUIDE DIVISION GENERAL MOTOR, 100 TOWNLINE ROAD, PO BOX 4869, SYRACUSE, NY 13221

10925   FISHER GUIDE DIVISION OF GM CORP., RAICHLE BANNING WEISS & STEPHENS, R. WILLIAM STEPHENS ESQ., 410 MAIN ST, BUFFALO, NY 14202

10925   FISHER HAMILTON SCIENTIFIC INC, 1832 JOHN DR, GLENVIEW, IL 60025

10925   FISHER JR, CHARLES, 11 BERKELEY ST, N BILLERICA, MA 01862

10925   FISHER JR, THOMAS W, TR UA DEC 21 93, T FISHER LIVING TRUST, 2174 AYERS AVE, AKRON, OH 44313-7247

10925   FISHER KLOSTERMAN C/O, 3334 MAIN ST, SKOKIE, IL 60076

10925   FISHER ROSEMOUNT PETROLEUM, 19267 HWY 301 NORTH, STATESBORO, GA 30459

10925   FISHER ROSEMOUNT SERVICE CENTER, 5350 TRANSPORTATION BLVD. SUITE 18, GARFIELD HEIGHTS, OH 44125

10925   FISHER RUSHMER WERRENRATH KEINER, 20 N. ORANGE AVE, #1500, ORLANDO, FL 32801

10925   FISHER SAFETY AMERICA, 711 FORBES AVE., PITTSBURGH, PA 15219

10925   FISHER SAFETY, 1801 GATEWAY BLVD., RICHARDSON, TX 75080-3750

10924   FISHER SAND & GRAVEL CO, P.O. BOX 1703, MIDLAND, MI 48641-1703

10924   FISHER SAND & GRAVEL CO., 921 S JEFFERSON, MIDLAND, MI 48640

10924   FISHER SAND & GRAVEL CO., P.O. BOX 1703, MIDLAND, MI 48641-1703

10924   FISHER SCIENTIFC -DO NOT USE, PO BOX 1768, PITTSBURGH, PA 15230

10924   FISHER SCIENTIFIC - DO NOT USE, PO BOX 1768, CURTIS BAY, MD 21226

10925   FISHER SCIENTIFIC CO LLC, 4500 TURNBERRY DR., HANOVER PARK, IL 60103

10924   FISHER SCIENTIFIC CO, 2761 WALNUT AVE, TUSTIN, CA 92680

10924   FISHER SCIENTIFIC CO, PO BOX 1768YNE AVE, PITTSBURGH, PA 15230

10924   FISHER SCIENTIFIC CO., 10700 ROCKLEY ROAD, HOUSTON, TX 77099

10924   FISHER SCIENTIFIC CO., 1241 AMBASSADOR BLVD., SAINT LOUIS, MO 63132

10925   FISHER SCIENTIFIC CO., 2000 PARK LANE, PITTSBURGH, PA 15275

10924   FISHER SCIENTIFIC CO., 22745 SAVI RANCH PARKWAY, YORBA LINDA, CA 92687

10924   FISHER SCIENTIFIC CO., 700 LAURELWOOD ROAD, SANTA CLARA, CA 95054

10924   FISHER SCIENTIFIC CO., CENTRAL DISTRIBUTION CENTER, 7383 EMPIRE DRIVE, FLORENCE, KY 41042

10924   FISHER SCIENTIFIC CO., PO BOX 1768, PITTSBURGH, PA 15230

10924   FISHER SCIENTIFIC COMPANY, 1 REAGENT LANE, FAIR LAWN, NJ 07410

10924   FISHER SCIENTIFIC COMPANY, 585 ALPHA DRIVE, PITTSBURGH, PA 15238

10924   FISHER SCIENTIFIC COMPANY, CENTRAL DISTRIBUTION CTR., 7383 EMPIRE DRIVE /, FLORENCE, KY 41042

10924   FISHER SCIENTIFIC COMPANY, ONE REAGENT LANE, FAIR LAWN, NJ 07410

10925   FISHER SCIENTIFIC COMPANY, PO BOX 405, PITTSBURGH, PA 15230

10925   FISHER SCIENTIFIC DEL, PO BOX 360153, PITTSBURGH, PA 15250-6153

10925   FISHER SCIENTIFIC DEL, POBOX 360153, PITTSBURGH, PA 15250-6153

10924   FISHER SCIENTIFIC -DO NOT USE, PO BOX 1768, PITTSBURGH, PA 15230

10925   FISHER SCIENTIFIC INC., 2000 PARK LANE DR., PITTSBURGH, PA 15275-1126

10925   FISHER SCIENTIFIC INC., ATTN: JEAN SABO, 2000 PARK LANE DR, PITTSBURGH, PA 15275-1126

10924   FISHER SCIENTIFIC INC., PO BOX 4829, NORCROSS, GA 30091

10924   FISHER SCIENTIFIC, 1 REAGENT LANE, FAIR LAWN, NJ 07410

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FISHER SCIENTIFIC, 1600 W. GLENLAKE AVE, ITASCA, IL 60143 | |
| 10925 | FISHER SCIENTIFIC, 1850 GREENLEAF AVE., ELK GROVE VILLAGE, IL 60007 | |
| 10925 | FISHER SCIENTIFIC, 2000 PARK LANE DR, PITTSBURGH, PA 15275-1126 | |
| 10925 | FISHER SCIENTIFIC, 2000 PARK LANE DR., PITTSBURGH, PA 15275-1126 | |
| 10924 | FISHER SCIENTIFIC, 2000 PARK LANE, PITTSBURGH, PA 15275 | |
| 10924 | FISHER SCIENTIFIC, 2775 HORIZON RIDGE COURT, SUWANEE, GA 30024 | |
| 10924 | FISHER SCIENTIFIC, 355 CORPORATE BLVD., NEWARK, DE 19702 | |
| 10925 | FISHER SCIENTIFIC, 4500 TURNBERRY DR, HANOVER PARK, IL 60103-5491 | |
| 10924 | FISHER SCIENTIFIC, 4500 TURNBERRY DR, HANOVER, IL 60103 | |
| 10924 | FISHER SCIENTIFIC, 5821J MIDWAY PARK BLVD NE, ALBUQUERQUE, NM 87109 | |
| 10925 | FISHER SCIENTIFIC, 585 ALPHA DR, PITTSBURGH, PA 15238 | |
| 10924 | FISHER SCIENTIFIC, C/O SOUTHEAST RESTORATION, SUWANEE, GA 30174 | |
| 10925 | FISHER SCIENTIFIC, DEPT 027693-01, PITTSBURGH, PA 15230 | |
| 10925 | FISHER SCIENTIFIC, DEPT 239687-01, PITTSBURGH, PA 15230 | |
| 10925 | FISHER SCIENTIFIC, DEPT 320451-01, PITTSBURGH, PA 15230 | |
| 10925 | FISHER SCIENTIFIC, DEPT CH 10119, PALATINE, IL 60055-0119 | |
| 10925 | FISHER SCIENTIFIC, DEPT LA 21160, PASADENA, CA 91185-1160 | |
| 10925 | FISHER SCIENTIFIC, DEPT. CH 10119, PALATINE, IL 60055-0119 | |
| 10925 | FISHER SCIENTIFIC, DEPT. CH. 10119, PALATINE, IL 60055 | |
| 10925 | FISHER SCIENTIFIC, DEPT. LA 21160, PASADENA, CA 91185-1160 | |
| 10924 | FISHER SCIENTIFIC, DOW CORNING 3RD PTY PUR, 3700 JAMES SAVAGE ROAD, MIDLAND, MI 48686 | |
| 10925 | FISHER SCIENTIFIC, INC, 585 ALPHA DR., PITTSBURGH, PA 15230 | |
| 10925 | FISHER SCIENTIFIC, INC, 999 VETERANS MEMORIAL, HOUSTON, TX 77038 | |
| 10925 | FISHER SCIENTIFIC, INC, ATTN: JEAN SABO, 2000 PARK LANE DR, PITTSBURGH, PA 15275-1126 | |
| 10925 | FISHER SCIENTIFIC, INC, PO BOX 360153, PITTSBURGH, PA 15250-6153 | |
| 10924 | FISHER SCIENTIFIC, P.O. BOX 535700, PITTSBURGH, PA 15253-0001 | |
| 10924 | FISHER SCIENTIFIC, PO BOX 1767, PITTSBURGH, PA 15230 | |
| 10924 | FISHER SCIENTIFIC, PO BOX 1768, CURTIS BAY, MD 21226 | |
| 10924 | FISHER SCIENTIFIC, PO BOX 1768, PITTSBURGH, PA 15230 | |
| 10925 | FISHER SCIENTIFIC, PO BOX 360153, PITTSBURGH, PA 15230 | |
| 10925 | FISHER SCIENTIFIC, PO BOX 360153, PITTSBURGH, PA 15250 | |
| 10925 | FISHER SCIENTIFIC, PO BOX 360153, PITTSBURGH, PA 15250-6153 | |
| 10925 | FISHER SCIENTIFIC, PO BOX 360153, PITTSBURGH, PA 15275 | |
| 10925 | FISHER SCIENTIFIC, PO BOX 405, PITTSBURGH, PA 15230 | |
| 10925 | FISHER SCIENTIFIC-FISHER SAFETY, 2000 PARK LANE DR, PITTSBURGH, PA 15275-1126 | |
| 10925 | FISHER SCIENTIFIQUE LTEE., 3410 RUE GRIFFITH, ST-LAURENT, QC H4T 1A7CANADA | *VIA Deutsche Post* |
| 10925 | FISHER SCIENTIFIQUE, PO BOX 9200 TERMINAL, OTTAWA, ON K1G 4A9CANADA | *VIA Deutsche Post* |
| 10925 | FISHER TANK CO., 3131 W. FOURTH ST., CHESTER, PA 19013 | |
| 10925 | FISHER TANK CO., PO BOX 23471, NEWARK, NJ 07189 | |
| 10925 | FISHER TECHNOLOGY, 2870 SCHERER DR, ST PETERSBURG, FL 33716 | |
| 10925 | FISHER TRUST AGREEMENT, 2126 COTNER, LOS ANGELES, CA 90025 | |
| 10925 | FISHER TRUST, THE, C/O CORBETT STEELMAN, 18200 VON KARMAN AVE, SUITE 200, IRVINE, CA 92715 | |
| 10925 | FISHER, ANTHONY, 5521 WALLACE, KANSAS CITY, MO 64129 | |
| 10925 | FISHER, APRIL, 125 MEADOWBROOK CR., MARION, AR 72364 | |
| 10925 | FISHER, APRIL, 14C OAK TERR, SOMERVILLE, NJ 08876 | |
| 10925 | FISHER, BARBARA, 755 CRESCENT ST APT 609B, BROCKTON, MA 02302 | |
| 10925 | FISHER, BETTY, 8610 EASTVIEW AVE, EVERETT, WA 98208 | |
| 10925 | FISHER, BRADFORD, 20 COLLINGWOOD ROAD, PHOENIX, MD 21131-2437 | |
| 10925 | FISHER, C AARON, PO BOX 9414 CLEMSON UNIVERSITY, CLEMSON, SC 29632-9414 | |
| 10925 | FISHER, CARIE, 252 FRANKLIN ROAD, DENVILLE, NJ 07834 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　FISHER, CATHERINE A, 15 PRINCE PATH, SANDWICH MA, MA 02563

10925　FISHER, CATHY, 6115A ALEXANDER DRIVE, SPARTANBURG, SC 29301

10925　FISHER, CHARLES, RD 2 STOUGHTON ROAD, SLIPPERY ROCK, PA 16057

10925　FISHER, CHERYL, 2835 EAST CLAIRE DR., PHOENIX, AZ 85032

10925　FISHER, CHRIS, 14-C OAK TERRACE, SOMERVILLE, NJ 08876

10925　FISHER, COLETTE, 508 N MAPLE ST, MOMENCE, IL 60954

10925　FISHER, CONSTANCE, 766 W. 11TH ST, SAN PEDRO, CA 90731-0000

10925　FISHER, DANIEL, 1400 PIKES PEAK AVE., FT. COLLINS, CO 80524

10925　FISHER, DENNIS, 4629 WICKFORD CIRCLE, ROSWELL, GA 30075

10925　FISHER, FRANKIE, PO BOX 132, SEDLEY, VA 23878

10925　FISHER, FRANKLIN, 101 COPE CIRCLE, GREENVILLE, SC 29609

10925　FISHER, GALE, 4618 NORTHFORK DRIVE, PEARLAND, TX 77584

10925　FISHER, GALLAGHER, PERRIN & LEWIS, 2777 ALLEN PKWY #14, HOUSTON, TX 77019

10925　FISHER, GRACE I, 11610 CLARKSON RD, LOS ANGELES, CA 90064-2818

10925　FISHER, GREG, 4206 E SILVERWOOD, PHOENIX, AZ 85044

10925　FISHER, GUY E, 13 SWEETWATER COURT, CARTERSVILLE, GA 30120

10925　FISHER, JAMES W, 323 WESTBOURNE DR, LOS ANGELES, CA 90048-1909

10925　FISHER, JAMES, 3140 NW 27TH, OKLAHOMA CITY, OK 73107

10925　FISHER, JAMES, 517 74TH ST, 203A, NORTH BERGEN, NJ 07047

10925　FISHER, JAMES, PO BOX 828, CROWLEY, TX 76036

10925　FISHER, JOHN J, 4618 NORTH FORK DR, PEARLAND, TX 77584-8607

10925　FISHER, JOHNNY, 344 ST. JOSEPH ST., #211, NEW ORLEANS, LA 70130

10925　FISHER, JR, DANIEL, 405 WELLHAM AVE, GLEN BURNIE, MD 21061

10925　FISHER, K, 209 RANCH CIRCLE, PIEDMONT, SC 29673

10925　FISHER, KAREN, 6077 COLONY MILL LN, INDIANAPOLIS, IN 46254

10925　FISHER, KATHY, 212 JAN DRIVE, MANTENO, IL 60950

10925　FISHER, KATHY, 4438 CROSS COUNTRY DRIVE, ELLICOTT CITY, MD 21042

10925　FISHER, LAURA, 3001 BRYANT PLACE, DAVIS, CA 95616

10925　FISHER, LEIGHANN, 3461 KINGSBORO ROAD, ATLANTA, GA 30326

10925　FISHER, LEILANI, 6933 CLEGHORN ROAD NW, ALBUQUERQUE, NM 87120

10925　FISHER, LISA, 197 N WASHINGTON ST.UNIT 2, TARRYTOWN, NY 10591

10925　FISHER, LORA, 9472 S. HWY 150, LINWOOD, NC 27299

10925　FISHER, LORI, 75 ANDERSON ST, RARITAN, NJ 08869

10925　FISHER, MARLIN, 4409 SHERMAN, MARSHALL, TX 75670-2541

10925　FISHER, MARTHA, 1526 SHADYVIEW SE, GRAND RAPIDS, MI 49546-9729

10925　FISHER, MARVIN, RT 2 BOX 3, OAKWOOD, TX 75855

10925　FISHER, MICHAEL, 2024 SANTA FE, WOODWARD, OK 73801

10925　FISHER, MIKE, STRAWBERRRY SQUARE, HARRISBURG, PA 17120

10925　FISHER, NADINE, 1213 4TH ST. W., PALMETTO, FL 34221

10925　FISHER, NORA, 106 BIRCH SWAMP ROAD, WARREN, RI 02885

10925　FISHER, PHILIP, 3310 STARBOARD LANE, ANCHORAGE, AK 99516

10925　FISHER, RALPH, #2 ST STEPHENS CT, WICHITA FALLS, TX 76310

10925　FISHER, RANDY, 212 JAN DRIVE, MANTENO, IL 60950

10925　FISHER, RODNEY, 779-1 DEVONSHIRE RD, VALPARAISO, IN 46383

10925　FISHER, RONALD, 1526 GREGG AVE, READING, PA 19607

10925　FISHER, RONALD, 4 AUDUBON CIRCLE, MERRIMACK, NH 03054

10925　FISHER, SANDRA, 11310 YOUNG, BRIGHTON MI, MI 48116

10925　FISHER, TERRI, RT 2 BOX 59-G, RANDLETT, OK 73562

10925　FISHER, TERRY, 2921 RAVEN CR, CEDAR RAPIDS, IA 52405

10925　FISHER, TRACY, 125 CAMBRIAN WAY, JACKSON, TN 38305

10925　FISHER, WILLIAM, 11 SOUTH 12TH AVE, MANVILLE, NJ 08835

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FISHER/BAUMANN, PO BOX 10696, BALTIMORE, MD 21285 | |
| 10925 | FISHER-KLOSTERMAN, INC, PO BOX 11190, LOUISVILLE, KY 40211 | |
| 10925 | FISHER-ROSEMOUNT SERVICE & SUPPORT, 12001 TECHNOLOGY DR., EDEN PRAIRIE, MN 55344 | |
| 10925 | FISHER-ROSEMOUNT SERVICE & SUPPORT, PO BOX 73869, CHICAGO, IL 60673-7869 | |
| 10925 | FISHER-ROSEMOUNT, PO BOX 73869, CHICAGO, IL 60673-7869 | |
| 10924 | FISHER'S CHIPPEWA REDI-MI, PO BOX 916, OWOSSO, MI 48867 | |
| 10925 | FISHERS GUIDE DIVISION, 100 TOWNLINE RD, SYRACUSE, NY 13221 | |
| 10924 | FISHER'S REDI-MIX, 599 S GOULD ST, OWOSSO, MI 48867 | |
| 10924 | FISHER'S REDI-MIX, P. O. BOX 916, OWOSSO, MI 48867 | |
| 10924 | FISHKILL CORRECTIONAL FACILITY, ASYLUM ROAD, BEACON, NY 12508 | |
| 10925 | FISHMAN CORPORATION, 192 SOUTH ST, HOPKINTON, MA 01748 | |
| 10925 | FISHMAN CORPORATION, 192 SOUTH ST, HOPKINTON, MA 01748-9937 | |
| 10925 | FISHMAN, ANN, 806 EVES DR, 2M, SOMERVILLE, NJ 08876 | |
| 10925 | FISHMAN, MARK, 95 STEDMAN ST, BROOKLINE, MA 02146 | |
| 10925 | FISHPAW, JAMES, 2955 CHAMPION WAY #217, TUSTIN, CA 92782 | |
| 10925 | FISHWICK, JEFFREY, 5579 REVMAL LANE, CINCINNATI, OH 45238 | |
| 10924 | FISK CONSTRUCTION, 5751 N. ORCHARD, FRESNO, CA 93710 | |
| 10924 | FISK ELECTRIC, 11500 N W 25TH, MIAMI, FL 33172 | |
| 10924 | FISKE CONST./B & R FARMS, 787 E. DINUBA AVE., REEDLEY, CA 93654 | |
| 10924 | FISKE CONST./FOURDELL INC., 1000 AIRPORT BLVD., MENDOTA, CA 93640 | |
| 10924 | FISKE CONST/KINGSBURG KOLD STORAGE, 201 STROUD ST., KINGSBURG, CA 93631 | |
| 10924 | FISKE CONST/SUNNY CAL FARMS, 10425 S. KINGS RIVER, REEDLEY, CA 93654 | |
| 10924 | FISKE CONSTRUCTION, 5751 N. ORCHARD, FRESNO, CA 93710 | |
| 10924 | FISKE CONSTRUCTION, 5751 NORTH ORCHARD, FRESNO, CA 93710 | |
| 10925 | FISKE, JANICE, 179 W SIDLEE ST, THOUSAND OAKS, CA 91360-3245 | |
| 10925 | FISKE, MARY E, 11 HADLEY COURT, ARLINGTON, MA 02174-3810 | |
| 10925 | FISKE, RICHARD W, 11576 HEMINGWAY DRIVE, RESTON, VA 20194 | |
| 10924 | FISKE/GEORGE BROS. PACKING, 10537 BOONE DR., SULTANA, CA 93666 | |
| 10924 | FISKE/GOLD RIBBON POTATO CO., 1060 S. DERBY, ARVIN, CA 93203 | |
| 10924 | FISKE/KIRSCHENMAN ENTERPRISES, INC., 12826 EDISON HWY., EDISON, CA 93220 | |
| 10924 | FISKE/KLEIN POTATO CO., FISKE CONSTRUCTION, 3101 W. MARCH LN., STOCKTON, CA 95207 | |
| 10924 | FISKE/PARLIER COLD STORAGE, 13908 E. PARLIER, PARLIER, CA 93648 | |
| 10924 | FISKE/TAPPAS & CO., 181 NAPLES, MENDOTA, CA 93640 | |
| 10925 | FISONS CORP, DONALD FREDERICO MCDERMOTT WILL &, 28 STATE ST, 34TH FL, BOSTON, MA 02109 | |
| 10925 | FISONS INSTRUMENTS, 55 CHERRY HILL DR, BEVERLY, MA 01915 | |
| 10925 | FISSER, WALTER, 1841 S SECOND ST, ALHAMBRA, CA 91801 | |
| 10925 | FISTORI, MELVIN, 1625 GULF BLVD, ENGLEWOOD, FL 34223 | |
| 10925 | FITCH CO, THE, 129 NORWAY RD., BANGOR, ME 04401 | |
| 10925 | FITCH INVESTORS SERVICE, PO BOX 9663, CHICAGO, IL 60693-6663 | |
| 10925 | FITCH, CATHERINE M, RTE 1 BOX 159, FAIRVIEW, WV 26570-9626 | |
| 10925 | FITCH, DAVID, 33 MT VERNON ST, N READING, MA 01864 | |
| 10925 | FITCH, FREDERICK, 1630 HELEN AVE, MISSOULA, MT 59801-5847 | |
| 10925 | FITCH, GERALD, VARNUM ROAD, DRACUT, MA 01826 | |
| 10925 | FITCH, MICHAEL, 5118 OWLS NEST RD, MARION, NY 14505 | |
| 10925 | FITCH, NEWMAN, BOX 4911 GRAND CALLIOU RD., HOUMA, LA 70363 | |
| 10925 | FITCH, RITA, 615 W SUMMIT PLACE, CHANDLER, AZ 85224 | |
| 10925 | FITCHBURG HEATING & AIR CONDITIONIN, PO BOX 2974, WORCESTER, MA 01613 | |
| 10925 | FITCHETT JR, VERNELL, 240-02 146TH AVE, ROSEDALE, NY 11422 | |
| 10925 | FITCHEY, CARLTON, 6218 E. 12TH ST., INDIANAPOLIS, IN 46219 | |
| 10925 | FITCHUK, RACHEL, 11 LEMON ST, SALEM, MA 01970 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FITE, BUD, PO BOX 0066, PALISADE, MN 56469

10925   FITE, JOAN, 26 W AID ST, GOUVERNOUR, NY 13642

10925   FITE, P, RT. 2, BOX 472, BRIGHTON, TN 38011

10925   FITEZ, MICHAEL, 1350 LAKE BONNIE WEST #14, LAKELAND, FL 33801

10925   FITING, DEBORAH, 976 S.F.C 300, FORRECT CITY, AR 72335

10924   FITNESS CENTER, 5200 ATLANTIC AVENUE, RALEIGH, NC 27615

10925   FITTERMAN, ROBBIE, 7500 ROSWELL ROAD, ATLANTA, GA 30350

10925   FITTIPALDI, GLORIA, 333 POPE ST, MANVILLE, NJ 08835

10924   FITTS BLOCK COMPANY, EAST MAIN ST, MURRAY, KY 42071

10924   FITTS BLOCK COMPANY, PO BOX816, MURRAY, KY 42071

10925   FITTS, FRANK, 33 NORTH AVE, ROCKLAND, MA 02370

10925   FITTS-HOPPE, KRISTINA J, 204 ROCKY RIDGE RD, SAINT JOHNSBURY, VT 05819-8849

10925   FITZ CHEM CORP, POBOX 97083, CHICAGO, IL 60678-7083

10925   FITZ CHEMICAL, PO BOX 97083, CHICAGO, IL 60678-7083

10925   FITZGERALD AND ASSOC, 1776 N. PINE ISLAND ROAD, SUITE 208, PLANTATION, FL 33322

10925   FITZGERALD ASSOC, 100 COURT SQUARE SUITE 5, CHARLOTTESVILLE, VA 22902

10924   FITZGERALD CASINO, SMITH AND GREEN, LAS VEGAS, NV 89100

10925   FITZGERALD COMMUNITY SCHOOL, 70 RINDGE AVE, CAMBRIDGE, MA 02140

10925   FITZGERALD CONSTRUCTION CO, 174-A SEMORAN COMMERCE PLACE, APOPKA, FL 32703

10925   FITZGERALD ENGINEERING CO, INC, 4640 GRANITE DR., TUCKER, GA 30084

10924   FITZGERALD NURSING HOME, 185 BOWENS MILL HWY, FITZGERALD, GA 31750

10925   FITZGERALD PFUNDSTEIN ASSOC, 100 COURT SQUARE ANNEX, SUITE 5, CHARLOTTESVILLE, VA 22902

10925   FITZGERALD PORTUONDO, SUITE 2701, MUSEUM TOWER, 150 WEST FLAGLER ST, MIAMI, FL 33130

10925   FITZGERALD STEVENS & FORD, INC, 200 BAKER AVE, CONCORD, MA 01742

10925   FITZGERALD, CHERYL, 2013 MARK ROAD, EDMOND, OK 73034

10925   FITZGERALD, DANIEL, 129 MONTVALE AVE. APT. 2, WOBURN, MA 01801

10925   FITZGERALD, DIANE, 3525 SEA HORSE WAY, VA BEACH, VA 23452

10925   FITZGERALD, DONNA, 51 KENILWORTH RD, ARLINGTON, MA 02174

10925   FITZGERALD, GLENN, 13110 MCGILL ROAD, SODDY, TN 37379

10925   FITZGERALD, J MICHAEL, 100 COURT SQUARE, CHARLOTTE, VA 22902

10925   FITZGERALD, JEFFREY, 311 FOURTH ST EAST, BOX 397, NEWHALL, IA 52315

10925   FITZGERALD, JOHN, 24 MIRROR LAKE AV, NORFOLK, MA 02056

10925   FITZGERALD, JOHN, 3121 GROTON WAY,#4, SAN DIEGO, CA 92110

10925   FITZGERALD, JOSEPH, OLD MANITOW ROAD, GARRISON, NY 10524

10925   FITZGERALD, JULIE, 3 WABAN ST, NEWTON, MA 02158

10925   FITZGERALD, KEVIN, 17 CONCORD AVE, CANTON, MA 02021

10925   FITZGERALD, KEVIN, 214 COURTNEY CIRCLE, GREENVILLE, SC 29609

10925   FITZGERALD, MADISON, ESTATE OF RT 4 BOX 157, SHREVEPORT, LA 71107

10925   FITZGERALD, MARY, 171 FORT PRINCE DR., WELLFORD, SC 29385

10925   FITZGERALD, MARY, 31 MILTON ST, BROCKTON, MA 02401

10925   FITZGERALD, MICHAEL, 7519 SPRING LAKE DR, BETHESDA, MD 20034

10925   FITZGERALD, PATRICIA, 185 MANVILLE HILL RD #207 207, 207, CUMBERLAND, RI 02864

10925   FITZGERALD, PENNY, RT. 2, BOX 706, KEMPNER, TX 76539

10925   FITZGERALD, RICHARD, 395 YANKEE AVE, LOWDEN, IA 52255

10925   FITZGERALD, ROBERT, 1201 NORTH N AVE, MILFORD, IA 51351-1347

10925   FITZGERALD, ROBERT, 458 FOREST ST, WALTHAM, MA 02154

10925   FITZGERALD, ROSEMARY, 575 EASTON AVE, 2E, SOMERSET, NJ 08873

10925   FITZGERALD, SHARON, RR 1 BOX 82I, BEAVERVILLE, IL 60912

10925   FITZGERALD, STEVENS & FORD, INC, 200 BAKER AVE., CONCORD, MA 01742

10925   FITZGERALD, THOMAS, ROUTE 1, BOX 55, MECHANICSVILLE, IA 52306

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　FITZGERALD, WESLEY, 9574 CHANCELLORVILLE DRIVE, ST. LOUIS, MO 63126

10925　FITZGIBBONS, MARYANN, 25 MEDFORD ST, MARSHFIELD, MA 02050

10925　FITZKE, KIMBERLY, 2811 TIERRA DRIVE, LINCOLN, NE 68516

10925　FITZMEYER, JANET, 11 MARYLAND RD, TEWKSBURY, MA 01876

10925　FITZNER, HELEN, 1527 JORDAN, AMARILLO, TX 79106

10925　FITZPATRICK CO, THE, 832 INDUSTRIAL DRIVE, ELMHURST, IL 60126-1179

10925　FITZPATRICK COMPANY, THE, 832 INDUSTRIAL DR, ELMHURST, IL 60126-1179

10924　FITZPATRICK ELECTRIC(AD), P.O. BOX 657, MUSKEGON, MI 49443-0657

10925　FITZPATRICK, DEBRA, 1 PAUL MICHAEL WAY, STONEHAM, MA 02180-4227

10925　FITZPATRICK, DONALD, 21 W. RIVER DR., MANCHESTER, NH 03104

10925　FITZPATRICK, GLADYS, 10 SILK ST, ARLINGTON, MA 02474-3819

10925　FITZPATRICK, JAMES, 7650 WOODPARK LANE, COLUMBIA, MD 21046

10925　FITZPATRICK, JIM, 3974 45TH LANE SOUTH, LAKE WORTH, FL 33461

10925　FITZPATRICK, MATTHEW, PO BOX 768, NORTH EAST, MD 21901-0768

10925　FITZPATRICK, MICHAEL, 27336 BETANZOS ST, MISSION VIEJO, CA 92692

10925　FITZPATRICK, MICHAEL, 27336 BETANZOS ST., MISSION VIEJO, CA 92692

10925　FITZPATRICK, ROBERT, 10046 WILLIS AVE, MISSION HILLS, CA 91345

10925　FITZPATRICK, ROBERT, 5162 DIANE LANE, LIVERMORE, CA 94550-3530

10925　FITZPATRICK, RODNEY, 487 COWAN ST, MACON, GA 31201

10925　FITZSIMMONS, ANNE, 1760 NANTICOKE RD, PASADENA, MD 21122

10925　FITZSIMMONS, CATHY, 26 ACKERTON ROAD, CHESTNUT RIDGE, NY 10952

10925　FITZSIMMONS, EDWARD, 2035 WILKENS AVE., BALTIMORE, MD 21223

10925　FITZSIMMONS, HEATHER, 7 DORCHESTER ROAD, EMERSON, NJ 07630-1005

10925　FITZSIMMONS, JOSEPH, 7 DORCHESTER ROAD, EMERSON, NJ 07630-1005

10925　FITZSIMMONS, WILLIAM, 1508 WILLIAM ST., BALTIMORE, MD 21230

10924　FITZSIMONS MEDICAL, ROLLING PLAINS CONSTRUCTION, AURORA, CO 80010

10925　FITZWATER, DEBORAH, RT 1 BOX 217-C, ZOLFO SPRINGS, FL 33890

10925　FITZWATER, DONALD, RT 1 BOX 2176 GATOR ROAD, ZOLFO SPRINGS, FL 33890

10925　FIUMARA, JENNIFER, 15 EVERELL ROAD, WINCHESTER, MA 01890

10925　FIVE CHIMNEYS, 1732 MAIN ST, CONCORD, MA 01742

10925　FIVE D ENTERPRISES INC, 426 MALDEN TURNPIKE, SAUGERTIES, NY 12477

10925　FIVE POINTS AMOCO, 940 POST ST,

10924　FIVE STAR CONCRETE CO, 541 FEE FEE RD, MARYLAND HEIGHTS, MO 63043

10924　FIVE STAR CONCRETE, 13415 COLDWATER RD, FORT WAYNE, IN 46845

10924　FIVE STAR CONCRETE, 13415 COLDWATER ROAD, FORT WAYNE, IN 46845

10924　FIVE STAR CONCRETE, 541 FEE FEE ROAD, MARYLAND HEIGHTS, MO 63043

10925　FIVE STAR CONCRETE, 541 FEFE RD, HAZELWOOD, MO 63043

10924　FIVE STAR CONCRETE, C.R. 59, BUTLER, IN 46721

10924　FIVE STAR CONCRETE, ONE TYLER STREET, SAINT LOUIS, MO 63102

10924　FIVE STAR HYDRAULICS INC., 1210 N. CRISMAN ROAD, PORTAGE, IN 46368

10924　FIVE STAR READY MIX, 5800 N. VINE ST., HAYS, KS 67601

10925　FIVE STAR ROOFING, PO BOX 430355, HOUSTON, TX 77243-0355

10924　FIVE STAR SUPPLY CO., 25840 MILES RD., BEDFORD HEIGHTS, OH 44146

10924　FIVE STAR SUPPLY CO., 5075 TAYLOR DR., BEDFORD HEIGHTS, OH 44128

10924　FIVE STAR SUPPLY, 11340 COUNTY RD., CHESAPEAKE, OH 45619

10924　FIVE STAR SUPPLY, 11340 COUNTY ROAD 1, CHESAPEAKE, OH 45619

10924　FIVE STAR SUPPLY, P O BOX 520, CHESAPEAKE, OH 45619

10924　FIVE STAR, 4 N 240 CAVALRY #D, BLOOMINGDALE, IL 60108

10924　FIVE TOWER BRIDGE, FIVE TOWER BRIDGE, WEST CONSHOHOCKEN, PA 19428

10925　FIVEASH, ROGER, 5030 KINGSWOOD, ROSWELL, GA 30075

10924　FIVE-STAR READY-MIX, 813 BARTON, RUSSELL, KS 67665

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FIXTURE EXCHANGE, THE, P.O.BOX 307, BAINBRIDGE, GA 31717 | |
| 10924 | FIZZANO BROTHERS BLOCK, 201 PHOENIXVILLE PIKE, MALVERN, PA 19355 | |
| 10924 | FIZZANO BROTHERS BLOCK, 201 S. PHOENIXVILLE PIKE, MALVERN, PA 19355 | |
| 10924 | FIZZANO BROTHERS, 1776 CHESTER PIKE, CRUM LYNNE, PA 19022 | |
| 10924 | FIZZANO BROTHERS, 247 STERNER MILL RD., TREVOSE, PA 19047 | |
| 10924 | FIZZANO BROTHERS, 247 STERNER MILL ROADS, TREVOSE, PA 19047 | |
| 10924 | FIZZANO BROTHRS BLOCK, 201 S. PHOENIXVILLE PIKE, MALVERN, PA 19355 | |
| 10925 | FJ BROWN & ASSOC,INC, 14505 TORREY CHASE BLVD., HOUSTON, TX 77014 | |
| 10925 | FJ SMITH SALES CO INC, 6815 E WASHINGTON BLVD, COMMERCE, CA 90040-1905 | |
| 10924 | FJA CHRISTIANSEN ROOF, 445 RANDY, CAROL STREAM, IL 60187 | |
| 10925 | FJA CHRISTIANSEN ROOFING CO., 2101 W. PURDUE ST. PO BOX 09461, MILWAUKEE, WI 53209-9461 | |
| 10924 | FKC INTERNATIONAL CORP., 6 BROCKDEN DRIVE, MENDHAM, NJ 07945 | |
| 10925 | FKM COPIER PRODUCTS, 5 STUDEBAKER, IRVINE, CA 92618 | |
| 10925 | FKM COPIER PRODUCTS, 6167 BRISTOL PKWY SUITE 106, CULVER CITY, CA 90230 | |
| 10925 | FL AIR NATIONAL GUARD, JOSEPH TOMLINSON, 11846 LEAFDALE CIR EAST, NON-COMMISSIONED OFFICE, JACKSONVILLE, FL 32210 | |
| 10925 | FL AIR NATIONAL GUARD, RON HARTFELDER, 11303 PRINCESSA LANE, NON-COMMISSIONED OFFICE, JACKSONVILLE, FL 32210 | |
| 10925 | FL DEPT OF ENV PROTECTION, ERIC LIVINGSTON ENV ADMIN, 2600 BLAIR STONE RD, TALLAHASSEE, FL 32399-2400 | |
| 10925 | FL DEPT OF ENV PROTECTION, ERIC LIVINGSTON ENV ADMIN, 2600 BLAIR STONE ROAD, TALLAHASSEE, FL 32399-2400 | |
| 10925 | FL EMERGENCY PHYSICIANS-KANG& ASSOC, 3717 SOUTH CONWAY ROAD, ORLANDO, FL 32812 | |
| 10925 | FL RADIOCHEMISTRY SERVICES,INC, 5456 HOFFNER AVE., STE. 201, ORLANDO, FL 32812 | |
| 10924 | FLA CONTRACTORS SUPPLY, 6002-B BONACKER DR, TAMPA, FL 33610 | |
| 10925 | FLACK, HERBERT, 5110 DURHAM ROAD EAST, COLUMBIA, MD 21044-1423 | |
| 10925 | FLACK, JENNIFER, 2500 EASTWAY DR, 4-R, CHARLOTTE, NC 28205 | |
| 10925 | FLACK, MARK, 3820 QUILL, EL PASO, TX 79904 | |
| 10925 | FLADBY, LENA, 7700 EAGLE LANE, OKLAHOMA CITY, OK 73169 | |
| 10925 | FLADELAND, BRAD, BOX 604, NEW TOWN, ND 58763 | |
| 10925 | FLADELAND, DAN, BOX 552, NEWTOWN, ND 58763 | |
| 10925 | FLADELAND, LANNIE, 8321 E SHADY LANE, EVANSVILLE, WY 82636 | |
| 10925 | FLADGER, LYN, 9690 BROWNSBRIDGE DR, GAINESVILLE, GA 30506 | |
| 10925 | FLAG CENTER INC, THE, 2267 MASS AVE, CAMBRIDGE, MA 02140 | |
| 10925 | FLAG FOR DELETION! USE 22102, 979 KINGS ROAD, QUARRY BAY HONG KONG, | |
| 10925 | FLAG FOR DELETION! USE 29334, 639 KOJAN-DONG, NAMDONG-KU, INCHON-CITY, KOREA | *VIA Deutsche Post* |
| 10925 | FLAGCRAFT INC, 1020 N DIXIE HWY, BOCA RATON, FL 33432 | |
| 10925 | FLAGG, DAISY, BOX 230 A, LAKE VILLAGE, IN 46349 | |
| 10925 | FLAGG, RUTH, 467 WENTWORTH AVE, LOWELL, MA 01852 | |
| 10925 | FLAGG, THERESA, 30 CENTRAL ST., TOPSFIELD, MA 01983 | |
| 10925 | FLAGGED FOR DELETION, 14-1 FL 30 PEI PING E RD, TAIPEI TAIWAN, 99999TAIWAN | *VIA Deutsche Post* |
| 10925 | FLAGGED FOR DELETION, 979 KINGS RD, QUARRY BAY, | |
| 10925 | FLAGGED FOR DELETION, 979 KINGS ROAD, QUARRY BAY, 99999HONG KONG | *VIA Deutsche Post* |
| 10925 | FLAGGED FOR DELETION, PO BOX 75975, CHARLOTTE, NC 28275-5975 | |
| 10924 | FLAGLER HOSPITAL, 131 HEALTH PARK BLVD., SAINT AUGUSTINE, FL 32086 | |
| 10924 | FLAGLER HOSPITAL, C/O BARNWELL AND ASSOC., SAINT AUGUSTINE, FL 32086 | |
| 10925 | FLAGLER, DUDLEY, 3110 OAKBRIDGE BLVD 3L, 156, LAKELAND, FL 33803 | |
| 10925 | FLAGLER, DUDLEY, 621 KENSINGTON ST, LAKELAND, FL 33803-4125 | |
| 10925 | FLAGPOLES LTD, 118 DOLPHINE DR, SPARTANBURG, SC 29307-3117 | |
| 10925 | FLAGS UNLIMITED INC., 3415 OHIO AVE, SAINT CHARLES, IL 60174 | |
| 10925 | FLAGSHIP AUTOMATION, INC, PO 414105, BOSTON, MA 02241 | |
| 10924 | FLAGSHIP CONVERTERS, 205 SHELTER ROCK ROAD, DANBURY, CT 06810 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FLAGSHIP CORPORATE CENTER, 775 PRAIRIE CENTER DRIVE, EDEN PRAIRIE, MN 55344

10924   FLAGSTAFF AGGREGATE, 2159 E. HUNTINGTON DRIVE, FLAGSTAFF, AZ 86004

10924   FLAGSTAFF CATH LAB, SMITH & GREEN, PHOENIX, AZ 85001

10924   FLAGSTAFF MEDICAL, SIPLAST, 1200 N. BEAVER ST., FLAGSTAFF, AZ 86003

10925   FLAHERTY, ANNE, 10 BROOKVALE ST, DORCHESTER, MA 02124

10925   FLAHERTY, DENNIS, 604 18TH S.E. APT C, MINOT, ND 58701

10925   FLAHERTY, HELEN, 41 MATAWANAKEE, LITTLETON, MA 01460-1310

10925   FLAHERTY, J, 11 GLOUCESTER ST, BOSTON, MA 02115

10925   FLAHERTY, JAMES, 75 DONNA DRIVE, HANOVER, MA 02339-2212

10925   FLAHERTY, KEVIN, 109 ONTARIO CT, GIBSONIA, PA 15044-8033

10925   FLAHERTY, MARGO, 2808 SPRING BUD CT, LOUISVILLE, KY 40220

10925   FLAHERTY, MARINA, 19 MAPLE PARK, NEWTON CTR, MA 02159

10925   FLAHERTY, THOMAS, 19020 WILLOW ST, HESPERIA, CA 92345

10925   FLAHIVE, MICHAEL, 32 ST. LAZARE ST, NASHUA, NH 03060

10924   FLAIR CORP, 4647 S.W. 40TH AVENUE, OCALA, FL 34474

10924   FLAIR CORP, 4647 S.W.40TH AVENUE, OCALA, FL 34474

10924   FLAIR CORPORATION, 4647 S.W. 40TH AVENUE, OCALA, FL 34474

10925   FLAIR FILTRATION, 1000 HWY 27 SOUTH, STANLEY, NC 28164

10925   FLAIR FILTRATION, 4647 SW 40TH AVE, OCALA, FL 34474

10924   FLAIR, 344 NEW CHURCHMANS ROAD, NEW CASTLE, DE 19720

10925   FLAIR, LEO, 3170 GEORGIA PL, MACON, GA 31210

10924   FLAIR, PO BOX 667, NEW CASTLE, DE 19720

10925   FLAK, CINDY, 127 OVERLOOK DRIVE, FLORENCE, MA 01060

10925   FLAKE, ARLENE, HC 63 BIX 5101, SNOWFLAKE, AZ 85937

10925   FLAKE, R.L., ROUTE 6, BOX 1731, CORINTH, MS 38834

10925   FLAKES JR, CHESTER, 154 LEE RD 194, SALEM, AL 36874

10924   FLAME CONTROL COATINGS INC., 4120 HYDE PARK BLVD., NIAGARA FALLS, NY 14305

10924   FLAME CONTROL COATINGS INC., PO BOX 786, NIAGARA FALLS, NY 14302

10925   FLAMER, DENISE, 37 WELLINGTON DR, NEWARK, DE 19702

10924   FLAMINGO HILTON, PIERCE ENTERPRISES, LAS VEGAS, NV 89101

10925   FLAMINGO HILTON, POBOX 1520, LAS VEGAS, NV 89125-1520

10924   FLAMINGO LIBRARY, SMITH AND GREEN, LAS VEGAS, NV 89109

10924   FLAMORT CHEMICAL CO., 746 NATOMA ST, SAN FRANCISCO, CA 94103

10924   FLAMPROOFING, 1775 INDUSTRIAL PARK, PUNTA GORDA, FL 33950

10925   FLANAGAN III, CONZIE, 8063 QUINN, DETROIT, MI 48234

10924   FLANAGAN LUMBER CO, P.O.BOX 1163, ATHENS, AL 35612

10924   FLANAGAN LUMBER CO., 107 SHAW ST., ATHENS, AL 35611

10924   FLANAGAN READY-MIX, LTD., ATTN:  ACCOUNTS PAYABLE, DENVER, CO 80217-5588

10925   FLANAGAN, CHARLES, 4611 N 15 TH ST, ARLINGTON, VA 22203

10925   FLANAGAN, CHRISTINE, 401 MONROE AVE., CAPE CANAVERAL, FL 32920

10925   FLANAGAN, CHRISTINE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   FLANAGAN, CLAIRE, 84 20 153 AVE, HOWARD BEACH NY, NY 11414

10925   FLANAGAN, FRANCIS, 2838 28TH ST NW, WASHINGTON, DC 20008

10925   FLANAGAN, J, 9 OAKWOOD DRIVE, WAYNE, NJ 07470

10925   FLANAGAN, JAMES, 821 SUGARLAND RUN DR, STERLING, VA 22170

10925   FLANAGAN, JANICE, 115 HILL ST, STONEHAM, MA 02180

10925   FLANAGAN, JAY, 113 CHARMAR WAY, TAYLORS, SC 29687

10925   FLANAGAN, K, 659 PROSPECT ST APT F2, CHICOPEE, MA 01020

10925   FLANAGAN, KATHLEEN, 45 METROPOLITAN AVE, CRANSTON, RI 02920

10925   FLANAGAN, LORAINE, 23881 DAVID DR., NO. OLMSTED, OH 44070

10925   FLANAGAN, MARIANNE, 1591 CAROUSEL DR., WARMINSTER, PA 18974

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FLANAGAN, MARTIN, 525 STANFORD, CORSICANA, TX 75110

10925   FLANAGAN, NANCY, 12 NARRAGANSETT DRIVE, PLYMOUTH, MA 02360

10925   FLANAGAN, STEVEN, 101 LEONARD ST, GLOUCESTER, MA 01930

10925   FLANAGAN, TIM, RT. 3, BOX 203H, EDINBURG, TX 78539

10925   FLANAGAN, TROY, 209 YORKSHIRE LANE, WILMINGTON, NC 28409-8140

10925   FLANARY, JUANITA, 531 HAWTHORNE ROAD, LINTHICUM, MD 21090

10925   FLANARY, MARY, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   FLANARY, MARY, PO BOX 664, PASADENA, MD 21122

10925   FLANDERS FILTERS, INC, PO BOX 10846, KNOXVILLE, TN 37939-0846

10924   FLANDERS INC, ATTN:  ACCOUNTS PAYABLE, WEST BOUNTIFUL, UT 84087

10924   FLANDERS INC., 225 INDUSTRIAL ROAD, COALVILLE, UT 84017

10924   FLANDERS INC., 985 WEST 5TH SOUTH, WEST BOUNTIFUL, UT 84087

10925   FLANDERS, EDWARD, 35 EAST RICHARDSON ST, LOWELL, MA 01850

10925   FLANDERS, MARGARET, 17 LILYPOND AVE, SAUGUS, MA 01906

10925   FLANDERS, WILLIAM, 9 HASSELL RD., MERRIMACK, NH 03054

10925   FLANIGAN, SHIRLEY, 3720 WATTERSON, CINCINNATI, OH 45227-3124

10925   FLANNAGAN MD, W, 2517 ARKANSAS VALLEY, LITTLE ROCK, AR 72212

10924   FLANNERY TRUCKING INC, 606 SO.GRANDVIEW, CRANDON, WI 54520

10924   FLANNERY TRUCKING INC, 606 SOUTH GRANDVIEW, CRANDON, WI 54520

10924   FLANNERY TRUCKING INC, RT 8 EAST, CRANDON, WI 54520

10925   FLANNERY, DONNA, 71 WOODLAND RD, MADISON, NJ 07940

10925   FLANNERY, GARRY, 527 CHARLOTTE ST, BURKBURNETT, TX 76354

10925   FLANNERY, MARY, 1153 UNDERHILL AVE, BRONX, NY 10472-4803

10925   FLANY ASSOCIATES, GEN COUNSEL, 29 PARK AVE., MANHASSET, NY 11030

10925   FLAQUE, MARIA, CALLE 4 F-F-15 URB ALTURAS FAIRVIEW, CUPEY, PR 00926

10925   FLATH, RICHARD, 423 S PELICAN DR, SARASOTA, FL 34237

10925   FLATHEAD ELECTRIC COOPERATIVE INC, 2510 HWY 2 EAST, KALISPELL, MT 59901-2312

10925   FLATIRON SERVICES INC, 230 EAST 93RD ST, NEW YORK, NY 10128-3798

10925   FLATT, CARLAN, 4652 EL CAPITAN, WICHITA FALLS, TX 76301

10925   FLATT, CLEMENT, RT. 2 BOX 55N, CEDAR CREEK, TX 78612

10925   FLATT, LORRAINE, 12310 ANTOINETTE PL, AUSTIN, TX 78727

10925   FLAVIAN FRANCIS BECKER, 21 TOWER ST, CINCINNATI, OH 45220-1330

10925   FLAVIN, DANIEL, 4334 ROCKMART COURT, KENNESAW, GA 30144

10925   FLAVIN, DANIEL, 4334 ROCKMART CT, KENNESAW, GA 30144

10924   FLAVOR & FRAGRANCE SPECIALTIES, 300 COPORATE DRIVE, MAHWAH, NJ 07430

10924   FLAVOR & FRAGRANCE SPECIALTIES, 8800-P KELSO DRIVE, ESSEX, MD 21221

10924   FLAVOR INNOVATION, 221 ST. NICHOLAS, SOUTH PLAINFIELD, NJ 07080

10924   FLAVOR MASTER, THE, 220 S. KANSAS AVE., FRANKFORT, KS 66427

10924   FLAVOR MASTER, THE, 220 SO KANSAS AVE, FRANKFORT, KS 66427

10924   FLAVOR SYSTEMS INT'L, 9930 COMMERCE PARK DRIVE, CINCINNATI, OH 45246

10924   FLAVORITE LABORATORIES, INC., 5980 HURT ROAD, HORN LAKE, MS 38637

10924   FLAVORITE LABORATORIES, INC., PO BOX 1315, MEMPHIS, TN 38101

10924   FLAVURENCE CORPORATION, 1916 TUBEWAY AVENUE, LOS ANGELES, CA 90040

10925   FLAX TRUST/AMERICA, 405 PARK AVE, NEW YORK, NY 10022

10925   FLECK MATHER & STRUTZ, LTD, 400 EAST BROADWAY, ST 600, BISMARCK, ND 58501

10925   FLECK, VALARIE, 17730 W. ASPEN CIRCLE, RENO, NV 89506

10925   FLECKENSTEIN, LORI, 2620 KEISER ROAD, KENWOOD, CA 95452

10925   FLEDERBACH, KELLY, 135 OAK ST, BRIDGEWATER, NJ 08807

10925   FLEEMON, CAROL, 3877 DAN DR, MORRISTOWN, TN 37814

10925   FLEENOR, CAROLINE M, 2504 THORNTON COURT, HUNTSVILLE, AL 35801-3260

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | FLEET & INDUSTRIAL SUPPLY CENTER, HAZARDOUS PROPERTY MGMT DIVISION, NORFOLK, VA 23511-6666 |
| 10924 | FLEET BANK, 4483 BUCKLEY ROAD W., LIVERPOOL, NY 13089 |
| 10925 | FLEET CENTER, ONE FLEET CENTER, BOSTON, MA 02114 |
| 10925 | FLEET ENVIRONMENTAL SERVICES LLC, 59 LONGWATER DR, NORWELL, MA 02061 |
| 10924 | FLEET ENVIRONMENTAL SERVICES, 935 E. 1ST ST., SOUTH BOSTON, MA 02127 |
| 10925 | FLEET EQUIPTMENT CENTER INC., 555 EAST SOUTH FRONTAGE ROAD, BEDFORD PARK, IL 60440 |
| 10925 | FLEET GRAPHICS, PO BOX 309, MOYIE SPRINGS, ID 83845 |
| 10925 | FLEET INDUSTRIES, 1200 WILLIAM ST, BUFFALO, NY 14240 |
| 10925 | FLEET LEASING CORP, PO BOX 7023, TROY, MI 48007-7023 |
| 10925 | FLEET LEASING CORPORATION, PO BOX 371992, PITTSBURGH, PA 15250-7992 |
| 10925 | FLEET MANAGEMENT, BOX 6071, INGLEWOOD, CA 90312-6071 |
| 10925 | FLEET MANAGEMENT, PO BOX 31129, TAMPA, FL 33631-3129 |
| 10925 | FLEET MGMT DIVISION (CITY OF JACKSO, CHARLES S MILLER III CHIEF, JACKSONVILLE, FL 32099 |
| 10925 | FLEET ONE MOBILE SERVICES, PO BOX 10012, GLENDALE, AZ 85318-0012 |
| 10924 | FLEET SHIPPING LINES, 326 SMITH STREET, KEASBEY, NJ 08832 |
| 10924 | FLEET, PO BOX 769015, SAN ANTONIO, TX 78245-9015 |
| 10925 | FLEET, THEO, 2616 N. LOYOLA, BALTIMORE, MD 21230 |
| 10924 | FLEETGUARD INC., 311 NORTH PARK, LAKE MILLS, IA 50450 |
| 10925 | FLEETLINE INC., PO BOX 1450, MINNEAPOLIS, MN 55485 |
| 10925 | FLEETPRIDE, INC, PO BOX 386, AGAWAM, MA 01001-0386 |
| 10925 | FLEETS, ADRIANA, 2245 E 6TH ST. #304, LONG BEACH, CA 90814 |
| 10925 | FLEETWASH, PO BOX 1577, WEST CALDWELL, NJ 07007-1577 |
| 10925 | FLEETWASH, POBOX 0654, WEST CALDWELL, NJ 07007-0654 |
| 10924 | FLEETWOOD BUILDING BLOCK, 240 WEST MAIN STREET, FLEETWOOD, PA 19522 |
| 10924 | FLEETWOOD BUILDING BLOCK, INCORPORATED, FLEETWOOD, PA 19522 |
| 10924 | FLEETWOOD HIGH SCHOOL, FLEETWOOD, PA 19522 |
| 10925 | FLEETWOOD SALES,INC, 8000 S. MADISON ST, BURR RIDGE, IL 60521 |
| 10925 | FLEETWOOD, DONNA, 20840 AVE 152, PORTERVILLE, CA 93257 |
| 10925 | FLEISCHMAN, DARREN, 14 OAK DR, HIGHLAND MILLS NY, NY 10930 |
| 10925 | FLEISCHMAN, HENRY, 608 PROSPECT MILL ROAD, BELAIR, MD 21015 |
| 10925 | FLEISCHMAN, VIOLA, 8915 FAIRHAVEN LANE APT #119, DALLAS, TX 75227 |
| 10925 | FLEISCHNER, PETER, PO BOX 133, WOODSTOCK, NY 12498-0133 |
| 10925 | FLEISHMAN, MAE, 700 W. BELAIR AVE. APT 214, ABERDEEN, MD 21001 |
| 10925 | FLEITES, THERESA G, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511 |
| 10925 | FLEITES, THERESA, 1840 PARKSIDE CIRCLE SOUTH, BOCA RATON, FL 33486 |
| 10925 | FLEITES, THERESA, 2225 SW 16TH PLACE, BOCA RATON, FL 33486 |
| 10924 | FLEMING & COMPANY, 1733 GILSINN LANE, FENTON, MO 63026 |
| 10924 | FLEMING FINE FURNITURE, 3560 MENDENHALL, MEMPHIS, TN 38115 |
| 10924 | FLEMING FINE FURNITURE, 3560 SOUTH MENDENHALL, MEMPHIS, TN 38115 |
| 10925 | FLEMING FURNITURE INC., 2753 S. MENDENHALL, MEMPHIS, TN 39115 |
| 10924 | FLEMING LABORATORIES, INC., 2215 THRIFT ROAD, CHARLOTTE, NC 28234 |
| 10924 | FLEMING LABORATORIES, INC., PO BOX 34384, CHARLOTTE, NC 28234 |
| 10924 | FLEMING SERVICE COMPANY, P.O. BOX 1383, 444 EAST SOUTH STREET, JACKSON, MI 49204 |
| 10925 | FLEMING, ANNETTE, 927 AUDUBON PL, SHREVEPORT, LA 71105 |
| 10925 | FLEMING, CANDY, RT 2 BOX 904, MARION, AR 72364 |
| 10925 | FLEMING, DONNA, PO BOX 134, LANDIS, NC 28088 |
| 10925 | FLEMING, EMMA, 2251 GRAND CYPRESS DRIVE, LAKELAND, FL 33809 |
| 10925 | FLEMING, H DALE, 403 OLIVE ST, ATLANTIC, IA 50022-1364 |
| 10925 | FLEMING, JOHN, 1525 15TH ST, TROY, NY 12180 |
| 10925 | FLEMING, JOSEPH, 2068 MALLARD CREST., LITHONIA, GA 30058 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FLEMING, JOSEPH, RT. 2, BOX 82A, OVERTON, TX 75684

10925   FLEMING, JOYCE, RT 5 BOX 1569, ROANOKE RAPIDS, NC 27870

10925   FLEMING, L, R#1 BOX 81, ST ANNE, IL 60964

10925   FLEMING, LONNIE, PO BOX 141, AZTEC, NM 87410

10925   FLEMING, MICHELE, 444 MT PLEASANT ST, FALL RIVER, MA 02720

10925   FLEMING, PATRICIA, RT 1 BOX 1223, JEFFERSON, GA 30549

10925   FLEMING, ROLLAND, PO BOX 540, CRAIG, CO 81626

10925   FLEMING, ROY, 339 HARTS LANE, SIMPSONVILLE, SC 29681

10925   FLEMING, RUTHETTA, 446 CANYON DR, OCEANSIDE, CA 92054

10925   FLEMING, SANDRA, 4617 BAYSHORE DR H3, NAPLES, FL 33962

10925   FLEMING, SCOTT & JENNY, AND ELIZABETH F ATHEY JT TEN, 2750 SHASTA RD, BERKELEY, CA 94708-1924

10925   FLEMING, WILLIAM, 3407 169TH AVE NE, BELLVIEW, WA 98008

10925   FLEMING, WILLIE, 1101 EDGEHILL AVE APT 211, NASHVILLE, TN 37203-4984

10925   FLEMING, ZULACK & WILLIAMSON, 1 LIBERTY PLAZA, NEW YORK, NY 10006

10925   FLEMINGS, LEEDRA, 469 SUMMERVILLE ST., MOBILE, AL 36617

10925   FLEMINGTON AUTO BODY INC, 212 ROUTE 202 & 31, FLEMINGTON, NJ 08822

10924   FLEMINGTON BLOCK CO., 68 ROUTE 31, ASBURY, NJ 08802

10924   FLEMINGTON BLOCK COMPANY, ROUTE 31, FLEMINGTON, NJ 08822

10925   FLEMINGTON INSTRUMENT, PO BOX 298, RINGOES, NJ 08551

10925   FLEMMING ZULACK & WILLIAMSON, LAW OFFICES, ONE LIBERTY PLAZA, NEW YORK, NY 10006-1404

10925   FLEMMING, CAROL, 3333 ZION DRIVE Q-1, EL PASO, TX 79904

10925   FLEMMING, DENISE, 350 W 55TH ST, NEW YORK, NY 10019

10925   FLEMMING,ZULACK,WILLIAMSON,LLP, 1 LIBERTY PLAZA, NEW YORK, NY 10006

10925   FLEMONS, GERT, 2207 E 20TH ST, WICHITA, KS 67214

10925   FLENARD, CAROL, 19 YORK WOODS RD, S. BERWICK, ME 03908

10925   FLENDER CORPORATION, 950 TOLLGATE ROAD, ELGIN, IL 60123

10925   FLENER, RAYMOND, 2817 ALLEN ST, OWENSBORO, KY 42301-6104

10925   FLENER, THELMA, 2817 ALLEN ST, OWENSBORO, KY 42303

10925   FLENNIKEN, JULIANNE, 6500 S HELENA, AURORA, CO 80016

10925   FLESHER, DAVID, 2 DUPREE, MCKINNEY, TX 75069

10925   FLESHER, THOMAS, PO BOX 2061, GREER, SC 29652

10925   FLESHMAN, ZANE, 443 TALBOTT KANSAS RD, TALBOTT, TN 37877

10924   FLETCHER ALLEN HEALTH CARE FACILITY, COLCHESTER AVE, BURLINGTON, VT 05401

10925   FLETCHER BUILDING SUPPLIES LTD, 4989 BRIDGE ST, DELTA, BC V4K 2K3CANADA       **\*VIA Deutsche Post\***

10924   FLETCHER ELEMENTRY SCHOOL, 500 HOWARD GAP ROAD, FLETCHER, NC 28732

10924   FLETCHER GENERAL CONSTRUCTION, 16349 SHASTA DAM BLVD, SHASTA LAKE, CA 96019

10924   FLETCHER GENERAL CONSTRUCTION, P.O. BOX 5757, SUMMIT CITY, CA 96089

10924   FLETCHER GENERAL INC., PO BOX 24506, SEATTLE, WA 98124

10925   FLETCHER JIMERSON, 23511 SKINQUARTER ROAD, MOSELEY, VA 23120

10925   FLETCHER LAND CORP, STEPHEN MELCHING, PO BOX 1219, PONTE VENRA BEACH, FL 32004

10924   FLETCHER PAPER, 318 W. FLETCHER, ALPENA, MI 49707

10924   FLETCHER PAPER, 500 W. FLETCHER DRIVE, ALPENA, MI 49707

10925   FLETCHER, ALAN, 4609 RITCHIE HWY, BROOKLYN PARK, MD 21219

10925   FLETCHER, B, 10 HALSY DRIVE, GREENVILLE, SC 29605-1619

10925   FLETCHER, CAROLINE, 2605 VALLEY VIEW DR, ROCKY FACE, GA 30740

10925   FLETCHER, CATHY, RT 2, BOX 110, COMMERCE, GA 30529

10925   FLETCHER, CHARLES, 975 PINYON, MEEKER, CO 81641

10925   FLETCHER, CYNTHIA LOUI, 9412 SW 52 COURT, COOPER CITY, FL 33328

10925   FLETCHER, EDMON, 120 WEST DECATUR, GREENVILLE, SC 29609

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FLETCHER, JOHN, 10530 115TH PLACE NE, KIRKLAND, WA 98033-5016 | |
| 10925 | FLETCHER, JOHN, 1735 ABBEY OAK DR, VIENNA, VA 22182 | |
| 10925 | FLETCHER, JOSEPH, 2416 WHITEHORNE DRIVE, SAN JOSE, CA 95128-4232 | |
| 10925 | FLETCHER, KEVIN, 5429 FOREST OAKS DR., MOBILE, AL 36618 | |
| 10925 | FLETCHER, LANCE, 705 N. HAMPTON DR, SILVER SPRING, MD 20903 | |
| 10925 | FLETCHER, LATONYA, 5224 SWEET AIR LANE, STONE MTN, GA 30088 | |
| 10925 | FLETCHER, LEO E, 200 ENTERPRISE AVE., TRENTON, NJ 08638 | |
| 10925 | FLETCHER, LEO, 270 AUBREY DRIVE, QUAKERTOWN, PA 18951 | |
| 10925 | FLETCHER, MARCIANA, 165 CATOR AVE, JERSEY CITY, NJ 07305 | |
| 10925 | FLETCHER, MARY, 653 KEYSTONE ST, MONTOGMERY, AL 36108 | |
| 10925 | FLETCHER, RICHARD, 78 COR-DALE COURT, LAFAYETTE, IN 47904 | |
| 10925 | FLETCHER, ROBERT, 3711 PECAN RIDGE, MISSOURI CITY, TX 77459 | |
| 10925 | FLETCHER, ROBERT, 3838 N. SAM HOUSTON, HOUSTON, TX 77032 | |
| 10925 | FLETCHER, ROBERT, PO BOX 14712, ODESSA, TX 79768 | |
| 10925 | FLETCHER, ROBERT, RT. 17 BOX 1946, HATTIESBURG, MS 39401 | |
| 10925 | FLETCHER, SCOTT, 88 STATE ROAD, WEST1, WESTMINSTER, MA 01473 | |
| 10925 | FLETCHER, THOMAS, 4600 CARMEL ESTATE ROAD, CHARLOTTE, NC 28226 | |
| 10924 | FLETCHER-PACIFIC-GUAM, PO BOX 23068, AGANA, GU 96921 | |
| 10925 | FLEURGIN, MARC, 174 POND ST, AVON, MA 02322 | |
| 10925 | FLEURY, ROGER, 614 MARSHALL ROAD, GLEN BURNIE, MD 21061 | |
| 10924 | FLEXCON COMPANY INC., 1 FLEXCON INDUSTRIAL PARK, SPENCER, MA 01562-2642 | |
| 10924 | FLEXCON COMPANY INC., PLANT 2, 1 FLEXCON INDUSTRIAL PARK, SPENCER, MA 01562 | |
| 10925 | FLEXCON PACKAGING SYSTEMS, P.O BOX 95386, NEW ORLEANS, LA 70195 | |
| 10925 | FLEXCON SYSTEMS CO., 1709 HATBORO AVE., HATBORO, PA 19040 | |
| 10924 | FLEXFIRM PRODUCTS INC., 2300 N CHICO AVE, EL MONTE, CA 91733 | |
| 10924 | FLEXFIRM PRODUCTS, 2300 NORTH CHICO AVENUE, SOUTH EL MONTE, CA 91733 | |
| 10924 | FLEXIBLE PACKAGING GROUP, PUERTO RICO, PR 99999PUERTO RICO | *VIA Deutsche Post* |
| 10924 | FLEXICO PRODUCTS, 2570 CLOVERDALE AVENUE #15, CONCORD, CA 94520 | |
| 10924 | FLEXICO PRODUCTS, 2570 CLOVERDALE AVENUE NUMBER 15, CONCORD, CA 94520 | |
| 10925 | FLEXICON CORP., 2400 EMRICK BLVD., BETHLEHEM, PA 18020 | |
| 10925 | FLEXICON CORP., PO BOX 5269, PHILLIPSBURG, NJ 08865-5269 | |
| 10925 | FLEXICON CORPORATION, POBOX 5269, PHILLIPSBURG, NJ 08865-5269 | |
| 10924 | FLEXICORE OF TEXAS INC, 8634 MC HARD, HOUSTON, TX 77053 | |
| 10924 | FLEXICORE OF TEXAS INC, P O BOX 450049, HOUSTON, TX 77245 | |
| 10924 | FLEXICORE OF TEXAS INC, PO BOX 450049, HOUSTON, TX 77245 | |
| 10925 | FLEXICRAFT INDUSTRIES, POST OFFICE BOX 71429, CHICAGO, IL 60694 | |
| 10925 | FLEXI-FORCE TEMPORARY SERVICES, SORT #0547 PO BOX 4654, CAROL STREAM, IL 60197-4654 | |
| 10924 | FLEXI-ROCK, INC., 2003 INDUSTRIAL PARK ROAD, CORTEZ, CO 81321 | |
| 10924 | FLEXI-ROCK, INC., PO BOX 863, DOLORES, CO 81323 | |
| 10925 | FLEXITALLIC GASKET CO., COBLENCE & WARNER, 415 MADISON AVE, 17TH FL, NEW YORK, NY 10017 | |
| 10925 | FLEXITALLIC GASKET CO.INC, FOLEY & LARDNER, 777 EAST WISCONSIN AVE., MILWAUKEE, WI 53202-5367 | |
| 10925 | FLEXITALLIC INC., 6915 HWY 225, DEER PARK, TX 77536 | |
| 10925 | FLEXITALLIC INC., 725 N. DRENNAN ST., HOUSTON, TX 77003-1320 | |
| 10924 | FLEXITALLIC LIMITED, DEWSBURY ROAD, CLECKHEATON, PO BOX3, WEST YORKSHIRE, BD19 5BTGBR | *VIA Deutsche Post* |
| 10925 | FLEXITANK INC, PO BOX 51928, TOA BAJA, PR 00950-1928 | |
| 10925 | FLEXITANK INC, POBOX-51928, TOA BAJA, PR 00950-1928 | |
| 10925 | FLEX-KLEEN CORP., ONE NORTH WESTERN CENTER, CHICAGO, IL 60606 | |
| 10925 | FLEX-KLEEN CORP., PO BOX 71909, CHICAGO, IL 60694-1909 | |
| 10925 | FLEX-KLEEN, 1 PIERCE PLACE, ITASCA, IL 60143 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  FLEX-KLEEN, PO BOX 71909, CHICAGO, IL 60694-1909

10925  FLEXO PRODUCTS INC., 24864 DETROIT RD., WESTLAKE, OH 44145

10925  FLEXON, PAULA, 33 BURR AVE., WESTVILLE, NJ 08093

10925  FLEXPOINT INC, 1906 SOUTH 3850 WEST, SALT LAKE CITY, UT 84104

10925  FLEX-PRINT PACKAGING CORP, PO DRAWER 536, SCOTLAND NECK, NC 27874

10925  FLEXSYS AMERICA LP, PO BOX 751967, CHARLOTTE, NC 28275-1967

10925  FLI LEARNING SYSTEMS, INC, PO BOX 2233, PRINCETON, NJ 08543-2233

10925  FLI LEARNING SYSTEMS, PO BOX 2233, PRINCETON, NJ 08540

10925  FLICK, EMILY, 1310 CRYER AVE, CINCINNATI, OH 45208-2807

10925  FLICK, JEWEL, 4465 ROLLING MEADOWS ROAD, ELLICOTT CITY, MD 21043

10925  FLICK, WILLIAM, 1 WRISLEY COURT, ESSEX JUNCTION, VT 05452

10925  FLICKENGER, MYRL, MARC BETH 31 519 N. LEXINGTON, HASTINGS, NE 68901

10925  FLIGG, SHARON, 336A MAIN ST, WAKEFIELD, MA 01880

10925  FLIGHT SAFETY FOUNDATION, 601 MADISON ST,STE 300, ALEXANDRIA, VA 22314

10925  FLIGHT SAFETY INTERNATL, PO BOX 75691, CHARLOTTE, NC 28275

10925  FLIGHT SERVICES GROUP, 611 ACCESS ROAD, STRATFORD, CT 06615

10925  FLIGHT SERVICES GROUP, INC, 1000 GREAT MEADOW RD., STRATFORD, CT 06497

10925  FLIGHTPATH SERVICES INC, 255 WEST ST, SOUTH HACKENSACK, NJ 07606

10925  FLIGHTSAFETY INTERNATIONL, PO BOX 2307, SAVANNAH, GA 31402

10925  FLINCHUM, JAMES, 2945 WHITEROCK RD, GREENVSBORO, NC 27405

10925  FLINDERS TRUCKING, 1343 SOUTH STATE #220, SALT LAKE CITY, UT 84115

10925  FLINKFELT, ELIA, 17 LILLYPOND AVE, SAUGUS, MA 01906

10925  FLINN JT TEN, TERRENCE R & POLLY A, 34 CRIPPLERIDGE COURT, SAN MATEO, CA 94402-3715

10924  FLINN SCIENTIFIC, 131 FLINN, BATAVIA, IL 60510

10925  FLINN, CAROL, 16296 SW THREEWOOD WAY, INDIANTOWN, FL 34956

10925  FLINN, DANIEL, 1200 TWILIGHT, DE PERE, WI 54115

10925  FLINN, ROBERT, 217 CATHAY ROAD, WILMINGTON, NC 28412

10925  FLINNER, EUGENE, 13605 TWP 474, LAKEVILLE, OH 44638

10925  FLINT INK CORP, POBOX 92300, CHICAGO, IL 60675-2300

10924  FLINT INK CORP., 116 WASSAU STREET, WEST MONROE, LA 71292

10924  FLINT INK CORP., 3914 DANDRIDGE AVENUE, DAYTON, OH 45407

10924  FLINT INK CORPORATION, 210 PHILLIPS ROAD, EXTON, PA 19341

10924  FLINT INK, 104 W. 10TH AVE., KANSAS CITY, MO 64116

10924  FLINT INK, 1181 NICOLE COURTS, GLENDORA, CA 91740

10924  FLINT INK, 1339 ELLSWORTH INDUSTRIAL DRIVE, ATLANTA, GA 30318

10924  FLINT INK, 1565 INTEGRITY DRIVE, COLUMBUS, OH 43209

10924  FLINT INK, 1812 B MACTAVISH AVENUE, RICHMOND, VA 23230

10924  FLINT INK, 2309 N. BURDICK, KALAMAZOO, MI 49007

10924  FLINT INK, 245 E. MARIE AVENUE, SAINT PAUL, MN 55118-4093

10924  FLINT INK, 2490 SOUTH 900 WEST, SALT LAKE CITY, UT 84119

10924  FLINT INK, 2675 HENKEL DRIVE, LEBANON, OH 45036

10924  FLINT INK, 3914 DANDRIDGE AVENUE, DAYTON, OH 45407

10924  FLINT INK, 4150 CARR LANE CT., ST. LOUIS, MO 63119

10924  FLINT INK, 4600 ARROWHEAD DRIVE, ANN ARBOR, MI 48105-2773

10924  FLINT INK, 9259 KING ARTHUR, DALLAS, TX 75247

10924  FLINT INK, PO BOX 220, SHERIDAN, AR 72150

10924  FLINT INK, PO BOX 812, DAYTON, OH 45401

10925  FLINT, BILL, 1304 BIRCH ST, BARABOO, WI 53913

10925  FLINT, EARNEST, 3101 HOLLYWOOD AVE., WICHITA FALLS, TX 76309

10925  FLINT, JAYSON, 3530 FLINT AVE., ELLENWOOD, GA 30049

10925  FLINT, JOYCE, 1829 MEADOWLARK LN, SHERIDAN, WY 82801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FLINTCO INCORP, P.O. BOX 490, TULSA, OK 74101 | |
| 10925 | FLINTKOTE CO THE, J ERNEST HARTZ, | |
| 10925 | FLINTKOTE CO, ESKOTA, SWEETWATER, TX | |
| 10925 | FLINTKOTE CO, HWY 120 AT ADOBE SIDING, FLORENCE, CO | |
| 10925 | FLINTKOTE CO. THE, MORRISON MAHONEY & MILLER, 250 SUMMER ST, BOSTON, MA 02210 | |
| 10925 | FLINTKOTE COMPANY, 2 EMBARCADERO CENTER, SAN FRANCISCO, CA 94111-3823 | |
| 10925 | FLIP, INC, PO BOX 45051, BATON ROUGE, LA 70895 | |
| 10924 | FLIPPER SEAMAN - SILVER CREEK, 1529 CRABTREE FALLS HWY, TYRO, VA 22976 | |
| 10925 | FLITCRAFT, TRACY, 2906 VERMONT ST, N CANTON, OH 44721 | |
| 10925 | FLLI. RICCIO S.R.L., PIAZZA NICOLA AMORE 14, NAPOLI, 80138ITALY | *VIA Deutsche Post* |
| 10925 | FLO CONTROL INC, 2131 PLASTER BR. RD, ATLANTA, GA 30324 | |
| 10925 | FLO-CONTROL INC, 80 CENTER ROAD, CARTERSVILLE, GA 30120 | |
| 10925 | FLODEN, TAMMY, 1365 TRINITY PARK, LOUISVILLE, KY 40213 | |
| 10925 | FLO-DYNAMICS, PO BOX 447, WESTFORD, MA 01886 | |
| 10925 | FLODYNE INC., 1000 MUIRFIELD DR., HANOVER PARK, IL 60103 | |
| 10925 | FLODYNE, 1000 MUIRFIELD DR, HANOVER PARK, IL 60103-5468 | |
| 10925 | FLODYNE, 1000 MUIRFIELD DR., HANOVER PARK, IL 60103 | |
| 10925 | FLODYNE, INC, 1000 MUIRFIELD DRIVE, HANOVER PARK, IL 60103-5468 | |
| 10925 | FLOHR, SUZANNE, 4166 UDALL ST.,, SAN DIEGO, CA 21107 | |
| 10924 | FLOIT SAND & GRAVEL COMPANY, 284 MAY STREET, SYCAMORE, IL 60178 | |
| 10925 | FLO-KEM INC, POST OFFICE BOX 20429, LONG BEACH, CA 90801-3401 | |
| 10925 | FLOLO CORP., 1593 VALENCIA CT., CALUMET CITY, IL 60409 | |
| 10925 | FLOLO CORPORATION, THE, POBOX 97271, CHICAGO, IL 60690-7271 | |
| 10925 | FLO-MAX SALES INC., 151 STATE ROAD, WESTPORT, MA 02790 | |
| 10924 | FLOOD CO, P.O. BOX 399, HUDSON, OH 44236 | |
| 10924 | FLOOD COMPANY, THE, 1213 BARLOW ROAD, HUDSON, OH 44236 | |
| 10924 | FLOOD COMPANY, THE, PO BOX 2535, HUDSON, OH 44236 | |
| 10925 | FLOOD JR, H, PO BOX 1645, WAKEFIELD, MA 01880-5645 | |
| 10925 | FLOOD TESTING LABORATORIES INC, 1945 EAST 87TH ST, CHICAGO, IL 60617-2946 | |
| 10925 | FLOOD, ANDREW, 1115 BRYAN ST, DREXEL HILL, PA 19026 | |
| 10925 | FLOOD, ANDREW, 1330 INDUSTRY ROAD, HATFIELD, PA 19440 | |
| 10925 | FLOOD, BRENDA, 4613 SABAL KEY DR, BRADENTON, FL 34203-3117 | |
| 10925 | FLOOD, FREDERICK, 16 BORGIA COURT, BALTIMORE, MD 21234 | |
| 10925 | FLOOD, MARY, 144 SPRUCE ST, MASSAPEQUA PARK, NY 11762 | |
| 10925 | FLOOD, MATTHEW, 759 VINCENT AVE, BRONX, NY 10465 | |
| 10925 | FLOOD, TOD, 3 SANBORN DRIVE, NASHUA, NH 03063 | |
| 10924 | FLOOR FLATTENERS INC, 36 PROSPECT AVE, HAMBURG, NY 14075 | |
| 10925 | FLOORS & FIREPROOFING INC, 114 E BALTIMORE AVE SUITE #3, LANSDOWNE, PA 19050 | |
| 10924 | FLOORS & FIREPROOFING INC., SUITE # 3, 114 EAST BALTIMORE AVE, LANSDOWNE, PA 19050 | |
| 10924 | FLOORS & FIREPROOFING, 15 B WEST 10TH STREET, MARCUS HOOK, PA 19061 | |
| 10925 | FLORA BOTANICA INC, 368 CONGRESS ST, BOSTON, MA 02210 | |
| 10925 | FLORA GENAO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | FLORA H STEPHEN TR UW, LAWRENCE R STEPHEN, 552 BEAN CREEK RD SPACE 169, SCOTTS VALLEY, CA 95066-3342 | |
| 10925 | FLORA M DUNLAP TR, UA 05 16 86, FLORA M DUNLAP TRUST, 2516 BRADLEY RD, ROCKFORD, IL 61107-1105 | |
| 10925 | FLORA POLLAK, 177 E HARTSDALE AVE APT LA, HARTSDALE, NY 10530-3543 | |
| 10924 | FLORA READY MIX INC, RR 1, FLORA, IL 62839 | |
| 10924 | FLORA READY MIX, INC., RT 1, FLORA, IL 62839 | |
| 10925 | FLORA, SHELBY, 1614 N MELROSE, ROUND LAKE, IL 60073 | |
| 10924 | FLORAL GLASS & MIRROR, 224 SANDBANK ROAD, CHESHIRE, CT 06410 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FLORAL GLASS & MIRROR, 895 MOTOR PARKWAY, HAUPPAUGE, NY 11788 | |
| 10924 | FLORAL GLASS & MIRROR, PO BOX 882, CHESHIRE, CT 06410 | |
| 10924 | FLORAL GLASS, 99 MURRAY HILL PKWY, EAST RUTHERFORD, NJ 07073 | |
| 10925 | FLORAL VISIONS INC., 590 S.W. 9TH TERRANCE #4, POMPANO BEACH, FL 33069 | |
| 10925 | FLORAN LABORATORIES INC, 3400 LOSCH BLVD UNIT 24, ST HUBERT, QC J3Y 5T6CANADA | *VIA Deutsche Post* |
| 10925 | FLORANCE, GORDON & BROWN, 800 MUTUAL BLDG, RICHMOND, VA 23219-3013 | |
| 10925 | FLOREANI, LYNN, 16E BRUNSWICK AVE, NEW BERN, NC 28562 | |
| 10925 | FLOREK, LAWRENCE, 4735 S TRIPP CHICAGO IL, CHICAGO, IL 60632 | |
| 10925 | FLOREK, PAULA, 4620 DRAKE RD, NORWALK, OH 44857 | |
| 10924 | FLORENCE & NEW ITALIAN ART CO., 27735 INDUSTRIAL BOULEVARD, HAYWARD, CA 94545 | |
| 10925 | FLORENCE A FRICKE, 1812 IBIS LANE, SANIBEL, FL 33957-4002 | |
| 10925 | FLORENCE A RICAUD, BOX 84, MASSENA, NY 13662-0084 | |
| 10924 | FLORENCE AND NEW ITALIAN, ART CO, HAYWARD, CA 94545 | |
| 10925 | FLORENCE ANN KNUTH &, ANN J MUELLER JT TEN, APT 1-A, 6327 SOUTH GRAND BLVD, ST LOUIS, MO 63111-2628 | |
| 10925 | FLORENCE BUILDING MATERIALS, 1647 E JERICHO PIKE, HUNTINGTON, NY 11743 | |
| 10924 | FLORENCE BUILDING SUPPLY, 1647 E. JERICHEO TURNPIKE, HUNTINGTON, NY 11743 | |
| 10924 | FLORENCE BUILDING SUPPLY, 1647 EAST JERICHO TURNPIKE, HUNTINGTON, NY 11743 | |
| 10924 | FLORENCE CONCRETE PROD, ATTN:  ACCOUNTS PAYABLE, SUMTER, SC 29151 | |
| 10924 | FLORENCE CONCRETE PRODUCTS, ATTNL:  ACCOUNTS PAYABLE, SUMTER, SC 29151 | |
| 10924 | FLORENCE CONCRETE, DARLINGTON HWY, FLORENCE, SC 29502 | |
| 10924 | FLORENCE CONCRETE, INDUSTRIAL RD, SUMTER, SC 29150 | |
| 10925 | FLORENCE ESTAVER, 2245 S E 7TH PLACE, HOMESTEAD, FL 33033-5217 | |
| 10925 | FLORENCE F GORDON, 3000 SO OCEAN DR APT 5-C, HOLLYWOOD, FL 33019-2808 | |
| 10925 | FLORENCE FULLER DVLP CNTR, 200 N.E. 14TH ST, BOCA RATON, FL 33432 | |
| 10925 | FLORENCE FUMIKO CLINE, 3900 EDWARDS LN, FALLON, NV 89406-7383 | |
| 10925 | FLORENCE G STEPHEN, 3637 SNELL AVE APT 15, SAN JOSE, CA 95136-1315 | |
| 10925 | FLORENCE HANFT, 2 FISHER DR, MT VERNON, NY 10552-3666 | |
| 10924 | FLORENCE HOSPITAL, 2111 CLOYD BLVD., FLORENCE, AL 35631 | |
| 10925 | FLORENCE J MACKLER, 122 LARKSPUR RD, STAMFORD, CT 06903-3410 | |
| 10925 | FLORENCE JACOBS, 34-10 94TH ST, JACKSON HEIGHTS, NY 11372-3831 | |
| 10925 | FLORENCE L JENKS, 3831 W ESTES AVE, LINCOLNWOOD, IL 60712-1031 | |
| 10925 | FLORENCE L LIESEGANG, 3214 BROECK POINTE CIRCLE, LOUISVILLE, KY 40241-2549 | |
| 10925 | FLORENCE L SMITH & KAREN HEFTER &, CHRISTIE ROOS TR UA MAY 7 92, FLORENCE L SMITH REVOCABLE TRUST, 403 W CENTER ST 109, MANCHESTER, CT 06040-4792 | |
| 10924 | FLORENCE MENS PRISON, UNIVERSAL ROOFERS, FLORENCE, AZ 85232 | |
| 10925 | FLORENCE ROEMER DAVIDSON, C/O HARRIET DAVIDSON, 8709 LOWELL ST, BETHESDA, MD 20817-3217 | |
| 10925 | FLORENCE TRABOLSI, 123 MARINE AVE, BROOKLYN, NY 11209-7258 | |
| 10924 | FLORENCE WINNELSON CO, 8505 US 42, FLORENCE, KY 41042 | |
| 10925 | FLORENCE, ANGELA, 4588 BARTLETT RD., FOREST PARK, GA 30050 | |
| 10925 | FLORES MD, EM, A 12 VILLA CAPTAIN, MAYAGUEZ, PR 00708 | |
| 10925 | FLORES, ADAN, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | FLORES, ADOLFO, 2038 34TH AVE, OAKLAND, CA 94601 | |
| 10925 | FLORES, ALICIA, 211 E. PYRON, SAN ANTONIO, TX 78214 | |
| 10925 | FLORES, ANGEL, 3917 PEACE PIPE DR, ORLANDO, FL 32829 | |
| 10925 | FLORES, AURORA, RT 5 BOX 101-A, FLORESVILLE, TX 78114 | |
| 10925 | FLORES, CHRISTIE, 5607 SUMMER GOLD, SAN ANTONIO, TX 78222 | |
| 10925 | FLORES, CYNTHIA, 1600 DALE # 108, AMARILLO, TX 79107 | |
| 10925 | FLORES, DAN, 611 COUNTRY CLUB DR., 523, SIMI VALLEY, CA 93065-7620 | |
| 10925 | FLORES, ELISA, 11118 COLEBROOK, HOUSTON, TX 77072 | |
| 10925 | FLORES, ELIZABETH, 3132 16TH ST NW APT 401, WASHINGTON, DC 20010 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FLORES, ELSA, 506 N. 2ND, BROWNFIELD, TX 79316

10925   FLORES, ENRIQUE, 4011 38TH ST, BRENTWOOD, MD 20722

10925   FLORES, EUSEBIO, 215 AVE J, HEREFORD, TX 79045

10925   FLORES, EZEQUIEL, 654 EDGEBROOK, HOUSTON, TX 77034

10925   FLORES, FEDERICA, 621 ROXANNA, ODESSA, TX 79762

10925   FLORES, FERNANDO, 202 JASPER, CORPUS CHRISTI, TX 78409

10925   FLORES, GLORIA, 5236 E. 14TH ST., BROWNSVILLE, TX 78520

10925   FLORES, HECTOR, 3318 WEEPING WILLOW, LAREDO, TX 78041

10925   FLORES, ITZA, CALLE GUANINA I-17, CAGUAS, PR 00725

10925   FLORES, JAMES, RT. 2, BOX 240, COLUMBIA, LA 71418

10925   FLORES, JORGE, 2927 BROADWAY, SAN DIEGO, CA 92102

10925   FLORES, JOSE, 1210 4TH ST NW #104, WASHINGTON, DC 20001

10925   FLORES, JOSE, 1316 BLEMONT ST NW, WASHINGTON, DC 20009

10925   FLORES, JOSE, BO RAYO GUAVAS HC10 BOX 7876, SABANA GRANDE, PR 00637

10925   FLORES, JUAN, 6156 WILLSTON DR #2, FALLS CHURCH, VA 22044

10925   FLORES, JUAN, 7505 23 AV, HYATTSVILLE, MD 20783

10925   FLORES, KATHERINE, 904 PRADO, SAN ANTONIO, TX 78225

10925   FLORES, KATHLEEN, 7118 HARPERS DR., RICHMOND, TX 77469

10925   FLORES, LESA, PO BOX 78, PARKER, AZ 85344

10925   FLORES, LUCY, 113 AVE E, HEREFORD, TX 79045

10925   FLORES, LUIS, 3300 AVE K, FT WORTH, TX 76105

10925   FLORES, MARIA, 15104 DEWEY ST, SAN LEANDRO, CA 94579

10925   FLORES, MARIE, 300 E MAGNOLIA, MIDLAND, TX 79705

10925   FLORES, MARY LOU, 1611 LAGUNDA, FORT WORTH, TX 76106

10925   FLORES, NANCY, 2925 BIG HORN, SAN ANTONIO, TX 78228

10925   FLORES, OLIVIA, 6214 VALLEY KING, SAN ANTONIO, TX 78250

10925   FLORES, ORALIA, 5100 NW LOOP 410, SAN ANTONIO, TX 78229

10925   FLORES, PATRICIA, 914 RANKIN, MISSION, TX 78572

10925   FLORES, RAYMUNDO, 2111 GRAYSON, FT WORTH, TX 76106

10925   FLORES, RENE, 8613 PUERTO VIEJO, LAREDO, TX 78045

10925   FLORES, RICHARD, 4210 MONITOR ST, HOUSTON, TX 77093-1430

10925   FLORES, ROXANA, 11312 VEIRS MILL ROAD, WHEATON, MD 20907

10925   FLORES, RUDY, 3306 N TERRY, FORT WORTH, TX 76106

10925   FLORES, SAMUEL, 124 E. CALERA, UVALDE, TX 78801

10925   FLORES, SANDRA, 3932 LAWN, DEL CITY, OK 73115

10925   FLORES, SARAGOSA, 120 GARCIA, ALICE, TX 78332

10925   FLORES, SAUL, 16132 VANOWEN, VAN NUYS, CA 91406

10925   FLORES, SONIA, 216 E. SAM HOUSTON, PHARR, TX 78577

10925   FLORES, THOMAS, 912 E PINE, VICTORIA, TX 77901

10925   FLORES, TOMMY, 653 DALRYMPLE, LAS CRUCES, NM 88005

10925   FLORES, TONY, 8545 MIDPARK, DALLAS, TX 75240

10925   FLORES, YOLANDA, 1008 W.L. MORENO, CALEXICO, CA 92231

10925   FLORESTA, MARY JOAN, 40 PARK DR. E, SYOSSETG, NY 11791

10925   FLORESVILLE I.S.D., 2 LIBRARY LANE, FLORESVILLE, TX 78114-2239

10925   FLORESVILLE I.S.D., ANNA D. GONSALVES TAX COLLECTOR, 2 LIBRARY LANE, FLORESVILLE, TX
        78114-2239

10925   FLOREY JT TEN, ANNE & VICTORIA, BOX 101, NINILCHIK, AK 99639

10925   FLOREZ, TAURINO, 2515 W JEFFERSON, DALLAS, TX 75211

10925   FLOREZ-KOEPKE, ALLISON, 7948 S. MERRIMAC, BURBANK, IL 60459

10925   FLORIAN, DENNIS, 4400 FORGE ROAD, PERRY HALL, MD 21128

10925   FLORIAN, DENNIS, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  FLORIAN, NANCY, 601 PHEASANT RUN DR, CINNAMINSON, NJ 08077

10925  FLORIDA 2 WAY SERVICE INC, 2700 DAVIE ROAD, DAVIE, FL 33314

10924  FLORIDA A&M UNIVERSITY, 1520 SOUTH BRONOUGH ST., TALLAHASSEE, FL 32301

10924  FLORIDA AIRCRAFT SUPPLY, MIAMI, FL 33166

10925  FLORIDA AND ROOFING SHEET METAL, 115 EAST JENNINGS ST, TALLAHASSEE, FL 32301

10925  FLORIDA ASSOC OF STATE TROOPERS, PO BOX 24773, WEST PALM BEACH, FL 33416-4773

10925  FLORIDA ATLANTIC UNIVERSITY, 777 GLADES ROAD, BOCA RATON, FL 33431

10925  FLORIDA ATLANTIC UNIVERSITY, PO BOX 3091, BOCA RATON, FL 33431-0991

10925  FLORIDA ATTY GENERAL, ATTN: ROBERT A BUTTERWORTH, THE CAPITAL, PL 01, TALLAHASSEE, FL 32399

10925  FLORIDA BAR, THE, 650 APALACHEE PKWY, TALLAHASSEE, FL 32399-2300

10925  FLORIDA BAR, THE, PO BOX 30381, TAMPA, FL 33630-3381

10925  FLORIDA BAR, THE, PO BOX 43671, JACKSONVILLE, FL 32203-3671

10925  FLORIDA BEARINGS INC, 2916 S.DIXIE HWY, WEST PALM BEACH, FL 33409

10924  FLORIDA BUILDING PROD, 4500 P.G.A. BLVD., PALM BEACH GARDENS, FL 33418

10924  FLORIDA BUILDING PRODUCTS, 10358 RIVERSIDE DRIVE, PALM BEACH GARDENS, FL 33410

10924  FLORIDA BUILDING PRODUCTS, 4500 PGA BLVD, PALM BEACH GARDENS, FL 33418

10925  FLORIDA CENTRAL RAILROAD, POBOX 967, PLYMOUTH, FL 32768-0967

10925  FLORIDA CHAMBER/COMMERCE, PO BOX 11309, TALLAHASSEE, FL 32302-3309

10925  FLORIDA CHEMICAL CO INC, PO BOX 31081, TAMPA, FL 33631-3081

10925  FLORIDA CHEMICAL CO INC, POBOX 31081, TAMPA, FL 33631-3081

10925  FLORIDA CHEMICAL INDUSTRY, 315 S. CALHOUN ST. #300, TALLAHASSEE, FL 32301-1837

10925  FLORIDA CONCRETE & PRODUCTS ASSOC., 3030 DADE AVE., ORLANDO, FL 32804

10925  FLORIDA CONCRETE AND PRODUCTS, 649 VASSAR ST, ORLANDO, FL, FL 32804-5382

10925  FLORIDA CONCRETE AND PRODUCTS, ASSOCIATION INC, ATTN: ACCOUNT RECEIVABLE, 3030 DADE AVE, ORLANDO, FL 32804

10924  FLORIDA CONCRETE PIPE CORP., 25726 COUNTY RD. 561, ASTATULA, FL 34705

10924  FLORIDA CONCRETE PIPE CORP., P.O. BOX 435, ASTATULA, FL 34705

10924  FLORIDA CONCRETE PIPE, ROUTE 561, ASTABULA, FL 32705

10924  FLORIDA CRUSHED STONE CO., 10311 CEMENT PLANT ROAD, BROOKSVILLE, FL 34601

10924  FLORIDA CRUSHED STONE CO., PO BOX1508, BROOKSVILLE, FL 34605

10924  FLORIDA CRUSHED STONE COMPANY, ATTN:  ACCOUNTS PAYABLE, CLERMONT, FL 34712-1508

10924  FLORIDA CRUSHED STONE, CLERMONT, FL 34711

10925  FLORIDA DEPT OF ENV PROTECTION, PO BOX 15425, WEST PALM BEACH, FL 33416

10925  FLORIDA DEPT OF ENVIR PROTECTION, 3900 COMMONWEALTH BLVD, TALLAHASSEE, FL 32399

10925  FLORIDA DEPT OF ENVIR PROTECTION, 3900 COMMONWEALTH BLVD, TALLAHASSEE, FL 32399-3000

10925  FLORIDA DEPT OF EPA, PAUL WIERZBICKI, WASTE CLEANUP SUPV, PO BOX 15425, W PALM BEACH, FL 33416

10925  FLORIDA DEPT OF INSURANCE, POBOX 6000, TALLAHASSEE, FL 32314-6000

10925  FLORIDA DEPT OF REVENUE, 5050 W TENNESSEE ST, TALLAHASSEE, FL 32399-0125

10925  FLORIDA DEPT OF STATE, PO BOX 6687, TALLAHASSEE, FL 32314-6687

10925  FLORIDA DEPT OF TRANSPORTATIO, 605 SUWANNEE ST, TALLAHASSEE, FL 32399-0450

10925  FLORIDA DEPT OF TRANSPORTATIO, PO BOX 872, ORLANDO, FL 32802

10925  FLORIDA DEPT OF TRANSPORTATION, 605 SUWANNEE ST.ROOM 60 M.S.55, TALLAHASSEE, FL 32399-0455

10925  FLORIDA DEPT OF TRANSPORTATION, I-75, PUNTA GORDA, FL 33950

10924  FLORIDA DEPT. OF AGRICULT, STERILE FLY LAB, GAINESVILLE, FL 32614

10924  FLORIDA DEPT. OF AGRICULTURE, 1913 SOUTHWEST 34TH ST., GAINESVILLE, FL 32608

10924  FLORIDA DEPT. OF AGRICULTURE, STERILE FLY LAB., GAINESVILLE, FL 32608

10925  FLORIDA DEPT. OF TRANSPORTATION, 605 SUWANNEE ST ,ROOM 60,M.S.55, TALLAHASSEE, FL 32399-0455

10924  FLORIDA DEVELOPERS, 642 WEST BREVARD ST, TALLAHASSEE, FL 32304

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FLORIDA DEVELOPERS, CAMBRIDGE, MA 02140 | |
| 10924 | FLORIDA DRUM COMPANY, INC., 10 SPRUCE STREET, PENSACOLA, FL 32502 | |
| 10924 | FLORIDA DRUM DELTA COMPANY, 3300 HUTCHINSON STREET, PINE BLUFF, AR 71602 | |
| 10925 | FLORIDA EMPLOYERS, ADVISORY COUNCIL, BOCA RATON, FL 33481 | |
| 10925 | FLORIDA ENGINEERING & DESIGN GROUP, 4549 S.W. 54 COURT, SUITE 2B, FORT LAUDERDALE, FL 33314 | |
| 10925 | FLORIDA ENGINEERING SOCIETY, PO BOX 750, TALLAHASSEE, FL 32302 | |
| 10925 | FLORIDA ENTERTAINMENT SERVICES, 271 CIRCLE DRIVE, MAITLAND,, FL 32761 | |
| 10925 | FLORIDA FILTERS INC, PO BOX 370985, MIAMI, FL 33137 | |
| 10925 | FLORIDA FLAME, 2651 N E 186 TERRACE, NORTH MIAMI BEACH, FL 33180 | |
| 10924 | FLORIDA FLOATS INC, 1813 DENNIS STREET, JACKSONVILLE, FL 32204 | |
| 10924 | FLORIDA FLOATS, 1813 DENNIS STREET, JACKSONVILLE, FL 32204 | |
| 10925 | FLORIDA FORUM MAGAZINE, 4111 METRIC DR, WINTER PARK, FL 32792 | |
| 10924 | FLORIDA HARDWARE CO, 436 CASSAT AVE, JACKSONVILLE, FL 32205 | |
| 10925 | FLORIDA HEALTH COALITION, 3900 NW 79TH AVE, MIAMI, FL 33166 | |
| 10925 | FLORIDA HEALTHCARE ENGINEERING, PO BOX 536544, ORLANDO, FL 32853-6544 | |
| 10925 | FLORIDA HERCULES CORP, ATT ESTON E MULLINIX, 118 ATLANTIC ROAD, NORTH PALM BEACH, FL 33408-4602 | |
| 10924 | FLORIDA HOSPITAL MEDICAL PLAZA, C/O ALLSTATES FIREPROOFING, 2501 NORTH ORANGE AVE., ORLANDO, FL 32804 | |
| 10925 | FLORIDA HOSPITAL, POBOX 333, EUSTIS, FL 32727-0333 | |
| 10925 | FLORIDA HOUSE, ONE SECOND ST , NE, WASHINGTON, DC 20002 | |
| 10925 | FLORIDA INDEPENDENT CONCRETE, AND ASSOC. PRODS. INC., 318 NEWMAN ROAD, SEBRING, FL 33876-6702 | |
| 10924 | FLORIDA INDEPENDENT MAT., 122 EAST TILLMAN AVENUE, LAKE WALES, FL 33859-0840 | |
| 10924 | FLORIDA INDEPENDENT MATERIALS, 122 EAST TILLMAN AVENUE, LAKE WALES, FL 33859 | |
| 10924 | FLORIDA INDEPENDENT MATERIALS, ATTN:  ACCOUNTS PAYABLE, LAKE WALES, FL 33859-0840 | |
| 10925 | FLORIDA INDUSTRIAL SUPPLY, PO BOX 851, TALLEVAST, FL 34270-0851 | |
| 10925 | FLORIDA INSTITUTE OF CPAS, PO BOX 5437, TALLAHASSEE, FL 32314 | |
| 10924 | FLORIDA INTERNATIONAL CORP, 17278 SW 139TH CT, MIAMI, FL 33177 | |
| 10924 | FLORIDA INTERNATIONAL CORP., 17278 SW 139 COURT, MIAMI, FL 33177 | |
| 10925 | FLORIDA LEGISLATURE, THE, 111 WEST MADISON ST, TALLAHASSEE, FL 32399-1400 | |
| 10924 | FLORIDA LIME CORP., ATTENTION: ACCOUNTS PAYABLE, PONCE, PR 00733-1349PUERTO RICO | *VIA Deutsche Post* |
| 10924 | FLORIDA LIME CORP., PO BOX331349, PONCE, PR 00733-1349PUERTO RICO | *VIA Deutsche Post* |
| 10925 | FLORIDA MARKETING, 102 EAST GRANADA BLVD, ORMOND BEACH, FL 32176 | |
| 10925 | FLORIDA MARKING PRODUCTS, INC, 555 DOG TRACK ROAD, LONGWOOD, FL 32750-6547 | |
| 10925 | FLORIDA MARLINS BASEBALL LTD, 2267 N W 199TH ST, MIAMI, FL 33056 | |
| 10925 | FLORIDA MARLINS BASEBALL, PO BOX 025650, MIAMI, FL 33102-5650 | |
| 10924 | FLORIDA MEDICAL CENTER, C/O GALE FIREPROOFING, GAINESVILLE, FL 32605 | |
| 10924 | FLORIDA MINING & MATERIAL, SOUTHERN DISTRICT, TAMPA, FL 33631 | |
| 10924 | FLORIDA MINING & MATERIALS, ATTN:  ACCOUNTS PAYABLE, TAMPA, FL 33631 | |
| 10924 | FLORIDA MINING & MATERIALS, ATTN:  ACCOUNTS PAYABLE, TAMPA, FL 33684 | |
| 10924 | FLORIDA MINING & MATERIALS, P.O. BOX 31965, TAMPA, FL 33631 | |
| 10924 | FLORIDA MINING & MATERIALS, PANHANDLE DISTRICT, TAMPA, FL 33631 | |
| 10925 | FLORIDA MINING & MATERIALS, PO BOX 152137, TAMPA, FL 33684 | |
| 10925 | FLORIDA MINING & MATERIALS, PO BOX 31965, TAMPA, FL 33631-3965 | |
| 10924 | FLORIDA MINING & MATERIALS, SOUTHERN DISTRICT, TAMPA, FL 33631 | |
| 10924 | FLORIDA MINING, ATTN: TONY HATCHER, PANAMA CITY, FL 32402 | |
| 10924 | FLORIDA MINING-REFER TO #233597, SOUTHERN DISTRICT, TAMPA, FL 33631 | |
| 10925 | FLORIDA NOTARY SERVICE & BONDING CO, PO BOX 7177, TALLAHASSEE, FL 32314 | |
| 10925 | FLORIDA NOTARY SERVICE AND, POBOX 7177, TALLAHASSEE, FL 32314-9922 | |
| 10925 | FLORIDA PANTHERS, 100 N E THIRD AVE-10TH FL, FORT LAUDERDALE, FL 33301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  FLORIDA PETROLEUM, PO BOX 1947/317 RIVEREDGE, COCOA, FL 32923

10925  FLORIDA PHYSICIANS MEDICAL GROUP, PO BOX 538600, ORLANDO, FL 32853-8600

10925  FLORIDA PIPE & SUPPLY CO., PO BOX 102286, ATLANTA, GA 30368-2286

10924  FLORIDA POLYMERS INC., 1000 SAND POND ROAD, LAKE MARY, FL 32746

10924  FLORIDA POLYMERS, INC., 1050 SAND POND ROAD, LAKE MARY, FL 32746

10924  FLORIDA POTTING SOIL, 1128 OLD CLYATTVILLE RD, VALDOSTA, GA 31601

10924  FLORIDA POTTING SOIL, 3800 OVERLAND ROAD, ORLANDO, FL 32854

10924  FLORIDA POTTING SOIL, P O BOX, ORLANDO, FL 32854-7008

10925  FLORIDA POWER & LIGHT, GENERAL MAIL FACILITY, MIAMI, FL 33188-0001

10925  FLORIDA POWER AND LIGHT, BOX 2409, DELRAY BEACH, FL 33447

10925  FLORIDA POWER CORPORATION, PO BOX 33199, SAINT PETERSBURG, FL 33733-8199

10925  FLORIDA POWER CORPORATION, PO BOX 33199, ST. PETERSBURG, FL 33733

10924  FLORIDA PRECAST DECORATOR, PO BOX608208, ORLANDO, FL 32860

10924  FLORIDA PRECAST, 636 E. 13TH STREET., APOPKA, FL 32703

10924  FLORIDA PRECAST, P O BOX 608208, ORLANDO, FL 32860

10925  FLORIDA PRESTRESSED CONCRETE ASSOC, PO BOX 08669, FORT MYERS, FL 33908-0669

10925  FLORIDA PUBLIC UTILITIES, PO BOX 3395, WEST PALM BEACH, FL 33402-3395

10925  FLORIDA QUALITY WORKSHOP, 2006 N.E. WALDO ROAD, GAINESVILLE, FL 32609

10925  FLORIDA RADIO RENTAL INC, 2700 DAVIE RD, DAVIE, FL 33314

10924  FLORIDA READY MIX INC, 4810 SW 36TH ST, FORT LAUDERDALE, FL 33314

10925  FLORIDA REGIONAL MINORITY PURCH., 7765 NW 48TH ST STE. 300, MIAMI, FL 33166

10925  FLORIDA REGIONAL MINORITY, BLDG F-2 SUITE 300, MIAMI, FL 33166

10924  FLORIDA ROCK & SAND CO., 15900 S.W. 408TH ST., FLORIDA CITY, FL 33034

10924  FLORIDA ROCK & SAND CO., ATTN:  ACCOUNTS PAYABLE, FLORIDA CITY, FL 33034

10924  FLORIDA ROCK & SAND CO., P.O. BOX 3004, FLORIDA CITY, FL 33034

10924  FLORIDA ROCK & SAND CO., US HWY. 1, MILE MARKER 92.5, TAVERNIER, FL 33070

10925  FLORIDA ROCK & SAND, 15900 SW 408TH ST, FLORIDA CITY, FL 33034

10925  FLORIDA ROCK & TANK LINES, INC, PO BOX 620000, STOP 8376, ORLANDO, FL 32891-8376

10924  FLORIDA ROCK CENTRAL DIV, 5109 CARDER RD, ORLANDO, FL 32810

10924  FLORIDA ROCK IND INC (205), ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201

10924  FLORIDA ROCK IND INC, ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201

10924  FLORIDA ROCK IND, 5920 W LINEBAUGH AVE, TAMPA, FL 33624

10924  FLORIDA ROCK IND, ATTN:  ACCOUNTS PAYABLE, ORLANDO, FL 32854

10924  FLORIDA ROCK IND., ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201

10924  FLORIDA ROCK IND., ATTN:  ACCOUNTS PAYABLE, SAINT AUGUSTINE, FL 32085

10924  FLORIDA ROCK INDUSTRIES (205), 16790 GATOR ROAD, FORT MYERS, FL 33912

10924  FLORIDA ROCK INDUSTRIES (245), ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201

10924  FLORIDA ROCK INDUSTRIES (255), ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201

10924  FLORIDA ROCK INDUSTRIES (958), ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201

10924  FLORIDA ROCK INDUSTRIES (969), 700 PALMETTO STREET, JACKSONVILLE, FL 32202

10925  FLORIDA ROCK INDUSTRIES INC., PO BOX 620000 STOP 9927, ORLANDO, FL 32891

10925  FLORIDA ROCK INDUSTRIES INC., POBOX 4667, JACKSONVILLE, FL 32201

10924  FLORIDA ROCK INDUSTRIES, 1 AIRPORT BLVD., ORLANDO, FL 32812

10924  FLORIDA ROCK INDUSTRIES, 10001 630 ROAD, MULBERRY, FL 33860

10924  FLORIDA ROCK INDUSTRIES, 1005 KISSIMMEE ST., TALLAHASSEE, FL 32304

10924  FLORIDA ROCK INDUSTRIES, 1020 31ST ST. SOUTH, SAINT PETERSBURG, FL 33712

10924  FLORIDA ROCK INDUSTRIES, 11002 NEW BERLIN ROAD, JACKSONVILLE, FL 32226

10924  FLORIDA ROCK INDUSTRIES, 12175 46TH STREET N, CLEARWATER, FL 34615

10924  FLORIDA ROCK INDUSTRIES, 12201 N. W. 25TH ST., MIAMI, FL 33182

10924  FLORIDA ROCK INDUSTRIES, 12201 N.W. 25 ST., MIAMI, FL 33182

10924  FLORIDA ROCK INDUSTRIES, 127 SOUTH EDGEWOOD AVENUE, JACKSONVILLE, FL 32205

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FLORIDA ROCK INDUSTRIES, 131 EAST LAND STREET, SOUTHWOOD, FL 32809 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1330 THOMAS ROAD, LEESBURG, FL 34748 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1371 42ND STREET N.W., WINTER HAVEN, FL 33883 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 14005 N. W. 186 STREET, HIALEAH, FL 33002 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1409 PONDELLA RD., NORTH FORT MYERS, FL 33903 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1480 S.W. POWERLINE ROAD, DEERFIELD BEACH, FL 33441 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1519 24 AVENUE NE, ELLENTON, FL 34222 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 16790 GATOR ROAD, FORT MYERS, FL 33912 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 170 PINE AVE., OLDSMAR, FL 34677 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1701 DELORIS DRIVE, KISSIMMEE, FL 34746 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1735 HWY 40 EAST, KINGSLAND, GA 31548 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1920 DOBBS ROAD, SAINT AUGUSTINE, FL 32086 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 1975 UNIVERSITY PARKWAY, SARASOTA, FL 34243 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 2300 MERSHON DR., LAKELAND, FL 33801 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 252 SEABOARD AVE., VENICE, FL 34292 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 2901 COOPER STREET, PUNTA GORDA, FL 33950 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 311 EDWARDS ROAD, STARKE, FL 32091 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 4150 MAVERICK COURT, SANFORD, FL 32771 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 4406 PROGRESS AVENUE, NAPLES, FL 33942 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 466 AULIN AVE, OVIEDO, FL 32765 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 4700 UNIVERSITY BLVD, JACKSONVILLE, FL 32216 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 4707 GORDON ST./UNIVERSITY BLVD, JACKSONVILLE, FL 32216 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 4707 GORDON STREET (R/M), JACKSONVILLE, FL 32216 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 4895 HIGHWAY 92 E, LAKELAND, FL 33801 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 49 NEPTUNE RD., KISSIMMEE, FL 34744 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 49 NEPTUNE ROAD, KISSIMMEE, FL 34741 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 495 W. MAIN ST., BARTOW, FL 33830 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 508 YOUNG LANE, BRUNSWICK, GA 31520 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5109 CARDER RD, ORLANDO, FL 32810 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5109 CARDER RD., ORLANDO, FL 32810 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5109 CARDER RD., ORLANDO, FL 32854 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5109 CARDER ROAD, ORLANDO, FL 32810 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5109 CARDER ROAD, ORLANDO, FL 32854 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 550 W. NEW ANCLOTE, TARPON SPRINGS, FL 34689 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5609 NORTH 50TH ST., TAMPA, FL 33610 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 580 PRINEVILLE RD, PORT CHARLOTTE, FL 33954 | |
| 10925 | FLORIDA ROCK INDUSTRIES, 5920 W LINEBAUGH AVE, TAMPA, FL 33624 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5920 W LINEBAUGH AVE, TAMPA, FL 33624 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5920 W LINEBAUGH AVE., TAMPA, FL 33624 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5920 W. LINEBAUGH AVE., TAMPA, FL 33624 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5920 W. LINEBAUGH, TAMPA, FL 33624 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 5920 WEST LINEBAUGH AVE., TAMPA, FL 33624 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 6000 DEACON RD, SARASOTA, FL 34238 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 6200 SHIRLEY ST, NAPLES, FL 33942 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 6703 SO. 78TH ST., RIVERVIEW, FL 33569 | |
| 10925 | FLORIDA ROCK INDUSTRIES, 700 PALMETTO ST, JACKSONVILLE, FL 32202 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 700 PALMETTO ST., JACKSONVILLE, FL 32203 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 700 PALMETTO STREET, JACKSONVILLE, FL 32202 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 7332 ROOSEVELT BLVD., JACKSONVILLE, FL 32244 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 807 N SCENIC HWY., LAKE WALES, FL 33853 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 807 N. SCENIC HWY, LAKE WALES, FL 33853 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | FLORIDA ROCK INDUSTRIES, 8225 25TH COURT EAST, SARASOTA, FL 34243 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 8430 ARCOLA AVE., HUDSON, FL 34667 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 924 S MAIN ST, GAINESVILLE, FL 32601 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 924 SOUTH MAIN STREET, GAINESVILLE, FL 32601 | |
| 10924 | FLORIDA ROCK INDUSTRIES, 950 10TH STREET SOUTH & 10TH AVE, JACKSONVILLE, FL 32250 | |
| 10924 | FLORIDA ROCK INDUSTRIES, ALICO RD., FORT MYERS, FL 33912 | |
| 10924 | FLORIDA ROCK INDUSTRIES, ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201 | |
| 10924 | FLORIDA ROCK INDUSTRIES, ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32201-4667 | |
| 10924 | FLORIDA ROCK INDUSTRIES, ATTN:  ACCOUNTS PAYABLE, ORLANDO, FL 32854 | |
| 10924 | FLORIDA ROCK INDUSTRIES, ATTN: ACCOUNTS PAYABLE, JACKSONVILLE, FL 32203 | |
| 10924 | FLORIDA ROCK INDUSTRIES, ATTN: ACCOUNTS PAYABLE, ORLANDO, FL 32862 | |
| 10924 | FLORIDA ROCK INDUSTRIES, CENTRAL FLORIDA DIVISION, ORLANDO, FL 32854 | |
| 10924 | FLORIDA ROCK INDUSTRIES, GATE 10, 1000 ORDINANCE ROAD, ORLANDO, FL 32809 | |
| 10924 | FLORIDA ROCK INDUSTRIES, HANDCOCK RD, CLERMONT, FL 34711 | |
| 10924 | FLORIDA ROCK INDUSTRIES, HWY A1A AT RAILROAD TRACKS, YULEE, FL 32097 | |
| 10924 | FLORIDA ROCK INDUSTRIES, HWY US 41, WILLISTON, FL 32696 | |
| 10924 | FLORIDA ROCK INDUSTRIES, P O BOX 4667, JACKSONVILLE, FL 32201 | |
| 10924 | FLORIDA ROCK INDUSTRIES, P O BOX D589, SAINT AUGUSTINE, FL 32085 | |
| 10924 | FLORIDA ROCK INDUSTRIES, RR TRACKS 95TH STREET, LARGO, FL 34647 | |
| 10924 | FLORIDA ROCK INDUSTRIES, SOUTH 8TH STREET, FERNANDINA BEACH, FL 32034 | |
| 10924 | FLORIDA ROCK INDUSTRIES, SOUTH OF HWY 92 ON HWY 17, 3790 LAKE ALFRED RD., WINTER HAVEN, FL 33880 | |
| 10924 | FLORIDA ROCK INDUSTRIES, TAMPA BAY DIVISION, TAMPA, FL 33624 | |
| 10924 | FLORIDA ROCK, 550 W. NEW ANCLOTE RD., TARPON SPRINGS, FL 34689 | |
| 10924 | FLORIDA ROCK, 5920 W. LINEBAUGH, TAMPA, FL 33625 | |
| 10924 | FLORIDA ROCK, P.O. BOX 310, TALLEVAST, FL 34270 | |
| 10925 | FLORIDA ROOFING & SHEET METAL, 115 EAST JENNINGS ST, TALLAHASSEE, FL 32303 | |
| 10925 | FLORIDA ROOFING,SHEET METAL, &, PO BOX 4850, WINTER PARK, FL 32793 | |
| 10925 | FLORIDA RUBBER & SUPPLY CO, PO BOX 3720, JACKSONVILLE, FL 32206-0720 | |
| 10924 | FLORIDA SANITARY SUPPLIERS, 3031 NORTH ANDREWS AVENUE EXIT, POMPANO BEACH, FL 33064 | |
| 10924 | FLORIDA SANITARY SUPPLIERS, PO BOX 1928, POMPANO BEACH, FL 33061 | |
| 10925 | FLORIDA SCIENTIFIC INDUSTRIES INC, POBOX 350182, JACKSONVILLE, FL 32235-0182 | |
| 10925 | FLORIDA SHEET METAL WORKS INC., 115 EAST JENNINGS ST, TALLAHASSEE, FL 32302 | |
| 10925 | FLORIDA SOUTHERN COLLEGE, 111 LAKE HOLLINGSLIONS DR, LAKELAND, FL 33801 | |
| 10925 | FLORIDA STATE FIRE & SECURITY INC., 3921 S.W. 47TH AVE SUITE 1004, DAVIE, FL 33314 | |
| 10925 | FLORIDA STATE SOCIETY, 499 LONGWORTH HOUSE, WASHINGTON, DC 20515 | |
| 10924 | FLORIDA STATE UNIVERSITY, 695 N. END ZONE BLDG., TALLAHASSEE, FL 32306 | |
| 10924 | FLORIDA STATE UNIVERSITY, C/O ALL SOUTH, TALLAHASSEE, FL 32303 | |
| 10924 | FLORIDA STATE UNIVERSITY, C/O CHAMBLESS CONSTRUCTION, TALLAHASSEE, FL 32304 | |
| 10924 | FLORIDA STATE UNIVERSITY, C/O CHAMBLESS FIREPROOFING, TALLAHASSEE, FL 32304 | |
| 10924 | FLORIDA STATE UNIVERSITY, CAMBRIDGE, MA 99999 | |
| 10925 | FLORIDA STATE-DEPT OF, 605 SUWANNEE ST, MS 62, TALLAHASSEE, FL 32399 | |
| 10924 | FLORIDA STEEL DRUM INC., 12180 UNIVERSITY CITY BOULEVARD, HARRISBURG, NC 28075 | |
| 10924 | FLORIDA STEEL DRUM INC., PO BOX249, HARRISBURG, NC 28075 | |
| 10925 | FLORIDA STRUCTURAL ENGINEERS ASSOC, 4761 SW 51ST ST, DAVIE, FL 33314 | |
| 10924 | FLORIDA SUPPLEMENT CORP., 2815 EVANS STREET, HOLLYWOOD, FL 33020 | |
| 10924 | FLORIDA TIMES UNION, THE, PO BOX 45008, JACKSONVILLE, FL 32232-5008 | |
| 10925 | FLORIDA TIMES-UNION, THE, POBOX 1949, JACKSONVILLE, FL 32231 | |
| 10925 | FLORIDA TIRE INC, 260 E MAIN ST, APOPKA, FL 32703 | |
| 10925 | FLORIDA TOWEL AND RAG, 182 CLAUDIA DR SOUTH, JACKSONVILLE, FL 32218 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FLORIDA TRANSPORTATION BUILDERS, PO BOX 1208-, TALLAHASSEE, FL 32302

10925   FLORIDA TREND, PO BOX 420235, PALM COAST, FL 32142

10925   FLORIDA VICTORY FUND, 430 SOUTH CAPITOL ST, S.E., WASHINGTON, DC 20003

10925   FLORIDA VOTER, 3921 SW 47TH AVE., FORT LAUDERDALE, FL 33314

10924   FLORIDA WILBERT INC, 5050 NEW KINGS ROAD, JACKSONVILLE, FL 32209

10924   FLORIDA WILBERT INC, P O BOX 40485, JACKSONVILLE, FL 32203

10924   FLORIDA WILBERT INCORP, ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32203

10925   FLORIDA YACHT & AVIATION, 8318 S.E. COCONUT ST, HOBE SOUND, FL 33455

10924   FLORIDAN HOTEL, 51659 NATIONAL RD EAST, SAINT CLAIRSVILLE, OH 43950

10924   FLORIDIAN COMPANY, 1101 N. MADISON ST., QUINCY, FL 32351

10925   FLORIDIN - ITC, A DIVISION OF ITC INDUSTRIALS INC, 5700 CLEVELAND ST SUITE 420, VIRGINIA
        BEACH, VA 23462

10925   FLORIDIN CORP, 5700 CLEVELAND ST STE 420, QUINCY, FL 32353

10925   FLORIDIN CORP, PO BOX 410, QUINCY, FL 32353

10925   FLORIDIN, 5700 CLEVELAND ST STE 420, VIRGINIA BEACH, VA 23462

10925   FLORIDIN, 5700 CLEVELAND ST SUITE 420, VIRGINIA BEACH, VA 23462

10924   FLORIDIN-ITC INDUSTRIAL, INC., ATT: TROY ARTHUR, 1130 DADE STREET, QUINCY, FL 32351

10925   FLORINE BOWERS, 683 WEST CUSTIS ST, ABERDEEN, MD 21001

10925   FLORIO, CAROL A, 61 12 67 ST, MIDDLE VILLAGE, NY 11379

10925   FLORIO, EILEEN, 827 PENNSYLVANIA AVE, LYNDHURST NJ, NJ 07071

10925   FLORIO, LISSA, 13 CAMPTON COURT, BALTIMORE, MD 21236

10925   FLORIO, NICOLINO, 26 CASSON LANE, WEST PATERSON, NJ 07424

10924   FLORIST PRODUCTS, INC., 570 ROCK ROAD DR., UNIT E, EAST DUNDEE, IL 60118

10925   FLORKOWSKI, HENRY, 4700 NEWLAND AVE, 205, HARWOOD HEIGHTS, IL 60656

10925   FLORO BELLISSIMO, 220 FIFTH AVE, PO BOX 588, ELLWOOD CITY, PA 16117

10924   FLOR-STAR SALES - WILKIN, MITTEL & MARK ROADS, WOOD DALE, IL 60191

10925   FLORY, BRIAN, 9 BUXTON CT, GREENVILLE, SC 29611

10925   FLORY, JAMES, PO BOX 278, MCCOMB, MS 39648

10925   FLORY, MICHAEL, 418 PENNSYLVANIA AVE, MCCOMB, MS 39648

10925   FLORYANCE, JAMES, 1602 S. 53RD. ST, WEST MILWAUKEE, WI 53214

10925   FLOT, MICHAEL, 403 LONGVIEW TERRACE, GREER, SC 29650-2551

10925   FLOTTE, BLANCA, 11968 WEST VOMAC RD, DUBLIN, CA 94568

10925   FLOURNOY, CHRISTY, 542 LORAINE CIR., GREENVILLE, TX 75401

10925   FLOURNOY, JOHN, 6167 PEBBLE DR, DOUGLASVILLE, GA 30135

10925   FLOW AUTOMATION INC., POBOX 297795, HOUSTON, TX 77297

10925   FLOW CONTROL SALES & SVC, INC, 1932 LINN ST, NKC, MO 64116

10925   FLOW CONTROL TECHNOLOGY, 20 WALDEN POND DR, NASHUA, NH 03060

10925   FLOW CONTROL, INC, 420 BENIGNO BLVD. UNIT J, BELLMAWR, NJ 08031

10925   FLOW CONTROLS INC, 7844 BELAIR RD., BALTIMORE, MD 21236

10925   FLOW CONTROLS, INC, 7844 BELAIR RD., BALTIMORE, MD 21236

10925   FLOW POLYMERS INC, PO BOX 75477, CLEVELAND, OH 44101-2199

10925   FLOW POLYMERS, INC, POBOX 75477, CLEVELAND, OH 44101-2199

10925   FLOW PRODUCTS, INCORPORATED, 2626 W. ADDISON, CHICAGO, IL 60618-5905

10925   FLOW TECH SUPPLY INC., PO BOX 1388, ORANGE, TX 77631-1388

10925   FLOW TECH, INC, 50 SCOTT ADAM RD., SUITE 212, HUNT VALLEY, MD 21030

10925   FLOW TECH, PO BOX 1388, ORANGE, TX 77631-1388

10925   FLOW THRU METALS, 201 COMMERCE DR, MOORESTOWN, NJ 08057

10925   FLOWE, DEIDRE, 148 COUNTRYWOOD DR, CLEVELAND, TN 37323

10924   FLOWER CITY BLDRS SUPPLY, PO BOX 294, FAIRPORT, NY 14450

10924   FLOWER CITY BLDRS SUPPLY, PO BOX 294, FAIRPORT, NY 14450-0294

10925   FLOWER COTTAGE & GIFTS INC, THE, PO BOX 276, HWY 92, ENOREE, SC 29335

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FLOWER PATCH FLORIST, THE, 314 SOUTH MAIN ST, WOODRUFF, SC 29388 | |
| 10925 | FLOWER SENSATIONS, 2750 WEST INDIAN SCHOOL RD, PHOENIX, AZ 85017 | |
| 10925 | FLOWERS BY CHRIS INC, 1019 CATHEDRAL ST, BALTIMORE, MD 21201 | |
| 10925 | FLOWERS BY CHRIS, 1019 CATHEDRAL ST., BALTIMORE, MD 21201 | |
| 10925 | FLOWERS BY CINA, 9712 CHAPMAN AVE., GARDEN GROVE, CA 92841 | |
| 10924 | FLOWERS ELEMENTARY SCHOOL, C/O SIPLAST, MONTGOMERY, AL 36109 | |
| 10924 | FLOWERS HOSPITAL, LINEAR ACCELERATOR II, DOTHAN, AL 36301 | |
| 10925 | FLOWERS IN THE PARK, 600 WEST CUMMINGS PK STE. 1350, WOBURN, MA 01801 | |
| 10925 | FLOWERS N THINGS, 31 N.E. 1ST AVE, POMPANO BEACH, FL 33060 | |
| 10925 | FLOWERS, CHARLES, 1902 ALTO VISTA AVE, BALTIMORE, MD 21207 | |
| 10925 | FLOWERS, CHARLES, RT 2 BOX 262, BENSON, NC 27504 | |
| 10925 | FLOWERS, DEBORAH, 8028 WASHINGTON LN, CAMERON, NC 28326 | |
| 10925 | FLOWERS, DOBY, ROUTE 7, BOX 962, TALLAHASSEE, FL 32308 | |
| 10925 | FLOWERS, ERVIN, 1616A N MARYWOOD, AURORA, IL 60505 | |
| 10925 | FLOWERS, ESQ, BRUCE, GUDA, SLAVICH, & FLORES, 5949 SHERRY LANE #1150, DALLAS, TX 75225 | |
| 10925 | FLOWERS, KIMBERLY, PO BOX 192, DOVER, NC 28526 | |
| 10925 | FLOWERS, LINDA, 2933 CEDAR BROOK DR., DECATUR, GA 30033 | |
| 10925 | FLOWERS, LOUISE, 3008 HOUCKS MILL ROAD, MONKTON, MD 21111-1806 | |
| 10925 | FLOWERS, REX, 1176 E LYNWOOD DRIVE, SAN BERNARDINO, CA 92404 | |
| 10925 | FLOWERS, ROKNER, 1667 SW 4TH ST, HOMESTEAD, FL 33030 | |
| 10925 | FLOWERS, SANDRA, 2109 TAN OAK LN., ARLINGTON, TX 76015 | |
| 10925 | FLOWERS, STACIE, RT 1 BOX 1161, NICHOLSON, GA 30565 | |
| 10925 | FLOWSERVE CORP, 14823 S MC KINLEY AVE, POSEN, IL 60469 | |
| 10925 | FLOWSERVE CORP, 800 ROOSEVELT ROAD, GLEN ELLYN, IL 60137 | |
| 10925 | FLOWSERVE CORPORATION, 12134 INDUSTRIPLEX BLVD, BATON ROUGE, LA 70809 | |
| 10924 | FLOWSERVE CORPORATION, 700 N IRWIN STREET, DAYTON, OH 45403 | |
| 10925 | FLOWSERVE CORPORATION, MOUNTAIN SPRINGS PKWY BOX 2200, SPRINGVILLE, UT 84663-0903 | |
| 10925 | FLOWSERVE DBA HARLEY VALVE & INST, 7342 COLLECTION CENTER DR, CHICAGO, IL 60693 | |
| 10925 | FLOWSERVE FCD CORP, PO BOX 98325, CHICAGO, IL 60693 | |
| 10925 | FLOWSERVE FCD CORPORATION, PO BOX 98325, CHICAGO, IL 60693 | |
| 10924 | FLOWSERVE, 701 FIRST STREET, WILLIAMSPORT, PA 17701-0428 | |
| 10925 | FLOWSERVE, A/S: CLAUDE CHOUCHANI, KIRKLAND, QC H9H 4Z9CANADA | *VIA Deutsche Post* |
| 10924 | FLOWSERVE, FLOW CONTROL DIV., PO BOX 3428, WILLIAMSPORT, PA 17701-0428 | |
| 10925 | FLOWSERVE, PO BOX 470203, TULSA, OK 74147-0203 | |
| 10925 | FLOWSERVE, PO BOX 972157, DALLAS, TX 75397-2157 | |
| 10925 | FLOYD & BEASLEY TRANSFER CO., PO DRAWER 8, SYCAMORE, AL 35149 | |
| 10925 | FLOYD & BEASLEY TRANSFER, PODRAWER 8, SYCAMORE, AL 35149 | |
| 10924 | FLOYD COLLEGE, 3175 HWY 27 SOUTH, ROME, GA 30162 | |
| 10924 | FLOYD CONCRETE CO INC, SR# 817, FLOYD, VA 24091 | |
| 10924 | FLOYD CONCRETE INC., 42 TELFAIR PLACE, SAVANNAH, GA 31401 | |
| 10924 | FLOYD CONCRETE, SR# 817, FLOYD, VA 24091 | |
| 10924 | FLOYD CONCRETE, STATE ROAD 817, FLOYD, VA 24091 | |
| 10924 | FLOYD COUNTY COLLEGE, 3175 HWY 27 S, ROME, GA 30162 | |
| 10924 | FLOYD COUNTY MEMORIAL HOSPITAL, 1850 STATE STREET, NEW ALBANY, IN 47150 | |
| 10925 | FLOYD E FLACK, C/O TOM FLACK, 3128 NORTHWOOD, AMES, IA 50010-4769 | |
| 10925 | FLOYD ELLIOTT, BOX 36, CHESTER, SC 29706-0036 | |
| 10925 | FLOYD L NELSON &, VERA E NELSON JT TEN, C/O EDWARD NELSON, 313 REDSTONE ST, LAS VEGAS, NV 89145-5321 | |
| 10925 | FLOYD, ANN, 69 CHARLES POLK RD, DOVER, DE 19901 | |
| 10925 | FLOYD, ANNIE, 5917 LOFTIS RD. LOT #13, HANAHAN, SC 29406 | |
| 10925 | FLOYD, BOBBY, 16438 CAMINO DEL SOL DRIVE, HOUSTON, TX 77083 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FLOYD, DANNY, 2100 PURSER DRIVE, CHARLOTTE, NC 28215

10925   FLOYD, DAVID, PO BOX 1194, CANTON, GA 30114

10925   FLOYD, DEBORAH, 1202 BOONES HILL RD, CAPITOL HEIGHTS, MD 20743

10925   FLOYD, DEBRA, 111 BARTLETT ST, GASTONIA, NC 28056

10925   FLOYD, DONALD, PO BOX 344, HARDEEVILLE, SC 29927

10925   FLOYD, DOROTHY, PO BOX 3684 FVS, WINTER HAVEN, FL 33881

10925   FLOYD, GEORGEANNE, 1329 3RD AVE. #312, CHULA VISTA, CA 91911

10925   FLOYD, JAMES, 106 BRANDON WAY, SIMPSONVILLE, SC 29681

10925   FLOYD, JENNIFER, 107 WAVERLY ST, MT HOLLY, NC 28120

10925   FLOYD, JEREMY, RR1 BOX 184, MICHIGANTOWN, IN 46041

10925   FLOYD, LINDA, 1401 SEMINOLE RD., ALEXANDER CITY, AL 35010

10925   FLOYD, LORIE, RT 1 BOX #171, WYNNE, AR 72396

10925   FLOYD, LYDIA, 60 AARONDALE CIR., DAYTON, TX 77535

10925   FLOYD, MARIE, 5765 EDGEPARK ROAD, BALTIMORE, MD 21239

10925   FLOYD, MICHAEL, 819 SOUTH HARPER ST, LAURENS, SC 29360

10925   FLOYD, MILTON, 3575 NORTH BELTLINE, IRVING, TX 75062

10925   FLOYD, NEVA, 4913 RIDGE DRIVE, MARRERO, LA 70072

10925   FLOYD, PARKER, 362 DEER LAKE CT., MANAHAWKIN, NJ 08050

10925   FLOYD, SHEILA, 160 MT. GILEAD ROAD, JACKSONVILLE, AL 36265

10925   FLOYD, SHEILA, 8246 IMPERIAL DRIVE, LAUREL, MD 20708

10925   FLOYD, TERRY, 120 HERITAGE, PINEVILLE, LA 71360

10925   FLOYD, TRACY, 1099 PLANTATION BLVD, CONYERS, GA 30208

10925   FLOYD, VIVIAN, 5481 KEMMIE LN., MABLETON, GA 30059

10925   FLOYD, WILLIAM, 150 LA SANDRA WAY, PORTOLA VALLEY, CA 94025

10925   FLOYD, WILLIAM, 2731 ROCKCLIFF RD., ATLANTA, GA 30316

10925   FLOYD, WILLIAM, 5711 PHILLIPS ST, BALTIMORE, MD 21225

10925   FLOYD, YOLANDA, 9 MILAN AVE, WOBURN, MA 01801

10925   FLOYDS OF SOUTH CAROLINA INC, P.O BOX 610, CHESTERFIELD, SC 29709-0610

10925   FLS TRANSPORT TRANSPORTATION, 4480 COTE DE LIESSE, STE 220, VILLE MONT-ROYAL, ON H4N       *VIA Deutsche Post*
2R1CANADA

10925   FLUCK, FRANCES, 304 EL CASTILLO PLACE, EL PASO, TX 79912-4313

10925   FLUCK, GLEN, 814 POPLAR RD, HELLERTOWN, PA 18055

10925   FLUCK, HOWARD, 304 EL CASTILLO PL., EL PASO, TX 79912

10925   FLUCK, LEROY, 235 E CHERRY ROAD, QUAKERTOWN, PA 18951-2472

10925   FLUCK, WALTER, 1632 SIXTH ST, BETHLEHEM, PA 18017

10925   FLUD, MONTE, 6700 W LAZY H, TUCSON, AZ 85746-9563

10925   FLUGENCE, LINDA, 102 NEVADA ST, LAFAYETTE, LA 70501

10925   FLUID COMPONENTS INTL, PO BOX 51020, LOS ANGELES, CA 90051-5320

10925   FLUID COMPONENTS INTL., PO BOX 51020, LOS ANGELES, CA 90051-5320

10925   FLUID CONDITIONING, KLINE & WARWICK ST, LITITZ, PA 17543

10925   FLUID CONTROL METHODS, PO BOX E-1414 NCB93, MINNEAPOLIS, MN 55480-1414

10925   FLUID CONTROLS INC, JON RAYMOND ENV ENGR STA-RITE I, 293 S WRIGHT ST, DELAVAN, WI
53115

10925   FLUID DYNAMICS INC, 45 RIVER ROAD, FLEMINGTON, NJ 08822

10925   FLUID EQUIPMENT CORP., PO BOX 1952, BRENTWOOD, TN 37027-1952

10925   FLUID EQUIPMENT CORP., PO BOX 1952, NASHVILLE, TN 37207

10925   FLUID EQUIPMENT SALES, INC, 1806 EAST NORTHWEST HWY, ARLINGTON HEIGHTS, IL 60004

10925   FLUID FILTRATION MANUFACTURING CORP, 508 73RD ST, NORTH BERGEN, NJ 07047

10925   FLUID FILTRATION SYSTEMS, PO BOX 720068, ORLANDO, FL 32872-0068

10925   FLUID FLOW OF TENNESSEE, 6701 BAUM DR., SUITE 245, KNOXVILLE, TN 37919

10925   FLUID FLOW OF TENNESSEE, INC, PO BOX 751278, CHARLOTTE, NC 28275

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FLUID METER SALES & SERVICE INC, 10321 MONROE ROAD, HOUSTON, TX 77075-3737

10925   FLUID POWER CO INC, 110 GORDON, ELK GROVE VILLAGE, IL 60007-1120

10925   FLUID POWER TECH, 6850 N BROADWAY, SUITE B, DENVER, CO 80221

10925   FLUID POWER, INC, 10451 MILL RUN CIRCLE, OWINGS MILLS, MD 21117

10925   FLUID POWER, INC, 534 TOWNSHIP LINE RD., BLUE BELL, PA 19422-2798

10925   FLUID POWER, INC, 534 TOWNSHIP LINE ROAD, BLUE BELL, PA 19422-2798

10925   FLUID POWER/SOUTH INC, PO BOX 81010, CHAMBLEE, GA 30366

10925   FLUID PROCESS CONTROL, 15W700 79TH ST, BURR RIDGE, IL 60527

10924   FLUID RECYCLING, 2700 HICKORY GROVE ROAD, ACWORTH, GA 30101

10925   FLUID SEALING ASSOCIATION, 994 OLD EAGLE SCHOOL RD.,STE 1019, WAYNE, PA 19087-1802

10925   FLUID TECH, INC, 4335 WEST TROPICANA, SUITE 3, LAS VEGAS, NV 89103

10925   FLUID TECHNOLOGY CORP, 1224 NEW MARKET AVE, SOUTH PLAINFIELD, NJ 07080

10925   FLUID-TECH INC, PO BOX 10107, CEDAR RAPIDS, IA 52410-0107

10925   FLUITRON INC., 30 INDUSTRIAL DRIVE, IVYLAND, PA 18974

10925   FLUKA CHEMICAL CORP, PO BOX 9086 G.PO, NEW YORK, NY 10087-9086

10925   FLUKE CORP, PO BOX 65963, CHARLOTTE, NC 28265-0963

10925   FLUKE CORPORATION, 6920 SEAWAY BLVD, AUBURN, WA 98023

10925   FLUKE CORPORATION, 9028 EVERGREEN WAY, EVERETT, WA 98204

10925   FLUKE CORPORATION, ACCOUNTS PAYABLE, EVERETT, WA 98206-9999

10925   FLUKE ELECTRONICS, PO BOX 9090, EVERETT, WA 98206

10925   FLUKE, RENEE, 309 EAST PEARL, OVID, MI 48866

10925   FLUKER, GERALDINE, 375 CAPT. G., LAPLACE, LA 70068

10925   FLUKER, ROSA, 2421 OLD CONCORD RD.APT 2048, SMYRNA, GA 30080

10925   FLUNOY, CAROL, 111 DAWES AVE., AKRON, OH 44302

10924   FLUOR DANIEL INTERCONTINENTAL, INC, PO BOX 5014, SUGAR LAND, TX 77487-5014

10924   FLUOR DANIEL INTERCONTINENTAL,INC, PO BOX 5014, SUGAR LAND, TX 77487-5014

10924   FLUOR DANIEL, C/O GENERAL MATERIALS, CYPRESS GARDENS RD., GOOSE CREEK, SC 29445

10925   FLUOR DANIEL, PO BOX 5014, SUGAR LAND, TX 77478-5014

10924   FLUSHING MANOR, 36-D17 PARSONS BOULEVARD, FLUSHING, NY 11300

10924   FLUSHING PLAZA 48-18 NORTHERN BLVD, 48-18 NORTHERN BOULEVARD (48TH ST), LONG ISLAND CITY, NY 11101

10924   FLUSHING PLAZA, BARCLAY ST - BTWN UNION & KISSENA, FLUSHING, NY 11300

10924   FLUSHING PLAZA, NORTHERN BLVD., QUEENS VILLAGE, NY 11427

10925   FLUSSER, JON, 5909 CHERRYWOOD LANE, GREENBELT, MD 20770

10924   FLVOR SYSTEMS INT'L, 9930 COMMERCE PARK DRIVE, CINCINNATI, OH 45246

10925   FLY, GREGG, 1023 VALLEY ACRES ROAD, HOUSTON, TX 77062-9998

10925   FLY, KENNETH, 269 MARY ANN, MEMPHIS, TN 38117

10925   FLYE, SUSAN, 1460 LAUREL VIEW DR, VIRGINIA BCH, VA 23451

10925   FLYING LOCKSMITHS, THE, 1115 NORTH MAIN ST, RANDOLPH, MA 02368

10924   FLYING TURTLE, 1620 ARMSTRONG AVENUE, SAN FRANCISCO, CA 94124

10925   FLYNN FOUNDATION, PO BOX 960, GERBER, CA 96035-0960

10924   FLYNN READY MIX COMPANY, 12TH STREET EXTENSION, DUBUQUE, IA 52001

10925   FLYNN SCALE SERVICES, 16404 SOUTH HAWTHORNE BLVD., LAWNDALE, CA 90260

10924   FLYNN THEATRE   C/O HP CUMMINGS, CORNER KING ST. & ST. PAUL ST, BURLINGTON, VT 05401

10924   FLYNN THEATRE, MAIN STREET, BURLINGTON, VT 05401

10925   FLYNN, ALICE, 15 LEE ROAD, WOBURN, MA 01801

10925   FLYNN, AMY J, 1924 WEISENBERGER MILL RD, MIDWAY, KY 40347

10925   FLYNN, AMY J, 222 MEDLOCK RD, LEXINGTON, KY 40517

10925   FLYNN, BETH, 9210 BELDEN CIRCLE, RIVERSIDE, CA 92509

10925   FLYNN, CHRISTOPHER, RFD 4 BOX 244, HOPKINTON NH, NH 03229

10925   FLYNN, DANIEL, 156 WEST ST, READING, MA 01867-3371

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FLYNN, DANIEL, 6603 RHODE ISLAND TRAIL, CRYSTAL LAKE, IL 60012

10925   FLYNN, EDWARD, 200 LEISURE LANE, 53, STONEHAM, MA 02180

10925   FLYNN, JEFFREY, 75 DONALD ST #24, WEYMOUTH, MA 02188

10925   FLYNN, JOAN, 22 PKWY DR, W NYACK, NY 10994

10925   FLYNN, JOHN J, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   FLYNN, JOHN, 17 WASHINGTON ST, MALDEN, MA 02148

10925   FLYNN, JOHN, 331 CHESTNUT ST, ASHLAND, MA 01721

10925   FLYNN, JOHN, 331 CHESTNUT ST, ASHLAND, MA 01721-2239

10925   FLYNN, JOHN, 46 MERIAM RD, CONCORD, MA 01742

10925   FLYNN, KATHLEEN, 356 LOWELL ROAD, GROTON, MA 01450-1443

10925   FLYNN, KIMBERLY, 21 CROSS RIDGE DRIVE, GREENVILLE, SC 29607

10925   FLYNN, LUCILLE, 10929 NW 12TH DRIVE, CORAL SPRINGS, FL 33071

10925   FLYNN, MARIA, 194C OVERMOUNT AVE, WEST PATERSON, NJ 07424

10925   FLYNN, MARY, 23 THELMA RD, DORCHESTER, MA 02122

10925   FLYNN, MARY, 345 WISCONSIN AVE, 104, LONG BEACH, CA 90814-2241

10925   FLYNN, PATRICIA, 720 PERRY RD, GREER, SC 29651

10925   FLYNN, R, 40 LOCKELAND AVE, ARLINGTON, MA 02174

10925   FLYNN, RICCI, 101 ARTHUR AVE, CLARENDON HILLS, IL 60514

10925   FLYNN, SUSAN, 8 MARSHALL PL, MIDDLESEX, NJ 08846

10925   FLYNN, TIMOTHY, 131 VETTER DRIVE, PITTSBURGH, PA 15235

10925   FLYNN, VINCENT, 1 PEACE BLVD, WAUCONDA, IL 60084

10925   FLYNN, WILLIAM, 772 LAKEWOOD BLVD, AKRON, OH 44314

10925   FLYNN, ZACK, 4700 TAFT #94, WICHITA FALLS, TX 76308

10925   FLYNT, VALERIE, 615 NORTHSIDE DR # S, GRIFFIN, GA 30223

10925   FLYNT, VAN, 1010 GILL ST, COLUMBIA, MS 39429

10925   FLYTHE, DARRIN, 1218 FRANKLIN ST NE, WASHINGTON, DC 20017

10925   FLYTHE, ROOSEVELT, 3911 GLENHUNT ROAD, BALTIMORE, MD 21229

10924   FM CORPORATION, 3535 HUDSON ROAD, ROGERS, AR 72756-1996

10924   FM CORPORATION, PO BOX 1720, ROGERS, AR 72757-1720

10925   FM EMERGENCY GENERATOR INC, POBOX 136, CANTON, MA 02021

10925   FM GLOBAL, 22055 NETWORK PLACE, CHICAGO, IL 60673-1220

10925   FM GLOBAL, PO BOX 9102, NORWOOD, MA 02062

10924   FM GROUP, 150 ROUTE 17, SLOATSBURG, NY 10974

10924   FM GROUP, PO BOX 46, SLOATSBURG, NY 10974

10925   FMC CORP, JOHN F STILLMAN, 1735 MARKET ST, PHILADELPHIA, PA 19103

10925   FMC CORP, JOHN F STILLMUN, 1735 MARKET ST, PHILADELPHIA, PA 19103

10924   FMC CORP, LITHIUM, GASTONIA, NC 28053

10925   FMC CORP., 1735 MARKET ST., PHILADELPHIA, PA 19103

10925   FMC CORP., 1938 BLACK ST., HOMER CITY, PA 15748

10924   FMC CORP., 401-41ST AVE. DRIVE SW, CEDAR RAPIDS, IA 52406

10925   FMC CORP., 406 BLACK ST., HOMER CITY, PA 15748

10925   FMC CORP., PO BOX 3925, GASTONIA, NC 28053

10924   FMC CORPORATION, 100 NIAGARA STREET, MIDDLEPORT, NY 14105

10924   FMC CORPORATION, 100 ST. LOUIS AVENUE, OPELOUSAS, LA 70570

10924   FMC CORPORATION, 1200 TALLEYRAND AVENUE, JACKSONVILLE, FL 32206

10924   FMC CORPORATION, 1735 MARKET ST 22ND FL, PHILADELPHIA, PA 19103

10925   FMC CORPORATION, 1735 MARKET ST, PHILADELPHIA, PA 19103

10925   FMC CORPORATION, 400 HIGHPOINT DR, PO BOX 904, CHALFONT, PA 18914

10925   FMC CORPORATION, 57 COOPER AVE, HOMER CITY, PA 15748

10924   FMC CORPORATION, BALTIMORE MARYLAND, PO BOX 1616, BALTIMORE, MD 21203

10924   FMC CORPORATION, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10924   FMC CORPORATION, LITHIUM DIVISION, BESSEMER CITY, NC 28016

10924   FMC CORPORATION, PO BOX 1616, BALTIMORE, MD 21203

10924   FMC CORPORATION, PO BOX 8, PRINCETON, NJ 08543

10925   FMC CORPORATION, PO BOX 8500SS-1910, PHILADELPHIA, PA 19178-1910

10925   FMC CORPORATION, PO BOX 91353, CHICAGO, IL 60693

10925   FMC CORPORATION, PO BOX 945615, ATLANTA, GA 30394

10925   FMC CORPORATION, PO BOX 945615, ATLANTA, GA 30394-5615

10925   FMC CORPORATION, PO BOX 96138, CHICAGO, IL 60693

10925   FMC CORPORATION, POBOX 360386M, PITTSBURGH, PA 15251

10925   FMC CORPORATION, POBOX 71804, CHICAGO, IL 60694-1804

10924   FMC CORPORATION, ROUTE 1 & PLAINSBORO ROAD, PRINCETON, NJ 08540

10925   FMC TANKS INCORPORATED, 1667 MEETING ST, CHARLESTON, SC 29405

10925   FMC WYOMING CORP, 1735 MARKET ST, PHILADELPHIA, PA 19103

10925   FMC WYOMING CORP, P.O. BOX 75103, CHARLOTTE, NC 28275

10925   FMC WYOMING CORP., PO BOX 75103, CHARLOTTE, NC 28275

10924   FMD CORP., 3500 RADIO ROAD, NAPLES, FL 33942

10924   FMF, 25930 BELLE PORTE AVENUE, HARBOR CITY, CA 90710

10925   FMI CORPORATION, PO BOX 31108, RALEIGH, NC 27622-1108

10924   FMI/801 MARKET ST., SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924   FMI/HOWARD HUGHES THEATRE, CENTER DR. & PARK TERRACE, LOS ANGELES, CA 90086

10924   FMI/SYCAMORE PLAZA, 6801 KOLL CENTER PKWY., PLEASANTON, CA 94566

10924   FMI-DNM/911, SAN FRANCISCO GRAVEL, SAN FRANCISCO, CA 94101

10924   FMI-DNM/ELIHU HARRIS STATE O.B., C/O SAN FRANCISCO GRAVEL, 14TH & CLAY, OAKLAND, CA 94601

10924   FMI-DNM/MEZZI'S PLAZA, MAIN & BROADWAY, REDWOOD CITY, CA 94059

10924   FMI-DNM/QUANTUM 6, 2060 NEWCOMB, SANTA CLARITA, CA 91380

10924   FMI-DNM/STANFORD SEQ, 2060 NEWCOMB, SAN FRANCISCO, CA 94101

10925   FMN INDUSTRIES, INC, 14309 KANIS ROAD, LITTLE ROCK, AK 72223

10925   FMP VISUAL COMMUNICATIONS INC, 725 NORTH 24TH ST, PHILADELPHIA, PA 19130

10925   FNBC, 1 FIRST NATL PLAZA SUITE 0199, CHICAGO, IL 60670

10924   FOAM CRETE INC, 2833 CALHOUN AVE, CHATTANOOGA, TN 37407

10924   FOAM CRETE INC., CAMBRIDGE, MA 02140

10924   FOAM ENTERPRISES, 13630 WATER TOWER CIRCLE, MINNEAPOLIS, MN 55412

10924   FOAM ENTERPRISES, 13630 WATER TOWER CIRCLE, MINNEAPOLIS, MN 55441

10924   FOAM ENTERPRISES, 13630 WATERTOWER CIRCLE, MINNEAPOLIS, MN 55441

10924   FOAM ENTERPRISES, WAREHOUSE, HOUSTON, TX 77054

10925   FOAM FABRICATORS OF GEORGIA, 675 GREENWOOD AVE NE, ATLANTA, GA 30306

10925   FOAM FABRICATORS, 675 GREENWOOD AVE N.E., ATLANTA, GA 30306

10925   FOAM FABRICATORS, 675 GREENWOOD AVE NE, ATLANTA, GA 30306

10925   FOAM FABRICATORS, PO BOX 691392, CINCINNATI, OH 45269-1392

10924   FOAM KOTE INC., 1102 MINNISOTA STREET, SOUTH HOUSTON, TX 77587

10924   FOAM KOTE INC., C/O SOUTH TEXAS FREEZER CO., SOUTH HOUSTON, TX 77587

10925   FOAM MANUFACTURING DIV OF, POBOX 73228, BALTIMORE, MD 21273-0228

10925   FOAM PLASTICS OF NEW ENGLAND, PO BOX 7075 ROUTE 69, PROSPECT, CT 06712

10925   FOAM PRODUCTS, 4425 GARDNER EXPRESSWAY, QUINCY, IL 62301

10925   FOAM ZONE, 945 E CALIFORNIA ST, ONTARIO, CA 91761

10924   FOAMCO INC, 4061 UNION CHURCH ROAD, STOCKBRIDGE, GA 30281

10924   FOAMCO INC., CAMBRIDGE, MA 02140

10924   FOAMCO, C/O METT PARKAR PRODUCE, FOREST PARK, GA 30050

10924   FOAM-CRETE OF CHATTANOOGA, 2833 CALHOUN AVENUE, CHATTANOOGA, TN 37407

10924   FOAMEX CARPET CUSHION, INC, ALABAMA & BARTON STS, EARLE, AR 72331

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924  FOAMEX CARPET CUSHION, INC, PO BOX 238, EARLE, AR 72331

10925  FOARD, CHRISTINE, 2422 GOLUPSKI ROAD, BALTIMORE, MD 21221

10925  FOARD, JAMES, 1020 CHESACO AVE, BALTIMORE, MD 21237

10925  FOCO JT TEN, ERNEST ADAM & BETHANY GRACE, 914 CASTLEWOOD DR, NEW ALBANY, NY 47150-2110

10925  FOCO, ERNEST, 914 CASTLEWOOD DRIVE, NEW ALBANY, IN 47150

10925  FOCUS CHEMICAL, 875 GREENLAND ROAD, PORTSMOUTH, NH 03801

10925  FOCUS FINANCIAL CORP, 121 FAIRFIELD WAY, STE 224, BLOOMINGDALE, IL 60108

10925  FOEDE, TROY, 1811 MAIN AVE, INTERNL FALLS, MN 56649

10925  FOEDERER, MARTIN, 25403 FORD AVE, PETERSBURG, VA 23803

10925  FOEDERL, FREDERICK, 405 MEEKER ST, SOUTH ORANGE, NJ 07079

10925  FOELLER, MICHAEL, 5940 MILLRACE COURT #G303, COLUMBIA, MD 21045

10925  FOGARTY, CLIFTON, 99 MERCED AVE, SAN FRANCISCO, CA 94127

10925  FOGARTY, JOHN, 4 FIRE HILL LN, W. REDDING, CT 06896

10925  FOGARTY, KIMBERLY, 56 LITTLE MILL RD, SANDOWN, NH 03873

10925  FOGARTY, ROBERT, 14 COVINGTON LANE, PALM COAST, FL 32037-9017

10925  FOGARTY, TIMOTHY, 5480 GORDON COURT, ORANGE PARK, FL 32065

10925  FOGEL, JACK, CUST FOR JOEL BEN ZION FOGEL, UNIF GIFT MIN ACT NY, 6 ORCHARD HILL DRIVE, MONSEY, NY 10952-1503

10925  FOGEL, JOEL, CUST FOR ROCHELLE LISA FOGEL, UNIF GIFT MIN ACT NY, 6 ORCHARD HILL DR, MONSEY, NY 10952-1503

10925  FOGEL, JOEL, CUST FOR STEVEN ELLIOTT FOGEL, UNIF GIFT MIN ACT NY, 6 ORCHARD HILL DR, MONSEY, NY 10952-1503

10925  FOGEL, NEIL, CUST FOR CHAIM DOVID FOGEL, UNIF GIFT MIN ACT NY, 5 MCINTOSH LANE, MONSEY, NY 10952-1637

10925  FOGEL, NEIL, CUST FOR DANIEL YEHOSHUA FOGEL, UNIF GIFT MIN ACT NY, 5 MCINTOSH LANE, MONSEY, NY 10952-1637

10925  FOGEL, NEIL, CUST FOR ROCHELLE TZIONA FOGEL, UNIF GIFT MIN ACT NY, 5 MCINTOSH LANE, MONSEY, NY 10952-1637

10925  FOGEL, SARA, 6817 OLD WATERLOO ROAPT. 10B, ELKRIDGE, MD 21075

10925  FOGERTY, GEORGE E, 3711 PIOPICO ST, SAN DIEGO, CA 92106-3235

10925  FOGLE, CAROLYN, 607 BELCOURT PKWY., ROSWELL, GA 30076

10925  FOGLE, STEPHEN, 751 DIVIDING ROAD, SEVERNA PARK, MD 21146

10925  FOGLEMAN TRUCK LINES INC., 135 S. LASALLE, CHICAGO, IL 60674-1519

10925  FOGLIA, LEIGH, 6728 MOUNT VERNON DR, MELROSE, FL 32666

10925  FOGLIETTA, BRENDA, 16 MEADOWBANK ROAD, BILLERICA, MA 01821

10925  FOISSET, ALBERT, RTE 1 BOX 139A, SALTILLO, TN 38370

10925  FOISY, J. HECTOR, 570 NORTH EAGLE ST, CLARKSBURG, MA 01247

10925  FOISY, TAMMY, 143 S MAIN ST, ACUSHNET, MA 02743

10925  FOJTIK, ALBERT, 2600 EAST RENNER ROAD, 204, RICHARDSON, TX 75082

10925  FOLB, BARBARA, 70 HAWLEYVILLE ROAD, NEWTOWN, CT 06470

10925  FOLCH, EVELYN, CALLE1 #192, PONCE, PR 00731

10925  FOLDERAUER, MICHAEL, 131 EAST CLEMENT ST, BALTIMORE, MD 21230

10925  FOLDS JR, GEORGE R, 519 WASHINGTON ST, GLENCOE, IL 60022-1870

10925  FOLDS, SAM, 711 ROSELYN AVE, FT. PIERCE, FL 34982

10925  FOLEY & COLLEY, FIRST PLACE SUITE 404, TYLER, TX 75702

10925  FOLEY HOAG & ELIOT COUNSEL FOR GRA, SETH D JEFFE OR WILLIAM CHEESEMAN, 10 POST OFFICE SQUARE, BOSTON, MA 02109-2170

10925  FOLEY HOAG & ELIOT, 1 POST OFFICE SQUARE, BOSTON, MA 02109

10925  FOLEY HOAG & ELIOT, 155 SEAPORT BOULEVARD, BOSTON, MA 02210

10925  FOLEY HOAG & ELIOT, ONE POST OFFICE SQUARE, BOSTON, MA 02109

10925  FOLEY HOAG & ELLIOTT AS ESCROW, ONE POST OFFICE SQUARE, BOSTON, MA 02109-2170

10925  FOLEY INC, PO BOX 8500-7605, PHILADELPHIA, PA 19178-7605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FOLEY JR CUST, JOSEPH P, ADAM T FOLEY UNDER THE ME, 28 COLLAMORE LANE, BURNHAM, ME 04922-3009

10925   FOLEY JR CUST, JOSEPH P, MEGHAN P FOLEY UNDER THE ME, 28 COLLAMORE LANE, BURNHAM, ME 04922-3009

10925   FOLEY JR, JOSEPH P, 28 COLLAMORE LANE, BURNHAM, ME 04922-3009

10925   FOLEY, AMY, 114 W CENTRAL ST, NATICK, MA 01760

10925   FOLEY, CHARLENE, 9 SPRING HILL RD, BYFIELD, MA 01922

10925   FOLEY, D, 730 LERAY ST, WATERTOWN, NY 13601

10925   FOLEY, DENNA, 3350 SOUTHWEST 57TH AVE, FT. LAUDERDALE, FL 33314

10925   FOLEY, GREGG, 69 IDAHO ST, MATTAPAN, MA 02126

10925   FOLEY, HELEN, 356 BROADWAY APT. 17, LYNN, MA 01904

10925   FOLEY, J, 1105 SPICEWOOD DRIVE, CLARKSVILLE, IN 47129

10925   FOLEY, JAMES T, CUST FOR JENNIFER K FOLEY, UNDER NJ UNIF TRANS TO MIN ACT, 523 SHARPE DR, MICKLETOWN, NJ 08056-1441

10925   FOLEY, JAMES T, CUST FOR JESSICA A FOLEY, UNDER NJ UNIF TRAN TO MIN ACT, 523 SHARPE DR, MICKLETOWN, NJ 08056-1441

10925   FOLEY, JEAN, 18 OLEAN RD, BURLINGTON, MA 01803

10925   FOLEY, JOHN, 4719 B3 NEW HOPE RD, RALEIGH, NC 27604

10925   FOLEY, KIMBERLY, 4320 MILO AVE, BAKERSFIELD, CA 93313

10925   FOLEY, LINDA, 84 BEACH ST, WOBURN, MA 01801

10925   FOLEY, MARK, 32 CHARLES DR, CANTON, MA 02021

10925   FOLEY, PAUL, 6301 ROBERTO DRIVE, HUNTINGTON, WV 25705-2529

10925   FOLEY, PAUL, CUST FOR BRENT C FOLEY, UNDER WV UNIF TRAN TO MIN ACT, 6301 ROBERTO DRIVE, HUNTINGTON, WV 25705-2529

10925   FOLEY, PAUL, CUST, BRENT C FOLEY UNDER THE, NJ UNIF TRANSFERS TO MINORS ACT, 6301 ROBERTO DRIVE, HUNTINGTON, WV 25705-2529

10925   FOLEY, PAUL, CUST, KIMBERLEY L FOLEY UNDER THE, NJ UNIF TRANSFERS TO MINORS ACT, 6301 ROBERTO DRIVE, HUNTINGTON, WV 25705-2529

10925   FOLEY, PAUL, CUST, KIMBERLEY L FOLEY UNDER THE, WV UNIF TRANSFERS TO MINORS ACT, 6301 ROBERTO DRIVE, HUNTINGTON, WV 25705-2529

10925   FOLEY, PAULINE, 1 WHITEBRIDGE RD, 889, PITTSTOWN, NJ 08867-4130

10925   FOLEY, PAULINE, CUST FOR BRIAN R HODGDON, UNDER NJ UNIF TRAN TO MIN ACT, 1 WHITEBRIDGE RD, PITTSTOWN, NJ 08867-4130

10925   FOLEY, PAULINE, CUST FOR DAVID C HODGDON, UNDER THE NJ UNIF TRAN MIN ACT, 1 WHITEBRIDGE RD, PITTSTOWN, NJ 08867-4130

10925   FOLEY, PAULINE, CUST FOR ERIN L HODGDON, UNDER THE NJ UNIF TRAN MIN ACT, 1 WHITEBRIDGE RD, PITTSTOWN, NJ 08867-4130

10925   FOLEY, ROBERT, 26 CORMIER RD, BURLINGTON, MA 01803

10925   FOLEY, ROBERT, 6 KIMBALL RD, WOBURN, MA 01801

10925   FOLEY, STEPHEN P, CUST FOR DANIEL J FOLEY, UNDER NJ UNIF TRANS TO MIN ACT, 140 HUNTER AVE, FANWOOD, NJ 07023-1031

10925   FOLEY, STEPHEN P, CUST FOR KATHRYN M FOLEY, UNDER NJ UNIF TRANS TO MIN ACT, 140 HUNTER AVE, FANWOOD, NJ 07023-1031

10925   FOLEY, STEVEN, 2100 NW 3RD AVE, BOCA RATON, FL 33431

10925   FOLEY, WILLIAM, 7806 PINE ROAD, WYNMOOR, PA 19038

10924   FOLEY'S WILLOW BEND MALL, PARK BLVD & DALLAS N TOLLWAY, PLANO, TX 75024

10925   FOLGERS FLAG & DECORATING INC, 2403 W. VERMONT, BLUE ISLAND, IL 60406

10925   FOLGERT, JEFFREY, 2523 VAN HISE AVE, MADISON, WI 53705

10925   FOLIANSBEE, CHARLOTTE, 22 LYNDE ST, SALEM, MA 01970

10925   FOLIARE, 38 WAREHAM ST, BOSTON, MA 02118

10925   FOLINO, LAWRENCE, 69 HARRIS ST, NORTH ADAMS, MA 01247

10925   FOLIO EXHIBITS, 7 COPPAGE DR, WORCESTER, MA 01603

10925   FOLLES, MARIE, 11961 NW 26TH ST, PLANTATION, FL 33325

10925   FOLLETTE, RICHARD, 600 PETIT BERDOT, KENNER, LA 70065

10925   FOLLIARD, KEVIN J, 6804 GABION DRIVE, AUSTIN, TX 78749

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  FOLLIARD, KEVIN, 103 WHITE FAWN ROAD, NEWARK, DE 19711

10925  FOLLMAR, ROBERT, 31 MASON DRIVE, CORAOPOLIS, PA 15108

10925  FOLLOWELL, VERNON, 21345 NORWALK BLVD., APT #, HAWAIIAN GARDENS, CA 90716

10925  FOLMAR, JERRY, 3215 FORTNER LANE, MOODY, AL 35004

10925  FOLMER, ANNETTE, 4957 W. LIBBY ST, GLENDALE, AZ 85308

10925  FOLSE, BYRON, 3514 HWY. 1, RACELAND, LA 70394

10925  FOLSE, DARDENELLA, 205 EAST SECOND ST, LAFAYETTE, LA 70501-6003

10925  FOLSE, JARROD, 111 FIR ST, RACELAND, LA 70394

10925  FOLSE, RAY, 3594 FRIENDWOOD DRIVE, HOUMA, LA 70363

10925  FOLSE, TRUDY, 2221 POTOMAC DR, MARRERO, LA 70072

10924  FOLSOM HIGH SCHOOL/JOB# 106-29, J.R. ROBERTS, FOLSOM, CA 95630

10925  FOLSOM, KIMBERLY, 398 SOUTH ST, READING, MA 01867

10924  FOLTZ CONCRETE PIPE CO., 11875 N NC HWY 150, WINSTON-SALEM, NC 27127

10924  FOLTZ CONCRETE PIPE CO., 11875 NORTH NC HWY 150, WINSTON-SALEM, NC 27127

10924  FOLTZ CONCRETE PIPE COTS, 11875 NORTH NC HWY 150, WINSTON-SALEM, NC 27127

10925  FOLTZ, ALEXANDER, 1607 PRUDEN ST, ROANOKE RAPIDS, NC 27870

10925  FOLTZ, DOROTHY, 3019 STATE RT. 370 EAST, CATO, NY 13033

10925  FOLTZ, JR, J, 8140 N. DEWITT ROAD, ST. JOHNS, MI 48879-9750

10925  FOLTZ, MARGERY, 1607 PRUDEN ST, ROANOKE RAPIDS, NC 27870

10925  FOLTZ, VICKI, R 2, ST ANNE, IL 60964

10925  FOLTZ, WILLIAM, 3320 WILSON ST., CUYAHOGA FALLS, OH 44221

10925  FOND MEMORIES CATERING, 4-E HENSHAW ST, WOBURN, MA 01801-4624

10925  FONDER, STEVEN, 2490 SUN VALLEY CT, GREEN BAY, WI 54304-5039

10925  FONE, KENNETH W, PO BOX 719, DENMARK, ME 04022

10925  FONE, KENNETH, PO BOX 719, DENMARK, ME 04022

10925  FONSECA, JESUS, 244 PRAIRIE VISTA DR, DALLAS, TX 75217

10925  FONSECA, LISA, 4321 MONTGOMERY NE, ALBUQUERQUE, NM 87109

10925  FONSECA, LUZ, 17 POLK ST APT. # 88, CHARLESTOWN, MA 02129

10925  FONSECA, OLIVIA, 135 W. MALLY, SAN ANTONIO, TX 78221

10925  FONSECA, RAMONITA, URB SANTA MARIA CALLE 11 J-26, YABUCOA, PR 00767

10925  FONSECA, YOLANDA, CALLE 2 B-2A V CASTR, CAGUAS, PR 00625

10925  FONT, RAMON, 13863 RECUERDO DR., DEL MAR, CA 92014

10925  FONT, VICENTE, 12745 SW 33 TERRACE, MIAMI, FL 33175

10925  FONTAINE, KEVIN, RFD2 LEHTINER BX294F, PETERBOROUGH, NH 03458

10925  FONTAINE, MARGARET, 28 DEANNA DR, 60, SOMERVILLE, NJ 08876

10925  FONTAINE, SAMUAL, 151 HARRYS GATEWAY, APPLETON, WI 54915

10925  FONTAN, IRIS, CONCORDIA GARDNS 1 APT 4F, RIO PIEDRAS, PR 00926

10925  FONTANA PAPER MILLS INC, PO BOX 339, FONTANA, CA 92334

10925  FONTANA, DOLORES, 786 PETRON PL, BRIDGEWATER, NJ 08807

10925  FONTANA, EDDY, 1477 NW 91ST AVE APT. 1238, CORAL SPRINGS, FL 33071

10925  FONTANA, MARIA, 1920 NW 35TH AVE., COCNUT CREEKS, FL 33066

10925  FONTANA, MAUREEN, 7286 N W 28TH ST, ANKENY, IA 50021-9021

10925  FONTANE TRUCK EQUIPMENT CO, POBOX 98922, CHICAGO, IL 60693

10925  FONTANELLI, JOSEPH, 207 HIGH ST, CLOSTER, NJ 07624

10925  FONTANELLI, TOBY, 207 HIGH ST, CLOSTER, NJ 07624

10925  FONTANEZ, A, CALLE 64 BLOG 7J 28, BAYAMON, PR 00619

10925  FONTANEZ, ELIZA, PO BOX 276, AGUAS BUENAS, PR 00703

10925  FONTANILLA JR, LAZARO, 1121 W SOMERVILLE AV, PHILA, PA 19141

10925  FONTE, LISA, 17 ARNOLD ST, LUDLOW MA, MA 01056

10925  FONTENETTE, ROLAND, 2501 CATAHOULA HWY., ST. MARTINVILLE, LA 70582

10925  FONTENETTE, VERILY, 123 PARKER ST, NEW IBERIA, LA 70560

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    FONTENOT, CALVIN J, 948 RAVIA RD, SULPHUR, LA 70665

10925    FONTENOT, CALVIN, 948 RAVIA ST, SULPHUR, LA 70663

10925    FONTENOT, CURTIS, PO BOX 183, MATHEWS, LA 70375

10925    FONTENOT, DAPHNE P, 4650 NELSON RD #911, LAKE CHARLES, LA 70605

10925    FONTENOT, DEBRA, 1100 W. VINE BOX #6, EUNICE, LA 70535

10925    FONTENOT, DONALD, PO BOX 179, EUNICE, LA 70535

10925    FONTENOT, EARL, 1885 HARPER APT D10, MORROW, GA 30260

10925    FONTENOT, ELROY, 324 MADISON ST, SULPHUR, LA 70663-6326

10925    FONTENOT, FARON, PO BOX 1183, OAKDALE, LA 71463

10925    FONTENOT, JAMES, 2410 NORBEN DR, LAKE CHARLES, LA 70601

10925    FONTENOT, LAWRENCE, RT. 2, BOX 135, VILLE PLATTE, LA 70586

10925    FONTENOT, LEVY, 516 EAST LYONS ST, SULPHUR, LA 70663-2726

10925    FONTENOT, LISA, 319 WINDRIDGE DR., W. MONROE, LA 71291

10925    FONTENOT, MARVIN, 3012 NORTH MEADOWLARK, LAKE CHARLES, LA 70605

10925    FONTENOT, MICHAEL, 423 EAST DIVISION, JENNINGS, LA 70546

10925    FONTENOT, PAMELA, PO BOX 149, MAMOU, LA 70554

10925    FONTENOT, PAUL, 654 ARHTUR IRWIN RD, DEQUINCY, LA 70633

10925    FONTENOT, PAULA, PO BOX 69, MAMOU, LA 70554

10925    FONTENOT, RITA, 230 MONIQUE, VILLEPLATTE, LA 70586

10925    FONTENOT, ROXANE, 7013 SHADOW LANE, LAKE CHARLES, LA 70605

10925    FONTENOT, ROXANE, 7013 SHADOW LN., LAKE CHARLES, LA 70605

10925    FONTENOT, TERRY T, 1436 N. GREEN FIELD CIR., LAKE CHARLES, LA 70605

10925    FONTENOT, TERRY, 2408 CASSIE LANE, LAKE CHARLES, LA 70605

10925    FONTENOT-OWEN, ROBYN, 1211 LOCH HAVEN DR., CONYERS, GA 30013

10925    FONTNO, ROMI, 3727 WEST 60TH ST, LOS ANGELES, CA 90043

10925    FONTS, ORLANDO, 9010 SW 150 AVE, MIAMI, FL 33196

10925    FONVILLE, FREDERICK, 909 W 4TH ST, ROANOKE RAPIDS, NC 27870-1538

10925    FONVILLE, JAMES, 116 RICHFIELD LANE, SIMPSONVILLE, SC 29681

10925    FONZECA, MARGARET, PO BOX 186, GEYSERVILLE, CA 95441

10924    FOOD FOR LESS, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90001

10925    FOOD GLORIOUS FOOD INC, 1797 SPRING ROAD SUITE 4A, SMYRNA, GA 30080

10925    FOOD INSTITUTE, THE, 1 BROADWAY, 2ND FL, ELMWOOD PARK, NJ 07407

10925    FOOD PROTEIN R&D CENTER, MS. BEVERLY LAWLESS, COLLEGE STATION, TX 77843-2476

10925    FOOD WORLD, 2804 CRESTWOOD BLVD, IRONDALE, AL 35210

10925    FOODSERVICE, INC, PO BOX 4937, BOSTON, MA 02212

10925    FOOR, LESTER, 500 ORCHARD LANE, FINDLAY, OH 45840

10924    FOOT HILLS CONDOS, THE, 330 WILDWOOD DR. SOUTH, BRANSON, MO 65616

10924    FOOTBALL STADIUM C/O JL MANTA, SOUTH BEND, IN 46637

10924    FOOTE & JENKS CORPORATION, THE, 1420 CRESMONT AVENUE, CAMDEN, NJ 08103

10924    FOOTE HOSPITAL, 205 N. EAST STREET, JACKSON, MI 49202

10924    FOOTE HOSPITAL, 205 N.E. AVE, JACKSON, MI 49201

10925    FOOTE, DINAH, 10805 A TOWNER NE, ALBUQUERQUE, NM 87112

10925    FOOTE, REUEL, 7741 MCFADDEN RD, SHREVE, OH 44676

10925    FOOTE, TERRY, 110 COUNTY 1660, CULLMAN, AL 35055

10924    FOOTHILL READY MIX INC, 11415 HIGHWAY 99 WEST, RED BLUFF, CA 96080

10924    FOOTHILL READY MIX, 11415 HIGHWAY 99 WEST, RED BLUFF, CA 96080

10924    FOOTHILL READY MIX, 11415 HWY99 WEST 3 MILES SO., RED BLUFF, CA 96080

10924    FOR : JEFFERSON HOSPITAL, SHIP TO:  SPECIALITY SPRAY, MCKEES ROCKS, PA 15136

10924    FOR BANK OF BERMUDA JOB, CAMBRIDGE, MA 99999

10924    FOR BANK OF BERMUDA JOB, MIDATLANTIC SHIPPING, SALEM, NJ 08079

10924    FOR: 101 HUNTINGDON, 3232 COBB PKWY, #309, ATLANTA, GA 30339

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    FOR: 55 WATER ST - 20TH FLOOR, SHIP TO:ISLAND LATHING & PLASTERING, HOLTSVILLE, NY 11742

10924    FOR: AKRON CITY HOSPITAL, SHIP TO: COMPASS INDUSTRIAL, CLEVELAND, OH 44103

10924    FOR: AKRON GENERAL MEDICAL CENTER, SHIP TO: AKRON INSULATING CO, AKRON, OH 44314

10924    FOR: AKZ0 NOBEL, SHIP TO: SPEC PLUS, COLUMBUS, OH 43223

10924    FOR: AMER MUSEUM (79TH & COLUMBUS), SHIP TO: 1462 SCHENECTADY AVE., BROOKLYN, NY 11203

10924    FOR: AMICA, SHIP TO: H. CARR & SONS, PROVIDENCE, RI 02940

10924    FOR: AMSCAN ATRIUM, ELMSFORD, NY 10523

10924    FOR: AULTMAN CITY HOSPITAL, SHIP TO: AKRON INSULATING, AKRON, OH 44314

10924    FOR: BANK OF BOSTON, 3232 COBB PKWY, #309, ATLANTA, GA 30339

10924    FOR: BAYER, SHIP TO: 1061 THIRD STREET, NORTH VERSAILLES, PA 15137

10924    FOR: BRISTOL MEYERS, NEW BRUNSWICK, NJ 08901

10924    FOR: BROOKLYN BATTERY TUNNEL, SHIP TO:ISLAND LATHING & PLASTERING, HOLTSVILLE, NY 11742

10924    FOR: CLEVELAND CLINICS, SHIP TO: COMPASS INDUSTRIAL, CLEVELAND, OH 44103

10924    FOR: CLOPAY BUILDING, SHIP TO: S&S DELIVERY, CINCINNATI, OH 45229

10924    FOR: CONVENTION CENTER, H. CARR & SONS INC., PROVIDENCE, RI 02940

10924    FOR: CRYSTECO, CINCINNATI, OH, SHIP TO: S&S DELIVERY & WAREHOUSE, CINCINNATI, OH 45229

10924    FOR: DETROIT NEWS, SHIP TO: 16965 MASONIC, FRASER, MI 48026

10924    FOR: EVAN HOSPITAL, SHIP TO: D&M CONTRACTING, MONTOURSVILLE, PA 17754

10924    FOR: FAIRVIEW HOSPITAL, SHIP TO:AKRON INSULATING, AKRON, OH 44314

10924    FOR: FRANKLIN FEILD, 33RD & SPRUCE STREET, PHILADELPHIA, PA 19092

10924    FOR: GANES CHEMICAL, PENNSVILLE, NJ 08070

10924    FOR: HARBOR VEIW HOSPITAL, BALTIMORE, MD 21217

10924    FOR: HARVEST CHURCH, SHIP TO: 95 S. WILSON AVENUE, ELIZABETHTOWN, PA 17022

10924    FOR: HOYTS CINEMAS, 4483 BUCKLEY ROAD, LIVERPOOL, NY 13088

10924    FOR: JEFFERSON COUNTY JUSTICE FACIL, SHIP TO: SPECIALTY SPRAY, MCKEES ROCKS, PA 15136

10924    FOR: JONESTOWN AIRPORT, SHIP TO: SPECIALTY SPRAY, MCKEES ROCKS, PA 15136

10924    FOR: LAKER HALL @ SUNY, 4483 BUCKLEY ROAD W., LIVERPOOL, NY 13089

10924    FOR: LONG ISLAND RAILROAD, SHIO TO: MET LIFE - 11 MADISON AVE, NEW YORK, NY 10001

10924    FOR: LORDS LATEX BUILDING, SHIP TO: J A MOYAK COMPANY INC., ERIE, PA 16503

10924    FOR: LUTHERAN HOME, BALTIMORE, MD 21217

10924    FOR: MERCK, SHARPE, & DOME, NORTH WALES, PA 19454

10924    FOR: MI HOMES LIMITED, SHIP TO: SPEC-PLUS, INC., COLUMBUS, OH 43223

10924    FOR: MICHIGAN STATE UNIVERSITY, SHIP TO: WILLIAM REICHENBACH, CARLAND, MI 48810

10924    FOR: MONY TOWER ONE, 4483 BUCKLEY ROAD, LIVERPOOL, NY 13088

10924    FOR: MOUNT ROYAL  @ @, SHIP TO: EASLEY & RIVERS, MONROEVILLE, PA 15146

10924    FOR: MULTI USE STADIUM, SHIP TO: ONONDAGA CONSTRUCTION, LIVERPOOL, NY 13089

10924    FOR: MUNCY VALLEY HOSPITAL, SHIP TO:D&M CONTRACTING, MONTOURSVILLE, PA 17754

10924    FOR: NIAGRA COUNTY JAIL, SHIP TO: NORTHEASTERN INSULATION, MACEDON, NY 14502

10924    FOR: NORTH ROYALTON MIDDLE SCHOOL, SHIP TO:ACOUTIC CEILING & PARTITION, CLEVELAND, OH 44128

10924    FOR: OCEANSIDE JR. HIGH SCHOOL, SHIP TO: CRESCENT INSULATION, WOODBURY, NY 11797

10924    FOR: OHIO STATE HOUSE, COLUMBUS,OH, SHIP TO: OREN FAB & SUPPLY CO, HUBER HEIGHTS, OH 45424

10924    FOR: PASSIAC VALLEY SEWER, SHIP TO: 332 DAVISON MILL ROAD, DAYTON, NJ 08810

10924    FOR: PENN STATION, SHIP TO: 1831 131ST STREET, QUEENS, NY 11401

10924    FOR: QUINNIPIAC LAW SCHOOL,HAMDEN, SHIP TO: PRO-TECT, WATERBURY, CT 06705

10924    FOR: REGINA CLERI, INC., 60 WILLIAM CARDINAL O'CONNELL WAY, BOSTON, MA 02110

10924    FOR: RIVERSIDE HOSPITAL, SHIP TO: RUSSELL PLASTERING, DETROIT, MI 48213

10924    FOR: SED 7 MOUNT BLUE HIGH SCHOOL, FARMINGTON, ME 04938

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   FOR: SHAWANGUNK CORRECT. FACILITY, SHIP TO: LAWRENCE B. WOHL, PORT CHESTER, NY 10573

10924   FOR: SINAI HOSPITAL, SHIP TO:BEL AIR FOAMED INSULATION, BEL AIR, MD 21015

10924   FOR: SOUTH STATION, SHIP TO: H. CARR & SONS, PROVIDENCE, RI 02940

10924   FOR: SOUTHBRIDGE POLICE, SOUTHBRIDGE, MA 01550

10924   FOR: SOUTHWEST VETERANS HOSPITAL, SHIP TO: WYATT INC, PITTSBURGH, PA 15238

10924   FOR: ST JOSEPH'S HEALTH CENTER, SHIP TO: AKRON INSULATING CO., AKRON, OH 44314

10924   FOR: STATE STREET BANK BUILDING, SHIP TO: H. CARR & SONS, PROVIDENCE, RI 02940

10924   FOR: STOCK, SHIP TO:C/O MACKENZIE SERVICE CORP, STRATFORD, CT 06497

10924   FOR: UNION HOSPTIAL, SHIP TO AKRON INSULATIONG, AKRON, OH 44314

10924   FOR: WESLEY HEALTH CARE, SHIP TO: DAVIS ACOUSTICAL CORP, TROY, NY 12180

10924   FOR: WORLD TRADE CENTER, SHIP TO: 49 BEECH STREET, PORT CHESTER, NY 10573

10924   FOR:AKRON CITY HOSPITAL, SHIP TO:COMPASS INDUSTRIAL, CLEVELAND, OH 44103

10924   FOR:AMERISUITES, SHIP TO:5075 TAYLOR ROAD, BEDFORD HEIGHTS, OH 44128

10924   FOR:AULTMAN HOSPITAL, SHIP TO: AKRON INSULATING CO., AKRON, OH 44314

10924   FOR:CHILDRENS HOSPITAL, SHIP TO:16965 MASONIC, FRASER, MI 48026

10924   FOR:LEE HOSPITAL, SHIP TO: SPECIALITY SPRAY, MCKEES ROCKS, PA 15136

10924   FOR:OLD KENT BANK, SHIP TO:2438-28TH STREET, WYOMING, MI 49509

10924   FOR:SPECIALTY RECORDS CORP., SHIP TO: HOPSON SPECIALTY SYSTEMS, FORTY FORT, PA 18704

10924   FOR:WINDHAM SCHOOL, SHIP TO:141 AVE OF INDUSTRY REAR, WATERBURY, CT 06705

10925   FORBES CONSULTING, 55 DAVIS ROAD, MERRIMACK, NH 03054

10925   FORBES DISTRIBUTING CO, INC, 1416 4TH AVE S, PO BOX 1478, BIRMINGHAM, AL 35233

10924   FORBES ELEMENTRY SCHOOL, 2630 SALLY GAY, SAN ANTONIO, TX 78223

10925   FORBES MARKETING GROUP, POBOX 820, EXETER, NH 03833

10925   FORBES, 60 FIFTH AVE., NEW YORK, NY 10011

10925   FORBES, CATHY, 13745 WESTWARD DR, FONTANA, CA 92335

10925   FORBES, CHARLES, 621 N FORBES ROAD, PLANT CITY, FL 33567-8435

10925   FORBES, ETHEL, 1603 N SMALLWOOD ST, BALTIMORE, MD 21216-3720

10925   FORBES, GERALD, N. 2676 WOODLANE, LAKE GENEVA, WI 53147

10925   FORBES, HILLIARD, 9126 COUNTY RD 41, HAMILTON, CO 81638

10925   FORBES, JERRY, RT. 1, BOX 438, ANGIE, LA 70426

10925   FORBES, JR, JAMES, 575 EASTON AVE #15G, SOMERSET, NJ 08873

10925   FORBES, JUDY, 507 E. MISSISSIPPI, DELHI, LA 71232

10925   FORBES, LOREN, 7884 CO. RD #41, HAMILTON, CO 81638

10925   FORBES, LYNNE, 4906 HOGAN DR, WILMINGTON, DE 19805

10925   FORBES, MALCOLM, 55 DAVIS RD, MERRIMACK, NH 03054

10925   FORBES, MELODY, 1349 W 6TH AVE, MESA, AZ 85202

10925   FORBES, NANCY, 26 WAGON TRAIN LN., ST ROSE, LA 70087

10925   FORBES, PATRICIA, 104-H HIDDEN SPRING, CARY, NC 27513

10925   FORBES, PO BOX 10051, DES MOINES, IA 50340

10925   FORBES, PO BOX 5469, HARLAN, IA 51593-4969

10925   FORBES, RALPH, 1202 CHAPPARRAL DR, LADY LAKE, FL 32159

10925   FORBES, RONNIE, RT. 4, BOX 202-B, MAGNOLIA, MS 39652

10925   FORBES, SANDRA, 612 WOODGATE BLVD, BATON ROUGE, LA 70808

10925   FORCE INDUSTRIES DIVISION, 28 INDUSTRIAL BLVD, PAOLI, PA 19301-0947

10925   FORCE-FLO INC, POBOX 24279, CLEVELAND, OH 44124

10925   FORCENO HANNON, THE BOURSE SUITE 1000, 21 S. 5TH ST, PHILADELPHIA, PA 19106

10925   FORCINA, LINDA C., 3518 TUDOR ST, PHILADELPHIA, PA 19136

10924   FORCOVEN PRODUCTS INC., PO BOX 1556, HUMBLE, TX 77347

10924   FORCOVEN PRODUCTS, 22010 E. MARTIN DRIVE, PORTER, TX 77365

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FORCOVEN PRODUCTS, PO BOX 1556, HUNTSVILLE, TX 77344

10925   FORCUCCI, DONALD, 1380 EMINENCE ST, GREEN BAY, WI 54313

10925   FORCZYK, CHRISTOPHER, 7860 COLONIAL VILLAGE RUN, ANNANDALE, VA 22003

10925   FORD AERO SPACE, CT CORPORATION, 818 W 7TH ST #200, LOS ANGELES, CA 90017

10925   FORD AGENCY, THE, 1660 L ST NW, WASHINGTON, DC 20036

10924   FORD ASSEMBLY PLANT, ATTENTION: GARY CHANDLER, 3000 SHARON ROAD, SHARONVILLE, OH 45241

10924   FORD DEARBORN TRUCK, 3001 MILLER ROAD, DEARBORN, MI 48121

10924   FORD DIAMOND ELECTRIC SUPPLY, 539 HIGGINS CROWELL ROAD WEST, SOUTH YARMOUTH, MA 02673

10925   FORD ELECTRONICS & REFRIGERATION, DPO-ACCOUNTING, DEARBORN, MI 48121

10925   FORD ELECTRONICS, RECEIVING DOCK C, 2750 MORRIS ROAD, WORCESTER, PA 19490

10925   FORD EXPORT, 540 ROACKAWAY AVE, VALLEY STREAM, NY 11581

10925   FORD III, TALMADGE, 3 NORTH HILTON, BALTIMORE, MD 21229

10925   FORD MOTOR CO, ELAINE B MILLS,

10925   FORD MOTOR CO, KATHY J HOFER JACQUES A NASSER PRES, THREE PARKLANE BLVD, SUITE 1500 PTW, DEARBORN, MI 48126-1899

10925   FORD MOTOR CO, POBOX 43317, DETROIT, MI 48243

10925   FORD MOTOR CO, TEXTILE & MCKEAN ROADS, YPSILANTI, MI 48197

10924   FORD MOTOR CO., ENGINE PLANT #2, 18300 SNOW ROAD, CLEVELAND, OH 44142

10925   FORD MOTOR COMPANY - AMTAC, 15100 MERCHANTILE ROAD, DEARBORN, MI 48120

10925   FORD MOTOR COMPANY ETC, 17000 ROTONDA DR, DEARBORN, MI 48121

10925   FORD MOTOR COMPANY, 1 AMERICAN RD., DEARBORN, MI 48126-2798

10925   FORD MOTOR COMPANY, 4 PARKLANE BLVD SUITE 150, DEARBORN, MI 48126

10925   FORD MOTOR COMPANY, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925   FORD MOTOR COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10925   FORD MOTOR COMPANY, DPO - ACCOUNTING, DEARBORN, MI 48121

10925   FORD MOTOR COMPANY, HOLD FOR STEWARTS, 360 DINGES ST, BUFFALO, NY 14206

10925   FORD MOTOR COMPANY, PO BOX 1248, DEARBORN, MI 48121

10925   FORD MOTOR COMPANY, PO BOX 1704, DEARBORN, MI 48121

10924   FORD MOTOR RESEARCH & DEV CENTER, OAKWOOD BLVD, DEARBORN, MI 48120

10925   FORD STORAGE & MOVING CO., 7402 L ST, OMAHA, NE 68127

10924   FORD WHOLESALE, 1644 AUBURN BLVD., SACRAMENTO, CA 95815

10924   FORD WHOLESALE, 200 SAN JOSE AVENUE, SAN JOSE, CA 95125

10924   FORD WHOLESALE, 8907 RAILROAD AVENUE, OAKLAND, CA 94601

10924   FORD WHOLESALE, P.O. BOX 15189, SANTA ANA, CA 92705

10925   FORD WHOLESALE, PO BOX 15189, SANTA ANA, CA 92735-0189

10924   FORD WHOLESALE, PO BOX15189, SANTA ANA, CA 92735

10925   FORD, ANNELI, 6214 CRYSTAL LAKE, SAN DIEGO, CA 92119

10925   FORD, BACON & DAVIS, PO BOX 54818, NEW ORLEANS, LA 70154

10925   FORD, BACON & DAVIS, PO BOX 86810, BATON ROUGE, LA 70879

10925   FORD, BARBARA, PO BOX 464, WESTLAKE, LA 70669-0464

10925   FORD, BILLY, 117 PEDEN ROAD, FOUNTAIN INN, SC 29644

10925   FORD, BOOKER, 3280 N. CENTENNIAL, INDIANAPOLIS, IN 46222

10925   FORD, BRENT, 1417 F OAKLEY ST, THIBODAUX, LA 70301

10925   FORD, CARLA, 2486 OLD TONY ROAD, ELLENWOOD, GA 30049

10925   FORD, CHERYL, 7 FRANK CULLER DRIVE, WAREHAM, MA 02571-2206

10925   FORD, CHRISTOPHER, 4 DURHAM DRIVE, LYNNFIELD, MA 01940

10925   FORD, CONNIE, 2509 N 9 TH ST., W MONROE, LA 71291

10925   FORD, DANIEL, 114 PECAN ST, FERRIDAY, LA 71334

10925   FORD, DAVID M, 68 OXFORD ST, REVERE, MA 02151

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | FORD, DAVID, 204 YORKSHIRE DR, GREENVILLE, SC 29619 | |
| 10925 | FORD, DAVID, 68 OXFORD ST, REVERE, MA 02151 | |
| 10925 | FORD, DEBORAH, 2060 SUNSET, BAR NUNN, WY 82601 | |
| 10925 | FORD, DELORES, 10640 STEPPINGTON, DALLAS, TX 75230 | |
| 10925 | FORD, DONALD, 436 N. MICHIGAN ST, DE PERE, WI 54115 | |
| 10925 | FORD, DOUG, 4513 WHISPER DR, COLUMBUS, GA 31909 | |
| 10925 | FORD, EILEEN, 2210 BENBROOK, CARROLLTON, TX 75007 | |
| 10925 | FORD, FELICIA, 22 BUCKINGHAM, MARION, AL 72364 | |
| 10925 | FORD, FRANCES, 108 DIENER PL #301, BALTIMORE, MD 21229 | |
| 10925 | FORD, GEORGE, 106 POINSETTIA DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | FORD, GERALD, 339 CANONERO PLACE, FORT MILL, SC 29715 | |
| 10925 | FORD, HARRISON, 205 PIEDMONT HWY, PIEDMONT, SC 29673 | |
| 10925 | FORD, JANET, 277 HENRY ST, 5C, BROOKLYN, NY 11201 | |
| 10925 | FORD, JEFF, 1818 MORNINGTON LANE, SNELLVILLE, GA 30278 | |
| 10925 | FORD, JEFFREY D, 27051 BENIDORM, MISSION VIEJO, CA 92692-3436 | |
| 10925 | FORD, JEFFREY, 205 FAIRDALE DR, SIMPSONVILLE, SC 29681 | |
| 10925 | FORD, JOHN, 18 MOORE ST, WILMINGTON, MA 01887 | |
| 10925 | FORD, JR, ROBERT, 16 MILLTOWN RD, BRIDGEWATER, NJ 08807 | |
| 10925 | FORD, KATHLEEN, 354 ERIE ST., ADRIAN, MI 49221 | |
| 10925 | FORD, KENNETH, 115 DOBBINS RD, BELTON, SC 29627 | |
| 10925 | FORD, KENNETH, 7014 TREE HILLS PKWY, STONE MOUNTAIN, GA 30088 | |
| 10925 | FORD, LEO, 1257 270TH ST, TIPTON, IA 52772-9365 | |
| 10925 | FORD, LESLIE, 1940 BRIARPOND WAY, MARIETTA, GA 30066 | |
| 10925 | FORD, LISA, 1750 DURANGO CT, POWELL, OH 43065 | |
| 10925 | FORD, LUANE, 5455 BARTON ROAD, NO OLMSTED, OH 44070 | |
| 10925 | FORD, MARCIA, 37 BUTLER DRIVE, PLAINFIELD, IN 46168 | |
| 10925 | FORD, MARK, 635 WEST KINGSWAY, BALTIMORE, MD 21220 | |
| 10925 | FORD, MARY, 15095 FRUITVALE AVE, SARATOGO, CA 95070 | |
| 10925 | FORD, MAURA, 109 FOSTER ST, NEW HAVEN, CT 06511 | |
| 10925 | FORD, MELODY, 1420 LIGHT ST, BALTIMORE, MD 21230 | |
| 10925 | FORD, NEIL, 304 PINE TRAIL, WILLIAMSTON, SC 29697 | |
| 10925 | FORD, NINA, 509 GLORIA DR, CHESAPEAKE, VA 23320 | |
| 10925 | FORD, PATRICIA, 32-31 102ND ST, CORONA, NY 11369 | |
| 10925 | FORD, PATRICIA, 6405 MALCOLM CT., DALLAS, TX 75214 | |
| 10925 | FORD, PAUL, 219 BELL VUE, LOCKPORT, LA 70374 | |
| 10925 | FORD, RANDELL, PO BOX 51037, MIDLAND, TX 79710 | |
| 10925 | FORD, RICHARD, 218A ACTION ST, NEWPORT, TN 37821 | |
| 10925 | FORD, ROBERT G, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406 | |
| 10925 | FORD, ROBERT, 687 LOGGER LANE, HIXSON, TN 37343 | |
| 10925 | FORD, SHERRY, 1825 MANHATTAN DR, LUBBOCK, TX 79404 | |
| 10925 | FORD, SHIRLETTE, 2806 KEATING ST, TEMPLE HILLS, MD 20748 | |
| 10925 | FORD, STEVEN, 9311 CROMWELL, ODESSA, TX 79764 | |
| 10925 | FORD, TAMARA, 7745 BROOKLYN, KANSAS CITY, MO 64132 | |
| 10925 | FORD, TAMERIA, HC 60, BOX 204, MT PLEASANT, IN 47520-9638 | |
| 10925 | FORD, THOMAS, 1048 BOONE FORD RDSE, CALHOUN, GA 30701 | |
| 10925 | FORD, THOMAS, 5111 PENNYSTONE WAY, FRIENDSWOOD, TX 77546 | |
| 10925 | FORD, TIMOTHY, 11670 82 TERR N., SEMINOLE, FL 34642 | |
| 10925 | FORD, TIMOTHY, 303 HOGG ROAD, WILLIAMSTON, SC 29697 | |
| 10925 | FORD, TIPHANIE, 100 MCCULLOUGH DR, EATONTON, GA 31024 | |
| 10925 | FORD, UYVONNIE, 21 VAN BUREN ST, SUMTER, SC 29150 | |
| 10925 | FORD, W, ROUTE 1, OWENSBORO, KY 42301-9803 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FORD, WELLS, PO BOX 7422 (NORTH SPUR ROAD), NIKISKI, AK 99635 | |
| 10925 | FORDE, HENDERSON, 37-80 104TH ST, CORONA, NY 11368 | |
| 10925 | FORDE, N, 530 MCCORMICK AVE, MADISON, WI 53704 | |
| 10925 | FORDHAM PREPARATORY SCHOOL, EAST FORDHAM ROAD, BRONX, NY 10458 | |
| 10924 | FORDHAM RD. CONCRETE, 265 WEST FORDHAM ROAD, BRONX, NY 10468 | |
| 10924 | FORDHAM UNIVERSITY, 113 WEST 60TH STREET, MANHATTAN, NY 10021 | |
| 10924 | FORDHAM UNIVERSITY, 441 EAST FORDHAM ROAD, BRONX, NY 10458 | |
| 10925 | FORDHAM, RICHARD, 727 EAGLE ST, MT PLEASANT, SC 29464-2601 | |
| 10924 | FORD'S REDI MIX CONCRETE, 3397 LADSEN ROAD, LADSON, SC 29456 | |
| 10924 | FORD'S REDI-MIX CONC CO., PO BOX21909, CHARLESTON, SC 29413 | |
| 10924 | FORD'S REDI-MIX CONCRETE, 1527 KING STREET EXT., CHARLESTON, SC 29401 | |
| 10924 | FORD'S REDI-MIX CONCRETE, DIVISION OF FORD ENTERPRISES, CHARLESTON, SC 29413 | |
| 10925 | FORDS THEATRE EDUCATION, 511 TENTH ST NW, WASHINGTON, DC 20004 | |
| 10924 | FORDYCE CONCR CO, 5800 E 63RD ST, KANSAS CITY, MO 64133 | |
| 10924 | FORDYCE CONCRETE CO, 3700 N SKILES RD, KANSAS CITY, MO 64161 | |
| 10924 | FORDYCE CONCRETE CO, GRANDVIEW, MO 64030 | |
| 10925 | FORDYCE CONCRETE COMPANY INC, PO BOX 412173, KANSAS CITY, MO 64141-2173 | |
| 10925 | FORDYCE CONCRETE COMPANY, INC, PO BOX 25348, OVERLAND PARK, KS 66225 | |
| 10924 | FORDYCE CONCRETE INC, 8900 INDN CRK PRKWY BLDG 6, SHAWNEE MISSION, KS 66225 | |
| 10924 | FORDYCE CONCRETE INC, PO BOX25348, OVERLAND PARK, KS 66225 | |
| 10924 | FORDYCE CONCRETE, 11450 OUTLOOK, SPRINT PLANT, OVERLAND PARK, KS 66211 | |
| 10924 | FORDYCE CONCRETE, 115TH & NALL, OVERLAND PARK, KS 66210 | |
| 10924 | FORDYCE CONCRETE, 63RD ST, KANSAS CITY, MO 64118 | |
| 10924 | FORDYCE CONCRETE, 7900 NW TIFFANY SPR RD, KANSAS CITY, MO 64153 | |
| 10924 | FORDYCE CONCRETE, P O BOX 537, FORDYCE, AR 71742 | |
| 10924 | FORDYCE CONCRETE, PINE & GARLAND, FORDYCE, AR 71742 | |
| 10924 | FORDYCE CONCRETE, PO BOX537, FORDYCE, AR 71742 | |
| 10924 | FORDYCE READY MIX, 211CENTRAL, KANSAS CITY, KS 66101 | |
| 10925 | FORE, BILLY, BOX 735 U.S. HWY. 2 S., LIBBY, MT 59923 | |
| 10925 | FORE, ROBERT, 340 WEST 31ST ST, LONG BEACH, CA 90806-2405 | |
| 10925 | FORECAST, CHARLES JACKSON, 22 WYNER ST, YORK, YO31 8HSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | FOREHAND JR, JOHNNY P, 1819 LEE JANZEN ROAD, KISSIMMEE FL, FL 34744-3955 | |
| 10925 | FOREHAND, JOHNNY P, 1819 LEE JANZEN DR, KISSIMMEE, FL 34744 | |
| 10925 | FOREHAND, JOHNNY, 1819 LEE JANZEN DR, KISSIMMEE, FL 34744 | |
| 10925 | FOREIGN AFFAIRS, BOX 420214, PALM COAST, FL 32137-0214 | |
| 10925 | FOREMAN JR, JAMES G, PO BOX 3781, KILL DEVIL HILLS, NC 27948-3781 | |
| 10925 | FOREMAN, CHRISTINA, RT 1 BOX 73, ST LANDRY, LA 71367 | |
| 10925 | FOREMAN, DANNY, 2610 HAMILTON DR, GRAND PRAIRIE, TX 75052 | |
| 10925 | FOREMAN, GERALDINE, 20 BROOKDALE ACRES DR, LYMAN, SC 29365 | |
| 10925 | FOREMAN, JIMMY, 1229 20TH ST., NEDERLAND, TX 77627 | |
| 10925 | FOREMAN, JOHN, 3618 HIGHLAND PL, FAIRFAX, VA 22033 | |
| 10925 | FOREMAN, KEITH, 7947 SOUTH MEADOW DR, HOUSTON, TX 77071 | |
| 10925 | FOREMAN, OMERIA, 3700 SLEEPER ST, WACO, TX 76708 | |
| 10925 | FOREMAN, ROBERT, 4387 ARNOLD WHITE RD, LAKE CHARLES, LA 70611 | |
| 10925 | FOREMAN, ROGER, 4140 N MCDOWELL #256, PHOENIX, AZ 85009 | |
| 10925 | FOREMAN, TERESA, 3054 MIDVALE, INDIANAPOLIS, IN 46222 | |
| 10925 | FOREMAN, WILLIAM, PO BOX 69032, ODESSA, TX 79769 | |
| 10925 | FOREMASTER, SANDRA, 7900 N. VIRGINIA, 67, RENO, NV 89506 | |
| 10924 | FOREMOST FARMS, 684 SOUTH CHURCH STREET, RICHLAND CENTER, WI 53581 | |
| 10924 | FOREMOST INSURANCE BUILDING, 5800 FOREMOST DRIVE, GRAND RAPIDS, MI 49546 | |
| 10924 | FORENSIC INVESTIGATION CENTER, DAVIS ACOUSTICAL, ALBANY, NY 12242 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 FORERO, DAVID, 7813 KAVANAGH ROAD, BALTIMORE, MD 21222

10925 FORERO, LUIS, 33 WILSON AVE, MALDEN, MA 02148

10925 FORES, MARIA, 7565 ALSACIA, SAN DIEGO, CA 92139

10925 FOREST & LAND SERVICES INC., PO BOX 47, WARRENTON, GA 30828

10925 FOREST & LAND SERVICES, INC, PO BOX 47, WARRENTON, GA 30828

10924 FOREST CITY MANAGEMENT, 38 SIDNEY ST., CAMBRIDGE, MA 02139

10924 FOREST COVE BAPTIST CHURCH, 22770 HWY 59 NORTH, KINGWOOD, TX 77325

10924 FOREST HILLS ELECTRIC SUPPLY, 3607 WASHINGTON STREET, BOSTON, MA 02130

10924 FOREST HILLS, 97-77 QUEENS BOULEVARD, FLUSHING, NY 11374

10925 FOREST INDUSTRIAL TOOL, 5130 W 155TH ST, OAK FOREST, IL 60452

10925 FOREST JR, ROBERT, 517 TUNBRIDGE ROAD 1ST FL APT., BALTIMORE, MD 21212

10924 FOREST LABARATORIES, 500 COMMACK RD, COMMACK, NY 11725

10924 FOREST LABORATORIES INC., 320 PROSPECT STREET, INWOOD, NY 11096

10924 FOREST LABORATORIES INC., 500 COMMACK ROAD, COMMACK, NY 11725

10924 FOREST OIL CORPORTATION, PO BOX 119, MENTONE, TX 79754

10924 FOREST ST. SCHOOL, FOREST ST., LEBANON, NJ 08833

10925 FOREST VIEW FIREMENS ASSOC, 7010 W 46TH ST, FOREST VIEW, IL 60402

10925 FORESTEIRE, YOLANDA, 610 PAGET DRIVE, VENICE, FL 34293

10925 FORESTER, DOUGLAS, 111 SHERIDAN AVE, LISBON, IA 52253

10925 FORESTER, NANCY, 390 MT PLEASANT RD, CLINTON, OH 44216

10925 FORESTER, TIFFANY, 390 MT PLEASANT, CLINTON, OH 44216

10925 FORET, ALDEN, 208 YVONNE, CHAUVIN, LA 70344

10925 FORET, DAVID, 115 CANAL ST, RACELAND, LA 70394

10925 FORET, GLENN, 307 ASHLAND DRIVE, HOUMA, LA 70363

10925 FORET, JR, FELIX, 189 DANOS ST., RACELAND, LA 70394

10925 FORET, MARK, 3177 HWY. 1, RACELAND, LA 70394

10925 FORET, TROY, 109 N. CAROL ST, LOCKPORT, LA 70374

10924 FOREWAY ENTERPRISES, LTD., C/O YANG MING LINES, CHARLESTON, SC 29402

10924 FOREWAY ENTERPRISES, LTD., PO BOX 2921, REDMOND, WA 98052

10925 FOREY, DANIEL, 2190 WILLOW LANE, DENVER, CO 80215-1025

10925 FOREY, KEVIN, 15734 W 67TH PL, ARVADA, CO 80007

10925 FORGACH, JOHN, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 FORGACH, JOHN, 960 FELL ST UNIT 608, BALTIMORE, MD 21231

10925 FORGACH, JOHN, 960 FELL ST UNIT 608, BALTIMORE, MD 21231-3547

10924 FORGE INDUSTRIES CO INC, 58 FORGE RD, SHARON, MA 02067

10924 FORGE INDUSTRIES COMPANY, INC., CAMBRIDGE, MA 02140

10924 FORGE INDUSTRIES WAREHOUSE, 140 SOUTH ST #4, WALPOLE, MA 02081

10924 FORGE INDUSTRIES, 58 FORGE ROAD, SHARON, MA 02067

10924 FORGE INDUSTRIES, C/O EAST COAST FIREPROOFING, WALPOLE, MA 02081

10925 FORGENIE, CLAUDETTE, 621 GREENBRIAR LN, ANNAPOLIS, MD 21401

10925 FORGEY, ROBERT, 950 WOODLAND #34, OJAI, CA 93023

10925 FORGIONE, DOLORES, 270 BALDWIN ROAD, F22, PARSIPPANY, NJ 07054-2074

10925 FORGIONE, JOHN, 75 DALE ST, REVERE, MA 02151

10924 FORK SHOALS ELEMENTARY, 916 MCKELVEY ROAD, PELZER, SC 29669

10925 FORKLIFT CITY, 12520 RACINE, HENDERSON, CO 80640

10925 FORKLIFT SYSTEMS, INC, 884 ELM HILL PIKE, NASHVILLE, TN 37210

10925 FORKLIFT SYSTEMS, PO BOX 307054, NASHVILLE, TN 37230-7054

10925 FORKLIFT SYSTEMS, POBOX 100913, NASHVILLE, TN 32710

10925 FORKLIFT TECHNOLOGY SYSTEMS INC, 5410 EAST HAMPTON, HOUSTON, TX 77039

10925 FORKLIFTS OF DETROIT, POBOX 77000, DETROIT, MI 48277-1318

10925 FORKNER, MARY ANNE, 2527 G ARNOLD DR, CHARLOTTE NC, NC 28205

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FORKS SAND & GRAVEL, 112 2ND AVE, FORKS, WA 98331

10924   FORKS SAND AND GRAVEL, 112 2ND AVENUE, FORKS, WA 98331

10925   FORKS TOWNSHIP, 1606 SULLIVAN TRAIL, EASTON, PA 18040-8398

10925   FORLENZA, OLGA, 3010 GRAND CONCOURSE, BRONX, NY 10458-1146

10925   FORLEO, ANGELO, PO BOX 144, WHITEHOUSE STATION, NJ 08889

10925   FORM SERVICES, INC, 3119 HAMMONDS FERRY ROAD, BALTIMORE, MD 21227

10925   FORM SERVICES, INC, PO BOX 17558, BALTIMORE, MD 21297-1558

10925   FORMA, TRINA, CUST FOR JILLIAN FORMA, UNDER MA UNIF TRAN TO MIN ACT, 241 BRUCE ST, LAWRENCE, MA 01841-1808

10925   FORMA, TRINA, CUST FOR SAMUEL FORMA, UNDER MA UNIF TRAN TO MIN ACT, 241 BRUCE ST, LAWRENCE, MA 01841-1808

10925   FORMAC, PAY GRADE, LOCK, NY, NY 10056

10924   FORM-A-FEED, 740 BOWMAN, VICTORIA, MN 55386

10924   FORMATEC TOOLING SERVICE, 401 LEO STREET, DAYTON, OH 45404

10924   FORMATEC TOOLING SERVICE, 7425 WEBSTER STREET, DAYTON, OH 45414

10924   FORMER COLLEGE OF STATEN ISLAND, 130 STUYVESANT PLACE, STATEN ISLAND, NY 10300

10924   FORMER MID ATLANTIC BANK BUILDING, 95 OLD SHORT HILLS ROAD, WEST ORANGE, NJ 07052

10925   FORMEX MANUFACTURING INC., 601 OLD NORCROSS PLACE, LAWRENCEVILLE, GA 30245

10924   FORMEX MANUFACTURING, 601 OLD NORCROSS PLACE, LAWRENCEVILLE, GA 30045

10924   FORMEX MANUFACTURING, INC., 601 OLD NORCROSS PLACE, LAWRENCEVILLE, GA 30245

10925   FORMEY, WALTER, 211 MCRAE ST, WILMINGTON, NC 28401

10925   FORMOSA CHEMICALS & FIBRE CORP, C/O C.S.C. SERVICE COMPANY, 800 BRAZOS ST, AUSTIN, TX 78701

10925   FORMOSA PLASTICS CORP, PO BOX 700, POINT COMFORT, TX 77978

10924   FORMOSA PLASTICS CORP., 301 FORMOSA DRIVE, POINT COMFORT, TX 77978

10924   FORMOSA PLASTICS CORP., PO BOX 400, POINT COMFORT, TX 77978

10924   FORMOSA PLASTICS GHU, PROJECT, 201 POINT COMFORT DRIVE, POINT COMFORT, TX 77978

10924   FORMOSA PLASTICS, 201 FORMOSA DR GATE #4, POINT COMFORT, TX 77978

10924   FORMOSA PLASTICS, 201 FORMOSA DRIVE, POINT COMFORT, TX 77978

10925   FORMPAC EIGHTY-THREE, SERVICE, PLEM, NY, NY 10098

10924   FORMPAC, CYROVAC DIVISION, READING, PA 19603

10925   FORMPAC, OVER FIFTY FIVE, PL, NY, NY 10025

10925   FORMS & PRINTING, 9004 F YELLOW BRICK RD., BALTIMORE, MD 21237-5318

10925   FORMS & SUPPLY INC, PO BOX 563953, CHARLOTTE, NC 28256

10925   FORMS & SUPPLY INC, POBOX 563953, CHARLOTTE, NC 28256

10925   FORMS & SUPPLY, PO BOX 563953, CHARLOTTE, NC 28256

10925   FORMTEC INCORPORATED, 180 WEST LAKE DR, GLENDALE HEIGHTS, IL 60139

10924   FORMULATION TECHNOLOGY, 571 ARMSTRONG WAY, OAKDALE, CA 95361

10924   FORMULATION TECHNOLOGY, PO BOX 1895, OAKDALE, CA 95361-1895

10925   FORNARIS-RULLAN, GUILLERMO, CARR. GUARACANAL, KM1.7, RIO PIEDRAS, PR 00611

10925   FORNER, BONNIE, 6626 W HAYWARD COURT, MCHENRY, IL 60050-7443

10924   FORNEY BAPTIST CHURCH, 1003-FM 741, FORNEY, TX 75126

10925   FORNEY CORP, ELIZABETH-MARIE MUSSO, AND JOHN M SIMON,

10925   FORNEY INC., POBOX 548, NEW CASTLE, PA 16103-0548

10925   FORNEY, ALAN, 4912 DEL RIO TRAIL, WICHITA FALLS, TX 76310

10925   FORNEY, JIMMY C, 408 W MONTCASTLE DR, GREENSBORO, NC 27406

10925   FORNEY, THAIS, 721 W.55TH, CASPER, WY 82601

10925   FORNINI, JONNALYN, 25 RONALD ROAD, LAKE HIAWATHA, NJ 07034

10925   FORNWALT, DONALD, 1343 CULPEPPER, BALLWIN, MO 63021

10925   FORRER BUSINESS INTERIORS,INC, LOCKBOX BIN# 467, MILWAUKEE, WI 53288

10925   FORRER SUPPLY CO, INC, W194 N11811 MCCORMICK DRIVE, GERMANTOWN, WI 53022-0220

10925   FORRER, FREDERICK, 6865 SAN MARINO DR., 310, NAPLES, FL 33963-7541

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 FORRER, RICHARD, 630 TOMAHAWK TR, VERO BEACH, FL 32963

10924 FORREST CITY R/M, P O BOX 409, FORREST CITY, AR 72335

10924 FORREST CITY R/M, PO BOX409, FORREST CITY, AR 72335

10925 FORREST GUZZO, DANA, 9930 EASTLAKE DRIVE, FAIRFAX, VA 22032

10925 FORREST JR, CHARLES, 2 DIBY DRIVE, GREENVILLE, SC 29609

10925 FORREST OIL CO, PO BOX 327, TRAVELERS REST, SC 29690

10924 FORREST PAINT CO., 1011 MCKINLEY STREET, EUGENE, OR 97402

10924 FORREST PAINT CO., 1011 MCKINLEY, EUGENE, OR 97402

10925 FORREST PAUL TASSIN, 6126 HARNESS RD., BATON ROUGE, LA 70817

10924 FORREST READY MIX, 301 W KRACK, FORREST, IL 61741

10924 FORREST REDI-MIX, 301 W. KRACK ST, FORREST, IL 61741

10925 FORREST, BEVERLY, 116-41B 170 ST, JAMAICA, NY 11434

10925 FORREST, CARL P, 2561 MAURINE DR., SULPHUR, LA 70663

10925 FORREST, CARL, 2561 MAURINE DRIVE, SULPHUR, LA 70663

10925 FORREST, DIANE, PO BOX 127, SPARKS, NV 89432

10925 FORREST, DONALD, 1407 CHAPEL HILL DRIVE, BALTIMORE, MD 21237-1807

10925 FORREST, JANET, PO BOX 161, SOLDOTNA, AK 99669

10925 FORREST, KELVIN, 418 GREEN TERRACE, #3, READING, PA 19601

10925 FORREST, PEARL, 3020 GRANTLEY AVE, BALTIMORE, MD 21215

10925 FORRESTER JT TEN, ALAN & VICTORIA, 1 OWLSWOOD, LARKSPUR, CA 94939-2145

10925 FORRESTER, OLEN, 4930 HORN LAKE RD., NESBIT, MS 38651

10925 FORRESTER, WADE, PO BOX 326, SIMPSONVILLE, SC 29681

10924 FORRESTON READY MIX, P.O. BOX 93, LANARK, IL 61046

10924 FORRESTON READY MIX, R.F.D. PIT ROAD, FORRESTON, IL 61030

10925 FORRISTALL, WILLIAM, 23 ORLANDO AVE, ARLINGTON, MA 02174

10925 FORSAITH JR, RALPH M, PO BOX 176, PUTNEY, VT 05346-0176

10925 FORSAITH, RALPH, PO BOX 176, PUTNEY, VT 05346-0176

10925 FORSELL, RICHARD, 1541 ROANOKE AVE, AURORA, IL 60506

10925 FORST, JAMES, 380 SKYLINE BLVD., GREEN BAY, WI 54302

10925 FORST, JOSEPH, E 11 22 OLD SETTLERS, DENMARK, WI 54208

10925 FORSTER, JEAN, 72 LIBERTY ST, DANVERS, MA 01923

10925 FORSTER, JOHN, PO BOX 1258, PHILADELPHIA, PA 19093

10925 FORSTON, ROBIN, 316 HANNAH ST, CEDARTOWN, GA 30125

10924 FORSYTH CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, CUMMING, GA 30130

10924 FORSYTH CONCRETE, OLD ATLANTA HWY, CUMMING, GA 30130

10924 FORSYTH CONCRETE, P O BOX 976, CUMMING, GA 30130

10924 FORSYTH MEDICAL OFFICE BLDG, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28206

10924 FORSYTH VAULT SECURE SEAL, 5650 RILEY RD., CUMMING, GA 30130

10924 FORSYTH VAULT, 5650 RILEY ROAD, CUMMING, GA 30040

10925 FORSYTH, JENNIFER, 1377 DON CARLOS CT, CHULA VISTA, CA 91910

10925 FORSYTH, JEWEL, 1635 PETERSON RD S, IOWA PARK, TX 76367

10925 FORSYTH, RYAN, 4206 QUAIL MOUNTAIN, SAN ANTONIO, TX 78217

10925 FORSYTHE MCARTHUR ASSOC INC, 75 REMITTANCE DR #1134, CHICAGO, IL 60675-1134

10925 FORSYTHE SOLUTIONS GROUP, 900 EAST 8TH AVE., SUITE 300, KING OF PRUSSIA, PA 19406

10925 FORSYTHE, ALAN, 308 BROWNS CANE, LOUISVILLE, KY 40207

10925 FORSYTHE, BARBARA, 73 TAPPAN ROAD, HARRINGTON PARK, NJ 07640

10925 FORSYTHE, DAVID, RT. 1 BOX 65, GOUVERNEUR, NY 13642

10925 FORSYTHE, GREGORY, 124 W GARDEN, IOWA PARK, TX 76367

10925 FORSYTHE, JOHN, 10 CRYSTAL CIRCLE, BURLINGTON, MA 01803

10925 FORSYTHE, LINDA, 5012 JOHNSON ROAD, IOWA PARK, TX 76367

10925 FORSYTHE, RAYMOND, 5012 JOHNSON RD, IOWA PARK, TX 76367

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FORSYTHE, RONALD, 5106 JOHNSON ROAD, IOWA PARK, TX 76367

10925   FORSYTHE, THOMAS, 1063 HOLLY TREE FARM ROAD, BRENTWOOD, TN 37027

10925   FORSYTHE/MCARTHUR ASSOC, INC, 7500 FRONTAGE RD., SKOKIE, IL 60077

10925   FORT BEND CO. CHILD SUPPORT, PO BOX 118, RICHMOND, TX 77406-0118

10925   FORT BEND COUNTY CHILD SUPPORT DIV, PO BOX 118, RICHMOND, TX 77406-0118

10925   FORT BEND INDEPENDENT SCHOOL DIST., 5718 WESTHEIMER #1200, HOUSTON, TX 77057

10924   FORT BEND SERVICES - DO NOT USE, PO BOX 1688, STAFFORD, TX 77497

10924   FORT BEND SERVICES INC, PO BOX 1688, STAFFORD, TX 77497

10924   FORT BEND SERVICES, PO BOX 847, SUGAR LAND, TX 77487-0847

10924   FORT BRAGG HOSPITAL @ @, LONG STREET & REILLY ROAD, FAYETTEVILLE, NC 28302

10924   FORT BRAGG REDI MIX, INC., 1280 NORTH MAIN STREET, FORT BRAGG, CA 95437

10924   FORT CALHOUN STATION, HWY. 75, FORT CALHOUN, NE 68023

10924   FORT COLLINS READY MIX, INC., 4389 EAST C.R. 36, FORT COLLINS, CO 80525

10924   FORT GORDON ARMY POST, BASE OF FORT GORDAN, AUGUSTA, GA 30903

10924   FORT JEFFERSON CONC DIVISION, HOLLANSBURG-SAMPTON ROAD, FORT JEFFERSON, OH 45331

10924   FORT KNOX BARRICKS, OPERATIONS BUILDING, HELL ON WHEELS & BRAVE RIFLE RD., FORT KNOX, KY 40121

10924   FORT LEE SELF STORAGE, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   FORT LINCOLN CEMENTARY, 3401 BLADENSBURG RD, BRENTWOOD, MD 20722

10924   FORT LINCOLN CEMETARY, 3401 BLADENSBURG ROAD, BRENTWOOD, MD 20722

10924   FORT MADISON R/M CONC, 14TH AVE L, FORT MADISON, IA 52627

10924   FORT MADISON R/M CONCRETE, 1204 14TH AVE L, FORT MADISON, IA 52627

10924   FORT MADISON R/M CONCRETE, 1204 14TH STREET, FORT MADISON, IA 52627

10924   FORT MADISON READY MIX, PO BOX 312, FORT MADISON, IA 52627

10924   FORT MILL MIDDLE SCHOOL, HWY 160, FORT MILL, SC 29715

10924   FORT MILLER CO INC THE, PO BOX 98, SCHUYLERVILLE, NY 12871

10924   FORT MILLER CO., INC., P. O. BOX 98, SCHUYLERVILLE, NY 12871

10924   FORT MILLER CO., WILBUR AVE OFF RTE. 29, GREENWICH, NY 12834

10924   FORT PAYNE **DO NOT USE-PLEASE, MARKED FOR DELETION-S.CLARK, 109 38TH STREET N.E., FORT PAYNE, AL 35967

10924   FORT RILEY, C/O HEP CONTRACTING, BARRACKS COMPLEX 7268, JUNCTION CITY, KS 66442

10924   FORT SANDERS REGIONAL HOSPITAL, CORNER OF HIGHLAND & 19TH, KNOXVILLE, TN 37916

10924   FORT SANDERS SEVIER MEDICAL CENTER, MIDDLE CREEK ROAD, SEVIERVILLE, TN 37862

10924   FORT SMITH BLOCK, 2901 N. O ST., FORT SMITH, AR 72902

10924   FORT SMITH DOWNTOWN POSTAL FACILITY, FORT SMITH, AR 72901

10924   FORT SNELLING ACADEMY, 5000 BLOOMINGTON ROAD, FORT SNELLING, MN 55111

10924   FORT SRL BUILDING, 2101 VILLAGE ROAD, DEARBORN, MI 48121

10925   FORT TRANSFER CO., 225 SOUTH MAPLE, MORTON, IL 61550

10924   FORT VALLEY STATE COLLEGE, C/O CHAMBLESS FIREPROOFING, FORT VALLEY, GA 31030

10924   FORT WAYNE CITY CENTER - CIRCLE B, 115 E. WAYNE ST., FORT WAYNE, IN 46801

10924   FORT WAYNE CITY CENTER, 115 E. WAYNE, FORT WAYNE, IN 46801

10924   FORT WAYNE POOLS - CINCINNATI, 12075 NORTHWEST BLVD., CINCINNATI, OH 45246

10924   FORT WAYNE POOLS - GREENSBORO, 6900 INTERNATIONAL DR., GREENSBORO, NC 27409

10924   FORT WAYNE POOLS CORPORATE, 6930 GETTYSBURG PIKE, FORT WAYNE, IN 46804

10924   FORT WAYNE POOLS OF CHARLOTTE, 2701 HUTCHINSON MCDONALD ROAD, CHARLOTTE, NC 28269

10924   FORT WAYNE POOLS OF CHARLOTTE, SUITE A, 2701 HUTCHINSON MCDONALD ROAD, CHARLOTTE, NC 28269

10924   FORT WAYNE POOLS OF CO, 420 BRYANT STREET, DENVER, CO 80204

10924   FORT WAYNE POOLS OF COLORADO, 420 BRYANT ST., DENVER, CO 80204

10924   FORT WAYNE POOLS OF VIRGINIA BEACH, 1330 AZALEA GARDEN ROAD, NORFOLK, VA 23502

10924   FORT WAYNE POOLS, 1330 AZALEA RD, NORFOLK, VA 23502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  FORT WAYNE POOLS, 13912 ST. CHARLES ROCK ROAD, BRIDGETON, MO 63044

10924  FORT WAYNE POOLS, 1505 S. 700 WEST, SALT LAKE CITY, UT 84104

10924  FORT WAYNE POOLS, 40 FREEDOM COURT, GREER, SC 29650

10924  FORT WAYNE POOLS, 40 FREEDOM CT, GREER, SC 29650

10924  FORT WAYNE POOLS, CAMBRIDGE, MA 02140

10924  FORT WAYNE POOLS, SUITE A, 2701 HUTCHINSON MCDONALD RD, CHARLOTTE, NC 28269

10924  FORT WORTH ROOFING SUPPLY INC., PO BOX2046, FORT WORTH, TX 76113-2046

10925  FORT, AUDREY, 1980 CANTON ST, MACON, GA 31204

10925  FORT, LOUIS, PO BOX 361, GREENVILLE, NH 03048

10925  FORT, TONY, 1980 CANTON ST., MACON, GA 31204

10925  FORTE SR, ENOCH, 1025 COVER LANE, WINTER HAVEN, FL 33880-6142

10925  FORTE, ALICE, PO BOX 6136, MCALLEN, TX 78502

10925  FORTE, JANET, 1247 SHADOW WAY, GREENVILLE, SC 29615

10925  FORTE, JENNIFER, PO BOX 6136, MCALLEN, TX 78502

10925  FORTE, PAMELA, 865 ALAMEDA, ABILENE, TX 79605

10925  FORTE, PAOLO, 116 FIRST AVE, PELHAM, NY 10803

10925  FORTE, SALLY, 100 WOODS AVE, GLEN BURNIE, MD 21061

10925  FORTE, TONI, 649 LITTLETON ROAD, PARSIPPANY, NJ 07054

10925  FORTENBERRY, HAROLD, 1487 OLD HWY. 35N, COLUMBIA, MS 39429

10925  FORTENBERRY, JAMES, 9905 ABBEVILLE HWY., NEW IBERIA, LA 70560

10925  FORTENBERRY, L, 2202 JOE ST, PASADENA, TX 77502

10925  FORTENBERRY, MIKE, PO BOX 309, FOXWORTH, MS 39483

10925  FORTENBERRY, WALKER, 311 W AUTUMN RIDGE RD, MOORE, SC 29369

10924  FORTH TECHNOLOGIES, INC., 600 BERGMAN AVENUE, LOUISVILLE, KY 40203

10925  FORTHUN, CHERYLL, 621 CONTINENTAL CR, MORROW, GA 30260

10925  FORTI COMMUNICATIONS INC, 1246 CALLE YUCCA, THOUSAND OAKS, CA 91360

10925  FORTI FLEX, PO BOX 4523, SAN JUAN, PR 00936-4532PUERTO RICO          **\*VIA Deutsche Post\***

10925  FORTI, CORINNE, 1246 CALLE YUCCA, THOUSAND OAKS, CA 91360

10925  FORTICH, ANA, 1909 RIVENDELL WAY, EDISON, NJ 08817

10925  FORTICH, LUISA, 36 N. READING RD, EDISON, NJ 08817

10925  FORTIER, LAURA, 169 SCOTT AVE, YONKERS, NY 10704

10925  FORTIFLEX OF PUERTO RICO, PO BOX 364523, SAN JUAN, PR 00936PUERTO RICO          **\*VIA Deutsche Post\***

10925  FORTIFLEX, PO BOX 364523, SAN JUAN, PR 00936-4523

10925  FORTIN, BETTY, 808 THOMAS DR., MOMENCE, IL 60954

10925  FORTIN, DENISE, 4201 ARBOR LANE, CARROLTON, TX 75010

10925  FORTIN, DWAYNE, 48 DELOAKS DR., MADISONVILLE, LA 70447

10925  FORTINI, ROBERT, 237 FRANKLIN ST, N ADAMS, MA 01247

10925  FORTINI, ROBERT, 237 FRANKLIN ST, NORTH ADAMS, MA 01247

10924  FORTITECH INC., 2105 TECHNOLOGY DRIVE, SCHENECTADY, NY 12308

10925  FORTNA EQUIPMENT CO, INC, 2120 S. HOLLY #205, DENVER, CO 80222

10924  FORTNER ENG. & MFG., INC., 918 THOMPSON AVENUE, GLENDALE, CA 91201

10925  FORTNER, AMY, 247 FENNEL, SN ANTONIO, TX 78213

10925  FORTNER, CALHOUN, 4606 S CALHOUN ROAD, PLANT CITY, FL 33567-9998

10925  FORTNER, DENNIS, 124 BELVEDERE DRIVE, DUNCAN, SC 29334

10925  FORTNER, THOMAS, 4270 RFD EIGHTY FOOT RD, BARTOW, FL 33830-9667

10925  FORTNEY, DONALD, 2114 REESE ROAD, WESTMINSTER, MD 21157

10925  FORTRAN TRAFFIC, 470 MIDWEST ROAD, SCARBOROUGH, ON M1P 4Y5CANADA          **\*VIA Deutsche Post\***

10925  FORTSON JR, ERNEST, 342 LEYTON ROAD, REISTERSTOWN, MD 21136

10925  FORTSON, TEMPLE, 342 LEYTON RD, REISTERSTOWN, MD 21136

10925  FORTUNA, ELEANOR, 616 HONEYBROOK CIRCLE, STEWARTSVILLE, NJ 08886

10925  FORTUNATO, JAMES, 506 FERNCROFT TOWERS, DANVERS, MA 01923-4029

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FORTUNE BAY CASINO, C/O MULCAHY DRYWALL, TOWER, MN 55790 | |
| 10925 | FORTUNE BOOKS, PO BOX 11017, DES MOINES, IA 50336-1017 | |
| 10924 | FORTUNE CHEMIDACS CO. LTD., 5-29-14 SHIBA MINATOKU, TOKYO, 108JPN | *VIA Deutsche Post* |
| 10924 | FORTUNE CHEMIDACS OF AMERICA, INC, 300 N LAKE STREET, MONTGOMERY, IL 60538 | |
| 10925 | FORTUNE CONSULTANTS, 723 KANAWHA BLVD, CHARLESTON, WV 25301 | |
| 10924 | FORTUNE GYPSUM, 3173 FIRE ROAD, EGG HARBOR TOWNSHIP, NJ 08234 | |
| 10924 | FORTUNE GYPSUM, UNIT #19A BLDG F, MAYS LANDING, NJ 08330 | |
| 10925 | FORTUNE MAGAZINE, POBOX 60001, TAMPA, FL 33660-0001 | |
| 10925 | FORTUNE METAL-BURRALL CORP, 116 GOULD ST, NEEDHAM HTS, MA 02194 | |
| 10925 | FORTUNE PERSONNEL CONSULTANTS OF, HOUSTON INC, 2555 CENTRAL PKWY, HOUSTON, TX 77092 | |
| 10925 | FORTUNE, 35/F CITICORP CENTRE, CAUSEWAY BAY, HONG KONG | *VIA Deutsche Post* |
| 10925 | FORTUNE, CCRI NUMERO 46427, AMSTERDAM, 1060 WDNETHERLANDS | *VIA Deutsche Post* |
| 10925 | FORTUNE, DORIS, 534 LITTLE CREEK RD, SPARTANBURG, SC 29303 | |
| 10925 | FORTUNE, MARY, 1131 NORTH 9TH ST, READING, PA 19604 | |
| 10925 | FORTUNE, MICHELLE, 119 B JIM GRADY, MORGANTON, NC 28655 | |
| 10925 | FORTUNE, NICHOLAS, 2910 FLOYD AVE, RICHMOND, VA 23221 | |
| 10925 | FORTUNE, PO BOX 60400, TAMPA, FL 33660-0400 | |
| 10925 | FORTUNE, PO BOX 61420, TAMPA, FL 33661-1420 | |
| 10925 | FORTUNE, PO BOX 61440, TAMPA, FL 33661-1440 | |
| 10925 | FORTUNE, PO BOX 61494, TAMPA, FL 33661-1494 | |
| 10925 | FORTUNE, POBOX 60001, TAMPA, FL 33660-0001 | |
| 10925 | FORTUNE, POBOX 60400, TAMPA, FL 33660-0400 | |
| 10925 | FORTUNE, VICTORIA L, CUST FOR CHRISTINE J FORTUNE, A MINOR PURS SECT 1339 19 TO, 1339 26 INCL OF REV CODE OF OH, 32500 MONROE CT - APT 107, SOLON, OH 44139-5761 | |
| 10924 | FORTY WEST LUMBER CO., RT 4, ROCKY MOUNT, VA 24151 | |
| 10924 | FORTY WEST LUMBER COMPANY, RT 4, ROCKY MOUNT, VA 24151 | |
| 10925 | FORUM PROPERTIES, CABIN JOHN SHOPPING CENTER, BETHESDA, MD 20814 | |
| 10924 | FORUM, THE, 3930 EAST JONES BRIDGE ROAD, NORCROSS, GA 30092 | |
| 10925 | FORWARD, DEMETRIUS, 5012 BROOKFIELD DR., MOBILE, AL 36693 | |
| 10925 | FOSBEL INC, 640 NORTH ROCKY RIVER DR, BEREA, OH 44017 | |
| 10925 | FOSBEL INC, PO BOX 73134-N, CLEVELAND, OH 44193 | |
| 10925 | FOSCO, GARRY, 11910 187TH AVE, BRISTOL, WI 53104 | |
| 10924 | FOSECO INC, 2020 SHELDON ROAD, BROOKPARK, OH 44142 | |
| 10925 | FOSECO, 17 ST & ROCHESTER, CUCAMONGA, CA | |
| 10924 | FOSECO, INC., 20200 SHELDON ROAD, BROOK PARK, OH 44142 | |
| 10924 | FOSECO, INC., 20200 SHELDON ROAD, CLEVELAND, OH 44142 | |
| 10924 | FOSECO, PO BOX 81227, CLEVELAND, OH 44135 | |
| 10924 | FOSHEE, ALAN, 6241 ELM AVE, PINSON, AL 35126 | |
| 10925 | FOSHEE, LORA, 4205 NEW HAVEN CT, PORT ORANGE, FL 32127 | |
| 10925 | FOSHEE, OTIS, 701 WEST GLEN, YUKON, OK 73099 | |
| 10925 | FOSMOE, WILLIAM, 9029 22ND AVE NW, SEATTLE, WA 98117-2712 | |
| 10924 | FOSROC INC., 150 CARLEY COURT, PLAINVIEW, NY 11803 | |
| 10924 | FOSROC INC., 55 SKYLINE DRIVE, PLAINVIEW, NY 11803 | |
| 10924 | FOSROC INCORPORATED, 1020 EXPORT DRIVE, LEXINGTON, KY 40511 | |
| 10924 | FOSROC INCORPORATED, 150 CARLEY COURT, GEORGETOWN, KY 40324 | |
| 10924 | FOSS ANDREW J COMPANY INC, 490 WATSON CROSS RD, FARMINGTON, NH 03835 | |
| 10924 | FOSS ANDREW J. COMPANY, INC., 490 WATSONS CROSSROADS, FARMINGTON, NH 03835 | |
| 10925 | FOSS BLDG INC, GREGORY J FOSS PRES, 6264 ELMWOOD AVE, MIDDLETON, WI 53716 | |
| 10925 | FOSS BOWE SAN FILIPPO & CARUSO, POBOX 896, RED BANK, NJ 07701-0896 | |
| 10925 | FOSS BOWE SAN FILLIPPO & CARUSO, PO BOX 896, RED BANK, NJ 07701-0896 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    FOSS ENVIRONMENTAL & INFRASTRUCTURE, DEPT 5251, PO BOX 34936, SEATTLE, CA 98124-1936

10924    FOSS MANUFACTURING COMPANY, 380 LAFAYETTE ROAD, HAMPTON, NH 03842

10924    FOSS MANUFACTURING COMPANY, 380 LAFAYETTE ROAD, HAMPTON, NH 03843-5000

10925    FOSS MARITIME COMPANY, POBOX 34936, SEATTLE, WA 98124

10925    FOSS NORTH AMERICA, 12101 TECH RD., SILVER SPRING, MD 20904

10925    FOSS NORTH AMERICA, 7682 EXECUTIVE DR., EDEN PRAIRIE, MN 55344

10925    FOSS NORTH AMERICA, INC, 7682 EXECUTIVE DRIVE, EDEN PRAIRIE, MN 55344

10925    FOSS, DAVID, 4572 TANGLEWOOD DRIVE, PEGRAM, TN 37143

10925    FOSS, HOWARD, 2 ELDERBERRY LANE, READING, MA 01867

10925    FOSS, JOHN, 20 FAIRBANKS ST., HARVARD, MA 01451

10925    FOSS, ROBERT, 10100 W 35TH AVE, WHEAT RIDGE, CO 80033

10925    FOSS, SUSAN, 2715 STOUT RD., LUCAS, OH 44843

10925    FOSSUM, MELANIE, 258 STRANGEWAY AVE, 6, LODI, WI 53555

10925    FOSSUM, MELANIE, 258 STRANGEWAY AVE, LODI, WI 53555

10924    FOSTER & CO., 501 W. PIKE ST., LAWRENCEVILLE, GA 30243

10925    FOSTER & SEAR, TRUSTEE, 1201 N WATSON RD, ARLINGTON, TX 76006

10924    FOSTER FARMS, 232 SOUTH INDUSTRIAL PARK, DEMOPOLIS, AL 36732

10925    FOSTER FENCE CORP, POBOX 96116, HOUSTON, TX 77213-6116

10925    FOSTER JR, CLARENCE, 3112 AVE A, SNYDER, TX 79549

10925    FOSTER JR, THOMAS, RR2 BOX 1188, WELLS, ME 04090-9575

10925    FOSTER JR., GORDON, 535 FREEMAN ST, BALTIMORE, MD 21225

10924    FOSTER PRODUCTS DIV., H.B. FULLER, 2900 GRANADA LANE, SAINT PAUL, MN 55128

10924    FOSTER PRODUCTS, ATTN: PURCHASING, 2900 GRANADA LANE, SAINT PAUL, MN 55128

10925    FOSTER SEAR, 360 PLACE OFFICE PARK, 1201 N. WATSON SUITE 145, ARLINGTON, TX 76006

10925    FOSTER SR, CLARENCE, 2801 AVE X, SNYDER, TX 79549

10924    FOSTER SUPPLY CO., PO BOX488, SCOTT DEPOT, WV 25560

10924    FOSTER SUPPLY, PO BOX 488, SCOTT DEPOT, WV 25560

10925    FOSTER SWIFT COLLINS & SMITH, 313 S WASHINGTON SQUARE, LANSING, MI 48933

10925    FOSTER SWIFT COLLINS, BRENT A TITUS, 313 SOUTH WASHINGTON SQUARE, LANSING, MI 48933

10925    FOSTER W BERRY &, KATHERINE L GOETZEN, TR UA SEP 27 99, FOSTER W BERRY TRUST, 1091 ASPEN DR, NORTON SHORES, MI 49441

10925    FOSTER WHEELER CORPORATION, PERRYVILLE CORPORATE PARK, CLINTON, NJ 08809-4000

10925    FOSTER WHEELER ENERGY CORP., PERRYVILLE CORPORATE PARK, CLINTON, NJ 08809-4000

10924    FOSTER WHEELER, 13609 INDUSTRIAL ROAD, HOUSTON, TX 77015

10925    FOSTER, ADELIA, 214 CHURCH ST, WELLFORD, SC 29385-9555

10925    FOSTER, ALEXANDER, 1007 WEST NOBLE ST., TROUP, TX 75789

10925    FOSTER, ANNETTE, 103 E MAIN ST, TAYLORS, SC 29687

10925    FOSTER, ARLINE, 26 HAGOOD COURT, SPARTANBURG, SC 29307

10925    FOSTER, BARBARA L, 35 DRIALO DR, ALLENTOWN, NJ 08501-1524

10925    FOSTER, BARBARA, 1930 E. 12TH ST., CASPER, WY 82601

10925    FOSTER, BARBARA, 300 W HOLLEY RD B2, SWEETHOME, OR 97386

10925    FOSTER, BOBBY, 228 BEDFORD RD, 440, BEDFORE, TX 76022

10925    FOSTER, BRENDA M, PO BOX 100306, IRONDALE, AL 35210

10925    FOSTER, BRENDA, 317 AUTUMN CHASE CR, BIRMINGHAM, AL 35206

10925    FOSTER, BRIGID, 3732 WYOMING #1 N, KANSAS CITY, MO 64111

10925    FOSTER, CHARLES, 6084 FAIRLONG POINT, ACWORTH, GA 30101

10925    FOSTER, CHERYLANN, 20 BARTLETT ST, BEVERLY, MA 01915

10925    FOSTER, CHRISTINE, 202 LINCOLN ST., GLENVIEW, IL 60025

10925    FOSTER, CHRISTOPHER, #8 EDEN COURT, COLUMBUS, GA 31904

10925    FOSTER, CURTIS, 2412 ARMSTRONG ROAD, LAKELAND, FL 33811

10925    FOSTER, DEBBIE, 102 CAROLINE DR., KINSTON, NC 28502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10925    FOSTER, EARNEST, 1638 WRIGHT DR, LAKELAND, FL 33805

10925    FOSTER, ELINOR M, 37230 S ROCK CREST DR, TUCSON, AZ 85739-1177

10925    FOSTER, EMERALD, 54 TANGLE WOOD DR., HENDERSON, NV 89012

10925    FOSTER, ETHEL, 11009 NW 112, YUKON, OK 73099

10925    FOSTER, FRANCIS, 4414 SPANKER CT APT 4A, FT MYERS, FL 33919-4721

10925    FOSTER, GLEN, 36336 SAN PEDRO DR, FREMONT, CA 94560

10925    FOSTER, HELENE, 7G AUSTIN COURT, SAUGUS, MA 01906

10925    FOSTER, HOSEA, 125 OVERBROOK CIRCLE, SPARTANBURG, SC 29301

10925    FOSTER, ISAAC, 26 HAGOOD COURT, SPARTANBURG, SC 29307

10925    FOSTER, JACK, 615 N. MAPLE ST, SIMPSONVILLE, SC 29681

10925    FOSTER, JAMES, 6626 ASTAIR N W, ALBUQUERQUE, NM 87120

10925    FOSTER, JAMES, POST OFFICE BOX 5528, RENO, NV 89513

10925    FOSTER, JANE, 5139 ELDER AVE, CHARLOTTE, NC 28205

10925    FOSTER, JENNIFER, 2355 COLLEGE ST A, MONTGOMERY, AL 36106

10925    FOSTER, JERRY, 157 FLEMING ST, WATSEKA, IL 60970

10925    FOSTER, JESSICA, 4888 S SHERWOOD FRST, BATON ROUGE, LA 70816

10925    FOSTER, JOHN, 811 HOLSTON CREEK CHURCH RD, INMAN, SC 29349

10925    FOSTER, JUANITA, 2801 AVE X, SNYDER, TX 79549

10925    FOSTER, KEISA, 4663 WALDROP DR, FOREST PARK, GA 30050

10925    FOSTER, LARRY, RT 1 BOX 522B, MONTICELLO, IN 47960

10925    FOSTER, LENORA, 563 BRIDGEWAY BLVD 3, SAUSALITO, CA 94965

10925    FOSTER, LISA, 8 MANOR DRIVE, STOUGHTON, MA 02072

10925    FOSTER, LOIS, 110 S CRESCENT, ELECTRA, TX 76360

10925    FOSTER, LYDIA, 1820 HELEN, DETROIT, MI 48207

10925    FOSTER, MATHEW, 1905 18TH ST, SPARKS, NV 89431

10925    FOSTER, MATT, 306 HILLSIDE DR, CEDARTOWN, GA 30125

10925    FOSTER, MATT, 306 HILLSIDE DRIVE, CEDARTOWN, GA 30125

10925    FOSTER, PAMELA, 128 LANCE DRIVE, WAXAHACHIR, TX 75165

10925    FOSTER, PATRICK, 871 WILLOW BEND LN, BESSEMER, AL 35023

10925    FOSTER, PAUL, 6 PETUNIA, CASPER, WY 82604

10925    FOSTER, PHYLLIS, 106 ATLANTIC AVE, WELLS, ME 04090-9998

10925    FOSTER, RANDAL, 801 E. 12TH ST, CRAIG, CO 81625

10925    FOSTER, RICHARD, 126 KENNY LANE, RINGGOLD, GA 30736

10925    FOSTER, RICKY, BOX 1037, BLANCHARD, LA 71009

10925    FOSTER, ROBERT, 5321 193 RD AVE, SUMNER, WA 98390

10925    FOSTER, ROBERT, 97 WALDEN ST, CAMBRIDGE, MA 02140

10925    FOSTER, ROWLAND, PO BOX 267, ANSON, TX 79501

10925    FOSTER, SHEREE, 950 WILLOW BROOK, DENHAM SPRINGS, LA 70726

10925    FOSTER, T, 387 SUNSET, VICTORIA, TX 77901

10925    FOSTER, TAMI, 234 SIGNAL HILL DR., SEGUIN, TX 78155

10925    FOSTER, TAMMY MARIE, 61 HARRIS AVE, LINCOLN, RI 02865

10925    FOSTER, TANYA, 5191 N. CHADBOURNE, SAN ANGELO, TX 76903

10925    FOSTER, TED, 407 W GEORGIA RD #7, SIMPSONVILLE, SC 29681

10925    FOSTER, TERRY, 107 ORLEANS DR, SIMPSONVILLE, SC 29681

10925    FOSTER, TERRY, 433 S FOSTER ST, SINGER, LA 70660

10925    FOSTER, THOMAS, 214 E 51 ST APT 2H, NEW YORK, NY 10022

10925    FOSTER, THOMAS, 8 DOTTIE COURT, WILLIAMSTON, SC 29697

10925    FOSTER, TRACY, 402 STAGE COACH ROAD, LAURENS, SC 29360

10925    FOSTER, WENDELL, 4740 CHAMBERS ST, OWENSBORO, KY 42301

10925    FOSTER, WILLIAM, 1310 CARSON RD EAST, MOBILE, AL 36695

10925    FOSTER, WILLIAM, 202 SUNSET, GILLETTE, WY 82716

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    FOSTER, ZACHARY, 310 SPRINGDALE DR APT #11, CLINTON, SC 29325

10925    FOSTER-BOYD, OPAL, 5805 PRINCETON ROAD, HOPKINSVILLE, KY 42240

10924    FOSTER-SOUTHEASTERN INC, 46 SPRING STREET, HOLBROOK, MA 02343

10924    FOSTER-SOUTHEASTERN INC., 46 SPRING ST., HOLBROOK, MA 02343

10924    FOSTER-SOUTHEASTERN INC., P O BOX 306, AVON, MA 02322

10924    FOSTORIA CONCRETE PROD, 912 EAST SANDUSKY STREET, FOSTORIA, OH 44830

10924    FOSTORIA CONCRETE PROD., P O BOX 709, FOSTORIA, OH 44830

10924    FOSTORIA CONCRETE PRODUCT, P O BOX 709, FOSTORIA, OH 44830

10925    FOSTORIA CONCRETE PRODUCTS INC, POBOX 709, FOSTORIA, OH 44830

10924    FOTHERGILL ENGINEERED FABRIC, HALIFAX ROAD, OFF EGERTON STREET, LITTLEBOROUGH,    *VIA Deutsche Post*
         OL15 0LUGBR

10925    FOTHERGILL, PRISCILLA R, CUST FOR ANNE AMELIA FOTHERGILL UNIF GIFT MIN ACT, 3744
         HUNTINGTON ST NW, WASHINGTON, DC 20015-1818

10925    FOTIOS VARDAKIS, 21 SUNSET AVE, BAYONNE, NJ 07002-2209

10924    FOTO-WEAR INC., 101 POCONO DRIVE, MILFORD, PA 18337

10925    FOUCHET, PATRICIA, 8742 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437

10925    FOUGERE, CYNTHIA, 25 MANSFIELD ST, GLOUCESTER, MA 01930

10925    FOUGHT, DIANE, 351 CHURCH ST, SHREVE, OH 44676

10925    FOUGHT, OTTO, 351 W CHURCH ST, BOX 14, SHREVE, OH 44676

10925    FOUGNER, KEVIN, 815 6TH AVE. W, WILLISTON, ND 58801

10925    FOULKE, BASIL, 5334 KY 144, OWENSBORO, KY 42301

10925    FOULKE, STEPHANIE, 911 MILL ST., MONTGOMERY, AL 36108

10925    FOULKS, DONNA, 930 CRISCO RD N, CONCORD, NC 28027-7790

10925    FOULKS, MARCIA, 3109 AMARILLO AVE, SIMI VALLEY, CA 93063-1705

10925    FOUNDATION CENTER, THE, 79 FIFTH AVE DEPT-CG, NEW YORK, NY 10003-3076

10924    FOUNDATION CONC PRODUCTS, PO BOX 3790, FONTANA, CA 92334

10924    FOUNDATION CONCRETE PRODUCTS, POST OFFICE BOX 3790, FONTANA, CA 92334

10925    FOUNDATION FOR FUTURE LEADERSHIP, 927 15TH ST, NW SUITE 1000, WASHINGTON, DC 20005

10925    FOUNDATION FOR INFORMED MEDICAL DEC, MAKING, INC, HANOVER, NH 03755-5457

10925    FOUNDATION FOR THE C & C, PO BOX 1084, ISLAMORADA, FL 33036

10924    FOUNDATION PILE, 9774 CALABASH AVENUE, FONTANA, CA 92335

10925    FOUNDATION PRESS, 11 PENN PLAZA, NEW YORK, NY 10001

10925    FOUNDATION/SOUTHWEST LOUISIANA, THE, PO BOX 3110, LAKE CHARLES, LA 70602-3110

10925    FOUNDERS CLUB, THE, PO BOX 22756, HOUSTON, TX 77227-2756

10924    FOUNDERS HALL  JOB # 02-9480, 3360 INDUSTRIAL ROAD, HARRISBURG, PA 17110

10925    FOUNTAIN INN AUTO SUPPLY, 209 SOUTH MAIN ST, FOUNTAIN INN, SC 29644

10924    FOUNTAIN INN ELEMENTARY, BABB STREET, FOUNTAIN INN, SC 29644

10925    FOUNTAIN, ALEADA, AUSTIN RD, BROOKLINE, NH 03033

10925    FOUNTAIN, FAWN, 2049 BELM0NT BLVD., ABILENE, TX 79602

10925    FOUNTAIN, KENNIES, 1422 HENDRICKS ST, COLUMBIA, MS 39429

10925    FOUNTAIN, LESLIE, 1301 W APACHE, PHOENIX, AZ 85007

10925    FOUNTAIN, LESLIE, 6701 DIAMOND COURT, AMARILLO, TX 79124

10925    FOUNTAIN, MICHAEL, 1926 BURCH AVE NW, CEDAR RAPIDS, IA 52405

10925    FOUNTAIN, NANCY, 102 SERENITY LANE, CLYDE, NC 28721

10925    FOUNTAIN, ROY, 24 FARMCREST AVE, LEXINGTON, MA 02421-7113

10925    FOUNTAIN, RUTH, RT 2 BOX 190A, BARTOW, GA 30413

10924    FOUR CORNERS MATERIALS, 808 COUNTY ROAD 252 TREMBLE LANE, DURANGO, CO 81301

10924    FOUR CORNERS MATERIALS, ATTN:  ACCOUNTS PAYABLE, DURANGO, CO 91301

10924    FOUR CORNERS MATERIALS, PO BOX16, FARMINGTON, NM 87499-0016

10925    FOUR COUNTY LANDFILL PRP GROUP, 3000 K ST NW STE 300, WASHINGTON, DC 20007

10925    FOUR INVESTMENT CLUB, A PARTNERSHIP, 637 FERRY ST, NEWARK, NJ 07105-4601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FOUR MARKET SQUARE, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   FOUR POINTS HOTEL LEOMINSTER, 99 ERDMAN WAY, LEOMINSTER, MA 01453

10925   FOUR POINTS HOTEL, 5115 HOPYARD ROAD, PLEASANTON, CA 94588

10925   FOUR SEASONS ENV, PO BOX 74054, CLEVELAND, OH 44114

10925   FOUR SEASONS ENVIRONMENTAL, PO BOX 16590, GREENSBORO, NC 27416-0590

10925   FOUR SEASONS ENVIRONMENTAL, PO BOX 74054, CLEVELAND, OH 44114

10925   FOUR SEASONS GREENERY, POBOX 290028, BOSTON, MA 02129

10924   FOUR SEASONS HOTEL & TOWER, BETWEEN MISSION & MARKET, COME ON 3RD ST-BACK IN ON STEVENSON, SAN FRANCISCO, CA 94102

10925   FOUR SEASONS HOTEL, 200 BOYLSTON ST, BOSTON, MA 02116

10924   FOUR SEASONS HOTEL, 4150 NORTH MCARTHUR, IRVING, TX 75039

10924   FOUR SEASONS POOLS & SPAS, 3470 90TH ST., MERIDEN, KS 66512

10924   FOUR STATES SUPPLY CO, PO BOX2069, JOPLIN, MO 64803

10924   FOUR STATES SUPPLY CO., 12785 HIGHWAY FF, JOPLIN, MO 64804

10924   FOUR WINDS INC., CROSS RIVER RD., KATONAH, NY 10536

10925   FOURD, NORMAN, PO BOX 1553, MANSFIELD, LA 71052

10925   FOURDEL FINISHING EQUIPMENT, DIV OF FOURDEL INDUSTRIES LTD, MARIETTA, GA 30060-3314

10925   FOUR-H PALLETS INC, 1683 BEARDALL AVE/STE 129, SANFORD, FL 32771

10925   FOURNIER, DONALD, 7 EDGEHILL ROAD APT #A, LINCOLN, RI 02865

10925   FOURNIER, DONNA, 1137 SUNSET LANE, WICHITA FALLS, TX 76305

10925   FOURNIER, MANAL, 131 JOHANSON AVE, HILLSBOROUGH, NJ 08876

10925   FOURNIER, MARC, 238 GOLDSMITH ST, LITTLETON, MA 01460

10925   FOURNIER, RUSSELL, 207 SUTHON, HOUMA, LA 70364

10924   FOURTH & POMEROY, P.O. BOX 516, CLAY CENTER, KS 67432

10925   FOURTH PRESBYTERIAN CHURCH, 126 EAST CHESTNUT ST, CHICAGO, IL 60611

10924   FOURTH STREET ROCK CRUSHER, 1945 WEST 4TH STREET, SAN BERNARDINO, CA 92412

10924   FOURTH STREET ROCK CRUSHER, ATTN:  ACCOUNTS PAYABLE, SAN BERNARDINO, CA 92412

10924   FOURTH THRU SIXTH MIDDLE SCHOOL, 631 MANHATTEN BLVD, HARVEY, LA 70059

10924   FOURUM PROJECT, THE, 8529 FIX FORKS RD., RALEIGH, NC 27615

10925   FOUSEK, JACK, 299 COKER RD, ANDERSON, SC 29624

10925   FOUSEK, JACK, 299 COKER ROAD, ANDERSON, SC 29624

10925   FOUSEL, JACOB, 3528 N MANOR, FLAGSTAFF, AZ 86004

10925   FOUST, KAREN, 10034 EMORY RD W, KNOXVILLE, TN 37931

10925   FOUST, MICHAEL, 2005 NW 36TH TERR, GAINESVILLE, FL 32605

10925   FOUTES, G, 7407 NW 75TH TER, KANSAS CITY MO, MO 64152

10925   FOUTS, JOHN, 991 VIA MONTANAS, CONCORD, CA 94518

10925   FOUTS, TERESA, 7877 S WINDERMERE, LITTLETON, CO 80120

10925   FOUTY, SHEILA, 6988 MCKEAN RD., YPSILANTI, MI 48197

10925   FOWBLE, BRETT, ROUTE 1, BOX 32, MARNE, IA 51552

10924   FOWLER & MOATS CONCRETE, 122 MOATS FOWLER ROAD, ANDERSON, SC 29624

10924   FOWLER & MOATS CONCRETE, WHITEHALL ROAD EXTENSION, ANDERSON, SC 29624

10924   FOWLER & PETH, 28485 HWY. 6 & 24, RIFLE, CO 81650

10925   FOWLER & PETH, 4795 FOREST ST, DENVER, CO 80216

10924   FOWLER & PETH, 4795 FOREST STREET, DENVER, CO 80216

10924   FOWLER & PETH, PO BOX16551, DENVER, CO 80216

10924   FOWLER AND MOATS CONCRETE, 122 MOATS FOWLER RD, ANDERSON, SC 29624

10925   FOWLER PRODUCTS COMPANY, PO BOX 80268, ATHENS, GA 30608-0268

10924   FOWLER READY MIX, SOUTH ADEWAY ROAD - RTE 41, FOWLER, IN 47944

10925   FOWLER, ALBERT, HCR 65, BOX 40, RINGLING, OK 73456

10925   FOWLER, ALICIA, 907 160TH PL, SO HOLLAND, IL 60473

10925   FOWLER, BLANCHE, 126 EASTVIEW CIRCLE, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FOWLER, BRIAN, 4 ALPENA ST, WOBURN, MA 01801

10925   FOWLER, BRUCE, PO BOX 381, GANADO, TX 77962-0381

10925   FOWLER, C, 202 RIVER DRIVE, WILLIAMSTON, SC 29697

10925   FOWLER, CAROLYN, 310 E. ILLINOIS ST., MOMENCE, IL 60954

10925   FOWLER, CLARISSA, 15 WOOODHEDGE CT, MAULDIN, SC 29662

10925   FOWLER, CYNTHIA, 6010 NEW CUT ROAD, INMAN, SC 29349

10925   FOWLER, DARLA, 3615 SALTWOOD GLEN, PASADENA, MD 21122

10925   FOWLER, DARRELL, 30 GRISWOLD LANE, PIEDMONT, SC 29673

10925   FOWLER, DEANA, 324R CENTRAL ST, HUDSON, MA 01749

10925   FOWLER, DEBBIE, RR 1 BOX 233, ST. ANNE, IL 60964

10925   FOWLER, DEBORAH, 22 PEBBLE CREEK WAY, TAYLORS, SC 29687

10925   FOWLER, DONALD, 2558 STANDING SPRG RD, GREENVILLE, SC 29605

10925   FOWLER, DOROTHY, 165 HOLLY CIRCLE, LYMAN, SC 29365

10925   FOWLER, GORDON, 375 EAST ROSS ROAD, EL CENTRO, CA 92243

10925   FOWLER, JANET, LOT 21 AMHP, AUBURN, GA 30203

10925   FOWLER, JEFFERY, 121 HICKS DRIVE, INMAN, SC 29349

10925   FOWLER, JOHN, 6546 SWARTHMORE DRIVE, MEMPHIS, TN 38119-7744

10925   FOWLER, JOYCE, 90 W GRAND ST, ELIZABETH, NJ 07202

10925   FOWLER, LEE, 202 RIVER DRIVE, WILLIAMSTON, SC 29697

10925   FOWLER, LORETTA, 1710 BURNWOOD ROAD, BALTIMORE, MD 21239

10925   FOWLER, MARGARET, LOT 21 AMHP, AUBURN, AL 30203

10925   FOWLER, MARIE, 1160 PATRICK DR., FAYETTEVILLE, NC 28314

10925   FOWLER, MARSHA, PO BOX 19, BEAVERVILLE, IL 60912-0019

10925   FOWLER, MARVIN, 213 VIRGINIA AVE, LYMAN, SC 29365

10925   FOWLER, MARY, 227 S WALNUT, MOMENCE, IL 60954

10925   FOWLER, MICHAEL, 107 WADDELL ROAD, GREENVILLE, SC 29609

10925   FOWLER, NANCY, 114 CANTY RD, PELZER, SC 29669-9249

10925   FOWLER, PATRICIA, 204 N. WATERFORD, CEDAR HILL, TX 75104

10925   FOWLER, REBECCA, 365 HATMAKER RIDGE, JACKSBORO, TN 37757

10925   FOWLER, REGINALD, 4651 SCHIRRA COURT, SPARTANBURG, SC 29301

10925   FOWLER, REGINALD, 54 SOMERSETT DRIVE, SPARTANBURG, SC 29301

10925   FOWLER, RHONDA, 4249 BRIGGS ST, RIVERSIDE, CA 92509

10925   FOWLER, RONALD, PO BOX 447, STARTEX, SC 29377

10925   FOWLER, RUSTY, 817 W. MACKENZIE, HOBBS, NM 88240

10925   FOWLER, SARA, STAR RT 2 BOX 539, SATSUMA, FL 32189

10925   FOWLER, SCOTT, 9523 CENTER ST, VIENNA, VA 22181

10925   FOWLER, SHARON, 52 UPTACK ROAD, GROVELAND, MA 01834

10925   FOWLER, STANLEY, 239 BURGESS SCHOOL RD, PELZER, SC 29669-9538

10925   FOWLER, STEPHEN, 3551 MOORE-DUNCAN HWY, MOORE, SC 29369-9753

10925   FOWLER, THOMAS, 601 ROCK CREEK LOOP, KERRVILLE, TX 78028

10925   FOWLER, TIM, 35 CANTERBURY TRAIL, FOUNTAIN INN, SC 29644

10925   FOWLER, TOMMY, 218 PONDEROSA DRIVE, UNION, SC 29379

10925   FOWLER, TRACY, 104 DEERWOOD DR, N.AUGUSTA, SC 29841

10925   FOWLER, TRAVIS, 50 MAPLE CRESCENT, ASHEVILLE, NC 28806

10925   FOWLER, WALTER, PO BOX 88, IOWA PARK, TX 76367-0088

10925   FOWLER, WILLIAM, 37 SMYTHE AVE, GREENVILLE, SC 29605

10925   FOWLER, WILLIAM, 5249 N PEACHTREE ROAD, ATLANTA, GA 30338

10925   FOWLER-BROWNLEE, MARGARET, PO BOX 312, LYMAN, SC 29365-0312

10924   FOWLER-FLEMISTER CONCRETE, 711 NORTH WILKINSON STREET, MILLEDGEVILLE, GA 31061

10924   FOWLER-FLEMISTER CONCRETE, P.O. BOX 923, MILLEDGEVILLE, GA 31061

10924   FOWLER'FLEMISTER, PO BOX 923, MILLEDGEVILLE, GA 31061

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 FOWLERS EXPRESS, PO BOX 349, SOUTH EASTON, MA 02375

10924 FOWLKES CONCRETE, 871 BOWEN LANE, DYERSBURG, TN 38025

10924 FOWLKES CONCRETE, P. O. BOX 633, DYERSBURG, TN 38025

10924 FOWLKES CONCRETE, P.O.BOX 633, DYERSBURG, TN 38024

10925 FOWLKES, WILMA, 313 CARPER ST, SO CHARLESTON, WV 25303

10925 FOX COMPUTER RENTAL, 56 ROLAND ST, CHARLESTOWN, MA 02129

10925 FOX COMPUTER RENTALS, 265 OSER AVE, HAUPPAUGE, NY 11788

10925 FOX COMPUTER RENTALS, 56 ROLAND ST, CHARLESTOWN, MA 02129

10924 FOX ELECTRIC SUPPLY, 33 WEST GIRARD AVENUE, PHILADELPHIA, PA 19123

10924 FOX ELECTRIC SUPPLY, 780 ROUTE 73 SOUTH, BERLIN, NJ 08009

10924 FOX ELECTRIC SUPPLY, 8001 RT 130 SOUTH, DELRAN, NJ 08075

10925 FOX ELECTRONICS, 5570 ENTERPRISE PKWY, FORT MYERS, FL 33905

10925 FOX ENVIRONMENTAL SEVICES,INC, 5150 NORTH PORT WASHINGTON ROAD, MILWAUKEE, WI 53217

10925 FOX GLASS ORLANDO INC, 3038 JOHN YOUNG PKWY, ORLANDO, FL 32804

10924 FOX GLASS, 3038 JOHN YOUNG PKY, ORLANDO, FL 32804

10925 FOX JR, JERRY, PO BOX 70222, ODESSA, TX 79764

10925 FOX LAKE FORD, 90 SOUTH ROUTE 12, FOX LAKE, IL 60020

10924 FOX MEADOWS SCHOOL, 2960 EMERALD STREET, MEMPHIS, TN 38115

10925 FOX MOBILE MUSIC, 4323 CRITES ST, HOUSTON, TX 77003

10924 FOX POOLS OF NASHVILLE, 780 MAIN ST., HENDERSONVILLE, TN 37075

10924 FOX POOLS OF NASHVILLE, 780 WEST MAIN ST, HENDERSONVILLE, TN 37075

10924 FOX POOLS OF NASHVILLE, INC., 780 WEST MAIN ST., HENDERSONVILLE, TN 37075

10925 FOX RIVER ASSOCIATES LTD, 28 N BENNETT ST, GENEVA, IL 60134

10925 FOX RIVER PAPER CO, 100 LAWRENCE ST, APPLETON, WI 54911

10925 FOX RIVER PAPER CO., BOX 78561, MILWAUKEE, WI 53278-0561

10924 FOX RIVER PAPER COMPANY, 700 WEST COURT STREET, URBANA, OH 43078

10924 FOX VALLEY BUILDING, 1395 TIMBER DR., ELGIN, IL 60120

10924 FOX VALLEY BUILDING, 1395 TIMBER DRIVE, ELGIN, IL 60120

10925 FOX VALLEY FORK LIFT INC., 3820 OHIO AVE , UNIT 4, SAINT CHARLES, IL 60174-5461

10924 FOX VALLEY MACHINE, 198 POPLAR PLACE, NORTH AURORA, IL 60542

10924 FOX VALLEY SYSTEMS, 640 INDUSTRIAL DRIVE, CARY, IL 60013-1944

10925 FOX VALVE DEVELOPMENT CORP., HAMILTON BUSINESS PARK, UNIT 6A, FRANKLIN RD., DOVER, NJ 07801

10924 FOX WHOLESALE ELECTRIC, & LIGHTING, LOS ANGELES, CA 90029

10925 FOX, ARIC, 828 CORAL DRIVE, RODEO, CA 94572

10925 FOX, C, 655 CEDAR AVE, AMERY, WI 54001

10925 FOX, CARLI, 4827 SYKESVILLE ROAD, SYKESVILLE, MD 21784-7011

10925 FOX, CHRISTY, 316 MILACRON DRIVE, FOUNTAIN INN, SC 29644

10925 FOX, CORINE, 135 NORTH DELANYYROAD, GUERNEY, IL 60031

10925 FOX, CYNTHIA, 638 W MAPLE ST, HAZLETON, PA 18201

10925 FOX, DOROTHY, 1081 PROSPECT AVE, MOUNTAINSIDE NJ, NJ 07092

10925 FOX, EMMETT, 232 INLET DRIVE, PASADENA, MD 21122-3148

10925 FOX, EVELYN, 65 E. CALIMYRNA, FRESNO, CA 93710

10925 FOX, GREGORY, 3419 E. GLENN, TUCSON, AZ 85716

10925 FOX, GWENDOLYN, 1437 SE 13TH ST, DEERFIELD, FL 33441

10925 FOX, HAROLD, 29 ASCENSION, IRVINE, CA 92612

10925 FOX, JEFFREY, 1728 29TH ST WEST, WILLISTON, ND 58801

10925 FOX, JOHN, 12206 GAINSBOROUGH DRIVE, HOUSTON, TX 77031

10925 FOX, JOHN, 38 TAMWOOD CIRCLE, SIMPSONVILLE, SC 29680

10925 FOX, JOHN, 6332 HOLLOWAY DR, LIBERTY TOWNSHIP, OH 45044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FOX, KATEY, PO BOX 838, VERNON, NJ 07462

10925   FOX, LAURIE, 4513 DRESDEN RD, BALTIMORE, MD 21208

10925   FOX, LILLIAN, 10 ELYSIAM PLACE, OAKLAND, CA 94605

10925   FOX, LORI, 5709 84TH ST., LUBBOCK, TX 79424

10925   FOX, LYDIA, 2006 NORTHCLIFF DR, COLUMBUS, OH 43229

10925   FOX, MARY ELLEN, 19 ST ALBANS PARK, SANDY MOUNT, DUBLIN, 4IRELAND     *VIA Deutsche Post*

10925   FOX, MICHAEL, 28 BONJAN LANE, HIGHLAND HGHTS, KY 41076

10925   FOX, NELSON, 854 VAQUEROS COURT, RODEO, CA 94572

10925   FOX, PATRICIA S, 213 KAOLIN RD, AIKEN, SC 29801

10925   FOX, PATRICIA, 467 WHEAT ROAD, AIKEN, SC 29801

10925   FOX, RAYMOND, 2611 SPRUCEWOOD LANE, PLANT CITY, FL 33566

10925   FOX, ROBERT, 130 BARTON COVE, MARION, AR 72364

10925   FOX, ROSELYN, CUST FOR KATHLEEN FOX, UNIF GIFT MIN ACT NY, 210 CENTRAL PARK SO APT 22N, NEW YORK, NY 10019-1416

10925   FOX, SHARON, 2419 EDGAR ST, PITTSBURGH, PA 15210

10925   FOX, SONYA, 2700 W. 16TH APT. 406, AMARILLO, TX 79102

10925   FOX, STEWART, 3009 W DALEY LN, PHOENIX, AZ 85027

10925   FOX, SUSAN R, CUST FOR GRACE GILMAN, UNDER THE NJ UNIF TRAN MIN ACT, 70 S ORANGE AVE, LIVINGSTON, NJ 07039-4903

10925   FOX, SUSAN, 8006 IVY LA, BALTIMORE, MD 21208

10925   FOX, TAMMIE, 282 BOYLSTON ST, BROCKTON, MA 02401

10925   FOX, TONI, 2717 COLLEGE DR, RIALTO, CA 92376

10925   FOXBORO C/O EASTERN CONTROLS, INC, 414 EAST JOPPA RD., TOWSON, MD 21286

10925   FOXBORO C/O EASTERN CONTROLS, PO BOX 8000, DEPT. 730,

10925   FOXBORO CO, 15 POND AVE, FOXBORO, MA 02035

10925   FOXBORO CO, 600 N BEDFORD ST, EAST BRIDGEWATER, MA 02333

10925   FOXBORO CO, 70 MECHANIC ST, FOXBORO, MA 02035

10925   FOXBORO CO., 1901 S. BUSSE RD., MOUNT PROSPECT, IL 60056

10925   FOXBORO CO., 6745 ENGLE RD., MIDDLEBURG HEIGHTS, OH 44130

10925   FOXBORO CO., NEPSONET AVE., FOXBORO, MA 02035

10925   FOXBORO CO., PO BOX 905014, CHARLOTTE, NC 28290-5014

10925   FOXBORO COMPANY, 1018 HOLLY ST., LAKE CHARLES, LA 70601

10925   FOXBORO COMPANY, 11550 NEWCASTLE DRIVE SUITE 100, BATON ROUGE, LA 70816

10925   FOXBORO COMPANY, 1901 S. BUSSE ROAD, MOUNT PROSPECT, IL 60056

10925   FOXBORO COMPANY, 38 NEPONSET AVE., FOXBORO, MA 02035

10925   FOXBORO COMPANY, 40 NEPONSET ST, FOXBORO, MA 02035

10925   FOXBORO COMPANY, PO BOX 120001 - DEPT 0942, DALLAS, TX 75312-0942

10925   FOXBORO COMPANY, PO BOX 120001-DEPT. 0942, DALLAS, TX 75312-0942

10925   FOXBORO COMPANY, PO BOX 360015, PITTSBURGH, PA 15251-6015

10925   FOXBORO COMPANY, PO BOX 730272, DALLAS, TX 75373-0272

10925   FOXBORO COMPANY, THE, PO BOX 730272, DALLAS, TX 75373-0272

10925   FOXBORO, INC, 1011A SAMPSON ST., WESTLAKE, LA 70669

10925   FOXBORO, PO BOX 1395, MATTHEWS, NC 28106

10925   FOXCRAFT ATLANTA, 4159 WINTERS CHAPEL RD, DORAVILLE, GA 30360

10925   FOXE, THERESA, 14520 VILLAGE DR, FONTANA, CA 92337

10925   FOX-MORRIS ASSOCIATES INC, 1617 JFK BLVD SUITE 1850, PHILADELPHIA, PA 19103-1892

10925   FOX-MORRIS ASSOCIATES, INC, 1617 JFK BLVD., STE#1850, PHILADELPHIA, PA 19103-1892

10925   FOXPRO ADVISOR, PO BOX 469032, ESCONDIDO, CA 92046-9032

10925   FOXSHJEFLOWOHLNEWKOLD & HARTLEY, 1730 SOUTH EL CAMINO REAL, SIXTH FL WASHINGTON MUTUAL BLDG, SAN MATEO, CA 94402

10924   FOXWOOD EMPLOYEE ENTRANCE PHASE II, 111 PEQUOT TRAIL, LEDYARD, CT 06339

10924   FOXWOOD LANE MIDDLE SCHOOL, 23 ROSLYN STREET, ISLIP TERRACE, NY 11752

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FOXWOODS GREAT CEDAR HOTEL, ROUTE 2, LEDYARD, CT 06339

10924   FOXWOODS, PEQUOT FOXWOODS CASINO, ROUTE 2, LEDYARD, CT 06339

10925   FOXWORTH, DENISE, 214 NEW CHURCH RD VILL.DR.BLDG#10,#215, JAYESS, MS 39641

10925   FOXWORTH, GARY, 460 HARMON, BIRMINGHAM, MI 48009

10925   FOXWORTH, LARRY, 1000 MARY DRIVE, 208, IOWA PARK, TX 76367

10925   FOXWORTHY, DEAN, 714 WESTRIDGE RD., CRAIG, CO 81625

10925   FOXWORTHY, MOYLAN, HC62 BOX 31A, LONG PINE, NE 69217

10925   FOXWORTHY, TERRY, BOX 605, BASSETT, NE 68714

10924   FOXX COMPANY, THE, 63 COMMERICAL AVENUE, GARDEN CITY, NY 11530

10925   FOXX EQUIPMENT COMPANY, 421 SOUTHWEST BLVD, KANSAS CITY, MO 64108

10925   FOXX, HERMAN, 7726 CLOVERNOOK AVE, 1014, CINCINNATI, OH 45231

10925   FOXX, LYNDA, 2000 BLUERDIGE BLVD., SENECA, SC 29678

10925   FOY, BELINDA, 8826 BLAIRWOOD COURT A2, BALTIMORE, MD 21236

10925   FOY, JACQUELYN, PO BOX 13383, MONROE, LA 71213

10925   FOY, MARY, 310 TROY ST. SW, CEDAR RAPIDS, IA 52404

10925   FOY, MAURICE, 1410 EAST 52ND, TACOMA, WA 98404

10925   FOY, NANCY, 326 TALMADGE AVE, BOUND BROOK, NJ 08805

10925   FOY, PAMELA, 228 HERITAGE CIRCLE, MACON, GA 31210

10925   FOYGELMAN, YELENA, 13115 OXNARD ST #5, VAN NUYS, CA 91401

10925   FOYLES, JEANNIE, RT 6 BOX 270A, KINSTON, NC 28501

10925   FP INTERNATIONAL, 1090 MILLS WAY, REDWOOD CITY, CA 94063-3120

10925   FP INTERNATIONAL, 16850 CANAL ST, THORNTON, IL 60476

10925   FP INTERNATIONAL, 6195 E. RANDOLPH ST, COMMERCE, CA 90040

10925   FP INTERNATIONAL, HARMONY BUSINESS PARK, NEWARK, DE 19711

10925   FPF ENTERPRISES, PALLETS PLUS, INC., PO BOX 31691, CHICAGO, IL 60631-0691

10924   FPI ELECTRICAL INC, 11 GREEN MOUNTAIN DR, COHOES, NY 12047

10924   FPK DECORATING, 1252 BROADHEAD ROAD, MONACA, PA 15061

10925   FPL BUSINESS ENERGY EXPO, 255 ALHAMBRA CIR. STE 500, CORAL GABLES, FL 33134

10924   FPL CAPE CANAVERAL, STR-PCC-970, 6000 NORTH US #1, COCOA, FL 32927

10925   FPL, GENERAL MAIL FACILITY, MIAMI, FL 33188-0001

10924   FPL, PO BOX 29950, MIAMI, FL 33102-9950

10925   FPLIPA, PO BOX 1947, COCOA, FL 32923-1947

10925   FPM&SA, 200 DAINGERFIELD RD, ALEXANDRIA, VA 22314-2800

10925   FPSMITH WIRE CLOTH CO, 11700 W GRAND AVE, NORTHLAKE, IL 60164

10924   FR CHEMICAL INC., 524 SOUTH COLUMBUS AVENUE, MOUNT VERNON, NY 10550

10924   FR HOUSEHOLDER & SON @@, CAMBRIDGE, MA 02140

10924   FR HOUSEHOLDER & SON, OFF NEWTOWN AVENUE, ROUTE 26 SOUTH, MCCONNELLSTOWN, PA 16660

10925   FRAATZ, JERALD, 37 EAST ST, MANSFIELD, MA 02048

10925   FRACALOSSY, DAVID, 38 WILLIAM PLACE, TOTOWA, NJ 07512

10924   FRACKELTON BLOCK COMPANY, 400 HOWISON, FREDERICKSBURG, VA 22401

10924   FRACKELTON BLOCK COMPANY, P O BOX 684, FREDERICKSBURG, VA 22401

10924   FRACKELTON BLOCK COMPANY, P.O. BOX 684, FREDERICKSBURG, VA 22401

10925   FRACKIEWICZ, AURELIA, 121 DARLING ST, WILKES-BARRE, PA 18702

10924   FRACO  INC, 200 CHERRY CREEK ROAD, MARQUETTE, MI 49855

10924   FRACO INC, 200 CHERRY CREEK RD, MARQUETTE, MI 49855

10924   FRACO INC, 200 OHERRY CREEK RD, MARQUETTE, MI 49855

10925   FRADLEY, GAYLA, 5902 MEMORIAL HWY #815, TAMPA, FL 33615

10925   FRADY, LARRY, 116 MARTIN COURT, WILLIAMSTON, SC 29697

10925   FRADY, LISA, 116 MARTIN COURT, WILLIAMSTON, SC 29697

10925   FRAGA, JEANETTE, 19 BIRCHWOOD DRIVE, NORTH ARLINGTON, NJ 07031

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FRAGOMEN DELRAY & BERNSEN PC, 525 UNIVERSITY AVE, PALO ALTO, CA 94301 | |
| 10925 | FRAGOMEN DELREY BERNSEN & LOEWY, POBOX 4110, ISELIN, NJ 08830 | |
| 10925 | FRAGOMEN, DEL RAY & BERNSEN PC, 890 SOUTH DIXIE HWY, CORAL GABLES, FL 33146 | |
| 10925 | FRAGOMEN, DEL REY & BENSEN PC, 100 PINE ST, SAN FRANCISCO, CA 94111 | |
| 10925 | FRAGOMEN, DEL REY & BERNSEN, PC, 300 SOUTH WACKER DRIVE, SUITE 2900, CHICAGO, IL 60606 | |
| 10925 | FRAGOMEN, DEL REY & BERNSEN, PC, 515 MADISON AVE, NEW YORK, NY 10022 | |
| 10925 | FRAGOMEN, DEL REY BERNSEN &, 241 SEVILLA AVE , SUITE 802, CORAL GABLES, FL 33134 | |
| 10925 | FRAGOMEN, DEL REY, BERNSEN &, LOEWY, P.C., 241 SEVILLA AVE. STE 802, CORAL GABLES, FL 33134 | |
| 10925 | FRAGOMEN,DEL REY & BERNSEN, 51 JOHN F. KENNEDY PKWY, SHORT HILLS, NJ 07078 | |
| 10924 | FRAGRANT AIR (PRODUCTS) LTD., 570 NORTH HIGHWAY 17-92, LONGWOOD, FL 32750 | |
| 10924 | FRAGRANT AIR (PRODUCTS) LTD., 755 POWDER HORN CIRCLE, LAKE MARY, FL 32746 | |
| 10925 | FRAILS, JAY ROBIN, 175 WAMPANOG TRAIL, EAST PROVIDENCE, RI 02914 | |
| 10925 | FRAIN, JENNY, 762 JOLSON AVE, AKRON, OH 44319 | |
| 10925 | FRAISER, RUBY, 7703 BEECHNUT RD, CAPITOL HGTS, MD 20743 | |
| 10925 | FRAKES, DIANE, 4417 E. VERBENA DR, PHOENIX, AZ 85044 | |
| 10925 | FRALEY, ANTHONY, 1113 N. CALVERT ST, BALTIMORE, MD 21202 | |
| 10925 | FRALEY, KELLY, HC78, BOX 397, MCDOWELL, KY 41647 | |
| 10925 | FRALIN, JIMMIE, 5411 WRIGHTSVILLE AVE, WILMINGTON, NC 28403-4626 | |
| 10924 | FRAMATONE MANUFACTURING, 39200 FORD ROAD, WESTLAND, MI 48185 | |
| 10925 | FRAME CENTER, INC, 258 DEAN ST, NORWOOD, MA 02062 | |
| 10925 | FRAME WAREHOUSE, 4626 S.BLVD., CHARLOTTE, NC 28209 | |
| 10925 | FRAME, ANNE, 221 21ST ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | FRAME, CYNTHIA, 901 VIRGINIA AVE, ASHLAND, OH 44805 | |
| 10925 | FRAME, KENNETH, 221 21ST ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | FRAME, MARIE, 71 PRINCETON ST, CHELMSFORD, MA 01863 | |
| 10925 | FRAME, PO BOX 60000, SAN FRANCISCO, CA 94160-2324 | |
| 10925 | FRAMES UNLIMITED, 901 EAST PRIEN LAKE ROAD, LAKE CHARLES, LA 70601 | |
| 10925 | FRAMEWERKS, 6810 W ARCHER AVE, CHICAGO, IL 60638 | |
| 10925 | FRAMEWORKS INC., 2067 MASS. AVE, CAMBRIDGE, MA 02140 | |
| 10925 | FRAMEWORKS, 10 WALL ST, BURLINGTON, MA 01803 | |
| 10925 | FRAMPTON, JANETH, PO BOX 63, SHREVE, OH 44676 | |
| 10925 | FRAMPTON, MARGARET, PO BOX 7275, CLEMSON, SC 29632 | |
| 10925 | FRAMPTON, MARK, PO BOX 63, SHREVE, OH 44676 | |
| 10925 | FRAN MARSHALL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | FRAN STRAUSS, 8 EAST 83RD ST, NEW YORK, NY 10028-0418 | |
| 10925 | FRANC, JUDITH, 3260 MOHAWK RD NEE, SOLON, IA 52333 | |
| 10925 | FRANCA A RICCOBON &, LUCIANA RICCOBON, JT TEN, 2809 DARBY RD, ARDMORE, PA 19003-1621 | |
| 10925 | FRANCAVAGE, DONNA, 162 STITZER ROAD, FLEETWOOD, PA 19522 | |
| 10925 | FRANCE LACHAPELLE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | FRANCE, JERRY, 432 RAILSBACK ROAD, SHREVEPORT, LA 71106 | |
| 10925 | FRANCE, KATHRYN, 9330 GORMAN ROAD, 36, LAUREL, MD 20723 | |
| 10925 | FRANCE, PAUL, 3610 MYSTIC VALLEY PKWAY, MEDFORD, MA 02155 | |
| 10925 | FRANCE, STEPHEN, 4 WHITE ROCK CT, WICHITA FALLS, TX 76310 | |
| 10925 | FRANCE-PROUROSTE, KATHERINE, 1942 A VILLA RIDGE D, RESTON, VA 22091 | |
| 10925 | FRANCES A CASEY, 2730 WISCONSIN AVE NW APT 73, WASHINGTON, DC 20007-4658 | |
| 10925 | FRANCES A JAY, 518 E 19TH ST, OAKLAND, CA 94606-1935 | |
| 10925 | FRANCES BISS, 4558 KINGS HWY, BROOKLYN, NY 11234-2028 | |
| 10925 | FRANCES BRANDT, 112 IVY LANE, LIDO BEACH, NY 11561-4911 | |
| 10925 | FRANCES C SHEEHY, 254-03 75TH AVE, GLEN OAKS LI, NY 11004-1107 | |
| 10925 | FRANCES CUENY, 899 PINE ST NBR 1101, SAN FRANCISCO, CA 94108-3049 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRANCES DE LEMOS TR UA JUL 30 96, THE FRANCES DE LEMOS REVOCABLE, LIVING TRUST, 501 VENUE CT, VERO BEACH, FL 32966-7132

10925   FRANCES DEAN BERGLING, 2001 CLINTON AVE S, ROCHESTER, NY 14618-5705

10925   FRANCES DONOVAN, 11 PORTER RD, MAPLEWOOD, NJ 07040-3311

10925   FRANCES E CALABRO, 11 GARFIELD AVE, WINCHESTER, MA 01890-1208

10925   FRANCES E HERTZ, 322 W 72ND ST, NEW YORK, NY 10023-2676

10925   FRANCES ELLIS CASSELS, BOX 98, JACKSON, SC 29831-0098

10925   FRANCES F PAVEY, 8650 SHAWNEE RUN RD, CINCINNATI, OH 45243-2812

10925   FRANCES G ANTOPOL, 420 E 23RD ST, NEW YORK, NY 10010-5033

10925   FRANCES H BLOCK, 614 HENRY ST, ANDERSON, IN 46016-1037

10925   FRANCES H MCKINNEY, 4835 SUTCLIFF AVE, SAN JOSE, CA 95118-2342

10925   FRANCES J JOHNSON, 833 DAGER ROAD, LOWER GWYNEDD, PA 19002-2526

10925   FRANCES KEPPLER, 26 MONTEREY GARDENS, BARDONIA, NY 10954-1508

10925   FRANCES L BARNARD, UNIT 4-B 1410 CALYPSO AVE, BETHLEHEM, PA 18018-0000

10925   FRANCES LEVISON, 1229 E 23RD ST, BROOKLYN, NY 11210-4520

10925   FRANCES M COX, 103 RIDGEWAY DR, GREENSBORO, NC 27403-1525

10925   FRANCES M FEUCHTER, 1641 SE 39TH TERR, CAPE CORAL, FL 33904-5059

10925   FRANCES M HEAVERLO & JAMES S, HEAVERLO TR UA APR 23 80, JAMES S HEAVERLO& FRANCES M, HEAVERLO TRUST, PO BOX 250, KIRKLAND, WA 98083-0250

10925   FRANCES M OCONNOR, 1 GEORGIA AVE APT 5H, BRONXVILLE, NY 10708-6215

10925   FRANCES M VOHS, BOX 332, KERHONKSON, NY 12446-0332

10925   FRANCES M WISNIEWSKI, C/O MRS FRANCES M BRILL, 2801 SIMONIS, STEVENS POINT, WI 54481-2134

10925   FRANCES MARCHMONT RUDD, 223 WOODCREST DR, SAN ANTONIO, TX 78209-2934

10925   FRANCES MATHEWS, 4016 BRANTLEY DR, AUSTELLE, GA 30106-1559

10925   FRANCES R GUARALDI TR UA APR 8 91, FRANCES R GUARALDI REVOCABLE, TRUST, 86 SMITH ST, CHELMSFORD, MA 01824-1704

10925   FRANCES R MILLER, 1803 EUTAW PLACE, BALTIMORE, MD 21217-3807

10925   FRANCES RANALDI, 4054 SKYCREST DR, JACKSONVILLE, FL 32246-6554

10925   FRANCES RICHMAN & STEPHEN E, RICHMAN JT TEN, 709 E CARLISLE AVE, MILWAUKEE, WI 53217-4835

10925   FRANCES RUTH WELTE, 3410 NORTHRIDGE DR, PUEBLO, CO 81008-1350

10925   FRANCES S LAMAR TR, 10 31 94, FBO FRANCES S LAMAR TRUST, 881 PALO VERDE AVE, LONG BEACH, CA 90815-4728

10925   FRANCES S ORTNER, C/O ARNOLD L SILBERMAN POA, 1284 THE HIDEOUT, LAKE ARIEL, PA 18436-9533

10925   FRANCES SPECHTS, 7 MT VERNON AVE, BILLERICA, MA 01821-1112

10925   FRANCES SQUARCIAFICO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   FRANCES W B MILLER, 5503 CHARLCOTE RD, BETHESDA, MD 20817-3735

10925   FRANCES, PH D, DAVID, 500 W CUMMINGS PARK, SUITE 6000, WOBURN, MA 01801

10925   FRANCESCA PERRA, 220 HIGHLAND AVE, WINCHESTER, MA 01890-2112

10925   FRANCESCHI, ANTONIO, PROLONGACION VIVES, PONCE, PR 00731

10925   FRANCESCO PIETANZA &, MARGHERITA PIETANZA JT TEN, 4710 W OLCOTT, HARWOOD HEIGHTS, IL 60656-4625

10925   FRANCESCOS RESTAURANT, 8520 PARDEE AT HEGENBERGER RD, OAKLAND, CA 94621

10925   FRANCESKI LUMBER CO, ATT MR JOSEPH FRANCESKI, 1035 MAIN ST, FOREST CITY, PA 18421-1018

10925   FRANCHESCA DOS REMEDIOS, 491 SEMINOLE AVE, ROAN OAKS APARTMENTS 24, ATLANTA, GA 30307-1441

10925   FRANCHI, DENISE, 54 MORGAN ROAD, BILLERICA, MA 01821

10925   FRANCHI, JENNIFER, 295 ADAMS ST, NORTH ABINGTON, MA 02351

10925   FRANCHI, PHIL, PO BOX 734, CAMDEN, NJ 08101

10925   FRANCHISE TAX BOARD, PO BOX 419001, RANCHO CORDOVA, CA 95741-9001

10925   FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO, CA 94267-2021

10925   FRANCHISE TAX BOARD, SACRAMENTO, CA 94267-0051

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRANCIA, LOLITA B., 11255 G. AVE, SAN DIEGO, CA 92127

10925   FRANCINE GILBERT, 517 WYNGATE ROAD, TIMONIUM, MD 21093

10925   FRANCIOSI, MARK, 41 THERESA AVE, LEOMINSTER, MA 01453

10925   FRANCIS A WROBLEWSKI, 37 WESTSIDE AVE, BERGENFIELD, NJ 07621-2835

10925   FRANCIS ABNEY, 4490 DEAN, WAYNE, MI 48184-1813

10925   FRANCIS B O BRIEN, 51 VAN DEENE AVE, WEST SPRINGFIELD, MA 01089-3218

10925   FRANCIS C LAPERRIERE, 47 ELSMERE AVE, SOUTH PORTLAND, ME 04106-4935

10925   FRANCIS D LANE &, ALICE B LANE JT TEN, 1755 SUMMIT AVE NW, SALEM, OR 97304-2713

10924   FRANCIS DAY & SONS, 440 WEST THIRD SOUTH, SAINT JOHNS, AZ 85936

10924   FRANCIS DAY & SONS, 4TH W ST & 3RD S ST, SAINT JOHNS, AZ 85936

10924   FRANCIS DAY & SONS, ATTN:  ACCOUNTS PAYABLE, SAINT JOHNS, AZ 85936

10925   FRANCIS E BOYLE, 60-19 76TH ST, ELMHURST, NY 11373-5227

10925   FRANCIS E KENNEY CO, 16 UNION ST, WOBURN, MA 01801

10925   FRANCIS E KENNEY CO, INC, 16 UNION ST, WOBURN, MA 01801

10925   FRANCIS E THURN, 21309 FAUCET ROAD, EDGEWOOD, IA 52042-8133

10925   FRANCIS E WHITE &, DOROTHY T WHITE JT TEN, 170 N FINLEY AVE, BASKING RIDGE, NJ 07920-1634

10925   FRANCIS FRANK, 32 W BALCOM ST, BUFFALO, NY 14209-1408

10924   FRANCIS HOWELL SCHOOL, 2549 HACKMAN ROAD, SAINT CHARLES, MO 63303

10925   FRANCIS J BRENNAN &, REGINA M BRENNAN JT TEN, 26 HOLMEHILL LANE, ROSELAND, NJ 07068-1451

10925   FRANCIS J BRENNAN, 26 HOLMEHILL LA, ROSELAND, NJ 07068-1451

10925   FRANCIS J DEVANEY JR &, ANNE L DEVANEY JT TEN, 196 ORLANDO BLVD, TOMS RIVER, NJ 08757-6235

10925   FRANCIS J GRIEVE, 21 MARTIN HEIGHTS, RAYMOND, ME 04071

10925   FRANCIS J MURPHY JOHN S SPADARO CHASE T BROCKSTEDT, 824 N MARKET ST PO BOX 8989, WILMINGTON, DE 19899-8989

10925   FRANCIS JOSEPH PFUHLER, 163-31 25TH DR, FLUSHING, NY 11358-1005

10925   FRANCIS JR, JOHN, 253 PIPPO AVE, BRENTWOOD, CA 94513

10925   FRANCIS M BOYLE JR TR UA SEP 3 96, FRANCIS M BOYLE JR, REVOCABLE TRUST, N2619 SHORE DR, MARINETTE, WI 54143-9225

10925   FRANCIS M JOHNSON &, DOROTHY E JOHNSON JT TEN, 240 W PALMETTO PARK RD STE 210, BOCA RATON, FL 33432-3761

10925   FRANCIS M SHEEHAN, 17 MALPASS RD, ALBANY, NY 12203-4803

10925   FRANCIS P COLLETT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   FRANCIS P FAHEY &, MARIE E FAHEY JT TEN, 34 MAIN ST, MILTON, VT 05468-3056

10925   FRANCIS PAUL RICHARD, 575 WHISPERING PINES, HAMILTON, MT 59840-8919

10925   FRANCIS R DONCASTER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   FRANCIS R WHEELER &, H MARJORIE WHEELER JT TEN, C/O MRS ESTHER BEIGHTLEY, THE CURTIS, 6 MAIN ST APT 213, LENOX, MA 01240-2340

10925   FRANCIS S JONES, 2136 INDIAN HILLS DR, KNOXVILLE, TN 37919-8979

10924   FRANCIS TUTTLE CHILD DEVELOPMENT, 3200 BROADWAY, JOPLIN, MO 64801

10925   FRANCIS V BARBARO, 542 8TH AVE, SAN FRANCISCO, CA 94118-3715

10925   FRANCIS W FLINN JR CUST LINDA, DIAN FLINN UNIF GIFT MIN ACT NJ, C/O LINDA D FLINN, 39 COTTAGE PL, GARFIELD, NJ 07026-3514

10925   FRANCIS W LAJEUNESSE, 100 BENNETT ST, WRENTHAM, MA 02093-1423

10925   FRANCIS W MAY TTEE, UA DTD 5 19 94, FRANCIS W MAY REV LIVING TR, 1838 RAINTREE LANE, VENICE, FL 34293-2043

10925   FRANCIS X O CONNELL &, CAROL O CONNELL JT TEN, 424 DUNCAN STA RD, MCKEESPORT, PA 15135-3310

10925   FRANCIS, CATHERINE, 1005 ROSEMONT AVE, CINCINNATI, OH 45205

10925   FRANCIS, CHRISTOPHER, 1004 CREEKSIDE CIR, AUSTELL, GA 30168

10925   FRANCIS, CYNTHIA JEAN, C/O CYNTHIA JEAN TURNER, ROUTE 11 BOX, 11584 BOWLES RD, KENNEWICK, WA 99337-6717

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FRANCIS, DIANNE, 45 NORTH ST. APT. 42, STONEHAM, MA 02180 | |
| 10925 | FRANCIS, DORIS, 216-46 117 ROAD, CAMBRIA HEIGHTS, NY 11411 | |
| 10925 | FRANCIS, FRANCIS, 9441 WANDERING WAY, COLUMBIA, MD 21045 | |
| 10925 | FRANCIS, JOSEPH, 1933 WILSON LN, MCLEAN, VA 22101 | |
| 10925 | FRANCIS, KIM, 1456 GORDON DRIVE, GLEN BURNIE, MD 21061 | |
| 10925 | FRANCIS, LARRY, 407 KILEY, WILBURTON, OK 74578 | |
| 10925 | FRANCIS, LISA, 270 WESTPOINT AVE, SOMERSET, NJ 08873 | |
| 10925 | FRANCIS, MARVIN, 808 PLUM ST, LAFAYETTE, LA 70501 | |
| 10925 | FRANCIS, MICHAEL, 2111 REESE ST, MORRISTOWN, TN 37814 | |
| 10925 | FRANCIS, MICHAEL, 2907 TOPAZ ROAD, BALTIMORE, MD 21234 | |
| 10925 | FRANCIS, MIKE K, 2907 TOPAZ RD., BALTIMORE, MD 21234 | |
| 10925 | FRANCIS, PATRICK PERC, 40 ROCKDALE ST, MATTAPAN, MA 02126 | |
| 10925 | FRANCIS, POOVATHOLIL, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | FRANCIS, SHAWN, 14445 NE 6 AVE, MIAMI, FL 33612 | |
| 10925 | FRANCIS, TERRY, RT. 1, BOX 143, WILBURTON, OK 74578 | |
| 10925 | FRANCIS, VIRGIL, PO BOX 80, QUINTO, OK 74561 | |
| 10925 | FRANCIS-BYFIELD, ANDREA, 900 CARLISLE RD, STONE MOUNTAIN, GA 30083 | |
| 10925 | FRANCISCAN AT ST. JOHN, 121 E. 13TH ST., CINCINNATI, OH 45210 | |
| 10925 | FRANCISCAN CHILDRENS HOSPITAL &, 30 WARREN ST, BOSTON, MA 02135 | |
| 10924 | FRANCISCAN HOSP C/O SPRAYCRAFT, 2446 KIPLING AVE, CINCINNATI, OH 45239 | |
| 10924 | FRANCISCO LEVY HIJO, INC., 1319 ASHFORD AVENUE-SUITE #2-A, CONDADO, PR 907PUERTO RICO | *VIA Deutsche Post* |
| 10924 | FRANCISCO LEVY HIJO, INC., ATTN:  ACCOUNTS PAYABLE, SAN JUAN, PR 00902-2708PUERTO RICO | *VIA Deutsche Post* |
| 10925 | FRANCISCO, DOUGLAS, 821 CENTRAL AVE, B-7, PLAINFIELD, NJ 07060 | |
| 10925 | FRANCISCO, LIZA, 19911 HAWTHORNE BLVD, TORRANCE, CA 90503 | |
| 10925 | FRANCISKA WIHARDJA, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | FRANCO, ANTHONY, 5630 LASAINE AVE, ENCINO, CA 91316 | |
| 10925 | FRANCO, CATHY, 604 JETER, ODESSA, TX 79761 | |
| 10925 | FRANCO, ELIAS, 18775 DAY ST., PERRIS, CA 92376 | |
| 10925 | FRANCO, ELIZABETH, 6201 W OLIVE, GLENDALE, AZ 85302 | |
| 10925 | FRANCO, ELIZABETH, 900 W HUMBLE, HOBBS, NM 88240 | |
| 10925 | FRANCO, GINO, 405 E. XANTHISMA, MC ALLEN, TX 78504 | |
| 10925 | FRANCO, MANNY, 184 WINTHROP ST, TAUTON, MA 02780 | |
| 10925 | FRANCO, MARIA, 95A HOWARD DRIVE, BERGENFIELD, NJ 07621 | |
| 10925 | FRANCO, MARISSA, 89-50 56 AVE, ELMHURST, NY 11373 | |
| 10925 | FRANCO, MICHAEL, 721 CURTIN, 9, HOUSTON, TX 77018 | |
| 10925 | FRANCO, NORMA, 6150 RESEDA BLVD, 204, RESEDA, CA 91335 | |
| 10925 | FRANCOEUR, ALBERT, 135 NORTH ST, WESTBROOK, ME 04092 | |
| 10925 | FRANCOEUR, DAVID, 60 DALTON ROAD, BELMONT, MA 02178 | |
| 10925 | FRANCOEUR, MARY, 12 VIOLET ROAD, PEABODY, MA 01960 | |
| 10925 | FRANCOIS P. VAN REMOORTERE, 8213 BURNING TREE ROAD, BETHESDA, MD 20817 | |
| 10925 | FRANCOIS, ANTHONY, 17050 NE 21 AVE, MIAMI, FL 33162 | |
| 10925 | FRANCOIS, DARYL, PO BOX 211, BASILE, LA 70515 | |
| 10925 | FRANCOIS, ERNEST & SODNIE, 32 CLARK AVE, WALPOLE, MA 02081 | |
| 10925 | FRANCOIS, KIERAN, 5415 CONN AVE NW, WASH, DC 20015 | |
| 10925 | FRANCOIS, MARGARET, 1105 MCGILL PARK AVE, ATLANTA, GA 30312 | |
| 10924 | FRANCOSMETICS, 20320 PRAIRIE STREET, CHATSWORTH, CA 91311 | |
| 10925 | FRANCYNE R. ELLISON, 5159-1/2 PICKFORD ST., LOS ANGELES, CA 90019 | |
| 10925 | FRANEY, THERESA, 4419 FOSS RD, LAKE WORTH, FL 33461 | |
| 10925 | FRANI P KING, 14 MALLOW RD, E ROCKAWAY, NY 11518-2222 | |
| 10925 | FRANI, MARY ANN, 1160 CAMELLIA CT., SAN LEANDRO, CA 94577 | |
| 10925 | FRANI, MENANDRO, 434 CENTRAL AVE #102, ALAMEDA, CA 94501 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRANK & MARIA SORCI, 1574 CHAMBERS DRIVE, SAN JOSE, CA 95118

10925   FRANK A BUMPASS, 320 TUNNEL BLVD, CHATTANOOGA, TN 37411-2751

10925   FRANK A BURRELL, HWY 221, ENOREE, SC 29335

10925   FRANK A OKEY, 25 CRICKET HILL DR, PITTSFORD, NY 14534-2136

10925   FRANK ANDREWS III TR UW, FRANK ANDREWS, 2309 SW FIRST ST APT 141, PORTLAND, OR 97201-5039

10925   FRANK ANGELI & MAUREEN ANGELI, JT TEN, PO BOX 3622, SCRANTON, PA 18505-0622

10925   FRANK BASSO, 910 EAGLE LANE, APOLLO BEACH, FL 33572-2777

10925   FRANK BELLIA &, FAY BELLIA JT TEN, 251 33 71ST RD, BELLROSE, NY 11426-2736

10924   FRANK BINFORD SUPPLY, 410 NO. CENTER ST., THOMASTON, GA 30286

10925   FRANK BRAKO, 10 ARBORWOOD RD., ACTON, MA 01720

10924   FRANK BRYAN INC., 1263 CHARTIERS AVE, MCKEES ROCKS, PA 15136

10924   FRANK BRYAN INC., 1263 CHARTIERS AVE., MCKEES ROCKS, PA 15136

10924   FRANK BRYAN INC., 2ND AVENUE, PITTSBURGH, PA 15219

10925   FRANK BRYANTS BODY SHOP NO.1, RT. 2 BOX 1784 127 BYPASS, LAURENS, SC 29360

10925   FRANK BURKE, 2643 EAST 64TH ST, BROOKLYN, NY 11234-6815

10925   FRANK C ADAMS &, JANE A ADAMS JT TEN, 29 RING LANE, LEVITTOWN, PA 19055-1424

10925   FRANK CALLAHAN CO INC, PO BOX 257, COLMAR, PA 18915

10925   FRANK CARANO, 4427 W 141ST PLACE, CRESTWOOD, IL 60445

10925   FRANK CAVALLARO, 5 MANOR DR APT 7 M, NEWARK, NJ 07106-3267

10925   FRANK CHARLES CARUSO, 17 WENDA ST, READING, MA 01867-3504

10924   FRANK COOKE, INC., 59 SUMMER STREET, NORTH BROOKFIELD, MA 01535

10925   FRANK D BUSH, 600 PARK AVE, LAUREL, MD 20707-4036

10925   FRANK D DUNKEL TR UA OCT 21 91, THE FRANK D DUNKEL, REVOCABLE TRUST, 25 ETHEL COURT, REDWOOD CITY, CA 94061-2467

10925   FRANK D PORTINAUSE, 1419 SISTRUNCK ROAD, LAKE CHARLES, LA 70611-5145

10925   FRANK DIGRANDE, 47 WALTON AVE, OAKLAND, NJ 07436-2619

10925   FRANK E EDWARDSEN, 15 NORTH E, TACOMA, WA 98403-3142

10925   FRANK E GAINER &, ALICE I GAINER JT TEN, 1810 W KESSLER BLVD, INDIANAPOLIS, IN 46228

10925   FRANK E. WILSON IV, 216 HUNTER WOOD WAY, BOWLING GREEN, KY 42103

10925   FRANK EMMENDORFER, 2550 ALLENDALE DR, CAPE GIRARDEAU, MO 63701-2867

10925   FRANK FUJIMOTO, 1412 ST FRANCIS DR, SAN JOSE, CA 95125-5246

10925   FRANK FUJIO HIRASHIMA &, MARGIE MIDORI HIRASHIMA, TR UA AUG 1 89, THE HIRASHIMA TRUST, 1900 CORINTH AVE, LOS ANGELES, CA 90025-55

10925   FRANK G CIBULA JR & JUNE C, CIBULA JT TEN, C/O CIBULA GAUNT & PRATT, PLAZA 1551, 1551 FORUM PLACE SUITE 200 D, WEST PALM BEACH, FL 03340

10925   FRANK G. RITTER, 6 REVOLUTIONARY ROAD, ACTON, MA 01720

10925   FRANK GAMBEL, 8224 MAXINE CIR, BALTIMORE, MD 21208-1947

10925   FRANK GERLACH, 8810 WALTHER BLVD, APT 2402 CALVERT COURT, PARKVILLE, MD 21234

10924   FRANK GRIEVE, 21 MARTIN HEIGHTS, RAYMOND, ME 04071

10925   FRANK H MCNARY, 263 W WYOMING ST, MELROSE, MA 02176

10925   FRANK HARRY CHAN & YUI CHAN TR, UDT MAR 24 89 FRANK HARRY CHAN &, YUI CHIU CHAN TRUST, C/O FRANK CHAN, 2654 BURLINGAME WAY, SAN JOSE, CA 95121-1213

10925   FRANK HARRY CHAN CUST DENNIS R, CHAN UNIF GIFT MIN ACT CA, 2654 BURLINGAME WAY, SAN JOSE, CA 95121-1213

10925   FRANK HAYASHIDA, 305 W 69TH ST, CHICAGO, IL 60621-3720

10925   FRANK I FORD JR TR UA JAN 14 72, FBO CYNTHIA B THAYER, 1800 NORIEGA, SAN FRANCISCO, CA 94122-4324

10925   FRANK I ROUNDS COMPANY, 65 YORK AVE, RANDOLPH, MA 02368

10925   FRANK INGRAHAM, 305 W DICKERSON LN, MIDDLETOWN, DE 19709-8827

10925   FRANK J BERGMAN, 9119 MERCER DR, DALLAS, TX 75228-4137

10925   FRANK J CHIN, 662 CARRIAGE HILL LN, BOCA RATON, FL 33486

10925   FRANK J DOMAN & DOROTHY DOMAN, JT TEN, 31106 ROYALVIEW DR, WILLOWICK, OH 44095-4254

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|
| 10925 | FRANK J JULIAN & ALICE JULIAN, JT TEN, 650 DEERFIELD DR, BRIDGEPORT, WV 26330-1369 | |
| 10925 | FRANK J RAHL, 56 E KENWOOD DR, NEW WINDSOR, NY 12553-7586 | |
| 10925 | FRANK J RUBINETTI &, BARBARA RUBINETTI TEN COM, HC2 BOX 2364, JIM THORPE, PA 18229-9622 | |
| 10925 | FRANK J SZCZEPANIAK, 3803 RUSSELL AVE, PARMA, OH 44134-1842 | |
| 10925 | FRANK J WALDMANN, 10 ROBIN HOOD COURT, NESCONSET, NY 11767-0000 | |
| 10925 | FRANK J. DEAN CO.., 18 HANOVER RD., REISTERSTOWN, MD 21136 | |
| 10925 | FRANK JOSEPH RHOADES, PO BOX 410 RADIO CITY STATION, NEW YORK, NY 10101-0410 | |
| 10925 | FRANK KOY &, KATHERINE M KOY JT TEN, 20811 MADISON, ST CLAIR SHORES, MI 48081-2148 | |
| 10925 | FRANK KUNASEK, 111-08 39TH AVE, CORONA, NY 11368-2639 | |
| 10925 | FRANK L CUNNINGHAM, 240 FINNEGAN DR, MILLERSVILLE, MD 21108 | |
| 10925 | FRANK L MAGIONCALDA, 2549 LA MIRADA DR, SAN JOSE, CA 95125-5818 | |
| 10925 | FRANK L ROSKOVICS, 437 MYRTLE AVE, ASHTABULA, OH 44004-2651 | |
| 10925 | FRANK LA PLACA EXTERMINATING, INC., 2206 S LYONS ST, SANTA ANA, CA 92705 | |
| 10925 | FRANK LAJEUNESSE, 100 BENNETT ST, WRENTHAM, MA 02093 | |
| 10925 | FRANK LAJEUNESSE, 100 BENNETT ST., WRENTHAM, MA 02093 | |
| 10925 | FRANK LYNCH &, KATHERINE LYNCH JT TEN, 4 TERRACE PL, KEARNEY, NJ 07032-1622 | |
| 10925 | FRANK M POMEROY, 455 79TH WAY NE, FRIDLEY, MN 55432-2486 | |
| 10925 | FRANK MACKOWAY &, BARBARA R MACKOWAY JT TEN, 5219 ROBERT RD, PEORIA HEIGHTS, IL 61614-5150 | |
| 10925 | FRANK MAURER CO INC, PO BOX 367, CONCORD, MA 01742-0367 | |
| 10925 | FRANK MAURER COMPANY INC, PO BOX 367, CONCORD, MA 01742 | |
| 10925 | FRANK MERENDA, 226 WOODED WAY, BERWYN, PA 19312 | |
| 10925 | FRANK NIZICK TR UA JAN 4 90, FRANK NIZICK TRUST, 8514 STAFFORD CT, ST LOUIS, MO 63123-2220 | |
| 10925 | FRANK P DIGIACOMO, CASE POSTALE 780 CH, LAUSANNE, 1001 SWITZERLAND | *VIA Deutsche Post* |
| 10925 | FRANK P MILLER, 134 GLENWOOD DR, WASHINGTON CROSSING, PA 18977-1518 | |
| 10925 | FRANK P RODRIGUES & EMILY, RODRIGUES TR UA 7 23 80 OF, THE RODRIGUES FAMILY TR, 12625 SARATOGA AVE, SARATOGA, CA 95070-4146 | |
| 10925 | FRANK P WARNOCK & HARRIET I, WARNOCK JT TEN, 5508 NW EIGHTH AVE, VANCOUVER, WA 98663-1659 | |
| 10925 | FRANK P. WILSON & ASSOC., 103 S. ANN ST., BALTIMORE, MD 21231 | |
| 10925 | FRANK PARSONS PAPER CO, INC, 2270 BEAVER RD, LANDOVER, MD 20785-3277 | |
| 10925 | FRANK PARSONS PAPER COMPANY, INC, PO BOX 64346, BALTIMORE, MD 21264-4346 | |
| 10925 | FRANK PROKOS, 9 PINEGROVE AVE, BILLERCIA, MA 01821-5847 | |
| 10925 | FRANK R KOLLER & BETTY J KOLLER, TR UA JUL 21 92 FRANK R KOLLER, & BETTY J KOLLER TRUST, 527 TOWNLINE RD, MANITOWISH WATERS, WI 54545-9063 | |
| 10925 | FRANK ROSS COMPANY, 22 HALLADAY ST., JERSEY CITY, NJ 07304 | |
| 10925 | FRANK S MICHIENZI, 7 WAINWRIGHT RD 68, WINCHESTER, MA 01890-2379 | |
| 10925 | FRANK SAKIOKA &, SHIZUKO SAKIOKA JT TEN, 1445 N SAN PEDRO ST, SAN JOSE, CA 95110-1440 | |
| 10925 | FRANK SAKIOKA, 1445 N SAN PEDRO ST, SAN JOSE, CA 95110-1440 | |
| 10925 | FRANK SCHULWOLF, 7096 SW 48TH LN, MIAMI, FL 33155 | |
| 10925 | FRANK SCUTARO, 135 WOODCLIFF AVE, WOODCLIFF LAKE, NJ 07675-8227 | |
| 10925 | FRANK SERAFIN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | FRANK SERVAIS, 22 BUTTONWOOD PL, SWEDESBORO, NJ 08085-1511 | |
| 10925 | FRANK STANTON HEAD, 1440 WOODS LOOP, VINTON, LA 70668-5104 | |
| 10925 | FRANK STELZL & SONS INC, 11340 WEST BROWN DEER ROAD, MILWAUKEE, WI 53224 | |
| 10925 | FRANK T LAMM & ASSOCIATES INC, 2780 ALMESBURY AVE, BROOKFIELD, WI 53045 | |
| 10925 | FRANK TLAPA, 14425 S. KOLMAR AVE., MIDLOTHIA, IL 60445 | |
| 10925 | FRANK U PAIGE, 15 SOUTH MARINA DR, KEY LARGO, FL 33037-3605 | |
| 10924 | FRANK VAN OSDEL, 2820 ROBINSON STREET, SIOUX CITY, IA 51105 | |
| 10925 | FRANK VELLA &, ELIZABETH L VELLA JT TEN, 227 KINGSTON DR, RIDGE, NY 11961-2017 | |
| 10925 | FRANK W HUNGER, BOX 918, GREENVILLE, MS 38702-0918 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRANK W SCHEID, 7700 YUBA ST, FOREST PK, IL 60130-2116

10925   FRANK W WINNE & SON, INC, 1541 RIDGELY ST., BALTIMORE, MD 21230

10925   FRANK W WINNE & SON, INC, PO BOX 15269, WILMINGTON, DE 19850-5269

10925   FRANK W. HAKE ASSOCIATES, PO BOX 13464, MEMPHIS, TN 38113

10925   FRANK W. HAKE ASSOCIATES, PO BOX 820434, PHILADELPHIA, PA 19182-0434

10925   FRANK W. JARNAGIN, JR & ASSOCIATES, PO BOX 2335, CHATTANOOGA, TN 37409-0335

10925   FRANK W. JARNAGIN, JR & ASSOCIATES, PO BOX 347, LOOKOUT MOUNTAIN, TN 37350-0347

10925   FRANK W.WINNE & SON INC., PO BOX 15269, WILMINGTON, DE 19850-5269

10925   FRANK WARD & COMPANY, 100 TWIN COVES CIRCLE, LENOIR CITY, TN 37772

10925   FRANK WASHINGTON &, NORMAN A WASHINGTON JT TEN, 890 TRINITY AVE APT 2-F, BRONX, NY 10456-7442

10925   FRANK WASHINGTON, 890 TRINITY AVE APT 2-F, BRONX, NY 10456-7442

10925   FRANK WOLFF, 4839 PEARLMAN LN, LAS VEGAS, NV 89147-5239

10925   FRANK WOOD TRUCKING, PO BOX 140086, SAINT LOUIS, MO 63114-0086

10925   FRANK YADA TR UA NOV 13 90, THE FRANK YADA FAMILY TRUST, 1601 NORTH EATON, DINUBA, CA 93618-3900

10925   FRANK YOUNG SUPPLY CO, 5851 S. ASHLAND AVE, CHICAGO, IL 60636

10925   FRANK, A, 1007 SOUTH TARBORO ST APT D, WILSON, NC 27893

10925   FRANK, ALLEN, 5 STONE HEWER LANE, SAVANNAH, GA 31411

10925   FRANK, CATHERINE, 8775 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437

10925   FRANK, CHRISTINE, 4141 16TH ST, VERO BEACH, FL 32960

10925   FRANK, CORAZON, 4406 INNSBROOK PL, SUGARLAND, TX 77479-5263

10925   FRANK, CYNTHIA, 2526 MILLEDGEVILLE R, AUGUSTA, GA 30904

10925   FRANK, DENISE, BOX 272, URBANA, IA 52345

10925   FRANK, DEREK, 2716 E. GENERAL WAINWRIGHT DRIVE, LAKE CHARLES, LA 70615

10925   FRANK, DOUGLAS, 408 MOHICAN PASS, APT. D, DE FOREST, WI 53532

10925   FRANK, ELIZABETH, 131 MT. LEBANON BLVD, PITTISBURGH, PA 15228

10925   FRANK, ELLEN, 3111 WEST ALLEGHENY AVE, PHILADELPHIA, PA 19132

10925   FRANK, JACK, CUST FOR SHARON FRANK, UNIF GIFT MIN ACT NY, C/O FRNAK PAINTING CO, 14 BERGEN ST, BROOKLYN, NY 11201-6302

10925   FRANK, JAMES, 540 MADISON ST, LAKE GENEVA, WI 53147

10925   FRANK, JOSEPH, 178 PENNSYLVANIA WAY, N BRUNSWICK, NJ 08902

10925   FRANK, KIMBERLY, 2500 N SURF RD, APT. 5, HOLLYWOOD, FL 33019

10925   FRANK, VALENTINE, 215 REEVES AVE., TRENTON, NJ 08610

10925   FRANK, VICKIE, 1020 N. BUSH, DENISON, TX 75020

10925   FRANK, VICTOR, 11 REDBUD CT., POTOMAC, MD 20854-3731

10925   FRANK, VICTOR, 601 E. TIOGA ST., ALLENTOWN, PA 18103

10925   FRANKE ANN BELL, 3122 CONNECTICUT AVE, CHARLOTTE, NC 28205-3335

10925   FRANKE, ARNOLD G, PO BOX 1558, EDWARDSVILLE, IL 62026

10925   FRANKE, EDWARD, 3302 STEWART AVE, MIDLAND, TX 79707

10925   FRANKE, KATHY, 1404 SOULT ST, MANDEVILLE, LA 70448

10925   FRANKE, ROBERT B, 1515 CHARLES ST, LA CROSSE, WI 54603-2233

10925   FRANKEL, DONALD D & BETSEY M, CO TTEES FBO THE FRANKEL, FAMILY TRUST DTD 8 26 93, COMMUNITY TRUST ESTATE, 725 WAIMEA DR, EL CAJON, CA 92019-1115

10925   FRANKEL, KENNETH, 1074 WILDWOOD ROAD, ORADELL, NJ 07649-1332

10925   FRANKEL, MARVIN, 1784 EAST 31ST ST, BROOKLUN, NY 11234

10925   FRANKEL, PAUL, 19 BURNT MILL CIRCLE, OCEANPORT, NJ 07757

10925   FRANKENFIELD, LARRY, 1026 HOSENSACK ROAD, PALM, PA 18070

10924   FRANKENSTEIN BUILDERS SUP, 223 WALNUT STREET, ZELIENOPLE, PA 16063

10924   FRANKENSTEIN BUILDERS SUPPLY, 223 WALNUT ST., ZELIENOPLE, PA 16063

10925   FRANKFORT, ALLISON, 58 CHAPMAN PLACE, LEOMINSTER, MA 01453

10925   FRANKIE COGGIN LOVELACE, 6934 BULLINGER DR, SPRING, TX 77379-4867

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FRANKLEN EQUIPMENT, INC, PO BOX 700, NEW LENOX, IL 60451 | |
| 10925 | FRANKLIN AND MARSHALL COLLEGE, PO BOX 3003, LANCASTER, PA 17604-3003 | |
| 10925 | FRANKLIN BROWN, 2133 85TH ST, NORTH BERGEN, NJ 07047 | |
| 10924 | FRANKLIN BUILDING MATL'S, 100 WEST JACKSON, FRANKLIN, VA 23851 | |
| 10924 | FRANKLIN CONCRETE PRODUCTS, RD 1 POLK ROAD, FRANKLIN, PA 16323 | |
| 10924 | FRANKLIN CORP. CAMPUS, 12601 FOUNTAIN PKWY., TAMPA, FL 33624 | |
| 10924 | FRANKLIN COUNTY CONCRETE, 52 MIDWEST - PLANT # 3, PACIFIC, MO 63069 | |
| 10924 | FRANKLIN COUNTY CONCRETE, 528 W FRONT ST, WASHINGTON, MO 63090 | |
| 10924 | FRANKLIN COUNTY CONCRETE, 720 N CHRISTINA - PLANT 2, UNION, MO 63084 | |
| 10925 | FRANKLIN COUNTY CONCRETE, PO BOX 148, WASHINGTON, MO 63090 | |
| 10924 | FRANKLIN COUNTY PUD, 2103 NORTH 4TH. AVE., PASCO, WA 99301 | |
| 10925 | FRANKLIN COVEY, PO BOX 25127, SALT LAKE CITY, UT 84125-0127 | |
| 10925 | FRANKLIN COVEY, PO BOX 31456, SALT LAKE CITY, UT 84131-0456 | |
| 10925 | FRANKLIN DIALYSIS CENTER, 700 SPRUCE ST, PHILADELPHIA, PA 19107 | |
| 10924 | FRANKLIN ELECTRIC, 1511-37 NORTH 26TH STREET, PHILADELPHIA, PA 19121-3799 | |
| 10924 | FRANKLIN ELECTRIC, 605 E. BERRY #115, FORT WORTH, TX 76110 | |
| 10924 | FRANKLIN EMPIRE INC., 8421 DARNLEY ROAD, MONT ROYALE, MONTREAL, QC H4T 2B2TORONTO | *VIA Deutsche Post* |
| 10924 | FRANKLIN EMPIRE, 1286 RUE MANIC, CHICOUTIMI, QC G7K 1A2TORONTO | *VIA Deutsche Post* |
| 10925 | FRANKLIN ESTIMATING SYSTEMS, POBOX 16690, SALT LAKE CITY, UT 84116-0690 | |
| 10925 | FRANKLIN H WALDREP, 2410 HWY 92, ENOREE, SC 29335 | |
| 10925 | FRANKLIN H. WALDREP, 2410 HWY 92, ENOREE, SC 29335 | |
| 10924 | FRANKLIN INDUSTRIAL MINERALS, 821 TILTON BRIDGE ROAD, DALTON, GA 30721 | |
| 10925 | FRANKLIN INDUSTRIAL MINERALS, PO BOX 307096, NASHVILLE, TN 37230-7096 | |
| 10925 | FRANKLIN JR, ROBERT R, 3822 BRYON ST, HOUSTON, TX 77005-0000 | |
| 10925 | FRANKLIN PRODUCTS, INC, 114 BEACH ST, ROCKAWAY, NJ 07866 | |
| 10925 | FRANKLIN QUEST CO, PO BOX 31456, SALT LAKE CITY, UT 84131-0456 | |
| 10925 | FRANKLIN QUEST, PO BOX 31456, SALT LAKE CITY, UT 84131-0456 | |
| 10924 | FRANKLIN READY MIX CONC, HWY 98 EAST, MEADVILLE, MS 39653 | |
| 10924 | FRANKLIN READY MIX CONC, P O BOX 100, BUDE, MS 39630-0100 | |
| 10924 | FRANKLIN READY MIX CONC, PO BOX100, BUDE, MS 39630-0100 | |
| 10925 | FRANKLIN SALES & CO, 8350 BRISTOL COURT SUITE 106, JESSUP, MD 20794 | |
| 10925 | FRANKLIN SALES & SERVICE CO, 8350 BRISTON COURT, JESSUP, MD 20794 | |
| 10924 | FRANKLIN SQUARE HOSPITAL, 9000 FRANKLIN SQUARE DRIVE, BALTIMORE, MD 21234 | |
| 10925 | FRANKLIN T BROWN, 6902 CASA VERDE CT, TAMPA, FL 33615-2920 | |
| 10924 | FRANKLIN TEMPELTON BLDG. D, SIPLAST, 3344 QUALITY DR., RANCHO CORDOVA, CA 95670 | |
| 10924 | FRANKLIN UNITED METHODIST CHURCH, 1070 WEST JEFFERSON, FRANKLIN, IN 46131 | |
| 10925 | FRANKLIN, ADAM, 5944 W64TH ST, CHICAGO, IL 60638 | |
| 10925 | FRANKLIN, ADAM, 6051 W.65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | FRANKLIN, ALLISON, 4516 PARKWOOD, BAKERSFIELD, CA 93309-3922 | |
| 10925 | FRANKLIN, CURTIS, 120 E. PRICE RD, DANDRIDGE, TN 37725 | |
| 10925 | FRANKLIN, DARRELL, 301 EAST DIAMOND, IOWA PARK, TX 76367 | |
| 10925 | FRANKLIN, DAVID, 3000 GREENRIDGE, HOUSTON, TX 77057 | |
| 10925 | FRANKLIN, EDGWINA, 4170 WILL LEE RD, COLLEGE PARK, GA 30349 | |
| 10925 | FRANKLIN, ELISE, 4411 TERRACE VIEWS, TOLEDO, OH 43607 | |
| 10925 | FRANKLIN, GERALD, 3211 CERRITOS AVE., SIGNAL HILL, CA 90807 | |
| 10925 | FRANKLIN, JACK, 5625 S 90TH E AVE, TULSA, OK 74145-7954 | |
| 10925 | FRANKLIN, JEFFERY, 1304 BOWMAN ROAD, BIRMINGHAM, AL 35232 | |
| 10925 | FRANKLIN, JO, 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10925 | FRANKLIN, JOHN, 114 TIERWESTER VILLAGE, HOUSTON, TX 77021-6045 | |
| 10925 | FRANKLIN, JOSEPH, N 57 W 24728 NIGHTHAWK CT, SUSSEX, WI 53089 | |
| 10925 | FRANKLIN, JUDITH, 173 BUOY ST, COSTA MESA, CA 92627 | |

\|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRANKLIN, JULIE, 9328 CURLING, MEMPHIS, TN 38133

10925   FRANKLIN, KAY, 518-B 36TH AVE N., MYRTLE BEACH, SC 29577

10925   FRANKLIN, KIMBERLY, 828 MURRELL RD, MORRISTOWN, TN 37814

10925   FRANKLIN, LEE, 5944 W 64TH ST, CHICAGO, IL 60638

10925   FRANKLIN, LESLIE, 2141 MEVADA DR, LIBERAL, KS 67901-5404

10925   FRANKLIN, LUTHER, 7745 FREETOWN ROAD, GLEN BURNIE, MD 21061

10925   FRANKLIN, MARK, 917 E HILL DR, MOORE, OK 73160

10925   FRANKLIN, NANCY, 3 MANCHESTER CT, ANN ARBOR, MI 48104

10925   FRANKLIN, NINA, 613 BRIDGEMAN TERRAC, TOWSON, MD 21204

10925   FRANKLIN, PATRICIA, 4393 ACUSHNET AVE, NEW BEDFORD, MA 02745

10925   FRANKLIN, PATSY, RT. 1 BOX 1707, CORNELIA, GA 30531

10925   FRANKLIN, RHONDA, 1736 PORTSMOUTH, HOUSTON, TX 77098

10925   FRANKLIN, RHONDA, PO BOX 737, LECOMPTE, LA 71346

10925   FRANKLIN, ROBERT, 341 S BELLWOOD RD, MORRISTOWN, TN 37813

10925   FRANKLIN, ROSEMARY, PO BOX 57, LAKE VILLAGE, IN 46349

10925   FRANKLIN, RUTH, CUST FOR ALFRED J FRANKLIN, UNIF GIFT MIN ACT NY, 65 INTERVALE ROAD, PROVIDENCE, RI 02906-4843

10925   FRANKLIN, SCOTT, 121 N. GATEWAY #35, RIDGECREST, CA 93553

10925   FRANKLIN, TIMOTHY, PO BOX 329 RIVERSIDE AL, RIVERSIDE, AL 35135

10925   FRANKLIN, TRACY, 13 PLAIN ST, NATICK, MA 01760

10925   FRANKLIN, VINCENT, PO BOX 5634, OAKLAND, CA 94605

10925   FRANKLIN, VIRGINIA, 3515 S. SHERWOOD RD, SMYRNA, GA 30082

10925   FRANKLIN, WILLIAM, 522 ELLIOTT AVE.,#5, CINCINNATI, OH 45215

10925   FRANKLIN, WILLIE, 1811 LANGSTON ROAD, CLINTON, SC 29325

10925   FRANKLIN, WYMAN, RT 4 BOX 588, GEORGETOWN, SC 29440

10925   FRANKLIN, YVETTE, 7372 W 87TH PL, LOS ANGELES, CA 90045

10925   FRANKLIN-PIERCE ASSOCIATES INC, ONE LIBERTY SQUARE, BOSTON, MA 02109

10925   FRANKLIN-PIERCE ASSOCIATES, POBOX 198284, ATLANTA, GA 30384-8284

10925   FRANKLIN-PIERCE TEMPORARY, POBOX 198284, ATLANTA, GA 30384-8284

10924   FRANKLINVILLE SCHOOLS, 32 NORTH MAIN STREET, FRANKLINVILLE, NY 14737

10925   FRANKOVITCH ANETAKIS, 337 PENCO ROAD, WEIRTON, WV 26062

10925   FRANKS AMOCO, 5882 SOUTH ARCHER AVE, CHICAGO, IL 60638

10924   FRANKS CONTRACTING INC., 100 AIRPARK DRIVE, DEQUINCY, LA 70633

10925   FRANKS LAB SERVICES, INC, 5 CIRCLE DRIVE, LINTHICUM, MD 21090

10925   FRANKS LOCK & SAFE SERVICE, 234 W LAFAYETTE ST, OTTAWA, IL 61350

10925   FRANKS MOBILE TRUCK REPAIR, 441 EAST LOULA, OLATHE, KS 66061

10925   FRANKS PALLET SERVICE, 121 KANE ST., BALTIMORE, MD 21224

10925   FRANKS QUALITY SERVICES, 1784 TWO NOTCH ROAD, LEXINGTON, SC 29073

10925   FRANKS SAND TRAP, PO BOX 1196, GUTHRIE, OK 73044-1196

10925   FRANKS STEAK HOUSE, MASS AVE, CAMBRIDGE, MA 02140

10925   FRANKS, EARL, 501 N MARKET ST, SHREVE, OH 44676

10925   FRANKS, JACKIE, 1238 ELLIS BLVD NW, CEDAR RAPIDS, IA 52405

10925   FRANKS, LARRY, PO BOX 1986, GUYMON, OK 73942

10925   FRANKS, LEANN, 4400 MELROSE DRIVE LOT #46, WOOSTER, OH 44691

10925   FRANKS, MAURICE, CUST FOR PAUL FRANKS, UNIF GIFT MIN ACT UNDER MDD, 9707 OLD GEORGETOWN RD #2307, BETHESDA, MD 20814-1757

10924   FRANK-TEJADA, 2909 EVANS ROAD, SAN ANTONIO, TX 78259

10925   FRANKTOWN AUTO BODY, PO BOX 228, FRANKTOWN, CO 80116

10925   FRANKY SINOHUI TRANQUILINO, 13614 PENN ST, WHITTIER, CA 90602

10925   FRANSAW, SHARON, 3727 ANDREWS HWY APT 2602, ODESSA, TX 79763

10924   FRANSEN & OLSEN PLASTERING, BRIDGES HALL, MOORHEAD, MN 56560

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FRANSEN & OLSEN, CAMBRIDGE, MA 02140

10924   FRANSEN & OLSEN-UNITED HOSPITAL, 1200 COLUMBIA ROAD SOUTH, GRAND FORKS, ND 58208

10924   FRANSEN & OLSON PLASTER, 1321 13TH ST SOUTH, MOORHEAD, MN 56560

10925   FRANSEN, BEVERLY, ROUTE 1 BOX 1139, JEFFERSON, GA 30549

10924   FRANTL INDUSTRIES, N 72 W 22428 JEANINE LANE, SUSSEX, WI 53089

10924   FRANTL INDUSTRIES, N 7833 W. 240 MAPLE AVENUE, SUSSEX, WI 53089

10924   FRANTL INDUSTRIES, N72 W22428 JEANINE LANE, SUSSEX, WI 53089

10925   FRANTUM, WAYNE, 4015 TIMBERWOOD DRIVE, LAKELAND, FL 33811-2242

10925   FRANTZ, LISA, 6013 CARTER AVE., BALTO., MD 21214

10925   FRANTZMAN, GEORGE, 1351 S.W. 141ST AVE, PEMBROKE PINES, FL 33027

10925   FRANTZMAN, LEO, 201 EAST 77TH ST, NEW YORK, NY 10021-2003

10925   FRANZ, CARL, 37 QUINNEHTUK CIRCLE, LONGMEADOW, MA 01106

10925   FRANZ, NEIL, 910 LOWELL ST, TWO RIVERS, WI 54241

10925   FRANZ, WILLIAM, 3100-C N RIDGE DR ROSE MANOR RM 402, ELLICOTT CITY, MD 21043

10925   FRANZEN, DENNIS, 401 N TRAVIS ST, WICHITA FALLS, TX 76304

10925   FRANZEN, RUSSELL, 11 PLEASANTVIEW DRIVE, ROCKLAND, MA 02370

10925   FRANZO, ANTOINETTE, 16703 BLACKHAWK BLVD, FRIENDSWOOD, TX 77546

10925   FRANZOI JR, LARRY, 14636 PLUMWOOD ST, POWAY, CA 92064

10925   FRANZOSO, CATHY, 188 VALERIE DR, MANVILLE, NJ 08835

10925   FRANZREB, MARK, 3009 WOODRUFF RD, SIMPSONVILLE, SC 29681

10925   FRARY, CURTIS, 280 S. MAIN ST., SHREVE, OH 44676

10925   FRASCA, M., 14183 N BUCKINGHAM DR, TUCSON, AZ 01821

10925   FRASCA, MARIE A., 16-06 149TH ST, WHITESTONE, NY 11357

10925   FRASCA, WILLIAM, NIJ VERHENDROSTROT-7, WESTERLO, 02260BELGIUM          *VIA Deutsche Post*

10925   FRASER & BEATTY, PO BOX 100, TORONTO, ON M5X 1B2CANADA          *VIA Deutsche Post*

10924   FRASER CONCRETE, INC., BISCAY ROAD, DAMARISCOTTA, ME 04543

10924   FRASER CONCRETE, INC., P. O. BOX 997, DAMARISCOTTA, ME 04543

10925   FRASER CONSTRUCTION INC., PO BOX 95, LYONS, IL 60534

10925   FRASER ENGINEERING CO INC, PO BOX 9142, NEWTON, MA 02160-9142

10925   FRASER ENGINEERING CO.INC., PO BOX 9142, NEWTON, MA 02460-9142

10925   FRASER PAPER CO, DEPT. CH. 10112, PALATINE, IL 60055

10925   FRASER PAPERS INC, DEPT CH 10112, PALATINE, IL 60055-0112

10925   FRASER, CAROLANN, 3 SHERRILL ROAD, MARSHFIELD, MA 02050

10925   FRASER, CHIRAN, 18621 NW 8TH ROAD, MIAMI, FL 33169

10925   FRASER, GEORGE, 935 E. 4000 S., OGDEN, UT 84403

10925   FRASER, OLIVER, 222 MONTGOMERY ST, WILMINGTON, NC 28405

10925   FRASHER, WILLIAM, 238 BORDEAUX DRIVE, SIMPSONVILLE, SC 29681

10925   FRASIER, LAUREN, 61-A WOODBINE ST, KERNERSVILLE, NC 27284

10925   FRASSRAND, DONNA, 1161 PEPPERWOOD TR, NORCROSS, GA 30093

10925   FRASSRAND, DONNA, 1161 PEPPERWOOD TRL, NORCROSS, GA 30093

10925   FRATERNAL ORDER OF POLICE LODGE #16, PO BOX 872, OWENSBORO, KY 42302

10925   FRATES II, WILLAM S, 3418 OCEAN DR, VERO BEACH, FL 32963

10925   FRATOLILLO, DIANE, 122 CHARLES ST, QUINCY, MA 02169

10925   FRATTALI, DOLORES, 241 NUTHATCH CT, THREE BRIDGES, NJ 08887

10925   FRAULA, DENNIS, 200 KENSINGTON ST., LUMBERTON, NC 28358

10925   FRAUSTO, CRISELDA, RT. 2 BOX 26, HEREFORD, TX 79045

10925   FRAUSTO, MARCELLA, 10125 BAYO, EL PASO, TX 79925

10925   FRAVEGA, ANTHONY, 5444 JONATHAN DRIVE, NEWARK, CA 94560

10925   FRAWLEY, CHARLES, 40 OVERLOOK DR., BELLINGHAM, MA 02019

10925   FRAWLEY, MARY, 89 GEORGE AVE, MIDDLESEX, NJ 08846

10925   FRAY, VERNAL, PO BOX 230, HOWELL, NJ 07731

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRAYDUN ENTERPRISES/BMS MGMT, 4265 SAN FELIPE, SUITE 750, HOUSTON, TX 77027

10925   FRAYDUN ENTERPRISES/BMS MGMT, INC, 4265 SAN FELIPE, SUITE 750, HOUSTON, TX 77027

10925   FRAYNE, PATRICIA, 7724 S HARLEM AVE APT #1-D, BRIDGEVIEW, IL 60455

10924   FRAZEE CHULA VISTA, 895 THIRD AVE, CHULA VISTA, CA 91911

10924   FRAZEE INDUSTRIES, PO BOX 122471, SAN DIEGO, CA 92112-2471

10924   FRAZEE PAINT & WALLCOVERINGS, 6625 MIRAMAR ROAD, SAN DIEGO, CA 92121

10925   FRAZEE PAINT AND WALLCOVERING, FILE #53408, LOS ANGELES, CA 90074-3408

10924   FRAZEE, 6625 MIRAMAR ROAD, SAN DIEGO, CA 92121

10925   FRAZEE, ASHLEY, 2926 URSULINES AVE, NEW ORLEANS, LA 70119

10925   FRAZEE, JOHN R, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   FRAZEE, JOHN, PO BOX 292 PHOENIX MD 21131, DRIGGS, ID 83422

10925   FRAZEE, THOMAS, 6744 W. WINDSOR, PHOENIX, AZ 85035

10925   FRAZER DAVIDSON, 120 N. CONGRESS ST #1225, JACKSON, MS 39201

10925   FRAZER, ALLEN, 605 BEDIVERE, VICTORIA, TX 77904

10925   FRAZER, JEFFREY, 406 PALOMINO APT 2N, 2N, MADISON, WI 53705

10925   FRAZER, SANDRA, 5303 ESSEX CT #150, ALEXANDRIA, VA 22311

10925   FRAZIER & SON, 20 INDUSTRIAL WEST, CLIFTON, NJ 07012

10925   FRAZIER JR, ERIC, 1545 DOXBURY ROAD, TOWSON, MD 21286

10925   FRAZIER, ALVINA, 7404 NW 101 ST, OKLAHOMA CITY, OK 73162

10925   FRAZIER, ANDREA, 17-F FAIRVIEW GARDEN, ANDERSON, SC 29621

10925   FRAZIER, BRIAN, 204 WITHERSPOON ST, PRINCETON, NJ 08540

10925   FRAZIER, CONNIE, 707 AVE G, KENTWOOD, LA 70444

10925   FRAZIER, D, 4221 TRIPLE CROWN LOOPN, SOUTHAVEN, MS 38671-5031

10925   FRAZIER, DARRELL CLAY, 9414 CLEVELAND 66, KANASAS CITY, MO 64132

10925   FRAZIER, DEBORAH, 38 COLLEGE LANE, PRESTONBURG, KY 41653

10925   FRAZIER, DENNIS, RT 2 BOX 20, GRAHAM, TX 76450

10925   FRAZIER, FRED, 608A WASHINGTON ST, ROANOKE RAPIDS, NC 27870

10925   FRAZIER, JACQUELINE, 707 PACE ST, CEDARTOWN, GA 30125

10925   FRAZIER, JAMES, 3174 PINEY POINTE DRIVE, ST. LOUIS, MO 63129

10925   FRAZIER, JOHN, 501 TYSON DRIVE, TUNNEL HILL, GA 30755

10925   FRAZIER, KAREN, 903-105 SHELBY DR., GREENSBORO, NC 27409

10925   FRAZIER, LISA, 811 ISSAQUEENA TRAIL, #310, CENTRAL, SC 29630

10925   FRAZIER, MELVIN, 1318 WALTERS DRIVE, MORRISTOWN, TN 37814

10925   FRAZIER, NORA, RT 2 BOX 357, RANDLEMAN, NC 27317

10925   FRAZIER, RICHARD, 1060 CEILO VISTA, CASPER, WY 82601

10925   FRAZIER, ROBERT, 5740 RIDGETOP DRIVE, HORN LAKE, MS 38637-3302

10925   FRAZIER, SHANEE, 13180 LARCHDALE ROAD#12, LAUREL, MD 20708

10925   FRAZIER, STAFFORD, RT. 3, BOX 384-K, ALICE, TX 78332

10925   FRAZIER, STEVEN, 4261 FM 368 S, IOWA PARK, TX 76367

10925   FRAZIER, VANICE, 8129 WASHINGTON, ST LOUIS, MO 63114

10925   FREAR, JOSEPH, 13320 APPLEWOOD DR, GRANDVIEW, MO 64030

10924   FREAS PLASTERING CO., 2545 D MONUMENT BLVD, CONCORD, CA 94520

10924   FREAS/COLMA, 1700 HILLSIDE BLVD., COLMA, CA 94014

10925   FRECHE, GINALYNN, 207 N. WILLOW ST, LOCKPORT, LA 70374

10925   FRECSKA, BRIAN, 4635 BACK ORRVILLE, WOOSTER, OH 44691

10925   FRED A BRADFORD, 30069 POINTE DR, GIBRALTAR, MI 48173-9554

10925   FRED B DEBRA COMPANY, THE, 4914 RIDGE AVE, CINCINNATI, OH 45209

10925   FRED B ROTHMAN & CO, 10368 WEST CENTENNIAL RD, LITTLETON, CO 80127

10925   FRED B. BREWER, 59 GATTIS DR., FORT OGLETHORPE, GA 30742

10925   FRED B. ISTRE, 410 FRED ISTRE RD., SULPHUR, LA 70663

10925   FRED BRADY, 7754 MONARCH CT, DELRAY BEACH, FL 33446-3639

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRED C GREINER, 6709 ROBERTS AVE, BALTIMORE, MD 21222-1053

10925   FRED C JOHNSON CO INC, 7057 KIT KAT RD, ELKRIDGE, MD 21075-6488

10925   FRED C JOHNSON CO, 7057 KIT KAT ROAD, ELKRIDGE, MD 21075-6488

10925   FRED C JOHNSON CO, INC, 7057 KIT KAT ROAD, ELKRIDGE, MD 21227

10925   FRED C JOHNSON CO, INC, MARYLAND DOOR, 7057 KIT KAT RD., ELKRIDGE, MD 21075

10924   FRED CARLSON CO.-IOWA PORTABLE, VARIOUS LOCATIONS - PAVER, DECORAH, IA 52101

10924   FRED CARLSON CO.-MINN. PORTABLE, VARIOUS LOCATIONS - MINNESOTA, WALTHAM, MN 55982

10924   FRED CARLSON COMPANY - DO NOT USE, P O BOX 48, DECORAH, IA 52101

10924   FRED CARLSON COMPANY - DO NOT USE, P O BOX 493, RUSHFORD, MN 55971

10924   FRED CARLSON COMPANY, INC., 1691 FOUR MILE DRIVE, LANSING, IA 52151

10924   FRED CARLSON COMPANY, INC., 409 EAST MARKET, SPRING VALLEY, MN 55975

10924   FRED CARLSON COMPANY, INC., 720 HWY 16 & 52 EAST, PRESTON, MN 55965

10924   FRED CARLSON COMPANY, INC., 900 MONTGOMERY ST, DECORAH, IA 52101

10924   FRED CARLSON COMPANY, INC., 900 RESERVOIR ROAD, RUSHFORD, MN 55971

10924   FRED CARLSON COMPANY, INC., LE ROY, MN 55951

10924   FRED CARLSON COMPANY, INC., MABEL, MN 55954

10924   FRED CARLSON COMPANY, INC., P.O.BOX 48, DECORAH, IA 52101

10924   FRED CARLSON COMPANY, P.O.BOX 493, RUSHFORD, MN 55971

10925   FRED D BARNES, 1098 ELSBREE LN, WINDSOR, CA 95492-7985

10925   FRED D FURMAN, 137 WAYNE AVE, SUFFERN, NY 10901-4408

10925   FRED DAVIS CORPORATION, 93 WEST ST, MEDFIELD, MA 02052

10925   FRED EATON, 127 AUTHORS ROAD, CONCORD, MA 01742

10925   FRED EVANS, 163 LAKE AVE, COLONIA, NJ 07067

10925   FRED FREDERICK, 1638 CENTER ST NE, CEDAR RAPIDS, IA 52402-5546

10925   FRED G HAMMERSAND, 5980 LEEBEL RD, E PETERSBURG, PA 17520-1512

10925   FRED H WILLIAMS CO LTD, POBOX 1047, HIRAM, GA 30141-1047

10925   FRED H. WILLIAMS COMPANY, PO BOX 1047, HIRAM, GA 30141-1047

10925   FRED HAROLD WECK &, ELEANOR H WECK JT TEN, 1219 WOOLLEY AVE, UNION, NJ 07083-5817

10924   FRED HATHAWAY & SONS, 77-920 VARNER RD, PALM DESERT, CA 92211

10924   FRED HATHAWAY & SONS, 77-920 VARNER RD., PALM DESERT, CA 92211

10925   FRED HILL AND SON CO., PO BOX 52498, PHILADELPHIA, PA 19116-4202

10924   FRED HILL MATERIALS, INC., (PORTABLE LOCATIONS), 16404 LEMOLO SHORE DRIVE, POULSBO, WA 98370

10924   FRED HILL MATERIALS, INC., P.O. BOX 6, POULSBO, WA 98370

10924   FRED HILL MATERIALS, P O BOX 6, POULSBO, WA 98370

10925   FRED J BOYLE &, BETTY J BOYLE JT TEN, 3713 BRIAR RIDGE RD, LA GRANGE, KY 40031-9672

10925   FRED J ROBETITSCH, 4823 196TH ST, FLUSHING, NY 11365-1316

10925   FRED K WOLF CUST JEFFREY A WOLF, UNIF GIFT MIN ACT OH, 3562 W 147TH ST, CLEVELAND, OH 44111-3110

10925   FRED KURASAKI, 3540 FOREST AVE, SAN JOSE, CA 95117-1025

10924   FRED L. CLARK TRUCKING CO., 104 MAIN STREET, MAMMOTH, AZ 85618

10924   FRED L.CLARK TRUCKING CO., P.O.BOX 116, MAMMOTH, AZ 85618

10925   FRED LEHMAN EXEC UW EST, JOHN S LEHMAN, 616 WILDWOOD RD, WEST ALLENHURST, NJ 07711-1335

10925   FRED LEWIS ELECTRIC INC, PO BOX 2606, ODESSA, TX 79760

10925   FRED LLOYD & CAROLYN LLOYD, JT TEN, 401 COLUMBIA ST, FAIRMONT, WV 26554-5228

10925   FRED M SHEPARD TR, UA JUL 20 84, FRED M SHEPARD REVOCABLE TR, 291 HAWSER LANE, NAPLES, FL 34102-5028

10925   FRED M. ARIAS, 2308 FOXMEADOW DR, ROYERSFORD, PA 19468-1573

10924   FRED MAIER BLOCK, 12305 CONWAY RD., BELTSVILLE, MD 20705

10924   FRED MAIER INC., PO BOX 600, BELTSVILLE, MD 20705

10925   FRED METZGER, 1300 ST CHARLES PL, PEMBROKE PINES, FL 33026-3368

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRED OWEN CONSTRUCTION CO., 1440 BADHAM DR., BIRMINGHAM, AL 35216

10925   FRED P BRANDT, 2585 QUEEN ST, LAKEWOOD, CO 80215-1250

10925   FRED P QUINN, 3401 BELLA VISTA, MIDWEST CITY, OK 73110-3803

10925   FRED PRYOR SEMINARS, PO BOX 2951, SHAWNEE MISSION, KS 66201

10925   FRED R STRICKLER, 541 PANORAMA DR, BAKERSFIELD, CA 93305-1025

10925   FRED RITTER, 2182 DURHAM ROAD, LANGHORNE, PA 19047

10925   FRED ROWE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   FRED S HICKEY CORPORATION, 9601 RIVER ST, SCHILLER PARK, IL 60176

10925   FRED S. HICKEY, 9601 RIVER ST, SCHILLER PARK, IL 60176

10924   FRED SHEARER & SONS, 7000 S.W VARNS ST, TIGARD, OR 97223

10924   FRED SHEARER & SONS, INC., 7000 SW. VARNS ST., TIGARD, OR 97223

10924   FRED SHEARER & SONS, LIBRARY, PORTLAND, OR 97201

10924   FRED SHEARER & SONS/EMBASSY SUITES, 3RD & 4TH STREET, PORTLAND, OR 97201

10924   FRED SHEARER & SONS/HEWLETT PACKARD, 1065 CIRCLE DRIVE, CORVALLIS, OR 97330

10924   FRED SHEARER & SONS/SPIRIT MTN CAS, 27100 S.W. SALMON RIVER HWY., WILLAMINA, OR 97396

10924   FRED SHEARER/3 CENTER POINTE, FRED SHEARER & SONS, 3 CENTER POINTE DR., LAKE OSWEGO, OR 97035

10924   FRED SHEARER/ODS TOWER, 601 S.W. 2ND AVE., PORTLAND, OR 97204

10924   FRED SHEARER/PIONEER PLACE BLOCK 50, 385 S.W. YAMHILL, PORTLAND, OR 97204

10924   FRED SHEARER/SUNNY BROOK OFFICES, 920 S.E. SUNNY BROOK, CLACKAMAS, OR 97015

10924   FRED SHEARER/SUNNY BROOK, DO NOT USE THIS SOLD TO #, 9200 S.E. SUNNY BROOK, CLACKAMAS, OR 97015

10924   FRED SHEARER/TRIANGLE PARK, 13221 S.W. 68TH PARKWAY, TIGARD, OR 97223

10924   FRED SHEARER/WELLS FARGO BANK, C/O ROSE CITY BLDG. MTRL., 6100 S.E. 111TH AVE., PORTLAND, OR 97266

10924   FRED SHEARERS/FARMERS, 8185 S.W. HUNZIKER, TIGARD, OR 97223

10925   FRED TOMERA &, MARION TOMERA JT TEN, 4460 S ARCHER AVE, CHICAGO, IL 60632-2846

10925   FRED W HAGUEWOOD TR UA, MAY 17 91, 7606 HIGH DR, PRAIRIE VILLAGE, KS 66208-3642

10925   FRED W HAGUEWOOD TR, UA 05 17 91, FRED W HAGUEWOOD TRUST, 7606 HIGH DR, PRAIRIE VILLAGE, KS 66208-3642

10925   FRED W KRAMER & ASSOCIATES INC, 115 S LIVELY BLVD, ELK GROVE VILLAGE, IL 60007-1688

10925   FRED WALDO GROTOPHORST, 4311 KUYKENDALL RD, CHARLOTTE, NC 28270-0471

10925   FRED WOODS PRODUCTION, 304 PLEASANT ST, WATERTOWN, MA 02172

10925   FRED WOODS PRODUCTIONS, 304 PLEASANT ST, WATERTOWN, MA 02172

10925   FRED WREN & ASSOCIATES, 7S 469 CREEK DR., NAPERVILLE, IL 60540

10925   FRED WREN AND ASSOCIATES, 7S-469 CREEK DRIVE, NAPERVILLE, IL 60540

10925   FREDA E STRAHL, 2021 E 22ND ST, BROOKLYN, NY 11229-3615

10925   FREDA, ANTHONY, 271 WASHINGTON ST., WOBURN, MA 01801

10924   FREDA, INC., 401 GROWTH PARKWAY, ANGOLA, IN 46703

10925   FREDBG TRUCK CENTER, PO BOX 5900, FREDERICKSBURG, VA 22403

10925   FREDE, ADRIA, 708 GREENWICH ST, 1B, NY, NY 10014

10925   FREDERE, FRANK, 40B ECHOLS DR, GREENVILLE, SC 29605

10925   FREDERIC GALLERY, LITTLETON COMMON, LITTLETON, MA 01460

10925   FREDERIC L FLORENDO IN TRUST FOR, MARIA LLANEL FLORENDO, 13918 ADOREE ST, LA MIRADA, CA 90638-1702

10925   FREDERIC R DAVIS, 2001 MARINA DR 902W, MARINA BAY, MA 02171-1542

10925   FREDERIC R WICKERT TR UA, FEB 28 90 FBO FREDERIC R, WICKERT, 638 BALDWIN CT, EAST LANSING, MI 48823-3230

10925   FREDERIC RAINEY MAYES, C/O RANDY R MAHER ADM, 42815 TWILIGHT COURT, TEMECULA, CA 92592-3207

10925   FREDERIC W COOK & CO, INC, 90 PARK AVE., NEW YORK, NY 10016

10925   FREDERIC, MARIE H, CUST FOR GRANT H FREDERIC, UNDER THE MO TRAN MIN LAW, 12 THORNDELL AVE, ST LOUIS, MO 63117-1034

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FREDERICK B FRIES, 629 WOODLAND AVE, WADSWORTH, OH 44281-1963 | |
| 10924 | FREDERICK BLOCK CO, PO BOX 696, WINCHESTER, VA 22604 | |
| 10924 | FREDERICK BLOCK CO., 1040 MARTINSBURG PIKE, WINCHESTER, VA 22601 | |
| 10924 | FREDERICK BRICK WORKS, 184 E. SOUTH ST., FREDERICK, MD 21701 | |
| 10924 | FREDERICK BRICK WORKS, P O BOX 505, FREDERICK, MD 21701 | |
| 10925 | FREDERICK BROTHERS CO., 10500 SOUTH WESTERN AVE, CHICAGO, IL 60643 | |
| 10925 | FREDERICK BROTHERS CORP, 11900 S DIVISION ST, BLUE ISLAND, IL 60406 | |
| 10925 | FREDERICK C RIEKSE &, CLEO RIEKSE TR UA AUG 16 94, FREDERICK C RIEKSE &, CLEO L RIEKSE TRUST, 136 MAPLE ST, FRUITPORT, MI 49415-9641 | |
| 10925 | FREDERICK C WOITSCHECK, 100 PARADISE HARBOUR BLVD AOT, N PALM BEACH, FL 33408-5022 | |
| 10924 | FREDERICK CANCER RESEARCH, BOYLES STREET, BLDG. 1050, FREDERICK, MD 21702 | |
| 10925 | FREDERICK CORP, 11900 S DIVISION ST, BLUE ISLAND, IL 60406 | |
| 10925 | FREDERICK D FOGELIN, 1216 CAROL CREST DR, SLEEPY HOLLOW, IL 60118-2603 | |
| 10925 | FREDERICK D LIFSHUTZ, 989 DARTMOUTH LANE, WOODMERE, NY 11598-1009 | |
| 10925 | FREDERICK E TOMERA &, MARION TOMERA JT TEN, 4460 S ARCHER AVE, CHICAGO, IL 60632-2846 | |
| 10925 | FREDERICK J KRALL, 92 TANGLEWOOD DR, SUMMIT, NJ 07901-3137 | |
| 10925 | FREDERICK J MC GRANE &, KATHLEEN MC GRANE JT TEN, 1675 VALERIE LANE, NEW BRIGHTON, MN 55112-1775 | |
| 10925 | FREDERICK J PALMER &, DOROTHY M PALMER JT TEN, 10 LAKEVIEW AVE, JOHNSTON, RI 02919-2902 | |
| 10925 | FREDERICK J TANSILL & ASSOC LLC, 1749 OLD MEADOW RD SUITE 301, MCLEAN, VA 22102-4310 | |
| 10925 | FREDERICK J THOMS, 29 MCCOBA ST APT 20, REVERE, MA 02151-1219 | |
| 10925 | FREDERICK J. AXELBERD, GEN COUNSEL, PO BOX 670, MONROE, GA 30655 | |
| 10925 | FREDERICK KLEINER, 330 CRESCENT AVE, LEONIA, NJ 07605-1806 | |
| 10924 | FREDERICK MEISWINKEL INC, 2060 NEWCOMB AVE, SAN FRANCISCO, CA 94124 | |
| 10924 | FREDERICK MEISWINKEL, STATE ARCHIVES, SACRAMENTO, CA 95800 | |
| 10924 | FREDERICK P FURTH, ESQ, THE FURTH FIRM, 201 SANSOME STREET, SUITE 1000, SAN FRANCISCO, CA 94104 | |
| 10925 | FREDERICK PETER PIETRAS &, BARBARA PIETRAS JT TEN, 12 HILBERT ST, ADAMS, MA 01220-1914 | |
| 10925 | FREDERICK R SENTI TR UA NOV 11 76, THE FREDERICK R SENTI REV TR, 3134 N PIEDMONT ST, ARLINGTON, VA 22207-5330 | |
| 10925 | FREDERICK SCHOENFELD, 56 E HUDSON AVE, ENGLEWOOD, NJ 07631-1815 | |
| 10925 | FREDERICK SR, MARC A, 22418 NE 204TH AVE, BATTLE GROUND, WA 98604-4941 | |
| 10925 | FREDERICK SUTLIFF, 1125 WOODBINE AVE, NARBERTH, PA 19072-1244 | |
| 10925 | FREDERICK W PREZIOSI &, MARGARET M PREZIOSI JT TEN, 2034 4TH AVE SE, CEDAR RAPIDS, IA 52403-2709 | |
| 10925 | FREDERICK W STORER, 770 HIGH MEADOWS DR, TOMS RIVER, NJ 08753-3494 | |
| 10925 | FREDERICK WALCH &, HELEN DUSCHANG JT TEN, 579 CENTRAILIA, DEARBORN HEIGHTS, MI 48127-3741 | |
| 10925 | FREDERICK, ANNIE, PO BOX 1576, NEWPORT, WA 99156 | |
| 10925 | FREDERICK, CAROLYN, 5128 CHEVY CHASE CT., COLUMBUS, OH 43220 | |
| 10925 | FREDERICK, CHARLES, 84 N. OLD RAND ROAD, LAKE ZURICH, IL 60047-2218 | |
| 10925 | FREDERICK, DONALD, 2922 CENTER PT RD NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | FREDERICK, DONNA, 3270 FAIRFAX RD, MONTGOMERY, AL 36109 | |
| 10925 | FREDERICK, FRED, 1638 CENTER ST NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | FREDERICK, GERALD, 1043 32ND ST NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | FREDERICK, J, 2025 SYLVESTER RD. #MM2, LAKELAND, FL 33803 | |
| 10925 | FREDERICK, JAMES, 1282 COUNTY HOME RD, SPRINGVILLE, IA 52336 | |
| 10925 | FREDERICK, JOHN, PO BOX 529, FORK, MD 21051 | |
| 10925 | FREDERICK, KEVIN, 4824 SHADY LANE, MIDLAND, TX 79703-6014 | |
| 10925 | FREDERICK, LUKE, PO BOX 154, ARNAUDVILLE, LA 70512 | |
| 10925 | FREDERICK, MARGARET, 2206 KENRICH DR SW #10, CEDAR RAPIDS, IA 52404 | |
| 10925 | FREDERICK, RICHARD, 504 W MAIN, HOBBS, NM 88240 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 FREDERICK, RICHARD, 7995 ILENE LANE, LAKE CHARLES, LA 70605

10925 FREDERICK, RODNEY, 1222 TASKER DR, HOBBS, NM 88240

10925 FREDERICK, SUSAN, 2133 WESTDALE DR SW, #7, CEDAR RAPIDS, IA 52404

10925 FREDERICK, VERLINE, 303 BOUDREAUX, KAPLAN, LA 70548

10925 FREDERICKS MICHAEL & CO., TWO WALL ST, NEW YORK, NY 10005

10925 FREDERICKS, CHRISTOPHER, 4601 MONTANO NW, ALBUQUERQUE, NM 87120

10925 FREDERICKS, VERONA, 80 MAHONEY ROAD, LIBBY, MT 59923

10925 FREDERICKS, VERONA, 80 MAHONEY ROAD, LIBBY, MT 59923-9998

10925 FREDERICKSBURG AUTO PARTS INC, NO 1 BY PASS & 400 AMARET ST, FREDERICKSBURG, VA 22401-3113

10924 FREDERICKSBURG CONCRETE, 10231 TIDEWATER TRAIL, FREDERICKSBURG, VA 22408

10924 FREDERICKSBURG CONCRETE, P. O. BOX 8022, FREDERICKSBURG, VA 22404

10925 FREDERICKSBURG HARDWARE CO INC, PODRAWER 967, FREDERICKSBURG, VA 22404-0967

10925 FREDERICKSBURG PLUMBING SUPPLY, 916 LIBERTY ST, FREDERICKSBURG, VA 22401

10925 FREDERICKSBURG TRUCK CENTER, POBOX 5900, FREDERICKSBURG, VA 22403

10925 FREDERICKSON MOTOR EXPRESS, C/O PO BOX 201631, BLOOMINGTON, MN 55420

10925 FREDETTE, DEBORAH, 49 CHASE ROAD, LONDONDERRY, NH 03053

10925 FREDETTE, KEVIN, 46 DUNBARTON DRIVE, NASHUA, NH 03063

10925 FREDGREN, FAITH, 710 DEL MAR AVE, LIVERMORE, CA 94550

10924 FREDONIA READY MIX INC., PO BOX562, FREDONIA, KS 66736

10924 FREDONIA READY MIX INC., S. 3RD ST., FREDONIA, KS 66736

10924 FREDRICK MEISWINKEL, CAMBRIDGE, MA 02140

10924 FREDRICK MEISWINKLE, SANTA CLARA CONVENTION CENTER, SANTA CLARA, CA 95054

10924 FREDRICK MIEJER GARDEN, 3411 BRADFORD, GRAND RAPIDS, MI 49525

10925 FREDRICK S SHEETS &, MARY C SHEETS JT TEN, 800 EMERSON DRIVE NE, PALM BAY, FL 32907-1460

10925 FREDRICK TRANSPORT GROUP, BOX 33018, DETROIT, MI 48232

10925 FREDRICK, DEBRA, 122 MAPLE TERRACE, CHARLEROI, PA 15022

10924 FREDRICK, R. REDI-MIX INC., W. 229 N. 2500, WAUKESHA, WI 53186

10925 FREDRICKSBURG HARDWARE CO. INC, PO DRAWER 967, FREDRICKSBURG, VA 22404-0967

10925 FREDRICKSON MOTOR EXPRESS, PO BOX 5369, CHARLOTTE, NC 28225-5369

10925 FREDRICKSON, GERALD, 48 HILDRETH ST, WESTFORD, MA 01886

10925 FREDRICKSON, HENRY, 1024 MISSION DRIVE, A, NEW BRAUNFELS, TX 78130

10925 FREDRICKSON, KAREN, 108 WATERVIEW DR, PALM BEACH GDNS, FL 33418

10925 FREDRICKSON, LARRY, 1006 SHEPHERD DR, CRAIG, CO 81625

10925 FREDRICKSON, PETER, 6729 WEST MEINECKE, WAUWATOSA, WI 53213

10925 FREDRICKSON, STEVEN, 2722 37TH AVE S.W., SEATTLE, WA 98126

10925 FREDRIKSON, MARYANN, 27 RIVERHURST RD, BILLERICA, MA 01821

10925 FREDS TRAILER-TRUCK SUPPLY INC, 3229 NAVIGATION, HOUSTON, TX 77003

10924 FREE STATE GLASS INDUSTRIES, INC., 5415 LEE HIGHWAY, WARRENTON, VA 20187

10925 FREE, CHARLENE, 17 CARALYN WAY, PENSACOLA, FL 32505

10925 FREE, TERRY, PO BOX 116, RED OAK, OK 74563

10925 FREEBORN, JAMES, THE DOOCOT MOUNT MELVILLE ST ANDREWS FIFE, SCOTLAND, KY168NTUNITED KINGDOM    *VIA Deutsche Post*

10925 FREEBORN, PHYLLIS, 1407 ROGUE RIVER HWY, GOLD HILL, OR 97525

10925 FREEBURN, HAROLD, 326 PAWNEE DRIVE, AUBURN, PA 17922

10924 FREECON  INCORP, 211 WEST PLEASANT RUN RD, LANCASTER, TX 75146

10924 FREECON INC., 1220 SOLON RD. NORTH, WAXAHACHIE, TX 75165

10924 FREECON INC., 211 W. PLEASANT RUN RD., LANCASTER, TX 75146

10924 FREECON, 6937 EAST FANFOL, PARADISE VALLEY, AZ 85253

10924 FREECON/ALAMOSA FAMILY CENTER, 8900 GONZALEZ AVE. S.W., ALBUQUERQUE, NM 87102

10924 FREECON/AMPHITHEATER HIGH SCHOOL, 2475 W. NARANJA, TUCSON, AZ 85742

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FREECON/CAMP VERDE ELEMENTARY, 200 CAMP LINCOLN, CAMP VERDE, AZ 86322 | |
| 10924 | FREECON/EAST MESA JUNIOR HIGH, 10100 E. ADOBE RD., MESA, AZ 85207 | |
| 10924 | FREECON/KIAWANIS PARK, 6111 S. ALL AMERICAN WAY, TEMPE, AZ 85283 | |
| 10924 | FREECON/KINGMAN REGIONAL MEDICAL, 3269 STOCKTON HILL RD., KINGMAN, AZ 86401 | |
| 10924 | FREECON/LAKE HAVASU SURGERY CENTER, MCCULLOCH BLVD. & LIBRARY LN., LAKE HAVASU CITY, AZ 86406 | |
| 10924 | FREECON/M.C.A.S. HANGER #146, MARINE CORP. AIR STATION, YUMA, AZ 85364 | |
| 10924 | FREECON/MESA COMMUNITY COLLEGE, 2305 N. POWER RD., MESA, AZ 85215 | |
| 10924 | FREECON/PERFORMING ARTS CENTER, 2626 E. PECOS RD., CHANDLER, AZ 85225 | |
| 10924 | FREECON/TAYES SPECIAL EVENTS CENTER, 2235 N. SCENIC DR., ALAMOGORDO, NM 88310 | |
| 10924 | FREECON/THUNDERBIRD SAMARITAN HOSP., 5555 W. THUNDERBIRD, GLENDALE, AZ 85301 | |
| 10924 | FREECON/WESTPOINT ELEMENTARY SCHOOL, 13700 W. GREENWAY RD., SURPRISE, AZ 85374 | |
| 10924 | FREECON/YAVAPAI COUNTY FAIRGROUNDS, 10401 HWY 89A, PRESCOTT VALLEY, AZ 86314 | |
| 10925 | FREED III, THOMAS, BOX 107, WEST PITTSBURG, PA 16160 | |
| 10925 | FREED, JR, THOMAS, 1250 NINTH ST, PO BOX 35, WEST PITTSBURG, PA 16160 | |
| 10925 | FREED, LORRAINE, 16801 N 31ST ST., PHOENIX, AZ 85032 | |
| 10925 | FREED, LUCILLE, PO BOX 13 SEVENTH ST, W PITTSBURGH, PA 16160 | |
| 10925 | FREEDLE, R, 2012 MONTE VERDE CT, MODESTO, CA 95350 | |
| 10925 | FREEDLE, ROBERT, 2012 MONTE VERDE CT., MODESTO, CA 95350 | |
| 10925 | FREEDMAN ANSELMO LINDBERG & RAPPE, PO BOX 3107, NAPERVILLE, IL 60566-7107 | |
| 10925 | FREEDMAN, ADAM, 376 NW 22ND AVE, BOCA RATON, FL 33486 | |
| 10925 | FREEDMAN, ALEXANDRE, PO BOX 380658, CAMBRIDGE, MA 02238 | |
| 10925 | FREEDMAN, HARRY, 19 LINDA ST, ORMOND BEACH, FL 32176 | |
| 10925 | FREEDMAN, HARVEY, 5 BECKFORD ST, SALEM,, MA 01970-3205 | |
| 10925 | FREEDMAN, MICHAEL H, 1860 N SCOTT ST, APT 642, ARLINGTON, VA 22209-1344 | |
| 10925 | FREEDMAN, MICHAEL, 1180 SOUTH OCEAN BLVD APT 5F, BOCA RATON, FL 33432 | |
| 10925 | FREEDMAN, MICHAEL, 376 NW 22ND AVE, BOCA RATON, FL 33486 | |
| 10925 | FREEDMAN, TOVA, 1390 TEANECK ROAD, TEANECK, NJ 07666 | |
| 10925 | FREEDOM ANSELMO & LINDBERG, PO BOX 3107, NAPERVILLE, IL 60566-7107 | |
| 10924 | FREEDOM ELECTRIC, MAIN ST., OLIVET, SD 57052 | |
| 10925 | FREEDOM GLASS & METALS,INC, PO BOX 868, CLEMENTON, NJ 08021 | |
| 10925 | FREEDOM SERVICES, INC, 1406 SHOEMAKER ROAD, BALTIMORE, MD 21209 | |
| 10925 | FREEDOM SERVICES,INC, 1406 SHOEMAKER ROAD, BALTIMORE, MD 21209 | |
| 10924 | FREEDOM VILLAGE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | FREEDONIA GROUP INC, THE, 767 BETA DR, CLEVELAND, OH 44143-2326 | |
| 10925 | FREEDONIA GROUP, INC, THE, 3570 WARRENVILLE, CLEVELAND, OH 44122-5226 | |
| 10925 | FREEDONIA GROUP, THE, 20600 CHAGRIN BLVD. 10TH FL, CLEVELAND, OH 44122 | |
| 10925 | FREE-FLOW PACKAGING CORP, POBOX 45068, SAN FRANCISCO, CA 94145 | |
| 10924 | FREE-FLOW PACKAGING CORP., 5800 WHEATON DRIVE, ATLANTA, GA 30336 | |
| 10925 | FREE-FLOW PACKAGING INTERNATIONAL, PO BOX 49146, SAN JOSE, CA 95161-9146 | |
| 10925 | FREEH, GLENN, PO BOX 401, SPRINGTOWN, PA 18081 | |
| 10925 | FREEHILL ASPHALT INC., PO BOX 154, WATSEKA, IL 60970 | |
| 10925 | FREEL, JENNIFER, 3091 BRECKENRIDGE LN, LOUISVILLE, KY 40220 | |
| 10925 | FREELANCE ACCESS INC., 268 SUMMER ST. 3RD FL, BOSTON, MA 02210 | |
| 10925 | FREELAND HOIST & CRANE, INC, 1600 S. CATON AVE., BALTIMORE, MD 21227 | |
| 10925 | FREEMAN & CASTILLON, 1620 SANTA URSULA - SUITE 2, LAREDO, TX 78040 | |
| 10925 | FREEMAN COMPANIES, PO BOX 650036, DALLAS, TX 75265-0036 | |
| 10925 | FREEMAN COMPANIES, THE, 7000 PLACID, #101, LAS VEGAS, NV 89119 | |
| 10925 | FREEMAN COMPANIES, THE, PO BOX 650036, DALLAS, TX 75265-0036 | |
| 10925 | FREEMAN DECORATING COMPANY, 1721 DEKALB AVE., N.E., ATLANTA, GA 30307 | |
| 10925 | FREEMAN DECORATING LTD, 55 BROWNS LINE, TORONTO, ON M8W 3S2CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FREEMAN EQUIPMENT CO., PO BOX 450389, ATLANTA, GA 31145

10924   FREEMAN HOSPITAL, 1102 WEST 32ND ST., JOPLIN, MO 64804

10925   FREEMAN JOHNSON &, BOBBIE JEAN JOHNSON JT TEN, 2917 MCNAIRY LANE, NASHVILLE, TN 37204-3303

10925   FREEMAN REAL ESTATE INC, 100 N MAIN BLDG STE 2200, MEMPHIS, TN 38103

10924   FREEMAN ROCK ENTERPRISES, 99031 SO. BANK CHETCO RIVER ROAD, BROOKINGS, OR 97415

10924   FREEMAN ROCK ENTERPRISES, INC., 99031 SO. BANK CHETCO RIVER RD., BROOKINGS, OR 97415

10925   FREEMAN, ALBERT JR, 9741 SOUTHERN PINES BLVD, C, CHARLOTTE, NC 28273

10925   FREEMAN, ANNA, PO BOX 704, MEEKER, CO 81641

10925   FREEMAN, BRIAN, 24830 BROADMORE AVE, HAYWARD, CA 94544

10925   FREEMAN, BRUCE, 215 CRESTVIEW DR, GREENVILLE, SC 29609-0902

10925   FREEMAN, BRYAN, 1304 EAST GEORGIA RD, SIMPSONVILLE, SC 29681

10925   FREEMAN, CINDY, 905 HAMLIN DR, S DAYTONA, FL 32119

10925   FREEMAN, CLIFTON, 8286 N. HEIGHTS DRIVE, KELSEYVILLE, CA 95451

10925   FREEMAN, COLLETTE, 523 HARDING PL. #3, NASHVILLE, TN 37211

10925   FREEMAN, DEBORAH, 8539 HUBBLES LANE, SANTEE, CA 92071

10925   FREEMAN, DEWEY, 4105 BONNIE LANE, MOBILE, AL 36609

10925   FREEMAN, EDWIN, PO BOX 704, MEEKER, CO 81641

10925   FREEMAN, ESQ, JAMES D, US DEPT OF JUSTICE, ENVIR ENFORCEMENT SECT, 999 18TH ST #945 NORTH TOWER, DENVER, CO 80202

10925   FREEMAN, F, 3703 MAYFLOWER, MEMPHIS, TN 38122

10925   FREEMAN, GEORGE, 2904 PIN OAK DRIVE, LA GRANGE, KY 40031-9490

10925   FREEMAN, GREG, 20 ROSEMONT DR, N ANDOVER, MA 01845-4744

10925   FREEMAN, GREGORY S, 20 ROSEMONT DR, NORTH ANDOVER, MA 01845

10925   FREEMAN, GREGORY, 20 ROSEMONT DR, NO ANDOVER, MA 01845

10925   FREEMAN, GREGORY, 3006 RENKER ST., SAN ANTONIO, TX 78217

10925   FREEMAN, J, 7972 HILLCREST TRAIL, JONESBORO, GA 30236-9998

10925   FREEMAN, J, PO BOX 1811, EASLEY, SC 29641

10925   FREEMAN, JAMES, 2125 COCHRAN ST, LAKELAND, FL 33801

10925   FREEMAN, JENNIFER, 3156 MATILDA ST, COCONUT GROVE, FL 33133

10925   FREEMAN, JIMMY, 1951 108TH N E, NORMAN, OK 73071

10925   FREEMAN, JOANNE, 226 FALES RD, N. ATTLEBORO, MA 02760

10925   FREEMAN, JONATHAN, 2408 N. CAPITOL, INDIANAPOLIS, IN 46208

10925   FREEMAN, JULIE H, CUST FOR ASHLEY H FREEMAN, UNDER THE MO TRAN MIN LAW, 10 WARSON HILLS, ST LOUIS, MO 63124-1204

10925   FREEMAN, JULIE H, CUST FOR KATHERINE CLARE FREEMAN, UNDER THE MO TRAN MIN LAW, 10 WARSON HILLS, ST LOUIS, MO 63124-1204

10925   FREEMAN, KENNETH, 1654 FIESTA LANE, GREEN BAY, WI 54302

10925   FREEMAN, KERRY, 10500 HAYNE BLVD. - C #77, NEW ORLEANS, LA 70127

10925   FREEMAN, KYLE, 293 HIDDEN FOREST DRIVE, CLEVELAND, TN 37312

10925   FREEMAN, LUCY, 1420 SUN MEADOW, EL PASO, TX 79936

10925   FREEMAN, MARCUS, 150 BROWN RD., COVINGTON, GA 30209

10925   FREEMAN, MARY, 6290 MARBUT FARMS LN, LITHONIA, GA 30058

10925   FREEMAN, MAUREEN, 1141 SINGLEY HILL RD, LOLETA, CA 95551

10925   FREEMAN, MICHAEL, 102 HILLANDALE DR APT 6, EASLEY, SC 29641

10925   FREEMAN, MILDRED, 77 VINE ST, TRENTON, NJ 08638

10925   FREEMAN, NATHANIEL, 472 AVIATION RD. # 3, MARIETTA, GA 30060

10925   FREEMAN, REBECCA, 42 WOODVALE AVE, GREENVILLE, SC 29605

10925   FREEMAN, REGINA A, 162 KING PHILLIP ST, SOUTH WEYMOUTH, MA 02190

10925   FREEMAN, REGINA, 162 KING PHILIP ST., SO. WEYMOUTH, MA 02190

10925   FREEMAN, REGINA, 89 HOBART ST, BRIGHTON, MA 02135

10925   FREEMAN, ROBERT, 652 CHESTNUT ST, NEWTON, MA 02168

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FREEMAN, SHAWN, 1012 PHILLIP DR., GLEN BURNIE, MD 21061 | |
| 10925 | FREEMAN, SHERRY, 1706 VALLEYWOOD DR., PANTEGO, TX 76013 | |
| 10925 | FREEMAN, THOMAS, 162 KING PHILIP ST, SOUTH WEYMOUTH, MA 02190 | |
| 10925 | FREEMAN, WAYNE, 418 LOUIS DRIVE, HOUMA, LA 70364 | |
| 10925 | FREEMAN, WAYNE, BOX 1161, DUNCAN, SC 29334 | |
| 10925 | FREEMAN, WAYNE, BOX 382, STARTEX, SC 29377 | |
| 10925 | FREEMAN, WILLIAM, 1115 INMAN AVE, EDISON, NJ 08820-1132 | |
| 10925 | FREEMENT HOSPITAL, INTERIOR CONSTRUCTION, FREEMONT, NE 68025 | |
| 10925 | FREEMIRE & ASSOC, INC, 1215 OLD DORSEY RD., HARMANS, MD 21077 | |
| 10924 | FREEMONT PAVING&READY MIX, P.O. BOX 841, CANON CITY, CO 81212 | |
| 10924 | FREEMONT PAVING, 30783 E. HWY 50, LA JUNTA, CO 81050 | |
| 10924 | FREEMONT STORAGE CENTER, 1683 KIRKPATRICK ROAD, BURLINGTON, NC 27215 | |
| 10925 | FREEPORT CENTER ASSOCIATED, PO BOX 160466, CLEARFIELD, UT 84016-0466 | |
| 10924 | FREEPORT CONCRETE CO LIMITED, BUILDING 4, SUITE B, FREEPORT, BHS | *VIA Deutsche Post* |
| 10924 | FREEPORT CONCRETE COMPANY, 1100 N.E. 7TH AVE., SUITE D, DANIA, FL 33004 | |
| 10924 | FREEPORT CONCRETE COMPANY, PO BOXF-42647, GRAND BAHAMAS, 801BHS | *VIA Deutsche Post* |
| 10925 | FREERKSEN, DEBBIE, 2434 ILLINOIS ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | FREES, JOAN, 8334 SPRINGLAKE DRIVE, BOCA RATON, FL 33496 | |
| 10925 | FREES, LARRY, PO BOX 178, WHEATLAND, IA 52777 | |
| 10925 | FREESE JR, HERBERT, 306 GEORGE ST, NEW BRUNSWICK, NJ 08901-2007 | |
| 10925 | FREESE, EDWARD, 104 E 22ND TERRACE ACRES, ATLANTIC, IA 50022 | |
| 10925 | FREESE, EUGENE, 901 SPRUCE ST, ATLANTIC, IA 50022 | |
| 10924 | FREESEN INC, 316 S PEARL, BLUFFS, IL 62621 | |
| 10924 | FREESEN INC., 316 S. PEARL STREET, BLUFFS, IL 62621 | |
| 10924 | FREESEN INC., P. O. BOX 350, BLUFFS, IL 62621 | |
| 10925 | FREESTATE HEALTH PLAN INC, PO BOX 64238, BALTIMORE, MD 21264-4238 | |
| 10925 | FREGEAU, MARIE, 113 TANNERY ROAD, WESTFIELD, MA 01085 | |
| 10925 | FREGEAU, MAUREEN, 29 SPRING ST, CHICOPEE, MA 01013 | |
| 10925 | FREGEAU, SUSAN, RT 1 BOX 613B, LOLETA, CA 95551 | |
| 10924 | FREHNER CONSTRUCTION CO, 124 WEST BROOK AVE, NORTH LAS VEGAS, NV 89030 | |
| 10924 | FREHNER CONSTRUCTION COMPANY, 124 W. BROOKS AVENUE, NORTH LAS VEGAS, NV 89030 | |
| 10924 | FREHNER CONSTRUCTION COMPANY, 6553 E. IDAHO, ELKO, NV 89801 | |
| 10925 | FREI, DEANNA, 301 S SIGNAL, APACHE JUNCTION, AZ 85220 | |
| 10925 | FREIBERG, DANIEL, 1328 E ALBIAN ST, 37, MILWAUKEE, WI 53202 | |
| 10925 | FREIBERG, STACY, 2107 W ALVARADO, PHOENIX, AZ 85009 | |
| 10925 | FREIBERGER, JOHN, 4722 TRADE WINDS DRIVE S, GULFPORT, FL 33711-3634 | |
| 10925 | FREIDENBERGER, HARLA, 134 LAUREL LN, GREEN BAY, WI 54311 | |
| 10924 | FREIDMAN ELECTRIC SUPPLY CO., 1321 WYOMING AVENUE, EXETER, PA 18643 | |
| 10924 | FREIDMAN ELECTRIC SUPPLY CO., 33 NEW HILL STREET, WILKES BARRE, PA 18702 | |
| 10924 | FREIDMAN ELECTRIC SUPPLY CO., 455 E. BROAD ST., HAZLETON, PA 18201 | |
| 10925 | FREIGHT ALL KINDS, INC, PO BOX 5187, DENVER, CO 80217-5187 | |
| 10925 | FREIGHT AUDIT CO, THE, 601 W. RANDOLPH STR., CHICAGO, IL 60661 | |
| 10925 | FREIGHT AUDIT COMPANY, THE, 601 W RANDOLPH ST, CHICAGO, IL 60661 | |
| 10924 | FREIGHT LINER, CLEVELAND, NC 27013 | |
| 10925 | FREIGHT REVENUE RECOVERY OF MIAMI, POBOX 160962, MIAMI, FL 33116-0962 | |
| 10925 | FREIGHT REVENUE RECOVERY, PO BOX 770875, MIAMI, FL 33177-0875 | |
| 10925 | FREIGHT SERVICE GROUP INC, PO BOX 20148, WASHINGTON, DC 20041-2148 | |
| 10924 | FREIGHT SERVICES INTL INC, P O BOX 60314 AMF, HOUSTON, TX 77205 | |
| 10924 | FREIGHT TRAFFIC BRANCH, MARINE CORPS BASE, BLDG. 1011,MCB, CAMP LEJEUNE, NC 28542 | |
| 10924 | FREIGHT TRAFFIC BRANCH, MARINE CORPS BASE, CAMP LEJEUNE, NC 28542 | |
| 10925 | FREIGHT TRANSPORTATION SERV, INC, PO BOX 73, CHARLESTON, MO 63834 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FREIGHTWAYS, INC, PO BOX 31, ELDON, MO 65026 | |
| 10925 | FREILICH, JOHN, PO BOX 66, BRIDGEPORT, VT 03049 | |
| 10925 | FREILINGER, LORI, 9656 DEER RUN DR, POINTE VEDRA, FL 32082 | |
| 10925 | FREITAG, CAROLYN, 1224 POUDER RD, SYKESVILLE, MD 21784 | |
| 10925 | FREITAG, MICHAEL, 503 BURNING TREE DRIVE, ARNOLD, MD 21012 | |
| 10925 | FREITAS, ANTONE, 54 HARRISON ST, QUINCY, MA 02169 | |
| 10925 | FREITAS, STEPHEN, 85 LINCOLN ST, N EASTON, MA 02356 | |
| 10925 | FRELICH, CRAIG, 4485 CTY DD, KAUKAUNA, WI 54130 | |
| 10924 | FREMIN PRODUCTS LLC, PO BOX706, CUT OFF, LA 70345 | |
| 10924 | FREMIN PRODUCTS, 17464 HWY 3235, CUT OFF, LA 70345 | |
| 10925 | FREMIN, DAVID, 629 POINT ST, HOUMA, LA 70360 | |
| 10924 | FREMIN, LA HWY 30 & FLOTATION CANAL RD, CUT OFF, LA 70345 | |
| 10924 | FREMONT PAVING CO-, 839 MACKENZIE, CANON CITY, CO 81212 | |
| 10924 | FREMONT PAVING CO., 839 MACKENZIE, CANON CITY, CO 81212 | |
| 10924 | FREMONT POLICE FACILITY, ANNING JOHNSON, FREMONT, CA 94536 | |
| 10925 | FREMONT, DELIN, 905 POTOMAC, SAN ANTONIO, TX 78202 | |
| 10925 | FRENCH CONSTRUCTION SVC, INC, 1210 N. MACON ST,, BALTIMORE, MD 21205 | |
| 10924 | FRENCH GERLEMAN, 2451 SCHULTZ RD., MARYLAND HEIGHTS, MO 63043 | |
| 10925 | FRENCH, BRENDA, ONE MORRILL ST, LITCHFIELD, NH 03103 | |
| 10925 | FRENCH, CHARLES, 120 NANCY DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | FRENCH, DENNIS, 17615 E HWY, PLATTE CITY, MO 64079 | |
| 10925 | FRENCH, DOROTHY, 9480 N EVENSTOCK WY, CRYSTAL RIVER, FL 34428 | |
| 10925 | FRENCH, DOUGLAS, 639 N MICHIGAN ST, DE PERE, WI 54115 | |
| 10925 | FRENCH, ERIC, 1204C SCHEURING RD, DEPERE, WI 54115 | |
| 10925 | FRENCH, GEORGE, 1036 E. WALNUT ST, LAKELAND, FL 33801 | |
| 10925 | FRENCH, GORDON, ROUTE 1 BOX 154, PENDER, NE 68407 | |
| 10925 | FRENCH, GOULD, 27 OCEANWOOD DR., SCARBOROUGH, ME 04074-8755 | |
| 10925 | FRENCH, JACALYN, 501B BROOKWOOD CR, BLUE SPRINGS, MO 64014 | |
| 10925 | FRENCH, JOHN HENRY, 130 LE BRUN AVE, AMITYVILLE, NY 11701-4249 | |
| 10925 | FRENCH, JOHNNY, 1220 REDWOOD AVE, BOGALUSA, LA 70427 | |
| 10925 | FRENCH, JONATHAN, 4030 N 44TH AVE, PHOENIX, AZ 85031 | |
| 10925 | FRENCH, LINDA M, 213 MEADOW DRIVE, HORSEHEADS, NY 14845 | |
| 10925 | FRENCH, MARGARET, 3001 CURLING CT., CHESAPEAKE, VA 23322 | |
| 10925 | FRENCH, ODELL, 541 HOOKER ST, JACKSON, MS 39209 | |
| 10925 | FRENCH, PATRICIA, 6 REDWOOD COURT, NEWARK, DE 19702 | |
| 10925 | FRENCH, RICHARD, 1218 GROVELAND LANE, LAKELAND, FL 33811 | |
| 10925 | FRENCH, ROMNY, 628 CARR AVE, SANTA ROSA, CA 95404 | |
| 10925 | FRENCH, WARREN, 212 N PIKE ST, BECKLEY, WV 25801 | |
| 10925 | FRENTRESS, KIMBLE, 2618 COUNTY ROAD #29, CRAIG,, CO 81625 | |
| 10924 | FRENZELIT NORTH AMERICA, INC., 18050 TRANQUILITY ROAD, PURCELLVILLE, VA 20132 | |
| 10925 | FRERER, J, 6973 NUTMEG ROAD, CARTHAGE, MO 64836 | |
| 10925 | FRERICH, RICHARD, 1498 CAMERON LANE, WICHITA FALLS, TX 76304 | |
| 10925 | FRERICHS, KENNETH, PO BOX 1255, PREMONTT, TX 78375 | |
| 10925 | FRERICHS, KEVIN, 102 E MAIN ST, STEAMBOAT ROCK, IA 50672 | |
| 10925 | FRERICKS, DENIS, STATE HWY 317, HAMILTON, CO 81638 | |
| 10924 | FRERK, HENRY SONS INC., 3135 W. BELMONT, CHICAGO, IL 60618 | |
| 10924 | FRERK, HENRY SONS, INC., 3135 W. BELMONT, CHICAGO, IL 60618 | |
| 10925 | FRESCAS, OLIVIA, 911 MILLER, DUMAS, TX 79029 | |
| 10925 | FRESE, RICHARD, PO BOX 601, BROOKLINE, MA 02146 | |
| 10925 | FRESENIUS AG, BORKENBERG 14, 61440 OBERURSEL, BAD HOMBURG, 61343GERMANY | *VIA Deutsche Post* |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FRESENIUS MEDICAL CARE AG, ELSE-KRONER STRASSE 1, BAD HOMBURG V.D. H., 61352GERMANY | *VIA Deutsche Post* |
| 10925 | FRESENIUS MEDICAL CARE HOLDINGS INC, TWO LEDGEMONT CENTER, 95 HAYDEN AVE, LEXINGTON, MA 02420-9192 | |
| 10925 | FRESENIUS MEDICAL CARE, 95 HAYDEN AVE, LEXINGTON, MA 02173-7955 | |
| 10925 | FRESENIUS NATIONAL MEDICAL CARE HOL, 95 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | FRESENIUS NATIONAL, 95 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10924 | FRESH CHOICE, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10925 | FRESH PAINT & WALLCOVERING CO, 9 WATERFIELD RD, WINCHESTER, MA 01890 | |
| 10924 | FRESH PONDS BUS MAINT. FACILITY, CORNER OF WOODBINE & TRAFFIC, QUEENS VILLAGE, NY 11427 | |
| 10925 | FRESHOUR, DARRELL, 1125 BAKER ST, STAFFORD, TX 77477 | |
| 10925 | FRESNO CSI CHAPTER, 1244 MARIPOSA ST, FRESNO, CA 93703 | |
| 10925 | FRESNO CSI CHAPTER, 47 N SUNNYSIDE, CLOVIS, CA 93611 | |
| 10925 | FRETS, CHARLES, 1630 GAY RD, LAKELAND, FL 33803 | |
| 10925 | FRETWELL, GEORGE, 609 WYNDHAM DR, HAMPTON, VA 23666 | |
| 10925 | FRETWELL, MARY, 3228 LOGANWOOD DR, COLONIAL HTS, VA 23834 | |
| 10925 | FRETWELL, NONA, 120 BON AIR AVE, BALTIMORE, MD 21225-3605 | |
| 10925 | FRETWELL, RANDY, 9302 FOREST LANE, B-104, DALLAS, TX 75243 | |
| 10925 | FRETWELL, RONALD, 435 WORTHINGTON DR, MARS, PA 16046 | |
| 10925 | FRETZ, DIANE, 101 N. RICHMOND ST., FLEETWOOD, PA 19522 | |
| 10924 | FREUDENBERG NON WOVENS, 221 JACKSON ST., LOWELL, MA 01852 | |
| 10925 | FREUDENBERG NONWOVENS LIMITED, 221 JACKSON ST, LOWELL, MA 01852 | |
| 10925 | FREUDENBERG NONWOVENS, 221 JACKSON ST, LOWELL, MA 01852 | |
| 10925 | FREUDENBERG NONWOVENS, 2975 PEMBROKE RD., HOPKINSVILLE, KY 42240 | |
| 10924 | FREUDENBERG VLIESSTOFFE KG, WAREHOUSE 02/51 - BUILDING 326, WEINHEIM  GERMANY, 69465DEU | *VIA Deutsche Post* |
| 10924 | FREUDENBERG VLIESSTOFFE KG, ZWISCHEN DAEMMEN, WEINHEIM  GERMANY, 69465DEU | *VIA Deutsche Post* |
| 10925 | FREUEN JT TEN, MATHIAS J & DOROTHY B, 903 E LINCOLN AVE, OSHKOSH, WI 54901-4668 | |
| 10925 | FREULER, WESTON, 206 STERLING RIDGE D, AUGUSTA, GA 30909 | |
| 10925 | FREUND CAN COMPANY, 155 WEST 84TH ST, CHICAGO, IL 60620-1298 | |
| 10925 | FREUND CAN COMPANY, 155 WEST 84TH ST., CHICAGO, IL 60620-1298 | |
| 10925 | FREUND, ALVIN, 7524 MELBA AVE, CANOGA PARK, CA 91304-5361 | |
| 10925 | FREUND, GEORGE, 500 MORRIS AVE, SPRINGFIELD, NJ 07081 | |
| 10925 | FREUND, IRMA, 637 CONSTITUTION LANE, DE FOREST, WI 53532-1634 | |
| 10925 | FREW, BROOKE, 45 ALTO DRIVE, OAKVIEW, CA 93022 | |
| 10925 | FREY, ANDREW, RT. 2 BOX 288-BB, DONALDSONVILLE, LA 70346 | |
| 10925 | FREY, ANTOINETTE I, 25 WOODLAKE CT, LAKE SAINT LOUIS, MO 63367-1922 | |
| 10925 | FREY, BRADLEY, 4262 CAYUGA RD, RANDALLSTOWN, MD 21133 | |
| 10925 | FREY, CHRISTOPHER, 11 COURTER AVE, MAPLEWOOD, NJ 07040 | |
| 10925 | FREY, D, 6719 SIMPSON RD, DANE, WI 53529 | |
| 10925 | FREY, DALE, 6719 SIMPSON ROAD, DANE, WI 53529 | |
| 10925 | FREY, DENISE, 356 H ST, SPARKS, NV 89431 | |
| 10925 | FREY, JEFFREY, 8114 HOLLY HILL RD, CHARLOTTE, NC 28212 | |
| 10925 | FREY, RONALD, 7783 OLD KY 81, OWENSBORO, KY 42301 | |
| 10925 | FREY, SHERRI, 1612 N.E. JADE ST, LEES SUMMIT, MO 64086 | |
| 10925 | FREYER, LARRY, 1004 SHORESBROOK ROAD, SPARTANBURG, SC 29301 | |
| 10925 | FREYLINGER, ERNEST T, PO BOX 48, STRASSEN, 08001LUXEMBOURG | *VIA Deutsche Post* |
| 10925 | FREZZA, RINA, 6 WESTMOOR CIRCLE, WEST ROXBURY, MA 02132 | |
| 10925 | FRHAM SAFETY PRODUCTS, INC, PO BOX 36098, ROCK HILL, SC 29732-6098 | |
| 10925 | FRHAM, PO BOX 101177, NASHVILLE, TN 37210 | |
| 10925 | FRIAL, CONSTANTINA, 2135 SPRING LAKE DR., MARTINEZ, CA 94553 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRIAL, CONSTANTINO, 2135 SPRING LAKE DR, MARTINEZ, CA 94553

10925   FRIAL, CONSTANTINO, 2135 SPRINGLAKE DRIVE, MARTINEZ, CA 94553

10925   FRIAL, CRAIG, 2008 CLARK LANE, #4, REDONDO BEACH, CA 90278

10925   FRIAL, VALERIE, 2135 SPRING LAKE DR, MARTINEZ, CA 94553

10925   FRIARS, GREGORY, PO BOX 4115, GILLETTE, WY 82717-4115

10925   FRIAS, ARCHIMEDES, 2728 CHESLEY AVE, BALTIMORE, MD 21234

10925   FRIAS, CAROL, 617 EDGEWATER AVE, RIDGEFIELD, NJ 07657

10925   FRIAS, DIOSDADO, 1740 GAULT WAY, SPARKS, NV 89431

10925   FRIAS, EDWINA, 2930 WEST 30TH ST, BROOKLYN, NY 11224

10925   FRIAS, ESTHER, 1601 JASON PLACE, OXNARD, CA 93033

10925   FRIBERG, RANDI, 34 CASTLETON AVE, SOMERSET, NJ 08873

10925   FRICIA, JOSEPHINE, 52 EVANS ST, MEDFORD, MA 02155

10925   FRICK, LISA, 3632 WHITEHAVEN PKWY, WASHINGTON, DC 20007

10925   FRICKE, ALLEN, RURAL ROUTE 2, MURRAYVILLE, FL 62668-9998

10925   FRICKE, RAYMOND, 1710 NITA LANE, JACKSONVILLE, IL 62650

10925   FRICKE, WILLIAM, 13953 SW 66TH ST, MIAMI, FL 33183

10925   FRICKER, WILLIAM, 2318 WINTERGREEN LN, OWENSBORO, KY 42301

10925   FRICKER, WILLIAM, 2318 WINTERGREEN LOOP N, OWENSBORO, KY 42301

10925   FRICKER, WILLIAM, 2318 WINTERGREEN LOOP N., OWENBORO, KY 42301

10925   FRICKEY, JO, 268 PLANTATION RD, HAHNVILLE, LA 70057

10925   FRICKS, WILLIAM, 219 BEATTIE ST, SIMPSONVILLE, SC 29681

10924   FRICTION DIVISION PROD, PO BOX5627, TRENTON, NJ 08638

10925   FRIDAY, BETTY, 168 EAST 30TH ST, PATERSON, NJ 07504

10925   FRIDAY, BILLY, 3409 EASTWAY DRIVE, CHARLOTTE, NC 28205

10925   FRIDAYS PWC - BRYAN BILLINGSLEY, 119 NO ELM ST, GIBSON CITY, IL 60936

10925   FRIDDELL, PHILLIP, 8392 DEWAYNE LANE, JONESBORO, GA 30236

10925   FRIDDLE, ANN, 10 PIMLICO ROAD, GREENVILLE, SC 29607-3124

10925   FRIDDLE, GARRY C, 1412 SO ROSEVILLE, PARIS, AR 72855-4912

10925   FRIDDLE, JAMES, 402 WATKINS RD, GREENVILLE, SC 29611

10925   FRIDDLE, PATRICIA, 419 FAIRVIEW ST, FOUNTAIN INN, SC 29644

10925   FRIDDLE, TONYA, 402 WATKINS RD, GREENVILLE, SC 29611

10925   FRIDDLE, W HAROLD, 3 PARKHURST AVE, GREENVILLE, SC 29609-1804

10925   FRIDDLE, W, 117 FARMINGTON ROAD, GREENVILLE, SC 29605-4510

10925   FRIDDLE, WILLIAM, 116 HICKORY DRIVE, SIMPSONVILLE, SC 29681

10925   FRIDDLE, WILLIAM, PO BOX 752, MAULDLIN, SC 29662

10924   FRIDDLE'S ORTHIPEDIC APPL, RT 2 BOX 505, HONEA PATH, SC 29654

10924   FRIDDLE'S ORTHOPEDIC APPLIANCES, 12306 BELTON-HONEA PATH HWY., HONEA PATH, SC 29654

10925   FRIDEN ALCATEL, PO BOX 30608, LOS ANGELES, CA 90030-0608

10925   FRIDEN NEOPOST, 1521 S. EDGEWOOD, STE. G, BALTIMORE, MD 21227

10925   FRIDEN NEOPOST, PO BOX 13206, NEWARK, NJ 07101-3206

10925   FRIDEN NEOPOST, PO BOX 30608, LOS ANGELES, CA 90030-0608

10925   FRIDRIKH A MAGAZINER &, ADEL A MAGAZINER JT TEN, 2459 POWELL AVE, COLUMBUS, OH 43209-1748

10925   FRIEBEL, JAMIE, 6159 CAMELBACK LANE, COLUMBIA, MD 21045

10925   FRIED M D, TERRANCE, 215 SHEFFIELD, SAN ANTONIO, TX 78213

10925   FRIED, DELYNDA, RT 9 BOX 435, LUBBOCK, TX 79423

10925   FRIED, ROBIN, 9858 S W 118TH AVE, MIAMI, FL 33186

10925   FRIED, SHELDON ERIC, 335 DUFFERIN RD, HAMPSTEAD, QC H3X 2Y6CANADA          *VIA Deutsche Post*

10925   FRIED,FRANK, HARRIS, SHRIVER AND, ONE NEW YORK PLAZA, NEW YORK, NY 10004

10925   FRIEDA A NEUBARTH TR UA, MAR 31 92, FRIEDA A NEUBARTH, TRUST, 5008 NORMANDALE CT, EDINA, MN 55436-2421

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FRIEDA C WATSON, 4430 NICHOLS PKWY, KANSAS CITY, MO 64111 | |
| 10925 | FRIEDENBERG, ANDY, 67147 ALLVIEW DR, COLUMBIA, MD 21046 | |
| 10925 | FRIEDERICH, DAVID, 561 9TH AVE, MARION, IA 52302 | |
| 10925 | FRIEDERICH, E, 1920 CHEROKEE DRIVE, MARION, IA 52302 | |
| 10924 | FRIEDGES DRYWALL INC., 10 CHURCH ST., NEW MARKET, MN 55054 | |
| 10925 | FRIEDL BUCKLAND, K, 2848 ROYAL LN 2214, DALLAS TX, | |
| 10925 | FRIEDLI WOLFF & PASTORE, 1735 EYE ST N W-SUITE 920, WASHINGTON, DC 20006 | |
| 10924 | FRIEDMAN ELECTRIC SUPPLY CO INC, 33 HILL ST, WILKES-BARRE, PA 18702 | |
| 10924 | FRIEDMAN ELECTRIC, 1321 WYOMING AVENUE, EXETER, PA 18643 | |
| 10924 | FRIEDMAN ELECTRIC, 650 WYOMING AVENUE, SCRANTON, PA 18509 | |
| 10925 | FRIEDMAN ENV CONSULTING LLC, SAMUEL FRIEDMAN, | |
| 10925 | FRIEDMAN KAPLAN SEILER & ADELMAN, ONE GATEWAY CENTER 25TH FLR, NEWARK, NJ 07102-5311 | |
| 10925 | FRIEDMAN, ALEXANDER, 7207 VERBENA RD, BALTIMORE, MD 21209 | |
| 10925 | FRIEDMAN, ALLEN, 9105A BOCA GARDENS CIRCLE S., BOCA RATON, FL 33496 | |
| 10925 | FRIEDMAN, ARLENE, 16640 SEPTO ST, SEPULVEDA, CA 91343-1147 | |
| 10925 | FRIEDMAN, BARRY, 41 PONDS CIRCLE, WAYNE, NJ 07470 | |
| 10925 | FRIEDMAN, C MARSHALL, 1010 MARKET ST 13TH FL, ST LOUIS, MO 63101 | |
| 10925 | FRIEDMAN, CINDI, 8 HARTLEY CIRCLE, OWINGS MILLS, MD 21117 | |
| 10925 | FRIEDMAN, DONALD, 34116 LAVENDER CIRCLE, GRAYSLAKE, IL 60030 | |
| 10925 | FRIEDMAN, ELLA, 7 CLARK ROAD, BROOKLINE, MA 02146 | |
| 10925 | FRIEDMAN, EMMANUEL M, BOX 277, TIPP CITY, OH 45371-0277 | |
| 10925 | FRIEDMAN, HEIDI ANNE, 351 EDMANDS RD, FRAMINGHAM, MA 01701 | |
| 10925 | FRIEDMAN, JULIA, 7207 VERBENA RD, BALTIMORE, MD 21209 | |
| 10925 | FRIEDMAN, MARILYN, 337 ELL ROAD, HILLSDALE, NJ 07642 | |
| 10925 | FRIEDMAN, MARK, 5 DANFORTH ROAD #10, NASHUA, NH 03060 | |
| 10925 | FRIEDMAN, RONALD, 14310 DOVER COURT, LAUREL, MD 20707 | |
| 10925 | FRIEDMAN, SEMYON, 11 HILLCHASE COURT, BALTIMORE, MD 21208 | |
| 10925 | FRIEDMANN, JO ANN, 3 NIGEL LANE, NASHUA, NH 03062 | |
| 10925 | FRIEDRICH KARL FLICK, C/O SEKRETARIAT, DR F K FLICK/H BOGE, POSTFACH 10 23 36, 4001, DUSSELDORF, GERMANY | *VIA Deutsche Post* |
| 10925 | FRIEDRICH, EUGENE, 1207 ROSEMEADOW DRIVE, HOUSTON, TX 77094 | |
| 10925 | FRIEDRICH, R, 1133 N 5TH ST, MILWAUKEE, WI 53203 | |
| 10925 | FRIEDRICH, RANDY, 5401 JEFFERY ST, DICKINSON, TX 77539 | |
| 10925 | FRIEDRICH, RUTH, 48 LANG ST, NEWARK, NJ 07105-3124 | |
| 10925 | FRIEDRICH, STEVEN, 28605 WAGON TR RD, LAKEMOOR, IL 60050 | |
| 10925 | FRIELDS, JOYCE CAROLYN, 3040 CRUISER DR, STAFFORD, VA 22554-2711 | |
| 10925 | FRIEMAN, PATRICIA, 5120 106TH ST, KENOSHA, WI 53142-5920 | |
| 10924 | FRIEND CENTRAL SCHOOL, 1101 CITY LINE AVENUE, WYNNEWOOD, PA 19096 | |
| 10925 | FRIEND OF COURT, 725 GREENLAND RD, ONTONAGON, MI 49953 | |
| 10925 | FRIEND OF COURT, 725 GREENLAND ROAD, ONTONAGON, MI 49953 | |
| 10925 | FRIEND OF THE COURT, COURTHOUSE, CORUNNA, MI 48817 | |
| 10925 | FRIEND OF THE COURT, GOGEBIC COUNTY COURTHOUSE, BESSEMER, MI 49911 | |
| 10925 | FRIEND STREET TICKET AGENCY,INC, 282 FRIEND ST, BOSTON, MA 02114 | |
| 10925 | FRIEND, BRIDGETT, 1012 GOODEAUX ROAD, LONGVILLE, LA 70652 | |
| 10925 | FRIEND, DANIEL, ROUTE 2, CENTRAL CITY, NE 68826 | |
| 10925 | FRIEND, RONALD, RT 6 BOX 27, CHICKASHA, OK 73018 | |
| 10925 | FRIEND, SR, LEO C, 498 WESLEY COLEMAN RD, LONGVILLE, LA 70652 | |
| 10925 | FRIEND, SR, LEO, 498 WESLEY COLEMAN ROAD, LONGVILLE, LA 70652 | |
| 10925 | FRIENDLINESS, INC, 1590 OAKLAND RD., WEST CHESTER, PA 19382 | |
| 10925 | FRIENDLINESS, INC, 52 DUNGARRIE RD., BALTIMORE, MD 21228 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    FRIENDLY BAPTIST  CHURCH, 1903 EAST HOUSTON STREET, TYLER, TX 75702

10924    FRIENDS ACADEMY, CORNER DUCK POND RD & PIPING ROCK R, LOCUST VALLEY, NY 11560

10925    FRIENDS OF ACTON, PO BOX 2607, ACTON, MA 01720

10925    FRIENDS OF BOB BARTON, PO BOX 540, WAKEFIELD, MA 01880

10925    FRIENDS OF CAMBRIDGE ATHLETICS, 46 WALDEN ST, CAMBRIDGE, MA 02140

10925    FRIENDS OF CHRIS MCCABE, PO BOX 59, CLARKSVILLE, MD 21029

10925    FRIENDS OF THE COUNCIL ON AGING, 1425 MASS AVE., LEXINGTON, MA 02173

10924    FRIENDSHIP BAPTIST CHURCH, 437 MITCHELL STREET SW, ATLANTA, GA 30313

10924    FRIENDSHIP OXYGEN LIMITED, GUYANA SOUTH AMERICA, 30 FRIENDSHIP, GUY                    *VIA Deutsche Post*

10924    FRIENDSHIP TRAP CO., INC., 570 CUSHING STREET, FRIENDSHIP, ME 04547

10924    FRIENDSHIP TRAP CO., INC., RTE. 97, FRIENDSHIP, ME 04547

10925    FRIERSON, HAROLD, PO BOX 868, MANNING, SC 29102

10925    FRIERSON, MICHAEL, 4351 MONTEITH DR, LOS ANGELES, CA 90043

10925    FRIES, BRUCE, 2216 1/2 MARKET AVE, FT WORTH, TX 76106

10925    FRIES, LLOYD, 5353 S MERRIMAC, CHICAGO, IL 60638-1328

10925    FRIESEN, JOHN, 100 BERNARD ST., EUNICE, LA 70535

10925    FRIESON SR, ERICK, 6902 TREECREST PKWY, DECATUR, GA 30035

10925    FRIESS, SARAH, 2300 SCHULTZ ST , #14, PORTAGE, WI 53901

10925    FRIGA, TERRYLNN, 4510 ALMO ST, MEMPHIS, TN 38118

10925    FRIGGE, ROBERT, 234 SOUTH 60TH ST, MILWAUKEE, WI 53214

10925    FRIGO, PAUL, 5788 BIRCH CT, LITTLE SUAMICO, WI 54141

10925    FRIGO, PETER, 409 N SACRAMENTO ST, ORANGE, CA 92867

10925    FRIIS, NILS, 3432 NORTH OCEAN BLV, GULF STREAM, FL 33483

10925    FRIIS, NILS, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    FRIJAS, ROLAND, PO BOX 286, NILAND, CA 92257

10925    FRIJAS, RUFINO, PO BOX 286, NILAND, CA 92257

10925    FRILOT, PARTRIDGE, KOHNKE & CLEMENT, 1100 POYDRAS ST., NEW ORLEANS, LA 70163-3600

10925    FRILOTRTRIDGE KOHNKE, 3600 ENERGY CENTRE, 1100 POYDRAS ST, NEW ORLEANS, LA 70163

10925    FRIMANSON, ROBERT, BOX 192, NUTTING LAKE, MA 01865

10925    FRINTON LABORATORIES, PO BOX 2428, VINELAND, NJ 08360

10925    FRISBEY, ELIZABETH, 36636 N. 31ST AVE., PHOENIX, AZ 85027

10925    FRISBY TECHNOLOGIES, 3380 OLD LEXINGTON ROAD, WINSTON-SALEM, NC 27107

10925    FRISBY, DORIS, 608 TARPON WAY, NOKOMIS, FL 34275-9998

10925    FRISBY, PAUL, 608 TARPON WAY, NOKOMIS, FL 34275-9998

10925    FRISCH, BRUNO, 105 HIGHLAND BLVD, KENSINGTON, CA 94708-9998

10925    FRISCHKOM, GERALD, 3410 COURT HOUSE DR, ELLICOTT CITY, MD 21043-4546

10925    FRISCHKORN INC, POBOX 6868, RICHMOND, VA 23230

10925    FRISCHKORN INC., PO BOX 6868, RICHMOND, VA 23230

10925    FRISCHKORN, INC, 1251 NEW SAVANNAH RD., AUGUSTA, GA 30901

10925    FRISCHKORN, INC, 2605 CABOVER DR., HANOVER, MD 21076

10925    FRISCHKORN, INC, PO BOX 6868, RICHMOND, VA 23230

10925    FRISCHS RESTAURANTS, INC, 666 W. FIFTH ST, COVINGTON, KY 41011

10924    FRISCO HIGH SCHOOL, 6401 PARKWOOD BLVD, FRISCO, TX 75034

10925    FRISCO, JOANN, PO BOX 546, BEN BOLT, TX 78342

10925    FRISHMAN, ANDREA, CUST FOR HEIDI FRISHMAN, UNIF GIFT MIN ACT IL, 1497 CHANTILLY CT, HIGHLAND PARK, IL 60035-3926

10925    FRISING, ELAINE, 901 YORKSHIRE DRIVE, FLEMINGTON, NJ 08822

10925    FRISK, MICHAEL, 10126 RODONA DRIVE, COLUMBIA, MD 21044

10924    FRISKIES PETCARE COMPANY, INC., 100 HAMILTON ROAD, WEIRTON, WV 26062-4444

10924    FRISKIES PETCARE, 1000 HAMILTON ROAD, WEIRTON, WV 26062

10924    FRIST CENTER FOR THE VISUAL ARTS, 901  BROADWAY, NASHVILLE, TN 37202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | FRITCH, MICHAEL, 3102 BUCKVIEW LA, BRANDON, FL 33511 | |
| 10925 | FRITCHMAN, LEE, 50 E BROAD ST, BETHLEHEM, PA 18018 | |
| 10925 | FRITEL, DONALD, BOX 894, WATFORD CITY, ND 58854 | |
| 10925 | FRITH, JR, TOM, PO BOX 390, MEADVILLE, MS 39653 | |
| 10924 | FRITO-LAY CO., 2810 QUALITY WAY, JONESBORO, AR 72401 | |
| 10925 | FRITSCH, JULIE, 2153 GALLERY, CREVE COELER, MO 63146 | |
| 10925 | FRITSCH, TIMOTHY, 1466 SANDY SPRINGS, DE PERE, WI 54115 | |
| 10925 | FRITSCHE, LAWRENCE, 5300 GREENHILL AVE, BALTIMORE, MD 21206 | |
| 10925 | FRITSCHEL, RUDOLPH, 145 NORTH COTTONWOOD, 2, CLATONIA, NE 68328 | |
| 10925 | FRITTS, WILLIAM, 1522 IMPERIAL DR, DURHAM, NC 27712 | |
| 10925 | FRITZ & SHEEHAW ASSOC, INC, 295 DEVONSHIRE ST, BOSTON, MA 02110 | |
| 10925 | FRITZ COMPANIES INC, 7463 NEW RIDGE RD, HANOVER, MD 21076 | |
| 10925 | FRITZ COMPANIES INC, POBOX 360302, PITTSBURGH, PA 15250-6302 | |
| 10925 | FRITZ COMPANIES INCORPORATED, 2970 NORTHWEST 75TH ST, MIAMI, FL 33122 | |
| 10924 | FRITZ COMPANIES, INC, CAVALIER INDUSTRIAL PARK, CHESAPEAKE, VA 23323 | |
| 10925 | FRITZ COMPANIES, INC, PO BOX 360302, PITTSBURGH, PA 15250-6302 | |
| 10925 | FRITZ DUVONN CAMPBELL, 24 BUCKINGHAM WAY, TAYLORS, SC 29687-3940 | |
| 10924 | FRITZ INDUSTRIES INC., 230 SAM HOUSTON RD., MESQUITE, TX 75149 | |
| 10925 | FRITZ RINDERSPACHER, BR CKENSTRASSE 3, LEMPERTHEIM, 68623GERMANY | *VIA Deutsche Post* |
| 10925 | FRITZ STARBER INC, 117-5200 MILLER RD, RICHMOND, BC V7B 1K5CANADA | *VIA Deutsche Post* |
| 10925 | FRITZ STARBER, INC, 410 ST-NICOLAS BUREAU 300, MONTREAL, QC H2Y 2P5CANADA | *VIA Deutsche Post* |
| 10925 | FRITZ, CAROLYN, 2966 GREEN ARBOR LNE, DUBLIN, OH 43017 | |
| 10925 | FRITZ, DUANE, 2120 SUNNYMEDE, GREEN BAY, WI 54311 | |
| 10925 | FRITZ, ELAINE, 964 LOUISE AVE, SAN JOSE, CA 95125 | |
| 10925 | FRITZ, FRANCES, 5806 TAVISTOCK LANE, MACUNGIE, PA 18062 | |
| 10925 | FRITZ, GARY, 1124 GERMANVILLE ROAD, BRIGHTON, IA 52540 | |
| 10925 | FRITZEN, PAMELA, 1789 HIDDEN VALLEY R, MACUNGIE, PA 18062 | |
| 10925 | FRIZELL, DARRELL, 609 S MAIN, ELECTRA, TX 76360 | |
| 10925 | FRIZSELL, MELODY, 1536 10TH ST, HICKORY,, NC 28601 | |
| 10925 | FRIZZELL, JIMMY, RT 3 BOX 399, ANDERSON, SC 29625 | |
| 10925 | FRIZZELL, MARGARET, 1534 SHADYSIDE ROAD, BALTIMORE, MD 21218 | |
| 10925 | FRM WEST LOOP ASSOC. #6, 4710 BELLAIRE, BELLAIRE, TX 77401 | |
| 10925 | FRODYMA, MARIE, 108 PEACHTREE FORESTTERRACE NW, NORCROSS, GA 30092 | |
| 10924 | FROEDTERT  MEMORIAL LUTHERAN HOSP., EAST CLINIC ADDITION  - JOB #1008, 9200 W WISCONSIN AVENUE, MILWAUKEE, WI 53226 | |
| 10924 | FROEDTERT MEMEMORIAL LUTHERN HOSP, EAST CLINIC ADDITION - JOB #1008, 9200 W. WISCONSIN AVE, MILWAUKEE, WI 53226 | |
| 10924 | FROEDTERT MEMORIAL HOSPITAL, 9200 W. WISCONSIN AVE., MILWAUKEE, WI 53226 | |
| 10924 | FROEDTERT MEMORIAL LUTHERAN HOSP, ATTN: CHUCK MATHIEU, PROJECT DOCUMENTATION NO 1008, PO BOX13066, MILWAUKEE, WI 53226 | |
| 10925 | FROEHLICH, RALPH, 4345 HWY 85 SOUTH, BELFIELD, ND 58622-9253 | |
| 10925 | FROEHLING & ROBERTSON INC, POBOX 26032, RICHMOND, VA 23261 | |
| 10925 | FROEHLING, STUART, PO BOX 123, ST MICHAELS, MD 21663 | |
| 10924 | FROELICH, 620 BROADWAY, LOS ANGELES, CA 90050 | |
| 10925 | FROHLICH, ROBERT, 552 SPRINGS ROAD, BEDFORD, MA 01730 | |
| 10925 | FROILAN S. TORRES, 20 CHRISTINE LANE, TAPPAN, NY 10983 | |
| 10924 | FROMM ELECTRIC SUPPLY(AD), PO BOX 15147, READING, PA 19612-5147 | |
| 10925 | FROMMELL, JAMES L, 11755 W WATERFORD AVE, GREENFIELD, WI 53228-1860 | |
| 10925 | FROMMELT DOCK & DOOR, 35R HOLTON ST, WINCHESTER, MA 01890 | |
| 10925 | FROMMEYER, PATRICIA, 9249 TRANQUILITY DR, FLORENCE, KY 41042 | |
| 10925 | FRONT LINE DATA SOLUTIONS, INC, 122 WEST WAY, SUITE 401A, LAKE JACKSON, TX 77566 | |
| 10924 | FRONT RANGE ELECTRICAL, 5001 SOUTH COLLEGE AVE, FORT COLLINS, CO 80525 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FRONT RUBBER STAMP CO. INC., 960 MASSACHUSETTS AVE, BOSTON, MA 02118

10925   FRONTARIO, JOSEPHINE A., 214-33 45TH ROAD, BAYSIDE, NY 11361

10924   FRONTER MATERIALS CONCRETE, 101 NORTH F.M. 3083 EAST, CONROE, TX 77301

10924   FRONTIER BLDG SUPPLY, P O BOX 658, NORTH HOLLYWOOD, CA 91603

10924   FRONTIER BUILDING MATERIALS, PO BOX 658, NORTH HOLLYWOOD, CA 91603

10924   FRONTIER BUILDING SUPPLY, 7425 COLD WATER CANYON, NORTH HOLLYWOOD, CA 91605

10924   FRONTIER BUILDING SUPPLY, P.O. BOX 658, NORTH HOLLYWOOD, CA 91603

10925   FRONTIER CONFERTECH, DEPT 518, DENVER, CO 80291-0518

10924   FRONTIER DRYWALL, 4110 E. MONTE VISTA RD., PHOENIX, AZ 85008

10924   FRONTIER DRYWALL, 4110 E. MONTE VISTA, PHOENIX, AZ 85008

10924   FRONTIER EL DORADO REFINING CO., PO BOX 1121, EL DORADO, KS 67042-3698

10925   FRONTIER ENGINEERING INC, 4500 W 6TH, STILLWATER, OK 74075

10924   FRONTIER FIELD, CORNER OF PLATT & N. PLYMOUTH, ROCHESTER, NY 14602

10924   FRONTIER INSURANCE, 288 LAKE LOUISE MARIE ROAD, ROCK HILL, NY 12775

10925   FRONTIER LAND CO. INC., 8605 WENONGA LANE, LEAWOOD, KS 66206-1458

10924   FRONTIER MATERIALS CONCRETE, 11411 SPRING CYPRESS, CYPRESS, TX 77429

10924   FRONTIER MATERIALS CONCRETE, 2222 SPRING STUEBNER, SPRING, TX 77389

10924   FRONTIER MATERIALS, 5325 BARKER CYPRESS RD., HOUSTON, TX 77084

10925   FRONTIER MATERIALS, PO BOX 2509, SPRING, TX 77383-2509

10924   FRONTIER MATERIALS, PO BOX2509, SPRING, TX 77383-2509

10924   FRONTIER PRINTING INKS CORP, 8650 BERK BLVD., HAMILTON, OH 45015

10924   FRONTIER REFINING & MARKETING, 5340 S QUEBEC ST, ENGLEWOOD, CO 80111-1911

10925   FRONTIER REFINING & MARKETING, 5340 S. QUEBEC ST., STE 200N, ENGLEWOOD, CO 80111-1911

10925   FRONTIER REFINING CO, 1401 S DOUGLAS RD, BOX 1121, EL DORADO, TX 67042

10925   FRONTIER REFINING CO, PO BOX 1588, CHEYENNE, WY 82003

10924   FRONTIER REFINING INC., 2700 EAST 5TH STREET, CHEYENNE, WY 82007

10924   FRONTIER REFINING INC., PO BOX 1588, CHEYENNE, WY 82003-1588

10924   FRONTIER ROOFING SUPPLY, 41517 N. ROUTE 45, ANTIOCH, IL 60002

10924   FRONTIER ROOFING SUPPLY, 41517 NORTH RTE 45, ANTIOCH, IL 60002

10925   FRONTIER TECHNOLOGIES CORP., BOX 689665, MILWAUKEE, WI 53268-9665

10925   FRONTIER TELEPHONE OF ROCHESTER INC, PO BOX 23008, ROCHESTER, NY 14692-3008

10925   FRONTIER TRAILER SALES INC, PO BOX 460, RICHFIELD, OH 44286

10925   FRONTIER TRANSPORT CORP., PO BOX 784, INDIANAPOLIS, IN 46206-0784

10924   FRONTIER-KEMPER CONSTRUCTORS INC, ATTN:  ACCOUNTS PAYABLE, SAN MANUEL, AZ 85631

10924   FRONTIER-KEMPER CONSTRUCTORS INC, TRAINING CENTER @ #5 SHAFT, SAN MANUEL, AZ 85631

10924   FRONTIER-KEMPER CONSTRUCTORS, INC., P. O. BOX 457, CARMI, IL 62821

10924   FRONTIER-KEMPER CONSTRUCTORS, INC., P. O. BOX 6690, EVANSVILLE, IN 47719

10925   FRONTLINE DATA SOLUTIONS, 122 WEST WAY, STE.401A, LAKE JACKSON, TX 77566

10925   FRONTLINE DATA SOLUTIONS, INC, 122 WEST WAY, STE 401A, LAKE JACKSON, TX 77566

10925   FRONTLINE SAFETY & HEALTH SYSTEMS, 5543 EDMONSON PIKE, #207, NASHVILLE, TN 37211

10925   FROOK, RONDA, 24924-73RD ST, SALEM, WI 53168

10925   FROSCH INTERNATIONAL TRAVEL, ONE GREENWAY PLAZA, HOUSTON, TX 77046-0103

10925   FROST & SULLIVAN, 2525 CHARLESTON ROAD, MOUNTAIN VIEW, CA 94043

10925   FROST & SULLIVAN, INC, 106 FULTON ST, NEW YORK, NY 10038

10925   FROST & SULLIVAN, INC, 106 FULTON ST., NEW YORK, NY 10038

10924   FROST ELECTRIC M.H.-BRANCH 1, 2 COLLONSVILLE BUSINESS CTR., COLLINSVILLE, IL 62234

10924   FROST ELECTRIC M.H.-BRANCH 1, 2429 SCHUETZ ROAD, MARYLAND HEIGHTS, MO 63043

10925   FROST SR, NEAL L, 1500 LUNDY AVE, SAN JOSE, CA 95131-3313

10925   FROST, A, 2425 JONILA AVE., LAKELAND, FL 33803

10925   FROST, ALEXANDRE, 220 ELM ST #321, CLEMSON, SC 29631

10925   FROST, BETTY, PO BOX 1313, NEWPORT, OR 97365-1313

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FROST, DARYL, 808 CR. 701, CLEBEREN, TX 76031

10925   FROST, GEORGE, 40 E MAHANOY ST, MAHANOY CITY, PA 17948

10925   FROST, JOHN, PO BOX 1153, FRANKFORT, MI 49635-1153

10925   FROST, KIMBERLY, 1605 FAHR PARK CT, CREVE COEUR, MO 63146

10925   FROST, LYDA, 400 S. FLORIDA AVE, LAKELAND, FL 33801

10925   FROST, ROBERT, 2563 N 35 ST, CHICAGO, IL 60633

10925   FROST, SHAWNA, 2003 HARDY DR.#7C, AMA, TX 79106

10925   FROST, TINA, 124 SHARP RD., ATHENS, TN 37303

10925   FROST, WAYNE, 1423 JAY ST, SAINT PAUL, NE 68873-1419

10925   FROST-PITTZ, JEANINNE, 4308 POWDERHORN CT, CARMEL, IN 46033

10925   FROTTEN, LAURA, 556 MILL ST, WORCESTER, MA 01602

10925   FRP SUPPLY, PO BOX 371002M, PITTSBURGH, PA 15250

10925   FRS ASSOCIATES, INC, 9430 SUNNYFIELD COURT, POTOMAC, MD 20854

10924   FRU-CON CONSTRUCTION CORP, PO BOX 100, BALLWIN, MO 63022

10924   FRU-CON CONSTRUCTION, 15933 CLAYTON RD, BALLWIN, MO 63011

10925   FRUCTOSO SAN MIGUEL, BOX 10170, CORPUS CHRISTI, TX 78460-0170

10925   FRUEHAUF TRAILER CORP, DEPT 126, SAINT LOUIS, MO 63150-2225

10925   FRUEHAUF TRAILER CORP, PO BOX 502217K, SAINT LOUIS, MO 63150-2217

10925   FRUEHAUF TRAILER OPERATIONS -, 193 GREENVILLE BRANCH, SAINT LOUIS, MO 63150-0947

10925   FRUEHAUF TRAILER SERVICES INC, 75 REMITTANCE DR #3017, CHICAGO, IL 60675-3017

10925   FRUEHAUF TRAILER SERVICES INC, PO BOX 502220J, SAINT LOUIS, MO 63150-2220

10925   FRUEHAUF TRAILER SERVICES INC, POBOX 1457, GREER, SC 29652-1457

10925   FRUEHAUF TRAILER, DEPT 193, SAINT LOUIS, MO 63150-2217

10925   FRUGE, DANIEL, 2413 BRICKTON RD., WILMINGTON, DE 19803

10925   FRUGE, DANIEL, 2413 BRICKTON ROAD, WILMINGTON, DE 19803

10925   FRUGE, GARY, 4245 5TH AVE, J-8, LAKE CHARLES, LA 70601

10925   FRUGE, JIMMY, PO BOX 663, ARNAUDVILLE, LA 70512

10925   FRUGE, PETER, 212 MONTROSE AVE, LAFAYETTE, LA 70503-3822

10925   FRUGE, WILLIE, 1026 BOXIE ROAD, ARNAUDVILLE, LA 70512

10924   FRUIT COMPANY, 3366 STADLEMAN DR., HOOD RIVER, OR 97031

10924   FRUIT OF THE EARTH, 1430 AVE R, GRAND PRAIRIE, TX 75050

10924   FRUIT OF THE EARTH, PO BOX 152044, IRVING, TX 75015-2044

10925   FRUITARAMA INC, 2 BRADLEY ST, SOMERVILLE, MA 02145

10925   FRUITS, REGINA, 9405 E THOMPSON RD, INDIANAPOLIS, IN 46239

10924   FRUTAROM MEER (DO NOT USE), PO BOX 9006, NORTH BERGEN, NJ 07047

10924   FRUTAROM MEER CORPORATION, 9500 RAILROAD AVENUE, NORTH BERGEN, NJ 07047

10925   FRUTH, ELIZABETH, 13270 N 82ND DR., PEORIA, AZ 85381

10924   FRUTIG, TRAVIS & ZAPKA, 1142 HANNA BLDG, CLEVELAND, OH 44115-2073

10925   FRY HEALTH BENEFITS, 5600 CANAL ROAD, WOOSTER, OH 44691

10924   FRY METALS, 4100 6TH AVENUE, ALTOONA, PA 16602

10925   FRY SULLIVAN, BONNIE, PO BOX 2412, DILLON, CO 80435

10925   FRY, CRAIG, 11 CAMBRIDGE COURT, FLEETWOOD, PA 19522-1017

10925   FRY, CYNTHIA L, 411 RAVENSCROFT RD, WEST COLUMBIA SC, SC 29169

10925   FRY, GARY, 235 SOUTH MULBERRY, ALAMO, TN 38001

10925   FRY, GENA, 1272 BARCLAY, CRAIG, CO 81625

10925   FRY, JOANNE, 6420 PINE TRAIL #4, TINLEY PARK, IL 60477

10925   FRY, JOHN, 244 S. SKEENAH, FRANKLIN, NC 28734

10925   FRY, KEITH, 307 MEADOWBROOKE, CEDAR HILL, TX 75104

10925   FRY, LINDA, 4865 S. FOREST AVE., NEW BERLIN, WI 53151

10925   FRY, STANLEY, 8412 C.R. 35-7/10, ATWOOD, CO 80722

10925   FRY, STEVEN, RR1 BOX 96A, TOWER HILL, IL 62571

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | FRYAR, TROY, 5863 HAMLET ROAD, MILLINGTON, TN 38053-7410 | |
| 10925 | FRYAR, ZANE, PO BOX 75, GROUM, LA 71434 | |
| 10925 | FRYATT, RUTH, 32 WELGATE RD, W MEDFORD, MA 02155-2151 | |
| 10925 | FRYDENLUND, LIZA, 12606 HOGANS DR, CHESTER, VA 23836 | |
| 10925 | FRYDMAN, TONI, 75 CHESTNUT TERRACE, BUFFALO GROVE, IL 60089 | |
| 10924 | FRYE CONST./2000 "K" ST., 2000 "K" ST., BAKERSFIELD, CA 93312 | |
| 10924 | FRYE CONSTRUCTION, INC., 10010 ROSEDALE HWY., BAKERSFIELD, CA 93312 | |
| 10925 | FRYE, A. EVANGELINE, 295 PARK DRIVE, SHREVE, OH 44676-9507 | |
| 10925 | FRYE, DAVID, 7410 ZAWALICK RD, SOBIESKI, WI 54171 | |
| 10925 | FRYE, ELIZABETH, 205 DAVIS LANE, BELMONT, NC 28012 | |
| 10925 | FRYE, EVELYN, 413 W.13TH ST, PINEBLUFF, AR 71601 | |
| 10925 | FRYE, GLORIA, 3325 PICCADILLY CIRCLE, NACOGDOCHES, TX 75961 | |
| 10925 | FRYE, HAROLD, 8515 SE PALM ST, HOBE SOUND, FL 33455 | |
| 10925 | FRYE, JOHN, 2710 CHESTNUT ST, WILMINGTON, NC 28405-3040 | |
| 10925 | FRYE, LOIS, RT 5 BOX 432, DAYTON, TX 77535 | |
| 10925 | FRYE, REBA, PO BOX 645, CUMMING, GA 30130 | |
| 10925 | FRYE, SCOTT, 209 OLD PIEDMONT HWY, GREENVILLE, SC 29605 | |
| 10925 | FRYE, VICKI, POBOX 645, CUMMING, GA 30130 | |
| 10925 | FRYER, MARGARET, 594 GARNER DRIVE, COVINGTON, KY 41015-2323 | |
| 10925 | FRYER, PATRICIA, 5100 FOXRIDGE DR, MISSION, KS 66202 | |
| 10925 | FRYER, RONNIE, 407 EAST ALAMEDA, IOWA PARK, TX 76367 | |
| 10925 | FRYERSON, MALAYA, 511 N HAMILTON AVE, INDIANAPOLIS, IN 46205 | |
| 10925 | FRYKHOLM, R, 8261 PINE VALLEY LANE, GERMANTOWN, TN 38138 | |
| 10925 | FRYKSDALE, FRANS H, AS CUSTODIAN FOR BETH GAIL FRYKSDALE UNDER THE MAR, 1330 JACKS DR, MONTEREY, CA 93940-4907 | |
| 10925 | FRYMA INC, 40 ETHEL RD, EDISON, NJ 08817 | |
| 10925 | FRYMA, INC, 40 ETHEL ROAD, EDISON, NJ 08817 | |
| 10925 | FRYMAN, KEVIN, 6718 ANDREWS HWY SP., #G, ODESSA, TX 79762 | |
| 10925 | FRYMARK, BONNIE LEE, 5673 W UPHAM AVE, MILWAUKEE, WI 53220-4915 | |
| 10925 | FRYMOYER, BRIAN, 2214 GARFIELD AVE, WEST LAWN, PA 19609 | |
| 10925 | FRYMOYER, CLAYTON, 3508 RAYMOND ST., LAURELDALE, PA 19605 | |
| 10925 | FRYMOYER, WILLIAM, 1345 BOW MANSVILLE ROAD, MOHNTON, PA 19540 | |
| 10924 | FRY'S, SMTIH & GREEN, PHOENIX, AZ 85001 | |
| 10925 | FRYZELKA, DUANE, 150 W HIGHLAND, PHOENIX, AZ 85013 | |
| 10924 | F-S PRESTRESS LLC, P.O. BOX 15969, HATTIESBURG, MS 39404-5969 | |
| 10924 | F-S PRESTRESS LLC, PO BOX15969, HATTIESBURG, MS 39404 | |
| 10924 | F-S PRESTRESS, 190 PRESTRESS RD, PRINCETON, LA 71067 | |
| 10924 | F-S PRESTRESS, 190 PRESTRESS ROAD, PRINCETON, LA 71067 | |
| 10925 | FSCT, 492 NORRISTOWN RD., BLUE BELL, PA 19422-2350 | |
| 10924 | FSP RESEARCH CO., PO BOX 28, MILFORD, CT 06460 | |
| 10924 | FSP RESEARCH, 148 F RESEARCH DRIVE, MILFORD, CT 06460 | |
| 10924 | FT CAMPBELL DISCOM BARRICKS, 9217 ANGELS ROAD, FORT CAMPBELL, KY 42223 | |
| 10924 | FT COLLINS READY MIX,INC, 4389 E COUNTRY RD 36, FORT COLLINS, CO 80525 | |
| 10924 | FT KREPS AND SONS, 14311 BEAVER SPRINGS ROAD, NEW SPRINGFIELD, OH 44443 | |
| 10924 | FT MADISON READY MIX, 14TH AVENUE, FORT MADISON, IA 52627 | |
| 10924 | FT. COLLINS READY MIX, INC., 4389 EAST C.R. 36, FORT COLLINS, CO 80525 | |
| 10924 | FT. HAYS STATE COLLEGE, THE PHYSICAL SCIENCE BLDG., HAYS, KS 67601 | |
| 10925 | FT. LAUDERDALE CHAPTER, 5016 HEATHER HILL #1, BOCA RATON, FL 33486 | |
| 10925 | FT. LAUDERDALE POLICE, PO BOX 14066, FORT LAUDERDALE, FL 33302 | |
| 10924 | FT. LORAMIE CAST STONE, 9801 STATE ROUTE 66, FORT LORAMIE, OH 45845 | |
| 10924 | FT. LORAMIE CAST STONE, P. O. BOX 335, FORT LORAMIE, OH 45845 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | FT. LORAMIE CAST STONE, PO BOX 335, FORT LORAMIE, OH 45845 | |
| 10924 | FT. WORTH CENTRAL LIBRARY, 500 THIRD ST., FORT WORTH, TX 76104 | |
| 10925 | FTAITI, TRACY, 11415 RED FEATHER, SAN ANTONIO, TX 78245 | |
| 10925 | FTEJA, MUSTAFA, 59-16 GROVE ST, RIDGEWOOD, NY 11385 | |
| 10925 | FTI COACH LINES, 38 PROVIDENCE ROAD, LINWOOD, MA 01525 | |
| 10925 | FTP SOFTWARE, INC, PO BOX 4526, BOSTON, MA 02212-4526 | |
| 10925 | FTW ESCROW FUND, 530 WISCONSIN AVE NW #740, WASHINGTON, DC 20015 | |
| 10924 | FU SUN ENTERPRISE CO., LTD., TAIPEI, TAIWAN ROC, 4F. NO. 122 PO-AI ROAD, SAVANNAH, GA 31418 | |
| 10925 | FU, JAMES, 6416 RAVENS CREST DR. #16, PLAINSBORO, NJ 08536 | |
| 10925 | FUCCI, JAMES J, 38 MOUNTAIN ST, WOBURN, MA 01801-1229 | |
| 10924 | FUCHS AMSPICE, 9740 REISTERSTOWN ROAD, OWINGS MILLS, MD 21117 | |
| 10925 | FUCHS LUBRICANTS CO, 135 S. LASALLE ST. DEPT 1000, CHICAGO, IL 60674-1000 | |
| 10925 | FUCHS, CAROLYN, 250 HAMMOND POND PKW, CHESTNUT HILL, MA 02167 | |
| 10925 | FUCHS, LARRY, 229 FLAMINGO DR, LOUISVILLE, KY 40218 | |
| 10925 | FUCHS, MD PA, JAMES D, 125 CIRCLE WAY #101, LAKE JACKSON, TX 77566 | |
| 10925 | FUCHS, VERNON, 5322 POINCIANA, HOUSTON, TX 77092-9998 | |
| 10925 | FUCIK JT TEN, JOHN E & NAOMI B, AMERICAN EMBASSY/USAID, APO, NY 09892 | |
| 10925 | FUCO INC, 2041 TOWN EAST BLVD., MESQUITE, TX 75150 | |
| 10925 | FUDA, KATHLEEN, 14 FLETCHER ST, ROSLINDALE, MA 02131 | |
| 10925 | FUDE, MARTIN, 8831 W. LAWRENCE ST, MILWAUKEE, WI 53225 | |
| 10925 | FUDGE, RONALD, 4233 W. DERBY PLACE, MILWAUKEE, WI 53209 | |
| 10924 | FUEL FILTER TECHNOLOGY, 51201 CELESTE, SHELBY TOWNSHIP, MI 48315-2941 | |
| 10924 | FUEL, JOHN R. & SUPPLY, 36401 VAN DYKE, STERLING HEIGHTS, MI 48312 | |
| 10924 | FUENTES CONCRETE PILES, ATTN:  ACCOUNTS PAYABLE, SAN JUAN, PR 936PUERTO RICO | *VIA Deutsche Post* |
| 10924 | FUENTES CONCRETE PILES, PO BOX867, BAYAMON, PR 00621-0867PUERTO RICO | *VIA Deutsche Post* |
| 10924 | FUENTES CONCRETE PILES, SABANA SECA, TOA BAJA, PR 949PUERTO RICO | *VIA Deutsche Post* |
| 10925 | FUENTES JR, RUBEN G, 4266 ARCHDALE, CORPUS CHRISTI, TX 78416 | |
| 10925 | FUENTES, BALDEMAR, PO BOX 1515, MISSION, TX 78573 | |
| 10925 | FUENTES, DOMINGA, RT. 20 BOX 834, MISSION, TX 78572 | |
| 10925 | FUENTES, EPIFANIO, 804 DWIGHT WAY, LIVINGSTON, CA 95334 | |
| 10925 | FUENTES, FILIBERTO, 16814 W YVONNE ST, DELHI, CA 95315 | |
| 10925 | FUENTES, GUADALUPE, PO BOX 515, MISSION, TX 78572 | |
| 10925 | FUENTES, JUANITA, 7612 MARIPOSA LN., PHARR, TX 78577 | |
| 10925 | FUENTES, LUPE, 1808 E 23RD ST, MISSION, TX 78574 | |
| 10925 | FUENTES, MARTHA, 2425 BARNARD RD., BROWNSVILLE, TX 78520 | |
| 10925 | FUENTES, PHOEBE, 16 BOW ST, ARLINGTON, MA 02174 | |
| 10925 | FUENTES, PROCOPIO, RT. 5 BOX 2561, EDINBURG, TX 78539 | |
| 10925 | FUENTES, ROSEMARY, 608 N ORANGE AVE, C, MONTEREY PARK, CA 91754 | |
| 10925 | FUFARO, SANDRA, 2953 W. TALARA, TUCSON, AZ 85742 | |
| 10925 | FUGATE, CATHY, PO BOX 118, HAZARD, KY 41701 | |
| 10925 | FUGATE, DENNIS, 8517 NICOLE COURT, ELLICOTT CITY, MD 21043 | |
| 10925 | FUGRO SOUTH INC, 1205 NORTH TANCAHUA ST, CORPUS CHRISTI, TX 78401-1409 | |
| 10925 | FUGRO SOUTH, INC, 916 SAMPSON ST , SUITE E, WESTLAKE, LA 70669 | |
| 10925 | FUGRO SOUTH, INC, PO BOX 200714, HOUSTON, TX 77216-0714 | |
| 10924 | FUH TAI TRADING CO., LTD., NO. 202,SHIH SHING STREET, CHARLESTON, 29406TWN | *VIA Deutsche Post* |
| 10925 | FUHRER, WILLIAM, 629 STAMBAUGH AVE, SHARON, PA 16146 | |
| 10925 | FUHRMANN, AMOS, 76 CAMI WAY, ELKTON, MD 21921 | |
| 10925 | FUITADO, CHRISTINA, 11377 BOB MITCHELL DR, EL PASO, TX 79936 | |
| 10925 | FUJI AMERICA CORPORATION, PO BOX A3938, CHICAGO, IL 60690 | |
| 10924 | FUJI FILM/KAJIMA, 509 PUKETTS FERRY ROAD, GREENWOOD, SC 29649 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FUJIMAGARI, WENDI, 2904 E WINDMERE DR, PHOENIX, AZ 85044

10925   FUJITSU, 21516 NO EAST GLESON, GRESHAM, OR 97030

10924   FUJITSU-DANIEL BUILDING, 1900 ALBANS DRIVE, RALEIGH, NC 27609

10925   FUKA, ANNA, 106 SUGAR BOTTOM ROAD, LEESVILLE, SC 29070

10925   FUKA, HELEN, 1513 PUFFIN CT., PASADENA, MD 21122

10925   FUKA, JOSEPH, 807 CHESAPEAKE DRIVE, STEVENSVILLE, MD 21666

10925   FUKA, WILLIAM, PO BOX 1464, PASADENA, MD 21122-0000

10925   FUKES, BIANA, 8940 DAVID PLACE, DES PLAINES, IL 60016

10925   FUKUNAGA, MATAYOSHI, HERSHEY &, 841 BISHOP ST SUITE 1200, HONOLULU, HI 96813

10925   FULBRIGHT & JAWORSKI LLP, 300 CONVENT ST, SAN ANTONIO, TX 78205

10925   FULBRIGHT, JAKE, 810 S WALL BOX 582, IOWA PARK, TX 76367

10925   FULBRIGHT, MISTY, 247 CHAPARRAL WAY, EASLEY, SC 29640

10925   FULCHER, JOHN, RR 1 BOX 379T, CLEVELAND, TX 77327-9722

10925   FULCHER, R.MARIE, 12 BAY WOOD DR, PALM HARBOR, FL 34683

10925   FULCO SPECIALTY CHEMICALS INC, MARK KRAMER DIR, 935 ALLWOOD ROAD, CLIFTON, NJ 07012

10925   FULCRUM INFORMATION SERVICE INC., 150 FIFTH AVE, SUITE 200, NEW YORK, NY 10011

10925   FULCRUM TECHNOLOGIES INC, 785 CARLING AVE, OTTAWA, ON K1S 5H4CANADA     *VIA Deutsche Post*

10925   FULCRUM TECHNOLOGIES, 464 HUDSON TERRACE, ENGLEWOOD CLIFFS, NJ 07632

10925   FULD & COMPANY INC, 126 CHARLES ST, CAMBRIDGE, MA 02141-2130

10924   FULFLEX INC., PO BOX 4549, MIDDLETOWN, RI 02842

10924   FULFLEX OF VERMONT, 5 PUTNEY ROAD, BRATTLEBORO, VT 05301

10924   FULFLEX OF VIRGINIA, HWY 58 EAST, STUART, VA 24171

10924   FULFLEX SINGAPORE PTE LTD, C/O WANDO TERMINAL, 420 SHIPPING LANE, MOUNT PLEASANT, SC 29464

10924   FULFLEX, INC., 500 EAST 7TH STREET, SCOTLAND NECK, NC 27874

10924   FULFLEX, INC., PO BOX 4549, MIDDLETOWN, RI 02842

10924   FULFLEX, INC., PO BOX 4549, NEWPORT, RI 02841

10925   FULFORD, KELLY, 208 CRESHANE, 308, KANKAKEE, IL 60901

10925   FULGHUM, CATHY, 45 HAINES ST APT.B, NEWMAN, GA 30263

10925   FULGHUM, LINDA, 6110 LAKE END RD, RIVERDALE, GA 30296

10925   FULK, ROBERT, 202 COLONIAL DRIVE, WILMINGTON, NC 28403

10925   FULKERSON, GARY, 2236 HAYDEN BRIDGE RD, OWENSBORO, KY 42301

10925   FULKERSON, JAMES, 5 BERYL AVE, SENECA FALLS, NY 13148

10925   FULKERSON, SCOTT, 2280 WILSON LANE, UTICA, KY 42376

10925   FULKERSON, WILLIAM, 309 DYESS BRIDGE RD., WAYNESBORO, MS 39367

10925   FULKROD, STEPHANIE, 2139 BELLONA STA. RD, PENN YAN, NY 14527

10925   FULL COMPASS SYSTEMS LTD, 8001 TERRACE AVE, MIDDLETON, WI 53562-3194

10925   FULL LINE FASTNERS INC, PO BOX 39, COUNTRYSIDE, IL 60525

10925   FULLARD, EDWARD, RR#2, BOX 77, WILLIAMSTOWN, VT 05679

10925   FULLARD, MILDRED, BALD EAGLE COMMONS 1 RICHMOND RD, WEST MILFORD, NJ 07480

10925   FULLARD, ODONALD, 1512 NORTH 17TH ST, FORT PIERCE, FL 33450

10925   FULLBRIGHT, MARK, 288 STONEHAVEN WAY, SENECA, SC 29678

10925   FULLENWIDER, STANLEY, PO BOX 130, VERNAL, UT 84078

10924   FULLER & HENRY, ONE SEAGATE STE 1700, TOLEDO, OH 43603-2088

10924   FULLER BROS READY MIX, P.O. BOX 576, HILLSBORO, IL 62049

10924   FULLER BROTHERS READY MIX, ELM STREET, HILLSBORO, IL 62049

10925   FULLER BRUSH COMPANY (THE), 2667 RIVER SIDE AVE., SOMMERSET, MA 02726

10925   FULLER BRUSH COMPANY, 14 FULLER WAY, KANSAS CITY, MO 67530

10925   FULLER BULK HANDLING CO, PO BOX 805, BETHLEHEM, PA 18016

10925   FULLER BULK HANDLING CORP., PO BOX 8500-S6555, PHILADELPHIA, PA 19178-6555

10925   FULLER BULK HANDLING, PO BOX 8500-S6555, PHILADELPHIA, PA 19178-6555

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   FULLER CO., 120 S. RIVERSIDE PLAZA, CHICAGO, IL 60680

10925   FULLER CO., 800 E NW HWY, PALATINE, IL 60067

10925   FULLER CO., PO BOX 8500 (S-8760), PHILADELPHIA, PA 19178-8760

10925   FULLER CO./A GATX CORP., PO BOX 2040, LEHIGH VALLEY, PA 18001

10925   FULLER CONSULTING ENGINEERS, INC, 3575 RUTHERFORD RD. EXT. STE. F, TAYLORS, SC 29687

10925   FULLER ELECTRIC MOTOR SERVICE INC, WILLIAM JERRY FULLER, 6566 COMMONWEALTH AVE, JACKSONVILLE, FL 32254

10925   FULLER HOPP MCCARTHY QUIGG BYERS, 1301 EAST MOUND ROAD, PO BOX 3220, DECATUR, IL 62526

10925   FULLER KOVAKO, PO BOX 14935, BATON ROUGE, LA 70808

10925   FULLER, ALFRA, 1438 BAILEY AVE, MACON, GA 31204

10925   FULLER, ALLAN, 6 CHESTNUT ST, S HAMILTON MA, MA 01982

10925   FULLER, ANN, 9 HAMMETT STORE ROAD, LYMAN, SC 29365

10925   FULLER, BARBARA, 88 RIDDELL ROAD, EAST BRIDGEWATER, MA 02333-2306

10925   FULLER, BARRY, 10410 SAGEBURROW, HOUSTON, TX 77089

10925   FULLER, BRENDA, 4159 HALL ST, MACON, GA 31201

10925   FULLER, CAROLYN, 1139 STONEWALL JACKSON CT, NASHVILLE, TN 37220

10925   FULLER, CHARLENE, 6026 BRIDLE WOOD LN, CHARLOTTE, NC 28215

10925   FULLER, CHARLES D, 2575 COE RD, PERRY, NY 14530

10925   FULLER, CHARLES, 2575 COE RD., PERRY, NY 14530

10925   FULLER, CHRISTINE, 34 BOYLSTON LANE, LOWELL, MA 01852

10925   FULLER, CONTANCE, 306 LONG AVE, GRAHAM, NC 27253

10925   FULLER, CYNTHIA, 1821 CROWELL ROAD, EROS, LA 71238

10925   FULLER, DAVID, 9 HAMMETT STORE ROAD, LYMAN, SC 29365

10925   FULLER, DAWN, 2960 4TH AVE, MARION, IA 52302

10925   FULLER, DEAN, RT 2 BOX 276, RADFORD, VA 24141

10925   FULLER, DEBORAH, 415 ASH ST, OREGON, WI 53575

10925   FULLER, DENNIS, N3720 OLD F, RIO, WI 53960

10925   FULLER, DONALD, 1310 SHOSHONE ST, BOISE, ID 83705

10925   FULLER, E RUTH, 29081 US 19 N. LOT # 229, CLEARWATER, FL 34621

10925   FULLER, EDNA, 22 EVERETT ST, WOBURN, MA 01801-4224

10925   FULLER, FRED, 4 MAY CIRCLE, BELLA VISTA, AR 72715

10925   FULLER, GLENN, 1335 OLD FOUNTAIN RD, LAWRENCEVILLE, GA 30243

10925   FULLER, J SCOTT, 4350 BRIAR RIDGE LN, CUMMING, GA 30040

10925   FULLER, J, 324 DELLWOOD DR, EASLEY, SC 29642

10925   FULLER, JAMES, 415 ASH ST, OREGON, WI 53575

10925   FULLER, JEFFREY, 4350 BRIAR RIDGE LN, CUMMING, GA 30040

10925   FULLER, JOHN, 1611 SUNNYSIDE, WICHITA FALLS, TX 76303

10925   FULLER, JOSEPH, 54 CHESWOLD BLVD APT # 306, NEWARK, DE 19713

10925   FULLER, MARY, 406 WYANDOT WAY, MT STERLING, KY 40353

10925   FULLER, MICHELLE, 155 CASTLE, LOWELL, IN 46356

10925   FULLER, PATRICIA, 14329 WARWICK, DETROIT, MI 48223

10925   FULLER, RAYMOND, PO BOX 591, EUNICE, NM 88231

10925   FULLER, ROBERT, 2324 CHISM DR., ELKO, NV 89801

10925   FULLER, ROBERT, 625 COOPER ST, BEVERLY, NJ 08010

10925   FULLER, ROBERT, PO BOX 834, RIALTO, CA 92377-0834

10925   FULLER, ROY L, 14500 MARSH LANE 210, ADDISON TX, TX 75001

10925   FULLER, SHEILA, 3801 PARK LANE, MARTINEZ, GA 30907

10925   FULLER, SIDNEY, 34 HILL ST, LAKELAND, FL 33815

10925   FULLER, STEVEN, 2 WOODBERRY DRIVE, GREENVILLE, SC 29615-3956

10925   FULLER, STEVEN, 7 CHATEAU DR, GREENVILLE, SC 29615

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    FULLER, SUSAN, 4799 DALEY, DE FOREST, WI 53532

10925    FULLER, TAMMY, 487 E. 84TH ST, SHREVEPORT, LA 71106

10925    FULLER, TERRY, 10091 WASHINGTON BLVD, LAUREL, MD 20723

10925    FULLER, THERESA, 133 AZALEA TRAILS DR, BRANDON, MS 39042

10925    FULLER-KOVAKO CORP., 2158 AVE. C, LVIP, BETHLEHEM, PA 18017-2188

10924    FULLERTON INDUST SUPPLY, 1456 W. FULLERTON STREET, CHICAGO, IL 60614

10924    FULLERTON INDUSTRIAL SUPPLY, INC., CAMBRIDGE, MA 02140

10924    FULLERTON JOINT UNION HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, FULLERTON, CA 92634

10925    FULLERTON, C, 1631 SOUTH GARRISON, CARTHAGE, MO 64836

10925    FULLERTON, J, 2032 S MAPLE, CARTHAGE, MO 64836

10925    FULLERTON, JAMES, 1325 LARAMIE LANE, 5, JANESVILLE, WI 53546

10925    FULLERTON, ROSS, 704 #2 TREMONT, CHARLOTTE, NC 28210

10925    FULLERTON, SUSAN, 3220 BROOKSIDE RD, WILMINGTON, DE 19808

10925    FULLILOVE, TIMMY, PO BOX 216, LAROSE, LA 70373

10925    FULLINGTON, HOPE, RT. 1 BOX 6A, LAVINIA, TN 38348

10925    FULLINGTON, JOEY, 3385 SNOWFLAKE DR, MORRISTOWN, TN 37814

10925    FULLINGTON, JOHN, 9481 MADISON AVE, BREWERTON, NY 13029

10925    FULLUM, ENZA, 400 MOUNTAIN RD., UNION CITY, NJ 07087

10925    FULLWOOD, JOSHAWAY, 1381 NW 32 AVE, FT LAUDERDALE, FL 33311

10925    FULLWOOD, LATONYA, 9580 MUIRKIRK ROAD, T-1, LAUREL, MD 20708

10925    FULMER, GLENN, 11505 CROWS NEST ROAD, CLARKSVILLE, MD 21029

10925    FULMER, RICHARD, RT 6 BOX 205A, CONWAY, SC 29526

10925    FULMER, SALLY, 13656-A RED HILL, TUSTIN, CA 92680-0000

10925    FULMER, SHERRIE, 1207 HINTON ST, W MONROE, LA 71292

10925    FULMER, STEVE, 1709 TURTLE RIDGE WAY, RALEIGH, NC 27614

10925    FULMERS TOP SHOP INC, 664-A YORK ST NE, AIKEN, SC 29801

10925    FULMERS TOP SHOP, INC, 664-A YORK ST. N.E., AIKEN, SC 29801

10925    FULMOUNT INVESTMENT CO INC, 502 A JEFFERSON ST, FULTON, MO 65251-2630

10925    FULMOUNT INVESTMENT CO INC, ATTN ROY LANDRUM, 502-A JEFFERSON ST, FULTON, MO 65251-2630

10924    FULTON BANK, ORANGE STREET, LANCASTER, PA 17602

10924    FULTON CONCRETE CO INCORP, ATTN:  ACCOUNTS PAYABLE, ALPHARETTA, GA 30239

10924    FULTON CONCRETE CO., INC., 11470 N. FULTON INDUSTRIAL BLVD, ALPHARETTA, GA 30201

10924    FULTON CONCRETE CO., INC., P O BOX 534, ALPHARETTA, GA 30239

10924    FULTON CONCRETE, 3955 BUFORD HIGHWAY, DULUTH, GA 30136

10925    FULTON COUNTY CLERK OF SUPERIOR COU, 136 PRYOR ST., S.W. GROUND FL, ATLANTA, GA 30303

10925    FULTON COUNTY POLICE DEPT, 130 PEACHTREE ST, ATLANTA, GA 30303

10925    FULTON COUNTY TAX COMMISSIONER, 141 PRYOR ST SW STE 1085, ATLANTA, GA 30303-3487

10925    FULTON COUNTY TAX COMMISSIONER, PO BOX 105052, ATLANTA, GA 30348-5052

10925    FULTON COUNTY WATER & SEWER REVENUE, FUND, INDUSTRIAL MONITORING UNIT, 1030 MARIETTA HWY., ROSWELL, GA 30075

10925    FULTON COUNTY WATER & SEWER, 141 PRYOR ST , STE 7001, ATLANTA, GA 30303

10925    FULTON COUNTY WATER & SEWER, 3201 ATLANTA INDUSTRIAL PKWY, ATLANTA, GA 30331

10924    FULTON HIGH SCHOOL, 2509 BROADWAY, KNOXVILLE, TN 37917

10925    FULTON INDUSTRIAL ELEC REBUILDERS I, 7017 MABLETON PKWY, MABLETON, GA 30059

10925    FULTON INDUSTRIAL PRINTING, 4485-H FULTON INDUSTRIAL BLVD, ATLANTA, GA 30336

10925    FULTON PAPER CO, PO BOX 100225, ATLANTA, GA 30384-0225

10925    FULTON SUPPLY COMPANY, POBOX 4028, ATLANTA, GA 30302-4028

10925    FULTON, JOHN, 430 N. RENSSELAER, GRIFFITH, IN 46319

10925    FULTON, SCOTT, 76 CHANNING RD., WATERTOWN, MA 02172

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FULTON, VICKIE, PO BOX 9171, WICHITA FALLS, TX 76308

10925   FULTON, WILLIAM, 2803 ROBERTSON, ODESSA, TX 79764

10925   FULTSONCOR, 1900 N. CENTRAL EXPRESSWAY 5TH FL., DALLAS, TX 75231

10925   FULTZ, DEBORAH, 1101 W.100TH ST, KANSAS CITY, MO 64114

10925   FULTZ, JAMES, 19 AMESBURY LANDING, AMESBURY, MA 01913-4515

10925   FULWOOD, DONELL, 3920 GLENHUNT RD, BALTIMORE, MD 21229

10925   FUMAGALLI, CORINA, 2251 PIMMET DR APT # 1105, FALLS CHURCH, VA 22043

10925   FUNB AS CUSTODIAN FOR FUNDCO, 106 E CHASE ST, BALTIMORE, MD 21202

10925   FUNB CUSTODIAN FOR N.T.E., 3414 PEACHTREE RD NE SUITE 660, ATLANTA, GA 30326

10924   FUNB MORTGAGE, RALEIGH, NC 27600

10925   FUNCHES, EARLEAN, 2601 NINA CIRCLE, GRAND PRAIRIE, TX 75052

10925   FUNCK, MARILEE, 5721 TERRY ST., THE COLONY, TX 75056

10925   FUNCTIONAL COATINGS,INC, 13 MALCOLM HOYT DRIVE, NEWBURYPORT, MA 01950

10925   FUND FOR EDUCATIONAL EXCELLENCE, 800 N. CHARLES ST., STE. 250, BALTIMORE, MD 21201

10925   FUNDACION ANTONIO RESTREPO BARCO, CARRERA 7A N 73-55, FL 12, BOGOTA, COLOMBIA          *VIA Deutsche Post*

10925   FUNDAMENTALS AND APPLICATION OF, 161 CLAFLIN ST, BELMONT, MA 02178

10925   FUNDAMENTALS AND APPLICATIONS OF, 161 CLAFLIN ST, BELMONT, MA 02178

10925   FUNDERBURG, DAWN, RR3 BOX 529, ST ANNE, IL 60901

10925   FUNDERBURK, CURTIS, 2304 ROUND ROAD, BALTIMORE, MD 21225

10925   FUNDERBURK, DEBBIE, 2111 GOLFCREST DR, KANNAPOLIS, NC 28081

10925   FUNDERBURK, DENISE, 3217 PEACH ST, ALEXANDRIA, LA 71301

10925   FUNDERBURK, DONNA, 1 TOWNES COURT, SPARTANBURG, SC 29301

10925   FUNDERBURK, SHANA, 1 TOWNES CT, SPARTANBURG, SC 29301

10925   FUNDERBURK, WILLIAM, 412 WEDGEWOOD DRIVE, BOILING SPGS, SC 29316

10925   FUNDOOTS, FRANCIS, 12TH ST PO BOX 154, WEST PITTSBURG, PA 16160

10925   FUNES, MANUAL, 9465 S.W. 154TH AVE, MIAMI, FL 33195

10925   FUNK, ANDREW, 2443 BOYSENBERRY, MEMPHIS, TN 38134-5417

10925   FUNK, NANCY, 1860 SHERMAN, EVANSTON, IL 60201

10925   FUNK, SANDRA, 3610-B 54TH ST, LUBBOCK, TX 79413

10925   FUNKE JR, RUDOLPH, 41 COULT LANE, OLD LYME, CT 06371-1105

10925   FUNKHOUSER, ELMER, 10 LONGWOOD DR APT 456, WESTWOOD, MA 02090

10925   FUNKHOUSER, PHILIP, 14717 S 53RD EAST AVE, BIXBY, OK 74008

10925   FUNKHOUSER, REBECCA, 5836G CROSS CREEK CIRCLE, INDIANAPOLIS, IN 46254

10925   FUN-N-FAST TRAVEL CTR, POBOX 327, FRANCIS CREEK, WI 54214

10924   FUPRESA S A, BAIRRO CALDEIRA-INDAIATUBA, PENTEADO KM 47.6, SAO PAULO, 113330000BRAZIL          *VIA Deutsche Post*

10925   FUQUA, CARLTON, RT. 3, BOX R-69, BAKER, FL 32531

10925   FUQUA, JENNIFER, 2020 E BENNETT, SPRINGFIELD, MO 65804

10925   FUQUA, R, 4515 BAYOU BEND DRIVE, DICKINSON, TX 77539

10924   FUQUAY SCHOOL OF BUSINESS, C/O CHAMBLESS CONSTRUCTION, 2 TOWER VIEW RD., DURHAM, NC 27701

10925   FUQUAY VARINA HIGH SCHOOL, 201 BENGEL BLVD., FUQUAY VARINA, NC 27526

10924   FURCO INC., C/O BAXTER COUNTY HOSPITAL, MOUNTAIN HOME, AR 72653

10925   FUREY FILTER & PUMP INC., 12300 W.CARMEN AVE., MILWAUKEE, WI 53225

10925   FUREY, MELISSA, 155 SCHOOL LANE, MARY-D, PA 17952

10925   FUREY, MICHAEL J, 5400 BROKEN SOUND BLVD NW, #BX-5050, BOCA RATON, FL 33487

10925   FUREY, MICHAEL, 1111 DUNCAN CIR #101, PALM BCH GARDENS, FL 33418

10925   FURIA, ELIZABETH, 805 DYSON DR, WINTER SPRINGS, FL 32708

10925   FURLAN, ANDREJA, 21548 MILL CREEK, BOCA RATON, FL 33428

10925   FURLOTTE, KEVIN, 4077 MANER FOREST TR, BOYNTON BEACH, FL 33462

10925   FURLOTTE, KEVIN, 4077 MANOR FOREST TRAIL, BOYNTON BEACH, FL 33462

10925   FURLOTTE, PAUL, 620 MASTERS WAY, PALM BEACH GARDEN, FL 33418

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FURLOTTE, PAUL, 620 MASTERS WAY, PALM BEACH GARDENS, FL 33418

10925   FURLOW, EDWARD, 2939 WOODSTOCK AVE, SILVER SPRING, MD 20910

10925   FURMAN FUND, THE, 3300 POINSETT HWY, GREENVILLE, SC 29613

10925   FURMAN, DEANN, 801 BROWN RD.POBOX1167, CANYON, TX 79015

10925   FURMAN, STEVEN, 13114 ANGEL OAK DR, HUNTERSVILLE, NC 28078

10925   FURMANEK, MARY ANN, 1680 YORK AVE APT 3C, NEW YORK, NY 10128-6745

10925   FURMANITE INC, 8900 MISSISSIPPI ST, MERRILLVILLE, IN 46410

10925   FURMANITE INC, PO BOX 201511, HOUSTON, TX 77216-1511

10925   FURMINGER, MARCIA, 4407B 68TH, BRADENTON, FL 34210

10925   FURNAS ELECTRIC CO, DRENDEL SCHANLABER HORWITZ TATNALL, 520 REDWOOD DR, AURORA, IL 60507-4010

10925   FURNAS, JOHN KIDD OR DAVID BEAL, 1000 MCKEE ST, BATAVIA, IL 60510

10925   FURNESS, LYNDA, 1660 EBONY LANE, LAS CRUCES, NM 88001

10925   FURNISS, ALAN, 1065 WASHINGTON ST, CRAIG, CO 61825

10925   FURNITURE OUTLET, INC, 160 N. DELSEA DRIVE, VINELAND, NJ 08360

10925   FURNITURE SERVICES, INC, 775 WOODRUFF ROAD,SUITE A, GREENVILLE, SC 29607

10925   FURNITURE WAREHOUSE LIQUIDATORS INC, HARVEY R WILLIAMS PRESDIENT, 3344 BATTLEFIELD PKWY, FT OGLETHORPE, GA 30742-4045

10925   FURNITURE WAREHOUSE LIQUIDATORS, 3344 BATTLEFIELD PKWY, FT. OGLETHORPE, GA 30742-4045

10925   FURNIVAL MACHINERY CO., PO BOX 8500-51735, PHILADELPHIA, PA 19178-8500

10925   FURNIVAL/STATE MACHINERY CO., 2240 BETHLEHEM PIKE, HATFIELD, PA 19440

10925   FURON DIXON INDUSTRIES, 386 METACOM AVE, BRISTOL, RI 02809

10924   FURR READY MIX, ROUTE 2 BOX 663A, CHERAW, SC 29520

10924   FURR READY MIX, ROUTE 2, BOX 663A, CHERAW, SC 29520

10924   FURR READY MIX, WASTEWATER TREATMENT SITE, BENNETTSVILLE, SC 29512

10925   FURR, CYNTHIA, 3219 MASON DR., CHARLOTTE, NC 28269

10925   FURR, FORREST, PO BOX 232, STANFIELD, NC 28163-0232

10925   FURR, RICHARD, 8108 TALLEY ROAD, STANFIELD, NC 28613

10925   FURR, RICKY, PO BOX 434, STANFIELD, NC 28163

10925   FURR, ROBERT, PO BOX 7125, MYRTLE BEACH, SC 29577

10925   FURR, ROBERT, PO BOX 872, FORT MILL, SC 29716-0872

10925   FURRH, JOHN, 2600 DREUX CT, KENNESAW, GA 30152

10924   FURROW BLG MAT/PAYLESS CASHWAY, 2555 ROYAL LYTHAM, BEAVER CREEK, OH 45440

10924   FURROW BLG MAT/PAYLESS CASHWAY, 5300 DIXIE HIGHWAY RT4, FAIRFIELD, OH 45014

10924   FURROW BLG MAT/PAYLESS CASHWAY, 609 OHIO PIKE, CINCINNATI, OH 45245

10924   FURROW BLG MAT/PAYLESS CASHWAY, 7830 COMMERCE DR, FLORENCE, KY 41042

10924   FURROW BLG MAT/PAYLESS CASHWAY, 885 STATE RTE 28, MILFORD, OH 45150

10924   FURROW BLG MAT/PAYLESS CASHWAY, 9921 COLERAIN AVE., CINCINNATI, OH 45239

10924   FURROW BLG MAT/PAYLESS CASHWAY, P.O. BOX 648000, LEES SUMMIT, MO 64064-8000

10924   FURROW BUILDING MATERIALS, 5300 DIXIE HIGHWAY, FAIRFIELD, OH 45014

10924   FURROW BUILDING MATERIALS, 609 OHIO PIKE, CINCINNATI, OH 45245-0000

10924   FURROW BUILDING MATERIALS, 7830 COMMERCE DRIVE, FLORENCE, KY 41042

10924   FURROW BUILDING MATERIALS, 885 STATE ROUTE 28, MILFORD, OH 45150

10924   FURROW BUILDING MATERIALS, 9921 COLERAIN AVENUE, CINCINNATI, OH 45239

10925   FURROW, ALICIA, 3910 TANNER, MIDLAND, TX 79703

10925   FURROW, RICHARD, 6388 LOUDON AVE., ELKRIDGE, MD 21075

10925   FURROW, SR, RICHARD, 20 KELLINGTON DRIVE, PASADENA, MD 21122

10924   FURROWS BUILDING SUPPLY, 5300 DIXIE HIGHWAY, FAIRFIELD, OH 45014

10925   FURSE, THOMAS, 223 NORTH WOODLAKE DRIVE, COLUMBIA, SC 29229-8919

10925   FURST GROUP, PO BOX 641214, DETROIT, MI 48264-1214

10925   FURTADO, KEVIN, 106 KINGSTON ST, NO ANDOVER, MA 01845

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   FURTAW, PATRICIA, 3840 E. 18TH, CASPER, WY 82609

10925   FURTH LAW FIRM, THE, FREDERICK P FURTH BEN FURTH, 225 BUSH ST, 15TH FL, SAN FRANCISCO, CA 94104

10925   FURY, DEBORAH, 2901 KATHERINE ST, LA MARQUE, TX 77568

10924   FUS (STOCK), 17 CANAL STREET, PEQUABUCK, CT 06781

10924   FUS INC., 17 CANAL STREET, PEQUABUCK, CT 06781

10925   FUSANI, TERESA, 343 CANTON ST, DEPEW, NY 14043

10925   FUSCO, ADRIENNE, 500 PARKER ST, #4005, BOSTON, MA 02115

10925   FUSCO, B, 339 ROBIN RD, ENGLEWOOD, NJ 07631

10925   FUSCO, CHRISTOPHER, 18 YOUNGS ROAD, WESTWOOD, MA 02090

10925   FUSCO, LUCY, 54-36 69TH LANE, MASPETH, NY 11378-1839

10925   FUSEE, MURRAY, 11856 NEW COUNTRY LANE, COLUMBIA, MD 21044

10925   FUSELIER III, WILLIAM, 24123 HWY. 22, MAUREPAS, LA 70449

10925   FUSELIER, ALLEN, DALLAS, TX 75248

10925   FUSELIER, BRYAN, 7647 EUNICE-IOTA RD, EUNICE, LA 70535

10925   FUSELIER, DARYL W, 7797 MCCINDY ST., LAKE CHARLES, LA 70605

10925   FUSELIER, DARYL, 7797 MCCINDY ST, LAKE CHARLES, LA 70607

10925   FUSICH, REBECCA, 5408 W. ORCHID LN., GLENDALE, AZ 85302

10925   FUSILIER, MARCUS, 20939 PARTHENIA, 206, CANOGA PARK, CA 91304

10925   FUSILIER, MELANIE, RT.2 BOX 497, VILLEPLATTE, LA 70586

10925   FUSION CERAMICS, 160 SCIO ROAD, CARROLLTON, OH 44615

10924   FUSION COATING, 932 W. PENN AVENUE, ROBESONIA, PA 19551

10924   FUSION COATING, PO BOX 224, ROBESONIA, PA 19551

10925   FUSION UV CURING SYSTEMS, PO BOX 630976, BALTIMORE, MD 21263-0976

10925   FUSION UV SYSTEMS, INC, 910 CLOPPER ROAD, GAITHERSBURG, MD 20878-1357

10925   FUSON, BOYD, 4195 LILLIAN ST., PALMYRA, IN 47164

10925   FUSS, DANIEL J, 90 SUNSET DRIVE, SALEM, NJ 08079

10925   FUSSELL, STEPHANIE, 6918 DIGBY ROAD, BALTIMORE, MD 21207

10925   FUTCH, DALE, 5341 HIGHWAY 135, MANGHAM, LA 71259

10925   FUTCH, HARRY, 1415 M.L. KING BLVD., BARTOW, FL 33830

10925   FUTURA COMPANIES, LTD, 795 GLENDALE RD, SCOTTDALE, GA 30079

10925   FUTURE ENTERPRISES, INC, PO BOX 17655, BALTIMORE, MD 21297-1655

10925   FUTURE ENVIRONMENTAL INC, 19215 SOUTH 85TH COURT, MOKENA, IL 60048

10924   FUTURE FASTENING SYSTEMS ,INC, 8 DANAE COURT, HOLMDEL, NJ 07733

10924   FUTURE FASTENING SYSTEMS ,INC, PO BOX  428, MIDDLETOWN, NJ 07748

10925   FUTURE FOAM INC, LYNN KNUDTSON, PO BOX 1017, OMAHA, NE 68101

10925   FUTURE FOAM INC, QUARLES & BRADY GEORGE MAREK, 411 EAST WI AVE, MILWAUKEE, WI 53202

10925   FUTURE FOAM INC, QUARLES & BRADY JANE F CLOKEY, PO BOX 2113, MADISON, WI 53701-2113

10925   FUTURE PETROLEUM, 170 NORTH 400 EAST, SAINT GEORGE, UT 84770

10925   FUTURION ASSOCIATES, INC, 333 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ 07632-2705

10925   FW HAXEL COMPANY, INC, 200-202 N. PEARL ST., BALTIMORE, MD 21201

10924   FX NEUMANN & SONS INC, BOX 576, STREATOR, IL 61364

10925   FY2000 NERCSI, 5253 CREMONA TRAIL, CLAY, NY 13041

10925   FYFE, ALICE, 64 MACKAY PL., BROOKLYN, NY 11209-1109

10925   FYFE, PETER DYCKMAN, 702 MCMATH ST, LEXINGTON, VA 24450-1824

10925   FYI IMAGE -SSG, 2100 PARK CENTRAL BLVD, POMPANO BEACH, FL 33064

10925   FYI IMAGE, 300 PRINCE GEORGES BLVD., UPPER MARLBORO, MD 20774

10925   FYKES, GLIDEWELL, 1202 SWALLOW LANE, GARLAND, TX 75042-8033

10925   FYLE, PAUL, 1325 SKOWHEGAN, LAKELAND, FL 33805-3966

10925   FYLER, SR, STEPHEN, 60 BEAN ROAD, FREEMONT, NH 03044

10925   FYLER, STEPHEN J, 60 BEAN ROAD, FREMONT, NH 03044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   FYRE FYTER CO., 728 W. MCANDREWS, MEDFORD, OR 87501

10925   G & B BINDERY SERVICES, 125 MAIN ST SUITE J, STONEHAM, MA 02180

10924   G & B REDI-MIX, 6701 EAST FLAMINGO AVE, NAMPA, ID 83687

10924   G & B REDI-MIX, 6701 EAST FLAMINGO AVENUE, NAMPA, ID 83687

10925   G & D TANK AND TRAILER INC, 55 STEELES AVE., MILTON, ON L9T 1X9CANADA     *VIA Deutsche Post*

10925   G & E INSTRUMENTS, 3923 W. 83RD ST, CHICAGO, IL 60652

10924   G & H READY MIX, 1500 BASHI ROAD, THOMASVILLE, AL 36784

10924   G & H READY MIX, 510 MURPHY BLVD, JOPLIN, MO 64801

10924   G & H REDI MIX, 1101 W. INDUSTRIAL DRIVE, NEOSHO, MO 64850

10924   G & H REDI MIX, 16 S E LANE, LAMAR, MO 64759

10924   G & H REDI MIX, 510 MURPHY BLVD, JOPLIN, MO 64801

10924   G & H REDI MIX, CARTHAGE, MO 64836

10924   G & H REDI MIX, HWY 60 WEST, MONETT, MO 65708

10924   G & H REDI MIX, PO BOX971, JOPLIN, MO 64802

10924   G & K ENTERPRISES, ATTN: ACCOUNTS PAYABLE, WILMINGTON, NC 28406

10925   G & K SERVICES (SO CHICAGO), 8201 SOUTH CORK AVE, JUSTICE, IL 60458-0000

10925   G & K SERVICES TEXTILE LEASING SYS, 6030 LAGRANGE BLVD., ATLANTA, GA 30336-0000

10925   G & K SERVICES, 1625 HERAEUS BLVD., BUFORD, GA 30518

10925   G & K SERVICES, 2402 WALKUP AVE., MONROE, NC 28110

10925   G & K SERVICES, 3050 SW 42 ST, FORT LAUDERDALE, FL 33312

10925   G & K SERVICES, 3050 SW 42 ST, FT LAUDERDALE, FL 33312

10925   G & M MOVING AND STORAGE INC, 11310 ROCKFIELD COURT, CINCINNATI, OH 45241

10924   G & M TERRAZZO, 1760 N W 22ND COURT, POMPANO BEACH, FL 33069

10924   G & M TERRAZZO, 1760 N.W. 22ND CT., POMPANO BEACH, FL 33069

10924   G & M TERRAZZO, 1760 NW 22 CT, POMPANO BEACH, FL 33069

10924   G & O MANUFACTURING COMPANY, 100 GANDO DRIVE, NEW HAVEN, CT 06513

10924   G & O MANUFACTURING COMPANY, 138 WINCHESTER STREET, NEW HAVEN, CT 06512

10924   G & O MANUFACTURING COMPANY, 1420 RIDGEWAY STREET, JACKSON, MS 39213

10924   G & O MANUFACTURING COMPANY, PO BOX1204, NEW HAVEN, CT 06505

10925   G & O THERMAL SUPPLY CO., 7533 W. 99TH PLACE, BRIDGEVIEW, IL 60455

10924   G & P CONCRETE, 1115 S. OLD AIRPORT ROAD, PONTIAC, IL 61764

10924   G & P REDI-MIX, DAYTON, TX 77535

10924   G & P REDI-MIX, P.O. BOX 31660, AMARILLO, TX 79120

10924   G & P REDI-MIX, PANTEX PLANT, AMARILLO, TX 79120

10924   G & P REDI-MIX, PO BOX 31660, AMARILLO, TX 79120

10925   G & P SERVICE CONTRACTORS INC, 27 HORACE ST, SOMERVILLE, MA 02143

10924   G & S FASTENING SYSTEMS, 212 QUARRY STREET, WHITEHALL, PA 18052

10925   G & T ENTERPRISES, PO BOX 1194, HARVEY, IL 60426

10924   G & W MASONRY SUPPLY, 3233 NO. DODGE BLVD., TUCSON, AZ 85716

10925   G A HAJEK, 6S 131 PARKMEADOW DR, NAPERVILLE, IL 60540

10924   G A MASONARY CORP, 7014 HUGHS AVE, CRESTWOOD, KY 40014

10925   G B MANN TR UA JUN 06 79, G B & ELIZABETH GAINES MANN, REVOCABLE TRUST, 10007 LAKE GARDENS DR, DALLAS, TX 75218-2903

10925   G C LIMITED PARTNERS I, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   G C MANAGEMENT, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   G CARL KAYSER, 656 GROVE ST, UPPER MONTCLAIR, NJ 07043-2019

10925   G CONRAD HARDIE,JR, 2210 DADE ROAD, FT.PIERCE, FL 34982-6512

10924   G D JOHNSON LTD, 542 PLINQUET STREET, WINNIPEG, MB R2J 0G1TORONTO     *VIA Deutsche Post*

10925   G D JOHNSON, 542 PINQUET ST, WINNIPEG MANITOBA, MB R2J 2W6CANADA     *VIA Deutsche Post*

10925   G DARLENE TUCKER, 6540 WEST 79TH ST, BURBANK, IL 60459-1151

10925   G DAVID STEWART, HWY 221, ENOREE, SC 29335

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | G E CAPITAL C/O WILKIN, 540 W. NORTHWEST HWY, BARRINGTON, IL 60010 | |
| 10925 | G E CAPITAL, POBOX 31001-0270, PASADENA, CA 91110-0270 | |
| 10925 | G E FANUC AUTOMATION N A INC, PO BOX 8106, FORT MYERS, FL 33905 | |
| 10925 | G E FANUC AUTOMATION N A, ROUTE 29 NORTH & ROUTE 606, CHARLOTTESVILLE, VA 22901 | |
| 10924 | G E GAS TURBANS   PAINT BOOTH, 300 GARLINGTON ROAD, GREENVILLE, SC 29607 | |
| 10924 | G E GODING & SON, BOX 46, WOODLAND, ME 04694 | |
| 10924 | G E GODING & SON, LINCOLN, ME 04457 | |
| 10924 | G E GODING & SON, R R #1, BOX 395, LINCOLN, ME 04457 | |
| 10924 | G E GODING & SON, R.R.#1, BOX 395, LINCOLN, ME 04457 | |
| 10924 | G E GODING & SON, ROUTE 157, MILLINOCKET, ME 04462 | |
| 10924 | G E GODING & SON, RTE 1, MACHIAS, ME 04654 | |
| 10924 | G E SUPPLY, 4840 BROOKSIDE COURT NO. 102, NORFOLK, VA 23502-2052 | |
| 10924 | G FINLAND 719, FINLAND, AK 99999 | |
| 10924 | G JAPAN 768, CAMBRIDGE, MA 02140 | |
| 10925 | G K CLAYTON, 47 DUNSTER RD, BEDFORD, MA 01730-1700 | |
| 10924 | G L S CHEMICALS, 6202 EXECUTIVE DR, DAYTON, OH 45400 | |
| 10924 | G L S OF INDIANA, 64323 US 33 EAST, GOSHEN, IN 46526 | |
| 10925 | G MICALLEF, 9 ALDERBURY RD, SLOUGH BERKSHIRE, LANGLEY, SL3 8DQUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | G N T DIVERSIFIED LLC, 9608 W EL CAMINITO DR, PEORIA, AZ 85345 | |
| 10925 | G NEIL COMPANIES, PO BOX 31038, TAMPA, FL 33631-3038 | |
| 10925 | G NEIL COMPANIES, PO BOX 451179, SUNRISE, FL 33345-1179 | |
| 10925 | G NEIL COMPANIES, POBOX 31038, TAMPA, FL 33631-3038 | |
| 10924 | G NTER SALEWSKI, SCHULSTRASSE 5, EICH, 67575GERMANY | *VIA Deutsche Post* |
| 10925 | G O D INC, PO BOX 100, KEARNY, NJ 07032 | |
| 10925 | G P M, 100 GATEWAY DR, MACON, GA 31210 | |
| 10925 | G PHILIP METZGER, 67 HOPPER AVE, POMPTON PLAINS, NJ 07444-1242 | |
| 10925 | G R PEARCE, 13734 E OAK CREST DR, CERRITOS, CA 90703-1451 | |
| 10925 | G RONALD ALBRIGHT &, BONITA L ALBRIGHT JT TEN, 877 OXFORD ROAD, NEW OXFORD, PA 17350-8805 | |
| 10924 | G S ROBINS & CO, 101 LOMBARD STREET, SAINT LOUIS, MO 63102 | |
| 10924 | G S ROBINS & CO, 3000 ELLINGTON ROAD, QUINCY, IL 62305 | |
| 10924 | G S ROBINS & CO, PO BOX 3063, QUINCY, IL 62305 | |
| 10924 | G S ROBINS & CO, PO BOX 480, SAINT LOUIS, MO 63166 | |
| 10925 | G TERRY HARRIS, 2162 FARM WAY, MIDDLEBURG, FL 32068-6774 | |
| 10925 | G V MOORE LUMBER, 22 WEST MAIN ST, AYER, MA 01432 | |
| 10924 | G W INTERNATIONAL, 3595 E. WAWONA AVENUE, FRESNO, CA 93725 | |
| 10924 | G W INTERNATIONAL, 5724 N.W. FRONT AVENUE, PORTLAND, OR 97210 | |
| 10924 | G W INTERNATIONAL, 808 S W AVENUE, PORTLAND, OR 97205 | |
| 10924 | G W INTERNATIONAL, 808 SW 15TH AVENUE, PORTLAND, OR 97207 | |
| 10925 | G W LISK CO INC, 2 SOUTH ST, CLIFTON SPRINGS, NY 14432 | |
| 10925 | G WARREN BASLEY, PO BOX 368, STONY POINT, NY 10980-0368 | |
| 10924 | G&G OFFICE BLDG, 500 CORPORATE CENTER DRIVE, SCOTT DEPOT, WV 25560 | |
| 10925 | G&K SERVICES (SOUTH CHICAGO), 8201 SOUTH CORK AVE, JUSTICE, IL 60458-0000 | |
| 10925 | G&K SERVICES TEXTILE LEASING SYSTEM, 14720 NW 24TH COURT, OPALOCKA, FL 33054 | |
| 10925 | G&K SERVICES TEXTILE LEASING SYSTEM, 6030 LAGRANGE BLVD., ATLANTA, GA 30336-0000 | |
| 10925 | G&K SERVICES, 1825 OLD SAVANNAH RD., AUGUSTA, GA 30901 | |
| 10925 | G&K SERVICES, PO BOX 830, OPA-LOCKA, FL 33054 | |
| 10925 | G&O THERMAL SUPPLY COMPANY, 5435 NORTHWEST HWY., CHICAGO, IL 60630-1132 | |
| 10925 | G&P TRUCKING CO INC, PO BOX 651427, CHARLOTTE, NC 28264-1427 | |
| 10925 | G&P TRUCKING CO INC, PO BOX 651427, CHARLOTTE, NC 28265-1427 | |
| 10924 | G&R PATRICK, INC., 508 WEST WALNUT ST., NOCONA, TX 76255 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | G&S EMBROIDERY, ANDALUCIA 527 SUITE 98, RIO PIEDRAS, PR 00920PUERTO RICO | *VIA Deutsche Post* |
| 10924 | G&S POOLS & MORE, 4420 SOUTH DIXIE HWY., MIDDLETOWN, OH 45044 | |
| 10924 | G&W MASONRY SUPPLIES, 3233 N. DODGE BLVD, TUCSON, AZ 85716 | |
| 10924 | G&W MASONRY SUPPLIES, 3233 N. DODGE BLVD., TUCSON, AZ 85716 | |
| 10925 | G. A. HAJEK CONSULTING SERVICES, 6S. 131 PARKMEADOW DRIVE, NAPERVILLE, IL 60540 | |
| 10924 | G. D. SEARLE, 3901 SEARLE PKWY., SKOKIE, IL 60077 | |
| 10924 | G. D. SEARLE, PO BOX 1047, SKOKIE, IL 60077 | |
| 10925 | G. F. MORIN, 8667 CHERRY LANE, LAUREL, MD 20707 | |
| 10925 | G. FINKENBEINER INC., 33 RUMFORD AVE, WALTHAM, MA 02453 | |
| 10925 | G. J. TOBOROWSKI, 6050 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | G. NEIL COMPANIES, PO BOX 31038, TAMPA, FL 33631-3038 | |
| 10925 | G. NEIL COMPANIES, PO BOX 451179, SUNRISE, FL 33345-0939 | |
| 10924 | G. PROULX BUILDING MATERIALS, 3275 S.W. 42ND STREET, FORT LAUDERDALE, FL 33312 | |
| 10924 | G. PROULX INC., 3275 SW 42ND ST., FORT LAUDERDALE, FL 33312 | |
| 10925 | G. S. CLAYTON, CONWAY HOUSE PATTENDEN LANE, MARDEN (NR TONBRIDGE), TN129QJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | G. W. BERKHEIMER & CO. INC., 2310 W. 35TH AVE., GARY, IN 46408 | |
| 10924 | G. W. KILLEBREW CO., DRYWALL/PLASTERING & ACCES., HONOLULU, HI 96819 | |
| 10924 | G. W. KILLEBREW, C/O HAWAII CARGO, LOS ANGELES, CA 90023 | |
| 10925 | G.B. HOULISTON CO., PO BOX 6538, CINCINNATI, OH 45206 | |
| 10924 | G.B. REDI-MIX, INC., 2971 ROUTE 9, FISHKILL, NY 12524 | |
| 10924 | G.B. SUPPLY  MCCARRON, MCCARRON AIRPORT, LAS VEGAS, NV 89101 | |
| 10924 | G.B. SUPPLY, 2420 LOSEE RD., NORTH LAS VEGAS, NV 89030 | |
| 10924 | G.B. SUPPLY, INC., **DO NOT USE**, CAMBRIDGE, MA 02140 | |
| 10924 | G.B.SUPPLY CO, 2420 LOSEE RD, NORTH LAS VEGAS, NV 89030 | |
| 10924 | G.BROTHERS/HARVEY MUDD COLLEGE, WESTSIDE BLDG. MATERIALS, CLAREMONT, CA 91711 | |
| 10924 | G.C. BROACH CO., 7667 EAST 46TH PLACE, TULSA, OK 74145 | |
| 10925 | G.C.I. INC., PO BOX 94639, CLEVELAND, OH 44101-4639 | |
| 10925 | G.C.I., PO BOX 3749, BATON ROUGE, LA 70821 | |
| 10924 | G.C.I.I., GULF COAST INSULATION, 8280 WEST BAY ROAD, BAYTOWN, TX 77520 | |
| 10924 | G.D.N. SCRIBBLER, 124 HUDSON STREET, NEW YORK, NY 10001 | |
| 10924 | G.E. ERICSSON BUILDING PHASE III, 7001 DEVELOPMENT DRIVE, DURHAM, NC 27701 | |
| 10925 | G.E. PLASTICS, PO BOX 1868, PARKERSBURG, WV 26102-1868 | |
| 10924 | G.E. REUTER-STOKES, 8941 DUTTON DRIVE, TWINSBURG, OH 44087 | |
| 10924 | G.E. SIMPSON PLASTERING CO., 4905 POWELL AVENUE, BIRMINGHAM, AL 35222 | |
| 10924 | G.E. SUPPLY, 355 N. BEACH ST., FORT WORTH, TX 76111 | |
| 10924 | G.E. SUPPORT SERVICES, 1299 FOREST GROVE ROAD, VINELAND, NJ 08360 | |
| 10924 | G.E. SUPPORT SERVICES, 14000 HORIZON WAY, MOUNT LAUREL, NJ 08054 | |
| 10924 | G.F.S. CHEMICAL CO., 800 MCKINLEY AVENUE, COLUMBUS, OH 43223 | |
| 10924 | G.F.S. CHEMICAL CO., 800 MCKINLEY AVEUE, COLUMBUS, OH 43223 | |
| 10924 | G.F.S. CHEMICAL CO., PO BOX 245, POWELL, OH 43065 | |
| 10924 | G.H.Q. BAHRAIN DEFENCE FORCE, PO BOX245, STATE OF BAHRAIN, BHR | *VIA Deutsche Post* |
| 10924 | G.J. SULLIVAN CO., P. O. BOX 55012, LOS ANGELES, CA 90055 | |
| 10925 | G.J. TEITMAN, 10139 HILLINGTON CT., VIENNA, VA 22182-2909 | |
| 10924 | G.K. BUILDING SUPPLY CORP., 115 OAK STREET, PORT CHESTER, NY 10573 | |
| 10924 | G.K. BUILDING SUPPLY CORP., 153 HIGHLAND STREET, PORT CHESTER, NY 10573 | |
| 10925 | G.K. CLAYTON, 47 DUNSTER RD., BEDFORD, MA 01730-1700 | |
| 10924 | G.L MCNEILL, INC., 1408 RIVER FALLS ST., ANDALUSIA, AL 36420 | |
| 10924 | G.L. BENDER ELECTRIC, 1595 CHAMPAGNE DR. S, SAGINAW, MI 48604 | |
| 10924 | G.L. BENDER ELECTRIC, 1595 CHAMPAGNE DR. S., SAGINAW, MI 48604 | |
| 10924 | G.L. MCNEILL INC, 1408 RIVER FALLS ST, ANDALUSIA, AL 36420 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   G.L. MCNEILL, INC., 1408 RIVER FALLS RD, ANDALUSIA, AL 36420

10925   G.L. SCHERI ELEC. CO., 4141 SHOOTING PARK RD., PERU, IL 61354

10924   G.L.C., P O BOX 687, COLUMBUS, NE 68601

10924   G.L.C., PO BOX 687, COLUMBUS, NE 68601

10924   G.M. TECH CENTER/ MID LUX BUILDING, CORNER OF VAN DYKE & 12 MILE ROAD, NOVI, MI 48376

10925   G.NEIL CO, 720 INTERNATIONAL PKY, SUNRISE, FL 33325

10925   G.NEIL COMPANIES, PO BOX 450939, SUNRISE, FL 33345-0939

10925   G.O.D. INC., PO BOX 100, KEARNY, NJ 07032

10925   G.R. OSHEA COMPANY, 650 E. DEVON AVE., ITASCA, IL 60143

10924   G.S.A. BUILDING, 210 TUCKER, SAINT LOUIS, MO 63102

10924   G.S.A.S.I. - GENAROM DIVISION, 223 PROGRESS ROAD, SPRINGFIELD, KY 40069

10924   G.S.A.S.I. - GENAROM DIVISION, 561 JERSEY AVENUE, NEW BRUNSWICK, NJ 08901

10925   G.V. BISMARCK, PLACE ST-FRANCOIS 16, LAUSANNE, 01002SWITZERLAND     *VIA Deutsche Post*

10924   G.V.F. INDUSTRIES, C/O HOME ACRES, MARNE, MI 49435

10924   G.W. KILLEBREW CO., HILO, HI 96720

10924   G.W. KILLEBREW CO., INC., 2276 PAHOUNUI DR., HONOLULU, HI 96819

10924   G.W. KILLEBREW, 2276 PAHOUNUI DR., HONOLULU, HI 96819

10924   G.W. KILLIBREW, 1400 DATE ST., MONTEBELLO, CA 90640

10924   G.W. KILLIBREW, LOS ANGELES, CA 90001

10925   G.W. SUPPLY, PO BOX 8265, CHATTANOOGA, TN 37414-0265

10924   G/P GYPSUM CORPORATION, 1101 SO. FRONT ST., CAMDEN, NJ 08103

10924   G/P GYPSUM CORPORATION, 1240 ALEXANDER AVE, TACOMA, WA 98421

10924   G/P GYPSUM CORPORATION, 1401 WATER ST, LONG BEACH, CA 90802

10924   G/P GYPSUM CORPORATION, 2228 BUTTERWORTH ROAD, GRAND RAPIDS, MI 49544

10924   G/P GYPSUM CORPORATION, 801 MINAKER DR, ANTIOCH, CA 94509

10924   G/P GYPSUM CORPORATION, PO BOX 1526, SAVANNAH, GA 31402

10925   G/P GYSUM CORP, 1240 ALEXANDER AVE, TACOMA, WA 98421

10924   GA DEPT OF TRANSPORTATION, PO BOX 101612, ATLANTA, GA 30392

10924   GA PACIFIC RESINS, CROSS GATE ROAD, SAVANNAH, GA 31407

10924   GA PACIFIC RESINS, PO BOX 4188, SAVANNAH, GA 31407

10925   GA SOUTHERN & FL RAILWAY CO, A GAYLE JORDAN, 3 COMMERCIAL PLACE, NORFOLK, VA 23510-2191

10924   GA. STATE FARMER MARKET, C/O FOAMCO, INC., 16 FOREST PARKWAY, FOREST PARK, GA 30050

10924   GA. STATE FARMERS MARKET, GENERAL PRODUCE BLDG. M, 16 FOREST PARKWAY, FOREST PARK, GA 30050

10924   GA. STATE UNIV.-GILBERT HEALTH, CHAMBLESS FIREPROOFING, ATHENS, GA 30605

10924   GA.STATE FARMERS MARKET, QUITMAN HWY, MOULTRIE, GA 31768

10925   GAAL, STACEY A, 2427 CENTER DR, PARMA, OH 44134

10925   GABA, JAMES, 1718 NORTH 17TH ST, ALLENTOWN, PA 18104

10925   GABALDON, J, 91 14 182 ST, HOLLIS, NY 11423

10925   GABBERT, INA M, 213 LONGFELLOW DR., OWENSBORO, KY 42301-7225

10925   GABBERT, SHELBY, 213 LONGFELLOW DRIVE, OWENSBORO, KY 42301-7225

10925   GABEAU, DAVID, 34 MANET RD., NEWTON, MA 02467

10925   GABLE, CONNIE, 1870 LEE RD, OPELIKA, AL 36801

10925   GABLE, CRAIG, 506 NANCY ST, CHARLESTON, WV 25311

10925   GABLE, GEORGE, 190 14TH AVE SW, CEDAR RAPIDS, IA 52405

10925   GABLER, NICOLETTE, 3598 HARRIS AVE NW, CANTON, OH 44708

10925   GABLINSKE, JOHN, 40 DIVISION ST, BRISTOL, RI 02809

10924   GABOR TRUCK LINES, PO BOX 687, ADA, MN 56510

10925   GABOR, JR, BERNARD, 690 CAMP BAKER ROAD, LEESVILLE, LA 71446

10925   GABRIC, JOHN, 514 MAIN BOX 636, LAHOMA, OK 73754

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GABRIEL ELECTRONICS, LIBBY ROAD, SCARBOROUGH, ME 04070

10925   GABRIEL ENVIRONMENTAL SERVICES, 1421 N. ELSTON AVE., CHICAGO, IL 60622

10925   GABRIEL ENVIRONMENTAL SERVICES, 1421 NORTH ELSTON AVE, CHICAGO, IL 60622

10925   GABRIEL P ACCARDI &, ELIZABETH M ACCARDI JT TEN, 23 MARRIGAN ST, ARLINGTON, MA 02174-3812

10925   GABRIEL, DEBORAH, 2809 S TOWER DRIVE, MCHENRY, IL 60050

10925   GABRIEL, GEORGE, 3414 LETHBRIDGE, PEARLAND, TX 77581

10925   GABRIEL, GERALD, 1300 RIDGEFIELD AVE., 603, THIBODAUX, LA 70301

10925   GABRIEL, JEAN, 2101 BEDFORD AVE, BROOKLYN, NY 11226

10925   GABRIEL, JOHN, PO BOX 605, MT. VIEW, WY 82939

10925   GABRIELE EMAN & EVELYN, EMAN DELMAR TR UA JAN 27 97, GABRIELE EMAN LIVING TRUST, 4501 CONCORD LANE APT 523, NORTHBROOK, IL 60062-7169

10925   GABRIELE JT TEN, ANTHONY & ROSE, 153 EAST CHERRY ST, FLORAL PARK, NY 11001-3645

10925   GABRIELE MACARONI CO, 17651 RAILROAD ST, CITY OF IND, CA 91748-1110

10925   GABRIELLA TOENEBOEHN, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925   GABRIELSEN, MARY, 295 SIDNEY ST, CAMBRIDGE, MA 02139

10925   GABRIS, PATRICIA, 132 WILCOX DRIVE, BARTLETT, IL 60103-4678

10925   GAC CHEMICAL CORP, 1630 TIMBERWOLF DR, HOLLAND, OH 43528

10925   GAC CHEMICAL CORPORATION, PO BOX 711295, CINCINNATI, OH 45271-1295

10925   GACHES, WILLIAM, PO BOX 957, FLORA VISTA, NM 87415

10925   GACHETTE, JAMES, 10 LENTZ, IRVINGTON, NJ 07111

10925   GACHIGNARD, RAYMOND, 16 BUCHANAN ROAD, SALEM, MA 01970

10925   GACKENBACH, EVELYN, 438 PARK DRIVE, WOOSTER, OH 44691

10924   GACO WESTERN INC, P.O.BOX 88698, SEATTLE, WA 98138

10924   GACO WESTERN, CAMBRIDGE, MA 02140

10924   GACO WESTERN, INC., 521 BIDDLE STREET, WAUKESHA, WI 53187

10924   GACO WESTERN, INC., PO BOX 646, WAUKESHA, WI 53187-0646

10925   GAD, EMAN, 8240 OWENSMOUTH, 20, CANOGA PARK, CA 91304

10925   GADBOIS, ERNEST, 100 MOORE ST, LOWELL, MA 01852

10925   GADDIS, ANDREA, 3801 N 7TH AVE, PHOENIX, AZ 85013

10925   GADDIS, CECILIA, 168 GAZANIA COURT, THOUSAND OAKS, CA 91360

10925   GADDIS, DON, 19623 SWEETGUM FOREST DRIVE, HUMBLE, TX 77346

10925   GADDY, EVA M, RT 2 BOX 723 H, NEWBERRY FL, FL 32669

10925   GADDY, MELVIN, PO BOX 69, SENOIA, GA 30276

10925   GADDY, PAMELA, 2134 E. ORLEANS ST, BALTIMORE, MD 21231

10925   GADO, JAMES, 2 SIMON HAPGOOD LANE, CONCORD, MA 01742

10925   GADO, JAMES, 2 SIMON HAPGOOD LN, CONCORD, MA 01742

10924   GADSDEN REGIONS HOSPITAL, CUSTOMER PICK-UP, GADSDEN, AL 35901

10925   GADSDEN, ALTON, 205 16TH ST NE #8 #205, WASHINGTON, DC 20002

10925   GADSEN, FANNIE, 13 GORDON ST, CHARLESTON, SC 29403-3614

10925   GADSON III, NED, PO BOX 3312, ROXBORO, NC 27573

10925   GADZIK, DAVID, 542 WHITTEMORE RD, MIDDLEBURY, CT 06762

10925   GAER, WARREN, 1100 BROOKRIDGE CIRCLE, 1H, ATLANTIC, IA 50022

10925   GAETANO BALLIRANO, 1600 EMMETT DR, JOHNSTOWN, PA 15905-1930

10925   GAETANO F GAROFALO, 68 LIND ST, QUINCY, MA 02169-3950

10925   GAETE, OBSIDIANA OLMOS, 2 NORTE 17 DEPTO 32, EDIFICIO FONTANA, VINA DEL MAR, CHILE     *VIA Deutsche Post*

10925   GAF CORPORATION, C/O DANA JOHNSON, PRENTICE HALL CORP. SYSTEMS, 84 STATE ST, BOSTON, MA 02109

10924   GAF CORPORATION, PO BOX 37, CALVERT CITY, KY 42029

10924   GAF CORPORATION, RT. 95 INDUSTRIAL AREA, CALVERT CITY, KY 42029

10924   GAF, HWY 146, TEXAS CITY, TX 77590

10924   GAF, PO BOX 2141, TEXAS CITY, TX 77590

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GAFF, JAMES, 2631 MCDONALD TERR, MT DORA, FL 32757

10925   GAFF, JAMES, PO BOX 759, ZELLWOOD, FL 32798

10925   GAFFEY INC, PO BOX 21338, TULSA, OK 74121

10925   GAFFEY INCORPORATED, 5060 N ROYAL ATLANTA DR, TUCKER, GA 30084

10925   GAFFEY, ELIZABETH, 45 YERXA ROAD, ARLINGTON, MA 02474

10925   GAFFEY, ROBERT, 138 RICHVIEW AVE, NO ADAMS, MA 01247-3721

10925   GAFFKE, JEROME, 2224 W. WISCONSIN AVE, 207, MILWAUKEE, WI 53233

10925   GAFFKE, JOHN, 21 HOLBROOK DR, NASHUA, NH 03062

10925   GAFFKE, JOHN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   GAFFKE, WINNIFRED, 210 BROOK VILLAGE RD #46, NASHUA, NH 03062

10924   GAFFNEY HIGH SCHOOL, MITCHELL CONST., 147 TWIN LAKE RD, GAFFNEY, SC 29341

10925   GAFFNEY, DAVID, 1R RINDGE RD, DERRY, NH 03038-4375

10925   GAFFNEY, HENRY, 18 AMES ST, SHARON, MA 02067-2019

10925   GAFFNEY, STEPHEN, 67 CHESTNUT ST, SHARON, MA 02067

10924   GAFFNEY-KROESE ELECTRICAL SUPPLY, 1697 ELIZABETH AVE, RAHWAY, NJ 07065

10924   GAGE BEHUNIN CO, 1901 LEROY DR. B, NORTHGLENN, CO 80233

10924   GAGE BROTHERS CONCRETE MATERIALS, 601 9TH AVE.SW, ABERDEEN, SD 57401

10924   GAGE BROTHERS CONCRETE PRODUCTS INC, 4301 W 12TH ST, SIOUX FALLS, SD 57106

10924   GAGE BROTHERS CONCRETE PRODUCTS, 101 INDUSTRIAL DRIVE, HARRISBURG, SD 57032

10924   GAGE BROTHERS CONCRETE, 601 9TH AVENUE SW, ABERDEEN, SD 57401

10924   GAGE BROTHERS, 4301 W. 12TH ST., SIOUX FALLS, SD 57101

10924   GAGE BROTHERS, P O BOX 1526, SIOUX FALLS, SD 57101

10924   GAGE BROTHERS, POBOX 1526, SIOUX FALLS, SD 57101

10924   GAGE BROTHERS/JENSEN ROCK & SAND, 601 9TH AVE SW, ABERDEEN, SD 57401

10925   GAGE, BRENT, 1341 W KIMBERLY ST, 179, TUCSON, AZ 85704

10925   GAGE, DORIS, 508 E 29TH ST, ODESSA, TX 79762

10925   GAGE, JOHN, 37 WELLINGTON ST, ARLINGTON, MA 02174

10925   GAGE, RONALD, 3267 58TH ST DR, VINTON, IA 52349

10925   GAGE, SUZANNE, 206 S. KENTUCKY, AMARILLO, TX 79106

10925   GAGE, WILLIAM P, CUST FOR WILLIAM PATRICK GAGE JR, A MIN UNDER ARTICLE 8A OF, THE PERS PROP LAW OF NY, 1032 SIDONIA, LEUCADIA, CA 92024-2360

10925   GAGE, WILLIAM, PO BOX 1763, RANCHO SANTA FE, CA 92067-9998

10924   GAGNE & SON, MARK FOR DELETION, ROUTE 27, BELGRADE, ME 04917

10924   GAGNE & SON, PO BOX85, BELGRADE, ME 04917

10924   GAGNE & SONS, P.O. BOX 85, BELGRADE, ME 04917

10924   GAGNE & SONS, ROUTE 27, BELGRADE, ME 04917

10924   GAGNE PRECAST, 1506 STATE ST, VEAZIE, ME 04401

10924   GAGNE PRECAST, 1506 STATE ST., VEAZIE, ME 04401

10925   GAGNE, MYRTICE, 14 SUMMIT AVE PO BOX 354, ADAMS, MA 01220-1546

10925   GAGNE, SUZANNE, 248 OLD DANVILLE RD., AUBURN, ME 04210

10925   GAGNE, VIDALIA, 66 FOX HILL DRIVE, TAUNTON, MA 02780

10925   GAGNIER, MICHAEL, 25561 PACIFIC CREST, MISSION VIEJO, CA 92692

10925   GAGNIER, MICHAEL, PO BOX 428, BELMONT, CA 94002-0428

10925   GAGNON, CHERYL, LORDS MILL ROAD, EPSOM, NH 03234

10925   GAGNON, DENNIS, 1 TOLLES ST., NASHUA, NH 03064

10925   GAGNON, JAMES, 52 MARTIN ST, ESSEX, MA 01929

10925   GAGNON, JANICE, 1804 ANNE MARIE CIR, WALDORF, MD 20601

10925   GAGNON, KERRY, 11 LORIS ROAD, DANVERS, MA 01923

10925   GAGNON, LAURA, 209 MENDON ST, HOPEDALE, MA 01747

10925   GAGNON, LUCILLE, 145 SIXTH AVE, LOWELL, MA 01854

10925   GAGNON, RICHARD, 34 BLOSSOMCREST ROAD, LEXINGTON, MA 02173-7104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GAGNON, STEPHEN, 17 WEST VANSTON ROAD, STOUGHTON, MA 02072

10925   GAGNON, SUSAN, 124 MIDDLE ST, RIVERSIDE, RI 02915

10925   GAGNON, THERESA, 8 DIVISION ST, MANVILLE, RI 02838

10925   GAGNON, W, 28 NINTH ST 606, MEDFORD, MA 02155

10925   GAGNON, WADE, 1424 E. VICTORY WAY, CRAIG, CO 81625

10925   GAHARAN, JOHN H, PO BOX 131, LAUREL, MS 39441-0131

10925   GAHM, LISA, 306 LAUREL TREE LANE, SIMPSONVILLE, SC 29681

10925   GAHRS INC, 110 THOMPSON AVE, SWEDESBORO, NJ 08085

10925   GAHRS INC, CURETON CAPLAN & CLARK PC KENNETH, 3000 MIDLANTIC DRIVE, SUITE 10, MT LAUREL, NJ 08054

10925   GAHRS INC., CURETON CAPLAN HUNT SCARANEKA, CLARK, KENNETH D. ROTH, 950B CHESTER AVE, DELRAN, NJ 08075

10925   GAHWYLER JR, WILLIAM E, ONE UNIVERSITY PLAZA SUITE 410, HACKENSACK, NJ 07601-6241

10924   GAIA TECHNOLOGIES, INC., 4710 BELLAIRE BLVD., SUITE 301, BELLAIRE, TX 77401

10924   GAIA TECHNOLOGIES, INC., C/O CRYOPOLYMERS, INC., SAINT FRANCISVILLE, LA 70775

10924   GAIA TECHNOLOGY INCORP, 4710 BELLAIRE BLVD, BELLAIRE, TX 77401

10925   GAIDIS, JAMES, 15012 KENWOOD COURT, WOODBINE, MD 21797

10925   GAIE, FRANCINE, 1933 DARWIN ST, GREEN BAY, WI 54303

10925   GAIESKI, ANTHONY, 83R HOBART ST, DANVERS, MA 01923

10925   GAIGE, ROBERT, 716 CARLSON ROAD, HUMMELSTOWN, PA 17036

10925   GAIGLER, DENISE, 562 MANOR ROAD, SEVERNA PARK, MD 21146

10925   GAIL A GILINSKY, 2228 STARFISH LN, SANIBEL ISLAND, FL 33957-6111

10925   GAIL DAVIS, 501 FIFTH AVE STE 704, NEW YORK, NY 10017-6102

10924   GAIL ELEMENTARY IN ROGERS PARK, 1631 WEST JONQUIL, ROGERS PARK, IL 60626

10925   GAIL JACKEWICZ, 23 ARCADIA DR, DIX HILLS, NY 11746-6935

10925   GAIL LYTTON LIVELY, 7659 SENEDO ROAD, MOUNT JACKSON, VA 22842

10925   GAIL M MOONEY, 815 DARTMOUR ST, WESTFIELD, NJ 07090-3446

10925   GAIL M REES, 8 HERITAGE HILL RD, WINDHAM, NH 03087-1802

10925   GAIL REDDING, PO BOX 564, KNOXVILLE, TN 37901-0564

10925   GAIL S KAUFMAN, 145 EAST 15TH ST 14T, NEW YORK, NY 10003-3541

10925   GAIL YVETTE DAVIS, 182 MIDWOOD ST, BROOKLYN, NY 11225-5010

10925   GAIL ZIMMERMAN, 119 DARBY RD, PAOLI, PA 19301-2002

10925   GAILEY, MARY K, 1409 PARK AVE, ANDERSON, SC 29621-4722

10925   GAILFUS TRAILER MARKETING, PO BOX 294, ROGERS, MN 55374

10925   GAINER, CARL, 6 WELLS RD, LINCOLN, MA 01773

10925   GAINER, GREGORY, 102C MADISON DR, MAPLE SHADE, NJ 08052

10925   GAINER, HATTIE, 1707 YOUNG MILL RD., GREENSBORO, NC 27406

10925   GAINER, JANET, 6 WELLS ROAD, LINCOLN, MA 01773

10924   GAINES ELECTRIC, 2501 ORANGE AVE, LONG BEACH, CA 90806

10925   GAINES, ANN, 5344 OCONNELL CT., STONE MTN., GA 30088

10925   GAINES, CHRISTOPHER, 1011 LISTON LANE, PORTSMOUTH, VA 23701

10925   GAINES, CORY, 208 E. GARDEN, IOWA PARK, TX 76367

10925   GAINES, DAVID, 304 CAMDEN LANE, GREENVILLE, SC 29605

10925   GAINES, DEAN, 4444 OAKMONT CIRCLE, FAYETTEVILLE, NC 28301

10925   GAINES, FREDERICK, 5166 N. LOVERS LANE ROAD, MILWAUKEE, WI 53225

10925   GAINES, JACQUES, 8800 BROADWAY APT. 5177, HOUSTON, TX 77061

10925   GAINES, JAMES, PO BOX 1223, MAULDIN, SC 29662-1223

10925   GAINES, JOEL, ROUTE 2 BOX 66, GRAPELAND, TX 75844-9517

10925   GAINES, JOHN, FLUSHINMG, NY 11355

10925   GAINES, JOHN, PO BOX 346, DAVIDSONVILLE, MD 21035-0346

10925   GAINES, ODIS, 7913 HANCOCK ROAD, CHATTANOOGA, TN 37416

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GAINES, PHILLIP, 602 SLAB BRIDGE ROAD, LIBERTY, SC 29657

10925    GAINES, RICHARD, 210 CANNON RD, SENECA, SC 29678

10925    GAINES, SHEREECKA, 2810 W.MAIN ST, DURHAM, NC 27705

10925    GAINES, TOMEKA, 901 SOUTHWOOD ST., ANDERSON, SC 29621

10925    GAINES, TRAYE S, 1315 RANDOLPH ST NW, WASHINGTON DC, DC 20011

10924    GAINESVILLE COLLEGE SCIENCE BLDG., 3820 MUNDY MILL RD., OAKWOOD, GA 30566

10925    GAINEY TRANSPORTATION, PO BOX 3836, SOUTH BEND, IN 46619-0836

10925    GAINEY, DIANE, 1164 N WHITCOMB AVE, APT C, INDIANAPOLIS, IN 46224

10925    GAINEY, H., 926 PINE SPRINGS RD, COLUMBIA, SC 29210

10925    GAINEY, MICHAEL, 4438 SEAWATER ST, ORLANDO, FL 32812

10925    GAINEY, SHERRY, 926 PINE SPRINGS RD, COLUMBIA, SC 29210

10925    GAINEY, TONY, 204 COGGINS RD, WOODRUFF, SC 29388

10924    GAINEYS CONCRETE PRODUCTS, 28021 COKER-VAIL RD, HOLDEN, LA 70744

10924    GAINEYS CONCRETE PRODUCTS, 28021 KOKER VAIL ROAD, HOLDEN, LA 70744

10925    GAINOUS, DAVID, 423 HARDON AVE, 2, HADDONFIELD, NJ 08033

10925    GAITAN JR, JESUS, 128 S. NICHOLSON, MISSION, TX 78572

10925    GAITAN, GERARDO, 4524 LA BREA, LAREDO, TX 78043

10925    GAITAN, JOHN, 4628 FAIRWAY, WICHITA FALLS, TX 76308

10925    GAITAN, MICHAEL, PO BOX 195, IOWA PARK, TX 76367

10925    GAITAN, MONICA, 7851 NW 34 PLACE, DAVIE, FL 33024

10925    GAITAN, MONICA, ONE TOWN CENTER, BOCA RATON, FL 33486

10925    GAITAN, PAT, 1307 S. HOUSTON, ODESSA, TX 79763

10925    GAITAN, ROBERT, POBOX 535, GREGORY, TX 78359

10925    GAITHER, CARLA, PO BOX 654, COMMERCE, GA 30529

10925    GAITHER, CHARLIE, ROUTE 5 BOX 14G, COMMERCE, GA 30529

10925    GAITHER, CORNELIUS, 10208 TERRACO PLACE, CHELTENHAM, MD 20623

10925    GAITHER, CYNTHIA, 1583 CREVEIS ROAD, AUSTELL, GA 30168

10925    GAITHER, JR, DEMOREST, RT 5, BOX 146, COMMERCE, GA 30529

10925    GAITHER, PAULA, 7940 HARRIETT TUBMANLANE, SIMPSONVILLE, MD 21150

10925    GAITHERS TRUCKING, PO BOX 314, SIMPSONVILLE, MD 21150

10925    GAJESKI, SHARON, 2008 DECKNER AVE, GREEN BAY, WI 54302-3532

10925    GAJO, MARIA, 508 KERBY PKWY, FORT WASHINGTON, MD 20744

10925    GAKU, HAGIE, 346 EAST 173RD ST, BRONX, NY 10457

10925    GALACE, CARMELA, 6701 W 63RD ST, CHICAGO, IL 60638

10925    GALACE, EMMANUEL, 6701 W 63RD ST, CHICAGO, IL 60638

10925    GALACE, NILDA, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925    GALACE, NILDA, 6701 W 63RD ST, CHICAGO, IL 60638

10925    GALACTICOMM, 4101 SW 47TH AVE., FORT LAUDERDALE, FL 33314

10925    GALAGARZA, SONIA, CALLE 1-C-1 VILLAS, DE LEVITTOWN, PR 00949

10925    GALAHAD REAL ESTATE CORP., DUKE ASSOCIATES - GEN COUNSEL, 8888 KEYSTONE CROSSING, #1200, INDIANAPOLIS, IN 46240

10925    GALAIDA, GREGORY, 307 CLARENDON PLACE, FAYETTEVILLE, GA 30215

10925    GALAN, ANNA, 3601 N. 22ND ST., MCALLEN, TX 78504

10925    GALAN, CHARLES, 414 S. ELMWOOD AVE., KANSAS CITY, MO 64124

10925    GALAN, MICHELLE, 2706 LYNETTE # 111, AMARILLO, TX 79106

10925    GALAN, R, 33359 UNIVERSITY DR, UNION CITY, CA 94587

10925    GALANG, EMERITO, 7237 BELINGER CT., SPRINGFIELD, VA 22150

10925    GALANG, RAMON, 8963 FONDREN VILLAGE, HOUSTON, TX 77071

10925    GALARDE, JOHN, 4941 SHADOW BRANCH LN., WILMINGTON, NC 28409

10925    GALARZA, DANIEL, 156 DEWERT AVE, TAUNTON, MA 02780

10925    GALARZA, EILEEN, #9 CHESTNUT RIDGE RD, HOLMDEL, NJ 07733

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GALARZA, THOMAS, 14727 BENFIELD AVE, NORWALK, CA 90650 | |
| 10925 | GALARZA, UBALDO, 703-C WALNUT ST, INGLEWOOD, CA 90301 | |
| 10924 | GALASPESCA, KM. 12.5 VIA DAULE, GUAYAQUIL, ECU | *VIA Deutsche Post* |
| 10925 | GALAX INC., 147-27 175TH ST, JAMAICA, NY 11434 | |
| 10924 | GALAXO WELLCOME INCORP PACKING, C/O WARCO CONSTRUCTION, 1011 N. ARENDELL AVE, ZEBULON, NC 27597 | |
| 10924 | GALAXO WELLCOME, 3030 CORNWALLIS ROAD, DURHAM, NC 27709 | |
| 10924 | GALAXY CIRCUITS, 15 FOUNDATION AVENUE, WARD HILL, MA 01835 | |
| 10924 | GALAXY CONTRACTING, 111 ROOSEVELT AVE., MINEOLA, NY 11501-3508 | |
| 10925 | GALAXY REGISTRATION INC, POBOX 867, FREDERICK, MD 21705 | |
| 10925 | GALAXY/SPECTRON PRP ACCOUNT, 4340 EAST WEST HWY STE 1120, BETHESDA, MD 20814 | |
| 10925 | GALBA, JOHN, 1218 E. OKLAHOMA AVE, MILWAUKEE, WI 53207 | |
| 10925 | GALBA, MARY, 1218 E OKLAHOMA, MILWAUKEE, WI 53207 | |
| 10925 | GALBAN, BARBARA N, 451 SW 3RD ST, MIAMI FL, FL 33130 | |
| 10925 | GALBRAITH LABORATORIES INC, PO BOX 51610, KNOXVILLE, TN 37950-1610 | |
| 10925 | GALBRAITH LABS, PO BOX 51610, KNOXVILLE, TN 37950-1610 | |
| 10924 | GALCO BUILDING PRODUCTS, 10010 OLD SEWARD HIGHWAY, ANCHORAGE, AK 99515 | |
| 10924 | GALCO BUILDING PRODUCTS, 10010 OLD SEWARD HWY, ANCHORAGE, AK 99515 | |
| 10924 | GALCO BUILDING PRODUCTS, 4412 LOIS DR., ANCHORAGE, AK 99517 | |
| 10924 | GALCO BUILDING PRODUCTS, 4412 LOIS DRIVE, ANCHORAGE, AK 99515 | |
| 10924 | GALCO BUILDING PRODUCTS, 4412 LOIS DRIVE, ANCHORAGE, AK 99517 | |
| 10925 | GALDAMES, ISRAEL, 732 EASLEY ST., SILVER SPRING, MD 20904 | |
| 10925 | GALDAMEZ, ANA, 8108 17TH PLACE, HYATTSVILLE, MD 20783 | |
| 10925 | GALDEX INC, 9990 SW 77TH AVE, MIAMI, FL 33156-2222 | |
| 10924 | GALE FIREPROOFING & ACOUSTICAL, CAMBRIDGE, MA 02140 | |
| 10925 | GALE GROUP, THE, PO BOX 95501, CHICAGO, IL 60694-5501 | |
| 10925 | GALE HATCH &, DIAN HATCH JT TEN, 6651 CROWN RDG, SAN ANTONIO, TX 78239-1511 | |
| 10924 | GALE INDUSTRIES INC, 1203 SAWDUST TRAIL, KISSIMMEE, FL 34744 | |
| 10924 | GALE INDUSTRIES, 1203 SAWDUST TRAIL, KISSIMMEE, FL 34744 | |
| 10924 | GALE INDUSTRIES, 2339 BEVILLE RD, DAYTONA BEACH, FL 32119 | |
| 10924 | GALE INDUSTRIES, 2832 MICHIGAN AVENUE, KISSIMMEE, FL 34744 | |
| 10924 | GALE INSUL/GALLOP HIGH SCHOOL, 1055 RICO ST., GALLUP, NM 87301 | |
| 10924 | GALE INSULATION ALBUQUERQUE, 2339 BEVILLE ROAD, DAYTONA BEACH, FL 32119 | |
| 10924 | GALE INSULATION, 1203 SAW DUST TRAIL, KISSIMMEE, FL 34744 | |
| 10924 | GALE INSULATION, 744 RANKIN ROAD NE, ALBUQUERQUE, NM 87107 | |
| 10925 | GALE RESEARCH INC., PO BOX 71701, CHICAGO, IL 60694-1701 | |
| 10925 | GALE RESEARCH, PO BOX 6169, CAROL STREAM, IL 60197-6169 | |
| 10925 | GALE, BRUCE, 6846 MIDDLEFIELD, PASADENA, TX 77505 | |
| 10925 | GALE, DAVID, 16 MAULDIN FARM LANE, MAULDIN, SC 29662 | |
| 10925 | GALE, DAVID, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | GALE, PETER, 7 WYLLIE ROAD, FRANKLIN, MA 02038 | |
| 10925 | GALE, RAY, 3301 SOMERSET LN, DEER PARK, TX 77536 | |
| 10925 | GALEANAS VAN DYKE DODGE, 32345 HOLLINGSWORTH, WARREN, MI 48092 | |
| 10925 | GALEHOUSE, LUCILLE, 1503 CEDAR AVE., WICHITA FALLS, TX 76309 | |
| 10924 | GALE'S INDUSTRIAL SUPPLY CO., 28 WEST FRONT STREET, KEYPORT, NJ 07735-0060 | |
| 10924 | GALE'S INDUSTRIAL SUPPLY, PO BOX 60, KEYPORT, NJ 07735-0060 | |
| 10924 | GALESBURG BUILDERS SUPPLY, 600 EAST MAIN, GALESBURG, IL 61401 | |
| 10924 | GALESBURG BUILDERS SUPPLY, P O BOX 1488, GALESBURG, IL 61401 | |
| 10924 | GALESBURG BUILDERS SUPPLY, P O BOX 1488, GALESBURG, IL 61402 | |
| 10924 | GALESBURG READY MIX, GALESBURG, IL 61401 | |
| 10925 | GALETTA, DONNA, 167 SAVOY AVE, SPRINGFIELD, MA 01104 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GALEX TORTORETI TOMES, 151 TICES LN, EAST BRUNSWICK, NJ 08816-2013

10925   GALGANO JR, RAYMOND, 5 DANIEL DRIVE, WESTFORD, MA 01886

10925   GALGANO, LOUIS, 46 NORTH AVE, BLOOMFIELD, NJ 07003

10925   GALGER ENGINEERING, 3802 S. MAIN ST, ROCKFORD, IL 61102

10925   GALIDA, ROBIN, 704 BEECHWOOD AVE., MIDDLESEX, NJ 08846

10925   GALIDO, THERESA, 22014HEATHERBRAEWAY, NOVI, MI 48375

10925   GALIE, ALFRED, 802 NORTH ST, NEW KENSINGTON, PA 15068

10925   GALIETTA, DANA, 5850 CAMERON RUN TER #1121, ALEXANDRIA, VA 22303

10925   GALIHER DEROBERTIS LAW CORPORATIONS, 610 WARD AVE, SUITE 200, HONOLULU, HI 96814-3308

10924   GALILEO ELECTRO-OPTICS CORP, GALILEO PK - ROUTE 20, FISKDALE, MA 01518

10925   GALIMI, MARGARET, 77 BOYD ST #1, WATERTOWN, MA 02172

10925   GALINA BARRY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   GALINDO, ALFONSO, 5720 NW 55TH LANE, TAMARAC, FL 33319-2449

10925   GALINDO, ANITA, 8919 DUBLIN, ODESSA, TX 79765

10925   GALINDO, ANTHONY, 1506 W 7TH, ODESSA, TX 79763

10925   GALINDO, ESPEANZA, 600 HICKORY, ODESSA, TX 79763

10925   GALINDO, FELIX, 6701 EASTRIDGE 412, ODESSA, TX 79762

10925   GALINDO, MARIA, 2923 OAK FALLS, SAN ANTONIO, TX 78231

10925   GALINSKI, PETER, 1586 MASSACHUSETTS AVE., NORTH ADAMS, MA 01247

10925   GALIPEAULT, RICHARD, 14 PORTER AVE, HUDSON, NH 03051

10925   GALIPEAULT, WILLIAM, 5 DANA DR, HUDSON, NH 03051

10925   GALIS, AARON, 5718 FREEDY AVE., RACINE, WI 53406

10925   GALIYAS, JACKLYN S., 2741 RESNIK CIRCLE E, PALM HARBOR, FL 34683

10925   GALJOUR, WADE, 108 WEST 103RD ST, CUT OFF, LA 70345

10925   GALL, JUDITH, RT 2 BOX 107C, MOMENCE, IL 60954

10924   GALLADE, 1230 E SAINT GERTRUDE PLACE, SANTA ANA, CA 92707

10925   GALLAGHER & KENNEDY, PO BOX 61504, PHOENIX, AZ 85082-1504

10925   GALLAGHER DO, JOSEPH W., 12265 LAKE UNDERHILL RD !115, ORLANDO, FL 32825-5018

10925   GALLAGHER, BONNIE, 184 NASHUA RD, N. BILLERICA, MA 01862

10925   GALLAGHER, BRIAN, 1417 GARFIELD AVE, WYOMISSING, PA 19610-2413

10925   GALLAGHER, CAROLYN, 5344 BROOKHOLLOW DR, NEWBURGH, IN 47630

10925   GALLAGHER, CHARLES, 5321 CLAIR ST, JACKSON, MS 39206

10925   GALLAGHER, D, 201 FIRST ST EAST, NEWHOLD, IA 52315

10925   GALLAGHER, DARYL, 201 1ST ST EAST, NEWHALL, IA 52315-9998

10925   GALLAGHER, DENNIS, R57 CENTRAL ST, BYFIELD, MA 01922

10925   GALLAGHER, ELIZABETH, 71 MINIVALE ROAD, STAMFORD, CT 06907

10925   GALLAGHER, GARY, 7 WABON CIRCLE, METHUEN, MA 01844

10925   GALLAGHER, JAMES, 1745 E FIRST ST, LONG BEACH, CA 90802

10925   GALLAGHER, JOHN, 19 LYNN COURT, BELLINGHAM, MA 02019

10925   GALLAGHER, JOHN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   GALLAGHER, JUDITH, 630 MERRICK 705, DETROIT MI, MI 48202

10925   GALLAGHER, KATHLEEN, 2106 MARTINDALE RD, WARRINGTON, PA 18976

10925   GALLAGHER, LOIS, CUST FOR MARK W GALLAGHER, UNIF GIFT MIN ACT NJ, 1238 ROUTE 52, HOPEWELL JUNCTION, NY 12533-5855

10925   GALLAGHER, LORRAINE, 108 WARREN ST, ARLINGTON, MA 02174

10925   GALLAGHER, LORRAINE, 18035 CLEARBROOK CIRCLE, BOCA RATON, FL 33498

10925   GALLAGHER, MARCELLA, R57 CENTRAL ST, BYFIELD, MA 01922

10925   GALLAGHER, MARY, 542 WOODWARD AVE, GULFPORT, MS 39501

10925   GALLAGHER, MICHAEL, 101 CLARK ST., EASTHAMPTON, MA 01027

10925   GALLAGHER, MICHAEL, 2913 BEECHWOOD LANE, FALLSTON, MD 21047

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GALLAGHER, MICHAEL, 914 MAIN ST, FALMOUTH, KY 41040

10925   GALLAGHER, PATRICIA, 110 SPRING LAKE AVE, HINSDALE, IL 60521-4750

10925   GALLAGHER, PATRICIA, 349 NEW YORK AVE, JERSEY CITY, NJ 07107

10925   GALLAGHER, PATRICK, 4946 E. SYCAMORE ST., ORANGE, CA 92669

10925   GALLAGHER, ROBERT, 4850 S 6TH ST, LOUISVILLE, KY 40214

10925   GALLAGHER, ROBIN, 8209 MEADOW RD #2149, DALLAS, TX 75231

10924   GALLAGHER, SHARP, FULTON, & NORMAN, 1501 EUCLID AVE, CLEVELAND, OH 44115

10925   GALLAGHER, STEPHEN, 11 SUMMIT AVE, NORWOOD, MA 02062

10925   GALLAGHER, TRACEY, 171 CAPRICORN DR., #11, SOMERVILLE, NJ 08876

10925   GALLAHER, JEFFREY, BOX 1582, WILLISTON, ND 58801

10925   GALLAHER, PATRICIA, 5868 ECHO WAY, INDIANAPOLIS, IN 46278

10925   GALLAHER, SHERRY, 4504 ROOSEVELT, MIDLAND, TX 79703

10925   GALLAHUE, MAUREEN, 33 DAVID ST., STATEN ISLAND, NY 10308

10924   GALLANT & WEIN, 11-20 43RD RD, LONG ISLAND CITY, NY 11101

10925   GALLANT, MARY A, 17 SCENNA RD, BEVERLY, MA 01915-1428

10925   GALLANT, RAYMOND, 24 JANE ROAD, METHUEN, MA 01844-3914

10925   GALLARDO, ELIZABETH, 1332 W. 3RD ST., SANTA ANA, CA 92703

10925   GALLARDO, JOSE, 1345 N CABRILLO PK D# E14, SANTA ANA, CA 92701

10925   GALLARDO, TIOFILO, 703 EAST SANTA FE, GARDEN CITY, KS 67846

10925   GALLARD-SCHLESINGER IND. INC., ROCKEFELLER PLAZA STATION, NEW YORK, NY 10185

10925   GALLARD-SCHLESINGER, 584 MINEOLA AVE, CARLE PLACE, NY 11514

10925   GALLARNO, FRED, 188 WESTLAND DRIVE, BAD AXE, MI 48413-8804

10925   GALLASPY & LOBEL, 6261 NW 6TH WAY SUITE 207, FORT LAUDERDALE, FL 33309

10924   GALLATIN FIELD AIRPORT, BELGRADE, MT 59714

10925   GALLAWAY, TRINA, 10800 FONDREN RD, HOUSTON, TX 77096

10925   GALLEGER, VIRGIA, 1354 21ST AVE SW, CEDAR RAPIDS, IA 52404

10924   GALLEGOS CONTRACTORS, 100 YACHT CLUB, WOLCOTT, CO 81655

10924   GALLEGOS CONTRACTORS, CAMBRIDGE, MA 99999

10924   GALLEGOS CONTRACTORS, PO BOX821, VAIL, CO 81658

10924   GALLEGOS CORP/BEAVER CREEK #1, DENVER, CO 80202

10924   GALLEGOS CORPORATION, ATTN: ACCOUNTS PAYABLE, VAIL, CO 81658

10924   GALLEGOS MASONRY, INC.*USE #234071*, 100 YACHT CLUB DRIVE, WOLCOTT, CO 81655

10925   GALLEGOS, AGUSTIN, 2505 ALEXANDER, OXNARD, CA 93003

10925   GALLEGOS, ANGIE, 2427 MAGNOLIA, SAN ANTONIO, TX 78228

10925   GALLEGOS, ANTONIA, 1021 E. 7TH ST., CLOVIS, NM 88101

10925   GALLEGOS, CLAUDIA, 1523 E DUNHAM, HOBBS, NM 88240

10925   GALLEGOS, GLORIA, PO BOX 6721, SANTA FE, NM 87502

10925   GALLEGOS, JOSE, 306 NORTH ILLINIOS, BROWNSVILLE, TX 78520

10925   GALLEGOS, LEOBARDO, 1204 W MASON, FT WORTH, TX 76110

10925   GALLEGOS, LORRAINE A., PO BOX 134, SANTA CRUZ, NM 87567

10925   GALLEGOS, MARIA, 1204 W MASON, FT WORTH, TX 76110

10925   GALLEGOS, MARIONETTE, 6120 VUELTA VENTRUA, SANTA FE, NM 87505

10925   GALLEGOS, PATRICIA, 532 DAWNLOOP, CLOVIS, NM 88101

10925   GALLEGOS, RAMIRO, 306 N. ILLINOIS, BROWNSVILLE, TX 78521

10925   GALLEGOS, RAYMOND, RT 1 BOX 42A, TENN COLONY, TX 75861

10925   GALLEGOS, VICKI, 7623 BRANSTON, SAN ANTONIO, TX 78250

10925   GALLEGUILLO JT TEN, RAYMOND J & JUDITH A, 110 HAWTHORN WAY, SAN RAFAEL, CA 94903-2946

10925   GALLEN, MATTHEW, 8360 GREENSBORO DR, MCLEAN, VA 22102

10925   GALLENBERGER, STEVEN, 5242 KINGSTON, WICHITA FALLS, TX 76310

10924   GALLERIA MALL - LORD & TAYLOR, HIGHWAY #40 WEST TO BRENTWOOD, SAINT LOUIS, MO 63144

10924   GALLERIA MALL, 100 MAIN STREET, WHITE PLAINS, NY 10601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    GALLERIA MALL, 32 PLUM STREET, TRENTON, NJ 08638

10924    GALLERIA MALL, HENDERSON, NV 89009

10924    GALLERIA MALL, MAIN STREET, WHITE PLAINS, NY 10606

10924    GALLERIA-NORTH RETAIL EXPANSION, C/O WILLIAMS INSULATION, DALLAS, TX 75244

10925    GALLERY COLLECTION, THE, PO BOX 360, RIDGEFIELD PARK, NJ 07660-0360

10925    GALLERY OF SUPERB PRINTING, 173 HARVEY ST, CAMBRIDGE, MA 02140

10925    GALLET DREYER & BERKEY, LLP, 845 THIRD AVE, NEW YORK, NY 10022-6601

10925    GALLI JR JT TEN, KATHERINE C & ALBERT J, 1671 S OSWEGO ST, AURORA, CO 80012-5254

10925    GALLI, KATHLEEN, 20600 CLARK STANYON BLVD, WOODLAND HILLS, CA 91367

10925    GALLI, REILLY & STELLATO, SUITE 1500, PHILADELPHIA, PA 19103

10925    GALLIEN, ROY, RT. 4 BOX 635B, NATCHITOCHES, LA 71457

10925    GALLIER, CHRIS, 171 AUDREY, OPELOUSAS, LA 70570

10925    GALLIGAN, CATHERINE, 224 SOUTH ST, CARLISLE, MA 01741

10925    GALLIGAN, ELLEN, 133 COMMERCIAL ST, ADAMS, MA 01220

10925    GALLIGAN, MICHAEL J, THE PLAZA, SUITE 5, 300 WALNUT ST, DES MOINES, IA 50309

10925    GALLION, JR, NORMAN, 1463 CLAYTON ST, PERRYVILLE, MD 21903

10925    GALLION, WILLIAM R, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    GALLION, WILLIAM, 1107 STROMKO DRIVE, FALLSTON, MD 21047

10925    GALLIOTO, DONNA, 1705 BELMONT PL, METAIRIE, LA 70001

10925    GALLIVAN & SANTOS, PO BOX 309, WALPOLE, MA 02081

10925    GALLIVAN, MARIE, 3 HOLDEN AVE, BURLINGTON, MA 01803

10925    GALLMAN, GEORGIA, 226 ELLIJAY ST, CHATSWORTH, GA 30705

10925    GALLO, DAVID, 101 WILEYS LANE, PASADENA, MD 21122-6034

10925    GALLO, DEBORAH, 202 BERWICK PLACE, LANSDALE, PA 19446

10925    GALLO, JAMES, 2623 GARDEN RIDGE TR, GREEN BAY, WI 54313-7195

10925    GALLO, MARIO, 37 CIRCLE DRIVE, MILLINGTON, NJ 07946

10925    GALLO, SEGUNDO, 16465 ZOCALO PLACE, MORENO VALLEY, CA 92551

10925    GALLOP, BETTY, 5816 BERNHOWE MANOR, SUFFOLK, VA 23435

10925    GALLOWAY BROS. WATER BLASTING, & LINE CLEANING SERVICE INC, 2425 ALLEN ST, OWENSBORO, KY 42303

10925    GALLOWAY JOHNSON TOMPKINS BURR, SUITE 400, ONE SHELL SQUARE, NEW ORLEANS, LA 70139

10925    GALLOWAY PROMOTIONS, PO BOX 2543, SPARTANBURG, SC 29304

10924    GALLOWAY SAND AND GRAVEL, DBA ARKANSAS CONCRETE TANK, BATESVILLE, AR 72503

10924    GALLOWAY SAND&GRAVEL, PO BOX2846, BATESVILLE, AR 72503

10925    GALLOWAY, CATHERINE, 524 N TH THOMAS ST APT# 4, ARLINGTON, VA 22204

10925    GALLOWAY, CHRISTI, 801 MEDLOCK RD, DECATUR, GA 30033

10925    GALLOWAY, DEBORAH, 4018C W.GOODHOPE RD, GLENDALE, WI 53209

10925    GALLOWAY, DONNA L., 1431 SHREWOOD FOREST, HOUSTON, TX 77043

10925    GALLOWAY, DUANE, 4151 BLOOMINGTON, ARLINGTON HTS., IL 60004

10925    GALLOWAY, JUDY, 602 N. OSAGE, AMARILLO, TX 79107

10925    GALLOWAY, MAGGIE, 2700 D OAKVALLEY DR, CHARLOTTE, NC 28205

10925    GALLOWAY, MARK, 117 OLGIA LANE, JOHNSON CITY, TN 37604

10925    GALLOWAY, MARTHA, 1935 S LANGELY ST, ARLINGTON, VA 22204

10925    GALLOWAY, MARY, 1935 S LANGLEY ST, ARLINGTON, VA 22204

10925    GALLOWAY, RENEE, 5890 RIVERDALE RD, COLLEGE PARK, GA 30349

10925    GALLOWAY, WILLIAM, 1230 WILLOW WOOD, IRVING, TX 75060

10925    GALLOWAY, WILLIAM, 529 FERDINAND AVE APT 2, FOREST PARK, IL 60130

10925    GALLOWAY,JOHNSON,TOMPKINS BURR &, 701 POYDRAS ST SUITE 4040, NEW ORLEANS, LA 70139

10925    GALLOWAY-LEE, TAMMY, 7306, LUBBOCK, TX 79423

10925    GALLOWAYS PLUMBING HEATING & AIR, 2109 OLD HENDERSON ROAD, OWENSBORO, KY 42301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 GALLOWAYS PLUMBING, HEATING & AIR, SEWER & DRAIN CLEANING, 2109 OLD HENDERSON ROAD, OWENSBORO, KY 42301

10925 GALLUB, ARTHUR, 255-09 149TH AVE, ROSEDALE, NY 11422

10925 GALLUCCI, RICHARD, 12 OTIS ST, MELROSE, MA 02176

10925 GALLUP JR, G, PO BOX 6171, DOUGLASVILLE, GA 30154

10925 GALLUP ORGANIZATION, THE, 1251 AVE OF THE AMERICAS, NEW YORK, NY 10020

10925 GALLUP, CHARLES, PO BOX 145, WEST SPRINGFIELD, NH 03284

10925 GALO NARANJO, 2133 85 ST, NORTH BERGEN, NJ 07047

10925 GALO NARANJO, 2133 85TH ST, NORTH BERGEN, NJ 07047

10925 GALO NARANJO, 2133 85TH ST., NORTH BERGAN, NJ 07047

10925 GALOVICH, ANNE M, 343 RUTHRIDGE DR, LANCASTER, PA 17601-3828

10925 GALPIN, AUDREY, 10 WIRTHMORE LANE, LYNNFIELD, MA 01940

10925 GALSON LABORATORIES, 6601 KIRKVILLE RD. EAST, EAST SYRACUSE, NY 13057

10925 GALSON LABORATORIES, DEPT #4017, ALBANY, NY 12201-2008

10925 GALSON LABORATORIES, DEPT #684, PO BOX 8000, BUFFALO, NY 14267

10925 GALSON LABORATORIES, PO BOX 8000, BUFFALO, NY 14267

10925 GALSON LABORATORIES, POBOX 1385, BINGHAMTON, NY 13902

10925 GALSTER, PATRICIA, 4220 PENN AVE, BALTIMORE, MD 21236

10925 GALT, DAVID, 3004 AUDUBON DR., MACON, GA 31204

10925 GALTON, BARBARA R, 59 HILLCREST PARK RD, OLD GREENWICH, CT 06870-1019

10925 GALU, VICTOR, 4800 S. TRYON, CHARLOTTE, NC 28217

10925 GALUS, THADDEUS, 4607 SO 34TH ST, OMAHA, NE 68107

10924 GALVA CONCRETE, P.O. BOX 113, GALVA, IL 61434

10924 GALVA CONCRETE, ROUTE 24 EAST, GALVA, IL 61434

10925 GALVAN, CARMEN, 221 EAST BAYRIDGE DR, FT LAUDERDALE, FL 33326

10925 GALVAN, CYNTHIA, 1911 HARDIE ST, GREENSBORO, NC 27403

10925 GALVAN, EDNA, 1115 ATWATER ST., SAN DIEGO, CA 92154

10925 GALVAN, ERNEST, 902 WINNIE, GALVESTON, TX 77550

10925 GALVAN, EUNICE, 1020 COLORADO ST., EAGLE PASS, TX 78852

10925 GALVAN, JAVIER, 9202 WALHALLA, SAN ANTONIO, TX 78221

10925 GALVAN, ROBERTO, 3404 WACO ST, SAN DIEGO, CA 92117

10925 GALVAN, SANDRA, 11815 VANCE JACKSON, SAN ANTONIO, TX 78230

10925 GALVAN, SHEILA, 125 ARBOR DR. #10, SAN DIEGO, CA 92103

10925 GALVAN, TIMOTHY, 902 WINNIE, GALVESTON, TX 77550

10925 GALVEZ, JULIET, 53-13 SEABURY ST, ELMHURST, NY 11373

10925 GALVEZ, MELANIE, 143 FENCSAK AVE, ELMWOOD PARK, NJ 07407

10925 GALVEZ, VICTOR, 211 KIRBY HILL RD, FORT WASHINGTON, MD 20744

10924 GALVIN LIFE SCIENCE BUILDIG, 1001 W. 11TH STREET, MISHAWAKA, IN 46544

10925 GALVIN, EILEEN M, 11336 LITTLE BEAR WAY, BOCA RATON, FL 33428

10925 GALVIN, EILEEN, 11336 LITTLE BEAR WAY, BOCA RATON, FL 33428

10925 GALVIN, ELLEN, 31 HOYLE ST, NORWOOD, MA 02062

10925 GALVIN, JACK, RD #1 BOX 148 BLACK LAKE ROAD, HAMMOND, NY 13646-9706

10925 GALVIN, PATRICIA, 115 LINWOOD AVE, NORTH BELLMORE, NY 11710

10925 GALVIN, ROBERT, 14527 BONAIRE, #208, DELRAY BEACH, FL 33446

10925 GALVIN, RON, 5798 LA GORCE CIRCLE, LAKE WORTH, FL 33463

10925 GALVIN, RONALD, 9360 GETTYSBURG ROAD, BOCA RATON, FL 33434

10925 GALVIS, ENRIQUE, 5 BRIAR DR., SUSSEX, NJ 07461

10924 GALYON TRADING, 22ND STREET & BUTTERFIELD, LOMBARD, IL 60148

10925 GAMA, J, PO BOX 3523, GAITHERSBURG, MD 20878

10925 GAMA, JULIE, 333 MACADAMIA DR., BAREFOOT BAY, FL 32976

10925 GAMA, ROBERT, 333 MACADAMIA DR, BAREFOOT BAY, FL 32976

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GAMACHE, CLAIRE, 20 WILSON AVE, BRUNSWICK, ME 04011 | |
| 10925 | GAMACHE, DORIANN, 6 1\2 KING AVE., LEWISTON, ME 04240 | |
| 10925 | GAMACHE, JENNIFER L, 3920 AMERICANA DR, TAMPA FL, FL 33634 | |
| 10925 | GAMACHE, MICHAEL, 18 LUND ROAD, NASHUA, NH 03060 | |
| 10925 | GAMACHE, PATRICIA, PO BOX 18, PELHAM, NH 03076 | |
| 10925 | GAMADIA, LINUS, 3100 SUNSET CT., MESQUITE, TX 75150 | |
| 10925 | GAMALIEL JIMINEZ AYALE, VAN SCOY CALLE 8A #0-17, BAYAMON, PR 00957PUERTO RICO | *VIA Deutsche Post* |
| 10925 | GAMAUF, SUSAN, 14308 DORCHESTER, DOLTON, IL 60419 | |
| 10924 | GAMAY FOODS, 2770 S. 171ST STREET, NEW BERLIN, WI 53151 | |
| 10925 | GAMBAN, JEAN, 1915 F. EASTWAY DR, CHARLOTTE, NC 28205 | |
| 10925 | GAMBARDELLA, ADELE, BOX 320, PLUCKEMIN, NJ 07978 | |
| 10925 | GAMBETTA, LOUIS, 84 BLVD EAST, NORTH BERGEN, NJ 07047 | |
| 10925 | GAMBETTA, MARY JUDITH, 8400 BLVD EAST, NORTH BERGEN, NJ 07047 | |
| 10925 | GAMBITO, BENJAMIN, 3 GRACEL ST, BLOOMFIELD, NJ 07003 | |
| 10925 | GAMBLE, AARON, POBX 25, FOUNTAIN INN, SC 29644 | |
| 10925 | GAMBLE, ALBERT, 2815 W 9TH AVE, WINFIELD, KS 67156 | |
| 10925 | GAMBLE, BELLEME, 9633 PRIORY AVE, JACKSONVILLE, FL 32208 | |
| 10925 | GAMBLE, CHAD, 1431 24TH ST.., WICHITA FALLS, TX 76301 | |
| 10925 | GAMBLE, D, PO BOX 4559, ST LOUIS, MO 63108 | |
| 10925 | GAMBLE, DENNIS, PO BOX 75, WARE SHOALS, SC 29692 | |
| 10925 | GAMBLE, ERIC, HWY 221, ENOREE, SC 29335 | |
| 10925 | GAMBLE, JOSEPH, 285 BAKER AVE, BRIDGE CITY, TX 77611-4001 | |
| 10925 | GAMBLE, JUDY, 2802 PROBST RD., NEW ATHENS, IL 62264 | |
| 10925 | GAMBLE, REBECCA, 4 DARBY AVE, TEMPLE, PA 19560 | |
| 10925 | GAMBLE, ROBERT, 119 TERRAMONT DR, GREENVILLE, SC 29615 | |
| 10925 | GAMBOA, ESTELLA, 1682 POESIA CT, SAN DIEGO, CA 92154 | |
| 10925 | GAMBOA, MARY, 730 W SEPULVEDA, SAN PEDRO, CA 90731 | |
| 10925 | GAMBOA, SONIA, 2520 B AVE. #13, NATIONAL CITY, CA 91950 | |
| 10925 | GAMBON, STEVEN, 817 S ALMOND DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | GAMBRELL, BETTY, 103 GULLIVER ST, FOUNTAIN INN, SC 29644 | |
| 10925 | GAMBRELL, GREGORY, 710 ONEAL ST, BELTON, SC 29627 | |
| 10925 | GAMBRELL, JAMES, 500 LATIMER MILL ROAD, HONEA PATH, SC 29654 | |
| 10925 | GAMBRELL, KERRY, 131 SYLVIA ROAD, BELTON, SC 29627 | |
| 10925 | GAMBRELL, MALCOLM, 217 FLORENCE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | GAMBRELL, PATRICIA, 500 LATIMER MILL RD, HONEA PATH, SC 29654 | |
| 10925 | GAMBRELL, SAMUEL, 306 CAMDEN LANE, GREENVILLE, SC 29605 | |
| 10925 | GAMBRELL, TERESA, 1031 JACOB RD, GREENVILLE, SC 29605 | |
| 10925 | GAMBRELL, TERRY, 103 GULLIVER ST, FOUNTAIN INN, SC 29644 | |
| 10925 | GAMBRELL, WILLIAM, 1009 ROYAL SUMMIT DRIVE, SENECA, SC 29678 | |
| 10925 | GAMBRILL, PATRICIA, 1751-F CHAMPLAIN DRIVE, BALTIMORE, MD 21207 | |
| 10925 | GAMBRO INC., 10811 WEST COLLINS AVE, LAKEWOOD, CO 80215 | |
| 10924 | GAMEWORKS C/O SPRAY INSULATION, 601 MARTINGALE ROAD, SCHAUMBURG, IL 60173 | |
| 10925 | GAMEZ, RICARDO, 2424 LINCOLN, A, FORT WORTH, TX 76106 | |
| 10925 | GAMINDE, MICHAEL, 7620 GOUGH ST, BALTIMORE, MD 21224 | |
| 10924 | GAMKA SALES, 59 DISTRIBUTION BLVD, EDISON, NJ 08817 | |
| 10925 | GAMLET, INC, 190 CARLISLE AVE., YORK, PA 17404 | |
| 10925 | GAMMA HOLDINGS, NV, POSTBUS 80, 5700 AB HELMOND, NETHERLANDS | *VIA Deutsche Post* |
| 10925 | GAMMAD, MYRNA, 7546 TIMBERWOOD PLACE, SAN DIEGO, CA 92139 | |
| 10925 | GAMMAGE & BURNHAM PLC, JERRY D WORSHAM, TWO NORTH CENTRAL AVE, PHOENIX, AZ 85004 | |
| 10925 | GAMMAGE, GEORGE, 1801 LAVONIA LANE, PASADENA, TX 77502-3140 | |
| 10925 | GAMMIE, ANA IRENE, 126 HARDING AVE, WESTWOOD, NJ 07675 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GAMMON III, JULIAN, CUST FOR WILLIAM W POEKEL, UNIF GIFT MIN ACT NJ, 6 HUNTERS TRL, CHESTER, NJ 07930-3129 | |
| 10925 | GAMRY INSTRUMENTS INC, 734 LOUIS DRIVE, WARMINSTER, PA 18974 | |
| 10924 | GAMS POWER TOOLS & SUPPLY, 133-135 SCHUYLER AVENUE, KEARNY, NJ 07032 | |
| 10925 | GAMST, CHERYL, 4 RIVIERA ROAD, HUDSON, NH 03051 | |
| 10925 | GAN OUYANG, 83 LEDGE RD., APT. 207, NORTHFIELD, OH 44067 | |
| 10925 | GAN, LIN, NO 2 1696 HUAI HAI ZHONG ROAD, SHANGHAI, 200031CHINA | *VIA Deutsche Post* |
| 10925 | GANAC, KEVIN, 491 BIG WATER ROAD, SO KINGSTOWN, RI 02879 | |
| 10925 | GANAHL, ANDREW, 4051 CROWN RANCH RD, CORONA, CA 92881-4714 | |
| 10925 | GANAPOLSKY, ISRAEL, HIPODROMO 803, SANTURCE, PR 00909PUERTO RICO | *VIA Deutsche Post* |
| 10925 | GANCARZ, KAREN, 1750 W LAREDO ST, CHANDLER, AZ 85224 | |
| 10924 | GANCEDO LUMBER CO INC, 9300 NW 36TH AVE, MIAMI, FL 33147 | |
| 10924 | GANCEDO LUMBER CO., INC., 9300 N.W. 36 AVE., MIAMI, FL 33147 | |
| 10925 | GANDALF SYSTEMS CORPORATION, PO BOX 640185, PITTSBURGH, PA 15264-0185 | |
| 10925 | GANDEZA, EMILIO, 2041 S 18TH ST, PHILADELPHIA, PA 19145 | |
| 10925 | GANDEZA, RAQUEL, 2041 S. 18TH ST., PHILADELPHIA, PA 19145 | |
| 10925 | GANDHI, BHARAT, 12685 GOLDEN OAK DRIVE, ELLICOTT CITY, MD 21042 | |
| 10925 | GANDOLFO, MAMIE, 3407 RICHMOND COURT, SOMERVILLE, NJ 08876-5503 | |
| 10925 | GANDY, VAN, 742 SANDY RUN, A-1PK LOT F, HATTIESBURG, MS 39402 | |
| 10924 | GANES CHEMICAL INC., 33 INDUSTRIAL PARK RD, PENNSVILLE, NJ 08070 | |
| 10924 | GANES CHEMICAL WORKS, INC., INDUSTRIAL PARK ROAD, PENNSVILLE, NJ 08070 | |
| 10924 | GANES CHEMICAL, 33 INDUSTRIAL PARK ROAD, PENNSVILLE, NJ 08070 | |
| 10925 | GANGI, STEPHEN M, 151 TREMONT ST 21 N, BOSTON, MA 02111 | |
| 10925 | GANGL, JEFFERY, 36 ELLSWORTH DRIVE, BLAUVELT, NY 10913 | |
| 10925 | GANGL, MADELINE, 36 ELLSWORTH DRIVE, BLAUVELT, NY 10913 | |
| 10925 | GANN, DONNA, 1516 WILLETT ST, ANNISTON, AL 36201 | |
| 10924 | GANNA CONSTRUCTION COMPANY, 15959 SOUTH 108TH AVENUE, ORLAND PARK, IL 60462 | |
| 10924 | GANNA CONSTRUCTION COMPANY, CENTRAL & ROSELLE RDS, SCHAUMBURG, IL 60195 | |
| 10924 | GANNA CONSTRUCTION COMPANY, I-290 & NORTH AVENUE, ADDISON, IL 60101 | |
| 10924 | GANNA CONSTRUCTION COMPANY, I-80 JOB, MOKENA, IL 60448 | |
| 10924 | GANNA CONSTRUCTION COMPANY, ROUTE 7 & 53, LOCKPORT, IL 60441 | |
| 10924 | GANNA CONSTRUCTION COMPANY, VARIOUS PAVING LOCATIONS, ORLAND PARK, IL 60462 | |
| 10924 | GANNA CONSTRUCTION INC., 19 W. INDUSTRIAL RD, ADDISON, IL 60101 | |
| 10924 | GANNA CONSTRUCTION INC., 19 W. INDUSTRIAL ROAD, ADDISON, IL 60101 | |
| 10924 | GANNA CONSTRUCTION, RTE 45 & RTE 21, WHEELING, IL 60090 | |
| 10925 | GANNA CONSTRUCTION,INC, ONE PIERCE PLACE,SUITE 250C, ITASCA, IL 60143-1253 | |
| 10925 | GANNON, ATTY AT LAW, JAMES P, PO BOX 902, MEDIA, PA 19063-0902 | |
| 10925 | GANNON, CATHLEEN, 392 WESTMINISTER RD, BROOKLYN, NY 11218 | |
| 10925 | GANNON, CHARLES, 17 ROSEWOOD TERRACE, MIDDLETOWN, NJ 07748-2715 | |
| 10925 | GANNON, CHERYL, 1850 TEXOWA ROAD, IOWA PARK, TX 76367 | |
| 10925 | GANNON, DEBORAH, 415 N 5TH PL, ELDRIDGE, IA 52748 | |
| 10925 | GANNON, KRISTEN, 67 SKILTON LN, BURLINGTON, MA 01803 | |
| 10925 | GANO, ERLINDA, 23053 S. BOLSA AVE, CARSON, CA 90745 | |
| 10925 | GANO, SEAN, 5110 AZALEA TRACE DRIVE #1504, HOUSTON, TX 77066 | |
| 10925 | GANOE, DENNIS, 7810 CLARK RD., A-4, JESSUP, MD 20794 | |
| 10924 | GANS INK, 1441 BOYD ST, LOS ANGELES, CA 90000 | |
| 10925 | GANS, RAYMOND, 2021 HIGH GLEN COURT SOUTH, LAKELAND, FL 33813 | |
| 10925 | GANT, DEBORAH, 4637 DAWNRIDGE DRIVE, CHARLOTTE, NC 28236 | |
| 10925 | GANT, TIMOTHY, 1121 W 5TH ST, LAKELAND, FL 33805 | |
| 10925 | GANTHER, KATHERINE M, 724 VALERIE LANE, GARDNER KS, KS 66030 | |
| 10925 | GANTHIER, RICHARD, 7501 ULMERTON ROAD, LARGO, FL 34641 | |

19

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  GANTT, DEBRA, 345 SILVER LAKE ROAD, DUNCAN, SC 29334

10925  GANTT, GEORGE, 2207 BELLOW ROAD, VINTON, LA 70668

10925  GANTT, KIMBERLY, 26520 BERY RD, SOUTHFIELD, MI 48034

10925  GANTZ, BRUCE, 1156 BAY SHORE RD, BRUSSELS, WI 54204

10925  GANTZ, FREDERICK, 2901 SERVEN RD, WATERLOO, NY 13165

10925  GANTZ, JAMES, 615 BORDERCITY ROAD, GENEVA, NY 14456

10925  GANZ JR, WILLIAM, 3436 NANMARK COURT, ELLICOTT CITY, MD 21042

10925  GANZ LAW OFFICE, 779 LAFAYETTE ROAD, SEABROOK, NH 03874-0238

10925  GANZ, JOHN, 168 CROWLES AVE, WESTERVILLE, OH 43081-1112

10925  GANZON, NANCY, 23686 ST RAPHAEL DR, MURRIETA, CA 92562

10925  GAONA, DANIEL, 410 S. SAN HORATIO, SAN ANTONIO, TX 78237

10925  GAONA, HECTOR, 1400 N 6TH ST, READING, PA 19601

10925  GAP INTERNATIONAL INC, 700 OLD MARPLE ROAD, SPRINGFIELD, PA 19064

10925  GAPASIN, CAROL, 11845 SPRINGSIDE RD, SAN DIEGO, CA 92128

10925  GAPEN, RICHARD, 3539 GREENWOOD CLOSE, ATLANTA, GA 30319

10925  GAPI - GRACE ASIA PACIFIC INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925  GAR PLASTICS INC, POBOX 14638, MADISON, WI 53714-0638

10925  GAR, JOSEPH, 101 SPRING MEADOW ROAD, SIMPSONVILLE, SC 29680

10925  GARACCI, CYNTHIA, 1747 S. 52ND ST, MILWAUKEE, WI 53214

10925  GARAFANO TANK SERVICE, 500 MARSHALL ST, PATERSON, NJ 07503

10925  GARAGE CESTERO, BOX 1182, BAYAMON, PR 00960PUERTO RICO          *VIA Deutsche Post*

10925  GARAGE CRUZ, CARRT. 181RAMAL 945 KM.2.4, BO. MASAS 1, GURABO, PR 00958PUERTO RICO          *VIA Deutsche Post*

10925  GARAN MFG. CORPORATION, HARPER DR, CORINTH, MS 38834

10925  GARATIE, JANA, 3284 PRESIDENTIAL LANE, KENNER, LA 70065

10925  GARAY, CARLO, PO BOX 1082, GRAYIANO, LA 70359

10925  GARAY, LORENZO, 319 S OAK, ODESSA, TX 79763

10925  GARBACZ, GERALD, 339 DERBYSHIRE LANE, RIVA, MD 21140

10925  GARBARINI SCHER & DECICCO P.C., 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020

10925  GARBARK, ANN C, 1407 LONGBROOK DR, CHARLOTTE, NC 28226

10925  GARBAT, HENRY, 9744 NORTH DEE ROAD, 104, DES PLAINES, IL 60016

10924  GARBER CO., THE, SPECIAL PACKAGING, INC., STRASBURG, OH 44680

10925  GARBER JR, BEN A, 165 PETTICOAT LN., LAKE CHARLES, LA 70605

10925  GARBER JR, BENJAMIN, 165 PETTICOAT LANE, LAKE CHARLES, LA 70605

10925  GARBER KASTEN JARVE, 1310 KINGS HWY NO, CHERRY HILL, NJ 08034

10924  GARBER READY MIX, ROUTE 5 BOX 208, HIAWATHA, KS 66434

10925  GARBER, DAVID, 7112 HEATHER RD, MACUNGIE, PA 18062

10925  GARBER, ELLIS, PO BOX 355, WELCHES, OR 97067-0355

10925  GARBER, ESQ, AARON A, PEPPER HAMILTON, 1201 MARKET ST #1600, WILMINGTON, DE 19899-1709

10925  GARBER, GLORIA, 5015 ST.RT.60, MILLERSBURG, OH 44654

10925  GARBER, LENEA, 2705 CLAIRE, GRETNA, LA 70053

10925  GARBERS JT TEN, RONALD LAWRENCE & JUDITH ANN, GARBERS, KEYSTONE, IA 52249

10925  GARBERS, RONALD, GENERAL DELIVERY, KEYSTONE, IA 52249

10925  GARCES, EDGAR, 4323 N 13TH PL #6, PHOENIX, AZ 85014

10924  GARCIA COLINAS TRADING & ENGINEERIN, 1500 SAN REMO, CORAL GABLES, FL 33146

10924  GARCIA COLINAS TRADING & ENGINEERIN, 1820 N.W.  94 AVENUE, MIAMI, FL 33172

10924  GARCIA CONCRETE INC, **DO NOT USE THIS ACCT, MARKED FOR, DELETION** S.CLARK, PO          *VIA Deutsche Post*
BOX494, ISABELA, PR 662PUERTO RICO

10925  GARCIA ESQ, ISIDRO M, 712 NORTH OLIVE AVE, WEST PALM BEACH, FL 33401

10925  GARCIA JR., GUILLERMO, 218 E. LEE, PHARR, TX 78577

10925  GARCIA JT TEN, ARNULFO M & LUCY O, 512 E COTTONWOOD LAND, CASA GRANDE, AZ 85222-2022

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GARCIA JT TEN, SAMUEL A & FLORENCE C, 324 W GINA DR, CARSON, CA 90745-3617

10925   GARCIA SR., ONOFRE, PO BOX 691, SAN DIEGO, TX 78384

10925   GARCIA, A, 33230 5TH ST, UNION CITY, CA 94587

10925   GARCIA, ADNERY, CARRET 852 KM 04 BOD, TRUJILLO ALTO, PR 00760

10925   GARCIA, ALBERTO, 725 LOMA, ALICE, TX 78332

10925   GARCIA, ALICIA, ROUTE 3-40W, EDINBURG, TX 78539

10925   GARCIA, AMELIA, 802 BARKLEY, HOUSTON, TX 77022

10925   GARCIA, ANGELITA, 9318 WEST ACRE PL, HOUSTON, TX 77083

10925   GARCIA, ANTONIO, 3649 N 88TH DR PHOENIX AZ, PHOENIX, AZ 85037

10925   GARCIA, APOLLONIO, 2452 CAMINO CAPITAN, SANTA FE, NM 87505

10925   GARCIA, ARTURO, 1112 M ST NW #107, WASHINGTON, DC 20005

10925   GARCIA, BARBARA, PO BOX 191, ACOMA, NM 87034

10925   GARCIA, BEN, 22 LA CRUZ RD, SANTA FE, NM 87501

10925   GARCIA, BENITO, 5521 COUNTY RD 695, ALVIN, TX 77511

10925   GARCIA, BENJAMIN, 19239 E. ELBERLAND, WEST CONVINA, CA 91792

10925   GARCIA, BERLINDA, PO BOX 48, RANCHOS DE TAOS, NM 87557

10925   GARCIA, BERNICE, 4120 LAKESIDE DR, TAMARAC, FL 33319

10925   GARCIA, C, 1695 H ST, UNION CITY, CA 94587

10925   GARCIA, CARINA, 713 W. ATHOL, SAN JUAN, TX 78589

10925   GARCIA, CARLOS, 425 S 6TH STREET, ALHAMBRA, CA 91801-3604

10925   GARCIA, CARLOS, 8015 W TURNEY AVE, PHOENIX, AZ 85033

10925   GARCIA, CARLOS, RT 7 BOX 292, EDINBURG, TX 78539

10925   GARCIA, CEASAR, PO BOX 405, BEN BOLT, TX 78342

10925   GARCIA, CELSO, 841 AVE. O, SURRAY, TX 79086

10925   GARCIA, CHARLES, PO BOX 441, GREELEY, CO 80632-0441

10925   GARCIA, CHRISELDA, 803 IRVING, HEREFORD, TX 79045

10925   GARCIA, CYNTHIA, 1618-A ELKHART, LUBBOCK, TX 79416

10925   GARCIA, DANIEL, 2506 HOLLY BROOK LN.APT. 1109, ARLINGTON, TX 76006

10925   GARCIA, DANIEL, 3105 S I H 35, AUSTIN, TX 78741-6928

10925   GARCIA, DANIEL, 8A GORDON ST, HUDSON, NH 03051

10925   GARCIA, DANNY, 423 E. EGLY, PHARR, TX 78577

10925   GARCIA, DARLENE, 1805 SAINT ST NE, ALBUQUERQUE, NM 87112

10925   GARCIA, DAVID, 235 N. SAN FELIPE, SAN ANTONIO, TX 78237

10925   GARCIA, DAVID, 327 K.AVE, HEREFORD, TX 79045

10925   GARCIA, DIANA, 11711 BRAESVIEW, SAN ANTONIO, TX 78213

10925   GARCIA, DIANA, 214 W. RAILROAD, SAN JUAN, TX 78589

10925   GARCIA, DONNA, 729 SANTA ANA, SANTA FE, NM 87501

10925   GARCIA, DORA, 5820 32ND AV, HYATTSVILLE, MD 20782

10925   GARCIA, ED, 722 DEHAVEN, SAN FERNANDO, CA 91340

10925   GARCIA, EDDIE, CALLE HORTENSIA #302, CAROLINA, PR 00630

10925   GARCIA, EDUARDO, PO BOX 10008, SAN ANTONIO, TX 78201

10925   GARCIA, EDWARD, 1417 E. FREMONT, PHOENIX, AZ 85040

10925   GARCIA, EDWARD, 1965 LUCAS ST, SAN FERNANDO, CA 91340

10925   GARCIA, EDWIN, PO BOX 1249, TOA BAJA, PR 00951

10925   GARCIA, EILEEN, 821 N. LAKE, BROWNFIELD, TX 79316

10925   GARCIA, ELADIO, 11225 SW 4TH ST, MIAMI, FL 33185

10925   GARCIA, ELDA, 1610 S.STATON, ROSWELL, NM 88201

10925   GARCIA, ELIAS, 2750 NW S RIVER DR, MIAMI, FL 33125

10925   GARCIA, ENRIQUE, PO BOX 625, SAN DIEGO, TX 78384

10925   GARCIA, ERNEST, 7267 MCHENRY, HOUSTON, TX 77017

10925   GARCIA, ERNESTO, RT. 7, BOX 292, EDINBURG, TX 78539

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GARCIA, ESTELLA, 5321 SW 32ND ST, HOLLYWOOD, FL 33124 | |
| 10925 | GARCIA, EULALIO, 1419 ROSE LANE, HOBBS, NM 88240 | |
| 10925 | GARCIA, FAYE, 8255 S.W. 152 AVE, #301, FL 33193 | |
| 10925 | GARCIA, FELIX, 1302 W. TILLEY, HEBBRONVILLE, TX 78361 | |
| 10925 | GARCIA, FERMINA, 2108 BALBOA, MCALLEN, TX 78503 | |
| 10925 | GARCIA, FILBERT, 1722 MONTANA, SAN ANTONIO, TX 78203 | |
| 10925 | GARCIA, FLORA, 3633 FOREST GLEN RD, SAN DIEGO, CA 92154 | |
| 10925 | GARCIA, FRANCISCO, PO BOX 3623, EAGLE PASS, TX 78853 | |
| 10925 | GARCIA, GABRIELA, 309 E.HENDRICKS, ROSWELL, NM 88201 | |
| 10925 | GARCIA, GILBERT, 6141 STONEHURST PLZ, YORBA LINDA, CA 92886 | |
| 10925 | GARCIA, GILBERT, PO BOX 691, SAN DIEGO, TX 78384 | |
| 10925 | GARCIA, H., 1601 TRAPELO RD., WALTHAM, MA 02154 | |
| 10925 | GARCIA, HILARIO, 261 GALEWOOD DR, BOLINGBROOK, IL 60440-2712 | |
| 10925 | GARCIA, HOWARD, 14533 AGAVE WAY, ADELANTO, CA 92301 | |
| 10925 | GARCIA, HUGO, PO BOX 414, TORNILLO, TX 79853 | |
| 10925 | GARCIA, IVAN, 6015 HUDSON AVE, W. NEW YORK, NJ 07093 | |
| 10925 | GARCIA, JACKIE, 1819 ITURBIDE, LAREDO, TX 78041 | |
| 10925 | GARCIA, JAMIE, 815 PENNINGTON, HOBBS, NM 88240 | |
| 10925 | GARCIA, JENNIFER, 1825 W.RAY RD, CHANDLER, AZ 85224 | |
| 10925 | GARCIA, JENNY, 2626 CORONADO AVE., SAN DIEGO, CA 92154 | |
| 10925 | GARCIA, JEREMIAH, 12274 COUNTRY COV CT, JACKSONVILLE, FL 32225 | |
| 10925 | GARCIA, JESUS, 36628 BEUTKE DRIVE, NEWARK, CA 94560 | |
| 10925 | GARCIA, JOE, 4100 COLLEGE AVE., FORT WORTH, TX 76115 | |
| 10925 | GARCIA, JOEL, 719 EL LARMEL PLACE, SAN DIEGO, CA 92109 | |
| 10925 | GARCIA, JORGE, 12591 LOUISE CIRCLE APT C, GARDEN GROVE, CA 92841 | |
| 10925 | GARCIA, JOSE, 12852 SW 64 LANE, MIAMI, FL 33183 | |
| 10925 | GARCIA, JOSE, 36707 RUSCHIN DR, NEWARK, CA 94560 | |
| 10925 | GARCIA, JOSE, 4317 MCCLELLAND, LAREDO, TX 78041 | |
| 10925 | GARCIA, JOSE, 5116 W. 22ND PLACE CICERO IL, CICERO, IL 60804 | |
| 10925 | GARCIA, JOSE, PO BOX 423, WESLACO, TX 78596 | |
| 10925 | GARCIA, JOSE, RT 6 BOX 136-7, WESLACO, TX 78596 | |
| 10925 | GARCIA, JOSE-LUIS, 3649 N. 88TH DRIVE, PHOENIX, AZ 85037 | |
| 10925 | GARCIA, JOSEPH, 3940 EL PRADO #A, ORANGE, CA 92843 | |
| 10925 | GARCIA, JUAN, 56863 STATE HWY 13, MEEKER, CO 81641 | |
| 10925 | GARCIA, JULIE, 1928 HOWARD, AMARILLO, TX 79106 | |
| 10925 | GARCIA, LEE, 7514 GALLINETA CT, TAMPA, FL 33615 | |
| 10925 | GARCIA, LEONARDO, 3055 ROE, HOUSTON, TX 77087 | |
| 10925 | GARCIA, LEOPOLDO, 11740 188TH ST, ARTESIA, CA 90701 | |
| 10925 | GARCIA, LORI, 3675 4TH ST, SPARKS, NV 89431 | |
| 10925 | GARCIA, LUCY, 1609 N KAUFMAN, ENNIS, TX 75119 | |
| 10925 | GARCIA, LUIS, 117 SO KUMQUAT, PHARR, TX 78577 | |
| 10925 | GARCIA, LUIS, 719 N ERIKA, PHARR, TX 78577 | |
| 10925 | GARCIA, LUWANA, 201 W. MIDWEST, HOBBS, NM 88240 | |
| 10925 | GARCIA, MA GUADALUPE, 2121 FIR AVE, MCALLEN, TX 78501 | |
| 10925 | GARCIA, MANUEL, 610 POINSETTIA RD, AUBURNDALE, FL 33823 | |
| 10925 | GARCIA, MANUEL, BOX 83, SAN YGNACIO, TX 78067 | |
| 10925 | GARCIA, MANUELA, 129 N GRANT AVE, OXNARD, CA 93030 | |
| 10925 | GARCIA, MARGARITA, RIO CANA ABAJO, JUANA DIAZ, PR 00795 | |
| 10925 | GARCIA, MARIA NANCY, 808 SO 16TH ST, MCALLEN, TX 78501 | |
| 10925 | GARCIA, MARIA, 1115 E. 106 ST., LOS ANGELES, CA 90002 | |
| 10925 | GARCIA, MARIA, 5355 MILAM RD, FAIRBURN, GA 30213 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GARCIA, MARIA, 6950 NW 186TH ST, HIALEAH, FL 33015

10925   GARCIA, MARIA, RT 1 BOX 127, SAN JUAN, TX 78589

10925   GARCIA, MARIA, RT. 10, BOX 609XA, MISSION, TX 78572

10925   GARCIA, MARINA, 11074 STONECRESS, FOUNTAIN VLLY, CA 92708-0000

10925   GARCIA, MARTHA, JARDINES DE MAYAGUEZ, MAYAGUEZ, PR 00680

10925   GARCIA, MARTIN, 3204 NAPOLEON, LAREDO, TX 78040

10925   GARCIA, MARY LOU, 550 MERRITT DR., SAN ANTONIO, TX 78227

10925   GARCIA, MARY MARTHA, 13759 BRUSSELS AVE., SYLMAR, CA 91342

10925   GARCIA, MARY, 1506 GEORGE ST, EAGLE PASS, TX 78852

10925   GARCIA, MARY, 1716 GILA, HOBBS, NM 88240

10925   GARCIA, MELIDA, 1303 E WRIGHT, PHARR, TX 78577

10925   GARCIA, MELINDA, 901 3RD AVE #14, CANYON, TX 79015

10925   GARCIA, MERCEDES, 4017 SAMUELL BLVD., MESQUITE, TX 75149

10925   GARCIA, MICHAEL, 11415 FRUITWOOD WAY, GERMANTOWN, MD 20874

10925   GARCIA, MOISES, 4203 RIVERCREST DR, WICHITA FALLS, TX 76309

10925   GARCIA, MONICA, 316 S. 24TH ST., DONNA, TX 78537

10925   GARCIA, NANCY, 14586 PENDLETON ST, HESPERIA, CA 92345

10925   GARCIA, NANCY, 1743 #H COCHRAN ST, SIMI, CA 93065

10925   GARCIA, NANCY, 6500 EASTRIDGE RD, ODESSA, TX 79762

10925   GARCIA, NARCISA, 3541 HOLMEAD PLACE NW, WASHINGTON, DC 20010

10925   GARCIA, NICANOR, PO BOX 367, CHARLOTTE, TX 78011-0367

10925   GARCIA, NOEL, 2601 HALE AVE, FT WORTH, TX 76106

10925   GARCIA, NOELITO, 21752 PINEWOOD CT, STERLING, VA 20164

10925   GARCIA, NORA, 319 S. OAK, ODESSA, TX 79763

10925   GARCIA, OLGA, 2015 BOCA CHICA, SAN ANTONIO, TX 78224

10925   GARCIA, OLIVER, 123 1/2 HUDDLESON ST, SANTA FE, NM 87501

10925   GARCIA, OSCAR, 111 SCHOOLHOUSE ROAD, LEVITTOWN, NY 11756-2203

10925   GARCIA, P, BOX 1072, PECOS, TX 79772

10925   GARCIA, PABLO, 37243 WALNUT ST, NEWARK, CA 94560

10925   GARCIA, PATRICIA S., 2042 SHERMAN, CORPUS CHRISTI, TX 78416

10925   GARCIA, PATRICIA, 1632 N. WOODLAND, AMARILLO, TX 79107

10925   GARCIA, PENNY, 507 SCHLEY, HEREFORD, TX 79045

10925   GARCIA, PRIMA LINDA, 1172 SW 273 LANE, HOMESTEAD, FL 33032

10925   GARCIA, PRIMITIRO, 5705 4TH AVE, LOS ANGELES, CA 90043

10925   GARCIA, RAUL, 4028 HAMILTON CIRCLE #187, ARLINGTON, TX 76103

10925   GARCIA, RAUL, 4687 KLEEFELD AVE, SAN DIEGO, CA 92117

10925   GARCIA, RAUL, 7009 N. 1ST ST., MCALLEN, TX 78504

10925   GARCIA, RAYNELL, 6901 BLACK PINE NE, ALBUQUERQUE, NM 87109

10925   GARCIA, REFUGIO, 509 E. 7TH, ALICE, TX 78332

10925   GARCIA, REYNA, 918 ADRIAN, LUBBOCK, TX 79403

10925   GARCIA, RICARDO, 1121 PERKINS, MISSION, TX 78572

10925   GARCIA, RICARDO, 1765 EUCLID ST NW #8, WASHINGTON, DC 20009

10925   GARCIA, RICARDO, 7544 PAPAW, ODESSA, TX 79763

10925   GARCIA, RICHARD, 129 N GRANT AVE, OXNARD, CA 93030

10925   GARCIA, RICHARD, 49 BARRINGTON ST, WESTBURTY, NY 11590

10925   GARCIA, ROBERT, 1457 W. PLAZA DEL AMO, TORRANCE, CA 90501

10925   GARCIA, ROBERT, RT 3 BOX 205, SAN ANGELO, TX 76904

10925   GARCIA, ROBERTO, 455 SOUTH CENTRAL, NEW BRAUNFELS, TX 78130

10925   GARCIA, ROEL, 1816 TINA ST., ALICE, TX 78332

10925   GARCIA, ROEL, PO BOX 600, RIO GRANDE CITY, TX 78582

10925   GARCIA, ROGER, 2312 RIVENDELL DRIVE, NEW LENOX, IL 60451

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GARCIA, ROMONA, 717 W. 20TH, CLOVIS, NM 88101

10925   GARCIA, ROSELIA, 717 W. 20TH, CLOVIS, NM 88101

10925   GARCIA, RUBEN, 1457 W. PLAZA DEL AMO, TORRANCE, CA 90501

10925   GARCIA, SALVACION, 2440 E. 8TH ST., NATIONAL CITY, CA 91950

10925   GARCIA, SALVADOR, POBOX 1141, ALICE, TX 78332

10925   GARCIA, SAN JUANITA, 622 N. 17TH ST., MCALLEN, TX 78501

10925   GARCIA, SARA, 5825 N 28TH LN, MCALLEN, TX 78504

10925   GARCIA, SARITA, 1508 13TH ST N., TEXAS CITY, TX 77590

10925   GARCIA, STEVEN A, 12813 KENNETH, ALSIP, IL 60803

10925   GARCIA, STEVEN, 12813 S KENNETH #E, ALSIP, IL 60658

10925   GARCIA, SYLVIA, 4638 HELEN ST, CORPUS CHRISTI, TX 78415-1644

10925   GARCIA, VICTOR, 11862 HAWTHORNE BLVD, HAWTHORNE, CA 90250

10925   GARCIA, VICTOR, PO BOX 691, PREMONT, TX 78375

10925   GARCIA, VICTORIA, 7110 JORDAN AVE #7, CANOGA PARK, CA 91303

10925   GARCIA, WENDY, 312 BLUEBONNET, WICHITA FALLS, TX 76301

10925   GARCIA, YOLANDA, 713 W ATHOL, SAN JUAN, TX 78589

10925   GARCIA, ZAIDA, 3151 SW 4TH ST, MIAMI, FL 33135

10925   GARCO TESTING LABORATORIES, PO BOX 50085, WATSONVILLE, CA 95077-5085

10924   GARCON INC, PO BOX 7751, BOISE, ID 83707

10924   GARDALL SAFE CORP., 219 LAMSON ST., SYRACUSE, NY 13206

10924   GARDALL SAFE CORP., P.O. BOX 30, SYRACUSE, NY 13206

10924   GARDALL SALES CORP, PO BOX 30, SYRACUSE, NY 13206

10925   GARDAPEE, DENNIS, 1134 BLUE RIDGE DR, GREEN BAY, WI 54304

10925   GARDAPEE, KAROLYN, 1134 BLUE RIDGE DR, GREEN BAY, WI 54304-4132

10925   GARDAY, ROBERT, 309 WEST 10TH ST, ATLANTIC, IA 50022-2037

10925   GARDELLA, FREDERICK, 14746 INGRAHAM BLVD, PORT CHARLOTTE, FL 33981

10924   GARDEN CITY POOLS, 1989 DUNN AVE., JACKSONVILLE, FL 32207

10924   GARDEN CITY TRANS MIX /, HICKSVILLE R/M, GARDEN CITY PARK, NY 11040

10924   GARDEN CITY TRANS MIX COR, THIS CUSTOMER IS INACTIVE, GARDEN CITY PARK, NY 11040

10924   GARDEN CITY TRANS MIX/, HICKSVILLE R/M, GARDEN CITY PARK, NY 11040

10924   GARDEN DIST NO WEST, 6441 SO EAST, PORTLAND, OR 97206

10924   GARDEN MEDICAL CENTER, 4310 JAMES CASEY ROAD, AUSTIN, TX 78745

10924   GARDEN STATE PRECAST, INC., 1630 WYCOFF ROAD, WALL, NJ 07719

10924   GARDEN STATE PRECAST, INC., P. O. BOX 702, FARMINGDALE, NJ 07727

10924   GARDEN STATE TANNING INC, 661 MOORE ROAD SUITE 120, KING OF PRUSSIA, PA 19406

10924   GARDEN STATE TANNING, 15717 CLEAR SPRING ROAD, WILLIAMSPORT, MD 21795

10924   GARDEN STATE TANNING, SUITE 313, 630 FREEDOM BUSINESS CTR., KING OF PRUSSIA, PA 19406

10924   GARDEN, SAVANNAH, GA 31408

10924   GARDENDALE MT. VERNON, METHODIST CHURCH, GARDENDALE, AL 35071

10925   GARDENE & WYNN FOR TECCOR ELECTRONI, FRANCES PHILLIPS,

10925   GARDERE, MICHAEL, 254 PARK AVE SOUTH, NEW YORK, NY 10010

10925   GARDINER, AMY, 5362 TULLIS DR., NEW ORLEANS, LA 70131

10925   GARDINER, DANA, 321 WOODSTONE CT, WARRENTON, VA 22186

10925   GARDINER, RICHARD, 628 FOREST AVE, LAURENCE HARB, NJ 08879

10925   GARDINER, TERESA, 11508 NORTHBROOK WAY, ST LOUIS, MO 63146

10925   GARDINER, WILLIAM, 236 CRESTWOOD, LAKE CHARLES, LA 70605

10925   GARDINZA, MARY, 136 MEADOW ST, NORTH ADAMS, MA 01247

10925   GARDIPEE JR., JEROME, 1645 S 272 ST, 136, KENT, WA 98032

10925   GARDNER DENVER DBA/INVINCIBLE, C/O HERMAN LOMBAS & ASSOCS, 600 N RAY ST, BALTIC, OH 43804

10925   GARDNER DENVER MACHINE C/0, 8261 ELMWOOD AVE., SKOKIE, IL 60077

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GARDNER DENVER WATER JETTING SYSTEM, 12300 N. HOUSTON ROSSLYN RD., HOUSTON, TX 77086 | |
| 10925 | GARDNER DENVER, INC, PO BOX 502389, SAINT LOUIS, MO 63150-2389 | |
| 10925 | GARDNER GIBSON COMPANY, PO BOX 5449, TAMPA, FL 63875 | |
| 10924 | GARDNER GIBSON INC., 1755 ENTERPRISE PARKWAY, TWINSBURG, OH 44087 | |
| 10924 | GARDNER GIBSON, INC., 2457 E. 30TH ST., VERNON, CA 90058 | |
| 10924 | GARDNER GIBSON, INC., PO BOX5449, TAMPA, FL 33675-5449 | |
| 10925 | GARDNER GLASS PRODUCTS, 7956 CAMERON BROWN CT., SPRINGFIELD, VA 22153 | |
| 10924 | GARDNER GLASS PRODUCTS, 8384-C TERMINAL ROAD, NEWINGTON, VA 22122 | |
| 10924 | GARDNER GLASS PRODUCTS, PO BOX 1295, NEWINGTON, VA 22122 | |
| 10925 | GARDNER HYLTON, ROBIN, PO BOX 4191, ASHVILLE, NC 28805 | |
| 10925 | GARDNER JR, JAMES, 8347 SILVAN WIND, HOUSTON, TX 77040 | |
| 10925 | GARDNER JR., EDDIE, ROUTE 4 BOX 866, HATTIESBURG, MS 39401 | |
| 10925 | GARDNER LANDFILL UNITED WASTE SYST, ROUTE 68 WEST ST, GARDNER, MA 01440 | |
| 10925 | GARDNER MIDDLEBROOKS FLEMING, 63 N. ROYAL ST, PO DRAWER 3103, MOBILE, AL 36652-3103 | |
| 10925 | GARDNER PUBLICATIONS INC, PO BOX 631213, CINCINNATI, OH 45263-1213 | |
| 10925 | GARDNER RESOURCES GROUP, 60 KENDRICK ST, NEEDHAM, MA 02494-2726 | |
| 10925 | GARDNER ROBEIN URANN, STE. 400, 2540 SEVERN AVE,, METAIRIE, LA 70002 | |
| 10925 | GARDNER SALES & SERVICE INC, 805 E HOWARD ST, PONTIAC, IL 61764-1414 | |
| 10925 | GARDNER, ADRIENNE, 10 ABBOTT CT., FLEMINGTON, NJ 08822 | |
| 10925 | GARDNER, ADRIENNE, 1716 RUXTON AV, BALTIMORE, MD 21216 | |
| 10925 | GARDNER, ALBERT, 798 SILVER HILLS DRIVE, SENATOBIA, MS 38668-1316 | |
| 10925 | GARDNER, ART, 2133 85TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | GARDNER, ARTHUR, BOX 165 ACORN ST, PROMPTON, PA 18456 | |
| 10925 | GARDNER, BARBARA, 4231 BAY VIEW AVE, TAMPA, FL 33611 | |
| 10925 | GARDNER, BETTY, 2059 9TH LANE NE, WINTER HAVEN, FL 33881-1718 | |
| 10925 | GARDNER, BILLIE, 5308 ELIOTS OAK ROAD, COLUMBIA, MD 21044 | |
| 10925 | GARDNER, CHRISTIE, 3869 BYRAM AVE, INDIANAPOLIS, IN 46208 | |
| 10925 | GARDNER, CLYDE, 147 FAIRWAY DRIVE, ADVANCE, NC 27006-9548 | |
| 10925 | GARDNER, EDWARD, RD. 2, BOX 523A 19 MAIN ST, HAMPTON, NJ 08827 | |
| 10925 | GARDNER, ELIZABETH, 3322 LUPINE DRIVE, INDIANAPOLIS, IN 46254 | |
| 10925 | GARDNER, GAIL E, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | GARDNER, GAIL E, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GARDNER, GAIL, 316 WASHINGTON ST, ANNAPOLIS, MD 21403 | |
| 10925 | GARDNER, GLORIA, 8230 NW 9TH CT, PLANTATION, FL 33324 | |
| 10925 | GARDNER, HARRELL, 481 E LYDIA HWY, HARTSVILLE, SC 29550 | |
| 10925 | GARDNER, HELEN, 2703 GREEN OAKS DR, MONTGOMERY, AL 36107 | |
| 10925 | GARDNER, JAMES, 1058 FAIRMEADOW, MEMPHIS, TN 38117 | |
| 10925 | GARDNER, JOHANNA, PO BOX 315, CUMBERLAND, ME 04021 | |
| 10925 | GARDNER, JOSEPH, 20 GRANITE VILLAGE, HAMPSTEAD, NH 03841 | |
| 10925 | GARDNER, KATHLEEN, 1983 RHEEM DR., PLEASANTON, CA 94588 | |
| 10925 | GARDNER, LINDA, 1604 SOUTH MC KINLEY, CASPER, WY 82601 | |
| 10925 | GARDNER, LYNNE S, 1058 FAIR MEADOW, MEMPHIS, TN 38117 | |
| 10925 | GARDNER, LYNNE, 1058 FAIR MEADOW, MEMPHIS, TN 38117 | |
| 10925 | GARDNER, MARGARET, 3126 ADDISON RIDGE RD, BREEZEWOOD, PA 15533 | |
| 10925 | GARDNER, MARY, 9709 TENNYSON CT, ST LOUIS, MO 63114 | |
| 10925 | GARDNER, MICHAEL, 18326 SE 260TH PL, COVINGTON, WA 98042 | |
| 10925 | GARDNER, MICHAEL, 4231 BAYVIEW AVE, TAMPA, FL 33611 | |
| 10925 | GARDNER, PAUL, 4950 RELLEUM AVE, CINCINNATI, OH 45238 | |
| 10925 | GARDNER, RICHARD, RD 1 BOX 1222, WAMPUM, PA 16157-9719 | |
| 10925 | GARDNER, RITA, 79 NEWTOWN ROAD, BERKSHIRE, NEWBURY, RG14 7DDUNITED KINGDOM | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GARDNER, ROBERT, ROUTE 6 BOX 6905, LAKELAND, FL 33803-9998

10925   GARDNER, RUTH, 10421 LOCKWOOD DR, GRAND BAY, AL 36541

10925   GARDNER, SHARON, 3301 LOVERS LN, DALLAS, TX 75225

10925   GARDNER, SHERLISA, 23750 WEST 7 MILE, DETROIT, MI 48219

10925   GARDNER, THOMAS, 10 ABBOTT CT., FLEMINGTON, NJ 08822

10925   GARDNER, THOMAS, 2968 TRAM ROAD, FUQUAY-VARINA, NC 27526

10925   GARDNER, TIMOTHY, 16 KENSINGTON ROAD, GREENVILLE, SC 29609

10925   GARDNER, WILLIAM, 4403 NORTH OAKS BLVD, NORTH BRUNSWICK, NJ 08902

10925   GARDNER, WILLIAM, 6106 N 29TH ST, ARLINGTON, VA 22207

10924   GARDNER-GIBSON, 2800 NORTH OLD 75 HIGHWAY, ENNIS, TX 75119

10925   GARDNER-HYLTON, R, 3085 OVERLAND AVE, RAWLEY, IA 52329

10925   GARDO, JERRY, 100 OAKFIELD AVE, EASLEY, SC 29640

10925   GARDUNO, BRIAN, 716 WENDT, ROCK SPRINGS, WY 82901

10925   GARDUNO, MAURICIO, 704 CERVANTES CT, EL PASO, TX 79922

10925   GARDZINA, DANIEL, 136 MEADOW ST, NORTH ADAMS, MA 01247

10925   GAREAU, MICHAEL, 16319 122 AVE EAST, 6, PUYALLUP, WA 98374

10925   GAREC LIMITED PARTNERSHIP, FEIT & AHRENS - GEN COUNSEL, 488 MADISON AVE., NEW YORK, NY 10022

10925   GAREIS, JAMES, 2710 HOLLINS FERRY ROAD, BALTIMORE, MD 21230

10925   GARETY, JULIE, 521 SALEM ST, N ANDOVER, MA 01845

10925   GAREY CASE, 62 WHITTEMORE, CAMBRIDGE, MA 02140

10925   GAREY, ARLENE, 8017 MIZNER LANE, BOCA RATON, FL 33433

10925   GARFIELD BLDG MAINT CO, INC, 6638 W. 99TH PL., CHICAGO RIDGE, IL 60415

10925   GARFIELD GOOSE AND HIS TV FRIENDS, 247 WEST PARF AVE, AURORA, IL 60506

10925   GARFIELD RIDGE CONTRACTORS INC, 8916 WEST OGDEN AVE, BROOKFIELD, IL 60513

10925   GARFIELD, DEBORAH, 3861 MC CLAIN RD, LIBERTY, MS 39645

10925   GARFINKEL, ALICE, 137-21 83RD AVE #4S, KEW GARDENS, NY 11435

10925   GARFINKEL, SIDNEY, 18 DELLWOOD CT, ALGONQUIN, IL 60102

10925   GARGALA, MICHAEL, 698 HAW CREEK RD., CUMMING, GA 30130

10925   GARGASZ, PATTI, RD 2 BOX 114A, VOLANT, PA 16156

10925   GARGOTTA-SMITH, TERESA, 1431 SHERWOOD FOREST, HOUSTON, TX 77043

10925   GARGUS, JAMES, BOX 304, BOWLING GREEN, FL 33834

10925   GARIBALDI GROUP LLC, THE, 14 FAIRMOUNT AVE, CHATHAM, NJ 07928

10925   GARIBALDIS VI INC, 2318 W HIGGINS, HOFFMAN ESTATES, IL 60195

10925   GARIBAY, MARTHA, 1643 LAKME AV, WILMINGTON, CA 90744

10925   GARIBOTTE, DANNY, 149 HWY. 665, MONTEGUT, LA 70377

10925   GARINO, PETER, 28 MANOR DRIVE, WAYNE, NJ 07470-4068

10925   GARITY, ROSEMARY, 330 EAST GROVE, 10, RENO, NV 89502

10925   GARLAND FAISON, 333 LAFAYETTE AVE, BROOKLYN, NY 11238-1350

10924   GARLAND INSUL PICK UP LONG SUPPLY C, 234 W. COMMERCE ST, DALLAS, TX 75222

10924   GARLAND INSULATING, 10912 SANDEN DR., DALLAS, TX 75355

10924   GARLAND INSULATING, 10912 SANDEN DRIVE, DALLAS, TX 75355

10925   GARLAND JR, MARION, 3149 S 39TH RD, POMPEYS PILLAR, MT 59064-9722

10925   GARLAND, BYRON, 2704 REDBUD ST, JOHNSON CITY, TN 37604

10925   GARLAND, CARTER, PO BOX 1602, ALPINE, TX 79831

10925   GARLAND, CHARLES, 114 CHARMUTH ROAD, TIMONIUM, MD 21093

10925   GARLAND, DC, 421 E JULLIARD DR, CLAREMONT, CA 91711

10925   GARLAND, SANDY, 1102 HWY 417, MOORE, SC 29369

10925   GARLAND, SCOTT, S68 W19166 LEMBEZEDER DRIVE, MUSKEGO, WI 53150

10925   GARLAND, STEVEN, 225 BLOCK HOUSE ROAD, GREENVILLE, SC 29615

10925   GARLAND, SUSAN, 1121 HWY 417, MOORE, SC 29369

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GARLANDS FLOWERS & GIFTS, 17 EAST BUTLER, MAULDIN, SC 29662

10925   GARLETTS, GEORGE, PO BOX 774, GRANVILLE, WV 26534

10925   GARLEWICZ, DEBRA, 779 EVES DR, 4 H, SOMERVILLE, NJ 08876

10925   GARLEY, KATHLEEN, 1333 HWY. 859, DELHI, LA 71232

10925   GARLINGTON LOHN & ROBINSON P ATTY, GARY L GRAHAM, 199 W PINE, PO BOX 7909, MISSOULA, MT 59807-7909

10925   GARLINGTON LOHN & ROBINSON, 199 WEST PINE, MISSOULA, MT 59807-7909

10925   GARLINGTON, CELLIA, 406 WESTHAM RIDGE RD, CHARLOTTE, NC 28217

10925   GARLOCK INC, 1666 DIVISION ST, PALMYRA, NY 14522-9999

10925   GARLOCK INC., 1666 DIVISION ST, PALMYRA, NY 14522

10924   GARLOCK INC., 1666 DIVISION ST., PALMYRA, NY 14522

10925   GARLOCK INC., SENIOR V. P. OF LITIGATION, 2550 W. TYVOLA ROAD, CHARLOTTE, NC 28217-4543

10925   GARLON, EKIKO, 8081 MARVIN LOVE, DALLAS, TX 75237

10925   GARLOW, SHERRIE, 1320 MOHAVE, PARKER, AZ 85344

10925   GARMAC INC, PO BOX 363368, SAN JUAN, PR 00936-3368

10925   GARMAN CUSTOM COLOR, 1104 W CHICAGO AVE, EAST CHICAGO, IN 46312

10925   GARMANE, NANCY, 6210 GIANT OAKS ROAD, WONDER LAKE, IL 60097

10924   GARMON CORPORATION, 27461-B DIAZ ROAD, TEMECULA, CA 92590

10925   GARNER ENTERPRISES, 601 DERSTINE AVE, LANSDALE, PA 19446

10925   GARNER ENVIRONMENTAL SERVICES, 1717 W. 13TH ST, DEER PARK, TX 77536

10925   GARNER, B, 1819 GLEN AVEENUE, MEMPHIS, TN 38127

10925   GARNER, CHARLES, PO BOX 162, SEQUATCHIE, TN 37374

10925   GARNER, CHRISTINA, 1545 WOMMACK, TENNILLE, GA 31089

10925   GARNER, CINDY, RT 1 BOX 198-B, PLEASANT HILL, NC 27866

10925   GARNER, CONNIE, 123 LINCOLN AVE, ROANOKE RAPIDS, NC 27870

10925   GARNER, CRAIG, 502 1/2 THORNE ST PO BOX 460, GASTON, NC 27832

10925   GARNER, CRISTAL, 3314 W. LOUISIANA, MIDLAND, TX 79705

10925   GARNER, DARRYL, 34 D COURT DRIVE, WILMINGTON, DE 19805

10925   GARNER, DEAVONNA, 1386 1/2 ORANGES DR., LOS ANGELES, CA 90019

10925   GARNER, EDWARD, 101 N E 13TH AVE, POMPANO BEACH, FL 33060

10925   GARNER, ELAINE, 116 MIRINDA LANE, PIEDMONT, SC 29673

10925   GARNER, GEORGE, 6151 HWY 120, BUCHANAN, GA 30113

10925   GARNER, GLENN, 125 POSSUM RD, HAMBURG, PA 19526

10925   GARNER, HARMON, 4625 ROKEBY ROAD, BALTIMORE, MD 21229

10925   GARNER, JAMES, 656 SKYLINE DR, CONROE, TX 77302

10925   GARNER, JILL, 30 SACKETT HOLLOW, LEE, NH 03824

10925   GARNER, JODY, HC 31 BOX 284C.F., ANDREWS, TX 79714

10925   GARNER, KEITH M, 119 W HENDERSON ST, SALISBURY, NC 28144

10925   GARNER, KENDRYL, 320 CREEKSIDE COUT, ROANOKE RAPIDS, NC 27870

10925   GARNER, LILLIAN T W, TRUSTEE OF TRUST TWO, U/W MARTIN S WEISS, PO BOX 2386, LA JOLLA, CA 92038-2386

10925   GARNER, MELBA, 2410 DRAIN DRIVE, WYLIE, TX 75098

10925   GARNER, REBECCA, 201 PAYNE ST, MT. HOLLY, NC 28120

10925   GARNER, RUSSELL, 116 MIRINDA LANE, PIEDMONT, SC 29673

10925   GARNER, RUSSELL, 2130 GUNTHER DR, MECHANICSVILLE, MD 20659

10925   GARNER, SHEILA, 132 WALSTON ST, ROANOKE RAPIDS, NC 27870

10925   GARNER, STEVEN, 5105 KINGSTON, WICHITA FALLS, TX 76310

10925   GARNER, SUSAN, 2242 NORWOOD DR, HUNTSVILLE, AL 35811

10925   GARNER, TAMMY, RT 3 BOX 375, COMMERCE, GA 30529

10925   GARNER, THOMAS, 116A CEDAR RUN ST, LENOIR, NC 28645

10925   GARNER, THOMAS, 2638 W. COLOMBUS AVE, PHILADELPHIA, PA 19121

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GARNER, WAYNE, RT. 1 BOX 181, GARYSBURG, NC 27831 | |
| 10925 | GARNES, KEVIN, 1421 NW 18TH, AMARILLO, TX 79107 | |
| 10925 | GARNESKI, WALLACE, 8123 NIELSEN DRIVE, TINLEY PARK, IL 60477 | |
| 10925 | GARNET B SPARKS &, JULEEN E SPARKS JTWRS JT TEN, 3351 ROANOKE DR, MILFORD, MI 48381-3377 | |
| 10925 | GARNET ROBINSON, 550 MEADOWVALE, DORVAL, QC H9P 2E7CANADA | *VIA Deutsche Post* |
| 10924 | GARNETT READY MIX, 840 ELM, GARNETT, KS 66032 | |
| 10925 | GARNETT, BILLY, 4221 E. 42ND COURT, INDEPENDENCE, MO 64055 | |
| 10925 | GARNETT, DONNA, 7549 BALEEN COURT, GLEN BURNIE, MD 21061 | |
| 10925 | GARNETT, II, JACK, 3194 VALLEY RISE DR., HOLLY, MI 48442 | |
| 10925 | GARNETT, JACK L, 3194 VALLEY RISE DR, HOLLY, MI 48442 | |
| 10925 | GARNETT, MARION, PO BOX 41 HWY 56, CROSS ANCHOR, SC 29331-0000 | |
| 10925 | GARNEY MORRIS INC, 6139 EMILIE ROAD, LEVITTOWN, PA 19057 | |
| 10925 | GARNHUM, DAWN, 87 MECHANIC ST APT A, FOXBORO, MA 02035 | |
| 10925 | GARNI, MAX, 6 EARLE ROAD, WELLESLEY, MA 02181 | |
| 10925 | GARNISS, RUSSELL, 217 BELEVUE ST, GREEN BAY, WI 54302 | |
| 10925 | GAROINER, ARTHUR, 2133 85TH ST, NORTH BERGEN, NJ 07047 | |
| 10925 | GAROLD F GREGORY & FLOSSY JUNE, GREGORY MAR 19 97, GREGORY LIVING TRUST, 11604 MACKEL DR, OKLAHOMA CITY, OK 73170-5638 | |
| 10925 | GARONE, ANTHONY, 177 HARRISON AVE, WESTFIELD, NJ 07090 | |
| 10925 | GARRABRANT, LORI, 14A BELMONT AVE, MADISON, NJ 07940 | |
| 10925 | GARRAND, DIANNE, 128 PORTRUSH DR, LA PLACE, LA 70068 | |
| 10925 | GARREN, FRANK, 134 RIVER RIDGE LANE, ROSWELL, GA 30075 | |
| 10925 | GARREN, NANCY, RT 5, 205 HENRY COURT, SPARTANBURG, SC 29306 | |
| 10925 | GARRETSON JR, RICHARD, 4 SMITH FARM ROAD, STRATHAM, NH 03885 | |
| 10925 | GARRETT AVIATION SERVICES, PO BOX 1067, CHARLOTTE, NC 28201-1067 | |
| 10925 | GARRETT AVIATION SERVICES, PO BOX 601057, CHARLOTTE, NC 28260 | |
| 10924 | GARRETT AVIATION, 17250 CHANUTE ROAD, HOUSTON, TX 77032 | |
| 10924 | GARRETT AVIATION, 2221 SMITHTOWN AVENUE, RONKONKOMA, NY 11779 | |
| 10924 | GARRETT AVIATION, PO BOX60218, HOUSTON, TX 77205 | |
| 10924 | GARRETT ENGINEERING, INC., ONE EAST CAMELBACK #550, PHOENIX, AZ 85012 | |
| 10925 | GARRETT JR, REAGAN, 419 NORTH PECAN, ARLINGTON, TX 76011 | |
| 10924 | GARRETT MILLER, CAMERON STAR ROUTE, WAYNESBURG, PA 15370 | |
| 10924 | GARRETT MOON & POOL INC, 300 E BROAD ST, BLACKSTONE, VA 23824 | |
| 10924 | GARRETT MOON & POOL INC., 300 E BROAD STREET, BLACKSTONE, VA 23824 | |
| 10924 | GARRETT PLUMBING & HEATING, 30 MILLER AVE., JACKSON, TN 38305 | |
| 10925 | GARRETT R MILLER, 2943 W.ROY FURMAN HWY, WAYNESBURG, PA 15370 | |
| 10925 | GARRETT T TOMA, 2207-A BOOTH ROAD, HONOLULU, HI 96813-1360 | |
| 10925 | GARRETT, ANGELA, 14800 4TH ST, 63B, LAUREL, MD 20707 | |
| 10925 | GARRETT, ANNA, RR 5 BOX 167, FRANKFORT, IN 46041 | |
| 10925 | GARRETT, BETTY, ROUTE #3, LAURENS, SC 29360 | |
| 10925 | GARRETT, BILLY, 583 THOMPSON RD, FOUNTAIN INN, SC 29644 | |
| 10925 | GARRETT, BRENDA, PO BOX 545, GRAY COURT, SC 29645 | |
| 10925 | GARRETT, BYRON, 708 W. GOSSETT DR., FRANKFORT, IN 46041 | |
| 10925 | GARRETT, CAROL, 100 E. 12 ST, ALTON, IL 62002 | |
| 10925 | GARRETT, CAROL, 505 MAPLE, ATLANTIC, IA 50022 | |
| 10925 | GARRETT, CHANDRA, 3673 SOUTHMONT DR., MONTOGMERY, AL 36105 | |
| 10925 | GARRETT, CHARLES, 1 C TRAVERSE ST, WAKEFIELD, MA 01880 | |
| 10925 | GARRETT, CINDY, RT 1 PETERS RD, FAIRBURN, GA 30213 | |
| 10925 | GARRETT, DANIEL, 410 TUCKER ST #7, CRAIG, CO 81625 | |
| 10925 | GARRETT, DONALD, 105 GARRETT ROAD, PACOLET, SC 29372 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    GARRETT, EUGENE, PO BOX 1163, SIMPSONVILLE, SC 29681

10925    GARRETT, EVERETT, 19761 QUINN RD, BREMEN, IN 46506-9489

10925    GARRETT, GARY, 4638 LANGFORD, WICHITA FALLS, TX 76310

10925    GARRETT, HENRIETTA, PO BOX 503, GRAY COURT, SC 29645

10925    GARRETT, JAMES E, 202 N ROCKVIEW DR, GREENVILLE, SC 29609

10925    GARRETT, JANET, RT 1, BOX 1775, DRAKES BRANCH, VA 23937

10925    GARRETT, JEFFREY, 229 EAST 22ND ST, 16, COLUMBUS, NE 68601

10925    GARRETT, JOEY, 99 THOMPSON ROAD, FOUNTAIN INN, SC 29644

10925    GARRETT, KENNETH, 200 WILLIAMS ROAD, PELZER, SC 29669

10925    GARRETT, KENNETH, 214 DUNCAN CIR. N, AUBURNDALE, FL 33823

10925    GARRETT, KIMBERLY, PO BOX 5091 WSB, GAINESVILLE, GA 30501

10925    GARRETT, LARRY, RT 1 PETERS RD, FAIRBURN, GA 30213

10925    GARRETT, LAURA, 1409 HENTZ ROAD, REYNOLDBURG, OH 43068

10925    GARRETT, LISA, BOX 1537, HEREFORD, TX 79045

10925    GARRETT, LOUIS, 1909 HINES, WICHITA FALLS, TX 76303

10925    GARRETT, LOWELL W, MARATHON ROAD, CASTLE HAYNE, NC 28429-980

10925    GARRETT, MARCIA, 11810 SITKA, RENO, NV 89506

10925    GARRETT, MARIE, 316 S MAIN ST, SIMPSONVILLE, SC 29681

10925    GARRETT, MARJORIE, 2154 WHELON ROAD, LAURENS, SC 29360

10925    GARRETT, MAXCIE, 302 BEREA HEIGHTS RD, GREENVILLE, SC 29611

10925    GARRETT, MICHAEL, 123 SALEM ST, WAKEFIELD, MA 01880

10925    GARRETT, MICHAEL, 15 E.A. DARDEN DR, ANNISTON, AL 36201

10925    GARRETT, MICHAEL, 202 S BOUNDARY ST, WALHALLA, SC 29691

10925    GARRETT, MICHAEL, 620 HWY 8 EAST, PELZER, SC 29669

10925    GARRETT, NELL, ROUTE 4 BOX 36, LAURENS, SC 29360

10925    GARRETT, NORMA, 1306 ANDERSON DRIVE, WILLIAMSTON, SC 29697

10925    GARRETT, OTIS, 1529 LINCOLNSHIRE WAY, FORT WORTH, TX 76234

10925    GARRETT, PATRICIA, 212 N MAIN, BOX 228, GAS, KS 66742

10925    GARRETT, PATRICK, RR 1 BOX 334, CROSSVILLE, TN 38555

10925    GARRETT, RICKY, 4419 CROCKETT, MIDLAND, TX 79703

10925    GARRETT, RODNEY, 1223 DAMSEL ROAD, BALTIMORE, MD 21221

10925    GARRETT, RUTH D, ROUTE 4 BOX 26, LAURENS, SC 29360

10925    GARRETT, SAWANEE, 2265 NEW HUTCHINSON MILL RD, LA GRANGE, GA 30240

10925    GARRETT, STEVEN E, 210 BIRCHWOOD DR., ROEBUCK, SC 29376

10925    GARRETT, STEVEN, 177 N. WIND CT, LILBURN, GA 30247

10925    GARRETT, STEVEN, 210 BIRCHWOOD DRIVE, ROEBUCK, SC 29376

10925    GARRETT, TERRI, 2802 1-C PAVILION PLACE, MIDLOTHIAN, VA 23112

10925    GARRETT, TERRI, RR 3 BOX 184, MOMENCE, IL 60954

10925    GARRETT, THOMAS, 620 HWY 8 EAST, PELZER, SC 29669-9205

10925    GARRETT, THOMAS, RT. 2, BOX 150, VICTORIA, TX 77901

10925    GARRETT, TINA, 6012 BRADFORD DR, SUFFOLK, VA 23435

10925    GARRETT, VALERIE, 4190 OAK SPRGS. RD., POWDER SPRINGS, GA 30073

10925    GARRETT, VERNON, 156 COUNTY RD #64, CRAIG, CO 81625

10925    GARRETT, WILLIAM, 11548 HARTLEY, HOUSTON, TX 77093

10924    GARRIGA ELEMENTARY SCHOOL, 600 WASHINGTON ST., PORT ISABEL, TX 78578

10925    GARRIGAN, DOREEN, 2528 SE JASON PL, PT ST LUCIE, FL 34952

10925    GARRINGER, KATHLEEN, 2930 AUSTIN BLUFFS PKWY, COLORADO SPRINGS, CO 80918

10924    GARRIS EVANS LUMBER CO., 701 W. 14TH ST., GREENVILLE, NC 27834

10925    GARRIS, ALANDER, 800 CHEWS LANDING RD., 12F, LINDENWOLD, NJ 08021

10925    GARRIS, JOHN, 315 VINCENT RD, ROANOKE RAPIDS, NC 27870

10925    GARRIS, LOUIS, 8 GWYNN LAKE DRIVE, BALTIMORE, MD 21207

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GARRIS, REGINA, 80 RIVERCREST COURT, RIVERDALE, GA 30274

10925   GARRIS, VANESSA, 7010 WILSON CT. #C, COLUMBIA, SC 29206

10925   GARRISON BREWER CO., PO BOX 249, BELPRE, OH 45714

10925   GARRISON PRINTING CO INC, 1034 SPRING ST, PHILADELPHIA, PA 19107-1826

10925   GARRISON PRINTING COMPANY, 7155 AIRPORT HWY, PENNSAUKEN, NJ 08109

10924   GARRISON SEA PORT CENTER, CRUISE TERMINAL, CHANNEL SIDE DRIVE, TAMPA, FL 33613

10924   GARRISON SEA PORT, 615 CHANELSIDE DRIVE, TAMPA, FL 33602

10925   GARRISON SUMRALL, PO BOX 11310, BIRMINGHAM, AL 35202-1310

10925   GARRISON, BILL, 421 MESQUITE, AMARILLO, TX 79108

10925   GARRISON, BILLY, 316 SULLIVAN RD, SIMPSONVILLE, SC 29680

10925   GARRISON, BRENDA, 130 FLOYD LANE, HAMPTON, GA 30228

10925   GARRISON, CAROLYN, 201 FOREST PK DR, SIMPSONVILLE, SC 29681

10925   GARRISON, FRANK, 201 FOREST PARK DR, SIMPSONVILLE, SC 29681

10925   GARRISON, HENRY, 535 W MCDONOUGH ST, MACOMB, IL 61455-2727

10925   GARRISON, JOHN, 1027 INVADER ST, SULPHUR, LA 70663

10925   GARRISON, JOHNNY, 476 RALPH GARRISON RD, JEFFERSON, GA 30549

10925   GARRISON, KENNETH, 444 THOMPSON, PENDLETON, SC 29670

10925   GARRISON, LARRY, 145 PRINCE RD, WOODRUFF, SC 29388

10925   GARRISON, LARRY, 390 OAR RUN, CLARKSVILLE, VA 23927

10925   GARRISON, LLOYD, 2443 PROSPECT DR, UPLAND, CA 91786

10925   GARRISON, MAURICE, 242 KINGS ROAD, WASHINGTON, PA 15301

10925   GARRISON, PAMELA, RT 3 BPX 3392, CARNESVILLE, GA 30521

10925   GARRISON, PAULA, 4653 PRISCILLA LA, VIRGINIA BEACH, VA 23455

10925   GARRISON, RANDALL, RT 1 BOX 442D, DIANA, TX 75640

10925   GARRISON, RENA G, 7710 THOURON ST, PHILA PA, PA 19150

10925   GARRISON, ROBERT, 204 QUAIL MEADOW DR, KYLE, TX 78640

10925   GARRISON, ROLLAND, 502 EAST 1ST ST S, TRUMAN, MN 56088

10925   GARRISON, RONNIE, 9232 SEPULVEDA, 111, SEPULVEDA, CA 91343

10925   GARRISON, SHARON, 316 SULLIVAN RD, SIMPSONVILLE, SC 29680

10925   GARRISON, SHIRLEY, 114 DRURY LANE, MAULDIN, SC 29662

10925   GARRISON, STEVE, 106 COLONIAL LANE, SIMPSONVILLE, SC 29681

10925   GARRISON, THOMAS, 1210 W NEW BRITTON DR, HOFFMAN ESTATES, IL 60195

10925   GARRITY, JUDITH, 37 CHASE ROAD, WALTHAM, MA 02154

10925   GARRITY, LAURA, 2 ELNEW AVE, BEVERLY, MA 01915

10925   GARRITY, STEPHEN, 19 WESTLAND AVE, CHELMSFORD, MA 01824

10925   GARRON PLASTIC CORP., 5422 PULASKI HWY., BALTIMORE, MD 21205

10924   GAR-RON PLASTICS, 5424 PULASKI HWY, BALTIMORE, MD 21205

10924   GARROTT BROS., 824 RED BOILING SPRINGS ROAD, LAFAYETTE, TN 37083

10924   GARROTT BROS., ATTN: ACCOUNTS PAYABLE, GALLATIN, TN 37066

10924   GARROTT BROS., HWY 53 - RIVER BLUFF ROAD, CELINA, TN 38551

10924   GARROTT BROS., WHITE HOUSE, TN 37188

10924   GARROTT BROS-USE #234098, ATTN: ACCOUNTS PAYABLE, LAFAYETTE, TN 37083

10924   GARROTT BROTHERS, 375 RED RIVER ROAD, GALLATIN, TN 37066

10924   GARROTT BROTHERS, ATTN: ACCOUNTS PAYABLE, GALLATIN, TN 37066

10925   GARRUTO GALEX CANTOR, 180 TICES LANE, EAST BRUNSWICK, NJ 08816

10925   GARRUTO TRIAL LAWYERS, 180 TICES LANE, EAST BRUNSWICK, NJ 08816-1339

10925   GARRY, BOBBY, 6343 N. 84TH ST #3, MILWAUKEE, WI 53225

10925   GARRY, JULIE, 44 COGSWELL AVE #2F, CAMBRIDGE, MA 02140

10925   GARRY, RONALD G, 2807 W MICHIGAN AVE, PHOENIX, AZ 85023-1735

10925   GARSIDE, MARY, 77555 FAIRVIEW ROAD, ANITA, IA 50020-8951

10925   GARSIDE, VIRGINIA L, 6264 CENTINELLA ST, SIMI VALLEY, CA 93063-3716

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|
| 10925 | GARSKE, DIANE, 9043 ANDES DR, INDIANAPOLIS, IN 46234 | |
| 10925 | GARSKE, MICHAEL, 4400 N HILLTOP DR, MCHENRY, IL 60050 | |
| 10925 | GARSON, BARRY, 8308 REGENTS ROAD, SAN DIEGO, CA 92122 | |
| 10925 | GARSON, ROSE, 609 EVANS ROAD, SPRINGFIELD, PA 19064 | |
| 10925 | GARST, DAVID, 1817 LONDON ROAD, NEW MARKET, TN 37820 | |
| 10925 | GARST, GEORGE, 200 CORONET DRIVE, LINTHICUM, MD 21090-1707 | |
| 10925 | GARST, JAMES, 223 ARDEN ROAD, BALTIMORE, MD 21225 | |
| 10925 | GARTEN, ELEANOR, 11 FAIRVIEW AVE, LEXINGTON, MA 02173 | |
| 10925 | GARTH, FRANK, 1016 NO AVALON, MEMPHIS, TN 38107 | |
| 10925 | GARTH, LESLIE, 5477 PEYTON RANDOLPH ST, BARTLETT, TN 38134 | |
| 10925 | GARTH, NIMROD, 606-B ROMAR HOUSE, ORANGE BEACH, AL 36561 | |
| 10925 | GARTLAND, CHARLES, 19 CRESCENT DRIVE NORTH, ANDOVER, NJ 07821 | |
| 10925 | GARTNER GROUP INC, PO BOX 4332, GREENWICH, CT 06831-0332 | |
| 10925 | GARTNER GROUP INC, PO BOX 73783, ROCHESTER, NY 14673-3782 | |
| 10925 | GARTNER GROUP, PO BOX 911319, DALLAS, TX 75391-1319 | |
| 10925 | GARTNER, ELLIS, 42, RUE J-M BERNARD MONTCHAT, LYON, 69003FRANCE | *VIA Deutsche Post* |
| 10925 | GARTNER, WILLIAM, 501 SAW MILL ROAD, GRAY COURT, SC 29645 | |
| 10924 | GARTON'S READY MIX, INC., HWY 15 WEST, BOOKER, TX 79005 | |
| 10924 | GARTON'S READY MIX, INC., PO BOX286, BOOKER, TX 79005 | |
| 10925 | GARTZKE, THEODORE, 617 MARCKS COURT, LUXEMBURGBAY, WI 54217 | |
| 10925 | GARVEY, DONALD F, 8456 WOOLRICH, CORDOVA, TN 38018 | |
| 10925 | GARVEY, DONALD, 8456 WOOLRICH, CORDOVA, TN 38018 | |
| 10925 | GARVEY, PAUL, 10 FOSTER ST, WOBURN, MA 01801 | |
| 10925 | GARVEY, THERESA, 214 GREENWICH ROAD, BEDFORD, NY 10506 | |
| 10925 | GARVIN, ANDREW, 515 GREENWICH AVE, PAULSBORO, NJ 08066 | |
| 10925 | GARVIN, GEORGE, 29 H RELER LANE, SOMERSET, NJ 08873 | |
| 10924 | GARWARE POLYESTER LTD, C/O, .?, 999999INDIA | *VIA Deutsche Post* |
| 10924 | GARWARE POLYESTER LTD, WESTERN EXPRESS HIGHWAY, VILE PARLE (EAST), MUMBAI 400 057, 999999INDIA | *VIA Deutsche Post* |
| 10925 | GARWOOD, MICHAEL, 1857 KIT CARSON, CASPER, WY 82604 | |
| 10925 | GARY A BRYANT, 875-25TH AVE, VERO BEACH, FL 32960 | |
| 10925 | GARY A KAY, PO BOX 173, CLARKSBURG, NJ 08510-0173 | |
| 10925 | GARY A MILLER, 7502 PROGRESS DR, AMARILLO, TX 79119-7300 | |
| 10925 | GARY AMMONS, 7905 RIO GRANDE DR, POWELL, TN 37849-5508 | |
| 10925 | GARY ASHKIN, 124 E LUPITA, SANTA FE, NM 87505-4716 | |
| 10925 | GARY B SAXTON, 15914 MESA VERDE, HOUSTON, TX 77059-6440 | |
| 10924 | GARY BALE REDI-MIX CONCRETE, INC., 16131 CONSTRUCTION CIRCLE WEST, IRVINE, CA 92606 | |
| 10924 | GARY CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, ATLANTA, GA 30336 | |
| 10924 | GARY CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, ATLANTA, GA 30377-0157 | |
| 10924 | GARY CONCRETE PRODUCTS, I-20 & RIVERWATCH PARKWAY, AUGUSTA, GA 30917 | |
| 10924 | GARY CONCRETE, 1848 HOLLYWOOD ROAD, ATLANTA, GA 30318 | |
| 10925 | GARY D GROFF, 12408 TAMPICOWAY, SILVER SPRING, MD 20904-1752 | |
| 10925 | GARY D PARK &, JUDY S PARK JT TEN, 12231 W SHERIAC CIRCLE, WICHITA, KS 67235-1400 | |
| 10925 | GARY D REED, 9651 E WATERLOO RD 28, ARCADIA, OK 73007-9551 | |
| 10925 | GARY DAVIS, 2963 MONTGOMERY ST, WANTAUGH, NY 11793-2315 | |
| 10925 | GARY DONNELLY, 137 SOUTH EASTON ROAD, GLENSIDE, PA 19038 | |
| 10924 | GARY ELEMENTRY SCHOOL, C/O ASC INSULATION & FIREPROOFING, CHICAGO, IL 60600 | |
| 10924 | GARY ESSARY CONSTRUCTION, 72 EAST, CORINTH, MS 38834 | |
| 10924 | GARY ESSARY CONSTRUCTION, RT 10 BOX 230, CORINTH, MS 38804 | |
| 10924 | GARY ESSARY CONSTRUCTION, RT 10 BOX 230, CORINTH, MS 38834 | |
| 10925 | GARY F DOOLITTLE, 8729 PINON DR, JACKSONVILLE, FL 32221-6549 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GARY F LONG, 6606 MARSHALL BLVD, LITHONIA, GA 30058 | |
| 10925 | GARY FILTRATION, PO BOX 1825, LAKE CHARLES, LA 70602 | |
| 10925 | GARY FORSHEE, 8054 MONALDI DR, MUNSTER, IN 46321-1307 | |
| 10925 | GARY FRANASIAK, 218 PATRICE TERR, AMHERST, NY 14221-3948 | |
| 10925 | GARY FRIEDMAN, 11909 MOHAWK LANE, LEAWOOD, KS 66209-1038 | |
| 10924 | GARY HULL ANESTHESIA, 7521 TALBERT AVENUE, HUNTINGTON BEACH, CA 92648 | |
| 10924 | GARY JOB CORPS. GYMNASIUM, GARY JOB CORP. CENTER CAMPUS, SAN MARCOS, TX 78666 | |
| 10925 | GARY JR., AMADA, ROUTE 1 BOX 45, JENNINGS, LA 70546 | |
| 10925 | GARY L BABCOCK, R D 1, BURLINGTON FLATS, NY 13315-9801 | |
| 10925 | GARY L BALTZER &, CAROL P BALTZER JT TEN, 6286 ROSECOMMON DR, NORCROSS, GA 30092-1852 | |
| 10925 | GARY L BIVINS, 3805 HEDGECLIFF COURT, ALPHARETTA, GA 30202-7116 | |
| 10925 | GARY L CROSSIN, 456 ST CHARLES ST, ELGIN, IL 60120-7828 | |
| 10925 | GARY L DOGGETT &, JUDY K DOGGETT JT TEN, 15818 HILLSIDE FALLS TRAIL, HOUSTON, TX 77062-4792 | |
| 10925 | GARY L FULKERSON, 2236 HAYDEN BRIDGE ROAD, OWENSBORO, KY 42301-8525 | |
| 10925 | GARY L GUSTAFSON &, BONNIE L GUSTAFSON JT TEN, HOMAT PRESIDENT 420, 1-3-20 ROPPONGI, MINATO-KU, TOKYO, 106-0032JAPAN | *VIA Deutsche Post* |
| 10925 | GARY L HUMMA & JOAN E HUMMA, JT TEN, 2200 NORTHMONT BLVD, READING, PA 19605-3031 | |
| 10925 | GARY L SWENSON, 813 COSBY, LIBERTY, MO 64068-1213 | |
| 10925 | GARY L. CAMERON, RR#1, BOX 1468, STOCKTON SPRINGS, ME 04981 | |
| 10925 | GARY L. MCWHORTER DETECTIVE AGENCY, 243 LIVINGSTON AVE, NEW BRUNSWICK, NJ 08901 | |
| 10925 | GARY LEE ROBERTS &, VADA M ROBERTS JT TEN, C/O VADA M ROBERTS, PO BOX 332, ISLAND PARK, ID 83429-0332 | |
| 10925 | GARY LEROY MITCHELL &, JOANNE SMITH MITCHELL JT TEN, PO BOX 134, SODDY, TN 37379-0134 | |
| 10925 | GARY M REGAN, 1000 W 46, KANSAS CITY, MO 64112-1220 | |
| 10925 | GARY NEIL OLSON, 8436 TEA ROSE DR, GAITHERSBURG, MD 20879-4651 | |
| 10925 | GARY NORTON GREENE, 10658 FAULKNER RD 6 CIR, COLUMBIA, MD 21044 | |
| 10925 | GARY POINDEXTER, 1947 S WADSWORTH BLVD APT 305, LAKEWOOD, CO 80227-2434 | |
| 10924 | GARY POINDEXTER, W.R. GRACE & CO., LAKEWOOD, CO 80227 | |
| 10925 | GARY PRICE, 21061 BARBADOS CIRCLE, HUNTINGTON BEACH, CA 92646 | |
| 10925 | GARY Q RICHARDS, 4921 BRITTANY COURT W, COLUMBUS, OH 43229-5704 | |
| 10925 | GARY R MARRELL, 16 ALLISON DR, OLD BETHPAGE, NY 11804-1602 | |
| 10925 | GARY R. LARSEN, 21376 CRESTFALLS COURT, BOCA RATON, FL 33428 | |
| 10925 | GARY R. STECHMESSER, 1508 FOX CHASE DR., SEWICKLEY, PA 15143 | |
| 10925 | GARY S HATCH, RR1 BOX 311, HAVERHILL, NH 03765-9717 | |
| 10924 | GARY SAFE CO, ONE GARY WAY, WAYNESBORO, GA 30830 | |
| 10924 | GARY SAFE CO, P.O. BOX 947, WAYNESBORO, GA 30830 | |
| 10924 | GARY SAFE COMPANY, ATTN:  ACCOUNTS PAYABLE, WAYNESBORO, GA 30830 | |
| 10925 | GARY T CANTRELL, 337 WASHINGTON AVE, SAVANNAH, GA 31405-2209 | |
| 10925 | GARY T PIZZAIA, 609B CRANBURY CROSSROAD, NORTH BRUNSWICK, NJ 08902 | |
| 10925 | GARY VAN RAINES &, MARILYNN DARLENE RAINES JT TEN, PO BOX 1033, GRAPELAND, TX 75844-1033 | |
| 10925 | GARY W HAYNES &, PAULA F HAYNES JT TEN, 330 CR 1543, SALTILLO, MS 38866-7133 | |
| 10925 | GARY W STARLEY, 60 CEDAR LANE NORTH, NEWNAN, GA 30263 | |
| 10925 | GARY W. WHITTEMORE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | GARY WAYNE WALLACE, 2924 KENT DR, OKLAHOMA CITY, OK 73120-2505 | |
| 10925 | GARY WOZNIAK, 295 ST JOHN S PL 3H, BROOKLYN, NY 11238-0000 | |
| 10925 | GARY YARDUMIAN, PRINDLE, DECKER & AMARO, 310 GOLDEN SHORE 4TH FLR PO BOX 22711, LONG BEACH, CA 90801-5511 | |
| 10925 | GARY, ALBERT, 5306 C VIATOR RD, NEW IBERIA, LA 70560-9122 | |
| 10925 | GARY, CAL, 3918 BUTE, HOUSTON, TX 77006 | |
| 10925 | GARY, CHARLES, 3144 S. FREMONT AVE., MINNEAPOLIS, MN 55408 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | GARY, COLUMBUS, 5611 S. MICHIGAN AVE., NONE, IL 60637 | |
| 10925 | GARY, CONNIE, RT 2 BOX 14D, HALIFAX, NC 27839 | |
| 10925 | GARY, DARRYL, 210 FLORINE ST., WELSH, LA 70591 | |
| 10925 | GARY, DAWN, ROUTE 6 BOX 204, COMMERCE, GA 30529 | |
| 10925 | GARY, DIERK, 210 FLORINE ST., WELSH, LA 70591 | |
| 10925 | GARY, EDWARD, 3823 N. UNIVERSITY, CARENCRO, LA 70520-9333 | |
| 10925 | GARY, GREGORY, 5300 AUGUSTA RD #267, GREENVILLE, SC 29605 | |
| 10925 | GARY, KENNETH, RT 2 BOX 14D, HALIFAX, NC 27839 | |
| 10925 | GARY, LARRY, 136 RAVEY LANE, JENNING, LA 70546 | |
| 10925 | GARY, LINDA, CUST FOR BRENT GARY UNDER THE, VA UNIF TRAN TO MINORS ACT, 1518 HELMSDALE DR, RICHMOND, VA 23233-4722 | |
| 10925 | GARY, MARTHA, PO BOX 11, MOOREHAVEN, FL 33440 | |
| 10925 | GARY, MERLIN, 8C-62, BOX 102, EVANGELINE, LA 70537 | |
| 10925 | GARY, ROY, 122 SHEFFIELD DR., PIEDMONT, SC 29673 | |
| 10925 | GARY, SIGMUND, 102 OPHELIA LANE, LAFAYETTE, LA 70506-3148 | |
| 10925 | GARY, SUBRENNA, 3109 KINGSTOWNE CLB DRIVE, SMYRNA, GA 30080 | |
| 10925 | GARY, TIM, 2413 BONITO DRIVE, LAKE CHARLES, LA 70605 | |
| 10924 | GARY-HOBART ROOFING, **TO BE DELETED**, AINSWORTH, IN 46342 | |
| 10924 | GARY-HOBART ROOFING, 2520 W 37TH ST, HOBART, IN 46342 | |
| 10924 | GARY-HOBART ROOFING, 2520 WEST 37TH AVENUE, HOBART, IN 46342 | |
| 10924 | GARY-HOBART ROOFING, P.O. BOX 346, HOBART, IN 46342 | |
| 10925 | GARZA ESCATEL, NORMA, 211 BURKE, SAN ANTONIO, TX 78225 | |
| 10925 | GARZA, ALIFONSO, PO BOX 125, BRUNIS, TX 78344 | |
| 10925 | GARZA, ARNOLDO, PO BOX 565, FALFURRIAS, TX 78355 | |
| 10925 | GARZA, ARNULFO, RT. 9 BOX 73, EDINBURG, TX 78539 | |
| 10925 | GARZA, DEBRA, 3102 SANTA FE 26, CORPUS CHRISTI, TX 78404 | |
| 10925 | GARZA, EDGAR, 1505 W. 18TH ST., MISSION, TX 78572 | |
| 10925 | GARZA, EDNA, 202 PAT, LEVELLAND, TX 79336 | |
| 10925 | GARZA, FELIX, 714 W 3RD, ALICE, TX 78332 | |
| 10925 | GARZA, FELIX, RT. 2 BOX 177C-18, EDINBURG, TX 78539 | |
| 10925 | GARZA, GRACIELA, 2021 BRIARWOOD, CORPUS CHRISTI, TX 78412 | |
| 10925 | GARZA, GUADALUPE, 605 E SAM HOUSTON, PHARR TX, TX 78577 | |
| 10925 | GARZA, JORGE, 4763 PALACIO REAL, BROWNSVILLE, TX 78520 | |
| 10925 | GARZA, JORGE, PO BOX 72, HEBBRONVILLE, TX 78361 | |
| 10925 | GARZA, JOSEPH, PO BOX 342, FREER, TX 78357-0342 | |
| 10925 | GARZA, JUAN, 1013 W. 24TH ST, HOUSTON, TX 77008 | |
| 10925 | GARZA, JUAN, 137 ARIZONA LOOP, LAREDO, TX 78041 | |
| 10925 | GARZA, JUAN, 1669 TYSON, BLUE HOUND, TX 76131 | |
| 10925 | GARZA, JUAN, 3969 ROSEHILL APT 2213, FAYETTEVILLE, NC 28311 | |
| 10925 | GARZA, JUAN, 49 CASA DE AMIGOS, BROWNSVILLE, TX 78521 | |
| 10925 | GARZA, JUAN, 502 E. GRUY, HEBBRONVILLE, TX 78361 | |
| 10925 | GARZA, KATHLEEN, 651 ELM AVE, MILPITAS, CA 95035 | |
| 10925 | GARZA, KAY, PO BOX 200863, SAN ANTONIO, TX 78220 | |
| 10925 | GARZA, LEA, 645 SAN JACINTO, SAN ANGELO, TX 76903 | |
| 10925 | GARZA, LEONEL, 2209 ORANGE, MCALLEN, TX 78501 | |
| 10925 | GARZA, LUCINDA, 809 5TH, ALBERNATHY, TX 79311 | |
| 10925 | GARZA, LYDIA, 5515 N. GWIN RD., EDINBURG, TX 78539 | |
| 10925 | GARZA, MANUEL, 2506 CATHRINE, DALLAS, TX 75211 | |
| 10925 | GARZA, MANUEL, 3300 S. HILL, AMARILLO, TX 79103 | |
| 10925 | GARZA, MARCO, 213 ERMA, MISSION, TX 78572 | |
| 10925 | GARZA, MARIA CARMEN, 3820 S U.S. HWY 281, EDINBURG, TX 78539 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GARZA, MARIA, 4105 GERANIUM AVE, MC ALLEN, TX 78501-3447

10925    GARZA, MARIA, 4114 MEDICAL DR., SAN ANTONIO, TX 78229

10925    GARZA, MARIO, 907 SOUTH AVE, DONNA, TX 78537

10925    GARZA, MARTHA, PO BOX 509, EAGLE PASS, TX 78853

10925    GARZA, NICOLAS, PO BOX 880, ZAPATA, TX 78076

10925    GARZA, ONOFRE, 2607 PINE ST, ROCK FALLS, IL 61071

10925    GARZA, PABLO, PO BOX 206, HEBBRONVILLE, TX 78361

10925    GARZA, PATRICIA, 1620 JEFFERSON ST., LAREDO, TX 78040

10925    GARZA, PATRICIA, 302 CORDELIA, SAN ANTONIO, TX 78237

10925    GARZA, PETRA, 2608 HELENA, MCALLEN TX, TX 78501

10925    GARZA, RAMON, 6057 AIRSTREAM, CORPUS CHRISTI, TX 78408

10925    GARZA, RICARDO, 10641 COOGAN DR., DALLAS, TX 75229

10925    GARZA, ROBERT, RT2 BOX 177-D, EDINBURG, TX 78539

10925    GARZA, ROEL, 1037 HOWELL PL., 204, AURORA, IL 60505

10925    GARZA, ROLAND, 105 SPRITEWOOD, UNIVERSAL CITY, TX 78148

10925    GARZA, SANTOS, 922 E CEMETARY RD, ALVIN, TX 77511

10925    GARZA, SUSANA, 1101 E. ALAN, PHARR, TX 78577

10925    GARZA, VICTOR, RT 7 BOX 213 F-7, EDINBURG, TX 78539

10925    GARZA, YOLANDA, 3511 WEIR AVE., SAN ANTONIO, TX 78226

10925    GARZA, ZARAGOZA, 2107 CHICAGO, MCALLEN, TX 78501

10925    GARZA-ARGAIS, PATRICIA, 314 W. MONTGOMERY, LAREDO, TX 78040

10925    GARZILLI, LENORA, PO BOX 144, WINDHAM, NY 12496-0144

10925    GARZON, SAMUEL, 6297 ISLAND WAY, MARGATE, FL 33063

10925    GAS COMPANY SEISMIC SERVICES, THE, POBOX 3249, LOS ANGELES, CA 90051-1249

10924    GAS EQUIPMENT ENGINEERING CORP., 1240 ORONOQUE ROAD, MILFORD, CT 06460

10924    GAS EQUIPMENT ENGINEERING CORP., PO BOX 2-237, MILFORD, CT 06460

10925    GAS EQUIPMENT SUPPLY CO, INC, 2708 CHARLES CITY RD., RICHMOND, VA 23231

10925    GAS PROCESSORS ASSOCIATION, 6526 E 60TH ST, TULSA, OK 74145

10925    GAS TECH, INC, 8407 CENTRAL AVE, NEWARK, CA 94560-3431

10925    GAS TECH, INC, PO BOX 840616, DALLAS, TX 75284-0616

10925    GASAWAY, A, 6524 N 89TH ST APT 156, OVERLAND PARK, KS 66212

10925    GASAWAY, BETTY, RT 1 BOX 1088, PENDERGRASS, GA 30567

10925    GASAWAY-JOHNSON, MICHELLE, 12159 AUTUMN LAKES DR., BRIDGETON, MO 63044

10925    GASCA, VANESSA, 205 MAPLE #19, CLOVIS, NM 88101

10925    GASCOYNE LABORATORIES, INC, 2101 VAN DEMAN ST., BALTIMORE, MD 21224

10925    GASIOR, FRANK, 936 STADIUM DR, GREEN BAY, WI 54304-4449

10925    GASIOR, JOSEPHINE, 94 SCHOOL ST, GLEN COVE, NY 11542

10925    GASKETS INC., HINSHAW & CULBERTSON, SUITE 2600, 100 EAST WISCONSIN AVE., MILWAUKEE, WI 53202-4115

10925    GASKIN, LARRY, 2075 9TH LANE NE, WINTER HAVEN, FL 33881-1718

10925    GASKIN, MICHAEL, 7310 S 86TH AVE, JUSTICE, IL 60458

10925    GASKIN, RICHARD, 816 ADAMS ST, OTTAWA, IL 61350

10925    GASKIN, ROBERT, 534 E 37TH AVE LOT #545, HOBART, IN 46342

10925    GASKIN, ROBERT, 6051 W. 65TH ST, BEDFORD PARK, IL 60638

10925    GASKINS, HANNAH, RT 1 BOX 339 A, ORIENTAL, NC 28571

10925    GASKINS, MOLLY, CUST FOR GINA GASKINS, UNIF GIFT MIN ACT CA, 13732 RUSHMORE LN, SANTA ANA, CA 92705-2653

10925    GASKINS, MOLLY, CUST FOR JAMIE GASKINS, UNIF GIFT MIN ACT CA, 13732 RUSHMORE LN, SANTA ANA, CA 92705-2653

10925    GASKINS, THOMAS, 613 E STEEPLE CHASE ROAD, PLEASANT GARDEN, NC 27313-9241

10925    GASKO, LOUIS, REFORMED CHURCH HOME, OLD BRIDGE, NJ 08857

10925    GASPARD, DOROTHY, 144 SUN RIDGE, ALEXANDRIA, LA 71302

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    GASPARD, FEDLIS, RT. 1, BOX 185, ERATH, LA 70533

10925    GASPARD, HILARY, 114 EAST 135TH ST, GALLIANO, LA 70354

10925    GASPARD, RUTH, 106 NOTRE DAME DR, LAFAYETTE, LA 70506

10925    GASPARDI, ELAINE, 669 EAST MAIN ST, NORTH ADAMS, MA 01247

10925    GASPARDI, ENRICO, 669 EAST MAIN ST, NO ADAMS, MA 01247-4417

10925    GASPARDI, MICHAEL, 239 W SHAFT RD, NO ADAMS, MA 01247

10924    GASPAROTT, J.L. INC., 13101 ECKLES, PLYMOUTH, MI 48170

10924    GASPAROTT, J.L. INC., 199 N. MAIN, PLYMOUTH, MI 48170

10925    GASPER F CARAVELLO &, C CARAVELLO JT TEN, 25 OLIVER ST, BROOKLYN, NY 11209-6571

10925    GASPER, JANET, 4212 WEATHERTON PLACE, ST CHARLES, MO 63303

10924    GASPRO INC, 33002 FM 2004, ANGLETON, TX 77515

10924    GASPRO, 2305 KAMEHAMEHA HIGHWAY, HONOLULU, HI 96820

10924    GASPRO, 2305 KAMEHAMEHA HWY, HONOLULU, HI 96820

10924    GASPRO, CAROLINA CONSOLIDATED, 401 EAST 33RD STREET, CHARLOTTE, NC 28205

10924    GASPRO/TOURIST SUB, 2305 KAMEHAMEHA HWY, HONOLULU, HI 96820

10924    GASPRO/TOURIST SUB, PO BOX30707, HONOLULU, HI 96820

10925    GASQUE, MARY, 1010 SMOKE TREE ROAD, BALTIMORE, MD 21208

10925    GASSAWAY CONCRETE, CHAPEL ROAD, GASSAWAY, WV 26624

10924    GASSAWAY CONCRETE, CHAPEL ROUTE, GASSAWAY, WV 26624

10924    GASSAWAY CONCRETE, HC 76, BOX 34 G, GLENVILLE, WV 26351

10924    GASSAWAY CONCRETE, P O BOX 367, GASSAWAY, WV 26624

10924    GASSAWAY CONCRETE, PO BOX 367, GASSAWAY, WV 26624

10925    GASSER, DEBORAH, 3287 DOVER RD, WOOSTER, OH 44691

10925    GASSER, ELLEN, 4380 SEQUOIA DRIVE, WINDSOR, WI 53598

10925    GAST MANUFACTURING CORP, 2801 S FAIRFIELD AVE STE B, LOMBARD, IL 60148-1347

10925    GAST MANUFACTURING INC, POBOX 98763, CHICAGO, IL 60693

10925    GAST MANUFACTURING, 2801 S FAIRFIELD AVE STE B, LOMBARD, IL 60148-1347

10925    GAST, CHERYL, 7987 MILLSTREAM CT, ELKRIDGE, MD 21075-6144

10925    GASTALDO, JAYNE, 383 GREEN VALLEY ROAD, STATEN ISLAND, NY 10312

10925    GASTELLE, MICHAEL, 5297, ORLANDO, FL 32808

10925    GASTON & SNOW, ATTENTION: CRAIG H CAMBELL, ONE FEDERAL ST, BOSTON, MA 02110

10925    GASTON COUNTY TAX COLLECTOR, PO BOX 580326, CHARLOTTE, NC 28258-0326

10925    GASTON COUNTY TAX COLLECTOR, PO BOX 9000, GASTONIA, NC 28053-9000

10925    GASTON ELECTRIC CONTRACTORS INC, PO BOX 400, GASTONIA, NC 28052

10925    GASTON HEALTH CARE INC, GEN COUNSEL, 2525 COURT DRIVE, PO BOX 1747, GASTONIA, NC 28053-1747

10924    GASTON HEALTH CARE, INC., 2525 COURT DRIVE, GASTONIA, NC 28053-1747

10924    GASTON HOSPITAL, C/O WARCO, 2312 ABERDEEN BLVD., GASTONIA, NC 28054

10924    GASTON MEMORIAL HOSPITAL, 2525 COURT DRIVE, GASTONIA, NC 28054

10924    GASTON MIDDLE SCHOOL, C/O WARCO CONSTRUCTION, 100 BROUGHTON STREET, GASTON, NC 27832

10925    GASTON SPRINKLER, INC, PO BOX 1095, DALLAS, TX 28034

10925    GASTON, DONALD, 6321 EUNICE HWY., HOBBS, NM 88240

10925    GASTON, E, 218 FARM TO MARKET ROAD, LIBBY, MT 59923

10925    GASTON, E, 218 FARM TO MARKET ROAD, LIBBY, MT 59923-9107

10925    GASTON, GRADY, 220 SALUDA VIEW DRIVE, EASLEY, SC 29640-6730

10925    GASTON, JANICE, 228 MAPLE ST, SANDERSVILLE, GA 31082

10925    GASTON, JEAN, 861 - 43RD ST, OAKLAND, CA 94608

10925    GASTON, JOHN, 4200 BRIDGEVIEW #316, FORT WORTH, TX 76109

10925    GASTON, MALCOLM, 807 GRAYSON, NOCONA, TX 76255

10925    GASTONIA FIRE & SAFETY, PO BOX 751965, CHARLOTTE, NC 28275-1965

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GASTON-MCNUTT, RAMONA, PO BOX 1372, SHALLOWATER, TX 79363 | |
| 10925 | GASVODA & ASSOC, INC, 1530 HUNTINGTON DRIVE, CALUMET CITY, IL 60409 | |
| 10925 | GATCH, JOHN, 214 LYTLE ST, GREER, SC 29650 | |
| 10925 | GATCH, THOMAS, 214 LYTLE ST, GREER, SC 29650 | |
| 10924 | GATE BLUEGRASS PRECAST INC., 101 SEVENTH STREET, WINCHESTER, KY 40391 | |
| 10924 | GATE BLUEGRASS PRECAST INC., P.O. BOX 4156, WINCHESTER, KY 40392 | |
| 10925 | GATE CITY MONUMENT,INC, 321 WEST HOLLIS ST, NASHUA, NH 03060 | |
| 10924 | GATE CONCRETE PRODUCTS CO., 3800 OXFORD LOOP, OXFORD, NC 27565 | |
| 10924 | GATE CONCRETE PRODUCTS CO., ATTN:  ACCOUNTS PAYABLE, OXFORD, NC 27565 | |
| 10925 | GATE CONCRETE PRODUCTS INC, 407 HECKSHER DRIVE, JACKSONVILLE, FL 32218 | |
| 10924 | GATE CONCRETE PRODUCTS, 402 HECKSCHER DR, JACKSONVILLE, FL 32218 | |
| 10924 | GATE CONCRETE PRODUCTS, 402 HECKSCHER DR., JACKSONVILLE, FL 32226 | |
| 10924 | GATE CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, OXFORD, NC 27565 | |
| 10924 | GATE PRECAST CO, NEW PLANT, MONROEVILLE, AL 36461 | |
| 10924 | GATE PRECAST CO, ROSS PLANT, MONROEVILLE, AL 36461 | |
| 10924 | GATE PRECAST CO., OUTSIDE MIXER/LAZENBY PC, MONROEVILLE, AL 36461 | |
| 10924 | GATE PRECAST COMPANY, HGWY. 21 SOUTH, MONROEVILLE, AL 36461 | |
| 10924 | GATE PRECAST COMPANY, HIGHWAY 21 SOUTH, MONROEVILLE, AL 36461 | |
| 10924 | GATE PRECAST COMPANY, HWY. 21 SOUTH R/M PLANT, MONROEVILLE, AL 36461 | |
| 10924 | GATE PRECAST COMPANY, ROSS PLANT, MONROEVILLE, AL 36461 | |
| 10925 | GATELY, LISA, 1824 SHERMAN AVE, PALATKA, FL 32177 | |
| 10925 | GATES CORPORATION, PO BOX 5887, DENVER, CO 80217 | |
| 10924 | GATES CORPORATION, PO BOX 5887, DENVER, CO 80217-5887 | |
| 10925 | GATES MCDONALD, PO BOX L-1929, COLUMBUS, OH 43260 | |
| 10924 | GATES RUBBER CO., 900 SOUTH SANTA FE, DENVER, CO 80223 | |
| 10924 | GATES RUBBER COMPANY, 150 EAST KNOXVILLE ROAD, GALESBURG, IL 61402 | |
| 10924 | GATES RUBBER COMPANY, PO BOX 1196, GALESBURG, IL 61401 | |
| 10924 | GATES RUBBER COMPANY, PO BOX 5887, DENVER, CO 80217 | |
| 10924 | GATES STAT INC., 71 SHEER PLAZA, PLAINVIEW, NY 11803 | |
| 10925 | GATES, CATHERINE, PO BOX 3513, SUFFOLK, VA 23434 | |
| 10925 | GATES, DONNA, 2600 HWY 18, BRANDON, MS 39042 | |
| 10925 | GATES, E, 1433 SOUTHPORT #3, MEMPHIS, TN 38116 | |
| 10925 | GATES, EVETTE, 1800 S 8TH ST APT #222, WACO, TX 76706 | |
| 10925 | GATES, JANET, 9579 F W. COALMINE, LITTLETON, CO 80123 | |
| 10925 | GATES, JERRY, 3044 S.R. 161N, TENNYSON, IN 47637 | |
| 10925 | GATES, JERRY, 4309 E. 56TH ST., INDIANAPOLIS, IN 46220 | |
| 10925 | GATES, JOE, 625 LEGION, CRAIG, CO 81625 | |
| 10925 | GATES, JULIE, 2319 E.HIGHLAND AVE #357-S, PHOENIX, AZ 85016 | |
| 10925 | GATES, KEVIS, 8 DENNIS ST., LAGRANGE, GA 30240 | |
| 10925 | GATES, LAWRENCE, 1786 KINNIKINIK PLACE, LOVELAND, CO 80537 | |
| 10925 | GATES, RAY, 18033-99TH DRIVE, MC ALPIN, FL 32062 | |
| 10925 | GATES, ROBERT, 234 N BROADWAY APT 404, MILWAUKEE, WI 53202 | |
| 10925 | GATES, SUZANNE, 10193 FORCHE RD, BLISSFIELD, MI 49228 | |
| 10925 | GATEWAY 2000, 610 GATEWAY DR., NORTH SIOUX CITY, SD 57049 | |
| 10925 | GATEWAY 2000, PO BOX 41032, SANTA ANA, CA 92799 | |
| 10924 | GATEWAY 26, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | GATEWAY 4, 105 RIVER ROAD, MCKEES ROCKS, PA 15136 | |
| 10924 | GATEWAY 900, 1105 N CHURCH STREET, CHARLOTTE, NC 28231 | |
| 10925 | GATEWAY ADDITIVE CO, 110 CORPORATE DR, SPARTANBURG, SC 29303-5038 | |
| 10925 | GATEWAY AUTO SALES INC, ELOISE A LEWIS, 2721 DUNN AVE, JACKSONVILLE, FL 32218 | |
| 10924 | GATEWAY BUILDING, BROAD ST, NEWARK, NJ 07112 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GATEWAY BUILDING, ENNES STREET, SALISBURY, NC 28145

10925   GATEWAY BUSINESS, POBOX 14427, DES MOINES, IA 50306-3427

10924   GATEWAY CENTER, 136 HEBER AVE., PARK CITY, UT 84060

10924   GATEWAY CHEMICALS, INC., 724 GOLFAIR BLVD, JACKSONVILLE, FL 32206

10924   GATEWAY CO, 6425 GRAHAM RD, SAINT LOUIS, MO 63134

10924   GATEWAY CO, THE, 6425 GRAHAM RD, SAINT LOUIS, MO 63134

10925   GATEWAY COMMUNICATIONS, INC, 1239 E.NEWPORT CENTER DRIVE,STE 111, DEERFIELD
        BEACH, FL 33442-7711

10925   GATEWAY COMPANIES, INC, 610 GATEWAY DRIVE, NORTH SIOUX CITY, SD 57049

10924   GATEWAY COMPANY, 780 NORTH 700 WEST, SALT LAKE CITY, UT 84116

10924   GATEWAY COMPANY, CAMBRIDGE, MA 99999

10924   GATEWAY CONCRETE FORMING, 11124 N INDUSTRIAL DR, MEQUON, WI 53092

10924   GATEWAY CONCRETE FORMING, 11124 NORTH INDUSTRIAL DRIVE, MEQUON, WI 53092

10925   GATEWAY FREIGHT FORWARDING, PO BOX 269, MILFORD, OH 45150-0269

10925   GATEWAY HOUSE, INC, PO BOX 4241, GREENVILLE, SC 29608

10924   GATEWAY INTERNATIONAL, 2902 AIR FREIGHT ROAD, HOUSTON, TX 77205

10924   GATEWAY PACKAGING CORP., 2240 BOYD ROAD, EXPORT, PA 15632

10924   GATEWAY PACKAGING CORP., PO BOX 33, MURRYSVILLE, PA 15668-0033

10924   GATEWAY PAINT, 2929 SMALLMAN STREET, PITTSBURGH, PA 15201

10925   GATEWAY TECHNICAL SERVICES, 11403 CRONHILL DR., STE. D, OWINGS MILLS, MD 21117

10924   GATEWAY VILLAGE, 125 NO. IRWIN AVE., CHARLOTTE, NC 28202

10925   GATEWAY, 3407 DEREK DR, LAKE CHARLES, LA 70607

10925   GATEWAY, PO BOX 41033, SANTA ANA, CA 92799-1033

10925   GATEWAY2000, PO BOX 2000, NORTH SIOUX CITY, SD 57049-2000

10925   GATEWOOD, JAMES, 802 RIDGE TOP CIRCLE, ST CHARLES, MO 63304

10925   GATEWOOD, KIMBERLY, 102 NOBLE PLACE, HUNTERSVILLE, NC 28078

10925   GATH, DOUGLAS, 38 WALKER ST, U #11, LOWELL, MA 01854

10925   GATHE, GERARD, RT 3 BOX 13068B, CARENCRO, LA 70520

10925   GATHEN-FLANNERY, SUZETTE, 1515 KIRTS BLVD, TROY, MI 48084

10925   GATHER, TRACI, 27680 SW 162 AVE, HOMESTEAD, FL 33031

10925   GATHMAN, GERALD, 9910 65TH AVE N, MAPLE GROVE, MN 55369-6203

10924   GATHRIGHT READY MIX, 1805 WESTGATE CIRCLE, HEBER SPRINGS, AR 72543

10924   GATHRIGHT READY MIX, 74 HEBER SPRINGS ROAD, HEBER SPRINGS, AR 72543

10924   GATHRIGHT READY MIX, HIGHWAY 25 SOUTH, HEBER SPRINGS, AR 72543

10925   GATHRIGHT, MELVIN, RT 1 BOX 161A, ALICE, TX 78336

10924   GATLIN LUMBER CO, 57 BEAL PARKWAY, FORT WALTON BEACH, FL 32548

10924   GATLIN LUMBER CO., 57 BEAL PKWY, FORT WALTON BEACH, FL 32548

10925   GATLIN, GEORGE, 31 SUNSET CIRCLE NW, WINTER HAVEN, FL 33881

10925   GATLIN, MARLA, 8425 BARNETT DR, BATON ROUGE, LA 70809

10925   GATO, EDMUNDO, 92 COURT ST, MANSFIELD, MA 02048

10925   GATO, PILAR, 9559 SW 1ST CT, CORAL SPRINGS, FL 33071

10924   GATOR BUILDING MATERIALS, INC., 5017 SW 41 BLVD., GAINESVILLE, FL 32608

10925   GATOR FIRE PROTECTION, 4500 OAK CIRCLE SUITE B1, BOCA RATON, FL 33431

10924   GATOR GYPSUM, 3904 E. ADAMO DR., TAMPA, FL 33605-5902

10924   GATOR POOLS, 335 NORTH SMITH ST., SANDERSVILLE, GA 31082

10924   GATOR POSTMASTER, PO BOX 530324, MIAMI, FL 33153-0324

10925   GATOR TANK TRAILER, 8321 SE 58TH AVE, OCALA, FL 34480

10925   GATREL, DUANE, 1014 S 11TH AVE, ST CHARLES, IL 60174-4412

10924   GATS MASONRY INC., 670 ST.GEORGE STREET, NEW ORLEANS, LA 70181

10924   GATS MASONRY, INC., 670 ST. GEORGE AVE., JEFFERSON, LA 70121

10925   GATTA, JUDITH, 21 POOLE ST, WOBURN, MA 01801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GATTA, SESTILIA, 26 SALEM ST, WOBURN, MA 01801

10925   GATTE, ROBERT R, 7425 BUCKS HAVEN LANE, HIGHLAND, MD 20777

10925   GATTE, ROBERT, 7425 BUCKS HAVEN LN, HIGHLAND, MD 20777

10925   GATTE, TERON, RT. 3, BOX 61, RAYNE, LA 70578

10925   GATTI & ASSOCIATES, 266 MAIN ST S21, MEDFIELD, MA 02052

10925   GATTI & ASSOCIATES, 266 MAIN ST., S21, MEDFIELD, MA 02052

10925   GATTI, MARY, 5301 ADNEY GAP COVE, MEMPHIS, TN 38134

10924   GATTI-MORRISON, 1400 SOUTH TROOPER ROAD, NORRISTOWN, PA 19403

10924   GATTIS SCHOOL ELEMENTRY, 2920 ROUND ROCK RANCH ROAD, ROUND ROCK, TX 78664

10925   GATTO, LISSA, 168 PARKVIEW DRIVE, WAUCONDA, IL 60084

10925   GATTO, STEVEN, 120TH AVN CO, FORT RICHARDSON, AK 99505

10925   GATTON, G, 10705 CEDARWOOD DR, WALDORF, MD 20601

10925   GATTON, MICHAEL, R R 1, BOX 165, WAHT CHEER, IA 50268

10924   GATX LOGISTICS, 1353 C CHARWOODD ROAD, HANOVER, MD 21076

10924   GATX LOGISTICS, 1353-C CHARWOOD RD, HANOVER, MD 21076

10924   GATX LOGISTICS, 6635 BUSINESS PARKWAY, ELKRIDGE, MD 21227

10925   GATX RAIL CORP, POBOX 93819, CHICAGO, IL 60673

10925   GATX RAIL CORP., 500 W. MONROE, CHICAGO, IL 60661

10925   GATX RAIL CORP., PO BOX 93819, CHICAGO, IL 60673-3819

10924   GATX, 4245 RAILROAD AVENUE, EAST CHICAGO, IN 46312

10924   GATX, 8901 SNOWDEN RIVER PARKWAY, COLUMBIA, MD 21046

10925   GATZ, GEORGE, 5931 S SPAULDING, CHICAGO, IL 60629

10925   GATZ, W, ROUTE 2 BOX 102, HIAWATHA, KS 66434-9608

10925   GATZKE, DENNIS, 2955 FARRINGTON DR., BATON ROUGE, LA 70814

10925   GAUBERT, MARSHALL, 323 FLORIDA BLVD, NEW ORLEANS, LA 70124

10925   GAUBERT, RAY, 506 ELIZABETH ST., LOCKPORT, LA 70374

10925   GAUCHER ASSOCIATES, INC, PO BOX 30995, WALNUT CREEK, CA 94598

10925   GAUCHER ASSOCIATES, POBOX 30995, WALNUT CREEK, CA 94598

10925   GAUCHER PRES, RICHARD A, POBOX 30995, WALNUT CREEK, CA 94598

10925   GAUCHER, DENNIS E, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   GAUCHER, DENNIS, 91 WALDEMAR AVE, WINTHROP, MA 02152

10925   GAUDES, EDWARD, 30 POND RD, DERRY, NH 03038

10925   GAUDET JR., EDGAR, PO BOX 3092, NASHUA, NH 03061

10925   GAUDET, CHRISTOPHER, 1 LORING AVE, SWAMPSCOTT, MA 01907

10925   GAUDET, GARY, 371 SAVIN HILL AVE, DORCHESTER, MA 02125-3320

10925   GAUDET, JAMES, 557 W HOUSTON RVR RD, SULPHUR, LA 70663

10925   GAUDET, JOANNE, 87 SIERRA ROAD, HYDE PARK, MA 02136

10925   GAUDET, LOIS, PO BOX 3092, NASHUA, NH 03061

10925   GAUDET, PATRICIA, 27 HARLEY AVE, EVERETT, MA 02149

10925   GAUDET, RONALD, PO BOX 719, LAROSE, LA 70373

10925   GAUDETTE, EDWARD, 1466 WASHINGTON ST, CANTON, MA 02021-2240

10925   GAUDETTE, MICHELLE, 224 MENLO ST, BROCKTON, MA 02401

10925   GAUDETTE, ROGER, 8 WATERVIEW CIRCLE, LITCHFIELD, NH 03051

10925   GAUDETTE, WILLIAM, 20005 US HIGHWAY 27 #C-461, CLERMONT, FL 34711-9039

10925   GAUDINO, ARLENE, 878 DON QUIXOTE AVE, ORLANDO, FL 32807

10925   GAUDIO, MARK, 4123 WINTRBURN AVE, PITTSBURGH, PA 15207

10925   GAUDREAU, ANDREW, 58 ELGIN ST, NASHUA, NH 03060

10925   GAUDRY, GERARD, 1008 FAIRWOOD LANE, ACWORTH, GA 30101

10925   GAUDRY, STEVEN, 7350 MCARDLE #24, CORPUS CHRISTI, TX 78412

10925   GAUERKE, GERALD, PO BOX 12, TURPIN, OK 73950-0012

10925   GAULT, BARRY, 3994 OLD SPARTANBURG HWY, MOORE, SC 29369-9713

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GAULT, BOBBY, 111 THIRD ST, FOUNTAIN INN, SC 29644

10925   GAULT, CHARLES, 409 TERRY ROAD, FOUNTAIN INN, SC 29644

10925   GAULT, FREDDY, 709 WOODSIDE AVE, FOUNTAIN INN, SC 29644

10925   GAULT, JAMES, 132 WATSON ROAD, FOUNTAIN INN, SC 29644

10925   GAULT, JOHN, 93 LONGWOOD DRIVE, SICKLERVILLE, NJ 08081

10925   GAULT, LISA, 104 HILLTOP ST, SIMPSONVILLE, SC 29681

10925   GAULT, TREVOR, 101 GILMORE ROAD, UNION, SC 29379

10925   GAUMONT, THOMAS, 180 TULLY BROOK RD. C/O COHEN, RICHMOND, NH 03470-4406

10925   GAUNT, LORI, 1136 MARTIN RD., STONE MTN., GA 30088

10925   GAUNTLETT, ELMA, 184 N GASTON AVE, SOMERVILLE, NJ 08876-2022

10925   GAUSE, FATHIA, RTE 2 BOX 67A, BARTOW, GA 30413

10925   GAUSE, STANLEY, 2890 NW 29TH AVE., BOCA RATON, FL 33434

10925   GAUTHE, HUBERT, 4323 HWY 24, GRAY, LA 70359

10925   GAUTHIER, CLAIRE, 32 MECHANIC ST, BEVERLY, MA 01915

10925   GAUTHIER, PAMELA, BOX 64, HAMILTON, CO 81638

10925   GAUTHIER, RITA, 3 POPLAR ST, BRAINTREE, MA 02184

10925   GAUTHIER, WILLIAM, 902 PLUM FALLS CT, HOUSTON, TX 77062

10925   GAUTIER, BARBARA, PO BOX 20405, ROANOKE, VA 24018

10925   GAUTREAUX, ANTHONY, 1921 SLATTER ST, HOUMA, LA 70360

10925   GAUTREAUX, CINDY, 930 WAGON TRAIL RD, CARENCRO, LA 70520

10925   GAUTREAUX, DANIEL, 1305 DESPIT ST., HOUMA, LA 70360

10925   GAUTREAUX, LYNN, 307 CYPRESS VILLAGE, HOUMA, LA 70360

10925   GAUTREAUX, MICHAEL, 131 CATHERINE ST., LOCKPORT, LA 70374

10925   GAUTREAUX, STEVE, PO BOX 543, MONTEGUT, LA 70377

10925   GAUTREAUX, THOMAS, 8578 HWY. 1, LOCKPORT, LA 70374

10925   GAVAGAN, PATRICIA, 8 DRAYTON PL, WAYNE, NJ 07470

10925   GAVAN, HENRY, 847 A LITTLE BAY, NORFOLK, VA 23503

10925   GAVER, JEANNE, 9039 SLIGO CREEK PKW#514, SILVER SPRING, MD 20901

10925   GAVETTE, MELISSA, 2126 OAKHURST DR, JACKSON, MS 39204

10925   GAVIGAN, KAREN, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   GAVIGAN, KAREN, 7892 POPLAR GROVE RD, SEVERN, MD 21144

10925   GAVIGAN, TIMOTHY, 7520 BRENISH DR, GAITHERSBURG, MD 20879

10925   GAVIN GAVIN, 28 TANNER ST, HADDONFIELD, NJ 08033

10925   GAVIN SMITH, 78 COBB CLOSE, BERKSHIRE, DATCHET SLOUGH, SL3-9QYUNITED KINGDOM        *VIA Deutsche Post*

10925   GAVIN, ASSUMPTA, 89 COX AVE, YONKERS, NY 10704

10925   GAVIN, DELFINA, 270 BROADMEADOW ROAD UNIT 327, MARLBORO, MA 01752

10925   GAVIN, JILL, 4650 LUXBERRY DR, FAIRFAX, VA 22032

10925   GAVIN, SHEILA, 430 CREST DR, NORTHVALE, NJ 07647

10925   GAVIN, THOMAS, 156 CANNON FORGE DR., FOXBORO, MA 02035

10925   GAVIN, TROY, HC 75,BOX 81, BROKEN BOW, NE 68822

10925   GAVINA, GILDA, 127 WILLIAMS AVE, JERSEY CITY, NJ 07304

10925   GAVINO, MARIA, 3006 N KENNETH, CHICAGO, IL 60641

10925   GAVIRIA, W, 28 RUTH LANE, DEMAREST, NJ 07627

10924   GAVLON COATINGS, 10531 WEST LITTLE YORK, HOUSTON, TX 77041

10924   GAVLON INDUSTRIES, INC, 10531 W. LITTLE YORK ROAD, HOUSTON, TX 77041

10924   GAVLON INDUSTRIES, INC., 10531 W. LITTLE YORK ROAD, HOUSTON, TX 77041

10925   GAWEL, DEBRA, 242 NORTH 6 AVE, MANVILLE, NJ 08835

10925   GAWELL JT TEN, ANTHONY J & ANGELA F, 101 MADISON AVE, CLIFTON, NJ 07011-2705

10925   GAWKA, ROSILIE, 20 SUNNYSIDE ROAD, WEST ORANGE, NJ 07052

10925   GAWORECKI, WILLIAM, 7838 RESTMOOR DRIVE, BALDWINSVILLE, NY 13027

10925   GAY, ALONZO, 2802 SAM HICKS ROAD, PLANT CITY, FL 33566-8181

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 GAY, BENJAMIN, 104 FAIR OAKS AVE, STAFFORD, VA 22554

10925 GAY, CHARLES, 120 SPRINGHOUSE LN, FAYETTEVILLE, GA 30214

10925 GAY, DAVID, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925 GAY, DAVID, 7179 MOORLAND DRIVE, CLARKSVILLE, MD 21029

10925 GAY, DAVID, RR 4 PO BOX 190, NORTH PLATTE, NE 69101

10925 GAY, EVELYN, 3903 INNER CIRCLE, BALTIMORE, MD 21225

10925 GAY, GARLAND, 4530 FINNEY COURT, BALTIMORE, MD 21215

10925 GAY, JAMES, 7302 UNIVERSITY ROW, SAN ANTONIO, TX 78249

10925 GAY, KATHRYN, PO BOX 46, MULBERRY, FL 33860-0046

10925 GAY, LANNETTE, 4916 PRENTICE PLACE, CHARLOTTE, NC 28210

10925 GAY, LINDA, RT 1 BOX 385, WARTHEN GA, GA 31094

10925 GAY, MICHAEL, 120 WELLINGTON CT, ATHENS, GA 30605

10925 GAY, NORMA, RT 1 BOX 362 J, LIZELLA, GA 31052

10925 GAYAN, LORI, 210 HOWARD ST , #11, POYNETTE, WI 53955

10925 GAYDOS, DOROTHY, 125 35TH AVE NE, HICKORY, NC 28601

10925 GAYHART, SHARON, GENERAL DELIVERY, HARDBURLY, KY 41747

10925 GAYLE GLANVILLE &, A ROBIN GLANVILLE JT TEN, 2019 E BRANCH HOLLOW DR, CAROLLSTON, TX 75007-1614

10925 GAYLE L HIBBARD, 650 SE DOWSETT LANE, GRESHAM, OR 97080-7814

10925 GAYLE MALATESTINIC, 260 HARPER AVE, MORRISVILLE, PA 19067-1115

10925 GAYLE R. STASILA, 5922 W 75TH PLACE, BURBANK, IL 60459

10925 GAYLE WHITE &, CHRISTINE WHITE JT TEN, 416 S ARKANSAS, W PLAINS, MO 65775-2544

10925 GAYLE, RICARDO, 3872 LANCEWOOD DRIVE, CORAL SPRINGS, FL 33065

10925 GAYLER, JERRY, PO BOX 7, GUSHER, UT 84030

10925 GAYLON DISTRIBUTING INC, 10310 S. DOLFIELD ROAD, OWINGS MILLS, MD 21117-3522

10925 GAYLON DISTRIBUTING, INC, 10310 S. DOLFIELD RD., OWINGS MILLS, MD 21117-3522

10925 GAYLOR, ANNETTE, 4092 BARBERRY DRIVER, HOUSTON, TX 77051

10925 GAYLOR, PATRICIA, 144 COUNTY RD 904, SELMA, AL 36701

10925 GAYLORD BROS., PO BOX 4901, SYRACUSE, NY 13221-4901

10924 GAYLORD CHEMICAL, 106 GALERIA BLVD., PO BOX 1209, SLIDELL, LA 70459

10924 GAYLORD CHEMICAL, 420 WILLIS AVENUE, BOGALUSA, LA 70427

10925 GAYNOR, HERMAN, 1431 GIBSONWOOD RD., BALTIMORE, MD 21228

10925 GAYNOR, JAICI, 325 EAST 6TH AVE, RENO, NV 89502

10925 GAYNOR, MATILDA, 700 NW 175TH DRIVE, MIAMI, FL 33169

10925 GAYNOR, MICHAEL, 921 OLD MARION RD NE, CEDAR RAPIDS, IA 52402

10925 GAYOSO JT TEN, ANTONIO & ROSA, 2656 ELLEN RD, BELLMORE, NY 11710-5213

10925 GAYSHUN, LENA, 4 JOHN ST, SOUTH RIVER, NJ 08882

10924 GAYSON SDI, 30 SECOND STREET S.W., BARBERTON, OH 44203

10925 GAYTAN, AMALIA, 509 E. CUTHBERT, MIDLAND, TX 79703

10925 GAYTAN, SANDRA, 890 S. LINCOLN AVE, KANKAKEE, IL 60901

10925 GAYTON, BERRY, RT. 2, BOX 523-B, LOCKPORT, LA 70374

10925 GAYTON, LINDA, 18710 SW 316 ST, HOMESTEAD, FL 33030

10925 GAZDA, GREG, 5215 KENNEDY AVE, EAST CHICAGO, IL 46312

10925 GAZDA, GREGORY, 1741 CLEVELAND AVENU, WHITING, IN 46394

10925 GAZZE BAND, PO BOX 24775, BALTIMORE, MD 21220

10925 GB HOULISTON, CO, 2260 PARK AVE., CINCINNATI, OH 45206

10925 GB INTERNATIONAL, 1408 AIRPORT ROAD, ENDICOTT, NY 13760

10925 GB SCIENTIFIC, PO BOX 2831, NOVATO, CA 94948

10925 GBA COMPANIES, 147 POE ROAD, VALE, NC 28168

10925 GBA COMPANIES, 406 MASSAPOAG RD, LINCOLNTON, NC 28092

10924 GBM CENTER, BALTIMORE, MD 21207

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GBMC, LINTHICUM HEIGHTS, MD 21090 | |
| 10925 | GBOLADE, CYNTHIA, 25 WORCESTER ST, BRIDGEWATER, MA 02324 | |
| 10925 | GBOLEEWEEFAA, K, 711 ASHLAND AVE, SECANE PA, PA 19018 | |
| 10925 | GC SERVICE CO, 815 CAMBRIDE ST, CAMBRIDGE, MA 02141 | |
| 10925 | GC ZARNAS & CO, INC, 850 JENNINGS ST., BETHLEHEM, PA 18017 | |
| 10925 | GCD, FOUR, ALP, 1H, NY, NY 10010 | |
| 10925 | GCD, ONE, AVF, NY, NY 10001 | |
| 10925 | GCD, TEST, 001007 GCD, BOCA RATON, FL 33486 | |
| 10925 | GCD, THREE, RP, NY, NY 10001 | |
| 10925 | GCD, TWO, AVE D, NY, NY 10001 | |
| 10925 | GCG CONSTRUCTION MANAGEMENT INC, 23 SE 5TH AVE, DELRAY BEACH, FL 33483 | |
| 10925 | GCO, INC (GEORGIA CARPET OUTLET), 3500 EASTERN ROAD, SUITE 100, MONTGOMERY, AL 36116 | |
| 10925 | GCP CLUB, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | GCP LTD. (795), 1 MARSTON ROAD, ST. NEOTS, CAMBRIDGESHIRE, PR192HNGBR | *VIA Deutsche Post* |
| 10925 | GCPPP -VOLUNTEER SERVICES, PO BOX 29, WEST PALM BEACH, FL 33402-0029 | |
| 10925 | GCPPP/VOLUNTEER SERVICES, 225 SOUTH CONGRESS AVE., DELRAY BEACH, FL 33445 | |
| 10925 | GCS SERVICE, INC, 3373 NW 168TH ST, MIAMI, FL 33056 | |
| 10924 | GCU, DON BOEHMER, PHOENIX, AZ 85000 | |
| 10925 | GDC/GERARD DANIEL, POBOX 911336, DALLAS, TX 75391-1336 | |
| 10925 | GDE SYSTEMS, BLDG 1, 16550 WEST BERNARDO DR, SAN DIEGO, CA 92127-1111 | |
| 10925 | GDE SYSTEMS, MZ:1106-A, SAN DIEGO, CA 92150-9999 | |
| 10925 | GDS PUBLISHING COMPANY, 195 EDGWARE ROAD, PADDINGTON, W2 1EYUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | GDS-CONCORD, 2368 BATES AVENUE, CONCORD, CA 94520 | |
| 10925 | GDSI, 709 SOUTH KELLER AVE, AMERY, WI 54001 | |
| 10924 | GDT CONSTRUCTION, INC., 83 DAIGLE CROSS ROAD, SAINT AGATHA, ME 04772 | |
| 10924 | GDT CONSTRUCTION, INC., RR 3 BOX 1384, FORT KENT, ME 04743 | |
| 10924 | GE ACCESSORY SERVICE, 1038 SANTERRE DRIVE, GRAND PRAIRIE, TX 75050 | |
| 10924 | GE AUTOMATION SVC/DOLLAR, 13550 FLOYD CIR, DALLAS, TX 75243 | |
| 10925 | GE CAPITAL CPLC, PO BOX 2090, PORTLAND, OR 97208-2090 | |
| 10925 | GE CAPITAL FLEET SERVICE, SUITE 1230, CHICAGO, IL 60675-1230 | |
| 10925 | GE CAPITAL FLEET SERVICES, 801 SOUTH CANAL ST -C4N-SUITE 1230, CHICAGO, IL 60607-1230 | |
| 10925 | GE CAPITAL FLEET SERVICES, DRAWER CS 100363, ATLANTA, GA 30384-0363 | |
| 10925 | GE CAPITAL FLEET SERVICES, PO BOX 100363, ATLANTA, GA 30384-0363 | |
| 10925 | GE CAPITAL FLEET SERVICES, PO BOX 8500-2730, PHILADELPHIA, PA 19178-2730 | |
| 10925 | GE CAPITAL IT SOLUTIONS, 7130 COLUMBIA GATEWAY DR., COLUMBIA, MD 21046-2101 | |
| 10925 | GE CAPITAL IT SOLUTIONS, PO BOX 281724, ATLANTA, GA 30384-1724 | |
| 10925 | GE CAPITAL MODULAR SPACE, 2510 FRUGE RD, LAKE CHARLES, LA 70601 | |
| 10925 | GE CAPITAL MODULAR SPACE, PO BOX 1075, SOUTHEASTERN, PA 19398-1075 | |
| 10925 | GE CAPITAL MODULAR SPACE, PO BOX 641595, PITTSBURGH, PA 15264-1595 | |
| 10925 | GE CAPITAL RAIL SERVICES, PO BOX 74699, CHICAGO, IL 60675-4699 | |
| 10925 | GE CAPITAL RAILCAR SERV., PO BOX 93857, CHICAGO, IL 60673-3857 | |
| 10925 | GE CAPITAL RAILCAR SERVICES, PO BOX 74699, CHICAGO, IL 60675-4699 | |
| 10925 | GE CAPITAL, PO BOX 31001 0270, PASADENA, CA 91110-0270 | |
| 10925 | GE CAPITAL, PO BOX 35084, NEWARK, NJ 07193-5084 | |
| 10925 | GE CAPITAL, PO BOX 642000, PITTSBURGH, PA 15264 | |
| 10925 | GE CAPITAL, PO BOX 740423, ATLANTA, GA 30374-0423 | |
| 10925 | GE CAPITAL, PO BOX 740425, ATLANTA, GA 30374-0425 | |
| 10925 | GE CAPITAL, POBOX 31001 0270, PASADENA, CA 91110-0270 | |
| 10925 | GE CAPITAL, POBOX 31001 0275, PASADENA, CA 91110-0275 | |
| 10925 | GE CAPITAL, POBOX 642111, PITTSBURGH, PA 15264-2111 | |
| 10925 | GE CAPITOL, PO BOX 642555, PITTSBURGH, PA 15264-2555 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GE CLIENT BUSINESS SERVICES, PO BOX 60500, FORT MYERS, FL 33906-6500

10925   GE COMPUTER SERVICE, PO BOX 102555, ATLANTA, GA 30368-0555

10925   GE CORPORATE CARD SERVICES, PO BOX 410406, SALT LAKE CITY, UT 84141-0406

10925   GE ELECTRICAL DISTRIBUTION, PO BOX 102723, ATLANTA, GA 30368-2723

10925   GE FANUC AUTOMATION, 29N SEMINOLE TRAIL, CHARLOTTESVILLE, VA 22901

10925   GE FANUC AUTOMATION, ATTN ACCTS PAYABLE, FORT MYERS, FL 33906

10925   GE INDUSTRIAL MOTORS MEXICO SA DE C, AEROPUERTO MARIANO ESCOBEDO, MONTERREY     *VIA Deutsche Post*
        NUEVO LEON, 0MEXICO

10925   GE INDUSTRIAL MOTORS MEXICO SADE, LIBRAMIENTO PONIENTE KM45, GARCIA NUEVO LEON,     *VIA Deutsche Post*
        66000MEXICO

10925   GE INDUSTRIAL SUPPLY, 1235 MATTEL, WOOD DALE, IL 60191

10925   GE INDUSTRIAL SYSTEMS, PO BOX 281962, ATLANTA, GA 30384

10925   GE INDUSTRIAL SYSTEMS, PO BOX 469, PITTSBURGH, PA 15264-1469

10925   GE INFORMATION SERVICES INC, PO BOX 640371, PITTSBURGH, PA 15264-0371

10925   GE INFORMATION SERVICES, 401 N WASHINGTON ST, ROCKVILLE, MD 20850

10925   GE INFORMATION SERVICES, PO BOX 640371, PITTSBURGH, PA 15264

10925   GE INFORMATION SERVICES, PO BOX 640371, PITTSBURGH, PA 15264-0371

10924   GE INTERNATIONAL, INC., PO BOX 9533, FORT MYERS, FL 33906-9548

10924   GE INTERNATIONL, INC., INSPECTION & REPAIR SERVICES, 10 VAN DYCK ROAD, JACKSONVILLE,
        FL 32218

10925   GE PLASTICS, PO BOX 640389, PITTSBURGH, PA 15264-0389

10925   GE PLASTICS, PO BOX 91260, CHICAGO, IL 60693-1260

10924   GE POWER SYSTEMS, PO BOX 60630, FORT MYERS, FL 33906

10924   GE REUTER STOKES, 8499 DARROW ROAD, TWINSBURG, OH 44087

10924   GE REUTER STOKES, 8941 DUTTON ROAD, TWINSBURG, OH 44087

10924   GE SUPPLY FLUOR DANIEL, CYPRESS GARDEN ROAD, CHARLESTON, SC 29408

10924   GE SUPPLY, 2700 N. HUTCHINSON MCDONALD RD, CHARLOTTE, NC 28269

10925   GE SUPPLY, PO BOX 102149, ATLANTA, GA 30368

10925   GE SUPPLY, POBOX 840040, DALLAS, TX 75284

10924   GE SUPPLY-WICHITA, 818 EAST ORME STREET, WICHITA, KS 67211

10925   GE SUPPORT SERVICES, PO BOX 8500 S5930, PHILADELPHIA, PA 19178

10925   GEAC COMPUTER SYSTEMS, INC, PO BOX 102573, ATLANTA, GA 30368-0573

10925   GEAN, MARTHA, 3430 N. ELDER LANE, FRANKLIN PARK, IL 60131

10924   GEANETTE HOSPITAL, 105 RIVER ROAD, MCKEES ROCKS, PA 15136

10925   GEAR, JOHN, 107 SHORE AVE, QUINCY, MA 02169

10925   GEAR, PATRICIA, 1133 NORTH MAIN ST, RAYNHAM, MA 02767

10925   GEARARDO, RICHARD, 803 CHASE VILLIAGE, JONESBORO, GA 30236

10924   GEARHART INSULATION INC., 4605 TRAFFIC WAY, ATASCADERO, CA 94520

10925   GEARHART, JERREME, 5246 MANCHESTER RD, AKRON, OH 44319

10925   GEARHART, ROBERT, 117 E SOUTH ST, LEBANON, IN 46052

10925   GEARING, BOBBY, RT 6 BOX 45, COMMERCE, GA 30529

10925   GEARLDS, RICK, 3421 ROSEWIND DR., NEW PALESTINE, IN 46163

10925   GEARTRONICS INDUSTRIES INC, 100 CHELMSFORD ROAD, NORTH BILLERICA, MA 01862

10925   GEARY, ARTHUR G, 701 BLAKE ST, ELLSWORTH, KS 67439-4237

10925   GEARY, DAVID, 3 PAOLO ROAD, HINGHAM, MA 02043

10925   GEARY, DIANE, 665 SOUTH OCEAN WAY, DEERFIELD BEACH, FL 33441

10925   GEARY, GALE, 6 SUNNYFIELD RD, BEDFORD, MA 01730

10925   GEARY, TERRY L, 2224 OLD HWY. 171,LOT 1, LAKE CHARLES, LA 70601

10925   GEARY, TERRY, 2224 OLD HWY 171, LAKE CHARLES, LA 70601

10925   GEASLEN, PHILLIP, 3411 BLUE CANDLE, SPRING, TX 77388

10925   GEASOR, EILEEN, 610 ANDERSON CIRCLE APT 109, DEERFIELD BEACH, FL 33441

10925   GEATHERS, KAREN, RTE 7 BOX 747, GEORGETOWN, SC 29440

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   GEAUGA CONCRETE, 10509 KINSMAN RD., NEWBURY, OH 44065

10925   GEBAUER, JEFFREY, 2109 BURR OAK LANE, LINDENHURST, IL 60046

10925   GEBERT, GEORGE, 11618 CRIPPLE CREEK, CORPUS CHRISTI, TX 78410

10925   GEBHARDT INC, PO BOX 297, CLINTON, MD 20735

10925   GEBHARDT SMITH, THE WORLD TRADE CENTER, NINTH FL, BALTIMORE, MD 21202-3064

10925   GEBHART JR., BILL, 95 COLONIAL #3, EVANSTON, WY 82930

10925   GEBHART, BILL, 818 COTTONWOOD DR., CHEYENNE, WY 82001

10925   GEBREYESUS, REBECCA, 816 EASLEY ST, SILVER SPRING, MD 20910

10925   GEC DIVESTMENT CORPORATION LTD., 7500 GRACE DR, COLUMBIA, MD 21044

10925   GEC MANAGEMENT CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044

10924   GEC MARCONI ELECTRONICS, 150 PARISH DRIVE, WAYNE, NJ 07470

10925   GECC KNOX LUMBER, PO BOX 9900, MACON, GA 31297-9900

10925   GECC PAYLESS, PO BOX 660333, DALLAS, TX 75266

10925   GECC, JOAN LAVIS SR VP MARKETING, 292 LONG RIDGE ROAD, STAMFORD, CT 06927

10925   GE-CEP (NORTHEAST/MIDWEST REGION CO, BONNIE HARRINGTON, 320 GREAT OAKS BLVD,
        SUITE 323, ALBANY, NY 12203

10924   GECON CORP., 10944 AUTUMN LANE, CLERMONT, FL 34711

10925   GECSEK, PHILIP, 55 THOMAS ST, HELLERTOWN, PA 18055

10925   GECSEK, REGINA, 1516 MAIN ST, HELLERTOWN, PA 18055

10925   GEDEON, KEITH C, CUST FOR CLAYTON H GEDEON, UNIF GIFT MIN ACT PA, 2403 LONGCREST
        AVE, BETHEL PARK, PA 15102-2127

10925   GEDEON, KEITH C, CUST FOR JAMIE LEE GEDEON, UNIF GIFT MIN ACT PA, 2403 LONGCREST AVE,
        BETHEL PARK, PA 15102-2127

10925   GEDEON, STEVE, 66 BEVERLY RD, ORADELL, NJ 07649

10925   GEE & JENSON, POBOX 24600, WEST PALM BEACH, FL 33416

10925   GEE, ARTHUR, 311 MONMOUTH AVE, SPRING LAKE, NJ 07762

10925   GEE, BEVERLY, 4275 LAUREL WOOD CT, CONCORD, NC 28025

10925   GEE, DARRELL, 4700 TAFT, #284, WICHITA FALLS, TX 76308

10925   GEE, DR. BERNARD, DEPT OF INTERNAL MEDICINE YALE UNIV, NEW HAVEN, CT 06520-8057

10925   GEE, MICHAEL, 7 MEADOW DRIVE, LITTLETON, MA 01460

10925   GEE, THOMAS, 8806 HYDETHORPE DRIVE, HOUSTON, TX 77083

10925   GEEAR, RAYMOND, ROUTE 4, BOX 195, BERRYVILLE, AR 72616

10925   GEER, BELINDA H, 39639 LESLIE STREEET 140, FREMONT, CA 94538

10925   GEER, CHRISTINA, 317 E. 2ND ST., IRVING, TX 75060

10925   GEER, LISA, 4134 UMATILLA, DENVER, CO 80222

10925   GEER, MELODY, 1403 E. 7TH ST, RENO, NV 89512

10925   GEER, PATRICK, 141 CONIFER ROAD, LIBBY, MT 59923

10925   GEER, PHILIP, 22 SEAVERNS BRIDG RD, MERRIMACK, NH 03054

10925   GEETA VIR &, PRASHANT VIR JT TEN, 77 W 55TH ST 12J, NEW YORK, NY 10019-4923

10925   GEGARE, MICHAEL, 1589 FRANZ AVE, GREEN BAY, WI 54302

10925   GEGBE, HENRY, 1421 GOLDEN GROVE DR, MESQUITE, TX 75149

10925   GEGGIS, CARL, 762 RIDGE CIRCLE, CHESAPEAKE, VA 23320

10925   GEHANT, THOMAS, 2273 CAIRNWELL DRIVE, BELVIDERE, IL 61008

10925   GEHANT, TOM, 6050 W 51ST, CHICAGO, IL 60638

10925   GEHERAN, MARTIN, 30 FRANKLIN MOUNTAIN CROSSING, WEST SWANZEY, NH 03469

10925   GEHIN ROOFING & SIDING INC, HAROLD E GEHIN, 5704 TECUMSEH RD, MONONA, WI 53716

10925   GEHL, JOHN, 200 E LAKEVIEW AVE, MADISON, WI 53716

10925   GEHLERT, SIDNEY, 3792 NE OCEAN BLVD, JENSEN BEACH, FL 34957

10925   GEHLHAUSEN, JO ANN, 520 ARDEN DRIVE, INDIANAPOLIS, IN 46220

10925   GEHRET, ALLEN, 112 HEPNER ROAD, HAMBURG, PA 19526

10925   GEHRET, CAROL, 112 HEPNER ROAD, HAMBURG, PA 19526

10925   GEHRET, JEFFREY, R.D.#4, BOX 4485, HAMBURG, PA 19526

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    GEHRING CONST. & READY MIX CO., INC, 5424 WEST MEADOW DRIVE, COLUMBUS, NE 68601

10924    GEHRING CONSTRUCTION & READY MIX CO, 5424 WEST MEADOW DRIVE, COLUMBUS, NE 68601

10925    GEHRING, DUANE, 4 LEYBURN LANE, BELLA VISTA, AR 72714-9998

10925    GEHRINGER, NEIL, 106 MIDDLEBURY LANE, WILLINGBORO, NJ 08046

10925    GEHRINGER, RONALD, 239 E MAIN ST, CARY, IL 60013

10925    GEHRING-MONTGOMERY INC, DEPT NO 824, BUFFALO, NY 14267

10925    GEHRKE, HAROLD, 8549 N. SERVITE DR. #205, MILWAUKEE, WI 53223

10925    GEHRLING, CLAIRE, 1900 MYRA AVE, LOS ANGELES, CA 90027-3226

10925    GEHRS INDUSTRIAL SALES, PO BOX 721, MIDDLETOWN, OH 45042

10925    GEIBE, BARRY, 2907 SANTA BARBARA CR, WICHITA FALLS, TX 76302

10924    GEICO CALL CENTER, 757-427-3622 JOBSITE PHONE, 1345 PERIMETER RD.-CORPORATE LANDNG,
         VIRGINIA BEACH, VA 23454

10924    GEICO SERVICE CENTER, 3531 MEDULLA RD., LAKELAND, FL 33811

10925    GEIER JR, ROBERT EDWIN, 10919 SCHULYKILL RD, ROCKVILLE, MD 20852-2467

10925    GEIGER BROS NORTHEAST, BOX 1609, LEWISTON, ME 04241

10925    GEIGER BROS./ BOSTON, BOX 1609, LEWISTON, ME 04241

10925    GEIGER BROS/BOSTON INC, PO BOX 1609, LEWISTON, ME 04241

10925    GEIGER INTERNATIONAL, 7005 FULTON INDUSTRIAL, ATLANTA, GA 30336

10925    GEIGER PUMP & EQUIPMENT, 8924 YELLOW BRICK RD., BALTIMORE, MD 21237

10924    GEIGER READY MIX CO INC, 1333 SOUTH SECOND STREET, LEAVENWORTH, KS 66048

10924    GEIGER READY MIX CO INC, P. O. BOX 50, LEAVENWORTH, KS 66048

10924    GEIGER READY MIX CO OF KS INC., P. O. BOX 50, LEAVENWORTH, KS 66048

10924    GEIGER READY MIX CO OF KS,INC>, 10293 RIDGEVIEW, LENEXA, KS 66215

10925    GEIGER READY MIX CO, INC, PO BOX 50, LEAVENWORTH, KS 66048

10924    GEIGER READY MIX OF KS IN, PO BOX 50, LEAVENWORTH, KS 66048

10924    GEIGER READY MIX, 1333 S. 2ND STREET, LEAVENWORTH, KS 66048

10924    GEIGER READY MIX, 4203 SPEAKER RD, KANSAS CITY, KS 66106

10924    GEIGER READY MIX, 526 N. CHURCH ROAD, LIBERTY, MO 64068

10924    GEIGER READY MIX, 875 E. OLD 56TH HWY, OLATHE, KS 66061

10925    GEIGER, BURNICE, 5405 HEREFORD, EVANS, GA 30809

10925    GEIGER, CHARLES, 2208 EVETON, SANFORD, NC 27330

10925    GEIGER, DEBORAH, 407 PARK AVE, HARRISON, OH 45030

10925    GEIGER, ELIZABETH, ST. RT., BOX 129, SWANSEA, SC 29160

10925    GEIGER, GLEN, PO BOX 37, SHELLSBURG, IA 52332

10925    GEIGER, RANDALL, PO BAX 678, MANHATTAN, MT 59741

10925    GEIGER, THEANNA, 2095 N. BERKLEY RD, AVON PARK, FL 33825

10925    GEIGER, THOMAS, 2100 MILL VALLEY LANE, QUAKERTOWN, PA 18951

10925    GEIGER, TRACY, 113 STONEY BROOK DR, CARROLLTON, GA 30117

10925    GEIS, STEVEN, ROUTE 1, YORK, NE 68467

10925    GEISEY JR, JAMES M, 4504 SIMMS AVE, BALTIMORE, MD 21206-5526

10925    GEISLER, THOMAS, 1731 BELT ST, BALTIMORE, MD 21230-4707

10925    GEISLER, WILLIAM, 602 LUTHER ST., BALTIMORE, MD 21225

10925    GEISSLER, ALBERT, 1030 SE 29TH ST, MC LOUD, OK 74851-9039

10925    GELANGA, MELOGIN, 12003 ASBURY DR, FT WASHINGTON, DC 20744

10925    GELBER INDUSTRIES, 1001 CAMBRIDGE DRIVE, ELK GROVE VILLAGE, IL 60007

10925    GELBER INDUSTRIES, 135 S. LASALLE ST., CHICAGO, IL 60674-1523

10925    GELBRUKH, PYOTR, 1845 82ND ST, BROOKLYN, NY 11214

10924    GELCAPS EXPORTADORA DE MEXICO, SA/C, ALCE BLANCO, CALLE 7 NO. 6, NAUCALPAN,          *VIA Deutsche Post*
         99999MEXICO

10925    GELCO INFORMATION NETWORK, NW 9109, MINNEAPOLIS, MN 55485-0450

10925    GELCO PAYNETWORK, NW 9109, MINNEAPOLIS, MN 55485-0450

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　GELDIN MEAT CO INC, 2677 EAST VERNON AVE, LOS ANGELES, CA 90058-1824

10925　GELEST INC, 612 WILLIAM LEIGH DR, TULLYTOWN, PA 19007

10925　GELEST INC, 612 WILLIAM LEIGH DRIVE, TULLYTOWN, PA 19007-6308

10925　GELEST, INC, 612 WILLIAM LEIGH DR, TULLYTOWN, PA 19007-6308

10925　GELEST, INC, 612 WILLIAM LEIGH DRIVE, TULLYTOWN,, PA 19007-6308

10925　GELINAS, JAMES, PO BOX 461, KALKASKA, MI 49646

10925　GELINO, JAMES, 222 CHERRY LANE, MOMENCE, IL 60954

10925　GELL, ANGELA, 243 WALTON ST, ENGLEWOOD, NJ 07631

10924　GELLER READY MIX CONCRETE, 13522 HOOVER, WESTMINSTER, CA 92683

10925　GELLER, GREGORY, E 7503 HWY C, NORTH FREEDOM, WI 53951

10925　GELLER, KAREN, 212 N SHENANDOAH DR, LATROBE, PA 15650

10925　GELLER, THEODORE, 3828 BONVIEW AVE, BALTIMORE, MD 21213

10924　GELLER/WESTMINSTER, 13522 HOOVER, WESTMINSTER, CA 92683

10925　GELLNER, KAY, 307 WEST LOUISA, IOWA PARK, TX 76367

10925　GELMAN, JON L., 1455 VALLEY ROAD, PO BOX 934, WAYNE, NJ 07474-0934

10925　GELMAN, STEVE, 356 BEDLORD AVE, FT LAUDERDALE, FL 33326

10925　GELORMINE, EVELYN, 92 LAUREN LANE NORTH, BRICK TOWNSHIP, NJ 08723

10925　GELTMACHER, D, 131 HARMONY LANE, MACOMB, IL 61455

10925　GELTZ, ERIC, 1289 FOX RUN, READING, PA 19606

10925　GEM AIR CONTROLS, PO BOX 13300, DAYTON, OH 45413-0300

10925　GEM AUTOMATION CO INC, 4415 W HARRISON ST, HILLSIDE, IL 60162-1905

10924　GEM PAVERS SYSTEMS, INC., 9845 NW 118TH WAY, MEDLEY, FL 33178

10925　GEMBITSKY, JEFFREY, 5701 DONNA AVE., TARZANA, CA 91356

10924　GEMC, 1145 W. ALNUT ST., COMPTON, CA 90220

10924　GEMC, 18008 ADRIA MARU LANE, CARSON, CA 90746

10924　GEMCO FIREPROOFING, 483 REVILO AVENUE, SHIRLEY, NY 11967

10924　GEMCO ROOFING, 2601 VAN BUREN STREET, BELLWOOD, IL 60104

10924　GEMCO ROOFING, 2601 VANBUREN, BELLWOOD, IL 60104

10925　GEMCO, 1080 N. CROOKS RD., CLAWSON, MI 48017

10925　GEMCO, 301 SMALLEY AVE., MIDDLESEX, NJ 08846-2269

10925　GEMELLARO, ANNA, 1008 N TYLER, AMARILLO, TX 79107

10925　GEMI 98, 4 HERBERT ST, ALEXANDRIA, VA 22305

10925　GEMI, 2000 L ST NW STE 710, WASHINGTON, DC 20036

10924　GEMINI ELECTRIC, 5975 OMAHA BLVD., COLORADO SPRINGS, CO 80915

10924　GEMINI ENTERPRISES, INC., SUITE 228, 16920 KUYKENDAHL, HOUSTON, TX 77068-1636

10925　GEMINI INDUSTRIES INC, MAHMOUD ELGUNDY PRES,

10925　GEMINI PAVING, 5623 W. 107TH ST, CHICAGO RIDGE, IL 60415

10924　GEMINI PHARMACEUTICALS INC., 87 MODULAR AVENUE, COMMACK, NY 11725

10925　GEMINI SOUND PRODUCTS CORP, GEN COUNSEL, 2 GERMAK DR, BLDG 3, CARTERET, NJ 07008

10924　GEMINI SOUND PRODUCTS CORP., 1100 MILIK STREET, CARTERET, NJ 07008

10925　GEMINI SOUND PRODUCTS CORP., 2 GERMAK DR, CARTERET, NJ 07008-1217

10925　GEMINI TRAFFIC SALES, INC, 41 DISTRIBUTION BLVD, EDISON, NJ 08817

10925　GEMINI VALVE, 2 OTTER COURT, RAYMOND, NH 03077

10924　GEMMA POWER SYSTEMS, 198 ENERGY WAY, HAMLET, NC 28345

10925　GEMMCO, 21411 DUNK FREELAND RD., PARKTON, MD 21120

10925　GEMMCO, 21411 DUNK FREELAND ROAD, PARKTON, MD 21120

10925　GEMMILL, JOANN, 6227 FENSKE ROAD, NEEDVILLE, TX 77461

10925　GEMMILL, WAYNE, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925　GEMMILL, WAYNE, 616 ORPINGTON ROAD, BALTIMORE, MD 21229

10925　GEMS SENSORS INC, PO BOX 96860, CHICAGO, IL 60693

10925　GEMS SENSORS, PO BOX 96860, CHICAGO, IL 60693

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  GEN EL INDUSTRIES, 94 FORD ROAD, DENVILLE, NJ 07834

10925  GEN TELEPHONE & ELECTRONICS CORP, HARTER SECREST & EMERY, CRAIG A. SLATER AND ANGELA DEMERLE, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293

10925  GENAO, FLORA, 6456 NW 22ND ST, MARGATE, FL 33063

10925  GENAO, JACQUELINE, 5673 BARNSTEAD CIRCL, LAKE WORTH, FL 33467

10925  GENCO CORP., 1422 EUCLID AVE #1004, CLEVELAND, OH 44115-2001

10925  GENCORP INC., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925  GENCORP POLYMER PRODUCTS, DEPT AT 40028, ATLANTA, GA 31192-0028

10925  GENDRON JR, GEORGE, 5 MECCA LANE, DERRY, NH 03038

10925  GENDRON, GINA, 149 ELMAR DR, FEEDING HILLS, MA 01030

10925  GENDRON, RICHARD, 28 IPSWICH RD, TOPSFIELD, MA 01983

10925  GENE BIGGI PROPERTIES, GEN COUNSEL, 3800 S.W. CEDAR HILLS BLVD., SUITE 101, BEAVERTON, OR 97005

10924  GENE BONUS, LONG BEACH, CA 90801

10925  GENE GOLDEN &, MAUREEN GOLDEN JT TEN, 161 FAIRWAY RD, LIDO BEACH, NY 11561-4823

10925  GENE M BREWER, 1741 KINGS RD, EDMOND, OK 73013-4325

10925  GENE MACK DISTRIBUTOR, PO BOX 9142, CHATTANOOGA, TN 37412

10925  GENE MARSH DEVINE, 1741 KINGS RD, EDMOND, OK 73013-4325

10925  GENE R REED, 62 GREEN ST, SENECA FALLS, NY 13148-2132

10925  GENE V SANTEUSANIO, 18 DONNA ST, PEABODY, MA 01960-1208

10925  GENE WESLEY AUSTIN &, ELIZABETH JEAN AUSTIN JT TEN, 1305 CARMEN AVE, BARTOW, FL 33830-5904

10925  GENE WILLIAMSON TIRE CO., 4610 CANAL, HOUSTON, TX 77011

10925  GENEAL ELECTRIC COMPANY, 401 N. WASHINGTON ST, ROCKVILLE, MD 20850

10925  GENEGABAN, RAQUEL, 18004 CACTUS CT, GAITHERSBURG, MD 20877

10924  GENENCOR INTERNATIONAL, 1200 RANDOLPH STREET, ELKHART, IN 46514

10924  GENENCOR INTERNATIONAL, 1230 RANDOLPH STREET, ELKHART, IN 46514

10924  GENENTECH, INC., 437 KAUFMANN CT., SOUTH SAN FRANCISCO, CA 94080

10924  GENENTECH, RAYMOND, SAN FRANCISCO, CA 94101

10925  GENERAL ACTIVATION ANALYSIS, 11575 SORRENTO VALLEY RD. #214, SAN DIEGO, CA 92121

10925  GENERAL AIR SERVICE & SUPPLY, 1105 ZUNI ST., DENVER, CO 80204-3338

10925  GENERAL AMER TRANS CORP, PO BOX 360597M, PITTSBURGH, PA 15251

10925  GENERAL AMERICAN TRANSPORTATION, 500 W MONROE ST, CHICAGO, IL 60661-3677

10925  GENERAL AMERICAN, PO BOX 93819, CHICAGO, IL 60673

10925  GENERAL ATOMICS, 3483 DUNHILL ST, SAN DIEGO, CA 92121

10925  GENERAL ATOMICS, ACCTS PAYABLE, SAN DIEGO, CA 92186

10925  GENERAL BINDING CORP., 4451 PARLIAMENT PLACE, SUITE Y, LANHAM, MD 20706

10925  GENERAL BINDING CORPORATION, PO BOX 71361, CHICAGO, IL 60694-1361

10925  GENERAL BOTTLE SUPPLY CO, INC, 1930 E 51ST ST, LOS ANGELES, CA 90058-0734

10924  GENERAL CAN COMPANY, 70175 NAPOLEAN AVENUE WHARF, NEW ORLEANS, LA 70115

10924  GENERAL CAN COMPANY, HWY 15 NORTH, HARTSVILLE, SC 29550

10924  GENERAL CAN COMPANY, PO BOX1317, HARTSVILLE, SC 29550

10925  GENERAL CAR AND TRUCK LEASING SYSTE, 2521 GLENDALE MILFORD RD., CINCINATTI, OH 45241

10925  GENERAL CARBIDE CORP LAW OFFICES O, STEPHEN C SMITH, 330 GRANT ST, SUITE 3321 GRANT BLDG, PITTSBURGH, PA 15219-2202

10924  GENERAL CASUALTY, 1 GENERAL DRIVE HWY C, PRAIRIE FARM, WI 54762

10925  GENERAL CHEMICAL CORP, PO BOX 360464M, PITTSBURGH, PA 15251

10925  GENERAL CHEMICAL CORP., 90 E. HALSEY RD., PO BOX 393, PARSIPPANY, NJ 07054-0393

10925  GENERAL CHEMICAL CORP., PO BOX 360464M, PITTSBURGH, PA 15251

10925  GENERAL CHEMICAL CORPORATION, PO BOX 360464M, PITTSBURGH, PA 15251

10924  GENERAL CHEMICAL, 501 NICHOLS RD, PITTSBURG, PA 94565-1002

10924  GENERAL CINEMA C/O DAVENPORT, 10200 MILLRUN CIRCLE, OWINGS MILLS, MD 21117

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GENERAL CINEMA THEATRE, KENNEDY EXPRESSWAY & WESTERN AVE., CHICAGO, IL 60612 | |
| 10925 | GENERAL CINEMA, 22 FLUTIE PASS, FRAMINGHAM, MA 01701 | |
| 10924 | GENERAL CINEMA, 461 SOUTH GREENWOOD PARK MALL, NEEDHAM, IN 46162 | |
| 10924 | GENERAL CINEMA, NORTH AVENUE & 100TH STREET, WAUWATOSA, WI 53213 | |
| 10924 | GENERAL CINEMAS OF AUSTIN, 2901 CAPITAL OF TEXAS HIGHWAY, AUSTIN, TX 78746 | |
| 10924 | GENERAL CINEMAS, PLYMOUTH MEETING MALL, PLYMOUTH MEETING, PA 19462 | |
| 10924 | GENERAL COATINGS, 24 WOODWARD AVE, FLUSHING, NY 11385 | |
| 10924 | GENERAL COATINGS, 413-421 20TH STREET, BROOKLYN, NY 11215 | |
| 10924 | GENERAL CONCRETE CORP, 9404 NW 109TH ST, MEDLEY, FL 33178 | |
| 10924 | GENERAL CONCRETE CORP., 9404 NW. 109TH ST, MEDLEY, FL 33178 | |
| 10924 | GENERAL CONST SERVICES, 5280 ELMORE RD, MEMPHIS, TN 38134 | |
| 10924 | GENERAL CONSTRUCTION SERVICES INC,, 1695 BARCREST, MEMPHIS, TN 38134 | |
| 10924 | GENERAL CONSTRUCTION SERVICES, 5280 ELMORE ROAD, MEMPHIS, TN 38134 | |
| 10924 | GENERAL CONSTRUCTION SERVICES, CAMBRIDGE, MA 02140 | |
| 10924 | GENERAL CONSTRUCTION SERVICES, MEMPHIS, TN, PICK UP IN IRONDALE, 2601 COMMERCE BLVD., IRONDALE, AL 35210 | |
| 10925 | GENERAL CONTAINER CORP., 54 VERNOICA AVE., SOMERSET, NJ 08875-6140 | |
| 10925 | GENERAL CONTAINER CORP., PO BOX 6140, SOMERSET, NJ 08875-6140 | |
| 10925 | GENERAL CONTAINER, 54 VERONICA AVE, SOMERSET, NJ 07205 | |
| 10925 | GENERAL CONTAINER, 54 VERONICA AVE., POB, SOMERSET, NJ 08875-6140 | |
| 10925 | GENERAL CONTAINERS CORP., 4411 SUITE B1 DARIEN ST, HOUSTON, TX 77028 | |
| 10924 | GENERAL COOPERAGE COMPANY, 10701 W. BELMONT, FRANKLIN PARK, IL 60131 | |
| 10924 | GENERAL COOPERAGE COMPANY, 875 RACO DRIVE, LAWRENCEVILLE, GA 30245 | |
| 10925 | GENERAL COUNSEL, 2240 ARGENTINA R D, MISSISSAUGA, ON L5N2X6CANADA | *VIA Deutsche Post* |
| 10925 | GENERAL COUNSEL, 3131 W CHESTNUT EXPRESSWAY, SPRINGFIELD, MO 65802 | |
| 10925 | GENERAL COUNSEL, 51-A ESNA PARK DR, UNIONVILLE, ON L3R1C9CANADA | *VIA Deutsche Post* |
| 10925 | GENERAL COUNSEL, 5840 FALBOURNE ST, MISSISSAUGA, ON L5R3L8CANADA | *VIA Deutsche Post* |
| 10925 | GENERAL COUNSEL, 86 MACK AVE, SCARBOROUGH, ON M1L1M9CANADA | *VIA Deutsche Post* |
| 10925 | GENERAL COUNSEL, PO BOX 638, MT. PLEASANT, IA 52641 | |
| 10924 | GENERAL DRYWALL PRODUCTS, 1164 LLOYD RD, WICKLIFFE, OH 44092 | |
| 10924 | GENERAL DRYWALL, 1164 LLOYD ROAD, WICKLIFFE, OH 44092 | |
| 10925 | GENERAL DYNAMICS CORP, EDWARD C BRUNTRAGER VP AND GEN COUN, | |
| 10924 | GENERAL DYNAMICS, 1161 BUCKEYE ROAD, LIMA, OH 45804 | |
| 10924 | GENERAL DYNAMINICS, 76 GETTY STREET, MUSKEGON, MI 49442 | |
| 10925 | GENERAL ELECTRIC CAPITAL CORPORATIO, PO BOX 3083, CEDAR RAPIDS, IA 52406 | |
| 10925 | GENERAL ELECTRIC CAPITAL CORPORATIO, POBOX 277156, ATLANTA, GA 30384-7156 | |
| 10925 | GENERAL ELECTRIC CAPITAL, PO BOX 94916, CLEVELAND, OH 44101-4916 | |
| 10925 | GENERAL ELECTRIC CO CORPORATE ENV, BONNIE HARRINGTON, 320 GREAT OAKS OFFICE PARK, SUITE 323, ALBANY, NY 12203 | |
| 10925 | GENERAL ELECTRIC CO GEM, VENDOR CODE#382920-01, FORT MYERS, FL 33906-9999 | |
| 10925 | GENERAL ELECTRIC CO, 1223 FAIRGROVE CHURCH RD, HICKORY, NC 28601 | |
| 10925 | GENERAL ELECTRIC CO, 1501 S 19TH ST, MATTOON, IL 61938 | |
| 10925 | GENERAL ELECTRIC CO, 1801 GE DR, LEXINGTON, KY 40503 | |
| 10925 | GENERAL ELECTRIC CO, 220 IRON HORSE PARK, NORTH BILLERICA, MA 01862-1611 | |
| 10925 | GENERAL ELECTRIC CO, 381 UPPER BROADWAY, FORT EDWARD, NY 12828 | |
| 10925 | GENERAL ELECTRIC CO, 709 WEST WALL ST, MORRISON, IL 61270 | |
| 10925 | GENERAL ELECTRIC CO, 8TH ST SE, DECATUR, AL 35601 | |
| 10925 | GENERAL ELECTRIC CO, ACCOUNTS PAYABLE, FORT MYERS, FL 33906 | |
| 10925 | GENERAL ELECTRIC CO, ACCOUNTS PAYABLE, LOUISVILLE, KY 35290 | |
| 10925 | GENERAL ELECTRIC CO, APPLIANCE PARK, LOUISVILLE, KY 40225 | |
| 10925 | GENERAL ELECTRIC CO, BLDG 1, 1371 HODGESVILLE, DOTHAN, AL 36301-5555 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GENERAL ELECTRIC CO, BLDG NO 17, 3001 E LAKE ROAD, ERIE, PA 16531 | |
| 10925 | GENERAL ELECTRIC CO, C B S I/G E LIGHTING, FORT MYERS, FL 33906-6666 | |
| 10925 | GENERAL ELECTRIC CO, CAPACITOR PROD DEPT, FORT MYERS, FL 33906 | |
| 10925 | GENERAL ELECTRIC CO, KIRK MACFARLANE COUNSEL, 640 FREEDOM BUSINESS CTR, KING OF PRUSSIA, PA 19406 | |
| 10925 | GENERAL ELECTRIC CO, LORI SHIRLEY CORP ENV PROGS, 320 GREAT OAKS OFFICE PK 3323, ALBANY, NY 12203 | |
| 10925 | GENERAL ELECTRIC CO, PO BOX 1309, NOGALES, AZ 85628 | |
| 10925 | GENERAL ELECTRIC CO, PO BOX 60540, FORT MYERS, FL 33906 | |
| 10925 | GENERAL ELECTRIC CO, PO BOX 9535, FORT MYERS, FL 33906-9999 | |
| 10925 | GENERAL ELECTRIC CO, TOM CORNEIL WILLIAM C ANDERSON GENE, 1635 BROADWAY, PO BOX 2204, FORT WAYNE, IN 46801 | |
| 10925 | GENERAL ELECTRIC CO., 7272 PARK CIRCLE DR., HANOVER, MD 21076 | |
| 10925 | GENERAL ELECTRIC CO., PO BOX 102723, ATLANTA, GA 30368-2723 | |
| 10925 | GENERAL ELECTRIC CO/AEROVOX, 11814 COURSEY BLVD., STE. 527, BATON ROUGE, LA 70816 | |
| 10924 | GENERAL ELECTRIC COMPANY, 1900 E. PLEASANT STREET, DE KALB, IL 60115 | |
| 10924 | GENERAL ELECTRIC COMPANY, 2150 NW BROAD STREET, MURFREESBORO, TN 37129 | |
| 10924 | GENERAL ELECTRIC COMPANY, 3024 SYMMES ROAD, HAMILTON, OH 45015 | |
| 10925 | GENERAL ELECTRIC COMPANY, 3135 EASTON TURNPIKE, FAIRFIELD, CT 06431-0001 | |
| 10924 | GENERAL ELECTRIC COMPANY, 7555 EAST COLLINS ROAD, MORRIS, IL 60450 | |
| 10924 | GENERAL ELECTRIC COMPANY, ACCOUNTS PAYABLE, FORT MYERS, FL 33906 | |
| 10925 | GENERAL ELECTRIC COMPANY, APPLIANCE PARK, BLDG 4 DOCK 1A, LOUISVILLE, KY 40225 | |
| 10924 | GENERAL ELECTRIC COMPANY, BLDG. 42, WATERFORD, NY 12188 | |
| 10925 | GENERAL ELECTRIC COMPANY, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10925 | GENERAL ELECTRIC COMPANY, C/O CT CORPORATION, 350 N. ST. PAUL, DALLAS, TX 75201 | |
| 10924 | GENERAL ELECTRIC COMPANY, GE CLIENT BUSINESS SVCS/ACCTS PAY, LAKELAND, FL 33807-3333 | |
| 10925 | GENERAL ELECTRIC COMPANY, PLASTICS BUSINESS GROUP, PITTSBURGH, PA 15264-0959 | |
| 10924 | GENERAL ELECTRIC COMPANY, PO BOX9527, FORT MYERS, FL 33906 | |
| 10924 | GENERAL ELECTRIC COMPANY, SILICONE PRODUCTS DIVISION, WATERFORD, NY 12188 | |
| 10925 | GENERAL ELECTRIC CORP, LEONARO H SHEN COUNSEL, | |
| 10924 | GENERAL ELECTRIC PLASTICS, ONE PLASTICS AVENUE, PITTSFIELD, MA 01202 | |
| 10924 | GENERAL ELECTRIC SILICONES, 260 HUDSON RIVER ROAD, WATERFORD, NY 12188 | |
| 10924 | GENERAL ELECTRIC SUPPLY CO., 110 MERRIT BLVD., FISHKILL, NY 12524 | |
| 10924 | GENERAL ELECTRIC SUPPLY CO., 1800 TOUCHTONE DRIVE, COLONIAL HEIGHTS, VA 23834 | |
| 10925 | GENERAL ELECTRIC SUPPLY CO., 2800 AMNICOLA HWY., CHATTANOOGA, TN 37406 | |
| 10924 | GENERAL ELECTRIC SUPPLY CO., 3000 LINCOLN DRIVE EAST, MARLTON, NJ 08053 | |
| 10924 | GENERAL ELECTRIC SUPPLY CO., 415 NEISLER ROAD, CONCORD, NC 28025 | |
| 10924 | GENERAL ELECTRIC SUPPLY CO., COUNTRY ROAD 15 GATE 7, JACKSON, AL 03545 | |
| 10924 | GENERAL ELECTRIC SUPPLY CO., P.O. BOX 8040, WOOD DALE, IL 60191 | |
| 10925 | GENERAL ELECTRIC SUPPLY, PO BOX 100275, ATLANTA, GA 30384 | |
| 10925 | GENERAL ELECTRIC SUPPLY, PO BOX 102149, ATLANTA, GA 30368 | |
| 10925 | GENERAL ELECTRIC SUPPLY, PO BOX 78260, INDIANAPOLIS, IN 46278 | |
| 10924 | GENERAL ELECTRIC SY, 7 GREENTREE DRIVE, SOUTH BURLINGTON, VT 05403 | |
| 10924 | GENERAL ELECTRIC SY, 90 MURPHY RD., HARTFORD, CT 06114 | |
| 10924 | GENERAL ELECTRIC TURBINE, STATE INTERSTATE 85 & WOODRUFF ROAD, GREENVILLE, SC 29607 | |
| 10925 | GENERAL ELECTRIC, 1171 WEST INDUSTRIAL PARK, NOGALES, AZ 85621 | |
| 10925 | GENERAL ELECTRIC, 301 N CURRY PIKE, BLOOMINGTON, IN 47401 | |
| 10925 | GENERAL ELECTRIC, 390 SHERBROOKE ST, LACHINE, QC H8S 1G4CANADA | *VIA Deutsche Post* |
| 10924 | GENERAL ELECTRIC, 6901 ELMWOOD AVENUE, PHILADELPHIA, PA 19142 | |
| 10925 | GENERAL ELECTRIC, 795 FIRST AVE, LACHINE, QC H8S 1G4CANADA | *VIA Deutsche Post* |