**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GENERAL ELECTRIC, BERKSHIRE OFFICE PARK, FEDERAL ROAD ENTRANCE, BROOKFIELD, CT 06804 | |
| 10925 | GENERAL ELECTRIC, BLDG 4 DOCK 1A, LOUISVILLE, KY 40225 | |
| 10925 | GENERAL ELECTRIC, EDWARD KOLODZIEJ, | |
| 10925 | GENERAL ELECTRIC, GARY VAN HOUSEN, | |
| 10924 | GENERAL ELECTRIC, HIPPING DEPT, 6901 ELMWOOD AVENUE, PHILADELPHIA, PA 19142 | |
| 10925 | GENERAL ELECTRIC, PO BOX 9528, FORT MYERS, FL 33906-9999 | |
| 10924 | GENERAL ELECTRIC, PO BOX 9529, FORT MYERS, FL 33906 | |
| 10925 | GENERAL ELEVATOR, 601 NURSERY RD., LINTHICUM, MD 21090 | |
| 10925 | GENERAL EMPLOYMENT ENTERPRISES, POBOX 72437, CHICAGO, IL 60678-2437 | |
| 10925 | GENERAL ENERGY CORPORATION, PO BOX 36467, CHARLOTTE, NC 28236-6467 | |
| 10925 | GENERAL EQUIPMENT &, 3300 FERN VALLEY RD, LOUISVILLE, KY 40213 | |
| 10925 | GENERAL EQUIPMENT &, MANUFACTURING, LOUISVILLE, KY 40233 | |
| 10925 | GENERAL FACTORY SUPPLIES, INC, 4811 WINTON RD., CINCINNATI, OH 45232-1596 | |
| 10924 | GENERAL FIBERGLASS SUPPLY, INC, PEWAUKEE, WI 53072 | |
| 10925 | GENERAL FILTRATION, 441A APPLEWOOD CRESENT, CONCORD, ON L4K 4J3CANADA | *VIA Deutsche Post* |
| 10924 | GENERAL FOODS COMPANY, 140 GOODRICH DRIVE, TARRANT CITY, AL 35217 | |
| 10924 | GENERAL FORMULATIONS, 320 SOUTH UNION STREET, SPARTA, MI 49345 | |
| 10925 | GENERAL GLASS & WINDOW,INC, 3646 23RD AVE., SOUTH - STE 105, LAKE WORTH, FL 33461 | |
| 10925 | GENERAL GLASS EQUIPMENT CO., PO BOX 711, ABSECON, NJ 08201 | |
| 10924 | GENERAL INDUSTRIAL DIAMOND CO, 140 ALGONQUIN PARKWAY, WHIPPANY, NJ 07981 | |
| 10924 | GENERAL INDUSTRIAL DIAMOND CO, 16 PONDEROSA COURT, MONTROSE, CO 81401 | |
| 10924 | GENERAL INDUSTRIES, 4 MIDDLEBURY BLVD., RANDOLPH, NJ 07869-1111 | |
| 10924 | GENERAL INSTRUMENT, C/O DUGGAN AND MARCON, HORSHAM, PA 19044 | |
| 10925 | GENERAL INSTRUMENT, TOMAS DAVILA #9 ST, BARCELONETA, PR 00617PUERTO RICO | *VIA Deutsche Post* |
| 10924 | GENERAL INSULATION CO. INC., 206A CENTER ROAD, FORT MYERS, FL 33907 | |
| 10924 | GENERAL INSULATION CO. INC., 24 EAST CROSS STREET, SOMERVILLE, MA 02145 | |
| 10924 | GENERAL INSULATION, 1550 WILLIAM ST, BUFFALO, NY 14200 | |
| 10924 | GENERAL INSULATION, 2320 MILTON AVE., SOLVEY, NY 13205 | |
| 10924 | GENERAL INSULATION, 3842 MAGEIE BLVD, ORLANDO, FL 32811 | |
| 10924 | GENERAL INSULATION, 4701 DISTRIBUTION DRIVE, TAMPA, FL 33605 | |
| 10925 | GENERAL INSURANCE UNDERWRITERS, PO BOX 025222, MIAMI, FL 33102-5222 | |
| 10925 | GENERAL LABORATORY PROD., 365 REMINGTON BLVD., BOLINGBROOK, IL 60440 | |
| 10925 | GENERAL LABORATORY SUPPLY, PO BOX 7120, PASADENA, TX 77508-7120 | |
| 10925 | GENERAL LATEX & CHEMICAL CO CORP, DOUGLAS WALKER, | |
| 10925 | GENERAL LATEX & CHEMICAL CO CORP, ROBERT MACPHERSON, | |
| 10925 | GENERAL LATEX & CHEMICAL CORP, 11266 JERSEY BLVD, RANCHO CUCAMONGA, CA 91730 | |
| 10924 | GENERAL LATEX & CHEMICAL CORP., 67 HIGH ST. IRON HORSE PARK, NORTH BILLERICA, MA 01862 | |
| 10924 | GENERAL LATEX AND CHEMICAL CORP, PO BOX 498, ASHLAND, OH 44805-0498 | |
| 10925 | GENERAL LATEX AND CHEMICAL CORP, PO BOX 709, DALTON, GA 30722-0709 | |
| 10925 | GENERAL LATEX AND CHEMICAL CORP, POBOX 748, RANCHO CUCAMONGA, CA 91730 | |
| 10924 | GENERAL LATEX INC., 20 PLACE IBSEN, CANDIAC QUEBEC, QC O0O O0OTORONTO | *VIA Deutsche Post* |
| 10924 | GENERAL MACHINE PRODUCTS CO, 3111 OLD LINCOLN HWY, FEASTERVILLE TREVOSE, PA 19053-4996 | |
| 10925 | GENERAL MACHINERY COMPANY, INC, PO BOX 830811, DRAWER 910, BIRMINGHAM, AL 35283-0811 | |
| 10925 | GENERAL MAGNAPLATE CORPORATION, 1331 U.S. ROUTE 1, LINDEN, NJ 07036 | |
| 10924 | GENERAL MATERIALS INC, 3355 BUSINESS CIRCLE, NORTH CHARLESTON, SC 29406 | |
| 10924 | GENERAL MATERIALS, 3355 BUSINESS CIRCLE, NORTH CHARLESTON, SC 29406 | |
| 10924 | GENERAL MATERIALS, 6324 J. RICHARD DR, RALEIGH, NC 27613 | |
| 10924 | GENERAL MATERIALS, 6324 J. RICHARDS DR., RALEIGH, NC 27613 | |
| 10924 | GENERAL MEDICAL JACKSONVILLE, 8100 WESTSIDE INDUSTRIAL DRIVE, JACKSONVILLE, FL 32219 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | |
|---|---|
| 10924 | GENERAL MEDICAL, 2500 PRINCIPAL ROW   BLDG B, ORLANDO, FL 32837 |
| 10924 | GENERAL MEDICAL, 2700 BRECKENRIDGE BLVD., DULUTH, GA 30136 |
| 10924 | GENERAL METALS, 2727 W. WELDON AVE., PHOENIX, AZ 85017 |
| 10925 | GENERAL METERS & CONTROLS, 1776 COMMERCE DRIVE, ELK GROVE VILLAGE, IL 60007 |
| 10925 | GENERAL METERS & CONTROLS, PO BOX 112, ELK GROVE VILLAGE, IL 60007 |
| 10925 | GENERAL MILLS RESTR GP INC, RED LOBSTER INNS OF AMERICA, C/O RED LOBSTER USA, PO BOX 593330, ORLANDO, FL 32859-3330 |
| 10925 | GENERAL MILLS, GENERAL COUNSEL, 1751 DIRS ROW, ORLANDO, FL 32809 |
| 10925 | GENERAL MOTORS ACCEPTANCE CORP, PO BOX 173793, DENVER, CO 80217-3793 |
| 10925 | GENERAL MOTORS ACCEPTANCE CORP, PO BOX 7041, TROY, MI 48007-7041 |
| 10924 | GENERAL MOTORS C/O AMERICAN SPRAY, 767 5TH AVENUE, NEW YORK, NY 10001 |
| 10924 | GENERAL MOTORS C/O MORELL BROWN, 567 FIFTH AVENUE, NEW YORK, NY 10001 |
| 10925 | GENERAL MOTORS CORP FISHER GUIDE DI, R WILLIAM STEPHENS, 410 MAIN ST, BUFFALO, NY 14202 |
| 10925 | GENERAL MOTORS CORP, ACCOUNTS PAYABLE, MAIL STATION A241, KOKOMO, IN 46902 |
| 10925 | GENERAL MOTORS CORP, DELCO REMY DIV, DISBURSE ANALYSIS DEPT, PONTIAC, MI 48343-6666 |
| 10925 | GENERAL MOTORS CORP, DON A SEHIEMANN ATTY, |
| 10925 | GENERAL MOTORS CORP, DONALD A SCHIEMANN, NEW CENTER ONE BLDG, 3301 WEST GRAND BLVD, DETROIT, MI 48202 |
| 10924 | GENERAL MOTORS CORP, ECORSE & WIARD ROAD, DOCK 3, YPSILANTI, MI 48198 |
| 10925 | GENERAL MOTORS CORP, LINDA L BENTLEY LEGAL STAFF, 300 RENAISSANCE CENTER, PO BOX 300, DETROIT, MI 48265-3000 |
| 10925 | GENERAL MOTORS CORP, PLANT 64 DEPT 6451, 7929 S HOWELL AVE, OAK CREEK, WI 53154 |
| 10925 | GENERAL MOTORS CORP, PLANT 96, 2033 EAST BLVD, KOKOMO, IN 46902 |
| 10925 | GENERAL MOTORS CORP, PLANT K3, 2033 EAST BLVD, KOKOMO, IN 46905 |
| 10924 | GENERAL MOTORS CORP, M/C 483-323-216, MILFORD, MI 48380-3726 |
| 10924 | GENERAL MOTORS CORP., MAIL CODE 485-101-102, 902 E. HAMILTON AVENUE, FLINT, MI 48550 |
| 10924 | GENERAL MOTORS CORPORATION, 1001 W 31ST STREET, DOWNERS GROVE, IL 60515 |
| 10925 | GENERAL MOTORS CORPORATION, 3044 W. GRAND BLVD., DETROIT, MI 48202-3037 |
| 10924 | GENERAL MOTORS CORPORATION, AUTOMOTIVE COMPONENTS GROUP, PONTIAC, MI 48343-6666 |
| 10924 | GENERAL MOTORS CORPORATION, DOCKK 32 NORTH END, BLDG. #14, 3600 DRYDEN ROAD, MORAINE, OH 45439 |
| 10924 | GENERAL MOTORS CORPORATION, PO BOX436040, PONTIAC, MI 48343 |
| 10924 | GENERAL MOTORS, 403 GRAND CENTRAL BLVD., LAREDO, TX 78044 |
| 10924 | GENERAL MOTORS, 767 5TH AVE., NEW YORK, NY 10001 |
| 10925 | GENERAL PALLET CORPORATION, 53 TOSCA DR, STOUGHTON, MA 02072 |
| 10925 | GENERAL PERSONNEL CONSULTANTS, PO BOX 140099, ORLANDO, FL 32889-0287 |
| 10925 | GENERAL PERSONNEL CONSULTANTS, POBOX 140099, ORLANDO, FL 32889-0287 |
| 10925 | GENERAL PETROLEUM CORPORATION, TOWNSEND BLDG, DOVER, DE 19901 |
| 10925 | GENERAL PETROLEUM INC., 1013 CENTRE ROAD, WILMINGTON, DE 19805 |
| 10924 | GENERAL POLYMER INC., 59 FOUNDRY STREET, CENTRAL FALLS, RI 02863 |
| 10925 | GENERAL POLYMERS, 170 LOCK HOUSE ROAD, WESTFIELD, MA 01085 |
| 10925 | GENERAL PUBLIC UTILITIES, 300 MADISON AVE, MORRISTOWN, NJ 07960 |
| 10925 | GENERAL PUBLICATIONS INC, 21755 VENTURA BLVD STE 436, WOODLAND HILLS, CA 91364 |
| 10925 | GENERAL PUMP & MACHINERY, INC, 1044 W.OLYMPIA DRIVE, PEORIA, IL 61615-2063 |
| 10925 | GENERAL REFRACTORIES COMPANY, 225 E CITY LINE AVE, BALA CYNWYD, PA 19004 |
| 10924 | GENERAL RESOUCES TECHNOLOGY, 2955 LONE OAK DRIVE, EAGAN, MN 55121 |
| 10924 | GENERAL RESOUCES TECHNOLOGY, P. O. BOX 21144, EAGAN, MN 55121 |
| 10924 | GENERAL RESOURCE CORPORATION, 103 N. 8TH STREET, MARSHALL, MN 56258 |
| 10924 | GENERAL RESOURCE CORPORATION, 201 THIRD ST. SOUTH, HOPKINS, MN 55343 |
| 10924 | GENERAL RESOURCE TECH, PO BOX 2114, EAGAN, MN 55121 |
| 10925 | GENERAL RESOURCES CORP., 201 S. THIRD ST., HOPKINS, MN 55343 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GENERAL ROOFING SUPPLY, 7525 S. CLAREMONT AVENUE, CHICAGO, IL 60620

10925   GENERAL RUBBER/ATLANTA, PO BOX 44005, ATLANTA, GA 30336

10924   GENERAL SERVICE BUILDING, 222 S. CHAPEL STREET, NEWARK, DE 19716

10925   GENERAL SERVICES ADM, ACCOUNTS PAYABLE BRANCH, KANSAS CITY, MO 64141

10925   GENERAL SERVICES ADMINISTRATION US, ARTEMIS LEKAKIS ASST US ATTOR, ONE PIERREPONT PLAZA, BROOKLYN, NY 11201

10925   GENERAL SERVICES BUREAU, PO BOX 924, PALM BEACH, FL 33480-0924

10925   GENERAL SESSIONS COURT, PO BOX 629, MANCHESTER, TN 37349

10924   GENERAL SHALE BRICK, 605 MORRISON STREET, MCMINNVILLE, TN 37110

10924   GENERAL SHALE PROD, P O BOX 3547 CRS, JOHNSON CITY, TN 37601

10924   GENERAL SHALE PRODUCTS, 116 PERKINS ST., WOODBINE, KY 40771

10924   GENERAL SHALE, 13207 S. MEMORIAL PARKWAY, HUNTSVILLE, AL 35815

10924   GENERAL SHALE, PO BOX4558, HUNTSVILLE, AL 35815

10925   GENERAL SIGNAL BUILDING SYSTEMS/EDW, 5 NORTH MAIN ST, PITTSFIELD, ME 04967

10925   GENERAL SIGNAL MFG. CORP, 110 MARTIN LN., ELK GROVE VILLAGE, IL 60007

10925   GENERAL SIGNAL TECH CORP MCDERMOTT, DONALD FREDERICO, 28 STATE ST, 34TH FL, BOSTON, MA 02109

10925   GENERAL STEEL DRUM CORP, PO BOX 651167, CHARLOTTE, NC 28265

10924   GENERAL STEEL DRUM CORPORATION, 4500 SOUTH BOULEVARD, CHARLOTTE, NC 28209

10924   GENERAL STEEL DRUM CORPORATION, PO BOX30668, CHARLOTTE, NC 28230

10924   GENERAL SUPPLY CO., 56  THOMPSON AVENUE, FORT MITCHELL, KY 41017

10924   GENERAL SUPPLY COMPANY, INC., C/O LEANDER JR. HIGH SCHOOL, CEDAR PARK, TX 78613

10924   GENERAL SUPPLY INC., P.O. BOX 171321, SAN ANTONIO, TX 78217

10924   GENERAL SUPPLY, 18953 REDLAND RD., SAN ANTONIO, TX 78259

10924   GENERAL SUPPLY, P. O. BOX 171321, SAN ANTONIO, TX 78217

10925   GENERAL SURFACTANTS, 600 WAUKEGAN RD., SUITE 10, GLENVIEW, IL 60025

10925   GENERAL TOOL CO, INC, DEPT 637, CINCINNATI, OH 45269

10925   GENERAL TOOL CO, INC, LANDY LANE, CINCINNATI, OH 45215

10925   GENERAL TRAILER SERVICES INC., PO BOX 8, ELLENWOOD, GA 30049

10924   GENERAL WAREHOUSE, 8730 E. SLAUSON, PICO RIVERA, CA 90660

10924   GENERALS MOTORS RESEARCH LABS, CAMBRIDGE, MA 02140

10925   GENERANT COMPANY, INC, PO BOX 768, BUTLER, NJ 07405

10925   GENEREAUX, NANCY, 4701 88TH AVE N., PINELLAS PK., FL 34666

10925   GENERETTE, TYRONE M., 1201 RAMBLEWOOD RD, BALTIMORE, MD 21239

10925   GENEREUX, WALTER, PO BOX 204, EASTMAN, GA 31203

10924   GENESEE COUNTY COURTHOUSE, BATAVIA, NY 14020

10925   GENESEE FORD TRUCK SALES INC., POBOX 23320, ROCHESTER, NY 14692

10924   GENESEE HOSPITAL, 224 ALEXANDER ST RCVG DIV., ROCHESTER, NY 14607

10924   GENESEE PAINTING CO, 3080 NORTH CTR RD, FLINT, MI 48506

10924   GENESEE PAINTING COMPANY, G3080 NORTH CENTER ROAD, FLINT, MI 48506

10925   GENESEE POLYMERS CORP, PO BOX 7047, FLINT, MI 48507

10925   GENESEE REGION CONCRETE PRO COUNCIL, 6895 ELLICOTT ST, PAVILION, NY 14525

10924   GENESEE REGION CONCRETE, 186 NORMAN ST, ROCHESTER, NY 14613

10925   GENESEE TRUCK RENTAL, 1520 JEFFERSON ROAD, ROCHESTER, NY 14623

10925   GENESEE TRUCK SALES, 1280 JEFFERSON ROAD, ROCHESTER, NY 14692

10925   GENESIO SPIRITUAL LIFE, 53 MILL ST, WESTFIELD, MA 01085

10924   GENESIS 20 BED EDITION, 3599 UNIVERSITY BLVD., JACKSONVILLE, FL 32216

10925   GENESIS EQUIPT MARKETING, 7595 E GRAY ROAD, SCOTTSDALE, AZ 85260

10925   GENESIS GROUP, INC, 25 WESCOTT DRIVE, SOUTH BARRINGTON, IL 60010

10925   GENESIS INDUSTRIES INC, POBOX 820401, SOUTH FLORIDA, FL 33082

10924   GENESIS MEDICAL CTR C/O QUALITY WAL, 1401 W. CENTRAL PARK, DAVENPORT, IA 52804

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GENESSEE COMMUNITY COLLEGE, ONE COLLEGE ROAD, BATAVIA, NY 14020

10924   GENESSEE COUNTY COURTHOUSE, 970 BULLIS ROAD, ELMA, NY 14059

10924   GENESSEE HOSPITAL, ALEXANDER ST, ROCHESTER, NY 14601

10924   GENEST CONCRETE WORKS INC, P O BOX 151, SANFORD, ME 04073

10924   GENEST CONCRETE WORKS INC., P O BOX 151, SANFORD, ME 04073

10924   GENEST CONCRETE WORKS, WILSON STREET, SANFORD, ME 04073

10924   GENEST RICHARD, BOX 272, SANFORD, ME 04073

10924   GENEST RICHARD, ROUTE 4, SANFORD, ME 04073

10925   GENEST, JR, ROBERT, PO BOX 1342, WINNIE, TX 77665

10925   GENESYS CONFERENCING INC, DEPT 0938, DENVER, CO 80256-0938

10925   GENETELLI, CPA, PC, RICHARD W, PO BOX 1928, NEW YORK, NY 10156

10925   GENETIC & IVF INSTITUTE, 3020 JAVIER ROAD, FAIRFAX, VA 22031

10925   GENETIC THERAPY INC., 938 CLOPPER ROAD, GAITHERSBURG, ND 20878

10924   GENETICS INSTITUTE MEP IV, 15 BURTT ROAD, ANDOVER, MA 01810

10924   GENETICS INSTITUTE, 1 BURTT ROAD, ANDOVER, MA 01810

10924   GENETICS INSTITUTE, 200 CAMBRIDGE PARK DRIVE, CAMBRIDGE, MA 02140

10924   GENEVA PHARMACEUTICALS, ROLLING PLAINS, BROOMFIELD, CO 80020

10924   GENEVA PIPE, 1465 WEST 400 NORTH, OREM, UT 84057

10924   GENEVA PIPE, PO BOX356, OREM, UT 84057

10924   GENEVA ROCK (PLANT #2), 748 WEST 300 SOUTH, SALT LAKE CITY, UT 84104

10924   GENEVA ROCK PROD, ATTN:  ACCOUNTS PAYABLE, OREM, UT 84057

10924   GENEVA ROCK PRODUCTS - #1 WET PLANT, 1561 WEST 400 NORTH, OREM, UT 84057

10924   GENEVA ROCK PRODUCTS - #2 DRY PLANT, 1561 WEST 400 NORTH, OREM, UT 84057

10924   GENEVA ROCK PRODUCTS, 1000 SOUTH 800 WEST, OGDEN, UT 84405

10924   GENEVA ROCK PRODUCTS, 3000 NORTH 750 EAST, LAYTON, UT 84041

10924   GENEVA ROCK PRODUCTS, 3055 CONSUMER ROAD, HELPER, UT 84526

10924   GENEVA ROCK PRODUCTS, 3900 SOUTH 350 WEST, MURRAY, UT 84107

10924   GENEVA ROCK PRODUCTS, 748 WEST 300 SOUTH, SALT LAKE CITY, UT 84104

10924   GENEVA ROCK PRODUCTS, 9607 SOUTH STATE STREET, SANDY, UT 84070

10924   GENEVA ROCK PRODUCTS, BARRICK, ELKO, NV 89801

10924   GENEVA ROCK PRODUCTS, GENEVA GRAVEL PIT, PERRY, UT 84302

10924   GENEVA ROCK PRODUCTS, HOLNAM DEVILS SLIDE, CROYDON, UT 84018

10924   GENEVA ROCK PRODUCTS, I-40 JCT & 248, 2148 ATKINSON DR, PARK CITY, UT 84060

10925   GENEVA ROCK PRODUCTS, POBOX 538, OREM, UT 84057

10924   GENEVA ROCK PRODUCTS, POST OFFICE BOX 538, OREM, UT 84057

10924   GENEVA ROCK PRODUCTS, SALT LAKE CITY, UT 84117

10924   GENEVA ROCK PRODUCTS/BLUFFDALE, POINT OF MOUNTAIN, BLUFFDALE, UT 84065

10924   GENEVA ROCK PRODUCTS/W. VALLEY CITY, 6200 S. 6400 W., SALT LAKE CITY, UT 84104

10924   GENEVA ROCK, DESBY DOVE ROAD, CASTLE DALE, UT 85413

10924   GENEVA ROCK, EAST FRONTAGE ROAD, FILLMORE, UT 84631

10924   GENEVA ROCK, TRAPPERS LOOP RD., MOUNTAIN GREEN, UT 84050

10925   GENEVIEVE A FRUIN, 221 N HARTWELL, GILMAN, IL 60938-1430

10925   GENEVIEVE C MROZ, 7740 SOUTH 78TH AVE, BRIDGEVIEW, IL 60455

10925   GENEVIEVE DUDA &, DOROTHY D GREENE JT TEN, BOX 481001, NILES, IL 60714-5001

10925   GENEVIEVE FINN GERMAN TR UA, JAN 4 97 GENEVIEVE FINN GERMAN, REVOCABLE TRUST, 909
        W FOSTER AVE, CHICAGO, IL 60640-2510

10925   GENEVIEVE L LINGUA, 4100 COURT DR, SANTA CRUZ, CA 95062-5211

10925   GENEVIEVE MAROZ, 7740 SOUTH 78TH AVE, BRIDGEVIEW, IL 60455

10925   GENICOM CORP, DONALD D ANDERSON, MCGUIRE WOODS BAT, BARNETT CENTER #2750, 50 N
        LAURA ST, JACKSONVILLE, FL 32202-3635

10925   GENICOM CORP., 1 SOLUTION WAY, WAYNESBORO, VA 22980

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GENICOM CORP., PO BOX 277871, ATLANTA, GA 30384-7871

10925   GENIE ELECTRONICS COINC, 710 WISE AVE, RED LION, PA 17356

10925   GENIESER, DR LARS, 215 E MAIN ST APT 3A, SOMERVILLE, NJ 08876

10925   GENISCO, 9051 SIEMPRE VIVA RD, SAN DIEGO, CA 92173

10925   GENIUM PUBLISHING CORPORATION, 1171 RIVERFRONT CTR, AMSTERDAM, NY 12010

10925   GENIUS SOFTWARE GROUP INC, PO BOX 810, SPARTANBURG, SC 29304

10924   GENNARINI CONST CO INC, 25 MAPLE STREET BPT., CT, BRIDGEPORT, CT 06611

10925   GENNARO J PANE, 79 COLGATE AVE, PARAMUS, NJ 07652-4303

10924   GENNETCH, MEISWINKLE, SAN FRANCISCO, CA 94101

10925   GENNETTA, PAMELA, 402 W MANGRUM, PUEBLO, CO 81007

10925   GENNETTE-MALLQU, JULIA, 70 EAST CENTRAL ST., FRANKLIN, MA 02038

10925   GENO, DOMINGO, 1392 W CARDINAL WAY, CHANDLER, AZ 85248

10925   GENO, MICHELE, 1392 W CARDINAL WAY, CHANDLER, AZ 85248-3162

10925   GENO, OSBERTO, 1453 E. RIVERSIDE DRIVE, ONTARIO, CA 91761

10925   GENOA, PAUL, 151 DEAN AVE, FRANKLIN, MA 02038

10925   GENOBLES, CAROLYN, 2120 SHARON ROAD, WOODRUFF, SC 29388

10924   GENOMICS, @ MONSANTO, SAINT LOUIS, MO 63167

10925   GENOTTE, LYNNE, 72 JORDAN, BOURBONNAIS, IL 60914

10925   GENOVA, ANTHONY, 51 STONYBROOK RD, WESTFORD, MA 01886

10925   GENOVA, MARY, 51 STONYBROOK RD, WESTFORD, MA 01886

10924   GENOVESE INDUSTRIES INC, 52 PULASKI ST, STAMFORD, CT 06904

10924   GENOVESE INDUSTRIES, INC., 52 PULASKI STREET, STAMFORD, CT 06904

10924   GENOVESE SUPPLY CO., 52 PULASKI STREET, STAMFORD, CT 06904

10925   GENSCH, ALFRED, 5572 NETHERLANDS AVE APT 4F, RIVERDALE, NY 10471-2355

10925   GENSKOW, BRIAN, RT 2 BOX 182, MARION, WI 54950

10925   GENSMAN, KATHLEEN, 8303 GREAT VIEW DR., SAN ANTONIO, TX 78230

10925   GENTHNER, PAUL, 6997 31ST AVE N, ST PETE, FL 33710

10925   GENTILE, ANTHONY, 153 PLEASANT ST, READING, MA 01867-2759

10925   GENTILE, ARTHUR, 12 REVERE ROAD, WOBURN, MA 01801

10925   GENTILE, GAIL, SEASCAPE CONDO #512, EAST HAVEN, CT 06512

10925   GENTILE, KAREN, 4 PALAMINO DR, NO READING, MA 01864

10925   GENTILE, RICHARD, 16 PINE GROVE AVE, BILLERICA, MA 01824

10925   GENTILE, ROBERT, 201 GOLD ST, SHILLINGTON, PA 19607

10925   GENTLE, CHRISTOPHER, 801 SANDLEWOOD COURT, MORROW, GA 30260

10925   GENTRY, BRIAN, 13164 WEST 88TH COURT APT 176, LENEXA, KS 66215-3489

10925   GENTRY, DORIS, 103 BRAMLETT ST., SIMPSONVILLE, SC 29681-9998

10925   GENTRY, GEORGE, 2676 KY HWY 1207, OWENSBORO, KY 42301

10925   GENTRY, KEVIN, 1625 CONLEY RD, CONLEY, GA 30027

10925   GENTRY, LISA, 3500 PELHAM ROAD, 120, GREENVILLE, SC 29615

10925   GENTRY, MARTHA, 2211 VININGS NO LANE, SMYRNA, GA 30080

10925   GENTRY, MARY, 4840 CROSSCREEK LANE, GREENVILLE, SC 29615

10925   GENTRY, NELLIE, 106 CREST ST, SIMPSONVILLE, SC 29681

10925   GENTRY, PRESTON, 2010 TOMPKINS, GRAND PRAIRIE, TX 75051

10925   GENTRY, SUSAN, 15 GIBSON DR, GREER, SC 29651

10925   GENTRY, SUSANNE, 1887 MONTROSE, FORREST CITY, AR 72335

10925   GENTRY, WILLIAM, 411 WEDGEWOOD DR, SPARTANBURG, SC 29316

10925   GENTZ, STEVE, 2789 FRIENDLY CIR, GREEN BAY, WI 54313

10925   GENTZLER JR, WAYNE E, RD 2 BOX 185, THOMASVILLE, PA 17364-9802

10925   GENUINE PARTS CO, PO BOX 102127, ATLANTA, GA 30368-2127

10925   GENUINE PARTS CO, POBOX 2047, NORCROSS, GA 30091-2047

10925   GENUINE PARTS CO., PO BOX 2468, NAPERVILLE, IL 60567-2468

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GENUITY SOLUTIONS INC, PO BOX 101765, ATLANTA, GA 30392-1765

10925   GENWRIGHT, JOSEPH, 104 PERRY ST, TRENTON, NJ 08610

10925   GENZOLI, GERALD, 149 ARLINGTON AVE, FERNDALE, CA 95536

10925   GENZYME CORPORATION, 1 KENDALL SQUARE, CAMBRIDGE, MA 02139

10924   GENZYME SURGICAL PRODUCTS, 1295 MAIN STREET, COVENTRY, CT 06238

10924   GENZYME SURGICAL PRODUCTS, PO BOX 219, COVENTRY, CT 06238

10924   GENZYME SURGICAL PRODUCTS, SNOWDEN PENCER PRODUCT GROUP, 600 AIRPORT ROAD, FALL RIVER, MA 02720-4105

10924   GENZYME, 45 NEW YORK AVENUE, FRAMINGHAM, MA 01701

10924   GENZYME, 69 HOWARD STREET, WATERTOWN, MA 02272

10924   GEO BELFER DRUM & BARREL COMPANY, 4336 HANSEN S.W., GRAND RAPIDS, MI 49508

10924   GEO BOND INTERNATIONAL IN, 15550 W. 108 ST, LENEXA, KS 66219

10924   GEO CENTERS, INC., ABERDEEN PRIVING GROUND, MARYLAND, GUNPOWDER, MD 21010

10924   GEO CENTERS, INC., PO BOX 428, NEWTON UPPER FALLS, MA 02464

10925   GEO HYDRO ENGINEERS INC, 1000 COBB PLACE BLVD SUITE 290, KENNESAW, GA 30144-3684

10925   GEO S. THOMSON CO., PO BOX 17, EL PASO, TX 79999-0017

10925   GEO SPECIALTY CHEMICALS INC., 751 PINEVILLE RD., CHATTANOOGA, TN 37405-2622

10925   GEO SPECIALTY CHEMICALS, 1920 BENHILL AVE., BALTIMORE, MD 21226

10925   GEO SPECIALTY CHEMICALS, INC, PO BOX 198005, ATLANTA, GA 30384

10925   GEO SPECIALTY CHEMICALS, PO BOX 100116, ATLANTA, GA 30384-0116

10925   GEO TESTING EXPRESS, ACCOUNTS RECEIVABLE, 1145 MASSACHUSETTS AVE, BOXBOROUGH, MA 01719

10924   GEO. BERT CROPPER INC., 309 N 1 ST & BAY, OCEAN CITY, MD 21842

10925   GEOANALYSIS INC, 3110 SO WADSWORTH BLVD STE 108, DENVER, CO 80227

10925   GEOARHEMAN CO, INC, THE, PO BOX 278, HARLEYVILLE, SC 29448

10924   GEOBOND INTERNATIONAL INC, 15550 W. 108TH STREET, LENEXA, KS 66219

10925   GEO-CENTERS INC, 3000 LEBANON CHURCH RD, WEST MIFFLIN, PA 15122

10925   GEO-CENTERS INC, ADMINISTRATIVE BRANCH, NEWTON UPPER FALLS, MA 02164

10925   GEOCON LABORATORIES INC, PO BOX 16371, HATTIESBURG, MS 39404

10925   GEODYNAMICS INDUSTRIES INC., 12853 LEVAN, LIVONIA, MI 48150

10925   GEOFFREY B GRAFTON, 14116 73RD ST NORTH, LOXAHATCHEE, FL 33470-4401

10925   GEOFFREY GRAFTON, 14116 73RD ST N, LOXAHATCHEE, FL 33470

10925   GEOFFREY TEBBETTS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   GEOFFROY, WILLIAM O, 4725 E SUNRISE DR 220, TUCSON, AZ 85718-4534

10925   GEOGHEGAN, LINDA, 73 DAVIS AVE, CRANSTON, RI 02910

10925   GEOHAGAN, CHARLES, 1019 SHADOWBROOK DRIVE N, LAKELAND, FL 33803-3649

10925   GEOINSIGHT INC., 75 GILCHREAST RD., STE. 210, LONDONDERRY, NH 03053-3564

10925   GEOINSIGHT INC., 75 GILCREST RD #210, LONDONERRY, NH 03053-3564

10925   GEOINSIGHT,INC, 75 GILCREAST ROAD,SUITE 210, LONDONDERRY, NH 03053-3564

10925   GEOLOGICAL RECLAMATION, 1000 NEW FORD MILL ROAD, MORRISVILLE, PA 19067

10925   GEOMEGA INC, 2995 BASELINE ROAD SUITE 202, BOULDER, CO 80303

10925   GEOMETRIC CIRCUITS, 11 MICHAEL AVE, FARMINGDALE, NY 11735

10925   GEOMETRIC INTERNATIONAL INC, 3 GREEK LANE, EDISON, NJ 08817

10925   GEON COMPANY, THE, GEON VINYL DIVISION, CLEVELAND, OH 44193

10924   GEON ENGINEERED FILMS, INC., 270 NORTH HIGHWAY 95A, YERINGTON, NV 89447

10925   GEONETTA, MARIBETH, 92 AMHERST, PUEBLO, CO 81004

10925   GEONOMICS INC, 44 BROMFIELD ST, BOSTON, MA 02108

10924   GEORGE  F. KEMPF SUPPLY CO., 600 SOUTH MARKET STREET, WILMINGTON, DE 19801

10924   GEORGE  F. KEMPF SUPPLY CO., PO BOX 19269, PHILADELPHIA, PA 19143

10925   GEORGE A ADAMS CUST CAROLINA F, ADAMS A MINOR UNDER, THE LAWS OF GA, 4938 FOREST GLADE CIR, STONE MOUNTAIN, GA 30087-1302

10925   GEORGE A KANFER, STAR ROUTE BOX 81, DINGMANS FERRY, PA 18328

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GEORGE A LOTHROP &, ROSE C LOTHROP JT TEN, 5 OAKRIDGE AVE, NATICK, MA 01760-2909 | |
| 10925 | GEORGE A PICKERING INC, 63 LAURA LANE, STOUGHTON, MA 02072 | |
| 10925 | GEORGE A RICHARD & PATRICIA I, RICHARD JT TEN, 7509 SE 30TH AVE, PORTLAND, OR 97202-8840 | |
| 10925 | GEORGE A SPENCER, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487 | |
| 10925 | GEORGE B GILLEN, 2785 NW 28, BOCA RATON, FL 33434 | |
| 10925 | GEORGE B JONES &, KATHLEEN N JONES TR UA APR 26 96, THE JONES FAMILY TRUST, 1609 SW CROSS CREEK PL, BLUE SPRINGS, MO 64015-8896 | |
| 10925 | GEORGE B KIRSCH &, SUSAN L KIRSCH JT TEN, 289 RIDGEWOOD AVE, GLEN RIDGE, NJ 07028-1405 | |
| 10924 | GEORGE B. WOODCOCK CO., 21900 MARILLA, CHATSWORTH, CA 91311 | |
| 10925 | GEORGE BARTKE, 9237 S HOMESTEAD-LAD, BRIDGEVIEW, IL 60455 | |
| 10924 | GEORGE BROS., 10537 BOONE DR., SULTANA, CA 93666 | |
| 10925 | GEORGE BRYANT CONSTRUCTION INC, 9333 GOLDEN ST, ALTA LOMA, CA 91737-2821 | |
| 10925 | GEORGE C DOUB, PC & ASSOC, 12 WEST MADISON ST, BALTIMORE, MD 21201-5231 | |
| 10925 | GEORGE C HEINLEIN, INC, 5516 N. ELSTON AVE, CHICAGO, IL 60630 | |
| 10925 | GEORGE C MORRIS & BARBARA S, MORRIS UA NOV 14 90, MORRIS FAMILY TRUST, 170 LUCERO WAY, PORTOLA VALLEY, CA 94028-7428 | |
| 10925 | GEORGE C WILSON JR &, FLORENCE M WILSON JT TEN, 4141 MEYERS, WATERFORD, MI 48329-1948 | |
| 10925 | GEORGE C. YOUNG, 1462 HWY 25 NORTH, TRAVELERS REST, SC 29690 | |
| 10925 | GEORGE CIOSSEK &, KLARA CIOSSEK TEN ENT, 412 BRIGHTON PLACE, ELKINS PARK, PA 19027-2004 | |
| 10925 | GEORGE COUGHLIN &, GLORIA F COUGHLIN JT TEN, 380 WILLOW ST, WATERBURY, CT 06710-1518 | |
| 10925 | GEORGE D BALDUZY, 45 COLONY LANE, ROCHESTER, NY 14623-5411 | |
| 10925 | GEORGE D COUPOUNAS, 35 SINGLETREE RD, CHESTNUT HILL, MA 02167-2826 | |
| 10925 | GEORGE DE BATE, 119 MOCKINGBIRD LANE, DELRAY BEACH, FL 33445-1826 | |
| 10924 | GEORGE DEAN CO, 2095 ELMWOOD AVENUE, WARWICK, RI 02888 | |
| 10924 | GEORGE DEAN CO., 2095 ELMWOOD AVE., WARWICK, RI 26880 | |
| 10925 | GEORGE DIAZ & CLEMENCIA DIAZ, JT TEN, 62-14 80TH ST, MIDDLE VILLAGE QUEENS, NY 11379 | |
| 10925 | GEORGE DIGRANDE, 58 DAVENPORT AVE, ROSELAND, NJ 07068-1205 | |
| 10925 | GEORGE E BOOTH COMPANY INC, 8202 W 10TH ST, INDIANAPOLIS, IN 46214 | |
| 10925 | GEORGE E HUSS &, MADELINE J HUSS JT TEN, 3909 CHAPEL FORGE DR, BOWIE, MD 20715-1310 | |
| 10925 | GEORGE E KERR &, LORETTA E KERR JT TEN, BOX 672, TWIN FALLS, ID 83303-0672 | |
| 10925 | GEORGE E MARKWITZ &, GLENNA M MARKWITZ JT TEN, 25365 BRYDEN RD, BEACHWOOD, OH 44122-4069 | |
| 10925 | GEORGE E SPAETH, 1105 E TULIP DR, INDIANAPOLIS, IN 46227-5058 | |
| 10925 | GEORGE E ZHOOKOFF, 1903 COLONY OAKS DR, SNELLVILLE, GA 30078-2308 | |
| 10925 | GEORGE E. COGSWELL, 6570 BALTIMORE PIKE, LITTLESTOWN, PA 17340 | |
| 10925 | GEORGE EID, 55 HAYDEN AVE, LEXINGTON, MA 02713 | |
| 10925 | GEORGE F COOK CONSTRUCTION CO, 2833 LYNDALE AVE SOUTH, MINNEAPOLIS, MN 55408 | |
| 10925 | GEORGE F EMCH &, DOROTHY E EMCH JT TEN, 14616 PEACH ORCHARD RD, SILVER SPRING, MD 20905-4436 | |
| 10925 | GEORGE F KANITRA &, ANNA M KANITRA TR UA DEC 3 98, GEORGE F KANITRA REVOCABLE, LIVING TRUST, 8160 ANNA, WARREN, MI 48093-2778 | |
| 10925 | GEORGE F MONTGOMERY, 720 BRANTLY AVE, DAYTON, OH 45404-1432 | |
| 10925 | GEORGE F SCHEER 111, 522 CASWELL ROAD, CHAPEL HILL, NC 27514-2704 | |
| 10925 | GEORGE F SOUTHWORTH &, LORENE M SOUTHWORTH TEN ENT, 715 DORSET RD, ALLENTOWN, PA 18104-3385 | |
| 10925 | GEORGE F THOMPSON &, JOSEPHINE L THOMPSON JT TEN, 15620 MEADOW WOOD DR, W PALM BEACH, FL 33414-9056 | |
| 10925 | GEORGE F THOMPSON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10924 | GEORGE F. KEMPF SUPPLY COMPANY, INC, 5800 LINDBERG, PHILADELPHIA, PA 19143 | |
| 10925 | GEORGE FULLER TAPE CO, INC, PO BOX 371, SUDBURY, MA 01776 | |
| 10925 | GEORGE FULLER TAPE, PO BOX 371, SUDBURY, MA 01776 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GEORGE G GEKAS &, PANAGIOTA M GEKAS JT TEN, BOX 947, ANTIOCH, IL 60002-0947

10925   GEORGE G HART &, RUTH P HART TR, UA 10 26 82, GEORGE G HART FAMILY TRUST, PO BOX 1009, LAKE PLACID, NY 12946-5009

10925   GEORGE GRIGALAVICH, 204 BALTIMORE AVE, HILLSIDE, NJ 07205-2223

10925   GEORGE GUANCI, 30 EAST ST, SUDBURY, MA 01776

10924   GEORGE GUANCI, 30 EAST STREET, SUDBURY, MA 01776

10925   GEORGE GUYER YOUNG III, PO BOX 828, HAVERTOWN, PA 19083-0828

10925   GEORGE H FREISEM, BOX 12018, ATLANTA, GA 30355-2018

10925   GEORGE H GRESS, 34 WILLOW CREEK DR, HIGHLAND, IL 62249-2611

10925   GEORGE H KEVORKIAN & MALINA, KEVORKIAN TR UA MAR 17 92, KEVORKIAN TRUST, 11 BRENTWOOD RD, SUDBURY, MA 01776-2001

10925   GEORGE H PIKE, 3331 DRIFTWOOD RD, BEMUS POINT, NY 14712-9769

10925   GEORGE H WAGNER, 1051 N E 27TH WAY, POMPANO BEACH, FL 33062-4227

10925   GEORGE H WRAGGE &, IRMA L WRAGGE JT TEN, 2729 SO 16TH, OMAHA, NE 68108-1438

10925   GEORGE H. ALLEN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10924   GEORGE H. DEAN, INC., 8 PERRY AVE., WARWICK, RI 02888

10925   GEORGE H. REID, 6973 E.72ND ST, TULSA, OK 74133-2743

10925   GEORGE HENRY MACE &, KSENIA ASHLEY HART TEN COM, BOX 388, PAW PAW, IL 61353-0388

10925   GEORGE HILL COMPANY INC, PO BOX 265 - DATA PROCESSING, NEW LENOX, IL 60451

10925   GEORGE HILL COMPANY, INC, PO BOX 265 - DATA PROCESSING, NEW LENOX, IL 60451

10925   GEORGE HOFF, 2201 LUCAYA BEND A4, COCONUT CRK, FL 33066-1118

10924   GEORGE HYMAN CONSTRUCTIONT, C/O CHILDREN'S HOSPITAL, WASHINGTON, DC 20010-2970

10925   GEORGE I NISHIMATSU & JANE, H NISHIMATSU TR UDT MAY 23 91, 10860 SIXTH AVE, GILROY, CA 95020-8933

10925   GEORGE I SERBEN TTEE, UA DATED 06-02-82 FBO, GEORGE I SERBEN, 1922 WITHNELL AVE, ST LOUIS, MO 63118-2517

10925   GEORGE J BECKER, RURAL ROUTE 53, WATKINS, IA 52354

10925   GEORGE J GOSIESKI &, IRENE L GOSIESKI JT TEN, 4305 NE 75TH, SEATTLE, WA 98115-5100

10925   GEORGE J MILLS JR &, JENIFER L MILLS JT TEN, 901 15TH AVE SW, LARGO, FL 33770-4454

10925   GEORGE J NOVAK CO, A PARTNERSHIP, PO BOX 85671, LAS VEGAS, NV 89185-0671

10925   GEORGE J NOVAK TR UA FEB 1 79, GEORGE 79 TRUST, PO BOX 85671APT B, YAS VEGAS, NV 89102-0000

10925   GEORGE J NOVAK TR UA FEB 1 79, STEPHEN 80 TRUST, PO BOX 85671, YAS VEGAS, NV 89185-0671

10925   GEORGE J NOVAK, PO BOX 85671, LAS VEGAS, NV 89185-0671

10925   GEORGE J STIDWORTHY JR TR UA, 12 31 93 FOR MARGARET, STIDWORTHY GOLDENS CHARITABLE, REMAINDER UNITRUST, 901 NORRIS RD, PRESCOTT, AZ 86305-2931

10925   GEORGE J TENOVER, 1691 BRUNNERWOOD DR, CINCINNATI, OH 45238-3832

10925   GEORGE J WINCHELL, C/O SEAOAKS, 8781 EAST ORCHID ISLAND CIRCLE, VERO BEACH, FL 32963-4099

10925   GEORGE JAMES NOVAK, PO BOX 85671, LAS VEGAS, NV 89185-0671

10925   GEORGE K FITZSIMONS, TR UA JUL 21 00, GEORGE K FITZSIMONS TRUST, BOX 980, SALINA, KS 67402-0980

10925   GEORGE K MARSHALL, 45 PARIS SNOW DR, CARIBOU, ME 04736-2249

10925   GEORGE KELSO CO., 515 STUMP ROAD, NORTH WALES, PA 19454

10924   GEORGE KEMPF SUPPLY, 5800 LINDBERG BLVD, PHILADELPHIA, PA 19143

10925   GEORGE KISSEL, 6611 CYPRESS LAKE DR, ASHLAWN APT 103, FORT MYERS, FL 33908-0000

10925   GEORGE KOSTOHRYA &, JOYCE S KOSTOHRYZ JT TEN, 3812 SUMMERCREST DRIVE, FORT WORTH, TX 76109-3420

10925   GEORGE KRIEGER, 13 WADSWORTH TERRACE, CRANFORD, NJ 07016-2554

10925   GEORGE L BAKES EX EST, LOUISE BAKES, 118 SILVERMINE AVE, NORWALK, CT 06850-2033

10925   GEORGE L EVELER JR &, BETTY H EVELER TEN ENT, 91 EAGLE VIEW LANE, FELTON, PA 17322-7816

10925   GEORGE L FITTS, 60 WEST COURT ST, CORTLAND, NY 13045-2530

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GEORGE L NELSON & LA VERNE G, NELSON JT TEN, 5905 34TH, NORTH WEST SEATTLE, WA 98107-0000 | |
| 10925 | GEORGE L SEAVEY &, ALICIA P SEAVEY JTWRS JT TEN, PO BOX 1514, E GREENWICH, RI 02818-0661 | |
| 10924 | GEORGE L THROOP CO INC, ATTN:  ACCOUNTS PAYABLE, PASADENA, CA 91109-2405 | |
| 10924 | GEORGE L. THROOP CO., P.O. BOX 92405, PASADENA, CA 91109 | |
| 10924 | GEORGE L. THROOP CO., TANK FARM F, TANK CLOSURE 17F & 20F, SAVANNAH RIVER SITE, AIKEN, SC 29808 | |
| 10924 | GEORGE L. THROOP/PASADENA, 444 N. FAIR OAKS AVENUE, PASADENA, CA 91103 | |
| 10925 | GEORGE LAMBERT, 3815 LANCE DR, FLOWERY BRANCH, GA 30542-3028 | |
| 10925 | GEORGE LAWRENCE JACKSON, 2401 AUTUM VIEW WAY, BALTIMORE, MD 21234-1458 | |
| 10925 | GEORGE LEVINE CUST PHYLLIS, LEVINE UNIF GIFT MIN ACT NY, 716 PROCTOR COURT, WOODLAND, CA 95695-5533 | |
| 10925 | GEORGE M CLARK &, LACEY LEE CLARK JT TEN, 105 OAK RIDGE, STARKVILLE, MS 39759-4132 | |
| 10925 | GEORGE M DICKSON, BOX 504, SUMMERTON, SC 29148-0504 | |
| 10925 | GEORGE M REYNOLDS TR UA, DEC 31 79 JENSEN REYNOLDS CORP, EMPLOYEE PROFIT SHARING TRUST, 4919 W GOOD HOPE RD, MILWAUKEE, WI 53223-4840 | |
| 10925 | GEORGE M. WAINER, 2201 VETERANS MEMORIAL BLVD STE 403, METAIRIE, LA 70002-6326 | |
| 10924 | GEORGE MAHON FEDERAL BLDG., 1205 TEXAS AVE., LUBBOCK, TX 79401 | |
| 10924 | GEORGE MAHON FEDERAL BUILDING, 1205 TEXAS AVENUE, LUBBOCK, TX 79401 | |
| 10924 | GEORGE MANN & CO INC, 175 TERMINAL ROAD, PROVIDENCE, RI 02905 | |
| 10925 | GEORGE MANN & CO INC, 700 GALLERIA PKWY SE STE 350, ATLANTA, GA 30339-5932 | |
| 10925 | GEORGE MANN & CO INC, PO BOX 9066, PROVIDENCE, RI 02940 | |
| 10924 | GEORGE MANN & CO, INC, P.O. BOX 9066, PROVIDENCE, RI 02940-9066 | |
| 10925 | GEORGE MARTIN & SON, 30 MARTIN ST, CUMBERLAND, RI 02864 | |
| 10925 | GEORGE MASON UNIVERSITY, 4400 UNIVERSITY DR, MAIL STOP 2D7, FAIRFAX, VA 22030 | |
| 10925 | GEORGE MCCARTNEY & ANN MARIE, MCCARTNEY JT TEN, 181 BELLEVIEW AVE, CENTER MORICHES, NY 11934-3707 | |
| 10925 | GEORGE MCWILLIAMS, 139 CARVERDALE DR, ROCHESTER, NY 14618-4032 | |
| 10925 | GEORGE MICHAEL THOMAS &, JOSEPH VINCENT TEN COM, 1500 CEDAR DR, LORAIN, OH 44052-2808 | |
| 10925 | GEORGE MONTGOMERY, 716 BRANTLEY AVE, DAYTON, OH 45404-1432 | |
| 10925 | GEORGE NEWCOMB JR & CATHRINE W, NEWCOMB TEN ENT, 1107 S BARBARA DR, ALBURTIS, PA 18011-2612 | |
| 10925 | GEORGE O HANFORD &, RUTH L HANFORD JT TEN, PO BOX 105, WHITE STONE, VA 22578-0105 | |
| 10925 | GEORGE O. SCHROEDER ASSOCIATES INC, 4705 BUTTERCUP CT., APPLETON, WI 54915 | |
| 10925 | GEORGE O. SHORT & ASSOC., 704 E MCBEE AVE, GREENVILLE, SC 29601 | |
| 10925 | GEORGE P HIGGINS, MIDLANE, SYOSSET DOWNS, NY 11791 | |
| 10925 | GEORGE P IVY, 715 N 9TH ST, LAS VEGAS, NV 89101-2507 | |
| 10925 | GEORGE P KOECK TR UA MAY 01 91, THE GEORGE P KOECK TRUST, 11653 S W 75 CIRCLE, OCALA, FL 34476-9434 | |
| 10925 | GEORGE P ROBERTS, 23 FRANKLIN AVE, FLOURTOWN, PA 19031-2005 | |
| 10925 | GEORGE P RYAN & NORMA M RYAN, TTEES UAD JAN 10 92 FBO, THE RYAN FAMILY TRUST, PO BOX 8865, KALISPELL, MT 59904-1865 | |
| 10925 | GEORGE P SCHUMACKER CO, 13370 MADISON AVE, CLEVELAND, OH 44107 | |
| 10925 | GEORGE P ZEZULAK &, PATRICIA A ZEZULAK JT TEN, 5143 S MASSASOIT AVE, CHICAGO, IL 60638-1505 | |
| 10925 | GEORGE POLK, 563 S MAPLE AVE, GLEN ROCK, NJ 07452-1820 | |
| 10925 | GEORGE R ANDERSON, 11 PERSIMMON PLACE, SWEDESBORO, NJ 08085 | |
| 10925 | GEORGE R BOTELHO, 270 RENNIE AVE, SAN JOSE, CA 95127-1658 | |
| 10925 | GEORGE R COVERT, 10621 N OAK HILLS PKWY SUITE A, BATON ROUGE, LA 70810 | |
| 10925 | GEORGE R PERRIN, 300 EAST 33RD ST APT 6A, NEW YORK, NY 10016-9407 | |
| 10925 | GEORGE R RUHL & SON, INC, 7451 RACE ROAD, HANOVER, MD 21076 | |
| 10925 | GEORGE R SILVERNELL, PO BOX 665, UNADILLA, NY 13849-0665 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GEORGE R. ANDERSON, 11 PERSIMMON PLACE, SWEDESBORO, NJ 08085 | |
| 10925 | GEORGE R. BROWN PARTNERSHIP, 1001 FANNIN, 4700 1ST CITY TOWER, HOUSTON, TX 77002 | |
| 10924 | GEORGE RAYMOND, CAMBRIDGE, MA 02140 | |
| 10925 | GEORGE ROBERTS CO., PO BOX 127, ALFRED, ME 04002 | |
| 10924 | GEORGE ROBERTS INC., PO BOX 127, ALFRED, ME 04002 | |
| 10924 | GEORGE ROBERTS, INC., P.O. BOX 127, ALFRED, ME 04002 | |
| 10924 | GEORGE ROBERTS, INC., ROUTE 11, ALFRED, ME 04002 | |
| 10924 | GEORGE ROLL & SONS, INC., 2258 W. VERMONT, BLUE ISLAND, IL 60406 | |
| 10925 | GEORGE ROMANEK, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | GEORGE RUHL & SON, INC, PO BOX 250, HANOVER, MD 21076 | |
| 10925 | GEORGE S EDWARDS CO, INC, PO BOX 201715, HOUSTON, TX 77216-1715 | |
| 10925 | GEORGE S PARKER TR UW, NANNIE S PARKER, 216 SHERIDAN LANE, BIRMINGHAM, AL 35216-1324 | |
| 10924 | GEORGE S. COYNE CHEMICAL CO INC, 3015 STATE ROAD, BENSALEM, PA 19020 | |
| 10925 | GEORGE S. EDWARDS CO. INC., PO BOX 1000, SAGINAW, AL 35137 | |
| 10925 | GEORGE SCHIAVONE PHOTO., 406 NW 2 ST, HALLANDALE, FL 33009 | |
| 10925 | GEORGE SCHMITT, 1200 TULIP LANE, WANTAGH, NY 11793-2514 | |
| 10925 | GEORGE SELUCKY, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10925 | GEORGE SELUCKY, 6248 WEST 92ND ST, OAK LAWN, IL 60453 | |
| 10925 | GEORGE SHEINGORN, 11 SEAMAN AVE, NEW YORK, NY 10034-2941 | |
| 10924 | GEORGE SPARKS INC., 11 MONROEVILLE RD., MONROEVILLE, NJ 08343 | |
| 10924 | GEORGE STATON COMPANY INC., P. O. BOX 1430, AUSTIN, TX 78766 | |
| 10925 | GEORGE STERLING, 46 N CLINTON AVE, MAPLE SHADE, NJ 08052-2406 | |
| 10925 | GEORGE T CHINEN REVOCABLE, LIVING TRUST, 1722 AHUULA ST, HONOLULU, HI 96819-4001 | |
| 10925 | GEORGE T FUKUI & KATHERINE, K FUKUI TR UA SEP 22 89, THE GEORGE & KATHERINE FUKUI, FAMILY TRUST, 3061 ROSS RD, PALO ALTO, CA 94303-4104 | |
| 10925 | GEORGE T NISHIDA &, TOSHIKO NISHIDA JT TEN, 5124 WINSDALE ST, MINNEAPOLIS, MN 55422-4543 | |
| 10925 | GEORGE T. SPENCER, 11308 ROZZELLES FERRY ROAD, CHARLOTTE, NC 28214 | |
| 10925 | GEORGE TAUB PRDUCTS AND, 277 NEW YORK AVE, JERSEY CITY, NJ 07307 | |
| 10925 | GEORGE V. HAMILTON INC, 815 SUPERIOR AVE. NE, CLEVELAND, OH 44114 | |
| 10925 | GEORGE VICHOS, 21543 GRAND RIVER, DETROIT, MI 48219-3218 | |
| 10925 | GEORGE W BECK III &, GEORGE W BECK IV & MARIAN F BECK EDWARDS, JT TEN, 515 E FRANKLIN ST, GRAPEVINE, TX 76051-5425 | |
| 10925 | GEORGE W BISHOP, 97 FRANKLIN COURT, FLEMINGTON, NJ 08822-2011 | |
| 10925 | GEORGE W BONNER, 802 BELLAIRE ST, GREENSBORO, NC 27406-3103 | |
| 10925 | GEORGE W DAVIS, 6551 FINCHLEY RD, INDIANAPOLIS, IN 46250-2827 | |
| 10925 | GEORGE W RACKLEY, 2875 TURKEY HWY, CLINTON, NC 28328-0746 | |
| 10925 | GEORGE W RICHARDSON II &, CAROL H RICHARDSON JT TEN, 10205 FREDERICK AVE, KENSINGTON, MD 20895-3303 | |
| 10925 | GEORGE W STARSMEARE, 328 LAZYWOOD COURT, MILLERSVILLE, MD 21108-2418 | |
| 10925 | GEORGE W T LOO, SUITE B 202 HOLIDAY GARDENS, 755 MC NEILL ST, HONOLULU, HI 96817-4224 | |
| 10925 | GEORGE W. FOWLER CO., PO BOX 3287 /, TEQUESTA, FL 33469-0287 | |
| 10925 | GEORGE W. STARSMEARE, 812 MONACO DR, PUNTA GORDA, MD 33950-8019 | |
| 10924 | GEORGE WASHINGTON HIGH SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | GEORGE WASHINGTON UNIVERSITY, 2130 H ST , NW, ROOM B-07, WASHINGTON, DC 20052 | |
| 10925 | GEORGE WASHINGTON UNIVERSITY, CONTINUING EDUCATION DEPT., WASHINGTON, DC 20052 | |
| 10924 | GEORGE WEIS CO, 101 E WHITE ST, MILLSTADT, IL 62260 | |
| 10924 | GEORGE WEIS CO, 101 E WHITE STREET, MILLSTADT, IL 62260 | |
| 10924 | GEORGE WEIS COMPANY, CAMBRIDGE, MA 02140 | |
| 10925 | GEORGE WIEMEGER, 4824 S LAWLER, CHICAGO, IL 60638 | |
| 10925 | GEORGE WILLIAMSON TTEE UAD, 3 11 74 FBO GEORGE WILLIAMSON, PO BOX 24850, CHURCH ST STATION, NEW YORK, NY 10249-0130 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GEORGE WISER & CINDY WISER JT TEN, 304 S LIVINGSTON ST, WHITEHALL, MI 49461-1320 | |
| 10925 | GEORGE YOUNG & SONS INC, 2600 SW WASHINGTON ST, PEORIA, IL 61651 | |
| 10925 | GEORGE Z BATEH, 1334 PALMER TERRACE, JACKSONVILLE, FL 32207-8941 | |
| 10925 | GEORGE, AARON, 167 MT ZION ROAD, SPARTANBURG, SC 29303 | |
| 10925 | GEORGE, ALEXANDER, 11844 HAMLIN, N HOLLYWOOD, CA 91606 | |
| 10925 | GEORGE, ANDREW, 3568 NORTH HWY 14, GREER, SC 29651 | |
| 10925 | GEORGE, ANTHONY, 1113 MARION ST, READING, PA 19604 | |
| 10925 | GEORGE, BENJAMIN, 2821 FOXGLEN DR. APT. #2044, MESQUITE, TX 75150 | |
| 10925 | GEORGE, CHRISTINA, 6313 BELLE TERRE CT, FAYETTEVBILLE, NC 28304 | |
| 10925 | GEORGE, CHRISTOPHER, 4003 CORDELL CT, BOWIE, MD 20715 | |
| 10925 | GEORGE, EDWARD, 1608 JENSON ROAD, FORT WORTH, TX 76112 | |
| 10925 | GEORGE, ELIZABETH, 5706 DIANA, GARLAND, TX 75043 | |
| 10925 | GEORGE, GREGORY, 3807 NW 121ST AVE, SUNRISE, FL 33323 | |
| 10925 | GEORGE, HEATHER, 166 THOMAS DRIVE, #1, COMMERCE, GA 30529 | |
| 10925 | GEORGE, HENRY, 819 S LACLEDE, INDIANAPOLIS, IN 46241 | |
| 10925 | GEORGE, JOHN, 3675 DILIDO #1030, DALLAS, TX 75228 | |
| 10925 | GEORGE, JULIA, 4421 REICH, METAIRIE, LA 70006 | |
| 10925 | GEORGE, KENNETH, 6143 BRIMLEY DRIVE, WHITEHOUSE, OH 43571 | |
| 10925 | GEORGE, KENNETH, PO BOX 1267, EL CAMPO, TX 77437 | |
| 10925 | GEORGE, KURIEN, 10818 GIFFORD ST, PHILA, PA 19116 | |
| 10925 | GEORGE, MATHEW, 8216 N. CENTRAL PARK, SKOKIE, IL 60076 | |
| 10925 | GEORGE, MICHAEL, 5 CRAWFORD DR, WOBURN, MA 01801 | |
| 10925 | GEORGE, MICHAEL, 5201 ANDREWS HWY., ODESSA, TX 79762 | |
| 10925 | GEORGE, NOBIL, 8431 LAPRADA, DALLAS, TX 75228 | |
| 10925 | GEORGE, PAMELA, 2 W 120TH ST, NEW YORK, NY 10027 | |
| 10925 | GEORGE, PAMELA, TWO WEST 120TH ST PO BOX 6781, NEW YORK, NY 10027 | |
| 10925 | GEORGE, ROBERT, ROUTE 2, PRAIRIE DUCHEIN, WI 53821 | |
| 10925 | GEORGE, ROBIN, 5690 CASTLETON DR, HOPE MILLS, NC 28348 | |
| 10925 | GEORGE, ROBIN, R.R. 2-LOT 30 MMHP, MENTENO, IL 60950 | |
| 10925 | GEORGE, ROGER, RT 7, BOX 110, BYHALIA, MS 38611 | |
| 10925 | GEORGE, SANDY, 819 S LACLEDE, INDIANAPOLIS, IN 46241 | |
| 10925 | GEORGE, STEPHANIE, MIT, CAMBRIDGE, MA 02139 | |
| 10925 | GEORGE, STEVEN, 1412 10TH ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | GEORGE, SUSAN, 5348 POOKS HILL RD, BETHESDA, MD 20814 | |
| 10925 | GEORGE, SYLVESTER, 410 N. CENTRAL, DELCAMBRE, LA 70528 | |
| 10925 | GEORGE, THOMAS, 2541 W. FITCH APT #207, CHICAGO, IL 60645 | |
| 10925 | GEORGE, THRESIAMMA, 88-23 WINCHESTER BL, BELLEROSE, NY 11427 | |
| 10925 | GEORGE, VENISE, 240 S URBANA ST, S. VIENNA, OH 45369 | |
| 10925 | GEORGE, WADE, 4456 MARJORIE RD, LITHONIA, GA 30058 | |
| 10925 | GEORGE, WALTER, 7390 PORT TOBACCO RD, WECLOME, MD 20693-3116 | |
| 10925 | GEORGE, WILLIAM, 1595 38TH AVE, SAN FRANCISCO, CA 94122 | |
| 10925 | GEORGE, WILLIE, 5320 HWY 35 NORTH, COLUMBIA,, MS 39429 | |
| 10925 | GEORGELIS, GINA, 19 COLEMAN ROAD, ARLINGTON, MA 02476 | |
| 10925 | GEORGELIS, JOANNE, 19 COLEMAN RD, ARLINGTON, MA 02476 | |
| 10925 | GEORGELIS, JOANNE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | GEORGES, MARIE-CLAIRE, 119 PERRY ST, HEMPSTEAD, NY 11550 | |
| 10925 | GEORGETOWN CLUB, 1530 WISCONSIN AVE N W, WASHINGTON, DC 20007 | |
| 10924 | GEORGETOWN COLLEGE LIBRARY, 400 EAST COLLEGE STREET, GEORGETOWN, KY 40324-1696 | |
| 10925 | GEORGETOWN COMPANY, 667 MADISON AVE, NEW YORK, NY 10021 | |
| 10924 | GEORGETOWN CONSTRUCTION C, PO BOX369, GEORGETOWN, MA 01833 | |
| 10924 | GEORGETOWN CONSTRUCTION CO., 404 E. MAIN ST., GEORGETOWN, MA 01833 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | |
|---|---|
| 10924 | GEORGETOWN CONSTRUCTION CO., PO BOX369, GEORGETOWN, MA 01833 |
| 10924 | GEORGETOWN MEMORIAL HOSPITAL, 1058 HUGER DRIVE, GEORGETOWN, SC 29442 |
| 10924 | GEORGETOWN MEMORIAL HOSPITAL, C/O SOUTHERN FIREPROOFING, 1058 HUGER DRIVE, GEORGETOWN, SC 29440 |
| 10924 | GEORGETOWN PERFORMING ARTS CTR, THE, 1701 N. AUSTIN AVE, GEORGETOWN, TX 78627 |
| 10924 | GEORGETOWN PRECAST, 2420 GEORGIA SLIDE ROAD, GEORGETOWN, CA 95634 |
| 10924 | GEORGETOWN PRECAST, ATTN:  ACCOUNTS PAYABLE, GEORGETOWN, CA 95634 |
| 10924 | GEORGETOWN PRECAST, P.O. BOX 65, GEORGETOWN, CA 95634 |
| 10925 | GEORGETOWN PREPARATORY SCHOOL, 10900 ROCKVILLE PIKE, NORTH BETHESDA, MD 20852 |
| 10925 | GEORGETOWN PUBLISHG HOUSE, 1101 30TH ST , NW, WASHINGTON, DC 20007 |
| 10924 | GEORGETOWN UNIV HOSP, 3800 RESERVOIR ROAD N.W., WASHINGTON, DC 20007 |
| 10925 | GEORGETOWN UNIVERSITY, 3900 RESERVOIR ROAD NW, ROOM LM12 PRECLINICAL SCIENCE, WASHINGTON, DC 20007 |
| 10925 | GEORGETOWN UNIVERSITY, HALE & DORR LP, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004 |
| 10924 | GEORGETOWN UNIVERSITY, WASHINGTON, DC 20057 |
| 10925 | GEORGETTE B FELIX, 49 E 86TH ST, NEW YORK, NY 10028-1060 |
| 10925 | GEORGETTI, RHONDA, 3995 PARK AVE, PROSPERITY, PA 15329 |
| 10925 | GEORGIA ATTY GENERAL, ATTN: THURBERT E BAKER, 40 CAPITOL SQUARE SW, ATLANTA, GA 30334 |
| 10925 | GEORGIA B CARTER &, CLEMENT D CARTER III JT TEN, PO BOX 2542, RICHMOND, VA 23218-2542 |
| 10925 | GEORGIA B GRUNDER, 75 FOREST LANE, GLASTONBURY, CT 06033-3917 |
| 10924 | GEORGIA BAPTIST MEDICAL CENTER, 300 BOULEVARD NORTH EAST, ATLANTA, GA 30311 |
| 10924 | GEORGIA BAPTIST MEDICAL CENTER, C/O ALPHA INSULATION, MOUNT ZION, GA 30150 |
| 10924 | GEORGIA BLOCK & BRICK INC, 215 W. BLACKSHEAR AVENUE, WAYCROSS, GA 31501 |
| 10924 | GEORGIA BLOCK & BRICK INC, 215 W.BLACKSHEAR AVE, WAYCROSS, GA 31501 |
| 10924 | GEORGIA BLOCK & BRICK, 215 W. BLACKSHEAR AVE., WAYCROSS, GA 31501 |
| 10924 | GEORGIA BLOCK & BRICK, P O BOX 2006, WAYCROSS, GA 31502 |
| 10924 | GEORGIA BLOCK & BRICK, PO BOX 156, SAVANNAH, GA 31401 |
| 10925 | GEORGIA BOX INC, 98 ANNEX 809, ATLANTA, GA 30398-0809 |
| 10925 | GEORGIA C EURGLUNES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 |
| 10925 | GEORGIA C TOTTEN &, THOMAS TIMOTHY TOTTEN JT TEN, 105 NORTH CLEVELAND BOX 281, CENTRAL, NM 88026-0281 |
| 10924 | GEORGIA CARPET OUTLET, 7061 HALCYON SUMMIT DRIVE, MONTGOMERY, AL 36117 |
| 10925 | GEORGIA CHAMBER OF COMMERCE, 233 PEACHTREE ST, ATLANTA, GA 30303-1504 |
| 10925 | GEORGIA CHAPTER ACI, SUITE 110, 100 CRESCENT CENTRE PKWY, TUCKER, GA 30084 |
| 10924 | GEORGIA COAL STORAGE, SOUTHER FIELD RD., AMERICUS, GA 31709 |
| 10924 | GEORGIA COLD STORAGE, SOUTHFIELD ROAD, AMERICUS, GA 31709 |
| 10924 | GEORGIA COLLEGE, C/O CHAMBLESS FIREPROOFING, MILLEDGEVILLE, GA 31061 |
| 10925 | GEORGIA CONCRETE AND PRODUCTS, 100 CRESCENT CENTRE PKWY, STE110, TUCKER, GA 30084 |
| 10925 | GEORGIA CONTROL CENTER, 3645 ZIP INDUSTRIAL BLVD SE, ATLANTA, GA 30354 |
| 10924 | GEORGIA COUNTY HOSPITAL, 702 WESTERN DRIVE, MOBILE, AL 36607 |
| 10925 | GEORGIA CRUSHED STONE ASSOCIATION, 3050 PRESIDENTIAL DR SUITE 218, ATLANTA, GA 30340 |
| 10925 | GEORGIA DEPT NATURAL RESOURCES, POST OFFICE BOX 101231, ATLANTA, GA 30392 |
| 10925 | GEORGIA DEPT OF LABOR, 223 COURTLAND ST N E, ATLANTA, GA 30303 |
| 10925 | GEORGIA DEPT OF NATURAL RES, HAROLD R REHEIS, DIR, 205 BUTLER ST SE, #1462, ATLANTA, GA 30334 |
| 10925 | GEORGIA DEPT OF NATURAL RESOURCES, ENVIR PROTECTION DIV, 205 BUTLET ST SE, 1152 EAST TOWER, ATLANTA, GA 30334 |
| 10925 | GEORGIA DEPT OF NATURAL RESOURCES, ENVIRONMENTAL P, 205 BUTLER ST SE, ATLANTA, GA 30334 |
| 10925 | GEORGIA DEPT OF NATURAL RESOURCES, HAZARDOUS WASTE FEES, ATLANTA, GA 30392 |
| 10925 | GEORGIA DEPT OF NATURAL, PO BOX 101231, ATLANTA, GA 30392 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GEORGIA DEPT OF NR, HAROLD REHEIS DIR ENV PROTEC, 205 BUTLER ST #1252, ATLANTA, GA 30334 | |
| 10925 | GEORGIA DEPT OF TRANSPORTATION, PO BOX 101612, ATLANTA, GA 30392 | |
| 10925 | GEORGIA DEPT. OF AGRICULTURE, CAPITOL SQUARE, ATLANTA, GA 30334 | |
| 10925 | GEORGIA DEPT. OF NATURAL RESOURCES, 205 BUTLER ST SE, STE 1462, ATLANTA, GA 30334 | |
| 10925 | GEORGIA DNR, 7 MARTIN LUTHER KING DR, ATLANTA, GA 30334 | |
| 10925 | GEORGIA E HUNTER, BOX 20646, ATLANTA, GA 30320-0646 | |
| 10924 | GEORGIA ELECTRIC SUPPLY, 19 WESTGATE BLVD, SAVANNAH, GA 31405 | |
| 10925 | GEORGIA FIRST AID SALES & SERVICE, 2450 BROOKS CT SOUTH, SMYRNA, GA 30082 | |
| 10925 | GEORGIA GAS DISTRIBUTORS INC., 6000 LAKE FOREST DRIVE NW STE 230, ATLANTA, GA 30328 | |
| 10925 | GEORGIA GAS DISTRIBUTORS, 3715 NORTHSIDE PKWY, ATLANTA, GA 30327 | |
| 10925 | GEORGIA GAS EQUIPMENT INC, 1530 CARROLL DR, ATLANTA, GA 30318 | |
| 10925 | GEORGIA GULF CORP., 2900 N. LOOP W., STE. 1200, HOUSTON, TX 77092 | |
| 10925 | GEORGIA GULF CORP., PO BOX 75250, CHARLOTTE, NC 28275-5250 | |
| 10925 | GEORGIA INST OF TECH, 325 LYMAN HALL, ATLANTA, GA 30332 | |
| 10925 | GEORGIA INST OF TECH, 505 TECH WAY, ATLANTA, GA 30318 | |
| 10924 | GEORGIA INSTITUTE OF TECHNOLOGY, LYMAN HALL, ROOM 325, ATLANTA, GA 30332-0253 | |
| 10925 | GEORGIA M HULAC, 2324 NO 72ND ST, OMAHA, NE 68134-0000 | |
| 10925 | GEORGIA MARBLE COMPANY, 1201 ROBERTS BLVD. BLDG 100, KENNESAW, GA 30144 | |
| 10925 | GEORGIA MARBLE COMPANY, 2900 FIVE SPRINGS RD. SE, DALTON, GA 30721-4927 | |
| 10924 | GEORGIA MASONRY SUPPLY, INC., 125 INDUSTRIAL PARK CIRCLE, LAWRENCEVILLE, GA 30045 | |
| 10924 | GEORGIA MEDICAL CENTER, HIGHWAY 67, STATESBORO, GA 30458 | |
| 10924 | GEORGIA MILITARY COLLEGE, C/O ALPHA INSULATION, MILLEDGEVILLE, GA 31061 | |
| 10924 | GEORGIA PACIFIC CO, P O BOX 590, FORDYCE, AR 71742 | |
| 10924 | GEORGIA PACIFIC COMPANY, FORDYCE, AR 71742 | |
| 10924 | GEORGIA PACIFIC COMPANY, PO BOX 590, FORDYCE, AR 71742 | |
| 10924 | GEORGIA PACIFIC CORP, 100 WISCONSIN RIVER DRIVE, PORT EDWARDS, WI 54469 | |
| 10924 | GEORGIA PACIFIC CORP, PO BOX337350, NORTH LAS VEGAS, NV 89033 | |
| 10925 | GEORGIA PACIFIC CORP., PO BOX 102038, ATLANTA, GA 30368-2038 | |
| 10925 | GEORGIA PACIFIC CORP., PO BOX 911354, DALLAS, TX 75391-1354 | |
| 10924 | GEORGIA PACIFIC CORP., PO BOX105144, ATLANTA, GA 30348-5144 | |
| 10924 | GEORGIA PACIFIC CORP., PO BOX330, QUANAH, TX 79252 | |
| 10925 | GEORGIA PACIFIC CORP/ BESTWALL GYPS, HWY 287, QUANAH, TX 79252 | |
| 10925 | GEORGIA PACIFIC CORPORATION, 133 PEACHTREE ST NE, ATLANTA, GA 30303 | |
| 10924 | GEORGIA PACIFIC CORPORATION, 200 SOUTH STATE, SIGURD, UT 84657 | |
| 10924 | GEORGIA PACIFIC CORPORATION, HWY 77, BLUE RAPIDS, KS 66411 | |
| 10925 | GEORGIA PACIFIC CORPORATION, PO BOX 102038, ATLANTA, GA 30368-2038 | |
| 10924 | GEORGIA PACIFIC CORPORATION, PO BOX756, LOVELL, WY 82431 | |
| 10924 | GEORGIA PACIFIC CORPORATION, SOUTH END OF UNION STREET, BRUNSWICK, GA 31521 | |
| 10924 | GEORGIA PACIFIC RESINS, 2163 NORTH STATE STREET, UKIAH, CA 95482 | |
| 10924 | GEORGIA PACIFIC, 1 UNION STREET, BRUNSWICK, GA 31520-8688 | |
| 10925 | GEORGIA PACIFIC, 21120 NETWORK PLACE, CHICAGO, IL 60673 | |
| 10924 | GEORGIA PACIFIC, 2127 HWY 77 N, BLUE RAPIDS, KS 66411 | |
| 10924 | GEORGIA PACIFIC, 505 N.E.3RD ST, CANBY, OR 97013 | |
| 10925 | GEORGIA PACIFIC, CORPORATIONS PARK, BLDG. #801, SCHENECTADY, NY 12302 | |
| 10924 | GEORGIA PACIFIC, HWY 77, BLUE RAPIDS, KS 66411 | |
| 10924 | GEORGIA PALM BEACH, ALUMINUM WINDOW CORPORATION, PO BOX 603, BAINBRIDGE, GA 31717 | |
| 10924 | GEORGIA PALM BEACH, BAINBRIDGE INDUSTRIAL PARK, ALUMINUM WINDOW CORPORATION, BAINBRIDGE, GA 31717 | |
| 10925 | GEORGIA PETROLEUM, BILL HOLLAND, 1612 JAMES P ROGERS CIR, VALDOSTA, GA 31601-7003 | |
| 10924 | GEORGIA POOLS, INC., 1007 E. CURRAHEE ST., TOCCOA, GA 30577 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | GEORGIA PORT, HWY. 17, GARDEN CITY, GA 31418 | |
| 10924 | GEORGIA POWER CO PINT HATCH, US HWY 1 WAREHOUSE 1, BAXLEY, GA 31513 | |
| 10925 | GEORGIA POWER CO, 68 ANNEX, ATLANTA, GA 30368 | |
| 10924 | GEORGIA POWER CO, VOGTLE ELECTRIC GEN. PLT, WAYNESBORO, GA 30830 | |
| 10924 | GEORGIA POWER CO., PO BOX1600, WAYNESBORO, GA 30830 | |
| 10924 | GEORGIA POWER CO./PLANT VOGTLE, PO BOX 1600, WAYNESBORO, GA 30830 | |
| 10925 | GEORGIA POWER COMPANY, 96 ANNEX, ATLANTA, GA 30396-0001 | |
| 10924 | GEORGIA POWER COMPANY, BIN 10090, 241 RALPH MCGILL BOULEVARD NE, ATLANTA, GA 30308-3374 | |
| 10924 | GEORGIA POWER, 241 RALPH MCGILL BLVD., ATLANTA, GA 30308 | |
| 10925 | GEORGIA POWER, 96 ANNEX, ATLANTA, GA 30396-0001 | |
| 10924 | GEORGIA PUMP, 6289 BANKHEAD HWY BLDG 16, AUSTELL, GA 30168 | |
| 10925 | GEORGIA RUBBER & SUPPLY INC, 1643 CHATTAHOOCHEE AVE, ATLANTA, GA 30318 | |
| 10925 | GEORGIA SKAGGS, 1408 EDGEWOOD AVE, ESCALON, CA 95320 | |
| 10925 | GEORGIA SPECIAL OLYMPICS, 3772 PLEASANTDALE ROAD, #195, ATLANTA, GA 30340-4270 | |
| 10925 | GEORGIA SPECIAL OLYMPICS, 3772 PLEASANTDALE ROAD, ATLANTA, GA 30340-4270 | |
| 10924 | GEORGIA STATE CAPITAL EDUCATION, 180 CENTRAL AVE, ATLANTA, GA 30344 | |
| 10924 | GEORGIA STATE FARMERS MARKET, 701 US HIGHWAY 80 WEST, SAVANNAH, GA 31408 | |
| 10924 | GEORGIA STATE FARMERS MARKET, BUILDING H, 16 FOREST PKWY, FOREST PARK, GA 30050 | |
| 10924 | GEORGIA STATE FARMERS MARKET, C/O FOAMCO,INC., FOREST PARK, GA 30050 | |
| 10924 | GEORGIA STATE FARMERS MARKET, QUITMAN HIGHWAY, MOULTRIE, GA 31768 | |
| 10924 | GEORGIA STATE FARMERS MARKET, SOUTHERN EGG - BUILDING K, 1600 FOREST PARK WAY, FOREST PARK, GA 30050 | |
| 10925 | GEORGIA STATE SALES & USE TAX DIV, DEPT OF REVENUE, ATLANTA, GA 30348 | |
| 10924 | GEORGIA STATE UNIV.-GILBERT HEALTH, COLLEGE STATION RD., ATHENS, GA 30605 | |
| 10924 | GEORGIA STATE UNIVERSITY, C/O CHAMBLESS CONSTRUCTION, LANIER DRIVE, STATESBORO, GA 30458 | |
| 10924 | GEORGIA STATE UNIVERSITY, C/O CHAMBLESS CONSTRUCTION, OLD REGISTER ROAD, STATESBORO, GA 30459 | |
| 10924 | GEORGIA STATE, 3705 BROOKSIDE PKWY., ALPHARETTA, GA 30022 | |
| 10925 | GEORGIA STEEL SUPPLY CO, PO BOX 93786, ATLANTA, GA 30377 | |
| 10924 | GEORGIA TECH, 1610 S. GLENN CIRCLE, (OFF CHATTAHOOCHEE AVENUE), ATLANTA, GA 30316 | |
| 10924 | GEORGIA TECH., SPORTS PERFORMANCE CENTER, ATLANTA, GA 30332 | |
| 10924 | GEORGIA TOMATO-BUILDING G, C/O FOAMCO, 16 FOREST PKWY, FOREST PARK, GA 30050 | |
| 10925 | GEORGIA TREND, POBOX 48489, ATLANTA, GA 30362 | |
| 10925 | GEORGIA UTILITY CONTRACTORS, 1657 PHOENIX BLVD. SUITE 1, COLLEGE PARK, GA 30349 | |
| 10925 | GEORGIA WATER & WASTWATER INSTITUTE, 301 OLE HICKORY TRAIL NORTH, CARROLLTON, GA 30117 | |
| 10925 | GEORGIA ZICCARDI, 2502 S GARNSEY ST., SANTA ANA, CA 92707 | |
| 10925 | GEORGIA, KAREN, 2964 GILBERT DR, GREEN BAY, WI 54311 | |
| 10925 | GEORGIA/CAROLINAS PCI, 114 NOTTINGHAM CIRCLE, STATESVILLE, NC 28625 | |
| 10925 | GEORGIANA SLAUGHTER, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | GEORGIANA, NANCY, 50 ELLISON RD., SOMERSET, NJ 08873 | |
| 10924 | GEORGIA-PACIFIC CORP, 2127  HWY 77 N, BLUE RAPIDS, KS 66411 | |
| 10924 | GEORGIA-PACIFIC CORP, ATTN:  ACCOUNTS PAYABLE, BRUNSWICK, GA 31521 | |
| 10924 | GEORGIA-PACIFIC CORP, BESTWALL GYPSUM DIV, LOVELL, WY 82431 | |
| 10924 | GEORGIA-PACIFIC CORP, MARKET STREET, NEKOOSA, WI 54457 | |
| 10925 | GEORGIA-PACIFIC CORP., PO BOX 102038, ATLANTA, GA 30368-2038 | |
| 10925 | GEORGIA-PACIFIC CORP., PO BOX 35806, WEST MONROE, LA 71294-5806 | |
| 10925 | GEORGIA-PACIFIC CORP., PO BOX 642254, PITTSBURGH, PA 15264-2254 | |
| 10924 | GEORGIA-PACIFIC CORPORATION, 505 N.E. 3RD STREET, CANBY, OR 97013 | |
| 10925 | GEORGIA-PACIFIC CORPORATION, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GEORGIA-PACIFIC CORPORATION, C/O SARA S. TURNIPSEED ESQ., NELSONMULLINSRILEY & SCARBOROUGH, FIRST UNION PLAZA SUITE 1400, 999 PEACHTREE ST, ATLANTA, GA 30309

10924    GEORGIA-PACIFIC CORPORATION, CAMBRIDGE, MA 02140

10924    GEORGIA-PACIFIC CORPORATION, INTERSTATE 15N, APEX EXIT, LAS VEGAS, NV 89114

10925    GEORGIA-PACIFIC CORPORATION, PO BOX 102038, ATLANTA, GA 30368-2038

10924    GEORGIA-PACIFIC CORPORATION, US 287/LOOP 285, QUANAH, TX 79252

10925    GEORGIA-PACIFIC RESINS,INC, PO BOX 751808, CHARLOTTE, NC 28275-1808

10924    GEORGIA-PACIFIC SHARED SERVICES, 7016 A C SKINNER PARKWAY, JACKSONVILLE, FL 32256

10925    GEORGIA-SMITH, MICHELLE, RTE 3 BOX 685, SUMMERTON, SC 29148

10925    GEORGIS CATERING INC, 6339 S CENTRAL AVE, CHICAGO, IL 60638

10925    GEORGIS CATERING, 6339 S. CENTRAL AVE., CHICAGO, IL 60638

10925    GEOSERVE, PO BOX 360857, PITTSBURGH, PA 15251-6857

10925    GEOSYNTHETIC RESEARCH INSTITUTE, 475 KEDRON AVE, FOLSOM, PA 19033

10925    GEOTECHNICAL & MATERIAL TESTING,INC, 22446 DAVIS DRIVE, STE 127, STERLING, VA 20164

10925    GEOTECHNICAL & MATERIALS TESTING, PO BOX 195374, SAN JUAN, PR 00919-5374

10925    GEOTECHNICAL SERVICES INC, 7050 SOUTH 110TH ST, OMAHA, NE 68128

10925    GEOTEST ENGINEERING INC, 5600 BINTLIFF DRIVE, HOUSTON, TX 77036

10925    GEOTEST INC, 2135 S 116TH ST, WEST ALLIS, WI 53227

10925    GEOTRANS INC, 46050 MANEKIN PLAZA STE 100, STERLING, VA 20166

10925    GEOTRANS, INC, 46050 MANEKIN PLAZA, STERLING, VA 20166

10925    GEOTRANS/ROCKY MOUNTAIN CONSULTANTS, MICHELLE ALBER REGISTERED AGENT, 46050 MANEKIN PLAZA #100, STERLING, VA 20166

10925    GEPHART, NANCY, PO BOX 2673, HAMMOND, LA 70404

10925    GEPPI GRAPHICS, PO BOX 689, FINKSBURG, MD 21048

10924    GER INDUSTRIES, 28 POTTER AVE., NEW ROCHELLE, NY 10801

10925    GERA, MARTHA, 437 WHEELER ST, POTTSVILLE, PA 17901

10925    GERA, REGINA, 437 WHEELER ST, POTTSVILLE, PA 17901

10925    GERACE, RONALD, 34 STEDMAN ST, WAKEFIELD, MA 01880

10925    GERACI LAPERNA CO LPA, 2020 CARNEGIE AVE, CLEVELAND, OH 44115

10925    GERAGHTY & MILLER INC, DEPT. 547, DENVER, CO 80291-0547

10925    GERALD BATY, 1108 PKWY DR, MOUNT PLEASANT, SC 29464-9013

10925    GERALD BRAVER TR UA OCT 21 96, GERALD BRAVER REVOCABLE, LIVING TRUST, 529 GARLAND COURT, NORMAN, OK 73072-5112

10925    GERALD C. MOOBERRY, PO BOX 894, OKAHUMPKA, FL 34762

10925    GERALD CONTAINER CORP, POBOX 515, LEVITTOWN, PA 19058-0515

10925    GERALD D CROUCH &, MARY ANN CROUCH TEN COM, 324 DALE DR, LINCOLN, NE 68510-2211

10925    GERALD D JONES, PO BOX 2113, WASHINGTON, MO 63090-0913

10925    GERALD D KORLESKI, RR 1, CHEROKEE, IA 51012-0000

10925    GERALD D. FOWLER, 10397 HWY 56, ENOREE, SC 29335

10925    GERALD DELOSREYES, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925    GERALD E HOBBS, PO BOX 293, DUNLAP, TN 37327-0293

10925    GERALD EUGENE MARSHALL &, JANE DAVIS MARSHALL JT TEN, 6965 SANTA MARIA LN, DALLAS, TX 75214-2849

10925    GERALD F MACKAY, 122 AUTUMN DR, HAUPPAUGE, NY 11788-1041

10925    GERALD G JEWELL & JOANNE C JEWELL, TR UA APR 19 96 JEWELL FAMILY, TRUST COMMUNITY PROPERTY, 17040 HOLIDAY DR, MORGAN HILL, CA 95037-6506

10925    GERALD H ELMORE, 8924 SPRUCE, HITCHCOCK, TX 77563-1022

10925    GERALD H WARDELL, 2305 BENNETT AVE, POINT PLEASANT, NJ 08742-4317

10925    GERALD HALPER, 9006 VINEYARD LAKE DR., PLANTATION, FL 33324

10925    GERALD J LAFFEY, 17 BERKELEY ST, MELROSE, MA 02176-5503

10925    GERALD J SULLIVAN & ASSOC, INC, 800 WEST 6TH ST, 7TH FL, LOS ANGELES, CA 90017

10925    GERALD J SULLIVAN & ASSOC, INC, 800 WEST 6TH ST, LOS ANGELES, CA 90010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GERALD J ZURAWIECKI, 23 GLENVIEW RD, N CALDWELL, NJ 07006-3917

10925   GERALD KNUDSEN, 5589 CHATSWORTH ST NORTH, SHOREVIEW, MN 55126

10925   GERALD L BANARK &, PATRICIA A BANARK JT TEN, 2925 PECK DR, INDEPENDENCE, MO 64055-2842

10925   GERALD L STEWART, 105 WHITESTONE AVE, MAULDIN, SC 29662-2834

10925   GERALD LEWIS DICKMAN, 3300 OAKDALE FOREST ROAD, EDMOND, OK 73013-7520

10925   GERALD M MINNE & MARK W MINNE, & ERIC M MINNE TR UA APR 12 79, FBO GERALD M MINNE TRUST, 1500 N MARKDALE UNIT 69, MESA, AZ 85201-2428

10925   GERALD M SMELTZER & LOIS C, SMELTZER JT TEN, 351-19TH NE APT 15, E WANGTCHEE, WA 98802

10925   GERALD MORSE & HELEN MORSE TTEES, TTEES OF THE GERALD MORSE REV LIV, TR UA DTD 4 25 95, 12455 MONARCH CIRCLE, SEMINOLE, FL 33772-3910

10925   GERALD NORMAN, 4712 BIRDSALL DR, SAGINAW, MI 48601

10925   GERALD OBRIEN ANDERSON SHANNON OB, PO BOX 228, PLOVER, WI 54467-0340

10925   GERALD P KAMITIAN, 224 OAKRIDGE RD, PLAISTOW, NH 03865-2927

10925   GERALD P TIMONEY, 315 BOATING CLUB RD, ST AUGUSTINE, FL 32095-1539

10925   GERALD T. SNYDER, 1170 EAGAN INDUSTRIAL RD, EAGAN, MN 55121

10924   GERALD TAYLOR CO., INC., 12 WEST POTOMAC PARKWAY, WILLIAMSPORT, MD 21795

10925   GERALD UDOLF & JOAN UDOLF TR, UA DEC 30 97, THE GERALD & JOAN UDOLF LIVING, TRUST, 228-12 53RD AVE, BAYSIDE, NY 11364-1532

10925   GERALD VANCE DICKER, GVD COMMERCIAL PROPERTIES, GEN COUNSEL, 1160 S. HARBOR BLVD., FULLERTON, CA 92632

10925   GERALD W CARMICHAEL, 4877 TRAILRIDGE DR, DUNWOODY, GA 30338-3919

10925   GERALD W SANDERS, 533 SOUTH BEVERLY LANE, ARLINGTON HEIGHTS, IL 60005-2103

10925   GERALD WEARSCH, 36744 BAUERDALE CT, AVON, OH 44011-1804

10925   GERALD, HARRIET, 2100 TANNEHILL DRIVE #1113, HOUSTON, TX 77008

10925   GERALD, HENRY JAMES, 24 WARWICK ROAD THORPE BAY, ESSEX, UNITED KINGDOM    **\*VIA Deutsche Post\***

10925   GERALDINE E BUSWELL, 81 ARLINGTON ST, NASHUA, NH 03060-4005

10925   GERALDINE GLENNON, 221 THIRD AVE, KINGSTON, NY 12401-3245

10925   GERALDINE M ELDER &, ROBERT V ELDER, JT TEN, 5 PKWY DR, SULLIVAN, IL 61951-1167

10925   GERALDINE M KACEY, 123 TRURO LA, MILTON, MA 02186-2650

10925   GERALDINE M MOCCIA, 119 CARMAN AVE, E ROCKAWAY, NY 11518-1302

10925   GERALDINE M VARNEY, 151 CRANES LAKE DR, PONTE VEDRA BEACH, FL 32082-1613

10925   GERALDINE S HUGHES, 706 WAGONWHEEL LN, TEMPLE, PA 19560-1147

10925   GERALDINE STRASSBURG, 746 E GEORGE, BANSENVILLE, IL 60106-3291

10925   GERALYN ANN ZIENTARSKI, 31 HARDING ST, NEW BRITAIN, CT 06052-1607

10925   GERARD A CARUSO, 8143 BOCA RIO DR, BOCA RATON, FL 33433

10925   GERARD C SHARPE, 58 HOLLY ROAD, MARLON, MA 02738-2034

10925   GERARD F GRACE TR UA NOV 12 96, GERALD F GRACE LIVING TRUST, 656 W 58TH ST, HINSDALE, IL 60521-5104

10925   GERARD G BREIT &, DOROTHY K BREIT JT TEN, 201 A UPPER HECKMAN RD, NORTH VERSAILLES, PA 15137-0000

10925   GERARD GAUDRY, 5210 PHILLIP LEE DR. SW, ATLANTA, GA 30336

10925   GERARD KLUYSKENS CO, INC, 295 FIFTH AVE., NEW YORK, NY 10016

10924   GERARD KLUYSKENS CO., INC., 570 SOUTH AVENUE, CRANFORD, NJ 07016

10924   GERARD KLUYSKENS COMPANY, INC., 295 FIFTH AVENUE, NEW YORK, NY 10016

10924   GERARD KLUYSKENS, 570 SOUTH AVENUE, CRANFORD, NJ 07016

10925   GERARD MENZEL &, MARION MENZEL JT TEN, 92 NORTH SHORE DR, SUSSEX, NJ 07461-1126

10924   GERARD MFG. CO., INC., 1690 WALDEN AVENUE, BUFFALO, NY 14225

10925   GERARD P BURNETT, 20 YANKEE HILL, OAKLAND, CA 94618-2332

10925   GERARD, BLOND, 55 RUE DESIRE VER HAE GHE, FACHES THURESNIL, 59155FRANCE    **\*VIA Deutsche Post\***

10925   GERARD, EGON, 239 CENTRAL PARK WEST, NEW YORK, NY 10024-6038

10925   GERARD, JEAN, 22 RIDGE RD, HARRINGTON PK, NJ 07640

10925   GERARDO, GILBERT, 7419 WOODLEY AVE., VAN NUYS, CA 91406

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GERAS, JEFFREY, 9978 W RUNION DR, PEORIA, AZ 85382-2524

10925   GERBER SYSTEMS CORPORATION, 83 GERBER ROAD WEST, SOUTH WINDSOR, CT 06074

10925   GERBER SYSTEMS CORPORATION, PO BOX 305, HARTFORD, CT 06141

10925   GERBER, CYNTHIA, HCR 1, BOX 32, NAZARETH, TX 79063

10925   GERBER, NANCY, 2760 NW 68TH ST, OKLA CITY, OK 73116

10925   GERBERDING, KEVIN, 1761 ROWENA COURT, THORNTON, CO 80229

10925   GERBRICK, RONALD, 117 CONESTOGA RD, BALTIMORE, MD 21220

10925   GERCIK, PATRICIA, 24 MT VERNON ST, CAMBRIDGE, MA 02140

10925   GERDES, JEAN-PIERRE, 1250 CASTINE CT., PASADENA, MD 21122

10925   GERDES, LEDA, 4 CATHEDRAL DRIVE, ATTLEBORO, MA 02703

10925   GERDING, BEVERLY, 562 BRONX DR, TOLEDO, OH 43609

10925   GERDSEN, JOHN, 340 GREENLEAVES BLVD., MANDEVILLE,, LA 70448

10925   GERE, SANDRA, 4914 MEADOWGLEN, PEARLAND, TX 77584

10925   GEREG, RALPH, 407 N WALNUT, MOMENCE, IL 60954

10925   GERG, GRETCHEN, 125 ALBERTA DR, WOODRUFF, SC 29388

10925   GERGEN, NANCY, 323 E BLACKSTOCK RD, SPARTANBURG, SC 29301-3751

10924   GERGIA PACIFIC, 1975 WATKINS RD, COLUMBUS, OH 43207

10925   GERHARD H ERFTENBECK &, JO ANN ERFTENBECK JT TEN, 7506 WESTCHESTER RD, WESTCHESTER, OH 45069-4102

10925   GERHARD HOELTER, MELBOURN PLACE, APT 220, 140 MELBOURNE DR, PITTSFIELD, MA 01201-8524

10925   GERHARD PASCHKE, 22-66 21 ST, LONG ISLAND, NY 11105-3703

10925   GERHARDT, GLENN, 80 TADMUCK ROAD, WESTFORD, MA 01886

10925   GERHARDT, GORDON, PO BOX 72, MENDOTA, VA 24270-9704

10925   GERHART, BRADLEY, 611 PARK AVE APT.607, BALTIMORE, MD 21202

10925   GERHART, JOHN, 2445 RICHLANDTOWN PK, COOPERSBURG, PA 18036

10924   GERHOLD CO, 1910 RIVERSIDE BOULEVARD, NORFOLK, NE 68701

10924   GERHOLD CO, PO BOX687, COLUMBUS, NE 68601

10924   GERHOLD CO, RR #2, WAYNE, NE 68787

10924   GERHOLD CONC. PRODUCTS, WEST HOWARD BLVD, COLUMBUS, NE 68601

10924   GERHOLD CONCRETE CO., INC., 222 W. WASHINGTON ST., WEST POINT, NE 68788

10924   GERHOLD CONCRETE COMPANY INC., 1027 E 4TH ST, WASHINGTON, IA 52353

10924   GERHOLD CONCRETE COMPANY INC., 4315 CUMINGS STREET, OMAHA, NE 68131

10924   GERHOLD CONCRETE PROD CO, 4315 CUMINGS ST., OMAHA, NE 68131

10924   GERHOLD CONCRETE PRODUCTS, 1900  RIVERSIDE BLVD., NORFOLK, NE 68702

10924   GERHOLD CONCRETE PRODUCTS, 201 NORTH INDUSTRIAL DRIVE, BLAIR, NE 68008

10924   GERHOLD CONCRETE PRODUCTS, BOX 1147, NORFOLK, NE 68701

10924   GERHOLD CONCRETE PRODUCTS, INC., 222 W. WASHINGTON ST., WEST POINT, NE 68788

10924   GERHOLD CONCRETE, 280 NORTH HWY 20, LAUREL, NE 68745

10924   GERHOLD CONCRETE, 3200 W. BACHMAN, GRAND ISLAND, NE 68803

10924   GERHOLD CONCRETE, 548 SO 6TH ST., SEWARD, NE 68434

10925   GERHOLD CONCRETE, PO BOX 1147, NORFOLK, NE 68702

10925   GERHOLD, ALICE, 5612 ORCHARD DRIVE, WEST DES MOINES, IA 50266

10925   GERHOLD, ROBERT, 112 CHESTNUT LANE, WHEELING, IL 60090

10925   GERHOLD, WILBERT, 288 15TH ST NW, CEDAR RAPIDS, IA 52405

10924   GERHOLDS, NORFOLK, NE 68701

10925   GERHOLDT, MICHAEL, 3440 BREWER DRIVE, INDIANAPOLIS, IN 46222

10925   GERI A. HART, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   GERIBA, 1030 AURORA AVE APT A 111, NAPERVILLE, IL 60540-6468

10925   GERIGS TRUCKING & LEASING INC, 3909 LIMESTONE DRIVE, FORT WAYNE, IN 46809

10925   GERING, SUSAN, 1495 HASTINGS ST, GREEN BAY, WI 54301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GERKEN, JOHN, 2630 FARAON, ST JOSEPH, MO 64501

10925   GERKEN, MARILYN, 360 GRAND AVE, LEONIA, NJ 07605

10925   GERLACH, ARNOLD, PO BOX 11551, CEDAR RAPIDS, IA 52410-1551

10925   GERLACH, LAWRENCE, 144 JEN-AIR ROAD, BERNVILLE, PA 19506

10925   GERLARNEAU, DAVID, 50 EDWARD J. ROY DR.,#46, MANCHESTER, NH 03104

10925   GERLING-KONZERN ALLGEMEINE VERSICHE, GEREONSHOF - 8, COLOGNE, 50597GERMANY   **\*VIA Deutsche Post\***

10924   GERLOFF CO, 14955 BULVERDE RD, SAN ANTONIO, TX 78247

10924   GERLOFF COMPANY, 12023 BETHEL CHURCH ROAD, MANCHACA, TX 78652

10924   GERLOFF COMPANY, 14955 BULVERDE ROAD, SAN ANTONIO, TX 78247

10925   GERMAINE A WILLIAMS, C/O WILLIAMS BROS CO, KENT, OH 44240

10925   GERMAINE R YANEY, 1226 BUNKER HILL PL, FT WAYNE, IN 46825-3567

10925   GERMAINE, BELLIVEAU, RR #10 BOX #K197 NEW SCOTLAND ROAD EIC-9J9, MONCTON, NB CANADA   **\*VIA Deutsche Post\***

10925   GERMAN, AMY, 220 WEST 27TH ST, NEW YORK, NY 10001

10925   GERMAN, ANA, 35-38 75TH ST, JACKSON HEIGHTS, NY 11372

10925   GERMAN, DONALD, 112 W HICKORY, WATSEKA, IL 60970

10925   GERMAN, MARK, 1555 EASTBROOK DRIVE, SARASOTA, FL 34231-9998

10925   GERMAN, MICHELLE, 611 SPRUCE, DUMAS, TX 79029

10925   GERMANN INSTRUMENTS, INC, 8845 FOREST VIEW ROAD, EVANSTON, IL 60203-1924

10925   GERMANO, MICHAEL F, HOWE AND BAINBRIDGE BLDG, 220 COMMERCIAL ST, BOSTON, MA 02109

10925   GERMANOWSKI, JUDITH, 7918 NEWMYER ST, SWISSVALE, PA 15218

10925   GERMANOWSKI, WALTER, 29 POWERS ST, ADAMS, MA 01220-1216

10925   GERMANTON, CATHY, 1829 LIVINGSTON ST, BETHLEHEM, PA 18017

10925   GERMANY, CATHY, 2224 VALLEY MLS, CARROLLTON, TX 75006-1910

10925   GERMANY, CHERYL, RT 6 BOX 159, OPELOUSAS, LA 70570

10925   GERMIANS SEED CO, 4820 E 50TH ST, LOS ANGELES, CA 90058-2710

10925   GERMIDA, FRANCIS, 18 WYNDCREST AVE, BALTIMORE, MD 21228

10925   GERMUTH, GORDON, 10472 127TH PLACE N, LARGO, FL 34643-9998

10925   GERMUTH, ROLAND, 4725 ROUNDHILL ROAD, ELLICOTT CITY, MD 21043

10925   GERNER, ERNESTINE, 1300 P P AVE, MARENGO, IA 52301-8761

10925   GERNERT, DARREN, 3423 STOUDTS FERRY BR, READING, PA 19605

10925   GERO JT TEN, ROBERT B & ANNE S, 422 W PRAIRIE ST, COLUMBUS, WI 53925-1348

10925   GEROE, DANNY, 377 BROAD LANE RD, WILLIAMSTOWN, NJ 08094

10925   GERONDALE, KELLY, 5336 COUNTY JJ, GREEN BAY, WI 54311

10924   GEROU EXCAVATING INC., HWY 13 & M-28, WETMORE, MI 49895

10924   GEROU EXCAVATING INC., P.O. BOX 403, MUNISING, MI 49862

10924   GEROU EXCAVATING INC., PO BOX 403, MUNISING, MI 49862

10925   GEROULD, CINDY LYNN, 306 WOODVIEW DR, SANDSTON, VA 23150-2833

10925   GERR, MARVIN, 6253 PATRICK KENNY COURT, CORNWELL HEIGHTS, PA 19020

10925   GERRARD & ASSOCIATES, INC, 154 LAKE PINE RD., MOORESVILLE, NC 28117

10925   GERRARD TIRE CO. INC., 420 W 6TH ST, CHARLOTTE, NC 28202

10925   GERRARD, CAROL, POST OFFICE BOX 682, FERNLEY, NV 89408

10925   GERRIN, PENNY, RT 1, BOX 116-A, HULL, GA 30646

10925   GERRIOR, HENRY, 603 MULL AVE, AKRON, OH 44313-7568

10925   GERRIOR, PATRICE, 315 NO MAIN ST, MIDDLETON, MA 01949

10925   GERRISH, MILES, 2004 PALM VIEW DR, APOPKA, FL 32712

10925   GERRIT B GUCKY &, JANET E GUCKY JT TEN, 4785 MOHICAN LN, OKEMOS, MI 48864-1404

10925   GERRITTS, DARYL, W2048 CTY RD S, KAUKAUNA, WI 54130

10925   GERRY D GALINATO &, LETICIA J GALINATO JT TEN, 3492 RIVA RIDGE WAY, BOISE, ID 83709-3809

10925   GERRY MEISTER, 1 ARCADIAN DR, WESLEY HILLS, NY 10977-1121

10925   GERRY, EDWARD, 50 PLEASANT ST, WALTHAM, MA 02154

10925   GERRY, KEVIN, 42 CAMPBELL ST, WOBURN, MA 01801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GERRY, O.H. OPTICAL, 9344 W. 75TH, SHAWNEE MISSION, KS 66204 | |
| 10925 | GERSHENOVICH, ELAINE, 10353 BOYNTON PL CIR, BOYNTON BEACH, FL 33437 | |
| 10924 | GERSHNER & ASSOCIATES, 114 SWEETWATER OAKS, PEACHTREE CITY, GA 30269 | |
| 10925 | GERSHON GREENBERG, 4200 CATHEDRAL AVE NW APT 617, WASHINGTON, DC 20016-4912 | |
| 10925 | GERST, JENNIFER, 43 BLAISDELL WAY, FREMONT, CA 94536 | |
| 10925 | GERSTAD, MARY, 1109 WASHINGTON IRVING LN, BALTIMORE, MD 21220 | |
| 10925 | GERSTEIN, KENNETH, 431 COLUMBUS AVE, BOSTON, MA 02116 | |
| 10925 | GERSTEL INC, 1510 CATON CENTER DRIVE, BALTIMORE, MD 21227 | |
| 10925 | GERSTEL, NANCY, 184 MAPLE ST, NEEDHAM, MA 02192 | |
| 10925 | GERSTENMAIER, KENNET, 3097 FEDERAL BLVD, MORRISTOWN, TN 37814 | |
| 10925 | GERSTENSLAGER OBERT CO, THE BROWNHOIT BLDG, 4403 ST CLAIR AVE, CLEVELAND, OH 44103 | |
| 10925 | GERSTNER, BARBARA, 1929 TEXOWA ROAD, IOWA PARK, TX 76367 | |
| 10925 | GERSTNER, JOHN F, 1060 64TH ST, BROOKLYN, NY 11219-5525 | |
| 10925 | GERSTNER, KEVIN, 3700 CLOVER LANE, HARVEY, LA 70058 | |
| 10925 | GERSTNER, MARK, 3112 18TH AVE. W., WILLISTON, ND 58801 | |
| 10925 | GERT H TESKA, IN DEN KLINGEN 31, LAUTERTAL, 64686GERMANY | *VIA Deutsche Post* |
| 10925 | GERTLER GERTLER VINCENT PLOTKIN, 127129 CARONDELET ST, NEW ORLEANS, LA 70130 | |
| 10925 | GERTMENIAN, CHARLES B, 1130 W SECOND ST, LOS ANGELES, CA 90012-2008 | |
| 10925 | GERTMENIAN, SARAH, 1130 W SECOND ST, LOS ANGELES, CA 90012-2008 | |
| 10925 | GERTNER, LUKE, 208 CLARK ST, STERLING, CO 80751 | |
| 10925 | GERTRUDE B SHERMAN, C/O GERTRUDE SHERMAN, 250 HAMMOND POND PKWY, APT 1005 SOUTH, CHESTNUT HILL, MA 02167 | |
| 10925 | GERTRUDE C BAUER &, CATHERINE D WIEDERHOLD JT TEN, 1030 DRUID RD, SAVANNAH, GA 31410 | |
| 10925 | GERTRUDE C BAUER &, CECILIA A TIERNEY JT TEN, 73 SOUTHBY AVE, BRIGHTWATERS, NY 11718 | |
| 10925 | GERTRUDE C BAUER &, JEAN A SIMENSKY JT TEN, 24 RYEFIELD RD, LOCUST VALLEY, NY 11560-1923 | |
| 10925 | GERTRUDE C BAUER &, MARY V MAPLESON JT TEN, 57 WILLETTS RD, GLEN COVE, NY 11542-3203 | |
| 10925 | GERTRUDE C BAUER &, TERESA M NEWTON JT TEN, 5959 OAKLAND PARK DR, BURKE, VA 22015-2442 | |
| 10925 | GERTRUDE D NORTH, 2889 BAINBRIDGE AVE, BRONX, NY 10458-2827 | |
| 10925 | GERTRUDE E CLAWSON, 4335 CADDO PKY, BOULDER, CO 80303-3606 | |
| 10925 | GERTRUDE FERMON, 1004 PARADISE RD APT 3K WEST, SWAMPSCOTT, MA 01907-1302 | |
| 10925 | GERTRUDE GARNI CLONTZ, 837 BRANDY RD, AIKEN, SC 29801-7209 | |
| 10925 | GERTRUDE GARNI, 837 BRANDY RD, AIKEN, SC 29801-7209 | |
| 10925 | GERTRUDE H SCHNEIDER, 400 ROYAL PALM WAY 3, PALM BEACH, FL 33480-4117 | |
| 10925 | GERTRUDE KARPLUS, 315 EAST 68TH ST, NEW YORK, NY 10021-5692 | |
| 10925 | GERTRUDE KOENIG, 1836 EAST 18TH ST, BROOKLYN, NY 11229-2965 | |
| 10925 | GERTRUDE P HIGGINS, 9421 CANTERBURY, ARLETA, CA 91331-5425 | |
| 10925 | GERTRUDE PETZOLD, 16 STONE AVE, ELMWOOD PARK, NJ 07407-1151 | |
| 10925 | GERTRUDE S BETTENCOURT, 76 N 32ND ST, SAN JOSE, CA 95116-1207 | |
| 10925 | GERTRUDE SIMMET, 498 B THORNBURY CT, LAKEWOOD, NJ 08701-6574 | |
| 10925 | GERTRUDE WTULICH &, BASHA WTULICH, JT TEN, 56 FERRIS LANE, POUGHKEEPSIE, NY 12601-5134 | |
| 10925 | GERTRUDE Y MULLER TR UA AUG 6 97, GERTRUDE Y MULLER TRUST, 1117 E ALICE AVE, PHOENIX, AZ 85020-3214 | |
| 10925 | GERTSEN, WILLY, CH DE LA POSSESSION 10, EPALINGES, 1066SWITZERLAND | *VIA Deutsche Post* |
| 10925 | GERTSEN, WILLY, CHEMIN DE LA POSSESSION 10, EPALINGES, 1066SWITZERLAND | *VIA Deutsche Post* |
| 10925 | GERTZ ALERT SECURITY SYSTEMS, PO BOX 10594, MERRILLVILLE, IN 46411-0594 | |
| 10925 | GERVAIS, LEON, 915 NE 7TH AVE, CRYSTAL RIVER, FL 34428 | |
| 10925 | GERWER, JANET, 633D SECOND ST., BRIDGEWATER, NJ 08807 | |
| 10925 | GERY JR, RICHARD, 1229 ECHO CIRCLE, WHITEHALL, PA 18052 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GES EXPOSITION SERVICES, 13861 ROSECRANS AVE, SANTA FE SPRINGS, CA 90670 | |
| 10925 | GES EXPOSITION SERVICES, 5248 SOUTH CICERO AVE, CHICAGO, IL 60638 | |
| 10925 | GESCHWINDT, TINA, 307 N 5TH ST, READING, PA 19603 | |
| 10924 | GESCO, 6540 PEACHTREE INDUSTRIAL BLVD, AUGUSTA, GA 30904-3007 | |
| 10924 | GESCO, 848 SOUTH OYSTER BAY ROAD, HICKSVILLE, NY 11802 | |
| 10925 | GESICKI, SCOTT E, 11801 N WASHINGTON #F307, NORTHGLENN, CO 80233 | |
| 10925 | GESICKI, SCOTT, 12217 CRABAPPLE ST, BROOMFIELD, CO 80020 | |
| 10925 | GESIORSKI, JOSEPH, 6244 S NORMANDY, CHICAGO, IL 60638 | |
| 10925 | GESKE, KENNETH, 157 IDLEWILD, MUNDELEIN, IL 60060 | |
| 10925 | GESSEL, MARY, 6835 CELENRAY DRIVE, HOUSTON, TX 77084 | |
| 10925 | GESSNER, LEAH, 16 LONG RIDGE RD, CARLISLE, MA 01741 | |
| 10925 | GESTES, MARY, 801 E HARRISON, #9, ELECTRA, TX 76360 | |
| 10925 | GESTETNER, CALLE TABORTACO #2 SUITE 100, GUAYNABO, PR 00968PUERTO RICO | *VIA Deutsche Post* |
| 10925 | GET COOL HEATING & AIR, 1800 MONTREAL CIRCLE, TUCKER, GA 30084 | |
| 10925 | GET DOWN TONIGHT ENTERTAINMENT INC, 85 STILES ROAD SUITE 201, SALEM, NH 03079 | |
| 10925 | GETCHELL, JANICE, 19 FREDERICK ST, BELMONT, MA 02178 | |
| 10925 | GETCHELL, LAURIE, 23 KING ST, WATERTOWN, MA 02172 | |
| 10925 | GETCHELL, LUKE, 24 HALL AVE, YORKVILLE, NY 13495 | |
| 10925 | GETCHELL, MARY, 24 HALL AVE, YORKVILLE, NY 13495 | |
| 10925 | GETER, ROLANDA, 1572 FLORENCE, EVANSTON, IL 60201 | |
| 10925 | GETER, SHERRI, 2343 E EASTWAY DR, CHARLOTTE, NC 28205 | |
| 10925 | GETHERS, FRANCIS, 719 KING ST, CHARLESTON, SC 29403 | |
| 10925 | GETROST, HERMAN, 71 BRADFORD ROAD APT 2, WATERTOWN, MA 02172-1215 | |
| 10925 | GETROST, WINIFRED, 71 BRADFORD RD, WATERTOWN, MA 02172 | |
| 10925 | GETTIER, ROBERT, 20 MCGUIRK DRIVE, GLEN BURNIE, MD 21060 | |
| 10925 | GETTIER, STEPHENIE, 8102 DEWBERRY CIRCLEAPT. 1810, PASADENA, MD 21122 | |
| 10925 | GETTIER-MONTANYE, INC, 4600 PROSPECT AVE., PO BOX 157, GLYNDON, MD 21071 | |
| 10925 | GETTINGS, RAMONA, 1014 PRESIDENTIAL PL, JEFFERSONVILLE, IN 47130 | |
| 10924 | GETTSYBURG HIGH SCHOOL, 900 BIGLERVILLE ROAD, GETTYSBURG, PA 17325 | |
| 10924 | GETTY CENTER, 1200 GETTY DR., LOS ANGELES, CA 90050 | |
| 10925 | GETTY, ANN, 84 WILDWOOD AVE., EDISON, NJ 08837 | |
| 10924 | GETTYS CORPORATION, 2701 N. GREENBAY ROAD, RACINE, WI 53404 | |
| 10924 | GETZ FIRE EQUIPMENT, 1615 SW ADAMS ST., PEORIA, IL 61602 | |
| 10924 | GETZ FIRE EQUIPMENT, P.O. BOX 419, PEORIA, IL 61602 | |
| 10925 | GETZELMAN, A ROBERT, 1612 BRIARCLIFF ROAD, FT. COLLINS, CO 80524 | |
| 10925 | GEUDER, ARTHUR, 140 TODD ST, PACE, FL 32571 | |
| 10925 | GEURIN, HOBART, 5330 CHAPELFORD LAND, WEBSTER GROVES, MO 63119 | |
| 10925 | GEURTS, BRIAN, 2127 SWANSTONE CIRCLE, DE PERE, WI 54115 | |
| 10925 | GEURTS, CHRISTINA, 238 CLAY ST, WRIGHTSTOWN, WI 54180 | |
| 10925 | GEURTS, DANIEL, 238 CLAY ST, WRIGHTSTOWN, WI 54180-1160 | |
| 10925 | GEVERS & VANDER HAEGHEN, LIVORNOSTRAAT 7, BRUSSELS, B1060BELGIUM | *VIA Deutsche Post* |
| 10925 | GEVERS & VANDER HAEGHEN, LIVORNOSTRAAT/RUE DE LIVOURNE 7, B-1060 BRUSSEL, 01060 | |
| 10925 | GEYER STUDIOS, 20 W. 22ND ST, NEW YORK, NY 10010 | |
| 10925 | GEYER, GARY, 3625 E. RAY RD., PHOENIX, AZ 85044 | |
| 10925 | GEYER, PATRICIA, 406 COBBLESTONE DRIVE COLONY WOODS, WILMINGTON, NC 28405 | |
| 10925 | GEYGAN SR, THOMAS J, 7350 GRAVES RD, CINCINNATI, OH 45243-3550 | |
| 10925 | GFA SALES AND SERVICE, 2450 BROOKS COURT SOUTH, SMYRNA, GA 30082 | |
| 10925 | GFG GROUP, 536 FOX ROAD, GLENSIDE, PA 19038 | |
| 10925 | GFG REALTY TRUST, 90 LEWIS AVE, WALPOLE, MA 02081 | |
| 10925 | GFG REALTY TRUST, GEORGE GAMACHE, TRUSTEE, 90 LEWIS AVE, WALPOLE, MA 02081 | |
| 10924 | GFRC CLADDING SYS INCORP, 118 NO. SHILOH RD., GARLAND, TX 75042 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GFRC CLADDING SYSTEMS, INC., 118 N. SHILOH RD., GARLAND, TX 75042-6639 | |
| 10924 | GFRC CLADDING SYSTEMS, INC., 118 N. SHILOH ROAD, GARLAND, TX 75042 | |
| 10924 | GFRC SPECIALTIES, 1701 LANCASTER-HUTCHINS RD, LANCASTER, TX 75134 | |
| 10924 | GFRC SPECIALTIES, 1701 NO LANCASTER HUTCHINS RD., LANCASTER, TX 75134 | |
| 10924 | GFS CHEMICAL, 800 MCKINLEY AVENUE, COLUMBUS, OH 43223 | |
| 10924 | GFS CHEMICAL, PO BOX 245, COLUMBUS, OH 43223 | |
| 10925 | GFS CHEMICALS, DEPT. L-1694, COLUMBUS, OH 43260 | |
| 10925 | GFS CHEMICALS, INC, | |
| 10925 | GFS CHEMICALS, INC, DEPT. L-1694, COLUMBUS, OH 43260-1694 | |
| 10925 | GFS CHEMICALS, INC, PO BOX 245, POWELL, OH 43065 | |
| 10925 | GFS MANUFACTURING, 140 CROSBY DR, DOVER, NH 03820 | |
| 10925 | GG TAUBER CO, INC, PO BOX 2306, ROCKVILLE, MD 20847-2306 | |
| 10925 | GG TAUBER CO, INC, PO BOX 2306, ROCKVILLE, MD 20852 | |
| 10925 | GHADA MIKHAEL, WINDSON HEIGHTS APTS, MARLBORO, MA 01752 | |
| 10925 | GHARBI, TAMMY, 9548 QUARRY BRIDGE COURT, COLUMBIA, MD 21046 | |
| 10925 | GHARST, PATRICIA, 2916 MOORE, BLUE SPRINGS, MO 64015 | |
| 10925 | GHASSEMLOU, MASSOUMEH, 5617 OSTIN AVE, WOODLAND HILLS, CA 91367 | |
| 10925 | GHASSEMLOU, NARGAS, 5617 AUSTIN AVE, WOODLAND HILLS, CA 91367 | |
| 10925 | GHC PTNR HEALTH DBA LAURENS FA, 106 PARKVIEW DR, LAURENS, SC 29360 | |
| 10924 | GHD PICK UP, PHOENIX, AZ 85019 | |
| 10925 | GHEE, ANTHONY, PO BOX 487, HALIFAX, NC 27839 | |
| 10925 | GHENT, BRYAN W, 10 E. BALTIMORE ST., BALTIMORE, MD 21202 | |
| 10925 | GHENT, BRYAN, 611 REMINGTON ROAD, FALLSTON, MD 21047 | |
| 10925 | GHENT, DAVID, 1205 STEWARD ST, BARTOW, FL 33830 | |
| 10925 | GHERARDI, KATHRYN ANNE, 1813 LANSING CT, MC LEAN, VA 22101-5256 | |
| 10925 | GHER-HENDERSON, BARBARA, 1014 HOLIDAY DRIVE, WAUNAKEE, WI 53597 | |
| 10924 | GHETTY CENTER, RAYMOND JOINT VENTURE, LOS ANGELES, CA 90047 | |
| 10925 | GHIA, J N, CUST FOR GREGORY GHIA, UNIF GIFT MIN ACT NC, 805 CHURCHILL DR, CHAPEL HILL, NC 27514-3006 | |
| 10925 | GHIA, JAWAHAR, CUST FOR LISA GHIA UNDER, THE UNIF GIFT MIN ACT NC, 805 CHURCHILL DR, CHAPEL HILL, NC 27514-3006 | |
| 10925 | GHIGLIERI, JOHN, 5230 HONEYBEAR, SUN VALLEY, NV 89433 | |
| 10925 | GHILARDI, ARTHUR, 5786 NW 48 COURT, CORAL SPRINGS, FL 33067 | |
| 10925 | GHOLSTON, WAYNE, 506 HOMER ST, COMMERCE, GA 30529 | |
| 10925 | GHOSTLAW, LORI, 805 CASCADE DR, FOREST PARK, GA 30050 | |
| 10925 | GHUZZI, JOHN, 71 PARKVIEW CIR, CORTE MADERA, CA 94925 | |
| 10925 | GHX HOUSTON GASKET & PACKING CO., PO BOX 4169, HOUSTON, TX 77210 | |
| 10925 | GHYS, BARBARA, 12922 W 61ST TERR, SHAWNEE, KS 66216 | |
| 10925 | GHZ TECHNOLOGIES INC, 6602 VAN DEN ABEELE, ST LAURENT, QC H4S 9Z7CANADA | *VIA Deutsche Post* |
| 10925 | GHZ TECHNOLOGIES, 1 TRANS BORDER DR, CHAMPLAIN, NY 12919 | |
| 10925 | GIACALONE, FRANK M, 4844 WEST ELM ST, SKOKIE, IL 60077 | |
| 10925 | GIACALONE, FRANK, 4844 W. ELM ST, SKOKIE, IL 60077 | |
| 10925 | GIACALONE, VINCENT, 21 DEMAREST AVE, NORWOOD, NJ 07648 | |
| 10925 | GIACHINO, MARCELLO, 7110 FOREST AVE, HANOVER, MD 21076 | |
| 10925 | GIACOMETTI, YVONNE, 11070 MEAD RD, BATON ROUGE, LA 70816 | |
| 10925 | GIACOMINO BRUSCO &, MARIA PIA BRUSCO JT TEN, 101 BAY 7TH ST, BROOKLYN, NY 11228-3707 | |
| 10925 | GIACOMO, CHERYL, 104 W. WINDSOR AVE E, ALEXANDRIA, VA 22301 | |
| 10925 | GIACOUMAKIS, STANLEY, 133 CHESTNUT ST, LYNNFIELD, MA 01940 | |
| 10924 | GIAMBOI BRO/RESORT AT SUMMERLIN, 9004 CANYON RUN DR., LAS VEGAS, NV 89134 | |
| 10924 | GIAMBOI BROTHERS INC (LID), CAMBRIDGE, MA 02140 | |
| 10924 | GIAMBOI BROTHERS, 2508 CONEY ISLAND AVENUE, BROOKLYN, NY 11223 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GIAMBOI BROTHERS, 2508 CONEY ISLAND, BROOKLYN, NY 11223 | |
| 10924 | GIAMBOI BROTHERS/ STOCK, 2508 CONEY ISLAND, BROOKLYN, NY 11223 | |
| 10924 | GIAMBOI/MEADOW SCHOOL, 8601 SCHOLAR LN., LAS VEGAS, NV 89101 | |
| 10924 | GIAMBOI/SAM BOYD STADIUM, 7000 E. RUSSELL RD, LAS VEGAS, NV 89101 | |
| 10924 | GIAMBOI/W.B. STAGE 16, VIENITIAN CASINO, LAS VEGAS, NV 89101 | |
| 10925 | GIAMMONA, ANN, 9618 LIABLE ROAD, HIGHLAND, IN 46322 | |
| 10925 | GIAMMUSSO, VINCENT, 10 HIGH PINE, GLEN COVE, NY 11542-1422 | |
| 10925 | GIAMMUSSO, VINCENT, 112 SMITH ST, MERRICK, NY 11566 | |
| 10925 | GIAMPAOLO, THOMAS, 1521 CUSTOMS ROAD, BALTIMORE, MD 21237 | |
| 10925 | GIAMPICO, A, 926 FONTAIN VIEW NORTH, LAKELAND, FL 33809 | |
| 10925 | GIAMPIETRO, FRANK, 12 CHAMBERS CT., CLIFTON, NJ 07013 | |
| 10925 | GIAMPIETRO, LINDA, 12 CHAMBERS CT, CLIFTON, NJ 07013 | |
| 10925 | GIAN, VI, 757 NORTH 11TH ST, READING, PA 19604 | |
| 10925 | GIANELLONI, GREG, 9809 ARNOLD RD, DENHAM SPRING, LA 70726 | |
| 10925 | GIANFRANCO MICONI, VIA ROMA 58, BARBAIANA, MILANO, ITALY | *VIA Deutsche Post* |
| 10925 | GIANINETTI, STEPHEN, 1013 HILL ST. PO BOX 716, MEEKER, CO 81641 | |
| 10925 | GIANNICO, MAY, 16 CROOKED PINE ROAD, DAYTONA BEACH, FL 32124 | |
| 10924 | GIANNINI ORNAMENTS, 344 VICTORY AVENUE, SOUTH SAN FRANCISCO, CA 94080 | |
| 10925 | GIANNINO, MARISE, 9 WRIGHT AV, MEDFORD, MA 02155 | |
| 10925 | GIANNONE, H, 7 ELLIS AVE, MEDFORD, MA 02155 | |
| 10925 | GIANSIRACUSA, JOSEPH, 676 MASS AVE, BOSTON, MA 02118 | |
| 10924 | GIANT CEMENT CO, BOX 218, HARLEYVILLE, SC 29448 | |
| 10924 | GIANT CEMENT CO, HWY 453, HARLEYVILLE, SC 29448 | |
| 10925 | GIANT FOOD INC, 6300 SHERIFF RD., LANDOVER, MD 20785 | |
| 10925 | GIANT FOOD INC, 6626 NORTH RITCHIE HWY, GLEN BURNIE, MD 21061 | |
| 10924 | GIANT INDUSTRIES INC, PO BOX 12999, SCOTTSDALE, AZ 85267 | |
| 10925 | GIANT PORTLAND CEMENT CO, HWY 453 NORTH AT I-26, HARLEYVILLE, SC 29448 | |
| 10924 | GIANT REFINING COMPANY, I-40 EXIT 39, 17 MILES EAST OF GALLUP, GALLUP, NM 87301 | |
| 10924 | GIANT REFINING COMPANY, PO BOX 3 BOX 7, GALLUP, NM 87301 | |
| 10924 | GIANT REFINING, 50 & 4990 ROAD, BLOOMFIELD, NM 87413 | |
| 10924 | GIANT REFINING, PO BOX 159, BLOOMFIELD, NM 87431 | |
| 10924 | GIANT STADIUM GRANDSTAND @ @, EAST RUTHERFORD, NJ 07073 | |
| 10925 | GIANT, 7940 CRAIN HWY, GLEN BURNIE, MD 21061 | |
| 10925 | GIARDELLI, RICHARD, 65 JAMES ST., BLOOMFIELD, NJ 07003 | |
| 10925 | GIARDINA FLOORING INC, 241 MAIN ST, TOWNSEND, MA 01469 | |
| 10925 | GIARDINA, THOMAS, RTE 8 BOX 100, MT PLEASANT, TX 75455 | |
| 10925 | GIARDINAS FLOORING, 241 MAIN ST, TOWNSEND, MA 01469 | |
| 10925 | GIARDINELLI, MICHAEL, 54 BEECHWOOD DR, ROBBINSVILLE, NJ 08691 | |
| 10925 | GIASSON, FRANCES, 12189 GREGG BLVD, MOMENCE, IL 60954 | |
| 10925 | GIASSON, LORRAINE, 30280 WEST 12 MILE RD #104, FARMINGTON HILLS, MI 48334 | |
| 10925 | GIBBARDO, JUDITH, 17 ARBOR COURT, FAIRPORT, NY 14450 | |
| 10925 | GIBBES GALLIVAN WHITE & BOYD P.A., POST OFFICE BOX 10589, GREENVILLE, SC 29603 | |
| 10925 | GIBBINS WINCKLER HARVEY, PO BOX 1452, AUSTIN, TX 78767 | |
| 10925 | GIBBINS, DAVID, 1860 CAROL AVE, MERCED, CA 95340-5222 | |
| 10924 | GIBBONS AND REED, 1000 NORTH WARM SPRING ROAD, SALT LAKE CITY, UT 84130 | |
| 10924 | GIBBONS AND REED, ATTN: ACCOUNTS PAYABLE, SALT LAKE CITY, UT 84130 | |
| 10925 | GIBBONS III, R, 3331 SUMMIT BLVD UNIT 143, PENSACOLA, FL 32503 | |
| 10925 | GIBBONS, ANTONETTE, 5534 FREDERICKSBURS, SAN ANTONIO, TX 78229 | |
| 10925 | GIBBONS, DAWN, PO BOX 6614, BRIDGEWATER, NJ 08807 | |
| 10925 | GIBBONS, DEL DEO, DOLAN, GRIFFINGER, ONE RIVERFRONT PLAZA, NEWARK, NJ 07102-5497 | |
| 10925 | GIBBONS, III, R MICHAEL, 3331 SUMMIT BLVD #143, PENSACOLA, FL 32503 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GIBBONS, IRWIN, 1310 TONAWANDA AVE, AKRON, OH 44305

10925   GIBBONS, JOHN W, 15364 BRANDY LANE, MACOMB, MI 48044-1901

10925   GIBBONS, JOHN, 36 WINTERGREEN%JIM GIBBO, GLADEWATER, TX 75647

10925   GIBBONS, JOHN, 56 BLUE HILL RD, MILTON, MA 02186

10925   GIBBONS, LEON, PO BOX 4212, ELK CITY, OK 73648

10925   GIBBONS, M, PO BOX 732, CATHAGE, NY 13619

10925   GIBBONS, NASHELIA, 2803 W ILLINOIS #208, DALLAS, TX 75233

10925   GIBBONS, RONALD, 110 BROOKHAVEN AVE, 10, ATTLEBORO, MA 02703

10925   GIBBONS, T, 7822 ROGERS AVE, WAUWATOSA, WI 53213

10925   GIBBONS-STEVEN, CINDY, PO BOX 1721, CARBONDALE, CO 81623

10925   GIBBS III, RONALD, 15711 CEDAR GROVE LANE, WELLINGTON, FL 33414

10925   GIBBS JR JT TEN, JOHN L & YVONNE P, PO BOX 184, HARROGATE, TN 37752-0184

10925   GIBBS, BRADFORD, 1412 WEST ORION CIRCLE, DELLONA, FL 32725

10925   GIBBS, CHESTER, PO BOX 185, HIGHLAND CITY, FL 33846

10925   GIBBS, DANIEL, 47 MAIN ST, HULL, MA 02045

10925   GIBBS, DAVID, 74 HOMESTEAD ST, WABAN, MA 02468-2009

10925   GIBBS, FREDRIC, 205 HENNMARKEN DR, NORTHVALE, NJ 07647

10925   GIBBS, JEFF, 1005 E OHIO ST, PLANT CITY, FL 33566-6135

10925   GIBBS, JOSEPH, 7124 MARIANA COURT, BOCA RATON, FL 33433

10925   GIBBS, KATHERINE, 1302 HOLLIBEN ROAD, SEVERNA PARK, MD 21146

10925   GIBBS, MAGGIE, 1819 BRECKON, HOBBS, NM 88240

10925   GIBBS, MARION, 1601 DANSBY ST, JACKSON, MS 39204

10925   GIBBS, O, 1411 RAMSEY CLOSE, ROCKFORD, IL 60117-9999

10925   GIBBS, PATRICIA, PO BOX 583, SENECA, SC 29679

10925   GIBBS, REGINA, 10555 CHARLES ST, LAPLATA, MD 20646

10925   GIBBS, ROBERT, 107 QUAIL HOLLOW, RIGALEY, LA 70657

10925   GIBBS, STACY, 6225 MAURIE, WATAUGA, TX 76148

10925   GIBBS, WILLIAM, 9941 TUXFORD RD, RICHMOND, VA 23236

10924   GIBBSON & ASSOC., P O BOX 800579, BALCH SPRINGS, TX 75180

10925   GIBCO/BRL LABS DIV OF LIFE TECHNOLO, JS THOMPSON PRES/CEO, PO BOX 6482, ROCKVILLE, MD 20849

10925   GIBEAU, LAURIE, 458 HUNTINGTON AVE ROOM 209 B, BOSTON, MA 02115

10924   GIBECK INC., 10640 E. 59TH STREET, INDIANAPOLIS, IN 46236

10924   GIBECK INC., PO BOX 9020, TEMECULA, CA 92589

10925   GIBELLINO, GARY, 540 SPIKEWARD ST, CARNEGIE, PA 15106

10925   GIBERSON, JOANN, 84 PRINCE GEORGE DR, LEWES, DE 19958

10925   GIBIAN, THOMAS, PO BOX 219, SANDY SPRING, MD 20860

10925   GIBOSON III, CHARLES E, 1226 NORTH STATE ST STE BOX 3493, JACKSON, MS 39207-3493

10924   GIBRALTAR CHEMICAL, 114 E. 168TH STREET, SOUTH HOLLAND, IL 60473

10924   GIBRALTAR CHEMICAL, 114 E. 168TH. STREET, SOUTH HOLLAND, IL 60473

10925   GIBRALTAR LABS, INC, 122 FAIRFIELD RD., FAIRFIELD, NJ 07004

10925   GIBRALTAR MANAGEMENT CO INC, ATTN KEVIN M CARTER, 150 WHITE PLAINS RD, TARRYTOWN, NY 10591-5521

10924   GIBSON & SCHAEFER INC., 304 EAST SHANK ROAD, EL CENTRO, CA 92244

10924   GIBSON & SCHAEFER, 1859 WEST EVANHEWES, SEELEY, CA 92273

10924   GIBSON & SCHAEFER, INC, ATTN:  ACCOUNTS PAYABLE, HEBER, CA 92249

10924   GIBSON & SCHAEFER, INC., 1070 MARY AVENUE, HEBER, CA 92249

10924   GIBSON & SCHAEFER, SOUTH BROWN ROAD, CALIPATRIA, CA 92233

10924   GIBSON & SCHAEFER\CALEXICO, 532 GRANT STREET, CALEXICO, CA 92231

10924   GIBSON AREA HOSPITAL, 1120 NORTH MELVIN STREET, GIBSON CITY, IL 60936

10925   GIBSON ASSOCIATES INC, POBOX 766, SUDBURY, MA 01776-0005

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GIBSON ASSOCIATES INC., 325 BOSTON POST ROAD, SUDBURY, MA 01776-0005 | |
| 10925 | GIBSON ASSOCIATES, PO BOX 766, SUDBURY, MA 01776-0005 | |
| 10925 | GIBSON ENGINEERING, PO BOX 496, NORWOOD, MA 02062 | |
| 10924 | GIBSON GUITARS, 12TH AVENUE N. AT CHURCH STREET, NASHVILLE, TN 37203 | |
| 10924 | GIBSON HOMANS CO., 1755 ENTERPRISE PARKWAY, TWINSBURG, OH 44087 | |
| 10924 | GIBSON HOMANS, 1721 OLD COVINGTON ROAD, CONYERS, GA 30208 | |
| 10924 | GIBSON HOMANS, 1755 ENTERPRISE PARKWAY, TWINSBURG, OH 44087 | |
| 10924 | GIBSON HOMANS, 2457 E. 30TH ST., VERNON, CA 90058 | |
| 10924 | GIBSON HOMANS, 301 - C 9TH ST., MODESTO, CA 95351 | |
| 10924 | GIBSON HOMANS, CRESCENT DIVISION, VERNON, CA 90058 | |
| 10925 | GIBSON JR, JAMES, 1621 LONE OAK, HOUSTON, TX 77093 | |
| 10925 | GIBSON LAW FIRM, 1226 NORTH STATE ST, PO BOX 3493, JACKSON, MS 39207 | |
| 10924 | GIBSON LEWIS CORP, 1001 W 11TH ST, MISHAWAKA, IN 46544 | |
| 10924 | GIBSON LEWIS CORPORATION, 1001 W. 11TH STREET, MISHAWAKA, IN 46544 | |
| 10924 | GIBSON MATERIALS CO, BOX 507, GIBSON CITY, IL 60936 | |
| 10924 | GIBSON MATERIALS CO, RT 9 WEST, GIBSON CITY, IL 60936 | |
| 10924 | GIBSON MATERIALS COMPANY, BOX 507, GIBSON CITY, IL 60936 | |
| 10925 | GIBSON P VAN ALSTYNE &, DOROTHY M VAN ALSTYNE JT TEN, 3740 SILVER MAPLE COURT, NEW ORLEANS, LA 70131-8326 | |
| 10925 | GIBSON ROBBINS-PENNIMAN, 131 N. HIGH ST, SUITE 320, COLUMBUS, OH 43215 | |
| 10925 | GIBSON, CANDACE, ROUTE 3, LUBBOCK, TX 79401 | |
| 10925 | GIBSON, CATHLEEN, 8737 E OSBORN, SCOTTSDALE, AZ 85251 | |
| 10925 | GIBSON, CHARLIE, 2604 STUART, FORT WORTH, TX 76104 | |
| 10925 | GIBSON, CHRISTINE, 1710 ABERCROMBY CT APT A, RESTON, VA 22090 | |
| 10925 | GIBSON, CODY, PO BOX 173, BAGGS, WY 82321 | |
| 10925 | GIBSON, DEBBIE, 2601 OVERLAND TRAIL, DICKINSON, TX 77539 | |
| 10925 | GIBSON, DIANE, 2533 OVERBROOK DRIVE, GAFFNEY, SC 29341 | |
| 10925 | GIBSON, DONALD, RR2 KINGS TOWNE PARK, ESPOM, NH 03234-9158 | |
| 10925 | GIBSON, EILEEN, 109 BEACH 216 ST, BREEZY POINT, NY 11697 | |
| 10925 | GIBSON, EILEEN, 109 BEACH 216 ST., BREEZY POINT, NY 11697 | |
| 10925 | GIBSON, EVONNE, 9665 ARLETA AVE, ARLETA, CA 91331 | |
| 10925 | GIBSON, FREDERICK, 34 BURBANK COURT, PIEDMONT, SC 29673 | |
| 10925 | GIBSON, G TOM C, 100-8675 GRANVILLE ST, VANCOUVER, BC V6P 5A3CANADA | *VIA Deutsche Post* |
| 10925 | GIBSON, GORDON, 703 PRYOR COVE RD, JASPER, TN 37347 | |
| 10925 | GIBSON, GREGORY, 250 B HILLTOP LN, ANNAPOLIS, MD 21401 | |
| 10925 | GIBSON, GREGORY, 5165 LANE ROAD, OWENSBORO, KY 42303 | |
| 10925 | GIBSON, JAMES, 2103 33RD, LUBBOCK, TX 79411 | |
| 10925 | GIBSON, JAMES, PO BOX 395, PALACIOS, TX 77465 | |
| 10925 | GIBSON, JILLIAN, 260 COMMERCIAL BLVD, BRENTWOOD, NY 11717 | |
| 10925 | GIBSON, JOHN, 2228 N. RIVER TRAIL, MARIETTA, GA 30066 | |
| 10925 | GIBSON, JR, ERVIN, 3401 GWYNNS FALLS PK, BALTIMORE, MD 21216 | |
| 10925 | GIBSON, JR, MARSHALL, PO BOX 239, CARRIERE, MS 39426 | |
| 10925 | GIBSON, LARRY, 12131 MEREWOOD LANE, HOUSTON, TX 77071 | |
| 10925 | GIBSON, LINDA, 105 CLINTON ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | GIBSON, MARION, 4 VIKING COURT, 38, ARLINGTON, MA 02474-2751 | |
| 10925 | GIBSON, MARY, 212 N LOCUST ST, MOMENCE, IL 60954-1232 | |
| 10925 | GIBSON, MARY, 74 POST ISLAND ROAD, QUINCY, MA 02169 | |
| 10925 | GIBSON, MARY, RTE 1 BOX 195-B, GREELEYVILLE, SC 29056 | |
| 10925 | GIBSON, MICHAEL, 703 PRYOR COVE ROAD, JASPER, TN 37347 | |
| 10925 | GIBSON, RANDY, 9129 WEST OAK HWY, SENECA, SC 29678 | |
| 10925 | GIBSON, ROBERT, 111 BIVINGS DRIVE, DUNCAN, SC 29334-9661 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GIBSON, ROBERT, 467 S ALBRIGHT- MC KAY RD, BROOKFIELD, OH 44403

10925   GIBSON, STELLA, 1807 KILNER DR, AUGUSTA, GA 30906

10925   GIBSON, T, 921 WEST SICAMORE, KOKOMO, IN 46901

10925   GIBSON, VERLENE, 1700 SUNNYSIDE, CLORIS, CA 93612

10925   GIBSON, VERNIE, 7058 MT BROOK RD, COLUMBIA, SC 29209

10925   GIBSON, VICKIE, 504 PARK AVE., PRINCETON, WV 24740

10925   GIBSON, WELDON, 1606 N. AVE F, HASKELL, TX 79521

10925   GIBSON, WILLIAM, PO BOX 1041, MEEKER, CO 81641

10924   GIBSON-HOMANS, PO BOX 139, TRENTON, NJ 08601

10925   GIBSON-MULLER, SANDRA, 202 CAPRICORN DRIVE, 14, SOMERVILLE, NJ 08876

10925   GICHNER SHELTER SYSTEMS, EAST LOCUST ST, DALLASTOWN, PA 17313

10925   GICHNER SHELTER SYSTEMS, PO BOX 481, DALLASTOWN, PA 17313

10925   GIDA, DAVID, 18 CECIL DRIVE, DUNBAR, PA 15431

10925   GIDDENS, CARL, 6117 COLONY DRIVE, COLUMBIA, SC 29203

10925   GIDDENS, LOUISE, 114 ML KING DRIVE, VALLEY, AL 36854

10925   GIDDENS, RICHARD, 8351 PRAIRIE WIND LANE, HOUSTON, TX 77040

10925   GIDDEON, LINDA, 3401 PEYTON CT., MOBILE, AL 36695

10925   GIDDINGS & LEWIS IND (SUCCESSOR TO, ELIZABETH SITTERLY LEGAL COUNSEL, FOND DU LAC, WI

10924   GIDDINGS & LEWIS, 17801  FOURTEEN MILE ROAD, FRASER, MI 48026

10925   GIDDINGS, MARJORIE, 6923 LACY BLVD., DALLAS, TX 75227

10925   GIDEON, KATHERINE, 1113 PREUSSER, SAN ANGELO, TX 76903

10925   GIDEON, SHARON, 260 UPLAND AVE, TRENTON, NJ 08638

10925   GIDLEY, EUGENE, 211 SAGE CIRCLE, RIVERTON, WY 82501-3424

10925   GIDLEY, LOUISE, 156 SOUTH CENTRAL ROAD, LIBBY, MT 59923

10925   GIDLEY, LOUISE, 156 SOUTH CENTRAL ROAD, LIBBY, MT 59923-9998

10925   GIDO, WALTER, 17 MAPLEWOOD AVE, KEASBEY, NJ 08832

10925   GIECK, DOROTHY, 1192 GIOVONNI ST., DELTONA, FL 32725

10925   GIELOW, RYAN, 3005 W GRISWOLD ROAD, PHOENIX, AZ 85051

10925   GIENAU, RALPH, 3015 MISSION OAKS TRAIL, BARTOW, FL 33830

10925   GIENOW, KEVIN, 2510 APPALOOSA WAY, FINKSBURG, MD 21048

10925   GIER, DOUGLAS, CUST FOR AMANDA B GIER, UNIF GIFT MIN ACT NY, 8049 ROUTE 80, SOUTH DAYTON, NY 14138

10925   GIER, DOUGLAS, CUST FOR ELISA GIER, UNIF GIFT MIN ACT NY, 8049 ROUTE 80, SOUTH DAYTON, NY 14138

10925   GIER, DOUGLAS, CUST FOR NATALIE GIER, UNIF GIFT MIN ACT NY, 8049 ROUTE 80, SOUTH DAYTON, NY 14138

10925   GIER, DOUGLAS, CUST FOR PHILIP D G GIER, UNIF GIFT MIN ACT NY, 8049 ROUTE 80, SOUTH DAYTON, NY 14138

10925   GIER, DWAYNE D, CUST FOR JASON P GIER, UNIF GIFT MIN ACT NY, MAPLE AVE, CHERRY CREEK, NY 14723

10925   GIERINGER, HERBERT, 214 MADISON AVE, READING, PA 19605-2934

10925   GIERL, CINDY K, 10027 E SHEENA DR, SCOTTSDALE, AZ 85260

10924   GIESE READY MIX, COMMERCIAL STREET, FARNHAMVILLE, IA 50538

10924   GIESE READY MIX, EAST STREET, LAURENS, IA 50554

10924   GIESE READY MIX, HIGHWAY 18 WEST, ALGONA, IA 50511

10924   GIESE READY MIX, RR 2 BOX 116, BRITT, IA 50423

10925   GIESE, JANE, W7119 NORTH OAKRIDGE CT, POYNETTE, WI 53955

10925   GIESE, ROBERT, 1740 PINETREE LANE, LUXEMBURG, WI 54217

10925   GIESE, WALTER H, POBOX 103, COTTONWOOD FALLS, KS 66845

10925   GIESE, WALTER, PO BOX 103, COTTONWOOD FALLS, KS 66845

10924   GIESLER BROS CONSTRUCTION, HWY 61 N, PERRYVILLE, MO 63775

10924   GIESLER BROTHERS, HWY 61, PERRYVILLE, MO 63775

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |

10924   GIESLER BROTHERS, P. O. BOX 246, PERRYVILLE, MO 63775

10925   GIESTA, PAUL A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   GIESTA, PAUL, 171 ELM ST #2, CAMBRIDGE, MA 02135

10924   GIFFEL'S/COMMERCIAL INTERIOR SYS, TEN MILE & TELEGRAPH ROAD, REDFORD, MI 48239

10925   GIFFIN, CARY, 607 LOCUST ST, PROPHETSTOWN, IL 61277

10925   GIFFIN, MALA, 202 S. 6TH, BEECH GROVE, IN 46107

10924   GIFFORD HILL CONCRETE PRODUCTS, FAIRVIEW LANE EXTENSION, LYNCHBURG, VA 24505

10924   GIFFORD HILL PIPE COMPANY, JERSEY VILLAGE, TX 77040

10924   GIFFORD HILL PIPE COMPANY, P. O. BOX 40444, HOUSTON, TX 77240

10924   GIFFORD HILL, 1200 E. WEBSTER, WACO, TX 76703

10924   GIFFORD HILL, 3971 S.W MOODY, VICTORIA, TX 77905

10924   GIFFORD HILL, P O BOX 12905, ROANOKE, VA 24029

10924   GIFFORD HILL, P O BOX 506, LYNCHBURG, VA 24505

10924   GIFFORD HILL, P. O. BOX 1787, WACO, TX 76703

10924   GIFFORD HILL, VICTORIA, TX 77901

10925   GIFFORD, ALAN L, CUST FOR JAROD ALAN GIFFORD, UNIF GIFT MIN ACT CA, PO BOX 2102, TRUCKEE, CA 96160-2102

10925   GIFFORD, ALAN L, CUST FOR JASON LOREN GIFFORD, UNIF GIFT MIN ACT CA, BOX 2102, TRUCKEE, CA 96160-2102

10925   GIFFORD, DANIEL, 133 ROCKLAND ST, CANTON, MA 02021

10925   GIFFORD, GEORGE, PO BOX 40, SILVER CREEK, NE 68663

10925   GIFFORD, MEGAN, 3224 MILLER HEIGHTS, OAKTON, VA 22124

10924   GIFFORD-HILL AMERICAN, 1004 MEYERS RD, GRAND PRAIRIE, TX 75050

10924   GIFFORD-HILL AMERICAN, 1004 MEYERS ROAD, GRAND PRAIRIE, TX 75050

10924   GIFFORD-HILL AMERICAN, 1624 MARSHALL, NORTH COLLEGE, TX 79417

10924   GIFFORD-HILL AMERICAN, P.O. BOX 531571, GRAND PRAIRIE, TX 75053

10924   GIFFORD-HILL AMERICAN, P.O. BOX 5667, NORTH COLLEGE, TX 79417

10924   GIFFORD-HILL AMERICAN, PO BOX 5667, NORTH COLLEGE, TX 79417

10924   GIFFORD-HILL CONCRETE CO, PO BOX 5688, DALLAS, TX 75222

10924   GIFFORD-HILL PIPE COMP, PO BOX 40444, HOUSTON, TX 77240

10924   GIFFORD-HILL PIPE, 3450 NORTH 27TH AVENUE, PHOENIX, AZ 85017

10925   GIFREDA, JAMES, 866 CROWDEN DRIVE, CINCINNATI, OH 45224

10925   GIGER, JANICE, 152 S. BRIDGE ST., 72B, SOMERVILLE, NJ 08876

10925   GIGER, MARYETTA, 12263 BE METCALF AVE, MOMENCE, IL 60954

10925   GIGLIO, DANIEL, 106 ATLANTIC AVE, SALISBURY, MA 01952

10925   GIGLIO, MICHELE M, 166 LEE ST, DEPEW NY, NY 14043

10925   GIGLIO, STEVEN R, 2900 WESTFORK DR, SUITE 200, BATON ROUGE, LA 70827

10925   GIGNAC, MICHELLE, 6051 MAJORS LANE #4, COLUMBIA, MD 21045

10925   GIGSTAD, SCOTT, 2912 SOMERVILLE DR., APT 1, FORT COLLINS, CO 80526

10925   GIL, JOSE, 216 ELMHURST ROAD, CHARLOTTE, NC 28209

10925   GIL, JUAN, 401 VAUGHN, BURKBURNETT, TX 76354

10925   GIL, PAUL, 14 BRIGHAM ROAD, PAXTON, MA 01612

10925   GILA & BYRNE PUBLISHING, 7515 HARDY ST, ORANGEVALE, CA 95662-2349

10924   GILA CONCRETE INC., 201 WEST PHOENIX, PAYSON, AZ 85541

10924   GILA CONCRETE INC., PUMPKIN CENTER PLANT, TONTO BASIN, AZ 85553

10924   GILA CONCRETE, 1627 E.NORTHSHORE DR, TEMPE, AZ 85283

10924   GILA CONCRETE, 201 WEST PHOENIX, PAYSON, AZ 85541

10925   GILBANE BUILDING COMPANY, 8725 WEST HIGGINS ROAD SUITE 700, CHICAGO, IL 60631

10924   GILBERT & SON DEL R., R F D 2, LACONIA, NH 03246

10924   GILBERT & SON DEL R., R.F.D.2, LACONIA, NH 03246

10925   GILBERT A WINTER, 119 1ST TERRACE, KEY LARGO, FL 33037-4839

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 GILBERT B FERN, 180 E PEARSON APT 3405, CHICAGO, IL 60611-2109

10924 GILBERT CENTRAL, PO BOX 33164, TULSA, OK 74153-1164

10925 GILBERT COMMONWEALTH, PARSONS ENERGY & CHEMICALS GRP, 5 GREENWAY PLAZA, HOUSTON, TX 77046

10925 GILBERT CONSTRUCTION CO, 2829 PERRY ST, MADISON, WI 53713

10925 GILBERT D JAY III & MARY, THE, BOWERS JAY REVOCABLE TRUST, UA AUG 5 92, 1923 E JOYCE BLVD APT 121, FAYETTEVILLE, AR 72703-5167

10924 GILBERT DEL R & SON BLOCK, PROVINCE RD RTE #107, LACONIA, NH 03246

10924 GILBERT H. MOEN CO., CAMBRIDGE, MA 02140

10924 GILBERT MOEN CO, 516 S 5TH AVE, YAKIMA, WA 98902

10925 GILBERT NICHOLS, ELEANOR, 107 S BAYVIEW ST, FAIRHOPE, AL 36532

10925 GILBERT R BODELL III, 172 WOODVILLE RD, HOPE VALLEY, RI 02832-2425

10925 GILBERT S SCHUGART, 817 ANDERSON AVE, FRANKLIN SQUARE, NY 11010-3203

10924 GILBERT TEXAS CONST CORP, 1721 S. TYLER, AMARILLO, TX 79102

10924 GILBERT TEXAS CONST CORP, N.E. QUADRENT OF THE INTERSECTION, OF I27 AND I40, AMARILLO, TX 79102

10925 GILBERT WEIR &, SUZANNE WEIR JT TEN, 11632 MONROE ST NE, BLAINE, MN 55434-2925

10924 GILBERT WESTERN CORP., 3892 WEST 11800 SOUTH, SOUTH JORDAN, UT 84065

10924 GILBERT WESTERN CORP., 5201 GREEN STREET #250, SALT LAKE CITY, UT 84123

10924 GILBERT WESTERN, VALLEY EXIT #24 ON I-84, TREMONTON, UT 84337

10925 GILBERT, AARON, 240 PARKSTONE DRIVE, CARY, IL 60013

10925 GILBERT, ADRIANNE, 2010 ELM, LUBBOCK, TX 79404

10925 GILBERT, ALETA, 3601 DELAND DR, KINGSPORT, TN 37664

10925 GILBERT, ANTONIO, 5597 HARPERS FM. RD., COLUMBIA, MD 21044

10925 GILBERT, BILL, PO BOX 664, CLINTON, OK 73601

10925 GILBERT, BRIAN, 10913 BRENNAN COURT, COLUMBIA, MD 21044

10925 GILBERT, CATHERINE, 256 RIVER OAKS DR, BELLE CHASSE, LA 70037-0000

10925 GILBERT, CHARLES, 505 E. 7TH ST, BURKBURNETT, TX 76354

10925 GILBERT, DANNY, 2536 S.W. 101ST, OKLAHOMA CITY, OK 73159

10925 GILBERT, DARCIA, 311 1/2 S WABASH, BRADLEY, IL 60915

10925 GILBERT, DENNIS, 329 CHURCH ST, SAN FRANCISCO, CA 94114

10925 GILBERT, DOROTHY, 2436 MCCUTCHEON RD, COLUMBUS, OH 43215

10925 GILBERT, DOUGLAS, D9 STURBRIDGE, BLACKSBURG, VA 24060

10925 GILBERT, EDWARD, 425 N LOCUST, MOMENCE, IL 60954-1235

10925 GILBERT, ELAINE, 919 GREENWICH ST, READING, PA 19604

10925 GILBERT, FRANCINE, 517 WYNGATE ROAD, TIMONIUM, MD 21093

10925 GILBERT, GARY, 15 BURMASTER DRIVE, GREENVILLE, SC 29605

10925 GILBERT, GERALD, 4742 EDGAR RD., SULPHUR, LA 70665

10925 GILBERT, GERALD, 4742 EDGAR ROAD, SULPHUR, LA 70663

10925 GILBERT, GREG, ROUTE 1,BOX 102, ELK CREEK, NE 68348

10925 GILBERT, HELEN, BOX 664, CLINTON, OK 73601

10925 GILBERT, JAMES, 113 SCARSDALE, SIMPSONVILLE, SC 29681

10925 GILBERT, JAMES, 511 SOUTH ST, SIMPSONVILLE, SC 29681

10925 GILBERT, JAMES, 604 20TH ST #31, A, GARTNA, LA 70053

10925 GILBERT, JAMES, PO BOX 143, CROSS HILL, SC 29332

10925 GILBERT, JANE, 3824 CALCULUS DR, DALLAS, TX 75244

10925 GILBERT, JOAN, 1911 GARRISON, MARIETTA, GA 30060

10925 GILBERT, JR, LEWIS, 14097 MAYS ROAD, GULFPORT, MS 39503

10925 GILBERT, K, 2245 MT VIEW ST SE, WASHINGTON, DC 20020

10925 GILBERT, KATHERINE, 425 N LOCUST, MOMENCE, IL 60954

10925 GILBERT, KEVIN, 330 12TH AVE, GREEN BAY, WI 54303

10925 GILBERT, LARRY, PO BOX 422, PARIS, AR 72855

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GILBERT, MARJORIE, 102 EAST 21ST ST, ATLANTIC, IA 50022-2802

10925   GILBERT, MARJORIE, 316 TAVISTOCK DRIVE, MEDFORD, NJ 08055

10925   GILBERT, MARTIN, 1427 BERKLEY ROAD, COLUMBUS, OH 43206

10925   GILBERT, MARY, 195 1/2 S PRAIRIE AVE, BRADLEY, IL 60915

10925   GILBERT, RICKEY, 1740 BALM ROAD, WETWMPKA, AL 36092

10925   GILBERT, ROBERT, 1400 CHATEAU CIRCLE, LAKE CHARLES, LA 70605

10925   GILBERT, ROBERT, 221 SPRING ST, INMAN, SC 29349

10925   GILBERT, ROBERT, ROUTE 5 BOX 316, KING, NC 27021-9252

10925   GILBERT, SABRINA, PO BOX 3182, FAIRFAX, VA 22038

10925   GILBERT, SANDRA, CUST FOR HOLLY MICHELLE GILBERT, UNIF GIFT MIN ACT-NY, 2433 NATIONAL
         DR, BROOKLYN, NY 11234-6838

10925   GILBERT, SHERRI, 2436 MC CUTCHEON RD, COLUMBUS, OH 43219

10924   GILBERT/PARSONS, 3009 EAST 10TH STREET, SIOUX FALLS, SD 57103

10924   GILBERTSON PRECAST, 3098 162ND AVE N.W., ANOKA, MN 55304

10924   GILBERTSON PRECAST, 3098 162ND AVENUE NW, ANOKA, MN 55303

10924   GILBERTSON, ARNOLD, 1801 JEFFERSON ST NE, MINNEAPOLIS, MN 53418-4400

10925   GILBERTSON, JAMES, 603 10TH AVE, ACKLEY, IA 50601-1415

10925   GILBLAIR, ELIZABETH, 26 SCHOOL HOUSE LANE, BILLERICA, MA 01821

10924   GILBONE BUILDING COMPANY, 1040 WEST JEFFERSON, BROWNSVILLE, TX 78520

10925   GILBOW, RANDY, 908 NORTH KENDALL, ELECTRA, TX 76360

10925   GILBUENA, MARIA, 8515 MASON AVE # 2, MORTON GROVE, IL 60053

10925   GILCART, LORI, 199 LINWOOD AVE, TONAWANDA, NY 14150

10925   GILCHREST, BARBARA, 59 WHITE PINE DRIVE, HOLLIS, NH 03049-6102

10924   GILCHRIST CONSTRUCTION INC., 5709 NEW YORK AVENUE, ALEXANDRIA, LA 71307

10924   GILCHRIST CONSTRUCTION INC., PO BOX5699, ALEXANDRIA, LA 71307

10924   GILCHRIST CONSTRUCTION, HWY 1, PORT ALLEN, LA 70767

10925   GILCHRIST, JANET, 6704 WEST FOREST RD, LANDOVER, MD 20785

10925   GILCHRIST, STEVEN, 1919 W. STOP 11 RD., INDIANAPOLIS, IN 46217

10925   GILCHRIST, THOMAS, 7841 SAIL POINTE DRIVE, SHERRILLS FORD, NC 28673

10925   GILCHRIST, TODD, 2817 INGLESIDE DR, AUGUSTA, GA 30909

10925   GILDA C LAMA, 142 SHOREWAY, OAKDALE, NY 11769-1933

10925   GILDEN, LYNN, 11 DARIAN CT, POMONA, NY 10970

10925   GILDER, CLARA, 901 TIMBERLINE DRIVE, BENBROOK, TX 76126

10925   GILDER, JIMMY, 2325 CEDAR ST, HOLTVILLE, CA 92250

10925   GILDERSLEEVE, BOBBY, 1299 TANNER ROAD, RAYNE, LA 70578

10925   GILDERSLEEVE, KEVIN, RT. 3 BOX 245A, RAYNE, LA 70578

10924   GILD-N-SON, 328 BELLEVILLE TURNPIKE, KEARNY, NJ 07032

10925   GILDON, LOIS, 1978 AVENITA SAN SEBASTIAN, PARIS, CA 92571

10925   GILES CONSTRUCTION CO, INC, 2600 BROUSSARD ROAD, SULPHUR, LA 70663

10925   GILES ENGINEERING ASSOCIATES INC, N8 W22350 JOHNSON RD SUITE A1, WAUKESHA, WI 53186

10925   GILES III, HARVE, 126 COUNTY RD. 973, FLAT ROCK, AL 35966

10925   GILES, BETTY, 2074 BROOKVIEW DR., CONYERS, GA 30208

10925   GILES, CLINTON, 3861 N 18TH ST, MILWAUKEE, WI 53206

10925   GILES, CLINTON, 5423 N 92ND ST UNIT E, MILWAUKEE, WI 53225-3400

10925   GILES, COLLEEN, 1212 W CAMPLAIN RD, MANVILLE, NJ 08835

10925   GILES, FREDERICK, 119 V ST NW, WASHINGTON, DC 20001

10925   GILES, JACQUELYN, 107 LINDA CIRCLE, MARLBORO, MA 01752

10925   GILES, JAMES, RT. 2 BOX 1438, TENNILLE, GA 31089

10925   GILFORD MYERS, 1141 WESTBURY RD, JENKINTOWN, PA 19046-3905

10925   GILFORD P JOHNSON & CHERYL, A JOHNSON JT TEN, 87 DROVER, KELLER, TX 76248-5004

10925   GILGUN, MICHAEL, 17 DEBBIE LANE, LAWRENCE, MA 01843

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GILHAM, JAMES, ROUTE 1 BOX 34A, PITTSBORO, IN 46167 | |
| 10925 | GIL-HER LTD GENERAL CONTRACTOR, EDMUND J GALLAGHER OWNER, 3469 CAPITAL DR, SUN PRAIRE, WI 53590 | |
| 10925 | GILIBERTO JR., CHARLES, 8012 NEW ENGLAND AVE, BURBANK, IL 60459 | |
| 10925 | GILKAY, BRIAN, 4917 OXBOROUGH GARDENS N., BROOKLYN PARK, MN 55443 | |
| 10925 | GILKAY, JOHN, 5601 EAST 23RD ST, 2, LONG BEACH, CA 90815 | |
| 10924 | GILKEY ELECTRIC SUPPLY, 1523 BROADWAY DR, HATTIESBURG, MS 39402 | |
| 10924 | GILKEY ELECTRIC SUPPLY, PO BOX 17287, HATTIESBURG, MS 39402 | |
| 10925 | GILKEY, KENNETH, 120 JOHN ANDERSON DR, ORMOND BEACH, FL 32176 | |
| 10925 | GILKISON, KEVIN, 813 S. YERLING, WHITEHALL, OH 43213 | |
| 10924 | GILL CONSTRUCTION CO INC, JACKSON, NE 68743 | |
| 10924 | GILL CONSTRUCTION INC, MAIN ST, JACKSON, NE 68743 | |
| 10925 | GILL III, RAYMOND, 713 RUTHERFORD DRIVE, FREDERICKSBURG, VA 22401 | |
| 10925 | GILL JENNINGS & EVERY, 7 ELDON ST, LONDON, EC2M7LHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | GILL JENNINGS & EVERY, BROADGATE HOUSE, 7 ELDON ST, LONDON, EC2M 7LHENGLAND | *VIA Deutsche Post* |
| 10925 | GILL, A, 2015 N. OLD DIXIE HWY, FT. PIERCE, FL 34950 | |
| 10925 | GILL, ALBERT, 2601 N FRANKLIN RD, ARLINGTON, VA 22201 | |
| 10925 | GILL, BRYAN, 2811 MARTSY CT, ARLINGTON, TX 76014 | |
| 10925 | GILL, BUFORD, 664 GILL DRIVE SE, BROOKHAVEN, MS 39601 | |
| 10925 | GILL, EMILY, 172 FRESH PONDS ROAD, JAMESBURG, NJ 08831-9729 | |
| 10925 | GILL, FREDERIC, 1302 MAIN ST, ALTON, IL 62002 | |
| 10925 | GILL, JENNIFER, 2435 NORTH CONSTANCE, LAKE CHARLES, LA 70605 | |
| 10925 | GILL, JERRY, 201 ARTHUR BLVD, UNION, SC 29379 | |
| 10925 | GILL, LIGITA, 222 N ADDISON, ELMHURST, IL 60126 | |
| 10925 | GILL, LINDA, 1633 BRIAR CLIFF RD, DALLAS, TX 75235 | |
| 10925 | GILL, MARK, 1692 HEATHER HILLS COURT, DORR, MI 49323 | |
| 10925 | GILL, MICHAEL, 139 PALMER AVE, WARWICK, RI 02889 | |
| 10925 | GILL, PATRICIA, 10831 WEST BROAD ST, SUITE 400, GLEN ALLEN, VA 23060 | |
| 10925 | GILL, RICHARD, RR1, BOX 601, FRANCESTOWN, NH 03043 | |
| 10925 | GILL, RONALD, 719 BARKLEY DRIVE, FREDERICKSBURG, VA 22401 | |
| 10925 | GILL, SHERRI, 78 BAILEY DRIVE, NEWNAN, GA 30263 | |
| 10925 | GILL, SHERRY, 8313 12TH AVE DR NW, BRADENTON, FL 34209 | |
| 10925 | GILL, SR, WILLIAM, 2413 ELM ST, SEFFNER, FL 33584 | |
| 10925 | GILL, TROY, 114 WOODVILLE DR., NATCHEZ, MS 39120 | |
| 10925 | GILL, WILLIAM, 35516 DOCK BUTLER RD., MT. HERMON, LA 70450 | |
| 10925 | GILLAM, JESSIE M, 2000 TULANE AVE, NEW ORLEANS LA, LA 70112 | |
| 10925 | GILLAN, MARIE, 567 SUNSET AVE, MAPLE SHADE, NJ 08052 | |
| 10925 | GILLAN, MARY ANN, 963 TILTON RD, VALLEY COTTAGE, NY 10989 | |
| 10925 | GILLANDERS, ANDREW, 19 CROSSWINDS WAY, GREER, SC 29650 | |
| 10925 | GILLARD, CHRISTOPHER, 1250 COUNTY LINE ROAD, CROSS, SC 29436 | |
| 10925 | GILLARD, PAULETTE, 117 PINE HILL CIRCLE, WALTHAM, MA 02154 | |
| 10925 | GILLARD, VIRGINIA, 2309 ODESSA ST., CHARLESTON, SC 29405 | |
| 10925 | GILLE, KEVIN, 2671 ALTAIR RD, GREEN BAY, WI 54311 | |
| 10925 | GILLE, ROGER, PO BOX 2442, CAMP VERDE, AZ 86322 | |
| 10925 | GILLELAND, DON, ROUTE 3 BOX 268, CHICKASHA, OK 73018 | |
| 10925 | GILLEN, DONALD, 601 LIDO PARK DR 3E, NEWPORT BEACH, CA 92663 | |
| 10925 | GILLEN, GEORGE, 2070 KNIGHTSBRIDGE WY, ALPHARETTA, GA 30201 | |
| 10925 | GILLEN, KEITH, 2404 N LEIGHTON CIRCLE, WICHITA FALLS, TX 76309 | |
| 10925 | GILLEN, V, 13535 SRALLA ROAD SP #22, CROSBY, TX 77532 | |
| 10925 | GILLENBERGER, CHRISTINE, 2313 WELLINGTON ST, PITTSBURGH, PA 15203 | |
| 10925 | GILLENTINE, BUDDY, 104 TERRABAY CT, SIMPSONVILLE, SC 29681 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GILLENWATER, JAMES, 137 GRANDVIEW CIRCLE, ROGERSVILLE, TN 37857

10925    GILLENWATER, NICHOL & AMES, BEARDEN COMMERCIAL PARK, 6401 BAUM DRIVE, KNOXVILLE, TN 37919

10925    GILLES PAQUET, 8801 SAND LAKE COURT, LAKE WORTH, FL 33467-1719

10924    GILLESPIE & ASSOCIATES, PO BOX 626, ORINDA, CA 94563

10924    GILLESPIE & ASSOCIATE, 3706 MT DIABLO BLVD STE 300, LAFAYETTE, CA 94549-3609

10924    GILLESPIE & SON, INC.., 100 DIXON DRIVE, CHESTERTOWN, MD 21620

10924    GILLESPIE & SONS INC, 100 DIXON DRIVE, CHESTERTOWN, MD 21620

10924    GILLESPIE & SONS, INC., PO BOX 450, CHESTERTOWN, MD 21620

10925    GILLESPIE BIOMONITORING LABORATORIE, PO BOX 1867, DENHAM SPRINGS, LA 70727-1867

10925    GILLESPIE CO, PO BOX 675, TAZEWELL, VA 24651-0675

10924    GILLESPIE COATINGS, 211 GUM SPRINGS ROAD, LONGVIEW, TX 75601

10924    GILLESPIE COATINGS, 211 GUM SPRINGS, LONGVIEW, TX 75601

10925    GILLESPIE LAND DEVELOPMENT LLC, POBOX 985, BRENTWOOD, TN 37024-0985

10925    GILLESPIE, ARLENE, 6801 ITHACA, METAIRIE, LA 70003

10925    GILLESPIE, BRETT, 2544 EAT SEVILLE AVE, ANAHEIM, CA 92806

10925    GILLESPIE, DONALD, 2828 LARDNER ST., PHILA., PA 19149

10925    GILLESPIE, FAYE, RT 2 BOX 178-H, DOYLINE, LA 71023

10925    GILLESPIE, GEOFFREY, 831 FOSTER RD, INMAN, SC 29349

10925    GILLESPIE, GREGORY, 4427 PRINCE EDWARD, WICHITA FALLS, TX 76308

10925    GILLESPIE, J, ROUTE 13 BOX 41, EASLEY, SC 29640

10925    GILLESPIE, JIM, 164 LAKE TERRACE DR #11, MUNROE FALLS, OH 44262

10925    GILLESPIE, JOHN J, 3313 JEFFERSON, KANSAS CITY, MO 64111-2772

10925    GILLESPIE, JOHN, 7724 WINDBREAK, ORLANDO, FL 32819

10925    GILLESPIE, JOHN, 831 TYNE BLVD, NASHVILLE, TN 37220

10925    GILLESPIE, L, 3692 EAST LINKS CIRCLE, HILLIARD, OH 43026-1363

10925    GILLESPIE, LORI, 5443 E EMELITA AVE, MESA, AZ 85206

10925    GILLESPIE, MICHAEL, 113 PINEWOOD LANE, PIEDMONT, SC 29673

10925    GILLESPIE, MICHAEL, 1970 WHELEN ROAD, LAURENS, SC 29368

10925    GILLESPIE, MYRA, 3415 3 MILE ROAD NE, GRAND RAPIDS, MI 49505

10925    GILLESPIE, STEVE, 1970 WHELEN ROAD, LAURENS, SC 29368

10925    GILLESPIE, TOMMI, 32115 MORGAN DRIVE, BLACK DIAMOND, WA 98010

10924    GILLETT CONCRETE PROD, 6141 HWY 32 NORTH, GILLETT, WI 54124

10924    GILLETT CONCRETE PRODUCTS, 6141 HWY 32 NORTH, GILLETT, WI 54124

10925    GILLETT, CARLA, 8840F TOWN & COUNTRY, ELLICOTT CITY, MD 21043

10925    GILLETT, M, 890 GEORGE ST, BARTOW, FL 33830

10925    GILLETTE CO THE, 4800 PRUDENTIAL TOWER BLDG, BOSTON, MA 02199

10925    GILLETTE CO THE, DEBORAH MARSON, PRUDENTIAL TOWER BLDG, BOSTON, MA 02199

10924    GILLETTE COMPANY, THE, PO BOX 999108, BOSTON, MA 02199-8004

10925    GILLETTE RESEARCH INSTITUTE, PRUDENTIAL TOWER BLDG, BOSTON, MA 02199

10925    GILLETTE, DONNA, 217 STRYSKO AVE, MAHWAH, NJ 07430

10925    GILLETTE, FRANK, 395 BISHOPSBRIDGE DR, CINCINNATI, OH 45255

10925    GILLETTE, GORDON, 3590 WHISPERING BROOK DRIVE, SE, GRAND RAPIDS, MI 49508

10925    GILLETTE, VERNA, 700 S. SHORE DRIVE, MIAMI BEACH, FL 33141

10925    GILLEY, JAMES, PO BOX 401, LIVERPOOL, TX 77577

10925    GILLEY, LUCILLE M, 234 FEARRINGTON POST, PITTSBORO, NC 27312-8547

10925    GILLHAM, RONALD, PO BOX 216, WILBURTON, OK 74578

10925    GILLIAM & LOWERY, 639 WEST ROSS, MAGNOLIA, AR 71753

10924    GILLIAM LOWERY, PO BOX190, EL DORADO, AR 71730

10924    GILLIAM LOWERY, PO BOX368, CAMDEN, AR 71701

10925    GILLIAM, A, 112 CORALVINE ROAD, SIMPSONVILLE, SC 29681

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 GILLIAM, A, PO BOX 1326, CUSHING, OK 74023-1326

10925 GILLIAM, AARON, 3945 WEST AINSILE, D, CHICAGO, IL 60625

10925 GILLIAM, DOUGLAS, PO BOX 273, WOODRUFF, SC 29388

10925 GILLIAM, EVA, 567 ROCKRIDGE DR, GREER, SC 29651

10925 GILLIAM, GLORIA, 110 FAUNAWOOD DR, SIMPSONVILLE, SC 29681

10925 GILLIAM, JANE, 800 NORTH CHOWNING APT. #32, EDMOND, OK 73034

10925 GILLIAM, JUDY, RT 2, BOX 31B, PAMPLIN, VA 23958

10925 GILLIAM, JULIA, 638 BARTLETT AVE, BALTIMORE, MD 21218-5412

10925 GILLIAM, KAREN, PO BOX 1149, LONDON, KY 40743

10925 GILLIAM, KELVIN, 100 THEO CIRCLE APT. #18, WOODRUFF, SC 29388

10925 GILLIAM, LEOLA, 122 FRED ATKINSON RD, HUNTSVILLE, AL 35806-1284

10925 GILLIAM, MARTHA, 2 BADGER ST, GREENVILLE, SC 29605

10925 GILLIAM, SHERYL, 2516 HWY 165N, MONTROSE, AR 71658

10924 GILLIAM/LOWERY, PO BOX190, EL DORADO, AR 71730

10925 GILLIAME, MARK, 1204 LANGLADE, GREEN BAY, WI 54304

10924 GILLIAM-LOWERY INC, 2723 WEST 7TH, TEXARKANA, TX 75501

10924 GILLIAM-LOWERY, INC., 2723 W. 7TH ST., TEXARKANA, TX 75501

10924 GILLIAM-LOWERY, INC., 2723 WEST 7TH ST., TEXARKANA, TX 75501

10925 GILLIARD, ISAAC, 2309 ODESSA ST, CHARLESTON, SC 29405

10925 GILLIARD, JAMES, 103 MAPLE DRIVE, GREER, SC 29651

10925 GILLIATT, MICHAEL, 69 FAXON ST, NEWTON, MA 02158

10925 GILLIGAN, COLLEEN L., 38 ELM ST., SOUTH HAMPTON, NY 11968

10925 GILLIGAN, EILEEN, 285 WOBURN ST, WILMINGTON, MA 01887

10925 GILLIGAN, KAY, 38 COLUMBUS AVE, HARRINGTON PK, NJ 07640

10925 GILLIGAN, P, 38 COLUMBUS AVE, HARRINGTON PARK, NJ 07640

10925 GILLIKIN, JON, 425 NE 147TH TERRACE, MIAMI, FL 33161-2130

10925 GILLILAND, JAMES, PO BOX 106, BELMONT, NY 14813

10925 GILLILAND, JEFFREY, 78 BOSS ST, BOLIVAR, NY 14715

10925 GILLILAND, JIMMY, 11021 SW 88TH ST., MIAMI, FL 33176

10925 GILLILAND, ROBERT, 107 WESTWOOD DRIVE, SIMPSONVILLE, SC 29680

10925 GILLILAND, ROY, 726 THURBER DRIVE, COLUMBUS, OH 43215

10925 GILLILAND, VICKIE, 421 INMAN RD, INMAN, SC 29349

10925 GILLIN, HUGH, ROUTE 2 BOX 326JACK HINTON RD, PHILPOT, KY 42366

10925 GILLIS, AMY, 1426 SAND ACRES DR, DE PERE, WI 54115

10925 GILLIS, CLAUDIA A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925 GILLIS, CLAUDIA, 46 LINWOOD AVE, N READING, MA 01864

10925 GILLIS, DARLENE, 9 BALDWIN ROAD, BILLERICA, MA 01821

10925 GILLIS, JACK, 217 TOMAGEWE, BOURBONNAIS, IL 60914

10925 GILLIS, JEFFREY, 6833 OLDWATERLOO, 1236, BALTIMORE, MD 21227

10925 GILLIS, KATHLEEN, 2935 N 68TH ST #107, SCOTTSDALE, AZ 85251

10925 GILLIS, KIM, 2630 GEMINI, ODESSA, TX 79764

10925 GILLIS, LEECHONA, 2923 CELESTE DRIVE, HEPHZIBAH, GA 30815

10925 GILLIS, RICHARD, PO BOX 591, FROSTBURG, MD 21532

10925 GILLISON, CHERYL, 372 WHITE ST # B4, ORANGE, NJ 07050

10925 GILLISPIE, ALVIN, 238 JACARANDA CIRCLE, VENICE, FL 34292

10925 GILLISPIE, BRYAN, 1803 LUCILLE, WICHITA FALLS, TX 76301

10925 GILLISPIE, KAMALA, 2400 44TH, LUBBOCK, TX 79401

10925 GILLISPIE, MELISA, 417 DOWNING ST, 1, DENVER, CO 80218

10925 GILLMORE, MICHAEL, 8700 CROMWELL DRIVE, SPRINGFIELD, VA 22151

10925 GILLO, STEPHANIE, 724 E CROSS, FOREST CITY, AR 72335

10925 GILLOM, JOHN, 233 OLD ROSE4 ST., TRENTON, NJ 08618

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 GILLOOLEY, W, 1425 HACKLE BLVD, BARTOW, FL 33830

10925 GILLOTT, JAMES S, CUST FOR BLAKE HAROLD GILLOTT, UNIF GIFT MIN ACT NY, 15 W 18 ST, HUNTINGTON, NY 11746-2331

10925 GILLPATRICK, ELLEN, 278 CROSS ST, BELMONT, MA 02178

10925 GILLPATRICK, KERI, 200 E. LEXINGTON CR, BLUE SPRINGS, MO 64015

10924 GILLS INC, RT 1, BOX 199, ASH FLAT, AR 72513

10924 GILLS INC. READY MIX, HWY 56 W, ASH FLAT, AR 72513

10925 GILL-SIMPSON, INC, 2834 LOCH RAVEN RD., BALTIMORE, MD 21218

10925 GILLUS, SHERRI, 44 MEADOWOOD TR., LITHONIA, GA 30038

10925 GILLUS, SHERRI, 44 MEADOWOOD TRAIL, LITHONIA, GA 30038

10925 GILLYARD, CONSTANCE, 804 S WASHINGTON, MANSFIELD, LA 71052

10925 GILLYARD, WANDA, RT 3 BOX 415-C, LIVE OAK, FL 32060

10924 GILMAN & PASTOR, 1 BOSTON PLACE 28TH FLR, BOSTON, MA 02108

10925 GILMAN AND PASTOR LLP, STONEHILL CORPORATE CENTER, 999 BROADWAY SUITE 500, SAUGUS, MA 01906

10925 GILMAN AND PASTOR, LLP, ONE BOSTON PLACE - 28TH FL, BOSTON, MA 02108

10924 GILMAN ELECTRIC SUPPLY, 1 MIDDLE OF THE ROAD, NEWPORT, ME 04953

10924 GILMAN ELECTRICAL SUPPLY, 1 MIDDLE OF THE ROAD, NEWPORT, ME 04953

10925 GILMAN JT TEN, FRANK H & JACQUELINE M, 651 ROADRUNNER DR, BULLHEAD CITY, AZ 86442-6307

10925 GILMAN PERFORMANCE SYS, 46 LEDGEOWOD DR, BROOKFIELD, CT 06804

10924 GILMAN READY MIX, RT.US.24, GILMAN, IL 60938

10925 GILMAN, ARTHUR, 28 LOCUST ST, READING, MA 01867

10925 GILMAN, GARY, 115 WHITCOMB ROAD, BOXBOROUGH, MA 01719

10925 GILMAN, JAMES, 525 DELANEY PARK DRIVE, ORLANDO, FL 32806

10925 GILMAN, JOHN, 5065 SUNFLOWER DRIVE, RENO, NV 89433

10925 GILMARTIN, T, 6072 KITTIWAKE DR, LAKELAND, FL 33809

10925 GILMORE AND BELL, 700 WEST 47TH ST ST, KANSAS, MO 64112

10925 GILMORE III, JOHN, 4413 SARVER ST, LAKE CHARLES, LA 70605

10925 GILMORE, ALLEN, PO BOX 212, HOLLIDAY, TX 76366

10925 GILMORE, ANNA, 4530 BOATRAMP AVE, PALM CITY, FL 34990

10925 GILMORE, BARNEY, 4475 N 63RD ST, MILWAUKEE, WI 53218

10925 GILMORE, DOUGLAS, 39-38 WENONAH DR, FAIRLAWN, NJ 07410

10925 GILMORE, GERALD, 1610 SIERRA HIGH, FORREST HILL, MO 63348

10925 GILMORE, MARJORIE H, 3020 N NOTTINGHAM ST, ARLINGTON, VA 22207-1268

10925 GILMORE, PAUL, 2 ROBIN LANE, PEPPERELL, MA 01463

10925 GILMORE, RALPH, 586 STATION ROAD, AMHERST, MA 01002

10925 GILMORE, ROSE, 15935 BENT TREE, DALLAS, TX 75248

10925 GILMORE, THERESA, 28 ALPRILLA FARM RD, HOPKINGTON, MA 01748

10925 GILMORE, THOMAS, 16926 S NEW ENGLAND, TINLEY PARK, IL 60477

10925 GILMORE, TIM, 12771 FALCON DRIVE, APPLE VALLEY, MN 55124

10925 GILPEN, JACKIE, PO BOX 572, WILBURTON, OK 74578

10925 GILPIN, CHARLOTTE, 10 ELLIS ST 10-2, HYDE PARK, MA 02136

10925 GILPIN, DONALD, 11450 SAGE PARK LN., HOUSTON, TX 77089

10925 GILPIN, FAYE, 4700 AMBERFIELD DR, UPPER MARLBORO, MD 20772

10925 GILREATH, APRIL, 142 RIPLEY ST, CHURCHILL, TN 37642

10925 GILREATH, DEBORAH, 276 OLD YORK RD, BRIDGEWATER, NJ 08876

10925 GILREATH, H, 5819 MOUNTAIN VIEW, KINGWOOD, TX 77345

10925 GILREATH, HUGH, PO BOX 214, RYE, TX 77369-9998

10925 GILREATH, JOEL, 1106 HWY 417, MOORE, SC 29369

10925 GILREATH, KENNETH, 124 SCARBOROUGH RD, CENTERVILLE, GA 31028

10925 GILREATH, OZEMMA, 1310 JACKSON GROVE ROAD, TRAVELERS REST, SC 29690-8832

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GILS BODY WORKS INC, 6392 SCARLETT COURT, DUBLIN, CA 94568

10925   GILS LOCK & SAFE INC, 1146 ST CATHERINE DRIVE, ANNAPOLIS, MD 21401

10925   GILSON COMPANY INC., PO BOX 677, WORTHINGTON, OH 43085

10924   GILSON COMPANY, INC, 7975 NORTH CENTRAL DRIVE, LEWIS CENTER, OH 43035-0200

10924   GILSON COMPANY, INC, PO BOX 200, LEWIS CENTER, OH 43035-0200

10925   GILSON COMPANY, INC, PO BOX 677, WORTHINGTON, OH 43085

10925   GILSON COMPANY, INC, PO BOX 710199, CINCINNATI, OH 45271-0199

10925   GILSON JR., ARTHUR, 802 ASHLEY CT., CRAIG, CO 81625

10925   GILSON MEDICAL - GILSON INC, 3000 WEST BELTLINE HWY, MADISON, WI 53562-0828

10925   GILSON MEDICAL - GILSON INC, FOLEY & LARDNER DOUGLAS B CLARK, 150 EAST GILMAN ST, PO BOX 1497, MADISON, WI 53701-1497

10925   GILSON MEDICAL ELECTRONIC, PO BOX 620027, MIDDLETON, WI 53562

10925   GILSON, JENNIFER, 6944 OLD 57 RD, GREENLEAF, WI 54126

10925   GILSON, KEVIN H, 1351 WETZEL AVE, MORGANTOWN, WV 26505-5139

10925   GILSON, PAMELA, 141A-5 BROADMEADOW ST, MARLBORO, MA 01752

10925   GILSON, RONALD, 3418 W ST. PAUL AVE, MILWUAKEE, WI 53208

10925   GILSON, RONALD, 5466 GORDON AVE NW, CEDAR RAPIDS, IA 52405

10925   GILSON, SEAN, 220 GREENBRER, COVINGTON, LA 70433

10925   GILSON, TODD, 7346 ST PATS CHURCH RD, GREENLEAF, WI 54126

10924   GILSTER MARY LEE, PO BOX 227, CHESTER, IL 62233

10925   GILSTRAP, HENRY, PO BOX 536, IOWA PARK, TX 76367

10925   GILSTRAP, JEAN, PO BOX 536, IOWA PARK, TX 76367

10925   GILSTRAP, JEWEL, 1142 MILLER ROAD, GREENVILLE, SC 29607-9998

10925   GILSTRAP, KIMSEY, 28 ROSS ST, GREENVILLE, SC 29611

10925   GILSTRAP, PAM, 105 FORK SHOAL CHURCH RD, PELZER, SC 29669

10925   GILSTRAP, PATRICIA, 145 CEDAR ST, BRANFORD, CT 06405

10925   GILSTRAP, SHERRI, 219 BROOKDALE DRIVE, LYMAN, SC 29365

10925   GILSTRAP, VIOLA T., INDIV. AND REP.ESTATE OF, LARRY H GILSTRAP DECEASED, WASHINGTON COUNTY INDIANA, BEAVER FALLS, PA 15010

10925   GILTROP, RICHARD, 409 LAURELWOOD DR, UTICA, NY 13502

10925   GILTSPUR EXHIBITS-BOSTON, 275 BODWELL ST, AVON, MA 02322-1116

10925   GILTSPUR/BOSTON, 275 BODWELL ST, AVON, MA 02322-1139

10925   GILTSPUR/BOSTON, AVON INDUSTRIAL PARK, AVON, MA 02322-1116

10925   GILTZ, DONALD, 460 WESLEY DRIVE, ADDISON, IL 60101

10925   GILVIN, ALLIE, PO BOX 442, BRANDENBURG, KY 40108

10925   GILVIN, JAMES, 317 E WALNUT BOX 284, PIPER CITY, IL 60959

10925   GILWORTH, ERIC, 5712 HWY 234, CENTRAL POINT, OR 97502

10925   GILZOW, LINDA, 114 LONGWOOD AVE #6, BROOKLINE, MA 02146

10925   GIMBEL & ASSOCIATES, 201 N E 2ND ST, FORT LAUDERDALE, FL 33301

10925   GIMBEL, LEE, 1617 MC CRAREN, HIGHLAND PARK, IL 60035

10924   GIMBELS LANDMARK BLDG, 339 6TH AVE (SMITHFIELD ST), PITTSBURGH, PA 15222

10924   GIMBORN US, INC., 4280 NORTHEAST EXPRESSWAY, ATLANTA, GA 30340

10925   GIMENEZ, AGNES, 10030 N 43RD AVE, GLENDALE, AZ 85302

10925   GIMM MASONRY, JOHN GRIMM, 5602 DORSETT DR, MADISON, WI 53711-3402

10925   GIMPLE, JOY, 4258 LONGSHORE WAY N, NAPLES, FL 33999

10925   GIN, HERBERT, 1330 AUGUSTA DR #4, HOUSTON, TX 77057

10925   GIN, LOIS, 10 THOMAS COURT, WOODCLIFF LAKE, NJ 07675

10925   GINA BELL, TREASURER, 1520 MIMBRES CANYON PL NE, ALBUQUERQUE, NM 87112

10925   GINDER, KRISTEN, 4962 CAPE MAY #F, SAN DIEGO, CA 92107

10925   GINDER, RALPH, PO BOX 127, RICHLANDTOWN, PA 18955

10925   GINDI-MCCARTHY, PRESKELLA, PO BOX 1053, MELROSE, MA 02176

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GINEVAN, BEATRICE, 8194 WATERFORD ROAD, PASEDENA, MD 21122-1241

10925    GINEVAN, CARL, 7799 EAST SHOPRE ROAD, PASADENA, MN 21122

10925    GINEVRA CLARK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    GINGERICH, PHILLIP, R R 3, BOX 28, WEST LIBERTY, IA 52776

10925    GINGRICH JR., IRVING, 832 COLORADO ST, CRAIG, CO 81625

10925    GINGRICH, BARBARA, 832 COLORADO ST., CRAIG, CO 81625

10925    GINKENS, RONALD, ROUTE 1 BOX 146, CHARITON, IA 50049

10925    GINMIKE INC, PO BOX 1325, OWENSBORO, KY 42303

10925    GINMIKE INC., PO BOX 1325, OWENSBORO, KY 42303

10925    GINMIKE, INC, PO BOX 1325, 2301 GRIMES AVE, OWENSBORO, KY 42303

10925    GINN, GLADYS, PO BOX 442, PIEDMONT, SC 29673

10925    GINN, GWENDOLYN, 531 N 26TH ST, BATON ROUGE, LA 70802

10925    GINN, JOHNNY, 298 BRACEY ROAD, KOKOMO, MS 39643

10925    GINN, LON, PO BOX 442, PIEDMONT, SC 29673

10925    GINN, MICHAEL, 488 MCMAHON MILL ROAD, PIEDMONT, SC 29673

10925    GINN, PENNY, 904 S. ELM ST, COMMERCE, GA 30529

10925    GINNS, 1801 K ST NW, WASHINGTON, DC 20006

10925    GINNY SMITH, 7500 GRACE DR, COLUMBIA, MD 21044

10925    GINO STEFANINI &, RAYMOND H LEVY TR UW, GERALDINE STEFANINI, BOX 22459, SAN
         FRANCISCO, CA 94122-0459

10925    GINTER, DEAN, 10851 PLAINVIEW AVE., TUJUNGA, CA 91042

10925    GINTHER, L, BOX 38, AUGUSTA, WI 54722

10925    GINTHER, RICHARD, PO BOX 1771, BARTOW, FL 33831

10925    GINTY, SHEILA, 237 KITTREDGE ST, ROSLINDALE, MA 02131

10925    GIOIA, CLARE, 28 RUSHMORE RD, HOPEWELL JCT, NY 12533

10925    GIOIOSA, ANTHONY, 7434 FIGURA DR., JUSTICE, IL 60458

10925    GIORDANE, EILEEN, 940 W GREENBELT PKWY, HOLBROOK, NY 11741

10925    GIORDANO HALLERAN & CIESLA, PO BOX 190, MIDDLETOWN, NJ 07748

10925    GIORDANO, HALLERAN & CIESLA, PO BOX 190, MIDDLETOWN, NJ 07748

10925    GIORDANO, JEREMY, 500-510 PARKER ST #708, BOSTON, MA 02115

10925    GIORDANO, JERRY, 213 W ELM AVE, ALBION, NJ 08009

10925    GIORDANO, WILLIAM, 49 HEATHER HILL DRIVE, MARSHFIELD, MA 02050

10925    GIORDANOS, 308 W. RANDOLPH ST.,STE.400, CHICAGO, IL 60606

10924    GIORGI INTERIOR SYSTEMS, 5075 TAYLOR ROAD, BEDFORD HEIGHTS, OH 44128

10924    GIORGI INTERIOR SYSTEMS, CAMBRIDGE, MA 02140

10924    GIORGI INTERIORS SYSTEM, PO BOX 70, CHESAPEAKE, OH 45619

10924    GIORGI OF CHESAPEAKE, 984 OLD ROUTE 52, CHESAPEAKE, OH 45619

10924    GIORGI OF CHESAPEAKE, INC., CAMBRIDGE, MA 02140

10925    GIORGIO, FLORIAN, 4768 TANGERINE AVE, WINTER PARK, FL 32807

10925    GIORGIO, FLORIAN, 7667 TIMBER RIVER CIRCLE, ORLANDO, FL 32807-8355

10925    GIORGIO, RICHARD, 8350 SAVANNAH TRACE, TAMPA FL, FL 33615

10925    GIOSEPPE FARINA, 25 COPELAND AVE, GENEVA, NY 14456-2716

10925    GIOVAGNOLI, JOHN, 60 SILVER LAKE RD, HOLLIS, NH 03049

10925    GIOVANNI LORENZONI &, EMILIA LORENZONI JT TEN, 79-30 67TH DR, MIDDLE VILLAGE, NY 11379-
         2909

10925    GIOVANNI, LEO, 103 BABIN ST., HOUMA, LA 70364

10925    GIOVANNONI, RICHARD, 136 EAST BLUEGILL LANE, SUFFIELD, CT 06078

10925    GIOVINCO, BARBARA, 1203 ASTOR ST, NORRISTOWN, PA 19401

10925    GIOVINCO, JEAN, 3929 AMERICANA DRIVE, TAMPA, FL 33630

10925    GIOVINO DE MAIO, ANNA, 1140 LOS PALOS COURT, PITTSBURG, CA 94565-4337

10925    GIPPLE, KENNETH JR, 1008 BIRCH, ATLANTIC, IA 50022

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GIPSON JR, DAVID, 776 OAK DRIVE EAST CLEAR, TRUSSVILLE, AL 35173 | |
| 10925 | GIPSON, CHARLES, 1041 FREEZE MT. DR, ODENVILLE, AL 35120 | |
| 10925 | GIPSON, CURTIS, 1913 OAKHURST DRIVE, IRVING, TX 75061-2545 | |
| 10925 | GIPSON, DAVID, 1045 FREEZE MOUNTAIN DR, ODENVILLE, AL 35120 | |
| 10925 | GIPSON, DEBRA, 1404 W. 19TH ST, PINE BLUFF, AR 71603 | |
| 10925 | GIPSON, JOSEPH, 1043 W LANVALE ST., BALTIMORE, MD 21217 | |
| 10925 | GIPSON, KENNETH, 3849 42ND PLACE, VERO BEACH, FL 32967 | |
| 10925 | GIPSON, LARRY, 102 LEEDS CREEK CIRC, ODENTON, MD 21113 | |
| 10925 | GIPSON, LAURANNE, 1913 OAKHURST DRIVE, IRVING, TX 75061 | |
| 10925 | GIPSON, O. CLAIRE, 6620 RIVERSIDE, METAIRIE, LA 70003 | |
| 10925 | GIPSON, RICHARD, 1037 FREEZE MT. DR., ODENVILLE, AL 35120 | |
| 10925 | GIPSON, TYRONE, 127 SPARKLEBERRY, COLUMBIA, SC 29223 | |
| 10925 | GIPSOTEX DEN NORSKE, GIPSPLATE FABRIKK A/S, SEATTLE, WA | |
| 10925 | GIRALDO, ANDRES, 199 HOWARD DR, BERGENFIELD, NJ 07621 | |
| 10925 | GIRARD EQUIPMENT INC, PO BOX 1535, UNION, NJ 07083-1535 | |
| 10925 | GIRARD EQUIPMENT INC., PO BOX 1535, UNION, NJ 07083-1535 | |
| 10925 | GIRARD, EDWARD, 17 FREDRICK ST, NORTH ADAMS, MA 01247 | |
| 10925 | GIRARD, KAREN, 3960 NW 25TH WAY, BOCA RATON, FL 33434 | |
| 10925 | GIRARD, PATRICIA, 310 STAMFORD BRG. RD, COLUMBIA, SC 29212 | |
| 10925 | GIRARD, PATRICIA, 937 HILDA, RAYNE, LA 70578 | |
| 10925 | GIRARDI KEESE CRANE, SUITE 1750 UNION BANK SQUARE, 445 SOUTH FIGUEROA ST, LOS ANGELES, CA 90017 | |
| 10925 | GIRARDI, ANNETTE, 314 W 110TH ST 65, NEW YORK CITY, NY 10026 | |
| 10925 | GIRGIS, MONA, 10 DORSET LN, WHITEHOUSE, NJ 08889 | |
| 10925 | GIRL FRIDAY TEMP AND PERMANENT PERS, PO BOX 22289, SARASOTA, FL 34276-5289 | |
| 10925 | GIRL FRIDAY, PO BOX 22289, SARASOTA, FL 34276-5289 | |
| 10925 | GIRLIE, JAMES, PO BOX 1154, WOODRUFF, SC 29388 | |
| 10925 | GIROD JR, CLARENCE E, 5565 BERKSHIRE AVE, BATON ROUGE, LA 70806-8036 | |
| 10925 | GIRODO JR, JOSEPH L, 2604 SHERWOOD DR SE, DECATUR, AL 35601-6733 | |
| 10924 | GIROIR CONST. CO., 2314 BELLE RUELLE, NEW IBERIA, LA 70562 | |
| 10925 | GIROLAMO, PAUL, 1801 CAMBRIDGE AVE C20, WYOMISSING, PA 19610 | |
| 10925 | GIRON, DAVID, 1083 DISCOVERY WY, CONCORD, CA 94521 | |
| 10925 | GIROUX, H, 14 COLUMBIA TERR, ADAMS, MA 01220 | |
| 10925 | GIROUX, LEDA, 117 GALLUP ST, NORTH ADAMS, MA 01247 | |
| 10925 | GIROUX, LEDA, 14 COLUMBIA TERR, ADAMS, MA 01220 | |
| 10925 | GIROUX, TRACIE, 815 NORTH 52ND ST 1206, PHOENIX, AZ 85008-6755 | |
| 10925 | GIRROIR, S, 26 KING ST, WATERTOWN, MA 02472 | |
| 10925 | GIRT, REA, 9005 COUNTY RD. #318, SHREVE, OH 44676 | |
| 10925 | GISCHEL MACHINE CO., PO BOX 3480, BALTIMORE, MD 21226 | |
| 10925 | GISCLAIR, DAVID, PO BOX 404, LAROSE, LA 70373 | |
| 10924 | GISD THIRD MIDDLE SCHOOL, C/O BAHL, 1560 FM 971, GEORGETOWN, TX 78628 | |
| 10925 | GISELA AREGALL, LA PAU 6BIS 08757, CORBERADE DE LIOBREGAT, BARCELONA, SPAIN | *VIA Deutsche Post* |
| 10925 | GISELA R SCHAFER, 444 RIDGE RD, NEWTON, NJ 07860-5365 | |
| 10925 | GISELA STEIN GROSS, 19 EAST 88 ST, NEW YORK, NY 10128-0557 | |
| 10925 | GISH, JOHN, 1423 FIRST ST, NEW ORLEANS, LA 70130 | |
| 10925 | GISMAN, JUDY, 7570 160TH LANE N, PLAM BEACH GARDEN, FL 33418 | |
| 10925 | GIST, TASHEA, 5929 FISHER RD, TEMPLE HILLS, MD 20748 | |
| 10925 | GITA MOONEY, 1704 MONTICELLO ROAD, SAN MATEO, CA 94402-4032 | |
| 10925 | GITHENS, DONNA MAE, 7615 E. FAY AVE, MESA, AZ 85208 | |
| 10925 | GITLIN, BORIS, 367 FRANKLIN ST, BRAINTREE, MA 02184 | |
| 10925 | GITTENS, COLIN, 328 DORN AVE., APT. 2, MIDDLESEX, NJ 08846 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　GITTENS, JIM, 626 EAST 53 ST., BROOKLYN, NY 11203

10925　GITTLEMAN, LISA, 12 GRIGGS PL, MANVILLE, NJ 08835

10925　GIUFFRE, JENNIE, 12 JOHN ALDENS ST, CLIFTON, NJ 07013-2519

10925　GIUFFRIDA, PAULA, 31 BASSWOOD AVE, BILLERICA, MA 01821

10925　GIULIO J BARBERO, 408 S GLENWOOD AVE, COLUMBIA, MO 65203-2716

10925　GIUSEPPE M CERASI, 35 NEVILLE RD, BEAVER, PA 15009-9420

10925　GIUSTI, ROBERT, PLYMOUTH ST ROUTE 109, HALIFAX, MA 02338

10924　GIVAUDAN CORP, 100 DELAWANNA AVE, CLIFTON, NJ 07015

10924　GIVAUDAN CORP., CAMBRIDGE, MA 02140

10924　GIVAUDAN CORP., MERRY LANE, EAST HANOVER, NJ 07936

10924　GIVAUDAN ROURE CINCINNATI, PO BOX 17038, CINCINNATI, OH 45217-0038

10924　GIVAUDAN ROURE EAST HANOVER, PO BOX 17086, CINCINNATI, OH 45217-0086

10924　GIVAUDAN ROURE FLAVORS, 100 E. 69TH STREET, CINCINNATI, OH 45216

10924　GIVAUDAN, 901 MURRAY RD., EAST HANOVER, NJ 07936

10924　GIVAUDAN-ROURE CORP., 100 DELAWANNA AVENUE, CLIFTON, NJ 07015

10924　GIVAUDAN-ROURE CORP., 125 DELAWANNA AVENUE, CLIFTON, NJ 07014

10924　GIVAUDAN-ROURE CORP., MERRY LANE, EAST HANOVER, NJ 07936

10925　GIVAUDAN-ROURE CORPORATION, PO BOX 75874, CHARLOTTE, NC 28275

10924　GIVAUDAN-ROURE, 1 MERRY LANE, EAST HANOVER, NJ 07936

10925　GIVEN, ROBERT, 7 FRANCIS AVE., #712, MANSFIELD, MA 02048

10925　GIVENS, CHARLES, 803 ELWOOD ST., WICHITA FALLS, TX 76301-1406

10925　GIVENS, HARRIETT, 3071 N. 24TH ST, MILWAUKEE, WI 53206

10925　GIVENS, LORETTA, 5085 OLYMPIA DR, INDIANAPOLIS, IN 46208

10925　GIVENS, TARA, 1-0 BEAVER BROOK APTS.PINE CRT, NEW CASTLE, DE 19720

10925　GIVENS, TOMMY, RT.2 BOX 113A, MT. HERMON, LA 70450

10924　GIVIDIAN ROURE CORPORATION, INTERNATIONAL TRADE CENTER, MOUNT OLIVE, NJ 07828

10925　GIW INDUSTRIES INC, PO BOX 930860, ATLANTA, GA 31193

10925　GIZELBACH, BRYAN, 6657 WEST TROPICANA AVE, 202, LAS VEGAS, NV 89103

10925　GIZELLA LUX, 123 SORRENTO DR, OSPREY, FL 34229-9625

10925　GJ SILVA, INC, PO BOX 1854, GARDEN GROVE, CA 92642

10925　GJURGEVICH, LARRY, 837 MEEKER AVE, LA PUENTE, CA 91746

10924　GKI CONTRACTING, 100 TIGER DRIVE, GREENVILLE, AL 36037

10925　GLA, 4120 HORIZON LANE, SAN LUIS OBISPO, CA 93401

10924　GLACIER NORTHWEST - DO NOT USE, SOUTHWORTH PIT, SEATTLE, WA 98111

10925　GLACIER NORTHWEST INC, DEPT 222, PO BOX 34935, SEATTLE, WA 98124-1935

10924　GLACIER NORTHWEST, 1050 NORTH RIVER STREET, PORTLAND, OR 97227

10924　GLACIER NORTHWEST, 10901 HALCYON DRIVE SOUTHWEST, CAMP MURRAY, WA 98498

10924　GLACIER NORTHWEST, 1100 THIRD AVENUE, LONGVIEW, WA 98632

10924　GLACIER NORTHWEST, 1100-3RD AVE., LONGVIEW, WA 98632

10924　GLACIER NORTHWEST, 1441 GUILD ROAD, WOODLAND, WA 98674

10924　GLACIER NORTHWEST, 16381 MAIN STREET, OREGON CITY, OR 97045

10924　GLACIER NORTHWEST, 18516 SOUTHEAST 1ST STREET, CAMAS, WA 98607

10924　GLACIER NORTHWEST, 18606 S.E. 1ST STREET, CAMAS, WA 98607

10924　GLACIER NORTHWEST, 19585 SW 118TH AVENUE, TUALATIN, OR 97062

10924　GLACIER NORTHWEST, 21480 NW CORNELL STREET, HILLSBORO, OR 97124

10924　GLACIER NORTHWEST, 2176 NORTH WEST MARINE DRIVE, TROUTDALE, OR 97060-9510

10924　GLACIER NORTHWEST, 2220 ROSS AVENUE, EVERETT, WA 98203

10924　GLACIER NORTHWEST, 2501 SAINT FRANCIS LANE, VANCOUVER, WA 98660

10924　GLACIER NORTHWEST, 3601 TAYLOR WAY, TACOMA, WA 98387

10924　GLACIER NORTHWEST, 4301 PIONEER AVENUE, DU PONT, WA 98327

10924　GLACIER NORTHWEST, 5034 NORTHWEST FRONT AVENUE, PORTLAND, OR 97210

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    GLACIER NORTHWEST, 5601  396TH DRIVE SOUTHEAST, SNOQUALMIE, WA 98065

10924    GLACIER NORTHWEST, 5975 EAST MARGINAL WAY SOUTH, SEATTLE, WA 98111

10924    GLACIER NORTHWEST, 6335 FIRST AVE. SOUTH, SEATTLE, WA 98134

10924    GLACIER NORTHWEST, 6335 FIRST AVENUE SOUTH, SEATTLE, WA 98134

10924    GLACIER NORTHWEST, 6426 NORTHEAST 175TH STREET, KENMORE, WA 98028

10924    GLACIER NORTHWEST, ATTN:  MARK LEATHEM, SEATTLE, WA 98111

10924    GLACIER NORTHWEST, ATTN: MARK LEATHAM, SEATTLE, WA 98111

10924    GLACIER NORTHWEST, BREMERTON, PORT ORCHARD, WA 98366

10924    GLACIER NORTHWEST/W. MARGINAL, 5502 WEST MARGINAL WAY SOUTH, SEATTLE, WA 98111

10925    GLACIER VANDERVELL INCORPORATED, 17226 COUNTY RD 57, CALDWELL, OH 43724

10925    GLADDEN, JUDY, 10311 STONEMEDE LANE, MATTHEWS, NC 28105-7144

10925    GLADDEN, KATHRYN, 22 LARCHMONT ST., CHATTANOOGA, TN 37411

10925    GLADDEN, THOMAS, 209 KINGS POINT CT, LEXINGTON, SC 29073

10925    GLADDING, JOAN, 28021 99TH AVE SW, VASHON, WA 98070-8603

10925    GLADE, GERALD, N709 KOCH ROAD, SHARON, WI 53585

10925    GLADFELTER, MARTEN, 2908 SAXTON COURT, PEARLAND, TX 77581

10925    GLADITSCH, JANET, 21 LEES LA, WESTPORT, CT 06880

10925    GLADITSCH, JANET, 21 LEES LANE, WESTPORT, CT 06880

10925    GLADNEY, RONALD, 3100 D SEVEN, FAYETTEVILLE, NC 28306

10925    GLADWIN, VAUGHN, PO BOX 10371, FORT SMITH, AR 72917-9998

10925    GLADYS BENSON, 315 W 57 ST, NEW YORK, NY 10019-3158

10925    GLADYS F FORE, 208 N MAULDIN ST, LATTA, SC 29565-1321

10925    GLADYS J TOELLE TR UA NOV 6 92, GLADYS J TOELLE, 101 TRINITY LAKES DR 570B, SUN CITY CENTER, FL 33573-5737

10925    GLADYS O CASEY, 6013 113TH ST N 301, SEMINOLE, FL 33772-6822

10925    GLADYS R BORMANN, 693 PALMER AVE, MAYWOOD, NJ 07607-1521

10925    GLADYS ROSS, 2404 CLINTON RD, ROCKFORD, IL 61103-4111

10925    GLADYS SEYLER &, WILLIAM SEYLER &, LOIS CAMERON, JT TEN, 200 RIVERSIDE AVE, COXSACKIE, NY 12051-1511

10925    GLADYS TYLER, 1233 RACEBROOK RD, WOODBRIDGE, CT 06525-1822

10925    GLADYSZ, KRYSTYNA, 106 SANDHILL ROAD, BALTIMORE, MD 21221

10925    GLAESER, WAYNE, 210 MEADOWLARK LN, OAKDALE, CA 95361

10925    GLANCY, FRED, 41 W 674 PRIVET CT, ST CHARLES, IL 60175-8329

10925    GLANDON, JAMES, 3570 JUG FACTORY RD, GREER, SC 29651-5261

10925    GLANZ, DOUGLAS, 806 E POTTER ST, MILWAUKEE, WI 53207

10925    GLAS-COL APPARATUS COMPANY, PO BOX 2128, TERRE HAUTE, IN 47802-0128

10925    GLASCON, ALETHIA, 4503 WOODGATE, BOWIE, MD 20720

10925    GLASER JACK (TABC INC), GLASER TONSICH & BRAJEVICH, 222 W 6TH ST, SUITE 1000, SAN PEDRO, CA 90731

10925    GLASER TONSICH & BRAJEVICH (TABC), JACK GLASER, 222 W 6TH ST, SUITE 1000, SAN PEDRO, CA 90731

10925    GLASER, ERIC, 2 WILSON COURT, WESLEY HILLS, NY 10977

10925    GLASER, MARIE, 2 WILSON COURT, WESLEY HILLS, NY 10977

10925    GLASER, MINDY, 4010 MCDONOGH RD, RANDALLSTOWN, MD 21133

10925    GLASER, RAYMOND H, 5359 COLUMBIA RD APT F, COLUMBIA, MD 21044-1576

10925    GLASER, RAYMOND, 11636 QUARTERFIELD D, ELLICOTT CITY, MD 21042

10925    GLASER, ROBERT, 1452 PATHFINDER AVE, WESTLAKE VILLAGE, CA 91362

10925    GLASER, WALLACE, 21462 WOLF LAKE WAY, CREST HILL, IL 60435

10925    GLASGO, SHELDON, 3039 COUNTRY RD 3175, LOUDONVILLE, OH 44842

10925    GLASGOW, GUADELUPE, 7655 S.BRAESWOOD, HOUSTON, TX 77081

10925    GLASGOW, JOHN, BOX 1832, BOWIE, TX 76230

10925    GLASGOW, JOSEPH, PO BOX 1309, ROANOKE RAPIDS, NC 27870

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GLASGOW, MICHAEL, 7101 HERON DRIVE, HOUSTON, TX 77087

10925   GLASGOW, MITCHELL, 14110 MARY KAY, HOUSTON, TX 77054

10925   GLASGOW, RONALD, 5844 MURIEL LANE, ST. ANNE, IL 60964

10925   GLASPEY, KENNETH, 22 PLYMPTON ST, MIDDLEBORO, MA 02346

10924   GLASS BLOCK WORLD, 15000 ROUTE 30 EAST, NORTH HUNTINGDON, PA 15642

10925   GLASS DESIGN INC, 8805 W. 100TH ST SO, SAPULPA, OK 74067

10925   GLASS DIMENSIONS INC, 197 WESTERN AVE, ESSEX, MA 01929

10925   GLASS DOCTOR, PO BOX 708, NORCROSS, GA 30091-0708

10925   GLASS DOCTOR, PO BOX 8157, SYLVANIA, OH 43560

10925   GLASS EQUIPMENT DEVELOPMENT, INC, 1943 MIDWAY DR., TWINSBURG, OH 44087

10925   GLASS EQUIPMENT DEVELOPMENT, INC, PO BOX 691148, CINCINNATI, OH 45269-1148

10924   GLASS FIBRE ENTERPRISES, 196 MARLBOROUGH ST, BOSTON, MA 02116

10925   GLASS IMAGE, 15 EAST MAIN ST, WAPPINGERS FALLS, NY 12590

10924   GLASS PROFESSIONALS, INC., 700 NEW YORK AVENUE, DES MOINES, IA 50313

10924   GLASS REINFORCED FIBER CO, 6001 NORTH 60TH ST., LINCOLN, NE 68504

10925   GLASS WEEK 1990, 2945 SW WANAMAKER DR STE.A, TOPEKA, KS 66614-5321

10925   GLASS, ALVIN, 34 PRINCETON ARMS N, CRANBURY, NJ 08512-1105

10925   GLASS, EDNA, 3277 SANDHURST DRIVE, ZANESVILLE, OH 43701

10925   GLASS, GREER, 3356 LA AVENIDA, SANTA FE, NM 87505

10925   GLASS, HERBERT, 10771 JOLYNE CIRCLE, PENNISCOLA, FL 32506

10925   GLASS, JAMES, 1 RED FERN TRAIL, SIMPSONVILLE, SC 29681

10925   GLASS, JANET, 103 DETWEILER ROAD, MANSFIELD, PA 16933

10925   GLASS, JOSEPH, 6065 TANEYTOWN PIKE, TANEYTOWN, MD 21787

10925   GLASS, KATHLEEN, 10119 N COLLEGE, INDIANAPOLIS, IN 46280

10925   GLASS, KIRA, 981 VOSSELLER AVE, MARTINSVILLE, NJ 08836

10925   GLASS, LARRY, LOT 52,UNIVERSITY CT, JACKSONVILLE, AL 36265

10925   GLASS, LISA, 931 FARLEY AVE, LEEDS, AL 35094

10925   GLASS, ROBIN, 2566 MERCER ROAD, ELMORE, AL 36025

10925   GLASS, SANDRA, 2202 FANNIE ST, MONROE, LA 71201

10925   GLASS, SUE, 27 YORKSHIRE DR, HACKETTSTOWN, NJ 07840

10925   GLASSANOS, PHILIP, 8 POPES LANE, HINGHAM, MA 02043

10924   GLASSCOCK COMPANY INC., ATTN:  ACCOUNTS PAYABLE, SUMTER, SC 29151

10924   GLASSCOCK COMPANY INC., ATTN: ACCOUNTS PAYABLE, SUMTER, SC 29151

10924   GLASSCOCK READY MIX, HWY 378 -ACROSS FROM SHAW AFB, SUMTER, SC 29150

10924   GLASSCOCK READY MIX, LAFAYETTE DRIVE PLANT, SUMTER, SC 29150

10925   GLASSCOCK, RAYMOND, 654 SELMA HWY, PRATTVILLE, AL 36067

10925   GLASSEY, CLIFFORD, 116 SOUTH FAULKNER, PAMPA, TX 79065

10925   GLASSMAN JETER EDWARDS WADE, 26 NORTH SECOND ST, MEMPHIS, TN 38103-2602

10925   GLASSO, LINDA, 18201 BEALE PLACE DRPO BOX 681, WINDSOR, VA 23487

10925   GLASSWORKS BY FISHBURNE/SCHULTZHILL, PO BOX 5300, AIKEN, SC 29804

10925   GLATER JT TEN, IRVING W & PHYLLIS A, 277 N QUAKER LANE, WEST HARTFORD, CT 06119-1036

10924   GLATT AIR TECHNIQUES, INC., 20 SPEAR RD., RAMSEY, NJ 07446

10925   GLATTER, DEBRA, ROUTE 8 BOX 93A, WACO, TX 76705

10925   GLATZER INDUSTRIES, 15 RIVER ST, NEW ROCHELLE, NY 10801

10925   GLATZER, DANA, #1 TERRY LANE, CARTERSVILLE, GA 30120

10925   GLAUBIUS, KEVIN, ROUTE 2, BOX 175, AXTELL, NE 68924

10925   GLAVA, JAMES, 13641 N 51ST ST, SCOTTSDALE, AZ 85254

10925   GLAVIANO JT TEN, DIANA & MARK NICHOLAS, 201 REPASADO DR, LA HABRA, CA 90631-7827

10925   GLAWSON, MARTHA, 3412 JEFFERSONVILLE, MACON, GA 31201

10924   GLAXO  WELCOME WARCO, 836 WORTH HINTON RD., ZEBULON, NC 27597

10924   GLAXO ADMIN BUILDING, 2030 ELLIS RD., RESEARCH TRIANGLE PARK, NC 27709

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  GLAXO ADMIN BUILDING, CAMBRIDGE, MA 99999

10924  GLAXO SMITHKLINE, 201 INDUSTRIAL DRIVE, BRISTOL, TN 37620

10924  GLAXO SMITHKLINE, 201 INDUSTRIAL DRIVE, PO BOX 868, BRISTOL, TN 37621-0868

10924  GLAXO SOUTHERN SCHOOL, C/O WARCO CONSTRUCTION, DURHAM, NC 27703

10924  GLAXO SOUTHERN SCHOOL, DURHAM, NC 27700

10924  GLAXO WELCOME, FIVE MOORE DRIVE NORTH, RESEARCH TRIANGLE PARK, NC 27709

10924  GLAXO WELLCOME, 836 WORTH HINTON ROAD, ZEBULON, NC 27597

10925  GLAZE, DEBBIE, 1408 BULLOCK COURT, OPELIKA, AL 36801

10925  GLAZE, DOROTHY, 516 ALDEN ST, BALTIMORE, MD 21225

10925  GLAZE, JR, JAMES, RT. 2, BOX 622-B, POLLOCK, LA 71467

10925  GLAZE, MARK E, 4411 WARINGTON, FULSHEAR, TX 77441

10925  GLAZE, MARK, 723 RED OAK LANE, FRIENDSWOOD, TX 77546

10925  GLAZE, MIKE, 3281 CHEASTNUT OAKS, MARIETTA, GA 30062

10925  GLAZE, WESLEY, 276 DIPLOMAT DRIVE, ROBESONIA, PA 19551

10925  GLAZENER, THERESA, 4536 AYGUSTA, THE COLONY, TX 75056

10925  GLD, INC, PO BOX 55000, DETROIT, MI 48255-1212

10924  GLEASON CONCRETE, 3255 PHILLIPS AVE, RACINE, WI 53403

10924  GLEASON HALL, WILSON BLVD, ROCHESTER, NY 14620

10925  GLEASON JT TEN, JAMES F & PEGGY A, 1819 CROSS CREEK RD, HUNTSVILLE, AL 35802-3972

10924  GLEASON READY MIX, 3255 PHILLIPS AVENUE, RACINE, WI 53403

10925  GLEASON REDI-MIX INC, 3255 PHILLIPS AVE, RACINE, WI 53043

10925  GLEASON, BARTHOLOMEW, 1424 ADMIRAL CT APT 621, GREEN BAY, WI 54303-5106

10925  GLEASON, CHARLES, 5823 MONTEBELLO PKWY, LOS ANGELES, CA 90022

10925  GLEASON, LESLIE, 805 EXMOOR ROAD, CRAIG, CO 81625

10925  GLEASON, MARY GALLAG, D106 FRIARS PLACE, COLUMBIA, SC 29223

10925  GLEASON, NORA, 268 FIRST ST., WADSWORTH, OH 44281

10925  GLEASON, PHYLLIS, 10000 N LAMAR #1091, AUSTIN, TX 78753

10925  GLEASON, TOMMY, PO BOX 981, HOLLIDAY, TX 76366

10925  GLEASON, WILLIAM, PO BOX 320, SIMPSON, LA 71474

10925  GLEAVY, PATRICA, 94 SANDLEWOOD DRIVE, STATEN ISLAND, NY 10306

10925  GLEDHILL, ROY, 600 ROSE ST, CRAIG, CO 81625

10924  GLEESON POWER INDUSTRIES, INC., 40 MARTIN ANGELO DR., LAWRENCE, MA 01840

10924  GLEESON POWER INDUSTRIES, INC., 41 DEAN AVENUE, FRANKLIN, MA 02038

10924  GLEESON POWER INDUSTRIES, INC., AUDITORUIM ROAD, STORRS, CT 62680

10924  GLEESON POWER INDUSTRIES, INC., P.O. BOX 305, FRANKLIN, MA 02038-0305

10924  GLEESON POWERS, 75 REED ROAD, HUDSON, MA 01749

10925  GLEESON, DAVID WAYNE, 2 ELOUERA CLOSE, ELTHAM VIC, 3095AUSTRALIA          *VIA Deutsche Post*

10925  GLEICHER, ALAN, 1665 EL CAMINO DEL TEATRO, LA JOLLA C, CA 92037

10925  GLEICHER, ALAN, 9563 LIME ORCHARD RD, BEVERLY HILLS, CA 90210

10925  GLEIM PUBLICATIONS INC, UNIVERSITY STATION, GAINESVILLE, FL 32604

10925  GLEMAN LIBRARY INFORMATION SERVICE, 2130 H ST , NW, RM B-07, WASHINGTON, DC 20052

10925  GLEMZA, RIMANTAS, 2100 CHANTILLA RD, BALTIMORE, MD 21228

10925  GLEMZA, RIMANTAS, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925  GLEN A BONAR &, BETTY L BONAR JT TEN, 413 LYON DR, WINCHESTER, KY 40391-1659

10924  GLEN ARDEN LIFE CARE FACILITY, HARRIMAN DRIVE, GOSHEN, NY 19024

10925  GLEN BURNIE SIGNWORKS, 131 ROESLER RD., GLEN BURNIE, MD 21060

10925  GLEN COVE DEVELOPMENT CO, DEBRA L ROTHBERG D L ROTHBERG & AS, 230 PARK AVE, SUITE 615, NEW YORK, NY 10169

10925  GLEN D HODGKISS, 1016 BALDWIN ST, CHESTER, PA 19013-6304

10925  GLEN DRABINOWICZ, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924  GLEN GARY BRICK, BOX 68, SUMMERVILLE, PA 15864

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GLEN GERY BRICK, 1090 E. BOUNDARY AVE., YORK, PA 17403

10924   GLEN GERY BRICK, CAMBRIDGE, MA 02140

10924   GLEN GERY BRICK, RR 2 BOX 223G, WATSONTOWN, PA 17777

10924   GLEN GERY CORP., PO BOX7001, WYOMISSING, PA 19610

10925   GLEN HARTER, 1660-7 STONEHAVEN DR, BOYNTON BEACH, FL 33436

10924   GLEN LAKE PROJECT, 50 GLEN LAKE PKWY., ATLANTA, GA 30328

10924   GLEN LAKE, 4500 EDWARDS ROAD, RALEIGH, NC 27612

10925   GLEN MAR UM CHURCH -, 8430 GLEN MAR ROAD, ELLICOTT CITY, MD 21043

10924   GLEN ROSE MEDICAL CENTER, CORNER OF GLENWOOD & HWY67, GLEN ROSE, TX 76043

10925   GLEN WENRICH, 1105 BAY AVE., POINT PLEASANT, NJ 08742

10925   GLENAIR INC, 1200 AIR WAY, GLENDALE, CA 91201

10925   GLENAIR INC, 1211 AIR WAY, GLENDALE, CA 91201

10924   GLENAIRE, 258 CORNWALL DRIVE, CARY, NC 27513

10924   GLENBROOK HOSPITAL, 2100 PFINGSTEN ROAD, GLENVIEW, IL 60025

10924   GLENBROOK NICKEL MINING, 5093 RIDDLE BIPASS RD., RIDDLE, OR 97469

10924   GLENCOE HIGH SCHOOL, SIPLAST, 12650 S.W. HALL BLVD., TIGARD, OR 97223

10925   GLENCORE LTD (% UBS AG), 301 TRESSLER BLVD (3STAMFORD PLAZA), STAMFORD, CT 06901

10925   GLENCORE LTD, 301 TRESSER BLVD, STAMFORD, CT 06901

10925   GLENCOVE BLD CO, EST OF THEODORA PETERSON KIM F, 2317 S STOUGHTON RD, MADISON, WI 53716

10925   GLENDA MOSS ACADEMY OF DANCING, 700 E. SCHOOL ST., LAKE CHARLES, LA 70605

10924   GLENDALE BANK, C/O THOMPSONS BUILDING MATERIALS, GLENDALE, CA 91201

10924   GLENDALE ELECTRONICS, 21 W. 481 STONE AVENUE, ADDISON, IL 60101

10924   GLENDALE HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, GLENDALE, CA 91201

10925   GLENDALE OFFICE SUPPLY INC., 7726 N. 59TH AVE, GLENDALE, AZ 85301-7816

10924   GLENDALE ORTHO HOSPITAL, 575 WEST DELUXE PARKWAY, GLENDALE, WI 53217

10925   GLENDALE PACKAGE STORE, 1093 LEXINGTON ST, WALTHAM, MA 02452

10924   GLENDALE UNIFIED SCHOOLS, 333 W MAGNOLIA AVE., GLENDALE, CA 91204

10925   GLENDENING, TIMOTHY, ROUTE 1, BOX 11, ORD, NE 68862

10925   GLENDENNING, ERIN, 1630 COMMONWEALTH AVE., #12A, BRIGHTON, MA 02135

10925   GLENDYE, LYNN, 2414 NEW BERNE RD, RICHMOND, VA 23228

10925   GLENELG HIGH BAND, 14025 BURNT WOODS RD., GLENELG, MD 21737

10925   GLENFIELD, JAMES, 3017 DUNLIN WAY, LAWRENCEVILLE, GA 30244

10925   GLEN-GERY BRICK, PO BOX A, REDFIELD, IA 50233

10925   GLEN-GERY CORPORATION, 101 ASHWORTH ROAD, W DES MOINE, IA 50265-3736

10924   GLEN-MAR CONCRETE, ATTN:  ACCOUNTS PAYABLE, ELFERS, FL 34680

10925   GLENMILLS INC., 395 ALLWOOD ROAD, CLIFTON, NJ 07012

10925   GLENN D KIECKER, 1700 BUCHANAN ST NE, MINNEAPOLIS, MN 55413-1611

10925   GLENN G CHANCE, 11567 HWY 90 N, BEDIAS, TX 77831-9324

10924   GLENN GERY CORP, ATT: ALLEN GUNN, GODWIN DRIVE, MANASSAS, VA 22110

10925   GLENN H COUGHLIN &, DOROTHY A COUGHLIN JT TEN, 1497 JERUSALEM AVE, N MERRICK, NY 11566-1330

10925   GLENN HARTER, 1660-7 STONEHAVEN, BOYNTON BEACH, FL 33436

10925   GLENN HERNDON, 8528 BLACK STAR CIRCLE, COLUMBIA, MD 21045-2646

10925   GLENN INDUSTRIES, POBOX 367, SPRING HOUSE, PA 19477

10925   GLENN JT TEN, ARMAND & MILDRED, 4136 NEWTON ST, TORRANCE, CA 90505-6426

10925   GLENN MARTIN DANIELSON &, LOIS ANN DANIELSON JT TEN, 1106 20 ST NW, PUYALLUP, WA 98371-3950

10925   GLENN O RHODES, 7295 W 32ND AVE, WHEATRIDGE, CO 80033-6264

10925   GLENN P LENTZ &, HELEN E LENTZ JT TEN, 744 B VALLEY SQUARE DRIVE, TAYLOR MILL, KY 41015-4454

10925   GLENN R SEIDEL &, JANE M SEIDEL JT TEN, 1101 N WATER ST, WOMELSDORF, PA 19567-0000

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GLENN RASMUSSEN & FOGARTY, PO BOX 3333, TAMPA, FL 33601-3333 | |
| 10925 | GLENN T SMITH II &, FERESHTEH H SMITH JT TEN, 3226 NW 46TH AVE, GAINESVILLE, FL 32605-1156 | |
| 10925 | GLENN W FITZGERALD, 13110 MCGILL RD, SODDY, TN 37379-7739 | |
| 10925 | GLENN, BARRY, 4516 BARNETT RD #2029, WICHITA FALLS, TX 76310 | |
| 10925 | GLENN, CARRIE, RT.3 BOX 337 D, MOMENCE, IL 60954 | |
| 10925 | GLENN, DANIEL, 8727 HUEBNER, SAN ANTONIO, TX 78240 | |
| 10925 | GLENN, EVELYN, 23 PINEHURST DRIVE, TAYLORS, SC 29687 | |
| 10925 | GLENN, GEORGE, 628 S MONROE AVE, APT 4, GREEN BAY, WI 54301 | |
| 10925 | GLENN, JOSEPHINE, 6901 W. CALDWELL COURT, MILWAUKEE, WI 53218 | |
| 10925 | GLENN, L, 8300 E. DIXILETA DRIVE #235, SCOTTSDALE, AZ 85262 | |
| 10925 | GLENN, MICHAEL, 12772 E. 2110 S. ROAD, MOMENCE, IL 60954 | |
| 10924 | GLENN, THE, ROANOKE, VA 24014 | |
| 10925 | GLENNA ROMANS & J N TOWNSEND, TR UA MAY 13 89 ROBERTA, WRIGHT REEVES TRUST, BOX 801610, DALLAS, TX 75380-1610 | |
| 10924 | GLENNBROOK NICKEL MINING, 5093 RIDDLE BYPASS ROAD, RIDDLE, OR 97469 | |
| 10925 | GLENNIE, BRENDA, 130 EAST L ST, SPARKS, NV 89431 | |
| 10925 | GLENNON CO, INC, BIN 275, MILWAUKEE, WI 53288 | |
| 10925 | GLENNON, JOHN, 10 RIVERBANK TERR, BILLERICA, MA 01821 | |
| 10924 | GLENN'S POOLS & SPAS, 1811 MONROE ST., COLUMBIA, MO 65201 | |
| 10924 | GLENNWOOD LANDING ELEMENTARY SCHOOL, 60 COTY LANE, ROSLYN, NY 11576 | |
| 10924 | GLENROCHIE CLUBHOUSE, 200 CLUBHOUSE DRIVE, ABINGDON, VA 24211 | |
| 10924 | GLENROCK COMPANY, 140 W. LAKE STREET, NORTHLAKE, IL 60164 | |
| 10924 | GLENROCK COMPANY, 140 WEST LAKE ST, NORTHLAKE, IL 60164 | |
| 10924 | GLENROCK COMPANY, 140 WEST LAKE, NORTHLAKE, IL 60164 | |
| 10924 | GLENROCK COMPANY, 5500 WEST 96TH STREET, ZIONSVILLE, IN 46077 | |
| 10924 | GLENROCK COMPANY, N50W13740 OVERVIEW DRIVE, MENOMONEE FALLS, WI 53051 | |
| 10924 | GLENROCK, 140 WEST LAKE, NORTHLAKE, IL 60164 | |
| 10924 | GLEN'S EXCAV/BEE'S R/M, ATTN:  ACCOUNTS PAYABLE, TOOELE, UT 84074 | |
| 10924 | GLENS FALLS CEMENT CO., INC., 313 LOWER WARREN ST., GLENS FALLS, NY 12801 | |
| 10924 | GLENS FALLS ELECTRIC SUPPLY, P.O. BOX 4858, QUEENSBURY, NY 12804-0858 | |
| 10925 | GLENS FALLS LEHIGH CEMENT COMPANY, PO BOX 440, GLENS FALLS, NY 12801-0440 | |
| 10924 | GLENSTONE BLOCK CO, 928 S GLENSTONE, SPRINGFIELD, MO 65802 | |
| 10924 | GLENVIEW COMMUNITY CENTER, 2400 CHESTNUT STREET, GLENVIEW, IL 60025 | |
| 10924 | GLENWOOD MASON SUPPLY CO, 4100 GLENWOOD AVE, BROOKLYN, NY 11210 | |
| 10924 | GLENWOOD MASON SUPPLY, 4100 GLENWOOD ROAD, BROOKLYN, NY 11210 | |
| 10925 | GLENWOOD PRINTING INC., PO BOX 456, GLENWOOD, IL 60425 | |
| 10924 | GLENWOOD READY MIX INC, HWY 8 NORTH, GLENWOOD, AR 71943 | |
| 10924 | GLENWOOD READY MIX INC, P.O. BOX 1405, GLENWOOD, AR 71943 | |
| 10924 | GLENWOOD SENIOR VILLAGE, MAIN & PLYMOUTH, WILLIAMSVILLE, NY 14221 | |
| 10925 | GLERUM, R, 154 HUDSON AVE, TOTOWA BUROUGH, NJ 07512 | |
| 10924 | GLESBY BLDG MTLS, P O BOX 230, VAN NUYS, CA 91408 | |
| 10924 | GLESBY BLDG. MATERIALS, 15119 OXNARD STREET, VAN NUYS, CA 91411 | |
| 10924 | GLESBY BLDG. MATERIALS, CAMBRIDGE, MA 02140 | |
| 10925 | GLEZA, FAITH, 8523 GLEN BLUFF, SAN ANTONIO, TX 78239 | |
| 10925 | GLI INTERNATIONAL, INC, BOX 78038, MILWAUKEE, WI 53278-0038 | |
| 10925 | GLICK, JAMES, 22470 SW 65TH AVE, BOCA RATON, FL 33428-0000 | |
| 10925 | GLICK, KATHERINE, 22455 SW 65 AVE, BOCA RATON, FL 33428 | |
| 10925 | GLICK, KATHERINE, 22470 SW 65 AVE SANDALFOOT COVE, BOCA RATON, FL 33428-6013 | |
| 10925 | GLICK, MONROE S, CUST FOR MARJORIE GLICK, UNIF GIFTS MIN ACT-MASS, 10 HIGH ROCK WAY, ALLSTON, MA 02134-2415 | |
| 10925 | GLICO JR, JAMES ROSCOW, 1100 N E 200 TERRACE, NORTH MAIMI BEACH, FL 33179-2672 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GLIDDEN CO THE (IMPERIAL CHEMICAL, ROBERT R KOVALAK MANAGER, 925 EUCLID AVE, SUITE 900, CLEVELAND, OH 44115

10924    GLIDDEN CO, 16651 SPRAGUE RD, STRONGSVILLE, OH 44136

10925    GLIDDEN CO, THE, PO BOX 100336, ATLANTA, GA 30384

10924    GLIDDEN CO., 16651 SPRAGUE RD., STRONGSVILLE, OH 44136

10924    GLIDDEN COMPANY, 300 SPROWL ROAD, HURON, OH 44839

10925    GLIDDEN COMPANY, 9741 SOUTHWEST HWY, OAK LAWN, IL 60453

10924    GLIDDEN COMPANY, THE, 300 SPROWL ROAD, HURON, OH 44839

10925    GLIDDEN COMPANY, THE, PO BOX 100336, ATLANTA, GA 30384

10924    GLIDDEN PAINT CO, 13845 W. NORTH AVENUE, BROOKFIELD, WI 53005

10925    GLIDDEN PAINT CO, PO BOX 100336, ATLANTA, GA 30384

10925    GLIDDEN, DEBORAH, 125 FRANGORMA DR, TRUCKSVILLE, PA 18708

10925    GLIDDEN-DURKE SCM CORPORATE GROUP, 1920 STANDIFORD AVE. #1, MODESTO, CA 95350

10925    GLIDEWELL, LUTHER, 1920 W HICKORY ST, LAKELAND, FL 33801

10925    GLIDEWELL, TIMOTHY, 2401 WILLOW LANE, ST JOSEPH, MO 64503

10925    GLIELMI, MICHAEL, 1786 CHAUTEAU DR, GREEN BAY, WI 54304

10925    GLINATSIS, MARK, 2380 MASSACHUSETTS, LEXINGTON, MA 02173

10925    GLISCH, JACQUELINE, 6031 W. GLEN CT, FRANKLIN, WI 53132

10925    GLISCI, RONALD, 53 LAURA DRIVE, MONSEY, NY 10952

10925    GLISPIN, KAREN, 17A ACTON ST, WORCESTER, MA 01604

10925    GLISSON, CATHERINE, F 8 SUMMER ARMS APT, SUMTER, SC 29150

10925    GLOBAL CARIBBEAN INC, 12000 BISCAYNE BLVD #106, MIAMI, FL 33181

10925    GLOBAL COMPUTER SUPPLIES, 1050 NORTHBROOK PKWY, SUWANEE, GA 30174-2930

10925    GLOBAL COMPUTER SUPPLIES, 1050 NORTHBROOK PKWY., SUWANEE, GA 30174-2930

10925    GLOBAL COMPUTER SUPPLIES, 1050 NORTHBROOK PKY, SUWANEE, GA 30024

10925    GLOBAL COMPUTER SUPPLIES, 11 HARBOR PARK DR, PORT WASHINGTON, NY 11050-4622

10925    GLOBAL COMPUTER SUPPLIES, 175 AMBASSADOR DR, NAPERVILLE, IL 60540

10925    GLOBAL COMPUTER SUPPLIES, PO BOX 5000, SUWANEE, GA 30024

10925    GLOBAL COMPUTER SUPPLIES, PO BOX 5200, SUWANEE, GA 30174-5200

10925    GLOBAL COMPUTER SUPPLIES, PO BOX 5465, CARSON, CA 90749-5465

10925    GLOBAL COMPUTER SUPPLIES, POBOX 5000, SUWANEE, GA 30174-5000

10925    GLOBAL CROSSING CONFERENCING, DEPT 518, DENVER, CO 80291-0518

10925    GLOBAL DATA SYSTEMS INC, 500 DOVER BLVD SUITE 200, LAFAYETTE, LA 70503

10924    GLOBAL DIVERSIFIED PRODUCTS, 11400 47TH STREET N, CLEARWATER, FL 33762

10925    GLOBAL DIVERSIFIED/STERLING ABRA, 11401 16TH CT N, SAINT PETERSBURG, FL 33716

10925    GLOBAL ELECTRIC INC, 1129 SILVER BEACH ROAD, LAKE PARK, FL 33403-3025

10924    GLOBAL ELECTRIC, 5560 FTM 802, BROWNSVILLE, TX 78521

10925    GLOBAL ENGINEERING DOCUMENTS, 15 INVERNESS WAY EAST, ENGLEWOOD, CO 80112-5704

10925    GLOBAL ENGINEERING DOCUMENTS, 15 INVERNESS WAY EAST, ENGLEWOOD, CO 80112-5776

10925    GLOBAL ENGINEERING DOCUMENTS, PO BOX 8500 (S-4485), PHILADELPHIA, PA 19178-4485

10925    GLOBAL ENTERPRISE TECHNOLOGY INC, 14500 RIVER JUNCTION DR, FREDERICKSBURG, VA 22407

10924    GLOBAL ENVIRONMENTAL OUTFITTER, 225 N FOUNTAIN AVE., SPRINGFIELD, OH 45504-2534

10924    GLOBAL ENVIRONMENTAL OUTFITTER, 2902 MAYWOOD ROAD, INDIANAPOLIS, IN 46241

10925    GLOBAL ENVIRONMENTAL SOLUTIONS INC, 2121 NEWMARKET PKWY, SUITE 140, MARIETTA, GA 30067

10924    GLOBAL ENVIRONMENTAL, 1950 E GREYHOUND PASS #18 PMB 228, CARMEL, IN 46033

10925    GLOBAL EQUIPMENT CO, PO BOX 5200, SUWANEE, GA 30024

10925    GLOBAL EQUIPMENT CO., 22 HARBOR PARK DRIVE, PORT WASHINGTON, NY 11050-4682

10925    GLOBAL EQUIPMENT CO., PO BOX 5200, SUWANEE, GA 30024

10925    GLOBAL EQUIPMENT CO., POBOX 5200, SUWANEE, GA 30024

10925    GLOBAL EQUIPMENT, 22 HARBOR PARK DR., PORT WASHINGTON, NY 11050-4622

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | GLOBAL EVENT MANAGEMENT, 71 HIGGINS ROAD, FRAMINGHAM, MA 01701 | |
| 10925 | GLOBAL EXPRESS, PO BOX 18682, MEMPHIS, TN 38181 | |
| 10925 | GLOBAL FIRE PROTECTION COMPANY, 5121 THATCHER ROAD, DOWNERS GROVE, IL 60515 | |
| 10925 | GLOBAL GRAPHICS, 98 ANNEX 575, ATLANTA, GA 30398-0575 | |
| 10925 | GLOBAL IMAGING SYSTEMS INC, POBOX 41647, PHILADELPHIA, PA 19101-1647 | |
| 10925 | GLOBAL INDUSTRIAL EQUIP., 22 HARBOR PARK DR., PORT WASHINGTON, NY 11050 | |
| 10925 | GLOBAL INDUSTRIAL EQUIPMENT CO., 63 HEMLOCK DR., HEMPSTEAD, NY 11550 | |
| 10925 | GLOBAL INDUSTRIAL EQUIPMENT, 1070 NORTHBROOK PKWY., SUWANEE, GA 30174 | |
| 10925 | GLOBAL INDUSTRY ANALYSTS, INC, 46750 FREMONT BLVD., STE. 210, FREMONT, CA 94538 | |
| 10925 | GLOBAL INSTITUTE OF, 300 S. PINE ISLAND RD., PLANTATION, FL 33324 | |
| 10924 | GLOBAL INSULATION & FIREPROOFING, 2070 ATTIC PARKWAY, SUITE 308, KENNESAW, GA 30152 | |
| 10924 | GLOBAL INSULATION AND FIREPROOFING, 2070 ATTIC PARKWAY, SUITE 308, KENNESAW, GA 30152 | |
| 10924 | GLOBAL INTERNET CENTER, 20 SEYON STREET, WALTHAM, MA 02453 | |
| 10925 | GLOBAL KNOWLEDGE NETWORK, 140 LAKEFRONT DR., HUNT VALLEY, MD 21030 | |
| 10925 | GLOBAL KNOWLEDGE NETWORK, PO BOX 390052, BOSTON, MA 02241-0952 | |
| 10925 | GLOBAL LABORATORIES, 124 ROYAL ST, WEST MONROE, LA 71291 | |
| 10925 | GLOBAL LAMINATES INC, 18 HUNT ROAD SOUTH, AMESBURY, MA 01913 | |
| 10925 | GLOBAL MESSENGER CORP., 1821 WASHINGTON BLVD., BALTIMORE, MD 21230 | |
| 10925 | GLOBAL OCCUPATION SAFETY, 22 HARBOR PARK DR, PORT WASHINGTON, NY 11050 | |
| 10925 | GLOBAL PARTNERS INC, 1 INTERNATIONAL PLACE, BOSTON, MA 02110 | |
| 10925 | GLOBAL PASSPORT & VISA SERVICES INC, 2601 S BAYSHORE DRIVE, MIAMI, FL 33133 | |
| 10925 | GLOBAL PASSPORT & VISA, 1313 S. MILITARY TRAIL, DEERFIELD BEACH, FL 33442 | |
| 10925 | GLOBAL PETROLEUM CORP., PO BOX 3372, BOSTON, MA 02241 | |
| 10925 | GLOBAL PHOTO ASSIGNMENTS, 352 SEVENTH AVE, NEW YORK, NY 10001 | |
| 10924 | GLOBAL POWER CAPACITY EXPANSION, SMITH AND GREEN, CASA GRANDE, AZ 85222 | |
| 10925 | GLOBAL RECYCLING TECHNOLGIES INC, PO BOX 158, STOUGHTON, MA 02072 | |
| 10925 | GLOBAL RECYCLING TECHNOLOGIES, 387 PAGE ST, STOUGHTON, MA 02072 | |
| 10925 | GLOBAL RECYCLING TECHNOLOGIES, PO BOX 158, STOUGHTON, MA 02072 | |
| 10925 | GLOBAL RESEARCH CO., PO BOX 19874, SAINT LOUIS, MO 63144 | |
| 10925 | GLOBAL TRADE COMPLIANCE LLC, 1908 COVEY COURT, IRVING, TX 75060-6744 | |
| 10925 | GLOBAL TRAINING CENTER, INC, 4160B LITTLE YORK ROAD, DAYTON, OH 45414-5813 | |
| 10924 | GLOBAL TURBINE SUPPORT, 224 AIRPORT INDUSTRIAL DRIVE, YPSILANTI, MI 48198 | |
| 10925 | GLOBAL VAN LINES, 810 W TAFT AVE, ORANGE, CA 92865 | |
| 10925 | GLOBAL WUFLSBERG SYSTEMS, PO BOX 730214, DALLAS, TX 75373-0214 | |
| 10925 | GLOBAL, 15 INVERNESS WAY EAST, ENGLEWOOD, CO 80112-5704 | |
| 10925 | GLOBAL, PO BOX 5200, SUWANEE, GA 30024 | |
| 10924 | GLOBE AMERADA ARCHITECTURAL GLASS,L, 616 SELFIELD ROAD, P.O. DRAWER 930, SELMA, AL 36701 | |
| 10925 | GLOBE ENV SERVICES INC, JORGE F CHAQUINGA, 10100 W SAMPLE RD STE 404, CORAL SPRINGS, FL 33065-3977 | |
| 10924 | GLOBE METALLURGICAL, INC, 736 W. BAGLEY RD., BEREA, OH 44017 | |
| 10925 | GLOBE NEWSPAPER CO, BOSTON GLOBE PHOTO, BOSTON, MA 02107 | |
| 10925 | GLOBE PLACEMENT,INC, PO BOX 61, SPOTSWOOD, NJ 08884-0061 | |
| 10925 | GLOBE TRAVEL SERVICE, INC, 19 WEST FOSTER ST, MELROSE, MA 02176 | |
| 10925 | GLOBUS SERVICE, OSIPENKO STR., 76/71, MOSCOW 113035, IT 113035RUSSIAN FEDERATION | *VIA Deutsche Post* |
| 10925 | GLOCKER, EDWIN, 3831 E. HENRIETTA RD, 213, HENRIETTA, NY 14467 | |
| 10925 | GLOCKER, ELMA, 418 BELLE SHOALS ROAD, SIX MILE, SC 29682 | |
| 10925 | GLOCON INC, ONE PRINCESS ST, PARSIPPANY, NJ 07054 | |
| 10925 | GLODDY, MARY LOU, 578 HANCOCK ST, ABINGTON, MA 02351 | |
| 10925 | GLODOWSKI, PATRICK, 730 GROVE ST, GREEN BAY, WI 54302-1934 | |
| 10925 | GLOECKL, KRISTINE, 379 GRACE ST, PITTSBURGH, PA 15236 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GLORE, ALBERT, PO BOX 115, BISMARCK, MO 63624

10925   GLORIA B SABANOSH, 41 THIRD ST, PEQUANNOCK, NJ 07440-1226

10925   GLORIA B WILLIS, 509 LONG LEAF ACRES DR, WILMINGTON, NC 28405-3907

10925   GLORIA BADGETT, 4009 JOSEPH ST., LAKE CHARLES, LA 70605

10925   GLORIA BELSCHNER, 6115 LINCOLN DR 245, EDINA, MN 55436-1627

10925   GLORIA DE SILVA GIERKE, 4602 STATE ST, RIVERDALE, IA 52722-5736

10925   GLORIA G BAHR &, ROBERT A BAHR JT TEN, 671 BLOOMFIELD AVE, WEST CALDWELL, NJ 07006-7540

10925   GLORIA I WOZNIAK, 3234 PALMER RD, STANDISH, MI 48658-9608

10925   GLORIA J SHEEHAN, 20 BRISTOL LANE, PALM COAST, FL 32137-2508

10925   GLORIA M YORASITS, 4372 JAY ST, WHITEHALL, PA 18052-1538

10925   GLORIA P MORLOCK, 1739 RAMAPO WAY, SCOTCH PLAINS, NJ 07076-2319

10925   GLORIA PLATT, 17040, HOLIDAY DR, MORGAN HILL, CA 95037-0000

10925   GLORIA SAPHIA, 436 BEACH 141ST ST, BELLE HARBOR, NY 11694-1247

10925   GLORIA, DAVID, 1300 E. CROSBY, CARROLLTON, TX 76005

10925   GLORIA, JOSE, 3259 GROVER ST, FORT WORTH, TX 76106

10925   GLORIOSO, MARTHA, 2957 BYRDTOWN ROAD, CRISFIELD, MD 21817

10924   GLOSS TEX INDUSTRIES, 114 IRON MOUNTAIN ROAD, MINE HILL, NJ 07803

10925   GLOSSON FREIGHTWAYS INC., ROUTE 16, BOX 459, LEXINGTON, NC 27292

10924   GLO-TEX INTERNATIONAL, INC., 25 STAN PERKINS ROAD, SPARTANBURG, SC 29307

10925   GLOUCESTER COUNTY CLERK, COURTHOUSE, WOODBURY, NJ 08096

10925   GLOUCESTER COUNTY DEPT OF, 160 FRIES MILL ROAD, TURNERSVILLE, NJ 08012

10925   GLOUCESTER COUNTY SOIL DISTRICT, 72 E HOLLY ST, PITMAN, NJ 08071

10925   GLOUCESTER COUNTY SOIL DISTRICT, 72 EAST HOLLY ST, PITMAN, NJ 08071

10925   GLOUCESTER ENGINEERING, BLACKBURN IND PK, GLOUCESTER, MA 01930

10925   GLOUCESTER NEW COMMUNITIES CO, INC, VILLAGE DRIVE, SWEDESBORO, NJ 08085

10924   GLOUCESTER TRANSIT MIX IN, EMERSON AVE, GLOUCESTER, MA 01930

10924   GLOUCESTER TRANSIT MIX INC., EMERSON AVE, GLOUCESTER, MA 01930

10924   GLOUCESTER TRANSIT MIX, WHITTEMORE & EMERSON AVE, GLOUCESTER, MA 01930

10925   GLOVE CLEANERS & SAFETY PRODUCTS, PO BOX 246, EAST WALPOLE, MA 02032

10925   GLOVE CLEANERS AND SAFETY PRODUCTS, PO BOX 246, EAST WALPOLE, MA 02032

10924   GLOVER FOOD SERVICES, OLD ANDERSONVILLE RD., AMERICUS, GA 31709

10925   GLOVER JR., STANLEY, R.F.D.PO BOX 409, HILLSBORO, NH 03244

10925   GLOVER, AARON, 5008 OLD WEST POINT, LAGRANGE, GA 30240

10925   GLOVER, DENISE, 3748 LINCOLN, GROVES, TX 77619

10925   GLOVER, ELTON, 214 SPARKS DRIVE, ROCKINGHAM, NC 28379

10925   GLOVER, HOWARD, 1120 DORROW LN, CHARLOTTE, NC 28210

10925   GLOVER, JANET, 920 BRIAR CREEK CT, CONYERS, GA 30207

10925   GLOVER, JARED, 4063 EAGLE COVE WEST DRIVE, INDIANAPOLIS, IN 46254

10925   GLOVER, JOSEPH, 181 MAPLE ST, FAIRVIEW, NJ 07002

10925   GLOVER, KATHLEEN, 2541 N 15TH ST, MILWAUKEE, WI 53206

10925   GLOVER, KATHRYN, 8784 CLOUDLEAP COURT, #31, COLUMBIA, MD 21045

10925   GLOVER, KORAN, 1157 HERNDON DAIRY ROAD, AIKEN, SC 29803

10925   GLOVER, MALCOLM, 135 CAROLINA WAY, FOUNTAIN INN, SC 29644

10925   GLOVER, MARGARET, 52 NEVINS RD, HOLLIS, NH 03049

10925   GLOVER, PATRICIA, 610 W REBECCA, IOWA PARK, TX 76367

10925   GLOVER, PAUL, 1120 RANDOLPH ROAD, FARMINGTON, NM 87401-6626

10925   GLOVER, RANDY, 5631 WEST COLTER, GLENDALE, AZ 85301

10925   GLOVER, RICHARD, 33 FOREST DR, BEDFORD, NH 03102

10925   GLOVER, TERESA, 3017 MOORE AVE, ANNISTON, AL 36201

10925   GLOVER, TERESA, 5000 MELBOURNE DRIVE, FORT WORTH, TX 76114

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GLOVER, THEODORA, 524 HAMNER ST, MONTGOMERY, AL 36104

10924    GLOVES ETC.,INC., 1 DIAMOND STREET, BIDDEFORD, ME 04005

10924    GLOVES ETC.,INC., PO BOX 546, BIDDEFORD, ME 04005

10924    GLOVES, ETC., 1 DIAMOND ST., BIDDEFORD, ME 04005

10925    GLOWACKI, JOHN, 1210 WINDSOR DRIVE, GALLATIN, TN 37066

10925    GLOWKA, JOHN, PO BOX 608, WOODSBORO, TX 78393

10925    GLOWNIAK, STANLEY, 2091 BURNSIDE DR, SPARKS, NV 89434

10924    GLS INDUSTRIES, 7200 N HWY 63, ROCHESTER, MN 55901

10924    GLS INDUSTRIES, N14665 DICKENSON AVE., THORP, WI 54771

10924    GLS INDUSTRIES, W6558 HWY 33, JUNEAU, WI 53039

10925    GLUCK, SIMON B, 26 COURT ST, BROOKLYN, NY 11242

10925    GLUCKMAN, SUZIE-JAI, WILLOW ST, ACTON, MA 01472

10925    GLUCONA AMERICA INC, MB UNIT 9370, MILWAUKEE, WI 53268

10924    GLUD & MARSTRAND A/S, FOOD CAN DIVISION, NAESBYVEJ 20, ODENSE C, 05000DNK          *VIA Deutsche Post*

10925    GLUECKSMANN, ALFRED, 614 DEERFIELD AVE, SILVER SPRING, MD 20910

10925    GLYMPH, SANDRA, 408 HILLSIDE DR., ANDERSON, SC 29621

10924    GLYNAYRE / JOHN'S CREEK TECH.PARK, C/O WARCO CONSTRUCTION CO., DULUTH, GA 30136

10925    GLYNN, DONNA, RD 1 BOX 192 A, HAMMONTON NJ, NJ 08037

10925    GLYNN, MARK, 7303 RIDAN WAY, LOUISVILLE, KY 40214

10925    GLYNN, PEGGY, R R 1, BOX 74, WIOTA, IA 50274

10924    GLYPTAL INC., 305 EASTERN AVENUE, CHELSEA, MA 02150

10925    GM - NAO TECHNICAL CENTER, BLDG #1-6 DOCK #7, 30500 MOUND ROAD, WARREN, MI 48090-9999

10924    GM BUILDING, 767 5TH AVENUE, NEW YORK, NY 10003

10924    GM CLCD MANSFIELD, 2525 W FOURTH ST., MANSFIELD, OH 44906-1269

10924    GM MILFORD PROVING GROUNDS, BLDG. 7, DK 1 FOR BLDG. 31, 3300 GENERAL MOTORS RD., MILFORD, MI 48380-3726

10924    GM NAMEPLATE, 2040 15TH AVENUE W, SEATTLE, WA 98119

10924    GM NAMEPLATE, 300 ACME DRIVE, MONROE, NC 28112

10924    GM NAMEPLATE, MONROE, NC 28111

10924    GM POWERTRAIN PONTIAC, ONE PONTIAC PLAZA, PONTIAC, MI 48340

10925    GM POWERTRAIN, MAIL CODE 0102, 902 E HAMILTON AVE, FLINT, MI 48550-0000

10924    G-M PRECAST CONCRETE INC, 70 O'CONNOR RD., FAIRPORT, NY 14450

10924    G-M PRECAST CONCRETE INC., 187 MAIN STREET, NORTH TONAWANDA, NY 14120

10924    G-M PRECAST CONCRETE INC., 70 O'CONNOR RD., FAIRPORT, NY 14450

10924    G-M PRECAST CONCRETE INC., RTE 36 SONYEA RD., MOUNT MORRIS, NY 14510

10924    GM PRODUCT DEVELOPMENT CENTER, TRUCK AND BUS CENTER, PONTIAC, MI 48341

10924    GM PRODUCTS DEVELOPMENT CENTER, TRUCK AND BUS C/O ACOUSTIC CEILING, PONTIAC, MI 48341

10924    GM PROOFING GROUNDS, GENERAL MOTORS DRIVE, MILFORD, MI 48380

10924    GM SUPPLY COMPANY, INC, MINORITY BUSINESS ENTERPRISES, INDIANAPOLIS, IN 46219-1510

10925    GM TECH CENTER, 12 MILE & MOUND ROADS, WARREN, MI

10925    GM&C VALVE SERVICE CO., 1655 JARVIS AVE., ELK GROVE VILLAGE, IL 60007-2403

10925    GM&C VALVE SERVICE CO., 36754 EAGLE WAY, CHICAGO, IL 60678-1367

10924    GMA TOOLING, 110 PIKE CIRCLE, HUNTINGDON VALLEY, PA 19006

10925    GMAC PAYMENT PROCESSING CENTER, PO BOX 630071, DALLAS, TX 75263-0071

10925    GMAC PAYMENT PROCESSING CENTER, POBOX 51014, CAROL STREAM, IL 60125-1014

10924    GMAC SPARK PLUG, 4134 DAVIDSON ROAD, FLINT, MI 48501

10925    GMAC, POBOX 12699, GLENDALE, AZ 85318

10925    GMAC, POBOX 1994, EAST HANOVER, NJ 07936-1994

10925    GMAC, POBOX 5180, CAROL STREAM, IL 60197-5180

10925    GMF CONTRACTORS EQUIPMENT, 8846A WEST 47TH ST, BROOKFIELD, IL 60513

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GMGI, 100 BRICKSTONE SQ, ANDOVER, MA 01810

10925   GMI INC., 10 SOUTH FIFTH ST, MINNEAPOLIS, MN 55402

10925   GMI INC., 964 LUMBER EXCHANGE, MINNEAPOLIS, MN 55402

10925   GMPT, 2995 RIVER ROAD, TONAWANDA, NY 14150

10924   GMS BLOCK INC., 100 CLOVER LANE, TYRONE, GA 30290

10924   GMS BLOCK, 125 INDUSTRIAL PK CIRCLE, LAWRENCEVILLE, GA 30045

10924   GMS/TOOL SOURCE WAREHOUSE, 6480 JIMMY CARTER BLVD, NORCROSS, GA 30071-1701

10924   GN CENTER, 119 S. BURROWS ST. SUITE 101, STATE COLLEGE, PA 16801

10925   GN HOLDINGS, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   GNAGEY, CHRISTOPHER, 85 BOWLINE ST, BARNEGART, NJ 08005

10925   GNAT, PATRICIA, 3317 NAVAJO, GLENDALE, AZ 85307

10925   GNB TECHNOLOGIES INC, RICHARD THOMPSON,

10925   GNM, INC, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   GNOMON COPY, 1304 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10925   GNP ASSOCIATES, 44 CLUSTER PINE ST, MEDFORD, NY 11763

10925   GNR ENGINEERING SERVICES, 1312 CARRIAGE RUN WEST, CONROE, TX 77384

10925   GNT DIVERSIFIED LLC, 8531 W DONALD DR, PEORIA, AZ 85382

10924   GO CRETE, 4500 S LOOP 12, DALLAS, TX 75200

10924   GO CRETE, P. O. BOX 888, DESOTO, TX 75123

10924   GO CRETE, PO BOX888, DESOTO, TX 75123

10925   GO PROMOTIONS, PO BOX 194, HIGHLAND PARK, IL 60035

10925   GO, ESTRELLITA, 4557 W BROWN ST, GLENDALE, AZ 85302

10924   GO/DAN INDUSTRIES, 100 GANDO DRIVE, NEW HAVEN, CT 06506-1565

10925   GOAD, M, 4675 SUESAND COVE, MEMPHIS, TN 38128

10925   GOAD, STACEY, 441 GRAMERCY BLVD, SPARTANBURG, SC 29301

10925   GOAD, STEPHEN, 1506 KAREN LANE, IOWA PARK, TX 76367

10925   GOAL QPC INC, 2 MANOR PKWY, SALEM, NH 03079-2841

10925   GOATLEY, C, 6201 GREENVIEW DRIVE, LOUISVILLE, KY 45216

10924   GOBBLE & CALLAHAN CONCRETE INC, HWY 150 & 64, LEXINGTON, NC 27292

10924   GOBBLE & CALLAHAN CONCRETE, 4061 GILES RD, LEXINGTON, NC 27292

10924   GOBBLE & CALLAHAN INC, 4061 GILES ROAD, LEXINGTON, NC 27292

10925   GOBEL, ANNE, 15082 EDGEMOOR STREE, SAN LEANDRO, CA 94579

10925   GOBEN, JEANETTE, 920 MICHIGAN ST, GREENFIELD, IN 46140

10925   GOBER MD, LL, 403 WOODLANDS AVE, VICTORIA, TX 77904

10925   GOBER, DAVID, 5516 B W 18TH, ODESSA, TX 79763

10925   GOBERT, PAMELA, 1207 FIFTH AVE, LAKE CHARLES, LA 70601

10925   GOBERVILLE, LEE, RR 1 BOX 82, MOMENCE, IL 60954

10925   GOBLE, BILLIE, PO BOX 65, LANGLEY, KY 41645

10925   GOBLE, EDWARD, PO BOX 397, LITHIA, FL 33547

10925   GOBLE, REBECCA, 916 S MAIN ST, MARION, VA 24354

10925   GOBLE, RON, 305 MEADOW LK DR., EDMOND, OK 73034

10925   GOBLE, SANDRA, 110 BLUE RIVER, PRESTONBURG, KY 41607

10925   GOCLON, GLENN, 2725 JANELLE DRIVE, SPARKS, NV 89431

10925   GOD, INC, PO BOX 100, SOUTH KEARNY, NJ 07032-0100

10925   GOD,INC, PO BOX 100, KEARNY, NJ 07032

10924   GODAN INDUSTRIES, 5522 MAPLE AVE, DALLAS, TX 75235

10924   GODAN INDUSTRY, 15600 COMMERCE PARK DRIVE, BROOK PARK, OH 44142

10924   GODAN INDUSTRY, 436 HAYDEN STATION, WINDSOR, CT 06095

10924   GODAN INDUSTRY, 5606 HARVEY WILSON ROAD, HOUSTON, TX 77020

10925   GODAR, EDITH, 11704-103RD NE, JUANITA, WA 98034

10925   GODARD, FRANCES, 3618 ROYAL COURT, N, LAKELAND, FL 33813-9001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GODBEE, RICHARD, 1530 SPRINGWOOD DRIVE, FORT COLLINS, CO 80525 | |
| 10925 | GODBEY, JAMES, 2268 QUEBEC ROAD, CINCINNATI, OH 45214 | |
| 10925 | GODBOLD, JOANNE, 1034 DOUGLAS, ACT SPRINGS, FL 32714 | |
| 10925 | GODBOLDT, ROBERT, 4727 ACORN DRIVE SOUTH, LAKELAND, FL 33809-2403 | |
| 10925 | GODBOLT, GEORGE, 318 PLAYER DRIVE, HIGH POINT, NC 27260 | |
| 10925 | GODBOLT, MILTON, 1331 WALNUT ST, READING, PA 19604 | |
| 10924 | GODDARD CONCRETE, 10100 N.E. 10TH, OKLAHOMA CITY, OK 73117 | |
| 10924 | GODDARD CONCRETE, 3101 NE 10TH ST., OKLAHOMA CITY, OK 73117 | |
| 10924 | GODDARD CONCRETE, 3101 NO. EAST 10TH, OKLAHOMA CITY, OK 73117 | |
| 10924 | GODDARD CONCRETE, 3101 NO.EAST 10TH, OKLAHOMA CITY, OK 73117 | |
| 10925 | GODDARD, JENNIFER, 4167 KLONDIKE RD, LITHONIA, GA 30038 | |
| 10925 | GODDARD, KEN, 25 KELSEY WAY, PALMETTO, GA 30268 | |
| 10925 | GODDARD, MICHAEL, 97 CONANT RD., NASHUA, NH 03062 | |
| 10925 | GODDARD, OTTIS, 7030 HOBGOOD RD PO#142, FAIRBURN, GA 30213 | |
| 10925 | GODDARD, RONALD, 316 W LEGION BLVD, OWENSBORO, KY 42303 | |
| 10925 | GODDARD, THOMAS D, 3038 KEEL AVE, BREMERTON, WA 98310-5217 | |
| 10925 | GODEK, CHRISTINE, 54 WARWICK ROAD, CHICOPEE, MA 01020 | |
| 10925 | GODEKE, DIRECTOR, RANDY, PO BOX 83061, BIRMINGHAM, AL 35283-0618 | |
| 10925 | GODETTE, AL, 4700 BRAMBLE WAY, SHREVEPORT, LA 71118 | |
| 10925 | GODETTE, SONJI, 2205 NEW GARDEN RD 403, GREENSBORO, NC 27410 | |
| 10925 | GODETTE, SR, AL, 4700 BRAMBLE WAY, SHREVEPORT, LA 71118 | |
| 10925 | GODFREY, ELIZABETH, 8608 MAYWOOD DRIVE, COLUMBIA, SC 29209 | |
| 10925 | GODFREY, EVELYN, 409 POPLAR DRIVE, GREER, SC 29651 | |
| 10925 | GODFREY, FONREE, 4224 N 35TH WAY, PHOENIX, AZ 85018 | |
| 10925 | GODFREY, GEORGE, 199 NORTH WATSON RD., EASLEY, SC 29642-8121 | |
| 10925 | GODFREY, GLENN, 14114 WADEBRIDGE, HOUSTON, TX 77015 | |
| 10925 | GODFREY, HOWARD, 3252 S HWY 14, GREENVILLE, SC 29615 | |
| 10925 | GODFREY, JAMES, 504 E 2ND AVE, EASLEY, SC 29640 | |
| 10925 | GODFREY, JENELL, PO BOX 941, WOODRUFF, SC 29388-0941 | |
| 10925 | GODFREY, LARRY, 4506 HIGHLAND LAND, LAKELAND, FL 33813 | |
| 10925 | GODFREY, MARGARET, 203 MARY HANNA RD, WOODRUFF, SC 29388 | |
| 10925 | GODFREY, MEG, 835 5TH ST #2, SANTA ROSA, CA 95404 | |
| 10925 | GODFREY, MILDRED, 2662 MONROE AVE, BATON ROUGE, LA 70802 | |
| 10925 | GODFREY, RANDY, 409 POPLAR DR, GREER, SC 29651 | |
| 10925 | GODFREY, REGINA, 550 LEE ROAD, OPELIKA, AL 36801 | |
| 10925 | GODFREY, SHEILA, PO BOX 161, ROANOKE RAPIDS, NC 27870 | |
| 10925 | GODFREY, SUSMAN, STEPHEN D SUSMAN, & GEOFFREY L HARRIS, 1000 LOUISIANA ST, SUITE 5100, HOUSTON, TX 77002-5096 | |
| 10925 | GODIN, DAVID, 14807 S LAWNDALE, MIDLOTHIAN, IL 60445 | |
| 10925 | GODIN, DAVID, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | GODIN, MARC, 79 VINTON ST, MANCHESTER, NH 03103 | |
| 10925 | GODING, CRAIG, 3746 WEST PINE GROVE #2E, CHICAGO, IL 60613 | |
| 10925 | GODINO, DAVID, 4844 MATTERHORN, WICHITA FALLS, TX 76310 | |
| 10925 | GODINO, LAURA, 44 W SIDNEY AVE, MT VERNON, NY 10550 | |
| 10925 | GODINO-PIKE, MARY, 1725 CLIFFSIDE DR, WICHITA FALLS, TX 76302 | |
| 10925 | GODKIN, JOHN, 2115 CALAIS WAY, ARLINGTON, TX 76006 | |
| 10924 | GODLEY HIGH SCHOOL, 9401 NORTH HIGHWAY 171, GODLEY, TX 76044 | |
| 10925 | GODOY, ELISABETH, 535 LIVE OAK ROAD, VERO BEACH, FL 32963-1355 | |
| 10925 | GODOY, G, 3443 ESPLANADE APT. 739, NEW ORLEANS, LA 70119 | |
| 10925 | GODOY, JUAN, 535 LIVE OAK ROAD, VERO BEACH, FL 32960-1355 | |
| 10925 | GODOY, JUAN, 9256 WAKEFIELD AVE, 7, PANORAMA CITY, CA 91402 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10925 | GODOY, PRIMITIVA, 3314 SPRINGMEADOW LN, GRAND PRAIRIE, TX 75052 |
| 10925 | GODOY-MANCERA, JUAN, 9256 WAKEFIELD AVE., 7, PANORAMA CITY, CA 91402 |
| 10925 | GODSEY, DEBORAH, 2426 WEST 600 NORTH, WEST LAFAYETTE, IN 47906 |
| 10925 | GODSHALK, TERI, PO BOX 3416, STUART, FL 34995 |
| 10925 | GODSHALL & GODSHALL, PO BOX 1984, GREENVILLE, SC 29602 |
| 10925 | GODWIN PUMPS OF AMERICA, PO BOX 191, BRIDGEPORT, NJ 08014 |
| 10925 | GODWIN PUMPS OF MARYLAND, INC, 1406 RITCHIE MARLBORO RD., N D1, CAPITOL HEIGHTS, MD 20743 |
| 10925 | GODWIN, BALBEER, 2105 SCARLET OAKS, RICHARDSON, TX 75081 |
| 10925 | GODWIN, DAVID, 702 HWY 92, GRAY COURT, SC 29645 |
| 10925 | GODWIN, DEBRA, 545 NEW CREECH RD, SELMA, NC 27576 |
| 10925 | GODWIN, EVELYN, PMB 225, 3419 VIRGINIA BEACH BLVD, VIRGINIA BEACH, VA 23452-4419 |
| 10925 | GODWIN, GLENDA, RT 3 BOX 1743, NOCONE, TX 76255 |
| 10925 | GODWIN, HUEY, ROUTE 6, PRESCOTT, AR 71857 |
| 10925 | GODWIN, L, 702 HWY 92, GRAY COURT, SC 29645 |
| 10925 | GODWIN, LEJON, 5701 HOLLY TRACE DR., ANNISTON, AL 36201 |
| 10925 | GODWIN, MARGIE, 1384C US 70A, SELMA, NC 27576 |
| 10925 | GODWIN, NORMAN, 3419 VIRGINIA BEACH BLVD, VIRGINIA BEACH, VA 23452-4419 |
| 10925 | GODWIN, TODD, 9566 W. LAKE PLACE, E32, LITTLETON, CO 80123 |
| 10925 | GODZWON, MICHAEL, 5 CARP ROAD, MILFORD, MA 01757 |
| 10925 | GOEBEL, ALBA, 798 HARTSDALE RD WEST, WHITE PLAINS, NY 10607 |
| 10925 | GOEBEL, RICHARD, 1310 OAK HOLLOW, FRIENDSWOOD, TX 77546 |
| 10925 | GOEDDAEUS, C, 2515 E. HUNTER LAKE RD, EAGLE RIVER, WI 54521 |
| 10924 | GOEDECKE, VERNON L., **TO BE DELETED**', LOUISVILLE, KY 40213 |
| 10924 | GOEDECKE, VERNON L., 1011 E. COLUMBIA STREET, EVANSVILLE, IN 47711 |
| 10924 | GOEDECKE, VERNON L., 1330 TILE FACTORY LANE, LOUISVILLE, KY 40213 |
| 10924 | GOEDECKE, VERNON L., 3208 B. LEMONE INDUSTRIAL BLVD., COLUMBIA, MO 65201 |
| 10924 | GOEDECKE, VERNON L., 4101 CLAYTON  AVE., SAINT LOUIS, MO 63110 |
| 10924 | GOEDECKE, VERNON L., 4101 CLAYTON AVE, SAINT LOUIS, MO 63110 |
| 10924 | GOEDECKE, VERNON L., 4101 CLAYTON AVE., SAINT LOUIS, MO 63110 |
| 10924 | GOEDECKE, VERNON L., 4250 RT. 48 NORTH, DECATUR, IL 62526 |
| 10924 | GOEDECKE, VERNON L., 540 S. 12TH STREET, KANSAS CITY, KS 66105 |
| 10925 | GOEHRING, SUE, 5577 33RD AVE., CENTER POINT, IA 52213 |
| 10925 | GOEL, PAWAN, 2 TAYLOR ST, MEDFORD, MA 02155 |
| 10925 | GOELZ, GLORIA, 3820 LEEWAY CT, SEBRING, FL 33875-5520 |
| 10925 | GOELZ, KENNETH, 3820 LEEWAY CT, SEBRING, FL 33875-5520 |
| 10925 | GOEPPINGER, ALAN L, 4099 W 71ST ST, CHICAGO, IL 60629 |
| 10925 | GOEPPINGER, ALAN, 8831 KENNETH TERR, SKOKIE, IL 60076 |
| 10925 | GOERGES, BRIAN, 2203 TIMBER LANE, FINKSBURG, MD 21048 |
| 10925 | GOERGES, INGER, 3106 MCGUFFEY RD., COLUMBUS, OH 43224 |
| 10925 | GOERING, ARNOLD, 1101 MCADOO AVE, BALTIMORE, MD 21207 |
| 10925 | GOERING, ROBERT A, PO BOX 5320, CINCINNATI, OH 45201-5320 |
| 10925 | GOERLITZER, FRED, 3138 BRISTLE BRANCH, SPARKS, NV 89431 |
| 10925 | GOERNER, JOHN, 1123 GREENWICH ST, READING, PA 19604 |
| 10925 | GOETHE, DOUGLAS, 815 N GORDON ST, POMONA, CA 91768 |
| 10925 | GOETHE, MARTHA, 1474 A SEACOAST DR, IMPERIAL BEACH, CA 91932 |
| 10925 | GOETTEL, KATHY, 7960 DOLLMAN ROAD, PITTSBURGH, PA 15235 |
| 10925 | GOETTSCHE, LEONARD, 906 ALDRIN ST, MT PLEASANT, IA 52641 |
| 10925 | GOETZ, CLARENCE, 316 GRALAN ROAD, BALTIMORE, MD 21228-4211 |
| 10925 | GOETZ, JOSEPH, 7096 MASONVILLE-HABIT RD, PHILPOT, KY 42366 |
| 10925 | GOETZ, LISA, 115 MOCKINGBIRD CT., THREE BRIDGES, NJ 08887 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GOFF JR, WILLIAM, 5104 SOUTH FARKAS ROAD, PLANT CITY, FL 33566-9998

10925   GOFF, KAREN, 4102 S. ASBURY ST., INDIANAPOLIS, IN 46227

10925   GOFF, MICHAEL, 1130 S GORDON AVE, BARTOW, FL 33830-6251

10925   GOFF, ROBERT, 8776 GRANDEE DR., ORLANDO, FL 32829

10925   GOFFARD, RAY, N5265 CTY TRK E, DEPERE, WI 54115

10925   GOFFER, WILLIE, 7929 7TH COURT SOUTHBIRMINGHAM AL, BIRMINGHAM, AL 35206

10925   GOFFIGAN, JANELLE, 5500 N. MORGAN ST., ALEXANDRIA, VA 22312

10925   GOFFIGAN, RENEE, 1008 BARNEY ST, NORFOLK, VA 23504

10925   GOFFNEY, JACK, 550 NORMANDY #1525, HOUSTON, TX 77015

10925   GOFORTH, BOBBY, 239 NORRIS ROAD, SPARTANBURG, SC 29303

10925   GOFORTH, CHRIS, 212 BEECH SPRINGS ROAD, DUNCAN, SC 29334

10925   GOFORTH, HOLLY, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   GOFORTH, LINDA, 14018 WADENSBORO RD, PONCHATOULA, LA 70454

10925   GOFORTH, R, 969 FLOYD AVE, MEMPHIS, TN 38127

10925   GOGA, JOHN M, 22 SPRING ST, RED BANK, NJ 07701

10925   GOGA, JOHN, 22 SPRING ST, RED BANK, NJ 07701

10925   GOGAL, C, 4160 LOCKHAVEN LANE, RIVERSIDE, CA 92505

10925   GOGGIN, JENNIE, 7927 E LOMA LAND, SCOTTSDALE, AZ 85257-3741

10925   GOGGIN, LYNN, 5441 ADAMS RD, DELRAY BCH, FL 33484

10925   GOGGINS, LYNETTE, 2108 THOMAS COURT, JACKSONVILLE, FL 32207

10925   GOGOL, EDWARD, 9099 CAVATINA PLACE, BOYNTON BEACH, FL 33437

10925   GOGOL, MARGARET, 9099 CAVATINA PLACE, BOYNTON BEACH, FL 33437

10925   GOH, SAY-MIN, BLK 363, YUNG AN ROAD 09-137, 610363                      *VIA Deutsche Post*

10924   GOHMANN ASPHALT & CONSTRUCTION, 1630 BROADWAY, CLARKSVILLE, IN 47131

10924   GOHMANN ASPHALT & CONSTRUCTION, 747 GRADE LANE, LOUISVILLE, KY 40213

10924   GOHMANN ASPHALT & CONSTUCTION, 1213 W. TROY STREET, INDIANAPOLIS, IN 46225

10925   GOHMANN CONST., ATTN: PETER HARDSAW, CLARKSVILLE, IN 47131

10924   GOHMANN CONSTRUCTION, 1630 BROADWAY, CLARKSVILLE, IN 47131

10925   GOHN, PETER, PO BOX 2, CLOVIS, CA 93613

10925   GOHR, MICHAEL, 947 LARDS ROAD, CLEVER, MO 65631

10925   GOINGS, TIMOTHY, PO BOX 64, MT. HERMON, LA 70450

10925   GOINS UNDERKOFLER CRAWFORD AND, 1601 ELM ST, DALLAS, TX 75201

10925   GOINS, JOHN, BOX 150, MOUNDVILLE, AL 35474

10925   GOINS, MARTHA, 4172 S MEMORIAL PKWY, HUNTSVILLE, AL 35802

10925   GOINS, MARY, 495 BUSH MILL RD., BREMEN, GA 30110

10925   GOINS, ONA, PO BOX 150, MOUNDVILLE, AL 35474

10925   GOINS, SUSAN, 7121 SYLAR RD., OOLTEWAA, TN 37363

10925   GOINS, UNDERKOFLER, CRAWFORD &, 1601 ELM ST, DALLAS, TX 75201

10925   GOINS, UNDERKOFLER, CRAWFORD, 3300 THANKSGIVING TOWER, 1601 ELM ST, DALLAS, TX 75201

10925   GOINS, WANDA, 1752 ROCKCREEK DAIRY, WHITSETT, NC 27377

10925   GOJE, VALERIA, 525 BEACON AVE, SINKING SPRIN, PA 19608

10925   GOKE, ROBBIE W, 3200 WESTWOOD RD.,#93, WESTLAKE, LA 70669

10925   GOKE, ROBBIE, 3200 WESTWOOD RD LOT #93, WESTLAKE, LA 70669

10925   GOKENBACH, DEBORAH, 106 THORNAPPLE WAY, SIMPSONVILLE, SC 29681

10925   GOLAN, RALPH T, 928 BROADWAY E, SEATTLE, WA 98102-4529

10925   GOLBAL STONE CHEMSTONE CORPORATION, PO BOX 71, STRASBURG, VA 22657-0071

10925   GOLD AND POLANKSY CHTD, 203 N. LASALLE ST., #1410, CHICAGO, IL 60601

10924   GOLD BOND BLDG PROD, NATL GYPSUM DIV, KENMORE, NY 14217

10925   GOLD BOND BLDG PRODUCTS/NATIONAL GY, US HWY NO 50, SHOULS, IN 47581

10924   GOLD BOND BUILDING PRODUCTS, 1650 MILITARY ROAD, BUFFALO, NY 14217

10925   GOLD COAST BUILDERS ASSOC., 2101 CORPORATE DR, BOYNTON BEACH, FL 33426

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GOLD COAST FIRE EQUIP., 1065 SILVER BCH RD # 4, WEST PALM BEACH, FL 33403

10924   GOLD COAST INGREDIENTS, 2429 YATES AVENUE, LOS ANGELES, CA 90040

10924   GOLD CONCOURSE FIS SHELL, C/O CUSTOM DRYWALL, ST. PAUL, MN 99999

10925   GOLD CUP COFFEE SERVICE, PO BOX 2925, RESTON, VA 22090

10925   GOLD CUP COFFEE SERVICE, PO BOX 669, ANNAPOLIS JUNCTION, MD 20701

10924   GOLD HILL ELEMENTARY SCHOOL, 1025 DAVE GIBSON RD., FORT MILL, SC 29715

10924   GOLD INDUSTRIAL SUPPLY, P.O. BOX 293, LAFAYETTE HILL, PA 19444

10925   GOLD JR, JAMES, 16 REXFORD ROAD, WEST CORNWALL, CT 06796

10925   GOLD JT TEN, BERT C & HERTHA, 1739 CORINTH AVE, WEST LOS ANGELES, CA 90025-4210

10925   GOLD STAFF CONSULTANTS, 204 W CUMMINGS PK,SUITE 14, WOBURN, MA 01810

10925   GOLD STAFF CONSULTANTS, 204 W. CUMMINGS PARK, SUITE 14, WOBURN, MA 01801-8341

10925   GOLD STAFF CONSULTANTS, PO BOX 7247 - 8341, PHILADELPHIA, PA 19170-8341

10925   GOLD STAR OF AMERICA INC, 355 W 2ND ST 265, CALEXICO, CA 92231

10925   GOLD, BRINTON, 77-717 EDINBOROUGH ST, PALM DESERT, CA 92260

10925   GOLD, DORLIS, 29 BELMONT CT, PLEASANT HILL, CA 94523

10925   GOLD, LEE B, 4030 CAMINO DE LA CUMBRE, SHERMAN OAKS, CA 91423-4522

10925   GOLD, ROBERT, 79 CODMAN ROAD, NORWOOD, MA 02062

10925   GOLDA JACKSON &, VALERIE A JACKSON JT TEN, 138 EAST 36TH ST APT 9B, NEW YORK, NY 10016-3507

10925   GOLDAY, JOHN A, 1993 WESLEY DR, HENDERSON, KY 42420-9191

10925   GOLDBERG PERSKY JENNINGS WHITE, 1030 FIFTH AVE, THIRD FL, PITTSBURGH, PA 15219

10925   GOLDBERG PERSKY JENNINGS WHITE, 4901 TOWNE CENTRE ROAD, SUITE 310, SAGINAW, MI 48604

10925   GOLDBERG, ANDREA, 5709 BENT BRANCH RD, BETHESDA, MD 20816

10925   GOLDBERG, DAVID, 1709 KING MOUNTAIN ROAD, CHARLOTTESVILLE, VA 22901

10925   GOLDBERG, DONALD, 21 WESTLAKE COURT, SOMERSET, NJ 08873

10925   GOLDBERG, GERALD, 1509 STONE CANYON RD, LOS ANGELES, CA 90077-1910

10925   GOLDBERG, JEFFREY, 86 HAWTHORNE AVE, PARK RIDGE, NJ 07656

10925   GOLDBERG, LUCILLE, 1801 SO FLAGLER DR APT #809, W PALM BEACH, FL 33401-7346

10925   GOLDBERG, SIDNEY, 1 SHORR COURT, WOONSOCKET, RI 02895

10925   GOLDBERGER & ASSOCIATES, 100 YORK ST - SUITE 12-0, NEW HAVEN, CT 06511

10925   GOLDBERGER BARBARA MAY, 7 DERBY DR, PEEKSKILL, NY 10566-2560

10925   GOLDBERGER, GEORGE S, 800 FIFTH AVE, NEW YORK, NY 10021

10925   GOLDBLATT, ANNA, 6315 FORBES AVE, PITTSBURGH, PA 15217-1745

10925   GOLDBLATT, ARTHUR, 83 EAST AVE ROOM 104, NORWALK, CT 06851-4902

10924   GOLDEN ALUMINUM, 14555 OLD CORPUS CHRISTI, ELMENDORF, TX 78112

10924   GOLDEN ARTIST COLOR, INC., 188 BELL ROAD, NEW BERLIN, NY 13411

10924   GOLDEN BEE INC., 104 WENLOCK CT., PRINCETON, NJ 08540

10925   GOLDEN EAGLE PRODUCTS, 218 TOLEDO ST, CAREY, OH 43316

10925   GOLDEN EAGLE SYSTEMS INC, 2161 HUTTON DR #126, CARROLLTON, TX 75006

10924   GOLDEN EMPIRE CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, BAKERSFIELD, CA 93389

10924   GOLDEN EMPIRE CONCRETE CO., 1316 POSO ROAD, WASCO, CA 93280

10924   GOLDEN EMPIRE CONCRETE CO., 216 MT VERNON STREET, BAKERSFIELD, CA 93307

10924   GOLDEN EMPIRE CONCRETE CO., ATTN:  ACCOUNTS PAYABLE, BAKERSFIELD, CA 93389

10925   GOLDEN ENGINEERING, 6364 MEANS ROAD, CENTERVILLE, IN 47330

10924   GOLDEN FIELD GREENHOUSES, 1130 WASHINGTON ST., CASTROVILLE, CA 95012

10924   GOLDEN FIELD GREENHOUSES, 1130 WASHINGTON STREET, CASTROVILLE, CA 95012

10924   GOLDEN FOODS/GOLDEN BRAND, 2500 S. SEVENTH STREET ROAD, LOUISVILLE, KY 40208

10924   GOLDEN FOODS/GOLDEN BRAND, PO BOX 398, LOUISVILLE, KY 40201

10925   GOLDEN GATE PETROLEUM, PO BOX 44550, SAN FRANCISCO, CA 94144

10925   GOLDEN GATE TRUCK CENTER, 8200 BALDWIN ST, OAKLAND, CA 94621

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924　GOLDEN GRAIN, 7 NEW LANCASTER ROAD, LEOMINSTER, MA 01453

10924　GOLDEN GRAIN, 7700 W. 71ST. STREET, BRIDGEVIEW, IL 60455

10925　GOLDEN GUERNSEY, 121 S 2ND AVE, MIDDLETON, WI 53562-0828

10925　GOLDEN GUERNSEY, QUARLES & BRADY GEORGE MAREK, 411 EAST WI AVE, MILWAUKEE, WI 53202

10925　GOLDEN GUERNSEY, QUARLES & BRADY JANE F CLOKEY, PO BOX 2113, MADISON, WI 53701-2113

10924　GOLDEN HARVEST FRUIT CO, 478 N.W. U.S. 1, INDRIO, FL 34946

10924　GOLDEN HILL HEALTHCARE, FOR TRI STATE URETHANE, 657 ROUTE 17 K, MONTGOMERY, NY 12549

10924　GOLDEN ISLE CONCRETE CO.,INC., US 1 2ND STREET, FOLKSTON, GA 31537

10924　GOLDEN SPREAD READY MIX, HWY 67 & BELTLINE RD, CEDAR HILL, TX 75104

10924　GOLDEN SPREAD REDI INC, PO BOX 31660, AMARILLO, TX 79120

10924　GOLDEN SPREAD REDI MIX, 400 W 1ST, AMARILLO, TX 79101

10924　GOLDEN SPREAD REDI MIX, P. O. BOX 31660, AMARILLO, TX 79120

10925　GOLDEN STATE FIRE PROTECTION INC, PO BOX 3697, FONTANA, CA 92334

10924　GOLDEN STATE NURSERY, 3300 ALLEN RD., BAKERSFIELD, CA 93312

10925　GOLDEN TOUCH CATERING, INC, 1319 HILL CREST RD, CINCINNATI, OH 45224

10925　GOLDEN TRIANGLE CONCRETE CO, PO BOX 31279, SAINT LOUIS, MO 63131-0279

10924　GOLDEN TRIANGLE CONSTRUCTION, 40 PARTRIDGE LANE, IMPERIAL, PA 15126

10924　GOLDEN TRIANGLE CONSTRUCTION, 40 PATTRIDGE LANE, IMPERIAL, PA 15126

10924　GOLDEN TRIANGLE CONSTRUCTION, BELLE VERNON, PA 15012

10925　GOLDEN WEST CIRCUITS, 624 POINSETTIA ST, SANTA ANA, CA 92701

10924　GOLDEN WEST PIPE & SUPPLY, 11700 WOODRUFF AVE, DOWNEY, CA 90241-5681

10925　GOLDEN, ANN W, 1218 COX RD, RYDAL, PA 19046-1207

10925　GOLDEN, BETTY, 78 GLENN EAGLES WAY, HIRAM, GA 30141

10925　GOLDEN, CLIFTON, 7516 RACE ROAD, HANOVER, MD 21076

10925　GOLDEN, HORACE, 116 N. HOSPITAL ST., GREENWOOD, SC 29646

10925　GOLDEN, JR, MACK, 2325 13TH ST, LAKE CHARLES, LA 70605

10925　GOLDEN, LERLINE, 726 RUSTLAND DR, FAYETTEVILLE, NC 28301

10925　GOLDEN, MARK, PO BOX 162, GREENLEAF, WI 54126

10925　GOLDEN, MARTIN, 2 SCENIC VISTA DR, NEW CITY, NY 10956

10925　GOLDEN, MARTIN, 2 SCENIC VISTA DRIVE, NEW CITY, NY 10956

10925　GOLDEN, NEIL, 5930 134TH PLACE SE, BELLEVUE, WA 98006-4122

10925　GOLDEN, PAUL, 411 S SKAGGS ROAD, CLARKSVILLE, AR 72830

10925　GOLDEN, REGGIE, PO BOX 328, LONGMONT, CO 80501

10925　GOLDEN, THERESA, 108 KING ST, MANVILLE, NJ 08835

10925　GOLDEN, TONYA, PO BOX 1321, ALEXANDER CITY, AL 35010

10925　GOLDENS COMPANIES, PO BOX 328, LONGMONT, CO 80501

10925　GOLDER ASSOCIATES INC, 15603 W HARDY DR #345, HOUSTON, TX 77060

10925　GOLDER ASSOCIATES INC, 210 JOHN GLENN DR.,STE 1, AMHERST, NY 14228

10925　GOLDER ASSOCIATES INC, 3730 CHAMBLEE TUCKER ROAD, ATLANTA, GA 30341

10925　GOLDER ASSOCIATES INC., POBOX 102609, ATLANTA, GA 30368-0609

10925　GOLDER ASSOCIATES, PO BOX 102609, ATLANTA, GA 30368-0609

10925　GOLDER, THOMAS, 6 WOODHOLLOW DRIVE, LAKE WYLIE, SC 29710-8920

10925　GOLDFARB & AJELLO, 24 EAST AVE., NEW CANAAN, CT 06840-5516

10924　GOLDFARB ELECTRICAL SUPPLY, 106 VIRGINIA STREET EAST, CHARLESTON, WV 25301

10925　GOLDFARB, AMY, 134 S CROSS ROAD, BRADFORD, MA 01835

10925　GOLDFEIN JOSEPH, 17TH FL PACKARD, PHILADELPHIA, PA 19102

10925　GOLDFELD, HAYLEY, 9059 NW 49TH COURT, CORAL SPRINGS, FL 33067

10925　GOLDFUSS, CHRISTINE, 33 SHANNON TRAIL, PELZER, SC 29669

10925　GOLDIE GREENBERGER, 2427 MILTON RD, UNIVERSITY HTS, OH 44118-4634

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GOLDIE KREBS, 1501 W ARCH ST, COAL TWNSHIP, PA 17866-1739

10925   GOLDIN JT TEN, ARNOLD & ELAINE, 28795 SAN CARLOS, SOUTHFIELD, MI 48076-2378

10925   GOLDIN, BARRY, 4300 NW 28TH AVE, BOCA RATON, FL 33434

10925   GOLDIN, MAUREEN, 6 SYLVAN WAY, WAYLAND, MA 01778

10925   GOLDING, ELAINE, 1112 GOLDEN EAGLE DR, NORMAN, OK 73072

10925   GOLDING, RICARDO, 1356 DELWOOD ST, VALLEJO, CA 94591

10924   GOLDKIST POULTRY PROCESSING, PLANT #1 GOLDKIST STREET, BOAZ, AL 35957

10925   GOLDLINE INTERNATIONAL, 110 NORTH SHAVER, PASADENA, TX 77506

10925   GOLDLINE INTERNATIONAL, PO BOX 266062, HOUSTON, TX 77207

10925   GOLDMAN ASSOC., 6660 SECURITY BLVD., #9, BALTIMORE, MD 21207

10925   GOLDMAN ASSOCIATES, PO BOX 21573, SAINT LOUIS, MO 63132

10925   GOLDMAN ENVIRONMENTAL CONSULTANTS I, GREAT POND CENTER, RANDOLPH, MA 02368

10925   GOLDMAN ENVIRONMENTAL CONSULTANTS, 15 PACELLA PARK DR, RANDOLPH, MA 02368

10925   GOLDMAN ENVIRONMENTAL CONSULTANTS, 60 BROOKS DR, BRAINTREE, MA 02184

10925   GOLDMAN PROMOTIONS, 10515 LIBERTY AVE, POBOX 21573, SAINT LOUIS, MO 63132

10925   GOLDMAN PROMOTIONS, PO BOX 21573, SAINT LOUIS, MO 63132

10925   GOLDMAN, BUDDY, 147 WAREHAM ST, MIDDLEBORO, MA 02346

10925   GOLDMAN, JOAN, 6 ALEXINE AVE, EAST ROCKAWAY, NY 11518

10925   GOLDMAN, OSCAR, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   GOLDMAN, WILLIAM J, 930 E RITTENHOUSE ST, PHILADELPHIA, PA 19138

10925   GOLDMANS TRUE VALUE, 2615 COLUMBIA HWY. N., AIKEN, SC 29805

10925   GOLDNEY, ANNE, 6480 KATHERINE RD, #44, SIMI VALLEY, CA 93063

10925   GOLDRING, ABRAHAM, 901 AVE H, BROOKLYN, NY 11230

10925   GOLDSBERRY, HOWARD, R. R., BOX 141, MINBURN, IA 50167

10925   GOLDSBERRY, KELLIE, 335 E. SAN AUGISTINE, DEER PARK, TX 77536

10925   GOLDSBOROUGH, WILLIAM, 1796 ALEPO, THOUSAND OAKS, CA 91360

10925   GOLDSBY, SHANTELL, 7300 BURRWOOD DR., E, STL LOUIS, MO 63121

10925   GOLDSMITH, DENNIS, 365 WEBER CIRCLE APTAPT 6 B, AUSTELL, GA 30001

10925   GOLDSMITH, GAIL, PO BOX 5822, GREENVILLE, SC 29606-5822

10925   GOLDSMITH, MARY, 547 SAINT MARK ROAD, TAYLORS, SC 29687-9803

10925   GOLDSMITH, TERRI, 4604 STANDFORD, WICHITA FALLS, TX 76308

10925   GOLDSTAR MEX, 2401 PORTICO BLVD, CALEXICO, CA 92231

10925   GOLDSTEIN JT TEN, STEVEN R & JUDY W, 1140 SANDER COURT, ESCONDIDO, CA 92026-3231

10925   GOLDSTEIN OFFICE FURNITURE & SYSTEM, 156 LINCOLN ST, BRIGHTON, MA 02135-0001

10925   GOLDSTEIN, ANNE B, 90 JENSEN ROAD, PO BOX 920, BELCHERTOWN, MA 01007-0920

10925   GOLDSTEIN, EMANUEL, 549 WEST 123RD ST APT 6F, NEW YORK, NY 10027-5073

10925   GOLDSTEIN, HARVEY, 1 ALBERT DR #8, WOBURN, MA 01801

10925   GOLDSTEIN, MARK, PO BOX 1218, COBB MT., CA 95426

10925   GOLDSTEIN, PATRICIA, 2316 WILD TURKEY RD, NEWBERN, NC 28562

10925   GOLDSTEIN, PAUL, 1272 FOLKSTONE DR, PITTSBURGH, PA 15243

10925   GOLDSTEIN, RENEE, CUST FOR NEIL GOLDSTEIN, UNIF GIFT MIN ACT ILL, 5734 DESOTO DR,
        SANTA ROSA, CA 95409-4302

10925   GOLDSTEIN, SANFORD, 7453 GITHENS AVE, PENNSAUKEN, NJ 08109

10925   GOLDSTONE & SUDALTER P.C., PO BOX 67397, CHESTNUT HILL, MA 02167

10924   GOLDSTON'S BUILDING SUPPLY, *MARKED FOR DELETION PER LORI RILEY, 4900 HWY. 98 WEST,
        WAKE FOREST, NC 27587

10924   GOLDSTON'S BUILDING SUPPLY, 4900 HWY 98 WEST, WAKE FOREST, NC 27587

10925   GOLDTHWAITE, DAWN M, 131 POND ST, DUNSTABLE MA, MA 01827

10925   GOLEBIOWSKA, MALGORZATA, 4 PATRIOTS LANE, ESSEX, MA 01929

10925   GOLEMBIEWSKI, LINDA, 180 DYKES RD., MOBILE, AL 36608

10925   GOLENO, RICHARD, 5060 CIMARRON DR., LAKELAND, FL 33813-2544

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GOLEY, DOUGLAS, 4797 N HWY 14, GREER, SC 29651-6832

10925   GOLEZ, J, 700 EAST PULASKI HWY, ELKTON, MD 21921

10925   GOLF DIGEST, PO BOX 11605, DES MOINES, IA 50340-1605

10925   GOLF DIGEST, PO BOX 11606, DES MOINES, IA 50350-1606

10925   GOLF MAGAZINE, PO BOX 53732, BOULDER, CO 80322-3732

10925   GOLF PROFESSIONAL-PINEY BRANCH CLUB, PO BOX 697, HAMPSTEAD, MD 21074

10925   GOLF SCRAMBLE, PO BOX 486, GREENCASTLE, IN 46135

10924   GOLF VENTURE LLC, 110 SO PARK TERRACE, EDEN, NC 27288

10924   GOLF VENTURE LLC, 110 SOUTH PARK TERRACE, EDEN, NC 27288

10924   GOLF VENTURE LLC, SPRING CREEK ROAD, GREENVILLE, NC 27858

10924   GOLF VIEW DEVELOPEMENT CENTER, 9555 GOLF ROAD, DES PLAINES, IL 60016

10925   GOLFAIR EXXON SHOP, RICHARD ZINKHEN, 1027 GOLFAIR BLVD, JACKSONVILLE, FL 32209-4471

10925   GOLFAIR SHELL SERVICE, VIJAY PATEL, 860 GOLFAIR BLVD, JACKSONVILLE, FL 32209-4470

10925   GOLFSMITH INTERNATIONAL, INC, 11000 NORTH IH-35, AUSTIN, TX 78753

10925   GOLIAT, KAHRL, 227A CELCELIA ST., BUTLER, PA 16001

10925   GOLIAT, KENNETH, 227A CECELIA ST, BUTLER, PA 16001

10925   GOLIK, CELIA, 7413 N OLCOTT AVE, CHICAGO, IL 60631-4320

10925   GOLIN, NEIL, 35 E. 46 ST, BAYONNE, NJ 07002

10925   GOLISANO, LISA, 44 PARK ST, MILFORD, NH 03055

10925   GOLLADAY, W, 202 RONEY DRIVE, HOPKINSVILLE, KY 42240

10925   GOLLATZ GRIFFIN EWING MCCARTHY, 2 PENN CTR #1600, PHIALDELPHIA, PA 19102

10925   GOLLER, ANDREW, 9356 FLORAL AVE, BLUE ASH, OH 45242

10925   GOLLER, LISA, 440 EAST 81ST #4H, NEW YORK, NY 10028

10924   GOLLIN BLOCK & SUPPLY, 136 E MUNGER, MUNGER, MI 48747

10924   GOLLIN BLOCK & SUPPLY, 136 E. MUNGER ROAD, MUNGER, MI 48747

10925   GOLLIN, HANNAH R, 1260 N PROSPECT APT 9W, MILWAUKEE, WI 53202-3020

10925   GOLMINIAK, JOANNE, 25 PULASKI AVE, WALLINGTON, NJ 07057

10925   GOLOJUCH, CHRISTA, 6673 W. IMLAY, CHICAGO, IL 60631

10925   GOLOVCHENKO, ERIC, 196 WINTHROP ST, MEDFORD, MA 02155

10925   GOLSTON, EVA, 4141 VIRGINIA AVE, LOUISVILLE, KY 40211

10925   GOLTZ, GARY, 2233 CAMPUS AVE., UPLAND, CA 91786

10925   GOLTZ, MATTHEW, 94 MORSE ST, FOXBOROUGH, MA 02035

10925   GOLUBSKI, GARY, 10551 W WOODLAND AVE, WAUKEGAN, IL 60087-1606

10925   GOLUEKE, DENNIS, 375 S GRANDVIEW RD, GREEN BAY, WI 54311

10925   GOLUEKE, PAUL, 620 CONSTITUTION LANE, DEFOREST, WI 53532

10925   GOMAND, CARL, PO BOX 2085, GREEN BAY, WI 54306

10924   GOMAR NATIONAL INDUSTRIES, 1525 W. BLANCKE STREET, LINDEN, NJ 07036

10925   GOMBAR, MONICA, 4508 53RD ST, KENOSHA, WI 53142

10925   GOMES, ANTONE, 44 FRUIT ST, NEW BEDFORD, MA 02740-2064

10925   GOMES, FERNANDO, 864 NORTH MONTELLO, BROCKTON, MA 02401

10925   GOMES, JOHN MANUEL, 304 BOWSPRIT, APTOS, CA 95003-5858

10925   GOMES, KIM, 1366 BROADWAY APT #12N, SOMERVILLE, MA 02144

10925   GOMES, KYLE, 23 NOUVEAU PL, FAIRPORT, NY 14650

10925   GOMES, MONICA, 116 WASHINGTON ST, FARIHAVEN, MA 02719

10925   GOMES, PAUL, 35 NEWTOWNE CT. APT #142, CAMBRIDGE, MA 02139

10925   GOMES, SANDRA, 75 JERICHO RD, PELHAM, NH 03076

10925   GOMEZ ALICEA, RAMON, HC-BOX 6249 BO HATO NUEVO, GURABO, PR 00778

10925   GOMEZ CONSTRUCTION CO, 750 JACKSON AVE, WINTER PARK, FL 32789

10924   GOMEZ ENTERPRISES CURBETON, P O BOX 345, JAYA JACOB POSNER Z/N ZEELANDIA,     **\*VIA Deutsche Post\***
        CURACAO, ANT

10924   GOMEZ ENTERPRISES, 2401 NW 69TH STREET, MIAMI, FL 33147

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GOMEZ, ALFREDO, 515 HUISACHE ST, ROBSTOWN, TX 78380-2601

10925   GOMEZ, ANTONIO, 11333 RANCHITTO ST, EL MONTE, CA 91732

10925   GOMEZ, CANDELARIO, 2522 PAISANO ST., MISSION, TX 78572

10925   GOMEZ, DANIEL, 539 N GULF AVE, WILMINGTON, CA 90744

10925   GOMEZ, DAVID P, 1606 OAKLAND, MCALLEN TX, TX 78501

10925   GOMEZ, DEANNA, 117 WOODLAND RD, NEW PROVIDENCE, NJ 07974

10925   GOMEZ, DENNIS, 2508 WEST EASTWOOD, CHICAGO, IL 60625

10925   GOMEZ, DONNA, 6072 BELLA DONA, EL PASO, TX 79924

10925   GOMEZ, EFRAIN, 4908 ANNISTON AVE., BALDWIN PARK, CA 91706

10925   GOMEZ, ELIA, 8410 W 18TH, ODESSA, TX 79763

10925   GOMEZ, ELIZABETH, 4803 HAMILTON WOLFE, SAN ANTONIO, TX 78229

10925   GOMEZ, ELIZABETH, 687 W. PYRON, SAN ANTONIO, TX 78221

10925   GOMEZ, EMILIO, 19118 NW 77TH PL, MIAMI, FL 33015

10925   GOMEZ, FRANCISCO, 10316 BRAD HURST ST., WHITTIER, CA 90606

10925   GOMEZ, FRANCISCO, 1509 LINCOLN, FT WORTH, TX 76106

10925   GOMEZ, GUADALUPE, 215 ALAMOSA, SAN ANTONIO, TX 78210

10925   GOMEZ, HILARIO, 4361 ERICKSON, FT WORTH, TX 76114

10925   GOMEZ, JAIME, 2819 31ST, FORT WORTH, TX 76106

10925   GOMEZ, JAIME, 700 BRICKWELL AVE, MIAMI, FL 33130

10925   GOMEZ, JOHN, 10201 TELEPHONE #291, HOUSTON, TX 77001

10925   GOMEZ, JOSE, 7023 SHADY GROVE, SAN ANTONIO, TX 78227

10925   GOMEZ, JOSE, COND EL TAINO 1011, SAN JUAN, PR 00924

10925   GOMEZ, LORRAINE, 627 ADRIAN, SAN ANTONIO, TX 78213

10925   GOMEZ, LUPITA, 730 RYTKO ST., SAN DIEGO, CA 92114

10925   GOMEZ, MARIA, 2517 TYLER ST., CARSON, CA 90745

10925   GOMEZ, MARIA, 3201 8TH AVE, FT WORTH, TX 76110

10925   GOMEZ, MARIO, 1039 W 254TH ST #6, HARBOR CITY, CA 90710

10925   GOMEZ, MIGUEL, LA. CALLE 23-07, ZONA 15 VISTA HERMOSA11,     *VIA Deutsche Post*

10925   GOMEZ, NICOLE, 82 ROSEDALE AVE, TRENTON, NJ 08638

10925   GOMEZ, RAMON, 1500 N. PAULSEN AVE., COMPTON, CA 90222

10925   GOMEZ, RAYMOND, 405 W. PEARL ST., BUTLER, PA 16001

10925   GOMEZ, ROSA, 2819 NW 31ST, FORT WORTH, TX 76106

10925   GOMEZ, ROSEMARY, 2726 W.RANDOLPH, SAN ANGELO, TX 76903

10925   GOMEZ, SANDRA, 431 CABOT ST, BEVERLY, MA 01915

10925   GOMEZ, WILLIAM, 3627 W BOUQUET AVE, ANAHEIM, CA 92804

10925   GOMEZ-SANCHEZ, JUAN, 909 RICH DRIVE #108, DEERFIELD BEACH, FL 33441

10925   GOMEZ-SOLANO, MANUEL, 936 N ST, NW, WASHINGTON, DC 20001

10924   GOMIL S.R.L., AVENIDA ESPANA 1758, ASUNCION, 0PRY     *VIA Deutsche Post*

10925   GOMILA, STANLEY, 900 WESTGATE LANE, BOSSIER CITY, LA 71112-3540

10924   GOMOLJAK CONCRETE PRODUCTS, 1841 MCGUCKIN STREET, ANNAPOLIS, MD 21401

10925   GOMOLKA III, FRANK, 1362 S VINEYARD ST, MESA, AZ 85202

10925   GOMULINSKI, DEBORAH, 5016 SW 87 TERRACE, COOPER CITY, FL 33328

10925   GONCHAROFF JT TEN, THOMAS A & ANN MARIE, PO BOX 413, LITTLE RIVER, CA 95456-0413

10925   GONDEK, JOSEPH, 95 PARK DRIVE #04, BOSTON, MA 02215

10925   GONGAWARE, BARBARA, 801 ROSEMOND, NEW HAVEN, IN 46774

10925   GONGRE, BETTY, PO BOX 341, MONTGOMERY, LA 71454

10925   GONNELLA, ANTHONY, 578 1/2 NORTH SEVENTH ST, NEWARK, NJ 07107-2520

10925   GONNERING, ROBERT, 520 NEWHALL ST, GREEN BAY, WI 54302-1806

10925   GONSALEZ, KARLA, 33244 9TH ST, UNION CITY, CA 94587

10925   GONSALVES, ESTELLE, 69 HICKORY HILL LANE, TAPPAN, NY 10983

10925   GONSALVES, ROSETTA, 1344 HYDE PARK AVE #226, HYDE PARK, MA 02136-2760

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GONSER, ALICIA, 258 CYPRESS ST #2, BROOKLINE, MA 02445

10925   GONSER, GEORGE, 62 PHILLIPS BROOKS RD, WESTWOOD, MA 02090

10925   GONSHOREK, STEWART, 620 S.W. 14TH TERRACE #3, FT. LAUDERDALE, FL 33312

10925   GONSOLAND, ROBERT, 1733 ESTALOTE, HARVEY, LA 70058

10925   GONSOULIN, WANDA, 5416 RILEY RD, OCEAN SPRINGS, MS 39564

10925   GONTARUK, MARY, 272 BOSTON AVE #6, MEDFORD, MA 02155

10925   GONTER, F, 47 LEGION ROAD, OAK RIDGE, NJ 07438-9805

10925   GONYEA, LISA, 166 PLEASANT AVE, PORTLAND, ME 04103

10925   GONZALES JR, ALEX, RT 9 BOX 146 CR 357, ALVIN, TX 77511

10925   GONZALES JR, E, 5722 BRAMBLE TREE, SAN ANTONIO, TX 78247

10925   GONZALES JR, MERCED, 6602 GLEN FALLS, ARLINGTON, TX 76017

10925   GONZALES JR., NASARIO, 2113 NORTH ADAMS, ODESSA, TX 79761

10925   GONZALES, AGAPITO, 1607 BANK ST, FINDLAY, OH 45840

10925   GONZALES, ALEJANDRINA, 2917 NW 30TH ST, FT WORTH, TX 76106

10925   GONZALES, ALICE, 7521 LEEWARD, GALVESTON, TX 77551

10925   GONZALES, ANDREW, 1321 W. PALMYRA AVE #A, ORANGE, CA 92868

10925   GONZALES, ANDREW, 2500 S GARNSEY ST, SANTA ANA, CA 92707

10925   GONZALES, ANTHONY, 1652 N 52ND AVE, PHOENIX, AZ 85035

10925   GONZALES, ARLENE, 1592 MESA BROOK ST., SAN DIEGO, CA 92114

10925   GONZALES, ARTHUR, PO BOX 146, TAOS, NM 87557

10925   GONZALES, BLANCA, 3468 JUNIPER ST, SAN DIEGO, CA 92104

10925   GONZALES, BLASA, 3502 AVE Q, GALVESTON, TX 77550

10925   GONZALES, CAMILLE, 521 RAFAEL ST, SANTA FE, NM 87501

10925   GONZALES, CHRISTINE, 702 N CIBOLO, SAN ANTONIO, TX 78207

10925   GONZALES, CLARENCE, 210 N. ROOSEVELT, GUYMON, OK 73942

10925   GONZALES, CRISELDA, 704 N. ELGIN, LAMESA, TX 79331

10925   GONZALES, DAMIAN, 314 CHAPMAN ST., SAN BENITO, TX 78586

10925   GONZALES, DAWN, 6073 WICKFIELD DR, NEW ORLEANS, LA 70122

10925   GONZALES, E, 4345 N.SAWYER, CHICAGO, IL 60618

10925   GONZALES, EDDIE, 110 POPPY, SAN ANTONIO, TX 78203

10925   GONZALES, ELIDA, 921 N 27 1/2, MCALLEN, TX 78501-7409

10925   GONZALES, ELSA, 1376 BLESSE DR., EAGLE PASS, TX 78852

10925   GONZALES, J, 56 RANCHERO WAY, HAYWARD, CA 94544

10925   GONZALES, JERRY, 2015 DAILEY, SAN ANGELO, TX 76903

10925   GONZALES, JESSE, 13523 GUNDERSON AVE, DOWNEY, CA 90242

10925   GONZALES, JESSE, 17722 NEFF RANCH RD, YORBA LINDA, CA 92886

10925   GONZALES, JESUS, PO BOX 633, CUSHION, AZ 85329

10925   GONZALES, JOANNA, 601 HANKS HOLLOW, DE FOREST, WI 53532

10925   GONZALES, JOSE, 1109 DEWEY, ALICE, TX 78332

10925   GONZALES, JOSE, 16406 BLACKHAWK BLVD, FRIENDSWOOD, TX 77546

10925   GONZALES, JOSE, 3503 N FERRY, FT WORTH, TX 76106

10925   GONZALES, JOSEPH, 56 RANCHERO WAY, HAYWARD, CA 94554

10925   GONZALES, JULIO, 2508 INGLEWOOD, WICHITA FALLS, TX 76302

10925   GONZALES, LEOVY, 2745 WEST GIDDINGS, 1, CHICAGO, IL 60625

10925   GONZALES, LETICIA, 2311 5TH, LUBBOCK, TX 79401

10925   GONZALES, LORENZA, 910 ZACALECAS, ODESSA, TX 79763

10925   GONZALES, LORRAINE, 4830 MARIE, CORPUS CHRISTI, TX 78411

10925   GONZALES, LYNN, 51 OAK PASS LOOP, OCALA, FL 34472

10925   GONZALES, MANUEL, RT 4 BOX M78, MISSION TX, TX 78572

10925   GONZALES, MARIA, 1300 SOUTH WARE #23, MCALLEN, TX 78501

10925   GONZALES, MARIA, 4608 LA PLAZA LP, LAREDO, TX 78040

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GONZALES, MARILYN, 706 BRINKBY AVE., 1401, RENO, NV 89509

10925   GONZALES, MARILYN, 706 BRINKBY, RENO, NV 89509

10925   GONZALES, MARY, 7500 PIPERS GLADE, SAN ANTONIO, TX 78251

10925   GONZALES, PETER, 196 BOWLING GREEN, SAN LEANDRO, CA 94577

10925   GONZALES, PETER, 9893 MISSION BLVD, RIVERSIDE, CA 92509

10925   GONZALES, R, 13812 1/2 S VERMONT AVE, GARDENA, CA 90247-2022

10925   GONZALES, RAMON, 2080 E STOLL RD, LANSING, MI 48906

10925   GONZALES, RAMONA, 335 RIVER SPRINGS, SEGUIN, TX 78155

10925   GONZALES, RICHANN, 8544 W. 23RD, ODESSA, TX 79763

10925   GONZALES, ROBERT, 6130 WILLOW, PEARLAND, TX 77581

10925   GONZALES, ROBERT, 810 DUNSON GLEN, HOUSTON, TX 77090

10925   GONZALES, ROMULO, 1014 WOODLAW, ALICE, TX 78332

10925   GONZALES, STEPHANIE, 5112 CHURCHILL, ALBUQUERQUE, NM 87105

10925   GONZALES, STEPHEN, BOX 1023, LUBBOCK, TX 79424

10925   GONZALES, SUSAN, 1321 W. KUMQUAT PL, OXNARD, CA 93030

10925   GONZALES, VICKI, 16205 RHYOLITE CIRCLE, RENO, NV 89511

10925   GONZALES-ENDERS, RODOLFO, 6588 MORNING MEADOW, ALEXANDRIA, VA 22310

10925   GONZALEZ ESQ, VICTOR J, 320 N. MICHIGAN ST, SUITE 100, TOLEDO, OH 43624

10925   GONZALEZ RIVERA, MIGUEL, CALLE 20 BLDG 18-18 SABANA GARDENS, CAROLINA, PR 00630

10924   GONZALEZ STEEL DRUM COMPANY, 1324 FITZGERALD AVENUE, SAN FRANCISCO, CA 94124

10925   GONZALEZ, ABEL, 2617 QUEBEC, MCALLEN, TX 78503

10925   GONZALEZ, ADRIANA, RT 15 BOX 5540, MISSION, TX 78572

10925   GONZALEZ, ALBERTO, PO BOX 2115, EAGLE PASS, TX 78853

10925   GONZALEZ, ALETHEA, 1104 E. TREMONT AVE., BRONX, NY 10460

10925   GONZALEZ, ALEXANDRA, 11043 SW 127 AVE, MIAMI, FL 33186

10925   GONZALEZ, ALICIA, 6 DUXBURY DRIVE, HOLDEN, MA 01520

10925   GONZALEZ, ALMA, RT. 1 BOX 4033, SAN JUAN, TX 78589

10925   GONZALEZ, AMOS, 4824 W. 119TH ST., HAWTHORNE, CA 90250

10925   GONZALEZ, ANDRES, 2620 SW 65TH AVE, MIAMI, FL 33155

10925   GONZALEZ, ANGEL, VICTOR ROJAS #1 CALLE A CASA 346, ARECIBO, PR 00612

10925   GONZALEZ, ANN MARIE, 7320 SW 9 ST, MIAMI, FL 33144

10925   GONZALEZ, ANTHONY, 1 CONTINENTAL CT APT. 10, WOBURN, MA 01801

10925   GONZALEZ, ANTONIO, 5111 VALLEY STREAM, CHARLOTTE, NC 28209

10925   GONZALEZ, AWILDA, CALLE 2 #15, GURABO, PR 00658

10925   GONZALEZ, BLANCA, 602 AURORA, SAN ANTONIO, TX 78228

10925   GONZALEZ, CAMILO, 8521 N CHRISTIANA, SKOKIE, IL 60076-2405

10925   GONZALEZ, CARLA, 14160 SHERMAN WAY, 6, VAN NUYS, CA 91405

10925   GONZALEZ, CARMELO, HC 01 BOX 8316, AGUAS BUENAS, PR 00703

10925   GONZALEZ, CARMEN, 102 ST.PIERRE LN # 10, LAREDO, TX 78041

10925   GONZALEZ, CARMEN, 1135 BANK ST, HILLSIDE, NJ 07205

10925   GONZALEZ, CARMEN, CALLE ORINOCO 1618, RIO PIEDRAS, PR 00926

10925   GONZALEZ, CELIA, 5015 ROUND TABLE, SAN ANTONIO, TX 78218

10925   GONZALEZ, CLARA, 5452 NW 172 TERRACE, MIAMI, FL 33055

10925   GONZALEZ, CLARITTZZA, 1401 E 9TH CT, HIALEAH, FL 33010

10925   GONZALEZ, DIGNA, 103 BK 105 #5 VILLA CAROLINA, CAROLINA, PR 00630

10925   GONZALEZ, DIMAS, 544 N PARKER ST, ORANGE, CA 92868

10925   GONZALEZ, ELSA O, 6620 S 33RD ST, MCALLEN, TX 78503

10925   GONZALEZ, ELSA, 4729 NW 4TH TERRACE, POMPANO BEACH, FL 33060

10925   GONZALEZ, ELSA, HC01 BOX 3375, CAMUY, PR 00627

10925   GONZALEZ, EMILIANO, 61 WEST MAIN ST, SOMERVILLE, NJ 08876

10925   GONZALEZ, ERVIN A, 100 SOUTH BISCAYNE BLVD, SUITE 900, MIAMI, FL 33131

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GONZALEZ, EUSEBIO, PO BOX 14903, ZAPATA, TX 78076 | |
| 10925 | GONZALEZ, FELIX, URB. LA PROVIDENCIA, PONCE, PR 00731 | |
| 10925 | GONZALEZ, GILBERTO, 453 APPLETON, HOLYOKE, MA 01040 | |
| 10925 | GONZALEZ, GLADYS, BO CRUCES HC-58, AGUADA, PR 00602 | |
| 10925 | GONZALEZ, GLORIA, 16107 CERCA BLANCA, HOUSTON, TX 77083 | |
| 10925 | GONZALEZ, GLORIA, 923 SANDBERG LANE, VENTURA, CA 93003 | |
| 10925 | GONZALEZ, HENRY, 1803 W BALL RD #1, ANAHEIM, CA 92804 | |
| 10925 | GONZALEZ, J, 13 N TUPELO, BROWNSVILLE, TX 78521 | |
| 10925 | GONZALEZ, JORDI, EUSEBIO GUELL 55 20 1A, SANT BOI BARCELONA, 08830SPAIN | *VIA Deutsche Post* |
| 10925 | GONZALEZ, JORGE, 2204 N MOBILE, CHICAGO, IL 60639 | |
| 10925 | GONZALEZ, JOSE M, 2010 PLANTATION DR., LAKE CHARLES, LA 70605-5266 | |
| 10925 | GONZALEZ, JOSE, 2010 PLANTATION DR, LAKE CHARLES, LA 70605 | |
| 10925 | GONZALEZ, JOSE, 2920 CONVENT, LAREDO, TX 78040 | |
| 10925 | GONZALEZ, JOSE, 825 S WALNUT ST, 4, INGLEWOOD, CA 90301 | |
| 10925 | GONZALEZ, JOSE, HC 73 B4 5882 BO NUEVO, NARANJITO, PR 00719 | |
| 10925 | GONZALEZ, JUAN, 16 SYBIL DRIVE, BROWNSVILLE, TX 78520 | |
| 10925 | GONZALEZ, JUAN, 812 S. 20TH, EDINBURG, TX 78539 | |
| 10925 | GONZALEZ, JUAN, CALLE 2 #286 HERMANAS DAVILA, BAYAMON, PR 00961 | |
| 10925 | GONZALEZ, JUAN, VIA 49 4JS #15, CAROLINA, PR 00630 | |
| 10925 | GONZALEZ, LADISLAO, 3111 ELM ST, FORT WORTH, TX 76106 | |
| 10925 | GONZALEZ, LINDA, 822 PEABODY, SAN ANTONIO, TX 78211 | |
| 10925 | GONZALEZ, LUIS, 48 HIGH ST., PASSAIC, NJ 07055 | |
| 10925 | GONZALEZ, LUIS, 7201 REVERE ST, PHILADELPHIA, PA 19149 | |
| 10925 | GONZALEZ, M, 5684 BLACK MESA DR, ORLANDO, FL 32829 | |
| 10925 | GONZALEZ, MANUEL, BOX 3812, ZAPATA, TX 78076 | |
| 10925 | GONZALEZ, MARGARET, 4821 HAINES CIRCLE, ORLANDO, FL 32822 | |
| 10925 | GONZALEZ, MARIA, 12065 VAN GOGH, EL PASO, TX 79936 | |
| 10925 | GONZALEZ, MARIA, 176 MT HOPE ST, ROSLINDALE, MA 02131 | |
| 10925 | GONZALEZ, MARIA, AV.SANCHEZ CASTANOS, CAROLINA, PR 00985 | |
| 10925 | GONZALEZ, MARIA, RT 15 BOX 5540, MISSION, TX 78572 | |
| 10925 | GONZALEZ, MARIA, URB VISTA DE CAMUY CALLE 7 H3, CAMUY, PR 00627 | |
| 10925 | GONZALEZ, MARICELA, PO BOX 174, ECOUCH, TX 78538 | |
| 10925 | GONZALEZ, MARIO, RT. 1 BOX 47CC, ALAMO, TX 78516 | |
| 10925 | GONZALEZ, MARISSA, 2613 NORTHWEST DR., HOBBS, NM 88240 | |
| 10925 | GONZALEZ, MELANIE, 29223 BUTLER, PETERSBURG, VA 23805 | |
| 10925 | GONZALEZ, MILLIE, 951 OREGON TRAIL, MARIETTA, GA 30060 | |
| 10925 | GONZALEZ, NANCY, URB VALLS VERDE, SAN GERMAN, PR 00683 | |
| 10925 | GONZALEZ, NICHOLE, 8914 OLD DOMINION DR, MCLEAN, VA 22102 | |
| 10925 | GONZALEZ, NICK, 2804 W 28TH # 209, AMARILLO, TX 79109 | |
| 10925 | GONZALEZ, OMAR, 811 N. EMMA, HEBBRONVILLE, TX 78361 | |
| 10925 | GONZALEZ, OSCAR, 6936 VESPER AVE., 34, VAN NUYS, CA 91405 | |
| 10925 | GONZALEZ, PETER, 196 BOWLING GREEN, SAN LEANDRO, CA 94577 | |
| 10925 | GONZALEZ, RAY, 1909 ARDATH, WICHITA FALLS, TX 76301 | |
| 10925 | GONZALEZ, REBECCA, 705 PORRAS, EL PASO, TX 79912 | |
| 10925 | GONZALEZ, REFUGIO, 3320 NW 27TH ST, FORT WORTH, TX 76106 | |
| 10925 | GONZALEZ, RENE, 1758 GULFCREST, EAGLE PASS, TX 78852 | |
| 10925 | GONZALEZ, RICARDO, RT 8 BOX 753, MISSION, TX 78572 | |
| 10925 | GONZALEZ, ROBERTO, 1381 1/2 S. VERMONT AVE, GARDENA, CA 90247 | |
| 10925 | GONZALEZ, ROBERTO, 1813 DAVIS, LAREDO, TX 78040 | |
| 10925 | GONZALEZ, RODOLFO, 917 S. 19TH ST., EDINBURG, TX 78539 | |
| 10925 | GONZALEZ, ROGELIO, 10209 OAKGATE LN., DALLAS, TX 75217 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GONZALEZ, ROGELIO, 6304 GRIGGS, FT WORTH, TX 76119

10925    GONZALEZ, ROSA, 4590 N.TEXAS APT 113, ODESSA, TX 79762

10925    GONZALEZ, ROSA, RT 6 BOX 94 PO, MISSION, TX 78572

10925    GONZALEZ, ROSANNA, 1750 N. AVE 46, LOS ANGELES, CA 90041

10925    GONZALEZ, SAMARI, CALLE LOS ANGELES BZN #5 BO SANTANA, ARECIBO, PR 00612

10925    GONZALEZ, SAN JUANITA, BOX 7446, ALAMO, TX 78516

10925    GONZALEZ, SARAH, COND. PONCE DE LEON APT 701 VILLA CAPARR, GUAYNEBO, PR 00966

10925    GONZALEZ, TOMAS, 7212 CLEMENTE AVE, EL PASO, TX 79912

10925    GONZALEZ, VALENTINE, 12710 BRANT ROCK #3111, HOUSTON, TX 77082

10925    GONZALEZ, VELIA, 8158 FOREST PARK DR, CORDOVA, TN 38018

10925    GONZALEZ, VERONICA, 1550 BELL # 242, AMARILLO, TX 79106

10925    GONZALEZ, VICTOR DAVID, 668 MAXEY,APT. #A6, HOUSTON, TX 77013

10925    GONZALEZ, VICTOR, 668 MAXEY APT A6, HOUSTON, TX 77013

10925    GONZALEZ, WIGBERTO, HC 01 BUZON 21140 CA. GUSTAVO FELIE 52, LAJAS, PR 00669

10925    GONZALEZ-AMADOR, MARIO, CALLE NIZA #24 PASEO LAS BRISAS, RIO PIEDRAS, PR 00926

10925    GONZALO GONZALEZ & ASSOC. INC, PO BOX 11850 SUITE 140, SAN JUAN, PR 00922-1850

10925    GONZALO GONZALEZ ASSOCIATES, BOX 5035, PUERTA DE TIERRA, PR 00906PUERTO RICO      *VIA Deutsche Post*

10925    GONZLALEZ, GARY, 4233 JONESBORO APT. R12, FOREST PARK, GA 30050

10925    GOOCH, GEORGE, 129 CHERRY LANE DRIVE, GREENVILLE, SC 29611

10925    GOOCH, KEVIN, 129 CHERRYLANE DRIVE, GREENVILLE, SC 29617

10925    GOOD GUYS AUTOMOTIVE INC, 151 N DIAMOND ST, WILKES-BARRE, PA 18702

10925    GOOD GUYS, 6560 CABALLERO BLVD?, BUENA PARK, CA 90620

10925    GOOD HOPE PALLET COMPANY, 806 HWY 31, FALKVILLE, AL 35622

10924    GOOD HUE COUNTY JAIL, BUSH AND 5TH STREET, RED WING, MN 55066

10925    GOOD IMPRESSIONS INC., 155 NEW BOSTON ST. SUITE E, WOBURN, MA 01801

10925    GOOD MEASURE CORP., 1906 LINN ST, NORTH KANSAS CITY, MO 64116-3694

10924    GOOD SAMARITAN HEALTH CENTER, 605 N 12TH STREET, MOUNT VERNON, IL 62864

10924    GOOD SAMARITAN HOSPITAL #1327, 18 EAST 31ST, KEARNEY, NE 68847

10924    GOOD SAMARITAN HOSPITAL, 1000 MONTAUK HWY, WEST ISLIP, NY 11795

10924    GOOD SAMARITAN HOSPITAL, 3322 CENTRAL AVENUE, KEARNEY, NE 68847

10925    GOOD SAMARITAN HOSPITAL, PO BOX 690998, CINCINNATI, OH 45269-0998

10924    GOOD SAMARITAN, 3551 N. HIGHLAND AVENUE, DOWNERS GROVE, IL 60515

10924    GOOD SAMARITAN, SMITH AND GREEN, PHOENIX, AZ 85001

10924    GOOD SHEPARD HOSPITAL, 700 EAST MARSHALL AVENUE, LONGVIEW, TX 75601

10924    GOOD SHEPARD HOSPITAL, C/O ASC INSULATION & FIREPROOFING, BARRINGTON, IL 60010

10924    GOOD SHEPHARD LUTHERAN CHURCH, 1300 BELTLINE ROAD, COLLINSVILLE, IL 62234

10924    GOOD SHEPHERD CATHOLIC CHURCH, 4665 THOMASVILLE RD., TALLAHASSEE, FL 32301

10924    GOOD SHEPHERD CHURCH, 8815 EAST KEMPER RD., CINCINNATI, OH 45249

10925    GOOD SHEPHERD LUTHERAN CHURCH, 1310 SHEPHERD DR, NAPERVILLE, IL 60565

10925    GOOD, ANDREW, 303 WELDIN ROAD, WILMINGTON, DE 19803

10925    GOOD, CATHY, RT.2, BOX 130-B, PALESTINE, AR 72372

10925    GOOD, CONNIE, 3291 CRATER ROAD, WOOSTER, OH 44691

10925    GOOD, KEVIN, 113 DELL ST, EMMAUS, PA 18049

10925    GOOD, LINDA, 1414 INDEPENDENCE, GRAND PRAIRIE, TX 75052

10925    GOOD, MICHAEL, 5808 N WOODVIEW LANE, SPOKANE, WA 99219

10925    GOOD, PAUL, 207 PELHAM ROAD, VOORHEES, NJ 08043

10925    GOOD, ROBERTA, 205 RODNEY CIRCLE, BRYN MAWR, PA 19010

10925    GOOD, STEPHEN, 2208 FOREST DRIVE, COOPERSBURG, PA 18036

10925    GOODALE CONSTRUCTION CO I, PO BOX506, VINEYARD HAVEN, MA 02568

10924    GOODALE CONSTRUCTION CO., EDGARTOWN RD, OAK BLUFFS, MA 02557

10924    GOODALE CONSTRUCTION CO., P O BOX 506, VINEYARD HAVEN, MA 02568

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GOODALE JT TEN, ROBERT H & BETTY, 7314 ISLAND CIRCLE, BOULDER, CO 80301-3906

10925   GOODALL CORP, PO BOX 100283, PASADENA, CA 91189-0283

10925   GOODALL CORPORATION, POBOX 100283, PASADENA, CA 91189-0283

10925   GOODALL RUBBER CO, 5425 59TH AVE, COUNTRYSIDE, IL 60525

10925   GOODALL RUBBER CO., 100 HAYES DR., BROOKLYN HEIGHTS, OH 46268

10925   GOODALL RUBBER CO., 9570 W. 55TH ST., COUNTRYSIDE, IL 60525

10925   GOODALL RUBBER CO., PO BOX 73577, CHICAGO, IL 60673-7577

10924   GOODALL RUBBER COMPANY, 655 SOUTH CLINTON AVENUE, TRENTON, NJ 08611

10925   GOODALL, CLARICE, 250 EAST 65TH ST, NEW YORK, NY 10021

10925   GOODALL, JOHNNIE, 404 ALVA, BAYTOWN, TX 77520-3005

10925   GOODALL, LISA, 6220 OWENSMOUTH, 208, WOODLAND HILLS, CA 91367

10925   GOODALL, PO BOX 73577, CHICAGO, IL 60673-7577

10924   GOODARD CONCRETE, 16665 NE 23RD ST., CHOCTAW, OK 73020

10925   GOODE, BARBARA, 413 WILLIAMSBURG AVE APT #H103, VICTORIA, TX 77904

10925   GOODE, BOBBY, 101-A REBECCA LANE, AUBURNDALE, FL 33823

10925   GOODE, CLAIRE, 46 PRATT ST, MANSFIELD, MA 02048

10925   GOODE, DANIEL, 809 N STATE ST #315, JASKSON, MS 39202

10925   GOODE, EUGENE, 12135 WILDWOOD SPRINGS DRIVE, ROSWELL, GA 30075

10925   GOODE, GAYLE, 388 RELAX ST, WATERLOO, SC 29384

10925   GOODE, HENRY, 14 STUYVESANT AVE, LARCHMONT, NY 10538

10925   GOODE, HERSHEL, PO BOX 742, JACKSON, SC 29831

10925   GOODE, JOHN L, 207 BROADWAY, CARLE PLACE, NY 11514-1610

10925   GOODE, RACHEL, PO BOX 51 #B-3, WHITMORE LAKE, MI 48189

10925   GOODE, RICKY, 2817 ELLIOTT, WICHITA FALLS, TX 76308

10925   GOODE, SYLVIA, PO BOX 171, LAWRENCEVILLE, VA 23868

10925   GOODEAUX, LISA, 3664 A MILLER, LAKE CHARLES, LA 70605

10925   GOODEAUX, WILLIAM, 698 HWY 394, DE RIDDER, LA 70634

10925   GOODELL, KAREN, 15 CLEWELY RD. #1, W MEDFORD, MA 02155

10925   GOODELL, KAREN, 15 CLEWLEY RD. APT.#1, MEDFORD, MA 02155

10925   GOODEN, BENNIE, 1950 DEMERITT ROAD, SULPHUR, LA 70663

10925   GOODEN, CHRISTOPHER, 1114 COMMONWEALTH, ALLSTON MA, MA 02134

10925   GOODEN, CHRISTOPHER, 4654 S. 17TH ST., PHOENIX, AZ 85040

10925   GOODEN, ROBERT, 710 ROSEBARK, MEMPHIS, TN 38116

10925   GOODEN, U, 1017 PECAN, AMARILLO, TX 79107

10925   GOODFRIEND, JODY, 7150 CHOUPIQUE RD, SULPHUR, LA 70665

10925   GOODFRIEND, JOSEPH, CUST FOR R MYRNA LEE GOODFRIEND, UNIF GIFT MIN ACT-NY, 133 W 15 ST, NEW YORK, NY 10011-6757

10925   GOODGAME, GARY, 410 E. 51ST, ODESSA, TX 79762

10925   GOODGAME, RICKEY, 6501 EASTRIDGE, #F-5, ODESSA, TX 79762

10925   GOODHUE JR, LEONARD, 40 CENTRAL ST, WINCHESTER, MA 01890-2630

10925   GOODIE, OSCAR, 1123 GRANT AVE, BREAUX BRIDGE, LA 70517

10925   GOODIN COMPANY, POBOX 9326, MINNEAPOLIS, MN 55440

10924   GOODIN CONCRETE PIPE, 5796 BATTLE TRAINING DRIVE, LEBANON JUNCTION, KY 40150

10925   GOODIN, IRA, 6 CAMBERWELL CT., SPRING, TX 77380

10925   GOODIN, JASON, 786 LANCELOT DRIVE, LONDON, KY 40741

10925   GOODIN, PAUL, 8765 EAST 600 NORTH, BROWNSBURG, IN 46112

10925   GOODIN, SHIRLEY, 152 NW 15TH PLACE, POMPANO BEACH, FL 33060

10925   GOODIN, WAYNE, 229 E ORCHARD AVE, COUNCIL BLUFFS, IA 51501

10925   GOODINE, KENNETH, 524 LIVINGSTON CIRCLE, SENECA, SC 29678

10925   GOODING & ASSOCIATES INC, 4 PENNINGTON DR, HUNTINGTON, NY 11743

10925   GOODING RUBBER CO, POBOX 66973, CHICAGO, IL 60666-0973

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GOODING RUBBER, 10321 WERCH DR SUITE 200, WOODRIDGE, IL 60517

10925    GOODING WILLIAMS, SARA, CUST FOR TALIA ROSAMUND GOODING, WILLIAMS, UNDER THE MA UNIF TRAN MIN ACT, 36 HITCHING POST RD, AMHURST, MA 01002-1155

10925    GOODING, ANTHONY, 64 IFFLEY RD, BOSTON, MA 02130

10925    GOODING, DONALD A, CUST FOR JULIA COOKE GOODING, UNDER THE ME UNIF TRAN MIN ACT, HCR 62 BOX 83, MT DESERT, ME 04660-9705

10925    GOODING, DONALD A, CUST FOR MARY ELLEN GOODING, UNDER THE ME UNIF TRAN MIN ACT, HCR 62 BOX 83, MT DESERT, ME 04660-9705

10925    GOODING, RICHARD, 8400 THAMES ST, SPRINGFIELD, VA 22151

10925    GOODING, WILLIAM, 2630 W. FOURTH ST., GRAND CHUTE, WI 54914

10925    GOODJOIN, ANGELA, 440 S FAIRFIELD ROAD, GREENVILLE, SC 29605

10925    GOODJOIN, HERBERT, 401 BOYD AVE, SIMPSONVILLE, SC 29681

10924    GOODLARK REGIONAL MEDICAL CENTER, 111 HIGHWAY 70 EAST, DICKSON, TN 37055

10925    GOODLETSON, THOMAS, 1016 CHANTEL ST., GREEN BAY, WI 54304

10925    GOODLETT, ROBERT, ROUTE 5 BOX 402, TRAVELERS REST, SC 29690-9537

10925    GOODLIN, MARY ELLEN, 177 UTEG, 104-C, CRYSTAL LAKE, IL 60014

10925    GOODLUCK, RINA, 11127 268TH CT, TREVOR, WI 53179

10924    GOODMAN ACE HARDWARE, 1208 BROOKLYN, KANSAS CITY, MO 64127

10924    GOODMAN ACE HARDWARE, 2200 KENSINGTON CT., OAK BROOK, IL 60521

10925    GOODMAN BROS STEEL DRUM CO INC, 18 DIVISION PLACE, BROOKLYN, NY 11222

10924    GOODMAN ELECTRIC SY, 711 TENTH ST., NORTH CHICAGO, IL 60064

10925    GOODMAN GOODMAN, SUITE 265, 6445 POWERS FERRY RD, NW, ATLANTA, GA 30339-2909

10924    GOODMAN LUMBER CO, DRAWER 859, SALISBURY, NC 28144

10924    GOODMAN THEATRE, E.E. BAILEY, CORNER OF LAKE ST. & DEARBORN, CHICAGO, IL 60601

10925    GOODMAN, DEBORAH, RT 2 BOX 170, SWEETWATER, TN 37874

10925    GOODMAN, DONALD, 40 HILLTOP ST., NEWTON CORNER, MA 02158

10925    GOODMAN, E M, AVE DULEMAN 14, LAUSANNE, 01005

10925    GOODMAN, GLORIA, 5824 AGAWAM, INDIANAPOLIS, IN 46226

10925    GOODMAN, HENRY, 410 PRADO PLACE, LAKELAND, FL 33803-3955

10925    GOODMAN, JAMES, 912 JACOBS ROAD, GREENVILLE, SC 29605

10925    GOODMAN, LAURA, 60-10 47TH AVE, 16F, WOODSIDE, NY 11377

10925    GOODMAN, LUCRESIA, RT. 2 BOX 170, SWEETWATER, TN 37874

10925    GOODMAN, M, 5109 N 32ND ST, MILWAUKEE, WI 53209

10925    GOODMAN, RAYMOND, 8267 WEDNESBURY, HOUSTON, TX 77074

10925    GOODMAN, RICHARD, 68 SEACORD RD., NEW ROCHELLE, NY 10804

10925    GOODMAN, ROBERT, 1402 ASTOR AVE, BRONX, NY 10469

10925    GOODMAN, ROBERT, 80-47 188TH ST, JAMAICA, NY 11423-1028

10925    GOODMAN, RYAN, 609 IKES ROAD # 49, TAYLORS, SC 29687

10925    GOODMAN, SCOTT, RT. 1 BOX 39A, MIDDLEBURG, VA 22117

10925    GOODMAN, SUSAN, 1486 WOODHAVEN LANE, SPARKS, NV 89434

10925    GOODMAN, WILLIAM, 2517 MELODY LANE, CORINTH, MS 38834

10925    GOODMAN_, JOHN, 22649 HATTERAS ST, WOODLAND HILLS, CA 91367

10925    GOODNIGHT, BILLY, BOX 315, CHANDLER, OK 74834

10925    GOODNOUGH, EDWARD, 404 ARIEL CT, FOUNTAIN INN, SC 29644

10925    GOODNOUGH, R, PO BOX 274, SIMPSONVILLE, SC 29681

10925    GOODNOUGH, S, PO BOX 185, SIMPSONVILLE, SC 29681

10925    GOODNOUGH, VAN, 209 ASPENWOOD DR, SIMPSONVILLE, SC 29681

10925    GOODPASTURE, ROBERT, 1111 S OAKWOOD #1420, ENID, OK 73703

10925    GOODRICH BF CO THE, LEE LARSON, 6100 OAK TREE BLVD, CLEVELAND, OH 44131

10925    GOODRICH MANAGEMENT CORP, 560 SYLVAN AVE, ENGLEWOOD, NJ 07632

10925    GOODRICH TESTING & ENGINEERING INC, 517 C LIGON DR, NASHVILLE, TN 37204

10925    GOODRICH, BRENTLY, PO BOX 951, MEEKER, CO 81641

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GOODRICH, CAROLYN, 26 CRANBERRY LANE, DEDHAM, MA 02026 | |
| 10925 | GOODRICH, DONALD, 5901 ROSEWOOD DRIVE, BAKERSFIELD, CA 93306 | |
| 10925 | GOODRICH, GAIL, 304 NORTH MAPLE, MOMENCE, IL 60954 | |
| 10925 | GOODRICH, GREGORY, 2216 LINCOLN, ARLINGTON, TX 76011 | |
| 10925 | GOODRICH, LAKEISHA, 1428 W 124TH ST, LOS ANGELES, CA 90047 | |
| 10925 | GOODRICH, LEILANI, 402 WINDMILL DR, DALLAS, GA 30132 | |
| 10925 | GOODRICH, NANCY L, RT 1 BOX 2325, JULIETTE, GA 31046 | |
| 10925 | GOODRIDGE, JUNE, 714 GARVEY AVE, ELSMERE, KY 41018 | |
| 10925 | GOODROW, DOROTHY, 358 WEST MAIN ST, NORTH ADAMS, MA 01247 | |
| 10925 | GOODRUM, JAKE, 12586 JAKE GOODRUM ROAD, CONROE, TX 77303 | |
| 10925 | GOODS, ELMER, 2017 E. OLIVER ST, BALTIMORE, MD 21213 | |
| 10924 | GOODSON FARMS, 14603 MCGRADY ROAD, BALM, FL 33503 | |
| 10925 | GOODSON, HELEN, 153 LINDSIDE, BEAVER, WV 25813-9231 | |
| 10925 | GOODSON, RICHARD, 616 LANG ST, NEW ORLEANS, LA 70131 | |
| 10925 | GOODSON,JR, SAMUEL, 2360 WASHINGTON ST, BARTOW, FL 33830 | |
| 10925 | GOODSPEED, SHAWN, 2701 SUPERIOR AVE, BALTIMORE, MD 21234 | |
| 10925 | GOODWILL IND OF MOBILE AREA, INC, 2448 GORDON SMITH DR., MOBILE, AL 36617 | |
| 10924 | GOODWILL INDUSTRIES OF GREATER NEW, 4-21 27TH AVENE, ASTORIA, NY 11102 | |
| 10925 | GOODWILL INDUSTRIES OF GREATER NY, GENERAL COUNSEL, 4-21 27TH AVE, ASTORIA, NY 11102 | |
| 10925 | GOODWILL INDUSTRIES OF SO CA INC, FORREST CALLAHAM, 342 SAN FERNANDO ROAD, LOS ANGELES, CA 90031 | |
| 10925 | GOODWILL INDUSTRIES OF SOUTH CENTRA, BARBARA LESLIE, 1301 MENDOTA ST, MADISON, WI 53714 | |
| 10924 | GOODWILL INDUSTRIES OF THE GULF, ATTN: KAY JERNIGAN, 2448 GORDON SMITH DRIVE, MOBILE, AL 36617 | |
| 10925 | GOODWILL INDUSTRIES OF THE, POBOX 2907, BALTIMORE, MD 21229-0907 | |
| 10925 | GOODWILL INDUSTRIES, 1080 NORTH 7TH ST, SAN JOSE, CA 95112 | |
| 10925 | GOODWILL INDUSTRIES-CHESAPEAKE, PO BOX 2907, BALTIMORE, MD 21229-0907 | |
| 10925 | GOODWIN HOTEL, THE, ONE HAYNES ST, HARTFORD, CT 06103 | |
| 10925 | GOODWIN JR, DOUGLAS, 7020 IVY ST, CARLSBAD, CA 92009 | |
| 10925 | GOODWIN PROCTOR & HOAR, EXCHANGE PLACE, BOSTON, MA 02109 | |
| 10925 | GOODWIN, BLANCHE, 909 KINGSWOOD DR, COLUMBIA, SC 29205 | |
| 10925 | GOODWIN, DAVID, 3208 FISHER COURT, ARLINGTON, TX 76017 | |
| 10925 | GOODWIN, ELIZABETH, 3269 SHARP ROAD, GLENWOOD, MD 21738-9402 | |
| 10925 | GOODWIN, HOLLACE, 153 SILVERMILL ROAD, COLUMBIA, SC 29210 | |
| 10925 | GOODWIN, JEFFREY, 136 S. JACKSON, BRADLEY, IL 60915 | |
| 10925 | GOODWIN, KENDALL, 4123 SOUTH 500 EAST, VERNAL, UT 84078 | |
| 10925 | GOODWIN, LARRY, 147 BAY POINT DR NE, ST PETERSBURG, FL 33704 | |
| 10925 | GOODWIN, MAURICE, 108 LAUREL TREE LN, SIMPSONVILLE, SC 29681 | |
| 10925 | GOODWIN, NANCY, P 0 BOX 272, DAVIDSON, OK 73530 | |
| 10925 | GOODWIN, NANCY, RT 1 BOX 136, TOMAHAWK, NC 28444 | |
| 10925 | GOODWIN, PRISCILLA, 271 ST JOHNS WOOD, FAYETTEVILLE, NC 28303 | |
| 10925 | GOODWIN, PROCTER & HOAR, EXCHANGE PLACE, BOSTON, MA 02109-2881 | |
| 10925 | GOODWIN, SHIRLEY, 201 HWY 651, FOUNTAIN INN, SC 29644 | |
| 10925 | GOODWIN, THOMAS, 5414 SHANNON DR, FORT PIERCE, FL 34951 | |
| 10925 | GOODWIN, YVONNE, 6600 OUTER LOOP #1, LOUISVILLE, KY 40228 | |
| 10925 | GOODWYN, DAISY, 6022 WESTCHESTER PK, COLLEGE PARK, MD 20740 | |
| 10925 | GOODWYN, THOMAS, 4015 HAMILTON LIR #147, ARLINGTON, TX 76013 | |
| 10925 | GOODYEAR BRAD RAGAN, INC, 2518 DEANS BRIDGE RD, AUGUSTA, GA 30906 | |
| 10924 | GOODYEAR CANADA, INC., 1195 TAILLON STREET, QUEBEC CITY, QC G1N 3V2TORONTO | *VIA Deutsche Post* |
| 10924 | GOODYEAR CANADA, INC., 1195 TAILLON STREET, QUEBEC, QC G1N 3V2TORONTO | *VIA Deutsche Post* |
| 10924 | GOODYEAR CANADA, INC., 45 RAYNES AVENUE, BOWMANVILLE, ON L1C 1J3TORONTO | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　GOODYEAR CHEMICAL, 1117 PERIMETER CENTER WEST, SUITE E400, ALTANTA, GA 30338-5417, P.O. BOX 100605, ATLANTA, GA 30384-0605

10925　GOODYEAR COMMERCIAL TIRE &, 1325 MASSARO BLVD., TAMPA, FL 33619

10925　GOODYEAR COMMERCIAL TIRE &, 25880 CLAWITER ROAD, HAYWARD, CA 94545-3213

10924　GOODYEAR DUNLOP TIRES NA. LTD, PO BOX 1109, BUFFALO, NY 14240

10924　GOODYEAR DUNLOP TIRES NA. LTD., DUNLOP BLVD., HUNTSVILLE, AL 35824

10924　GOODYEAR DUNLOP TIRES NA. LTD., SHERIDAN & RIVER ROAD, BUFFALO, NY 14240

10924　GOODYEAR DUNLOP, BUFFALO, NY 14240

10925　GOODYEAR INTERNATIONAL CORP., POBOX 931964, CLEVELAND, OH 44193

10925　GOODYEAR LABS INC, POBOX 966, ENGLEWOOD CLIFFS, NJ 07632

10925　GOODYEAR RUBBER PRODUCTS CORP., 329 MCCARTER HWY, NEWARK, NJ 07114-2584

10925　GOODYEAR TIRE & RUBBER CO (THE), C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925　GOODYEAR TIRE & RUBBER CO, AXLEY BRYNELSON STEVEN M STRECK, PO BOX 1767, MADISON, WI 53701-1767

10925　GOODYEAR TIRE & RUBBER CO, DYKEMA GOSSETT PLCC DAVID TRIPP, 400 RENAISSANCE CENTER, DETROIT, MI 48243-1668

10925　GOODYEAR TIRE & RUBBER CO, LAW DEPT FRANK A CICH AND RICK LAU, 1144 EAST MARKET ST, AKRON, OH 44316-0001

10925　GOODYEAR TIRE & RUBBER CO, POBOX 100605, REFERENCE #1550, ATLANTA, GA 30384-0605

10925　GOODYEAR TIRE & RUBBER CO, THE, 75 REMITTANCE DR., STE 1009, CHICAGO, IL 60675-1009

10925　GOODYEAR TIRE & RUBBER CO, THE, PO BOX 638, MT PLEASANT, IA 52641

10925　GOODYEAR TIRE & RUBBER CO, THE, POBOX 651018, CHARLOTTE, NC 28265-1018

10925　GOODYEAR TIRE & RUBBER CO, WALLY ITO, 1144 E MARKET ST, AKRON, OH 44321

10925　GOODYEAR TIRE & RUBBER CO., REF # 1550, PO BOX 931964, CLEVELAND, OH 44193

10925　GOODYEAR TIRE & RUBBER COMPANY, 1144 E. MARKET ST., AKRON, OH 44305

10925　GOODYEAR TIRE & RUBBER COMPANY, LAW DEPT D/822 ATTN COLLECTIONS, AKRON, OH 44316

10925　GOODYEAR TIRE & RUBBER COMPANY, REFERENCE #1550, POBOX 100605, ATLANTA, GA 30384-7810

10925　GOODYEAR TIRE & RUBBER COMPANY, THE, 1144 EAST MARKET ST, AKRON, OH 44316

10924　GOODYEAR TIRE & RUBBER, 1095 SIMUEL ROAD, SPARTANBURG, SC 29301

10925　GOODYEAR TIRE AND RUBBER COMPANY, 1144 E MARKET ST, AKRON, OH 44316

10924　GOODYEAR, 1144 E MARKET ST DEPT 617, AKRON, OH 44316-0001

10925　GOODYEAR, JAMES, 6028 MCDANIEL LANE, CHARLOTTE, NC 28213

10925　GOODYEAR, MEG, 4200 CATHEDRAL AVE., NW, 709, WASHINGTON, DC 20016

10924　GOODYEAR-DO NOT USE, PO BOX 617, AKRON, OH 44316-0001

10925　GOOGE, JASON, 3707 RUTH ST, SULPHUR, LA 70663

10925　GOOLSBY, CLYDE, 1071 DORIS ROAD, DOUGLASVILLE, GA 30134

10925　GOOLSBY, EARNIE, 4306 FEATHERSTON, WICHITA FALLS, TX 76308

10925　GOOLSBY, KAREN, 122 S. WHITSON, ALVIN, TX 77511

10925　GOOLSBY, ROBERT, 2989 HAYDEN RD., MACON, GA 31201

10925　GOON, MICHELLE, 406 TWP.RD. 1500, ASHLAND, OH 44805

10925　GOORNO, SARAH, 33 POND AVE #608, BROOKLINE, MA 02445

10925　GOORNO, SARAH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　GOOSBY, D, 917 W 11TH ST, LAKELAND, FL 33805

10925　GOOSBY, RUSSELL, 6405 S. FAIRFIELD, CHICAGO, IL 60629

10925　GOOSBY, WILLIE, 11726 MURRWAY, HOUSTON, TX 77048

10925　GOOSE SHIRT COMPANY, THE, 1831 NE 15TH AVE., FORT LAUDERDALE, FL 33305

10925　GOOSSENS, KELLY, 2166 S. OSWEGO #104, AURORA, CO 80014

10925　GOPAUL, RIA, 1280 OAKBROOK DR SW, LARGO, FL 34640

10925　GOPHER CONCRETE, ROUTE 1 BOX 103, MADELIA, MN 56062

10924　GOPHER CONCRETE, ROUTE 1, MADELIA, MN 56062

10924　GOPHER CONCRETE, RT 1 BOX 103, MADELIA, MN 56062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GOPHER WOODS -, BUILDING SUPPLY BROKER, SITKA, AK 99835

10925   GOPLIN, RONALD, 2604 WOODSIDE DR, CROSS PLAINS, WI 53528

10925   GOPPERT JT TEN, JEAN G & YVONNE, 5507 BAYRIDGE RD, RANCHO PALOS VERDES, CA 90275-1715

10925   GOQUINCO, MAELENA, 608 W SOMERDALE RD, SOMERDALE, NJ 08083

10925   GORA, RETA, 12606 PEYTON COURT, CHARLOTTE, NC 28262

10925   GORBET, BILL, PO BOX 179, ORANGE GROVE, TX 78372

10925   GORBETT, JEFFREY, 1221 LINCOLN PO BOX 334, ANTHONY, NM 88021

10925   GORCHEV & GORCHEV INC, 11 CABOT ROAD, WOBURN, MA 01801

10925   GORCHEV & GORCHEV, 11 CABOT RD, WOBURN, MA 01801

10925   GORCHEV & GORCHEV, 11 CABOT ROAD, WOBURN, MA 01801

10924   GORDAN FIREPROOFING, SALVATION ARMY, TUSTIN, CA 92680

10925   GORDEN, CLARENCE, 10550 WESTERN #5, STANTON, CA 90680

10925   GORDINIER, LARRY, 20 STERLING RD, KENDALL PARK, NJ 08824

10925   GORDOAN-LEE, DEBORAH, 8777 CONTEE RD, LAUREL, MD 20708

10925   GORDON & REES, 275 BATTERY ST, 20TH FL, SAN FRANCISCO, CA 94111

10925   GORDON A KOSZ &, PATRICIA KOSZ TR UA JUN 9 98, GORDON A & PATRICIA KOSZ, JOINT REVOCABLE TRUST, 4310 W ANTHONY DR, GREENFIELD, WI 53219-482

10925   GORDON AIR QUALITY CONSULTANTS INC, POBOX 5239, BILLERICA, MA 01821-5239

10925   GORDON ALTMAN WEITZEN SHALOV & WEIN, 114 WEST 47TH ST, NEW YORK, NY 10036-1510

10925   GORDON ARATA MCCOLLAM & DUPLANTIS, EAGAN , L.L.P, ATTYS AT LAW, 201 ST CHARLES AVE 40TH FL, NEW ORLEANS, LA 70170-0001

10925   GORDON C SCOTT CO, 11638 TEMPTATION, SAN ANTONIO, TX 78216-3027

10924   GORDON COLLEGE - FINE ARTS BLDG, C/O HAWKE RIDGE ENTERPRISES, BARNESVILLE, GA 30204

10924   GORDON COLLEGE - FINE ARTS BLDG, CAMBRIDGE, MA 99999

10924   GORDON COLLEGE, BARNESVILLE, GA 30204

10925   GORDON CUMMINGS, 46 HARVARD ST, CHARLESTOWN, MA 02129

10925   GORDON D LEWIS, 3907 BLUE MOUND UR NE, CEDAR RAPIDS, IA 52402-1736

10924   GORDON D. GARRATT COMPANY, INC., 2815 WATERVIEW AVENUE, BALTIMORE, MD 21230

10925   GORDON E RUTZEN, 4609 FERNHAM PLACE, RALEIGH, NC 27612-5612

10925   GORDON E TRICKLER, 1 MAPLE LANE, WATERLOO, NY 13165-9701

10925   GORDON FRANCIS MERCIER, 6 HATHAWAY ST, ADAMS, MA 01220-1010

10925   GORDON FURNITURE REPAIR INC, 1006 TRICKLING BROOK ROAD, COCKEYSVILLE, MD 21030

10925   GORDON FURNITURE REPAIR, 1006 TRICKLING BROOK RD, COCKEYSVILLE, MD 21030

10925   GORDON FURNITURE REPAIR, INC, 1006 TRICKLING BROOK RD., COCKEYSVILLE, MD 21030

10925   GORDON G FOERSTER, 9215 BEECHWOOD DR, BRECKVILLE, OH 44141-2601

10925   GORDON H KLOFT &, FRANCES H KLOFT JT TEN, PO BOX 3368, SEQUIM, WA 98382-5024

10925   GORDON H. CHADER, 60 RAVINE AVE, WYCKOFF, NJ 07481

10925   GORDON J KISLER, 501 OAK LEAF MANOR, BALLWIN, MO 63021

10925   GORDON J SCHLEICHER, 1054 APPLE BLOSSOM DR, NEENAH, WI 54956-4533

10925   GORDON JAMES KIRKCONNNELL, 62 FORDSON AVE, CRANSTON, RI 02910-5911

10924   GORDON LUMBER COMPANY, 133 SOUTH LOCUST STREET, OAK HARBOR, OH 43449

10924   GORDON LUMBER COMPANY, 676 LIME ROAD, WOODVILLE, OH 43469

10924   GORDON LUMBER COMPANY, THE, 133 S LOCUST ST, OAK HARBOR, OH 43449

10925   GORDON M BAKER TR UA, APR 21 95 ELAINE M CAMPBELL, BAKER REVOCABLE TRUST, 12 ELATAN DR, PITTSBURGH, PA 15243

10925   GORDON M BAKER TR UA, APR 21 95 GORDON M BAKER, REVOCABLE TRUST, 12 ELATAN DR, PITTSBURGH, PA 15243

10925   GORDON R FULLER, 981 CENTRAL AVE, PLAINFIELD, NJ 07060-2343

10925   GORDON RESEARCH CONFERENCE, PO BOX 984, WEST KINGSTON, RI 02892-0984

10925   GORDON RESEARCH CONFERENCES, PO BOX 984, WEST KINGSTON, RI 02892-0984

10925   GORDON S EDWARDS, 172 PURITAN RD, FAIRFIELD, CT 06430-6848

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GORDON S MATHIS &, MARGARET A MATHIS JT TEN, 953 SO CAPITAL AVE, SAN JOSE, CA 95127-3916 | |
| 10925 | GORDON SANDS, 21 SALEM DR N, WHIPPANY, NJ 07981-1915 | |
| 10925 | GORDON, AMY, 400 ALDEN ROAD, FAIRHAVEN, MA 02719 | |
| 10925 | GORDON, ANNE, GRAMERCY GARDENS, MIDDLESEX, NJ 08846 | |
| 10925 | GORDON, ARLENE, 10800 SW 173RD ST, MIAMI, FL 33157 | |
| 10925 | GORDON, BETH, RT 1, COMMERCE, GA 30529 | |
| 10925 | GORDON, CATHY, 25315 MILLINGPORT RD, STANFIELD, NC 28163 | |
| 10925 | GORDON, CHESTER, 6235 NW 77TH PLACE, PARKLAND, FL 33067 | |
| 10925 | GORDON, DANNY, 114 5TH ST JPV, WINTER HAVEN, FL 33880 | |
| 10925 | GORDON, DARRYL, 3515 KINGSBROKE CT, DECATUR, GA 30034 | |
| 10925 | GORDON, DAVID, 604 GREENWAY COURT, PORT ROYAL, SC 29935 | |
| 10925 | GORDON, DEBORAH, 28 WARREN AV, WAKEFIELD, MA 01880 | |
| 10925 | GORDON, DOUGLAS, 130 SOUTH AMBERWOOD ST, ORANGE, CA 92669 | |
| 10925 | GORDON, FRED, 6355 MEMORIAL DR #1, STONE MTN, GA 30083 | |
| 10925 | GORDON, GEOFFREY, 1 WILSON CR, MAYNARD, MA 01754 | |
| 10925 | GORDON, IRENE, APT. C-4 NOE ST, CARTERET, NJ 07008 | |
| 10925 | GORDON, IVOR, 6839 BROADMOOR, N LAUDERDALE, FL 33086 | |
| 10925 | GORDON, JACK, 5309 WASHBURN DR, ADAMSVILLE, AL 35005 | |
| 10925 | GORDON, JAMES HUGH, CUST, JUSTIN ALEXANDER GORDON, UNDER THE ARIZONA UNIFORM, TRANSFERS TO MINORS ACT, 920 ENCANTO DRIVE SW, PHOENIX, AZ 85007-1524 | |
| 10925 | GORDON, JAMES HUGH, CUST, WILLIAM ANDREW GORDON, UNDER THE ARIZONA UNIFORM, TRANSFERS TO MINORS ACT, 920 ENCANTO DRIVE SW, PHOENIX, AZ 85007-1524 | |
| 10925 | GORDON, JAMES, ROUTE 4 BOX 272, WATSEKA, IL 60970 | |
| 10925 | GORDON, JEFFREY, 7 BALDWIN RD, DANVERS, MA 01923 | |
| 10925 | GORDON, JOHN L, 5405 LAKESIDE DR, UNION CITY, GA 30291-1317 | |
| 10925 | GORDON, JOHN, 1110 W LAFAYETTE AVE, BALTIMORE, MD 21217-2558 | |
| 10925 | GORDON, JOHN, 313 RIVERSIDE CHS CR, GREER, SC 29650 | |
| 10925 | GORDON, JOHN, 701 NORTH ARLINGTON AVE, 701, BALTIMORE, MD 21217-2404 | |
| 10925 | GORDON, JULIA, 2151 WINROCK BLVD, HOUSTON, TX 77057 | |
| 10925 | GORDON, KAREN, 18 GREELEY CT, MIDDLETOWN, NJ 07748 | |
| 10925 | GORDON, KYLE, 100 GATEWAY BLVD 224, GREENVILLE, SC 29607 | |
| 10925 | GORDON, LINDA, 3 BRAHMS CT, SILVER SPRING, MD 20904 | |
| 10925 | GORDON, MAUREEN, 1152 CHICKASAW CIR, WARRINGTON, PA 18976 | |
| 10925 | GORDON, MAUREEN, 543 SHACKAMAXON DR, WESTFIELD, NJ 07090 | |
| 10925 | GORDON, MCLEAN, 7 BRONISLAW ST., WOBURN, MA 01801 | |
| 10925 | GORDON, MICHAEL, 108 MONTEREY DRIVE, MOORESVILLE, NC 28115 | |
| 10925 | GORDON, MONICA, 11302 BROKEN BOW CT, BELTSVILLE, MD 20705 | |
| 10925 | GORDON, PAMELA, 334 E CLAREMONT RD, PHILADELPHIA, PA 19120 | |
| 10925 | GORDON, PAUL, 10202 AUTUMN HARVEST, HOUSTON, TX 77064 | |
| 10925 | GORDON, RICHARD M, 2760 NW 26TH ST, BOCA RATON, FL 33434 | |
| 10925 | GORDON, RICHARD, 2760 NW 26TH ST, BOCA RATON, FL 33434 | |
| 10925 | GORDON, RONALD, 1509 MEDFORD RD, BALTIMORE, MD 21218 | |
| 10925 | GORDON, RONALD, 9S 025 LAKE DRIVE, WILLOWBROOK, IL 60527 | |
| 10925 | GORDON, RONALD, RT 6 BOX 4171, LAURENS, SC 29360 | |
| 10925 | GORDON, ROSALIND, 2760 NW 26TH ST, BOCA RATON, FL 33434 | |
| 10925 | GORDON, SARAH, 4102 SEMINOLE, DETROIT, MI 48214 | |
| 10925 | GORDON, SHAMELLE, 104 HOLLAND CT, SIMPSONVILLE, SC 29681 | |
| 10925 | GORDON, SHELIA, ROUTE 1 BOX 256, COMMERCE, GA 30529 | |
| 10925 | GORDON, STEVEN, 303 LOCUST THORN CT., MILLERSVILLE, MD 21108 | |
| 10925 | GORDON, THOMAS, 221 WYCKOFF AVE, WYCKOFF, NJ 07481 | |
| 10925 | GORDON, TIMOTHEUS, 4102 SEMINOLE, DETROIT, MI 48212 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GORDON, TOMMIE, 116 LIBBY LANE, MAULDIN, SC 29662

10925    GORDON, VALARIE, 3608 MEADOWLARK DR, AUGUSTA, GA 30906

10925    GORDON, VERNON, 1930 S WOODSTOCK ST, PHILADELPHIA, PA 19145

10925    GORDON, WILLIAM, 1168 S BATTLEFIELD BLVD, CHESAPEAKE, VA 23320

10925    GORDONS FINE WINES AND LIQUORS, 894 MAIN ST, WALTHAM, MA 02451

10925    GORDONS LIQUORS, PO BOX 310, WALTHAM, MA 02154-0310

10925    GORDOS, CHRISTOPHER, 155 LUCINDA LANE, WYOMISSING, PA 19610

10924    GORDY MADSON PRECAST, 29541 144TH STREET, PRINCETON, MN 55371

10925    GORDY, A, PO BOX 245, SNOWHILL, MD 21863

10925    GORE, BRIAN, 9450 CHEROKEE PARK ROAD, LIVERMORE, CO 80536

10925    GORE, LARRY, 42 KIRKWOOD LN, GREENVILLE, SC 29607

10925    GORE, PHYLLIS A, 954 KLEE MILL ROAD, WESTMINSTER, MD 21157-8404

10925    GORE, PHYLLIS, 954 KLEE MILL ROAD, WESTMINSTER, MD 21157

10925    GORE, SHELBY, PO BOX 660403, CHULUOTA, FL 32766

10925    GORE-BECKER, PAMELA, 1907 N. WINFREE, DAYTON, TX 77535

10925    GOREE & KING, INC, 7335 SOUTH LEWIS, TULSA, OK 74136

10925    GOREE, MARGARET, RT. 3 BOX 74A, CLEBURNE, TX 76031

10925    GOREE, PATTI, 125 CIRCLE DR, CLEBURNE, TX 76031

10925    GORELICK, CECILE, 4463 NW 93 WAY, SUNRISE, FL 33351

10925    GORHAM, JAMES, PO BOX 24, GARYSBURG, NC 27831

10925    GORHAM, KEN, 3144-B CENTRAL AVE, CHARLOTTE, NC 28205

10924    GORIA ENTERPRISES, 108 BUCHANAN CH. RD., GREENSBORO, NC 27405

10924    GORIA ENTERPRISES, ATTN:  ACCOUNTS PAYABLE, GREENSBORO, NC 27405

10924    GORIA ENTERPRISES, P O BOX 14489, GREENSBORO, NC 27405

10925    GORIA, PADMANI, 17C PINE ST, WALTHAM, MA 02154

10925    GORKIS, BARBARA, 1105 IDAHO AVE, 209, SANTA MONICA, CA 90403

10924    GORMAN BROS REDI-MIX INC, 721 S. STATE ST, JERSEYVILLE, IL 62052

10924    GORMAN BROS. REDI-MIX, 721 S STATE STREET, JERSEYVILLE, IL 62052

10924    GORMAN CO, PO BOX10603, TALLAHASSEE, FL 32302

10924    GORMAN CO, PO BOX17607, PENSACOLA, FL 32522

10924    GORMAN CO., 109 CENTURY PARK DR., TALLAHASSEE, FL 32302

10924    GORMAN CO., 125 N.E. 16TH ST., OCALA, FL 34470

10924    GORMAN CO., 2606 AIRPORT RD., PANAMA CITY, FL 32405

10924    GORMAN CO., 2937 N.E. 19TH DR., GAINESVILLE, FL 32609

10924    GORMAN CO., 4149 WAREHOUSE LANE, PENSACOLA, FL 32505

10924    GORMAN CO., CAMBRIDGE, MA 02140

10924    GORMAN CO., P O BOX 1652, GAINESVILLE, FL 32602

10924    GORMAN CO., PO BOX15844, PANAMA CITY, FL 32406

10924    GORMAN COMPANY INC., 915 APOLLO BOULEVARD, MELBOURNE, FL 32901

10924    GORMAN COMPANY, INC., 1845 S. ORANGE BLOSSOM TRAIL, APOPKA, FL 32703

10925    GORMAN COOLER SUPPLY INC., 2826 NORTH 35TH AVE, PHOENIX, AZ 85009-1309

10925    GORMAN JTWRS JT TEN, EDWARD J & BELLA, 5333 TERRA GRANADA DRIVE 1A, WALNUT CREEK, CA 94595-4080

10924    GORMAN MOISTER PROTECTION, P.O. BOX 3277, EL PASO, TX 79923

10924    GORMAN, 1930 W.BEAVER ST, JACKSONVILLE, FL 32209

10925    GORMAN, ADRIENNE, 18 W 88TH ST, NEW YORK, NY 10024

10925    GORMAN, ANNE, 6961 SUNFLECK ROW, COLUMBIA, MD 21045

10925    GORMAN, BOBBY, 7514 CUMMING HWY., CANTON, GA 30114

10925    GORMAN, BRIAN, 22704 VENTURA BLVD, WOODLAND HILLS, CA 91364

10925    GORMAN, CAITLIN, 1200 N ST NW #711, WASHINGTON, DC 20005

10925    GORMAN, CHRISTINA, 918 LACY ST, SANTA ANA, CA 92701-0000

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GORMAN, DIANE, 24 SPENCER RD #26N, BOXBOROUGH, MA 01719 | |
| 10925 | GORMAN, EDNA, 8214 N ORLEANS AVE, TAMPA, FL 33604 | |
| 10925 | GORMAN, JAMES, 7578 PLEASANT RUN, SCOTTSDALE, AZ 85258 | |
| 10925 | GORMAN, JR, FRANK, 400 MARGARET AVE, BALTIMORE, MD 21221 | |
| 10925 | GORMAN, PHYLLIS, 154 WACHUSETT AVE, ARLINGTON, MA 02174 | |
| 10925 | GORMAN, SCOTT, PO BOX 535, POYNETTE, WI 53955 | |
| 10925 | GORMAN-SMITH, KATHLEEN, 180 CIRCUIT ST, HANOVER, MA 02339 | |
| 10925 | GORMLEY, EDWARD, 717 LINDELL BLVD, DELRAY, FL 33444 | |
| 10925 | GORMLEY-FARRINGTON, INC, 339 HAYMAKER DRIVE, 1103 PKWY BL, MONROEVILLE, PA 15146 | |
| 10925 | GORNEY, STEPHEN, 1142 S CAMBRIA LANE, LOMBARD, IL 60148 | |
| 10925 | GORNY, DANIEL, 5200 S. DELAWARE ST , #211D, ENGLEWOOD, CO 80110 | |
| 10925 | GORODISSKY & PARTNERS LTD, BOLSHAYA SPASSKAYA STR, 25 STROENIE 3, MOSCOW, 129010RUSSIAN FEDERATION | *VIA Deutsche Post* |
| 10925 | GORODISSKY & PARTNERS, 25 STROENIE 3, MOSCOW, 129010RUSSIA | *VIA Deutsche Post* |
| 10925 | GORRESEN, PEGGY, 3004 1/2 ARNO N.E., ALBUQUERQUE, NM 87107 | |
| 10925 | GORRIAN, HUGH, 222 GETTSBURG WAY, LINCOLN PARK, NJ 07035 | |
| 10925 | GORSON, MARY, 30 STEEPLECHASE DR., MARLBORO, NJ 07746 | |
| 10925 | GORSUCH, JOHN R, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GORSUCH, JOHN, 6218 OAK HILL DRIVE SYKESVILLE MD 21784, SYKESVILLE, MD 21784 | |
| 10925 | GORTH, MICHAEL, 7667 CEDAR DRIVE, PASADENA, MD 21122 | |
| 10925 | GORTNEY, JAMES, 1308 E. 51ST, ODESSA, TX 79762 | |
| 10925 | GORUM, JIM, 321 BEARDSLEY #D, BAKERSFIELD, CA 93308 | |
| 10925 | GORZELANSKI, JAMES, 2634 OCEAN ST, CARLSBAD, CA 92008 | |
| 10924 | GOSHEN GENERAL HOSPITAL, 200 HIGH ROAD, GOSHEN, IN 46526 | |
| 10925 | GOSHERT, MELODY, 267 MANATAWNY RD, BOYERTOWN, PA 19512 | |
| 10925 | GOSLING, RICHARD, 6387 RIVER ROAD, DE FOREST, WI 53532 | |
| 10925 | GOSNELL, CHARLES, 125 GLENN ST, MARIETTA, SC 29661 | |
| 10925 | GOSNELL, ESTHER, 1225 42ND ST SE, 101, CEDAR RAPIDS, IA 52403 | |
| 10925 | GOSNELL, GRADY, 125 GLENN ST, MARIETTA, SC 29661-9580 | |
| 10925 | GOSNELL, LLOYD, 2091 RED ROCK RD, TOCCOA, GA 30577 | |
| 10925 | GOSNELL, LLOYD, PO BOX 64, EASTANOLLEE, GA 30538 | |
| 10925 | GOSNELL, MARY, 164 CALEF ROAD, MANCHESTER, NH 03103 | |
| 10925 | GOSS, DARYL, 2913 PARKER ST., AMARILLO, TX 79109 | |
| 10925 | GOSS, DAVID, 15804 NE HICKORY ST, VANCOUVER, WA 98682 | |
| 10925 | GOSS, JIMMIE, PO BOX 1612 POMPANO BEACH FL, POMPANO BEACH, FL 33061 | |
| 10925 | GOSS, KANDESS, PO BOX 492, TATE, GA 30177 | |
| 10925 | GOSS, KASEY, RT 1 BOX 1015 BROOKS CIRCLE, PENDEGRASS, GA 30567 | |
| 10925 | GOSS, KIRSTEN, 1624 BRODY ST, KINSTON, NC 28501 | |
| 10925 | GOSS, PATRICIA, 3184 S HEATHER GDENS WAY, AURORA, CO 80014 | |
| 10925 | GOSS, VERONICA, 5408 JEKYLL RD., CUMMING, GA 30130 | |
| 10925 | GOSS, VIRGINIA, 115 DIAMOND LANE, OLD BRIDGE, NJ 08857 | |
| 10925 | GOSS, W, 15491 C E WYOMING DRIVE, AURORA, CO 80017 | |
| 10925 | GOSS, WILLIAM, 1264 HARWICK KNOLL, MARIETTA, GA 30066 | |
| 10925 | GOSSARD, LARRY, 3323 FOX RIDGE DR, WINTER HAVEN, FL 33884 | |
| 10925 | GOSSE, AMY, 1411 ERIN LANE, WAUKESHA, WI 53188 | |
| 10925 | GOSSE, JAMES, 21 STRAFFORD ROAD, DOVER, NH 03820 | |
| 10925 | GOSSE, JUDITH, 2907 W OLSON ST, BLANCHARDVILLE, WI 53516 | |
| 10925 | GOSSE, PHYLLIS, 521 N. MAPLE, MOMENCE, IL 60954 | |
| 10925 | GOSSELIN, FRANCOIS, 209 COVE HARBOR CT, TAYLORS, SC 29687 | |
| 10925 | GOSSELIN, JOANNE, 26 CLARISSA RD, CHELMSFORD, MA 01824 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GOSSELIN, RONALD C, CUST FOR MARY ANN GOSSELIN, UNIF GIFTS MIN ACT-WASH, C/O MARY ANN QUIGG, 2010 ISABELLE WAY, ABERDEEN, WA 98520-1139 | |
| 10925 | GOSSERT, CALVIN, 644 CONNER DRIVE, CRAIG, CO 81625 | |
| 10924 | GOSSETT BROS./STAR CASINO AT, 54 JEMEZ COYON DAM RD., BERNALILLO, NM 87004 | |
| 10924 | GOSSETT BROTHER INC., CAMBRIDGE, MA 02140 | |
| 10924 | GOSSETT BROTHERS, INC., 1920 8TH ST N.W., ALBUQUERQUE, NM 87102 | |
| 10925 | GOSSETT ELECTRICAL SERVICES, 232 GOSSET DRIVE, BLOUNTSVILLE, AL 35031 | |
| 10925 | GOSSETT ELECTRICAL SERVICES, 232 GOSSETT DRIVE, BLOUNTSVILLE, AL 35031 | |
| 10925 | GOSSETT, D, 10127 KERRWOOD, HOUSTON, TX 77080-6304 | |
| 10925 | GOSSETT, DAVID, 5236 PROFESSIONAL DR, 15A, WICHITA FALLS, TX 76302 | |
| 10925 | GOSSETT, JAMES, 109 DUMBARTON AVE, SIMPSONVILLE, SC 29681 | |
| 10925 | GOSSETT, JAMES, 1203 W 6TH ST, QUANAH, TX 79252 | |
| 10925 | GOSSETT, JASON, 115 PARK WILSON DR., ATHENS, TN 37303 | |
| 10925 | GOSSETT, RALPH, 4889 WEST POINT RD, LA GRANGE, GA 30240 | |
| 10925 | GOSSETT, WILLIAM, 587 OLD RIVER ROAD, PELZER, SC 29669 | |
| 10925 | GOSSIN, MARIAN, 8608 WATER FALL DR, LAUREL, MD 20723 | |
| 10925 | GOSSMAN, RICHARD, 7101 WALJIM, 1404, TYLER, TX 75703 | |
| 10925 | GOSTIN, HOWARD, 330 SALT WINDS DRIVE, EASTHAM, MA 02642 | |
| 10925 | GOSTNELL, RICHARD, 380 HELLMAN LANE, COLUMBIA FALLS, MT 59912 | |
| 10925 | GOSWELL, JOHN, 34 WINDLE PARK DR, TARRYTOWN, NY 10591 | |
| 10925 | GOTCHER, VICKIE, ROUTE 1 BOX 435, WILLIS POINT, TX 75169 | |
| 10925 | GOTEBORGS PATENTBYRA, BOX 35001, GOTEBORG, 40024SWEDEN | *VIA Deutsche Post* |
| 10925 | GOTEL, CRAIGH, 1625 CONLEY RD #99, CONLEY, GA 30027 | |
| 10925 | GOTHA, RAYMOND, 2510 W. PATAPSCO AVE APT.#2B, BALTIMORE, MD 21230 | |
| 10924 | GOTHAM FIREPROOFING INC, PO BOX 35, MATAWAN, NJ 07747 | |
| 10924 | GOTHAM INK, 19 KAY FRIES DRIVE, STONY POINT, NY 10980 | |
| 10924 | GOTHAM INK, 255 E. MAIN STREET, MARLBOROUGH, MA 01752 | |
| 10925 | GOTHARD, BARRY L, PO BOX 80034, BURLINGTON, ON L7L 6B1CANADA | *VIA Deutsche Post* |
| 10925 | GOTHARD, BARRY, 16534 GRANTS TRAIL, ORLAND PARK, IL 60462 | |
| 10925 | GOTHRUP, RAYMONDE, POST OFFICE BOX 875, FERNLEY, NV 89408 | |
| 10925 | GOTSCHALL, MARK, 4808 PARKVIEW, FT COLLINS, CO 80526 | |
| 10925 | GOTSHAW, FURMAN, ROUTE 7 CIRCLE ROAD, EASLEY, SC 29640 | |
| 10925 | GOTT, DEWAYNE, 439 N 29TH ST, LOUISVILLE, KY 40212 | |
| 10925 | GOTT, SHIRLEY, 5913 W WASHINGTON BLVD, MILWAUKEE, WI 53208-1654 | |
| 10925 | GOTTE, MARY, 1136 IRIS, CROWLEY, LA 70526 | |
| 10925 | GOTTLEIB, BRENDA, 5234 CARROLL WAREHIME RD., LINEBORO, MD 21102 | |
| 10924 | GOTTLIEB CONTRACTING, 53 WATERMILL LANE, GREAT NECK, NY 11021 | |
| 10925 | GOTTLIEB, BRENDA, 234 HANNES ST, SILVER SPRINGS, MD 20901 | |
| 10925 | GOTTRY CORP, PO BOX H WESTGATE BRANCH, ROCHESTER, NY 14624 | |
| 10925 | GOTTRY CORPORATION, PO BOX 1008, BUFFALO, NY 14240-1008 | |
| 10925 | GOTTSCHALK, JOHANN, 3140 WISCONSON AVE # 603, WASH, DC 20016 | |
| 10925 | GOTTSCHALK, KEVIN, 4400 BELLMONT PARK TERR #251, NASHVILLE, TN 37215 | |
| 10925 | GOTTSCHALL, DONNA, 726 CHESTNUT ST, SHOEMAKERSVIL, PA 19555 | |
| 10925 | GOTTSCHALL, GREGORY, 726 CHESTNUT ST, SHOEMAKERSVIL, PA 19555 | |
| 10925 | GOTTSCHALL, PATRICIA, 200 EAST WILLIAM ST, WATERLOO, NY 13168 | |
| 10925 | GOTTSCHALL, ROBERT, PO BOX 325, WATERLOO, NY 13165 | |
| 10925 | GOTTSCHALL, WILBUR, 48 GARDEN ST, SENECA FALLS, NY 13148 | |
| 10925 | GOUCHER COLLEGE, GOUCHER COLLEGE, 1021 DULANEY VALLEY RD, BALTIMORE, MD 21204 | |
| 10925 | GOUDEAU, MARY, 12685 LOCKHAVEN AVE, BATON ROUGE, LA 70815 | |
| 10925 | GOUDY, GLENN H, 2471 BIRKENHEAD DR, CHARLESTON, SC 29414 | |
| 10924 | GOUGE CONSTRUCTION, 207D ELM ST., JOHNSON CITY, TN 37601 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GOUGEON, DEVIN, 1742 BOSTON SE, GRAND RAPIDS, MI 49506

10925   GOUGEON, MICHAEL, 1035 CARLTON ARMS DR., LAKELAND, FL 33811

10925   GOUGH ECON, INC, PO BOX 668583, CHARLOTTE, NC 28266-8583

10925   GOUGH ECON,INCDEPT N-0012, PO BOX 530103, ATLANTA, GA 30353-0103

10925   GOUGH SHANAHAN JOHNSON &, PO BOX 1715, HELENA, MT 59624

10925   GOUGH SHANAHAN JOHNSON WATERMAN, PO BOX 1715, HELENA, MT 59624-1715

10925   GOUGH, CHARLES, 303 MAIDEN CHOICE LANE, CATONVILLE, MD 21228

10925   GOUGH, DONALD, RT 2 BOX 122AA, DILL CITY, OK 73641-9604

10925   GOUGH, SHANAHAN, JOHNSON, 33 S. LAST CHANCE GULCH, DODSON, MT 59524-1716

10925   GOUIN, THOMAS, 2002 FERN LANE, GREEN BAY, WI 54302

10925   GOUIRAND JT TEN, DONALD N & MARY J, 1635 E CRESTVIEW CIR, COTTONWOOD, AZ 86332-4546

10925   GOUKER, TOBY, 3591 SCHEEL DRIVE, ELLICOTT CITY, MD 21043

10925   GOULARD, BONNIE, 3525 NE FT. KING ST, OCALA, FL 34470

10925   GOULART, JEFFREY, 15097 THOITS ST., SAN LEANDRO, CA 94579

10925   GOULAS, BEVERLY, 230 JULIEN ST, BRUSLY, LA 70719

10925   GOULAS, GEORGE, 105 LAWRENCE ST, F, PALMER, MA 01069

10925   GOULASARIAN JT TEN, JOHN & LOUISA, 8018 PARK AVE, ALLEN PARK, MI 48101-1718

10925   GOULD ENVIRONMENTAL,INC, 701 N.PENNA AVE., MORRISVILLE,, PA 19067

10925   GOULD INC, MARY THOMAS,

10925   GOULD METAL WORKS, 20 W. 19TH ST, COVINGTON, KY 41014

10925   GOULD PUBLICATIONS, INC, 1333 NORTH US HWY 17-92, LONGWOOD, FL 32750-3724

10925   GOULD PUMP CO., 6733 W. 73RD ST, BEDFORD PARK, IL 60638

10925   GOULD PUMPS INCORPORATED, 240 FALL ST, SENECA FALLS, NY 13148-1573

10925   GOULD, AIDA, 70 WOODLAND ROAD, MADISON, CT 06443

10925   GOULD, ALBERT, 9 RAIL ROAD AVE, MERRIMACK, NH 03054

10925   GOULD, CLIFFORD, 809 E MINER ST 1D, ARLINGTON HEIGHTS, IL 60004

10925   GOULD, ELMER, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   GOULD, JAMES, PO BOX 144, MEEKER, CO 81641

10925   GOULD, JR, ELMER, 2464 BLACK FORST TR, ATLANTA, GA 30331

10925   GOULD, LAWRENCE, 8 SECOND AVE, WAREHAM, MA 02571

10925   GOULD, LOUIS, 8846 C DEE ROAD, DES PLAINES, IL 60016

10925   GOULD, RASHANNA, 413 EASTSIDE DR., WICHITA FALLS, TX 76305

10925   GOULDER, THOMAS, 3084 OLD MEMPHIS ROAD, COVINGTON, TN 38019-9622

10925   GOULDIE, TIMOTHY, 2214 MOHAWK, GARDEN CITY, KS 67846

10925   GOULDIN, JAMES, 907 MARIGOLD ROAD, E, GLEN BURNIE, MD 21061

10925   GOULDS PUMP PRO SHOP, 30160 EDEN CHURCH ROAD, PO BOX 964, DENHAM SPRINGS, LA 70727

10925   GOULDS PUMPS (N.Y.) INC., WHITEMAN OSTERMAN & HANNA, PHILIP H. GITLEN AND M STERTHOUSE, ONE COMMERCE PLAZA, ALBANY, NY 12260

10925   GOULDS PUMPS INCORPORATED AND GOULD, PHILLIP H GITLEN WHITEMANN OSTERMA, ONE COMMERCE PLAZA, ALBANY, NY 12260

10925   GOULDS PUMPS, INC, 11115 INDUSTRIPLEX BLVD., STE. 100, BATON ROUGE, LA 70809

10925   GOULDS PUMPS, INC, 240 FALL ST., SENECA FALLS, NY 13148

10925   GOULDS PUMPS, INC, PO BOX 1647, STAFFORD, TX 77497-1647

10925   GOULDS PUMPS, INC, PO BOX 8500-S3695, PHILADELPHIA, PA 19101-3695

10925   GOULDS PUMPS, INC, PO BOX 8500-S3695, PHILADELPHIA, PA 19178-3695

10925   GOULET, RICHARD, 162 BEECH ST, MANCHESTER, NH 03104

10925   GOULSTON & STORRS, 400 ATLANTIC AVE, BOSTON, MA 02110-3333

10925   GOULSTON AND STORRS, 400 ATLANTIC AVE, BOSTON, MA 02110-3333

10925   GOURLEY, JAMES L, 1703 S CHOLLA AVE, MESA, AZ 85202-5707

10925   GOURMET INVESTORS, GEN COUNSEL, PO BOX 901, LAWTON, OK 73502

10925   GOURMET INVESTORS, GENERAL COUNSEL, PO BOX 901, LAWTON, OK 73502

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GOUTAM GUPTA, 5210 PHILLIP LEE DR. SW, ATLANTA, GA 30336

10925   GOUTIEREZ, JIMMY, 116 MIMOSA ST, PASS CHRISTIAN, MS 39571

10925   GOUVEIA, JOHN, 1748 GOLDEN LAKE CT, CHESTERF, MO 63017-5123

10925   GOUVEIA, PAULO, 2 REGENT DRIVE, NASHUA, NH 03063

10925   GOUVION, LA, 6019 GRENADA, FAIRWAY, KS 66205

10925   GOUZA, CAREY A, 5279 S 20TH ST, MILWAUKEE, WI 53221-3853

10925   GOVAN, TRACY, 260 W. 135TH ST, 2A, NEW YORK, NY 10030

10925   GOVAN, VINCENT, 10601 WEYMOUTH ST., BETHESDA, MD 20814

10925   GOVE, GEORGE, 9 LONGVIEW TERRACE, MARSHFIELD, MA 02050

10925   GOVENOR, STATE OF IDAHO, PO BOX 83720, BOISE, ID 83720

10925   GOVERNMENT DATA PUBLICATIONS INC, 1155 CONNECTICUT AVE NW, WASHINGTON, DC 20036

10925   GOVERNMENT DATA PUBLICATIONS INC, 1661 MCDONALD AVE, BROOKLYN, NY 11230

10925   GOVERNMENT DISTRICT OF COLUMBIA, DEPT OF FINANCE AND REVENUE, MUNICIPAL CTR BLDG, RM 500S, 300 INDIAN AVE , NW, WASHINGTON, DC 20001

10925   GOVERNMENT OF ISRAEL, 8 HOOK RD, BAYONNE, NJ 07002

10924   GOVERNMENT OF ISRAEL, MISSION TO THE USA, 11TH FLOOR, 800 SECOND AVENUE, NEW YORK, NY 10017

10925   GOVERNMENT OF ISRAEL, MISSION TO U S A, 800 SECOND AVE, NEW YORK, NY 10017

10925   GOVERNMENT RESEARCH SERV., 701 JACKSON, SUITE 304, TOPEKA, KS 66603

10925   GOVERT, MAURICE, 8206 AUSTIN, SCHERERVILLE, IN 46375

10925   GOVT DATA PUBLICATIONS, 1155 CONNECTICUT AVE NW, WASHINGTON, DC 20036

10925   GOW MAC INSTRUMENT, 277 BRODHEAD RD., BETHLEHEM, PA 18017

10925   GOWAN, GRADY, 110 PINEWOOD ROAD, PAULINE, SC 29374

10925   GOWAN, POLLY, 39 RIVERBEND CIRCLE, GUNTERSVILLE, AL 35976

10924   GOWANDA CORRECTIONAL FACILITY, TAYLOR HOLLOW ROAD, GOWANDA, NY 14070

10925   GOWDER, DONNIE, 460 CARSON SEGARS ROAD, MAYSVILLE, GA 30558

10925   GOWDY, ANGELA, 2515 NE EXP.APT F-15, ATLANTA, GA 30345

10925   GOWDY, CHRISTOPHER, 2515 NE EXP. APT F15, ATLANTA, GA 30345

10925   GOWENS, CAROLYN, 802-E MOTON DR., GREENSBORO, NC 27401

10925   GOWER, BARBARA, 1026 N L9TH ST, ALLENTOWN, PA 18104

10925   GOWER, ELIZABETH, 1870 COWDEN AVE, MEMPHIS, TN 38104

10925   GOWER, GAIL, 16319 TIBET ROAD, FRIENDSWOOD, TX 77546

10925   GOWIN, CARIANN, 76 S ADELAIDE AVE, HIGHLAND PARK, NJ 08904

10925   GOWIN, JUDITH, 2511 HOLT RD., ARLINGTON, TX 76006

10925   GOWLING LAFLEUR, SUITE 2600, 160 ELGIN ST, OTTAWA, ON K1P 1C3CANADA    **\*VIA Deutsche Post\***

10925   GOWLING STRATHY & HENDERSON, PO BOX 466, STATION D, OTTAWA, ON K1P 1C3CANADA    **\*VIA Deutsche Post\***

10925   GOWLING, STRATHY & HENDERSON, 160 ELGIN ST, OTTAWA, ON K1P 1C3CANADA    **\*VIA Deutsche Post\***

10925   GOW-MAC INSTRUMENT CO., PO BOX 25444, LEHIGH VALLEY, PA 18002-5444

10925   GOWRIE, POLLYANN, 15114 DICKENS ST #1, SHERMAN OAKS, CA 91403

10925   GOWS, TEANNIA, 75 WELLINGTON HLL ST, MATTAPAN, MA 02126

10924   GOYA FOODS, 100 SEAVIEW DRIVE, SECAUCUS, NJ 07096

10924   GOYA FOODS, 650 NEW COUNTY ROAD, SECAUCUS, NJ 07096

10925   GOYAIT, RONALD, 75 ANVIL DRIVE, NASHUA, NH 03061

10925   GOYANES, FRANCIS, 175 W. NORTH ST, NAZARETH, PA 18064-1432

10925   GOYEN VALVE CORP., 1195 AIRPORT RD., LAKEWOOD, NJ 08701

10925   GOYEN VALVE CORP., PO BOX 13488, NEWARK, NJ 07188-0488

10925   GOYEN VALVE CORPORATION, PO BOX 13488, NEWARK, NJ 07188-0488

10925   GOYTISOLO JR., JORGE, 12512 HAPPY HOLLOW, COCKEYSVILLE, MD 21030

10925   GOYTISOLO SR., JORGE, 8716 VALLEYFIELD ROAD, LUTHERVILLE, MD 21093

10925   GOYTISOLO, JR, JORGE A, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   GOYTISOLO, SR, JORGE A, 600 GRAPETREE DR, MIAMI, FL 33149

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GOZUM, SALVADOR, 1891 SUMAC ST., LA VERNE, CA 91750

10925    G-P GYPSUM CORP., HWY. 19 SOUTH, CUBA, MO 65453

10924    G-P GYPSUM CORPORATION, 1101 SOUTH FRONT ST, CAMDEN, NJ 08101

10924    G-P GYPSUM CORPORATION, 122 OLD DOVER RD, NEWINGTON, NH 03801

10924    G-P GYPSUM CORPORATION, 122 OLD DOVER ROAD, NEWINGTON, NH 03801

10924    G-P GYPSUM CORPORATION, 1240 ALEXANDER AVENUE, TACOMA, WA 98412

10924    G-P GYPSUM CORPORATION, 1401 WATER STREET, LONG BEACH, CA 90802

10924    G-P GYPSUM CORPORATION, 1700 BUTTERWORTH ROAD, FLINT, MI 48504

10924    G-P GYPSUM CORPORATION, 1700 BUTTERWORTH ROAD, GRAND RAPIDS, MI 49544

10924    G-P GYPSUM CORPORATION, 801 MINAKER DR, ANTIOCH, CA 94509

10924    G-P GYPSUM CORPORATION, CAMBRIDGE, MA 02140

10924    G-P GYPSUM CORPORATION, WALSTROM ROAD, SAVANNAH, GA 31402

10925    GP:50, PO BOX 1150, GRAND ISLAND, NY 14072-1150

10925    GPAS INC, 58 MCLANE COURT, DIX HILLS, NY 11746

10925    GPM ASSOCIATES INC., 100 DOBBS LANE PO BOX 605, SUITE 212, CHERRY HILL, NJ 08003

10925    GPM, INC, POBOX 26850, MACON, GA 31221-6850

10925    GPT ACTON LLC, 419 GREAT RD #2, ACTON, MA 01720

10924    GPTV, C/O ALPHA INSULATION, ATLANTA, GA 30318

10924    GPU ENERGY @ @, 300 MADISON AVENUE (RTE. 124, MORRISTOWN, NJ 07960

10924    GPU ENERGY, 2800 POTTSVILLE PIKE      AL SHEPL, READING, PA 19605

10924    GPU ENERGY, 405 WEST PLANK ROAD, PO BOX 736288, ALTOONA, PA 16603

10924    GPU ENERGY, 800 18TH AVENUE, BELMAR, NJ 07719

10925    GRABAR ELECTRIC CO INC, 803-242-5930, NORCROSS, GA 30091

10925    GRABBATIN, BEVERLY, 1400 OLD STATE RD. EXT., WATERLOO, NY 13165-9420

10924    GRABBER BUILDCO, 823 N. HAMMONDS FERRY ROAD, LINTHICUM, MD 21090

10924    GRABBER KASS, 3104-6 EXPRESSWAY DRIVE SOUTH, ISLANDIA, NY 11722

10924    GRABER CONC PIPE CO, 24W 121 ARMY RAIL ROAD, BLOOMINGDALE, IL 60108

10924    GRABER CONC PIPE CO, 24W 121 ARMY TRAIL RD, BLOOMINGDALE, IL 60108

10925    GRABER, JAMES, 430 WATER ST NW, MASSILON, OH 44647

10925    GRABER, LAURA, 125 SPARTANBURG ROAD, DUNCAN, SC 29334-9612

10925    GRABER, SHIRLEY, W 6695 COUNTY C, MONTICELLO, WI 53570-9792

10925    GRABIEC, DAMON, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    GRABIEC, DAMON, 88 MAPLE ST APT 1, MALDEN, MA 02148

10925    GRAB-IT ENTERPRIZES, 9425 SW 80TH AVE, MIAMI, FL 33156

10925    GRABLE, MAURICE, 2305 LINCOLN ST # B, MACON, GA 31206

10925    GRABOFSKY, EDWIN, 3801 APACHE AVE., BAKERSFIELD, CA 93309

10925    GRABOWSKI, DEBRA, MCNABB MHP 88-39 PARKER DRIVE, ANNISTON, AL 36206

10925    GRABOWSKI, MARGARET, PO BOX 237, GASBURG, VA 23857

10925    GRABOWSKI, NANCY, 63 MT PLEASANT ROAD, NEWTOWN, CT 06470

10925    GRABOWY, AUDREY, 4 DEER RUN DR, BRIDGEWATER, NJ 08807

10925    GRACA, DINIS, 9 FLORAL ST, TAUNTON, MA 02780

10925    GRACA, MARIA, 111 SYLVIAN STA., CENTRAL FALLS, RI 02863

10925    GRACA, MARIA, 442 WEIR ST, TAUNTON, MA 02780

10924    GRACE & CO. - CANADA LTD. (842), 294 CLEMENTS ROAD WEST, CA L1S 3C6 AJAX ONTARIO, ON    **\*VIA Deutsche Post\***
        L1S 3C6TORONTO

10925    GRACE (1460), LAGO RINHUE, LO ESPEJO, SANTIAGO DE CHILE, 02176CHILE    **\*VIA Deutsche Post\***

10925    GRACE (4460), LAGO RINHUE, LO ESPEJO, SANTIAGO DE CHILE, 02176CHILE    **\*VIA Deutsche Post\***

10925    GRACE (5460), LAGO RINHUE, LO ESPEJO, SANTIAGO DE CHILE, 02176CHILE    **\*VIA Deutsche Post\***

10925    GRACE (NEW ZEALAND) LIMITED (1310), 26 MOHUIA CRESCENT, PORIRUA, NEW ZEALAND    **\*VIA Deutsche Post\***

10924    GRACE (NEW ZEALAND) LIMITED (819), ATTN. MARK GULDON, PRIVATE BAG 50901, PORIRUA, 0NZL    **\*VIA Deutsche Post\***

10924    GRACE (NEW ZEALAND) LTD  (819), PRIVATE BAG 50901, PORIRUA, 0NZL    **\*VIA Deutsche Post\***

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRACE (NEW ZEALAND) LTD.(4110), 26 MOHUIA CRESCENT, PORIRUA, NEW ZEALAND | *VIA Deutsche Post* |
| 10924 | GRACE (NZ) LIMITED - INTEREST (819), PROSSER STREET, ELSDON, PORIRUA, 0NZL | *VIA Deutsche Post* |
| 10924 | GRACE (NZ) LIMITED - LOAN (819), PROSSER STREET, ELSDON, PORIRUA, 0NZL | *VIA Deutsche Post* |
| 10924 | GRACE (PHILIPINES) INC.-INT (766), CANLUBANG INDUSTRIAL PARK, CANLUBANG, LAGUNA, 0PHL | *VIA Deutsche Post* |
| 10924 | GRACE (PHILIPINES) INC.-LOAN (766), CANLUBANG INDUSTRIAL PARK, CANLUBANG, LAGUNA, 0PHL | *VIA Deutsche Post* |
| 10924 | GRACE (SINGAPORE) PTE LTD, JURONG INDUSTRIAL TOWN, 25 TANJONG PENJURU, SINGAPORE, 609024SGP | *VIA Deutsche Post* |
| 10924 | GRACE (SINGAPORE) PTE, 25 TANJONG PENJURU, SINGAPORE, 09999SGP | *VIA Deutsche Post* |
| 10925 | GRACE A ALTENAU, 544 78 ST, BROOKLYN, NY 11209-3706 | |
| 10925 | GRACE A GIBSON, 2505 JACARANDA, HARLINGEN, TX 78550-8601 | |
| 10925 | GRACE A GIRDWAIN, 8320 S NASHVILLE AVE, BURBANK, IL 60459-2333 | |
| 10924 | GRACE AB - SWEDEN (706), INDUSTRIGATAN 125, HELSINGBORG, 25106SWE | *VIA Deutsche Post* |
| 10925 | GRACE AB (706), BOX 622, HELSINGBORG, 251 06SWEDEN | *VIA Deutsche Post* |
| 10924 | GRACE AB (SWEDEN), INDUSTRIGATAN 125, HELSINGBORG, 25106SWE | *VIA Deutsche Post* |
| 10925 | GRACE A-B II INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE A-B INC., BERGA ALLE, SE-254 52, HELSINGBORG, SWEDEN | *VIA Deutsche Post* |
| 10924 | GRACE AG, DATTENMATTRASSE 16, KUONIMATT, KRIENS BEI LUZERN, SZ 06010UNK | *VIA Deutsche Post* |
| 10925 | GRACE ALLEGRETTI &, RICCIARDO ALLEGRETTI JT TEN, 26 JASPER ST, STATEN ISLAND, NY 10314-6304 | |
| 10925 | GRACE ALUMNI ASSOCIATION INC, 4 ANTIGUA CIRCLE, ENGLEWOOD, FL 34223-1803 | |
| 10925 | GRACE ANA RABY RAMIREZ, 11/35 VICTORIA ROAD, PARRAMATTA, NSW, SYDNEY, 02150AUSTRALIA | *VIA Deutsche Post* |
| 10925 | GRACE ANN CLARK, 676 MOUNTAIN RD, SUFFIELD, CT 06078-2010 | |
| 10924 | GRACE ARGENTINA - INTEREST, 1878 QUILMES, PV., BUENOS AIRES, 01878ARG | *VIA Deutsche Post* |
| 10924 | GRACE ARGENTINA - LOAN (277), 1878 QUILMES, PV., BUENOS AIRES, 01878ARG | *VIA Deutsche Post* |
| 10924 | GRACE ARGENTINA - LOAN, 1878 QUILMES, PV., BUENOS AIRES, 01878ARG | *VIA Deutsche Post* |
| 10924 | GRACE ARGENTINA (816), PRIMERA JUNTA 550, 1878 QUILMES, BUENAS AIRES, 0ARG | *VIA Deutsche Post* |
| 10925 | GRACE ARGENTINA S A, PRIMERA JUNTA 570, BUENOS AIRES, 01878ARGENTINA | *VIA Deutsche Post* |
| 10924 | GRACE ARGENTINA S. A., BUENOS AIRES, PRIMERA JUNTA 550, ARGENTINA, 09999ARG | *VIA Deutsche Post* |
| 10924 | GRACE ARGENTINA S.A.(277), PRIMERA JUNTA 570 SR#277, 1878 QUILMES, BUENOS AIRES, 0ARG | *VIA Deutsche Post* |
| 10924 | GRACE ARGENTINA S.A., PRIMERA JUNTA 550, 1878 QUILMES, PV., BUENOS AIRES, 01878ARG | *VIA Deutsche Post* |
| 10924 | GRACE ASIA PACIFIC INC (784), NATIONAL MUTUAL CENTRE, 151 GLOUCESTER ROAD, WANCHAI, HKG | *VIA Deutsche Post* |
| 10924 | GRACE ASIA PACIFIC INC(784), NATIONAL MUTUAL CENTRE, 151 GLOUCESTER ROAD, WANCHAI, HKG | *VIA Deutsche Post* |
| 10925 | GRACE ASIA PACIFIC, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE AUSTRAILIA PTY LTD.(4103), 13 GLASSFORD ROAD, KEWDALE, WA 06105 | |
| 10925 | GRACE AUSTRAILIA PTY LTD.(4104), 14 COLEBARD ST WEST, ARCHERFIELD, QLD, 04108AUSTRALIA | *VIA Deutsche Post* |
| 10925 | GRACE AUSTRAILIA PTY LTD.(4105), 6/42 KEANE ST, TOWNSVILLE, QLD, 04812AUSTRALIA | *VIA Deutsche Post* |
| 10925 | GRACE AUSTRAILIA PTY LTD.(4106), 15-20 JACOBSEN CRESCENT, HOLDEN HILL SA, 5088AUSTRAILIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA LTD - INT. (770), 1126 SYDNEY ROAD, FAWKNER, MELBOURNE, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA LTD - LOAN (770), 1126 SYDNEY ROAD, FAWKNER, MELBOURNE, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY LTD (770), DAREX CONTAINER PRODUCTS, STORE 1, 1126 SYDNEY ROAD, FAWKNER 3060 VIC., 0AUSTRALIA | *VIA Deutsche Post* |
| 10925 | GRACE AUSTRALIA PTY LTD, 1126 SYDNEY ROAD, FAWKNER VIC, 3060AUSTRALIA | *VIA Deutsche Post* |
| 10925 | GRACE AUSTRALIA PTY LTD.(4102), BLOCK M, 391 PARK ROAD, REGENTS PARK ESTATE, 02143AUSTRALIA | *VIA Deutsche Post* |
| 10925 | GRACE AUSTRALIA PTY LTD.(5101), 1126 SYDNEY ROAD, FAWKNER, 03060AUSTRALIA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRACE AUSTRALIA PTY LTD., 1126 SYDNEY ROAD, FAWKNER VIC, 3060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD. (1301), STORE 1- ENTRANCE VIA LYNCH ROAD, FAWKNER, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD. (4101), 1126 SYDNEY RD., FAWKNER, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD. (4103), 13 GLASSFORD ROAD, KEWDALE, 06105AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD. (4106), 16-20 JACOBSEN CRESCENT, HOLDEN HILL, 05088AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD. (5101), 1126 SYDNEY RD., FAWKNER, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD. (818), BLOCK M, 391 PARK ROAD, REGENTS PARK ESTATE, 02143AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD.(818), 1126-1134 SYDNEY RD., FAWKNER, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA PTY. LTD.(818), ATTN. MARK GULDON, 1126-1134 SYDNEY RD., FAWKNER, 03060AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRALIA, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | GRACE AUSTRALIA-CHEMCO (818), 1126 SYDNEY ROAD, FAWKNER   3060 VIC, 0AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE AUSTRLIA LTD, 1126 SYDNEY RD/EMANDANICI, AUSTRALIA, 09999AUSTRALIA | *VIA Deutsche Post* |
| 10924 | GRACE B.V., ESSENBAAN 9 A/B, ROTTERDAM, 2908 NLNLD | *VIA Deutsche Post* |
| 10924 | GRACE B.V., P O BOX 87, CAPELLE A.D. LJSSEL, THE NETHERLANDS, 2900 ABNLD | *VIA Deutsche Post* |
| 10924 | GRACE BAYEM, AV. ISIDRO FABELO  S/N, PARQUE INDUSTRIAL SANTIAGO, TIANQUISTENCO, ESTADO DE MEXICO, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE BELGUIM (723), SMALLANDIAAN 1-3, B2660, ANTWERPEN (HOBOKEN), 0BELGIUM | *VIA Deutsche Post* |
| 10925 | GRACE BIOREMEDATION TECHNOLOGIES, 2365 DIXIE RD, MISSISSAUGA, ON L4Y 2A2CANADA | *VIA Deutsche Post* |
| 10924 | GRACE BIOREMEDIATION TECHNOLOGIES, 2365 DIXIE ROAD, MISSISSAUGA, ON L4Y 2A2TORONTO | *VIA Deutsche Post* |
| 10925 | GRACE BIOREMEDIATION TECHNOLOGIES, 3465 SEMENYK COURT, MISSISSAUGA ONTARIO CA, ON L5C 4P9CANADA | *VIA Deutsche Post* |
| 10924 | GRACE BLDG, CORNER OF 42ST & 6 AVE, 1114 6TH AVE, NEW YORK, NY 10036 | |
| 10924 | GRACE BRASIL (180), AV. PARANA, 27- CAJURU, SOROCABA-SP CEP-18035-590, BRAZIL | |
| 10925 | GRACE BRASIL LTDA (1440), AV PARANA 27, BAIRRO CAJURU DO SUL, SOROCABA, 18105-000BRASIL | *VIA Deutsche Post* |
| 10925 | GRACE BRASIL LTDA (1441), AV MOFARREJ 619, VILA LEOPOLDINA, SAO PAULO, 05311-902BRASIL | *VIA Deutsche Post* |
| 10925 | GRACE BRASIL LTDA (4440), AV PARANA 27, BAIRRO CAJURU DO SUL, SOROCABA, PR 18105-000 | |
| 10925 | GRACE BRASIL LTDA (4441), AV MOFARREJ 619, VILLA LEOPOLDINA, SAO PAULO, 05311-902BRASIL | *VIA Deutsche Post* |
| 10925 | GRACE BRASIL LTDA (5440), AV PARANA 27, BAIRRO CAJURU DO SUL, SOROCABA, 18105-000BRAZIL | *VIA Deutsche Post* |
| 10925 | GRACE BRASIL LTDA (5440), AV PARANA 27, BAIRRO CAJURU DO SUL, SOROCABA, PR 18105-000PUERTO RICO | *VIA Deutsche Post* |
| 10925 | GRACE BRASIL LTDA (5441), AV MOFARREJ 619, VILA LEOPOLDINA, SAO PAULO, 05311-902BRASIL | *VIA Deutsche Post* |
| 10925 | GRACE BRASIL LTDA (5441), AV MOFARREJ 619, VILA LEOPOLDINA, SAO PAULO, 05311-902BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA, VILA LEOPOLDINA, 05311-902, SAO PAULO, 0BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA. (180), AV.MOFARREJ, 619-V. LEOPOLDINA, SAO PAULO, 05311-902BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA. (180), AV.MOFARREJ, 619-VILLA LEOPOLDINA, SAO PAULO - SP, 05311-902BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA. (180), AVDA. PARANA 4640, CAJURU DO SUL, 18105-000BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA. (180), AVE. MOFARREJ, 619, VILA LEOPOLDINA, CEP 05311-902, SAO PAULO, 0BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA. (4440), AV. PARANA, 4690, SOROCABA, 18105-000BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA. (5440), ATN. ANDRE LUIS SOUZA, AV PARANA 27, BAIRRO CAJURU DO SUL, SOROCABA, 18035-590BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL LTDA. (5441), AV MOFARREJ 619, VILLA LEOPOLDINA, SAO PAULO, 05311-902BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL S/A (1440), AV PARANA 27, BAIRRO CAJURU DO SUL, SOROCABA, 18105-000BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRASIL S/A (1441), AV MOFARREJ 619, VILLA LEOPOLDINA, SAO PAULO, 05311-902BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRAZIL S.A. LTDA. - INT (180), AVE. MOFARREJ 619, SAO PAULO, BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRAZIL S.A. LTDA. - INTEREST, AVE. MOFARREJ 619, SAO PAULO, 0BRAZIL | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | GRACE BRAZIL S.A. LTDA. - LOAN, AVE. MOFARREJ 619, SAO PAULO, 0BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BRAZIL S.A. LTDA.- LOAN (180), AVE. MOFARREJ 619, SAO PAULO, BRAZIL | *VIA Deutsche Post* |
| 10925 | GRACE BRAZIL S.A., AV. MOFARREJ 619, VILLA LEOPOLDINA, SAO PAULO, 05311-902BRAZIL | *VIA Deutsche Post* |
| 10924 | GRACE BUILDING, 1112 AVE OF AMERICAS, NEW YORK, NY 10001 | |
| 10924 | GRACE BUILDING, 1114 6TH AVE, NEW YORK, NY 10001 | |
| 10924 | GRACE BUILDING, 1114 6TH AVENUE, NEW YORK, NY 10001 | |
| 10924 | GRACE BUILDING, 1114 AVENUE OF AMERICAS, NEW YORK, NY 10001 | |
| 10924 | GRACE BUILDING, THE, 1114 6TH AVENUE, NEW YORK, NY 10001 | |
| 10925 | GRACE C DE PINTO, 21 NORTON RD, EAST BRUNSWICK, NJ 08816-1703 | |
| 10925 | GRACE C HAUSSNER, 38760 ADCOCK DR, FREMONT, CA 94536-4387 | |
| 10925 | GRACE CANADA - ST LOAN, 294 CLEMENT ROAD W, AJAX, ON L1S 3C6CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA INC (5270), 42 RUE FABRE, VALLEYFIELD, QC J6S 4K7CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA INC (TP 851), 294 CLEMENTS RD. W., AJAX, ON L1S 3C6CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA INC, 3465 SEMENYK COURT, MISSISSAUGA, ON L5C 4P9CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA INC., 294 CLEMENTS ROAD WEST, AJAX, ON L1S 3C6CANADA | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC (5270), 42 RUE FARBE, VALLEYFIELD, QC J6S 4K7TORONTO | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC (5270), GRACE DAVISON, 42 RUE FABRE, VALLEYFIELD, QC J6S 4K7CANADA | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC (HALIFAX) (4200), 6450 YOUNG STREET, HALIFAX, NS B3L 2A3TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC (MONTREAL) (799), 255 LAFLEUR AVE., MONTREAL, QC H8R 3H4TORONTO | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC (TP 851), 14810 123 AVE, EDMONTON, AB T5L 2Y5CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC (TP 851), 255 LAFLEUR AVE, LASALLE, QC H8R 3H4CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC (TP 851), 476 INDUSTRIAL AVE, VANCOUVER, BC V6A 2P3CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC (TP 851), PO BOX 19086 STATION A, TORONTO, ON M5W 2W8CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC, 1140 PACIFIC AVE, WINNIPEG, MB R3E 1G6CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC, 294 CLEMENTS ROAD WEST, AJAX, ON L1S 3C6CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC, 3916 61ST AVE S.E., CALGARY, AB T2C 1Z4CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC, 40 THORNHILL DRIVE, DARTMOUTH, NS B3B 1S1CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CANADA, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | GRACE CANADA, INC.  (4208), 294 CLEMENTS RD. WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC.  (799), 294 CLEMENTS RD. WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC. (799), 294 CLEMENTS RD. W., AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC. (799), 294 CLEMENTS RD. WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC. (799), 294 CLEMENTS ROAD WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC. (829), RUE FABRE 42, VALLEYFIELD, QC J6S 4K7TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC. (834), 294 CLEMENTS RD. WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC. (CALGARY) (4204), 3916 61 AVE. SE, CALGARY, AB T2C 1Z4TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC.(EDMONTON) (4205), 14810 123 AVE., EDMONTON, AB T5L 2Y5TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC.(VANCOUVER)(4206), 476 INDUSTRIAL AVE., VANCOUVER, BC V6A 2P3TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC.(WINNIPEG) (4203), 1140 PACIFIC AVE., WINNIPEG, MB R3E 1G6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC., 2365 DIXIE ROAD, MISSISSAUGA, ON L4Y 2A2TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC., 255 LAFLEUR AVENUE, LASALLE, QC H8R 3H4TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC., 294 CLEMENTS RD. WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC., 476 INDUSTRIAL AVE., VANCOUVER, BC V6A 2P3TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CANADA, INC., 5205 HARVESTER ROAD, UNIT #4, BURLINGTON, ON L7L 5V1TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE CATHEDRAL, RAYMOND INTERIORS, SAN FRANCISCO, CA 94124 | |
| 10924 | GRACE CENTRAL AMERICA, 6A AVE O-60 ZONE 4 TORRE PROFESS, GUATAMALA, 0GTM | *VIA Deutsche Post* |
| 10924 | GRACE CENTRAL AMERICA, ATTN: PAUL MACEACHRNN, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GRACE CENTRAL AMERICA, EDIF. TORRE PROFESSIONAL II, 8 NIVEL OF 8-12, 6A AVE 0-60, ZONA 4, GUATEMALA, 0GTM | *VIA Deutsche Post* |
| 10924 | GRACE CHEMICALS K.K.  (806), 100 KANEDA, ATSUGI-SHI, KANAGAWA-KEN, 243-0807JPN | *VIA Deutsche Post* |
| 10924 | GRACE CHEMICALS K.K.  (806), M-PRESS BLD. 5F, 2-9-6 HAMAMATSU-CHO, MINATO-KU, TOKYO, 105-0013JPN | *VIA Deutsche Post* |
| 10925 | GRACE CHEMICALS K.K. (JAPAN), 2-12-9, SHIBADAIMON MINATO-KU, TOKYO, 105-0012JAPAN | *VIA Deutsche Post* |
| 10924 | GRACE CHINA (785), ECONOMIC & TECHNOLOGICAL (DEV) ZONE, 30 JING YI ROAD, MINHANG, SHANGHAI, 200040CHN | *VIA Deutsche Post* |
| 10924 | GRACE CHINA LTD (785), (DEV.) ZONE, 30 HANGHE ROAD, SHANGHAI, 200245CHN | *VIA Deutsche Post* |
| 10924 | GRACE CHINA LTD. (1360) (929), MINHANG ECONOMIC & DEVELOPMENT ZONE, 31 HONG HE ROAD, SHANGHAI, 200240CHN | *VIA Deutsche Post* |
| 10924 | GRACE CHINA LTD. (4190) (929), MINHANG ECONOMIC & DEVELOPMENT ZONE, 31 HONG HE ROAD, SHANGHAI, 200240CHN | *VIA Deutsche Post* |
| 10924 | GRACE CHINA LTD. (785), MINHANG ECON. & TECH. (DEV.) ZONE, 30 HONGHE ROAD, SHANGHAI, 200245CHN | *VIA Deutsche Post* |
| 10925 | GRACE CHINA LTD., 31 HONG HE ROAD, MINHANG, SHANGHAI, CHINA | *VIA Deutsche Post* |
| 10925 | GRACE CHINA LTD., MINHANG ECONOMIC & DEVELOPMENT ZONE, SHANGHAI, 200240SHANGHAI | *VIA Deutsche Post* |
| 10925 | GRACE CHINA LTD.GZ BRANCH, INDUSTRY ROAD, GUANGZHOU, 0 | |
| 10925 | GRACE CHINA LTD.GZ BRANCH, NANAN VILLAGE, XIN TANG TOWN, ZENGCHENG CITY, 0CHINA | *VIA Deutsche Post* |
| 10925 | GRACE CHINA LTD.TJ BRNACH (4192), N18 JIAN CAI ROAD,, TANGGU, 300457CHINA | *VIA Deutsche Post* |
| 10924 | GRACE CN. ZEALAND. LTD. (765), PRIVATE BAG 50901, PORIRUA, 09999NZL | *VIA Deutsche Post* |
| 10924 | GRACE CN.Z.LTD, PRIVATE BAG 50901, NEW ZEALAND, 09999NZL | *VIA Deutsche Post* |
| 10925 | GRACE COCOA, 12500 WEST CARMEN AVE, MILWAUKEE, WI 53225 | |
| 10925 | GRACE COCOA, 300 FIRST STAMFORD PL, STAMFORD, CT 06902 | |
| 10924 | GRACE COCOA, ATTN: CATHERINE MILLER, STAMFORD, CT 06912 | |
| 10924 | GRACE COCOA, STATIONSSTRAAT 76, KOOG AAN DE ZAAN, 0000 AANLD | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA S. A., CAMBRIDGE, MA 02140 | |
| 10924 | GRACE COLOMBIA S.A.  (280), CALLE 18 #69-19/R. BARCENA, ZONA INDUSTRIAL MONTEVIDEO, BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA S.A., CALLE 18 NO. 69-19, COLUMBIA, 0COLOMBIA | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA, S.A. - INT (280), CALLE 18 69-19, BOGOTA DE, COLOMBIA | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA, S.A. - INTEREST, CALLE 18 69-19, BOGOTA DE, 0COLOMBIA | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA, S.A. - LOAN (280), CALLE 18 69-19, BOGOTA DE, COLOMBIA | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA, S.A. - LOAN, CALLE 18 69-19, BOGOTA DE, 0COLOMBIA | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA, S.A. (280), ATTN. LESBY ELENA BETANCOURT, CALLE 18 # 69-18, SANTA FE DE BOGOTA, IT UNK | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA, S.A. (280), CALLE 18 # 69-19, SANTA FE DE BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10924 | GRACE COLOMBIA, S.A., ATTN. OSCAR PENNA, CALLE 18 # 69-19, SANTA FE DE BOGOTA, COLOMBIA | *VIA Deutsche Post* |
| 10925 | GRACE COLOMBIA, SA, CALLE 18 # 69-19, BOGOTA, BOGOTA | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS (4126), ADRESS IN VI?A DEL MAR, VI?A DEL MAR, 02176 | |
| 10924 | GRACE CONSTRUCTION PRODUCTS (4126), ADRESS IN VI?A DEL MAR, VI?A DEL MAR, 02176CHL | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS (4461), PUERTO MONTT # 3250, ANTOFAGASTA, 02176 | |
| 10924 | GRACE CONSTRUCTION PRODUCTS (795), ATTN. STEVE HICKS, 635 AJAX AVENUE, SLOUGH, SL1 4BHGBR | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS 4698, 7221 W PARKLAND CT, MILWAUKEE, WI 53223 | |
| 10925 | GRACE CONSTRUCTION PRODUCTS 4698, MILWAUKEE, PO BOX 96160, CHICAGO, IL 60693 | |
| 10924 | GRACE CONSTRUCTION PRODUCTS LIMITED, 635 AJAX AVE, BERKSHIRE, SLOUGH, SL1 4BHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS LTD, 635 AJAX AVE, SLOUGH, BK SL1 4BHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS LTD., FOUNDRY LANE, WIDNES CH, WA8 8UDUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | GRACE CONSTRUCTION PRODUCTS LTD., FOUNDRY LN., WIDNES, WA8 8UDGBR | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRACE CONSTRUCTION PRODUCTS TP 795, 1, MARSTON ROAD, ST NEOTS, CAMBRIDGESHIRE, PE19 2HNUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, 2 DEVON ROAD, PINETOWN, 03610 | |
| 10925 | GRACE CONSTRUCTION PRODUCTS, 294 CLEMENTS ROAD WEST, AJAX, ON L1S 3C6CANADA | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, 38, PEI-YUAN ROAD, CHUNG LI CITY, TAIWAN | *VIA Deutsche Post* |
| 10924 | GRACE CONSTRUCTION PRODUCTS, 628 AJAX AVENUE, SLOUGH, SL1 4BHGBR | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, 639, KO-JAN DONG, NAM-DONG KU, INCHON, 405-310SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, 64 RIGGER ROAD, KEMTON PARK, SPARTAN JOHANNESBURG, 01620SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, 6445 W. JONES AVE., ZELLWOOD, FL 32798 | |
| 10925 | GRACE CONSTRUCTION PRODUCTS, 733 LANEY WALKER BLVD., AUGUSTA, GA 30901 | |
| 10925 | GRACE CONSTRUCTION PRODUCTS, CALLE RIERA DE FONOLLAR 12, SANT BOI DE LLOBREGAT, 08830SPAIN | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, CORNER MILL & ISCOR ST S, BELLVILLE, CAPE TOWN, 07535SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, UL NIEDZWIEDZIA 10A, WARSZAWA, 02-737POLAND | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, WESTERN INDUSTRIAL ESTATE, DUBLIN, 12IRELAND | *VIA Deutsche Post* |
| 10925 | GRACE CONSTRUCTION PRODUCTS, ZONA INDUSTRIAL NORTE SUR 3, VALENCIA, CARABOBO, 02003VENUZUELA | *VIA Deutsche Post* |
| 10924 | GRACE CONTAINER & CHEMICAL, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | GRACE CONTAINER DIVISION, 6050 WEST 51ST STREET, CHICAGO, IL 60638 | |
| 10925 | GRACE CONTAINER PRODUCTS, PO BOX 45, WORMEVEER, 1520 AANETHERLANDS | *VIA Deutsche Post* |
| 10925 | GRACE CONTAINER PRODUCTS, PO BOX 91548, CHICAGO, IL 60693 | |
| 10925 | GRACE CONTAINER S A DE C V, AV ISIDRO FABELA S/N, SANTIAGO TIANGUISTENCO, 52600MEXICO | |
| 10924 | GRACE CONTAINER S.A. DE C.V. (292), AV. ISIDRO FABELA S/N, SANTIAGO  TIANGUISTENCO, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE CONTAINER S.A. DE C.V. (292), RFC: GCO-961022-5W8, PARQUE INDUSTRIAL, AV. ISIDRO FABELA, SANTIAGO TIANGUISTENCO, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE CONTAINER S.A. DE C.V.(292), AV. ISIDRO FABELA S/N, COLONIA PARQUE INDUSTRIAL, SANTIAGO, TIANGUISTENCO, ESTADO DE MEXICO, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE CONTAINER S.A. DE C.V., INTERAMERICA INDUSTRIAL PARK, 14108 BUSINESS AVENUE, LAREDO, TX 78041 | |
| 10924 | GRACE CONTAINER, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | GRACE CONTAINER, 6050 WEST 51ST. STREET, CHICAGO, IL 60638-1485 | |
| 10925 | GRACE CONTAINER, SA DE CV (MEXICO), 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE CONTAINER, SA DE CV(1430), PARQUE INDUSTRIAL SANTIAGO TIANGUIS, SANTIAGO TIANGUISTENCO, 52600 | |
| 10925 | GRACE CONTAINER, SA DE CV, AV ISIDRO FABELA S/N, SANTIAGO TIANGUISTENCO, 52600MEXICO | *VIA Deutsche Post* |
| 10925 | GRACE CONTAINER, SA DE CV, FRACCIONAMIENTO INDUSTRIAL, TOLUCA, 52600MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE CORPORATE CANADA, 3465 SEMENYK COURT, MISSISSAUGA, ON L5C 4P8TORONTO | *VIA Deutsche Post* |
| 10925 | GRACE CORSO, 10 W 15TH ST APT 528, NEW YORK, NY 10011-6821 | |
| 10924 | GRACE COSTA RICA, COSTA RICA, PR 99999PUERTO RICO | *VIA Deutsche Post* |
| 10924 | GRACE COVENANT CHURCH, C/O TRUE FIREPROOFING, AUSTIN, TX 78759 | |
| 10925 | GRACE CULINARY SYSTEMS, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE DAREX GMBH #420, DAREX, ATTN.HORSTMANN, INGRID, ERLENGANG 31 - POSTBOX 14 27, NORDERSTEDT, 22844GERMANY | *VIA Deutsche Post* |
| 10925 | GRACE DAREX GMBH #420, ERLENGANG 31, POSTBOX 14 27, NORDERSTEDT, 22844GERMANY | *VIA Deutsche Post* |
| 10924 | GRACE DAREX GMBH (1530) (420), ATTN. SVEN HOFFMANN, ERLENGANG 31, NORDERSTEDT, 22844DEU | *VIA Deutsche Post* |
| 10925 | GRACE DAREX GMBH, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | GRACE DAREX, 6050 W. 51ST STREET, CHICAGO, IL 60658 | |
| 10924 | GRACE DAVISION (5201), 6050 W 51ST STREET, CHICAGO, IL 60638 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GRACE DAVISON (####), 5215 KENNEDY AVENUE, EAST CHICAGO, IN 46312 | |
| 10924 | GRACE DAVISON (032), 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | GRACE DAVISON (032), 7500 GRACE DRIVE, COLUMBIA, MD 21044-4098 | |
| 10924 | GRACE DAVISON (5202), 12344 NORTHWEST HIGHWAY, DALLAS, TX 75228 | |
| 10925 | GRACE DAVISON (5220), 4000 N. HAWTHRNE ST, CHATTANOOGA, TN 37406 | |
| 10924 | GRACE DAVISON (5250), HIGHWAY 1 NORTH, AIKEN, SC 29802 | |
| 10924 | GRACE DAVISON (5280), 4099 WEST 71ST STREET, CHICAGO, IL 60629 | |
| 10924 | -GRACE DAVISON (829), 42, RUE FABRE, VALLEYFIELD, QC J6S 4K7TORONTO | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON (TP 032), PO BOX 75147, CHARLOTTE, NC 28275 | |
| 10924 | GRACE DAVISON CANADA (829), 294 CLEMENTS ROAD WEST, AJAX, ON L1S 3C6TORONTO | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON CHEMICAL, PO BOX 2117, BALTIMORE, MD 21203 | |
| 10924 | GRACE DAVISON GMBH (727), ERLEGANG 31, ERLEGANG, NORDERSTEDT  D22841, 0DEU | *VIA Deutsche Post* |
| 10924 | GRACE DAVISON MEMBRANE (5260), 8101 MIDWAY DRIVE, LITTLETON, CO 80125 | |
| 10925 | GRACE DAVISON, 108 PILGRIM RD, GREENVILLE, SC 29607 | |
| 10924 | GRACE DAVISON, 4000 HAWTHORNE STREET, CHATTANOOGA, TN 37406 | |
| 10924 | GRACE DAVISON, 4000 N. HAWTHORNE STREET, CHATTANOOGA, TN 37406 | |
| 10924 | GRACE DAVISON, 4220 78TH AVENUE, CALGARY, AB T2C 2Z5TORONTO | *VIA Deutsche Post* |
| 10924 | GRACE DAVISON, 4775 PADDOCK ROAD, CINCINNATI, OH 45229 | |
| 10924 | GRACE DAVISON, 5500 CHEMICAL ROAD, CURTIS BAY, MD 21226 | |
| 10925 | GRACE DAVISON, 64 RIGGER ROAD, KEMPTON PK, SPARTAN (JOHANNESBURG), 01620ZAF | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON, 64 RIGGER ROAD, KEMPTON PK, SPARTAN, JOHANNESBURG, IT 01620SOUTH AFRICA | *VIA Deutsche Post* |
| 10924 | GRACE DAVISON, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE DAVISON, CALLE 18# 69-19, SANTA FE DE BOGOTA, DC, COLOMBIA | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON, CORNER MILL & ISCOR ST S, BELLVILLE, 07535 | |
| 10925 | GRACE DAVISON, CORNER MILL & ISCOR ST S, BELLVILLE, 07535ZAF | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON, ON CHUEN STRT, ON LOK TSUEN, FANLIN, NT,HONG KONG, HONG KONG | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON, SUKHUMVIT RD. KM.34,PRAKSA,MUANG, SAMUTPRAKARN, 10280THAILAND | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON, ZONA INDUSTRIAL NORTE SUR 3, VALENCIA, CARABOBO, 02003VENEZUELA | *VIA Deutsche Post* |
| 10925 | GRACE DAVISON, ZONA INDUSTRIAL NORTE SUR 3, VALENCIA, CARABOBO, 02003VENUZUELA | *VIA Deutsche Post* |
| 10925 | GRACE DE MEXICO S A DE C V, ZONA INDUSTRIAL TOLUCA, TOLUCA, 50070MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE DE MEXICO S.A. DE C.V., C/O A. A. GONZALEZ DE CASTILLA, MODERN INDUSTRIAL PARK, 4605 MODERN LANE, LAREDO, TX 78041 | |
| 10924 | GRACE DE MEXICO S.A. DE C.V., CALLE 8 NO. 710 ZONA INDUSTRIAL, TOLUCA, 50070MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE DE MEXICO, S.A. DE C.V.  #811, CALLE 8 NO. 710 ZONA INDUSTRIAL, TOLUCA, 50070MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE DE MEXICO, S.A. DE C.V., C/O A.A. GONZALEZ DE CASTILLA, MODERN INDUSTRIAL PARK, 4605 MODERN LANE, LAREDO, TX 78041 | |
| 10924 | GRACE DE MEXICO, S.A. DE C.V., C/O MORA INTERNATIONAL STORAGE CO., BUTTERFIELD INDUSTRIAL PARK, 11 "E" FOUNDERS BLVD., EL PASO, TX 79906 | |
| 10924 | GRACE DE MEXICO, S.A. DE C.V., MODERN INDUSTRIAL PARK, 4605 MODERN LANE, LAREDO, TX 78041 | |
| 10925 | GRACE DEARBORN INC., 1200, 700-2ND ST, SW, CALGARY, AB T2P 4V5CANADA | *VIA Deutsche Post* |
| 10924 | GRACE DEARBORN N.V., SMALLANDLAAN 1-3, B2660, ANTWERPEN (HOBOKEN), IT 0UNK | *VIA Deutsche Post* |
| 10925 | GRACE DEARBORN, 300 GENESEE ST, LAKE ZURICH, IL 60047-2458 | |
| 10924 | GRACE DEARBORN, ATTN: MIKE SHEAHEN, 9 BLACKTIG CT., LAKE ZURICH, IL 60047 | |
| 10925 | GRACE DRILLING CO. GULF COAST, 126 HEYMANN BLDG 11, LAFAYETTE, LA 70503 | |
| 10925 | GRACE DRILLING CO. MID CONT DIV, 3300 NE 60, OKLAHOMA CITY, OK 73121 | |
| 10925 | GRACE DRILLING CO. MID CONT DIV, 5100 E. HWY 45, FT. SMITH, AR 72901 | |
| 10925 | GRACE DRILLING CO. SOUTHWESTERN, 9009 W. COUNTRY ROAD N, ODESSA, TX 79760 | |
| 10925 | GRACE DRILLING CO. WESTERN DIV, 6500 W. ZERO ROAD, CASPER, WY 82604 | |
| 10925 | GRACE DRILLING COMPANY, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE E DARE, 1 STONEHILL DR APT 2 B, STONEHAM, MA 02180-3930 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRACE E. MURRAY TAX COLLECTOR, 66 VIRGINIA ST., WATERLOO, NY 13165 | |
| 10925 | GRACE ENERGY CORP, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010 | |
| 10925 | GRACE ENERGY CORPORATION, 501 ELM ST, SUITE 410, DALLAS, TX 75202-3333 | |
| 10924 | GRACE ENGLAND, ENGLAND, AJAX AVENUE AT:G GEORGIOU, 00000-0000, 99999GBR | *VIA Deutsche Post* |
| 10925 | GRACE ENVIRONMENTAL INC, 100 N MAIN BLDG 17TH FLR, MEMPHIS, TN 38103 | |
| 10925 | GRACE EUROPE INC, CASE POSTALE 780, LAUSANNE, 01001 | |
| 10925 | GRACE EUROPE, INC (TP 702), 1 MARSTON ROAD, ST. NEOTS, CAMBRIDGESHIRE, CA PE192HN | |
| 10925 | GRACE EUROPE, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | GRACE EUROPE, INC. (409), AV DE MONTCHOISI 35, LAUSANNE, 01006CHE | *VIA Deutsche Post* |
| 10924 | GRACE EUROPE, INC. (702), 1 MARSTON ROAD, ST. NEOTS, CAMBS, PE192HNGBR | *VIA Deutsche Post* |
| 10924 | GRACE EUROPE, INC., AJAX AVENUE, SLOUGH BERKS SL1 4BH, LO 0UNK | *VIA Deutsche Post* |
| 10924 | GRACE EUROPE, INC., CASE POSTALE 780, ACCOUNTING DEPARTMENT, CH-1001 LAUSANNE, 0CHE | *VIA Deutsche Post* |
| 10924 | GRACE FELLOWSHIP CHURCH, 9610 S. GARNETT, BROKEN ARROW, OK 74012 | |
| 10924 | GRACE FRANCE (721), BOITE POSTALE 9, F-28234, 53 RUE ST. DENIS, EPERNON CEDEX, 0FRANCE | *VIA Deutsche Post* |
| 10924 | GRACE FRANCE SA (721), Z.I. NORD RUE DES LIVRAINDIERE, DREUX, 28102FRANCE | *VIA Deutsche Post* |
| 10924 | GRACE FRANCE SA, EPERNON CEDEX, 53 RUE ST DENIS, EPERNON CEDEX F, 99999FRANCE | *VIA Deutsche Post* |
| 10925 | GRACE FULFILLMENT CENTER, 201 SUMMER ST, HOLLISTON, MA 01746 | |
| 10925 | GRACE GALVIN DELGROS, 514 SMOKERISE BLVD, LONGWOOD, FL 32779-3343 | |
| 10925 | GRACE GERMANY HOLDINGS INC, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10924 | GRACE GMBH  (727), IN DER HOLLERHECKE 1, WORMS, 67547DEU | *VIA Deutsche Post* |
| 10924 | GRACE GMBH - DO NOT USE, 67547 WORMS GERMANY, IN DER HOLLERHECKE, 99999DEU | *VIA Deutsche Post* |
| 10924 | GRACE GMBH - INTEREST (727), ERLANGANG 31, NORDERSTEDT, D, 22844DEU | *VIA Deutsche Post* |
| 10924 | GRACE GMBH - INTEREST, ERLENGANG 31, NORDERSTEDT, D, 22844DEU | *VIA Deutsche Post* |
| 10924 | GRACE GMBH - LOAN (727), ERLENGANG 31, NORDERSTEDT, D, 22844DEU | *VIA Deutsche Post* |
| 10924 | GRACE GMBH - LOAN, ERLENGANG 31, NORDERSTEDT, D, 22844DEU | *VIA Deutsche Post* |
| 10925 | GRACE GMBH & CO. KG (252), IN DER HOLLERHACKE 1, D-67547 WORMS GERMANY, 67545GERMANY | *VIA Deutsche Post* |
| 10925 | GRACE GMBH & CO. KG (252), IN DER HOLLERHACKE 1, WORMS, 67545GERMANY | *VIA Deutsche Post* |
| 10924 | GRACE GMBH & CO. KG (252), IN DER HOLLERHECKE 1, WORMS, 67547DEU | *VIA Deutsche Post* |
| 10925 | GRACE GMBH & CO. KG (5311), 6 REMMERDEN, RHENEN, 3922 DZ | |
| 10925 | GRACE GMBH & CO. KG (5311), 6 REMMERDEN, RHENEN, 3922 DZNETHERLANDS | *VIA Deutsche Post* |
| 10925 | GRACE GMBH & CO. KG (5312), 11 VIA SANTA MARIA, NERVIANO / MILAN, 20014ITA | *VIA Deutsche Post* |
| 10925 | GRACE GMBH & CO. KG (5312), 11 VIA SANTA MARIA, NERVIANO / MILAN, MI 20014 | |
| 10925 | GRACE GMBH & CO. KG (5313), FALCON WAY, NORTH FELTHAM TRADING ESTATE, FELTHAM, TW14 OUQENGLAND | *VIA Deutsche Post* |
| 10924 | GRACE GMBH & CO. KG (5313), FALCON WAY,, NORTH FELTHAM TRADING ESTATE, FELTHAM, TW14 OUQGBR | *VIA Deutsche Post* |
| 10925 | GRACE GMBH & CO. KG (5313), NORTH FELTHAM TRADING ESTATE, FELTHAM, TW14 OUQ | |
| 10924 | GRACE GMBH & CO. KG (5314), SCALO F.S. BRANCACCIO, PALERMO, 90124ITA | *VIA Deutsche Post* |
| 10925 | GRACE GMBH & CO. KG (5314), SCALO F.S. BRANCACCIO, PALERMO, PA 90124 | |
| 10925 | GRACE GMBH & CO. KG (5316), 2 ZONA INDUSTR. LOS FRAILLES-NAVE, DAGANZO DE ARRIBA, 28814 | *VIA Deutsche Post* |
| 10924 | GRACE GMBH & CO. KG (5316), 2 ZONA INDUSTR. LOS FRAILLES-NAVE, DAGANZO DE ARRIBA, 28814ESP | *VIA Deutsche Post* |
| 10924 | GRACE GMBH & CO. KG, IN DER HOLLERHECKE, WORMS GERMANY, 67547DEU | *VIA Deutsche Post* |
| 10924 | GRACE GMBH (727), IN DER HOLLERHECKE, WORMS, 67545DEU | *VIA Deutsche Post* |
| 10924 | GRACE GMBH (STOCK FOR GRACE), FALCON WAY, NORTH FELTHAM TRADING ESTATE, FELTHAM, MIDDLESEX, TW14 0UQGBR | *VIA Deutsche Post* |
| 10925 | GRACE GMBH, ERLENGANG 31, NORDERSTEDT, 22844GERMANY | |
| 10924 | GRACE GMBH, IN DER HOLLERHECKE 1, D-6745 WORMS, 99999DEU | *VIA Deutsche Post* |
| 10925 | GRACE GMBH, IND DER HOLLERHECKE 1, D-67547 WORMS, 67547GERMANY | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRACE GMBH, WORMS, WORMS, 67547GERMANY | *VIA Deutsche Post* |
| 10925 | GRACE GOLF LEAGUE, 51 INMAN ST, CAMBRIDGE, MA 02139 | |
| 10925 | GRACE GRAPHICS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | GRACE H GATES, 315 WESTBROOK DR, BOONE, NC 28607-3752 | |
| 10925 | GRACE H MACMILLAN, 1353 MARTIN DR, WANTAGH L I, NY 11793-2654 | |
| 10925 | GRACE HASSING, 3706 NORTH WESTNEDGE, KALAMAZOO, MI 49004-3449 | |
| 10924 | GRACE HELLAS LLC  (1535) (742), 20 LAGOUMITZI ST., KALLITHEA, ATHENS, 17671GRC | *VIA Deutsche Post* |
| 10924 | GRACE HELLAS LLC, LAGOUMITZI 20 STR, KALLITHEA, 17671GRC | *VIA Deutsche Post* |
| 10925 | GRACE H-G II INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE H-G INC., 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE HILL HOTTENSTEIN, 25 ROLLING ROCK ROAD, BOYERTOWN, PA 19512-0000 | |
| 10925 | GRACE HOLDING GMBH (251), IN DER HOLLERHECKE 1, WORMS, 67545GERMANY | *VIA Deutsche Post* |
| 10924 | GRACE HOLDING GMBH (251), IN DER HOLLERHECKE 1, WORMS, 67547DEU | *VIA Deutsche Post* |
| 10924 | GRACE HOLDINGS MEXICO - INTEREST, CALLE OCHO 710, TOLUCA, MX, 0MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE HOLDINGS MEXICO - LOAN (811), CALLE OCHO 710, TOLUCA, MX, 0MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE HONG KONG LTD.- LOAN (769), 979 KING'S ROAD, QUARRY BAY, HKG | *VIA Deutsche Post* |
| 10924 | GRACE HONG KONG LTD.-INT (769), 979 KING'S ROAD, QUARRY BAY, HKG | *VIA Deutsche Post* |
| 10924 | GRACE HONG KONG, QUARRY BAY HONG KONG, 20/F.DEVON HOUSE, QUARRY BAY, 99999HKG | *VIA Deutsche Post* |
| 10924 | GRACE HOSPITAL, 2201 S. STERLING STREET, MORGANTON, NC 28655 | |
| 10925 | GRACE HOTEL SERVICES CORPORATION, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE INTERNATIONAL HOLDINGS INC., 7500 GRACE DRIVE, COLUMBIA, MD 12044 | |
| 10925 | GRACE INTERNATIONAL HOLDINGS, INC, 501 ELM ST, SUITE 395, DALLAS, TX 75202 | |
| 10924 | GRACE IRELAND, DUBLIN 12, EUROPEAN DAREX DIV., IRELAND, 99999IRL | *VIA Deutsche Post* |
| 10925 | GRACE ISABEL LAVEY, 2917 74TH AVE S W, MERCER ISLAND, WA 98040-2636 | |
| 10924 | GRACE ITALIANA S.P.A.  (4325), VIA TRENTO , 7, PASSIRANA DI RHO, 20017ITA | *VIA Deutsche Post* |
| 10924 | GRACE ITALIANA S.P.A., MILANO, VIA TRENTO 7, ITALY, 99999ITA | *VIA Deutsche Post* |
| 10924 | GRACE ITALIANA S.P.A., VIA TRENTO 7, 1-20017 PASSIRANA DI RHO, MILANO, 0ITA | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN (768), GRACE ATSUGI CENTER, ATSUGI-SHI, 100 KANEDA, KANAGAWA-KEN 243, 0JPN | *VIA Deutsche Post* |
| 10925 | GRACE JAPAN K K, SHINJUKU GREEN TOWER BLDG 11F, SHINJUKU-KU, 14-1 NISHI-SHINJUKU 6-CHOME, TOKYO, 16000JAPAN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN K K, SHINJUKU GREEN TOWER BLDG 11F, SHINJUKU-KU,, 14-1, NISHI-SHINJUKU 6-CHOME, TOKYO, 16000JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN K.K. (1370) (768), DAREX CONTAINER PRODUCTS, ATTN. NOBUKAZU HAYAKAWA, 100 KANEDA, ATSUGI-SHI, KANAGAWA-KEN, 243-0807, 0JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN K.K. (768), 100 KANEDA, ATSUGI-SHI, KANAGAWA-KEN, 243-0807, 0JPN | *VIA Deutsche Post* |
| 10925 | GRACE JAPAN K.K. (MARKED DELETE), 14-1, NISHI-SHINJUKU,, SHINJUKU, TOKYO 160, 13 160JAPAN | *VIA Deutsche Post* |
| 10925 | GRACE JAPAN K.K.(TP 768), 14-1 NISHI-SHINJUKU 6-CHROME, SHINJUKU-KU, TOKYO, 160JAPAN | *VIA Deutsche Post* |
| 10925 | GRACE JAPAN K.K., 100 KANEDA, ATSUGI, KANAGAWA, 243JAPAN | *VIA Deutsche Post* |
| 10925 | GRACE JAPAN K.K., 100 KANEDA, ATSUGI-SHI, 243JAPAN | *VIA Deutsche Post* |
| 10925 | GRACE JAPAN K.K., 100 KANEDA, ATSUGI-SHI, KANAGAWA-KEN, 243JAPAN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN K.K., 100, KANEDA, ATSUGI-SHI, KANAGAWA-KEN, 243JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN K.K.-INT (768), SHINJUKU-KU, 14-1, NISHI-SHINJUKU  6-CHROME, TOKYO, 0JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN K.K.-LOAN (768), SHINJUKU-KU, 14-1, NISHI-SHINJUKU  6-CHROME, TOKYO, 0JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN KABUSHIKI KAISHA-INT, SHINJUKU-KU, 14-1, NISHI-SHINJUKU  6-CHROME, TOKYO, 0JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN KABUSHIKI KAISHA-LOAN, SHINJUKU-KU, 14-1, NISHI-SHINJUKU  6-CHROME, TOKYO, 0JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN KK (768), ATTN: TOMOMI ISHIHARA, TOMITA BLDG. 9F, 2-5 USHIJIMA-CHO, NISHI-KU, NAGOYA-SHI, 451-0046, 0JPN | *VIA Deutsche Post* |
| 10924 | GRACE JAPAN KK, CHOME SHIN-KU TOKYO, 11F1.SHINJUKU GREEN TOWER, JAPAN, 99999JPN | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRACE JAPAN ST LOAN, 14-1 NISHI-SHINJUKU 6-CHROME, TOKYO, 13 0JAPAN | *VIA Deutsche Post* |
| 10925 | GRACE JR, ARTHUR W, 504 S HAMMONDS FERRY RD, LINTHICUM HT, MD 21090-2413 | |
| 10925 | GRACE JR, WILLIAM R, 4704 MERIVALE RD, CHEVY CHASE, MD 20815-3706 | |
| 10924 | GRACE KOREA INC. (776), 43 FL, KLI 63 BLDG.,, #60 YOIDO-DONG, YOUNGDEUNGPO-GU,, SEOUL (150-763), 150763KOR | *VIA Deutsche Post* |
| 10924 | GRACE KOREA INC. (776), 70-1 NAM DONG INDUSTRIAL COMPLEX, 639 KO-JAN DONG, NAM DONG KU,, INCHON CITY.(405-310), IT 0UNK | *VIA Deutsche Post* |
| 10924 | GRACE KOREA INC. (776), 925-3, OSAN-DONG, OSAN CITY, KYUNGGI-DO, KOREA, 447-010KOR | *VIA Deutsche Post* |
| 10924 | GRACE KOREA INC.(776), ATTN. HS EOM / CHEON SJ, 639 KO-JAN DONG, NAM DONG KU,, INCHON-CITY, 405-310KOR | *VIA Deutsche Post* |
| 10924 | GRACE KOREA, 70-1 NAMDONG INDUSTRIAL COMPLEX, INCHON-CITY, 405-310SOUTH KOREA | *VIA Deutsche Post* |
| 10924 | GRACE KOREA, CO. LTD, 70 B/1L,NAM-DONG INDUST COMPLEX,639, INCHON, IT 405-310UNK | *VIA Deutsche Post* |
| 10925 | GRACE KOREA, INC 639, KO-JAN DONG, NAM-DONG KU, INCHON, 405-310SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | GRACE KOREA, INC, 70B/1L,NAM-DONG INDUSTRIAL COMPLEX, 639, KO-JAN DONG, NAM-DONG KU, INCHON, 405-310SOUTH KOREA | *VIA Deutsche Post* |
| 10924 | GRACE KOREA, INC.  (4180)(776), 70B/1L,NAM-DONG INDUSTRIAL COMPLEX, 639, KO-JAN DONG, NAM-DONG KU, INCHON, 405-310KOR | *VIA Deutsche Post* |
| 10924 | GRACE KOREA, INC.  (5125), 70B/1L, NAM-DONG INDUSTRIAL COMPLEX, 639, KO-JAN DONG, NAM-DONG KU, INCHON, 405-310KOR | *VIA Deutsche Post* |
| 10925 | GRACE LIMITED (UK) (TP 751), NORTH CIRCULAR ROAD, LONDON, NW10 7UHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | GRACE LIMOUSINE, 21 FRONT ST, MANCHESTER, NH 03102 | |
| 10924 | GRACE LOGISTIC SVCS, PO BOX 24999, GREENVILLE, SC 29616 | |
| 10925 | GRACE LOGISTICS SERVICES INC, POBOX 75322, CHARLOTTE, NC 28275 | |
| 10925 | GRACE LOGISTICS SERVICES, PO BOX 75147, SALTER PATH, NC 28575-5147 | |
| 10925 | GRACE LOGISTICS, 4750-B BLAFFER RD., HOUSTON, TX 77026 | |
| 10925 | GRACE LOGISTICS, PO BOX 24999, GREENVILLE, SC 29616 | |
| 10925 | GRACE LUTHERAN CHURCH, 210 W. PARK ROW, ARLINGTON, TX 76010 | |
| 10925 | GRACE M BIELEFELDT, 370 ALGONQUIN RD, FRANKLIN LAKES, NJ 07417-1002 | |
| 10925 | GRACE M KARNES, 148 E UNION ST, HAMBURG, NY 14075-5145 | |
| 10925 | GRACE M KHOURY, 20 BLANCH AVE APT E 107, HARRINGTON PARK, NJ 07640-1071 | |
| 10925 | GRACE M POLING, 42 LAKEVIEW, GRAFTON, OH 44044-1528 | |
| 10925 | GRACE M QUINN, 44 1 GARDEN CIRCLE, WALTHAM, MA 02154 | |
| 10924 | GRACE MALAYSIA - INTEREST (774), 7 LORONG 1A JALAN SATA SR #774, OFF JALAN BALAKONG, 43200 CHERAS JAYA, SELANGOR DARUL EHSAN, 0MYS | *VIA Deutsche Post* |
| 10924 | GRACE MALAYSIA - LOAN (774), 7 LORONG 1A JALAN SATA SR #774, OFF JALAN BALAKONG, 43200 CHERAS JAYA, SELANGOR DARUL EHSAN, 0MYS | *VIA Deutsche Post* |
| 10924 | GRACE MALAYSIA  SDN. BHD., 43200 CHERAS JAYA SELANGOR, 7 LORONG 1, JALAN SATU, DARUL EHSAN, 99999MYS | *VIA Deutsche Post* |
| 10924 | GRACE MALAYSIA (773), P O BOX 30, BALOK, PAHANG DARUL MAKMUR, LOT 114&115 GEBENG IND'L ESTATE, KUANTAN, 26080MYS | *VIA Deutsche Post* |
| 10924 | GRACE MALAYSIA SDN. BHD. (774), 7 LORONG 1A JALAN SATA SR# 774, OFF JALAN BALAKONG, 43200 CHERAS JAYA, SELANGOR DARUL EHSAN, IT 0UNK | *VIA Deutsche Post* |
| 10924 | GRACE MALAYSIA SDNBHD, DARUL EHSAN, 7 LORONA IA JALAN SATU, MALAYSIA, AK 99999 | |
| 10925 | GRACE MANAGEMENT SERVICES, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE MANNING, BOX 1135, CUSHING, OK 74023-1135 | |
| 10924 | GRACE MEXICO, CALLE OCHO 710, FRACCIONAMENTO, TOLUCA, 0MEXICO | *VIA Deutsche Post* |
| 10924 | GRACE MEXICO, CVCALLE 8 NO 710, TOLUCA EDO, 99999MEXICO | *VIA Deutsche Post* |
| 10925 | GRACE MFG GMBH & CO. KG (253), IN DER HOLLERHACKE 1, WORMS, 67545GERMANY | *VIA Deutsche Post* |
| 10924 | GRACE MFG GMBH & CO. KG (253), IN DER HOLLERHECKE 1, WORMS, 67547DEU | *VIA Deutsche Post* |
| 10925 | GRACE MOYNG, 1197 BOYLSTON ST, NEWTON, MA 02164-1005 | |
| 10925 | GRACE MULTIFLEX GMBH, PHILIPP-REIS-STR, FLENSBURG, 24941GERMANY | *VIA Deutsche Post* |
| 10924 | GRACE N. V. BELGIUM (792), NIJVERHEIDSTRAAT 7, WESTERLO, 02260BELGIUM | *VIA Deutsche Post* |
| 10925 | GRACE NETHERLANDS - INTEREST, NL-2908 LJ CAPELLE AAN DEN LJSSEL, ROTTERDAM, 2908 NLNETHERLANDS | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRACE NETHERLANDS - LOAN, NL-2908 LJ CAPELLE AAN DEN LJSSEL, ROTTERDAM, 2908 NLNETHERLANDS | *VIA Deutsche Post* |
| 10924 | GRACE NEW ZEALAND LTD.  (4110), P.O. BOX 50144, 26 MOHUIA CRESCENT, PORIRUA, NZL | *VIA Deutsche Post* |
| 10924 | GRACE NEW ZEALAND LTD.  (819), P.O. BOX 50144, 26 MOHUIA CRESCENT, PORIRUA, NZL | *VIA Deutsche Post* |
| 10924 | GRACE NEW ZEALAND, ATTN: PAUL MACEACHRNN, 55 HAYDEN AVENUE, LEXINGTON, MA 02173 | |
| 10924 | GRACE NEW ZEALAND, WELLING STAR VOY 1369, 1165 WILBURN ROAD, CONLEY, GA 30027 | |
| 10925 | GRACE OFFSHORE COMPANY, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE PACLEB, C/O GRACE PACLEB DAY, 1227 N THOMPSON AVE, GLENDALE, CA 91201-1441 | |
| 10925 | GRACE PAR CORPORATION, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GRACE PARKER, 2404 NOB HILL AVE N, SEATTLE, WA 98109-2048 | |
| 10924 | GRACE PERU - INTEREST, SR#302, 671 ATE VITARTE, LIMA, PERU, 0PER | *VIA Deutsche Post* |
| 10924 | GRACE PERU - LOAN, SR#302, 671 ATE VITARTE, LIMA, PERU, 0PER | *VIA Deutsche Post* |
| 10925 | GRACE PETROLEUM LIBYA INCORPORATED, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | GRACE PHILLPINES, CANLUBANG, SILANGANG CANLUBANK, PHILLIPINES, 09999PHL | *VIA Deutsche Post* |
| 10925 | GRACE PORTUGAL - INTEREST, S JOAO DE TALHA, 2686 SACAVEM, 10 02686PORTUGAL | *VIA Deutsche Post* |
| 10925 | GRACE PORTUGAL - LOAN, S JOAO DE TALHA, SACAVEM, 02686PORTUGAL | *VIA Deutsche Post* |
| 10924 | GRACE PORTUGUESA LDA. (748), APARTDO 1306, LISBOA CODEX, 01009PRT | *VIA Deutsche Post* |
| 10924 | GRACE QUIMICA CIA LTDA, AV. LA TRAVESSIA 6967, SANTIAGO, 0CHL | *VIA Deutsche Post* |
| 10924 | GRACE QUIMICA CIA. LTDA.(181), ATTN. JULIO HUERTA, PUERTO MONTT 3250, RENCA, SANTIAGO, CHL | *VIA Deutsche Post* |
| 10924 | GRACE QUIMICA CIA. LTDA.(4460)(181), ATTN. HECTOR PALMA, PUERTO MONTT 3250, RENCA, SANTIAGO, CHL | *VIA Deutsche Post* |
| 10924 | GRACE QUIMICA CIA. LTDA.(5460), ATTN. EDUARDO FUENTES, PUERTO MONTT 3250, RENCA, SANTIAGO, CHL | *VIA Deutsche Post* |
| 10925 | GRACE R NOLA TR UA MAY 2 80 FBO, GRACE R NOLA, 13120 BERRYESSA RD, SAN JOSE, CA 95133-1241 | |
| 10925 | GRACE ROSENZWEIG, 636 EMERSON ST, WOODMERE, NY 11598-2830 | |
| 10925 | GRACE S MANUEL, 7420 WEST ISHAM, CHICAGO, IL 60631-1916 | |
| 10925 | GRACE S VANCE, 2 EAST 93RD ST, NEW YORK, NY 10128-0610 | |
| 10924 | GRACE S. A., BARCELONA, CALLE RIERA DE FONOLLA 12, SPAIN, AK 99999 | |
| 10924 | GRACE S. AFRICA, ATTN: NICOLA FYNES-CLINTON, KEMPTON PARK, TRANSVALL, 01620ZAF | *VIA Deutsche Post* |
| 10924 | GRACE S.A.  (1540), CALLE RIERA DE FONOLLAR 12, SANT BOI DE LLOBREGAT, 08830ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A.  (427), ATTN. JOSE ANTONIO FERNANDEZ, PO BOX523, BARCELONA, 08080ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A.  (4330), CALLE RIERA DE FONOLLAR 12, SANT BOI DE LLOBREGAT, 08830ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A. - SPAIN (746), CALLE RIERA DE FONOLLAR 12, BARCELONA, 02908ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A. (427), ATT.JOSE' ANTONIO FERNANDEZ, CALLE RIERA DE FONOLLAR, BARCELONA, 8 08830UNK | *VIA Deutsche Post* |
| 10924 | GRACE S.A. (SPAIN), CALLE RIERA DE FONOLLAR 12, 08830 SANT BOIT DE LLOBREGAT, BARCELONA, 08830ESP | *VIA Deutsche Post* |
| 10925 | GRACE S.A. CAPITAL, SIEGE SOCIAL RUE ST DENIS BP 9, EPERNON CEDEX, 28231FRANCE | *VIA Deutsche Post* |
| 10924 | GRACE S.A. CHEMCO (414), SIEGE SOCIAL RUE ST. DENIS, 28234  EPERNON CEDEX, 0FRANCE | *VIA Deutsche Post* |
| 10924 | GRACE S.A. FRANCE - INT, 53 RUE SAINT DENIS, EPERNON CEDEX, 28231FRANCE | *VIA Deutsche Post* |
| 10924 | GRACE S.A. FRANCE - LOAN, 53 RUE SAINT DENIS, EPERNON CEDEX, 28231FRANCE | *VIA Deutsche Post* |
| 10924 | GRACE S.A. SPAIN- INTEREST, CALLE RIERA DE FONOLLAR 12, BARCELONA, 02908ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A. SPAIN- LOAN, CALLE RIERA DE FONOLLAR 12, BARCELONA, 02908ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A.(427), CALLE RIERA DE FONOLLAR 12, BARCELONA, SPAIN  02908, 0ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A., CALLE RIERO DE FONOLLAR 12, 08830 SANT BOIT DE LLOBREGAT, BARCELONA, 0ESP | *VIA Deutsche Post* |
| 10924 | GRACE S.A., CALLLE RIERO DE FONOLLAR 12, 08830 SANT BOIT DE LLOBREGAT, BARCELONA, 0ESP | *VIA Deutsche Post* |
| 10925 | GRACE S.A., RUE ST. DENIS, EPERNON, 28234FRANCE | *VIA Deutsche Post* |
| 10925 | GRACE SA CAPITAL 26.783.280 FR, SIEGE SOCIAL RUE ST DENIS BP 9, EPERNON CEDEX, 28234FRANCE | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GRACE SALES,INC, PO BOX 430, LOTHIAN, MD 20711 | |
| 10924 | GRACE SERVICE CHEMICALS GMBH, KURPFALZRING 104, D-6900, HEIDELBERG 1, 0DEU | *VIA Deutsche Post* |
| 10924 | GRACE SERVICISED LTD. - UK  (795), 635 AJAX AVENUE, SLOUGH, SLI4BHGBR | *VIA Deutsche Post* |
| 10924 | GRACE SILICA, NIJVERHEIDSSTRAAT 5, 2870 PUURS, VAT NR. 440-618-936, IT 0UNK | *VIA Deutsche Post* |
| 10925 | GRACE SILICA, NV, NIJVERHEIDSSTRAAT 5, PUURS, 2870BELGIUM | *VIA Deutsche Post* |
| 10925 | GRACE SINGAPORE - ST LOAN, 25 TANJONG PENJURU, SINGAPORE, 02260SINGAPORE | *VIA Deutsche Post* |
| 10924 | GRACE SINGAPORE PTE. LTD (771), 25 TANJONG PENJURU, SINGAPORE 609024, 609024SGP | *VIA Deutsche Post* |
| 10924 | GRACE SINGAPORE, .?, IL 99999 | |
| 10924 | GRACE SINGAPORE, 15851, WICKERY DRIVE, HOUSTON, TX 77032 | |
| 10925 | GRACE SOCIAL CLUB, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | GRACE SOLVENT DISPOSAL SITE, HARPER ROAD, CORINTH, MS 38834 | |
| 10924 | GRACE SOUTH AFRICA - INTEREST (767), PO BOX2256, KEMPTON PARK, 01620ZAF | *VIA Deutsche Post* |
| 10924 | GRACE SOUTH AFRICA - LOAN (767), PO BOX2256, KEMPTON PARK, 01620ZAF | *VIA Deutsche Post* |
| 10924 | GRACE SP. Z.O.O.  (417), ATTN. ANDREZ ZDUNEK, UL NIEDZWIEDZIA 10A, WARSZAWA, 02-737POL | *VIA Deutsche Post* |
| 10924 | GRACE SPAIN-QUIMICOS, 05311 PAULO, PLASTICOS LTDA-AV MOFARR, BRAZIL, AK 99999 | |
| 10924 | GRACE SPECIALITY POLYMERS, ATTN; AMY LONGMAN, LEXINGTON, MA 02173 | |
| 10925 | GRACE SPECIALTY CHEMICALS CO., 5525 U.S. 60 EAST, OWENSBORO, KY 42303 | |
| 10925 | GRACE SPECIALTY CHEMICALS INDONESIA, CIKARANG INDUSTRIAL ESTATE KAV C-32, CIKARANG - BEKASI, INDONISIA | *VIA Deutsche Post* |
| 10924 | GRACE SPECIALTY CHEMICALS SDN BHD, KOMPLEKS TERENTUM, 9TH FLOOR SUITE 908, KUANTAN, UNK | *VIA Deutsche Post* |
| 10925 | GRACE SPECIALTY CHEMICALS, INC, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10924 | GRACE SPECIALTY VERMICULITE, 62 WHITTEMORE AVENUE, CAMBRIDGE, MA 02140 | |
| 10924 | GRACE SPECIALTY VERMICULITE, CAMBRIDGE, MA 02140 | |
| 10924 | GRACE TAIWAN INC. (786), CHUNG-LI INDUSTRY PARK, NO. 38, PEI-YUAN ROAD, TAOYUAN, TAIWAN, 0TWN | *VIA Deutsche Post* |
| 10924 | GRACE TAIWAN, HSIANG TAOYUAN TAIWA, 84-1 KWAH YEH WEST RD., TAIWAN, 99999TWN | *VIA Deutsche Post* |
| 10925 | GRACE TARPON INVESTORS, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10924 | GRACE TEC SYSTEMS AB, 10 S-417 55, GOTEBURG, SWEDEN, 0SWE | *VIA Deutsche Post* |
| 10924 | GRACE TEC SYSTEMS, 830 PROSPER ROAD, DE PERE, WI 54115-0000 | |
| 10924 | GRACE THAILAND LTD. - INT (763), 253/2 BANGPOO INDUSTRIAL ESTATE, SAMUTPRAKAM, 10280THA | *VIA Deutsche Post* |
| 10924 | GRACE THAILAND, 253/2 BANGPOO INDUST.EST., SAMUTPRAKARN, 10280THA | *VIA Deutsche Post* |
| 10925 | GRACE TRANSPORTATION SERVICE, 30 PATEWOOD DRIVE, GREENVILLE, SC 29615 | |
| 10924 | GRACE URUGUAY S.A., ZABALA 1327 OF. 405, 11000 MONTEVIDEO, 0URY | *VIA Deutsche Post* |
| 10924 | GRACE URUGUAY S.A., ZABALA 1327, OF 401-406 11000, MONTEVIDEO, 4012406URY | *VIA Deutsche Post* |
| 10924 | GRACE URUGUAY S.A., ZABALA 1327, OF. 405 SR# 282, 11000 MONTEVIDEO, 1 0UNK | *VIA Deutsche Post* |
| 10924 | GRACE VENEZUELA S. A., VALEN 2003, AVE MICHELENA CON CALLE, VENEZUELA, 99999VENZUALA | *VIA Deutsche Post* |
| 10924 | GRACE VENEZUELA S.A, AVE MICHELENA CON CALLE, NORTE SUR3, ZONA INDUST MP, VALENCIA, 02003VENZUALA | *VIA Deutsche Post* |
| 10924 | GRACE VENEZUELA S.A. (304), PROLONGACION AVENIDA MICHELENA, ZONA INDUSTRIAL MUNICIPAL, CALLE NORTE SUR 3, VALENCIA EDO. CARABOBO, 0VENZUALA | *VIA Deutsche Post* |
| 10924 | GRACE VENEZUELA S.A. (304), ZONA INDUSTRIAL MUNICIPAL, CALLE NORTE SUR, VALENCIA EDO. CARABOBO, VENZUALA | *VIA Deutsche Post* |
| 10924 | GRACE VENEZUELA S.A.(304), AVENIDA MICHELENA CON CALLE, NORTE SUR3, ZONA INDUSTRIAL MP, VALENCIA, 02003VENZUALA | *VIA Deutsche Post* |
| 10924 | GRACE VENEZUELA, ATTN: PAUL MACEACHRNN, 55 HAYDEN AVENUE, LEXINGTON, 02173VENZUALA | *VIA Deutsche Post* |
| 10925 | GRACE VERMICULITE EXPANSION PLANT, 101 CITY SERVICE ROAD, LIBBY, MT 59923 | |
| 10924 | GRACE YAPI KIMYASALLARI, BAGLARBASI MAHIR LZ CAD. NO. 15/1, ALTUNLZADEUSKUDARISTANBUL, IT 0UNK | *VIA Deutsche Post* |
| 10924 | GRACE YAPI KIMYASALLARI, MAHIR IZ CA. NO.15/1, ALTUNIZADEUSKUDARISTANBUL, IT 81130UNK | *VIA Deutsche Post* |
| 10925 | GRACE, ARTHUR, 1995 SAND HILL RD, MARRIOTTSVILLE, MD 21104 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

| | |
|---|---|
| 10925 | GRACE, ESQ, THOMAS, BODELL, BOVE, GRACE & VAN HORN, ONE PENN SQUARE WEST, SIXTH FL, 30 SOUTH 15TH ST, PHILADELPHIA, PA 19102 |
| 10925 | GRACE, J PETER, 11 ELDERFIELDS ROAD, MANHASSET, NY 11030 |
| 10925 | GRACE, J., 12523 RENOIR LANE, DALLAS, TX 75230 |
| 10925 | GRACE, JEFFREY, 34 LIBERTY CORNER RD, FAR HILLS, NJ 07931 |
| 10925 | GRACE, JOSEPH, 30 LINCOLN PLAZA, 15D, NEW YORK, NY 10023 |
| 10925 | GRACE, KIMBERLY, 1209 MANITO ROAD, MANASQUAN, NJ 08736 |
| 10925 | GRACE, LLOYD, 611 HAYWARD MILL RD, CONCORD, MA 01742 |
| 10925 | GRACE, MARY, 25 HARRINGTON ROAD, CAMBRIDGE, MA 02140 |
| 10925 | GRACE, MICHAEL, 34 LIBERTY CORNER RD, FAR HILLS, NJ 07931 |
| 10925 | GRACE, P, 1325 E BALBOA BLVD #1, NB, CA 92661 |
| 10925 | GRACE, PATRICK, 1100 PARK AVE 15C, NEW YORK, NY 10128 |
| 10925 | GRACE, PETER, 303 LEXINGTON AVE, NEW YORK, NY 10016 |
| 10925 | GRACE, ROBERT, W163 N10445 RIDGEVIEW LN, GERMANTOWN, WI 53022 |
| 10925 | GRACES ACES BOWLING LEAGUE, 34 PARIS ST, EVERETT, MA 02149 |
| 10925 | GRACEY, DIANE, PO BOX 1141, GENEVA, FL 32732 |
| 10925 | GRACIA, LUZ, 479 F ST. #114, CHULA VISTA, CA 91910 |
| 10925 | GRACIE SQUARE TOWERS, INC, 1621 FIRST AVE, NEW YORK, NY 10028 |
| 10925 | GRACO INC, PO BOX 91835, CHICAGO, IL 60693 |
| 10925 | GRACO INC., PO BOX 1441, MINNEAPOLIS, MN 55440 |
| 10925 | GRACO SUPPLY CO, 1001 MILLER ST, FORT WORTH, TX 76105 |
| 10924 | GRACO SUPPLY COMPANY, 1001 MILLER AVENUE, FORT WORTH, TX 76105 |
| 10925 | GRACO, INC, 4140 JERSEY PIKE, CHATTANOOGA, TN 37421-2201 |
| 10925 | GRACO, INC, 49 PALMETTO CT, GASTON, SC 29053-8506 |
| 10925 | GRACOAL II, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 |
| 10925 | GRACOAL, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 |
| 10925 | GRACON, ANTHONY, 37452 CARLEEN AVE, AVON, OH 44011-1522 |
| 10925 | GRADDY, KENNETH, 9239 CHRISTO COURT, OWINGS MILLS, MD 21117 |
| 10925 | GRADE, THOMAS, 807 LEXINGTON DRIVE, WAUNAKEE, WI 53597 |
| 10925 | GRADICK, MARY, 843 SEDDON COVE, TAMPA, FL 33602 |
| 10925 | GRADIENT CORP, 44 BRATTLE ST, CAMBRIDGE, MA 02138 |
| 10925 | GRADNEY, JESSE, 602 PEAR ST, LAKE CHARLES, LA 70601 |
| 10925 | GRADO LABORATORIES INC, 4614 7TH AVE, BROOKLYN, NY 11220 |
| 10924 | GRADUATE HOSPITAL, 1740 SOUTH STREET, PHILADELPHIA, PA 19105 |
| 10924 | GRADUATE HOSPITAL, 19TH AND SOUTH STREET, PHILADELPHIA, PA 19092 |
| 10925 | GRADY BARRONS GOLF CARTS, 158 JOHNSTON HWY., TRENTON, SC 29847 |
| 10925 | GRADY JR, JOHN C, 2327 LULL WATER DR, FAYETTEVILLE, NC 28306-4549 |
| 10925 | GRADY, BESSIE, 1362 SW KNOLLWOOD DR, PALM CITY, FL 34990 |
| 10925 | GRADY, BESSIE, 5859 HERITAGE PARK WY, DELRAY BCH, FL 33484 |
| 10925 | GRADY, CARMEN, PO BOX 25541, MILWAUKEE, WI 53225 |
| 10925 | GRADY, EDWARD, 1362 KNOLLWOOD DRIVE, PALM CITY, FL 34990 |
| 10925 | GRADY, HAROLD, 15 ANDREA AVE, HOOKSETT, NH 03106 |
| 10925 | GRADY, JOHN, 263 WEST MAIN ST, NORTON, MA 02766-2105 |
| 10925 | GRADY, KEVIN, 10 MADISON AVE, FRANKLIN, MA 02038 |
| 10925 | GRADY, MARSHA, 23 QUAKER VILLAGE LA, E. SANDWICH, MA 02537 |
| 10925 | GRADY, RICHARD, 3701 16TH AVE SW LT A, CEDAR RAPIDS, IA 52404 |
| 10925 | GRADY, ROBERT, 924 CHARNWOOD LANE, WORTHINGTON, OH 43085 |
| 10925 | GRADY, ROBERT, RT. 3, BOX 217A, ATHENS, TN 37303 |
| 10925 | GRADY, ROBERTA, 37 MAIN ST, WILMINGTON, MA 01887 |
| 10925 | GRADY, RODNEY, 1112 19TH AVE SW, CEDAR RAPIDS, IA 52404 |
| 10925 | GRAEHLING, STACEY, 12508 MAPLE LEAF DR, GARFIELD HTS, OH 44125 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GRAESSLE, FRED, 129 KNOLL TERRACE, W CALDWELL, NJ 07006 | |
| 10925 | GRAESSLE, KAREN, 10 RYDER ROAD, BRIARCLIFF MANOR, NY 10510 | |
| 10925 | GRAETER, TONY, RT. 2 BOX 438, CARRIERE, MS 39426 | |
| 10925 | GRAF, CAMILLE, 18 N BANK ST, MANVILLE, NJ 08835 | |
| 10925 | GRAF, CARL, 115 FIELD POINT CIRCLE, GREENWICH, CT 06830-7011 | |
| 10925 | GRAF, CHRISTOPHER, PO BOX 66575, BALTIMORE, MD 21239 | |
| 10925 | GRAF, FRANCES, LOT 4 WATCHEKEE, WATSEKA, IL 60970 | |
| 10925 | GRAF, LAWRENCE S, N 4108 WHITNEY RD, WARRENS, WI 54666 | |
| 10925 | GRAF, NANCY, CUST FOR RAYMOND W GRAF, UNIF GIFT MIN ACT NY, 5414 BERG RD, BUFFALO, NY 14218-3773 | |
| 10925 | GRAF, WILLIAM, 10010 SHAPEFIELD LA, ST LOUIS, MO 63123 | |
| 10924 | GRAFCO, 7447 CANDLEWOOD ROAD, HANOVER, MD 21076 | |
| 10925 | GRAFCOR PACKAGING INC., 121 LOOMIS ST, ROCKFORD, IL 61101 | |
| 10925 | GRAFF, DAWN, 4009 ARDMORE AVE, READING, PA 19605 | |
| 10925 | GRAFF, GARY, 6443 DICKS AVE, PHILA, PA 19142 | |
| 10925 | GRAFF, GERALD, 708 STONEGATE PASS, COLGATE, WI 53017 | |
| 10925 | GRAFF, LEONA, 736 PROSPECT AVE, BARRINGTON, IL 60010-0000 | |
| 10925 | GRAFF, PATRICIA, ELMS TRAILER CT 74-3317 25TH ST, COLUMBUS, NE 68601-9998 | |
| 10925 | GRAFF, VERLIN, ELMS TRAILER COURT #74-3317, 25TH STREET COLUMBUS, NE 68601 | |
| 10924 | GRAFTED COATINGS INC., 104 DAY STREET, SEYMOUR, CT 06483 | |
| 10924 | GRAFTON BEVRO UTILITY SUPPLY L, 5752 BURLEIGH CRES.S.E., CALGARY, ALBERTA, AB T2H 1Z8TORONTO | *VIA Deutsche Post* |
| 10924 | GRAFTON READY MIX, 1135 ELM STREET, GRAFTON, OH 44044 | |
| 10924 | GRAFTON READY MIX, P. O. BOX 37, GRAFTON, OH 44044 | |
| 10925 | GRAFTON, GEOFFREY, 14116 73RD ST NORTH, LOXAHATCHEE, FL 33470 | |
| 10925 | GRAFTON, JOE, 897 MAIN ST #7, CAMBRIDGE, MA 02139 | |
| 10925 | GRAFTON, JOSEPH, 6A HILLSIDE PK, SOMERVILLE, MA 02143 | |
| 10925 | GRAGEDA, GRACIELA, 1051 DEL MAR AVE., CHULA VISTA, CA 91911 | |
| 10925 | GRAGG, KAREN, ROUTE 1, HOMER, GA 30547 | |
| 10925 | GRAGG, MAMIE, 9741 ROSEMARK ROAD, ATOKA, TN 38004-9625 | |
| 10925 | GRAGG, TIFFANY, STAR RT. BOX 127A, COLLETTVILLE, NC 28611 | |
| 10925 | GRAGLIA, MICHEL, 37 MYRTLE AVE, WINTHROP, MA 02152 | |
| 10924 | GRAHAM & MORRIS CONSTRUCTION CO., 441 E. MCDONALD RD, TOPPENISH, WA 98948 | |
| 10924 | GRAHAM & MORRIS CONSTRUCTION CO.INC, 441 EAST MCDONALD ROAD, TOPPENISH, WA 98948 | |
| 10924 | GRAHAM ARCHITECTURAL PRODUCTS CORP., 1551 MOUNT ROSE AVENUE, YORK, PA 17403 | |
| 10925 | GRAHAM CORPORATION, PO BOX 719, BATAVIA, NY 14021-0719 | |
| 10924 | GRAHAM CREATIVE SALES, 16661 BOUL HYMUS, KIRKLAND  QUEBEC, QC H9H 4R9TORONTO | *VIA Deutsche Post* |
| 10925 | GRAHAM MAGNETICS, MICHAEL ROBERSON, | |
| 10925 | GRAHAM MANUFACTURING COMPANY, INC, 29915 WEST EIGHT MILE RD., LIVONIA, MI 48152 | |
| 10925 | GRAHAM PHOTO SUPPLY, INC, PO BOX 1269, GREENVILLE, SC 29602 | |
| 10924 | GRAHAM ROYALTY LTD., 12707 NORTH FREEWAY, HOUSTON, TX 77060 | |
| 10925 | GRAHAM, AARON, 24 SUNSET DRIVE, MEDWAY, MA 02053 | |
| 10925 | GRAHAM, ALLEN, PO BOX 12, TYBEE ISLAND, GA 31328 | |
| 10925 | GRAHAM, ANDREW, 5425 CANDLE GLOW DRIVE NE, ALBUQUERQUE, NM 87111 | |
| 10925 | GRAHAM, ANTHONY, PO BOX 1484, EL CERRITTO, CA 94530 | |
| 10925 | GRAHAM, BERNARD, 934 WILEY BLVD NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | GRAHAM, BETH, 12111 GREENWAY CT #101, FAIRFAX, VA 22033 | |
| 10925 | GRAHAM, BILLIE, 2019 MORAVIA ST, NEW CASTLE, PA 16101 | |
| 10925 | GRAHAM, BILLY, 893 MORRIS AVE, BRONX, NY 10451 | |
| 10925 | GRAHAM, BRENDA, 8537 E CAMELBACK, SCOTTSDALE, AZ 85251 | |
| 10925 | GRAHAM, CAROL, 80 S CENTRAL RD., LIBBY, MT 59923 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GRAHAM, CHERYL, 1022 SE 10TH TERR., GAINESVILLE, FL 32601

10925   GRAHAM, CLAYTON, 71515 HWY 64, MEEKER, CO 81641

10925   GRAHAM, DALE, ROUTE 6, SENECA, IL 61360

10925   GRAHAM, DAVID, 4415 QUAIL RIDGE DR, PLAINSBORO, NJ 08536

10925   GRAHAM, DEBBIE, SPRINGWOOD APTS, ODESSA, TX 79763

10925   GRAHAM, DEBRA, 9124 MT OLYMPUS, EL PASO, TX 79924

10925   GRAHAM, DONNEL, 1417 N. EDGEWOOD ST, PHILADELPHIA, PA 19151

10925   GRAHAM, E J, 6050 W 51 ST, CHICAGO, IL 60638

10925   GRAHAM, E. CECILE, 5703 LISLOY LANE, MOBILE, AL 36608

10925   GRAHAM, EDWARD, 21 CANYON COURT, YORKVILLE, IL 60560

10925   GRAHAM, EILEEN, ROUTE 3 BOX 68-B, GREENVILLE, GA 30222

10925   GRAHAM, ELAINE, 53 BRICKETHILL CIR, HAVERHILL, MA 01830

10925   GRAHAM, ELENORA, 3801 CONSHHCN AVE, PHILADELPHIA, PA 19131

10925   GRAHAM, ERIC, 386 CAROL BLVD, AUBURNDALE, FL 33823

10925   GRAHAM, ERIC, 6160 AGAIL PLACE, COLUMBIA, MD 21045

10925   GRAHAM, ESSIE MAE, 1810 E ALABAMA ST, PLANT CITY, FL 33566-6206

10925   GRAHAM, GLADYS, 5783 OLD STAGE RD, RIEGELWOOD, NC 28456

10925   GRAHAM, HERBERT, 148 BOONE TRAIL, SEVERNA PARK, MD 21146

10925   GRAHAM, HUGH, 102 FOREST DRIVE, TRAVELERS REST, SC 29690

10925   GRAHAM, JAMES, 111 HILDRETH ST., LOWELL, MA 01850

10925   GRAHAM, JENNIFER, 9130 GRANBY ST, NORFOLK, VA 23503

10925   GRAHAM, JOAN, 3023 ABBOTT, WICHITA FALLS, TX 76308

10925   GRAHAM, JOEL, 1659 GILBERT, EVANSDALE, IA 50707

10925   GRAHAM, JULIA, 109 TRALEE CT, LAKE MARY, FL 32746

10925   GRAHAM, KATHLEEN, PO BOX 2795, COVINGTON, LA 70434

10925   GRAHAM, KATHRYN, 1215 CHIPPAWA, PASADENA, TX 77504

10925   GRAHAM, KELLI, RT. 6, BOX 479, HARTSELLE, AL 35640

10925   GRAHAM, LORI, 4454 HILLCREST DRIVE, C, MADISON, WI 53705

10925   GRAHAM, MARILYN, 1180 MADISON ST., BROOKLYN, NY 11221

10925   GRAHAM, MERRELL, 3404 MT. BARKER DRIVE, AUSTIN, TX 78731

10925   GRAHAM, MICHAEL, 723 DANA, BURKBURNETT, TX 76354

10925   GRAHAM, MICHELLE, 817 SEMINOLE, ODESSA, TX 79761

10925   GRAHAM, MICHELLE, 912 COTTONWOOD, CORSICANA, TX 75110

10925   GRAHAM, MILDA, 44-14 NEWTOWN RD, ASTORIA, NY 11103

10925   GRAHAM, NORMA, 3708 MARTINIQUE DR, KENNER, LA 70065

10925   GRAHAM, P., 4156-F LAKE WYLIE WOODS, LAKE WYLIE, SC 29710

10925   GRAHAM, PATRICIA, 6235 PENNYRICH, FLORISSANT, MO 63033

10925   GRAHAM, PAULINE, 111 HILDRETH ST, LOWELL, MA 01850

10925   GRAHAM, RAYMOND, PO BOX 7605, NIKISKI, AK 99635

10925   GRAHAM, RICHARD, 1601 TRAPELO RD., WALTHAM, MA 02154

10925   GRAHAM, RICHARD, 409 CONLIN AVE, SYCAMORE, IL 60178

10925   GRAHAM, ROBERT, 280 S CENTRAL ROAD, LIBBY, MT 59923-9438

10925   GRAHAM, RONALD, 24 FLETCHER LANE, LITTLETON, MA 01460

10925   GRAHAM, SL, RT 2 BOX 315, FAYETTEVILLE, NC 28301

10925   GRAHAM, STANLEY, 1855 TALL OAK DR, 3306, AURORA, IL 60505

10925   GRAHAM, SUSAN, 301 GREAT RD, ACTON, MA 01720

10925   GRAHAM, SUSANNE, 2122 W CATALINA, PHOENIX, AZ 85015

10925   GRAHAM, TAO, 430 N. SAN MATEO DR, SAN MATEO, CA 94401

10925   GRAHAM, TERRIE, 8 NINTH ST, 212, MEDFORD, MA 02155

10925   GRAHAM, THOMAS, 333 A 10TH ST NE, WASHINGTON, DC 20002

10925   GRAHAM, THOMAS, 56 TROUT FARM LANE, DUXBURY, MA 02332

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GRAHAM, VANETTE, 7516 GREER DR, FORT WASHINGTON, MD 20744

10925    GRAHAM, VICTOR, 1920 N W FIRST AVE POMPANO BEACH FL, POMPANO BEACH, FL 33069

10925    GRAHAM, WILFRED, 79 BEDFORD TER, IRVINGTON, NJ 07111-3942

10925    GRAHAM-MACALUSO, MARY, 2721 SPRING RIDGE CI, LITHONIA, GA 30058

10925    GRAHAM-STARR, PAULA, 381 N. VICTORIA RD., WOODSTOCK, GA 30188

10924    GRAHAMSVILLE SEWARAGE TREATMENT, RT42, GRANVILLE, NY 12832

10925    GRAHL, GARY, 3108 10TH ST, WICHITA FALLS, TX 76309

10924    GRAIN PROCESSING CORPORATION, PO BOX 349, MUSCATINE, IA 52761

10925    GRAINGER 624; INTEL CORP, 6335 NO BASIN AVE, PORTLAND, OR 97217

10925    GRAINGER CARIBE INC, DEPT 737 - 846569499, PALATINE, IL 60038-0001

10925    GRAINGER CARIBE INC., DEPT C-PAY - 248, PALATINE, IL 60038-0002

10925    GRAINGER CARIBE, INC, 105 AVE CONQUISTADORES, GUAYNABO, PR 00962-6774

10925    GRAINGER INC, DEPT 640-809047608, PALATINE, IL 60038-0001

10925    GRAINGER INDUSTRIAL SUPPLY, 6450 S. AUSTIN AVE., CHICAGO, IL 60638-5352

10925    GRAINGER PARTS OPERATIONS, 1657 SHERMER ROAD, PALATINE, IL 60038-0002

10925    GRAINGER, 3900 WESTSIDE AVE, NORTH BERGEN, NJ 07047

10925    GRAINGER, 505 COVIL AVE., WILMINGTON, NC 28403

10925    GRAINGER, 6450 S AUSTIN AVE, CHICAGO, IL 60638-5352

10925    GRAINGER, 6781 NW 17 AVE, FORT LAUDERDALE, FL 33309

10925    GRAINGER, 95 S TEJON, DENVER, CO 80223

10925    GRAINGER, ACCOUNTS PAYABLE, NILES, IL 60714

10925    GRAINGER, COLLEEN, 8100 SPRUCE VALLEY L, CLIFTON, VA 22024

10925    GRAINGER, DEPT 048-800354532, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 048-846569424, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 088, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 136 825155492, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 151, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 192-802362756, PALATINE, IL 60038

10925    GRAINGER, DEPT 256-811737667, PALATINE, IL 60038

10925    GRAINGER, DEPT 256-811737667, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 352-804421162, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 480-800315236, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 495 847154697, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 521-821643335, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 600-80-832-976-7, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 602-81-173-766-7, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT 753 810270389, PALATINE, IL 60038

10925    GRAINGER, DEPT 813730512, PALATINE, IL 60038-0001

10925    GRAINGER, DEPT C-PAY - 248, PALATINE, IL 60038-0002

10925    GRAINGER, ERIC, 14 DUDLEY RD, BILLERICA, MA 01821

10925    GRAINGER, JOYCE, 14 DUDLEY RD, BILLERICA, MA 01821

10924    GRAINGER, P.O. BOX 1758, SKOKIE, IL 60076

10925    GRALA, PAUL, 404 BRUELL ST., YORKVILLE, IL 60560

10925    GRALAPP, NANCY, DISTRICT SALES MANAGER RO, NEW LONDON, WI 54961

10925    GRALAPP, ROBERT, E9363 CRAIN ROAD, NEW LONDON, WI 54961

10925    GRAMAROSSA, NORA, 16 SUFFIELD AVE, DEPEW, NY 14043

10925    GRAMERCY, THE, 10601 GRAMERCY PLACE, COLUMBIA, MD 21044

10925    GRAMM, JOHN, 14639 S. KOLINEET, MIOLOTHIAN, IL 60445

10925    GRAMM, JOHN, 5245 CHASE ST, GARY, IN 46410

10925    GRAMMAR GROUP, THE, 301 ROYAL PLAZA DR, FORT LAUDERDALE, FL 33301

10925    GRAMMER, CYNTHIA, 9407 NORTH POINT RD, FORT HOWARD, MD 21052

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GRAMS, DAVID, 225 W SILVERLEAF ST, GREER, SC 29650-2752

10925   GRAMS, RANDALL, 20670 W. BOWLING GREEN DR, WAUKESHA, WI 53186

10925   GRAMS, STANLEY, 1018 MAYFLOWER AVE #9, MADISON, WI 53714

10925   GRANADO, CONCEPCION, R.R.2-BOX 235, MOMENCE, IL 60954

10925   GRANADO, DIANA, 402 WILLOW, DUMAS, TX 79029

10925   GRANADO, LINDA, 9556 1/2 ROSE ST, BELFLOWER, CA 90706

10925   GRANADO, ROSEMARIE, 3608 GLENWAY DRIVE, CORPUS CHRISTI, TX 78415

10925   GRANADO, ZENAIDA, 4924 CLOVER HAVEN, DALLAS, TX 75227

10925   GRANADOS, ALFREDO, 1841 CHERRY LANE, DEL CITY, OK 73115

10925   GRANADOS, ESTHER, 48-33 59 ST, WOODSIDE, NY 11377

10925   GRANADOS, JOSE, 1610 16 ST NW #407, WASHINGTON, DC 20009

10925   GRANAT, ANNA, 1023 HILLSIDE AVE, ATTLEBORO, MA 02703

10925   GRANATA, D, 39-26 50TH ST, WOODSIDE, NY 11377

10925   GRANATA, GUY, 1301 WISCONSIN AVE., PARNEGIE, PA 15216-9999

10925   GRANATA, JENNIE, 39-26 50TH ST, WOODSIDE, NY 11377-3147

10925   GRANAU WALKER, ELIZABETH, 2306 N 13TH ST, TEMPLE, TX 76501-1312

10925   GRANBERRY SUPPLY CORP, 2901 W OSBORN RD, PHOENIX, AZ 85017

10925   GRANBERRY SUPPLY CORP., PO BOX 11569, PHOENIX, AZ 85061

10925   GRANBERRY SUPPLY CORP., POBOX 11569, PHOENIX, AZ 85061

10925   GRANBERRY SUPPLY CORPORATION, PO BOX 90550, PHOENIX, AZ 85066-0550

10925   GRANBOIS, ERNEST, 408 G ST W., POPLAR, MT 59255-1581

10924   GRAND AIRE OPERATIONS,INC., 11777 W. AIRPORT SERVICE RD., SWANTON, OH 43558

10924   GRAND BLANC CEMENT PROD, 10709 S CENTER RD, GRAND BLANC, MI 48439

10924   GRAND BLANC CEMENT, 10709 S CENTER RD, GRAND BLANC, MI 48439

10924   GRAND BLANC CEMENT, PO BOX 585, GRAND BLANC, MI 48439

10924   GRAND CANYON MEDICAL BUILDING, DON BOEHMER, PHOENIX, AZ 85009

10924   GRAND CANYON NAT. PARK SVCE, NPS MAINT BLDG ALBRIGHT & VENTNOR R, GRAND CANYON, AZ 86023

10925   GRAND CASINO BILOXI, 265 BEACH BLVD, BILOXI, MS 39530-4608

10925   GRAND CASINO COUSHATTA, PO BOX 1510, KINDER, LA 70648

10924   GRAND CENTRAL C/O GIAMBOI @ @, NEW YORK, NY 10001

10924   GRAND CENTRAL STATION, VANDERBILT & 42ND STREET, NEW YORK, NY 10001

10924   GRAND CONCOURSE PLAZA, ABOUT 161ST STREET, BRONX, NY 10400

10924   GRAND FORKS AIR FORCE BASE, C/O BAHL INSULATION, 7TH AVENUE AND EILSON STREET, GRAND FORKS, ND 58208

10924   GRAND FORKS CORPORATE CENTER, 401 DEMERS, GRAND FORKS, ND 58203

10924   GRAND FORKS COUNTY OFFICE BUILDING, 151 S. 4TH STREET, GRAND FORKS, ND 58208

10924   GRAND GORGE WASTE WATER TREATMENT, GRAND GORGE, NY 12434

10924   GRAND HOTEL, ARNOLD LINE DOCK 3, SAINT IGNACE, MI 49781

10924   GRAND HYATT NEW YORK, DEPEW PLACE & 45TH STREET, NEW YORK, NY 10071

10925   GRAND HYATT NEW YORK, PO BOX 4951-CHURCH ST ST, NEW YORK, NY 10261-4951

10924   GRAND JUNCTION PIPE & SUPPLY, 2868 FREEWAY EAST, GRAND JUNCTION, CO 81501

10924   GRAND JUNCTION PIPE, 2868 FREEWAY EAST, GRAND JUNCTION, CO 81502

10924   GRAND JUNCTION PIPE, P O BOX 1849, GRAND JUNCTION, CO 81502

10924   GRAND JUNCTION PIPE, PO BOX1849, GRAND JUNCTION, CO 81502

10924   GRAND LAKE READY MIX, 488 INDUSTRIAL ROAD A, GROVE, OK 74344

10924   GRAND LAKE READY MIX, P O BOX 177, SILOAM SPRINGS, AR 72761

10924   GRAND OVER HOTEL, 1405 GRAND OVER PARKWAY, GREENSBORO, NC 27409

10924   GRAND RAPIDS COMMUNITY COLLEGE, 143 BOSTWICK N.E., GRAND RAPIDS, MI 49548

10924   GRAND RAPIDS CONTROLS, 825 NORTHLAND DRIVE, ROCKFORD, MI 49341

10924   GRAND RAPIDS CONTROLS, PO BOX 360, ROCKFORD, MI 49341

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GRAND RAPIDS GRAVEL CO, P. O. BOX 9160, GRAND RAPIDS, MI 49509-0160 | |
| 10924 | GRAND RAPIDS GRAVEL CO., 11790 WHITE CREEK ROAD, CEDAR SPRINGS, MI 49319 | |
| 10924 | GRAND RAPIDS GRAVEL CO., 2635 SANFORD DR SW, GRANDVILLE, MI 49418 | |
| 10924 | GRAND RAPIDS GRAVEL CO., 6633 KONKRETE, CALEDONIA, MI 49316 | |
| 10924 | GRAND RAPIDS GRAVEL CO., KALKMAN REDI-MIX DIV, HOLLAND, MI 49422 | |
| 10924 | GRAND RAPIDS GRAVEL CO., P. O. BOX 9160, GRAND RAPIDS, MI 49509 | |
| 10924 | GRAND RAPIDS GRAVEL, DUTTON, MI 49316 | |
| 10925 | GRAND RAPIDS GYPSUM, PO BOX 1672, GRAND RAPIDS, MI 49501 | |
| 10924 | GRAND RAPIDS HIGH SCHOOL, 760 CONNIFER DRIVE, GRAND RAPIDS, MN 55744 | |
| 10924 | GRAND RAPIDS LABEL COMPANY, 2351 OAK INDUSTRIAL DRIVE, GRAND RAPIDS, MI 49505 | |
| 10925 | GRAND RENTAL STATION, 3601 HWY 19A, MOUNT DORA, FL 32757 | |
| 10924 | GRAND RIDGE HIGH SCHOOL, 6925 FLORIDA STREET, GRAND RIDGE, FL 32442 | |
| 10924 | GRAND RIVER INFRASTRUCTURE INC, 2696 CHICAGO DR SW, GRAND RAPIDS, MI 49509 | |
| 10925 | GRAND RIVER INFRASTRUCTURE, 1742 BOSTON SE, GRAND RAPIDS, MI 49506 | |
| 10924 | GRAND RIVER INFRASTRUCTURE, 2701 CHICAGO DR SW, GRAND RAPIDS, MI 49509 | |
| 10924 | GRAND SLAM, LAS VEGAS, NV 89106 | |
| 10924 | GRAND STAND @ RACE TRACK @@, EAST RUTHERFORD, NJ 07073 | |
| 10925 | GRAND STRAND AIA, PO BOX 3225, MYRTLE BEACH, SC 29578 | |
| 10924 | GRAND STRAND HOSPITAL, 809 82ND PARKWAY, MYRTLE BEACH, SC 29575 | |
| 10924 | GRAND STRAND REGIONAL MEDICAL, 809 82ND PKWY., MYRTLE BEACH, SC 29572 | |
| 10924 | GRAND TRAVERSE MED CTR C/O BOUMA CO, 422 S. ELMWOOD, TRAVERSE CITY, MI 49684 | |
| 10925 | GRAND TRAVERSE PACKAGING CORP, 3820 CASS ROAD, TRAVERSE CITY, MI 49684 | |
| 10925 | GRAND TRAVERSE PACKAGING, PO BOX 1172, TRAVERSE CITY, MI 49685 | |
| 10925 | GRAND UNION CO, GEN COUNSEL, 201 WILLOWBROOK BLVD, WAYNE, NJ 07470 | |
| 10924 | GRAND VALLEY HEALTH PLAN, 2680 LEONARD AVENUE, GRAND RAPIDS, MI 49500 | |
| 10924 | GRAND VALLEY STATE UNIVERSITY, C/O RITSEMA, 401 W. FULTON, GRAND RAPIDS, MI 49504 | |
| 10924 | GRAND VIEW HOPSITAL, 700 LAWN AVE, SELLERSVILLE, PA 18960 | |
| 10924 | GRAND VIEW TERRACE, SUN CITY, AZ 85375 | |
| 10925 | GRAND, DEBORAH, 32026 CARRIAGE H. RD, ZEPHYRHILLS, FL 33543 | |
| 10925 | GRANDA, STEPHEN G, 8462 JALM DRIVE, HUNTINGTON BEACH, CA 92649 | |
| 10925 | GRANDAW, RON, 4760 GIDSON LANE, GREEN BAY, WI 54311-9104 | |
| 10925 | GRANDBOIS, IRVING, 8391 173RD ST WEST, LAKEVILLE, MN 55044-7816 | |
| 10925 | GRANDERSON, MURVIN, 1622 MIRABEAU ST, NEW ORLEANS, LA 70122 | |
| 10925 | GRANDINETTI, MARIA, 74 YORKTOWN RD., MOUNTAIN TOP, PA 18707 | |
| 10925 | GRANDISON, JONI, 1441 LAKE AVE # 304, METAIRIE, LA 70005 | |
| 10924 | GRANDVIEW CONCRETE CORP., 1705 HAMBURG STREET, SCHENECTADY, NY 12304 | |
| 10924 | GRANDVIEW HOSPITAL, 700 LAWN AVENUE, SELLERSVILLE, PA 18960-1576 | |
| 10924 | GRANDVIEW SQUARE OFFICE BLDG., 5201 EDEN AVE., EDINA, MN 55435 | |
| 10924 | GRANDVILLE CONCRETE PROD, 1076 ROUTE 10, RANDOLPH, NJ 07869 | |
| 10924 | GRANDVILLE CONCRETE PRODUCTS, 1076 ROUTE 10, RANDOLPH, NJ 07869 | |
| 10925 | GRANDY JR., ZACHARY, 13301 AVEBURY DRIVE, LAUREL, MD 20708 | |
| 10925 | GRANDY, MICHAEL, 7801 CARMEL CIRCLE, BALTIMORE, MD 21207 | |
| 10925 | GRANDY, TAMARA, 7693 SILVER SANDS RD, KEYSTONE FL, FL 32656 | |
| 10925 | GRANE TRANSPORTATION LINES LTD, 1011 S. LARAMIE AVE, CHICAGO, IL 60644 | |
| 10925 | GRANELLI, JOANNE, 2019 ANDREA LANE, GASTONIA, NC 28056 | |
| 10925 | GRANER, THOMAS, 1564 HWY 55 EAST, CLOVER, SC 29710 | |
| 10925 | GRANEX CORP. USA, 54 W. GROVE ST, BOGOTA,, NJ 07603 | |
| 10925 | GRANGER LANDFILL #2 (F), 8550 WEST GRAND RIVER AVE, GRAND LEDGE, MI 48837 | |
| 10925 | GRANGER, ALVIN T, PO BOX 516, STARKS, LA 70661 | |
| 10925 | GRANGER, ALVIN, PO BOX 516 (136 1ST ST ), STARKS, LA 70661 | |
| 10925 | GRANGER, BOBBIE, 2861 HWY 3063, VINTON, LA 70668-9742 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　GRANGER, CHARLES, 18439 FOREMAN RD, IOWA, LA 70647

10925　GRANGER, CHARLES, 3405 BOOT BAY ROAD, PLANT CITY, FL 33567-1325

10925　GRANGER, CYNTHIA, 2861 HWY 3063, VINTON, LA 70668

10925　GRANGER, HAL L, 3363 NIBLETTS BLUFF RD., VINTON, LA 70668

10925　GRANGER, HAL, 3363 NIBLETTS BLUFF ROAD, VINTON, LA 70668

10925　GRANGER, JACK, 300 ROCKGARDEN DR, CHAPEL HILL, NC 27516

10925　GRANGER, JACK, PO BOX 671, VINTON, LA 70668-0671

10925　GRANGER, LARRY, RT. 2, BOX 518, IOWA, LA 70647

10925　GRANGER, PATRICIA, 72 MT VERNON ST, NEW BEDFORD, MA 02740

10925　GRANGER, SAVOY, 2737 COLONY COURT, MARRERO, LA 70072

10925　GRANGER, WILLIAM, 2861 HWY 3063, VINTON, LA 70668-0000

10925　GRANGETTOS FARM & GARDEN SUPPLY, 1105 WEST MISSION, ESCONDIDO, CA 92025-1664

10925　GRANGETTOS FARM AND GARDEN SUPPLY, 1105 WEST MISSION AVE, ESCONDIDO, CA 92025-1664

10925　GRANHOLM, JENNIFER, PO BOX 30212, 525 W OTTAWA ST, LANSING, MI 48909-0212

10924　GRANICAST, INC., PLANT CLOSED, 60 PINE ROAD, BRENTWOOD, NH 03833

10924　GRANICAST, INC., PO BOX1016, EXETER, NH 03833-1016

10925　GRANIERI, SANDRA, 4433 NORTH 40TH ST, PHOENIX, AZ 85018

10925　GRANITE CITY ELECTRIC SUPPLY CO, PO BOX 699189, QUINCY, MA 02269

10925　GRANITE CITY ELECTRIC SUPPLY COMPAN, 19 QUINCY AVE, QUINCY, MA 02169

10924　GRANITE CITY READY MIX, 2450 S. HIGHWAY 10, SAINT CLOUD, MN 56304

10924　GRANITE CITY READY MIX, INC., COUNTY ROAD 13 NORTH, LITTLE FALLS, MN 56345

10924　GRANITE CITY READY MIX, P.O. BOX 1305, SAINT CLOUD, MN 56302

10924　GRANITE CITY READY MIX, P.O. BOX 1305, SAINT CLOUD, MN 56304

10924　GRANITE CITY STEEL DIVISION, 19TH & EDWARDSVILLE RD, GRANITE CITY, IL 62040

10924　GRANITE CITY STEEL DIVISION, 19TH & EDWARDSVILLE RD., GRANITE CITY, IL 62040

10924　GRANITE CITY STEEL DIVISION, NATIONAL STEEL CORPORATION, GRANITE CITY, IL 62040

10924　GRANITE CO LC, 5430 W.STATE ST, BOISE, ID 83703

10924　GRANITE COMPANY LC, CAMBRIDGE, MA 02140

10925　GRANITE CONCRETE COMPANY INC, PO BOX 655, LIBBY, MT 59923

10924　GRANITE CONSTRUCTION / 217173, ADOT # NH-10-4(125), MIRACLE MILE TO SPEEDWAY BLVD, TUCSON, AZ 85710

10924　GRANITE CONSTRUCTION CO., 7451 MOJAVE ROAD, TWENTYNINE PALMS, CA 92277

10924　GRANITE CONSTRUCTION CO., ATTN:  ACCOUNTS PAYABLE, PALM DESERT, CA 92255

10924　GRANITE CONSTRUCTION COMPANY, 3025 MILLS STREET, SPARKS, NV 89431

10924　GRANITE CONSTRUCTION COMPANY, 555 SO. 18TH STREET, SPARKS, NV 89431

10924　GRANITE CONSTRUCTION, 2095 HIGHWAY 11, EL CENTRO, CA 92243

10924　GRANITE CONSTRUCTION, 2260 ATHENS AVENUE (LOTC), LINCOLN, CA 95648

10924　GRANITE CONSTRUCTION, 4291 BRADSHAW ROAD, SACRAMENTO, CA 95827

10924　GRANITE CONSTRUCTION, 450 SOUTH BROWN ROAD, CALIPATRIA, CA 92233

10924　GRANITE CONSTRUCTION, ATTN:  ACCOUNTS PAYABLE, SACRAMENTO, CA 95826

10924　GRANITE CONSTRUCTION, ATTN:  ACCOUNTS PAYABLE, TUCSON, AZ 85728

10924　GRANITE CONSTRUCTION, ATTN: ACCOUNTS PAYABLE, PALM DESERT, CA 92255

10924　GRANITE CONSTRUCTION, WALTHAM WAY, PATRICK, NV 89434

10924　GRANITE CONSTRUCTION/CB CONCRETE CO, ATTN:  ACCOUNTS PAYABLE, RENO, NV 89510

10924　GRANITE CONSTRUCTION/CB CONCRETE, 3025 MILL ST, RENO, NV 89510

10924　GRANITE INDUSTRIES, 110-112 CHINA GROVE HWY, ROCKWELL, NC 28138

10924　GRANITE PRECAST & CONCRET, 5101 E NORTH STREET, BELLINGHAM, WA 98226

10924　GRANITE PRECAST, 2213 E. BAKERVIEW, BELLINGHAM, WA 98226

10924　GRANITE ROCK COMPANY, 11711 BERRYESSA ROAD, SAN JOSE, CA 95133

10924　GRANITE ROCK COMPANY, 1755 DEL MONTE ROAD, SEASIDE, CA 93955

10925　GRANITE ROCK COMPANY, 1755 DELMONTE AVE, SEASIDE, CA 93955

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GRANITE ROCK COMPANY, 303 CORAL STREET, SANTA CRUZ, CA 95060

10924   GRANITE ROCK COMPANY, 355 BLOMQUEST STREET, REDWOOD CITY, CA 94061

10924   GRANITE ROCK COMPANY, 400 WORK STREET, SALINAS, CA 93901

10924   GRANITE ROCK COMPANY, 540 WEST BEACH, WATSONVILLE, CA 95076

10924   GRANITE ROCK COMPANY, 6457 SOUTH CHESTNUT STREET, GILROY, CA 95020

10924   GRANITE ROCK COMPANY, ATTN: ACCOUNTS PAYABLE, WATSONVILLE, CA 95077

10924   GRANITE STATE CONC INC, 180 PHOENIX AVE, LOWELL, MA 01852

10925   GRANITE STATE CONCRETE CO. INC., PO BOX 185, MILFORD, NH 03055-0185

10924   GRANITE STATE CONCRETE IN, ELM STREET, MILFORD, NH 03055

10924   GRANITE STATE CONCRETE IN., ELM STREET, MILFORD, NH 03055

10924   GRANITE STATE CONCRETE, 180 PHOENIX AVE, LOWELL, MA 01852

10924   GRANITE STATE CONCRETE, 520 GROTON RD., WESTFORD, MA 01886

10924   GRANITE STATE CONCRETE, ROAD STONE DRIVE, PLAISTOW, NH 03865

10924   GRANITEROCK COMPANY, ATTN:  ACCOUNTS PAYABLE, WATSONVILLE, CA 95077-5001

10925   GRANITEVILLE FOUNDRY, PO BOX 767, WESTFORD, MA 01886-0024

10925   GRANITEVILLE GRAPHICS, 535 ASCAUGA LAKE RD., GRANITEVILLE, SC 29829

10925   GRANLUND, LORENE, 104 HOMEWOOD AVE, BELLE VERNON PA, PA 15012

10925   GRANO, ROBERT, 603 VIOLET LANE, JACKSON, NJ 08527

10925   GRANSTON, CAROLYN M, 4301 DENSMORE NO, SEATTLE, WA 98103-0000

10924   GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 70054

10925   GRANT BENNETT CUST JANE BENNETT, UNDER NEW YORK UNIF GIFT MIN ACT, C/O JANE
        BENNETT KNAPP, PO BOX 135, LINCOLNDALE, NY 10540-0135

10924   GRANT BROTHERS INC, P.O. BOX 297, EDGARTOWN, MA 02539

10924   GRANT BROTHERS, KATAMA RD., EDGARTOWN, MA 02539

10924   GRANT BROTHERS, P.O. BOX 297, EDGARTOWN, MA 02539

10924   GRANT CHEMICAL CO, 125 MAIN STREET, ELMWOOD PARK, NJ 07407

10924   GRANT COUNTY CONCRETE, 167 SOUTH MAIN STREET, DRY RIDGE, KY 41035

10924   GRANT COUNTY CONCRETE, P.O. BOX 141, DRY RIDGE, KY 41035

10924   GRANT COUNTY CONCRETE, P.O.BOX 141, DRY RIDGE, KY 41035

10925   GRANT ENGINEERING & MANUFACTURING, PO BOX 70456, POINT RICHMOND, CA 94807

10925   GRANT ENGINEERING, 222 WEST RICHMOND AVE., POINT RICHMOND, CA 94801

10924   GRANT INDUSTRIES INC., 125 MAIN AVENUE, ELMWOOD PARK, NJ 07407

10925   GRANT KONVALINKA & HARRISON, 633 CHESTNUT ST, CHATTANOOGA, TN 37450

10925   GRANT P KAESTNER, 4551 PENWITH WAY, NORTH HIGHLANDS, CA 95660-3924

10925   GRANT SANDERS CREATIVE INC, 14 DENNIS DRIVE, NANTUCKET, MA 02554

10924   GRANT SMITH AGGREGATES INC, 435 HIGHWAY 339, YERINGTON, NV 89447

10925   GRANT STOLL, 4933 GORHAM, SYLVANIA, OH 43560

10925   GRANT THORNTON LLP, 2700 SOUTH COMMERCE PKWY STE 300, WESTON, FL 33331-3621

10925   GRANT THORNTON LLP, 625 EDEN PARK DR., STE. 900, CINCINNATI, OH 45202-4181

10925   GRANT, BARRY, 15 TRENHOLM ROAD, GREENVILLE, SC 29615

10925   GRANT, BERYL, 507 HURON PL, WEST PALM BEACH, FL 33409

10925   GRANT, BRIAN, 1590 POPLAR EST PKWY, GERMANTOWN, TN 38138

10925   GRANT, CATHERINE, 8107 S. ELLIS AVE., CHICAGO, IL 60619

10925   GRANT, CHAD, 312 WOODLAND DRIVE, SENECA, SC 29678

10925   GRANT, CHERYL, 7789 S W 100TH ST, MIAMI, FL 33156

10925   GRANT, D, 9 KENT DRIVE RD #1, HOCKESSIN, DE 19707

10925   GRANT, DARNNELL, 4910 CASA ESPANA, SAN ANTONIO, TX 78233

10925   GRANT, DEBRA, 520 WASHINGTON BLVD., MARINA DEL REY, CA 90292

10925   GRANT, DIANE, 12 WISTERIA DRIVE, 2G, FORDS, NJ 08863

10925   GRANT, DOUGLAS, 323 NORRIS HWY, CENTRAL, SC 29630

10925   GRANT, EILEEN, 59 LELAND FARM RD., ASHLAND, MA 01721

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GRANT, EUGENE, 2860 RIVER ROAD, JOHNS ISLAND, SC 29455

10925    GRANT, FRANCIS, 3100 W ROLLING HILLS, DAVIE, FL 33328

10925    GRANT, FRANK, 27 CHIPPING GREEN DR, ARDEN, NC 28704

10925    GRANT, GARY, 34 CRAIGWOOD RD, GREENVILLE, SC 29607

10925    GRANT, INEZ, 2898 CENTURY PLACE, MACON, GA 31201

10925    GRANT, JAMES, 932 SUMMERBROOKE DR, TALLAHASSEE, FL 32312

10925    GRANT, JENNIFER, 752 BERNICE CT., ORLANDO, FL 32825

10925    GRANT, JIMMY, PO BOX 425, BOOTHVILLE, LA 70038

10925    GRANT, JOHN H, CUST FOR JOHN HUGH GRANT JR, UNIF GIFT MIN ACT MD, 6 HOBAN COURT, BALTIMORE, MD 21236-4756

10925    GRANT, JOSEPH, 1 BURNS HILL RD, 14, HUDSON, NH 03051

10925    GRANT, JOWANA, 1812 FLORIDA AVE NW APT. 2, WASHINGTON, DC 20009

10925    GRANT, JR, WILLIAM, 8109 GLEN HOLLOW DR., A, GLEN BURNIE, MD 21061

10925    GRANT, KENNETH, 37 DELMONT, #6, METHUEN, MA 01844

10925    GRANT, KONVALINKA & HARRISON, 9TH FLR., REPUBLIC CNTR., CHATTANOOGA, TN 37450-0900

10925    GRANT, LEWIS, POB 185 OAK AVE, DEMOREST, GA 30535

10925    GRANT, LINDA, 2902 W CITYPOINT RD, HOPEWELL, VA 23860

10925    GRANT, LORETTA, 5613 EXECUTIVE WAY, NORCROSS, GA 30071

10925    GRANT, LYNN, 7645 MANSFIELD HOLLOW, DELRAY BEACH, FL 33446

10925    GRANT, MARCIA, 223 WOODRIDGE DR, BELMONT, NC 28012

10925    GRANT, MARY, 3622 SW SUNSET TR. CIRCLE, PALM CITY, FL 34990

10925    GRANT, MELISSA, 711 WASHINGTON AVE, PALMYRA, NJ 08065

10925    GRANT, MICHAEL, 156 LOST BRIDGE DRIVE, PLM BCH GARDENS, FL 33410

10925    GRANT, MICHAEL, 73 MORGAN DR, JONESBORO, GA 30236

10925    GRANT, NADINE M, ONE BRIGHTON LN, OAK BROOK, IL 60523

10925    GRANT, PATRICIA, 12630 VIERS MILL RD #1113, ROCKVILLE, MD 20853

10925    GRANT, REX, 545 ANDERSON DR, WOODRUFF, SC 29388

10925    GRANT, RICHARD, 498 HUNTS BRIDGE RD, FOUNTAIN INN, SC 29644

10925    GRANT, RICHARD, PO BOX 905, NORWOOD, MA 02062

10925    GRANT, ROBERT, 109 STUART ST, LAURENS, SC 29360

10925    GRANT, ROBERT, 207 LANDING ROAD, HAMPTON, NH 03842

10925    GRANT, ROBERT, HWY 221, ENOREE, SC 29335

10925    GRANT, SHANE, 1475 BODWELL RD, MANCHESTER, NH 03103

10925    GRANT, STACEY, 891 PLANT ST, MACON, GA 31201

10925    GRANT, SYDNEY, 34 BOUDINOT ST, TRENTON, NJ 08618

10925    GRANT, THOMAS, 20 BRIDGEWATER DRIVE, GREENVILLE, SC 29615

10925    GRANT, TRICIA, 440 WARE ST, MANSFIELD, MA 02048

10925    GRANT, VICKY, 1405 N FAIRFIELD, AMARILLO, TX 79107

10925    GRANT, VIVIAN R, BOX 7158, NEWPORT BEACH, CA 92658-7158

10924    GRANTS MANOR, P/U NORWOOD, 505 UNIVERSITY AVE BLDG 3, NORWOOD, MA 02062

10925    GRANUZZO, JAMES, 131 LENOX AVE, GREEN BROOK, NJ 08812

10924    GRANVILLE CONCRETE PROD, 1076 ROUTE 10, RANDOLPH, NJ 07869

10925    GRANVILLE PHILLIPS COMPANY, GRANVILLE PHILLIPS CO. INC., 6450 DRY CREEK PKWY, LONGMONT, CO 80503

10924    GRANVILLE SEWERAGE TREATMENT, GRANVILLE, NY 12832

10925    GRANVILLE-ABBOTT, TRACEY, 1421 E. ORANGE GROVE RD, TUCSON, AZ 85718

10925    GRANZOW INC, 2300 CROWN POINT EXECUTIVE DR, CHARLOTTE, NC 28227

10925    GRAPEVINE FAMILY AND INDUSTRIAL, PO BOX 802407, DALLAS, TX 75380

10924    GRAPEVINE HIGH SCHOOL, 5401 HERITAGE AVENUE, COLLEYVILLE, TX 76034

10925    GRAPHIC ARTS FINISHERS INC, MORRIS GREENBAUM CHIEF EXECUTIVE OF, 32 CAMBRIDGE ST, CHARLESTOWN, MA 02129

10925    GRAPHIC COMMUNICATIONS, 204 MORGAN DR, HAVERHILL, MA 01832

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GRAPHIC CONTROLS CORP., PO BOX 360417, PITTSBURGH, PA 15250-6417 | |
| 10925 | GRAPHIC CONTROLS CORP., PO BOX 360417, PITTSBURGH, PA 15251-6417 | |
| 10925 | GRAPHIC CONTROLS INC., PO BOX 547, BARRINGTON, IL 60010 | |
| 10925 | GRAPHIC CONTROLS, 189 VANRENSSELAER ST, BUFFALO, NY 14240 | |
| 10925 | GRAPHIC CONTROLS, PO BOX 360417, PITTSBURGH, PA 15250-6417 | |
| 10925 | GRAPHIC DATA INC, 3500 NE 11TH AVE, FORT LAUDERDALE, FL 33334 | |
| 10925 | GRAPHIC EXHIBITS, 185 W PENNSYLVANIA AVE, SAINT PAUL, MN 55103 | |
| 10924 | GRAPHIC PACKAGING CORP., 3400 N MARINE DR, PORTLAND, OR 97217 | |
| 10924 | GRAPHIC PRODUCTS, 1140 NW 55TH STREET, FORT LAUDERDALE, FL 33309 | |
| 10925 | GRAPHIC SOLUTIONS INC, PO BOX 991, HIXSON, TN 37343 | |
| 10925 | GRAPHICO ELECTRONICS GROUP, 1100 BELLAMY ROAD, NO SCARBOROUGH, ON A1A 1A1CANADA | *VIA Deutsche Post* |
| 10925 | GRAPHICS TECHNOLOGY, 2113 WELLS BRANCH PKWY, AUSTIN, TX 78728 | |
| 10925 | GRAPHITE PRODUCTS CORP., 1797 E. TEN MILE ROAD, MADISON HEIGHTS, MI 48071 | |
| 10925 | GRAPHITE SALES, INC, PO BOX 23009, CHAGRIN FALLS, OH 44023-0009 | |
| 10925 | GRAPHITE SALES, INC, PO BOX 71255, CLEVELAND, OH 44191 | |
| 10925 | GRAPH-TECH, PO BOX 2745, COLLECTION CTR DR, CHICAGO, IL 60693-2745 | |
| 10925 | GRAS, KARIN, 4644 N 24TH PLACE, PHOENIX, AZ 85016 | |
| 10925 | GRASEL, BETH, 3858 HUNTER CREST CT, MOORPARK, CA 93021 | |
| 10925 | GRASEL, TIMOTHY, 3858 HUNTER CREST CT, MOORPARK, CA 93021 | |
| 10925 | GRASELLI FENCE CO, 3144 JEFFERSON AVE SW, BIRMINGHAM, AL 35221 | |
| 10925 | GRASS, KARI, 7108 HELLMAN, ALTA LOMA, CA 91701 | |
| 10925 | GRASS, KENNETH, 1429 GASSNER RD, WATERLOO, NY 13165 | |
| 10925 | GRASS, ROBERT, 5725 W. WELLS ST, WAUWATOSA, WI 53213 | |
| 10924 | GRASSELLI CONCRETE PROD, 4212 JEFFERSON AVENUE S W, BIRMINGHAM, AL 35221 | |
| 10924 | GRASSELLI CONCRETE PROD, P O BOX J, MIDFIELD, AL 35228 | |
| 10924 | GRASSELLI CONCRETE PRODUC, PO BOX28439, BIRMINGHAM, AL 35228-0004 | |
| 10925 | GRASSELLI FENCE CO., 3144 JEFFERSON AVE SW, BIRMINGHAM, AL 35221 | |
| 10925 | GRASSI, JOSEPH, 91 KILLIAN PLACE, TOTOWA, NJ 07512 | |
| 10925 | GRASSO FOODS INC, BOX 11 - KINGS HWY, SWEDESBORO, NJ 08085 | |
| 10925 | GRASSROOTS CRISIS, 6700 FREETOWN ROAD, COLUMBIA, MD 21044 | |
| 10925 | GRATA, Z. JOHN, 2230 DENNINGS ROAD, NEW WINDSOR, MD 21776 | |
| 10925 | GRATERON, ROBERTO, 401 ROSE MARIE, MISSION, TX 78572 | |
| 10925 | GRATING PACIFIC INC, 2716 TEAGARDEN ST, SAN LEANDRO, CA 94577 | |
| 10925 | GRAVALLESE, STEVEN, 8 JAMES AVE, MIDDLETON, MA 01949 | |
| 10925 | GRAVANTE, ANNA C, 358 7TH AVE 144, BROOKLYN, NY 11215-4315 | |
| 10925 | GRAVATT, JAMES, 840 RIVERSIDE DRIVE, PASADENA, MD 21122 | |
| 10925 | GRAVATT, SUE, 27096 POINT ROAD, PRINCESS ANNE, MD 21853 | |
| 10925 | GRAVE, NORMA, 4445 STEVENSON BLVD, 32, FREMONT, CA 94538 | |
| 10924 | GRAVEL PIT DESIGN STUDIO, 2 NORMAN STREET, BRIDGEPORT, CT 06605 | |
| 10924 | GRAVEL PRODUCTS, 7010 N. NICKERSON RD, NICKERSON, KS 67561 | |
| 10924 | GRAVEL PRODUCTS, RT ONE, NICKERSON, KS 67561 | |
| 10925 | GRAVEL, CHARLES, 17 ROCKVILLE AVE, E FALMOUTH, MA 02536 | |
| 10925 | GRAVEL, JOSEPH, 3401 PERLEY RD, ENOSBURG FALLS, VT 05450 | |
| 10925 | GRAVEN, STEVEN, 3909 BRADDOCK ROAD, HIGHPOINT, NC 27265 | |
| 10924 | GRAVENS, TERRANCE P, 1630 STANDARD BLDG, CLEVELAND, OH 44113 | |
| 10925 | GRAVER, ALAN, 1262 N. TROXELL ST, ALLENTOWN, PA 18103 | |
| 10925 | GRAVER, LISA, 319 S. MAIN ST., NAZARETH, PA 18064 | |
| 10924 | GRAVES CONCRETE, 43 OLD COLEBROOK ROAD, BARRE, MA 01005 | |
| 10924 | GRAVES CONCRETE, GARDNER RD. ROUTE 101, EAST TEMPLETON, MA 01438 | |
| 10924 | GRAVES CONCRETE, PO BOX680, EAST TEMPLETON, MA 01438-0680 | |
| 10925 | GRAVES ENG. SERVICES, 1220 W. WHEELER PKY, AUGUSTA, GA 30909 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GRAVES SPRAY SUPPLY, 1776 ARMITAGE COURT, ADDISON, IL 60101-4268

10925   GRAVES, BRENDA, 5008 YANCEYVILLE RD, BROWN SUMMIT, NC 27214

10925   GRAVES, BRYAN, PO BOX 216, WAUCONDA, IL 60084

10925   GRAVES, CARL, 6902 CARL AVE., BALTIMORE, MD 21207

10925   GRAVES, CHRISTOPHER, 26-11 BRIARWOOD LN, MARLBORO, MA 01752

10925   GRAVES, DEBRA, 1961 SANDOLLAR LN, VERO BEACH, FL 32963

10925   GRAVES, FRANCES, 226 N LOCUST, MOMENCE, IL 60954

10925   GRAVES, JANET, 575 WILLOW, WAUCONDA, IL 60084

10925   GRAVES, JOSEPH, 200 WATER MILL ROAD, GREER, SC 29650

10925   GRAVES, KEVIN, 64 N CARY ST #N-57, LAGRANGE, GA 30240

10925   GRAVES, LAURA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   GRAVES, LETICIA, 542 BIRDSONG, LEAGUE CITY, TX 77573

10925   GRAVES, LINDA LEA, 14304 WINDING WOODS CT, CENTREVILLE, VA 20120-4112

10925   GRAVES, MARK, 137A E. HIGH ST, GLASSBORO, NJ 08028

10925   GRAVES, MARK, 1553 VIA ARROYO, PASO ROBLES, CA 93446

10925   GRAVES, MONICA, 3155 AVE C, 421, BILLINGS, MT 59102

10925   GRAVES, NORMAN, 5038 FRED MAGEE RD., FRANKLINTON, LA 70438

10925   GRAVES, RONALD, PO BOX 1500, PAMPA, TX 79065-1500

10925   GRAVES, SHARI, 421 WALNUT ST, MOMENCE, IL 60954

10925   GRAVES, SIBYL, 6800 EL PASO ST, CHEVERLY, MD 20785

10925   GRAVES, TRACI, 5309 CENTURY AVE, 8, MIDDLETON, WI 53562

10925   GRAVES, VIRGINIA, 3970 HIGH SUMMIT, DALLAS, TX 75244

10925   GRAVES, WILLIAM M, PO BOX 130694, BIRMINGHAM, AL 35213

10925   GRAVES, WILLIAM, 3056 RANDALL WAY, HAYWARD, CA 94541

10925   GRAVETT, ALICE, 2961 SANDY PLAINS RD, MARIETTA, GA 30066

10925   GRAVETT, TONY, 2961 SANDY PLAINS RD, MARIETTA, GA 30066

10924   GRAV-I-FLO CORPORATION, 400 NORWOOD AVENUE, STURGIS, MI 49091

10924   GRAV-I-FLO CORPORATION, PO BOX 599, STURGIS, MI 49091

10925   GRAVINA, LAURA, 4059 E. MEADOW DR, PHOENIX, AZ 85032

10925   GRAVOS, LYNN, 1207 12TH AVE. SW, MINOT, ND 58701

10925   GRAWERT COMPANY, THE, 20 N E 6TH ST, POMPANO BEACH, FL 33060-4947

10925   GRAY HAWK, 2424 MERCHANT ST, LEXINGTON, KY 40511

10925   GRAY III, CLYDE, 2199 17TH ST. S.W, AKRON, OH 44314

10925   GRAY JR, JEREMIAH, 167 ELM ST, SWANSEA, MA 02777-4623

10925   GRAY JR., R., 2321 LINDA ST, GASTONIA, NC 28054

10924   GRAY SYRACUSE INC., 901 E. GENESSE STREET, BRIDGEPORT, NY 13030

10924   GRAY SYRACUSE INC., 901 E. GENESSE STREET, CHITTENANGO, NY 13037

10924   GRAY SYRACUSE INC., 901 E. GENESSEE STREET, CHITTENANGO, NY 13037

10924   GRAY SYRACUSE INC., BRIDGEPORT, NY 13030

10925   GRAY, ALLISON, 172 RANGE ROAD, WILTON, CT 06897

10925   GRAY, ALTA, 1400 SANDALWOOD DRIVE, MURPHYS, CA 95247

10925   GRAY, ANTOINE, 420 S ELM, KAKAKEE, IL 60901

10925   GRAY, AUDREY, 5559 BAYBERRY DR, NORFOLK, VA 23502

10925   GRAY, BRENDA, 410 MARTHA LANE, AUGUSTA, GA 30907

10925   GRAY, CHARLES DAVID, ROUTE 1 BOX 32, MICHIE, TN 38357

10925   GRAY, CHARLES DAVID, ROUTE 1 BOX 32, MICHIE, TN 38375

10925   GRAY, CHARLES, WARREN ROAD BLDG 9 APARTMENT 6, STOW, MA 01775

10925   GRAY, CHERYL, 79 AMESBURY ST, DRACUT, MA 01826

10925   GRAY, CLINTON, RT 3 BOX 464, BLANCHARD, OK 73010

10925   GRAY, DAISY, ROUTE 1 BOX 533, COMMERCE, GA 30529

10925   GRAY, DAVID, 2018 W. HOMER, CHICAGO, IL 60647

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRAY, DAVID, 649 FOXWOOD DRIVE, CROSSVILLE, TN 39555 | |
| 10925 | GRAY, DEBORA, 3815 BROCKETT RD., CLARKSTON, GA 30021 | |
| 10925 | GRAY, DELORIS, 308 FAISON DRIVE, GASTON, NC 27870 | |
| 10925 | GRAY, DIANA, 4260 PORTE DE PALMAS #61, SAN DIEGO, CA 92122 | |
| 10925 | GRAY, DIANE, 26 NEW MEXICO ROAD, TEWKSBURY, MA 01876 | |
| 10925 | GRAY, DONALD, 4114 DUANE AVE, BALTIMORE, MD 21225 | |
| 10925 | GRAY, DONALD, 428 HILL VIEW DRIVE #102, LINTHICUM, MD 21090 | |
| 10925 | GRAY, DONIECE, PO BOX 10002, KILLEEN, TX 76547 | |
| 10925 | GRAY, DONNA, 3212 SUNCREST, JACKSON, MS 39212-3939 | |
| 10925 | GRAY, DOUGLAS, 4217 BONITA, FORT WORTH, TX 76114 | |
| 10925 | GRAY, EDWARD, 1261 A. PRAIRIE AVE., GLENDALE HEIGHTS, IL 60139 | |
| 10925 | GRAY, EDWARD, CUST, DOUGLAS R GRAY, UNIF GIFT MIN ACT CT, C/O MHT BYPASS TRACER, 320 PURLEY WAY CROYDON, SURRY, CRO 4-J | *VIA Deutsche Post* |
| 10925 | GRAY, EDWARD, CUST, KAREN L GRAY, UNIF GIFT MIN ACT CT, C/O MHT BYPASS TRACER, 320 PURLEY WAY CROYDON, SURRY, CRO 4-J | *VIA Deutsche Post* |
| 10925 | GRAY, ELIZABETH A, CUST FOR RICHARD R GRAY, UNIF GIFT MIN ACT-MASS, C/O RICHARD R GRAY, 2128 FERNGLEN WAY, BALTIMORE, MD 21228-3756 | |
| 10925 | GRAY, ETHEL, 548 LAPLAYA, EDGEWATER, FL 32141-7277 | |
| 10925 | GRAY, GARY, 3648 BLAKEFORD WAY, MARIETTA, GA 30062 | |
| 10925 | GRAY, GEORGE, 533 CANARY LANE, RED OAK, TX 75154-4200 | |
| 10925 | GRAY, GLEN, 137 HARBOR ROAD, WESTPORT, CT 06880 | |
| 10925 | GRAY, GLENN, 111 PINE GATE DR, GREENVILLE, SC 29607 | |
| 10925 | GRAY, GREGORY, 4217 H CEDAR CREEK CIRCLE, MONTGOMERY, AL 36108 | |
| 10925 | GRAY, HAROLD, 70 MANSEL DR, LANDING, NJ 07850 | |
| 10925 | GRAY, HUGH, CUST FOR AMANDA MARIE EAGAN, UNIF GIFT TO MIN ACT NY, 138 MITCHELL ST, ROCHESTER, NY 14621-3955 | |
| 10925 | GRAY, HUGH, CUST FOR SARA LYNN EAGAN, UNIF GIFT MIN ACT NY, 138 MITCHELL ST, ROCHESTER, NY 14621-3955 | |
| 10925 | GRAY, J BARTHEL, 743 ALECIA PAGE COVE, HUMBOLT, TN 38343 | |
| 10925 | GRAY, JAMES R, 165 ORLEANS CIRCLE, NORFOLK, VA 23509-1151 | |
| 10925 | GRAY, JANICE, 175 HUDSON ST, PROVIDENCE RI, RI 02909 | |
| 10925 | GRAY, JASON, 461 FOREST HILL DR, #4-D MACON, GA 31210 | |
| 10925 | GRAY, JEREMY, 422 GOVERNOR WENTWORTH HWY, WOLFEBORO, NH 03894 | |
| 10925 | GRAY, JERRY, 8 MILLCREST WAY, MAULDIN, SC 29662 | |
| 10925 | GRAY, JOHN, 15 QUAIL TRAIL, SIMPSONVILLE, SC 29680 | |
| 10925 | GRAY, JOHN, 30 CLAIR HILL DR, ROCHESTER HILLS, MI 48309 | |
| 10925 | GRAY, JOHN, 6820 FRANKFORT AVE S, BIRMINGHAM, AL 35212 | |
| 10925 | GRAY, KAREN, 284 GREAT ROAD, ACTON, MA 01720 | |
| 10925 | GRAY, KATHERINE, 94 MARBLE ST, SOMERSET, MA 02726 | |
| 10925 | GRAY, KATRINA, 1609 POLK ST, MOBILE, AL 36605 | |
| 10925 | GRAY, KEVIN, 31 W ORCHARD ST, 7, SOMERVILLE, NJ 08876 | |
| 10925 | GRAY, KEVIN, 9740 GLACIER DRIVE, MIRAMAR, FL 33025 | |
| 10925 | GRAY, KEVIN, PO BOX 1154, PEARLAND, TX 77588 | |
| 10925 | GRAY, LARRY, 260 HIGHLAND AVE, PLANT CITY, FL 33565 | |
| 10925 | GRAY, LAURA, 3411 ELM DRIVE, KINGMAN, IN 47952-9776 | |
| 10925 | GRAY, LESTER, ROUTE 2 BOX 232A, BUFFALO CENTER, IA 50424 | |
| 10925 | GRAY, LEWIS, 1407 OAK ST., CRAIG, CO 81625 | |
| 10925 | GRAY, LISA, 894 UNIVERSITY, MEMPHIS, TN 38107 | |
| 10925 | GRAY, LORA, 340 E. PETERSON DR., CHARLOTTE, NC 28217 | |
| 10925 | GRAY, LORI, 9902 CORSICA ST, VIENNA, VA 22180 | |
| 10925 | GRAY, LORRAINE, 76 FREMONT ST, SOMERVILLE, MA 02145 | |
| 10925 | GRAY, LOUIS, 1515 JEFFERSON DAVIS HWY #722, ARLINGTON, VA 22202 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRAY, MARCIA, 205 CURVIN DRIVE, HARRISBURG, PA 17112 | |
| 10925 | GRAY, MARK, 906 HARNESS TR, SIMPSONVILLE, SC 29681 | |
| 10925 | GRAY, MARY, 716 205TH ST GREENHAVEN, PASADENA, MD 21122-1602 | |
| 10925 | GRAY, MAX, 7624 LIPPERT LANE, OKLAHOMA CITY, OK 73162-5587 | |
| 10925 | GRAY, MERRY, ROUTE 3 BOX 183, WACO, TX 76708 | |
| 10925 | GRAY, OSCAR, 114 SUNRISE DRIVE, MAULDIN, SC 29662 | |
| 10925 | GRAY, PAUL, 995 SCHANOCK DR, GREEN BAY, WI 54303 | |
| 10925 | GRAY, PEGGY, 7395 KALIOKA ROAD, SARALAND, AL 36571 | |
| 10925 | GRAY, PRISCILLA S, CUST FOR ELIZABETH ALEXANDRA GRAY, UNIF GIFT MIN ACT OH, 111 ABBOT AVE, WORTHINGTON, OH 43085-2601 | |
| 10925 | GRAY, RALPH, RT 1 BOX 149, AGRA, OK 74824-9801 | |
| 10925 | GRAY, RICHARD, 111 FAUNAWOOD, SIMPSONVILLE, SC 29681 | |
| 10925 | GRAY, RICK, 632 W 2ND ST, SAN PEDRO, CA 90731 | |
| 10925 | GRAY, ROBYN, 8 BROOKDALE LANE, PEPPERELL, MA 01463 | |
| 10925 | GRAY, ROLAND, 2128 FERNGLEN WAY, BALTIMORE, MD 21228-3756 | |
| 10925 | GRAY, RONALD, 1555 PARR, AMARILLO, TX 79106 | |
| 10925 | GRAY, SARA, 655 BEECH LOOP, SOMERVILLE, TN 38068 | |
| 10925 | GRAY, SHIRLEY A, 1403 NICOLETE PLACE, DETROIT, MI 48207 | |
| 10925 | GRAY, STEPHANIE, 1808 W LOUISANA, MIDLAND, TX 79701 | |
| 10925 | GRAY, STEPHEN, 26 NEW MEXICO ROAD, TEWKSBURY, MA 01876 | |
| 10925 | GRAY, STEPHEN, PO BOX 357, MOORE, SC 29369-9701 | |
| 10925 | GRAY, STEVEN, 2517 S W 84TH, OKLAHOMA CITY, OK 73159 | |
| 10925 | GRAY, TOMMY, 6103 PILLORY DR., INDIANAPOLIS, IN 46254 | |
| 10925 | GRAY, TONY, BOX 149, SIX MILE, SC 29682 | |
| 10925 | GRAY, TRACY, 1900 S. MISSOURI #2125, CASPER, WY 82609 | |
| 10925 | GRAY, VICCIE, 3015 MAPLE GROVE, HOUSTON, TX 77092 | |
| 10925 | GRAY, VICTOR, 3233 28TH AVE, NORTH, BIRMINGHAM, AL 35204 | |
| 10925 | GRAY, WILLIAM, 7460 HILL VALLEY CT, GREENDALE, WI 53129 | |
| 10925 | GRAY, WILLIAM, 8814 BALTIMORE ST, SAUAGE, MD 20763 | |
| 10925 | GRAYARC, PO BOX 4758, CAROL STREAM, IL 60197-4758 | |
| 10925 | GRAYARC, PO BOX 6213, CAROL STREAM, IL 60197-6213 | |
| 10924 | GRAYBAR ELECCTRIC, 2300 EAST 25TH ST., MINNEAPOLIS, MN 55406 | |
| 10924 | GRAYBAR ELECTRC, 1201 B 6TH ST., SAN FRANCISCO, CA 94107 | |
| 10924 | GRAYBAR ELECTRC, 133 E MANHATTAN BLVD, TOLEDO, OH 43608 | |
| 10924 | GRAYBAR ELECTRIC  (3215746), 2368 LINCOLN AVENUE, HAYWARD, CA 94545 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 110 MERRIT BLVD., FISHKILL, NY 12524 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 1376 TECHWAY DR., AKRON, OH 44305 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 1465 MONAD RD., BILLINGS, MT 59101 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 1928 ST MARY'S RD, MORAGA, CA 94575 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 1928 ST. MARY,S RD, MORAGA, CA 94575 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 2079 WHARTON AVE, QUANTICO, VA 22134 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 210 SOUTH ANDERSON, LOS ANGELES, CA 90033 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 21-15 QUEENS PLAZA NORTH, LONG ISLAND CITY, NY 11101 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 245 NIANTIC AVENUE, CRANSTON, RI 02907 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 299 GARLINGTON ROAD, GREENVILLE, SC 29615-4600 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 3333 PILOT KNOB RD, EAGAN, MN 55121 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 3628 S 35TH REAR, TACOMA, WA 98409 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 4902 W. LOOP, LUBBOCK, TX 79424 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 610 LOMBARDI AVE, GREEN BAY, WI 54304 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 6161 BINGLE RD HOUSTON DIST. CTR, HOUSTON, TX 77092 | |
| 10924 | GRAYBAR ELECTRIC (3215746), 900 REGENCY DR., GLENDALE HEIGHTS, IL 60139 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | GRAYBAR ELECTRIC (3215746), 900 RIDGE AVENUE, PITTSBURGH, PA 15212 | |
| 10924 | GRAYBAR ELECTRIC (3215746), AIRPORT IND. PARK, NEW CASTLE, DE 19720 | |
| 10924 | GRAYBAR ELECTRIC (3215746), CHARLOTTE NC BRANCH, RICHMOND, VA 23230 | |
| 10924 | GRAYBAR ELECTRIC (3215746), CHATTANOOGA TN BRANCH, SAINT LOUIS, MO 63178 | |
| 10924 | GRAYBAR ELECTRIC (3215746), DOWNING INDUSTRIAL PARK, PITTSFIELD, MA 01201 | |
| 10924 | GRAYBAR ELECTRIC (3215746), EAST CAMPUS #2098459, GREAT FALLS, MT 59405 | |
| 10924 | GRAYBAR ELECTRIC (3215746), EAST CAMPUS #2113140, GREAT FALLS, MT 59405 | |
| 10924 | GRAYBAR ELECTRIC (3215746), HOOK CREEK BLVD & 45 AVE., VALLEY STREAM, NY 11581 | |
| 10924 | GRAYBAR ELECTRIC (3215746), NETWORKING & TELECOM SRVS., MINNEAPOLIS, MN 55414 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O BOX 3727, SEATTLE, WA 98124 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 1539, ROCHESTER, NY 14603 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 160, MINNEAPOLIS, MN 55440 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 20085, LANSING, MI 48901 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 27070, PHOENIX, AZ 85061 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 376, SAINT LOUIS, MO 63166 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 497, TOLEDO, OH 43693 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 668238, CHARLOTTE, NC 28266 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 7409, PHILADELPHIA, PA 19101 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 9147, BOSTON, MA 02205 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O. BOX 92600, ANCHORAGE, AK 99509 | |
| 10924 | GRAYBAR ELECTRIC (3215746), P.O.BOX 6774, RICHMOND, VA 23230 | |
| 10924 | GRAYBAR ELECTRIC (3215746), PO BOX 13187, GREEN BAY, WI 54307-3187 | |
| 10924 | GRAYBAR ELECTRIC (3215746), PO BOX 3727, SEATTLE, WA 98124 | |
| 10924 | GRAYBAR ELECTRIC (3215746), THRU GATE #3 OF EATON ST. CODE 107, SAINT PAUL, MN 55107 | |
| 10925 | GRAYBAR ELECTRIC CO INC, 3701 E MONUMENT ST, BALTIMORE, MD 21205 | |
| 10925 | GRAYBAR ELECTRIC CO INC, 6445 INDIANAPOLIS BLVD, HAMMOND, IN 46320 | |
| 10925 | GRAYBAR ELECTRIC CO INC, CALLER BOX 7300, NORCROSS, GA 30091 | |
| 10925 | GRAYBAR ELECTRIC CO, 345 HARRISON AVE, BOSTON, MA 02118 | |
| 10924 | GRAYBAR ELECTRIC CO, 6100 SCHIRRA CT, BAKERSFIELD, CA 93313 | |
| 10924 | GRAYBAR ELECTRIC CO, INC, 1221 EAST 13TH ST, KANSAS CITY, MO 64106 | |
| 10924 | GRAYBAR ELECTRIC CO, INC, 200 WEST THIRD STREET, SIOUX FALLS, SD 57104 | |
| 10925 | GRAYBAR ELECTRIC CO, INC, 4800 FORBES BLVD., LANHAM, MD 20706 | |
| 10925 | GRAYBAR ELECTRIC CO, INC, PO BOX 145483-ANNEX STATION, CINCINNATI, OH 45250 | |
| 10925 | GRAYBAR ELECTRIC CO, POBOX 9147, BOSTON, MA 02205 | |
| 10924 | GRAYBAR ELECTRIC CO. (3215746), P.O. BOX #3210, TAMPA, FL 33601 | |
| 10924 | GRAYBAR ELECTRIC CO., 13251 GEORGE WEBER DR., ROGERS, MN 55374 | |
| 10925 | GRAYBAR ELECTRIC CO., 210 N. HIGHLAND PARK AVE., CHATTANOOGA, TN 37404 | |
| 10924 | GRAYBAR ELECTRIC CO., 2400 SOUTH DIVISION AVENUE, ORLANDO, FL 32805 | |
| 10925 | GRAYBAR ELECTRIC CO., 3701 E. MONUMENT ST., BALTIMORE, MD 21205 | |
| 10925 | GRAYBAR ELECTRIC CO., 4800 FORBES BLVD., LANHAM, MD 20706 | |
| 10925 | GRAYBAR ELECTRIC CO., 900 REGENCY DRIVE, DALLAS, TX 75284-0458 | |
| 10925 | GRAYBAR ELECTRIC CO., CALLER BOX 7300, NORCROSS, GA 30091 | |
| 10924 | GRAYBAR ELECTRIC CO., INC, 2139 STUMBO ROAD, MANSFIELD, OH 44906 | |
| 10924 | GRAYBAR ELECTRIC CO., INC., 11 FORBES ROAD, HAVERHILL, MA 01832 | |
| 10924 | GRAYBAR ELECTRIC CO., INC., 2060 VULTEE STREET, ALLENTOWN, PA 18103 | |
| 10924 | GRAYBAR ELECTRIC CO., INC., 4401 EAST CENTRAL AVENUE, FRESNO, CA 93708 | |
| 10924 | GRAYBAR ELECTRIC CO., INC., NORTHBOROUGH BRANCH, PO BOX 9147, BOSTON, MA 02205 | |
| 10925 | GRAYBAR ELECTRIC CO., PO BOX 1120, LAKE CHARLES, LA 70602 | |
| 10925 | GRAYBAR ELECTRIC CO., PO BOX 840458, DALLAS, TX 75284-0458 | |
| 10925 | GRAYBAR ELECTRIC CO-HONOLULU BRANCH, 91-315 APUU WAY-EWA BEACH, EWA BEACH, HI 96706 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    GRAYBAR ELECTRIC COMPANY, 900 REGENCY DRIVE, GLENDALE HEIGHTS, IL 60139

10925    GRAYBAR ELECTRIC COMPANY, CALLER BOX 7300, GLENDALE HEIGHTS, IL 60139

10925    GRAYBAR ELECTRIC COMPANY, INC, PO BOX 27070, PHOENIX, AZ 85061

10925    GRAYBAR ELECTRIC COMPANY, INC, PO BOX 9800, GREENSBORO, NC 27429

10924    GRAYBAR ELECTRIC COMPANY, INC.., ALLENTOWN PA BRANCH, 900 RIDGE AVENUE, PITTSBURGH, PA 15212

10924    GRAYBAR ELECTRIC O., INC., PO BOX 376, SAINT LOUIS, MO 63166

10924    GRAYBAR ELECTRIC(3215746), 1403-B S FLOYD RD, RICHARDSON, TX 75081

10924    GRAYBAR ELECTRIC(3215746), 4902 W LOOP 289, LUBBOCK, TX 79424

10924    GRAYBAR ELECTRIC(3215746), CALLER BOX 7300, NORCROSS, GA 30091

10924    GRAYBAR ELECTRIC(3215746), P.O. BOX 655094, DALLAS, TX 75265

10924    GRAYBAR ELECTRIC(3215746), T.I. E. BLDG 13353 FLOYD RD, DALLAS, TX 75243

10924    GRAYBAR ELECTRIC, 1000 KING HIGHWAY, KALAMAZOO, MI 49001

10924    GRAYBAR ELECTRIC, 1211 FEE DR., SACRAMENTO, CA 95815

10924    GRAYBAR ELECTRIC, 13310 INDUSTRIAL PK BLVD, PLYMOUTH, MN 55441

10924    GRAYBAR ELECTRIC, 1414 CENTER ST, TACOMA, WA 98409

10924    GRAYBAR ELECTRIC, 150 EAST GREG ST SUITE 107, SPARKS, NV 89431

10924    GRAYBAR ELECTRIC, 1550 S WARFIELD ST., PHILADELPHIA, PA 19146

10924    GRAYBAR ELECTRIC, 1550S WARFIELD ST, PHILADELPHIA, PA 19146

10924    GRAYBAR ELECTRIC, 171 S GOOD LATIMER EXPWY, DALLAS, TX 75226

10924    GRAYBAR ELECTRIC, 175 DEWY AVENUE, ROCHESTER, NY 14608

10924    GRAYBAR ELECTRIC, 2060 VULTEE ST., ALLENTOWN, PA 18103

10924    GRAYBAR ELECTRIC, 21 ALLEN ST, RUTLAND, VT 05701

10924    GRAYBAR ELECTRIC, 229 CHURCH ST, ALBANY, NY 12202

10924    GRAYBAR ELECTRIC, 2368 LINCOLN AVENUE, HAYWARD, CA 94545

10924    GRAYBAR ELECTRIC, 2460 STATE ST., HAMDEN, CT 06517

10924    GRAYBAR ELECTRIC, 2500 WILKINSON BLVD, CHARLOTTE, NC 28208

10924    GRAYBAR ELECTRIC, 2500 WILKINSON BLVD., CHARLOTTE, NC 28208

10924    GRAYBAR ELECTRIC, 2601 WEST SUPERIOR ST., DULUTH, MN 55806

10924    GRAYBAR ELECTRIC, 2720 SOUTH PELLISSIER PL., LA PUENTE, CA 91744

10924    GRAYBAR ELECTRIC, 281 HUYSHOPE AVE., HARTFORD, CT 06106

10924    GRAYBAR ELECTRIC, 2915 KAIHIKAPU STREET, HONOLULU, HI 96819

10924    GRAYBAR ELECTRIC, 3001 TECHNOLOGY DRIVE, PLANO, TX 75074

10924    GRAYBAR ELECTRIC, 31 PEARSON WAY, WEST SPRINGFIELD, MA 01089

10924    GRAYBAR ELECTRIC, 3200 JACOB STREET, WHEELING, WV 26003

10924    GRAYBAR ELECTRIC, 3350 WEST EARIL DR, PHOENIX, AZ 85017

10924    GRAYBAR ELECTRIC, 345 HARRISON AVE., BOSTON, MA 02118

10924    GRAYBAR ELECTRIC, 3540 ROYAL ROAD, FAIRBANKS, AK 99701

10924    GRAYBAR ELECTRIC, 43 BOULDEN BLVD, NEW CASTLE, DE 19720

10924    GRAYBAR ELECTRIC, 4359 HALLS MILL ROAD, MOBILE, AL 36693

10924    GRAYBAR ELECTRIC, 4780 ARVILLE ST, LAS VEGAS, NV 89103

10924    GRAYBAR ELECTRIC, 610 LOMBARDI AVE., GREEN BAY, WI 54307-3187

10924    GRAYBAR ELECTRIC, 6445 INDIANAPOLIS BLVD., HAMMOND, IN 46320

10924    GRAYBAR ELECTRIC, 799 EDWARDS ROAD, PARSIPPANY, NJ 07054

10924    GRAYBAR ELECTRIC, 800 HUYLER STREET, TETERBORO, NJ 07608

10924    GRAYBAR ELECTRIC, 8170 LACKLAND RD., BEL-RIDGE, MO 63114

10925    GRAYBAR ELECTRIC, 8TH & FREEMAN, CINCINNATI, OH 45203

10924    GRAYBAR ELECTRIC, 910 SEVENTH ST N.W., ROCHESTER, MN 55901

10924    GRAYBAR ELECTRIC, 975 E TALLMADGE AVE, AKRON, OH 44310

10924    GRAYBAR ELECTRIC, 99-833 IWAENA ST., AIEA, HI 96701

10924    GRAYBAR ELECTRIC, PO BOX 78099, SAINT LOUIS, MO 63178

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GRAYBAR ELECTRIC, PO BOX3727, SEATTLE, WA 98124

10924   GRAYBAR ELETRIC, 4780 ARVILLE ST, LAS VEGAS, NV 89103

10925   GRAYBAR, 900 REGENCY DR, GLENDALE HEIGHTS, IL 60139

10925   GRAYBAR, CRAIG L, 3430 W KIMBERLY AVE, GREENFIELD, WI 53221-4752

10925   GRAYBAR, PO BOX 840458, DALLAS, TX 75284

10924   GRAYBARELECTRIC, 149S CHERRYBELL AVE., TUCSON, AZ 85713

10924   GRAYBER ELECTRIC, 150 EAST GREG ST. SUITE 107, SPARKS, NV 89431

10925   GRAYBILL, DWIGHT, 6257 HAYES DR, NORCROSS, GA 30093

10925   GRAYCE CAMBERG, 129 ABACO PLACE, PONTE VEDRA, FL 32082-1601

10924   GRAYCO MECHANICAL WELDING & FAB, 205 RACCOON VALLEY ROAD, POWELL, TN 37849

10925   GRAYDON, ANITA, 1833 RIGBY ST, MONTGOMERY, AL 36110

10925   GRAYDON, SAMMY, 208 COOPER LAKE ROAD, SIMPSONVILLE, SC 29681-9014

10925   GRAYDON, STARLING, RT 3, GRAY COURT, SC 29645

10924   GRAYHAWK CORP, P.O.BOX 9055, LOUISVILLE, KY 40209

10924   GRAYHAWK CORPORATION, PO BOX 12111, LEXINGTON, KY 40580

10924   GRAYHAWK, P.O. BOX 12111, LEXINGTON, KY 40580

10925   GRAYMATTER SOFTWARE CORP, 100 S KING ST, SUITE 320, SEATTLE, WA 98104

10925   GRAYMATTER SOFTWARE CORP., 100 S KING ST, SUITE 320, SEATTLE, WA 98104

10925   GRAYMILLS CORPORATION, 135 S. LASALLE ST. DEPT.3693, CHICAGO, IL 60674-3693

10925   GRAYMONT (PA) INC., POBOX 448, BELLEFONTE, PA 16823

10924   GRAYMONT DOLIME (OH) INC., 21880 WEST ST.RTE 163, GENOA, OH 43430

10924   GRAYMONT DOLIME (OH) INC., P O BOX 158, GENOA, OH 43430

10924   GRAYMONT DOLIME (OH) INC., PO BOX158, GENOA, OH 43430

10924   GRAYMOR COATINGS, INC., 3302 NORTH WEST 211TH TERRIS, HILLSBORO, OR 97124

10925   GRAYNED, MARLA, 2720 W. CHAMBERS ST, MILWAUKEE, WI 53210

10925   GRAYPOND REALTY (BURTON SHAFFER/IRV, DAVID P ROSENBLATT BURNS & LEVINSO, 125 SUMMER ST 152 HAMPDEN ST, BOSTON, MA 02110

10925   GRAYS, DEDRIC, 3248 WEST 29TH ST, INDIANAPOLIS, IN 46222

10925   GRAYS, FRAGILIA, 3644 W MICHIGAN ST, INDIANAPOLIS, IN 46222

10925   GRAYS, KRISTEIN, 3644 WEST MICHIGAN ST, INDIANAPOLIS, IN 46222

10925   GRAYS, LORENZO, 2944 HIGH ST, CAMDEN, NJ 08105

10924   GRAYSON HIGH SCHOOL, 50 HOPE HOLLOW RD., LOGANVILLE, GA 30052

10925   GRAYSON M SMOOT, 5413 CYNTHIA TERRACE, BALTIMORE, MD 21206-2928

10925   GRAYSON, ALFORD, RT 2 BOX 330, GEORGETOWN, SC 29440

10925   GRAYSON, DANA, 1310 E. 52ND. ST., INDIANAPOLIS, IN 46205

10925   GRAYSON, KAYLENE, 76 GRANGLE, APPLE CREEK, OH 44606

10925   GRAYSON, LILLIE, 3550 OVERTON RD, DALLAS, TX 75216

10925   GRAYSON, PAUL, PO BOX 7, STRINGER, MS 39481

10925   GRAYSON, TOD, 4603 ADAMS DRIVE, LAUREL, MS 39440

10924   GRAYSTONE BLOCK CO INC, 316 W RIVER RD, MODESTO, CA 95351

10925   GRAYUM, RUTH, 3337 WEST 2ND ST, DENVER, CO 80219

10924   GRAY-WALKER, INC., PO BOX573054, HOUSTON, TX 77257

10924   GRAY-WALKER,INC., P.O. BOX 573054, HOUSTON, TX 77257-3054

10925   GRAYWOOD, 6150 GRAYWOOD PKWY, LAKE CHARLES, LA 70605

10925   GRAZIANI, MARIE, 409 WINTER ST, NORWOOD, MA 02062

10924   GRAZIANO A  INC., 71 ADAMS STREET, BRAINTREE, MA 02184

10924   GRAZIANO CONCRETE, 60 FIRST STREET, BRIDGEWATER, MA 02324

10924   GRAZIANO CONCRETE, 71 ADAMS STREET, BRAINTREE, MA 02184

10924   GRAZIANO REDI-MIX, INC., 60 FIRST STREET, BRIDGEWATER, MA 02324

10925   GRAZIANO, ANTHONY, 13 DICKSON ROAD, WOBURN, MA 01801-2207

10925   GRAZIANO, ANTHONY, 18 KENNETH DR, OCEAN TOWNSHIP, NJ 07712

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GRAZIANO, FRANK, 5936 HARFORD AVE, BALTIMORE, MD 21207

10925   GRAZIANO, JOSEPH P, 20750 VENTURA BLVD #309, WOODLAND HILLS, CA 91364

10925   GRAZIER, M., 302 E ORCHARD DR, BUTLER, PA 16001

10925   GRAZYNA BUDZ, 7207 WEST 78TH ST, BRIDGEVIEW, IL 60455

10924   GRC RECYCLE, BUILDING #291 AT MARTIN AND KELLOG, NEWARK, NJ 07105

10925   GREALISH, RHONDA, 8 COLUMBUS AVE, NORTH EASTON, MA 02357

10925   GREANY, SHARON, 3811 MT ALADIN, SAN DIEGO, CA 92111

10924   GREAT AMERICAN BUILDING, C/O WESTSIDE BUILDING MATERIALS, SAN DIEGO, CA 92100

10925   GREAT AMERICAN BUSINESS PRODUCTS, 9321 KIRBY DR, HOUSTON, TX 77054

10924   GREAT AMERICAN FOODS, 1960 SOUTH 4250 WEST, SALT LAKE CITY, UT 84104

10924   GREAT AMERICAN OFFICE BUILDING, 625 FIRST STREET S.E., CEDAR RAPIDS, IA 52403

10925   GREAT AMERICAN PICTURE CO INC, THE, 593 WASHINGTON ST, STOUGHTON, MA 02072

10925   GREAT AMERICAN PICTURE CO,INC, THE, 593 WASHINGTON ST, STOUGHTON, MA 02072

10924   GREAT BARRIER C/O CHAMPION PAPER, COUNTY RD 150, COURTLAND, AL 35618

10924   GREAT BEND INDUSTRIES, ROUTE 1, BOX 106, GREAT BEND, KS 67530

10924   GREAT BEND READY MIX, 2007 KANSAS, GREAT BEND, KS 67530

10924   GREAT BEND REDI MIX, 606 S PATTON RD., GREAT BEND, KS 67530-4622

10925   GREAT COASTAL EXPRESS INC, PO BOX C, CHESTER, VA 23831-0318

10925   GREAT DANE TRAILERS INC., DRAWER CS 198006, ATLANTA, GA 30384

10925   GREAT FALLS FLORIST, PO BOX 339, GREAT FALLS, VA 22066

10924   GREAT LAKES AIR PRODUCTS, 5861 COMMERCE DRIVE, WESTLAND, MI 48185

10925   GREAT LAKES AIRGAS INC, PO BOX 855, WEST CHICAGO, IL 60186

10925   GREAT LAKES AIRGAS, INC, 1250 W WASHINGTON, WEST CHICAGO, IL 60185

10925   GREAT LAKES AIRGAS, INC, PO BOX 4057, WATERLOO, IA 50704

10925   GREAT LAKES ANALYTICAL, PO BOX 664, HAMMOND, IN 46325

10925   GREAT LAKES CHEMICAL CO, PO BOX 905174, CHARLOTTE, NC 28290-5174

10925   GREAT LAKES CHEMICAL CO, POBOX 70965, CHICAGO, IL 60673-0965

10925   GREAT LAKES CHEMICAL CORP, PO BOX 2200, WEST LAFAYETTE, IN 47906

10925   GREAT LAKES CHEMICAL CORP., PO BOX 905174, CHARLOTTE, NC 28290-5174

10925   GREAT LAKES CHEMICAL CORPORATION, PO BOX 905174, CHARLOTTE, NC 28290-5174

10925   GREAT LAKES CHEMICALS, PO BOX 92237, CHICAGO, IL 60675-2237

10924   GREAT LAKES CONCRETE, 1971 DICKERSON ROAD, GAYLORD, MI 49735

10925   GREAT LAKES CORP, 9511 WEST RIVER ST, SCHILLER PARK, IL 60176-1019

10925   GREAT LAKES CORP., PO BOX 6197, CHICAGO, IL 60680-6197

10925   GREAT LAKES CORPORATION, 2500 IRWING PARK, EARLVILLE, IL 60518

10925   GREAT LAKES CORPORATION, PO BOX 6197, CHICAGO, IL, 60680

10925   GREAT LAKES DATA & VOICE, 1116 TOWER LANE, BENSENVILLE, IL 60106-1028

10924   GREAT LAKES ELECTRIC SUPPLY CO, 2295 N OPDYKE RD, AUBURN HILLS, MI 48326

10924   GREAT LAKES ELECTRICAL EQUIP.CO,INC, 320 BAXTER AVE, SUPERIOR, WI 54880

10925   GREAT LAKES INC. C/O FLOW TECH, 50 SCOTT ADAM ROAD, HUNT VALLEY, MD 21030

10924   GREAT LAKES INDUSTRIAL KNIFE, 3261 COPLEY ROAD, AKRON, OH 44321

10925   GREAT LAKES INSTRUMENTS INC, 1001 DERBY LANE, WESTCHESTER, IL 60153

10925   GREAT LAKES INSTRUMENTS, 8855 NORTH 55TH ST, MILWAUKEE, WI 53223

10925   GREAT LAKES INTERNATIONAL, POBOX 78038, MILWAUKEE, WI 53278-0038

10924   GREAT LAKES PULP & FIBRE INC., 701 4TH AVENUE, MENOMINEE, MI 49858

10924   GREAT LAKES REDI MIX, 1947 DICKERSON ROAD, GAYLORD, MI 49735

10925   GREAT LAKES TECHNOLOGIES, 75 TRI STATE INTL STE 200, LINCOLNSHIRE, IL 60069-4435

10924   GREAT LAKES TEXTILES, 7200  NORTHFIELD RD., WALTON HILLS, OH 44146

10924   GREAT MALL, RAYMOND INTERIORS, MILPITAS, CA 95035

10924   GREAT MARKETING COMPANY, THE, 1300 NORTHBROOK PARKWAY, SUITE 100, SUWANEE, GA 30024

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GREAT MEADOWS DEVELOPMENT CO INC, PO BOX 306, HUNTINGDON, PA 19006 | |
| 10925 | GREAT NORTHERN NEKOOSA CORP, BARRY J SHAINMAN ANDREW HODGES, 75 PROSPECT ST, PO BOX 9309, STAMFORD, CT 06904 | |
| 10925 | GREAT NORTHERN VIDEO, 31 INDUSTRIAL PARK DR, CONCORD, NH 03301-8505 | |
| 10924 | GREAT NORTHERN/FAX ORIGDISC INVOICE, SUBSIDIARY OF 895639 ONTARIO LTD., 935 KEYES DRIVE, WOODSTOCK, ON N4V 1C3TORONTO | *VIA Deutsche Post* |
| 10924 | GREAT OAKS ELEMENTARY, 16474 GREAT OAKS DR., ROUND ROCK, TX 78681 | |
| 10925 | GREAT OAKS INST. OF TECH. & CAREER, AND CAREER DEVELOPMENT, 3254 EAST KEMPER ROAD, CINCINNATI, OH 45241-1581 | |
| 10925 | GREAT OCCASIONS, 6809 BELAIR RD #100, BALTIMORE, MD 21206 | |
| 10925 | GREAT PACIFIC EQUIPMENT INC, 175 E FREEDOM AVE, ANAHEIM, CA 92801 | |
| 10925 | GREAT PLAINS INTERNATIONAL OF, POBOX 3436, SIOUX CITY, IA 51102 | |
| 10924 | GREAT PLATTE RIVER ROAD MONUMENT, C/O MIDWEST PARTITIONS, 3060 EAST 1ST STREET, KEARNEY, NE 68847 | |
| 10924 | GREAT RIVER MEDICAL CENTER, 1501 W. AGENCY ROAD, WEST BURLINGTON, IA 52655 | |
| 10924 | GREAT RIVER MEDICAL, 1501 AGENCY ROAD, WEST BURLINGTON, IA 52655 | |
| 10924 | GREAT WESTERN BLDG MATLS, 3652 E. MIAMI, PHOENIX, AZ 85040 | |
| 10924 | GREAT WESTERN BUILDING MATERIALS, 3652 E. MIAMI, PHOENIX, AZ 85040 | |
| 10925 | GREAT WESTERN CHEMICAL CO, 12330 MCCANN DR, SANTA FE SPRINGS, CA 90670 | |
| 10925 | GREAT WESTERN CHEMICAL CO, DEPT 05633, SAN FRANCISCO, CA 94139 | |
| 10925 | GREAT WESTERN CHEMICAL CO., 808 SW 15TH AVE, PORTLAND, OR 97205 | |
| 10925 | GREAT WESTERN CHEMICAL CO., DEPT. 05633, SAN FRANCISCO, CA 94139 | |
| 10924 | GREAT WESTERN CHEMICAL, 11903 PIKE STREET, SANTA FE SPRINGS, CA 90670 | |
| 10924 | GREAT WESTERN CHEMICAL, 6750 W. BOSTON ST., CHANDLER, AZ 85224 | |
| 10924 | GREAT WESTERN CHEMICAL, 6750 W. BOSTON ST., CHANDLER, AZ 85226 | |
| 10924 | GREAT WESTERN CHEMICAL, 6750 WEST BOSTON STREET, CHANDLER, AZ 85226 | |
| 10924 | GREAT WESTERN CHEMICAL, 808 S.W. 16TH AVE., PORTLAND, OR 97205 | |
| 10925 | GREAT WESTERN CHEMICAL, 860 WHARF ST, RICHMOND, CA 94804 | |
| 10925 | GREAT WESTERN CHEMICAL, INC, 5015 PARIS ST., DENVER, CO 80239 | |
| 10924 | GREAT WESTERN CHEMICAL, PO BOX292, PORTLAND, OR 97205 | |
| 10924 | GREAT WESTERN CONTAINER, 11811 MERIDIAN STREET N.E., EDMONTON, ALBERTA, AB T6S 1A3TORONTO | *VIA Deutsche Post* |
| 10924 | GREAT WESTERN CONTAINER, 1912 66TH AVENUE, EDMONTON, ALBERTA, AB T6P 1M4TORONTO | *VIA Deutsche Post* |
| 10925 | GREAT WESTERN MANUFACTURING CO. INC, 2017 S. 4TH ST, LEAVENWORTH, KS 66048 | |
| 10925 | GREAT WESTERN RECLAMATION INC., PO BOX 25260, SANTA ANA, CA 92799-5260 | |
| 10925 | GREAT WESTERN RECLAMATION INC., PO BOX 66963, CHICAGO, IL 60666-0963 | |
| 10924 | GREAT WESTERN RESOURCES, ATTN: ACCOUNTS PAYABLE, 1111 BAGBY STREET, HOUSTON, TX 77002 | |
| 10924 | GREAT WESTERN, FREDRICK MEISWINKEL, BERKELEY, CA 94700 | |
| 10925 | GREAT, JANICE, 445 QUIGLEY ST, MUNDELEIN, IL 60060 | |
| 10925 | GREATENS, THOMAS, 1010 S ERIE ST, DE PERE, WI 54115-2802 | |
| 10925 | GREATER BALTIMORE COMMITTEE, 111 S CALVERT ST STE 1700, BALTIMORE, MD 21202-6180 | |
| 10925 | GREATER BALTIMORE COMMITTEE, POBOX 64891, BALTIMORE, MD 21264-4891 | |
| 10925 | GREATER BALTIMORE COMMITTEE, THE, PO BOX 630332, BALTIMORE, MD 21263 | |
| 10925 | GREATER BALTIMORE MED. CNTR., PO BOX 630716, BALTIMORE, MD 21263-0716 | |
| 10925 | GREATER BALTIMORE MEDICAL CENTER IN, 6701 N CHARLES ST, BALTIMORE, MD 21204 | |
| 10925 | GREATER BOCA RATON CHAMBER OF COMME, 1800 N DIXIE HWY, BOCA RATON, FL 33432-1892 | |
| 10925 | GREATER BOSTON CHAMBER OF COMMERCE, ONE BEACON ST 4TH FL, BOSTON, MA 02108-3114 | |
| 10925 | GREATER BOSTON CONVENTION & VISITOR, TWO COPLEY PLACE SUITE 105, BOSTON, MA 02116-6501 | |
| 10925 | GREATER BOSTON EXECUTIVE PROGRAM, 191 SPRING ST, LEXINGTON, MA 02420 | |
| 10925 | GREATER BOSTON MFG PARTNERSHIP, 100 MORRISSEY BLVD, BOSTON, MA 02125-9905 | |
| 10925 | GREATER CINCINNATI CHAMBER OF COMME, 411 VINE ST., CINCINNATI, OH 45202 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GREATER CINCINNATI CHAMBER OF COMME, PO BOX 630511, CINCINNATI, OH 45263-0511

10925   GREATER CINCINNATI/DAYTON ODN, 407 VINE ST., BOX 140, CINCINNATI, OH 45202

10924   GREATER CLARK COUNTY SCHOOL, 301 E 11TH STREET, JEFFERSONVILLE, IN 47130

10924   GREATER CLARK CTY SCHOOL, 2315 ALLISON LANE, JEFFERSONVILLE, IN 47130-5818

10924   GREATER DIVERSIFIED, 1234 N. CAPITOL AVENUE, INDIANAPOLIS, IN 46202

10925   GREATER FT LAUDERDALE CHA, PO BOX 14516, FORT LAUDERDALE, FL 33302-4516

10924   GREATER GRACE TEMPLE, 23500 WEST 7 MILE ROAD, DETROIT, MI 48231

10925   GREATER HILLSBORO CHAMBER, THE, POBOX 225, HILLSBORO, MO 63050

10925   GREATER LAKE CHARLES ROTARY CL, THE, PO BOX 1245, LAKE CHARLES, LA 70602

10925   GREATER MIAMI SOCIETY FOR HUMAN, ONE BISCAYNE TOWER SUITE 1470, MIAMI, FL 33131-1801

10925   GREATER MPHS LEGAL ASSISTANTS, PO BOX 3846, MEMPHIS, TN 38173

10925   GREATER ORLANDO CSI, 349 ZELL DR, ORLANDO, FL 32824

10925   GREATER POMPANO BEACH CHAMBER, 2200 E.ATLANTIC BLVD., POMPANO BEACH, FL 33062-5284

10924   GREATER ST. STEVENS BAPTIST CHURCH, NEW ORLEANS, LA 70127

10925   GREATHOUSE, ERIC, 540 ASHLAND ST, LAKE CHARLES, LA 70602

10925   GREATHOUSE, FRANK, 1295 RIVERVIEW DR, LEWISPORT, KY 42351

10925   GREB, SUSAN, PO BOX 212, CATASAUQUA, PA 18032

10925   GRECCO, ROBERT, 395 HUNTLEY ROAD, CRYSTAL LAKE, IL 60014-5318

10925   GRECO JR, JOSEPH G, 571 E CENTER ST, NESQUEHONING, PA 18240-1711

10925   GRECO, ANTHONY, 1070 N. CARDINAL DR., PALATINE, IL 60067-8764

10925   GRECO, FRED, 56 JOHNS ST, FORT JEFFERSON STATION, NY 11776

10925   GRECO, JAMES, 1 WEDGEWOOD CIRCLE, EATONTOWN, NJ 07724

10925   GRECZKOWSKI, KATHLEEN, 2709 29TH AVE W., BRADENTON, FL 34205

10925   GREEGOR, LORI, 9909 W. OLD LINCOLNWAY, WOOSTER, OH 44691

10925   GREEK, FRANKLIN, 2284 S. SIERRA LANE, CARTHAGE, MO 64836

10924   GREEKTOWN CASINO, C/O PONTIAC CEILING & PARTITION, 459 E. LAFAYETTE, DETROIT, MI 48226

10925   GREELEY GAS COMPANY, PO BOX 660063, DALLAS, TX 75266-0063

10925   GREELEY, HORACE, 300 WINSTON DRIVE, CLIFFSIDE PARK, NJ 07010

10925   GREELEY, MARY, 1721 E. FRANKFORD, 1224, CARROLLTON, TX 75007

10924   GREEN ACRES BAPTIST CHURCH, 1607 TROUP HIGHWAY 10, TYLER, TX 75701

10924   GREEN BAY AREA PUBLIC SCHOOL, C/O OM CONSTRUCTION, 1610 CORNELL ROAD, GREEN BAY, WI 54313

10924   GREEN BAY BUILDERS SUPPLY, P.O. BOX 8107, GREEN BAY, WI 54308

10925   GREEN BLACK, 440 LOISIANNA, 200 LYRIC CENTRE, HOUSTON, TX 77002

10924   GREEN CONCOURSE MOVING WALKS, ST. PAUL INTERNATIONAL AIRPORT, I 494 & HIGHWAY 5, SAINT PAUL, MN 55111

10925   GREEN CONTRACTING, 8837 YELLOW BRICK ROAD, BALTIMORE,, MD 21237

10925   GREEN DAY RECYCLING, 10691 KEEL AVE, GARDEN GROVE, CA 92843

10925   GREEN FIELD IND, GEORGE BLACKSTONE, 13102 NE 20TH ST, BELLEVUE, WA 98005

10925   GREEN FIELD TRANSPORT COMPANY, PO BOX 1235, FORT DODGE, IA 50501

10925   GREEN FIRE SYSTEMS INC, 1234 N POST OAK SUITE 190, HOUSTON, TX 77055-7234

10925   GREEN FLAG USA, 2621 W AIRPORT FRWY SUITE 106, IRVING, TX 75062

10925   GREEN FLAG USA, 2621 W. AIRPORT FRWY., STE 106, IRVING, TX 75062

10925   GREEN FLAG USA, PO BOX 542646, DALLAS, TX 75354-2646

10924   GREEN HILLS YMCA, 4040 HILLSBORO CIRCLE, NASHVILLE, TN 37215

10924   GREEN HOPE HIGH SCHOOL II, C/O BEERS CONSTRUCTION, 2500 CARPENTAR UPCHURCH ROAD, CARY, NC 27513

10924   GREEN HOPE HIGH SCHOOL, 2500 CARPENTER-UPCHURCH ROAD, CARY, NC 27513

10925   GREEN IV, JAMES, 1172 MIDDLETON, NE, ORANGEBURG, SC 29115

10925   GREEN JR, JOSEPH, 3749 FEATHER DRIVE, LAKELAND, FL 33813-4126

10925   GREEN JR, ROBERT, 5316 DOGWOOD ROAD, BALTIMORE, MD 21207

10925   GREEN JR, ROBERT, ROUTE 6 BOX 2270, PELL CITY, AL 35125

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925     GREEN JR., WILLIAM, 42 STAFFORD ROAD, LOWELL, MA 01852

10925     GREEN KETCHUM MILLS BAILY TWEEL, PO BOX 2389, PO BOX 2389, HUNTINGTON, WV 25724

10925     GREEN MANUFACTURING INC, POBOX 408, BOWLING GREEN, OH 43402-0408

10924     GREEN MOUNTIAN COMM., 16 LEHNER ST, WOLFEBORO, NH 03894

10925     GREEN OAK TOWNSHIP, 10789 SILVER LAKE, SOUTH LYON, MI 48178

10925     GREEN PASTURES INC, C/O EVAN D JENNINGS, 3340 PEACHTREE ST NE, SUITE 2180, ATLANTA, GA 30326

10925     GREEN PASTURES INC., GEN COUNSEL, 2859 PACES FERRY ROAD, SUITE 810, ATLANTA, GA 30339

10924     GREEN QUARRIES INC, 1910 W 69 HWY, EXCELSIOR SPRINGS, MO 64024

10924     GREEN QUARRIES INC, OFF HWY 24-65, CARROLLTON, MO 64633

10925     GREEN QUARRIES INC., 1910 W 69 HWY, EXCELSIOR SPRINGS, MO 64024

10925     GREEN READY MIX OF MISSOURI, 23400 W 82ND ST, SHAWNEE MISSION, KS 66227-9909

10924     GREEN READY MIX OF MISSOURI, INC., 1206 W. 24TH ST TERRACE, HIGGINSVILLE, MO 64037

10924     GREEN READY MIX OF MISSOURI, INC., 1910 W 69 HWY, EXCELSIOR SPRINGS, MO 64024

10924     GREEN READY MIX OF MISSOURI, INC., 23400 W. 82ND ST., SHAWNEE MISSION, KS 66227

10924     GREEN READY MIX OF MISSOURI, INC., 24 & 65 HWYS, CARROLLTON, MO 64633

10924     GREEN READY MIX OF MISSOURI, INC., 25TH & MONROE, LEXINGTON, MO 64067

10924     GREEN READY MIX OF MISSOURI, INC., 504 WEST 1ST STREET, CONCORDIA, MO 64020

10924     GREEN READY MIX OF MISSOURI, INC., 902 WEST BERRY, HAMILTON, MO 64644

10924     GREEN READY MIX OF MISSOURI, INC., 9596 HWY EE, RICHMOND, MO 64085

10924     GREEN READY MIX OF MISSOURI, INC., HWY 10 WEST, RICHMOND, MO 64085

10924     GREEN READY MIX OF MISSOURI, INC., HWY 36 W, UTICA, MO 64686

10924     GREEN RIVER COMMUNITY, 12401 SE 320TH STREET, BOTHELL, WA 98012

10925     GREEN RIVER DISPOSAL, LANDFILL SUPERFUND SITE, MACEO, KY 42355

10925     GREEN RIVER FIREFIGHTERS ASSOCIATIO, PO BOX 700, CALHOUN, KY 42327

10924     GREEN RIVER INC., 999 NW 53RD CT, FORT LAUDERDALE, FL 33309

10925     GREEN RIVER LANDFILL TRUST FUND, 450 MONTBROOK LANE, KNOXVILLE, TN 37919

10925     GREEN RIVER STEEL CORP, JAMES W RASBERRY PRES, AND ALAN SHAW VP, 4701 US HWY 60 EAST, OWENSBORO, KY 42303

10925     GREEN RUBBER COMPANY, PO BOX 414425, BOSTON, MA 02241

10925     GREEN SPACE DESIGN ASSOC, 3855 TUCKS ROAD, BOYNTON BEACH, FL 33436

10925     GREEN SR, RANDALL, 1269 HONEYTREE LN W, LAKELAND, FL 33801

10925     GREEN SR, RANDALL, 2722 MORGAN COMBEE ROAD, LAKELAND, FL 33801-2988

10925     GREEN TREE VENDOR SERVICES CORP, PO BOX 6167, CAROL STREAM, IL 60197-6167

10924     GREEN VALLEY PACKING, 2992 GREEN VALLEY ROAD, CLAYSVILLE, PA 15323

10924     GREEN VALLEY READY MIX, 1207 - 18TH STREET, MONROE, WI 53566

10925     GREEN, A, 1400 HUNTINGTON, CALUMET CITY, IL 60409

10925     GREEN, AARON, 637 SPARK ST, MOUNT PLEASANT, SC 29464

10925     GREEN, AMY, 117 CHALFANT, MARBELTON, WY 83113

10925     GREEN, ANDREW, 918 SOUTHWIND, PORT ARTHUR, TX 77640

10925     GREEN, ANGEL, 4101 CUSHMAN ST, CHARLOTTE, NC 28206

10925     GREEN, ANIKKA, 5521 BARTHOLOW ROAD, ELDERSBURG, MD 21784

10925     GREEN, ANIKKA, 7500 GRACE DR, COLUMBIA, MD 21044

10925     GREEN, ANNIE, 429 CENTRAL AVE, RAHWAY, NJ 07065

10925     GREEN, ANTHONY, 926 GREENMOUNT AVE., BALTIMORE, MD 21213

10925     GREEN, ARTHUR, 3363 NORTH 48TH ST, MILWAUKEE, WI 53216

10925     GREEN, ARTHUR, 5111 JOHNSON RD. APT. #1, WICHITA FALLS, TX 76310

10925     GREEN, BAN, 402 INTERLUDE, NEW IBERIA, LA 70560

10925     GREEN, BETTY, 1313 CAROLINA AVE, ROANOKE RAPIDS, NC 27870

10925     GREEN, BETTY, BOX 18891, OKLAHOMA CITY, OK 73154-9998

10925     GREEN, BOBBIE, 1125 EAST 4TH ST, ATLANTIC, IA 50022

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GREEN, BRENDA, 3623 BELAIR ROAD, AUGUSTA, GA 30919 | |
| 10925 | GREEN, CATHY, 5555 HIXSON PIKE #41, HIXSON, TN 37343 | |
| 10925 | GREEN, CEMELIA, 7007 SPRING MORNING, CHARLOTTE, NC 28227 | |
| 10925 | GREEN, CHARLES, 229 DIRKS, WICHITA FALLS, TX 76302 | |
| 10925 | GREEN, CHERRY, 304 WEST HEIGHTS, WEST MONROE, LA 71292 | |
| 10925 | GREEN, CHERYL, 12152 PALMYRA DR, BATON ROUGE, LA 70807 | |
| 10925 | GREEN, CHRISTY, 475 PINE RIDGE ROAD, PELL CITY, AL 35125 | |
| 10925 | GREEN, CLARENCE, 1007 EAST 22ND AVE, TAMPA, FL 33605 | |
| 10925 | GREEN, CORNELIUS, 713 ALABAMA ST, PLANT CITY, FL 33566-5603 | |
| 10925 | GREEN, CYNTHIA, 685 ROUNDTREE RD, RIVERDALE, GA 30274 | |
| 10925 | GREEN, DANIEL, PO BOX 4662 4504 MONTY, MIDLAND, TX 79704 | |
| 10925 | GREEN, DARRELL, ROUTE 1, NEW VIRGINIA, IA 50210 | |
| 10925 | GREEN, DAVID, 15 MEMPHIS COURT, SICKLERVILLE, NJ 08081 | |
| 10925 | GREEN, DAVID, 333 CLARK AVE WEST APT312, THORNHILL, ON L4J 7K4CANADA | *VIA Deutsche Post* |
| 10925 | GREEN, DAVID, 633 CENIZO BLVD., UVALDE, TX 78801 | |
| 10925 | GREEN, DRUSCILLA, 2800 GENL MITCHELL, LAKE CHARLES, LA 70601 | |
| 10925 | GREEN, EDWARD, 630 CONSTITUTION DRIVE, AURORA, IL 60506 | |
| 10925 | GREEN, ELIJAH, 1506 POWHATTAN CT, LAKELAND, FL 33805-3463 | |
| 10925 | GREEN, FEBBIE, RT 4 BOX 119, LAKE CITY, FL 32055 | |
| 10925 | GREEN, GARRY, 1607 TAYLOR, WICHITA FALLS, TX 76309 | |
| 10925 | GREEN, GARRY, 804 E. PASADENA, IOWA PARK, TX 76367 | |
| 10925 | GREEN, GARY, 415 W DAISY, IOWA PARK, TX 76367 | |
| 10925 | GREEN, GARY, RR 1, BOX 68, SCRANTON, AR 72863 | |
| 10925 | GREEN, H, 1001 MAPLE ST, MT PLEASANT, MI 48858 | |
| 10925 | GREEN, HARRIET, 810 PALMETTO ST, SPARTANBURG, SC 29302 | |
| 10925 | GREEN, HELEN, 2917 TOWERPINE DR, AUGUSTA, GA 30909 | |
| 10925 | GREEN, HENDERSON, 721 THORN ST, READING, PA 19601 | |
| 10925 | GREEN, HENRY, 1160 TURNER WAY, MACON, GA 31201 | |
| 10925 | GREEN, JACK, 1009 N AMY, DEERPARK, TX 77536 | |
| 10925 | GREEN, JAMES, 1641 CYPRESS POINTE DRIVE, CORAL SPRINGS, FL 33071 | |
| 10925 | GREEN, JAMES, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | GREEN, JAMES, HC 03 BOX 975H, BANDERA, TX 78003 | |
| 10925 | GREEN, JEAN, 1001 MAPLE ST, MT. PLEASANT, MI 48858 | |
| 10925 | GREEN, JOAN, 45 SURFSIDE, SCITUATE, MA 02066 | |
| 10925 | GREEN, JOANNE L, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | GREEN, JOANNE, 2004 CHURCHVILLE RD, BEL AIR, MD 21014 | |
| 10925 | GREEN, JOSEPH, ROUTE 2 BOX 279 A 5, JONES, OK 73049 | |
| 10925 | GREEN, JOYCE, 465 REED ST, PITTSBURGH, PA 15521 | |
| 10925 | GREEN, JR, WILLIAM, PO BOX 1554, UMATILLA, FL 32784 | |
| 10925 | GREEN, JUDY, 3507 JANICE DRIVE, RUSTON, LA 71270 | |
| 10925 | GREEN, KAREN, 1202 NEWNING, AUSTIN, TX 78704 | |
| 10925 | GREEN, KAREN, 1545 N 29TH ST, PHILA, PA 19121 | |
| 10925 | GREEN, KAREN, 2932 E. BATES, LUBBOCK, TX 79403 | |
| 10925 | GREEN, KEITH, 6001 WELLBORN TRAIL, LITHONIA, GA 30058 | |
| 10925 | GREEN, KENNETH, 312 CHAPMAN ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | GREEN, KEVIN, 7128 TURFWAY DRIVE, DALLAS, TX 75227 | |
| 10925 | GREEN, KURT, 8526 T.R. 323, HOLMESVILLE, OH 44633 | |
| 10925 | GREEN, LARRY, 1016 CORNELIA, IOWA PARK, TX 76367 | |
| 10925 | GREEN, LAURA, 2032 ELLSBERRY ST, SNELLVILLE, GA 30278 | |
| 10925 | GREEN, LAUREN, 167 FAIRVIEW AVE., C, SOMERVILLE, NJ 08876 | |
| 10925 | GREEN, LEALER, 343 W FOURTH ST, ROANOKE RAPIDS, NC 27870 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GREEN, LEE, 369 HILIDATY HILLS, FRANKSTON, TX 75763

10925   GREEN, LELAND, 1211 S MAIN ST, FOUNTAIN INN, SC 29644

10925   GREEN, LEONARD, 4549 FERNHILL RD, PHILA PA, PA 19144

10925   GREEN, LESLIE, 551 ABNER CREEK ROAD, GREER, SC 29651-9018

10925   GREEN, LINDA, 1015 FARVIEW DR., INDEPENDENCE, MO 64056

10925   GREEN, LINDA, 4109 LAVELL, WICHITA FALLS, TX 76308

10925   GREEN, LORI, 2931 HARRISON PIKE, CLEVELAND, TN 37311

10925   GREEN, LORI, 7 DURBIN RIDGE RD, FOUNTAIN INN, SC 29644

10925   GREEN, MALIKA, 5873 STRASBERG TER., ORLANDO, FL 32807

10925   GREEN, MARCIA, 18700 YORBA LIND BLV, YORBA LINDA, CA 92686

10925   GREEN, MARJORIE, 120 STEVE ROBERTS DRIVE, SMYRNA, TN 37167

10925   GREEN, MARJORIE, 2397 CO RD 65, MARBURY, AL 36051

10925   GREEN, MARSHALL, 110 CHERRY ST, S BOUND BROOK, NJ 08880

10925   GREEN, MARY, 100 LAKE ROBINSON POINTE, GREER, SC 29651-8895

10925   GREEN, MARY, 600 WOODALE, BATON ROUGE, LA 70806

10925   GREEN, MAXWELL, 2880 W. GARRISON AVE., BALTIMORE, MD 21215-5335

10925   GREEN, MYRTLE, 7885 GORDON COURT, GLEN BURNIE, MD 21061

10925   GREEN, NANCY, 2811 NE 53RD CT, GAINESVILLE, FL 32609

10925   GREEN, PASTENE, 475 PINE RIDGE ROAD, PELL CITY, AL 35125

10925   GREEN, PATRICIA, 3601 ROBERT ELEE PL, ALEXANDRIA, VA 22306

10925   GREEN, PATRICIA, PO BOX 42, WEBB CITY, MO 64870

10925   GREEN, PATRICK, 415 W DAISY, IOWA PARK, TX 76367

10925   GREEN, PATTI, 28 GEORGE ST #A2, ATTLEBORO, MA 02703

10925   GREEN, PAUL, ROUTE 2 BOX 103, GRAY COURT, SC 29645-9576

10925   GREEN, PENNY, 403 SEMINOLE DRIVE, SIMPSONVILLE, SC 29680

10925   GREEN, PERRY, 1010 VAN HORN, IOWA PARK, TX 76367

10925   GREEN, PETER, 9117 NORTHFIELD RD, ELLICOTT CITY, MD 21042

10925   GREEN, PHILLIP, 541 COLE, SAGINAW, TX 79179

10925   GREEN, QUINCEY, 98B W CLIFF ST, SOMERVILLE, NJ 08876

10925   GREEN, RANDALL, RT 1 BOX 292, GRAHAM, TX 76450

10925   GREEN, RENEE, 188 SORGEE RD., NATCHITOCHES, LA 71457

10925   GREEN, RICHARD, 28 HOUGHTON AVE, TRENTON, NJ 08638

10925   GREEN, RICHARD, 7456 WASHINGTON, FOREST PA RK, IL 60130

10925   GREEN, RICHARD, PO BOX 1375, SPRINGDALE, AR 72764

10925   GREEN, RICHMOND, 721 KENT ST, MT PLEASANT, SC 29464

10925   GREEN, ROBERT EDWARD, 12 MANDEVILLE CLOSE, BROXBOUNRE, HERTS, EN 107PNUNITED    **\*VIA Deutsche Post\***
KINGDOM

10925   GREEN, ROBERT, 5406 MONTGOMERY DR, GREENDALE, WI 53129

10925   GREEN, ROBIN, 419 FAIRVIEW ST, FOUNTAIN INN, SC 29644-1811

10925   GREEN, ROCK, 1924 WOODMERE DRIVE, JACKSONVILLE, FL 32210

10925   GREEN, ROCKY, 150 GRAYSTONE DRIVE, MOORE, SC 29369

10925   GREEN, RUSSELL, PO BOX 262, CARLSBADD, TX 76950

10925   GREEN, S, 517 PELICAN AVE, NEW ORLEANS, LA 70114

10925   GREEN, SAMUEL, 60 CREST CIRCLE, RINGGOLD, GA 30736

10925   GREEN, SELWYN, 701 NW 214TH ST, MIAMI, FL 33169

10925   GREEN, SHANNON, 3606 BROOKRIDGE, ARLINGTON, TX 76015

10925   GREEN, SHARON, 144-G OLD FERRY ROAD, HAVERHILL, MA 01830

10925   GREEN, SHELIA, 4755 HWY 75, ST GABRIEL, LA 70776

10925   GREEN, SHEPREASE, 2975 CEDAR BROOK DR, DECATUR, GA 30030

10925   GREEN, SHIRLEY, 2760 HEATON DR, MACON, GA 31206

10925   GREEN, SHIRLEY, 2931 OWENS POINT TR, KENNESAW, GA 30144

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GREEN, SHIRLVETTE, 316 A LINE AVE, GREENVILLE, NC 27834 | |
| 10925 | GREEN, SUSAN, 1870 HARRISBURG PIKE, GROVE CITY, OH 43123 | |
| 10925 | GREEN, SUSAN, 8201 HENRY AVE C-15, PHILADELPHIA, PA 19128 | |
| 10925 | GREEN, SYLVIA, 900 LAKESHORE DRIVE, LANDRUM, SC 29356-9607 | |
| 10925 | GREEN, TAMARA, 210 BLACKSHEAR ST., TOMBALL, TX 77375 | |
| 10925 | GREEN, TERRY, 1604 BAR HARBOR LN, FLOWER MOUND, TX 75028 | |
| 10925 | GREEN, THEODORE, 151 ELLEN ST, SOMERSET, NJ 08873 | |
| 10925 | GREEN, TIMOTHY, 6435 PHESANT DR, NINEVEH, IN 46164 | |
| 10925 | GREEN, TONY, 22 TWIGGS CORNER, PEACHTREE CITY, GA 30269 | |
| 10925 | GREEN, TRACEY, 4478 SWENSON ST., HILLIARD, OH 43026 | |
| 10925 | GREEN, TRACY P, 4230 7 SEMINARY PL, NEW ORLEANS LA, LA 70126 | |
| 10925 | GREEN, TRAVIS, RT #4 BOX 119, LAKE CITY, FL 32055 | |
| 10925 | GREEN, TYE, 107 COVEY RUN, LYMAN, SC 29365 | |
| 10925 | GREEN, VIVIAN, 7404 MILLIGAN LANE, CLINTON, MD 20735 | |
| 10925 | GREEN, W, 1142 MAIN ST, HENRY, IL 61537 | |
| 10925 | GREEN, WAYNE, 8766 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437 | |
| 10925 | GREEN, WILLIE, 1255 WEST STEWARD, BARTOW, FL 33830 | |
| 10925 | GREEN, YOLANDA, 2631 ST PHILIP, NEW ORILEANS, LA 70119 | |
| 10925 | GREEN, ZACHARY, 216 LYONS DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | GREENBAUM, GARY M, 3613 WOODHILL PL, FAIRFAX, VA 22031-3331 | |
| 10925 | GREENBECK, GINA, 210 INCA ST , #B, DENVER, CO 80223 | |
| 10925 | GREENBECK, SHARON, 9007 FOREST ROAD, BALTIMORE, MD 21234 | |
| 10924 | GREENBEIR SCHOOL, FRESNO, CA 93650 | |
| 10925 | GREENBERG GLUSKER FIELDS, 1900 AVE OF STARS #2000, LOS ANGELES, CA 90067 | |
| 10925 | GREENBERG JT TEN, GEORGE M & ILENE, 137 WYNN WOOD DR, FAIRFIELD, CT 06432-1232 | |
| 10925 | GREENBERG SERONICK OLEARY AND, 745 BOYLSTON ST, BOSTON, MA 02116 | |
| 10925 | GREENBERG TRAURIG, 1221 BRICKELL AVE, MIAMI, FL 33131 | |
| 10925 | GREENBERG, ELYSE, 7221 MINTER PL, TAKOMA PARK, MD 20912 | |
| 10925 | GREENBERG, ERIC B, 9246 DARLINGTON RD, PHILADELPHIA, PA 19115-2735 | |
| 10925 | GREENBERG, GLUSKER, FIELDS, CLAMAN, & MACHTINGER, 1900 AVE OF STARS, #2000, LOS ANGELES, CA 90067 | |
| 10925 | GREENBERG, KENNETH, 6 BREWSTER ROAD, WAYLAND, MA 01778-3704 | |
| 10925 | GREENBERG, LEE, 4 BERLEE COURT, BALTIMORE, MD 21204 | |
| 10925 | GREENBERG, MARCIE C, 707 N WALDEN DR, BEVERLY HILLS, CA 90210-3110 | |
| 10925 | GREENBERG, REBECCA M, 22 BEEBE ACRES ROAD, FALMOUTH, MA 02540 | |
| 10925 | GREENBLATT, JONATHAN, 3810 CASSANDRA ROAD, RANDALLSTOWN, MD 21133 | |
| 10925 | GREENBLUM & BERSTEIN PLC, 1941 ROLAND CLARKE PLACE, RESTON, VA 20191 | |
| 10925 | GREENBRIAR HOLDINGS DALLAS LTD, POBOX 910725, DALLAS, TX 75391-0725 | |
| 10924 | GREENBRIAR HOMES & MASONRY CO, 6768 CASTLETON DRIVE, CLEMMONS, NC 27012 | |
| 10925 | GREENBRIER COLLISION CENTER, 1300 S. MILITARY HWY, CHESAPEAKE, VA 23320 | |
| 10925 | GREENBRIER LOGISTICS, UNIT #85 POBOX 4500, PORTLAND, OR 97208-4500 | |
| 10924 | GREENBRIER SPA RENOV & ADDITION, 300 WEST MAIN STREET, WHITE SULPHUR SPRINGS, WV 24986 | |
| 10925 | GREENBRIER, 300 W. MAIN ST., WHITE SULPHUR SPRINGS, WV 24986 | |
| 10925 | GREENBRIER, THE, WHITE SULPHUR SPRINGS, WV 24986 | |
| 10925 | GREEN-DEL VALLE, LEILANI, POBOX 104, FOLSOM, CA 95763 | |
| 10924 | GREENE COUNTY MEMORIAL HOSPITAL, 1141 NORTH MONROE, XENIA, OH 45385-1619 | |
| 10924 | GREENE COUNTY REDI-MIX (NEW PLANT), HIGHWAY 30 - EAST, JEFFERSON, IA 50129 | |
| 10924 | GREENE COUNTY REDI-MIX, INC., 1295 ORCHARD AVENUE, JEFFERSON, IA 50129 | |
| 10924 | GREENE COUNTY REDI-MIX, INC., ROUTE 1 (HWY 4 & 30), JEFFERSON, IA 50129 | |
| 10925 | GREENE JR, GEORGE, 1803 PLUMBWOOD WAY, HOUSTON, TX 77058 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GREENE JT TEN, ELIZABETH & ROSS E, 110 NORTH SPOONER ST, MADISON, WI 53705-4033 | |
| 10925 | GREENE LAW FIRM, 808 TRAVIS, SUITE 1632, HOUSTON, TX 77002 | |
| 10925 | GREENE RUBBER CO INC, 20 CROSS ST, WOBURN, MA 01801 | |
| 10925 | GREENE RUBBER CO INC, BOX 414425, BOSTON, MA 02241-4425 | |
| 10925 | GREENE RUBBER CO INC, PO BOX 414426, BOSTON, MA 02241-4425 | |
| 10925 | GREENE TWEED & CORPORATION, 2075 DETWILER RD., KULPSVILLE, PA 19443 | |
| 10925 | GREENE, ANGELA, 3190 SKINNER MILL RD, AUGUSTA, GA 30909 | |
| 10925 | GREENE, ANTONIA, 1028 SW 6TH AVE, GAINSVILLE, FL 32601-6386 | |
| 10925 | GREENE, ARNOLD, 3412 BARKLEYWOODS RD, BALTIMORE, MD 21244 | |
| 10925 | GREENE, BETH, 116 COLONIAL CT, LITTLE ROCK, AR 72205 | |
| 10925 | GREENE, BETTY, 2817 JERMANTOWN RD., OAKTON, VA 22124 | |
| 10925 | GREENE, BRANDON, 1002 A SOUTH PARK, IOWA PARK, TX 76367 | |
| 10925 | GREENE, C, 2730 CAROLINA AVE, LAKELAND, FL 33803 | |
| 10925 | GREENE, CATHY, 43 LAUREL ST, GRANITE FALLS, NC 28630 | |
| 10925 | GREENE, CHARLES, 3331 GLADYS ST, JACKSONVILLE, FL 32209 | |
| 10925 | GREENE, DEREK, 192 COUNTY ROAD 781, IDER, AL 35981 | |
| 10925 | GREENE, DIANE, 5597 SEMINARY RD # 309 S, FALLS CHURCH, VA 22041 | |
| 10925 | GREENE, ESQ, IRA S, SQUADRON, ELLENOFF, PLESANT, 551 FIFTH AVE, NEW YORK, NY 10176 | |
| 10925 | GREENE, EVELYN, ROUTE 2 BOX 103, GRAY COURT, SC 29645 | |
| 10925 | GREENE, GAIL, RT 3, BOX 512, COMMERCE, GA 30529 | |
| 10925 | GREENE, GILBERT, 2705 GUY ST, LAKE CHARLES, LA 70601 | |
| 10925 | GREENE, GILBERT, 6255A SEVEN SPRINGS BLVD, LAKE WORTH, FL 33463 | |
| 10925 | GREENE, HANNAH, 911 PAUMANAUK VILLAGE DRIVE, GREENLAWN, NY 11740-2409 | |
| 10925 | GREENE, JANICE, 3075 CHUCKY RIVER RD, MORRISTOWN, TN 37813 | |
| 10925 | GREENE, JEFFREY, 2420 ANSDEL CT, RESTON, VA 22091 | |
| 10925 | GREENE, JERRY, 115 N SILVERVIEW LANE, GREER, SC 29651 | |
| 10925 | GREENE, JERRY, PO BOX 894, WOODRUFF, SC 29388-0894 | |
| 10925 | GREENE, JOHN, 184 MIDLAND AVE KEARNY NJ, KEARNY, NJ 07032 | |
| 10925 | GREENE, JR, NATHANIEL, 9216 4TH AVE, INGLEWOOD, CA 90305 | |
| 10925 | GREENE, JULIE, 334 COOLEY ROAD, WEST MONROE, LA 71291 | |
| 10925 | GREENE, KEITH, 1974 W. 12TH ST, JACKSONVILLE, FL 32209 | |
| 10925 | GREENE, KEITH, 1974 WEST 12TH ST., JACKSONVILLE, FL 32209 | |
| 10925 | GREENE, KELLI, RT 1 BOX 239, BULLS GAP, TN 37711 | |
| 10925 | GREENE, KENNETH, 623 TOWNSEND RD, MASON, NH 03048 | |
| 10925 | GREENE, KENNETH, PO BOX 86, TRAVELERS REST, SC 29690 | |
| 10925 | GREENE, KERRY, 3236E POST WOODS, ATLANTA, GA 30339 | |
| 10925 | GREENE, KEVIN, 5105 STRICKLAND, THE COLONY, TX 75056 | |
| 10925 | GREENE, KEVIN, BOX 65 COUNTRYSIDE ET, CHABANSE, IL 60922 | |
| 10925 | GREENE, LESLIE, 1094 GRAND DRIVE, MORRISTOWN, TN 37814 | |
| 10925 | GREENE, LISA, 22 HOOVER RD., NORTHBORO, MA 01532 | |
| 10925 | GREENE, LOIS, 88 KENDALL RD., BOXBORO, MA 01719 | |
| 10925 | GREENE, M, 29 TILDEN AVE, WARWICK, RI 02888 | |
| 10925 | GREENE, MARY ANN, RT 1 BOX 458A, LENOIR, NC 28645 | |
| 10925 | GREENE, MICHELLE, CUST FOR BLAKE B GREENE, UNIF GIFT MIN ACT PA, 1800 READING BLVD, WYOMISSING, PA 19610-2626 | |
| 10925 | GREENE, MICHELLE, CUST FOR DEVEN E GREENE, UNIF GIFT MIN ACT PA, 1800 READING BLVD, WYOMISSING, PA 19610-2626 | |
| 10925 | GREENE, MINDA, 16429 N 43RD DR, GLENDALE, AZ 85306 | |
| 10925 | GREENE, PAMELA, 153 EDINBORO ST, NEWTON, MA 02160 | |
| 10925 | GREENE, PATTY, PO BOX 50615, PARKS, AZ 86018 | |
| 10925 | GREENE, PHILIP, 5 WARD DRIVE, NEW ROCHELLE, NY 10804 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GREENE, PHILIP, 856 LAKESIDE BLVD, BOCA RATON, FL 33434

10925    GREENE, REBA, 213 PINE ST, GREER, SC 29651-2401

10925    GREENE, SHERRITA, 531 KNOLLVIEW DRIVE, AIKEN, SC 29803

10925    GREENE, SHERRITA, 7500 GRACE DR., COLUMBIA, MD 21044

10925    GREENE, STEVEN L, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    GREENE, STEVEN, 37 HAWTREE WAY, GROTON, MA 01450

10925    GREENE, STONELL, 4512 WEDGECREST DR., DALLAS, TX 75232

10925    GREENE, TAMMY, POBOX 330-2509, HENRYVILLE, IN 47126

10925    GREENE, THOMAS, PO BOX 407, LAKE CHARLES, LA 70602

10925    GREENE, WILLIE J., 6510 DORSET DRIVE, ALEXANDRIA, VA 22310

10925    GREENE, WILMA, RT 15 BOX 864, LAKE CITY, FL 32055

10925    GREENE, WILTON, 462 WEST HAYNE ST, WOODRUFF, SC 29388

10925    GREENEBAUM DOLL & MCDONALD PLL, SECTION 469, LOUISVILLE, KY 40289

10925    GREENEBAUM DOLL & MCDONALD PLLC, SECTION 469, LOUISVILLE, KY 40289

10925    GREENEBAUM DOLL & MCDONALD, SECTION 469, LOUISVILLE, KY 40289

10925    GREENER, DONALD, 505 NANSEMOND, LAKELAND, FL 33801

10925    GREENERY, THE, BECKETT VILLAGE CENTER, SWEDESBORO, NJ 08085

10925    GREENERY, THE, VILLAGE CENTER DR, SWEDESBORO, NJ 08085

10925    GREENES BUSINESS MACHINES, 2169 ROCKY RIDGE RD, BIRMINGHAM, AL 35216

10924    GREENE'S READY MIXED CONCRETE CO, **MARKED FOR DELETION**S.CLARK, 19030 S NORMANDY, TORRANCE, CA 90502

10924    GREENE'S READY MIXED CONCRETE, 19030 S. NORMANDIE AVE., TORRANCE, CA 90502

10924    GREENEVILLE CONCRETE, 1947 SNAPP FERRY ROAD, GREENEVILLE, TN 37745

10924    GREENEVILLE CONCRETE, 1947 SNAPPS FERRY ROAD, GREENEVILLE, TN 37745-3509

10924    GREENFIELD ENVIRONMENTAL, CAMBRIDGE, MA 99999

10924    GREENFIELD ENVIRONMENTAL, STAGGING HOUSE, LONG BEACH, CA 90805

10924    GREENFIELD HEALTH & REHAB CENTER, 59990 BROADWAY, LANCASTER, NY 14086

10924    GREENFIELD HEBREW ACADAMY, 5200 NORTHLAND DRIVE, ATLANTA, GA 30342

10924    GREENFIELD HEBREW ACADEMY, 5200 NORTHLAND DR NE, ATLANTA, GA 30342

10925    GREENFIELD INDUSTRIES, THOMAS A CAMPBELL, PO BOX 872, CLEMSON, SC 29633-0872

10925    GREENFIELD INDUSTRIES, THOMAS SHEEHAN, PO BOX 2587, AUGUSTA, GA 30913

10925    GREENFIELD, IDA-MARIE, 347 MAINE AVE, STATEN ISLAND, NY 10314

10925    GREENFIELD, LOUISE, C/O LINDA L LYNN, 14408 228TH ST SE, SNOHOMISH, WA 98296-5452

10925    GREENFIELD, ROBERT, 347 MAINE AVE, STATEN ISLAND, NY 10314-9998

10925    GREENFIELD, VICKIE, RR 1 BOX 182A, STUART, NE 68780

10924    GREENHOPE HIGH SCHOOL, DAVISON JONES BEERS CONSTRUCTION, 2500 CARPENTAR UPCHURCH RD., CARY, NC 27511

10925    GREENING, HELEN, 7245 COLONY LANE, DOUGLASVILLE, GA 30135

10925    GREENLAW, FRED, 8101 W. MIDWAY DR., LITTLETON, CO 80121

10925    GREENLAW, FREDRICK, 6819 S BEMIS ST, LITTLETON, CO 80120

10925    GREENLAY, H, 101 COTTAGE ST. APT. 430, MELROSE, MA 02176

10925    GREENLAY, MABEL, C/O JAMES O. SMITH POA 15 CRESTLINE CIRCLE, DANVERS, MA 01923

10924    GREENLEAF, INC., 200 WINDING WAY, SPARTANBURG, SC 29301

10925    GREENLEAF, MICHAEL, 198 ST. BOTOLPH ST APT 1, BOSTON, MA 02115

10925    GREENLEASE, NISSA, 10220 DANUBE DRIVE, CUPERTINO, CA 95014

10925    GREENLEE, DAVID, 409 SUNSET DRIVE, COLUMBIA, MS 39429

10925    GREENLEE, KIRK, 407 DICKIE LANE, COLUMBIA, MS 39429

10925    GREENLEE, LAURA, 4803 SHERIDAN DR., JACKSON, MS 39206

10925    GREENLEE, RICHARD, PO BOX 109, FOXWORTH, MS 39483

10925    GREENLEE, WENDELL, 3425 ROCKY BRANCH RD., SUMRALL, MS 39482

10925    GREENLINE TURF & TRACTOR, INC, 146 OLD WAGENER RD., AIKEN, SC 29801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GREENLON, 1920 LOSANTIVILLE AVE., CINCINNATI, OH 45237 | |
| 10925 | GREENLON, DEPT. 992, CINCINNATI, OH 45296-0992 | |
| 10925 | GREENMAN, KARL, 1176 TARR ROAD, TALBOTT, TN 37877 | |
| 10925 | GREENMOUNT M & S OF GA, POBOX 1658, BOWIE, MD 20717 | |
| 10925 | GREENMOUNT MOVING & STORAGE, POBOX 44289, ATLANTA, GA 30336 | |
| 10925 | GREENOUGH, ANNE, 209 STONY LANE, SPARTANBURG, SC 29302 | |
| 10925 | GREENS BODY SHOP, PO BOX 385, LAURENS, SC 29360 | |
| 10925 | GREENS CONSTRUCTION SERVICES INC, 20718 HIGHLAND HOLLOW LANE, HOUSTON, TX 77073 | |
| 10924 | GREEN'S READY MIX OF MISSOURI, INC., 8300 NE UNDERGROUND DR. STE 300, KANSAS CITY, MO 64161 | |
| 10924 | GREENSBORO BOX CO., INC., 144 INDUSTRIAL AVENUE, GREENSBORO, NC 27416 | |
| 10924 | GREENSBORO COLLEGE, 815 WEST MARKET ST, GREENSBORO, NC 27401 | |
| 10924 | GREENSBORO COLLISEUM, C/O WARCO CONSTRUCTION, GREENSBORO, NC 27402 | |
| 10924 | GREENSBURG CONCRETE BLOCK, 729 SOUTH MAIN STREET, GREENSBURG, PA 15601 | |
| 10925 | GREENSLADE, RUSSELL, 1460 WAUBE LANE, DE PERE, WI 54115 | |
| 10925 | GREENSPACE, 621 RIDGE, HOUSTON, TX 77009 | |
| 10925 | GREENSPAN, DEBORAH, 607 BROAD ST, SYRACUSE, NY 13210 | |
| 10925 | GREENSTEIN, ALLEN, 1080 EAST 56TH ST., BROOKLYN, NY 11234 | |
| 10925 | GREENSTONE, JAY, CUST FOR DANIEL A GREENSTONE, UNIF GIFTS MIN ACT-NJ, 245 EAST 44TH ST, NEW YORK, NY 10017-4337 | |
| 10924 | GREENSVILLE CENTRAL SCHOOLS, ROUTE 81, GREENVILLE, NY 12083 | |
| 10925 | GREENVIEW BAPTIST CHURCH, 1050 BURLINGTON PIKE, FLORENCE, KY 41042 | |
| 10924 | GREENVILLE BUS GARAGE @ @, JERSEY CITY, NJ 07304 | |
| 10925 | GREENVILLE COUNTY LIBRARY, PO BOX 668, SIMPSONVILLE, SC 29681 | |
| 10925 | GREENVILLE COUNTY TAX COLLECTOR, PO BOX 368, GREENVILLE, SC 29602-0368 | |
| 10925 | GREENVILLE DIESEL INC, 16 BOLAND COURT, GREENVILLE, SC 29615 | |
| 10924 | GREENVILLE EAST SIDE HOSPITAL, MCDEVITT STREET BOVIS, INC, 202 ENTERPRISE BLVD, GREENVILLE, SC 29615 | |
| 10925 | GREENVILLE FLORAL INC., 1001 PENDLETON ST, GREENVILLE, SC 29601 | |
| 10925 | GREENVILLE HILTON, 45 WEST ORCHARD PARK DR, GREENVILLE, SC 29615 | |
| 10925 | GREENVILLE HOSPITAL SYSTE, PO BOX 580200, CHARLOTTE, NC 28258-0200 | |
| 10924 | GREENVILLE HOSPITAL, 810 B. WEST FERRIS ROAD, GREENVILLE, SC 29605 | |
| 10925 | GREENVILLE HUMANE SOCIETY, 328 FURMAN HALL ROAD, GREENVILLE, SC 29609 | |
| 10925 | GREENVILLE LITERACY ASSOC, 301 UNIVERSITY RIDGE, GREENVILLE, SC 29601 | |
| 10924 | GREENVILLE MEMORIAL HOSPITAL, 810 WEST FARIS STREET, GREENVILLE, SC 29605 | |
| 10925 | GREENVILLE NEWS, PO BOX 1688, GREENVILLE, SC 29602 | |
| 10925 | GREENVILLE NEWS-PIEDMONT (MULTIMEDI, CYNTHIA IRMER GARRNEET CO INC, 1100 WILSON BLVD, 29TH FL, ARLINGTON, VA 22234 | |
| 10924 | GREENVILLE READY MIX, 208 CENTRAL AVE., JOHNSTON, RI 02919 | |
| 10924 | GREENVILLE READY MIX, 79 CEDAR SWAMP RD., SMITHFIELD, RI 02917 | |
| 10924 | GREENVILLE READY MIX, GREENVILLE, IL 62246 | |
| 10925 | GREENVILLE ROOFING COMPANY INC, PO BOX 2940, GREENVILLE, SC 29602 | |
| 10925 | GREENVILLE RUBBER & GASKET INC, PO BOX 4469, GREENVILLE, SC 29608 | |
| 10925 | GREENVILLE SCALE CO INC, 149 LANDMARK DR, TAYLORS, SC 29687 | |
| 10925 | GREENVILLE SPARTANBURG, 200 GSP DR SUITE 1, GREER, SC 29651-9202 | |
| 10925 | GREENVILLE TEXTILE SUPPLY CO, INC, PO BOX 6588, GREENVILLE, SC 29606 | |
| 10925 | GREENVILLE WATER SYSTEM, PO BOX 687, GREENVILLE, SC 29602-0687 | |
| 10925 | GREENVILLE YOUTH HOCKEY ASSOCIATION, 466 RIVER WAY DR, GREER, SC 29650 | |
| 10924 | GREENWALD INDUSTRIAL WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | GREENWALD INDUSTRIAL, 2507 51ST AVE, HYATTSVILLE, MD 20781 | |
| 10924 | GREENWALD SUPPLY, 2507 51ST AVENUE, HYATTSVILLE, MD 20781 | |
| 10924 | GREENWALD SUPPLY, 8090 ALBAN RD, SPRINGFIELD, VA 22150 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GREENWALD SUPPLY, 8090 ALBAN RD., SPRINGFIELD, VA 22150 | |
| 10924 | GREENWALD SUPPLY, 8090 ALBAN ROAD, SPRINGFIELD, VA 22150 | |
| 10925 | GREENWALD WISE, JEANETTE, 1455 SHERBROOKE ST WEST, APT 2106, MONTREAL, QC H3G 1L2CANADA | *VIA Deutsche Post* |
| 10925 | GREENWAY PLASTICS INDUSTRY CORP, 90 NEWARK POMPTON TURNPIKE, WAYNE, NJ 07470 | |
| 10924 | GREENWAY PLAZA, 135 PINE LAWN ROAD, MELVILLE, NY 11747 | |
| 10925 | GREENWAY, CONNIE, 235 BLUE RIDGE ST., INMAN, SC 29349-8035 | |
| 10925 | GREENWELL, ROBIN, 2350 HARRIET LANE, OWENSBORO, KY 42303 | |
| 10924 | GREENWICH HIGH SCHOOL, 10 HILLSIDE ROAD, GREENWICH, CT 06830 | |
| 10924 | GREENWICH HOSPITAL C/O CUDDY, EXIT 4 OFF OF 95, GREENWICH, CT 06830 | |
| 10925 | GREENWICH INST FOR AMERICAN EDUCATI, 55 RAILROAD AVE, GREENWICH, CT 06836-0440 | |
| 10924 | GREENWICH LIBRARY, 101 WEST PUTNAM AVENUE, GREENWICH, CT 06830 | |
| 10925 | GREENWICH TREASURY ADVIORS LLC, 127 WEST PUTNAM AVE., GREENWICH, CT 06830 | |
| 10924 | GREENWOOD LAKE MIDDLE SCHOOL, LAKES ROAD, GREENWOOD LAKE, NY 10925 | |
| 10925 | GREENWOOD MILLS INC, LEON C HARMON, NEXSEN PRUET JACOBS &, 201 WEST MCBEE AVE, 4TH FL, GREENVILLE, SC 29601 | |
| 10925 | GREENWOOD MILLS INC, WADE T HARTER MGR CORP ENG, 104 MAXWELL AVE, PO BOX 1017, GREENWOOD, SC 29648-1017 | |
| 10925 | GREENWOOD MOTOR LINES INC, PO BOX 271, WILMINGTON, OH 45177-0271 | |
| 10925 | GREENWOOD, ANDREA, 168 W. OMAHA AVE, FRESNO, CA 39711-6012 | |
| 10925 | GREENWOOD, BENJAMIN, 27570 PASEO TALVERA, SAN JUAN CAPISTRANO, CA 92675 | |
| 10925 | GREENWOOD, CAROL, 2370 W HWY 89A, SEDONA, AZ 86336 | |
| 10925 | GREENWOOD, DAVID, 188 LUCE ST, LOWELL, MA 01852 | |
| 10925 | GREENWOOD, EDWARD, 31 BARTON HILL RD, CHELMSFORD, MA 01824 | |
| 10925 | GREENWOOD, HOWARD, 475 N HIGHLAND, 8J, MEMPHIS, TN 38122 | |
| 10925 | GREENWOOD, HOWARD, 475 N HIGHLAND, MEMPHIS, TN 38122 | |
| 10925 | GREENWOOD, HOWARD, 475 N. HIGHLAND, MEMPHIS, TN 38122 | |
| 10925 | GREENWOOD, JANIE, 475 N HIGHLAND #8J, MEMPHIS, TN 38122 | |
| 10925 | GREENWOOD, MARGARET, MCNABB MHP 88-86 PARKER DRIVE, ANNISTON, AL 36206 | |
| 10925 | GREENWOOD, MATTHEW, 3231 PRAIRIE GARDENS, HILLARD, OH 43026 | |
| 10925 | GREENWOOD, MICHAEL, 102A SUNRISE DRIVE, MAULDIN, SC 29662 | |
| 10925 | GREENWOOD, PEGGY, 16200 E. ELM, INDEP, MO 64050 | |
| 10925 | GREENWOOD, ROYANNE, PO BOX 1558, BOERNE, TX 78006 | |
| 10925 | GREENWOOD, WAYNE, 7 CARON AVE, NASHUA, NH 03060 | |
| 10925 | GREENWOODS COLLECTION, POBOX 6213, CAROL STREAM, IL 60197-6213 | |
| 10925 | GREEP, SHARON, RT 1 BOX 165, GRANT PARK, IL 60940 | |
| 10925 | GREER HERZ ADAMS, ONE MOODY PLAZA, 18TH FL, GALVESTON, TX 77550 | |
| 10924 | GREER MIDDLE SCHOOL, C/O WARCO CONSTRUCTION, EAST GAP CREEK RD., GREER, SC 29650 | |
| 10924 | GREER SUPPLY COMPANY, INC., 2401A PLANTATION ROAD, ROANOKE, VA 24012 | |
| 10925 | GREER, AMELIA J, STAR RT BOX 166, CHILHOWIE, VA 24319 | |
| 10925 | GREER, AMY, 9424 WOODSONG COURT, LAUREL, MD 20723 | |
| 10925 | GREER, BRIAN, 1678 CUNNINGHAM DR., INDIANAPOLIS, IN 46224 | |
| 10925 | GREER, DOUGLAS, 499 GREER RD, PINEVILLE, LA 71360 | |
| 10925 | GREER, FREDDA, BOX 957, NEWLAND, NC 28657 | |
| 10925 | GREER, JOE, 3881 N. 15TH ST, MILWAUKEE, WI 53206 | |
| 10925 | GREER, KATHLEEN, 11211 VAUGHN ROAD, HIRAM, OH 44234 | |
| 10925 | GREER, KENNETH, 426 N SPRING ST, WALHALLA, SC 29691 | |
| 10925 | GREER, LAWRENCE, 10 WALNUT ST, LAKE ALFRED, FL 33850 | |
| 10925 | GREER, MELISSA, 1204 W BURNETT, ENNIS, TX 75119 | |
| 10925 | GREER, MICHAEL, 250 BROWNSWITCH ROAD, 209, SLIDELL, LA 70458 | |
| 10925 | GREER, ORA, 19109 PRICETOWN AVE, CARSON, CA 90746-0000 | |
| 10925 | GREER, RAYMOND, 63121 E 202 RD, WYANDOTTE, OK 74370 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GREER, RICHARD, 695 PHEASANT ST, LAKE LURE, NC 28746

10925   GREER, ROBERT, 18 30TH AVE, ISLE OF PALMS, SC 29451

10925   GREER, SHARON, 1116 TOWN BR ROAD, PRESTONSBURG, KY 41653

10925   GREER, TRACY, 2422 N. CAPITOL, INDIANAPOLIS, IN 46208

10925   GREERS FERRY GLASS, PO BOX 161, QUITMAN, AR 72131

10925   GREESON, KATHRYN, 3881 S. LOGAN ST, ENGLEWOOD, CO 80110

10925   GREEVER, ROXANNE, 22 SHARON DR D, DUBLIN, VA 24084

10925   GREFE, TIMOTHY, ROUTE 2, BOX 33, WALNUT GROVE, MN 56180

10925   GREG A KIZIAH, RTE 5 BOX 139C, HICKORY, NC 28601-9805

10925   GREG AND STEVE LIVE, 620 WILCOX ST., CASTLE ROCK, CO 80104

10924   GREG COX, 7484 W. CR 750 NORTH, GASTON, IN 47342

10925   GREG D ANDREWS, ASSESSOR/COLLECTOR, PO BOX 1077, COLUMBUS, MS 39703

10925   GREG DEFOOR, 7500 GRACE DR, COLUMBIA, MD 21044

10925   GREG LARSEN, 10619 CHRISTOPHER DR, CONIFER, CO 80433

10925   GREG N MARTIN, C/O BAKER AND BOTTS LLP, 3000 ONE SHELL PLAZA, HOUSTON, TX 77002

10925   GREG NANIGAN & ASSOC INC, 400 WASHINGTON ST, BRAINTREE, MA 02184

10925   GREG SPIVEY, 6717 APPLE ORCHARD COURT, MONTGOMERY, AL 36117

10924   GREG WILLIAMSON, 2122 FLEUR DRIVE, DES MOINES, IA 50321

10924   GREG YOUNG MASONRY, JCT. 14 & 22, MANKATO, MN 56001

10925   GREGAREK, MARK, 3002 BLUE LEAF COURT, FORT COLLINS, CO 80526

10925   GREGATH, JAMES, 12004 MAPLE RIDGE ROAD, OKLAHOMA CITY, OK 73120

10925   GREGERSEN, HELGA, 21 28TH ST, F58, WALNUT,, IA 51577

10925   GREGERSEN, JEAN, RR1, BOX 113, ANITA, IA 50020

10925   GREGERSON, MONA, RT.2 BOX 135, LAKE VILLAGE, IN 46349

10924   GREGG COMMUNITY CENTER, 1600 EAST 17TH STREET, KANSAS CITY, MO 64108

10925   GREGG CONINGSBY, 2625 NE 26 PL, FORT LAUDERDALE, FL 33306-1703

10924   GREGG INDUSTRIAL INSULATORS, 201 ESTES, LONGVIEW, TX 75603

10925   GREGG SORRELL, PO BOX 2585, HOUSTON, TX 77252

10925   GREGG, CINDY, PO BOX 707, STARTEX, SC 29377

10925   GREGG, DARIN, 20477 VIA MARISA, BOCA RATON, FL 33498

10925   GREGG, DUSTY, 2211 CARR LANE, HOBBS, NM 88240

10925   GREGG, EILEEN, 20477 VIA MARISA, BOCA RATON, FL 33498

10925   GREGG, LESTER, 2308 WIMBLEDON DRIVE, WESLACO, TX 78596

10925   GREGGS, LARRY, 715 DEEP RIDGE ROAD, BEL AIR, MD 21014

10925   GREGOIRE, CHRISTINE, PO BOX 40100, 1125 WASHINGTON ST SE, OLYMPIA, WA 98504-0100

10925   GREGOIRE, MELISSA, 15306 MARY LOUISE, BATON ROUGE, LA 70816

10925   GREGOR INFORMATION SOLUTIONS, 300 PETTIGRU ST, GREENVILLE, SC 29601-3113

10925   GREGOR, ALBIA, 3410 12TH AVE SW, CEDAR RAPIDS, IA 52404

10925   GREGOR, CAROL, 77 HAMMELL PLACE, MAYWOOD, NJ 07607

10925   GREGOR, HENRY, 516 EAST ANDERSON ST, ORLANDO, FL 32801

10925   GREGOR, STACEY, 7501 WOODBINE RD, MACUNGIE PA, PA 18062

10925   GREGOREK, MARK, 3 QUAIL RIDGE COURT, BALTIMORE, MD 21234

10925   GREGORIO, MARIALUISA, 1418 GRAND FALLS DR, MISSOURI CITY, TX 77459

10925   GREGORY C. SCHMIDT, 427 K.E. 2ND ST, DEERFIELD BEACH, FL 33441

10925   GREGORY CALLOWAY, 9387 FAIRDALE AVE, JONESBORO, GA 30236-7422

10925   GREGORY COURT REPORTING SERVICE, SUITE A, NAPLES, FL 34112

10925   GREGORY DAVILA, 4854 SOUTH LE CLAIRE, CHICAGO, IL 60638-2137

10925   GREGORY E NISOTIS &, NITA H NISOTIS JT TEN, 1211 ALMONDWOOD DR, NEW PORT RICHEY, FL 34655-0000

10925   GREGORY E POLING, 4284 BUCKSKIN LAKE DR, ELLICOTT CIT, MD 21042-1254

10925   GREGORY E TOMERA &, MARION TOMERA JT TEN, 4460 S ARCHER AVE, CHICAGO, IL 60632-2846

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GREGORY ELECTRIC COMPANY, PO DRAWER 1419, COLUMBIA, SC 29202-1419

10924    GREGORY GYM PROJECT, C/O BAHL INSULATION, AUSTIN, TX 78705

10925    GREGORY J ADAMS, 200 SHENOT RD, WEXFORD, PA 15090-7301

10925    GREGORY J VANFLEET, PO BOX 290, UPTON, MA 01568

10925    GREGORY JR, WALTER, 1583 BRAEBURN DRIVE APT. 8, BLDG. 8, ATLANTA, GA 30316

10925    GREGORY JT TEN, DONALD P & LINDA C, 2159 MCKINLEY COURT, GRAND JUNCTION, CO 81503-1054

10925    GREGORY KORDECKI &, CHRISTINE S KORDECKI JT TEN, 3239 NORTH EMBRY CIRCLE, ATLANTA, GA 30341-4207

10925    GREGORY L PARHAM &, DELILA ROBINSON PARHAM JT TEN, 10115 BALO HILL RD, MITCHELLVILLE, MD 20721-2835

10925    GREGORY LYNN COVINGTON &, GLORIA JEAN COVINGTON JT TEN, 484 ELEANOR LANE, ARNOLD, MD 21012-1442

10925    GREGORY MOORE, PO BOX 26627, LAS VEGAS, NV 89126-0627

10925    GREGORY POOLE, PO BOX 60457, CHARLOTTE, NC 28260

10925    GREGORY POOLE, POBOX 60457, CHARLOTTE, NC 28260

10925    GREGORY VANFLEET, 13 CHURCH ST #2, UPTON, MA 01568-1534

10925    GREGORY W ROMANYSHYN, 244 SO SPRINGFIELD AVE, SPRINGFIELD, NJ 07081-2625

10925    GREGORY ZELLMER, R R 2, ATLANTIC, IA 50022-0000

10925    GREGORY, ADGER, 859 POOLE ROAD, CLINTON, SC 29325

10925    GREGORY, CHRISTOPHER, 10819 WHITFIELD RIDGE DRIVE, CHARLOTTE, NC 28277

10925    GREGORY, CLARENCE, 706 5TH AVE., CORAOPOLIS, PA 15108

10925    GREGORY, DAVID, 19333 4TH AVE SW, SEATTLE, WA 98166

10925    GREGORY, DOROTHY, 3710 NORTH 15TH ST, MILWAUKEE, WI 53206

10925    GREGORY, ELMER, 3701 TROON DR, UNIONTOWN, OH 44685

10925    GREGORY, ERIC, 5014 HIRAM ACWORTH, HIRAM, GA 30141

10925    GREGORY, GEORGE, 601 SOUTH EAST ST, NORRIS CITY, IL 62869

10925    GREGORY, KENNETH, 52 BUMGARNER RD, GRANITE FALLS, NC 28630

10925    GREGORY, KRISTEN, 1388 BELLEVUE WAY, BELLEVUE, WA 98004

10925    GREGORY, LEIGH, 304 GREENHILL DRIVE, ANDERSON, SC 29621

10925    GREGORY, LINDAL, 13344 PAULASKA, APPLE VALLEY, CA 92307

10925    GREGORY, LISA, 8050 TARA BLVD, JONESBORO, GA 30236

10925    GREGORY, LOUISE, 1270 SAM POWELL DAIRY RD, ROANOKE RAPIDS, NC 27870

10925    GREGORY, MARTIN, 180 LIBERTY ST, NORTH ADAMS, MA 02147-2500

10925    GREGORY, MARVIN, 156 MORGAN DR, ROANOKE RAPIDS, NC 27870

10925    GREGORY, OTIS, ROUTE 4 BOX 500, ROANOKE RAPIDS, NC 27870

10925    GREGORY, REX, 1236 TIMBERLINE DR., BENBROOK, TX 76126

10925    GREGORY, ROBERT, PO OBX 49, PANOLA, OK 74557

10925    GREGORY, STANTON, ROUTE 1, BOX 160, BOLTON, MS 39041

10925    GREGORY, TERRY, 113 ANDRE DRIVE, WELLFORD, SC 29385

10925    GREGORY, THOMAS, 800 CEDAR ST, ROANOKE RAPIDS, NC 27870

10925    GREGORY, TOMMY, 131 WATSON RD, ENOREE, SC 29335

10925    GREGORY, VICKI, 2211 BAYWOOD DRIVE, BILOXI, MS 39532

10925    GREGORY, W, 1010 APT B EAST TIPTON ST, RALEIGH, NC 27610

10925    GREGORY, WILLIAM, 1470 ALPHADA AVE., AKRON, OH 44310

10925    GREGUS, E, RD 1 BOX 15 SWAN ST, PALISADES, NY 10974

10925    GREGUS, RUDOLPH, RD 1 BOX 15 SWAN ST, PALISADES, NY 10964

10925    GREICO, FRANK, 1464 VALECROFT AVE, WESTLAKE VILLAGE, CA 91361

10925    GREIDINGER, ATTY AT LAW, MARC, TWO HOPKINS PLAZA, BALTIMORE, MD 21201-2978

10925    GREIF BROS CORP, PO BOX 102306, ATLANTA, GA 30368

10925    GREIF BROS CORP, POBOX 75409, CHICAGO, IL 60675-5409

10925    GREIF BROS CORPORATION, PO BOX 75409, CHICAGO, IL 60675-5409

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GREIF BROS CORPORATION, POBOX 102306, ATLANTA, GA 30368 | |
| 10925 | GREIF BROS CORP-USE 54121, 400 LAZELLE RD., STE. 10, COLUMBUS, OH 43240 | |
| 10925 | GREIF BROS CORP-USE 54121, P.O. BOX 102306, ATLANTA, GA 30368 | |
| 10924 | GREIF BROS. COOPERAGE, 2341 W. 135 STREET, BLUE ISLAND, IL 60406 | |
| 10924 | GREIF BROS. CORP, 100 GREIF LANE, DURANT, MS 39063 | |
| 10925 | GREIF BROS. CORP., 15311 W. VANTAGE PKWY, HOUSTON, TX 77026 | |
| 10925 | GREIF BROS. CORP., 400 LAZELLE RD., STE. 10, VAN WERT, OH 45891 | |
| 10925 | GREIF BROS. CORP., 785 DEVON PARK DR., SUITE 103, WAYNE, PA 19087 | |
| 10925 | GREIF BROS. CORP., 975 GLENN ST., VAN WERT, OH 45891 | |
| 10925 | GREIF BROS. CORP., PO BOX 102306, ATLANTA, GA 30368 | |
| 10925 | GREIF BROS. CORP., POBOX 75409, CHICAGO, IL 60675-5409 | |
| 10924 | GREIF BROS. CORPORATION, 10700 STRANG ROAD, LA PORTE, TX 77571 | |
| 10924 | GREIF BROS. CORPORATION, 1332 LOUISIANA STREET, MEMPHIS, TN 38106 | |
| 10924 | GREIF BROS. CORPORATION, 1508 E. CEDAR STREET, ANGLETON, TX 77515 | |
| 10924 | GREIF BROS. CORPORATION, 2000 LITHONIA INDUSTRIAL BOULEVARD, LITHONIA, GA 30058 | |
| 10924 | GREIF BROS. CORPORATION, 2122 COLVIN BOULEVARD, TONAWANDA, NY 14150 | |
| 10925 | GREIF BROS. CORPORATION, 225 EISENHOWER LN, LOMBARD, IL 60148 | |
| 10924 | GREIF BROS. CORPORATION, 2400 COOPER AVENUE, MERCED, CA 95340 | |
| 10924 | GREIF BROS. CORPORATION, 2500 GRAYS ROAD, SPARROWS POINT, MD 21219 | |
| 10924 | GREIF BROS. CORPORATION, 3301 MONTREAL, TUCKER, GA 30084 | |
| 10924 | GREIF BROS. CORPORATION, 4901 HYDE PARK BOULEVARD, NIAGARA FALLS, NY 14305 | |
| 10924 | GREIF BROS. CORPORATION, 500 SO. 55TH STREET, KANSAS CITY, KS 66186 | |
| 10924 | GREIF BROS. CORPORATION, 5701 FRESCA DRIVE, LA PALMA, CA 90623 | |
| 10924 | GREIF BROS. CORPORATION, 7604 RAILROAD AVE, WINFIELD, KS 67156 | |
| 10924 | GREIF BROS. CORPORATION, 8250 ALMERIA AVENUE, FONTANA, CA 92335 | |
| 10924 | GREIF BROS. CORPORATION, 8610 WALLISVILLE ROAD, HOUSTON, TX 77013 | |
| 10924 | GREIF BROS. CORPORATION, 935 W. 20TH PLACE, CHICAGO, IL 60608 | |
| 10924 | GREIF BROS. CORPORATION, CULLMAN SUPPLY, CULLMAN, AL 35055 | |
| 10924 | GREIF BROS. CORPORATION, CULLMAN SUPPLY, CULLMAN, AL 35056-0000 | |
| 10924 | GREIF BROS. CORPORATION, EVERGREEN INDUSTRIAL PARK, HIGHWAY 30, SAINT GABRIEL, LA 70776 | |
| 10924 | GREIF BROS. CORPORATION, HIGHWAY 211 EAST, BLADENBORO, NC 28320 | |
| 10924 | GREIF BROS. CORPORATION, NEWARK INDUSTRIAL PARK, BUILDING 16, ROUTE 2 PO BOX, HEBRON, OH 43025 | |
| 10924 | GREIF BROS. CORPORATION, NOBLE INDUSTRIAL PARK, CALDWELL, OH 43724 | |
| 10924 | GREIF BROS. CORPORATION, P.O. DRAWER 908, CULLMAN, AL 35056 | |
| 10925 | GREIF BROS. CORPORATION, PO BOX 102306, ATLANTA, GA 30368 | |
| 10924 | GREIF BROS. CORPORATION, PO BOX 908, 409 2ND AVENUE N.E., CULLMAN, AL 35055 | |
| 10925 | GREIF BROS. CORPORATION, PO BOX 97603, CHICAGO, IL 60678-7603 | |
| 10924 | GREIF BROS. CORPORATION, PO BOX939, LA PORTE, TX 77572 | |
| 10924 | GREIF BROS. CORPORATION, WILLIAMSON AVE. EXTENSION, YOUNGSTOWN, OH 44501 | |
| 10924 | GREIF BROS. CORPORATION, WILLIAMSON AVENUE EXTENSION, YOUNGSTOWN, OH 44502 | |
| 10925 | GREIF BROS., 33 PLYMOUTH ST., MANSFIELD, MA 02048 | |
| 10925 | GREIF BROS., MT. STERLING, MT. STERLING, KY 40353 | |
| 10925 | GREIF BROS., PO BOX 75409, CHICAGO, IL 60675-5409 | |
| 10924 | GREIF BROTHER CORPORATION, 975 GLENN STREET, VAN WERT, OH 45891 | |
| 10924 | GREIF BROTHERS CO, 2000 LITHONIA INDUSTRIAL BLVD, LITHONIA, GA 30058 | |
| 10924 | GREIF BROTHERS CORP, 8610 WALLISVILLE ROAD, HOUSTON, TX 77013 | |
| 10924 | GREIF BROTHERS CORP., 1201 A SOUTH HOUK ROAD, DELAWARE, OH 43015 | |
| 10925 | GREIF BROTHERS CORP., 2500 GRAYS RD., BALTIMORE, MD 21222 | |
| 10925 | GREIF BROTHERS CORP., 400 LAZELLE RD., STE. 10, CHESTER, PA 19016 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GREIF BROTHERS CORP., 400 LAZELLE RD., STE. 10, COLUMBUS, OH 43240 | |
| 10924 | GREIF BROTHERS CORP., 425 WINTER ROAD, DELAWARE, OH 43015 | |
| 10925 | GREIF BROTHERS CORP., PO BOX 102306, ATLANTA, GA 30368 | |
| 10925 | GREIF BROTHERS CORP., PO BOX 456, LAVONIA, GA 30553 | |
| 10925 | GREIF BROTHERS CORP., PO BOX 799, CHESTER, PA 19016 | |
| 10924 | GREIF BROTHERS CORPORATION, 409 2ND AVE. N.E., CULLMAN, AL 35055 | |
| 10924 | GREIF BROTHERS, 17289 COUNTY ROAD, CALDWELL, OH 43724 | |
| 10924 | GREIF CONTAINERS INC., 165 WYECROFT ROAD, OAKVILLE, ONTARIO, ON L6K 3N8TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS INC., 370-380 MILLEN ROAD, STONEY CREEK, ONTARIO, ON L8E 2H5TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS INC., 383 MAIN STREET E., MILTON ONTARIO, ON L9T 1P7TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS INC., 4219 PARK STREET, NIAGARA FALLS, ON L2E 2P2TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS INC., 4219 PARK STREET, NIAGARA FALLS, ONT, ON L2E 2P2TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS INC., 5408 52ND AVENUE, LLOYDMINSTER, ALB, AB T9V 0Y1TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS INC., 7000 ALLARD STREET, LASALLE, QUEBEC, QC H8N 1Y7TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS INC., PO BOX398, NIAGARA FALLS, NY 14300 | |
| 10924 | GREIF CONTAINERS INC., PO BOX398, NIAGARA FALLS, NY 14302-0398 | |
| 10924 | GREIF CONTAINERS, 5408- 52 AVE, LLOYDMINSTER, AB T9V 1P8TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CONTAINERS, 5408-52 AVE, LLOYDMINSTER, AB T9V 1P8TORONTO | *VIA Deutsche Post* |
| 10924 | GREIF CORPORATION, 2122 COLVIN BOULEVARD, TONAWANDA, NY 14150 | |
| 10925 | GREIF CREATIVE PACKAGING, DEPT 01235, SAN FRANCISCO, CA 94139 | |
| 10925 | GREIFF, NATHAN, 180 FITZGERALD ROAD, SPARTANBURG, SC 29302-9682 | |
| 10925 | GREIFFENDORF, JULIE, 61 SOUTH FULTON ST., MOBILE, AZ 36606 | |
| 10925 | GREIG JR, MALCOLM, 9718 ASTRONAUT, SANANTONIO, TX 78217 | |
| 10925 | GREINER, HAROLD, 2653 FAIRLAWN DRIVE, WINSTON SALEM, NC 27106-3801 | |
| 10925 | GREISER, ERIC, 4282 BONAPARTE DR, TUCKER, GA 30084 | |
| 10925 | GREISINGER, PAUL, 5075 HUNTSMAN, ORANGE, TX 77630 | |
| 10925 | GREITZER LOCKS, 110 EAST 55TH ST, 12TH FL, NEW YORK, NY 10022 | |
| 10925 | GREITZER LOCKS, 1500 WALNUT ST 20TH FL, PHILADELPHIA, PA 19102 | |
| 10925 | GREITZER LOCKS, WOODLAND FALLS CORP PK, 220 EAST LAKE DR STE 220, CHERRY HILL, NJ 08002 | |
| 10925 | GREJDA, FLORENCE, 102 MAGNOLIA DR, GLENSHAW, PA 15116 | |
| 10925 | GRELL, ED, 5 VICKI HENNINGS RT.1 BOX 59, DOW CITY, IA 51528 | |
| 10925 | GRELL, JAN, 801 SUGARBUSH, VISTA, CA 92009 | |
| 10925 | GRELLE, FREDERICK, 1608 GRANT, WICHITA FALLS, TX 76309 | |
| 10925 | GRELLNER, JANE A, 6278 HOWELLSVILLE ROAD, FRONT ROYAL, VA 22630-5949 | |
| 10925 | GREMILLION, PETER, 263 PEA RIDGE RD., NEWHILL, NC 27562 | |
| 10925 | GREMMERT, JUNE, 113 BROKEN WHEEL CT, DIVIDE, CO 80814 | |
| 10924 | GRENADA CONCRETE PRODUCTS, PO DRAWER 1500, BATESVILLE, MS 38606 | |
| 10924 | GRENADA CONCRETE, P O DRAWER 1500, BATESVILLE, MS 38606 | |
| 10924 | GRENADA LAKE MEDICAL CENTER, C/O F.L. CRANE, GRENADA, MS 38901 | |
| 10925 | GRENELEFE GOLF & TENNIS RESORT, 3200 STATE ROAD 546, HAINES CITY, FL 33844 | |
| 10925 | GRENFELL SLEDGE STEVENS, 1855 LAKELAND DR, SUITE N-10, JACKSON, MS 39236 | |
| 10925 | GRENIER, MICHAEL, 37 MELROSE ST, BOSTON, MA 02116 | |
| 10925 | GRENZER JT TEN, ALBERT J & ALBERTA L, 1512 FOXDALE COURT, SAN JOSE, CA 95122-1147 | |
| 10925 | GRESCOVIAK JT TEN, JOHN FRANCIS & WALTER JAMES, 8 LAFFIN DRIVE, WESTBROOK, ME 04092-4071 | |
| 10925 | GRESHAM JR, ALLWIN, 10 WOODEDGE CT, PITTSTOWN, NJ 08867-4300 | |
| 10925 | GRESHAM, CHAD, 517 BETHEL DR, MAULDIN, SC 29662 | |
| 10925 | GRESHAM, JAMES, 1890 RIVER VALLEY DRIVE, GERMANTOWN, TN 38138-3005 | |
| 10925 | GRESHAM, JOHN, 213 GRESHAM ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | GRESHAM, KIM, 13886 MCDOUGALL, DETROIT, MI 48212 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRESHAM, PAUL, 5709 GROVE FOREST RD., MIDLOTHIAN, VA 23112-2370 | |
| 10925 | GRESHAM, TASHA, 1717 CENTRA VILLA DR, ATLANTA, GA 30311 | |
| 10925 | GRESON TECHNICAL SALES & SERVICE, PO BOX 192, BEAUMONT, TX 77704-0192 | |
| 10925 | GRESS, NIKKI, 9273 E. PINE VALLEY, SCOTTSDALE, AZ 85260 | |
| 10925 | GRETA ETTY POLAK, LIGHTHOUSE RD, SANDS POINT, NY 11050 | |
| 10925 | GRETCHEN G LINDLEY, PO BOX 861, NANTUCKET, MA 02554-0861 | |
| 10925 | GRETEBECK, DALE, 3827 MISTY LANE, DE FOREST, WI 53532 | |
| 10925 | GRETSKY, NEIL E, 80 16TH ST, HERMOSA BEACH, CA 90254-3401 | |
| 10925 | GREVER, HARLEY, 253 SOUTH GRANT AVE., INDIANAPOLIS, IN 46201 | |
| 10925 | GREVING, LEAH R, 1011 OKLAHOMA DRIVE, AMES IA, IA 50010 | |
| 10925 | GREWING, STANLEY, 6048 S.E. 43RD ST, TECUMSEH, KS 66542 | |
| 10924 | GREY ELEMENTARY SCHOOL, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186 | |
| 10925 | GREY HOUSE PUBLISHING, 8 HOLLEY ST, LAKEVILLE, CT 06039 | |
| 10925 | GREY HOUSE PUBLISHING, PO BOX 1866, LAKEVILLE, CT 06039-1866 | |
| 10925 | GREY, DENISE, R.D. #4, BOX 228-A, BURGETTSTOWN, PA 15021 | |
| 10925 | GREY, ESQ, JOSEPH, STEVENS & LEE, 300 DELAWARE AVE # 800, WILMINGTON, DE 19801 | |
| 10925 | GREY, PAUL, 1250 N W 19TH ST, CRYSTAL RIVER, FL 34428 | |
| 10925 | GREY, WENITA, 327 PARK, MARION, AR 72364 | |
| 10925 | GREYHOUND LINES INC, GREG R LENTZSCH PRES & CEO, 15110 N DALLAS PKWY, SUITE 600, DALLAS, TX 75248 | |
| 10924 | GREYLOCK ELECTRIC, 11 GROVE STREET, ADAMS, MA 01220 | |
| 10925 | GREYLYN BUSINESS PARK, 9303-B MONROE ROAD, MATTHEWS, NC 28106 | |
| 10924 | GREYSTONE CONCRETE PROD INC, 2100 N. GARNETT ST., HENDERSON, NC 27536 | |
| 10924 | GREYSTONE CONCRETE PROD INC, P O BOX 680, HENDERSON, NC 27536 | |
| 10924 | GREYSTONE CONCRETE PROD, ATTN:  ACCOUNTS PAYABLE, HENDERSON, NC 27536 | |
| 10924 | GREYSTONE SHADES CREST SCHOOL, ALTON, AL 35015 | |
| 10925 | GREZE, JEAN-LOUIS, COURCHEVEL 7 - LES PERLES, CRANS MONTANA - VS, 3963SWITZERLAND | *VIA Deutsche Post* |
| 10924 | GRFC, 6001 NORTH 60TH ST, LINCOLN, NE 68507 | |
| 10925 | GRH COMPANY, INC, PO BOX 95, EAST LIVERPOOL, OH 43920 | |
| 10925 | GRI OF ORLANDO, 1251 SEMINOLA BLVD, CASSELBERRY, FL 32707 | |
| 10925 | GRIBBEN JR, HUGH JOHN, 4111 TAUNTON DR, BELTSVILLE, MD 20705-2873 | |
| 10925 | GRIBBINS INSULATION, 1433 E VIRGINIA ST, EVANSVILLE, IN 47711-5730 | |
| 10925 | GRIBBLE STAMP & STENCIL CO., 121 ST. EMANUEL, HOUSTON, TX 77210 | |
| 10925 | GRIBBLE, BRENDA, 1221 HOPKINS, ROCKY FORD, CO 81067 | |
| 10925 | GRIBBLE, LARRY W, 3104 L ST N.E., AUBURN, WA 98002-2305 | |
| 10925 | GRIBBLE, LARRY, 3104 L ST NE, AUBURN, WA 98002-2305 | |
| 10925 | GRIBENS, JOEL, 6839 FIJI CIRCLE, BOYNTON BEACH, FL 33437 | |
| 10925 | GRICE CABINET WORKS, PO BOX 784, AIKEN, SC 29802-0784 | |
| 10925 | GRICE, ARTHUR, 1921 TIMBER CREEK DR, PEARLAND, TX 77581 | |
| 10925 | GRICE, J, 892 MAPLE DRIVE, MEMPHIS, TN 38108 | |
| 10925 | GRICE, LOUIS, PO BOX 6226 MYERS BRANCH, CHARLESTON, SC 29405 | |
| 10925 | GRIDA, STEVEN, 57 THOMAS AVE, HELLERTOWN, PA 18055 | |
| 10925 | GRIDER, DALE E, 68 MONHEGON AVE, OAKLAND, NJ 07436 | |
| 10925 | GRIDER, DALE, 68 MONHEGON AVE, OAKLAND, NJ 07436 | |
| 10925 | GRIDER, JOYCE, 609 WEST MANES, IOWA PARK, TX 76367 | |
| 10925 | GRIDER, KATHRYN, 151 S. FERN ST, SELLERSBURG, IN 47172 | |
| 10925 | GRIDER, TONI, 5505 LINCOLN RD., MARTINSVILLE, IN 46151 | |
| 10925 | GRIECO, BENNY, 261 GALEWOOD DRIVE, BOLINGBROOK, IL 60440 | |
| 10925 | GRIEF BROS. CORP., 785 DEVON PARK DR., SUITE 103, WAYNE, PA 19087 | |
| 10925 | GRIEF BROTHERS CORP, 1850 PKWY PLACE SUITE 820, MARIETTA, GA 30067 | |
| 10925 | GRIEF BROTHTERS, PO BOX 102306, ATLANTA, GA 30368-2306 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　GRIEFF, ELLEN, 4205 HOLIDAY CT, DALE CITY, VA 22193

10925　GRIEGO, RAGELIN, 707 S W AVE G, ANDREWS, TX 79714

10925　GRIEKSPOOR, LISA, RT 1 BOX 184-A, PANTEGO, NC 27860

10925　GRIEPSMA, DAVID, 533 GORDON HWY, COOPERS, GA 31031

10925　GRIER, JOHN, 32 BARKER ROAD, SCITUATE, MA 02066

10925　GRIER, JUNE, 748 LASALLE ST, BUFFALO, NY 14215

10925　GRIER, SAMMY, 120 BOYD AVE, SIMPSONVILLE, SC 29681

10925　GRIESBACH, RALPH, 1111 FIRST AVE, STERLING, IL 61081

10925　GRIESELL, JASON A, 614 BEECHWOOD AVE, WAUKESHA, WI 53186-5121

10925　GRIESER, ERIC, 1200 NW 15 AVE, POMPANO BEACH, FL 33069

10925　GRIESHEIMER, G, 4961 NORMANDY LANE, MEMPHIS, TN 38117

10925　GRIESINGER, ERIC, 502 SPRING GUIDE CT, BEL AIR, MD 21015

10925　GRIESINGER, ERIC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925　GRIESINGER, PHILIP, 4575 WILDERNESS WAY, MASON, OH 45140

10925　GRIEST, GERALD, 1315 DALE ROAD ROCK VIEW BEACH, PASADENA, MD 21122

10925　GRIEVE CORPORATION, PO BOX 536, AVON, CT 06001

10925　GRIEVE CORPORATION, THE, 500 HART ROAD, ROUND LAKE, IL 60073-9989

10925　GRIEVE, FRANCIS, 21 MARTIN HEIGHTS, RAYMOND, ME 04071

10925　GRIEVES, JOHN, 1325 SECOND ST, LACON, IL 61540-1747

10925　GRIFFEN, DANIEL, 3448 FINGLASS DR, MARIETTA, GA 30060

10925　GRIFFETH, STEPHEN, 883 E 1264 ROAD, LAWRENCE, KS 66047-9461

10925　GRIFFIES, WILLIAM H, 6314 19TH ST WEST, SUITE 17, TACOMA, WA 98466

10924　GRIFFIN & SONS CONCRETE, 265 PINE DRIVE, PIEDMONT, SC 29673

10924　GRIFFIN CONCRETE, 303 COUNTY RD 17 AW, AVON PARK, FL 33825

10924　GRIFFIN CONCRETE, 7749 SOUTH GEORGE BLVD, SEBRING, FL 33872

10924　GRIFFIN CONCRETE, HWY 17, WAUCHULA, FL 33873

10924　GRIFFIN CONCRETE, HWY 70 E, ARCADIA, FL 33821

10925　GRIFFIN GEAR, INC, PO BOX 202, #1 RAILROAD ST, ROEBUCK, SC 29376

10925　GRIFFIN INDUSTRIAL SERVICES, POBOX 1445, JESSUP, GA 31598

10925　GRIFFIN JR, JOHN, 33541 RHONSWOOD DR, FARMINGTON HILLS, MI 48335

10925　GRIFFIN JR, PETER, 8 WINDING STAIWAY, DFALLON, MO 63366

10925　GRIFFIN REFRIGERATION INC, 80 EASTWAY, READING, MA 01867

10924　GRIFFIN SAND & CONCRETE, 2834 CALENDONIA ST., MARIANNA, FL 32446

10924　GRIFFIN SAND & CONCRETE, 605 EVANS AVE, BLOUNTSTOWN, FL 32424

10924　GRIFFIN SAND & CONCRETE, 605 EVANS AVENUE, BLOUNTSTOWN, FL 32424

10924　GRIFFIN TECHNICAL INSTITUTE, C/O WILSON INSULATION, GRIFFIN, GA 30223

10924　GRIFFIN TRADING, INC., 302 CLARK AVENUE, BILLINGS, MT 59101

10925　GRIFFIN WHEEL COMPANY, CORPORATION TRUST CENTER, 1209 ORANGE ST., WILMINGTON, DE 19801

10925　GRIFFIN, ALEXANDER, 122 ETHEL ST, LOCKPORT, LA 70374

10925　GRIFFIN, ALEXANDER, 3060 EDWIN AVE, FORT LEE, NJ 07024

10925　GRIFFIN, ALICE, 3912 CLARKVILLE CT, FAYETTEVILLE, NC 28306

10925　GRIFFIN, ANN, 1847 SW 24TH AVE, FT LAUDERDALE, FL 33312

10925　GRIFFIN, ANTOINETTE M, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925　GRIFFIN, ANTOINETTE, 34 BURGUNDY DRIVE, NASHUA, NH 03062

10925　GRIFFIN, BOBBY, 101 SEEDLEAF CT, SIMPSONVILLE, SC 29680

10925　GRIFFIN, BRYAN, 623 HEATHER LANE, FRIENDSWOOD, TX 77546

10925　GRIFFIN, CARLOS, 1347 BARCLAY, CRAIG, CO 81625-2210

10925　GRIFFIN, CARLTON, 13923 WOODS RUN COURT, CENTREVILLE, VA 22020

10925　GRIFFIN, CHARLES, 42 39 DONNYBROOK PLACE, CHARLOTTE, NC 28205

10925　GRIFFIN, CINDY, RT 1 BOX 122, DOWNSVILLE, LA 71234

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GRIFFIN, CLAUDIA, 416 EAST 13TH ST, HOPE, AR 71801

10925    GRIFFIN, CLEOPATRA, 142 MAGOTHY BEACH ROAD, PASADENA, MD 21122-4420

10925    GRIFFIN, D, RR 1, LOSTANT, IL 61334

10925    GRIFFIN, DALLAS, 105 LIPPIZAN WAY, SIMPSONVILLE, SC 29681

10925    GRIFFIN, DAN, 6050 W 51 ST, CHICAGO, IL 60638

10925    GRIFFIN, DANIEL, 3800 COTTONWOOD DRIVE, LAPORTE, TX 77571

10925    GRIFFIN, DEAN, 153 WEST 217 ST., GALLIANO, LA 70354

10925    GRIFFIN, DEBRA, PO BOX 3945, SPARKS, NV 89432

10925    GRIFFIN, DENA, 177-40 105 AVE, JAMAICA, NY 11433

10925    GRIFFIN, DONALD, BOX 340, PHILPOT, KY 42366

10925    GRIFFIN, DONALENE, 1347 BARCLAY ST, CRAIG, CO 81625-2213

10925    GRIFFIN, DORA, 28 HURLBERT ST., MOBILE, AL 36607

10925    GRIFFIN, EVELYN, PO BOX 577, 1040 ST. HWY 36, NAVESINK, NJ 07752

10925    GRIFFIN, FRANKLIN, PO BOX 431, DOVER, FL 33527-0431

10925    GRIFFIN, GLORIA, 2410 AUTUMN, WEST MEMPHIS, AR 72301

10925    GRIFFIN, GRAZIELLA, 110 CARDINAL DRIVE, CLEMSON, SC 29631

10925    GRIFFIN, GREGORY, 1205 N HIGH ST, LAKE CITY, MN 55041-1117

10925    GRIFFIN, HANNAH, 7657 JACKSON SCH. RD, BROWN SUMMIT, NC 27214

10925    GRIFFIN, HERMAN, 1151 32ND ST, CAMDEN, NJ 08105

10925    GRIFFIN, IRENE SUSAN, 1917 ASHDOWN AVE, MCKINLEYVILLE, CA 95521

10925    GRIFFIN, JACQUELINE, 124 MAIN AVE S W, GLEN BURNIE, MD 21061

10925    GRIFFIN, JAMES, 2 UNIVERAL ST APT 1, FRAMINGHAM, MA 01702

10925    GRIFFIN, JEFFREY, 150 PERTUIT LANE, RACELAND, LA 70394

10925    GRIFFIN, JERRY, 109 EAST 165TH ST, GALLIANO, LA 70354

10925    GRIFFIN, JERRY, 172 GRIFFIN ROAD, CHESNEE, SC 29323

10925    GRIFFIN, JOSEPH, 520 BRISTOL PK,#26, BENSALEM, PA 19020

10925    GRIFFIN, JR, RAY, C/O SHERRY COLLINS, CUT OFF, LA 70345

10925    GRIFFIN, KATHY, 939 HAMILTON BAY, LAKE WYLIE, SC 29710

10925    GRIFFIN, KELLEY, 8 GARRISON ST, BOSTON, MA 02116

10925    GRIFFIN, KENNETH, 1482 ERIKA DRIVE, IOWA, LA 70647

10925    GRIFFIN, KENNETH, 820 W. AVE B., ELK CITY, OK 73644

10925    GRIFFIN, KIRSTEN, CUST FOR FBO GRACE GRIFFIN, UNDER UNIF TRANS TO MIN ACT OK, 6707 NW
         GRAND BLVD, OKLAHOMA CIT, OK 73116-2

10925    GRIFFIN, LAURA, 530 SOUTH FOLTZ, INDIANAPOLIS, IN 46241

10925    GRIFFIN, LETICIA, 224 WINSLOW WAY, COLUMBIA, SC 29223

10925    GRIFFIN, MARCIA, 1205 N HIGH ST, LAKE CITY, MN 55041-1117

10925    GRIFFIN, MARK, 3 DERRY WAY, DERRY, NH 03038

10925    GRIFFIN, MARLON, 204 NIXON, ROME, GA 30161

10925    GRIFFIN, MARTHA, 44 FOUNTAIN DRIVE, EL PASO, TX 79912

10925    GRIFFIN, MARY, 10 MARATHON ST, ARLINGTON, MA 02174-6918

10925    GRIFFIN, MARY, APT. 1 B DUNSINANE DRIVE, BALTIMORE, MD 21236

10925    GRIFFIN, MARYELLEN, 1347 LOBLOLLY LANE, CLOVER, SC 29710

10925    GRIFFIN, MATTIE, PO BOX 133, UNA, SC 29378-0133

10925    GRIFFIN, MICHAEL, 319 ROBINSON DRIVE, SPARTANBURG, SC 29301

10925    GRIFFIN, MITZI, 2455 4TH ST NW, WASHINGTON, DC 20059

10925    GRIFFIN, MYRTLE, 1062 82ND AVE #B, OAKLAND, CA 94621

10925    GRIFFIN, PAMELA, 723 NORTH PASS RD, MONTGOMERY, AL 36110

10925    GRIFFIN, PATRICIA, 46 BRIDLE RD, BILLERICA, MA 01821

10925    GRIFFIN, PATRICIA, 5467 MILL VALLEY DR, DOUGLASVILLE, GA 30135

10925    GRIFFIN, PATSY, 616 E MERRIMAN, SINTON, TX 78387-2840

10925    GRIFFIN, R, 919 WOODSIDE DRIVE, NEW ALBANY, IN 47150

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRIFFIN, RANDY, PO BOX 38, RANDLETT, OK 73562 | |
| 10925 | GRIFFIN, RAYMOND, 10 ALAN CIRCLE, LONDONDERRY, NH 03053 | |
| 10925 | GRIFFIN, REGINALD, 401 AGEWOOD DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | GRIFFIN, RONNIE, 7401 KORNEGAY ROAD, HOBBS, NM 88240 | |
| 10925 | GRIFFIN, SALLY, 3448 FINGLAS DR, MARIETTA, GA 30060 | |
| 10925 | GRIFFIN, SALLY, 3522 SANDERLINGS CT., KENNESAW, GA 30152 | |
| 10925 | GRIFFIN, SAMUEL, 502 PARKINS MILL ROAD, GREENVILLE, SC 29607 | |
| 10925 | GRIFFIN, SCOTTY, 104 PRESCOTT DR, DURHAM, NC 27712 | |
| 10925 | GRIFFIN, SUSAN, PO BOX 12, NICOMA PARK, OK 73066-0012 | |
| 10925 | GRIFFIN, THOMAS, 232 LORRAINE DRIVE, TRAVELERS REST, SC 29690 | |
| 10925 | GRIFFIN, THOMAS, 750 SIX FLAGS RD #93, AUSTELL, GA 30001 | |
| 10925 | GRIFFIN, TOM, 750 SIX FLAGS ROAD #93, AUSTELL, GA 30001 | |
| 10925 | GRIFFIN, TONY, 800 WALLACE DEAN RD, W MONROE, LA 71291 | |
| 10925 | GRIFFIN, TROY, 1726 NORTH 16 TH ST APT # 4, ARLINGTON, VA 22209 | |
| 10925 | GRIFFIN, WALTER, 3704 CORONET PITT RD, PLANT CITY, FL 33566 | |
| 10925 | GRIFFIN, WILLIAM, 255 EAST FIFTH ST 2500 CHEMED CNT, CINCINNATI, OH 45202 | |
| 10925 | GRIFFIN, WILLIAM, 68 KENNETH RD, MARBLEHEAD, MA 01945 | |
| 10925 | GRIFFIN, WILLIAM, RT. 03 BOX 166, QUITMAN, MS 39355-9633 | |
| 10925 | GRIFFIN-PLUEBELL, DIANE, 6340 15TH ST, CHESAPEAKE BE, MD 20732 | |
| 10925 | GRIFFIN-PLUEBELL, DIANE, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10924 | GRIFFIN'S CONCRETE, 7749 S GEORGE BLVD, ARCADIA, FL 33821 | |
| 10924 | GRIFFIN'S CONCRETE, 7749 S GEORGE BLVD, SEBRING, FL 33872 | |
| 10925 | GRIFFIS ALL-AMERICAN TRUCK, POBOX 668, GRENADA, MS 38901 | |
| 10925 | GRIFFIS, ELDON, 4336 REDBUD, ODESSA, TX 79762 | |
| 10925 | GRIFFIS, RONALD, 7003 SO SHADETREE, SPOTSYLVANIA, VA 22553 | |
| 10925 | GRIFFIS, STACI, 1036 SOUTHGATE DR, STARKE, FL 32091 | |
| 10924 | GRIFFITH ELECTRIC, SOUTH BROAD & 2ND STREETS, TRENTON, NJ 08611 | |
| 10925 | GRIFFITH JR, EDWARD W, 157 WILLOW AVE, MASSILLON, OH 44646 | |
| 10924 | GRIFFITH LABORATORIES, 1 GRIFFITH CENTER, ALSIP, IL 60658 | |
| 10924 | GRIFFITH PANAMA S.A., CALLE 1A LA LOCERIA, PANAMA CITY, PANAMA | *VIA Deutsche Post* |
| 10924 | GRIFFITH PANAMA S.A., CALLE 1A LA LOCERIA, PANAMA, PANAMA | *VIA Deutsche Post* |
| 10925 | GRIFFITH, BARBARA, 15957 WANN RD, SULPHUR SPRINGS, AR 72768 | |
| 10925 | GRIFFITH, BRADLEY, RR 1, HERRIN, IL 62948 | |
| 10925 | GRIFFITH, CURTIS, 18 DISNEY AVE, PASADENA, MD 21122 | |
| 10925 | GRIFFITH, CYNTHIA, 9 LOUIS AVE, MIDDLESEX, NJ 08846 | |
| 10925 | GRIFFITH, EDWARD, 1840 STONER AVE NE, MASSILON, OH 44646 | |
| 10925 | GRIFFITH, JAMES, 1506 N. EAST APT.4, RIO GRANDE CITY, TX 78582 | |
| 10925 | GRIFFITH, JOE, PO BOX 160, MENTONE, AL 35984 | |
| 10925 | GRIFFITH, JR, WILLIAM, 69 TAFT AVE., TRENTON, NJ 08610 | |
| 10925 | GRIFFITH, MARK, 7436 FINNAGEN, MATTAWAN, MI 49071 | |
| 10925 | GRIFFITH, RONALD, 504 W RANIER, TAFT, CA 93268-2645 | |
| 10925 | GRIFFITH, ROY, 15957 WANN RD., SULPHUR SPRINGS, AR 72768 | |
| 10925 | GRIFFITH, SCOTT, 1807 APPLE TREE LANE, BETHLEHEM, PA 18015 | |
| 10925 | GRIFFITH, TANYA, 158 ROCKY PT. RD., COVINGTON, GA 30262 | |
| 10925 | GRIFFITH, WANDA, 6419 W PALM LANE, PHOENIX, AZ 85035 | |
| 10925 | GRIFFITH, WILLIAM, 69 TAFT AVE, TRENTON, NJ 08610 | |
| 10925 | GRIFFITHS, BERNICE, 12727 LECHATEAU DR., HOUSTON, TX 77015 | |
| 10925 | GRIFFITHS, ELIZABETH M, CUST FOR HILARY ROSE BRENTON, UNIF GIFT MIN ACT NEW YORK, 76 PINEBROOK DR, LARCHMONT, NY 10538-2520 | |
| 10925 | GRIFFITHS, RAY, 12727 LE CHATEAU DR, HOUSTON, TX 77015 | |
| 10925 | GRIFFUS, RICHARD, 6501 ST JOHNS AVE, PALATKA, FL 32177 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GRIGAR, WILLIAM, 3710 MILLBRIDGE, HOUSTON, TX 77059

10925    GRIGG JR., OTTIS, ROUTE 2 19 HIGHLAND DR, NINNEKAH, OK 73067

10924    GRIGGS PAINT & SILKSCREEN, 3635 SOUTH 16TH STREET, PHOENIX, AZ 85040-1305

10924    GRIGGS PRODUCTS INC., 1712 S. 19TH AVENUE, PHOENIX, AZ 85009

10924    GRIGGS PRODUCTS, 1712 S. 19TH AVENUE, PHOENIX, AZ 85009

10924    GRIGGS PRODUCTS, 9325 E. WRIGHTSTOWN ROAD, TUCSON, AZ 85715-3516

10925    GRIGGS, EDWARD, 18406 HAZYCREST DRIVE, SPRING, TX 77379

10925    GRIGGS, GORDON G, 618 W. LAGRANGE, LAKE CHARLES, LA 70605

10925    GRIGGS, GORDON, 618 WEST LAGRANGE, LAKE CHARLES, LA 70605

10925    GRIGGS, JERMAINE, 115 GRADY ST., LA GRANGE, GA 30240

10925    GRIGGS, MURRY, BOX 29, CEDAR LANE, TX 77415

10925    GRIGGS, REGINALD, 2809 WINDYHILL RD., MARIETTA, GA 30067

10925    GRIGGS, ROBERT, 1301 HOLIDAY DRIVE, BRANDON, FL 33510-4142

10925    GRIGGS, ROBERTA, RR1 BOX 500, MOMENCE, IL 60954

10925    GRIGGS, RONALD, 3333 S. ALAMEDA ST., CORPUS CHRISTI, TX 78411

10925    GRIGGS, WILLIAM, 4 RUSSTON LANE, TAYLORS, SC 29687

10925    GRIGLACK, KELLY, R.D. #4, BOX 62, UNIONTOWN, PA 15401

10925    GRIGNON, BARBARA A, 1200 NW 15 AVE, POMPANO BEACH, FL 33069

10925    GRIGNON, BARBARA, 533 NW 70TH WAY, MARGATE, FL 33063

10925    GRIGSBY, JR, WALTER, 4307 WUTHERING HTS DRIVE, HOUSTON, TX 77045

10925    GRIGSBY, LOYD, PO BOX 23, OZARK, AR 72949

10925    GRIGSBY, MCKINLEY, 3202 MEXICO DRIVE, NASHVILLE, TN 37218

10925    GRIGSBY, SHELLY, 715 PARK ST SE, VIENNA, VA 22180

10925    GRIJALVA, ANTONIO, 156 59TH ST, WEST NEW YORKK, NJ 07093

10925    GRILLONE, ADAM, 1027 STONE CHRUCH ROAD, WATERLOO, NY 13165

10925    GRILLONE, DAVID, 1328 STRANS ROAD, WATERLOO, NY 13165

10925    GRIM, BARBARA, 4409 GLENMAR CT, BRIDGETON, MO 63044

10925    GRIM, EVERETT, BOX 124, NICHOLS, IA 52766-0124

10925    GRIM, J, RD 3 BOX 3367, SAYLORSBERG, PA 18356

10925    GRIM, JOY, RD #3 BOX 3367, SAYLORSBURG, PA 18353

10925    GRIM, MARCIA, BOX 201, SPRINGTOWN, PA 18081

10925    GRIM, RUTH, 2409 HAMMONDS FERRY RD, BALTIMORE, MD 21227

10925    GRIMALDI, JOHN A, 1462 CENTER ST, LUDLOW, MA 01056

10925    GRIMALDI, JOHN, 1462 CENTER ST, LUDLOW, MA 01056

10925    GRIMALDI, PATRICIA, 382 CENTRAL PARK WEST, 17X, NEW YORK, NY 10025

10925    GRIMES AEROSPACE CO., PO BOX 99501, CHICAGO, IL 60693

10925    GRIMES AEROSPACE, 550 STATE RT 55, URBANA, OH 43078

10924    GRIMES AQUATECH POOL & SPA, 2452 INDUSTRIAL DR., BLOOMINGTON, IN 47404

10924    GRIMES BUILDERS SUPPLY, 425 EAST STATE LINE ROAD, TOLEDO, OH 43612

10925    GRIMES, ALBERT, 1302 WRIGHT ST #A, EAST RIDGE, TN 37412

10925    GRIMES, ANTHONY, 37 DIXANA CT., OWENSBORO, KY 42303

10925    GRIMES, CHRISTOPHER, 3839 PESTANA WAY, LIVERMORE, CA 94550

10925    GRIMES, ELIZABETH, 204 BUTTON, LITTLE ELM, TX 75068

10925    GRIMES, FIRLDEAL, 4511 PAUGER ST, NEW ORLEANS, LA 70122

10925    GRIMES, FRANK, 319 BRIAN DRIVE, SPARTANBURG, SC 29307

10925    GRIMES, KATHRYN, 2002 N GORDON ST, PLANT CITY, FL 33566-2042

10925    GRIMES, LEE, 11301 E PATAPASCO AVE, BALTIMORE, MD 21225-9998

10925    GRIMES, LEONARD, 2502 CUTHBERT, MIDLAND, TX 79701

10925    GRIMES, RAY, E 13009 28TH, SPOKANE, WA 99216

10925    GRIMES, SALLY, 3442 NW 48TH, OKLA. CITY, OK 73112

10924    GRIMM BLDG MATERIALS, LOWER HUDSON AVE, GREEN ISLAND, NY 12183

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GRIMM, ANNA, 1109 GUNTER CR, W COLUMBIA, SC 29169 | |
| 10925 | GRIMM, DONALD E, 5953 CLUB OAKS DRIVE, DALLAS, TX 75248 | |
| 10925 | GRIMM, DONALD, 5953 CLUB OAKS DR, DALLAS, TX 75248 | |
| 10925 | GRIMM, KRISTEN, 3026 NORTH OAKLAND AVE., MILWAUKEE, WI 53211 | |
| 10925 | GRIMM, MAUREEN, 528 MORRIS AVE, BOONTON, NJ 07005 | |
| 10925 | GRIMM, ROBERT, 417 W. DEMPSTER #2, MT PROSPECT, IL 60056 | |
| 10925 | GRIMM, SHARON, 94 PISGAH ROAD, OXFORD, CT 06478 | |
| 10925 | GRIMMER, HARRY C, 8720 LAKE CHALLIS LN, CHARLOTTE, NC 28226 | |
| 10925 | GRIMSDITCH, EILEEN MARGARET, BANDOL COLEDALE, BRAITHWAITE NR KESWICK, CUMBRIA, CA12 5TNUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | GRIMSLEY, DENNIS, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | GRINDCO INC., 84 TURNPIKE ROAD, CHELMSFORD, MA 01824 | |
| 10925 | GRINDE, DUANE, 7565 CTY TRK I, DE FOREST, WI 53532 | |
| 10925 | GRINDE, JILL, 7565 COUNTY TRUNK I, DE FOREST, WI 53532 | |
| 10925 | GRINDE, RONDA, W6003 GENRICH ROAD, RIO, WI 53960 | |
| 10925 | GRINDSTAFF, GERALD, PO BOX 401 SAVAGE ROAD, DUNLAP, PA 37327-3035 | |
| 10925 | GRINER, CHERYL, 6160 HAZELHATCH DRIVE, INDIANAPOLIS, IN 46228 | |
| 10925 | GRINKIN, ALEX, 380 EDISON WAY, RENO, NV 89564 | |
| 10925 | GRINKIN, JASON, 5 ROSEMONT COURT, EASTON, PA 18042 | |
| 10925 | GRINNEL FIRE PROTECTION, 7205 EDINGTON DR., CINCINNATI, OH 45249 | |
| 10925 | GRINNELL CORPORATION, POBOX 360461, PITTSBURGH, PA 15251-6461 | |
| 10924 | GRINNELL FIRE PROT. SYSTEMS, 1004 OLD TREE COURT, NASHVILLE, TN 37210 | |
| 10925 | GRINNELL FIRE PROTECTION SYSTEM, 2385 LITHONIA INDUSTRIAL PARK, LITHONIA, GA 30058 | |
| 10925 | GRINNELL FIRE PROTECTION SYSTEMS CO, DEPT. 0856, PO BOX 120001, DALLAS, TX 75312-0856 | |
| 10925 | GRINNELL FIRE PROTECTION SYSTEMS CO, PO BOX 101423, ATLANTA, GA 30392 | |
| 10925 | GRINNELL FIRE PROTECTION SYSTEMS CO, PO BOX 120001, DALLAS, TX 75312-0856 | |
| 10925 | GRINNELL FIRE PROTECTION SYSTEMS CO, PO BOX 371170 M, PITTSBURGH, PA 15251 | |
| 10925 | GRINNELL FIRE PROTECTION SYSTEMS, PO BOX 360721M, PITTSBURGH, PA 15251 | |
| 10925 | GRINNELL FIRE PROTECTION SYSTEMS, PO BOX 371170M, PITTSBURGH, PA 15251 | |
| 10925 | GRINNELL FIRE PROTECTION, 128 SPARKMAN DR, COLOMBIA, SC 29029 | |
| 10925 | GRINNELL FIRE PROTECTION, 4708 PKWY COMMERCE BLVD, ORLANDO, FL 32808 | |
| 10924 | GRINNELL FIRE PROTECTION, 5641 MAC CORKLE AVE SW, CHARLESTON, WV 25309 | |
| 10925 | GRINNELL FIRE PROTECTION, 6940 COLLEGE ST., BEAUMONT, TX 77707 | |
| 10924 | GRINNELL FIRE PROTECTION, 705 E. EXPRESSWAY 83, PHARR, TX 78577 | |
| 10925 | GRINNELL FIRE PROTECTION, 9640 GERWIG LANE, COLUMBIA, MD 21046 | |
| 10925 | GRINNELL FIRE PROTECTION, DEPT AT 40199, ATLANTA, GA 31192-0199 | |
| 10925 | GRINNELL FIRE PROTECTION, DEPT LA #21163, PASADENA, CA 91185-1163 | |
| 10925 | GRINNELL FIRE PROTECTION, DEPT. AT 40270, ATLANTA, GA 31192-0270 | |
| 10925 | GRINNELL FIRE PROTECTION, NC REGION, DEPT CH 10462, PALATINE, IL 60055-0462 | |
| 10925 | GRINNELL FIRE PROTECTION, PO BOX 5686, CHATTANOOGA, TN 37406-5686 | |
| 10925 | GRINNELL FIRE PROTECTION, POBOX 101624, ATLANTA, GA 30392 | |
| 10924 | GRINNELL PAVING STONE, 482 HOUSES CORNER RD., SPARTA, NJ 07871 | |
| 10925 | GRINNELL, VINCENT, 5869 AMOS N., JOSHUA, TX 76058 | |
| 10925 | GRINOLDS, KELLY, PO BOX 605, CRAIG, CO 81626 | |
| 10925 | GRIPPI JT TEN, ROBERT & MURIEL C, 6117 OAKBROOK ST, LONG BEACH, CA 90815-2229 | |
| 10924 | GRIS POTTERY, 10 W. MAIN, CARPENTERSVILLE, IL 60110 | |
| 10925 | GRISHAM, GWENDOLYN, BOX 129, LAKE VILLAGE, IN 46349 | |
| 10925 | GRISHAM, J, BOX 264, WEST COLUMBIA, TX 77486 | |
| 10925 | GRISNIK, M, 117 SEVENTH AVE, SUTTERSVILLE, PA 15083 | |
| 10925 | GRISSOM, HAROLD, RT. 7, BOX 1404, ODESSA, TX 79763 | |
| 10925 | GRISSOM, LATONIA, 1105 PURDUE ST., CLOVIS, NM 88101 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   GRISSOM, SHIRLEY, 259 WEST GEPFORD PKWY, SUN VALLEY, NV 89433

10925   GRIST, CECIL, ROUTE 3, PARIS, AR 72855

10924   GRISWOLD READY MIX    ., 11660 CAMDEN ROAD, JACKSONVILLE, FL 32218

10924   GRISWOLD READY MIX, 11660 CAMDEN, JACKSONVILLE, FL 32226

10924   GRISWOLD READY MIX, P O BOX 28578, JACKSONVILLE, FL 32226

10924   GRISWOLD RUBBER COMPANY, RIVER STREET, MOOSUP, CT 06354

10924   GRISWOLD S T & CO INC, PO BOX849, WILLISTON, VT 05495

10924   GRISWOLD S T & CO. INC., INDUSTRIAL AVENUE, WILLISTON, VT 05495

10925   GRISWOLD, JANET, 7441 DAISY CR, MACUNGIE, PA 18062

10925   GRISWOLD, PAUL, 331 FIRST ST. #4, NEENAH, WI 54956

10925   GRISWOLD, ROBERT, 18 GRISWOLD LANE, PIEDMONT, SC 29673

10925   GRITTERS, MARK, 702 EAST 1ST, PELLA, IA 50219

10925   GRITTMAN, MARILYN, 1209 HARDING, BIG SPRING, TX 79720

10925   GRIZ JT TEN, ALBENA IRENE & ALDONA MABEL, 3930 CENTRE ST 101, SAN DIEGO, CA 92103-3453

10924   GRIZZARD MANUFACTURING COMPANY, 16911 HIGHWAY 75, PLATTSMOUTH, NE 68048

10925   GRIZZARD, ANNETTE, 6730 BRYANBELL DR, RICHMOND, VA 23234

10925   GRIZZARD, JOHNNY, RT 2 LOT 10, ROCKY MOUNT, NC 27801

10925   GRIZZARD, RUSSELL, 6600 DUNBAR, ODESSA, TX 79762

10925   GRIZZLE, BETTY, 352 BOWDEN ST, COMMERCE, GA 30529

10925   GRIZZLE, DELPHINE, 3240 PINE, RIVERSIDE, CA 92501

10925   GRIZZLE, WILLIAM, 6333 WASHINGTON ST., CHICAGO RIDGE, IL 60415

10925   GRIZZLYS WILD ANIMAL SERVICE, POBOX 84, LAKE WORTH, FL 33460-0084

10924   GRO BARK, P.O.BOX 1141, MCCORMICK, SC 29899

10925   GROAT, DOROTHY, 31-40 43 ST, ASTORIA, NY 11103

10924   GRO-BARK, INC., CAMBRIDGE, MA 02140

10925   GROBSTICH, ANTHONY, 2809 FALCON DR. NE, CEDAR RAPIDS, IA 52402

10925   GROBSTICH, LAURIE, 2809 FALCON DR. NE, CEDAR RAPIDS, IA 52402

10925   GROCE, GLENDA, 11810 SW 177, MIAMI, FL 33177

10925   GROCE, JASON, 3 CORAL DRIVE, TAYLORS, SC 29687

10925   GROCE, ROSALIE, 261 CLEARVIEW CR, GREER, SC 29651

10925   GROCE, SANDRA, PO BOX 301, AXTELL, TX 76624

10925   GROCHOLA, STEPHANIE, 11 WILLOW ROAD, NEW HYDE PARK, NY 11040

10924   GROCO SPECIALTY COATINGS, 10818 HAWN FRWY, DALLAS, TX 75217

10925   GRODZICKI, JANUSZ, 115 E 9TH ST, NEW YORK, NY 10003-5436

10925   GROEBER, LINDA, 28 ASHLEY CIRCLE, EAST HAMPTON, MA 01027

10925   GROEBLER, BERND, ALTENWAHLINGEN 4, BOHME, D 29693GERMANY          *VIA Deutsche Post*

10925   GROENDYKE TRANSPORT INC, POBOX 502483, SAINT LOUIS, MO 63150-2483

10925   GROENDYKE TRANSPORT, INC, PO BOX 502483, SAINT LOUIS, MO 63150-2483

10925   GROENDYKE TRANSPORT, INC, PO BOX 632, ENID, OK 73702-0632

10925   GROENHOFF, CHERYL, 10649 NW 16 CT, PLANTATION, FL 33322

10924   GROENIGER & COMPANY, 27750 INDUSTRIAL BLVD., HAYWARD, CA 94545-4094

10925   GROENVELD, DEBBIE, 206 ST. JAMES COURT, MOMENCE, IL 60954

10925   GROETKEN, LINDA, 5562 PARKCREST, LONG BEACH, CA 90808

10925   GROFF, LINDA, ROUTE 6 BOX 113 D, KINSTON, NC 28501

10925   GROFF, PHILLIP A, 262 WHITEWATER VILLAGE COURT, HENDERSON, NV 89012-3299

10925   GROFT, PATRICIA, 5113 MEADOW CREEK TERRACE, ELLICOTT CITY, MD 21043

10925   GROGAN, HORACE, 131 MOUNTAINVIEW DR, GRAY COURT, SC 29645

10925   GROGAN, KEVIN, 4814 MILL CREEK RD, DALLAS, TX 75244

10925   GROGAN, PATRICIA, 4814 MILL CREEK RD, DALLAS, TX 75244

10925   GROGAN, VIRGINIA, 141 SAMOSET AV, QUINCY, MA 02169

10925   GROGITSKY, DAVID, 4749 N. 67TH DRIVE, PHOENIX, AZ 85033

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GROH, CYNTHIA, 5 PATERSON RD., LEBANON, NJ 08833 | |
| 10924 | GROHNE CONC PROD, 2501 N. MARTIN LUTHER KING DRIVE, DECATUR, IL 62525 | |
| 10924 | GROHNE CONC PROD, P.O.BOX 1403, DECATUR, IL 62525 | |
| 10924 | GROHNE CONCRETE, P.O.BOX 1403, DECATUR, IL 62525 | |
| 10925 | GROHOLSKI, CHAD, 600 3RD ST, DEPERE, WI 54115 | |
| 10925 | GROLEAU, KIMBERLY, 661 WANDA AVE, NEENAH, WI 54956 | |
| 10925 | GROLL, DAVID, 9763 POLISHED STONE, COLUMBIA, MD 21046 | |
| 10925 | GROMEK, JOHN, 8547 CAMELOT DR, CHESTERLAND, OH 44026 | |
| 10925 | GRONDAHL, CHAR, 1202 WEST 18TH ST, WILLISTON, ND 58801 | |
| 10925 | GRONDIN POUDRIER BERNIER, 801 CHEMIN ST-LOUIS, QUEBEC, QC G1S 1C1CANADA | *VIA Deutsche Post* |
| 10925 | GRONDIN, MARIE, 3905 WOODBRIDGE ROAD, PEABODY, MA 01960 | |
| 10925 | GRONLUND, DAVID, 3913 MARTIN ROAD, DULUTH, MN 55803 | |
| 10925 | GROOM, CHRISTINE, 29 MELVILLE ROAD, EDISON, NJ 08817 | |
| 10925 | GROOM, DAVID, PO BOX 627, BUZZARDS BAY, MA 02532 | |
| 10925 | GROOME, CHARLES, 102 MARSH POINT, HILTON HEAD, SC 29928 | |
| 10925 | GROOMS, ANNA, 5711 HETZEL LANE, CHATTANOOGA, TN 37415 | |
| 10925 | GROOMS, GARY, 2207 ALLEN DR, PLANT CITY, FL 33566 | |
| 10925 | GROOMS, GWENDOLYN, 114 W KIRKFIELD DR, CARY, NC 27511 | |
| 10925 | GROOMS, JONATHAN, 213 S PLINEY CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | GROOMS, MARGARET, 415 NORTH 33RD ST, MILWAUKEE, WI 53208 | |
| 10925 | GROOMS, WILLARD, 405 NAVARRE ST, SULPHUR, LA 70663 | |
| 10925 | GROOVER, CHELETTE, 140 BERMUDA DRIVE, PEARL, MS 39208 | |
| 10925 | GROOVER, JEFFERY, 7348 MERLIN WAY, RIVERDALE, GA 30296 | |
| 10924 | GRO-PROD, INC., 55 WEBRO RD., CLIFTON, NJ 07013 | |
| 10924 | GRO-PROD, INC., CAMBRIDGE, MA 99999 | |
| 10925 | GROQUIP, GROTH EQUIPMENT CORP., PO BOX 117, GEISMAR, LA 70734-0117 | |
| 10925 | GROS, ADAM, 12825 DANYA ST, DENHAM SPRINGS, LA 70726 | |
| 10925 | GROS, PAULA, 534 SCHRIEVER HWY, THIBODAUX, LA 70301 | |
| 10925 | GROSEL, ANTHONY, 2626 BABCOCK, SAN ANTONIO, TX 78227 | |
| 10925 | GROSEL, MARIA, 2626 BABCOCK #2806, SAN ANTONIO, TX 78229 | |
| 10925 | GROSFELD, MICHEL, 8304 DRAPER LANE, SILVER SPRING, MD 20910 | |
| 10925 | GROSH JT TEN, JOHN B & ANNA F, 3764 PURPLE LAKE DR, COLUMBIA, PA 17512-9769 | |
| 10925 | GROSS & WELCH, 2120 SOUTH 72 ST, OMAHA, NE 68124-2342 | |
| 10925 | GROSS & WELCH, 800 COMMERCIAL FEDERAL TOWER, OMAHA, NE 68124-2342 | |
| 10925 | GROSS PETER J, PETER J GROSS, 2650 S 166TH ST, PO BOX 51226, NEW BERLIN, WI 53151 | |
| 10925 | GROSS, BEVERLY, 5617 COX AVE, PITTSBURGH, PA 15207 | |
| 10925 | GROSS, CATHERINE, 5404 CLOVER ROAD, BALTIMORE, MD 21215-4714 | |
| 10925 | GROSS, CHRISTOPHER, 2112 WOODCHUCK LANE, OAKFORD, PA 19053-3661 | |
| 10925 | GROSS, DAVID, 113 BISHOP DR, EASLEY, SC 29640 | |
| 10925 | GROSS, DWIGHT, 2790 N CHARLOTTE ST, GILBERTSVILLE, PA 19525 | |
| 10925 | GROSS, EDWARD, 1682 CREEKVIEW RD, BETHLEHEM, PA 18015 | |
| 10925 | GROSS, EDWARD, 5508 HARDISON ROAD, CHARLOTTE, NC 28226 | |
| 10925 | GROSS, GINA, 5610 N.NATOMA, CHICAGO, IL 60631 | |
| 10925 | GROSS, HAROLD, 910 ROWLAND ROAD, LEONARD, MI 48367 | |
| 10925 | GROSS, JOSEPH, 8405 COMMERCE ST, SAVAGE, MD 20763 | |
| 10925 | GROSS, KAREN, 3214 N OSCEOLA, CHICAGO, IL 60634 | |
| 10925 | GROSS, KENNETH, 514 SE 19TH ST, NEWTON, IA 50208-4141 | |
| 10925 | GROSS, LISA, 16 NORTHRIDGE RD, FLEMINGTON, NJ 08822 | |
| 10925 | GROSS, MARY, 5934 FOREST LANE, MADISON, WI 53711 | |
| 10925 | GROSS, MURRAY, 4350 HILLCREST DR APT 1006, HOLLYWOOD, FL 33021 | |
| 10925 | GROSS, PEGGY, 107 E OHIO ST, MT VERNON, OH 43050 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GROSS, STEPHEN, 128 PAUL REVERE RD APT 3, ARLINGTON, MA 02175 | |
| 10925 | GROSS, THEODORE, 104 CHERRY HILL ROAD, BALTIMORE, MD 21225-0000 | |
| 10925 | GROSS, THERMON, 4106 GARRISON BLVD, BALTIMORE, MD 21215-0000 | |
| 10925 | GROSSAN, GERI LYNN, 8524 W. SAHARA, LAS VEGAS, NV 89117 | |
| 10925 | GROSSARTH, ELDA, 423 WESTERN, HEREFORD, TX 79045 | |
| 10925 | GROSSE, DOUGLAS, 14202 CANDLEWICK COURT, MIDLOTHIAN, VA 23112 | |
| 10925 | GROSSE, RICHARD, 800 WOODBRIDGE CT, VIRGINIA BEACH, VA 23464 | |
| 10925 | GROSSER, GLEN, 1181 OLYMPIA DRIVE, ROCHESTER HILLS, MI 48306 | |
| 10925 | GROSSI, EUGENE, 11 LOIS LANE, BARRINGTON, NH 03825 | |
| 10925 | GROSSI, HENRY, 3701 EDWARDS ROAD, TAYLORS, SC 29687 | |
| 10925 | GROSSKOPF, MARILYN, 10081 WHITWORTH WAY, ELLICOTT CITY, MD 21042 | |
| 10925 | GROSSMAN, ALICE, 756 NORTH 6TH ST, READING, PA 19601 | |
| 10925 | GROSSMAN, DEBRA, 601 N MAIN ST, 35, FALL RIVER, WI 53932 | |
| 10925 | GROSSMAN, DONNA, 4414 LANE, OLATHE, KS 66061 | |
| 10925 | GROSSMAN, GREGORY, 58 KENLAUREN AVE, GREENVILLE, SC 29607 | |
| 10925 | GROSSMAN, KENNETH, 4125 DANUBE COURT, OLNEY, MD 20832 | |
| 10925 | GROSSMAN, MARC, 1022 S PINERIDGE CR, SANFORD, FL 32773 | |
| 10925 | GROSSMAN, NICOLE, 121 STRONGWOOD RD, OWINGS MILLS, MD 21117 | |
| 10925 | GROSSMAN, REBECCA, 6036 WEST WARREN PLACE, LAKEWOOD, CO 80227 | |
| 10925 | GROSSMITH, LISA, 2 THIRD ST, RARITAN, NJ 08869 | |
| 10924 | GROSSMONT CENTER, C/O WESTSIDE BUILDING MATERIALS, SAN DIEGO, CA 92101 | |
| 10925 | GROTA, LYNN, 1205 WINN TRAIL, MADISON, WI 53704 | |
| 10925 | GROTE, CHARLES C, CUST FOR HEATHER ANN GROTE, UNIF GIFT MIN ACT-NY, 48 1/2 WEST GENESEE ST, BALDWINSVILLE, NY 13027-1142 | |
| 10925 | GROTH CORP., 4431 ELM ST., SULPHUR, LA 70663 | |
| 10925 | GROTH CORPORATION, PO BOX 15293, HOUSTON, TX 77220 | |
| 10925 | GROTH EQUIPMENT CO., PO BOX 15293, HOUSTON, TX 77220 | |
| 10925 | GROTH, CATHY, 44 29TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | GROTH, MARIANNE, 4363 GUILFORD AVE, LIVERMORE, CA 94550 | |
| 10925 | GROTH, MARY, N71 W23271 KEYSTONE DRIVE, SUSSEX, WI 53089 | |
| 10925 | GROTH, MELANIE, 6 ERICK RD, MANSFIELD, MA 02048 | |
| 10925 | GROTJAN, THOMAS, 140 POPLR RIDGE, ALEXANDRIA, KY 41001 | |
| 10925 | GROTT, VIRGINIA, 901 JOHNSTOWN RD APT R, BECKLEY, WV 25801-4959 | |
| 10925 | GROUND CONTROL, PO BOX 522824, MIAMI, FL 33152-2824 | |
| 10925 | GROUND ENGINEERING & TESTING, PO BOX 380247, BIRMINGHAM, AL 35238-0247 | |
| 10925 | GROUND ENGINEERING AND TESTING, 98 ANNEX 365, ATLANTA, GA 30398-0365 | |
| 10925 | GROUNDS, MAX, PO BOX #45, DEER PARK, TX 77536 | |
| 10925 | GROUP 26 WORD PROCESSING INC, 35 BOWKER TERRACE, SOMERSET, MA 02726 | |
| 10924 | GROUP BUILDERS, 2020 DEMOCRATE ST, HONOLULU, HI 96819 | |
| 10924 | GROUP BUILDERS, 2020 DEMOCRATE ST., HONOLULU, HI 96819 | |
| 10925 | GROUP HEALTH COOP. HMO, BOX 88619, MILWAUKEE, WI 53288-0619 | |
| 10925 | GROUP SEVEN INC/TOP DRIVER, 717 FIFTH AVE 4TH FL, NEW YORK, NY 10022 | |
| 10925 | GROUP TECHNOLOGIES CORP, 11316 NORTH 46TH ST, TAMPA, FL 33612 | |
| 10925 | GROUP TECHNOLOGIES, 10901 MCKINLEY DR, TAMPA, FL 33612 | |
| 10924 | GROUP VIII TECHNOLOGY, INC., 1652 WEST 820 NORTH, PROVO, UT 84601 | |
| 10925 | GROUPCOMM SYSTEMS, INC, 237 RIVERVIEW AVE., NEWTON, MA 02466 | |
| 10925 | GROUPE FRANCAIS DES ZEOLITHES, 6, BD DU MARECHAL JUIN, CAEN CEDEX, 14050FRANCE | *VIA Deutsche Post* |
| 10925 | GROUT, JOSEPH, 655 MOFFAT CO. RD 35, CRAIG, CO 81625 | |
| 10925 | GROUT, PAMELA, 655 COUNTY RD 35, CRAIG, CO 81625 | |
| 10924 | GROVE AVE. BAPTIST CHURCH, 11204 HOPSON ROAD, ASHLAND, VA 23005 | |
| 10924 | GROVE CITY HIGH SCHOOL, 511 HIGHLAND AVENUE, GROVE CITY, PA 16127-1107 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    GROVE CITY SCHOOL, C/O BAHL INSULATION, GROVE CITY, MN 56243

10924    GROVE CONCRETE & SUPPLY, INC., 18426 DURAND AVENUE, UNION GROVE, WI 53182

10924    GROVE CONCRETE & SUPPLY, INC., P.O. BOX 363, UNION GROVE, WI 53182

10925    GROVE PARK INN RESORT, THE, AND COUNTRY CLUB, ASHEVILLE, NC 28804

10925    GROVE, BRYANT, 456 SP. HAMILTON ST, MOBILE, AL 36603

10925    GROVE, DOROTHY, 2011 CRYSTAL BROOK, MARTINGSBURG, WV 25401

10925    GROVE, JACKLYN, ROUTE 1 BOX 185G, CRAWFORD, TX 76638

10925    GROVE, JAMES, 1012 LOUISA, IOWA PARK, TX 76367

10925    GROVE, MARK, 1148 SCHOOL ST, CRAIG, CO 81625

10925    GROVE, PAMELA, 1149 ST STEPHEN CHURCH RD, CROWNSVILLE, MD 21032

10925    GROVE, RICHARD, 5711 LONE CEDAR DR, KINGWOOD, TX 77345

10925    GROVE, RICHARD, 5711 LONE CEDAR DR., KINGWOOD, TX 77345

10925    GROVE, ROBERT, 1064 MEADOW DRIVE, 85, MOSS BLUFF, LA 70611

10925    GROVE, RONALD R, 5601 CHEMICAL ROAD, BALTIMORE, MD 21226

10925    GROVE, RONALD, 10031 ICHABOD LANE, BALTIMORE, MD 21220

10925    GROVENGER, FRANCIS, 2908 STANHOPE AVE, LAKELAND, FL 33803-4347

10925    GROVER, DOUGLAS, 17501 148TH AVE, SPRING LAKE, MI 49456

10925    GROVER, MARY, 233 FLORENCE AVE, ARLINGTON, MA 02476-7245

10925    GROVER, MOLLY, 8406 CHERRYSTONE COU, LAUREL, MD 20723

10925    GROVER, ROBERT, 5047 W SUNNYSIDE, CHICAGO, IL 60630

10925    GROVES RENT WAY, INC, 3828 RYAN ST, LAKE CHARLES, LA 70605

10925    GROVES, ANNA, 6206 GALLANT FOREST, HOUSTON, TX 77088

10925    GROVES, ANNE, 6588 POINTE EAST CT., INDIANAPOLIS, IN 46250

10925    GROVES, JAMES, 50 REVERE ST, ANNISQUAM, MA 01930

10925    GROVES, MARJORIE, 728 WELLMAN AVE, N. CHELMSFORD, MA 01863

10925    GROVES, MICHAEL, RT 2 BOX 390AA, LITTLETON, NC 27850

10925    GROVES, PATTI, 129 MURIFIELD CREST CT., ST CHARLES, MO 63304

10925    GROVES, ROBERT, RT 2 BOX 322, RAYVILLE, LA 71269

10925    GROVES, SHARON, 3550 CHINA GARDEN ROAD SPACE # 17, PLACERVILLE, CA 95667

10925    GROVES, SHARON, APT. 6, E. TRYON ST., HILLSBROUGH, NC 27278

10924    GROVES, THE, 1500  TRUMAN  ROAD, INDEPENDENCE, MO 64052

10925    GROVES, THOMAS, 11701 BOSTON POST, LIVONIA, MI 48150

10925    GROVHAC INC, 4310 NORTH 126TH ST, BROOKFIELD, WI 53005

10925    GROVHAC INC., 4310 N. 126TH ST, BROOKFIELD, WI 53005

10925    GROVHAC, INC, 4310 NORTH 126TH ST, BROOKFIELD, WI 53005

10924    GROW TUNNELING CORPORATION, ATTN: RICH FRANCE, BROOKLYN, NY 11231

10925    GROW, DENNIS, 89 SANTA INEZZ, NEW IBERIA, LA 70560

10925    GROW, DIANE, 6196 LAUREL LANE, TAMARAC, FL 33319

10925    GROWTH RESOURCE, INC, PO BOX 52844, LAFAYETTE, LA 70505

10925    GRUBAUGH, NGOC-HA, PO BOX 73, PINE HALL, NC 27042

10925    GRUBB & ELLIS CO, 1090 VERMONT AVE STE 900, WASHINGTON, DC 20005

10925    GRUBB & ELLIS CO, 200 EXECUTIVE DR STE 200, WEST ORANGE, NJ 07052

10925    GRUBB & ELLIS NEW YORK INC, 55 EAST 59TH ST, NEW YORK, NY 10022

10925    GRUBB AND ELLIS, 6550 ROCKSPRING DR., STE. 150, BETHESDA, MD 20817

10925    GRUBB, EDWARD, 219 JAMES CT, ROANOKE RAPIDS, NC 27870

10925    GRUBB, JOHN, 18816 E 1050 N, WESTVILLE, IL 61883

10925    GRUBB, MICHAEL, 7 STEVENSON ROAD, TAYLORS, SC 29687

10925    GRUBB, PHYLLIS, 149 WISES GROVE ROAD, NEW BRIGHTON, PA 15066

10925    GRUBB, ROBERT, PO BOX 4385, SOLDOTNA, AK 99669

10925    GRUBB, SUSAN, 522 WOOD RD, TAYLORS, SC 29687

10925    GRUBBS, DONNIE, HENRY LAURENS LODGE APT 33 76 BYPASS, LAURENS, SC 29360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 GRUBBS, E, B2 FOREST DR, JEFFERSONVILLE, IN 47130

10925 GRUBBS, GEOFF, 1535 REMINGTON CT, CONYERS, GA 30207

10925 GRUBBS, JAMES, 1311 MOCKINGBIRD, IOWA PARK, TX 76367

10925 GRUBBS, JOHN B & DONNA W JT TEN, 4785 LEETONIA RD, LEETONIA, OH 44431-9635

10925 GRUBBS, REGINA, 1217 COBLE, BORGER, TX 79007

10925 GRUBBS, WANDA, 1030 PEARSON ROAD, WOODRUFF, SC 29388

10925 GRUBE, L BLAINE, 1511 WOODLAND RD, INDIANA, PA 15701-8513

10925 GRUBER, CHRISTINE, R D #2 BOX 2570, LEESPORT, PA 19533

10925 GRUBER, DONALD, 3592 8TH AVE., BALTIMORE, MD 21225

10925 GRUBER, JOEL, 1118 EYE ST S.E., WASHINGTON, DC 20003

10925 GRUBER, RICHARD, 852 GRANGE RD, LEESPORT, PA 19533

10925 GRUBER, SHIRLEY, 1210 MAIN ST, PLAIN, WI 53577

10925 GRUCCIO, BARBARA, 140 SOUTH AVE, NORWOOD, NJ 07648

10925 GRUCO, 8150 HOLTON DR., FLORENCE, KY 41042

10925 GRUDEN, SUSAN, RD 2 BOX 48X, BURGETTSTOWN PA, PA 15021

10925 GRUDZIEN, BEN, 5542 S MCVICKER, CHICAGO, IL 60638

10925 GRUEMMER, JOSEPH, 737 KILBOURNE DRIVE, UPLAND, CA 91784

10925 GRUENBERG OVEN CO, PO BOX 3246, WILLIAMSPORT, PA 17701

10925 GRUENEBERG, PATRICIA, 3430 CLEARWATER CT, SUGAR LAND, TX 77478

10925 GRUENEMEYER, PEGGY, 3388 GREENWICH DR, FAIRFIELD, OH 45014

10925 GRUENZEL, KENNETH LEE, 4928 N 28TH ST, MILWAUKEE, WI 53209-5517

10925 GRUEZO, JULIETANN, 4933 N. TRIPP, CHICAGO, IL 60630

10925 GRUHLER, MARTIN, 40 NORTH HIGHLAND AVE, AKRON, OH 44303-1108

10925 GRUIA, ALINA, 9503 PERCUSSION WAY, VIENNA, VA 22182

10925 GRUIA, ROBIN, 1508 PARK DRIVE, ROUND LAKE BEACH, IL 60073

10925 GRUJISIC, MICA, 140 RIVERPOINT, CLEMSON, SC 29631

10925 GRUMAN, MARIAN, 1446 STEVENSON CIR, HEWLETT, NY 11557

10925 GRUMBINE, JENNIFER, 237 BOWERS ST, JERSEY CITY, NJ 07307

10925 GRUMBINE, LEO, 648 HILLCREST BLVD., PHILLIPSBURG, NJ 08865

10925 GRUMBLE, B, 215 SAND BEACH BLVD #60, SHREVEPORT, LA 71105

10925 GRUMMAN AEROSPACE CORP, PO BOX 54, HICKSVILLE, NY 11802

10925 GRUMMAN AEROSPACE, PLANT 2, BETHPAGE, NY 11714

10925 GRUMMAN AEROSPACE, SUNRISE HWY, GREAT RIVER, NY 11739

10925 GRUNAU JLLERTSSEN GMBH, POSTFACH 10 63, JLLERTISSEN, 89251GERMANY    *VIA Deutsche Post*

10925 GRUND, JOAN, 25 LAFAYETTE DR, NEW CITY, NY 10956

10925 GRUNDMEIER, ARNOLD, 3309 4TH AVE, COUNCIL BLUFFS, IA 51101

10924 GRUNDY COMMUNITY CENTER, HWY 460, GRUNDY, VA 24614

10924 GRUNDY CONCRETE, 396N HWY 72, LOA, UT 84747

10924 GRUNDY CONCRETE, ATTN:  ACCOUNTS PAYABLE, LOA, UT 84747-0142

10924 GRUNDY INDUSTRIES INC., 1301 HERKIMOER STREET, JOLIET, IL 60432

10925 GRUNDY, REGINA, 1419 ESSEX AVE, LINDEN, NJ 07036

10925 GRUNSETH, JOHN, 3918 ST CROIX CIRCLE, GREEN BAY, WI 54301

10925 GRUNSTAD, VIRGINIA MAE, PO BOX 201, SKAMOKAWA, WA 98647-0201

10925 GRUNVALD, E R, 1238 LLANDWOOD AVE, RICHLAND, WA 99352-9402

10924 GRUNWALDT OPTICAL SERVICE, 11185 SW 113 TERRACE, MIAMI, FL 33176

10925 GRUPE-SQUAW VALLEY COMPANY LTD., MARIPOSA COMPANY - GEN COUNSEL, 3255 W. MARCH LANE, STOCKTON, CA 95219

10924 GRUPO INDUSTRIAL MORGAN, S.A. DE CV, 14202 TRANSPORTATION AVE., LAREDO, TX 78045

10925 GRUSKA, LEON, 11 CAMELIA COURT, LAWRENCEVILLE, NJ 08648

10925 GRUSLIN, JOSEPH, 466 HUNT ST APT. 411, CENTRAL FALLS, RI 02863

10925 GRUSMAN, GAYLE, 4250 S.ARVILLE ST. #308, LAS VEGAS, NV 89103

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  GRUSZNSKI, PAULA, 4767 S CTH P, DENMARK, WI 54208

10925  GRUSZNSKI, RONALD, COUNTY TRUNK P 4767, DENMARK, WI 54208

10924  GRUVER REDI MIX, 700 S. MCREE, GRUVER, TX 79040

10924  GRUVER REDI-MIX, PO BOX12, GRUVER, TX 79040

10925  GRYDER, JAMES, 293 NIXON ROAD, STATESVILLE, NC 28677

10924  GRYPHIN CO., INC., 3501 RICHMOND STREET, PHILADELPHIA, PA 19134

10924  GRYPHIN CO., INC., PO BOX 5910, PHILADELPHIA, PA 19137

10925  GRYSKE, THOMAS, 3997 ST FRANCIS PARK DR, GREEN BAY, WI 54313

10925  GRZESIK, DANIEL, 574 RICHMOND CIRCLE, LAKE ZURICH, IL 60047

10925  GRZESKOWIAK, KELLY, PO BOX 304, PULASKI, WI 54162

10925  GRZYBEK, TERESA, 6823 OWLS HEAD CT, BROOKLYN, NY 11220

10925  GRZYBOWSKI, EUGENE, 3158 WOODLAND RSV LN, GREEN BAY, WI 54313

10925  GRZYWINSKI, VERONICA, 1 BINDERS RIVER CT, PORT MURRAY, NJ 07865

10924  GSA NORTHEAST DISTRIBUTION CTR, 1900 RIVER RD EXPORT PACK SECTION, BURLINGTON, NJ 08016

10925  GSA RESOURCES, INC, PO BOX 509, CORTARO, AZ 85652

10924  GSA/ US DEPARTMENT OF AGRICULTURE, C/O SMC SERVICES, 6501 BEACON DRIVE, KANSAS CITY, MO 64133

10924  GSA/WESTERN DISTRIBUTION CENTER, ROUGH & READY ISLAND, STOCKTON, CA 95203

10924  GSA/WESTERN DISTRIBUTION CENTER, ROUGHT & READY ISLAND, STOCKTON, CA 95203-5000

10924  GSA-WDC OPERATING SUPPLIES, ROUGH & READY ISLAND  BLDG.312, STOCKTON, CA 95203

10924  GSA-WESTERN DISTRICT, ROUGH AND READY ISLAND, STOCKTON, CA 95203

10925  GSEA MONTANA, 1200 NW NAITO PKWY #220, PORTLAND, OR 97209

10925  GSEA MONTANA, 720 NORTH 30TH, BILLINGS, MT 59101

10924  GSH CASH TRANSFER ACCT., WR GRACE & CO., CAMBRIDGE, MA 02140

10925  GSI COMPUTER SERVICES, INC, PO BOX 1926, BRANSON, MO 65615-1926

10925  GSI SATIN CARGO SYSTEMS, 144-30 157TH ST, JAMAICA, NY 11434

10925  GSI TRAINING SERVICES INC, PO BOX 955, POINT LOOKOUT, MO 65726

10924  G-SOURCE, 5322 SUMMIT LODGE DR, KATY, TX 77449

10925  G-SOURCE, PO BOX 6925, KATY, TX 77491-6925

10925  G-SQUARED ENGINEERED PRODUCTS, PO BOX 15232, BATON ROUGE, LA 70895

10925  GST INDUSTRIES INC, 16692 BURKE LANE, HUNTINGTON BEACH, CA 92647

10925  GSX CHEMICAL SERVICES OF OHIO INC, LAIDLAW ENV SERVICES INC, ATTN: BARBARA J, 220 OUTLET POINTE BLVD, PO BOX 210799, COLUMBIA, SC 29221

10925  GT MICHELLI CO, INC, 130 BROOKHOLLOW, HARAHAN, LA 70123

10925  GT WIRELESS, 1901 MILAM, HOUSTON, TX 77002

10924  GTE - SUPPLY POMONA NLC, 2849 FICUS STREET, POMONA, CA 91766

10924  GTE - SUPPLY WESTFIELD NLC, 910 EAST 169TH STREET, WESTFIELD, IN 46074

10924  GTE BUILDING, RIP CONSTRUCTION, LONG BEACH, CA 90801

10925  GTE CORP, JACQUE MCCORMICK CHARLES R LEE CHM, 1255 CORPORATE DR, IRVING, TX 75038

10925  GTE CORP, JACQUE MCCORMICK DIR OF ENV AF, 700 HIDDEN RIDGE (HQW01J05), IRVING, TX 75038

10925  GTE CORPORATION, HARTER SECREST & EMERY, CRAIG A. SLATER AND ANGELA DEMERLE, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293

10924  GTE HAWAIIAN TEL INCORPORATED, P.O BOX 27230, SAN ANGELO, TX 76902-7230

10924  GTE HIDD1 HAWAIIAN TEL, 1021 KIKOWAENA PL, HONOLULU, HI 96819

10925  GTE INFORMATION SERVICES INC., 1115 S.BOYLE AVE, LOS ANGELES, CA 90023

10925  GTE MOBILNET - BAES NORTH, 303 WELLS FARGO #6, HOUSTON, TX 77090

10925  GTE MOBILNET, PO BOX 630024, DALLAS, TX 75263

10925  GTE NORTH INC, HINSHAW & CULBERTSON DAVID C MCCOR, 100 EAST WI AVE, SUITE 2600, MILWAUKEE, WI 53202-4115

10925  GTE NORTHWEST, INC, PAYMENT PROCESSING, INGLEWOOD, CA 90313-0001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GTE OPERATIONS SUPPORT INCORPORATED, ALVIN E LUDWIG VP - CONTROLLER, 1255 CORPORATE DR, IRVING, TX 75038

10925   GTE PRODUCTS CORP GTE SYLVANIA INC, HARTER SECREST & EMERY, ANGELA M DEMERKE, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293

10925   GTE PRODUCTS CORP, OFFICE OF GEN COUN, GTE SERVICE CORP, ONE STAMFORD FORUM, STAMFORD, CT 06904

10925   GTE PRODUCTS CORPORATION, HARTER SECREST & EMERY, CRAIG A. SLATER AND ANGELA DEMERLE, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293

10924   GTE SC MYRTLE BEACH SUPPLY 9SE, 1900 10TH AVENUE NORTH, MYRTLE BEACH, SC 29577-5624

10925   GTE SOUTH, PO BOX 31122, TAMPA, FL 33631-3122

10925   GTE SOUTHWEST, PO BOX 920041, DALLAS, TX 75392-0041

10924   GTE SUPPLY SUWANEE NLC, 3000 SHAWNEE RIDGE COURT, SUWANEE, GA 30024

10924   GTE SUPPLY, 2850 S. TOWNE AVENUE, POMONA, CA 91766

10924   GTE SUPPLY, 8800 ADAMO DRIVE, TAMPA, FL 33619

10924   GTE SUPPLY, PO BOX 169001, IRVING, TX 75016-9001

10924   GTE SUPPLY, PO BOX 169770, DALLAS, TX 75261

10924   GTE SUPPLY, PO BOX 27302, SAN ANGELO, TX 76902-7302

10924   GTE SUPPLY, PO BOX 619770, DALLAS, TX 75261

10925   GTE SYLVANIA INCORPORATED, HARTER SECREST & EMERY, CRAIG A. SLATER AND ANGELA DEMERLE, 12 FOUNTAIN PLAZA STE 400, BUFFALO, NY 14202-2293

10925   GTE SYLVANIA, 1231 A AVE NORTH, SEYMOUR, IN 47274

10925   GTE SYLVANIA, 700 B AVE, SEYMOUR, IN 47274

10925   GTE WIRELESS, 100 GLENBOROUGH SUITE 700, HOUSTON, TX 77067

10925   GTE WIRELESS, 303 WELLS FARGO SUITE,B6, HOUSTON, TX 77090

10925   GTE WIRELESS, PO BOX 23463, CHATTANOOGA, TN 37422

10925   GTE WIRELESS, PO BOX 630021, DALLAS, TX 75263-0021

10925   GTE WIRELESS, PO BOX 630023, DALLAS, TX 75263-0023

10924   GTE, VIOLA INC., OXNARD, CA 93030

10925   GTECH, 1372 MAIN ST, COVENTRY, RI 02816

10925   GTECH, 55 TECHNOLOGY WAY, ANTHONY, RI 02816

10925   GTER WIRELESS BUSINESS SOUTHWEST, 100 GLENBOROUGH SUITE 700, HOUSTON, TX 77067

10924   GTE-SUPPLY HAWAIIAN TEL YARD, 1021 KIKOWAENA PLACE, HONOLULU, HI 96819

10924   GTL EAST VERTICAL CIRCLE CTR C/O CB, MINNEAPOLIS/ST. PAUL AIRPORT, SAINT PAUL, MN 55111

10925   GTR MANUFACTURING, ONE JONATHAN DR, BROCKTON, MA 02301-5549

10924   GTS DRYWALL SUPPLY CO., 1524 MARKET STREET, KIRKLAND, WA 98033

10924   GTS DRYWALL, 10858 117TH PLANCE NE, KIRKLAND, WA 98033

10924   GTS DRYWALL, 1524 MARKET ST., KIRKLAND, WA 98033

10925   GTS DURATEK, 628 GALLAHER RD., KINGSTON, TN 37763

10925   GTS DURATEK, PO BOX 8538-712, PHILADELPHIA, PA 19171-0712

10924   GTS OREGON INC., 520 S WEST 6TH AVE, PORTLAND, OR 97204

10924   GTS TELECOM INC., 3220 N. THIRD ST., PHOENIX, AZ 82012

10925   GUADAGNO, IRIS, 2528 N W 49TH TERR, COCONUT CREEK, FL 33063

10924   GUADALAJARA IMPORTS, 1220 W ALAMEDA, TEMPE, AZ 85281

10924   GUADALUPE CITY CORRECTIONAL FAC, S HWY 54 EXIT 3B, SANTA ROSA, NM 88435

10925   GUADALUPE, ALEXANDER, CALLE # 5 # 218 RAMON T COLON, TRUJILLO ALTO, PR 00977

10925   GUADALUPE, EVERETT, 1100 JEFFERSON, ALICE, TX 78332

10925   GUADALUPE, MARICELLI, #100 SALUD ST, PONCE, PR 00731

10925   GUADIZ, SAMUEL, 79-16 31 AVE, JACKSON HTS, NY 11370

10925   GUAJARDO, ANTHONY, 1101 ROPER MTN RD 304, GREENVILLE, SC 29615

10925   GUANA, GEORGE, 12231 N 21ST AVE, 2, PHOENIX, AZ 85029

10925   GUANCI, GEORGE, 30 EAST ST, SUDBURY, MA 01776

10925   GUANCI, MARY, 1216 MASTERS ROW, CHESAPEAKE, VA 23320

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GUANICA CANIBE LAND DEVELOPMENT COR, EDWIN R CRUZ OF ONEILL & BORGES, 250 MUNOZ RIVERA AVE (HATO REY), 8TH FL AMERICAN INTL PLAZA, SAN JUAN, PR 00918

10925   GUANICA-CARIBE LAND DEVMENT CORP, 7500 GRACE DR, COLUMBIA, MD 21044

10925   GUARALDI JR, LEONARD A, BOX 741, GRAFTON, NH 03240-0000

10924   GUARANTEE ELECTRIC, 16501 SHELL POINT DRIVE, FORT MYERS, FL 33912

10925   GUARANTEED AIR FREIGHT & FORWARDING, POBOX 790099, ST LOUIS, MO 63179-0099

10925   GUARANTEED EXPRESS, INC, 8150 BROOKRIVER, DALLAS, TX 75247

10925   GUARANTEED SUBPOENA SERVICE, I, PO BOX 2248, UNION, NJ 07083

10924   GUARANTEED SUPPLY CO, 1418 CASTLE HAYNE ROAD, WILMINGTON, NC 28401

10924   GUARANTEED SUPPLY FIREPROOFING, 3401 RENO AVENUE, CHARLOTTE, NC 28216

10924   GUARANTEED SUPPLY, 1211 ROTHERWOOD RD, GREENSBORO, NC 27416

10924   GUARANTEED SUPPLY, 1211 ROTHERWOOD ROAD, GREENSBORO, NC 27416

10924   GUARANTEED SUPPLY, 1421 DIGGS DRIVE, RALEIGH, NC 27603

10924   GUARANTEED SUPPLY, 3401 RENO AVENUE, CHARLOTTE, NC 28216

10924   GUARANTEED SUPPLY, 624 C. SUNSET BLVD., WEST COLUMBIA, SC 29169

10924   GUARANTEED SUPPLY, 7000B PELHAM ROAD, GREENVILLE, SC 29615

10924   GUARANTEED SUPPLY, P O BOX 36030, GREENSBORO, NC 27416

10925   GUARDADO, LUIS, 1324 KENYON ST #1, WASHINGTON, DC 20010

10925   GUARDADO, ORLANDO, 1324 KENYON ST NW #1, WASHINGTON, DC 20010

10924   GUARDIAN CONCRETE INC, 2140 MAXON ROAD, SCHENECTADY, NY 12308

10924   GUARDIAN CONCRETE, INC., 2140 MAXON RD., SCHENECTADY, NY 12308

10925   GUARDIAN ELECTRONIC SECURITY, PO BOX 13966, SAN JUAN, PR 00908-3966

10925   GUARDIAN FENCE CO INC, 180 WRIGHT ST, NEWARK, NJ 07114

10925   GUARDIAN GARAGES CORP, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036

10924   GUARDIAN INDUSTRIES, 1485 EAST CURTIS, REEDLEY, CA 93654-9314

10924   GUARDIAN MECHANICAL SERVICES, 1104 WILSO DRIVE, BALTIMORE, MD 21223

10925   GUARDIAN PROTECTION SYS., PO BOX 4776, CHATTANOOGA, TN 37405-0776

10924   GUARDIAN SYSTEMS, INC., 305 ASHVILLE ROAD, LEEDS, AL 35094-1406

10924   GUARDIAN SYSTEMS, INC., PO BOX 190, LEEDS, AL 35094-0190

10925   GUARDLINE INC., 215-217 S. LOUISE, PO BOX 1030, ATLANTA, TX 75551-1030

10925   GUARDRAILS, ETC, INC, 4010 N. POINT BLVD., BALTIMORE, MD 21222

10925   GUARDSMAN PRODUCTS, 411 N. DARLING ST., FREMONT, MI 49412

10925   GUARIN, LINA, 76 JAMES ST, ENGLEWOOD, NJ 07631

10925   GUARINI, JOSEPH, 971 EAST 34TH ST APT. 2A, BROOKLYN, NY 11210-3357

10925   GUARINO, FRANK J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   GUARINO, FRANK, 11 WILSON ST, MEDFORD, MA 02155

10925   GUARINO, PATRICK J, 599 LEXINGTON AVE 32ND FL, NEW YORK, NY 10022

10925   GUARNOTTA, ROBERT, 1600 LEITCHFIELD RD, OWENSBORO, KY 42303

10925   GUARNOTTA, ROBERT, 4560 INDIAN CREEK, OWENSBORO, KY 42303

10925   GUAY, CLAIRE, 11 AMHERST ROAD, MERRIMACK, NH 03054

10925   GUAY, MICHAEL, 146 PINE ST, NASHUA, NH 03060

10925   GUAY, ROGER, 26 ROSEWOOD AVE., LEWISTON, ME 04240

10925   GUBNITSKY, MITCHELL, 2508 S.E., PT.ST. LUCIE, FL 34952

10924   GUCCI, 54TH STREET AND 5TH AVE, NEW YORK, NY 10019

10925   GUDELY, LORI, 8222 MAPLELEAF COURT, SPRINGFIELD, VA 22153

10925   GUDEMAN, ROGER, 100 EAST SHEFFORD ST, GREER, SC 29650

10925   GUDERIAN, CHARLES, 1804 CASCO ST, LAKELAND, FL 33801-2303

10925   GUDERIAN, OLIN, 842 LAFAYETTE, LAKELAND, FL 33805-3740

10925   GUDERIAN, P, PO BOX 3215, LAKELAND, FL 33802

10925   GUDGEL, DAVID, #3 CALADE LANE, KEOKUK, IA 52632

10925   GUDKESE, SUE, 13711 STATE ROAD 31, MEMPHIS, IN 47143-9738

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GUDZ, GEORGE, 261 ROCKRIDGE PINE LAKES, PRESCOTT, AZ 86301-9998 | |
| 10925 | GUEBERT, JUDITH, RT. 1, STEELEVILLE, IL 62288 | |
| 10925 | GUEDRY, NATHAN, ROUTE 1 BOX 46, KINDER, LA 70648-9603 | |
| 10925 | GUEL, MARGARITA, 102 SOLAR DR, MISSION, TX 78572 | |
| 10925 | GUELFI, JOHN, 25 ELLIOTT ST, NEWTON, MA 02161 | |
| 10925 | GUELLA KARION DRAGON, 539 WEBSTER ST, NEW ORLEANS, LA 70118-5750 | |
| 10925 | GUENARD, JAMES, 21 TRACK RD, READING, MA 01867 | |
| 10925 | GUENTHER, CHARLES, 138 LEA ANNE DRIVE, JACKSON, MO 63755 | |
| 10925 | GUENTHER, MARCUS, 35 OSGOOD ST, SOMERVILLE, MA 02143 | |
| 10925 | GUENTHER, WOLFGANG, CASE POSTALE 70, LES DIABLERETS, 1865SWITZERLAND | *VIA Deutsche Post* |
| 10925 | GUERBER, MICHAEL, 5079 ROCHESTER, MARRERO, LA 70072 | |
| 10925 | GUERCIO, JAMES, 14661 RED LION DRIVE, WOODBINE, MD 21797 | |
| 10925 | GUERCIO, JAMES, 414 SPALDING COURT, WESTMINSTER, MD 21158 | |
| 10925 | GUERECA, JOE, 210 THOMPSON CIRCLE, STAFFORD, TX 77477 | |
| 10925 | GUERIN, ANNE, 350 65TH ST APT 25K, BROOKLYN, NY 11220-4948 | |
| 10925 | GUERIN, RAYMOND, 669 SANDMILL ROAD, CHESHIRE, MA 01225 | |
| 10925 | GUERINO II, ANTHONY, GARDERE, WYNNE, & SEWELL, WELLS FARGO PLAZA 1000 LOUISANA #4300, OKLAHOMA CITY, OK 73102 | |
| 10925 | GUERNDT, JR, ROBERT, 2106 MARSH ROAD, BALTIMORE, MD 21221 | |
| 10925 | GUERNSEY OFFICE PRODUCTS, 4311 WALNEY ROAD, CHANTILLY, VA 20151 | |
| 10924 | GUERNSEY STONE & CONST, P.O.BOX 1800, RAWLINS, WY 82301 | |
| 10924 | GUERNSEY STONE & CONSTRUCTION, 3542 WAGON CIRCLE ROAD, RAWLINS, WY 82301 | |
| 10924 | GUERNSEY STONE & CONSTRUCTION, POST OFFICE BOX 1800, RAWLINS, WY 82301 | |
| 10925 | GUERRA DEAN, SANDRA, 14 VISTA DRIVE, LINCOLN, RI 02865 | |
| 10924 | GUERRA PAINT & PIGMENT COMPANY, 510 EAST 13TH STREET, NEW YORK, NY 10009 | |
| 10925 | GUERRA, AMALIA, 8415 SW 107TH AVE #204W, MIAMI, FL 33173 | |
| 10925 | GUERRA, ARLINE, 78 TEMPLE AVE #14, HACKENSACK, NJ 07601 | |
| 10925 | GUERRA, DANIEL, 509 WASHINGTON, ROBSTOWN, TX 78380 | |
| 10925 | GUERRA, DAVID, 5219 RIDGELINE DR., BROWNSVILLE, TX 78520 | |
| 10925 | GUERRA, DEBBIE, 706 JIM WELLS, ALICE, TX 78332 | |
| 10925 | GUERRA, ERNESTO, 4500 MIRA LOMA DRIVE, 152, RENO, NV 89502 | |
| 10925 | GUERRA, GASPAR, 8903 LOS EBANOS, PHARR, TX 78577 | |
| 10925 | GUERRA, JESSICA, 306 OLD ROBSTOWN RD, CORPUS CHRISTI, TX 78408 | |
| 10925 | GUERRA, JOANNE, 1001 N WATER ST, CORPUS CHRISTI, TX 78401 | |
| 10925 | GUERRA, JOVITA, 6620 SOUTH 33RD ST, MCALLEN, TX 78503 | |
| 10925 | GUERRA, LAZARO, 315NW 165 AVE., PEMBROKE PINES, FL 33028 | |
| 10925 | GUERRA, LORENZO, 303 W. ASH, LAREDO, TX 78040 | |
| 10925 | GUERRA, MARIA, 902 RANKIN ST., MISSION, TX 78572 | |
| 10925 | GUERRA, MARTIN, RT. 10 BOX 946-B, MISSION, TX 78572 | |
| 10925 | GUERRA, RENE, 2732 W. 54 ST., HIALEAH, FL 33016 | |
| 10925 | GUERRA, RICHARD, 10280 WINDMILL, HOUSTON, TX 77075 | |
| 10925 | GUERRA, ROSE, 1028 ST. MARY, ALICE, TX 78332 | |
| 10925 | GUERRA, SALVADOR, 5819 S. NEW ENGLAND, CHICAGO, IL 60638 | |
| 10925 | GUERRA, SAMUEL, 2139 N AUSTIN ST, PEARLAND, TX 77581 | |
| 10925 | GUERRA, SELMA, 24 CASTLETON ST, JAMAICA PLAIN, MA 02130 | |
| 10925 | GUERRA, YOLANDA, 804 HAMMOND, SAN ANTONIO, TX 78210 | |
| 10925 | GUERRERO JR, CARLOS, 910 SUNSET DR. #86, ALICE, TX 78332 | |
| 10924 | GUERRERO READY MIX, PO BOX1623, EL CAMPO, TX 77437 | |
| 10925 | GUERRERO, BENITO, 3550 GRAND LAKE, KENNER, LA 70065 | |
| 10925 | GUERRERO, CARMEN, 1327 BEACON RIDGE #1411, CHARLOTTE, NC 28210 | |
| 10925 | GUERRERO, CESAR, PO BOX 297, FALFURRIAS, TX 78355 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GUERRERO, CYNTHIA, 1305 MCCAULEY, SAN ANTONIO, TX 78224

10925   GUERRERO, ERIKA, 250 S VAN DORN ST #N404, ALEXANDRIA, VA 22304

10925   GUERRERO, GERARDO, 1917 HARVEY, MCALLEN, TX 78501

10925   GUERRERO, HARVEY, 4835 BARNETT RD APT #115, WICHITA FALLS, TX 76310

10925   GUERRERO, HOMERO, 403 BELLA VISTA, HEBBRONVILLE, TX 78361

10925   GUERRERO, ISIDRO, 3370 BROOKSHEAR CIR, AUBURN HILLS, MI 48326

10925   GUERRERO, JAIME, 316 S 25TH, DONNA, TX 78537

10925   GUERRERO, JEFF, 330 SOUTH VAN AVE - SPACE #15, HOUMA, LA 70363

10925   GUERRERO, JESUS, 2505 LEE AVE, FT WORTH, TX 76106

10925   GUERRERO, JOSE, 5013 FLORENCIA AVE, BROWNSVILLE, TX 78520

10925   GUERRERO, JUDY, 701 LINCOLN ST, READING, PA 19601

10925   GUERRERO, LYNDA, 1919 CREEK HILL, SAN ANTONIO, TX 78259

10925   GUERRERO, LYNN, 5728 W. ALTADENA AVE, GLENDALE, AZ 85304

10925   GUERRERO, MARIA, 1009 NW 16TH ST, FT WORTH, TX 76106

10925   GUERRERO, O, 13259 EMILY APT 122, DALLAS, TX 75240

10925   GUERRERO, PAUL, 2912 BOREN, WICHITA FALLS, TX 76308

10925   GUERRERO, RIC, 5138 S MAJOR, CHICAGO, IL 60638

10925   GUERRERO, RICARDO, 5138 S MAJOR, CHICAGO, IL 60638

10925   GUERRERO, TERESITA, 322 SAIPAN PLACE, SAN ANTONIO, TX 78221

10925   GUERRERO-OCHOA, RAFAEL, 5728 W ALTADENA AVE., GLENDALE, AZ 85304

10925   GUERRIERO, LINDA, 44 WOODLAWN ST, LYNN, MA 01905

10925   GUERRIERO, MARY, 196-73 73 AVE, APT 2, FRESH MEADOWS, NY 11366

10925   GUERRIERO, MARY, 196-73 73 AVE, FRESH MEADOWS, NY 11366

10925   GUERRILLA GROUP, THE, 947 WALNUT ST, BOULDER, CO 80302

10925   GUERRO, SANDRA, 4880 WEST 137TH ST, HAWTHORNE, CA 90250

10925   GUESS, ALAN, PO BOX 366, DENMARK, SC 29042

10925   GUEST QUARTERS SUITE, 550 WINTER ST, WALTHAM, MA 02154

10925   GUEST, JOAN, 3486 GODSPEED RD, DAVIDOSNVILLE, MD 21035

10925   GUEVARA, ALBERTO, 3928 W. 104TH ST., INGELWOOD, CA 90303

10925   GUEVARA, ALMA, 600 SUNRISE COURT, FORT WORTH, TX 76120

10925   GUEVARA, ALONZO, 726 E AVE A, KINGVILLE, TX 78363

10925   GUEVARA, ANDREW, 111 EAST 8TH ST, CLIFTON, NJ 07011

10925   GUEVARA, BENJAMIN, 2109 FLETCHER ST, HOUSTON, TX 77009

10925   GUEVARA, BENJAMIN, 2109 FLETCHER ST., HOUSTON, TX 77009

10925   GUEVARA, MANUEL, 5601 KILPATRICK, FORT WORTH, TX 76107

10925   GUEVARA, MARILYN, VIA 60 3CS #18, CAROLINA, PR 00988

10925   GUEVARA, RAUAL, 6620 S 33RD ST, MCALLEN, TX 78503

10925   GUFFEY, DAVID, 23 THIRD ST, AUBURN, GA 30011

10925   GUFFEY, DEANA, 3653 CHANTREY #7, MEMPHIS, TN 38128

10925   GUFFY, MARIA, PO BOX 55 POST OFFICE BOX 55, TATAMY, PA 18085

10925   GUGEL, BARBARA S, 8004 NOB HILL DR, FT THOMAS, KY 41075-1493

10925   GUGERTY, JILL, 10396 BACCUS COURT, SAN DIEGO, CA 92126-0000

10925   GUGGINO, LORI, 351 CAMBRIDGE DRIVE, RAMSEY, NJ 07446

10925   GUGLIETTA, GLENN, 13316 FOLLY QUARTER, ELLICOTT CITY, MD 21042

10925   GUGLIETTA, GLENN, 7500 GRACE DR., COLUMBIA, MD 21044

10925   GUGLIOTTA, ANTHONY, 2133 HICKORY SPRINGS, JOHNSON CITY, TN 37601

10925   GUGLIUZZA, DAWN, 2208 CLOVILLE AVE, BALTIMORE, MD 21214

10925   GUIA, BARBARO, 8733 E. MISSION, ROSEMEAD, CA 91770

10924   GUIDANT/CPI, 4100 HOMELINE AVE., N, SAINT PAUL, MN 55112

10925   GUIDARELLI, LOUIS, 1085 BALD EAGLE DRIVE, MARCO ISLAND, FL 34145

10924   GUIDE DOGS FOR THE BLIND JOBSITE, 32900 SE KELSO ROAD, BORING, OR 97009

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GUIDE SERVICE OF WA, INC, 733 15TH ST., NW, WASHINGTON, DC 20005 | |
| 10925 | GUIDO, SHARON, 39 ALCREST AVE, BUDD LAKE, NJ 07828 | |
| 10925 | GUIDROZ, JR, JOSEPH, RT. 1, 319 BELLE VUE SUB, LOCKPORT, LA 70374 | |
| 10925 | GUIDROZ, MELVIN, 119 E. 39TH. ST, CUT OFF, LA 70345 | |
| 10925 | GUIDROZ, ROBERT, 236 VALERIE ST, LOCKPORT, LA 70374 | |
| 10925 | GUIDROZ, RODNEY, 809 CANAL ST, LOCKPORT, LA 70374 | |
| 10925 | GUIDROZ,JR, MELVIN, 200 EAST 38TH ST, CUT OFF, LA 70345 | |
| 10925 | GUIDRY JR, GILBERT, 123 COLLINS DR, CARENCRO, LA 70520 | |
| 10925 | GUIDRY LAW FIRM, 3323 CHURCH ST, PO BOX 187, SLAUGHTER, LA 70777 | |
| 10925 | GUIDRY, AARON, 716 WAYNEWOOD DRIVE, LAKE CHARLES, LA 70611 | |
| 10925 | GUIDRY, ANDY, 211-A WEST 177 ST., GALLIANO, LA 70354 | |
| 10925 | GUIDRY, BRYAN, 113 W. 192 ND ST, GALLIANO, LA 70354 | |
| 10925 | GUIDRY, CLIFFORD, PO BOX 1621, CROWLEY, LA 70527 | |
| 10925 | GUIDRY, DEAN, PO BOX 3917, HOUMA, LA 70360 | |
| 10925 | GUIDRY, DONALD, 111 DINETTE, DUSON, LA 70529 | |
| 10925 | GUIDRY, DONALD, 160 MAGNOLIA ST, RACELAND, LA 70394 | |
| 10925 | GUIDRY, GARY, RT. 1, BOX 34, BELL CITY, LA 70630 | |
| 10925 | GUIDRY, GILBERT, PO BOX 886, PORT SULPHUR, LA 70083 | |
| 10925 | GUIDRY, GLENN, 165 BRIEN ST., HOUMA, LA 70364 | |
| 10925 | GUIDRY, HANSON, 5413 HWY 182, OPELOUS, LA 70570 | |
| 10925 | GUIDRY, JAMES R, 730 URBAN ST., SULPHUR, LA 70663 | |
| 10925 | GUIDRY, JAMES, 730 URBAN ST, SULPHUR, LA 70663 | |
| 10925 | GUIDRY, JR, GEORGE, RT. 2 BOX 47, DUSON, LA 70529 | |
| 10925 | GUIDRY, KENNETH, 103 EAST 101 ST, CUT OFF, LA 70345 | |
| 10925 | GUIDRY, KERMIT, 215 UNIVERSITY DR., LAKE CHARLES, LA 70605 | |
| 10925 | GUIDRY, LEROY, RT. 1, BOX 143, OBERLIN, LA 70655 | |
| 10925 | GUIDRY, LISA C, 1086 GOODRICH RD., SULPHUR, LA 70665 | |
| 10925 | GUIDRY, LISA, 1086 GOODRICH ROAD, SULPHUR, LA 70665 | |
| 10925 | GUIDRY, LONNIE, PO BOX 10, RACELAND, LA 70394 | |
| 10925 | GUIDRY, MANNA, 2301 17TH ST, LAKE CHARLES, LA 70601 | |
| 10925 | GUIDRY, MARDY, PO BOX 91, LOCKPORT, LA 70374 | |
| 10925 | GUIDRY, MARTIN, 2901 BAYOU DULARGE RD, THERIOT, LA 70397 | |
| 10925 | GUIDRY, MICHAEL, 125 EAST 156TH ST, GALLIANO, LA 70354 | |
| 10925 | GUIDRY, NOLAN, 112 RADCLIFF DR, LAFAYETTE, LA 70501 | |
| 10925 | GUIDRY, RANDY, 129 NORTH SERVICE ROAD, RACELAND, LA 70394 | |
| 10925 | GUIDRY, RANDY, 3254 LITTLE BAYOU BLACK RD., HOUMA, LA 70360 | |
| 10925 | GUIDRY, ROBERT, PO BOX 124, GUEYDAN, LA 70542 | |
| 10925 | GUIDRY, ROBISON, PO BOX 517, GRAND ISLE, LA 70358 | |
| 10925 | GUIDRY, ROGER, RT. 3, BOX 445, CUT OFF, LA 70345 | |
| 10925 | GUIDRY, RONALD, ROUTE 1, BOX 330-A, GUEYDAN, LA 70542 | |
| 10925 | GUIDRY, RUSS, 1477 MONTERREY BLVD, BATON ROUGE, LA 70815 | |
| 10924 | GUIGNARD BRICK CO., HWY. 1 BRICKYARD ROAD, LEXINGTON, SC 29072 | |
| 10925 | GUIJARRO, ROBERT, 29 SYCAMORE DRIVE, HAZLET, NJ 07730 | |
| 10925 | GUILBEAU, RENE, PO BOX 47, TYLERTOWN, MS 39667 | |
| 10925 | GUILBEAU, THELMA, 110 ESTELLE DRIVE, CARENCRO, LA 70520 | |
| 10925 | GUILBEAU, TRACIE E, 4501 W. PRIEN LAKE RD., LAKE CHARLES, LA 70605 | |
| 10925 | GUILBEAU, TRACIE, 4501 W PRIEN LAKE RD, LAKE CHARLES, LA 70605 | |
| 10925 | GUILBEAULT, ALICE, 19 KIMBERLY DRIVE, 34, MERRIMACK, NH 03054 | |
| 10924 | GUILD ASSOCIATES, 5750 SHIER-RINGS ROAD, DUBLIN, OH 43016 | |
| 10924 | GUILD ASSOCIATES, INC., 5022 CAMPBELL BLVD., J, NOTTINGHAM, MD 21236 | |
| 10925 | GUILD CONTRACTING SPECIALTIES INC., 21 MCCURDY AVE, DARTMOUTH, NS B3B 1C4CANADA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | GUILD TECHNOLOGIES, 11322 LIMESTONE, BALCH SPRINGS, TX 75180 | |
| 10924 | GUILD TECHNOLOGOES, 11322 LIMESONE, BALCH SPRINGS, TX 75180 | |
| 10925 | GUILEY, ELWYN, 1435 ENGLEWOOD, ODESSA, TX 79761 | |
| 10924 | GUILFORD COLLEGE, 5800 WEST FREINDLY AVE., GREENSBORO, NC 27410 | |
| 10924 | GUILFORD TECH JOB, 601 HIGHPOINT RD, JAMESTOWN, NC 27282 | |
| 10925 | GUILFOYLE, MAUREEN, 26 GRANEY COURT, PEARL RIVER, NY 10965 | |
| 10925 | GUILINGER, JAMES M, 511 WEST CEDAR, OLATHE, KS 66061 | |
| 10925 | GUILLAUME, VALECE, 371 LAKE ST, 402, NEWARK, NJ 07107 | |
| 10925 | GUILLEN, KENNETH, 4203 CITATION PLACE, LITHONIA, GA 30058-4036 | |
| 10925 | GUILLEN, ROSS, 9301 W 53RD ST, MERRIAM, KS 66203 | |
| 10925 | GUILLEN, THERESA, 5235 GLEN RIDGE, SAN ANTONIO, TX 78229 | |
| 10925 | GUILLERMO, MYRA, 1911 CALIFORNIA, BAKERSFIELD, CA 93304 | |
| 10925 | GUILLET, DOMINIQUE, 3113 CORLEAR DR, BALDWINSVILLE, NY 13027 | |
| 10924 | GUILLEVIN INTERNATIONAL INC., 2770 BENTALL ST., VANCOUVER, BC V5M 4H4TORONTO | *VIA Deutsche Post* |
| 10924 | GUILLEVIN INTERNATIONAL INC., 4220-A BLACKFOOT TRAIL SE, CALGARY, AB T2G 4E6TORONTO | *VIA Deutsche Post* |
| 10924 | GUILLEVIN INTERNATIONAL, C.P/P.O. BOX 800, ANJOU, QC H1K 4H2TORONTO | *VIA Deutsche Post* |
| 10925 | GUILLIOD, BERNARD, 5450 SW 77 CIR LANE, MIAMI, FL 33193 | |
| 10925 | GUILLORY & MCCALL, 901 LAKESHORE DR. STE 836, LAKE CHARLES, LA 70602 | |
| 10925 | GUILLORY FARM, 8314 OLD HECKER ROAD, IOWA, LA 70647 | |
| 10925 | GUILLORY JR., THOMAS, 122 SOUTH BELL DR., WEST TEXAS CITY, TX 77591 | |
| 10925 | GUILLORY, ALBERT, 1204 A 10TH ST, MAMOU, LA 70554 | |
| 10925 | GUILLORY, JR, MACK, RT. 2, BOX 601, MAMOU, LA 70554 | |
| 10925 | GUILLORY, KATHRYN, 35322 ERNEST STILLEY, INDEPENDENCE, LA 70443 | |
| 10925 | GUILLORY, LARRY, 708 N. LAKE COURT DR., LAKE CHARLES, LA 70605 | |
| 10925 | GUILLORY, LESLIE, PO BOX 1205, OPELOUSAS, LA 70571 | |
| 10925 | GUILLORY, MARK, 315 AMESBURY DRIVE, LAFAYETTE, LA 70507 | |
| 10925 | GUILLORY, MURPHY, 1912 HWY. 3043, OPELOUSAS, LA 70570 | |
| 10925 | GUILLORY, NOLTON A, 713 RIEGEL ST., LAKE CHARLES, LA 70605 | |
| 10925 | GUILLORY, NOLTON, 713 RIEGEL ST, LAKE CHARLES, LA 70607 | |
| 10925 | GUILLORY, REBECCA, CBS TRL. PARK #75, OPELOUSAS, LA 70570 | |
| 10925 | GUILLORY, RICHARD, PO BOX 7392, LAWTON, OK 73506 | |
| 10925 | GUILLORY, ROBERT, PO BOX 502, BASILE, LA 70515 | |
| 10925 | GUILLORY, ROYCE, 8536 REGIMENT DRIVE, CHALAMETTE, LA 70043 | |
| 10925 | GUILLORY, VIRGINIA, 110 JIMMY ST, BASILE, LA 70515 | |
| 10925 | GUILLOT, AMBER, 1031 B CIRCLE DRIVE, DOVER, DE 19901 | |
| 10925 | GUILLOT, PATRICIA, 1601 E 7TH ST, STUART, FL 34996 | |
| 10925 | GUILLOTT, WALTER, 7711 FRIARS COURT LANE, SPRING, TX 77379 | |
| 10925 | GUILLOTTE, JR, WARREN, 515 ASTOR PLACE DRIVE, NEW IBERIA, LA 70560 | |
| 10925 | GUIMOND, RUSSELL, 114 EAST ELLIS AVE., LIBERTYVILLE, IL 60048 | |
| 10925 | GUINARD, CATHERINE, 29 LENOX ROAD, PEABODY, MA 01960 | |
| 10925 | GUINCA, SCOTT, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | GUINEN, JAMES, N22 W24144B CLOISTER CIR, PEWAUKEE, WI 53072 | |
| 10925 | GUINEY, JANIS, 125 BAILEY ROAD, SOMERVILLE, MA 02145 | |
| 10925 | GUINN, CHERYL, 1003 HUNTERS CREEK, DESOTO, TX 75115 | |
| 10925 | GUINN, J, 16 LYNHURST DRIVE, GREENVILLE, SC 29611-5721 | |
| 10925 | GUINN, PAULA, PO BOX 556, NEW MARKET, TN 37820 | |
| 10925 | GUINN, RICHARD, 723 SUGAR PINE COURT, GREER, SC 29651 | |
| 10925 | GUINO-O, NANDRI, 2686 MURWORTH #809, HOUSTON, TX 77054 | |
| 10925 | GUITEREZ, JUAN, 43 CLINTON ST, NEW YORK, NY 10002 | |
| 10925 | GUITERREZ, T, 800 HUDSON LN, MONROE, LA 71201 | |
| 10925 | GUITHUES, WILLIAM, 4269 COLONY SQUARE, EVANS, GA 30809 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GUITRON, PABLO, 1619 SUMMIT ST, GARDEN CITY, KS 67846 | |
| 10925 | GUIX, BRIAN J, 4960 S 37TH ST, GREENFIELD, WI 53221-2529 | |
| 10924 | GUL TECHNOLOGIES SINGAPORE PTE LTD, 149-A GUL CIRCLE, SINGAPORE, 02262SGP | *VIA Deutsche Post* |
| 10925 | GULAMALI-MAJID, FIZZA, 67 STUART PL, WALDWICK, NJ 07463 | |
| 10925 | GULAS, PHYLLIS F, CUST FOR ERICA LYNN GULAS, UNIF GIFT MIN ACT NY, 72 THERESA COURT, WEST SENECA, NY 14224-4716 | |
| 10925 | GULBIN, JOE, 219 BASE HILL ROAD, KEENE, NH 03431 | |
| 10925 | GULBRANDSEN COMPANIES, PO BOX 651705, CHARLOTTE, PA 28265-1705 | |
| 10925 | GULBRANDSEN TECHNOLOGIES, INC, PO BOX 5523, CLINTON, NJ 08809 | |
| 10925 | GULBRANDSEN TECHNOLOGIES, INC, PO BOX 651705, PHILADELPHIA, PA 19178 | |
| 10925 | GULBRANDSEN TECHNOLOGIES, INC, PO BOX 8500-41005, PHILADELPHIA, PA 19178 | |
| 10925 | GULDAN, ELIZABETH, 245 LOUISE DR APT #8, WRIGHTSTOWN, WI 54180 | |
| 10925 | GULDAN, JOSEPH, 1263 ALICE DR, GREEN BAY, WI 54304 | |
| 10925 | GULF CHEMICAL & METALLURGICAL CORP., PO BOX 203082, HOUSTON, TX 77216-3082 | |
| 10925 | GULF CHEMICAL & METALLURGICAL CORP., PO BOX 2290, FREEPORT, TX 77541 | |
| 10925 | GULF CLOSURES WLL, PO BOX 27 15, MANAMA, | |
| 10924 | GULF COAST BLD MAT INC, 613 SCHOOL AVE, SARASOTA, FL 34237 | |
| 10924 | GULF COAST BUILDING MATERIALS, 613 SOUTH SCHOOL AVENUE, SARASOTA, FL 34237-7023 | |
| 10924 | GULF COAST BUILDING MATERIALS, CAMBRIDGE, MA 02140 | |
| 10924 | GULF COAST BUILDING MATERIALS, PO BOX3497, SARASOTA, FL 34230 | |
| 10925 | GULF COAST CARBIDE, 11872 DUNLAY, BATON ROUGE, LA 70809 | |
| 10925 | GULF COAST CARPETS, 5500 S. COMMON ST., LAKE CHARLES, LA 70607 | |
| 10924 | GULF COAST GRAVEL, 30765 OLD RIVER ROAD, DENHAM SPRINGS, LA 70726 | |
| 10924 | GULF COAST GRAVEL, INC., PO BOX358, DENHAM SPRINGS, LA 70727 | |
| 10925 | GULF COAST HOT SHOT SERVICE, PO BOX 720569, HOUSTON, TX 77272-0569 | |
| 10924 | GULF COAST INSULATION, PO BOX18100, CORPUS CHRISTI, TX 78480 | |
| 10925 | GULF COAST KENWORTH, 6855 N. LOOP 610 E, HOUSTON, TX 77028 | |
| 10924 | GULF COAST LUMBER, SR363, WOODVILLE, FL 32362 | |
| 10924 | GULF COAST MEDICAL CENTER, 13681 DOCTORS WAY, FORT MYERS, FL 33901 | |
| 10924 | GULF COAST PAINT MFG, 3006 MILL STREET, MOBILE, AL 36607 | |
| 10924 | GULF COAST PRE-STRESS INC, DRAWER D, PASS CHRISTIAN, MS 39571 | |
| 10924 | GULF COAST PRESTRESS INC., DRAWER D, PASS CHRISTIAN, MS 39571 | |
| 10924 | GULF COAST PRESTRESS INC., N. MARKET ST., PASS CHRISTIAN, MS 39571 | |
| 10925 | GULF COAST PRE-STRESS, PO DRAWER D, OASS CHRISTIAN, MS 39571 | |
| 10925 | GULF COAST PROPERTY ACQUISITION INC, 30403 COMMERCE DRIVE, SAN ANTONIO, FL 33576 | |
| 10925 | GULF COAST SCALES, INC, PO BOX 17077, LAKE CHARLES, LA 70616 | |
| 10925 | GULF COAST SEAL, INC, 6218 LONG DR., HOUSTON, TX 77087-3397 | |
| 10925 | GULF COAST SEAL, INC, PO BOX 1440, HOUSTON, TX 77251-1440 | |
| 10925 | GULF COAST TESTING LABORATORY, INC, 1205 NORTH TANCAHUA ST, CORPUS CHRISTI, TX 78401-1409 | |
| 10924 | GULF COMMUNICATION, 7528 PENNY ROAD, PANAMA CITY, FL 32404 | |
| 10924 | GULF CONCRETE, 10133 GOLDEN LANE, GULFPORT, MS 39504 | |
| 10924 | GULF CONCRETE, 106 S. BEECH STREET  P-3, PICAYUNE, MS 39466 | |
| 10924 | GULF CONCRETE, 941 MOTSIE, BILOXI, MS 39530 | |
| 10924 | GULF CONCRETE, HIGHWAY 603, BAY SAINT LOUIS, MS 39520 | |
| 10924 | GULF CONCRETE, P. O. BOX 3868, GULFPORT, MS 39505 | |
| 10924 | GULF CONCRETE, PO BOX 3868, GULFPORT, MS 39505 | |
| 10924 | GULF CONCRETE, ROAD G AT PORT BIENVILLE, PEARLINGTON, MS 39572 | |
| 10925 | GULF ENGINEERING CORPORATION, 615 HILL ST, JEFFERSON, LA 70121-1000 | |
| 10925 | GULF GREAT LAKES PKG. CORP., 1100 MARYLAND AVE, DOLTON, IL 60419 | |
| 10925 | GULF MACHINE SHOP, PO BOX 16779, LAKE CHARLES, LA 70616 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   GULF OIL CORP, 1301 WIGMORE RD, JACKSONVILLE, FL 32206-1561

10925   GULF OIL CORPORATION, PO BOX 41592, PHILADELPHIA, PA 19162-0035

10925   GULF PACIFIC AMERICA INC., MAR-GULF MANAGEMENT CO., GEN COUNSEL, 7083 HOLLYWOOD BLVD., SUITE 304, LOS ANGELES, CA 90028

10925   GULF PACIFIC AMERICA, INC, 7083 HOLLYWOOD BLVD. #304, LOS ANGELES, CA 90028

10925   GULF PACIFIC AMERICA, INC, 7083 HOLLYWOOD BLVD., SUITE 304, LOS ANGELES, CA 90028

10924   GULF PAVING CO INC, 3460 METRO PARKWAY, FORT MYERS, FL 33916

10924   GULF PAVING CO INC, P O BOX 1584, FORT MYERS, FL 33902

10924   GULF PAVING CO, P O BOX 1584, FORT MYERS, FL 33902

10925   GULF PUBLISHING CO., PO BOX 2608, HOUSTON, TX 77252-9966

10925   GULF PUBLISHING COMPANY, PO BOX 2608, HOUSTON, TX 77252

10925   GULF REDUCTION, 6020 ESPERSON, HOUSTON, TX 77011

10924   GULF SALES & SUPPLY, INC., 1909 KENNETH AVENUE, PASCAGOULA, MS 39567

10924   GULF SERVICES, 5720 I-10 INDUSTRIAL PARKWAY, THEODORE, AL 36582

10925   GULF SOUTH PRESTRESSED CONCRETE, PO BOX 845, PELHAM, AL 35124

10925   GULF SOUTH PRESTRESSED CONCRETE, POST OFFICE BOX 280, CONLEY, GA 30288

10925   GULF SOUTH PRESTRESSED CONCRETE, POST OFFICE BOX 825, PASS CHRISTIAN, MS 39571

10924   GULF STATE LUMBER CO., 302 E. LINE, TYLER, TX 75710

10924   GULF STATE LUMBER, 302 E. LINE ST., TYLER, TX 75710

10924   GULF STATE LUMBER, PO BOX 869, TYLER, TX 75710

10925   GULF STATES ENGINEERING, PO BOX 26156, NEW ORLEANS, LA 70186

10924   GULF STATES READY MIX, 10121 SOUTHPARK, GULFPORT, MS 39503

10924   GULF STATES READY MIX, 9631 SOUTH PARK DRIVE, GULFPORT, MS 39503

10924   GULF STATES READY MIX, HICKMAN ROAD, BILOXI, MS 39530

10924   GULF STATES READY MIX, HWY 603 S & BAYOU CROIX RD., WAVELAND, MS 39576

10925   GULF STATES UTILITIES, PO BOX 2892, LAKE CHARLES, LA 70602

10924   GULF STREAM BUILDERS, 913 N.W. 8TH AVE., FORT LAUDERDALE, FL 33309

10925   GULF SYSTEMS INC., PO BOX 201693, HOUSTON, TX 77216

10925   GULF SYSTEMS, INC, 7720 F.M. 1960 E., HUMBLE, TX 77346

10925   GULF SYSTEMS, INC, PO BOX 201693, HOUSTON, TX 77216-1693

10925   GULFGATE EQUIPMENT, INC, PO BOX 262524, HOUSTON, TX 77207

10924   GULFPORT REGIONAL AIRPORT, 14035 AIRPORT ROAD, GULFPORT, MS 39503

10924   GULFSIDE SUPPLY INC, 501 N. REO ST., TAMPA, FL 33609

10924   GULFSIDE SUPPLY INC., 501 N. REO ST., TAMPA, FL 33609

10924   GULFSIDE SUPPLY, INC, 3000 SOUTH STREET, FORT MYERS, FL 33916

10925   GULFSTREAM AEROSPACE CORPORATION, PO BOX 911678, DALLAS, TX 75391-1678

10924   GULFSTREAM AEROSPACE, ATTEN: ACCOUNTS PAYABLE, 4150 DONALD DOUGLAS DRIVE, LONG BEACH, CA 90808

10925   GULFSTREAM AIR INC, 2828 CRAVEY DRIVE, ATLANTA, GA 30345

10925   GULFSTREAM, 500 GULFSTREAM ROAD, GARDEN CITY, GA 31408

10925   GULIAN, FRANKLIN, 308 WILLIAMS CIRCLE, SCHWENKSVILLE, PA 19473

10925   GULICK, AMY, 732 MAPLE ST, NANTICOKE, PA 18634

10925   GULKAROV, ILIA, 3012 N 40TH ST #6, PHOENIX, AZ 85018

10925   GULLEDGE, MARCELLA, 250 E SUSQUEHANNA AVE, BALTIMORE, MD 21204-5436

10925   GULLEDGE, PAUL, 40 JACKSON DR, ASHVILLE, AL 35953

10925   GULLETT, JOHN, 319 BORREL ST, MARKSVILLE, LA 71351

10925   GULLEY METAL SERVICES, INC, 2895 SOUTH RARITAN, ENGLEWOOD, CO 80110

10925   GULLEY, ANITA, RT 2 BOX 146.7, WALLINGFORD, KY 41093

10925   GULLICK, MARY, PO BOX 1282, SNOWFLAKE, AZ 85937

10925   GULLIE H LUNDBERG, 18 EDISON ST, RIDGEFIELD PARK, NJ 07660-2252

10925   GULLIFORD, JANET, RR1 BOX 247J, ROME, PA 18837

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GULLIHUR, LISA, 2639 ALTURA, LA CRESCENTA, CA 91214 | |
| 10925 | GULLOTTI, KENNETH, 113 TAYLOR ST, WALTHAM, MA 02154 | |
| 10925 | GULLOTTI, REBECCA, 113 TAYLOR ST, WALTHAM, MA 02154 | |
| 10925 | GULLY, JUDY, 4704 RACQUET CLUB, ARLINGTON, TX 76017 | |
| 10925 | GULLY, RICHARD, 218 PLUM ORCHARD WAY, WOODSTOCK, GA 30189 | |
| 10925 | GULTON GRAPHICS INSTRUMENTS, 212 DURHAM AVE, METUCHEN, NJ 08840 | |
| 10925 | GULTON GRAPHICS INSTRUMENTS, RT2 & MIDDLE ROAD, EAST GREENWICH, RI 02818 | |
| 10925 | GUMANEH, MUHAMMED, 265 EAST 176, BRONX, NY 10467 | |
| 10925 | GUMATAY, EDITHA, 9501 TRUSCON, HOUSTON, TX 77080 | |
| 10925 | GUMBS, NANCY, PO BOX 139, BIRDSNEST, VA 23413 | |
| 10925 | GUMINA, JOSEPH, 21250 W. WINSTON CT., NEW BERLIN, WI 53146 | |
| 10925 | GUMM, CURTIS, 5245 BOBBIE CT, N., KEIZER, OR 97303 | |
| 10925 | GUMM, RONNIE, 319 RAY AVE., DESOTO, TX 75115 | |
| 10925 | GUMUSER, ALI, 6505 COUNTRY, FORT WORTH, TX 76132 | |
| 10925 | GUNDERSEN, CYNTHIA, 6038 WINONA COURT, ARVADA, CO 80003 | |
| 10924 | GUNDERSON CLINIC, 1836 SOUTH AVENUE, LA CROSSE, WI 54601 | |
| 10924 | GUNDERSON CLINIC, C/O BAHL INSULATION, ONALASKA, WI 54650 | |
| 10925 | GUNDERSON, ANDREA, RR3 BOX 150, ELAND, WI 54427 | |
| 10925 | GUNDERSON, DARRELL, 1656 SCUFFLETOWN ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | GUNDERSON, DON, 505 ELDER LANE, ALLENTON, WI 53002 | |
| 10925 | GUNDERSON, LORRAINE, 42C FOREST ACRES DR, HAVERHILL, MA 01835-7036 | |
| 10925 | GUNDERSON, PATRICK, 450 DIALS CHURCH RD, GRAY COURT, SC 29645 | |
| 10925 | GUNDLACH, ROSE, 5323 WAKEFIELD PL, NORWOOD, OH 45212 | |
| 10925 | GUNDLACH, ROSE, 5323 WAKEFIELD PLACE, NORWOOD, OH 45212 | |
| 10925 | GUNDLACH, ROSE, 5736 EVELYN ROAD, CINCINNATI, OH 45247-6912 | |
| 10925 | GUNDY, RAE ANN, 351 PEPPER DR., WALNUTPORT, PA 18088 | |
| 10925 | GUNGOLL JACKSON COLLINS BOX HENNEKE, 323 WEST BROADWAY, PO BOX 1549, PO BOX 1549, ENID, OK 73702 | |
| 10924 | GUNITE OF MISSOURI INC., PORTABLE PLANT, P.O. BOX 300324, KANSAS CITY, MO 64130 | |
| 10924 | GUNITE OF MISSOURI, PO BOX300314, KANSAS CITY, MO 64130 | |
| 10925 | GUNN JT TEN, CLIFFORD H & BETTY LUCILLE, 5107 BRIGGS AVE, LA CRESCENTA, CA 91214-3002 | |
| 10925 | GUNN, ANDREW, 7010 FT HAMILTON PKWY, BROOKLYN, NY 11228-1104 | |
| 10925 | GUNNELL, FRANCIS, 4505 LYME BAY, OXNARD, CA 93035-7732 | |
| 10925 | GUNNIA, RAJ, 10-F DORCHESTER ARMS, CRANBURY, NJ 08512 | |
| 10924 | GUNNISON MIDDLE SCHOOL, 800 SO. 300 EAST, GUNNISON, UT 84634 | |
| 10924 | GUNNLAUGSON SPRAY ON LTD, 85 PEACE ROAD, WINNIPEG, MB R3N 1X1TORONTO | *VIA Deutsche Post* |
| 10925 | GUNSHORE, JOSEPH, 232 BAUCOM PARK DR, GREER, SC 29650 | |
| 10925 | GUNSHORE, MICHAEL, 1704 CHRISTOPHER LANE, LIBERTY, SC 29657 | |
| 10925 | GUNSOLUS, JOSEPH, PO BOX 1261, BEEVILLE, TX 78102 | |
| 10925 | GUNSTER YOAKLEY & STEWART PA, 777 SOUTH FLAGLER DRIVE, WEST PALM BEACH, FL 33401-6194 | |
| 10925 | GUNSTER, YOAKLEY, VALDES-FAVLI &, STEWART. P.A., 777 SOUTH FLAGER DR SUITE 500, WEST PALM BEACH, FL 33401 | |
| 10925 | GUNTER JR, ARLIN, 2103 LINCOLN DR #2123, ARLINGTON, TX 76011 | |
| 10925 | GUNTER, DAVID W, 320 CYPRESS ST., SULPHUR, LA 70663 | |
| 10925 | GUNTER, DAVID, 320 CYPRESS ST, SULPHUR, LA 70663 | |
| 10925 | GUNTER, DAVID, PO BOX 8568, NIKISKI, AK 99635 | |
| 10925 | GUNTER, DIANA, 1391 SAN LUIS COURT WINTER SPRINGS, WINTER SPRINGS, FL 32708 | |
| 10925 | GUNTER, GERALD, 15722 BOUGANVILLA, FRIENDSWOOD, TX 77546 | |
| 10925 | GUNTER, JAMES, 1020 LECUYER DR, CRAIG, CO 81625 | |
| 10925 | GUNTER, JANA, 102 GARRETT, HAYNESVILLE, LA 71038 | |
| 10925 | GUNTER, RANDY, 8339 CAREY RD, LITHIA, FL 33547 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GUNTER, RITA, 3503 K KINGSLEY CT., PASADENA, MD 21122 | |
| 10925 | GUNTERMAN, JENIFER, 11111 OLD CARRIAGE RD, GLEN ARM, MD 21057 | |
| 10924 | GUNTERSVILLE CONC PRODS, P O BOX 546, GUNTERSVILLE, AL 35976 | |
| 10925 | GUNTHARDT, EMIL, C/O MAROLYN CONNOLY, 167 E 67 ST APT 12E, NEW YORK, NY 10021-5920 | |
| 10925 | GUNTHER, BEATRICE K, 5600 W 79TH ST, LOS ANGELES, CA 90045-3306 | |
| 10925 | GUNTHER, KATHERINE, 4835 FELTER RD, SAN JOSE, CA 95132 | |
| 10925 | GUNTHER, PAUL, 308 ALLOUEZ AVE, GREEN BAY, WI 54301 | |
| 10925 | GUNTHER, RONALD, 1427 LOGAN ST, CHILLICOTHE, IL 61523 | |
| 10925 | GUNTHER, VICKY, 7 BETHWAY DRIVE, 104, SYKESVILLE, MD 21784 | |
| 10925 | GUNTHERS TRANSPORT, 7462 RAILROAD AVE, HANOVER, MD 21076 | |
| 10925 | GUNTRUM, PAMELLA, 51 68 WOODLAWN DRIVE, SCHENECTADY, NY 12303 | |
| 10925 | GUNTY, SUSAN, 150 S WACKER DR SUITE 1025, CHICAGO, IL 60606 | |
| 10925 | GUNZELMAN, IDA, 68 GRANT AVE, SOMERVILLE, NJ 08876 | |
| 10925 | GUO, LANTAO, 6282 FOXWOOD CT, MIDDLETOWN, OH 45044 | |
| 10925 | GUO, YIHONG, 7 CLIFFSIDE DR, LIVINGSTON, NJ 07039 | |
| 10925 | GUPTA CORPORATION, 1060 MARSH ROAD, MENLO PARK, CA 94025 | |
| 10925 | GUPTA, GOUTAM, 1723 PAVEYS GLEN RUN, FT. WAYNE, IN 46804 | |
| 10925 | GUPTA, VIJAY, 111 LOCUST ST TH #58, WOBURN, MA 01801 | |
| 10925 | GUPTA, VIJAY, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140-1692 | |
| 10925 | GUPTILL, DONALD, 15231 MINCING LANE, CHANNELVIEW, TX 77530 | |
| 10925 | GURAL, LORI, 1056 ROUTE 57, PORT MURRAY, NJ 07865 | |
| 10925 | GURGIOLO, PATRICA, 9101 COLLINGTON SQUARE, ALLISON PARK, PA 15101 | |
| 10925 | GURKE, JURGEN, PO BOX 3457 ST N D, EDMONTON AB T5L 4J3, EDMONTON, AB T5L 4J3CANADA | *VIA Deutsche Post* |
| 10925 | GURKIN CONSTRUCTION CO., PO BOX 706, RIEGELWOOD, NC 28456 | |
| 10925 | GURKINS, ERNEST, PO BOX 902, CRAIG, CO 81626 | |
| 10925 | GURLEY, BENNY, 9615 PURITAN WAY, ROSHARON, TX 77583 | |
| 10925 | GURLEY, MARK, 306 PARKER ST ANNISTON AL, ANNISTON, AL 36201 | |
| 10925 | GURNEY, HARVEY, 104 DUNBARTON RD APT 1, MANCHESTER, NH 03102-2507 | |
| 10925 | GURNEY, KENNETH, 28 CENTRAL SQUARE, SECOND FL, BROCTON, MA 02401 | |
| 10925 | GURNEY, ROBERT, 86 STANTON ST, ROCKLAND, MA 02370 | |
| 10925 | GURON, ARACELI, 2410 NOVA COURT, ROWLAND HEIGHTS, CA 91748 | |
| 10925 | GURRIE, JEFF, 5511 OAKWOOD DR, CARY, IL 60013 | |
| 10925 | GURRY, JR, JAMES, 421 E. CLEMENT ST., BALTIMORE, MD 21230 | |
| 10925 | GURRY, ROBERT, 1913 S LEHIGH DR, DELTONA, FL 32725 | |
| 10925 | GURSHA, JAMES, 14 LAUREL DR, MEDFIELD, MA 02052 | |
| 10925 | GURSHMAN, SANDRA, 957 MADISON AVE, PLAINFIELD, NJ 07060 | |
| 10925 | GURSKY, DAVID, 5932-15TH ST, ZEPHYRHILLS, FL 33540 | |
| 10925 | GURULE, CHRISTINE, 5600 GIBSON SE #210, ALBUQUERQUE, NM 87108 | |
| 10925 | GURY, DONALD, 915 MORRIS AVE, LUTHERVILLE, MD 21093 | |
| 10925 | GURY, JEANNINE, 1741 N. TROY APT 424, ARLINGTON, VA 22201 | |
| 10925 | GUS BERTHOLD ELECTRIC COMPANY, 1900 W. CARROLL AVE, CHICAGO, IL 60612 | |
| 10924 | GUS DAVIS ADOLFUS, 800 WEST COLLEGE AVENUE, SAINT PETER, MN 56082 | |
| 10925 | GUS FORSNER, 2835 ELSTON, CHICAGO, IL 60618-7905 | |
| 10925 | GUS STEFANADIS, 460 PALM ISLAND SE, CLEARWATER, FL 34630-1938 | |
| 10925 | GUS VIGNA, 5765 WHITE AVE., BALTIMORE, MD 21206 | |
| 10925 | GUSAVAGE, GERALD, 420 TRENA AVE, LANCASTER, PA 17601 | |
| 10925 | GUSE, SONJA, 2400 SOUTHSIDE BLVD, BEAUFORT, SC 29902 | |
| 10925 | GUSH, DONALD, 15607 BIRCH RUN TERRACE, LAUREL, MD 20707 | |
| 10925 | GUSH, MICHAEL, 2208 WILLIAMS LANE, CRAIG, CO 81625 | |
| 10925 | GUSICH, HEIDE, 1711 WILD FLOWER COURT #4112, SCHAUMBURG, IL 60173 | |
| 10925 | GUSLER, S, 3800 SW 34TH ST, GAINESVILLE, FL 32608 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    GUSMAN, JASON, 312 PARLEMO AVE, ORLANDO, FL 32825

10925    GUSMER CORPORATION, ONE GUSMER DR PO BOX 2055, LAKEWOOD, NJ 08701-8055

10925    GUSMER CORPORATION, POBOX 8500 (S-1705), PHILADELPHIA, PA 19178-1705

10925    GUSS, STEPANIE, 18879 KILFINAN ST., NORTHRIDGE, CA 91326

10925    GUSSIO, JOHN, 142 JESSICA CT, LAWRENCEVILLE, GA 30245

10925    GUST TSATSOS &, BESSIE TSATSOS JT TEN, 3071 NEWPORT COURT, TROY, MI 48084-1312

10925    GUSTAFSON INC, PO BOX 910144, DALLAS, TX 75391-0144

10925    GUSTAFSON JT TEN WROS, JOHN F & CHERYL H, 6707 WILLCHER COURT, FREDERICKSBURG, VA 22407-1765

10925    GUSTAFSON, CLARENCE, 509 ROUTE 530 APT 206, WHITING, NJ 08759

10925    GUSTAFSON, DONALD, 91 FLEETWOOD RD, DUMONT, NJ 07628

10925    GUSTAFSON, EDWIN, BOX 665, LYMAN, WY 82937

10925    GUSTAFSON, MARGIE, 9550 S SHAFER DR., TEMPE, AZ 85284

10925    GUSTAFSON, PO BOX 660065, DALLAS, TX 75266

10925    GUSTAFSON, PO BOX 910144, DALLAS, TX 75391

10925    GUSTAFSON, ROBERT, 106 MAGNOLIA ST., MANSFIELD, FL 76063

10925    GUSTAVE HERRMANN, C/O GEORGE A HERRMANN, 8965 WILDLIFE LOOP, SARASOTA, FL 34235-4001

10925    GUSTAVSON, JOHN, 49 N BRANCH RIVER ROAD, SOMERVILLE, NJ 08876

10925    GUSTILO, RON, 7447 BELLINGHAM AVE, NORTH HOLLYWOOD, CA 91605

10925    GUSTIN, TINA, 20 HUNSLEY HILLS BLVD, CANYON, TX 79015

10925    GUSTOFF, DAVID, 996 CEDAR WOODS RD SE, CEDAR RAPIDS, IA 52403

10925    GUSTOFF, LINDA, 996 CEDAR WOODS RD SE, CEDAR RAPIDS, IA 52403

10925    GUSTOFF, ROBERT, 4020 HWY 382 NE, SOLON, IA 52333

10925    GUSTUS, RORY, RR1 BOX 382, SABATTUS, ME 04280

10925    GUSTUS, THERESA, RT 1 BOX 382, SABATTUS, ME 04280

10925    GUTAI JR, JOHN, 1151 MARCELLUS ST, LONG BEACH, CA 90807-1609

10925    GUTAI, BARBARA, 345 TUTTLE PKWY, WESTFIELD, NJ 07090

10925    GUTHEIL, HERMAN, 114-05 MYRTLE AVE, RICHMOND HILL, NY 11418-9998

10925    GUTHEIL, LOUIS, 22 BERWYN PLACE, GLEN ROCK, NJ 07452

10925    GUTHEIL, VIOLA, 114-05 MYRTLE AVE, RICHMOND HILL, NY 11418

10925    GUTHMILLER, MELISSA, 1710S GILBERT RD, MESA, AZ 85204

10925    GUTHRIE GIET, KAREN, 21251 OLIVE GREEN CT, ASHBURN, VA 20147-4875

10925    GUTHRIE LATEX INC., PO BOX 7247-8313, PHILADELPHIA, PA 19170-8313

10925    GUTHRIE, BARBARA, 1418 RT 96N, WATERLOO, NY 13165

10925    GUTHRIE, DEBRA, 310 VALLEY DRIVE, IOWA PARK, TX 76367

10925    GUTHRIE, DONALD, 871 STOUT ST, CRAIG, CO 81625

10925    GUTHRIE, GEORGE, 901 EDGEMONT AVEF, GREENVILLE, SC 29611

10925    GUTHRIE, JAMES, 1318 PATUXENT DRIVE, ASHTON, MD 20861

10925    GUTHRIE, JOHN, 50603 GLEN MEADOW LANE, GRANGER, IN 46530

10925    GUTHRIE, JOSEPH, 12004 HWY 442, TICKFAW, LA 70466

10925    GUTHRIE, KIMBERLY, 434 SAMLOVE RD, ROCKY FACE, GA 30740

10925    GUTHRIE, SHANNON, 310 W VALLEY, IOWA PARK, TX 76367

10925    GUTHRIE, WILLIAM, 1236 FERNHAM LANE, CHESAPEAKE, VA 23322

10925    GUTIERREZ ALBERTO/ CHARLES WILMUT, JOHN LITTLE,

10925    GUTIERREZ JT TEN, ISIDRO T & LUPE, 1633 CRESTVIEW CIRCLE, SAN LUIS OBISPO, CA 93401-6015

10925    GUTIERREZ MACKEY, 610 BLISS TOWER, CANTON, OH 44702

10925    GUTIERREZ MANUFACTURING PARTS, 181 RAMAL 944 K2.5, GURABO, PR 00778PUERTO RICO    *VIA Deutsche Post*

10925    GUTIERREZ, AGRIPIN, 4906 W. 118TH PL., HOWTHORNE, CA 90250

10925    GUTIERREZ, ALEJANDRO, 102 HIGHLAND AVE., NATIONAL CITY, CA 91950

10925    GUTIERREZ, ANGEL, 326 GRANT LINE, SANTA PAULA, CA 93060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GUTIERREZ, ARTURO, 9524 OTIS ST, C, SOUTH GATE, CA 90280 | |
| 10925 | GUTIERREZ, CARLOS, 465 VIA MIRAMONTE, MONTEBELLO, CA 90614 | |
| 10925 | GUTIERREZ, CLAUDIA, 1268 W. 24TH ST #4, LOS ANGELES, CA 90007 | |
| 10925 | GUTIERREZ, CYNTHIA, 936 EDGEWOOD CR, SUISUN, CA 94585 | |
| 10925 | GUTIERREZ, DANIEL, 13168 DEL SUR ST, SAN FERNANDO, CA 91340 | |
| 10925 | GUTIERREZ, DAVID, 920 SCOTT, LAREDO, TX 78040 | |
| 10925 | GUTIERREZ, DAVID, POBOX 1175, RANCHOS DE TAOS, NM 87557 | |
| 10925 | GUTIERREZ, DOMINGO, 1071 SAGE WILLOW, HOUSTON, TX 77089 | |
| 10925 | GUTIERREZ, EDGAR, 449 17TH ST , SE, WASHINGTON, DC 20003 | |
| 10925 | GUTIERREZ, EFRAIN, 8981 MAY COURT, SOUTH GATE, CA 90280 | |
| 10925 | GUTIERREZ, ENCARNACION, RT 3 4540 HACHAR LOT 120, LAREDO, TX 78043 | |
| 10925 | GUTIERREZ, ERIK, PO BOX 1222, ROMA, TX 78584 | |
| 10925 | GUTIERREZ, ERNEST, 315 S NORTHLAKE BLVD, ALTAMONTE SPRINGS, FL 32701 | |
| 10925 | GUTIERREZ, ERNESTO BEHNKE, ERASMO ESCALA 2317, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | GUTIERREZ, FELIPE, 1315 W. TALMADGE ST., ALVIN, TX 77511-5946 | |
| 10925 | GUTIERREZ, FIDEL, 305 VIRGIE ST., LONGVIEW, TX 75605 | |
| 10925 | GUTIERREZ, GILBERT, 1724 E. OAK ST, MIDLAND, TX 79702 | |
| 10925 | GUTIERREZ, GIORIA, 12400 ROJAS SP#71, EL PASO, TX 79927 | |
| 10925 | GUTIERREZ, GUADALUPE, PO BOX 1595, ALICE, TX 78332 | |
| 10925 | GUTIERREZ, GUILLERMO, 2630 BENTLEY, DALLAS, TX 75211 | |
| 10925 | GUTIERREZ, J, BOX 3, PONCE, PR 00733 | |
| 10925 | GUTIERREZ, JAVIER, 1400 POTRERO ST., SUISUN, CA 94585 | |
| 10925 | GUTIERREZ, JAVIER, 9410 AIRPORT BLVD., LOS ANGELES, CA 90045 | |
| 10925 | GUTIERREZ, JEANETTE, 2400 1/2 JEFFERSON #4, CLOVIS, NM 88101 | |
| 10925 | GUTIERREZ, JESUS, 5263 ALLISON LN, RIVERSIDE, CA 92509 | |
| 10925 | GUTIERREZ, JOHN, 13427 BROWNELL ST, SAN FERNANDO, CA 91340 | |
| 10925 | GUTIERREZ, JOSE, 1630 DAYTON AVE, WICHITA FALLS, TX 76301 | |
| 10925 | GUTIERREZ, JOSE, 4617 LANGFORD LANE, WICHITA FALLS, TX 76310 | |
| 10925 | GUTIERREZ, JUAN, 1610 HARRINGTON, FT WORTH, TX 76106 | |
| 10925 | GUTIERREZ, LAURA, 9927 PLACER ST, RANCHO CUCAMNGA, CA 91730 | |
| 10925 | GUTIERREZ, LILIA, 10535 MONTWOOD, EL PASO, TX 79935 | |
| 10925 | GUTIERREZ, MARIA ELENA, 2818 VICENTE, LAREDO, TX 78043 | |
| 10925 | GUTIERREZ, MARIA, 1920 PARK ST, LAREDO, TX 78040 | |
| 10925 | GUTIERREZ, MARLENE, 2500 LAKE AVE, MIAMI BEACH, FL 33140 | |
| 10925 | GUTIERREZ, MAURICIO, 1505 N QUINN ST, #16, ARLINGTON, VA 22209 | |
| 10925 | GUTIERREZ, MAURICIO, 7144 OAK RIDGE ROAD, FALLS CHURCH, VA 22042 | |
| 10925 | GUTIERREZ, NATALINA, 3325 TYLER, MCALLEN, TX 78503 | |
| 10925 | GUTIERREZ, NONA, 3500 MOCKINGBIRD APT. # 30, AMARILLO, TX 79109 | |
| 10925 | GUTIERREZ, ONEYDA, 1424 PARK RD, WASHINGTON, DC 20010 | |
| 10925 | GUTIERREZ, PLACIDO, 1610 HARRINGTON, FT WORTH, TX 76106 | |
| 10925 | GUTIERREZ, RAFAEL, 10650 SW 5TH ST, MIAMI, FL 33174 | |
| 10925 | GUTIERREZ, RICHARD, 12534 TAMBOURINE, D, STAFFORDS, TX 77477 | |
| 10925 | GUTIERREZ, ROLANDO, 1211 W 63RD ST, HIALEAH, FL 33012 | |
| 10925 | GUTIERREZ, ROSA, 1414 N.E. 7TH # 3, ANDREWS, TX 79714 | |
| 10925 | GUTIERREZ, ROSALINDA, 2313 SHIDLER DR., BROWNSVILLE, TX 78521 | |
| 10925 | GUTIERREZ, SALOME, 1410 BAGARRY # B, AMARILLO, TX 79104 | |
| 10925 | GUTIERREZ, SALOME, 1410 BAGGARY # B, AMARILLO, TX 79104 | |
| 10925 | GUTIERREZ, SHARON B, 8500 N HAMPSHIRE AV, SILVER SPRING MD, MD 20903 | |
| 10925 | GUTIERREZ, TAMMIE, 4617 LANGFORD LANE, WICHITA FALLS, TX 76310 | |
| 10925 | GUTIERREZ, TERESA, 683 KNIGHT DR., BENICIA, CA 94510 | |
| 10925 | GUTIERREZ, TERESSA, 10502 SAPLING WAY, HOUSTON, TX 77031 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | GUTIERREZ, TIMOTHY, 195 SYCAMORE, ATHENS, GA 30606 | |
| 10925 | GUTIERREZ, VERONICA, 1703 W. 8TH ST, ODESSA, TX 79765 | |
| 10925 | GUTIERREZ, VERONICA, 8623 WHITESTAR, SAN ANTONIO, TX 78242 | |
| 10925 | GUTIERREZ, VIRGINIA, 758 ENCANTO DRIVE, CALEXICO, CA 92231 | |
| 10925 | GUTIERREZ, ZARELA, 322 EAST ST, BOUND BROOK, NJ 08805 | |
| 10925 | GUTKIN, JAYE, 14345 COGBURN RD., ALPHARETTA, GA 30201 | |
| 10925 | GUTLEBER, TRACY, 2295 E DECATUR, FRESNO, CA 93720 | |
| 10925 | GUTSCHICK LITTLE & WEBER PA, 3909 NATIONAL DRIVE - SUITE 250, BURTONSVILLE, MD 20866 | |
| 10925 | GUTSCHICK LITTLE & WEBER, PA, 3909 NATIONAL DR., STE. 250, BURTONSVILLE, MD 20866 | |
| 10925 | GUTSCHKE, CYNTHIA, 1510 HUNTINGTON DR APT BB5, MURFREESBORO, TN 37130 | |
| 10925 | GUTSCHMIDT, LEE, 3035 ALDORO AVE, SPRING HILL, FL 34609 | |
| 10925 | GUTSON, PAUL, 10504 S HIGHLAND ST APT 2A, WORTH, IL 60482 | |
| 10925 | GUTZMER, RICKY, 4154 W.OAKDALE, CHICAGO, IL 60641 | |
| 10925 | GUY & GILBERT, PIERRE MAGNAN, 770 SHERBROOKE OUEST, MONTREAL, QC CANADA | *VIA Deutsche Post* |
| 10924 | GUY ATKINSON CONSTRUCTION CO., 1/2 MILE WEST OF ROUTE 68, BELLEVILLE, WV 26133 | |
| 10924 | GUY ATKINSON CONSTRUCTION CO., P.O BOX 7, BELLEVILLE, W V 26133 | |
| 10925 | GUY EDSON AT NORTHEAST GRANITE, 12 GRANITE ST, MONTPELIER, VT 05602 | |
| 10925 | GUY EDSON, 12 GRANIT ST, MONTPELLIER, VT 05602 | |
| 10925 | GUY EDSON, PO BOX 1800, PLAINFIELD, VT 05667 | |
| 10924 | GUY F. ATKINSON CO., COOLIDGE DAM PROJECT, SAN CARLOS, AZ 85550 | |
| 10924 | GUY F. ATKINSON CO., PO BOX 543, GLOBE, AZ 85502 | |
| 10924 | GUY F. ATKINSON CO., POST OFFICE BOX 543, GLOBE, AZ 85502 | |
| 10924 | GUY F.ATKINSON CONST CO, P.O.BOX 7, BELLEVILLE, WV 26133 | |
| 10925 | GUY KNAFO & ELLEN KNAFO JT TEN, 5500 FIELDSTON RD, RIVERDALE, NY 10471-2533 | |
| 10925 | GUY M TURNER, INC, PO BOX 7776, GREENSBORO, NC 27417 | |
| 10925 | GUY P GAMBLE III, RFD 1 BOX 123, NEW FLORENCE, PA 15944-9604 | |
| 10925 | GUY, ALAN, 802 PARK PLAZA, IOWA PARK, TX 76367 | |
| 10925 | GUY, BARRY, 1380 DOGWOOD DR., HARVEY, LA 70058 | |
| 10925 | GUY, CINDI, 969-C HORSESHOE RD, AUGUSTA, GA 30906 | |
| 10925 | GUY, CLIFFORD, 6001 TRAMMELL RD APT. 163, MORROW, GA 30260 | |
| 10925 | GUY, DARRELL, 1511 E POINSETTIA AVE, TAMPA, FL 33612 | |
| 10925 | GUY, JAMES, 12 DAY ROAD, ASHLAND, MA 01721 | |
| 10925 | GUY, JERRY, PO BOX 512, PLACIDA, FL 33946-0512 | |
| 10925 | GUY, KATHLEEN, 10826 TRINITY CHURCHROAD, CHARLOTTE HALL, MD 20622 | |
| 10925 | GUY, KEVIN, 2030 DEER TRL, WARSHAW, IN 46580 | |
| 10925 | GUY, LAKEYSHA, 306 E CAROLINE ST, WILLIAMSTON, SC 29697 | |
| 10925 | GUY, LARRY, 102 BEECHWOOD COURT, MAULDIN, SC 29662-1601 | |
| 10925 | GUY, LISA, 5730 N. WASHTENAW, CHICAGO, IL 60659 | |
| 10925 | GUY, MONIQUE, 1380 DOGWOOD DR., HARVEY, LA 70058 | |
| 10925 | GUY, PATRICIA, 2080 FT. ROBINSON DR, KINGSPORT, TN 37660 | |
| 10925 | GUY, RICHARD, 4937 LIBERTY LANE, LAKELAND, FL 33813-2157 | |
| 10925 | GUYETT, LADONNA, 337 HIGHLAND, ROCHESTER, MI 48307 | |
| 10925 | GUYETTE, EDNA, 85 TREMONT ST, REHOBOTH, MA 02769 | |
| 10925 | GUYNN, JOHN, 4427 N 15 ST, ARLINGTON, VA 22207 | |
| 10925 | GUYS SHELL SERVICE, KWANG KWIK, 2404 ATLANTIC BLVD, JACKSONVILLE, FL 32207-3564 | |
| 10925 | GUYTON III, JOE, 501 W NORTHERN PKY, BALTIMORE, MD 21210 | |
| 10925 | GUYTON, ESTRELLITA, 85-87 WEST MAIN ST, BERGENFIELD, NJ 07621 | |
| 10925 | GUYTON, RUSSELL, 4563 N. 44TH ST, MILWAUKEE, WI 53218 | |
| 10925 | GUYTON, TAMMY, 2717 ASHLEY CLUB CIR, NORCROSS, GA 30092 | |
| 10925 | GUZ, ANNE, 11 DERBY DINGLE, SPRINGFIELD, MA 01107 | |
| 10925 | GUZ, DENISE, 1814 NW 113 TERR, MIAMI, FL 33167 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GUZEK, BARBARA, 1035 PARK ST, SCRANTON, PA 18509 | |
| 10925 | GUZIK, AMY, 323 CENTRE AVE, NORRISTOWN, PA 19403 | |
| 10924 | GUZMAN CONST CO, PO BOX 3100, GLOBE, AZ 85501 | |
| 10924 | GUZMAN CONSTRUCTION CO., BARTLETT DAM, PHOENIX, AZ 85000 | |
| 10924 | GUZMAN CONSTRUCTION CO., BIG BUG CREEK JOB, MAYER, AZ 86333 | |
| 10924 | GUZMAN CONSTRUCTION CO., GLOBE, AZ 85501 | |
| 10924 | GUZMAN CONSTRUCTION CO., POST OFFICE BOX 3100, GLOBE, AZ 85501 | |
| 10924 | GUZMAN CONSTRUCTION CO., RAY MINE, KEARNY, AZ 85237 | |
| 10925 | GUZMAN ORTIZ, VICTOR, CALLE 2 BZ. 150 ST. JUST, TRUJILLO ALTO, PR 00976 | |
| 10925 | GUZMAN, CHARITA, 5113 RAINIER CT., FAIRFIELD, CA 94585 | |
| 10925 | GUZMAN, CHARLIE, 7027 VINEVALE, BELL, CA 90201 | |
| 10925 | GUZMAN, DELIA, 132 NEW MILFORD AVE, DUMONT, NJ 07628 | |
| 10925 | GUZMAN, DINORA, 510 E HOUSTON AVE, GILBERT, AZ 85234-3427 | |
| 10925 | GUZMAN, DONNA, 3135 CHADWICK DR, LOS ANGELES, CA 90032 | |
| 10925 | GUZMAN, ENA, HC-01 BOX 6568, AGUAS BUENAS, PR 00703 | |
| 10925 | GUZMAN, FELIX, 86-04 BRITTEN AVE., ELMHURST, NY 11373 | |
| 10925 | GUZMAN, FERNANDO, 1409 ROPER MTN ROAD APT #547, GREENVILLE, SC 29615 | |
| 10925 | GUZMAN, HERIBERTO, CARR 872 BUZON 39 R1, BAYAMON, PR 00961 | |
| 10925 | GUZMAN, JESUS, 3501 PLANZ RD 3283, BAKERSFIELD, CA 93309 | |
| 10925 | GUZMAN, JOEL, 20 PEACH ST, NANUET, NY 10954 | |
| 10925 | GUZMAN, JOSE, CALLE 4 F-4 LA LULA, PONCE, PR 00731 | |
| 10925 | GUZMAN, JOSEPHINE, 425 NORTHFIELD AVE APT #1, WEST ORANGE, NJ 07052 | |
| 10925 | GUZMAN, JR, SANTOS, 2902 15TH AVE. N., TEXAS CITY, TX 77590 | |
| 10925 | GUZMAN, JULIE, 3117 JULIAN # 97, AMARILLO, TX 79102 | |
| 10925 | GUZMAN, LOURDES, 20 PEACH ST, NANUET, NY 10954 | |
| 10925 | GUZMAN, MADELINE, 153 W HIGH ST, 2, SOMERVILLE, NJ 08876 | |
| 10925 | GUZMAN, MARTIN, #44 MANUEL ENRIQUEZ ST, PALO SECO LEVITTOWN, PR 00949PUERTO RICO | *VIA Deutsche Post* |
| 10925 | GUZMAN, MARTIN, 2765 JONATHAN PKWY, REYNOLDSBURG, OH 43068 | |
| 10925 | GUZMAN, RAYMOND, 3318 NW 27TH ST., FT WORTH, TX 76106 | |
| 10925 | GUZY, EDWARD J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | GUZY, EDWARD, 800 PARK DRIVE EAST, BOCA RATON, FL 33432 | |
| 10925 | GUZY, REBECCA, 20427 JUPITER WAY, LAKEVILLE, MN 55044 | |
| 10925 | GUZY, SUSAN, 1245 NAVAJO DRIVE, CARPENTERSVILLE, IL 60110 | |
| 10925 | GUZZARDO, LYNN, 1065 SE ST LUCIE, STUART, FL 34996 | |
| 10925 | GUZZETTA MEECH, TAMMY, 8 BESSIE LN, TYNGSBORO, MA 01879 | |
| 10925 | GUZZETTA, DANIELLE, 612 S. HANLEY ROAD APT. 1 SOUTH, CLAYTON, MO 63105 | |
| 10925 | GUZZETTA, PAULA, 4662 20TH ST NW, CANTON, OH 44708 | |
| 10925 | GVA GRIMLEY, 10 STRATTON ST, LONDON, W1X 6JRUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | GW KILLEBREW CO., GROUP BUILDERS, KAHULUI, HI 96732 | |
| 10925 | G-W MANUFACTURING COMPANY INC, PO BOX 2838, RANCHO CUCAMONGA, CA 91729 | |
| 10925 | GW STOLEN INC, GARY W STOLEN, 6425 ODANA ROAD, MADISON, WI 53719 | |
| 10925 | GWEN DELENE MARGRAVE, C/O GWEN MARGRAVE SIMMONS, 2085 ROSWELL RD NE 933, MARIETTA, GA 30062-7588 | |
| 10925 | GWEN K LUECKER TR UA JUL 11 89, GWEN K LUECKER TRUST, 732 CUMMINGS AVE, KENILWORTH, IL 60043-1013 | |
| 10925 | GWENDOLYN ANN LOVENDAHL, 701 E MANSUR, GUTHRIE, OK 73044-3622 | |
| 10925 | GWENDOLYN L KELSO &, ESTELLE H KELSO JT TEN, 3731 39TH ST NW, WASHINGTON, DC 20016-5522 | |
| 10925 | GWENDOLYN M CULLEN &, DARLA L DAGGIT JT TEN, PO BOX 76, STAR TANNERY, VA 22654-0076 | |
| 10925 | GWIN, BARBARA, 7 LAKE PORT COURT, ST. PETERS, MO 63376 | |
| 10925 | GWIN, JR, BOBBY, ROUTE 1, BASKIN, LA 71219 | |
| 10925 | GWIN, MIKE, RT. 3 BOX 32, WINNSBORO, LA 71295 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | GWINN LUMBER CO, PO BOX 219, WOODRUFF, SC 29388 | |
| 10925 | GWINN, C, 682 LAKE VERNON RD, LEESVILLE, LA 71446 | |
| 10925 | GWINN, MORRIS, 7510 DIJON COURT, SAN ANTONIO, TX 78209 | |
| 10924 | GWINNETT CHAMBER OF COMMERCE, 6500 SUGARLOAF PARKWAY, LAWRENCEVILLE, GA 30043 | |
| 10924 | GWINNETT CO. CIVIC CENTER, ALPHARETTA, GA 30201 | |
| 10925 | GWINNETT COUNTY DEPT PUBLIC, 75 LANGLEY DR, LAWRENCEVILLE, GA 30045-6940 | |
| 10925 | GWINNETT COUNTY TAX COMM, PO BOX 105574, ATLANTA, GA 30348-0348 | |
| 10925 | GWINNETT COUNTY TAX COMMISSIONER, PO BOX 372, LAWRENCEVILLE, GA 30046-0372 | |
| 10925 | GWINNETT COUNTY, PO BOX 372, LAWRENCEVILLE, GA 30246 | |
| 10925 | GWINNETT COURIER SERVICES INC., PO BOX 455, NORCROSS, GA 30091 | |
| 10925 | GWINNETT EMERGENCY SPECIALISTS P.C., PO BOX 1184, LAWRENCE, GA 30046 | |
| 10925 | GWINNETT HOSPITAL SYSTEM INC., PO BOX 1184, LAWRENCE, GA 30064 | |
| 10924 | GWINNETT MEDICAL CTR, C/O ADAMS, 550 MEDICAL CENTER BLVD, LAWRENCEVILLE, GA 30045 | |
| 10924 | GWINNETT PROFESSIONAL II, 601 B PROFESSIONAL DRIVE`, LAWRENCEVILLE, GA 30245 | |
| 10925 | GWINNETT SURGICAL ASSOCIATES, PO BOX 1184, LAWRENCE, GA 30046 | |
| 10925 | GWOREK, DAWN, 1027 PAUL DRIVE, ST. ANNE, IL 60964 | |
| 10924 | GWR ASSOCIATE, P.O.BOX 200, POTTERSVILLE, NJ 07979 | |
| 10924 | GWR ASSOCIATES, INC., CAMBRIDGE, MA 02140 | |
| 10925 | GWUMFA, 2150 PENNSYLVANIA AVE. NW,, WASHINGTON, DC 20037 | |
| 10925 | GWYNN JR., WILLIAM, 3222 CARLISLE AVE, BALTIMORE, MD 21216 | |
| 10925 | GWYNN, FRANK M., 78 WEST TOMLIN, MCKLETON, NJ 08056 | |
| 10925 | GWYNN, PAULINE, 35 RAYBURN ROAD, STOUGHTON, MA 02072 | |
| 10925 | GYDOSH, JOSEPH, PO BOX 189 406 TIMBERBRIDGE LN, MT GRETNA, PA 17064 | |
| 10925 | GYDOSH, JOSEPH, PO BOX 189, MOUNT GRETNA, PA 17064 | |
| 10925 | GYORI, IRENE, 866 SEBRING AVE, BOUND BROOK, NJ 08805 | |
| 10925 | GYOTOKU BROTHERS, 6268 W WALBROOK DR, SAN JOSE, CA 95129-4769 | |
| 10924 | GYPROC BENELUX N.V., MERKEMSEBAAN 270, WIJNEGEM   BELGIUM, 02110BELGIUM | *VIA Deutsche Post* |
| 10924 | GYPSUM DRYWALL SUPPLY, 1325 E. JULIAN ST, SAN JOSE, CA 95156 | |
| 10924 | GYPSUM DRYWALL SUPPLY, 1325 E. JULIAN ST., SAN JOSE, CA 95116 | |
| 10924 | GYPSUM DRYWALL SUPPLY, 2368 BATES AVE., CONCORD, CA 94520 | |
| 10924 | GYPSUM DRYWALL SUPPLY, 2368 BATES AVENUE, CONCORD, CA 94520 | |
| 10924 | GYPSUM DRYWALL SUPPLY, 29 W. LAKE ST, SALINAS, CA 93901 | |
| 10924 | GYPSUM DRYWALL SUPPLY, P O BOX 3695, SALINAS, CA 93912 | |
| 10924 | GYPSUM DRYWALL SUPPLY, P.O. BOX 3000F, SAN JOSE, CA 95156 | |
| 10924 | GYPSUM DRYWALL SUPPLY, PO BOX 3000 F, SAN JOSE, CA 95156 | |
| 10924 | GYPSUM DRYWALL, 2368 BATES AVE., CONCORD, CA 94520 | |
| 10924 | GYPSUM DRYWALL/MILPITAS HIGH SCHOOL, 1285 ESCUELA PKWY., MILPITAS, CA 95035 | |
| 10924 | GYPSUM ENT./600 E. GONZALEZ RD., OXNARD, CA 93032 | |
| 10924 | GYPSUM ENT/16355 LAGUNA CANYON RD, IRVINE, CA 92709 | |
| 10924 | GYPSUM ENT/CAL POLY SCIENCE BLDG., POMONA, CA 91766 | |
| 10924 | GYPSUM ENT/CAL STATE LONG BEACH, WESTSIDE BUILDING MATERIALS, LONG BEACH, CA 90801 | |
| 10924 | GYPSUM ENT/INTERNATIONAL ELEMENTARY, WESTSIDE BUILDING MATERIALS, 7TH & LOCUS, LONG BEACH, CA 90801 | |
| 10924 | GYPSUM ENT/J.F.K. HIGH SCHOOL, 11254 GOTHIC, SAN FERNANDO, CA 91344 | |
| 10924 | GYPSUM ENT/JOB #1168, WESTSIDE BUILDING MATERIALS, ANAHEIM, CA 92814 | |
| 10924 | GYPSUM ENT/LONG BEACH CITY COLLEGE, CARSON & CLARK, LONG BEACH, CA 90801 | |
| 10924 | GYPSUM ENT/MANHATTAN BCH.MIDDLE SCH, 1503 REDONDO AVE., MANHATTAN BEACH, CA 90266 | |
| 10924 | GYPSUM ENT/MANHATTAN BEACH, MANHATTAN BEACH, CA 90266 | |
| 10924 | GYPSUM ENT/MEE MEMORIAL HOSPITAL, KING CITY, CA 93930 | |
| 10924 | GYPSUM ENT/OPUS-ALLSTATE INSURANCE, WESTSIDE BUILDING MATERIALS, DIAMOND BAR, CA 91765 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   GYPSUM ENT/PACIFICA HIGH SCHOOL, OXNARD, CA 93032

10924   GYPSUM ENT/PALM SPRINGS AIRPORT, WESTSIDE BUILDING MATERIALS, PALM SPRINGS, CA 92262

10924   GYPSUM ENT/PUEBLO ELEMENTARY SCHOOL, 1444 E. HOLT ST., POMONA, CA 91766

10924   GYPSUM ENT/ST. SALIK, C/O WESTSIDE BUILDING MATERIALS, 310 N. SAN VICENTE, WEST HOLLYWOOD, CA 90046

10924   GYPSUM ENT/THEO LACY, ORANGE, CA 92866

10924   GYPSUM ENT/TRABUCO HILLS H.S., TRABUCO CANYON, CA 92678

10924   GYPSUM ENT/UNIV.CALIF. RIVERSIDE, RIVERSIDE, CA 92501

10924   GYPSUM ENT/WISHIRE POLICE DEPT., 4861 W. VENICE BLVD., LOS ANGELES, CA 90001

10924   GYPSUM ENTER./SO.CORONA HIGH SCHOOL, WESTSIDE BUILDING MATERIALS, CORONA, CA 91718

10924   GYPSUM ENTERPRISES, 1056 MISSION COLLEGE, SYLMAR, CA 91345

10924   GYPSUM ENTERPRISES, 1370 N. RED GUM, ANAHEIM, CA 92806

10924   GYPSUM ENTERPRISES, 2750 PINE AVENUE, LONG BEACH, CA 90822

10924   GYPSUM ENTERPRISES, ANAHEIM, CA 92801

10924   GYPSUM ENTERPRISES, ANAHEIM, CA 92805

10924   GYPSUM ENTERPRISES/JOB #1139, WESTSIDE BUILDING MATERIALS, MANHATTAN BEACH, CA 90266

10924   GYPSUM MANAGEMENT & SUPPLY, P.O. BOX 1528, TUCKER, GA 30085-1528

10924   GYPSUM SPECIALTIES CONTRACTORS, CAMBRIDGE, MA 02140

10924   GYPSUM SPECIALTY CONT INC, 5500 HEEGE ROAD, SAINT LOUIS, MO 63123

10924   GYPSUM SUPPLY (DG), 1125 HARRISON AVE, ROCKFORD, IL 61104

10924   GYPSUM SUPPLY CO. (DG)], 5602 FEMRITE ROAD, MADISON, WI 53718

10924   GYPSUM SUPPLY CO.(DG), 27436 VOLO VILLAGE RD, VOLO, IL 60073-9768

10924   GYPSUM SUPPLY, 7707 FORREST HILLS RD, ROCKFORD, IL 61111

10924   GYPSUM SYSTEMS, P.O. BOX 449, ELMA, NY 14059

10924   GYPSUM/GLENDALE COMMUNITY COLLEGE, GLENDALE, CA 91201

10924   GYPSUM/L.A. COMMUNITY COLLEGE, WESTSIDE BUILDING MATERIALS, CULVER CITY, CA 90230

10924   GYPSUM/PALM SPRINGS AIRPORT, PALM SPRINGS, CA 92262

10924   GYPSUM/U.C.SANTA BARBARA, ENVIROMENTAL SERVICES, SANTA BARBARA, CA 93101

10924   GYRO CHEMICAL, 5206 RAILROAD AVENUE, DEER PARK, TX 77536

10925   GZA GEOENVIRONMENTAL INC, PO BOX 11082, BOSTON, MA 02211

10925   GZA REMEDIATION INC, 320 NEEDHAM ST, NEWTON, MA 02164

10925   GZA, PO BOX 11082, BOSTON, MA 02211

10925   H & C INC., 9010 MAIER ROAD SUITE 123, LAUREL, MD 20723

10924   H & C SUPPLY, 3980 HOME AVENUE, SAN DIEGO, CA 92105

10925   H & D AUTO PARTS, 111 HIGHLAND ST, MOUNT DORA, FL 32757

10925   H & H BUILDERS INC, 702 2ND ST, POBOX 553, MENDOTA, IL 61342-0553

10924   H & H CONCRETE INC., 2606 FREDERICK, SULPHUR, LA 70663

10924   H & H CONCRETE INC., BAYOU DIN HWY 108, LAKE CHARLES, LA 70601

10924   H & H CONCRETE, 2606 FREDERICK ROAD, WESTLAKE, LA 70669

10924   H & H CONCRETE, W. LAKE AVENUE & PERKINS, WESTLAKE, LA 70669

10925   H & H ENTERPRISE, 2525 ROSS CLARK CIRCLE SW, DOTHAN, AL 36301

10924   H & H GLAZING, 20 E DEWY ROAD, SAPULPA, OK 74066

10925   H & H INDUSTRIAL TRUCK SERVICE, 10 EVERBERG ROAD, WOBURN, MA 01801

10924   H & H PRECAST DBA MARELL INC., E 18763 HIGHWAY 33, HILLSBORO, WI 54634

10924   H & H PRECAST, E 18763 HIGHWAY 33, HILLSBORO, WI 54634

10924   H & H READY MIX CONC CORP, 305 NO MURPHY AVE, BRAZIL, IN 47834

10924   H & H READY MIX CONCRETE CORP., 305 N MURHPY AVENUE, BRAZIL, IN 47834

10924   H & H READY MIX CONCRETE CORP., 305 N MURPHY AVENUE, BRAZIL, IN 47834

10925   H & H SALES, 10827 TOWER OAKS BLVD., HOUSTON, TX 77070

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   H & K CONCRETE PRODS, 1518 PORT WASHINGTON RD, GRAFTON, WI 53024

10924   H & K REDI-MIX, LTD., ROUTE 3 BOX 11, FAIRMONT, WV 26554

10924   H & K REDI-MIX, ROUTE 3 BOX 11, FAIRMONT, WV 26554

10925   H & L ELECTRONICS INC, 5144 PEACHTREE ROAD, ATLANTA, GA 30341

10925   H & M BAY INC, PO BOX 64131, BALTIMORE, MD 21264-4131

10924   H & N PACKAGING, 92 COUNTYLINE ROAD, COLMAR, PA 18915

10924   H & N PLUMBING & HEATING, 144 N. MADISON, LANCASTER, WI 53813

10924   H & Q DISTRIBUTION CTR, 4663 DUES DRIVE, CINCINNATI, OH 45246

10924   H & S CONSTRUCTION CO, INC., 3142 AMBASSADOR CAFFERY PARKWAY, LAFAYETTE, LA 70506

10924   H & S CONSTRUCTION CO., INC., 2511 S.E. EVANGELINE THRUWAY, BROUSSARD, LA 70518

10924   H & S CONSTRUCTION CO., INC., PO BOX510, BROUSSARD, LA 70518

10924   H & S DRYWALL, P.O. BOX 417, COKATO, MN 55321

10924   H & S HARDWARE  J-TOWN, 10000 TAYLORSVILLE ROAD, LOUISVILLE, KY 40299

10924   H & S HARDWARE CO, 5416 PRESTON HGWY, LOUISVILLE, KY 40213

10924   H & S HARDWARE, 5416 PRESTON HWY., LOUISVILLE, KY 40213

10925   H & S MANUFACTURING, 2913 SINGLETON ST, ROWLETT, TX 75088

10925   H & S MANUFACTURING, PO BOX 1515, ROWLETT, TX 75030

10924   H & W DISTRIBUTOR INC, 33 NE 4TH ST, JACKSONVILLE, FL 32203

10924   H & W DISTRIBUTOR INC, 33 NE 4TH ST, POMPANO, FL 33060

10925   H B FULLER CO, 2727 KINNEY NW, GRAND RAPIDS, MI 49504

10924   H B FULLER CO, 2900 GRANADA LANE, OAKDALE, MN 55128

10925   H B FULLER CO, POBOX 73515, CHICAGO, IL 60673-7515

10924   H B FULLER COMPANY, 1200 WILLOW LAKE BLVD., SAINT PAUL, MN 55110-5132

10924   H B FULLER COMPANY, 3005 HOLTS CHAPEL ROAD, GREENSBORO, NC 27401

10924   H B FULLER COMPANY, 4440 MALSBARY ROAD, BLUE ASH, OH 45242

10924   H B FULLER COMPANY, PO BOX120200, SAINT PAUL, MN 55112

10924   H B ZACHARY, 1023 SARTARTIA, SUGAR LAND, TX 77487

10924   H B ZACHRY, P.O. BOX 722250, HOUSTON, TX 77272

10924   H B ZACHRY, PO BOX790945, SAN ANTONIO, TX 78279

10925   H BLANDIN JONES, 2135 UNIVERSITY BLVD, HOUSTON, TX 77030-1218

10925   H BOXDORFER, 1025 GEORGE STR, CHESTER, IL 62233-1427

10924   H C BUCHANAN CONCRETE CO, 1410 ATLANTA AVE, ORLANDO, FL 32802

10925   H C BUCHANAN CONCRETE INC, 1410 ATLANTA AVE, ORLANDO, FL 32806

10925   H CARR & SONS INC, 100 ROYAL LITTLE DRIVE, PROVIDENCE, RI 02940-9088

10924   H CARR & SONS, INC., 100 ROYAL LITTLE DR., PROVIDENCE, RI 02940

10925   H D BAUMANN INC, POBOX 73498, CHICAGO, IL 60673-7498

10925   H D CHASEN & CO, PO BOX 170, SOMERVILLE, MA 02143

10925   H D CHASEN & COMPANY INC, 40 LAKE ST, SOMERVILLE, MA 02143

10925   H DOMINE ENTERPRISES, 20676 SIBLEY ROAD, RIVERVIEW, MI 48192

10924   H E WISDOM & SONS INC., 10265-75 W PACIFIC AVENUE, FRANKLIN PARK, IL 60131

10925   H ELIZABETH SIEBERT, R R 2 25 LAKEVIEW TERRACE, ROCKLAND, ME 04841-5717

10925   H G GRAHAM, 102 FOREST DR, TRAVELERS REST, SC 29690-1602

10925   H G TAPP CUST ROBERT D TAPP, UNIF GIFT MIN ACT FL, 254 ELLINGTON RD, LONGMEADOW, MA 01106-1510

10924   H H BENFIELD ELECTRIC (AD), 25 LAFAYETTE AVENUE, WHITE PLAINS, NY 10603

10924   H I S PAINT MFG. CO., 1801 WEST RENO, OKLAHOMA CITY, OK 73106

10925   H J ARSENEAULT MS, 51 EUSTIS ST, ARLINGTON, MA 02174-7638

10925   H J POIST FURNITURE & APPLIANCE CO, 360 MAIN ST, LAUREL, MD 20707

10925   H JOHN MARIA, 55 HAYDEN AVE, LEXINGTON, MA 02173

10924   H K BUZBY & SON, P O BOX 452, LEBANON, NJ 08833

10924   H K BUZBY & SON, PO BOX 452, LEBANON, NJ 08833

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　H LANNY CRAGG, 12101 HILLOWAY ROAD W, MINNETONKA, MN 55305-2434

10924　H LEFF ELECTRIC COMPANY, THE, 1163 EAST 40TH STREET, CLEVELAND, OH 44114

10925　H LUREY & SON, INC, PO BOX 24, LAURENS, SC 29360

10925　H M ROYAL INCORPORATED, PO BOX 6798, BUENA PARK, CA 90622-6798

10925　H M ROYAL INCORPORATED, POBOX 28, TRENTON, NJ 08601-0028

10925　H MORRISON KERSHNER, 2306 SOUTHVIEW DR, FERGUS FALLS, MN 56537-3912

10925　H R MARSH REALTY CO, 24500 FAIRMOUNT DR, PO BOX 2463, DEARBORN, MI 48123-2463

10925　H RIGEL BARBER & BONNIE A BARBER, TR UA NOV 28 94 BARBER EXTENDED, TRUST, 900 N MICHIGAN AVE SUITE 1900, CHICAGO, IL 60611-1503

10925　H T BERRY CO INC, 50 NORTH ST, CANTON, MA 02021

10924　H T FERRON CO, 1335 CARLTON AVE, CHARLOTTESVILLE, VA 22902

10924　H T SALES, 718 10TH AVE, NEW YORK, NY 10019

10925　H T TREADWAY & SON CO, RD 1 BOX 15, GLEN ROCK, PA 17327

10925　H T TREADWAY, INC, 3625 ROSER RD., GLEN ROCK, PA 17327

10925　H V COMPONENTS, 1709 ROUTE 34, WALL, NJ 07719

10925　H V COMPONENTS, ASSSOCIATES INC, FARMINGDALE, NJ 07727

10925　H WAYNE ELLIOTT &, MARIAN B ELLIOTT JT TEN, 600 CARRSBROOK DR, CHARLOTTESVILLE, VA 22901-1220

10925　H WIGBOLDY SONS INC, 13631 SOUTH KOSTNER AVE, CRESTWOOD, IL 60445

10925　H WIGBOLDY SONS, INC, 13631 SOUTH KOSTNER AVE, CRESTWOOD, IL 60445

10925　H WILLIAM FINK LIFE, TENANT U/W MYRON J FINK, 7330 MILLBROOK RD, NORFOLK, VA 23505-3318

10925　H WILSON MANUFACTURING CO, PO BOX 481, JEFFERSON, GA 30549

10925　H&C INC, 9010 MAIER ROAD SUITE 123, LAUREL, MD 20723-6348

10925　H&D AUTO PARTS OF ZELLWOOD, PO BOX 452, ZELLWOOD, FL 32798

10925　H&H CHEMICAL COMPANY, PO BOX 7369, LAKE CHARLES, LA 70606

10924　H&H CONTRACTORS, 102 ENGLISH ST., TAZEWELL, VA 24651

10925　H&H INDUSTRIAL INSULATION, INC, PO BOX 2165, AUGUSTA, GA 30903

10925　H&H LANDSCAPING, PO BOX 740, CLARKSVILLE, MD 21029

10924　H&H MEDICAL CENTER, C/O ALLSTATES FIREPROOFING, 25 HOSPITAL CENTER BLVD., HILTON HEAD ISLAND, SC 29926

10925　H&H METAL CONTRACTORS, PO BOX 1369, SULPHUR, LA 70664

10925　H&H TESTING, INC, 19221 YORK RD., PARKTON, MD 21120

10925　H&K CONCRETE PRODS, 1518 PORT WASHINGTON RD, GRAFTON, WI 53024

10924　H&K CONCRETE PRODS, 1518 PORT WASHINGTON ROAD, GRAFTON, WI 53024

10924　H&K REDI MIX LTD, RT 3, BOX 11, FAIRMONT, WV 26554

10925　H&M FOODS INC, 8614 MONROE ROAD, CHARLOTTE, NC 28212

10925　H&M PALLET COMPANY, PO BOX 3127, CHERRY HILL, NJ 08034

10924　H&R ROOFING SUPPLY, 319 MONTGOMERY AVE, OXNARD, CA 93030

10924　H&S CHEMICAL, CAMBRIDGE, MA 02140

10924　H&S CHEMICAL, PO BOX 17186, CINCINNATI, OH 45217

10925　H&S ELECTRICAL & PLUMBING, INC, 543 BIRNEY ST , N.E., MARIETTA, GA 30060

10924　H&S HARDWARE (ACE 4993, 10,000 TAYLORSVILLE RD., LOUISVILLE, KY 40299

10924　H&S HARDWARE, 10001 TELLERSVILLE ROAD, JEFFERSONTOWN, KY 40299

10924　H&S HARDWARE, 10211 DIXIE HIGHWAY, LOUISVILLE, KY 40213

10925　H&S HARDWARE, 10211 DIXIE HWY., LOUISVILLE, KY 40213

10924　H&S HARDWARE, 5416 PRESTON HWY., LOUISVILLE, KY 40213

10924　H&S POOLS, 10020 TAYLORSVILLE, JEFFERSONTOWN, KY 40299

10924　H&W PLASTERING INC, 8337 SW 29TH, OKLAHOMA CITY, OK 73179

10924　H. & W. PLASTERING, INC, CAMBRIDGE, MA 02140

10924　H. B. FULLER CO., 6107 INDUSTRIAL WAY, HOUSTON, TX 77011

10924　H. B. ZACHRY, 11601 F.M. 1472, LAREDO, TX 78044

10924　H. B. ZACHRY, 502 W. OAKDALE RD., GRAND PRAIRIE, TX 75050

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   H. B. ZACHRY, HWY 6, MANVEL, TX 77578

10924   H. B. ZACHRY, P. O. BOX 722250, HOUSTON, TX 77272

10924   H. B. ZACHRY, PORTABLE, HWY 121 AND 75, MCKINNEY, TX 75069

10924   H. B. ZACHRY, WIRTZ DAM, MARBLE FALLS, TX 78654

10924   H. CARR & SON, 100 ROYAL LITTLE DRIVE, PROVIDENCE, RI 02904

10924   H. CARR & SONS INC, 100 ROYAL LITTLE DRIVE, PROVIDENCE, RI 02904

10924   H. CARR & SONS, 100 ROYAL LITTLE DRIVE, PROVIDENCE, RI 02940

10925   H. CARR & SONS, 18 BRITTANY WAY, NASHUA, NH 03063

10924   H. CARR, 100 ROYAL LITTLE DRIVE, PROVIDENCE, RI 02940

10925   H. FERNANDEZ, LORENZO, 2420 16TH ST #205, WASHINGTON, DC 20009

10925   H. KLEIN & SONS, 95 SEARING AVE, MINEOLA, NY 11501

10924   H. L. PRUITT CORP., 501 WADE STREET, WINTER SPRINGS, FL 32708

10925   H. M. ROYAL, PO BOX 6798, BUENA PARK, CA 90622-6798

10924   H. POLL ELECTRIC COMPANY, P.O. BOX 557, TOLEDO, OH 43693

10924   H. R. LUBBEN GROUP, INC, 3220 N. E. 14TH STREET, POMPANO BEACH, FL 33062

10924   H. S. MENSING, P.O. BOX 246, SOMERVILLE, NJ 08876

10924   H. S. MENSING, POLHEMUS LANE, BRIDGEWATER, NJ 08807

10924   H. TURNER PLASTERING CO, 3211 KNIGHTSEN DR., KNIGHTSEN, CA 94548

10925   H. WAYNE ELLICE, 4099 W. 71ST ST, CHICAGO, IL 60629

10924   H. WILSON MANUFACTURING CO., PO BOX481, JEFFERSON, GA 30549

10924   H.B. FULLER COMPANY, 2727 KINNEY N.W., GRAND RAPIDS, MI 49504

10924   H.B. FULLER COMPANY, 6107 INDUSTRIAL WAY, HOUSTON, TX 77011

10924   H.B. FULLER COMPANY, ASSEMBLY PRODUCTS DIVISION, GRAND RAPIDS, MI 49504

10924   H.B. FULLER COMPANY, CAMBRIDGE, MA 02140

10924   H.B. FULLER COMPANY, FOSTER PRODUCTS DIVISION, HOUSTON, TX 77011

10924   H.B. FULLER COMPANY, PO BOX 120200, SAINT PAUL, MN 55112-0013

10925   H.B. FULLER COMPANY, PO BOX 905326, CHARLOTTE, NC 28290-5326

10924   H.B. FULLER, 6107 INDUSTRIAL WAY, HOUSTON, TX 77011

10924   H.B. FULLER, C/O CUSTOM DRYWALL, VADNAIS HEIGHTS, MN 55110

10925   H.B. SMITH CORPORATION, 260 NORTH ELM ST., WESTFIELD, MA 01085-1614

10924   H.B. SUPREME CO., ROUTE 2 BOX 108, MARSHFIELD, IN 47956

10924   H.B. SUPREME, 2501 ROAD 500 WEST, MIDDLETOWN, IN 47356

10924   H.B.C ELECTRIC, 306 CHESTNUT ST., ROSELLE, NJ 07203

10925   H.C. ASSOCIATES, R A INBOWS LTD GEN COUNSEL, 421 W. 54TH ST, NEW YORK, NY 11019

10924   H.C. BECK, 211 MCKINNEY, PRINCETON, TX 75407

10924   H.C. BRILL, INC., 1912 MONTREAL, TUCKER, GA 30084

10924   H.C. BUCHANAN CONCRETE CO., 1410 ATLANTA AVE., ORLANDO, FL 32802

10924   H.C. BUCHANAN CONCRETE, INC., 1410 ATLANTA AVENUE, ORLANDO, FL 32806

10924   H.C. BUCHANAN CONCRETE, INC., 1600 ATLANTA, ORLANDO, FL 32806

10924   H.C. CHERN CORPORATION, 3211 WOOD STREET, EMERYVILLE, CA 94608

10924   H.C. CHERN CORPORATION, 478 LINDBERGH AVENUE, LIVERMORE, CA 94550

10925   H.C. NUTTING CO., 4120 AIRPORT ROAD, CINCINNATI, OH 45226

10924   H.C. RUMMAGE, HWY. 9, CHESTERFIELD, SC 29709

10925   H.C. SPINKS CLAY COMPANY, 275CAROTHERS LOOP, PARIS, TN 38242

10924   H.C.I. MATERIALS, P.O.BOX 804, PORTALES, NM 88130

10924   H.E.P. CONTRACTING INC, 1621 LOCUST, KANSAS CITY, MO 64108

10924   H.G. FENTON & CO, PO BOX64, SAN DIEGO, CA 92112

10924   H.G. REYNOLDS CO., C/O AIKEN TECH JOB, AIKEN, SC 29801

10924   H.G. REYNOLDS CO., C/O COLUMBIA CO. ELEMENTARY #2, GROVETOWN, GA 30813

10924   H.G. REYNOLDS CO., CAMBRIDGE, MA 99999

10924   H.G. REYNOLDS COMPANY,INC., 113 CONTRACT DRIVE, AIKEN, SC 29801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | H.G.P., PO BOX 31003, HONOLULU, HI 96820 | |
| 10925 | H.H. HOLMES TESTING, 170 SHEPARD AVE, WHEELING, IL 60090 | |
| 10924 | H.J. STABILE & SONS INC, CAMBRIDGE, MA 02140 | |
| 10924 | H.J.STABILE & SONS INCORP, 22 COTTON RD, NASHUA, NH 03061 | |
| 10925 | H.K. PORTER COMPANY INC., 1013 CENTRE ROAD, WILMINGTON, DE 19801 | |
| 10925 | H.K. PORTER CORPORATION, 355 5TH. AVE, PITTSBURGH, PA 15222-2407 | |
| 10924 | H.K. STUBBS JUSTICE CENTER, 1985 MANCHESTER ROAD, AKRON, OH 44314 | |
| 10924 | H.L. HEGGSTAD, INC., 1333 OLD COUNTRY RD., BELMONT, CA 94002 | |
| 10924 | H.L. HEGGSTEAD/OHLONE COLLEGE, 43600 MISSION BLVD., FREMONT, CA 94539 | |
| 10924 | H.L. MOONEY, RIPPEN LANDING BLVD, WOODBRIDGE, VA 22191 | |
| 10924 | H.L.HEGGSTAD/215 FREMONT, SAN FRANCISCO, CA 94101 | |
| 10924 | H.L.HEGGSTAD/S.F.STATE UNIVERSITY, HENSILL HALL, 1600 HOLLOWAY AVE., SAN FRANCISCO, CA 94132 | |
| 10925 | H.M. WOOD, 317 CHURCH ST., BALTIMORE, MD 21225 | |
| 10924 | H.P. PLASTER/ARTESIA BLDG MTL, NEWPORT BEACH, CA 92657 | |
| 10925 | H.P. RODGERS, 104 OLD HOUSE CT., BALTIMORE, MD 21208 | |
| 10924 | H.P.C. URETHANE, MILE 36.5 PARKS HIGI-WAY, PALMER, AK 99645 | |
| 10924 | H.P.C., PO BOX 3417, PALMER, AK 99645 | |
| 10924 | H.P.C.URETHANE/PALMER HOSPITAL, PO BOX3417, PALMER, AK 99645 | |
| 10925 | H.R. BEST, 238 SOUTH BROAD ST, WOODBURY, NJ 08096 | |
| 10925 | H.R. DIRECT, PO BOX 150497, HARTFORD, CT 06115 | |
| 10924 | H.R. LUBBEN GROUP, INCORPORATED, 11 GLENBROOK DRIVE - SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | H.R.BEST OFFICE SYSTEMS, 1093 DELSEA DR., WESTVILLE, NJ 08093 | |
| 10924 | H.S. PRODUCTS, 707 SOUTH STATE COLLEGE BLVD, FULLERTON, CA 92831-5127 | |
| 10924 | H.S.MENSING, PO BOX 246, SOMERVILLE, NJ 08876 | |
| 10925 | H.T. ILLING CO., PO BOX 080017, MILWAUKEE, WI 53208-0017 | |
| 10924 | H.T. SALES CO, CAMBRIDGE, MA 02140 | |
| 10924 | H.T. SALES, 718 10TH AVENUE, NEW YORK, NY 10019 | |
| 10925 | H.T. TREADWAY & SON CO., RD 1 BOX 15, GLEN ROCK, PA 17327 | |
| 10925 | H.T. TREADWAY & SON, 2909 SPARROWS PT. ROAD, BALTIMORE, MD 21219 | |
| 10925 | H.T. TREADWAY INC., RD 1 BOX 15, GLEN ROCK, PA 17327 | |
| 10924 | H.U.P., 32 PLUM ST., TRENTON, NJ 08638 | |
| 10924 | H2 PRECAST CONCRETE PRODUCTS, 4919 CONTRACTORS DRIVE, EAST WENATCHEE, WA 98802 | |
| 10924 | H2 PRECAST, INC, 4919 CONTRACTORS DRIVE, EAST WENATCHEE, WA 98802 | |
| 10925 | H2L, 122 EDGEWORTH ST, GREENVILLE, SC 29607 | |
| 10925 | H2O ENVIRONMENTAL INC, 1350 E GREG ST SUITE 6, SPARKS, NV 89431 | |
| 10925 | H2O ENVIRONMENTAL, POBOX 371134, LAS VEGAS, NV 89137 | |
| 10925 | H2O ENVIRONMENTALINC., 1061 W. OAKLAND PARK BLVD, FORT LAUDERDALE, FL 33311 | |
| 10925 | H2O TEC, INC, 3055 RIVER ROAD WEST, PO BOX 257, GOOCHLAND, VA 23063 | |
| 10925 | HA, DOAN DANG, 1710 CENTRE AVE, READING, PA 19601 | |
| 10925 | HA, YOUNG SOO, 1526 HILLVIEW DRIVE, LOS ALTOSVIEW, CA 94024 | |
| 10925 | HAACK, ROBIN, 8 COLONIAL CT. STUYVESANT HILLS, HOCKESSIN, DE 19707 | |
| 10925 | HAACK, STEVEN, 6057 28TH AVE DR, VINTON, IA 52349 | |
| 10925 | HAAG, JR, THEODORE B, 2519 KNIGHTWOOD WAY, RANCHO CORDOVA, CA 95670 | |
| 10925 | HAAG, -JR., 2519 KNIGHTWOOD WAY, RANCHO CORDOV, CA 95670 | |
| 10925 | HAAG, MARY, 2700 N DALE ST, ROSEVILLE, MN 55113 | |
| 10925 | HAAGEN, ANGIE, ROUTE 1 BOX 168, COLBERT, GA 30628 | |
| 10925 | HAAGENSON, GARRY, 6820 2ND AVE CR E, WILLISTON, ND 58801 | |
| 10925 | HAAGENSON, RANDY, 204 5TH ST NE, CROSBY, ND 58730 | |
| 10925 | HAAKE, PO BOX 101851, ATLANTA, GA 30392-1851 | |
| 10925 | HAAKONSON, MARILYN, 145 N MAPLE ST, GREEN BAY, WI 54303 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HAAR, GLADYS, 2512 HAVEN COURT SW, CEDAR RAPIDS, IA 52404

10925   HAAR, HENRY, 2512 HAVEN CT SW, CEDAR RAPIDS, IA 52404

10925   HAAR, HERBERT, 2019 ROGUE RVR HWY 29, GOLD HILL, OR 97525-9721

10925   HAAR, JEAN, 2019 ROGUE RIVER HWY, SP 29, GOLD HILL, OR 97525

10925   HAAR, RAYMOND F, 802 S PORTLAND, MESA, AZ 85206

10925   HAARMANN & REIMER CORP., DEPT. AT 40118, ATLANTA, GA 31192-0118

10924   HAARMANN & REIMER, 12 SPRAGUE AVE. / BLDG. 17, MIDDLETOWN, NY 10943

10924   HAARMANN & REIMER, 300 NORTH STREET, TETERBORO, NJ 07608

10925   HAAS GOLEMAN, 729 NORTH FRAZIER, PO BOX 3007, CONROE, TX 77305

10925   HAAS, DAVID, 10 DANA ST #406, CAMBRIDGE, MA 02138

10925   HAAS, E, 1904 CANTRBURY LN, M-30, SUN CITY WEST, FL 33573

10925   HAAS, ERIC T, 392 CENTRAL PK W APT 5P, NEW YORK, NY 10025-5810

10925   HAAS, ERIC, 512 JAMESTOWN COURT, EDGEWOOD, MD 21040

10925   HAAS, GERALDINE, 2030 HAWKHURST CIRCLE, SUN CITY WEST, FL 33573

10925   HAAS, HELEN, 4010 E OLD GOSHEN RD SE, LACONIA, IN 47135

10925   HAAS, JEAN, 497 IROQUOIS CT, SUFFERN, NY 10901

10925   HAAS, JULIE, 16900N-700W, DEMOTTE, IN 46310

10925   HAAS, LAURA, 812 GOSHEN RD, WESTCHESTER, PA 19380

10925   HAAS, MARGARET A, 12060 W. GRANGE AVE, HALES CORNERS, WI 53130

10925   HAAS, SHANNYN L, 5310 W 49TH ST, ROELAND PARK, KS 66205

10925   HAAS, STEVEN, 40 JEROLD ST., PLAINVIEW, NY 11803

10925   HAAS, STEVEN, 611 7TH AVE. W., WILLISTON, ND 58801

10925   HAAS, STEVEN, R D #1 BOX 1531, LEESPORT, PA 19533

10925   HAASE, CRAIG, 509 NORTH FENWICK ST, ALLENTOWN, PA 18103

10925   HAASE, GLEN, 4223 CRESSFELL RD., IRMO, SC 29063

10925   HAASE, NICHOLAS, 7825 STANWAY PLACE, BOCA RATON, FL 33433

10925   HAASE, PATRICIA, 275 HAZLETT WAY, SOMERSET, NJ 08873

10925   HABBA ZABRISKE & DARON INC, 217 N. LINDBERG, GRIFFITH, IN 46319

10925   HABBEN, HARLAN, 2319 S PAXTON, SIOUX CITY, IA 51106

10925   HABECKER, BARNEY, 1700A RANCH ROAD 12, SAN MARCOS, TX 78666

10925   HABEGGER, JAMES, 1462 BARNES DR, WOOSTER, OH 44691

10925   HABEL, MORGAN, RICK E HABEL 13, VERADALE, WA 99037

10925   HABEL, RICK, 13912 E 9TH COURT, VERADALE, WA 99037

10925   HABEL, RICK, 13912 E 9TH CT, VERADALE, WA 99037

10925   HABELMAN JR, ROBERT L, 1488 AQUA RD, BLACK RIVER FALLS, WI 54615-7609

10925   HABENICHT, J, 24419 SE MIRRORMONT BLVD, ISSAQUAH, WA 98027

10925   HABER, LAWRENCE, 12908 FLACK ST, SILVER SPRING, MD 20906

10925   HABERLAND, LYNNE, 9407 N. 49TH ST #105, 105, BROWN DEER, WI 53223

10924   HABERSHAM COUNTY DETENTION CENTER, C/O ANGEL PAINT COMPANY, CLARKESVILLE, GA 30523

10924   HABERSHAM HARDWARE CO, PO BOX1525, CORNELIA, GA 30531

10924   HABERSHAM HARDWARE, 214 FRONT ST., CORNELIA, GA 30531

10924   HABERSHAM METAL PRODUCTS COMPANY, P.O. BOX 739, CORNELIA, GA 30531

10925   HABETZ, DWIGHT, 212 S. CHEVIS, RAYNE, LA 70578

10925   HABIB JR, E, 12420 BENSON BRANCH ROAD, ELLICOTT CITY, MD 21042

10925   HABIB JR, ET, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   HABIB, EMILE, 1008 SEVEN SPRINGS ROAD, SPARTANBURG, SC 29302

10925   HABIBI TRAIN UNIT, 171 EDWIN ELLENDER RD., SULPHUR, LA 70663

10925   HABIGER, SYLVESTER W, 5943 ASPEN, GREAT BEND, KS 67530

10925   HABIGER, SYLVESTER, 5943 ASPEN, GREAT BEND, KS 67530

10925   HABITAT FOR HUMANITY, 920 FREDERICA ST SUITE 407A, OWENSBORO, KY 42303

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　　HABTE, BERHANU, 7177 BRIDGEWOOD DR. APT D, INDIANAPOLIS, IN 46268

10925　　HABUSH HABUSH DAVIS AND ROTTIER SC, 777 EAST WISCONSIN AVE, SUITE 2300, MILWAUKEE,, WI 53202

10925　　HACH CO, DEPT 198, DENVER, CO 80281-0198

10924　　HACH CO., 100 DAYTON AVENUE, AMES, IA 50010

10925　　HACH CO., 2207 COLLECTIONS CENTER DR., CHICAGO, IL 60693

10924　　HACH CO., PO BOX 389, LOVELAND, CO 80539-0389

10925　　HACH CO., PO BOX 608, LOVELAND, CO 80539-0608

10925　　HACH CO./AMERICAN SIGMA, 5600 LINDBERGH DRIVE, LOVELAND, CO 80539

10925　　HACH COMPANY, 2207 COLLECTIONS CENTER DR, CHICAGO, IL 60693

10925　　HACH COMPANY, 2207 COLLECTIONS CENTER DR., CHICAGO, IL 60693

10925　　HACH COMPANY, 2207 COLLECTIONS CENTER DRIVE, CHICAGO, IL 60693

10925　　HACH COMPANY, 5600 LINDBERG DRIVE, LOVELAND, CO 80537

10924　　HACH COMPANY, 5600 LINDBERGH DRIVE, LOVELAND, CO 80537

10924　　HACH COMPANY, ACCOUNTS PAYABLE, LOVELAND, CO 80539

10925　　HACH COMPANY, DEPT 198, DENVER, CO 80281-0198

10925　　HACH COMPANY, PO BOX 389, LOVELAND, CO 80539

10925　　HACHE, RANDY A, 5400 BROKEN SOUND BLVD NW #300, BOCA RATON, FL 33487

10925　　HACHE, RANDY, 650 SW 2ND AVE #245E, BOCA RATON, FL 33432

10924　　HACHODAY SCHOOL, 1600 WELCH ROAD, DALLAS, TX 75229

10925　　HACK, W, 2707 HWY 127, LOGAN, IA 51546

10925　　HACKADAY, SUZANNE, 4435 C.R. 400, MILLERSBURG, OH 44654

10925　　HACKBERT, PATRICK, 12226 APPLE ORCHARD, FAIRFAX, VA 22033

10925　　HACKENBERG, JAMES, 705 SAYLOR CT., TOWSON, MD 21204

10924　　HACKENSACK MEDICAL OFFICE BLDG, PROSPECT AVENUE, HACKENSACK, NJ 07601

10924　　HACKENSACK UNIVERSITY MEDICAL CEN., PROSPECT AVENUE, HACKENSACK, NJ 07602

10925　　HACKER, MICHAEL, 430 W. MUHAMMAD ALI, LOUISVILLE, KY 40202

10925　　HACKETT GROUP, THE, 1691 GEORGETOWN RD, UNT A, HUDSON, OH 44236

10925　　HACKETT, GEORGE, 135 KOPF ROAD, BELLMORE, NY 11710

10925　　HACKETT, KELLI, E 5456 TENTH RD, ALGOMA, WI 54201

10925　　HACKETT, KEVIN, 7242 QUAIL MEADOW LN, CHARLOTTE, NC 28226

10925　　HACKETT, RACHAEL, 3830 W. NATIONAL AVE, MILWAUKEE, WI 53215

10925　　HACKL D.O. PLC, PAMELA J, 3309 QUAIL HOLLOW DR #A, LAMBERTVILLE, MI 48144

10925　　HACKMAN, HELEN, 290 JACOLYN DR NW, CEDAR RAPIDS, IA 52405

10925　　HACKMAN, VICTOR, 1507 10TH AVE SW, CEDAR RAPIDS, IA 52404

10925　　HACKNEY & SONS, INC, 400 HACKNEY AVE, WASHINGTON, NC 27889

10925　　HACKNEY, CHRISTINE, 6647 HATCHERY, WATERFORD, MI 48327-1127

10925　　HACKNEY, RONNIE, PO BOX 4223, MARBLETON, WY 83113

10925　　HACKNEY, SUSAN, 109 WESTWOOD DRIVE, NASHUA, NH 03062

10925　　HACKROTT, PAUL, 236 MARRANO PKWY, CHEEKTOWAGA NY, NY 14227

10925　　HACKSHAW, ANDREA, 5 PALMETTO COURT, NEW BRUNSWICK, NJ 08901

10925　　HACKWORTH, DIANE, 1414 DEWEY ST, NEW ALBANY, IN 47150-5745

10925　　HADA, MATTHEW, 8262 MER ROUGE DRIVE, GERMANTOWN, TN 38138

10925　　HADAM, GOLDIE, CUST FOR RONALD TERRY HADAM, UNIF GIFT MIN ACT OHIO, 4207 59TH ST WEST, BRADENTON, FL 34209-6663

10925　　HADDAD, CHRISTINE, 63 COLINKELLY ROAD, SOUTH PORTLAND, ME 04106

10925　　HADDAD, MARJORIE, 25 JOHNSON RD, ARLINGTON, MA 02174

10925　　HADDEN, CLIFFORD, 26267 SE 159 LANE, UMATILLA, FL 32784

10925　　HADDEN, CURTIS, 124 BEARDEN DRIVE, DUNCAN, SC 29334-9793

10925　　HADDEN, JOHN, PO BOX 822, BAKER, LA 70704

10925　　HADDOCK, JAMES, 1437 KNAPP ST, OSHKOSH, WI 54901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  HADDOCK, MARY, PO BOX 115, MULBERRY, FL 33860-0115

10925  HADDOCK, TERRY, PO BOX 267 CLINTON SC, CLINTON, SC 29325

10925  HADDOCK, WENDELL, 4077 LANA DRIVE, LAKELAND, FL 33813-3931

10925  HADDOCK, WILLIE, 16 PLACID LANE, WILLINGBORO, NJ 08046

10924  HADDOFIELD LUMBER, 646 S DELSEA DR., VINELAND, NJ 38360

10924  HADDONFIELD LUMBER, 1350 BRACE RD., HADDONFIELD, NJ 08033

10924  HADDONFIELD LUMBER, P.O. BOX 1038, HADDONFIELD, NJ 08033

10925  HADFIELD, GEORGE, 25 BONNIE AVE, DRACUT, MA 01826-2714

10925  HADLEY, BECKY, 1312 NW 12TH PLACE, ANDREWS, TX 79714

10925  HADLEY, DAVID, PO BOX 1856, SIMPSONVILLE, SC 29681

10925  HADLEY, JR, DANIEL, #10 CEDAR LANE, GRETNA, LA 70053

10925  HADRAVA, JERRY, 615 ROSEDALE RD. SE, CEDAR RAPIDS, IA 52403

10925  HADRAVA, LARRY, 8264 GLASGOW CT., JACKSONVILLE, FL 32244

10925  HADSALL, PATRICIA, PO BOX 83, WEST YELLOWSTONE, MT 59758

10925  HADSELL, DONALD, 366 HARCOURT, SAN ANTONIO, TX 78223-3401

10925  HADSELL, WILLIAM, 7950 BELLFORT, 185, HOUSTON, TX 77061

10925  HADZERIGA, AZUCENA A, 6058 OWENS ST, ARVADA, CO 80004-4645

10925  HAEGELE, JOHN, N6145 EAST LAKE DR, KEWAUNEE, WI 54216

10925  HAENDEL, MARY, 1106 MCKINLEY ST, WEST BEND, WI 53095

10925  HAESELER, JOHN H, 115 CUMMINGS AVE, GENEVA, OH 44041-1327

10924  HAESSLY & HAESSLY, INC., 605 WILHORN ROAD, NEKOOSA, WI 54457

10925  HAEUSSLER, EMILY A, 9928 WESTPARK, FT WORTH TX, TX 76126

10925  HAEUSSLER, MARK, 9434 OLD MAN COURT, COLUMBIA, MD 20722

10925  HAEWON UHM, 122 REVERE CT, COLLEGEVILLE, PA 19426

10925  HAFER, ANNA MARIE, 12 GINGERBUSH ROAD, LEVITTOWN, PA 19057

10925  HAFF BUSINESS FORMS INC, 30 NORTH ST, HINGHAM, MA 02043

10925  HAFF BUSINESS FORMS INC, PO BOX 310, HINGHAM, MA 02043-0310

10925  HAFF BUSINESS FORMS, PO BOX 310, HINGHAM, MA 02043-0310

10925  HAFF, JAMES, 477 NEWBERRY COURT, LAKE ZURICH, IL 60047

10925  HAFFNER, DARRYL, 95 LINDEN AVE, VERONA, NJ 07044-2203

10925  HAFFNER, DAVID, PO BOX 3369, KENAI, AK 99611

10925  HAFFNER, MELINDA, PO BOX 906, SOLDOTNA, AK 99669

10925  HAFLICH, LALITA, 1013 CHERRY LN, W MEMPHIS, AR 72301

10925  HAFNER, KAREN, 7248 MURDOCH AVE., ST. LOUIS, MO 63119

10925  HAFNER, L, 5855 ROSE MONT AVE, STUART, FL 34994

10925  HAFNER, LILLIAN, 15 YORKSHIRE PLACE, PARLIN, NJ 08859

10925  HAFNER, LISA A, 3034 INDIAN ST SE, STUART, FL 34994

10925  HAFNER, LISA, 5855 ROSEMONT AVE, STUART, FL 34994

10925  HAFRAN, NEPOMOCENA, 8631 W. BURLEIGH, MILWAUKEE, WI 53222

10925  HAFT, GERALD, 1870 PORCUPINE BAY RD, ELLISON BAY, WI 54210-9729

10925  HAGADORN, KENNETH, 10080 GROOMSBRIDGE ROAD, ALPHARETTA, GA 30202

10925  HAGAN JT TEN, ANNE M & THERESA J, 812 MEETING HOUSE ROAD, CINNAMINSON, NJ 08077-3706

10925  HAGAN, CASSANDRA, 17917 KEYSTONE, GREENWELL SPRINGS, LA 70739

10925  HAGAN, ELLA, 10201 QUEEN ELIZABETH DRIVE, UPPER MARLBORO, MD 20772

10925  HAGAN, HARVEY, 1200 W 14TH ST, ODESSA, TX 79763

10925  HAGAN, JAMES, 410 ASHLEY COURT, SMYRNA, GA 30082

10925  HAGAN, JEROME, HC 80 BOX 290-A, LEESVILLE, LA 71446

10925  HAGAN, JOHN, 200 DELAWARE AVE, RIVERSIDE, NJ 08075

10925  HAGAN, JOSEPH, 1015 W FIFTH ST, ROANOKE RAPIDS, NC 27870

10925  HAGAN, KEISHA, 3525 ST GERMAINE CT, LOUISVILLE, KY 40207

10925  HAGAN, KIM, 4249 FARR CT, GROVE CITY, OH 43123

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HAGAN, LEE, 2602 WESTWOOD, NASHVILLE, TN 37212 | |
| 10925 | HAGAN, LYNN, 517 E. 51ST ST, SAVANNAH, GA 31405 | |
| 10925 | HAGAN, RAYMOND, 1029 MONROE ST., LAKELAND, FL 33801-5644 | |
| 10925 | HAGAN, THOMAS, 100 MERRIMACK AVE UNIT 134 BLDG G, DRACUT, MA 01826 | |
| 10925 | HAGAN, WILLIAM, 2656 SOUTHAMPTON ROAD, OWENSBORO, KY 42303 | |
| 10925 | HAGANS, RIVKA, 521 SEGWOOD, COLUMBIA, SC 29203 | |
| 10925 | HAGANY, DAVID, 4534 MC CANN ROAD, MADISON, WI 53714 | |
| 10925 | HAGAR, JESSE, 14 1/2 COTTAGE, RUTLAND, VT 05701 | |
| 10925 | HAGE, DEBRA, 3212 WEST, PHOENIX, AZ 85029 | |
| 10925 | HAGE, LINDA, 2208 CORONADO CON., SANFORD, FL 32771 | |
| 10925 | HAGE, PATRICIA, 1838 F ST., SPARKS, NV 89431 | |
| 10925 | HAGEDUS GRAPHIC DESIGN, 37 BOROSKEY DR., FAIRFIELD, CT 06430 | |
| 10924 | HAGELIN & COMPANY INC., 200 MEISTER AVENUE, SOMERVILLE, NJ 08876 | |
| 10924 | HAGELIN & COMPANY, INC., 200 MEISTER AVENUE, SOMERVILLE, NJ 08876 | |
| 10925 | HAGEMAN, DANIEL, 10222 MONROVIA, LENEXA, KS 66215 | |
| 10925 | HAGEMEISTER, FLORENCE, 11110 E CORTEZ ST, SCOTTSDALE, AZ 85258 | |
| 10925 | HAGEMEISTER, WILLIAM, 11110 E. CORTEZ, SCOTSDALE, AZ 85259-3043 | |
| 10925 | HAGEMES, JOHN, 1936 E. FAIRMONT ST, ALLENTOWN, PA 18103 | |
| 10925 | HAGEN, ANGELA, RR BOX 31, VAN HORNE, IA 52346 | |
| 10925 | HAGEN, CARLTON, 134 COUNTRY CLUB DRIVE, LANSDALE, PA 19446 | |
| 10925 | HAGEN, JOHN, RFD #1 BOX 325A OLD STAGE RD, BARNSTEAD, NH 03218 | |
| 10925 | HAGEN, KAREN, 8601 INTERNATIONAL, AVE #, CANOGA PARK, CA 91304 | |
| 10925 | HAGEN, LEONARD, 4900 126TH AVE NW, EPPING, ND 58843-9768 | |
| 10925 | HAGEN, N, 2003 GREEN LANE, ALEXANDRIA, MN 56308 | |
| 10925 | HAGEN, STEPHEN, 121 FILMORE, ST LOUIS, MO 63111 | |
| 10925 | HAGEN, WALTER, 302 S. WILSON ST, JEFFERSON, IA 50129 | |
| 10925 | HAGENBUCH, STEVEN, 60 BRAITHWAITE LN, QUAKERTOWN, PA 18951 | |
| 10925 | HAGER, DAVID, 7306 LAURIE LEE LANE, GLEN BURNIE, MD 21060 | |
| 10925 | HAGER, GARY, 5345 SO CROCKER ST, LITTLETON, CO 80120 | |
| 10925 | HAGER, GARY, 6609 RUMFIRE CT., GLEN BURNIE, MD 21060 | |
| 10925 | HAGER, HAROLD, 15 NORTH RICHARDS AVE, SOMERVILLE, NJ 08876 | |
| 10925 | HAGER, KEITH, 4737 PRINCESS LN, 185, DEL CITY, OK 73115 | |
| 10925 | HAGER, MICHAEL, 3312 CARDINAL RIDGE, GREENSBORO, NC 27410 | |
| 10925 | HAGER, RICHARD, 7306 LAURIE LEE LANE, GLEN BURNIE, MD 21060 | |
| 10925 | HAGER, RONALD, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | HAGER, STACEY, 5681 N. 56TH ST, MILWAUKEE, WI 53218 | |
| 10925 | HAGER, TRACI, 2984 IROQUOIS DR, THOMPSONS STATION, TN 37179-5022 | |
| 10924 | HAGERSTOWN BLOCK CO INC T, 860 OAK ST, HAGERSTOWN, MD 21740 | |
| 10924 | HAGERSTOWN BLOCK CO INC., 860 OAK STREET, HAGERSTOWN, MD 21740 | |
| 10924 | HAGERSTOWN BLOCK CO. INC., 860 OAK STREET, HAGERSTOWN, MD 21740 | |
| 10924 | HAGERSTOWN BLOCK CO., THE, 145 HUMP RD., HAGERSTOWN, MD 21740 | |
| 10925 | HAGERSTOWN CONSTRUCTION SERVICES, 1023 MARYLAND AVE, HAGERSTOWN, MD 21740 | |
| 10925 | HAGERTY, EDWARD, 3700 OLD LEBANON DIRT ROAD, MOUNT JULIET, TN 37122 | |
| 10925 | HAGERTY, MARIE, 25352 WESTBORNE DR, DANA POINT, CA 92629-0000 | |
| 10925 | HAGGARD, ALVIN, 304 W WEBB RD, EGGLEVILLE, TN 37060 | |
| 10925 | HAGGARD, FRED, 4 N GARDEN CT, GREENVILLE, SC 29615 | |
| 10925 | HAGGARD, LUTHER, RT 2 BOX 337, ATHENS, TN 37303 | |
| 10925 | HAGGARD, RACHEL, 4 NORTH GARDEN ST, GREENVILLE, SC 29615 | |
| 10925 | HAGGARD, TAMMY, 725 WEST 2ND, MORRISTOWN, TN 37814 | |
| 10925 | HAGGERTY SCHOOL, 36 CAMP ST #2, CAMBRIDGE, MA 02141 | |
| 10925 | HAGGIS, APRIL, 11 ROCKLAND ST, FAIRHAVEN, MA 02719 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAGHSHENASS, NEGAR, 10252 CHERRY WALK CT, OAKTON, VA 22124 | |
| 10925 | HAGINS, BETTYE, 10N VIVYEN ST, BERGENFIELD, NJ 07621 | |
| 10925 | HAGINS, BRUCE, 861 EDWIN LANFORD RD, WOODRUFF, SC 29388 | |
| 10925 | HAGIWARA, YOSHICHI, 4-1-5-203 MIYANOSATO, ATSUGI, KANAGAWA, 243-02JAPAN | *VIA Deutsche Post* |
| 10925 | HAGLER & ASSOCIATES, LLC, 1207 EAST 23RD ST, CHATTANOOGA, TN 37408 | |
| 10925 | HAGLER, BRIAN, 3930 MONROE, SIOUX CITY, IA 51108 | |
| 10925 | HAGLER, HEATHER, 1529 LAKESHORE, ST. CHARLES, MO 63303 | |
| 10925 | HAGLER, TYRUS, 5782 OGEECHEE RD, SAVANNAH, GA 31405 | |
| 10925 | HAGLUND, BRIAN, PO BOX 426, N. GRAFTON, MA 01536 | |
| 10925 | HAGLUND, REUBEN, 413 EIGHTH ST CT, LUCK, WI 54853 | |
| 10925 | HAGMAN, DONALD E, 5529 U S 60-E, OWENSBORO, KY 42303-9776 | |
| 10925 | HAGMAN, DONALD, 3611 LEWIS LANE, OWENSBORO, KY 42301 | |
| 10925 | HAGN, BARBARA, 800 SOUTH 1ST, MCALLEN, TX 78501 | |
| 10925 | HAGNELL, STEVEN, 2142 WEST FARWELL, CHICAGO, IL 60645 | |
| 10925 | HAGOOD, EDWARD, 12828 LARISSA LN, NEOSHO, MO 64850 | |
| 10925 | HAGOOD, MARIE, 29 FULLER ST, SOMERSET, NJ 08873 | |
| 10925 | HAGOPIAN, GEORGE, 1 ROULSTON CIRCLE, ANDOVER, MA 01810 | |
| 10925 | HAGSTOZ, BRIDGET, 1310 BROADWOOD AVE, CINNAMINSON, NJ 08077 | |
| 10925 | HAGUE, MARGARET, 535 S BENNETTS BR RD, SIMPSONVILLE, SC 29681 | |
| 10925 | HAGUE, VERN, PO BOX 1361, MILLS, WY 82644-1361 | |
| 10925 | HAGUEWOOD, CORBETT, 101 SOURWOOD DR., SENECA, SC 29678 | |
| 10925 | HAHESY, FLORENCE, 48 MIDDLE ST, WOBURN, MA 01801-1906 | |
| 10924 | HAHN & CLAY, 5100 CLINTON DRIVE, HOUSTON, TX 77020 | |
| 10925 | HAHN & CLAY, PO BOX 15521, 15521, HOUSTON, TX 77020 | |
| 10924 | HAHN & CLAY, PO BOX 15521, HOUSTON, TX 77020 | |
| 10924 | HAHN & CLAY, PO BOX 15521, HOUSTON, TX 77220 | |
| 10924 | HAHN INDUSTRIES, 300 S. WALNUT STREET, CULLOM, IL 60929 | |
| 10924 | HAHN INDUSTRIES, P.O. BOX 355, CULLOM, IL 60929 | |
| 10925 | HAHN LOESER & PARKS, 200 PUBLIC SQUARE, CLEVELAND, OH 44114-2301 | |
| 10925 | HAHN LOESER PARKS LLP, 10 WEST BROAD ST , STE 1800, COLUMBUS, OH 43215-3420 | |
| 10925 | HAHN LOESER PARKS LLP, 200 PUBLIC SQUARE, CLEVELAND, OH 44114-2824 | |
| 10925 | HAHN LOESER PARKS LLP, PO BOX 72193, CLEVELAND, OH 44192-0193 | |
| 10924 | HAHN READY MIX, 1600 S.E. 6TH STREET, ALEDO, IL 61231 | |
| 10924 | HAHN READY MIX, 2570 INDUSTRIAL CONNECTOR ROAD, MUSCATINE, IA 52761 | |
| 10924 | HAHN READY MIX, 306 W. RAINBOW DRIVE, WEST LIBERTY, IA 52776 | |
| 10924 | HAHN READY MIX, 400 TRAILS ROAD, ELDRIDGE, IA 52748 | |
| 10924 | HAHN READY MIX, 401 8TH STREET, DURANT, IA 52747 | |
| 10924 | HAHN READY MIX, 419 WEST 1ST STREET, WILTON, IA 52778 | |
| 10924 | HAHN READY MIX, BLUE GRASS PLANT, FAIRPORT, IA 52761 | |
| 10924 | HAHN READY MIX, P O BOX 1187, MUSCATINE, IA 52761 | |
| 10924 | HAHN READY MIX, P.O. BOX 1187, MUSCATINE, IA 52761 | |
| 10924 | HAHN READY MIX, PORTABLE PLANT, MUSCATINE, IA 52761 | |
| 10925 | HAHN, DONALD, RT 3 BOX 507, MT VERNON, TX 75457 | |
| 10925 | HAHN, HAROLD, 121 MAXON DRIVE, WEST LIBERTY, IA 52776 | |
| 10925 | HAHN, HEATHER, 179 TILLOTSON, FANWOOD, NJ 07023 | |
| 10925 | HAHN, JAMES, 539 CHARLETT, BURKBURNETT, TX 76354 | |
| 10925 | HAHN, JR, WILLIAM A, 502 WA. AVE., TOWSON, MD 21204-5340 | |
| 10925 | HAHN, KIMBERLY, 10920 WHITEHALL MAN, BRIDGETON, MO 63044 | |
| 10925 | HAHN, MARYLN M, 2709 176TH AVE E, SUMNER, WA 98390-9417 | |
| 10925 | HAHN, PAUL, 7720 DEER HAVEN LN, REEDSVILLE, WI 54230 | |
| 10925 | HAHN, RENEE, 1365 E. MAIN ST, PORTSMOUTH, RI 02871 | |

page 9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAHN, RICHARD, 237 KINGS RD, SCHENECTADY, NY 12304 | |
| 10925 | HAHN, SCOTT, 3817 GRACELAND COURT, ELLICOTT, MD 21042 | |
| 10925 | HAHN, SUN, 2878 E BURN AVE, BROOMALL, PA 19008 | |
| 10925 | HAHN, V. ARDELL, N5478 FIRST ST, FREDONIA, WI 53021 | |
| 10925 | HAI FENG CHEN, 4702 COMMONS DR. APT 202, ANNANDALE, VA 22003 | |
| 10925 | HAI NHU TRAN, 6701 TESORO PLACE NE, ALBUQUERQUE, NM 87113-1968 | |
| 10925 | HAI, GR-32009, 0GREECE | *VIA Deutsche Post* |
| 10925 | HAI, MA, 432 ZONA CT, LONG BEACH, CA 90802 | |
| 10925 | HAIDEN, DAVID, 1088 CORMIER RD, GREEN BAY, WI 54304 | |
| 10925 | HAIDRI, SHABNAM, 5252 WISC AVE N W, WASH, DC 20016 | |
| 10924 | HAIER REFRIGERATOR MFG., 429 BLACK RIVER RD., CAMDEN, SC 29020 | |
| 10925 | HAIG TORIGIAN, 409 KISMET RD, PHILADELPHIA, PA 19115-1110 | |
| 10925 | HAIG YAZUJIAN CUST DIKRON, YAZUJIAN A MINOR UNDER PL, 1955 CHAPT 139 LAWS OF NJ, C/O DIKRAN H YAZUJIAN, 313 KIMBERWICK CT, TELFORD, PA 18969-1863 | |
| 10925 | HAIG, OWEN, 7534 BASELAKE RD, DEXTER, MI 48130 | |
| 10925 | HAIGHT BROWN & BONESTEEL LLP, 100 BUSH ST 27TH FL, SAN FRANCISCO, CA 94104-3902 | |
| 10924 | HAIGHT ROOF CO INC, 4816 15TH AVE NW, SEATTLE, WA 98107 | |
| 10924 | HAIGHT ROOFING CO., 4910 15TH AVENUE, SEATTLE, WA 98107 | |
| 10924 | HAIGHT ROOFING, CAMBRIDGE, MA 02140 | |
| 10925 | HAIGHT, BETTE, 2222 29TH ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | HAIGHT, CHARLES, 49 FAIRMOUNT, NASHUA, NH 03060 | |
| 10925 | HAIGHT, DAVID, 63 TOPSFIELD CIR, SHREWSBURY, MA 01545 | |
| 10925 | HAIGHT, HAROLD, 800 W COMMUNITY COLLEGE DR., SAN JACINTO, CA 92383-2353 | |
| 10925 | HAIGHT, KERRY, 3509 COMANCHE PLACE, OWENSBORO, KY 42301 | |
| 10925 | HAIGHT, SHANNON, 13564 HIGHLAND MEWSC, HERNDON, VA 22071 | |
| 10925 | HAIGLER, DAVID, 161 BABOOSIC LAKE RD, MERRIMACK, NH 03054 | |
| 10925 | HAIGLER, MICHAEL, 19 CURRIER RD, MERRIMACK, NH 03054 | |
| 10925 | HAIL, LUTHER, PO BOX 1242, IRAAN, TX 79744 | |
| 10925 | HAILE, DEBORAH, 5919 PRENTISS, SAN ANTONIO, TX 78240 | |
| 10925 | HAILE-LEUL, ILFINESH, 311 ALTOONA DR, FREDERICKSBURG, VA 22401 | |
| 10925 | HAILEY, BILLY, 1015 GORDEN, PAMPA, TX 79065 | |
| 10925 | HAILEY, HAROLD, RTE 1 BOX 1995, HAWKINSVILLE, GA 31036 | |
| 10925 | HAILEY, MCNAMARA, HALL, LARMANN & ONE GALLERIA BLVD, METAIRIE, LA 70001 | |
| 10925 | HAILY, KATHLEEN, 1044 SARATOGA ST., E. BOSTON, MA 02128 | |
| 10925 | HAIN JR, JOHN H, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | HAIN JR, JOHN, 10487 PETERSBORO RD, WOODSTOCK, MD 21163 | |
| 10925 | HAIN, AUDREY, R.D. #3 BOX 458C, PINE GROVE, PA 17963 | |
| 10925 | HAIN, LARRY, PO BOX 191, MOHRSVILLE, PA 19541 | |
| 10925 | HAINER, IRA, 10823 HORTENSE ST, #102, NORTH HOLLYWOOD, CA 91602 | |
| 10925 | HAINES B HOLT, 325 HOLT ST, FEDERALSBURG, MD 21632-1404 | |
| 10924 | HAINES VAULTS, 937 HALFMOON ST, BELLEFONTE, PA 16823 | |
| 10925 | HAINES, CURTIS, 2825 LAVELL, WICHITA FALLS, TX 76308 | |
| 10925 | HAINES, DANA, 3128 E WEST SPRINGS DRIVE, ELLICOTT CITY, MD 21043 | |
| 10925 | HAINES, JAMES, 11331 HAVENHURST AVE, GRANADA HILLS, CA 91344 | |
| 10925 | HAINES, JR, RALPH, 127 REDBUD ROAD, EDGEWOOD, MD 21040 | |
| 10925 | HAINES, KATHLEEN, 3267 EAGLE HARBOR WATERPORT RD, ALBION, NY 14411 | |
| 10925 | HAINES, WILLIAM, 13331 LAKEWOOD BLVD A14, DOWNEY, CA 90242-5241 | |
| 10924 | HAIR SYSTEMS INC., 30 PARK AVENUE, ENGLISHTOWN, NJ 07726 | |
| 10924 | HAIR SYSTEMS INC., PO BOX 449, ENGLISHTOWN, NJ 07726 | |
| 10925 | HAIR, ALLEN, RT. 4, BOX 572, ODESSA, TX 79764 | |
| 10925 | HAIR, JEFFERSON, 3507 POWHATAN AVE, BALTIMORE, MD 21216-1833 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAIR, MICHAEL, PO BOX 8122, MIDLAND, TX 79708 | |
| 10925 | HAIR, OKLA, ROUTE 1, ENOREE, SC 29335 | |
| 10925 | HAIR, R, 777 THREE WOOD LANE, WOODRUFF, SC 29388 | |
| 10925 | HAIRE, GERARD, 27 NEWCOMB ST, NORTON, MA 02766 | |
| 10925 | HAIRE, SUSIE, 9503-1 PINE SPRINGS ROAD, IRVINGTON, AL 36544 | |
| 10925 | HAIRELL, BARBARA, 0550 FROST RD, SE, MONROE, GA 30655 | |
| 10925 | HAIRRELL, EDWARD, 8848 PATRICIA ELLEN COVE, MEMPHIS, TN 38133-3807 | |
| 10925 | HAIRSTON, CAROL, 128 KNOLLWOOD DRIVE, SPARTANBURG, SC 29301 | |
| 10925 | HAIRSTON, FRANCES, 1124 GREGORY ST., GREENSBORO, NC 27403 | |
| 10925 | HAIRSTON, SHEILA, 106 SHANLEY AVE, NEWARK, NJ 07108 | |
| 10925 | HAIRSTON, WILLIE, 643 SALISBURY ROAD, STATESVILLE, NC 28677-6205 | |
| 10924 | HAITIAN CAN MANUFACTURING (HAITI), SARTHE SUR, ROUTE DU NORD, PORT AU PRINCE, 0HTI | *VIA Deutsche Post* |
| 10925 | HAITMANEK, DIANE, RD 4 93 LYONS RD, OAK RIDGE, NJ 07438 | |
| 10925 | HAITZ, JAMES, 7361 GUILDER COVE, MEMPHIS, TN 38133 | |
| 10925 | HAIZLIP, DAVID, 1606 SAINT ANDREWS, MACON, GA 31211 | |
| 10925 | HAJAISTRON, AMY, 288 E. MAIN ST, BRANFORD, CT 06405 | |
| 10925 | HAJDUK, RAMONA, 10068 THASHER CIRCLE, MORENO VALLEY, CA 92557 | |
| 10925 | HAJIALIMOHAMMADI, GOUDARZ, 1910 GREENWAY CROSS, 4, MADISON, WI 53713 | |
| 10925 | HAJJAR, JOANNE, PO BOX 5467, SALISBURY, MA 01952 | |
| 10925 | HAJOCA CORP., 401 E. MAIN ST., CHATTANOOGA, TN 37408 | |
| 10925 | HAJOCA CORP., PO BOX 7777-W9470, PHILADELPHIA, PA 19175 | |
| 10925 | HAJVERT, STEPHEN, 400 FERNSHIRE DRIVE, PALM HARBOR, FL 33563 | |
| 10925 | HAKANSON, MARK, BOX 126, NEW TOWN, ND 58763 | |
| 10925 | HAKARU NITAHARA, 952 COYOTE RD, SAN JOSE, CA 95111-1822 | |
| 10925 | HAKE, MARY, 1008 PHEASANT RIDGE, LAKE ZURICH, IL 60047-2791 | |
| 10925 | HAKEL, JON, RT 1 BOX 565, SHARON, OK 73857 | |
| 10925 | HAKKINEN, TOINI, 75-05 113TH ST SUITE 1G, FOREST HILLS, NY 11370 | |
| 10925 | HAL DUGAN, 2904 HENLEY ST, NORRISTOWN, PA 19401-2240 | |
| 10925 | HAL J FREIMAN, 11 MAGNOLIA RD, SCARSDALE, NY 10583-7445 | |
| 10925 | HAL PLATZKERE, 343 CHERRY BEND, MERION, PA 19066-1506 | |
| 10925 | HAL SLIFER VIDEO PRODUCTIONS INC, 14 ROWE ST, NEWTON, MA 02466 | |
| 10925 | HALADA, ANTHONY, 332 S MAIN ST, MISHICOT, WI 54228 | |
| 10925 | HALADA, CHRIS, N2044 WOCHOS RD, KEWAUNEE, WI 54216 | |
| 10925 | HALAINE SHERIN BRIGS CUST PHILIP, A BRIGGS UNIF GIFT MIN ACT PA, C/O KEANE TRACERS INC, ONE TOWER BRIDGE, 100 FRONT ST STE 300, WEST CONSHOHOCKEN, PA 19428-2877 | |
| 10925 | HALAL, CAROL L, 4430 Q ST NW, WASHINGTON DC, DC 20007 | |
| 10925 | HALAVICK, EDWARD, 292-1/2 E. MAIN ST, WESTMINSTER, MD 21157 | |
| 10925 | HALBARDIER, ALFRED, 8680 HILDERBRANDT ROAD, SAN ANTONIO, TX 78222-5810 | |
| 10925 | HALBERSTAM, CLAIRE, 172 PARKVILLE AVE, BROOKLYN, NY 11230 | |
| 10925 | HALBERT, DON, 52448 PLANTATION RD, FRANKLINTON, LA 70438 | |
| 10925 | HALBERT, WILLIAM, 12960 CLAXTON DRIVE, LAUREL, MD 20708 | |
| 10925 | HALBROOK, MARK, 149 AUBURN ST, GREEN BAY, WI 54301 | |
| 10925 | HALCHAK, JANET, 10324 OAKLAND, KANSAS CITY, MO 64134 | |
| 10925 | HALCZUK, III, WILLIAM, 73 HAVERHILL ROAD, JOPPA, MD 21085 | |
| 10924 | HALDEX FRICTION PRODUCTS, 101 ECHLIN BLVD., PRATTVILLE, AL 36067 | |
| 10924 | HALDEX FRICTION PRODUCTS, 101 ECHLIN BOULEVARD, PRATTVILLE, AL 36067 | |
| 10924 | HALDOR TOPSOE, INC., 10010 BAYPORT ROAD, PASADENA, TX 77507 | |
| 10924 | HALDOR TOPSOE, INC., 17629 EL CAMINO REAL, HOUSTON, TX 77058 | |
| 10925 | HALDY, MYRNA, 16 CENTRAL AVE, CALDWELL, NJ 07006 | |
| 10925 | HALE & DORR LLP, 60 STATE ST, BOSTON, MA 02109 | |
| 10925 | HALE & DORR LLP, PAMELA CORAVOS ESQ., 60 STATE ST, BOSTON, MA 02109 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HALE & DORR, 1155 ELM ST, MANCHESTER, NH 03101 | |
| 10925 | HALE & DORR, PO BOX 4550, BOSTON, MA 02212-4550 | |
| 10925 | HALE AND DORR, 60 STATE ST, BOSTON, MA 02109 | |
| 10925 | HALE AND DORR, POBOX 4550, BOSTON, MA 02212-4550 | |
| 10925 | HALE AND DORR, ROBERT C KIRSCH, 60 STATE ST, BOSTON, MA 02109 | |
| 10925 | HALE INDIAN RIVER GROVES, PO BOX 700217, WABASSO, FL 32970 | |
| 10925 | HALE MD, KATHRYN A, 5618 CHANCER, HOUSTON, TX 77005-2634 | |
| 10925 | HALE TRAILER & TRUCK, POBOX 14, MARLTON, NJ 08053 | |
| 10925 | HALE, ANNE, 113 LORI ROAD, GAFFNEY, SC 29340 | |
| 10925 | HALE, DAVID, 1713 SPANISH CIRCLE, HURST, TX 76053 | |
| 10925 | HALE, DEBORAH, 101 REBELLION DR., FLINT, MI 48507 | |
| 10925 | HALE, ENOCH, RR2 BOX 1135, CHANDLER, OK 74834 | |
| 10925 | HALE, GLORIA, 555 ANTHONY DR, TYRONE, GA 30290 | |
| 10925 | HALE, HAROLD, 3358 HILL DRIVE, DULUTH, GA 30136 | |
| 10925 | HALE, J.B., 274 ALLEN ST, HOUMA, LA 70360 | |
| 10925 | HALE, JE, 356 SHUNPIKE RD., CHATHAM, NJ 07928 | |
| 10925 | HALE, JR, MILLARD, 5513 WALTHER AVE, BALTIMORE, MD 21206 | |
| 10925 | HALE, KAREN, 472 SPRINGDALE DR., BRISTOL, TN 37620 | |
| 10925 | HALE, MARCELLA, 1115 PARKVISTA DR., ARLINGTON, TX 76012 | |
| 10925 | HALE, MATTHEW, 4 RED BEND ROAD, SARGENT, TX 77414 | |
| 10925 | HALE, MICHELLE, 2292 APPLE VALLEY DRIVE, HOWARD, OH 43028 | |
| 10925 | HALE, NEAL, GENERAL DELIVERY, NEW TOWN, ND 58763 | |
| 10925 | HALE, R J, 1713 JULIA ST, NEW IBERIA, LA 70560 | |
| 10925 | HALE, RAY, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | HALE, REBECCA, 118 PARKER DR. NW., CALHOUN, GA 30701 | |
| 10925 | HALE, ROBERT, 608 W. 30TH ST, ODESSA, TX 79764 | |
| 10925 | HALE, SAMUEL, PO BOX 1086, MEEKER, CO 81641 | |
| 10925 | HALE, SHAWN, 2019 JULES, ST JOSEPH, MO 64505 | |
| 10925 | HALE, STELLA, 660 ISLAND WAY, CLEARWATER, FL 34630 | |
| 10925 | HALE, TAMERA, 508 CHURST ST, GEORGETOWN, IL 61846 | |
| 10925 | HALE, TERRY, 112 SOUTH KELLY DR, BIRDSBORO, PA 19508 | |
| 10925 | HALE, WILLIAM, 99 N CATALINA AVE, PASADENA, CA 91106 | |
| 10925 | HALEAKALA, V, 2160 PUUOHALA PLACE, WALLUKU, HI 96793 | |
| 10925 | HALENKAMP, JUDY, 1608 SARA LANE, RICHARDSON, TX 75081 | |
| 10924 | HALES CORNERS BLOCK, 8222 RAYNOR AVE., FRANKSVILLE, WI 53126 | |
| 10925 | HALES LAWN SERVICE & LANDSCAPING, 2419 JENKINS ROAD, CHATTANOOGA, TN 37421 | |
| 10925 | HALEY & ALDRICH INC, 465 MEDFORD ST SUITE 2200, BOSTON, MA 02129-1400 | |
| 10925 | HALEY & ALDRICH INC, 58 CHARLES ST, CAMBRIDGE, MA 02141 | |
| 10925 | HALEY & ALDRICH, INC, 110 16TH ST., SUITE 900, DENVER, CO 80202-5202 | |
| 10924 | HALEY CONCRETE CO., 10325 ELTON RD, DELEVAN, NY 14042 | |
| 10924 | HALEY CONCRETE INC., 10325 ELTON RD, DELEVAN, NY 14042 | |
| 10924 | HALEY CONSTRUCTION INC, P O BOX 339, SANGERVILLE, ME 04479 | |
| 10924 | HALEY CONSTRUCTION INC., DYER RD., GREENVILLE, ME 04441 | |
| 10924 | HALEY CONSTRUCTION INC., P.O. BOX 339, SANGERVILLE, ME 04479 | |
| 10924 | HALEY CONSTRUCTION INC., ROUTE 23, SANGERVILLE, ME 04479 | |
| 10924 | HALEY CONSTRUCTION, INC., ROUTE 152, HARTLAND, ME 04943 | |
| 10925 | HALEY, DAVID, 4925 83 ST, TAMPA, FL 33619-7101 | |
| 10925 | HALEY, FREDERICK, 819 STEVENS ST, LOWELL, MA 01851-4929 | |
| 10925 | HALEY, JEAN, 2323 N. CENTRAL AVE, PHOENIX, AZ 85004 | |
| 10925 | HALEY, JEFFREY, 1000 WHISPERWOOD DR, COLUMBUS, GA 31907 | |
| 10925 | HALEY, JIMMY, 1164 HALEY ROAD, DEQUINCY, LA 70633-4724 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HALEY, JOHN F, CUST FOR ROBERT J HALEY, UNIF GIFT MIN ACT NY, 4 MARTIN AVE, STATEN ISLAND, NY 10314-6806

10925   HALEY, JOHN, 7500 GRACE DR., COLUMBIA, MD 21044

10925   HALEY, JOHN, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   HALEY, JR, JIMMY, PO BOX 1204, DEQUINCY, LA 70633

10925   HALEY, MARY, 3820 NORTH WOODLAWN, METAIRIE, LA 70006

10925   HALEY, PATRICK, 12110 W 185TH ST, LAKEVILLE, MN 55044

10925   HALEY, SANDRA, 19 CHAPMAN ST, DRACUT, MA 01826-3916

10925   HALEY, WILLIAM, 6625 CARDINAL LM, ANNANDALE, VA 22203

10924   HALEYVILLE LUMBER & SUP, ATTN:  ACCOUNTS PAYABLE, HALEYVILLE, AL 35565

10924   HALEYVILLE LUMBER & SUPPLY, 2008 ALABAMA AVENUE, HALEYVILLE, AL 35565

10924   HALEYVILLE LUMBER & SUPPLY, ATTN:  ACCOUNTS PAYABLE, HALEYVILLE, AL 35565

10924   HALF MOON BAY BUILDING & GARDEN, DELETION** S.CLARK, HALF MOON BAY, CA 94019

10924   HALF MOON BAY BUILDING &, 119 MAIN STREET, HALF MOON BAY, CA 94019

10925   HALFACRE, DANNY, RT. 6 BOX 145, ODESSA, TX 79764

10925   HALFORD JR, HUBERT, PO BOX 2181, PEARLAND, TX 77588

10925   HALFORD, HUBERT, 4605 COUNTRY ROAD 121, ROSHARON, TX 77583

10925   HALFORD, JOHN, 7805 OAK AVE, BALTIMORE, MD 21234

10925   HALFORD, LEE, 3945 DAVID DRIVE, MULBERRY, FL 33860-9723

10925   HALGREN, KATHRYN, 15 FAIRVIEW DR, TOMKINS COVE, NY 10986

10924   HAL-HEN CO., 180 ATLANTIC AVENUE, NEW HYDE PARK, NY 11040

10925   HALIASZ, JOHN, 3451-D SO BROAD ST, TRENTON, NJ 08610-2713

10924   HALIFAX COUNTY READY MIX, HWY 58 E, SOUTH BOSTON, VA 24592

10925   HALIFAX HOSPITAL MEDICAL CENTER, 250 SMITH CHURCH ROAD, ROANOKE, NC 27870

10925   HALIFAX MEDICAL CENTER INC., 250 SMITH CHURCH ROAD, ROANOKE, NC 27870

10924   HALIFAX READY MIX, 11036 HIGHWAY 15 SOUTH, CLARKSVILLE, VA 23927

10924   HALIFAX READY MIX, 2158 BILL TUCK HIGHWAY, SOUTH BOSTON, VA 24592

10924   HALIFAX READY MIX, P. O. BOX 568, SOUTH BOSTON, VA 24592

10925   HALIFAX TECHNOLOGY SERVICES CO, PO BOX 79624, BALTIMORE, MD 21279-0624

10925   HALIFAX TECHNOLOGY SERVICES CO., 2215 TOMLYNN ST, RICHMOND, VA 23230

10925   HALIHAN, REGINA, 187 E MONROE, BOURBONNAIS, IL 60914

10925   HALILI, REMEDIOS, 4600 DUKE ST, ALEXANDRIA, VA 22304

10925   HALILI, SUZZETTE, 4138 WEST AVE., LOS ANGELE, CA 90065

10925   HALING, ROBERT, 163 SOUTH INGALLS, LAKEWOOD, CO 80226

10924   HALKER DRYWALL, NAPOLEN HIGH SCHOOL, NAPOLEON, OH 43545

10925   HALL CHEMICAL CO., 28960 LAKELAND BLVD., WICKLIFFE, OH 44092

10925   HALL CHEMICAL CO., PO BOX 72217, CLEVELAND, OH 44192-0217

10924   HALL CO, 420 E WATER STREET, URBANA, OH 43078

10924   HALL DIVISION, 3580 N.E. BROADWAY, PORTLAND, OR 97232

10925   HALL ESQ, CHARLES A, 36 WEST MAIN ST, 504 EXECUTIVE OFFICE BLDG, ROCHESTER, NY 14614

10925   HALL ESTILL HARDWICK, 320 S BOSTON AVE. #400, TULSA, OK 74103-3708

10925   HALL FOUNTAINS INC., 5500 NW 22ND AVE, FORT LAUDERDALE, FL 33309

10925   HALL JR., EDGAR, PO BOX #56, WASHINGTON, GA 30673

10925   HALL JR., ROBERT, PO BOX 127 HWY56, CROSS ACHOR, SC 29331

10925   HALL METAL CORP, 921 NW 3RD AVE, POMPANO BEACH, FL 33060

10924   HALL OF JUSTICE, 825 OTTAWA STREET, LANSING, MI 48915

10925   HALL SHEET METAL WORKS INC, 23 NEW SALEM ST, WAKEFIELD, MA 01880

10925   HALL, ADDISON, 2044 HEADLANDS CIRCL E, RESTON, VA 22091

10925   HALL, ANN, 5133 GULLATT DR, UNION CITY, GA 30291

10925   HALL, BARBARA, 1100 E MERCHANT ST, 7, KANKAKEE, IL 60901

10925   HALL, BARBARA, 24553 RENSSELAER, OAK PARK, MI 48237

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HALL, BARBARA, 310 PORT ROYAL DR, NINETY SIX, SC 29666

10925   HALL, BARBARA, 3501 MOSS SIDE AVE, RICHMOND, VA 23222

10925   HALL, BARBARA, 3839 STONEYBROOK DR, ZACHARY, LA 70791

10925   HALL, BARBARA, 816 PUTNAM AVE, ORLANDO, FL 32804

10925   HALL, BARBARA, 9761B BOCA GARDENS, BOCA RATON, FL 33496

10925   HALL, BECKY, 5901 OLD CROOM STATION RD., UPPER MARLBORO, MD 20772

10925   HALL, BERNICE, 12 S. COBB ST, TEXAS CITY, TX 77591

10925   HALL, BRUCE, 222 STONERIDGE DRIVE, DYER, IN 46311

10925   HALL, C, 120 GREYSTONE DRIVE, WELLFORD, SC 29385

10925   HALL, CAROLINE, 4799 ELKAN AVE, MACON, GA 31206

10925   HALL, CASSANDRA, RT 1 BOX 161J, BAILEY, NC 27807

10925   HALL, CHARLES GRADY, BOX 3801, GREENVILLE, SC 29608

10925   HALL, CHARLES, 12 LOPEZ ST, PELZER, SC 29669-1321

10925   HALL, CHARLES, 1807 E. OAK ST, MIDLAND, TX 79701

10925   HALL, CHERYL, 4509 22ND ST., LUBBOCK, TX 79407

10925   HALL, CHESTER, 6800 ALPINE ST #1, DISTRICT HEIGHTS, MD 20747

10925   HALL, CHRISTOPHER, 1864 CLINTON ST UPPER REAR, BUFFALO, NY 14206

10925   HALL, CHRISTOPHER, 407 MIDDLETON, PALESTINE, TX 75801

10925   HALL, CLARENCE, 4690 FLINT HILL ROAD, AUSTELL, GA 30001

10925   HALL, CLARENCE, 7855 LEVY COURT, PASADENA, MD 21122

10925   HALL, CLYDE, 74 STONECLEAVE RD, N ANDOVER, MA 01845

10925   HALL, CURTIS, RT 14, MANDAREE, ND 58757

10925   HALL, CYNTHIA, 5951 DARLINGTON N ROAD, BELLVILLE,, OH 44813

10925   HALL, DANIEL, RURAL ROUTE 12, MANDAREE, ND 58757

10925   HALL, DARRELL, 104 BERMUDA, PALESTINE, TX 75801

10925   HALL, DARWIN, 1252 GERMAN RD., STEWARD, IL 60553

10925   HALL, DAVID, 2504 S ROBERTS, AMARILLO, TX 79103

10925   HALL, DAVID, 9761B BOCA GARDENS, BOCA RATON, FL 33496

10925   HALL, DAVID, HCR 65 BOX 23-A, FLORIEN, LA 71429

10925   HALL, DAVID, PO BOX 1705, NORMAN, OK 73070

10925   HALL, DEBORAH, 10210 E 43RD, TULSA, OK 74146-3747

10925   HALL, DEBORAH, 29 TITUS AVE, MANCHESTER, NH 03103

10925   HALL, DELORES, 530 BARNWELL RD, SPARTANBURG, SC 29303-3915

10925   HALL, DENNIS, 708 E. JUNEAU, 4, MILWAUKEE, WI 53202

10925   HALL, DONALD, 2413 DOVER DR., NORFOLK, NE 68701

10925   HALL, DONALD, 601 H AVE NW, CEDAR RAPIDS, IA 52405

10925   HALL, DOUGLAS M, 34 VALLEY MILLS DR, PARKERSBURG, WV 26101-9718

10925   HALL, DOUGLAS, 750 AZALEA DRIVE, BARTOW, FL 33830-4405

10925   HALL, EDDIE, 1827 EAST 43RD, ODESSA, TX 79762

10925   HALL, ELDA, 2974 TERRA VERDE LANE, OAKLEY, CA 94561-1732

10925   HALL, ELIZABETH, 2 TILDEN COURT, SIMPSONVILLE, SC 29680

10925   HALL, ERMA, 310 MAGNOLIA LN, COVINGTON, LA 70433

10925   HALL, ERNST P, 1442 SELLS STATION RD, LITTLESTOWN, PA 17340-9429

10925   HALL, ESTHER GRACE, 1159 W. PEARSON ST, HERNANHO, FL 34442

10925   HALL, ESTHER GRACE, 3200 OLD FORTY ROAD, LAKE WALES, FL 33853

10925   HALL, FERONYA, 3078 KELLY CIRCLE, MONTGOMERY, AL 36116

10925   HALL, FLOYD, 2 ANDERSON ST, PIEDMONT, SC 29673

10925   HALL, FLOYD, 21 TRAXLER AVE, WILLIAMSTON, SC 29697

10925   HALL, FRANCES, PO BOX 212, SIMPSONVILLE, SC 29681

10925   HALL, FRED, 808 MARYANNE ST, WOODSTOCK, IL 60098

10925   HALL, GERALD, 1129 FAIRWOOD CLOSE, ACWORTH, GA 30101-4689

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HALL, GERALDINE, 3407 HALLOWAY NORTH, UPPER MARLBORO, MD 20772

10925   HALL, GILMAN, ROUTE 1 BOX 189H, LONGVILLE, LA 70652

10925   HALL, GREG, 2607 BAY BLVD APT B., INDIAN ROCKS BEACH, FL 33785

10925   HALL, GREGORY, 1536 MOORINGS DR 11A, RESTON, VA 22090

10925   HALL, HERBERT, 6461 LONGWOOD LANE, HARRISON, TN 37341

10925   HALL, HILLIARD, 1354 HWY 23N, TWIN CITY, GA 30471

10925   HALL, IVEY, 655 KILBORNE DR., GASTONIA, NC 28052

10925   HALL, J, 1426 NORTH TRAIL, CARROLLTON, TX 75006-1419

10925   HALL, JAMAE, 1130 E. 91ST ST., LOS ANGELES, CA 90002

10925   HALL, JAMES, 223 DOCK RATCLIFFE ROAD, WAYNESVILLE, NC 28786

10925   HALL, JANE, 146 GLENWOOD PL, HANSON, MA 02341

10925   HALL, JANICE, 8642 FLOWER PATH, HOUSTON, TX 77044

10925   HALL, JEANNE-CAROL, 7708 DORNOCK DR, INDIANAPOLIS, IN 46237

10925   HALL, JILL, 1432 BUSH ST, SAN DIEGO, CA 92103

10925   HALL, JILL, 5733 MONTERREY DR., FORT WORTH, TX 76112

10925   HALL, JILL, 6853 PRAIRE HILL, FT. WORTH, TX 76131

10925   HALL, JOANNA, 13200 MILES CT. #103, LAUREL, MD 20708

10925   HALL, JODY, PO BOX 641, CLEMSON, SC 29633

10925   HALL, JOE, 863 ARLINGTON DR., WACO, TX 76712

10925   HALL, JOHN, 209 PINONWOOD DR, SIMPSONVILLE, SC 29680

10925   HALL, JOHN, 212 GRANT AVE, PLAINFIELD, NJ 07060

10925   HALL, JOHN, ROUTE 3 BOX 19, WILBURTON, OK 74578-9501

10925   HALL, JOHN, RT 3 BOX 62, TOCCOA, GA 30577

10925   HALL, JOSEPH, 644 KATAN AVE, STATEN ISLAND, NY 10312

10925   HALL, JULIA, 80 DREW AVE, BROCKTON, MA 02402

10925   HALL, JULIAN, HWY 56 ROUTE 2, ENOREE, SC 29335

10925   HALL, KAREN, 102 HIGH CIRCLE, W MONROE, LA 71291

10925   HALL, KATHLEEN, 2357 ASPEN LANE NE, CEDAR RAPIDS, IA 52402

10925   HALL, KEVIN, 26436 ROLLING, BROOKSVILLE, FL 34602

10925   HALL, KIMBERLY, 925 TACOMA DR., AUBURN, AL 36830

10925   HALL, KIMBERLY, RT 6, BOX 59, RIPLEY, WV 25271

10925   HALL, LARRY, 1420 CHRISTINE RD, WICHITA FALLS, TX 76302

10925   HALL, LEE, 4506 LAKEWAY, SAN ANTONIO, TX 78244

10925   HALL, LENA, PO BOX 240, GIBSLAND, LA 71028

10925   HALL, LEOLA, 209 W. COMANCHE AVE., TAMPA, FL 33604

10925   HALL, LEON, 5240 NESMITH ROAD, PLANT CITY, FL 33566

10925   HALL, LISA, 612 FOX HOLLOW DRIVE, HUDSON, NH 03051

10925   HALL, LIZZIE, 4105 SPRINGHILL DR, ANNISTON, AL 36201

10925   HALL, LORI, 15 BRITTANY LANE, N. DARTMOUTH, MA 02747

10925   HALL, LYNDA, 301 CRYSTAL LAKES EST, LIVINGSTON, TX 77351

10925   HALL, MARK, 3112 LAUREL LANE, PLANT CITY, FL 33566

10925   HALL, MARVA, 750 NW 202 ST, MIAMI, FL 33169

10925   HALL, MARY, 40 WHITMAN RD #B3, WALTHAM, MA 02154

10925   HALL, MICHAEL S, 1925 HIGH EAGLE TRL, INDIANAPOLIS IN, IN 46224

10925   HALL, MICHAEL, 2322 GIRAUD ST NW, WASHINGTON, DC 20009

10925   HALL, MICHAEL, 2970 SKYVIEW DR, LITHA SPRINGS, GA 30057

10925   HALL, MICHAEL, HC80 BOX 151-A, LEESVILLE, LA 71446

10925   HALL, MISHELLE, 2210 WESTMOOR PLACE, ARLINGTON, TX 76015

10925   HALL, NANCY, 105 REAVIS ROAD, HANOVER, MD 21076

10925   HALL, PAMELA, 4601 AVE.L, FORT WORTH, TX 76105

10925   HALL, PATRICIA, 219 E 49TH #4, LONG BEACH, CA 90805

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HALL, PATRICIA, 3783 BETTIE AVE, RENO, NV 89502 | |
| 10925 | HALL, PATRICIA, 39260 GENEVA DR, FARMINGTON HILLS, MI 48331 | |
| 10925 | HALL, PAUL, 2842 E. 224 ST., SAUK VILLAGE, IL 60411 | |
| 10925 | HALL, PHILLIP, 2750 CLINCH DRIVE, MORRISTOWN, TN 37814 | |
| 10925 | HALL, PHYLLIS, 3360 CURTIS DRIVE #103, HILLCREST HEIGHTS, MD 20746 | |
| 10925 | HALL, PHYLLIS, 7308 SCHOOL AVE., BALTIMORE, MD 21222 | |
| 10925 | HALL, POLLY, 58 LOWER TWIN BRANCH, STAFFORDSVILLE, KY 41256 | |
| 10925 | HALL, R, 2997 VALLEY LAKE DR, BARTLETT, TN 38135 | |
| 10925 | HALL, R, 7430 AIRPORT BLVD 12, MOBILE, AL 36695 | |
| 10925 | HALL, RAYMOND, 5904 JULY ST, LAKELAND, FL 33813-4175 | |
| 10925 | HALL, RICKEY, PO BOX 126, FLORIEN, LA 71429 | |
| 10925 | HALL, SANDRA, 2043 DENNISTON, ROANOKE, VA 24014 | |
| 10925 | HALL, SANDRA, 6224 N FAIRFIELD, CHIGAGO, IL 60659 | |
| 10925 | HALL, SAUL, RTE 2 1120 HWY 56, ENOREE, SC 29335 | |
| 10925 | HALL, SHANNON, 105 COALMONT COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | HALL, SHANNON, 3971 KINGS HWY., DOUGLASVILLE, GA 30135 | |
| 10925 | HALL, STANLEY, 116 TRILLIUM DR, STATESVILLE, NC 28625 | |
| 10925 | HALL, STANLEY, 605 STALLINGS RD, TAYLORS, SC 29687 | |
| 10925 | HALL, STELLA, 7309 ROBIN, TEXAS CITY, TX 77590 | |
| 10925 | HALL, STEPHEN, 105 REAVIS RD, HANOVER, MD 21076 | |
| 10925 | HALL, STEVEN, 1655 N. MARSHALL, MILWAUKEE, WI 53202 | |
| 10925 | HALL, TAMARA, 5719 W 97TH ST, OVERLAND PARK, KS 66207 | |
| 10925 | HALL, TAMMY, POBOX 96, CLARKS HILL, SC 29821 | |
| 10925 | HALL, TERRY, 21 TRAXLER AVE, WILLIAMSTON, SC 29697 | |
| 10925 | HALL, THEODORE, 219 S CHURCH ST #60, UNION, SC 29379 | |
| 10925 | HALL, THEODORE, 5901 OLD CROOM STATION ROAD, UPPER MARLBORO, MD 20772 | |
| 10925 | HALL, TINA, 1540 GRANDA BRANCH R, GRANTVILLE, GA 30220 | |
| 10925 | HALL, TONJA, 5226 TEXAS AVE, NORFOLK, VA 23513 | |
| 10925 | HALL, TONYA, 100 LARCHWOOD DR, COLUMBIA, SC 29203 | |
| 10925 | HALL, TONYA, 209 MAPLE WOOD ST, WILLARD, OH 44890 | |
| 10925 | HALL, TROYA, 4622 CLARK APT #118, SAN ANTONIO, TX 78223 | |
| 10925 | HALL, VANESSA, 859 19TH ST NE, WASHINGTON, DC 20020 | |
| 10925 | HALL, VICTORIA, 2601 94TH ST, LUBBOCK, TX 79423 | |
| 10925 | HALL, WILLIAM, 5835 SHADEWATER DR, CUMMING, GA 30131 | |
| 10925 | HALLADA, JON, 628 S MONROE AVE #2, GREEN BAY, WI 54301 | |
| 10925 | HALLAGAN BUSINESS MACHINES, 6850 W NORTH AVE, CHICAGO, IL 60607 | |
| 10925 | HALLBACK, HUERECY, 5111 SOUTH SMITH RYALS ROAD, PLANT CITY, FL 33567 | |
| 10925 | HALLE, AMY, 3829 KILBURN RD., RANDALLSTOWN, MD 21133 | |
| 10925 | HALLE, KEITH, 10255 WELLINGTON ROAD, STREETSBORO, OH 44241 | |
| 10925 | HALLE, WESLEY, BOX 36, SHIOCTON, WI 54170 | |
| 10925 | HALLENBECK, ROBERT, 9 SAILORS LANE, NORTON, MA 02766 | |
| 10925 | HALLER, AMY, 143 PEACHTREE LANE, WOODSTOCK, IL 60098 | |
| 10925 | HALLER, MICHAEL, 2625 EDWARDS AVE, BATON ROUGE, LA 70808 | |
| 10925 | HALLER, WANDA, 2141 KENSINGTON CT, MARIETTA, GA 30064 | |
| 10925 | HALLFORD, JR, FRED, 8117 NORTH EDISON RD, LITHIA, FL 33547 | |
| 10925 | HALLIBURTON CO, RICHARD B CHENEY CEO, 3600 LINCOLN PLAZA, 500 N AKARD ST, DALLAS, TX 75201-3391 | |
| 10924 | HALLIBURTON, 3000 N SAM HOUSTON PARKWAY EAST, HOUSTON, TX 77032 | |
| 10925 | HALLIBURTON, IRIS, 9 BLOOM COURT, DAMASCUS, MD 20872 | |
| 10925 | HALLIBURTON, MARIA, 7484 ROCKLEIGH, INDIANAPOLIS, IN 46241 | |
| 10925 | HALLIDAY, KAREN, 40 AUTUMN ROAD, WRENTHAM, MA 02093 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 HALLIGAN, DANIEL, 4433 ST. MARY ST., METAIRIE, LA 70006

10925 HALLINEN, SHELLY, 56-A MARNELLE MHP HWY 54, FAYETTEVILLE, GA 30214

10925 HALLMAN LINDSAY, PO BOX 109, SUN PRAIRIE, WI 53590-0109

10924 HALLMAN PAINT, 1717 NORTH BRISTOL, SUN PRAIRIE, WI 53590-0109

10924 HALLMAN PAINT, PO BOX 109, SUN PRAIRIE, WI 53590-0109

10925 HALLMAN, BARBARA G H, 610 RED SAIL LANE, ALTAMONTE SPRINGS, FL 32701-5425

10925 HALLMAN, DENNIS, 320 FRANKLIN ST., QUAKERTOWN, PA 18951

10925 HALLMAN, GARY, 333 PINONWOOD DRIVE, SIMPSONVILLE, SC 29681

10925 HALLMAN, JULIA, 333 PINONWOOD DR, SIMPSONVILLE, SC 29680

10925 HALLMAN, ORA, 4523 HALLAMVIEW LANE, LAKELAND, FL 33813-5245

10925 HALLMAN, W, 4523 HALLAMVIEW LANE, LAKELAND, FL 33813

10925 HALLMANS AUTO SERVICE, 1546 COLUMBIA HWY., N., AIKEN, SC 29801

10925 HALLMARK CIRCUITS INC, 5330 EAST GATE MALL ROAD, SAN DIEGO, CA 92121-2222

10925 HALLMARK, BILLY, 14 LOCKWOOD DR, 8C, CHARLESTON, SC 29401

10925 HALLMARK, DAVID, 21 CLEARFIELD ROAD, GREENVILLE, SC 29607

10925 HALLOCK R LUCIUS &, MARY W LUCIUS JT TEN, 1622 WRIGHTSON DR, MCLEAN, VA 22101-5143

10925 HALLOCK, HOPE, 3230 7TH ST. NE, WASHINGTON, DC 20017

10925 HALLOCK, JOHN SCOTT, 10324 KINGSBRIDGE ROAD, ELLICOTT CITY, MD 21042

10925 HALLOCK, JOHN, 10313 CONISTON COURT, POTOMAC, MD 20854-1900

10925 HALLOCK, JOHN, 7500 GRACE DR, COLUMBIA, MD 21044

10925 HALLORAN, B, 39 FOREST COVE, HILTON HEAD ISLAND, SC 29928

10925 HALLORAN, MARK, 39 RICHARDSON AVE., WAKEFIELD, MA 01880

10925 HALLUM, NANCY, 5135 6 ST. CT. W, BRADENTON, FL 34207

10925 HALLUMS, ALICE, 107 LIBBY LANE, MAULDIN, SC 29662

10925 HALLWOOD MANAGEMENT COMPANY, 617 INDUSTRY DRIVE, TUKWILA, WA 98188

10924 HALLWOOD PETROLEUM, PO BOX 53563, LAFAYETTE, LA 70505

10925 HALM, DANIEL, 422 HERNANDO ST, FT. PIERCE, FL 34949

10924 HALMARK ELECTRIC, 542 WORTMAN AVENUE, BROOKLYN, NY 11208

10925 HALMO, GERALD W, 6505 AVONDALE RD SW, LAKEWOOD, WA 98499-1720

10924 HAL-MONT DISTRIBUTING CO., ROUTE 6 BOX 22, MINDEN, LA 71055

10925 HA-LO, 5980 TOUHY AVE., NILES, IL 60714

10925 HA-LO, DEPT 77-6277, CHICAGO, IL 60678-6277

10925 HA-LO, DEPT. 77-6277, CHICAGO, IL 60678

10925 HA-LO, DEPT. 77-6277, CHICAGO, IL 60678-6277

10925 HALO, DEPT. 77-6277, CHICAGO, IL 60678-6277

10924 HALOCARBON PRODUCTS CORP, 1100 DITTMAN CT., NORTH AUGUSTA, SC 29841

10924 HALOCARBON PRODUCTS CORPORATION, 1100 DITTMAN COURT, NORTH AUGUSTA, SC 29841

10924 HALOCARBON PRODUCTS CORPORATION, PO BOX 6369, NORTH AUGUSTA, SC 29841

10924 HALOCARBON PRODUCTS CORPORATION, PO BOX 661, RIVER EDGE, NJ 07661

10925 HALOG, THELMA, 4705 FROST DRIVE, OXNARD, CA 93033

10925 HALOM, JAMES, 899 JEFFERY ST BLDG 1, 708, BOCA RATON, FL 33487

10925 HALPER, GERALD, 212 SCARBROUGH LANE, BOYNTON BEACH, FL 33436

10925 HALPERN, NOAMI, 112 GLASCO TURNPIKE, WOODSTOCK, NY 12498-1006

10925 HALPHEN, CHARLES, 303 KENSINGTON, LAFAYETTE, LA 70508

10925 HALSEY & GRIFFITH, 1155 NW 159TH DR, MIAMI, FL 33169

10924 HALSEY DRUG CO. INC., 1827 PACIFIC STREET, BROOKLYN, NY 11233

10925 HALSHAW, DONNA, 1643 SUMMIT LANE, ESCONDIDO, CA 92025

10925 HALSNE, JAMES, 5103 GARFIELD AVE, MINNEAPOLIS, MN 55419

10925 HALSTEAD, CAROL, 18-1 LAKE VISTA COURT, ROCHESTER, NY 14612

10925 HALSTEAD, CLIFFORD, 2495 OLD KNOX ROAD, SPARTANBURG, SC 29302

10925 HALSTEAD, DENISE, 6520 FAIRWEATHER DRIVE, ANCHORAGE, AK 99518

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HALSTEAD, RICHARD, 519 BURNETT ROAD #1, ISLAND LAKE, IL 60042

10925   HALSTED, DAVID, 1171 FAIRVIEW AVE NORTH, SEATTLE, WA 98109

10925   HALTEC COPORATION, 7302 E EARLL DR, SCOTTSDALE, AZ 85251-7206

10925   HALTEMAN, RUSSELL, 229 B NORTH 14TH ST, READING, PA 19604

10925   HALTER, MARK, 31 FORT POND ROAD, ACTON, MA 01720

10925   HALTIWANGER TIRE CENTER INC, PO BOX 514, NEWBERRY, SC 29108

10925   HALTIWANGER TIRE CENTER, INC, 2206 WILSON RD., NEWBERRY, SC, SC 29108

10925   HALTOM SR, MURRAY O, 7123 WALKWAY, HOUSTON, TX 77036-5741

10925   HALTOM, JESSIE, 275 LAMARCA LANE, INDEPENDENCE, LA 70443

10925   HALTOM, MURRAY, 7123 WALKWAY, HOUSTON, TX 77036

10925   HALTON, MELBA, 5708 CALLE QUIETA NW, ALBUQUERQUE, NM 87120

10925   HALUCH & ASSOCIATES LTD, 165 LAKE AVE, TRUMBULL, CT 06611

10925   HALUSKA, SANDRA, 846 SMITS ST, DEPERE, WI 54115

10925   HALVERSON CO., 235 PAXTON AVE., SALT LAKE CITY, UT 84101

10925   HALVERSON, JUDITH, 1052 EAST 1200 ROAD, LAWRENCE, KS 66047-9447

10925   HALVORSEN, DENNIS, 18 BODINE LAKE RD, YULAN, NY 12792

10925   HALVORSON, ERIC, 1913 SHOSHONE TRL S, CODY, WY 82414

10925   HALVORSON, RONALD, 1109 FISH HATCHERS ROAD, LIBBY, MT 59923

10925   HAM EASTER, 26 MUSIC FAIR RD., OWINGS MILLS, MD 21117

10925   HAM SR, DANNY, 108 TIMBER LANE, FLORENCE, MS 39073

10925   HAM, ALMA, 404 W DIXIE ST, PLANT CITY, FL 33566

10925   HAM, DARLEEN, 8726 CORRINGTON, SAN ANTONIO, TX 78239

10925   HAM, ROBERT J, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   HAM, ROBERT, PO BOX 153, MIDDLEFIELD, CT 06455

10925   HAM, SHELLEY, 408 EAST JACKSON, LEVELLAND, TX 79336

10925   HAM, SR, DANIEL G, 108 TIMER LANE, FLORENCE, MS 39073

10925   HAMADA INC, 2848 FRANKFORD AVE, PHILADELPHIA, PA 19134

10925   HAMADANY, DONNA, 3000 HWY 5 APT 601, DOUGLASVILLE, GA 30135

10925   HAMANN, PATRICIA, 1200 BROOKRIDGE CIRCLE, ATLANTIC, IA 50022

10925   HAMANN, RICHARD, 705 2ND ST, BATTLE CREEK, IA 51006

10925   HAMBEL, PATRICIA, 206 GARDEN COURT, MOORE, SC 29369

10925   HAMBERG, CARMEN, 2808 WOODMILL LANE, MOBILE, AL 36695

10925   HAMBERLIN, DIANE, 3760 CRESTVIEW DR, PITTSBURG, CA 94565

10925   HAMBLETON, KIMBERLY, 322 ALLEY CORNER RD, SMYRNA, DE 19977

10924   HAMBLETT FRED, 29 VICTORIA ST., KEENE, NH 03431

10925   HAMBLIN PLASTERING, 289 VERNON WAY, EL CAJON, CA 92020

10924   HAMBLIN PLASTERING/RANCHO DE REY, EXPO BUILDERS SUPPLY, 1147 E. "J" ST., CHULA VISTA, CA 91909

10925   HAMBLIN, KAY, 3047 LEAFWOOD DR, MARIETTA, GA 30067

10925   HAMBLIN, WILLIAM, 3047 LEAFWOOD DRIVE, MARIETTA, GA 30067

10925   HAMBRICK, DAVID, 3984 NEWCASTLE COURT, ELLICOTT CITY, MD 21042

10925   HAMBRICK, JOY, 614 SHELMAR DRIVE, EULESS, TX 76039

10925   HAMBRIGHT, MIKE, PO BOX 214, MARGARET, AL 35112

10925   HAMBURG, AMY, 9009 BREEZEWOOD TER., GREENBELT, MD 20770

10925   HAMBURG, KAREN, 10390 LAUNCELOT LA., COLUMBIA, MD 21044

10925   HAMBURG, RUBIN, MULLIN, MAXWELL, 375 MORRIS ROAD, PO BOX 147, LANSDALE, PA 19446-0773

10924   HAMBY BROS. INC, ATTN:  ACCOUNTS PAYABLE, NORTH WILKESBORO, NC 28659

10924   HAMBY BROTHERS CONCRETE INC, ATTN:  ACCOUNTS PAYABLE, LENOIR, NC 28645

10924   HAMBY BROTHERS INC, 421 BUSINESS MAGNOLIA, NORTH WILKESBORO, NC 28659

10924   HAMBY BROTHERS INC, P.O. BOX 973, NORTH WILKESBORO, NC 28659

10924   HAMBY BROTHERS, 2051 MORGANTON BLVD., LENOIR, NC 28645

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HAMBY BROTHERS, ATTN:  ACCOUNTS PAYABLE, LENOIR, NC 28645 | |
| 10925 | HAMBY, BENJAMIN, 3660 ALENE CIR, AUGUSTA, GA 30906 | |
| 10925 | HAMBY, DONALD, POST OFFICE BOX 3424, RENO, NV 89506 | |
| 10925 | HAMBY, GLORIA, 1307 JOHNSTON ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | HAMBY, KATHLEEN, PO BOX 20194, RENO, NV 89515 | |
| 10925 | HAMBY, NANCY, 10600 BEXWOOD CT, CHESTERFIELD, VA 23832 | |
| 10925 | HAMBY, RANDALL, 1635 PIRKLE ROAD, 1412, NORCROSS, GA 30093 | |
| 10925 | HAMBY, WILLIAM, 495 KNIGHTN CHAPEL RD, FOUNTAIN INN, SC 29644 | |
| 10925 | HAMBY, WILLIAM, 5869 A B JACKS ROAD, LAURENS, SC 29360 | |
| 10925 | HAMDAR, JAMAL, 7712 W 157TH ST, ORLAND PARK, IL 60462 | |
| 10925 | HAMDEN MD, DP, 17861 COUNTRY CLUB DR, LIVONIA, MI 48152 | |
| 10925 | HAMED, PARVIZ, 4618 DAYLESFORD DRIVE, AKRON, OH 44333 | |
| 10925 | HAMEDANY, TONY, 72 NIXON ROAD, FRAMINGHAM, MA 01701 | |
| 10925 | HAMEL, JOHN, 109 QUEENSBERRY ST, BOSTON, MA 02215 | |
| 10925 | HAMEL, LISA, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | HAMEL, LISA, 58R SCENIC DR, DERRY, NH 03038 | |
| 10925 | HAMEL, LISA, 58-R SCENIC DRIVE, DERRY, NH 03038 | |
| 10925 | HAMEL, LORI, 7 CHEROKEE COURT, LONDONDERRY, NH 03053 | |
| 10925 | HAMEL, PATRICIA, 5130 DURHAM ROAD, COLUMBIA, MD 21044 | |
| 10925 | HAMEL, RAYMOND, 1000 MARY DRIVE APT 810, IOWA PARK, TX 76367 | |
| 10925 | HAMEL, RAYMOND, 5008 SAND BEACH ROAD, WICHITA FALLS, TX 76310 | |
| 10925 | HAMEL, RHEA, 5394 ELIOTS OAK RD, COLUMBIA, MD 21044 | |
| 10925 | HAMEL, RICHARD, 58R SCENIC DR, DERRY, NH 03038 | |
| 10925 | HAMER, JACQUI, 8 ROMSEY CLOSE, LANGLEY SLOUGH BERKS, SL3 8PEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HAMES, ROGER, RT 18 BOX 227, STATESVILLE, NC 28677 | |
| 10925 | HAMIDI, SHAHNOZ, 4785 BRITTONHURST DRIVE, HILLIARD, OH 43026 | |
| 10925 | HAMIDY, MIRWAIS, 4925 MANITOBA DR, ALEXANDRIA, VA 22312 | |
| 10924 | HAMILL & ASSOCIATES, 819 LAKEVIEW DR, BRUNSWICK, OH 44212 | |
| 10925 | HAMILL JR, JAMES, RR 1 BOX 640, SHARON, OK 73857 | |
| 10925 | HAMILL, SCOTT, 1300 GUNSTON RD, BEL AIR, MD 21015 | |
| 10925 | HAMILTON BANK, NA, 3750 NW 87TH AVE., 7TH FL, MIAMI, FL 33178 | |
| 10924 | HAMILTON BENCHMARK INC, 905 FAIRVIEW AVE, SOUTH MILWAUKEE, WI 53172 | |
| 10924 | HAMILTON BENCHMARK, 308 W OAKCREST DR, WALES, WI 53183 | |
| 10924 | HAMILTON BLOCK & READY MI, 4510 132ND AVE, HAMILTON, MI 49419 | |
| 10924 | HAMILTON BLOCK & READY MIX, 4510 132ND AVE, HAMILTON, MI 49419 | |
| 10925 | HAMILTON BLOCK & READY MIX, 4510 132ND AVE, RUR RT 1, HAMILTON, MI 49419 | |
| 10925 | HAMILTON BROOK SMITH &, TWO MILITIA DRIVE, LEXINGTON, MA 02173 | |
| 10925 | HAMILTON CASTORS, 1637 DIXIE HWY., HAMILTON, OH 45011 | |
| 10924 | HAMILTON CENTER/CHARLES TOMPKINS, FREDERICKSBURG, INC., 600 14TH STREET, NORTH WEST, WASHINGTON, DC 20201 | |
| 10925 | HAMILTON CO, PO BOX 10030, RENO, NV 89520 | |
| 10925 | HAMILTON CO. DEPT. OF HUMAN SERVICE, PO BOX 145580, CINCINNATI, OH 45263-1172 | |
| 10925 | HAMILTON CO. DEPT. OF HUMAN SERVICE, PO BOX 182394, COLUMBUS, OH 43218-2394 | |
| 10925 | HAMILTON CO. JUVENILE COURT IV-D, 1400 S. HOLTZCLAW AVE., CHATTANOOGA, TN 37404 | |
| 10925 | HAMILTON CO. SCHOOLS, 6703 BONNY OAKS DR., CHATTANOOGA, TN 37421 | |
| 10925 | HAMILTON CO., PO BOX 10030, RENO, NV 89520 | |
| 10924 | HAMILTON CONCRETE PRODUCT, PO BOX 1935, CHATTANOOGA, TN 37407 | |
| 10924 | HAMILTON COUNTY CONCRETE, P. O. BOX 454, MCLEANSBORO, IL 62859 | |
| 10924 | HAMILTON COUNTY CONCRETE, PO BOX 454, MCLEANSBORO, IL 62859 | |
| 10924 | HAMILTON COUNTY CONCRETE, ROUTE 142 N., MCLEANSBORO, IL 62859 | |
| 10924 | HAMILTON COUNTY COURTHOUSE, 1000 MAIN STREET, CINCINNATI, OH 45202 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAMILTON COUNTY DEPT. OF, TREASURE OF HAMILTON COUNTY, 250 WILLIAM HOWARD TAFT RD., CINCINNATI, OH 45219 | |
| 10925 | HAMILTON COUNTY LEPC, 317 OAK ST.,STE 302, CHATTANOOGA, TN 37403 | |
| 10925 | HAMILTON COUNTY LOCAL EMERGENY, 2377 CIVIC CENTER DR, CINCINNATI, OH 45231 | |
| 10925 | HAMILTON EASTER, INC, 26 MUSIC FAIR RD., OWINGS MILLS, MD 21117 | |
| 10924 | HAMILTON GOVERNMENT SERVICE CENTER, HIGH STREET, HAMILTON, OH 45011 | |
| 10924 | HAMILTON INSULATION- FOAM ENT., C/O PIONEER SEED COMPANY, ALGONA, IA 50511 | |
| 10925 | HAMILTON JR, HARRY, 5452 LINDA LANE, ROANOKE, VA 24018-3823 | |
| 10925 | HAMILTON JR, JOHN, 587 E LINDEN AVE., LAKE FOREST, IL 60045 | |
| 10924 | HAMILTON MATERIALS, 345 MEATS AVE WEST, ORANGE, CA 92665 | |
| 10924 | HAMILTON MATERIALS, 345 WEST MEATS, ORANGE, CA 92865 | |
| 10924 | HAMILTON MATERIALS, C/O JOHN DEVLIN, ORANGE, CA 92665 | |
| 10925 | HAMILTON PLACE MALL, 2100 HAMILTON PLACE BLVD., CHATTANOOGA, TN 37421 | |
| 10924 | HAMILTON PLUMBING, 2100 ZILLOCK ROAD, SAN BENITO, TX 78586 | |
| 10925 | HAMILTON STANDARD, 97 NEWBURY ST, EAST WINDSOR, CT 06088 | |
| 10925 | HAMILTON STANDARD, PO BOX 343, WINDSOR LOCKS, CT 06096 | |
| 10924 | HAMILTON SUPPLY CO, 65 KLOCKER RD, HAMILTON, NJ 08619 | |
| 10924 | HAMILTON SUPPLY CO., 65 KLOCKNER RD., HAMILTON, NJ 08619 | |
| 10924 | HAMILTON SUPPLY, 65 KLOCKNER RD, HAMILTON, NJ 08619 | |
| 10925 | HAMILTON, ALFRED, 4233 JONEBORO RD., FOREST PARK, GA 30050 | |
| 10925 | HAMILTON, ANDREA, 301 MECAFFREY DRIVE, CORAOPOLIS, PA 15108 | |
| 10925 | HAMILTON, ANGELA, 2810 ERIC COURT, DALTON, GA 30721 | |
| 10925 | HAMILTON, AVA, 1249 BURDSAL PKWY, INDPLS, IN 46208 | |
| 10925 | HAMILTON, BEN, 4375 N BENTON, KINGMAN, AZ 86401-2638 | |
| 10925 | HAMILTON, BETTY, 115 BAKER AVE, SOUTH PLAINFIELD, NJ 07080 | |
| 10925 | HAMILTON, BRENDA, 5916 VOLUNTEER, ROCKWALL, TX 75087 | |
| 10925 | HAMILTON, BROOK, SMITH, & REYNOLDS, TWO MILITIA DRIVE, LEXINGTON, MA 02173-4799 | |
| 10925 | HAMILTON, BRUCE, 15229 WATERGATE RD, SILVER SPRING, MD 20905 | |
| 10925 | HAMILTON, CARRIE L, 741 REGENTS BLVD APT A, TACOMA, WA 98466-7061 | |
| 10925 | HAMILTON, CHERYL, 467 ANNETTE DR, DIBERVILLE, MS 39532 | |
| 10925 | HAMILTON, CORY, 8214 S. FRISTOE RD., GRAIN VALLEY, MO 64029 | |
| 10925 | HAMILTON, CRYSTAL, 3554-F PLEASANT, DORAVILLE, GA 30340 | |
| 10925 | HAMILTON, DARLENE, 65 PARLMONT PARK, N. BILLERICA, MA 01862 | |
| 10925 | HAMILTON, DAVID, RT. 1, BOX 129, MAGNOLIA, MS 39652 | |
| 10925 | HAMILTON, DOREIN, 204 STRANGEWAY AVE, LODI, WI 53555-1308 | |
| 10925 | HAMILTON, DOUGLAS, 89 COLONIAL PKWY, MANHASSET, NY 11030-1832 | |
| 10925 | HAMILTON, EDWARD, 8113 LONG POINT RD., BALTIMORE, MD 21222 | |
| 10925 | HAMILTON, ELON, 201 S HOLLY, BURKBURNETT, TX 76354 | |
| 10925 | HAMILTON, FRANKLIN, 137 MARSHDALE AVE SW, CONCORD, NC 28025 | |
| 10925 | HAMILTON, GARY, 7003 GARNETT, SHAWNEE, KS 66203 | |
| 10925 | HAMILTON, GEORGE, 2000 BREAKERS POINT, KNOXVILLE, TN 37927 | |
| 10925 | HAMILTON, HELEN, 10910 GULF FREEWAY, HOUSTON, TX 77034 | |
| 10925 | HAMILTON, JACQUELINE, 575 SHAWMUT AV, BOSTON, MA 02118 | |
| 10925 | HAMILTON, JEANETTE, 1102 WATERWAY LANE, DELRAY BEACH, FL 33483 | |
| 10925 | HAMILTON, JEREMY, 4926 STEPHENS LANE, DURHAM, NC 27712 | |
| 10925 | HAMILTON, JESSE, RR 4, BOX 1027, BOWIE, TX 76230 | |
| 10925 | HAMILTON, JOHN A, PO BOX 2429, HARKER HEIGHTS, TX 76548-0429 | |
| 10925 | HAMILTON, JUDITH, 4 OLIVE RD, BILLERICA, MA 01821 | |
| 10925 | HAMILTON, JULIE A, 1233 E 71ST, INDIANAPOLIS IN, IN 46220 | |
| 10925 | HAMILTON, KAREN, 3308 WINDSOR DR, MIDLAND, TX 79707 | |
| 10925 | HAMILTON, KARRY, 9206 WEST 100TH TERR, OVERLAND PARK, KS 66212 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 HAMILTON, KATHLEEN, 3 SAWYER CT, SEWELL, NJ 08080

10925 HAMILTON, KIERAM, 1259 PARK AVE, NEW YORK, NY 10029

10925 HAMILTON, KIMBERLY, 2335 HUMMINGBIRD TRAIL, GRAPEVINE, TX 76051-2854

10925 HAMILTON, KITTY, PO BOX 447, MCDOWELL, KY 41647

10925 HAMILTON, LEMEUL, 730 HITE ST, NASHVILLE, TN 37209

10925 HAMILTON, LETHA, RT 1 BOX 503, MOMENCE, IL 60954

10925 HAMILTON, LINDA, 1808 EASTERN DRIVE S.W., CEDAR RAPIDS, IA 52404

10925 HAMILTON, LINDA, 66 DELAWARE LANE, SOMERVILLE, NJ 08876

10925 HAMILTON, LUTHER, 4423 THRUSTON-DERMONT RD, OWENSBORO, KY 42303

10925 HAMILTON, MARC, 132 W. MAIN ST., DANE, WI 53529

10925 HAMILTON, MARY MARGARET, 70 POST ST, NEWPORT NEWS, VA 23601-3947

10925 HAMILTON, MATTHEW, 5626 HOLLISTER DRIVE, SPEEDWAY, IN 46224

10925 HAMILTON, PAM, 175 NORTH HARBOR DRIVE, CHICAGO, IL 60601

10925 HAMILTON, PAMELA, 1340 NORTH STATE PKWY, 1 S, CHICAGO, IL 60610

10925 HAMILTON, PATRICK, 1512 KINLOCH CT, COLUMBIA, MO 65203

10925 HAMILTON, PAUL, RT. 2. BOX 167, MCALLEN, TX 78501

10925 HAMILTON, PAULINE, PO BOX 1824, PASADENA, TX 77501-3939

10925 HAMILTON, RABINOVITZ & ALSCHULER, 10 UNIVERSAL CITY PLAZA, UNIVERSAL CITY, CA 91608-1084

10925 HAMILTON, ROGER, 706 LEE ST, BOWIE, TX 76354

10925 HAMILTON, RUTH, RR 4 BOX 760, CUSHING, OK 74023-9189

10925 HAMILTON, SR, JOHN, 587 E. LINDEN AVE, LAKE FOREST, IL 60045

10925 HAMILTON, STEPHANIE, 159 CEDARIDGE DR., SAN DIEGO, CA 92114

10925 HAMILTON, SUE, 505 NOVA AVE, CAPITOL HEIGHTS, MD 20743

10925 HAMILTON, TERBEN, 15255 SW 298 TERR, HOMESTEAD, FL 33033

10925 HAMILTON, THOMAS, 136 SQUIRRELS HEATH, FAIRPORT, NY 14450

10925 HAMILTON, THOMAS, 819 MAPLE ST, MANSFIELD, MA 02048-1631

10925 HAMILTON, TIM, 335 WOODBURY DRIVE, CRAIG, CO 81625

10925 HAMILTON, TIMOTHY, PO BOX 292, POTEAU, OK 74953

10925 HAMILTON, VERA, PO BOX 373, KATHLEEN, GA 31047

10925 HAMILTON, WILFRED, 66 CLAYBROOK RD., DOVER, MA 02030

10925 HAMILTON, WILLIAM, 6388 KEYSVILLE ROAD, KEYMAR, MD 21757

10925 HAMILTON, WILLIAM, 963 REID RD, OWENSBORO, KY 42303

10925 HAMILTON, YVONNE, 1030 NW 115 ST, MIAMI, FL 33168

10925 HAMILTON-HALLMARK, 10 S CENTENIAL DR, PEABODY, MA 01960

10925 HAMILTON-HALLMARK, BOX 360761, PITTSBURGH, PA 15250-6761

10925 HAMLETT, JOB, 619 LEFFERTS AVE, BROOKLYN, NY 11203

10925 HAMLIN INC, 612 E LAKE ST, LAKE MILLS, WI 53551

10925 HAMLIN JENNINGS, 710 CENTRAL AVE, WILMETTE, IL 60091-1950

10925 HAMLIN SA DE CV, 230 INTERNATIONAL AVE, DOUGLAS, AZ 85607

10924 HAMLIN SCHHOOL C/O BAHL INSULATION, RURAL HAMLIN COUNTY, HAYTI, SD 51241

10925 HAMLIN, & MCNALLY CO INC, 9475 NICOLA TESLA CT, SAN DIEGO, CA 92173

10925 HAMLIN, JOYCE, 255 LEO DRIVE, SPARKS, NV 89431

10925 HAMLIN, KAREN, POST OFFICE BOX 426, WADSWORTH, NV 89442

10925 HAMLIN, KURT, 8620 W. CYPRESS, PHOENIX, AZ 85037

10925 HAMLIN, ORLANDO, 3316 CALLE LA VERTA, SAN CLEMENTE, CA 92672

10925 HAMLIN, RICHARD, 36725 EMERALDA ISLAND RD, LEESBURG, FL 34788

10924 HAMLIN/RANCHO DEL REY SCHOOL, EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92121

10924 HAMM BUILDING, C/O CUSTOM DRYWALL WAREHOUSE, SAINT PAUL, MN 55117

10925 HAMM, DONNA, 162 GREEN LEAF, CONROE, TX 77304

10925 HAMM, HAROLD, 1031 N JEWELL AVE, LAKELAND, FL 33805-4130

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HAMM, HERMAN, 285 REEVES RD, DRY RIDGE, KY 41035

10925   HAMM, JERRY, 7130 GATEWOOD DR, TYLER, TX 75703

10925   HAMM, KAREN, 504 6 TH AVE, SELMA, AL 36701

10925   HAMMACK, C, RR 1 BOX 319, PALMYRA, IN 47164

10925   HAMMACK, DEWEY, RR #1, BOX 250, EVANSTON, IN 47531

10925   HAMMACK, LESLIE, 1489 FRENCH RD, WINSLOW, AZ 86047

10925   HAMMANN, GEORGE, 1486 SABLE WING CIRCLE, LOUISVILLE, KY 40223

10925   HAMMANN, GEORGE, 1486 SABLEWING CIRCL, LOUISVILLE, KY 40223

10925   HAMMEKEN, MICHAEL, 48 RIVER MEADOW COURT, WEST NEWBURY, MA 01985

10925   HAMMEL, MELVIN, 13TH MUSKET ST, MURRELLS INLET, SC 29575

10925   HAMMELL, KENNETH, 1175 HAYWOOD ROAD, APT. 6J, GREENVILLE, SC 29615

10925   HAMMER & NAIL HARDWARE, 2896 EVANS MILL ROAD, LITHONIA, GA 30038

10925   HAMMER III ESQ, ROBERT, 13800 SOUTH LAKES DR, CHARLOTTE, NC 28273

10925   HAMMER INSURANCE, INC, 3527 JOPPA RD., BALTIMORE, MD 21234

10925   HAMMER MARKETING RESOURCES, 179 INVERNESS RD., SEVERNA PARK, MD 21146

10925   HAMMER MARKETING RESOURCES, 179 INVERNESS ROAD, SEVERNA PARK, MD 21146

10925   HAMMER, BETH, 6508 ELMWOOD AVE, MIDDLETON, WI 53562

10925   HAMMER, PATRICIA, 3534 WEST LINDEN PLACE, MILWAUKEE, WI 53208

10925   HAMMER, RANDY, 6397 TIMBER TRACE, BROWNSBURG, IN 46112

10925   HAMMER, RONALD, 1906 MEMORIAL DR, GREEN BAY, WI 54303-6430

10925   HAMMERLE JTWRS JT TEN, DONALD A & MARY E, 8230 DUESLER ST, DOWNING, CA 90242-2418

10925   HAMMERS, TANDRE, 1 GRIFFIN RD, ROME, GA 30161

10925   HAMMERSCHMIDT, ERNEST, 202 S WASHINGTON, PLAINVILLE, KS 67663

10925   HAMMERSLY STONE CO INC, 6292 LACY ROAD, VERONA, WI 53593

10925   HAMMERSMITH, ALAN, 2915 PHEASANT RING DR, ROCHESTER HILLS, MI 48309

10925   HAMMERSMITH, ALAN, 8 DOUGLAS DRIVE, PRINCETON JNCT, NJ 08550

10925   HAMMERSTONE, REGINA, 482 MILANO DRIVE, EASTON, PA 18042

10925   HAMMERSTONE, TIMOTHY, 813 CEDAR TERR, COLUMBIA, SC 29209

10925   HAMMES, GERALD, 2175 WILDWOOD DR, SUAMICO, WI 54173

10925   HAMMETT, CHARLES, 102 WESTCLIFFE WAY, GREENVILLE, SC 29611-3139

10925   HAMMETT, CHARLES, 811 SOUTH MAIN ST, PIEDMONT, AL 36272

10925   HAMMILL, FRANCIS, 235 AIRPORT RD, 3, BLAIRSVILLE, PA 15717-9657

10925   HAMMOCK, ERIC, PO BOX 353, ENOREE, SC 29335

10925   HAMMOCK, ESTELLE, 820 E. BELLA VISTA, LAKELAND, FL 33805

10925   HAMMOCK, KAY, 118 HAMMOCK ROAD, HARRISON, GA 31035

10925   HAMMOCK, LINDA, 5192 EUBANKS DRIVE, LAKE CITY, GA 30260

10925   HAMMOCK, MAX, 6008 CREEKWOOD DRIVE, LAKELAND, FL 33811-2201

10925   HAMMOCK, MICHAEL, RT 1. BOX 29L, BLYTHE, GA 30805

10925   HAMMOCK, MILLARD, 109 MEDALLION LANE, LYMAN, SC 29365

10925   HAMMOCK, PILAR, 16207 MAHOGANY DRIVE, BOYNTON BEACH, FL 33436

10925   HAMMOCK, RICHARD L, BOX 1684, CARROLLTON, GA 30117

10925   HAMMOCK, ROBERT, 313 SIXTH AVE, GLEN BURNIE, MD 21061-9998

10924   HAMMOND CONCRETE, 710 S JACKSON, ALTUS, OK 73521

10924   HAMMOND FEDERAL COURTHOUSE, 221 QUINTON ST., HAMMOND, IN 46320

10925   HAMMOND GROUP INC, 1414 FIELD ST BLDG B, POST OFFICE BOX 6408, HAMMOND, IN 46320-6408

10925   HAMMOND GROVES, 3884 41ST ST, VERO BEACH, FL 32967

10925   HAMMOND JR, JAMES, RTE 2 BOX 98, WATERLOO, SC 29384

10925   HAMMOND PEST CONTROL, INC, 664 STATE ST., HAMMOND, IN 46320

10924   HAMMOND READY MIX, PO DRAWER H, ALTUS, OK 73521

10925   HAMMOND, ADIE, 6115 BELLEZA LANE, BOCA RATON, FL 33433

10925   HAMMOND, ALLAN, 23 WENDELL AVE, W. BRIDGEWATER, MA 02379

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HAMMOND, ANN, 135 SUTTON AVE NE, NORTH CANTON, OH 44720

10925   HAMMOND, ANNEDA, 3730 LAYMAN AVE, INDIANAPOLIS, IN 46218

10925   HAMMOND, BOBBY, 1887 ARSENE ROAD, LOT 18, LAKE CHARLES, LA 70615

10925   HAMMOND, CANDACE, 1 BOLLING ST, RADFORD, VA 24141

10925   HAMMOND, CELESTE, 1531 W SWALLOW, FT COLLINS, CO 80526

10925   HAMMOND, CLAUDE, 1570 BOBO RD., DALLAS, GA 30132

10925   HAMMOND, CY, 21 COUNTRY CLUB ROAD, TRUMBULL, CT 06611-3203

10925   HAMMOND, EDDIE, PO BOX 351, JOHNS ISLAND, SC 29457

10925   HAMMOND, EDWIN, 259 NORFOLK ST, CANTON, MA 02021-3661

10925   HAMMOND, ETHEL, 5290 S STATE ROAD 75, COATESVILLE, IN 46121

10925   HAMMOND, JENNY, 8243 MARY LEE LANE, LAUREL, MD 20723

10925   HAMMOND, JOHN, 7040 PRK MDN PLZ 545, OMAHA, NE 68142

10925   HAMMOND, MICHAEL, 1570 BOBO RD, DALLAS, GA 30132

10925   HAMMOND, MIKHAIL, 3353 CONTESSA CT., ANNANDALE, VA 22003

10925   HAMMOND, NANCY, 3 LOVERS LANE, TYNGSBORO, MA 01879

10925   HAMMOND, PATRICIA, 399 TWO RIVERS DRIVE, WESTMINSTER, SC 29693

10925   HAMMOND, ROBIN, 1614 STARR RD, CENTREVILLE, MD 21617

10925   HAMMOND, STANLEY, 4343 LAURIAN DRIVE, KENNESAW, GA 30144

10925   HAMMOND, TIONIE, 6115 BELLEZA LN, BOCA RATON, FL 33433

10925   HAMMOND, TOI, 7934 TEMPLE RD, PHILA, PA 19150

10925   HAMMONDS, JOHN, 604 HOOVER ST, ASHLAND, KY 41101

10925   HAMMONDS, JOHNNIE, 1327 HAMPTON AVE., AIKEN, SC 29801

10925   HAMMONDS, WILLIE, 115 FARMER ST, ANDERSON, SC 29621

10925   HAMMONS, JAMES, 112 E KERN ST, TAFT, CA 93268

10925   HAMMONS, MARK, 6026 HARDING AVE, SCIOTOVILLE, OH 45662

10925   HAMMONTREE, KATHERINE, 2905 S 200 EAST, LEBANON, IN 46052

10925   HAMN, DANIEL, PO BOX 1015, DUXBURY, MA 02331

10925   HAMNER, CAROLE, PO BOX 1482, LA PLATA, MD 20646

10925   HAMNIK, JOSEPH, 1606 BEECH ST, VALPARAISO, IN 46383

10924   HAMOT HOSPITAL, C/O AAC CONTRACTING, ERIE, PA 16550

10924   HAMOT HOSPITAL, CAMBRIDGE, MA 99999

10924   HAMPDEN PAPERS INC., 100 WATER STREET, HOLYOKE, MA 01041

10924   HAMPDEN PAPERS INC., PO BOX 149, HOLYOKE, MA 01041-0149

10924   HAMPDEN/ZIMMERMAN SPRINGFIELD, 739 MEADOW STREET, CHICOPEE, MA 01013

10924   HAMPDEN-ZIMMERMAN, 274 TAYLOR ST, SPRINGFIELD, MA 01105

10924   HAMPDEN-ZIMMERMAN, 440 PLEASANT STREET ROUTE 5, FLORENCE, MA 01060

10925   HAMPEL, ANNE JANE, 27 IRVING PLACE, ROCKVILLE CENTRE, NY 11570-2810

10925   HAMPERS, CONSTANTINE, MDL CONSULTING ASSOCIATES 61, NASHUA, NH 03063

10925   HAMPERS, DOUGLAS, 1601 TRAPELO RD. NM, WALTHAM, MA 02154

10925   HAMPERS, MARCUS, OAK HILL BOX 494, DUBLIN, NH 03444

10924   HAMPHIRE CHEMICAL, 5529 US 60 E., OWENSBORO, KY 42303

10924   HAMPSHIRE CHEMICAL CO., 2 EAST SPITBROOK RD., NASHUA, NH 03061

10924   HAMPSHIRE CHEMICAL CO., CAMBRIDGE, MA 02140

10925   HAMPSHIRE CHEMICAL CORP, 55 HAYDEN AVE, LEXINGTON, MA 02421

10925   HAMPSHIRE CHEMICAL CORP, 5529 U.S. 60 EAST, OWENSBORO, KY 42303

10925   HAMPSHIRE CHEMICAL CORP, ATTENTION: CONTRACT #830852, PO BOX 2560, MIDLAND, MI 48641

10924   HAMPSHIRE CHEMICAL CORP, ATTN: JIM CUNNINGHAM, 45 HAYDEN AVENUE, LEXINGTON, MA 02421-7994

10925   HAMPSHIRE CHEMICAL CORP, GREENBAUM DOLL & MCDONALD, JOHN C BE, 1400 VINE CTR, PO BOX 1808, LEXINGTON, KY 40593-2742

10925   HAMPSHIRE CHEMICAL CORP, JAMES D MCLLVENNY PRES & CEO, 45 HAYDEN AVE SUITE 2500, LEXINGTON, MA 02474

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAMPSHIRE CHEMICAL CORP, JOSEPH F SULLIVAN, RICH MAY BILODEAU, THE OLD SOUTH BLDG, 294 WASHINGTON ST, BOSTON, MA 02108-4675 | |
| 10925 | HAMPSHIRE CHEMICAL CORP, PO BOX 281780, ATLANTA, GA 30384 | |
| 10925 | HAMPSHIRE CHEMICAL CORP, PO BOX 8500-S5765, PHILADELPHIA, PA 19178-5765 | |
| 10925 | HAMPSHIRE CHEMICAL CORP., 45 HAYDEN AVE., SUITE 2500, LEXINGTON, MA 02474 | |
| 10925 | HAMPSHIRE CHEMICAL CORP., KEVIN HOGAN ESQ., PHILIPS LYTLE HITCHCOCK, | |
| 10925 | HAMPSHIRE CHEMICAL CORP., PO BOX 281780, ATLANTA, GA 30384 | |
| 10925 | HAMPSHIRE CHEMICAL CORP., PO BOX 281780, ATLANTA, GA 30384-1780 | |
| 10925 | HAMPSHIRE CHEMICAL CORP., PO BOX 8500-S5765, PHILADELPHIA, PA 19178-5765 | |
| 10925 | HAMPSHIRE CHEMICAL CORP., POBOX 281780, ATLANTA, GA 30384 | |
| 10925 | HAMPSHIRE CHEMICAL CORPORATION, 127/131 EDGWARD RD, LONDON, 205463UNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | HAMPSHIRE CHEMICAL CORPORATION, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10924 | HAMPSHIRE CHEMICAL CORPORATION, P.O. BOX 2560, MIDLAND, MI 48641-2560 | |
| 10924 | HAMPSHIRE CHEMICAL, 2 E. SPIT BROOK ROAD, NASHUA, NH 03061 | |
| 10924 | HAMPSHIRE CHEMICAL, 5529 US 60 E., OWENSBORO, KY 42303 | |
| 10924 | HAMPSHIRE CHEMICAL, P.O. BOX, HARBOR BEACH, MI 48441-6004 | |
| 10924 | HAMPSHIRE CHEMICAL, PO BOX 2560, MIDLAND, MI 48641-2560 | |
| 10924 | HAMPSHIRE CHEMICALS INC, ACCTS PAYBLE DEPT, PO BOX6004, MIDLAND, MI 48641 | |
| 10925 | HAMPSHIRE INCORPORATED, 285 NORTHWEST 71ST ST, MIAMI, FL 33150 | |
| 10925 | HAMPSHIRE IND.&HOPEMAN BROS, MR. THOMAS C. SWISS ESQ., THOMAS & LAYABOUTS P.A., 100 LIGHT ST. SUITE 1100, BALTIMORE, MD 21201-1053 | |
| 10925 | HAMPSHIRE, ANITA, 907 SANDERS DRIVE, DUNCANVILLE, TX 75137 | |
| 10925 | HAMPSON JR, JOHN, BOX 195, HINSDALE, IL 60522-0195 | |
| 10925 | HAMPSON, EDWARD, 407 E. MORELAND RD, WILLOW GROVE, PA 19090 | |
| 10925 | HAMPSTEAD HILL ELEM.Y SCHOOL #47, 500 S. LINWOOD AVE., BALTIMORE, MD 21224 | |
| 10924 | HAMPTON CASTINGS DIV, 1 HOWMET DRIVE, HAMPTON, VA 23661 | |
| 10924 | HAMPTON CONCRETE PRODUCTS, INC., 1435 PITTSBURGH ROAD, VALENCIA, PA 16059 | |
| 10924 | HAMPTON CONCRETE, 1009 COUNTY RD 172, ATHENS, TN 37303 | |
| 10924 | HAMPTON GREEN, 3950 SHACKLEFORD ROAD, DULUTH, GA 30096 | |
| 10924 | HAMPTON HIGH SCHOOL, 2929 MCCULLY ROAD, ALLISON PARK, PA 15101-1396 | |
| 10924 | HAMPTON INN, 13TH AND RACE STREET, PHILADELPHIA, PA 19102 | |
| 10925 | HAMPTON INN, 6540 S. CICERO AVE, BEDFORD PARK, IL 60638 | |
| 10924 | HAMPTON INN, WHITE MARSH, MD 21162 | |
| 10925 | HAMPTON POWER DENVER, INC, 2650 WEST 2ND AVE., UNIT 14, DENVER, CO 80219 | |
| 10924 | HAMPTON ROADS ELEC. SY, 1244A EXECUTIVE BLVD #108, CHESAPEAKE, VA 23320-2879 | |
| 10924 | HAMPTON SUPPLY, 9010 EDGEWORTH DRIVE, CAPITOL HEIGHTS, MD 20743 | |
| 10924 | HAMPTON SUPPLY, P.O. BOX 3710, CAPITOL HEIGHTS, MD 20743 | |
| 10924 | HAMPTON THOMAS, 4870 FRONT ROYAL PIKE, WHITE POST, VA 22663 | |
| 10925 | HAMPTON UNIVERSITY, OFFICE OF GENERAL COUNSEL, HAMPTON UNIVERSITY, HAMPTON, VA 23668-0099 | |
| 10925 | HAMPTON, CYNTHIA, 28319 SUTHERLAND, SOUTHFIELD, MI 48076 | |
| 10925 | HAMPTON, GREGORY, 2010 WILDWOOD DRIVE, DEER PARK, TX 77536-3903 | |
| 10925 | HAMPTON, KAREN, 10053 WINDING LAKE RD #103, SUNRISE, FL 33351 | |
| 10925 | HAMPTON, KARLA, 1901 WEST 65TH PLACE, INDIANAPOLIS, IN 46260 | |
| 10925 | HAMPTON, LEMICA, 2958 2ND ARMY DRIVE, FT. MEADE, MD 20755 | |
| 10925 | HAMPTON, LISA, 1912 S.E. 13, MOORE, OK 73160 | |
| 10925 | HAMPTON, ROBERT, 1208 S.DWIGHT, PAMPA, TX 79065 | |
| 10925 | HAMPTON, ROXANNE, RT 1 BOX 218, DEMOTTE, IN 46310 | |
| 10925 | HAMPTON, SHERRY, 303 SOUTHWIND DRIVE, MARION, AR 72364 | |
| 10925 | HAMPTON, STEPHEN, 817 WALLACE APT#A, CLOVIS, NM 88101 | |
| 10925 | HAMPTON, TERESA, PO BOX 2011, SPRINGFIELD, MO 65801 | |
| 10925 | HAMPTON, THERESA, 1208 S.DWIGHT, PAMPA, TX 79065 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HAMRAS, MELISSA, 96 WASHINGTON ST, BRIGHTON, MA 02135

10925    HAMRE, JACQUELINE, 4875 CUBA VALLEY RD., DE FOREST, WI 53532

10925    HAMRE, LOUISE, 6903 COYLE ROAD, LODI, WI 53555

10925    HAMRICK, T, BOX 84, BOILING SPRINGS, NC 28017

10925    HAMS DIRT SERVICE, 208 CENTRAL AVE., FLORENCE, MS 39073

10925    HAMSHAW LUMBER INC., POBOX 725, KEENE, NH 03431

10925    HAMULA, CHARLA, RT 8 BOX 62-1, AMARILLO, TX 79118

10925    HAM-YING, C LEMOY, 668 GREENWICH ST, NEW YORK, NY 10014

10925    HAN FOO JUAN & WON HANG HAN, JT TEN, 188 ST JOHN S PLACE, BROOKLYN, NY 11217-0000

10925    HAN, INSUK, 10012 MORNINGSIDE CT, FAIRFAX, VA 22030

10925    HANABERRY, JOHN, 10 RIVERSIDE LN, EASTON, CT 06612-2055

10925    HANAFIN, JOSEPH, 44 KELLEHER ST, MARLBOROUGH, MA 01752

10925    HANAN, L DALE, 2221 PATRINOSTRO ROAD, PLANT CITY, FL 33565

10925    HANAN, ROB R, 15816 NAPA RIDGE, EDMOND, OK 73013

10925    HANCE, MARCUS, 1329 BLUE SPRUCE WAY, NEWPORT, TN 37821

10925    HANCE, TOMMY, 216 GINGER LANE, TAYLORS, SC 29687

10925    HANCHEY, RUTH, 122 ASHLAND PL, BROOKLYN, NY 11201-3973

10924    HANCO EXPORTS INC., 11700 NW 102 RD, MEDLEY, FL 33178

10924    HANCO EXPORTS INC., 2666 NW 112 AVE., MIAMI, FL 33172

10924    HANCO EXPORTS INC., 8306 MILLS DR STE 534, MIAMI, FL 33183

10924    HANCO EXPORTS INC., 9900 NW 25TH STREET, MIAMI, FL 33172-2224

10924    HANCO, 1855 NW 70TH AVE, MIAMI, FL 33126

10924    HANCOCK CONCRETE PRODUCTS CO.,INC., 1825 S MINNESOTA ST, NEW ULM, MN 56073-2226

10924    HANCOCK CONCRETE PRODUCTS, 1825 S. MINNESOTA STREET, NEW ULM, MN 56073

10925    HANCOCK COUNTY CHILD SUPPORT, PO BOX 1465, FINDLAY, OH 45839

10924    HANCOCK COUNTY READY MIX, 5330 RIVER ROAD, HAWESVILLE, KY 42348

10925    HANCOCK ENGINEERING INC., 150 EAST AURORA ST., WATERBURY, CT 06708

10925    HANCOCK LUMBER, 409 ROOSEVELT TRAIL, WINDHAM, ME 04062

10924    HANCOCK MATERIALS, 530 HULL ROAD, PAGE, AZ 86040

10924    HANCOCK MATERIALS, ATTENTION:  ACCOUNTS PAYABLE, PO BOX7109, PAGE, AZ 86040

10925    HANCOCK PAINT INC, 24 PLAIN ST, BRAINTREE, MA 02184

10925    HANCOCK PAINT INC., 109 ACCORD PARK DRIVE, NORWELL, MA 02061

10925    HANCOCK, CAROLYN, 35 JACKSON ST, NO ADAMS, MA 01247

10925    HANCOCK, CAROLYN, 4000 BENTTREE DRIVE, OWENSBORO, KY 42301

10925    HANCOCK, CHARLES, 7383 BRANGELS ROAD, MARRIOTTSVILL, MD 21104

10925    HANCOCK, DANNY, 702 WRIGHT AVE, KANNAPOLIS, NC 28081

10925    HANCOCK, DAVID, 133 KNICKERBOCKER RD, FOUNTAIN INN, SC 29644-9212

10925    HANCOCK, GREGORY, 209 MAIN ST, HANSON, MA 02341

10925    HANCOCK, JAMES, 204 JUANITA, PLAINVIEW, TX 79072

10925    HANCOCK, LAWRENCE, 1770 SALEM ST, N. ANDOVER, MA 01845

10925    HANCOCK, MARK, 275 S COLONIAL HOME CR NW, ATLANTA, GA 30309

10925    HANCOCK, MARK, 275 S COLONIAL HOMES CIR, ATLANTA, GA 30309

10925    HANCOCK, MICHAEL L, 4000 N. HAWTHORNE ST, CHATTANOOGA, TN 37406

10925    HANCOCK, MICHAEL, 428 PATTY ROAD, RINGGOLD, GA 30736

10925    HANCOCK, RONALD, 3016 GOBBLERS KNOB RD, WEST HARRISON, IN 47060-9414

10925    HANCOCK, RYAN, 133 KNICKERBOCKER ROAD, FOUNTAIN INN, SC 29644

10925    HANCOCK, SEAN, 133 KNICKERBOCKER RD, FOUNTAIN INN, SC 29644

10925    HANCOCK, TIMOTHY, 608 ANN ELIZABETH DR, CHARLOTTE, NC 28213

10925    HANCOCK, TRACY, 1269 JANICE ROAD, LINCOLNTON, NC 28092

10925    HANCOX, CHRISTOPHER, 443 ZION ROAD, WALHALLA, SC 29691

10925    HANCOX, STANLEY, 403 BERWICK WAY, MELBOURNE, FL 32940-2111

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HANCY, KIM, 4677 SOUTHWOOD DR, BROOKLYN, OH 44144

10925   HAND JR, HARLEN, 4404 16TH ST, BACLIFF, TX 77518

10924   HAND WORKS INC., THE, 330 E ORANGE STREET, CARMEL, IN 46033

10925   HAND, DANNY, 315 PINONWOOD DR, SIMPSONVILLE, SC 29680

10925   HAND, JANE, 2820 N. WILSON BLVD., NAPLES, FL 34120

10925   HAND, KEVIN, 110 MAYFIELD RD, SIMPSONVILLE, SC 29681

10925   HAND, LEI, 2132 REED AVE., SAN DIEGO, CA 92109

10925   HAND, LINDA, ONE SIGNATURE POINT, LEAGUE CITY, TX 77573

10925   HAND, OWEN, 3638 ST JOHNS LANE, ELLICOTT CITY, MD 21043

10925   HAND, PAUL, 1020 KENT AVE, BALTIMORE, MD 21228-1213

10925   HAND, ROBERT, PO BOX 1084, SIMPSONVILLE, SC 29681

10925   HAND, RYAN, 105 COUNTRYWALK LANE, SIMPSONVILLE, SC 29680

10925   HAND, THOMAS, R.D.#2, BOX 2168A, ORWIGSBURG, PA 17961

10925   HANDEL JR, WILLIAM, 450 STONE RIDGE ROAD, EMMAUS, PA 18049

10925   HANDEL, BRENT, 4517 73RD PLACE, URBANDALE, IA 50322-1123

10925   HANDEL, MORRIS, 201 W 16TH ST, NEW YORK, NY 10011

10925   HANDER, O BEN, 30 COLT ROAD, SUMMIT, NJ 07901-3040

10925   HANDEWITH, HOWARD J, 8515 16TH AVE NE, SEATTLE, WA 98115

10925   HANDEX ENVIRONMENTAL INC, PO BOX 116236, ATLANTA, GA 30368-6236

10925   HANDEX OF NEW ENGLAND, 398 CEDAR HILL ST, MARLBORO, MA 01752

10925   HANDEX, PO BOX 116236, ATLANTA, GA 30368-6236

10925   HANDEX, PO BOX 74272, CLEVELAND, OH 44194-0347

10925   HANDEX, POBOX 530100, ATLANTA, GA 30353-0100

10925   HANDLER GERGER JOHNSTON ARONSON, 132 STATE ST., HARRISBURG, PA 17101

10925   HANDLEY, CAMILLE, 6914 ELM TRACE DR, SUGARLAND, TX 77479

10925   HANDLEY, CHERYL, 708 SECOND ST., POCOMOKE, MD 21851

10925   HANDLEY, JANICE, 3909 GARDENIA CT., LOUISVILLE, KY 40220

10925   HANDLING SPECIALTY, PO BOX 98, GRIMSBY, ON L3M 4G1CANADA          *VIA Deutsche Post*

10925   HANDLING SYSTEMS INC, 2659 MAGNOLIA ST, PHOENIX, AZ 85034-6909

10925   HANDLING SYSTEMS, INC, 443 MCNALLY DRIVE, NASHVILLE, TN 37211

10925   HANDO, DAVID, 601 13TH ST NW 12TH FL, WASHINGTON, DC 20005

10925   HANDROW, JOHN, 6755 LEE ROAD, HARTFORD, WI 53027

10925   HANDS ON ENVIRONMENTAL CONSULTANTS, PO BOX 5461, CLINTON, NJ 08809

10925   HANDSAKER, MARLA, 2505 BEDFORD CT, FT COLLINS, CO 80526

10925   HANDSHAKE GREETING CARDS, POBOX 198616, ATLANTA, GA 30384-8616

10925   HANDSOME, RICKEY, 123 LINCOLN AVE, ROANOKE RAPIDS, NC 27870

10925   HANDWHEELS INC, PO BOX 189, IRVINGTON, VA 22480

10925   HANDY & HARMAN, 72 ELM ST, NORTH ATTLEBORO, MA 02760

10925   HANDY CHEMICALS US, 120, DE LINDUSTRIE, QUEBEC, QC J5R 1J2CANADA          *VIA Deutsche Post*

10925   HANDY DAY ICE, 1109 MCKINLEY, WESTLAKE, LA 70669

10924   HANDY MAN CONCRETE, 13800 BARNSFIELD RD, HERNDON, VA 22071

10925   HANDY, BRYAN, 17103 CLAY RD #805, HOUSTON, TX 77084

10925   HANDY, DARRELL, 1830 OAK DRIVE, ALVA, FL 33920

10925   HANDY, DWAYNE, 10334 HICKORY RIDGE ROAD, 726, COLUMBIA, MD 21044

10925   HANDY, GREGORY, 12939 WHITTINGTON, HOUSTON, TX 77077

10925   HANDY, JEVITA, PO BOX 840557, HOUSTON, TX 77284

10925   HANDY, KIM, 10253 REEDER, OVERLAND PARK, KS 66214

10924   HANDYMAN CONCRETE, 13800 BARNSFIELD RD., HERNDON, VA 22071

10925   HANDYSIDE, HEATHER, #502 ANDERSON HALL AMERICAN UNIV., WASHINGTON, DC 20016

10925   HANDZLIK, JANET, 35 ANTHONY AVE., CHEEKTOWAGA, NY 14225

10925   HANEBRINK, THEORITA, 706 SUNNY SHORE LN, ANDERSON, SC 29621

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HANEMANN BATEMAN, STATE & SAWYER BLDG #101, 2120 STATE AVE N.E., OLYMPIA, WA 98506

10925   HANER, C, 400 SILVER CREEK ROAD, GREER, SC 29650

10925   HANEY, DEBRA, RT 9 BOX 338, LAKE CITY, FL 32024

10925   HANEY, FREDERICK, 1258 ELM ST, GREEN BAY, WI 54301

10925   HANEY, JAY, 5516 BALZAR AVE, LAS VEGAS, NV 89108

10925   HANEY, JEAN, 22 SWEET BRIAR DR, PALMETTO, GA 30268

10925   HANEY, JOHN, 2827 W. 159TH ST., WESTFIELD, IN 46074

10925   HANEY, JOHN, 3752 ORONO DR, TOLEDO, OH 43614

10925   HANEY, JULIE M, OMAHA-DOUGLAS CIVIC CENTER, OMAHA, NE 68138-0003

10925   HANEY, LEROY, 614 SW 43RD, OKLAHOMA CITY, OK 73109

10925   HANEY, MARK, 2471 BUFFALO W SPGS HWY, BUFFALO, SC 29321

10925   HANEY, TIAJUNNA, 5126 B SHANE PL., WALDORF, MD 20602

10925   HANEY, VICKI, 429 TEGARDEN RD., GULFPORT, MS 39507

10924   HANFORD POOL CO., 2435 N. CHURCH ST., BURLINGTON, NC 27215

10924   HANFORD POOLS, 2435 N. CHURCH ST., BURLINGTON, NC 27215

10924   HANFORD READY MIX, 9800 KENT STREET, ELK GROVE, CA 95624

10925   HANG, LING, 529 SHADY PINE WAY #1, WEST PALM BEACH, FL 33415

10925   HANGER, NIKKI, RT 2 BOX 93W, LAKE VILLAGE, IN 46349

10925   HANH T VU, 1238 S MILITARY TRAIL #1224, DEERFIELD BEACH, FL 33442

10925   HANH T VU, 1238 SO MILITARY TRAIL APT 1224, DEERFIELD BEACH, FL 33442

10925   HANH VU, 1238 S MILITARY TRAIL #1224, DEERFIELD BEACH, FL 33442

10925   HANH VU, ONE TOWN CENTER, BOCA RATON, FL 33486

10925   HANIG, DAVID, 3512 W. KILBOURN AVE, MILWAUKEE, WI 53208

10925   HANIGAN, OLGA, 2302 THEALL ROAD, RYE, NY 10580

10925   HANIGAN, THOMAS, 2302 THEALL ROAD, RYE, NY 10580

10925   HANJIN SHIPPING CO, LTD, 1415 N. LOOP WEST, SUITE 1200, HOUSTON, TX 77008

10925   HANJIN SHIPPING CO. LTD., 2200 BROENING HWY STE 201, BALTIMORE, MD 21224

10925   HANK FINKEL ASSOCIATES INC, 21 CUMMINGS PARK SUITE 234, WOBURN, MA 01801

10925   HANK, W. MARK, 70 WALNUT ST, READING, MA 01867

10925   HANKE, MARGARET, C/O MARIE GRANDE 138 N. SUMMER ST, ADAMS, MA 01220

10925   HANKERSON, WILLA, 401 MARSHALL CT, F, LAUREL, MD 20707

10925   HANKEY, MEGHAN, 966 PEPPERIDGE TERR, BOCA RATON, FL 33486

10925   HANKEY, MEGHAN, 966 SW PEPPERRIDGE TER, BOCA RATON, FL 33486-5543

10925   HANKIN MANAGEMENT COMPANY, PO BOX 26767, ELKINS PARK, PA 19027

10924   HANKINS LABORATORIES, 3305 CALDWELL LANE, DEL VALLE, TX 78617

10925   HANKINS, JAMES, 1524 TRASK LANE, SULPHUR, LA 70665

10925   HANKINS, JUDY, 6016 HAYFORD WAY, INDIANAPOLIS, IN 46254

10925   HANKINS, LAUREN, 951 LEISURE SHORES, AFTON, OK 74331

10925   HANKINS, NORAN, 2021 CATAMARAN, LEAGUE CITY, TX 77573

10925   HANKINSON, CHARLES E, MARLINTON MOTOR INN, ELK RR, MARLINTON, WV 24954

10924   HANKISON CORPORATION, PO BOX 71, CANONSBURG, PA 15317-0071

10924   HANKISON INTERNATIONAL, 75 MUSEUM ROAD, WASHINGTON, PA 15301

10924   HANKISON INTERNATIONAL, DIVISION OF HANSEN, PO BOX 71, CANONSBURG, PA 15317-0071

10924   HANKISON INTERNATIONAL, HWY 70 W & WILDWOOD ROAD, RT 2, BOX 539-12, MOREHEAD CITY, NC 28557

10924   HANKISON INTERNATIONAL, HWY 70 W. & WILDWOOD ROAD, RT 2, BOX 539-12, MOREHEAD CITY, NC 28557

10925   HANKLA, BRUCE, 10139 FELIPE, MONTCLAIR, CA 91763

10925   HANKS BLUEPRINT & SUPPLY, INC, 7355 W. ARCHER AVE., SUITE G, SUMMIT, IL 60501

10925   HANKS, DINO, 4460 VASEY AVE., MARION, IA 52302

10925   HANKS, ROBERT W, 606 E. SILVERLEAF ST, GREER, SC 29650

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HANKS, ROBERT, 606 E SILVERLEAF ST, GREER, SC 29650

10925   HANKS, RONALD, 5111 WASENA AVE, BALTIMORE, MD 21225

10925   HANKS, SUSAN, 308 MISSOURI ST, NEW IBERIA, LA 70560

10925   HANKYU INTL TRANSPORT (USA) INC, 440 MCCLELLAN HWY, EAST BOSTON, MA 02128

10924   HANKYU INTL. TRANSPORT (USA) INC., ATTN: MR. SASAYA/BEN, WOOD DALE, IL 60191

10924   HANKYU INTL. TRANSPORT (USA) INC., CAMBRIDGE, MA 99999

10925   HANLEN, REVA, 7714 LUMBER JACK, HOUSTON, TX 77040

10925   HANLEY, BARBARA, 137 FOREST ST, READING, MA 01876

10925   HANLEY, LILLIAN, 225 TINDAL AVE, GREENVILLE, SC 29605

10925   HANLEY, LINDA, POB 93, ILA, GA 30647

10925   HANLEY, MARY R, C/O MARY ANNE MC CORMACK, MIDDLEBURY, CT 06762

10925   HANLEY, PHILIP, 3900 KENT WAY, S SAN FRANCISCO, CA 94080

10925   HANLEY, SHIRLEY, RT 4 BOX 169, COMMERCE, GA 30529

10925   HANLEY, STEPHANIE, 9140 EDMONSTON COURT, #304C, GREENBELT, MD 20770

10925   HANLEY-WOOD LLC, 426 SOUTH WESTGATE, ADDISON, IL 60101-4546

10925   HANLIN, MARK, 318 PRINCESS GEORGE ST, LAUREL, MD 20707

10924   HANLON ELECTRIC, 530 OLD FRANKSTOWN RD., MONROEVILLE, PA 15146-1043

10924   HANLON ELECTRIC, 530 OLD FRANKSTOWN ROAD, MONROEVILLE, PA 15146

10925   HANLON, CHERYL, 51 SHERWOOD RD, READING, MA 01867

10925   HANLON, KRISTINA, 65 HILLSIDE ROAD, WATERTOWN, MA 02172

10925   HANLON, LINDA, 24 WAMESIT AVE, SAUGUS, MA 01906

10925   HANLON, PAUL, 51 SHERWOOD RD, READING, MA 01867

10925   HANLON, WILLIAM R, CUST FOR WILLIAM DOUGLAS HANLON, UNIF GIFT MIN ACT NJ, 189 KIRKLAND DR, STOW, MA 01775-1077

10925   HANLON, WILLIAM, 4906 WASHINGTON BLVD, ARLINGTON, VA 22201

10925   HANLON, WILLIAM, 910 GENESEE AVE, SEBASTIAN, FL 32958

10925   HANLONS MENS SHOES INC., 484 MOODY ST, WALTHAM, MA 02154

10925   HANLY, JENNIFER, FLUSHING, NY 11355

10925   HANMER, LYNN, 7709 GROVEWOOD DR., LAKEWORTH, FL 33467

10925   HANNA & MORTON, 600 WILSHIRE BLVD 17TH FL, LOS ANGELES, CA 90017-3229

10925   HANNA HEATING AND AIR CONDITIONING, PO BOX 130, ENOREE, SC 29335

10925   HANNA OIL CO, INC, PO BOX 130, ENOREE, SC 29335-0130

10925   HANNA ZABRISKIE & DARON, PO BOX 73224N, CLEVELAND, OH 44193-0158

10925   HANNA, DALE, 338 CONOVER DR, GREEN BAY, WI 54303

10925   HANNA, DENNIS, 34675 MULVEY, FRASER, MI 48026

10925   HANNA, ELMER, 3220 69TH #C-8, GALVESTON, TX 77551

10925   HANNABERY, C/O R T & J M HANNABERY, PROPERTY ACCOUNT, 3472 OAKHURST DR, CENTER VALLEY, PA 18034-9707

10925   HANNAGAN, PHYLLIS, 4833 FOX HUNT TRAIL, BOCA RATON, FL 33487

10925   HANNAGEN, PHYLLIS, 4833 FOX HUNT TRAIL, BOCA RATON, FL 33487

10925   HANNAH HERMAN AS CUSTODIAN, FOR YAEL BEN-AVI UNDER THE, NEW JERSEY UNIFORM TRANSFERS TO, MINORS ACT, 7 GAEDE PL, WAYNE, NJ 07470-3709

10925   HANNAH KIRSHNER, 67 30 CLYDE ST, FOREST HILLS, NY 11375-4055

10925   HANNAH, CURTIS, 460 W 50TH ST, NEW YORK, NY 10019

10925   HANNAH, O, 203 GLENDALE ST, LAKELAND, FL 33803

10925   HANNAH, SANDRA, 120 FORESTDALE DRIVE, TAYLORS, SC 29687

10924   HANNAN SUPPLY, PO BOX 270, PADUCAH, KY 42002

10925   HANNAN, LESLIE, 112-01 QUEENS BLVD, FOREST HILLS, NY 11375

10925   HANNAS, POLLY, 6665 PEBBLEWOOD COURT, SAN JOSE, CA 95120

10925   HANNEMAN, KATHY, 528 ACKER PKWY, DE FOREST, WI 53532

10925   HANNEMANN, GERD, SCHLOSSHEIDE 43C, JOHANNISBERG, 6222GERMANY     *VIA Deutsche Post*

10925   HANNER, AMY, 7831 ELWOOD DRIVE, CHARLOTTE, NC 28227

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HANNER, GERALD, 38 WATSON ST, CENTRAL FALLS, RI 02863 | |
| 10925 | HANNER, WILBERT, 2032 CLIFTWOOD AVE., BALTIMORE, MD 21213 | |
| 10924 | HANNIBAL REG. HEALTH CENTER, 2 MILE W. HANNIBAL ON U.S. #36, HANNIBAL, MO 63401 | |
| 10925 | HANNOCH WEISMAN P C, PO BOX 23457, NEWARK, NJ 07189-0001 | |
| 10925 | HANNOCH WEISMAN, 4 BECKER FARM ROAD, ROSELAND, NJ 07068-3788 | |
| 10925 | HANNON, ANNE, 7847 OUTING AVE, PASADENA, MD 21122 | |
| 10925 | HANNON, ARLINE D, 124 BAY ROAD, HUNTINGTON, NY 11743-1356 | |
| 10925 | HANNON, LINDA, 427 BEACH 130TH ST, BELLE HARBOR, NY 11694 | |
| 10924 | HANOVER BRICK & BLOCK COMPANY, 240 BENDER ROAD, HANOVER, PA 17331 | |
| 10924 | HANOVER BRICK & BLOCK, 240 BENDER RD, HANOVER, PA 17331 | |
| 10924 | HANOVER COLLEGE, 107 GARRETT STREET, HANOVER, IN 47243 | |
| 10924 | HANOVER COMPRESSOR CO., ATTN: MS LEANN STRAIT, 2911 TURTLE CREEK BLVD., DALLAS, TX 75219 | |
| 10924 | HANOVER HOSPITAL, PICK UP TRENTON, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | HANOVER MATERIALS INC., P O BOX 896, ASHLAND, VA 23005 | |
| 10924 | HANOVER MATERIALS INC., RT 1, ASHLAND, VA 23005 | |
| 10924 | HANOVER MATLS INC, P.O.BOX 896, ASHLAND, VA 23005 | |
| 10925 | HANOVER SQUARE CORPORATION, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | HANOVER, WALSH, JALENAK, & BLAIR, 22 NORTH FRONT ST, MEMPHIS, TN 38103-2109 | |
| 10925 | HANOVIA, 100 CHESTNUT ST, NEWARK, NJ 07105 | |
| 10925 | HANRAHAN JR, JOHN, 15 ROCKLAND ST, STOUGHTON, MA 02072 | |
| 10925 | HANRAHAN, JAMES, 3290 MIRIAM DRIVE, EMMAUS, PA 18049 | |
| 10925 | HANS A LINDT, 20772 BEACHCLIFF BLVD, ROCKY RIVER, OH 44116-1323 | |
| 10925 | HANS P JUENG, PO BOX 1171, ALBUQUERQUE, NM 87103-1171 | |
| 10925 | HANS PETER FRALICK, 6 BATCHELDER ST, PLYMOUTH, NH 03264-1210 | |
| 10925 | HANS SCHUR, HORSENS, 8700DENMARK | *VIA Deutsche Post* |
| 10925 | HANSCHU, RANDY, 2507 HACKBERRY CRT, OWENSBORO, KY 42303-2183 | |
| 10924 | HANSEN & HEMPEL, ROSELAND PUMP STATION, CHICAGO, IL 60623 | |
| 10925 | HANSEN CONSTRUCTION INC, PO BOX 10493, ASPEN, CO 81612 | |
| 10925 | HANSEN ENGINEERING, INC, 167 LAIDLEYS RUN ROAD, WEST ALEXANDER, PA 15376 | |
| 10925 | HANSEN REALTY INC, PO BOX 349, MANCELONA, MI 49659 | |
| 10925 | HANSEN REALTY, GEORGE D NEWPOWER JR, 504 S WILLIAMS ST, MANCELONA, MI 49659 | |
| 10925 | HANSEN, ANDREW, 116 S 10TH AVE, STURGEON BAY, WI 54235-1802 | |
| 10925 | HANSEN, BERNARD, 400 NW LOCUST DR, BLUE SPRINGS, MO 64014 | |
| 10925 | HANSEN, CATHERINE, 6 SOMERSET DRIVE, SUFFERN, NY 10901-6901 | |
| 10925 | HANSEN, CHRIS, 214 N KINGS HWY, CUSHING, OK 74023 | |
| 10925 | HANSEN, CURT, 2204 S. BEVERLY CR, MESA, AZ 85202 | |
| 10925 | HANSEN, DENNIS, 901 MEMORY LANE, DE PERE, WI 54115 | |
| 10925 | HANSEN, DOLORES, 3733 SOUTH 17TH ST, MILWAUKEE, WI 53221 | |
| 10925 | HANSEN, DONALD, 609 OAK ST, WALNUT, IA 51577 | |
| 10925 | HANSEN, EDWIN L, 1715 COUNTRYSIDE DRIVE, SALT LAKE CITY, UT 84106-3243 | |
| 10925 | HANSEN, ESPERANZA, 36 S. NAPA COURT, TULARE, CA 93274 | |
| 10925 | HANSEN, EVA, 1543 WELLINGTON ROAD, NORTH MERRICK, NY 11566 | |
| 10925 | HANSEN, JAMES R, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | HANSEN, JAMES, 17305 QUEEN ANNE LN, TINLEY PARK, IL 60477 | |
| 10925 | HANSEN, JAN, 36 MEADOW LANE, ELIOT, ME 03903 | |
| 10925 | HANSEN, JOANNE, 901 MEMORY LA, DEPERE, WI 54115 | |
| 10925 | HANSEN, KENNETH, 506 EAST 2ND ST, ANAMOSA, IA 52205 | |
| 10925 | HANSEN, LANA, 1939-F HUNTINGTON DR, DUARTE, CA 91010 | |
| 10925 | HANSEN, LESTER, 655 RAVENSWOOD COURT, NEENAH, WI 54956 | |
| 10925 | HANSEN, LISA M, 2901C FRANKLIN E, SEATTLE, WA 98102-3022 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HANSEN, LYNN, 10164 BESSMER LA, FAIRFAX, VA 22032

10925   HANSEN, PATRICIA, 4801 N LAKEWOOD DR, ST JOSEPH, MO 64506

10925   HANSEN, PAULINE, 1423 CRUMWELL ROAD, CRESTON, IA 50801

10925   HANSEN, RICHARD, 10974 WOODLAND TRAILS, COUNCIL BLUFFS, IA 51503

10925   HANSEN, RICHARD, 2330 CANTER LN #32, GREEN BAY, WI 54304

10925   HANSEN, RICK, 12795 JAMES ST, HOLLAND, MI 49424

10925   HANSEN, STEVEN, 49 CENTRAL ST, NORTH READING, MA 01864

10925   HANSEN, TOVE, 1339 LAUREL WAY, BEVERLY HILLS, CA 90210-2244

10925   HANSEN, WILLIAM A, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   HANSEN, WILLIAM, 12001 LAKE UNION HILL WAY, ALPHARETTA, GA 30004

10925   HANSEN, WILLIAM, 1543 WELLINGTON ROAD, NORTH MERRICK, NY 11566-2017

10925   HANSEN-LEFF, ALICE, 230 N WALNUT ST, N MASSAPEQUA, NY 11758

10925   HANSENS DRAPERY, 14626 WICKS BVD, SAN LEANDRO, CA 94577

10925   HANSHAW, MARK, 1514 ROYAL CIRCLE, APOPKA, FL 32703

10925   HANSING, DAVID, 7095 SOUTH GRAY COURT, LITTLETON, CO 80123

10925   HANSING, THOMAS, 1020 FRANCIS ST., ALTAMONTE SPGS, FL 32701

10924   HANSON AGGREGATES - #45 MAIN, 5775 EAST WINDMILL, HENDERSON, NV 89014

10924   HANSON AGGREGATES BRD, INC., 101 6TH ST. HOLDING POINT, HORSEHEADS, NY 14845

10924   HANSON AGGREGATES BRD, INC., 10500 BENNETT RD., DUNKIRK, NY 14048

10924   HANSON AGGREGATES BRD, INC., 131 GARFIELD AVE., PENN YAN, NY 14527

10924   HANSON AGGREGATES BRD, INC., 1403 RIVER RD., AVON, NY 14414

10924   HANSON AGGREGATES BRD, INC., 1535 SCOTTSVILLE RD., ROCHESTER, NY 14624

10924   HANSON AGGREGATES BRD, INC., 25 ELAM AVE. RD #2, JAMESTOWN, NY 14701

10924   HANSON AGGREGATES BRD, INC., 392 ROUTE 96, PHELPS, NY 14532

10924   HANSON AGGREGATES BRD, INC., 419 1ST STREET, OLEAN, NY 14760

10924   HANSON AGGREGATES BRD, INC., 5035 STATE RT. 79, BURDETT, NY 14818

10924   HANSON AGGREGATES BRD, INC., 657 ELLICOTT STREET, BATAVIA, NY 14020

10924   HANSON AGGREGATES BRD, INC., 6895 ELLICOTT ST., PAVILION, NY 14525

10924   HANSON AGGREGATES BRD, INC., 6895 ELLICOTT STREET, PAVILION, NY 14525

10924   HANSON AGGREGATES BRD, INC., 7235 SAND ROAD, BATH, NY 14810

10924   HANSON AGGREGATES BRD, INC., 760 LINDEN AVE., EAST ROCHESTER, NY 14445

10924   HANSON AGGREGATES BRD, INC., ALMOND ALFRED PLT, ALFRED, NY 14802

10924   HANSON AGGREGATES BRD, INC., GLENWOOD AVENUE, MEDINA, NY 14103

10924   HANSON AGGREGATES BRD, INC., OFF OF ROUTE 96, ROMULUS, NY 14541

10924   HANSON AGGREGATES BRD, INC., ROUTE 237, CLARENDON, NY 14429

10924   HANSON AGGREGATES BRD, INC., WESTBURY ROAD, RED CREEK, NY 13143

10924   HANSON AGGREGATES DBA PRE-MIXED, ATTN:  SYLVIA BUBENYAK, SAN DIEGO, CA 92163-9069

10924   HANSON AGGREGATES MID-PACIFIC, INC., 131 SUBURBAN ROAD, SAN LUIS OBISPO, CA 93401

10924   HANSON AGGREGATES MID-PACIFIC, INC., 131 SUBURBAN ROAD, SAN LUIS OBISPO, CA 93406

10924   HANSON AGGREGATES MID-PACIFIC, INC., 180 ATASCADERO ROAD, MORRO BAY, CA 93442

10924   HANSON AGGREGATES MID-PACIFIC, INC., 2484 RAMADA DRIVE, PASO ROBLES, CA 93446

10924   HANSON AGGREGATES MID-PACIFIC, INC., 2920 FERRO CARRIL, ATASCADERO, CA 93422

10924   HANSON AGGREGATES MID-PACIFIC, INC., 50 SOUTH KELLOGG, GOLETA, CA 93117

10924   HANSON AGGREGATES MID-PACIFIC, INC., 807 WEST MC COY LANE, SANTA MARIA, CA 93454

10924   HANSON AGGREGATES MID-PACIFIC, INC., NORTH TRAFFIC WAY, ATASCADERO, CA 93422

10924   HANSON AGGREGATES UTAH, INC., PO BOX87687, SALT LAKE CITY, UT 84157

10924   HANSON AGGREGATES, 115TH AVENUE & ROSE GARDEN LN, SUN CITY, AZ 85351

10924   HANSON AGGREGATES, 116 EAST GOWAN, NORTH LAS VEGAS, NV 89030

10924   HANSON AGGREGATES, 1401 AMERICAN PACIFIC DRIVE, HENDERSON, NV 89014

10924   HANSON AGGREGATES, 151 WEST VINE STREET, MURRAY, UT 84107

10924   HANSON AGGREGATES, 1943 WEST WILLIAMS DRIVE, PHOENIX, AZ 85027

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   HANSON AGGREGATES, 21801 NORTH 16TH STREET, PHOENIX, AZ 85024

10924   HANSON AGGREGATES, 3400 W. DIRECTOR'S RD. (1100 S.), SALT LAKE CITY, UT 84104

10924   HANSON AGGREGATES, 3555 VINEYARD AVENUE, OXNARD, CA 93030

10924   HANSON AGGREGATES, 376 NORTH 650 WEST, KAYSVILLE, UT 84037

10924   HANSON AGGREGATES, 4002 SOUTH 51ST AVENUE, PHOENIX, AZ 85043

10924   HANSON AGGREGATES, 5959 NORTH 55TH AVENUE, GLENDALE, AZ 85306

10924   HANSON AGGREGATES, 650 WEST MCKELLIPS ROAD, MESA, AZ 85201

10924   HANSON AGGREGATES, 9595 E. MCKELLIPS ROAD, SCOTTSDALE, AZ 85256

10924   HANSON AGGREGATES, ATTN:  ACCOUNTS PAYABLE, CHULA VISTA, CA 91912

10924   HANSON AGGREGATES, ATTN:  ACCOUNTS PAYABLE, HENDERSON, NV 89009

10924   HANSON AGGREGATES, ATTN:SYLVIA BUBENYAK, SAN DIEGO, CA 92163

10924   HANSON AGGREGATES, CENTRAL COAST REGION A/P DEPT, PLEASANTON, CA 94566-0808

10924   HANSON AGGREGATES, CENTRAL COAST REGION A/P, PLEASANTON, CA 94566

10924   HANSON AGGREGATES, HIGLEY PLANT, MESA, AZ 85201

10924   HANSON AGGREGATES, MILEPOST 117-1/2 ON HIGHWAY 60, WICKENBURG, AZ 85358

10924   HANSON AGGREGATES, PLANT #2, FLORENCE, AZ 85232

10924   HANSON AGGREGATES, POINT OF THE MOUNTAIN, LEHI, UT 84043

10924   HANSON AGGREGATES/ANTHEM PLANT, EXECUTIVE AIRPORT DRIVE, LAS VEGAS, NV 89124

10924   HANSON AGGREGATES/CHULA VISTA, 7TH AND MAIN, CHULA VISTA, CA 92011

10924   HANSON AGGREGATES/EL CAJON, 2266 WILLOW GLENN STREET, EL CAJON, CA 92019

10924   HANSON AGGREGATES/LAKSIDE, ON CHANNEL, LAKESIDE, CA 92040

10924   HANSON AGGREGATES/SAN MARCOS, 612 SOUTH TWIN OAKS VALLEY ROAD, SAN MARCOS, CA 92069

10925   HANSON CHAPMAN, BERNICE, 252 SO MANSFIELD, LOS ANGELES, CA 90036-3017

10924   HANSON CONCRETE COMPANY, BOX 167, MANKATO, MN 56002

10924   HANSON CONCRETE COMPANY, PO BOX 167, MANKATO, MN 56002

10924   HANSON CONCRETE COMPANY, POPLAR & MOUND, MANKATO, MN 56002

10924   HANSON CONCRETE PRODUCTS, 1000 MCARTHUR BLVD, GRAND PRAIRIE, TX 75050

10924   HANSON CONCRETE PRODUCTS, 1000 MYERS RD, GRAND PRAIRIE, TX 75051

10924   HANSON CONCRETE PRODUCTS, 1000 MYERS ROAD, GRAND PRAIRIE, TX 75050

10924   HANSON CONCRETE PRODUCTS, 12063 WASHINGTON HWY, ASHLAND, VA 23005

10924   HANSON CONCRETE PRODUCTS, 1601 E. 39TH ST NORTH, SIOUX FALLS, SD 57104

10924   HANSON CONCRETE PRODUCTS, 1601 E. 39TH ST. NORTH, SIOUX FALLS, SD 57104

10924   HANSON CONCRETE PRODUCTS, 2000 INDUSTRIAL DR, SALEM, VA 24153

10924   HANSON CONCRETE PRODUCTS, 2000 SALEM INDUSTRIAL DR, SALEM, VA 24153

10924   HANSON CONCRETE PRODUCTS, 2138 SOUTH US 67, CEDAR HILL, TX 75104

10924   HANSON CONCRETE PRODUCTS, 2215 SOUTH 39TH AVENUE, PHOENIX, AZ 85009

10924   HANSON CONCRETE PRODUCTS, 2725 ROANOKE AVE S.W., ROANOKE, VA 24015

10924   HANSON CONCRETE PRODUCTS, 2900 TERMINAL AVE, RICHMOND, VA 23224

10924   HANSON CONCRETE PRODUCTS, 3450 N. 27TH AVE., PHOENIX, AZ 85017

10924   HANSON CONCRETE PRODUCTS, 3450 N. 27TH AVENUE, PHOENIX, AZ 85017

10924   HANSON CONCRETE PRODUCTS, 3601 PUDDLE DOCK RD., PRINCE GEORGE, VA 23875

10924   HANSON CONCRETE PRODUCTS, 3601 PUDDLOCK RD, PETERSBURG, VA 23803

10924   HANSON CONCRETE PRODUCTS, 3801 COOK BLVD., CHESAPEAKE, VA 23323

10924   HANSON CONCRETE PRODUCTS, 3801 COOK BOULEVARD, CHESAPEAKE, VA 23323

10924   HANSON CONCRETE PRODUCTS, 3971 S.W. MOODY, VICTORIA, TX 77905

10924   HANSON CONCRETE PRODUCTS, 407 CHEROKEE ST., LONGVIEW, TX 75604

10924   HANSON CONCRETE PRODUCTS, 610 RIVERSIDE DR., FORT WORTH, TX 76111

10924   HANSON CONCRETE PRODUCTS, 7816 BETHLEHEM RD, MANASSAS, VA 22110

10924   HANSON CONCRETE PRODUCTS, 7970 WATERLOO RD., JESSUP, MD 20794

10924   HANSON CONCRETE PRODUCTS, FAIRVIEW AVE. EXT., LYNCHBURG, VA 24505

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HANSON CONCRETE PRODUCTS, P.O. BOX 71, JESSUP, MD 20794 | |
| 10924 | HANSON CONCRETE PRODUCTS, PLANT #1, SALEM, VA 24153 | |
| 10924 | HANSON CONCRETE PRODUCTS, PLANT #2B, SALEM, VA 24153 | |
| 10924 | HANSON CONCRETE PRODUCTS, PO BOX110, ASHLAND, VA 23005 | |
| 10924 | HANSON CONCRETE PRODUCTS, PO BOX12905, ROANOKE, VA 24029 | |
| 10924 | HANSON CONCRETE PRODUCTS, PO BOX1787, WACO, TX 76703 | |
| 10924 | HANSON CONCRETE PRODUCTS, PO BOX506, LYNCHBURG, VA 24505 | |
| 10924 | HANSON CONCRETE PRODUCTS, PO BOX5268, LONGVIEW, TX 75604 | |
| 10924 | HANSON CONCRETE PRODUCTS, PO BOX71, JESSUP, MD 20794 | |
| 10924 | HANSON CONCRETE PRODUCTS, PO BOX847, CEDAR HILL, TX 75104 | |
| 10924 | HANSON CONCRETE, 1115 JOHNSON RD., ASHLAND, VA 23005 | |
| 10924 | HANSON CONCRETE, 1207 SCHOOL STREET, RICHMOND, VA 23220 | |
| 10924 | HANSON CONCRETE, 1500 HAUL ROAD, COLUMBUS, OH 43207 | |
| 10924 | HANSON CONCRETE, P O BOX 6666, RICHMOND, VA 23230 | |
| 10925 | HANSON ENGINEERS INC, 1525 SOUTH SIXTH ST, SPRINGFIELD, IL 62703-2886 | |
| 10925 | HANSON JR, EDWARD, 990 CLUB HOUSE ROAD, YORK, PA 17403-4476 | |
| 10924 | HANSON MASONARY, S. MEMORIAL DRIVE, MERRILL, WI 54452 | |
| 10924 | HANSON MINERALS COMPANY, 2925 BRIAR PARK, HOUSTON, TX 77042 | |
| 10924 | HANSON MINERALS COMPANY, 2925 BRIARPARK, HOUSTON, TX 77042 | |
| 10924 | HANSON MINERALS, 2925 BRIAR PARK, HOUSTON, TX 77042 | |
| 10924 | HANSON PERMANENTE CEMENT, ATTN: J.E.THEODORES, PLEASANTON, CA 94566 | |
| 10924 | HANSON PERMANENTE CEMENT, CUPERTINO, CA 95014 | |
| 10924 | HANSON PERMANENTE CEMENT, OAKLAND, CA 94612 | |
| 10924 | HANSON PERMANENTE CEMENT, PO BOX309, PLEASANTON, CA 94566 | |
| 10924 | HANSON PERMANENTE CEMENT, PO BOX309, PLEASANTON, CA 94566-0030 | |
| 10924 | HANSON PERMANETE CEMENT, PO BOX309, PLEASANTON, CA 94566 | |
| 10924 | HANSON PIPE & PRODUCTS, 2000 SALEM INDUSTRIAL DR, SALEM, VA 24153 | |
| 10924 | HANSON PIPE & PRODUCTS, 2000 SALEM INDUSTRIAL DRIVE, SALEM, VA 24153 | |
| 10924 | HANSON PIPE & PRODUCTS, 2930 CRESCENTVILLE RD, CINCINNATI, OH 45262 | |
| 10924 | HANSON PIPE & PRODUCTS, 30781 SAN DIEGO ST, SHAFTER, CA 93263 | |
| 10924 | HANSON PIPE & PRODUCTS, 30781 SAN DIEGO STREET, SHAFTER, CA 93263 | |
| 10924 | HANSON PIPE & PRODUCTS, 4601 S. ORCHARD, TACOMA, WA 98466 | |
| 10924 | HANSON PIPE & PRODUCTS, 5032 SALEM-DALLAS HIGHWAY NW, SALEM, OR 97304 | |
| 10924 | HANSON PIPE & PRODUCTS, 6055 150TH STREET WEST, APPLE VALLEY, MN 55124 | |
| 10924 | HANSON PIPE & PRODUCTS, 7020 TOKAY AVE, SACRAMENTO, CA 95828 | |
| 10924 | HANSON PIPE & PRODUCTS, 755 NORTHEAST COLUMBIA BLVD, PORTLAND, OR 97211 | |
| 10924 | HANSON PIPE & PRODUCTS, 7690 EAST VALENCIA, TUCSON, AZ 85747 | |
| 10924 | HANSON PIPE & PRODUCTS, ATTN: ACCOUNTS PAYABLE, 4601 S. ORCHARD, TACOMA, WA 98466 | |
| 10924 | HANSON PIPE & PRODUCTS, ATTN: ACCOUNTS PAYABLE, 755 NE COLUMBIA BOULEVARD, PORTLAND, OR 97211 | |
| 10924 | HANSON PIPE & PRODUCTS, ATTN: ACCOUNTS PAYABLE, PO BOX5249, SALEM, OR 97304 | |
| 10924 | HANSON PIPE & PRODUCTS, INC., 3450 NORTH 27TH AVENUE, PHOENIX, AZ 85017 | |
| 10924 | HANSON PIPE & PRODUCTS, INC., 7970 WATERLOO ROAD, JESSUP, MD 20794 | |
| 10924 | HANSON PIPE & PRODUCTS, INC., P. O. BOX 71, JESSUP, MD 20794 | |
| 10924 | HANSON PIPE & PRODUCTS, P.O. BOX 240599, APPLE VALLEY, MN 55124 | |
| 10925 | HANSON PRINTING, 200 MONTELLO ST, BROCKTON, MA 02403-1990 | |
| 10924 | HANSON PRODUCTION CO., 2925 BRIAR PARK, HOUSTON, TX 77042 | |
| 10925 | HANSON PUBLICATIONS INC., 304 NEWBURY ST, BOSTON, MA 02115 | |
| 10925 | HANSON PUBLICATIONS INC., POBOX 574, ANSONIA, CT 06401 | |
| 10925 | HANSON PUBLICATIONS, 304 NEWBURY ST, SUITE 333, BOSTON, MA 02115 | |
| 10925 | HANSON PUBLICATIONS, INC, 497 EAST MAIN ST., ANSONIA, CT 06401-0574 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HANSON PUBLICATIONS, INC, PO BOX 574, ANSONIA, CT 06401-0574 | |
| 10924 | HANSON SILO, 11587 COUNTY RD 8 SE, LAKE LILLIAN, MN 56253 | |
| 10924 | HANSON SILO, 11587 COUNTY RD. 8 SE, LAKE LILLIAN, MN 56253 | |
| 10924 | HANSON SPANCRETE MIDWEST, INC., 10655 COUNTY RD. 81, MAPLE GROVE, MN 55369 | |
| 10924 | HANSON SPANCRETE MIDWEST, INC., P.O.BOX 1360, MAPLE GROVE, MN 55311 | |
| 10925 | HANSON TESTING & ENGINEERING INC, 2731 EASTSIDE PARK DRIVE, EVANSVILLE, IN 47715 | |
| 10925 | HANSON, ARLINE E, 625 MARBELLA, HEMET, CA 92543-7053 | |
| 10925 | HANSON, BETTIE, 2985 THIRD AVE, MARION, IA 52302-3922 | |
| 10925 | HANSON, BOBBY, 2708 SAMUEL ST, GULFPORT, MS 39503 | |
| 10925 | HANSON, CARL, 2640 SAINT LOUIS AVE, C, SIGNAL HILL, CA 90806 | |
| 10925 | HANSON, CAROLYN M, 20373 SW BLAINE COURT, ALOHA, OR 97006 | |
| 10925 | HANSON, CAROLYN M, 20373 SW BLAINE CT, OLOHA, OR 97006 | |
| 10925 | HANSON, CAROLYN, 20373 SW BLAINE CT, ALOHA, OR 97006 | |
| 10925 | HANSON, DONALD, 21 SUNSET DRIVE, MILLBURN, NJ 07041-1902 | |
| 10925 | HANSON, GARY, 1809 E 50TH, ODESSA, TX 79762 | |
| 10925 | HANSON, IRENE E, CUST FOR GARY W HANSON, UNIF GIFT MIN ACT OR, 131 MURREY LOOP, TOLEDO, OR 97391-9607 | |
| 10925 | HANSON, JAMES, 523 CAMBRIDGE DRIVE, SPARTANBURG, SC 29301 | |
| 10925 | HANSON, JANET, 134C W TICONDEROGA, WESTERVILLE, OH 43081 | |
| 10925 | HANSON, JOHN, 3502 24TH AVE W, BRADENTON, FL 34205 | |
| 10925 | HANSON, JOHN, 7911 15TH ST, WESTMINSTER, CA 92683 | |
| 10925 | HANSON, KAREN, 203 W 4TH ST, 2, MANTENO, IL 60950 | |
| 10925 | HANSON, LINDA, 1400 JULIE CT, RENO, NV 89509 | |
| 10925 | HANSON, LISA, 9435 FREEMONT, RENO, NV 89506 | |
| 10925 | HANSON, MICHELLE, 150 KIMBALL HILL RD, HUDSON, NH 03051 | |
| 10925 | HANSON, PATRICIA, 10825 BIRCH ST, RENO, NV 89506 | |
| 10924 | HANSON, PO BOX62032, CINCINNATI, OH 45262 | |
| 10925 | HANSON, RICKY, 3105 DEWEY AVE #3, OMAHA, NE 68105 | |
| 10925 | HANSON, ROSALIND A, 6300 NE 159TH, BOTHELL, WA 98011-4349 | |
| 10925 | HANSON, SHIRLEY, 13778 N E THOMPSON ST, PORTLAND, OR 97230-3908 | |
| 10925 | HANSON, SIGFRED, 13778 NE THOMPSON ST, PORTLAND, OR 97230-3908 | |
| 10925 | HANSON, TERRY, 807 RICHLAND EAST DR, RICHLAND, MS 39218 | |
| 10925 | HANSON, TRACY, 4539 COUNTY RD. 7, CRAIG, CO 81625 | |
| 10925 | HANSON, VINCENT, 50 HINSDALE LANE, WILLINGBORO, NJ 08046 | |
| 10925 | HANSON, WARREN, 3404 AMERICA DRIVE, LAGO VISTA, TX 78645 | |
| 10925 | HANSON, WILLIAM, 1796 COUNTY TRUNK U, STURGEON BAY, WI 54235 | |
| 10925 | HANSSON CONSULTING, 261 OLD POST RD, WATERLOO, ON N2L 5B8CANADA | *VIA Deutsche Post* |
| 10924 | HANTZ & SON, P.O.BOX 5746, LAKE CHARLES, LA 70606 | |
| 10925 | HANTZIS, BRIAN, 7172 LAUETTE CT, REYNOLDSBURG, OH 43068 | |
| 10925 | HANUS, JAMES, 702 N WASHINGTON, W MONROE, LA 71292 | |
| 10925 | HANVEY, ANGELA, 110 LAKESIDE DRIVE, WALHALLA, SC 29691 | |
| 10925 | HANVY, DEBORAH, 3809 BISSONET DR, METAIRIE, LA 70003 | |
| 10924 | HANZ CONTRACTORS INC, P.O. BOX 1465, WAUSAU, WI 54402 | |
| 10924 | HANZ CONTRACTORS, P O BOX 1465, WAUSAU, WI 54401 | |
| 10924 | HANZ CONTRACTORS, PO BOX 1465, WAUSAU, WI 54402 | |
| 10925 | HANZA, MICHAEL, 8912 NORTH OLEANDER, MORTON GROVE, IL 60053 | |
| 10925 | HANZEL, HEATH, 103 LAZY LANE, PALESTINE, TX 75801 | |
| 10925 | HANZEL, PAULINE, 9280 PIERCE ROAD, GARRETTSVILLE, OH 44231 | |
| 10925 | HANZELKA, STANLEY, 93 A AVE BOX 211, ATKINS, IA 52206 | |
| 10925 | HAPAG-LLOYD AMERICA INC., CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAPMAN CONVEYORS, 170 SOUTH ST., STE. 101, POTTSTOWN, PA 19464 | |
| 10925 | HAPMAN CONVEYORS, 6002 E. KILGORE RD. PO BOX 2321, KALAMAZOO, MI 49003 | |
| 10925 | HAPMAN CONVEYORS, PO BOX 2321, KALAMAZOO, MI 49003 | |
| 10925 | HAPMAN EQUIPMENT, 227 NW CENTRAL AVE, AMITE, LA 70422 | |
| 10925 | HAPPEL, KENNETH, 3214 OLD NORTH POINT ROAD, BALTIMORE, MD 21222 | |
| 10925 | HAQQUI, SALEEM, 8328 N. KIMBALL AVE, SKOKIE, IL 60076 | |
| 10925 | HARADA, GORDON, 1173 FAIR OAKS AVE, ARROYO GRANDE, CA 93420 | |
| 10925 | HARALD WALTHER, HAAKON VIIS GT 1, POSTBOKS 1889 VIKA, OSLO, 0124NORWAY | *VIA Deutsche Post* |
| 10925 | HARALSON MILLER PITT MCANALLY PLC, ONE S. CHURCH AVE , SUITE 900, TUCSON, AZ 85701-1620 | |
| 10925 | HARAN, KELLY, 1020 HORNBEAM ST 208, OVIEDO, FL 32765 | |
| 10924 | HARANIN CONSTRUCTION CO., P.O. BOX 66, BELLEFONTE, PA 16823 | |
| 10924 | HARANIN CONSTRUCTION, 1755 JACKSONVILLE ROAD, BELLEFONTE, PA 16823 | |
| 10925 | HARASKA, ELAINE, 231 HOLBROOK ROAD, NORTH QUINCY, MA 02171 | |
| 10924 | HARBEL INC., 11521 MILNOR AVE, CUMBERLAND, MD 21501 | |
| 10924 | HARBEN INC., ATTN: MR. N. WOODHEAD, CUMMING, GA 30130 | |
| 10924 | HARBEN INC., ROUTE 10, CUMMING, GA 30130 | |
| 10925 | HARBER, STACIE, 515A TORBET DR., HOMER, LA 71040 | |
| 10925 | HARBERGER & ASSOCIATES, 104 EXECUTIVE CENTER, HILTON HEAD ISLAND, SC 29928 | |
| 10925 | HARBERT, BILL L, BILL HARBERT INTERNATIONAL, CONSTRUCTION INC, PO BOX 531390, BIRMINGHAM, AL 35253-1390 | |
| 10925 | HARBERT, ROBERT, 531 S WARD ST, STOCKTON, IL 61085 | |
| 10925 | HARBIN JR., RUFUS, 301 OLD RIVERSIDE ROAD, BALTIMORE, MD 21225 | |
| 10925 | HARBIN SERVICES, INC, PO BOX 687, ATHENS, TN 37371 | |
| 10925 | HARBIN, A, 597 WINZOR GREEN BLVD., GOODLETSVILLE, TN 37072 | |
| 10925 | HARBIN, BRANDON, ROUTE 3 BOX 54, COMMERCE, GA 30529 | |
| 10925 | HARBIN, CHRIS, 365 MAGMAR LANE, FAYETTEVILLE, GA 30214 | |
| 10925 | HARBIN, DOROTHY, 751 WINDSOR GREEN BLVD, GOODLETSVILLE, TN 37072 | |
| 10925 | HARBIN, RICHARD, 1299 PRATT ROAD, TALBOTT, TN 37877 | |
| 10925 | HARBINGER CORP, 1055 LENOX PARK BLVD, ATLANTA, GA 30319 | |
| 10925 | HARBISON & WALKER, 3100 COTE VERTUE, ST-LAURENT, QC H4R 2J8CANADA | *VIA Deutsche Post* |
| 10925 | HARBISON WALKER REFRACTORIES CO., PO BOX 640945, PITTSBURGH, PA 15264-0945 | |
| 10925 | HARBISON WALKER REFRACTORIES, 1 GATEWAY CENTER, PITTSBURGH, PA 15222 | |
| 10925 | HARBISON, ROBERTA, 35 RUMSON ROAD, RUMSON, NJ 07760 | |
| 10925 | HARBISON-WALKER REFRACTORIES CO, POBOX 640945, PITTSBURGH, PA 15264-0945 | |
| 10925 | HARBISON-WALKER REFRACTORIES INC., SUITE 5100, 600 GRANT ST, PITTSBURGH, PA 15219-2802 | |
| 10924 | HARBOR BRANCH, ATTN:  ACCOUNTS PAYABLE, 5600 U S 1 NORTH, FORT PIERCE, FL 34946 | |
| 10924 | HARBOR BRANCH, ATTN:  RECEIVING, 5600 US 1 NORTH, FORT PIERCE, FL 34946 | |
| 10925 | HARBOR COURT HOTEL, 550 LIGHT ST, BALTIMORE, MD 21202 | |
| 10925 | HARBOR COURT HOTEL, THE, 550 LIGHT ST., BALTIMORE, MD 21202 | |
| 10924 | HARBOR COURT, 55 MERCHANT ST. STE C100, HONOLULU, HI 96813 | |
| 10925 | HARBOR CRUISES, LTD, 301 LIGHT ST., BALTIMORE, MD 21202 | |
| 10924 | HARBOR HILL NURSING HOME, ROUTE 1 NORTH, BELFAST, ME 04915 | |
| 10925 | HARBOR HOSPITAL CENTER, PO BOX 630778, BALTIMORE, MD 21263-0778 | |
| 10925 | HARBOR PHYSICAL THERAPY, 1294 W SIXTH ST #105, SAN PEDRO, CA 90732 | |
| 10924 | HARBOR READY MIX, 13570 BLACKIE ROAD, CASTROVILLE, CA 95012-3200 | |
| 10924 | HARBOR READY MIX/74764, 123 SEAPORT BOULEVARD, REDWOOD CITY, CA 94063-2707 | |
| 10925 | HARBOR TEXTILE, 28 DAMRELL ST, SOUTH BOSTON, MA 02127 | |
| 10925 | HARBOR TOOL SUPPLY CO INC, 20 SOUTHWEST PARK, WESTWOOD, MA 02090 | |
| 10925 | HARBOR TOOL SUPPLY CO INC, 20 SOUTHWEST PARK, WESTWOOD, MA 02090-1500 | |
| 10925 | HARBOR VIEW HOTEL, 131 NORTH WATER ST, EDGARTOWN, MA 02539 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HARBOR VIEW INN, MARIK DRYWALL, SANTA BARBARA, CA 93101 | |
| 10924 | HARBOR VIEW, 325 GRANDVIEW PKWY., TRAVERSE CITY, MI 49684 | |
| 10924 | HARBOR WHOLESALE ELECTRIC SY., 3203 S. HARBOR BLVD, SANTA ANA, CA 92704 | |
| 10925 | HARBORLITE CORP, 1980 SATURN ST, MONTEREY PARK, CA 91755 | |
| 10925 | HARBORLITE CORP., FILE #54965, LOS ANGELES, CA 90074-4965 | |
| 10925 | HARBORLITE CORP., PO BOX 100, VICKSBURG, MI 49097 | |
| 10925 | HARBORPLACE LTD PARTNERSP, 37TH FL, 1717 ARCH ST, PHILADELPHIA, PA 19103 | |
| 10924 | HARBORSIDE GOLF COURSE/CLUB HOUSE, 1-94 AT 111TH STREET, CHICAGO, IL 60628 | |
| 10924 | HARBORVIEW HOSPITAL, 801 JEFFERSON ST., SEATTLE, WA 98100 | |
| 10925 | HARBORVIEW HOTEL, 5 CAMBRIDGE CENTER 9TH FL, CAMBRIDGE, MA 02142 | |
| 10924 | HARBORVIEW, CORNELIUS, NC 28031 | |
| 10925 | HARBOUR FOOD SERVICE EQUIP, INC, 119 NORTH WASHINGTON ST., BOSTON, MA 02114-2148 | |
| 10924 | HARBOUR PLACE, 2192 NIAGARA STREET, BUFFALO, NY 14207 | |
| 10925 | HARBOUR SIGN & GRAPHICS LTD., 5700 ERDMAN AVE, BALTIMORE, MD 21205 | |
| 10925 | HARBOUR SIGN & GRAPHICS, LTD, 5700 ERDMAN AVE., BALTIMORE, MD 21205 | |
| 10925 | HARBOUR TEXTILE, PO BOX 1019, NEW CASTLE, DE 19720 | |
| 10925 | HARCAST COMPANY INC, 651 EAST 9TH ST, CHESTER, PA 19013 | |
| 10925 | HARCAST COMPANY INC, 651 EAST NINTH ST, CHESTER, PA 19013 | |
| 10924 | HARCO CHEMICAL & COATINGS, 208 DUPONT STREET, BROOKLYN, NY 11222 | |
| 10924 | HARCO CHEMICAL & COATINGS, 233 EAGLE STREET, BROOKLYN, NY 11222 | |
| 10925 | HARCO/LMD, PO BOX 77-5200, CHICAGO, IL 60678-5200 | |
| 10925 | HARCOURT BRACE & COMPANY, 6277 SEA HARBOR DRIVE, ORLANDO, FL 32887 | |
| 10925 | HARCOURT BRACE & COMPANY, PO BOX 96448, CHICAGO, IL 60693 | |
| 10925 | HARCOURT BRACE PUBLISHING, 301 COMMERCE ST., FORT WORTH, TX 76102 | |
| 10925 | HARCOURT BRACE, PO BOX 620075, ORLANDO, FL 32862-0075 | |
| 10925 | HARCOURT BRACE, PO BOX 861214, ORLANDO, FL 32886-1214 | |
| 10925 | HARCROS CHEMICAL INC, PO BOX 419038, DEPT 478, KANSAS CITY, MO 64193-0478 | |
| 10925 | HARCROS CHEMICALS, 456 MOWLIN AVE., LAWRENCEBURG, IN 47025 | |
| 10925 | HARCROS CHEMICALS, INC, 5200 SPEAKER ROAD, KANSAS CITY, KS 66106 | |
| 10925 | HARCROS PIGMENTS INC, POBOX 500735, SAINT LOUIS, MO 63150-0735 | |
| 10924 | HARCROS, 1418 POPLAR LANE, NASHVILLE, TN 37210 | |
| 10924 | HARCROS, PO BOX 2930, KANSAS CITY, KS 66110-2930 | |
| 10924 | HARD FIRE SUPPRESSION SYSTEMS, 4645-A WESTERVILLE ROA, COLUMBUS, OH 43231 | |
| 10924 | HARD GARASS INC., CAMBRIDGE, MA 02140 | |
| 10924 | HARD GARASS INCORP, P.O.BOX 494, MIDDLESEX, NJ 08846 | |
| 10924 | HARD ROCK - CAFE, FORD CONTRACTING, LAS VEGAS, NV 89101 | |
| 10924 | HARD ROCK CAFE, GATE 8, HOLLYWOOD WAY, ORLANDO, FL 32819 | |
| 10924 | HARD ROCK CAFE, SMITH AND GREEN, LAS VEGAS, NV 89101 | |
| 10924 | HARD ROCK CONCRETE, 6650 JAMES MADISON HWY, HAYMARKET, VA 22069 | |
| 10924 | HARD ROCK CONCRETE, 6650 JAMES MADISON HWY., HAYMARKET, VA 22069 | |
| 10924 | HARD ROCK HOTEL, C/O MADER CONSTRUCTION, 5800 UNIVERSAL BLVD., ORLANDO, FL 32819 | |
| 10924 | HARD ROCK INC, ATTN: ACCOUNTS PAYABE, POULSBO, WA 98370 | |
| 10924 | HARD ROCK INC., 11672 WIDME ROAD, POULSBO, WA 98370 | |
| 10924 | HARD ROCK R/M, PO BOX 1039, OQUAWKA, IL 61469 | |
| 10924 | HARD ROCK READY MIX, P. O. BOX 1039, OQUAWKA, IL 61469 | |
| 10924 | HARD ROCK READY MIX, SOUTH 12TH STREET, OQUAWKA, IL 61469 | |
| 10924 | HARD ROCK, 4475 PARADISE ROAD, LAS VEGAS, NV 89109 | |
| 10925 | HARD WAREHOUSE INC, 7820 POPLAR SUITE 5, GERMANTOWN, TN 38138 | |
| 10924 | HARDAWAY CONCRETE    ., P O BOX 4128, COLUMBIA, SC 29240 | |
| 10924 | HARDAWAY CONCRETE COMP, DIXIANA  RD, WEST COLUMBIA, SC 29172 | |
| 10924 | HARDAWAY CONCRETE COMPANY, ATTN:  ACCOUNTS PAYABLE, COLUMBIA, SC 29240 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 HARDAWAY CONCRETE, 2001 TAYLOR STREET, COLUMBIA, SC 29201

10924 HARDAWAY CONCRETE, 254 HALLMAN ST, US 1 & CAROLINA AVENUE, BATESBURG, SC 29006

10924 HARDAWAY CONCRETE, 288 HIGHWAY 601 S., LUGOFF, SC 29078

10924 HARDAWAY CONCRETE, DOUBLE BRANCH ROAD, WEST COLUMBIA, SC 29169

10924 HARDAWAY CONCRETE, FLINT HILL RD. & HWY. 97, CAMDEN, SC 29020

10924 HARDAWAY CONCRETE, RABON ROAD, COLUMBIA, SC 29233

10924 HARDAWAY CONCRETE, U S 1 & CAULKS FERRY, LEXINGTON, SC 29072

10924 HARDAWAY CONCRETE, U. S.  HWY #1, LUGOFF, SC 29078

10924 HARDAWAY CONCRETE, WESTERN LANE & FRONTAGE RD, IRMO, SC 29063

10925 HARDAWAY JR, JAMES, 4303 E 65TH, LUBBOCK, TX 79401

10925 HARDAWAY, KIMBERLY, 14313 APRILIA AVE, COMPTON, CA 90220

10924 HARDCAST PLANT, 903 WEST KIRBY, WYLIE, TX 75098-1239

10925 HARDEBECK, PAUL, 3737 E 300 S, GREENFIELD, IN 46140-9713

10925 HARDEE JR, WALLACE, 9915 E ELLICOTT ST APT G, TAMPA, FL 33610-5907

10925 HARDEMAN, JOHN, 403 W. MAIN ST. - APT. 4, HOUMA, LA 70360

10925 HARDEN CONSTRUCTORS INC, 9420 COSSEY ROAD #300, HOUSTON, TX 77070

10925 HARDEN JR., JACK, 57 TANGLEWOOD RD, NEWNAN, GA 30265

10925 HARDEN, CYNTHIA, 429 HIGHLAND AV, S CHARLESTON, WV 25303

10925 HARDEN, FRANK J, 1354 S REVERE ST, MESA, AZ 85210-5124

10925 HARDEN, GERALD, PO BOX 2045, BARTOW, FL 33830-2045

10925 HARDEN, GREGORY, 3855 BARNES AVE, BRONX, NY 10467

10925 HARDEN, GUSSIE, 3101 E. GIDDENS AVE, TAMPA, FL 33610-5126

10925 HARDEN, J, 2616-A 28TH AVE, TAMPA, FL 33605

10925 HARDEN, LISA, 433 4TH AVE, NEWARK, NJ 07107

10925 HARDEN, MEREDITH, 1314 SHARLO, BATON ROUGE, LA 70820

10925 HARDEN, R, 3101 E GIDDENS AVE, TAMPA, FL 33610-5126

10925 HARDEN, SHEILA, 400 E. LAMBRIGHT, TAMPA, FL 33604

10925 HARDER, BRETT, 4101 S SHAVER, PASADENA, TX 77504

10925 HARDER, JOLYNN, 1037 SOUTH SOLOMON, MESA, AZ 85204

10925 HARDESTY, DAVID, 5545 INDIAN TOWN RD, RHODESDALE, MD 21659

10925 HARDESTY, DOROTHY, 6406 MURRAY HILL RD, BALTIMORE, MD 21212-1098

10925 HARDESTY, RONALD, 1422 ELMTREE ST, BALTIMORE, MD 21226

10925 HARDIE, ANDREA E, 980 NW 182 ST, MIAMI FL, FL 33169

10925 HARDIE, LAWRENCE, 1 WILLOW ST, MALDEN, MA 02148

10925 HARDIMAN, GEORGE, 141 FIRST ST, ELOISE, FL 33880

10925 HARDIMAN, WILLIAM, 255 GARDNER ST, HINGHAM, MA 02043

10924 HARDIN CONSTRUCTION, 1714  SO. WEST 34TH ST., GAINESVILLE, FL 32607

10924 HARDIN ELEMENTRY, 3650 HARDIN ROAD, MCKINNEY, TX 75070

10925 HARDIN GRAHAM, WILLIAM, 3019 BARCODY RD, HUNTSVILLE, AL 35802-1110

10925 HARDIN LEWIS TABER TUCKER, 1037 22ND ST. SOUTH, BIRMINGHAM, AL 35205

10924 HARDIN MEMORIAL HOSPITAL, 921 E. FRANKLIN ST., KENTON, OH 43326

10925 HARDIN, AVERY, 2150 SPENCER ROAD, ORANGE PARK, FL 37202-4279

10925 HARDIN, BARBARA, 499 N MAIN ST, SHREVE, OH 44676

10925 HARDIN, BARRY, RT 3 BOX 523 DD, WICHITA FALLS, TX 76308

10925 HARDIN, FRANKY, 615 W TEXAS, IOWA PARK, TX 76367

10925 HARDIN, HAL D, 218 THIRD AVE NORTH, NASHVILLE, TN 37201

10925 HARDIN, JACQUELIN, 109A HUNTERS CIRCLE, GREENVILLE, SC 29609

10925 HARDIN, JESSIE G, 479 FALLS AVE, GRANITE FALLS, NC 28630

10925 HARDIN, JOHN, PO BOX 414, HOLTVILLE, CA 92250

10925 HARDIN, LARRY, 2577 JANE ST, WOOSTER, OH 44691

10925 HARDIN, LORI, 1751 UNIVERSITY AVE., SAN DIEGO, CA 92103

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HARDIN, RILEY, 106 SOUTH 6TH, LOVINGTON, NM 88260 | |
| 10925 | HARDIN, W, 407 HUNTERS CIRCLE, GREENVILLE, SC 29617 | |
| 10925 | HARDING ESE INC, PO BOX 1817, ENGLEWOOD, CO 80150-1817 | |
| 10925 | HARDING LAWSON ASSOCIATES, PO BOX 44329, SAN FRANCISCO, CA 94144 | |
| 10925 | HARDING M OUNANIAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | HARDING, BRENDA, 181 TOPSFIELD ROAD, WENHAM, MA 01984 | |
| 10925 | HARDING, BRIDGET, 2248 DEEPWOOD DR, WILMINGTON, NC 28405 | |
| 10925 | HARDING, CARL F, RD 2 MANOR RD, WATERTOWN NY, NY 13601 | |
| 10925 | HARDING, CURTIS, 92 CHESTNUT ST, REIDVILLE, SC 29375 | |
| 10925 | HARDING, G, 2248 DEEPWOOD DRIVE, WILMINGTON, NC 28405-4285 | |
| 10925 | HARDING, GERALD, 57 CAMIELLA CT, LAKE JACKSON, TX 77566 | |
| 10925 | HARDING, GLENN, 42 CURRIER ROAD, PELHAM, NH 03076 | |
| 10925 | HARDING, JEFF, 108 ROSE TRACE COURT, BLOUNTVILLE, TN 37617 | |
| 10925 | HARDING, JEFFRY, 831 COLUMBINE ST, CRAIG, CO 81625 | |
| 10925 | HARDING, MARY LOU, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | HARDING, MARY, 448 WEST MEADOW RD, LOWELL, MA 01854 | |
| 10925 | HARDING, NANCY, 525 ACADEMY ST, HURLOCK, MD 21643 | |
| 10925 | HARDING, ROBERT, 2408 KELSEY DRIVE, PLANO, TX 75075 | |
| 10925 | HARDING, ROBERT, 5685 PHELPS LUCK DRI, COLUMBIA, MD 21045 | |
| 10925 | HARDING, SARA, 7726 SE 35TH ST, PORTLAND, OR 97202 | |
| 10925 | HARDING, SHIRLEY, ROUTE 1 BOX 254-B, GARYSBURG, NC 27831 | |
| 10925 | HARDING, STEVEN, PO BOX 2247, STUART, FL 34995 | |
| 10925 | HARDINGER, BRUCE, PO BOX 696, MIDWAY, UT 84049 | |
| 10925 | HARDISON, YOLANDA E, 64 EAST GARFIELD ST, PHILA PA, PA 19144 | |
| 10925 | HARDMAN CONSTRUCTION INC, 242 S BRYE ROAD, LUDINGTON, MI 49431 | |
| 10925 | HARDMAN JR, RICHARD J, 3857 SET DR, LAKE WORTH, FL 33467-2522 | |
| 10924 | HARDMAN LUMBER CO, 404 N FIRST ST, OSBORNE, KS 67473 | |
| 10924 | HARDMAN, 395 ALLWOOD ROAD, NEWARK, NJ 07102 | |
| 10924 | HARDMAN, 600 CORTLANDT STREET, BELLEVILLE, NJ 07109 | |
| 10924 | HARDROCK PAVING AND READY MIX, POST OFFICE BOX 841, CANON CITY, CO 81212 | |
| 10924 | HARDROCK PAVING AND READY MIX, SALIDA, CO 81201 | |
| 10925 | HARDWARE PRODUCTS COMPANY, PO BOX 4346 DEPT 116, HOUSTON, TX 77210-4346 | |
| 10925 | HARDWARE SPECIALTIES, 422 NORTHBORO RD, MARLBOBO, MA 01752 | |
| 10925 | HARDWARE SPECIALTY CO, 48-75 36TH ST, LONG ISLAND CITY, NY 11101 | |
| 10925 | HARDWARE SPECIALTY, 48-75 36TH ST, LONG ISLAND CITY, NY 11101 | |
| 10924 | HARDWARE WHOLESALERS INC, NELSON RD, FORT WAYNE, IN 46801 | |
| 10925 | HARDWICK, KATHY, 1722 N MCCULLOUGH RD, AVON PARK, FL 33825 | |
| 10925 | HARDWICK, RICKY, 4860 PEEDEE RD., CONWAY, SC 29527 | |
| 10925 | HARDWICK, ROSE, 575 BAXTER AVE #301, MACON, GA 31201 | |
| 10925 | HARDWICK, SUZANNE, RT 1 BOX 227, MOORESVILLE, NC 28115 | |
| 10925 | HARDWICK, TONY, PO BOX 126, MARGARET, AL 35112 | |
| 10925 | HARDWICKE, ESQ, J. W., PO BOX 926, HUNT VALLEY, MD 21030 | |
| 10925 | HARDWOOD INDUSTRIES INC, PO BOX 26354, TAMARAC, FL 33320-6354 | |
| 10925 | HARDWOOD PRODUCTS CO, PO BOX 149, GUILFORD, ME 04443-0149 | |
| 10925 | HARDY CONSULTING INC, 2000 S OCEAN BLVD 10G, BOCA RATON, FL 33432 | |
| 10925 | HARDY INSTRUMENTS, 1 MADISON AVE., STE.06, WARMINSTER, PA 18974 | |
| 10925 | HARDY INSTRUMENTS, 3860 CALLE FORTUNADA, SAN DIEGO, CA 92123 | |
| 10925 | HARDY INSTRUMENTS, 3860 CALLE FORTUNADA, SAN DIEGO, CA 92123-1825 | |
| 10925 | HARDY INSTRUMENTS, 3860 CALLE FORTUNDA, SAN DIEGO, CA 92123-1825 | |
| 10924 | HARDY OAKS ELEMENTRY, 22900 HARDY OAKS ROAD, SAN ANTONIO, TX 78258 | |
| 10924 | HARDY OIL & GAS USA, 1600 SMITH ST, STE 1400, HOUSTON, TX 77002-7346 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HARDY OUTDOOR ADVERTISING CO, INC, PO BOX 19158, LAKE CHARLES, LA 70616-9158

10925   HARDY RICHARDSON, 191 GRAND AVE, LAFAYETTE, LA 70503

10925   HARDY, CHAMAR, 1195 PLUM CREEK, 1, BOURBONNAIS, IL 60915

10925   HARDY, CHARLES, 27 WILL ST APT 205 GATEWOOD MANOR, NASHUA, NH 03060

10925   HARDY, CLYDE, 1920 REEDY FORK RD, PELZER, SC 29669-9336

10925   HARDY, CRYSTAL, 140 KEY ST, ROANOKE RAPIDS, NC 27870

10925   HARDY, DEANA, 2780 FAIRWOOD DRIVE, RENO, NV 89502

10925   HARDY, DONALD, 3797 HIVILLA, LAKE ORION, MI 48360

10925   HARDY, DORIS, PO BOX 124, 603, WELDON, NC 27890

10925   HARDY, E, 409 MILLPOND ROAD, AURORA, OH 44202

10925   HARDY, GARY, 1815 10TH AVE E, WILLISTON, ND 58801

10925   HARDY, JAMES, RR 1 BOC 455, GRANT PARK, IL 60940

10925   HARDY, JAMILLE, 119 MALLARD ST, GREENVILLE, SC 29601

10925   HARDY, JANICE, 2106 E 62ND AVE, SAVANNAH, GA 31404

10925   HARDY, JERRY, 106 C OAK ST, COMMERCE, GA 30529

10925   HARDY, JONATHAN, PO BOX 1036, KIRTLAND, NM 87417

10925   HARDY, JOSEPH, RT 2 BOX 190, WILBURTON, OK 74578-9635

10925   HARDY, KATHY, 2000 S. OCEAN BLVD. #10-G, BOCA RATON, FL 33432

10925   HARDY, MARTIN, 114 PROVIDENCE RD, WELSH, LA 70591

10925   HARDY, MICHAEL, 715 OLD CLEMSON HWY, SENECA, SC 29672

10925   HARDY, MICHELLE, 5320 HWY 162 S., COVINGTON, GA 30209

10925   HARDY, PATRICK, 2420 21ST ST, LAKE CHARLES, LA 70601

10925   HARDY, PAUL, 580 EAST H ST, BENECIA, CA 94510

10925   HARDY, RANDY, PO BOX 1023, MANY, LA 71449

10925   HARDY, RICHARD, 814 E. EDGEWOOD ST., SPRINGIELD, MO 65807

10925   HARDY, ROSE, 718 COUNTY RD, WELDON, NC 27890

10925   HARDY, RUTH, RR1 BOX 455, GRANT PARK, IL 60940

10925   HARDY, SANDRA, 400 KENNON LANE, RUSTON, LA 71270

10925   HARDY, THOMAS, 10 CAPEWOOD RD #230, SIMPSONVILLE, SC 29681

10925   HARDY, THOMAS, 1018 JONESTOWN ROAD, LEBANON, PA 17046

10925   HARDY, TOPEIKA, 19146 BLACKMOOR, DETROIT, MI 48234

10925   HARE, CAROLYN, 1143 WHARF DRIVE, PASADENA, MD 21122

10925   HARE, LAWRENCE, 7462 WATERSILK DR., PINELLAS PARK, FL 33782

10925   HARE, LONNIE, RT 2 BOX 228 FM 1954, WICHITA FALLS, TX 76301

10925   HARE, MICHAEL, CUST FOR JOSHUA M HARE, UNIF GIFT MIN ACT CT, C/O JOSHUA M HARE, 523
         TAYLOR ST, VERNON, CT 06066-5316

10925   HARE, MICHELLE, 425 MADISON AVE #41, NEW MILFORD, NJ 07646

10925   HARE, MURRAY, 200 EMERALD AVE, 19, LAKE WALES, FL 33853

10924   HAREN CONSTRUCITON CO., C/O BLUE RIDGE WASTE TREATMENT PLT., COUNTY ROAD 87
         (WINDY RIDGE RD.), BLUE RIDGE, GA 30513

10925   HAREWOOD, JACQUELINE, 5465 DEVORE DR, BATON ROUGE, LA 70811

10925   HARFORD CO. BUREAU OF SUPPORT ENF., 2 SOUTH BOND ST., 2ND FL, BEL AIR, MD 21014

10925   HARFORD COMMUNITY COLLEGE, 401 THOMAS RUN RD., BEL AIR, MD 21015

10925   HARFORD, C, 5182 TWINWOODS DR, MEMPHIS, TN 38134

10925   HARFST, WILLIAM, 3705 CHURCH HILL LANE, CRYSTAL LAKE, IL 60014

10925   HARGADEN, EDWARD, 889 WATERSIDE LANE, BRADENTON, FL 34209

10925   HARGENS, LIESL, 54 MT. PLEASANT STRE, CAMBRIDGE, MA 02140

10925   HARGENS, MICHAEL, 31574 SCARTEEN, BOERNE, TX 78006

10925   HARGET, ANGELA, 109 CRAIGO RD, FOUNTAIN INN, SC 29644

10925   HARGETT, DONALD, ROUTE 7, BOX 340-F, EDINBURG, TX 78539

10925   HARGETT, MONIA, 805 FLORENCE ST, RALEIGH, NC 27603

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 HARGIS, CHARLES, RT 2 BOX 205, WICHITA FALLS, TX 76301

10925 HARGO CORP., 3480 OFFICE PARK DR, DAYTON, OH 45439

10924 HARGO CORPORATION, 3480 OFFICE PARK DRIVE, DAYTON, OH 45439

10924 HARGO CORPORATION, ONE SPECIALTY PLACE, DAYTON, OH 45408

10925 HARGON, MARK, 4501 30TH ST, MERIDIAN, MS 39301

10925 HARGRAVE, DAVID, 145 N. ONTARIO ST, BURBANK, CA 91505

10925 HARGRAVE, ROBIN, 10520 E PANTERA AVE, MESA, AZ 85212

10925 HARGRAVES, RICHARD, 11622 SAGEVALE LN, HOUSTON, TX 77089

10925 HARGROVE JR, WASHINGTON, 1308 W ALSOBROOK ST, PLANT CITY, FL 33566-6420

10925 HARGROVE, CLIFTON, 70 BEVERLY ST, NEWARK, NJ 07108

10925 HARGROVE, GARRARD, 7835 JOHN WAYNE LN, VACAVILLE, CA 95688

10925 HARGROVE, JACQUELYN, 1504 S.CORNITH ST., DALLAS, TX 75208

10925 HARGROVE, JR, CLIFTON, 5513 CEDONIA AVE, BALTIMORE, MD 21206

10925 HARGROVE, KENNETH, 824 E. SHARPNACK ST., PHILADELPHIA, PA 19119

10925 HARGROVE, MELVIN, 1932 GREENGAGE RD., BALTIMORE, MD 21224

10925 HARGROVE, NICOLE, 1901 EAST WEST HWY #103, SILVER SPRING, MD 20910

10925 HARGROVE, RICKEY, 10101 S GESSNER, HOUSTON, TX 77071

10925 HARGROVE-NIXON, PAULINE, 2118 MARY, HOUSTON, TX 77026

10925 HARING, SAMARANTHE, 3114 SIRINGO RONDO S, SANTA FE, NM 87505

10924 HARININ CONSTRUCTION, FOR US STEEL, BELLEFONTE, PA 16823

10925 HARJU, DANIEL, 3364 OAKWOOD, ANN ARBOR, MI 48104

10925 HARJU, LINDA, 2599 FERNWOOD, ANN ARBOR, MI 48104

10925 HARKCOM, JOHN, 809 TRIPP ST, WILLIAMSTON, SC 29697

10925 HARKER-PARKER, DEBBIE, 2864 S. WESTMORELAND DR, HOMOSASSA, FL 34448

10925 HARKEY, BRYAN, 216 BARTSCH LANE, PARIS, AR 72855

10925 HARKEY, TIMOTHY, 1409 SOUTH ELM, PARIS, AR 72855

10925 HARKINS, ELIZABETH, 6082 FLACON DRIVE, PLEASANT GARDEN, NC 27313-0854

10925 HARKINS, FRANCIS, 1400 WORCESTER RD, 7422, FRAMINGHAM, MA 01702

10925 HARKINS, GEORGE, 6 MICHELLES WAY, FOXBORO, MA 02035

10925 HARKINS, MARY, 214 VIRGINIA FARM LA, CARLISLE, MA 01741

10925 HARKINS, STEVEN, 245 RED BRIDGE RD, LAKE ZURICH, IL 60047

10925 HARKINS, TIMOTHY, RT 2 BOX 2761, MAYSVILLE, GA 30558

10925 HARKNESS G DE VOE, 580 PATTEN AVE UNIT 37, LONG BRANCH, NJ 07740-7857

10925 HARKNESS, LINDA, 1126 CHERRY AVE, SAN BRUNO, CA 94066

10925 HARKRIDER, CONSTANCE, 5103 CHISHOLM DR., AMARILLO, TX 79109

10925 HARKUM, MICHELLE, 4751 ILKLEY MOOR LN, ELLICOTT CITY, MD 21043

10924 HARLAN & LASH MACHINING, INC., 1302 PARKLAND COURT, CHAMPAIGN, IL 61821

10925 HARLAN BROWN & CO INC, 3376 MARSDEN POINT, KESWICK, VA 22947

10925 HARLAN BROWN & CO INC, 7 FAIRWAY DRIVE, BERNVILLE, PA 19506

10925 HARLAN BROWN & COMPANY, 3376 MARSDEN POINT, KESWICK, VA 22947

10925 HARLAN FARM, 4249 HWY 101, WOODRUFF, SC 29388

10925 HARLAN FARM, 4249 HWY. 101, WOODRUFF, SC 29388

10925 HARLAN K MICKEY, 529 SE GRAND AVE APT 1, PORTLAND, OR 97214-2252

10925 HARLAN, JUDITH, RD 4-1038 TR2156, ASHLAND, OH 44805

10925 HARLAN, TERRY, 7901B TIMBERRIDGE DR, INDIANAPOLIS, IN 46219

10925 HARLAND SIMON CONTROL SYSTEMS INC, POBOX 3452, SYRACUSE, NY 13220

10925 HARLEAUX, IVORY, 5690 SCENIC HWY, BATON ROUGE, LA 70805

10924 HARLEN'S DRYWALL  CO.INC., 1205 N.E. 95TH ST., VANCOUVER, WA 98665

10924 HARLEN'S DRYWALL CO.INC., 1205 NE. 95TH STREET, VANCOUVER, WA 98665

10924 HARLEN'S DRYWALL/ST. JOSEPH'S, VANCOUVER, WA 98665

10924 HARLEN'S DRYWALL/TUALITAY COM HOSP, 335 S.E. 8TH ST., HILLSBORO, OR 97123

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HARLEN'S DRYWALL/VILLA HUNT HALL, JOB #2048, 3181 S.W. SAM JACKSON RD., PORTLAND, OR 97201

10925   HARLESS, MICHAEL, 4611 GLENBROOK PKWY, BETHESDA, MD 20814

10925   HARLEY L BARGER &, DORIS M BARGER TR UA NOV 15 90, HARLEY L & DORIS M BARGER TRUST, 4414 CAMBRIDGE CT, INDEPENDENCE, MO 64055-4917

10925   HARLEY VALVE & INSTRUMENT, 1447 W 27TH ST, NORFOLK, VA 23508-2329

10925   HARLEY, RICHARD, 115 MARSH CREEK DR, MAULDIN, SC 29662

10925   HARLEY-DAVIDSON MOTOR COMPANY, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925   HARLEYS AUTO PARTS, INC, 310 HAMPTON AVE. N.E., AIKEN, SC 29801

10925   HARLIN, BRENDA, 4147 NEWBURGH DRIVE, INDIANAPOLIS, IN 46236

10925   HARLING, CHARLES, 861 FRANKLIN RD BLDG 11, APT #10, MARIETTA, GA 30067

10924   HARLINGEN BOLT & SUPPLY, INC, 101 S EXPWY 77, HARLINGEN, TX 78550

10924   HARLINGEN MIDDLE SCHOOL, 3205 W. WILSON RD., HARLINGEN, TX 78552

10925   HARLOW L STAHL, 9507 RTE 113 E, BELLEVUE, OH 44811-8925

10925   HARLOW, GABRIELLE, 7417 VILLAGE RD APT 26, SYKESVILLE, MD 21784

10925   HARLOW, GABRIELLE, 7500 GRACE DR, COLUMBIA, MD 21044

10925   HARLOW, LOUIS, 120 CEDAR AVE, VINTON, VA 24179

10925   HARLOW, SANFORD, 6 BELLE BROOK LN, DERRY, NH 03038

10925   HARLOW, STEPHEN, 447 SUMMER ST, ARLINGTON, MA 02174

10925   HARM WILLEM DE GROOT, 37137 PARSONS CREEK ROAD, SPRINGFIELD, OR 97478-8741

10925   HARMAN, ROBERT, BOX 414, ARAPAHO, OK 73620

10925   HARMAN-MOTIVE INC, 1201 SOUTH OHIO ST, MARTINSVILLE, IN 46151

10925   HARMER, HAROLD, PO BOX 72, HAMILTON, CO 81638

10925   HARMEYER, LISA, 8110 CHAPEL HILL PLACE, FT WAYNE, IN 46825

10925   HARMON BROTHERS SHEET METAL, 1415 EAST PARRISH AVE, OWENSBORO, KY 42303

10925   HARMON G LEWIS, PO BOX 2516, NEW LONDON, NH 03257-2516

10925   HARMON JR., JOHN, 2304 NORTHSTAR, ANCHORAGE, AK 99508

10925   HARMON SR, DON, 7809 BRUTON CT. APT.# F, GLEN BURNIE, MD 21060

10925   HARMON, ANDREW, BOX 98, REIDVILLE, SC 29375

10925   HARMON, BOBBY, 5176 HAYCRAFT RD, OWENSBORO, KY 42301

10925   HARMON, CHARLIE, 3517 DOVETAIL LANE, LAKELAND, FL 33813

10925   HARMON, CHRISTOPHER, PO BOX 318, PLUCKEMIN, NJ 07978

10925   HARMON, DONNA, 911 CORDELL DRIVE, ROSSVILLE, GA 30741

10925   HARMON, EDWYNA, RT 5 BOX 325, WICHITA FALLS, TX 76301

10925   HARMON, JACQUELYN, 3187 KENLAND, MEMPHIS, TN 38118

10925   HARMON, JEFFREY, 6571 SOUTH VINE ST , #301, LITTLETON, CO 80121

10925   HARMON, JITTY, RT 5 BOX 325, WICHITA FALLS, TX 76301

10925   HARMON, JODI, 17425 N 19TH AVE, PHOENIX, AZ 85023

10925   HARMON, JOHN, PO BOX 110390, ANCHORAGE, AK 99511

10925   HARMON, JULIE, BOX 98, REIDVILLE, SC 29375-0098

10925   HARMON, KAYCEE, 6300 PITTMAN CIRCLE, CASPER, WY 82604

10925   HARMON, KENNY, 6931 LAPRAIX, HIGHLAND, CA 92346

10925   HARMON, LAWRENCE JR, 1 BARTLETT LANE, WILLINGBORO, NJ 08046

10925   HARMON, LORRIE, 130 CEDAR LAKE DR., MOORE, SC 29369

10925   HARMON, MARK, 1021 ALLEN BRIDGE RD, WOODRUFF, SC 29388

10925   HARMON, MYRTLE, 130 CEDAR LAKE DRIVE, MOORE, SC 29369

10925   HARMON, NORMA L, RT 1 BOX 154, LARUE TX, TX 75751

10925   HARMON, O, 120 TORRENCE CIRCLE, LENOIR, NC 28645

10925   HARMON, ROGER, 7635 HANNAH RD., WINSTON, GA 30187

10925   HARMON, SCOTT, 320 DONALD LANE, WINTER HAVEN, FL 33880

10925   HARMON, WOODROW, PO BOX 98 GASTON DR, REIDVILLE, SC 29375-0098

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HARMONOSKY, JOSEPH, 7 GARRY ST, MANVILLE, NJ 08835

10925   HARMONY INDUSTRIES, 905 BAKER ROAD, HIGH POINT, NC 27263

10925   HARMS & ASSOCIATES, 3N967 BABSON LANE, SAINT CHARLES, IL 60175

10925   HARMS & ASSOCIATES, 7317 W. 154TH ST., ORLAND PARK, IL 60462

10925   HARMS BROTHERS INSULATION INC, 3305 INDIAN TRAIL, EUSTIS, FL 32727

10925   HARMS DISTRIBUTING INC, 6530 CAMBRIDGE ST, ST LOUIS PARK, MN 55426-4484

10925   HARMS DISTRIBUTING INC., 6530 CAMBRIDGE ST, MINNEAPOLIS, MN 55426

10925   HARMS, ELEANOR, 610 ESTUARY DR, BRADENTON, FL 34209

10925   HARMS, FLOYD, 525 N OSBORN, HENNESSEY, OK 73742

10925   HARMSEN, SCOTT, 2040 EAST BARABOO CIR, DEPERE, WI 54115

10925   HARN, GEORGE, RR1 BOX 171B, AVON, IL 61415-9515

10925   HARNED, EDWARD, 430 N PARK DR, ARLINGTON, VA 22203

10925   HARNEN, THOMAS, PO BOX 42, DANFORTH, IL 60930

10925   HARNER, CHARLES, 176 ST. RT. 72 SOUTH, SABINA, OH 45169

10925   HARNER, RAYMOND, BOX #146, PORT CLINTON, PA 19549

10925   HARNESBERGER, KAREN, 104 HENNING COURT, SIMPSONVILLE, SC 29681

10925   HARNESBERRY-FAI, DANESE, 4174 18TH ST, ECORSE, MI 48229

10925   HARNESS, CHARLES, 6705 WHITEGATE ROAD, CLARKSVILLE, MD 21029

10925   HARNEY, EDWARD, 450 NORTH ATLANTA AVE, N MASSAPEQUA, NY 11758

10925   HARNEY, FRANCIS A, 1 DONNIE CIRCLE, WICHITA FALLS, TX 76310

10925   HARNEY, JOANNE, 30 REEVE PL, BROOKLYN, NY 11218

10925   HARNEY, MICHELE, 30 PATEWOOD DR., STE 270, GREENVILLE, SC 29615

10925   HARNEY, MICHELE, 4 LARK LANE, SIMPSONVILLE, SC 29681

10925   HARNISCHFEGER CORPORATION, 100 E. WISCONSIN AVE, STE 2780, MILWAUKEE, WI 53202

10925   HARNISH, BENJAMIN, 881 GAILEE DR, BURLINGTON, WA 98233-3508

10925   HARNISH, DEBORAH, 3911 35TH AVE E, PALMETTO, FL 24221

10925   HARNISH, RODNEY, 202 ASHETON WAY, SIMPSONVILLE, SC 29681

10925   HARNOIS, CHRISTOPHER, 120 GRASSY LANE, PALATKA, FL 32177

10925   HAR-NOY METAL FABRICATORS INC, 309 S MAHAFFIE, OLATHE, KS 66061

10925   HARNSTRUM, KRISTIN, 7650-303 WOODPARK LANE, COLUMBIA, MD 21046

10925   HAROLD A DAWSON, 3354 HICKORY HOLLOW LANE, MEMPHIS, TN 38115-3311

10925   HAROLD A LEHMAN, 375 N BROAD ST, CANFIELD, OH 44406-1256

10925   HAROLD A MCGUFFIN, 327 DEVONSHIRE LN, COLUMBIA, SC 29212-8358

10925   HAROLD A RYAN INC, 2350 MASS AVE, CAMBRIDGE, MA 02140

10925   HAROLD A RYAN INC, 2350 MASSACHUSETTS AVE, CAMBRIDGE, MA 02140

10925   HAROLD A SHERMAN & ADELAIDE, SHERMAN JT TEN, 9901 FOUR SEASONS LANE, LOUISVILLE, KY 40241-2117

10925   HAROLD A. RYAN INC., 2350 MASSACHUSETTS AVE., CAMBRIDGE, MA 02140

10925   HAROLD B DRURY &, GLADYS F DRURY JT TEN, 13 MILTON ST, LYNN, MA 01902-1528

10925   HAROLD BECK & SONS, INC, 2300 TERRY DR., NEWTOWN, PA 18940

10925   HAROLD BLOOM &, DIANA BLOOM JT TEN, 2502 NORTH 53RD ST, OMAHA, NE 68104-4202

10925   HAROLD C ATTEBERY, 3651 LANCASTER ROAD, GRANVILLE, OH 43023-9508

10925   HAROLD COHEN, 24161 GREENLAWN, BEACHWOOD, OH 44122-1438

10925   HAROLD D FITCH &, NANCY E FITCH JT TEN, 26 STANIFORD RD, BURLINGTON, VT 05401-2405

10925   HAROLD DRIVER, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   HAROLD E BERGGUIST, PO BOX 8592, NORTHFIELD, IL 60093-8592

10925   HAROLD E JOHNSON & MARY RUTH, JOHNSON JT TEN, 3824 COURTOIS, ST LOUIS, MO 63123-7715

10925   HAROLD E KRAINOCK &, MARJORIE KRAINOCK JT TEN, 9 MAYWOOD DRIVE, DANVILLE, IL 61832-2921

10925   HAROLD E RICCA &, KATHLEEN RICCA JT TEN, 506 N RIVER DR, PORTER, IN 46304-1419

10925   HAROLD E WAGNER, RD 3 CHERRYTREE RD, TITUSVILLE, PA 16354-0000

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HAROLD EUGENE PLYLER, 5817 WEDDINGTON MONROE RD, MATTHEWS, NC 28104-7926

10925   HAROLD F LANG &, LAVERNE LANG JT TEN, PO BOX 876, ORE CITY, TX 75683-0876

10925   HAROLD F ZIMMERMAN &, HELEN ZIMMERMAN TEN ENT, 3708 BRENTFORD RD, RANDALLSTOWN, MD 21133-3705

10925   HAROLD G LATHROP, 666 W END AVE, NEW YORK, NY 10025-7357

10925   HAROLD G LIDDIARD &, MYRLEEN A LIDDIARD JT TEN, 265 E 500 NORTH, NEPHI, UT 84648-1235

10925   HAROLD G PEFFLEY &, JOYCE E PEFFLEY JT TEN, 1732 WESTWOOD RD, READING, PA 19610-1134

10925   HAROLD G ROBINSON, 5628 TAYLOR LANE, FT COLLINS, CO 80528-9100

10925   HAROLD G STRICKLAND, HWY 221, ENOREE, SC 29335

10925   HAROLD GREEN, PO BOX 111312, ANCHORAGE, AK 99511-1312

10925   HAROLD H HOLTZMAN, 3716 TENTH AVE, NEW YORK, NY 10034-1803

10925   HAROLD HANSFORD &, LOUISE H HANSFORD JT TEN, 223 FERRY ST, LAWRENCE, MA 01841-1319

10925   HAROLD HATFIELD, 28 ST JOHNS AVE, TABOR, NJ 07878

10925   HAROLD I HEGGE &, CORA M HEGGE JT TEN, 20421 12TH PL SO, SEATTLE, WA 98198-2617

10925   HAROLD J BERK, PO BOX 173, DEAL, NJ 07723-0173

10925   HAROLD J CURRY, 658 HILLCREST BLVD, PHILLIPSBURG, NJ 08865-1411

10925   HAROLD J KATZMAN &, JEANNE KATZMAN COMMUNITY PROPERTY, 2610 MANDEVILLE CANYON RD, LOS ANGELES, CA 90049-1004

10925   HAROLD J LIBSON, 6 XAVIER DR, YONKERS, NY 10704-1371

10925   HAROLD J MAGEE, 654 MADISON AVE, ALBANY, NY 12208-3604

10925   HAROLD J MUSSER, 2805 ROSINA AVE, COVINGTON, KY 41015-1051

10925   HAROLD J SHREWSBURY, 6146 E 4TH PLACE, TULSA, OK 74112-1725

10925   HAROLD J WAGNER &, ELEANOR F WAGNER JT TEN, 18160 TOEPFER, EASTPOINTE, MI 48021-2766

10925   HAROLD JACOBSON &, NANCEE JACOBSON JT TEN, 3360 S OCEAN BLVD, PALM BEACH, FL 33480-5668

10925   HAROLD KASSAB, 220 PARIC ST, SUITE 200, BIRMINGHAM, MI 48009

10925   HAROLD KASSAB, 220 PARK AVE SUITE 200, BIRMINGHAM, MI 48009-3477

10925   HAROLD KENT &, EARLENE F PARSONS, TR UDT MAR 2 94, H K PARSONS FAMILY TRUST, 3650 CROWN POINT DR, SAN DIEGO, CA 92109-6711

10925   HAROLD L GROGAN &, CRAWFORD S GROGAN JT TEN, 7301 IDYLBROOK COURT, FALLS CHURCH, VA 22043-1532

10925   HAROLD L MCNIEL, 1600 DANIELS ST NE, CEDAR RAPIDS, IA 52402-3905

10925   HAROLD L TRACY JR &, HAROLD L TRACY SR JT TEN, 18854 RIDGE LANE, MARENGO, IL 60152-9123

10925   HAROLD LEVY & GERTRUDE LEVY, JT TEN, 2830 OCEAN AVE APT E-1, BROOKLYN, NY 11235-3121

10925   HAROLD MENGER, PO BOX 56, KEW GARDENS, NY 11415-0056

10925   HAROLD MONAHAN, 2886 FERNLEY DR EAST TH 3, WEST PALM BEACH, FL 33415-8312

10925   HAROLD OTIS MORRIS, 10571 LAFAYETTE ST, PO BOX 137, WHITESVILLE, KY 42378-0137

10925   HAROLD R BARTLETT, 15 S GOLFVIEW RD, LAKE WORTH, FL 33460-3985

10925   HAROLD R FISHER, 3200 APPALACHIAN WAY, PLANO, TX 75075-1703

10925   HAROLD R LAW & TINIE M LAW JT TEN, 1008 N E 4TH ST, MULBERRY, FL 33860-2607

10925   HAROLD R MERWARTH, 12 MULBERRY AVE, GARDEN CITY, NY 11530-3028

10925   HAROLD R STEELE, 502 W 113TH ST, APT 5 B, NEW YORK, NY 10025-8009

10925   HAROLD ROSE &, ADELE ROSE JT TEN, 220-15 73RD AVE, BAYSIDE, NY 11364-2603

10925   HAROLD SHARE &, BARBARA SHARE JT TEN, 22580 ESPLANADA CIR W, BOCA RATON, FL 33433-5915

10925   HAROLD WHITCHER CUST RICHARD T, STERN UNIF GIFT MIN ACT CT, C/O RICHARD T STERN, 210 WEST SIDE DR, HAMDEN, CT 06514-3726

10925   HAROLD, ELLIOT, 4 SHADOW LANE, METAIRIE, LA 70005

10925   HAROLD, LELIA, 2378 BEAUMINT ST, JAX, FL 32209

10925   HARP, BILLY, PO BOX 35, MEEKER, CO 81641

10925   HARP, LAWRENCE, ROUTE 30 BOX 805, CONROE, TX 77303

10925   HARPE & SONS INC, PO BOX 791, OWENSBORO, KY 42302

10925   HARPER & HARPER, 618 WHITNEY AVE., NEW HAVEN, CT 06511

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HARPER COMPANY  (JOB 38), CRITTENDEN DR. - STANDIFORD FIELD, LOUISVILLE, KY 40209 | |
| 10924 | HARPER COMPANY - DO NOT USE, SOUTHBOUND DIXIE HIGHWAY, FORT MITCHELL, KY 41017 | |
| 10924 | HARPER COMPANY, THE, (ALL DELIVERIES FOR THIS PROJ), PROJECT 27 ABX APRON "B" EXPAN, WILMINGTON, OH 45177 | |
| 10924 | HARPER COMPANY, THE, 1648 PETERSBURG ROAD, HEBRON, KY 41048 | |
| 10924 | HARPER COMPANY, THE, CHAPEL DRIVE - GATE 2, WILMINGTON, OH 45177 | |
| 10924 | HARPER COMPANY, THE, CINCI/N. KY INTERNATIONAL AIRPORT, ERLANGER, KY 41018 | |
| 10924 | HARPER COMPANY, THE, END OF HAUSMAN RD.(INTO ARPRT), CAMARGO, KY 40353 | |
| 10924 | HARPER COMPANY, THE, PO BOX 420, HEBRON, KY 41048 | |
| 10925 | HARPER COMPANY, THE, POBOX 420, HEBRON, KY 41048 | |
| 10924 | HARPER COMPANY, THE, S.R.49 & WOLF CREEK PIKE, TROTWOOD, OH 45426 | |
| 10924 | HARPER COMPANY, THE, VARIOUS LOCATIONS, CINCINNATI, OH 45212 | |
| 10924 | HARPER COMPANY, THE, WILMINGTON AIRPORT, WILMINGTON, OH 45177 | |
| 10925 | HARPER CORP OF AMERICA, PO BOX 1109, CHARLOTTE, NC 28201 | |
| 10924 | HARPER HOSPITAL - ACOUSTIC CEILING, PROFESSIONAL OFFICE BUILDING, DETROIT, MI 48201 | |
| 10924 | HARPER READY MIX, P O BOX 5, KINGMAN, KS 67068 | |
| 10924 | HARPER READY MIX, PO BOX5, KINGMAN, KS 67068 | |
| 10925 | HARPER, ALLEN, 40 S.E. 14TH AVE., OCALA, FL 34471 | |
| 10925 | HARPER, ANGELA, RR 6 BOX 131, ST ANNE, IL 60964 | |
| 10925 | HARPER, BARBARA, 142 SAWYER, LAGRANGE, IL 60525 | |
| 10925 | HARPER, CHARLES, 3528 WOODBURN RD, ANNANDALE, VA 22003 | |
| 10925 | HARPER, CHRISTA, 1003 WILLIAMSTON RD, ANDERSON, SC 29621 | |
| 10925 | HARPER, CHRISTOPHER, 1802 N JAMES ST, ROME, NY 13440 | |
| 10925 | HARPER, DANAH, 1301 E CAMPBELL, EDMOND, OK 73034 | |
| 10925 | HARPER, DENNIS, 2623 STATE PARK RD, LAKELAND, FL 33805 | |
| 10925 | HARPER, DWAINE, 187 GUY SANDERSON RD, ALBERTSON, NC 28508 | |
| 10925 | HARPER, EDWARD, BOX 1931, LOVINGTON, NM 88260 | |
| 10925 | HARPER, GL, RT 1 BOX 175P, LORANGER, LA 70446 | |
| 10925 | HARPER, GLADYS, 2475 JONESBORO #156, ATLANTA, GA 30315 | |
| 10925 | HARPER, GRACE, 2905 FRANKLIN ST., WEST COLUMBIA, SC 29170 | |
| 10925 | HARPER, HARRY, 1863 STANDING SPRGS RD, GREENVILLE, SC 29605 | |
| 10925 | HARPER, JAMES, 501 ST. CHARLES, ARLINGTON, TX 76013 | |
| 10925 | HARPER, JAMES, 508 MAY ST, MOBILE, AL 36607 | |
| 10925 | HARPER, JENNIFER, 445 MINNESOTA ST, NCL TOWER SUITE 1200, ST PAUL, MN 55101 | |
| 10925 | HARPER, JOHN, 2905 38TH ST, SNYDER, TX 79549-5704 | |
| 10925 | HARPER, JONECE, 170 S. ROLAND ST., POTTSTOWN, PA 19464 | |
| 10925 | HARPER, KELLY, 1117 BRADLEY SQUARE, SPARKS, NV 89434 | |
| 10925 | HARPER, LARRY D., 6561 S. BRIAR BAYOU, HOUSTON, TX 77072 | |
| 10925 | HARPER, LOWELL, ROUTE 2 BOX 149, HARLAN, IA 51537-9647 | |
| 10925 | HARPER, MAJOR, 13310 CORBETT, DETROIT, MI 48213 | |
| 10925 | HARPER, MARGARET, 3028 MULLINEAUX LANE, ELLICOTT CITY, MD 21042 | |
| 10925 | HARPER, MARK, 712 TALL OAK TRAIL, SENECA, SC 29678 | |
| 10925 | HARPER, MICHAEL, PO BOX 20841, CASTRO VALLEY, CA 94546 | |
| 10925 | HARPER, PATRICIA JO, 5701 ORCHARD ST W, APT EE2, TACOMA, WA 98467-3800 | |
| 10925 | HARPER, ROBERT, 3075 SOUTH PALM DRIVE, SLIDELL, LA 70458 | |
| 10925 | HARPER, ROBERT, 714 W REBECCA, IOWA PARK, TX 76367 | |
| 10925 | HARPER, SHANE, 2008 ANTARES DR, BASTROP, LA 71220 | |
| 10925 | HARPER, STEPHANIE, 5856 JONESBORO HWY, WEST MONROE, LA 71292 | |
| 10925 | HARPER, STILES, GENERAL DELIVERY, ESTILL, SC 29918 | |
| 10925 | HARPER, WILLIAM, 1523 WEST ELM ST, ENID, OK 73701-4434 | |
| 10925 | HARPS, DELORIS, 1100 N. COLLEGE EXT, GRIFFIN, GA 30223 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    HARRAH, VERONICA, 101 1/2 KENT AV, BECKLEY, WV 25801

10925    HARRAH'S - RENO, LAS VEGAS, NV 89150

10924    HARRAH'S AK CHIN CASINO, SMITH & GREEN, PHOENIX, AZ 85001

10924    HARRAH'S CASINO, C/O ROLLING PLAINS CONSTRUCTION, KANSAS CITY, MO 64117

10924    HARRAH'S CASINO, ISLAND OF BRIGATINE, HURON AVE, ATLANTIC CITY, NJ 08400

10924    HARRAH'S CASINO, ON THE MARINER, ATLANTIC CITY, NJ 08404

10924    HARRAH'S CHEROKEE SMOKY MTN. CASINO, 199 OLD GAP RD., CHEROKEE, NC 28719

10925    HARRAHS JOLIET CASINO, PO BOX 915, JOLIET, IL 60434

10924    HARRAH'S PERMANENT CASINO, C/O INSULATION FOAM & ROOFING, NEW ORLEANS, LA 70150

10924    HARRAH'S PERMANENT CASINO, C/O KING AND COMPANY, NEW ORLEANS, LA 70150

10924    HARRAH'S PERMANENT CASINO, CAMBRIDGE, MA 99999

10924    HARRAH'S PRAIRIE BAND CASINO, 12305 150TH ROAD, MAYETTA, KS 66509

10924    HARRAH'S RIVERBOAT CASINO, 2050 BEDFORD AVE., NORTH KANSAS CITY, MO 64116

10924    HARRAH'S SHOWBOAT CASINO, 3301 ALDIS AVENUE, EAST CHICAGO, IN 46312

10924    HARRARES CASINO, CUSTOMER PICK UP, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

10924    HARRA'S MASTER PLAN, LAS VEGAS, NV 89101

10924    HARRASEKET INN, FREEPORT, ME 04032

10925    HARRELL JR, ALVIN, 1608 DUKE ST, MEMPHIS, TN 38108

10925    HARRELL WILTSHIRE SWEARINGEN WILSON, 210 EAST GOVERNMENT ST, PENSACOLA, FL 32501

10925    HARRELL, BRUCE, 4911 HUNDRED, MORRISTOWN, TN 37813

10925    HARRELL, CHARLES, 210 LAKEVIEW CIR, WOODRUFF, SC 29388

10925    HARRELL, ELIZABETH, PO BOX 403, COLERAIN, NC 27924

10925    HARRELL, ELOISA, 4616 S 81 WEST AVE, TULSA, OK 74107

10925    HARRELL, GRACE, 110 STEEPLE CHASE CT, SIMPSONVILLE, SC 29681

10925    HARRELL, HUBERT, 524 E 4TH CT, PANAMA CITY, FL 32401

10925    HARRELL, JACQUELINE, 12915 COVINGTON, ST. LOUIS, MO 63138

10925    HARRELL, JAMES, 2730 SW 17 AVE, MIAMI, FL 33133

10925    HARRELL, K, PO BOX 470, HANNA CITY, IL 61536

10925    HARRELL, KATHLEEN, 2811 JEFFERSON DR, ALEXANDRIA, VA 22303

10925    HARRELL, KATHRYN, 206 BRIGHTWOOD RD, WILMINGTON, NC 28409

10925    HARRELL, LISA, 242 BAD TAYLOR RD, COLERAIN, NC 27924

10925    HARRELL, LONNIE, 318 NW 7TH, LINDSAY, OK 73052

10925    HARRELL, MARY, 4003 SUGAR VALLEY DR, CONYERS, GA 30208

10925    HARRELL, NANCY, 129 SIMPSON AVE, EVANSTON, WY 82930

10925    HARRELL, RANDALL, 107 PINEKNOLL DR #66, RIDGELAND, MS 39157

10925    HARRELL, ROBERT, 379 PINE TAVERN ROAD, MONROEVILLE, NJ 08343

10925    HARRELL, RONNIE, 707 CHOCTAW, LINDSAY, OK 73052

10925    HARRELL, TERRI, PO BOX 441, DELHI, LA 71232

10925    HARRELL, WILLIAM, 3936 BLUE RIDGE ROAD, RALEIGH, NC 27612

10925    HARRELSON MECH. CONTRACTORS, 6615 WINDMILL WAY, WILMINGTON, NC 28406

10925    HARRELSON, CYNTHIA, 2094 N ASHEBORO, ASHEBORO, NC 27203

10925    HARRELSON, DUANE, 264 NOTTINGHAM CIRCLE, STATESVILLE, NC 28677

10925    HARRELSON, EDITH, 2807 HARRIS BRIDGE RD, WOODRUFF, SC 29388

10925    HARRELSON, JAY, 1711 MAPLE EXT, AMORY, MS 38821

10925    HARRELSON, LOYD, 204 APPLEWOOD, CENTRAL, AR 72941

10925    HARRELSON, THOMAS, 795 CLEGG FARM DRIVE, YORK, SC 29745

10925    HARRER, FERROL, 1824 CAMINO ESTRADA, CONCORD, CA 94521

10925    HARRIET B OGLESBEE, 240 HEATHWOOD DR, SPARTANBURG, SC 29307-3737

10925    HARRIET B PEARCE, 9A JANET DR, CANTERBURY GARDENS, POUGHKEEPSIE, NY 12603-2249

10925    HARRIET BLOOM, 4001 HILLCREST DR APT 302, HOLLYWOOD, FL 33021-7924

10925    HARRIET M WALKER, 1135 COVELL RD NW, GRAND RAPIDS, MI 49504-3815

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HARRIET M WILLSON & NADINE HIATT, TR UA OCT 5 82, HAROLD O WILLSON TRUST, SUNSET ESTATES, 433 SYLVAN AVE 51, MT VIEW, CA 94041-1629 | |
| 10925 | HARRIET M WILLSON TR UA, MAR 29 94, THE HARRIET M WILLSON TRUST, 433-51 SYLVAN AVE, MOUNTAIN VIEW, CA 94041-1629 | |
| 10925 | HARRIET T WERNER, 81 WEST 34TH ST, BAYONNE, NJ 07002-2817 | |
| 10925 | HARRIETTE M JOPPLIN & THOMAS F, JOPPLIN TR UA JUN 24 97, THE THOMAS JOPPLIN FAMILY, LIVING TRUST, 3135 FONDREN ST, LA PORTE, TX 77571-7047 | |
| 10925 | HARRIGAN, ANITA, 65 - 65TH ST, LACHINE, QC H8T 3B8CANADA | *VIA Deutsche Post* |
| 10925 | HARRIGAN, ANITA, QUEBEC PROVINCE, 56E AVE, LACHINE, QC H8T3B8CANADA | *VIA Deutsche Post* |
| 10925 | HARRIGAN, JEREMY, 5102 W 156TH ST, OVERLAND PARK, KS 66224 | |
| 10925 | HARRILL, W, 5209 POGUE ST, SPARTANBURG, SC 29301 | |
| 10925 | HARRIMAN, MELVIN, 58 SAXTON ST, DORCHESTER, MA 02125-1439 | |
| 10925 | HARRINGTON & COMPANY, 760 W LAYTON AVE, SALT LAKE CITY, UT 84104 | |
| 10924 | HARRINGTON & COMPANY, 760 W. LAYTON AVENUE, SALT LAKE CITY, UT 84125 | |
| 10924 | HARRINGTON & COMPANY, 760 WEST LAYTON AVENUE, SALT LAKE CITY, UT 84125 | |
| 10924 | HARRINGTON & COMPANY, ATTN:  ACCOUNTS PAYABLE, SALT LAKE CITY, UT 84125 | |
| 10924 | HARRINGTON & COMPANY, P.O. BOX 25723, SALT LAKE CITY, UT 84125 | |
| 10924 | HARRINGTON CONST. CO., HWY. 501, MYRTLE BEACH, SC 29579 | |
| 10925 | HARRINGTON INDUSTRIAL PLASTICS INC, PO BOX 5128, CHINO, CA 91708-5128 | |
| 10925 | HARRINGTON INDUSTRIAL PLASTICS INC, POBOX 13346, BALTIMORE, MD 21203 | |
| 10925 | HARRINGTON INDUSTRIAL PLASTICS, 10 JEWEL DR, WILMINGTON, MA 01887 | |
| 10925 | HARRINGTON INDUSTRIAL PLASTICS, 471 W WRIGHTWOOD AVE., ELMHURST, IL 60126 | |
| 10925 | HARRINGTON INDUSTRIAL PLASTICS, 6017 SCOTT WAY, COMMERCE, CA 90040 | |
| 10925 | HARRINGTON INDUSTRIAL PLASTICS, INC, PO BOX 13346, BALTIMORE, MD 21203-3346 | |
| 10925 | HARRINGTON INDUSTRIAL PLASTICS, PO BOX 13346, BALTIMORE, MD 21203 | |
| 10925 | HARRINGTON JT TEN, ARTHUR C & ELIZABETH M, 5239 FALCONS VIEW CT, PARADISE, CA 95969-6659 | |
| 10924 | HARRINGTON MEMORIAL HOSPITAL, INC., 100 SOUTH STREET, SOUTHBRIDGE, MA 01550-8002 | |
| 10925 | HARRINGTON PLASTICS, 6095 NORTH BELT DR SUITE A, NORCROSS, GA 30071 | |
| 10925 | HARRINGTON PLASTICS, 8924 MCGAW COURT, COLUMBIA, MD 21045 | |
| 10925 | HARRINGTON, ALBERT, 143 MIDDLESEX AVE, MEDFORD, MA 02155 | |
| 10925 | HARRINGTON, ANNE, 4203 JENIFER ST, WASHINGTON, DC 20015 | |
| 10925 | HARRINGTON, ARTHUR, 5239 FALCONS VIEW COURT, PARADISE, CA 95969 | |
| 10925 | HARRINGTON, BETTINA, 1155 NORTHVILLE, TOLEDO, OH 43612 | |
| 10925 | HARRINGTON, DANIEL, 127 KATHLEEN LANE, WYOMISSING, PA 19610 | |
| 10925 | HARRINGTON, DEBORAH, 4715-R STONEY TRACE, CHARLOTTE, NC 28227 | |
| 10925 | HARRINGTON, DONNA, 21 WINTER HILL ROAD, GOFFSTOWN, NH 03045 | |
| 10925 | HARRINGTON, DONNA, 5449 PEGGY CR DRIVE, VIRGINIA BEACH, VA 23464 | |
| 10925 | HARRINGTON, JAMES, 311 LAKE MENDOCINO DR. C2, UKIAH, CA 95482 | |
| 10925 | HARRINGTON, JAMES, 569 BOWERS RD, TRAVELERS REST, SC 29690 | |
| 10925 | HARRINGTON, JEAN, 1371 MISSION HILLS BLVD, CLEARWATER, FL 33518 | |
| 10925 | HARRINGTON, KEVIN, PO BOX 78797, ATLANTA, GA 30357-2797 | |
| 10925 | HARRINGTON, KIMBERLY, 1298 W JACKSON BLVD, JONESBOROUGH, TN 37659 | |
| 10925 | HARRINGTON, MARGARET, 1408 MOHON ST, ALEXANDRIA, LA 71301-3428 | |
| 10925 | HARRINGTON, MARTHA, 3471 BAYOU DRIVE, PASS CHRISTIAN, MS 39571 | |
| 10925 | HARRINGTON, MAURICE, 33 JACKSON RD, W MEDFORD, MA 02155 | |
| 10925 | HARRINGTON, RONALD, 6144 METEOR, TOLEDO, OH 43623 | |
| 10925 | HARRINGTON, SARAH R, 2518 ASPEN AVE, HUNTSVILLE, AL 35810 | |
| 10925 | HARRINGTON, STEPHANIE, 1702 VINYARD DR #2, WILSON, NC 27893 | |
| 10925 | HARRINGTON, VILMA, 127 KATHLEEN LANE, WYOMISSING, PA 19610 | |
| 10925 | HARRINGTON, WILLIAM, 194-B EL MEDIO ST, VENTURA, CA 93001 | |
| 10925 | HARRINGTON-ROBB ASSOCIATES, 41 TWOSOME DRIVE, UNIT 4, MOORESTOWN, NJ 08057 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    HARRIS - LEBANON, 509 BADDOUR PKWY WEST, LEBANON, TN 37087

10925    HARRIS & ASSOCIATES, 2001 JEFFERSON DAVIS HWY, ARLINGTON, VA 22202

10924    HARRIS & SON ELECT. CO., 4910 WEST CLAY ST., SUITE 2A, RICHMOND, VA 23230

10924    HARRIS ACE HARDWARE STORE #2045, 386 W. CHERRY ST., JESUP, GA 31545

10924    HARRIS ACOUSTIC PRODUCTS CORP, 141 WASHINGTON STREET, EAST WALPOLE, MA 02032

10924    HARRIS ACOUSTIC PRODUCTS CORP, 141 WASHINGTON STREET, EAST WALPOLE, MA 02032-1155

10925    HARRIS AUTOMATION SERVICES INC, PO BOX 890472, HOUSTON, TX 77059

10925    HARRIS AUTOMATION SERVICES INC, PO BOX 890472, HOUSTON, TX 77289

10925    HARRIS AUTOMATION SERVICES, INC, PO BOX 890472, HOUSTON, TX 77289

10924    HARRIS CASINO, # 1 RIVERBOAT DRIVE, NORTH KANSAS CITY, MO 64116

10925    HARRIS CO. CHILD SUPPORT, PO BOX 4367, HOUSTON, TX 77210-4367

10925    HARRIS CO. TAX ASSESSOR, P.O. BOX 4089, HOUSTON, TX 77210-4089

10925    HARRIS CO. TAX ASSESSOR, PO BOX 4089, HOUSTON, TX 77210-4089

10924    HARRIS CONST. CO., 1817 BURNETT BLVD., WILMINGTON, NC 28401

10924    HARRIS CORNERS, 1105 N CHURCH STREET, CHARLOTTE, NC 28231

10925    HARRIS CORP, GOVT INFO SYS DIV, MELBOURNE, FL 32901

10925    HARRIS CORP, PO BOX 37, MELBOURNE, FL 32902

10925    HARRIS CORP, PO BOX 37, MELBOURNE, FL 32902-0037

10925    HARRIS COUNTY ASSESSOR / COLLECTOR, PO BOX 4561, HOUSTON, TX 77210-4561

10925    HARRIS COUNTY CHILD SUPPORT OFFICE, PO BOX 4367, HOUSTON, TX 77210-4367

10925    HARRIS COUNTY CHILD SUPPORT, 1115 CONGRESS #10, HOUSTON, TX 77002

10925    HARRIS COUNTY CHILD SUPPORT, PO BOX 4367, HOUSTON, TX 77210-4367

10925    HARRIS COUNTY PUBLIC SCALES, 220 MCCARTY, HOUSTON, TX 77029

10924    HARRIS ELECTRIC SUPPLY(AD), 656 WEDGEWOOD AVENUE, NASHVILLE, TN 37203

10925    HARRIS EQUIPMENT, 2010 NORTH RUBY, MELROSE PARK, IL 60160

10925    HARRIS H HUSTON, 6714 CARROLL HIGHLANDS RD, SYKESVILLE, MD 21784-6312

10924    HARRIS HALL - UNIV. OF VT, 9 BAYCREST ROAD, SOUTH BURLINGTON, VT 05403

10925    HARRIS INFO SOURCE, 2057 E AURORA RD, TWINSBURG, OH 44087-1999

10925    HARRIS JR JT TEN, CLARENCE & KARLA L, 800 17TH AVE, SOUTH MILWAUKEE, WI 53172-1421

10925    HARRIS JR, ELISHA, 2811 SO ELM ST, PARIS, AR 72855-5128

10925    HARRIS JR, THOMAS, 1414 WILLIAMS ST, ROANOKE RAPIDS, NC 27870

10925    HARRIS JR, WILLIAM, 410 SHAMROCK ROAD, BRANDON, FL 33511-5546

10925    HARRIS JR., ROY, 7338 COUNTY ROAD 33, CRAIG, CO 81625

10925    HARRIS JT TEN, JOHN B & ELIZABETH M, 1100 UNIVERSITY ST 10J, SEATTLE, WA 98101-2888

10925    HARRIS LIVELY & DOUZLER, PO BOX 830, 550 FANNIN, BEAUMONT, TX 77704

10925    HARRIS OIL & AIR COND. INC., 1100 NEW HWY. 441 S., MOUNT DORA, FL 32757

10925    HARRIS PROPANE GAS INC., 605 HIGHLAND ST S, RILEYS PARK, FL 32757-6163

10924    HARRIS READY MIX CONCRETE, HARRIS DRIVE, DEXTER, MO 63841

10924    HARRIS READY MIX CONCRETE, RT 5, DEXTER, MO 63841

10924    HARRIS READY MIX, RT 5 BOX 319, DEXTER, MO 63841

10924    HARRIS SPECIALTY CHEMICALS, INC., 55 SKYLINE DRIVE, PLAINVIEW, NY 11803

10925    HARRIS TERRILL, GLADYS, 2506 COUNTRY CLUB RD, MIDLAND, TX 79701-5674

10925    HARRIS TRUCK & EQUIP. CO., 300 W. MAIN, TREMONTON, UT 84337

10925    HARRIS TURANO & MAZZA, 941 CHATHAM LANE SUITE 240, COLUMBUS, OH 43221-2426

10925    HARRIS, ALMA, 545 LINCOLN, CRAIG, CO 81625

10925    HARRIS, ANGELA, 4412 REDFERN DR, INDIANAPOLIS, IN 46237

10925    HARRIS, ANGELA, RT. 1 BOX W31, BEAVERVILLE, IL 60912

10925    HARRIS, ANTHONY, 2102 PEPPERIDGE DR, AUGUSTA, GA 30906

10924    HARRIS, AU CHIN, PHOENIX, AZ 85001

10925    HARRIS, AUDREY, 4004D NIGHT HERON CT, WALDORF, MD 20603

10925    HARRIS, BARBARA, 101 ALLEN ST, WIOTA, IA 50274-1008

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HARRIS, BENJAMIN, 2508 W. 102ND ST, INGLEWOOD, CA 90303 | |
| 10925 | HARRIS, BENJAMIN, 3427 DRAGONWICK DR, HOUSTON, TX 77045 | |
| 10925 | HARRIS, BERNARD, 817 DOVE RIDGE DRIVE, LAKELAND, FL 33803 | |
| 10925 | HARRIS, BETTY M, PANORAMA HOUSE, 1100 UNIVERSITY ST #10J, SEATTLE, WA 98101-2888 | |
| 10925 | HARRIS, BETTY, 260 RIVERVIEW DR, ST ROSE, LA 70087 | |
| 10925 | HARRIS, BETTY, 282 BROOKHAVEN, WOODLAWN, OH 45215 | |
| 10925 | HARRIS, BETTY, 502 EAST 2ND ST, PLAINFIELD, NJ 07062 | |
| 10925 | HARRIS, BETTY, 7458 CHASE AVE, HESPERIA, CA 92345 | |
| 10925 | HARRIS, BOBBY, 1000 ALANDALE, BAKERSFIELD, CA 93308 | |
| 10925 | HARRIS, BRAXTON, RT. 2 BOX 908, LITTLETON, NC 27850 | |
| 10925 | HARRIS, BRIAN, 415 WAVELAND ROAD, CATONSVILLE, MD 21228 | |
| 10925 | HARRIS, CALVIN, RT 1 BOX 998, GORDON, GA 31031 | |
| 10925 | HARRIS, CARL, 373 WINTER RIDGE BLVD, WINTERHAVEN, FL 33881 | |
| 10925 | HARRIS, CARLA, 58 PRINCESS ANNE CT, WARRENTON, VA 22186 | |
| 10925 | HARRIS, CAROL, 3606 TALLEY RD, MORRISTOWN, TN 37813 | |
| 10925 | HARRIS, CARTER & MAHOTA, 500 SOUTH FRONT ST, COLUMBUS, OH 43215 | |
| 10925 | HARRIS, CHANDRA, 2515NE EXPRESSWAY, ATLANTA, GA 30045 | |
| 10925 | HARRIS, CHARLES, 503 MEADOW, BURKBURNETT, TX 76354 | |
| 10925 | HARRIS, CHARLES, 8820 WALTHER BLVD., BALTIMORE, MD 21234-9030 | |
| 10925 | HARRIS, CINDY, 2237 MEYER ROAD, TROY, MO 63379 | |
| 10925 | HARRIS, COLLEEN, 35 CHESTNUT HILL AVE, BRIGHTON, MA 02135 | |
| 10925 | HARRIS, CONNIE, 365 BROWNS CROSSING, MILLEDGEVILLE, GA 31061 | |
| 10925 | HARRIS, CYNTHIA, 54 FOREST ST, WILMINGTON, MA 01887 | |
| 10925 | HARRIS, CYNTHIA, 71 SOUTHSIDE AVE, SOMERVILLE, NJ 08876 | |
| 10925 | HARRIS, D, 5621 TIDEWATER DRIVE, NORFOLK, VA 23508 | |
| 10925 | HARRIS, DARIA, 152 MILLER CRK DR, MONTGOMERY, AL 36117 | |
| 10925 | HARRIS, DAVID L, BOX 3411, HIDALGO TX, TX 78557 | |
| 10925 | HARRIS, DAVID L, DRAGON COURT, WOBURN, MA 01888 | |
| 10925 | HARRIS, DAVID, 8669 E. DAVENPORT DRIVE, SCOTTSDALE, AZ 85260 | |
| 10925 | HARRIS, DEAN, 707 E. TERRACE AVE, INDIANAPOLIS, IN 46203 | |
| 10925 | HARRIS, DEBORAH, 9609 N BUTTONWOOD CT, FRESNO, CA 93720 | |
| 10925 | HARRIS, DELMA, 800 CHESTNUT ST., 409, ATLANTIC, IA 50022-1666 | |
| 10925 | HARRIS, DELORES, 1126 WEST LINDLEY, PHILADELPHIA, PA 19141 | |
| 10925 | HARRIS, DELORES, 5427 WESFORD RD, PHILA, PA 19120 | |
| 10925 | HARRIS, DENVER, 4727 AMBERLEY AVE., BALTIMORE, MD 21229 | |
| 10925 | HARRIS, DIANE, 2933 BORDELON ROAD, LAKE CHARLES,, LA 70611 | |
| 10925 | HARRIS, DONALD P, PO BOX 1601, WOODLAND HILLS, CA 91365-1601 | |
| 10925 | HARRIS, DONALD, 108 BLOSOM BRANCH EXT, PIEDMONT, SC 29673 | |
| 10925 | HARRIS, DONNA, 151 LANSING, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | HARRIS, DONNA, 6 FALLSBURG COURT, GREENVILLE, SC 29615 | |
| 10925 | HARRIS, DORRINE, 3550 WILLOWS HILLS, RENO, NV 89512 | |
| 10925 | HARRIS, DOUGLAS, 2916 S. 670 E., VERNAL, UT 84078 | |
| 10925 | HARRIS, EARLY, 505 ROUNDVIEW RD., BALTIMORE, MD 21225 | |
| 10925 | HARRIS, EDWIN, 248 E. MAIN ST., PENNYAN, NY 14527 | |
| 10925 | HARRIS, EILEEN, 222 CHESTNUT ST, ATLANTIC, IA 50022-1000 | |
| 10925 | HARRIS, ELIZABETH, 1100 UNIVERSITY ST, SEATTLE, WA 98101-2902 | |
| 10925 | HARRIS, ERNEST, 607 E 9TH ST, LOCKPORT, IL 60441 | |
| 10925 | HARRIS, EUGENE, 400 CROMBIE PLACE, ATLANTIC, IA 50022 | |
| 10925 | HARRIS, EVELYN, 4053 LOG CABIN VILL.#A-10, MACON, GA 31204 | |
| 10925 | HARRIS, FABIAN, 11441 CHERRYHILL RD #201, BELTSVILLE, MD 20705 | |
| 10925 | HARRIS, FRANCES, 27615 W HWY 176, WAUCONDA, IL 60084 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HARRIS, FRANK, 1216 S FIFTH ST, AURORA, IL 60505 | |
| 10925 | HARRIS, GARALD, 101 ALLEN ST, WIOTA, IA 50274-1008 | |
| 10925 | HARRIS, GEORGE, 708 ELDERBERRY COURT, NASHVILLE, TN 37217-3858 | |
| 10925 | HARRIS, GILES, 1209 E 8TH ST 52, 52, ATLANTIC, IA 50022-1924 | |
| 10925 | HARRIS, GUY, 11 RIDGEMOOR RD., BALTIMORE, MD 21221 | |
| 10925 | HARRIS, HELEN, 15 SANFORD AVE, W CALDWELL, NJ 07006-7115 | |
| 10925 | HARRIS, HENRIETTA, 824 W QUINCY ST, LAKELAND, FL 33801-1336 | |
| 10925 | HARRIS, HENRY, 4202 AMANDA CIR. #6, MEMPHIS, TN 38128 | |
| 10925 | HARRIS, HUBERT, 1103 SOUTH ST. MARYS, BEEVILLE, TX 78102 | |
| 10925 | HARRIS, HYMAN, 13538 IDLEFIELD LANE, MATTHEWS, NC 28105 | |
| 10925 | HARRIS, J, 2255 DEER TRAIL ROAD, COOPERSBURG, PA 18036-9647 | |
| 10925 | HARRIS, J, 2419 N 149TH ST, OMAHA, NE 68116 | |
| 10925 | HARRIS, J, 824 W. QUINCY ST., LAKELAND, FL 33801 | |
| 10925 | HARRIS, JACK, 445 N MARKET ST, KAYSVILLE, UT 84037 | |
| 10925 | HARRIS, JAMES, 11806 ROSE LANE, RIVERVIEW, FL 33569 | |
| 10925 | HARRIS, JAMES, 21030 LEE RD., FRANKLINTON, LA 70438 | |
| 10925 | HARRIS, JAMES, 212 SE 3RD, LINDSAY, OK 73052 | |
| 10925 | HARRIS, JAMES, 3823 CARVER ST., NEW ALBANY, IN 47150 | |
| 10925 | HARRIS, JAMES, 406 W KIOWA, LINDSAY, OK 73052 | |
| 10925 | HARRIS, JAMES, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | HARRIS, JAMES, 4850 N 45 ST, MILWUAKEE, WI 53218 | |
| 10925 | HARRIS, JAMES, 855 SULPHUR CREEK, MEEKER, CO 81641 | |
| 10925 | HARRIS, JANELLE, 2526 30TH ST SW, AKRON, OH 44314 | |
| 10925 | HARRIS, JASON, POBOX 69214, ODESSA, TX 79764 | |
| 10925 | HARRIS, JEFFERY, 3509 RAINFOREST DR W, JACKSONVILLE, FL 32277 | |
| 10925 | HARRIS, JEROME, 280 NORTHERN AVE, AVONDALE ESTS, GA 30020 | |
| 10925 | HARRIS, JERROLD, 6961 SUNFLECK ROW, COLUMBIA, MD 21045 | |
| 10925 | HARRIS, JERRY, 111 BOWERWOOD DRIVE, CHICKASHA, OK 73018 | |
| 10925 | HARRIS, JESSE, 2229 W 80TH ST, CHICAGO, IL 60620-5908 | |
| 10925 | HARRIS, JESSE, 26 W. 103RD PLACE, CHICAGO, IL 60628 | |
| 10925 | HARRIS, JESSE, BOX 164, MEEKER, CO 81641 | |
| 10925 | HARRIS, JESSICA, 106 WEST 33RD ST, ANNISTON, AL 36201 | |
| 10925 | HARRIS, JILL, 2003 31ST ST, GREELEY, CO 80631 | |
| 10925 | HARRIS, JOEY, 241 EASTVIEW ROAD, PELZER, SC 29669 | |
| 10925 | HARRIS, JOHN B, C/O ELIZABETH M HARRIS, 1100 UNIVERSITY ST #10J, SEATTLE, WA 98101-2888 | |
| 10925 | HARRIS, JOHN, 1100 UNIVERSITY ST, 10J, SEATTLE, WA 98101 | |
| 10925 | HARRIS, JOY, 145 GREENMEADOW DR, TIMONIUM, MD 20193 | |
| 10925 | HARRIS, JOYA, 1550 TRENT BLVD, LEXINGTON, KY 40515 | |
| 10925 | HARRIS, JOYCE, 401 JAN DR, MANTENO, IL 60950 | |
| 10925 | HARRIS, JOYCE, 5818 PORT MONACO DR., APT. C, INDIANAPOLIS, IN 46224 | |
| 10925 | HARRIS, JOYCE, 77 NORWOOD AV, IRVINGTON, NJ 07111 | |
| 10925 | HARRIS, JR, HERBERT, 774 STEVENSON RD, SEVERN, MD 21144 | |
| 10925 | HARRIS, JR, PERCY, 404 MULBERRY ST, WELDON, NC 27890 | |
| 10925 | HARRIS, JULIUS, 26 W. 103RD PLACE, CHICAGO, IL 60628 | |
| 10925 | HARRIS, KATHERINE, 8920C THUMBWOOD CIR, BOYNTON BEACH, FL 33436 | |
| 10925 | HARRIS, KATHERINE, WHITEHALL APTS A15-1, MT HOLLY, NJ 08060 | |
| 10925 | HARRIS, KAY, 118 COUNTY ROAD 3535, FLORA VISTA, NM 87415 | |
| 10925 | HARRIS, LANE, 606 BLANTON PLACE, GREENSBORO, NC 27408 | |
| 10925 | HARRIS, LARRY, 3271 KEARSLEYLAKE, FLINT, MI 48506 | |
| 10925 | HARRIS, LARRY, PO BOX 261, RED OAK, OK 74563 | |
| 10925 | HARRIS, LASHAWN, 9544 BRACE APT 203, DETROIT, MI 48228 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HARRIS, LAURA, 2453 GLENDALE CIRCLE, SMYRNA, GA 30080 | |
| 10925 | HARRIS, LEDENA, 1805 SOMMERS RD, ATHENS, AL 35611 | |
| 10925 | HARRIS, LEZLIE KAY, 211 KELLY LANE, DESOTO, TX 75115 | |
| 10925 | HARRIS, LINDA, 2971 ALBERT LANE, MACON, GA 31204 | |
| 10925 | HARRIS, LISA, 12601 SAINT ANDREWS DRIVE, OKLA. CITY, OK 73120 | |
| 10925 | HARRIS, LLOYD, 3071 TOTIKA COVE, LONGWOOD, FL 32779 | |
| 10925 | HARRIS, LOUIS, 1 LOCUST #119, INGELWOOD, CA 90301 | |
| 10925 | HARRIS, LUCILLE, 8520 WATTERSON TRAIL, LOISVILLE, KY 40299 | |
| 10925 | HARRIS, MARCUS, 208 23RD ST SW, BIRMINGHAM, AL 35211 | |
| 10925 | HARRIS, MARCUS, RT. 2, BOX 126, RICHTON, MS 39476 | |
| 10925 | HARRIS, MARTHA, 3331 LEBLANC, SAN ANTONIO, TX 78247 | |
| 10925 | HARRIS, MARVIN, 3420 HAYES COURT, CHARLOTTE, NC 28205-2120 | |
| 10925 | HARRIS, MARVIN, 5825 DAVIS ROAD, LAKELAND, FL 33810 | |
| 10925 | HARRIS, MARY, 3311 LONGCREEK LN, AUGUSTA, GA 30906 | |
| 10925 | HARRIS, MARY, 6226 LULLWATER DR, DOUGLASVILLE, GA 30135 | |
| 10925 | HARRIS, MELINDA, 9 SOUTH TREMONT ROAD, BALTIMORE, MD 21229 | |
| 10925 | HARRIS, MICHAEL, 15 TIMBER LANE, EVERGREEN, CO 80439 | |
| 10925 | HARRIS, MICHAEL, 204 HOLLY LANE, GREER, SC 29651 | |
| 10925 | HARRIS, MICHAEL, 3925 ALGIERS RD, RANDALLSTOWN, MD 21133 | |
| 10925 | HARRIS, MICHAEL, PO BOX 345, STRATFORD, IA 50249 | |
| 10925 | HARRIS, NATHANIEL, 200 LEVERNE AVE, ALEXANDRIA, VA 22305 | |
| 10925 | HARRIS, PATRICE, 56 CHURCHILL AVE, ARLINGTON, MA 02174 | |
| 10925 | HARRIS, PATRICIA, 6444 GRAMDVOEW DR., INDIANAPOLIS, IN 46260 | |
| 10925 | HARRIS, PATRICK, 819 N 2ND ST, READING, PA 19601-2501 | |
| 10925 | HARRIS, PEGGY, BOX 3608-606 2ND, ARCADIA, LA 71001 | |
| 10925 | HARRIS, PERCY, 833 SIXTH ST, NEW ORLEANS, LA 70130 | |
| 10925 | HARRIS, PHD, MICHAEL T, 2611 HAWKSHEAD CT., SILVER SPRING, MD 20904 | |
| 10925 | HARRIS, PORTIA, 1651 KNOLLWOOD, MOBILE, AL 36609 | |
| 10925 | HARRIS, R., 3101 SYCAMORE, ROWLETT, TX 75088 | |
| 10925 | HARRIS, RANDY, 11551 LAUREL WALK DR, LAUREL, MD 20708 | |
| 10925 | HARRIS, RAYMOND, 3228 CONIINE DRIVE WEST, WINTER HAVEN, FL 33881 | |
| 10925 | HARRIS, REGINA, 3720 WESTERN WAY, MACON, GA 31206 | |
| 10925 | HARRIS, REGINALD, 10 THRIFT ST, GREENVILLE, SC 29609 | |
| 10925 | HARRIS, REMONA, 4611 COMANCHE, MIDLAND, TX 79703 | |
| 10925 | HARRIS, RICHARD, 5000 PERSIMMON DRIVE, READING, PA 19606-3422 | |
| 10925 | HARRIS, RICHARD, RT. 1, BOX 494, ANGIE, LA 70426 | |
| 10925 | HARRIS, ROBERT B, 17738 WOODVIEW TERRACE, BOCA RATON, FL 33487 | |
| 10925 | HARRIS, ROBERT, 109 HANOVER DRIVE, DAPHNE, AL 36526 | |
| 10925 | HARRIS, ROBERT, 19209 SABAL LAKE DR, BOCA RATON, FL 33434 | |
| 10925 | HARRIS, ROBERT, 2710 THE ALAMEDA, BALTIMORE, MD 21218 | |
| 10925 | HARRIS, ROBERT, 8800 NW 3RD CT, CORAL SPRINGS, FL 33071-7404 | |
| 10925 | HARRIS, ROBERT, PO BOX 382, SONORA, TX 76950 | |
| 10925 | HARRIS, ROGETTE, 3101 SYCAMORE, ROWLETT, TX 75088 | |
| 10925 | HARRIS, ROME, 3418 VARGAS CIRCLE, WINDSOR MILL, MD 21244 | |
| 10925 | HARRIS, RONALD, R. D. #2, CATO, NY 13033 | |
| 10925 | HARRIS, ROXANNE, 406 LOTUS DR, FAYETTEVILLE, NC 28303 | |
| 10925 | HARRIS, RUDOLPH, 114 W ST NW, WASHINGTON, DC 20001 | |
| 10925 | HARRIS, RUTH, 7525 NW 61ST TERRACE#202, PARKLAND, FL 33067 | |
| 10925 | HARRIS, SAMUEL, 2210 ELMWOOD DRIVE, ARLINGTON, TX 76010 | |
| 10925 | HARRIS, SANDRA, 1521 ANDOVER AVE, GREENSBORO, NC 27405 | |
| 10925 | HARRIS, SHANNON, 4181 MILLBRANCH APT #4, MEMPHIS, TN 38116 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HARRIS, SHARON, 1409 ROCKCUT RD., FOREST PARK, GA 30050

10925   HARRIS, SHAWN, 1409 ROPER MOUNTAIN RD APT 496, GREENVILLE, SC 29615

10925   HARRIS, SHELBA, RT 1 BOX 21, BRIDGEPORT, TX 76426

10925   HARRIS, SHIRLENE, 1108 NORTH 28TH, WACO, TX 76708

10925   HARRIS, SONYA, 446 LEVI ROAD, MEMPHIS, TN 38109

10925   HARRIS, SR, GEORGE, 1390 W RIVER RD, GREEN COVE SP, FL 32043

10925   HARRIS, STACEY, 13932 LYNN ST, WALKER, LA 70785

10925   HARRIS, STEVE, 531 CRESTRIDGE COURT, STONE MOUNTAIN, GA 30083

10925   HARRIS, STEVE, 9368 TOVITO DR, FAIRFAX, VA 22031

10925   HARRIS, SUE, RT 1, BOX 135, KERENS, TX 75144

10925   HARRIS, SUSAN, 22479 MARTELLA AVE, BOCA RATON, FL 33433

10925   HARRIS, SUSIE, 416 MULBERRY ST, WELDON, NC 27890

10925   HARRIS, TANISHA, 6101 ATLANTA DR, CHATTANOOGA, TN 37421

10925   HARRIS, TAWNYA, 112 RICHMOND ST, PLAINFIELD, NJ 07060

10925   HARRIS, THARON, 2400 LOWE ST, ATLANTA, GA 30318

10925   HARRIS, THOMAS, 307 E MAGNOLIA, IOWA PARK, TX 76367

10925   HARRIS, THOMAS, 33 LANDWOOD AVE, GREENVILLE, SC 29607

10925   HARRIS, TIM, 19100 SE 29TH, HARRAH, OK 73045

10925   HARRIS, TIMOTHY, 2970 MORRIS DRIVE, BARTOW, FL 33830

10925   HARRIS, TORIN, 5826 PORT IRVING APT. D, INDIANAPOLIS, IN 46268

10925   HARRIS, TRACY, 8520 WATTERSON TRAIL, LOUISVILLE, KY 40299

10925   HARRIS, TRAVIS, 521 WEST 3RD, BURKBURNETT, TX 76354

10925   HARRIS, VELNOR, 15701 LOWER TREES POINT LANE, CHARLES CITY, VA 23030

10925   HARRIS, VICTORIA, 51 WEST POLLUX CIR, PORTSMOUTH, VA 23701

10925   HARRIS, WANDA, 3552 ARTHUR ROAD, CRETE, IL 60417

10925   HARRIS, WILLIAM, 127 DATE AVE, 148, IMPERIAL BEACH, CA 91932

10925   HARRIS, WILLIAM, 298 CANTERBURY RD #A ENGLISH COUNTY MANOR, BEL AIR, MD 21014-9000

10925   HARRIS, WILLIAM, 4801 HAYDEN BRIDGE ROAD, OWENSBORO, KY 42301-9313

10925   HARRIS, WILLIE MAE, ROUTE 3, BOX 555, WASHINGTON, NC 27889

10925   HARRIS, WILLIE, 706 TOWERING OAKS COURT, GLEN BURNIE, MD 21061

10924   HARRISBURG  HOSPITAL, 32 PLU, STREET, TRENTON, NJ 08638

10924   HARRISBURG HOSPITAL PHASE 8E, C/O NOVINGER'S, C/O TRENTON WHSE, 32 PLUM STREET, TRENTON, NJ 08638

10924   HARRISBURG HOSPITAL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   HARRISBURG PATROIT, 95 SO WILSON AVENUE, ELIZABETHTOWN, PA 17022

10924   HARRISBURG STEAM WORKS LTD, 9TH AND WALNUT ST, HARRISBURG, PA 17101

10924   HARRISBURG STEAM WORKS, 9TH & WALNUT ST, HARRISBURG, PA 17101

10924   HARRIS-LEBANON WAREHOUSE, 509 BADDOUR PKWY WEST, LEBANON, TN 37087

10925   HARRISON & SON, 710 KELLY RD, WOODRUFF, SC 29388

10925   HARRISON CO PUBLISHERS, PO BOX 7500, NORCROSS, GA 30091-7500

10925   HARRISON COUNTY TAX COLLECTOR, PO BOX 448, BILOXI, MS 39533

10925   HARRISON DEGARMO, ONE DANIEL BURNHAM COURT, SUITE 220C, SAN FRANCISCO, CA 94109

10925   HARRISON EQUIPMENT CO., 8230 S. 192ND ST, KENT, WA 98032-1196

10925   HARRISON HERRON, 2180 MONROE AVE, ROCHESTER, NY 14618

10925   HARRISON JR, J SMITH, 704 E SPRINGS RD, COLUMBIA, SC 29223-7030

10925   HARRISON JT TEN, DONALD F & FRANCES E, 1496 SPINEL PLACE, LIVERMORE, CA 94550

10925   HARRISON JUDD, 19 COURT ST., NEW HAVEN, CT 06511

10925   HARRISON KEMP JONES CHARTERERED, 3800 HOWARD HUGHES PKWY, #1700, LAS VEGAS, NV 89109

10925   HARRISON MACHINE SHOP & WELDING INC, 806 S KANSAS AVE, OLATHE, KS 66061

10924   HARRISON PAINT CORP., 1329 HARRISON AVENUE S.W., CANTON, OH 44706

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | HARRISON PAINT CORP., PO BOX 8470, CANTON, OH 44711 | |
| 10924 | HARRISON READY MIX CONC. & SUPPLY, 129 DERBY BLVD., HARRISON, OH 45030 | |
| 10924 | HARRISON READY MIX CONC. & SUPPLY, 1-74 & DRY FORK ROAD, HARRISON, OH 45030 | |
| 10925 | HARRISON SUPPLY COMPANY, 800 PASSAIC AVE, HARRISON, NJ 07029 | |
| 10925 | HARRISON TRANSPORTATION, 621 MAIN ST, WALTHAM, MA 02154 | |
| 10925 | HARRISON VICKERS, 280 STRICKLAND DR, ORANGE, TX 77630 | |
| 10924 | HARRISON WESTERN, 1208 QUAIL STREET, LAKEWOOD, CO 80215 | |
| 10925 | HARRISON, ALBERT, 15 ELLESMERE DR, GREENVILLE, SC 29615 | |
| 10925 | HARRISON, ALFRED, ROUTE 1, BOX 238FF, CAMBRIDGE, MD 21613-0000 | |
| 10925 | HARRISON, ANGELA, 130 CRESTWOOD CIRCLE, COMMERCE, GA 30529 | |
| 10925 | HARRISON, ANNA, 19637 MARIPOSA AVE., PERRIS, CA 92370 | |
| 10925 | HARRISON, BARBARA, 5730 PEGASUS, SUN VALLEY, NV 89433 | |
| 10925 | HARRISON, BENJAMIN, 881 WISCONSIN, SAN FRANCISCO, CA 94107 | |
| 10925 | HARRISON, BEVERLEY, 903 WENWOOD CIRCLE, GREENVILLE, SC 29607 | |
| 10925 | HARRISON, BILLY, 158 MOUNTAIN ROAD, OHATCHEE, AL 36271 | |
| 10925 | HARRISON, BURRIS, 1804 N. WASHINGTON, AMARILLO, TX 79107 | |
| 10925 | HARRISON, C, 34 DOWLING CIRCLE APT #A4, TOWSON, MD 21234 | |
| 10925 | HARRISON, CARMEN, 5082 WINDMILL RD, ROCKWELL, NC 28138 | |
| 10925 | HARRISON, CATHY, 8310 BONNER, HOUSTON, TX 77017 | |
| 10925 | HARRISON, CHARLES, 303 SANDPIPER, LONG BEACH, CA 90803 | |
| 10925 | HARRISON, CHARLES, 508 JEWEL ST., ROANOKE RAPIDS, NC 27870 | |
| 10925 | HARRISON, CHRISTOPHER, 600 N FORD AVE #110, WILMINGTON, DE 19805 | |
| 10925 | HARRISON, DAVID, 131 SOUTH ST, BROOKLINE, MA 02167 | |
| 10925 | HARRISON, DAVID, 337 EAGLE HARBOR S., LAUREL, MD 20724 | |
| 10925 | HARRISON, DONALD, 8259 WALDORF LN #B, INDIANAPOLIS, IN 46268 | |
| 10925 | HARRISON, DONALD, 85 COWDRAY PARK, COLUMBIA, SC 29223 | |
| 10925 | HARRISON, DOUG, 6312 PINEFIELD RD, COLUMBIA, SC 29206 | |
| 10925 | HARRISON, DOUGLAS, 203 S CROCKETT, HENRIETTA, TX 76365 | |
| 10925 | HARRISON, EDDIE, 300 SAN JACINTO, ODESSA,, TX 79762 | |
| 10925 | HARRISON, EDWARD, 12 ANTIOCH DRIVE, GREENVILLE, SC 29605 | |
| 10925 | HARRISON, ELIZABETH, 9158 MAGENTA DRIVE, BOYNTON BEACH, FL 33437 | |
| 10925 | HARRISON, GAIL, 85 COWDRAY PARK, COLUMBIA, SC 29223 | |
| 10925 | HARRISON, GLEN, 4274 S 1500 EAST, VERNAL, UT 84078 | |
| 10925 | HARRISON, GRETA, 213 HARBOR DRIVE, SENECA, SC 29678 | |
| 10925 | HARRISON, HOWARD, 426 ABERDEEN CT. SOUTH, LAKELAND, FL 33813 | |
| 10925 | HARRISON, III, 3597 BLUFF COURT, MARIETTA, GA 30062 | |
| 10925 | HARRISON, III, DONALD B, 5451-C STRAWBERRY HILL DR., CHARLOTTE, NC 28211 | |
| 10925 | HARRISON, JACKOLYN, PO BOX 131, MCHENRY, IL 60051 | |
| 10925 | HARRISON, JILL, 25 SAINT ANDREWS ROAD, SEVERNA PARK, MD 21146 | |
| 10925 | HARRISON, JR, RICHARD, 13 ALBERGE LANE, BALTIMORE, MD 21220 | |
| 10925 | HARRISON, JUDIA, 3288 E SUMMIT PT # H, NORCROSS, GA 30092 | |
| 10925 | HARRISON, KATHLEEN, 200 MEADOWLAWNROAD, CHEEKTOWAGA, NY 14225 | |
| 10925 | HARRISON, KENYA, 7216 LELAND LN, JONESBORO, GA 30236 | |
| 10925 | HARRISON, KERVIN, 9535 SVL BOX, VICTORVILLE, CA 92392 | |
| 10925 | HARRISON, KIM, PO BOX 400867, HESPERIA, CA 92345 | |
| 10925 | HARRISON, LIZA, 306 EAST LITTLETON RD, ROANOKE RAPIDS, NC 27870 | |
| 10925 | HARRISON, LORI, 130 SUNRISE DRIVE, UNION, SC 29379 | |
| 10925 | HARRISON, MICHAEL, 425 SUMMER HILL DRIVE, SUN VALLEY, NV 89433 | |
| 10925 | HARRISON, MICHAEL, 425 SUMMERHILL DRIVE, SPARKS, NV 89433 | |
| 10925 | HARRISON, MICHAEL, PO BOX 55, VERO BEACH, FL 32961 | |
| 10925 | HARRISON, MILDRED, 216 LEAKE ST, MAULDIN, SC 29662 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HARRISON, PHYLLIS, 310 EAST BEARDEN ST, GREER, SC 29651

10925   HARRISON, RICHARD, 2405 PARROTT, WACO, TX 76707

10925   HARRISON, RODGER, 25 ST. ANDREW ROAD, SEVERNA PARK, MD 21146

10925   HARRISON, RODNEY, 300 KEOWEE TRAIL, SENECA, SC 29678

10925   HARRISON, ROGER P, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   HARRISON, ROSALIE, 4113 CRITTENDEN ST, HYATTSVILLE, MD 20781

10925   HARRISON, SABRINA, 2070 HAMPSTEAD DR., COLUMBUS, OH 43229

10925   HARRISON, SANDRA, 34 UPLAND ST, LYMAN, SC 29365-1613

10925   HARRISON, SR, JERRY, 2330 S ROOSEVELT, LAKE CHARLES, LA 70601

10925   HARRISON, SUSAN, 5672 ROCK ISLAND RD, TAMARAC, FL 33319

10925   HARRISON, TALMON, 3 HOMEPLACE CT, SIMPSONVILLE, SC 29680

10925   HARRISON, TAMARA, 1805 W BARROW DR, CHANDLER, AZ 85224

10925   HARRISON, TERRY L, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   HARRISON, TERRY, 41 THOREAU ST, NORTHBORO, MA 01532

10925   HARRISON, TIMOTHY, 542.5 LININGER LANE, DICKINSON, TX 77539

10925   HARRISON, TRACY, 5144 REDBUD ROAD., FREDERICKSBURG, VA 22407

10925   HARRISON, VAN, 4220 PALM DRIVE, BARTOW, FL 33830

10925   HARRISON, VAN, 9 WALTER ST, MADISON, WI 53714

10925   HARRISON, VERONICA, 7066 MELTING SHADOWS LANE, COLUMBIA, MD 21045

10925   HARRISON, VETRA, 618 W. 26TH ST, WILMINGTON, DE 19802

10925   HARRISON, WILLIAM, 20 MYRICK DR, FALMOUTH, MA 02540

10925   HARRISON-ELLI, ANSAHARA, 4639 PATICIANSTER., WILMINGTON, DE 19808

10925   HARRISON-HAGER INC, 19 MIDSTATE DRIVE, AUBURN, MA 01501

10925   HARRISS JR, MEADER W, 1005 MONTAGUE COURT, SANFORD, NC 27330-9430

10925   HARROLD, DALE, 6720 PACIFIC ST, OMAHA, NE 68106-1145

10925   HARROLD, LISA, 9410-A CANFIELD CT, ST. LOUIS, MO 63136

10925   HARROLD, MICHAEL, 261 BRYAN ST, GREEN BAY, WI 54301

10925   HARRON, ELLEN, 301 FERN AVE, WESTMONT, NJ 08108

10925   HARROWER, LARRY, ROUTE 1 BOX 1120, WILBURTON, OK 74578

10925   HARRY A ESCHENBACH, 55 HAYDEN AVE, LEXINGTON, MA 02713

10925   HARRY A MATTHEWS &, LILLIAN F MATTHEWS TEN ENT, C/O MARION MURPHY, 152 GLENDALE
        AVE, HARTFORD, CT 06106-3004

10924   HARRY A. LOWRY & ASSOC., 11684 TUXFORD STREET, SUN VALLEY, CA 91352

10924   HARRY A. LOWRY & ASSOC., 3440 DEPOT ROAD, HAYWARD, CA 94545

10925   HARRY B GOOBY & EULA H GOOBY, TR UA FEB 9 96 HARRY B GOOBY &, EULA H GOOBY
        REVOCABLE TRUST, 7706 E PLEASANT RUN, SCOTTSDALE, AZ 85258-3197

10925   HARRY BARON, 405 WALNUT AVE, CRANFORD, NJ 07016-2966

10925   HARRY C ESPEY, INC, 1914 PINE KNOB RD., SYKESVILLE, MD 21784

10925   HARRY C ESPEY, INC, 7416 WINDSOR MILL RD., BALTIMORE, MD 21244-2843

10925   HARRY C GAMBLE &, MILDRED D GAMBLE JT TEN, 2916 DEBRECK AVE, CINCINNATI, OH 45211-7804

10925   HARRY C GOLDBY, 825 N HANOVER ST 110, CARLISLE, PA 17013-1539

10925   HARRY C PAULING, 60 FRANKLIN RD, TEANECK, NJ 07666-5917

10925   HARRY CAGIN, 14 POWELL DR, WEST ORANGE, NJ 07052-1332

10925   HARRY CHIAMULERA &, DIAN N CHIAMULERA JT TEN, 508 THIRD AVE, PELHAM, NY 10803-1120

10925   HARRY DAVIS JR &, MARGARET DAVIS JT TEN, 35 BARTLET AVE, STATEN ISLAND, NY 10312-3843

10925   HARRY DEYOE, 3324 W 74TH ST, PRAIRIE VILLAGE, KS 66208-3237

10925   HARRY E PIERSON, 6 WOODEDGE RD, PLANDOME, NY 11030

10925   HARRY E. PIERSON, 9 WOODEDGE ROAD, PLANDOME, NY 11030

10925   HARRY EDGAR PIERSOL &, HELEN ELSIE PIERSOL JT TEN, 1350 CAMBRIDGE DR, CLEARWATER,
        FL 33756-1338

10925   HARRY EWERS & SONS, INC, 3512 WOODFORD RD., CINCINNATI, OH 45213

10925   HARRY FLYNN &, MARY FLYNN JT TEN, 1001 CHESTNUT LANE, EDMOND, OK 73034-8020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HARRY G COLLINS &, HARRIET H COLLINS JT TEN, 974 HELEN AVE, LANCASTER, PA 17601-5112

10925   HARRY GOLDBERG &, BARBARA GOLDBERG JT TEN, B43 BRIAR HOUSE, 8302 OLD YORK ROAD, ELKINS PARK, PA 19027-1522

10925   HARRY GRAU & SONS INC, JAMES GRAU PRES, 112 NORTH ST, 730 E NINTH ST, WILDER NEWPORT, KY 41701

10925   HARRY GRAU & SONS INC, JAMES GRAU PRES, 730 EAST NINTH ST, NEWPORT, KY 41071

10924   HARRY GRODSKY C/O DEERFIELD ACAD, DINING HALL-MAIN ST, DEERFIELD, MA 01342

10925   HARRY H. TORMEY, 2103 RIVERSIDE DR., LEAGUE CITY, TX 77573

10925   HARRY HECKMAN, 3629 SANTA FE ST, CORPUS CHRISTI, TX 78411-1323

10925   HARRY HOLLAND & SON, 7050 HIGH GROVE BLVD., BURR RIDGE, IL 60521

10925   HARRY J PACKER, 1117 BROADMOOR DR, DAYTON, OH 45419-2811

10925   HARRY J VERLATO JR & MARGARET, ANN VERLATO TEN ENT, 5614 APPOMATTOX RD, DAVENPORT, IA 52806-2352

10925   HARRY J. KLOEPPEL, 1832 JOHNS DR, GLENVIEW, IL 60025-1657

10925   HARRY JARVIS &, KENNETH E ALLEN JR JT TEN, 215 SMYTHE DR, SUMMERVILLE, SC 29485-3418

10925   HARRY K LARGEN & CONSTANCE B, LARGEN JT TEN, 2123 SYCAMORE DR, BOWLING GREEN, KY 42104-3868

10925   HARRY KALANSKY &, KATHY KALANSKY JT TEN, 23 HASTINGS ST, DIX HILLS, NY 11746-6916

10925   HARRY KOMPA, 6260 PEARL RD 524, CLEVELAND, OH 44130-3039

10925   HARRY L BEILAU, PO BOX 13702, KANSAS CITY, MO 64199-3702

10925   HARRY LEE SHERIFF &, PO BOX 130, GRETNA, LA 70054

10925   HARRY LEWIS CHEN, 781 NORTH WILTON RD, NEW CANAAN, CT 06840-2421

10925   HARRY M EDWARDS &, ELEANOR M EDWARDS JT TEN, 505 SULLIVAN ROAD, GREENFIELD, TN 38230-6716

10925   HARRY P SEEBACK &, JEAN E SEEBACK TEN ENT, 6416 TISDALE TERR, BETHESDA, MD 20817-1658

10925   HARRY PARKER &, JOYCE PARKER JT TEN, 1585 IDLEWILD, RICHLAND, MI 49083-9360

10925   HARRY R HOPPE, 1977 SEARL CT, EAST LANSING, MI 48823-3897

10925   HARRY R WHITE CUST KRIS WHITE, UNIF GIFT MIN ACT NY, C/O KRIS WHITE, 80 TOILSOME LANE, EAST HAMPTON, NY 11937-3225

10925   HARRY S RINKER TR UA AUG 6 68, RODE H RINKER & KENNETH C RINKER, TRUST, PO BOX 7250, NEWPORT BEACH, CA 92658-7250

10925   HARRY S WINCA, 1620 WINDROW LANE, BROADVIEW HEIGHTS, OH 44147-3285

10925   HARRY SCHONBERGER &, MICHELLE ROBIN SCHONBERGER JT TEN, 59-B TROY DR, SPRINGFIELD, NJ 07081-2031

10924   HARRY T. WILLIAMS LUMBER, 1752 BORDER AVE, TORRANCE, CA 90501

10924   HARRY T. WILLIAMS LUMBER, CAMBRIDGE, MA 02140

10925   HARRY V WADE JR TR, UA APR 8 93, HARRY V WADE JR TRUST, 12573 MEDALIST PKWY, CARMEL, IN 46033-8934

10925   HARRY W GABRIEL, 11101 S E MARKET ST, PORTLAND, OR 97216-3553

10925   HARRY W GAFFNEY & CO., PO BOX 1066, WILLOW GROVE, PA 19090

10925   HARRY W SCHWARTZ BOOKSHOP, 209 E WISCONSIN AVE, MILWAUKEE, WI 53202

10924   HARRY WELLNITZ CO, 1355 MCKINLY ST, COLUMBUS, OH 43222

10924   HARRY WELLNITZ COMPANY, 1355 MCKINLY AVE., COLUMBUS, OH 43222

10925   HARRY WILLIAMS, 5099 WEST MONROE ST, CHICAGO, IL 60644

10925   HARRY ZILER, ROUTE 1, GOLDEN CITY, MO 64748-9803

10925   HARRY, CHRISTINE, 1032 SUMMERWOOD CR, WEST PALM BCH, FL 33414

10925   HARRY, CRYSTAL, 6800 GLENDALE, METAIRE, LA 70003

10925   HARRY, RONALD, 18 HANFORD DRIVE, HARMANS, MD 21077

10925   HARRY, TERRY, RT. 1 BOX 34A, LEESVILLE, LA 71446

10925   HARRYMAN, ANNABELL, 919 DORKING ROAD, GLEN BURNIE, MD 21061

10925   HARRYMAN, TERRY, 705 EAST MAIN, CUERO, TX 77954

10925   HARRYS TRANSPORT EQUIPMENT, 227 S W 29TH ST, FORT LAUDERDALE, FL 33315

10925   HARSCH, JAMIE, 224 FOREST DR., JEFFERSONVILLE, IN 47130

10925   HARSDORFF, JOEY, 329 BURMUDA ST, NEW ORLEANS, LA 70014

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  HARSH, BONITA, 7102 MELSTONE VALLEY, MARRIOTTSVILL, MD 21104

10925  HARSHAW, CHERAMIE, 1420 EAST-WEST HWY, HYATTSVILLE, MD 20783

10925  HARSHAW/FILTROL PARTNERSHIP, 3400 BANK ST, LOUISVILLE, KY 40212

10925  HARSHAW/FILTROL PARTNERSHIP, 6801 COCHRAN RD, SOLON, OH 44139

10924  HARSHAW/FILTROL, 23800 MERCANTILE ROAD, SOLON, OH 44139

10924  HARSHAW/FILTROL, PO BOX 39189, SOLON, OH 44139

10925  HARSHELL, RICHARD, 25 LONGVIEW TRAILER CT, NEW DERRY, PA 15671

10925  HARSHMAN, MICHELE, BOX 140, MATHER, PA 15346

10925  HARSHMAN, SHERI, 515 BROOKFORD DR, MISSOURI CITY, TX 77459

10925  HARST, VALERIE, 6082 ISLAND DR NW, CANTON, OH 44713

10925  HARSTON, GREGORY, 3416 58TH ST, LUBBOCK, TX 79413

10925  HARSY, STEPHEN, 4600 EDGEWOOD CT., MIDDLETON, WI 53562

10925  HART BENEFIT SERVICES, 16025 TRENTON ROAD, UPPERCO, MD 21155

10925  HART GRAPHICS INC., PO BOX 550, AUSTIN, TX 78789-0941

10925  HART INDUSTRIES INC, DEPT #624, CINCINNATI, OH 45269

10925  HART IV, JAMES, 12 TERRACE HALL AVE, BURLINGTON, MA 01803

10925  HART JR., ERNEST, PO BOX 141, MAGAZINE, AR 72943

10925  HART PUBLICATIONS, INC, 4545 POST OAK PL. STE210, HOUSTON, TX 77027

10925  HART PUBLICATIONS, INC, 7811 MONTROSE RD., POTOMAC, MD 20897-5400

10925  HART SR, T, 1021 SE 40TH, OKLAHOMA CITY, OK 73129

10925  HART, BRENDA, RT 4, BOX 332, COMMERCE, GA 30529

10925  HART, D, 9110 VILLAGE DRIVE, SAN ANTONIO, TX 78217

10925  HART, DANIEL, 2997 PATAPSCO RD, FINKSBURG, MD 21048

10925  HART, DANIEL, 33 MAIN ST, NORTHBORO, MA 01532

10925  HART, DAVID S, 22 GARDENA ST APT 3, BRIGHTON, MA 02135

10925  HART, DAVID, 141 ELM ST APT. #2, SOMERVILLE, MA 02144

10925  HART, DAVID, 632 HOWLANDVILLE RD (APT #6), WARRENVILLE, SC 29851

10925  HART, DEBORAH, ROUTE 2 BOX 283, RIDGEVILLE, IN 47380

10925  HART, DOLORES, 1817 W CAMPLAIN RD, MANVILLE, NJ 08835

10925  HART, DONNA, 373 STONE MT. ST, LAWRENCEVILLE, GA 30245

10925  HART, DONNA, 4612 WOODLAKE DRIVE, ALLISON PARK, PA 15101

10925  HART, ERNIE, 7116 SOUTH KLEIN, OKLAHOMA CITY, OK 73139

10925  HART, GERI, 9619 CYPRESS PKY, BOYNTON BEACH, FL 33437

10925  HART, GLORIA, 3715 RAINBOW DR #404, GADSDEN, AL 35901

10925  HART, GREGORY, 2301 JEFF. DAVIS HWY #1426, ARLINGTON, VA 22202

10925  HART, GREGORY, 4403 HICKORYNUT DRIVE, MCHENRY, IL 60050

10925  HART, IDA L, 2702 MEADOW PARK DR, GARLAND, TX 75042

10925  HART, INC, 320 NEW STOCK RD., ASHEVILLE, NC 28804

10925  HART, JAMES, 3689 SEABROOK ISLAND RD, SEABROOK ISLAND, SC 29455

10925  HART, JR, EDWARD, 4401-N SUNCOAST BLVD #5, CRYSTAL RIVER, FL 32629

10925  HART, JUDY, 2563 E GEORGIA RD, SIMPSONVILLE, SC 29681

10925  HART, KATHERINE, 6814 FORT SMALLWOOD ROAD, BALTIMORE, MD 21226

10925  HART, KATHLEEN, 601 CRESTVIEW RD, PHILEDLEPHIA, PA 19128

10925  HART, KENDRA, 405 LANDIS ST, COOPERBURG, PA 18036

10925  HART, LARRY, 2563 E GEORGIA RD, SIMPSONVILLE, SC 29681

10925  HART, LARRY, 5510 13TH APT A, LUBBOCK, TX 79416

10925  HART, LINDA, 5510 A 13TH, LUBBOCK, TX 78416

10925  HART, LORENE, 5 BURNHAM PLACE, MORRIS PLAINS, NJ 07950

10925  HART, MARIANNE, 1836 DARK ROAD, CAMBRIDGE, MD 21613

10925  HART, MARTY, D-4 HICKORY CIRCLE, ST. MARYS, GA 31558

10925  HART, MARY ANN, 1379 JONAS AVE, SACRAMENTO, CA 95864

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HART, MELISSA, 308 FIESTA, MIDLAND, TX 79701

10925    HART, MICHAEL C, 590 ARSENE LEBLEU RD., LAKE CHARLES, LA 70607

10925    HART, MICHAEL, 3901 ALLSTON ST, ANDERSON, SC 29624

10925    HART, MICHAEL, 501 BELTON DR APT A, WILLIAMSTON, SC 29697

10925    HART, MICHAEL, 6721 SUNMEADOW LANE, LAKE CHARLES, LA 70605

10925    HART, RANDY, 129 LAKE WASHINGTON DR, WASHINGTON, MO 63090

10925    HART, REMY, 4621 LAMONT ST., SAN DIEGO, CA 92109

10925    HART, RICHARD, 1630 BOLTON ST., BALTIMORE, MD 21217

10925    HART, ROBYNE, RR #1, BOX 1310, VILLARIDGE, IL 62996

10925    HART, ROGER, 100 WEST MARLEY DR, SIMPSONVILLE, SC 29681

10925    HART, SALLY, 534 BOXWOOD ST, HUDSON, NC 28638

10925    HART, SANDRA, 1308 DOGWOOD R, GIBSONVILLE, NC 27247

10925    HART, SHANE, 10222 SAGEMILL, HOUSTON, TX 77089

10925    HART, SHARON, 1167 HASTINGS ST, GREEN BAY, WI 54301

10925    HART, SHARON, 16021 NW 18 PL., MIAMI, FL 33054

10925    HART, SONNY, ASHLEY ROAD PO BOX 607, FOUNTAIN INN, SC 29644

10925    HART, STEVEN, 2510 THOMAS MCCALL LANE, MCDAVID, FL 32568

10925    HART, SUSAN, 106 HIBBERT ST., ARLINGTON, MA 02476

10925    HART, SUZANNE, 1231 REECE ROAD, CHARLOTTE, NC 28209

10925    HART, TIA, 2481 SAUCON DR, CENTER VALLEY, PA 18034

10925    HART, TIMOTHY, 127 CORTLAND LANE, BEDMINSTER, NJ 07921

10925    HARTBURG, DIANA MARIE, 948 WALDEN AVE., BUFFALO, NY 14211

10925    HARTDEGEN, FRANK, 2178 N SADDLEWOOD RCH, TUCSON, AZ 85745

10925    HARTEAU, CHRISTOPHER, 9090 CTY J, FORESTVILLE, WI 54213

10925    HARTENBERGER, MARYANN, 169 S. 66TH ST, MILWAUKEE, WI 53214

10925    HARTENSTEIN, JOHN, 94 PEARSON AVE #2, SOMERVILLE, MA 02144

10925    HARTENSTEIN, RUDOLPH, 242 WHITE ST, LUNENBURG, MA 01462

10925    HARTENSTEIN, THEODORE, 242 WHITE ST, LUNENBURG, MA 01462

10925    HARTER, DAVID PAUL, 3787 E LITTLE COTTONWOOD LN, SANDY, UT 84092-6055

10925    HARTER, GLENN, 1660-7 STONEHAVEN DR, BOYNTON BEACH, FL 33436

10924    HARTFIELD INTERNATIONAL AIRPORT, BAGGAGE INFIELD, ATLANTA, GA 30320

10925    HARTFIELD JR, OSCAR, 108 GENISIS ST, DENHAM SPRINGS, LA 70726

10925    HARTFIELD, ERIC, 14 WING CT., CHEEKTONAGA, NY 14225

10925    HARTFIELD, JO, 2355 BRICKYARD, BEAUMONT, TX 77703

10924    HARTFORD CENTRAL LIBRARY, 500 MAIN STREET, HARTFORD, CT 06103

10924    HARTFORD CONCRETE PROD, 1400 NORTH WABASH AVE, HARTFORD CITY, IN 47348

10924    HARTFORD CONCRETE PROD, P O BOX 660, HARTFORD CITY, IN 47348

10924    HARTFORD CONCRETE PROD, PO BOX660, HARTFORD CITY, IN 47348

10925    HARTFORD COURANT, THE, 285 BROAD ST, HARTFORD, CT 06115-2510

10924    HARTFORD HOSPITAL, 80 SEYMOUR STREET, HARTFORD, CT 06102

10925    HARTFORD PHYSICIAN SERVICES PC, PO BOX 1469, HARTFORD, CT 06144-1469

10925    HARTFORD STEAM BOILER, THE, PO BPX 8500 S-1890, PHILADELPHIA, PA 19178-1890

10925    HARTFORD TRUCK REPAIR & TOWING, RR1 BOX 2084, SANFORD, ME 04073

10925    HARTFORD, 50 GLENLAKE PKWY, ATLANTA, GA 30328

10925    HARTFORD, NEAL, 1983 20TH RD, CENTRAL CITY, NE 68826

10925    HARTGRAVE, JOE, BOX 201, OXFORD, IA 52322

10925    HARTGRAVE, TERRY, 3703 CYNTHIA LANE, FAIRFAX, IA 52228

10925    HARTHEIMER, LINDA, 413 GLENDALE RD, NORTHVALE, NJ 07647

10925    HARTIGAN, SUSAN, 50 SADDLE RIDGE ROAD, MILTON, MA 02186

10924    HARTIN PAINT CORP., 225 BROAD STREET, CARLSTADT, NJ 07072

10924    HARTIN PAINT CORPORATION, 225 BROAD STREET, CARLSTADT, NJ 07072

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HARTIN, DONNA, 3135 PINETUCKY RD N, MOBILE, AL 36618

10925   HARTINGTON CONCRETE INC, PO BOX138, HARTINGTON, NE 68739

10924   HARTINGTON CONCRETE, 2 MILES EAST OF NIOBRARA, NIOBRARA, NE 68760

10924   HARTINGTON CONCRETE, HARTINGTON, NE 68739

10924   HARTINGTON CONCRETE, HWY 15 NORTH, PIERCE, NE 68767

10924   HARTINGTON CONCRETE, NORTH HWY 15, HARTINGTON, NE 68739

10924   HARTINGTON CONCRETE, PO BOX138, HARTINGTON, NE 68739-0138

10925   HARTKEMEYER, NORMA, 109 MARSH PLACE NORTH, ST AUGUST. BCH, FL 32084

10925   HARTKINS CHRISTOWN #2, SMITH & GREEN, PHOENIX, AZ 85001

10924   HARTLAND CONCRETE, 233 N BROADWAY, BLOOMFIELD, NE 68718

10924   HARTLAND CONCRETE, INTERSECTION HWY 20 & HWY 121 SE, OSMOND, NE 68765

10924   HARTLAND CONCRETE, NORFOLK, NE 68701

10925   HARTLEY JR., LEROY, 1433 PINE RIDGE, BUSHKILL, PA 18324

10925   HARTLEY OBRIEN, 827 MAIN ST, WHEELING, WV 26003

10925   HARTLEY, 35 WEST 9TH ST, LOWELL, MA 01850

10925   HARTLEY, CHESTER, 1410 SLEEPLY HOLLOW RD, PENNSBURG, PA 18073-9628

10925   HARTLEY, ROGER, 4100 N. OCEAN DR., 2302, SINGER ISLAND, FL 33404

10925   HARTLEY, WILLIAM, 16945 1233 W, LEXINGTON, IN 47138-9410

10925   HARTLEY, WILLIAM, 318 MANOR COVE, MARION, AR 72364

10924   HARTLEY'S READY MIX CONC, 3510 ROTHROCK RD., WINSTON-SALEM, NC 27107

10924   HARTLEY'S READY MIX CONCRETE, 3510 ROTHROCK ROAD, WINSTON-SALEM, NC 27107

10924   HARTLEY'S READY MIX CONCRETE, 3510 ROTHROCK ROAD., WINSTON-SALEM, NC 27107

10925   HARTLINE, DEBORAH, 12676 PARNELL AVE, BATON ROUGE, LA 70815

10925   HARTLINE, PHILLIP, 2211 DIANNE ST., MONROE, LA 71201

10925   HARTLY, RAYMOND, 816 W. BALSAM, SP#3, LIBBY, MT 59923

10924   HARTMAN BUILDING SPECIALISTS, 2695 ROUTE 323 SSW, TYLER, TX 75709

10924   HARTMAN BUILDING SPECIALT, 3508-B WEST WAY DR., TYLER, TX 75703

10924   HARTMAN BUILDING SPECIALT, PO BOX 20456, BEAUMONT, TX 77720

10924   HARTMAN BUILDING SPECIALTIES, 9610 WALDEN ROAD, BEAUMONT, TX 77707

10924   HARTMAN BUILDING SPECIALTIES, P. O. BOX 20456, BEAUMONT, TX 77720

10925   HARTMAN JR, LARRY, 1812 GREENE HILL DR., MORRISTOWN, TN 37813

10925   HARTMAN MATERIAL HANDLING SYSTEMS I, 66 SCHOOL ST BOX D, VICTOR, NY 14564

10925   HARTMAN PH.D, JUDITH ANN R, 7517 INDIAN PIPE CT, COLUMBIA, MD 21046

10925   HARTMAN UNDERHILL BRUBAKER, 221 EAST CHESTNUT ST, LANCASTER, PA 17602

10925   HARTMAN, CLAUDIA, 3609 FRIENDSWOOD DR., HOUMA, LA 70363

10925   HARTMAN, CURT, 550 ERIE ROAD, QUAKERTOWN, PA 18951

10925   HARTMAN, DAVID, 1238 PRODEHL DRIVE, LOCKPORT, IL 60441

10925   HARTMAN, DIANA, 109 HAMBLETON, C, GRANT PARK, IL 60940

10925   HARTMAN, DONALD, 8210 N VENUS CT, TUCSON, AZ 85704

10925   HARTMAN, EVA, 4 DOTTIE CT, WILLIAMSTON, SC 29697

10925   HARTMAN, HENRY, 207 SOUTH ASH ST, MOMENCE, IL 60954

10925   HARTMAN, J., PO BOX 33280, RENO, NV 89533

10925   HARTMAN, JOHN M, C/O CLUTE MOTORS, PO BOX 687, ELMIRA, NY 14902-0687

10925   HARTMAN, JUDITHANN, 7517 INDIAN PIPE COURT, COLUMBIA, MD 21046

10925   HARTMAN, KENNETH, 406 BARKSDALE ROAD, JOPPA, MD 21085

10925   HARTMAN, MARK, 17 LATIA COURT, BALTIMORE, MD 21220

10925   HARTMAN, RICHARD G, 26 VILLAGER ROAD, CHESTER, NH 03036

10925   HARTMAN, RICHARD, 408 LAUREL LAKE DRIVE UNIT 206, VENICE, FL 34292

10925   HARTMAN, RICHARD, 847 E LOCUST, WATSEKA, IL 60970-1816

10925   HARTMAN, ROBERT, 416 VIRGINIA AVE, PASADENA, MD 21122

10925   HARTMAN, ROBERT, 9418 OWL TRACE DR., CHESTERFIELD, VA 23838

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HARTMAN, ROGER, 207 S ASH, MOMENCE, IL 60954

10925   HARTMAN, SHARON, 107 PECAN ST., NAPOLEONVILLE, LA 70390

10925   HARTMAN, THOMAS, 2220 HIGH ST SUITE 911, CUYAHOGA FALLS, OH 44221

10925   HARTMAN, W., PO BOX 33280, RENO, NV 89533

10925   HARTMAN, WENDY, 871 ZIONS CHURCH ROAD, HAMBURG, PA 19526

10924   HARTMAN BUILDING SPECIALTIES, 3509 WEST WAY DR., TYLER, TX 75703

10924   HARTMANN BUILDING SPECIALTIES, 9610 WALDEN RD, BEAUMONT, TX 77707

10924   HARTMANN BUILDING SPECIALTIES, PO BOX 20456, BEAUMONT, TX 77720

10925   HARTMANN SR, GEORGE D, 957 WILMINGTON AVE, ST LOUIS, MO 63111-2308

10925   HARTMANN, CLARENCE, 2241 S 60TH ST, WEST ALLIS, WI 53219

10925   HARTMANN, CYNTHIA, 12 BACK BROOK ROAD, RINGOES, NJ 08551

10925   HARTMUT LIEBEL, 1231 SEASPRAY AVE, DELRAY BEACH, FL 33483-7141

10924   HARTNELL READY MIX, 12203 VIOLET RD, AMBOY, CA 92304

10924   HARTNELL READY MIX, 12203 VIOLET ROAD, ADELANTO, CA 92301

10925   HARTNETT, COLLEEN, N 4414 LINCOLN, SPOKANE, WA 99205

10925   HARTNETT, JACQUE, 909 E 14TH AVE, DENVER, CO 80218

10924   HARTON REGIONAL MEDICAL CENTER, C/O HICO CONCRETE P.O. 95390-1, TULLAHOMA, TN 37388

10925   HARTON, ANTHONY, 2070 WOODLEY RD, MONTGOMERY, AL 36111

10925   HARTON, KIMBERLY, 2150 BAYBERRY DRIVE, PEMBROKE PINES, FL 33024

10925   HARTS, BARBARA, 302 CLEARFIELD, GARLAND, TX 75043

10925   HARTS, JANET, 100 RIVERBEND DRIVE, WEST COLUMBIA, SC 29169

10925   HARTSE, BOYD, RURAL ROUTE, CARLYLE, MT 59320

10925   HARTSE, GARY, R.R., CARLYLE, MT 59320

10925   HARTSELL, CHARLES, 102 TRIANGLE PINE RD, FOUNTAIN INN, SC 29644

10925   HARTSELL, EVERETT, 1433 GREENBORO DR, NEWPORT, TN 37821

10925   HARTSELL, LEONARD P, 1630 E CARSON ST, LONG BEACH, CA 90807-3034

10925   HARTSELL, MARTIN, 4383 FORK SHOALS RD, SIMPSONVILLE, SC 29680

10924   HARTSELLE HOSPITAL, 201 PINE STREET, HARTSELLE, AL 35640

10925   HARTSFIELD, D, PO BOX 12676, FT. PIERCE, FL 34979

10925   HARTSFIELD, MICHAEL, PO BOX 192, KENNEDY, TX 78119

10925   HARTSHORN, JENNIFER, 7720 S.E. 123RD AVE, BELLEVIEW, FL 34420

10925   HARTSHORN, SCOTT, 16 TEMI RD, CHELMSFORD, MA 01824

10925   HARTSHORNE, THOMAS, 708 SW 14TH ST, BOCA RATON, FL 33432

10924   HARTSIG SUPPLY CO. (#25), 2920 SOUTH ROCHESTER ROAD, ROCHESTER, MI 48307

10925   HARTSOCK, TERRY, 116 EVERETTE DR, HOUMA, LA 70364

10925   HARTSON, VERNON, 1035 WAUBEEK RD., CENTRAL CITY, IA 52214

10925   HARTUNG, MARTIN, 5925 W. 39TH PLACE, 94, DENVER, CO 80212

10925   HARTWELL GROUP LLC, 411 WAVERLEY OAKS ROAD, WALTHAM, MA 02452

10924   HARTWELL HALL, C/O  NORTHEASTERN INSULATION, UTICA STREET, BROCKPORT, NY 14420

10925   HARTWELL HOUSE, 94 HARTWELL AVE, LEXINGTON, MA 02173

10925   HARTWELL, DANA, PO BOX 340392, MILWAUKEE, WI 53234

10925   HARTWELL, HOLLAND, 6902 SHOTWELL, HOUSTON, TX 77028

10925   HARTWELL, JOYCE, 860 S. CRANE AVE, TAUNTON, MA 02780

10925   HARTWELL, KEVIN, 90 EDGE LAWN AVE # 5, NO ANDOVER, MA 01845-4472

10925   HARTWELL, ROBERT, 335 SYRILLA, WICHITA, KS 67235

10925   HARTWELL, TERRY, 2725 S. 12TH ST APT. # 101, MILWAUKEE, WI 53215

10925   HARTWIG ASSOCIATES, 742 MARKET ST, OREGON, WI 53575-1008

10925   HARTWIG, DANA, 924 MOFFETT ST., HALLANDALE, FL 33009

10925   HARTWIG, EARL, 10 RIVER ST, ADAMS, MA 01220-1824

10925   HARTWIG, KRISTINA, 12214 VALERIE LANE, LAUREL, MD 20708

10925   HARTWIG, RICHARD, 12214 VALERIE LANE, LAUREL, MD 20708

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HARTZ MOUNTAIN CORP., 192 BLOOMFIELD AVENUE, BLOOMFIELD, NJ 07003

10924   HARTZ MOUNTAIN CORP., PO BOX 2488, HARRISON, NJ 07029

10925   HARTZELL FAN CO C/0 WILLIAMSON, 3334 W MAIN ST, SKOKIE, IL 60076

10925   HARTZELL FAN, DEPT. 000187, CINCINNATI, OH 45263

10925   HARTZELL, LLOYD, 554 SW JEFFERSON, SHERIDAN, OR 97378

10925   HARTZELL, LOUIDA, 201 S THIRD, JACKSBORO, TX 76056

10925   HARTZLER, MARY, 117 NORTH FULTON, LACON, IL 61540

10925   HARTZOG CONGER CASON & HARGIS, 201 ROBERT S. KERR, OKLAHOMA CITY, OK 73102

10925   HARTZOG, WILLIAM, 345 GULF BANK RD #5, HOUSTON, TX 77037

10925   HARTZOGE, ALLISON, 2800 MAXWELL, MIDLAND, TX 79705

10925   HARTZOGE, DOUGLAS, 3223 WILSHIRE DRIVE, GREENSBORO, NC 27408

10925   HARUM, PEGGY, 7928 SW 105 PL, MIAMI, FL 33173

10925   HARVARD BUSINESS REVIEW, PO BOX 52622, BOULDER, CO 80321-2622

10925   HARVARD BUSINESS REVIEW, SUBSCRIPTION SERVICE DEPT, BOULDER, CO 80321-2622

10925   HARVARD BUSINESS SCHOOL PUBLISHING, 60 HARVARD WAY, BOSTON, MA 02163

10925   HARVARD BUSINESS SCHOOL, 300 NORTH BEACON ST, WATERTOWN, MA 02472-2750

10925   HARVARD BUSINESS SCHOOL, FINANCIAL OFFICE/LOEB 10, BOSTON, MA 02163

10925   HARVARD BUSINESS SCHOOL, OPERATIONS DEPT, BOSTON, MA 02163

10925   HARVARD BUSINESS SCHOOL, PUBLISHING CORP., BOSTON, MA 02163

10925   HARVARD CLUB OF BOSTON, 374 COMMONWEALTH AVE, BOSTON, MA 02215

10925   HARVARD CLUB OF N Y CITY, PO BOX 19359, NEWARK, NJ 07195-0359

10925   HARVARD CLUB OF NYC, 27 WEST 44TH ST, NEW YORK, NY 10036-6645

10925   HARVARD COMMUNITY HEALTH PLAN, 20 OVERLAND ST., BOSTON, MA 02215

10925   HARVARD COMMUNITY HEALTH PLAN, GROUP 11026000, BOSTON, MA 02241-3854

10925   HARVARD COMMUNITY HEALTH PLAN, INC, PO BOX 1367, BOSTON, MA 02205-1367

10925   HARVARD COMMUNITY HEALTH PLAN, PO BOX 3854, BOSTON, MA 02241-3854

10925   HARVARD COMMUNITY HEALTH PLAN, POBOX 3854, BOSTON, MA 02241-3854

10925   HARVARD FACULTY CLUB, THE, 20 QUINCY ST, CAMBRIDGE, MA 02138

10925   HARVARD FAX INC., 140 58TH ST, UNIT 8W, BROOKLYN, NY 11220

10925   HARVARD LAW SCHOOL LIBRARY, 1545 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138

10924   HARVARD LAW SCHOOL, 109 SOLDIERS FIELD PARK, CAMBRIDGE, MA 02163

10925   HARVARD MANAGEMENT UPDATE, POST OFFICE BOX 257, SHRUB OAK, NY 10588-0257

10925   HARVARD MEDICAL SCHOOL, POBOX 825, BOSTON, MA 02117-0825

10924   HARVARD NAITO CHEM BLDG, 12 OXFORD STREET, CAMBRIDGE, MA 02138

10925   HARVARD NECKWEAR CORP, PO BOX 551858, FORT LAUDERDALE, FL 33555-1858

10924   HARVARD PILGRAM HEALTH PLAN, 1600 CROWN COLONY, QUINCY, MA 02169

10925   HARVARD PILGRIM HEALTH CARE INC, PO BOX 970050, BOSTON, MA 02297-0050

10925   HARVARD PILGRIM HEALTH CARE, INC, PO BOX 9185, QUINCY, MA 02269

10924   HARVARD READY MIX, P.O. BOX 247, HARVARD, IL 60033

10925   HARVARD SQUARE HOTEL, 110 MT AUBURN ST, CAMBRIDGE, MA 02138

10925   HARVARD UNIVERSITY, ATTN: RALPH MITCHELL, PIERCE HALL, CAMBRIDGE, MA 02138

10925   HARVARD UNIVERSITY, LANGDELL HALL, CAMBRIDGE, MA 02138

10924   HARVARD UNIVERSITY, PAINE MUSIC LIBRARY, CAMBRIDGE, MA 02138

10925   HARVARD UNIVERSITY, POBOX 4999, BOSTON, MA 02212

10925   HARVARD, TRAVIS, 685 HWY 559A, AUBURNDALE, FL 33823

10925   HARVE B GILES, 126 COUNTY RD 973, FLAT ROCK, AL 35966-8536

10925   HARVELL, CARROLL, 2747 EDMONDSON AVE, BALTIMORE, MD 21223-1008

10925   HARVELL, HELEN, 4015 COLEBROOK RD, CHARLOTTE, NC 28215-3836

10925   HARVELL, MAX, 211 PIKE CIRCLE, RATCLIFF, AR 72951

10924   HARVER CO., THE, 15870 S.W. UPPER BOONES FERRY RD., LAKE OSWEGO, OR 97035

10924   HARVER CO., THE, 15870 SW UPPER BOONES FER, LAKE OSWEGO, OR 97035

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HARVER COMPANY, THE, CAMBRIDGE, MA 02140 | |
| 10924 | HARVER, SAINT HELENS, OR 97051 | |
| 10925 | HARVEY & DAUGHTERS, INC, 116C W. OLD PADONIA RD., COCKEYSVILLE, MD 21030 | |
| 10925 | HARVEY A STAMBAUGH & SONS INC., 1401 WOODALL ST., BALTIMORE, MD 21230 | |
| 10925 | HARVEY BAIR, GOLDBERG, PERSKY, JENNINGS, 1030 FIFTH AVE., PITTSBURGH, PA 15219 | |
| 10925 | HARVEY D CRAMER, 1505 GUILFORD LANE, OKLAHOMA CITY, OK 73120-1208 | |
| 10925 | HARVEY GOODMAN, 55 QUAY AVE, HEWLETT, NY 11557-1421 | |
| 10925 | HARVEY H GREENE &, FRIEDA B GREENE JT TEN, 1371 VAN HOUTEN AVE APT 2, CLIFTON, NJ 07013-1637 | |
| 10925 | HARVEY HATCH, 644 HARBOR RD, BRICK, NJ 08724-4716 | |
| 10925 | HARVEY HEATHER, HEATHER HARVEY, 4240 SHERWOODTOWNE BLVD, MISSISSAUGA, ON L4Z 22G6CANADA | *VIA Deutsche Post* |
| 10925 | HARVEY HEISS &, ETHEL HEISS JT TEN, 306 EMERALD BAY CIRCLE J7, NAPLES, FL 34110-7617 | |
| 10925 | HARVEY HOTEL, THE, 7050 STEMMONS FREEWAY, DALLAS, TX 75247 | |
| 10924 | HARVEY INDUSTRIES, 133 BENSON STREET, FITCHBURG, MA 01420 | |
| 10924 | HARVEY INDUSTRIES, 1354 N. HARTLAND ROAD, WHITE RIVER JUNCTION, VT 05001 | |
| 10924 | HARVEY INDUSTRIES, 1400 MAIN STREET, WALTHAM, MA 02451-1623 | |
| 10924 | HARVEY INDUSTRIES, 15 ATHLETIC FIELD ROAD, WALTHAM, MA 02154 | |
| 10924 | HARVEY INDUSTRIES, 2 NEW YORK AVENUE, FRAMINGHAM, MA 01701 | |
| 10924 | HARVEY INDUSTRIES, 240 WEST ROAD, PORTSMOUTH, NH 03801 | |
| 10924 | HARVEY INDUSTRIES, 272 WOODLAWN ROAD, BERLIN, CT 06037 | |
| 10924 | HARVEY INDUSTRIES, 3 INDUSTRIAL WAY, SALEM, NH 03079 | |
| 10924 | HARVEY INDUSTRIES, 300 WASHINGTON STREET, AUBURN, MA 01501 | |
| 10924 | HARVEY INDUSTRIES, 320 WOOD ROAD, BRAINTREE, MA 02184 | |
| 10924 | HARVEY INDUSTRIES, 35 COMMONWEALTH AVENUE, WOBURN, MA 01801 | |
| 10924 | HARVEY INDUSTRIES, 45 LORI ANN WAY, WARWICK, RI 02886 | |
| 10924 | HARVEY INDUSTRIES, 635 HUSE ROAD, MANCHESTER, NH 03103 | |
| 10925 | HARVEY INDUSTRIES, INC, 43 EMERSON RD., WALTHAM, MA 02451-4689 | |
| 10925 | HARVEY J. FITZPATRICK, 3624 PIN OAK AVE, NEW ORLEANS, LA 70131 | |
| 10925 | HARVEY JOSEPH CUSIMANO, 8020 AETNA ST, METAIRIE, LA 70003-6532 | |
| 10925 | HARVEY JR, EDWARD T, 1820 EDGEWOOD LANE, CHARLOTTESVILLE, VA 22903-1603 | |
| 10925 | HARVEY L HOPKINS &, NITA L HOPKINS JT TEN, 5220 W MOUNTAIN VIEW CIRCLE, LECANTO, FL 34461-0000 | |
| 10925 | HARVEY M BROWN, COTTAGE PLANTATION, RTE 5 BOX 425, ST FRANCISVILLE, LA 70775 | |
| 10924 | HARVEY N JONES, ESQ, SIEBEN, POLK, LAVERDIERE JONES, 999 WESTVIEW DRIVE, HASTINGS, MN 55033 | |
| 10925 | HARVEY S ELEFSON TR, 02 23 98, HARVEY S ELEFSON TRUST, 19 GLEN DR, PEABODY, MA 01960-1005 | |
| 10925 | HARVEY SALT CO., 1325 MOHRS LN., BALTIMORE, MD 21220 | |
| 10925 | HARVEY W STURTEVANT, 610 SHERWOOD CIRCLE, SALISBURY, MD 21804-9011 | |
| 10925 | HARVEY, BETTIE, 108 MYRTLE RD, OCEAN SPRINGS, MS 39564 | |
| 10925 | HARVEY, BRIAN, 10525 ROSEDALE RD, PORT ALLEN LA, LA 70767 | |
| 10925 | HARVEY, CAROLINE, 4 ROLLIN GREEN ROAD, GEER, SC 29651 | |
| 10925 | HARVEY, CARRIE, 22798 GLENDON DR, MORENO VALLEY, CA 92557 | |
| 10925 | HARVEY, CHARLES T, 5091 CINNAMON, IRVINE, CA 92715 | |
| 10925 | HARVEY, CHRISTOPHER, 2338 N 29TH ST, PHOENIX, AZ 85008 | |
| 10925 | HARVEY, DAVID, 513 AVE C, POWELL, WY 82435 | |
| 10925 | HARVEY, DEBORAH, 2460 ALSTON DR, MARRIETTA, GA 30062 | |
| 10925 | HARVEY, DEBORAH, PO BOX 59, VALLEY MILLS, TX 76689 | |
| 10925 | HARVEY, EDDIE, 105 GREEN ARBOR LANE, GREENVILLE, SC 29615 | |
| 10925 | HARVEY, EDWARD, 1820 EDGEWOOD LANE, CHARLOTTESVILLE, VA 22903 | |
| 10925 | HARVEY, ERICA, 5440 NW 55TH BLVD. APT. #11-306, COCONUT CREEK, FL 33073 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HARVEY, FRED, 1798 CROWN POINT WOODS CIRCLE, OCOEE, FL 34761 | |
| 10925 | HARVEY, GERALDINE, 881 LITTLEBEND RD, ALTAMONTE SPGS, FL 32714 | |
| 10925 | HARVEY, GLENDA J, 892 PONCE DELEON AVE, MACON GA, GA 31206 | |
| 10925 | HARVEY, J, 2008 FULHAM CT, HOUSTON, TX 77063 | |
| 10925 | HARVEY, JAMES, 27 RAVINE DRIVE, WOODCLIFF LAKE, NJ 07675 | |
| 10925 | HARVEY, JERRY, 2008 FULHAM COURT, HOUSTON, TX 77063 | |
| 10925 | HARVEY, JODY, 158 MILL CREEK RD., BLACKSBURG, SC 29702 | |
| 10925 | HARVEY, JUSTIN, HC71 BOX 122-B, GRAYSVILLE, TN 37338 | |
| 10925 | HARVEY, KEN J, 22798 GLENDON DR., MORENO VALLEY, CA 92557 | |
| 10925 | HARVEY, KEN, 22798 GLENDON DRIVE MORENO VALLEY CA, MORENO VALLEY, CA 92557 | |
| 10925 | HARVEY, MICHAEL, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | HARVEY, MICHAEL, 7777 E YALE AVE, J106, DENVER, CO 80231 | |
| 10925 | HARVEY, MYRNA, 11635 JERRY ST, CERRITOS, CA 90703 | |
| 10925 | HARVEY, PATRICK, 9323 BENZON DRIVE, PLEASANTON, CA 94588 | |
| 10925 | HARVEY, PENNINGTON,HERTING, 1835 MARKET ST., 29TH FL, PHILADELPHIA, PA 19103 | |
| 10925 | HARVEY, ROGER W, 881 LITTLEBEND RD, ALTAMONTE, FL 32714 | |
| 10925 | HARVEY, ROGER, 881 LITTLEBEND RD, ALTAMONTE SPGS, FL 32714 | |
| 10925 | HARVEY, SABRINA, 6243 DEEP EARTH LANE, COLUMBIA, MD 21045 | |
| 10925 | HARVEY, SANDRA, 807 E. 3RD ST. REAR, CASPER, WY 82601 | |
| 10925 | HARVEY, SARAH JANE, 306 WOODLAND DRIVE, SWANSBORO, NC 28584 | |
| 10925 | HARVEY, THEODORE, 1639 15TH, WOODWARD, OK 73801 | |
| 10925 | HARVEY, THOMAS E, 801 TREESLOPE COURTS, COLUMBIA, SC 29212 | |
| 10925 | HARVEY, VALERIE, 54 PROSPECT ST, BERNARDSVILLE, NJ 07924 | |
| 10925 | HARVEY, VALERIE, 870 W 18TH ST, SAN PEDRO, CA 90781 | |
| 10925 | HARVEY, WENDY, 1318 WASHINGTON AVE, SCRANTON, PA 18509 | |
| 10925 | HARVEY, WILLIAM, 133 COUNTRY LN, PITTSBORO, NC 27312 | |
| 10925 | HARVEY, WILLIAM, 21844 LEATHER LEAF CT, STERLING, VA 22170 | |
| 10924 | HARVEY'S HOTEL & CONVENTION CENTER, 2 RIVERBOAT WAY, COUNCIL BLUFFS, IA 51501 | |
| 10925 | HARVEYS RESORT HOTEL & CASINO, PO BOX 128, STATELINE, NV 89449 | |
| 10925 | HARVILLE, CATHY, 1678 PREAKNESS DRIVE, GAMBRILLS, MD 21054 | |
| 10925 | HARVILLE, CATHY, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | HARVILLE, GEORGE, 324 OLD HOMESTEAD HWY, RICHMOND, NH 03470 | |
| 10925 | HARVISON, JAMES, 48 HARRINGTON ROAD, HATTIESBURG, MS 39401 | |
| 10925 | HARVIT SCHWARTZ LC, 2018 KANAWHA BLVD EAST, CHARLESTON, WV 25311 | |
| 10925 | HARWICK CHEMICAL CORP., 60 SOUTH SEIBERLING ST., AKRON, OH 44305 | |
| 10924 | HARWICK CHEMICAL CORP., 7225 PARAMOUNT BLVD., PICO RIVERA, CA 90660 | |
| 10924 | HARWICK CHEMICAL CORP., PO BOX 9360, AKRON, OH 44305 | |
| 10925 | HARWICK CHEMICAL CORPORATION, PO BOX 1801, AKRON, OH 44309 | |
| 10924 | HARWICK CHEMICAL CORPORATION, PO BOX 9360,, AKRON, OH 44305 | |
| 10924 | HARWICK CHEMICAL CORPORATION, TAIPEI, TAIWAN, NO. 18, HANKOW STREET, SECTION 1, CHARLESTON, SC 29406 | |
| 10924 | HARWICK CHEMICAL, 1675 NAVARRE ROAD S.E., MASSILLON, OH 44648 | |
| 10925 | HARWICK CHEMICAL, PO BOX 1801, AKRON, OH 44309-1801 | |
| 10924 | HARWICK STANDARD DIST. COPR., PO BOX 9360, AKRON, OH 44305 | |
| 10924 | HARWICK STANDARD DIST. CORP., 1230 PARKWAY AVE, SUITE 204, WEST TRENTON, NJ 08628 | |
| 10924 | HARWICK STANDARD DIST. CORP., 60 S. SEIBERLING, AKRON, OH 44305 | |
| 10924 | HARWICK STANDARD DIST. CORP., 7225 PARAMOUNT BLVD., PICO RIVERA, CA 90660 | |
| 10924 | HARWICK STANDARD DIST. CORP., PO BOX 9360, AKRON, OH 44305 | |
| 10924 | HARWICK STANDARD DISTRIBUTION CORP., 1230 PARKWAY AVE.-SUITE 204, TRENTON, NJ 08628 | |
| 10924 | HARWICK STANDARD DISTRIBUTION CORP., 60 S SEIBERLING STREET, AKRON, OH 44305 | |
| 10924 | HARWICK STANDARD DISTRIBUTION CORP., 7225 PARAMOUNT BLVD., PICO RIVERA, CA 90660 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | HARWICK STANDARD DISTRIBUTION CORP., 725 N. BAKER DR., ITASCA, IL 60143 | |
| 10924 | HARWICK STANDARD DISTRIBUTION CORP., 800 ESTES AVENUE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | HARWICK STANDARD DISTRIBUTION CORP., PO BOX 9360, AKRON, OH 44305 | |
| 10925 | HARWICK STANDARD DISTRIBUTION CORP., PO BOX 9360, AKRON, OH 44305 | |
| 10924 | HARWICK STANDARD DISTRIBUTION CORPO, 60 S SEIBERLING STREET, AKRON, OH 44305 | |
| 10925 | HARWICK STANDARD DISTRIBUTION, 60 S SIEBERLING ST, AKRON, OH 44305-4217 | |
| 10925 | HARWICK STANDARD, 230 PKWY AVE #204, WEST TRENTON, NJ 08628 | |
| 10925 | HARWICK STANDARD, PO BOX 1801, AKRON, OH 44309 | |
| 10925 | HARWICK STANDARD, POBOX 1801, AKRON, OH 44309 | |
| 10924 | HARWICK STANDARD-DO NOT USE, 60 S SEIBERLING STREET, AKRON, OH 44305-0360 | |
| 10925 | HARWOOD LLYOD, 130 MAIN ST, HACKENSACK, NJ 07601 | |
| 10924 | HARWOOD MFG CO, 415 VALLEY STREET, PROVIDENCE, RI 02908 | |
| 10925 | HARWOOD, DONALD, 6610 MASONVILLE-HABIT RD., PHILPOT, KY 42366 | |
| 10925 | HARWOOD, ENES, 232 FULTON ST, MEDFORD, MA 02155-2024 | |
| 10925 | HARWOOD, JULIE, 232 FULTON ST, MEDFORD, MA 02155 | |
| 10925 | HARWOOD, KAREN, 1128 JESSICA LANE, LIBERTYVILLE, IL 60048 | |
| 10925 | HARWOOD, THOMAS, 23 MILLSTONE DRIVE, ASHEVILLE, NC 28803 | |
| 10925 | HARWOOD, TIMOTHY J, 1128 JESSICA LANE, LIBERTYVILLE, IL 60048 | |
| 10925 | HARWOOD, TIMOTHY, 1420 EAST CAPITOL DRIVE #206, SHOREWOOD, WI 53211 | |
| 10925 | HASAN, ANA, 3197 MONTELENA COURT, CHINO, CA 91709 | |
| 10925 | HASAN, FARZANA, 11731 FAIRPOINT, HOUSTON, TX 77099 | |
| 10925 | HASAN, VERONICA, 2949 BROOKHILL DR, WINSTON SALEM, NC 27127 | |
| 10925 | HASBRO INC, KEVIN ENGLAND, 1027 NEWPORT AVE, PAWTUCKET, RI 02862 | |
| 10925 | HASBROUCK THISTLE & CO, 155 AVE OF THE AMERICAS, NEW YORK, NY 10013 | |
| 10925 | HASE, DONALD, 2110 HILL COUNTRY DR, ARLINGTON, TX 76012 | |
| 10925 | HASEEB, JOYCE, 1721 CARLISLE DR, MOBILE, AL 36618 | |
| 10925 | HASEMEYER, MERCEDES, RR 2 BOX 13, CHEBANSE, IL 60922-9505 | |
| 10925 | HASENACK, VIRGINIA, 29631 COUNTRY ROAD 12, MANZONOLA, CO 81058 | |
| 10925 | HASENAUER, JOHN, 5427 CHESTNUT HILL, CENTER VALLEY, PA 18034 | |
| 10925 | HASENJAEGER, ARDELL, 201 HARRIS RD PLANTATION, C126, RICHMOND HILLS, GA 31324 | |
| 10925 | HASER, NORBERT, 501 TYLER ST., BARABOO, WI 53913 | |
| 10925 | HASH, JEANETTE, 3669 CLEVELAND RD LOT 1, WOOSTER, OH 44691 | |
| 10925 | HASH, LEWIS, 101 ROCKLEDGE ROAD, SPRUCE PINE, NC 28777 | |
| 10925 | HASH, PATRICIA, 3416 STONEWALL DRIVE, KENNESAW, GA 30144 | |
| 10925 | HASHEM, RITA E., 43 AVON ST, MALDEN, MA 02148 | |
| 10925 | HASHMAN, SANDRA, 2186 COUNTRY CLUB RD, MOORESVILLE, IN 46158 | |
| 10925 | HASKE, CAROLYN, 4465 S LAWLER AVE, CUDAHY, WI 53110 | |
| 10924 | HASKEL LEMON CONSTRUCTION CO., P. O. BOX 75608, OKLAHOMA CITY, OK 73147 | |
| 10924 | HASKEL LEMON CONSTRUCTION CO., WILL ROGERS AIRPORT, OKLAHOMA CITY, OK 73179 | |
| 10924 | HASKELL CO, JACKSONVILLE, FL 32203 | |
| 10924 | HASKELL LEMON CONST, P O BOX 75608, OKLAHOMA CITY, OK 73147 | |
| 10925 | HASKELL PERRIN, 200 W. ADAMS, SUITE 2600, CHICAGO, IL 60606 | |
| 10925 | HASKELL, SHERRI, 75 PLATT AVE., SAUSALITO, CA 94965 | |
| 10925 | HASKETT, PAUL R, 1320 MAPLERIDGE CRESCENT, OAKVILLE, ON L6M 2G7 CANADA | *VIA Deutsche Post* |
| 10925 | HASKEW, SCOTT, 315 E MAGNOLIA, FORT COLLINS, CO 80524 | |
| 10925 | HASKIN BOOK, 7300 S. 13TH ST, SUITE 104, OAK CREEK, WI 53154 | |
| 10925 | HASKIN, JACK, 1714 W 4TH AVE, 73, WILLISTON, ND 58803 | |
| 10925 | HASKINS, ANGELEO, 945 LOUISE CIRCLE, FAYETTEVILLE, NC 28314 | |
| 10925 | HASKINS, CHRIS, 10319 JEPSON ST., ORLANDO, FL 32825 | |
| 10925 | HASKINS, CLAYTON, 14918 N. BLVD., TAMPA, FL 33613 | |
| 10925 | HASKINS, JAMES, 1432 S OAKLAND APT 3, GREEN BAY, WI 54304 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HASKINS, JAMES, 2634 OSWEGO AVE, BALTIMORE, MD 21215

10925   HASKINS, JUDITH, 6001 W 194TH ST., STILWELL, KS 66085-9403

10925   HASKINS, KATHLEEN, 1645 FRANZ AVE, GREEN BAY, WI 54302

10925   HASKINS, LENITA, 11338 PINE MOUNTAIN PLACE, INDIANAPOLIS, IN 46229

10925   HASKINS, MARLON, 1578 SECOND AVE, MACON, GA 31201

10925   HASKINS, VANESA, 2724 WICHITA, AMARILLO, TX 79107

10925   HASKINSON, OLIVER, 2822 E PEBBLEBEACH, MISSOURI CITY, TX 77459

10925   HASKRIS CO., 80 W. SEEGERS RD., ARLINGTON HEIGHTS, IL 60005

10925   HASKRIS CO., 80 W. SEEGERS ROAD, ARLINGTON HEIGHTS, IL 60005-3955

10925   HASLAM, MICHAEL, 4218 FAIRWAY #10A, WICHITA FALLS, TX 76308

10925   HASLAM, RANDY, RT 3 BOX 416, LINDSAY, OK 73052

10925   HASLAM, SCOTT, 1553 N WILLOW VALLEY, CENTERVILLE, UT 84014

10925   HASLER, COLLEEN, 3150 WIALEA-ALLANIC, KIHI-MAUI, HI 96753

10925   HASLER, DEBORAH, 2818 WILDPLUM DR., ARLINGTON, TX 76015

10925   HASLING, RANDALL, 1804 LAKE SALVADOR, HARVEY, LA 70058

10925   HASLITT JR, RICHARD, 11840 FAIRHILLS RD, MARIBEL, WI 54227

10925   HASNAS, TINA, 11307 COHASSET ST., SUN VALLEY, CA 91352

10925   HASS & HILDERBRAND, INC, 118 LARENS ST., NW,SUITE 101, AIKEN, SC 29801

10925   HASS & HILDERBRAND, INC, PO BOX 3276, AIKEN, SC 29802-3276

10924   HASS CONCRETE, PO BOX 270, SOUTH BEND, IN 46624

10925   HASS, ANNETTE, N75 W23168 N. RIDGEVIEW CIRCLE, SUSSEX, WI 53089

10925   HASS, CHRISTIAN J, 10555 E. BAHIA, SCOTTSDALE, AZ 85259

10925   HASS, CHRISTIAN, 1331 E SCORPIUS PL, ORO VALLEY, AZ 85737

10925   HASS, DENNIS, N10405 HWY 110, MARION, WI 54950

10925   HASS, HELEN, 1510 WAYNE ST, SCOTTSBORO, AL 35768

10925   HASS, JOHN, 490 E STANFORD ST, BARTOW, FL 33830

10925   HASS, KIMBERLY, 1510 WAYNES ST, SCOTTSBORO, AL 35768

10924   HASS/MCCOY INC, 24423 STATE ROAD 23, SOUTH BEND, IN 46614

10924   HASS/MCCOY, INC., 24423 STATE RD 23, SOUTH BEND, IN 46624

10925   HASSAIN, NAVID, 5995 SPRINGHILL DR., GREENBELT, MD 20770

10925   HASSAN, FARID, 414 SADDLE RIVER RD # 285, SADDLE BROOK, NJ 07663

10925   HASSAN, OSMAN, 11455 NW 41ST ST, CORAL SPRINGS, FL 33065

10925   HASSAN, SALWA, 2655 GREENBOROUGH PLACE, WEST COVINA, CA 91792

10925   HASSAN, ZUBAIR U, 200 BROOKSCHASE LN, RICHMOND, VA 23229-8432

10925   HASSELBACHER, TERRY, 1274 MONTEREY TRAIL, DEPERE, WI 54115

10925   HASSELE, CHARLES, 2200 19TH ST, WASHINGTON, DC 20019

10925   HASSELE, ROBERTA, 2200 19TH ST. NW THE SHAWMUT #608, WASHINGTON, DC 20009

10925   HASSELL, BRUCE, 10103 CASCADE LANE, LARGO, MD 20772

10925   HASSEY LANDSCAPE SERVICE, PO BOX 510, BELMONT, MA 02178

10925   HASSEY LANDSCAPE SERVICE, POBOX 510, BELMONT, MA 02178

10925   HASSINGER, CAROL, 1338 E ANGELA DR., PHOENIX, AZ 85022

10925   HASSINK, DANIEL, 5953 CLUB OAKS DRIVE, DALLAS, TX 75248

10925   HASSKEW, VIOLA, 451 ORCHARD ST, SHREVE, OH 44676

10925   HASSLER, VERONICA, 30 MORGAN ST, SUMTER, SC 29150

10925   HASSLER, WILLARD, 4942 ROUTE 309 #360, CENTER VALLEY, PA 18034

10925   HASTEN, KAREN, 118 W. MILL APT. A, UVALDE, TX 78801

10925   HASTIE, JAMES, 44 RUSSELL ST, CAMBRIDGE, MA 02140

10925   HASTIE, LINDA, 14107 DUB DRIVE, LAUREL, MD 20708-1107

10925   HASTIK & ASSOCIATES, INC, PO BOX 266657, HOUSTON, TX 77207

10924   HASTINGS FILTER INC., 1901 HASTING DRIVE, YANKTON, SD 57078

10924   HASTINGS FILTER, 1901 HASTINGS DRIVE, YANKTON, SD 57078

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HASTINGS FILTER, P.O. BOX  6006, KEARNEY, NE 68848-6006

10924   HASTINGS HIGH SCHOOL, 200 GENERAL SIEBEN DRIVE, HASTINGS, MN 55033

10925   HASTINGS INSTRUMENT, 804 NEWCOMBE AVE, HAMPTON, VA 23669

10924   HASTINGS MANUFACTURING COMPANY, 325 N. HANOVER STREET, HASTINGS, MI 49058

10924   HASTINGS PAVEMENT CO, SCHACKMAXON ST, LEESPORT, PA 19533

10924   HASTINGS PLASTICS STORES, INC., 1704 COLORADO AVENUE, SANTA MONICA, CA 90404

10925   HASTINGS, G, 2109 S. PENNSYLVANIA AVE., LANSING, MI 48910

10925   HASTINGS, GLENN, 2279 CR14, CANTON, NY 13617

10925   HASTINGS, JAMES, 2534 PALOMA LANE, SEGUIN, TX 78155

10925   HASTINGS, JEFFREY, 3713 NORTHTREE PL, VIRGINIA BEACH, VA 23458

10925   HASTINGS, JOHN J, 7828 W SAGINAW HWY, SUNFIELD, MI 48890-9741

10925   HASTINGS, KIMBERLY, 25930 ELMFIELD DR., SPRING, TX 77389

10925   HASTINGS, LARRY, 1316 ALLEN ST, OWENSBORO, KY 42301

10925   HASTINGS, TIMOTHY PAUL, PO BOX 1302, CHESAPEAKE, VA 23327-1302

10925   HASTON, KATHY, PO BOX 595, KILLBUCK, OH 44637

10925   HASTON, PATRICIA, 8747 MONTCLAIR, DENHAM SPRINGS, LA 70726

10925   HASTY, CLAUDE, 3028 110TH ST, BAGLEY, IA 50026

10924   HATBORO CONCRETE BLOCK CO, 451 OAKDALE AVE, HATBORO, PA 19040

10924   HATBORO CONCRETE BLOCK COMPANY, 451 OAKDALE AVE., HATBORO, PA 19040

10924   HATCH CONSTRUCTION, CORNER OF WILLOW & MAIN, TAYLOR, AZ 85939

10924   HATCH CONSTRUCTION, P O BOX 127, TAYLOR, AZ 85939

10924   HATCH CONSTRUCTION, P.O. BOX 127, TAYLOR, AZ 85939

10925   HATCH, ANNE, 5111 WEST MAIN ST, BELLEVILLE, IL 62226

10925   HATCH, BRIAN, 11801 MESA, CORPUS CHRISTI, TX 78410-3815

10925   HATCH, DAVID, 1605 UNIVERSITY DR, RICHARDSON, TX 75081

10925   HATCH, ELIJAH, 7804 SPENCER ROAD, GLEN BURNIE, MD 21061

10925   HATCH, FELICIA, 10 ELM ST, GRANITE FALLS, NC 28630

10925   HATCH, HARVEY, 644 HARBOR ROAD, BRICK, NJ 08723

10925   HATCH, JANET, PO BOX 454, VERNAL, UT 84078

10925   HATCH, JOSEPH, 22880 WELD COUNTY ROAD #52, GREELEY, CO 80631

10925   HATCH, LOIS C, RR 1 BOX 1106, DORSET, VT 05251-0000

10925   HATCH, MICHAEL, 400 CURRY DR., FERNLEY, NV 89408

10925   HATCH, MIKE, STATE CAPITOL, SUITE 102, ST PAUL, MN 55155

10925   HATCH, SHELLY, 1516 ORIOLE ST, LONGWODD, FL 32750

10925   HATCH, STEPHEN, BOX 4748, BOWDOINHAM, ME 04008

10925   HATCHER, DOMINIC, 6508 S ALBANY, CHICAGO, IL 60629

10925   HATCHER, DOUGLAS, 601 ELKINS AVE, PHILADELPHIA, PA 19120

10925   HATCHER, ERIC, 2402 AUTUMN RIDGE DR., HUNTSVILLE, AL 35803

10925   HATCHER, FRED, 1502 SOUTH 5TH, PARIS, AR 72855

10925   HATCHER, LISA, 1619 4TH ST W, PALMETTO, FL 34221

10925   HATCHER, PATRICIA G, 16151 RAVENDALE DR, TAMPA, FL 33618

10925   HATCHER, RENEE, 1351 JENNYS LANE, FERNLEY, NV 89408

10925   HATCHER, SOLONIE, 415 S NELSON, KANKAKEE, IL 60901

10925   HATCHER, WALTER, 3221 W 61ST ST, CHICAGO, IL 60629

10925   HATCHERS SUPPLY, 710 UNIVERSITY PKWY., AIKEN, SC 29801

10925   HATCHETTE, GWENDOLYN, 1110 GOLDMINE RD, SPARTANBURG, SC 29307

10925   HATCHETT-HINKLE, ALETA, 1441 LINDEN, INDIANAPOLIS, IN 46203

10925   HATCO CORP, ANTHONY RAEITANO HAREOLD & HAINES, 25 INDEPENDENCE BLVD, WARREN, NJ 07059

10925   HATCO CORP, PO BOX 641827, PITTSBURGH, PA 15264-1827

10925   HATCO CORPORATION, 1020 KING GEORGE POST RD, FORDS, NJ 08863

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HATCO CORPORATION, 1020 KING GEORGE POST ROAD, FORDS, NJ 08863 | |
| 10925 | HATCO CORPORATION, 1050 KING GEORGE POST RD, FORDS, NJ 08863 | |
| 10924 | HATCO CORPORATION, 1118 S. NEENAH AVENUE, STURGEON BAY, WI 54235 | |
| 10925 | HATCO CORPORATION, 45 BROADWAY ATRIUM, 16TH FL, NEW YORK, NY 10006 | |
| 10924 | HATCO CORPORATION, 635 SOUTH 28TH STREET, MILWAUKEE, WI 53215 | |
| 10925 | HATCO CORPORATION, FORDS, NJ 08863 | |
| 10925 | HATCO, 1020 KING GEORGE POST RD, FORDS, NJ 08663 | |
| 10925 | HATEM, KATHRYN, 888 MASS AVE APT#111, CAMBRIDGE, MA 02149 | |
| 10925 | HATFIELD AND COMPANY INC, POBOX 910862, DALLAS, TX 75391-0862 | |
| 10924 | HATFIELD TEMPLATE (IPC), STREET ADDRESS, IRONDALE, AL 35210 | |
| 10925 | HATFIELD TOWNSHIP, 1950 SCHOOL ROAD, HATFIELD, PA 19440-1992 | |
| 10925 | HATFIELD TOWNSHIP, 3200 ADVANCE LANE, COLMAR, PA 18915-9766 | |
| 10925 | HATFIELD, BONNETTA, 10821 RT 580, STAFFORDSVILLE, KY 41256 | |
| 10925 | HATFIELD, CLIFTON, 100 WESTFIELD DR, WARNER ROBINS, GA 31093 | |
| 10925 | HATFIELD, DELANE, 508 WEST RAILROAD, ELECTRA, TX 76360 | |
| 10925 | HATFIELD, GALEN, 5108 CRESTFIELD CT, ELLICOTT CITY, MD 21043 | |
| 10925 | HATFIELD, JUDY KAREN, 5051 MING AVE #63, BAKERSFIELD, CA 93309-0000 | |
| 10925 | HATFIELD, LAURA, 16 LISA COURT, LODI, OH 44254 | |
| 10925 | HATFIELD, LLOYD, 4327 OLD HANOVER ROAD, WESTMINSTER, MD 21158 | |
| 10925 | HATFIELD, MICHAEL, 185 C ST, BRAWLEY, CA 92227 | |
| 10925 | HATFIELD, MICHAEL, 5136 FERNBROOK LANE, LAKELAND, FL 33811 | |
| 10925 | HATFIELD, PATRICIA, 233 KEARNEY AVE, CINCINNATI, OH 45216 | |
| 10925 | HATFIELD, STANLEY, ROUTE 1, BOX 132, ARBELA, MO 63432 | |
| 10925 | HATFIELD, TREY, 12164 COUNTY ROAD 79, VERNON, TX 76384 | |
| 10924 | HATHAWAY BROWN ELEMENTARY SCHOOL, 19600 NORTH PARK BOULEVARD, SHAKER HEIGHTS, OH 44122-1825 | |
| 10924 | HATHAWAY CONSTRUCTION CO, 41 PERRY HILL ROAD, WESTHAMPTON, MA 01027-9648 | |
| 10924 | HATHAWAY CONSTRUCTION CO., 41 PERRY HILL ROAD, WESTHAMPTON, MA 01027 | |
| 10924 | HATHAWAY CONSTRUCTION CO., ARTHUR ST, EASTHAMPTON, MA 01027 | |
| 10925 | HATHAWAY, JEFFREY, 3520 WASHINGTON PIKE, BRIDGEVILLE, PA 15017 | |
| 10925 | HATHAWAY, LAURA, 18 MIDDLE CREEK WAY, GREENVILLE, SC 29607 | |
| 10925 | HATHAWAY, MARK, 600 GREENTREE RD., FREDRICKSBURG, VA 22406 | |
| 10925 | HATHAWAY, SYLVIA, RT. 1, BOX 208 B, DOWNVILLE, LA 71234 | |
| 10925 | HATHCOCK, CARL, PO BOX 443, ROBINSON CHURCH RD, HARRRISBURG, NC 28075 | |
| 10925 | HATHCOCK, RITA, 129 HOLT RD, ALBEMARLE, NC 28001 | |
| 10925 | HATHCOCK, WILLIAM, PO BOX 1024, MULBERRY, FL 33860-1024 | |
| 10925 | HATHCOX, ALAN, 81 SOMERSBY LANE, HIRAM, GA 30141 | |
| 10925 | HATHERLEY, COLIN, MULLIONS 274 DARTMOUTH, PAIGNTON, SOUTH DEVON, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HATHERLY, REX, 274 DARTMOUTH ROAD, PAIGNTON,DEVON, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HATKE, DOREEN, 45 NOTCH RD, GREEN POND, NJ 07435 | |
| 10925 | HATLEY, TERESA, 5005 DURBIN AVE, MEMPHIS, TN 38122 | |
| 10925 | HATMAKER, BURNS, 311 MT PARAN LOOP, JACKSBORO, TN 37757-9611 | |
| 10925 | HATMAKER, JAMES, 605 PINECREST DRIVE, BARTOW, FL 33830-3246 | |
| 10925 | HATMAKER, JEFFREY, 2623 COVE DRIVE, HIRAM, GA 30141 | |
| 10925 | HATORI & CO., 8-6, AKASAKA 1-CHROME, MINATO-KU TOKYO, 09999JAPAN | *VIA Deutsche Post* |
| 10925 | HATT, CLARENCE, 408 MARLEY STATION R, GLEN BURNIE, MD 21060 | |
| 10925 | HATT, VIRGINIA L, 3965 HONEYCUTT ST, SAN DIEGO, CA 92109-6124 | |
| 10925 | HATTABAUGH, JOHN, 28 PIERCE AVE, HAMILTON, MA 01982 | |
| 10924 | HATTAWAY INSULATION COMPANY, 2940 ANDERSON CIRCLE, SMYRNA, GA 30080 | |
| 10924 | HATTAWAY INSULATION, 2940 ANDERSON CIRCLE, SMYRNA, GA 30080 | |
| 10925 | HATTAWAY, GARY, 1 KIRK ST, TALLULAH, LA 71283 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HATTEN, KIMLA, 622 MARTHA DR, ANDERSON, SC 29624

10925   HATTEN, MARCIA, 3708 TRILOGY DR, PLANO, TX 75075

10925   HATTEN, PHILLIP, 5209 LITTLE JOHN, PASCAGOULA, MS 39581

10925   HATTEN, VICKIE, 1048 MICHIGAN AVE, SLIDELL, LA 70458

10925   HATTIC, C, B,

10924   HATTIESBURG CONCRETE PROD, 2098 GLENDALE AVE, HATTIESBURG, MS 39401

10925   HATTLEY, MARK, 1521 E. REDBIRD, DALLAS, TX 75241

10925   HATTMAN, JAMES, 18535 FORESTON ROAD, PARKTON, MD 21120-9672

10925   HATTON, GLORIA, 3705 MCCARLEY DR S, COLUMBUS, OH 43228

10925   HATTON, JUDITH, 2217 PRINCESS ANN ST., 2001, FREDERICKSBURG, VA 22401

10925   HATTON, SUSAN, 32 CHURCH ST, WEST SPRINGFIELD, MA 01089

10925   HATTON, T ALAN, 20 WILLARD GRANT ROAD, SUDBURY, MA 01776

10925   HATTON, THOMAS, 245 SEGUNDO, RIDGECREST, CA 93555

10925   HATZENBELER, WANDA, 310 SOUTHPARK DR, WAPATO, WA 98951-1421

10924   HATZER R/M, 1 MILE NO. ON ROUTE 23, STREATOR, IL 61364

10924   HATZER READY MIX, 602 E. LUNDY, STREATOR, IL 61364

10924   HATZER READY MIX, 602 LUNDY STREET, STREATOR, IL 61364-3051

10925   HATZIDAKIS, SOLON, 12 REBEL LN, MANCHESTER, NH 03103

10925   HAUBRICH, MARY JEANNE, 2 CIRCLE DRIVE, STROUDSBURG, PA 18360

10925   HAUBRICH, RONALD, 1106 TREE ST, PHILADELPHIA, PA 19148

10925   HAUBRICK, RICHARD, 15364 FLANDERS, SOUTHGATE, MI 48195

10925   HAUCK MANUFACTURING CO, PO BOX 8538-141, PHILADELPHIA, PA 19171-0141

10925   HAUCK MFG CO., PO BOX 8538-141, PHILADELPHIA, PA 19171-0141

10925   HAUCK MFG. CO., PO BOX 90, LEBANON, PA 17042

10925   HAUCK, ALLEN, 3516 W. WAUKEGAN RD., MCHENRY, IL 60050

10925   HAUCK, KATHLEEN, W10729 WILDWOOD WAY, POYNETTE, WI 53955

10925   HAUCK, PAUL, 118 THRUSH AVE, PEKIN, IL 61554

10925   HAUDE, WILLIAM, ONE FIFTH AVE APT 5H, NEW YORK, NY 10003

10925   HAUER, PHYLLIS, 1600 SANSABA, BOSSIER CITY, LA 71112

10925   HAUFF, RITA, 10878 PONDS LN, CINCINNATI, OH 45242

10925   HAUFFE, DAWN, 3674 CARTWRIGHT CT, BONITA SPRINGS, FL 33923

10925   HAUG, DAVID, 139 UNION AVE NW, A, RENTON, WA 98059

10925   HAUG, GAYLE, CUST FOR ZACHARY HAUG, UNDER PA UNIF TRANS TO MIN ACT, 260 HARPER ST, MORRISVILLE, PA 19067-1115

10925   HAUG, J, 506 BADER VILLA EST W, LISBON, WI 53950

10925   HAUGAN, LEONARD, PO BOX 392, DUNDEE, IL 60118-0392

10925   HAUGEN, DAVID, 509 SLINGER ROAD, SLINGER, WI 53086

10925   HAUGER, BILLY, 4611 TAFT BLVD #268, WICHITA FALLS, TX 76308

10925   HAUGER, KARI, 1911 WESTMEAD, HOUSTON, TX 77077

10925   HAUGER, OSCAR, 24 OLD ETNA RD, LEBANON, NH 03766

10925   HAUGH, MARI, 2913 CIMMERON TRAIL, MADISON, WI 53719

10924   HAUL CONSTRUCTION, 2452 HWY 7 N, HARRISON, AR 72601

10925   HAULDRIDGE, MINGUEL, 8 HOBSON AVE, HAMILTON, NJ 08610

10925   HAULK, JERRY, 2607 CRYSTAL LAKE ACRES DR, LAKELAND, FL 33801-9763

10925   HAULK, ROBERT, PO BOX 2667, BARTOW, FL 33830-2667

10925   HAUMANN, LOIS, 14 VILLA DRIVE, NO PROVIDENCE, RI 02911

10925   HAUN, BARBARA A., 29 SUMMER GLEN DR, SIMPSONVILLE, SC 29681

10925   HAUN, BARBARA, 29 SUMMER GLEN DRIVE, SIMPSONVILLE, SC 29681

10925   HAUN, BARBARA, W 421 RIVERSIDE, SPOKANE, WA 99201

10925   HAUN, CHARLES, 1705 CORRAL LANE, DANDRIDGE, TN 37725

10925   HAUNTSMAN, MARK, 2-302 ROEDEAN DRIVE, NASHUA, NH 03063

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HAUPIN, JAMES, 1623 S CRESCENT BLVD, YARDLEY, PA 19067

10925   HAUPT, CHARLES D, 12911 ERIN DR, AUBURN, CA 95603-2864

10925   HAUPT, CHARLES, 4621 CASTANA DRIVE, CAMERON PARK, CA 95682

10925   HAUPT, TRACEY, W12189 REYNOLDS RD, LODI, WI 53555

10924   HAUSER TECHNICAL SERVICES, 4750 NAUTILUS CT SOUTH, PO BOX 637, BOULDER, CO 80301

10924   HAUSER TECHNICAL SERVICES, PO BOX 637, QUINCY, MA 02171

10925   HAUSER, BEVERLY, 422 E 7TH, UPLAND, CA 91786

10925   HAUSER, DON, 430 FOX RUN BLVD, TAVARES, FL 32778

10925   HAUSER, ELAINE, 3835 WILSHIRE CIRCLE WEST, SARASOTA, FL 34238

10925   HAUSER, JOSEPH, DORSET HSE C-102 2500 NE 135TH, NORTH MIAMI, FL 33181

10925   HAUSER, KARLA, N9W27366 JACQUELYN, WAUKESHA, WI 53188

10925   HAUSER, KATHLEEN, N136 W15560 BONNIWELL ROAD, GERMANTOWN, WI 53022

10925   HAUSHERR, ROBERT, 120 N. OAK PARK AVE., OAKPARK, IL 60301

10924   HAUSMAN CONSTRUCTION, 11590 N.MERIDIAN, CARMEL, IN 46032

10925   HAUSMANN, MICHAEL, 3710 SUTTON WAY, HIGH POINT, NC 27260

10925   HAUSNER, TOBA, 203 BREWSTER AVE, SILVER SPRING, MD 20901

10925   HAUTER, KAREN, 1684 MECHANICSBURG RD BOX 178, WOOSTER, OH 44691

10925   HAVARD, LORI, 2558 FLOWOOD DRIVE, PEARL, MS 39208-9362

10924   HAVEN REDI-MIX, 307 W. MAIN, HAVEN, KS 67543

10924   HAVEN REDI-MIX, P O BOX 127, HAVEN, KS 67543

10924   HAVEN REDI-MIX, P.O.BOX 127, HAVEN, KS 67543

10925   HAVEN, LEE, 2585 NEWBERRY AVE, GREEN BAY, WI 54302

10925   HAVEN, PATTY, 9150 WARNER, SALINE, MI 48176

10925   HAVEN, THE, 21441 BOCA RIO ROAD, BOCA RATON, FL 33433

10925   HAVENAR, PAMELA, 6862 SEWELL ST, FORDOCHE, LA 70732

10925   HAVENER, THOMAS, 612 E ROBINSON, KNOXVILLE, IA 50138

10925   HAVENS, ARTHUR, 113 W. 10TH APT. #4, IMPERIAL, CA 92243

10925   HAVENS, JAMES, P/O/ BOX 1331, QUINLAN, TX 75474

10925   HAVENS, MARVIN, 206 HACKNEY ROAD, GREER, SC 29651-5409

10925   HAVERFIELD, D, 26 TAYLOR ST, BIDDEFORD, ME 04005

10925   HAVERFORD COLLEGE, 370 LANCASTER PIKE, HAVERFORD, PA 19041-1392

10925   HAVERFORD COLLEGE, 370 W LANCASTER AVE, HAVERFORD, PA 19041-1392

10924   HAVERFORD HIGH, 6 BLOCKS OFF RT#3, DARBY ROAD, HAVERFORD, PA 19083

10925   HAVERSAT, F RAYMOND, 311 1402 AUBURN WAY N, AUBURN, WA 98002-0000

10924   HAVERTY FURNITURE, C/O ALPHA INSULATION, KENNESAW, GA 30144

10925   HAVEY-SHIVERS, SHEILA, 903 WEST ST, WALPOLE, MA 02081

10925   HAVIG, SHELLEY, 727 S. RIDGEMONT DR., ALLEN, TX 75002

10924   HAVILAND PRODUCTS CO, 421 ANN ST NW, GRAND RAPIDS, MI 49504

10924   HAVIN CONCRETE MATERIALS, 445 W GRAVOIS, SAINT CLAIR, MO 63077

10924   HAVIN MATERIAL SERVICE, 19TH & FRISCO TRACKS, ROLLA, MO 65401

10924   HAVIN MATERIAL SERVICE, 445 W GRAVOIS, SAINT CLAIR, MO 63077

10924   HAVIN MATERIAL SERVICE, HWY 19 & NORTH SERVICE ROAD, CUBA, MO 65453

10924   HAVIN MATERIAL SERVICE, PRINGFIELD ROAD, SULLIVAN, MO 63080

10924   HAVIN MATERIALS INC, HWY 76 E, FORSYTH, MO 65653

10925   HAVLIK JT TEN, ARTHUR J & THERESA, 705 MAYBURN, DEARBORN, MI 48128-1647

10925   HAVLIK, DIANE, 4915 KESLER RD NW, CEDAR RAPIDS, IA 52405

10925   HAVLIK, R, ROUTE 2, LODI, WI 53555

10925   HAVNER, KATHLEEN, 16 GENEVA DRIVE, HOPEWELL JCT, NY 12533

10924   HAW, 955 CORNERSVILLE ROAD, LEWISBURG, TN 37091

10925   HAWAII ATTY GENERAL, ATTN: EARL I ANZAI, 425 QUEEN ST, HONOLULU, HI 96813

10924   HAWAII CARGO, 1417 S. EASTMAN AVE., LOS ANGELES, CA 90050

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    HAWAII CHEMICAL & SCIENTIFIC, (CONSIGNEE), 4115 W. OGDEN AVENUE, CHICAGO, IL 60623

10924    HAWAII CHEMICAL & SCIENTIFIC, 2363 NORTH KING STREET, HONOLULU, HI 96819

10925    HAWAII DEPT OF HEALTH, 1250 PUNCHBOWL ST , 3RD FL, HONOLULU, HI 96813

10925    HAWAII DEPT OF HEALTH, 1250 PUNCHBOWL ST, 3RD FL, HONOLULU, HI 96813

10925    HAWAII DEPT OF HEALTH, BRUCE ANDERSON DIR, 1250 PUNCHBOWL ST, HONOLULU, HI 96813

10925    HAWAII DEPT OF LAND & NAT RESOURCES, KALANIMOKU BLDG, ROOM 130, 1151 PUNCHBOWL ST, HONOLULU, HI 96813

10925    HAWAII DEPT OF LAND & NATURAL RESOURCES, KALANIMOK, ROOM 130, 1151 PUNCHBOWL ST, HONOLULU, HI 96813

10924    HAWAII PACIFIC INT.INC, 25 DIVISION ST, SAN FRANCISCO, CA 94103

10924    HAWAII PACIFIC, CAMBRIDGE, MA 02140

10924    HAWAII UNDERSEA RESEARCH LABORATORY, 1000 POPE ROAD, MSB 303, HONOLULU, HI 96822

10924    HAWAIIAN CEMENT - DIVISION, 91-055 KAOMI LOOP, EWA BEACH, HI 96706

10925    HAWAIIAN CEMENT, PO BOX 31000, HONOLULU, HI 96849-5277

10924    HAWAIIAN CEMENT-DIVISION, 91-055 KAOMI LOOP, KAPOLEI, HI 96707

10925    HAWAIIAN-ECO SYSTEMS INC, BLDG 4, 1020 AUHAI ST, HONOLULU, HI 96814

10924    HAWAIIN CEMENT-DIVISION, 91-055 KAOMI LOOP, EWA BEACH, HI 96706

10925    HAWARD, RICHARD, 38040 ISLAND DRIVE, NEHALEM, OR 97131-9308

10925    HAWE, MELANIE, 5710 CEDAR LANE, COLUMBIA, MD 21044

10925    HAWES CAMERON, 1611 S. MAIN ST, PO BOX 655, HOPKINSVILLE, KY 42241

10925    HAWES, CARL, 7123 KY 1389, OWENSBORO, KY 42303-9758

10925    HAWES, JOHN, 211 37TH AVE NO, NASHVILLE, TN 37209

10925    HAWES, LEO, 629 MAIN ST, PO BOX 314, LANSING, IA 52151

10925    HAWK COLLISION & FRAME INC., 77 OCONNOR ROAD, FAIRPORT, NY 14450

10925    HAWK LABELING SYSTEMS, PO BOX 208, STILLWATER, MN 55082

10924    HAWK RIDGE GOLF CLUB, HWY 372, HOLLY SPRINGS, GA 30142

10925    HAWK, DAVID, 1905 PORTAGE ROAD, A-K, WOOSTER, OH 44691

10925    HAWK, JOHN, 514 LEE DRIVE, MORRISTOWN, TN 37814

10925    HAWK, R, 125 WILD TURKEY LANE, FAYSTON, VT 05673

10925    HAWK, SANDRA, PO BOX 582, JEANERETTE, LA 70544

10925    HAWK, WALTER, 366 KIMBER RD, WOOSTER, OH 44691

10925    HAWKE, PATRICK, 3800 HARRISON ST NW, WASH, DC 20015

10925    HAWKES JR, J B, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    HAWKES JR, J BARRY, 87 SUMMER ST, WATERTOWN, MA 02472-3813

10925    HAWKES, BARRY, 87 SUMMER ST, WATERTOWN, MA 02172

10925    HAWKES, JR, PHILLIP, 815 CENTRE ST., TRENTON, NJ 08610

10924    HAWKEYE FIRE & SAFETY COMPANY, 716 OAKLAND ROAD NE, CEDAR RAPIDS, IA 52402

10924    HAWKEYE READY MIX, 309 1ST AVENUE, CORALVILLE, IA 52241

10924    HAWKEYE READY MIX, 321 W. CHERRY STREET, NORTH LIBERTY, IA 52317

10924    HAWKEYE READY MIX, P O BOX 1367, CEDAR RAPIDS, IA 52406

10924    HAWKEYE READY MIX, P.O. BOX 1367, CEDAR RAPIDS, IA 52406

10924    HAWKEYE RUBBER MFG., 915 SHAVER RD. NE, CEDAR RAPIDS, IA 52406

10924    HAWKEYE RUBBER MFG., PO BOX 1387, CEDAR RAPIDS, IA 52406

10925    HAWKINS & NORRIS, 2501 GRAND AVE , SUITE C, DES MOINES, IA 50312

10925    HAWKINS AUTO PARTS, 1860 MONTCLAIR ROAD, IRONDALE, AL 35210

10924    HAWKINS CHEMICAL, INC., 3100 E. HENNEPIN AVENUE, MINNEAPOLIS, MN 55413

10924    HAWKINS GLASS CO, 77018 SOUTHERN DRIVE, SPRINGFIELD, VA 22150

10925    HAWKINS GUINN, NORTH 501 RIVERPOINT BLVD., SUITE 121, SPOKANE, WA 99202

10925    HAWKINS HAWKINS, 14901 QUORUM DR, SUITE 525, DALLAS, TX 72540

10925    HAWKINS III, GEORGE, 15100 ELLA BLVD, 1310, HOUSTON, TX 77090-7036

10924    HAWKINS INC, 3100 E. HENNEPIN AVE, MINNEAPOLIS, MN 55413

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAWKINS JR, THEODORE, RT 2 BOX 648, LITTLETON, NC 27850 | |
| 10925 | HAWKINS WHALEY, MECHELLE, 5764 STEVENS FOREST ROAD, COLUMBIA, MD 21045 | |
| 10925 | HAWKINS, ALAN, 200 MADISON LANE, TRUSSVILLE, AL 35173 | |
| 10925 | HAWKINS, ALLEN, 201 PEARSON RD, WOODRUFF, SC 29388-9450 | |
| 10925 | HAWKINS, ALLEN, 410 WILSON, MT HOLLY, NC 28120 | |
| 10925 | HAWKINS, AMY, 9744 BUNTING DR., BATON ROUGE, LA 70839 | |
| 10925 | HAWKINS, ANGELA, PO BOX 75, JAMESTOWN, IN 46147 | |
| 10925 | HAWKINS, ANN, RT 2 BOX 366, PROSPERITY, SC 29127 | |
| 10925 | HAWKINS, BETTY, 436 MELVIN RD, LITTLETON, NC 27850 | |
| 10925 | HAWKINS, BRYANT A, 2512 17TH ST., LAKE CHARLES, LA 70601 | |
| 10925 | HAWKINS, BRYANT, 2512 SEVENTEENTH ST, LAKE CHARLES, LA 70601 | |
| 10925 | HAWKINS, CLAUDIA, 8914 ROSE LANE, RAYTOWN, MO 64133 | |
| 10925 | HAWKINS, DEE, 4695 CUTTER MILL RD, MARTINEZ, GA 30907 | |
| 10925 | HAWKINS, DONNA, 8749 N. 72ND ST #4, MILWAUKEE, WI 53223 | |
| 10925 | HAWKINS, GLENDA, 201 PEARSON RD, WOODRUFF, SC 29388-9450 | |
| 10925 | HAWKINS, GREGORY, 112 CREEK EDGE COURT, WAUNAKEE, WI 53597 | |
| 10925 | HAWKINS, GUYRENE, 235 S. 15TH ST., PHILADELPHIA, PA 19102 | |
| 10925 | HAWKINS, HARLIN, 4321 BLRSFRY RD NE, CEDAR RAPIDS, IA 52411 | |
| 10925 | HAWKINS, JACK, 209 W. 200 S, VERNAL, UT 84078 | |
| 10925 | HAWKINS, JAMES, 119 WALTERS ROAD, INMAN, SC 29349-9447 | |
| 10925 | HAWKINS, JAMES, 3618 KINGS POINT ROA, BALTIMORE, MD 21133 | |
| 10925 | HAWKINS, JO, 105 PEARSON RD, WOODRUFF, SC 29388-9450 | |
| 10925 | HAWKINS, JOHN, RT 3 BOX 465, MOMENCE, IL 60954 | |
| 10925 | HAWKINS, JOHNIE, 1721 WEST ARCH ST, TAMPA, FL 33607 | |
| 10925 | HAWKINS, KATHLEEN H, RT 2 BOX 293, DERIDDER, LA 70634 | |
| 10925 | HAWKINS, KEVIN, 1004 N PATTERSON, MCKEESPORT, PA 15132 | |
| 10925 | HAWKINS, LAVITA, 6129 FIRST PLACE, NE, WASHINGTON, DC 20011 | |
| 10925 | HAWKINS, MARION, 3367 N 77TH AVE, PHOENIX, AZ 85033 | |
| 10925 | HAWKINS, MARSHALL, 3020 CLARK ROAD, SPARTANBURG, SC 29316-9764 | |
| 10925 | HAWKINS, MARY, RT 2 BOX 154, KIRBYVILLE, TX 75956 | |
| 10925 | HAWKINS, MILTON, 2424 BIBURY LANE APT. 103, BALTIMORE, MD 21244 | |
| 10925 | HAWKINS, NANCY, 3020 CLARK ROAD, SPARTANBURG, SC 29316 | |
| 10925 | HAWKINS, NEVADA, POBOX 517, WEST MEMPHIS, AR 72303 | |
| 10925 | HAWKINS, NEVILLE, 9918 PALM AVE, BAKERSFIELD, CA 93312 | |
| 10925 | HAWKINS, PATRICK, 3429 TOWNHILL DR., GRAND BLANC, MI 48539 | |
| 10925 | HAWKINS, REGINALD, 4624 CHELTENHAM RD, FAYETTEVILLE, NC 28304 | |
| 10925 | HAWKINS, ROBERT, PO BOX 1944, CHESTERFIELD, VA 23832 | |
| 10925 | HAWKINS, SANDRA, 4321 BLRSFRY RD NE, CEDAR RAPIDS, IA 52411 | |
| 10925 | HAWKINS, SHIRLEY, 108 CLAYTON ST, GREER, SC 29650 | |
| 10925 | HAWKINS, STANLEY, 107 WESTVIEW, IOWA PARK, TX 76367 | |
| 10925 | HAWKINS, STEVEN, 65 CENTURY CIR 900E, GREENVILLE, SC 29607 | |
| 10925 | HAWKINS, STEVEN, 682 DOUGHERTY TERRACE DRVIE, MANCHESTER, MO 63021 | |
| 10925 | HAWKINS, TIMOTHY, 919 BELCHER RD, SPARTANBURG, SC 29303 | |
| 10925 | HAWKINS, TOM E, 7227 INTERLAAKEN DR S W, TACOMA, WA 98499-1806 | |
| 10925 | HAWKINS, VANESSA, 1749 LITTLE CREEK DRWOODLAWN MD 21207, WOODLAWN, MD 21207 | |
| 10925 | HAWKINS, WENDY, 1078 MAYFAIR ST, SPARTANBURG, SC 29303 | |
| 10925 | HAWKINS, WHITEY, RT 1 BOX 670, LONGVIEW, TX 75602 | |
| 10924 | HAWKRIDGE ENTERPRISES INC, ATTN:  ACCOUNTS PAYABLE, AUGUSTA, GA 30903 | |
| 10924 | HAWKRIDGE ENTERPRISES, 1245 D'ANTIGNAC STREET, AUGUSTA, GA 30901 | |
| 10924 | HAWKRIDGE ENTERPRISES, INC., 1010 PONDEROSA DRIVE, NORTH AUGUSTA, SC 29841 | |
| 10925 | HAWKS, AMY, 423 THOMAS ST, FRANKLIN, VA 23851 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HAWKS, LOU, 1915 AUGUSTA, 44, HOUSTON, TX 77057

10925   HAWLEY MOTORS INC., 306 WEST MAIN ST, BATAVIA, NY 14020

10925   HAWLEY, AUDREY, 134 UNION PLACE, RIDGEFIELD PARK, NJ 07660

10925   HAWLEY, BONNIE, 660 SCHOLL RD, MANSFIELD OH, OH 44907

10925   HAWLEY, CLAUDIA, 5900 D CHASON, FAYETTEVILLE, NC 28314

10925   HAWLEY, ELIZABETH, 1608 SUJOHN RD, RALEIGH, NC 27609

10925   HAWLEY, LENDELL, 2253 SELWYN PLACE, ROCK HILL, SC 29732

10925   HAWLEY, NANCY, PO BOX 1358 2344 N LAKEVIEW DR, NEWPORT, NC 28570

10925   HAWLEY, RHONDA, 5214 WINDY WILLOW DR, LOUISVILLE, KY 40241

10925   HAWN, JENNIFER, PO BOX 13193, MONROE, LA 71213

10925   HAWN, MONICA, 1308 WESTRIDGE, IOWA PARK, TX 76367

10925   HAWORTH, MARY JANE, 2370 HUNTER LAKE DRIVE, RENO, NV 89509

10925   HAWORTH, STEPHEN, 1002 N CHESTNUT ST, GREEN BAY, WI 54303

10924   HAWS COMPANY, 1455 KLEPPE LANE, SPARKS, NV 89431

10924   HAWTHORN TRANSPORTATION, 29 N. 9TH STREET, MINNEAPOLIS, MN 55403

10925   HAWTHORN, JAMES, PO BOX 1125, JUPITER, FL 33468-1125

10924   HAWTHORNE K-8 SCHOOL, 807 27TH AVE. NORTH, MINNEAPOLIS, MN 55411

10925   HAWTHORNE, DAVID, 3500 PELHAM RD #176A, GREENVILLE, SC 29615

10925   HAWTHORNE, KICHA, 4461 SHADOWOOD DR, MARTINEZ, GA 30907

10925   HAWTHORNE, PAULA, 4405 PARKER AVE., LOUISVILLE, KY 40212

10925   HAWTHORNE, STEVEN, 209 PAUL AVE, GUYMON, OK 73942-5357

10925   HAWTHORNE, THERESA, 2 SOUTHSIDE CIRCLE, PIEDMONT, SC 29673

10925   HAXBY SOMERS, 2403 WOODHURST DR, FARIBAULT, MN 55021-2226

10925   HAY GROUP INC, PO BOX 828352, PHILADELPHIA, PA 19182-8352

10925   HAY, CLARICE, 1824 CHESTNUT ST., HARRISBURG, PA 17104

10925   HAY, GEORGE A, MYRON TAYLOR HALL, ITHACA, NY 14853

10925   HAY, JAMES, 2701 BRENDA CT, AUGUSTA, GA 30906

10925   HAY, KAREN, 258 BEAL RD, WALTHAM, MA 02154

10925   HAYAES MANUFACTURING GROUP INC, POBOX 595, NEENAH, WI 54957-0595

10925   HAYDAL, ALAN, 4124 MORGAN AVE, BILLINGS, MT 59101

10924   HAYDEL & SONS, CAMBRIDGE, MA 02140

10924   HAYDEL BROTHERS, 2083 HOPE STREET, NEW ORLEANS, LA 70119

10924   HAYDEL BROTHERS, AGRICULTURAL STREET, NEW ORLEANS, LA 70119

10924   HAYDEL BROTHERS,INC., 2083 HOPE STREET, NEW ORLEANS, LA 70119

10925   HAYDEL, RONNIE, 204 ASPEN DRIVE, HOUMA, LA 70360

10925   HAYDEN BONDED STORAGE, 160 NW 16TH ST, BOCA RATON, FL 33432

10925   HAYDEN ELECTRIC CONTRACTORS INC, 561 SW 9 TERRACE, POMPANO BEACH, FL 33069

10924   HAYDEN INDUSTRIES, INC., 1306 BROADWAY, ALBANY, NY 12204

10925   HAYDEN JR, THOMAS H, 6838 VICKSBURG ST, NEW ORLEANS, LA 70124-3344

10925   HAYDEN WOODS LP, PO BOX 6464, BOSTON, MA 02212-6464

10925   HAYDEN, A, 1624 GARDEN ST, 2, SANTA BARBARA, CA 93101

10925   HAYDEN, BRADLEY, 206 DIAMOND DR. SE, CALGARY, AB T2J7C8CANADA          *VIA Deutsche Post*

10925   HAYDEN, CALVIN, 246 FULLER TERRACE, ORANGE, NJ 07050

10925   HAYDEN, DANIEL, 202 FIRST AVE., GLEN BURNIE, MD 21060

10925   HAYDEN, JENNIFER, 17 ARLENE AVE, WILMINGTON, MA 01887

10925   HAYDEN, JOHN, 25 W CRESCENT AVE, WOODLAWN, KY 41071

10925   HAYDEN, KAREN, PO BOX 366 BEL ALTON RD, BEL ALTON, MD 20611

10925   HAYDEN, KEITH, PO BOX 1405, MARSTON MILLS, MA 02648

10925   HAYDEN, MATTHEW D, RURAL RT. 1 BOX 99, FARMINGTON, IL 61531

10925   HAYDEN, MATTHEW, RR1 - BOX 99, FARMINGTON, IL 61531

10925   HAYDEN, MONICA, 41851 CEMETERY RD, LEONARDTOWN, MD 20650

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HAYDEN, PAMELA, 5214 PINEBROOK DR., APT. G, INDIANAPOLIS, IN 46254

10925   HAYDEN, RICHARD, 17 ARLENE AVE, WILMINGTON, MA 01887

10925   HAYDEN, RONALD, 20 TONI TERRACE, FT THOMAS, KY 41075

10925   HAYDEN, THOMAS, 8 EVERELL RD, WINCHESTER, MA 01890

10925   HAYDON, FRANK, 3704 E 14TH ST, VANCOUVER, WA 98661-5425

10925   HAYDON, TODD, 405 REGENTS PARK LA, NOBLESVILLE, IN 46060

10925   HAYES BOILER & MECHANICAL INC., 2160 N. ASHLAND AVE., CHICAGO, IL 60614-3099

10925   HAYES BOILER & MECHANICAL, 2160 N. ASHLAND AVE., CHICAGO, IL 60614-3099

10925   HAYES CHRYSLER PLYMOUTH, PO BOX 727, OAKWOOD, GA 30566

10925   HAYES FENCE COMPANY, 86 BLEEKER ST, ATLANTA, GA 30340

10925   HAYES II, JERRY, 5836 BLUE SPRUCE LANE, CINCINNATI, OH 45224

10925   HAYES INSTRUMENT SERVICE INC, 530 BOSTON ROAD, BILLERICA, MA 01821

10925   HAYES MECHANICAL INC, 2160 N ASHLAND AVE, CHICAGO, IL 60614-3024

10925   HAYES MECHANICAL, 2160 NORTH ASHLAND AVE, CHICAGO, IL 60614-3024

10925   HAYES MFG GROUP INC., PO BOX 595, NEENAH, WI 54957-0595

10925   HAYES MICROCOMPUTER PRODUCTS INC, PO BOX 100229, ATLANTA, GA 30348

10925   HAYES PUMP & MACHINERY CO., PO BOX 11165, BOSTON, MA 02211

10925   HAYES PUMP INC., 666 OLD POWDER MILL ROAD, WEST CONCORD, MA 01742

10925   HAYES PUMP INC., PO BOX 11165, BOSTON, MA 02211

10924   HAYES TRUCKING & CONCRETE, INC., 1100 W. RAILROAD AVE., TUCUMCARI, NM 88401

10924   HAYES TRUCKING & CONCRETE, INC., 1415 S. JACKSON, TUCUMCARI, NM 88401

10925   HAYES, 3115 FRONTAGE ROAD, GAINESVILLE, GA 30501

10925   HAYES, ALFIE, 7 HEATH HEIGHTS, GLOUCESTER, MA 01930

10925   HAYES, ALTHEA, 24040 NILAN DR, NOVI, MI 48050

10925   HAYES, ANTOINE, 7551 DUNE DRIVE, NEW ORLEANS, LA 70128

10925   HAYES, BILLY, 219 SUSIE RD, BELTON, SC 29627

10925   HAYES, BRIAN, 119 DEPOT ST, DUXBURY, MA 02332

10925   HAYES, C, 408 HIGH VALLEY BLVD, GREENVILLE, SC 29605

10925   HAYES, CHARLES, 108 WILLOWOOD DR, INMAN, SC 29349

10925   HAYES, CHERYL, 1912 HARRIS DRIVE, GREENSBORO, NC 27406

10925   HAYES, CHRISTINA, 526 N. GOULD, SHERIDAN, WY 82801

10925   HAYES, DENNIS, N7380 HWY 44, PARDEEVILLE, WI 53954

10925   HAYES, DENNIS, PO BOX 457, PARDEEVILLE, WI 53954

10925   HAYES, DENVER, PO BOX 471, MEEKER, CO 81641

10925   HAYES, DIRK, 16005 APPLEWOOD LANEAPT. 104, ORLAND HILLS, IL 60477

10925   HAYES, DIRK, 4099 W 71ST ST, CHICAGO, IL 60629

10925   HAYES, DONALD, 16700 GOLF CLUB DR #115, CROSBY, TX 77532

10925   HAYES, DONNA, 4629 RIVERPARK DR., FORT WORTH, TX 76137

10925   HAYES, E, 2212 BROADSTONE DR, ROSEVILLE, CA 95661

10925   HAYES, FLORENCE, 1631 MORNINGLO LN, COLUMBIA, SC 29223

10925   HAYES, GARY, PO BOX 464, DUNCAN, SC 29334

10925   HAYES, GEORGE, 229 DAVID RDT, GREER, SC 29651-9805

10925   HAYES, GERTRUDE, 92A MIDDLESEX VILLAGE, MIDDLESEX, NJ 08846

10925   HAYES, HELEN H, 24 RIVER DRIVE EXT, WILLIAMSTON, SC 29697

10925   HAYES, HOWARD, 2930 ELLICOTT DRIVE, BALTIMORE, MD 21216

10925   HAYES, J, 6811 FORREST CIRCLE, BARTLETT, TN 38135

10925   HAYES, JEFFREY, PO BOX 856, LAKE ZURICH, IL 60047-0856

10925   HAYES, JEFFREY, PO BOX 927, JENA, LA 71342

10925   HAYES, JODY, 3925 NORTH OAK LANE, SULPHUR, LA 70665

10925   HAYES, JUAN, 2508 HIGHLAND, MARRERO, LA 70072

10925   HAYES, JUDITH, 18270 ELERON RD, CHAMPLAIN, VA 22438

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HAYES, KAREN, 108 WILLOWOOD DR, INMAN, SC 29349

10925   HAYES, KATHERINE E, CUST FOR SUSANNAH E HAYES, UNDER UNIF GIFT MIN ACT FL, 24 ROCKWELL LANE, SARASOTA, FL 34242-1617

10925   HAYES, KATHERINE, CUST FOR KENT A HAYES, UNDER THE FLORIDA GIFTS, TO MIN ACT, 24 ROCKWELL LANE, SARASOTA, FL 34242-1617

10925   HAYES, KATIE, 4780 COLLEGE AVE, SAN DIEGO, CA 92115

10925   HAYES, KEITH, 1315 MORREEN RD #221, DURHAM, NC 27705

10925   HAYES, KENNETH E, 10300 GRANT FOREST LN, SAINT LOUIS, MO 63123

10925   HAYES, KENNETH, 3624 APPLE ORCHARD LN, ST LOUIS, MO 63125

10925   HAYES, KERI, 2980 ANTELLA CT, SPARKS, NV 89434

10925   HAYES, KIMBERLEY, 926 E. BASTANCHURY R, PLACENTIA, CA 92870

10925   HAYES, KIMBERLY A, 21661 BROOKHURST ST APT 270, HUNTINGTON BEACH, CA 92646-8136

10925   HAYES, LAKEITHA, PO BOX 50802, FORTH WORTH, TX 76105

10925   HAYES, LARRY, 118 5TH ST SW APT F, CEDAR RAPIDS, IA 52404

10925   HAYES, LAWRENCE, 200 ARTHUR, BLAIR, NE 68008

10925   HAYES, MATTHEW, 169 SHERMAN ST, CAMBRIDGE, MA 02140-3206

10925   HAYES, MAUREEN, 41-09 48 ST, SUNNYSIDE, NY 11104

10925   HAYES, MICHAEL, 2980 ANTELLA CT, SPARKS, NV 89434

10925   HAYES, MONICA, 2806 CIRCLE COURT, MOBLIE, AL 36605

10925   HAYES, NORMAN, 134 WILDES DISTRICT RD., KENNEBUNKPORT, ME 04046

10925   HAYES, OLIVE M, CUST FOR SARAH M HAYES, UNIF GIFT MIN ACT CT, 4 PINEWOOD RD, BRANFORD, CT 06405-6414

10925   HAYES, PAMELA, 51-01 39 AVE, LONG ISLAND, NY 11104

10925   HAYES, PAMELA, 9115 TANDOM DR., FORT WASHINGTON, MD 20744

10925   HAYES, PATRICIA, 721 CRAWFORD AVE, BROOKLYN, NY 11223

10925   HAYES, PAUL, 1508 SUNSET DR, DENHAM SPRINGS, LA 70726

10925   HAYES, PAULA, 12790 UNION CHURCH, GRAND BAY, AL 36541

10925   HAYES, PERCY, 4132 N 21 ST, MILWAUKEE, WI 53209

10925   HAYES, ROBERT L, 24 RIVER DRIVE EXT, WILLIAMSTON, SC 29697

10925   HAYES, RONALD, 175 BEVERLY LANE, LYMAN, SC 29365

10925   HAYES, ROY, 15 LAMONT LANE, GREENVILLE, SC 29611-9341

10925   HAYES, ROY, 501 BEATRICE, PO BOX 302, TYRONE, OK 73951

10925   HAYES, SHANNON, 1508 SUNSET, DENHAM SPRINGS, LA 70726

10925   HAYES, SHARON, 11965 TROY ST, BATON ROUGE, LA 70811

10925   HAYES, SHAWN, 3920 N. 26TH ST, MILWAUKEE, WI 53206

10925   HAYES, STEPHEN, 112 LARCHWOOD DRIVE, SIMPSONVILLE, SC 29681

10925   HAYES, SUSAN B, 15232 E ANTONE, HOUSTON, TX 77071

10925   HAYES, THOMAS, 16254 PRINCETON AVE, TINLEY PARK, IL 60477

10925   HAYES, TOM, 6051 W 65 ST, BEDFORD PARK, IL 60638

10925   HAYES, TONI, 2608 OREGON AVE, LOUISVILLE, KY 40210

10925   HAYES, VAUGHN, 2809 RED SAILS, EL PASO, TX 79936

10925   HAYES, WILL, 1297 HAVER HILL, NAPERVILLE, IL 60540

10925   HAYES, WILLIAM, 7819 C CARLTON ARMS, INDDIANAPOLIS, IN 46256

10925   HAYES, YVONNE, 158 UNIVERSAL DR, ST PETERS, MO 63376

10925   HAYES, YVONNE, 2245 ROOSEVELT HWY. APT. 13, COLLEGE PARK, GA 30337

10925   HAYFORD, DAVID, RFD DIXI LANE, CHOCORUA, NH 03817-9998

10925   HAYGOOD - GREENVILLE SC, POBOX 198663, ATLANTA, GA 30384-8663

10925   HAYGOOD, BUCK, 945 ROSS AVE, BARTOW, FL 33830

10925   HAYGOOD, MARTA, 17065 NW 22ND ST, PEMBROKE PINES, FL 33028

10925   HAYGOOD, MICHAEL A., 7718 MILLER GLEN, HOUSTON, TX 77072

10925   HAYGOOD, ROBERT, 8710 DOGWOOD, TOMBALL, TX 77375

10925   HAYGOOD-JACKSON, PO BOX 198663, ATLANTA, GA 30384-8663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HAYLEY GOLDFELD, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   HAYLEY SELK GOLDFELD, 9059 NW 49TH COURT, CORAL SPRINGS, FL 33067

10925   HAYLEY, RUSSELL, 1007 N 2ND, IOWA PARK, TX 76367

10924   HAYM SOLOMON NURSING HOME, 2300 CROPSEY AVENUE, BROOKLYN, NY 11210

10925   HAYMAKER, MARY, 1805 NORTH SHILOH ROAD, INDIANAPOLIS, IN 46234-9675

10925   HAYMAN, EUGENE, 317 W OAK, DEER PARK, TX 77536

10925   HAYMAN, IDA, PO BOX 988 37 WAGON WHEEL LOOP, MURRELLS INLET, SC 29576

10925   HAYMAN, JUDITH, 6301 SW 93RD AVE, MIAMI, FL 33173

10925   HAYMAN, REGINA, 7774 CATHERINE AVE, PASADENA, MD 21122

10925   HAYMON, ROLAN, 1408 N MAIN ST, GALENA PARK, TX 77547

10925   HAYNER, JAMES, 10 LINCOLN ST, LEOMINSTER, MA 01453

10925   HAYNES INTERNATIONAL, INC, PO BOX 9013, KOKOMO, IN 46904-9013

10925   HAYNES INTL, INC, PO BOX 716020, CINCINNATI, OH 45271-6020

10925   HAYNES JR, MARION G, 7607 BISHOP DR, CHATTANOOGA, TN 37416-3507

10925   HAYNES MECHANICAL SYSTEMS, DEPT. 155, DENVER, CO 80271-0155

10925   HAYNES SR, MARION G, 7651 N BISHOP DR, CHATTANOOGA, TN 37416-3540

10925   HAYNES TRANE, 5654 GREENWOOD PLAZA BLVD., GREENWOOD VILLAGE, CO 80111-2385

10925   HAYNES, BARBARA, 140 FLOYD HEIGHTS DR, SPARTANBURG, SC 29303

10925   HAYNES, BEATRICE, 4435 BULLEN, SHREVEPORT, LA 71109

10925   HAYNES, BETTY, 214 RIVERSIDE DRIVE, OWENSBORO, KY 42303

10925   HAYNES, BEVERLY, 1908 N. 13TH, WACO, TX 76704

10925   HAYNES, CAROL, 4499 WOOD DUCK POINT, YORK, SC 29745

10925   HAYNES, CHRISTOPHER, 7500 GRACE DR., COLUMBIA, MD 21044

10925   HAYNES, CHRISTOPHER, 921 12TH ST R1, PASADENA, MD 21122

10925   HAYNES, CINDY, 1408 PINE ST, STONE MT., GA 30087

10925   HAYNES, DARCY, 3 SARGEANT AVE, SOMERVILLE, MA 02145

10925   HAYNES, E, 615 E. MAIN ST, NEW ALBANY, IN 47150

10925   HAYNES, ELLSWORTH, 109 ASHLAND DRIVE, ASHLAND CITY, TN 37015

10925   HAYNES, GAYE, 934 D ROME ST ROME ST, CARROLTON, GA 30117

10925   HAYNES, JAMES HUNTER, 324 WEST EARLE ST, GREENVILLE, SC 29609

10925   HAYNES, JOEL, 5455 MAHOCKER RD., MAZOMANIE, WI 53560

10925   HAYNES, JOHN, 1664 GREYSTONE LANE, LOGANVILLE, GA 30052

10925   HAYNES, JOHN, 1664 GREYSTONE LN, LOGANVILLE, GA 30052-4588

10925   HAYNES, JOHN, 518 POPE ROAD, CANTON, GA 30114

10925   HAYNES, JOHN, PO BOX 80851, ALBUQUERQUE, NM 87198

10925   HAYNES, JR, MARION, 6127 FLAG POINT DR, OOLTEWAH, TN 37363

10925   HAYNES, LARRY, PO BOX 24374, HOUSTON, TX 77229

10925   HAYNES, LAURIE, 300 LSP CIRCLE, KERENS, TX 75144

10925   HAYNES, MARGARET, 3825 RUDY MARTIN DR., OWENSBORO, KY 42301

10925   HAYNES, MARIANNE, 2400 JULIAN, HOUSTON, TX 77009

10925   HAYNES, MARIE T, 922 ARROWHEAD DRIVE, PALATINE, IL 60067

10925   HAYNES, MARY, 2915 W. JEFFERSON, DALLAS, TX 75211

10925   HAYNES, MARY, 8006 ALOHA DR, JONESBORO, GA 30236

10925   HAYNES, MICHAEL, 1109 DICUS MILL ROADR1, MILLERSVILLE, MD 21108

10925   HAYNES, MICHAEL, 1515 GREEN POND ROAD, SODDY-DAISY, TN 37379

10925   HAYNES, RALPH, 740 BEULAH CHURCH ROAD, CARROLLTON, GA 30117-8711

10925   HAYNES, ROBIN, 3601 DEE ST, SHREVEPORT, LA 71109

10925   HAYNES, RONALD, 14724 ATWATER, STERLING HEIGTS, MI 48313

10925   HAYNES, SANDRA, 1330 CONTRA COSTA AVE, RICHMOND, CA 94804

10925   HAYNES, SR, MARION, 7651 N. BISHOP DR., CHATTANOOGA, TN 37416

10925   HAYNES, STEPHEN, COLONIAL PINE APTS. APT #5610, LINDENWALD, NJ 08021

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAYNES, SUSANNE, 1112 WYNNCREST LN., ARLINGTON, TX 76006 | |
| 10925 | HAYNES, TIMOTHY A, 2601 COMMERCIAL BLVD, IRONDALE, AL 35210 | |
| 10925 | HAYNES, TIMOTHY, 681 WILLOW BEND LN, BESSEMER, AL 35023 | |
| 10925 | HAYNES, TOM, 4689 HALE RD, OWENSBORO, KY 42303 | |
| 10925 | HAYNIE, BRANDON, 125 CHATEAU TERRACE.APT 2, ATHENS, GA 30606 | |
| 10925 | HAYNIE, CRAIG, RT. 8, BOX 778, SAN ANGELO, TX 76902 | |
| 10925 | HAYNIE, DEMETRIA, 9504 COUNTY VIEW RD., DALLAS, TX 75249 | |
| 10924 | HAYNIE, F.L. CONSTRUCTION, 205 ARCADO ROAD, LILBURN, GA 30048 | |
| 10925 | HAYOS, OLGA, RES EL PIONIO APTO 2-B, 3RA AVENIDA STA EDUVIGIS, CARACAS, CARACAS | *VIA Deutsche Post* |
| 10925 | HAYS JR, WILLIAM, 4933 F.M. 2276 N., HENDERSON, TX 75652 | |
| 10925 | HAYS, ALLEN W, 8908 JENNINGS LANE, SPOTSYLVANIA, VA 22553 | |
| 10925 | HAYS, ALLEN, 8908 JENNINGS LN, SPOTSYLVANIA, VA 22553 | |
| 10925 | HAYS, ELIZABETH, 1971 WHITMAN RD, CONCORD, CA 94518 | |
| 10925 | HAYS, FRANCES, 111 W 9TH ST, CLOVIS, CA 93612 | |
| 10925 | HAYS, GENENE, RT. 2, BOX 1245, RUSTON, LA 71270 | |
| 10925 | HAYS, GREGORY, 3600 N HALIFAX RD, ROCKY MOUNT, NC 27804 | |
| 10925 | HAYS, JENNIFER, 21600 SUNNYSIDE, ST. CLAIR SHORES, MI 48080 | |
| 10925 | HAYS, LINDA, 344 4TH ST., KERSEY, CO 80644 | |
| 10925 | HAYS, MAXINE, 25172 SW CHICKADEE, DUNNELLON, FL 34431 | |
| 10925 | HAYS, PAUL, 4128 82ND ST, URBANDALE, IA 50322 | |
| 10925 | HAYS, R, PO BOX 404, OLIVE BRANCH, MS 38654 | |
| 10925 | HAYS, SARAH, 901 N. FANNIN ST., RICE, TX 75155 | |
| 10925 | HAYS, WALTER, 127 HILLBROOK DR, SPARTANBURG, SC 29307 | |
| 10925 | HAYTER, LAMONT, 905 EAST 83RD ST, KANSAS CITY, MO 64134 | |
| 10925 | HAYTON, J, 3721 MCDANIELS, BLUE SPRINGS, MO 64015 | |
| 10925 | HAYTON, THOMAS, 3035 DRY CREEK ROAD, SPARTA, KY 41086 | |
| 10924 | HAYWARD AREA MEMORIAL HOSPITAL, 11040 STATE RD 77, HAYWARD, WI 54843-6391 | |
| 10925 | HAYWARD BAKER INC, 1780 LEMONWOOD DRIVE, SANTA PAULA, CA 93060 | |
| 10924 | HAYWARD BAKER INC, 1780 LIMONWOOD DR, SANTA PAULA, CA 93060 | |
| 10924 | HAYWARD BAKER INC, 6850 BENJAMIN RD, TAMPA, FL 33634 | |
| 10924 | HAYWARD BAKER INC, 6850 BENJAMIN ROAD, TAMPA, FL 33634 | |
| 10924 | HAYWARD BAKER INC., 1780 LEMONWOOD DRIVE, SANTA PAULA, PR 93060PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HAYWARD BAKER INC., DOMENIGONI VLY RESERVOIR SITE, HEMET, CA 92543 | |
| 10924 | HAYWARD BAKER INC., JOBSITE, TAMPA, FL 33634 | |
| 10924 | HAYWARD BAKER, 206 DORMITORY DRIVE, CLINTON, MS 39056 | |
| 10925 | HAYWARD HIGH SCHOOL P.S.T.A., 1633 EAST AVE, HAYWARD, CA 94541 | |
| 10925 | HAYWARD HIGH SCHOOL PTSA, POBOX 5000, HAYWARD, CA 94540-5000 | |
| 10925 | HAYWARD INDUSTRIAL C/O PARGREE, 1224 CAPITOL DR, ADDISON, IL 60101 | |
| 10925 | HAYWARD INDUSTRIAL C/O PARGREEN SAL, 1224 CAPITOL DR, ADDISON, IL 60101 | |
| 10925 | HAYWARD INDUSTRIAL PRODUCTS CO INC, POBOX 911619, DALLAS, TX 75391-1619 | |
| 10925 | HAYWARD INDUSTRIAL, 9600-113 PULASKI PARK DR., BALTIMORE, MD 21220 | |
| 10925 | HAYWARD PROFLAME, 29265 PACIFIC ST, HAYWARD, CA 94544 | |
| 10925 | HAYWARD, ALLEN, 1227 DIVISION AVE, HOUMA, LA 70360 | |
| 10925 | HAYWARD, DARLENE, 3232 MONROE ST, ALEXANDRIA, LA 71301 | |
| 10925 | HAYWARD, JANET, RT 2, BOX 153, BLUE SPRINGS, MO 64015 | |
| 10925 | HAYWARD, KEVIN, 27 FIFTH ST, MEDFORD, MA 02155 | |
| 10925 | HAYWARD, LINDA, 75 TELLIER WAY, DRACUT, MA 01826 | |
| 10925 | HAYWARD, MAUREEN, 728 TIMBERLINE DR, VILLA HILLS, KY 41017 | |
| 10925 | HAYWARD, MICHELLE, 358 WOBURN ST, LEXINGTON, MA 02420 | |
| 10925 | HAYWARD, WILLIAM, 6000 RANDOLPH BLVD APT 1901, SAN ANTONIO, TX 78233-5770 | |
| 10924 | HAYWOOD COMMUNITY COLLEGE, 100 FREEDLAND DRIVE, CLYDE, NC 28721 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | HAYWOOD CROSSING & STATION, 135 HAYWOOD CROSSING DR, GREENVILLE, SC 29607 | |
| 10925 | HAYWOOD, CAROLYN, 28 MAGNOLIA ST, MALDEN, MA 02148 | |
| 10925 | HAYWOOD, JANICE, 2320 MADISON AVE, BALTIMORE, MD 21217 | |
| 10925 | HAYWOOD, MARK, 3609 SE 44TH, EDMOND, OK 73013 | |
| 10925 | HAYWOOD, ROBERT, 1212 DELAWARE AVE #D6, WILMINGTON, DE 19806 | |
| 10925 | HAYWOOD, ROY, 660 WASHINGTON DR, FIRHOPE, AL 36532 | |
| 10925 | HAYWOOD, SAMUEL, 422 ROBY LANE, HARTFORD, KY 42347 | |
| 10924 | HAYWORTH HALL OF SCIENCE, 805 MONTLEIU AVENUE, HIGH POINT, NC 27262 | |
| 10925 | HAYWORTH, S, 11250 DALE AVE 47, GARDEN GROVE, CA 92641 | |
| 10925 | HAYWORTH, SHARON, 11250 DALE AVE, GARDEN GROVE, CA 92641 | |
| 10925 | HAZ/CONTROL SOUTH BAY CHEMICAL, MELVIN NEILSEN, PO BOX 1626, GILROY, CA 95021 | |
| 10924 | HAZARD ONE/TRAWICK CONTRACTORS, 304 STEWAT AVE., FORT BENNING, GA 31905 | |
| 10925 | HAZARDOUS MATERIALS ADVISORY COUNCI, 1101 VT. AVE. NW, WASHINGTON, DC 20005 | |
| 10925 | HAZARDOUS SITES CLEANUP FUND, 555 NORTH LANE, LEE PARK,SUITE 6010, CONSHOHOCKEN, PA 19428 | |
| 10925 | HAZARDOUS SUBSTANCE & WASTE, 2976 WELLINGTON CIRCLE W, TALLAHASSEE, FL 32308 | |
| 10924 | HAZARDOUS WASTE FACILITY, KEYPORT, WA 98345 | |
| 10925 | HAZARDOUS WASTE FEES, POST OFFICE BOX 101190, ATLANTA, GA 30392 | |
| 10925 | HAZARDOUS WASTE RESPONSE FUND, 14 REILLY ROAD, FRANKFORT, KY 40601 | |
| 10925 | HAZARDOUS WASTE SPECIAL FUNDS, ASD-AR-B1, 4300 CHERRY CREEK DR SOUTH, DENVER, CO 80222-1530 | |
| 10925 | HAZARDS RESEARCH CORP, 200 VALLEY ROAD SUITE 301, MOUNT ARLINGTON, NJ 07856 | |
| 10924 | HAZ-CHEM ENVIRONMENTAL, 1121 NORTH MAIN ST., LOMBARD, IL 60148 | |
| 10924 | HAZ-CHEM, 1115 NATIONAL AVE, ADDISON, IL 60101 | |
| 10925 | HAZCO SERVICES INC, DRAWER # 64440, DETROIT, MI 48264-0440 | |
| 10924 | HAZCO SERVICES, 110 UNION VALLEY ROAD, CARTHAGE, TN 37030 | |
| 10924 | HAZCO SERVICES, INC., 6501 CENTERVILLE BUSINESS PARKWAY, CENTERVILLE, OH 45459 | |
| 10925 | HAZCO, 2006 SPRINGBORO WEST, DAYTON, OH 45439 | |
| 10924 | HAZCO, INC., 2005 SPRINGBORO W. ROAD, DAYTON, OH 45439 | |
| 10924 | HAZCO, INC., WINDSOR INDUSTRIAL PARK, WINDSOR, NJ 08561 | |
| 10924 | HAZCON INC, 9500 SW BARBUR BLVD. #100, PORTLAND, OR 97219 | |
| 10925 | HAZEKAMP, GRACE, 3224 N 1718OE RD, MOMENCE, IL 60954 | |
| 10925 | HAZEL & THOMAS, 3110 FAIRVIEW PARK DR, FALLS CHURCH, VA 22042 | |
| 10925 | HAZEL & THOMAS, 3110 FAIRVIEW PARK DR., FALLS CHURCH, VA 22042 | |
| 10925 | HAZEL BARTELS, 623 HIGHLAND AVE, SAC CITY, IA 50583-2412 | |
| 10925 | HAZEL FORTMAN, C/O CHEMICAL BANK, BYPASS TRACER, 450 W 33RD ST, NEW YORK, NY 10001-2603 | |
| 10925 | HAZEL GORDON KAUFMAN, BOX 1555, SANTA FE, NM 87504-1555 | |
| 10925 | HAZEL KENIS, 612 HEATHER LANE, BRYN MAWR, PA 19010-2020 | |
| 10925 | HAZEL L ADAMS, 11119 MULLIGAN ST, CINCINNATI, OH 45241-2625 | |
| 10925 | HAZEL L CULVER, PO BOX 601, TUOLUMNE, CA 95379-0601 | |
| 10925 | HAZEL L GUY, PO BOX 612357, SOUTH LAKE TAHOE, CA 96152-2357 | |
| 10925 | HAZEL M FRAZIER, 701 S 12TH, PERRY, OK 73077-7032 | |
| 10925 | HAZEL, SHARON, 4575 R. VALLEY PKWY., SMYRNA, GA 30082 | |
| 10925 | HAZELBAKER, SARAH, 2267 FAIRFAX ROAD, COLUMBUS, OH 43221 | |
| 10925 | HAZELGROVE, DALE, 412 PARKE DR, PLAINFIELD, IN 46168 | |
| 10925 | HAZELL, EDWARD, 14 MIRROR PLACE, OAK RIDGE, NJ 07438 | |
| 10925 | HAZELTINE CORP, 450 EAST PULESKI ROAD, GREENLAWN, NY 11740 | |
| 10925 | HAZELTINE CORP, ACCOUNTS PAYABLE, GREENLAWN, NY 11740 | |
| 10925 | HAZELTINE CORPORATION, 115 BAYSTATE DR, BRAINTREE, MA 02184 | |
| 10925 | HAZELTON, JEFF, PO BOX 4192, HIGH POINT, NC 27263-4192 | |
| 10925 | HAZELWOOD, MICHAEL, PO BOX 516, SULPHUR, LA 70663 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HAZEN RESEARCH INC., 4601 INDIANA ST, GOLDEN, CO 80403 | |
| 10925 | HAZEN, ALBERT, 125 ADAMS ST BOX 163, NICHOLS, IA 52766 | |
| 10925 | HAZEN, DOROTHEA, 1370 200TH ST, NICHOLS, IA 52766-9570 | |
| 10925 | HAZEN, KIM, 1604 S RIDGE RD, GREEN BAY, WI 54304-3206 | |
| 10925 | HAZEN, RAYMOND, 141 CRATER DRIVE, FORTSON, GA 31808 | |
| 10925 | HAZEN, TRACY, 201 BELLIS ROAD, MILFORD, NJ 08848 | |
| 10925 | HAZEN, VERNON, 1321 W SAM ALLEN ROAD, PLANT CITY, FL 33566-8039 | |
| 10925 | HAZLETT, JOHN G, 261 QUENTIN RD, NEWARK, OH 43055 | |
| 10925 | HAZMASTERS ENVIRON.CONTROLS LT, 3425 9TH STREET S.E., CALGARY, ALBERTA, AB T2G 3C1TORONTO | *VIA Deutsche Post* |
| 10924 | HAZMASTERS ENVIRONMENT EQUIP., 1915 CLEMENTS UNIT 2, PICKERING, ONTARIO, ON L1W 3V1TORONTO | *VIA Deutsche Post* |
| 10924 | HAZMASTERS ENVIRONMENTAL CONTR, 3131 UNDERHILL AVE., BURNABY, B.C., BC V5A 3C8TORONTO | *VIA Deutsche Post* |
| 10924 | HAZMASTERS ENVIRONMENTAL CONTR, 936 PEACE PORTAL DRIVE, BURNABY, B.C., BC V5A 3C8TORONTO | *VIA Deutsche Post* |
| 10924 | HAZMASTERS ENVIRONMENTAL EQUIP., 3175 68TH ST. NW, CALGARY, ALBERTA, AB P3B 2J4TORONTO | *VIA Deutsche Post* |
| 10924 | HAZ-MAT TRANS. DIS.INC., P.O.BOX 37392, CHARLOTTE, NC 28237 | |
| 10924 | HAZ-MAT, CAMBRIDGE, MA 02140 | |
| 10925 | HAZMATPAC, PO BOX 15845, HOUSTON, TX 77220-5845 | |
| 10924 | HAZMAZTERS ENVIRONMENTAL CONTR, 18007 105TH AVE., EDMONTON, ALBERTA, AB T5S 2E1TORONTO | *VIA Deutsche Post* |
| 10925 | HAZRATI, KATI, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | HAZRATI, KATI, 975 MASS AVE #303, ARLINGTON, MA 02174 | |
| 10925 | HAZ-TEC, 1190 EEVERGREEN OAK WAY, DACULA, GA 30019 | |
| 10925 | HAZTRAIN INC, 5 OAK AVE, LA PLATA, MD 20646 | |
| 10925 | HAZTRAIN INC., 10485 THEODORE GREEN BLVD., WHITE PLAINS, MD 20695 | |
| 10925 | HAZUKA, JOHN, 1600 SPENCE ST, GREEN BAY, WI 54304 | |
| 10925 | HB FULLER CO, 57 S LINDEN AVE, SOUTH SAN FRANCISCO, CA 94080-6407 | |
| 10924 | HB FULLER COMPANY, ACCTS PAYABLE, 3200 LABORE RD, VADNAIS HEIGHTS, MN 55110-5198 | |
| 10925 | H-B INC., HERLIS REALTY - GEN COUNSEL, 5455 BUFORD HWY., SUITE 122A, ATLANTA, GA 30340 | |
| 10925 | H-B INC., HERLIS REALTY GEN COUNSEL, 5455 BUFORD HWY., SUITE 122A, ATLANTA, GA 30340 | |
| 10924 | HB ZACHARY, 3337 CANADA, LA PORTE, TX 77571 | |
| 10924 | HB ZACHARY, 7636 S. PAN AM EXPRESSWAY, BLDG. 45, SAN ANTONIO, TX 78224 | |
| 10924 | HB ZACHRY COMPANY, P.O. BOX 240130, SAN ANTONIO, TX 78221 | |
| 10925 | HBA, PO BOX 4164, CHARLOTTE, NC 28226 | |
| 10925 | HBC ENGINEERING INC, 2301 E LOOP 820 NORTH, FORT WORTH, TX 76118 | |
| 10925 | HBC ENGINEERING, INC, POBOX 846115, DALLAS, TX 75284-6115 | |
| 10924 | HBD INDS., PO BOX 400, ELGIN, SC 29045 | |
| 10924 | HBD INDS., ROUTE 1, KERSHAW CITY, ELGIN, SC 29045 | |
| 10924 | HBD INDUSTRIES, 1301 SANDUSKY AVENUE, BELLEFONTAINE, OH 43311 | |
| 10924 | HBD INDUSTRIES, 240 INDUSTRIAL LANE, ONEIDA, TN 37841 | |
| 10925 | HBE CENTRAL MANAGEMENT, 280 MIDLAND AVE, SADDLE BROOK, NJ 07662 | |
| 10925 | HBF CONSULTING, 481 E. 540 NORTH, BOUNTIFUL, UT 84010 | |
| 10925 | HBI PRIORITY FREIGHT AND MESSENGER, 14101-A PARKE LONG CT., CHANTILLY, VA 22021 | |
| 10925 | HBI PROFESSIONAL COURIER, 14101-A PARKE LONG CT., CHANTILLY, VA 22021 | |
| 10925 | HBL CONSULTANTS INC, 503 PORTAGE LAKES DR, AKRON, OH 44319-2269 | |
| 10925 | HC ASSOCIATES, VILLAGE CENTER DR SOUTH, SWEDESBORO, NJ 08085-0000 | |
| 10924 | H-C CONCRETE, HOUSTON, TX 77100 | |
| 10924 | H-C CONCRETE, RT 9, BOX 75, ALVIN, TX 77511 | |
| 10924 | H-C CONCRETE, RTE. 9 BOX 75, ALVIN, TX 77511 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HCA PLANO, 3901 W. 15TH STREET, PLANO, TX 75075 | |
| 10925 | HCD RENEWAL, POBOX 1979, SACRAMENTO, CA 95812-1979 | |
| 10924 | HCFA, 7301 DOGWOOD ROAD, BALTIMORE, MD 21207 | |
| 10924 | HCI CANADA INC, 20333-102B AVENUE, LANGLEY, IT V1M 3H1TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 2900 J.B. DESCHAMPS, LACHINE, QC H8T 1C8TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 3000 J.B. DESCHAMPS, LACHINE, QC H8T 1C8TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 3000 J.B. DESCHAMPS, LACHINE, QC H8T 1C8TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 3000 JEAN BAPTISTE DESCHAMPS, LACHINE, QC Z9Z Z9ZTORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 401 BERLIN STREET, EAST BERLIN, CT 06023 | |
| 10924 | HCI CANADA INC, 43 JUTLAND ROAD, ETOBICOKE, ON Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 43 JUTLAND ROAD, TORONTO ONTARIO, IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 6395 NORTH WEST DRIVE, MISSISSAUGA, ON L4V 1K2TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 6628-45TH STREET, LEDUC, IT T9E 3Z2TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 681 PLINQUET STREET, WINNIPEG, MB R2J 2X2TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, 681 PLINQUET STREET, WINNIPEG, MB Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, CANADA, 4115 THATCHER AVENUE, SASKATOON, SK S7K 3J7TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, HWY 16A EAST, EDMONTON, IT Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, LEDUC, ALBERTA, 6628 - 45 STREET, LEDUC, AB T9E 7C9TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC, LEDUC, ALBERTA, 6628 - 45 STRRET, LEDUC, AB T9E 7C9TORONTO | *VIA Deutsche Post* |
| 10924 | HCI CANADA INC., 401 BERLIN STREET, EAST BERLIN, CT 06023 | |
| 10924 | HCI CANADA INC., 681 PLINQUET STREET, WINNIPEG, MB R2J 2X2TORONTO | *VIA Deutsche Post* |
| 10925 | HCI CORPORATION, PO BOX 936, LEXINGTON, VA 24450 | |
| 10924 | HCI MATERIALS, 456 N. 13TH, ARTESIA, NM 88210 | |
| 10924 | HCI MATERIALS, P. O. BOX 804, PORTALES, NM 88130 | |
| 10925 | HCI TRANSPORTATION TECHNOLOGIES INC, 7801 WEST 47TH ST, POBOX 1507, MCCOOK, IL 60525-1507 | |
| 10924 | HCS CONST. SUPPLIES, 10411 26TH ST, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | HCS HUBER COMMERCIAL SERVICES, 13755 NICOLLET AVE SO SUITE 100, BURNSVILLE, MN 55337 | |
| 10924 | HCS, 10411 26TH STREET, RANCHO CUCAMONGA, CA 91730 | |
| 10925 | HCS-CUTLER, POBOX 1149, RANCHO CUCAMONGA, CA 91729-1149 | |
| 10925 | HDK/MARKLINE BUSINESS PRODUCTS CO, POBOX 171, BELMONT, MA 02478 | |
| 10924 | HDR OFFICE BUILDING, 8404 INDIAN HILLS DRIVE, OMAHA, NE 68114 | |
| 10925 | HE MICROWAVE, 1151 EAST HERMANS ROAD, TUCSON, AZ 85706 | |
| 10925 | HE MICROWAVE, PO BOX 23340, TUCSON, AZ 85734 | |
| 10925 | HE, PING WEI, 150-49 70TH RD, FLUSHING, NY 11367 | |
| 10925 | HEAD & ENGQUIST, 225 N. CITIES SERVICE HWY., SULPHUR, LA 70663 | |
| 10925 | HEAD & ENGQUIST, PO BOX 52945, BATON ROUGE, LA 70892-2945 | |
| 10924 | HEAD CONCRETE, HWY 15 SOUTH, WISNER, LA 71378 | |
| 10924 | HEAD CONCRETE, PO BOX99, WISNER, LA 71378 | |
| 10924 | HEAD CORPORATION, YOUNGSTOWN/WASSER AIRPORT, VIENNA, OH 44473 | |
| 10925 | HEAD EQUIPTMENT INC, PO BOX 468, CELINA, TN 38551 | |
| 10925 | HEAD GUILD, PO BOX 1808, BAYTOWN, TX 77522 | |
| 10924 | HEAD INC, 1405 HURST ROAD, FAYETTEVILLE, NC 28302 | |
| 10924 | HEAD INC, 1490 MARCH STREET, MONTGOMERY, AL 36122 | |
| 10924 | HEAD INC, 151 NW AIRPORT RD, SAINT JOSEPH, MO 64503 | |
| 10924 | HEAD INC, ATTN: ACCOUNTS PAYABLE, FAYETTEVILLE, NC 28302 | |
| 10924 | HEAD INC, P O BOX 2767, FAYETTEVILLE, NC 28302 | |
| 10924 | HEAD INC, SEYMOUR JOHNSON AFB, BEHIND BLDG 2125 OFF JET, GOLDSBORO, NC 27531 | |
| 10925 | HEAD INC., 6200 HUNTLY ROAD, COLUMBUS, OH 43229 | |
| 10924 | HEAD INC., GATE 26 ON GSP DRIVE, GREER, SC 29651 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HEAD INC., JOBSITE, GREENSBORO TRIAD AIRPORT, GREENSBORO, NC 27408

10925   HEAD, FRANK, 1324 HENNING DRIVE, SULPHUR, LA 70663-7018

10924   HEAD, INC., 285 WIDENER ROAD, ROCHESTER, NY 14623

10924   HEAD, INC., 6200 HUNTLEY ROAD, COLUMBUS, OH 43229

10924   HEAD, INC., 6200 HUNTLY RD, COLUMBUS, OH 43229

10924   HEAD, INC., AIRPORT JOB, SAVANNAH, GA 31408

10924   HEAD, INC., NORFOLK NAVAL AIR STATION, ADJACENT TO BLDG. SP-77, OFF OF PATROL ROAD, NORFOLK, VA 23511

10924   HEAD, INC., ROAD 38, FORT LEONARD WOOD, MO 65473

10925   HEAD, JANET, PO BOX 5412 WSB, GAINESVILLE, GA 30501

10925   HEAD, JOHNNY, PO BOX 1104, BLANCHARD, LA 71009

10925   HEAD, L, 3419 UNIVERSITY PLACE, BALTIMORE, MD 21218

10925   HEAD, ROXANNE, 18707 EGRET BAY BLVD, 509, HOUSTON, TX 77058

10925   HEAD, VERONICA, 717 ANNE ST # F, GRIFFIN, GA 30223

10925   HEADLEY, LIONEL, 2712 N. 40TH ST, MILWAUKEE, WI 53210

10925   HEADLEY, M, 2802 N. 28TH ST, MILWAUKEE, WI 53210

10925   HEADLEY, MARY, PO BOX 325, FARNHAM, VA 22460

10925   HEADLEY, ROGER, 407 ELBERON AVE, CINCINNATI, OH 45205

10925   HEADLY, DARCY, 7200 DOMINION DRIVE, FT WASHINGTON, MD 20745

10924   HEADQUARTER HOTEL DOUBLETREE, ATLANTIC CITY, NJ 08411

10925   HEADS UP TECHNOLOGIES, 2033 CHENNAULT DR., CARROLLTON, TX 75006

10925   HEADSET DISCOUNTERS LLC, 1255 POST ST SUITE 535, SAN FRANCISCO, CA 94109

10925   HEADSETS UNLIMITED, PO BOX 1829, BEAVERTON, OR 97075

10925   HEADSETS.COM INC, 1 DANIEL BURNHAM CT #310C, SAN FRANCISCO, CA 94109

10925   HEADSTART OF KELLY ACRIS, WOODRUFF, SC 29388

10925   HEAFEY, MICHAEL, 25 ANNA RD, WOBURN, MA 01801

10925   HEAL, RONALD, 2917 SUMMERFIELD RD, FALLS CHURCH, VA 22042

10925   HEALAN, LEILA, 1610 CHURCH ST, CONYERS, GA 30207

10925   HEALD, ALAN, RT. 1, BOX 139, BARRY, TX 75102

10925   HEALD, REBECCA, 2730 B. GILBERT RD, LIZELLA, GA 31052

10925   HEALE, KRISTINA, 19 SCHOOL ST, DUDLEY, MA 01571

10924   HEALEY SCHOOLS, 5 MECHAM STREET, SOMERVILLE, MA 02143

10925   HEALEY, G PETER, 56 BLUEJAY DRIVE, CONCORD, MA 01742

10925   HEALEY, GEORGE, 56 BLUEJAY DRIVE, CONCORD, MA 01742

10925   HEALEY, JAMES, 425 HIGH ST, RANDOLPH, MA 02368

10925   HEALEY, JOSEPH, C/O R HEALEY 99 PATRICIA LANE, DRACUT, MA 01826

10924   HEALTH ALLIANCE - LEOMINSTER HOSP., 69 HOWARD STREET, CHESTNUT HILL, MA 02467

10924   HEALTH AND HUMAN SERVICES, SUPPLY SERVICE SERVICE, PERRY POINT, MD 21902-0020

10925   HEALTH CONSULTANTS INC, 1498 MADISON ST SUITE #1, CLARKSVILLE, TN 37040

10925   HEALTH CONSULTANTS, 1498 MADISON AVE STE. 1, CLARKSVILLE, TN 37040

10924   HEALTH FACTORS INTERNATIONAL, INC., 429 SOUTH SIESTA LANE, TEMPE, AZ 85281

10925   HEALTH FIRST ASSOCIATES LLC, 637 E UNIVERSITY, MESA, AZ 85203

10925   HEALTH INC, 13712 CANAL VISTA COURT, POTOMAC, MD 20854

10925   HEALTH INS PLAN OF NY, BOX 5036 GPO, NEW YORK, NY 10087

10925   HEALTH MANAGEMENT RESOURCES INC., 59 TEMPLE PLACE, BOSTON, MA 02111-1346

10925   HEALTH PHYSIC SOCIETY, 1313 DOLLEY MADISON BLVD SUITE 402, MCLEAN, VA 22101

10925   HEALTH PHYSICS SERVICES, 7 AZAR INDUSTRIAL CTR., BALTIMORE, MD 21227

10924   HEALTH PRODUCTS, INC., 10 MOUNTAIN SPRINGS PARKWAY, SPRINGVILLE, UT 84663

10924   HEALTH PRODUCTS, INC., PO BOX 4000, SPRINGVILLE, UT 84663

10925   HEALTH RESOURCES CORP, 304 CAMBRIDGE ROAD, WOBURN, MA 01801

10925   HEALTH RESOURCES CORPORATION, 600 WEST CUMMINGS PARK, WOBURN, MA 01801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HEALTH RESOURCES, 204 CAMBRIDGE RD, WOBURN, MA 01801 | |
| 10925 | HEALTH RESOURCES, PO BOX 601135, CHARLOTTE, NC 28260-1135 | |
| 10924 | HEALTH SCIENCE INC., 599 ALBANY AVENUE, AMITYVILLE, NY 11701 | |
| 10924 | HEALTH SCIENCE SCHOOL OF PHARMACY, 1300 SOUTH COULTER ROAD, AMARILLO, TX 79106 | |
| 10924 | HEALTH SOUTH REHAB, 17 S. CLAYBROOK, MEMPHIS, TN 38104 | |
| 10924 | HEALTH VALLEY COMPANY, 16100 FOOTHILL BLVD., BALDWIN PARK, CA 91706 | |
| 10925 | HEALTH VOLUNTEERS OVERSEAS, PO BOX 65157, WASHINGTON, DC 20035-5157 | |
| 10924 | HEALTH WELLNESS CENTER, 999 CIVIC CENTER DRIVE, NILES, IL 60714 | |
| 10924 | HEALTH WRIGHT PRODUCTS, INC., 13009 S.E. JENNIFER STREET, CLACKAMAS, OR 97015 | |
| 10925 | HEALTHCARE CENTER - SCOTTSDALE, 15425 N GRNWAY HAYDEN-LP #A300, SCOTTSDALE, AZ 85260 | |
| 10925 | HEALTHCOMP EVALUATION SERVICES, PO BOX 402125, ATLANTA, GA 30384-2125 | |
| 10925 | HEALTHDYNE INC., 1850 PKWY PLACE, 12TH FL, MARIETTA, GA 30067 | |
| 10925 | HEALTHFIRST - DOWNEY MEDICAL, POBOX 2867, SANTA FE SPRINGS, CA 90670 | |
| 10925 | HEALTHFIRST-DOWNEY MEDICAL, PO BOX 1428, DOWNEY, CA 90240 | |
| 10925 | HEALTHFIRST-NORTH MEDICAL GRP, POBOX 2867, SANTA FE SPRINGS, CA 90670 | |
| 10925 | HEALTHNETWORK AMERICA, 187 MONMOUTH PKWY, WEST LONG BRANCH, NJ 07764 | |
| 10925 | HEALTHONE CLINIC SERVICES, OCCUPATIONAL HEALTH, DEPT 298, DENVER, CO 80291-0298 | |
| 10925 | HEALTHSOURCE NEW HAMPSHIRE, GROUP 14807, MANCHESTER, NH 03108-4650 | |
| 10925 | HEALTHSOURCE NEW HAMPSHIRE, INC, PO BOX 11453, BOSTON, MA 02211 | |
| 10925 | HEALTHSOURCE TENNESSEE, INC, 5600 BRAINERD ROAD, CHATTANOOGA, TN 37411 | |
| 10925 | HEALTHSOURCE, PO BOX 830, NORWOOD, MA 02062-0830 | |
| 10925 | HEALTHSOUTH - RENTON, DEPT #05121 POBOX 39000, SAN FRANCISCO, CA 94139-5121 | |
| 10925 | HEALTHSOUTH MED BOCA EAST II, POBOX 371612, PITTSBURGH, PA 15251-1612 | |
| 10925 | HEALTHSOUTH MED CLINIC INC, PO BOX 20422, COLUMBUS, OH 43220-0422 | |
| 10925 | HEALTHSOUTH MEDICAL CLINIC, INC, PO BOX 371612, PITTSBURGH, PA 15251-1612 | |
| 10925 | HEALTHSOUTH REHABILITATION CENTER, 6227 LEE HWY, CHATTANOOGA, TN 37421 | |
| 10924 | HEALTHWAY PRODUCTS, 200 WEST 88TH STREET, MINNEAPOLIS, MN 55420 | |
| 10925 | HEALY JR, JAMES, 6 ROSEWOOD TERRACE, N DARTMOUTH, MA 02747 | |
| 10925 | HEALY, ALAN, 332 COPELAND ST APT. #17, QUINCY, MA 02169 | |
| 10925 | HEALY, CAROLYN, 160 MOCKINGBIRD LANE, CRESCENT, OK 73028 | |
| 10925 | HEALY, CHARLES, 9 DAVID AVE., BINGHAMTON, NY 13901 | |
| 10925 | HEALY, DEBORAH, 256 CONANT ST, BRIDGEWATER, MA 02324 | |
| 10925 | HEALY, JAMES J, #10-23 CHATSWORTH COURT, SINGAPORE, 249807SINGAPORE | *VIA Deutsche Post* |
| 10925 | HEALY, JAMES, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | HEALY, JANICE, 8435 257TH ST, FLORAL PARK, NY 11001 | |
| 10925 | HEALY, JOHN, PO BOX 129, WILTON, CT 06897-0129 | |
| 10925 | HEALY, LEI ANN, 3257 PRINCETON, MEMPHIS, TN 38112 | |
| 10925 | HEALY, LUANN, 1108 SILVER ST, DE PERE, WI 54115 | |
| 10925 | HEALY, MEGAN, 6300 LONG MEADOWS, CHARLOTTE, NC 28210 | |
| 10925 | HEALY, WILLIAM, 45 LOVERING HEIGHTS, MEDWAY, MA 02053 | |
| 10925 | HEANEY, JAMES, N81 W 13220 FOND DU LAC AVE, MENOMONEE FALLS, WI 53051 | |
| 10925 | HEANEY, JOHN FRANCIS, 20-08 150TH ST, WHITESTONE, NY 11357-3626 | |
| 10925 | HEANEY, MARY, 21721 SEPTO ST #229, CHATSWORTH, CA 91311 | |
| 10925 | HEANEY, MELVIN, 7153 W. THURSTON AVE, MILWAUKEE, WI 53218 | |
| 10925 | HEANEY, PATRICIA, 2719 EAGLEDALE DR., INDIANAPOLIS, IN 46222 | |
| 10925 | HEAP, KEVIN, 74 TREMONT ST, TAUNTON, MA 02780 | |
| 10925 | HEAPS, GREGORY, N6795, PARDEEVILLE, WI 53954 | |
| 10925 | HEAPS, RYAN, 21 OFFSPRING COURT, PERRY HALL, MD 21128 | |
| 10925 | HEARD, ALBAN, RT 1 TANNER BRIDGE RD, WINDER, GA 30680 | |
| 10925 | HEARD, BEN, 5225 PHILLIP LEE DRIVE SW, ATLANTA, GA 30336 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HEARD, BEN, PO BOX 311579, ATLANTA, GA 31131

10925   HEARD, CASETTA, 2461 DAMASCUS RD, AUGUSTA, GA 30904

10925   HEARD, DAVID, 1613 NORTHGATE RD, BALTIMORE, MD 21218

10925   HEARD, GLORIA ANN, PO BOX 808, CARLISLE, AR 72024-0808

10925   HEARD, LORING B G, BOX 484, MIDDLEBURG, VA 20118-0484

10925   HEARD, MERRILL, 630 CENTER ST, TABOR, IA 51653-0148

10925   HEARD, RANDALL, 7575 W 106TH, 204, OVERLAND PARK, KS 66212

10925   HEARING ASSOCIATES OF S. CAROLINA, 39-A VARDEN DR., AIKEN, SC 29803

10925   HEARN JR, ROBERT A, CUST FOR HILLIARY M HEARN &, HUNTER M HEARN, UNIF GIFT MIN ACT
GA, 12301 KING ROAD, ROSWELL, GA 30075-1435

10925   HEARN, AUDRA, 206 BLAIR AVE, W MONROE, LA 71291

10925   HEARN, CHARLES CONN, 26 COLONIAL DRIVE, CONVENT STATION, NJ 07961

10925   HEARN, E, 8459 BARNCLIFF RD, CHARLOTTE, NC 28227

10925   HEARN, PETER, 315 GREENPARK DRIVE, MOBILE, AL 36695

10925   HEARN, STEVEN, 1 DONEGAL COURT, SIMPSONVILLE, SC 29681

10925   HEARNE, JANIS, 411 BENDER, HUMBLE, TX 77338

10925   HEARNS, ANNA, 949 MEADOWBROOK VILLAGE, PO BX 2813, PLAINFIELD, NJ 07062

10925   HEARNSBERGER, KENNETH, 1415 RUE DES CHENE, WESTLAKE, LA 70669

10925   HEARST CORPORATION, BOX 7529, RED OAK, IA 51591-0529

10924   HEARST TOWERS, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28231

10924   HEART O' TEXAS COLISEUM, THE, 4601 BOSQUE BLVD., WACO, TX 76710

10925   HEART OF TOWN TIRE & SERVICE, PO BOX 1495 - 500 TRUCK INN WAY, FERNLEY, NV 89408

10924   HEARTLAND BLDG MATERIALS, 4550 MISSION GEORGE PLACE, SAN DIEGO, CA 92120

10924   HEARTLAND BUILDING MATERIALS, 4550 MISSION GEORGE PLACE, SAN DIEGO, CA 92120

10924   HEARTLAND CEMENT CO, P O BOX 428, INDEPENDENCE, KS 67301

10924   HEARTLAND CEMENT CO, P.O. BOX 428, INDEPENDENCE, KS 67301

10924   HEARTLAND CEMENT CO, SOUTH EAST OF CITY LIMITS, INDEPENDENCE, KS 67301

10924   HEARTLAND CONCRETE, 902 MONROE AVENUE, NORFOLK, NE 68701

10924   HEARTLAND CONCRETE, HWY 81, PIERCE, NE 68767

10925   HEARTLAND INDUSTRIES INC, 1550 VETERANS MEMORIAL BLVD, KENNER, LA 70062

10924   HEARTWOOD CORPORATION, 2232 EAST BURNSIDE, PORTLAND, OR 97214

10925   HEARVEY, CARMENITA, 2050 MARRIWOOD DR, 209A, MACON, GA 31211

10925   HEASLEY, ALVA, BOX 374 BALTIMORE AVE, ODENTON, MD 21113-1302

10925   HEAT EQUIPMENT & TECHNOLOGY, INC, 951 NORTH BEND RD., CINCINNATI, OH 45224

10925   HEAT TRANSFER SPECIALIST, PO BOX 86760, BATON ROUGE, LA 70879-1760

10925   HEAT TRANSFER SYSTEMS LTD INC, 333 N MAIN ST, ALPHARETTA, GA 30004

10924   HEATER SPECIALIST CO., 3500 N. TOLEDO, TULSA, OK 74158

10924   HEATER SPECIALISTS, C/O DOLLINGER STEEL, GONZALES, TX 78629

10924   HEATER SPECIALISTS, PO BOX 582707, TULSA, OK 74158

10925   HEATH JR, ROBERT N, 305 SOUTH ADAMS ST, PO BOX 13543, PENSACOLA, FL 32591

10925   HEATH, ALTON, 241 WESLEY DR., DE SOTO, TX 75115

10925   HEATH, ANNETTE, 9433 MOORES CHAPEL, CHARLOTTE, NC 28214

10925   HEATH, C, 2001 N PEARSON DRIVE, MIDWEST CITY, OK 73110

10925   HEATH, DONALD, RTE 1 BOX 82 D, DAGSBORO, DE 19939

10925   HEATH, LINDA, 743 SEQUOIA DRIVE, EDGEWOOD, MD 21040

10925   HEATH, PERRY, 269 FIRST AVE, DAYTON, TN 37321

10925   HEATH, PETER, 1 CHICOINE AVE, AUBURN, ME 04240

10925   HEATH, THOMAS, 3036 ROSEBUD RD, WALNUT COVE, NC 27052

10925   HEATHER B. CLARK, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   HEATHERLY, KIMBERLY, 207 TINDAL ROAD, GREENVILLE, SC 29609

10924   HEATING & COOLING SUPPLY, 3955 WEST SUNSET ROAD, LAS VEGAS, NV 89118

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HEATING SPECIALTIES OF NH INC, 25 POND ST, NASHUA, NH 03061-0621 | |
| 10925 | HEATLEY, PORTIA, 2906 SCHOOLHOUSE RD, COLUMBIA, SC 29204 | |
| 10925 | HEATON, ANGELA, 5810 TIMBER FALLS DR, HARRISBURG, NC 28075 | |
| 10925 | HEATON, BETTY JOE, 6 TERRACE CHASE 4, SUN PRAIRIE, WI 53590-1277 | |
| 10925 | HEATON, D, 6 TERRACE CHASE, 4, SUN PRAIRIE, WI 53590 | |
| 10925 | HEATON, DOUGLAS, 3 PROSPECT ST, PIEDMONT, SC 29673 | |
| 10925 | HEATON, HAROLD, 534 VALLEY VIEW WAY, VENTURA, CA 93003-1151 | |
| 10925 | HEATON, JAMES, PO BOX 755 HWY 184, BANNER ELK, NC 28604 | |
| 10925 | HEATON, STEVEN, PO BOX 692, SAN RAMON, CA 94583 | |
| 10925 | HEATWAY, 3131 W CHESTNUT EXPRESSWAY, SPRINGFIELD, MO 65802 | |
| 10925 | HEAVENLY HAM, 828 WOODS CROSSING, GREENVILLE, SC 29607 | |
| 10925 | HEAVILAND, RICHARD, 2741 S. WESTBROOK, INDIANAPOLIS, IN 46241 | |
| 10925 | HEAVNER, JENNIFER, 9622 B VINCA CIRCLE, CHARLOTTE, NC 28213 | |
| 10924 | HEAVY CONSTRUCTORS, INC., P.O. BOX 3239, RAPID CITY, SD 57709 | |
| 10925 | HEAVY PARTS CENTER INC, PO BOX 3157, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10925 | HEBB & GITLIN, ONE STATE ST, HARTFORD, CT 06103-3178 | |
| 10925 | HEBEL, ELIZABETH, 124 CHRISTOPHER DRIVE, QUITMAN, AR 72131 | |
| 10925 | HEBEL, JEFFREY, W7777 CTY B, POYNETTE, WI 53955 | |
| 10925 | HEBER H FISHER &, MARGARET H FISHER JT TEN, 579 WALLACE, BIRMINGHAM, MI 48009-1604 | |
| 10925 | HEBERLE, PAMELA, 31 BRANDONVILLE HTS, BRUCETON MILLS, WV 26525 | |
| 10925 | HEBERLING, ESQ, JON L, MCGARVEY, HEBERLING, SULLIVAN, 745 SOUTH MAIN ST, KALISPEL, MT 59901 | |
| 10925 | HEBERLING, ESQ, JON L, MCGARVEY, HERBERLING, SULLIVAN, 745 S MAIN ST, KALISPEL, MT 59901 | |
| 10925 | HEBERT, ALLEN, 206 ROULY ST., NEW IBERIA, LA 70560 | |
| 10925 | HEBERT, ALLEN, PO BOX 511, LOCKPORT, LA 70374 | |
| 10925 | HEBERT, ANTHONY, 3022 ROBINSON, TEXAS CITY, TX 77590 | |
| 10925 | HEBERT, BEVERLY, 321 BOURQUE RD, LAFAYETTE, LA 70506 | |
| 10925 | HEBERT, EDDIE, 395 MOUNTAIN RD, WEST MONROE, LA 71291 | |
| 10925 | HEBERT, EDMOND, RT. 1, BOX 369, CUT OFF, LA 70345 | |
| 10925 | HEBERT, ELIE, PO BOX 504, MAURICE, LA 70555 | |
| 10925 | HEBERT, FRANCIS, 116 FENETRE RD. LOT 4, SCOTT, LA 70583-9804 | |
| 10925 | HEBERT, FRED, RT. 1, BOX 403, CUT OFF, LA 70345 | |
| 10925 | HEBERT, GEORGE, 3643 BAKER DR., HOUMA, LA 70363 | |
| 10925 | HEBERT, JAMES, 99 OTIS STEWART, PICAYUNE, MS 39466 | |
| 10925 | HEBERT, JANIS, 108 HOUSTON DRIVE, WESTLAKE, LA 70669 | |
| 10925 | HEBERT, JOHN, 2821 S FIELDSPAN, DUSON, LA 70529 | |
| 10925 | HEBERT, JOHN, 508 EMMELINE, NEW IBERIA, LA 70562 | |
| 10925 | HEBERT, JOSEPH, 816 SOUTH ST. VALERIE, ABBEVILLE, LA 70510 | |
| 10925 | HEBERT, KARLA, 62855 BAYOU ROAD, PLAQUEMINE, LA 70764 | |
| 10925 | HEBERT, KELLY, PO BOX 172, GUEYDAN, LA 70542 | |
| 10925 | HEBERT, KIM, 259 VIRGINIA ST, LOCKPORT, LA 70374 | |
| 10925 | HEBERT, KIMBERLY, 9514 LA. HWY. 696, ABEVILLE, LA 70510 | |
| 10925 | HEBERT, MARK, 305 FONTENOT LANE, LAKE CHARLES, LA 70605 | |
| 10925 | HEBERT, MILTON, PO BOX 9683, NEW IBERIA, LA 70560-9683 | |
| 10925 | HEBERT, MITCHELL, 2367 HWY. 308, RACELAND, LA 70394 | |
| 10925 | HEBERT, QUINTIN, RT. 3, BOX 160-A, CROWLEY, LA 70526 | |
| 10925 | HEBERT, RANDY, PO BOX 445, LAROSE, LA 70373 | |
| 10925 | HEBERT, RAYMOND, 529 GOOS ST, WESTLAKE, LA 70669 | |
| 10925 | HEBERT, RITA, PO BOX 3, IOTA, LA 70543 | |
| 10925 | HEBERT, ROBERT, 15 SPEAKER ST, N DARTMOUTH, MA 02747 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HEBERT, SHIRDALE, 20 WOODBURY CIRCLE, TAYLORS, SC 29687-3756

10925   HEBERT, SILVIA, 3146 MARYDON DR., BATON ROUGE, LA 70814

10925   HEBERT, STEPHANIE, 5104 BERRYVILLE CT, BATON ROUGE, LA 70817

10925   HEBERT, STEPHEN, 3116 AVE B, NEDERLAND, TX 77627

10925   HEBERT, TERRIE D, 813 LAKESHORE DRIVE, PINEVILLE LA, LA 71360

10925   HEBERT, TOMMY, 1011 PARK AVE, NEW IBERIA, LA 70560

10925   HEBERT, WAYNE, 708 MICHAEL ST, MARRERO, LA 70072

10925   HEBERT, WRAY, 1891 W 2000 S ROAD, KANKAKEE, IL 60901

10925   HEBISEN, DIANE, 5331 NW 29TH COURT, MARGATE, FL 33063

10925   HEBISEN, DIANE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   HEBISEN, PATRICIA, 1221 CHISTOLM VALLEY, ROUND PARK, TX 78681

10925   HEBISON, TERRIE, 33 N. MAPLE, MESA, AZ 85205

10925   HEBRA, SERGIO, 23-D HUNT ST, NASHUA, NH 03060-4427

10924   HEBREW HOME FOR THE AGED, 5901 PALISADES AVE., PALISADES, NY 10964

10924   HEBREW HOSPITAL HOME OF WESTCHESTER, GRASSLANDS & ROADS, VALHALLA, NY 10595

10924   HEBRON BRICK & SUPPLY, 1543 DEADWOOD AVE, RAPID CITY, SD 57702

10924   HEBRON BRICK & SUPPLY, P O BOX 509, RAPID CITY, SD 57709

10924   HEBRON BRICK SUPPLY, P.O.BOX 509, RAPID CITY, SD 57709

10925   HECHINGERS, PO BOX 660337 DEPT. 95, DALLAS, TX 75266-0337

10925   HECHINGERS, PO BOX 9919 DEPT 95, MACON, GA 31297-9919

10925   HECHSCHER DRIVE SAND CO INC, CHARLES W BOSTWICK, 218 ADAMS ST, JACKSONVILLE, FL 32201

10925   HECHT RUBBER CORP, 6161 PHILLIPS HWY, JACKSONVILLE, FL 32216

10925   HECHT, R, 474 FRANKLIN ST, CAMBRIDGE, MA 02139

10924   HECK INDUSTRIES #9, AMITE, LA 70422

10924   HECK INDUSTRIES, 15565 AIRLINE HWY, BATON ROUGE, LA 70811

10924   HECK INDUSTRIES, 2570 S AIRPORT RD, HAMMOND, LA 70401

10924   HECK INDUSTRIES, 3010 N. BOLTON ST., ALEXANDRIA, LA 71303

10924   HECK INDUSTRIES, 435 BUNDICK RD., LEESVILLE, LA 71446

10924   HECK INDUSTRIES, 5415 CHOCTAW DR, BATON ROUGE, LA 70805

10924   HECK INDUSTRIES, 5880 MANCUSO LANE, BATON ROUGE, LA 70805

10924   HECK INDUSTRIES, 9976 B HWY 165, POLLOCK, LA 71467

10924   HECK INDUSTRIES, HELVETIA STREET & HWY 44, CONVENT, LA 70723

10924   HECK INDUSTRIES, HWY 28 W., ALEXANDRIA, LA 71306

10924   HECK INDUSTRIES, I-10 & SEIGEN LANE, BATON ROUGE, LA 70805

10924   HECK INDUSTRIES, I12 & 63, HOLDEN, LA 70744

10924   HECK INDUSTRIES, LA HWY 30, GONZALES, LA 70737

10924   HECK INDUSTRIES, PLT #3, GONZALES, LA 70737

10924   HECK INDUSTRIES, REOVETIA STREET, CONVENT, LA 70723

10925   HECK, CHARLES, 826 OLD FARM ROAD, PT PLEASANT, NJ 08742

10925   HECK, JULIE, 1400 ROSEMARY ST, SANFORD, NC 27330

10925   HECK, LARRY, 706 BLAIRSFERRY ROAD NE, CEDAR RAPIDS, IA 52402

10925   HECK, RICHARD, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   HECK, RICHARD, 7 APPALOOSA LANE, HAMILTON, MA 01982

10925   HECKENBACH, JULIE, 1602 LINCOLN DRIVE, ATLANTIC, IA 50022

10925   HECKER, ANGELA, 1514 1/2 11TH PLACE, BIG SPRINGS, TX 79720

10925   HECKER, CLAYTON, 757 3RD AVE. SW, DICKINSON, ND 58601

10925   HECKLER, MARK, 1811 124TH ST, COLLEGE POINT, NY 11356

10925   HECKMAN, JOHN, PO BOX 593, BURGIN, KY 40310

10925   HECKMAN, TERRY, 302 MINOR ST, EMMAUS, PA 18049

10924   HECTOR  DRAIN TILE, BOX A-3, HECTOR, MN 55342

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HECTOR DRAIN TILE, ROUTE 1, HECTOR, MN 55342 | |
| 10924 | HECTOR DRAIN TILE, RT. 1,BOX A3, HECTOR, MN 55342 | |
| 10925 | HECTOR J. TERAN, 6051 W.65TH ST, BEDFORD PARK, IL 60638 | |
| 10924 | HECTOR VAZQUEZ MARTINEZ, RIO LERMA 624, SAN NICOLAS DE LOS GARZA, NL 66475UNK | *VIA Deutsche Post* |
| 10924 | HECULES, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | HEDDEN, DAVID, 14 MIRACLE DR, GREENVILLE, SC 29605 | |
| 10925 | HEDDEN, MARGARET, 160 LOCUST COURT, FLEMINGTON, NJ 08822 | |
| 10925 | HEDDEN, MARSHALL, 9601 N NC. HWY 109, WINSTON SALEM, NC 27107-9265 | |
| 10925 | HEDDEN, NANCY, 9007 WHITTIER ROAD, HUNTSVILLE, AL 35802 | |
| 10925 | HEDDERICH, THOMAS, 7774 CORK LANE, PASADENA, MD 21122 | |
| 10925 | HEDDERMAN, GEORGE, 455 S. PINE ISLAND, DAVIE, FL 33324 | |
| 10925 | HEDDINS, CHRISTOPHER, 2827 ELDORADO, D, GARDEN CITY, KS 67846 | |
| 10925 | HEDENBERG, DWIGHT R, 259 EGG HARBOR ROAD, SEWELL, NJ 08080 | |
| 10925 | HEDENBERG, DWIGHT, 259 EGG HARBOR ROAD, SEWELL, NJ 08080 | |
| 10925 | HEDENBURG, JOHN F, 189 WOODSHIRE DR, PITTSBURGH, PA 15215-1730 | |
| 10925 | HEDGE, JAMES, 102 S MAPLE, GRANT PARK, IL 60940 | |
| 10925 | HEDGE, KELLY, PO BOX 328, FILLMORE, CA 93015 | |
| 10925 | HEDGE, THERESA, 1004 BARBARA ST, SULPHUR, LA 70663 | |
| 10925 | HEDGE, THERESA, 1004 BARBARA ST., SULPHUR, LA 70663 | |
| 10924 | HEDGECOCK BUILDERS SUP CO, P.O.BOX 18666, GREENSBORO, NC 27419 | |
| 10925 | HEDGEPETH, CHARLES, 1169 W WINDRIN AVE, PHILA, PA 19142 | |
| 10925 | HEDGEPETH, CLARA, RTE 2 BOX 136F, ENFIELD, NC 27823 | |
| 10925 | HEDGEPETH, NAOMI, 38771 BELL ST, FREMONT, CA 94536 | |
| 10925 | HEDGEPETH, ROSALYN, 2651 GAVINTOWN RD, LUMBERTON, NC 28358 | |
| 10925 | HEDGEPETH, TRINA, RT 1 BOX 48AA, HOLLISTER, NC 27844 | |
| 10925 | HEDGER, LAWRENCE, 429 MAXWELL BOX 89, BEECHER, IL 60401 | |
| 10924 | HEDGES ELEMENTARY SCHOOL, C/O ASC INSULATION, WEST CHICAGO, IL 60185 | |
| 10925 | HEDGES, JOHN, 200 E 66TH ST APT E-602, NEW YORK, NY 10021 | |
| 10925 | HEDGES, PHYLLIS, 49071 I94 SERVICE DRIVE, BELLEVILLE, MI 48111 | |
| 10925 | HEDGES, TAMARA, 10 BEAR CIRCLE, EVANSTON, WY 82930 | |
| 10925 | HEDLEY, JOSEPH, 8 BELFORD CIRCLE, WOBURN, MA 01801 | |
| 10925 | HEDLUND, FRED, 408 LINWOOD ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | HEDLUND, LINDA, 408 LINWOOD ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | HEDMAN, HORTENSE, 1820 NW 187 TERR, MIAMI, FL 33056 | |
| 10925 | HEDRICK, BARBARA, PO BOX 156, SALIDA, CA 95368 | |
| 10925 | HEDRICK, MARILYN, 4107 POWELL CT, AUGUSTA, GA 30909 | |
| 10925 | HEDRICK, SHANNON, 2029 WHISTLER AVE, BALTIMORE, MD 21230 | |
| 10925 | HEDWIG LOVE, 828 S SHORE RD BOX 168, MARMORA, NJ 08223-1003 | |
| 10925 | HEDWIN CORP., 1600 ROLAND HEIGHTS AVE., BALTIMORE, MD 21211 | |
| 10925 | HEDWIN CORP., PO BOX 64476, BALTIMORE, MD 21264 | |
| 10924 | HEDWIN CORPORATION, 1700 WEST 41ST STREET, BALTIMORE, MD 21211 | |
| 10925 | HEDWIN CORPORATION, PO BOX 64476, BALTIMORE, MD 21264 | |
| 10925 | HEEDICK, GARRY, 157 BENTLEY PKWY, WOODSTOCK, GA 30188 | |
| 10925 | HEELER, THERESA, 5137 W MAIN ST, MONEE, IL 60449 | |
| 10925 | HEELY BROWN CO, DRAWER CS 100195, ATLANTA, GA 30384-0195 | |
| 10924 | HEELY-BROWN COMPANY, 1280 CHATTAHOOCHEE AVE NW, ATLANTA, GA 30318 | |
| 10924 | HEELY-BROWN COMPANY, 1280 CHATTAHOOCHEE AVENUE, NW, ATLANTA, GA 30318 | |
| 10924 | HEELY-BROWN COMPANY, 1280 CHATTAHOOCHEE AVENUE,NW, ATLANTA, GA 30318 | |
| 10925 | HEEMSKERK, DONNA, 11035 W. GREEN AVE., HALES CORNERS, WI 53150 | |
| 10925 | HEENAN, LINDA, 2302 ARROWHEAD BLVD, LAKELAND, FL 33803 | |
| 10925 | HEER, JAGJIT, 2061 NIKKI ANN WAY, TURLOCK, CA 95380 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HEEREN, VERLIN, 1645 MAIN BOX 273, ELY, IA 52227 | |
| 10925 | HEERINGA, MICHELE, 1863 N 25TH ST, MILWAUKEE, WI 53205 | |
| 10924 | HEERLEN LTD., 23 ROSELAND STREET, ISLIP TERRACE, NY 11752 | |
| 10924 | HEERLEN LTD., 30 JERICHO TPKE,179, COMMACK, NY 11725 | |
| 10924 | HEESUNG ENGELHARD, 7TH FLOOR, BULIM BLDG., #42, EULJI-KO, CHUNG-KU, KOR | *VIA Deutsche Post* |
| 10925 | HEFFELFINGER, JENNIFER, 3612 READING CREST AV, READING, PA 19605 | |
| 10925 | HEFFELFINGER, MERRILL, 3612 READING CREST AV, READING, PA 19605 | |
| 10925 | HEFFERN, DONALD R, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | HEFFERN, DONALD, 1607 ROLLING ROAD, BEL AIR, MD 21014 | |
| 10925 | HEFFERNAN JT TEN, JAMES D & CATHERINE A, PSC 473 BOX 1057, FPO, AP 96349-5555 | |
| 10925 | HEFFERNAN, JAMES, 11029 ARDEN, LIVONIA, MI 48152 | |
| 10925 | HEFFERNAN, MAURA, 74 ROBIN RD, WINDSOR, CT 06095 | |
| 10925 | HEFFINGTON, JR, JOHN, 769 207TH ST, PASADENA, MD 21122 | |
| 10925 | HEFFNER, GEORGE, R D #1025, FLEETWOOD, PA 19522 | |
| 10925 | HEFFNER, LINDA, BOX 1025 RD #1, FLEETWOOD, PA 19522 | |
| 10925 | HEFFNER-BROWN, JEANETTE, 4051 10TH AVE, TEMPLE, PA 19560 | |
| 10925 | HEFKE, DAVID, 2213 WINTER WOODS BLVD, WINTER PARK, FL 32792 | |
| 10925 | HEFLICH, ROBERT H, 305 FAIRFAX ST, LITTLE ROCK, AR 72205-4307 | |
| 10925 | HEFLIN, GEORGE, 884 FLETCHER ROAD, MORRISTOWN, TN 37814 | |
| 10925 | HEFLIN, JANET, 2793 BENDER AVE, AKRON, OH 44319 | |
| 10925 | HEFLIN, RANDAL, 13851 C.R. 100, LAKEVILLE, OH 44638 | |
| 10925 | HEFNER JR, IRVING, 805 PEARL, SLIDELL, LA 70461 | |
| 10925 | HEFNER, CATHIE, PO BOX 155, HICKORY GROVE, SC 29717 | |
| 10925 | HEFNER, JOE, PO BOX 385, ROANOKE RAPIDS, NC 27870 | |
| 10925 | HEFNER, MARY, 3130 LADY MARIAN LN, MIDLOTHIAN, VA 23113 | |
| 10925 | HEFTON, ALBERT, PO BOX 943, MEEKER, CO 81641 | |
| 10925 | HEFTY, STEVEN, 10785 EVERGREEN AVE, MT HOREB, WI 53572 | |
| 10925 | HEGARTY JR, P, 1301 HWY 77, PENCE,, WI 54550 | |
| 10925 | HEGEDUS, L, 1104 BEECH ROAD, ROSEMONT, PA 19010 | |
| 10925 | HEGGE, S, 4001 VILLA OAK DR RT 3, SUN PRAIRIE, WI 53590 | |
| 10925 | HEGGER, ROBERT, 3227 SPARR BLVD., GLENDALE, CA 91208 | |
| 10925 | HEGGIE, CHRISTINE, 24 HULL ST, BOSTON, MA 02113 | |
| 10925 | HEGLER, BILLY, 110 MORGAN CIRCLE, SIMPSONVILLE, SC 29681 | |
| 10925 | HEGNAUER, K, BOX 1148 OLD WARNER RD, CONTOOCOOK, NH 03229 | |
| 10925 | HEGWOOD, HORACE, 617 W SILVER DRIVE, HOBBS, NM 88240-2223 | |
| 10924 | HEI INC, 1495 STEIGER LAKE LANE, VICTORIA, MN 55386 | |
| 10925 | HEIB, BRIGITTE, 1301 N.E. 204 ST., N. MIAMI BEACH, FL 33179 | |
| 10925 | HEICO CHEMICALS INC., PO BOX 18150, NEWARK, NJ 07191 | |
| 10925 | HEIDE WETZEL, SEIDENBAENDER ST 45, WORMS, D 67549 | |
| 10925 | HEIDE, TIMOTHY, 4909 MELISSA LANE, LAKELAND, FL 33813 | |
| 10925 | HEIDEBRECHT, NORMA, 2313 BARCLAY ROAD, OKLAHOMA CITY, OK 73120 | |
| 10925 | HEIDEL, CHESTER, 14960 CARROLL AVE, WALKER, LA 70785 | |
| 10925 | HEIDELBERG USA INC, PO BOX 845180, DALLAS, TX 75284-5180 | |
| 10925 | HEIDELBERG USA, INC, PO BOX 18102, NEWARK, NJ 07191 | |
| 10925 | HEIDEN, ARTHUR, 5183 SEASHORE DRIVE, MEMPHIS, TN 38109-6031 | |
| 10925 | HEIDENREICH, ELLEN, 4645 S. 23RD ST, 2A, MILWAUKEE, WI 53221 | |
| 10925 | HEIDENREICH, JOHN, 421 S. SANDUSKY AVE., UPPER SANDUSKY, OH 43351 | |
| 10925 | HEIDER ENGINEERING, 2128 S GROVE SUITE B, ONTARIO, CA 91761 | |
| 10925 | HEIDERICH JR, JOHN E, 62 OSCEOLA TRAIL, FAIRPLAY, SC 29643-3033 | |
| 10925 | HEIDERICH, JOHN E, 30 PATEWOOD DR #270, GREENVILLE, SC 29615 | |
| 10925 | HEIDERICH, JOHN, 62 OSCEOLA TRAIL, FAIR PLAY, SC 29643 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HEIDEWALD, DONALD, W7197 NOQUEBAY RD, CRIVITZ, WI 54114

10925   HEIDI ANDERSEN, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   HEIDI BETH STAYN, 5219 FIFTH AVE, PITTSBURGH, PA 15232-2122

10925   HEIDI C WALDNER, C/O HEIDI NUFER, 8990 - HAWKS COVE ROAD, GAINESVILLE, GA 30506-5612

10925   HEIDI CHRISTIAN, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925   HEIDI G BARBERIO, 11 FULLER ST, WALTHAM, MA 02453-5014

10925   HEIDI R WADAS &, EDWARD WADAS JT TEN, 2 MULVIHILL DR, NEW HARTFORD, NY 13413-1906

10925   HEIDLER ROOFING SERVICES, INC, 1345 SPAHN AVE, YORK, PA 17403

10925   HEIDRICH, BERTHA, 13445 HOGE RD, IOWA PARK, TX 76367

10925   HEIDRICK & STRUGGLES INC, PO BOX 92227, CHICAGO, IL 60675-4590

10925   HEIDSMAN, MELISSA, 1723 EL VISTA CIRCLE, ARCADIA, CA 91006

10925   HEIDT SMITH, KIM, 6855 SUNSET MEADOW DRIVE, WINDSOR, WI 53598

10925   HEIER, LINDA, 1035 E. 9TH, CRAIG, CO 81625

10925   HEIFETZ, AARON, 9417 TALL WINDOW WAY, COLUMBIA, MD 21046

10925   HEIGHTS FLORAL SHOP INC, 401 WEST 20TH, HOUSTON, TX 77008

10924   HEIGHTS PLAZA, 5TH STREET & PATTERSON PLANK ROAD, JERSEY CITY, NJ 07097

10925   HEIKO-WONG, KAREN, 76 CAMPBELL ST, QUINCY, MA 02169

10925   HEIL TANK SERVICE INC, 10077 WALLISVILLE RD, HOUSTON, TX 77013

10925   HEIL TANK SERVICE, 10077 WALLISVILLE RD., HOUSTON, TX 77013

10925   HEIL, JANE, 35 CORYELL ST APT 3, LAMBERTSVILLE, NJ 08530

10925   HEIL, ROBERT, 1126 FURNACE ST, HELLERTOWN, PA 18055

10925   HEIL, ROBERT, 607 COPELAND DRIVE, SENECA, SC 29678

10925   HEIL-CHICAGO INC, PO BOX 1507, MC COOK, IL 60525-1507

10925   HEILIG-MEYERS FURNITURE, GEN COUNSEL, 12560 WEST CREEK PKWY, RICHMOND, VA 23238

10925   HEILMANN, MARGRETH, 6035 W. DARNELL AVE, BROWN DEER, WI 53223

10925   HEILO CRANE & HOIST INC., PO BOX 855, WARRENVILLE, IL 60555

10925   HEILO CRANE & HOIST, INC, PO BOX 855, WARRENVILLE, IL 60555

10925   HEIM, CLETUS, 6807 TAMMY PLACE, SIOUX FALLS, SD 57107

10925   HEIM, JOSEPH, 2802 HAZEL ST, LAKE CHARLES, LA 70601

10925   HEIM, JR, DONALD, 402 FOX DEN LANE, MILLERSVILLE, MD 21108-1464

10925   HEIM, THOMAS, 25 OLD NOURSE ST, WESTBORO, MA 01581

10925   HEIMANN, THOMAS, 610 WEST GRANT, WEST POINT, NE 68788

10925   HEIMBACH, MARK, PO BOX 56, STOCKBRIDGE, WI 53088

10925   HEIMBACH, PETER, 29 SECOND ST, NEW PROVIDENCE, NJ 07974

10925   HEIMGARTNER, WAYNE, 111 S. PINKERTON ST BOX 302, QUIMBY, IA 51049-0302

10925   HEIMLICH LANDSCAPING & CONSTRUCTION, 65 BURLINGTON ST, WOBURN, MA 01801

10925   HEIMSATH, WAYNE, 440 KINGWOOD ROAD, LINTHICUM HGHTS, MD 21090

10924   HEIN ELECTRIC (AD), P.O. BOX 499, BUTLER, WI 53007-0499

10925   HEIN, DAISY, 74 BEECHWOOD TERRACE, YONKERS, NY 10705-1703

10925   HEIN, FRANCES, 6844 BUGLE COURT, BOULDER, CO 80301

10925   HEIN, JERI, 4645 W IVANHOE, CHANDLER, AZ 85226

10925   HEIN, PATRICIA, PO BOX 1253, WARSAW, VA 22572

10925   HEIN, PAUL, 9 BOLTAN PLACE, FAIRLAWN, NJ 07410-3621

10925   HEIN, ROBERT F E, PSC 500 BOX 37, FPO, AP 96515-1000

10925   HEIN, TIMOTHY, 1906 N. 69 ST., WAUWATOSA, WI 53213

10925   HEINE, STACIE, PO BOX 574, HAWLEY, TX 79525

10925   HEINEMAN, JOAN, 1154 E VILLAGE CR, PHOENIX, AZ 85022

10925   HEINL, ROBERT, 561 FAIRWAY VIEW DRIVE, 2D, WHEELING, IL 60090

10925   HEINLEIN SUPPLY CO, 5516 N ELSTON AVE, CHICAGO, IL 60630-1379

10925   HEINLEIN SUPPLY CO., 5516 N. ELSTON AVE, CHICAGO, IL 60630-1379

10925   HEINLEY, DAVID, 909 WALSH LANE, YUKON, OK 73099

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HEINLY, KENT, RD 4 BOX 4510, HAMBURG, PA 19526 | |
| 10925 | HEINLY, MATTHEW, R D #4 BOX 4510, READING, PA 19526 | |
| 10925 | HEINLY, SYLVIA, 167 N 3RD ST, HAMBURG, PA 19526 | |
| 10925 | HEINRICH GORDON BATCHELDER, 500 EAST BROWARD BLVD., FORT LAUDERDALE, FL 33394-3092 | |
| 10925 | HEINRICH GORDON HARGROVE WEIHE &, | |
| 10925 | HEINRICH JR, IRVING, 3984 MAPLETON ROAD, NTONAWANDA, NY 14120 | |
| 10925 | HEINRICH, DONALD, 2015 OLD MTN CREEK RD APT 14, GREENVILLE, SC 29609 | |
| 10925 | HEINRICHS, BARBARA JOAN, 15 CEDAR ST, FRENCHTOWN, NJ 08825-1001 | |
| 10924 | HEINTZ ELECTRIC COMPANY, 1325 JOHNSON STREET, KEOKUK, IA 52632 | |
| 10924 | HEINTZ ELECTRIC COMPANY, 225 S. 10TH STREET, QUINCY, IL 62301 | |
| 10924 | HEINTZ ELECTRIC COMPANY, PO BOX 3005, QUINCY, IL 62305 | |
| 10925 | HEINTZ, DAVID, 1001, TURLOCK, CA 95382 | |
| 10925 | HEINTZ, HARVEY, 764 JOSEPHINE, GLENDALE, MO 63122 | |
| 10925 | HEINTZ, LINDA, 8009 34TH AVE S SUITE 960, BLOOMINGTON, MN 55425 | |
| 10925 | HEINY, EDWARD H, 4645 S HURON, ENGLEWOOD, CO 80110 | |
| 10924 | HEINZ BUILDING, C/O THOMPSONS BUILDING MATERIALS, 10880 WILSHIRE BLVD., LOS ANGELES, CA 90001 | |
| 10925 | HEINZ JR JT TEN, ARMINE F & RENATE F, 24 PIPING ROCK DR, OSSINING, NY 10562-2308 | |
| 10925 | HEINZ PET PRODUCTS COMPANY, ONE RIVERFRONT PLACE, NEWPORT, KY 41071 | |
| 10924 | HEINZ PET PRODUCTS, 1062 PROGRESS STREET, PITTSBURGH, PA 15212 | |
| 10924 | HEINZ PET PRODUCTS, 6670 LOW STREET, BLOOMSBURG, PA 17815 | |
| 10924 | HEINZ PET PRODUCTS, 6700 CHERRY AVENUE, LONG BEACH, CA 90805 | |
| 10924 | HEINZ PET PRODUCTS, 936 BARRACUDA STREET, TERMINAL ISLAND, CA 90731 | |
| 10924 | HEINZ PET PRODUCTS, ATTN: BARBARA LUCE, TERMINAL ISLAND, CA 90731 | |
| 10924 | HEINZ PET PRODUCTS, HALF MOON INDUSTRIAL PARK, 300 BIRCH DRIVE, WEIRTON, WV 26062 | |
| 10924 | HEINZ PET PRODUCTS, HALF MOON INDUSTRIAL PARK, 3030 BIRCH DRIVE, WEIRTON, WV 26062 | |
| 10924 | HEINZ PET PRODUCTS, MARINA STATION, BO. MALECM, CARR 64 K.M. 1.6, MAYAGUEZ, PR 680PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HEINZ PET PRODUCTS, MARINA STATION, MAYAGUEZ, PR 681PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HEINZ PET PRODUCTS-STAR-KIST CARIBE, ONE RIVERFRONT PLACE, NEWPORT, KY 41071 | |
| 10925 | HEINZ ROES, 13 CHARLES RD, LINTHICUM HTS, MD 21090-1631 | |
| 10925 | HEINZ, ARMINE, 45 COMMERICAL AVE, ADAMS, MA 01220 | |
| 10925 | HEINZ, BRIEN, 9072 CABALLERO DRIVE, ALTALOMA, CA 91701 | |
| 10925 | HEINZ, KATHY, 528 N WASHINGTON ST, DEPERE, WI 54115 | |
| 10925 | HEINZ, KURT, 7014 RED BARN ROAD, CRYSTAL LAKE, IL 60012 | |
| 10925 | HEINZ, LINDA, 4636 ROCKAWAY LP, RIO RANCHO, NM 87124 | |
| 10925 | HEINZEN, RICHARD, S 6908 FREEDOM ROAD, NORTH FREEDOM, WI 53951 | |
| 10925 | HEISELER, DIANE, 2209 TOSCA, LAS VEGAS, NV 89128 | |
| 10925 | HEISER BUILDERS INC, 815 PRESIDIO DRIVE, WAUNAKEE, WI 53597-1518 | |
| 10925 | HEISER, DAVID, P. O BOX 794, BEL AIR, MD 21014 | |
| 10925 | HEISER, MICHELLE, PO BOX 206, ADAH, PA 15410 | |
| 10925 | HEISER, NEAL, 2715 BROOKLYN AVE, FORT WAYNE, IN 46802 | |
| 10925 | HEISER, THOMAS, 1219 HAWTHORNE DR E., WANTAGH, NY 11793 | |
| 10925 | HEISERMAN, DEE, 714 AINSLEY PL #202, VA BEACH, VA 23462 | |
| 10925 | HEISHMAN, RONALD, 270 WHITEHALL RD, REINHOLDS, PA 17569 | |
| 10925 | HEISKELL, WESLEY, 30927 CHEROKEE ROSE LANE, MAGNOLIA, TX 77355 | |
| 10925 | HEISLER, MICHAEL, 402 SOUTHAMPTON ROAD, HOLYOKE, MA 01040 | |
| 10925 | HEISS WELDING INC., 260 W. MARQUETTE ST, OTTAWA, IL 61350 | |
| 10925 | HEISSENBERG, CAROL, 6315 SW 78 ST, GAINESVILLE, FL 32608 | |
| 10925 | HEISSLER, PEGGY, 4311 MURRAYHILL RD, CHARLOTTE, NC 28209 | |
| 10925 | HEIST JR, ARTHUR, 254 KEYSTONE ROAD, QUAKERTOWN, PA 18951 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HEIST, ANNA, 9207 STANFORD DRIVE, BRIDGEVIEW, IL 60455

10925   HEITGER III, HOWARD, 9923 PORTAGE ST, CANAL FULTON, OH 44614

10925   HEITMAN PROPERTIES OF TEXAS LTD., 4601 S. PINEMONT #118, HOUSTON, TX 77041

10925   HEITMANN, DENNIS, 1502 BRENTFORD AVE, WESTLAKE VILLAGE, CA 91361-1503

10924   HEL INC DBA HOE/WE ELEC, 3800 VASSAR NE, ALBUQUERQUE, NM 87107

10925   HELCO SAFETY EQUIPMENT CORPORATION, POBOX 36, WINTHROP, MA 02152

10925   HELD JR, IRVING I, 4716 MONUMENT AVE, RICHMOND, VA 23230-3727

10924   HELD PROPERTIES-CENTURY PARK EAST, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90057

10925   HELD, KEITH, 904 E. FEDERAL ST, ALLENTOWN, PA 18103

10925   HELD, MELANIE, PO BOX 368, ACTON, CA 93510

10925   HELD, NANCY, 5100 DUPONT BLVD #3F, FT LAUDERDALE, FL 33308

10925   HELD, ROBERT, 2625 TECHNY RD APT #631, NORTHBROOK, IL 60062

10924   HELDENFELS BROTHERS, 1401 NAVAGATION BLVD, CORPUS CHRISTI, TX 78469

10924   HELDENFELS BROTHERS, 5700 I.H. 35 SOUTH, SAN MARCOS, TX 78666

10924   HELDENFELS BROTHERS, P O BOX 4957, CORPUS CHRISTI, TX 78469

10924   HELDENFELS CONSTRUCTION, HOLLY RDPLANT, CORPUS CHRISTI, TX 78412

10924   HELDENFELS CONSTRUCTION, P O BOX 81383, CORPUS CHRISTI, TX 78412

10924   HELDENFELS ENTERPRISES, PO BOX4828, CORPUS CHRISTI, TX 78469

10925   HELDENFELS, POBOX 4957, CORPUS CHRISTI, TX 78469

10925   HELDER, MARK, 33 STEPPINGSTONE DRIVE, HOLDEN,, MA 01520

10925   HELDERMAN, ETHEL, 207 MIDWAY DR, SPARTANBURG, SC 29301

10925   HELDING, ROBERT N, CUST FOR BRADLEY JOHN HELDING, UNIF GIFT MIN ACT-MT, C/O BRADLEY JOHN HELDING, 530 BROADWATER AVE, BILLINGS, MT 59101-2814

10925   HELDREF PUBLICATIONS, 1319 18TH ST NW, WASHINGTON, DC 20036-1802

10924   HELDT LUMBER CO., 5712 N. 7TH ST., PHOENIX, AZ 85014

10924   HELDT LUMBER CO., 5712 NO 7TH ST, PHOENIX, AZ 85014

10925   HELDT, BONITA, 310 W CURTIS ST, GRANT PARK, IL 60940

10925   HELDT, IRENE, RT.1 BOX 93, GRANT PARK, IL 60940

10925   HELDT, TERESA, 3202 ORCHARD LANE APT 111, CARBON CLIFF, IL 61239

10925   HELEBA, SAMUEL F, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   HELEBA, SAMUEL, 23 BALDPATE RD., BOXFORD, MA 01921

10925   HELEN A HAFERCAMP, 4430 N SACRAMENTO AVE, CHICAGO, IL 60625-3828

10925   HELEN B AMBROSE, 33 ERSKINE CT, MAHWAH, NJ 07430-2014

10925   HELEN B SMITH, PO BOX 9005, ORANGEBURG, SC 29116-9005

10925   HELEN BASTELLO &, DOMINIC BASTELLO, JT TEN, 958 DOWNING RD, VALLEY STREAM, NY 11580-1509

10925   HELEN C MAGGIO &, CHARLES W MAGGIO JT TEN, 450 W 33RD ST, NEW YORK, NY 10001-2603

10925   HELEN C O CONNELL, 17 IRONSTONE DR, READING, PA 19606-2946

10925   HELEN C WALSH, 6216 SCHAEFER CIR, EDINA, MN 55436-1111

10925   HELEN CYPERSTEIN, ATTN NAOMI GORDON, 115-16 GROSSVENOR RD, KEW GARDENS, NY 11418-3474

10925   HELEN E BLUMBERGER, 1676 BEECHWOOD BLVD, PITTSBURGH, PA 15217-1434

10925   HELEN E BOISSELLE, 33450 SHAKER BLVD, PEPPER PIKE, OH 44124-4940

10925   HELEN E PETERSON, 1800 SE SAINT LUCIE BLVD, APT 1-105, STUART, FL 34996-4259

10925   HELEN E WILLIAMS, 5871 RT 167, PIERPONT, OH 44082

10925   HELEN EGGLESTON, 541B NARRAGANSET LN, STRATFORD, CT 06614-8317

10925   HELEN ELIZABETH BURRIS - CHAPTER 13, PO BOX 288, GREENVILLE, SC 29602

10925   HELEN ELIZABETH CANNON TR UA, NOV 10 00 THE HELEN E CANNON, REVOCABLE LIVING TRUST, 14840 S E 103 AVE, SUMMERFIELD, FL 34491-3755

10925   HELEN ESBER, 4556 WHYEM DR, AKRON, OH 44319-4441

10925   HELEN F RICHTER, 8 BYRAM SHORE RD, GREENWICH, CT 06830-6926

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HELEN FRANCES, LEARS ROGERS, 35 MALIBU COURT, TOWSON, MD 21204-2047

10925   HELEN G HELLER, 1 WASHINGTON SQUARE, LARCHMONT, NY 10538-2030

10925   HELEN GROSSMANN, 15715 COUZENS, EAST POINTE, MI 48021-2395

10925   HELEN GUERRIERI, 137-23 LAFAYETTE ST, OZONE PARK, NY 11417-2701

10925   HELEN H BALMER &, JAMES BALMER JT TEN, 1499 ASHOVER DR, BLOOMFIELD HILLS, MI 48304-1216

10925   HELEN H COLEMAN, 3101 WOLVERINE ST NE, CANTON, OH 44705-4441

10925   HELEN HALL LEON, PO BOX 1545, WINDERMERE, FL 34786-1545

10925   HELEN HAMS &, WILLIS J HAMS JT TEN, 135 OAK ST, WEEHAWKEN, NJ 07087-5609

10925   HELEN I WEIMER, 1171 LINDEN AVE, GLENDALE, CA 91201-1510

10925   HELEN J BAGDZINSKI, 333 OAK AVE, SHARON HILL, PA 19079-1213

10925   HELEN J MORRIS, 3607 WINCHESTER RD, LOUISVILLE, KY 40207-4339

10925   HELEN JUI, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925   HELEN K SCHOENHARD TR UA APR 11, 90 THE HELEN K SCHOENHARD TRUST, FBO ERIC WILLIAM SCHOENHARD, 3037 BECERRA WAY, SACRAMENTO, CA 95821-3933

10925   HELEN KIRWAN, C/O MRS K J MILLER, 65 BIRCHWOOD DR, NEW WINDSOR, NEWBURGH, NY 12553-7439

10925   HELEN KRAMER LANDFILL SUPERFUND, PO BOX 1945, MORRISTOWN, NJ 07962-1945

10925   HELEN KRAMER LANDFILL, 1050 CONNECTICUT AVE NW, WASHINGTON, DC 20036-5339

10925   HELEN KRAMER SETTLEMENT PROCESS, FLORHAM PARK, NJ 07932

10925   HELEN KUBISH, 192 KUBISH RD, LITCHFIELD, CT 06759-2017

10925   HELEN L GOLD, 8135 WOODLAWN AVE, MUNSTER, IN 46321-1714

10925   HELEN L JEFFERY, RUAL ROUTE 4, BLOOMSBURG, PA 17815-0000

10925   HELEN L KARL, 6545 CHESAPEAKE RUN, CINCINNATI, OH 45248-6844

10925   HELEN L ORUM, 438 N RANDOLPH, EUFAULA, AL 36027-1644

10925   HELEN L PIERCE, 11932 HALLA PLACE, FISHERS, IN 46038-2768

10925   HELEN L SANOR, 165 E MILL ST, ALLIANCE, OH 44601-5067

10925   HELEN LAGALY & MARY KLEI, TR UA MAY 11 94, HELEN LEGALY TRUST, 9805 REGATTA DR 302, CINCINNATI, OH 45252-1972

10925   HELEN M BRIDE, 1401 VIRGINIA ST, LAKE CHARLES, LA 70605-3645

10925   HELEN M BUCHSER, 1408 SUNVIEW RD, LYNDHURST, OH 44124-1346

10925   HELEN M DONOVAN, 530 E 23RD ST APT 11E, NEW YORK, NY 10010-5024

10925   HELEN M NICHOLS, RT 1 BOX 43, BROCK, NE 68320-9613

10925   HELEN M SANDHAUS, 142 CEDAR AVE, HEWLETT BAY PK, NY 11557-2518

10925   HELEN M SIMPSON &, JANET F KAER JT TEN, 1960 ROYAL, BERKLEY, MI 48072-4009

10925   HELEN M STACKHOUSE, 10272 OLD FREDERICK RD, ELLICOTT CITY, MD 21042-1637

10925   HELEN M STARKS, 2512 SYCAMORE, COLORADO SPRINGS, CO 80906-3323

10925   HELEN M WARREN &, NANCY A DUDZIAK JT TEN, 155 LOVERING ST, MANCHESTER, NH 03109-4725

10925   HELEN M WROTEN & GAIL L HOSMER, JT TEN, 1320 WOODBRIDGE RD, BALTIMORE, MD 21228-1129

10925   HELEN M WROTEN & LAWRENCE A, WROTEN JT TEN, 1320 WOODBRIDGE RD, BALTIMORE, MD 21228-1129

10925   HELEN MARIE JESBERGER, 13105 IXORA CT APT 307, NORTH MIAMI, FL 33181-2321

10925   HELEN MARIE MACDONALD, 610 HILDA COURT, MECHANICSBURG, PA 17055-4938

10925   HELEN MINKIN, 176 EAST 71ST ST, NEW YORK, NY 10021-5159

10925   HELEN PLUNGIS, 18001 SE HERITAGE DR, TEQUESTA, FL 33469-1423

10925   HELEN R KRUG, 22 MINEOLA COURT, HAMPTON BAYS, NY 11946-3417

10925   HELEN R MEHLER, 622 S WASHINGTON ST, HINSDALE, IL 60521-4439

10925   HELEN R RICHARDSON, 14562 WEST AVE, ORLAND PARK, IL 60462-2449

10925   HELEN R SCOTT, THE WILLOWS, 1 LYMAN ST, WESTBOROUGH, MA 01581-1437

10925   HELEN S GECK, 220 ARIKARA AVE, BISMARCK, ND 58501-2644

10925   HELEN S ZEIGLER, 1129 COLUMBUS AVE-APT 1, LEMOYNE, PA 17043-1730

10925   HELEN SMITH &, MICHAEL PYSIEWSKI JT TEN, 220 PALM AIR DR, OSPREY, FL 34229-9040

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HELEN T ESHLEMAN, 722 LOWERLINE ST, NEW ORLEANS, LA 70118-5114

10925   HELEN T WROBEL, 7S 356 BALTUSROL LANE, NAPERVILLE, IL 60540-9417

10925   HELEN THOMPSON &, JOHN L THOMPSON JT TEN, 2 LINK ST, FOXBOROUGH, MA 02035-2271

10925   HELEN V SNYDER, 17 LAKE SHORE DR, EASTCHESTER, NY 10709-5208

10925   HELEN VISELLI, 191 NANTASKET RD, HULL, MA 02045-2649

10925   HELEN W MACKENZIE-STONE TR, UA JUL 16 91, HELEN MACKENIE-STONE, REVOCABLE TRUST, 226 CURTIS ST, HUTCHINSON, KS 67502-2422

10924   HELENA CHEMICALS, C/O ALPHA INSULATION, CORDELE, GA 31015

10925   HELENA J CHARON TTEE, DTD DEC 7 93, THE HELENA J CHARON REVOCABLE, TRUST, 8350 EAST 13TH ST, TULSA, OK 74112-7910

10925   HELENE B NAPOLITANO, 190 THORN RIDGE DR, N STAMFORD, CT 06903-5118

10925   HELENE CURTIS INDUSTRIES INC., 325 NORTH WELLS ST, CHICAGO, IL 60610

10924   HELENE CURTIS, INC., 325 N. WELLS, CHICAGO, IL 60610

10925   HELENE F CURTIS, 1209 CASTLEWOOD, FRIENDSWOOD, TX 77546-5223

10925   HELENE FULD MEDICAL CENTER, POBOX 23432, NEWARK, NJ 07189

10925   HELENE M WENZEL, 11 WARWICK RD, GREAT NECK, NY 11023-2340

10925   HELENE SORCIC, 2348 NW 98 WAY, CORAL SPRINGS, FL 33065

10925   HELENE WEBER, ESTATE OF HELENE WEBER, C/O JOHN EMRICH EX, 244 A KING ST, CHAPPAQUA, NY 10514-3416

10925   HELFERTY, ROBERT, PO BOX 873, PORTSMOUTH,, RI 02871

10925   HELFRICH, DALE, 120 EAST 7TH ST., OWENSBORO, KY 42303

10925   HELFRICK, MARIE, 11 FOUNTAIN ST, PITTSBURGH, PA 15205

10925   HELFSTEIN, DONALD, 6740 DARYN DR, WESTHILLS, CA 91307

10925   HELGEMOE, JAMES, W 1814 POND ROAD, RUBICON, WI 53078

10925   HELGESON, JEFFREY, 2409 MORNING GLORY, CREST HILL, IL 60435

10925   HELGESON, MARK, 2206 N MARYBROOK, PLAINFIELD, IL 60544

10925   HELGESON, RANDALL, HCR 1, BOX 33, LANSFORD, ND 58750

10925   HELGREN JT TEN, RICHARD F & CAROLINE P, 3133 CAMINO PORTOFINO, FALL BROOK, CA 92028-9607

10925   HELHOWSKI, WALTER, 51 GREENBROOK DRIVE, WEST MILFORD, NJ 07480

10925   HELIAN MEDICAL - CONYERS, PO BOX 277960, ATLANTA, GA 30384

10925   HELIAN MEDICAL CENTER, PO BOX 82730, HAPEVILLE, GA 30354

10925   HELICOPTER SUPPORT INC, 86 MARSH HILL RD, ORANGE, CT 06477

10924   HELIG MEYERS OFFICE BUILDING @ @, RICHMOND, VA 23200

10925   HELINSKI, G, 1018 H WOODSON RD, BALTIMORE, MD 21212

10925   HELIOS CONTAINER SYSTEMS, INC, 251 COVINGTON DRIVE, BLOOMINGDALE, IL 60108

10924   HELIPORT AT NEW ENGLAND MEDICAL CTR, C/O EAST COAST FIREPROOFING, BOSTON, MA 02110

10925   HELISEK, JERRY, 18730 SHREWSBURY, LIVONIA, MI 48152

10925   HELLA, TERRY, N 4480 COUNTY ROAD B, KEWAUNEE, WI 54216-6663

10925   HELLAMS, ROSE, PO BOX 572, GRAY COURT, SC 29645

10925   HELLAND, BARBARA J, 806 VERMONT CIRCLE, AMES, IA 50014-3062

10925   HELLE, ELDEAN, 214 DOGWOOD DR, GREENVILLE, TN 37743

10925   HELLER EHRMAN WHITE & MCAULIFFE LLP, 711 FIFTH AVE, NEW YORK, NY 10022-3194

10925   HELLER EHRMAN WHITE & MCAULLIFE, NICHOLAS W VAN AELSTYN, 333 BUSH ST, SAN FRANCISCO, CA 94104

10925   HELLER FINANCIAL, INC, 500 WEST MONROE ST, CHICAGO, IL 60661

10925   HELLER JR, DAVID, 1456 W. LAMPLIGHTER LANE, NORTH WALES, PA 19454

10925   HELLER, CHERYL, 11500 HUEBNER, SAN ANTONIO, TX 78230

10925   HELLER, ESQ, DAVID S, LATHAM & WATKINS, SEARS TOWER, STE 5800, CHICAGO, IL 60606

10925   HELLER, JOSEPH, 21368 W WILLOW, LAKE ZURICH, IL 60047

10925   HELLER, LORRAINE, 102 CARRIAGE LANE, LOGAN TOWNSHIP, NJ 08085

10925   HELLER, MARY, 3907 LUNAR DR APT 2, ANCHORAGE, AK 99504-4579

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HELLER, MICHAEL, 403 NORTH AVE, PITTSBURG, PA 15209

10925    HELLER, PATRICIA, 10 B AVE, NEWHALL, IA 52315

10925    HELLER, RONALD, 10 B AVE, NEWHALL, IA 52315

10925    HELLER, STEPHEN, 1612 PENN AVE, WYOMISSING, PA 19610

10925    HELLER, TERRENCE, 861 AUGUSTA DRIVE, ROCHESTER HILLS, MI 48063

10925    HELLER,EHRMAN,WHITE & MCAULIFFE, 333 BUSH ST, SAN FRANCISCO, CA 94104-2878

10925    HELLIKER, ERIC, 659 W. PECOS, MESA, AZ 85210

10925    HELLING, STEPHEN, 214 WATERBURY COURT, SIMPSONVILLE, SC 29681

10925    HELLINGA, LINDA, 1853 SEASONS DR., PRATTVILEE, AL 36066

10925    HELLINGHAUSEN, GAYLIN, 6165 TERRY RD., JACKSON, MS 39212

10925    HELLIWELL, KEVIN M, 649 COVENTRY, MARIETTA, GA 30062

10925    HELLIWELL, KEVIN, 649 COVENTRY TOWNSHIP LANE, MARIETTA, GA 30062

10924    HELLMAN INTERNATIONAL, 144-01 157TH STREET, JAMAICA, NY 11434

10925    HELLMAN PROPERTIES, HEATHER LEAL,

10925    HELLMANN WORLDWIDE LOGISTICS INC, 128 EASTERN AVE, CHELSEA, MA 02150

10925    HELLMUTH, FRANCIS, 222 SHERMAN ST, CANTON, MA 02021-2523

10925    HELLMUTH, JEFFREY, 29 ELM ST APT #2, FOXBORO, MA 02035

10925    HELLO DIRECT INC., 5884 EDEN PARK PLACE, SAN JOSE, CA 95151-0062

10925    HELLO DIRECT INC., FILE NUMBER 210062, SAN JOSE, CA 95151-0062

10925    HELLO DIRECT, INC, 5893 RUE FERRARI, SAN JOSE, CA 95138-1858

10925    HELLO FLORIDA!INC., 4207 VINELAND ROAD,STE M-15, ORLANDO, FL 32811

10925    HELLOFS, MELISSA, 1200 5TH AVE N, SURFSIDE BEACH, SC 29575

10925    HELLRIEGEL, ERNST, 300 E. LANCASTER AVE, WYNNEWOOD, PA 19096

10925    HELLYER, ROSS, RT 1,BOX 203A, DAYTON, TX 77535

10925    HELM, CARLOS, 6939 N. 76TH ST. APT. 3, MILWAUKEE, WI 53223

10925    HELM, ELIZABETH, 1465 LONGWOOD, BATON ROUGE, LA 70808

10925    HELM, MARIE, 439 S. LINCOLN, KANKAKEE, IL 60901

10925    HELM, RAYMOND E, CUST FOR BETTINA S HELM, UNIF GIFT MIN ACT CA, BOX 926, CAMINO, CA 95709-0926

10925    HELM, ROBERT, 201 GREENSBORO RD #121, HIGH POINT, NC 27260-3483

10925    HELMAR, JAMES, 421 W BURNSIDE, PORTLAND, OR 97209

10925    HELMER, INEZ B, 7418 S 15TH, TACOMA, WA 98465-1521

10925    HELMEY, WILTON, PO BOX 337, BLOOMINGDALE, GA 31302

10925    HELMICK, JAMES, 1128 VERANDE COURT, BALTIMORE, MD 21226

10925    HELMICK, MARY, PO BOX 232, SIMPSON, WV 26435

10925    HELMLINGER JR., HARRY, 103 SUNNYKING DRIVE, REISTERTOWN, MD 21136

10925    HELMREICH, DAVID, 10949 W TULANE AVE, LITTLETON, CO 80127-1009

10924    HELMS CAULKING COMPANY, 6724 PINE RIDGE CT., JENISON, MI 49428

10924    HELMS CAULKING COMPANY, DO NOT USE, JENISON, MI 49428

10925    HELMS, BRENDA, 307 W EMERALD, IOWA PARK, TX 76367

10925    HELMS, CAROLYN, 5122 KINGSTON, WICHITA FALLS, TX 76310

10925    HELMS, DANNY, 12519 CRESTED BUTTE, EAGLE RIVER, AK 99577

10925    HELMS, JAMES, PO BOX 870597, WASILLA, AK 99687

10925    HELMS, JANICE, 807 COUNTRY LAND CT, MONROE, NC 28110

10925    HELMS, JULIE, 7677 KERR ROAD, GAMBIER,, OH 43022

10925    HELMS, TERRI, 7120 PLEASANT GR RD, CHARLOTTE, NC 28216

10925    HELMSMAN MANAGEMENT SERVICE INC, 9 RIVERSIDE ROAD, WESTON, MA 02193-2290

10925    HELMSMAN MANAGEMENT SERVICES INC, 9 RIVERSIDE ROAD, WESTON, MA 02193-2290

10925    HELMSMAN MANAGEMENT SVC. INC., 175 BERKELEY ST, BOSTON, MA 02117

10925    HELMUT THIELSCH, 140 SHAW AVE, CRANSTON, RI 02905-3833

10925    HELMUTH, MARY, 57 MAGOUN ST, NO. CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HELP DESK INSTITUTE, 1755 TELSTAR DR SUITE 101, COLORADO SPRINGS, CO 80920-1017

10925   HELP DESK INSTITUTE, 5475 TECH CENTER DR. STE 210, COLORADO SPRINGS, CO 80919

10925   HELP DESK INSTITUTE, 6835 CORPORATE DR, SUITE 301, COLORADO SPRINGS, CO 80919

10925   HELP ENCOURAGE LANDMARK PRESERVATION INC, 2223 GROVE AVE, RICHMOND, VA 23220-4438

10925   HELPING HANDS MINISTRIES OF, PO BOX 483, WOODRUFF, SC 29388-0483

10925   HELSEL-JEPPERSON ELEC INC, 197TH & HALSTEAD ST S, CHICAGO HEIGHTS, IL 60411-0310

10925   HELSEL-JEPPERSON ELECTRICAL, INC, PO BOX 310, CHICAGO HEIGHTS, IL 60412-0310

10925   HELTERBRAND, GEORGE, 2027 HILLCREST, 2099, MESSUITE, TX 75149

10925   HELTON, JENIFER, PO BOX 689, ELECTRA, TX 76360

10925   HELTON, MICHELLE, 7684 WETHERSFIELD, WEST CHESTER, OH 45069

10925   HELTSLEY, GEORGE, 6676 BOSTON-LAFFOON, PHILPOT, KY 42366

10925   HELVEY, BETTY, 103 STEPHEN DR, DUBLIN, VA 24084

10925   HEMAN, P, RT 1, BOX 98, SARCOXIE, MO 64862

10925   HEMANT J PATEL, 7639 N MILWAUKEE AVE, NILES, IL 60714-3132

10925   HEMCO CORP, BOX 870475, KANSAS CITY, MO 64187-0475

10925   HEMCO INDUSTRIES, INC, 2408 KARBACH, HOUSTON, TX 77092

10925   HEMELSTRAND, JOHN, R. R. 2, BOX 230, ARAPAHOE, NE 68922

10925   HEMENWAY, BRAD, 59330 SEXTON DR., PLAQUEMINE, LA 70764

10925   HEMENWAY, LISA, 5 UNIVERSITY LANE, BILLERICA, MA 01821

10925   HEMENWAY, LUCINDA, 7 LAFAYETTE COURT, NEWBURYPORT, MA 01950

10925   HEMEON, JULIE, 8312 SILVER TRUMPET, COLUMBIA, MD 21045

10925   HEMER, JOE, 255 WEST 10TH ST, GARNER, IA 50438

10925   HEMESATH, ELMER, BOX 288, OSSIAN, IA 52161

10925   HEMESATH, ROBERT, PO BOX 318, 100 S OGDEN, OSSIAN, IA 52161

10924   HEMET REDI-MIX & MATERIALS, 1130 NORTH STATE STREET, HEMET, CA 92543

10924   HEMET REDI-MIX & MATERIALS, ATTN:  ACCOUNTS PAYABLE, 1130 NORTH STATE STREET, HEMET, CA 92543

10924   HEMET REDI-MIX, 55475 YUCCA TRAIL, YUCCA VALLEY, CA 92284

10924   HEMET REDI-MIX, 7451 MOJAVE ROAD, TWENTYNINE PALMS, CA 92277

10924   HEMET REDI-MIX/PALM DESERT, 72470 VARNER ROAD, PALM DESERT, CA 92260

10925   HEMINGWAY, JR, GEORGE, 2602 LARCHMONT DRIVE, BALTIMORE, MD 21207

10925   HEMJE, DEBORAH, 3030 PARKLANE DR # 6, HASTINGS, NE 68901

10924   HEMLOCK SEMICONDUCTOR CORP., 12334 GEDDES ROAD, HEMLOCK, MI 48626

10924   HEMLOCK SEMICONDUCTOR CORP., PO BOX 128, HEMLOCK, MI 48626

10925   HEMME, CHRISTOPHER, 383 LANGLEY ROAD, NEWTON CENTER, MA 02159

10925   HEMMER, EVELYN, RT 7 293BC, MISSION, TX 78572

10925   HEMMERLAW OFFICES, 606 W WISCONSIN AVE, MILWAUKEE, WI 53203-1983

10925   HEMMING, ANTHONY, 1922 MERRIMAC DRIVE, ADELPHI, MD 20783

10925   HEMMING, DAVID, 6301 CRANSTON LANE, FREDERICKSBURG, VA 22407

10925   HEMMINGER, JEFFREY, RD 2 BOX 182, MAGNOLIA, DE 19962

10925   HEMMINGS, LA-TONYA, 7049 VASSAR ST, CANOGA PARK, CA 91303

10925   HEMMINGWAY, KATRINA, 317 STETSON ST, CLINTON, NC 28328

10925   HEMOPHELIA ASSOCOF NEW ENGLAN, THE, 170 RUSTCRAFT RD., DEDHAM, MA 02026

10924   HEMPEL COATINGS (AMERICA), 600 CONROE PARK NORTH DR, CONROE, TX 77303

10924   HEMPEL COATINGS (AMERICA), 600 CONROE PARK NORTH DR, CONROE, TX 77303-2207

10924   HEMPEL COATINGS (AMERICA), 600 CONROE PARK NORTH DRIVE, CONROE, TX 77303-2207

10925   HEMPHI, ROGERS V, CUST FOR ALEXIS M HAMPHILL, UNIF GIFT MIN ACT MN, 1034 COUNTRY CLUB ESTATES DR, CASTLE ROCK, CO 80104-3488

10925   HEMPHILL, ADLEY, PO BOX 1957, PINEHURST, NC 28370

10925   HEMPHILL, ANTHONY, 2905 MALLVIEW ROAD R1, BALTIMORE, MD 21230

10925   HEMPHILL, DAVID H, 7500 GRACE DRIVE, COLUMBIA, MD 21044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HEMPHILL, DAVID, 5890 TEN ESTATES DR, WOODBINE, MD 21797 | |
| 10925 | HEMPHILL, FRED, 24 MAYLFLOWER ST., SULPHUR, LA 70663 | |
| 10925 | HEMPHILL, GEOFFREY, 1644 GLENDOLA ROAD, WALL, NJ 07719-4506 | |
| 10925 | HEMPHILL, GREG D, 125 SUMMERWOOD DR., SULPHUR, LA 70663 | |
| 10925 | HEMPHILL, GREGORY, 125 SUMMERWOOD DRIVE, SULPHUR, LA 70663 | |
| 10925 | HEMPHILL, JAMES, 3400 13TH ST SE APT. 4, WASHINGTON, DC 20032 | |
| 10925 | HEMPHILL, KARA, 36 GLENMORE AVE, PITTSBURGH, PA 15229 | |
| 10925 | HEMPHILL, ROGERS, CUST FOR ROGER V HEMPHILL, UNIF GIFT MIN ACT MN, 1034 COUNTRY CLUB ESTATES DR, CASTLE ROCK, CO 80104-3488 | |
| 10925 | HEMPHILL, SHELTON, 4431 MUNSEE ST, CHARLOTTE, NC 28213 | |
| 10925 | HEMPHILL, VIVIAN, 112 BLUFF DR, WEST MONROE, LA 71291 | |
| 10924 | HEMPSTEAD SUPPLY, 125 TAFT AVE, HEMPSTEAD, NY 11550 | |
| 10925 | HEMRY, DWAYNE, 503 HWY. 55, LOT 1, MONTEGUT, LA 70377 | |
| 10925 | HEMS, ROSE, 314 NEW CASTLE ST, MINERSVILLE, PA 17954 | |
| 10925 | HEMSLEY, DENYSE, 7400 BENTLEY STATION, REYNOLDSBURG, OH 43068 | |
| 10925 | HEMSLEY, JOAN, 4717 E. ANDREW ST., TUCSON, AZ 85711-6426 | |
| 10925 | HEMSTETTER, EDWARD, 20 SNOWMASS RUN ASPEN MEADOWS, REHOBOTH BEACH, DE 19971-9560 | |
| 10925 | HEMSTREET, RHONDA, 409 CEDAR GLEN CIRCLE, EAST RIDGE, TN 37412 | |
| 10925 | HENAGAN, AMY, RR 1 BOX 150 D, DEQUINCY, LA 70633-9724 | |
| 10924 | HENAN PROVINCIAL CHEMICALS IMP&EXP, 115 WENHUA RD, ZHENGZHOU, 0CHN | *VIA Deutsche Post* |
| 10924 | HENAN PROVINCIAL CHEMICALS IP&EXP, PORT OF LIANYUNGANG, LIANYUNGANG, 0CHN | *VIA Deutsche Post* |
| 10925 | HENARD, DONNA, 3420 SHERWOOD, LANCASTER, TX 75134 | |
| 10924 | HENCELS PHELPS DULLES AIRPORT, C/O DANVENPORT, CHANTILLY, VA 22021 | |
| 10925 | HENCLEY, MARY, 115 CORAL COURT, MACON, GA 31201 | |
| 10925 | HENDEE ENTERPRISES INC., PO BOX 4346, HOUSTON, TX 77210-4346 | |
| 10925 | HENDEE ENTERPRISES, INC, PO BOX 4346, HOUSTON, TX 77210-4346 | |
| 10925 | HENDEL, AMY, 132A WASHINGTON AVE., MONSEY, NY 10901 | |
| 10925 | HENDEL, JUDY K, 9 COLD HARBOR DR, NORTHBOROUGH MA, MA 01532 | |
| 10925 | HENDERSHOT, DALLAS, 507 MASSILLON ROAD, AKRON, OH 44306 | |
| 10925 | HENDERSON BOLDBERG, THIRD FL KETCHUM CENTER, 1030 FIFTH AVE, PITTSBURGH, PA 15219 | |
| 10924 | HENDERSON COMMUNITY COLLEGE, HWY. 60, HENDERSON, KY 42420 | |
| 10924 | HENDERSON COUNTY DETENTION CTR, 375 FIRST AVE E, HENDERSONVILLE, NC 28792 | |
| 10925 | HENDERSON ENGINEERING CO., 95 NORTH MAIN ST, SANDWICH, IL 60548 | |
| 10925 | HENDERSON ENGINEERING, DEPT. 4388, CHICAGO, IL 60674-4388 | |
| 10924 | HENDERSON JOHNSON C/O JC LOWERY, 969 EAST SHORE RD, ITHACA, NY 14850 | |
| 10924 | HENDERSON JOHNSON, 918 CANAL ST., SYRACUSE, NY 13210 | |
| 10925 | HENDERSON JR., BOBBY, RR 1 BOX 105, MONROVIA, IN 46157 | |
| 10924 | HENDERSON JUSTICE FACILITY, PROCEDURES, HENDERSON, NV 89009 | |
| 10925 | HENDERSON LEVIHN, 230 WEST WELLS ST, SUITE 407, MILWAUKEE, WI 53203 | |
| 10925 | HENDERSON SALLEY, 111 PARK AVE SW, AIKEN, SC 29801-3855 | |
| 10925 | HENDERSON SIGNS, 8430 S. NEW HOPE RD., GASTONIA, NC 28058 | |
| 10925 | HENDERSON, AARON, 181 E. LONDON ROAD, LOVING, NM 88256 | |
| 10925 | HENDERSON, ANNE MARIE, 231-18 GRANT AVE, POMPTON LAKES, NJ 07442 | |
| 10925 | HENDERSON, ANNE T, 423 S CENTRAL AVE, RAMSEY, NJ 07446-2441 | |
| 10925 | HENDERSON, ANNE, 201 CHARLES BANCROFT, LITCHFIELD, NH 03051 | |
| 10925 | HENDERSON, ANNIE, 209 BUCKBOARD LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | HENDERSON, ARIENNE, 1075 FOX DEN RD, HEPHZIBAH, GA 30815 | |
| 10925 | HENDERSON, ART, 1811 ROYAL FERN CT, HOUSTON, TX 77062-2923 | |
| 10925 | HENDERSON, BEATRICE, 4 CALDERABBY CT, BLACKJACK, MO 63033 | |
| 10925 | HENDERSON, BENNY, 7419 W. 10TH ST., ODESSA, TX 79763 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HENDERSON, BERRY, 344 SKY MOUNTAIN LN, CANTON, GA 30114

10925    HENDERSON, BERRY, 6606 MARSHALL BLVD., LITHONIA, GA 30058

10925    HENDERSON, BEVERLY, SIERRA TRL CT SP #60, GILLETTE, WY 82716

10925    HENDERSON, BILL, 901 VAN DORN DRIVE, CRAIG,, CO 81625

10925    HENDERSON, C, PO BOX 841, PELZER, SC 29669

10925    HENDERSON, CHESTER, 2811 PALM, AMARILLO, TX 79107

10925    HENDERSON, CINDA, RT 1 BOX 352, MOMENCE, IL 60954

10925    HENDERSON, DALE, 4104 FALLSTAFF ROAD, BALTIMORE, MD 21215

10925    HENDERSON, DEBORAH, 226 SCOTT DR, FOREST, MS 39074

10925    HENDERSON, DEIRDRE, 430 BUCHANAN ST NW, WASHINGTON, DC 20011

10925    HENDERSON, DIANE, 11936 BELTSVILLE DR. APT. 4, BELTSVILLE, MD 20705

10925    HENDERSON, DONALD, 245 FIFTH ST NE, BARBERTON, OH 44203

10925    HENDERSON, DONALD, 704 HUNTING PLACE, BALTIMORE, MD 21229-1426

10925    HENDERSON, DONALD, BOX 307, EVANSTON, WY 82930

10925    HENDERSON, DOROTHY A, 710 MANOR CIRCLE, MCALLEN TX, TX 78501

10925    HENDERSON, DWAYNE, 180 OAKVALE DRIVE, PIEDMONT, SC 29673

10925    HENDERSON, EARL, 3739 STRIKE GOLD COURT, OWENSBORO, KY 42303

10925    HENDERSON, FRANK, RT #4 BOX 119D, JASPER, FL 32052

10925    HENDERSON, FRANKLIN, RR#1, BOX 250V, ALAMOGORDO, NM 88310

10925    HENDERSON, GARY, ROUTE 3, PELZER, SC 29669

10925    HENDERSON, GEORGE, 103 LANCEWAY DR, MAULDIN, SC 29662

10925    HENDERSON, GEORGE, PO BOX 251, LAURENS, SC 29360

10925    HENDERSON, GWENDOLYN, 1305 HAWKINS ST., SHREVEPORT, LA 71107

10925    HENDERSON, JACK, 9530 POWERS RD., SHREVEPORT, LA 71106

10925    HENDERSON, JAMES BRUCE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    HENDERSON, JAMES, 4056 COUNTRY PLACE DR, NEWBURG, IN 47630

10925    HENDERSON, JAMES, 702 MILLER ROAD, GREENVILLE, SC 29607-5817

10925    HENDERSON, JAMES, 723 THIN BARK LANE, MOODY, AL 35004

10925    HENDERSON, JAMES, STAR ROUTE BOX 222, GASTON, NC 27832

10925    HENDERSON, JANE, 127 CALDWELL CIRCLE, SPARTANBURG, SC 29301

10925    HENDERSON, JANICE, 16 VALENCIA DRIVE, NASHUA, NH 03062

10925    HENDERSON, JANICE, 3823 GENESSEE, KANSAS CITY, MO 64111

10925    HENDERSON, JANICE, RT 1 BOX 352, MOMENCE, IL 60954

10925    HENDERSON, JEANETTE, 2742 NORTH 35TH ST, A, MILWAUKEE, WI 53210

10925    HENDERSON, JEFFERY, PO BOX 105, MEDFORD, OR 97501

10925    HENDERSON, JIMMY, ROUTE 6, ODESSA, TX 79764

10925    HENDERSON, JOHN, 221 RICHARDSON RD., LYNDEBOROUGH, NH 03082

10925    HENDERSON, JON M., 8506 E 110TH, KANSAS CITY, MO 64134

10925    HENDERSON, JOY, 6642 UNDERHILL, HOUSTON, TX 77092

10925    HENDERSON, KAREN, 811 E 36TH ST, INDIANAPOLIS, IN 46205

10925    HENDERSON, KENNETH, 16555 OLD FREDERICK ROAD, MT. AIRY, MD 21771

10925    HENDERSON, KEVIN, 1105 COVINGTON, WICHITA FALLS, TX 76305

10925    HENDERSON, KEVIN, 111 TEAL LANE, MAULDIN, SC 29662

10925    HENDERSON, LEROY, PO BOX 244, TOWNSVILLE, NC 27584

10925    HENDERSON, LESSIE, 191 RONDALE CIRCLE, SMYRNA, GA 30080

10925    HENDERSON, LINDA, 5011 RIVERDALE RD., ATLANTA, GA 30337

10925    HENDERSON, LLOYD, 315 FIVE FORKS ROAD, SIMPSONVILLE, SC 29681

10925    HENDERSON, MARK, 710 N CALHOUN, WEST LIBERTY, IA 52776

10925    HENDERSON, MARK, 7328 N. 20TH ST., PHILADELPHIA, PA 19138

10925    HENDERSON, MARY BETH, 615 UPTON AVE. SOUTH, MINNEAPOLIS,, MN 55405

10925    HENDERSON, MARY, PO BOX 50474, PARKS, AZ 86018

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HENDERSON, MAX, #30 SURREY CIRCLE, IOWA PARK, TX 76367

10925   HENDERSON, MAX, 4 JORDAN ST, INMAN, SC 29349

10925   HENDERSON, MICHAEL, 105 VEDADO LANE, GREENVILLE, SC 29611

10925   HENDERSON, MICHAEL, 4507 GREENLEAF DR, WICHITA FALLS, TX 76309

10925   HENDERSON, MICHAEL, 7226 UNIVERSITY AVE, MIDDLETON, WI 53562

10925   HENDERSON, MICHEL, 3000 J ST SW, 1108, CEDAR RAPIDS, IA 52404

10925   HENDERSON, MIKE, 1301 W MAGNOLIA AVE, IOWA PARK, TX 76367

10925   HENDERSON, MORRIS, 201 NORTH BALLARD DR, EASLEY, SC 29640

10925   HENDERSON, MOSE, 3082 CURRAN AVE, OAKLAND, CA 94602

10925   HENDERSON, PAMELA, 2484 WESMEADE DR, MARYLAND HTS, MO 63043

10925   HENDERSON, PATRICIA, #5 BRIGHTWELL, ST. LOUIS, MO 63031

10925   HENDERSON, PHILIP, 4803 SAN ANTONE, BOSSIER CITY, LA 71111

10925   HENDERSON, R, 1002 HAPTON ROAD, LYNN, SC 29365

10925   HENDERSON, R, 833 LESLIE, COPPELL, TX 75019

10925   HENDERSON, RAY, 399 HEMLOCK LANE, NAZARETH, PA 18064

10925   HENDERSON, RICHARD, ROUTE 4, BOX 84, RICHTON, MS 39476

10925   HENDERSON, ROBERT, 201 CHARLES BANEROFT HWY, LITCHFIELD, NH 03052

10925   HENDERSON, SAMMIE, 833 LESLIE, COPPELL, TX 75019

10925   HENDERSON, SCOTT, 3093 PINEY BLUFF DR., LIBRARY, PA 15129

10925   HENDERSON, STERLING, STAR ROUTE BOX 29X3, INEZ, TX 77968

10925   HENDERSON, STEVE, 5202 COBB PLACE, SAN DIEGO, CA 92117

10925   HENDERSON, SUSAN, 810 SHILOH CHURCH RD, WELLFORD, SC 29385

10925   HENDERSON, TIMOTHY, 313 FIVE FORKS RD, SIMPSONVILLE, SC 29681

10925   HENDERSON, TRACY, 220 FAIRFIELD APTS, ROANOKE RAPIDS, NC 27870

10925   HENDERSON, TRACY, 4360 CREEKRIDGE LN, KERNERSVILLE, NC 27284

10925   HENDERSON, TRACY, RD #1 BOX 274, EIGHTY-FOUR, PA 15330

10925   HENDERSON, UTE, 2110 TWIN LAKE DR., BENTON, LA 71006

10925   HENDERSON, VIVIAN, 502 BIRCH, WEST MEMPHIS, AR 72301

10925   HENDERSON, W VIRGIL, 704 MILLER ROAD, GREENVILLE, SC 29607-9763

10925   HENDERSON, WENDY, 108 GALENA DRIVE, RENO, NV 89506

10925   HENDERSON, WILLIAM, 36 CARROLL ROAD, PASADENA, MD 21122

10925   HENDERSON, WILLIAM, 6905 MOCKINGBIRD, ODESSA, TX 79764

10924   HENDERSON-JOHNSON CO INC, 918 CANAL STREET, SYRACUSE, NY 13217

10925   HENDLEY, CARL, 6795 FOSTER ROAD, PHILPOT, KY 42366

10925   HENDLEY, FREDDIE, R R 1 BOX 119, MORGANTOWN, IN 46160

10925   HENDON, LAWANDA, RT 3 BOX 423, LIVE OAK, FL 32060

10925   HENDRA, MARIE, 26 MACDONALD DR, NASHUA, NH 03062

10925   HENDRICK, BOBBY, 5912 S BILL ST, OKLAHOMA CITY, OK 73129

10925   HENDRICK, ICANSA, 5803 LILLYAN AVE APT. B6, BALTIMORE, MD 21206

10925   HENDRICK, K, 146 OAKMONT DRIVE, LEMOIR, NC 28645

10925   HENDRICK, KATHLEEN, 1625 HOLLY CT, LENOIR, NC 28645

10925   HENDRICK, RICHARD, 1530 MEDFORD ROAD, BALTIMORE, MD 21218-2209

10925   HENDRICK, TOM, 1900 N. KINGS HWY, CUSHING, OK 74023

10925   HENDRICK, TOMMY, RR #4, BOX 2920, CUSHING, OK 74023

10924   HENDRICKS BLDRS SPLY, 11275 CHANDLER BLVD, NORTH HOLLYWOOD, CA 91601

10924   HENDRICKS BUILDERS SUPPLY, CAMBRIDGE, MA 02140

10925   HENDRICKS, ABIGAIL, 11660 HUEBNER RD, SAN ANTONIO, TX 78230

10925   HENDRICKS, CYNTHIA, POBOX 128, BYNUM, AL 36253

10925   HENDRICKS, DAVID, 9006 DAISY DALLAS ROAD, HIXSON, TN 37343

10925   HENDRICKS, G, 541 JACQUELINE AVE, VIRGINIA BEACH, VA 23462

10925   HENDRICKS, G, 7575 S WESTMORE LA #4, DALLAS, TX 75237

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HENDRICKS, JOANNE, 630 CASTILLA LANE, BOYNTON BEACH, FL 33435 | |
| 10925 | HENDRICKS, JOANNE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | HENDRICKS, JUDD, DISENVN 17, OSLO, N0587NORWAY | *VIA Deutsche Post* |
| 10925 | HENDRICKS, KANDICE, 2542 BRIDGEWOOD RD, ROCKY MOUNT, NC 27804 | |
| 10925 | HENDRICKS, LINDA, 2717 PALMETTO, WICHITA FALLS, TX 76305 | |
| 10925 | HENDRICKS, MARJORIE, 541 JACQUELINE AVE, VIRGINIA BEACH, VA 23462 | |
| 10925 | HENDRICKS, MISCHELLE, 5757 W EUGIE, GLENDALE, AZ 85304 | |
| 10925 | HENDRICKS, PATRICK, 1736 MELON AVE, GREEN BAY, WI 54302-3413 | |
| 10925 | HENDRICKS, RICKY, 1253 GRAVLEY RD, PICKENS, SC 29671 | |
| 10925 | HENDRICKS-FRANKLIN, EDGWINA, PO BOX 599, RED OAK, GA 30272 | |
| 10925 | HENDRICKSON, DALE, PO BOX 2255, WILLISTON, ND 58801 | |
| 10925 | HENDRICKSON, E ANNE, 408 YORKSHIRE COURT, GRAYS LAKE, IL 60030 | |
| 10925 | HENDRICKSON, EDMOND, 518 E 5TH, LIBBY, MT 59923 | |
| 10925 | HENDRICKSON, JAMES, 2735 S WAGNER ROAD #45, ANN ARBOR, MI 48103 | |
| 10925 | HENDRICKSON, JAMES, N 6153 HWY 32, OCONTO FALLS, WI 54154 | |
| 10925 | HENDRICKSON, RITA, 691 210TH ST, PASADENA, MD 21122 | |
| 10925 | HENDRICKSON, TOM, 81 OAK LANDING LANE, DOUGLASVILLE, GA 30134 | |
| 10925 | HENDRIKS, EUGENE P, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | HENDRIKS, EUGENE, 15 LOWELL ROAD, WESTFORD, MA 01886 | |
| 10924 | HENDRIX PRODUCE, HIGHWAY 129 SOUTH, METTER, GA 30439 | |
| 10925 | HENDRIX, BOYD, PO BOX 102, MILLINGTON, TN 38083-0102 | |
| 10925 | HENDRIX, DAN, 1290 MORNINGSIDE ST, MT DORA, FL 32757 | |
| 10925 | HENDRIX, J, 2751 CLINTON CIRCLE, HOPKINSVILLE, KY 42240 | |
| 10925 | HENDRIX, JANE, 427 W. PEACHTREE ST, WOODRUFF, SC 29303 | |
| 10925 | HENDRIX, JEFFREY, 1017 N 14TH, COLLINSVILLE, OK 74021-1812 | |
| 10925 | HENDRIX, JOANN, 1103 SHIELDCREST WAY, FOREST PARK, GA 30050 | |
| 10925 | HENDRIX, JOEY, 811 S. FLORIDA, AMARRILLO, TX 79106 | |
| 10925 | HENDRIX, JOHN, 3013 S OAK ST, BROKEN ARROW, OK 74012 | |
| 10925 | HENDRIX, JONI, 418 ESTES ST, MURFREESBORO, TN 37129 | |
| 10925 | HENDRIX, MARTHA, ROUTE 6, GREER, SC 29651 | |
| 10925 | HENDRIX, SHANE, PO BOX 4, PURVIS, MS 39475 | |
| 10925 | HENDRY, JANET, 1007 WAVERLY DR., MIDLAND, TX 79703 | |
| 10925 | HENDRY, MARILYN, 4223 CONWAY PL CIR, ORLANDO, FL 32812 | |
| 10925 | HENDRY, RALPH, RT. 2, BOX 110-B, WINNSBORO, LA 71295 | |
| 10925 | HENDRY, SHARON, 2583 LAPALOMA CIRCLE, THOUSAND OAKS, CA 91360 | |
| 10925 | HENDRY, WILLIAM, 611 NICHOLE DRIVE, NEWBURY PARK, CA 91320 | |
| 10925 | HENDRYX, CATHY, 7342 PYMBROKE DR., FISHERS, IN 46038 | |
| 10925 | HENEGHAN, CHARLES, 102 HAMLIN PLACE, 1A, STATEN ISLAND, NY 10132 | |
| 10925 | HENESS, NABIL, 861 TAYLOR DR., FOLCROFT, PA 19032 | |
| 10925 | HENG TEE, 22 JALAN SELASIH, OFF JALAN TELOK GADONG, SELANGOR DARUL EHSAN, KLANG, 41100MALAYSIA | *VIA Deutsche Post* |
| 10924 | HENGEL READY MIX & CONSTRUCTION CO, 12883 UPPER SYLVAN ROAD SW, PILLAGER, MN 56473 | |
| 10925 | HENGEL, TIMOTHY, 1203 HASTINGS ST, GREEN BAY, WI 54301-2423 | |
| 10925 | HENGELER MUELLER WEITZEL WIRTZ, BOCKENHEIMER LANDSTRASSE 51, FRANKFURT AM MAIN, D-60325GERMANY | *VIA Deutsche Post* |
| 10924 | HENGES INTERIORS, 4133 SHORELINE DRIVE, EARTH CITY, MO 63045 | |
| 10924 | HENGES J ENTERPRISES INC, 4133 SHORELINE DR., EARTH CITY, MO 63245 | |
| 10925 | HENGEY, RICHARD, 5 BARREL RUN RD, QUAKERTOWN, PA 18951 | |
| 10925 | HENGST, PAULA, 41 TAMMIE DRIVE, DOVER, DE 19904 | |
| 10925 | HENINGBURG, VENISHA, 2456 OSAGE ST, MOBILE, AL 36617 | |
| 10925 | HENISER, VICTORIA, 3525 CHINOOK LANE, FORT COLLINS, CO 80525 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HENKE, FRED, 318 ASHLAND ST, LK CHARLES, LA 70605 | |
| 10925 | HENKE, KEVIN, 8610 DRUMWOOD ROAD, TOWSON, MD 21286 | |
| 10925 | HENKE, R, 1095 SOLON ROAD, DEWITT, MI 48820 | |
| 10925 | HENKE, RAYMOND, 10720 S RIGELAND AVE, WORTH, IL 60482 | |
| 10924 | HENKEL ADHESIVES CORPORATION, 100 SUTTON STREET, BROOKLYN, NY 11222 | |
| 10924 | HENKEL ADHESIVES CORPORATION, 1345 GASKET DR, ELGIN, IL 60120 | |
| 10924 | HENKEL ADHESIVES CORPORATION, 2532 COMMERCE PLACE, TUCKER, GA 30084 | |
| 10924 | HENKEL ADHESIVES CORPORATION, 25817 CLAWITER RD, HAYWARD, CA 94545 | |
| 10924 | HENKEL ADHESIVES CORPORATION, 418 JONES STREET, LEWISVILLE, TX 75067 | |
| 10924 | HENKEL ADHESIVES, 663 MORGAN AVENUE, BROOKLYN, NY 11222 | |
| 10924 | HENKEL CANADA LTD., 2290 ARGENTIA ROAD, MISSISSAUGA, ONTARIO, ON L5N 6H9TORONTO | *VIA Deutsche Post* |
| 10924 | HENKEL CHEMICAL MANAGEMENT, MAIN GATE BLDG. 80, 166 BOULDER DRIVE, FITCHBURG, MA 01420 | |
| 10924 | HENKEL CHEMICAL MANAGEMENT, ONE VANTAGE WAY, NASHVILLE, TN 37228 | |
| 10924 | HENKEL CHEMICAL MANAGEMENT, SUITE C-200, ONE VANTAGE WAY, NASHVILLE, TN 37228 | |
| 10924 | HENKEL CORP., S KENSINGTON ROAD, KANKAKEE, IL 60901 | |
| 10924 | HENKEL CORPORATION, 120 SUTTON STREET, BROOKLYN, NY 11222 | |
| 10924 | HENKEL CORPORATION, 23342 SHERWOOD AVE, WARREN, MI 48091 | |
| 10924 | HENKEL CORPORATION, 32100 STEPHENSON, MADISON HEIGHTS, MI 48071 | |
| 10924 | HENKEL CORPORATION, 969 CORPORATE DRIVE, AURORA, IL 60504 | |
| 10924 | HENKEL CORPORATION, ATTN: FRAN OGDEN, FINANCIAL DEPT., 300 BROOKSIDE AVENUE, AMBLER, PA 19002 | |
| 10925 | HENKEL CORPORATION, POBOX 101214, ATLANTA, GA 30392 | |
| 10925 | HENKEL CORPORATION, POBOX 101432, ATLANTA, GA 30392 | |
| 10924 | HENKEL CORPORATION, SOUTH KENSINGTON ROAD, KANKAKEE, IL 60901 | |
| 10925 | HENKEL FRANCE, BOULOGNE, 161 RUE DE SILLY, BILLANCOURT CEDEX, 92642FRANCE | *VIA Deutsche Post* |
| 10925 | HENKEL FRANCE, RUE CHARLES CROS, 27400 LOUVIERS, 0FRANCE | *VIA Deutsche Post* |
| 10925 | HENKEL SURFACE TECHNOLOGIES, 32100 STEPHENSON HWY, MADISON HEIGHTS, MI 48071 | |
| 10924 | HENKEL SURFACE TECHNOLOGIES, 991 SUPREME DRIVE, BENSENVILLE, IL 60106 | |
| 10924 | HENKEL SURFACE TECHNOLOGIES, APOLLO COURT, 2 BISHOP SQUARE BUSINESS PARK, HATFIELD, AL10 9EYGBR | *VIA Deutsche Post* |
| 10924 | HENKEL SURFACE TECHNOLOGIES, GATE TWO  CRABTREE MANORWAY NORTH, BELVEDERE, DA17 6ALGBR | *VIA Deutsche Post* |
| 10925 | HENKEL SURFACE TECHNOLOGIES, PO BOX 101432, ATLANTA, GA 30392 | |
| 10925 | HENKEL TEROSON GMBH, HENKEL TEROSON, HEIDELBERG, 69112GERMANY | *VIA Deutsche Post* |
| 10924 | HENKELL ADHESIVES CORPORATION, 418 JONES STREET, LEWISVILLE, TX 75067 | |
| 10925 | HENKELMANN, GARY, 938 GLENMORE LANE, ELGIN, IL 60123 | |
| 10924 | HENKELS & MCCOY INC, 381 CRANBERRY ROAD, FARMINGDALE, NJ 07727 | |
| 10925 | HENKELS & MCCOY, INC, PO BOX 13700-1027, PHILADELPHIA, PA 19191-1027 | |
| 10925 | HENKELS & MCCOY, INC, PO BOX 950, BLUE BELL, PA 19422 | |
| 10924 | HENKELS & MCCOY, INC., 1106 O'ROURKE BLVD, GAYLORD, MI 49735 | |
| 10925 | HENKEN, HARLAN, N10123 COUNTY 1, BURNETT, WI 53922 | |
| 10925 | HENKET JT TEN, HENDRIKA GEERTRUIDA & FRANS, 11301 BIRCHHAVEN AVE, BAKERSFIELD, CA 93312-3655 | |
| 10925 | HENKLE, MAX, 1229 MAPLE, SIDNEY, NE 69162 | |
| 10924 | HENKOL CHEMICAL COMPANY, 1301 JEFFERSON ST., HOBOKEN, NJ 07030 | |
| 10924 | HENLEY AND COMPANY, 621 GALVESTON STREET, WEST SACRAMENTO, CA 95691 | |
| 10925 | HENLEY, DARRAH, 111 FRIENDLY DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | HENLEY, DARRYL, 827 MONTE VISTA DR, LOS BANOS, CA 93635 | |
| 10925 | HENLEY, DAVID, 1809 MCKELVEY ROAD, FOUNTAIN INN, SC 29644-9998 | |
| 10925 | HENLEY, GAYNEL, 502 N 13TH ST, LAPORTE, TX 77571 | |
| 10925 | HENLEY, JESSE, 602 HEATHER SPRINGS, LA PORTE, TX 77571 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HENLEY, JOAN, 5090 POPLAR HILL RD, WATERTOWN, IN 37184

10925    HENLEY, KIM, 3660 MADRID DRIVE, AUGUSTA, GA 30906

10925    HENLEY, MARILYN, 3023 HILL CREEK DR, AUGUSTA, GA 30909

10925    HENLEY, SHIRLEY, 218 PULLEN DRIVE, CRANDALL, GA 30711

10925    HENLEY, THERESA, 33 ANN ST, STAMFORD, CT 06902

10925    HENLEY, THERESA, 82 RICHMOND HILL AVE, STAMFORD, CT 06902

10925    HENN, JOHN, 2309 WHITNEY, ATLANTIC, IA 50022

10925    HENN, SUSAN, 225 AMES ST, NEW YORK, NY 14611

10925    HENN, W, 407 NORTH OLIVE, TOLUCA, IL 61369

10925    HENNE, RITA, CARE CENTER/LAPACOAG RED SCHOOL LN & COUNTRY, PHILLIPSBURG, NJ 08865-9998

10925    HENNEIKE, NORMA, PO BOX 142, MARTINTON, IL 60951

10925    HENNEL, KAREN, 3851 NE 21 AVE, LIGHTHOUSE POINT, FL 33064-7430

10925    HENNEL, KAREN, 3851 NE 21ST AVE APT 16, LIGHTHOUSE POINT, FL 33064-0907

10925    HENNEMAN, MARY, 2424 N. 69TH ST, WAUWATOSA, WI 53213

10925    HENNEN, JOHN, 615 EAST LINCOLN, 188, SPARKS, NV 89431

10924    HENNEPIN CTY MED CTR C/O CUSTOM DRY, 701 PARK AVENUE, MINNEAPOLIS, MN 55415

10924    HENNEPIN TECH COLLEGE, EDEN PRAIRIE CAMPUS, EDEN PRAIRIE, MN 55344

10925    HENNER, DENNIS, 1041 NORTH 9TH, MONROE, LA 71201

10925    HENNESEY, JOHN, 501 N. TERRY, APT. 208, CUERO, TX 77954

10925    HENNESSEY, JAMES, 5610 BUCKHORN PLACE, MICCO, FL 32976

10925    HENNESSEY, PATRICK, 21 MOHAWK CIRCLE, MADISON, WI 53711

10925    HENNESSEY, TIMOTHY, 869 ORANGE ST, 9E, NEW HAVEN, CT 06511

10925    HENNESSY, COLEEN, 224 E 235 ST, BRONX, NY 10470

10925    HENNESSY, JAMES, 503 RUSSELL ST, WOBURN, MA 01801

10925    HENNESSY, ROBERT, 1209 BROCKMAN DR SE, CEDAR RAPIDS, IA 52403

10925    HENNESSY, STEVEN, 1515 MEMORIAL DR SE, CEDAR RAPIDS, IA 52403

10925    HENNIG, I, 408 HOLIDAY PARK RD, WALDEN, NY 12586-2718

10925    HENNIG, MARK, 1562 SAFIAN RD RT 1, PULASKI, WI 54162

10925    HENNIGAN, DENNIS, 17 FOLIAGE WAY, RINDGE, NH 03461

10924    HENNIKER REDI-MIX INC., 870 OLD CONCORD ROAD, HENNIKER, NH 03242

10924    HENNIKER/EPSOM, RT. 202, EPSOM, NH 03234

10925    HENNING, KAREN, 5869 GLENBROOK SE, KENTWOOD, MI 49508

10925    HENNING, MELVIN, 1407 COUNTRY CLUB LANE, SPENCER, IA 51301

10925    HENNINGS SR, WILLIAM L, CUST FOR JOHN ALLEN HENNINGS, A MINOR, UNIF GIFT MIN ACT LA, PO BOX 167, SULPHUR, LA 70664-0167

10925    HENNINGS SR, WILLIAM L, CUST FOR WM LOVEJOY HENNINGS JR, A MINOR, UNIF GIFT MIN ACT LA, PO BOX 3709, LAKE CHARLES, LA 70602-3709

10925    HENNINGSON, JOHN J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    HENNINGSON, JOHN, 1 WINTER ST, NORTHBORO, MA 01532

10925    HENNINGSON, JOHN, 1 WINTER ST, NORTHBORO, MA 01532-1411

10924    HENNIPEN COUNTY PUBLIC SAFETY, 401 SOUTH 4TH AVENUE, MINNEAPOLIS, MN 55415

10925    HENNIS SR., CHARLES, 148 THRUSH ROAD, STOKESDALE, NC 27357-9569

10925    HENNY, LAM, 7028 SANTA MARIA CT, MCLEAN, VA 22101

10925    HENRE, GERALD, 359 PEEPERS CORNERS RD, SILEX, MO 63377-3311

10925    HENRI CLERMONT, 34-01 75 ST, JACKSON HEIGHTS, NY 11372-1149

10924    HENRICH & SON INC, RR 1 BOX 62, BELLINGHAM, MN 56212

10924    HENRICH & SONS, HWY 12 WEST, BIG STONE CITY, SD 57216

10924    HENRICH & SONS, HWY 212 WEST, DAWSON, MN 56232

10924    HENRICH & SONS, HWY 75 NORTH, CANBY, MN 56220

10924    HENRICH & SONS, RR 1 BOX 62, BELLINGHAM, MN 56212

10925    HENRICH, SARAH, 210 W CASTLE, HOBBS, NM 88240

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HENRICHSEN, DAVID, PO BOX 1306, LIBBY, MT 59923 | |
| 10925 | HENRICK, JOANNE, 33 WINDING WOOD ROAD, RYE BROOK, NY 10573-9998 | |
| 10925 | HENRIETTA S ARN &, DENISE J ARN &, DEBRA J ARN JT TEN, 8735 ROCKLAND DR, DEARBORN HEIGHTS, MI 48127-1146 | |
| 10925 | HENRIKSEN, JENS, 44 CROSS ST, BEVERLY, MA 01915 | |
| 10925 | HENRIKSEN, LAWRENCE, 3924 N LUTHER ROAD, FLOYDS KNOBS, IN 47119 | |
| 10925 | HENRIKSON, JOELLE, 60 BAKUN WAY, EWING, NJ 08638 | |
| 10925 | HENRION, CARL, 416 S AVE B, BURKBURNETT, TX 76354 | |
| 10925 | HENRIQUES, DEBORAH, 22 WAVERLY ST, TAUNTON, MA 02780 | |
| 10925 | HENRIQUEZ, ANA, 150 S. BRIDGE ST., B6, SOMERVILLE, NJ 08876 | |
| 10925 | HENRIQUEZ, MAROQUEO, 152 AMES ROAD, SILVER SPRING, MD 20903 | |
| 10925 | HENRIQUEZ, WILLIAM, 4320 CANYON DR APT C, AMARILLO, TX 79109 | |
| 10925 | HENRY A SAAR & HANS SAAR, & MARIA SAAR JT TEN, 3621 GRAND AVE, OAKLAND, CA 94610-2009 | |
| 10925 | HENRY A YOUNG, 11 RICHMOND AVE, LONDON, OH 43140-1233 | |
| 10925 | HENRY A. SONBERG, 2617 GREEN SPRING AVE., JOPPA, MD 21085 | |
| 10925 | HENRY ALAN CLARK, 11 RUE D ODESSA, PARIS, 75014FRANCE | *VIA Deutsche Post* |
| 10925 | HENRY AUGUSTUS MANDATO, GOOD TIME CT, GOSHEN, NY 10924 | |
| 10924 | HENRY B. GONZALAS CONVENTION CENTER, 615 DURANGO AVENUE, SAN ANTONIO, TX 78204 | |
| 10924 | HENRY B. GONZALEZ CONVENTION CENTER, 615 E. DURANGO, SAN ANTONIO, TX 78205 | |
| 10925 | HENRY BENDER, PO BOX 34, KINDERHOOK, NY 12106-0034 | |
| 10925 | HENRY BERNHOLC, 645 W 239TH ST ST, BRONX, NY 10463-0000 | |
| 10924 | HENRY BIERCE CO., PO BOX394, TALLMADGE, OH 44278 | |
| 10924 | HENRY BIERCE COMPANY, 50 SOUTHEAST AVENUE, TALLMADGE, OH 44278 | |
| 10925 | HENRY BROS. ELECTRONICS, 280 MIDLAND AVE, SADDLE BROOK, NJ 07663 | |
| 10925 | HENRY C NEUHOFF &, MILDRED M NEUHOFF JT TEN, 9966 BUNKER HILL, ST LOUIS, MO 63123-7402 | |
| 10925 | HENRY CACHEL &, LILLIAN CACHEL JT TEN, 204 OAK LANE, DIXON, IL 61021-8927 | |
| 10925 | HENRY CO, MONSEY DIVISION, MICHAEL P MANNING VPE, 336 COLD STREAM ROAD, KIMBERTON, PA 19442 | |
| 10924 | HENRY CO., 3802 MILLER PARK ROAD, GARLAND, TX 75042 | |
| 10924 | HENRY CO., PO BOX 368, KIMBERTON, PA 19442 | |
| 10924 | HENRY COMPANY, 2911 SLAUSON AVENUE, HUNTINGTON PARK, CA 90255 | |
| 10924 | HENRY COMPANY, 430 HUDSON RIVER ROAD, WATERFORD, NY 12188 | |
| 10924 | HENRY COMPANY, 4351 W. MORRIS STREET, INDIANAPOLIS, IN 46241 | |
| 10924 | HENRY COMPANY, MONSEY DIVISION, PO BOX 368, KIMBERTON, PA 19442 | |
| 10924 | HENRY COMPANY, THE, 1301 HERKIMER STREET, JOLIET, IL 60432 | |
| 10924 | HENRY COMPANY, THE, 2651 COMMERCE DRIVE, ROCK HILL, SC 29730 | |
| 10924 | HENRY COMPANY, THE, 2911 SLAUSON AVENUE, HUNTINGTON PARK, CA 90255 | |
| 10924 | HENRY COMPANY, THE, 2946 N.E. COLUMBIA BLVD., PORTLAND, OR 97211 | |
| 10924 | HENRY COMPANY, THE, 5731 BICKETT STREET, HUNTINGTON PARK, CA 90255 | |
| 10924 | HENRY COMPANY, THE, COLD STREAM ROAD, KIMBERTON, PA 19442 | |
| 10924 | HENRY COMPANY, THE, PO BOX 308, KIMBERTON, PA 19442 | |
| 10924 | HENRY COUNTY HEALTH CENTER, SAUNDERS PARK, MOUNT PLEASANT, IA 52641 | |
| 10925 | HENRY E CRAWFORD &, GRACE A CRAWFORD JT TEN, R R 4 BOX 249, BLOOMSBURG, PA 17815-9134 | |
| 10925 | HENRY E SHRADER, 209 OVERBROOK DR, ROSSVILLE, GA 30741-5316 | |
| 10925 | HENRY ESCHENBACH, 12 COUGAR RUN, HILTON HEAD ISLAND, SC 29926 | |
| 10925 | HENRY EUGENE LOTT, 310 EAST 27TH ST, OWENSBORO, KY 42303-5543 | |
| 10925 | HENRY F BIRCKBICHLER &, MARY C BIRCKBICHLER, JT TEN, 4807 LEXINGTON AVE, BELTSVILLE, MD 20705-1814 | |
| 10925 | HENRY F LUBBEN, 1591 BROAD ST, BLOOMFIELD, NJ 07003-3106 | |
| 10925 | HENRY F TEICHMANN, INC, 3009 WASHINGTON RD., MCMURRAY, PA 15317-3202 | |
| 10924 | HENRY F. EGGERS CO., INC., 2227 NEW YORK AVE., WHITING, IN 46394 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    HENRY FORD COMM COLL C/O DENN CO CO, FORD ROAD & EVERGREEN, DEARBORN, MI 48128

10924    HENRY FORD MUSEUM, 20900 OAKWOOD BLVD., DEARBORN, MI 48124

10924    HENRY FORD PLACE RESEARCH EXP., ONE FORD PLACE, DETROIT, MI 48202-3012

10924    HENRY FORD RESEARCH, 1 FORD PLACE, DETROIT, MI 48200

10925    HENRY G FARLEY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    HENRY G RUSSELL INC, 720 CORONET ROAD, GLENVIEW, IL 60025-4457

10925    HENRY GATTON, 1963 GERRITSEN AVE, #H, BROOKLYN, NY 11229-2612

10925    HENRY GEE, 2678 38TH AVE, SAN FRANCISCO, CA 94116-2856

10925    HENRY GEORGE SEGURA, 606 EMMELINE DR, NEW IBERIA, LA 70563-2204

10925    HENRY GERBER, 73-55 210TH ST APT 3N, BAYSIDE, NY 11364-2803

10925    HENRY H WILEY, FR1 PO BOX 65 B5, EDGARTOWN, MA 02539-0065

10925    HENRY H WITMER, 997 WASHINGTON AVE, PORTLAND, ME 04103-2731

10924    HENRY H. OTTENS MFG. COMPANY, INC., 7800 HOLSTEIN AVENUE, PHILADELPHIA, PA 19123

10925    HENRY HART, 171 FOREST AVE, NEW ROCHELLE, NY 10804-4204

10925    HENRY ISAO YOSHIOKA & SUMIKO, YOSHIOKA TR UDT JUN 20 93, 1517 KOCH LANE, SAN JOSE, CA
         95125-4852

10925    HENRY J CISZEK &, ERVIN M CISZEK JT TEN, 55 SOUTH HALE ST, PALATINE, IL 60067-6274

10925    HENRY J JAHNA, STANTON MEADOWS 11-B, SENECA FALLS, NY 13148

10925    HENRY J PAZINSKI, 36 CARLTON ST, EDISON, NJ 08837-3349

10925    HENRY J VOSS, 1900 GILBERT RD, CERES, CA 95307-9450

10924    HENRY JAMES SCHOOL, 155 FIRETOWN ROAD, SIMSBURY, CT 06070

10925    HENRY JIMENEZ, NADINE TERRELL JIMENEZ TR, UA 07 23 87, JIMENEZ FAMILY TRUST, 2520
         VASANTA WAY, HOLLYWOOD, CA 90068-2234

10925    HENRY KRISHMAN, 1336 S EAST AVE, BERWYN, IL 60402-1208

10925    HENRY LEWIN & EDITH LEWIN JT TEN, 2 BAY CLUB DR APT 10C, BAY SIDE, NY 11360-2925

10925    HENRY LIEBERMAN, 55 STRAWBERRY HILL CT, STAMFORD, CT 06902-2514

10925    HENRY M. JACKSON FOUNDATION, AGENT FOR SERVICE OF PROCESS, 1401 ROCKVILLE PIKE
         #600, ROCKVILLE, MD 20852

10925    HENRY MARSHALL CLAYBOURN, 7700 NW 5TH, OKLAHOMA CITY, OK 73127-6016

10925    HENRY MIRANO, 14033 MONTICELLO DR, COOKSVILLE, MD 21723-9609

10925    HENRY O STRONG, 34 CLARK ST, NORWOOD, NY 13668-1004

10925    HENRY OBIEDZINSKI &, JOAN OBIEDZINSKI JT TEN, 286 BLVD, KENILWORTH, NJ 07033-1546

10925    HENRY PERKINS CO, PO BOX 215, BRIDGEWATER, MA 02324

10925    HENRY PRATT CO, 401 S HIGHLAND AVE, AURORA, IL 60507

10925    HENRY PRATT, 8550 HANSEN ROAD, HOUSTON, TX 77075

10925    HENRY PRATT, 900 DEPOT AVE, DIXON, IL 61021

10925    HENRY PRODUCTS INC, 302 SOUTH 23RD AVE, PHOENIX, AZ 85009

10925    HENRY R LAMANET, 132 EWING TERRACE, SAN FRANCISCO, CA 94118-4407

10925    HENRY R OPPENHEIMER, PO BOX 588, WYOMING, RI 02898-0588

10925    HENRY R SUCHARD & THELMA, SUCHARD TR UDT MAR 14 89, HENRY & THELMA SUCHARD,
         FAMILY TRUST, 6250 CAMINITO ARAYA, SAN DIEGO, CA 92122-3443

10924    HENRY SCHEIN, 255 VISTA BOULEVARD, SPARKS, NV 89434

10924    HENRY SCHEIN, 41 WEAVER ROAD, DENVER, PA 17517

10924    HENRY SCHEIN, 5 HARBOR PARK DRIVE, PORT WASHINGTON, NY 11050

10924    HENRY SCHEIN, 5010 W. 81ST STREET, INDIANAPOLIS, IN 46268

10924    HENRY SIBLEY HIGH SCHOOL, 1897 DELAWARE AVE., MENDOTA HEIGHTS, MN 55118

10925    HENRY T KIYOI & MIEKO H, KIYOI TR UDT JUN 14 94, THE HENRY T KIYOI & MIEKO, H KIOYOI 1994
         REVOCABLE TRUST, 700 VINE HILL WAY, MARTINEZ, CA 94553-5806

10925    HENRY THOMAS II &, VICKI THOMAS JT TEN, PO BOX 20039, FT WORTH, TX 76102-8039

10925    HENRY TURKELTAUB TR UDT, JUL 7 80 FBO ALLAN G, TURKELTAUB & JACK R TURKELTAUB, &
         ROBERT B TURKELTAUB, 2617 MAPLECREST ROAD APT 326, BETTENDORF, IA 52722-780

10925    HENRY W BRUNKE JR &, HELEN E BRUNKE JT TEN, 224 EVANSDALE RD, KANSAS CITY, MO 64116-
         2623

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HENRY W C LOO, PO BOX 19187, HONOLULU, HI 96817-9187

10925   HENRY W CLARK JR TR, UA FEB 9 94, THE HENRY W CLARK JR, REVOCABLE TRUST, 5801 DEEPWATER DR, OXFORD, MD 21654-1512

10925   HENRY W GOODMAN, 109 NORRIS COURT, GLASGOW, KY 42141-2237

10925   HENRY W GRON &, ELEANOR V GRON JT TEN, 2134 CLOVER RD, NORTHBROOK, IL 60062-6421

10925   HENRY W SWIFT CUST MATHEWS D, SWIFT MINOR UNDER THE LAWS, OF GEORGIA, PO BOX 1435, COLUMBUS, GA 31902-1435

10924   HENRY WELLS MIDDLE SCHOOL@@, FARM TO MARKET RD, BREWSTER, NY 10509

10925   HENRY YUNICK TR UA NOV 16 89, S Y LIVING TRUST, 957 N BEACH ST, DAYTONA BEACH, FL 32117-5002

10925   HENRY, ALFRED, 710 STRIPLING CHAPEL, CARROLTON, GA 30117

10925   HENRY, ANDREW, 3534 WARBER ST NW, WASHINGTON, DC 20010

10925   HENRY, BETTY, 548 EMILY LANE, PIEDMONT, SC 29673

10925   HENRY, CAROLYN, 23 E MONTCLAIR AVE, GREENVILLE, SC 29609

10925   HENRY, CLENT, RT 2 BOX 780-E, CHAUVIN, LA 70344

10925   HENRY, DAISEY, 10 OLD FAIRVIEW ROAD, FOUNTAIN INN, SC 29644

10925   HENRY, DARLENE, 107 SPRING GARDEN RD, SEBRING, FL 33870

10925   HENRY, DENLIN, 1621 NW 81ST WAY, PLANTATION, FL 33322

10925   HENRY, DENNIS, 2508 BROOK DRIVE, 2, WICHITA FALLS, TX 76301-6151

10925   HENRY, DEWAYNE, PO BOX 1483, BEEVILLE, TX 78104

10925   HENRY, DONNA, 445 SULLIVAN LANE, #95, SPARKS, NV 89431

10925   HENRY, DORIS, 208 HOWARD DRIVE, SIMPSONVILLE, SC 29681

10925   HENRY, EARL J, PO BOX 6463, SLIDELL, LA 70469

10925   HENRY, EDITH, PO BOX 86, ROSELAWN, IN 46372

10925   HENRY, ELIZABETH, 7809 DUNROVEN ROAD, DANE, WI 53529

10925   HENRY, ESSIE, 7459 FOURTH AVE, BARTLETT, TN 38135-1958

10925   HENRY, G, 9 VILLAGE HOMES DRIVE, WAUNAKEE, WI 53597

10925   HENRY, G.RUSSELL, 600 LIONS CLUB DR, MABLETON, GA 30059

10925   HENRY, GLENN E, 9 VILLAGE HOMES DR, WAUNAKEE, WI 53597-1182

10925   HENRY, GNAMOU, 306 COPPER ST, CAMDEN, NJ 08103

10925   HENRY, GUSSIE, 5509 FERNPARK AVE, BALTIMORE, MD 21207-6814

10925   HENRY, HOWARD, 10 ANNEX PLACE APT F4, BERGENFIELD, NJ 07621

10925   HENRY, JACQUELINE, 19433 MITCHELL, DETROIT, MI 48234

10925   HENRY, JAMES, PO BOX 102, HAYMARKET, VA 22069

10925   HENRY, JOHN, PO BOX 82, WAUCHULA, FL 33873

10925   HENRY, JULIET, 8420 LONG ACRE DRIVE, MIRAMAR, FL 33025

10925   HENRY, KATHLEEN E, 6711 STATE AVE, KANSAS CITY KS, KS 66102

10925   HENRY, KENNETH, 4241 N GRANVIEW # 69, ODESSA, TX 79762

10925   HENRY, LINDA, 81 MORRIS AVE #57, SPRINGFIELD, NJ 07081

10925   HENRY, LYLE, 1198 COTTENWOOD AVE, CRAIG, CO 81625

10925   HENRY, LYLE, PO BOX 606, GORE, OK 74435-0606

10925   HENRY, MARCENA, 7501 W. GREENTREE, 11, MILWAUKEE, WI 53223

10925   HENRY, MICHAEL, 6226 SW 10TH PL APT B, GAINESVILLE, FL 32607

10925   HENRY, NANCY, 2507 FLINTRIDGE PL, FT COLLINS, CO 80521

10925   HENRY, NANCY, 3621 BECKER DRIVE, MADISON, WI 53704

10925   HENRY, P, 2860 MOUNTAIN TERRACE, MEMPHIS, TN 38127

10925   HENRY, PAMELA, 109 BUTLER RD, FAYETTEVILLE, GA 30214

10925   HENRY, PATRICK, 212 ENGERON ST., HOUMA, IA 70363

10925   HENRY, ROBERT, 1908A GREEN OAKS APTS, COLUMBIA, SC 29206

10925   HENRY, ROBERT, PO BOX #31328, HOUSTON, TX 77231

10925   HENRY, ROBIN, 1005 EUGENE DR., FULLERTON, CA 92632

10925   HENRY, RONALD, 6575 HICKORY BLVD SE, CEDAR RAPIDS, IA 52403

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HENRY, S, 21 ANCHORAGE DR, GREENVILLE, SC 29607

10925   HENRY, SHARON, 2530 20TH AVE N, TEXAS CITY, TX 77590

10925   HENRY, THONY, 222 EAST 17TH ST, BROOKLYN, NY 11226

10925   HENRY, TIMOTHY, 152 GREEN ACRE ST, LYMAN, SC 29365

10925   HENRY, VALERIE, PO BOX 4874, CLEVELAND, TN 37320

10925   HENRY, VIRGIL, 2215 FORD AVE, OWENSBORO, KY 42301

10925   HENRY, WAYNE, PO BOX 3145, GAITHERSBURG, MD 20885

10925   HENRY, WILLIAM, 1424 HOLIDAY DAM ROAD, BELTON, SC 29627

10925   HENRY, WILLIAM, 208 HOWARD DRIVE, SIMPSONVILLE, SC 29681

10925   HENRYHAND, CHARLES, 6540 SKYLEMAR TRAIL, CENTREVILLE, VA 22020

10925   HENSCHEL, B, PO BOX 157, DEFOREST, WI 53532-0157

10925   HENSCHEL, MICHAEL, 3773 BAILEY CT, NEWBURY PARK, CA 91320

10925   HENSCHEL, SHEILA, 3773 BAILEY CT., NEWBURY PARK, CA 91320

10925   HENSE, KATHRYN, 6843 W 112TH PLACE, WORTH, IL 60482

10924   HENSEL READY MIX INC, 9925 CO RD 265, KENTON, OH 43326

10924   HENSEL READY MIX, INC., 9925 CO RD 265, KENTON, OH 43326

10925   HENSEL, EMIL, 2538 NW 64TH BLVD, BOCA RATON, FL 33496

10925   HENSEL, EMIL, 2538 NW 64TH BLVD., BOCA RATON, FL 33496

10925   HENSEL, MICHAEL, 237 S WASHINGTON ST, MILLERSBURG, OH 44654

10924   HENSELL MATERIALS INC, ATTN: ACCOUNTS PAYABLE, EUREKA, CA 95502

10924   HENSELL MATERIALS, INC., 4475 BROADWAY, EUREKA, CA 95503

10925   HENSEN LTD, 7379 ROUTE 32, COLUMBIA, MD 21044

10925   HENSHAW, DOUGLAS, 4199 E SMITHVILLE-WESTERN RD, WOOSTER, OH 44691

10925   HENSHAW, KIM, 1901 GEORGE, SIOUX CITY, IA 51103

10925   HENSHELL & BUCCELLATO, 2 HARDING ROAD, RED BANK, NJ 07701

10925   HENSLEY, BOB, 4217 KENNY ST, BOSSIER CITY, LA 71112

10925   HENSLEY, BOBBY, 121 KNIGHT RD, GRAY COURT, SC 29645

10925   HENSLEY, BRETT, 30 LEOPARD RD, FOUNTAIN INN, SC 29644

10925   HENSLEY, CLAUDE, PO BOX 8760, CLINTON, LA 70722

10925   HENSLEY, DANNY, PO BOX 945, ZOLSO SPRINGS, FL 33890

10925   HENSLEY, DAVID, 9504 CISSEL AVE, LAUREL, MD 20707

10925   HENSLEY, DONNA, 1109 WEST FRANCIS ST, JACKSONVILLE, AL 36265

10925   HENSLEY, ETHEL, 510 JENKINS BRIDGE RD, SIMPSONVILLE, SC 29681

10925   HENSLEY, EUGENE, 1802 LIBBEY, HOUSTON, TX 77018

10925   HENSLEY, JUDY, 104 YORKSHIRE, WEATHERFORD, TX 76086-5915

10925   HENSLEY, MARTIN, 12921 MAX LANE, LAMONT, CA 93241

10925   HENSLEY, MINNIE, 210 HIPPS AVE, SIMPSONVILLE, SC 29681

10925   HENSLEY, ORVAL, 413 S CEDAR, KERMIT, TX 79745

10925   HENSLEY, RANDALL, 1821 NAKOMIS CT NE, ALBUQUERQUE, NM 87112

10925   HENSLEY, ROBERT, 1424 OLD WESTMINISTE, WESTMINISTER, MD 21157

10925   HENSON SR, BILLY, 13501 HOOPER RD., 17, HOUSTON, TX 77047

10924   HENSON TIMBER PROD CORP, 177 DUKE STREET, FOREST CITY, NC 28043

10924   HENSON TIMBER PRODUCTS, DUKE ST., FOREST CITY, NC 28043

10925   HENSON, ANN, 109 LASALLE ST, WOODRUFF, SC 29388-9802

10925   HENSON, C, C/O ANN ANDREOSATOS W R GRACE, 62 WHITTEMORE AVE CAMBRI, MA 02140

10925   HENSON, DONNA, 1334 PAGEWOOD, ODESSA, TX 79761

10925   HENSON, FRANCES, 4111 N HWY 14, GREER, SC 29651-8725

10925   HENSON, GEORGE, 2601 SPARKMAN ROAD, PLANT CITY, FL 33566

10925   HENSON, JAMES, 361 W. RIVERSIDE DR., SOLDOTNA, AK 99669

10925   HENSON, JAMES, 6705 DAVID AVE, CHARLOTTE, NC 28214-2328

10925   HENSON, JAMES, 8909 N 57 AVE, GLENDALE, AZ 85304

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 HENSON, JEFFREY, 5920 RITCHIE HWY., BALTIMORE, MD 21225

10925 HENSON, JESSICA, 10250 VERBENA LANE, APPLE VALLEY, CA 92308

10925 HENSON, KENNETH, PO BOX 1515, ANDREWS, TX 79714

10925 HENSON, PATRICK M, 303 RAINBOW DRIVE, GREENVILLE, SC 29617

10925 HENSON, RUSSELL, ROUTE 2 BOX 101D, WILLISTON, ND 58801

10925 HENSON, TOM C, 6602 DOWNING ST, CORPUS CHRISTI, TX 78414

10925 HENSON, TOM C, 711 MAGIC OAKS, SPRING, TX 77388

10925 HENSON, TOM, 6602 DOWNING, CORPUS CHRIST, TX 78414

10925 HENSON, W, 904 SWITZER GREENPOND ROAD, WOODRUFF, SC 29388

10925 HENSON, WILLIAM G., 7236 WALLACE RD., CHARLOTTE, NC 28212

10925 HENSSE, GERTRUD, 1002 STONEY RUN TRL, BROADVIEW HTS., OH 44147

10925 HENTZ III, HENRY, 9944 DICKENS DR, FT WORTH, TX 76126

10924 HENTZEN COATINGS, 6937 WEST MILL ROAD, MILWAUKEE, WI 53218

10924 HENTZEN COATINGS, PO BOX 18749, MILWAUKEE, WI 53218

10924 HEOCHST, 32 PLUM STREET, TRENTON, NJ 08638

10925 HEON, DARRELL, 8 WALNUT ST, EVERETT, MA 02149

10925 HEON, HAZEL, 46 FOXRIDGE ROAD, PO BOX 333, MILTON MILLS, NH 03852

10924 HEP CONTRACTING INC., 5004 BRIGHTON AVENUE, KANSAS CITY, MO 64130

10924 HEP CONTRACTING WAREHOUSE, 1621 LOCUST STREET, KANSAS CITY, MO 64108

10924 HEP CONTRACTING, 1621 LOCUST, KANSAS CITY, MO 64108

10924 HEP CONTRACTING, 5004 BRIGHTON AVENUE, KANSAS CITY, MO 64130

10924 HEPACO INC, 2711 BURCH DRIVE, CHARLOTTE, NC 28213

10925 HEPACO INCORPORATED, PO BOX 26308, CHARLOTTE, NC 28221-6308

10924 HEPACO, 2711 BURCH DRIVE, CHARLOTTE, NC 28269

10925 HEPACO, INC, PO BOX 26308, CHARLOTTE, NC 28221-6308

10925 HEPBURN JR, PHILIP, 12 SEAVIEW AVE, HAMPTON, NH 03842

10925 HEPBURN, STEPHANIE, 194 PINE GLEN DRIVE, E. GREENWICH, RI 02818

10925 HEPBURN, SUSAN, 118 19TH ST, OPELIKA, AL 36801

10925 HEPFORD SWARTZ MORGAN, 111 NORTH FRONT ST, PO BOX 889, HARRISBURG, PA 17108-0889

10925 HEPKER, EMILY, 915 19TH ST NW, CEDAR RAPIDS, IA 52405

10924 HEPNER BROTHERS, PO BOX 404, MOUNT JACKSON, VA 22842

10925 HEPNER, NELSON, 12506 CRANES PARK ST., TOMBALL, TX 77375

10925 HEPP, BERNADETTE, PO BOX 945, SANDIA PARK, NM 87047

10925 HEPPE, KAREN, 2290 6TH ST.,S.W., AKRON, OH 44314

10925 HEPTING, GENEVA, 175 TEAL DRIVE, PASADENA, MD 21122

10925 HEPTING, GENEVA, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925 HERAEUS AMERSIL, 3473 SATELLITE BLVD., DULUTH, GA 30136

10925 HERAEUS AMERSIL, PO BOX 10590, NEWARK, NJ 07193-0590

10925 HERAEUS DE NORA INC, PO BOX 10861, NEWARK, NJ 07193-0861

10925 HERALD & HAINES, 25 INDEPENDENCE BLVD., WARREN, NJ 07059

10925 HERALD, DORIS MARIE, PO BOX 454, PROSPERITY, WV 25909

10925 HERALD, ROBERT, 5531 MILLERSBURG RD, WOOSTER, OH 44691

10925 HERALD-JOURNAL, POST OFFICE BOX 580104, CHARLOTTE, NC 28258-0104

10925 HERB BIAS PHOTOGRAPHY, 13809 IDAROSE, CLEVELAND, OH 44110

10925 HERB HALL, NANCY, 105 REAVIS ROAD, HANOVER, MD 21076

10925 HERB, JOHN, 3609 FAIRFIELD ROAD, BALTIMORE, MD 21226

10925 HERB, REBECCA, 522 CAROL LN, BATH, PA 18014

10925 HERB, SONDRA, 1352 I AVE NE, CEDAR RAPIDS, IA 52402

10924 HERBAL CONCRETE, P O BOX 366, HOOKER, OK 73945

10925 HERBECK, FRED, 1497 SHAWANO AVE, GREEN BAY, WI 54303

10925 HERBEIN, INDILA, 508 EAST LOCUST ST, FLEETWOOD, PA 19522

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HERBEL CONCRETE, PO BOX366, HOOKER, OK 73945

10924   HERBER JAIL, RUSS PHILLIPS, HEBER, UT 84032

10925   HERBERT A BRAIL, 933 N MELBORN, DEARBORN, MI 48128-1784

10925   HERBERT A ROSENTHAL, CHARTERED, 1050 17TH ST., NW,STE. 1200, WASHINGTON, DC 20036-5576

10925   HERBERT A THALER,JR,ESQUIRE, 201 N. CHARLES ST., STE 2302, BALTIMORE, MD 21201

10925   HERBERT C ACHTMEYER JR & DOROTHY, KEAN ACHTMEYER JT TEN, 13620 ISHNALA CIRCLE, WEST PALM BEACH, FL 33414-7803

10925   HERBERT C FISCHER, 87 SUMMIT AVE, SEA CLIFF, NY 11579-1143

10925   HERBERT COHEN, 68-45 76TH ST, MIDDLE VILLAGE, NY 11379-2826

10925   HERBERT D LEWIS &, RONNIE LEWIS JT TEN, 2 WINDSOR TERRACE, MONSEY, NY 10952-4922

10925   HERBERT F SILVER &, ADELE B SILVER JT TEN, 8600 KIMBALL, SKOKIE, IL 60076-2420

10925   HERBERT FISHGOLD, PC, 1730 RHODE ISLAND AVE, NW, WASHINGTON, DC 20036

10925   HERBERT H BLUM, 25 EAST 86TH ST, NEW YORK, NY 10028-0553

10925   HERBERT H BOSWAU, 2118 ELEVENTH AVE NORTH, GRAND FORK, ND 58203-2223

10925   HERBERT H HERMANSON, 26362 RIDGEMOOR ROAD, SUN CITY, CA 92586-2706

10925   HERBERT H THIEL, 1722 CORALEE DR, SAN JOSE, CA 95124-5201

10925   HERBERT H WHITTEMORE III, PO BOX 204, INTERVALE, NH 03845-0204

10925   HERBERT HOFFMAN &, JEANETTE HOFFMAN TEN ENT, ONE APACHE CT, EAST BRUNSWICK, NJ 08816-4061

10925   HERBERT J BATT, 24 BENTHAM PKWY, SNYDER, NY 14226-4501

10925   HERBERT J KRAKORA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10924   HERBERT J. HINCHMAN & SON, INC., 26 PIKE DRIVE, WAYNE, NJ 07470

10925   HERBERT L FARNHAM, 440 W 24TH ST APT 12 B, NEW YORK, NY 10011-1347

10925   HERBERT LESSER, 917 SEWARD ST, EVANSTON, IL 60202-2808

10925   HERBERT LIEBMAN &, ELAINE LIEBMAN JT TEN, 32 BRAMPTON LANE, GREAT NECK, NY 11023-1325

10925   HERBERT LIECHTUNG, 5500 COLLINS AVE 302, MIAMI BEACH, FL 33140-2537

10925   HERBERT N. BERNHARDT, 3415 CLARKS LN., BALTIMORE, MD 21215

10925   HERBERT R BROWN, 1466 TEEWAY DR, COLUMBUS, OH 43220-3951

10925   HERBERT RODRIGUEZ & CO., AZALEA D-6 BORINQUEN GARDENS, SAN JUAN, PR 00926PUERTO RICO    *VIA Deutsche Post*

10925   HERBERT RODRIGUEZ & CO., AZALEA D-6, BORINQUEN GARDENS, SAN JUAN, PR 00926PUERTO RICO    *VIA Deutsche Post*

10925   HERBERT T YUKI, 18311 CLIFFTOP WAY, MALIBU, CA 90265-5627

10925   HERBERT W DRUMMOND TR UA, APR 29 93 THE HERBERT W DRUMMOND, FAMILY TRUST, 1506 13TH ST APT 203, SACRAMENTO, CA 95814-5800

10925   HERBERT W HAAR, 2019 ROGUE RIVER HWY SP 29, GOLD HILL, OR 97525-9721

10925   HERBERT YENTIS & COMPANY, 7300 CITY LINE AVE, PHILADELPHIA, PA 19151

10925   HERBERT, HELEN, STAR RT BOX 217 T, GASTON, NC 27832

10925   HERBERT, JANE, PO BOX 512, ONANCOCK, VA 23417-0512

10925   HERBERT, T, 1309 ELMDALE AVE W, CHICAGO, IL 60660-2515

10925   HERBERT, WILLIAM C, 1327 MONROE, ALEXANDRIA LA, LA 71301

10925   HERBERTA C EWING, PO BOX 336779, NORTH LAS VEGAS, NV 89033-6779

10925   HERBERT-BRITT, SANDRA D., 28 MUZZEY ST, LEXINGTON, MA 02176

10924   HERBERT'S-O'BRIEN INC., 9800 GENARD, HOUSTON, TX 77041

10924   HERBERT'S-O'BRIEN INC., SW REGION, 9800 GENARD, HOUSTON, TX 77041

10924   HERBLAN INC, 11305 W 79TH DRIVE, ARVADA, CO 80005

10924   HERBLAN INSUL/SHERIDAN WYOMING, 1401 W. 5TH ST., SHERIDAN, WY 82801

10924   HERBLAN INSUL/STEAMBOAT HEALTH, 1025 CENTRAL PARK DR., STEAMBOAT SPRINGS, CO 80477

10924   HERBLAN INSULATION CO, PO BOX 745363, ARVADA, CO 80006

10924   HERBLAN INSULATION, 9780 S MERIDIAN BLVD, ENGLEWOOD, CO 80112

10924   HERBLAN INSULATION, ATTN: MARK HERBLAN, DENVER, CO 80229

10924   HERBLAN INSULATION, C/O DPR CONSTRUCTION, COLORADO SPRINGS, CO 80907

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   HERBLAN INSULATION, DENVER, CO 80229

10924   HERBLAN WAREHOUSE, 2505 E. 74TH AVE., DENVER, CO 80229

10924   HERBLAN/270 ST. PAUL, 270 ST. PAUL ST., DENVER, CO 80206

10924   HERBLAN/AMGEN, 303 S. AIRPORT RD., LONGMONT, CO 80501

10924   HERBLAN/ARAPAHOE COMMUNITY COLLEGE, 2500 W. COLLEGE DR., LITTLETON, CO 80120

10924   HERBLAN/ARAPAHOE COUNTY JAIL, 7375 S. POTOMAC ST., ENGLEWOOD, CO 80110

10924   HERBLAN/AURARIA OFFICE BUILDING, 1201 5TH ST., DENVER, CO 80204

10924   HERBLAN/AVON TOWN SQUARE, 90 BECHMARK RD., AVON, CO 81620

10924   HERBLAN/BELLEVIEW CORPORATE PLAZA, 4900 S. MONOCO ST., DENVER, CO 80205

10924   HERBLAN/BIO SCIENCE PARK CENTER, 12635 E. MONT VIEW BLVD. - BLDG.111, AURORA, CO 80045

10924   HERBLAN/BOULDER HIGH SCHOOL, 17TH & ARAPAHOE, BOULDER, CO 80302

10924   HERBLAN/BROOMFEILD DETENTION CENTER, 13200 WEST HWY 128, BROOMFIELD, CO 80020

10924   HERBLAN/BUENA VISTA CORRECTIONAL, C/O FCI CONSTRUCTORS, 15125 HWY. 24 (HWY.24 & 285), BUENA VISTA, CO 81211

10924   HERBLAN/CANYON CREEK EAGLE RIDGE, 2720 EAGLE RIDGE DR., STEAMBOAT SPRINGS, CO 80477

10924   HERBLAN/CHERRY HILLS COMM. CHURCH, 3900 E. GRACE BLVD., HIGHLANDS RANCH, CO 80126

10924   HERBLAN/CHEYENNE ICE CENTER, 1530 W. LINCOLN WAY, CHEYENNE, WY 82001

10924   HERBLAN/CLYBURN VILLAGE APARTMENTS, 3280 DOWNING ST., DENVER, CO 80205

10924   HERBLAN/COLORADO CENTER, 2000 S. COLORADO BLVD., DENVER, CO 80222

10924   HERBLAN/COLORADO STATE BANK BLDG, 1600 BROADWAY - DOWNTOWN DENVER, DENVER, CO 80202

10924   HERBLAN/COMMUNITY MEDICAL CENTER, 1000 W. SOUTH BOULDER, LAFAYETTE, CO 80026

10924   HERBLAN/COWLEY ELEMENTRY SCHOOL, 4540 W. 10TH AVE., DENVER, CO 80201

10924   HERBLAN/CSU MOBEY ARENA - B WING, WEST ELIZABETH & SHIELDS, FORT COLLINS, CO 80523

10924   HERBLAN/DALLAS TOURNEY BLDG., 7991 SHAFFER PKWY., LITTLETON, CO 80127

10924   HERBLAN/DENVER UNIVERSITY ICE ARENA, 2250 E. JEWELL AVE., DENVER, CO 80202

10924   HERBLAN/DENVER WOMEN'S CORRECTIONAL, 3600 HAVANA ST., DENVER, CO 80239

10924   HERBLAN/FOLEY'S DEPT. STORE, 8455 PARK MEADOWS CENTER DRIVE, LITTLETON, CO 80124

10924   HERBLAN/FREEMONT COUNTY JUDICIAL, C/O SCHAUER CONSTRUCTION, SOU.OF HWY.50 ON JUSTICE CENTER DR., CANON CITY, CO 81212

10924   HERBLAN/GEOLOGICAL SCIENCES BLDG., C/O HERBLAN INC., BOULDER, CO 80301

10924   HERBLAN/GRAND SUMMIT HOTEL, 2300 MT. WERNER CIRCLE, STEAMBOAT SPRINGS, CO 80488

10924   HERBLAN/GUNNISON VALLEY HOSPITAL, 214 E. DENVER AVE., GUNNISON, CO 81230

10924   HERBLAN/HIGH SECURITY SPECIAL, C/O GROAT HOUSE CONSTRUCTION, 2301 S. HIGLEY BLVD., RAWLINS, WY 82301

10924   HERBLAN/HILTON GARDEN INN, 16475 E. 40TH CIRCLE, AURORA, CO 80017

10924   HERBLAN/HINES DTC, 4600 S. SYRACUSE ST., DENVER, CO 80237

10924   HERBLAN/HYATT CASINO, 110 RICHMOND ST., BLACK HAWK, CO 80422

10924   HERBLAN/ICE HOUSE LOFT, 1801 WYNEKOOP, DENVER, CO 80202

10924   HERBLAN/ICG, 161 INVERNESS DR. WEST, ENGLEWOOD, CO 80150

10924   HERBLAN/IVANSON MEMORIAL HOSPITAL, 255 N. 30TH ST., LARAMIE, WY 82070

10924   HERBLAN/JACOB'S BLACK HAWK CASINO, COLORADO HWY. 119 & N. CLEAR CREEK, BLACK HAWK, CO 80422

10924   HERBLAN/JUVENILE COURT CLARK COUNTY, 500 W. 11TH ST., VANCOUVER, WA 98661

10924   HERBLAN/LARIMER CNTY. DETENTION CTR, 2405 MID POINT DR., FORT COLLINS, CO 80521

10924   HERBLAN/LOWRY BLDG. #1, 7351 LOWRY BLVD., DENVER, CO 80220

10924   HERBLAN/LOWRY BLDG. #4, 7351 LOWRY BLVD., DENVER, CO 80220

10924   HERBLAN/LUCENT, 800 W. 120TH AVE., WESTMINSTER, CO 80030

10924   HERBLAN/MAIN ST. STATION, 505 S. MAIN ST., BRECKENRIDGE, CO 80424

10924   HERBLAN/MANN 16 THEATRE, 341 W. 104TH AVE., NORTHGLENN, CO 80234

10924   HERBLAN/MILLENIUM OFFICE BUILDING, 1551 17TH ST., DENVER, CO 80220

10924   HERBLAN/NATIONAL CABLE MUSEUM, 2200 BUCHTEL BLVD., DENVER, CO 80220

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HERBLAN/ORIX OFC BLDG., 9780 S. MERIDIAN BLVD., ENGLEWOOD, CO 80112 | |
| 10924 | HERBLAN/PARK TOWER CONDOS, 1751 BASSETT ST., DENVER, CO 80220 | |
| 10924 | HERBLAN/POUDRE VALLEY HOSPITAL, 1024 S. LEMAY, FORT COLLINS, CO 80521 | |
| 10924 | HERBLAN/RIVER WALK - BLDG. D, EDWARDS, CO 81632 | |
| 10924 | HERBLAN/RIVER WALK - BULDING E, 0175 MAIN ST., EDWARDS, CO 81632 | |
| 10924 | HERBLAN/SAINT MARY'S CHURCH, 2351 22ND AVE., GREELEY, CO 80632 | |
| 10924 | HERBLAN/SHERATON STEAMBOAT HOTEL, HERBLAN INSULATION, 2200 VILLAGE INN COURT, STEAMBOAT SPRINGS, CO 80477 | |
| 10924 | HERBLAN/SILVER MILL, 02153 RIVER RUN RD., KEYSTONE, CO 80435 | |
| 10924 | HERBLAN/SNOW CLOUD, 0177 DAYBREAK RIDGE, AVON, CO 81620 | |
| 10924 | HERBLAN/ST. FRANCIS CABRINI CHURCH, 6673 W. CHATFIELD AVE., LITTLETON, CO 80123 | |
| 10924 | HERBLAN/ST. VINCENT GENERAL HOSP., 822 W. 4TH ST., LEADVILLE, CO 80461 | |
| 10924 | HERBLAN/SUN MICRO, 500 EL DORADO, BROOMFIELD, CO 80020 | |
| 10924 | HERBLAN/SUNRISE ASSISTED LIVING, 2105 UNIVERSITY PARK BLVD, COLORADO SPRINGS, CO 80918 | |
| 10924 | HERBLAN/SUNRISE OF CHERRY CREEK, 251 S. COLORADO BLVD., DENVER, CO 80205 | |
| 10924 | HERBLAN/THE "C" STORE, 434 EDWARD ACCESS RD., EDWARDS, CO 81632 | |
| 10924 | HERBLAN/THE CLOCK TOWER, 410 MCGREGOR DR., GYPSUM, CO 81637 | |
| 10924 | HERBLAN/THE MANN 16 THEATRE, 6690 S. PARKER RD., AURORA, CO 80010 | |
| 10924 | HERBLAN/THOMPSON MIDDLE SCHOOL, 4700 N. WILSON, LOVELAND, CO 80537 | |
| 10924 | HERBLAN/U.S. COURTHOUSE ANNEX, 901 19TH ST., DENVER, CO 80202 | |
| 10924 | HERBLAN/UNITED AIRLINES SIMULATOR, SYRACUSE ST. & M.L.K. BLVD., DENVER, CO 80207 | |
| 10924 | HERBLAN/UNITED MEDICAL CENTER, 300 E. 23 RD ST, CHEYENNE, WY 82001 | |
| 10924 | HERBLAN/VILLAGE AT SKYLINE, 2365 PATRIOT HEIGHTS, COLORADO SPRINGS, CO 80904 | |
| 10924 | HERBLAN/WESTMORE #5, 10800 W. 108TH AVE.  LOTS 5A & 5B, WESTMINSTER, CO 80021 | |
| 10924 | HERBLAN/WESTMORE #7, 10955 WESTMORE DR., WESTMINSTER, CO 80030 | |
| 10924 | HERBLAN/WESTMORE #8, 11400 WESTMORE CIRCLE, WESTMINSTER, CO 80030 | |
| 10924 | HERBLAN/WESTMORE #9, 11390 WESTMORE CIRCLE, WESTMINSTER, CO 80030 | |
| 10924 | HERBLAN/WHEAT RIDGE HIGH SCHOOL, 9050 W. 32ND AVE., WHEAT RIDGE, CO 80033 | |
| 10924 | HERBLAN/WILLIAMS POOL HALLS, 100 COLLEGE DR., STERLING, CO 80751 | |
| 10925 | HERBS LOCKSMITH SERVICE, 137A MASS AVE, ARLINGTON, MA 02474 | |
| 10925 | HERBST, CHRISTOPHER, R D #2 BOX 2054, LEESPORT, PA 19533 | |
| 10925 | HERBSTMAN, JANICE, 22008 PALM GRASS DR, BOCA RATON, FL 33428 | |
| 10925 | HERBSTMAN, JANICE, 22008 PALM GRASS DR., BOCA RATON, FL 33428 | |
| 10925 | HERCEG HAULING CO., PO BOX 150, PHILLIPSBURG, NJ 08865 | |
| 10925 | HERCO TECHNOLOGY, 13330 EVENING CREEK DR, SAN DIEGO, CA 92128 | |
| 10924 | HERCULES CEMENT COMPANY, MAIN STREET, STOCKERTOWN, PA 18083 | |
| 10924 | HERCULES CEMENT COMPANY, STOCKERTOWN, STOCKERTOWN, PA 18083 | |
| 10925 | HERCULES CHEMICAL CORPORATION, HERCULES PLAZA, 1313 NORTH MARKET ST, WILMINGTON, DE 19894 | |
| 10924 | HERCULES CONCRETE BLOCK, P.O.BOX 9, COCKEYSVILLE, MD 21030 | |
| 10925 | HERCULES INC, AQUALON COMPANY, POBOX 277255, ATLANTA, GA 30384-7255 | |
| 10924 | HERCULES INC, ATTN ACCTS PAYABLE, 1313 MARKET STREET, WILMINGTON, DE 19894 | |
| 10925 | HERCULES INC, PO BOX 281729, ATLANTA, GA 30384-1729 | |
| 10924 | HERCULES INC., 1313 N MARKET STREET, WILMINGTON, DE 19801 | |
| 10924 | HERCULES INC., 28 PHILLIPS ROAD, HELENA, AR 72342 | |
| 10924 | HERCULES INC., 4636 SOMERTON RD., TREVOSE, PA 19053 | |
| 10925 | HERCULES INC., PO BOX 281723, ATLANTA, GA 30384-1723 | |
| 10925 | HERCULES INC., PO BOX 281729, ATLANTA, GA 30384-1729 | |
| 10925 | HERCULES INCORPORATED, PO BOX 100591, ATLANTA, GA 30384-0591 | |
| 10925 | HERCULES INCORPORATED, POBOX 281723, ATLANTA, GA 30384-1723 | |
| 10925 | HERCULES OVERSEAS CORP (FSC), POBOX 8500 S-4065, PHILADELPHIA, PA 19178 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  HERCULES, ANGELINA, 8303 14TH AVE., 301, HYATTSVILLE, MD 20783

10925  HERCULES, BETZ DEARBORN, PO BOX 846046, DALLAS, TX 75284-6046

10925  HERCULES, GERMAN, 8303 14TH AVE., 301, HYATTSVILLE, MD 20783

10925  HERCULES, INC, 900 RIDGE RD., SUITE J, MUNSTER, IN 46321-1722

10925  HERCULES, INC, AQUALON, 1313 NORTH MARKET ST., WILMINGTON, DE 19894-0001

10925  HERCULES, INC, PO BOX 281723, ATLANTA, GA 30384-1723

10924  HERCULES, INC., C/O SUPERIOR P/U, ENOREE, SC 29335

10924  HERCULES, INC., STATE ROUTE 956, ROCKET CENTER, WV 26726

10925  HERCULES, INCORPORATED, 1313 NORTH MARKET ST, WILMINGTON, DE 19894

10925  HERDER JR, ARTHUR, 7671 CHERRY BLOSSOM WAY, BOYNTON BEACH, FL 33437

10925  HERDIEN, LUCILLE, 703 N. JEFFERSON, WATSEKA, IL 60970

10925  HEREDIA, VICTORIANO, 231 ELDRIDGE ST, NEW YORK, NY 10002

10924  HEREFORD CONC.PRODS INC, 6655 ROCKBROOK, SAINT LOUIS, MO 63133

10924  HEREFORD CONCRETE, 200 SOUTH 4 AVE, HEREFORD, TX 79045

10924  HEREFORD CONCRETE, 224 KIBBE, HEREFORD, TX 79045

10924  HEREFORD CONCRETE, 6655 ROCKBROOK, SAINT LOUIS, MO 63133

10925  HERGEMUELLER, ROBERT, 56 OLD CLEVELAND RD, DAYTON, TX 77535

10925  HERGET, MAUREEN, 28 FREEDOM TRAIL, NORFOLK, MA 02056

10925  HERGOTT, LISA R, CUST FOR GRACE G HERGOTT, UNIF GIFT MIN ACT MI, 29359 STONECROFT, MT CLEMENS, MI 48045-2617

10924  HERIN BROS. PRODUCE, 1020 HALL ST., GRAND RAPIDS, MI 49504

10925  HERITAGE BUSINESS SYSTEMS, PO BOX 421, MOUNT LAUREL, NJ 08054

10924  HERITAGE CENTER, C/O CHAMBLESS FIREPROOFING, POOLER, GA 31322

10924  HERITAGE CONCRETE SERVICE, 1300 N. MCKAY, DUNN, NC 28334

10924  HERITAGE CONCRETE, *MARKED FOR DELETION PER LORI RILEY, P O BOX 964, SANFORD, NC 27330

10924  HERITAGE CONCRETE, 5818 DEEP RIVER ROAD, SANFORD, NC 27330

10924  HERITAGE CONCRETE, P.O. BOX 964, SANFORD, NC 27330

10925  HERITAGE CRYSTAL CLEAN, 111 142ND ST., HAMMOND, IN 46327

10925  HERITAGE ENERGY CO, 625 SAWKILL ROAD, KINGSTON, NY 12401-7101

10924  HERITAGE ENVIRONMENTAL ., SERVICES, INC., INDIANAPOLIS, IN 46241

10925  HERITAGE ENVIRONMENTAL SER INC, 1319 MARQUETTE DRIVE, ROMEOVILLE, IL 60441-4054

10925  HERITAGE ENVIRONMENTAL SER INC, PO BOX 66132, ROMEOVILLE, IL 60441-4054

10924  HERITAGE ENVIRONMENTAL SERVICES, CAMBRIDGE, MA 02140

10925  HERITAGE ENVIRONMENTAL SERVICES, PO BOX 66132, INDIANAPOLIS, IN 46266

10925  HERITAGE ENVIRONMENTAL SERVICES,INC, PO BOX 66132, INDIANAPOLIS, IN 46266

10924  HERITAGE ENVIRONMENTAL, 4925 HELLER ST., LOUISVILLE, KY 40218

10924  HERITAGE ENVIRONMENTAL, 4925 HELLER STREET, LOUISVILLE, KY 40218

10924  HERITAGE ENVIRONMENTAL, ATT: JON PELIS, 4132 POMPANO ROAD, CHARLOTTE, NC 28216

10924  HERITAGE ENVIRONMENTAL, CAMBRIDGE, MA 02140

10925  HERITAGE ENVIRONMENTAL, PO BOX 66132, INDIANAPOLIS, IN 46266

10924  HERITAGE ENVIRONMENTAL, SERVICES, INC., INDIANAPOLIS, IN 46231

10925  HERITAGE GLASS & MIRROR CO INC, 311 MARRETT RD RTE 2A, LEXINGTON, MA 02173

10924  HERITAGE HIGH SCHOOL, 5401 HERITAGE AVENUE, COLLEYVILLE, TX 76034

10924  HERITAGE HOSPITAL, 111 HOSPITAL DR., TARBORO, NC 27886

10924  HERITAGE HOSPITAL, TARBORO, NC 27886

10925  HERITAGE INDUSTRIES, 2202 SUPERIOR AVE, CLEVELAND, OH 44114

10925  HERITAGE INSULATIONS, INC, PO BOX 7054, HACKETTSTOWN, NJ 07840

10924  HERITAGE MANOR, 517 GYPSY LANE, YOUNGSTOWN, OH 44504-1314

10924  HERITAGE MANUFACTURING CO., 300 MANLEY STREET, WEST BRIDGEWATER, MA 02379

10925  HERITAGE REMEDIATION/ENGR., PO BOX 66079, INDIANAPOLIS, IN 46266

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    HERITAGE REPORTING CORP., 1220 L ST NW, WASHINGTON, DC 20005-4018

10925    HERITAGE TRANSPORT LLC, POBOX 68123, INDIANAPOLIS, IN 46268

10924    HERITAGE WHOLESALERS, 185 COMMERCIAL STREET, MALDEN, MA 02148

10924    HERITAGE WHOLESALERS, 185 COMMERCIAL, MALDEN, MA 02148

10924    HERITAGE WHOLESALERS, BOX 478, ROCKLAND, MA 02370

10925    HERITAGE, RANDALL, 201 MIRACLE MILE # 2 H, ANDERSON, SC 29621

10924    HERKIMER COUNTY COMMUNITY COLLEGE, 100 RESERVOIR ROAD, HERKIMER, NY 13350

10924    HERKIMER HOUSING AUTHORITY, 4483 BUCKLEY ROAD WEST, LIVERPOOL, NY 13089-2700

10924    HERKIMER JR/SR HIGH SCHOOL, 801 WEST GERMAN STREET, HERKIMER, NY 13350

10925    HERKIMER RADIO SERVICE, 606 S TELEGRAPH ROAD, MONROE, MI 48161

10925    HERKVLOE CHEMICAL, 4636 SOMERTON ROAD, TREVOSE, PA 19047-6783

10925    HERLACHE, MICHAEL, 1430 SEVILLE DR APT 5, GREEN BAY, WI 54302

10925    HERLIHY, ROBERT, 4 SAND MARCO COURT, PALM COAST, FL 32137

10925    HERLONG, DARRELL, 112 BRANDON WAY, SIMPSONVILLE, SC 29681

10924    HERMAN BINZ & SON'S IRON WORKS INC., 4900 THIBAULT ROAD, LITTLE ROCK, AR 72206

10925    HERMAN CHICA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925    HERMAN CONSTRUCTION SERVICES INC, 10291 NW 46TH ST, SUNRISE, FL 33351-7964

10925    HERMAN E MOPSICK &, HELEN M MOPSICK JT TEN, 18 DUTCH VALLEY RD, HOWELL, NJ 07731-2302

10925    HERMAN G GETROST, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    HERMAN G. PROTZE, 1 MILL ST, SHERBORN, MA 01770

10925    HERMAN H STICHT CO INC, 57 FRONT ST, BROOKLYN, NY 11201

10924    HERMAN HOSPITAL, 6727 SIGNAT DRIVE, HOUSTON, TX 77041

10925    HERMAN J FIELDING &, MAUDE D FIELDING JT TEN, 672 SO BILLINGTON ROAD, OTHELLO, WA
         99344-9463

10925    HERMAN KRESS, 1414 HADDON RD, COLUMBUS, OH 43209-3104

10925    HERMAN L WOHL &, SELMA WOHL JT TEN, 10230 RUBIN LANE, PHILADELPHIA, PA 19116-3767

10925    HERMAN N. WENSON, PO BOX M, BENTON, PA 17814

10925    HERMAN R EWELL INC, POBOX 8500 S-3890, PHILADELPHIA, PA 19178

10925    HERMAN ROCK, 120-25 DEBS PLACE, BRONX, NY 10475-2526

10925    HERMAN W YECIES INC, 577 MAIN AVE, PASSAIC, NJ 07055

10925    HERMAN YELLON, 16 TOWER PL, SMITHTOWN, NY 11787-5318

10925    HERMAN, ANITA, RT 7 BOX 144, TAYLORSVILLE, NC 28681

10925    HERMAN, ELLEN, 2138 SOUTH 9TH ST., ALLENTOWN, PA 18103

10925    HERMAN, EMILY, ELLEN JEAN BOOTS &, KONNIE K GRAHAM JT TEN, 1999 SO HWY 163, COLUMBIA,
         MO 65201-9389

10925    HERMAN, JOYCE, 29 41 216 ST, BAYSIDE, NY 11360

10925    HERMAN, MARGARET, 6807 STONEY REIDGE ROAD, MATTHEWS, NC 28105

10925    HERMAN, MARILOU, 1148 JEFFREY DR., CROFTON, MD 21114

10925    HERMAN, MARY, PO BOX 795, MEEKER, CO 81641

10925    HERMAN, NORBERT, 19 GAHL TERRACE, CINCINNATI, OH 45215

10925    HERMAN, SAMUEL, 34914 SEA CLIFF TERRACE, FREMONT, CA 94555

10925    HERMAN, TAMMY, 10719 RIVER RD, CHESTERFIELD, VA 23832

10925    HERMAN'S WAREHOUSE, GULINO PL, PENDRO AVE, CARTERET, NJ

10924    HERMANN ENGELMANN GREEN-, HOUSES INC., APOPKA, FL 32704

10924    HERMANN ENGELMANN GREENHOUSES INC., PO BOX1147, APOPKA, FL 32704

10924    HERMANN ENGINEERING CORPORATION, 5011 28TH STREET, GRAND RAPIDS, MI 49512

10924    HERMANN LUMBER COMPANY, 603 MARKET STREET, HERMANN, MO 65041

10924    HERMANN, CAHN & SCHNEIDER, 1301 E 9TH ST STE 500, CLEVELAND, OH 44114

10925    HERMANN, JAMES, 4397 KRUEGERS QUARRY RD, OCONTO, WI 54153

10925    HERMANN, PAUL, 1611 S NORWOOD AVE, GREEN BAY, WI 54304-3622

10925    HERMANS DELIVERY SERVICE, 25 MAIN ST, EATONTOWN, NJ 07724

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HERMANS INDIAN RIVER, PO BOX 3024, POMPANO BEACH, FL 33062

10924    HERMAN'S, 2 GERMAK DR., CARTERET, NJ 07008

10925    HERMANSKI B THIGPEN, 14 STONY RD., CASTLE HAYNE, NC 28429-5398

10925    HERMANSON, ANNE, 803 LEWIS ST, DEPERE, WI 54115

10925    HERMES INC., PO BOX 740092, ATLANTA, GA 30374-0092

10925    HERMES MACHINE TOOL CO., 5 GARDNER ROAD, FAIRFIELD, NJ 07004

10925    HERMES, JON, VANS HARBOR ROAD, GARDEN, MI 49835

10925    HERMSEN, JEANNE, 400 - 13TH AVE NE, INDEPENDENCE, IA 50644

10925    HERMSMEYER, RICHARD, 301 LODGE POLE WAY, LIBBY, MT 59923

10925    HERN, J, 195 EAST ST, WALPOLE, MA 02032

10925    HERN, JAMES, 1507 TEMPLE MORE LN, GREEN BAY, WI 54313

10925    HERN, JEANNE, 195 EAST ST, WALPOLE, MA 02032

10925    HERNACKI, EDWARD, 3652 COUNTRYWOOD LANE, TERRE HAUTE, IN 47805

10925    HERNAN, BARBARA, 10304 BRISTOLWOOD CT, LAUREL, MD 20708

10925    HERNANDES, SONIA, 8504 16TH ST #318, SILVER SPRING, MD 20900

10925    HERNANDEZ CONCRETE PUMPING INC, POST OFFICE BOX 10656, ALBUQUERQUE, NM 87114

10925    HERNANDEZ JR, PEDRO, 3620M N.E. 20TH ST., AMARILLO, TX 79107

10925    HERNANDEZ, ADELE, 1909 19TH ST NW, WASHINGTON, DC 20009

10925    HERNANDEZ, AGUSTIN, 1402 HILL ST., #1, ALVIN, TX 77511

10925    HERNANDEZ, ALBERTO, 2928 E OSBOURN RD, PHOENIX, AZ 85016

10925    HERNANDEZ, ALBERTO, 319 MULBERRY ST, READING, PA 19604

10925    HERNANDEZ, ALEJANDRO, 7913 24TH AVE, HYATTSVILLE, MD 20783

10925    HERNANDEZ, AMADOR, 1025 HORNE ROAD, CORPUS CHRISTI, TX 78416

10925    HERNANDEZ, ANA, AVE. FLAMBOYAN #46, HUMACAO, PR 00791

10925    HERNANDEZ, ANDREA, 6524 SEPULVEDA BLVD, VAN NUYS, CA 91411

10925    HERNANDEZ, ANTHONY, HCRI BOX 1650, BANDERA, TX 78003

10925    HERNANDEZ, ARIEL, 7530 SW 37TH ST, MIAMI, FL 33155

10925    HERNANDEZ, ARTHRO, 3559 DWIGHT, RIVERSIDE, CA 92507

10925    HERNANDEZ, BEATRIZ, 883 STELLA ST., CHULA VISTA, CA 91911

10925    HERNANDEZ, BECKY, 4023 MELODY, ODESSA, TX 79762

10925    HERNANDEZ, BELINDA, 1165 WINGATE RD, LAS CRUCES, NM 88001

10925    HERNANDEZ, CARLOS, 3346 LAVERN, DALLAS, TX 75227

10925    HERNANDEZ, CARLOS, CALLE 4-C 13-B VILLA, CAGUAS, PR 00625

10925    HERNANDEZ, CARMEN, RR 01 BOX 12 925, TOAALTA, PR 00758

10925    HERNANDEZ, DALE A, 2289 W. DAVE DUGAS RD., SULPHUR, LA 70665

10925    HERNANDEZ, DALE, 2289 WEST DAVE DUGASROAD, SULPHUR, LA 70665

10925    HERNANDEZ, DANIEL, 1819 WILSON, WICHITA FALLS, TX 76301

10925    HERNANDEZ, DAVID, 6922 S LOOP E. #13, HOUSTON, TX 77087

10925    HERNANDEZ, DAVID, 6922 SOUTH LOOP EAST #13, HOUSTON, TX 77087

10925    HERNANDEZ, DELORES, PO BOX 2147, ALICE, TX 78333

10925    HERNANDEZ, DEYSI, 2017 RITTEN HOUSE ST, HYATTSVILLE, MD 20782

10925    HERNANDEZ, DIANA, 2011 JONES, WICHITA FALLS, TX 76309

10925    HERNANDEZ, DIANA, 3622 FALLS DRIVE, DALLAS, TX 75211

10925    HERNANDEZ, EDUARDO, 3776 CARLIN AVE, LYNWOOD, CA 90262-5101

10925    HERNANDEZ, EDWARD, 1104 LEAD SOUTH WEST, ALBUQUERQUE, NM 87102

10925    HERNANDEZ, EDWARD, PO BOX 2952, MCALLEN, TX 78502

10925    HERNANDEZ, ELENILSON, 1213 N ST NW #7, WASHINGTON, DC 20005

10925    HERNANDEZ, ELVA, 3504 KATRINA, MCALLEN, TX 78503

10925    HERNANDEZ, EMERITA, HC-O1 BOX 2665 BO BAJADERO, ARECIBO, PR 00616

10925    HERNANDEZ, ENIKS, 2 J-55 VIDAL E. RIOS, CAGUAS, PR 00725

10925    HERNANDEZ, ERIBERTO, 10454 WEST OREGON, PHOENIX, AZ 85307

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HERNANDEZ, ESPERANZA, CERROTAITA S-6, CAROLINA, PR 00630 | |
| 10925 | HERNANDEZ, EUGENE, 3803 ERBY, HOUSTON, TX 77023 | |
| 10925 | HERNANDEZ, FATIMA, 533 NW 136 PLACE, MIAMI, FL 33182 | |
| 10925 | HERNANDEZ, FELIX, PO BOX 204, DEER PARK, TX 77536 | |
| 10925 | HERNANDEZ, FRANCISCO, 1035 SAMONT ST NW, WASHINGTON, DC 20010 | |
| 10925 | HERNANDEZ, FRANCISCO, RT 1 BOX 409, EAGLE PASS, TX 78852 | |
| 10925 | HERNANDEZ, GAIL, 1215 JACKSON ST., 101, STOUGHTON, WI 53589 | |
| 10925 | HERNANDEZ, GENEVA, 1204 CLIFFORD, ODESSA, TX 79763 | |
| 10925 | HERNANDEZ, GILBERT R, 7237 E GAGE AVE, LOS ANGELES, CA 90040 | |
| 10925 | HERNANDEZ, GILBERT, 6927 CORONA AVE, BELL, CA 90201 | |
| 10925 | HERNANDEZ, GLENN, 2920 MOFFETT, WICHITA FALLS, TX 76308 | |
| 10925 | HERNANDEZ, GORGE, 1818 VERBIB ST, WASHINGTON, DC 20009 | |
| 10925 | HERNANDEZ, HELEN, 122 W. INDIANA, MOMENCE, IL 60954 | |
| 10925 | HERNANDEZ, HUBERT, 405 HUNT HOUSTON TX, HOUSTON, TX 77003 | |
| 10925 | HERNANDEZ, IRIS, BO MARIAS RD 417, AGUADA, PR 00602 | |
| 10925 | HERNANDEZ, IRVING K, PO BOX9038, WALTHAM MA, MA 02254 | |
| 10925 | HERNANDEZ, ISABEL, 402 GLORIA, ALICE, TX 78332 | |
| 10925 | HERNANDEZ, ISMAEL, 3728 E 55TH ST, MAYWOOD, CA 90270 | |
| 10925 | HERNANDEZ, JAIME, 1421 JAY AVE., MCALLEN, TX 78504 | |
| 10925 | HERNANDEZ, JAIME, 7537 MEDANO, EL PASO, TX 79912 | |
| 10925 | HERNANDEZ, JAMI, PO BOX 226, SULPHUR, LA 70664 | |
| 10925 | HERNANDEZ, JERAMIE, 711 LAREDO, ODESSA, TX 79761 | |
| 10925 | HERNANDEZ, JOEL, PO BOX 102, OILTON, TX 78371 | |
| 10925 | HERNANDEZ, JOHN, PO BOX 5254, SANTA FE, NM 87502 | |
| 10925 | HERNANDEZ, JORGE, 1551 S. 2ND ST, MILWAUKEE, WI 53204 | |
| 10925 | HERNANDEZ, JOSE, 1213 N ST NW #13, WASHINGTON, DC 20005 | |
| 10925 | HERNANDEZ, JOSE, 2403 GRIFFEN ST, HYATTSVILLE, MD 20783 | |
| 10925 | HERNANDEZ, JOSE, CALLE 8 H-16 STA MONICA, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10925 | HERNANDEZ, JOSEPH, 18105 SUNDOWNER #977, SANTA CLARITA, CA 91351 | |
| 10925 | HERNANDEZ, JOSEPHINE, 10503 HUEBNER RD., SAN ANTONIO, TX 78240 | |
| 10925 | HERNANDEZ, JUAN, 4274 BYRNE RD, RIVERSIDE, CA 92509 | |
| 10925 | HERNANDEZ, JUAN, 4687 KLEEFIELD AVE, SAN DIEGO, CA 92117 | |
| 10925 | HERNANDEZ, JUAN, 817 BURR OAK # 203, W. CHICAGO, IL 60185 | |
| 10925 | HERNANDEZ, JUAN, 83679, INDIO, CA 92201 | |
| 10925 | HERNANDEZ, JUAN, 9144 BRONZE BELL CIR, COLUMBIA, MD 21045 | |
| 10925 | HERNANDEZ, JUAN, PO BOX 593, FALFURRIAS, TX 78355 | |
| 10925 | HERNANDEZ, JUAN, RT.1 BOX 305-105A, SAN JUAN, TX 78589 | |
| 10925 | HERNANDEZ, JUANITA, 232 NORTH GEORGIA, MERCEDES, TX 78570 | |
| 10925 | HERNANDEZ, JULIO, 1401 HILL ROAD #4, CHARLOTTE, NC 28210 | |
| 10925 | HERNANDEZ, JULIO, 18615 SW 90TH AVE, MIAMI, FL 33157 | |
| 10925 | HERNANDEZ, KELLY, 9601 E. VALLEY RANCH, IRVING, TX 75063 | |
| 10925 | HERNANDEZ, LAURA, 2130 CENTERVILLE, SAN ANTONIO, TX 78245 | |
| 10925 | HERNANDEZ, LAURIE, 405 SE 2ND, ANDREWS, TX 79714 | |
| 10925 | HERNANDEZ, LEAH, PO BOX 113, GARCIASVILLE, TX 78547 | |
| 10925 | HERNANDEZ, LILLIAN, 1504 W BOYCE, FT WORTH, TX 76115 | |
| 10925 | HERNANDEZ, LINDA, 2004 CAMELLIA, MCALLEN, TX 78750 | |
| 10925 | HERNANDEZ, LINO, 707 STANTON, HEREFORD, TX 79045 | |
| 10925 | HERNANDEZ, LISA, 1051 N. VAN BUREN, SAN ANGELO, TX 76901 | |
| 10925 | HERNANDEZ, LLOYD, 204 S. WILLIAM DR., LAFAYETTE, LA 70506 | |
| 10925 | HERNANDEZ, LUESUS J, 6620 S 33RD ST, MCALLEN, TX 78503 | |
| 10925 | HERNANDEZ, LUISA, 1013 GALATEA, AZUSA, CA 91702 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HERNANDEZ, LYDIA, 1420 SAVOY ST, DALLAS, TX 75224

10925   HERNANDEZ, LYDIA, 3313 CHESTER LANE, #F3, BAKERSFIELD, CA 93309

10925   HERNANDEZ, MANUEL, 2418 CARINA TERRACE, ACWORTH, GA 30101

10925   HERNANDEZ, MANUEL, RT. 2 BOX 49239, ALAMO, TX 78516

10925   HERNANDEZ, MARGARITO, 502 W. POLK, PHARR, TX 78577

10925   HERNANDEZ, MARGIE, 1204 W CLIFFORD, ODESSA, TX 79760

10925   HERNANDEZ, MARIO, 134 HINSDELL PLACE, ELGIN, IL 60120

10925   HERNANDEZ, MARIO, 406 W WASHINGTON AVE, SANTA ANA, CA 92706

10925   HERNANDEZ, MARIO, 4821 WHISPER WIND DR, WICHITA FALLS, TX 76310

10925   HERNANDEZ, MARISELA, 18284-181 CIRCLE SO, BOCA RATON, FL 33498

10925   HERNANDEZ, MARISELLA, 4700 BOULDER DR. # 404, MIDLAND, TX 79707

10925   HERNANDEZ, MARK, 1005 VALLEY AVE, JOLIET, IL 60432

10925   HERNANDEZ, MARK, 1005 VALLEY AVE., JOLIET, IL 60432

10925   HERNANDEZ, MARY, 2303 47TH ST, LUBBOCK, TX 79412

10925   HERNANDEZ, MARY, HCRI BOX 165-D, BANDERA, TX 78003

10925   HERNANDEZ, MELINDA, 2723 W ROSELAWN, SAN ANTONIO, TX 78226

10925   HERNANDEZ, MICHAEL, 1211 GLENDORA, WICHITA FALLS, TX 76302

10925   HERNANDEZ, MIGUEL, 11436 S.W. 81 ST.RD., MIAMI, FL 33156

10925   HERNANDEZ, MILAGROS, 9040 SW 125TH AVE, MIAMI, FL 33183

10925   HERNANDEZ, MYRNA, 518 HADRIAN LANE, FORT WASHINGTON, MD 20744

10925   HERNANDEZ, NELSON, 11435 NW 41 ST, SUNRISE, FL 33325

10925   HERNANDEZ, NELSON, 11435 NW 41ST ST, SUNRISE, FL 33323

10925   HERNANDEZ, NELSON, 316 E. 163 ST., BRONX, NY 10451

10925   HERNANDEZ, NORMA, 709 W GRANT ST, CALEXICO, CA 92231

10925   HERNANDEZ, ORLANDO, BO PUEBLO, MOCA, PR 00676

10925   HERNANDEZ, OSCAR, 1213 N ST NW #13, WASHINGTON, DC 20005

10925   HERNANDEZ, OSCAR, 1311 SOUTH GULF ST, ALICE, TX 78332

10925   HERNANDEZ, PRICE, 825 ST. DOMINIC, FLOUR BLUFF, TX 78418

10925   HERNANDEZ, RALPH, PO BOX 46, MARION, TX 78124

10925   HERNANDEZ, RAMIRO, 3813 NIGHTINGALE, MCALLEN, TX 78504

10925   HERNANDEZ, RAMON, 2906 35 AVE, OAKLAND, CA 94619

10925   HERNANDEZ, RAYMOND, 1723 CIMARRON TRL 6D, WICHITA FALLS, TX 76305

10925   HERNANDEZ, ROBERTO, 2011 JONES, WICHITA FALLS, TX 76309

10925   HERNANDEZ, ROBERTO, 5112 EDMONSTON ROAD APT. 201, HYATTSVILLE, MD 20781

10925   HERNANDEZ, ROSA, 1146 E 106TH ST, LOS ANGELES, CA 90002

10925   HERNANDEZ, ROSA, 283 SCOTTS DALE SQ, WINTER PARK, FL 32792

10925   HERNANDEZ, SANTIAGO, PO BOX 389, EAGLE PASS, TX 78252

10925   HERNANDEZ, SARA, 1929 OASIS DR, BROWNSVILLE, TX 78520

10925   HERNANDEZ, SHARON, 7816 LOMA VISTA ST, AMARILLO, TX 79108

10925   HERNANDEZ, SUSAN, 10454 W. OREGON AVE, PHOENIX, AZ 85307

10925   HERNANDEZ, SUSAN, 70 NORTH EAST LOOP 410 STE 920, SAN ANTONIO, TX 78216

10925   HERNANDEZ, TEDDY, 112 MATIENZO CINTRON, HATO REY, PR 00917

10925   HERNANDEZ, TERESA, 333 ALDAMA ST, SAN ANTONIO, TX 78237

10925   HERNANDEZ, TERESA, 7913 24TH AVE, HYATTSVILLE, MD 20783

10925   HERNANDEZ, THOMAS, 2215 CANADA, LAREDO, TX 78040

10925   HERNANDEZ, TONY, 119 SANDRA, SAN ANTONIO, TX 78223

10925   HERNANDEZ, TRINE, 404 N.13TH ST, LAMESA, TX 79331

10924   HERNDON ELECTRIC, 1048 S. PARK AVE, DOTHAN, AL 36301

10925   HERNDON, DANNY, 955 BERG CIRCLE, HAUGHTON, LA 71037

10925   HERNDON, DAVID, 7405 QUAIL MEADOW RD, PLANT CITY, FL 33565

10925   HERNDON, DUANE, 140 PRAIRIE COURT, GRAY COURT, SC 29645

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

| Svc Lst | Name and Address of Served Party |
|---------|----------------------------------|
| 10925 | HERNDON, GLENN D, 8528 BLACK STAR CIRCLE, COLUMBIA, MD 21045 |
| 10925 | HERNDON, GLENN, 8528 BLACK STAR CIRCLE, COLUMBIA, MD 21045 |
| 10925 | HERNDON, JERRY, 703 N COLLINS ST, PLANT CITY, FL 33566-3323 |
| 10925 | HERNDON, JESSIE T, 3412 AUTMN RIDGE, CHARLOTTE NC, NC 28213 |
| 10925 | HERNDON, LINDAL, 1231 GEORGIA ST, SULPHUR, LA 70663 |
| 10925 | HERNDON, REBA, 799 DGARDEN WALK BLVD., COLLEGE PARK, GA 30337 |
| 10925 | HERNE, RAYMOND, 3049 CLEARBROOK DRIVE, MARIETTA, GA 30068 |
| 10925 | HERNON, JAMES, 6772 PALMETTO CIRC S, BOCA RATON, FL 33433 |
| 10925 | HEROD, SABRINA, 12002 PALMTON, HOUSTON, TX 77034 |
| 10925 | HEROLD, IRENE, 1513 6TH ST NW, CEDAR RAPIDS, IA 52405 |
| 10924 | HERON HOLLOW STONERY, RR 1 BOX 252 SEGER ROAD, DERRY, PA 15627 |
| 10924 | HERON HOLLOW STONERY, RR 1, BOX 252 SEGER ROAD, DERRY, PA 15627 |
| 10925 | HERON, BOBBIE, 6233 LOMAX LANE, MADISON, WI 53711 |
| 10925 | HERON, SANDRA, 22 VILLAGE DRIVE, EAST PROVIDENCE, RI 02915 |
| 10925 | HERPEL, CLARA, 9400 ABERCORN EXT., SAVANNAH, GA 31406 |
| 10925 | HERPEL, ED, 22 WORTHINGTON TER, FLEMINGTON, NJ 08822-3512 |
| 10925 | HERPEL, JOHN, 1066 7TH ST, GLEN BURNIE, MD 21060 |
| 10925 | HERR JT TEN, JUDITH M & MONTY L, 5292 KATHY WAY, LIVERMORE, CA 94550-3512 |
| 10925 | HERR, DONALD, 5 HOPE CT, FLEMINGTON, NJ 08822 |
| 10925 | HERR, JUDITH, 101 WEST SIDE DR, IOWA CITY, IA 52246-4321 |
| 10925 | HERR, MARLENE, 6 CASS AVE, ATLANTIC, IA 50022 |
| 10925 | HERRAN, VINCENT, 8 TERRA LANE, GREENVILLE, SC 29615-2773 |
| 10925 | HERREL JR, GEORGE J, BOX 353 OAKWAY DR, STONY BROOK, NY 11790-0353 |
| 10925 | HERREN, ALBERT, 5808 ARVILLA NE, ALBUQUERQUE, NM 87110 |
| 10925 | HERRERA, ABIGAIL, 1839 S. GLENN BROOK, GARLAND, TX 75040 |
| 10925 | HERRERA, AMALIA, 1215 LAFAYETTE, LAREDO, TX 78040 |
| 10925 | HERRERA, ANTHONY, PO BOX 70603, NEW ORLEANS, LA 70172 |
| 10925 | HERRERA, ANTONIO, R+#1 BOX818, MISSION, TX 78572 |
| 10925 | HERRERA, BETTY, 4406 THRONE ST., VON ORMY, TX 78073 |
| 10925 | HERRERA, CARLOS, 3044 PATRICK HENRY #302, FALLS CHURCH, VA 22044 |
| 10925 | HERRERA, CARMEN, 2601 N HOUSTON, FT WORTH, TX 76106 |
| 10925 | HERRERA, CARMEN, 422 WARD AVE., SAN ANTONIO, TX 78223 |
| 10925 | HERRERA, DENISE, 17441 CALIFA ST., ENCINO, CA 91316 |
| 10925 | HERRERA, FRANCISCO, PO BOX 332, DONNA, TX 78537 |
| 10925 | HERRERA, GUSTAVO, 766 MAIN ST, MALDEN, MA 02148 |
| 10925 | HERRERA, HERMENEGILDO, 23290 N LAKEWOOD, LAKE ZURICH, IL 60047 |
| 10925 | HERRERA, JOHN, PO BOX 5509, OLNEY SPRINGS, CO 81062 |
| 10925 | HERRERA, JOHNNY, PO BOX 156, BRUNI, TX 78344 |
| 10925 | HERRERA, JOSE, 3337 J. NORTH CHATHAM RD, ELLICOTT CITY, MD 21042 |
| 10925 | HERRERA, JOSE, 380 GRANITE AVE., ARCATA, CA 95521 |
| 10925 | HERRERA, JULIO, 5826 ARBOR VITAE ST, LOS ANGELES, CA 90045 |
| 10925 | HERRERA, LEE, 606 DURRETT, DUMAS, TX 79029 |
| 10925 | HERRERA, LIDIA, 429 E 182ND ST, CARSON, CA 90745 |
| 10925 | HERRERA, LORENZO, BOX 68, ENCINO, TX 78353 |
| 10925 | HERRERA, LORI, 6103 W BANFF, GLENDALE, AZ 85306 |
| 10925 | HERRERA, LUIS, PO BOX 255, AQUA DULCE, TX 78330 |
| 10925 | HERRERA, MARIO, PO BOX 2954, EAGLE PASS, TX 78853 |
| 10925 | HERRERA, SAN MARTIN, RR 2 BOX 65 FH, MERCEDES, TX 78570 |
| 10925 | HERRERA, SERGIO, 7306 SIDBURY CR, SAN ANTONIO, TX 78250 |
| 10925 | HERRERA, STEPHEN, 10665 PLEASANTON RD, SAN ANTONIO, TX 78221 |
| 10925 | HERRERO, JOSE, 25 PATTERSON AVE, BROCKTON, MA 02401 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HERRICK ENGINEERING INC, 1705 CHATSWORTH LANE, RALEIGH, NC 27614 | |
| 10925 | HERRICK ENGINEERING, INC, 1705 CHATSWORTH LN., RALEIGH, NC 27614 | |
| 10925 | HERRICK, BETH, 240 32ND ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HERRICK, DANIEL, 131 PINE GROVE ST, NEEDHAM, MA 02494 | |
| 10925 | HERRICK, GEORGE, 14 RIDGE ROAD, NEW MILFORD, CT 06776 | |
| 10925 | HERRICK, IDA, 1003 18TH ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | HERRICK, JAMES, 240 32ND ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HERRICK, JOHN E, 151 MEETING ST, SUITE 600, CHARLESTON, SC 29402 | |
| 10925 | HERRICK, MELVIN, 534 PARK ST BOX 185, FAIRFAX, IA 52228-9998 | |
| 10925 | HERRICK, ORMAN, PO BOX 882, SCOTT, LA 70583 | |
| 10925 | HERRICK, RONALD, 240 32ND ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HERRIN, JOSEPH, RT 1 BOX 224, CARTHAGE, MS 39051 | |
| 10925 | HERRIN, PHYLLIS, 2850 WYNTERHALL RD, HUNTSVILLE, AL 35803 | |
| 10925 | HERRIN, SALLY, 944 FAIRFAX CIRCLE, JACKSON, MS 39211 | |
| 10924 | HERRING ENTERPRISES, 5449 S. STATE HWY. 103, SLOCOMB, AL 36375 | |
| 10925 | HERRING, ANN, RD #2 BOX 344, PINE GROVE, PA 17963 | |
| 10925 | HERRING, BEVERLY, 6113 NORWICH CT., OKLAHOMA CITY, OK 73132 | |
| 10925 | HERRING, DEBORAH, 1011 RED TREE LANE, ST PETERS, MO 63376 | |
| 10925 | HERRING, DONNA, 300 RIDGEWAY ST, CLINTON, NC 28328 | |
| 10925 | HERRING, JEFFERSON D, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406 | |
| 10925 | HERRING, JEFFERSON, 5818 RAINBOW SPGS DR, CHATTANOOGA, TN 37416 | |
| 10925 | HERRING, JEFFERSON, 828 E BELVEDERE AVE, BALTIMORE, MD 21212 | |
| 10925 | HERRING, KELLIE, 8331 FOREST RIDGE, SAN ANTONIO, TX 78239 | |
| 10925 | HERRING, MICHAEL, 3216 GARDEN LANE, BIRMINGHAM, AL 35242 | |
| 10925 | HERRING, NORA, 3011 PARK LANE, CHAMBLEE, GA 30341 | |
| 10925 | HERRING, PERRY, 217 WELLINGFORD ST, CHARLOTTE, NC 28213 | |
| 10925 | HERRING, THERESA, 570 ONEONTA ST, SHREVEPORT, LA 71106 | |
| 10925 | HERRINGTON JR, W, 3725 E GANDY ROAD, BARTOW, FL 33830-9405 | |
| 10925 | HERRINGTON, KRISTINA, 3332 STEEPLE CIRCLE, CLEVELAND, TN 37312 | |
| 10925 | HERRINGTON, LOIS, N5407 HWY 22, PARDEEVILLE, WI 53954 | |
| 10925 | HERRIOT, LENA, 17 MINKLER COURT, MIDDLE RIVER, MD 21220 | |
| 10925 | HERRLING, KATHLEEN, 2721 ADAMS MILL RD NW APT 202, WASHINGTON, DC 20009 | |
| 10925 | HERRMAN, JOSEPH, PO BOX 1446, DICKINSON, ND 58601 | |
| 10925 | HERRMANN, BRENDA, 2800 MUSTANG #709, ALVIN, TX 77511 | |
| 10925 | HERRMANN, HERTA, 1924 HUNT AVE, BRONX, NY 10462 | |
| 10925 | HERRMANN, ROBERT G, BOX 423, GREEN LAKE, WI 54941-0423 | |
| 10925 | HERRMANN, WALTER, 190 ARUNDEL RD, PASADENA, MD 21122-3013 | |
| 10925 | HERRON THOMAS, JESSI, 8500 REICHER ST, LANDOVER MD, MD 20785 | |
| 10925 | HERRON, CHRISTOPHER, 1501 CAROL CIRCLE, MIDFIELD, AL 35228 | |
| 10925 | HERRON, DALLAS, 5902 SUNWOOD DRIVE, INDIANAPOLIS, IN 46224 | |
| 10925 | HERRON, DAVID, !2!1 N LUCERNELANE, FRESNO, CA 93728 | |
| 10925 | HERRON, GARLAND, 2792 ABER ST., SAN DIEGO, CA 92117 | |
| 10925 | HERRON, JOHN, 9839 MCQUISTON ROAD, BRIGHTON, TN 38011-9801 | |
| 10925 | HERRON, KIMBERLEY, 2829 W 159TH ST, WESTFIELD, IN 46074 | |
| 10925 | HERRON, MICHAEL, 2909 EAST ANNISTON, INDIANAPOLIS, IN 46227 | |
| 10925 | HERRON, PATRICIA J, 155 SO FAIRBANKS, SANGER, CA 93657-9403 | |
| 10925 | HERRON, SAMUEL, 3030 N 7TH ST, PHOENIX, AZ 85014 | |
| 10925 | HERRON, STACY, 8026 TUPELO TRAIL, JONESBORO, GA 30236 | |
| 10925 | HERRON, VIVIAN, 2559 GHENT, DALLAS, TX 75215 | |
| 10925 | HERSCHER, MARY, 920 SOMERSET CT, NEW BERN, NC 28562 | |
| 10924 | HERSEY MEASUREMENT CO., 150 VENTURE BLVD., SPARTANBURG, SC 29306 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HERSEY MEASUREMENT CO., PO BOX 4585, SPARTANBURG, SC 29305 | |
| 10925 | HERSH, KIRSTEN, 1552 RIDGEWAY, GLENDALE, CA 91202 | |
| 10925 | HERSH, RICHARD, 4910 BRIARWOOD DR, MACUNGIE, PA 18062 | |
| 10925 | HERSHBERGER PATTERSON JONES & ROTH, 100 SOUTH MAIN, WICHITA, KS 67202-3779 | |
| 10925 | HERSHBERGER, SHANNON, 3220 RIDGELAKE LANE, PLANO, TX 75074 | |
| 10924 | HERSHEY LODGE & CONVENTION CTR, C/O TRENTON WHSE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | HERSHISER, LARRY, PO BOX 42, MAYBELL, CO 81640 | |
| 10925 | HERSHMAN, AARON I, 501 QUADRANT ROAD, NORTH PALM BEACH, FL 33408 | |
| 10925 | HERSHMAN, DANIEL A, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | HERSHMAN, DANIEL, 501 QUADRANT ROAD, NORTH PALM BE, FL 33408 | |
| 10925 | HERSHMAN, NOAH Z, 501 QUADRANT ROAD, NORTH PALM BEACH, FL 33408 | |
| 10924 | HERSIL S.A., AV. LOS FRUTALES #220 ATE, LIMA, PER | *VIA Deutsche Post* |
| 10924 | HERSIL S.A., AV. LOS FRUTALES #220 ATE, LIMA, PER | *VIA Deutsche Post* |
| 10925 | HERSON, STEPHANIE, 28 GILBERT ST, WATERTOWN, MA 02172 | |
| 10925 | HERT JR., WALTER, 2464 EASTERN AVE., ROCKMART, GA 30153 | |
| 10925 | HERT SR., WALTER, 224 OAK HILL SCHOOL ROAD, DALLAS, GA 30132 | |
| 10925 | HERT, GREGORY, 22 RHEA LANE, BILLINGS, MT 59102 | |
| 10925 | HERT, WALTER, 5225 PHILLIP LEE DR, ATLANTA, GA 30336 | |
| 10925 | HERTER, THOMAS, PO BOX 541554, HOUSTON, TX 77254-1554 | |
| 10924 | HERTIAGE FEDERAL SAVINGS & LOAN, C/O JOE BANKS DRYWALL, LAURENS, SC 29360 | |
| 10925 | HERTLEIN, BARRY, 24 ORCHARD HILLS, ST PETERS, MO 63376 | |
| 10925 | HERTOGS FLUEGEL SIEBEN POLK JONES, 999 WESTVIEW DR, HASTINGS, MN 55033 | |
| 10925 | HERTVIK, JOSEPH, 214 EAST MAUDE AVE., ARLINGTON HEIGHTS, IL 60004-3920 | |
| 10925 | HERTZ CANADA LTD., 5403 EGLINTON AVE WEST, ETOBICOKE, ON M9C 5K6CANADA | *VIA Deutsche Post* |
| 10925 | HERTZ CORP THE, PO BOX 25485, | |
| 10925 | HERTZ CORP, P.O. BOX 890, MAHWAH, NJ 07430 | |
| 10925 | HERTZ CORP., PO BOX 25485, OKLAHOMA CITY, OK 73125-5485 | |
| 10925 | HERTZ CORPORATION, ATTN: LILLIAN PETERKIN, PARK RIDGE, NJ 07656 | |
| 10925 | HERTZ CORPORATION, PO BOX 26390, OKLAHOMA CITY, OK 73126 | |
| 10925 | HERTZ CORPORATION, THE, PO BOX 25485, OKLAHOMA CITY, OK 73125 | |
| 10925 | HERTZ EQUIPMENT RENTAL CORP., 3318 E NAPOLEON, SULPHUR, LA 70663 | |
| 10925 | HERTZ EQUIPMENT RENTAL CORP., 5501 ODONNELL ST., BALTIMORE, MD 21224 | |
| 10925 | HERTZ EQUIPMENT RENTAL, 25896 SOUTH SUNSET DR, MONEE, IL 60449 | |
| 10925 | HERTZ EQUIPMENT RENTAL, 8080 AIRLINE HWY., BATON ROUGE, LA 70815 | |
| 10925 | HERTZ EQUIPMENT RENTAL, PO BOX 26390, OKLAHOMA CITY, OK 73126-0390 | |
| 10925 | HERTZ FURNITURE SYSTEMS CORP, 95 MCKEE DR, MAHWAH, NJ 07430-2105 | |
| 10925 | HERTZ FURNITURE SYSTEMS CORP, PO BOX 890, MAHWAH, NJ 07430 | |
| 10924 | HERTZ REGIONAL FACILITY, 2170 SOUTH MANHEIM ROAD, DES PLAINES, IL 60016 | |
| 10925 | HERTZ RENT-A-CAR SYSTEM, 304 N PEARL ST, JACKSONVILLE, FL 32202-4516 | |
| 10925 | HERTZ SYSTEM, INC, PO BOX 25485, OKLAHOMA CITY, OK 73125-5485 | |
| 10925 | HERTZ, PO BOX 26390, OKLAHOMA CITY, OK 73126-0390 | |
| 10925 | HERTZLER, RICHARD, 3800 SPRINGTREE DR, OWENSBORO, KY 42301 | |
| 10925 | HERUDEK, WILLIAM, 11 GRAND AV, CEDAR KNOLLS, NJ 07927 | |
| 10925 | HERVEY, ANGELA, 12636 GREY EAGLE COURT, #43, GERMANTOWN, MD 20874 | |
| 10925 | HERVIN JASON, JASON A HERVIN, 2020 SW 15TH AVE, PORTLAND, OR 97201-3125 | |
| 10925 | HERWALD, GERALD, 2791 NORTHWOOD RD, GREEN BAY, WI 54313 | |
| 10925 | HERWEG, SANDRA, 4097 VICTORIA DRIVE, HOFFMAN ESTATES, IL 60195 | |
| 10925 | HERWIG, JANE, 98 STRANGEWAY AVE, LODI, WI 53555 | |
| 10925 | HERWIG, ROBERT, 2662 FLAIR KNOLL, ATLANTA, GA 30345 | |
| 10925 | HERZ JR, ROBERT T, 153 LOWELL ROAD, WELLESLEY, MA 02481 | |

‖9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HERZ, -JR., 20 BAYBERRY LANE, DARIEN, CT 06820 | |
| 10925 | HERZ, RUDOLF, 25 SHERIDAN DRIVE, 5, SHREWSBURG, MA 01545 | |
| 10925 | HERZ, SHARI, 366 EDGEWATER ROAD, PASADENA, MD 21122 | |
| 10925 | HERZOG AUTOMATION CORP, 16600 SPRAGUE ROAD SUITE 400, MIDDLEBURG, OH 44130 | |
| 10925 | HERZOG AUTOMATION CORP., 16600 SPRAGUE RD., CLEVELAND, OH 44130 | |
| 10925 | HERZOG AUTOMATION CORP., PO BOX 74579, CLEVELAND, OH 44194-0662 | |
| 10924 | HERZOG CONTRACTING CORP, 600 SOUTH RIVERSIDE ROAD, SAINT JOSEPH, MO 64507 | |
| 10924 | HERZOG CONTRACTING CORP., 1140 NORTH CHANDLER, SUITE 30, NORTH HOLLYWOOD, CA 91606 | |
| 10925 | HERZOG FOX & NEEMAN, 4 WEIZMAN ST, TEL-AVIV, 64 239ISRAEL | *VIA Deutsche Post* |
| 10925 | HERZOG RED E MIX CONCRETE, 700 OLIVE ST, SAINT JOSEPH, MO 64501 | |
| 10924 | HERZOG RED E MIXED CONC, 700 OLIVE STREET, SAINT JOSEPH, MO 64501 | |
| 10924 | HERZOG RED E MIXED CONC, 700 OLIVE STREET, SAINT JOSEPH, MO 64502 | |
| 10924 | HERZOG RED E MIXED CONC, P.O. BOX 432, SAINT JOSEPH, MO 64502 | |
| 10925 | HERZOG RED E MIXED CONCRETE, 700 OLIVE ST, ROLLA, MO 65402 | |
| 10925 | HERZOG RED E MIXED CONCRETE, PO BOX 432, SAINT JOSEPH, MO 64502 | |
| 10925 | HERZOG, DAVID, 212 CARMEL, PORTLAND, TX 78374 | |
| 10925 | HERZOG, JEFFREY, 6068 S. PIERSON CT, LITTLETON, CO 80127 | |
| 10925 | HERZOG, KIRK, 7240 VASSAR AVE., 3, CANOGA PARK, CA 91303 | |
| 10925 | HERZOG, MICHAEL, 5200 NORTH MAGNOLIA, CHICAGO, IL 60640 | |
| 10925 | HESCO INC, 6633 N.MILWAUKEE AVE., NILES, IL 60714-4416 | |
| 10925 | HESHMATPOUR, NASSER, 4-4 DEER PATH, MAYNARD, MA 01754 | |
| 10925 | HESLAR, THOMAS, 1745 17TH AVE SW, VERO BEACH, FL 32962 | |
| 10925 | HESLEP, RICHARD, 4149 E. SAN MIGUEL, PHOENIX, AZ 85018 | |
| 10925 | HESLEP, ROBERTA, 3742 BUNVILLE DR., SAN ANTONIO, TX 78233 | |
| 10924 | HESS CONCRETE CO., 101 HAYES ST., CHESTER, PA 19013 | |
| 10924 | HESS CONCRETE CO., 2603 W. 2ND STREET, CHESTER, PA 19013 | |
| 10924 | HESS INC., 9469 HIGHWAY 161, FAIRVIEW HEIGHTS, IL 62208 | |
| 10924 | HESS INC., P.O. BOX 1810, FAIRVIEW HEIGHTS, IL 62208 | |
| 10924 | HESS INC., PO BOX 1810, FAIRVIEW HEIGHTS, IL 62208 | |
| 10925 | HESS OIL CO. INC., RT. 219 N, ELKINS, WV 26241 | |
| 10924 | HESS PUMICE, 100 HES  DR, MALAD CITY, ID 83252 | |
| 10924 | HESS PUMICE, 100 HESS DRIVE, MALAD CITY, ID 83252 | |
| 10924 | HESS READY MIX INC, P O BOX 115, SCHUYLKILL HAVEN, PA 17972 | |
| 10924 | HESS READY MIX, COAL & DOCK STREET, SCHUYLKILL HAVEN, PA 17972 | |
| 10924 | HESS READY MIX, PO BOX115, SCHUYLKILL HAVEN, PA 17972 | |
| 10925 | HEST, BECKY, 254 MODOCK ROAD, POMFRET CTR, CT 06259 | |
| 10925 | HESS, CATHERINE, 98 TAR BLVD, GREENVILLE, SC 29605 | |
| 10925 | HESS, EMILY, 996 NORTH ROAD, IVA, SC 29655 | |
| 10925 | HESS, FRANCIS, 5776 PARKVIEW RD, SUN PRAIRIE, WI 53590 | |
| 10925 | HESS, HENRY J, 13187 DOUBLETREE CIRCLE, WELLINGTON, FL 33414 | |
| 10925 | HESS, HENRY, 13187 DOUBLETREE CIRC, WELLINGTON, FL 33414 | |
| 10925 | HESS, HILDE, 413 GAGE RD, BREWSTER, NY 10509 | |
| 10925 | HESS, JOYCE, 7625 S.W. 19TH PLACE, OCALA, FL 34474 | |
| 10925 | HESS, LARRY, 5101 KESLER RD NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HESS, MARY LOU, 3600 MIDWAY DR NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HESS, MICHAEL, 7361 MANCHESTER RD., BALTIMORE, MD 21222 | |
| 10925 | HESS, RICHARD, 223 CHERRY LANE, MOMENCE, IL 60954 | |
| 10925 | HESS, ROGER, COACHMAN SQ TWINLAKES #21C, CLIFTON PARK, NY 12605 | |
| 10925 | HESS, TABITHA, 7292 COLLIDGE RD, FT MYERS, FL 33912 | |
| 10925 | HESS, TONI, 511 MCKIE, TAHLEQUAH, OK 74464 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HESSAN, MD, HOWARD S, 3449 WILKENS AVE., STE 200, BALTIMORE, MD 21229

10925   HESSAWAY, LOLA, 222 SWEETWATER CIR. M-12, MABLETON, GA 30059

10925   HESSELGESSER, GARY, RD 4, BOX 618, NEW CASTLE, PA 16101

10925   HESSEN, THOMAS, 641 RIDGE VIEW DRIVE, EPHRATA, PA 17522

10925   HESSIL, DANIEL, S15 W22172 ARCADIAN AVE., WAUKESHA, WI 53186

10925   HESSING, MARIANN, 1358 ROCK CHAPEL RD, HERNDON, VA 22070

10925   HESSION, JOHN J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140-1692

10925   HESSION, JOHN, 3 OLD COLONY DRIVE, WESTBOROUGH, MA 01581

10925   HESSION, JOSEPH, 3805 EUCLID AVE, BERWYN, IL 60402

10924   HESSIT WORKS, HWY 67, FREEDOM, IN 47431

10924   HESSIT WORKS, P O BOX 1295, FREEDOM, IN 47413

10924   HESSIT WORKS, P.O. BOX 1295, FREEDOM, IN 47431

10925   HESSLING, DANNY, RT 2 BOX 203, MOMENCE, IL 60954

10924   HESSTON CONCRETE INCORP, 9105 NORTH AMMA CREEK ROAD, HESSTON, KS 67062

10924   HESSTON CONCRETE INCORP, P O BOX 116, HESSTON, KS 67062

10924   HESSTON CONCRETE INCORP., PO BOX 116, HESSTON, KS 67062

10925   HESSVILLE CABLE & SLING, 2093 CLINE AVE., GARY, IN 46406

10925   HESTER, ALLEN, 2252-A PERKIOMEN AVE, READING, PA 19606

10925   HESTER, BRUCE, HC71 BOX 500, GEORGETOWN, LA 71432

10925   HESTER, DAN, 102 BELINDA DR., TICKFAW, LA 70466

10925   HESTER, DEBORAH, 1355 BUCKINGHAM DR, MONTGOMERY AL, AL 36116

10925   HESTER, DORA JEAN, BOX 486, MEADVILLE, MS 39653

10925   HESTER, EARL, 105 SYCAMORE DR, GREENVILLE, SC 29607

10925   HESTER, ELIZABETH, 105 SYCAMORE DR, GREENVILLE, SC 29607

10925   HESTER, JAMES, 4176 WELLINGTON, JACKSON, MI 49201

10925   HESTER, JAMES, C/O SUNRISE HEALTHCARE, ORANGE, TX 77630

10925   HESTER, JEFF, PO BOX 205, HARTFORD, AR 72938-0000

10925   HESTER, JOHN, 903 W TRAPNELL ROAD, PLANT CITY, FL 33567

10925   HESTER, JOYCE, 9951 VAUGHN RD, PIKE ROAD, AL 36064

10925   HESTER, JUDY, 148 NANTAHALA DR, CLEVELAND, TN 37323

10925   HESTER, VENTURA, 512 SOUTH C ST, IMPERIAL, CA 92251

10925   HESTER, VERNON, 1605 W. 4TH ST, OWENSBORO, KY 42301

10925   HESTERMANN, DANIELLE, 324 DERRY PARK DR, MIDDLEBORO, MA 02346

10925   HETHERINGTON, M, RT 1BOX 232 B, NARROWS, VA 24124

10925   HETLAND, JEANINE, 3922 E EDGUERTON, CZIDAHY, WI 53110

10925   HETRICK, BETTY, 943 MC KINLEY ST, WOOSTER, OH 44691

10925   HETRICK, JEFFERY, 507 WEST FIFTH, ATLANTIC, IA 50022

10925   HETTERICH, DEAN, 2780 56TH WAY N., ST. PETERSBURG, FL 33710

10925   HETTINGER, DAVID, 1029 WALNUT ST 5-A, WINSOR, CO 80550

10925   HETTINGER, DIANA, 5002 FAIRWOOD LN, LOUISVILLE, KY 40291

10925   HETTINGER, JUDITH, 8534 BAZEMORE ROAD, CORDOVA, TN 38018

10925   HETZAL HARTLEY &, MARY LOU HARTLEY JT TEN, 5989 SCOTFORD CT, ROANOKE, VA 24018-3883

10925   HETZEL, GLENN, 691 NE 30TH PLACE, BOCA RATON, FL 33431

10925   HETZEL, NANETTE, 200 HEYWOOD AVE #604, SPARTANBURG, SC 29302

10925   HETZEL, PAMELA, 111 FLINT ST APT# 7, SUN PRAIRIE, WI 53590

10925   HEUCK GANSON CO LPA, 2440 SOCIETY BANK CENTER, 36 EAST SEVENTH ST, CINCINNATI, OH 45202-4461

10925   HEUCKEROTH, DAVID, 1566 RICHLANDTOWN PK, QUAKERTOWN, PA 18951

10925   HEUCKEROTH, KATHY, 1566 RICHLANDTOWN PIKE, QUAKERTOWN, PA 18951

10925   HEUER, DARLA, RT. 4 BOX 267, SPARTA, WI 54656

10925   HEUERMANN, SHARON, 1116 W RICHWOOD DR, BLUE SPRINGS, MO 64015

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HEUN, PAUL, 22322 CANAVERAS, MISSION VIEJO, CA 92691-0000 | |
| 10925 | HEURING, ERIC, RT 2 BOX 237, WICHITA FALLS, TX 76301 | |
| 10925 | HEUSDENS, HOWARD, 1131 N. INDIANA ST, RACINE, WI 53405 | |
| 10925 | HEUSER, ROBERT L, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10925 | HEUSER, ROBERT, 59 MILBURN CIRCLE, PASADENA, MD 21122 | |
| 10925 | HEUSER, STEVEN, 59 MILBURN CIRCLE, PASADENA, MD 21122 | |
| 10925 | HEUSING, SUSAN, 3012 SPRINGFELLOW DR, PLANO, TX 75025-3950 | |
| 10925 | HEVEY, JANET, 26 IVY ST, PAWTUCKET, RI 02860 | |
| 10925 | HEVRONI, DONA, 425 WOBURN ST #45, LEXINGTON, MA 02420 | |
| 10925 | HEWEL, NATALIE, 8111 W. WACKER ROAD, PEORIA, AZ 85381 | |
| 10925 | HEWELL, DONNA, RT 2 BOX 3117, MAYSVILLE, GA 30558 | |
| 10925 | HEWETT JR, JOHN B, RR 1 BOX 760, PETERSBURG, PA 16669-9227 | |
| 10925 | HEWETT, DAVID, 1254 PAWTUCKET BLVD, LOWELL, MA 01854 | |
| 10925 | HEWETT, DAVID, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140-1692 | |
| 10925 | HEWETT, HOMER, RT.1 BOX 435AA, WATHA, NC 28471 | |
| 10925 | HEWETT, KAREN, 1254 PAWTUCKET BLVD, LOWELL, MA 01854 | |
| 10925 | HEWETT, NANCY, 104F NORTH CHARTER ROAD, BALTIMORE, MD 21061 | |
| 10925 | HEWETT, RICHARD, 2820 W. LIBERTY APT #8, PITTSBURGH, PA 15216 | |
| 10925 | HEWICKER II, JOHN A, PO BOX 1053, LA MESA, CA 91944-1053 | |
| 10925 | HEWINS, CAROLYN, 11 QUEEN ST, FOUNTAIN INN, SC 29644-9460 | |
| 10925 | HEWINS, MARY, 2351 PINECREST DRIVE, COLUMBUS, OH 43229 | |
| 10925 | HEWITT ASSOCIATES LLC, 100 HALF DAY ROAD, LINCOLNSHIRE, IL 60069 | |
| 10925 | HEWITT ASSOCIATES LLC, PO BOX 95135, CHICAGO, IL 60694-5135 | |
| 10925 | HEWITT ASSOCIATES LLC., PO BOX 95135, CHICAGO, IL 60694-5153 | |
| 10924 | HEWITT ASSOCIATES, 45 GLOVER AVENUE, NORWALK, CT 06850 | |
| 10924 | HEWITT HOLDING, 45 GLOVER AVENUE, NORWALK, CT 06850 | |
| 10925 | HEWITT PACKARD, 333 LOGUE AVE MAILSTOP 32R, MOUNTAIN VIEW, CA 94043 | |
| 10924 | HEWITT PAVILLION, HWY 22 & HWY 21, 4 OVERLOOK POINT, LINCOLNSHIRE, IL 60069 | |
| 10925 | HEWITT, BILLIE, PO BOX 173, KELFORD, NC 27847 | |
| 10925 | HEWITT, BRUCE, 628 OLD YORK RD., NESHANIC STA, NJ 08853 | |
| 10925 | HEWITT, CHAD, 3401 SOUTH UNIVERSITY BLVD, 107, ENGLEWOOD, CO 80110 | |
| 10925 | HEWITT, JR, JAMES, 339 LEWIS RD, LITHIA, FL 33547 | |
| 10925 | HEWITT, JUSTIN, 1305 S. MONROE UNIT # 11, OGDEN, UT 84404 | |
| 10925 | HEWITT, JUSTIN, DBA JANITOR J, 1305 SOUTH MONROE #11, OGDEN, UT 84404 | |
| 10925 | HEWITT, KATHLEEN W, CUST FOR MICHAEL C HEWITT, UNIF GIFT MIN ACT VA, 11 STONEBRIDGE DR, HOCKESSIN, DE 19707-9181 | |
| 10925 | HEWITT, KATHLEEN, 3045 E YUCCA ST, PHOENIX, AZ 85028 | |
| 10925 | HEWITT, MARTHA, 4015 MACALPINE COURT, ELLICOTT CITY, MD 21042 | |
| 10925 | HEWITT, PHILIP, PO BOX 3162, WOBURN, MA 01888 | |
| 10925 | HEWITT, SHIRLEY, 6818 HOLABIRD AVE, BALTIMORE, MD 21222 | |
| 10925 | HEWITT, STEVE, 637 N. LUETT ST., INDIANAPOLIS, IN 46222 | |
| 10925 | HEWITT, THOMAS, 4959 THURSBY RD, NORTH CANTON, OH 44720 | |
| 10925 | HEWITT, VICTORIA, 733 S. GEORGE, CHESAPEAKE, VA 23323 | |
| 10925 | HEWLETT PACKARD (MANUFACTURING), BLANCHARDSTOWN IND PARK, SNUGBOROUGH ROAD, DUBLIN 15, IRELAND | *VIA Deutsche Post* |
| 10925 | HEWLETT PACKARD CO, 11311 CHINDON BLVD, BOISE, ID 83704 | |
| 10925 | HEWLETT PACKARD CO, 11413 CHINDEN BLVD, BOISE, ID 83702 | |
| 10925 | HEWLETT PACKARD CO, 1412 FOUNTAIN GROVE PKWY, SANTA ROSA, CA 95403 | |
| 10925 | HEWLETT PACKARD CO, 16190 BERNARDO, SAN DIEGO, CA 92127 | |
| 10925 | HEWLETT PACKARD CO, 370 W TRIMBLE ROAD, SAN JOSE, CA 95131 | |
| 10924 | HEWLETT PACKARD CO, 5301 STEVENS CREEK BLVD, SANTA CLARA, CA 95052 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HEWLETT PACKARD CO, 646 NORTH FIVE MILE RD, BOISE, ID 83704 | |
| 10925 | HEWLETT PACKARD CO, 7 / 8 LINK RECEIVING, CORVALLIS, OR 97330 | |
| 10925 | HEWLETT PACKARD CO, C/O MENLO LOGISTICS, 648 NORTH 5 MILE ROAD, BOISE, ID 83713 | |
| 10925 | HEWLETT PACKARD CO, EAST 24001 MISSION AVE, LIBERTY LAKE, WA 99019 | |
| 10925 | HEWLETT PACKARD CO, POBOX 75629, CHARLOTTE, NC 28275-5629 | |
| 10925 | HEWLETT PACKARD CO, VENDOR#02027A01, COLORADO SPRINGS, CO 80901-2222 | |
| 10925 | HEWLETT PACKARD CO., PO BOX 44417, SAN FRANCISCO, CA 94111-4417 | |
| 10925 | HEWLETT PACKARD COMPANY, 3000 HANOVER ST, MAIL STOP 20BQ, PALO ALTO, CA 94304 | |
| 10924 | HEWLETT PACKARD -DO NOT USE, PO BOX 2810, COLORADO SPRINGS, CO 80901-2810 | |
| 10925 | HEWLETT PACKARD MAL, BAYAN LEPAS FREE TRADE ZONE, PENANG, 11900MALAYSIA | *VIA Deutsche Post* |
| 10924 | HEWLETT PACKARD, 1065 NE CIRCLE BLVD, CORVALLIS, OR 97330 | |
| 10925 | HEWLETT PACKARD, 1090 N E CIRCLE, CORVALLIS, OR 97330 | |
| 10924 | HEWLETT PACKARD, 1450 N.E. HYWY 20, CORVALLIS, OR 97330 | |
| 10924 | HEWLETT PACKARD, 16399 WEST BERNARDO DRIVE, SAN DIEGO, CA 92127-1899 | |
| 10924 | HEWLETT PACKARD, 3000 MINUTE MAN ROAD, ANDOVER, MA 01810 | |
| 10925 | HEWLETT PACKARD, 3175 BOWERS AVE, JENNER, CA 95450 | |
| 10924 | HEWLETT PACKARD, 3404 EAST HARMONY RD DOCK 6MS48, FORT COLLINS, CO 80528 | |
| 10925 | HEWLETT PACKARD, 4920 CENTENNIAL BLVD, COLORADO SPRINGS, CO 80919 | |
| 10925 | HEWLETT PACKARD, 5 LOWER EAST AIRLOCK, CORVALLIS, OR 97330 | |
| 10925 | HEWLETT PACKARD, 8000 FOOTHILLS BLVD., ROSEVILLE, CA 95747-5532 | |
| 10925 | HEWLETT PACKARD, 900 EAST 8TH. AVE., SUITE 300, KING OF PRUSSIA, PA 19406 | |
| 10924 | HEWLETT PACKARD, C/O WESTSIDE BUILDING MATERIALS, NORTH HOLLYWOOD, CA 91601 | |
| 10925 | HEWLETT PACKARD, FIELD SUPPORT CENTER, WALTHAM, MA 02254 | |
| 10925 | HEWLETT PACKARD, FINANCIAL SERVICES CENTER, COLORADO SPRINGS, CO 80901-2222 | |
| 10925 | HEWLETT PACKARD, KILOMETER 51, BLDG 2, AGUADILLA, PR 00605PUERTO RICO | *VIA Deutsche Post* |
| 10925 | HEWLETT PACKARD, PO BOX 101149, ATLANTA, GA 30392-1149 | |
| 10924 | HEWLETT PACKARD, PO BOX 2810, COLORADO SPRINGS, CO 80901-2810 | |
| 10925 | HEWLETT PACKARD, PO BOX 75629, CHARLOTTE, NC 28275-5629 | |
| 10925 | HEWLETT PACKARD, POBOX 75629, CHARLOTTE, NC 28275-5629 | |
| 10924 | HEWLETT PACKARD, WESTERN PARTITIANS, CORVALLIS, OR 97330 | |
| 10925 | HEWLETT W LEWIS REVOCABLE RE TRUST, PO BOX 15051, SURFSIDE BEACH, SC 29587 | |
| 10925 | HEWLETT W LEWIS, THE, GENERAL COUNSEL, PO BOX 15051, SURFSIDE BEACH, SC 29587 | |
| 10925 | HEWLETT W LEWIS, THE, REVOCABLE REAL ESTATE TRUST ET. AL, GEN COUNSEL, PO BOX 15051, SURFSIDE BEACH, SC 29587 | |
| 10925 | HEWLETT, BOBBY, 122 GREENVILLE AVE, WILMINGTON, NC 28403 | |
| 10925 | HEWLETT, BOBBY, 7018A SOUND DRIVE, EMERALD ISLE, NC 28594 | |
| 10925 | HEWLETT-PACKARD CO, 3000 MINUTE MAN ROAD, ANDOVER, MA 01810 | |
| 10925 | HEWLETT-PACKARD CO, 8000 FOOTHILLS BLVD MS5529, ROSEVILLE, CA 95747-5529 | |
| 10925 | HEWLETT-PACKARD CO, CARLETON S FIORINA CHM & CEO, 3000 HANOVER ST, PALO ALTO, CA 94304-1185 | |
| 10925 | HEWLETT-PACKARD CO., PO BOX 58195, SANTA CLARA, CA 95052 | |
| 10925 | HEWLETT-PACKARD CO., PO BOX 75629, CHARLOTTE, NC 28275-5629 | |
| 10925 | HEWLETT-PACKARD COMPANY, 8000 FOOTHILLS BLVD. M/S 5512, ROSEVILLE, CA 95747 | |
| 10925 | HEWLETT-PACKARD COMPANY, PO BOX 44734, SAN FRANCISCO, CA 94144 | |
| 10925 | HEWLETT-PACKARD COMPANY, PO BOX 612230, SAN JOSE, CA 95161 | |
| 10925 | HEWLETT-PACKARD CUSTOMER SERVICE, 8000 FOOT HILL BLVD, ROSEVILLE, CA 95747-6588 | |
| 10925 | HEWLETT-PACKARD, 8000 FOOTHILLS BLVD, ROSEVILLE, CA 95747 | |
| 10925 | HEWLETT-PACKARD, ACCTS PAYABLE, AGUADILLA, PR 00605PUERTO RICO | *VIA Deutsche Post* |
| 10925 | HEWLETT-PACKARD, HWY 110 NORTH, AGUADILLA, PR 00603PUERTO RICO | *VIA Deutsche Post* |
| 10925 | HEWLETT-PACKARD, PO BOX 75629, CHARLOTTE, NC 28275-4529 | |
| 10925 | HEWLETT-PACKARD, PO BOX 75629, CHARLOTTE, NC 28275-5629 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HEXCEL CORPORATION, 11711 DUBLIN BLVD., DUBLIN, CA 94568 | |
| 10925 | HEY, DAVID, 2037 EMERSON AVE, CINCINNATI, OH 45239 | |
| 10925 | HEY, HUBERT, 1610 EAST IDA ST, TAMPA, FL 33610-7525 | |
| 10925 | HEYDON, BETTY, 6215 E EIGHT MILE ROAD, STOCKTON, CA 95212-9444 | |
| 10925 | HEYER, BF, 1310 42ND, LUBBOCK, TX 79412 | |
| 10925 | HEYER, EDWARD, 608 E IOWA AVE, GEORGE, IA 51237-9998 | |
| 10925 | HEYL, JAMES, 255 EDITH ST., PITTSBURGH, PA 15211-1143 | |
| 10925 | HEYLPAT TECHNOLOGIES, INC, PO BOX 3500, PITTSBURGH, PA 15230-3500 | |
| 10925 | HEYLPAT TECHNOLOGIES, INC, PO BOX 36, PITTSBURGH, PA 15230-0036 | |
| 10925 | HEYMAN, ROBERT H, 4037 NORTH LAKE DRIVE, SHOREWOOD, WI 53211-2145 | |
| 10925 | HEYMAN, ROBERT, 4037 N. LAKE DRIVE, SHOREWOOD, WI 53211 | |
| 10925 | HEYMANN, EDWARD, 7500 SUNSHINE SKYWAY LN, P1, ST. PETERSBURG, FL 33711 | |
| 10925 | HEYSER, SUSIE, 8525 PEBBLEBROOK DR, FRISCO, TX 75034 | |
| 10925 | HEYWARD, VOYTE, PO BOX 1278, WAGENER, SC 29164-1278 | |
| 10925 | HEYWOOD, ELIZABETH, 2257 WILDING, OVERLAND, MO 63114 | |
| 10925 | HEYWOOD, JAMES, 12 PRINCE ST APT 10, CAMBRIDGE, MA 02139 | |
| 10925 | HF SCIENTIFIC, INC, 3170 METRO PKWY, FORT MYERS, FL 33916-7597 | |
| 10925 | HFI, 44 OLD STATE ROAD, #19, NEW MILFORD, CT 06776 | |
| 10925 | HFI,I,LLC, PO BOX 486, FOREST HILL, MD 21050 | |
| 10925 | HFP SPRINKLER OF NATICK, INC, 6 AIRPORT ROAD, HOPEDALE, MA 01747 | |
| 10925 | HFP SPRINKLER, INC, PO BOX 5087, HOLYOKE, MA 01041 | |
| 10925 | HFS MOBILITY SERVICES INC, PO BOX 73049, CHICAGO, IL 60673-7049 | |
| 10925 | HFS MOBILITY SERVICES INTL, PO BOX 73049, CHICAGO, IL 60673-7049 | |
| 10925 | HFS MOBILITY SERVICES, PO BOX 40000, HARTFORD, CT 06151-0142 | |
| 10925 | HGC CONSTRUCTION, 2814 STRANTON AVE., CINCINNATI, OH 45206 | |
| 10924 | HGP IND., 1900 MIDLAND STREET, ROCK HILL, SC 29731 | |
| 10924 | HGS, 1 BELWARD CAMPUS DRIVE, ROCKVILLE, MD 20850 | |
| 10925 | HH DONNELLY & ASSOCIATES INC, POBOX 352230, TOLEDO, OH 43635-2230 | |
| 10925 | HI TECH CONTROL SYSTEMS, INC, 825 ONTARIO RD., GREEN BAY, WI 54311 | |
| 10925 | HI VAL INC, 1300 WAKEHAM ROAD, SANTA ANA, CA 92705 | |
| 10925 | HIATT, BILLIE, 5410 GRAND AVE, SPARKS, NV 89433 | |
| 10925 | HIATT, JAMES, 4580 JOHNSON AVE. NW, #9, CEDAR RAPIDS, IA 52405 | |
| 10925 | HIATT, MICHAEL, 6700 STONYBROOK LN NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | HIATT, STEPHANIE, PO BOX 1358, EVANSVILLE, WY 82636 | |
| 10925 | HIATT, VIRGINIA, AND MICHAEL JOSEPH LUDWIG JT TEN, 290 N SAN TOMAS AQUINO RD, APT 215, CAMPBELL, CA 95008-1682 | |
| 10924 | HIAWASEE HARDWARE CO, MAIN STREET HWY 76, HIAWASSEE, GA 30546 | |
| 10924 | HIAWASSEE HARDWARE & BLDG. SUPPLY, 51 N. MAIN ST., HIAWASSEE, GA 30546 | |
| 10924 | HIAWATHA REDDY RENTS, INC., 4411 HIAWATHA AVENUE SOUTH, MINNEAPOLIS, MN 55406 | |
| 10925 | HIBBARD, D, 1117 BURTONWOOD AVE, THOUSAND OAKS, CA 91360 | |
| 10925 | HIBBARD, EARL, 8228 SHERBROOKE COURT, MILLERSVILLE, MD 21108 | |
| 10925 | HIBBARD, VERNA, RR 2 BOX 672F TUCK LANE, LITTLETON, NH 03561-9748 | |
| 10925 | HIBBENS, RONALD, 3513 N EVERGREEN COURT, PEORIA, IL 61604-1511 | |
| 10924 | HIBBING INTERNATIONAL FRICTION CO., 1851 TROY AVE., NEW CASTLE, IN 47362 | |
| 10924 | HIBBING INTERNATIONAL, PO BOX 678, NEW CASTLE, IN 47362 | |
| 10925 | HIBBLER, EDDIE, 1294 GILL AVE, MEMPHIS, TN 38106 | |
| 10925 | HIBBS, JAMES, 7550 GREYSTONE CT, WEST CHESTER, OH 45069 | |
| 10925 | HIBBS, JOYCE, 130 W INDIANA ST, MOMENCE, IL 60954 | |
| 10925 | HIBERNIA NATIONAL BANK, 1300 RUTH ST., SULPHUR, LA 70663 | |
| 10925 | HIBLER, SHIRLDEAN, 1806 PEARL, WICHITA FALLS, TX 76301 | |
| 10925 | HIBLEY, VERNON, 39 BARBER DR., COLUMBIA, MS 39429 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  HIBSHAM CORPORATION, 3563 EMPLEO STREET, SAN LUIS OBISPO, CA 93403

10924  HIBSHAM CORPORATION, PO BOX 4110, SAN LUIS OBISPO, CA 93403

10925  HICA, HERMAN C, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925  HICE, JIMMY, 347 COOPER DRIVE, PARIS, AR 72855

10925  HICHBORN, YASMIN, 2794 HILLCREST DR, CAMERON PARK, CA 95682

10925  HICKAM, CAROLYN, 9025 HIGHBRIDGE DR, KNOXVILLE, TN 37922

10925  HICKENBOTTOM, GEORGIA, 18630 MNTN VIEW DR, PINE GROVE, CA 95665-9410

10925  HICKERNELL, THERESA RUTH, PO BOX 142, CAVENDISH, VT 05142-0142

10925  HICKEY JR, ANDREW J, 42 AUBREY RD, UPPER MONTCLAIR, NJ 07043-2202

10925  HICKEY JR, WILLIAM V, 745 CAYUGA LANE, FRANKLIN LAKES, NJ 07417-2202

10925  HICKEY, 9601 RIVER ST, SCHILLER PARK, IL 60176

10925  HICKEY, BILL, 404 E. PARK AVE #6, SAN ANTONIO, TX 78212

10925  HICKEY, DAVID, 152 CLIFFORD DRIVE, PICKENS, SC 29671

10925  HICKEY, JAMES, 1361 ARMSTRONG RD, BETHLEHEM, PA 18017

10925  HICKEY, JAMES, 1361 ARMSTRONG ROAD, BETHLEHEM, PA 18017

10925  HICKEY, JESSE, 104 VICKI DR, WARNER ROBINS, GA 31093

10925  HICKEY, LANA, 110 CREEEKBEND DR, RINGGOLD, GA 30736

10925  HICKEY, LAURA, 1932 N. ILLINOIS, CHANDLER, AZ 85224

10925  HICKEY, LISA, 150 W. 87 ST, NEW YORK, NY 10024

10925  HICKEY, LLOYD, 1 PRINCE ST, SALEM, MA 01970

10925  HICKEY, MARY, 1827 BOLGER AVE., WESTCHESTER, IL 60154

10925  HICKLIN, JOHN, C/O LINDA DIANE HICKLIN, CUST, UNIF GIFT MIN ACT AL, 61 BREEZE WAY BAY, SCOTTSBORO, AL 35768-0000

10925  HICKMAN, ARCHIE, 1132 MEADOWS AVE, ALLIANCE, OH 44601

10925  HICKMAN, AURORA, 1405 S GEORGE MASON DR APT 21, ARLINGTON, VA 22204

10925  HICKMAN, GAIL, 8106 GORMAN AVE, #326, LAUREL, MD 20707

10925  HICKMAN, GREG, 1125 W6TH BLDG. 6 #2, CRAIG, CO 81625

10925  HICKMAN, JASPER, 501 RED & WHITE ST, SUMTER, SC 29150

10925  HICKMAN, JEFFREY, 1102 SPENCER CREEK ROAD, KALAMA, WA 98625

10925  HICKMAN, JOHN, 10 HINES, BAYTOWN, TX 77520

10925  HICKMAN, JOHNNIE, 503 WILDWOOD PKWY, BALTIMORE, MD 21229-2939

10925  HICKMAN, M, 668 FRANCINE DRIVE, IRVING, TX 75060

10925  HICKOK, WILLIAM, 202 RTE 27, RAYMOND, NH 03077

10924  HICKORY FLAT ELEMENTARY SCHOOL, CUSTOMER PICK-UP, HENRY COUNTY, GA 99999

10924  HICKORY FURNITURE MART, FOR WARCO, 2220 HIGHWAY 70 SE, HICKORY, NC 28602

10925  HICKORY HILLS BAR-B-QUE, 257 TORRINGTON ROAD, CLINTON, SC 29325

10924  HICKORY MIDDLE SCHOOL, 302 28TH AVE. N E., HICKORY, NC 28601

10924  HICKORY R/M CONCRETE CO, P O BOX 1924, HICKORY, NC 28601

10924  HICKORY READY MIX, 1120 1ST AVENUE SW        ., HICKORY, NC 28601

10924  HICKORY READY MIX, P.O. BOX 1924, HICKORY, NC 28601

10925  HICKORY RIDGE LANDFILL, POBOX 9001481, LOUISVILLE, KY 40290-1481

10924  HICKORY SPECIALTIES, 3776 SOUTH HIGH STREET, COLUMBUS, OH 43207

10924  HICKORY SPECIALTIES, HIGHWAY 70 NORTH, CROSSVILLE, TN 38557

10924  HICKORY SPECIALTIES, PO BOX 705, CROSSVILLE, TN 38557

10924  HICKS & OTIS PRINTS INC., 9 WILTON AVENUE, NORWALK, CT 06852

10924  HICKS & OTIS PRINTS INC., PO BOX 188, NORWALK, CT 06852

10925  HICKS HUBLEY, 700 LANE BLDG., SHREVEPORT, LA 71101

10925  HICKS II, HENRY, 1925 CLEMSON COURT, TURLOCK, CA 95382

10925  HICKS III, JAMES, 8109 CRAIGHEAD ROAD, HARRISBURG, NC 28075

10925  HICKS JR, STEVEN, 1313 CHURCH ST, BALTIMORE, MD 21226

10925  HICKS JR., WILLARD, 207 MCCONNEL DRIVE, NEW ALBANY, IN 47150-2049

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HICKS MORLEY HAMILTON STEWART, BOX 371, T-D CENTRE, TORONTO, ON M5K 1K8CANADA | *VIA Deutsche Post* |
| 10925 | HICKS SR, CRAIG, 4800 LAMONTE #904, HOUSTON, TX 77092 | |
| 10925 | HICKS SR, MITCHELL, 12601 GUAVA LANE, LAKE WALES, FL 33853 | |
| 10925 | HICKS, ANNA, 2366 E KNOLLHAVEN ST, SIMI VALLEY, CA 93065 | |
| 10925 | HICKS, ARTHUR, 1212 ODENTON RD #419, ODENTON, MD 21113 | |
| 10925 | HICKS, CARRIE, 3518 HAYWARD AVE, BALTIMORE, MD 21215-5004 | |
| 10925 | HICKS, CHARLES, 421 4TH ST SEN.E., #2, WASHINGTON, DC 20003 | |
| 10925 | HICKS, CHARLES, 851 COLUMBINE, CRAIG, CO 81625 | |
| 10925 | HICKS, CLAUD, 710 PARKER ROAD, LAKELAND, FL 33811 | |
| 10925 | HICKS, CURTIS, 105 ADAMS CIRCLE, ROANOKE RAPIDS, NC 27870 | |
| 10925 | HICKS, DARLEEN, 369 W 216 ST, NEW YORK, NY 10036 | |
| 10925 | HICKS, DEANER, 1860 OLD CLINTON RD, MACON, GA 31211 | |
| 10925 | HICKS, DEANIE, 2529 W CACTUS RD, PHEONIX, AZ 85029 | |
| 10925 | HICKS, DIANE, 300 W WASHINGTON, IOWA PARK, TX 76367 | |
| 10925 | HICKS, DWIGHT, 13600 SWALE LN, MIDLOTHIAN, VA 23112 | |
| 10925 | HICKS, FREEMAN, RT 15 BOX 43, COOKEVILLE, TN 38501 | |
| 10925 | HICKS, H, 2479 RIVERBEND LOOP, PIGEON FORGE, TN 37863 | |
| 10925 | HICKS, IRVING, 109-04 177 ST, JAMAICA, NY 11433 | |
| 10925 | HICKS, IRVING, 109-04 177TH ST, JAMAICA, NY 11433 | |
| 10925 | HICKS, JEANETTE, 2506 BERRY RD, PLANT CITY, FL 33567 | |
| 10925 | HICKS, JOHNNY, 1244 HARBOR DR., 310A, SLIDELL,, LA 70458 | |
| 10925 | HICKS, JR., 620 EAST 52ND, ODESSA, TX 79762 | |
| 10925 | HICKS, KARIE, RR1 BOX 350 A, LAKE VILLAGE, IN 46349 | |
| 10925 | HICKS, LARRY, 3534 NORTH 24TH PLACE, MILWAUKEE, WI 53206 | |
| 10925 | HICKS, LISA, 1005 LAKE RIDGE DR, SAFETY HARBOR, FL 34695 | |
| 10925 | HICKS, LYLE, SUSANK RD RT 2 BOX 99, HOISINGTON, KS 67544-1608 | |
| 10925 | HICKS, M, 1541 BLUFF DRIVE NE, LELAND, NC 28451 | |
| 10925 | HICKS, MARGARET, 1457 SWEETWATER RD, DOUGLAS, WY 82633 | |
| 10925 | HICKS, MARGARET, 1718 E 26TH ST, OWENSBORO, KY 42303 | |
| 10925 | HICKS, MARIA, 108 DEVONSHIRE ROAD, WABAN, MA 02468 | |
| 10925 | HICKS, MARIA, 4715 BRIDLEWOOD DR., COLUMBUS, GA 31909 | |
| 10925 | HICKS, MERLE, 1224 N E 81ST ST, PORTLAND, OR 97213 | |
| 10925 | HICKS, NANISKA, 1119 S SUCCES, LAKELAND, FL 33801 | |
| 10925 | HICKS, NANISKA, 1119 S SUCCESS AVE, LAKELAND, FL 33801 | |
| 10925 | HICKS, ODIS, 4341 W. CULLERTON CHICAGO IL, CHICAGO, IL 60623 | |
| 10925 | HICKS, OTHEL, 5809 NW 127TH ST, OKLAHOMA CITY, OK 73142 | |
| 10925 | HICKS, OTHEL, 5809 NW 127TH ST, OKLAHOMA CITY, OK 73142-4103 | |
| 10925 | HICKS, RICHARD, 108 DEVONSHIRE RD, WABAN, MA 02168 | |
| 10925 | HICKS, RICHARD, 1825 PETERSON RD NORTH, IOWA PARK, TX 76367 | |
| 10925 | HICKS, ROBIN W, ROUTE 1 BOX 713, WOODVILLE, AL 35776 | |
| 10925 | HICKS, SHARON, 2701 CREST DRIVE, BAKERSFIELD, CA 93306-0000 | |
| 10925 | HICKS, STEPHANIE, 2868 NORTH 33RD ST, MILWAUKEE, WI 53210 | |
| 10925 | HICKS, TARGGIE, 6123 MARBUT FARMS CH, LITHONIA, GA 30058 | |
| 10925 | HICKS, TERESA, 1105 MAIN ST, BETHLEHEM, PA 18018 | |
| 10925 | HICKS, TERRY, 114 SUNRISE LANE, LIZTON, IN 46149 | |
| 10925 | HICKS, TERRY, RT. 4, BOX 480, ROANOKE RAJPIDS, NC 27870 | |
| 10925 | HICKS, THOMAS, 1706 VALERO ST, FRIENDSWOOD, TX 77548 | |
| 10925 | HICKSON, ARTHUR, PO BOX 11641, NEW IBERIA, LA 70562 | |
| 10924 | HICO CONCRETE CO., 125 E. MAXWELL, LEXINGTON, KY 40508 | |
| 10924 | HICO CONCRETE CO., 147 BEAR CREEK PIKE, COLUMBIA, TN 38401 | |
| 10924 | HICO CONCRETE INC., C/O PATTEN BEERS CONSTRUCTION, SHREVEPORT, LA 71105 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HICO CONCRETE, 101 CUMMINGS COURT, ANTIOCH, TN 37013 | |
| 10924 | HICO CONCRETE, ATTN: RONNIE, NASHVILLE, TN 37211-3102 | |
| 10924 | HICO CONCRETE, C/O ADAMS CONSTRUCTION, NASHVILLE, TN 37211 | |
| 10924 | HICO CONCRETE, C/O BRADLEY MEMORIAL HOSPITAL, CLEVELAND, TN 37311 | |
| 10924 | HICO CONCRETE, C/O FRITO LAY, PULASKI, TN 38478 | |
| 10924 | HICO CONCRETE, CAMBRIDGE, MA 02140 | |
| 10924 | HICO CONCRETE, INC., C/O 1ST UNITED METHODIST CHURCH, HOPKINSVILLE, KY 42240 | |
| 10924 | HICO CONCRETE, INC., C/O PATTEN BEERS CONSTRUCTION IND., SHREVEPORT, LA 71105 | |
| 10924 | HICO INC &&, CAMBRIDGE, MA 02140 | |
| 10924 | HICO INC, 950 RADFORD ST, CHRISTIANSBURG, VA 24068 | |
| 10924 | HICO, 940 RADFORD ST, CHRISTIANSBURG, VA 24073-2828 | |
| 10924 | HICO, INC., 940 RADFORD ROAD, CHRISTIANSBURG, VA 24073 | |
| 10925 | HIDALGO, DANIEL, 2060 OCEANSIDE, EL PASO, TX 79936 | |
| 10925 | HIDALGO, JOSE, 11691 NW 1ST TERRACE, MIAMI, FL 33172 | |
| 10924 | HIDDEN RIVER, BLDG. # 2, 14025 RIVER EDGE DRIVE, TAMPA, FL 33637 | |
| 10924 | HIDDEN VALLEY SAND & GRAVEL, BOX 7008, HCR82, MIDDLETOWN, CA 95461 | |
| 10924 | HIDDEN VALLEY SAND & GRAVEL, HARTMANN ROAD, MIDDLETOWN, CA 95461 | |
| 10925 | HIDDEN VALLEY WRECKER SERVICE, INC, 625 W. GULF BANK, HOUSTON, TX 77037 | |
| 10924 | HIDDEN VLLY SND & GRVL IN, BOX 7008 HCR 82, MIDDLETOWN, CA 95461 | |
| 10925 | HIDEN ANALYTICAL, 231 EUROPA BLVD., WARRINGTON, WA5 5TNENGLAND | *VIA Deutsche Post* |
| 10925 | HIDEN ANALYTICAL, 75 HANCOCK RD. STE. D, PETERBOROUGH, NH 03458-1100 | |
| 10925 | HIDEO KOYATA, 122 BISHOPS FOREST DR, WALTHAM, MA 02452-8807 | |
| 10925 | HIDEO KOYATA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | HIDER, KIMBERLY, 312 W PARKER, LAS CRUCES, NM 88005 | |
| 10924 | HIEB CONCRETE PRODUCTS, 70 MCDANIEL DRIVE, SHELBYVILLE, KY 40065 | |
| 10924 | HIEB CONCRETE PRODUCTS, P O BOX 6764, LOUISVILLE, KY 40207 | |
| 10925 | HIERS, GEORGE, 1007 MONTANA AVE, ENGLEWOOD, FL 34223 | |
| 10925 | HIESTER, DODIE, 174 BAY PINES ROAD, BURTON, SC 29902 | |
| 10925 | HIESTER, THERESA, 101E ALTAMONTE DR, ALTAMONTE, FL 32701 | |
| 10925 | HIETER, HAROLD, 2320 HIETER RD, QUAKERTOWN, PA 18951 | |
| 10925 | HIETPAS, DOUGLAS, 804 MONROE ST, LITTLE CHUTE, WI 54140 | |
| 10925 | HIETPAS, GEOFFREY, DRL BLDG, KINSTON, NC 28502-0800 | |
| 10925 | HIEW KHAI MIN, BLOCK 243 BISHAN ST 22, 18 284, 570243 | *VIA Deutsche Post* |
| 10925 | HIGA, HELEN, 1450 WEST 179TH ST., GARDENA, CA 90248 | |
| 10925 | HIGDON CONSTRUCTION CO INC, PO BOX 962, OWENSBORO, KY 42302 | |
| 10924 | HIGDON FURNITURE SHOWROOM, C/O WARCO CONSTRUCTION CO., HIGH POINT, NC 27260 | |
| 10925 | HIGDON INC, 2205 MARYLAND AVE, BALTIMORE, MD 21218 | |
| 10925 | HIGDON TYPEWRITER & SUPPLY, 2205 MARYLAND AVE., BALTIMORE, MD 21218 | |
| 10925 | HIGDON, ANNA, 9248 OVERTON AVE., SAN DIEGO, CA 92123 | |
| 10925 | HIGDON, CHARLES, 2105 ASBURY COURT, OWENSBORO, KY 42303 | |
| 10925 | HIGDON, DIANA, 11619 ROLLING GLEN, UPPER MARLBORO, MD 20772 | |
| 10925 | HIGDON, JAMES, 350 CENTER AVE, WESTWOOD, NJ 07675 | |
| 10925 | HIGDON, JERRY, 33775 N. 69TH ST, SCOTTSDALE, AZ 85262 | |
| 10925 | HIGDON, KAREN, 350 CENTER AVE, WESTWOOD, NJ 07675 | |
| 10925 | HIGDON, LYNDON, 66 S PAINTER RD, CULLOWHEE, NC 28723 | |
| 10925 | HIGGINBOTHAM, BLANCHE A, 408 QUAIL RUN CIRCLE, FOUNTAIN INN, SC 29644 | |
| 10925 | HIGGINBOTHAM, BLANCHE, 408 QUAIL RUN CIRCLE, FOUNTAIN INN, SC 29644 | |
| 10925 | HIGGINBOTHAM, CASANDRA, RT. 1 BOX 322BB, HOPE MILLS, NC 28348 | |
| 10925 | HIGGINBOTHAM, CHRISTOPHER, PO BOX 764, PORT BARRE, LA 70577 | |
| 10925 | HIGGINBOTHAM, DAVID, 540 TRUMAN ST, BOLINGBROOK, IL 60440 | |
| 10925 | HIGGINBOTHAM, KATHERINE, 2500 COMMONWEALTH AV, STRATHMERE, NJ 08248 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   HIGGINS ELECTRIC, P.O. BOX 447, DOTHAN, AL 36302-0447

10925   HIGGINS INDUSTRIES, INC, INDUSTRIAL CANAL, NEW ORLEANS, LA 70150

10925   HIGGINS JR, EDWARD L, 495 N ST MARYS RD, LIBERTYVILLE, IL 60048-2316

10925   HIGGINS JR, JOHN J, CUST FOR KELLYMARIE HIGGINS, UNDER THE CA UNIF GIFT MIN ACT, NY, 1553 CHABLIS CIRCLE, ST HELENA, CA 94574-2305

10924   HIGGINS KNOBLAUCH DRYWALL, C/O WAREHOUSE, 934 SOUTHWEST ST, WICHITA, KS 67213

10924   HIGGINS KNOBLAUCH, PO BOX9528, WICHITA, KS 67277

10925   HIGGINS, CHARLES, 13916 MATHEWS DR, WOODBRIDGE, VA 22191

10925   HIGGINS, CHARLES, 6929 WILDWOOD COURT, INDIANAPOLIS, IN 46268

10925   HIGGINS, ELLEN, 251 NEWBURY ST, 15, PEABODY, MA 01960

10925   HIGGINS, FLORENCE, 19 D HARBOR HILL DR.MONUMENT BEACH, BUZZARDS BAY, MA 02532

10925   HIGGINS, GEORGE, 32 BALCOM ST, NASHUA, NH 03060

10925   HIGGINS, JAMES, 118 OVERLAND ROAD, WALTHAM, MA 02154

10925   HIGGINS, JAMES, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   HIGGINS, JOHN B, 143 TANGLEWOOD EAST, PISCATAWAY, NJ 08854-3121

10925   HIGGINS, KAREN, 13887 86TH RD. NORTH, WEST PALM BEACH, FL 33412

10925   HIGGINS, KASEY, 6811 CONN AVE, CHEVY CHASE, MD 20015

10925   HIGGINS, KENNETH, 104 LINDA LANE, EASLEY, SC 29642

10925   HIGGINS, KENNETH, 20 QUAY ST, DANSVILLE, NY 14437

10925   HIGGINS, LAQUENCY, HWY 221, ENOREE, SC 29335

10925   HIGGINS, LAQUENCY, ROUTE 3, BOX 803 SUNSET PARK EXT, LAURENS, SC 29360

10925   HIGGINS, LORRIE, 9920 NW 62ND LANE, GAINESVILLE, FL 32606

10925   HIGGINS, MICHAEL, 3300 TIGERVILLE ROAD, TRAVELERS REST, SC 29690

10925   HIGGINS, PAMELA, 68 RAWSON RD, ARLINGTON, MA 02174

10925   HIGGINS, PAUL, 6929 WILDWOOD COURT, INDIANAPOLIS, IN 46268

10925   HIGGINS, RANDY, 101 MAULDIN ST, WILLIAMSTON, SC 29697

10925   HIGGINS, RICHARD, 444 FALCON RIDGE COURT., SHERIDAN, WY 82801

10925   HIGGINS, STACEY, 23 SHIRLEY ST, LEXINGTON, MA 02173

10925   HIGGINS, SUSAN, 9136 N WARWICK RD, INDIANAPOLIS, IN 46240

10925   HIGGINS, THEODORE, 1426 MALALUKA ST, DELTONA, FL 32725

10925   HIGGINS, THERESA, 814 MAYFAIR WAY, ELDERSBURG, MD 21784

10925   HIGGINS, TODD, 10805 W 50TH TERR, SHAWNEE, KS 66203

10925   HIGGINS, TONIA, 2431 N. 44 ST, MILWAUKEE, WI 53210

10925   HIGGINS, WELDON, 2212 CAMINO RIO, FARMINGTON, NM 87401

10925   HIGGINS, WILLIAM, 208 CHESTER AVE, BELLMAWR, NJ 08031

10925   HIGGINS-MORDECA, JULIE, 44 MALLET DRIVE, TOPSHAM, ME 04086

10925   HIGGINSON, GEORGETTE, 601 ALSTON RD, SANTA BARBARA, CA 93108-2305

10925   HIGGS, E THOMAS, 59 EAST DEWEY AVE, WHARTON, NJ 07885

10925   HIGGS, JACKIE, 631 BALLYWOOD, IRVING, TX 75060

10925   HIGGS, RONALD, 8677 CONCORD DRNE, JESSUP, MD 20794

10925   HIGGS, STEVEN, 5735 MINERAL AVE., HALETHORPE, MD 21227

10924   HIGH COUNTRY READY MIX, P. O. BOX 700, CORTEZ, CO 81321

10924   HIGH COUNTRY REDI MIX, PO BOX700, CORTEZ, CO 81321

10924   HIGH COUNTY READY MIX, 10400 COUNTY ROAD 25, CORTEZ, CO 81321

10924   HIGH GRADE MATERIALS CO, 10578 LINDEN DR, GRAND RAPIDS, MI 49504

10924   HIGH GRADE MATERIALS CO, 10578 LINDEN DR., GRAND RAPIDS, MI 49504

10924   HIGH PLAINS CONCRETE, 3200 N.W.CANYON, PLAINVIEW, TX 79072

10924   HIGH POINT ELEM.SCHOOL, 11001 BLOOMFIELD DR., ORLANDO, FL 32825

10924   HIGH POINT HOSPITAL, 323 QUAKER LANE, HIGH POINT, NC 27262

10924   HIGH POINT PRECAST, 5301 BURLINGTON ROAD, MC LEANSVILLE, NC 27301

10924   HIGH POINT PRECAST, 9041 HWY. 311 S., HIGH POINT, NC 27263

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  HIGH POINT TRUST LAND CONTRACT, 11557 HEMP ROAD, BRANDON, WI 53919

10925  HIGH PURITY STANDARDS, INC, PO BOX 41727, CHARLESTON, SC 29423

10925  HIGH PURITY STANDARDS, PO BOX 41727, CHARLESTON, SC 29423-1727

10924  HIGH SCHOOL FFF, 11001 OLD MEMORIAL HIGHWAY, TAMPA, FL 33635

10924  HIGH SIERRA READY MIX, 2601 BUCKS LAKE ROAD, QUINCY, CA 95971

10924  HIGH SIERRA READY MIX, ATTN:  ACCOUNTS PAYABLE, QUINCY, CA 95971

10924  HIGH SIERRA READY MIX, P.O. BOX 989, QUINCY, CA 95971

10925  HIGH TECH SERVICES, PO BOX 4515, CARY, NC 27519-4515

10924  HIGH TEMP, INC., 204 BISHOP ST., DALTON, GA 30722-0607

10924  HIGH TEMPERATURE SYSTEM, 16755 PARK CIRCLE, CHAGRIN FALLS, OH 44022

10924  HIGH TOWER GEOTECHNICAL SERV., INC, 315 MEALY DRIVE, ATLANTIC BEACH, FL 32233

10924  HIGH TOWER GEOTECHNICAL SERV., INC, JOBSITE, ATLANTIC BEACH, FL 32233

10924  HIGH VACUUM APPARATUS, 1763 SABRE STREET, HAYWARD, CA 94545

10925  HIGH, ANGELA, RT 1 BOX 135, GARYSBURG, NC 27831

10925  HIGH, BOBETTE, PO BOX 116, MOMENCE, IL 60954

10925  HIGH, ELIZABETH, 126 E. OHIO ST., MOMENCE, IL 60954

10925  HIGH, LAYLOUS, 127 HIGH DRIVE, SPARTANBURG, SC 29303

10925  HIGH, LUCRETIA, 8030 YOLANDA, DETROIT, MI 48234

10925  HIGH, NANCY, 623 N. EAGLE ISLAND, KANKAKEE, IL 60901

10925  HIGH, R, STAR ROUTE BOX 16, GASTON, NC 27832

10925  HIGH, ROSEMARY, 4818 ASPEN WOOD, SAN ANTONIO, TX 78219

10925  HIGH, SHIRLEY, 109 P&J DRIVE, ROANOKE RAPIDS, NC 27870

10925  HIGHER EDUCATION, 6400 ARLINGTON BLVD, FALLS CHURCH, VA 22042

10925  HIGHFILL, DOUGLAS, 1859 PUCKEET DRIVE, LILBURN, GA 30247

10924  HIGHGATE ELECTRIC, 29318 LORIE LANE, WIXOM, MI 48393

10925  HIGHHOUSE, ROBERT, 11420 MOSTELLER ROAD, CINCINNATI, OH 45241

10925  HIGHHOUSE, ROBERT, 211 PARK AVE, LUDLOW, KY 41016

10924  HIGHLAND CHURCH, 160-20 HIGHLAND AVE, JAMAICA, NY 11424

10924  HIGHLAND CORPORATE CAMPUS, 10740 NALL ROAD, OVERLAND, KS 66211

10924  HIGHLAND HOME ELEMENTRY, HIGHWAY 331 SOUTH, HIGHLAND HOME, AL 36041

10924  HIGHLAND HOSPITAL, 1000 SOUTH AVE, ROCHESTER, NY 14620

10924  HIGHLAND HOSPITAL, 1453 E. BERT KOUNS INDUSTRIAL LOOP, SHREVEPORT, LA 71105

10924  HIGHLAND HOSPITAL, C/O HICO CONCRETE, SHREVEPORT, LA 71105

10925  HIGHLAND HYDRAULICS, 9939 EXPRESS DR, HIGHLAND, IN 46322

10925  HIGHLAND HYDRAULICS, PO BOX 6267, BROADVIEW, IL 60155

10924  HIGHLAND INTERNATIONAL, 465 INDUSTRIAL PARK DRIVE, BOONE, NC 28607

10924  HIGHLAND INTERNATIONAL, PO BOX 3564, BOONE, NC 28607

10924  HIGHLAND LABS INC, 110 S GARFIELD, MOUNT ANGEL, OR 97362

10924  HIGHLAND LABS, 110 SOUTH GARFIELD, MOUNT ANGEL, OR 97362

10924  HIGHLAND MIDDLE SCHOOL, 1001 HIGHLAND AVENUE, ALBANY, GA 31701

10924  HIGHLAND PARK HIGH SCHOOL @ @, HIGHLAND PARK, NJ 08904

10924  HIGHLAND PARK HIGH SCHOOL, 4149 DRUID, DALLAS, TX 75203

10924  HIGHLAND PLATING, ATTN: SAUL GARZA, 1001 NORTH ORANGE DRIVE, LOS ANGELES, CA 90038

10925  HIGHLAND PORT HOLDINGS LLC, 1168 SHERLEN DR, BRIDGEWATER, NJ 08807

10925  HIGHLAND POST HOLDINGS, LLC, 1168 SHERLEN DR, BRIDGEWATER, NJ 08807

10924  HIGHLAND STUCCO & LIME, 15148 OXNARD ST, VAN NUYS, CA 91411

10924  HIGHLAND STUCCO & LIME, 15148 OXNARD STREET, VAN NUYS, CA 91411

10925  HIGHLAND TANK & MFG. CO., ONE HIGHLAND ROAD, STOYSTOWN, PA 15563

10925  HIGHLAND TRANSPORT, PO BOX 7893 STATION A, TORONTO, ON M5W 2R2CANADA          **\*VIA Deutsche Post\***

10924  HIGHLANDER TRADING CO., MARKS: HT 4345 / DOM REP, 6152 NW 47TH AVE., MIAMI, FL 33166

10924  HIGHLANDER TRADING CORPORATION, 9600 N.W. 25TH STREET, MIAMI, FL 33172

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    HIGHLANDER TRADING CORPORATION, ATTN: RICKY, 7007 N.W. 30TH STREET, MIAMI, FL 33122

10925    HIGHLANDER, NORMAN, 7829 ST. CLAIRE LANE, BALTIMORE, MD 21222

10925    HIGHLANDS LITTLE LEAGUE, PO BOX 546, HIGHLANDS, TX 77562

10925    HIGHLANDS RANCH HIGH SCHOOL, 9375 S. CRESTHILL LN., HIGHLANDS RANCH, CO 80126

10925    HIGHLANDS RANCH, 62 WEST PLAZA DR, HIGHLANDS RANCH, CO 80126

10925    HIGHLANDS RANCH, METRO. DIST., HIGHLANDS RANCH, CO 80126-2304

10924    HIGHLANDS REGIONAL MEDICAL CTR., U.S. ROUTE #23 NORTH, PRESTONSBURG, KY 41653

10925    HIGHLIGHTS AND LOWLIGHTS, 2600 VIRGINIA AVE., NW, WASHINGTON, DC 20037

10925    HIGHLIGHTS OF HOUSTON INC, PO BOX 840375, HOUSTON, TX 77284-0375

10925    HIGHLIGHTS OF HOUSTON, INC, PO BOX 840375, HOUSTON, TX 77284-0375

10925    HIGH-PURITY STANDARDS, POBOX 41727, CHARLESTON, SC 29423

10924    HIGH'S CHIMNEY SERVICE, INC., 645-J. LOFSTRAND LANE, ROCKVILLE, MD 20850

10925    HIGHSMITH INC., PO BOX 800, FORT ATKINSON, WI 53538-0800

10924    HIGHSMITH RAINEY MEMORIAL HOSPITAL, C/O HICO CONCRETE, FAYETTEVILLE, NC 28301

10925    HIGHT, ELIZABETH, 15 DEARBORN ST, MEDFORD, MA 02155

10925    HIGHT, HARRIET, 1507 TEMPLE MORE LANE, GREEN BAY, WI 54313

10925    HIGHT, JEFFREY, 5380 MEDICAL DR., SAN ANTONIO, TX 78240

10925    HIGHT, LEE, 700 CLEARVIEW DRIVE, MADISONVILLE, KY 42431

10925    HIGHT, ROBERT, 345 LAKE FOREST DR, SPARTANBURG, SC 29307

10925    HIGHTECH SIGNS, 1400 N I-35 SUITE 104, CARROLLTON, TX 75006

10925    HIGHTOWER, ALEX, 613 CAROLYN DRIVE, CLINTON, SC 29335

10925    HIGHTOWER, AMY, 475 OLD CHELSEA CIR., MARIETTA, GA 30067

10925    HIGHTOWER, BRYAN, 2411 S. JACKSON ST., FORT SMITH, AR 72901-7424

10925    HIGHTOWER, DANNY, 168 BURTON CREEKSIDE, WATERLOO, SC 29385

10925    HIGHTOWER, DIANE, 28 COUNTRY ESTATE, GREENVILLE, NC 27858

10925    HIGHTOWER, FRED E, 20927 SMOKEY SAGE DR, KATY, TX 77450

10925    HIGHTOWER, FRED, 20927 SMOKEY SAGE DR, KATY, TX 77450

10925    HIGHTOWER, JAMES, 1504 LASALLE ST, TAMPA, FL 33607

10925    HIGHTOWER, KELLY, 4621 S. QUINCY AVE., TULSA, OK 74105

10925    HIGHTOWER, P, 701 H SPRNG CHURCH RD, INMAN, SC 29349

10925    HIGHWAY 36 LAND DEVELOPMENT CO, 108555 E HWY 36, DEER TRAIL, CO 80105-9611

10924    HIGHWAY 53 READY MIX, HIGHWAY 53 SOUTH, POPLAR BLUFF, MO 63902

10925    HIGHWAY BODY WORKS INC, 8600 TONNELLE AVE, NORTH BERGEN, NJ 07047

10924    HIGHWAY CONCRETE COMPANY, 2615 CRYSTAL, FINDLAY, OH 45840

10925    HIGHWAY EQUIPMENT & SUPPLY CO., PO BOX 547189, ORLANDO, FL 32854-1789

10925    HIGHWAY TRANSPORT INC, DEPT 888056, KNOXVILLE, TN 37995-8056

10924    HIGHWOODS AMENITIES BUILDING, 18202 RICHMOND PARK DRIVE, TAMPA, FL 33647

10925    HIGHWOODS FORSYTH, PO BOX 65224 PATEWOOD 1 & 2, CHARLOTTE, NC 28265-0224

10924    HIGHWOODS PRESERVE TRAINING, C/O ALLSTATES, 18202 RICHMOND PARK DRIVE, TAMPA, FL 33647

10924    HIGHWOODS, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28204

10925    HIGNOJOS, BENITO, 2207 LINDSAY ROAD, PECOS, TX 79772-7745

10924    HI-GRADE MATERIALS CO INC, 17671 BEAR VALLEY ROAD, HESPERIA, CA 92345

10924    HI-GRADE MATERIALS CO., 17671 BEAR VALLEY ROAD, HESPERIA, CA 92345

10924    HI-GRADE MATERIALS CO., 411 W. AVENUE H6, LANCASTER, CA 93534

10924    HI-GRADE MATERIALS CO., 64722 TWO MILE ROAD, JOSHUA TREE, CA 92252

10924    HI-GRADE MATERIALS CO., 6500 E. AVENUE "T", LITTLEROCK, CA 93543

10924    HI-GRADE MATERIALS CO., 8701 MERIDAN ROAD, LUCERNE VALLEY, CA 92356

10924    HI-GRADE MATERIALS/ADELANTO, 17450 ADELANTO ROAD, ADELANTO, CA 92301

10924    HI-GRADE PAINTS CO. INC, 3545 NORTH KEDZIE, CHICAGO, IL 60618

10925    HIGUERA, ERIKA, 1755 VILLAGE SQ CT, SEVERN, MD 21144

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HIGUERA, MARINA DEL REY, CA 90292

10924   HI-HILL READY MIX, 5165 N. HIGHWAY 11, COLUMBUS, IN 47201

10925   HIJAZI, YASSER, 59 LINDEN ST, #1, ALLSTON, MA 02134

10925   HIKES POINT PAINT & WALLPAPER, 3099B BRECKENRIDGE LANE, LOUISVILLE, KY 40220

10925   HILAL, NADIA, 180 N. SPRING LAKE DR., ALTAMONTE SPRINGS, FL 32714

10925   HILBERT, RICHARD, 156 VALLEYVIEW MHP, READING, PA 19605

10925   HILBERT, TIM, 1221 NORTH ILLINOIS AVE, ARLINGTON HEIGHTS, IL 60004

10925   HILBURN, KAREN, RT 4 BOX 39, ST PAULS, NC 28384

10924   HILCO PLASTIC, 4172 DANVERS CT. S.E., GRAND RAPIDS, MI 49512

10924   HILCORP ENERGY CO., PO BOX 61229, HOUSTON, TX 77208-1229

10925   HILDA BLANK, 212 03 75TH AVE, BAYSIDE, NY 11364-3359

10925   HILDA C ANDERSON, 1488 MANZANITA ST, CARPINTERIA, CA 93013-1310

10925   HILDA M BLANS, 8911 REINSTERSTOWN RD, PIKESVILLE, MD 21208-1072

10925   HILDA MUNZ, 829 BRONX RIVER RD, BRONXVILLE, NY 10708-8000

10925   HILDA SALZ O, CASILLA 3458, SANTIAGO, CHILE            *VIA Deutsche Post*

10925   HILDEBRAND, CHRISTINE, 4400 MELROSE DR, 227, WOOSTER, OH 44691

10925   HILDEBRANDT, DARRELL E, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925   HILDEBRANDT, DARRELL, 805 LIDA PLACE, BEL AIR, MD 21014

10925   HILDENBRAND, RAYMOND, 19 SOUTH 5TH ST, READING, PA 19602

10925   HILDERBRAND, GREGG, 4400 MELROSE DR LOT #227, WOOSTER, OH 44691

10925   HILDRETH, DEBORAH S, 42 SILVER HILL, NATICK MA, MA 01760

10925   HILDRETH, EVA, 1315 MORREENE RD APT, DURHAM, NC 27705

10925   HILDRETH, HOWARD, 3728 SARGENT ST, MADISON, WI 53714

10925   HILE, MAUREEN, 1506 ROUNDLEAF CT, RESTON, VA 22090

10925   HILGER, BUD, 8245 S SAYRE, BURBANK, IL 60459

10925   HILGER, BUD, 8245 SAYRE AVE, BURBANK, IL 60459

10925   HILGER, JAMES, 113 EAST BARCK, LUVERNE, MN 56156

10925   HILGERSOM, RAYMOND, 3205 SIERRA RD, SAN JOSE, CA 95132

10925   HI-LINE, PO BOX 841607, DALLAS, TX 75284-1607

10925   HILKER, CHRISTINE E, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   HILKER, CHRISTINE, 21676 CLUB VILLA TER, BOCA RATON, FL 33433-3701

10925   HILKER, CHRISTINE, 21676 CLUB VILLA TERRACE, BOCA RATON, FL 33433

10925   HILKER, CHRISTINE, 500 W HARBOR DRIVE #822, SAN DIEGO, CA 92101

10925   HILKER, LAURA, 745 MILLERS RUN RD., MCDONALD, PA 15057

10925   HILKER, RENEE, 8209 WIEBELO DRIVE, KNOXVILLE, TN 37931

10925   HILKEY, RODNEY, 889 E 2910TH SOUTH, VERNAL, UT 84078

10925   HILKIN, J, C/O ANN ANDREOSATOS W R GRACE, 62 WHITTEMORE AVE CAMBRI, MA 02140

10925   HILL & ASSOCIATES, EL PRESIDIO BLDG, 800 PRESIDIO AVE, SANTA BARBARA, CA 93101-2210

10924   HILL & COMPANY, 1424-30 MONROE, TOPEKA, KS 66612

10924   HILL & COMPANY, 148 WEST 24TH STREET, TOPEKA, KS 66612

10925   HILL & KNOWLTON, INC, 466 LEXINGTON AVE., NEW YORK, NY 10017

10925   HILL AND BARLOW, ONE INTERNATIONAL PLACE, BOSTON, MA 02110

10925   HILL AND HILL EXTERMINATORS, PO BOX 5248, HOUSTON, TX 77262

10925   HILL AND KNOWLTON, INC, PO BOX 8500-4445, PHILADELPHIA, PA 19178

10924   HILL BROS, PO BOX118, FALKNER, MS 38629

10925   HILL BROTHERS CHEMICAL CO., 1675 N.MAIN ST, ORANGE, CA 92667

10925   HILL BROTHERS CHEMICAL CO., SALT LAKE DIVISION, 1675 N. MAIN ST, ORANGE, CA 92667

10924   HILL BROTHERS CONST.CO., PO BOX119, FALKNER, MS 38629

10924   HILL BROTHERS, 1524 OLD HWY 61., CLEVELAND, MS 38732

10924   HILL BROTHERS, 395 BYTTALIA RD., COLLIERVILLE, TN 38017

10924   HILL BROTHERS, 4082 CASINO CENTER DRIVE, ROBINSONVILLE, MS 38664

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | HILL BROTHERS, 9701 HWY 72 EAST, WALNUT, MS 38683 | |
| 10924 | HILL BROTHERS, P. O. BOX 131, FAULKNER, TN 38629 | |
| 10924 | HILL BROTHERS, PO BOX119, FALKNER, MS 38629 | |
| 10924 | HILL BUILDING SUPPLY INC, 2301 SHERIDAN AVE, SPRINGFIELD, OH 45505 | |
| 10924 | HILL CO./ COAST INSUL, PO BOX 30928, SAN JOSE, CA 95152 | |
| 10924 | HILL CO/SCHMID INSULATION, 8449 MIRACREST PL, SAN DIEGO, CA 92121 | |
| 10925 | HILL CONTROLS & ELECTRIC, PO BOX 1055, SPRINGVILLE, AL 35146 | |
| 10924 | HILL COUNTRY MATERIALS, 15130 TOEPPERWEIN RD, SAN ANTONIO, TX 78233 | |
| 10924 | HILL COUNTRY MEMORIAL HOSPITAL, 209 MEDICAL DRIVE, FREDERICKSBURG, TX 78624 | |
| 10924 | HILL COUNTRY, 15130 TOPPERWEIN, SAN ANTONIO, TX 78233 | |
| 10925 | HILL JR, GUY, PO BOX 1866, CASPER, WY 82602 | |
| 10924 | HILL MANUFACTURING CO. INC, 1500 JONESBORO RD SE, ATLANTA, GA 30315 | |
| 10925 | HILL MANUFACTURING COMPANY, 1500 JONESBORO ROAD SE, ATLANTA, GA 30315 | |
| 10925 | HILL MANUFACTURING COMPANY, INC, 1500 JONESBORO ROAD SE, ATLANTA, GA 30315 | |
| 10924 | HILL TOP C/O OMNI, 1958 W BROAD STREET, COLUMBUS, OH 43223 | |
| 10924 | HILL TOP, 1958 W BROAD STREET, COLUMBUS, OH 43223 | |
| 10925 | HILL WYNNE TROOP & MEISINGER, PO BOX 240088, LOS ANGELES, CA 90024-3902 | |
| 10925 | HILL, ALEXANDER, 4 AIRWAY CIRCLE #3C, TOWSON, MD 21286 | |
| 10925 | HILL, ALONZOL, 681 SW 8TH ST, BELLE GLADE, FL 33430 | |
| 10925 | HILL, ANGIE, RT 2 BOX 185, COMMERCE, GA 30529 | |
| 10925 | HILL, ARTHUR, 169A LONG HILL DRIVE, YORKTOWN HGHTS, NY 10598 | |
| 10925 | HILL, ARTHUR, RT 1 BOX 540, SYCAMORE, GA 31790 | |
| 10925 | HILL, AURORA, 722 CENTRAL ST, PLAINFIELD, NJ 07062 | |
| 10925 | HILL, B, 3020 ST. BABETTE LANE, ST. CHARLES, MO 63301 | |
| 10925 | HILL, B, 6820 JEFFERSON PAIGE-APT 2, SHREVEPORT, LA 71119 | |
| 10925 | HILL, BARBARA, 30 SOUTH DOUGHTY AVE, 305, SOMERVILLE, NJ 08876 | |
| 10925 | HILL, BARBARA, 7665 DARTMOOR AVE, GOLETA, CA 93117 | |
| 10925 | HILL, BARNEY, 1414 DAVON LN, HOUSTON, TX 77058 | |
| 10925 | HILL, BETTY, 6809 NW 22, BETHANY, OK 73008 | |
| 10925 | HILL, BILLY, 106 CHERRY ST., LAKE JACKSON, TX 77566 | |
| 10925 | HILL, BOYD, PO BOX 40, NICOMA PARK, OK 73066 | |
| 10925 | HILL, BRUCE, 4144 GREYSTONE WAY APT. #601, SUGAR LAND, TX 77479-3001 | |
| 10925 | HILL, BRUCE, RT 2 BOX 310, HALIFAX, NC 27839 | |
| 10925 | HILL, BURIEN, 1109 FAYETTEVILLE RD, ATLANTA, GA 30316 | |
| 10925 | HILL, CHERYL MARIE, 3329 WEBSTER AVE, PITTSBURGH PA, PA 15219 | |
| 10925 | HILL, CHERYL, PO BOX 596, TRENTON, NC 28585 | |
| 10925 | HILL, CHRIS, 961 SOUTH HWY 11LOT 10, SOCIAL CIRCLE, GA 30025 | |
| 10925 | HILL, CHRISTON L, 50 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139 | |
| 10925 | HILL, CHRISTON LORN, 1219 QUINCY ST NE, WASHINGTON, DC 20017-2635 | |
| 10925 | HILL, CHRISTON, 50 MASS AVE #106A, CAMBRIDGE, MA 02139 | |
| 10925 | HILL, CINDY, PO BOX 352, MAYSVILLE, GA 30558 | |
| 10925 | HILL, DARRELL, 1929 WAREHAM RD., BALTIMORE, MD 21222 | |
| 10925 | HILL, DEBBIE, 4775 PADDOCK ROAD, CINCINNATI, OH 45229 | |
| 10925 | HILL, DEBBIE, 8029 STILLWELL ROAD, CINCINNATI, OH 45237 | |
| 10925 | HILL, DEBRA, 307 NEW BOSTON RD, STURBRIDGE, MA 01566 | |
| 10925 | HILL, DEEANGELA, 2929 KINGSVIEW DR, AUGUSTA, GA 30909 | |
| 10925 | HILL, DENISE, 3305 OLD OAKS DR., BAYTOWN, TX 77521 | |
| 10925 | HILL, DEWAYNE, 1407 E LONS, BROWNFIELD, TX 79316 | |
| 10925 | HILL, DIANE, 5765 CRANE PLACE, ORLANDO, FL 32807 | |
| 10925 | HILL, DONALD, PO BOX 658, CLEARLAKE, CA 95422 | |
| 10925 | HILL, DONNA, 13200 HAMLET MILL, DAVISTON, AL 36256 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HILL, DORA, 2121 BENTON, BAKERSFIELD, CA 93304

10925   HILL, DORIS, 19 RONNIE DRIVE, MANAHWKIN, NJ 08050-5325

10925   HILL, DOUGLAS ERIC, 701 HILLCREST DR., HIGH POINT, NC 27262

10925   HILL, EARL, 8208 GORMAN AVE, 258, LAUREL, MD 20707

10925   HILL, EDWARD, 3377 MEADWOBROOK, CLEVELAND HEIGHTS, OH 44118

10925   HILL, ERIC, 13 ST. MICHAEL, ST. PETERS, MO 63376

10925   HILL, EVA, 5820 DIAMOND OAK DR SOUTH, HALTOM CITY, TX 76117

10925   HILL, FRANCISCA, 42 HILLSIDE AVE, BEDFORD, MA 01730

10925   HILL, FRANK, 3146 HEWITT AVE #147, SILVER SPRING, MD 20906

10925   HILL, FRANKLIN, 2110 LOST DAUPHIN RD, DE PERE, WI 54115

10925   HILL, FRED, 106 BOYD AVE, SIMPSONVILLE, SC 29681

10925   HILL, FRED, 112 W RIDGEWAY RD, HONEA PATH, SC 29654

10925   HILL, GEORGE, RT2 BOX 139 GN, RIVERTON, WY 82501

10925   HILL, GILBERT, 8481 BEDFORD ROAD, PASADENA, MD 21122-2733

10925   HILL, GRACE, ROUTE 6 BOX 94D, KINSTON, NC 28501

10925   HILL, GUY, 117 IMPERIAL DRIVE, FRIENDSWOOD, TX 77546

10925   HILL, H, 14840 NARANJA LAKES BLVD, NARANJA, FL 33032-8335

10925   HILL, JACK, 1735 MILTON AVE, MASSILLON, OH 44646

10925   HILL, JACK, 3004 TIMOTHY WAY, EDMOND, OK 73034

10925   HILL, JAMES, 2617 MELBA ROAD, ELLICOTT CITY, MD 21043

10925   HILL, JAMES, 2700 ASPEN, KILGORE, TX 75662

10925   HILL, JAMES, 514 ISBILL ROAD, CHATTANOOGA, TN 37419

10925   HILL, JAMES, 8122 EDGEWATER ROAD, BALTIMORE, MD 21226

10925   HILL, JAMES, 88 SMULL AVE, WEST CALDWELL, NJ 07006

10925   HILL, JANICE, 6233 NORMAN ROAD, OKLA. CITY, OK 73122-7225

10925   HILL, JEFFREY, 4144 MANOR HOUSE DR N.E., MARIETTA, GA 30062

10925   HILL, JEFFREY, 758 FOREST ROAD, ROCK HILL, SC 29730

10925   HILL, JERRY, 2415 LAKEVIEW DRIVE, SUAMICO, WI 54173

10925   HILL, JERRY, 523 HOUSTON ST, SPARTANBURG, SC 29303

10925   HILL, JODY, 345 CIRCLE RD, GREER, SC 29651-7687

10925   HILL, JOHN S, CUST FOR JOHN K HILL, UNDER UNIF TRANS MIN ACT OH, 340 TOWER DR,
        MANSFIELD, OH 44906-2546

10925   HILL, JOHN, 2955 BOWLING ST. SW, 237, CEDAR RAPIDS, IA 52404

10925   HILL, JUETTA, 3507 CRIPPLE CREEK, DALLAS, TX 75224

10925   HILL, JUNIOR, 6021 WOODHAVEN DRIVE, LAKELAND, FL 33811

10925   HILL, KAREN, 5321 HEADDRESS CT, VIRGINIA BEACH, VA 23464

10925   HILL, KATHLEEN, 2328 W ECHO LANE, PHOENIX, AZ 85021

10925   HILL, KATHY, 2495 HWY 29, 7, LAWRENCEVILLE, GA 30244

10925   HILL, KENNETH, 10 MEADOW DRIVE, LITTLETON, MA 01460

10925   HILL, KENNETH, 102 BARLEY RUN, SIMPSONVILLE, SC 29681

10925   HILL, KENNETH, 2600 S. JOSHUA AVE, BROKEN ARROW, OK 74012

10925   HILL, KENNETH, 3760 N. 28TH ST, MILWAUKEE, WI 53216

10925   HILL, LA VERNE, 1311 CHIEF HILL DRIVE, GREEN BAY, WI 54313-1452

10925   HILL, LAURIE, 455 FERRIS LANE, RENO, NV 89509

10925   HILL, LEE, 6715 GLEN MEADOW LOOP, LAKELAND, FL 33809

10925   HILL, LEONARD, 3606 N. WILDER ROAD, PLANT CITY, FL 33565

10925   HILL, LEROY, 5605 ELDERON AVE, BALTIMORE, MD 21215

10925   HILL, LINDA, 60 SAVOY RD, NEEDHAM, MA 02192

10925   HILL, LISA, 924 MAPLEWOOD, ANDERSON, IN 46012

10925   HILL, LOLITA, 1245 13TH ST NW #2, WASHINGTON, DC 20005

10925   HILL, LON, 1018 N THOMPSON DR, K7, MADISON, WI 53704

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HILL, LONNIE, 524 KING MALCOLM AVE, ODENTON, MD 21113

10925   HILL, MARILYNN, 2 GASTON ST, MEDFORD, MA 02155

10925   HILL, MICHELLE, 3440 N.W 170 ST, CAROL CITY, FL 33056

10925   HILL, NINA, 4405 DUNHAVENN RD, DUNWOODY, GA 30338

10925   HILL, PAMELA, PO BOX 870121, NEW ORLEANS, LA 70187

10925   HILL, PATRICIA L, RT 2 BOX 233A, RINGGOLD GA, GA 30736

10925   HILL, PATRICIA, 18950 MARSH LANE, 805, DALLAS, TX 75287

10925   HILL, PATRICK, 4053 1/2 BUCKINGHAM, LOS ANGELES, CA 90045

10925   HILL, PEGGY, 5030 SIERRA CIRCLE, DAYTON, OH 45414

10925   HILL, RACHEL, 20134 CLUB HILL DR. #32, GERMANTOWN, MD 20874

10925   HILL, RANDALL, 105 CAVALIER DR #54, GREENVILLE, SC 29607

10925   HILL, REBEKAH, 4304 N PORTLAND, OKLAHOMA CITY, OK 73112

10925   HILL, RETA, RT 1 BOX 213, BALDWIN, GA 30511

10925   HILL, RHONDA, 112 WEST RIDGEWAY RD, HONEA PATH, SC 29654

10925   HILL, RHONDA, 2342 WEBSTER AVE., PITTSBURGH, PA 15219

10925   HILL, RICK, 3906 SANTIAGO ST., SEBRING, FL 33871

10925   HILL, RICK, 931 LANGDON COURT, ANNAPOLIS, MD 21403

10925   HILL, ROBERT BRUCE, PO BOX 0633, MEDINA, WA 98039-0633

10925   HILL, ROBIN, 5328 PATRICK HENRY DRIVE, BALTIMORE, MD 21225

10925   HILL, ROGER, 4506 BERMUDA, WICHITA FALLS, TX 76308

10925   HILL, RONNIE, 3536 E CAMBRIDGE, PHOENIX, AZ 85008

10925   HILL, RUSSELL, 794 STEELE ST, CRAIG, CO 81625

10925   HILL, SABRINA, 206 SKYHILL ROAD #6, ALEXANDRIA, VA 22314

10925   HILL, SALLY, 8502 E SHERIDAN, SCOTTSDALE, AZ 85257-2428

10925   HILL, SAMUEL, 741 BELLVIEW RD, WOODRUFF, SC 29388

10925   HILL, SANDY, 524 KING MALCOLN AVE, ODENTON, MD 21113

10925   HILL, SHARLA, 5421 OLD ALTON RD, GRANITE CITY, IL 62040

10925   HILL, SHARON, 14141 W. HIRAM ROAD, MARANA, AZ 85653

10925   HILL, TERRY, 78 NOTTINGHAM CT, MONTVALE, NJ 07645

10925   HILL, TIMOTHY, 117 IMPERIAL DRIVE, FRIENDSWOOD, TX 77546

10925   HILL, TRACY, 2001 TAYLOR DR, GASTONIA, NC 28052

10925   HILL, VELMA, 3003 HWY 51 N. LOT 99, NESBIT, MS 38651

10925   HILL, VIRGINIA, 5740 W 42ND ST, INDIANAPOLIS, IN 46254

10925   HILL, WILLIAM JR, 7879 W. SHORE CT., RIVERDALE, GA 30274

10925   HILL, WILLIAM, 3019 ROBINSON ROAD, MISSOURI CITY, TX 77459

10925   HILL, WILLIAM, 3410 GATESHEAD #202, SILVER SPRING, MD 20904

10925   HILL, WILLIE, 1519 TOPP AVE, JACKSON, MS 39204

10925   HILLANDALE SHOPPING CENTER, CHARLES S GIOVETTI MANAGER, 702 N MIDVALE BLVD, SUITE 1, MADISON, WI 53705-3294

10925   HILLAR, G, C/O C BOARDMAN W R GRACE, 55 HAYDEN AVENUE LEXING, MA 02173

10925   HILLARY DIETZ, 3524 NORTHVIEW AVE, WANTAGH, NY 11793-2702

10925   HILLARY STRAUSS, 20 FIFTH AVE APT 11E, NEW YORK, NY 10011-8860

10925   HILLBISH, VINCENT, 46 OLD FRIEDNSBURG RD, READING, PA 19606

10925   HILLBRO PRODUCTS & SYSTEMS, INC, 6108 BRITTMOORE RD., HOUSTON, TX 77041

10924   HILLCREST CHURCH, 12123 HILLCREST ROAD, DALLAS, TX 75230

10924   HILLCREST ELEMENTARY SCHOOL, 1010 EAST CONCORD STREET, ORLANDO, FL 32803

10925   HILLCREST ELEMENTARY SCHOOL, 4302 BONNY OAKS DR., CHATTANOOGA, TN 37416

10925   HILLCREST GROUP, INC, THE, 20 UNIVERSITY ROAD, CAMBRIDGE, MA 02138

10924   HILLCREST HOSPITAL, 729 SOUTH EAST MAIN STREET, SIMPSONVILLE, SC 29681

10925   HILLCREST MEDICAL GROUP, POBOX 306, PRYOR, OK 74362

10924   HILLCREST MEDICAL SERVICES CLINIC, 3301 WEST MINISTER RD., WACO, TX 76714

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HILLDRUP MOVING & STG, PO BOX 669, STAFFORD, VA 22555

10925    HILLE, ERIK JAMES, 1629 COMMONWEALTH AVE., BRIGHTON, MA 02135

10925    HILLEMAN, THOMAS, 3142 CANFIELD AVE, RHODES, IA 50234

10925    HILLER, KENNETH, 4905 EAST AVE, OKLA. CITY, OK 73129

10925    HILLERY, DONALD, 2862 EDGEWOOD ST, MOBILE, AL 36607

10924    HILLHOUSE HIGH SCHOOL, 480 SHERMAN PARKWAY, NEW HAVEN, CT 06511

10925    HILLIARD HEALD, 550 FANNIN, SUITE 111, BEAUMONT, TX 77701

10925    HILLIARD JR., THOMAS, 146 ATHENS, CROWLEY, LA 70526

10925    HILLIARD MUNOZ, 719 S. SHORELINE, SUITE 600, CORPUS CHRISTI, TX 78401

10925    HILLIARD, CHRISTI, 905 N.LINAM, HOBBS, NM 88240

10925    HILLIARD, JAMES, 3230 WALLACE ROAD, BARTOW, FL 33830-9638

10925    HILLIARD, JANE, 21 SOUTH LAKE WAY, REISTERSTOWN, MD 21136

10925    HILLIARD, JANNA, 2038 CHITTIM TRAIL DR., SAN ANTONIO, TX 78232

10925    HILLIARD, JR, KENNETH, 8280 BODKIN AVE, PASADENA, MD 21122

10925    HILLIARD, KENNETH, 8395 CAROL DRIVE, PASADENA, MD 21122

10925    HILLIARD, NITA, 79 CHURCH ST, MANTENO, IL 60950

10925    HILLIARD, RAYMOND, 85 SHAW ST, LOWELL, MA 01851

10925    HILLIER, HOWARD, 350 BIRCH AVE, AKRON, CO 80720

10925    HILLIER, STEELE, 83 MORRELL ST, NEW BRUNSWICK, NJ 08901

10925    HILLIPS, CLYDE, 7825 NW 84TH ST., OKLAHOMA CITY, OK 73132

10925    HILLIS, DAVID, 12711 E. 37TH ST., TULSA, OK 74146

10924    HILLMAN CANCER CENTER, 5115 CENTRE AVENUE, PITTSBURGH, PA 15232

10925    HILLMAN, JAMES, 641 S. COLLIER, INDIANAPOLIS, IN 46241

10925    HILLMAN, R. MYRON, 35 ARAPAHO RD, RANSOM CANYON, TX 79366

10925    HILL-MOCK, NARUEMON, 1659-I HILO HOLLY PLACE, HONOLULU, HI 96818

10924    HILLS MATERIALS, 225 EAST CENTRE, RAPID CITY, SD 57709

10924    HILLS MATERIALS, 510 N. PINE STREET, CHADRON, NE 69337

10924    HILLS MATERIALS, HIGHWAY 89, CUSTER, SD 57730

10924    HILLS MATERIALS, P.O. BOX 2320, RAPID CITY, SD 57709

10924    HILLS MATERIALS, SCHOOL STREET - BOX 809, HOT SPRINGS, SD 57747

10924    HILLS MATERIALS, SOUTH HAIG STREET, GORDON, NE 69343

10925    HILLS, BERNADETTE, 3831 FREEMAN ROAD, JACKSONVILLE, FL 32207

10925    HILLS, MARGARET, RR 4 BOX 408, WELLS, ME 04090

10925    HILLS, PATRIC, 9205 HORSESHOE LK RD, CEDAR RAPIDS, IA 52411

10925    HILLSBORO AUTO PARTS, 10810 HWY 21, HILLSBORO, MO 63050-5208

10924    HILLSBORO CEMENT PRODUCTS, 211 MADISON ST, HILLSBORO, WI 54634

10924    HILLSBORO CEMENT PRODUCTS, HILLSBORO, WI 54634

10924    HILLSBORO MIDDLE SCHOOL, 3812 HILLSBOORO ROAD, NASHVILLE, TN 37215

10924    HILLSBOROUGH HIGH SCHOOL, 466 RAIDER BOULEVARD, BELLE MEAD, NJ 08502

10924    HILLSDALE DRUM SITE, TEXAS COMMERCE TOWER, HOUSTON, TX 77002

10924    HILLSDALE MALL, HILLSDALE BLVD., SAN MATEO, CA 94401

10925    HILLSGROVE, DARYLE, 166 PITTSFIELD ROAD, LOUDON, NH 03301

10925    HILLSIDE FLORIST OF WOBURN INC, 888 MAIN ST, WOBURN, MA 01801

10924    HILLSIDE HIGH SCHOOL, 3727 FAYETTEVILLE ROAD, DURHAM, NC 27707

10924    HILLSIDE ORCHID FARMS, HWY 441, TIGER, GA 30576

10925    HILLSMAN, DEBORAH, 316 E HANCOCK DR, AUGUSTA, GA 30909

10925    HILLSMAN, VANESSA, 414 AIKEN ST., AUGUSTA, GA 30901

10925    HILLTOP BASIC RESOURCES INC, 511 WATER ST, CINCINNATI, OH 45202

10924    HILLTOP BASIC RESOURCES, 1 W 4TH STREET, CINCINNATI, OH 45202

10924    HILLTOP BASIC RESOURCES, 511 WEST WATER STREET, CINCINNATI, OH 45202

10924    HILLTOP BASIC RESOURCES, ONE WEST FOURTH STREET, CINCINNATI, OH 45202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　HILLYARD, POBOX 846087, DALLAS, TX 75284-6087

10924　HILLYER INC, MACOMB, IL 61455

10924　HILLYER INC., 501 DEER ROAD, MACOMB, IL 61455

10924　HILLYER INC., BOX 728, MACOMB, IL 61455

10925　HILLYER, MICHAEL, 4773 DAISY LANE CIRCLE, WEST BEND, WI 53095

10925　HILMER, JAMES STEPHEN, 1338 D DIAMOND BAR BLVD, DIAMOND BAR, CA 91765-5460

10925　HILSKY, J, 113 CHERRYTREE LN, MIDDLETOWN, NJ 07748

10925　HILSON, KATHERINE, 4022 MINTWOOD ST, PITTSBURGH, PA 15224

10925　HILSON, T.H., 1761 S NAPERVILLE RD, WHEATON, IL 60187

10925　HILT JR., FLOYD, 502 BEECH ISLAND AVE., BEECH ISLAND, SC 29841

10925　HILTENBRAND, ROBERT, 8547 EDNEY RIDGE DRIVE, CORDOVA, TN 38018-9469

10925　HILTERMAN, JOSEPH, 1611 CARLISLE AV, RICHMOND, VA 23231

10925　HILTI CANADA LTEE, 7250 ROUTE TRANSCANADIENNE, ST-LAURENT, QC H4T 1A3CANADA　　*VIA Deutsche Post*

10924　HILTI CONSTRUCTION  CHEMICALS, INC., P. O. BOX 21148, TULSA, OK  74121, OK 02140

10925　HILTI INC., POBOX 382002, PITTSBURGH, PA 15250-8002

10924　HILTI TULSA CENTRAL WAREHOUSE, 5404 S. 122 E. AVE, TULSA, OK 74146

10925　HILTI, INC, PO BOX 21148, TULSA, OK 74121

10925　HILTI, INC, PO BOX 382002, PITTSBURGH, PA 15250-8002

10924　HILTI, PO BOX 21148, TULSA, OK 74121

10924　HILTON AK CHIN, FIREPROOFING SPECIALITIES, LAS VEGAS, NV 89101

10924　HILTON AT UNIVERSITY PLACE, HARRIS BOULEVARD, CHARLOTTE, NC 28273

10924　HILTON AUSTIN AIRPORT HOTEL, 9515 NORTHWEST AIRPORT DR., AUSTIN, TX 78719

10925　HILTON BALTIMORE AND TOWERS, 20 WEST BALTIMORE ST, BALTIMORE, MD 21201

10924　HILTON CONCRETE PRODS, 1400 SPRING HILL RD, TERRE HAUTE, IN 47802

10925　HILTON DAVIS CO, POBOX 73605-N, CLEVELAND, OH 44193

10925　HILTON DFW LAKES, POST OFFICE BOX 842179, DALLAS, TX 75284

10924　HILTON GARDEN HOTEL, 15445 DEPOT LANE, UPPER MARLBORO, MD 20772

10924　HILTON GARDEN INN, 11204 HOPSON ROAD, ASHLAND, VA 23005

10924　HILTON GARDEN INN, 801 MARSHALL FARMS ROAD, OCOEE, FL 34761

10924　HILTON GARDEN INN, MILLER'S INSULATION, ALBUQUERQUE, NM 87101

10924　HILTON GARDENS, C/O WARCO, 650 TINSLEY WAY, ROCK HILL, SC 29730

10924　HILTON HAWAIIAN VILLAGE, C/O GROUP BUILDERS, 308 KILUA ST., HONOLULU, HI 96819

10924　HILTON HEAD MEDICAL CENTER, 25 HOSPITAL CENTER BLVD., HILTON HEAD ISLAND, SC 29926

10924　HILTON HEAD MEDICAL OFFICE BLDG., 40 OKATIE CTR. BLVD. SOUTH, BLUFFTON, SC 29910

10924　HILTON HOTEL, PORTLAND, OR 97204

10925　HILTON HOTELS CORP, 301 PARK AVE, NEW YORK, NY 10022

10925　HILTON HOTELS CORP., 301 PARK AVE, NEW YORK, NY 10022

10925　HILTON HOTELS CORPORATION, THE WALDORF-ASTORIA HOTEL, NEW YORK, NY 10022

10925　HILTON HOUSTON HOBBY AIRPORT, 8181 AIRPORT BLVD, HOUSTON, TX 77061

10925　HILTON INN OF OAK LAWN, 9333 S. CICERO AVE, OAK LAWN, IL 60453

10925　HILTON JR, JOSEPH, CUST FOR CHRISTOPHER JOSEPH HILTON, UNIF GIFT MIN ACT PA, 2033 ORCHARD AVE, ALLENTOWN, PA 18104-1032

10925　HILTON NORTHWEST ATLANTA, 2055 SOUTH PARK PLACE, ATLANTA, GA 30339

10925　HILTON ORLANDO/ALTAMONTE SPRINGS, 350 S NORTH LAKE BLVD, ALTAMONTE SPRINGS, FL 32715

10924　HILTON SKY TOWER, SMITH AND GREEN, LAS VEGAS, NV 89101

10925　HILTON WATERFRONT BEACH RESORT, THE, 21100 PACIFIC COAST HWY, HUNTINGTON BEACH, CA 92648

10925　HILTON, CONNIE, RT 3 BOX 68-B, GREENVILLE, GA 30222

10925　HILTON, DENNIS M, 4 HARVEST LANE, NASHUA, NH 03063

10925　HILTON, DENNIS M, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925　HILTON, DENNIS, 4 HARVEST LANE, NASHUA, NH 03063

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HILTON, JERRY, RT 3 BOX 68-B, GREENVILLE, GA 30222

10925    HILTON, LAWRENCE, 1001 CARMEL PKWY, 30, CORPUS CHRISTI, TX 78411

10925    HILTON, MARK, 3912 BEECHWOOD, PERLAND, TX 77581

10925    HILTON, TENNIE, 305 W ASH, WILBURTON, OK 74578

10924    HILTON, THE, 6TH AND WISCONSIN, MILWAUKEE, WI 53203

10925    HILTON, THOMAS, 1320 CHERRY AVE T, BETHLEHEME, PA 18017

10925    HILTON, WILLIE, 4115 BUCKINGHAM ROAD, BALTIMORE, MD 21207

10925    HILTZ, DOUGLAS, 11 NASON TERRACE, WOBURN, MA 01801

10925    HILYER, JOHN, 2014 DEREN WAY, ATLANTA, GA 30345

10925    HIMACHAL FUTURISTIC COMMUNICATIONS, ELECTRONICS COMPLEX, CHAMBAGHAT, SOLAN HP,    *VIA Deutsche Post*
         173213INDIA

10925    HIMBERT, GERALDINE, 1724 EDGEWOOD AVE., 315, SOUTH MILWAUKEE, WI 53172-3408

10925    HIMES, DENNIS, 1105 JACOB CIRCLE, SCOTTSDALE, PA 15683

10925    HIMES, KATHY, 2540 EASTLAND DR, OWENSBORO, KY 42303

10925    HIMES, SHIRLEY, 496 N MARKET ST, SHREVE, OH 44676

10925    HIMICH, KELLY, 9102 TIMBERGLEN DR, IMPERIAL, PA 15126-9249

10925    HIMLER MD, GEORGE, 5021 SW 77TH ST, MIAMI, FL 33143-6039

10925    HIMMEL, CLAIRE, 102 E KILLARNEY DR, THIBODAUX, LA 70301

10925    HIMMERICH, ROBERT, 9 SUNSET DR. LAY RT., CRAIG,, CO 81625

10925    HIMPLER, WILLIAM, 4631 EASTERN AVE, MT RAINIER, MD 20712

10925    HIN, MICHAEL ANG KWANG, BLK 896A 05-78, WOODLANDS DR 50, 730896SINGAPORE    *VIA Deutsche Post*

10925    HINAHON, CLARA, 9012 MILL ST, FORT WASHINGTON, MD 20744

10925    HINCHEY, CYNDI, 3092 COTTON CREEK, CASPER, WY 82601

10925    HINCKLEY & SCHMITT INC., 2545 SOUTH FERREE, KANSAS CITY, KS 66103

10925    HINCKLEY & SCHMITT INC., 4120 GLOBEVILLE ROAD, DENVER, CO 80216

10925    HINCKLEY & SIERRA SPRINGS, 315 SOUTH 57TH DRIVE, PHOENIX, AZ 85043-3637

10925    HINCKLEY & SIERRA SPRINGS, 6810 S JORDAN ROAD, ENGLEWOOD, CO 80112-4202

10925    HINCKLEY ALLEN & SNYDER, 1500 FLEET CENTER, PROVIDENCE, RI 02903

10925    HINCKLEY SILBERT, 1140 AVE OF THE AMERICAS, NEW YORK, NY 10036

10925    HINCKLEY SPRING WATER CO, PO BOX 2404, BEDFORD PARK, IL 60499-2404

10925    HINCKLEY SPRING WATER CO, POBOX 1888, BEDFORD PARK, IL 60499-1888

10925    HINCKLEY SPRINGS, 6055 S HARLEM AVE, CHICAGO, IL 60638

10925    HINCKLEY, ALFRED, 12 WESTBORN DRIVE, MERRIMACK, NH 03054-4562

10925    HINCKLEY, KEVIN, 3 VARNEY AVE., N CHELMSFORD, MA 01863

10925    HINDE, H. STEVEN, 4718 HAVENWOODS, HOUSTON, TX 77066

10925    HINDERER, LYNDON, 1561 11TH ST WEST, DICKINSON, ND 58601

10925    HINDERLITER, JEFFREY, PO BOX 215, WATSEKA, IL 60970

10925    HINDMAN JR, WILLIAM P, 4 PATRIOT ROAD, GLADSTONE, NJ 07934-2102

10925    HINDMAN, CARL, ROUTE 2, ENOREE, SC 29335

10925    HINDON CORPORATION ENGINEERED, 2055 BEES FERRY ROAD, CHARLESTON, SC 29414

10925    HINDS & COON CO, PO BOX 5, BOSTON, MA 02127-0005

10925    HINDS & COONS CO., PO BOX 5, BOSTON, MA 02127-0998

10925    HINDS COUNTY TAX COLLECTOR, P O BOX 1727, JACKSON, MS 39215-1727

10925    HINDS COUNTY TAX COLLECTOR, PO BOX 1727, JACKSON, MS 39215-1727

10925    HINDS, C, 3 GERARD AVE, EAST FREETOWN, MA 02717

10925    HINDS, HYACINTH, 454 ROSE AVE, W HEMPSTEAD, NY 11552

10925    HINDS, NORMAN, 1659 TULIP CIRCLE, AUBURN, CA 95603

10925    HINDS, SCD, CIH, WILLIAM C, 941 BIENVENEDA AVE, PACIFIC PALISADES, CA 90272

10925    HINDS, SHAWANNA, 818 S.W. 73RD AVE, N. LAUDERDALE, FL 33068

10925    HINDSLEY, BRENDA, 241 BLANCHARD # 4104, W MONROE, LA 71291

10925    HINE, GEORGE, 3127 N WOLTERS, FRESNO, CA 93703

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HINEBAUGH, LEONA, 7601 WHITTLE RD, MACON, GA 31210

10925   HINER, JAMES, 15026 ST CLOUD, HOUSTON, TX 77062

10924   HINES BUILDING, C/O THOMPSONS BUILDING MATERIALS, 1008800 WILSHIRE, LOS ANGELES, CA 90001

10924   HINES BUILDING, C/O THOMPSONS BUILDING MATERIALS, 10960 WILSHIRE, LOS ANGELES, CA 90050

10925   HINES INTEREST LTD. PARTNERSHIP, PM REALTY GROUP, 16945 NORTH CHASE DR., SUITE 2300, HOUSTON, TX 77060-2544

10925   HINES JR, JOSEPH, RD 2 BOX 469, RED HOOK, NY 12571-9546

10925   HINES PENCE DAY POWERS, 815 FIRSTAR BANK BLDG, PO BOX 2877, CEDAR RAPIDS, IA 52406

10925   HINES, BRENT, 2233 N. CIELO, HOBBS, NM 88260

10925   HINES, BRIAN, 127 PROSPECT ST, MIDLAND PARK, NJ 07432

10925   HINES, DAVID, 121 EDGEFIELD ST, INMAN, SC 29349-9758

10925   HINES, DEANNA, 14520 ST MARYS, DETROIT, MI 48227

10925   HINES, E, 2813 NEWKIRK AVE, WILMINGTON, NC 28403

10925   HINES, GERARD, 415 NEW BRIDGE ROAD, NEW MILFORD, NJ 07646

10925   HINES, GRACE, 202 EAST PRESTON, STANWOOD, IA 52337

10925   HINES, JAMES, 8402 GREENS LANE, BALTIMORE, MD 21207

10925   HINES, JEROME, 2040 ARMSTRONG DR, MARRERO, LA 70072

10925   HINES, JERRY, 1421 FOURTH ST, LAKE ARTHUR, LA 70549

10925   HINES, JESSIE, 987-# A CLUBHOUSE CI, DECATUR, GA 30058

10925   HINES, JOY L, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511

10925   HINES, JOY, 3755 NW 35TH ST, COCONUT CREEK, FL 33066

10925   HINES, JOYCE, PO BOX 129, LIBUSE, LA 71348

10925   HINES, LAUCHLIN, 4751 KITAMAT TRL, LIMA, OH 45805

10925   HINES, MARION, 120 ELIZABETH, WILMINGTON, IL 60481

10925   HINES, MARY-K, #1072, FORT WORTH, TX 76112

10925   HINES, MAURICE, 3022 CRATER RD, PETERSBURG, VA 23805

10925   HINES, MYRON, 6548 ACRE RD., MARRERO, LA 70072

10925   HINES, PATRICIA, 4310 VALLEY RD, CASPER, WY 82604

10925   HINES, PAUL, BOX 161, STANWOOD, IA 52337-0161

10925   HINES, PAULINE, 276 SAVOY AVE, EDISON, NJ 08820

10925   HINES, ROMAN, HC 69, BIG SPRING, TX 79720

10925   HINES, RONALD, 1822 E. BROWN, LUBBOCK, TX 79403

10925   HINES, TERRY, 493 KULA RD, ANAMOSA, IA 52205

10925   HINES, VIRGINIA, PO BOX 151, WINTERVILLE, NC 28590

10925   HINES, WACSEL, PO BOX 893, BAXLEY, GA 31513-0893

10925   HIN-FAB, INC, 6191 KILBY RD., HARRISON, OH 45030

10925   HING, CHEAH LEE, NO 307 BLOCK C14 SECTION 2, WANGSA MAJU SETAPAK, KUALA LUMPUR, 53300MALAYSIA       **\*VIA Deutsche Post\***

10925   HINGHAM EDUCATION FOUNDTN, 63 SOUTH ST, HINGHAM, MA 02043

10925   HINGISS, SUSAN, 846 N. 14TH ST, H, MILWAUKEE, WI 53233

10925   HINKEL III, CHARLES, PO BOX 443 902 W. LUCILE, HEBBRONVILLE, TX 78361

10925   HINKEL, LEO, 2328 CASCADE DRIVE, GILLETTE, WY 82716

10925   HINKEMEYER, STEPHEN, 1272 BARCLAY ST, CRAIG, CO 81625

10924   HINKLE BLOCK, 39 GARNER SCHOOL RD., SOMERSET, KY 42502

10924   HINKLE CONTRACTING CORPORATION, PO BOX200, PARIS, KY 40362

10925   HINKLE JR, CHARLES W, 1115 SHEPPARD LANE, WYLIE, TX 75098-5232

10925   HINKLE ROOFING PRODUCTS, INC, 639 FIRST COURT, NORTH, BIRMINGHAM, AL 35211

10925   HINKLE, CATHERINE, 11309 RILEY, OVERLAND PARK, KS 66210

10925   HINKLE, COREY, 4005 8TH ST, BALTIMORE, MD 21225

10925   HINKLE, HENSLEY, SHANOR & MARTIN, 218 MONTEZUMA AVE, SANTA FE, NM 87504-2068

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HINKLE, JEFFREY, PO BOX 62, PLUCKEMIN, NJ 07978

10925   HINKLE, JOHN, 5733 S MOBILE, CHICAGO, IL 60638

10925   HINKLE, JR, JOHN, 5733 SO MOBILE ST, CHICAGO, IL 60638

10925   HINKLE, SCOTT, 6037 S. ARCHER, CHICAGO, IL 60638

10925   HINKLEY, LANCE, 2134 VIEW CREST GLEN, ESCONDIDO, CA 92026

10925   HINKLY SPRINGS, PO BOX 1888, BEDFORD PARK, IL 60499

10924   HINMAN POOL CO, 636 FUSSELL ROAD, LEESBURG, GA 31763

10925   HINMAN, DAVID, 1079 MULBURY MANSION, YUKON, OK 73099

10925   HINMAN, FRANCES DELL, PO BOX 353, URBANNA, VA 23175

10924   HINMAN, INC., 636 FUSSELL ROAD, LEESBURG, GA 31763

10925   HINMAN, KIMBERLY, 16532 COAL KILN RD, PAINTER, VA 23420

10925   HINMAN, VINCENT, 9124 ORLANDO PL NE, ALBUQUERQUE, NM 87111

10925   HINMAN-PYLE, LISA, 324 LAKEBROOK COURT, MARTINEZ, CA 94553

10925   HINN, JAN, 1850 GAMMON COURT, THOUSAND OAKS, CA 91362

10925   HINNANT, JAMES, 715 DANA DRIVE, BURKBURNETT, TX 76354

10924   HINNEPIN COUNTY PUBLIC SAFETY BLDG., 401 S. 4TH AVENUE, MINNEAPOLIS, MN 55415

10925   HINOJOSA JR, ARNOLDO, PO BOX 3021, ALICE, TX 78333

10925   HINOJOSA, ALONSO, 1200 JONES, MISSION, TX 78572

10925   HINOJOSA, DAVID, 2510 LOCUST, LAREDO, TX 78043

10925   HINOJOSA, ESTER, 394 FERN DR, BROWNSVILLE, TX 78520

10925   HINOJOSA, GUADALUPE, 2909 GARAPAN DR, DALLAS, TX 75224

10925   HINOJOSA, JORGE, 1924 SOUTH 36TH, MCALLEN, TX 78501

10925   HINOJOSA, JOSE, PO BOX 501, ORANGE GROVE, TX 78372

10925   HINOJOSA, LUIS, 64 DEWITT PLACE, HACKENSACK, NJ 07601

10925   HINOJOSA, MARTA E, 6620 S 33RD ST, MCALLEN, TX 78510

10925   HINOJOSA, NOE, RT 1 BOX 100 DH, MISSION, TX 78572

10925   HINOJOSA, REYNALDO, 6108 N. CYNTHIA, MCALLEN, TX 78504

10925   HINOTE, BILLY, 3610 VICKI DR, MULBERRY, FL 33860

10925   HINOTE, JR, BILLY, 1828 JOSEPHINE ST, LAKELAND, FL 33801

10925   HINRICHS, MARJORIE, 44 WINNOCKS NECK RD, SCARBOROUGH, ME 04074

10924   HINRICHSEN S & G CONCRETE, RT 1 BOX 51, EWING, NE 68735

10924   HINRICHSEN S&G CONCRETE, RT1 BOX 51, EWING, NE 68735

10925   HINSHAW & CULBERTSON, TOM SCHRIMPF,

10925   HINSHAW CULBERTSON MOELMANN HOBAN, 1010 MARKET ST, SUITE 350, ST. LOUIS, MO 63101

10925   HINSHAW, CAROL G, 3772 DUNBARTON DR, BIRMINGHAM, AL 35223-2706

10925   HINSHAW, JOYCE, 2469 CO RD #9, ESTILL FORK, AL 35745

10925   HINSHAW, LUKE, 5720 66TH ST., LUBBOCK, TX 79424

10925   HINSHAW, WILLIAM L, 1810 TAMARIN ST, VENTURA, CA 93003

10925   HINSON, CATHERINE, 1925 CHESTNUT DRIVE, HIGH POINT, NC 27262

10925   HINSON, HERBERT, 406 VINECREST DR, MATTHEWS, NC 28105

10925   HINSON, THOMAS, 3812 N BRYAN AVE, BETHANY, OK 73008

10925   HINSON, VERNON, 1206 WEST DRIVE, WESTWEGO, LA 70094

10925   HINSON, WILARD, 1700 BRANHAM AVE., CAMDEN, SC 29020

10925   HINTON, CHARLES, 3501 DAYTON BLVD, E 10, CHATTANOOGA, TN 37415

10925   HINTON, CLYDE, PO BOX 5288, ODESSA, TX 79764

10925   HINTON, GARY, 217 RIDDLETOWN RD, GRAY COURT, SC 29645

10925   HINTON, HERBERT, 1707 CALIFORNIA AVE, CHICKASHA, OK 73018

10925   HINTON, MARVIN, 217 HAZELWOOD PLACE, PISCATAWAY, NJ 08854

10925   HINTON, PHILLIP, 199 HICKORY DOWNS, GRAY COURT, SC 29645

10925   HINTON, SANDRA, 4412 JUNCTION, PLANO, TX 75093

10925   HINTZ, C, 915 N APPLETON ST, APPLETON, WI 54911

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HINTZ, ELLEN, W311 S8949 CHEROKEE PASS, MUKWONAGO, WI 53149

10925    HINTZ, ROBERT, 2935 VINCE LN, GREEN BAY, WI 54313

10925    HINTZ, RUDOLPH, 906 W 36 TH, ODESSA, TX 79763

10925    HINZ, JAMES D, 440 WASHINGTON ST, GLENVIEW, IL 60025

10925    HINZ, JAMES, 440 WASHINGTON ST, GLENVIEW, IL 60025

10925    HINZ, R, 350 24TH ST NW 101D, WINTER HAVEN, FL 33880

10925    HINZE, CARY, 527 DUNWOODY DRIVE, SIMPSONVILLE, SC 29681

10925    HINZE, MARK, 530 BEACON ST, BOSTON, MA 02215

10925    HINZEL, LORI, 1942 NE 4TH ST, DEERFIELD BEACH, FL 33441

10925    HINZMAN, KELLY, 8804 KNIGHT ST, FT BELVOIR, VA 22060

10925    HIOS II, MICHAEL, 6 HERSEY AVE, BEVERKY, NH 01915

10925    HIOTT, TERRI, 362 GOLDSMITH RD, SIMPSONVILLE, SC 29681

10925    HIP INSURANCE PLAN OF GREATER NY, BOX 5036 GPO, NEW YORK, NY 10087

10925    HIPAGE CO INC, THE, PO BOX 751409, CHARLOTTE, NC 28275

10925    HIPP, JOHN, 2031 HWY 11, LANDRUM, SC 29356-9204

10925    HIPP, PAUL, PO BOX 1453, SIMPSONVILLE, SC 29681

10925    HIPPEN, CHESTER, 938 235TH AVE, MONMOUTH, IL 61462

10925    HIPPLE, ANGELA, 513 PINE VALLEY ROAD, JACKSONVILLE, NC 28546

10925    HIPPO & THE WILD BUNCH, 4503 PARADISE ROAD, LAS VEGAS, NV 89109

10925    HIPPS, BOBBY, 336 BRYSON FORD RD, GRAY COURT, SC 29645

10925    HIPPS, ELENA, 808 JONESVILLE ROAD, SIMPSONVILLE, SC 29681

10925    HIPPS, SARAH, 108 BURDETTE ROAD, SIMPSONVILLE, SC 29681

10925    HIPPS, THOMAS P, 618 JONESVILLE ROAD, SIMPSONVILLE, SC 29681

10925    HIPSKY JT TEN, EMIL & ROSEMARY, 1103 AUGUSTA, TROY, MI 48098-6127

10925    HIPWELL, JEAN, PO BOX 51, BRADFORDWOODS, PA 15015

10925    HI-Q ENVIRONMENTAL PROD.CO., 7386 TRADE ST., SAN DIEGO, CA 92121

10925    HIRAKI & ASSOCIATES, TORANOMON NO 5 MORI BLDG, NO 17-1 TORANOMON 1-CHOME, MINATO-    **\*VIA Deutsche Post\***
KU, TOKYO, 105-0001JAPAN

10925    HIRAM ASH, 9 WILLOW ST, WINSTED, CT 06098

10925    HIRATA, RUSSELL, 98-1671 HAPAKI ST, AIEA, HI 96701

10925    HIRE, JEANETTE, 1891-122 ACCESS RD, COVINGTON, GA 30209

10925    HIRE, JR, 205 AMHERST WAY, CONYERS, GA 30208

10925    HIREKNOWLEDGE, 1700 SANSON ST SUITE 203, PHILADELPHIA, PA 19103

10925    HIRSCH, BRADLEY, 600 FULTON ST. APT V2, FARMINGDALE, NY 11735

10925    HIRSCH, CORINNE, 3881 N 49TH AVE, HOLLYWOOD, FL 33021

10925    HIRSCH, DAVID L, 1212 CEDAR AVE, PO BOX 5265, COLUMBUS, OH 31906

10925    HIRSCH, JOHN, CRESTMONT #5, PO BX 157, EAGLES MERE, PA 17731

10925    HIRSCH, JOHN, POBOX 157, EAGLES MERE, PA 17731

10925    HIRSCH, JOYCE, 29 CAMPBELL AVE, SUFFERN, NY 10901

10925    HIRSCH, THOMAS, 1570 EASTSWAN CIRCLE, ST LOUIS, MO 63144

10925    HIRSCHFELDER, BARBARA, 2975 LAKE ST, SAN FRANCISCO, CA 94121-1021

10925    HIRSCHHORN, ADELE, 501 BRITTANY K, DELRAY BEACH, FL 33446

10925    HIRSCHLER FLEISCHER WEINBERG COX &, PO BOX 500, RICHMOND, VA 23218-0500

10925    HIRSCHMAN, MARY, 7838 67TH ST CT, COTTAGE GROVE, MN 55016

10925    HIRSCHMANN, ELSIE, 423 VALLEY MEADOW CIRCLE, REISTERSTOWN, MD 21136

10925    HIRSCHY, BARBARA, 434 CHEROKEE FORD RD, BLACKSBURG, SC 29702

10925    HIRTER, RICK, 5505 CANDLEBERRY, ST JOSEPH, MO 64503

10925    HIRTLER, GEORGE, 10 PARKSIDE AVE, MADISON, NJ 07940

10925    HIRZEL BROTHERS FLOWERS, 427 EAST BROADWAY, TOLEDO, OH 43605

10925    HIS EQUIPMENT GROUP LLC, POST OFFICE BOX 417, LYNBROOK, NY 11563

10925    HIS EQUIPMENT GROUP, LLC, PO BOX 417, LYNBROOK, NY 11563

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HISATOMI, TED, 1206 W 155TH ST, GARDENA, CA 90247-4003

10924    HISCO, 10863 ROCKWALL ROAD, DALLAS, TX 75238-1213

10924    HISCO, 1150 WEST GENEVA, TEMPE, AZ 85282

10924    HISCO, 1601 WILKENING COURT, SCHAUMBURG, IL 60173

10925    HISCOE, GEORGE, BOX 562 COLBY RD, TILTON, NH 03276

10925    HISE COMPANY, THE, PO BOX 64806, BATON ROUGE, LA 70896

10925    HISER, J, 1428 COUNTY ROAD, 2500E, OGDEN, IL 61859-9747

10925    HISER, VICKI, 13026 CORPUS CHRISTI, HOUSTON, TX 77015

10925    HISEROTE, KELLY, 800 EAST 100, KANSAS CITY, MO 64131

10925    HISEY, SANDRA, RT 2 BOX 144 B4, MONTICELLO, KY 42633

10924    HI-SHEAR CORPORATION, 2600 SKYPARK DRIVE, TORRANCE, CA 90509

10925    HISHMEH, CAROL, 112 MOUNTAIN AVE, MIDDLESEX, NJ 08846

10925    HISHMEH, JOHN, 5005 EDGEMOOR LANE, BETHESDA, MD 20814

10925    HISHMEH, RIMA, 5005 EDGEMOOR LANE, BETHESDA, MD 20814

10925    HISLEY JR, JEROME, 604 WOODSIDE RD, BALTIMORE, MD 21208

10925    HISPANIC AMERICAN CAREER JOURNAL, 7272 E BROADWAY STE 307, TUCSON, AZ 85710

10925    HISPANIC EMPLOYMENT QUARTERLY, POST OFFICE BOX 1197, BRIDGEVIEW, IL 60455-0197

10925    HISPANIC JOURNAL, 22344 CANYON CLUB DR, CANYON LAKE, CA 92587

10925    HISPANIC REGISTER, THE, 12188 CENTRAL AVE DEPT 325, CHINO, CA 91710

10925    HISPANIC WORLD NEWS, 7616 LINDLEY AVE, RESEDA, CA 91335

10925    HISPANOS UNIDOS DEL SUR, 3852 W 71ST ST, CHICAGO, IL 60629

10925    HISSEY KIENTZ HERRON, 16800 IMPERIAL VALLEY DR, SUITE 130, HOUSTON, TX 77060

10925    HI-STAT MANUFACTURING CO INCORPORAT, 345 SOUTH MILL ST, LEXINGTON, OH 44904

10924    HISTORIC CONSTRUCTION, 400 LA FAYETTE ST, NEW ORLEANS, LA 70130

10925    HISTORIC GREEN SPRINGS INC, PO BOX 1685, LOUISA, VA 23093-1685

10925    HISTORIC REALTY LLP, 101 EAST MAIN ST, WEST PATTERSON, NJ 07424

10924    HISTORICAL ATLANTIC CITY CONVENTION, C/O EASTERN MATERIALS, BROADWALK, ATLANTIC CITY, NJ 08401

10924    HISTORICAL ATLANTIC CITY CONVENTION, PACIFIC AVE AND GEORGIA AVE, ATLANTIC CITY, NJ 08401

10924    HISTORICAL EXPANSION, THE, 130 WEST PACES FERRY ROAD, ATLANTA, GA 30305

10925    HITACHI INSTRUMENTS INC., DRAWER CS 198205, ATLANTA, GA 30384-8205

10925    HITACHI INSTRUMENTS, 3100 NORTH FIRST ST., SAN JOSE, CA 95134

10924    HITACHI METALS AMERICA LTD., 2400 WESTCHESTER AVENUE, PURCHASE, NY 10577

10925    HITCH, MELVIN, 225 BUTEO WOODS LANE, LAS VEGAS, NV 89144

10925    HITCHCOCK REHAB. CNTR., 690 MEDICAL PK. DR., AIKEN, SC 29801

10925    HITCHCOCK REHABILITATION CENTER, 690 MEDICAL PARK DR, AIKEN, SC 29801

10925    HITCHCOCK, B, 605 BELMONT, DUMAS, TX 79029

10925    HITCHCOCK, BARBARA, 101 BEECHWOOD RD., FLORHAM PARK, NJ 07932

10925    HITCHCOCK, CAROL, 2479 JEFFERSON AVE, WASHINGTON, PA 15301

10925    HITCHCOCK, DENNIS, 1285 CORONADA DR., LAWRENCEVILLE, GA 30243

10925    HITCHCOCK, DIANE, 330 WATER ST, SHREVE, OH 44676

10925    HITCHCOCK, JENNIFER, 302 NEWMANTOWN RD, GROVETOWN, GA 30813

10925    HITCHCOCK, TAMMY, 109 MLJ SUMMIT, EASLEY, SC 29640

10925    HITCHCOCK, TIM, 330 WATER ST BOX 385 LOT #39, SHREVE, OH 44676

10925    HITCHCOX, JEFFREY, 376 E WILBUR RD, THOUSAND OAKS, CA 91360

10925    HITCHCOX, ROBERT, 376 E. WILBUR RD, THOUSAND OAKS, CA 91360

10925    HITCHENS, JORICIA, 4050 MORGAN RD # 180, UNION CITY, GA 30291

10924    HITCHINGER SA SE CX, 9120 SAN MATEO TEXAS III IND PK, LAREDO, TX 78041

10925    HITCHINGS, ELIZABETH, 2698 N. STATE ROUTE 1, MARTINTON, IL 60951

10924    HITE COMANY, THE, BEALE AVENUE & 31ST, ALTOONA, PA 16603-1754

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  HITE COMANY, THE, PO BOX 1754, ALTOONA, PA 16603-1754

10925  HITE, ALICE, 18999 N MILLER LAKE LN, MT. VERNON, IL 62864

10925  HITE, JAMES, 302 APOLLO COURT, ROUND LAKE, IL 60073

10925  HITE, SUSAN, 801 MACE ST, GREENSBURG, PA 15601

10925  HITE, WILLIAM, 400 BRACEY LANE, BRACEY, VA 23919

10925  HITEC CORP., 65 POWER ROAD, WESTFORD, MA 01886

10925  HI-TECH BUSINESS SYSTEMS, 9008 YELLOW BRICK RD SUITE E, BALTIMORE, MD 21237-5313

10924  HI-TECH COLOR, INC., 1721 MIDWAY ROAD, ODENTON, MD 21113

10924  HI-TECH CONCRETE, 3535 SOUTH CR 500 EAST, LAFAYETTE, IN 47905

10925  HITECH CONTROL SYSTEMS, INC, 497 CIRCLE FREEWAY DR., CINCINNATI, OH 45246

10925  HI-TECH CONTROLS & AUTOMATION, 1700A SOUTH HWY 41, DALTON, GA 30720

10925  HI-TECH CONTROLS & AUTOMATION, 3470 S. DIXIE HWY, DALTON, GA 30720

10925  HI-TECH DATA PRODUCTS INC, PO BOX 66960, LOS ANGELES, CA 90066-0960

10925  HI-TECH FIBERS, A DIV. OF MARTIN COLOR-FI,INC., DEPT. 3257 PO BOX 2153, BIRMINGHAM, AL 35287

10925  HI-TECH FIBERS, PO BOX 469, EDGEFIELD, SC 29824

10925  HI-TECH FUSES INC, 415 19TH ST DRIVE SE, HICKORY, NC 28602

10924  HI-TECH METALS, INC., 1500 INTERSTATE 35 W., DENTON, TX 76207

10925  HI-TECH TRUCK RIGGING, 610 MARTIN, HOUSTON, TX 77018

10925  HI-TECK COLLISION & FRAME SPECIALIS, 5360 N. STATE RD.7, FORT LAUDERDALE, FL 33319

10925  HITS TRANSPORTATION, 9001 WEST 79TH PLACE, JUSTICE, IL 60458

10925  HITSHEW JR., DWANE, PO BOX 643, LYMAN, WY 82917

10925  HITSHEW, DWANE, BOX 1896, GRANBURY, TX 76048

10925  HITT & HILLER, 510 SW THIRD AVE SUITE 309, PORTLAND, OR 97204

10925  HITT EQUIP, INC, 6060 INTERSTATE CIR., CINCINNATI, OH 45242

10925  HITT EQUIP. CO., 6060 INTERSTATE CIR., CINCINNATI, OH 45242

10925  HITT, LUKE, 116 SHAGBARK COURT, SIMPSONVILLE, SC 29680

10925  HITT, MARY, PO BOX 1846, SIMPSONVILLE, SC 29681

10925  HITZLER, JEFFREY, 1066 ST PAUL, GREEN BAY, WI 54304

10925  HIVAC CORP, PO BOX 75332, CLEVELAND, OH 44101-2199

10925  HI-VAC SALES & SERVICES CORP., 117 INDUSTRY ROAD, MARIETTA, OH 45750

10925  HIVOLT PRODUCTIONS ENTERTAINMENT, 49, JALAN SS2/72 PETALING JAYA, SELANGOR, 47300MALAYSIA          *VIA Deutsche Post*

10924  HIWASSEE BUILDERS SUPPLY, 100 DECATUR PIKE, ATHENS, TN 37303

10924  HIWAY CONCRETE PRODUCTS, 147 FIFTH STREET, SADDLE BROOK, NJ 07662

10924  HI-WAY CONCRETE PRODUCTS, 147 FIFTH STREET, SADDLE BROOK, NJ 07663

10924  HI-WAY CONCRETE PRODUCTS, 2746 CRANBERRY HIGHWAY, WAREHAM, MA 02571

10924  HI-WAY CONCRETE PRODUCTS, 2746 CRANBERRY HWY, WAREHAM, MA 02571

10924  HIWAY CONCRETE PRODUCTS, P.O. BOX 525, SADDLE BROOK, NJ 07662

10924  HI-WAY PAVING (TERRITORY 328), VARIOUS LOCATIONS, HILLIARD, OH 43026

10924  HI-WAY PAVING (TERRITORY 330), INDIANA LOCATIONS, WEST LAFAYETTE, IN 47906

10924  HI-WAY PAVING (TERRITORY 343), VARIOUS LOCATIONS OHIO, SWANTON, OH 43558

10924  HI-WAY PAVING (TERRITORY 348), MCCLAVEN ROAD, CORAOPOLIS, PA 15108

10924  HI-WAY PAVING (TERRITORY 348), VARIOUS LOCATIONS - PA, PITTSBURGH, PA 15200

10924  HI-WAY PAVING CO - DO NOT USE, RT. 119, WILLIAMSON, WV 25661

10924  HI-WAY PAVING CO., INTERSTATE 90, ERIE, PA 16506

10924  HI-WAY PAVING INC, 4343 WEAVER CT., NORTH, HILLIARD, OH 43026

10924  HI-WAY PAVING, INC., 4343 WEAVER CT. NORTH, HILLIARD, OH 43026

10924  HI-WAY PAVING, INC., DAYTON AIRPORT, VANDALIA, OH 45377

10924  HI-WAY PAVING, US RTE 22, HOPEWELL, OH 43592

10925  HIWILLER, KRISTINE, PO BOX 71, BOYENS, PA 16020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HIX, KIM, 11115 BRIANWOOD, MOMENCE, IL 60954 | |
| 10925 | HIX, LAURIE, 450 OLD RIVER ROAD, BIRDSBORO, PA 19508 | |
| 10925 | HIX, SCOTT, 1324 DOVE COURT, BRADLEY, IL 60915 | |
| 10925 | HIXSON UTILITY DISTRICT, POBOX 98, HIXSON, TN 37343-0098 | |
| 10925 | HIXSON, BURL, 2508 HICKORY VALLEY RD, CHATTANOOGA, TN 37421 | |
| 10925 | HIZON, SALOME, 2845 ALLEW WAY, SAN DIEGO, CA 92139 | |
| 10925 | HJ SERVICE CO., 1245 HALSTED ST., CHICAGO HEIGHTS, IL 60411 | |
| 10925 | HJB ENTERPRISES, 1697 MARY DR, PLEASANT HILL, CA 94523 | |
| 10925 | HJORT JR, CARL, 4943 WILDFLOWER DR, LAKELAND, FL 33811 | |
| 10924 | H-K READY MIX COMPANY INC, 3002 FM 2977, RICHMOND, TX 77469 | |
| 10924 | H-K READY MIX COMPANY INC., 3002 FM 2977, RICHMOND, TX 77469 | |
| 10925 | HK SYSTEMS, 3101 HAYNEVILLE RD, MONTGOMERY, AL 36108 | |
| 10925 | HK SYSTEMS, PO BOX 95032, CHICAGO, IL 60694-5032 | |
| 10924 | HKO ISOLIER'UND, GERMANY, TEXTILTECHNIK GMBH, GERMANY, 99999DEU | *VIA Deutsche Post* |
| 10925 | HL BLAIR & ASSOCIATES, INC, PO BOX 625, FOUNTAIN INN, SC 29644 | |
| 10925 | HL ELECTRONICS, 5144 PEACHTREE ROAD, ATLANTA, GA 30341 | |
| 10925 | HLATKY, HOPE, 6 LIBERTY CIRCLE, FAIRCHANCE, PA 15436 | |
| 10925 | HLAVAC, KATHY, 701 SAVANNAH LANE, CRYSTAL LAKE, IL 60014 | |
| 10925 | HLAVACEK, SUSAN, 5153 ROLLING ACRES RD, WALKER, IA 52352 | |
| 10925 | HLEBECHUK, LARRY, BOX 302, SOUTH HEART, ND 58655 | |
| 10925 | HLEBICHUK, JOHN, 402 1/2 RANA CT., GRAND JUNCTION, CO 81503 | |
| 10925 | HM INSPECTOR OF TAXES, UNITED KINGDOM INLAND REVENUE, HARROW 2 DISTRICT, HARROW, MIDDLESEX, HA1 2DGENGLAND | *VIA Deutsche Post* |
| 10924 | HM MILLER CONSTRUCTION CO., P.O. BOX 131, MOGADORE, OH 44260 | |
| 10924 | HM MILLER CONSTRUCTION, 1225 WATERLOO ROAD, SUFFIELD, OH 44260 | |
| 10925 | HMO ILLINOIS INC, PO BOX 1186, CHICAGO, IL 60690 | |
| 10925 | HMO ILLINOIS INC., POBOX 1186, CHICAGO, IL 60690-1186 | |
| 10925 | HMO ILLINOIS, PO BOX 1186, CHICAGO, IL 60690-1186 | |
| 10924 | HMR MECHANICAL BLDG., 10236 MARION PARK DRIVE, KANSAS CITY, MO 64137 | |
| 10925 | HMR, 59 TEMPLE PL SUITE 704, BOSTON, MA 02111-1346 | |
| 10925 | HNU SYSTEMS INC, POBOX 2080 DEPT 141, HARTFORD, CT 06145-2080 | |
| 10925 | HO JT TEN, DANIEL Y & SHEE YOUNG, 675-29TH AVE, SAN FRANCISCO, CA 94121-2820 | |
| 10925 | HO, AIMING, 2900 OLIVEWOOD TER #102, BOCA RATON, FL 33431 | |
| 10925 | HO, AIMING, 3300 JAYWOOD TERRACE, APT. J120, BOCA RATON, FL 33431 | |
| 10925 | HO, CHANH, 1382 N PLEASANTBRG DR, GREENVILLE, SC 29607 | |
| 10925 | HO, CHI, 215 BENT OAK WAY, SPARTANBURG, SC 29301 | |
| 10925 | HO, JUDY T, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | HO, JUDY, 1613 RISING WAY, WESTFIELD, NJ 07090 | |
| 10925 | HO, WAYGEE, 130 THIRD AVE, 7F, BROOKLYN, NY 11217 | |
| 10925 | HOADLEY, DENNIS, 4080 CEDAR RIDGE RD, POWDER SPRINGS, GA 30073 | |
| 10924 | HOAG HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, 301 NEWPORT BLVD., NEWPORT BEACH, CA 92663 | |
| 10925 | HOAG, DANA, PO BOX 831, HUDSON, NH 03051 | |
| 10925 | HOAG, EMMA M, 64 DUMBARTON DR, HUNTINGTON, NY 11743-2409 | |
| 10925 | HOAG, LARY, 1213 SYCAMORE ST, LIBERAL, KS 67901 | |
| 10925 | HOAGLAND, DEBORAH, 2445 RIVERSIDE PLACE, LOS ANGELES, CA 90039 | |
| 10925 | HOAGLAND, FRED, 1531 BEAUMONT AVE, TEMPLE, PA 19560 | |
| 10925 | HOAGLAND, LEROY, 207 MELBOURN LANE, GREENVILLE, SC 29615-2034 | |
| 10925 | HOAK, PENNY, 9600 CASTLETON DR, ALLISON PARK, PA 15101 | |
| 10925 | HOANG, LUONG, 929 PEAR ST, READING, PA 19601 | |
| 10925 | HOANG, MINH, 8819 E. PARK ST., BELLFOWER, CA 90706 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 HOANG, QUANG, 201 W WINDSOR ST, READING, PA 19601

10924 HOAR CONSTRUCTION, P.O. BOX 660400, BIRMINGHAM, AL 35266-0400

10925 HOARD, WILMA, 1416 E IDLEWILD ST, TAMPA, FL 33604

10925 HOBART BROTHERS CO, 600 WEST MAIN ST, TROY, OH 45373

10925 HOBART BROTHERS COMPANY, 101 TRADE SQUARE EAST, TROY, OH 45373

10925 HOBART CORP., 8869 KELSO DR, BALTIMORE, MD 21221

10925 HOBART CORP., PO BOX 93852, CHICAGO, IL 60673

10925 HOBART CORPORATION, 3810 CONSUMER ST, RIVIERA BEACH, FL 33404-1710

10925 HOBART CORPORATION, 75 STERGIS WAY, DEDHAM, MA 02026-6865

10925 HOBART CORPORATION, PO BOX 905047, CHARLOTTE, NC 28290-5047

10924 HOBART READY MIX INC, 2711 WEST RIDGE RD, HOBART, IN 46342

10925 HOBART READY MIX, 2711 OLD W RIDGE ROAD, KINGSFORD HEIGHTS, IN 46346

10924 HOBART READY MIX, 2711 W OLD RIDGE RD, HOBART, IN 46342

10924 HOBART WILLIAM SMITH COLLEGES, PULTENEY STREET, GENEVA, NY 14456

10924 HOBBS & ASSOCIATES, 2696 RELIANCE DR. SUITE 303, VIRGINIA BEACH, VA 23452

10924 HOBBS & ASSOCIATES, PO BOX 10250, VIRGINIA BEACH, VA 23450

10925 HOBBS, CHARLES, 2727 LARCHMONT, MESQUITE, TX 75150-5149

10925 HOBBS, EDWIN, PO BOX 25, WARREN, NH 03279

10925 HOBBS, FLORA, 6633 GEORGE, JACKSON, MS 39206

10925 HOBBS, GERALD, PO BOX 293, DUNLAP, TN 37327

10925 HOBBS, JEFF, 14426 S KOLIN, MIDLOTHIAN, IL 60445

10925 HOBBS, JEFF, 6050 W.51ST ST., CHICAGO, IL 60638

10925 HOBBS, KIMBERLY, 3008 CLAUDIA DR., AUGUSTA, GA 30906

10925 HOBBS, LARRY, 954 LIVE OAK CIRCLE APT # B, HARLINGEN, TX 78550

10925 HOBBS, MARIA, PO BOX 253, 105 N. ADAM ST., MARTINTON, IL 60950

10925 HOBBS, MARLIN, 1301 EDITH DRIVE #34, ALICE, TX 78332

10925 HOBBS, P GAIL, 158 W. SUMMIT ST, SOMERVILLE, NJ 08876

10925 HOBBS, ROY, 661 BARBEY ST, BROOKLYN, NY 11207

10925 HOBBS, STELLA, ROUTE 1 BOX 1425, JEFFERSONVILLE, GA 31044

10925 HOBBS, THOMAS, 134 MILITIA PLACE, ODENTON, MD 21113

10925 HOBBS, THOMAS, 809 CHANDLER, ALICE, TX 78332

10925 HOBBS, WILLIAM B, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925 HOBBS, WILLIAM, 7205 WILLOWDALE AVE, BALTIMORE, MD 21206

10924 HOBBY CENTER, THE, 800 BAGBY, HOUSTON, TX 77002

10925 HOBBY, KINGSLEY, 2073 SW AMERICANA ST, PORT ST LUCIE, FL 34953

10925 HOBDY, LISA, 13150 BISSONNET, HOUSTON, TX 77099

10925 HOBEL, DENNIS, 2765 16TH AVE, MARION, IA 52302

10925 HOBEL, J, C/O BEEBE WILSON CRYOVAC, INTERSTATE 85 DUNCAN, SC 29334

10925 HOBGOOD ELECT & MACHINERY CO, INC, PO BOX 3073, COLUMBIA, SC 29230

10925 HOBGOOD, SHERLYN, 1037 LIDO COURT, FT LAUDERDALE, FL 33326

10925 HOBIN SHINGLER, 1101 A ST, ANTIOCH, CA 94509

10925 HOBLIN, BARBARA, 515 BLAUVELT RD, PEARL RIVER, NY 10965

10924 HOBOKEN COVE, 1500 HUDSON STREET, HOBOKEN, NJ 07030

10925 HOBSON AND FERGUSON, 2190 HARRISON, BEAUMONT, TX 77701

10925 HOBSON, THERESA, 100 28TH AVE., SYLVAN BEACH, NY 13157

10924 HOCH BROS INC, HODGE RD, LOWVILLE, NY 13367

10924 HOCH BROS INC., HODGE RD., LOWVILLE, NY 13367

10924 HOCH BROS, DO NOT USE, HODGE RD, LOWVILLE, NY 13367

10924 HOCH BROS, DO NOT USE, UTICA BLVD., BOONVILLE, NY 13309

10925 HOCH, CRAIG, BOX 8635 HAAF RD, FOGELSVILLE, PA 18051

10925 HOCH, PATRICIA, 144 RUTH ST, HAMBURG, PA 19526

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOCH, RICHARD, 2325 BRICK TAVERN RD, QUAKERTOWN, PA 18951 | |
| 10925 | HOCHGESANG, CONNIE, PO BOX 48, WHITMER, WV 26296 | |
| 10925 | HOCHLEUTNER, DEBORAH, 11508 BRENDONRIDGE, RICHMOND, VA 23233 | |
| 10925 | HOCHMANN, JAROSLAVA, 3335 HYMAN PLACE, NEW ORLEANS, LA 70131 | |
| 10925 | HOCK BAMBERGER, EDIE, 820 HUDSON ST APT 2-5, HOBOKEN, NJ 07030 | |
| 10925 | HOCK, DENNIS, 1827 E N WOODSIDE DR, SALT LAKE CIT, UT 84124 | |
| 10925 | HOCK, JENNIFER, 3600 W. SPENCER ST., APPLETON, WI 54914 | |
| 10925 | HOCK, KEITH, 107 AVE D # 206, MARATHON, FL 33050 | |
| 10925 | HOCKADAY, ALLEN, 802 N BROADWAY, 6, RIVERTON, WY 82501 | |
| 10925 | HOCKADAY, JEFFREY, PO BOX 1554, ROANOKE RAPIDS, NC 27870 | |
| 10925 | HOCKENBERRY, GRANT, 4569 BELLVILLE N RD, BELLVILLE, OH 44813 | |
| 10925 | HOCKENBERRY, JAMES L, CHEMIN DE CURTINAUX 5, LUTRY VAUD, 1095SWITZERLAND | *VIA Deutsche Post* |
| 10925 | HOCKENBERRY, JAMES, 23 RANDALL ROAD, PRINCETON, NJ 08540 | |
| 10925 | HOCKER, WILLIAM, 5716 N. HERMITAGE, CHICAGO, IL 60660 | |
| 10925 | HOCKERS, CHARLES, 965 LAWTON PL, DE PERE, WI 54115-2624 | |
| 10925 | HOCKERS, NORBERT, 2673 RAVINE WAY, GREEN BAY, WI 54301 | |
| 10925 | HOCKERSMITH, RICK, 4233 N. 49TH AVE, PHOENIX, AZ 85031 | |
| 10925 | HOCKETT, ROY, 514 N MAIN ST, NATOMA, KS 67651 | |
| 10925 | HOCKING, EILLEEN, 618 LINCOLN ST, ROCKVILLE, MD 20850 | |
| 10925 | HOCKMEYER EQUIPMENT CORP, 6 KITTY HAWK LANE, ELIZABETH CITY, NC 27909 | |
| 10925 | HOCKMEYER EQUIPMENT CORP., PO BOX 754, UNION CITY, NJ 07087 | |
| 10925 | HODA, REGINA, 26174 WOLF CREEK RD, PASS CHRISTIAN, MS 39571 | |
| 10925 | HODDE, MICHAEL, 470 NW 20TH ST #307, BOCA RATON, FL 33431 | |
| 10925 | HODDER, CHRISTINE, 5904 CONNECTICUT AVE, CHEVY CHASE, MD 20815 | |
| 10925 | HODEK, MICHAEL, 1638 BERKSHIRE, GREEN BAY, WI 54313 | |
| 10925 | HODES, BESSIE, 21 OXFORD ST, WINCHESTER, MA 01890-0940 | |
| 10925 | HODGDEN, CHARLES, 215 HWY 30 WEST, 12, MT VERNON, IA 52314 | |
| 10925 | HODGDON, SCOTT, 6 SUNSET DRIVE, PEABODY, MA 01960 | |
| 10925 | HODGE & DWYER, 808 SOUTH SECOND ST, SPRINGFIELD, IL 62704 | |
| 10925 | HODGE & DWYER, PO BOX 5776, SPRINGFIELD, IL 62705-5776 | |
| 10925 | HODGE & DWYER, POST OFFICE BOX 5776, SPRINGFIELD, IL 62705-5776 | |
| 10925 | HODGE & DWYER, POST OFFICE BOX 5778, SPRINGFIELD, IL 62705-5776 | |
| 10925 | HODGE, C, 4205 OLD HWY 37, UNIT #6, LAKELAND, FL 33813 | |
| 10925 | HODGE, DAVID, 1008 LISA CT, GARNER, NC 27529 | |
| 10925 | HODGE, FORREST, 501 CAMELOT DRIVE, 56, SPARTANBURG, SC 29301 | |
| 10925 | HODGE, JAMES, 8606 JULIAN RD, DUNN, NC 28334-5313 | |
| 10925 | HODGE, JOSEPH, PO BOX 460, GOLDEN MEADOW, LA 70357 | |
| 10925 | HODGE, JOYCE, 180 BALBOA AVE, SAN JOSE, CA 95116 | |
| 10925 | HODGE, LAURA, 18665 MIDWAY, 611, DALLAS, TX 75252 | |
| 10925 | HODGE, LAURA, 2197 BALEY RD, PEEBLES, OH 45660 | |
| 10925 | HODGE, MICHAEL, 1609 WOODLAND DRIVE, WENATCHEE, WA 98801 | |
| 10925 | HODGE, PAULINE, C/O LARRY A. HODGE SR. 6133 MORNINGDALE AVE, LAKELAND, FL 33813 | |
| 10925 | HODGE, REBECCA, 13355 CO ROAD #7, MOULTON, AL 35650 | |
| 10925 | HODGES COMPANIES, PO BOX 470028, TULSA, OK 74147-0028 | |
| 10924 | HODGES CONCRETE PROD, HWY 178, HODGES, SC 29653 | |
| 10924 | HODGES CONCRETE PROD, P O BOX 60, HODGES, SC 29653 | |
| 10924 | HODGES CONCRETE PROD, PO BOX 60, HODGES, SC 29653 | |
| 10924 | HODGES READY MIX COMPANY, 3002 FM 2977, RICHMOND, TX 77469 | |
| 10924 | HODGES READY MIX COMPANY, INC., PO BOX1625, RICHMOND, TX 77406 | |
| 10924 | HODGES READY MIX, 5305 LA DONNA, ARCOLA, TX 77583 | |
| 10925 | HODGES, ANDRE, 315 71ST AVE, SEAT PLEASANT, MD 20743 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HODGES, CUSTER, PO BOX 158, DEQUINCY, LA 70633

10925   HODGES, FAYE, 2909 BELGIAN AVE, FAYETTVILLE, NC 28306

10925   HODGES, FREDDIE, PO BOX 514, GOLDEN MEADOW, LA 70357

10925   HODGES, IRENE, 1082 BRIDGTON ROAD, WESTBROOK, ME 04092

10925   HODGES, JACK, 409 TIDAL, BURKBURNETT, TX 76354

10925   HODGES, LANCE, 37521 SEVEN OAKS AVE, PRAIRIVILLE, LA 70769

10925   HODGES, LOUISE, 324 E GREENWAY N, GREENSBORO, NC 27403-1560

10925   HODGES, MARK, 2411 21ST ST, WEST, JASPER, AL 35501

10925   HODGES, MARY, 440 TRINITY, CHOWCHILLA, CA 93610

10925   HODGES, MICHAEL, 1037 DEPAUL DRIVE EAST, JACKSONVILLE, FL 32218

10925   HODGES, MITCHELL, 976 OAKLEIGH MANOR CT., POWDER SPRINGS, GA 30073

10925   HODGES, RANDALL, 6252 SW CARMAN DRIVE, LAKE OSWEGO, OR 97035

10925   HODGES, RAYMOND, 1235 CIRCLE DRIVE, BALTIMORE, MD 21227-2318

10925   HODGES, RONALD, 440 TRINTY AVE., CHOWCHILLA, CA 93610

10925   HODGES, RYAN, 16400 S. PEEBLY RD., NEWALLA, OK 74857

10925   HODGES, WILLIAM, 403 SW 10TH ST, ALEDO, IL 61231

10925   HODGES, WILLIAM, 903 S ALLEGHENY, TULSA, OK 74112-4328

10925   HODGKINS, DAVID, 745 LAWRENCE AVE, LAWRENCE, KS 66044-5139

10925   HODGKINS, SCOTT, 78 WASHINGTON ST, GARDNER, MA 01440-2732

10925   HODGKISS JR, WARREN C, 1925 WHITEHALL ST, HARRISBURG, PA 17103-2558

10924   HODGSON PROCESS CHEMICALS INC., 7760 SOUTH SIXTH STREET, OAK CREEK, WI 53154

10925   HODGSON, CHARLES, 705 MALIBU DR, SILVER SPRING, MD 20901

10925   HODGSON, DORIS, 510 RONALD LEE CIRCLE, RIO, WI 53960

10925   HODGSON, GEORGE, 40 AARON ST, MELROSE, MA 02176-4316

10925   HODGSON, IMOGENE, 8319 14TH AVE#201, HYATTSVILLE, MD 20783

10925   HODGSON, RODNEY, 217 RISON ROAD, GREENVILLE, SC 29611

10925   HODLE, BERTHA, 1096 MURRAY ST, FORTY FORT, PA 18704

10925   HODNETT, JACK, 5517 HOLLY, HOUSTON, TX 77081

10925   HODNETT, JEFFREY, 62 HIGHLAND AVE #2, SALEM, MA 01970

10925   HODNETT, ROBIN, 123 EAST GIBSON ST, CEDARTOWN, GA 30125

10925   HODSKINS, PATRICK, 418 W CASTLE HARBOR, FRIENDSWOOD, TX 77546

10925   HOECHST CELANESE CHEMICAL GP., PO BOX 819005, DALLAS, TX 75381-9005

10925   HOECHST CELANESE CORP, THOMAS N GRIFFIN III PARKER POE ADA, 2500 CHARLOTTE PLAZA, CHARLOTTE, NC 28244

10924   HOECHST CELANESE CORP., HIGHWAY 70 WEST, SALISBURY, NC 28144

10925   HOECHST CELANESE CORPORATION, POBOX 60675, CHARLOTTE, NC 28260

10924   HOECHST CELANESE, 1901 CLARKWOOD ROAD, CORPUS CHRISTI, TX 78469

10924   HOECHST CELANESE, 86 MORRIS AVE., SUMMIT, NJ 07901

10924   HOECHST CELANESE, 86 NORRIS AVE, SUMMIT, NJ 07901

10925   HOECHST CELANESE, PO BOX 8500 S-6430, PHILADELPHIA, PA 19178

10924   HOECHST CELANESE, PO BOX 9077, CORPUS CHRISTI, TX 78649

10925   HOECHST CELANESE, POBOX 60675, CHARLOTTE, NC 28260

10924   HOECHST MARION ROUSSEL, INC, DOCK 2 10236 MARION PARK DRIVE, KANSAS CITY, MO 64137-1405

10924   HOECHST MARION ROUSSEL, INC., PO BOX 9627, KANSAS CITY, MO 64134-0627

10924   HOECHST MARION ROUSSEL, INC., PO BOX 9790, KANSAS CITY, MO 64134-0790

10924   HOECHST-CELANESE CHEMICAL GROUP, 3057 FARMER ROAD, BAY CITY, TX 77414

10924   HOECHST-MARION ROUSSEL, 10236 MARION PARK DR., KANSAS CITY, MO 64137

10924   HOECHST-MARION ROUSSEL, 10236 MARION PARK DRIVE, KANSAS CITY, MO 64137

10925   HOEFERT, DIANNE, PO BOX 601, KEWASKUM, WI 53040

10925   HOEG, SANDY, 2007 BONITA VISTA, SPARKS, NV 89434

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HOEGH, CALVIN, BOX 69, ELKHORN, IA 51531

10925   HOEGH, MARK, ROUTE 2, ATLANTIC, IA 50022

10925   HOEHN, JR, FREDERICK, 4310 BRITTANY DRIVE, ELLICOTT CITY, MD 21043

10925   HOEISCHER, D, RT 2 BOX 174C, ELGIN, TX 78621

10925   HOEK, CHARLES, 185 RIVERBEND DR, COVINGTON, GA 30014

10925   HOEL, MARK, 610 WOODSWAY DRIVE, LOVELAND, OH 45140-9150

10925   HOELSCHER, DAVID, 4105 MC GEE, KANSAS CITY, MO 64111

10925   HOELSCHER, JENNIFER, RT. 1, BOX 212C, SAN ANTONIO, TX 78223

10925   HOELTKE, LAURA, 1918 E. CALUMET ST., APPLETON, WI 54915

10925   HOEM, NICOLE, 4533 SEAWAY CIRCLE, FT COLLINS, CO 80525

10925   HOENIE, JAMES, 10032 EVERGREEN ST., COLUMBIA, MD 21046

10925   HOENIG, ELMER, 227 DOUGLAS PARK AVE, DAVENPORT, FL 33837

10925   HOENLE, WILLIAM, 30 EAST MIDLOTHIAN COURT, AIKEN, SC 29801

10924   HOEOCHST CELANESE, U.S. HYW #43, BUCKS, AL 36512

10925   HOER, CHRIS, BOX 54, DUNCAN, NE 68634-0054

10925   HOERNER, DENNIS, 12800 WOODFOREST APT 2509, HOUSTON, TX 77015

10925   HOERR, JOHN, 584 IVY LANE, N. MANKATO, MN 56003

10925   HOERTZ, FREDERICK, 80 INTERVALE, ROCKVILLE CENTER, NY 11570

10925   HOESCH CELANESE, PHILLIP L CONNER, 300 NORTH MAIN ST, PO BOX 2757, GREENVILLE, SC 29062

10925   HOESCHST, MARION, ROUSELL, 32 PLUM STREET, TRENTON, NJ 08638

10924   HOESCHT CELENESE, HWY 70 W., SALISBURY, NC 28144

10925   HOESING, LAWRENCE, 416 WOOLWORTH AVE., OMAHA, NE 68108

10925   HOEY, DELORIS, 2500 EASTWAX DR. APT. 28A, CHARLOTTE, NC 28205

10925   HOFELDT, ROBERT H, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   HOFELDT, ROBERT, 1 ORCHID DRIVE, LITTLETON, MA 01460

10925   HOFER, BERNARD, 8306 WINDEMERE DRIVE, PASADENA, MD 21122

10925   HOFER, FREDERICK, 11640 ISLAND LAKES LA, BOCA RATON, FL 33498

10925   HOFER, JOCELYN, 3152 WOOSTER RD, MANSFIELD, OH 44903

10925   HOFF, CECELIA, 28932 LOIRE VALLEY LN, MENIFEE, CA 92584

10925   HOFFA JT TEN, LINDA & FRANK, 2360 BIG PINE ROAD, ESCONDIDO, CA 92027-4954

10925   HOFFERT, FRANCES, 11 ALAN LANE APT A-7, QUAKERTOWN, PA 18951-1105

10925   HOFFERTH, RICHARD, 6722 ILLINOIS ST, HAMMOND, IN 46323

10925   HOFFKE, VERNUCE, 1407 WEST UNIVERSITY AVE, LAFAYETTE, LA 70506

10925   HOFFLER, M, 7600 THOURON AVE, PHILADELPHIA, PA 19150

10925   HOFFMAN AIR & FILTRATION SYSTEMS, PO BOX 10846, KNOXVILLE, TN 37939-0846

10925   HOFFMAN AIR & FILTRATION SYSTEMS, PO BOX 1359, BUFFALO, NY 14240-1359

10925   HOFFMAN CANVAS PRODUCTS, 627 GUTMAN AVE., BALTIMORE, MD 21218

10924   HOFFMAN CONSTRUCTION, 318 5TH AVE N, SEATTLE, WA 98109-4602

10925   HOFFMAN CUSTOM SIEVES, INC, R.D.#1 BOX 45, TURBOTVILLE, PA 17772

10925   HOFFMAN CUSTOM SIEVES, INC, RD #1 BOX 45, TURBOTVILLE, PA 17772

10925   HOFFMAN JT TEN, CLIFFORD W & JANE S, 27 MEAKIN DR, WINDSOR, CT 06095-1216

10925   HOFFMAN LA ROCHE INC, PO BOX 360354, PITTSBURGH, PA 15251-6354

10924   HOFFMAN LA ROCHE, 206 ROCHE DRIVE, VITAMIN C EXPANSION, BELVIDERE, NJ 07823

10924   HOFFMAN LA ROCHE, 340 KINGSLAND, CLIFTON, NJ 07015

10924   HOFFMAN LA ROCHE, NUTLEY, NJ 07110

10924   HOFFMAN LA ROCHE, ROCHE DRIVE, BELVIDERE, NJ 07823

10924   HOFFMAN LAROCHE NEW PHARM, ROUTE 3 EAST, LOT902T-123C, CLIFTON, NJ 07015

10924   HOFFMAN LAROCHE, 701 UNION BLVD., TOTOWA, NJ 07512

10924   HOFFMAN LEROCHE, ENTRANCE KINGSLAND STREET BUILDING, #76, ROUTE 3 & CLIFTON, CLIFTON, NJ 07013

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOFFMAN PRODUCTS CO INC, LATHAM & WATKINS CARY R PERLMAN, 5800 SEARS TOWER, CHICAGO, IL 60606 | |
| 10925 | HOFFMAN PRODUCTS CO INC, RICHARD C ROWE, PO BOX 27183, MEMPHIS, TN 38126 | |
| 10925 | HOFFMAN PRODUCTS CO INC, THE BOGATIN LAW FIRM G PATRICK ARN, 860 RIDGE LAKE BLVD SUITE 360, MEMPHIS, TN 38120 | |
| 10924 | HOFFMAN READY MIX, EAST HWY 34, HOWARD, SD 99999 | |
| 10925 | HOFFMAN, ANNA, 4715 GLENWOOD CIRCLE, WACO, TX 76708 | |
| 10925 | HOFFMAN, ANTOINETTE, 203 SOUTH 5TH AVE, MANVILLE, NJ 08835 | |
| 10925 | HOFFMAN, BARBARA, 858 REED POND RD, DALTON, GA 30720 | |
| 10925 | HOFFMAN, BRIAN, 204 HUNTERS WOODS DRIVE, SIMPSONVILLE, SC 29680 | |
| 10925 | HOFFMAN, CHRISTOPHER, 816 DREXEL ST, DELRAN, NJ 08075 | |
| 10925 | HOFFMAN, DANIEL W, 635 SADDLEVIEW WAY, PARK CITY, UT 84060-7332 | |
| 10925 | HOFFMAN, DAVID, 238 MC DONALD ST, OCONTO, WI 54153 | |
| 10925 | HOFFMAN, DAVID, 7900 SW 57TH AVE, SOUTH MIAMI, FL 33143 | |
| 10925 | HOFFMAN, DIANA, 2112 ROOSEVELT, KENNER, LA 70062 | |
| 10925 | HOFFMAN, DIANE, 221 EAST MARKET ST, ORWIGSBURG, PA 17961 | |
| 10925 | HOFFMAN, DIONISIA, 4544 SEFRANKA ROAD, TEMPLE, PA 19560 | |
| 10925 | HOFFMAN, EARL, 5334 CLYMER ROAD, QUAKERTOWN, PA 18951 | |
| 10925 | HOFFMAN, EDDIE, 1993 VISTA ROAD EXT, FT. MILL, SC 29715 | |
| 10925 | HOFFMAN, ERIC, 2431 FOX RUN, WYOMING, MI 49509 | |
| 10925 | HOFFMAN, EVERETT, 7608 FOREST LANE, OKLAHOMA CITY, OK 73150 | |
| 10925 | HOFFMAN, FRED, 1339 CARMEN LANE, GASTONIA, NC 28054 | |
| 10925 | HOFFMAN, GORDON H, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | HOFFMAN, GORDON, 1019 JAMIESON ROAD, LUTHERVILLE, MD 21093 | |
| 10925 | HOFFMAN, HERBERT, 336 SOUTH MAIN, HENDERSON, KY 42420 | |
| 10925 | HOFFMAN, JACQUELINE, BOX 777, STANTON, TX 79782 | |
| 10925 | HOFFMAN, JERRY, 1607 CONCORD DRIVE, CARROLLTON, TX 75007-1651 | |
| 10925 | HOFFMAN, JOSEPH, 5 SHADOW LANE, EAST WILLISTON, NY 11596-9998 | |
| 10925 | HOFFMAN, JULIE, 2 MARSHALL AV, ADAMS, MA 01220 | |
| 10925 | HOFFMAN, KATHY, 108 CROSS CREEK COURT, F, CENTRAL, SC 29630 | |
| 10925 | HOFFMAN, KEITH, 3123 NORTH CHRISTIANA, CHICAGO, IL 60618 | |
| 10925 | HOFFMAN, KELLY, 4544 SEFRANKA ROAD, TEMPLE, PA 19560 | |
| 10925 | HOFFMAN, KIMBERLY, 40 CLIFTON ST #11, CAMBRIDGE, MA 02140 | |
| 10925 | HOFFMAN, MARGO, 3433 MARLBROOK DR., FALLS CHURCH, VA 22044 | |
| 10925 | HOFFMAN, MARK, 209 HAYDEN AVE., EVANSTON, WY 82930 | |
| 10925 | HOFFMAN, MARTIN, 217 29TN AVE. NORTH, N. MYRTLE BEACH, SC 29582 | |
| 10925 | HOFFMAN, PAUL, 1604 B AVE NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HOFFMAN, PAUL, 1618 RUSTIC OAK LANE, SEABROOK, TX 77596 | |
| 10925 | HOFFMAN, RONALD, 8574 TWILIGHT, CINCINNATI, OH 45249 | |
| 10925 | HOFFMAN, ROY, PO BOX 614, CUT OFF, LA 70345 | |
| 10925 | HOFFMAN, SHIRLEY, 16651 W HEATHERLY DR, NEW BERLIN, WI 53151 | |
| 10925 | HOFFMAN, STEPHANIE, 121 MORRIS ST., PHILADELPHIA, PA 19148 | |
| 10925 | HOFFMAN, SUSAN, 16418 STRONG BOY, SAN ANTONIO, TX 78247 | |
| 10925 | HOFFMAN, TERESA, RT #2 BOX 10-A, LAUREL, DE 19956 | |
| 10925 | HOFFMAN, W, BOX 689, LAKIN, KS 67860 | |
| 10925 | HOFFMAN, WAYNE, 24 ACE ST, GREENVILLE, SC 29605 | |
| 10925 | HOFFMAN, WILLIAM, 695 HILLTOP RD, BALTIMORE, MD 21226-1965 | |
| 10924 | HOFFMAN-LA ROCHE INC, VENDOR # 501225-05, NUTLEY, NJ 07110 | |
| 10924 | HOFFMANN YACHT SALES, INC., 232 BASIN DRIVE, FORT LAUDERDALE, FL 33308 | |
| 10925 | HOFFMANN, CHARLES, 226 BROAD ST, CLIFTON, NJ 07013 | |
| 10925 | HOFFMANN, EILEEN, 5581 PACIFIC BLVD #3710, BOCA RATON, FL 33433 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOFFMANN, JOHN, 15822 WANDERING TRL, FRIENDSWOOD, TX 77546 | |
| 10925 | HOFFMANN, MARGARET, 4305 HAWK TRAIL, DE FOREST, WI 53532 | |
| 10925 | HOFFMANN, VAN, 304 OAK TREE RD, BELLE CHASSE, LA 70037 | |
| 10924 | HOFFMANN-LA ROCHE INC., 5101 RONDO DRIVE, FORT WORTH, TX 76106 | |
| 10924 | HOFFMANN-LA ROCHE INC., AGRICULTURAL DIV., SANTA ANA, CA 92725 | |
| 10924 | HOFFMANN-LA ROCHE, INC., 5101 RONDO DRIVE, FORT WORTH, TX 76106 | |
| 10924 | HOFFMANN-LA ROCHE, INC., 601 BEAM ST., SALISBURY, MD 21801 | |
| 10924 | HOFFMANTOWN BAPTIST CHURCH, 8888 HARPER NE, ALBUQUERQUE, NM 87111 | |
| 10925 | HOFFMASTER, FORREST, 509 FOREST VIEW ROAD, LINTHICUM HGHTS, MD 21090 | |
| 10925 | HOFFMEYER COMPANY, INC, 1600 FACTOR AVE, SAN LEANDRO, CA 94577 | |
| 10925 | HOFFMEYER, KATHLEEN, 744 PRIGGEE, ST. LOUIS, MO 63138 | |
| 10925 | HOFFNAGLE, JOHN, 130 CARVEL BEACH RD, BALTIMORE, MD 21226 | |
| 10925 | HOFFPAUIR, ALBERT, BOX 395, HAYES, LA 70646 | |
| 10925 | HOFFPAUIR, DWIGHT, ROUTE 1 BOX 97A, KAPLAN, LA 70548 | |
| 10925 | HOFHEINZ LONDON FANT, 3118 RICHMOND, SUITE 200, HOUSTON, TX 77098 | |
| 10925 | HOFILENA, ANTONIO, 1926 VILLAGE PARK DRIVE, MISSOURI CITY, TX 77489 | |
| 10925 | HOFMANN, FRED, 1128 DORTHY LANE, BILLINGS, MT 59105 | |
| 10925 | HOFMANN, JAMES, 1300 NORTH 10TH ST APT 2R, READING, PA 19604 | |
| 10925 | HOFMANN, JOSEPH, 846 SWAN POINT ROAD, WASHINGTON, NC 27889 | |
| 10925 | HOFMANN, JUDITH, 6280 DUNAWAY CT, MCLEAN, VA 22101 | |
| 10925 | HOFMEISTER, FRANK, 288 OLD MILL RD #88, MAULDIN, SC 29662 | |
| 10925 | HOFSTETTER, CLARENCE, 3725 SWINDEL RD, LAKELAND, FL 33803 | |
| 10924 | HOFSTRA ARENA, EARL OVINGTON BLVD., UNIONDALE, NY 11553 | |
| 10924 | HOG SLAT INC, 1451 TURKEY HIGHWAY, CLINTON, NC 28328 | |
| 10924 | HOG SLAT INC., ATTN: ACCOUNTS PAYABLE, NEWTON GROVE, NC 28366 | |
| 10925 | HOGAN, ALAN, 2600 SANTA CRUZ, ODESSA, TX 79762 | |
| 10925 | HOGAN, ALOHA, 2103 GREENWOOD AVE, LOUISVILLE, KY 40210 | |
| 10925 | HOGAN, ANDERSON, 630 WEST MAGNOLIA, LAKELAND, FL 33801 | |
| 10925 | HOGAN, BARBARA, RT 4 BOX 1087, LAURENS, SC 29360 | |
| 10925 | HOGAN, BETTY, 713 W. WEBSTER DR, JEFFERSONVILLE, IN 47130 | |
| 10925 | HOGAN, CAROL, 63 CLIFTON ST, CAMBRIDGE, MA 02140 | |
| 10925 | HOGAN, CHARLENE, 3410 SAYERS, HOUSTON, TX 77026 | |
| 10925 | HOGAN, CHERYL, 11221 NEW LOTHROP RD, DURAND, MI 48429 | |
| 10925 | HOGAN, DELORIS, 304 RIVERCREEK DR, WASHINGTON, NC 27889 | |
| 10925 | HOGAN, DONNA, 15 NELSON ST, LYNN, MA 01905 | |
| 10925 | HOGAN, EILEEN, 1510 N ROLTE ST APT 4, ARLINGTON, VA 22209 | |
| 10925 | HOGAN, FRANK, 51 BENDER LANE, DELMAR, NY 12054 | |
| 10925 | HOGAN, GEORGANN, 809 CHESTNUT ST, ROCHESTER, PA 15074 | |
| 10925 | HOGAN, JACK, RT 3 BOX 52, OLNEY, TX 76374 | |
| 10925 | HOGAN, JAMES, 103 MURDOCK CREEK CT, APEX, NC 27502 | |
| 10925 | HOGAN, JOHN, 1614 SALTWORKS, PALESTINE, TX 75801 | |
| 10925 | HOGAN, KAREN M, 56 LANCASTER RD, ARLINGTON MA, MA 02174 | |
| 10925 | HOGAN, KEVIN, 809 CHESTNUT ST, ROCHESTER, PA 15074 | |
| 10925 | HOGAN, MARTIN, 2104 N BRANDYMINE ST, ARLINGTON, VA 22207 | |
| 10925 | HOGAN, MARY, 9 CRESCENT RD, LEXINGTON, MA 02173 | |
| 10925 | HOGAN, NANCY M, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | HOGAN, NANCY, 117 FRONT ST, ADAMSVILLE, AL 35005 | |
| 10925 | HOGAN, NANCY, 410 FELLSVIEW TERR #413B, STONEHAM, MA 02180 | |
| 10925 | HOGAN, STEVEN, 412 TRAIL 8, BURLINGTON, NC 27215 | |
| 10925 | HOGAN, TIM, 6957 LAKE DRIVE, E, DUBLIN, CA 94568 | |
| 10925 | HOGANCAMP, ROBERT, 1158 MYRA CT, UPLAND, CA 91786-2669 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HOGARTY, ANNE MARIE, 95 CHRISTOPHER ST, NEW YORK, NY 10014-6605

10925   HOGARTY, ANNE, 2975 INDEPENDENCE AVE, BRONX, NY 10463-4699

10924   HOGE WARREN ZIMMERMAN CO., 40 WEST CRESCENTVILLE, CINCINNATI, OH 45246

10925   HOGE, EUGENE, 1692 LEMAR DR, WOOSTER, OH 44691

10925   HOGENDORP, FRANCES, 724 HOLLEN ROAD, BALTIMORE, MD 21212

10925   HOGENTOGLER & CO, INC, PO BOX 2219, COLUMBIA, MD 21045

10925   HOGG, DALE, 1656 WILD PINE WAY, RESTON, VA 20194

10925   HOGG, DALE, 4777 CHARDONNAY DR, CORAL SPRINGS, FL 33067-4124

10925   HOGG, HYCINTH, 3057 CORNELL DR, MARRERO, LA 70072

10925   HOGG, P, 130 COTTON DR, LELAND, MS 38756

10925   HOGGARD, DELORIS, 12907 OLD CHAPEL PL, BOWIE, MD 20720

10925   HOGGARD, ELLEN, 8718 PEACH GROVE ROAD, RICHMOND, VA 23237

10925   HOGGARD, J, 4602 17TH ST, LUBBOCK, TX 79416

10925   HOGLE, WILLIAM, 1310 UNION ST, MARSIELLER, IL 61341

10924   HOGSLAT INC, HWY 701 SOUTH, NEWTON GROVE, NC 28366

10924   HOGSLAT INC, P O BOX 300, NEWTON GROVE, NC 28366

10925   HOGUE, DONALD, 4302 MCCUTCHEN, WICHITA FALLS, TX 76308

10925   HOGUE, H, 10623 3RD. ST., APT.C, ST. PETERSBURG, FL 33716

10925   HOGUE, H, 31 DANIEL DRIVE, FRANKLING PARK, NJ 08823

10925   HOGUE, JOHN, 700 VERHALEN, 64, ALVIN, TX 77511

10925   HOGUE, JUDITH, 207 CANDICE ST, KERRVILLE, TX 78028

10925   HOGUE, MARSHALL, 201 W. 5TH ST, DEER PARK, TX 77536

10925   HOGUE, RICHARD C., 1418 FOUNTAIN GLEN DRIVE, BEL AIR, MD 21015

10925   HOGUE, TERRY, 58 OAK LANDING WAY, DOUGLASVILLE, GA 30134

10924   HOHAM SMITH & CO., INC., 104 WALNUT ST., AUBURN, IN 46706

10925   HOHL, BETH, 2110 JOCKEY HOLLOW, KENNESAW, GA 30144

10925   HOHMAN, TIMOTHY, 1049 LOCUST ST, N. BRADDOCK, PA 15104

10925   HOHMANN, LARRY, 1368 21ST AVE SW, CEDAR RAPIDS, IA 52404

10925   HOHWEILER, DWIGHT, 4814 CEDARDALE, WOODWARD, OK 73801

10925   HOHWEILER, DWIGHT, 4814 CEDERDALE, WOODWARD, OK 73801

10925   HOILETT, ENA, 6055 SOUTH VERDE TRAIL, BOCA RATON, FL 33433

10925   HOILMAN, EMMA, RT 5 BOX 286, JOHNSON CITY, TN 37601

10925   HOJNOWSKI, RICHARD, 9 N ATLANTIC AVE, STRATFORD, NJ 08084

10925   HOJSACK, MARK, 92 N. CLARK AVE., SOMERVILLE, NJ 08876

10925   HOKANSON, CHARLES PETER, CUST FOR PETER BENGT HOKANSON, UNIF GIFT MIN ACT RI, 14 HIGHLAND AVE, BARRINGTON, RI 02806-4714

10925   HOKE, BETTY, RT 2 EBY ROAD, SHILOH, OH 44878

10925   HOKE, CATHERINE, 3821 UPTON ST NW, WASHINGTON, DC 20016

10925   HOKE, JOY, 2101 24TH AVE N, TEXAS CITY, TX 77590

10925   HOKE, LEVERNE, 1311 SUSAN ST, CHARLOTTE, NC 28208

10925   HOKE, MICHAEL, PO BOX 1341, MEEKER, CO 81641

10925   HOLACHEK, JOSEPH, 700 BRICK MILL RUN, WESTLAKE, OH 44145

10924   HOLADAY CIRCUITS INC, 11126 BREN ROAD, MINNETONKA, MN 55343

10924   HOLADAY CIRCUITS, 11126 BREN ROAD WEST, MINNETONKA, MN 55343

10925   HOLBERT TRAILER SALES AND SERVICE, PO BOX 669261, CHARLOTTE, NC 28266

10925   HOLBERT, JUNE, 1900 S. KANNER HWY BLDG 5, 103, STUART, FL 33497

10925   HOLBERT, MICHELLE, 333 TRANTHAM CT, INMAN, SC 29349

10925   HOLBROOK III, MORTON J, US EMBASSY MANILA, PSC 500 BOX 15, FPO, AP 96515-1000

10925   HOLBROOK, MICHAEL JAMES, 24 BOSWELL CT, BUCKINGHAM, MR18 1UU UNITED KINGDOM     *VIA Deutsche Post*

10925   HOLBROOK, STANLEY, 16 STONO DRIVE, GREENVILLE, SC 29609-3933

10925   HOLBROOKS, ANGELA, 12116 FRIENDSHIP LOOP DRIVE, SENECA, SC 29678

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOLCOMB JR, W, 2444 DWIGHT, MEMPHIS, TN 38114 | |
| 10925 | HOLCOMB, ERIC, 206 S 1ST ST, SAVANNAH, MO 64485 | |
| 10925 | HOLCOMB, GEORGE, 199 AVALON DRIVE, ATHENS, GA 30606 | |
| 10925 | HOLCOMB, MICHELLE, 14247 CO RD 100, LAKEVILLE, OH 44638 | |
| 10925 | HOLCOMB, RAYMOND, 206 CATALPA ST., PALESTINE, TX 75801 | |
| 10925 | HOLCOMB, RICHARD, 1953 CONGRESS ROAD, WOOSTER, OH 44691 | |
| 10925 | HOLCOMB, RUBY, 2444 DWIGHT, MEMPHIS, TN 38114-5341 | |
| 10925 | HOLCOMBE ARMATURE CO INC, 1055 ARDEN AVE S W, ATLANTA, GA 30310 | |
| 10925 | HOLCOMBE, ALAN, 201 HAVENDALE DR, FOUNTAIN INN, SC 29644-1639 | |
| 10925 | HOLCOMBE, BOBBY, 707 GULLIVER ST, FOUNTAIN INN, SC 29644 | |
| 10925 | HOLCOMBE, BRIAN, 28 ALMOND ROAD, FRANKLIN, GA 30127 | |
| 10925 | HOLCOMBE, DAVID, 2 JENKINS VIEW CT, FOUNTAIN INN, SC 29644 | |
| 10925 | HOLCOMBE, EARL, 101 MAPLE DR, FOUNTAIN INN, SC 29644-1613 | |
| 10925 | HOLCOMBE, EDWARD, 2131 HWY 11, LANDRUM, SC 29356 | |
| 10925 | HOLCOMBE, GLENN, 7907 STONEHAVEN, SPRING, TX 77389 | |
| 10925 | HOLCOMBE, JAMES, 205 HOLCOMBE ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | HOLCOMBE, JOSHUA, 301 BLUE RIDGE AVE, BELTON, SC 29627 | |
| 10925 | HOLCOMBE, MILDRED, PO BOX 607, WILLIAMSTON, SC 29697-0607 | |
| 10925 | HOLCOMBE, T, 4713 GREAT OAKS DRIVE, ANDERSON, SC 29625 | |
| 10925 | HOLCOMBE, THOMAS, 1230 LAKE CUNINHAM RD, GREER, SC 29651 | |
| 10925 | HOLDAWAY, PHILLIP, 924 JUNIPER ST, SUN PRAIRIE, WI 53590 | |
| 10925 | HOLDCRAFT, CHARLIE, 4411 YVONNE RD, LITTLE ROCK, AR 72210 | |
| 10925 | HOLDCRAFT, KIRK, CUST FOR LARRY HOLDCRAFT, UNDER THE MO UNIF GIFT MIN ACT, 999 CHERRY LANE, THORNTON, IL 60476-1305 | |
| 10925 | HOLDEMAN, EMILE, 9131 ROSEDOWN DR, DENHAM SPRINGS, LA 70726 | |
| 10925 | HOLDEN DOUGLAS, JOYCE, 409 N. MERIDIAN, LEBANON, IN 46052 | |
| 10925 | HOLDEN, DEBRA, 1726 MAPLE ST, SHREVEPORT, LA 71103 | |
| 10925 | HOLDEN, EDWARD STUART, 15 SHEENA ST, WELLINGTON POINT, BRISBANE QLD, 04160AUSTRALIA | *VIA Deutsche Post* |
| 10925 | HOLDEN, LAURA, RT 3, JEFFERSON, GA 30549 | |
| 10925 | HOLDEN, MICHAEL, 4610 ELAM ROAD, FOREST PARK, GA 30050 | |
| 10925 | HOLDEN, MIRIAM, 101 PROSPECT AVE SW, WINTER HAVEN, FL 33880 | |
| 10925 | HOLDEN, RONNIE, PO BOX 3282, ABILENE, TX 79604 | |
| 10925 | HOLDEN, S, 101 PROSPECT AVE S.W., WINTER HAVEN, FL 33880 | |
| 10925 | HOLDEN, WILLIAM, PO BOX 653, SIMPSONVILLE, SC 29681 | |
| 10925 | HOLDEN-MCLEAN, BERNICE, 63 CHESTER AVE, IRVINGTON, NJ 07111 | |
| 10924 | HOLDER CONSTRUCTION CO., 1998 BRIER FIELD DRIVE EXTENSION, MONROE, LA 71201 | |
| 10924 | HOLDER CONSTRUCTION, 1998 BRIAR FIELD DR. EXTENSION, MONROE, LA 71201 | |
| 10924 | HOLDER CONSTRUCTION, ATTN:  TOMMY BURDA, 1998 BRIAR FIELD DR. EXTENSION, MONROE, LA 71201 | |
| 10924 | HOLDER ELECTRIC SUPPLY, 431 N. PLEASANTBURG DR., GREENVILLE, SC 29607 | |
| 10924 | HOLDER ELECTRIC SUPPLY, P.O. BOX 2368, GREENVILLE, SC 29602 | |
| 10925 | HOLDER, ALWYNE, 6720 W. 2ND COURT, 304D, HIALEAH, FL 33012 | |
| 10925 | HOLDER, BRAD, 3818 BOULDER LANE, OWENSBORO, KY 42303 | |
| 10925 | HOLDER, BRUCE, COVINGTON COUNTY BANK, COLLINS, MS 39428 | |
| 10925 | HOLDER, CAM, 808 RANCH OAK, YUKON, OK 73099 | |
| 10925 | HOLDER, ELOIS, ROUTE 6, BOX 36A, FUQUAY-VARINA, NC 27526 | |
| 10925 | HOLDER, GEORGE R, HWY 221, ENOREE, SC 29335 | |
| 10925 | HOLDER, GEORGE, PO BOX 1402, CLINTON, SC 29325 | |
| 10925 | HOLDER, KESHIA, 1628 REAVES ST, DYERSBURG, TN 38024 | |
| 10925 | HOLDER, KYLE, 502 N PROSPECT, LIBERAL, KS 67901 | |
| 10925 | HOLDER, LAVERNE, PO BOX 125, HOMELAND, FL 33847-0125 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HOLDER, LYMAN, 74 BADGER FARM ROAD, WILTON, NH 03086 | |
| 10925 | HOLDER, PATRICIA, RT.2 BOX 1592-G, MCALLEN, TX 78504 | |
| 10925 | HOLDER, ROY, 4635 SPOTTED PONY WAY, ACWORTH, GA 30101 | |
| 10925 | HOLDER, THEODORE, 27 WYNRIDGE ROAD, WINDHAM, NH 03087 | |
| 10925 | HOLDER, WILLIAM, 1308 FRENCH AVE, ODESSA, TX 79761 | |
| 10925 | HOLDERBAUM, DWAIN, 1634 OLD 122, LEBANON, OH 45036 | |
| 10925 | HOLDERMAN PRINTING SERVICE, PO BOX 191, GARNETT, KS 66032 | |
| 10925 | HOLDERMAN, RHONDA, 2013 D HUDSON BLVD, GASTONIA, NC 28054 | |
| 10924 | HOLDERNESS SPLY CO, PO BOX 11460, TUCSON, AZ 85714 | |
| 10924 | HOLDGATE & COLLETTI CONST., INC., P.O. BOX 331, NANTUCKET, MA 02554 | |
| 10924 | HOLDGATE & COLLETTI CONST., INCL, BARNARD'S VALLEY ROAD, NANTUCKET, MA 02554 | |
| 10925 | HOLDING, JANEEN, 686 GREARS CORNER ROAD, TOWNSEND, DE 19734 | |
| 10925 | HOLDSWORTH, BARBARA, 1251 CAMELLIA ST, OXNARD, CA 93030 | |
| 10925 | HOLDSWORTH, ROBERT, 69 FALMOUTH ROAD, ARLINGTON, MA 02174-2206 | |
| 10925 | HOLE, MARISA, 265 W TUJUNGA AVE, BURBANK, CA 91502 | |
| 10925 | HOLEJKO, LONGIN, 64 LANSDOWNE ST, ARLINGTON, MA 02174 | |
| 10925 | HOLEMAN, DEBRA, 28 LOUISE AVE, MIDDLESEX, NJ 08846 | |
| 10925 | HOLES INC, 9911 FRANKLIN, HOUSTON, TX 77070-4199 | |
| 10925 | HOLEVOET, PAUL, ROUTE 1, BOX 138A, ATKINSON, IL 61235 | |
| 10925 | HOLFORD, PEGGY JO, 10003 N. CTY RD 7, WELLINGTON, CO 80549 | |
| 10925 | HOLGATE, ANGIE, 38 DECATHLON CIRCLE, SACRAMENTO, CA 95823 | |
| 10925 | HOLGUIN, ANNA, 110 CAMPBELL, HEREFORD, TX 79045 | |
| 10925 | HOLGUIN, LETICIA, 865 LOS SURCOS, EL PASO, TX 79907 | |
| 10925 | HOLIDAY INN - SOUTHEAST, 3200 S. PARKER, AURORA, CO 80014 | |
| 10924 | HOLIDAY INN BOARDWALK CASINO, SMITH AND GREEN, LAS VEGAS, NV 89103 | |
| 10925 | HOLIDAY INN BOXBOROUGH WOODS, ONE ADAMS PLACE, BOXBOROUGH, MA 01719 | |
| 10925 | HOLIDAY INN EXPRESS MODESTO, 4100 SALIDA BLVD., MODESTO, CA 95358 | |
| 10925 | HOLIDAY INN EXPRESS PERRYSBURG, 10621 FREMONT PIKE, PERRYSBURG, OH 43551 | |
| 10924 | HOLIDAY INN EXPRESS, 194 FORTIN DRIVE, WOONSOCKET, RI 02895 | |
| 10925 | HOLIDAY INN MIDWAY, 7353 S. CICERO, CHICAGO, IL 60629 | |
| 10925 | HOLIDAY INN ON KING, 370 KING ST W, TORONTO, ON M5V 1J9CANADA | *VIA Deutsche Post* |
| 10925 | HOLIDAY INN PLEASANTON, 11950 DUBLIN CANYON ROAD, PLEASANTON, CA 94566 | |
| 10925 | HOLIDAY INN SELECT EAGAN AIRPORT, PO BOX 21331, EAGAN, MN 55121 | |
| 10924 | HOLIDAY INN SELECT, C/O AMERICAN COATINGS, RICHMOND, VA 23200 | |
| 10925 | HOLIDAY INN TUCSON AIRPORT, 4550 S. PALO VERDE BLVD., TUCSON, AR 85714 | |
| 10924 | HOLIDAY INN, 111 WEST PERSING BLVD ROOM 214, NORTH LITTLE ROCK, AR 72114 | |
| 10925 | HOLIDAY INN, 11950 DUBLIN CANYON ROAD, PLEASANTON, CA 94588 | |
| 10925 | HOLIDAY INN, 1450 GLENARM PLACE, DENVER, CO 80202 | |
| 10925 | HOLIDAY INN, 1950 RAHNCLIFF CT, EAGAN, MN 55122 | |
| 10925 | HOLIDAY INN, 205 WOLF ROAD, ALBANY, NY 12205 | |
| 10925 | HOLIDAY INN, 2500 LAFAYETTE ROAD, CRAWFORDSVILLE, IN 47933 | |
| 10925 | HOLIDAY INN, 2532 W PEORIA AVE, PHOENIX, AZ 85029 | |
| 10925 | HOLIDAY INN, 2726 SOUTH GRAND AVE, SANTA ANA, CA 92705 | |
| 10925 | HOLIDAY INN, 31 HAMPSHIRE ST, MANSFIELD, MA 02048 | |
| 10925 | HOLIDAY INN, 4140 W. 95TH ST, OAK LAWN, IL 60453 | |
| 10925 | HOLIDAY INN, 4300 SNAPFINGER WOODS WAY, DECATUR, GA 30032 | |
| 10925 | HOLIDAY INN, 505 NORTH FIFTH ST, RAPID CITY, SD 57701 | |
| 10925 | HOLIDAY INN, 6201 JOLIET ROAD, COUNTRYSIDE, IL 60525 | |
| 10925 | HOLIDAY INN, 7000 BEACH BLVD, BUENA PARK, CA 90620-9984 | |
| 10924 | HOLIDAY POOL CO., 4815 COUNTRY CLUB ROAD, WINSTON-SALEM, NC 27104 | |
| 10924 | HOLIDAY POOLS, 2973 PIEDMONT RD., HUNTINGTON, WV 25704 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HOLIDAY POOLS, 2973 PIEDMONT ROAD, HUNTINGTON, WV 25704 | |
| 10925 | HOLIDAY RAMBLER CORP, KURT W ANDERSON, PO BOX 465 65906 STATE ROAD 19, WAKARUSA, IN 46573 | |
| 10925 | HOLIDAY WORLD THEME PARK, PO BOX 179, SANTA CLAUS, IN 47579 | |
| 10925 | HOLIDAY, ROBERT, 519 LOUISIANA AVE, LIBBY, MT 59923 | |
| 10925 | HOLIDAY, ROBERT, 519 LOUISIANA AVE, LIBBY, MT 59923-2133 | |
| 10925 | HOLIFIELD, MATTIE, 7340 SO VERNON, CHICAGO, IL 60619 | |
| 10925 | HOLIFIELD, TIM, PO BOX 60, BUSH, LA 70431 | |
| 10925 | HOLINGJAK, GEORGE, 3332 HAMSON AVE, READING, PA 19605 | |
| 10925 | HOLL, BERNARD, 8239 MORRISON RD, GREENLEAF, WI 54126-9458 | |
| 10925 | HOLL, JANET, 655 SIMPSON, ST PAUL, MN 55104 | |
| 10925 | HOLL, LAWRENCE, 1504 LYNWOOD LN, GREEN BAY, WI 54311-6055 | |
| 10925 | HOLLADAY, FREDERICK, 9 EGRET DRIVE, BEAUFORT, SC 29902 | |
| 10925 | HOLLADAY, JAKE, 1405 LAKE POINT DR, STONE MTN, GA 30088 | |
| 10925 | HOLLADAY, JAMES, 600 WOODALE BLVD, BATON ROUGE, LA 70806 | |
| 10925 | HOLLADAY, LANA, 7916 TUMBLEWEED TR, FT WORTH, TX 76108 | |
| 10925 | HOLLADAY, WILLIAM, 202 CHERRY ST - BOX 186, WILTON JCT, IA 52778 | |
| 10925 | HOLLAND & KNIGHT, PO BOX 32092, LAKELAND, FL 33802-2092 | |
| 10924 | HOLLAND COMM HOSP C/O BOUMA CORP, 602 WASHINGTON, HOLLAND, MI 49423 | |
| 10925 | HOLLAND COMPANY INC, HOWLAND AVE, ADAMS, MA 01220 | |
| 10925 | HOLLAND JR, CHARLES E, 3715 RAMSEY DR, PASADENA, TX 77503 | |
| 10924 | HOLLAND MANUFACTURING, 188 HOWARD, HOLLAND, MI 49424 | |
| 10925 | HOLLAND, ANN, 120 PERSIMMON ST., TOCCOA, GA 30577 | |
| 10925 | HOLLAND, ANTONETTE, 11110 75TH ST #301, KENOSHA, WI 53142 | |
| 10925 | HOLLAND, CARMEN, 8493 300 E. AVE, BROKEN ARROW, OK 74014 | |
| 10925 | HOLLAND, DANNY, 521 N VERMONT AVE, LAKELAND, FL 33801 | |
| 10925 | HOLLAND, DEBORAH, 8916 DATA POINT DR., SAN ANTONIO, TX 78229 | |
| 10925 | HOLLAND, DONALD, 714 HILLTOP LANE, TOCCOA, GA 30577 | |
| 10925 | HOLLAND, DOUGLAS, PO BOX 173 8042 HOLLAND ROAD, HAYES, LA 70646-0173 | |
| 10925 | HOLLAND, EDWARD, 5424 SW 84TH DR, GAINESVILLE, FL 32608 | |
| 10925 | HOLLAND, GARY, 1414 S DIARY ASHFORD 1003, HOUSTON, TX 77077 | |
| 10925 | HOLLAND, GREG, 100 HOWELL AVE, FAIRBURN, GA 30213 | |
| 10925 | HOLLAND, J, 109 SADDLE TREE CT, GREER, SC 29650 | |
| 10925 | HOLLAND, JAMES F, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486 | |
| 10925 | HOLLAND, JAMES, 1 TEMASEK AVE, #34-01 MILLENIA TOWER, SINGAPORE, 039192SINGAPORE | *VIA Deutsche Post* |
| 10925 | HOLLAND, JAMES, 1722 SANTA FE TRAIL, GRAND PRAIRIE, TX 75050 | |
| 10925 | HOLLAND, JOHN, PO BOX 42, POLK CITY, FL 33868 | |
| 10925 | HOLLAND, JR, CHARLES, 3715 RAMSEY DR., PASADENA, TX 77503 | |
| 10925 | HOLLAND, LONNIE, 441 N. TEXAS, HEREFORD, TX 79045 | |
| 10925 | HOLLAND, LYNN, 1986 78TH ST., BLAIRSTOWN, IA 52209 | |
| 10925 | HOLLAND, MADELINE, CAPE COD EXTENDED CARE 850 FALMOUTH RT28, HYANNIS, MA 02601 | |
| 10925 | HOLLAND, MALINDA, 1247 FAIRVIEW ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | HOLLAND, MARIE, 108 WYMAN RD, BILLERICA, MA 01821 | |
| 10925 | HOLLAND, MICHAEL J, 7662 HIBISCUS LANE, CORAL SPRINGS, FL 33065 | |
| 10925 | HOLLAND, MICHAEL, 7662 HIBISCUS LANE, CORAL SPRINGS, FL 33065 | |
| 10925 | HOLLAND, MILDRED, 5300 A HOLY NECK RD, SUFFOLK, VA 23437 | |
| 10925 | HOLLAND, PAUL, PO BOX 221, HAYES, LA 70646 | |
| 10925 | HOLLAND, PAULA, 211 MAPLE DR, WYNNE, AR 72396 | |
| 10925 | HOLLAND, RANDI, 155 GOODALE ST, PEABODY, MA 01960 | |
| 10925 | HOLLAND, RICHARD, 12206 DEERWOOD, PINEHURST, TX 77362 | |
| 10925 | HOLLAND, RICHARD, 205 COUNTRY TRAIL, WOODSTOCK, GA 30188 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HOLLAND, RICHARD, 4160 BOULDER RIDGE, ATLANTA, GA 30336 | |
| 10925 | HOLLAND, SHANNON, RT. 1, BOX 126, DUBBERLY, LA 71024 | |
| 10925 | HOLLAND, STEVE L, 2340 W OCEANFOREST DR, ATLANTIC BEACH, FL 32233 | |
| 10925 | HOLLAND, STEVEN, 2340 W OCEANFOREST D, ATLANTIC BEAC, FL 32233 | |
| 10925 | HOLLAND, SUZANN, 630 ASHLEY, CRAIG,, CO 81625 | |
| 10925 | HOLLAND, TERESA, 6422 ALDEFER, ODESSA, TX 79762 | |
| 10925 | HOLLAND, TIMOTHY, 750 N KING ROAD, 407, SAN JOSE, CA 95133 | |
| 10925 | HOLLAND, TINA, 1625 CONLEY RD. APT, CONLEY, GA 30027 | |
| 10925 | HOLLAND, WILLIAM, 902 ADAMS AVE, LEHIGH ACRES, FL 33936 | |
| 10925 | HOLLAND, WINDELL, 3031 DUCKER HILL RD., SIGNAL MOUNT, TN 37377 | |
| 10925 | HOLLAND-BATES, GINGER, 121 E 6TH ST, RUSHVILLE, IN 46173 | |
| 10925 | HOLLANDER, BRANDON, N4271 FUR FARM ROAD, RIO, WI 53960 | |
| 10925 | HOLLANDER, RHONDA, W7179 N. OAK RIDGE COURT, POYNETTE, WI 53955 | |
| 10924 | HOLLANDS UNITED METHODIST CHURCH, 3121 GLEN ROYAL ROAD, RALEIGH, NC 27617 | |
| 10925 | HOLLANDSCH ADMINISTRATIEKANTOOR, B V, POSTBUS 11063, AMSTERDAM, 1001 GBNETHERLANDS | *VIA Deutsche Post* |
| 10925 | HOLLANDSWORTH, DARIN, 220 BEATTIE ST, SIMPSONVILLE, SC 29681 | |
| 10925 | HOLLAR, BEVERLY, 19221 N 15TH DRIVE, PHOENIX, AZ 85027 | |
| 10925 | HOLLBACK, HEATHER, POBOX 3, SOUTH WEBSTER, OH 45682 | |
| 10925 | HOLLEB & COFF, 55 EAST MONROE ST SUITE 4100, CHICAGO, IL 60603-5896 | |
| 10925 | HOLLEMAN, DAVID H, 3653 NC 65, REIDSVILLE, NC 27320 | |
| 10925 | HOLLEMAN, DAVID, 3653 N C 65, REIDSVILLE, NC 27320 | |
| 10925 | HOLLEN, CHARLES, 1993 VISTA ROAD EXT., FT. MILL, SC 29715 | |
| 10925 | HOLLENBAUGH, WILLIAM, 219 HILLCREST, RANGELY, CO 81648 | |
| 10925 | HOLLENBECK, AUDREY, 5701 DUNDRUM ST #187A, N. CHARLESTON, SC 29418 | |
| 10925 | HOLLENBERGER, GENE F, 9801 N THORNAPPLE LA, MEQUON, WI 53092-6265 | |
| 10925 | HOLLENBERGER, GENE, 9801 NO TORNAPPLE LA, 5W, MEQUON, WI 53092 | |
| 10925 | HOLLENBERGER, SARAH, 9801 N THORNAPPLE LANE, MEQUON, WI 53092 | |
| 10925 | HOLLENKAMP, BARBARA, 2507 MILLER WOODS CT, VALRICO, FL 33594 | |
| 10925 | HOLLENKAMP, RAY, 680 SAN PEDRO DRIVE, LADYLAKE, FL 32159 | |
| 10925 | HOLLER JR, ADLAI C, 112 OLD DOMINION DR, CHARLESTON HEIGHTS, SC 29418-3012 | |
| 10925 | HOLLER JR, JAMES C, 2239 LOMETA DR, YORK, SC 29745-9148 | |
| 10925 | HOLLER, KELLY, 1700 MARTINIQUE CT, ARLINGTON, TX 76012 | |
| 10925 | HOLLERAN, PATRICK, 28273 FLECHAS, MISSION VIEJO, CA 92692 | |
| 10925 | HOLLERAN, PETER, 48 BROOKS ST, CONCORD, MA 01742 | |
| 10924 | HOLLEY NAVARRE CONCRETE, 2719 OLA BROXSON RD, BAL-ALEX ESTATES, FL 32561 | |
| 10925 | HOLLEY TRACTOR & EQUIP CO, INC, RICHLAND AVE., E, AIKEN, SC 29801 | |
| 10925 | HOLLEY, ANDREW, 338 FERRY ST #2, MALDEN, MA 02148 | |
| 10925 | HOLLEY, ANDREW, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | HOLLEY, J, 4621 OLD MULBERRY ROAD, LAKELAND, FL 33803 | |
| 10925 | HOLLEY, MAGGIE, PO BOX 512, CHERITON, VA 23316 | |
| 10925 | HOLLEY, NATE, 1003 MT HOLLY ST, BALTIMORE, MD 21229 | |
| 10925 | HOLLEY, RYAN, 1189 MCLENDON AVE, ATLANTA, GA 30307 | |
| 10925 | HOLLEY, VIDELL, IMPERIAL SOUTHGATE VILL, LAKELAND, FL 33803-4675 | |
| 10925 | HOLLEY, WINFIELD, 3631 EDMONDSON AVE, BALTIMORE, MD 21229 | |
| 10925 | HOLLFELDER, ROSS, 467 UPHOFF DRIVE, COTTAGE GROVE, WI 53527 | |
| 10924 | HOLLIDAY ROCK - DO NOT USE, 16351 1/2 CONSTRUCTION CIRCLE WEST, IRVINE, CA 92606 | |
| 10924 | HOLLIDAY ROCK CO INC, 2193 WEST FOOTHILL BOULEVARD, UPLAND, CA 91786 | |
| 10924 | HOLLIDAY ROCK CO. INC., 2193 WEST FOOTHILL BLVD., UPLAND, CA 91786 | |
| 10924 | HOLLIDAY ROCK CO. INC., DELETION, 2193 WEST FOOTHILL BLVD., UPLAND, CA 91786 | |
| 10924 | HOLLIDAY ROCK, 12750 RANCHO ROAD, ADELANTO, CA 92301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 HOLLIDAY ROCK, 16191 CONSTRUCTION CIRCLE EAST, IRVINE, CA 92606

10924 HOLLIDAY ROCK/ MTN VIEW PLNT, 1499 NORTH BENSON, UPLAND, CA 91786

10924 HOLLIDAY ROCK/CAMPUS-UPLAND, 2006 NORTH CAMPUS, UPLAND, CA 91786

10924 HOLLIDAY ROCK/COLTON-RIALTO, 249 EAST SANTA ANA AVENUE, RIALTO, CA 92376

10924 HOLLIDAY ROCK/FOOTHILL-UPLAND, 2193 WEST FOOTHILL BOULEVARD, UPLAND, CA 91786

10924 HOLLIDAY ROCK/IRVINE EAST, 16191 CONSTRUCTION CIRCLE EAST, IRVINE, CA 92718

10924 HOLLIDAY ROCK/IRVINE WEST, 16351 1/2 CONSTRUCTION CIRCLE WEST, IRVINE, CA 92606

10924 HOLLIDAY ROCK/PALMDALE-LITTLER, 7749 EAST AVENUE "T", PALMDALE, CA 93552

10924 HOLLIDAY ROCK/SAN BERNARDINO, 2300 WEST BASELINE, SAN BERNARDINO, CA 92411

10924 HOLLIDAY ROCK-USE #235422, DELETION-S.CLARK**, 2193 W. FOOTHILL BLVD, UPLAND, CA 91786

10925 HOLLIDAY, ARA, 11618 ROANDALE, HOUSTON, TX 77048

10925 HOLLIDAY, DOYLE, 2618 N HWY 14, GREER, SC 29651

10925 HOLLIDAY, ERNEST, 121 MCCULLOUGH SCHL RD, HONEA PATH, SC 29654-9218

10925 HOLLIDAY, JACK, 335 TONEY CREEK RD, BELTON, SC 29627

10925 HOLLIDAY, JIMMY, 110 MOUNTAINCREEK RD, HONEA PATH, SC 29654

10925 HOLLIDAYS, BOX 1192, LAURENS, SC 29360

10925 HOLLIE M BENNETT, 5115 STONEWALL TELL ROAD, COLLEGE PARK, GA 30349

10925 HOLLIE, STEVEN, PO BOX 5, STARKS, LA 70661

10925 HOLLIER JR, RUSSELL, 1345 HENRY ROAD, MORSE, LA 70559

10925 HOLLIER, CYNTHIA, 406 W. MAIN ST, BROUSSARD, LA 70518

10925 HOLLIES, BRIAN, 10640 JORDAN ROAD, CARMEL, IN 46032

10925 HOLLIHAN, SEAN, 4417 DAVIDSON ST, PITTSBURGH, PA 15201

10925 HOLLIMAN, JIMMIE, 6507 S.W. OAKCLIFF AVE, LAURTON, OK 73505

10925 HOLLIMAN, SHERRY, 2707 MILLER COURT, WICHITA FALLS, TX 76308-4718

10925 HOLLINGER, KENNETH, 9913 WOODROW ST, VIENNA, VA 22181

10925 HOLLINGS, SHEDRICK, 894 MAYNARD ST, MACON, GA 31201

10924 HOLLINGSWORTH & VOSE CO, 112 WASHINGTON ST, EAST WALPOLE, MA 02032

10924 HOLLINGSWORTH & VOSE CO., 112 WASHINGTON STREET, EAST WALPOLE, MA 02032

10924 HOLLINGSWORTH & VOSE CO., DOCK D, 112 WASHINGTON ST., EAST WALPOLE, MA 02032

10924 HOLLINGSWORTH & VOSE, 112 WASHINGTON ST., EAST WALPOLE, MA 02032

10925 HOLLINGSWORTH, LYNN, 54785 HWY 318, MAYBELL, CO 81640

10925 HOLLINGSWORTH, MELVIN, PO BOX 1021, PRENTISS, MS 39474

10925 HOLLINGSWORTH, RAEBURN, PO BOX 95, WESTPHALIA, IN 47596-0095

10925 HOLLINGSWORTH, THOMAS, 112 OLD TRAIL ROAD, GREENVILLE, SC 29607-9715

10925 HOLLINGSWORTH, TOWANDA, 3611 MAPLEWOOD AVE., WICHITA FALLS, TX 76308

10925 HOLLINGSWORTH, VADE, 3273 J ROAD, HOTCHKISS, CO 81419-9592

10924 HOLLINS COLLEGE LIBRARY ADDITION, JIM TURNER CONSTRUCTION, EAST CAMPUS DRIVE, ROANOKE, VA 24020

10924 HOLLINS ROANKOE, VA, 32 PLUM ST., TRENTON, NJ 08638

10925 HOLLINS, ERICA, 1001 POND RD, TAMPA, FL 33612

10925 HOLLINS, ERNEST, 3320 CHANCY PL, HYATTSVILLE, MD 20747

10925 HOLLINS, ETHEL, 600 S WASHINGTON AVE, MOBILE, AL 36603

10925 HOLLINS, LOUIS, 8711 W. CONGRESS APT. 1, MILWAUKEE, WI 53225

10925 HOLLINS, PETER, WHETSTONE, LONDON, UNITED KINGDOM                  *VIA Deutsche Post*

10925 HOLLIS CONTROLS, INC, 141 CANAL ST UNIT 2, NASHUA, NH 03064-2879

10925 HOLLIS CONTROLS, INC, 7 EXECUTIVE PARK DRIVE, MERRIMACK, NH 03054-4058

10925 HOLLIS JR, MARSHALL, 12590 MARYANN BEACH RD., FAIRHOPE, AL 70669

10925 HOLLIS MANUFACTURING INC., 15 MILL ST, DANVERS, MA 01923

10925 HOLLIS, CHARLES, 2724 CANTERBURY ROAD, COLUMBIA, SC 29204

10925 HOLLIS, DAVID, 11318 OLD HOPKINS ROAD, CLARKSVILLE, MD 21029

10925 HOLLIS, DORRIS, 4704 MEMORY LANE, BAYTOWN, TX 77521

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOLLIS, ELIZABETH, 5559 BERMUDA DUNES CIRCLE, LAKE WORTH, FL 33463 | |
| 10925 | HOLLIS, ERNEST, PO BOX 219 38 HARWOOD AVE, HARWICH, MA 02645-0219 | |
| 10925 | HOLLIS, JAMES, 339 CONSTITUTION WAYY, READING, PA 19602 | |
| 10925 | HOLLIS, JR, LAWRENCE, 1414 SWEETBRIAR COURT, HIGH POINT, NC 27260-4536 | |
| 10925 | HOLLIS, LAURIS, 1034 OREGON APT #A, BEAUMONT, TX 77705 | |
| 10925 | HOLLIS, LONNIE, 2008 DODSON DR SW, ATLANTA, GA 30311 | |
| 10925 | HOLLIS, M, RT4 BOX 220, LELAND, NC 28451 | |
| 10925 | HOLLIS, MARK, 5559 BERMUDA DUNES CIRCLE, LAKE WORTH, FL 33463 | |
| 10925 | HOLLIS, MARK, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | HOLLIS, REBECCA, 2112 BELLE CHASSE HWY. LOT 402, GRETNA, LA 70056 | |
| 10925 | HOLLIS, RICHARD, PO BOX 210, PENDERGRASS, GA 30567 | |
| 10925 | HOLLISTER ASSOCIATES INC, POBOX 9467, BOSTON, MA 02209-9467 | |
| 10925 | HOLLISTON SAND COMPANY, INC, PO BOX 1168, SLATERSVILLE, RI 02876 | |
| 10925 | HOLLO, JERRY, 4548 SEFRANKA RD, TEMPLE, PA 19560 | |
| 10925 | HOLLOBAUGH, MARK, 8518 LAMPPOST LN, HOUSTON, TX 77064 | |
| 10925 | HOLLOD, MARGARET, 21 JAMES ST, SOMERVILLE, NJ 08876 | |
| 10925 | HOLLOMAN, JOYCE, ROUTE 3, BOX 322, WASHINGTON, NC 27889 | |
| 10925 | HOLLOMAN, SHIRLEY, PO BOX 3724, LAKELAND, FL 33802-3724 | |
| 10925 | HOLLON, GRETA A, AND DONNA M ALLRED JT TEN, 45151 FERN AVE APT 110, LANCASTER, CA 93534-2326 | |
| 10925 | HOLLORAN STEWART, 906 OLIVE ST , SUITE 1200, ST LOUIS, MO 63101 | |
| 10925 | HOLLORAN, JAMES P, SUITE 1200, 906 OLIVE ST, ST. LOUIS, MO 63101 | |
| 10925 | HOLLORAN, JUDITH, 1 MAPLE AVE, SALEM, MA 01970-4226 | |
| 10924 | HOLLOWAY CONCRETE INC., 60408 COTTON GIN PORT ROAD, AMORY, MS 38821-9105 | |
| 10924 | HOLLOWAY CONSTRUCTION, 29250 WIXOM RD, WIXOM, MI 48393 | |
| 10924 | HOLLOWAY CONSTRUCTION, VARIOUS LOACTIONS, WIXOM, MI 48393 | |
| 10925 | HOLLOWAY GROUP INC, THE, POBOX 17305, CLEARWATER, FL 33762 | |
| 10925 | HOLLOWAY HOUSE, THE, 2423 KATEWAY, GREENWOOD, SC 29649 | |
| 10925 | HOLLOWAY, ARTHUR, 31 SALISBURY AVE, SLOUGH BERSHIRE, SL1 2ABUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HOLLOWAY, BEN, 201 BEASLEY ST, DUNN, NC 28334 | |
| 10925 | HOLLOWAY, CARLETA, 445 LUTHER ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | HOLLOWAY, CHRISTOPHER, 2012 WALKER ST, GAINESVILLE, GA 30501 | |
| 10925 | HOLLOWAY, DANIEL, PO BOX 355, CRESSON, TX 76035 | |
| 10925 | HOLLOWAY, EMMA, 618 NORTH PINE ST, MOMENCE, IL 60954-1799 | |
| 10925 | HOLLOWAY, FRANKLIN, 1240 WASHINGTON AVE, BAKERSFIELD, CA 93308 | |
| 10925 | HOLLOWAY, JEAN, 3091 GREENSBORO HWY, WATKINSVILLE, GA 30677 | |
| 10925 | HOLLOWAY, JULIE, 4211 ERSKINE RD #B-1, CLARKSTON, GA 30021 | |
| 10925 | HOLLOWAY, KERRI, PO BOX 355, CRESSON, TX 76035 | |
| 10925 | HOLLOWAY, LAURA, PO BOX 890103, WALNUT GROVE, GA 30209 | |
| 10925 | HOLLOWAY, MARK A, 745 SUMMIT AVE E APT 404, SEATTLE, WA 98102-5995 | |
| 10925 | HOLLOWAY, MICHAEL, 345 BUCKLAND HILLS #13211, MANCHESTER, CT 06040 | |
| 10925 | HOLLOWAY, MINNIE, ROUTE 1,BOX 66, BRAXTON, MS 39044 | |
| 10925 | HOLLOWAY, OTIS, 529 E. AIRPORT RD., GREER, SC 29651 | |
| 10925 | HOLLOWAY, SHANE, 45437 US HWY 78 LOT #1124, LINCOLN, AL 35906 | |
| 10925 | HOLLOWAY, SHARON, 798 EVES DRIVE, 3P, SOMERVILLE, NJ 08876 | |
| 10925 | HOLLOWAY, THOMAS, 2576 N TRILLIUM CIR, GREEN BAY, WI 54313 | |
| 10925 | HOLLOWELL, E, 3840 LAKEHURST DRIVE, MEMPHIS, TN 38128 | |
| 10925 | HOLLOWELL, FRANCES, 3840 LAKEHURST DRIVE, MEMPHIS, TN 38128-2411 | |
| 10925 | HOLLOWELL, PATRICIA C, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | HOLLOWELL, PATRICIA, 1010 S OCEAN BLVD #LPH-16, POMPANO BEACH, FL 33062 | |
| 10925 | HOLLY CAPANO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HOLLY GASTON, 2158 CUMBERLAND PKWY, APT 10405, ATLANTA, GA 30339-4577

10925   HOLLY HUTCHINS TR UA MAY 21 90, THE HOLLY HUTCHINS TRUST, 617 FRANKFURT AVE, HUNTINGTON BEACH, CA 92648-4902

10925   HOLLY SIEMERING, 1407 MILLVILE SHANDON RD, HAMILTON, OH 45013-9588

10925   HOLLY, CARROLL, 817 CHATFIELD ROAD, JOPPA, MD 21085

10925   HOLLYWOOD FREIGHT, 14389 SAN BERNARDINO AVE, FONTANA, CA 92335

10925   HOLLYWOOD LINCOLN MERCURY, 1700 SHERIDAN ST, HOLLYWOOD, FL 33020

10924   HOLLYWOOD PARK, C/O WESTSIDE BUILDING MATERIALS, HOLLYWOOD, CA 90027

10924   HOLLYWOOD PARK, C/O WESTSIDE BUILDING MATERIALS, INGLEWOOD, CA 90300

10924   HOLLYWOOD POLICE STATION, BURBANK BLVD, HOLLYWOOD, CA 90027

10924   HOLLYWOOD SHOE POLISH INC., 912 ROUTE 44, POUGHKEEPSIE, NY 12603

10924   HOLLYWOOD SHOE POLISH INC., PO BOX 105, NEW YORK, NY 10023

10925   HOLLYWOOD, JOHN, 33 BRIAR LANE, NUTLEY, NJ 07110-3001

10925   HOLM JR, EMIL, 1427 E BROOKLAKE DRIVE, HOUSTON, TX 77077-3205

10925   HOLM, DONALD R, 3964 RAINTREE CIRCLE, UNIONTOWN, OH 44685

10925   HOLM, MARK, 3593 S HUDSON ST, DENVER, CO 80237

10925   HOLMAN GILLESPIE HILBURN & ASSOC, PO BOX 502048, ATLANTA, GA 31150

10925   HOLMAN MOVING SYSTEMS, 435 MAIN ST, HACKENSACK, NJ 07601

10925   HOLMAN MOVING SYSTEMS, PO BOX 3043, WILMINGTON, DE 19804-0043

10925   HOLMAN PRINTING, POBOX 365, LAURENS, SC 29360

10925   HOLMAN, BEVERLY, 9628 SOUTH SEELEY AVE, CHICAGO, IL 60643

10925   HOLMAN, BRUCE, RT. 1, BOX 245, ALTUS, AR 72821

10925   HOLMAN, DEBBIE, 708 KAREN PL, ROCKY MOUNT, NC 27801

10925   HOLMAN, DEBORAH, 908 WINNIE #100, GALVESTON, TX 77550

10925   HOLMAN, GILLESPIE, HILBURN & ASSOC, POBOX 502048, ATLANTA, GA 31150

10925   HOLMAN, GLENDA, RT 5 BOX 9344, QUINLAN, TX 75474

10924   HOLMANS SEPTIC SALES, 4896 S OLD MICHIGAN, HOLTON, IN 47023

10925   HOLMANS SEPTIC SALES, 4896 S.OLD MICHIGAN, HOLTON, IN 47023

10924   HOLMAN'S SEPTIC TANK SALES, 4896 S. OLD MICHIGAN ROAD, HOLTON, IN 47023

10925   HOLMBERG, SHIRLEY, 11873 E. GREGG BLVD., MOMENCE, IL 60954

10925   HOLME ROBERTS & OWEN ATTY AT L, KENNETH W LUND, 1700 LINCOLN ST, SUITE 4100, DENVER, CO 80203

10925   HOLME ROBERTS & OWEN LLP, 1700 LINCOLN ST #4100, DENVER, CO 80203

10925   HOLME ROBERTS & OWEN, KATHERINE J PECK, 1700 LINCOLN ST #4100, DENVER, CO 80203-4541

10925   HOLME ROBERTS & OWEN, LISA SCHUH, 1700 LINCOLN ST, SUITE 4100, DENVER, CO 80203

10925   HOLME,ROBERTS & OWEN LLP, SUITE 4100, 1700 LINCOLN ST, DENVER, CO 80203-4541

10924   HOLMEN CONCRETE PROD, P.O.BOX 157, HOLMEN, WI 54636

10924   HOLMEN CONCRETE PRODUCTS COMPANY, 120 UNION STREET, HOLMEN, WI 54636-0157

10924   HOLMEN CONCRETE PRODUCTS, 120 UNION ST., HOLMEN, WI 54636

10924   HOLMEN CONCRETE PRODUCTS, P O BOX 157, HOLMEN, WI 54636

10924   HOLMES DISTRIBUTOR INC. (AD), 293 TARGET INDUSTRIAL CIRCLE, BANGOR, ME 04401

10924   HOLMES DISTRIBUTOR INC. (AD), P.O. BOX 759, PORTLAND, ME 04104

10925   HOLMES FREIGHT LINES INC, 7878 I ST, OMAHA, NE 68127-1887

10925   HOLMES JR, JOHNNIE, PO BOX 194, ATKINSON, NC 28421

10925   HOLMES OIL COMPANY, C/O HOLMES-JONES PETROLEUM, PO BOX 527, HUNTINGDON VALLEY, PA 19006-0527

10924   HOLMES POOLS, 23 DADANT DRIVE, WILMINGTON, MA 01887

10925   HOLMES ROBERTS & OWEN, 1700 LINCOLN ST #4100, DENVER, CO 80203-4541

10925   HOLMES, ALEXANDRA, POST OFFICE BOX 5404, BRADFORD, MA 01835

10925   HOLMES, ASHLEY, 12085 ASHLAND WAY, SHREVEPORT, LA 71106

10925   HOLMES, AVIS, 1419 G ST NE, WASHINGTON, DC 20002

10925   HOLMES, BONNIE, 1417 MARCHS BANKS DR, WALNUT CREEK, CA 94598

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOLMES, BRIDGETT, 1715 SUNFLOWER AVE, GLENDORA, CA 91740 | |
| 10925 | HOLMES, CECIL, PO BOX 1052, VENICE, LA 70091 | |
| 10925 | HOLMES, CYNTHIA, 11195 HEARTPINE, RENO, NV 89506 | |
| 10925 | HOLMES, DAPHNE, 4650 NELSON ROAD #911, LAKE CHARLES, LA 70605 | |
| 10925 | HOLMES, DAVID, 1131 BRN VAL-RED HILL RD, UTICA, KY 42376 | |
| 10925 | HOLMES, DAVID, 9548 TERRY ST, PLYMOUTH, MI 48170 | |
| 10925 | HOLMES, DEBORAH, 4041-39 CONOWINGO RD, DARLINGTON, MD 21034 | |
| 10925 | HOLMES, EARL, 1606 GUNNISON, WICHITA FALLS, TX 76305 | |
| 10925 | HOLMES, ERNEST, 721 REGINA COURT, OWENSBORO, KY 42301-1756 | |
| 10925 | HOLMES, GERRY, RT. 7 BOX 780-B, GEORGETOWN, SC 29440 | |
| 10925 | HOLMES, GUIZELLE, 2554 N 41ST ST, MILWAUKEE, WI 53210 | |
| 10925 | HOLMES, HOLLIE, 115 OAK RIDGE, MADISON, MS 39110 | |
| 10925 | HOLMES, JANNIE, 81 COFFIN POINT ROAD, ST HELENA ISLAND, SC 29920 | |
| 10925 | HOLMES, JEAN, 1302 S.E. 40TH ST, 103, CAPE CORAL, FL 33904 | |
| 10925 | HOLMES, JERRY, 609 LAKESIDE CIRCLE, EDMOND, OK 73034 | |
| 10925 | HOLMES, JOHN B, 49504 NAUTICAL, NEW BALTIMORE, MI 48047-2334 | |
| 10925 | HOLMES, JUDITH, 4424 87TH ST, LUBBOCK, TX 79424 | |
| 10925 | HOLMES, KAROL, 13447 N. CENTRAL, DALLAS, TX 75243 | |
| 10925 | HOLMES, LARRY, PO BOX 15381, ASHEVILLE, NC 28813 | |
| 10925 | HOLMES, LAWANDA, 1816 BOTHWELL ACRES, GREENSBORO, NC 27401 | |
| 10925 | HOLMES, LEONARD, 406 E 10TH ST., ATLANTIC, IA 50022-2128 | |
| 10925 | HOLMES, LINDA, 21 CHESTNUT AV, IRVINGTON, NJ 07111 | |
| 10925 | HOLMES, MARCELLUS JR., PO BOX 84, UNA, SC 29378-0000 | |
| 10925 | HOLMES, MARY, RT 3 BOX 196B, LAGRANGE, NC 28551 | |
| 10925 | HOLMES, MAURICE, 1201 E GREEN ST, CLINTON, MO 64735-1837 | |
| 10925 | HOLMES, MICHAEL, 6630 GULF PORT BLVD, ST. PETERSBURG, FL 33707 | |
| 10925 | HOLMES, MILTON, 19461 WELD CO RD 50 1/2, LA SALLE, CO 80645 | |
| 10925 | HOLMES, ONALEE, 21 MEADOWVIEW DRIVE, CENTRAL CITY, IA 52214 | |
| 10925 | HOLMES, REGINA, RT 1 BOX 82-A, HAMPTON, SC 29924 | |
| 10925 | HOLMES, RHONDA, 1541 N. REDFIELD, PHILADELPHIA, PA 19151 | |
| 10925 | HOLMES, RICK, 78 NICOLAS DRIVE, TAUNTON, MA 02780 | |
| 10925 | HOLMES, ROBERT, 16 HOOKSETT RD PO BOX 341, AUBURN, NH 03032 | |
| 10925 | HOLMES, ROBERT, 917 W EMMA ST, LAKELAND, FL 33801 | |
| 10925 | HOLMES, SANDRA, 3925 N LANDING RD, VIRGINIA BEACH, VA 23456 | |
| 10925 | HOLMES, SYLVIA, 8855 PLAIN VIEW, DETROIT, MI 48228 | |
| 10925 | HOLMES, SYLVIA, RFD 3, BOX 578, NEWBERRY, SC 29108 | |
| 10925 | HOLMES, TAMARA, 100 WISDOM CR #E-20, PEACHTREE CITY, GA 30269 | |
| 10925 | HOLMES, THOMAS, 5850 PELICAN BAY BLVD UNIT B-1, NAPLES, FL 33940 | |
| 10925 | HOLMES, WILLIAM, 6 APRIL LN, UNIT, LEXINGTON, MA 02173 | |
| 10925 | HOLMES, WILLIE, 2612 E 73RD ST, CHICAGO, IL 60649 | |
| 10925 | HOLMES, YOLANDA, PLANTATION APT 2B, GEORGETOWN, SC 29440 | |
| 10925 | HOLMGREN, LORIELLE, 9850 PAGEWOOD LANE, HOUSTON, TX 77042 | |
| 10925 | HOLMGREN, LYNN, 1044 W. EIGHTH ST, PLAINFIELD, NJ 07063 | |
| 10925 | HOLMGREN, ROBERT, 2187 LA GRANGE CT, LIVERMORE, CA 94550 | |
| 10925 | HOLMLUND, LINDA, 426 STATE ROUTE 28, BRIDGEWATER, NJ 08807 | |
| 10925 | HOLMSTREM, ANDREW, 9 BARNUM RD., BURLINGTON, MA 01803-1201 | |
| 10924 | HOLNAM INC, 3020 EAST 103RD ST, CHICAGO, IL 60617 | |
| 10924 | HOLNAM INC, PO BOX67, CLARKSVILLE, MO 63336 | |
| 10924 | HOLNAM INC., 15215 DAY RD., DUNDEE, MI 48131 | |
| 10924 | HOLNAM INC., 4996 FREEDOM WAY, WEIRTON, WV 26062 | |
| 10924 | HOLNAM INC., 5400 W.MARGINAL WAY SW, SEATTLE, WA 98106 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10924 | HOLNAM INC., 8677 HIGHWAY 45, SOUTH ALTERNATE, ARTESIA, MS 39736 | |
| 10924 | HOLNAM INC., ATTN: DEBBIE BODYCOMB, FLORENCE, CO 81226 | |
| 10924 | HOLNAM INC., P O BOX 1008, MASON CITY, IA 50401 | |
| 10924 | HOLNAM INC., P. O. BOX 190, ADA, OK 74820 | |
| 10924 | HOLNAM INC., P. O. BOX 2227, FORT COLLINS, CO 80522 | |
| 10925 | HOLNAM INC., PO BOX 93289, CHICAGO, IL 60673-3289 | |
| 10924 | HOLNAM TEXAS LTD PARTNERSHIP, 1800 DOVE LANE, MIDLOTHIAN, TX 76065 | |
| 10924 | HOLNAM, INC., 1100 W 18TH ST., ADA, OK 74820 | |
| 10924 | HOLNAM, INC., 12 2ND STREET NE, MASON CITY, IA 50401 | |
| 10924 | HOLNAM, INC., 3051 HAMILTON BLVD., THEODORE, AL 36582 | |
| 10924 | HOLNAM, INC., 4070 TRIDENT RD, THREE FORKS, MT 59752 | |
| 10924 | HOLNAM, INC., 4629 NO. OVERLAND TRAIL, LAPORTE, CO 80535 | |
| 10924 | HOLNAM, INC., 5 MILES EAST OF FLORENCE, ON COLORADO HGHY 120, PORTLAND, CO 81226 | |
| 10924 | HOLNAM, INC., 6055 EAST CROYDON RD., DEVILS SLIDE, UT 84050 | |
| 10924 | HOLNAM, INC., HIGHWAY 453, HOLLY HILL, SC 29059 | |
| 10924 | HOLNAM, INC., HIGHWAY 65 & 17TH ST NW, MASON CITY, IA 50401 | |
| 10924 | HOLNAM, INC., PO BOX122, DUNDEE, MI 48131 | |
| 10924 | HOLNAM, INC., PO BOX2227, FORT COLLINS, CO 80522 | |
| 10925 | HOLNESS, G, 13610 NW 5TH AVE, MIAMI, FL 33168 | |
| 10924 | HOLOGRAPHIC PRODUCTS, 365 NORTH 600 WEST, LOGAN, UT 84321 | |
| 10924 | HOLOGRAPHICS NORTH, 444 SOUTH UNION STREET, BURLINGTON, VT 05401 | |
| 10925 | HOLOHAN, STEVEN, 10 ABBEY ROAD, MERRIMACK, NH 03054 | |
| 10925 | HOLOMETRIX, 25 WIGGINS AVE., BEDFORD, MA 01730 | |
| 10925 | HOLOMON, ROBERT, 1501 N.THOMAS, CLOVIS, NM 88101 | |
| 10925 | HOLOVACH, EDWARD, 1516 WEST CAMPLAIN ROAD, MANVILLE, NJ 08835 | |
| 10925 | HOLOWCHAK JT TEN, ELEANOR G & BETSY A, 10 BARNARD DR, SIMSBURY, CT 06070-1715 | |
| 10925 | HOLOX LTD, CALLER 6100, NORCROSS, GA 30091-6100 | |
| 10924 | HOLOX, 5964 H PEACHTREE CORNERS, NORCROSS, GA 30071 | |
| 10925 | HOLOX, 907 CREEKSIDE ROAD, CHATTANOOGA, TN 37406 | |
| 10925 | HOLOX, LTD, PO BOX 6100, NORCROSS, GA 30091 | |
| 10925 | HOLSOMBACK, DALPHARD, 6620 FOREMAN ROAD, IOWA, LA 70647 | |
| 10925 | HOLSOMBECK, JAMES, RT 4 BOX 361, HARTSELLE, AL 35640 | |
| 10925 | HOLST, THOMAS, BOX 102 306 W JEFF, URBANA, IA 52345 | |
| 10925 | HOLSTE, DAVID, 610 E 22ND, ATLANTIC, IA 50022 | |
| 10925 | HOLT & CO INC, 323 HOLT ST, FEDERALSBURG, MD 21632-1404 | |
| 10925 | HOLT AUDIO VISUAL AND VIDEO, PO BOX 11087, BIRMINGHAM, AL 35202 | |
| 10925 | HOLT CO, THE, PO BOX 628, WALTHAM, MA 02254 | |
| 10925 | HOLT PAPER & CHEMICAL CO., 1381 WESTERN AVE., BALTIMORE, MD 21230 | |
| 10925 | HOLT PAPER AND CHEMICAL CO, INC, PO BOX 3197, SALISBURY, MD 21802 | |
| 10925 | HOLT, CAROL, 6429 MISSION TERRACE, INDIANAPOLIS, IN 46254 | |
| 10925 | HOLT, CHARLOTTE, 138 WASHINGTON ST, READING, MA 01867 | |
| 10925 | HOLT, CHERI, 204 PEACHTREE, HACKETTSTOWN, NJ 07840 | |
| 10925 | HOLT, DAVID, 9428 NOBLE AVE, SEPULVEDA, CA 91343 | |
| 10925 | HOLT, ELAINE, 364 WADSWORTH ROAD, SPARTANBURG, SC 29301-2539 | |
| 10925 | HOLT, ERIC, 1617 SW PKWY, B, WICHITA FALLS, TX 76302 | |
| 10925 | HOLT, HENRY, RT 1 BOX 129 H, GANADO, TX 77962 | |
| 10925 | HOLT, JACK, 2214A W. AUER AVE., MILWAUKEE, WI 53206 | |
| 10925 | HOLT, JAMES, 1209 HEIDI LANE, LAKELAND, FL 33803-2318 | |
| 10925 | HOLT, JAMES, 157 GREENFIELD LANE, ALABASTER, AL 35007 | |
| 10925 | HOLT, JANET H, 400 FOLKSTONE CIRCLE, AUGUSTA GA, GA 30907 | |
| 10925 | HOLT, JOHN, PO BOX 446, AGUA DULCE, TX 78330-0000 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HOLT, JOHNNY, 4200 CITY RD 1125, MIDLAND, TX 79701

10925   HOLT, KATHERINE, 5873 ALEXIS LANE, VALE, NC 28168

10925   HOLT, KELVIN, 2981 BELVERDEAR LN, DECATUR, GA 30032

10925   HOLT, LARRY, 13202 N NAVARRO, VICTORIA, TX 77904

10925   HOLT, MARTY, 1007 DON ROVIN LANE, FARMINGTON, NM 87401

10925   HOLT, NELLIE, 4221 SPENCER HALE RD, MORRISTOWN, TN 37813

10925   HOLT, RANDALYN, 4900 DROMOLAND CTT, OWINGS MILLS, MD 21117

10925   HOLT, REBECCA, 1236 N. FAIRVALLEY AVE, COVINA, CA 91722

10925   HOLT, ROBERT, 39 BROOKLINE ST, NEEDHAM, MA 02492

10925   HOLT, ROSSLYN, 1307 E. BROWNING AVE, FRESNO, CA 93710-0000

10925   HOLT, SHARON, 7432 ZACHARY LANE, SNOW CAMP, NC 27349

10925   HOLT, STEPHEN, 115 HARBOR LIGHTS, SALEM, SC 29676

10925   HOLT, TIA KAY, 126 H ST, SALT LAKE CITY, UT 84103

10925   HOLT, WAYNE, 2512 POINT PLEASANT, NEWPORT, TN 37821

10925   HOLTANE, CHRISTOPHER, 10 SOUTH JOYCE LANE, STREAMWOOD, IL 60107

10925   HOLTE, LYANNE, 5440 GARFORD AVE, LONG BEACH, CA 90815

10925   HOLTERMAN, RICHARD, 2456 ROYAL BAY RIDGE RD, NEW FRANKEN, WI 54229

10925   HOLTERMAN, ROBERT, 316 HARTFORD COVE, WAUNAKEE, WI 53597

10924   HOLTON ENTERPRISES, 7350 HIDDEN VALLEY DRIVE, BOISE, ID 83700

10925   HOLTON, LARRY, 1430 AZALEA DRIE, DUBLIN, GA 31021

10925   HOLTON, MARK, 4421 PINE RD #3, ESTERO, FL 33908

10925   HOLTON, RANDALL, 5787 ST GEORGE AVE, WESTERVILLE, OH 43082

10925   HOLTON, ROBERT, 5917 TARTON CIRCLE SOUTH, DUBLIN, OH 43017

10925   HOLTON, ROBIN, 280 WESTLAND WAY, MARIETTA, GA 30064

10925   HOLTYN, JEFFERY, 5464 CRESTHAVEN LANE #4, TOLEDO, OH 43614

10925   HOLTZ, RICHARD, 805 SUMMIT ST, WALNUT, IA 51577

10925   HOLTZAPFEL, JAMES, 2108 MORGANTON RD, FAYETTEVILLE, NC 28325

10925   HOLTZCLAW, DAWN, 8980 CORNELL DR, JONESBORO, GA 30236

10925   HOLTZCLAW, SAMUEL, 612 NEWTON ST, LAKE CHARLES, LA 70605

10925   HOLTZCLAW, SUZANNE, PO BOX 1216, MINDEN, LA 71058

10925   HOLTZMAN, BEVERLY, 11102 TOWERING, ST. LOUIS, MO 63136

10925   HOLTZNER, THOMAS, 437 BELGLADE, GROVETOWN, GA 30813

10925   HOLUM, ROBERT, BOX 715, GILLETTE, WY 82717-0715

10925   HOLVERSON, EARL, W8452 KENT ROAD, POYNETTE, WI 53955

10924   HOLY CROSS COLLEGE, COLLEGE HALL, ONE COLLEGE STREET, WORCESTER, MA 01610

10925   HOLY CROSS HOSPITAL, 2701 WEST 68TH ST, CHICAGO, IL 60629

10924   HOLY CROSS HOSPITAL, MALLORY, LOS ANGELES, CA 90028

10925   HOLY CROSS HOSPITAL, RUDENT & MCCLOSKY, 222 LAKEVIEW AVE #800, WEST PALM BEACH, FL 33401-6112

10924   HOLY CROSS JORDAN VALLEY HOSPTIAL, PURCHASE ORDER:  K0161, WEST JORDAN, UT 84088

10924   HOLY FAMILY CATHOLIC CHURCH, 9100 CROCKETT RD., BRENTWOOD, TN 37027

10924   HOLY FAMILY CATHOLIC CHURCH, 9100 CROCKETT ROAD, BRENTWOOD, TN 37027

10924   HOLY FAMILY CATHOLIC CHURCH, P.O. BOX 120129, NASHVILLE, TN 37212

10924   HOLY FAMILY SCHOOL, 8101 KOCHIA LANE, VICTORIA, MN 55386

10925   HOLY NAME HIGH SCHOOL, 955 E. WYOMISSING BLVD., READING, PA 19611

10924   HOLY SPIRIT CATHOLIC CHURCH, 770 WEST RAMSEY, SAN ANTONIO, TX 78216

10924   HOLY SPIRIT CATHOLIC CHURCH, CORNER MT. PAREN & N. SIDE DRIVE, ATLANTA, GA 30318

10925   HOLY SPIRIT CATHOLIC CHURCH, MORRIS AVE, UNION, NJ 07083

10925   HOLY TRINITY PRESERVATION TRUST, 110 SHAWMUT AVE., BOSTON, MA 02118

10924   HOLYOKE CARD & PAPER, 95 FISK AVENUE, SPRINGFIELD, MA 01107

10924   HOLYOKE CARD & PAPER, PO BOX 3450, SPRINGFIELD, MA 01101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   HOLYOKE COMMUNITY COLLEGE, C/O EAST COAST FIREPROOFING CO., 303 HOMSTEAD AVENUE, HOLYOKE, MA 01040

10925   HOLYOKE HOSPITAL, INC, 575 BEECH ST, HOLYOKE, MA 01040

10925   HOLZEM, GIANNI, 15512 BRYANT AVE SOUTH, BURNSVILLE, MN 55306

10924   HOLZER MEDICAL CENTER, 385 JACKSON PIKE, GALLIPOLIS, OH 45631

10925   HOLZER SHEET METAL WORKS, INC, PO BOX 70105, NEW ORLEANS, LA 70172-0105

10925   HOLZER, SURENE, 15022 SUNBURST ST., SEPULVEDA, CA 91343

10925   HOM, JOSEPH, 8000 BAYMEADOWWS CIRCLE EAST #5, JACKSONVILLE, FL 32256

10925   HOMA, GEORGE, 830 N 13TH ST, READING, PA 19604

10925   HOMACK, BARBARA, C/O BARBARA MARKEY, 547 HUNTER AVE, SCOTCH PLAINS, NJ 07076-1603

10925   HOMACK, PETER, 269 MARINA DR, FORT PIERCE, FL 34949-8816

10925   HOMAN, DOLORES, 11182 N 17500 E RD., GRANT PARK, IL 60940

10925   HOMANN, JAMES, RT.3 BOX 102, GRAPELAND, TX 75844

10925   HOMANN, JOYCE, 8618 BEECHNUT COURT, ELLICOTT CITY, MD 21043

10925   HOMBS, GENE, 20 N CHANNEL DR, ROUND LAKE BEACH, IL 60073

10925   HOMBURG CONTRACTORS INC, HAROLD H HOMBURG, 5590 MONONA DR, MONONA, WI 53713

10925   HOM-CHIN, MARGARET, 23 SHELLY ROAD, NORTON, MA 02766

10925   HOMCO INC/HOME INTERIORS, THOMAS M GILLER, AND FRANCES E PHILLIPS,

10925   HOMCO INTERNATIONAL, LOC 124, 4009 CAMERON ST, LAFAYETTE, LA 70506-1540

10925   HOMCO INTERNATIONAL, LOC 133, 2122 MAURICE ROAD, ODESSA, ECTOR COUNTY, TX

10925   HOMCO INTERNATIONAL, LOC 166, 424 E. DRESDEN ROAD, KALKASKA, MI 49646

10925   HOMCO INTL INC, 424 DRESIDEN, VILLAGE OF KALKASKA, KALKASKA, MI 49646-9452

10925   HOMCO INTL, INC, 1/2 MI. N. HWY 76, LINDSAY, OK 73052

10925   HOMCO INTL, INC, 1111-1115 S. E. 25TH, OKLAHOMA CITY, OK 73121

10925   HOMCO INTL, INC, 113/115 BEAU PRE ROAD, LAFAYETTE, LA 70502

10925   HOMCO INTL, INC, 1224 E. SANTA CLARA, SANTA PAULA, CA 93060

10925   HOMCO INTL, INC, 1231 SHADOWDALE, HOUSTON, TX 77248

10925   HOMCO INTL, INC, 1301 RENAUD, LAFAYETTE, LA 70502

10925   HOMCO INTL, INC, 180 MOUNTAIN VIEW, EVANSTON, WY 82930

10925   HOMCO INTL, INC, 1800 S. MERRITT ROAD, ELK CITY, OK 73644

10925   HOMCO INTL, INC, 2405 HWY 135 N, KILGORE, TX 75662

10925   HOMCO INTL, INC, 2620 S. 1500 EAST, VERNAL, UT 84078

10925   HOMCO INTL, INC, 2785 ROAD D, GRAND JUNCTION, CO 81501

10925   HOMCO INTL, INC, 3000 W. COUNTY ROAD, HOBBS, NM 88240

10925   HOMCO INTL, INC, 3632 SOUTH MAIN, PEARLAND, TX 77581

10925   HOMCO INTL, INC, 3701 FRUITVALE, BAKERSFIELD, CA 93308

10925   HOMCO INTL, INC, 3810 MAGNOLIA, PEARLAND, TX 77581

10925   HOMCO INTL, INC, 3810 MAGNOLIA, PEARLAND, TX 77588

10925   HOMCO INTL, INC, 3813 S. HWY. 281, ALICE, OK 78332

10925   HOMCO INTL, INC, 4011 SHILLINGWAY, DALLAS, TX 75266

10925   HOMCO INTL, INC, 4710 BELLAIRE BLVD, STE 200, BELLAIRE, TX 77401

10925   HOMCO INTL, INC, 4906 E. HOUSTON HWY, VICTORIA, TX 77901

10925   HOMCO INTL, INC, 57 MESA DRIVE, ROCK SPRINGS, WY 82901

10925   HOMCO INTL, INC, 6020 W. OKLAHOMA AVE, WOODWARD, OK 73801

10925   HOMCO INTL, INC, 6021 CAMILLE AVE, OKLAHOMA CITY, OK 73121

10925   HOMCO INTL, INC, 6405 W. YELLOWSTONE HWY, CASPER, WY 82601

10925   HOMCO INTL, INC, 7506 W. BARTON, CASPER, WY 82601

10925   HOMCO INTL, INC, 812 PATTON ROAD, GREAT BEND, KS 67202

10925   HOMCO INTL, INC, CLENDENNING ROAD, HOUMA AIRBASE, HOUMA, LA 70360

10925   HOMCO INTL, INC, HWY 2 NORTH (ACME), WILLISTON, ND 58801

10925   HOMCO INTL, INC, HWY 54, LIBERAL, KS 67901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HOMCO INTL, INC, HWY 90 FREDS ROAD, LAKE CHARLES, LA 70601

10925   HOMCO INTL, INC, HWY 92, 1164 SMEDE HWY, LAFAYETTE, LA 70502

10925   HOMCO INTL, INC, MILE 26 1/2 NORTH, KENAI, AK 99635

10925   HOMCO INTL, INC, S. DOUGLAS HWY, GILLETTE, WY 82716

10924   HOME ACRES BLDG SUPPLY CO, 5203 S. DIVISION, GRAND RAPIDS, MI 49548

10924   HOME ACRES BUILDING SUPPLY CO, 1760 N. STAR DR., TRAVERSE CITY, MI 49686

10924   HOME ACRES BUILDING SUPPLY CO., 1760 NORTH STAR DRIVE, TRAVERSE CITY, MI 49686

10924   HOME ACRES BUILDING SUPPLY, CAMBRIDGE, MA 02140

10924   HOME ACRES, 3737 E. MILHAN, KALAMAZOO, MI 49002

10924   HOME ACRES, 3737 EAST MILHAM, PORTAGE, MI 49002

10924   HOME BANK OF TENNESSEE, 216 FOOT HILLS MALL DRIVE, MARYVILLE, TN 37804

10925   HOME BUILDER EXECUTIVE, 45 WEST 21ST ST, NEW YORK, NY 10160-1593

10925   HOME BUILDING MATERIALS, INC, PO DRAWER 2089, SULPHUR, LA 70664

10924   HOME CONCRETE & SUPPLY, 400 NORTH LONG STREET, SALISBURY, NC 28144

10924   HOME CONCRETE & SUPPLY, P O BOX 139, SALISBURY, NC 28144

10925   HOME DEPOT CRC, THE, PO BOX 9915 DEPT 24, MACON, GA 31297-9915

10925   HOME DEPOT CRC/GECF, THE, PO BOX 105991 DEPT 24, ATLANTA, GA 30348-5991

10925   HOME DEPOT, 13400 MARKET ST, HOUSTON, TX 77015

10924   HOME DEPOT, 31-44 125TH STREET, FLUSHING, NY 11351

10925   HOME DEPOT, 601 E. ORDNANCE RD., GLEN BURNIE, MD 21061

10925   HOME DEPOT, 601 NEW ORDNANCE RD., GLEN BURNIE, MD 21061

10924   HOME DEPOT, MIDLOTIAN TURNPIKE, RICHMOND, VA 23236

10925   HOME DEPOT, PO BOX 650380 DEPT.24, DALLAS, TX 75265-0380

10925   HOME DEPOT, PO BOX 660335, DALLAS, TX 75266

10925   HOME DEPOT, POBOX 103081, ROSWELL, GA 30076

10925   HOME DEPOT, THE, 13400 MARKET ST, HOUSTON, TX 77015

10925   HOME DEPOT, THE, 6000 BALTIMORE NATIONAL PIKE, CATONSVILLE, MD 21228

10925   HOME DEPOT, THE, 9820 GLADES ROAD, BOCA RATON, FL 33434

10925   HOME DEPOT, THE, PO BOX 660335, DALLAS, TX 75266

10924   HOME DEPOT, VERSATILE COATINGS, HOLLYWOOD, CA 90028

10925   HOME DEPOT/GECF, PO BOX 9903, MACON, GA 31297-9903

10924   HOME FEDERAL - EL TORO, C/O WESTSIDE BUILDING MATERIALS, IRVINE, CA 92618

10924   HOME HARDWARE, 306 E. MARION ST., SHELBY, NC 28150

10924   HOME HOSPITAL, 26TH AND FERRY STREET, LAFAYETTE, IN 47901

10925   HOME INC, 2 CHURCH ST SOUTH SUITE 112, NEW HAVEN, CT 06519-1717

10924   HOME MISSION BOARD, 4200 NORTH POINT, ALPHARETTA, GA 30202

10924   HOME POOL CO., 1200 BURLEW BLVD., OWENSBORO, KY 42303

10925   HOME ROBERTS & OWENS COUNEL FOR GRA, KEN LUND, 1700 LINCOLN, DENVER, CO 80203

10925   HOME SAFETY INC, 1560 TELLER ST, LAKEWOOD, CO 80215-3416

10925   HOME SAVINGS TERMITE CONTROL INC, PO BOX 22711, LONG BEACH, CA 90801-5511

10924   HOME SAVINGS TERMITE CONTROL, INC., 10660 LOST VALLEY RANCH, PALMDALE, CA 93551

10924   HOME SAVINGS TERMITE CONTROL, INC., PO BOX 661129, LOS ANGELES, CA 90066

10925   HOME SECURITY CENTERS, 9940 E. COSTILLA AVE., ENGLEWOOD, CO 80112

10924   HOMEGUARD ALARM SYSTEMSI, 6 CHERRY DRIVE, COLTS NECK, NJ 07722

10925   HOMELITE DIVISION OF TEXTRON INC, JAMIESON SCHIFF TEXTRON INC, 40 WESTMINSTER ST, PROVIDENCE, RI 02903-2525

10925   HOMER & MARTHA GUDELSKY, FOUNDATION INC, 11900 TECH RD, MONTGOMERY INDUSTRIAL PK, SILVER SPRING, MD 20904-1910

10924   HOMER BLOCK CO., 205 S CEDAR ST, IMLAY CITY, MI 48444

10924   HOMER BLOCK COMPANY, 205 S. CEDAR STREET, IMLAY CITY, MI 48444

10924   HOMER FERTILIZER SERVICE, 500 W DAVIS ST, BUSHNELL, IL 61422

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HOMER LAUGHLIN CHINA CO., THE, #6 STOREROOM, NEWELL, WV 26050 | |
| 10924 | HOMER LAUGHLIN CHINA CO., THE, SIXTH & HARRISON STREET, NEWELL, WV 26050-1299 | |
| 10925 | HOMER R. DULIN COMPANY, 729 EAST WILLOW ST, LONG BEACH, CA 90806 | |
| 10925 | HOMESLEY, TIFFANY, 9622 B VINCA CIRCLE, CHARLOTTE, NC 28213 | |
| 10924 | HOMESTEAD BUILDING MATERI, PO BOX 1249, HOMESTEAD, FL 33090 | |
| 10925 | HOMESTEAD FLOWER, 10904 RAPHEL RD., BRADSHAW, MD 21021 | |
| 10925 | HOMESTEAD, PO BOX 641480, PITTSBURGH, PA 15264-1480 | |
| 10924 | HOMETOWN TRU-VALUE HARDWARE & LBR., 1104 STERLINGTON HWY., FARMERVILLE, LA 71241 | |
| 10924 | HOMEWOOD CAMPUS, C/O DAVENPORT FIREPROOFING & INS., UNIVERSITY PARKWAY, BALTIMORE, MD 21218 | |
| 10925 | HOMEWOOD SUITES HOTEL, 1181 WINTERSON RD., LINTHICUM, MD 21090 | |
| 10924 | HOMEWOOD SUITES, MANSELL ROAD, ALPHARETTA, GA 30202 | |
| 10925 | HOMEWOOD, KATHERINE, 1001 WHITEOAK RD H31, DOVER, DE 19901 | |
| 10925 | HOMEYER CONSULTING SERVICES INC, 1268 MAIN ST SUITE 250, TEWKSBURY, MA 01876 | |
| 10925 | HOMMAN, DAVID, W5257 HALL ROAD, POYNETTE, WI 53955 | |
| 10925 | HOMME ESQ, MARC S, P.O> BOX 4250, PALM DESERT, CA 92261-4250 | |
| 10924 | HOMMEL PAVING CO INC, 351 INDUSTRIAL ROAD, NEWPORT, TN 37821 | |
| 10924 | HOMMEL PAVING CORP, 351 INDUSTRIAL RD, NEWPORT, TN 37821 | |
| 10925 | HON, CAROLINE, BAKER HOUSE 362 MEMORIAL DRIVE, CAMBRIDGE, MA 02139 | |
| 10925 | HONAKER, MARY, 151 SHIRLEY ROSE, HAUGHTON, LA 71037 | |
| 10925 | HONATCO, HONESDALE NATIONAL BANK, TRUST DEPT, 733 MAIN ST PO BOX 350, HONESDALE, PA 18431-1844 | |
| 10925 | HONBOURGER, SL, 87 MEADOW AVE, CONCORD, NC 28025 | |
| 10925 | HONCHELL, BETH A., 7205 THOMAS DR., PANAMA CITY BAT, FL 32408 | |
| 10924 | HONDA RESEARCH & DELIVERY BLDG 2 A, 21001 STATE ROUTE 739, RAYMOND, OH 43067 | |
| 10924 | HONDA UG4, 21001 STATE ROUTE 739, RAYMOND, OH 43067 | |
| 10925 | HONDO OIL & GAS CO, JOHN J HOEY PRES & CEO, 410 E COLLEGE BLVD, ROSWELL, NM 88201 | |
| 10924 | HONEDESS CONSTRUCTION, 400 SOUTH STREET, CHAPEL HILL, NC 27514 | |
| 10925 | HONEGGER, KARL A, C/O OSTSCHWEIZERISCHE, TREUHANDGESELLSCHAFT, AG ZURICH, WENGISTR 7, ZURICH, CH-8026SWITZERLAND | *VIA Deutsche Post* |
| 10925 | HONEY, JAMES, 161 FRANKLIN ST, NORTHVALE, NJ 07647 | |
| 10925 | HONEY, JAMES, PO BOX 556, ST. MARTINVILLE, LA 70582 | |
| 10925 | HONEY, MICHAEL, 3060 BRISTOL RD, BENSALEM, PA 19020 | |
| 10925 | HONEYBAKED FOODS, PO BOX 1174, HOLLAND, OH 43528-0965 | |
| 10925 | HONEYBAKED HAM CO, THE, 1990 N FEDERAL HWY, POMPANO BEACH, FL 33062 | |
| 10925 | HONEYBAKED HAM CO, THE, 5445 TRIANGLE PKWY SUITE 400, NORCROSS, GA 30092 | |
| 10925 | HONEYBAKED HAM COMPANY, THE, 1990 N FEDERAL HWY, POMPANO BEACH, FL 33062 | |
| 10925 | HONEYBAKED HAM COMPANY, THE, 635 KINGSBRIDGE ROAD, CARROLLTON, GA 30117 | |
| 10925 | HONEYCUTT, BRIAN, 102 PALMETTO DR, SIMPSONVILLE, SC 29681 | |
| 10925 | HONEYCUTT, CHRISTY, 752 QUINBY AVE., WOOSTER, OH 44691 | |
| 10925 | HONEYCUTT, GLENDA, 1005 LASALLE ST, MONROE, NC 28110 | |
| 10925 | HONEYCUTT, GREGORY, 105 WRENN WAY, SIMPSONVILLE, SC 29681 | |
| 10925 | HONEYCUTT, HEATHER, 1831 N.FAULKNER, PAMPA, TX 79065 | |
| 10925 | HONEYCUTT, LISA, 2480 TANK RD, TERRY, MS 39170 | |
| 10925 | HONEYCUTT, TINA, 102 SPENCER JOSH CT, FOUNTAIN INN, SC 29644 | |
| 10925 | HONEYMAN, MARY, PO BOX 443, WAUKOMIS, OK 73773 | |
| 10924 | HONEYMEAD PRODUCTS CO., 2020 S. RIVERFRONT DRIVE, MANKATO, MN 56001 | |
| 10924 | HONEYMEAD PRODUCTS CO., PO BOX 3247, MANKATO, MN 56002 | |
| 10925 | HONEYWELL - PARTS LC, 415 WALCOT RD, WESTLAKE, LA 70669 | |
| 10924 | HONEYWELL AUTOMOTIVE DE MEXICO, C/O ARMANDO GARZA & SONS, INC., 5601 CERRITO PREITO COURT, LAREDO, 78044MEXICO | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HONEYWELL AUTOMOTIVE DE MEXICO, PABLO A. GONZALEZ, 500 PTE, MONTERREY N.L., 78041MEXICO | *VIA Deutsche Post* |
| 10924 | HONEYWELL AUTOMOTIVE DE MEXICO,, PABLO A. GONZALEZ 500 PTE., MONTERREY, 64640MEXICO | *VIA Deutsche Post* |
| 10924 | HONEYWELL FRICTION MATERIALS, 1551 MINERAL SPRINGS ROAD, ELBERTON, GA 30635 | |
| 10925 | HONEYWELL HOME AND BUILDING CONTROL, P.O. BOX 92091, CHICAGO, IL 60675-2091 | |
| 10925 | HONEYWELL INC - SERVICE, 350 PINE ST SUITE 250, BEAUMONT, TX 77701 | |
| 10925 | HONEYWELL INC(USE 53126), P.O. BOX 92103, CHICAGO, IL 60675-2103 | |
| 10925 | HONEYWELL INC, 1190 W DRUID HILLS DR NE STE #230, ATLANTA, GA 30329 | |
| 10925 | HONEYWELL INC, 13733 W RENA DR, LARGO, FL 34641 | |
| 10925 | HONEYWELL INC, 1500 118TH AVE NW, SAINT PETERSBURG, FL 33716 | |
| 10925 | HONEYWELL INC, 16404 NO BLACK CANYON HWY, PHOENIX, AZ 85023 | |
| 10925 | HONEYWELL INC, 1766 OLD MEADOW LANE, MCLEAN, VA 22102 | |
| 10925 | HONEYWELL INC, 21111 N 19TH AVE, PHOENIX, AZ 85072 | |
| 10925 | HONEYWELL INC, 217 INTERNATIONAL CIRCLE, HUNT VALLEY, MD 21030 | |
| 10925 | HONEYWELL INC, 2500 W UNION HILLS DRIVE, PHOENIX, AZ 85027 | |
| 10925 | HONEYWELL INC, 3079 PREMIERE PKWY #100, DULUTH, GA 30097 | |
| 10925 | HONEYWELL INC, 621 RTE 83, BENSENVILLE, IL 60106 | |
| 10925 | HONEYWELL INC, 999 OAKMONT PLAZA DR, WESTMONT, IL 60559 | |
| 10925 | HONEYWELL INC, AVIONICS DIVISION, CLEARWATER, FL 34624 | |
| 10925 | HONEYWELL INC, DEPT 0025, PALATINE, IL 60055-0025 | |
| 10925 | HONEYWELL INC, DEPT 0053, PALATINE, IL 60055-0053 | |
| 10925 | HONEYWELL INC, PO BOX 360213M, PITTSBURGH, PA 15251 | |
| 10925 | HONEYWELL INC, PO BOX 5048, BUENA PARK, CA 90622 | |
| 10925 | HONEYWELL INC, PO BOX 5114, CAROL STREAM, IL 60197-5114 | |
| 10925 | HONEYWELL INC, PO BOX 92103, CHICAGO, IL 60675-2103 | |
| 10925 | HONEYWELL INC, PO BOX 92115, CHICAGO, IL 60675-2115 | |
| 10924 | HONEYWELL INC, PO BOX5048, BUENA PARK, CA 90622 | |
| 10925 | HONEYWELL INC, ROBERT J FORD DIR REMEDIATION, HONEYWELL PLAZA, MINNEAPOLIS, MN 55408 | |
| 10925 | HONEYWELL INC, RON DES CHATELETS CHESTER FORMANICH, 1500 WEST DUNDEE ROAD, ARLINGTON HEIGHTS, IL 60004 | |
| 10925 | HONEYWELL INC., 8440 WESTGLEN, HOUSTON, TX 77063 | |
| 10925 | HONEYWELL INC., DEPT 0025, PALATINE, IL 60055-0025 | |
| 10925 | HONEYWELL INC., PO BOX 934, YORK, PA 17405 | |
| 10925 | HONEYWELL INCORPORATED, 2701 4TH AVE. SOUTH, MINNEAPOLIS, MN 55408-1792 | |
| 10924 | HONEYWELL INTERNATIONAL INC, 3000 20TH STREET NE, CLEVELAND, TN 37323 | |
| 10925 | HONEYWELL INTERNATIONAL INC., 101 COLUMBIA ROAD, MORRISTOWN, NJ 07962 | |
| 10925 | HONEYWELL INTERNATIONAL INC., 8550 UNITED PLAZA BLVD., BATON ROUGE, LA 70809 | |
| 10925 | HONEYWELL INTERNATIONAL INC., ALLIED SIGNAL, 101 COLUMBIA AVE, MORRISTOWN, NJ 07962 | |
| 10924 | HONEYWELL INTERNATIONAL INC., CLEARFIELD PLANT BLDG - C-13, CLEARFIELD, UT 84016 | |
| 10924 | HONEYWELL INTERNATIONAL, INC., 851 JACKSON STREET, GREENVILLE, OH 45331 | |
| 10924 | HONEYWELL INTERNATIONAL, INC., PO BOX4189, DANBURY, CT 06813-4189 | |
| 10924 | HONEYWELL INTERNATIONAL, INC., PO BOX4279, DANBURY, CT 06813 | |
| 10925 | HONEYWELL INTL INC, HELEEN SCHILLER, | |
| 10925 | HONEYWELL LIMITED, HWY 17, ROCKLAND, ON K4K 1L8CANADA | *VIA Deutsche Post* |
| 10925 | HONEYWELL MEXHON, 2235 AVENIDA COSTA ESTE #600, SAN DIEGO, CA 92173 | |
| 10925 | HONEYWELL PROTECTION SERVICES, DEPT 0025, PALATINE, IL 60055-0025 | |
| 10925 | HONEYWELL PROTECTION SERVICES, DEPT 25, NORTH SUBURBAN, IL 60155-0025 | |
| 10925 | HONEYWELL PROTECTION SERVICES, DEPT. 0025, PALATINE, IL 60055-0025 | |
| 10925 | HONEYWELL SATELITE SYSTEM, 19019 N 59TH AVE, GLENDALE, AZ 85308 | |
| 10925 | HONEYWELL SATELITE SYSTEMS, ATTN: A/P DEPT, PHOENIX, AZ 85072 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HONEYWELL SSEC, 12001 STATE HWY #55, PLYMOUTH, MN 55441 | |
| 10925 | HONEYWELL WCO, 2055 DUBLIN DR, SAN DIEGO, CA 92173 | |
| 10925 | HONEYWELL, 11601 ROOSEVELT BLVD, SAINT PETERSBURG, FL 33716 | |
| 10924 | HONEYWELL, 13350 U.S. HIGHWAY 19, CLEARWATER, FL 33764-7290 | |
| 10924 | HONEYWELL, 1515 W. BLANCKE STREET, LINDEN, NJ 07036 | |
| 10925 | HONEYWELL, 2015 W. 175TH ST, LANSING, IL 60438 | |
| 10924 | HONEYWELL, 3000 20TH ST. N.E., CLEVELAND, TN 37323 | |
| 10925 | HONEYWELL, 3000 OLD ROOSEVELT BLVD, SAINT PETERSBURG, FL 33716 | |
| 10924 | HONEYWELL, 3475 WESLEYAN BLVD. N, ROCKY MOUNT, NC 27804 | |
| 10925 | HONEYWELL, 5353 W BELL RD, GLENDALE, AZ 85308 | |
| 10925 | HONEYWELL, 795 HORSHAM ROAD, HORSHAM, PA 19044 | |
| 10925 | HONEYWELL, 8840 EVERGREEN BLVD, COON RAPIDS, MN 55433 | |
| 10925 | HONEYWELL, INC, 1100 VIRGINIA DR., FORT WASHINGTON, PA 19034 | |
| 10925 | HONEYWELL, INC, 217 INTERNATIONAL CIRCLE, FORT WASHINGTON, PA 19034 | |
| 10925 | HONEYWELL, INC, 217 INTERNATIONAL CIRCLE, HUNT VALLEY, MD 21031 | |
| 10925 | HONEYWELL, INC, 2350 W. PEORIA AVE., PHOENIX, AZ 85029 | |
| 10925 | HONEYWELL, INC, 4350 MALSBURY RD., CINCINNATI, OH 45242 | |
| 10925 | HONEYWELL, INC, INDUSTRIAL AUTOMATION & CONTROL, SUITE 510, 9200 CALUMET AVE., MUNSTER, IN 46321 | |
| 10925 | HONEYWELL, INC, PO BOX 101199, ATLANTA, GA 30392 | |
| 10925 | HONEYWELL, INC, PO BOX 101822, ATLANTA, GA 30392 | |
| 10925 | HONEYWELL, INC, PO BOX 92103, CHICAGO, IL 60675-2103 | |
| 10925 | HONEYWELL, INC, PO BOX, PITTSBURGH, PA 15251 | |
| 10925 | HONEYWELL, MICHAEL D LICHSTENSTEIN, 65 LIVINGSTON AVE, ROSELAND, NJ 07068 | |
| 10924 | HONEYWELL, PO BOX 22327, TEMPE, AZ 85285 | |
| 10925 | HONEYWELL, PO BOX 2245, MORRISTOWN, NJ 07962 | |
| 10924 | HONEYWELL, PO BOX 9003, CHESTER, VA 23831-9003 | |
| 10924 | HONEYWELL, PO BOX 9005, CHESTER, VA 23831-9005 | |
| 10925 | HONEYWELL, POBOX 92103, CHICAGO, IL 60675-2103 | |
| 10924 | HONEYWELL., 905 E. RANDOLPH ROAD, HOPEWELL, VA 23860 | |
| 10925 | HONEYWELL-MEASUREX, PO BOX 930861, ATLANTA, GA 31193 | |
| 10925 | HONG KONG UNIVERSITY OF SCIENC, THE, OFFICE OF CONTRACT & GRANT ADMINIST, CLEAR WATER BAY, KOWLOON, HONG KONG | *VIA Deutsche Post* |
| 10925 | HONG KONG, BOOK SALES AND BUDGET INFORMATION, ON SALES SYSTEM SHOULD NOT BE USE, FOR SALES ORDERS, 0 | *VIA Deutsche Post* |
| 10925 | HONG LAY HAN, BLK 250C COMPASSVALE ST 12 55, 543250SINGAPORE | *VIA Deutsche Post* |
| 10925 | HONG, KOH SOH, BLK 228 JURONG EAST, ST 21 08-749, 600228SINGAPORE | *VIA Deutsche Post* |
| 10925 | HONIGMAN MILLER SCHWARTZ & COHAN, 222 WASHINGTON SQUARE, SUITE 400, LANSING, MI 48933-1800 | |
| 10925 | HONIGMAN MILLER SCHWARTZ AND COHN, 2290 FIRST NATL BLDG, DETROIT, MI 48226-3583 | |
| 10925 | HONIGMAN MILLER SHWARTZ AND COHN, SUITE 400, LANSING, MI 48933-1800 | |
| 10925 | HONJIYO, DAVID, 2306 AHAMOA ST, PEARL CITY, HI 96782 | |
| 10925 | HONKANEN, ARVID, 34 FAIRWAY OAKS LN, ISLE OF PALMS, SC 29451 | |
| 10925 | HONKOMP, CLAY, 517 LEXINGTON AVE, NEWPORT, KY 41071 | |
| 10925 | HONKOMP, JENNIFER, 517 LEXINGTON AVE, NEWPORT, KY 41071 | |
| 10925 | HONKOMP, KENNETH, 1291 LENTZ RD, IOWA PARK, TX 76367 | |
| 10925 | HONN, GARY, 5445 1ST AVE SW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HONN, PATRICIA, 1600 6TH ST NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | HONNETTE, JOHN, 2501 CASTLEVIEW DRIVE, TURLOCK,, CA 95382 | |
| 10925 | HONORABLE GERALD BARD, THE, PO BOX 960, JACKSONVILLE, FL 32201 | |
| 10925 | HONORARY TREASURER, 15 WEST 72ND ST SUITE 12N, NEW YORK, NY 10023 | |
| 10925 | HONORE, JACKIE, 3141 JERSEY DR, ZACHARY, LA 70791 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HONRATH, WILLIAM, 220 N LOCUST ST, GREEN BAY, WI 54303 | |
| 10925 | HONROTH, WM F, AS CUST, WM F HONROTH III, 11471 KINGSLY DR, UNDER OHIO, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HOOBLER, GLORIA, 10690 WINFIELD LOOP, MANASSAS, VA 22110 | |
| 10924 | HOOD RIVER SAND & GRAVEL, 2620 OLD COLUMBIA RIVER, HOOD RIVER, OR 97031 | |
| 10924 | HOOD RIVER SAND & GRAVEL, 2630 OLD COLUMBIA RIVER, HOOD RIVER, OR 97031 | |
| 10925 | HOOD, ALFREDA, 1556 HEATHER ST, CRAIG, CO 81625 | |
| 10925 | HOOD, BENNIE, 2902 WEST GEORGIA RD, PIEDMONT, SC 29673-9337 | |
| 10925 | HOOD, BRADLEY, 120 MARINO LN, WALHALLA, SC 29691-3641 | |
| 10925 | HOOD, CATHY, 1101 LUTTRELL AVE LOT 19, OXFORD, AL 36203 | |
| 10925 | HOOD, DLLANA, 6009 TRANQUILITY, FORT WORTH, TX 76140 | |
| 10925 | HOOD, DOROTHY, 22 PYECROFT RD GRAT SANKEY, WARRINGTON, CHESHIRE, WA53NEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HOOD, JACKIE, 4342 FORK SHOALS ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | HOOD, JAMES, 205 WEST ASH, WILBURTON, OK 74578 | |
| 10925 | HOOD, JAMES, 311 WELLINGTON WAY, CENTRAL, SC 29630 | |
| 10925 | HOOD, JOHN, 204 NW REDWOOD CT, LEES SUMMIT, MO 64064 | |
| 10925 | HOOD, JOHNATHAN LE, 217 PARHAM ROAD, ENOREE, SC 29335 | |
| 10925 | HOOD, MARY, RT. 1, BOX 239-09, BUNKIE, LA 71322 | |
| 10925 | HOOD, MICHAEL BURTON, 15580 SW 272 ST, HOMESTEAD, FL 33032-8112 | |
| 10925 | HOOD, NORVELL, 3925 RIVER RD, VANCEBORO, NC 28586 | |
| 10925 | HOOD, PRENTISS, PO BOX 54, STRINGER, MS 39481 | |
| 10925 | HOOD, RAYMOND, 8 BLVD PLACE, LINTHICUM, MD 21090-1630 | |
| 10925 | HOOD, RICHARD, 409 INVADER ST, SULPHUR, LA 70663 | |
| 10925 | HOOD, RICHARD, 831 SHIPWRECK PLACE, INMAN, SC 29349 | |
| 10925 | HOOD, ROBERT, 3021 VILLAWOOD CIR, RALEIGH, NC 27603 | |
| 10925 | HOOD, SAUNDRA, 3315 RANDALL RD., SUITLAND, MD 20746 | |
| 10925 | HOOD, SIRNORA, 206 N. HUGHES, AMARILLO, TX 79107 | |
| 10925 | HOOD, THOMAS, 29 CHINABERRY LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | HOOGE, PHILIP, 5601 WEST 46TH, SIOUX FALLS, SD 57106 | |
| 10925 | HOOGENDYK, JEAN, 805 WESLEY AVE, SHREVEPORT, LA 71107 | |
| 10925 | HOOK, WILLIAM, 273 ELEPHANT PATH, PERKASIE, PA 18944 | |
| 10925 | HOOKER, CHERYL, 1829 B S.W. 42 WAY, GAINESVILLE, FL 32607 | |
| 10925 | HOOKER, GAIL, 28 CRYSTAL ST, GREENVILLE, SC 29605 | |
| 10925 | HOOKER, LARRY, 2008 SPRING CT, FORT COLLINS, CO 80525 | |
| 10925 | HOOKER, STEPHEN, 3 TIMBER CREEK COURT, TAYLORS, SC 29687 | |
| 10925 | HOOKS FLAGS, 7225 N 47TH AVE, GLENDALE, AZ 85301-2101 | |
| 10925 | HOOKS, CAROL, 10919 PAULWOOD, HOUSTON, TX 77071 | |
| 10925 | HOOKS, SHIRLEY, 116 ARROWHEAD DR, MONTGOMERY, AL 36117-4104 | |
| 10925 | HOOLIHAN, ANGELA, 2824 SAGE VALLEY, DALLAS, TX 75211-7801 | |
| 10925 | HOON, RAYMOND, 43 PEACOCK LANE, MURRAY, KY 42071 | |
| 10925 | HOOPER CORP, 2030 PENNSYLVANIA AVE, MADISON, WI 53704 | |
| 10925 | HOOPER CORP, FOLEY & LARDNER DOUGLAS B CLARK, 150 EAST GILMAN ST, PO BOX 1497, MADISON, WI 53701-1497 | |
| 10925 | HOOPER HOOPER OWEN &GOULD, 801 PENNSYLVANIA AVE,NW, WASHINGTON, DC 20004 | |
| 10925 | HOOPER, BENNY, 1715 48TH ST #34, WOODWARD, OK 73801 | |
| 10925 | HOOPER, BETTY, ROUTE 1 BOX 98, COMMERCE, GA 30529 | |
| 10925 | HOOPER, DENNIS R, 1979 E 1630 NORTH ROAD, WATSEKA, IL 60970 | |
| 10925 | HOOPER, DENNIS, RTE 3 BOX 197, WATSEKA, IL 60970 | |
| 10925 | HOOPER, J, 112 AIKEN ST., CHESTER, SC 29706 | |
| 10925 | HOOPER, JANICE, 1300 DAWSON PL, ROCKY MOUNT, NC 27804 | |
| 10925 | HOOPER, JEANETTE, 3860 SHERMAN TOWN DR, INDIANAPOLIS, IN 46237 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HOOPER, JR, JAMES, 2153 LASALLE AVE, TERRYTOWN, LA 70056

10925   HOOPER, K B, 2 DAVID WAY, LITTLETON, MA 01460

10925   HOOPER, KAREN, 8806 LAMAR, ODESSA, TX 79765

10925   HOOPER, KATHERINE, 411 E MADISON, POWELL, WY 82435

10925   HOOPER, KENNETH, 2 DAVID WAY, LITTLETON, MA 01460

10925   HOOPER, LESLIE, 708 N.E. 4TH PLACE, ANDREWS, TX 79714

10925   HOOPER, R, 211 TUCSON, DUNCANVILLE, TX 75116

10925   HOOPER, ROGER, BOX 556, HAWLEY, TX 79525

10925   HOOPER, ROLAND, R. 11 BOX 2836 EASLEY HWY., GREENVILLE, SC 29611

10925   HOOPER, RONALD, BLDG 65, AVE C, EDISON ESTATES, EDISON, NJ 08837

10925   HOOPER, SUSAN, 2153 LASALLE AVE, TERRYTOWN, LA 70056

10925   HOOPERT, RICHARD, 7412 BELMONT AVE, BALTIMORE, MD 21224

10925   HOOPES, LORA SUE, 405 GLASGOW ST, POTTSTOWN, PA 19464

10925   HOOPES, ROBERT J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   HOOPES, ROBERT, 4 CHAPEL HILL DR, NASHUA, NH 03063

10925   HOOPES, SANDRA, 880 BARRENS VILLAGE, ROANOKE, VA 24019

10925   HOOPES, WALTER, 14215 86TH AVE NORTH, SEMINOLE, FL 33776

10925   HOOPINGARNER, LAURI, 2519 MONROE COURT, HARRISBURG, NC 28075

10925   HOORETZ, JANE, 2820 B MULBERRY LN, GREENVILLE, NC 27834

10925   HOOSHMAND, NADER, 91 S.W. 12TH WAY, BOCA RATON, FL 33486

10925   HOOSIER OVERDOORS OF IN INC, 2121 GETTLER ST, DYER, IN 46311

10925   HOOT, ONE, GRO, NY, NY 10001

10925   HOOT, TWO, OLD, NY, NY 10001

10925   HOOTHAY, DEBORAH, 518 CINCINNATI, EL PASO, TX 79902

10925   HOOTON, DE, NEW, NY, NY 10087

10925   HOOTON, DISABILITY, LOK, NY, NY 10080

10925   HOOTON, GROSS, BRID, NY, NY 10089

10925   HOOTON, GROSS, BUT, NY, NY 10028

10925   HOOTON, PRE-RET, ELI, NY, NY 10054

10925   HOOTON, PRIOR SERVICE, HAP, NY, NY 10089

10924   HOOTS CONCRETE CO., INC., ATTN:  ACCOUNTS PAYABLE, WINSTON-SALEM, NC 27117

10924   HOOTS CONCRETE CO.,INC., ATTN:  ACCOUNTS PAYABLE, WINSTON-SALEM, NC 27117

10925   HOOTS, BETSY, 1370 FRONT ST, MANCHESTER, NH 03102

10925   HOOVEN METAL TREATING, 11-C OLD RIGHT ROAD, IPSWICH, MA 01938

10924   HOOVER CONTAINMENT SYSTEM, 4085 BAIN ST., MIRA LOMA, CA 91752

10924   HOOVER CONTAINMENT, INC., 4085 BAIN ST., MIRA LOMA, CA 91752

10924   HOOVER CONTAINMENT, INC., 4085 BAIN STREET, MIRA LOMA, CA 91752

10924   HOOVER DAM PROJECT, CAMBRIDGE, MA 99999

10924   HOOVER DAM VISITOR CENTER, CAMBRIDGE, MA 99999

10924   HOOVER DAM VISITOR CENTER, HOOVER DAM, CARSON CITY, NV 89701

10924   HOOVER DAM, BONANZA MATERIALS, LAS VEGAS, NV 89102

10924   HOOVER GROUP INC, 6740 BAY MEADOW DRIVE, GLEN BURNIE, MD 21060

10924   HOOVER GROUP INC., PO BOX396, SEVERN, MD 21144

10924   HOOVER GROUP, 3363 HOLLINS FERRY RD, BALTIMORE, MD 21227

10924   HOOVER HANES RUBBER CORP, PEQUANOC DRIVE, TALLAPOOSA, GA 30176

10924   HOOVER HANES RUBBER CORP., PO BOX 346, TALLAPOOSA, GA 30176

10924   HOOVER HIGH SCHOOL, 4905 POWELL AVENUE, BIRMINGHAM, AL 35222

10925   HOOVER JR, WESLEY A, 19551 US HWY 41 S, FORT MYERS, FL 33908-4808

10925   HOOVER MATERIALS HANDLING GROUP INC, PO BOX 100567, ATLANTA, GA 30384-0567

10925   HOOVER MATERIALS HANDLING GROUP INC, POBOX 100567, ATLANTA, GA 30384-0567

10925   HOOVER MATERIALS HANDLING, 1951 LYNX PLACE, MIRA LOMA, CA 91752

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOOVER MATERIALS HANDLING, PO BOX 100567, ATLANTA, GA 30384-0567 | |
| 10924 | HOOVER MIDDLE SCHOOL, 2826 COLUMBIANA ROAD, HOOVER, AL 35216 | |
| 10925 | HOOVER, ANDREW, 2902 UNION AVE, ALTOONA, PA 16602 | |
| 10925 | HOOVER, ANNA KATHLEEN, 215 W. SELBY ST, ALLIANCE, OH 44601 | |
| 10925 | HOOVER, BRUCE, 615 S PARK, IOWA PARK, TX 76367 | |
| 10925 | HOOVER, DAVID, 1631 WILD FOX DRIVE, CASSELBERRY, FL 32707 | |
| 10925 | HOOVER, EDWARD C., 430 MIDDLE AVE., WILMERDING, PA 15148 | |
| 10924 | HOOVER, INC., 35 EDENWOLD ROAD, MADISON, TN 37115 | |
| 10924 | HOOVER, INC., ATTN:  ACCOUNTS PAYABLE, LA VERGNE, TN 37086-1700 | |
| 10925 | HOOVER, JANIS H, 1204 ARDMORE CT APT TC, FREDERICK, MD 21701 | |
| 10925 | HOOVER, JEFFERSON, PO BOX 2144, JOPLIN, MO 64803 | |
| 10925 | HOOVER, KATHRYN, 233 BRADLEY RD, WEST COLUMBIA, SC 11783 | |
| 10925 | HOOVER, KENNETH, 6133 CO. RD. 51, BIG PRAIRIE, OH 44611 | |
| 10925 | HOOVER, MELISSA, 3338 MONTROSE AVE, READING, PA 19605 | |
| 10925 | HOOVER, MIKE, 500 CENTURY VISTA DRIVE, ARNOLD, MD 21012 | |
| 10925 | HOOVER, MYRA, 505 NW 47, OKLAHOMA CITY, OK 73118 | |
| 10925 | HOOVER, NED, 2500 CHAMBERLAIN, PLANO, TX 75023 | |
| 10925 | HOOVER, PATRICIA, 9805 ELAM RD., DALLAS, TX 75217 | |
| 10925 | HOOVER, RACHELL, PO BOX 2084, GRANBY, MO 64840 | |
| 10925 | HOOVER, RICK, 204 WIGHAM, BURKBURNETT, TX 76354 | |
| 10925 | HOOVER, ROBERT E, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406 | |
| 10925 | HOOVER, ROBERT, 134-39 BLOSSOM AVE, FLUSHING, NY 11355 | |
| 10925 | HOOVER, ROBERT, 6942 AUTUMN LAKE TRL, HIXSON, TN 37343 | |
| 10925 | HOOVER, ROXANNE, 12N. TWNSHIP LINE RD, ROYERSFORD, PA 19468 | |
| 10925 | HOOVER, RUSSELL, 3338 MONTROSE AVE, READING, PA 19605 | |
| 10925 | HOOVER, SAMMY, 800 TWO MILE CREEK RD, ENOREE, SC 29335 | |
| 10925 | HOOVER, SHERYL, 123 N. MEADOWS DRIVE, GLEN BURNIE, MD 21060 | |
| 10925 | HOOVER, VERNON, 12 MELVILLE ROAD, PASADENA, MD 21122-2012 | |
| 10925 | HOOVER, VICKI, 9105 HOCKING ST NW, MASSILON, OH 44646 | |
| 10924 | HOOVERDAM, BONANZA CONSTRUCTION, LAS VEGAS, NV 89102 | |
| 10925 | HOOVERS INC, 1033 LA POSADA DRIVE SUITE 250, AUSTIN, TX 78752 | |
| 10925 | HOP, RAYMOND, PO BOX 222, ST ANNE, IL 60964 | |
| 10925 | HOPAT INC, 626 BUNTING DR, DELRAY BEACH, FL 33444 | |
| 10925 | HOPE AIR SYSTEMS DIV, POBOX 42067, PROVIDENCE, RI 02940-2067 | |
| 10924 | HOPE COLLEGE, C/O RITSEMA & ASSOC., HOLLAND, MI 49423 | |
| 10924 | HOPE CONCRETE PRODUCTS, HWY 67 WEST, HOPE, AR 71801 | |
| 10924 | HOPE CONCRETE PROUDCTS, P.O. BOX 396, HOPE, AR 71801 | |
| 10924 | HOPE CONCRETE, PO BOX 396, HOPE, AR 71801 | |
| 10925 | HOPE CURTIS JONES HEATH, C/O EDWARD P HEATH JR, 4907 N DRAKE AVE, CHICAGO, IL 60625-5615 | |
| 10925 | HOPE GROUP INC, THE, PO BOX 30454, HARTFORD, CT 06150 | |
| 10925 | HOPE GROUP, THE, PO BOX 30454, HARTFORD, CT 06150 | |
| 10925 | HOPE GROUP, THE, PO BOX 42067, PROVIDENCE, RI 02940 | |
| 10925 | HOPE INC, 337 RESERVOIR ST, NEEDHAM, MA 02194 | |
| 10925 | HOPE PUBLICATIONS/IHAC, 350 EAST MICHIGAN AVE, KALAMAZOO, MI 49007-3851 | |
| 10924 | HOPE VALLEY ELEM. SCHOOL, 3223 UNIVERSITY DR., DURHAM, NC 27707 | |
| 10925 | HOPE, JULIE, 1622 GREYWOOD, MESQUITE, TX 75149 | |
| 10925 | HOPE, MAY, 18 KENNEL CT, SIMPSONVILLE, SC 29681 | |
| 10924 | HOPEDALE JR/SR HIGH SCHOOL, P/U AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVE, NORWOOD, MA 02062 | |
| 10925 | HOPELAND UNITED METHODIST CHURCH, 295 N. CLAY ROAD, LITITZ, PA 17543 | |

i9

WR Grace

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOPEMAN BROTHERS MARINE INTERIORS, 435 ESSEX AVE, WAYNESBORO, VA 22980 | |
| 10924 | HOPEN STUDIO, INC., 227 MAIN STREET, SUTTON, WV 26601 | |
| 10924 | HOPEN STUDIO, INC., 266 NORTH HILL ROAD, SUTTON, WV 26601 | |
| 10925 | HOPES, PAULINE, 503 EAST WASHINGTON ST, EDNA, TX 77957 | |
| 10925 | HOPES, STEVEN, 5917 N BROAD ST, PHILA PA, PA 19141 | |
| 10925 | HOPF, DIANE, 11 PALERMO AVE, ORLANDO, FL 32825 | |
| 10925 | HOPFENSPERGER, BRIAN, 740 W WISCONSIN AVE 312, 245, MILWAUKEE, WI 53233 | |
| 10925 | HOPFER, ALBERT, ROUTE 1 BOX 207, RIPLEY, WV 25271-9735 | |
| 10925 | HOPFER, DIANE, 3450 RAVENWOOD, TOLEDO, OH 43614 | |
| 10925 | HOPKINS GOLDENBERG, 2227 S. STATE ROUTE 157, PO BOX 959, PO BOX 959, EDWARDSVILLE, IL 62025 | |
| 10925 | HOPKINS GOLDENBERG, 65 EAST FERGUSON AVE, PO BOX 289, PO BOX 128, WOODRIVER, IL 62095 | |
| 10924 | HOPKINS GOLDENDBERG, PC, 400 NE JEFFERSON AVE, PEORIA, IL 61603 | |
| 10925 | HOPKINS JR, MILES, BOX 107, 313 OLD JOPPS RD, BELAIR, MD 21014 | |
| 10925 | HOPKINS JR, TED, 1462 E WASHINGTON ST, GIDDINGS, TX 78942-2152 | |
| 10925 | HOPKINS, AMOS, PO BOX 848, MILWAUKEE, WI 53201 | |
| 10925 | HOPKINS, BEVELY, 38 EASTERN STATES PKWY, SOMERVILLE, NJ 08876 | |
| 10925 | HOPKINS, CLYDE, 109 SEA OATS INLET, MAULDIN, SC 29662 | |
| 10925 | HOPKINS, COREY, 5542 HOBART ST, PITTSBURGH, PA 15217 | |
| 10925 | HOPKINS, CYNTHIA, 11760 NW 26TH, PLANTATION, FL 33323 | |
| 10925 | HOPKINS, DALE, 111 KINGSLEY DR, MAULDIN, SC 29662-2329 | |
| 10925 | HOPKINS, DALE, 2944 MUSSMAN, INDIANAPOLIS, IN 46222 | |
| 10925 | HOPKINS, DAVID, 5114 RONMILL DRIVE, HILLIARD, OH 43026 | |
| 10925 | HOPKINS, DONALD G, 4606 S GARNETT, TULSA, OK 74146 | |
| 10925 | HOPKINS, FREDA, RT. 5, 5345 B, DAWSONVILLE, GA 30534 | |
| 10925 | HOPKINS, JAMES, 312 WESTGATE, LIBBY, MT 59923 | |
| 10925 | HOPKINS, JANE H, 3001 MONTA VISTA ST, OLYMPIA, WA 98501-6002 | |
| 10925 | HOPKINS, JANET, 44508 ARAPAHO AVE, FREMONT, CA 94539 | |
| 10925 | HOPKINS, JEFF & CATHY, C/O TERRY ABERNATHY, ATTY, 115 S SECOND ST, PO BOX 441, SELMER, TN 38375 | |
| 10925 | HOPKINS, JEFF & CATHY, ROUTE 2 BOX 13AA, MICHIE, TN 38357 | |
| 10925 | HOPKINS, JEFF, NEW HOPE RD RT 2 BOX 13AA, MICHIE, TN 38357 | |
| 10925 | HOPKINS, JEFF, ROUTE 2, BOX 13 AA, MICHIE, TN 38357 | |
| 10925 | HOPKINS, JOHN D, 5312 HALTER LANE, NORFOLK, VA 23502-4435 | |
| 10925 | HOPKINS, JOHN, 4622 LANGSTON DR, BOWIE, MD 20715 | |
| 10925 | HOPKINS, KAREN, 3511 PRINCETON, MIDLAND, TX 79703 | |
| 10925 | HOPKINS, KATHLEEN, 8607 E. RENO #4, MIDWEST CITY, OK 73110 | |
| 10925 | HOPKINS, KENNETH, 8880 FT SMALLWOOD RD, PASADENA, MD 21122 | |
| 10925 | HOPKINS, KRISTIN, 1815 #B EAST BLVD, CHARLOTTE, NC 28203 | |
| 10925 | HOPKINS, LESTER, 925 SO 5TH ST, CAMDEN, NJ 08103 | |
| 10925 | HOPKINS, LOYD, 9351 MELLENBROOK ROAD, COLUMBIA, MD 21045 | |
| 10925 | HOPKINS, MARK, 210 MIAMI, LEAVENWORTH, KS 66048 | |
| 10925 | HOPKINS, MARTIN, 8 BENJAMIN RD, LEXINGTON, MA 02173-7140 | |
| 10925 | HOPKINS, MICHAEL, 1314 CHESTNUT ST, SCOTLAND NECK, NC 27874 | |
| 10925 | HOPKINS, MINNIE, ROUTE 2, DONALDS, SC 29638-9802 | |
| 10925 | HOPKINS, PATRICIA, 35 BRETT COURT, WARWICK, RI 02886 | |
| 10925 | HOPKINS, PHILLIP, RT. #1, BOX 175B, MENDENAHLL, MS 39114 | |
| 10925 | HOPKINS, RAY, 441 CHANDLER RD, PELZER, SC 29669 | |
| 10925 | HOPKINS, REIKO, RT 2 BOX 358A, AUGUSTA, GA 30909 | |
| 10925 | HOPKINS, RHODA, 965 WEST FIFTH ST, PLAINFIELD, NJ 07063 | |
| 10925 | HOPKINS, RICHARD, 3041 SPROWL ROAD, LOUISVILLE, KY 40299 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HOPKINS, SAMANTHA, 352 SOUTH DREW ST, BALTIMORE, MD 21224

10925   HOPKINS, SHANA, 4521 EMPEROR DR., FORT WORTH, TX 76119

10925   HOPKINS, SIMONE, 2304 CHELSEA DRIVE, FORT WORTH, TX 76119

10925   HOPKINS-HUNT, RHONDA, 2252 PEWTER DRIVE, KNOXVILLE, TN 37909

10925   HOPPE, ALBERT, 501 SHANNON DR, GREENVILLE, SC 29615-1818

10925   HOPPE, CINDY, 6519 NORTH NEWCASTLE, CHICAGO, IL 60631

10925   HOPPE, HAROLD, 3064 VILLAGE DR, COVINGTON, KY 41017-3239

10925   HOPPE, HAROLD, 3064 VILLAGE DRIVE, EDGEWOOD, KY 41017

10925   HOPPE, VIVIAN, 501 SHANNON DRIVE, GREENVILLE, SC 29615

10925   HOPPEN, LINDA, 3923 BIDDEFORD PL, RICHMOND, VA 23233

10925   HOPPENWORTH, ROBERT, 1025 NORTH TUSTIN ST, 106, ORANGEM, CA 92867

10924   HOPPER BUILDING SUPPLY, 302 S. 30TH ST., PHOENIX, AZ 85034

10924   HOPPER BUILDING SUPPLY, 320 S. 30TH ST., PHOENIX, AZ 85034

10925   HOPPER, FAITH, 114 RIDGEVIEW DR, EUSTIS, FL 32726

10924   HOPPER, INC., 472 RANDY RD, CAROL STREAM, IL 60188

10925   HOPPER, MAYNARD, 1485 NORTH 550 WEST, OREM, UT 84057-2557

10925   HOPPER, NANCY, 9102 PITCAIRN DRIVE, TEGA CAY, SC 29715

10925   HOPPER, RUTH, 1617 ROCKY GLEN LANE, CHARLOTTE, NC 28214

10925   HOPPLE, MICHAEL, 32 NORTH 5TH ST, WOMELSDORF, PA 19567

10924   HOPSON SPECIALTY SYSTEMS, 60 DILLEY ST, WILKES-BARRE, PA 18703

10924   HOPSON SPECIALTY SYSTEMS, 60 DILLEY STREET, FORTY FORT, PA 18704

10924   HOPSON SPECIALTY SYSTEMS, CAMBRIDGE, MA 02140

10925   HOPSON, CHRISTINE, 90 KANE AVE, HEMPSTEAD, NY 11550

10925   HOPSON, VIVIAN, ROUTE 1, BOX 296, KOSCIUSKO, MS 39090

10925   HOPSON, WILLIAM, 997 KOWACH DR., CRAIG, CO 81625

10924   HOPTON PLASTERING, C/O UNIVERSITY MEDICAL CENTER, JACKSON, MS 39206

10924   HOPYARD CENTER, S.F. GRAVEL, 5050 HOPYARD RD., PLEASANTON, CA 94566

10924   HORACE MANN SCHOOL, (RIVERDALE NEAR YONKERS), 246TH STREET & POST ROAD, BRONX, NY 10454

10925   HORACE W. RICE, 3100 DYAS DR., HUNTSVILLE, AL 35810

10925   HORACEK, BLANCHE, RR 3 BOX 348, MOMENCE, IL 60954

10925   HORACEK, CAROL, 602 S.PARK TOWN DR., DEER PARK, TX 77536

10925   HORACIO RAFAEL DIAZ, MANUEL ARCE DE LA OLIVA 760, MIRAFLORES LIMA 18, LIMA, PERU    *VIA Deutsche Post*

10925   HORAIST, PATRICIA, 504 WOODVALE AVE, LAFAYETTE, LA 70503-3436

10925   HORAK, ELLEN P, CUST, ANNE MARIE HORAK, UNIF GIFT MIN ACT WI, 755 NICOLET AVE, DE PERE, WI 54115-3063

10925   HORAK, RICHARD D, HORAK FARMS & SERVICES, PO BOX 31, DE PERE, WI 54115-0031

10925   HORAN, JOHN, 6680 BRIER CREEK DR, NEW PALESTINE, IN 46163

10925   HORATA, ANN, 48-30 48 ST APT 1R, WOODSIDE, NY 11377

10925   HORATA, ANN, 48-30 48TH ST, 1R, WOODSIDE, NY 11377

10925   HORBATH, M, 13149E 29TH ST, TULSA, OK 74134

10925   HOREHLED JT TEN, ANTON M & HELEN A, 222 W PERSHING BLVD, CHEYENNE, WY 82001-2538

10925   HORGER, FRANCIS, PO BOX 3521, BAYTOWN, TX 77520-6043

10925   HORIBA INSTRUMENTS INC, PO BOX 51-2936, LOS ANGELES, CA 90051-0936

10925   HORIBA INSTRUMENTS INC, POBOX 2936, LOS ANGELES, CA 90051-0936

10925   HORIBA INSTRUMENTS INCORPORATED, PO BOX 2936, LOS ANGELES, CA 90051-0936

10925   HORIBA INSTRUMENTS, INC, 17671 ARMSTRONG AVE., IRVINE, CA 92714

10925   HORIBA INSTRUMENTS, INC, PO BOX 2936, LOS ANGELES, CA 90051-0936

10925   HORINE, MARK ALAN, 751-13 PIEDMONT, ATLANTA,, GA 30308

10925   HORINE, RICKEY, ROUTE 4, BOX 134, CARROLLTON, MO 64632

10925   HORIZON AIR SERVICES INC, 130 EASTERN AVE, CHELSEA, MA 02150

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HORIZON CARPET & UPHOLSTERY CLEANER, 4601 EAST LUDLOW DRIVE, PHOENIX, AZ 85032 | |
| 10924 | HORIZON ELECTRIC, 1022 WEST GERMANTOWN PIKE, NORRISTOWN, PA 19401 | |
| 10925 | HORIZON ELECTRIC, INC, PO BOX 2828, LAGRANGE, GA 30241 | |
| 10925 | HORIZON ELECTRONICS, INC, PO BOX 23683, CHATTANOOGA, TN 37422 | |
| 10925 | HORIZON ELECTRONICS, PO BOX 23683, CHATTANOOGA, TN 37422 | |
| 10925 | HORIZON HIGH REACH, 1403 ROME RD, BELTSVILLE, MD 21227-1420 | |
| 10924 | HORIZON INDUSTRIAL SUPPLY INC, PO BOX 2122, LAKE CITY, FL 32056 | |
| 10924 | HORIZON INDUSTRIAL SUPPLY, INC., US 90 WEST, LAKE CITY, FL 32055 | |
| 10925 | HORIZON PACKAGING, INC, 6224 RINGGOLD ROAD, CHATTANOOGA, TN 37412 | |
| 10925 | HORIZON SCREEN PRINT, 4156-58 WEST 54TH ST, CHICAGO, IL 60632 | |
| 10925 | HORIZON SERVICES, INC, 9151-B RED BRANCH RD., COLUMBIA, MD 21045 | |
| 10924 | HORIZON SOLUTIONS - OAKES, 80 COMMERCIAL ST., HOLYOKE, MA 01041 | |
| 10924 | HORIZON SOLUTIONS - OAKES, PO BOX 948, HOLYOKE, MA 01041-0948 | |
| 10924 | HORIZON SOLUTIONS - RERO DISTRIB., PO BOX92203, ROCHESTER, NY 14692 | |
| 10925 | HORIZON STAFFING, 650 MT. ZION ROAD SUITE D, JONESBORO, GA 30236 | |
| 10925 | HORIZON SYSTEMS INC, POBOX 4290, LAWRENCE, KS 66046-1290 | |
| 10925 | HORIZON SYSTEMS INC., PO BOX 4290, LAWRENCE, KS 66044-1290 | |
| 10925 | HORIZON SYSTEMS, INC, 335 NORTH RIVER #202, BATAVIA, IL 60510 | |
| 10924 | HORIZON TRADE SERVICE CO, 80 SOUTH WEST 8TH ST., MIAMI, FL 33130 | |
| 10924 | HORIZON TRADE SERVICES CORP, 80 S.W. 8TH STREET, MIAMI, FL 33130 | |
| 10924 | HORIZON TRADE SERVICES CORP, 8403 N.W. 68ND STREET, MIAMI, FL 33166 | |
| 10925 | HORIZON TRAILERS, 670 S. DIXIE HWY, POMPANO BEACH, FL 33060 | |
| 10925 | HORIZON TRUCK WASH, POBOX 222186, EL PASO, TX 79913 | |
| 10925 | HORIZONS INCORPORATED, 18531 S MILES RD, CLEVELAND, OH 44128 | |
| 10925 | HORIZONS TECHNOLOGY, INC, 3990 RUFFIN RD., SAN DIEGO, CA 92123 | |
| 10925 | HORIZONS UNLIMITED, 9385 TENAYA WAY, KELSEYVILLE, CA 95451 | |
| 10925 | HORIZONS UNLIMITED, INC, 42 OLD MILL RD., MILLINGTON, NJ 07946 | |
| 10925 | HORKA, IRENE, 233 WHITE BIRCH ROAD, EDISON, NJ 08837 | |
| 10925 | HORKAN, JOE, PO BOX 374, PORTAGE, WI 53901 | |
| 10925 | HORKAN, MARGARET, 111 STONECLIFFE AISLE, IRVINE, CA 92612 | |
| 10925 | HORLEBEIN, CARL, SCHILLERSTR 12, ASCHAFFENBURG, 875GERMANY | **\*VIA Deutsche Post\*** |
| 10925 | HORMANN, MARK, RURAL ROUTE 1, CLARENCE, IA 52216 | |
| 10924 | HORMEL FOODS CORPORATION, 1 HORMRL PLACE, AUSTIN, MN 55912 | |
| 10924 | HORMEL FOODS CORPORATION, 1816 9TH ST. N.E., AUSTIN, MN 55912 | |
| 10924 | HORMEL FOODS CORPORATION, PO BOX 367, AUSTIN, MN 55912 | |
| 10924 | HORMEL FOODS, 1 HORMEL PLACE, AUSTIN, MN 55912-3680 | |
| 10925 | HORMIGONERA DEL TOA INC, PO BOX 6262 STA., ONE BAYAMON, PR 00960-5262 | |
| 10924 | HORMIGONERA DEL TOA, ESTACION 1, BAYAMON, PR 00960-9998PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA DEL TOA, ESTACION ONE, BAYAMON, PR 00960-9996PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA DEL TOA-USE #500259, FOR DELETION** S.CLARK, ESTACION 1, PO BOX 6262, BAYAMON, PR 619PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZ, PLANT 24, HATO REY, PR 917PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, ATTN: ACCOUNTS PAYABLE, MAYAGUEZ, PR 681PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, BARCELONETA, PR 617PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, BAYAMON, PR 956PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, CAROLINA, PR 983PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, CARR #3 BO NAVARRO, GURABO, PR 778PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, GUAYANILLA, PR 656PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #1, MAYAGUEZ, PR 680PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #10, CEIBA, PR 735PUERTO RICO | **\*VIA Deutsche Post\*** |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #12, GUAYAMA, PR 784PUERTO RICO | **\*VIA Deutsche Post\*** |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #13, ISABELA, PR 662PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #14, ARECIBO, PR 612PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #16, PONCE, PR 731PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #17, PONCE, PR 731PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #2, SAN GERMAN, PR 683PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #3, AGUADILLA, PR 603PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #4, YAUCO, PR 698PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #5, SAN SEBASTIAN, PR 685PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #6, GUAYNABO, PR 966PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT #8, VEGA BAJA, PR 693PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, PLANT B, BAYAMON, PR 956PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA, URBAN TRAIN PROJECT, RIO PIEDRAS, PR 925PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HORMIGONERA MAYAGUEZANA-USE #500260, PO BOX1194, MAYAGUEZ, PR 681PUERTO RICO | *VIA Deutsche Post* |
| 10925 | HORN CORPORATION, THE, PO BOX 4198, BOSTON, MA 02211 | |
| 10925 | HORN JR, WILLIAM, 1421 W 12TH ST, OWENSBORO, KY 42301 | |
| 10925 | HORN JR., FRANCIS, 2716 VIRGINIA AVE, BALTIMORE, MD 21227 | |
| 10925 | HORN KAPLAN GOLDBERG GORNY DANIELS, CITICENTER BLDG, 1300 ATLANTIC AVE STE 500, ATLANTIC CITY, NJ 08401-7231 | |
| 10924 | HORN LAKE READY MIX, PO BOX582, CORDOVA, TN 38018 | |
| 10925 | HORN PACKAGING CORPORATION, 11 WESTFORD ROAD, AYER, MA 01432 | |
| 10925 | HORN PACKAGING CORPORATION, PO BOX 4198, BOSTON, MA 02211 | |
| 10925 | HORN PARTNERS INVESTMENTS LLC, 20300 STEVENS CREEK BLVD.,STE 330, CUPERTINO, CA 95014 | |
| 10924 | HORN PRECAST INC, 895 JONESVILLE RD, COLUMBUS, IN 47201 | |
| 10924 | HORN PRECAST, 895 JONESVILLE ROAD, COLUMBUS, IN 47201 | |
| 10924 | HORN PRECAST, P O BOX 566, COLUMBUS, IN 47202 | |
| 10924 | HORN SALES, 2920 CHESSER-BOYER ROAD, FORT WORTH, TX 76111-0103 | |
| 10924 | HORN SALES, PO BOX 7103, FORT WORTH, TX 76111-0103 | |
| 10925 | HORN, CHRISTIAN, 27827 VIA FELIZ, LOS ALTOS HILLS, CA 94022 | |
| 10925 | HORN, DARRELL, 401 8TH AVE N.E., INDEPENDENCE, IA 50644 | |
| 10925 | HORN, DEE, 815 NW RIVER SHORES, STUART, FL 34997 | |
| 10925 | HORN, FREDERICK, 827 CREEK VALLEY CT, ONEIDA, WI 54155 | |
| 10925 | HORN, JR, GEORGE, 755 BRAXTON PLACE #A407, MADISON, WI 53715 | |
| 10925 | HORN, LEWIS, 2975 GA. HWY 37 WEST, MOULTLIE, GA 31768 | |
| 10925 | HORN, LINDA, 309 ALICE, BLUE SPRINGS, MO 64015 | |
| 10925 | HORN, MARK, 5900 ADMIRAL DOYLE DR., JEANERETTE, LA 70544 | |
| 10925 | HORN, MARY, 2975 GA HWY 37 WEST, MOULTRIE, GA 31768 | |
| 10925 | HORN, NANCY, 2113 CLINTON PLACE EAST, OWENSBORO, KY 42301 | |
| 10925 | HORN, RICHARD, 4673 FLAMINGO, MEMPHIS, TN 38117-6111 | |
| 10925 | HORN, WILLIE, 98 ISAACKS RD., 909, HUMBLE, TX 77338 | |
| 10925 | HORNA, DAVID, 13907 SPRINGSTONE DR, CLIFTON, VA 22024 | |
| 10925 | HORNBACK, SHARON, 625 JONETTE AVE, BRADLEY, IL 60915 | |
| 10925 | HORNBECK, JOE, 108 SONORA, EDMOND, OK 73013-2014 | |
| 10925 | HORNBECK, MARY, 122 MANTON ST, PHILADELPHIA, PA 19147 | |
| 10925 | HORNBERGER BROS PROPERTIES, INC, PO BOX 542178, HOUSTON, TX 77254-2178 | |
| 10925 | HORNBERGER BROS. PROPERTIES INC., PO BOX 542178, HOUSTON, TX 77254-2178 | |
| 10925 | HORNBERGER, DEBRA, 9702 TWILIGHT MOON, HOUSTON, TX 77064 | |
| 10925 | HORNBERGER, EMERALD, 9736 LONGVIEW DRIVE, ELLICOTT CITY, MD 21042 | |
| 10925 | HORNE JR., DANNY, 1667 SUFFOLK DR., CLEARWATER, FL 34616 | |
| 10925 | HORNE, BENJAMIN, 292 WILLIAMS ROAD, WILMINGTON, NC 28409 | |
| 10925 | HORNE, DONNA, 101 OLD STONE WAY, 102, WEYMOUTH, MA 02189 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HORNE, GAILA, 1834 E.ACTON CT, SIMI VALLEY, CA 93065

10925   HORNE, H, RT 1 BOX 129, EASTMAN, WI 54626

10925   HORNE, LILLIAN, 429 BRUSHWOO DR, YORK, SC 29745

10925   HORNE, PAMELA T, CUST FOR EMILY J HORNE, UNDER UNIF TRANS TO MIN ACT OH, 7836 KINGS RIDGE CIR, FAIRBORN, OH 45324-1863

10925   HORNE, TERRY, 103 THOMASON VIEW, FOUNTAIN INN, SC 29644-9754

10925   HORNE, WAYNE, 205 DALEWOOD DRIVE, SIMPSONVILLE, SC 29681

10925   HORNER ADVERTISING GROUP, INC, PO BOX 5977, MARLBORO, MA 01752

10925   HORNER ELECTRIC, 1521 EAST WASHINGTON ST, INDIANAPOLIS, IN 46201-3333

10925   HORNER, DALE, 19563 LINDA LANE, HARRAH, OK 73045

10925   HORNER, JOHN, 8539 GATLINBURG, FORT WORTH, TX 76119

10925   HORNER, MICHAEL, 1543 BRIARWOOD DR, CLARKSVILLE, IN 47129

10925   HORNER, PETER, 2790 ASCOT DR, SAN RAMON, CA 94583

10925   HORNER, RICHARD, 703 PARKER, TOLEDO, OH 43605

10925   HORNER, THOMAS, 248 AVALON AVE, CINCINNATI, OH 45216

10925   HORNES, CHARLIE, 1908 BARCLEY ST, BALTIMORE, MD 21218

10925   HORNET HUDDLE CLUB -HAF, 2245 FALLWATER LN, CARMICHAEL, CA 95608

10925   HORNEY, J, PO BOX 27, JULIAN, NC 27283

10925   HORNICK, LEONARD, US ROUTE 13, OAK HALL, VA 23416-9998

10924   HORNING WRIGHT CO, 473 S. HIGH STREET, AKRON, OH 44309

10924   HORNING WRIGHT COMPANY, 473 S HIGH ST, AKRON, OH 44309

10925   HORNING, CONSTANCE, 31702 INDIAN OAK RD, ACTON, CA 93510

10925   HORNING, LISAANN, PO BOX 317, ACTON, CA 93510

10925   HORNING, MICHAEL, 2547 ANNELANE BLVD, COLUMBUS, OH 43235

10925   HORNING, WAYNE, PO BOX 317, ACTON, CA 93510

10925   HORNSBY, CARLOS, 4538 BLACKSTONE, FORT WORTH, TX 76114

10925   HORNSBY, RALPH, 2205 N 33RD TER, ST JOSEPH, MO 64506-2219

10925   HORNWOOD, PO BOX 799, WADESBORO, NC 28170

10925   HORNYAK, MELINDA, 13849 JOLLY ROGER, CORPUS CHRISTI, TX 78418

10925   HOROWITZ, BRUCE, 24 CHARLOTTE DRIVE, WESLEY HILLS, NY 10977

10925   HOROWITZ, DAVID, 55 WHITE BIRCH DRIVE, SPRINGFIELD, MA 01119

10925   HOROWITZ, LAWRENCE J, CUST FOR NICOLL A HOROWITZ, UNDER NYUNIF TRANS TO MIN ACT, 18-82 A CPL KENNEDY ST, BAYSIDE, NY 11360

10925   HOROWITZ, MICHAEL, CUST FOR ALEC HOROWITZ, UNDER THE NY UNIF GIFT MIN ACT, 13 GWENDALE LN, GREENLAWN, NY 11740-1008

10925   HOROWITZ, MICHAEL, CUST FOR GREGORY HOROWITZ, UNDER THE NY UNIF GIFT MIN ACT, 13 GWENDALE LN, GREENLAWN, NY 11740-1008

10925   HOROWITZ, STEPHEN P, CUST FOR LINDSEY N HOROWITZ, UNIF GIFT MIN ACT CA, 18776 FAIRFIELD RD, NORTHRIDGE, CA 91326-3917

10925   HORROBIN, ANNE, 2029 NOTTINGHAM DR, WINTER PARK, FL 32792

10925   HORSE, MARY, 1400 PARK BLVD., 708, GRAPEVINE, TX 76051

10925   HORSEHEAD INDUSTRIES, 110 EAST 59TH ST, NEW YORK, NY 10022

10925   HORSES & THE HANDICAPPED, 100 EAST LINTON BLVD, DELRAY BEACH, FL 33445

10925   HORSFALL, RALPH, R.R. 4, PRAIRIE DU CHIEN, WI 53821

10925   HORSFORD, DENISE, 164 HALSEY ST., BROOKLYN, NY 11216

10925   HORSKY, VERNON, 54 CHAUCER, BELLA VISTA, AR 72714

10924   HORST CONST SIGHT & SOUND, ROUTE 896, STRASBURG, PA 17579

10925   HORST JR, E CLEMENS, 400 MONTGOMERY ST, SAN FRANCISCO, CA 94104-1229

10925   HORST, MATTHEW, 2616 N. MILLBORNE RD., WOOSTER, OH 44691

10925   HORSTEAD, WALTER, PO BOX 5474, AURORA, IL 60507

10925   HORSTMEYER, HEIDI, 4618 CT N, COTTAGE GROVE, WI 53527

10924   HORTENSTEIN TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   HORTENSTEIN, IRONDALE, AL 35210

10925   HORTENSTINE, JOEL C, 5164 WALDEN MILL DR, NORCROSS, GA 30092

10925   HORTENSTINE, JOEL, 5164 WALDEN MILL DR, NORCROSS, GA 30092

10925   HORTON INSTRUMENT CO, POBOX 52365, ATLANTA, GA 30355

10924   HORTON PLAZA REMODEL, E.F. BRADY, SAN DIEGO, CA 92101

10924   HORTON PRECAST CONCRETE, INC., 432 NOBLE ROAD, GIRARD, PA 16417

10924   HORTON PRECAST CONCRETE, INC., P.O. BOX 192, GIRARD, PA 16417

10925   HORTON SALES DEVELOPMENT CORP, POBOX 459, FLAT ROCK, NC 28731

10925   HORTON, ANGELA, PO BOX 1145, GASTON, NC 27870

10925   HORTON, B, 5124 VILLAGE GREEN 2001 83RD AVE. NORTH, SAINT PETERSBURG, FL 33702

10925   HORTON, BENNIE, 379 FM 369 NORTH, IOWA PARK, TX 76367

10925   HORTON, BUFORD, 114 N. SILVERIDGE DR., GREER, SC 29687

10925   HORTON, CAROLYN, 132 W GARDEN, IOWA PARK, TX 76367

10925   HORTON, CHARMAINE, 919 92ND PLACE, PLEASANT PRAIRIE, WI 53158

10925   HORTON, CLAUDE, 1009 PEACE, ELK CITY, OK 73644

10925   HORTON, DALE, 603 S CLAY, LIBERAL, KS 67901-3915

10925   HORTON, DELILIAH, PO BOX 873, CONWAY, SC 29526

10925   HORTON, DONNA JEAN, 125 AVOCADO AVE, W PALM BCH FL, FL 33406

10925   HORTON, JACQUELINE, 59 RADAR CIRCLE, ROANOKE RAPIDS, NC 27870

10925   HORTON, JEFFREY, 720 IDLEWILDE DRIVE, LEWISVILLE, TX 75067

10925   HORTON, LARRY, PO BOX 304, HILLSBORO, MO 63025

10925   HORTON, LEONARD, 1316 AMARILLO DR, CLINTON, MS 39075

10925   HORTON, MARY, 613 FOSTORIA LANE, HOUSTON, TX 77076

10925   HORTON, MELISA, 1309 INDIA RD, OPELIKA, AL 36801

10925   HORTON, MELVIN, 2404 E 25TH, ODESSA, TX 79761

10925   HORTON, PAUL, 16 CONGRESS AVE, SIOUX CITY, IA 51104

10925   HORTON, R, 609 TAYLOR RD, ANDREWS, TX 79714

10925   HORTON, R, 609 TAYLOR ROAD, ANDREWS, TX 79714

10925   HORTON, ROBERT, 1821 DAYTON, WICHITA FALLS, TX 76301

10925   HORTON, ROSEMARY, 55 FRENIER DR, WILLIAMSTOWN, MA 01267

10925   HORTON, STANLEY, 3504 #H FREW ROAD, CHARLOTTE, NC 28213

10925   HORTON, TROY, BOX 26, RANDLETT, OK 73562

10925   HORTON, VALA-GENE, 2918 N 37TH ST, MILWAUKEE, WI 53210

10925   HORTON, WALTER, 4602 TERRY LANE, WILMINGTON, NC 28405

10925   HORTON, WALTER, 905 OAK LANE, LAKELAND, FL 33811-9998

10925   HORTON, Y, 1252 QUANOT RD, LAFAYETTE, CA 94549

10925   HORVAT, GEORGE, 9350 W. FOND DU LAC AVE, MILWAUKEE, WI 53225

10925   HORVATH JR JT TEN, ANTHONY R & JOANNE D, 33 WEST SCHAAF RD, CLEVELAND, OH 44109-4625

10925   HORVATH, GARY, 3167 E BAYARD ST EXT, SENECA FALLS, NY 13148

10925   HORVATH, JOANNE, 13 VIEWMONT TERR, MONTVILLE, NJ 07045

10925   HORVATH, MILDRED, RT 3 BOX 294, KANKAKEE, IL 60901

10925   HORVATH, WARREN, 931 SHAW ROAD, WOODRUFF, SC 29388

10925   HORVATH, WILLIAM, 11 TETLOW ST, APT 19, BOSTON, MA 02115

10925   HORWITZ, GLORIA, 148 MONTEROY ROAD, ROCHESTER, NY 14618-1214

10925   HORWITZ, KATHY, 23443 CANDLEWOOD WAY, WEST HILLS, CA 91307

10925   HORWOOD, MARCUS & BERK, CHARTERED, 180 NORTH LASALLE ST #3700, CHICAGO, IL 60601

10925   HOSBACH, HEATHER, 2355 W.WALTANN LANE, PHOENIX, AZ 85023

10924   HOSCH CONCRETE PRODUCTS, 3000 HOSCH VALLEY ROAD, BUFORD, GA 30519

10925   HOSE & HYDRAULICS INC., 1332 INDUSTRIAL DR., MATTHEWS, NC 28106

10925   HOSE, JACK, 1221 EAST ST, EAST MANSFIELD, MA 02031

10925   HOSEA, SANDRA, 16615 PARK MANOR, HOUSTON, TX 77053

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOSEIN, ZORIDA, 107-56 115 ST, RICHMOND HILL, NY 11419 | |
| 10925 | HOSEK, PEGGY, 755 ROLLING MILL DRIVE, SUGARLAND, TX 77478 | |
| 10925 | HOSELTON, SCOTT A, 954 W GRACE ST APT I - 101, CHICAGO, IL 60613 | |
| 10925 | HOSELTON, SCOTT, 2789 UNION ST, SAN FRANCISCO, CA 94123 | |
| 10925 | HOSES UNLIMITED INC, 1955 MARINA BLVD, SAN LEANDRO, CA 94577 | |
| 10925 | HOSEY, DORI, 2738 BILTMORE AVE, MONTGOMERY, AL 36109 | |
| 10925 | HOSEYS FENCE COMPANY, 5501 STANFIELD ROAD, SPOTSYLVANIA, VA 22553 | |
| 10925 | HOSICA LABORATORIES, 715 ROUTE 23 SOUTH, NEWFOUNDLAND, NJ 07435-9601 | |
| 10925 | HOSKINS, DAVID L, PO BOX 1370, LAKE CHARLES, LA 70602 | |
| 10925 | HOSKINS, GARY, RT 5 BOX 216H, GREENVILLE, TX 75402 | |
| 10925 | HOSKINS, JERRY, 4219 E. KAREN DR, PHOENIX, AZ 85032 | |
| 10925 | HOSKINS, JULIE, 10117-L OAKBROOK DR, CHARLOTTE, NC 28210 | |
| 10925 | HOSKINS, KENNETH, 208 DURHAM MILL ROAD, PICKENS, SC 29671 | |
| 10925 | HOSKINS, KENNETH, 603 SWEET JULIET WAY, GREER, SC 29650 | |
| 10925 | HOSKINS, RICHARD E JR, RD 1 WILCOX RD., LYONS FALLS, NY 13368 | |
| 10925 | HOSKINS, ROBERT E, 601 E MCBEE AVE #104, GREENVILLE, SC 29601 | |
| 10925 | HOSKINSON, ALYSSA, 641 JAMESTOWN BLVD, ALTAMONTE SPRINGS, FL 32714 | |
| 10925 | HOSKINSON, CHERYL, 734 JAEGER ST, COLUMBUS, OH 43206 | |
| 10925 | HOSKINSON, JAMES, 607 PARK AVE, NORFOLK, NE 68701 | |
| 10925 | HOSLER, TRACY, 7525 RAFAEL DRIVE, BUENA PARK, CA 90620 | |
| 10925 | HOSLEY, MAJORIE, 614 VICTORY ST, GULFPORT, MS 39507 | |
| 10925 | HOSMER, TRACEY, ONE HOMER ROAD, QUINCY, MA 02169 | |
| 10925 | HOSOKAWA BEPEX CORP., PO BOX 40126, NEWARK, NJ 07101-8126 | |
| 10925 | HOSOKAWA MICRON DIVISION, PO BOX 8500 S-7485, PHILADELPHIA, PA 19178-7485 | |
| 10925 | HOSOKAWA MICRON POWDER SYSTEM, 10 CHATHAM ROAD, SUMMIT, NJ 07901 | |
| 10925 | HOSOKAWA MICRON POWDER SYSTEMS, PO BOX 40022, NEWARK, NJ 07101-4022 | |
| 10925 | HOSOKAWA MICRON POWDER SYSTEMS, POBOX 40022, NEWARK, NJ 07101-4022 | |
| 10925 | HOSOKAWA MIKROPUL DIVISION, PO BOX 40012, NEWARK, NJ 07101-4012 | |
| 10925 | HOSOKAWA MIKROPUL ENVIRONMENTAL SYS, PO BOX 40012, NEWARK, NJ 07101-4012 | |
| 10925 | HOSOMBACK, ROBERT, 4660 MLK JR. AV., WASHINGTON, DC 20032 | |
| 10925 | HOSP SUPPLY/SCIENTIFC PROD, PO BOX 105048, ATLANTA, GA 30348 | |
| 10924 | HOSPAC CORPORATION, 31-35 61ST STREET, WOODSIDE, NY 11377 | |
| 10925 | HOSPICE BY THE SEA INC, 1531 W PALMETTO PARK RD, BOCA RATON, FL 33486-3395 | |
| 10925 | HOSPICE CARE NETWORK, 128 W MAIN ST SUITE 1, BAYSHORE, NY 11706 | |
| 10925 | HOSPICE FOUNDATION OF AMENEA, 777 17TH ST, SUITE 401, MIAMI BEACH, FL 33139 | |
| 10924 | HOSPICE OF DAYTON, 306 WILMINGTON AVE., DAYTON, OH 45420 | |
| 10925 | HOSPICE OF POLK COUNTY, PO BOX 4, TRYON, NC 28782 | |
| 10925 | HOSPICE OF SANTA CLARA VALLEY, 121 DAVIS ST., SANTA PAULA, CA 93060 | |
| 10925 | HOSPICE OF THE CHESAPEAKE, 8424 VETERANS HWY, MILLERSVILLE, MD 21108 | |
| 10925 | HOSPICE OF THE CHESAPEAKE, 8424 VETERANS HWY., MILLERSVILLE, MD 21108 | |
| 10925 | HOSPICE PROGRAM, PO BOX 9120, CONCORD, MA 01742 | |
| 10925 | HOSPICE SERVICE OF HOWARD COUNTY, 5537 TWIN KNOLLS RD #433, COLUMBIA, MD 21045 | |
| 10924 | HOSPIFAR, C POR A, APARTADO POSTAL #4338, ESQ CALLE 1RA, BRISAS DEL MAR, SANTO DOMINGO,, SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | HOSPITAL FOR SPECIAL SURGERY, 72ND AND 73RD ON YORK AVENUE, BROOKLYN, NY 11200 | |
| 10924 | HOSPITAL MAINTENANCE CONSULTANTS, POBOX 167, CHETEK, WI 54728 | |
| 10924 | HOSPITAL OF U OF PA, 3930 CHESTNUT STREET, PHILADELPHIA, PA 19174 | |
| 10924 | HOSPITAL PAVIA, 1462 CALLE ASIA, SAN JUAN, PR 00909-1153PUERTO RICO | *VIA Deutsche Post* |
| 10924 | HOSPITAL TRUST, KENNEDY SQUARE, PROVIDENCE, RI 02900 | |
| 10925 | HOSPITALITY GROUP, THE, 303 EAST WACJER DR, 20TH FLR, CHICAGO, IL 60601 | |
| 10925 | HOSPODARSKY, ANNE, 1150 WILSON AVE SW, CEDAR RAPIDS, IA 52404 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOSS, CAROL, 57 CRESTFIELD TERRACE, BROCKTON, MA 02402 | |
| 10925 | HOSS, RICHARD, 576 12TH ST SE, 12, LEMARS, IA 51031 | |
| 10925 | HOSSLEY ASSOC, 6440 N CENTRAL EXPRESSWAY, SUITE 617, DALLAS, TX 75206 | |
| 10925 | HOST, CHRISTOPHER, 16824 S 82ND AVE, TINLEY PARK, IL 60477 | |
| 10925 | HOSTEN, CARL, NODEBAIS, 01320BELGIUM | *VIA Deutsche Post* |
| 10925 | HOSTEN, CARL, RUE DES ACACIAS 28, NODEBAIS, 1320FRANCE | *VIA Deutsche Post* |
| 10924 | HOSTENG CONCRETE, 125 S. 5TH STREET, DENISON, IA 51442 | |
| 10924 | HOSTENG CONCRETE, 125 SOUTH 5TH STREET, DENISON, IA 51442 | |
| 10924 | HOSTENG CONCRETE, 213 W. SIOUX STREET, SAC CITY, IA 50583 | |
| 10925 | HOSTETLER, KATHY, 1250 FINLEY-GUY RD, PLAIN CITY, OH 43064 | |
| 10925 | HOSTETLER, RICHARD, 7298 CR51, BIG PRAIRIE, OH 44611 | |
| 10925 | HOSTETLER, WILLIAM, W 324 16TH ST, SPOKANE, WA 99203 | |
| 10924 | HOSTETTLER KEACH, CENTRAL CAROLINA HOSP, 1135 CARTHAGE ST., SANFORD, NC 27330 | |
| 10925 | HOSTETTLER, RICHARD, 7298 CR 51, BIG PRAIRIE, OH 44611 | |
| 10925 | HOSTLER, ANNA, 223 BULLE ROCK DR., CENTERVILLE, MD 21617 | |
| 10925 | HOSTMANN-STEINBERG, 4825 JENNINGS LANE, LOUISVILLE, KY, KY 40218 | |
| 10925 | HOSTMANN-STEINBERG, POBOX 32518, LOUISVILLE, KY 40232-2518 | |
| 10925 | HOT PACK TEST VENDOR, 123 MAIN, CAMBRIDGE, MA 02140 | |
| 10925 | HOT, 2330 BURLINGTON, NORTH KANSAS CITY, MO 64116-3016 | |
| 10925 | HOTCHKIES, BARRY, PO BOX 13023, BERKELEY,, CA 94712 | |
| 10925 | HOTEL & TRAVEL INDEX, PO BOX 10708, RIVERTON, NJ 08076 | |
| 10925 | HOTEL & TRAVEL INDEX, PO BOX 7610, HIGHLANDS RANCH, CO 80163-7610 | |
| 10925 | HOTEL D ANGLETERRE, 44 RUE JACOB, PARIS, 75006FRANCE | *VIA Deutsche Post* |
| 10925 | HOTEL ELYSEE, SIXTY EAST FIFTY FOURTH ST, NEW YORK, NY 10022 | |
| 10925 | HOTEL GEORGE, 15 E ST. NW, WASHINGTON, DC 20001 | |
| 10925 | HOTEL SOFITEL WA, DC, 1914 CT. AVE., NW, WASHINGTON, DC 20009 | |
| 10924 | HOTEL SOFITEL, 17TH STREET AND SAMSON STREET, PHILADELPHIA, PA 19106 | |
| 10925 | HOTEL TORREQUEBRADA, ., COSTA DEL SOL, 29 99999SPAIN | *VIA Deutsche Post* |
| 10925 | HOTFOIL, INC, 3A MARLEN DRIVE, ROBBINSVILLE, NJ 08691 | |
| 10925 | HOTFOIL, INC, 7B MARLEN DR., ROBBINSVILLE, NJ 08691 | |
| 10925 | HOTSHOT DELIVERY INC, POBOX 3423, HUEYTOWN, AL 35023 | |
| 10925 | HOTSPLICER CO, 1098 BROWN ST, WAUCONDA, IL 60084 | |
| 10924 | HOTSY BAY AREA, 889 LONUS STREET, SAN JOSE, CA 95126 | |
| 10925 | HOTSY CAROLINAS, PO BOX 1109, DENVER, NC 28037 | |
| 10925 | HOTTLE, CAROL, 6148 TIMDAN COURT APT. A, SYKESVILLE, MD 21784 | |
| 10925 | HOTTON, MARGARET, 3917 ARDSLEY DR NE, MARIETTA, GA 30062 | |
| 10925 | HOTWAGNER, TERESA, 27838 DEXTER DR, SANTA CLARITA, CA 91350 | |
| 10925 | HOTWORK DIVISION OF FOSBEL, INC, 223 GOLDRUSH RD., LEXINGTON, KY 40503 | |
| 10925 | HOTWORK, SECTION #392, LOUISVILLE, KY 40289 | |
| 10925 | HOTYNSKI, DIANE, 729 ARTHUR ST, MENASHA, WI 54952 | |
| 10924 | HOTZ CONCRETE PUMPING, 4524 S.68 TH STREET, OMAHA, NE 68117 | |
| 10924 | HOTZ CONCRETE PUMPING, INC., 4524 S 68TH STREET, OMAHA, NE 68117 | |
| 10924 | HOTZ CONCRETE PUMPING, INC., 8303 MOLOKI DRIVE, OMAHA, NE 68128 | |
| 10925 | HOUCHIN, PETER D, 11900 NW 5TH ST, PLANTATION, FL 33325 | |
| 10925 | HOUCHIN, PETER, 11900 NW 5 ST, PLANTATION, FL 33325 | |
| 10925 | HOUCHIN, RONALD W, POBOX 214, BROOKVILLE, IN 47012 | |
| 10925 | HOUCHIN, RONALD, PO BOX 214, BROOKVILLE, IN 47012 | |
| 10924 | HOUCHINS MANUFACTURING CO., INC., 165 RAGLAND ROAD, BECKLEY, WV 25801 | |
| 10924 | HOUCHINS MFG COMPANY, P O BOX 1227, BECKLEY, WV 25801 | |
| 10924 | HOUCK SERVICES, INC., 3703 S. GEORGE MASON DR., FALLS CHURCH, VA 22041 | |
| 10924 | HOUCK SERVICES, INC., 7464 LINGLESTOWN RD., HARRISBURG, PA 17112 | |

¦9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOUCK, JAMES, ROUTE 2 BOX 182, HUBBARD, TX 76648 | |
| 10925 | HOUCK, JEFFREY, 2224 HAMPTON MEADOW LAND, CRAMERTON, NC 28032 | |
| 10925 | HOUDE, TRACY, 154 W MAIN ST, MARLBORO, MA 01752 | |
| 10925 | HOUDEK, MICHELE, 10121 GREELEY AVE, SILVER SPRING, MD 20902 | |
| 10925 | HOUG SPECIAL SERVICES LLC, 5151 BANNOCK ST., DENVER, CO 80216 | |
| 10925 | HOUGH, CLEMENT, 1311 N 31ST ST, FT PIERCE, FL 33450 | |
| 10925 | HOUGH, DARRELL D., 8000 VILLAGE OAK, SAN ANTONIO, TX 78233 | |
| 10925 | HOUGHTON CHEMICAL CORPORATION, PO BOX 3293, BOSTON, MA 02241-3293 | |
| 10925 | HOUGHTON CHEMICAL CORPORATION, PO BOX 5261, BOSTON, MA 02206 | |
| 10924 | HOUGHTON INTERNATIONAL, ATT: STEVE MATURE, CHRIS STOCK OF INDUSTRIAL STOCK, VALLEY FORGE, PA 19482 | |
| 10925 | HOUGHTON JR, WM J, 2437 N TERRACE AVE, MILWAUKEE, WI 53211-4512 | |
| 10924 | HOUGHTON LAKE CONCRETE, 410 CHERRY ST, HOUGHTON LAKE, MI 48629 | |
| 10924 | HOUGHTON LAKE CONCRETE, 410 CHERRY STREET, HOUGHTON LAKE, MI 48629 | |
| 10924 | HOUGHTON PLAST./UVRNC CENTRAL PLANT, 1164 300 WEST, PROVO, UT 84604 | |
| 10924 | HOUGHTON PLASTER INC, 1271 S. INDUSTRIAL PKWY., PROVO, UT 84606 | |
| 10924 | HOUGHTON PLASTER, 1275 S. INDUSTRIAL PARKWAY, PROVO, UT 84606 | |
| 10924 | HOUGHTON PLASTERING, 590 S. 100 WEST STREET #6, PROVO, UT 84601 | |
| 10924 | HOUGHTON READY MIX, HWY 16  BOX 73, HOUGHTON, IA 52631 | |
| 10925 | HOUGHTON, RANDALL, 231RED CLAY RD 202, LAUREL, MD 20707 | |
| 10924 | HOUGHTON/A.T.& T, SALT LAKE CITY, UT 84101 | |
| 10924 | HOUGHTON/ALTA VIEW HOSPITAL, SANDY, UT 84070 | |
| 10924 | HOUGHTON/ASSEMBLY HALL, SALT LAKE CITY, UT 84101 | |
| 10924 | HOUGHTON/CENTRAL UTAH YOUTH CENTER, RICHFIELD, UT 84701 | |
| 10924 | HOUGHTON/DEE EVENT CENTER, WEBER ST. COLLEGE, OGDEN, UT 84401 | |
| 10924 | HOUGHTON/EASTLAND REGENCY PL #482, SALT LAKE CITY, UT 84101 | |
| 10924 | HOUGHTON/GATEWAY BLOCK A, 200 WEST 400 SOUTH, SALT LAKE CITY, UT 84101 | |
| 10924 | HOUGHTON/IHC WASATCH COUNTY HOSP., 1485 S. HWY 40 (480 E), HEBER CITY, UT 84032 | |
| 10924 | HOUGHTON/MARTINE BLDG. @BYU, PROVO, UT 84601 | |
| 10924 | HOUGHTON/OUTBACK STEAKHOUSE #511, HOUGHTON TILE PLASTER, INC., SALT LAKE CITY, UT 84101 | |
| 10924 | HOUGHTON/RAINBOW CASINO, WENDOVER, NV 89883 | |
| 10924 | HOUGHTON/SNOW BASIN DAY LODGE, SALT LAKE CITY, UT 84101 | |
| 10924 | HOUGHTON/SUMMIT COURT HOUSE, HOUGHT TILE & PLASTER, INC., COALVILLE, UT 84017 | |
| 10924 | HOUGHTON/UTAH NATIONAL GUARD, OREM, UT 84058 | |
| 10924 | HOUGHTON/WATER GARDENS CINEMA #478, PLEASANT GROVE, UT 84062 | |
| 10925 | HOUGI, SALEH NOURI, REHOV BNEI MOSHE 18, TEL AVIV, ISRAEL | *VIA Deutsche Post* |
| 10925 | HOULE JR., AMEDEE, 1 HILLCREST DR, MERRIMACK, NH 03054 | |
| 10925 | HOULE, FLORA, C/O STEPHEN BREAULT 12 DEVIL STEP RD., DUNBARTON, NH 03045 | |
| 10925 | HOULE, JOSEPH, 46 HAIGH AVE., SALEM, NH 03079 | |
| 10925 | HOULE, NANCY, 46 HAIGH AVE., SALEM, NH 03079 | |
| 10925 | HOULIHAN LOKEY HOWARD & ZUKIN, 31 W. 52ND ST,11TH FL, NEW YORK, NY 10019-6118 | |
| 10925 | HOUNDSLAKE COUNTRY CLUB, 1900 HOUNDSLAKE DR., AIKEN, SC 29803-5999 | |
| 10925 | HOUNSHELL, THOMAS, 357 W LOSEY ROAD, ALEXANDRIA, KY 41001 | |
| 10925 | HOUPES II, THOMAS, 204 WASHINGTON ST., READING, MA 01867 | |
| 10925 | HOUPES, THOMAS, 24 LAKEHILL AVE, ARLINGTON, MA 02174-8227 | |
| 10925 | HOURICAN, J, 3087 DUMBARTON, MEMPHIS, TN 38128 | |
| 10925 | HOURIGAN, LORI, 27 SECOND ST, SOMERVILLE, MA 08876 | |
| 10925 | HOURIHAN, EDWARD, 1701 NE 20TH ST, FT LAUDERDALE, FL 33305 | |
| 10925 | HOURIHAN, JACKIE, RT 4 BOX 392, KANKAKEE, IL 60901 | |
| 10924 | HOUSE & GARDEN MONUMENT CO., P.O. BOX 207, VERSAILLES, IN 47042 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    HOUSE OF BALANCE, 6340 HOWARD LN., ELKRIDGE, MD 21075

10924    HOUSE OF BLUES, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10925    HOUSE OF CANS INC, 7060 N LAWNDALE AVE, LINCOLNWOOD, IL 60645-2610

10925    HOUSE OF CANS, 7060 N. LAWNDALE AVE, LINCOLNWOOD, IL 60645-2610

10925    HOUSE OF CANS, 7060 N. LAWNDALE AVE., LINCOLNWOOD, IL 60712-2610

10925    HOUSE OF CANS,INC, 7060 N.LAWNDALE AVE., LINCOLNWOOD, IL 60645-2610

10925    HOUSE OF PIZZA, 7008 INDIANAPOLIS BLVD., HAMMOND, IN 46324

10925    HOUSE OF PLASTICS UNLIMITED, 2580 SO ORANGE BLOSSOM TRAIL, ORLANDO, FL 32805

10925    HOUSE OF PUMPS, POBOX 651103, SALT LAKE CITY, UT 84165

10925    HOUSE OF RUTH BALTIMORE, 2201 ARGONNE DR, BALTIMORE, MD 21218

10924    HOUSE OF STONE INC, 1001 SOUTH REILLY ROAD, FAYETTEVILLE, NC 28314

10924    HOUSE OF STONE, ATTENTION: ACCOUNTS PAYABLE, FAYETTEVILLE, NC 28314

10925    HOUSE OF THREADS, PO BOX 277, BIRMINGHAM, AL 35201-0277

10925    HOUSE OF TROPHIES, INC, 6102 NORTH 16TH ST, PHOENIX, AZ 85016-1796

10925    HOUSE, DOROTHY, 550 HIGH ST, WOOSTER, OH 44691

10925    HOUSE, JAMES, 1001 PARK PLAZA, IOWA PARK, TX 76367

10925    HOUSE, JENNIE, 1615 SHELL, MIDLAND, TX 79705

10925    HOUSE, LARRY, 9078 W. EMERSON ST., DES PLAINES, IL 60016

10924    HOUSE, LOONEY, GOTTEN, KINGSMILL, &, 1100 POYDRAS 2100 ENERGY CTR, NEW ORLEANS, LA 70163

10925    HOUSE, MARJEANA, 10301 NW 57TH ST, PARKVILLE, MO 64152

10925    HOUSE, TRACY, 7835 AMERICAN CIRCLE, 103, GLEN BURNIE, MD 21060

10925    HOUSE, VICTORIA, 5735 S. PAULINA ST, CHICAGO, IL 60636

10925    HOUSE-FRANK, DEANNA, 19423 LAKE HOLLOW, HOUSTON, TX 77084

10925    HOUSEHOLDER, DORWIN, 2676 GAREY RD NE, JUNCTION CITY, OH 43748

10925    HOUSEHOLDER, PAUL A, 5529 U S 60-E, OWENSBORO, KY 42303-9776

10925    HOUSEHOLDER, PAUL, 13264 US 60 EAST, REED, KY 42451

10925    HOUSEHOLDER, RICHARD, 17114 TELEGRAPH CREEK, SPRING, TX 77379

10925    HOUSEKNECHT, WILLIAM, 5727 BANCROFT CR, GRANDVILLE, MI 49418

10925    HOUSEMAN, SUSAN, 713 S. GLASGOW DR., DALLAS, TX 75223

10924    HOUSER CONCRETE, PO BOX 847, ROCKWALL, TX 75087

10925    HOUSER, JEFF M, 2325 PANSY, HUNTSVILLE, AL 35816

10925    HOUSER, MICHAEL, 66 FLEETWOOD RD NW, CEDAR RAPIDS, IA 52405

10925    HOUSEWIRTH, GREGORY L, THE COCHRAN BLDG, 5838 LIVE OAK, PO BOX 140795, DALLAS, TX 75214

10925    HOUSEWRIGHT, RONNIE, 1030 CREST DRIVE, JEFFERSON CITY, TN 37760

10925    HOUSHYAR, AZADEH, 5604 MARY FAIRFAX CT, FAIRFAX STATION, VA 22039

10924    HOUSING TECHNOLOGY INC, 2007 EAST LINGER LANE, PHOENIX, AZ 85020

10924    HOUSING TECHNOLOGY INC, 2902 E. ELWOOD DRIVE, PHOENIX, AZ 85040

10925    HOUSLEY, JERRY, ROUTE 1, BOX 443B, DUNLAP, TN 37327

10925    HOUSLEY, STACEY, 1427 E. 92ND ST, CHICAGO, IL 60619

10925    HOUSTON & SUBURBAN AREAS YELLOW PAG, PO BOX 29684, DALLAS, TX 75229

10925    HOUSTON AEROS TICKET OFFICE, 3100 WILCREST DR SUITE 260, HOUSTON, TX 77042

10925    HOUSTON AIRPORT MARRIOTT, 18700 KENNEDY BLVD., HOUSTON, TX 77032

10925    HOUSTON ASTROS BASEBALL CLUB, ASTRODOME USA, HOUSTON, TX 77001

10925    HOUSTON ASTROS BASEBALL CLUB, PO BOX 288, HOUSTON, TX 77001

10925    HOUSTON BAR ASSOCIATION, 1001 FANNIN, HOUSTON, TX 77002-6708

10924    HOUSTON CHEMICAL COMPLEX, 1400 JEFFERSON ROAD, PASADENA, TX 77501

10925    HOUSTON CHRONICLE, PO BOX 4464, HOUSTON, TX 77210-4464

10925    HOUSTON CHRONICLE, PO BOX 4560, HOUSTON, TX 77210-4560

10925    HOUSTON CONTRACTORS ASSOC, 4710 BELLAIRE BLVD #150, BELLAIRE, TX 77401

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HOUSTON COUNTY READY MIX, HWY 19 S NEAR 304 LOOP, CROCKETT, TX 75835 | |
| 10924 | HOUSTON COUNTY READY MIX, P.O. BOX 389, CROCKETT, TX 75835 | |
| 10924 | HOUSTON COUNTY READY MIX, PO BOX 389, CROCKETT, TX 75835 | |
| 10925 | HOUSTON FACILITY MAINTENANCE, PO BOX 2818, PORTER, TX 77365 | |
| 10924 | HOUSTON FOODS, 1040 SESAME STREET, BENSENVILLE, IL 60106 | |
| 10924 | HOUSTON FOODS, 3501 MOUNT PROSPECT ROAD, FRANKLIN PARK, IL 60131 | |
| 10925 | HOUSTON FREIGHTLINER, INC, PO BOX 297219, HOUSTON, TX 77297 | |
| 10925 | HOUSTON GRINDING & MFG., 3544 WEST 12TH ST., HOUSTON, TX 77008 | |
| 10924 | HOUSTON HARVEST, 3421 MERRIAM LANE, OVERLAND PARK, KS 66203 | |
| 10925 | HOUSTON HOSE & SPECIALTY COMPANY, PO BOX 262343, HOUSTON, TX 77207 | |
| 10925 | HOUSTON INDEPENDENT SCHOOL DIST., PO BOX 4668, HOUSTON, TX 77210 | |
| 10925 | HOUSTON INDEPENDENT SCHOOL DISTRICT, 3233 WESLAYAN #A100, HOUSTON, TX 77027 | |
| 10925 | HOUSTON INDEPENDENT SCHOOL DISTRICT, PO BOX 4668, HOUSTON, TX 77210-4668 | |
| 10925 | HOUSTON INDEPENDENT SCHOOL DISTRICT, PO BOX 56101, HOUSTON, TX 77256-6101 | |
| 10925 | HOUSTON INDEPENDENT SCHOOL DISTRICT, TAX OFFICE, PO BOX 4668, HOUSTON, TX 77210-4668 | |
| 10925 | HOUSTON INDUSTRIAL JV, 1345 CAMPBELL ROAD, #200, HOUSTON, TX 77055 | |
| 10925 | HOUSTON ISD TAX OFFICE, PO BOX 4668, HOUSTON, TX 77210-4668 | |
| 10925 | HOUSTON JOW & ROSETTA JOW JT TEN, 14827 BELLFLORA CT, HOUSTON, TX 77083-6755 | |
| 10924 | HOUSTON LIGHTING & POWER, 4500 SOUTH SHAVER-B, HOUSTON, TX 77034 | |
| 10925 | HOUSTON LIGHTING & POWER, PO BOX 4405, HOUSTON, TX 77210-4405 | |
| 10925 | HOUSTON LIVESTOCK SHOW & RODEO, ATTN: CAROL WATSON, HOUSTON, TX 77064 | |
| 10924 | HOUSTON MEDICAL CENTER, 1601 WATSON BLVD, WARNER ROBINS, GA 31099 | |
| 10924 | HOUSTON NW MEDICAL CENTER, 710 FM 1960 WEST, HOUSTON, TX 77090 | |
| 10925 | HOUSTON PIPE BENDERS, PO BOX 60662, HOUSTON, TX 77205 | |
| 10925 | HOUSTON PRO DRIVER LEASING CO, INC, PO BOX 73681, HOUSTON, TX 77273-3681 | |
| 10925 | HOUSTON PRO DRIVER LEASING SERVICE, PO BOX 200300, DALLAS, TX 75320-0300 | |
| 10925 | HOUSTON PROCESS SYSTEMS, 11950 EAST HARDY, HOUSTON, TX 77039 | |
| 10924 | HOUSTON PROCESS SYSTEMS, 11950 EAST HARDY, HOUSTON, TX 77039 | |
| 10925 | HOUSTON RADIOLOGY ASSOCIATED, PO BOX 4346 DEPT 488, HOUSTON, TX 77210 | |
| 10924 | HOUSTON READY MIX, PO BOX270923, HOUSTON, TX 77277 | |
| 10925 | HOUSTON ROCKETS, PO BOX 272349, HOUSTON, TX 77277 | |
| 10925 | HOUSTON SHELL & CONCRETE CO, POBOX 200076, DALLAS, TX 75320-0076 | |
| 10924 | HOUSTON SPORTS MEDICINE HOSPITAL, 6262 VETERANS PKWY., COLUMBUS, GA 31904 | |
| 10925 | HOUSTON SUPER TRUCK WASH & LUBE INC, 3663 OATES RD., HOUSTON, TX 77013 | |
| 10925 | HOUSTON TRANSFER & STORAGE, 6666 MYKAWA RD., HOUSTON, TX 77033 | |
| 10925 | HOUSTON VIBRATOR INC., PO BOX 801882, HOUSTON, TX 77280 | |
| 10925 | HOUSTON, ANNA, RT 2 BOX 18A, HICKORY, NC 28601 | |
| 10925 | HOUSTON, BENTON, 106 SALINA LN, GOOSE CREEK, SC 29445-4883 | |
| 10925 | HOUSTON, BOBBY, 3506 BLUE CYPRESS, SPRING, TX 77388 | |
| 10925 | HOUSTON, CAMERON, 12650 SORRENTO, DETROIT, MI 48227 | |
| 10925 | HOUSTON, CHARLES, 12720 BRANTROCK, 2014, HOUSTON, TX 77082 | |
| 10925 | HOUSTON, COLIN, 12 SPARHAWK DRIVE, LONDONDERRY, NH 03053 | |
| 10925 | HOUSTON, DANIEL, PO BOX 280, DRUMMOND, OK 73735 | |
| 10925 | HOUSTON, DEBORAH, 3443 CLOVER MEADOWS, CHESAPEAKE, VA 23321 | |
| 10925 | HOUSTON, HAROLD, 1201 ARUNAH AVE, CATONSVILLE, MD 21228 | |
| 10925 | HOUSTON, JAMIE, 2104 CAMBRIDGE DR, LAPLACE, LA 70065 | |
| 10925 | HOUSTON, JEFFREY, RT 2 BOX 82, HENRIETTA, TX 76365 | |
| 10925 | HOUSTON, KEN, 4302 CLOVR AVE, ODESSA, TX 79762 | |
| 10925 | HOUSTON, LORETTA, 211 ALDEN ST #342 MT PLEASANT VILLAGE, WALLINGTON, NJ 07057 | |
| 10925 | HOUSTON, MICHELE, 1021 N. BENJAMIN ST., RUSHVILLE, IN 46173 | |
| 10925 | HOUSTON, MICHELLE, 233 MASS AVE #118, ARLINGTON, MA 02474 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HOUSTON, SHEILA, 1434 WEST 4TH ST, PISCATAWAY, NJ 08854 | |
| 10925 | HOUSTON, SHELIA, 1632 ROBINSON RD, GASTONIA, NC 28056 | |
| 10924 | HOUSTON, STAN EQUIPMENT C, P O BOX 857, SIOUX FALLS, SD 57101 | |
| 10924 | HOUSTON, STAN EQUIPMENT CO., PO BOX 857, SIOUX FALLS, SD 57101 | |
| 10924 | HOUSTON, STAN EQUIPMENT COMPANY, 501 S. MARION, SIOUX FALLS, SD 57106 | |
| 10925 | HOUSTON, STANLEY, 18055 ROAD G, SPACE #15, ORDWAY, CO 81063 | |
| 10925 | HOUSTON, STEPHANIE, 103 ORANGEDALE AVE, JACKSONVILLE, FL 32218 | |
| 10925 | HOUSTON, TANJANEKA, 212-B CAVALIER DR, GREENVILLE, SC 29607 | |
| 10925 | HOUSTON, VIRGINIA, 1328 E ELMWOOD, FT WORTH, TX 76104 | |
| 10925 | HOUSTOUN, JOANNE, 3625 SURREY DR, ORLANDO, FL 32812 | |
| 10925 | HOUTCHEN, DAVID, 4236 SPRING HURST LANE, OWENSBORO, KY 42303 | |
| 10925 | HOUTCHEN, JAMES, 2637 W. MIDDLEGROUND DR., OWENSBORO, KY 42301 | |
| 10925 | HOVAKER, NICHOLAS, 3476 MARBLE ARCH DRIVE, PASADENA, MD 21122 | |
| 10925 | HOVANEC, BETH, 600 HEMLOCK DR, FINDLEY TOWNSHIP, PA 15108 | |
| 10925 | HOVANKY, ERIC T, 6620 IVY HILL DR, MCLEAN, VA 22101-5206 | |
| 10924 | HOVENSA L.L.C., 1 ESTATE HOPE, CHRISTIANSTED, IT 8205652UNK | *VIA Deutsche Post* |
| 10924 | HOVENSA L.L.C., ATTEN INTERNAL AUDIT, ONE HESS PLAZA, WOODBRIDGE, NJ 07095 | |
| 10924 | HOVENSA, 1 ESTATE HOPE, CHRISTIANSTED, IT 820UNK | *VIA Deutsche Post* |
| 10924 | HOVENSA, L.L.C., 1 ESTATE HOPE, CHRISTIANSTED, IT 8205652UNK | *VIA Deutsche Post* |
| 10925 | HOVEY, HAROLD, 8 DUNSTAN RD., E. CHELMSFORD, MA 01824 | |
| 10925 | HOVEY, HAROLD, 8 DUNSTAN ROAD, EAST CHELMSFORD, MA 01824 | |
| 10925 | HOVINEN, JAMES, 605 E IVANHOE RD, WAUCONDA, IL 60084 | |
| 10925 | HOVINEN, RITA, 605 IVANHOE RD, WAUCONDA, IL 60084 | |
| 10925 | HOVINEN, ROBERT, 25220 IVANHO ROAD, WAUCONDA, IL 60084 | |
| 10925 | HOVIS, THERESA, 323 ANDERSON ST NE, LAKE PLACID, FL 33852 | |
| 10925 | HOWARD & HOWARD, 1400 N WOODWARD AVE #101, BLOOMFIELD HILLS, MI 48304-2856 | |
| 10925 | HOWARD & HOWARD, 1400 N WOODWARD AVE, BLOOMFIELD HILLS, MI 48304-2856 | |
| 10925 | HOWARD & HOWARD, 222 WASHINGTON SQ NORTH, LANSING, MI 48933 | |
| 10925 | HOWARD & HOWARD, 222 WASHINGTON SQ, NORTH, LANSING, MI 48933 | |
| 10924 | HOWARD & SONS, P.O.BOX 2749, CHINO, CA 91710 | |
| 10924 | HOWARD & SONS, PO BOX2749, CHINO, CA 91710 | |
| 10925 | HOWARD A CARLTON, PO BOX 97, ELBURN, IL 60119-0097 | |
| 10925 | HOWARD A HEDGES, 411 WEST 11TH ST, THE DALLES, OR 97058-1430 | |
| 10925 | HOWARD A KITTLE &, GLADYS W KITTLE JT TEN, 93 HEDGEGARTH DR, ROCHESTER, NY 14617-3605 | |
| 10925 | HOWARD A SCHUDEL & ARVELLA R, SCHUDEL TR UA SEP 10 96 HOWARD, A SCHUDEL TRUST, 610 7TH ST, WAVERLY, OH 45690-1563 | |
| 10925 | HOWARD A. BADEAUX, PO BOX 425, LOCKPORT, LA 70374 | |
| 10925 | HOWARD B LOOMIS, 116 W MAIN ST, BOX 458, TERRE HILL, PA 17581-0458 | |
| 10925 | HOWARD BRENNER NASS, 1608 WALNUT ST 17TH FL, PHILADELPHIA, PA 19103 | |
| 10924 | HOWARD BROTHERS ELECTRIC CO, 6009 KENLEY LANE, CHARLOTTE, NC 28217 | |
| 10925 | HOWARD CO POLICE OFFICERS ASSN, 8480 M. BALTIMORE NATIONAL PIKE,, ELLICOTT CITY, MD 21043-3369 | |
| 10925 | HOWARD CO. CHAMBER OF COMMERCE, 5560 STERRETT PL., SUITE 105, COLUMBIA, MD 21044-2616 | |
| 10925 | HOWARD CO. ECONOMIC DEVEL. AUTHORIT, 6751 COLUMBIA GATEWAY DR.-SUITE 500, COLUMBIA, MD 21046 | |
| 10925 | HOWARD COFFEY REAL ESTATE, 1000 CONSHOHOCKEN RD SUITE 206, CONSHOHOCKEN, PA 19428 | |
| 10925 | HOWARD COMMUNITY COLLEGE, 10901 LITTLE PATUXENT PKWY., COLUMBIA, MD 21044 | |
| 10925 | HOWARD COMMUNITY COLLEGE, PO BOX 3557, FREDERICK, MD 21705 | |
| 10925 | HOWARD COMMUNITY COLLEGE, PO BOX 484, ELLICOTT CITY, MD 21041 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    HOWARD CONCRETE PUMPING CO., 2501 BANKSVILLE ROAD, PITTSBURGH, PA 15216

10924    HOWARD CONCRETE PUMPING CO., 701 MILLERS RUN ROAD, CUDDY, PA 15031

10924    HOWARD COUNTY COMMUNITY HOSPITAL, (CIRCLE B), KOKOMO, IN 46902

10925    HOWARD COUNTY ECONOMIC DEVELOPMENT, 6751 COLUMBIA GATEWAY DR SUITE 500, COLUMBIA, MD 21046

10924    HOWARD COUNTY GENERAL HOSPITAL, 12340 CONWAY RD, BELTSVILLE, MD 20705

10925    HOWARD COUNTY HEALTH DEPT BUREAU OF, MR FRANK A SKINNER ACTING DIR, 3535 ELLICOTT MILLS DR, ELLICOTT CITY, MD 21043

10925    HOWARD COUNTY MARYLAND, DEPT. OF FINANCE, ELLICOTT CITY, MD 21041

10925    HOWARD COUNTY MARYLAND, DEPT. OF FINANCE, P.O. BOX 2748, ELLICOTT CITY, MD 21041-2748

10925    HOWARD COUNTY MARYLAND, PO BOX 64502, BALTIMORE, MD 21264-4502

10925    HOWARD D MC GIRT, 217 CHANDLER RD, KELLER, TX 76248-3719

10925    HOWARD E RATHLESBERGER & JEAN, E RATHLESBERGER TR UA MAR 30 87, RATHLESBERGER FAMILY TRUST, 230 RIDGEWAY RD, WOODSIDE, CA 94062-2342

10925    HOWARD F KIDDER, 1000 WAKEFIELD AVE, ST PAUL, MN 55106-5626

10925    HOWARD G ANDERSON, 1761 CIENEGA RD, HOLLESTER, CA 95023-5554

10924    HOWARD GARCIA, 9541 BUSINESS CENTER DR, SUITE B, RANCHO CUCAMONGA, CA 91730

10925    HOWARD H RICHEY TR UA MAY 16 91, HOWARD H RICHEY TRUST, 9726 HUTTON DR, SUN CITY, AZ 85351-1442

10925    HOWARD HEFFLER, 221 HOLT DR APT 3-D, PEARL RIVER, NY 10965-2038

10925    HOWARD HOSPITAL FNDTN INC, 5755 CEDAR LANE, COLUMBIA, MD 21044

10925    HOWARD HOSPITAL FOUNDATION, 5755 CEDAR LN., COLUMBIA, MD 21044

10924    HOWARD HUGHES PLAZA, MELCO, LAS VEGAS, NV 89101

10925    HOWARD I GOSTIN, 330 SALTWINDS DR, EASTHAM, MA 02642-1777

10925    HOWARD I SCHENKMAN, 7590 NW 87TH WAY, TAMARAC, FL 33321-2449

10925    HOWARD III, GEORGE W, 1608 WALNUT ST., SUITE 1700, PHILADELPHIA, PA 19103

10925    HOWARD INDUSTRIES OF INDIANA, INC, 2817 WEST U.S. HWY 12, MICHIGAN CITY, IN 46360

10924    HOWARD INDUSTRIES, 13500 INDUSTRIAL ROAD, HOUSTON, TX 77015-6817

10924    HOWARD INDUSTRIES, 1840 PROGRESS AVE., COLUMBUS, OH 43207

10924    HOWARD INDUSTRIES, 1840 PROGRESS AVENUE, COLUMBUS, OH 43207

10924    HOWARD INDUSTRIES, INC., 1840 PROGRESS AVE., COLUMBUS, OH 43207

10925    HOWARD J COFFEY RE INC, 100 MATSONFORD ROAD, RADNOR, PA 19087

10925    HOWARD JAY PENNY, 1101 ROWAN CT, BALTIMORE, MD 21234-5925

10925    HOWARD JAY SILVERMAN, 51 TIFFANY CIRCLE, MANHASSET, NY 11030-3915

10925    HOWARD JOHNSON POMPANO BEACH, 9 NORTH POMPANO BEACH BLVD., POMPANO BEACH, FL 33062

10925    HOWARD JOHNSON, 3400 GRAND AVE, PHOENIX, AZ 85017

10925    HOWARD JOHNSON, 5327 JEFFERSON DAVIS HWY, FREDERICKSBURG, VA 22408

10925    HOWARD JOHNSON, 777 MEMORIAL DR, CAMBRIDGE, MA 02139

10925    HOWARD KIMBELL STEARNS &, OLIVE A STEARNS JT TEN, 106 SURREY LANE, LINCROFT, NJ 07738-1415

10925    HOWARD L CATTON &, 420 NE GLEN OAK AVE, SUITE 204, PEORIA, IL 61603

10925    HOWARD L NIELSON &, SANDRA L NIELSON JT TEN, 2210 ENTERPRISE, RICHLAND, WA 99352-1957

10925    HOWARD LAUDUMIEY MANN REED HARDY, 839 ST. CHARLES AVE , SUITE 306, NEW ORLEANS, LA 70130-3715

10925    HOWARD LISK, INC, PO BOX 890367, CHARLOTTE, NC 28289-0367

10924    HOWARD LUMBER, 600 GENTILY RD., STATESBORO, GA 30458

10924    HOWARD LUMBER, P.O. BOX 30458, STATESBORO, GA 30458

10925    HOWARD M DAILY &, BERNADETTE DAILY JT TEN, 204 SYCAMORE ST, NORFOLK, NE 68701-2952

10925    HOWARD M HAYES, 2930 ELLICOTT DR, BALITMORE, MD 21216-4234

10925    HOWARD M SHATZMAN &, FAITH I SHATZMAN, TEN COM, 4332 REVERE CIR, MARIETTA, GA 30062-5770

10925    HOWARD P NEWCOMB &, EUDEANA B NEWCOMB JT TEN, 3639 NW 63 RD ST, OKLAHOMA CITY, OK 73116-0000

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HOWARD PAUL ANTHONY, 142 GROVE ST, SPORTA, MI 49345-1154

10925   HOWARD PAVING & EXCAVATING CO INC, 40 STEPHENVILLE PKWY, EDISON, NJ 08820

10924   HOWARD REDI-MIX, EAST HWY 34, HOWARD, SD 57349

10925   HOWARD RESEARCH & DEVEL CORP, THE, 10275 LITTLE PATUXENT PKWY., COLUMBIA, MD 21044

10925   HOWARD S ENDE GENERAL COUNSEL, THE TRUSTEES OF PRI, 120 ALEXANDER ST, PRINCETON, NJ 08544

10925   HOWARD S HUGHES &, ROGER H HUGHES JT TEN, 291 HAVERHILL ST, NORTH READING, MA 01864-1452

10925   HOWARD SEILER, 613 CALIFORNIA BLVD, TOLEDO, OH 43612

10925   HOWARD SHEPHARD, INC, PO BOX 797, SANDERSVILLE, GA 31082

10925   HOWARD SHEPPARD INC, PO BOX 797, SANDERSVILLE, GA 31082

10925   HOWARD SHERMAN CUST GREGG, DAVID SHERMAN UNIF GIFT MIN, MIN ACT-NJ, ATTN HOWARD SHERMAN, C/O E F HUTTON & CO INC, 1040 BROAD ST, SHREWSBURY, NJ 07702-4331

10925   HOWARD SIMONS V.P., 20 CLINTON HILL CT., BALTIMORE, MD 21228

10925   HOWARD SOLOMAN, 4 HUNTINGTON RD, LIVINGSTON, NJ 07039-5112

10925   HOWARD STEVEN SCHEINES, 15 ELYAR TERRACE, MIDDLETOWN, NJ 07748-1711

10925   HOWARD T KEISER, 2525 RANCHVALE DR, CINCINNATI, OH 45230-1219

10925   HOWARD TOOLE LAW OFFICES, 211 NORTH HIGGS SUITE 350, MISSOULA, MT 59802-4537

10924   HOWARD UNIVERSITY LAW LIBRARY, 2900 VANNESS STREET NW, WASHINGTON, DC 20008

10924   HOWARD UNIVERSITY, 501 WEST STREET NORTH WEST, WASHINGTON, DC 20001

10925   HOWARD UNIVERSITY, HOWARD UNIVERSITY, 2400 SIXTH ST NW #321, WASHINGTON, DC 20059

10925   HOWARD V GARCIA, 14533 AGAVE WAY, ADELANTO, CA 92301

10925   HOWARD W WEBSTER &, GLORIA M WEBSTER TEN ENT, 605 FANNIE DORSEY RD, SYKESVILLE, MD 21784-8202

10925   HOWARD WEENER & NOREEN WEENER, JT TEN, 10814 RAJAH DR, ZEELAND, MI 49464-9114

10925   HOWARD, ALAN, 1905 REID RD, OWENSBORO, KY 42303

10925   HOWARD, ANNETTE, 3942 OLD TRAIL RD, MARTINEZ, GA 30907

10925   HOWARD, BILLIE, 8 BLACKSTONE DRIVE, GREENVILLE, SC 29617

10925   HOWARD, BRAD, 314 OAK ST, AUBURNDALE, FL 33823

10925   HOWARD, BRENDA, 3729 KENSINGTON CT, DECATUR, GA 30032

10925   HOWARD, BRIDGETT, 126 ADAM CIRCLE #3, MARIETTA, GA 30060

10925   HOWARD, CAROL, 584 HARVARD DR, LILBURN, GA 30247

10925   HOWARD, CHARLES, 10385 MAIN CROSS ST, WHITESVILLE, KY 42378

10925   HOWARD, CHERI, PO BOX 3053, OPELIKA, AL 36801

10925   HOWARD, CLARETHA, 112 CALHOUN RD, BELTON, SC 29627

10925   HOWARD, CYNTHIA, 4416 MUMFORD RD A-3, MACON, GA 31204

10925   HOWARD, DEANDRA, 4555 RALSTON AVE., INDIANAPOLIS, IN 46205

10925   HOWARD, DEBORAH, 4317 CONFEDERATE RD, SUMTER, SC 29154

10925   HOWARD, DONNA Y, 4308 LARKWOOD AVE, LOUISVILLE KY, KY 40212

10925   HOWARD, EDDIE, 9224 PINE HAVEN, DALLAS, TX 75277

10925   HOWARD, EUGENE, 245 RED CLAY RD, LAUREL, MD 20707

10925   HOWARD, GERTRUDE, 1137 PAUL QUINN, WACO, TX 76704

10925   HOWARD, GILBERT, PO BOX 112922, CARROLLTON, TX 75011-2922

10925   HOWARD, GLORIA, 77 GOULD ST, WAKEFIELD, MA 01880

10925   HOWARD, HAZEL, RR 3 BOX 525, BLOOMINGTON, IL 61704

10925   HOWARD, INGRID, 2038 LIPPERT ST, CHARLESTON, WV 25312

10925   HOWARD, JAMES, 1905 JONES MILL ROAD, SIMPSONVILLE, SC 29681

10925   HOWARD, JAMES, 601 EAST CURTIS ST, SIMPSONVILLE, SC 29681

10925   HOWARD, JASON, 30 AUSTIN ST, WILLIAMSTON, SC 29697

10925   HOWARD, JAY, 6357 C.R. 3607, CHANDLER, TX 75758

10925   HOWARD, JEFF, 288 NEWELL AVE, BRONSTON, KY 42518

10925   HOWARD, JERRY, 970 SHIELD SHINKLE ROAD, WILLIAMSTOWN, KY 41097

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    HOWARD, JOHN, 168 LAKE DRIVE EO, MABANK, TX 75147

10925    HOWARD, JOHN, POBOX 1030, NORCROSS, GA 30091-1030

10925    HOWARD, JON, PO BOX 304, GRAND ISLE, LA 70358

10925    HOWARD, JOYCELYN, 780 PIDGEON ST, COMMERCE, GA 30529

10925    HOWARD, JR, WILLIAM, 6509 EIDERDOWN COURT, GLEN BURNIE, MD 21060

10925    HOWARD, JUDITH K, 2933 E PIUTE AVE, PHOENIX, AZ 85024

10925    HOWARD, JUDY, 183 STATE LINE ROAD, BESSEMER, PA 16112

10925    HOWARD, KANYA, 14602 NW 13TH ROAD, MIAMI, FL 33167

10925    HOWARD, KEITH C, 600 NORTHER WAY UNIT 502, WINTER SPRINGS, FL 32708

10925    HOWARD, KEITH, 600 NORTHERN WAY UNIT #502, WINTER SPRINGS, FL 32708

10925    HOWARD, KELLIE, 588 MAIN ST, STONEHAM, MA 02180

10925    HOWARD, KEVIN, 1552 E. GIRARD PL., ENGLEWOOD, CO 80110

10925    HOWARD, KEVIN, 1656 RALWORTH ROAD, BALTIMORE, MD 21218

10925    HOWARD, LAUDUMIEY, MANN, REED, 516 N. COLUMBIA ST, PO BOX 103, COVINGTON, LA 70433

10925    HOWARD, LEE, PO BOX 1804, PICAYUNE, MS 39466

10925    HOWARD, LESIA, 2931 PANTHERSVILLE, DECATUR, GA 30034

10925    HOWARD, LORENTHIA, 77 NORTH GASTON AVE, SOMERVILLE, NJ 08876

10925    HOWARD, LORETTA, 509 S CASWELL ST, LAGRANGE, NC 28551

10925    HOWARD, MARJORIE A, 318 18TH ST NW, PUYALLUP, WA 98371-5118

10925    HOWARD, MARSHALL, 6599 IRON BRIDGE ROAD, OVID, NY 14521-9748

10925    HOWARD, MARTIN, 22804 E 28TH TERRACE CT, BLUE SPRINGS, MO 64015

10925    HOWARD, MICHAEL, 503 EAST JEWETT PLACE, SPRINGFIELD, MO 65807-5128

10925    HOWARD, MICHAEL, 8401 NW 13TH ST., GAINESVILLE, FL 32653

10925    HOWARD, MITCHELL, 1411 WINDING WAY RD, TAYLORS, SC 29687

10925    HOWARD, NANCY, 6913 WESTLAWN DR., FALLS CHURCH, VA 22042

10925    HOWARD, NORMAN, 10062 ROYAL LANE, DALLAS, TX 75238

10925    HOWARD, RHONDA, 2116 HOLLINS COURT, CHESAPEAKE, VA 23325

10925    HOWARD, ROBERT, 720 OAKWOOD AVE, A17, RALEIGH, NC 27601

10925    HOWARD, RONALD, 10 KOSTER BLVD., EDISON, NJ 08837-4221

10925    HOWARD, ROSE, CUST FOR BRUCE HOWARD, UNIF GIFT MIN ACT NJ, 1096 WALLACE RDG, BEVERLY HILLS, CA 90210-2636

10925    HOWARD, ROSIE, 1760 RICHFIELD DRIVE, SEVERN, MD 21144

10925    HOWARD, RUTH, 114 TAYLOR, GRANT PARK, IL 60940-9998

10925    HOWARD, SANDRA, 3024 N 24TH ST, PHOENIX, AZ 85016

10925    HOWARD, SANDRA, 8591 PIONEER DR., SEVERN, MD 21144

10925    HOWARD, SCOTT, 269 PINEY HILL RD, AIRVILLE, PA 17302

10925    HOWARD, SCOTT, RT 3 BOX 339, RAYVILLE, LA 71269

10925    HOWARD, SHARON, 3052 N. BUFFUM #1, MILWAUKEE, WI 53212

10925    HOWARD, SHARON, 324 ST PAUL ST #6, BROOKLINE, MA 02146

10925    HOWARD, TERI, 3226 COWLEY WAY #1, SAN DIEGO, CA 92117

10925    HOWARD, THOMAS, 502 TOLAR ROAD, TRAVELERS REST, SC 29690

10925    HOWARD, THOMAS, ROUTE 2, BOX 596, POYNETTE, WI 53955

10925    HOWARD, TONYA, 1579 BERKNER AVE., MACON, GA 31204

10925    HOWARD, TRAVIS, 8689 STILLHOUSE RD, WHITESVILLE, KY 42378

10925    HOWARD, VERLIN, 4181 BIRNAM DR, INDEPENDENCE, KY 41051

10925    HOWARD, VIVIENNE JANE, CRANLEIGH, WESTLANDS AVE, SLOUGH BERSHIRE, HUNTERCOMBRE,    *VIA Deutsche Post*
         SL1 6AGUNITED KINGDOM

10925    HOWARD, WILLIAM, 3851 BOWLDS COURT, OWENSBORO, KY 42301

10925    HOWARD, WILLIAM, 412 EAST 20TH ST, OWENSBORO, KY 42303

10925    HOWARD, WILLIAM, 49 DUNNELL ROAD, MAPLEWOOD, NJ 07040

10925    HOWARD, WILLIAM, 914 BLAKISTONE RD., GLEN BURNIE, MD 21060

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HOWARDS TRUE VALUE HARDWARE, PO BOX 1030, NORCROSS, GA 30091-1030 | |
| 10925 | HOWARTH, JAMES, 4235 KINGSWOOD ROAD, CHARLOTTE, NC 28226-6615 | |
| 10925 | HOWCROFT, ALBERT, 22 ELM ST, ADAMS, MA 01220-2110 | |
| 10925 | HOWCROFT, KENNETH, 3453 WHITE BIRCH ROAD, WHITE PINE, TN 37890 | |
| 10925 | HOWDEN SIROCCO INC., PO BOX 77186, DETROIT, MI 48277 | |
| 10925 | HOWDEN SIROCCO, PO BOX 23768, HARAHAN, LA 70183-0768 | |
| 10925 | HOWE AUTO BODY & PAINT, 3510 LAKE AVE, CALDWELL, ID 83605 | |
| 10924 | HOWE HALL, SHELDON AND UNION DRIVE, AMES, IA 50010 | |
| 10925 | HOWE SCALE, 403 WASHINGTON BLVD., MUNDELEIN, IL 60060 | |
| 10925 | HOWE SCALE, 430 W. SOUTH AVE., NOBLE, IL 62868 | |
| 10925 | HOWE, BARBARA, 2971 SE MORNINGSIDE BLVD, PT ST LUCIE, FL 34952-5708 | |
| 10925 | HOWE, BARBARA, 3502 W. 224TH ST, TORRANCE, CA 90505 | |
| 10925 | HOWE, BEN, 1513 ALABAMA, C, HUNTINGTON BEACH, CA 92648 | |
| 10925 | HOWE, DOUGLAS, 12050 KY. 144, PHILPOT, KY 42366 | |
| 10925 | HOWE, EDWARD, BOX 190 6535 LOUDON AVE, HANOVER, MD 21076-0000 | |
| 10925 | HOWE, FRED, PO BOX 902, BOLIVAR, MO 65613 | |
| 10925 | HOWE, GLENN, 2315 MOONEY RD, HOUSTON, TX 77093 | |
| 10925 | HOWE, GLENN, 3610 BEEHLER, BALTIMORE, MD 21215 | |
| 10925 | HOWE, JEAN, 505 PERRIN DRIVE, SPARTANBURG, SC 29302-3010 | |
| 10925 | HOWE, KATHLEEN, 19119 DAY ST, PERRIS, CA 92370 | |
| 10925 | HOWE, MARIE, 6535 LOUDON AVE, HANOVER, MD 21076 | |
| 10925 | HOWE, PATRICIA, 1705 OLD ORANGEBURG, LEXINGTON, SC 29073 | |
| 10925 | HOWE, ROBERT, 120 MONTELONA RD, GOFFSTOWN, NH 03045 | |
| 10925 | HOWE, STEVEN, 406 BROADWAY ST., PO BOX 182, NICHOLS, IA 52766-0182 | |
| 10925 | HOWELL FURNITURE GALLERIES, 200 EAST COLLEGE ST, LAKE CHARLES, LA 70607 | |
| 10925 | HOWELL INDUSTRIES, INC, 1650 SWISCO RD., SULPHUR, LA 70665 | |
| 10925 | HOWELL MACDUFF CO INC, POBOX 759, BOYLSTON, MA 01505-0759 | |
| 10925 | HOWELL TRACTOR & EQUIPMENT CO, 480 BLAINE ST, GARY, IN 46406 | |
| 10925 | HOWELL TRAINING CO., DEPT. 77463, DETROIT, MI 48277-0463 | |
| 10925 | HOWELL TRAINING COMPANY, DEPT 77463, DETROIT, MI 48277-0463 | |
| 10925 | HOWELL, A, 515 SYKES ROAD J-8, JACKSON, MS 39212 | |
| 10925 | HOWELL, AMANDA, 9270 WOODVALE DR, SEMMES, AL 36575 | |
| 10925 | HOWELL, AUBORN, 1550 BELL # 236, AMARILLO, TX 79106 | |
| 10925 | HOWELL, BARRY, PO BOX 223, APPLE CREEK, OH 44606 | |
| 10925 | HOWELL, CAROL, 6440 22ND ST. SO, ST. PETERSBURG, FL 33712 | |
| 10925 | HOWELL, CHARLIE, 350 MARTIN ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | HOWELL, DEBBI, 110 PARK PLACE, MIDWEST CITY, OK 73110 | |
| 10925 | HOWELL, DEBORAH, STAR RTE. PO BOX 340, FLOYD, VA 24091 | |
| 10925 | HOWELL, DON, 107 CORKWOOD DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | HOWELL, FRANK, 4512 LAWRENCE, MEMPHIS, TN 38122-1720 | |
| 10925 | HOWELL, H, 33 ADAMS ST, WESTBORO, MA 01581 | |
| 10925 | HOWELL, HEATHER, 1505 DUKE UNIVERSITY, DURHAM, NC 27701 | |
| 10925 | HOWELL, HILLIARD, 1607 S. SYCAMOLE, PALESTINE, TX 75801 | |
| 10925 | HOWELL, J, 314 E THIRD ST, MT PLEASANT, TX 75455 | |
| 10925 | HOWELL, JAMES, 541 MT VALLEY RD, DEFUNIAK SPRINGS, FL 32433 | |
| 10925 | HOWELL, JAMES, ROUTE 6 BOX 446, DEFUNIAK SPRINGS, FL 32433-9231 | |
| 10925 | HOWELL, JENNIFER, 9 BROADWAY, BANGOR, PA 18013 | |
| 10925 | HOWELL, JOHN, 606 CRAIG ST., PALESTINE, TX 75801 | |
| 10925 | HOWELL, JOHN, 6945 HAYTER DRIVE, LAKELAND, FL 33813 | |
| 10925 | HOWELL, JOHN, RT 2 BOX 188, WICHITA FALLS, TX 76301 | |
| 10925 | HOWELL, JOSEPH, 1050 BENJAMIN PL, HAGERSTOWN, MD 21742 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HOWELL, KELLY, 3032 HICKORY GROVE COURT, FAIRFAX, VA 22203

10925   HOWELL, KIMBERLY, 3500 PELHAM ROAD, 165A, GREENVILLE, SC 29615

10925   HOWELL, KRISTIE, 387 MEDICAL DRIVE, JACKSON, MS 39216

10925   HOWELL, LAURA, 3624 CEDAR HILL DR., CHARLOTTE, NC 28273

10925   HOWELL, LESLIE, PO BOX 894, LINDSAY, OK 73052

10925   HOWELL, LISA, 4 COUNTRY ESTATES RD, FOUNTAIN INN, SC 29644

10925   HOWELL, MARGARET, 818 BERKSHIRE DR, HYATTSVILLE, MD 20783

10925   HOWELL, MARK, 5663 PLANTATION DRIVE, WINSTON SALEM, NC 27105

10925   HOWELL, MARLENE, 103 BOWDAN RD., MILLERSVILLE, MD 21108

10925   HOWELL, MARSHA, 528 KENT ST, SPARTANBURG, SC 29301

10925   HOWELL, MARY, 108 TIMBERLINE DRIVE, CONWAY, SC 29526

10925   HOWELL, PAMELA, 12 DRIFTWOOD LANE, TAYLORS, SC 29687

10925   HOWELL, PATRICK B, 3257 N MARIETTA, MILWAUKEE, WI 53211-3132

10925   HOWELL, PAULA, 2220 N MAIN AVE, SPRINGFIELD, MO 65803

10925   HOWELL, PAULA, 513 MONONGAHELA AVE, ELIZABETH, PA 15037

10925   HOWELL, RICHARD, PO BOX 482, SIMPSONVILLE, SC 29681

10925   HOWELL, ROBERT, 3589 SALT CREEK ROAD, CASPER, WY 82601

10925   HOWELL, ROBERT, 628 GLEN ERIN DRIVE, HARTFORD, WI 53027

10925   HOWELL, SANDRA, 5717 SOUTHLAKE DRIVE, GREENSBORO, NC 27410

10925   HOWELL, SANDRA, RT 4, BOX 235, EASTMAN, GA 31023

10925   HOWELL, STEPHEN, 8914 HICKORY HILL DRIVE, GRANBURY,, TX 76049

10925   HOWELL, STERLING, 124 EL OGDEN DRIVE, WILMINGTON, NC 38405

10925   HOWELL, TRACY, 205 DINADAN DRIVE, CHARLOTTE, NC 28217

10925   HOWELL, WILLIAM, 103 BODAN RD., MILLERSVILLE, MD 21108

10925   HOWELY, JANET, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   HOWER, MICHAEL, 2825 28TH #3, WASHINGTON, DC 20008

10925   HOWE-ROTHWELL, FRANCES, 8 MANOR DRIVE, STOUGHTON, MA 02072

10925   HOWERTON, C, 4238 E 24TH PLACE, TULSA, OK 74114

10925   HOWERTON, GAIL, RT 1 BOX 333, SOUTH SHORE, KY 41175

10925   HOWERTON, SUSAN, 8903 W. SHADY LANE, WONDER LAKE, IL 60097

10925   HOWES, CRAIG, 1175 PORLIER ST, GREEN BAY, WI 54301-3401

10925   HOWES, DAVID, 5623 MOUNTAIN RD, BRIGHTON, MI 48116

10925   HOWES, MARCIA, 1650 HUCKINS ROAD, CHESHIRE, CT 06410

10925   HOWEY, GEORGE, PO BOX 1175, MEEKER,, CO 81641

10925   HOWIE, SHANN, 2700 #3 EASTPORT RD., CHARLOTTE, NC 28205

10925   HOWIE-TIMMEL, MEGHAN, 7731 N. E. LAKE TER, CHICAGO, IL 60626

10925   HOWLAND, CYNTHIA, 1719B HUFF, WICHITA FALLS, TX 76308

10925   HOWLAND, JOHN, 6836 OLD PINEVILLE RD, CHARLOTTE, NC 28217

10925   HOWLAND, KAREN, 222 FOUR LAKES DR, BLANCHARD, OK 73010

10925   HOWLAND, MARSHALL, 12 WINNEPURKIT AVE, WEST LYNN, MA 01905-1745

10925   HOWLAND, ROBERTA, 20 BIRD HILL ROAD, LEXINGTON, MA 02173

10925   HOWLE, DONNA, 3209 87TH ST, LUBBOCK, TX 79423

10925   HOWLETT, WILLIAM, 7301 W HATCHER, PEORIA, AZ 85345

10925   HOWLETT, YVONNE, 7301 W HATCHER, PEORIA, AZ 85345

10925   HOWLEY, JANET, 4 WESTGATE DRIVE APT. 207, WOBURN, MA 01801

10925   HOWLEY, PAT, 4 ALIFF LANE, SAINT ALBANS, WV 25177-3414

10925   HOWLEY, SALLY, 60 SEASPRAY RD, OLD LYME, CT 06371

10924   HOWLIN CONCRETE CO., 1 COMMERCE PARK ROAD, MECHANICSVILLE, MD 20659

10924   HOWLIN CONCRETE CO., 1038 E. CHESAPEAKE BCH. RD., OWINGS, MD 20736

10924   HOWLIN CONCRETE CO., 44120 AIRPORT VIEW DRIVE, HOLLYWOOD, MD 20636

10924   HOWLIN CONCRETE COMPANY, 2880 DUNKIRK WAY., DUNKIRK, MD 20754

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HOWLIN CONCRETE, 1 STAFFORD ROAD, BARSTOW, MD 20610 | |
| 10924 | HOWLIN CONCRETE, 2880 DUNKIRK WAY, DUNKIRK, MD 20610 | |
| 10924 | HOWMET ALUMINUM CASTING LTD, 201 CERCON DRIVE, HILLSBORO, TX 76645 | |
| 10924 | HOWMET ALUMINUM CASTING LTD, 2175 AVE C, BETHLEHEM, PA 18017 | |
| 10924 | HOWMET ALUMINUM CASTING LTD., EAST SERVICE ROAD, LAVAL, QC H7L 3H7TORONTO | *VIA Deutsche Post* |
| 10924 | HOWMET CORP, 1 MISCO DRIVE, WHITEHALL, MI 49461 | |
| 10925 | HOWMET CORP, KEITH SHELL ELIZABETH WEBB RANDALL, | |
| 10925 | HOWMET CORP, ROY ST, DOVER, NJ 07801 | |
| 10924 | HOWMET CORPORATION, 555 BENSTON ROAD, WHITEHALL, MI 49461 | |
| 10924 | HOWMET CORPORATION, ONE MISCO DRIVE, WHITEHALL, MI 49461 | |
| 10924 | HOWMET, 1100 E LINCOLN WAY, LA PORTE, IN 46350 | |
| 10924 | HOWMET, 5650 COMMERCE BLVD, MORRISTOWN, TN 37814 | |
| 10924 | HOWMET, 6200 CENTRAL FREEWAY, WICHITA FALLS, TX 76309 | |
| 10924 | HOWMET, ROY STREET, DOVER, NJ 07801 | |
| 10924 | HOWREY & SIMON, 1730 PENNSYLVANIA AVE NW, WASHINGTON, DC 20006 | |
| 10925 | HOWREY AND SIMON, 1299 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004-2402 | |
| 10925 | HOWSER, HELEN VIRGINIA, 444 W ORANGE GROVE, TUCSON, AZ 85704-5642 | |
| 10925 | HOWSON, STEPHEN, 103 CRADDOCKS AVE, SURREY, ASHTEAD, KT21 1NRUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HOWZE JR, JIMMIE, 6527 FARMWAY PL, CHARLOTTE, NC 28215 | |
| 10924 | HOY REDI MIX CO., 412 CHAPLIN ROAD, MORGANTOWN, WV 26501 | |
| 10924 | HOY REDI MIX CO., P O BOX 957, WAYNESBURG, PA 15370 | |
| 10925 | HOY, ALBERT, 6116 BELWOOD ST, DIST. HGTS, MD 20747 | |
| 10925 | HOY, BARBARA, POST OFFICE BOX 684, FERNLEY, NV 89408 | |
| 10925 | HOY, JAMES, 14 RIVER ST P1, LYNN, MA 01905 | |
| 10925 | HOYE, TROY, 4201 NORTHWEST FREEWAY, WICHITA FALLS, TX 76305 | |
| 10925 | HOYER TERMINAL SERVICES, PO BOX 4346, HOUSTON, TX 77210-4346 | |
| 10925 | HOYER, JOAN, 404 SYCAMORE ROAD, WEST READING, PA 19611 | |
| 10925 | HOYER, MICHAEL, 404 SYCAMORE ROAD, WEST READING, PA 19611 | |
| 10925 | HOYLAND, ROBIN T, BOX 901, SUNSET BEACH, CA 90742-0901 | |
| 10925 | HOYLE MORRIS & KERR ATTY FOR GRACE, ARLENE FICKLER, 1650 MARKET ST, PHILADELPHIA, PA 19103 | |
| 10925 | HOYLE MORRIS & KERR, 1650 MARKET ST, PHILADELPHIA, PA 19103 | |
| 10925 | HOYLE MORRIS AND KERR, 1650 MARKET ST SUITE 4900, PHILADELPHIA, PA 19103-7397 | |
| 10925 | HOYLE, C., PO BOX 162, DERRY, PA 15627 | |
| 10925 | HOYLE, JACQUELINE, 104 LOVELADY RD, CONNELLY SPRINGS, NC 28612 | |
| 10925 | HOYLE, MORRIS & KERR LLP, 1649 MARKET ST #4899, PHILADELPHIA, PA 19103-7396 | |
| 10925 | HOYLMAN, ANTHONY, PO BOX 13072, SISSONVILLE, WV 25360 | |
| 10924 | HOY'S CONSTRUCTION CO INC, 165 ROLLING MEADOWS ROAD, WAYNESBURG, PA 15370 | |
| 10924 | HOY'S CONSTRUCTION CO INC, P O BOX 957, WAYNESBURG, PA 15370 | |
| 10924 | HOY'S CONSTRUCTION CO INC, WAYNESBURG, PA 15370 | |
| 10924 | HOY'S READY MIX, ATTN:  ACCOUNTS PAYABLE, WAYNESBURG, PA 15370 | |
| 10925 | HOYT BLEWETT, PO BOX 2807, GREAT FALLS, MT 59403-2807 | |
| 10924 | HOYT CINEMA, BALTIMORE, BALTIMORE, MD 21205 | |
| 10925 | HOYT, ALLISON, 30 HASTINGS LANE, STONY POINT, NY 10980 | |
| 10925 | HOYT, CHRISTINE, 1316 EDGECLIFF RD., FORT WORTH, TX 76134 | |
| 10925 | HOYT, DEBORAH, 125 WYATT OAKS COURT, EASLEY, SC 29642 | |
| 10925 | HOYT, JAMES, 725 MT. WILSON LANE, 531, BALTIMORE, MD 21208 | |
| 10924 | HOYTES CONC PROD INC, RT 365E, NEW FLOYD  RD, ROME, NY 13440 | |
| 10924 | HOYTES CONC PROD INC, RT 365E, NEW FLOYD RD, ROME, NY 13440 | |
| 10924 | HOYTES CONC PROD INC., RT 365E, NEW FLOYD RD, ROME, NY 13440 | |
| 10924 | HOYTS CINEMA 9, 565 PORTION ROAD, LAKE RONKONKOMA, NY 11779 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    HOYT'S CINEMA, 259 HARTFORD AVE, BELLINGHAM, MA 02019

10924    HOYT'S CINEMA, C/O BROADWAY SERVICES, 1504 JOH AVENUE, BALTIMORE, MD 21227

10924    HOYT'S CINEMA/ BRADFORD PLAZA, 329 EAST MAIN STREET, BRANFORD, CT 06405

10924    HOYT'S MULTIPLEX CINEMA, 15200 MAJOR LIANSDALE, BOWIE, MD 20716

10925    HP BUSINESS STORE, HP LOCKBOX FILE #73703, P.O. BOX 60000, SAN FRANCISCO, CA 94160-3703

10925    HP ELECTRONICS, INC, 2300 SULPHUR SPRING RD., BALTIMORE, MD 21227

10925    HP FURNITURE REFINISHING, 5301 N. DIXIE HWY, BOCA RATON, FL 33487

10925    H-P LASER PRODUCTS, THE EMERSON CENTER 320, 2814 SPRING ROAD, ATLANTA, GA 30339

10925    HP POLYMER, INC, 1702 S. HWY. 121, LEWISVILLE, TX 75067

10925    HP RODGERS, INC, 10 GERARD AVE.,STE.10, TIMONIUM, MD 21093

10925    HP SUPPORT SERVICES, 1030 NE CIRCLE BLVD., CORVALLIS, OR 97330-9903

10925    HP/R LLC, 300 PARK BLVD, SUITE 201, ITASCA, IL 60143

10925    HPC HARRESS PICKEL CONSULT GMBH, KAPELLENSTRASSE 45A, D-65830 KRIFTEL/TAUNUS, 65830

10925    HPF, INC, 13540 INDIAN CREEK DR., CLEVELAND, OH 44130

10925    HPI HEALTH CARE SERVICES, PO BOX 27659, ALBUQUERQUE, NM 87125-7659

10925    HPI HEALTH CARE SERVICES,INC, PO BOX 30351, LOS ANGELES, CA 90030

10924    HPI PRODUCTS, INC., 222 SYLVANIE ST., SAINT JOSEPH, MO 64502

10925    HPM CO, 308 BEACHWOOD DR, CRAWFORDVILLE, FL 32327

10925    HQ GLOBAL WORKPLACES, 12 ALFRED ST., STE 300, WOBURN, MA 01801

10925    HR DIRECT, PO BOX 150497, HARTFORD, CT 06115-0497

10925    HR DIRECT, PO BOX 6213, CAROL STREAM, IL 60197-6213

10925    HR DIRECT, PO BOX 7067, DOVER, DE 19903-7067

10925    HR EWELL INC, PO BOX 64895, BALTIMORE, MD 21264-4895

10925    HR FOCUS, PO BOX 57969, BOULDER, CO 80322-7969

10925    HR ONE INC, PO BOX 452859, SUNRISE, FL 33345-2859

10925    HR SOCIETY FOR HUMAN, PO BOX 79482, BALTIMORE, MD 21279-0482

10925    HR VANCE, 4401 ATLANTIC AVE #200-23, LONG BEACH, CA 90807

10925    HRABAL, MARGARET, RT 2 BOX 130, WACO, TX 76706

10925    HRAZDIL, MICHAEL, 801 ARAPAHO, BURKBURNETT, TX 76354

10925    HRD PRESS, 22 AMHERST RD., AMHERST, MA 01002

10925    HRDIRECT, PO BOX 7067, DOVER, DE 19903-7067

10925    HRDQ, 2002 RENAISSANCE BLVD #100, KING OF PRUSSIA, PA 19406-2756

10925    HREBENAK, ANNA, 320 RUSSELLWOOD AVE, MCKEES ROCKS, PA 15136-3014

10925    HREN, COLLEEN, 26312 MERIDETH, WARREN, MI 48091

10925    HRH CONSTRUCTION CORP., 121 E 41ST ST, NEW YORK, NY 10017

10925    HRH, 2ND AVENUE, NEW YORK, NY 10001

10925    HRKACH, JODY, 913 CUTLER ROAD, LONGWOOD, FL 32779

10925    HRNANDEZ, EMILIA, 7913 24 TH AVE, HYATTSVILLE, MD 20783

10925    HRS USA, PO BOX 4142, CAROL STREAM, IL 60197-4142

10925    HRS USA, POBOX 17602, BALTIMORE, MD 21297-1602

10925    HRSP, INC, PO BOX 801646, DALLAS, TX 75380-1646

10925    HRUSKA, JOHN, 10407 FALLING TREE, LOUISVILLE, KY 40223

10924    HSBC DATA CENTER, 100 PARK CLUB LANE, AMHERST, NY 14221

10924    HSI ELECTRIC INC, 2234 HOONEE PLACE, HONOLULU, HI 96819

10925    HSI GEOTRANS INC, 46050 MANEKIN PLAZA, SUITE 100, STERLING, VA 20166

10925    HSI GEOTRANS, 46050 MANEKIN PLAZA, STE. 100, STERLING, VA 20166

10925    HSI GEOTRANS, 6 LANCASTER COUNTY ROAD, HARVARD, MA 01451

10924    HSI READY MIX, 130 HUEY STOCKSTILL ROAD, PICAYUNE, MS 39466

10924    HSI READY MIX, PO BOXL, PICAYUNE, MS 39466

10925    HSIA, DAVID, 1335 MARLIN AVE, FOSTER CITY, CA 94404

10925    HSIAH, S, 616 PLANTINUM DR, FAYETTEVILLE, NC 28311

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HSIEH, CAROL, 1409 ROPER MTN RD, 379, GREENVILLE, SC 29615

10925   HSIEH, CHENG-CHIH, 7405 78TH ST, LUBBOCK, TX 79424

10925   HSL INC PLATT SACO LOWELL, ANDY B RASOR, 200 UNIVERSITY PARK DR, EDWARDSVILLE, IL 62025-3636

10924   HSP, AMERSTERDAM SCHIPOL APT, IT 1117 ZJUNK      *VIA Deutsche Post*

10924   HSP, ELBAWEG 35, VENHUIZEN, 0000 AANLD      *VIA Deutsche Post*

10925   HSU, CHEIN-LU, 15 RIVERTON COURT, GREER, SC 29650

10925   H-T ENTERPRISES V, GEN COUNSEL, 115 S. LACUMBRE LANE, SUITE 302, SANTA BARBARA, CA 93105

10925   HTD HEAT TRACE, INC, PO BOX 398, WHITEHOUSE STATION, NJ 08889

10925   HTI TANK WASH, 9957 MEDFORD AVE BLDG 11, OAKLAND, CA 94603

10925   HTR, POBOX 10837, ROCKVILLE, MD 20849-0837

10925   HTS, 14515 VALLEY VIEW AVE SUITE C, SANTA FE SPRINGS, CA 90670-4725

10925   HU, RUIZHONG, 10410 POPKINS COURT, WOODSTOCK, MD 21163

10925   HU, RUIZHONG, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   HU, YATAO, 5624 STEVENS FOREST ROAD APT. #284, COLUMBIA, MD 21045

10925   HUA XING ZHOU & LI G. YANG, DBA CHINA BUFFET, 1515 ALTA VISTA DRIVE, COLUMBUS, GA 39107

10925   HUA XING ZZHAU & L.G. GANG, 1515 ALTA VISTA DRIVE, COLUMBUS, GA 39107

10925   HUA XING ZZHAU & L.G. GANG, 300 NORTH DEAN ROAD, AUBURN, AL 36830

10925   HUA ZHONG, 6 ON CHUEN ST, ON LOK TSUEN, FANLING, HONG KONG      *VIA Deutsche Post*

10925   HUANG, EDMUND T, 7500 GRACE DR., COLUMBIA, MD 21044

10925   HUANG, EDMUND, 825 RIVER ROAD, SYKESVILLE, MD 21784

10925   HUANG, HONG, 205 W. APOLLO, GARLAND, TX 75040

10925   HUANG, LI-MEI, 61 SHEA ST, LOWELL, MA 01854

10925   HUANG, PHOEBE, 205 W. APOLLO, GARLAND, TX 75040

10925   HUANG, WEI, 3302 SAWTELLE BLVD, LOS ANGELES, CA 90066

10925   HUARACHA, ALBERT, 7835 GROW LN 1006, HOUSTON TX, TX 77040

10925   HUARD, ARMAND, 64 EIGHTH ST, E. PROVIDENCE, RI 02914

10925   HUB CITY NEW YORK/, 1050 WALL ST WEST STE 200, LYNDHURST, NJ 07071

10924   HUB CONST/VICTOR VALLEY HOSPITAL, 15248 11TH ST., VICTORVILLE, CA 92392

10924   HUB CONSTRUCTION SPECIALTIES, 5310 SAN FERNANDO ROAD, GLENDALE, CA 91203

10924   HUB CONSTRUCTION SPECIALTIES, 379 S. "I" STREET, SAN BERNARDINO, CA 92410

10924   HUB CONSTRUCTION SPECIALTIES, 379 SOUTH I STREET, SAN BERNARDINO, CA 92410

10925   HUB GROUP MID-ATLANTIC, LLC, PO BOX 95748, CHICAGO, IL 60694-5748

10925   HUB MATERIAL COMPANY, 33 SPRINGDALE AVE, CANTON, MA 02021

10925   HUBBARD JT TEN, JOHN K & MARION O, 612 PERRIN DR, SPARTANBURG, SC 29307-2402

10924   HUBBARD SAND & GRAVEL, 1612 FIFTH AVE, BAY SHORE, NY 11706

10925   HUBBARD SR, GLEN, 1110 LINDA LANE, HOBBS, NM 88240

10924   HUBBARD SUPPLY CO., 901 WEST SECOND STREET, FLINT, MI 48502

10924   HUBBARD SUPPLY COMPANY, 901 WEST SECOND ST., FLINT, MI 48503

10925   HUBBARD, AMY, 15324 N 92ND WAY, SCOTTSDALE, AZ 85260

10925   HUBBARD, BETTY, 3848 N. 5TH ST, MILWAUKEE, WI 53212

10925   HUBBARD, BRENT, 1523 EDMONDSHORE #68, MEMPHIS, TN 38134

10925   HUBBARD, CHARLES, PO BOX 1214, VICTORIA, TX 77902

10925   HUBBARD, DARREN, 2254 ABBEYWOOD DRIVE, LISLE, IL 60532

10925   HUBBARD, DAVID, 1511 MIMOSA, VICTORIA, TX 77901

10925   HUBBARD, DONNA, 24 WEBER RD., BELMONT, MA 02178

10925   HUBBARD, EUNICE, CUST FOR GALE W HUBBARD, UNIF GIFT MIN ACT FL, 1736 ST PAULS DR, CLEARWATER, FL 33764-6462

10925   HUBBARD, J, 12 PASSACONAWAY DR, BILLERICA, MA 01821

10925   HUBBARD, JOHN DANA, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   HUBBARD, KAREN, 2451 LAKEVIEW CIRCLE, ARLINGTON, TX 76013

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HUBBARD, MELISSA, 1424 FILENE COURT, VIENNA, VA 22182

10925   HUBBARD, MICHAEL, 1013 S. AVE.,

10925   HUBBARD, MICHAEL, 1134 WINDERMERE LANE, AURORA, IL 60450

10925   HUBBARD, MIRIAM, 2701 REGENCY OAKS BLVD A408, A408, CLEARWATER, FL 33759

10925   HUBBARD, PETER, PO BOX 85, BURLINGTON, MA 01803

10925   HUBBARD, RICHARD, 1611 E. PINE, MIDLAND, TX 79701

10925   HUBBARD, RICHARD, N5576 RAY RD, DEPERE, WI 54115

10925   HUBBARD, ROBERT, 1610 WOODSIDE VIEW LN, MANCHESTER, MO 63021-5887

10925   HUBBARD, SANDRA, 1116 AMERICANA LANE, MESQUITE, TX 75150

10925   HUBBARD, TRENIA, 225 HELICAN SPRING, ATHENS, GA 30601

10925   HUBBARD, WADE, APT #2, 2, COVINGTON, KY 41011

10925   HUBBARD, WILLIAM, HC 56 844, JOHN DAY, OR 97845-9712

10925   HUBBELL ELECTRIC HEATER CO., PO BOX 288, STRATFORD, CT 06497-0288

10925   HUBBELL, LEONA, PO BOX 1100, BRAZORIA, TX 77422

10925   HUBBELL, LISA, 1445 BLUEBIRD DR, FLORISSANT, MO 63031

10925   HUBBUCH GLASS COMPANY INC, 1855 CENTRAL AVE, CHATTANOOGA, TN 37408

10925   HUBBY, CHRISTOPHER, 8 NOTTINGHAM, NEWTOWN, MA 02159

10924   HUBCO INC, 11714 CHARLES ST, HOUSTON, TX 77041

10924   HUBCO INC, 11714 CHARLES STREET, HOUSTON, TX 77041

10925   HUBER COMMERCIAL SERVICES, 13755 NICOLLET AVE SO SUITE 203, BURNSVILLE, MN 55337

10925   HUBER CONSTRUCTION CO, 5220 TEXAS AVE, HOUSTON, TX 77001

10925   HUBER ENGINEERED MATERIALS, PO BOX 71486, CHICAGO, IL 60694

10925   HUBER LUMBER CO, 2117 MONROE, NORWOOD, OH 45212

10925   HUBER, DANIEL, 1109 WARD ST, BALTIMORE, MD 21230-1816

10925   HUBER, ELISA, 1152N. WHT RIV PKWY, INDIANAPOLIS, IN 46222

10925   HUBER, FREDERIC, 8 RIVERGATE RD, MERRIMACK, NH 03054

10925   HUBER, J, PO BOX 6771, CHICAGO, IL 60680

10925   HUBER, JOSEPH, 5813 PRESTON VALLEY, DALLAS, TX 75240

10925   HUBER, KIMBERLY, 180 SCITUATE ST, ARLINGTON, MA 02174

10925   HUBER, MARY, 10313 HILLSBURY DR # 504, BATON ROUGE, LA 70809

10925   HUBER, RONALD, 106 HERMITAGE RD, GREENVILLE, SC 29615

10925   HUBER, STEPHEN, 165 SETTLEMYRE, OREGONIA, OH 45054

10925   HUBERT A BRYANT, 1717 FIRWOOD, PASADENA, TX 77502-1615

10925   HUBERT A SWANSON &, DELLA M SWANSON JT TEN, 1514 S W 44TH ST, PENDLETON, OR 97801-3714

10925   HUBERT ARDELL BRYANT &, BRENDA GAYE BRYANT JT TEN, 1717 FIRWOOD, PASADENA, TX 77502-1615

10925   HUBERT COMPANY, PO BOX 631642, CINCINNATI, OH 45263-1642

10925   HUBERT EUGENE LARISCY, 2237 ROCKY FORD ROAD, SYLVANIA, GA 30467-6305

10924   HUBERT HOOVER SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   HUBERT MIDDLE SCHOOL, 768 GRANT STREET, SAVANNAH, GA 31401

10925   HUBERT T DUDLEY, 10 PRANCING RD, CHELMSFORD, MA 01824-1922

10925   HUBERT, BONNIE, 2125 FELLOWSHIP RD, TUCKER, GA 30084

10925   HUBERT, CAROLYN, PO BOX 5367, EUREKA, CA 95502

10925   HUBERT, CORY, 10447 LURLINE AVE., CHATSWORTH, CA 91311

10925   HUBERT, ELIZABETH, 4225 E FRIESS DRIVE, PHOENIX, AZ 85032

10925   HUBERT, GILBERT, 715 33 RD, MINDEN, NE 68959

10925   HUBERT, J, 1712 MAIN ST, TAMPA, FL 33607

10925   HUBEVA MARINE PLASTICS, 382 HAMILTON AVE, BROOKLYN, NY 11231

10925   HUBLER, RALPH, 3397 WEST MONMOUTH AVE, ENGLEWOOD, CO 80110

10925   HUBLEY, PAMELA, 45 LAUBERT RD, CONSHOHOCKEN, PA 19428

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HUCEK, GERALD, 1200 N TAYLOR #222, GREEN BAY, WI 54303 | |
| 10925 | HUCEK, GERALD, APT 222, GREEN BAY, WI 54303 | |
| 10925 | HUCKABEE, DAVID, 2266 J&J TRAIL, SHREVEPORT, LA 71107 | |
| 10925 | HUCKABEE, KEITH, 1006 GROVE CIRCLE, MURFREESBORO, TN 37129 | |
| 10925 | HUCKABY, CANDACE, 208 GATEWOOD CIRCLE E, BURLESON, TX 76028 | |
| 10925 | HUCKABY, THOMAS, 153 OAKVIEW FARM ROAD, WOODRUFF, SC 29388-9307 | |
| 10925 | HUCKINS, KATHLEEN, 215 OHKAHTEEAH ROAD, CENTRAL, SC 29630 | |
| 10925 | HUCKLEBERRY ASSOCIATES INC, POBOX 940489, MAITLAND, FL 32794-0489 | |
| 10925 | HUCKS, BOBBY, RT. 2 BOX 82, GALIVANTS FERRY, SC 29544 | |
| 10924 | HUDAK & DAWSON CONSTRUCTION CO,INC, 901 RIDGEWAY AVENUE, GADSDEN, AL 35901 | |
| 10925 | HUDAK JR., JOHN, 8139 SOUTHWOOD DR., APT. 201, GARRETTSVILLE, OH 44231 | |
| 10925 | HUDAK, BEVERLY, 50 NORWICH PL, SOMERSET, NJ 08873 | |
| 10925 | HUDAK, KRISTINE, 1224 BAKER ST, HILLSIDE, NJ 07205 | |
| 10925 | HUDAK, MICHAEL, 2046 AUTUMN LEAVE CR, GREEN BAY, WI 54313 | |
| 10925 | HUDAKS ASBESTOS REMOVAL, INC, PO BOX 72430, BALTIMORE, MD 21237 | |
| 10925 | HUDAKS INSULATION, INC, PO BOX 72430, BALTIMORE, MD 21237 | |
| 10925 | HUDDLE JR, LUTHER G, 2673 BRIGHTON RD, HOWELL, MI 48843-9425 | |
| 10925 | HUDDLESTON & CO. INC., 1221 MCKINNEY SUITE 3700, HOUSTON, TX 77010 | |
| 10925 | HUDDLESTON JR, ALLEN, 10401 WOODSBORO ROADRT. 550, WOODSBORO, MD 21798 | |
| 10925 | HUDDLESTON, CLAIRE, 245 PENDLETON DR, ATHENS, GA 30606 | |
| 10925 | HUDDLESTON, DANIEL, 1019 BOLING BROOK, SAN ANTONIO, TX 78245 | |
| 10925 | HUDDLESTON, EDNA, 835 SE 1ST AVE SPACE 55, CANBY, OR 97013-3840 | |
| 10925 | HUDDLESTON, LOWELL, 1010 TURNEY AVE., LAUREL, MD 20707 | |
| 10925 | HUDDLESTON, RUTH, BOX 65, CHESAPEAKE MOBILE CT., HANOVER, MD 21076 | |
| 10925 | HUDDLESTON, STANLEY R, 225 CANNONBALL WAY, ODENTON, MD 21113 | |
| 10925 | HUDDLESTON, STANLEY, 225 CANNONBALL WAY, ODENTON, MD 21113 | |
| 10925 | HUDEK, C, 4067 58TH ST NW, MAPLE LAKE, MN 55358-3444 | |
| 10925 | HUDGENS, CHRISTINE, 3308 DAUPHINE ST, NEW ORLEANS, LA 70117 | |
| 10925 | HUDGENS, DAVID, PO BOX 969, ST. HELENA ISLAND, SC 29920 | |
| 10925 | HUDGINS, CHERY M, 3025 SPORTSMANS LK, ODENVILLE, AL 35120 | |
| 10925 | HUDGINS, CHERY, 3025 SPORTSMANS LAKE ROAD, ODENVILLE, AL 35120 | |
| 10925 | HUDGINS, DARLENE, #76 4TH CIRCLE DR., WICHITA FALLS, TX 76503 | |
| 10925 | HUDGINS, KATHY, ROUTE 1, BOX 303, KOSCIUSKO, MS 39090 | |
| 10925 | HUDGINS, LAURA, PO BOX 786, COLLINS, MS 39428 | |
| 10925 | HUDISH, GARY, 928 SCHOOL ST, CRAIG, CO 81625 | |
| 10925 | HUDLASS, MARIA CLAIR, 34 QUEBEC GARDENS, BLACKWATER, CAMBERLEY SURREY, GU17 9DEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HUDLEY, NAOMI, 768 EDGEWOOD ST, BALTIMORE, MD 21229-2025 | |
| 10925 | HUDLEY, ROBERT, 768 EDGEWOOD ST, BALTIMORE, MD 21229-0000 | |
| 10925 | HUDLEY, TROY, 319 ORMOND ST, ATLANTA, GA 30315 | |
| 10924 | HUDMAN FURNITURE CO., 301 EAST MAIN, POST, TX 79356 | |
| 10925 | HUDNALL, DENISE, 940 TYGART AVE, ELKINS, WV 26241 | |
| 10925 | HUDNALL, PAMELA, PO BOX 5726, ODESSA, TX 79760 | |
| 10925 | HUDOCK, KIM, 42 LOMBARD ST, UNIONTOWN, PA 15401 | |
| 10925 | HUDON, BERNARD, 42 LUDLOW RD, S HADLEY, MA 01075 | |
| 10925 | HUDON, SHELIA, 824 RIDGEWAY RD, LUGOFF, SC 29078 | |
| 10924 | HUDSHA OF NEW ENGLAND, P.O.BOX 315, WATERTOWN, MA 02272 | |
| 10924 | HUDSHA PAINT & MATERIALS CO., INC, CAMBRIDGE, MA 02140 | |
| 10924 | HUDSHA PAINT & MATERIAL'S, 492 WEST 53RD ST, NEW YORK, NY 10019 | |
| 10924 | HUDSHA PAINT, 429 WEST 53RD ST, NEW YORK, NY 10009 | |
| 10924 | HUDSHA, 43 HOWARD STREET, WATERTOWN, MA 02272 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  HUDSHA, CAMBRIDGE, MA 02140

10925  HUDSON A WALLER &, NANCY M WALLER JT TEN, 2112 PINE LAKE DR, WEST COLUMBIA, SC 29169-3732

10924  HUDSON BELK STORE, THE, 200 CROSS CREEK MALL, FAYETTEVILLE, NC 28303

10924  HUDSON BERGEN LRTS, 150 WARREN STREET, JERSEY CITY, NJ 07302

10925  HUDSON BOILER & TANK COMPANY, 1725 WEST HUBBARD ST, CHICAGO, IL 60622-6293

10924  HUDSON CONSTRUCTION SERVICES, 226 WATERLOO ROAD, PO BOX1, HUDSON, IA 50643

10924  HUDSON CONSTRUCTION WAREHOUSE, 226 WATERLOO ROAD, HUDSON, IA 50643

10924  HUDSON CONSTRUCTION, 226 WATERLOO ROAD, HUDSON, IA 50643

10925  HUDSON CONSULTANTS, INC, 1516 SOUTH BOSTON #210, TULSA, OK 74119

10925  HUDSON COUNTY DISTRICT COUNCIL, OF LABORERS PENSION FUND, 852 BERGEN AVE, JERSEY CITY, NJ 07306-4404

10925  HUDSON COUNTY REGISTER, 595 NEWARK AVE - ROOM 105, JERSEY CITY, NJ 07306

10924  HUDSON DEPARTMENT STORE, WESTLAND MALL, WESTLAND, MI 48185

10924  HUDSON ELEMENTRY SCHOOL, 291 PINE MOUNTAIN ROAD, HUDSON, NC 28638

10925  HUDSON EXTERMINATING CO INC, 445 SIXTY-THIRD ST, WEST NEW YORK, NJ 07093

10925  HUDSON EXTRUSIONS INC., PO BOX 255, HUDSON, OH 44236-0255

10925  HUDSON INSTITUTE, 5395 EMERSON WAY, INDIANAPOLIS, IN 46226

10925  HUDSON MFG. & MACHINE SHOP INC., PO BOX 21665, OWENSBORO, KY 42304-1665

10924  HUDSON POOL DISTRIBUTORS, 44084 NORTH US HWY. 52, NEW LONDON, NC 28127

10925  HUDSON PUMP & EQUIPMENT ASSOCIATES, 3524 CRAFTSMAN BLVD, LAKELAND, FL 33803

10924  HUDSON RCI, 27711 DIAZ ROAD, TEMECULA, CA 92590

10924  HUDSON RCI, PO BOX9020, TEMECULA, CA 92589-9020

10924  HUDSON VALLEY ACOUSTICAL, & PLASTERING CO INC, POUGHKEEPSIE, NY 12603

10924  HUDSON VALLEY CARE CENTER, 24 LOHMEIER LANE, LAKE KATRINE, NY 12449

10924  HUDSON VALLEY HEALTH CARE, STATE RT. 9D, MONTROSE, NY 10548

10924  HUDSON WEBBER HARPER HOSPITAL, CORNER OF JOHN R. RD. & CANFIELD, DETROIT, MI 48201

10925  HUDSON, BRECK, 2100 E 4TH ST, OWENSBORO, KY 42303

10925  HUDSON, DANIEL, 1502 MACON PLACE, TARBORO, NC 27886

10925  HUDSON, DONALD, ROUTE 1, BOX 327-B, WESSON, MS 39191

10925  HUDSON, DONNA, RT 1 BOX 351-1, JEFFERSON, GA 30549

10925  HUDSON, EARLA, 609 W GARRISON, ELECTRA, TX 76360

10925  HUDSON, EDDIE J, 3457 SO ATLANTA PLACE, TULSA, OK 74105-2824

10925  HUDSON, EDDIE, BOX 296 ROUTE 3, GRAY COURT, SC 29645

10925  HUDSON, FAYE, RT. 4 BOX 431A, FAIRMONT, WV 26554

10925  HUDSON, G, 220 KNIGHTON CHAPL RDOAD, WOODRUFF, SC 29388-9230

10925  HUDSON, GAIL, 254 A FALLER DR, NEW MILFORD, NJ 07649

10925  HUDSON, GLEN, BOX 461, ARCHER CITY, TX 76351

10925  HUDSON, HASKEL, RT. 3, BOX 714, WAYNESBORO, MS 39367

10925  HUDSON, IRENE, 911 E FRECH AVE, 2, MANVILLE, NJ 08835

10925  HUDSON, JOE, 1020 TWO NOTCH, ELGIN, SC 29045

10925  HUDSON, JOHN, 120 EDWARDS CR, SIMPSONVILLE, SC 29681

10925  HUDSON, JOHN, 5644 MASSACHUSETTS, MERRILLVILLE, IN 46410

10925  HUDSON, JOHNNY, 120 SPEEDWAY DRIVE, FOUNTAIN INN, SC 29644

10925  HUDSON, JUDGE, PO BOX 501, EATON PARK, FL 33840-0501

10925  HUDSON, JULIE, 514 19TH ST NW #612, WASHINGTON, DC 20006

10925  HUDSON, LINDA, 201 N DUAL HWY, LAUREL, DE 19956

10925  HUDSON, MARA, 905 PORTLAND RIDGE, NORCROSS, GA 30071

10925  HUDSON, MARK, 6401 57TH AVE, 301, LAUREL, MD 20708

10925  HUDSON, MARLANA, 241 CANNON ST, GREER, SC 29651

10925  HUDSON, MICHAEL, 4220 TURF LANE, CINCINNATI, OH 45211

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HUDSON, MICHELLE, 1606 E 153RD ST, OLATHE, KS 66062

10925   HUDSON, PAMELA, 118 KELMAR AVE, FRAZER PA, PA 19355

10925   HUDSON, PAT, 350 WILSON DR., PITTSBURGH, PA 15235

10925   HUDSON, RICHARD, PO BOX 158, LIBUSE, LA 71348

10925   HUDSON, ROBBIE, 1392 KNIGHTON CHAPL RD, WOODRUFF, SC 29388

10925   HUDSON, SCOTT, 2716 MONTEREY, ST JOSEPH, MO 64507

10925   HUDSON, SHANNON, 26 BROOKDALE ACRES DR, LYMAN, SC 29365

10925   HUDSON, STERLING, 3250 DAUPHIN ST, MOBILE, AL 36606

10925   HUDSON, SYLVESTER, 254 PERTCH ROAD, SEVERNA PARK, MD 21146

10925   HUDSON, T, 2751 HAMMONDTON ROAD #1-3, MARIETTA, GA 30060

10925   HUDSON, TIFFANY, 2222 DUTCH RD, MT PLEASANT, NC 28124

10925   HUDSON, WILBERT, PO BOX 124, CLARA, MS 39324

10925   HUDSON-MOORE, IRIS, 2807 N. MAIN AVE. C-1, NEWTON, NC 28658

10924   HUEBNER OAKS CINEMA, 11075 INTERSTATE HWY. 10 WEST, SAN ANTONIO, TX 78230

10925   HUEGEL, BERNARD, ROUTE 1 BOX 79, ALTA VISTA, IA 50603

10925   HUEGEL, KATHERINE, 5155 NORTH SANTA MONICA BLVD, WHITEFISH BAY, WI 53217

10925   HUEMMER, ANN, 6 CROFTSTONE COURT, MAULDIN, SC 29662

10925   HUERTA, GERMAN, 8 ALLEN STQ, CAMBRIDGE, MA 02140

10925   HUERTA, JUDITH, 6335 PLEASANT LN, E104, MIDDLETON, WI 53562

10925   HUERTAS, EFRAIN, 21375 ROSCOE BLVD., CANOGA PARK, CA 91304

10925   HUERTERO, ALFREDO, 15915 KUYKENDAHL #2701, HOUSTON, TX 77068

10925   HUESTIS MACHINE CORP, POBOX 718, BRISTOL, RI 02809-0718

10925   HUESTIS, FREDERICK, PO BOX 20113, BEAUMONT, TX 77720

10925   HUETTL, RICHARD, 1856 WMS GRANT DR, DE PERE, WI 54115

10925   HUEY, CECIL, 326 PENDLETON RD, CLEMSON, SC 29631

10925   HUEY, J, 5668 WEST ANTWERP, MEMPHIS, TN 38135

10925   HUEY, WAYNE, 2023 EAST 31ST ST., BALTIMORE, MD 21218

10925   HUEYS CATERING, 1927 MADISON, MEMPHIS, TN 38104

10925   HUEZO, MARIA, 709 W 149TH ST, GARDENA, CA 90247

10925   HUFF, ALBERT, HC86 BOX 22-D, HARRISONBURG, LA 71340

10925   HUFF, CALVIN, 603 SOUTH TEXOWA, IOWA PARK, TX 76367

10925   HUFF, CARLA, 6362 CRESTSIDE, PASADENA, TX 77505

10925   HUFF, CHRISTINE, 101 COVEY LANE, CLAYTON, NC 27520

10925   HUFF, DAVID, 6807 61 PL NE, MARYSVILLE, WA 98270

10925   HUFF, J GERALD, 5463 LOCUST HILL ROAD, TRAVELERS REST, SC 29690

10925   HUFF, JANET, 111 N.E. 48TH AVE, OCALA, FL 34470

10925   HUFF, PATRICIA, RT #3 BOX 127-11, CHURCH HILL, TN 37642

10925   HUFF, PHILLIP, PO BOX 53, WARRENVILLE, SC 29851

10925   HUFF, RHEENONDRIA, 3101 MERRILL, ODESSA, TX 79763

10925   HUFF, ROSALIE, 2605 ORLEANS ST, BALTIMORE, MD 21224

10925   HUFF, STEPHEN, 1628 IRONCLAD DR, MECHANICSVILLE, VA 23111

10925   HUFF,JR, COOPER, 215 WOODBINE ST, COMMERCE, GA 30529

10925   HUFFER, LAWRENCE, 9200 BRIDLEPATH LANE, #D, LAUREL, MD 20723

10925   HUFFER, ROBERT, 201 RAINBOW DR., 11636, LIVINGSTON, TX 77351

10925   HUFFMAN & ROBINSON INC, ONE SHELL SQ SUITE 250 ANNEX, NEW ORLEANS, LA 70139

10925   HUFFMAN LABORATORIES INC., 4630 INDIANA ST., GOLDEN, CO 80403

10925   HUFFMAN LABORATORIES, INC, 4630 INDIANA ST, GOLDEN, CO 80403

10925   HUFFMAN, ANDREW, 5547-A T.R. 381, MILLERSBURG, OH 44654

10925   HUFFMAN, ARTHUR, 4449 E.BLACKRIDGE DR, TUCSON, AZ 85712

10925   HUFFMAN, BYRON, PO BOX 1064, MEEKER, CO 81641

10925   HUFFMAN, D., 51 22ND AVE, NW, HICKORY, NC 28601

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HUFFMAN, DAVID, 102 OAK ST, RIDGEWOOD, NJ 07450

10925   HUFFMAN, DAWN, 549 ROCK CLIFF DR, MARTINSBURG, WV 25401

10925   HUFFMAN, JEFF, 3603 EASTON LANE, BURLINGTON, KY 41005

10925   HUFFMAN, LEE, 1 MAPLE ST, SOMERVILLE, NJ 08876

10925   HUFFMAN, LISA, 810 HOLLYWOOD DRIVE LOT # 113, OWASSO, MI 48867

10925   HUFFMAN, LORI, 1617 NE 17TH WAY, FT LAUDERDALE, FL 33305

10925   HUFFMAN, MARK, RT 1 BOX 310, GRAY COURT, SC 29645

10925   HUFFMAN, MARY ELLA, 2705 RIDGEVIEW DRIVE, OKLAHOMA CITY, OK 73120

10925   HUFFMAN, MICHELE, 174 C RD #30A, JEROMESVILLE, OH 44840

10925   HUFFMAN, PATRICK, 5326 SPRINGRIDGE COURT, SUISUN, CA 94585

10925   HUFFMAN, R, 1596 E OMAHA, FRESNO, CA 93710

10925   HUFFMAN, RICHARD, 3222 MT. VERNON RD SE, CEDAR RAPIDS, IA 52403

10925   HUFFMAN, ROBERT, 3174 COWLEY WAY #3, SAN DIEGO, CA 92117

10925   HUFFMAN, STEVEN, 924 KIMBALL ROAD, FORT COLLINS, CO 80521

10925   HUFFMAN, VANESSA, 13410 IDLEWILD DRIVE, BOWIE, MD 20715

10925   HUFFMAN, WAYNE, 712 LEROY ST, AUDUBON, IA 50025

10925   HUFFSTETLER, STEVEN, 215 CARROLL ST, WAKE FOREST, NC 27587

10925   HUFFSTICKLER, DANNY, 9927 GORDON RD, BETHANY, LA 71007

10925   HUFFSTUTLER, LARRY, 303 LOUISIANA COURT, ELECTRA, TX 76360

10925   HUFNELL, ROBERT N, 4019 COLLINBOURNE RD, RICHMOND, VA 23235-1521

10925   HUFNER, STEVEN, 6121 COLLINS RD., JAX, FL 32244

10925   HUFNER, TAMARIA, 6121 COLLINS RD #148, JAX, FL 32244

10925   HUFT, CATHY, 30 VILLAGE KNOLL PLACE, WOODLANDS, TX 77381

10925   HUGAERT, AMY J., 601 S. ALMA SCHOOL, MESA, AZ 85210

10925   HUGES, MARGARET, 41 TAFT ST, CRANSTON, RI 02905

10925   HUGGARD, GAY, 1225 CLUB CT, RICHMOND, CA 94803

10924   HUGGETT BETTEN, 4319 RED ARROW HWY, STEVENSVILLE, MI 49127

10925   HUGGINS AND OTHEN TIRE SERVICE INC, ROBERT M PRICE, 408 W 8TH ST, JACKSONVILLE, FL 32206

10925   HUGGINS JR, WILLIAM, 81 PELICAN POINT ROAD, WILMINGTON, NC 28403

10925   HUGGINS, HARRIET, 732 SMITH LN, JACKSON, TN 38301

10925   HUGGINS, MICHELLE, 25071 CTY. RD. 65.5, ILIFF, CO 80736

10925   HUGGINS, PAMALA, 1201 NE 4TH ST., MOORE, OK 73160

10925   HUGGINS, R, 109 ELCON DR, GREER, SC 29651

10925   HUGGINS, R, 201 FORTUNA DRIVE, SIMPSONVILLE, SC 29681

10925   HUGGINS, ROBERT, 9819 W MILL DRIVE, PALOS PARK, IL 60464-2633

10925   HUGH DAVID GEBHART, 110 E TRACE CREEK, THE WOODLANDS, TX 77381-4529

10925   HUGH J GRAY, 138 MITCHELL ST, ROCHESTER, NY 14621-3955

10925   HUGH J GRIBBON, 14 OLD QUEENS BLVD, ENGLISHTOWN, NJ 07726-3645

10925   HUGH J REILLY, 6 EDGEMARTH HILL RD, WESTPORT, CT 06880-6209

10925   HUGH JOHN REILLY &, NANCY ANN REILLY JT TEN, 6 EDGEMARTH HILL RD, WESTPORT, CT 06880-6209

10925   HUGH L ROSE &, VALDA C ROSE JT TEN, 7400 SOUTH WEST 11TH ST, PLANTATION, FL 33317-4141

10925   HUGH MCCALL MEYER, PO BOX 1754, DAYTON, TX 77535-0030

10924   HUGH OKANE ELECTRIC, 88 WHITE STREET, NEW YORK, NY 10013

10925   HUGH PIERSON, 1413 RACE ST, NEW CASTLE, IN 47362-3369

10925   HUGH S BERRY, 1795 WELLS STATION ROAD, MEMPHIS, TN 38108-2966

10925   HUGH T HAWKINS, 2833 CHEYENNE DR, OWENSBORO, KY 42301-5202

10925   HUGH W ATKINSON, 1310-111 PRIMAVERA, SALINAS, CA 93901-1757

10925   HUGHART, JEFFREY, 4174 RT. 126, OSWEGO, IL 60543

10925   HUGHART, KELLY, PO BOX 5, EVANS, WV 25241

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HUGHES  SUPPLY, 3025  STONYBROOK DRIVE, RALEIGH, NC 27604

10925   HUGHES AIRCRAFT CO, 1151 HERMANS ROAD, TUCSON, AZ 85706

10925   HUGHES AIRCRAFT CO, 1901 WEST MALVERN, FULLERTON, CA 92634

10925   HUGHES AIRCRAFT CO, 1920 E WALNUT ST, EL SEGUNDO, CA 90245

10925   HUGHES AIRCRAFT CO, 2000 EAST EL SEGUNDO BLVD, EL SEGUNDO, CA 90245

10925   HUGHES AIRCRAFT CO, 2175 PARK PLACE, EL SEGUNDO, CA 90245

10925   HUGHES AIRCRAFT CO, 24120 GARNIER ST, TORRANCE, CA 90505

10925   HUGHES AIRCRAFT CO, 3050 W LOMITA BLVD, TORRANCE, CA 90505

10925   HUGHES AIRCRAFT CO, 3100 LOMITA, TORRANCE, CA 90505

10925   HUGHES AIRCRAFT CO, 8433 FALLBROOK AVE, CANOGA PARK, CA 91304

10925   HUGHES AIRCRAFT CO, ACCOUNTS PAYABLE, EL SEGUNDO, CA 90245

10925   HUGHES AIRCRAFT CO, ACCOUNTS PAYABLE, LOS ANGELES, CA 90009

10925   HUGHES AIRCRAFT CO, ATTN ACCTS PAYABLE (GAO), NEWPORT BEACH, CA 92658

10925   HUGHES AIRCRAFT CO, ATTN ACCTS PAYABLE, TUCSON, AZ 85706

10925   HUGHES AIRCRAFT CO, BLDG 807, TUCSON, AZ 85734

10925   HUGHES AIRCRAFT CO, CHUCK S REAM VP AND CHIEF FINANCIAL,

10925   HUGHES AIRCRAFT CO, GATE 4, 901 NASH ST, EL SEGUNDO, CA 90245

10925   HUGHES AIRCRAFT CO, GRANT J BEATSON TREASURER,

10925   HUGHES AIRCRAFT CO, MARY Y YASUI CHIEF FINANCIAL OFFICE,

10925   HUGHES AIRCRAFT CO, OLD NOGALES HWY, TUCSON, AZ 85734

10925   HUGHES AIRCRAFT CO, PO BOX 1163, ORANGEBURG, SC 29116

10925   HUGHES AIRCRAFT CO, PO BOX 23840, TUCSON, AZ 85734

10925   HUGHES AIRCRAFT CO, PO BOX 2923, TORRANCE, CA 90509

10925   HUGHES AIRCRAFT CO, PO BOX 3310, FULLERTON, CA 92634

10925   HUGHES AIRCRAFT CO, ROWESVILLE ROAD, ORANGEBURG, SC 29115

10925   HUGHES AIRCRAFT COMPANY, C/O BANK OF AMERICA FILE 1472, LOS ANGELES, CA 90074-1472

10925   HUGHES AIRCRAFT, 19859 HWY 80, FOREST, MS 39074

10925   HUGHES AIRCRAFT, PO BOX 2999, TORRANCE, CA 90509

10925   HUGHES ASSOCIATES INC, 3610 COMMERCE DRIVE SUITE 817, BALTIMORE, MD 21227-1652

10924   HUGHES ASSOCIATES INC., 6770 OAK HALL LANE, COLUMBIA, MD 21045

10925   HUGHES ASSOCIATES, INC, SUITE 817, BALTIMORE, MD 21227-1652

10924   HUGHES BROS INC., 719 MAINE RD. NORTH, HAMPDEN, ME 04444

10924   HUGHES BROTHERS, 719 MAINE RD. NORTH, HAMPDEN, ME 04444

10925   HUGHES CHRISTENSEN CO JONES JAIN, STEPHEN C JONES, 1110 VERMONT AVE NW, SUITE 1150, WASHINGTON, DC 20005

10924   HUGHES CONCRETE PRODUCTS, 625 HANCOCK IND. WAY, ATHENS, GA 30608

10924   HUGHES CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, ATHENS, GA 30608

10924   HUGHES CONSTRUCTION, CAMBRIDGE, MA 02140

10925   HUGHES DEFENSE COMMUNICATIONS, 1010 PRODUCTION RD, FORT WAYNE, IN 46808

10925   HUGHES DEFENSE COMMUNICATIONS, 4624 EXECUTIVE BLVD, FORT WAYNE, IN 46808

10925   HUGHES EQUIPMENT CORP, FORT & W 21ST ST, CHATTANOOGA, TN 37408

10925   HUGHES JR, JAY, 3150 NW 60TH STREE, BOCA RATON, FL 33496

10924   HUGHES MANAGEMENT #2, 4100 LAKE STREET, GRAND RAPIDS, MI 49525

10924   HUGHES MANAGEMENT/EAST PARIS RD OFC, 4096 LAKE DRIVE SE, GRAND RAPIDS, MI 49546

10924   HUGHES MASONRY, INC., 11331 INDUSTRIAL ROAD, MANASSAS, VA 22110

10924   HUGHES MASONRY, INC., 6516 CULVER DRIVE, WARRENTON, VA 20187

10925   HUGHES MISSLE SYSTEMS, 77001 SOUTH PARK AVE, TUCSON, AZ 85706

10925   HUGHES PAINTING, 1407 PINSON ST, TARRANT, AL 35217

10925   HUGHES PRINTING CNTR., 337-I HOSPITAL DR., GLEN BURNIE, MD 21061

10925   HUGHES REPAIR SHOP, RT 2 BOX 86, GRAY COURT, SC 29645

10925   HUGHES RESEARCH LAB, 3011 MALIBU CANYON RD, MALIBU, CA 90265

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HUGHES RESEARCH LABORTORY, 3011 MALIBU CANYON ROAD, MALIBU, CA 90265 | |
| 10924 | HUGHES SUPPLY (AD), 6885 N.E. EXPRESSWAY ACCESS R, ATLANTA, GA 30362 | |
| 10924 | HUGHES SUPPLY CO, 690 HOLT AVE, MACON, GA 31208 | |
| 10924 | HUGHES SUPPLY CO., PO BOX 6779, NORCROSS, GA 30071 | |
| 10924 | HUGHES SUPPLY INC, 2701 W NASA BLVD., MELBOURNE, FL 32901 | |
| 10924 | HUGHES SUPPLY INC, 3135 HANSON ST., FORT MYERS, FL 33901 | |
| 10925 | HUGHES SUPPLY INC, PO BOX 105837, ATLANTA, GA 30348-5837 | |
| 10924 | HUGHES SUPPLY INC, PO BOX 4981, ORLANDO, FL 32802 | |
| 10925 | HUGHES SUPPLY INC, POBOX 102188, ATLANTA, GA 30368-2188 | |
| 10925 | HUGHES SUPPLY INC, POBOX 102286, ATLANTA, GA 30368-2286 | |
| 10925 | HUGHES SUPPLY INC, POBOX 105837, ATLANTA, GA 30348-5837 | |
| 10924 | HUGHES SUPPLY INC., 11251 METROMONT INDUSTRIAL BLVD, CHARLOTTE, NC 28269 | |
| 10924 | HUGHES SUPPLY INC., 1211 INTREPID COURT, RALEIGH, NC 27610 | |
| 10924 | HUGHES SUPPLY INC., 1223 SCHOOL STREET, RICHMOND, VA 23220 | |
| 10924 | HUGHES SUPPLY INC., 1524 ROPER MOUNTAIN ROAD, GREENVILLE, SC 29617 | |
| 10924 | HUGHES SUPPLY INC., 3135 HANSON STREET, FORT MYERS, FL 33916 | |
| 10924 | HUGHES SUPPLY INC., 508 WOLFBERRY STREET, CHARLOTTE, NC 28206 | |
| 10924 | HUGHES SUPPLY INC., 6445 MCDONOUGH DRIVE, NORCROSS, GA 30093 | |
| 10924 | HUGHES SUPPLY INC., 6744 NETHERLANDS, WILMINGTON, NC 28401 | |
| 10924 | HUGHES SUPPLY INC., 700 SW 38TH AVENUE #201, OCALA, FL 34474 | |
| 10924 | HUGHES SUPPLY INC., P O BOX 4849, RICHMOND, VA 23220 | |
| 10924 | HUGHES SUPPLY INC., P. O. BOX 26275, CHARLOTTE, NC 28221 | |
| 10924 | HUGHES SUPPLY INC., P. O. BOX 40819, RALEIGH, NC 27629 | |
| 10924 | HUGHES SUPPLY INC., PO BOX2508, COLUMBUS, GA 31902 | |
| 10924 | HUGHES SUPPLY INC., PO BOX40819, RALEIGH, NC 27629 | |
| 10924 | HUGHES SUPPLY, 1069 CANTON ROAD, MARIETTA, GA 30066 | |
| 10924 | HUGHES SUPPLY, 118 WINONA ST., CHARLOTTE, NC 28203 | |
| 10924 | HUGHES SUPPLY, 1711 UPLAND ROAD, WEST PALM BEACH, FL 33409 | |
| 10924 | HUGHES SUPPLY, 1785 ENTERPRISE DRIVE SUITEB, BUFORD, GA 30518 | |
| 10924 | HUGHES SUPPLY, 2007 N.W. 15TH AVENUE, POMPANO BEACH, FL 33069 | |
| 10924 | HUGHES SUPPLY, 3013 OLD VESTAL RD., VESTAL, NY 13850 | |
| 10924 | HUGHES SUPPLY, 3926 SAMBLEE ROAD, OAKWOOD, GA 30566 | |
| 10924 | HUGHES SUPPLY, 4001 FORSYTH RD, WINTER PARK, FL 32792 | |
| 10924 | HUGHES SUPPLY, 401 ANGLE ROAD, FORT PIERCE, FL 34947 | |
| 10924 | HUGHES SUPPLY, 4510 DORCHESTER RD., CHARLESTON, SC 29405 | |
| 10924 | HUGHES SUPPLY, 508 WOLFBERRY ST., CHARLOTTE, NC 28206 | |
| 10924 | HUGHES SUPPLY, 6744 NETHERLANDS DR., WILMINGTON, NC 28405 | |
| 10924 | HUGHES SUPPLY, 841 MAYBERRY SPRINGS ROAD, COLUMBIA, TN 38401 | |
| 10924 | HUGHES SUPPLY, 924 TWIGGS ST., AUGUSTA, GA 30901 | |
| 10924 | HUGHES SUPPLY, 9910 CHARTER PARK DR., WEST CHESTER, OH 45069 | |
| 10924 | HUGHES SUPPLY, ATTN:  ACCOUNTS PAYABLE, DETROIT, MI 48219 | |
| 10925 | HUGHES SUPPLY, INC, POMPANO ELECTRIC/UTILITIE, P.O. BOX 105837, ATLANTA, GA 30348-5837 | |
| 10924 | HUGHES SUPPLY, INC., 1352 SADLIER CIRCLE W. DR., INDIANAPOLIS, IN 46239 | |
| 10924 | HUGHES SUPPLY, INC., 145 WILLIMAN STREET, CHARLESTON, SC 29403 | |
| 10924 | HUGHES SUPPLY, INC., 1700 FIRST ST., BRUNSWICK, GA 31520 | |
| 10924 | HUGHES SUPPLY, INC., 2141 LANE AVE. NORTH, JACKSONVILLE, FL 32254 | |
| 10924 | HUGHES SUPPLY, INC., 22520 GRAND RIVER ROAD, DETROIT, MI 48219 | |
| 10924 | HUGHES SUPPLY, INC., 2309 DISCOVERY DR., ORLANDO, FL 32826 | |
| 10924 | HUGHES SUPPLY, INC., 32620 DEQUINDRE DR., WARREN, MI 48092 | |
| 10924 | HUGHES SUPPLY, INC., 3351-A MCLEMORE DRIVE, PENSACOLA, FL 32514 | |
| 10924 | HUGHES SUPPLY, INC., 3954 W. PENSACOLA ST., TALLAHASSEE, FL 32316 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | HUGHES SUPPLY, INC., 3954 WEST PENSACOLA ST., TALLAHASSEE, FL 32304 | |
| 10924 | HUGHES SUPPLY, INC., PO BOX 26275, CHARLOTTE, NC 28221 | |
| 10924 | HUGHES SUPPLY, PO BOX 1453, AUGUSTA, GA 30901 | |
| 10924 | HUGHES SUPPLY, PO BOX 2608, COLUMBUS, GA 31902 | |
| 10924 | HUGHES SUPPLY, PO BOX 31396, CHARLOTTE, NC 28231 | |
| 10924 | HUGHES SUPPLY, PO BOX 70009, CHARLESTON, SC 29415 | |
| 10924 | HUGHES SUPPLY/W.C. CAYE, 2020 INDUSTRIAL PARK DR. EXT., MACON, GA 31206 | |
| 10925 | HUGHES TELECOMMUNICATIONS & SPACE, 3100 W LOMITA BLVD, TORRANCE, CA 90505 | |
| 10924 | HUGHES URETHANE CONSTRUCTION, PO BOX 42, FEASTERVILLE, PA 19047 | |
| 10924 | HUGHES URETHANE, PO BOX 42, FEASTERVILLE, PA 19047 | |
| 10925 | HUGHES, 211 INDUSTRIAL DR, RICHLAND, MS 39218 | |
| 10925 | HUGHES, ALTON, ROUTE 2 BOX 23A, ENOREE, SC 29335-9504 | |
| 10925 | HUGHES, ANITA, PO BOX 1851, ODESSA, TX 79760 | |
| 10925 | HUGHES, ANN M, 696 EDGEWOOD PLACE, NORTH BRUNSWICK, NJ 08902-2936 | |
| 10925 | HUGHES, BRENDA, 348 MCKINNEY ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | HUGHES, BRENDA, PO BOX 356, BALLGROUND, GA 30107 | |
| 10925 | HUGHES, BRET, 2724 CLIFF MOSSER LN, PULASKI, WI 54162 | |
| 10925 | HUGHES, BURNETTE, 4121 W 190TH PLACE, COUNTRY CLB HILLS, IL 60478 | |
| 10925 | HUGHES, CHARLES, 1007 SURRY DALE CT, APEX, NC 27502 | |
| 10925 | HUGHES, CHARLES, 1390 WASHINGTONIA COURT, BARTOW, FL 33830 | |
| 10925 | HUGHES, CHARLES, 1390 WASHINGTONIA COURT, BARTOW, FL 33830-6347 | |
| 10925 | HUGHES, CHARLES, 401 E34TH ST, NEW YORK, NY 10016 | |
| 10925 | HUGHES, CHRISTOPHER, 348 MCKINNEY ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | HUGHES, CLAIRE, 36 PONDFIELD ROAD WEST, BRONXVILLE, NY 10708-2603 | |
| 10925 | HUGHES, DAVID WILLIAM, 123 MOSSDALE CLOSE, GREAT SANWEY, WARRINGTON, CHESHIRE, WA5 3R2UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HUGHES, DAVID, 741 E VICTOR HILL ROAD, DUNCAN, SC 29334 | |
| 10925 | HUGHES, DEANNA, RD 6 BOX 364-A, JACKSON, NJ 08527 | |
| 10925 | HUGHES, DEBORAH, 303 N. 36TH, WEST MEMPHIS, AR 72301 | |
| 10925 | HUGHES, DEBRA, 2309 W. 5TH, AMARILLO, TX 79106 | |
| 10925 | HUGHES, DIANA, RT.4 BOX 30 A1, MOMENCE, IL 60954 | |
| 10925 | HUGHES, DIANE, 22 NORWICH CIRCLE, MEDFORD, MA 02155 | |
| 10925 | HUGHES, DOROTHY, RR #1, TODDVILLE, IA 52341 | |
| 10925 | HUGHES, DOUGLAS, 31 GARFIELD ST, CAMBRIDGE, MA 02138 | |
| 10925 | HUGHES, EARL, 400 CREEK TRAIL, BURNS FLAT, OK 73624 | |
| 10925 | HUGHES, EDWARD, 3191 KINGSTOWNE CLUB, SMYRNA, GA 30080 | |
| 10925 | HUGHES, EDWINA, 35-11 85TH ST, JACKSON HEIGHTS, NY 11372 | |
| 10924 | HUGHES, EL SEGUNDO, CA 90245 | |
| 10925 | HUGHES, ELIZABETH ANN, MOLE END CHURCH ROAD BRADLEY, WORCESTERISHIRE, GREEN REDDITCH, B96 6RNUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | HUGHES, ESQ, PATRICK L, HAYNES & BOONE, 1000 LOUISANA ST #4300, HOUSTON, TX 77002-5012 | |
| 10925 | HUGHES, EUGENE, RR #1, TODDVILLE, IA 52341-9801 | |
| 10925 | HUGHES, FLOYD, 102 MICHELIN ROAD, GREENVILLE, SC 29605 | |
| 10925 | HUGHES, FRED, 1301 W. VERMONT AVE, PHOENIX, AZ 85013 | |
| 10925 | HUGHES, GENIE, 812 KNOLLWOOD DR, GREENVILLE, SC 29607 | |
| 10925 | HUGHES, GERALDINE, 706 WAGON WHEEL LANE, TEMPLE, PA 19560 | |
| 10925 | HUGHES, HASKELL, 174 LINEBROOK DRIVE, GRAY COURT, SC 29645 | |
| 10925 | HUGHES, HASKELL, HWY 221, ENOREE, SC 29335 | |
| 10925 | HUGHES, HOLLAND, BOX 603, GREYBULL, WY 82426 | |
| 10925 | HUGHES, HOWARD, 291 HAVERHILL ST, NORTH READING, MA 01864 | |
| 10925 | HUGHES, I, 37 HOUSTON ST, CHARLESTON HGTS SC, SC 29405 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HUGHES, III, TERRY, 1555 SANDY BAY DR. APT D, GREENWOO, IN 46142-5166

10925   HUGHES, JAMES C, 5445 JAMES CLARK RD., SULPHUR, LA 70665

10925   HUGHES, JAMES, 5445 JAMES CLARK DR, SULPHUR, LA 70665

10925   HUGHES, JAYNE, 110 OLD STAGE RD, WESTFIELD, MA 01085

10925   HUGHES, JIMMIE, 1320 IDAHO, SUPERIOR, NE 68978

10925   HUGHES, JOEL, 480 WATSON ROAD, ENOREE, SC 29335

10925   HUGHES, JOHN, 21 WEBSTER ST, MEDFORD, MA 02155-3217

10925   HUGHES, JR, JAY W, 5400 BROKEN SOUND BLVD NW, BOCA RATON, FL 33487

10925   HUGHES, JUDY, 2808 LAS VEGAS TR APT #207, FT WORTH, TX 76116

10925   HUGHES, KATHERINE, 3914 MOUND ST, ASHLAND, KY 41101

10925   HUGHES, KATHERINE, 4 AQUA TERRACE, HAMILTON TOWNSHIP, NJ 08620

10925   HUGHES, KATHLEEN, 24 SCHRIEVER LN, NEW CITY, NY 10956

10925   HUGHES, KAY, 49 WAREHAM RD, DUMONT, NJ 07628

10925   HUGHES, KEITH, RT 5 BOX 972 BOYD RD, LAURENS, SC 29360

10925   HUGHES, KIMBERLY, 2319 WALNUT GROVE ROAD, ROEBUCK, SC 29376

10925   HUGHES, LARRY, 2920 1/2 SANDRA, GRAND JUNCTION, CO 81504

10925   HUGHES, LEANNE, 36 FRONT ST, BEVERLY, MA 01915

10925   HUGHES, LORRI, 16 LINCOLN DR, PALO, IA 52324

10925   HUGHES, MARGARET, 604 ELMWOOD DR, FREDERICKSBURG, VA 22405

10925   HUGHES, MARK, 5229 WEST BERTHA AVE, INDIANAPOLIS, IN 46241

10925   HUGHES, MARY J, AS CUST FORMICHAEL W HUGHES, WI UNIF TRANSFERS TO MINORS ACT, 2005 MELODY LANE, WAUKESHA, WI 53186-2860

10925   HUGHES, MARY, 1803 D VILLAGE BROOK, CHARLOTTE, NC 28210

10925   HUGHES, MARYANN, 8805 LAMAR, ODESSA, TX 79765

10925   HUGHES, MICHAEL, 22701 MEACHAM ROAD, BAKERSFIELD, CA 93312

10925   HUGHES, MYRA, 109 FAWNBROOK DRIVE, GREER, SC 29650

10925   HUGHES, NATHANIEL, 2001 21ST AVE , SOUTH, D2, NASHVILLE, TN 37212

10925   HUGHES, PATRICK, 4663 GILRONAN COURT, PALM HARBOR, FL 34685

10925   HUGHES, PAULA, 5028 EDGECLIFF, WICHITA FALLS, TX 76302

10925   HUGHES, RENEE, 77 NORWOOD AVE, IRVINGTON, NJ 07111

10925   HUGHES, RICKY, 9304 WOODVIEW DR, POLK CITY, FL 33868

10925   HUGHES, ROBERT, PO BOX 683, LIBBY, MT 59923

10925   HUGHES, ROBERT, PO BOX 683, LIBBY, MT 59923-9438

10925   HUGHES, ROGER, PO BOX 25, POWELL, WY 82435

10925   HUGHES, ROSEMARIE, 36 FONT ST, BEVERLY, MA 01915

10925   HUGHES, ROSEMARIE, 36 FRONT ST, BEVERLY, MA 01915

10925   HUGHES, ROSS, 812 KNOLLWOOD DRIVE, GREENVILLE, SC 29607

10925   HUGHES, SHARON, RT6 BOX511, EASLEY, SC 29640

10925   HUGHES, SPENCE, 812 KNOLLWOOD DRIVE, GREENVILLE, SC 29607

10925   HUGHES, STEPHEN, 1020 JAMACIA WAY, TARPON SPRINGS, FL 34689

10925   HUGHES, STEPHEN, 2319 WALNUT GROVE RDROEBUCK SC, ROEBUCK, SC 29376

10925   HUGHES, SUSAN, 8606 GREEN ST, WHEELEASBERG, OH 45694

10925   HUGHES, TAMMY, 1105 N. MONROE, AMARILLO, TX 79107

10925   HUGHES, TASONYA, 100 WOODS LANE, PIEDMONT, SC 29673

10925   HUGHES, TERESA, PO BOX 6475, WARNER ROBINS, GA 31095

10925   HUGHES, TERRI, 7 GRAVEL HILL ROAD, LIGONIER, PA 15658

10925   HUGHES, TERRY, 634 15TH AVE SW, CEDAR RAPIDS, IA 52404

10925   HUGHES, VIRGIL, 321 SOUTH BROADWAY, 42, CORTEZ, CO 80321

10925   HUGHES, WARREN, RT. 2 BOX 264, WINNSBORO, LA 71295

10925   HUGHES, WILLIAM, 503 WESTGATE ROAD, BALTIMORE, MD 21229

10925   HUGHES, WILLIFORD, 1675 ALTA VISTA, MEMPHIS, TN 38127

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 HUGHES, WILLIS, 170 ARLINGTON ST, ACTON, MA 01720

10924 HUGHES/CHARLOTTE FIRE PROTECTION, 75 ODELL SCHOOL RD, CONCORD, NC 28027

10924 HUGHES/DAYTON READY MIX, 1 RICCI ROAD, DAYTON, NV 89403

10924 HUGHES/DAYTON READY MIX, ATTN:  ACCOUNTS PAYABLE, DAYTON, NV 89403

10925 HUGHES-CALIHAN CORP, PO BOX 10322, PHOENIX, AZ 85064-0322

10924 HUGHES-EASTERN CORPORATION, SUITE 700, JACKSON, MS 39201

10925 HUGHES-PETERS INC., 1601 NEEDMORE ROAD, DAYTON, OH 45414

10925 HUGHES-TORO, PAUL, 9510 GRAY MOUSE WAY, COLUMBIA, MD 21046

10925 HUGHEY, RICHARD, 5309 TRAMORE RD, BALTIMORE, MD 21214-1902

10925 HUGHLETT, IRA, 900 SANDHURST DRIVE, EDMOND, OK 73034

10925 HUGHS, L, 7607 FIRST AVE WEST, BRADENTON, FL 34209

10925 HUGHSON, MD, WILLIAM G, 1825 CASTELLANA ROAD, LA JOLLA, CA 92037-3841

10924 HUGIN COMPONENTS, INC., 4231 PACIFIC STREET, UNIT 3, ROCKLIN, CA 95677

10924 HUGLEY HOSPITAL, 11801 SOUTH FREEWAY I-35, BURLESON, TX 76028

10925 HUGO A COCCE, 37 APPLETON RD, NEEDHAM, MA 02492-4227

10925 HUGO H LARSSON, 1 ROWLEY RD, NEWBURY, MA 01951-0000

10925 HUGO, EILEEN, 108 COLLINCOTE ST, STONEHAM, MA 02180

10925 HUGONIOT, DONALD, 1038 ARBORWOOD PLACER1, BALTIMORE, MD 21226

10925 HUGUENARD, STEPHNY, 7135 CAISSON APT C, INDIANAPOLIS, IN 46256

10925 HUGUET, JAY, 932 CLAYTON PL, GREEN BAY, WI 54302

10924 HUGULEY HOSPITAL, 11801 S. FREEWAY, FORT WORTH, TX 76115

10925 HUH, STEVEN, 56 SPARROW HAWK, IRVINE, CA 92714

10925 HUHTAMAKI, ARRE, 107 SUMMER HILL GLN, MAYNARD, MA 01754-1557

10925 HUI LIN, 201 MAIN ST, UNIT 45, WOBURN, MA 01801

10925 HUIE, DELORES, 9791 HEATHER LN, MIRAMAR, FL 33025

10925 HUIE, JIMMY, 3017 W GLENN DR, PHOENIX, AZ 85051-8440

10925 HUIZAR, CAROLINA, 147 JAY WILLIAMS, SAN ANTONIO, TX 78237

10924 HUIZENGA, WM & SONS INC., 10075 GORDON STREET, ZEELAND, MI 49464

10925 HUJSAK, THOMAS, 52 BEECH WAY, WASHINGTON, NH 03280

10925 HUK, MELAINE, 4113 SUNRISE CORE, SAN ANTONIO, TX 78244

10925 HULBERT, DEBORAH, 245 E. 19 ST., 6F, NEW YORK, NY 10003

10925 HULBERT, RODNEY, 10243 SARATOGA SPRINGS, UPPERLAKE, CA 95485

10924 HULBURT FIELD, 150 BENNETT AVENUE, HURLBURT FIELD, FL 32544

10925 HULCHER SERVICES, INV, PO BOX 271, DENTON, TX 76202-0271

10925 HULCHER SERVICES,INC, PO BOX 7164, SAINT LOUIS, MO 63177

10925 HULETT, SUZANNE, 1220 34TH ST, DES MOINES, IA 50310

10925 HULFORD, CARL, 1605 DONALYN DR #66, ROCK SPRINGS, WY 82901

10925 HULIK, WILLIAM, 161 CLINTON ST, SOUTH BOUND BROOK, NJ 08880

10925 HULIN, ALVIN, 101 CORDOBA CIRCLE ROYAL PALM BEACH FL, ROYAL PALM BEACH, FL 33411

10925 HULIN, JOSH, 710 NORTH 8TH STLANTANA FL, LANTANA, FL 33462

10925 HULL, CLIFFORD, 13727 SHANNON AVE, LAUREL, MD 20707

10925 HULL, DEBORAH, 2139 NORTH 35TH ST, MILWAUKEE, WI 53208

10925 HULL, JIM DAVIS, PO BOX 566, MOSS POINT, MS 39563

10925 HULL, STEPHANIE, 3214 BAY VISTA AVE, TAMPA, FL 33611

10925 HULL, STEVEN, 2121 W. IRIS AVE., MCALLEN, TX 78501

10925 HULL, TALITHA, 516 COMAL, FORT WORTH, TX 76108

10925 HULLABY, BRENDA, 6414 HENDERSON AVE, SHREVEPORT, LA 71106

10925 HULLVERSON HULLVERSON FRANK, SUITE 1500, 1010 MARKET ST, ST. LOUIS, MO 63101

10925 HULMAN, PRUDENCE L, CUST FOR PRUDENCE JO HULMAN, UNIF GIFT MIN ACT MT, 328 CUSTER, BILLINGS, MT 59101-2834

10925 HULME, FREDERICK, 1820 SEQUOIA COURT, ALLENTOWN, PA 18104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HULON, LINDA, RT 2 LOT 19, FARMVILLE, NC 27828

10925   HULS AMERICA INC, POBOX 730363, DALLAS, TX 75373-0363

10924   HULS AMERICA, INC., 2 TURNER WAY, PISCATAWAY, NJ 08854

10924   HULSEY CONCRETE, 121 VICTORY DR., MONROE, GA 30655

10924   HULSEY CONCRETE, ATTN:  ACCOUNTS PAYABLE, MONROE, GA 30655

10925   HULSEY, BRIAN, 3806 SOUTHRIDGE DR, LITHIA SPRINGS, GA 30057

10925   HULSEY, CAROL, RT 1, MAYSVILLE, GA 30558

10925   HULSEY, DAPHNE, 12 JACKMAN RIDGE RD, WINDHAM, NH 03087

10925   HULSEY, MICHAEL, 6909 W. WESTMOOR, ODESSA, TX 79764

10925   HULSEY, ROBERT, 168 MARGATE CIRCLE, CHESNEE, SC 29323

10925   HULSTINE, BONNIE, 935 ALTA VISTA DRIVE, CRAIG,, CO 81625

10925   HULSTINE, MARK, 935 ALTA VISTA, CRAIG, CO 81625

10925   HULTZ, ROBERT, 2314 CHIPMUNK LANE, SECANE, PA 19018

10925   HUMAN AFFAIRS INTERNATIONAL INC, PO BOX 502973, SAINT LOUIS, MO 63150-2973

10925   HUMAN FACTORS APPLICATIONS, 4950 ROUTE 202, HOLICONG, PA 18928-0615

10925   HUMAN FACTORS RESOURCES, 7373 FRANCE AVE S., MINNEAPOLIS, MN 55435

10924   HUMAN GENOME SCIENCES, 1 BELWARD CAMPUS DRIVE, ROCKVILLE, MD 20850

10924   HUMAN GENOME, N. CANYON RD. & CENTENNIAL DR., BERKELEY, CA 94701

10925   HUMAN RESOURCE ASSOCIATION, PO BOX 9623, FORT LAUDERDALE, FL 33310

10925   HUMAN RESOURCE EXECUTIVE, PO BOX 980, HORSHAM, PA 19044

10925   HUMAN RESOURCE MANAGEMENT, THE, PO BOX 370, ANDOVER, MA 01810-0007

10925   HUMAN RESOURCE PLANNING SOCIET, THE, 317 MADISON AVE - SUITE 1509, NEW YORK, NY 10017

10925   HUMAN RESOURCE SERVICES INC, POB 272563, BOCA RATON, FL 33427

10925   HUMAN RESOURCES COUNCIL, PO BOX 804441, KANSAS CITY, MO 64180-4441

10925   HUMAN RESOURCES ROUNDTABL, 4770 BASELINE ROAD ST 210, BOULDER, CO 80303

10924   HUMAN SERVICES CENTER, 1 BLK WEST OF PENNSYLVANIA, ON JOLLEY AVENUE, LANSING, MI 48910

10925   HUMAN SYNERGISTICS, 39819 PLYMOUTN ROAD - C-8020, PLYMOUTH, MI 48170-8020

10925   HUMAN, CYNTHIA, 1201 EASTLAND AVE, NASHVILLE, TN 37206

10925   HUMAN, NANCY, 150 HOWELL CIRCLE #437, GREENVILLE, SC 29615

10925   HUMAN, SARA, 1332 HIGH PLAINS, MESQUITE, TX 75149

10924   HUMANA HOSPITAL, LEXINGTON, KY 40500

10924   HUMANA HOSPITAL, LOUISVILLE, KY 40217

10925   HUMBERT, KAREN, 26485 US HWY 24, CALHAN, CO 80808

10925   HUMBERT, LYNN, 1324 CANDLELIGHT BLV, BROOKSVILLE, FL 34601

10925   HUMBERTO VALLEJO, CASILLA 13891, SANTIAGO, CHILE          *VIA Deutsche Post*

10924   HUMBLE U`CART CONCRETE, P.O. BOX 111608, HOUSTON, TX 77293

10924   HUMBLE UCART CONCRETE, 1928 WILSON RD, HUMBLE, TX 77396

10924   HUMBLE UCART CONCRETE, P O BOX 111608, HOUSTON, TX 77293

10925   HUMBLE, STEVENS, 1235 STATE ST , NW, ATLANTA, GA 30318

10925   HUMBLETON INDUSTRIAL SALES INC, 49 DUNCAN CIRCLE, HIRAM, GA 30141

10924   HUMBOLDT CONCRETE PROD, 2599 GOTCH PARK RD, HUMBOLDT, IA 50548

10924   HUMBOLDT CONCRETE PROD, BOX 428, HUMBOLDT, IA 50548

10925   HUMBOLDT MFG CO, 135 S LASALLE ST DEPT 1800, CHICAGO, IL 60674-1800

10925   HUMBOLDT MFG CO, PO BOX 88200, CHICAGO, IL 60680

10924   HUMBOLDT PRECAST, END OF MAIN STREET, HUMBOLDT, AZ 86329

10924   HUMBOLDT PRECAST, P.O. BOX 367, HUMBOLDT, AZ 86329

10925   HUMBOLT MANUFACTURING, 7300 WEST AGATTE, NORRIDGE, IL 60706-4704

10924   HUMBOLT PRECAST, PO BOX 367, HUMBOLDT, AZ 86329

10925   HUME, DONNA, 215 DEVLIN, APT 210, INGLESIDE, IL 60041

10925   HUME, JAMES, 95848 E. HWY 40, CRAIG, CO 81625

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HUME, RANDALL S, 5241 N. CO. RD. 275 E., PETERSBURG, IN 47567 | |
| 10925 | HUME, RANDALL, ROUTE 2 BOX 267, OAKLAND CITY, IN 47660 | |
| 10925 | HUMFELD, THOMAS, 427 S. 10TH ST., EVANSTON, WY 82930 | |
| 10925 | HUMFLEET, BARBARA, 431 BEVERLY DRIVE, RICHARDSON, TX 75080-4537 | |
| 10925 | HUMIDIAL CORP., PO BOX 464, COLTON, CA 92324 | |
| 10925 | HUMISEAL DIVISION, 26-60 BQE, WOODSIDE, NY 11377 | |
| 10925 | HUMM, CHERYL, 70 PIERSON HILL RD, HARRISBURG, IL 62946 | |
| 10925 | HUMM, SHERYL, 4140 JOSHUA RD, LAFAYETTE HILL, PA 19444 | |
| 10925 | HUMMA, GARY, 7481 NW 35TH CT, LAUDERHILL, FL 33319 | |
| 10925 | HUMMA, THOMAS, 2200 NORTHMONT BLVD., READING, PA 19605 | |
| 10925 | HUMMEL CROTON INC, 10 HARMICH ROAD, SOUTH PLAINFIELD, NJ 07080-4899 | |
| 10925 | HUMMEL, ALBERT A, 14703 BIGBY COURT, SILVER SPRING, MD 20906 | |
| 10925 | HUMMEL, ALBERT A, 6200 WESTCHESTER PK DR APT 1816, COLLEGE PARK, MD 20740 | |
| 10925 | HUMMEL, ALBERT, 6200 WESTCHESTER PARAPT 1816, COLLEGE PARK, MD 20740 | |
| 10925 | HUMMEL, JOSEPH, 3 HACKBERRY CT #24, COLLINSVILLE, IL 62234 | |
| 10925 | HUMMEL, NEIL, 7969 SHELLDALE WAY, CINCINNATI, OH 45242 | |
| 10925 | HUMMEL, RICHARD, 522 COUNTY O NORTH, DELAVAN, WI 53115 | |
| 10925 | HUMMEL, WM, 19 WAYMAN DRIVE, INDEPENDENCE, KY 41051 | |
| 10925 | HUMMER, ANDREA, 7212 SHREVE RD, FALLS CHURCH, VA 22043 | |
| 10925 | HUMMER, CHARLES, 14560 W WOODLAND PLACE, BROOKFIELD, WI 53005-1670 | |
| 10925 | HUMMER, NORMAN, 2410 CHESTNUT TERRACE CT, #102, ODENTON, MD 21113 | |
| 10924 | HUMMERT INTERNATIONAL, 2760 CHOUTEAU AVE., SAINT LOUIS, MO 63103 | |
| 10924 | HUMMERT INTERNATIONAL, 4500 EARTH CITY EXPRESSWAY, EARTH CITY, MO 63045 | |
| 10925 | HUMMINGBIRD COMMUNICATIONS, 1 SPARKS AVE, TORONTO, ON M2H 2W1CANADA | *VIA Deutsche Post* |
| 10925 | HUMMINGBIRD COMMUNICATIONS, LTD, 1 SPARKS AVE, NORTH YORK, ON M2H 2W1CANADA | *VIA Deutsche Post* |
| 10925 | HUMPERT, SCOTT, 4443 OCEAN DRIVE #241, CORPUS CHRISTI, TX 78412 | |
| 10925 | HUMPHERY, HUGH, 6620 S 33RD ST, MCALLEN, TX 78503 | |
| 10925 | HUMPHERY, JOHN, 6126 POST OAK, LAKE CHARLES, LA 70601 | |
| 10925 | HUMPHRESS, MARY, 4401 LANDSIDE DRIVE APT 6, LOUISVILLE, KY 40220-3138 | |
| 10925 | HUMPHREY FARRINGTON MCCLAIN, 221 WEST LEXINGTON, SUITE 400, PO BOX 900, PO BOX 900, INDEPENDENCE, MO 64051 | |
| 10925 | HUMPHREY MANLIFT CO INC, PO BOX 385, FARIBAULT, MN 55021 | |
| 10925 | HUMPHREY, ANTONIO, 4020 41ST AVE N, BIRMINGHAM, AL 35217 | |
| 10925 | HUMPHREY, BETTY, 1601 STROZIER CT, BARLING, AR 72923 | |
| 10925 | HUMPHREY, BETTYE, 109 BEBE LANE, WICHITA FALLS, TX 76303 | |
| 10925 | HUMPHREY, DANIEL F, 46 CHERRY ST, GENEVA NY, NY 14456 | |
| 10925 | HUMPHREY, DANIEL, 7930 S. MARSHALL COURT, LITTLETON, CO 80123 | |
| 10925 | HUMPHREY, ELIZABETH, 3900 E PHILLIP AVE, FLAGSTAFF, AZ 86004 | |
| 10925 | HUMPHREY, ELIZABETH, 4978 QUAIL RIDGE, ALBUQUERQUE, NM 87114 | |
| 10924 | HUMPHREY, FARRINGTON, & MCCLAIN, 123 WEST KANSAS, INDEPENDENCE, MO 64051 | |
| 10925 | HUMPHREY, GAYLE, 922 CENTRAL AVE, OAK HILL, WV 25901 | |
| 10925 | HUMPHREY, JAMES, 515 POST OAK BLVD, HOUSTON, TX 77027 | |
| 10925 | HUMPHREY, JAMES, RT 1 BOX 616, MINERAL POINT, MO 63660 | |
| 10925 | HUMPHREY, JOHN B, 28 BOUGHTON AVE, PITTSFORD, NY 14534 | |
| 10925 | HUMPHREY, JOHN, 28 BOUGHTON AVE, PITTSFOR, NY 14534-2030 | |
| 10925 | HUMPHREY, JOSEPH, 2986 YORKWAY, BALTIMORE, MD 21222 | |
| 10925 | HUMPHREY, LESLIE, 2503 MARLIN COURT, MONROE, LA 71201 | |
| 10925 | HUMPHREY, NORA, 474 MEMORIAL DRIVE, CAMBRIDGE, MA 02139 | |
| 10925 | HUMPHREY, RAYMOND, 1033 TAMARACK TR., FOREST PARK, GA 30050 | |
| 10925 | HUMPHREY, ROBERT, 327 CHENOWETH, CORPUS CHRISTI, TX 78404 | |
| 10925 | HUMPHREY, STELLA, PO BOX 324, RICHMOND, TX 77469 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   HUMPHREY, STEVEN, PO BOX 1691, WOODSTOCK, GA 30188

10925   HUMPHREY, VERLIN, 605 EAST 5TH, HAYS, KS 67601

10925   HUMPHREY, VICKIE, 13195 SPIRE CIRCLE, CHINO HILLS, CA 91709

10924   HUMPHREYS & HARDING, INC., 420 LEXINGTON AVENUE, NEW YORK, NY 10170

10925   HUMPHREYS, BEN, 4930 ELM GROVE DR, COLORADO SPGS, CO 80911

10925   HUMPHREYS, BESSIE, HC 75 BOX 6A-2, ALDERSON, WV 24910-9120

10925   HUMPHREYS, ROBERT, 205 DUQUESNE DRIVE, GREER, SC 29650

10924   HUMPHRIES CONCRETE BLOCK, P O BOX 969, NORCROSS, GA 30091

10924   HUMPHRIES CONCRETE BLOCK, P.O.BOX 969, NORCROSS, GA 30091

10925   HUMPHRIES, ANNELISE, 3200 COPPER MILL TRA, RICHMOND, VA 23294

10925   HUMPHRIES, DAVID, PO BOX 1903, GREER, SC 29651

10925   HUMPHRIES, GEORGE, RT 5 NO 3 SHAWNEE TRAIL, WICHITA FALLS, TX 76301

10925   HUMPHRIES, PAULA, 5415 RUTLAND ROAD, ALEXANDRIA, LA 71302

10925   HUMPHRIES, SHAWN, #3 SHAWNEE TRAIL, WICHITA FALLS, TX 76303

10925   HUMPTY DUMPSTER, PO BOX 3645, BOYNTON BEACH, FL 33424-3645

10925   HUMSKI, D, 219 W PECKHAM 4, NEENAH, WI 54956

10924   HUMUS CO., 2777 GIANT RD., RICHMOND, CA 94806

10924   HUMUS SAND & GARDEN, 2777 GIANT RD., RICHMOND, CA 94806

10925   HUNCKLER, ERIN E, 405 QUAIL HILL DRIVE, DEBARY, FL 32713

10925   HUNDERT JR, KARL FRIEDRICH, 5 BROCSTER CT, PHOENIX, MD 21131-1922

10925   HUNDT, SUZANNE, 1658 KENT ST, KENT, OH 44240

10925   HUNER, JOANNE, 1929 BRANDYWOODS TR, CONYERS, GA 30208

10925   HUNEY & VAUGHN OF DAVENPORT INC, 604 LOCUST ST SUITE 500, DES MOINES, IA 50309

10925   HUNEYCUTT, NANCY F, 1009 S CHURCH ST APT #30, ASHEBORO, NC 27203

10925   HUNG, JAMES, 3511 NO BRACKEN DRIVE, APPLETON, WI 54915

10925   HUNGARIAN REFORMED CHURCH CARTERET, GENERAL COUNSEL, 175 PERSHING AVE., CARTERET, NJ 07008

10925   HUNGARIAN REFORMED CHURCH, 175 PERSHING AVE., CARTERET, NJ 07008

10925   HUNGARIAN REFORMED, THE, CHURCH OF CARTERET, GEN COUNSEL, 175 PERSHING AVE., CARTERET, NJ 07008

10925   HUNGATE, NANETTE, 11410 SAGETOWN, HOUSTON, TX 77089

10924   HUNGERFORD INSULATION CO, 95 SO WILSON AVE, ELIZABETHTOWN, PA 17022

10924   HUNGERFORD INSULATION COMPANY, 95 SOUTH WILSON AVENUE, ELIZABETHTOWN, PA 17022

10925   HUNKELE, PATRICIA, 2290 W THUNDERBIRD, PHOENIX, AZ 85023

10924   HUNNINGTON INDIANA SUPPLY, 701 NORTH BROADWAY, HUNTINGTON, IN 46750

10925   HUNOLD JR, HENRY, ROUTE 1 BOX 2500, NEW CANEY, TX 77357

10925   HUNSAKER, FRANCIS, 1356 PARK CT, NEENAH, WI 54956

10925   HUNSAKER, ROBERT, 834 ROSE ST., CRAIG, CO 81625

10925   HUNSICKER, KIMBERLY, 609 GREEN ST, EMMAUS, PA 18049

10925   HUNSICKER, MICHAEL, 119 EDGEWATER WAY, PEACHTREE CITY, GA 30269

10924   HUNT CONCRETE CO, P O BOX 98, WARRENTON, MO 63383

10924   HUNT CONCRETE CO., P.O. BOX 98, WARRENTON, MO 63383

10925   HUNT COUNTY TAX OFFICE, 1809 ROSSIER LANE, SANTA BARBARA, CA 93101

10925   HUNT COUNTY TAX OFFICE, PO BOX 1042, GREENVILLE, TX 75403

10925   HUNT COUNTY TAX OFFICE, PO BOX 1042, GREENVILLE, TX 75403-1042

10925   HUNT JR, JOHN, 21 HENRY ST, 2, MEDFORD, MA 02155

10924   HUNT MIDWEST MINING, 8300 NE UNDERGROUND DR. STE 300, KANSAS CITY, MO 64161

10925   HUNT SR, JOHN, 57 POOLE ST, MEDFORD, MA 02155-4125

10924   HUNT VALLEY CHURCH, 13015 BEAVER DAM RD., HUNT VALLEY, MD 21031

10924   HUNT VALLEY CONTRACT INC, 11460 CRON RIDGE DR, OWINGS MILLS, MD 21117

10924   HUNT VALLEY CONTRACTOR, INC., 11460 CRON RIDGE DRIVE, OWINGS MILLS, MD 21117

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HUNT VALLEY CONTRACTOR, INC., 11460 CRON RIDGE DRIVE, OWINGS, MD 20736

10925   HUNT VALLEY INN, 245 SHAWAN RD, HUNT VALLEY, MD 21031-1099

10925   HUNT, ALICE, 2328 ASBURY SQUARE, ATLANTA, GA 30346

10925   HUNT, ALICE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   HUNT, AUSTIN CHARLES, 31 JENNA CT, HOLBROOK, NY 11741-2020

10925   HUNT, BARBARA, 2001 NW 70TH AVE, MARGATE, FL 33063

10925   HUNT, BETTY, 464 STATE ST, COMMERCE, GA 30529

10925   HUNT, BEULAH, 3414 31ST ST., SAN DIEGO, CA 92104

10925   HUNT, BEUNA, 6209 E 27TH PLACE N, TULSA, OK 74115-2902

10925   HUNT, CAROL, 16 FORD PLACE, WESTWOOD, MA 02090

10925   HUNT, CAROLYN, 2325 KEENE DRIVE, SULPHUR, LA 70663

10925   HUNT, CARRIE, 181 CLAY BAKER RD., CLEVELAND, TN 37311

10925   HUNT, CARRIE, 181 CLAY BAKER ROAD, CLEVELAND, TN 37311

10925   HUNT, CLAIR, RD6 PO BOX 212, NEW CASTLE, PA 16101

10925   HUNT, CURTIS, 3413 WASHINGTON AVE, BALTIMORE, MD 21207

10925   HUNT, D, 6322 TATE PANOLA ROAD, SARAH, MS 38665

10925   HUNT, DARYL, 349 W STONEST, KANKAKEE, IL 60901

10925   HUNT, DAVID A, 2902 SYCAMORE TREE CT., KINGWOOD, TX 77345

10925   HUNT, DAVID, 2902 SYCAMORE TREE COURT, KINGWOOD, TX 77345

10925   HUNT, DAVID, 2908 LOWER LAKE ROAD, SENECA FALLS, NY 13148

10925   HUNT, DEBORAH, 4816 N. ARTHUR, FRESNO, CA 93705

10925   HUNT, DENNIS, 2103 MIMOSA DR, OLNEY, IL 62450

10925   HUNT, DONALD, PO BOX 1685, ALICE, TX 78333

10925   HUNT, ELMER, 213 SAWYER DR, SONORA, TX 76950

10925   HUNT, ERNEST, 10863 N CENTRAL, DALLAS, TX 75231

10925   HUNT, HILLARY, 100 GATEWY BLVD #910, GREENVILLE, SC 29607

10925   HUNT, HORACE, 3515 PALM ROAD, LAKELAND, FL 33809

10925   HUNT, J, 333 SPRINGHAVEN PL, MACUNGIE, PA 18062

10925   HUNT, JACK, 9 BURKETT ST, W. PELZER, SC 29669

10925   HUNT, JAMES M, 2306 PLEASANT MEADOWS DR., BATAVIA, OH 45103

10925   HUNT, JAMES, 2306 PLEASANT MEADOWS DRIVE, BATAVIA, OH 45103

10925   HUNT, JAMES, 2800 SW 37TH TERRACE, CAPE CORAL, FL 33914

10925   HUNT, JEROME, 2936 MANHATTN BLVD., HARVEY, LA 70058

10925   HUNT, JILL, 7700 PATUXENT OAK CT, ELKRIDGE, MD 21227

10925   HUNT, JM, 3405 SELTZER DRIVE, PLANO, TX 75023

10925   HUNT, JOE, 1401 LAKEWOOD AVE #327, BALTIMORE, MD 21213

10925   HUNT, JUDITH E, 111 WESTBURY DR, ASHEBORO NC, NC 27203

10925   HUNT, KATHERINE, RT. 1, BOX 285-C WHITEHEAD RD, OXFORD, GA 30267

10925   HUNT, KATHLEEN, 34 FARWELL ST, NATICK, MA 01760

10925   HUNT, KATHLEEN, 4640 ALMA AVE, CASTRO VALLEY, CA 94546

10925   HUNT, KATHY, 14360 AUTUMN DRIVE, CHOCTAW, OK 73020

10925   HUNT, KEITH, 2712 DAUTERIVE DRIVE, CHALMETTE, LA 70043

10925   HUNT, KELLY, 3812 CIMMARON, MIDLAND, TX 79707

10925   HUNT, LANNY, 4691 MOURNING DOVE LN, WICHITA FALLS, TX 76305

10925   HUNT, LAWRENCE J, 7500 GRACE DR., COLUMBIA, MD 21044

10925   HUNT, LAWRENCE, 170 RIVERVIEW TRL, ELDERSBURG, MD 21784

10925   HUNT, LEVI, ROUTE 7 BOX 53H, MCALLEN, TX 78504

10925   HUNT, MARGARET, PO BOX 30475, LAFAYETTE, LA 70593

10925   HUNT, MARK A, 9851 ORANGEWOOD AVE, GARDEN GROVE, CA 92841-1768

10925   HUNT, MICHELLE, 357 E 201 ST, 1K, BRONX, NY 10458

10925   HUNT, PAMELA, PO BOX 1443, LAURENS,, SC 29360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HUNT, R, PO BOX 434, BOLIVAR, TN 38008 | |
| 10925 | HUNT, RANDY, PO BOX 688, ODENVILLE, AL 35120 | |
| 10925 | HUNT, RICHARD, 305 SUGAR CREEK LANE, GREER, SC 29650 | |
| 10925 | HUNT, RONALD, 149 GREEN ST, CENTER POINT, IA 52213 | |
| 10925 | HUNT, SHEILA, 31 IRVING ST APT. 1A, EVERETT, MA 02149 | |
| 10925 | HUNT, SHELTON, 106 ROBERTA AVE, JENNINGS, LA 70546 | |
| 10925 | HUNT, SUSAN, 4769 COLUMBIA ROAD #103, N OLMSTED, OH 44070 | |
| 10925 | HUNT, TEDDY, 960 SUMTER, MEMPHIS, TN 38122-4838 | |
| 10925 | HUNT, TERRY, 2625 SPRUCE, WOODWARD, OK 73801 | |
| 10925 | HUNT, THOMAS, 922 PHILADELPHIA ST, COVINGTON, KY 41011 | |
| 10925 | HUNT, TONY, 3415 QUAIL DR., 10, WOODWARD, OK 73801 | |
| 10925 | HUNT, VERNE, 867 EXMOOR ROAD, CRAIG, CO 81625 | |
| 10925 | HUNT, WILLIAM, 343 HUTCHINGS LN, HENDERSON, NV 89014 | |
| 10924 | HUNTCREST OFFICE BUILDING, BROWN ROAD, SUWANEE, GA 30024 | |
| 10924 | HUNTCREST, 1745 NORTH BROWN ROAD, LAWRENCEVILLE, GA 30043 | |
| 10925 | HUNTE, LARRY, RT 1, MOMENCE, IL 60954 | |
| 10925 | HUNTE, PEARL, 114 NO PINE ST #I, MOMENCE, IL 60954 | |
| 10925 | HUNTE, PEARL, R 2 BOX 518C, MOMENCE, IL 60954 | |
| 10925 | HUNTEMANN, DOROTHY, 415 HIGH RIDGE ROAD, BARRINGTON, IL 60010 | |
| 10925 | HUNTER ASSOC LAB, INC, 11491 SUNSET HILLS RD., RESTON, VA 20190 | |
| 10925 | HUNTER ASSOC LABORATORY, INC, PO BOX 935, FALLS CHURCH, VA 22040 | |
| 10924 | HUNTER CONTAINER CORPORATION, 35275 HIGHWAY 33, VERNALIS, CA 95385 | |
| 10924 | HUNTER CONTAINER CORPORATION, PO BOX706, VERNALIS, CA 95385 | |
| 10924 | HUNTER DOUGLAS, PO BOX 89, TUPELO, MS 38802 | |
| 10924 | HUNTER DOUGLAS, RT 2 LEE INDUSTRIAL PARK EAST, SHANNON, MS 38868 | |
| 10924 | HUNTER DRUMS LTD., 1121 PIONEER ROAD, BURLINGTON, ONTARIO, ON L7M 1K5TORONTO | *VIA Deutsche Post* |
| 10924 | HUNTER DRUMS LTD., 540 NORTH SERVICE ROAD, BURLINGTON, ONTARIO, ON L7M 1K5TORONTO | *VIA Deutsche Post* |
| 10924 | HUNTER DRUMS LTD., BURLINGTON, ONTARIO, ON A1A 1A1TORONTO | *VIA Deutsche Post* |
| 10925 | HUNTER ENVIRONMENTAL SCIENCES, PO BOX 443, PETERBOROUGH, NH 03458 | |
| 10925 | HUNTER JR, CHARLES THOMAS, CUST FOR DAVID GRIFFIN HUNTER, UNIF GIFT MIN ACT FL, 2620 JENKS AVE, PANAMA CITY, FL 32405-4311 | |
| 10925 | HUNTER MANN III, 606 ROBERT ST, MECHANICSBURG, PA 17055-3458 | |
| 10924 | HUNTER MANUFACTURING COMPANY, 30525 AURORA ROAD, SOLON, OH 44139 | |
| 10924 | HUNTER MECHANICAL INC., 233 WILSON AVE., SOUTH NORWALK, CT 06854 | |
| 10925 | HUNTER STARBIRD, 308 4TH ST, SAUSALITO, CA 94965-2409 | |
| 10924 | HUNTER TOOL SALES, 1920 FREEDOM DRIVE, CHARLOTTE, NC 28208 | |
| 10925 | HUNTER, ANGELA, 1325 26TH AVE S, ST. PETERSBURG, FL 33705 | |
| 10925 | HUNTER, ANGELA, 210 S. BROAD ST, WESTMINSTER, SC 29693 | |
| 10925 | HUNTER, ANN MARIE, PO BOX 1049, LAURENS, SC 29360 | |
| 10925 | HUNTER, BRUCE, 842 SEMINARY ST., PENNSBURG, PA 18073 | |
| 10925 | HUNTER, CAROL, PO BOX 494, VERO BEACH, FL 32961 | |
| 10925 | HUNTER, CASSANDRA, 2119 FORDHAM RD., DALLAS, TX 75216 | |
| 10925 | HUNTER, CHARLES, RT. 2 BOX 452, GRAY COURT, SC 29645 | |
| 10925 | HUNTER, CHARLIE, 16259 HWY 51 SOUTH, MILLINGTON, TN 38053 | |
| 10925 | HUNTER, CHRISTOPHER, 110 FORD AVE., ALTOMONTE SPR, FL 32701 | |
| 10925 | HUNTER, CHRISTY, 125 RIVERDALE DR, INMAN, SC 29349 | |
| 10925 | HUNTER, CURTIS, PO BOX 1302, SONORA, TX 76950 | |
| 10925 | HUNTER, DAVID OTT, 133 SPRING RD, RICHLAND, WA 99352-1651 | |
| 10925 | HUNTER, DAVID, 15 MYRICK LANE, HARVARD, MA 01451 | |
| 10925 | HUNTER, DESMOND, 9001 S. MAIN, 148, HOUSTON, TX 77025 | |
| 10925 | HUNTER, DUANE, 300 BERKLEY DR, MADISON, TN 37115 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | HUNTER, EARNEST, 1709 BUTTERNUT, MIDLAND, TX 79705 | |
| 10925 | HUNTER, FERNE, 5012 COLLEGE AVE, BAKERSFIELD, CA 93306-0000 | |
| 10925 | HUNTER, GARY P, 24/102 BAY ROAD, WAVERTON, NSW 2060AUSTRALIA | *VIA Deutsche Post* |
| 10925 | HUNTER, GEORGE, 141 EICHELBERGER LANE, GRAY COURT, SC 29645 | |
| 10925 | HUNTER, GERALD, 775 BROADWAY, SOMERVILLE, MA 02144-2095 | |
| 10925 | HUNTER, GHITTONIA, 3679 MANHATTAN DR, DECATUR, GA 30032 | |
| 10925 | HUNTER, HARRY, PO BOX 9501, MEMPHIS, TN 38109 | |
| 10925 | HUNTER, INC, 10 LEWIS ST, LINCOLN, MA 01773 | |
| 10925 | HUNTER, IRALDORE, 50 MOUNT ZION RD. APT.A-4, ATLANTA, GA 30354 | |
| 10925 | HUNTER, JACQUELINE, 3167 KINGSTOWNE CLUBRD., SMYRNA, GA 30080 | |
| 10925 | HUNTER, JAMES, 1125 HWY 418 E, FOUNTAIN INN, SC 29644-8728 | |
| 10925 | HUNTER, JEANETTE, 2610 PHIL PIKE 010, CLAYMONT, DE 19703 | |
| 10925 | HUNTER, JEREMY, 157 RALSTON ROAD, POWDER SPRINGS, GA 30127 | |
| 10925 | HUNTER, JO ELLEN, 2525 WINTERLEAF CT, ELLISVILLE, MO 63011 | |
| 10925 | HUNTER, JOHN, 1515 STABLERSVILLE ROAD, WHITE HALL, MD 21161 | |
| 10925 | HUNTER, JOHN, 310 EAST PEARL ST, BARTOW, FL 33830 | |
| 10925 | HUNTER, JOHN, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | HUNTER, JULIANA, 6736 E LUDLOW DR, SCOTTSDALE, AZ 85254 | |
| 10925 | HUNTER, LUCILLE, 176 HARRIETT ST, SOUTH PORTLAND, ME 04106 | |
| 10925 | HUNTER, MARTIN, 5321 DUNTEACHIN DRIV, ELLICOTT CITY, MD 21043 | |
| 10925 | HUNTER, MICHAEL, 10046 S. GILBERT ST, ANAHEIM, CA 92804 | |
| 10925 | HUNTER, MICHELLE, 8923 HARKATE WAY, RANDALLSTOWN, MD 21133 | |
| 10925 | HUNTER, MICHELLE, RR1 BOX 289, LAKEVILLAGE, IN 46349 | |
| 10925 | HUNTER, MIRIAM, 8725 LAKE DRIVE, LITHONIA, GA 30058 | |
| 10925 | HUNTER, NATANJA, 39 HARWOOD ST, DORCHESTER, MA 02124 | |
| 10925 | HUNTER, RAY, 519 NORTH FRONT ST, READING, PA 19601 | |
| 10925 | HUNTER, REGINALD, 3022 N. JOSEY LN, CARROLLTON, TX 75007 | |
| 10925 | HUNTER, ROBERT, 208 FOXCROFT LANE, SUMMERVILLE, SC 29485 | |
| 10925 | HUNTER, ROBERT, RT 2, BOX 332, GRAY COURT, SC 29645 | |
| 10925 | HUNTER, SCOTT, PO BX 494, VERO BEACH, FL 32961 | |
| 10925 | HUNTER, SHIRLEY, 3904 E HAHNS TERR, GREENSBORO, NC 27401 | |
| 10925 | HUNTER, SR, TODD, PO BOX 2242, GALLIANO, LA 70354 | |
| 10925 | HUNTER, THELMA, 1923 HOPKINS ROAD, RICHMOND, VA 23224 | |
| 10925 | HUNTER, TRENTON, 399 OLD KYMUGA RD, CHILDERSBURG, AL 35044 | |
| 10925 | HUNTER, VANESSA, 339 HANCOCK ROAD, JEFFERSON, GA 30549 | |
| 10925 | HUNTER, VENNIE, 312 RIDGE WOOD BLVD, ALEXANDRIA, LA 71303 | |
| 10925 | HUNTERDON CHEMICAL INC, POBOX 5438, CLINTON, NJ 08809 | |
| 10924 | HUNTERDON CONCRETE CO., P.O. BOX 2050, FLEMINGTON, NJ 08822 | |
| 10924 | HUNTERDON CONCRETE CO.., ROUTE 173 WEST, PATTENBURG, NJ 08802 | |
| 10924 | HUNTERDON CONCRETE CO.., RT. 202 & MINEBROOK RD., BERNARDSVILLE, NJ 07924 | |
| 10924 | HUNTERDON CONCRETE, P.O. BOX 2050, FLEMINGTON, NJ 08822 | |
| 10924 | HUNTERDON COUNTY HIGH SCHOOL, 84 ROUTE 31 & 523, FLEMINGTON, NJ 08822 | |
| 10924 | HUNTERDON MEDICAL CENTER, 2100 WESTCOTT AVENUE, FLEMINGTON, NJ 08822 | |
| 10925 | HUNTERS LODGE, 9445 BALTIMORE NATIONAL PIKE, ELLICOTT CITY, MD 21042 | |
| 10924 | HUNTERSVILLE BLDG.#12, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28206 | |
| 10924 | HUNTERSVILLE BUSINESS PARK, 9920 KINCEY AVE., HUNTERSVILLE, NC 28078 | |
| 10924 | HUNTERSVILLE REC CENTER, LOT 35 VERHOEFF DRIVE, HUNTERSVILLE, NC 28070 | |
| 10924 | HUNTING CUSTOM PACKAGING, 6 CAROL DRIVE, LINCOLN, RI 02865 | |
| 10924 | HUNTING INDUSTRIAL COATINGS, 10448 CHESTER ROAD, CINCINNATI, OH 45215 | |
| 10924 | HUNTING SPECIALTY PRODUCTS, 10448 CHESTER RD., CINCINNATI, OH 45215 | |
| 10924 | HUNTINGTON BANK, 7 EASTON OVAL, COLUMBUS, OH 43219 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HUNTINGTON DOWNS, 1409 ROPER MTN RD., GREENVILLE, SC 29615

10925   HUNTINGTON FOAM, 1306 GEORGE ALBERT LAKE, ANDERSON, SC 29621

10924   HUNTINGTON MEMORIAL HOSPITAL, CORNER OF STULTZ RD & HWY 24, HUNTINGTON, IN 46750

10924   HUNTINGTON R/M INC., P.O.BOX 428, HUNTINGTON, IN 46750

10924   HUNTINGTON R/M, INC., 1217 W. PARK DRIVE, HUNTINGTON, IN 46750

10924   HUNTINGTON R/M, INC., PO BOX 428, HUNTINGTON, IN 46750

10925   HUNTLEY, ANGELIA, 1801 PENNY ST, TUSKEGEE, AL 36088

10925   HUNTLEY, RICHARD, 2109 MONTERREY ST, ORANGE, TX 77630-2222

10925   HUNTON & WILLIAMS JEFFREY N MARTIN, 1900 K ST NW, WASHINGTON, DC 20006-1109

10925   HUNTON & WILLIAMS, 951 EAST BYRD ST, RICHMOND, VA 23212

10925   HUNTON & WILLIAMS, 951 EAST BYRD ST, RICHMOND, VA 23219-4074

10925   HUNTON & WILLIAMS, ATTN: B POTTER, RIVERFRONT PLAZA, E. TOWER, RICHMOND, VA 23219-4074

10925   HUNTON & WILLIAMS, MARK WEISSHAAR,

10925   HUNTON & WILLIAMS, NATHANIEL CHAPIN, 200 PARK AVE, NEW YORK, NY 10166-0136

10925   HUNTON WILLIAMS, RIVERFRONT PLAZA, EAST TOWER, 951 EAST BYRD ST, RICHMOND, VA 23219-4074

10925   HUNTOON, ROBERT, 4727 N 40TH DRIVE, PHOENIX, AZ 85019

10925   HUNTS COURIER, INC, 126 S W 9TH AVE, DELRAY BEACH, FL 33444

10924   HUNTS POINT MARKET, 355 FOOD CENTER DRIVE, BRONX, NY 10474

10925   HUNTSBERGER, DAVID, 730 WEST CALLE ALTA LOMA, ORO VALLEY, AZ 85737-7099

10925   HUNTSMAN CHEMICAL COMPANY, PO BOX 390, NORTH TROY, VT 05859

10924   HUNTSMAN CHEMICAL CORPORATION, P.O. BOX 219/HWY 105B, CONROE, TX 77301

10925   HUNTSMAN CHEMICAL CORPORATION, PO BOX 640663, PITTSBURGH, PA 15264-0663

10924   HUNTSMAN CORP, 6001 HIGHWAY 366, PORT NECHES, TX 77651

10924   HUNTSMAN CORPORATION, 118 HUNTSMAN WAY, LONGVIEW, TX 75603

10925   HUNTSMAN CORPORATION, 500 HUNTSMAN WAY, SALT LAKE CITY, UT 84108

10924   HUNTSMAN CORPORATION, 6001 HIGHWAY 366, PORT NECHES, TX 77651

10924   HUNTSMAN CORPORATION, 7114 N. LAMAR BLVD, AUSTIN, TX 78752

10924   HUNTSMAN CORPORATION, ATTN: C.J., NORTH GATE, BLDG. 50-11, LONGVIEW, TX 75603

10924   HUNTSMAN CORPORATION, JEFFERSON CHEMICAL ROAD, CONROE, TX 77301

10924   HUNTSMAN CORPORATION, PO BOX 15730, AUSTIN, TX 78761

10924   HUNTSMAN CORPORATION, PO BOX 219, CONROE, TX 77305

10925   HUNTSMAN CORPORATION, PO BOX 371263, PITTSBURGH, PA 15251-7263

10925   HUNTSMAN CORPORATION, PO BOX 65888, CHARLOTTE, NC 28265

10924   HUNTSMAN CORPORATION, PO BOX 847, PORT NECHES, TX 77651

10925   HUNTSMAN INTERNATIONAL TRADING, 3040 POST OAK BLVD, HOUSTON, TX 77056

10925   HUNTSMAN PACKAGING CORP, DEPT CH 10296, PALATINE, IL 60055-0296

10925   HUNTSMAN PACKAGING CORP, DEPT. CH 10296, PALATINE, IL 60055-0296

10925   HUNTSMAN PETROCHEMICAL CORPORATION, 3040 POST OAK RD., HOUSTON, TX 77056

10925   HUNTSMAN PETROCHEMICAL CORPORATION, PO BOX 27707, HOUSTON, TX 77227-7707

10925   HUNTSMAN PETROCHEMICAL CORPORATION, PO BOX 65888, CHARLOTTE, NC 28265-0888

10925   HUNTSMAN POLYMER CORP., PO BOX 3986, ODESSA, TX 79760

10924   HUNTSVILLE HOSPITAL EAST, 911 BIG COVE ROAD, HUNTSVILLE, AL 35801

10924   HUNTSVILLE HOSPITAL, 101 SIVEY RD, HUNTSVILLE, AL 35801

10924   HUNTSVILLE HOSPITAL, 101 SIVLEY RD, HUNTSVILLE, AL 35801

10924   HUNTSVILLE HOSPITAL, 101 SIVLEY ROAD, HUNTSVILLE, AL 35801

10924   HUNTSVILLE HOSPITAL, CAMBRIDGE, MA 02140

10924   HUNTSVILLE HOSPITAL, CENTRAL STERILE STORAGE, HUNTSVILLE, AL 35801

10924   HUNTSVILLE HOSPITAL, ELEVATOR TOWER, HUNTSVILLE, AL 35801

10924   HUNTSVILLE MEMORIAL HOSPITAL, 485 I 45 SOUTH, HUNTSVILLE, TX 77342

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    HUNTSVILLE UTILITIES, 1001 FRONT STREET, ANNISTON, AL 36201

10924    HUNTSVILLE UTILITY RENOVATION, 112 SPRAGINS STREET, HUNTSVILLE, AL 35801

10924    HUNTSVILLE-MADISON, CTY AIRPORT, HUNTSVILLE, AL 35804

10924    HUNZICKER BROTHERS INC., P.O. BOX 25248, OKLAHOMA CITY, OK 73125

10925    HUO, PETER, 3 POSADA, IRVINE, CA 92614

10925    HUOT, DAVID, 407 ELM ST, SALIX, IA 51052

10925    HUPE, RONALD, 263 CHERRYWOOD CT, SISTER BAY, WI 54234

10925    HUPFER JT TEN, JOHN HAZEN & ELEANOR ROSE, 8859 LOXLEY LN, FREELAND, MI 48623-8718

10925    HUPP, JR, ROBERT, 3958 CAMBRIDGE RD #135, CAMERON PARK, CA 95682

10925    HUPPMAN, WILLIAM, 5506 S MEDWICK GARTH, BALTIMORE, MD 21228

10925    HURA, C, 311 BRANCH OAK WAY, SAN ANTONIO, TX 78230

10924    HURD MILLWORK CO., 1815 WATER STREET, MERRILL, WI 54452

10924    HURD MILLWORK CO., 520 S. WHELEN AVENUE, MEDFORD, WI 54451

10924    HURD MILLWORK CO., PO BOX 319, MEDFORD, WI 54451

10925    HURD, CAROL, 2575 N 4475 W, PLAIN CITY, UT 84404

10925    HURD, LINDA, 11251 CENTER ROAD, MANTUA, OH 44255

10925    HURDLE, KAREN, 14865 HWY 77 PO BOX 262, ROSEDALE, LA 70772

10925    HURDMAN, KAREN, RD 1 PEAPACK ROAD, FAR HILLS, NJ 07931

10925    HUREAU, DANIEL, 56 JOPPA RD., MERRIMACK, NH 03054

10924    HURETSONS, PHOENIX COATINGS, INDIO, CA 92202

10925    HURILLA, MARIA, 532 BOESEL AVE, MANVILLE, NJ 08835

10925    HURLBERT, KIRK, 12313 RICHARD, PALOS HEIGHTS, IL 60463

10924    HURLEY ELEMENTARY SCHOOL, C/O WARCO CONSTRUCTION, SALISBURY, NC 28144

10925    HURLEY JR, WILLIAM J, 94 PRINCE ST, NEEDHAM, MA 02492-3719

10925    HURLEY JR, WILLIAM J, 94 PRINCE ST, NEEDHAM, MA 02942

10925    HURLEY MEDICAL CENTER, ONE HURLEY PLAZA, FLINT, MI 48503

10925    HURLEY SR, BERNARD F, 250 36 42ND AVE, FLUSHING, NY 11363-1715

10925    HURLEY TRUCKING COMPANY INC, 1001 SOUTH FOURTH ST, PHOENIX, AZ 85004

10925    HURLEY, BASIL, 3210 HARVARD, ROYAL OAK, MI 48072

10925    HURLEY, COLLEEN, 159 C HAMPSTEAD ROAD, SANDOWN, NH 03873

10925    HURLEY, FORREST, 1452 ROSEMOOR ROAD, JAMESTOWN, OH 45335-9553

10925    HURLEY, JAMES, 42 MATHER ST, DORCHESTER, MA 02124

10925    HURLEY, JR, WILLIAM, 94 PRINCE ST, NEEDHAM, MA 02492

10925    HURLEY, KEVIN, PO BOX 1208, N FALMOUTH, MA 02556-1208

10925    HURLEY, LAURA, 23 AMHERST RD, MARBLEHEAD, MA 01945

10925    HURLEY, MARGARET, 6 GAIL ST, TOPSFIELD, MA 01983

10925    HURLEY, MICHAEL, 292 BLOOMSBURY AVE APT. B-7, BALTIMORE, MD 21228

10925    HURLEY, RANDALL, 248 HWY 101, GRAY COURT, SC 29645

10925    HURLEY, RUPERT, 201 PONDERS ROAD, GREENVILLE, SC 29615

10925    HURLEY, SHEILA, 24-11 41 ST APT 3R, LONG ISLAND, NY 11103

10925    HURLEY, SUSAN, 2278 FOX RUN TRAIL, BUFORT,, GA 30519

10925    HURLEYS CARPET CLEANERS, 4707-12 N.E., SEATTLE, WA 98105

10925    HURLOCK, MARY L, BOX 34619, JUNEAU, AK 99803-4619

10925    HURM, NORMA, 3158 KENTUCKY 142, PHILPOT, KY 42366

10925    HURMAN, JAMES, 7106 ST. LAUREN COUR, BALTIMORE, MD 21226

10925    HURMAN, JOHN, 100 12TH AVE, BALTIMORE, MD 21225-3449

10925    HURMAN, JOHN, 7900 ELIZABETH ROAD, PASADENA, MD 21122

10925    HURN, MARY, PO BOX 58039, ST PETERSBURG, FL 33715

10924    HURON STEEL STRUCTURES INC, P O BOX 181, HURON, SD 57350

10924    HURON STEEL STRUCTURES INC, RR #3 MORINGSIDE MAIN, HURON, SD 57350

10924    HURON STEEL STRUCTURES, P.O.BOX 181, HURON, SD 57350

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HURON VALLY HOSPITAL C/O ARBOR INT., 1601 E COMMERCE ROAD, COMMERCE TOWNSHIP, MI 48382-1271

10925   HURON, REVA, PO BOX 171, POTEET, TX 78065

10925   HURRELL, BRYAN, 500 PINERIDGE RD, SENECA, SC 29672-6837

10925   HURRELL, MARY, 121 COUNTRYWOODS DR, BEAR, DE 19701

10924   HURSH COAL & SUPPLY CO, 1106-14 3RD STREET SE, CANTON, OH 44701

10924   HURSH SUPPLY CO., 1106 3RD ST., S.E., CANTON, OH 44701

10924   HURSH SUPPLY, 3865 HIGHLAND PARK, N.W., NORTH CANTON, OH 44720

10925   HURSH, MARIE, 15419 SCANDIA TR N, SCANDIA, MN 55073

10925   HURSHEL F BAXTER &, NORENE V BAXTER JT TEN, 2606 PARK AVE, ALAMOSA, CO 81101-2088

10924   HURST ANNAHO SUPPLY CO, INC., 133 GROVE ST, FAYETTEVILLE, NC 28301

10924   HURST ANNAHO SUPPLY CO, INC., PO BOX 53296, FAYETTEVILLE, NC 28305-3296

10925   HURST MFG CORP, HWY 64 EAST, PRINCETON, IN 47670

10924   HURST STONE & BUILDERS, 1122 S NORWOOD, TULSA, OK 74158

10924   HURST SUPPLY, 1122 SO. NORWOOD, TULSA, OK 74112

10924   HURST SUPPLY, PO BOX580490, TULSA, OK 74158

10925   HURST, BETTY, 2732 FLINTLOCK PL, AUSTELL, GA 30106

10925   HURST, BOB, 192 LONDON LANE, HIRAM, GA 30141

10925   HURST, CHARLES, PO BOX 144, CARMEN, ID 83462-0144

10925   HURST, CHRISTINE, 921 RANSOME ST, ROANOKE RAPIDS, NC 27870

10925   HURST, E, 2868 JOKER RD, DANDRIDGE, TN 37725

10925   HURST, GEORGE, 641 STANTON DR, FT. LAUDERDALE, FL 33326

10925   HURST, JAMES, 611 OVERLAND DRIVE, HENDERSON, NV 89015

10925   HURST, KEVIN, ROUTE 1 BOX 97B, JENNINGS, LA 70546

10925   HURST, MICHAEL, 214 CANYON LAKES PL, SAN RAMON, CA 94583

10925   HURST, MICHAEL, 280 WOOD RIVER LN TALLADEGA AL 35160, TALLADEGA, AL 35160

10925   HURST, PHILLIP, 1625 CONLEY RD., CONLEY, GA 30027

10925   HURST, RALPH, 550 COOTS LAKE RD, ROCKMART, GA 30153

10925   HURST, RICHARD, 24 ROSALIE ST., MANVILLE, NJ 08835

10925   HURST, RON, POBOX 17328, WEST PALM BEACH, FL 33416

10925   HURST, STAN, 608 3RD ST. SE, SIDNEY, MT 59270

10925   HURST, TIMOTHY, 4019 ADDICKS-CLODINE, HOUSTON, TX 77082

10925   HURST, TRACI, 7077 MACBETH WAY, SYKESVILLE, MD 21784

10925   HURST, TRACIE, 36 RAMSEY ROAD, PHENIX CITY, AL 36854

10925   HURT, COLE, 1360 DANBERRY ST, BURKBURNETT, TX 76354

10925   HURT, DIANA, PO BOX 643, HAZARD, KY 41702

10925   HURT, DIANNE, 206 BURNING BUSH LANE, GREENVILLE, SC 29607

10925   HURT, HEIDI, 7801 88TH AVE., KENOSHA, WI 53142

10925   HURT, JOHN, ROUTE 1, BOX 83, HOBSON, TX 78117

10925   HURT, KELLIS, 7601 NW 102ND ST, OKLAHOMA CITY, OK 73162-5311

10925   HURT, PERCY, 8053 STILLWELL ROAD, CINCINNATI, OH 45237

10925   HURT, RAY, BOX 14, SOUTH HEART, ND 58655

10925   HURTADO, FERNANDO, 76 JAMES ST, APT 21, ENGLEWOOD, NJ 07631

10925   HURTADO, JOSE, 4406 W. WELDON ST, PHOENIX, AZ 85031

10925   HURTADO, JUSTIN, 16 IRONWORKS RD, MONROE, NY 10950

10925   HURTADO, LEONARDO, 508 TWIN FALLS DRIVE, SIMPSONVILLE, SC 29681

10925   HURTADO, PATRICIA, PO BOX 1271, PENA BLANCA, NM 87041

10925   HURTADO, RAUL, 529 W ELK GROVE BLV, ELK GROVE VLG, IL 60007

10925   HURTADO, RAUL, RT. 15 BOX 5825-T, MISSION, TX 78572

10925   HURTADO, RICHARD, 531 24TH ST, OAKLAND, CA 94612

10925   HURTADO, WALTER, 200 ASHE DR F-5, GREENVILLE, SC 29611

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HURTT, JAMES, 507 W MCMILLAN, CINCINNATI, OH 45219 | |
| 10925 | HURTT, MARY ELLEN, 322 BERGEN ST, PLAINFIELD, NJ 07060 | |
| 10925 | HURTT, ROBIN, 207 POPLAR PLACE, PISCATAWAY, NJ 08854 | |
| 10925 | HURTUK, ROBERT, 5319 S MEADE, CHICAGO, IL 60638 | |
| 10925 | HUSBAND, CHARLES, 1925 BAKER DR., CRAIG,, CO 81625 | |
| 10925 | HUSCHKA, KATHERINE, 313 4TH ST SW, DICKINSON, ND 58601-5741 | |
| 10925 | HUSCHKA, PETER, 313 FOURTH ST SW, DICKINSON, ND 58601 | |
| 10925 | HUSE, ANZELLA M, 2620 LABURNUM AVE, CHARLOTTE NC, NC 28205 | |
| 10925 | HUSE, MARCIA, 65 WATERVIEW CIRCLE, CENTERVILLE, MA 02632 | |
| 10925 | HUSENI, SAJID, 24 PEABODY COURT, CONCORD, MA 01742 | |
| 10925 | HUSER, AMBER, 423 N. BAUER RD., WOOSTER, OH 44691 | |
| 10924 | HUSKER DRYWALL, 8609 I STREET, OMAHA, NE 68127 | |
| 10925 | HUSKEY, HOYLE, 4 PROVIDENCE SQ, GREENVILLE, SC 29615 | |
| 10925 | HUSKEY, OPAL, 5701 SE 24TH ST, OCALA, FL 34471 | |
| 10924 | HUSKY BPU OPERATIONS LTD., PO BOX 1710, LLOYDMINSTER, SK S9V 1M6TORONTO | *VIA Deutsche Post* |
| 10924 | HUSKY BPU OPERATIONS LTD., UPGRADER ROAD, HIGHWAY 16 EAST, LLOYDMINSTER, SK S9V 1M6TORONTO | *VIA Deutsche Post* |
| 10925 | HUSKY OIL LTD, RICHARD J ANGELL, 201 S MAIN ST #1800, SALT LAKE CITY, UT 84111 | |
| 10925 | HUSMANN, ANNA, 8 HOLMES RD, LEXINGTON, MA 02173 | |
| 10925 | HUSMANN, LARRY, 718 N BIRCH, APT 10, MONTICELLO, IA 52310 | |
| 10925 | HUSMANN, RALPH, 410 NORTH MAPLE ST, MONTICELLO, IA 52310 | |
| 10925 | HUSS, CRYSTAL, 110 VILLAGE PARK # 81, SIMPSONVILLE, SC 29681 | |
| 10925 | HUSSAIN, JANE, 280 CHAPMAN ST, GREENFIELD, MA 01301 | |
| 10925 | HUSSAIN, MAZHER, 203 FORT LEE RD, TEANECK, NJ 07666 | |
| 10925 | HUSSAIN, RUBIL, 501 73 ST, #1, BROOKLYN, NY 11209 | |
| 10925 | HUSSAIN, SYED, 2627 POINSETT HWY #28, GREENVILLE, SC 29609 | |
| 10925 | HUSSEIN, AZIZ, 5-7 RUTGERS AVE, JERSEY CITY, NJ 07305 | |
| 10925 | HUSSER, DEREK, 302 ALESSI ROAD, INDEPENDENCE, LA 70443 | |
| 10925 | HUSSER, KEITH, 4141 RIDGEMOOR, SHREVEPORT, LA 71108 | |
| 10925 | HUSSEY JR, LAWRENCE, 7 SCOTTSDALE RD, ATKINSON, NH 03811 | |
| 10925 | HUSSEY, KEVIN, 29 DAVIS ROAD, AUBURN, MA 01501 | |
| 10925 | HUSSIEN, PATRICIA, 46 VETS MEMORIAL DRIVE, PEABODY, MA 01960 | |
| 10924 | HUSSMANN AMERICAN S. DE R.L. DE C.V, CARR. MEXICO-LAREDO KM. 1009, 65550 NUEVO LEON, 99999MEXICO | *VIA Deutsche Post* |
| 10924 | HUSSMANN AMERICAN S. DE R.L. DE C.V, CARR. MEXICO-LAREDO KM. 1009, NUEVO LEON, 65550MEXICO | *VIA Deutsche Post* |
| 10925 | HUSTAD, BRADFORD, 5114 DESERT W CHICORY, MARANA, AZ 85653 | |
| 10924 | HUSTED CONCRETE PROD, 50 SAUQUOIT ST, NEW YORK MILLS, NY 13417 | |
| 10924 | HUSTED CONCRETE PROD., 50 SAUQUOIT STREET, NEW YORK MILLS, NY 13417 | |
| 10925 | HUSTON, CAROLYN, 75 GROVE ST, DOVER, NH 03820 | |
| 10925 | HUSTON, D, 80 FORD ROAD, DENVILLE, NJ 07834 | |
| 10925 | HUSTON, GALEN, PO BOX 603, BURKBURNETT, TX 76354 | |
| 10925 | HUSTON, MICHAEL, 7 LARRABEE AVE, DANVERS, MA 01923 | |
| 10925 | HUSTUS, JANET, 16823 BARCELONA, FRIENDSWOOD, TX 77546 | |
| 10925 | HUT, REBECCA, 1701 AVOCET AVE, MCALLEN, TX 78504 | |
| 10925 | HUTCHERSON, JUDY, 3454 RIVER NORTH, SAN ANTONIO, TX 78230 | |
| 10925 | HUTCHERSON, RUBY, 1514 E. 49TH TERR, KANSAS CITY, MO 64110 | |
| 10925 | HUTCHESON, BILLY, RT 1 BOX 126, SANDERSVILLE, GA 31082 | |
| 10925 | HUTCHESON, ROBERT, 24C COMMUNITY CIRCLE, DOUGLASVILLE, GA 30134 | |
| 10925 | HUTCHESON, TERI, 159 ADAMSON DRIVE APT. # 2, CEDARTOWN, GA 30125 | |
| 10925 | HUTCHESON, WADE, 14006 COTTONWOOD, OLATHE, KS 66062 | |
| 10925 | HUTCHINGS, PAMELA, 412 OAKWOOD DR, TROY, IL 62294 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HUTCHINS, EDWARD, 1088 WILDA DR, WESTMINSTER, MD 21157

10925   HUTCHINS, GEORGE, 4320 TRAINER ROAD, BARTOW, FL 33830

10925   HUTCHINS, IDA, 164 2ND AVE, BRISTOL, TN 37620

10925   HUTCHINS, MICHELLE, PO BOX 364, HARTLY, DE 19953

10925   HUTCHINS, SANDRA, 915 WISCONSIN, SOUTH HOUSTON, TX 77587

10925   HUTCHINS, THEODORE, 4840 K MARINERS WAY, COCONUT CREEK, FL 33066

10925   HUTCHINS, WILLIAM C, 1959 ARGYLE, COLUMBUS, OH 43219-1119

10925   HUTCHINS, WILLIAM, PO BOX 691, PLANT CITY, FL 33564

10924   HUTCHINSON HOSPITAL, 2000 NORTH WALDRON, HUTCHINSON, KS 67501

10925   HUTCHINSON INTERNATIONAL CORP., 6601 AMMENDALE ROAD, BELTSVILLE,, MD 20705

10924   HUTCHINSON SUPPLY, P.O. BOX 450, AURORA, OR 97002

10925   HUTCHINSON, ARTHUR, RT. 1 BOX 1340, CUSHING, OK 74023

10925   HUTCHINSON, BOBBI, 3791 SOLOMONS ISL RD, EDGEWATER, MD 21037

10925   HUTCHINSON, BRUCE, 1851 WASHINGTON ST, CANTON, MA 02021

10925   HUTCHINSON, CAROL, 81 ALDERWOOD ROAD, AUBURN, ME 04210

10925   HUTCHINSON, CURTIS, 1805 HONEY SUCKLE LN #90, ATLANTA, GA 30311

10925   HUTCHINSON, DONALD, 208 TRAILWOOD, SPARTANBURG, SC 29301

10925   HUTCHINSON, LINDA, 44 HAWLEY RD., WAKEFIELD, MA 01880

10925   HUTCHINSON, LINDA, 9415 ROSMARLIN WAY, LAUREL, MD 20708

10925   HUTCHINSON, ROLLIE, PO BOX 011045, MIAMI, FL 33101

10925   HUTCHINSON, TRACY, 2137 H EAST HUDSON BLVD, GASTONIA, NC 28054

10925   HUTCHINSON, WARREN, 1412 HAZEL ST, ATLANTIC, IA 50022-2626

10925   HUTCHINSON, WILLIAM, RFD #1, LAGRANGEVILLE, NY 12540

10925   HUTCHISON, GARY, 3201 CLEARWATER, BAKERSFIELD, CA 93309

10925   HUTCHISON, GARY, 42 BURNET ST, MAPLEWOOD, NJ 07040

10925   HUTCHISON, GERALD, 100 BABB ST, FOUNTAIN INN, SC 29644

10925   HUTCHISON, KAY B, 4301 SOMERSET LANE, MADISON, WI 53711

10925   HUTCHISON, RICKY, 1626 S.E. 29TH, OKLAHOMA CITY, OK 73129

10925   HUTH, CARL, 101 CEDAR RIDGE DR, APT. N147, WEST BEND, WI 53095

10925   HUTH, DOLORES, 330 BAYSIDE DRIVE, LA PORTE, TX 77571

10925   HUTHNANCE, JR, WILLIAM, 344 ST. JOSEPH ST #547, NEW ORLEANS, LA 70130

10925   HUTSON JR, GEORGE, 3271 EARL DRIVE, MEMPHIS, TN 38128-6524

10925   HUTSON, DAVID, 111 E GARDEN, IOWA PARK, TX 76367

10925   HUTSON, JOHN, 7707 SPARROWS POINT BLVD., BALTIMORE, MD 21219

10925   HUTSON, W, 2820 WILSHIRE, WOODWARD, OK 73801

10925   HUTT, GERALD, 2800 MUSTANG ROAD, ALVIN, TX 77511

10925   HUTTAR, SHELLEY, 24881 VILLAGE WOOD, LAKE FOREST, CA 92630

10925   HUTTENSTINE, GEORGE, 7212 CRESTRIDGE, MEMPHIS, TN 38119

10924   HUTTIG BUILDING  PRODUCTS, 605 GLENDALE AVE #101, SPARKS, NV 89431

10924   HUTTIG BUILDING PRODUCTS, 1335 SOUTH MAIN STREET, GREENSBURG, PA 15601

10925   HUTTIG BUILDING PRODUCTS, 200 BOUCHARD ST, MANCHESTER, NH 03103-3309

10924   HUTTIG BUILDING PRODUCTS, 200 BOUCHARD STREET, MANCHESTER, NH 03103

10924   HUTTIG BUILDING PRODUCTS, 200 BOUCHARD STREET, MANCHESTER, NH 03105

10924   HUTTIG BUILDING PRODUCTS, 421 CREBLE ROAD, SELKIRK, NY 12158

10924   HUTTIG BUILDING PRODUCTS, 7 GAYWALK STREET, AUGUSTA, ME 04330

10924   HUTTIG BUILDING PRODUCTS, PUTNEY ROAD, BRATTLEBORO, VT 05302

10925   HUTTIG BUILDING PRODUCTS, RR10 BOX 7, AUGUSTA, ME 04330

10925   HUTTIG BUILDING, 479 JUMPERS HOLE, SEVERNA PARK, MD 21146

10924   HUTTIG SASH & DOOR CO., 3202 W. CLARK ROAD, CHAMPAIGN, IL 61821

10924   HUTTIG SASH & DOOR CO., P O BOX 3173, CHAMPAIGN, IL 61826

10924   HUTTIG SASH & DOOR, P O BOX 3173, CHAMPAIGN, IL 61826

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 HUTTIG, 421 CREBLE ROAD, SELKIRK, NY 12158

10925 HUTTIG, PO BOX 1041, CHESTERFIELD, MO 63006

10925 HUTTNER, LISA, 935 WASHINGTON ST #15, 15, NEWTON, MA 02160

10925 HUTTO, LINDA, 300 JAMES PLACE, MACON, GA 31210

10925 HUTTO, RONALD, 5120 RALSTON ROAD, LAKELAND, FL 33811-1723

10925 HUTTON HUTTON, 8100 E. 22ND ST N., BLDG 1200, PO BOX 638, WICHITA, KS 67226

10925 HUTTON, ANDREW, 1620 WATAGA ROAD, BLUE MOUND, TX 76131

10925 HUTTON, DAVID, RT 1, BOX 337, NEW MARKET, TN 37820

10925 HUTTON, DONALD, PO BOX 997, LIBBY, MT 59923-0997

10925 HUTTON, EDWARD, 255 E. FIFTH ST, CINCINNATI, OH 45202

10925 HUTTON, ESQ, GERALD, BASHLINE & HUTTON, SUITE 1650, ONE PPG PLACE, PITTSBURGH, PA 15222

10925 HUTTON, HENRIETTA, 3200 NW 175TH ST, MIAMI, FL 33054

10925 HUTTON, JR, J, 3621 CLEVELANE HGTS BLVD., LAKELAND, FL 33803

10925 HUTTON, JULIA, 512 EAST DAMON AVE, TALLADEGA, AL 35160

10925 HUTTON, LORNE, PO BOX 3, LIBBY, MT 59923

10925 HUTTON, LORNE, PO BOX 3, LIBBY, MT 59923-0003

10925 HUTTON, OWEN, 3801 NW 165ST, MIAMI, FL 33055

10925 HUTZENBILER, KENNETH, 4772 129 AVE S.W., BELFIELD, ND 58622-9268

10925 HUTZENBILER, LOUIS, HCO3 BOX 1-3, BELFIELD, ND 58622

10925 HUTZENBILER, THOMAS, 4780 129TH AVE. SW, BELFIELD, ND 58622-9268

10925 HUTZENBUEHLER, TONYA, 1914 N PROSPECT, 75, MILWAUKEE, WI 53202

10925 HUVAL, CORY, 334 FREETOWN RD., NEW IBERIA, LA 70560

10925 HUVAL, LYDRUS, 230 JUANITA, EUNICE, LA 70535

10925 HUVAL, THERESA, 110 H. PREJEAN DRIVE, DUSON, LA 70529

10925 HUWE, RICHARD, 18 CONCORD ST BOX 51, ASHLAND, MA 01721

10925 HUX, JUDI, 126 GOWEN DR, ROANOKE RAPIDS, NC 27870

10925 HUXFORD, MARY, 44 W. GENESEE ST, SKANEATELES, NY 13152

10925 HUXFORD, NICOLE, 603 1/2 WILLIAMS ST, DEPERE, WI 54115

10925 HUXTABLE, KIRK, 2004 LAKE ROAD, ALTOONA, WI 54720

10925 HUYBRECHTS ENGELS CRAEN & PARTNERS, AMERIKALEI, ANTWERPEN 1, 02000BELGIUM    *VIA Deutsche Post*

10925 HUYNH, KHAI, 1640 VALLEY CLUB DRIVE, LAWRENEVILLE, GA 30044

10925 HUYNH, NINH, 13 GARLAND AVE, MALDEN, MA 02148

10925 HUYNH, ROBERT, 9 WRENTHAM ST, DORCHESTER, MA 02124

10925 HUYNH-TRAN, TRUC-CHI, 8612 OLD BROMPTON ROAD, CHESTERFIELD, VA 23832

10925 HV TOWER LLC, 100 HARBORVIEW DR, BALTIMORE, MD 21230

10925 HV TOWER LLC, POBOX 828313, PHILADELPHIA, PA 19182

10925 HV TOWER, LLC, CORPORATE EXECUTIVE RESIDENCES, 100 HARBOR VIEW DR., BALTIMORE, MD 21230

10925 HVC CORP., 4600 DUES DR., CINCINNATI, OH 45246

10925 HVC CORP., PO BOX 630179, CINCINNATI, OH 45246

10925 HVC, INC, PO BOX 630179, CINCINNATI, OH 45263-0179

10924 HVC, INC., 4600 DUES DRIVE, CINCINNATI, OH 45246

10925 HVIDSTEN, GEORGE, 33 HALL ROAD, CHATHAM, NJ 07928

10924 HVY MBI EG. MECH. GEN. FMN, CSMS #2, CULLMAN, AL 35055

10924 HVYMBI EG. MECH. GEN. FOREMAN, CSMS #2  (M/F DAHA0192M2394), CULLMAN, AL 35055-6398

10925 HW FIORI & SON, INC, 407 JACK ST., BALTIMORE, MD 21225

10925 HWA, CHIH, 1041 NIGHTINGALE DR, PALATINE, IL 60067

10925 HWANG, ANDY, 115 WOODWAY DRIVE, GREER, SC 29651

10925 HWANG, BESS Y, 2617 LANCELOT LN., DYER, IN 46311

10925 HWANG, BESS, 326 HICKORY DRIVE, AMES, IA 50014

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | HWANG, NAOMI, 5327 DORIS WAY, TORRANCE, CA 90505 | |
| 10924 | HY TECH CONCRETE, 2845 SOUTH MAIN ST, NEWFANE, NY 14108 | |
| 10925 | HY TECH CONCRETE, 2845 SOUTH MAIN ST., NEWFANE, NY 14108 | |
| 10924 | HY TECH CONCRETE, 2845 SOUTH MAIN STREET, NEWFANE, NY 14108 | |
| 10925 | HYATT REGENCY, C/O ALPHA INSULATION, ATLANTA, GA 30321 | |
| 10924 | HYATT AVENTINE, C/O EXPO BUILDER SUPPLY, 3777 LA JOLLA VILLAGE DRIVE, LA JOLLA, CA 92038 | |
| 10924 | HYATT HOTEL, 6350 N. RIVER ROAD, ROSEMONT, IL 60018 | |
| 10924 | HYATT HOTEL, SAN FRANCISCO, CA 94142 | |
| 10925 | HYATT LISLE HOTEL, 3003 CORPORATE WEST DR, LISLE, IL 60532 | |
| 10924 | HYATT MOTEL (SOUTH PARK), C/O WARCO CONSTRUCTION, CHARLOTTE, NC 28209 | |
| 10924 | HYATT PARK ELEMENTRY, 4200 MAIN STREET, COLUMBIA, SC 29203 | |
| 10924 | HYATT REGENCY HOTEL EXPANSION, 332 REUNION BLVD., DALLAS, TX 75207 | |
| 10925 | HYATT REGENCY LONG BEACH, 200 SO PINE AVE, LONG BEACH, CA 90802 | |
| 10925 | HYATT REGENCY LONG BEACH, DEPT #66003, EL MONTE, CA 91735-6003 | |
| 10925 | HYATT REGENCY NEW ORLEANS, PO BOX 62586, NEW ORLEANS, LA 70162 | |
| 10925 | HYATT REGENCY OHARE, PO BOX 98314, CHICAGO, IL 60693 | |
| 10925 | HYATT REGENCY PIER 66, 2301 SE 17TH ST. CAUSEWAY, FORT LAUDERDALE, FL 33316 | |
| 10924 | HYATT REGENCY RESORT, US 41 AND COCONUT, ESTERO, FL 33928 | |
| 10925 | HYATT REGENCY WASHINGTON, DEPT. - 79247, BALTIMORE, MD 21279-0247 | |
| 10925 | HYATT, DONALD, 768 BALLARD LANE, SULPHUR, LA 70663 | |
| 10925 | HYATT, EVELYN, 920 JAMES COURT, MARIETTA, GA 30060 | |
| 10925 | HYATT, GARY, PO BOX 28, FRANKLINTON, LA 70438 | |
| 10925 | HYATT, JR, DENNIS C, 888 HWY. 110 EAST, SINGER, LA 70660 | |
| 10925 | HYATT, JR, DENNIS, 888 HWY 110 EAST, SINGER, LA 70660 | |
| 10925 | HYATT, KIM, 135 SOUTHLAND, LUMBERTON, TX 77657 | |
| 10925 | HYATT, LARRY A, 430 N 17TH ST, BEECH GROVE, IN 46107 | |
| 10925 | HYATT, LARRY, 430 N 17TH, BEECH GROVE, IN 46107 | |
| 10925 | HYATT, M, 5207 GRANDVIEW DR, ORLANDO, FL 32808-2503 | |
| 10925 | HYATT, MELINDA, PO BOX 61, STONEWALL, LA 71076 | |
| 10925 | HYATT, NANCY, 7240 REIDVILLE ROAD, WOODRUFF, SC 29388-9735 | |
| 10924 | HYATT, PITTSBURGH INTERNATIONAL AIRPORT, ROUTE 60 NORTH, PITTSBURGH, PA 15231 | |
| 10925 | HYATT, TIFFANY, 2216 HALL AVE, SELMA, AL 36701 | |
| 10924 | HYATT-REGENCY, 351 W. WATERMAN, WICHITA, KS 67202 | |
| 10925 | HYBRID-TEK, RT 526 MILL STONE ROAD, CLARKSBURG, NJ 08510 | |
| 10925 | HYBRIDYNE INC, 800 EAST 12TH ST, TUCSON, AZ 85719 | |
| 10925 | HYBRITEX INC, 11940 GOLDEN GATE ROAD, EL PASO, TX 79936 | |
| 10925 | HYBRITEX INC, 4761-63 NW 72ND AVE, MIAMI, FL 33166 | |
| 10925 | HYBRITEX INC, ATTN: ACCOUNTS PAY, 2700 LONE STAR DR, DALLAS, TX 75212 | |
| 10925 | HYCAL, 9650 TELSTAR AVE, EL MONTE, CA 91731-3004 | |
| 10925 | HYDE, BARBARA, 1142 WINDERWYCKE CT, WINTERSPRINGS, FL 32708 | |
| 10925 | HYDE, BLAINE, 8148 DONNELL ROAD, ROSEMARK, TN 38053 | |
| 10925 | HYDE, EMILY, 7316 WEST 59TH ST, SUMMIT, IL 60501 | |
| 10925 | HYDE, JAMES, 8202 BURNLEY ROAD, TOWSON, MD 21204 | |
| 10925 | HYDE, WILLIAM, 4222 BOBBIT, DALLAS, TX 75229 | |
| 10925 | HYDE-MOGUEL, SYLVIA, 6113 8TH AVE. #26, LOS ANGELES, CA 90043 | |
| 10925 | HYDEN, JAMES, PO BOX 361, LINDSAY, OK 73052 | |
| 10925 | HYDEN, JOHN H, 1905 SHADY LANE, LAKELAND, FL 33803-2058 | |
| 10925 | HYDER, JANET, 119 WOODRIDGE CIRCLE, GREENVILLE, SC 29607 | |
| 10925 | HYDER, MOHAMED, 37-55 91ST ST, JACKSON HEIGHTS, NY 11372 | |
| 10925 | HYDER, RANDALL, 119 WOODRIDGE CIRCLE, GREENVILLE, SC 29607 | |
| 10925 | HYDRA CONE, INC, 3445 BOARD ROAD, YORK, PA 17402 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HYDRADYNE HYDRAULICS, 336 INDUSTRIAL PKWY, LAFAYETTE, LA 70508

10925   HYDRA-LIFT INDUSTRIAL, 1007 TAYLOR PARK ROAD, SYKESVILLE, MD 21784

10925   HYDRA-PAK INC., 1407 CLARKVIEW RD., BALTIMORE, MD 21209-2193

10925   HYDRA-PAK INC., 950 WILLOW CIRCLE, HAGERSTOWN, MD 21740

10925   HYDRAULIC & PNEUMATIC ENGINEERING, PO BOX 8608, DEERFIELD BEACH, FL 33443

10925   HYDRAULIC COMPONENT SERVICES, 8010 NEW JERSEY AVE., HAMMOND, IN 46323-3042

10925   HYDRAULIC COMPONENT SERVICES, INC, BOX 68-6407, MILWAUKEE, WI 53268-6407

10925   HYDRAULIC COMPONENT, 1760 SOUTH SPRINGDALE ROAD, NEW BERLIN, WI 53146

10925   HYDRAULIC CONTROLS INC, POBOX 8157, EMERYVILLE, CA 94662

10925   HYDRAULIC EQUIPMENT SERVICE INC., 1021 NORTH SAN JACINTO, HOUSTON, TX 77002

10925   HYDRAULIC SERVICE & REPAIR INC, PO BOX 1087, ZELLWOOD, FL 32798

10925   HYDRITE CHEMICAL CO., 300 N. PATRICK BLVD., BROOKFIELD, WI 53008-0948

10925   HYDRITE CHEMICAL CO., BOX #689227, MILWAUKEE, WI 53268-9227

10925   HYDRITE CHEMICAL CO., BOX 689227, MILWAUKEE, WI 53268-9227

10925   HYDRITE CHEMICAL CO., DRAWER 9048, 300 N. PATRICK BLVD. (53045), BROOKFIELD, WI 53008-9048

10925   HYDRITE CHEMICAL, MICHAEL BEST & FRIEDRICH CHARLES V, ONE SOUTH PINCKNEY ST, PO BOX 1806, MADISON, WI 53701-1806

10925   HYDRITE CHEMICAL, TOM MIAZGA, 300 NORTH PATRICK BLVD DRAWER #0948, BROOKFIELD, WI 53008-0948

10925   HYDRO AGRI NORTH AMERICA, INC, PO BOX 7247-7541, PHILADELPHIA, PA 19170

10925   HYDRO AGRI TRINIDAD LTD, PO BOX 952, PORT OF SPAIN, 43 99999TRINIDAD        *VIA Deutsche Post*

10925   HYDRO AIR, PO BOX 45, NORTH HAVEN, CO 06473

10924   HYDRO CONDUI, 999 MARIETTA WAY, SPARKS, NV 89431

10924   HYDRO CONDUIT CORP, 1600 THORNE AVE., WILSON, NC 27893

10924   HYDRO CONDUIT CORP, 1600 THORNE AVENUE WEST, WILSON, NC 27893

10924   HYDRO CONDUIT CORP, 6101 VAN DOSEN RD, LAUREL, MD 20810

10924   HYDRO CONDUIT CORP, P O BOX 36, DIAMOND, OH 44412

10924   HYDRO CONDUIT CORP., 4200 UNIVERSAL DRIVE, DIAMOND, OH 44412

10924   HYDRO CONDUIT CORP., OAKDALE, PA 15071

10924   HYDRO CONDUIT CORP., P. O. 36, DIAMOND, OH 44412

10924   HYDRO CONDUIT CORP., PO BOX126, OAKDALE, PA 15071

10924   HYDRO CONDUIT CORPORATION, 10401 NORTH WEST 121 WAY, MEDLEY, FL 33178

10924   HYDRO CONDUIT CORPORATION, 385 TOWER ROAD, NAPA, CA 94558

10924   HYDRO CONDUIT CORPORATION, 4150 N. BRAWLEY, FRESNO, CA 93711

10924   HYDRO CONDUIT CORPORATION, ATTN:  ACCOUNTS PAYABLE, NAPA, CA 94558

10924   HYDRO CONDUIT CORPORATION, HIGHWAY 29 AND TOWER ROAD, NAPA, CA 94558

10924   HYDRO CONDUIT CORPORATION, HIGHWAY 32, ORLAND, CA 95963

10924   HYDRO CONDUIT(FORMERLY ESSROC), 620 LIBERTY ROAD, DELAWARE, OH 43015

10924   HYDRO CONDUIT, 1000 SHERMAN AVENUE, HAGERSTOWN, MD 21740

10924   HYDRO CONDUIT, 148 ROCK QUARRY RD., STOCKBRIDGE, GA 30281

10924   HYDRO CONDUIT, 1501 S HOLT RD, INDIANAPOLIS, IN 46241

10924   HYDRO CONDUIT, 1751 MONOCACY BLVD, FREDERICK, MD 21701

10924   HYDRO CONDUIT, 2313 VULCAN RD., APOPKA, FL 32703

10924   HYDRO CONDUIT, 3/4 MILE NE OF INTERSECTION, ROANOKE, TX 76262

10924   HYDRO CONDUIT, 300 BILL ST, COLUMBIA, SC 29201

10924   HYDRO CONDUIT, 3700 HWY 528, BERNALILLO, NM 87004

10924   HYDRO CONDUIT, 4150 N BRAWLEY AVE, FRESNO, CA 93722

10924   HYDRO CONDUIT, 4242 W. BUCKEYE, PHOENIX, AZ 85009

10924   HYDRO CONDUIT, 5601 PHARR MILL RD., HARRISBURG, NC 28075

10924   HYDRO CONDUIT, 6101 VAN DORSEN RD, LAUREL, MD 20707

10924   HYDRO CONDUIT, 6301 ARDMORE, FORT WAYNE, IN 46809

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   HYDRO CONDUIT, 6890 CHAPMAN RD, LITHONIA, GA 30058

10924   HYDRO CONDUIT, 6890 CHAPMAN RD., LITHONIA, GA 30058

10924   HYDRO CONDUIT, 7200 GRADE LANE, LOUISVILLE, KY 40219

10924   HYDRO CONDUIT, P O BOX 1230, ROANOKE, TX 76262

10924   HYDRO CONDUIT, P O BOX 5190, BERNALILLO, NM 87004

10924   HYDRO CONDUIT, P O BOX 607008, ORLANDO, FL 32860

10924   HYDRO CONDUIT, P O BOX 90538, COLUMBIA, SC 29209

10924   HYDRO CONDUIT, P.O. BOX 209, HARRISBURG, NC 28075

10924   HYDRO CONDUIT, PO BOX 1230, ROANOKE, TX 76262

10924   HYDRO CONDUIT, PO BOX1609, ALBUQUERQUE, NM 87103

10924   HYDRO CONDUIT, SHOP RD 1060, COLUMBIA, SC 29202

10924   HYDRO FIRE, 8603 BLUFF RD, INDIANAPOLIS, IN 46217

10924   HYDRO GROUP INC., ATTN:  ACCOUNTS PAYABLE, BRIDGEWATER, NJ 08807

10924   HYDRO GROUP, 800 VASCO ROAD, LIVERMORE, CA 94550

10924   HYDRO GROUP, 801 CHERRY STREET, SUNBURY, OH 43074

10924   HYDRO MIDWEST, 1501 SOUTH HOLT RD., INDIANAPOLIS, IN 46241

10924   HYDRO MIDWEST, ATTN: A/P (111941), INDIANAPOLIS, IN 46241

10925   HYDRO SERVICE & SUPPLIES INC, PO BOX 12197, RESEARCH TRIANGLE PARK, NC 27709

10925   HYDRO SOUTH INC, 1355 MCFARLAND, 400 DRIVE, ALPHARETTA, GA 30004

10924   HYDRO TECH SYSTEMS INC, 13111 NORTHWEST FWY, SUITE 200, HOUSTON, TX 77040

10924   HYDRO-AIR PRODUCTS, 2460 MALT AVENUE, CITY OF COMMERCE, CA 90040

10924   HYDRO-AIR PRODUCTS, LAKE FOREST, CA 92630-0790

10924   HYDRO-BLAST INC., 6917 N.E. 38TH COURT, VANCOUVER, WA 98661

10925   HYDROCARBON PUBLISHING CO., PO BOX 661, SOUTHEASTERN, PA 19399

10924   HYDROCARBON RESEARCH TECHNOLOGIES, NEW YORK & PURITAN AVE., LAWRENCEVILLE, NJ 08648

10925   HYDROCHEM INDUS SERVICES, INC, 159 HAMM RD, CHATTANOOGA, TN 37405-4418

10925   HYDROCHEM INDUSTRIAL SERVICES INC., PO BOX 970076, DALLAS, TX 75397-0076

10925   HYDROCHEM INDUSTRIAL SERVICES, INC, PO BOX 844876, DALLAS, TX 75284-4876

10925   HYDROCHEM, PO BOX 844876, DALLAS, TX 75284-4876

10924   HYDRO-CONDUIT CORP, 208 RANDOLPH STREET, THOMASVILLE, NC 27360

10924   HYDRO-CONDUIT CORP, 827 BLAIR STREET, THOMASVILLE, NC 27360

10924   HYDRO-CONDUIT CORP., P O BOX 818, THOMASVILLE, NC 27361

10925   HYDROISAL AB, 252 22, HELSINGBORG - SWEDEN, 99999

10924   HYDROL CHEMICALS, 520 COMMERCE DRIVE, LANSDOWNE, PA 19050

10925   HYDROLAB CORP, 12921 BURNETT ROAD, AUSTIN, TX 78727

10925   HYDROLAB CORP, PO BOX 50116, AUSTIN, TX 78763

10925   HYDRON INDUSTRIES, 2800 FIFTH AVE, BIRMINGHAM, AL 35233

10925   HYDRONIC TECHNOLOGY, INC, PO BOX 13067, NEW ORLEANS, LA 70185

10925   HYDRO-POWER, PO BOX 221, CONYERS, GA 30207

10924   HYDRO-QUEBEC, 22ND FLOOR, 75 RENE LEVESQUE WEST, MONTREAL QUEBEC, QC H2Z 1A4TORONTO     *VIA Deutsche Post*

10925   HYDRO-SERVICES, PO BOX 1777, SULPHUR, LA 70664-1777

10925   HYDROSOL INC., 8407 S. 77TH AVE, BRIDGEVIEW, IL 60455

10924   HYDROSOL, 8407 SOUTH 77TH. AVENUE, BRIDGEVIEW, IL 60455

10924   HYDROSORBENT PRODUCTS, 25 SCHOOL STREET, ASHLEY FALLS, MA 01222

10925   HYDRO-TECHNICS, INC, 8900 LOUISIANA, MERRILLVILLE, IN 46410

10925   HYDROTEX, PO BOX 972042, DALLAS, TX 75397-2042

10925   HYDRO-THERMAL CORP., 400 PILOT COURT, WAUKESHA, WI 53188

10925   HYDROWASH INC, POBOX 27981, RICHMOND, VA 23261-7981

10925   HYE PARTNERS, GABELLIAN JESSOURIAN ASS., GEN COUNSEL, 95 ROUTE 17 SOUTH, PARAMUS, NJ 07652

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　HYER INDUSTRIES INC, PO BOX 669, ROUTE 139, PEMBROKE, MA 02359-0669

10924　HYGENIC CORPORATION, 1245 HOME AVENUE, AKRON, OH 44310

10924　HYGENIC CORPORATION, 750 EAST TALMADGE, AKRON, OH 44310

10925　HYGRADE INC., 30 WARSOFF PLACE, BROOKLYN, NY 11205

10925　HYGRADE PRECISION TECHNOLOGIES, 329 COOKE ST, PLAINVILLE, CT 06062

10925　HYLAND FILTER SERVICE, 914 JACKSON ST, OWENSBORO, KY 42303

10925　HYLAND, FRED, 3 POLK DRIVE, WILMINGTON, DE 19809

10925　HYLAND, MICHAEL A, 24360 EAST RIVER RD UNIT #27, GROSSE ILE, MI 48138

10925　HYLAND, MICHAEL, 24360 E RIVER RD UNIT 27, GROSSE ILE, MI 48138

10925　HYLTON, SHIRLEY, 12738 OAKWOODLANE, SUGAR LAND, TX 77478

10925　HYMAN D ROTHKOPF, 1919 CHESTNUT ST, APT 1220, PHILADELPHIA, PA 19103-3419

10925　HYMAN HENDLER & SONS, 67 WEST 38TH ST, NEW YORK, NY 10018-5512

10925　HYMAN JR, VERNON, 304 BEECHWOOD ST, HOPE MILLS, NC 28348

10925　HYMAN LEVY &, PEARL LEVY JT TEN, 205-A HERITAGE HILLS, SOMERS, NY 10589-0000

10925　HYMAN, MONIQUE, 821 BANNER OAK CT, GREENSBORO, NC 27406

10925　HYMAN, ORA, RT. 6, BOX 263-10, CORSICANA, TX 75110

10925　HYMEL, JR, RODDY, RT. 2, BOX 668, JENNINGS, LA 70546

10925　HYMEL, LARRY, 109 PALM PLACE, THIBODAUX, LA 70301

10925　HYNDMAN, JANET M, PO BOX 295, MOBILE, AL 36601-0295

10925　HYNDS, GLADYS, 2700 S. BIRCHFIELD, HARVEY, LA 70058

10925　HYNDS, SARA, 2700 S BIRCHFIELD, HARVEY, LA 70058

10925　HYNDSHAW, DEBORAH, 62 RAMBLEWOOD DR, SAYLORSBURG, PA 18353

10925　HYNES, ALICE, 751 HENDERSON RD, WILLIAMSTOWN, MA 01267

10925　HYNES, BARBARA, 17 VALLEYCREST TR, NASHUA, NH 03062

10925　HYNES, LORETTA, 7645 W 66TH ST, ARGO, IL 60501-0128

10925　HYNES, STEPHEN, 255 NORTH ROAD UNIT 17, CHELMSFORD, MA 01824

10925　HYNES, WILLIAM, 10859 S. WASHTENAW, CHICAGO, IL 60655-0000

10925　HYPERCOM MFG RESOURCES INC, 2851 WEST KATHLEEN ROAD, PHOENIX, AZ 85023

10925　HYPERION SOFTWARE, 950 TOWER LANE STE 400, FOSTER CITY, CA 94404

10924　HYPERION SOLIDS WASTE TREATMENT PLT, C/O CAL PLY ANAHEIM, LOS ANGELES, CA 90001

10925　HYPOLITE, ZACHARY, 2507 COLONIAL RIDGE, FRIENDSWOOD, TX 77546

10924　HYPONEX CORP., 2057 HWY. 42 NORTH, JACKSON, GA 30233

10924　HYPONEX CORP., 3175 BRIGHTLEAF ROAD, LAWRENCEVILLE, VA 23868

10924　HYPONEX CORP., 9349 GARDEN PLAIN ROAD, MORRISON, IL 61270

10924　HYPONEX CORPORATION, 16100 COUNTY ROAD 455, MONTVERDE, FL 34756

10924　HYPONEX CORPORATION, 322 GRAHAM ROAD, IMLAY CITY, MI 48444

10924　HYPONEX CORPORATION, 3875 S. ELYRIA ROAD, SHREVE, OH 44676

10924　HYPONEX CORPORATION, 9899 WAUSUKEE ROAD, GERMANTOWN, WI 53022

10924　HYPONEX, 14419 N. WHITE & PARKER ROADS, MARICOPA, AZ 85239

10924　HY-POXY SYSTEMS, 5555 EXPORT BLVD, SAVANNAH, GA 31408

10924　HY-POXY SYSTEMS, INC, PO BOX 6988, HILTON HEAD ISLAND, SC 29938

10925　HYPPOLITE, JEAN, 3 MERRICK LANE, SPRING VALLEY, NY 10977

10925　HYRE, J, 116 CYNDEE CIRCLE, MARTINEZ, GA 30907

10925　HYSLOP, FREDERICK, 20 ARLINGTON ROAD, GREER, SC 29651-9637

10925　HYSTER CREDIT COMPANY, 5335 SW MEADOWS RD SUITE 300, LAKE OSWEGO, OR 97035

10925　HYSTER CREDIT COMPANY, PO BOX 78155, PHOENIX, AZ 85062-8155

10925　HYSTER NEW ENGLAND, INC, PO BOX 632, WALTHAM, MA 02454

10925　HYTEK, POBOX 3595, LOGAN, UT 84323

10925　HYTEL GROUP, 290 INDUSTRIAL DR, HAMPSHIRE, IL 60140

10925　HYTEN, TAMERA, 6520 W. 15TH ST., INDIANAPOLIS, IN 46241

10925　HY-TEST SAFETY SHOE SERVICE, 7330 N. 60TH ST, MILWAUKEE, WI 53223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   HYTRONICS, 15401 ROOSEVELT BLVD, CLEARWATER, FL 34620

10925   HYTRONICS, PO BOX 4050, CLEARWATER, FL 34618

10924   HYUNDAI, E 4 FAB 1830 WILLOW CREEK, CIRCLE DRIVE SPACE 10 LOT 3, EUGENE, OR 97402

10925   HY-VAC OF LOUISIANA, PO BOX 216, SULPHUR, LA 70664-0216

10925   HYVAC PRODUCT, INC, 660 HOLLOW ROAD, PHOENIXVILLE, PA 19460

10925   HY-VEE INC, PO BOX 93331, DES MOINES, IA 50393

10924   HYWAY CONCRETE PIPE, 2615 PORT CLINTON ROAD, FINDLAY, OH 45839

10925   HYWEL LEONARD, 847 S DELAWARE, TAMPA, FL 33606-2914

10925   HYZER & LEWELLEN (BUCKS COUNTY), PO BOX 155, SOUTHAMPTON, PA 18966-0155

10925   I & C SALES, PO BOX 428778, CINCINNATI, OH 45242-8778

10925   I & M INDUSTRIALS INC, PO BOX 8775, GREENVILLE, SC 29604-8775

10925   I A M NATIONAL PENSION FUND, 1300 CONNECTICUT AVE. NW, WASHINGTON, DC 20036-1703

10925   I B SCOTT, 1984 MONTCLAIR CIRCLE, WALNUT CREEK, CA 94596-3024

10925   I BELIEVE I CAN FLY, 7800 W 95TH ST, HICKORY HILLS, IL 60457

10925   I C T INC, 360 MERRIMACK ST, LAWRENCE, MA 01843

10925   I F C DELIVERY, BOX #117, MIAMI, FL 33155

10924   I F D CONSTRUCTION, 2144 WILLIAMSBRIDGE RD, BRONX, NY 10461

10925   I FRED ANDERSON CUST DAVID FRED, ANDERSON UNIF GIFT MIN ACT WV, 10101 E BAY HARBOR DR 706, BAY HARBOR ISLANDS, FL 33154-1202

10925   I H S ENVIRONMENTAL, 912 SPRINGDALE DR, EXTON, PA 19341

10925   I HATHAWAY FRANCIS IV, 719 BRYN MAWR AVE, BRYN MAWR, PA 19010-2005

10925   I K O INDUSTRIES INC., PO BOX 8500 S-5435, PHILADELPHIA, PA 19178-5435

10925   I P M COMPANY, 304 S GEORGE ST, MOUNT PROSPECT, IL 60056

10925   I R AIR CENTERS, PO BOX 75817, CHARLOTTE, NC 28275

10924   I U LAW SCHOOL, 541 WEST VERMONT, INDIANAPOLIS, IN 46204

10924   I U MEDICAL SCIENCE CENTER C/O TSI, 1047 W. WALNUT, INDIANAPOLIS, IN 46203

10924   I. G FEDERAL ELECTRIC SUPPLY, 47-20 30TH STREET, LONG ISLAND CITY, NY 11101

10924   I. PULLOMA PAINTS, INC, 3115 WEST 36TH STREET, CHICAGO, IL 60632

10924   I. PULLOMA PAINTS, INC, 3115 WEST 36TH. STREET, CHICAGO, IL 60632

10924   I.C.C. C/O C.J. COAKLEY, 1201 CONSTITUTION AVENUE, WASHINGTON, DC 20009

10924   I.C.M., 805 WOLF AVE., CASSOPOLIS, MI 49031

10924   I.C.N. BIOMEDICALS INC, ATTN NBC ACCOUNTS P, IRVINE, CA 92713

10925   I.C.R., 1355 S.W. 47TH AVE, FORT LAUDERDALE, FL 33317

10925   I.E. MILLER OF EUNICE INC, PO BOX 54213, NEW ORLEANS, LA 70154-4213

10925   I.M.E. AUTO & TRUCK, 5215 N MCCARTY, HOUSTON, TX 77013

10925   I.M.F. CANON, 2100 PARK CENTRAL BLVD N, POMPANO BEACH, FL 33064

10924   I.N.S. FEDERAL DETENTION FAC, 1340A FEDERAL DRIVE, BATAVIA, NY 14020

10924   I.P. PETROLEUM, PO BOX 4258, HOUSTON, TX 77210

10924   I.P.C., CORINTH DIVISION, PO BOX 957, CORINTH, MS 38834

10924   I.P.C., GOLDING DRIVE, CORINTH, MS 38834

10924   I.R.T.A., 2800 OLYMPIC BLVD., SUITE 101, SANTA MONICA, CA 90404

10924   I.R.T.A., SUITE 101, 2800 OLYMPIC BOULEVARD, SANTA MONICA, CA 90404

10924   I.S. 1 67, C/O CENTRAL, BRONX, NY 10475

10925   I.S. SOLUTIONS, 20533 BISCAYNE BLVD.,STE 325, AVENTURA, FL 33180

10925   I.T. CORPORATION, 2790 MOSSIDE BLVD, MONROEVILLE, PA 15146-2792

10925   I.T.E., PO BOX 30728, CHARLOTTE, NC 28230

10925   I.T.S., PO BOX 825, DEERFIELD, IL 60015-0825

10924   I.T.T./AESI, 1555 LYELL AVENUE, ROCHESTER, NY 14606

10924   I.T.T./AESI, PO BOX 436045, PONTIAC, MI 48343-6045

10924   I.U. AMBULATORY CARE CENTER, INDIANAPOLIS, IN 46107

10924   I.U. AT KOKOMA, C/O CIRCLE B, KOKOMO, IN 46902

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | I.U. CENTER FOR EXCELLENCE, 7TH & ROSE AVENUE, BLOOMINGTON, IN 47401 | |
| 10924 | I.V.C. INDUSTRIAL COATINGS, ., PO BOX 18163, INDIANAPOLIS, IN 46218 | |
| 10924 | I.V.C. INDUSTRIAL COATINGS, 1855 INDUSTRIAL DRIVE, GRAND HAVEN, MI 49417 | |
| 10924 | I.V.C. INDUSTRIAL COATINGS, 2245 VALLEY AVENUE, INDIANAPOLIS, IN 46218 | |
| 10924 | I.V.C. INDUSTRIAL COATINGS, 2250 VALLEY AVENUE, INDIANAPOLIS, IN 46218 | |
| 10924 | I.V.C. INDUSTRIAL COATINGS, 550-560 WEST CENTENNIAL BLVD, CASA GRANDE, AZ 85222 | |
| 10924 | I.V.C. INDUSTRIAL COATINGS, INC., 2492 DOSWELL AVENUE, SAINT PAUL, MN 55108 | |
| 10924 | I.V.C. INDUSTRIAL COATINGS, PO BOX 18163, INDIANAPOLIS, IN 46218 | |
| 10925 | I/O SOLUTIONS & CONTROLS, 1957 PIONEER RD. BLDG-H, HUNTINGDON VALLEY, PA 19006 | |
| 10925 | I-80 INVESTMENTS CO, I-80 & EXIT 284, WALCOTT, IA 52773 | |
| 10925 | I80 INVESTMENTS CO, PO BOX 3943, DAVENPORT, IA 52808 | |
| 10925 | I-80 INVESTMENTS CO., PO BOX 3943, DAVENPORT, IA 52808 | |
| 10925 | IA FEINGOLD, MD FRCP, 120 GAVILAN AVE, CORAL GABLES, FL 33143 | |
| 10925 | IAAP, POBOX 413740, KANSAS CITY, MO 64141-3740 | |
| 10925 | IABC, ONE HALLIDIE PLAZA #600, SAN FRANCISCO, CA 94102 | |
| 10925 | IACOPONI, LYNN, 249 CHESTNUT ST, NEW BEDFORD, MA 02740 | |
| 10925 | IADR, PO BOX 64245, BALTIMORE, MD 21264-4245 | |
| 10924 | IAFOLLA JOHN CO INC, PEVERLY HILL RD, PORTSMOUTH, NH 03801 | |
| 10924 | IAFOLLA JOHN CO., INC., PEVERLY HILL RD., PORTSMOUTH, NH 03801 | |
| 10925 | IAG FEDERAL CREDIT UNION, ATTN: PAYROLL SERVICE DEPT, WALTHAM, MA 02154-1729 | |
| 10924 | IAI INTERNATIONAL INC., 50 W. 23RD STREET, NEW YORK, NY 10010 | |
| 10924 | IAI INTERNATIONAL INC., NEW YORK, NY 10010 | |
| 10925 | IAMELE, ANTON, 7225 TALLPINE WAY, CLARKSVILLE, MD 21029 | |
| 10925 | IAML, 610 NEWPORT CENTER DR., SUITE 1060, NEWPORT BEACH, CA 92660 | |
| 10925 | IAN COMMUNICATIONS GROUP INC, 13 RAY AVE, BURLINGTON, MA 01803 | |
| 10925 | IANDOLI, JAMES, 83 PINE HILL ROAD, BEDFORD, MA 01730 | |
| 10925 | IANDOLI, MARY, 24 CONCORD GREEN ST, CONCORD, MA 01742 | |
| 10925 | IANDOLI, MARY, 83 PINE HILL RD, BEDFORD, MA 01730 | |
| 10925 | IANNACCI, PATRICIA, 15 GEORGE AVE, WOBURN, MA 01801 | |
| 10925 | IANNARELLI, BERNARD, 99 WALTHAM ST, MAYNARD, MA 01754 | |
| 10925 | IANNARONE, STEPHEN, 10161 W. CHESTNUT, 6, FRANKLIN PARK, IL 60131 | |
| 10925 | IANNETTI, EILEEN, 79 CROSS ST, READING, MA 01867 | |
| 10925 | IANNUCELLI, PATRICIA, 13 BEACON ST, CONGERS, NY 10920 | |
| 10925 | IAPPINI, JOHN, 12 DANE ST, JAMAICA PLN, MA 02130 | |
| 10925 | IAPPINI, JOHN, 9 POCASSET ST MARAVISTA, FALMOUTH, MA 02536 | |
| 10925 | IAROVSKAIA, ETERI, 2241 W. NICHOLS RD, ARLINGTON HTS, IL 60004 | |
| 10925 | IAVARONE, DEBORAH, 38 ELIOT AVE, NORTH PROVIDENCE, RI 02904 | |
| 10925 | IBAC, 22820 IH-45 NORTH, STE 2 H-M, SPRING, TX 77373 | |
| 10924 | IBAH, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | IBAH, 625 ALLANDALE ROAD, NORRISTOWN, PA 19401 | |
| 10925 | IBANEZ, ALICIA A, 166 SUMMIT AVE AP307, JERSEY CITY NJ, NJ 07304 | |
| 10925 | IBANEZ, ALICIA, 5 RUTHERFORD COURT, MIDDLESEX, NJ 08846 | |
| 10925 | IBANEZ, MARIE, 359 BRADLEY AVE, NORTHVALE, NJ 07647 | |
| 10925 | IBARRA, DOMINIC, 705 CREEKVIEW DRIVE, GREENVILLE, SC 29607 | |
| 10925 | IBARRA, JOHNNY, 22268 N OLD RAND ROAD, LAKE ZURICH, IL 60047 | |
| 10925 | IBARRA-LOPEZ, ROSA, 186 CAPRICORD DR, 7, SOMERVILLE, NJ 08876 | |
| 10925 | IBC ADVANCED TECHNOLOGIES, 856 EAST UTAH VALLEY DRIVE, AMERICAN FORK, UT 84003 | |
| 10924 | IBCL (INTERNATIONAL BECHTEL CO LTD), COYANCURA 2283, FLR 3, PROVIDENCIA, SANTIAGO, CHL | *VIA Deutsche Post* |
| 10924 | IBCL (INTERNATIONAL BECHTEL CO LTD), EDIFICIO PLAZA BANCOMER, CALLE 50, APARTADO 6305, PANAMA 5, PANAMA | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   IBE, P. CHARLEMAG, 34 WISSE ST, LODI, NJ 07644

10925   IBEREL, 201 MORELAND ROAD, HAUPPAUGE, NY 11788

10925   IBERIA LANGUAGE SERVICES,INC, PO BOX 1163, CYPRESS, CA 90630

10925   IBFD PUBLICATION BV, 24 HUDSON ST, KINDERHOOK, NY 12106

10925   IBFD PUBLICATIONS USA, INC, 4 MAPLE LANE, VALATIE, NY 12184

10925   IBISON, THOMAS, 5 THUNDERBIRD, CANYON, TX 79015

10925   IBL SEMINARS, PO BOX 3488 - CSU LA, SANTA MONICA, CA 90408

10924   IBM   (CODINA CONSTRUCTION), 901 PENINSULA CORPORATE CIRCLE, BOCA RATON, FL 33487

10925   IBM - BUILDING 23, 6300 DIAGONAL HIGHWAY, BOULDER, CO 80301

10924   IBM ARMONK, 17 OLD POST RD, ARMONK, NY 10504

10924   IBM BUILDING 203, 3605 HSY 52 N, ROCHESTER, MN 55901

10925   IBM CANADA LTD, 23 AIRPORT BLVD, BROMONT, QC J0E 1L0CANADA          *VIA Deutsche Post*

10925   IBM CORP, 1701 NORTH ST, ENDICOTT, NY 13760

10925   IBM CORP, ATTN ACCTS PAYABLE, ENDICOTT, NY 13761

10925   IBM CORP. - VS3, PO BOX 841593, DALLAS, TX 75284-1593

10925   IBM CORP., 100 E. PRATT ST., BALTIMORE, MD 21202

10925   IBM CORP., 1177 BELTLINE RD., COPPELL, TX 75019

10925   IBM CORP., 2210 EASTEX FWY., BEAUMONT, TX 77703-4929

10925   IBM CORP., PO BOX 7247-0276, PHILADELPHIA, PA 19170

10925   IBM CORP., PO BOX 7247-0276, PHILADELPHIA, PA 19170-0276

10924   IBM CORP/FLETCHER, PO #, ENDICOTT, NY 13760

10925   IBM CORPORATION - WBW, POBOX 7247-0298 BO WBW, PHILADELPHIA, PA 19170

10924   IBM CORPORATION, 5600 COTTLE ROAD, SAN JOSE, CA 95193

10924   IBM CORPORATION, BLDG. 304 - DOCK 81 OR 82, DURHAM, NC 27709

10924   IBM CORPORATION, CDC BLDG. 95 CLARK & ROBBLE STREET, ENDICOTT, NY 13761

10925   IBM CORPORATION, DEPT 4725 BO 577, PASADENA, CA 91051-4725

10924   IBM CORPORATION, NATIONAL ACCOUNTS PAYABLE SERVICES, ENDICOTT, NY 13761

10925   IBM CORPORATION, PO BOX 105063 B/O 2PE, ATLANTA, GA 30348

10925   IBM CORPORATION, PO BOX 105063, ATLANTA, GA 30348

10925   IBM CORPORATION, PO BOX 7247-0276, PHILADELPHIA, PA 19170-0276

10925   IBM CORPORATION, PO BOX 91222, CHICAGO, IL 60693-1222

10925   IBM DIRECT, 1 CULVER RD., DAYTON, NJ 08810

10925   IBM DIRECT, 7100 HIGHLANDS PKWY, SMYRNA, GA 30082

10925   IBM GLOBAL SERVICES, PO BOX 91222, CHICAGO, IL 60693-9122

10925   IBM PERSONAL COMPUTER COMPANY, PO BOX 101335, ATLANTA, GA 30392-1335

10924   IBM RESEARCH CENTER, RT. 134, YORKTOWN HEIGHTS, NY 10598

10924   IBM RESEARCH CTR., RT. 134, YORKTOWN HEIGHTS, NY 10598

10925   IBM, 5600 COTTLE ROAD, SAN JOSE, CA 95194

10925   IBM, FILE 47250, LOS ANGELES, CA 90074-4725

10925   IBM, KITCHAWAN ROAD, RTE 134, YORKTOWN, NY 10598

10924   IBM, MDC BUILDING, NORTH RODGERS AVENUE, ENDICOTT, NY 13760

10925   IBM, PO BOX 12195, RESEARCH TRIANGLE PARK, NC 27709

10924   IBM, PO BOX 4003, SOUTHBURY, CT 06488

10925   IBM, PO BOX 7247-0298 BO WBW, PHILADELPHIA, PA 19170-0298

10924   IBM, PO BOX 900, HOPEWELL JUNCTION, NY 12533

10925   IBM, PO BOX 9001, ENDICOTT, NY 13761-9999

10924   IBM, PO BOX 9452, NEW HAVEN, CT 06534

10925   IBM, PO BOX 98880, CHICAGO, IL 60693

10924   IBM, RT. 52, BLDG. 304, HOPEWELL JUNCTION, NY 12533

10925   IBM-VENDOR ACCOUNTING, PO BOX 8098, ENDICOTT, NY 13761

10924   IBP EQUIPMENT, 1001 DEXTER STREET, PRESCOTT, WI 54021

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   IBP/PHOENIX DIRECT, 4301 N. FEDERAL HWY., SUITE 200, FORT LAUDERDALE, FL 33308-5209

10925   IBRAHIM BAGCI CUST JANELLE, S BAGCI UNDER CALIFORNIA UNIFORM, TRANSFERS TO MINORS ACT CT, 20658 LAUREL LOCK, KATY, TX 77450-4914

10925   IBRAHIM, AHMED, 110 GLENWOOD AVE, JERSEY CITY, NJ 07306

10925   IBRAHIM, MAHER, 6605 13TH AVE , #3, BROOKLYN, NY 11219

10925   IBT, 6714 E. 47TH AVE., DENVER, CO 80216

10925   IBT, INC, PO BOX 419063, KANSAS CITY, MO 64141-6063

10925   IC INDUSTRIAL CONSTRUCTION INC., 2929 SOUTH 18TH AVE, BROADVIEW, IL 60153

10925   ICAG, 900 SPRING ST, SILVER SPRING, MD 20910

10925   ICAN INC, 135 BROTHERS ROAD, EASLEY, SC 29640

10925   ICARUS CORPORATION, 11300 ROCKVILLE PIKE, ROCKVILLE, MD 20852

10925   ICAST CORPORATION, CHIEF FINANCIAL OFFICER, 78 DRAGON COURT, WOBURN, MA 01888

10925   ICAST, 78 DRAGON COURT, WOBURN, MA 01801

10925   ICBO EVALUATION SERVICE INC, 5360 WORKMAN MILL ROAD, WHITTIER, CA 90601-2298

10925   ICBO, POBOX 413107, KANSAS CITY, MO 64141-3107

10924   ICC - PHASE II, 1201 CONSTITUTION AVENUE, WASHINGTON, DC 20004

10925   ICC PUBLISHING CORP, 156 FIFTH AVE SUITE 820, NEW YORK, NY 10010

10925   ICDD, 12 CAMPUS BLVD, NEWTOWN SQUARE, PA 19073-3273

10924   ICE ARENA, 1100 ROCKFORD ROAD, CEDAR RAPIDS, IA 52404

10925   ICE MAKERS SALES, LEASING, 720 LEITCHFIELD ROAD, OWENSBORO, KY 42303

10925   ICEMAKERS, INC, 909 CREEKSIDE ROAD, CHATTANOOGA, TN 37406

10925   ICF KAISER INTL INC, 9300 LEE HWY, FAIRFAX, VA 22031-1207

10925   ICF KAISER, 1850 K ST NW SUITE 1000, WASHINGTON, DC 20006-2213

10925   ICF KAISER, POBOX 80351, BALTIMORE, MD 21280

10924   ICG BOSTON SWITCH FACILITY, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY AVE. BLDG #3, NORWOOD, MA 02062

10924   ICG/HOLLISTON MILLS, HIGHWAY 11 WEST, CHURCH HILL, TN 37642

10924   ICG/HOLLISTON MILLS, PO BOX 478, KINGSPORT, TN 37662

10924   I-CHEM, 2 BOULDER CIRCLE #8, NEW CASTLE, DE 19720

10925   ICHIBAN CHEMICAL CO, INC, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925   ICHIMURA, EARL, 689 NOWEO PLACE, WAILUKU, MAUI, HI 96793

10924   ICI - C/O CAST, SHED 77, SCHILLER PARK, IL 99999

10925   ICI AMERICA INC, MURPHY ROAD & CONCOND PIKE, PHARMACEUTICALS LABS, WILMINGTON, DE 19897

10924   ICI AMERICA INC., 1017 FOURTHSTREET, PHILADELPHIA, PA 19113

10924   ICI AMERICAS CHEMICAL, CHERRY LANE, NEW CASTLE, DE 19720

10925   ICI AMERICAS INC (IMPERIAL CHEMICAL, SAMUEL E MALOVRH VP-SAFETY HLTH &, 10 FINDERNE AVE, BRIDGEWATER, NJ 08807

10924   ICI AMERICAS INC. C/O STANDARD INS., US LELINAR EXPANSION, FAYETTEVILLE, NC 28301

10924   ICI AMERICAS INC., 229 E. 22ND STREET, BAYONNE, NJ 07002

10925   ICI AMERICAS INC., 3078 COUNTY ROAD 180, CARTHAGE, MO 64836-7493

10925   ICI AMERICAS INC., FOURTEEN LISA ROAD, SINKING SPRINGS, PA 19608

10924   ICI AMERICAS INC., PO BOX 751, WILMINGTON, DE 19897

10925   ICI AMERICAS INC/UNIQEMA, POBOX 751835, CHARLOTTE, NC 28275

10924   ICI AMERICAS, 5757 UNDERWOOD ROAD, PASADENA, TX 77507

10924   ICI AMERICAS, ATTN: DAVID CARPENTER, 14822 HOOPER ROAD, PASADENA, TX 77507

10925   ICI AMERICAS, INC, BLDG 10, 3RD FL, 10 FINDERNE AVE., BRIDGEWATER, NJ 08807

10925   ICI AMERICAS, INC, BUILDING 10, 3RD FLOOR, 10 FINDERNE AVE., BRIDGEWATER, NJ 08807

10925   ICI AMERICAS, INC, FOC1E, WILMINGTON, DE 19897

10924   ICI AMERICAS, INC., PO BOX 231, NEW CASTLE, DE 19720

10924   ICI AMERICAS, RIVER ROAD, SAINT GABRIEL, LA 70776

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | ICI CHEMICALS & POLYMERS LTD., P. O. BOX NO. 90, WILTON  MIDDLESBROUGH, CLEVELAND, TS90 8JEGBR | *VIA Deutsche Post* |
| 10925 | ICI DULUX PAINT CENTERS, POBOX 100145, PASADENA, CA 91189-0145 | |
| 10924 | ICI DULUX PAINTS #137, 6100 S GARFIELD AVE, COMMERCE, CA 90040 | |
| 10925 | ICI EXPLOSIVES USA INC, 3078 COUNTY ROAD 180, CARTHAGE, MO 64836-7493 | |
| 10925 | ICI EXPLOSIVES USA INC, MR DONALD J PAWLOWSKI ENV MANAGER, FOURTEEN LISA ROAD, SINKING SPRING, PA 19608 | |
| 10925 | ICI EXPLOSIVES USA INC., 14 LISA ROAD, SINKING SPRING, PA 19608 | |
| 10924 | ICI FILMS, DISCOVERYDRIVE, HOPEWELL, VA 23860 | |
| 10924 | ICI FILMS, PO BOX 411, HOPEWELL, VA 23860 | |
| 10924 | ICI INDIA LTD., PO BOX 267, UTTAR PRADESH, 999999INDIA | *VIA Deutsche Post* |
| 10924 | ICI JAPAN LIMITED, KYODA BLDG., TOKYO  101 JAPAN, 0JPN | *VIA Deutsche Post* |
| 10925 | ICI PAINT CANADA INC., 165, RUE VICTORIA, VALLEYFIELD, CANADA, QC J6T 1A5CANADA | *VIA Deutsche Post* |
| 10925 | ICI PAINTS, 2225 E. 23RD ST, CHATTANOOGA, TN 37407 | |
| 10925 | ICI PAINTS, PO BOX 100336, ATLANTA, GA 30384 | |
| 10925 | ICI PAINTS, PO BOX 905066, CHARLOTTE, NC 28290-5066 | |
| 10924 | ICI POLYESTER, P.O. BOX 90, WILTON  MIDDLESBROUGH, CLEVELAND, TS90 8JEGBR | *VIA Deutsche Post* |
| 10924 | ICI SYNETIX, WEST BRADFORD ROAD, CLITHEROE, 99999GBR | *VIA Deutsche Post* |
| 10925 | ICKE CONSTRUCTION CO INC, GEORGE W ICKE JOHN ICKE, 2524 RIMROCK RD PO BOX 259626, MADISON, WI 53713 | |
| 10925 | ICKERT, SHARON, 3329 MAGNOLIA HILL DRIVE #1305, CHARLOTTE, NC 28205 | |
| 10925 | ICKES, DEBORAH R, 4160 BOULDER RIDGE DR, ATLANTA, GA 30336 | |
| 10925 | ICKES, DEBORAH, 4534 E PAULDING DR, DALLAS, GA 30132 | |
| 10925 | ICM CONFERENCES INC, 303 EAST WACKER DRIVE, CHICAGO, IL 60601 | |
| 10925 | ICM CORPORATION, 6333 DAEDALUS DR, CICERO, NY 13039 | |
| 10925 | ICM CORPORATION, PO BOX 2819, SYRACUSE, NY 13220 | |
| 10925 | ICM EQUIPMENT CO, PO BOX 271427, SALT LAKE CITY, UT 84127-1427 | |
| 10925 | ICM EQUIPMENT COMPANY, PO BOX 701200, SALT LAKE CITY, UT 84170-1200 | |
| 10925 | ICM EQUIPMENT COMPANY, POBOX 271427, SALT LAKE CITY, UT 84127-1427 | |
| 10925 | ICMA, 1206 COVENTRY LANE, DUNCANVILLE, TX 75137 | |
| 10924 | ICN BIOMEDICAL, 1263 SOUTH CHILLICOTHE ROAD, AURORA, OH 44202 | |
| 10925 | ICN DOSIMETRY SER., PO BOX 20889, FOUNTAIN VALLEY, CA 92728-0889 | |
| 10925 | ICN DOSIMETRY SERVICE, 3300 HYLAND AVE, COSTA MESA, CA 92626 | |
| 10924 | ICON / SPRAYCRAFT, RIVERPOINT JOB, JEFFERSONVILLE, IN 47129 | |
| 10925 | ICON CONSULTING, 5000 BIRCH ST, NEWPORT BEACH, CA 92660 | |
| 10925 | ICON CORPORATION, PO BOX 639, WILBRAHAM, MA 01095 | |
| 10925 | ICON SERVICES, 19 OX BOW LANE, SUMMIT, NJ 07901 | |
| 10925 | ICPI, 1323 SHEPARD DR SUITE D, STERLING, VA 20164 | |
| 10925 | ICPI, 1444 I ST NW SUITE 700, WASHINGTON, DC 20005-2210 | |
| 10925 | ICPI, POBOX 1142, STERLING, VA 20167 | |
| 10925 | ICRI, 3166 S RIVER RD STE 132, DES PLAINES, IL 60018-4260 | |
| 10925 | ICS ADVENT, PO BOX 414300, BOSTON, MA 02241-4300 | |
| 10924 | ICS DELAWARE, 196 QUIGLEY BLVD., NEW CASTLE, DE 19720-4104 | |
| 10924 | ICS, 2141 S 59TH STREET, SAINT LOUIS, MO 63110 | |
| 10924 | ICW, EF BRADY, SAN DIEGO, CA 92101 | |
| 10925 | ID GRAPHICS GROUP, PO BOX 506, RANDOLPH, MA 02368 | |
| 10925 | IDA B CMOLIK TR, 02 15 96, IDA B CMOLIK LIVING TRUSTE, 4403 SHERATON DR, PARMA, OH 44134-2841 | |
| 10925 | IDA BELLEZZA, BOX 1206, GILROY, CA 95021-1206 | |
| 10925 | IDA BODINE, 222 E 17TH ST, BROOKLYN, NY 11226-4672 | |
| 10925 | IDA E ROSENTHAL, PO BOX 772, CARTHAGE, MO 64836-0772 | |
| 10925 | IDA GIFFIS, 278 PALM DR, ARCADIA, CA 91007-8237 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   IDA GUZELMAN, 68 GRANT AVE., SOMERVILLE, NJ 08876

10925   IDA K MILLER, 21671 NICHOLAS AVE, EUCLID, OH 44123-3065

10925   IDA N LANDIS, C/O IDA L NEWMAN, 32086 AUBURN DR, BIRMINGHAM, MI 48025-4229

10925   IDA P CAMNER TR UA OCT 27 93, IDA P CAMNER TRUST, 10440 SW 76TH ST, MIAMI, FL 33173-2903

10925   IDA PEREZ, 198 DOVER RD, MANHASSET, NY 11030-3710

10925   IDAHO ATTY GENERAL, ATTN: ALAN G LANCE, STATEHOUSE, BOISE, ID 83720

10925   IDAHO CHILD SUPPORT RECEIPTING, PO BOX 70008, BOISE, ID 83707-0108

10925   IDAHO CONCRETE & AGGREGATE, POBOX 6213, BOISE, ID 83702

10925   IDAHO DEPT OF ENVIR QUALITY, 1410 NORTH HILTON ST, BOISE, ID 83706

10925   IDAHO DPET OF ENVIR QUALITY, 1410 N HILTON ST, BOISE, ID 83706

10925   IDAHO STATE TAX COMMISSION, BOISE, ID 83722

10924   IDC CORPORATION, 11-40 BORDEN AVENU, LONG ISLAND CITY, NY 11101

10924   IDC CORPORATION, 11-40 BORDEN AVENUE, LONG ISLAND CITY, NY 11101

10924   IDC CORPORATION, 2301 GEORGIA & PENNSYLVANIA AVE., ATLANTIC CITY, NJ 08401

10924   IDC CORPORATION, 42 MILEED WAY, AVENEL, NJ 07001

10925   IDDINGS TRUCKING, INC, PO BOX 388, LOWELL, OH 45744

10925   IDDINS, LAWRENCE A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   IDDINS, LAWRENCE, 2 MEMORY LANE, NORTH READING, MA 01864

10925   IDE, LESLIE, SUNSET TOWERS 11 SUNSET DR #402, 306, SARASOTA, FL 34236

10925   IDE, NORMA, 1004 BARKER ST, BRISTOL, TN 37620

10925   IDEA ART, PO BOX 291505, NASHVILLE, TN 37229-1505

10925   IDEAL / SUPREME COFFEE SERVICE, 6120 N. PULASKI, CHICAGO, IL 60646

10924   IDEAL ALUMINUM, 100 WEST 7TH STREET, BAYONNE, NJ 07002

10924   IDEAL ALUMINUM, 99 LINNET STREET, BAYONNE, NJ 07002

10924   IDEAL CHEMICAL & SUPPLY, 4025 AIR PARK, MEMPHIS, TN 38118

10924   IDEAL CHEMICAL & SUPPLY, PO BOX 18698, MEMPHIS, TN 38181-0698

10925   IDEAL CONCRETE BLOCK CO, 232 LEXINGTON ST, WALTHAM, MA 02154

10924   IDEAL CONCRETE BLOCK, 55 POWERS RD., WESTFORD, MA 01886

10924   IDEAL CONCRETE BLOCKS, PO BOX747, WESTFORD, MA 01886

10924   IDEAL CONCRETE PRODUCTS, 3810 HWY 61, BURLINGTON, IA 52601

10924   IDEAL CONCRETE PRODUCTS, 624 EASTERN AVENUE, SOUTH BELOIT, IL 61080

10925   IDEAL ELECTRIC & MFG, 330 E FIRST ST, MANSFIELD, OH 44903

10924   IDEAL ELECTRIC SUPPLY CORP., 2900 V. STREET N.E., WASHINGTON, DC 20018

10924   IDEAL ELECTRICAL SUPPLY, 211 KISCO AVENUE, MOUNT KISCO, NY 10549

10924   IDEAL ELECTRICAL SUPPLY, 2900 V ST. NE, WASHINGTON, DC 20018

10924   IDEAL ENGINEERING, INC., 2105 SOUTH LYON STREET, SANTA ANA, CA 92705

10925   IDEAL INDUSTRIAL PRODUCTS, POBOX 1460, SOUTHAMPTON, PA 18966

10925   IDEAL INSTRUMENT CO INC, R 863 WASHINGTON ST, CANTON, MA 02021

10925   IDEAL INSTRUMENT CO, R-863 WASHINGTON ST, CANTON, MA 02021

10924   IDEAL READY MIX CO., INC., 620 FIRST STREET, WELLMAN, IA 52356

10924   IDEAL READY MIX CO., INC., KALONA, IA 52247

10924   IDEAL READY MIX COMPANY, 2901 NORTH COURT STREET, OTTUMWA, IA 52501

10924   IDEAL READY MIX CONCRETE CO, 209 CARBIDE LANE, ELVASTON, IL 62334

10924   IDEAL READY MIX CONCRETE CO, 209 CARBIDE LANE, KEOKUK, IA 52632

10924   IDEAL READY MIX CONCRETE CO, KAHOKA, MO 63445

10924   IDEAL READY MIX CONCRETE CO, P.O. BOX 27, CANTON, MO 63435

10924   IDEAL READY MIX CONCRETE CO, P.O. BOX 416, WEST BURLINGTON, IA 52655

10924   IDEAL READY MIX CONCRETE COMPANY, BOX 416, WEST BURLINGTON, IA 52655

10924   IDEAL READY MIX, 280 E BROADWAY, ROSEVILLE, IL 61473

10924   IDEAL READY MIX, 280 E. BROADWAY, ROSEVILLE, IL 61473

10925   IDEAL READY MIX, 3902 MT. PLEASANT, WEST BURLINGTON, IA 52655

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    IDEAL READY MIX, 807 WEST HENRY, MOUNT PLEASANT, IA 52641

10924    IDEAL READY MIX, OFF ROUTE 94 ON NORTH SIDE OF TOWN, STRONGHURST, IL 61480

10924    IDEAL SYSTEMS INC., 9552 LAKE DRIVE, FOREST LAKE, MN 55025

10924    IDEAL SYSTEMS, 9252 LAKE DRIVE, FOREST LAKE, MN 55025

10924    IDEAL SYSTEMS, C/O GLAMOS WIRE PRODUCTS, HUGO, MN 55038

10925    IDEAS, INC, 625 S. MAIN ST., LOMBARD, IL 60148

10924    IDEKER CONSTRUCTION, 1201 HWY 59 NORTH, MOUND CITY, MO 64470

10924    IDEKER CONSTRUCTION, 61ST & PROSPECT, KANSAS CITY, MO 64100

10924    IDEKER CONSTRUCTION, E. 21ST STREET, TOPEKA, KS 66608

10924    IDEKER CONSTRUCTION, P. O. BOX 7140, SAINT JOSEPH, MO 64507

10924    IDEKER CONSTRUCTION, PORTABLE PLANT, FORT SCOTT, KS 66701

10924    IDEKER INC., PO BOX7140, SAINT JOSEPH, MO 64507

10925    IDELL, WESLEY, 102 W RUBY, IOWA PARK, TX 76367

10925    IDENTICARD SYSTEMS INC., PO BOX 5349, LANCASTER, PA 17606-5349

10925    IDENTIFICATION RESOURCES, PO BOX 5812, BOSTON, MA 02206-5812

10925    IDENTITYNOW.COM, PO BOX 214951, KANSAS CITY, MO 64141-4951

10924    IDI DISTRIBUTORS INC, 660 CHURCH RD., ELGIN, IL 60123

10924    IDI DISTRIBUTORS INC, 766 EQUITABE DRIVE, SUITE 201, EDEN PRAIRIE, MN 55344

10925    IDIAS INC, 333 FAIRFIELD ROAD, FAIRFIELD, NJ 07004

10925    IDLEBURGH, SAMUEL, 3893 N 4TH ST, MILWAUKEE, WI 53212

10925    IDLEDALE WATER AND SANITATION DISTR, ATTY AT LAW, 8155 S GLENCOE CT, LITTLETON, CO 80122

10925    IDM CONTROLS, INC, 11637 CEDAR PARK AVE., BATON ROUGE, LA 70809

10925    IDM CONTROLS, INC, PO BOX 201756, HOUSTON, TX 77216-1756

10924    IDM ENTERPRISES INC. WAREHOUSE, 60 AUTWATER LANE, GARFIELD, NJ 07026

10924    IDM ENTERPRISES INC., 60 AUTWATER LANE, GARFIELD, NJ 07026

10925    IDOL, RONALD, 4 MALLARD COURT, AMHERST, NY 14228-1022

10925    IDROVO, CARLOS, 138 OVERLOOK AVE, BELLEVILLE, NJ 07109

10925    IDS BLAST FINISHING, 6321 E 30TH ST, INDIANAPOLIS, IN 46219

10924    IDS BUILDING, 80 SOUTH 8TH STREET, MINNEAPOLIS, MN 55402

10925    IDS PROF SCHEER, INC, BRANDYWINE 2 BLDG, SUITE 307, CHADDS FORD, PA 19317

10925    IDS PROF SCHEER, INC, BRANDYWINE 5 BLDG, #350, CHADDS FORD, PA 19317

10925    IDS PROF SCHEER, INC, SUITE 307, CHADDS FORD BUSINESS CAMPUS, CHADDS FORD, PA 19317

10925    IDS SCHEER, INC, 1205 WESTLAKES DR.STE 270, BERWYN, PA 19312

10924    IDT, 3131 NE BROOKWOOD PARKWAY, ALOHA, OR 97005

10924    IDX COMPANY, SHELBURN ROAD (RT. 7), SOUTH BURLINGTON, VT 05403

10925    IEA - AN AQUARION CO, 149 RANGEWAY ROAD, NORTH BILLERICA, MA 01862

10925    IEDA HWL TRUST, DEPT 05650, SAN FRANCISCO, CA 94139-0001

10925    IEDA HWL TRUST, PO BOX 8824, EMERYVILLE, CA 94662

10925    IEG TECHNOLOGIES CORP, PO BOX 6190, MOORESVILLE, NC 28115

10925    IELAPI, ANGELINE M, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3521

10925    IELAPI, ANGELINE, 10149 43RD DR S, BOYNTON BEACH, FL 33436

10925    IERARDI, LUCA, 142 SPRINGVIEW DR, LYNN, MA 01904-2034

10925    IERVOLINE JR, FRANK, 715 HILLCREST AVE, NEW CASTLE, PA 16105

10925    IES/WESCO BIRMINGHAM, LOCK BOX 740995, ATLANTA, GA 30374-0995

10925    IESCO INC, 5235 B WEST 65 ST, BEDFORD PARK, IL 60638

10925    IESCO INC., 5235 B WEST 65TH ST, BEDFORD PARK, IL 60638

10925    IESCO, INC 5235 B, W. 65TH ST., BEDFORD PARK, IL 60638

10925    IEYOUB, RICHARD, DEPT OF JUSTICE, PO BOX 94095, BATON ROUGE, LA 70804-4095

10925    IFA (USA BRANCH), 2604 ELMWOOD AVE #347, ROCHESTER, NY 14618-2295

10925    IFCO ICS-GA INC, 2443-A NORTH EXPRESSWAY, GRIFFIN, GA 30223

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | IFCO ICS-GA, INC, PO BOX 278, ZELLWOOD, FL 32798 | |
| 10925 | IFCO INDUSTRIAL CONT SYSTEMS, 4336 HANSEN SW, GRAND RAPIDS, MI 49548 | |
| 10925 | IFCO INDUSTRIAL CONTAINER SYSTEMS, | |
| 10925 | IFCO INDUSTRIAL CONTAINER SYSTEMS, FORMERLY IFCO, 38125 EAGLE WAY, CHICAGO, IL 60678-1381 | |
| 10925 | IFCO SYSTEMS, 4336 HANSEN SW, GRAND RAPIDS, MI 49548 | |
| 10924 | IFFLAND LUMBER CO, 747 SO.MAIN, TORRINGTON, CT 06790 | |
| 10924 | IFFLAND LUMBER CO., OLD RTE 8, TORRINGTON, CT 06790 | |
| 10924 | IFFLAND LUMBER CO., P.O. BOX 477, TORRINGTON, CT 06790 | |
| 10925 | IFM EFECTOR INC, 805 SPRINGDALE DRIVE, EXTON, PA 19341 | |
| 10925 | IFM EFECTOR INC, 805 SPRINGDALE DRIVE, PHILADELPHIA, PA 19171-0302 | |
| 10925 | IFP NORTH AMERICA, 650 COLLEGE RD. E., STE 1200, PRINCETON, NJ 08540 | |
| 10925 | IFR PUBLISHING, 1 STATE ST PLAZA 25TH FL, NEW YORK, NY 10004 | |
| 10925 | IGCC, PO BOX 9, HENDERSON HARBOR, NY 13651 | |
| 10925 | IGEN INTERNATIONAL INC., 16020 INDUSTRIAL DRIVE, GAITHERSBURG, MD 20877 | |
| 10925 | IGGENS, ANDREW, 3690 S. BRENTWOOD ROAD, NEW BERLIN, WI 53151 | |
| 10925 | IGL GLOBAL LOGISTICS, INC, PO BOX 166, HANOVER, MD 21076 | |
| 10925 | IGLESIAS, HALEEMAH, 1200 N JULIA ST, HUNTSVILLE, AL 35816 | |
| 10925 | IGLESIAS, L, 6319 N WILLARD AVE, SAN GABRIEL, CA 91775 | |
| 10925 | IGLESIAS, RUBY, 1413 N 3RD ST., LAMESA, TX 79331 | |
| 10925 | IGMAC, 27 GOULBURN AVE., OTTAWA, ON K1N 8C7CANADA | *VIA Deutsche Post* |
| 10925 | IGMAC, 27 GOULBURN AVE., OTTAWA, QC K1N 8C7CANADA | *VIA Deutsche Post* |
| 10925 | IGMAC, PO BOX 1681, BRANTFORD, ON N3T 5V7CANADA | *VIA Deutsche Post* |
| 10925 | IGNACIO, ANALUZ, 1705 5TH ST. #C, ALAMEDA, CA 94501 | |
| 10925 | IGNACIO, CLEMENTE M, 4148 PINELAKE LANE, TAMPA, FL 33624 | |
| 10925 | IGNACIO, LOURDES, 2440 N SEABRIGHT, LONG BEACH, CA 90810 | |
| 10925 | IGNACIO, RICARDO, 117 THOMAS ST, BLOOMFIELD, NJ 07003 | |
| 10925 | IGNATIUS BATTIATO, 6051 W. 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | IGNATOWSKI, CHERYL, 1062 WESTBURY CT, TRACY, CA 95376 | |
| 10925 | IGNATZ HRICAY &, MINNIE HRICAY JT TEN, 33 ROOSEVELT AVE, LAKE HIAWATHA, NJ 07034-2120 | |
| 10925 | IGNATZ HRICAY, 2575 SEDGEWICK AVE, BRONX, NY 10468-3810 | |
| 10924 | IGNI FEU, 680, BOUL, CURE-LABELLE, QUEBEC, QC H7V 2T9TORONTO | *VIA Deutsche Post* |
| 10925 | IGOE, MARK, 2621 N. 73RD COURT, ELMWOOD PARK, IL 60707 | |
| 10925 | IGOR UMANSKY &, MILDRED UMANSKY JT TEN, 21 CANISTEAR RD, STOCKHOLM, NJ 07460 | |
| 10925 | IGOR UMANSKY, 21 CANISTEAR RD, STOCKHOLM, NJ 07460 | |
| 10925 | IGUARAN, MICHAEL, 409 GORMAN AVE, LAUREL, MD 20707 | |
| 10925 | IGUS INC, POBOX 14349, EAST PROVIDENCE, RI 02914 | |
| 10925 | IGUS, CHALECE, 233 PROSPECT ST., EAST ORANGE, NJ 07017 | |
| 10925 | IHC HEALTH CENTER PHARMACY, 2075 NORTH 1200 WEST, LAYTON, UT 84041 | |
| 10925 | IHC WORKMED - LAYTON, 1992 W 2000 N STE 2B, LAYTON, UT 84041 | |
| 10925 | IHC WORKMED - OGDEN, 1355 W 3400 S, OGDEN, UT 84401 | |
| 10925 | IHC WORKMED, 331 NORTH 400 WEST, OREM, UT 84057 | |
| 10925 | IHDE, MOONYEAN, 429 BONNIE LANE, COMBINED LOCKS, WI 54113 | |
| 10925 | IHDE, RICHARD, 512 VALLEY RD., MENASHA, WI 54915 | |
| 10925 | IHI, INC, 30TH FL W.BLDG., 280 PARK AVE., NEW YORK, NY 10017 | |
| 10925 | IHNAT, ESTELLE, 10200 122ND AVE N #3903, LARGO, FL 33773-2128 | |
| 10925 | IHRCKE, ROGER, W172 S7767 LANNON DRIVE, MUSKEGO, WI 53150 | |
| 10925 | IHRIG, ANITA, 3111 STONECLIFF DR., MONROEVILLE, PA 15146 | |
| 10925 | IHS ENVIRONMENTAL INFORMATION INC, 1220 WARD AVE SUITE 200, WEST CHESTER, PA 19380 | |
| 10925 | IHS ENVIRONMENTAL INFORMATION, INC, 1220 WARD AVE., STE. 200, WEST CHESTER, PA 19380 | |
| 10925 | IHS ENVIRONMENTAL INFORMATION, INC, PO BOX 600, EXTON, PA 19341 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | IHS PUBLISHING GROUP COMPLIANCE, PO BOX 940 DEPT 23, LIBERTYVILLE, IL 60048 | |
| 10925 | IIR/CISMAP, 11011 RICHMOND AVE STE 400, HOUSTON, TX 77042 | |
| 10925 | IIYAMA NORTH AMERICA, ONE IVYBROOK BLVD., IVYLAND, PA 18974 | |
| 10924 | IKEA, 1800 E. MCCONNOR PARKWAY, SCHAUMBURG, IL 60194 | |
| 10924 | IKEDA AUDITORIUM, RAYMOND INTERIORS, SAN FRANCISCO, CA 94101 | |
| 10925 | IKEY, COLLIS, 705 W MANES, IOWA PARK, TX 76367 | |
| 10925 | IKG INDUSTRIES, PO BOX 479, NASHVILLE, TN 37202 | |
| 10925 | IKI MANUFACTURING CO. INC., 107 MAPLE COURT, EDGERTON, WI 53534 | |
| 10925 | IKNER, EDWARD, 302 GREGG ST, ARCHDALE, NC 27263-3304 | |
| 10925 | IKO PRODUCTION INC, 120 HAY ROAD, WILMINGTON, DE 19809 | |
| 10925 | IKON CAPITAL, PO BOX 9115, MACON, GA 31208-9115 | |
| 10925 | IKON CAPITAL, POBOX 9115, MACON, GA 31208-9115 | |
| 10925 | IKON DOCUMENT SERVICES #11501, DEPT 96-0075, OKLAHOMA CITY, OK 73196-0075 | |
| 10925 | IKON DOCUMENT SERVICES, 324 DATURA ST SUITE 101, WEST PALM BEACH, FL 33401 | |
| 10925 | IKON DOCUMENT SERVICES, DEPT #210865, MIAMI, FL 33121-0865 | |
| 10925 | IKON DOCUMENT SERVICES, DEPT 522, DENVER, CO 80291-0522 | |
| 10925 | IKON DOCUMENT SERVICES, PO BOX 281257, ATLANTA, GA 30384-1257 | |
| 10925 | IKON DOCUMENT SERVICES, PO BOX 5-0484, WOBURN, MA 01815 | |
| 10925 | IKON DOCUMENT SERVICES, POBOX 94250, TULSA, OK 74194 | |
| 10925 | IKON DOCUMENT SOLUTIONS, PO BOX 911830, DALLAS, TX 75391-1830 | |
| 10925 | IKON OFFICE SOLUTIONS, 1700 E.PRIEN LAKE RD.,SUITE 8, LAKE CHARLES, LA 70601 | |
| 10925 | IKON OFFICE SOLUTIONS, 21588 NETWORK PLACE, CHICAGO, IL 60673-1215 | |
| 10925 | IKON OFFICE SOLUTIONS, 21706 NETWORK PLACE, CHICAGO, IL 60673-1217 | |
| 10925 | IKON OFFICE SOLUTIONS, 30680 HUNTWOOD AVE, HAYWARD, CA 94544 | |
| 10925 | IKON OFFICE SOLUTIONS, 7138 WINDSOR BLVD., BALTIMORE, MD 21244 | |
| 10925 | IKON OFFICE SOLUTIONS, 80 MONROE, STE 400, MEMPHIS, TN 38103 | |
| 10925 | IKON OFFICE SOLUTIONS, DEPT 522, DENVER, CO 80291-0522 | |
| 10925 | IKON OFFICE SOLUTIONS, FLORIDA DISTRICT, P.O. BOX 532521, ATLANTA, GA 30353-2521 | |
| 10925 | IKON OFFICE SOLUTIONS, GREAT LAKES DISTRICT, 21706 NETWORK PLACE, CHICAGO, IL 60673-1217 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 102693 DRAWER 1000, ATLANTA, GA 30368-2693 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 201926, HOUSTON, TX 77216-1926 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 2153, BIRMINGHAM, AL 35287-3015 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 31306, HARTFORD, CT 06150-1306 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 61000 DEPT. 1568, SAN FRANCISCO, CA 94161-1568 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 620000, ORLANDO, FL 32891-8344 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 650013, DALLAS, TX 75265-0013 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 8500-51470, PHILADELPHIA, PA 19178 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 905672, CHARLOTTE, NC 28290-5672 | |
| 10925 | IKON OFFICE SOLUTIONS, PO BOX 905923, CHARLOTTE, NC 28290-5923 | |
| 10925 | IKON OFFICE SOLUTIONS, POBOX 102693, ATLANTA, GA 30368-2693 | |
| 10925 | IKON OFFICE SOLUTIONS, POBOX 17645, RICHMOND, VA 23226 | |
| 10925 | IKON OFFICE SOLUTIONS, POBOX 30009, TAMPA, FL 33630-3009 | |
| 10925 | IKON OFFICE SOLUTIONS, POBOX 30750, SALT LAKE CITY, UT 84189-0750 | |
| 10925 | IKON OFFICE SOLUTIONS, POBOX 31306, HARTFORD, CT 06150-1306 | |
| 10925 | IKON OFFICE SOLUTIONS, POBOX 620000, ORLANDO, NC 32891-8344 | |
| 10925 | IKON OFFICE SOLUTIONS, POBOX 905201, CHARLOTTE, NC 28290-5201 | |
| 10925 | IKON OFFICE SUPPLY, 5765 PEACHTREE IND BLVD, PEACHTREE CORNERS, GA 30092 | |
| 10925 | IKON WASHINGTON DC, 4900 SEMINARY RD 12TH FL, ALEXANDRIA, VA 22311 | |
| 10925 | IKON/IOS CAPITAL, POBOX 9115, MACON, GA 31208-9115 | |
| 10925 | IL BRONZE PAINT CO IB DISTRIBUTORS, ROBERT ROTHSCHILD, | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   IL BUREAU OF LAND, NPL UNIT, PO BOX 19276, SPRINGFIELD, IL 62794-9276

10925   IL EPA LAND POLLUTION CONTROL DIVIS, ATTN: WAUCONDA SAND & GRAVEL SITE, 2200 CHURCHILL ROAD PO BOX 19276, SPRINGFIELD, IL 62794-9276

10925   IL EPA, THOMAS V SKINNER DIR, 1021 NORTH GRAND AVE E, PO BOX 19276 222EPASTATEILUS, SPRINGFIELD, IL 62794-9276

10925   IL PROCESS EQUIP, INC, PO BOX 390, LISLE, IL 60532

10925   IL. DEPT OF ENVIRONMENT, 30 N. LASALLE ST., 25TH FL., CHICAGO, IL 60602

10925   IL. SAFETY COUNCIL, ONE N. LASALLE ST., CHICAGO, IL 60602

10925   IL. STATE CHAMBER OF COMMERCE, 20 NORTH WACKER DR, CHICAGO, IL 60606

10925   ILA B THOMAS TR UA NOV 3 88, THOMAS TRUST, 10844 SIERRA NEVADA DR, PORT RICKEY, FL 34668-0000

10925   ILAGAN, ALICIA, 1 COLGATE DRIVE, CHERRY HILL, NJ 08034

10925   ILAOA, MICHAEL, 9738 WINFHAM, DALLAS, TX 75243

10924   ILC DATA DEVICES, 105 WILBUR PLACE, BOHEMIA, NY 11716

10925   ILENA, ELENA, 280 STEVENS DR, YPSILANTI, MI 48197

10925   ILENE M SANDS TR, UA 01 26 93, FOR ILENE M SANDS LIVING TRUST, 29109 VAN HORN, NEW BOSTON, MI 48164-9498

10925   ILG, TERESA, 7 WISTERIA WALK, SOMERS POINT, NJ 08244

10925   ILIANA P HAAS, 503 EDGEVALE RD, BALTIMORE, MD 21210-1901

10925   ILINK GLOBAL, 1143 N SEMINARY AVE STE1, WOODSTOCK, IL 60098-2998

10925   ILIOFF, DOUGLAS M, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   ILIOFF, DOUGLAS, 1087 BUCKHORN ROAD, SYKESVILLE, MD 21784

10925   ILLE, HOWARD, 505 CHARLOTTE AVE, BURKBURNETT, TX 76354

10924   ILLES CO., 5615 REDFIELD STREET, DALLAS, TX 75235

10924   ILLES CO., PO BOX 35412, DALLAS, TX 75235

10925   ILLING CO INC, P.O. BOX 080017, MILWAUKEE, WI 53208

10925   ILLING CO INC, POBOX 08101, MILWAUKEE, WI 53208

10924   ILLINI CONCRETE INC., 10 TUCKER DRIVE, CASEYVILLE, IL 62232

10924   ILLINI CONCRETE INC., 1300 "A" STREET, BELLEVILLE, IL 62221

10924   ILLINI CONCRETE INC., 1300 EAST "A" STREET, BELLEVILLE, IL 62221

10924   ILLINI CONCRETE INC., 1501 BELLEVILLE STREET, LEBANON, IL 62254

10924   ILLINI CONCRETE PLANT #2, 1339 BELLEVILLE STREET, LEBANON, IL 62254

10924   ILLINI CONTRACTORS SY, POB 3967, CHAMPAIGN, IL 61826

10924   ILLINI HOSPITAL, 801 HOSPITAL ROAD, SILVIS, IL 61282

10925   ILLINI POWER PRODUCTS, 444 RANDY ROAD, CAROL STREAM, IL 60188

10924   ILLINI READY MIX, 300 N. MCKINLEY ST, ANNA, IL 62906

10924   ILLINI READY MIX, HIGHWAY 127, TAMMS, IL 62988

10924   ILLINI READY MIX, HWY 51 NORTH, DU QUOIN, IL 62832

10924   ILLINI READY MIX, P.O. BOX 130, CARBONDALE, IL 62901

10924   ILLINI READY MIX, ROUTE 37, OLMSTED, IL 62970

10924   ILLINI READY MIX, ROUTE 51 & 37, CAIRO, IL 62914

10924   ILLINI READY MIX, ROUTE 51 NORTH, CARBONDALE, IL 62901

10924   ILLINI READY MIX, WILLIAMS STREET, MURPHYSBORO, IL 62966

10924   ILLINI TECHNOLOGIES INC, 3430 CONSTITUTION DRIVE, SPRINGFIELD, IL 62707

10925   ILLINOIS AGGREGATE EQUIP &, 1019 EAST 143RD ST, PLAINFIELD, IL 60544

10925   ILLINOIS ATTY GENERAL, ATTN: JIM RYAN, JAMES R THOMPSON CENTER, 100 W RANDOLPH ST, CHICAGO, IL 60601

10925   ILLINOIS BLOWER INC, 1288 VALLEY FORGE RD., VALLEY FORGE, PA 19482

10925   ILLINOIS BLOWER, 1288 VALLEY FORGE RD., VALLEY FORGE, PA 19482

10925   ILLINOIS BRICK CO, POBOX 1123, BRIDGEVIEW, IL 60455

10925   ILLINOIS BRICK CO., PO BOX 1123, BRIDGEVIEW, IL 60455

10925   ILLINOIS BUREUA OF LAND, NPL UNIT, PO BOX 19276, SPRINGFIELD, IL 62794-9276

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    ILLINOIS CEMENT CO., 1601 ROCKWELL ROAD, LA SALLE, IL 61301

10925    ILLINOIS CEMENT CO., PO BOX 442, LA SALLE, IL 61301

10924    ILLINOIS CEMENT COMPANY, ATTENTION: ACCOUNTS PAYABLE, LA SALLE, IL 61301

10925    ILLINOIS CENTRAL RAILROAD, POBOX 96597, CHICAGO, IL 60693

10925    ILLINOIS CHEMICAL EDUCATION FOUNDAT, 9801 W. HIGGINS RD., SUITE 515, ROSEMONT, IL 60018

10924    ILLINOIS CONCRETE CO INC, 702 N EDWIN ST, CHAMPAIGN, IL 61820

10924    ILLINOIS CONCRETE CO INC, P O BOX 3096, CHAMPAIGN, IL 61821

10924    ILLINOIS CONCRETE CO, 702 N EDWIN, CHAMPAIGN, IL 61826

10924    ILLINOIS CONCRETE CO, P O BOX 3096, CHAMPAIGN, IL 61826

10925    ILLINOIS CONCRETE COMPANY INC, PO BOX 3096, CHAMPAIGN, IL 61826

10924    ILLINOIS CONCRETE COMPANY INC., PO BOX 3096, CHAMPAIGN, IL 61821

10925    ILLINOIS CONCRETE PRODUCTS, 1480 RENAISSANCE DR., STE. 401, PARK RIDGE, IL 60068

10924    ILLINOIS CONRETE, PO BOX3096, CHAMPAIGN, IL 61826

10925    ILLINOIS CONSTRUCTORS CORP., PO BOX 745, SAINT CHARLES, IL 60174

10925    ILLINOIS DEPT OF AGRICULTURE, POBOX 19281, SPRINGFIELD, IL 62794-9281

10925    ILLINOIS DEPT OF NATURAL RESOURCES, LINCOLN TOWER PLAZA, 524 S SECOND ST, RM 500, SPRINGFIELD, IL 62701

10925    ILLINOIS DEPT OF NATURAL RESOURCES, LINCOLN TOWER, 524 S SECOND ST, ROOM 500, SPRINGFIELD, IL 62701-1787

10925    ILLINOIS DEPT OF PUBLIC AID, PO BOX 19085, SPRINGFIELD, IL 62794-9085

10925    ILLINOIS DEPT OF PUBLIC AID, PO BOX 909, SPRINGFIELD, IL 62705-0909

10925    ILLINOIS DEPT OF REVENUE, PO BOX 64449, CHICAGO, IL 60664

10925    ILLINOIS DEPT OF REVENUE, PO BOX 64449, CHICAGO, IL 60664-0449

10925    ILLINOIS DEPT OF REVENUE, SPRINGFIELD, IL 62794-9031

10925    ILLINOIS DEPT. OF NUCLEAR SAFETY, 1035 OUTER PARK DR., SPRINGFIELD, IL 62704

10924    ILLINOIS DEPT. OF TRANS., BUREAU OF MAT'LS & PHYSICAL RES., 126 E. ASH, SPRINGFIELD, IL 62704

10925    ILLINOIS ENV. PROT. AGENCY, PO BOX 19506, SPRINGFIELD, IL 62794-9506

10925    ILLINOIS ENVIR PROTECTION AGENCY, 1021 N GRAND AVE E, SPRINGFIELD, IL 62706

10925    ILLINOIS EPA, 1021 N GRAND AVE E, SPRINGFIELD, IL 62706

10925    ILLINOIS EPA, ATTN: ERIC RUNKEL, 2200 CHURCHILL ROAD, SPRINGFIELD, IL 62706

10925    ILLINOIS INSULATION, 3636 S. IRON, CHICAGO, IL 60609

10925    ILLINOIS LOCK CO., 301 W. HINTZ RD., WHEELING, IL 60090

10924    ILLINOIS MASONIC HOSPITAL, CPU - TRANSHIELD, 1555 HAWTHORNE LANE, WEST CHICAGO, IL 60186

10925    ILLINOIS POWER, PO BOX 2522, DECATUR, IL 62525-1863

10925    ILLINOIS PROCESS EQUIPMENT INC, PO BOX 390, LISLE, IL 60532

10925    ILLINOIS PROCESS EQUIPMENT, SUITE 154, 890 HIGGINS RD., SCHAUMBURG, IL 60173

10925    ILLINOIS READY MIXED CONCRETE ASSOC, 211 LANDMARK DR SUITE D-5B, NORMAL, IL 61761

10925    ILLINOIS READY MIXED CONCRETE, 31 WEST DOWNER PLACE, AURORA, IL 60506

10925    ILLINOIS ROAD BUILDERS ASSOC, 500 PARK BLVD SUITE 1250, ITASCA, IL 60143

10924    ILLINOIS ROOFERS MART, 100 S. MANNHEIM ROAD, HILLSIDE, IL 60162

10924    ILLINOIS ROOFERS MART, 1250 DAVIS ROAD, ELGIN, IL 60123

10924    ILLINOIS ROOFERS MART, 358 ROMANS ROAD, ELMHURST, IL 60126

10924    ILLINOIS ROOFERS MART., 358 ROMANS ROAD, ELMHURST, IL 60126

10925    ILLINOIS SAFETY COUNCIL, 1 N. LASALLE ST, CHICAGO, IL 60602

10925    ILLINOIS SPECIAL OLYMPICS, 605 E. WILLOW, NORMAL, IL 61761

10925    ILLINOIS STATE CHAMBER OF COMMERCE, DEPT 77-3172, CHICAGO, IL 60678-3172

10925    ILLINOIS STATE TOLL HIGHWAY, AUTHORITY, PO BOX 88263, CHICAGO, IL 60680-1263

10925    ILLINOIS STATE TOLL, THE, ONE AUTHORITY DR, DOWNERS GROVE, IL 60515-1703

10925    ILLINOIS STATE TREASURER, 1021 N. GRAND AVE E., SPRINGFIELD, IL 62794-9276

10925    ILLINOIS STUDENT ASSISTANCE, POBOX 904, DEERFIELD, IL 60015

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | ILLINOIS TOOL WORKS INC., 3650 W LAKE AVE, GLENVIEW, IL 60025 | |
| 10924 | ILLINOIS VALLEY PAVING (301), VARIOUS LOCATIONS ILLINOIS, DECATUR, IL 62521 | |
| 10924 | ILLINOIS VALLEY PAVING (306), VARIOUS LOCATIONS MISSOURI, WINCHESTER, IL 62694 | |
| 10924 | ILLINOIS VALLEY PAVING (307), VARIOUS LOCATIONS ILLINOIS, DECATUR, IL 62521 | |
| 10924 | ILLINOIS VALLEY PAVING CO, JUNCTION 36 & 100, WINCHESTER, IL 62694 | |
| 10925 | ILLINOIS VALLEY PAVING CO., PO BOX 248, WINCHESTER, IL 62694 | |
| 10924 | ILLINOIS VALLEY PAVING, BOX 24 B, WINCHESTER, IL 62694 | |
| 10924 | ILLINOIS VALLEY PAVING, MINNEAPOLIS, KS 67467 | |
| 10924 | ILLINOIS VALLEY PAVING, PORTABLE PAVER - MO LOCATIONS, POPLAR BLUFF, MO 63901 | |
| 10924 | ILLINOIS VALLEY PAVING, SALINA, KS 67401 | |
| 10925 | ILLINOISE ENVIRONMENTAL PROTECTION, PO BOX 19276, SPRINGFIELD, IL 62794-9276 | |
| 10925 | ILLINOVA CORPORATION, 500 S 27TH ST, DECATUR, IL 62521 | |
| 10924 | ILLNOIS MASONIC MEDICAL CENTER, C/O ASC INSULATION, WEST CHICAGO, IL 60185 | |
| 10925 | ILLSLEY, EDWIN, 2633 OCEAN ST APT 1, CARLSBAD, CA 92008 | |
| 10925 | ILLUM, BRIAN, 394 S ALMA, KANKAKKEE, IL 60901 | |
| 10925 | ILLUM, WAYNE, 1178 N TERRACE AVE, KANKAKEE, IL 60901 | |
| 10925 | ILN TECHNOLOGIES INC, 8967 OSO AVE UNIT C, CHATSWORTH, CA 91311 | |
| 10925 | ILONA SCHULADEN, HAUSMUEHLSTR 19, WORMS, 67551GERMANY | *VIA Deutsche Post* |
| 10925 | ILSE FRIEDMAN & JEROME SCHWARTZ, JEROME SCHWARTZ, 18 SOUTHERN WOOD, IRVINE, CA 92612-3708 | |
| 10925 | ILWU, 99 HEGENBERGER RD., OAKLAND, CA 94621-1425 | |
| 10925 | ILWU, WAREHOUSE UNION LOCAL 6, SAN FRANCISCO, CA 94103-3899 | |
| 10925 | ILYSE ELIAS, 5757 NW 40TH WAY, BOCA RATON, FL 33496 | |
| 10925 | IM, JOHN, 24 PARKER PLACE, UPPER SADDLE RIVER, NJ 07458 | |
| 10925 | IMA, 10 PARAGON DR., MONTVALE, NJ 07645-1760 | |
| 10925 | IMA, 10 PARAGON DR., MONTVALE, NJ 07645-9908 | |
| 10924 | IMACC CORPORATION, 5820 BICKETT STREET, HUNTINGTON PARK, CA 90255 | |
| 10924 | IMACC CORPORATION, 8435 N.E. KILLINGSWORTH, PORTLAND, OR 97220 | |
| 10924 | IMACC CORPORATION, 900 BROOKSIDE DRIVE, RICHMOND, CA 94801 | |
| 10924 | IMACC CORPORATION, PO BOX8367, EMERYVILLE, CA 94662 | |
| 10925 | IMAGE & INFO SOLUTIONS, INC, 3000 DESOTO ST, MONROE, LA 71201 | |
| 10925 | IMAGE BANK, PO BOX 844431, DALLAS, TX 75284-4431 | |
| 10924 | IMAGE CONCRETE PARTNERS LTD., PO BOX1693, ROANOKE, TX 76262 | |
| 10924 | IMAGE CONCRETE, 1005 FOREST AVE, DALLAS, TX 75215 | |
| 10924 | IMAGE CONCRETE, 10940 SPANGLER ROAD, DALLAS, TX 75220 | |
| 10924 | IMAGE CONCRETE, 5938 LAMBERT LANE E., ROSSTON, TX 76263 | |
| 10925 | IMAGE DEVELOPMENT GROUP, 2100 CORAL WAY, MIAMI, FL 33145 | |
| 10925 | IMAGE FIRST, INC, 208 LIVE OAK BLVD., CASSELBERRY, FL 32707 | |
| 10925 | IMAGE GROUP, THE, 1255 CORPORATE DR, HOLLAND, OH 43528 | |
| 10925 | IMAGE INK PUBLIC RELATIONS, 2 BEARS DEN WAY, COLUMBIA, CT 06237 | |
| 10925 | IMAGE MAKERS INC, PO BOX 838, CLINTON, SC 29325 | |
| 10925 | IMAGE MATTERS, POBOX 101202, FORT LAUDERDALE, FL 33310 | |
| 10924 | IMAGE SPECIAL EFFECTS, 632 VICTORY BLVD., BURBANK, CA 91502 | |
| 10925 | IMAGE WAVE CORPORATION, PO BOX 4504, LAGO VISTA, TX 78645 | |
| 10925 | IMAGEMAX, 3000 DESOTO ST, MONROE, LA 71201 | |
| 10925 | IMAGEMAX, INC, 80 HAWES WAY, STOUGHTON, MA 02072 | |
| 10925 | IMAGEMAX, INC, POBOX 48024, NEWARK, NJ 07100-4824 | |
| 10925 | IMAGENES PUBLICITARIAS, BORINQUEN GDENS, SAN JUAN, PR 926 | |
| 10925 | IMAGEWAVE CORPORATION, PO BOX 4504, LAGO VISTA, TX 78645 | |
| 10925 | IMAGINATIONS CATERING, 1132 NORTH DIXIE HWY, LAKE WORTH, FL 33460 | |
| 10925 | IMAGING SUPPLIES EXPRESS, 3870 DEL AMO BLVD UNIT 506, TORRANCE, CA 90503-9955 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | IMATION CORP, 2000 E. FRONTAGE ROAD, WEATHERFORD, OK 73096 | |
| 10924 | IMATION ENTERPRISE, PO BOX 64742, SAINT PAUL, MN 55164-0742 | |
| 10925 | IMATION GBA5924 (JI), PO BOX 91960, CHICAGO, IL 60693-1960 | |
| 10924 | IMATION PRINTING & PUBLISHING, 2700 EAST FRONTAGE ROAD, WEATHERFORD, OK 73096-6103 | |
| 10924 | IMATION RICERCHE SPA, VIALE DELLA LIBERTA', FERRANIA, 17016ITA | *VIA Deutsche Post* |
| 10924 | IMATION, 1 IMATION PLACE, OAKDALE, MN 55128-3414 | |
| 10925 | IMATION, PO BOX 33900, SAINT PAUL, MN 55133 | |
| 10925 | IMAX ELECTRIC, INC, 2755 ANNAPOLIS ROAD, JESSUP, MD 20794 | |
| 10924 | IMAX THEATER/EXHIBIT GALLARIES, SIPLAST, 200 2ND AVE., SEATTLE, WA 98108 | |
| 10924 | IMAX, C/O THOMPSONS BUILDING MATERIALS, IRVINE, CA 92709 | |
| 10925 | IMBODEN, SUZANNE, 108 APPLETON DR, ROANOKE RAPIDS, NC 27870 | |
| 10925 | IMBRIGLIO, DEBORAH, 125 SPRING ST, REHOBOTH, MA 02769 | |
| 10925 | IMBUS ROOFING COMPANY INC, THE, 5 CHARLIN DR, COLD SPRING, KY 41076 | |
| 10925 | IMBX CORPORATION, PO BOX 9326, CANTON, OH 44711 | |
| 10924 | IMC KALIUM LTD., 1395 135TH AVE., HERSEY, MI 49639 | |
| 10924 | IMC WORLD TRADE CORPORATION, 7300 WEST CAMINO REAL CENTRE #219, BOCA RATON, FL 33433 | |
| 10924 | IMC WORLD TRADE CORPORATION, ATTN:  MRS. TANIA SPOSITO, 1821 S.W. 99TH AVENUE, MIAMI, FL 33165 | |
| 10924 | IMC, LA HIGHWAY 2, STERLINGTON, LA 71280 | |
| 10924 | IMC, STERLINGTON, LOUISIANA, PO BOX 1325, STERLINGTON, LA 71280 | |
| 10924 | IMCOR MOBILE, TORRANCE, CA 90501 | |
| 10925 | IME INC, 1430 PROGRESS WAY #105, ELDERSBURG, MD 21784 | |
| 10925 | IME INC, PO BOX 335, BOHEMIA, NY 11716 | |
| 10925 | IMEL, YVONNE, 712 EL PASO DR, FARMINGTON, NM 87401 | |
| 10925 | IMER USA INC, 207 LAWRENCE AVE, SOUTH SAN FRANCISCO, CA 94080 | |
| 10925 | IMERYS PIGMENTS AND ADDITIVES GROUP, POBOX 102927, ATLANTA, GA 30368-2927 | |
| 10925 | IMERYS, PIGMENTS AND ADDITIVES GROUP, PO BOX 102927, ATLANTA, GA 30368-2927 | |
| 10925 | IMES ENGINEERING INC, 11843 MARKET PLACE AVE SUITE A, BATON ROUGE, LA 70816 | |
| 10925 | IMES, STEVEN, 610 S PACA ST, BALTIMORE, MD 21230-2412 | |
| 10924 | IMF BUILDING, 19TH STREET, WASHINGTON, DC 20042 | |
| 10925 | IMHOF, GERALD, 175 ROBERTS RD, TAYLORS, SC 29687 | |
| 10925 | IMHOF, JOHN, 110 VILLAGE PK DR #88, SIMPSONVILLE, SC 29681 | |
| 10925 | IMHOFF PAINTING CO, 4693 BEACON HILL ROAD, EAGAN, MN 55122 | |
| 10925 | IMHOFF, DOROTHY, MT LAUREL RD, TEMPLE, PA 19560 | |
| 10924 | IMI - DO NOT USE  USE #228782, 8032 N. STATE ROAD 9, GREENFIELD, IN 46140 | |
| 10924 | IMI - TECH CORP., CAMBRIDGE, MA 02140 | |
| 10925 | IMI CONCRETE INC - KOKOMO, 8032 N STATE ROAD 9, GREENWOOD, IN 46142 | |
| 10924 | IMI DO NOT USE - USE 235774, 501 OLD STATE ROAD 67, MOORESVILLE, IN 46158 | |
| 10924 | IMI DO NOT USE, 1100 BURDSAL PKWY, INDIANAPOLIS, IN 46208 | |
| 10924 | IMI DO NOT USE, 1100 BURDSALL PARKWAY, INDIANAPOLIS, IN 46208 | |
| 10924 | IMI DO NOT USE, 1352 FAIRFIELD AVE, BROOKVILLE, IN 47012 | |
| 10924 | IMI DO NOT USE, 1800 N KINSER PARK, BLOOMINGTON, IN 47402 | |
| 10924 | IMI DO NOT USE, 266 JAY LOUDEN RD, CARROLLTON, KY 41008 | |
| 10924 | IMI DO NOT USE, 3014 GARVEY LANE, BEDFORD, IN 47421 | |
| 10924 | IMI DO NOT USE, 3892 S GARTHWAITE ROAD, MARION, IN 46953 | |
| 10924 | IMI DO NOT USE, 4304 E.COUNTY RD (350 NOR, MUNCIE, IN 47303 | |
| 10924 | IMI DO NOT USE, 8032 N. STATE ROAD 9, GREENFIELD, IN 46140 | |
| 10924 | IMI DO NOT USE, 8032 N. STATE, GREENFIELD, IN 46140 | |
| 10925 | IMI IRVING MATERIALS INC, GREENFIELD, IN 46140 | |
| 10924 | IMI SOUTH, 1440 SELINDA AVE, LOUISVILLE, KY 40213 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   IMI SOUTHWEST, INC., 1816 WEST LLOYD EXPRESSWAY, EVANSVILLE, IN 47712

10924   IMI, 1800 N KINSER PIKE, BLOOMINGTON, IN 47404

10924   IMI, 8032 N STATE RD 9, GREENFIELD, IN 46140

10924   IMI, 8032 N.STATE RD 9, GREENFIELD, IN 46140

10924   IMI, 8032 NORTH STATE RD 9, GREENFIELD, IN 46140

10924   IMI-96TH STREET/EAST, 5244 E. 96TH. STREET, INDIANAPOLIS, IN 46268

10924   IMI-96TH STREET/WEST, 4700 W 96TH ST., INDIANAPOLIS, IN 46268

10924   IMI-BARDSTOWN, 601 E JOHN ROWAN BLVD, BARDSTOWN, KY 40004

10924   IMI-BARRON RIVER PLANT, 2195 BARRON RIVER ROAD, SUITE 100, BOWLING GREEN, KY 42104

10924   IMI-BEDFORD/BUNDY AVE, 1307 BUNDY AVENUE, BEDFORD, IN 47421

10924   IMI-BELMONT AVE, 5320 S. BELMONT AVENUE, INDIANAPOLIS, IN 46217

10924   IMI-BLOOMFIELD, 9 E JUDSON ST, BLOOMFIELD, IN 47424

10924   IMI-BLOOMINGTON/KINSER, 1800 N. KINSER PIKE, BLOOMINGTON, IN 47404

10924   IMI-BLOOMINGTON/ROGERS, 1600 SOUTH ROGERS STREET, BLOOMINGTON, IN 47403

10924   IMI-BOONVILLE PLANT 20, 2277 EBY ROAD, BOONVILLE, IN 47601

10924   IMI-BOONVILLE PLANT 22, 2277 EBY ROAD, BOONVILLE, IN 47601

10924   IMI-BOWLING GREEN #2 (NORTH), 1083 FAIRVIEW BOILING SPRINGS RD, BOWLING GREEN, KY 42101

10924   IMI-BOWLING GREEN, 425 POWER STREET, BOWLING GREEN, KY 42102

10924   IMI-BROOKVILLE/FAIRFIELD AVE, R R #2, FAIRFIELD AVENUE, BROOKVILLE, IN 47012

10924   IMI-CAMBRIDGE CITY, 14413 W. US 40, CAMBRIDGE CITY, IN 47327

10924   IMI-CARROLLTON, 266 JAY LOUDEN ROAD, CARROLLTON, KY 41008

10924   IMI-CENTRAL CITY, 300 FRONT STREET, CENTRAL CITY, KY 42330

10924   IMI-CLARKSVILLE #1, 1221 OLD HIGHWAY 31 EAST, CLARKSVILLE, IN 47129

10924   IMI-CLARKSVILLE #2, 1221 OLD HIGHWAY 31 EAST, CLARKSVILLE, IN 47129

10924   IMI-CLARKSVILLE QUARRY, QUARRY ROAD, CLARKSVILLE, TN 37042

10924   IMI-CLARKSVILLE-NEEDMORE, CLARKSVILLE, TN 37042

10924   IMI-CONNERSVILLE, 1998 SOUTH STATE ROAD 121, CONNERSVILLE, IN 47331

10924   IMI-CORYDON, 3060 CLINE ROAD, CORYDON, IN 47112

10924   IMI-CRAWFORDSVILLE, 3350 SR32 EAST, CRAWFORDSVILLE, IN 47933

10924   IMI-CUMBERLAND CITY, INDUSTRIAL DRIVE, CUMBERLAND CITY, TN 37050

10924   IMI-CYNTHIANA, PARKLAND HGTS (RTE.7 BOX 139), CYNTHIANA, KY 41031

10924   IMI-DANVILLE, SOUTH CO. RD. 200 E, DANVILLE, IN 46122

10924   IMI-DO NOT USE, 3051 N. 50 EAST, KOKOMO, IN 46901

10924   IMI-DO NOT USE, 800 N OHIO STREET, KOKOMO, IN 46901

10924   IMI-DO NOT USE, 8032 N. STATE RD. 9, GREENFIELD, IN 46140

10924   IMI-DO NOT USE, 8032 N. STATE RD.9, GREENFIELD, IN 46140

10924   IMI-DO NOT USE-CLOSED, 10944 TELEPHONE ROAD, CHANDLER, IN 47610

10924   IMI-DOVER, 646 HIGHWAY 79, DOVER, TN 37058

10924   IMI-DRY RIDGE, BOX 90 HWY 22 WEST & RUTHMAN, DRY RIDGE, KY 41035

10924   IMI-ELIZABETHTOWN, 270 MCCAMISH PARK, ELIZABETHTOWN, KY 42701

10924   IMI-ELWOOD, 2500 SOUTH D STREET, ELWOOD, IN 46036

10924   IMI-EVANSVILLE PLANT 4, 1816 WEST LLOYD EXPRESSWAY, EVANSVILLE, IN 47712

10924   IMI-EVANSVILLE PLANT 6, 6000 OAK GROVE, EVANSVILLE, IN 47711

10924   IMI-FRANKFORT, ST RD 28 WEST, FRANKFORT, IN 46041

10924   IMI-GEORGETOWN, 1261 E MAIN STREET, GEORGETOWN, KY 40324

10924   IMI-GHENT, HWY 42, GHENT, KY 41045

10924   IMI-GREENFIELD, 2251 EAST 300 NORTH, GREENFIELD, IN 46140

10924   IMI-HARRODSBURG, 1054 BURGIN ROAD, HARRODSBURG, KY 40330

10924   IMI-HARTFORD CITY, 1057 SOUTH STATE ROAD 3, HARTFORD CITY, IN 47348

10924   IMI-HENDERSON, 8135 HIGHWAY 41 SOUTH, HENDERSON, KY 42420

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | IMI-HILLSIDE AVENUE, 2102 HILLSIDE AVENUE, INDIANAPOLIS, IN 46218 | |
| 10924 | IMI-HUNTINGBURG, 615 W. 12TH STREET, HUNTINGBURG, IN 47542 | |
| 10924 | IMI-HUNTINGBURG/BRETZVILLE, 5180 STATE ROAD 162, HUNTINGBURG, IN 47542 | |
| 10924 | IMI-JASPER, 2208 NEWTON STREET, JASPER, IN 47546 | |
| 10924 | IMI-KOKOMO/DIXON ROAD, 1315 DIXON ROAD, KOKOMO, IN 46902 | |
| 10924 | IMI-LAFAYETTE, 2903 STATE ROAD 25 NORTH, LAFAYETTE, IN 47905 | |
| 10924 | IMI-LAFAYETTE, LAFAYETTE, IN), 2903 SR 25 NORTH, LAFAYETTE, IN 47905 | |
| 10924 | IMI-LAWRENCEBURGE, 237 COURT STREET, LAWRENCEBURG, KY 40342 | |
| 10924 | IMI-LEBANON, 416 SOUTH WEST STREET, LEBANON, IN 46052 | |
| 10924 | IMI-LEITCHFIELD, 295 QUARRY ROAD, LEITCHFIELD, KY 42754 | |
| 10924 | IMI-LOGANSPORT, US 35 S & MORGAN RD, LOGANSPORT, IN 46947 | |
| 10924 | IMI-LOOGOOTEE, RR 4, BOX 269, LOOGOOTEE, IN 47553 | |
| 10924 | IMI-LOUISVILLE, 1440 SELINDA AVENUE, LOUISVILLE, KY 40213 | |
| 10924 | IMI-LOUISVILLE/ENGLISH STATION, 12613 AVOCA ROAD, LOUISVILLE, KY 40222 | |
| 10924 | IMI-MADISONVILLE, 2400 N. MAIN STREET, MADISONVILLE, KY 42431 | |
| 10924 | IMI-MARION, 3832 N. FRANCES SLOCOM TRAIL, MARION, IN 46952 | |
| 10924 | IMI-MARTINSVILLE, 1502 ROGERS RD., MARTINSVILLE, IN 46151 | |
| 10924 | IMI-MC CORDSVILLE, 10959 OLIO ROAD, COLONIAL VILLAGE, IN 46040 | |
| 10924 | IMI-MOORESVILLE, 501 OLD STATE RD.67, MOORESVILLE, IN 46158 | |
| 10924 | IMI-MORGANFIELD, 3361 U.S. HIGHWAY 60 EAST, MORGANFIELD, KY 42437 | |
| 10924 | IMI-MORRIS STREET, 4330 W. MORRIS STREET, INDIANAPOLIS, IN 46241 | |
| 10924 | IMI-MOUNT SUMMIT, 220 EAST U.S. 36, NEW CASTLE, IN 47362 | |
| 10924 | IMI-MOUNT VERNON PLANT 10, 1210 SYCAMORE AVENUE, MOUNT VERNON, IN 47620 | |
| 10924 | IMI-MT.WASHINGTON, 389 LANDIS LANE, MOUNT WASHINGTON, KY 40047 | |
| 10924 | IMI-MUNCIE/COUNTY RD 1, 4304 E. COUNTY RD 1, 350 NORTH, MUNCIE, IN 47303 | |
| 10924 | IMI-MUNCIE/HOYT AVE, 2725 S. HOYT AVENUE, MUNCIE, IN 47302 | |
| 10924 | IMI-NASHVILLE, 1433 COWAN ST., NASHVILLE, TN 37207 | |
| 10924 | IMI-NEW ALBANY/JACKSON STREET, 30 JACKSON STREET, NEW ALBANY, IN 47150 | |
| 10924 | IMI-NEW ALBANY/LINCOLN AVE, 1732 LINCOLN AVENUE, NEW ALBANY, IN 47150 | |
| 10924 | IMI-NEW HOPKINSVILLE PLANT, 380 HARRY BERRY, HOPKINSVILLE, KY 42240 | |
| 10924 | IMI-NICHOLASVILLE, 2180 CATNIP HILL ROAD, NICHOLASVILLE, KY 40356 | |
| 10924 | IMI-NOBLESVILLE, 17050 RIVER ROAD, NOBLESVILLE, IN 46060 | |
| 10925 | IMINORITIES.COM INC, 140 CARONDELET ST, NEW ORLEANS, LA 70130 | |
| 10924 | IMI-OAK GROVE, 14923 FT.CAMPBELL BLVD, OAK GROVE, KY 42262 | |
| 10924 | IMI-OLD HOPKINSVILLE PLANT, 934 N. MAIN STREET, HOPKINSVILLE, KY 42240 | |
| 10924 | IMI-OWENSBORO PLANT 31, 6131 US HWY 60 EAST, OWENSBORO, KY 42303 | |
| 10924 | IMI-OWENTON, HWY 127, OWENTON, KY 40359 | |
| 10924 | IMI-OXFORD, RINGWOOD RD - OFF STATE ROAD 27, OXFORD, OH 45056 | |
| 10924 | IMI-PARIS, 2475 FORDS MILL ROAD, PARIS, KY 40361 | |
| 10924 | IMI-PERU, R #4, PERU, IN 46970 | |
| 10924 | IMI-PETERSBURG, 520 WHITE RIVER AVENUE, PETERSBURG, IN 47567 | |
| 10924 | IMI-PITTSBORO, 2725 EAST CR800 NORTH, PITTSBORO, IN 46167 | |
| 10924 | IMI-PLANT 1/BURDSALL PARKWAY, BURDSALL PARKWAY, INDIANAPOLIS, IN 46208 | |
| 10924 | IMI-PLANT 3/HARDING STREET, 4200 S. HARDING STREET, INDIANAPOLIS, IN 46200 | |
| 10924 | IMI-POST ROAD, 3130 N. POST ROAD, INDIANAPOLIS, IN 46226 | |
| 10924 | IMI-PRAIRIE, W. SOUTH STREET, REMINGTON, IN 47977 | |
| 10924 | IMI-RADCLIFFE, 1026 S. WILSON, RADCLIFF, KY 40160 | |
| 10924 | IMI-ROCKPORT PLANT 25, 900 N. 7TH STREET, ROCKPORT, IN 47635 | |
| 10924 | IMI-ROCKPORT PLANT 26, 900 N. 7TH STREET, ROCKPORT, IN 47635 | |
| 10924 | IMI-RUSSELLVILLE, 330 S. CHERRY STREET, RUSSELLVILLE, KY 42276 | |
| 10924 | IMI-SALEM, 1501 W. MARKET STREET, SALEM, IN 47167 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | IMI-SCOTTSBURG, 445 E. MCCLAIN AVENUE, SCOTTSBURG, IN 47170 | |
| 10924 | IMI-SHELBYVILLE, 517 OLD SEVEN MILE RD, SHELBYVILLE, KY 40065 | |
| 10924 | IMI-SHEPHERDSVILLE, 595 BELLS MILL LANE, SHEPHERDSVILLE, KY 40165 | |
| 10924 | IMI-SOUTH MARION, 3892 S. GARTHWAITE ROAD, MARION, IN 46953 | |
| 10924 | IMI-SOUTHPORT, 167 VAN DYKE STREET, SOUTHPORT, IN 46227 | |
| 10924 | IMI-SPRINGS VALLEY, 8083 W. COUNTY ROAD 25 SOUTH, FRENCH LICK, IN 47432 | |
| 10924 | IMI-STURGIS, 10811 STATE ROAD 109 WEST, STURGIS, KY 42459 | |
| 10924 | IMI-TAYLORVILLE, 438 BLOOMFIELD ROAD, TAYLORSVILLE, KY 40071 | |
| 10924 | IMI-TECH CORP., P.O.BOX 99, MAGNOLIA, AR 71753 | |
| 10924 | IMI-TIPTON, 929 EAST JEFFERSON, TIPTON, IN 46072 | |
| 10924 | IMI-WALTON, 40 DEPOT STREET, WALTON, KY 41094 | |
| 10924 | IMI-WARSAW, COPAR DRIVE, WARSAW, KY 41095 | |
| 10924 | IMI-WASHINGTON, 611 WEST MAIN STREET, WASHINGTON, IN 47501 | |
| 10924 | IMI-WEST LAFAYETTE, 2903 STATE ROAD 25 NORTH, LAFAYETTE, IN 47905 | |
| 10924 | IMI-WHITELAND, 600 N. TRACEY ROAD, WHITELAND, IN 46184 | |
| 10924 | IMI-WINAMAC, 801 E. TERRACE DRIVE, WINAMAC, IN 46996 | |
| 10924 | IMI-WINCHESTER, 152 SOUTH CHERRY STREET, WINCHESTER, KY 40391 | |
| 10924 | IMLAY CITY R/M, 205 S. CEDAR STREET, IMLAY CITY, MI 48444 | |
| 10924 | IMMANUAL HOSPITAL, 6901 N. 72ND ST., OMAHA, NE 68101 | |
| 10924 | IMMANUAL MEDICAL CENTER EXPANSION, 6901 N. 72ND ST., OMAHA, NE 68137 | |
| 10925 | IMMEDIATE CARE HEALTH CENTER, 620 HINESBURG RDE, SOUTH BURLINGTON, VT 05403-6500 | |
| 10925 | IMMEDIATE CARE INC, 2905 S EL CAMINO REAL, SAN MATEO, CA 94403 | |
| 10925 | IMMEDIATE CARE MED. CNTR., 7010 RITCHIE HWY., GLEN BURNIE, MD 21061 | |
| 10925 | IMMEDIATE CARE MEDICAL CTR G, 7010 RITCHIE HWY, GLEN BURNIE, MD 21061 | |
| 10925 | IMMEDIATE TABLECLOTH, INC, 93 ENTIN RD., CLIFTON, NJ 07014 | |
| 10925 | IMMEL, VANCE, 5928 S PACKARD AVE, CUDAHY, WI 53110 | |
| 10925 | IMMUNETECH PHARMACEUTICALS, DURA PHARMACEUTICALS INC., 7475 LUSK BLVD., SAN DIEGO, CA 92121 | |
| 10925 | IMMUNOLOGICAL ASSOCIATES, DUFFORD & BROWN PC, 1700 BROADWAY #1700, DENVER, CO 80290-1701 | |
| 10924 | IMO FOODS LTD., 26 WATER STREET, YARMOUTH  N.S., NS B5A 1K9TORONTO | *VIA Deutsche Post* |
| 10925 | IMO INDUSTRIES INC., 1009 LENOX DR. BLDG. 4 W, LAWRENCEVILLE, NJ 08648 | |
| 10925 | IMO INDUSTRIES, 515 STUMP RD, NORTH WALES, PA 19454 | |
| 10925 | IMOGENE NELSON TR, UA 03 09 90, FBO IMOGENE NELSON TRUST, 1410 DRURY LN, EMPORIA, KS 66801-5449 | |
| 10925 | IMP AEROSPACE REPAIR & OVEHAUL, HANGAR 2 BARNES ROAD, HALIFAX COUNTY, NOVA SCOTIA, NS B2T 1K3CANADA | *VIA Deutsche Post* |
| 10925 | IMP AVIONICS MANUFACTURING, 3101 HAMMONDS PLAINS RD, HALIFAX, NS B4A 2W9CANADA | *VIA Deutsche Post* |
| 10925 | IMP GROUP LIMITED, SUITE 400, 2651 DUTCH VILLAGE ROAD, HALIFAX, NS B3L 4T1CANADA | *VIA Deutsche Post* |
| 10925 | IMPACT CONSULTING, 580 BLACKBERRY RIDGE DR., AURORA, IL 60506-8994 | |
| 10924 | IMPACT CONTAINMENT SYSTEMS, ATT: CHUCK NELSON, 500 ROSE ROAD, LAKE ZURICH, IL 60047 | |
| 10925 | IMPACT HEALTH SERVICES INC., 1600 GENESSEE SUITE 700, KANSAS CITY, MO 64102 | |
| 10925 | IMPACT LABEL CORPORATION, 3434 SOUTH BURDICK, KALAMAZOO, MI 49001 | |
| 10924 | IMPACT LABEL, 4717A ADAMS ROAD, HIXSON, TN 37343 | |
| 10924 | IMPACT NUTRITION, 4320 ANTHONY COURT, ROCKLIN, CA 95677 | |
| 10925 | IMPALA HOMES INC, EDWIN GEHL JR REGISTERED AGENT, 6617 SEYBOLD RD, MADISON, WI 53719 | |
| 10925 | IMPARATO, M, 8351 VILLA VERDE DRIVE, WHITTIER, CA 90605 | |
| 10924 | IMPERIA BROS. INC., HILLSIDE & CANAL RD, PELHAM MANOR, NY 10803 | |
| 10924 | IMPERIA BROS. INC., HILLSIDE & CANAL ROAD, PELHAM MANOR, NY 10803 | |
| 10924 | IMPERIAL ACHESIVES, 6100 CENTENNIAL PKWY, NASHVILLE, TN 37209 | |
| 10924 | IMPERIAL ADHESIVES, 6100 CENTENNIAL PKWY, NASHVILLE, TN 37209 | |
| 10924 | IMPERIAL ADHESIVES, 6315 WIEHE ROAD, CINCINNATI, OH 45237 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | IMPERIAL ADHESIVES, INC., 1920 ROSE LANE, LYNCHBURG, VA 24501 | |
| 10924 | IMPERIAL ADHESIVES, INC., 6315 WIEHE RD, CINCINNATI, OH 45237 | |
| 10925 | IMPERIAL CALCASIEU HEALTH CARE ALLI, HUMAN RESOURSE MGMT ASSOC, PO BOX 431, LAKE CHARLES, LA 70602 | |
| 10925 | IMPERIAL COFFEE & FOOD SERVICE INC, PO BOX 20317, ATLANTA, GA 30325 | |
| 10924 | IMPERIAL COSMETICS SYSTEMS, INC, 855 CROWE ROAD, EAST STROUDSBURG, PA 18301 | |
| 10925 | IMPERIAL CRANE SERVICES, 7500 WEST IMPERIAL DRIVE, BRIDGEVIEW, IL 60455 | |
| 10925 | IMPERIAL CRANE SERVICES, INC, 7500 W. INPERIAL DR., BRIDGEVIEW, IL 60455 | |
| 10925 | IMPERIAL DATA SUPPLY, PO BOX 636, SPOKANE, WA 99210-0636 | |
| 10925 | IMPERIAL DISTRIBUTING, INC, DEPT. CH 10323, PALATINE, IL 60055-0323 | |
| 10924 | IMPERIAL ELECTRIC &LIGHTING, 1125 SW 101ST ROAD, DAVIE, FL 33324 | |
| 10925 | IMPERIAL ERECTORS INC, 13424 KOLMAR LANE, CRESTWOOD, IL 60445 | |
| 10925 | IMPERIAL FOAM AND INSULATION, RR 76 BOX 748, CAMDENTON, MO 65020 | |
| 10925 | IMPERIAL FOAM, RTE 76 BOX 748, CAMDENTON, MO 65020 | |
| 10924 | IMPERIAL HIGH SCHOOL, IMPERIAL & 710 FREEWAY, LYNWOOD, CA 90262 | |
| 10924 | IMPERIAL INK, 1957 NOLENSVILLE ROAD, NASHVILLE, TN 37211 | |
| 10924 | IMPERIAL MANOR NURSING HOME, WHITEVILLE ROAD & WARNER STREET, TOMS RIVER, NJ 08753 | |
| 10924 | IMPERIAL OIL, CHEMICALS DIV., IMPERIAL AVE ACCESS VIA SCOTT ROAD, SARNIA, ON N7T 7M5TORONTO | *VIA Deutsche Post* |
| 10924 | IMPERIAL OIL, P.O. BOX 2480, STATION M, CALGARY, AB T2P 3M9TORONTO | *VIA Deutsche Post* |
| 10924 | IMPERIAL OIL, PO BOX 600, CALGARY AB, IT T2P 2J2TORONTO | *VIA Deutsche Post* |
| 10924 | IMPERIAL OPTICAL CO., LTD., 365 DUNDAS STREET EAST, TORONTO ONT., IT M5A 2A4TORONTO | *VIA Deutsche Post* |
| 10924 | IMPERIAL OPTICAL CO., LTD., 365 DUNDAS STREET, EAST, TORONTO ONT., IT M5A 2A4TORONTO | *VIA Deutsche Post* |
| 10925 | IMPERIAL TECHNICAL SERVICES, INC, 14001 THOMAS DR., ORLAND PARK, IL 60462 | |
| 10924 | IMPERIAL WALLCOVERINGS, 80 UNDERWOOD AVENUE, PLATTSBURGH, NY 12901 | |
| 10924 | IMPERIAL WEST, INC., 2003 E. 5TH STREET, SUITE 11, TEMPE, AZ 85281 | |
| 10925 | IMPERIAL, LETICIA, 12035 LONG BROOK DR, HOUSTON, TX 77099 | |
| 10925 | IMPERIALE, MARY, 708 VOORHEES AVE, MIDDLESEX, NJ 08846 | |
| 10925 | IMPOREXTRAN QUIMICA, SA, FERRAN PUIG, 27-29, 20-LA, BARCELONA, 08023SPAIN | *VIA Deutsche Post* |
| 10924 | IMPORTADORA JAEGER, 12 CALLE 8-53, ZONA 1, GUATEMALA, GTM | *VIA Deutsche Post* |
| 10924 | IMPRESS USA, 3051 ROAD 64, MAYAGUEZ, PR 680PUERTO RICO | *VIA Deutsche Post* |
| 10924 | IMPRESS USA, 936 BARRACUDA STREET, TERMINAL ISLAND, CA 90731 | |
| 10924 | IMPRESS USA, INC, 6670 LOW STREET, BLOOMSBURG, PA 17815 | |
| 10924 | IMPRESS USA, INC, ATTN:  ACCOUNTS PAYABLE, 600 NORTH BELL AVENUE, SUITE 200, CARNEGIE, PA 15106 | |
| 10924 | IMPRESS USA, INC., 6670 LOW STREET, BLOOMSBURG, PA 17815 | |
| 10924 | IMPRESS USA, INC., 936 BARRACUDA STREET, TERMINAL ISLAND, CA 90731 | |
| 10924 | IMPRESS USA, INC., HALF MOON INDUSTRIAL PARK, 300 BIRCH DRIVE, WEIRTON, WV 26062 | |
| 10924 | IMPRESS USA, INC., MARINA STATION, 341 MAMI ROAD, MAYAGUEZ, PR 709PUERTO RICO | *VIA Deutsche Post* |
| 10924 | IMPRESSIONS, RUSHMORE CAVE ROAD, KEYSTONE, SD 57751 | |
| 10924 | IMPREST FUND CASHIER, BLDG. 5  P.O. #92Y2537, CHAMBERSBURG, PA 17201 | |
| 10925 | IMPRINT EXPRESS, 61 NICHOLAS RD. A3, FRAMINGHAM, MA 01701 | |
| 10925 | IMPRINT WORKS, THE, 7224 SAN RAMON ROAD, DUBLIN, CA 94568 | |
| 10925 | IMPRINT, INC, 606 BOSLEY AVE., TOWSON, MD 21204 | |
| 10925 | IMPRINT, INC, 608 BOSLEY AVE., TOWSON, MD 21204 | |
| 10925 | IMPRINTED SPORTSWEAR, INC, 560 H RITCHIE HWY. PARK PLAZA, SEVERNA PARK, MD 21146 | |
| 10925 | IMPRINTING SERVICES GROUP, PO BOX 7777-W2795, PHILADELPHIA, PA 19175 | |
| 10925 | IMPROTA, CAROL, 61 BUCKLIN AVE, WARWICK, RI 02888 | |
| 10925 | IMPU SIGNS, AVE WINSTON CHURCHILL #172, SAN JUAN, PR 00926PUERTO RICO | *VIA Deutsche Post* |
| 10924 | IMPULSE EN. & F/V MECH, 4605 BULLARD AVE., BRONX, NY 10470 | |
| 10925 | IMS GROUP, INC, POBOX 31391, CHARLOTTE, NC 28231-1391 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    IMS LTD., RECEIVING DEPARTMENT, 10642 EL POCHE STREET, SOUTH EL MONTE, CA 91733

10925    IMSCO DIV THE MINE SUPPLY CO, PO BOX 90400, ALBUQUERQUE, NM 87199-0400

10925    IMTC, INC, PO BOX 69, WESTLAKE, LA 70669

10924    IMTREX CORP., C/O WONJIN KR CO LTD, SAVANNAH, GA 31408

10925    IMV - DIVISION OF FLORIDIN, DEPT 0022, LOS ANGELES, CA 90088-0022

10925    IMV NEVADA, PO BOX 1767, PASO ROBLES, CA 93447

10924    IN CHEM/PHONOXY BUILDING, 800 CEL-RIVER ROAD, ROCK HILL, SC 29730

10925    IN FOCUS SYSTEMS INC, POBOX 4300-02, PORTLAND, OR 97208

10925    IN GRAPHIC DETAIL, 23 VARNUM ST, ARLINGTON, MA 02174

10925    IN GRAPHIC DETAIL, 5 HILDA ROAD, BEDFORD, MA 01730

10924    IN LINE ACOUSTICAL, PO BOX 5837, ALOHA, OR 97006

10924    IN MARK, 220 FISK DR, ATLANTA, GA 30336

10925    IN MOTION, INC, 1 LICKING PIKE, NEWPORT, KY 41071

10924    IN SIT U FORM, 580 GODDARD STREET, CHESTERFIELD, MO 63005

10925    IN THE NEWS, INC, PO BOX 30176, TAMPA, FL 33630-3176

10925    IN USA, 87 CRESENT ROAD, NEEDHAM, MA 02494

10925    INA BEARING CO INC, BRUCE E CONRAD OR JAMES HOOVER, 308 SPRINGHILL FARM ROAD, FORT MILL, SC 29715

10925    INA FELMAN, 1312 SE 13TH AVE, DEERFIELD BEACH, FL 33441-1010

10925    INA SMITH, 8049 FROLIC DR, CINCINNATI, OH 45236-2742

10924    INABON READY MIX, APARTADO 516, COTO LAURELL, PR 644PUERTO RICO    *VIA Deutsche Post*

10925    INACOM - SOUTH AREA, 201 BROOKFIELD PKWY., GREENVILLE, SC 29607

10925    INACOM - SOUTH AREA, POBOX 91-8173, ORLANDO, FL 32891-8173

10925    INACOM - SOUTH CENTRAL REG CTR, 600 W HILLSBORO BLVD #130, DEERFIELD BEACH, FL 33441

10925    INACOM - SOUTH CENTRAL REG CTR, 600 W HILLSBORO BLVD, DEERFIELD BEACH, FL 33441

10925    INACOM - SOUTH EAST AREA, PO BOX 918173, ORLANDO, FL 32891-8173

10925    INACOM COMPUTER RENTALS, DEPT 0460, MILWAUKEE, WI 53259-0460

10925    INACOM DIRECT DIVISION-SOUTH, PO BOX 918173, ORLANDO, FL 32891-8173

10925    INACOM INFO SYSTEMS, PO BOX 651354, CHARLOTTE, NC 28265-1354

10925    INACOM INFORMATION SYSTEM, PO BOX 30000, ORLANDO, FL 32891-8173

10925    INACOM INFORMATION SYSTEMS, 201 BROOKFIELD PKWY SUITE 150, GREENVILLE, SC 29607

10925    INACOM INFORMATION SYSTEMS, PO BOX 30000, ORLANDO, FL 32891-8173

10925    INACOM INFORMATION SYSTEMS, PO BOX 7777-W4310, PHILADELPHIA, PA 19175-4310

10925    INACOM INFORMATION SYSTEMS, POBOX 30000, ORLANDO, FL 32891-8173

10925    INACOM INFORMATION SYSTEMS, SUITE 130, 600 W. HILSBORO BLVD, DEERFIELD BEACH, FL 33441

10925    INACOM PROFESSIONAL SERVICES, 3265 MERIDIAN PKWY SUITE 104, FORT LAUDERDALE, FL 33331

10925    INACOM TECHNOLOGY FINANCIAL SE, POBOX 277879, ATLANTA, GA 30384-7879

10925    INACOM TECHNOLOGY FINANCIAL, 1355 WINDWARD CONCOURSE 4TH FL, ALPHARETTA, GA 30005

10925    INACOM-SOUTH AREA, PO BOX 402163, ATLANTA, GA 30384-2163

10925    INADA, TETSU, 97 BAY STATE ROAD, BOSTON, MA 02215

10925    INALDO, FE, 2470 KENBROOK CT, WALDORF, MD 20602

10925    INATOMI, CAROL, 64130 ARCHWOOD ST, WEST HILLS, CA 91307

10925    INBILTEC INTERNATIONAL, 20 LIMMERS MEAD, GREAT KINGHILL, HIGH WYCOMBE, BUCKS, IT HP15 6LTUNITED KINGDOM    *VIA Deutsche Post*

10925    INBIT INC., 1275 TOWNSEND TERRACE, SUNNYVALE, CA 94087

10925    INC. MAGAZINE, PO BOX 54100, BOULDER, CO 80322-4100

10925    INCACOM STORE T4189, 309 INTERNATIONAL CIRCLE,SUITE 120, HUNT VALLEY, MD 21030

10925    INCALCATERA, LISA, 30 WESTERVELT AVE, CLOSTER, NJ 07624

10924    INCARNATE WORD UNIVERSITY, C/O TOMAN & ASSOCIATES, 4707 BROADWAY, SAN ANTONIO, TX 78209

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   INCE, EDDIE, RT 1 BOX 105B, LINDSAY, OK 73052

10925   INCE, WILLIAM, 214 VOORHEES ST, TEANECK, NJ 07666

10925   INCHAPE SHIPPING SERVICES, 1087 DOWNTOWNER BLVD. STE 100, MOBILE, AL 36609

10925   INCHCAPE TESTING SERVICES, 313 SPEEN ST, NATICK, MA 01760

10925   INCHCAPE TESTING SERVICES, 3210 AMERICAN DRIVE, MISSISSAUGA, ON L4V 1B3CANADA        *VIA Deutsche Post*

10925   INCHCAPE TESTING SERVICES, INERTEK SERVICES CORP, NATICK, MA 01760

10925   INCHCAPE TESTING SERVICES, PO BOX 73196, CHICAGO, IL 60673-7196

10925   INCHCAPE TESTING SERVICES, POBOX 13405, NEWARK, NJ 07188-0405

10925   INCHCAPE TESTING SVC INC, 55 SOUTH PARK DRIVE, COLCHESTER, VT 05446

10925   INCHCAPE TESTING SVC NA, INC, PO BOX 70571, CHICAGO, IL 60673-0571

10924   IN-CIDE TECHNOLOGIES, INC., 50 NORTH 41ST AVENUE, PHOENIX, AZ 85009-4618

10925   INCO ALLOYS INTERNATIONAL INC, 145 KING ST. WEST, SUITE 1500, TORONTO, ON M5H        *VIA Deutsche Post*
        4B7CANADA

10924   INCO ALLOYS INTERNATIONAL, 1401 BURRIS ROAD, NEWTON, NC 28658

10924   INCO CHEMICAL SUPPLY CO., PO BOX 151103, TAMPA, FL 33684

10924   INCO SERVICES INCORP., 3550 FRABNCIS CIRCLE, ALPHARETTA, GA 30201

10924   INCO SERVICES, INC., C/O PRAXAIR, HAMILTON, MS 39746

10924   INCO SERVICES, INC., CAMBRIDGE, MA 02140

10924   INCOLBESTOS/COLTREX, CAMBRIDGE, MA 99999

10924   INCOLBESTOS/COLTREX, CAPE CANAVERAL, FL 32920

10925   INCON CORPORATION, 11 S OLIVE ST, MEDIA, PA 19063

10925   INCONTROL SOLUTIONS, 4000 CRUSE WAY PLACE, LAKE OSWEGO, OR 97035

10925   INCORVAIA, LORI, 3901 MAIN ST, EGGERTSVILLE, NY 14226

10924   INCOTEC, 1293 HARKINS RD, SALINAS, CA 93908

10924   INCOTEC, 1293 HARKINS ROAD, SALINAS, CA 93906

10924   INCRETE SYSTEMS INC, 1725 GUNN HIGHWAY, ODESSA, FL 33556

10924   INDACO INDUSRIA E COMERCIO LTDA, FERREIRA NR 448, SAO PAULO, 999999999BRAZIL        *VIA Deutsche Post*

10924   INDACO INDUSRIA, C/O, .?, 999999999BRAZIL        *VIA Deutsche Post*

10925   INDAHL, RUTH, 3915 EAST 74TH ST, INVERGROVE HEIGHTS, MN 55075-4630

10924   INDAN PATH HOSPITAL, 223 PAVALLION DRIVE, KINGSPORT, TN 37660

10924   INDAN PATH HOSPITAL, CAMBRIDGE, MA 99999

10925   INDCHEM, INC, 3230 PERKINS ROAD, AUGUSTA, GA 30919

10925   INDCO INC., POBOX 589, NEW ALBANY, IN 47150

10925   INDCO, PO BOX 589, NEW ALBANY, IN 47150

10925   INDCO, PO BOX 589, NEW ALBANY, IN 47151-0589

10925   INDECK POWER EQUIPMENT, 1111 S WILLIS AVE, WHEELING, IL 60090

10925   INDELCO PLASTICS CORP, 6530 CAMBRIDGE ST, MINNEAPOLIS, MN 55426-4484

10925   INDELICATO, GREGORY, 63 EDGAR AVE, SOMERVILLE, MA 02145

10924   INDELL CONSTRUCTION C/O MAS CONST., 1775 MENTOR AVENUE, NORWOOD, OH 45212

10924   INDELPRO, S.A. DE C.V., BLVD. PETROCEL-PTO. IND. KM 0.5., 89600 ALTAMIRA, 99999MEXICO        *VIA Deutsche Post*

10924   INDEPENDENCE HIGH SCHOOL, C/O ADAMS CONSTRUCTION, ROSWELL, GA 30075

10924   INDEPENDENCE JUVENILE HALL, PINCHIN, INDEPENDENCE, CA 93526

10924   INDEPENDENCE R/M CONCRETE CO, INDEPENDENCE, WI 54747

10924   INDEPENDENCE R/M CONCRETE CO, ROUTE 1, INDEPENDENCE, WI 54747

10924   INDEPENDENCE READY MIX IN, MAIN ST, INDEPENDENCE, WI 54747

10924   INDEPENDENCE VISTORS CENTER, 937 W. WALNUT STREET, INDEPENDENCE, MO 64050

10924   INDEPENDENCE, HICKMAN CONSTRUCTION, INDEPENDENCE, CA 93526

10925   INDEPENDENCE, PRERET, 135, 135, NY, NY 11111

10925   INDEPENDENT APPEAL, 111 NORTH 2ND ST, SELMER, TN 38375

10925   INDEPENDENT APPEAL, POBOX 220, SELMER, TN 38375

10924   INDEPENDENT BLDRS SUPPLY ASSOC, PO BOX2310, SMITHFIELD, NC 27577

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   INDEPENDENT CAN COMPANY, 1300 BRASS MILL ROAD, BELCAMP, MD 21017

10924   INDEPENDENT CEMENT CORP, PO BOX 31, CATSKILL, NY 12414

10924   INDEPENDENT CHEMICAL, 70-30 79TH PLACE, RIDGEWOOD, NY 11385

10924   INDEPENDENT CHEMICAL, 79-51 COOPER AVENUE, RIDGEWOOD, NY 11385

10925   INDEPENDENT COMMODITY INFORMATION, PO BOX 7247-7300, PHILADELPHIA, PA 19170-7300

10924   INDEPENDENT CONC PIPE, 12950 GRAVOIS RD, SAINT LOUIS, MO 63127

10924   INDEPENDENT CONC PIPE, 12950 GRAVOIS ROAD, SAINT LOUIS, MO 63127

10924   INDEPENDENT CONC PIPE, 2050 S. HARDING ST., INDIANAPOLIS, IN 46202

10924   INDEPENDENT CONC PIPE, 2050 SOUTH HARDING STREET, INDIANAPOLIS, IN 46221

10924   INDEPENDENT CONC PIPE, 401 S BEIGER STREET, MISHAWAKA, IN 46544

10924   INDEPENDENT CONC PIPE, 401 S. BEIGER ST., MISHAWAKA, IN 46544

10924   INDEPENDENT CONC PIPE, 401 S. BEIGER, MISHAWAKA, IN 46544

10924   INDEPENDENT CONC PIPE, P O BOX 21007, INDIANAPOLIS, IN 46221

10924   INDEPENDENT CONCRETE CORP., PLANT CLOSED, 3 VELCHER STREET, PLAINVILLE, MA 02762

10924   INDEPENDENT CONCRETE PIPE, 3615 KRAMERS LANE, LOUISVILLE, KY 40216

10924   INDEPENDENT CONCRETE PIPE, 3756 CENTENNIAL RD, SYLVANIA, OH 43560

10924   INDEPENDENT CONCRETE PIPE, 401 S. BIEGER, MISHAWAKA, IN 46544

10924   INDEPENDENT CONCRETE PIPE, 510 TOBACCO RD., LONDON, KY 40741

10924   INDEPENDENT CONCRETE PIPE, 8 JUNCTION STREET, MAXWELL, IN 46154

10924   INDEPENDENT CONCRETE PIPE, CO OF KENTUCKY, LONDON, KY 40741

10924   INDEPENDENT CONCRETE PIPE, CO OF KENTUCKY, LOUISVILLE, KY 40216

10924   INDEPENDENT CONCRETE PIPE, COMPANY OF OHIO, SYLVANIA, OH 43560

10924   INDEPENDENT CONCRETE PIPE, PO BOX 16098, LOUISVILLE, KY 40256

10924   INDEPENDENT CONCRETE PIPE, PO BOX 8, MAXWELL, IN 46154

10924   INDEPENDENT CONCRETE PIPE, PO BOX16098, LOUISVILLE, KY 40216

10924   INDEPENDENT CONCRETE, 3 VELCHER, PLAINVILLE, MA 02762

10925   INDEPENDENT CONTAINER LINE, LTD, PO BOX 75429, CHARLOTTE, NC 28275-0429

10924   INDEPENDENT ELEC.SY CO, 41 INNER BELT RD, SOMERVILLE, MA 02143

10924   INDEPENDENT ELECTRIC SUPPLY(AD, 1565 VENTURE LANE, TURLOCK, CA 95380

10925   INDEPENDENT IND. TRUCK SERVICE, PO BOX 70043, BALTIMORE, MD 21237-6043

10924   INDEPENDENT INDUSTRIAL SALES, 835 TAYLOR, MERIDIAN, ID 83642

10925   INDEPENDENT INDUSTRIAL TRUCK SERVIC, 4600 E. FAYETTE ST., BALTIMORE, MD 21224

10925   INDEPENDENT INSTALLATIONS, 255 TOWERIDGE DR, MARIETTA, GA 30064

10925   INDEPENDENT LUBRICANT MANUFACTURERS, 650 SOUTH WASHINGTON ST, ALEXANDRIA, VA 22314

10924   INDEPENDENT MATERIAL CO, 34 N OWASSO, TULSA, OK 74120

10924   INDEPENDENT MATERIALS CO, 34 NORTH OWASSO, TULSA, OK 74120

10925   INDEPENDENT PACKAGING INC, 780 WASHINGTON ST, QUINCY POINT, MA 02169-7333

10925   INDEPENDENT PACKAGING INC, POBOX 1053, BOSTON, MA 02103

10925   INDEPENDENT PACKAGING INC., POBOX 1053, BOSTON, MA 02103

10925   INDEPENDENT PACKAGING, PO BOX 1053, BOSTON, MA 02103

10925   INDEPENDENT PIPE & SUPPLY CORP, WHITMAN RD, CANTON, MA 02021

10925   INDEPENDENT PIPE & SUPPLY CORP., WHITMAN ROAD, CANTON, MA 02021

10925   INDEPENDENT TOOL & DIE, PO BOX 360993M, PITTSBURGH, PA 15251-0993

10924   INDEPENDENT TOOL & MFG. CO., 661-44TH STREET, ALLEGAN, MI 49010

10925   INDEST, THOMAS M, 12336 WARWICK AVE, BATON ROUGE, LA 70815

10925   INDEST, THOMAS, 12336 WARWICK AVE, BATON ROUGE, LA 70815

10925   INDEX PUBLISHING CORPORATION, 415 NORTH STATE ST, CHICAGO, IL 60610

10925   INDGE, DONALD S, 65 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   INDGE, DONALD, 52 FARNHAM ST, BELMONT, MA 02178

10924   INDIAN KNOLL SCHOOL, 1555 HAWTHORNE LANE, WEST CHICAGO, IL 60185

l9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | INDIAN LAKES RESORTS, 250 W. SCHICK ROAD, BLOOMINGDALE, IL 60108 | |
| 10924 | INDIAN PATH HOSPITAL, 2000 BROOKSIDE DRIVE, KINGSPORT, TN 37660 | |
| 10924 | INDIAN PATH MEDICAL OFFICE BLDG., C/O HICO CONCRETE, KINGSPORT, TN 37660 | |
| 10924 | INDIAN REFINING LIMITED PARTNERSHIP, 1 ILLINOIS STREET, LAWRENCEVILLE, IL 62439 | |
| 10924 | INDIAN REFINING LIMITED PARTNERSHIP, PO BOX 519, LAWRENCEVILLE, IL 62439 | |
| 10924 | INDIAN TELEPHONE INDUSTRIES, DOORAVANI NAGA, BANGALORI - 560 016, 0INDIA | *VIA Deutsche Post* |
| 10925 | INDIANA ATTY GENERAL, ATTN: STEVE CARTER, INDIANA GOVT CENTER SOUTH 402 W WASHINGTON ST , 5T, INDIANAPOLIS, IN 46204 | |
| 10925 | INDIANA CHAPTER OF ACI, 9860 N MICHIGAN ROAD, CARMEL, IN 46032 | |
| 10925 | INDIANA CONCRETE MASONRY ASSOCIATIO, PO BOX 130, BELLE FONTAINE, OH 43311 | |
| 10925 | INDIANA CONCRETE MASONRY, PO BOX 928, FAIRBORN, OH 45324 | |
| 10924 | INDIANA CONVENTION CENTER, 100 S. CAPITOL AVENUE, INDIANAPOLIS, IN 46204 | |
| 10925 | INDIANA DEPT OF ENV MGMT, LORI F KAPLAN DIR, PO BOX 6015, INDIANAPOLIS, IN 46206-6015 | |
| 10925 | INDIANA DEPT OF ENVIR MGMT, 100 N SENATE AVE, PO BOX 6015, INDIANAPOLIS, IN 46206 | |
| 10925 | INDIANA DEPT OF ENVIR MGMT, 100 N SENATE AVE, PO BOX 6015, INDIANAPOLIS, IN 46206-6015 | |
| 10925 | INDIANA DEPT OF NATURAL RESOURCES, INDIANA GOVT CE, 402 W WASHINGTON ST ROOM W 272, INDIANAPOLIS, IN 46204 | |
| 10925 | INDIANA DEPT OF NATURAL RESOURCES, INDIANA GOVT CENTER SOUTH, 402 W WASHINGTON ST, ROOM W 272, INDIANAPOLIS, IN 46204 | |
| 10925 | INDIANA DEPT OF REVENUE, 100 SENATE AVE, INDIANAPOLIS, IN 46204-2253 | |
| 10925 | INDIANA DEPT OF REVENUE, FUEL & ENVIR TAX, 5150 DECATUR BLVD, INDIANAPOLIS, IN 46241 | |
| 10925 | INDIANA DEPT OF REVENUE, PO BOX 6074, INDIANAPOLIS, IN 46206-6074 | |
| 10925 | INDIANA DEPT. OF ENV. MANAGEMENT, PO BOX 7060, INDIANAPOLIS, IN 46207-7060 | |
| 10924 | INDIANA FARM BUREAU, 2435 KENTUCKY AVENUE, INDIANAPOLIS, IN 46241 | |
| 10924 | INDIANA FARM BUREAU, 950 N. MEIRDIAN STREET., BOONS CAMP, KY 41204 | |
| 10925 | INDIANA HARBOR BELT R.R., PO BOX 98034, CHICAGO, IL 60693 | |
| 10924 | INDIANA HOSPITAL, HOSPITAL ROAD, INDIANA, PA 15701 | |
| 10924 | INDIANA JONES AT DISNEYLAND, ANAHEIM, CA 92801 | |
| 10924 | INDIANA JONES AT DISNEYLAND, C/O WESTSIDE BUILDING MATERIALS, ANAHEIM, CA 92801 | |
| 10925 | INDIANA MICHIGAN VALVE, 1620 E CHICAGO AVE., EAST CHICAGO, IN 46312 | |
| 10925 | INDIANA READY MIXED CONCRETE ASSOC., 3500 DEPAUW BLVD., STE 1081, INDIANAPOLIS, IN 46268 | |
| 10925 | INDIANA READY MIXED CONCRETE, 9860 NORTH MICHIGAN ROAD, CARMEL, IN 46032 | |
| 10925 | INDIANA STATE CHEMIST, 1154 BIOCHEMISTRY BLDG, WEST LAFAYETTE, IN 47907-1154 | |
| 10924 | INDIANA STATE MUSEUM, 50 NORTH BLACKFORD STREET, INDIANAPOLIS, IN 46202 | |
| 10924 | INDIANA STATE OFFICE BUILDING #2, INDIANAPOLIS, IN 46204 | |
| 10924 | INDIANA STATE UNIV. HALLMAN CENTER, C/O SMC SERVICES, TERRE HAUTE, IN 47809 | |
| 10925 | INDIANA SUGAR, 5918 COLLECTIONS CENTER DR, CHICAGO, IN 60693 | |
| 10925 | INDIANA UNIVERSITY OF PENNSYLVANIA, DEPUTY ATTY GENERAL, PA OFFICE OF THE ATTY, 6TH FL MANOR BLDG, 564 FORBES AVE, PITTSBURGH, PA 15219 | |
| 10924 | INDIANA UNIVERSITY, 1005 E 10TH STREET, BLOOMINGTON, IN 47405 | |
| 10925 | INDIANA UNIVERSITY, 415 LANSING AVE., INDIANAPOLIS, IN 46202 | |
| 10924 | INDIANA UNIVERSITY, PO BOX 4095, BLOOMINGTON, IN 47402 | |
| 10925 | INDIANA UNIVERSITY, TRUSTEES OF INDIANA UNIVERSITY, PO BOX 66271, INDIANAPOLIS, IN 46266-6271 | |
| 10925 | INDIANA/OHIO PCI, 8200 FIARWAY DR, COLUMBUS, OH 43235-1118 | |
| 10924 | INDIANAPOLIS ARTCC C/O LOCKHEED, 1850 SOUTH SIGSBEE ST, INDIANAPOLIS, IN 46241 | |
| 10925 | INDIANAPOLIS DRUM SERVICE, PO BOX 630281, CINCINNATI, OH 45263-0281 | |
| 10924 | INDIANAPOLIS INT'L AIRPORT C/O TSI, THERMO SPRAY OF INDIANA, 2500 SOUTH HIGH SCHOOL ROAD, INDIANAPOLIS, IN 46241 | |
| 10925 | INDIANAPOLIS POWER & LIGHT CO., POBOX 110, INDIANAPOLIS, IN 46206-0110 | |
| 10924 | INDIANOLA READY MIX, 700 EAST CLINTON, INDIANOLA, IA 50125 | |
| 10925 | INDISH, KIMBERLY, 27000 ROCHESTER, ROYAL OAK, MI 48073 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | INDIVIGLIO, JOANNE, 17670 PINE NEEDLE TER, BOCA RATON, FL 33487 | |
| 10924 | INDMAR COATINGS CORPORATION, 237 W. MAIN STREET, WAKEFIELD, VA 23888 | |
| 10924 | INDMAR COATINGS CORPORATION, PO BOX 456, WAKEFIELD, VA 23888 | |
| 10925 | INDMAR PRODUCTS CO INC, LATHAM & WATKINS CARY R PERLMAN, 5800 SEARS TOWER, CHICAGO, IL 60606 | |
| 10925 | INDMAR PRODUCTS CO INC, RICHARD C ROWE, PO BOX 27184, MEMPHIS, TN 38127 | |
| 10925 | INDMAR PRODUCTS CO INC, THE BOGATIN LAW FIRM G PATRICK ARN, 860 RIDGE LAKE BLVD SUITE 360, MEMPHIS, TN 38120 | |
| 10925 | INDOFF,INC, PO BOX 662, NATICK, MA 01760 | |
| 10924 | INDONESIAN MISSION, 38TH STREET BTWN 1ST & 2ND AVENUE, NEW YORK, NY 10001 | |
| 10924 | INDOPCO INC, 10 FINDERNE AVE, BRIDGEWATER, NJ 08807 | |
| 10924 | INDOPCO INC., 3641 S WASHTENAW AVE, CHICAGO, IL 60632 | |
| 10925 | INDOPCO INC., ICI AMERICAS INC., 10 FINDERNE AVE, BRIDGEWATER, NJ 08807 | |
| 10925 | INDOPCO INC., UNILEVER UNITED STATES INC., 390 PARK AVE, NEW YORK, NY 10022-4698 | |
| 10925 | INDRESCO INC., C/O PRENTICE-HALL CORP SYSTEMS, 800 BRAZOS, AUSTIN, TX 78701 | |
| 10925 | INDRESCO INC., ONE GATEWAY CENTER, PITTSBURGH, PA 15222 | |
| 10925 | INDUCTION IRON, INC, 13909 N. DALE MAYBERRY HWY., TAMPA, FL 33618 | |
| 10924 | INDURON COATINGS, INC., 3333 TENTH AVE. NORTH, BIRMINGHAM, AL 35234 | |
| 10924 | INDURON COATINGS, INC., PO BOX 2371, BIRMINGHAM, AL 35201 | |
| 10925 | INDUSCO INC, 3176 CAHABA HEIGHTS ROAD, BIRMINGHAM, AL 35243-0447 | |
| 10925 | INDUST. RUBBER & SAFTEY PROD., PO BOX 198535, ATLANTA, GA 30384-8535 | |
| 10924 | INDUSTRA THERMAL INC., 401 SALTER STREET - DOOR 7, NEW WESTMINSTER, BC V3M 5Y1TORONTO | *VIA Deutsche Post* |
| 10924 | INDUSTRIA CERAMICA COSTARRICENSE SA, LA URUCA, AUTOP. GENERAL CANAS, SAN JOSE, 0CRI | *VIA Deutsche Post* |
| 10924 | INDUSTRIA DE PINTURAS POPULAR, S.A., PROL. AVE. 27 DE FEBRERO ESQ. ISABE, SANTO DOMINGO, SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAL & AUTOMOTIVE FASTNERS, 3200 W 14 MILE ROAD, ROYAL OAK, MI 48073 | |
| 10925 | INDUSTRIAL & COMMERCIAL ENGINEERS, 183 WHITING ST SUITE 11, HINGHAM, MA 02043-3845 | |
| 10924 | INDUSTRIAL & COMMERCIAL, P.O. BOX 820004, MEMPHIS, TN 38182 | |
| 10925 | INDUSTRIAL & SHIPPERS SUPPLY INC., 1251 LATHROP ST, HOUSTON, TX 77020-7593 | |
| 10925 | INDUSTRIAL & SHIPPERS SUPPLY INC., 1251 LATHROP ST., HOUSTON, TX 77020-7593 | |
| 10925 | INDUSTRIAL ACCESSORIES CO., 4800 LAMAR, SUITE. 203, MISSION, KS 66202 | |
| 10924 | INDUSTRIAL ADHESIVES OF INDIANA, 5616 MASSACHUSETTS AVENUE, INDIANAPOLIS, IN 46218-2571 | |
| 10925 | INDUSTRIAL AIR CENTERS, 11371 WILLIAMSON AVE., CINCINNATI, OH 45242 | |
| 10925 | INDUSTRIAL AIR CENTERS, PO BOX 9147, LOUISVILLE, KY 40209 | |
| 10925 | INDUSTRIAL AIR COMPRESSORS, 3020 SOUTH FAIRVIEW ST, SANTA ANA, CA 92704 | |
| 10925 | INDUSTRIAL AIR CONDITIONING INC, 253 LOW ST #244, NEWBURYPORT, MA 01950 | |
| 10924 | INDUSTRIAL AND COMMERCIAL RIO BRAVO, 1545 GOODYEAR DR. SUITE 2, EL PASO, TX 79936 | |
| 10925 | INDUSTRIAL APPLICATIONS COMPANY, PO BOX 9510, KNOXVILLE, TN 73940-0510 | |
| 10925 | INDUSTRIAL AUDIOLOGY CONSULTANTS, 3435 HARRISON BLVD SUITE 4, OGDEN, UT 84403 | |
| 10924 | INDUSTRIAL AUTOMATION CONTROLS (AD), 1901 IAC DRIVE, MEMPHIS, TN 38116 | |
| 10925 | INDUSTRIAL BIKE SHOP, INC, 429 E. YOUNG ST., BRIDGE CITY, TX 77611 | |
| 10925 | INDUSTRIAL BLADE & PRODUCT, 2230 S RITCHEY, SANTA ANA, CA 92705 | |
| 10925 | INDUSTRIAL BOILER & MECH CO., PO BOX 5100, CHATTANOOGA, TN 37406 | |
| 10925 | INDUSTRIAL CARPET CORP, 2381 UNITED LANE, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | INDUSTRIAL CASTER & WHEEL CO,INC, 2200 CARDEN ST, SAN LEANDRO, CA 94577 | |
| 10924 | INDUSTRIAL CHEMICALS INC., 2540 BELLWOOD ROAD, RICHMOND, VA 23237 | |
| 10924 | INDUSTRIAL CHEMICALS INC., PO BOX 34365, RICHMOND, VA 23234 | |
| 10925 | INDUSTRIAL CHEMICALS, INC, PO BOX 20688, BIRMINGHAM, AL 35216 | |
| 10924 | INDUSTRIAL CHEMICALS, INC., 2540 BELLWOOD ROAD, RICHMOND, VA 23237-1308 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | INDUSTRIAL CHEMICALS, INC., PO BOX 34365, RICHMOND, VA 23234-0365 | |
| 10925 | INDUSTRIAL CHEMISTRY RESEARCH, UL. RYDYGIERA 8, WARSZAWA, 01-793POLAND | *VIA Deutsche Post* |
| 10925 | INDUSTRIAL CLEANING EQUIPMENT CO, PO BOX 70, REIDVILLE, SC 29375 | |
| 10925 | INDUSTRIAL CLINIC - HMC, 1100 SPRING ST, ATLANTA, GA 30309 | |
| 10924 | INDUSTRIAL CO., P. O. BOX 679, PRAIRIEVILLE, LA 70769 | |
| 10924 | INDUSTRIAL COATING CONTRACTORS, LA RIVIERA RIO PIEDRAS, 1409 SAN PATRICIO AVENUE, SAN JUAN, PR 921PUERTO RICO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAL COATING CONTRACTORS, LA RIVIERA RIO PIEDRAS,, 1409 SAN PATRICIO AVENUE, LA, SAN JUAN, PR 921PUERTO RICO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAL COATING SPECIALITIES, 5521 MITCHELLDALE STREET, HOUSTON, TX 77092 | |
| 10924 | INDUSTRIAL COATING SPECIALTIES, 5521 MITCHELLDALE STREET, HOUSTON, TX 77092 | |
| 10925 | INDUSTRIAL COMPONENTS CORP, 1101 HORIZON DR, ATCHISON, KS 66002 | |
| 10925 | INDUSTRIAL COMPONENTS INC., 99 E CENTRE ST, NUTLEY, NJ 07110 | |
| 10924 | INDUSTRIAL COMPONENTS OF WEST., 626  3RD STREET, MAMARONECK, NY 10543 | |
| 10925 | INDUSTRIAL COMPUTER SOURCE, 6260 SEQUENCE DR, SAN DIEGO, CA 92121-4371 | |
| 10925 | INDUSTRIAL COMPUTING SOCIETY, PO BOX 3561, DURHAM, NC 27702 | |
| 10925 | INDUSTRIAL CONSTRUCTION INC, 2929 SOUTH 18TH AVE., BROADVIEW, IL 60155-4757 | |
| 10925 | INDUSTRIAL CONSTRUCTION INC, 9424 NEWBURGH, LIVONIA, MI 48150-3429 | |
| 10925 | INDUSTRIAL CONTAINER AND SUPPLY CO., PO BOX 26668, SALT LAKE CITY, UT 84126-0668 | |
| 10924 | INDUSTRIAL CONTAINER RECYCLING, 360 OSEE STREET, BLACKSBURG, SC 29702 | |
| 10925 | INDUSTRIAL CONTAINERS INC, POBOX 46239, CLEVELAND, OH 44146 | |
| 10924 | INDUSTRIAL CONTAINERS LTD., 120 WALKER DRIVE, BRAMPTON, ONTARIO, ON L6W 3H9TORONTO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAL CONTAINERS LTD., 2069 PIGEON STREET, LASALLE, QUEBEC, QC O0O 0O0TORONTO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAL CONTAINERS LTD., 2079 PIGEON STREET, LASALLE, QUEBEC, QC H8N 1A8TORONTO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAL CONTAINERS LTD., 27 HANSEN ROAD SOUTH, BRAMPTON, ON L6W 3H7TORONTO | *VIA Deutsche Post* |
| 10925 | INDUSTRIAL CONTROLS, INC, PO BOX 8935, GREENVILLE, SC 29604 | |
| 10925 | INDUSTRIAL COUNCIL, THE, PO BOX 911039, COMMERCE, CA 90040 | |
| 10925 | INDUSTRIAL COUNCIL/CHAMBER OF, POBOX 911039, COMMERCE, CA 90040 | |
| 10924 | INDUSTRIAL CTG SPEC, 5521 MITCHELLDALE STREET, HOUSTON, TX 77092 | |
| 10924 | INDUSTRIAL DESIGN LABS DEFENSE, 1413 JAYKEN WAY, SUITE A, CHULA VISTA, CA 91911 | |
| 10924 | INDUSTRIAL DEVL.BOARD, C/O S.R.D., PLEASANT GROVE, AL 35127 | |
| 10925 | INDUSTRIAL DISTRIBUTION ASSOCIATION, 3 CORPORATE SQ., STE 201, ATLANTA, GA 30329 | |
| 10925 | INDUSTRIAL DISTRIBUTION CONSULTANTS INC, 118 W ST SBORO RD, PMB 210, HUDSON, OH 44236 | |
| 10924 | INDUSTRIAL DISTRIBUTION GROUP, ATLANTIC INDUSTRIAL SUPPLY CO., PO BOX2006, NASHUA, NH 03061-2006 | |
| 10924 | INDUSTRIAL DISTRIBUTORS, INC., 10515 E. 40TH AVENUE, DENVER, CO 80239 | |
| 10924 | INDUSTRIAL DISTRIBUTORS, INC., 902 SAN JUAN BLVD #G, FARMINGTON, NM 87401 | |
| 10924 | INDUSTRIAL DISTRIBUTORS, INC., ATTN: JOHN HOLLAND, 10515 E. 40TH AVENUE, DENVER, CO 80239 | |
| 10925 | INDUSTRIAL DOCK SPECIALISTS, 15437 MCKASKLE RD, SUGAR LAND, TX 77478-1311 | |
| 10925 | INDUSTRIAL DR. MAINT., 12232 INDUSTRIPLEX BLVD., STE. 12, BATON ROUGE, LA 70809 | |
| 10924 | INDUSTRIAL DRUG SUPPLIES, 194 HANSE AVENUE, FREEPORT, NY 11520 | |
| 10925 | INDUSTRIAL DYNAMICS COMPANY INC, 3100 FUJITA ST, TORRANCE, CA 90505-4444 | |
| 10925 | INDUSTRIAL DYNAMICS COMPANY, ATTN: ACCOUNTS PAYABLE, TORRANCE, CA 90509 | |
| 10925 | INDUSTRIAL ELECTRIC SUPPLY, POBOX 100699, BIRMINGHAM, AL 35210-0699 | |
| 10925 | INDUSTRIAL EMPLOYERS & DIST ASSO, POBOX 8824, EMERYVILLE, CA 94662 | |
| 10925 | INDUSTRIAL EMPLOYERS & DISTRIB, IEDA HWL TRUST, SAN FRANCISCO, CA 94139-0001 | |
| 10925 | INDUSTRIAL ENGINEERING COMPANY, 2501 JOHN YOUNG PKWY, ORLANDO, FL 32804 | |
| 10924 | INDUSTRIAL EQUIOPMENT TECHNOLOGY, 612 N ORANGE AV, JUPITER, FL 33458 | |
| 10924 | INDUSTRIAL EQUIPMENT CO, 2554 HENDERSON ROAD, TUCKER, GA 30084 | |
| 10924 | INDUSTRIAL EQUIPMENT TECHNOLOGY, PO BOX1616, JUPITER, FL 33468 | |
| 10925 | INDUSTRIAL FILTER MANUFACTURER, 10244 HEDDEN ROAD, EVANSVILLE, IN 44711 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   INDUSTRIAL FIRE EQUIPMENT CO., PO BOX 24143, HOUSTON, TX 77229

10925   INDUSTRIAL FLOOR CORPORATION, THE PAVILLION, STE. 612, JENKINTOWN, PA 19046

10925   INDUSTRIAL FLOOR MAINTENANCE INC, 314 17TH AVE NORTH, HOPKINS, MN 55343-7343

10925   INDUSTRIAL FOOTWEAR CORP, POBOX 529300, LONGWOOD, FL 32752

10925   INDUSTRIAL FORK LIFE SERVICE, 2851 DUCAN DR, SAINT CHARLES, IL 60174

10925   INDUSTRIAL GAS SPRINGS INC, 4615 WEST CHESTER PIKE, NEWTOWN SQ, PA 19073

10925   INDUSTRIAL GOLF LEAGUE, 9735 SHADOW VALLEY CIRCLE, CHATTANOOGA, TN 37421

10924   INDUSTRIAL GYPSUM CO., INC., 2750 W. 35TH ST., CHICAGO, IL 60632

10924   INDUSTRIAL GYPSUM, PO BOX90019, MILWAUKEE, WI 53209

10925   INDUSTRIAL HARDWARE, 236 LANCASTER ST, LEOMINSTER, MA 01453

10925   INDUSTRIAL HEAT TREATING INC, 22-26 DENSMORE ST, NORTH QUINCY, MA 02171

10925   INDUSTRIAL HOSE & HYDRAULICS, INC., 2450 N. POWERLINE ROAD, POMPANO BEACH, FL 33069

10925   INDUSTRIAL HYDRO TECHNOLOGIES, 1770 RIDGEVILLE DR., ROSWELL, GA 30075

10925   INDUSTRIAL INFO., 2601 W. 16TH ST., BROADVIEW, IL 60153-4508

10925   INDUSTRIAL INFORMATION RESOURCES, 11011 RICHMOND AVE, HOUSTON, TX 77042

10925   INDUSTRIAL INFORMATION RESOURCES, 6161 SAVOY DR SUITE 150, HOUSTON, TX 77036-3316

10925   INDUSTRIAL INSTRUMENT SERVICE, CORPORATION, 5643 WEST 63RD PLACE, CHICAGO, IL 60638

10925   INDUSTRIAL KILN & DRYER, PO BOX 436089, LOUISVILLE, KY 40253-6089

10925   INDUSTRIAL KILN & DRYER, PO BOX 436707, LOUISEVILLE, KY 40253

10925   INDUSTRIAL LABOR SERVICES INC, DEPT 77-2955, CHICAGO, IL 60678-2955

10925   INDUSTRIAL LABOR SERVICES, 5703 WEST CERMAK, CICERO, IL 60650

10925   INDUSTRIAL MACHINE, MANUFACTURING, INC, 8140 VIRGINIA PINE COURT, RICHMOND, VA 23237

10925   INDUSTRIAL MACHINERY DIGEST, PO BOX 12846, BIRMINGHAM, AL 35202-2846

10925   INDUSTRIAL MACHINERY DIV., 1431 PERCHING RD, CHICAGO, IL 60609

10925   INDUSTRIAL MAGNETICS, 240 FORREST AVE., STE 503, PO BOX 4779, CHATTANOOGA, TN 37405-0779

10925   INDUSTRIAL MAGNETICS, INC, PO BOX 80, BOYNE CITY, MI 48712-0080

10925   INDUSTRIAL MAGNETICS, PO BOX 80, BOYNE CITY, MI 49712-0080

10925   INDUSTRIAL MAINT. & FABRICATERS INC, 296 INDUSTRIAL LANE, RAEFORD, NC 28376

10925   INDUSTRIAL MARINE SERVICE INC, POBOX 1779, NORFOLK, VA 23501-1779

10925   INDUSTRIAL MEDICAL CENTER, 61 MAIN ST, STONEHAM, MA 02180

10925   INDUSTRIAL METAL PROCESSING INC, POBOX 578, LYMAN, SC 29365-0578

10925   INDUSTRIAL METALS COMPANY, PO BOX 20316, BEAUMONT, TX 77720-0316

10925   INDUSTRIAL METALS, PO BOX 2597, SULPHUR, LA 70664

10925   INDUSTRIAL METER & EQUIPMENT CO INC, 1118 N MAIN STE 2I, PEARLAND, TX 77581-2200

10925   INDUSTRIAL METER & EQUIPMENT CO INC, 1118 N MAIN SUITE 2H, PEARLAND, TX 77581-2200

10925   INDUSTRIAL MID/WEC CAPACITOR CORP, 105 SKYPORT DR, SCOTTSBLUFF, NE 69361

10925   INDUSTRIAL MINE & SUPPLY CO., THE MINE SUPPLY CO INC, 402 SOUTH MAIN, PO BOX 1330, CARLSBAD, NM 88221

10925   INDUSTRIAL MOVERS, INC, 5722 ESTE AVE, CINCINNATI, OH 45232-1435

10925   INDUSTRIAL NETWORK SYSTEMS, 350 W. KENSINGTON RD. SUITE 107, MOUNT PROSPECT, IL 60056

10925   INDUSTRIAL NETWORK SYSTEMS, 350 WEST KENSINGTON STE #107, MOUNT PROSPECT, IL 60056

10925   INDUSTRIAL NOISE CONTROL INC., 1411 JEFFREY DRIVE, ADDISON, IL 60101

10925   INDUSTRIAL PACKAGING SUPPLIES INC, PO BOX 26269, GREENVILLE, SC 29616

10925   INDUSTRIAL PACKAGING SUPPLY, PO BOX 340044, BOSTON, MA 02241-0444

10925   INDUSTRIAL PIPE & STEEL, 9936 EAST RUSH, SOUTH EL MONTE, CA 91733

10924   INDUSTRIAL PLASTIC PRODUCTS, 14025 N.W. 58TH COURT, HIALEAH, FL 33014

10925   INDUSTRIAL PLASTIC TECHNOLOGIES, 1140 RIVERS EDGE ROAD, PINEVILLE, NC 28134

10925   INDUSTRIAL PLASTICS TECHNOLOGY, PO BOX 13346, BALTIMORE, MD 21203

10925   INDUSTRIAL POLY MFG, INC, 660 SOUTH 21ST. ST, IRVINGTON, NJ 07111

10925   INDUSTRIAL POLY MFG. INC., 2529 BRUNSWICK AVE, LINDEN, NJ 07036

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   INDUSTRIAL POWER & EQUIPMENT CO., I, 156 FIFTH AVENUE, NEW YORK, NY 10010

10925   INDUSTRIAL POWER & RUBBER CO., 4846 E. NAPOLEON, SULPHUR, LA 70663

10925   INDUSTRIAL POWER & RUBBER INC., 4846 E. NAPOLEON, SULPHUR, LA 70663

10925   INDUSTRIAL POWER DRIVES AND, POBOX 668, LYMAN, SC 29365

10925   INDUSTRIAL PRODUCTS CO., PO BOX 100216, BIRMINGHAM, AL 35210

10924   INDUSTRIAL PRODUCTS CO.IN, PO BOX 272, MOUNT PLEASANT, TN 38474

10924   INDUSTRIAL PRODUCTS, PO BOX272, MOUNT PLEASANT, TN 38474

10925   INDUSTRIAL PRODUCTS, POBOX 272, MOUNT PLEASANT, TN 38474

10925   INDUSTRIAL PROTECTION PRODUCTS INC, PO BOX 685, WILMINGTON, MA 01887

10925   INDUSTRIAL PUBLISHERS, URB. LA CUMBRE, 271 SIERRA MORENA - SUITE 501, SAN JUAN, PR   *VIA Deutsche Post*
00926PUERTO RICO

10925   INDUSTRIAL PUMP SALES & SERVICE INC, 37 WM S CANNING BLVD, TIVERTON, RI 02878

10925   INDUSTRIAL REBUILD INC, 1714 FIRST AVE SOUTH, SEATTLE, WA 98134

10925   INDUSTRIAL RELATIONS CENTER CALTECH, INDUSTRIAL RELATIONS CTR 1-90, PASADENA, CA
91125

10925   INDUSTRIAL REPRESENTATIVES INC, 8430 GROSS POINT RD, SKOKIE, IL 60077

10925   INDUSTRIAL RESEARCH INST, 1550 M ST N W, WASHINGTON, DC 20005-1712

10925   INDUSTRIAL RESEARCH INSTITUTE, 1550 M ST NW SUITE 1100, WASHINGTON, DC 20005-1712

10924   INDUSTRIAL ROOFING, 5604 MANSFIELD RD, SHREVEPORT, LA 71108

10925   INDUSTRIAL ROPE SUPPLY COMPANY INC., 5250 RIVER ROAD, PO BOX 33170, CINCINNATI, OH
45233

10925   INDUSTRIAL RUBBER & MECHANICS INC, PO BOX 363713, SAN JUAN, PR 00936-3713

10925   INDUSTRIAL RUBBER & MECHANICS INC, PO BOX 363713, SAN JUAN, PR 00936-3713PUERTO RICO   *VIA Deutsche Post*

10925   INDUSTRIAL RUBBER & MECHANICS, PO BOX 363713, SAN JUAN, PR 00936PUERTO RICO   *VIA Deutsche Post*

10925   INDUSTRIAL RUBBER & SAFETY, PO BOX 911, CHATTANOOGA, TN 37401

10925   INDUSTRIAL RUBBER CO, 938-940 SOUTH ELMORA AVE, ELIZABETH, NJ 07207-0359

10924   INDUSTRIAL RUBBER PRODUCTS, 415 SONNIER ROAD, CARENCRO, LA 70520

10924   INDUSTRIAL SAFETY & SUPPLY CO., 176 NEWINGTON ROAD, WEST HARTFORD, CT 06110

10925   INDUSTRIAL SAFETY & SUPPLY CO., PO BOX 330720, WEST HARTFORD, CT 06133-0720

10925   INDUSTRIAL SAFETY CO, 1390 NEUBRECHT RD, LIMA, OH 45801-3196

10924   INDUSTRIAL SAFETY PRODUCTS, 6091 CAREY DR., VALLEY VIEW, OH 44125

10924   INDUSTRIAL SAFETY SUPPLY, 1117 SOUTH EAST 29TH STREET, OKLAHOMA CITY, OK 73129

10925   INDUSTRIAL SAFETY SUPPLY, PO BOX 8686, EMERYVILLE, CA 94662

10925   INDUSTRIAL SALES CO INC, PO BOX 26147, SHAWNEE MISSION, KS 66225

10925   INDUSTRIAL SALES CO., PO BOX 2148, WILMINGTON, NC 28402

10925   INDUSTRIAL SCALE CO,INC, PO BOX 15457, HOUSTON, TX 77020

10925   INDUSTRIAL SCALES & SYSTEMS, INC, 4295 CROMWELL RD., SUITE 615, CHATTANOOGA, TN 37421

10925   INDUSTRIAL SCALES OF GA, PO BOX 46, MABLETON, GA 30126

10925   INDUSTRIAL SCALES OF GEORGIA, 5421 LEDFORD DR, AUSTELL, GA 30001

10925   INDUSTRIAL SCIENTIFIC CORP., PO BOX 360939M, PITTSBURGH, PA 15251

10925   INDUSTRIAL SCRAP CORP., PO BOX 464, EAST CHICAGO, IN 46312-0464

10925   INDUSTRIAL SCRAP LLC DBA OMNISOURCE, 425 W 152ND ST, EAST CHICAGO, IN 46312

10925   INDUSTRIAL SCREEN SUPPLY, BOX 85, CANTON, MA 02021

10925   INDUSTRIAL SEMINARS, 7 TAVERN ST, SHREWSBURY, MA 01545

10925   INDUSTRIAL SERVICE CONTRACTORS, 1003 MT. HOLLY DR., ANNAPOLIS, MD 21401

10925   INDUSTRIAL SERVICE CONTRACTORS, PO BOX 35051, BALTIMORE, MD 21222-7051

10925   INDUSTRIAL SERVICE PRODUCT CO., 8448 W.45TH ST, LYONS, IL 60534

10925   INDUSTRIAL SERVICE PRODUCTS CO, 8448 W 45TH ST, LYONS, IL 60534

10925   INDUSTRIAL SERVICE PRODUCTS, 8448 WEST 45TH ST, LYONS, IL 60534

10925   INDUSTRIAL SERVICE PRODUCTS, 8448 WEST 45TH. ST, LYONS, IL 60534

10925   INDUSTRIAL SHOWS OF LATIN AMERICA INC, #NAME?, TIMONIUM, MD 21093

10925   INDUSTRIAL STAINLESS CORP, PO BOX 2368, TOA BAJA, PR 00951-2661

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | INDUSTRIAL STAINLESS CORP, PO BOX J, TOA BAJA, PR 00759PUERTO RICO | *VIA Deutsche Post* |
| 10925 | INDUSTRIAL SUPPLIES INC, DRAWER 221, POBOX 11407, BIRMINGHAM, AL 35246-0221 | |
| 10924 | INDUSTRIAL SUPPLY SOLUTIONS, 1508 4TH AVE. S.E., HICKORY, NC 28603 | |
| 10924 | INDUSTRIAL SUPPLY SOLUTIONS, POB 11209, CHARLESTON, WV 25339 | |
| 10925 | INDUSTRIAL SUPPLY SOLUTIONS, POBOX 1866, CHARLESTON, WV 25327 | |
| 10924 | INDUSTRIAL SYSTEM ASSOCIATES, GREER, SC 29651 | |
| 10925 | INDUSTRIAL SYSTEMATICS CORP, 4075 N HWY 19A, RILEYS PARK, FL 32757 | |
| 10924 | INDUSTRIAL SYSTEMS ASS., 1618 A BUSTLETON RD, FEASTERVILLE, PA 19053 | |
| 10924 | INDUSTRIAL SYSTEMS ASSOC., CAMBRIDGE, MA 02140 | |
| 10924 | INDUSTRIAL SYSTEMS ASSOC., GREER, SC 29651 | |
| 10925 | INDUSTRIAL TECH, INC, PO BOX 113, PERRY HALL, MD 21128 | |
| 10925 | INDUSTRIAL TECHTRONICS, PO BOX 1128, ANN ARBOR, MI 48106 | |
| 10925 | INDUSTRIAL TECTONICS INC., PO BOX 77582, DETROIT, MI 48277 | |
| 10925 | INDUSTRIAL THERMAL INDUSTRIES, INC, PO BOX 212137, AUGUSTA, GA 30917-2137 | |
| 10925 | INDUSTRIAL THERMAL SYSTEMS, INC, 4815 PARA DRIVE, CINCINNATI, OH 45237 | |
| 10924 | INDUSTRIAL THREADED PRODUCTS, 56 PENATAQUIT AVENUE, BAYSHORE, NY 11706 | |
| 10925 | INDUSTRIAL TIRE EX-HOUSTON, 3635 TRAILMOBILE DR., HOUSTON, TX 77013 | |
| 10925 | INDUSTRIAL TIRE EX-HOUSTON, PO BOX 30728, CHARLOTTE, NC 28230 | |
| 10925 | INDUSTRIAL TIRE SERVICE, 9147 OLD ATLANTA HWY, COVINGTON, GA 30014 | |
| 10925 | INDUSTRIAL TOOL & ENGINEERING, INC, PO BOX 370, WARRENVILLE, SC 29851-0370 | |
| 10925 | INDUSTRIAL TOOL & ENGINEERING, RT. 2, BOX 58-A, WARRENVILLE, SC 29851 | |
| 10925 | INDUSTRIAL TOWEL SUPPLY, PO BOX 8, LAUREL, MD 20725-0008 | |
| 10925 | INDUSTRIAL VALVE & AUTOMATION CO, 231 SOUTH FRONTAGE ROAD UNIT 5, HINSDALE, IL 60521 | |
| 10925 | INDUSTRIAL VALVE & AUTOMATION, 231 S FRONTAGE RD., UNIT 5, HINSDALE, IL 60521 | |
| 10925 | INDUSTRIAL VALVE & AUTOMATION, SUITE 5, HINSDALE, IL 60521 | |
| 10925 | INDUSTRIAL VALVE &, 231 S. FRONTAGE RD. UNIT 5, HINSDALE, IL 60521 | |
| 10925 | INDUSTRIAL VALVES & POWER, INC, C/O ENGINEERED SYSTEMS & PRODUCTS, 3638 BIENVILLE BLVD., OCEAN SPRINGS, MS 39564 | |
| 10925 | INDUSTRIAL VALVES & POWER, INC, PO BOX 531, OCEAN SPRINGS, MS 39566 | |
| 10925 | INDUSTRIAL VALVES AND POWER, INC, PO BOX 531, OCEAN SPRINGS, MS 39566-0531 | |
| 10925 | INDUSTRIAL VIBRATION CONSULTANTS, INC, 210 S. WEST ST., LEBANON, OH 45036 | |
| 10925 | INDUSTRIAL WASTE MANAGEMENT LLC, PO BOX 825, FREDERICKSBURG, VA 22404 | |
| 10925 | INDUSTRIAL WASTE MGMT. INC., PO BOX 157, GROSSE ILE, MI 48138 | |
| 10924 | INDUSTRIAL WASTE, 5601 STATE ST., MONTCLAIR, CA 91763 | |
| 10924 | INDUSTRIAL WASTE, 5601 STATE ST., ONTARIO, CA 91762 | |
| 10925 | INDUSTRIAL WATER RECYCLING INC, 2611 UPPER RIVER ROAD, LOUISVILLE, KY 40206 | |
| 10925 | INDUSTRIAL WATER RE-CYCLING, 600 WEST NINTH ST, JEFFERSONVILLE, IN 47130 | |
| 10925 | INDUSTRIAL WATER SERVICES INC, THOMAS DUDLEY, 1640 TALLEYRAND AVE, JACKSONVILLE, FL 32206 | |
| 10925 | INDUSTRIAL WELDING, 1706 SOUTH MAYFIELD AVE, ALSIP, IL 60803 | |
| 10924 | INDUSTRIAL WHOLESALE ELECTRIC, 1500 S. GRIFFITH AVE, LOS ANGELES, CA 90021 | |
| 10925 | INDUSTRIAL WIPER & PAPER CORP, 200 SPRUCE ST, CHELSEA, MA 02150-5679 | |
| 10925 | INDUSTRIAL WIPER & PAPER CORP, PO BOX 505679, CHELSEA, MA 02150-5679 | |
| 10925 | INDUSTRIAL WIPER & PAPER INC., 200 SPRUCE ST, CHELSEA, MA 02150 | |
| 10925 | INDUSTRIAL WIPER & SUPPLY INC., 620 ORVIS AVE, SAN JOSE, CA 95112 | |
| 10925 | INDUSTRIAL WIRE ROPE & SUPPLY, 1928 S. GREENWOOD AVE., CHATTANOOGA, TN 37404 | |
| 10925 | INDUSTRIAL WIRE ROPE & SUPPLY, PO BOX 95-3289, SAINT LOUIS, MO 63195-3289 | |
| 10925 | INDUSTRIAS ASTRAL SA DE CV, 606 STONE AVE, LAREDO, TX 78040 | |
| 10925 | INDUSTRIAS ASTRAL SA DE CV, APDO POSTAL 262, QUERETARO QRO, 76120MEXICO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAS LAVADOR C POR A, AVE SAN MARTIN   NO. 116, SANTO DOMINGO, 0SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAS QUIMICAS QUIMASOC LTDA, MANUEL ANTONIO MATTA 1920-C, SANTIAGO, CHL | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | INDUSTRIAS QUIMICAS QUIMASOC, C/O, .?, CHL | *VIA Deutsche Post* |
| 10924 | INDUSTRIAS RAYEED,S.A.DE C.V., STA.ISABEL TOLA, MEXICO D.F., 07010MEXICO | *VIA Deutsche Post* |
| 10924 | INDUSTRIAS VAGO DE MEXICO S.A. DE C, LA FAME, SANTA CALORINA N.L., 0MEXICO | *VIA Deutsche Post* |
| 10925 | INDUSTRICORP, INC, PO BOX 43193, BALTIMORE, MD 21236 | |
| 10925 | INDUSTRIES DE FABRICATION GAMAR, 315 BLVD MGR. LANGLOIS, VALLEYFIELD, QC J6S 4V3CANADA | *VIA Deutsche Post* |
| 10925 | INDUSTRO EQUIPMENT & SUPPLY CO., 1701 CHICKAMAUGA LOOP, PO BOX 8414, CHATTANOOGA, TN 37411-0414 | |
| 10925 | INDUSTRY READY MIX, HWY 159 EAST, INDUSTRY, TX 78944 | |
| 10924 | INDUSTRY READY MIX, P. O. BOX 92, INDUSTRY, TX 78944 | |
| 10924 | INDUSTRY READY MIX, P.O.BOX 92, INDUSTRY, TX 78944 | |
| 10925 | INEOS LLC, PO BOX 367, NEW YORK, NY 10008 | |
| 10925 | INEOS SILICAS AMERICAS, LLC, 101 INGALLS AVE., JOLIET, IL 60435 | |
| 10925 | INEOS SILICAS AMERICAS, LLC, PO BOX 589, NEW YORK, NY 10008-0589 | |
| 10925 | INES SCUTARO, 2 LUNDY LANE, LARCHMONT, NY 10538-2528 | |
| 10925 | INEZ I TRUMPE, 2412 BEARDSTOWN RD, SPRINGFIELD, IL 62702-3401 | |
| 10925 | INEZ LOPEZ, 715 RIVER AVE, PROVIDENCE, RI 02908-2312 | |
| 10925 | INFANTE, SARAH, 515 MAIN ST APT 6A, CHATHAM, NJ 07928 | |
| 10925 | INFINART INC, POBOX 96, NEWTON CENTER, MA 02159 | |
| 10925 | INFINITE CORP. SOLUTIONS INC., 1400 BATTLTGROUND AVE, GREENSBORO, NC 27408 | |
| 10925 | INFINITY PACKAGING INC, 2 EMERY AVE, RANDOLPH, NJ 07869 | |
| 10924 | INFLATION SYSTEMS INC. (ISI), 9255 RANDOLPH ROAD N.E., MOSES LAKE, WA 98838 | |
| 10924 | INFLATION SYSTEMS INC., 9255 RANDOLPH ROAD N.E., MOSES LAKE, WA 98837 | |
| 10925 | INFO ARCHITECTURE GROUP INC, THE, 300 PEARL ST, BUFFALO, NY 14202 | |
| 10925 | INFO PROTECTIVE SERVICES, INC, PO BOX 2546, BELLAIRE, TX 77402-2546 | |
| 10925 | INFO RESOURCES, INC, 1201 SEVEN LOCKS RD, SUITE 300, POTOMAC, MD 20854 | |
| 10925 | INFO RESOURCES, INC, 499 S. CAPITOL ST. SW, SUITE 406, WASHINGTON, DC 20003 | |
| 10925 | INFO SYSTEMS INC., 590 CENTURY BLVD, WILMINGTON, DE 19808 | |
| 10925 | INFO SYSTEMS, INC, 590 CENTURY BLVD, WILMINGTON, DE 19808 | |
| 10925 | INFO TEAM INC, THE, PO BOX 15640, PLANTATION, FL 33318-5640 | |
| 10925 | INFO/ED, 1329 HIGHLAND AVE -4A, NEEDHAM, MA 02192 | |
| 10925 | INFOEDGE, TWO STAMFORD LANDING, STAMFORD, CT 06902 | |
| 10924 | INFO-MART CBD BUILDING, 1807 ROSS AVENUE, DALLAS, TX 75201 | |
| 10925 | INFOPRAG CONSULTING INC, 148 SILVERGROVE PLACE NW, CALGARY, AB T3B 4T4CANADA | *VIA Deutsche Post* |
| 10925 | INFORM BUSINESS SYSTEMS INC, 10516 SUMMIT AVE #200, KENSINGTON, MD 20895 | |
| 10925 | INFORM INC, PO BOX 785, SHELTON, CT 06484 | |
| 10925 | INFORMA PUBLISHING GROUP LTD, PO BOX 1017, WESTBOROUGH, MA 01581-6017 | |
| 10925 | INFORMATION EXPRESS, 3221 PORTER DR, PALO ALTO, CA 94304-1225 | |
| 10925 | INFORMATION EXPRESS, 3221 PORTER DR., PALO ALTO, CA 94304-1225 | |
| 10925 | INFORMATION HANDLING SERVICES, PO BOX 8500, PHILADELPHIA, PA 19178-4425 | |
| 10925 | INFORMATION MGMT INSTITUTE, INC, RR1 BOX 2030, KINGFIELD, ME 04947 | |
| 10925 | INFORMATION NETWORK FOR SUPERFUND, 1800 M ST, WASHINGTON, DC 20036 | |
| 10925 | INFORMATION NETWORK FOR, THE, 1800 M ST , NW, WASHINGTON, DC 20036 | |
| 10925 | INFORMATION PROTECTIVE SERVICES, IN, PO BOX 2546, 2546, BELLAIRE, TX 77402-2546 | |
| 10925 | INFORMATION PROTECTIVE SERVICES, PO BOX 2546, BELLAIRE, TX 77402-2546 | |
| 10925 | INFORMATION REFERENCE GRP, PO BOX 71515, CHICAGO, IL 60694-1515 | |
| 10925 | INFORMATION REQUIREMENTS, 5600 SOUTH QUEBEC ST, ENGLEWOOD, CO 80111 | |
| 10925 | INFORMATION RESOURCES INC, PO BOX 71156, CHICAGO, IL 60694 | |
| 10925 | INFORMATION RESOURCES, INC, PO BOX 71156, CHICAGO, IL 60694-1156 | |
| 10925 | INFORMATION STORE INC, PO BOX 3691, SAN FRANCISCO, CA 94119-3691 | |
| 10925 | INFORMATION SYSTEMS AUDIT AND, 135 S.LASALLE DEPT.1055, CHICAGO, IL 60674-1055 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 INFORMATIONS SYSTEMS, DEVELOPMENT, C/O B H ROBINSON, PODRAWER X, MUSKOGEE, OK 74402-7028

10925 INFORMER, 111 MARION AVE SUITE 1, NASHVILLE, TN 37216

10925 INFORMIX SOFTWARE INC, FILE N 92127, SAN FRANCISCO, CA 94160-2127

10925 INFORMIX SOFTWARE INC, FILE NO 92127, SAN FRANCISCO, CA 94160-2127

10925 INFORMIX SOFTWARE INC, PO BOX 60000, SAN FRANCISCO, CA 94160-2127

10925 INFORMIX, 4100 BOHANNON DR, MENLO PARK, CA 94025

10925 INFOSOURCE, INC, 6953 UNIVERSITY BLVD, WINTER PARK, FL 32792

10925 INFOTECH CONTRACT SERVICES, ICS LOCKBOX, POBOX 281578, ATLANTA, GA 30384-1578

10925 INFOTEL PUBLICATIONS, 100 WALNUT ST, CHAMPLAIN, NY 12919

10925 INFOTEL PUBLICATIONS, 5 COTON LANE, CHAMPLAIN, NY 12919

10925 INFOTRIEVE, INC, 10850 WILSHIRE BLVD., 8TH FL, LOS ANGELES, CA 90024-9113

10925 INFRA SA, AVE CHICAGO EDIF INFRA, CALIFORNIA SUR CARACAS, CARACAS, 01070VENEZUELA    *VIA Deutsche Post*

10925 INFRA-IND NACIONCAL FABRICA RADIADO, LA CALIFORNIA SUR, CARACAS, 0VENEZUELA    *VIA Deutsche Post*

10925 INFRAPAK, INC, PO BOX 600, WARRENVILLE, IL 60555

10925 INFRARED ANALYZERS INC., 237 COMMERCE ST STE 260, WILLISTON, VT 05495-7157

10925 INFRA-RED BUILDING AND POWER SERVIC, PO BOX 243, AVON, MA 02322

10925 INFRARED INSPECTIONS, INC, 6554 SOUTH AUSTIN, BEDFORD PARK, IL 60638

10925 INFRARED RESEARCH, INC, 100 PARK CITY ROAD, ROSSVILLE, GA 30741

10925 INFUSINO, CHRISTOPHER, 19510 60TH ST, BRISTOL, WI 53104

10925 ING BANK, IBN/2B/ZPD/BANKGZ HG 0106, PO BOX 1800 1000BV, AMSTERDAM, NETHERLANDS    *VIA Deutsche Post*

10924 ING. FRANCISCO ALIPAZ, ENTRE 19 Y 20 DE CALACOTO, LA PAZ, BOL    *VIA Deutsche Post*

10925 INGALDSON MAASSEN, 711 H ST, SUITE 500, ANCHORAGE, AK 99801-3442

10925 INGALL, BEATRICE, 309 EAST 7TH ST, BLOOMINGTON, IN 47408

10925 INGALLS & SNYDER, 61 BROADWAY, NEW YORK, NY 10006-2798

10925 INGALLS SHIPBUILDING, WEST BANK REC WAREHOUSE 221, PASCAGOULA, MS 39567

10925 INGALLS, FRANK, 305 HAYWORTH, BURKBURNETT, TX 76354

10925 INGALLS, JAMES, 807 W SPRING ST, APPLETON, WI 54914-3636

10925 INGARO, RICHARD, 320 S. EXETER, BALTIMORE, MD 21202

10925 INGE INVESTMENT INC., MR. CHARLES INGE, 3415 MILTON ST, DALLAS, TX 75205

10925 INGEBORG LUND, 211 A FALLER DR, NEW MILFORD, NJ 07646-2202

10925 INGENITO, ANNE, 1 TEPHANIC AVE, MONROE, NY 10950

10925 INGER HYDE, PO BOX 283, BRADFORD, TN 38316

10925 INGER S MEHRING, 2103 HILLSIDE DR, LARAMIE, WY 82070-4837

10925 INGERSOLL RAND, 131 W DIVERSY AVE, ELMHURST, IL 60126-1101

10925 INGERSOLL RAND, 6350 CASTLE DR., MASON, OH 45040

10925 INGERSOLL RAND, 888 INDUSTRIAL DR, ELMHURST, IL 60126

10925 INGERSOLL-DRESSER PUMP CORPORATION, 942 MEMORIAL PKWY., PHILLIPSBURG, NJ 08865-2741

10925 INGERSOLL-RAND AIR CENTER, PO BOX 75817, CHARLOTTE, NC 28275

10925 INGERSOLL-RAND CO, 39 OLYMPIA AVE, WOBURN, MA 01801

10925 INGERSOLL-RAND CO, AARON KLIENBAUM,

10925 INGERSOLL-RAND CO., 200 CHESTNUT RIDGE RD., WOODCLIFF LAKE, NJ 07675

10925 INGERSOLL-RAND COMPANY, AIR COMPRESSOR GROUP, PO BOX 951358, DALLAS, TX 75395

10925 INGERSOLL-RAND FLUID PRODUCTS, PO BOX 751229, CHARLOTTE, NC 28275

10925 INGERSOLL-RAND FLUID PRODUCTS, PO BOX 751229, CHARLOTTE, NC 28275-1229

10925 INGERSOLL-RAND, PO BOX 75817, CHARLOTTE, NC 28275

10925 INGHAM COUNTY TREAS, PO BOX 215, MASON, MI 48854-0215

10924 INGHAM MEDICAL CENTER, 211 W. GREENLAWN, LANSING, MI 48910

10925 INGHRAM, KEVIN, 7819 KAWSHEK PATH, HANOVER, MD 21076

10924 INGLAND JOHNSON CONST. CO., LASALLE COUNTY NUCLEAR STATION, 2601 N. 21ST. ST., MARSEILLES, IL 61341

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   INGLE, JAMES, 101 JUNE LANE, GREENVILLE, SC 29605

10925   INGLE, NATALIE, 115 BABB ST APT 23, FOUNTAIN INN, SC 29644

10925   INGLEDUE, TIMOTHY, 2809 O AVE NW, CEDAR RAPIDS, IA 52406

10925   INGLEE, AMY, 1363 WINDAGE COURT, MARIETTA, GA 30060

10925   INGLEFIELD, DR PAUL T, 950 MAIN ST, WORCESTER, MA 01610

10924   INGLES ADDITION MARKET #4, 1141 TUNNEL ROAD, OTEEN, NC 28805

10924   INGLE'S STORE, SMOKY PARK HIGHWAY, ASHEVILLE, NC 28815

10925   INGLESIDE, 1950 CANTON ST, MACON, GA 31204

10925   INGLESIDE, PO BOX 13446, MACON, GA 31204

10924   INGLETT & STUBBS C/O AT&T, 128 WEST HAGETT ST, RALEIGH, NC 27601

10925   INGLETT & STUBBS, 5200 RIVERVIEW ROAD, MABLETON, GA 30126

10924   INGLEWOOD HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, INGLESIDE, CA 94112

10924   INGLEWOOD WHOLESALE, 923 S. PRAIRIE, INGLEWOOD, CA 90301

10925   INGLIS, JOHN, 4 SCHOOL ST, 2, PLAINVILLE, MA 02762

10925   INGOLD METTLER-TOLEDO, 299 WASHINGTON ST, WOBURN, MA 01801

10925   INGRAHAM, GERALD, 14 WINDSOR ROAD, MONTVALE, NJ 07645

10925   INGRAHAM, N, 937 TEAL DRIVE, FORT COLLINS, CO 80521

10924   INGRAM CONCRETE PRODUCTS, 7020 MONTCLAIR, GODFREY, IL 62035

10924   INGRAM ENTERPRISES, 2020 FISK AVENUE, BROWNWOOD, TX 76804

10924   INGRAM ENTERPRISES, PO BOX 1166, BROWNWOOD, TX 76804

10925   INGRAM JR, ROBERT E, 445 WHITE CRANE RD, SALISBURY, NC 28146-1417

10925   INGRAM JR., ROBERT, 3408 CEDARDALE ROAD, BALTIMORE, MD 21215

10925   INGRAM MICRO, PO BOX 98874, CHICAGO, IL 60693-8874

10924   INGRAM PAPER, PO BOX 60003, CITY OF INDUSTRY, CA 91715

10925   INGRAM PLAZA COMPANY, MS MGMT ASSOC INC GEN COUNSEL, PO BOX 7033, INDIANAPOLIS, IN 46207

10924   INGRAM READY MIX, 134 SEYMOUR FM 1472, LAREDO, TX 78041

10924   INGRAM READYMIX INC., 10400 WEST LOOP 1604 SOUTH, SAN ANTONIO, TX 78227

10924   INGRAM READYMIX INC., 1316 N. BOWIE, SEGUIN, TX 78155

10924   INGRAM READYMIX INC., 1710 W. OAKLAWN, PLEASANTON, TX 78064

10924   INGRAM READYMIX INC., 18769 NW MILITARY, SAN ANTONIO, TX 78257

10924   INGRAM READYMIX INC., 2.3 MILES WEST OF 281, BULVERDE, TX 78163

10924   INGRAM READYMIX INC., 2022-C SIDNEY BAKER, KERRVILLE, TX 78028

10924   INGRAM READYMIX INC., 2350 STATE HWY 16 SOUTH, BANDERA, TX 78003

10924   INGRAM READYMIX INC., 2601 E. CORRAL, KINGSVILLE, TX 78363

10924   INGRAM READYMIX INC., 308 TIVYDALE RD, FREDERICKSBURG, TX 78624

10924   INGRAM READYMIX INC., 3580 FM 482, NEW BRAUNFELS, TX 78132

10924   INGRAM READYMIX INC., 3580 FM 482, NEW BRAUNFELS, TX 78132-5007

10924   INGRAM READYMIX INC., 3627 HWY 35, PORT LAVACA, TX 77979

10924   INGRAM READYMIX INC., 37345 IH 10 WEST, BOERNE, TX 78006

10924   INGRAM READYMIX INC., 3830 I-35 SOUTH, SAN MARCOS, TX 78666

10924   INGRAM READYMIX INC., 4905 HOUSTON HWY, VICTORIA, TX 77901

10924   INGRAM READYMIX INC., 805 CONVERSE, DEL RIO, TX 78840

10924   INGRAM READYMIX INC., 8719 SAN DARIO, LAREDO, TX 78041

10924   INGRAM READYMIX INC., 9450 FM 78, CONVERSE, TX 78109

10924   INGRAM READYMIX INC., COLONIAL PARKWAY & HWY 81, DEVINE, TX 78016

10924   INGRAM READYMIX INC., FM 2676 HONDO CREEK, HONDO, TX 78861

10924   INGRAM READYMIX INC., HOLLY STREET, CORPUS CHRISTI, TX 78412

10924   INGRAM READYMIX INC., HWY 281 N & 2701 TRADE ST., MARBLE FALLS, TX 78654

10924   INGRAM READYMIX INC., HWY 81 N, PEARSALL, TX 78061

10924   INGRAM READYMIX INC., OMAHA STREET, CORPUS CHRISTI, TX 78412

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    INGRAM READYMIX, INC., 3580 HWY 81 WEST, NEW BRAUNFELS, TX 78132

10925    INGRAM, ANGELINA, 35 BENWAY CT, BALTIMORE, MD 21228

10925    INGRAM, ANGIE, RT 3 BOX 471, COMMERCE, GA 30529

10925    INGRAM, ANTONIO, 18 ANNA ST, NYACK, NY 10960

10925    INGRAM, APRIL, 130 S DEBARDLEBEN #5, AUBURN, AL 36830

10925    INGRAM, CAROL, PO BOX 1420, GULF SHORES, AL 36547-1420

10925    INGRAM, CINDY, 234 DAVIS MILL DR, DALLAS, GA 30132

10925    INGRAM, DONALD, POB 564, COMMERCE, GA 30529

10925    INGRAM, DONNIE, ROUTE 1 BOX 53, LOOKEBA, OK 73053

10925    INGRAM, DOROTHY, 185 N. CEDAR, FRESNO, CA 93702

10925    INGRAM, EVA, RT 3 BOX 475, COMMERCE, GA 30529

10925    INGRAM, EWELL GENE, 108 PARK AVE, BROOKSIDE, AL 35036

10925    INGRAM, GUNSEY, 4919 NELSON AVE, BALTIMORE, MD 21215

10925    INGRAM, KAREN, 1745 N. 22ND ST, MILWAUKEE, WI 53205

10925    INGRAM, L.E., 2321 ASCOTT PLACE, CORDOVA, TN 38018

10925    INGRAM, LOUIS E, 2321 ASCOT PLACE, CORDOVA, TN 38018

10925    INGRAM, LOUIS E, 2321 ASCOTT PLACE, CORDOVA, TN 38018

10925    INGRAM, LOUIS, 2321 ASCOTT PL, CORDOVA, TN 38018

10925    INGRAM, LYNNE D, 1861 GILLESPIE, MONTGOMERY AL, AL 36106

10925    INGRAM, MARGARET, 18 BELLE PLAINS DR, FREDERICKSBURG, VA 22405

10925    INGRAM, MICHAEL, 1392 FM 918 W, OVERTON, TX 75684-3503

10925    INGRAM, MONTE, 2918 LAFAYETTE, ST JOSEPH, MO 64507

10925    INGRAM, NAOMI, 187 NORTON AVE, CHARLESTON, WV 25311

10925    INGRAM, ODESSA, 4320 CLARE WAY, BALTIMORE, MD 21213

10925    INGRAM, ODIS, 7407 S. UNION, CHICAGO, IL 60621

10925    INGRAM, ROBIN, ROUTE 5 BOX 406, COMMERCE, GA 30529

10925    INGRAM, SANDRA, RT 3 BOX 463, COMMERCE, GA 30529

10925    INGRAM, TAMARA, 1055 HADWIN, FLORISSANT, MO 63033

10925    INGRAM, TAMMY, 2311 APT A, GREENSBORO, NC 27405

10925    INGRAPHICS INC, 1176 GRIMES BRIDGE RD, STE 400, ROSWELL, GA 30075-3934

10925    INGRASSIA, MICHAEL, 2 ROCK DRIVE, VALLEY COTTAGE, NY 10989

10925    INGRASSIA, PHYLLIS, 984 ROCK DR, VALLEY COTTAGE, NY 10989

10924    INGREDIENT SUPPLY CORP, 100 S SEMORAN BLVD SUITE B, ORLANDO, FL 32807

10924    INGREDIENTS SUPPLY CORPORATION, 5827 DAHLIA DRIVE, ORLANDO, FL 32807

10924    INGREDIENTS SUPPLY CORPORTION, 1303 N.W. 78TH AVENUE, MIAMI, FL 33126

10925    INITIAL HEALTHCARE INC, PO BOX 101338, ATLANTA, GA 30392-1338

10925    INITIAL SECURITY, 8449 VIRGINIA ST., MERRILLVILLE, IN 46410

10925    INITIAL SECURITY, PO BOX 4653, OAK BROOK, IL 60522-4653

10925    INJIAN, AGHOB, 28 NOTTINGHAM DR, NASHUA, NH 03062

10925    INK JET INC, 145 LIVERNOIS, ROCHESTER, MI 48307-1869

10925    INK SPECIALTIES CO INC, RODERICK H MANN,

10925    INKJET INC, 17742 HWY 105 W SUITE 1, MONTGOMERY, TX 77356

10925    INKJET INC, PO BOX 847501, DALLAS, TX 75284-7501

10925    INKJET, INC, 145 LIVERNOIS #292, ROCHESTER, MI 48307-1869

10925    INKTOMI CORPORATION, 4100 EAST THIRD AVE, FOSTER CITY, CA 94404

10924    INLAND CONC ENTERPRIZES, 2434 RUBIDOUX BLVD., RIVERSIDE, CA 92509

10924    INLAND CONCRETE ENTERPRISES, 2434 RUBIDOUX BLVD, RIVERSIDE, CA 92509

10924    INLAND CONCRETE ENTERPRISES, 4801 EAST WYOMING STREET, TUCSON, AZ 85706

10925    INLAND CONTAINER CORPORATION, CORPORATION TRUST CENTER, 1209 ORANGE ST, WILMINGTON, DE 19801

10924    INLAND EMPIRE DRYWALL, 5105 E. RAILROAD AVENUE, SPOKANE, WA 99212-0931

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | INLAND EMPIRE/ASSEMBLY HALL, CAL WAL GYPSUM SUPPLY, SAN BERNARDINO, CA 92403 | |
| 10925 | INLAND FOUNDATION ENGINEERING INC, PO BOX 937, SAN JACINTO, CA 92581-0937 | |
| 10925 | INLAND KENWORTH, 1021 NORTH 59TH AVE., PHOENIX, AZ 85043 | |
| 10925 | INLAND KENWORTH, INC, 1021 NORTH 59TH AVE., PHOENIX, AZ 85043 | |
| 10925 | INLAND KENWORTH, INC, 2757 LEONIS BLVD., VERNON, CA 90058 | |
| 10924 | INLAND MATERIALS INC, 1601 COUNTY RD HWY 427, LONGWOOD, FL 32750 | |
| 10924 | INLAND MATERIALS INC, 2311 DINEEN AVE, ORLANDO, FL 32804 | |
| 10924 | INLAND MATERIALS INC, 3296 HOWLAND BLVD., DELTONA, FL 32725 | |
| 10924 | INLAND MATERIALS INC, ATTN:  ACCOUNTS PAYABLE, CASSELBERRY, FL 32718 | |
| 10925 | INLAND MOTORS, INLAND MOTORS, ATTN: DAVID K MCCRUMB ENV ENGR, 501 FIRST ST, RADFORD, VA 24141 | |
| 10925 | INLAND PAPERBOARD AND PACKAGING INC, ELLEN SIAKOTOS, 645 W CARMEL DRIVE, SUITE 111, CARMEL, IN 46032 | |
| 10924 | INLAND ROCK/EMPIRE READY MIX, 12082 HIGHLAND AVENUE, RANCHO CUCAMONGA, CA 91729 | |
| 10925 | INLAND SEAFOOD, PO BOX 93988, ATLANTA, GA 30377-3988 | |
| 10924 | INLAND STEEL CO., 3210 WATLING ST., E. CHICAGO, IN 99999 | |
| 10924 | INLAND STEEL, 3210 WATLING ST., E. CHICAGO, IN 99999 | |
| 10925 | INLANDER BROTHERS, INC, 7701 SOUTH CLAREMONT AVE., CHICAGO, IL 60620-5889 | |
| 10925 | INLANDER-STEINDLER PAPER CO., PO BOX 8104, VERNON HILLS, IL 60061-8104 | |
| 10925 | IN-LIFE CAPITAL LTD., 5 SETH LANE, EAST NORTHPORT, NY 11731-4824 | |
| 10924 | INLINE DIST. CO., 9380 SAN FERNANDO RD., SUN VALLEY, CA 91352 | |
| 10924 | INLINE DISTRIBUTING CO, CAMBRIDGE, MA 02140 | |
| 10924 | INLINE DISTRIBUTING CO., 9380 SAN FERNANDO RD., SUN VALLEY, CA 91352 | |
| 10924 | INLINE PLASTICS, 42 CANAL STREET, SHELTON, CT 06484 | |
| 10925 | INLINGUA LANGUAGE CENTERS, 1390 BRICKELL AVE.,, MIAMI, FL 33131 | |
| 10925 | INLINGUA SCHOOL OF LANGUAGES, 31 ST. JAMES AVE, BOSTON, MA 02116 | |
| 10925 | INLINGUA, 37 VILLA ROAD, STE 205, GREENVILLE, SC 29615 | |
| 10925 | INMAC, 2300 VALLEY VIEW LANE, SUITE 200, IRVING, TX 75062-5058 | |
| 10925 | INMAC, 7077 COLLECTION CENTER DR, CHICAGO, IL 60693-7077 | |
| 10925 | INMAC, POBOX 23016, NEWARK, NJ 07189-0001 | |
| 10925 | INMAC, POBOX 8781, BOSTON, MA 02266-8781 | |
| 10925 | INMAN, BRIDGETTE, 2156 PRINCE HALL DR., DETROIT, MI 48207 | |
| 10925 | INMAN, DAVID, 15 BIRCH RIDGE ROAD, ACTON, MA 01720 | |
| 10925 | INMAN, DEBRA, 715 MHP LOT #49, BELLE GLADE, FL 33430 | |
| 10925 | INMAN, HALE, 1219 NORTH 4TH ST, ABERDEEN, SD 57401 | |
| 10925 | INMAN, JOHN GRANT, PO BOX 626, BULLHEAD CITY, AZ 86430-0626 | |
| 10925 | INMAN, R, 3602 E FULTON ST, 212, GRAND RAPIDS, MI 49546 | |
| 10925 | INMARK INC, LOCK BOX 931999, ATLANTA, GA 31193 | |
| 10925 | INMARK, 220 FISK DR. SW, ATLANTA, GA 30336 | |
| 10925 | INMARK, INC, LOCKBOX N 931999, ATLANTA, GA 31193-1999 | |
| 10924 | INMARK, INC., 220 FISK DR., S.W., ATLANTA, GA 30336 | |
| 10924 | INMAT LLC, SUITE 7, 216 ROUTE 206, HILLSBOROUGH, NJ 08847 | |
| 10924 | INMATE RECEPTION CENTER, E.F. BRADY, SAN DIEGO, CA 92101 | |
| 10924 | INN @ VILLAGE SQUARE, 123 SCHOOL ST., GORHAM, ME 04038 | |
| 10924 | INN AT BAY HARBOR, 3600 VILLAGE HARBOR DRIVE, PETOSKEY, MI 49770 | |
| 10925 | INN AT HARVARD, THE, 1201 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138 | |
| 10925 | INN AT PERRY CABIN, 308 WATKINS LANE, SAINT MICHAELS, MD 21663 | |
| 10925 | INN AT SPANISH BAY, THE, POBOX 1522, PEBBLE BEACH, CA 93953 | |
| 10925 | INN ON THE ALAMEDA, 303 EAST ALAMEDA, SANTA FE, NM 87501 | |
| 10924 | INN ON THE LAKE, C/O BAHL INSULATION, DULUTH, MN 55800 | |
| 10925 | INNER SECURITY SYSTEMS, 14 SOUTH CASS AVE, WESTMONT, IL 60559-1864 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | INNERSPACE DESIGN, INC, 119 WEST MAIN ST, WEST DUNDEE, IL 60118 | |
| 10925 | INNES CLIPS INC, PO BOX 820, LARCHMONT, NY 10538 | |
| 10925 | INNESS-BROWN, LEE M, 15735 LAWSON VALLEY ROAD, JAMUL, CA 91935 | |
| 10925 | INN-HOUSE DOCTOR, 839 BEACON ST SUITE B, BOSTON, MA 02215 | |
| 10925 | INNIS, JEAN, 65 HORSESHOE BEND WY, MASHPEE, MA 02649 | |
| 10925 | INNISS, HAMMON, 6 ARMANDINE ST, DORCHESTER, MA 02124 | |
| 10925 | INNO-TECH SOLUTIONS, INC, PO BOX 12148, SPRING, TX 77391 | |
| 10925 | INNOTECH, 731 MAIN ST, MONROE, CT 06468-2872 | |
| 10925 | INNOTECH, LLC, 629 CORNELIA CT., NASHVILLE, TN 37217 | |
| 10925 | INNOTEK INC, ONE INNOWAY, GARRETT, IN 46738 | |
| 10925 | INNOTEK, PO BOX 1414 NCB93, MINNEAPOLIS, MN 55480-1414 | |
| 10924 | INNOVACIONES MEDICAS, 2261 NORTHWEST 67TH AVENUE, MIAMI  FL, 33152GTM | *VIA Deutsche Post* |
| 10924 | INNOVACIONES MEDICAS, COL MARISCAL, GUATEMALA, 14 CALLE  6-93, GUATEMALA, 0GTM | *VIA Deutsche Post* |
| 10925 | INNOVATE CONTROLS, INC, 4405 THREE OAKS RD, CRYSTAL LAKE, IL 60014 | |
| 10925 | INNOVATION COMPUTERS, PO BOX 550122, TAMPA, FL 33655-0122 | |
| 10924 | INNOVATION CONVERTERS, 3840 SYMMES ROAD, HAMILTON, OH 45015 | |
| 10925 | INNOVATIONS ASSOCIATES, LTD, 11D&E GWYNNS MILL CT., OWINGS MILLS, MD 21117 | |
| 10924 | INNOVATIVE CONST/SPAGHETTI BOWL, P.O. #9729-47839, 1491 W. BONNEVILLE, LAS VEGAS, NV 89101 | |
| 10924 | INNOVATIVE CONSTRUCTION SYSTEMS, 2214 NORTH PECOS ROAD, LAS VEGAS, NV 89115 | |
| 10924 | INNOVATIVE CONSTRUCTION, (1/2 MILE FROM HANSON PLANT), STEPHANIE STREET, HENDERSON, NV 89014 | |
| 10924 | INNOVATIVE CONSTRUCTION, 5850 S. MARYLAND PARKWAY, LAS VEGAS, NV 89111 | |
| 10924 | INNOVATIVE CONSTRUCTION, 9075 WEST TROPICANA, LAS VEGAS, NV 89117 | |
| 10925 | INNOVATIVE CONTROL INC., 4405 THREE OAKS RD UNIT B, CRYSTAL LAKE, IL 60014 | |
| 10925 | INNOVATIVE CONTROLS, 1354 EAST BROADWAY, TOLEDO, OH 43605 | |
| 10925 | INNOVATIVE CONTROLS, INC, 624 RELIABILITY CIRCLE, KNOXVILLE, TN 37932 | |
| 10925 | INNOVATIVE ELECTRONICS, 3727 GREENBRIAR #401, STAFFORD, TX 77477 | |
| 10924 | INNOVATIVE ENGINEERING SOLUTIONS, 7909 SILVERTON AVE, SAN DIEGO, CA 92176 | |
| 10925 | INNOVATIVE FIRE ALARM SYSTEMS, 5008 WATERLOO RD, ELLICOTT CITY, MD 21043-6653 | |
| 10925 | INNOVATIVE IMPRINTING, 709 EXECUTIVE BLVD, VALLEY COTTAGE, NY 10989 | |
| 10925 | INNOVATIVE INDUSTRIES, INC., 1525 DELEGLISE ST., ANTIGO, WI 54409 | |
| 10925 | INNOVATIVE LEISURE INC, PO BOX 16208, WEST PALM BEACH, FL 33416-6208 | |
| 10924 | INNOVATIVE MANUFACTURING INC., 1301 RESEARCH ROAD, COLUMBUS, OH 43230 | |
| 10925 | INNOVATIVE MARINE CONCEPTS, INC, PO BOX 1220, ABINGDON, MD 21009-6220 | |
| 10925 | INNOVATIVE SOFTWARE, 5225 NORTH IRONWOOD ROAD,STE 200, MILWAUKEE, WI 53217 | |
| 10925 | INNOVATIVE SYSTEMS INC, 2960 WEST RYAN RD, FRANKLIN, WI 53132 | |
| 10924 | INNOVATIVE TECHNOLOGIES CORP, 1437 NORTH MANZANITA AVENUE, ORANGE, CA 92867 | |
| 10924 | INNOVATIVE TECHNOLOGIES CORPORATION, 955 NORTH ECKHOFF STREET, ORANGE, CA 92867-5432 | |
| 10925 | INNOVATIVE TRAINING ASSOC, 11350 RANDOM HILLS ROAD, FAIRFAX, VA 22030 | |
| 10925 | INNOVEX INC, 5540 PIONEER CREEK DR, MAPLE PLAIN, MN 55359-9007 | |
| 10925 | INNOVISION CORP., 8017 EXCELSIOR, MADISON, WI 53717 | |
| 10924 | INNOVITE, INC., 9914 SOUTH WEST TIGARD AVENUE, PORTLAND, OR 97223 | |
| 10924 | INNOVMEDICS (S) PTE LTD., 14 SHAW ROAD #04-01, SINGAPORE 1336, 0SGP | *VIA Deutsche Post* |
| 10925 | INOA, MOISES, 571 N. 9TH ST, NEWARK, NJ 07107 | |
| 10925 | INOLEX CHEMICAL CO, POBOX 7780-4342, PHILADELPHIA, PA 19182-4342 | |
| 10925 | INORGANIC VENTURES, INC, 195 LEHIGH AVE., SUITE 4, LAKEWOOD, NJ 08701 | |
| 10924 | INOTEK CORP, 100 CUMMINGS CENTER, BEVERLY, MA 01915 | |
| 10924 | INOTEK CORP, ATTN: ACCOUNTS PAYABLE, 100 CUMMINGS CENTER, BEVERLY, MA 01915 | |
| 10925 | INOTEK, 1064 TOWER LANE, BENSENVILLE, IL 60106 | |
| 10925 | INOTEK, INC, 11212 INDIAN TRAILS, DALLAS, TX 75229 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    INOUYE, JOSEFINA, 6530 MARQUETTE DR, BUENA PARK, CA 90620

10925    INOVISION RADIATION MEASUREMENTS, 33207 TREASURY CTR., CHICAGO, IL 60694-3200

10925    INPOWER INC, PO BOX 45673, SAN FRANCISCO, CA 94145-0673

10925    INPOWER INC., PO BOX 45673, SAN FRANCISCO, CA 94105-0673

10925    INPOWER, 525 MARKET ST, 11TH FL, SAN FRANCISCO, CA 94105

10925    INPRO, ONE DEMOCRACY BLVD SUITE 725, BETHESDA, MD 20817

10925    INROADS INC, 10 SOUTH BROADWAY, SUITE 700, ST. LOUIS, MO 63102

10925    INROADS MIAMI INC, 501 BRICKELL KEY DR SUITE 403, MIAMI, FL 33131

10924    INS PRISON, LL ROGERS, EL CENTRO, CA 92243

10925    INSCOE, DONNA, 400 THOMAS ST, ROANOKE RAPIDS, NC 27870

10925    INSELBUCH, ESQ, ELIHU, AND RITA TOBIN, ESQ, CAPLIN & DRYSDALE, CHARTERED, 399 PARK AVE, 27TH FL, NEW YORK, NY 10022

10925    INSIDE EPAS, PO BOX 7167, WASHINGTON, DC 20044

10925    INSIDE NETWARE, PO BOX 35160, LOUISVILLE, KY 40232-9720

10925    INSIDE US TRADE, PO BOX 7167, WASHINGTON, DC 20044

10925    INSIDERS GUIDE, 33 S.E. 3RD ST, BOCA RATON, FL 33432-4994

10925    INSIGHT DIRECT, PO BOX 78269, PHOENIX, AZ 85062

10925    INSIGHT, PO BOX 78269, PHOENIX, AZ 85062

10925    INSIGHT, PO BOX 78825, PHOENIX, AZ 85062-8825

10925    INSIGHT, PO BOX 96469, WASHINGTON, DC 20077

10925    INSIGNE, CLARO, 5 TOWER ST, JERSEY CITY, NJ 07305

10925    INSIGNIA/E.S.G. INC, 200 PARK AVE, NEW YORK, NY 10166

10925    INSILCO CORP, TOM CLARK, 425 METRO PLACE NORTH, SUITE 555, DUBLIN, OH 43017

10925    INSITE SERVICES, 9245 RESEDA BLVD. #PMB446, NORTHRIDGE, CA 91324

10925    INSLEY MANUFACTURING CORP., 123 N. MAIN ST, UPLAND, IN 46000-9009

10925    INSLICHT, LEAH, 1600 AFTON ST, PHILA, PA 19111

10925    INSL-X PRODUCTS CORPORATION, 601 SOUTH HAVEN STREET, BALTIMORE, MD 21224

10924    INSL-X PRODUCTS, PO BOX 694, STONY POINT, NY 10980

10924    INSL-X-PRODUCTS, 50 HOLT DRIVE, STONY POINT, NY 10980

10925    INSOL/NATIONAL REPROGRAPHICS, PO BOX 81064, ATLANTA, GA 30366

10925    INSPECTORATE AMERICA CORP., PO BOX 200064, HOUSTON, TX 77216-0064

10924    INSPECTORATE AMERICA, 104 THADEUS STREET, SOUTH PORTLAND, ME 04106

10924    INSPECTORATE AMERICA, 131 N. PASADENA BLVD., PASADENA, TX 77506

10924    INSPECTORATE AMERICA, 1500 GREENLEAF STREET, NORTH CHARLESTON, SC 29405

10924    INSPECTORATE AMERICA, 2 WILLIAM STREET, CHELSEA, MA 02150

10924    INSPECTORATE AMERICA, 24426 SOUTH MAIN STREET, #703, CARSON, CA 90745

10924    INSPECTORATE AMERICA, 628 TIMESAVER, NEW ORLEANS, LA 70123

10924    INSPECTORATE AMERICA, 628 TIMESAVER, NEW ORLEANS, LA 70123-3144

10924    INSPECTORATE AMERICA, 700 HWY 365, PORT ARTHUR, TX 77640-1439

10925    INSPECTORATE AMERICA, 709 E. HOUSTON AVE, PASADENA, TX 77502

10925    INSPECTORATE AMERICA, PO BOX 2545, SULPHUR, LA 70663

10924    INSPECTORATE AMERICA, PO BOX 878, MAURICEVILLE, TX 77626

10925    INSS CONFERENCE, 1800 M ST NW, WASHINGTON, DC 20036

10925    INST. OF HAZARDOUS MATERIALS MGMT., 11900 PARKLAWN DR., STE. 450, ROCKVILLE, MD 20852-2624

10925    INSTA-BRITE MOBILE WASHING, PO BOX 148, WHITMAN, MA 02382

10925    INSTA-BULK INC., 9111 GLESBY ST, HOUSTON, TX 77029-1303

10925    INSTALLATION DESIGN & SERVICES INC, POBOX 296, CONYERS, GA 30012

10925    INSTALLATION DESIGN & SERVICES, INC, PO BOX 296, CONYERS, GA 30012

10925    INSTALLATION UNLIMITED, INC, 2840 WEST VERMONT ST., BLUE ISLAND, IL 60406

10924    INSTALLED BUILDING PRODUCTS, 1320 MCKINLEY AVENUE STE C, COLUMBUS, OH 43222

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | INSTALLED BUILDING PRODUCTS, INC., 6360 HUNTLEY ROAD, COLUMBUS, OH 43229 | |
| 10924 | INSTALLED BUILDING PRODUCTS, OHIO BUREAU OF CRIMINAL INVSTG., 6319 BUSCH BLVD, COLUMBUS, OH 43229 | |
| 10925 | INSTASI, KEVIN, 500 EAST WALNUT ST #3, PERKASIE, PA 18944 | |
| 10925 | INSTECH LABORATORIES, 5209 MILITIA HILL ROAD, PLYMOUTH MEETING, PA 19462-1216 | |
| 10924 | INSTEEL WIRE PRODUCTS, 600 NATIONAL DR., GALLATIN, TN 37066 | |
| 10924 | INSTEEL WIRE PRODUCTS, EAST GAPWAY RD, ANDREWS, SC 29510 | |
| 10925 | INSTEL INC., PO BOX 6511, GREENVILLE, SC 29606 | |
| 10925 | INSTITUT FUR BAUFORSCHUNG, POSTFACH D52056, AACHEN, 52056GERMANY | *VIA Deutsche Post* |
| 10924 | INSTITUTE ADVANCED SCIENCE & TECH, UNIVERSITY OF PENNSYLVANIA, 3400 CHESTNUT STREET, PHILADELPHIA, PA 19104 | |
| 10925 | INSTITUTE FOR APPLIED, 610 NEWPORT CTR DR #1060, NEWPORT BEACH, CA 92660 | |
| 10925 | INSTITUTE FOR INTL RESEARCH, INC, 708 3RD AVE., 4TH FL, NEW YORK, NY 10017-4130 | |
| 10925 | INSTITUTE FOR PROF. BUSINESSWOMEN, PO BOX 2951, SHAWNEE MISSION, KS 66201 | |
| 10925 | INSTITUTE OF ADVANCED MANUFACTURING, SCIENCES INC, CINCINNATI, OH 45216-2265 | |
| 10925 | INSTITUTE OF FOOD TECHNOLOGISTS, LOCKBOX 97478, CHICAGO, IL 60678-7478 | |
| 10924 | INSTITUTE OF GAS TECHNOLOGY, 3424 SOUTH STATE STREET, CHICAGO, IL 60616 | |
| 10924 | INSTITUTE OF GAS TECHNOLOGY, 4201 W. 36TH STREET, CHICAGO, IL 60632-3809 | |
| 10925 | INSTITUTE OF HAZARDOUS, 11900 PARKLAWN DR ST 450, ROCKVILLE, MD 20852 | |
| 10925 | INSTITUTE OF INTERNAL AUDIT, 249 MAITLAND AVE, ALTAMONTE SPRINGS, FL 32701 | |
| 10925 | INSTITUTE OF INTERNAL AUDIT, PO BOX 140099, ORLANDO, FL 32889-0003 | |
| 10925 | INSTITUTE OF INTERNAL AUDITORS, PO BOX 281196, ATLANTA, GA 30384-1196 | |
| 10925 | INSTITUTE OF MANAGEMENT, 10 PARAGON DR., MONTVALE, NJ 07645-1760 | |
| 10925 | INSTITUTIONAL INVESTOR, 488 MADISON AVE, NEW YORK, NY 10022 | |
| 10925 | INSTITUTO MEXICANO DEL PETROLEO, EJE CENTRAL LAZARO CARDENAS N 152, D.F., 07730MEXICO | *VIA Deutsche Post* |
| 10924 | INSTITUTO VENEZOLANO DE INVESTIGACI, CENTRO DE PETROLEO Y QUIMICO, APARTADO 1827, CARACAS 101, .VENZUALA | *VIA Deutsche Post* |
| 10925 | INSTRON CORP, POBOX 5-0336, WOBURN, MA 01815-0336 | |
| 10925 | INSTRON CORP., PO BOX 469, CANTON, MA 02021 | |
| 10925 | INSTRON CORPORATION, 100 ROYALL ST, CANTON, MA 02021 | |
| 10925 | INSTRON CORPORATION, PO BOX 5-0336, WOBURN, MA 01815-0336 | |
| 10925 | INSTRON, 100 ROYALL ST, CANTON, MA 02021 | |
| 10925 | INSTRON, PO BOX 5-0336, WOBURN, MA 01815-0336 | |
| 10925 | INSTRULOGIC CORP., 45 MAIN ST, ROUND HILL, VA 20141 | |
| 10925 | INSTRUMENT ASSOCIATES INC, 4839 W 128TH PLACE, ALSIP, IL 60803 | |
| 10925 | INSTRUMENT ASSOCIATES, INC, 4839 W 128TH PLACE, ALSIP, IL 60803 | |
| 10925 | INSTRUMENT DATA COMMUNICATIONS, 7101 HWY. 71 WEST, STE. 200, AUSTIN, TX 78735 | |
| 10925 | INSTRUMENT SOC OF AMERICA, PO BOX 3561, DURHAM, NC 27702 | |
| 10924 | INSTRUMENT TRANSFORMERS, 1907 CALUMET ST., CLEARWATER, FL 33765 | |
| 10924 | INSTRUMENTAL MEDICO C.A. (IMED), 9020 N.W. 12 STREET, MIAMI, FL 33172 | |
| 10924 | INSTRUMENTAL MEDICO C.A. (IMED), CIRCUNNALACION SUR. 607 Y LAS MONJA, GUAYAQUIL, 0ECU | *VIA Deutsche Post* |
| 10925 | INSTRUMENTATION NORTHWEST INC., 14972 NE 31ST CIRCLE, REDMOND, WA 98052-5320 | |
| 10925 | INSTRUMENTATION SPECIALISTS INC, 615 WEST MAIN ST, DULANEY, TN 37743 | |
| 10925 | INSTRUMENTS & PARTS INC, 13313 S W 124TH ST, MIAMI, FL 33186 | |
| 10925 | INSTRUMENTS ASSOCIATES INC, 4833 WEST 128TH PLACE, ALSIP, IL 60658-3087 | |
| 10925 | INSTRUMENTS FOR RESEARCH AND INDUST, PO BOX 159, CHELTENHAM, PA 19012 | |
| 10925 | INSTRUMENTS S.A., 6 OLSEN AVE., EDISON, NJ 08820 | |
| 10925 | INSTRUMENTS S.A., PO BOX 11669, EDISON, NJ 08820 | |
| 10925 | INSTRUMENTS SA INC., 3880 PARK AVE., EDISON, NJ 08820-3012 | |
| 10925 | INSTRUMENTS SA, INC (JOBIN, NATIONAL WESTMINSTER BANK, PO BOX 11669, NEWARK, NJ 07101-4669 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   INSTRUMENTS SA, INC, NATIONAL WESTMINSTER BANK, PO BOX 11669, NEWARK, NJ 07101-4669

10925   INSTY PRINTS, PO BOX 3109, MATTHEWS, NC 28106

10924   INSUL ACCOUSTICS, 920 W. "B" ST., WILMINGTON, CA 90744

10924   INSUL ACOUSTIC/OPUS, 2151 E. GRAND AVE., EL SEGUNDO, CA 90245

10924   INSUL ACOUSTIC/SAN FRANCISCO BART, SIERRA MONTE BLVD., SAN BRUNO, CA 94066

10924   INSUL ACOUSTIC/TARGET, 777 E. COLORADO BLVD., PASADENA, CA 91101

10924   INSUL ACOUSTICS INC., 1432 CHICO AVE, SOUTH EL MONTE, CA 91733

10924   INSUL ACOUSTICS, 1432 CHICO AVE., SOUTH EL MONTE, CA 91733

10924   INSUL ACOUSTICS, ROAD 16 GATE A, SAN FRANCISCO, CA 94128

10924   INSUL ACOUSTICS, STOCK, SOUTH EL MONTE, CA 91733

10924   INSUL ACOUSTICS/CERRITOS LIBRARY, 1802 BLOOMFIELD, CERRITOS, CA 90703

10924   INSUL ACOUSTICS/CHILDREN'S HOSPITAL, CORNER OF SUNSET & VERMONT, 4650 SUNSET BLVD., LOS ANGELES, CA 90027

10924   INSUL ACOUSTICS/HOWARD HUGHES, 6081 CENTER DR, CULVER CITY, CA 90230

10924   INSUL ACOUSTICS/MAUI COMMUNITY, 310 KAAHUMANU AVE., KAHULUI, HI 96732

10924   INSUL ACOUSTICS/METRO RAIL REDLINE, 101 & LANKERSHIM BLVD., LOS ANGELES, CA 90068

10924   INSUL ACOUSTICS/METRO RAIL, CORNER OF BEVERLY & VERMONT, LOS ANGELES, CA 90024

10924   INSUL ACOUSTICS/METRO RAIL, CORNER OF SUNSET & VERMONT, LOS ANGELES, CA 90001

10924   INSUL ACOUSTICS/METRO RAIL, LANKERSHIM BLVD. OFF 101 FRWY., NORTH HOLLYWOOD, CA 91601

10924   INSUL ACOUSTICS/NORTHROP, ACOUSTICAL MAT'L SERVICES, EL SEGUNDO, CA 90245

10924   INSUL ACOUSTICS/PI PUMP, ACOUSTICAL MATERIAL SERVICES, HEMET, CA 92546

10924   INSUL ACOUSTICS/RAINFOREST DISNEY, ANAHEIM, CA 92807

10924   INSUL ACOUSTICS/S.F. AIRPORT, SAN FRANCISCO, CA 94101

10924   INSUL ACOUSTICS/TEMESCAL H.S., LAKE ELSINORE, CA 92530

10924   INSUL CRETE, 2400 GOLENROD, OILDALE, CA 93308

10924   INSUL CRETE, 2600 RIVER AVENUE, ROSEMEAD, CA 91770

10924   INSUL CRETE, HARVEY CAPITAL PROJECT, LOS ANGELES, CA 90100

10924   INSUL. ACOUSTICS/PIONEER HOSPITAL, C/O ACOUSTICAL MATERIAL SUPPLY, BRAWLEY, CA 92227

10924   INSUL. ACOUSTICS/WAENA SCHOOL, C/O SNIFFENS TRUCKING, FOR G.W. KILLIBREW, KAHULUI, HI 96732

10924   INSUL.ACOUSTICS/AMGEN, ACOUSTICAL MATERIAL SERVICES, THOUSAND OAKS, CA 91359

10924   INSUL.ACOUSTICS/HEMET, SAN BERNARDINO, HEMET, CA 92543

10924   INSUL.ACOUSTICS/RAIN FOREST, ONTARIO, CA 91761

10924   INSUL.ACOUSTICS/ROSEWOOD, CALIFORNIA WHOLESALE MAT'L SUPPLY, CITY OF INDUSTRY, CA 91746

10925   INSULATED BUILDING SYSTEMS, INC, 22377 CEDAR GREEN ROAD, STERLING, VA 20166

10924   INSULATED GLASS CO., 19181 CONANT, DETROIT, MI 48234

10924   INSULATING COATINGS CORP., 952 US HWY 41 S, INVERNESS, FL 34450

10924   INSULATING MATERIALS INC., 1 WEST CAMPBELL RD., SCHENECTADY, NY 12306

10924   INSULATING MATERIALS, INC., 1 CAMPBELL RD., BLDG. RV42, SCHENECTADY, NY 12306

10924   INSULATING MATERIALS, INC., 1 CAMPBELL ROAD, SCHENECTADY, NY 12306

10924   INSULATION & EXTERIORS OF ARKANSAS, 228 SOUTH 40TH ST. BLDG. B, SPRINGDALE, AR 72762

10925   INSULATION ACCESORIES INC., 3615 GARDNER, KANSAS CITY, MO 64120

10924   INSULATION COMPONENT, P.O.BOX 311, BETHEL, PA 19507

10924   INSULATION DEALERS SUP., 8710 NORTH PIONEER ROAD, PEORIA, IL 61615

10924   INSULATION DEALERS SUP., PO BOX 10408, PEORIA, IL 61612

10924   INSULATION FABRICATORS, INC, 6350 INDIANAPOLIS BLVD., HAMMOND, IN 46320

10924   INSULATION FOAM & ROOFING, PO BOX 55692, JACKSON, MS 39296

10924   INSULATION PLACE, RTE 1 BOX 242, GRAFTON, ND 58237

10924   INSULATION PLACE, THE, FOAM ENTERPRISES, GRAFTON, ND 58237

10924   INSULATION PLUS, 1315 RAND ROAD, DES PLAINES, IL 60016

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | INSULATION PLUS, 2326 COMMERCE STREET, LA CROSSE, WI 54603 | |
| 10924 | INSULATION PLUS, P. O. BOX 650, BUTLER, WI 53007 | |
| 10924 | INSULATION PRODUCTS, 2300 EAST ORANGEWOOD AVENUE, ANAHEIM, CA 92806-6112 | |
| 10924 | INSULATION RESTORATION, PO BOX 30457-SMB, GRAND CAYMAN B.W.I., CYM | *VIA Deutsche Post* |
| 10925 | INSULATION SALES & FABRICATION, INC, 4810 E. NAPOLEON ST., SULPHUR, LA 70663 | |
| 10925 | INSULATION SERVICES, PO BOX 14263, GREENVILLE, SC 29610 | |
| 10924 | INSULATION SPECIALTIES, 1095 KABERT DRIVE, WANATAH, IN 46390 | |
| 10924 | INSULATION SUPPLY COMPANY(DG), 842 N.E. LOOP 323, TYLER, TX 75708 | |
| 10924 | INSULATION SUPPLY COMPANY(DG), P.O. BOX 223767, DALLAS, TX 75222 | |
| 10924 | INSULATION SYSTEMS, **TO BE DELETED**, INDIANAPOLIS, IN 46220 | |
| 10924 | INSULATION SYSTEMS, 5157 E. 64TH STREET, INDIANAPOLIS, IN 46220 | |
| 10924 | INSULATION SYSTEMS, 6500 COMONWEALTH DRIVE, ROANOKE, VA 24018 | |
| 10924 | INSULATION SYSTEMS, INC., PO BOX20066, ROANOKE, VA 24018 | |
| 10924 | INSULATION TECHNOLOGIES, 631 MANHATTEN BLVD., HARVEY, LA 70059 | |
| 10924 | INSULATION TECHNOLOGIES, CAMBRIDGE, MA 02140 | |
| 10924 | INSULATION TECHNOLOGY, 631 MANHATTAN BOULEVARD, HARVEY, LA 70059 | |
| 10925 | INSULATION UNLIMITED, 2840 WEST VERMONT ST, BLUE ISLAND, IL 60406 | |
| 10925 | INSULATION UNLIMITED, INC, 2840 WEST VERMONT ST, BLUE ISLAND, IL 60406 | |
| 10924 | INSULATION, FOAM & ROOFING, CAMBRIDGE, MA 02140 | |
| 10924 | INSULATION, FOAM, & ROOFING, P.O. BOX 55692, JACKSON, MS 39296 | |
| 10924 | INSULATION, RESTORATION AND, P. O. BOX 30457  SMB, GRAND CAYMAN, B.W.I., CYM | *VIA Deutsche Post* |
| 10924 | INSULATIONS INC, 1290 THIRD AVENUEK, NEW KENSINGTON, PA 15068 | |
| 10924 | INSULATIONS INC., 1290 THIRD AVE., NEW KENSINGTON, PA 15068 | |
| 10925 | INSULATIONS, INC, PO BOX 231039, HARAHAN, LA 70183-1039 | |
| 10925 | INSULATIONS, INC, PO BOX 74671, BATON ROUGE, LA 70807-4671 | |
| 10924 | INSULATORS INC, 2713 SLEEPY HOLLOW RD, KEWAUNEE, WI 54216 | |
| 10924 | INSULATOR'S INC., CAMBRIDGE, MA 02140 | |
| 10924 | INSULATOR'S INC., CUSTOMER PICK-UP, WEST CHICAGO, IL 60185 | |
| 10924 | INSULATORS INC., P/U CHICAGO WAREHOUSE, WEST CHICAGO, IL 60185 | |
| 10924 | INSULATOR'S INC., ROUTE 2, 2713 SLEEPY HOLLOW ROAD, KEWAUNEE, WI 54216 | |
| 10924 | INSULATORS, INC., 2713 SLEEPY HOLLOW ROAD, KEWAUNEE, WI 54216 | |
| 10925 | INSUL-BOARD, 2120 COLONIAL AVE, ERIE, PA 16505 | |
| 10924 | INSUL-CRETE INC, 1921 NORTH GATEWAY SUITE 102, FRESNO, CA 93727 | |
| 10924 | INSUL-CRETE, 1501 BREA BLVD., FULLERTON, CA 92634 | |
| 10924 | INSULCRETE, 2524 HARRISON, EUREKA, CA 95501 | |
| 10924 | INSUL-CRETE, 2600 RIVER AVENUE, ROSEMEAD, CA 91770 | |
| 10924 | INSUL-CRETE, 330 EVERETT AVE., PALO ALTO, CA 94301 | |
| 10924 | INSUL-CRETE, 3500 SONOMA AVE., SANTA ROSA, CA 95401 | |
| 10924 | INSUL-CRETE, 3550 BAY SANDS DR., LAS VEGAS, NV 89109 | |
| 10924 | INSUL-CRETE, 4540 S. ARVILLE UB-3, LAS VEGAS, NV 89109 | |
| 10924 | INSUL-CRETE, 4801 N. FRUITVALE, BAKERSFIELD, CA 93300 | |
| 10924 | INSULCRETE, AUBURN, CA 95602 | |
| 10924 | INSUL-CRETE, C/O BELL ATLANTIC, PHOENIX, AZ 85034 | |
| 10924 | INSUL-CRETE, CALAVERAS HIGH SCHOOL, SAN ANDREAS, CA 95249 | |
| 10924 | INSUL-CRETE, DEL MAR, CA 92014 | |
| 10924 | INSUL-CRETE, EL PORTAL, CA 95318 | |
| 10924 | INSUL-CRETE, FRESNO, CA 93700 | |
| 10924 | INSUL-CRETE, SAN DIEGO, CA 92100 | |
| 10924 | INSUL-CRETE, SUITE 102, ACCOUNTS PAYBLE, FRESNO, CA 93727 | |
| 10924 | INSUL-CRETE, SUMMERLAND, CA 93067 | |
| 10925 | INSULFOAM, 1019 PACIFIC AVE , ST 1501, TACOMA, WA 98408 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | INSULFOAM, 5635 SCHAEFER AVE, CHINO, CA 91710 | |
| 10924 | INSULPRO INDUSTRIES INC, UNIT #5 - 5 FORWELL ROAD, KITCHENER, ON N2B 1W3TORONTO | *VIA Deutsche Post* |
| 10925 | INSURANCE SERVICE OFFICE, 545 WASHINGTON BLVD FL 12, JERSEY CITY, NJ 07310 | |
| 10925 | INT COMPLIANCE CENTRE, LTD, 88 AVE LINDSAY, DORVAL, QC H9P 2T8CANADA | *VIA Deutsche Post* |
| 10925 | INTANK TRUCKING INC, 700 - 131ST PLACE, HAMMOND, IN 46320 | |
| 10925 | INTANO, EILEEN, 73 S NARAUSHAUN RD, PEARL RIVER, NY 10965 | |
| 10924 | INTAROME FRAGRANCE INC., 370 CHESTNUT STREET, NORWOOD, NJ 07648 | |
| 10924 | INTEC  - WALL BOARD, 8501 EVERGREEN SUITE 120, COON RAPIDS, MN 55433 | |
| 10925 | INTEC SYSTEMS, 5836 W 117TH PLACE, WORTH, IL 60482 | |
| 10925 | INTEC, PO BOX 579, 3771 MONARCH ST, FREDERICK, CO 80530 | |
| 10924 | INTECH DIV. OF KENTEC, 1601 SOUTH SINCLAIR STREET,SUITE H, ANAHEIM, CA 92806 | |
| 10924 | IN-TECH SALES CORPORATION, 6655 WEST SAHARA AVENUE SUITE B200, LAS VEGAS, NV 89146 | |
| 10925 | IN-TECH,LLC, 8075 STATE ROUTE 62 W, CHANDLER, IN 47610-9341 | |
| 10925 | INTECHLAB INC., 231 GERMAIN, DONNACONA, QUEBEQUE, QC G0A 1T0CANADA | *VIA Deutsche Post* |
| 10924 | INTECTRA, 2629 TERMINAL BLVD, MOUNTAIN VIEW, CA 94043 | |
| 10924 | INTEGRA CHEMICAL COMPANY, 710 THOMAS AVENUE S.W., RENTON, WA 98055 | |
| 10924 | INTEGRA CONSTRUCTION CO., 695 MANSELL ROAD, ROSWELL, GA 30075 | |
| 10925 | INTEGRA INDUSTRIAL, INC, BOX 262, BEDFORD, MA 01730-0262 | |
| 10925 | INTEGRA KERR ADVISORS, 30 E PADONIA RD #102, TIMONIUM, MD 21093 | |
| 10925 | INTEGRAL EDUCATION SERVICES, 2185 N. CALIFORNIA BLVD., WALNUT CREEK, CA 94596 | |
| 10925 | INTEGRAL SYSTEMS INC, PO BOX 45614, SAN FRANCISCO, CA 94145-0614 | |
| 10925 | INTEGRATED COMPANIES INC, 6108 HOWE ST, PITTSBURGH, PA 15206-4242 | |
| 10925 | INTEGRATED COMPANIES, INC, 6108 HOWE ST, PITTSBURGH, PA 15206-4242 | |
| 10925 | INTEGRATED DATA SERVICES, 4725 DORSEY HALL DR., ELLICOTT CITY, MD 21042 | |
| 10925 | INTEGRATED DEVELOPMENT ENTERPRISE, 150 BAKER AVE EXTENSION, CONCORD, MA 01742-2174 | |
| 10924 | INTEGRATED HEALTH NETWORK, 2440 WEST 12TH STREET, TEMPE, AZ 85281 | |
| 10924 | INTEGRATED HEALTH NETWORK, 4022 SOUTH 20TH STREET, PHOENIX, AZ 85040 | |
| 10925 | INTEGRATED LABELING SYSTEM, INC, 22 COTTON RD, NASHUA, NH 03063 | |
| 10925 | INTEGRATED PARTNERSHIPS INC., 18201 VON KARMAN AVE STE 500, IRVINE, CA 92612-1072 | |
| 10924 | INTEGRATED POLYMER INDUSTRIES, 3029 SOUTH HARBOR BLVD., SANTA ANA, CA 92704-6448 | |
| 10925 | INTEGRATED PROCESS SOLUTIONS, 1200 N. HARGER ST., STE. 419, OAK BROOK, IL 60523 | |
| 10925 | INTEGRATED STAFFING SOLUTIONS, PO BOX 378, BEL AIR, MD 21014 | |
| 10925 | INTEGRATED STAFFING SOLUTIONS, PO BOX 378, BEL AIR, MD 21014-0378 | |
| 10925 | INTEGRATED SYSTEMS DESIGN, INC, 171 FORBES BLVD, MANSFIELD, MA 02048 | |
| 10925 | INTEGRATED TECHNICAL SERVICES INC, PO BOX 156, WINSLOW, NJ 08095 | |
| 10925 | INTEGRATED TECHNICAL SERVICES, PO BOX 156, WINSLOW, NJ 08095 | |
| 10925 | INTEGRATED TEL/COM SYSTEM, 5912 GOLDEN EAGLE CIR., PALM BEACH GARDENS, FL 33418 | |
| 10924 | INTEGRATED WORLD ENTERPRI, 8350 NW 66TH ST, MIAMI, FL 33166 | |
| 10924 | INTEGRATED WORLD ENTERPRISES, 8350 N.W. 66TH STREET, MIAMI, FL 33172 | |
| 10925 | INTEGRITY GRAPHICS, 4612 E WHITE DOVE AVE, ORANGE, CA 92869 | |
| 10924 | INTEL - RA1, WESTERN PARTITIANS, HILLSBORO, OR 97123 | |
| 10924 | INTEL - S3, RAYMOND CO, SANTA CLARA, CA 95050 | |
| 10924 | INTEL CORPORATION, FAB 9.3 FIREPROOFING, RIO RANCHO, NM 87174 | |
| 10925 | INTEL PUERTO RICO INC, SOUTH INDUSTRIAL PARK, LAS PIEDRAS, PR 00671PUERTO RICO | *VIA Deutsche Post* |
| 10924 | INTEL, 2800 N. CENTER DRIVE, DU PONT, WA 98327 | |
| 10924 | INTEL, 3603 JULLETTE LANE, SANTA CLARA, CA 95054 | |
| 10924 | INTEL, ALL SEASONS, FOLSOM, CA 95630 | |
| 10924 | INTEL, BRADY, FOLSOM, CA 95630 | |
| 10924 | INTEL, CAMBRIDGE, MA 99999 | |
| 10924 | INTEL, CLAYTON COATINGS, RIO RANCHO, NM 87124 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    INTEL, DIVISION NINE, PHOENIX, AZ 85019

10924    INTEL, E.F. BRADY, FOLSOM, CA 95630

10924    INTEL, JULIET WAY & MISSION COLLEGE, SANTA CLARA, CA 95050

10924    INTEL, PORTLAND, OR 97200

10924    INTEL, SMITH AND GREEN, PHOENIX, AZ 85034

10924    INTEL/ANNING JOHNSON, MISSION COLLEGE & JULIET WAY, SANTA CLARA, CA 95050

10925    INTELICELL INC, 3 WESTECH DRIVE, TYNGSBORO, MA 01879

10925    INTELK, 94 FRANCIS PLACE, SPRING VALLEY, NY 10977

10925    INTELK, PO BOX 381, FOREST HILLS, NY 11375

10925    INTELK/AMERFORD INTERNATIONAL, 218-01 MERRICK BLVD, JAMAICA, NY 11413

10925    INTELLICORP, 1975 EL CAMINO REAL WEST, MOUNTAIN VIEW, CA 94040-2216

10925    INTELLIGENT SYSTEMS & NETWORKING, I, PO BOX 23328, CHATTANOOGA, TN 37422-3328

10925    INTELLIGROUP INC, POBOX 820074, PHILADELPHIA, PA 19182-0074

10925    INTELLILINK, INC, ONE TARA BLVD. SUITE 210, NASHUA, NH 03062

10925    INTELLIMARK, 4700 N STATE RD 7, FORT LAUDERDALE, FL 33319

10925    INTELLIPHONE INC., 191 CHANDLER ROAD, ANDOVER, MA 01810

10925    INTELLISYS GROUP, INC, 2401 EL SEGUNDO BLVD #120, EL SEGUNDO, CA 90245

10925    INTELLUTION C/O YARDLEY INSTRUMENTS, 6 JENNER ST. SUITE 140, IRVINE, CA 92618

10925    INTELLUTION, 325 FOXBOROUGH BLVD., FOXBOROUGH, MA 02035

10925    INTELLUTION, 7939 HONEYGO BLVD. #105, BALTIMORE, MD 21236

10925    INTELLUTION, INC, BOX 73593, CHICAGO, IL 60673-7593

10925    INTELLUTION, ONE EDGEWATER DR, NORWOOD, MA 02062

10925    INTELLUTION, PO BOX 73593, CHICAGO, IL 60673-7593

10925    INTELNET INC, 9812 FALLS ROAD, POTOMAC, MD 20854

10925    INTEMPCO CONTROLS LTD, 3127 DE MINIAC ST, ST LAURENT, QC H4S 1S9CANADA    **\*VIA Deutsche Post\***

10924    INTEPLAST GROUP, LTD. (AMTOPP), 101 INTEPLAST BLVD. / FM1593, LOLITA, TX 77971

10924    INTEPLAST GROUP, LTD., PO BOX 405, LOLITA, TX 77971-0405

10925    INTERACT MULTIMEDIA, 59008 IRELAND TRAIL, MISHAWAKA, IN 46544

10925    INTERACTIVE CABLE SYSTEMS, PO BOX 740145, ATLANTA, GA 30374-0145

10925    INTER-AMERICAN SAFETY COUNCIL, 33 PARK PLACE, ENGLEWOOD, NJ 07631

10925    INTERCALL, PO BOX 281866, ATLANTA, GA 30384-1866

10925    INTERCALL, POBOX 281866, ATLANTA, GA 30384-1866

10925    INTERCEM AMERICAS, CONGREX HOUSE, SURREY, 169 STAFFORD ROAD, WALLINGTON, SM6    **\*VIA Deutsche Post\***
         9BTUNITED KINGDOM

10924    INTERCHEM TECHNICAL ASSOCIATES, 4740 LA RUEDA DRIVE, LA MESA, CA 91941

10924    INTERCHEM TECHNICAL ASSOCIATES, PO BOX 438000, SAN YSIDRO, CA 92173

10925    INTERCIM, BOX 68-9763, MILWAUKEE, WI 53268-9763

10925    INTERCON CARTAGE, PO BOX 24, BEDFORD PARK, IL 60499-0024

10925    INTER-CONNECTION TECHNOLOGY, 360 MERRIMACK ST, LAWRENCE, MA 01843

10924    INTERCONTINENTAL CONSTRUCTION &, 7666 HIGHWAY 65 N.E., FRIDLEY, MN 55432

10925    INTERCONTINENTAL TRADE, 111 E 48TH ST, NEW YORK, NY 10017

10924    INTERCOUNTY BLDG. SUPPLY, 908 LONG ISAND AVE, DEER PARK, NY 11729

10925    INTERCOUNTY LABORATORIES INC, 308 NORTHWEST 170TH ST, ANDOVER GOLF ESTATES, FL
         33169

10925    INTERCULTURAL PRESS INC, PO BOX 700, YARMOUTH, ME 04096-0700

10925    INTERELEC INC, 182-09 149TH ROAD, JAMAICA, NY 11431

10925    INTERELEC INC, JACKSONBURG ROAD, MOHAWK, NY 13407

10925    INTEREX, PO BOX 3439, SUNNYVALE, CA 94088-3439

10925    INTEREX, PO BOX 45538, SAN FRANCISCO, CA 94145-0538

10925    INTERFACE DATA SYSTEMS, 3333 W FLOWER ST, PHOENIX, AZ 85017-4444

10925    INTERFACE FLOORING SYSTEMS INC, PO BOX 905636, CHARLOTTE, NC 28290-5636

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | INTERFACE FLOORING SYSTEMS, INC, PO BOX 1503, LA GRANGE, GA 30241 | |
| 10924 | INTERFACE LLC, PO BOX 6648, GREENVILLE, SC 29606 | |
| 10924 | INTERFACE MATERIALS INC, 5226 MARTIN LUTHER KING BLVD, KINLOCH, MO 63140 | |
| 10924 | INTERFACE MATERIALS, INC., 65 ANGELICA STREET, SAINT LOUIS, MO 63147 | |
| 10924 | INTERFACE MATERIALS, INC., P.O.BOX 34100, SAINT LOUIS, MO 63134 | |
| 10925 | INTERFACE SYSTEMS INC, 5855 INTERFACE DRIVE, ANN ARBOR, MI 48103 | |
| 10924 | INTERFACE, 4380 INTERNATIONAL PARKWAY, ATLANTA, GA 30354 | |
| 10925 | INTERFAITH CENTER ON, 475 RIVERSIDE DR. RM 566, NEW YORK, NY 10115 | |
| 10925 | INTERFAITH COMMUNITY ORGANIZATION, 83 WAYNE ST, JERSEY CITY, NJ 07302 | |
| 10925 | INTERFAITH COMMUNITY ORGANIZATION, CAROLYN SMITH PRAVLICK DANIELLE C, 1121 TWELFTH ST NW, WASHINGTON, DC 20005 | |
| 10924 | INTERFAITH MEDICAL CENTER, ATLANTIC AND ALBANY AVE, BROOKLYN, NY 11201 | |
| 10924 | INTERFAITH MEDICAL CENTER, ATLANTIC AND ALBANY AVENUES, BROOKLYN, NY 11216 | |
| 10924 | INTERFAITH MEDICAL CENTER, BETWEEN CLASSON AND FRANKLIN, 528 PROSPECT PLACE, BROOKLYN, NY 11238 | |
| 10925 | INTERFAITH, CAROLYN SMITH PRAVLICK DANIELL C F, 1121 TWELFTH ST NW, WASHINGTON, DC 20005 | |
| 10925 | INTERFAITH, EDWARD LLOYD, 15 WASHINGTON ST, ROOM 334, NEWARK, NJ 07102 | |
| 10924 | INTERFIL, S.A. DE C.V., 201 CORPUS CHRISTY STREET, LAREDO, TX 78042-1111 | |
| 10924 | INTERFIL, S.A. DE C.V., PARQUE INDUSTRIAL CARTAGENA, TULTITLAN, 0MEXICO | *VIA Deutsche Post* |
| 10924 | INTERFRIGO DE VENEZUELA C.A., CTR. EMP. PALMI, LOCAL A3 Y A4, VALENCIA-EDO. CARABOBO, VENZUALA | *VIA Deutsche Post* |
| 10924 | INTERGRAPH CORP, ONE MADISON INDUSTRIAL PARK, HUNTSVILLE, AL 35894 | |
| 10925 | INTERGRATED DYNAMICS ENGINEERING, 377 UNIVERSITY AVE, WESTWOOD, MA 02090 | |
| 10924 | INTERGROUP/THOMAL DAVIS MEDICAL CTR, SMITH & GREEN, TUCSON, AZ 85710 | |
| 10925 | INTERIM ACCT PROF BOCA RATON, PO BOX 905514, CHARLOTTE, NC 28290-5514 | |
| 10925 | INTERIM COURT REPORTING, PO BOX 100171, PASADENA, CA 91189-0171 | |
| 10925 | INTERIM COURT REPORTING, PO BOX 905463, CHARLOTTE, NC 28290-5463 | |
| 10925 | INTERIM FINANCIAL SOLUTIONS, PO BOX 905514, CHARLOTTE, NC 28290-5514 | |
| 10925 | INTERIM HR PROFESSIONALS, POBOX 905514, CHARLOTTE, NC 28290-5514 | |
| 10925 | INTERIM OFFICE PROFESSIONALS, PO BOX 905514, CHARLOTTE, NC 28290-5514 | |
| 10925 | INTERIM PERONNEL, 32634 BLOSSOM LANE, LEESBURG, FL, FL 34788 | |
| 10925 | INTERIM PERSONNEL BIRMINGHAM, PO BOX 905514, CHARLOTTE, NC 28290-5514 | |
| 10925 | INTERIM PERSONNEL EAGAN, POBOX 70497, CHICAGO, IL 60673-0497 | |
| 10925 | INTERIM PERSONNEL;BIRMINGHAM, PO BOX 905514, CHARLOTTE, NC 28290-5514 | |
| 10925 | INTERIM, PO BOX 91 7054, ORLANDO, FL 32891-7054 | |
| 10924 | INTERIOR CONSTR INC, 15002 GROVER STREET, OMAHA, NE 68144 | |
| 10924 | INTERIOR CONSTRUCTION SERVICES, 2141 SO 59TH ST, SAINT LOUIS, MO 63110 | |
| 10924 | INTERIOR CONSTRUCTION SERVICES, 2141 SOUTH 59TH ST., SAINT LOUIS, MO 63110 | |
| 10924 | INTERIOR CONSTRUCTION SERVICES, CAMBRIDGE, MA 02140 | |
| 10924 | INTERIOR CONSTRUCTION SERVICES, LATTER DAY SAINTS, SAINT LOUIS, MO 63110 | |
| 10924 | INTERIOR CONSTRUCTION SUPPLY, 903 WHOLESALE ROW, JACKSON, MS 39201 | |
| 10924 | INTERIOR CONSTRUCTION SUPPLY, P.O.BOX 3049, JACKSON, MS 39207 | |
| 10924 | INTERIOR CONSTRUCTION, 15002 GROVER, OMAHA, NE 68144 | |
| 10924 | INTERIOR CONSTRUCTION, BERGAN MERCY HOSPITAL, OMAHA, NE 68140 | |
| 10924 | INTERIOR CONSTRUCTION, CAMBRIDGE, MA 02140 | |
| 10924 | INTERIOR CONT/TRI CLUB GOLF EDITION, 17350 WARNER SHINGLE RD., BEALE AIR FORCE BASE, CA 95903 | |
| 10924 | INTERIOR CONTR/FRESNO EXHIBIT HALL, 848 "M" ST., FRESNO, CA 93721 | |
| 10924 | INTERIOR CONTRACT/FASHION FAIR MALL, C/O CAL PLY/FRESNO, FRESNO, CA 93706 | |
| 10924 | INTERIOR CONTRACTORS INC, PO BOX1207, FRESNO, CA 93715 | |
| 10924 | INTERIOR CONTRACTORS, CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | INTERIOR ENTERPRISE, CAMBRIDGE, MA 02140 | |
| 10924 | INTERIOR ENTERPRISES INC, P.O. BOX 14669, GREENSBORO, NC 27415 | |
| 10924 | INTERIOR ENTERPRISES, 802 HUFFMAN STREET, GREENSBORO, NC 27405 | |
| 10924 | INTERIOR ENTERPRISES, 802 HUFFMEIR STREET, GREENSBORO, NC 27405 | |
| 10924 | INTERIOR PARTITION INC., 7362 6NW, CASPER, WY 82604 | |
| 10924 | INTERIOR PARTITIONS INC, CAMBRIDGE, MA 02140 | |
| 10924 | INTERIOR PROD SUPPLY CO, PO BOX 8299, FORT WAYNE, IN 46898 | |
| 10924 | INTERIOR SYS./ ST. ALFONSO MED BLDG, CORNER OF LIBRARY & EMERALD ST., BOISE, ID 83706 | |
| 10924 | INTERIOR SYS./4 RIVERS CULTURAL CTR, 676 S.W. FOURTH AVE., ONTARIO, OR 97914 | |
| 10924 | INTERIOR SYS./BOISE STATE UNIV., 5424 W. STATE ST., BOISE, ID 83703 | |
| 10924 | INTERIOR SYS./C.W.MOORE PLAZA, BOISE, ID 83701 | |
| 10924 | INTERIOR SYS./DILLARDS TOWN SQ, 459 N. COLE RD., BOISE, ID 83704 | |
| 10924 | INTERIOR SYS./EDWARDS THEATRE, CORNER OF OVERLAND RD. & COLE RD., BOISE, ID 83709 | |
| 10924 | INTERIOR SYS./HEWLETT PACKARD, 5424 W. STATE ST., BOISE, ID 83703 | |
| 10924 | INTERIOR SYS./MTN. STS. TUMOR INST., 5424 W. STATE ST., BOISE, ID 83703 | |
| 10924 | INTERIOR SYS./ONE FRONT ST., 200 FRONT ST, BOISE, ID 83712 | |
| 10924 | INTERIOR SYS./POCATELLO HIGH SCHOOL, 5TH AVE. EXTENSION & HWY. 30, POCATELLO, ID 83201 | |
| 10924 | INTERIOR SYS./SYRINGA BANK, 1249 N. ORCHARD, BOISE, ID 83701 | |
| 10924 | INTERIOR SYSTEMS  ATTN: C. LAMBARDO, C/O GRANITE COMPANY, BOISE, ID 83707 | |
| 10924 | INTERIOR SYSTEMS INCORP, ATTN:  ACCOUNTS PAYABLE, BOISE, ID 83707 | |
| 10924 | INTERIOR SYSTEMS, 2805 EAST COLUMBIA ROAD, BOISE, ID 83704 | |
| 10924 | INTERIOR SYSTEMS, 5424 WEST STATE STREET, BOISE, ID 83703 | |
| 10924 | INTERIOR SYSTEMS, ATTN: CHRIS LOMBARDO, BOISE, ID 83703 | |
| 10925 | INTERL CHAMBER OF COMMERCE, 38 COURS ALBERT 1ST, PARIS, 75008FRANCE | *VIA Deutsche Post* |
| 10925 | INTERLIBRARY LOAN DEPT, WHEATON COLLEGE, NORTON, MA 02766 | |
| 10925 | INTERLIBRARY LOANS, EDMONTON, AB T6G 2J8CANADA | *VIA Deutsche Post* |
| 10925 | INTERLINE CORP., 2205 E CARSON ST. UNIT B4, CARSON, CA 90810 | |
| 10924 | INTERLOCHEN CORP., 830 ROTH ST., SIKESTON, MO 63801 | |
| 10925 | INTERMAGNETICS GENERAL, 450 OLD NISKAYUNA ROAD, LATHAM, NY 12110-0000 | |
| 10925 | INTERMAN INDUSTRIAL PRODUCTS LTD, 220 OLD COUNTRY ROAD, MINEOLA, NY 11501 | |
| 10925 | INTERMARINE INC., 11811 EAST FREEWAY STE 560, HOUSTON, TX 77029 | |
| 10924 | INTERMARINE INC., 701 POYDRAS STREET, SUITE 4700, NEW ORLEANS, LA 70139-4702 | |
| 10925 | INTERMATIC INC, 23 LEIGH FISHER DRIVE, EL PASO, TX 79906 | |
| 10925 | INTERMATIC INC, 7777 WINN RD, SPRING GROVE, IL 60081 | |
| 10925 | INTERMATIC INC, 7777 WINN ROAD, SPRING GROVE, IL 60081 | |
| 10925 | INTERMEC TECHNOLOGIES CORPORATION, 6001 - 36TH AVE W, EVERETT, WA 98203 | |
| 10924 | INTERMEDIATE SCHOOL #254, FOR AUBURNDALE MASONRY, 3452 WASHINGTON AVEVUE, BRONX, NY 10499 | |
| 10924 | INTERMEDIATE SCHOOL 292, 300 WYONIA AVENUE, BROOKLYN, NY 11200 | |
| 10925 | INTERMODAL CARTAGE CO INC, POBOX 307172, NASHVILLE, TN 37230-7172 | |
| 10924 | INTERMODAL ILLINIOS TRANSPORTATION, C/O  SPRAY INSULATION, 45 EAST UNIVERSITY, CHAMPAIGN, IL 61820 | |
| 10924 | INTERMOUNTAIN CONCRETE SPECIAL, 1280 EAST, 700 NORTH, SAINT GEORGE, UT 84770 | |
| 10924 | INTERMOUNTAIN CONCRETE SPECIAL, 2660 PENNSYLVANIA AVE., OGDEN, UT 84401 | |
| 10924 | INTERMOUNTAIN CONCRETE SPECIAL, 3680 WEST RENO, LAS VEGAS, NV 89118 | |
| 10924 | INTERMOUNTAIN CONCRETE SPECIAL, 625 EAST MAIN STREET, VERNAL, UT 84078 | |
| 10924 | INTERMOUNTAIN CONCRETE SPECIALTIES, 844 MILLIGAN RD, IDAHO FALLS, ID 83402 | |
| 10924 | INTERMOUNTAIN CONCRETE SPECIALTIES, ATTN:BRAD, 367 WEST 700 NORTH, OREM, UT 84057 | |
| 10924 | INTERMOUNTAIN CONCRETE, 425 WEST 17TH SO, SALT LAKE CITY, UT 84115 | |
| 10924 | INTERMOUNTAIN CONCRETE, 425 WEST 17TH SOUTH, SALT LAKE CITY, UT 84115 | |
| 10924 | INTERMOUNTAIN DIST., 11111 W. 8TH STREET UNIT D, LAKEWOOD, CO 80215 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 INTERMOUNTAIN INSULATION CO, 333 W FIRST ST, SALT LAKE CITY, UT

10924 INTERMOUNTAIN ROADBUILDERS, PULLIAM AIRPORT IMPROVEMENTS, CITY OF FLAGSTAFF, FLAGSTAFF, AZ 86001

10924 INTERMOUNTAIN SUPPLY, 5113 FAST RAILROAD DR, SPOKANE, WA 99212

10924 INTERMOUNTAIN SUPPLY, 850 WEST BRUCH WELLMAN RD, DELTA, UT 84624

10924 INTERMOUNTAIN SUPPLY, 850 WEST BRUCH WELLMAN ROAD, DELTA, UT 84624

10924 INTERMOUNTAIN SUPPLY, E. 5113 RAILROAD, SPOKANE, WA 99212

10925 INTERNAL MEDICINE & CARDIOLOGY, PO BOX 1000, MEMPHIS, TN 38148-0423

10925 INTERNAL MEDICINE & CARDIOLOGY, POBOX 1000, MEMPHIS, TN 38148-0423

10925 INTERNAL MEDICINE OF LANCASTER, PO BOX 127, EAST PETERSBURG, PA 17520-0127

10925 INTERNAL REVENUE SERVICE ACS, PO BOX 149047, AUSTIN, TX 14904

10925 INTERNAL REVENUE SERVICE, ., ATLANTA, GA 93301

10925 INTERNAL REVENUE SERVICE, 7850 SW 6TH COURT, PLANTATION, FL 33324

10925 INTERNAL REVENUE SERVICE, ATLANTA SERVICE CENTER, ATLANTA, GA 39901

10925 INTERNAL REVENUE SERVICE, ATLANTA, GA 39901

10925 INTERNAL REVENUE SERVICE, IRS SERVICE CENTER, ANDOVER, MA 05501

10925 INTERNAL REVENUE SERVICE, MEMPHIS, TN 37501

10925 INTERNAL REVENUE SERVICE, PHILADELPHIA, PA 19255

10925 INTERNAL REVENUE SERVICE, PO BOX 1233, CHARLOTTE, NC 28201-1233

10925 INTERNAL REVENUE SERVICE, PO BOX 149047, AUSTIN, TX 14904

10925 INTERNAL REVENUE SERVICE, PO BOX 2502, MEMPHIS, TN 38101-9926

10925 INTERNAL REVENUE SERVICE, PO BOX 419236, KANSAS CITY, MO 84141

10925 INTERNAL REVENUE SERVICE, PO BOX 47-421, DORAVILLE, GA 30362

10925 INTERNAL REVENUE SERVICE, PO BOX 57, BENSALEM, PA 19020

10925 INTERNAL REVENUE SERVICE, UNITED STATES TREASURY, 7850 SW 6TH COURT, PLANTATION, FL 33324

10925 INTERNAL REVENUE SERVICE, WOLFGANG GUENTHER SS# 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, 1998 TAX RETURN,

10925 INTERNATIOANL LOSS CONTROL INSTITUT, PO BOX 101916, ATLANTA, GA 30392-1916

10925 INTERNATION LINK NETWORK CORP, ATTN: SCARLETT, 6591 NW, 82ND AVENUE, MIAMI, 33166VENZUALA                                                                                              *VIA Deutsche Post*

10924 INTERNATION PAINT, PO BOX 386, UNION, NJ 07083

10925 INTERNATIONAL ADVERTISING, 527 THIRD AVE SUITE 311, NEW YORK, NY 10016

10925 INTERNATIONAL AIR FILTER INC, 413 W UNIVERSITY DRIVE, ARLINGTON HEIGHTS, IL 60004

10924 INTERNATIONAL AIR FILTER, INC., 413  UNIVERSITY DR., ARLINGTON HEIGHTS, IL 60004

10925 INTERNATIONAL AIR TRANSPORT ASSOC, POBOX 113, MONTREAL, QC H4Z 1M1CANADA          *VIA Deutsche Post*

10925 INTERNATIONAL AIR TRANSPORT ASSOC., PO BOX 416, 09999SWITZERLAND                *VIA Deutsche Post*

10925 INTERNATIONAL ASSEMBLERS, 930 NORTH GRAND AVE, NOGALES, AZ 85621

10924 INTERNATIONAL BAKERS SERVICES, 1902 NORTH SHERIDAN AVENUE, SOUTH BEND, IN 46628-1592

10925 INTERNATIONAL BENEFITS, 250 S. WACKER DR #600, CHICAGO, IL 60606-5834

10925 INTERNATIONAL BODY SHOP INC, 652 W LAKE ST., ELMHURST, IL 60126

10925 INTERNATIONAL BOOKKEEPING SERVICES, ., MILAN, MI 99999

10925 INTERNATIONAL BRIDGE CONFERENCE, 337 FOURTH AVE, PITTSBURGH, PA 15222

10925 INTERNATIONAL BUILDING MAINTENANCE, 92 CORPORATE PARK SUITE C-225, IRVINE, CA 92606

10924 INTERNATIONAL BUSINESS & COMMERCE, C/O ERIE FOODS INTERNATIONAL, ROCHELLE, IL 61068

10924 INTERNATIONAL BUSINESS & COMMERCE, C/O YELLWO FREIGHT, DETROIT, MI 48209

10925 INTERNATIONAL BUSINESS DIRECTO, 10200 NW 25TH ST SUITE A-115, MIAMI, FL 33172

10925 INTERNATIONAL BUSINESS DIRECTORIES, 10200 NW 25TH ST SUITE A-115, MIAMI, FL 33172

10925 INTERNATIONAL BUSINESS DIRECTORIES, C/P EDC, WEST HAVEN, CT 06516

10925 INTERNATIONAL BUSINESS DIRECTORIES, PO BOX 509, WEST HAVEN, CT 06516

10924 INTERNATIONAL CARGO, 88 BLACK FALCON AVE, BOSTON, MA 02210

10925 INTERNATIONAL CEMENT MICROSCOPY ASS, 2809 JUNIPER DR, METROPOLIS, IL 62960-2830

10925 INTERNATIONAL CEMENT REVIEW, HIGH ST, DORKING, RH4 1ARUNITED KINGDOM              *VIA Deutsche Post*

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | INTERNATIONAL CEMENT REVIEW, HIGH ST, SURREY, DORKING, RH4 1ARUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | INTERNATIONAL CEMENT REVIEW, OLD KINGS HEAD COURT, SURREY, HIGH ST.DORKIN, RH4 1ARUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | INTERNATIONAL CENTER FOR PUBLIC, C/O THOMAS FIREPROOFING, WARREN STREET, NEWARK, NJ 07101 | |
| 10925 | INTERNATIONAL CENTER FOR, 12 CAMPUS BLVD., NEWTOWN SQUARE, PA 19073 | |
| 10924 | INTERNATIONAL CENTER, 1907 HUNT DRIVE, DALLAS, TX 75201 | |
| 10925 | INTERNATIONAL CENTRE FOR, 12 CAMPUS BLVD, NEWTOWN SQUARE, PA 19073 | |
| 10925 | INTERNATIONAL CHAMPIONSHIP MGMT INC, 49 STEVENSON ST, SAN FRANCISCO, CA 94105 | |
| 10925 | INTERNATIONAL CHEMICAL WORKERS, 13353 PACKARD DR, WOODBRIDGE, VA 22193-3915 | |
| 10925 | INTERNATIONAL CHEMICAL WORKERS, 331 CHESTNUT ST, ASHLAND, MA 01721 | |
| 10925 | INTERNATIONAL CHEMICAL WORKERS, 39 GREENWAY PLACE, MERIDEN, CT 06450 | |
| 10924 | INTERNATIONAL CHEMICAL WORKERS, 500 E PATAPSCO AVENUE, BALTIMORE, MD 21225 | |
| 10925 | INTERNATIONAL CHEMICAL WORKERS, UNION, C/O LARRY MCKELVEY, 1659 W MARKET ST, AKRON, OH 44313-7003 | |
| 10925 | INTERNATIONAL CHEMICALS WORKERS, 39 GREENWAY PL, MERIDEN, CT 06451 | |
| 10925 | INTERNATIONAL CLUB, THE, 1800 K ST , NW, WASHINGTON, DC 20006 | |
| 10925 | INTERNATIONAL COMPLIANCE CENTER LTD, 2150 LIBERTY DR, NIAGARA FALLS, NY 14304 | |
| 10925 | INTERNATIONAL COMPLIANCE CENTER, 2150 LIBERTY DR, NIAGARA FALLS, NY 14304 | |
| 10925 | INTERNATIONAL CONCRESS ON POLYMERS, PO BOX 158, HARWOOD, MD 20776 | |
| 10924 | INTERNATIONAL CONCRETE CO, N 104 W 13561 DONGES BAY ROAD, GERMANTOWN, WI 53022 | |
| 10924 | INTERNATIONAL CONCRETE, P.O. BOX 38, GERMANTOWN, WI 53022 | |
| 10925 | INTERNATIONAL CONFERENCE OF, 5360 WORKMAN MILL RD, WHITTIER, CA 90601-2299 | |
| 10925 | INTERNATIONAL CONFERENCE OF, 5360 WORKMAN MILL ROAD, WHITTIER, CA 90601-2298 | |
| 10925 | INTERNATIONAL COUNCIL OF, 665 FIFTH AVE, NEW YORK, NY 10022 | |
| 10925 | INTERNATIONAL COUNCIL SHOPPING CTR, 665 FIFTH AVE, NEW YORK, NY 10022 | |
| 10925 | INTERNATIONAL CUSTOMER SERVICE ASSN, PO BOX 809193, CHICAGO, IL 60680-9193 | |
| 10924 | INTERNATIONAL DATA ACCESS CORP., 400 E. REDONDO BEACH BLVD., #B, GARDENA, CA 90248 | |
| 10924 | INTERNATIONAL DISPATCH CO., 2202 SAN IGNACIO, LAREDO, TX 78040 | |
| 10924 | INTERNATIONAL DISPATCH CO., CAMBRIDGE, MA 99999 | |
| 10925 | INTERNATIONAL DIST. CORP., 6666 MYKAWA RD., HOUSTON, TX 77033 | |
| 10924 | INTERNATIONAL ELECTRIC SALES C, 7540 N. W. 66TH STREET, MIAMI, FL 33166 | |
| 10925 | INTERNATIONAL EQUIPMENT CO., 300 SECOND AVE., BOSTON, MA 02194 | |
| 10925 | INTERNATIONAL EQUIPMENT CO., PO BOX 3170, BOSTON, MA 02241 | |
| 10925 | INTERNATIONAL EQUIPMENT CO., PO BOX 4026, CHATTANOOGA, TN 37405 | |
| 10925 | INTERNATIONAL EXTERMINATOR COMPANY, 100 SOUTH LIVELY BLVD, ELK GROVE VILLAGE, IL 60007-1621 | |
| 10925 | INTERNATIONAL FILLER, PO BOX 784, BUFFALO, NY 14240 | |
| 10925 | INTERNATIONAL FIRESTOP COUNCIL, 25 N BROADWAY, TARRYTOWN, NY 10591 | |
| 10924 | INTERNATIONAL FLAVOR & FRAGRANCES, AUROTECH DIVISION, N92 W14224 ANTHONY AVENUE, MENOMONEE FALLS, WI 53051 | |
| 10924 | INTERNATIONAL FLAVOR & FRAGRANCES, N92 W14224 ANTHONY AVENUE, MENOMONEE FALLS, WI 53051 | |
| 10924 | INTERNATIONAL FLAVORS & FRAGRANCES, 150 DOCKS CORNER ROAD, DAYTON, NJ 08810 | |
| 10924 | INTERNATIONAL FLAVORS & FRAGRANCES, 600 STATE HIGHWAY 36, HAZLET, NJ 07730-1797 | |
| 10924 | INTERNATIONAL FLAVORS & FRAGRANCES, 800 ROSE LANE - ATTN. U.B. STOCK, KEYPORT, NJ 07735 | |
| 10924 | INTERNATIONAL FLORA TECHNOLOGIES, 1151 N. FIESTA BLVD., GILBERT, AZ 85233 | |
| 10924 | INTERNATIONAL FOREST SEED CO., HIGHWAY 301 NORTH, STATESBORO, GA 30459 | |
| 10924 | INTERNATIONAL FOREST SEED CO., PO BOX 1477, STATESBORO, GA 30459 | |
| 10925 | INTERNATIONAL FOUNDATION, PO BOX 69, BROOKFIELD, WI 53008-0069 | |
| 10925 | INTERNATIONAL GROUP INC, BOX 686295, MILWAUKEE, WI 53268-6295 | |
| 10925 | INTERNATIONAL GROUP INC, POBOX 8500-S-2690, PHILADELPHIA, PA 19178 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   INTERNATIONAL GROUP INC, THE, BOX #686295, MILWAUKEE, WI 53268-6295

10925   INTERNATIONAL GROUP,INC, THE, PO BOX 1220, OSHKOSH, WI 54902-1220

10925   INTERNATIONAL INDUSTRIAL FAN, PO BOX 567, SOUTH BOSTON, VA 24592

10925   INTERNATIONAL INGREDIENT CORP., PO BOX 17460, SAINT LOUIS, MO 63178-7460

10924   INTERNATIONAL INK, 775 DORSEY STREET, GAINESVILLE, GA 30501

10925   INTERNATIONAL INSTITUTE OF, 2077 SOUTH GESSNER ROAD SUITE 133, HOUSTON, TX 70063-1123

10924   INTERNATIONAL JET PORT, C/O NEW ENGLAND FIREPROOFING, PORTLAND, ME 04102

10925   INTERNATIONAL LIGHT, 17 GRAF ROAD, NEWBURYPORT, MA 01950-4092

10925   INTERNATIONAL LIMOUSINE SER., 4546 ANNAPOLIS RD., BALTIMORE, MD 21227

10925   INTERNATIONAL LIMOUSINE SERVICE INC, PO BOX 7410, BALTIMORE, MD 21075

10924   INTERNATIONAL LINK NETWORK CORP, 3250 CORPORATE WAY, 2NDFLOOR, HOLLYWOOD, FL 33025

10925   INTERNATIONAL LITIGATION SERVICES, 3535 LOUISIANA, HOUSTON, TX 77002

10925   INTERNATIONAL MAINTENANCE CORP, PO BOX 2599, SULPHUR, LA 70664-2599

10925   INTERNATIONAL MAINTENANCE CORP., PO BOX 2599, SULPHUR, LA 70664-2599

10925   INTERNATIONAL MAINTENANCE CORPORATI, PO BOX 971760, DALLAS, TX 75397

10925   INTERNATIONAL MASONRY INSTITUTE, 225 GRANDVIEW DR, GLASTONBURY, CT 06033

10925   INTERNATIONAL MEDIA CONCEPTS INC, PO BOX 250, LEVITTOWN, NY 11756-0250

10924   INTERNATIONAL MEDICAL INC., 14470 BURNSVILLE PARKWAY, BURNSVILLE, MN 55337

10924   INTERNATIONAL MEDICATION SYSTEMS, L, 1886 SANTA ANITA AVENUE, SOUTH EL MONTE, CA 91733

10925   INTERNATIONAL MESOTHELIOMA INTEREST, 37 CONVENT DR MSC 4255, BETHESDA, MD 20892-4255

10924   INTERNATIONAL MINERALS & CHEM. CORP, 1331 SOUTH FIRST STREET, TERRE HAUTE, IN 47808

10924   INTERNATIONAL MINERALS & CHEM. CORP, PO BOX 207, TERRE HAUTE, IN 47808

10925   INTERNATIONAL MONETRY FND, 700 19TH ST NW, WASHINGTON, DC 20431

10924   INTERNATIONAL NUTRITION, INC., 4444 SOUTH 76TH CIRCLE, OMAHA, NE 68117-0540

10925   INTERNATIONAL OFFICE PRODUCTS, 44 NEW ST 5TH FL, NEW YORK, NY 10004

10924   INTERNATIONAL PACKING SUPPLIES, LLC, 2407 N. GRAND AVE., NOGALES, AZ 85628

10924   INTERNATIONAL PACKING SUPPLIES, LLC, PO BOX2172, NOGALES, AZ 85628

10924   INTERNATIONAL PAINT INC, ACCTS PAYABLE, PO BOX 4806, HOUSTON, TX 77210-4806

10924   INTERNATIONAL PAINT, 2270 MORRIS AVENUE, UNION, NJ 07083

10924   INTERNATIONAL PAINT, 6001 ANTOINE DRIVE, HOUSTON, TX 77091

10924   INTERNATIONAL PAINT, PO BOX 4806, HOUSTON, TX 77210

10924   INTERNATIONAL PANEL CO., INC., 317 WILLIAM STREET, FREDERICKSBURG, VA 22401

10925   INTERNATIONAL PAPER - HANFORD, 10801 IONIA LANE, HANFORD, CA 93230

10925   INTERNATIONAL PAPER - HAZELTON, PO BOX 642140, PITTSBURGH, PA 15264-2140

10925   INTERNATIONAL PAPER - TIFTON, PO BOX 100804, ATLANTA, GA 30384

10925   INTERNATIONAL PAPER CO, 1515 KENDELL ROAD, NEWBERRY, SC 29108

10925   INTERNATIONAL PAPER CO, C/O BANK ONE-DEPT. 905251, 806 TYVOLA ROAD, SUITE 108, CHARLOTTE, NC 28217

10924   INTERNATIONAL PAPER CO., 5594 HIGHWAY 38 SOUTH, BENNETTSVILLE, SC 29512

10924   INTERNATIONAL PAPER CO., GEORGETOWN MILL KAMINSKI ST., GEORGETOWN, SC 29440

10924   INTERNATIONAL PAPER CO., PO BOX 1, BOX 112, BLENHEIM, SC 29516

10925   INTERNATIONAL PAPER COMPANY, 6400 POPLAR AVE, MEMPHIS, TN 38197

10925   INTERNATIONAL PAPER COMPANY, PO BOX 3076, EAST CAMDEN, AR 71701

10925   INTERNATIONAL PAPER COMPANY, PO BOX 730597, DALLAS, TX 75373-0597

10925   INTERNATIONAL PAPER CONTAINER DIV., PO BOX 70664, CHICAGO, IL 60673-0664

10924   INTERNATIONAL PAPER, 2050 COUCH DRIVE, MC KINNEY, TX 75069

10925   INTERNATIONAL PAPER, 400 ATLANTIC STREET, STAMFORD, CT 06921-0001

10925   INTERNATIONAL PAPER, 4643 COLLECTIONS CENTER DR, CHICAGO, IL 60693

10924   INTERNATIONAL PAPER, 599 S. HIGHLAND STREET, LOCK HAVEN, PA 17745

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  INTERNATIONAL PAPER, 8339 TELEGRAPH RD., ODENTON, MD 21113

10925  INTERNATIONAL PAPER, C/O BANK ONE-DEPT. 905251, 806 TYVOLA ROAD, SUITE 108, CHARLOTTE, NC 28217

10924  INTERNATIONAL PAPER, CORPORATE RESEARCH CENTER, 1422 LONG MEADOW ROAD, TUXEDO PARK, NY 10987

10924  INTERNATIONAL PAPER, DELIVER TO #45 WAREHOUSE, LOCK HAVEN, PA 17745

10925  INTERNATIONAL PAPER, PO BOX 100804, ATLANTA, GA 30384

10924  INTERNATIONAL PAPER, PO BOX 1981, MEMPHIS, TN 38101-1981

10925  INTERNATIONAL PAPER, PO BOX 464, SEYMOUR, IN 47274

10925  INTERNATIONAL PAPER, PO BOX 70664, CHICAGO, IL 60673-0664

10925  INTERNATIONAL PAPER, POBOX 100804, ATLANTA, GA 30384-0804

10925  INTERNATIONAL PAPER, PO BOX 70664, CHICAGO, IL 60673-0664

10924  INTERNATIONAL PAPER, SOUTH HIGHLAND STREET, LOCK HAVEN, PA 17745

10924  INTERNATIONAL PAPER-ERIE, 1540 I LAKE RD., ERIE, PA 16533

10925  INTERNATIONAL PARKING INSTITUTE, PO BOX 7167, FREDERICKSBURG, VA 22404-7167

10925  INTERNATIONAL PERSONNEL ASSOCIATION, 700 CANAL ST. 2ND FL, STAMFORD, CT 06902-5927

10925  INTERNATIONAL PETROLEUM CORPORATION, 14890 INTERCOASTAL DR, NEW ORLEANS, LA 70129

10925  INTERNATIONAL PLASTICS, 185 COMMERENCE CENTER, GREENVILLE, SC 29615-5817

10925  INTERNATIONAL PLASTICS, PO BOX 25544, GREENVILLE, SC 29616-0544

10924  INTERNATIONAL PLAZA, 2202 NORTH WEST HOSE BLVD., TAMPA, FL 33607

10924  INTERNATIONAL PLAZA, PHILADELPHIA, PA 19092

10924  INTERNATIONAL PLAZA, PHILADELPHIA, PA 19105

10924  INTERNATIONAL PROCESSING CORP., 1100 ENTERPRISE DRIVE, WINCHESTER, KY 40391

10925  INTERNATIONAL PROTECTIVE COATI, PO BOX 4128, MIDDLETOWN, NJ 07748

10925  INTERNATIONAL PROTECTIVE COATINGS, 725 CAROL AVE, OAKHURST, NJ 07755

10925  INTERNATIONAL PROTECTIVE COATINGS, POBOX 4128, MIDDLETOWN, NJ 07748

10925  INTERNATIONAL PROTECTIVE, 1275 HWY 35, MIDDLETOWN, NJ 07748

10925  INTERNATIONAL PUBLISHING MANAGEMENT, PO BOX 419263, KANSAS CITY, MO 64193-0540

10925  INTERNATIONAL RECTIFIER, 222 KANSAS ST REAR, EL SEGUNDO, CA 90245

10925  INTERNATIONAL RESOURSES CORP, 250 NORTH WATER, WICHITA, KS 67202

10925  INTERNATIONAL SEMICONDUCTOR INC, 252 COX ST, ROSELLE, NJ 07203

10924  INTERNATIONAL SILICON SOLUTIONS, 11601 PLANO ROAD, DALLAS, TX 75243

10924  INTERNATIONAL SILICON SOLUTIONS, SUITE 104, 11601 PLANO ROAD, DALLAS, TX 75243

10925  INTERNATIONAL SOCIETY OF CEBS, PO BOX 209, BROOKFIELD, WI 53008-0209

10925  INTERNATIONAL SOS ASSISTANCE INC, PO BOX 11568, PHILADELPHIA, PA 19116

10925  INTERNATIONAL SPECIALTY CHEMICALS, 500 INTERNATIONAL DR, MOUNT OLIVE, NJ 07828

10925  INTERNATIONAL SPORTS MGMT, 55 WEST WACKER 8TH FL, CHICAGO, IL 60601

10925  INTERNATIONAL TELEVISION ASSOC, 9202 N MERIDIAN ST SUITE 200, INDIANAPOLIS, IN 46260-1810

10925  INTERNATIONAL TEST & BALANCE, 380 NORTH WEST HWY, DES PLAINES, IL 60016-2201

10925  INTERNATIONAL TRACING CO, 16300 CHANEY, STILWELL, KS 66085-9266

10925  INTERNATIONAL TRADEMARK ASSOCIATION, 1133 AVE OF THE AMERICAS, NEW YORK, NY 10036-6710

10925  INTERNATIONAL TRANSLATION CO., PO BOX 5419, MAGNOLIA, MA 01930

10925  INTERNATIONAL TREASURER, PO BOX 117, PITTSBURGH, PA 15278-1880

10925  INTERNATIONAL TRUCKS INC, 4655 SOUTH CENTRAL AVE, CHICAGO, IL 60638

10925  INTERNATIONAL U A W, ATT ART MILLER, 8000 E JEFFERSON AVE, DETROIT, MI 48214-3963

10925  INTERNATIONAL URANIUM (USA) CORP., INDEPENDENCE PLAZA, STE. 950, DENVER, CO 80265

10925  INTERNATIONAL URANIUM (USA) CORP., INDEPENDENCE PLAZA, SUITE 950, DENVER, CO 80265

10925  INTERNATIONAL WHOS WHO OF, 414 BELL FORK ROAD, JACKSONVILLE, NC 28541

10924  INTERNATIONAL WINDOW CORP., 5625 EAST FIRESTONE BLVD., SOUTH GATE, CA 90280

10924  INTERNATIONAL WINDOWS, 30526 SAN ANTONIO STREET, HAYWARD, CA 94544

10924  INTERNATIONAL WINDOWS, PO BOX 5025, HAYWARD, CA 94540-5025

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | INTERNATIONALNUTRITION IN, 7706 "I" PLAZA, OMAHA, NE 68127-0540 | |
| 10925 | INTERNET BUSINESS SYSTEMS, BLDG. 1, STE. 314, 300 W. WIEUCA RD., N.E., ATLANTA, GA 30342 | |
| 10924 | INTERNET CITY HOTEL, 176 LINCOLN STREET, BRIGHTON, MA 02135 | |
| 10925 | INTERNET LABS INC, 82 BETHANY RD SUITE 8, HAZLET, NJ 07730 | |
| 10925 | INTERNET ONE INC, 1113 SPRUCE ST, BOULDER, CO 80302 | |
| 10925 | INTERNEX CORPORATION, 451 W LAMBERT RD #214, BREA, CA 92621 | |
| 10924 | INTERPACK, 32 E. AIRLINE AVE., KENNER, LA 70062 | |
| 10924 | INTERPACK, CAMBRIDGE, MA 99999 | |
| 10924 | INTERPANE GLASS, 201 INTERPANE LANE, DEERFIELD, WI 53531 | |
| 10924 | INTERPANE SPECTRUM, 520 E. RAILROAD STREET, CLINTON, NC 28328 | |
| 10924 | INTERPANE SPECTRUM, PO BOX 408, CLINTON, NC 28328 | |
| 10925 | INTERPHASE CORPORATION, PO BOX 1087, WESTBORO, MA 01581 | |
| 10924 | INTERPLEX, 70 FULTON TERRACE, NEW HAVEN, CT 06512 | |
| 10925 | INTERPRO, ANN C. UMPHRES PC, 1445 MARKET ST #220, DENVER, CO 80202 | |
| 10925 | INTERQUEST INC, 98 CUTTER MILL RD - SUITE 337 SOUTH, GREAT NECK, NY 11021 | |
| 10925 | INTERQUEST, INC, 98 CUTTER MILL RD., STE. 337 S., GREAT NECK, NY 11021 | |
| 10925 | INTERROLL CORPORATION, POBOX 65006, CHARLOTTE, NC 28265 | |
| 10925 | INTERSAN INC., 2457 CHEMIN DU LAC, LONGUEUIL, QC J4N 1P1CANADA | *VIA Deutsche Post* |
| 10925 | INTERSCAN CORP., PO BOX 2496, CHATSWORTH, CA 91313-2496 | |
| 10925 | INTERSECT LIMITED, ST.PAULS CLOCKHOUSE READING ROAD, WOKINGHAM,BERKSHIRE, BK RG41 1EHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | INTERSOLV INC, POBOX 630413, BALTIMORE, MD 21263-0413 | |
| 10925 | INTERSOLV RTP, INC, PO BOX 630413, BALTIMORE, MD 21263-0413 | |
| 10925 | INTERSOLV UNIVERSITY, 9420 KEY WEST AVE., ROCKVILLE, MD 20850 | |
| 10925 | INTERSOLVE, 1500 PERIMETER PARK SUITE 100, MORRISVILLE, NC 27560 | |
| 10924 | INTERSTATE 80 PATCHWORK, C/O A/R READY MIX, P.O. # 3611-MH, 4969 VANDEN ROAD, FAIRFIELD, CA 94533 | |
| 10925 | INTERSTATE ADJUSTMENT BUREAU, INC, PO BOX 545, PLACIDA, FL 33946-0545 | |
| 10925 | INTERSTATE BATTERIES SYSTEM OF, 919 MAULDIN RD, GREENVILLE, SC 29607 | |
| 10925 | INTERSTATE BILLING SERVICE, PO BOX 11407, BIRMINGHAM, AL 35246-0011 | |
| 10924 | INTERSTATE BLOCK CO INC, 649 AEDC RD HWY 127, WINCHESTER, TN 37398 | |
| 10925 | INTERSTATE BRANDS CORP, DAVID E CRANSTON, | |
| 10925 | INTERSTATE BRANDS CORP, PO BOX 668648, CHARLOTTE, NC 28266 | |
| 10924 | INTERSTATE CHEMICAL CO INC, 2797 FREEDLAND ROAD, HERMITAGE, PA 16148 | |
| 10924 | INTERSTATE CHEMICAL, 2797 FREEDLAND ROAD, WEST MIDDLESEX, PA 16159 | |
| 10924 | INTERSTATE CHEMICAL, 300 N. WEST ST., MARENGO, IL 60152 | |
| 10925 | INTERSTATE COLLISION AND GLASS, DELL RAPIDS, SD 57022 | |
| 10924 | INTERSTATE CONSTRUCTION SUPPLY, 951 HENDERSON AVE, WASHINGTON, PA 15301 | |
| 10924 | INTERSTATE CONTRACTORS SUPPLY, 951 HENDERSON AVE., WASHINGTON, PA 15301 | |
| 10924 | INTERSTATE CONTRACTORS SUPPLY, PO BOX338, MEADOW LANDS, PA 15347 | |
| 10925 | INTERSTATE DISTRIBUTION CENTER, PO BOX 1925, CULVER CITY, CA 90232-1925 | |
| 10925 | INTERSTATE DISTRIBUTION CENTER, POBOX 1925, CULVER CITY, CA 90232-1925 | |
| 10924 | INTERSTATE DISTRIBUTORS, OF DUNN, INC., DUNN, NC 28335 | |
| 10924 | INTERSTATE DISTRS. OF DUNN, INC., I-95 NORTH SERVICE ROAD, DUNN, NC 28334 | |
| 10924 | INTERSTATE ELECTRIC SUPPLY CO, 2300 SECOND AVENUE, COLUMBUS, GA 31901 | |
| 10924 | INTERSTATE ELECTRIC SUPPLY CO, 6500 27TH AVE, KENOSHA, WI 53140 | |
| 10925 | INTERSTATE ELECTRIC SUPPLY, 14667 W 101ST TERR, LENEXA, KS 66215 | |
| 10924 | INTERSTATE ELECTRIC, 2300 SECOND AVE., COLUMBUS, GA 31902 | |
| 10924 | INTERSTATE ELECTRIC, P.O. BOX 1460, COLUMBUS, GA 31902 | |
| 10925 | INTERSTATE ELECTRICAL, 70 TREBLE COVE RD., NORTH BILLERICA, MA 01862 | |
| 10924 | INTERSTATE ELECTRICIAL SERVICE, 70 TREBLE COVE ROAD, NORTH BILLERICA, MA 01862 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | INTERSTATE ENVIRONMENTAL SERV, 6610 MILTON ROAD, PORTAGE, IN 46368 | |
| 10925 | INTERSTATE EQUIPMENT CO, POBOX 890179, CHARLOTTE, NC 28289-0179 | |
| 10925 | INTERSTATE EQUIPMENT CO., PO BOX 75448, CHARLOTTE, NC 28275-0448 | |
| 10924 | INTERSTATE HWY CONST., PO BOX 4356, ENGLEWOOD, CO 80155 | |
| 10924 | INTERSTATE MORRIS CONCRETE COMPANY, 14475 LAMEY BRIDGE ROAD, BILOXI, MS 39532 | |
| 10924 | INTERSTATE MORRIS CONCRETE COMPANY, 8280 FIRETOWER RD., PASS CHRISTIAN, MS 39571 | |
| 10924 | INTERSTATE MORRIS CONCRETE COMPANY, PO BOX7839, BILOXI, MS 39532 | |
| 10925 | INTERSTATE NATIONALEASE INC, PO BOX 1668, ALBANY, GA 31703 | |
| 10925 | INTERSTATE NATIONALEASE, INC, PO BOX 1668, ALBANY, GA 31703 | |
| 10925 | INTERSTATE NUCLEAR SERVICE, UNIFIRST CORPORATION, PO BOX 51957, 295 PARKER ST, SPRINGFIELD, MA 01151 | |
| 10924 | INTERSTATE PACIFIC, 3300 CRATER LAKE AVE, MEDFORD, OR 97504 | |
| 10925 | INTERSTATE PALLET CO, POBOX 9162, RICHMOND, VA 23227 | |
| 10924 | INTERSTATE POWER CO, SERVICE BLDG- 910 KERPER BLVD, DUBUQUE, IA 52001 | |
| 10925 | INTERSTATE PUBLISHERS CORP, 1841 BROADWAY, NEW YORK, NY 10023-7603 | |
| 10924 | INTERSTATE ROCK PRODUCTS, 42 SOUTH 850 WEST #201, HURRICANE, UT 84737 | |
| 10924 | INTERSTATE ROCK PRODUCTS, 725 WEST STATE STREET, HURRICANE, UT 84737 | |
| 10924 | INTERSTATE ROCK PRODUCTS, 770 NORTH RED ROCK ROAD, SAINT GEORGE, UT 84770 | |
| 10924 | INTERSTATE ROCK PRODUCTS, OFF HIGHWAY 9 WEST, HURRICANE, UT 84737 | |
| 10925 | INTERSTATE SAFETY & SUPPLY INC, PO BOX 947, SPARKS, NV 89432-0947 | |
| 10925 | INTERSTATE STEEL SUPPLY CO., PO BOX 905038, CHARLOTTE, NC 28290-5038 | |
| 10925 | INTERSTATE STEEL SUPPLY CO., POBOX 27165, BALTIMORE, MD 27165 | |
| 10925 | INTERSYSTEMS INDUSTRIAL PROD., PO BOX 73343, HOUSTON, TX 77272-3343 | |
| 10925 | INTERSYSTEMS, PO BOX 200912, HOUSTON, TX 77216-0912 | |
| 10925 | INTERTAPE POLYMER CORP, 248 INDUSTRIAL DR, RAYNE, LA 70578-0148 | |
| 10925 | INTERTAPE POLYMER CORP, PO BOX 67000, DETROIT, MI 48267-0722 | |
| 10925 | INTERTEC PRESENTATIONS, 6300 SOUTH SYRACUSE, ENGLEWOOD, CO 80111 | |
| 10925 | INTERTEC PUBLISHING CORP, 9800 METCALF AVE, OVERLAND PARK, KS 66212-2215 | |
| 10925 | INTERTEC PUBLISHING CORP, PO BOX 12901, OVERLAND PARK, KS 66282-2901 | |
| 10925 | INTERTEC PUBLISHING CORPORATION, PO BOX 12901, OVERLAND PARK, IL 66282-2901 | |
| 10925 | INTERTECH CORP., 19 NORTHBROOK DR., PORTLAND, ME 04105 | |
| 10925 | INTERTECH GROUP THE, DONNA HARTIN, 4838 JENKINS AVE, NORTH CHARLESTON, SC 29405 | |
| 10925 | INTERTEK SERVICES CORPORATION, PO BOX 73283, CHICAGO, IL 60673-7283 | |
| 10925 | INTERTEK TESTING SERVICES NA INC, PO BOX 70571, CHICAGO, IL 60673-0571 | |
| 10925 | INTERTEK TESTING SERVICES NA LTD, PO BOX 1626 PLACE DARMES, MONTREAL, QC H2Y 3L2CANADA | *VIA Deutsche Post* |
| 10925 | INTERTEK TESTING SERVICES, 1114 SEACO AVE., DEER PARK, TX 77536 | |
| 10925 | INTERTEK TESTING SERVICES, 211 SCHOOLHOUSE ST, COQUITLAM, BC V3K 4X9CANADA | *VIA Deutsche Post* |
| 10924 | INTERTEK TESTING SERVICES, CALEB BRETT, 6050 EGRET CT, BENICIA, CA 94510 | |
| 10925 | INTERTEK TESTING SERVICES, PO BOX 13426, NEWARK, NJ 07188-0426 | |
| 10924 | INTERTEL, C/O DON BOEHMER, CHANDLER, AZ 85224 | |
| 10924 | INTER-TRADE FORWARDIMG, CORP., 3541 E. 14TH ST. SUITE B, BROWNSVILLE, TX 78521 | |
| 10925 | INTERWEST SPORTS & ORTHOPAEDICS, 440 SOUTH MEDICAL DR, BOUNTIFUL, UT 84010 | |
| 10924 | INTERWORK SYSTEM, 1233 OLD WALT WHITMAN RD., MELVILLE, NY 11747 | |
| 10924 | INTERWORLD COMMODITIES INC, 10 EAST 39TH ST SUITE 518, NEW YORK, NY 10016 | |
| 10925 | INTEX PLASTICS CORP, WILLIAM F SMITH VP, 4130 SANTA FE AVE, LONG BEACH, CA 90801-1440 | |
| 10925 | INTEX PLASTICS CORPORATION, HARPER DR, CORINTH, MS 38834 | |
| 10925 | INTILI, ALBERT, 20 CATALINA DR, SOMERVILLE, NJ 08876 | |
| 10925 | INTILI, BRIDGET, 28 S ADAMSVILLE RD., BRIDGEWATER, NJ 08807 | |
| 10925 | INTL ASSOC. OF BUSINESS COMMUNICAT, ONE HALLIDIE PLAZA, STE 600, SAN FRANCISCO, CA 94102 | |
| 10925 | INTL BROTHERHOOD OF BOILERMAKERS, 5529 US HWY 60E, OWENSBORO, KY 42303 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   INTL BUSINESS DIRECTORIES, PO BOX 509, WEST HAVEN, CT 06516

10925   INTL BUSINESS MACHINE, PO BOX 105063 BO 2PE, ATLANTA, GA 30348-9001

10925   INTL BUSINESS MACHINES, PO BOX 102555, ATLANTA, GA 30368-0555

10925   INTL CHEMICAL WORKERS UNION, LOCAL 952, C/O WILLIAM ARSENAULT, 15 TANGUAY AVE STE 107, NASHUA, NH 03063-1738

10925   INTL CMP INDUSTRIES LTD, 413 N PEARL ST, ALBANY, NY 12207-1311

10925   INTL COMPLIANCE CENTER, 2150 LIBERTY DR, NIAGARA FALLS, FL 14304

10925   INTL CONSULTING SOLUTION, BRANDYWINE 5 BLDG, #350, CHADDS FORD, PA 19317

10925   INTL CORPORATE TRAVEL, 6045 BARFIELD RD STE 106, ATLANTA, GA 30328

10924   INT'L FLAVORS & FRAGRANCES, 150 DOCKS CORNER ROAD, PO BOX 439, DAYTON, NJ 08810

10924   INT'L FLAVORS & FRAGRANCES, 600 STATE HWY #36, HAZLET, NJ 07730

10925   INTL LAND SERVICES INC., PO BOX 5171, NORMAN, OK 73070-5171

10925   INTL LOGISTICS RESEARCH, PO BOX 2166, PONTE VEDRA BEACH, FL 32004-2166

10925   INTL METALS STRIPPING, MULLIGAN & BJORNNES, ATTN: GREGORY J COLLIN, 401 GROVELAND AVE, MINNEAPOLIS, MN 55403

10925   INTL ORIENTATION RESOURC, 500 SKOKIE BLVD, NORTHBROOK, IL 60062

10925   INTL PAPER (CHASE PACKAGING), STEVEN J GINSKI, 6400 POPLAR AVE, MEMPHIS, TN 38197

10925   INTL PROCESSING SPECIALISTS INC, 1859 E ADAMS ST,

10925   INTL PUBLISHING MGMT. ASSOC., PO BOX 419263, KANSAS CITY, MO 64193-0540

10925   INTL RESISTIVE CO INC AND CRYSTALAT, DAVID SIZEMORE, 305 GREENWAY ROAD, PO BOX 1860, BOONE, NC 28607

10925   INTL RESISTIVE CO INC AND CRYSTALAT, PETREE STOCKTON & ROBINSON J STEPHENS, 1001 W 4TH ST, WINSTON-SALEM, NC 27101-2400

10925   INTL RISK CONTROL, INC, 6140 STONERIDGE MALL RD, PLEASANTON, CA 94588

10925   INTL TECH CORP, ANTHONY J DELUCA PRES & CEO, 2790 MOSSIDE BLVD, MONROEVILLE, PA 15146

10925   INTL TECH CORP, THOMAS TANNER, 200 HORIZON CENTER BLVD, TRINTON, NJ 08691

10924   INT'L TOOL & SUPPLY CO., INC., PO BOX 3292, HOUSTON, TX 77253-3292

10925   INTL VERMICULATE, PO BOX 66, GERARD, IL 62640

10925   INTL VERMICULITE CO, 2401 EAST 40TH AVE, DENVER, CO 80205

10925   INTL WHOS WHO OF PROFESSIONAL MGMT, 414 BELL FORK ROAD, JACKSONVILLE, NC 28541

10925   INTL. BUSINESS DIRECTORIES, 10200 NW 25TH ST., STE.A-113, MIAMI, FL 33172

10925   INTL. CHEMICAL WORKERS UNION, 500 E. PATAPSCO AVE., LOCAL #976, BALTIMORE, MD 21225

10925   INTL. COATINGS EXPO., PO BOX 998, PARK RIDGE, IL 60068

10925   INTL. ELECTRICAL TESTING ASSN., PO BOX 687, MORRISON, CO 80465

10925   INTL. PAPER, PO BOX 100804, ATLANTA, GA 30384-0804

10925   INTL. TRADEMARK ASSOC., 1133 AVE. OF THE AMERICAS, NEW YORK, NY 10036-6710

10924   INTRA AMERICAN FOUNDATION, & DRILLING INC., SANTA ANA, CA 92704

10925   INTRAC, PO BOX 1199, NIXA, MO 65714

10924   INTRACOM, CO., 11 STRATHMORE COURT, BUFFALO GROVE, IL 60089

10924   INTRACOR-FAMILIAN INTERNATIONL, 17217 S.W. BODNES FERRY RD, LAKE OSWEGO, OR 97035

10924   INTRACOR-FAMILIAN INTERNATIONL, P.O. BOX 1948, LAKE OSWEGO, OR 97035

10924   INTRACOR-FAMILIAN INT'L, P O BOX 1948, LAKE OSWEGO, OR 97035

10924   INTRALOCK BLOCK, 1001 N W 12TH TERRACE, POMPANO BEACH, FL 33069

10924   INTRALOCK BLOCK, 1001 N.W. 12TH TERRACE, POMPANO BEACH, FL 33069

10924   INTRALOCK CONC BLOCK CO., 1001 N.W. 12TH TERRACE, POMPANO BEACH, FL 33069

10925   INTRANSCO, INC, PO BOX 239, LYNNFIELD, MA 01940

10925   INTRANSCO, INC, PO BOX 5419, MAGNOLIA, MA 01930

10925   INTRANSIT CONTAINER INC., 241 FRANCIS AVE, MANSFIELD, MA 02048-1548

10925   INTRASTATE MILLWRIGHT SER, INC, PO BOX 8, ORLAND PARK, IL 60462

10925   INTRAWARE INC, 25 ORINDA WAY, ORINDA, CA 94563

10924   INTREGATED DEVICES, HILLSBORO, OR 97124

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 INTRUST BANK NA TR UA JAN 30 93, SYLVIA H HARTLEY TRUST, PO BOX 48698, WICHITA, KS 67201-8698

10925 INTUIT, 2650 EAST ELVIRA ST, TUCSON, AZ 85706-7123

10925 INTUIT, PO BOX 1226, BALTIMORE, MD 21203-1226

10925 INULATORS, INC., 2713 SLEEPY HOLLOW ROAD, KEWAUNEE, WI 54216

10924 INVAMED INC., 2400 RT. 120 NORTH, DAYTON, NJ 08810

10924 INVAMED INC., 2400 RT. 130 NORTH, DAYTON, NJ 08810

10925 INVELOP OY, TELAKKATIE 18, SAVONLINNA, 57230FINLAND                    *VIA Deutsche Post*

10925 INVENTION & TECHNOLOGY, PO BOX 5340, HARLAN, IA 51593-0840

10925 INVENTION MACHINE SOFTWARE, 4 CAMBRIDGE CENTER, CAMBRIDGE, MA 02142

10925 INVENTORY REDUCTION REPORT, 29 W 35TH ST 5TH FL, NEW YORK, NY 10001-2299

10925 INVERSO, MARCIA, 158 EVAN CT., THOROFARE, NJ 08086

10925 INVESTCAL DEVELOP CO, INVESTCAL REALTY CORP GEN COUNSEL, 1400 FIFTH AVE., SUITE 101, SAN DIEGO, CA 92101

10925 INVESTCAL DEVELOP CO., INVESTCAL REALTY CORP., GEN COUNSEL, 1400 FIFTH AVE., SUITE 101, SAN DIEGO, CA 92101

10925 INVESTEXT, 11 FARNWORTH ST, BOSTON, MA 02210

10925 INVESTEXT, PO BOX 65520, CHARLOTTE, NC 28265-0520

10925 INVESTIGATIVE GROUP INTERNATIONAL, 1015 15TH ST NW, #400, WASHINGTON, DC 20005

10925 INVESTIGATIVE RESEARCH INC, PO BOX 10053, DAYTONA BEACH, FL 32120-0053

10925 INVESTIGATIVE RESEARCH, INC, POST OFFICE BOX 10053, DAYTONA BEACH, FL 32120-0053

10925 INVESTIGATIVE SERVICES UNLIMITED, PO BOX 824, LAKE CHARLES, LA 70602

10925 INVESTMENT CASTING INSTITUTE, 8150 N. CENTRAL EXPWY.-SUITE M1008, DALLAS, TX 75206-1602

10925 INVESTMENT CASTING(USE 315511), 8150 N. CENTRAL EXPWY.-SUITE M1008, DALLAS, TX 75206-1602

10925 INVESTMENT PAINTING SERVICES INC, PO BOX 47039, PHOENIX, AZ 85068

10925 INVESTOR RESPONSIBILITY RESEARCH, 1350 CONNETICUT AVE. NW, WASHINGTON, DC 20036-1701

10925 INVESTOR RESPONSIBILTY, 1350 CONNECTICUT AVE NW, WASHINGTON, DC 20036-1702

10925 INVETECH, PO BOX 905794, CHARLOTTE, NC 28290-5794

10925 INVIEW, POBOX 190, WEST POINT, GA 31833

10925 INVIEW, POBOX 510, WEST POINT, GA 31833

10925 INVINCIBLE AIRFLOW SYSTEMS, PO BOX 502389, SAINT LOUIS, MO 63150-2389

10925 INVISUALS INSIGHTFUL IMAGING, (A DIVION OF CHARRETTE), P.O. BOX 9606, MANCHESTER, MA 03108-9606

10925 INVITRO INTERNATIONAL, 16632 MILLIKAN AVE, IRVINE, CA 92606

10924 INVITROGEN CORPORATION, 1600 FARADAY AVE, CARLSBAD, CA 92008

10924 INVOICE AUDITING DEPT., PO BOX 808, TONAWANDA, NY 14151-0808

10925 INVOTRONICS MFG, 365 PASSMORE AVE, SCARBOROUGH, ON M1V 4B3CANADA                    *VIA Deutsche Post*

10925 INWOOD GREETING CARDS, 9689-D GERWIG LN., COLUMBIA, MD 21046-1571

10925 INWOOD INVESTMENT CLUB, C/O WILLIAM LENIHAN- PRESIDENT, 861 BEDFORD RD, GOLDSTEIN BLDG, PLEASANTVILLE, NY 10570-2700

10924 INX INTERNATIONAL INK CO., 3100 WEST WISCONSIN AVENUE, APPLETON, WI 54914

10924 INX INTERNATIONAL INK COMPANY, 651 BONNIE LANE, ELK GROVE VILLAGE, IL 60007

10924 INX INTERNATIONAL, 1265 EAST D AVENUE, KALAMAZOO, MI 49004

10924 INX INTERNATIONAL, 2424 CYPRESS WAY, FULLERTON, CA 92631

10924 INX INTERNATIONAL, 2647 S. 96TH STREET, KANSAS CITY, KS 66111

10924 INX INTERNATIONAL, 4559 SHEILA STREET, LOS ANGELES, CA 90040

10924 INX INTERNATIONAL, 651 BONNIE LANE, ELK GROVE VILLAGE, IL 60007

10924 INX INTERNATIONAL, 651 BONNIE LN, ELK GROVE VILLAGE, IL 60007-1911

10924 INX INTERNATIONAL, 841 NINA WAY, WARMINSTER, PA 18974

10924 INX INTERNATIONAL-DO NOT USE, 651 BONNIE LN, ELK GROVE VILLAGE, IL 60007

10925 IOCCO, JEFFREY, 660 HALTON ROAD APT 3D, GREENVILLE, SC 29607

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   IOMA, 29 WEST 35TH ST., 5TH FL, NEW YORK, NY 10001-2299

10925   IOMAS REPORT ON MANAGING INTL, CREDIT & COLLECTIONS, NEW YORK, NY 10001-2299

10925   IONA COLLEGE, 715 NORTH AVE, NEW ROCHELLE, NY 10801

10925   IONESCU-HEROIU, RASVAN, 20-02 37TH ST., NEW YORK, NY 11105

10924   IONIA COUNTY MEMORIAL HOSPITAL, 479 LAFAYETTE STREET, IONIA, MI 48846

10925   IONICS INC, PO BOX 3397, BOSTON, MA 02241

10925   IONICS ULTRAPURE WATER CORP., PO BOX 44189, SAN FRANCISCO, CA 94144-4189

10925   IOS CAPITAL, PO BOX 650016, DALLAS, TX 75265-0016

10925   IOS CAPITAL, PO BOX 740540, ATLANTA, GA 30374-0540

10925   IOS CAPITAL, PO BOX 9115, MACON, GA 31210

10925   IOS CAPITAL, POBOX 740540, ATLANTA, GA 30374-0540

10925   IOS CAPITAL-IKON, PO BOX 650016, DALLAS, TX 75265-0016

10925   IOTECH, 6060 S WILLOW DR, GREENWOOD VILLAGE, CO 80111

10925   IOVANNA, ANDREA, 500 SHALTER AVE A204, TEMPLE, PA 19560

10925   IOVANNA, TROY, 500 SHALTER AVE A204, TEMPLE, PA 19560

10925   IOWA ATTY GENERAL, ATTN: TOM MILLER, HOOVER STATE OFFICE BLDG, 1305 EAST WALNUT, DES MOINES, IA 50319

10924   IOWA CHILDRENS MUSEUM, CORAL RIDGE MALL (SOUTH/CENTER), CORALVILLE, IA 52241

10924   IOWA CITY READY MIX, 1854 S. RIVERSIDE DRIVE, IOWA CITY, IA 52244

10925   IOWA CONCRETE PAVING ASSOC, 360 SE DELAWARE AVE, ANKENY, IA 50021

10924   IOWA CONCRETE PRODS, 101 S. W. STREET, PRAIRIE CITY, IA 50228

10924   IOWA CONCRETE PRODS, 4401 WESTON PARKWAY, WEST DES MOINES, IA 50265

10924   IOWA CONCRETE PRODS, 4401 WESTOWN PARKWAY, WEST DES MOINES, IA 50265

10924   IOWA CONCRETE PRODS, 525 SO. 11TH STREET, WEST DES MOINES, IA 50265

10924   IOWA CONCRETE PRODUCTS CO., HWY 64 WEST, MAQUOKETA, IA 52060

10924   IOWA CONCRETE PRODUCTS COMPANY, HWY 64 WEST, MAQUOKETA, IA 52060

10924   IOWA CONCRETE PRODUCTS, 3921 J STREET SW, CEDAR RAPIDS, IA 52404

10924   IOWA CONCRETE PRODUCTS, 4401 W TOWN PARKWAY, WEST DES MOINES, IA 50265

10924   IOWA CONCRETE PRODUCTS, 4401 WESTOWN PARKWAY, WEST DES MOINES, IA 50265

10924   IOWA CONCRETE PRODUCTS, 525 S. 11TH STREET, WEST DES MOINES, IA 50265

10924   IOWA CONCRETE PRODUCTS, 8TH PLACE & 4TH STREET, HAMPTON, IA 50441

10924   IOWA CONCRETE, 3921 J. ST. S.W., CEDAR RAPIDS, IA 52403

10924   IOWA COUNTY CONCRETE, PO BOX 224, MARENGO, IA 52301

10925   IOWA DEPT OF NATURAL RESOURCES, 4TH FL WALLACE BLDG 502 E 9TH ST, DES MOINES, IA 50319-0034

10925   IOWA DEPT OF NATURAL RESOURCES, 4TH FL, WALLACE BLDG, 502 EAST 9TH ST, DES MOINES, IA 50319

10925   IOWA DEPT OF NR, PAUL W JOHNSON DIR, WALLACE STATE OFFICE BLDG, DES MOINES, IA 50319

10925   IOWA DEPT OF TRANSPORTATION, 800 LINCOLN WAY, AMES, IA 50010

10925   IOWA DEPT. OF TRANSPORTATION, 800 LINCOLN WAY, AMES, IA 50010

10924   IOWA ELECTRIC LIGHT & POWER CO., CAMBRIDGE, MA 99999

10924   IOWA ELECTRIC LIGHT & POWER CO., DUANE ARNOLD ENERGY CENTER, PALO, IA 52324

10924   IOWA EROSION CONTROL, PO BOX Q, VICTOR, IA 52347

10925   IOWA LAW REVIEW, THE, 190 BOYD LAW BLDG, IOWA CITY, IA 52242-1113

10924   IOWA METHODIST MEDICAL CENTER, 1200 PLEASANT STREET, DES MOINES, IA 50321

10924   IOWA MOBILE CONCRETE, 333 HAWKEYE DRIVE, WILLIAMSBURG, IA 52361

10924   IOWA MOBILE CONCRETE, HYW 149 NORTH, WILLIAMSBURG, IA 52361

10924   IOWA MOBILE CONCRETE, R.R. 1/BOX 187A, WILLIAMSBURG, IA 52361

10924   IOWA PAINT MFG INC, PO BOX 1417, DES MOINES, IA 50305

10924   IOWA PAINT, 111 UNIVERSITY, DES MOINES, IA 50314

10924   IOWA PARK READY MIX, 700 W. CHESTNUT, IOWA PARK, TX 76367

10924   IOWA PARK READY MIX, P.O. BOX 515, IOWA PARK, TX 76367

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | IOWA PARK READY MIX, PO BOX 515, IOWA PARK, TX 76367 | |
| 10924 | IOWA PRESTRESS CONCRETE, INC., 200 - 90TH STREET, DAVENPORT, IA 52806 | |
| 10924 | IOWA PRESTRESS CONCRETE, INC., 3312 SE GRANGER, DES MOINES, IA 50313 | |
| 10924 | IOWA PRESTRESS CONCRETE, INC., 540 E. COUNTRY CLUB ROAD, IOWA FALLS, IA 50126 | |
| 10924 | IOWA PRESTRESS CONCRETE, INC., P O BOX 518, IOWA FALLS, IA 50126 | |
| 10925 | IOWA READY MIXED CONCRETE ASSO, 380 SE DELAWARE AVE, #2005, IA 50265 | |
| 10924 | IOWA STATE READY MIX, 1109 E. LINCOLNWAY, AMES, IA 50010 | |
| 10924 | IOWA STATE READY MIX, DBA AMES READY MIX, 1109 E. LINCOLN WAY, AMES, IA 50010 | |
| 10924 | IOWA STATE UNIVERSITY, 3053 GILMAN, AMES, IA 50011-3114 | |
| 10924 | IOWA STATE UNIVERSITY, 3617 ADMINISTRATIVE SERVICES BLDG, AMES, IA 50011-3617 | |
| 10924 | IP S.A., 1613 - LOS POLVORINES, PCIA.DE BUENOS AIRES, 09999ARG | *VIA Deutsche Post* |
| 10925 | IPADEOLA, TITI, 5751 RIV.DALE RD 23E, COLLEGE PARK, GA 30349 | |
| 10925 | IPAK, PO BOX 845568, BOSTON, MA 02284-5568 | |
| 10925 | I-PAK/INDEPENDENT PACKAGING INC, PO BOX 845568, BOSTON, MA 02284-5568 | |
| 10925 | IPC CORINTH DIV INC, TONY BORDEN, PO BOX 957 HARPER ROAD, CORINTH, MS 38834 | |
| 10924 | IPC SARL, 15 AVENUE BEAUCOUR, PARIS, 75008FRANCE | *VIA Deutsche Post* |
| 10925 | IPC, DEPT 851-0117W, PALATINE, IL 60094-4020 | |
| 10925 | IPC, PO BOX 9867, FORT LAUDERDALE, FL 33310 | |
| 10924 | IPCO SAFETY, 2225 WORKMAN MILL ROAD, WHITTIER, CA 90601 | |
| 10925 | IPEX INC., 50 VALLEYBROOK DRIVE, DON MILLS, ON M3B 2S9CANADA | *VIA Deutsche Post* |
| 10925 | IPEX INC., 6665, CHEMIN ST-FRANCOIS, ST-LAURENT, QC H4S 1B6CANADA | *VIA Deutsche Post* |
| 10924 | IPI INTERNATIONAL INC, 505 BLUE BALL RD, ELKTON, MD 21921 | |
| 10924 | IPI INTERNATIONAL INC., 505 BLUE BALL RD, ELKTON, MD 21922-0070 | |
| 10925 | IPL PRODUCTS LTD, 10 FORBES ROAD, NORTHBORO, MA 01532 | |
| 10924 | IPM PRECISION INC., 22179 N. PEPPER ROAD, BARRINGTON, IL 60010 | |
| 10925 | IPOWER DISTRIBUTION GROUP OF OHIO, 9000 WESSEX PLACE, STE. 200, LOUISVILLE, KY 40222 | |
| 10925 | IPPOLITO, MARK, RD #2 PO BOX 314, WAMPUM, PA 16157 | |
| 10925 | IPSCOT INC, 1303 COLUMBIA DR #215, RICHARDSON, TX 75081 | |
| 10925 | IPSCOT INC, 1303 COLUMBIA DRIVE, RICHARDSON, TX 75081 | |
| 10925 | IQBAL, TARIK, 3611 MAPLEWOOD AVE #110, WICHITA FALLS, TX 76308 | |
| 10925 | IRA ANTIN, 21-23 ROUTE 10, SUCCASUNNA, NJ 07876-1723 | |
| 10925 | IRA H AMES, 105 WOODMANCY LANE, FAYITTEVILLE, NY 13066-1534 | |
| 10925 | IRA HOROWITZ & ANN HOROWITZ, JT TEN, 2815 NW 21 AVE, GAINESVILE, FL 32605-3735 | |
| 10925 | IRA SHAW &, JUDITH SHAW JT TEN, 29 FLETCHER RD APT B, MONSEY, NY 10952-3231 | |
| 10925 | IRA/KEOGH SERVICES CO, 2000 S LOGAN ST, DENVER, CO 80210 | |
| 10924 | IRA-DAVENPORT HOSPITAL, 7571 HIGHWAY 54, BATH, NY 14810 | |
| 10925 | IRBY, ALVIN, RTE 1 BOX 155, ENOREE, SC 29335 | |
| 10925 | IRBY, CARTHY, 418 MARSHALL, ROANOKE RAPIDS, NC 27870 | |
| 10925 | IRBY, JOHN, 1203A NELSON ROAD, OCEAN SPRINGS, MS 39564 | |
| 10925 | IRBY, MATTHEW, 2844 S TINKERS LANE, TWINSBURG, OH 44087 | |
| 10924 | IRC, 4222 S STAPLES STREET, CORPUS CHRISTI, TX 78411 | |
| 10924 | IRC-INTERNATIONAL RESISTIVE CO. INC, ATTN: ACCOUNTS PAYABLE, BOONE, NC 28607 | |
| 10924 | IRC-INTERNATIONAL RESISTIVE CO.,INC, 736 GREENWAY RD, BOONE, NC 28607 | |
| 10925 | IRCON, INC, 21537 NETWORK PLACE, CHICAGO, IL 60673-1215 | |
| 10925 | IRCON, UNIT 35, 800 COMPTON ROAD, CINCINNATI, OH 45231 | |
| 10925 | IRD MECHANALYSIS, INC, 2600 WARRENVILLE ROAD, DOWNERS GROVE, IL 60515 | |
| 10924 | IRECO OF FLORIDA INC., 8910 MIRAMAR PKWY-SUITE #207, MIRAMAR, FL 33025 | |
| 10924 | IREDELL MEMORIAL HOSPITAL, BROOKDALE DR. & HARTNESS RD., STATESVILLE, NC 28687 | |
| 10925 | IRELAN, RICHARD, 21046 W HAZELNUT LN, PLAINFIELD, IL 60544 | |
| 10925 | IRELAN, RICHARD, 6050 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | IRELAND, BONNIE, 3324 W. ST. PAUL AVE, MILWAUKEE, WI 53208 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | IRELAND, KIMBERLY, 903 SUNNY BROOK COUR, GLEN BURNIE, MD 21060 | |
| 10925 | IRELAND, TERRENCE, 903 SUNNY BROOK COUR, GLEN BURNIE, MD 21060 | |
| 10925 | IRELAND-UNITED STATES CNL, 460 PARK AVE, NEW YORK, NY 10022 | |
| 10925 | IRENE BADER, 1143 BLACKWELL DR, FAIRFIELD, OH 45014-2918 | |
| 10925 | IRENE BOHNENSTIEHL TR UA, NOV 10 92 THE IRENE ANNA, BOHNENSTIEHL TRUST, 811 RIVER ACRES, TECUMSEH, MI 49286-1142 | |
| 10925 | IRENE BROWNE, 9348 MORNINGSIDE CT, BAKERSFIELD, CA 93306-9798 | |
| 10925 | IRENE CHANZES, 129 DYER AVE, SWANWYCK ESTATES, NEW CASTLE, DE 19720-2052 | |
| 10925 | IRENE DAVIS BALL, C/O F FENWICK, 4910 MASS AVE NW 215, WASHINGTON, DC 20016-0000 | |
| 10925 | IRENE HAYES WADLEY/SMYTHE, ONE ROCKEFELLER PLAZA, NEW YORK, NY 10020 | |
| 10925 | IRENE HERMANN TR UA OCT 10 95, IRENE HERMANN REVOCABLE TRUST, 355 GARDEN GROVE PKWY, VERO BEACH, FL 32962-7333 | |
| 10925 | IRENE JOANNA WELZIN, 135 FRANKLIN AVE, STATEN ISLAND, NY 10301-1235 | |
| 10925 | IRENE JORDAN, PO BOX 453, BELTON, SC 29627 | |
| 10925 | IRENE M ALKIM, 8001 SO GREEN ST, CHICAGO, IL 60620-2546 | |
| 10925 | IRENE M LIND & KENNETH K, LIND JT TEN, 1505 HOSMER ST, JOLIET, IL 60435-4045 | |
| 10925 | IRENE M LIND &, KAREN M LIND JT TEN, 1505 HOSMER ST, JOLIET, IL 60435-4045 | |
| 10925 | IRENE M SLAPKE & ROBERT J SLAPKE, TR UA JUL 1 93, IRENE M SLAPKE FAMILY LIVING TR, 7008 WEST WINDSOR, NORRIDGE, IL 60706 | |
| 10925 | IRENE OBRIEN HAMDAR, 1717 E. 31ST ST , APT 15, LA GRANGE PARK, IL 60526 | |
| 10925 | IRENE OBRIEN HAMDAR, 1803 ELMWOOD AVE APT 3, BERWYN, IL 60402 | |
| 10925 | IRENE P JENSEN, 23 MILL ST, WOBURN, MA 01801-3312 | |
| 10925 | IRENE SMOKOSKA TR UA APR 17 97, IRENE SMOKOSKA REVOCABLE LIVING, TRUST, 1535 CHERBONEAU 13, DETROIT, MI 48207-2843 | |
| 10925 | IRENE STANKIEWICZ, 6222 ELMWOOD AVE, PHILADELPHIA, PA 19142-3125 | |
| 10925 | IRENE TIRONE, 2458 LEIGHTON ST, FORT LEE, NJ 07024-3929 | |
| 10925 | IRENE, DIANE, 1111 KAUMOKU ST, HONOLULU, HI 96825 | |
| 10925 | IRESCO, 294 PLEASENT ACRES ROAD, YORK, PA 17402 | |
| 10925 | IRESON, NANCY, 7 HERITAGE RD, PELHAM, NH 03076 | |
| 10925 | IRI - HOT WORK PERMITS, S-1500 NORTH, CHICAGO, IL 60603 | |
| 10925 | IRIAS JT TEN, JULIAN J & LINDA, 332 WEST 8TH ST, DAVIS, CA 95616-3639 | |
| 10925 | IRIBARREN, JACQUELINE, 517 N. OWEN, MADISON, WI 53705 | |
| 10925 | IRICK, DEDRA, 1312 KINGSTOWNE PKWY, SMYRNA, GA 30080 | |
| 10925 | IRINAKA, LEITH, 4169 OBISPO AVE, LAKE WOOD, CA 90712 | |
| 10925 | IRIS B AILIN-PYZIK &, ALBERT J PYZIK JT TEN, 3673 GOOSE LANE, GRANVILLE, OH 43023-9668 | |
| 10925 | IRIS GIBNEY, 23 AVE C, LODI, NJ 07644-1815 | |
| 10925 | IRIS H LEYLAND, 6 WIMER AVE, BUCKHANNON, WV 26201-2436 | |
| 10925 | IRIS LEE VINSON, 1612 BUDWOOD DR, RALEIGH, NC 27609-3567 | |
| 10925 | IRISH AVIATION AUTHORITY, HAWKINS ST, DUBLIN 2, IRELAND | *VIA Deutsche Post* |
| 10925 | IRISH HOSPICE FOUNDATION, THE, 9 FITZWILLIAM PLACE, DUBLIN 2, 99999IRELAND | *VIA Deutsche Post* |
| 10925 | IRISH, VIRGINIA, 904 BOESEL AVE, MANVILLE, NJ 08835 | |
| 10925 | IRIZARRY DAVILA, JOSE, J-221 ESPANA ST., BAYAMON, PR 00956 | |
| 10925 | IRIZARRY, ALEXIS, URB RIO HONDO 11, BAYAMON, PR 00961 | |
| 10925 | IRIZARRY, ANILIS, CALLE 1 #B-8, CAMUY, PR 00627 | |
| 10925 | IRIZARRY, EUDILIA, CARR #2 KM 93.2 PO BOX 948, CAMUY, PR 00627 | |
| 10925 | IRIZARRY, JUAN, 120 COLONIAL DRIVE, EAST TAUNTON, MA 02780 | |
| 10925 | IRIZARRY, LUZ, 56 ORANGE ST, WESTFIELD, MA 01085 | |
| 10925 | IRIZARRY, MADELINE, HC 02 BOX 26214, MAYAGUEZ, PR 00680 | |
| 10925 | IRIZARRY, MARIA, BDA TOMEI B-16, LAJAS, PR 00667-1802PUERTO RICO | *VIA Deutsche Post* |
| 10925 | IRIZARRY, MAYRA, 52 GARDEN ST, RIDGEFIELD PK, NJ 07660 | |
| 10925 | IRIZARRY, O, GPOB 3128, SAN JUAN, PR 00936 | |
| 10925 | IRMA GONZALEZ, 60 2G GILL LA, ISELIN, NJ 08830-0000 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   IRMA JANOVICS, 4827 W BALMORAL, CHICAGO, IL 60630-1503

10925   IRMA M BUCHELE, BOX 245, HOWARD, KS 67349-0245

10925   IRMA WEISS INC, 125-73RD ST, NORTH BERGEN, NJ 07047-5810

10925   IRMCA/ICACI GOLF OUTING, 9860 N MICHIGAN ROAD, CARMEL, IN 46032

10925   IRMSCHER, DOUGLAS, 3329 CASEY AVE APT 101, LAS VEGAS, NV 89120

10925   IRON AGE CORP, 1200 MILLBURY ST SUITE 7K-L, WORCESTER, MA 01607

10925   IRON AGE CORP, PO BOX 1449, PITTSBURGH, PA 15205-1449

10925   IRON AGE CORP, POBOX 4479, PITTSBURGH, PA 15205-0479

10925   IRON AGE CORP., PO BOX 1449, PITTSBURGH, PA 15230-1449

10925   IRON AGE CORPORATION, PO BOX 1449, PITTSBURGH, PA 15230-1449

10925   IRON AGE CORPORATION, PO BOX 4580, PITTSBURGH, PA 15205-1894

10925   IRON AGE CORPORATION, PO BOX, PITTSBURGH, PA 15230-1449

10925   IRON AGE CORPORATION, ROBINSON PLAZA THREE, SUITE 400, PITTSBURGH, PA 15205

10925   IRON AGE CORPORATION, SUITE 400, PITTSBURGH, PA 15205

10925   IRON AGE PROTECTIVE COMPANY, PO BOX 1449, PITTSBURGH, PA 15230-1449

10925   IRON AGE SHOE CO., PO BOX 4479, PITTSBURGH, PA 15230-1449

10925   IRON AGE, PO BOX 1449, PITTSBURGH, PA 15230-1449

10925   IRON CITY TRUCK CENTER, 4637 CAMPBELLS RUN ROAD, PITTSBURGH, PA 15205

10925   IRON HORSE PARK SUPERFUND SITE, SCHAFFER LANDFILL, POND ST, BILLERICA, MA

10925   IRON MOUNTAIN OFF-SITE DATA, PO BOX 911862, DALLAS, TX 75391-1862

10925   IRON MOUNTAIN, PO BOX 60709, DEPT 3-0309, LOS ANGELES, CA 90060

10925   IRON MOUNTAIN, PO BOX 65017, CHARLOTTE, NC 28265-0017

10925   IRON MOUNTAIN, PO BOX 885, ALBANY, NY 12201

10925   IRON MOUNTAIN, POBOX 60709, LOS ANGELES, CA 90060-0709

10925   IRON MOUNTAIN, POBOX 65017, CHARLOTTE, NC 28265-0017

10925   IRON MOUNTAIN/SAFESITE INC, PO BOX 60709, LOS ANGELES, CA 90060-0709

10925   IRON TAPES, INC, 845 NAVAJO, DENVER, CO 80204

10925   IRONBOUND SUPPLY CO, POBOX 5210, NEWARK, NJ 07105-0210

10925   IRONDALE BUILDERS SUPPLY COMPANY, 2615 CRESTWOOD BLVD., IRONDALE, AL 35210

10925   IRONDALE COMMUNITY SCHOOL, 225 S. 16TH ST, IRONDALE, AL 35210

10925   IRONDALE CUSTOM MACHINE, POBOX 100368, BIRMINGHAM, AL 35210

10925   IRONDALE FAMILY HEALTH CARE, 5431 BEACON DR, IRONDALE, AL 35210

10925   IRONDALE FAMILY HEALTH CARE, PO BOX 830785 DRAWER 370, BIRMINGHAM, AL 35283-0785

10925   IRONDALE HARDWARE INC, 2615 CRESTWOOD BLVD, IRONDALE, AL 35210

10925   IRONDALE WATER SYSTEM, PO BOX 100727, IRONDALE, AL 35210-0727

10925   IRONDALE WATER SYSTEM, POBOX 100727, IRONDALE, AL 35210-0727

10925   IRONPEDDLERS PARTS DIV INC., 3504 ROCKY RIVER ROAD N, MONROE, NC 28110

10925   IRONS, FORREST, 181 SOUTH ROAD, PEPPERELL, MA 01463

10925   IRONS, JAMES, 11 ROSSITER CIRCLE, NEWARK, DE 19702

10924   IROQUOIS BUILDING, MEYRAN & FORBES AVE, PITTSBURGH, PA 15200

10924   IROQUOIS MEMORIAL, 200 FAIRMAN, WATSEKA, IL 60970

10924   IROQUOIS PAVING CORPORATION, 1889 EAST US HIGHWAY 24, WATSEKA, IL 60970

10924   IROQUOIS PAVING CORPORATION, P.O. BOX 466, WATSEKA, IL 60970

10924   IROQUOIS PAVING CORPORATION, PO BOX4666, WATSEKA, IL 60970-4066

10925   IRPS, BEVERLY, 7580 S. 8500 E. ROAD, ST ANNE, IL 60964-9999

10924   IRS CENTER, 5333 GET WELL ROAD, MEMPHIS, TN 38100

10924   IRS CENTER, 5333 GET WELL ROAD, MEMPHIS, TN 38118

10924   IRS DETROIT, 985 MICHIGAN AVENUE, DETROIT, MI 48226

10925   IRS REGIONAL OFFICE, 1650 MISSION ST, SUITE 511, SAN FRANCISCO, CA 94103

10925   IRS, PO BOX 149047, AUSTIN, TX 78714

10925   IRS, PO BOX 47-421, DORAVILLE, GA 30362

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   IRVAN, GWENDOLYN, 29 W 622 WAYNEWOOD DRIVE, WEST CHICAGO, IL 60185

10925   IRVIN E SEGREAVES, 3 PLAZA PLACE RD 3, PHILLIPSBURG, NJ 08865-2058

10924   IRVIN H. WHITEHOUSE & SONS, CAMBRIDGE, MA 02140

10924   IRVIN H. WHITEHOUSE, 4600 JENNINGS LN., LOUISVILLE, KY 40218

10924   IRVIN H. WHITEHOUSE, P.O. BOX 32670, LOUISVILLE, KY 40232

10925   IRVIN J FUMAGALLI &, MARY E FUMAGALLI TR UA MAR 11 98, THE FUMAGALLI FAMILY TRUST, 301 GRANT AVE, PETRALUMA, CA 94952-0000

10925   IRVIN, ANTHONY, 6800 WINDYRUSH RD, CHARLOTTE, NC 28226-7559

10925   IRVIN, BRADLEY, RT. 1 BOX 173-B, LEESVILLE, LA 71446

10925   IRVIN, EARNEST, ROUTE 1 BOX 773, RED OAK, OK 74563

10925   IRVIN, ELISSA, POST OFFICE BOX 9618 UNIVERSITY STATION, CLEMSON, SC 29632

10925   IRVIN, ESTELLE, 843 SOUTH 13TH ST, NEWARK, NJ 07108

10925   IRVIN, HATTIE, ROUTE 3 BOX 306, GRAY COURT, SC 29645-9447

10925   IRVIN, ROBERT, 197 LAKE SOMERSET DRIVE, MARIETTA, GA 30064-1719

10925   IRVIN, WALTER, RT 3 BOX 305 DECK RD, GRAY COURT, SC 29645

10925   IRVIN, WANDA, 5565 DELMONICO DR, JACKSON, MS 39209

10925   IRVIN, WENDEL, 6200 FIELD, MARRERO, LA 70072

10925   IRVINE ACCESS FLOORS, 1215 OLD DORSEY RD., HARMANS, MD 21077

10925   IRVINE ACCESS FLOORS, INC, PO BOX 9426, GAITHERSBURG, MD 20898-9426

10924   IRVINE AUDITORIUM, 32 PLUM STREET, TRENTON, NJ 08638

10924   IRVINE CENTER COLLEGE, APEX PLASTERING, IRVINE, CA 92709

10924   IRVINE ENTERTAINMENT CENTER, C/O WESTSIDE BUILDING MATERIALS, IRVINE, CA 92709

10924   IRVINE MARRIOT, VON KARMAN AND MICHAELSON, IRVINE, CA 92714

10925   IRVINE PIPE & SUPPLY, 2501 SOUTH MAIN ST., SANTA ANA, CA 92707

10925   IRVINE, KENNETH, 2230 GRAYTHORN ROAD, BALTIMORE, MD 21220-4931

10925   IRVING B EMPLE, PO BOX 1748, BANGOR, ME 04402-1748

10925   IRVING E RICHARDS &, MARSHA SILVER RICHARDS JT TEN, 4 WHISPERWOOD LN, CHAGRIN FALL, OH 44022-6659

10925   IRVING F JENSON CO, PO BOX 1618, SIOUX CITY, IA 51102

10924   IRVING F. JENSEN CO., PO BOX 1618, SIOUX CITY, IA 51102

10924   IRVING F. JENSEN, (BARTLETT), MILE MARKER 24 ON I29, THURMAN, IA 51654

10924   IRVING F. JENSEN, CENTRAL SAND, COLUMBUS, NE 68601

10924   IRVING F. JENSEN, HWY 370   T, BELLEVUE, NE 68005

10924   IRVING F. JENSEN, INTERSECTION HWY 370 & HWY 75, OMAHA, NE 68100

10924   IRVING F. JENSEN, NEBRASKA CITY, NE 68410

10924   IRVING F. JENSEN, P O BOX 1618, SIOUX CITY, IA 51102

10925   IRVING FISHMAN & MADELINE, FISHMAN JT TEN, 28 HICKORY RD, NEW HYDE PARK, NY 11040-2326

10925   IRVING G TRAGEN & ELEANOR D, TRAGEN TR UA APR 15 99, THE TRAGEN FAMILY REVOCABLE, LIVING TRUST OF 1999, 925 GREENFIELD AVE, HANFORD, CA 93230-3506

10924   IRVING GENERAL CENEMAS, BELTLINE ROAD @ HIGHWAY 183, IRVING, TX 75014

10925   IRVING GOODMAN, 22 FARWELL AVE, HYDE PK, MA 02136-4004

10924   IRVING HIGH ACADEMY, 4601 NORTH MACAUTHUR, IRVING, TX 75038

10925   IRVING I SPIVAK &, MICHELE SPIVAK JT TEN, 2 FARIWAY OVAL, NEW HEMPSTEAD, NY 10977-1723

10925   IRVING LEFTOFF TR UA OCT 23 80, THE HELENE S BROTMAN LIVING TRUST, 901 FULTON AVE, MONTEREY PARK, CA 91755-4005

10925   IRVING LICHTER & BEATRICE LICHTER, JT TEN, 20031 WATERS EDGE DR, BOX 10, BOCA RATON, FL 33429-0010

10924   IRVING MATERIALS  DO NOT USE, 100 BURDSAL PARKWAY, INDIANAPOLIS, IN 46208

10924   IRVING MATERIALS  DO NOT USE, 1440 SELINDA AVE., LOUISVILLE, KY 40213

10924   IRVING MATERIALS DO NOT USE, 1440 SELINDA AVE., LOUISVILLE, KY 40213

10924   IRVING MATERIALS DO NOT USE, 1440 SELINDA AVENUE, LOUISVILLE, KY 40213

10924   IRVING MATERIALS,INC, 1440 SELINDA AVE, LOUISVILLE, KY 40213

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | IRVING MAX HALPERIN, 408 CATHERINE ST, SOMERVILLE, NJ 08876-2007 | |
| 10925 | IRVING READY MIX, 13415 COLDWATER ROAD, FORT WAYNE, IN 46845 | |
| 10924 | IRVING READY MIX, INC., 13415 COLDWATER RD, FORT WAYNE, IN 46845 | |
| 10924 | IRVING READY MIX, INC., 13415 COLDWATER ROAD, FORT WAYNE, IN 46845 | |
| 10924 | IRVING READY MIX, INC., 20231 STATE RT.37, GRABILL, IN 46741 | |
| 10924 | IRVING READY MIX, INC., 3807 MEYER ROAD, FORT WAYNE, IN 46825 | |
| 10924 | IRVING READY MIX, INC., 5939 E. CONCRETE DRIVE, KENDALLVILLE, IN 46755 | |
| 10924 | IRVING READY MIX, INC., 7238 LOWER HUNTINGTON ROAD, FORT WAYNE, IN 46809 | |
| 10925 | IRVING SCHIFFMAN CUST JORDAN, SCHIFFMAN UNIF GIFT MIN ACT NY, 388 ELM DR, SEARINGTOWN, NY 11576-3013 | |
| 10925 | IRVING STARR, 21 EDGERTON RD, ROCHESTER, NY 14607-2908 | |
| 10925 | IRVING T SCHWARTZ, 430 CAMINO REAL AVE, EL PASO, TX 79922-2045 | |
| 10925 | IRVING WEISBROD &, FLORENCE WEISBROD JT TEN, 1489 WEDGEFIELD DRIVE, DELRAY BEACH, FL 33446 | |
| 10925 | IRVING, CORRINE, 516 N. 99TH ST, WAUWATOSA, WI 53226 | |
| 10925 | IRVING, JACKIE, 1550 E BAY ST, BARTOW, FL 33830-6063 | |
| 10925 | IRVING, LENNOX, 676 PARK AVE ELM VILLAGE, EAST ORANGE, NJ 07017 | |
| 10925 | IRVING, PEGGY, 407 SENTINEL LANE, CHESTER, VA 23831 | |
| 10924 | IRVIN'S CONC PRODS, P O BOX 826, LAFAYETTE, IN 47902 | |
| 10924 | IRVINS CONCRETE PRODUCTS, **TO BE DELETED**, LAFAYETTE, IN 47905 | |
| 10924 | IRVINS CONCRETE PRODUCTS, 267 SMITH STREET, LAFAYETTE, IN 47905 | |
| 10924 | IRVINS CONCRETE PRODUCTS, PO BOX 826, LAFAYETTE, IN 47902 | |
| 10924 | IRVINS INTERSTATE BRICK, **TO BE DELETED**, INDIANAPOLIS, IN 46218 | |
| 10924 | IRVINS INTERSTATE BRICK, 2301 N. HAWTHORNE LANE, INDIANAPOLIS, IN 46218 | |
| 10924 | IRVINS INTERSTATE BRICK, INDIANAPOLIS, IN 46219 | |
| 10924 | IRVINS INTERSTATE BRICK, P O BOX 19783, INDIANAPOLIS, IN 46219 | |
| 10924 | IRWIN BUILDERS SUPPLY, PO BOX406, IRWIN, PA 15642 | |
| 10924 | IRWIN CONC. CO., RAILROAD STREET, IRWIN, PA 15642 | |
| 10924 | IRWIN CONCRETE CO, PENN SHAFT RD, IRWIN, PA 15642 | |
| 10924 | IRWIN CONCRETE CO., PENN SHAFT RD, IRWIN, PA 15642 | |
| 10925 | IRWIN GOODMAN, 1420 KEW AVE, HEWLETT, NY 11557-1413 | |
| 10925 | IRWIN III, WILLIAM E, 19 MORGAN FARM ROAD, RAYMOND, NH 03077 | |
| 10925 | IRWIN INTERNATIONAL INC., 1312 NORTH 16TH AVE, YAKIMA, WA 98902 | |
| 10925 | IRWIN JACK SHIFFER, K24 MC KIMMON VILLAGE, RALEIGH, NC 27607 | |
| 10925 | IRWIN JR., J., 2407 EASTRIDGE ROAD, TIMONIUM, MD 21093 | |
| 10925 | IRWIN LANCE THORNTON, 11441 S STELLING RD, CUPERTINO, CA 95014-5024 | |
| 10924 | IRWIN LIBRARY, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | IRWIN ROSE AS CUSTODIAN FOR, RYAN JASON ROSE UNDER THE NEW, JERSEY UNIFORM TRANSFERS TO, MINORS ACT, 241 PINE BLVD, MEDFORD, NJ 08055-3410 | |
| 10925 | IRWIN, CLARENCE, 201 VERNON AVE NW, GLEN BURNIE, MD 21061 | |
| 10925 | IRWIN, IVAN, P.O BOX 1522, COLLINS, MS 39428 | |
| 10925 | IRWIN, JEFFREY, 3609 LITTLE FOX LANE, TALLAHASEE, FL 32312-3653 | |
| 10925 | IRWIN, JR, WARREN, PO BOX 201, BRASHER FALLS, NY 13613 | |
| 10925 | IRWIN, KATRINA, 450 NORMANDY, HOUSTON, TX 77015 | |
| 10925 | IRWIN, SHELLY, 105 FOREST GLEN DR, IMPERIAL, PA 15126 | |
| 10925 | IRWIN, WILLIAM, 3925 CHURCHILL RD, CHATTANOOGA, TN 37406 | |
| 10925 | IRWIN-SMITH, MANDY, 16005 E. COGAN ST, INDEPENDENCE, MO 64055 | |
| 10924 | IS 145, 80TH STRETTE & NORTHERN BLVD, JACKSON HEIGHTS, NY 99999 | |
| 10924 | IS 5, JACOBUS STREET & 51ST AVENUE, ELMHURST, NY 11373 | |
| 10925 | IS&T: SOC. FOR IMAGING SCIENCE & TE, 7003 KILWORTH LN., SPRINGFIELD, VA 22151 | |
| 10925 | ISA, PO BOX 12277, RESEARCH TRIANGLE PARK, NC 27709 | |
| 10925 | ISA, PO BOX 3561, DURHAM, NC 27702 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ISA, PO BOX 3561, DURHAM, NC 27702-9993 | |
| 10925 | ISAAC NEWTON MITCHELL, 12 MELROSE COURT, JACKSONVILLE, IL 62650-2617 | |
| 10925 | ISAAC PARKER CROWTHER, SPRING VALLEY RD, MORRISTOWN, NJ 07960 | |
| 10925 | ISAAC, DEBORAH, 5454 LEMONWOOD, BATON ROUGE, LA 70805 | |
| 10925 | ISAAC, ELLONORA, 112 W. CALHOUN ST., SUMTER, SC 29150 | |
| 10925 | ISAAC, ISABEL, CALLE 444 NC-13, RIO PIEDRAS, PR 00982 | |
| 10925 | ISAAC, MAXWELL, 105 S FIR, ROSWELL, NM 88201 | |
| 10925 | ISAAC, SONY, 3727 MODLIN AVE, FORT WORTH, TX 76107 | |
| 10925 | ISAAC, TA, 930 MONROE ST, CHARLESTOWN, IN 47111 | |
| 10925 | ISAAC-CHASE, VALERIE, 4105 MYRTLEWOOD DR, KNOXVILLE, TN 37921 | |
| 10925 | ISAACS, ARTHUR H, 3013 HAYFIELD DR, LOUISVILLE, KY 40205-2871 | |
| 10925 | ISAACS, ELIZABETH, 8890 LINCOLN ST, BOX 20, SAVAGE, MD 20763 | |
| 10925 | ISAACS, JEFFREY, 1390 7TH ST. NW, #19, ST. PAUL, MN 55112 | |
| 10925 | ISAACS, MARK, 255A PLEASANTVIEW DR, PISCATAWAY, NJ 08854 | |
| 10925 | ISAACSON, JAMES, 1105 YELLOW CRK. EST., EVANSTON, WY 82930 | |
| 10925 | ISAACSON, JERRY, 228 PFORZHEIMER HOUSE MC, CAMBRIDGE, MA 02138-7529 | |
| 10925 | ISAACSON, MARK, 1315 BENTON ST., LAKEWOOD, CO 80214 | |
| 10925 | ISAACSON, MARK, 513 HICKORY PLACE, SANTA CLARA, CA 95051 | |
| 10925 | ISAACSON, RANDAL, 6839 WELLAUER DRIVE, WAUWATOSA, WI 53213 | |
| 10925 | ISABEL WILLIAMS, 3430 TIFFINTOWN ROAD, VICKSBURG, MS 39183-1536 | |
| 10925 | ISABELLA J DE GEORGE, 16 HALE CT, METUCHEN, NJ 08840-1631 | |
| 10925 | ISABELLA STEWART GARDNER MUSEUM, 2 PALACE ROAD, BOSTON, MA 02115 | |
| 10925 | ISABELLE O WILLIAMS, 209 TWO WILLIAMS 16G, ST CROIX, 00840-0209VIRGIN ISLANDS | *VIA Deutsche Post* |
| 10925 | ISAC, PO BOX 904, DEERFIELD, IL 60015 | |
| 10925 | ISACKSON, ROSEMARY, PO BOX 100, STORDEN, MN 56174-9714 | |
| 10925 | ISACKSON, ROSEMARY, PO BOX 100, STORDEN, MN 56714-0100 | |
| 10925 | ISAGUIRRE, RAMONA, 133 N LINCOLN, SAN JUAN, TX 78589 | |
| 10925 | ISAIE QUENNEVILLE INC., 39, AVE DU PARC, VALLEYFIELD, QC J6T 2R1CANADA | *VIA Deutsche Post* |
| 10925 | ISALY, KATHERYN, 281 S. VINE ST., MARION, OH 43302 | |
| 10925 | ISAMBERT, JUANA, 8921 SW 197 TERR, MIAMI, FL 33157 | |
| 10925 | ISAS, GRACIELA, 127 E DENNI ST, WILMINGTON, CA 90744 | |
| 10925 | ISBELL, JAMES, 126 SUNSET DRIVE SW, WINSTON SALEM, NC 27101 | |
| 10925 | ISBELL, RETA, 305 E. 11TH ST., COLORADO CITY, TX 79512 | |
| 10925 | ISBM-PENN STATE UNIVERSITY, 402 BUSINESS ADMINISTATION BLDG, UNIVERSITY PARK, PA 16802-3004 | |
| 10925 | ISCEBS, POBOX 209, BROOKFIELD, WI 53008-0209 | |
| 10925 | ISCO, INC, PO BOX 3362, OMAHA, NE 68103-0362 | |
| 10925 | ISCO, INC, PO BOX 456, PASS CHRISTIAN, MS 39571 | |
| 10925 | ISCO, INC, PO BOX 82565, LINCOLN, NE 68501-2565 | |
| 10924 | ISCO, INC., 4700 SUPERIOR STREET, LINCOLN, NE 68504-1398 | |
| 10924 | ISCO, INC., PO BOX 82705, LINCOLN, NE 68501-2705 | |
| 10925 | ISENBERG AS, ANN, CUST FOR KATE E ISENBERG, UNDER KS UNIF TRAN TO MIN ACT, 6531 OVERBROOK RD, SHAWNEE MISSION, KS 06620 | |
| 10925 | ISENBERGER, THURLO, 115 MASON ST, LENA, IL 61048 | |
| 10925 | ISENSEE, ANGELA, 2885 KIETZKE LANE, 56, RENO, NV 89511 | |
| 10925 | ISERI JT TEN, JAMES T & IRENE, 3316 VALLEY FORGE WAY, SAN JOSE, CA 95117-3664 | |
| 10925 | ISG RESOURCES, 701 PIERCE ST #200, SIOUX CITY, IA 51102 | |
| 10924 | ISG RESOURCES, INC, 136 E. SOUTH TEMPLE #1300, SALT LAKE CITY, UT 84111 | |
| 10924 | ISG RESOURCES, INC., 136 E. SOUTH TEMPLE #1300, SALT LAKE CITY, UT 84111 | |
| 10924 | ISG RESOURCES, INC., P. O. BOX 3557, SIOUX CITY, IA 51102 | |
| 10924 | ISG RESOURSES, INC., 2310 HAWKEYE DRIVE, SIOUX CITY, IA 51102 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | ISG RESOURSES, INC., P.O. BOX 3557, SIOUX CITY, IA 51102 | |
| 10925 | ISG TRANSPORTATION, INC, 7965 GOREWAY DR., UNIT #2, BRAMPTON, ON L6T 5T5CANADA | *VIA Deutsche Post* |
| 10925 | ISGUR, IRVING, 139 BROOK ST, FRAMINGHAM, MA 01701-3953 | |
| 10925 | ISGUR, SUSAN, 24B PINE TRAIL, GROTON, MA 01450 | |
| 10925 | ISHAM, DANIEL, 830 EAST ST, LUDLOW, MA 01056 | |
| 10925 | ISHEE, STEPHEN, RT. 5 BOX 159A, LAUREL, MS 39440 | |
| 10925 | ISHIMOTO TRADING CO, 1472 WEST 178TH ST, GARDENA, CA 90248 | |
| 10925 | ISHIZAKI, SAM, AND KENNETH UCHIMURA JT TEN, 1780 MC LAUGHLIN AVE, SAN JOSE, CA 95122-2902 | |
| 10925 | ISI DOCUMENT SOLUTION, PO BOX 71416, CHICAGO, IL 60694-1416 | |
| 10925 | ISI GROUP, INC, 717 FIFTH AVE, NEW YORK, NY 10022 | |
| 10925 | ISI INTERNATIONAL, INC, 428 MAIN ST, HUDSON, MA 01749 | |
| 10925 | ISI NORGREN INC, POBOX 86, MINNEAPOLIS, MN 55486-1519 | |
| 10925 | ISIB INSTITUTE DE SECURITE, QUAI BANNING 6, LIEGE, 04000BELGIUM | *VIA Deutsche Post* |
| 10925 | ISIB, 155 RUE DE LA LOI, BRUXELLES, 01000BELGIUM | *VIA Deutsche Post* |
| 10925 | ISIDOR L GORDON, 175 E 74 ST APT 19B, NEW YORK, NY 10021-3210 | |
| 10925 | ISIDORE FALK, 188 E 70TH ST, APT 29A, NEW YORK, NY 10021-5170 | |
| 10925 | ISIP, ROSALINDA, 433 8TH ST, CARLSTADT, NJ 07072 | |
| 10925 | ISKANDER, SUZETTE, 435 OAKLAWN AVE #219, CRANSTON, RI 02920 | |
| 10924 | ISLA TRADE CORPORATION, 4240 SW 72 AVENUE, MIAMI, FL 33155 | |
| 10925 | ISLAM, SHAHIDUL, 6403 SIERRA BLANCA, HOUSTON, TX 77083 | |
| 10924 | ISLAND BLOCK MFG. CORP, 21 W BOOKER AVE, WYANDANCH, NY 11798 | |
| 10924 | ISLAND BLOCK, 21 W. BOOKER AVE., WYANDANCH, NY 11798 | |
| 10924 | ISLAND CAN CORPORATION, PO BOX2832, BAYAMON, PR 619PUERTO RICO | *VIA Deutsche Post* |
| 10924 | ISLAND CAN CORPORATION, STREET "C" & ROAD 167, BAYAMON, PR 619PUERTO RICO | *VIA Deutsche Post* |
| 10924 | ISLAND CONCRETE PRODUCTS, 903 COMMERCE DRIVE, OAK BROOK, IL 60521 | |
| 10924 | ISLAND CONSTRUCTION CO., LTD, ATTN:  ACCOUNTS PAYABLE, FREEPORT, BHS | *VIA Deutsche Post* |
| 10924 | ISLAND CONSTRUCTION CO., LTD., PO BOXF-40035, FREEPORT, BHS | *VIA Deutsche Post* |
| 10924 | ISLAND DOCK CO, ABEEL ST., KINGSTON, NY 12401 | |
| 10924 | ISLAND DOCK LUMBER INC, DIV MIRON RIM, KINGSTON, NY 12401 | |
| 10924 | ISLAND DOCK LUMBER INC, PO BOX1598, KINGSTON, NY 12402 | |
| 10924 | ISLAND IMPORTS/EXPORTS, 1717 N. BAYSHORE DRIVE  #2657, MIAMI, FL 33132 | |
| 10924 | ISLAND IMPORTS/EXPORTS, 1717 N. BAYSHORE DRIVE # 2657, MIAMI, FL 33132 | |
| 10924 | ISLAND INSTRUMENTATION, 9910 BELWARD CAMPUS DR, ROCKVILLE, MD 20850 | |
| 10924 | ISLAND INTERNATIONAL INDUSTRIES, 661 UNION AVENUE, HOLTSVILLE, NY 11742 | |
| 10924 | ISLAND INTERNATIONAL, 100 SCHOOL STREET, PAWTUCKET, RI 02860 | |
| 10924 | ISLAND INTERNATIONAL, INC, 15 MIDDLE AVENUE, HOLTSVILLE, NY 11742 | |
| 10924 | ISLAND INTERNATIONAL, INC., 15 MIDDLE AVENUE, HOLTSVILLE, NY 11742 | |
| 10924 | ISLAND LATH & PLASTERING, 15 MIDDLE AVE., HOLTSVILLE, NY 11742 | |
| 10924 | ISLAND LATHING & PLASTERING, 15 MIDDLE AVE, HOLTSVILLE, NY 11742 | |
| 10924 | ISLAND LATHING & PLASTERING, 15 MIDDLE AVENUE, HOLTSVILLE, NY 11742 | |
| 10925 | ISLAND LATHING AND PLASTERING, 200 I.U. WILLETS ROAD, ALBERTSON, NY 11507 | |
| 10925 | ISLAND MOVERS INC, PO BOX 17865, HONOLULU, HI 96817 | |
| 10925 | ISLAND PHOTOGRAPHY, 1401 ATLANTIC AVE, TALLAHASSEE, FL 32304 | |
| 10924 | ISLAND PLASTERING, 15 MIDDLE AVENUE, HOLTSVILLE, NY 11742 | |
| 10924 | ISLAND POWER TOOL & HARDWARE, 215 RONKONKOMA AVE, LAKE RONKONKOMA, NY 11779 | |
| 10924 | ISLAND READY MIX, INC., 170 RAILROAD AVENUE, CENTER MORICHES, NY 11934 | |
| 10924 | ISLAND REHAB, NORTHWEST CORNER OF NORTH OCEAN AVE, AND LONG ISLAND EXPRESSWAY SERVICE, HOLTSVILLE, NY 11742 | |
| 10924 | ISLANDERS POOLS, 3303 RTE 1, LAWRENCEVILLE, NJ 08648 | |
| 10924 | ISLE OF CAPRI, C/O KING AND COMPANY, WESTLAKE, LA 70669 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ISLER, JAMES, 34 SYMPHONY RD APT B1, BOSTON, MA 02115 | |
| 10925 | ISLEY, MARIANN, 16500 GLENFURNESS, HUNTERSVILLE, NC 28078 | |
| 10924 | ISLIP FEDERAL COURTHOUSE @ @, SPUR DRIVE & CARLTON AVENUE, ISLIP, NY 11751 | |
| 10925 | ISMAIL, KAREN, 389 LOWER DAWNVILLE, DALTON, GA 30721 | |
| 10925 | ISMAIL, RASIKH, 241 E 46TH ST, NEW YORK, NY 10017 | |
| 10925 | ISOLATEK INTL, 3340 BINGLE RD, HOUSTON, TX 77055-1037 | |
| 10924 | ISOLATEK(US MINERAL PRODUCTS), 14451 INDUSTRY CIRCLE, LA MIRADA, CA 90638 | |
| 10924 | ISOLATEK(US MINERAL PRODUCTS), 41 FURNACE STREET, STANHOPE, NJ 07874 | |
| 10924 | ISOLATEK(US MINERAL PRODUCTS), 701 NORTH BROADWAY ST., HUNTINGTON, IN 46750 | |
| 10925 | ISOLATEK, 41 FURNACE ST, STANHOPE, NJ 07874 | |
| 10924 | ISOLATION AIR=PLUS, INC., 75, RUE DES GRANDS LACS, ST AUGUSTIN, QC G3A 1T5TORONTO | *VIA Deutsche Post* |
| 10924 | ISOLATION ALGON FIREPROOFING SALES, 1272 AVE LAPLACE, LAVAL, QC H7C 2M4TORONTO | *VIA Deutsche Post* |
| 10924 | ISOLATION J. LIRETTE INC., 19 RUE VARENNE, GATINEAU, QC J8T 8G7TORONTO | *VIA Deutsche Post* |
| 10925 | ISOLATION TECH., PO BOX 4408, LAKE CHARLES, LA 70606 | |
| 10925 | ISOLATION TECHNOLOGY, INC, PO BOX 460, MASSAPEQUA, NY 11758 | |
| 10924 | ISOM BROTHERS, 200 EVANS, CALDWELL, ID 83605 | |
| 10925 | ISOM, DANITA, 653 RICKARBY ST, MOBILE, AL 36606 | |
| 10925 | ISOM, JAMES, 1409 ROPER MTN RD 460, GREENVILLE, SC 29615 | |
| 10925 | ISOM, TIFFANI, 3462 WINGWOOD CIRCLE, MEMPHIS, TN 38118 | |
| 10925 | ISOMEDIX OPERATIONS, 9 APOLLO DR, WHIPPANY, NJ 07981 | |
| 10925 | ISON, LINDA, 135 CLEARFIELD HILL, CLEARFIELD, KY 40313 | |
| 10925 | ISONET USA INTL CO LTD, 377 S LEMON AVE, WALNUT, CA 91789 | |
| 10925 | ISO-ONLINE INC, 60 PARKRIDGE DR #8, SAN FRANCISCO, CA 94131 | |
| 10924 | ISORCA, 1226 WEAVER DRIVE, GRANVILLE, OH 43023 | |
| 10924 | ISOTEC INC., 3858 BENNER ROAD, MIAMISBURG, OH 45342 | |
| 10924 | ISOTEC, 3858 BENNER ROAD, MIAMISBURG, OH 45342 | |
| 10924 | ISOTEC, INC, 3858 BENNER ROAD, MIAMISBURG, OH 45342 | |
| 10924 | ISOTEC, INC., 3858 BENNER ROAD, MIAMISBURG, OH 45342 | |
| 10925 | ISOTHERM INC, PO BOX 172379, ARLINGTON, TX 76003 | |
| 10925 | ISOTHERM, 8667 CHERRY LN., LAUREL, MD 20707 | |
| 10925 | ISP ALGINATES, INC, PO BOX 846312, DALLAS, TX 75284-6312 | |
| 10924 | ISP CHEMCIALS, PO BOX 37, CALVERT CITY, KY 42029 | |
| 10924 | ISP CHEMICALS, HIGHWAY 95 INDUSTRIAL AREA, CALVERT CITY, KY 42029 | |
| 10924 | ISP CHEMICALS, HWY 146, TEXAS CITY, TX 77590 | |
| 10924 | ISP CHEMICALS, PO BOX 2141, TEXAS CITY, TX 77590 | |
| 10924 | ISP FINE CHEMICALS, 1979 ATLAS STREET, COLUMBUS, OH 43228 | |
| 10924 | ISP FINE CHEMICALS, 238 SOUTH MAIN STREET, ASSONET, MA 02702 | |
| 10924 | ISP MINERALS INC, KREMLIN ROAD, PEMBINE, WI 54156 | |
| 10924 | ISP MINERALS, #1 HILLCREST DRIVE, ANNAPOLIS, MO 63620 | |
| 10924 | ISP MINERALS, 1455 OLD WAYNESBORO ROAD, BLUE RIDGE SUMMIT, PA 17214 | |
| 10924 | ISP MINERALS, KREMLIN PLANT, PEMBINE, WI 54156 | |
| 10924 | ISP MINERALS, PO BOX 0, BLUE RIDGE SUMMIT, PA 17214 | |
| 10924 | ISP MINERALS, PO BOX 186, ANNAPOLIS, MO 63620 | |
| 10924 | ISP MINERALS, PO BOX 248, PEMBINE, WI 54156 | |
| 10925 | ISP TECH., PO BOX 1006, BOUND BROOK, NJ 08805 | |
| 10925 | ISP TECHNOLOGIES INC., PO BOX 14990-F, SAINT LOUIS, MO 63150 | |
| 10924 | ISP, 1361 ALPS ROAD, WAYNE, NJ 07470 | |
| 10925 | ISPA CO., 20 S FRANKLINTOWN RD., BALTIMORE, MD 21223 | |
| 10925 | ISPAC, 1201 DON DIEGO AVE., SANTA FE, NM 87505 | |
| 10925 | ISRAEL AIRCRAFT INTL INC, BENGURION INTL AIRPORT, LOD, 70100ISRAEL | *VIA Deutsche Post* |
| 10925 | ISRAEL AIRCRAFT, 50 WEST 23RD ST, NEW YORK, NY 10010 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | ISRAEL AIRCRAFT, 71-08 51ST AVE, WOODSIDE, NY 11377 | |
| 10925 | ISRAEL ANDLER & SONS INC, 376 THIRD ST, EVERETT, MA 02149 | |
| 10924 | ISRAEL ELECTRIC CORPORATION, P.O. BOX 10, HAIFA, 31000TEL-AVIV | *VIA Deutsche Post* |
| 10925 | ISRAEL TODAY, POBOX 9070, NORTHRIDGE, CA 91328 | |
| 10925 | ISRAEL, JOSEPH, 111 E SCENIC DRIVE, TRAVELERS REST, SC 29690-9998 | |
| 10925 | ISRAEL, MARC, 420 CENTRAL PARKWEST, NEW YORK, NY 10025 | |
| 10925 | ISRAEL, VILITO, 7705 N. POLK AVE, FRESNO, CA 93722 | |
| 10925 | ISS CLEANING SVCS GROUP INC, PO BOX 19489, NEWARK, NJ 07195-0489 | |
| 10925 | ISS INTL SERVICE SYSTEM INC, PO BOX 19061, NEWARK, NJ 07195-0061 | |
| 10925 | ISS INTL SERVICE SYSTEM INC., DRAWER 198352, ATLANTA, GA 30384-8352 | |
| 10925 | ISS INTL SERVICE SYSTEM INC., PO BOX 19061, NEWARK, NJ 07195-0061 | |
| 10925 | ISS INTL SERVICE SYSTEMS,INC, DRAWER CS198352, ATLANTA, GA 30384-8352 | |
| 10925 | ISS LANDSCAPE MANAGEMENT SERVICES, DRAWER CS198352, ATLANTA, GA 30384-8382 | |
| 10925 | ISSA, JUDITH, 1315 TIMMY AVE, CLOVIS, CA 93612 | |
| 10924 | ISSAQUAH HIGH SCHOOL, 1122 228TH AVENUE SE, ISSAQUAH, WA 98027 | |
| 10925 | ISSARI, BAHRAM, 109 WATERFORD CLUB D, LITHIA SPRINGS, GA 30057 | |
| 10925 | ISTRE, ANDREW, PO BOX 295, SULPHUR, LA 70664-0295 | |
| 10925 | ISTRE, FRED, 410 FRED ISTRE ROAD, SULPHUR, LA 70665 | |
| 10924 | IT CORP., 336 W. ANAHEIM ST., WILMINGTON, CA 90744 | |
| 10924 | IT CORPORATION, 2790 MOSSIDE BLVD, MONROEVILLE, PA 15146 | |
| 10925 | IT&T AG, BAHNHOFSTR.25, ZUG, 6300SWITZERLAND | *VIA Deutsche Post* |
| 10925 | ITALCORK INC, 21707 8TH ST EAST #16, SONOMA, CA 95476 | |
| 10924 | ITALIAN CHANCERY, 3000 WHITE HAVEN N.W. OFF MASS AVE., WASHINGTON, DC 20040 | |
| 10924 | ITAPSA   C/O JUAN CARRANZA, 14207 ATLANTIC AVE., LAREDO, TX 78041 | |
| 10924 | ITAPSA  S.A. DE C.V., KM 19.5 CARR MEXICO-TEXCOCO, LOS REYES, LA PAZ, EDO. DE MEXICO, 56400MEXICO | *VIA Deutsche Post* |
| 10924 | ITAPSA S.A. DE C.V.  (DESP), 4702 WAREHOUSE LANE, LAREDO, TX 78041 | |
| 10924 | ITAPSA S.A. DE C.V., KM 19.5 CARREETERA MEXICO, EDO DE MEXICO C, 56400MEXICO | *VIA Deutsche Post* |
| 10924 | ITAPSA S.A. DE C.V., LOSREYES, LA PAZ, EDO. DE MEXICO, 56400MEXICO | *VIA Deutsche Post* |
| 10924 | ITAPSA, 514 ENTERPRISE BLDG., LAREDO, TX 78045 | |
| 10924 | ITAPSA, C/O CASO IMEX FORWARDING CO, 514 ENTERPRISE BLDG., LAREDO, TX 78045 | |
| 10924 | ITAPSA, WAREHOUSE LANE 4702, LAREDO, TX 78041 | |
| 10925 | ITARU NAKAMURA, NO 19-14 KAMINOGE 2-CHOME, SETAGAYA-KU, TOKYO, 158-0093JAPAN | *VIA Deutsche Post* |
| 10925 | ITAUTEC PHILCO SA, AV BURITI 5385, MANAUS AM, BRAZIL | *VIA Deutsche Post* |
| 10925 | ITAUTEC PHILCO SA, RUA JUTAI445-AREA PIONEIRA 2, SETOR D, DISTRITO INDSUTRIAL, BRAZIL | *VIA Deutsche Post* |
| 10924 | ITC INC., FOR EXPORT TO KOREA, BOSTON, MA 02201 | |
| 10925 | ITC INC., PO BOX 20191, BALTIMORE, MD 21284-0191 | |
| 10925 | ITC JAPAN LIMITED, 4-8 SHINBASHI 3 CHOME MINATO-KU, TOKYO, 105JAPAN | *VIA Deutsche Post* |
| 10925 | ITC, INC, 6 N. PARK DR., STE. 105, HUNT VALLEY, MD 21030 | |
| 10924 | ITC, INC., 405 EAST JOPPA ROAD, BALTIMORE, MD 21286 | |
| 10924 | ITC, INC., 6 NORTH PARK DRIVE  SUITE 105, HUNT VALLEY, MD 21030 | |
| 10924 | ITC, INC., 6 NORTH PARK DRIVE, STE 105, HUNT VALLEY, MD 21030 | |
| 10924 | ITC, INC., ATLANTA, GA 30301 | |
| 10924 | ITC, INC., C.O DRY BRANCK KAOLIN CO., DRY BRANCH, GA 31020 | |
| 10924 | ITC, INC., C/O YANG MING LINE, GARDEN CITY, GA 31408 | |
| 10924 | ITC, INC., C/O YUSEN AIR CARGO, BOSTON, MA 02201 | |
| 10924 | ITC, INC., GEORGIA PORT AUTHORITY, GARDEN CITY, GA 31408 | |
| 10924 | ITC, INC., WANDO TERM., CHARLESTON, SC 29418 | |
| 10925 | I-TECH AUTOMATION INC., 25711 HILLVIEW COURT, MUNDELEIN, IL 60060 | |
| 10924 | ITEMS, INC., 11288  U.S.31, GRAND HAVEN, MI 49417 | |
| 10924 | ITEMS, INC., 3307 VINE STREET, GRANDVILLE, MI 49418 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | ITEN, DIANE, RT 2 BOX 472, MOMENCE, IL 60954 | |
| 10925 | ITHACA WASTE WATER TREATMENT FACILI, 525 THIRD ST, ITHACA, NY 14850 | |
| 10925 | ITHACA WASTEWATER FACILITY, 525 THIRD ST., ITHACA, NY 14850 | |
| 10924 | ITI INTER-TRADE INDUSTRIAL, INC., 9655 SOUTH DIXIE HIGHWAY, MIAMI, FL 33156-2222 | |
| 10925 | ITI MANUFACTURING INC, 2 BARKMAN PLAZA/PO BOX 15, CALIFON, NJ 07830 | |
| 10925 | ITINFOSOURCE.COM, 50 DAY ST, NORWALK, CT 06855 | |
| 10925 | ITL CIRCUITS, 90 DON PARK ROAD, MARKHAM, ON L3R 1C4CANADA | *VIA Deutsche Post* |
| 10925 | ITM SOLUTIONS, INC, 215 PICCADILLY ST, #203, LONDON, ON N6A 1S2CANADA | *VIA Deutsche Post* |
| 10925 | ITMA-T CIA LTDA., EDIFICIO SOLAMAR-PISO9 OFIC. 904, AV CTISTOBAL COLON E4-105Y9 OCTUBRE, QUITO ECUADOR SA, IT ECUADOR | *VIA Deutsche Post* |
| 10924 | ITMA-T CIA. LTDA., PO BOX 17-11-4929, QUITO, ECU | *VIA Deutsche Post* |
| 10924 | ITOCHU CABLE SERVICE INC., 196 QUIGLEY BLVD., NEW CASTLE, DE 19720-4104 | |
| 10925 | ITOCHU SPECIALTY CHEMICALS, INC, PO BOX 19105, NEWARK, NJ 07195-0105 | |
| 10925 | ITORALBA, JENNES, 136 SQUASSICH ROAD, WEST SPRINGFIELD, MA 01089 | |
| 10925 | ITP EDUCATION, PO BOX 95999, CHICAGO, IL 60694-5999 | |
| 10925 | ITP PROF&REFERENCE, BOX 95913, CHICAGO, IL 60694-5913 | |
| 10924 | I-TRAN, C/O  E E BAILEY, 45 EAST UNIVERSITY, CHAMPAIGN, IL 61820 | |
| 10924 | ITRON INC, 2401 NORTH STATE ST, WASECA, MN 56093 | |
| 10925 | ITS INTERTEK SERVICES CORPORATION, PO BOX 73283, CHICAGO, IL 60673-7283 | |
| 10925 | ITS INTERTEK SERVICES, PO BOX 70571, CHICAGO, IL 60673-0571 | |
| 10925 | ITS INTERTEK SERVICES, POST OFFICE BOX 73283, CHICAGO, IL 60673-7283 | |
| 10925 | ITS MUNCH TIME, SOUTH MAIN ST & EAST MONTGOMERY, NORTH WALES, PA 19454 | |
| 10925 | ITS OAK RIDGE, PO BOX 6018, OAK RIDGE, TN 37830 | |
| 10925 | ITS OF WEST ATLANTA INC, 3700 WENDELL DR SUITE 26, ATLANTA, GA 30336 | |
| 10925 | ITT AEROSPACE, 1919 WEST COOK ROAD, FORT WAYNE, IN 46818 | |
| 10925 | ITT AEROSPACE, 3700 E PONTIAC ST, FORT WAYNE, IN 46803 | |
| 10925 | ITT AEROSPACE, PO BOX 3700, FORT WAYNE, IN 46801 | |
| 10925 | ITT BARTON INDUSTRIAL SALES, PO BOX 466, GLENWOOD, IL 60425 | |
| 10925 | ITT CANNON ELECTRIC DIV, ACCTS PAYABLE, SANTA ANA, CA 92705 | |
| 10925 | ITT CANNON, 666 E DYER ROAD, SANTA ANA, CA 92702 | |
| 10925 | ITT FLYGT, 300 AV. LABROSSE, POINTE CLAIRE, QC H9R 4V5CANADA | *VIA Deutsche Post* |
| 10925 | ITT GILFILLAN, 7821 ORION AVE, VAN NUYS, CA 91409 | |
| 10924 | ITT GRAPHICS, 1700 SUNSET DRIVE, PLYMOUTH, WI 53073 | |
| 10925 | ITT HIGBIE BAYLOCK, 4700 N INDUSTRIAL ROW, OSCODA, MI 48750 | |
| 10925 | ITT INDUSTRIES INC, JANE DOBSON, FOUR W RED OAK LANE, WHITE PLAINS, NY 10604 | |
| 10925 | ITT INDUSTRIES, PO BOX 90036, CITY OF INDUSTRY, CA 91715 | |
| 10925 | ITT RAYONIER INCORPORATED, R M GROSS, 1177 SUMMER ST, STAMFORD, CT 06904 | |
| 10925 | ITT RESEARCH INSTITUTE, LOCK BOX 92003, CHICAGO, IL 60675-2003 | |
| 10924 | ITT, CAMBRIDGE, MA 02140 | |
| 10924 | ITT, PARTS SUPPLY DIV., WINCHESTER, KY 40391 | |
| 10925 | ITT-GOULDS PUMPS, 240 FALLS ST., SENECA FALLS, NY 13148 | |
| 10925 | ITTM, 66 CANAL CENTER PLAZA #600, ALEXANDRIA, VA 22314 | |
| 10925 | ITTNER, HAROLD, 1302 SETTLES RD, SUWANEE, GA 30174 | |
| 10925 | ITTY, ANNAMMA, 3227 SUGAR BUSH DR., DALLAS, TX 75007 | |
| 10925 | ITTY, SUSAMMA, 1913 W. 5TH ST., IRVING, TX 75060 | |
| 10925 | ITW ANGLEBOARD, PO BOX 71437, CHICAGO, IL 60694-1437 | |
| 10925 | ITW BINKS - GLENDALE HTS IL, 75 REMITTANCE DR - SUITE 1573, CHICAGO, IL 60675-1573 | |
| 10924 | ITW DEVCON, 30 ENDICOTT STREET, DANVERS, MA 01923-3786 | |
| 10925 | ITW DYNATEC, PO BOX 95523, CHICAGO, IL 60694-5523 | |
| 10924 | ITW GRAPHICS, 1700 SUNSET DRIVE, PLYMOUTH, WI 53073 | |
| 10924 | ITW GRAPHICS, CONSIN, 1700 SUNSET DRIVE, PLYMOUTH, WI 53073 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   ITW HIGHLAND, 1240 WOLCOTT STREET, WATERBURY, CT 06722-1858

10924   ITW HOLOGRAPHIC & SPECIALTY FILMS, 40 EAST NEWBERRY ROAD, BLOOMFIELD, CT 06002

10924   ITW HOLOGRAPHIC & SPECIALTY FILMS, AAN ITW DECORATING COMPANY, 40 EAST NEWBERRY ROAD, BLOOMFIELD, CT 06002

10925   ITW, 6601 W. IRVING PARK RD., CHICAGO, IL 60634

10925   ITW/NORWOOD, PO BOX 92671, CHICAGO, IL 60675-2671

10925   IUDICA, NORMA, OCEANA #406, ROSARITO, 92073MEXICO                 *VIA Deutsche Post*

10925   IULIANO, RUSSELL V, CUST FOR ALLISON C IULIANO, UNIF GIFT MIN ACT MA, PO BOX 66267, AUBURNDALE, MA 02166-0003

10925   IVAN ALLEN CO., PO BOX 1712, ATLANTA, GA 30301-1712

10925   IVAN JACOBS, 20 SCOTT AVE, N BABYLON, NY 11703-5107

10925   IVAN JOHN AXTELL, HC 86 BOX 23, MASONVILLE, NY 13804-9708

10924   IVAN KRESS, C/O KIP METCALF, BOISE, ID 83706

10925   IVANHOE INDUSTRIES INC, 818 WM LEIGH DR - BLDG H, TULLYTOWN, PA 19007

10925   IVANOVICH, MILENA, 3417 DOWNING WAY, MESQUITE, TX 75150

10925   IVANSEK JT TEN, JOHN F & HELEN, 144 E 194TH ST, EUCLID, OH 44119-1030

10925   IVAX INDUSTRIES, POBOX 98032, CHICAGO, IL 60693-8032

10924   IVC INDUSTRIAL COATINGS- DO NOT USE, PO BOX 18163, INDIANAPOLIS, IN 46218

10924   IVC INDUSTRIAL COATINGS, 2250 VALLEY AVENUE, INDIANAPOLIS, IN 46218

10925   IVER, JAMES, 2680 HWY. 308, RACELAND, LA 70394

10925   IVERS, BRUCE, 211 SAWMILL ROAD, W SPRINGFIELD, MA 01089

10925   IVERSEN, JAMES, 306 21ST ST NE, CEDAR RAPIDS, IA 52402

10924   IVERSON INDUSTRIES, 4814 PETER PLACE, CINCINNATI, OH 45246

10925   IVERSON, STEVEN, 292 HAMILTON DRIVE, 4, CONCORD, NC 28025

10925   IVERSON, TAJ, 4233 JONESBORO RD, FOREST PARK, GA 30351

10925   IVES EQUIPMENT CORP., 7210-D RUTHERFORD RD., BALTIMORE, MD 21244

10925   IVES EQUIPMENT CORP., PO BOX 13700, PHILADELPHIA, PA 19191-1117

10925   IVESTER, EDDIE, 302 MILLER RD, MAULDIN, SC 29662

10924   IVEX CORP., 421 SOUTH UNION STREET, TROY, OH 45373

10924   IVEX CORPORATION, 421 SOUTH UNION STREET, TROY, OH 45373

10924   IVEY CONSTRUCTION, 4354 WHISKEY RD., AIKEN, SC 29803

10925   IVEY JR, FLOYD, 1 CANTERBURY LANE, EAST AURORA, NY 14052

10925   IVEY, ALMA, 7309 MCCORMACK DR, HIXSON, TN 37343

10925   IVEY, BETTY, 515 FLYING DUTCHMAN, CROSBY, TX 77532

10925   IVEY, CARL, 4307 PATTON RD., HUNTSVILLE, AL 35805

10925   IVEY, CE & CAROLYN, PO BOX 406, CLINTON, SC 29325

10925   IVEY, GREGORY, 4450 BONNIE GLEN CT., CONLEY, GA 30027

10925   IVEY, JAN, 7 FOREST MILLS LANE, BOCA RATON, FL 33431

10925   IVEY, MARC, 2015 WEST MCNEESE ST, LAKE CHARLES, LA 70605

10925   IVEY, MARLETTA, 1039 S TOLTEC, MESA, AZ 85202

10925   IVEY, SANDRA, 2100 S.E.46TH TERR, GAINESVILLE, FL 32601

10925   IVEY, TIMOTHY, 300 FILHIOL AVE, MONROE, LA 71203

10925   IVIE, B, 21604 RIDGEFIELD CT, SAUGUS, CA 91350

10925   IVIE, JOHN, 23012 ASH CREEK RD #5, ANDERSON, CA 96007

10924   IVOR J. LEE INC., 7799 LOCUST STREET, MASURY, OH 44438

10924   IVOR J. LEE INC., NORTH WATER AVENUE, SHARON, PA 16146

10924   IVORY MITCHELL, 449 W. 78TH ST., LOS ANGELES, CA 90050

10925   IVORY, JR, TOMMIE, 9727 MT PISGAH RD #908, SILVER SPRING, MD 20908

10925   IVY C STEIN, 915 EAST 7TH ST APT 6D, BROOKLYN, NY 11230-2734

10924   IVY HOUSE, THE, 32 PLUM STREET, TRENTON, NJ 08638

10925   IVY SAW & REPAIR, 7309 MCCARMACK DR., HIXSON, TN 37343

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924  IVY TECH, CORNER OF ELDER & MICHIGAN AVENUE, SOUTH BEND, IN 46601

10925  IVY, ANNETTE, PO BOX 922, BODEGA BAY, CA 94923

10925  IVY, CHRISTINE, 350 RANDALL ROAD, LEWISTON, ME 04240

10925  IVY, JERRY, 670 S BELLWOOD RD, MORRISTOWN, TN 37813

10925  IVY, JESSIE, 109 WELLINGTON DRIVE, WELLFORD, SC 29385-9656

10925  IVY, ROBERT, 8802 TRADEWIND #414, SAN ANTONIO, TX 78239

10925  IVY, THOMAS, 128 BARCLAY CRESCENT, SMITHFIELD, VA 23430

10925  IWASHITA ENGINEERING INC, 540 WEDDELL DRIVE, SUNNYVALE, CA 94089

10925  IWWD WENTWORTH-DOUGLASS HOSPITAL, 789 CENTRAL AVE., DOVER, NH 03820

10925  IXOYE COMPUTER TRAINING INC, 6777 ISLA VERDE MALL 207, CAROLINA, PR 00979-7056

10925  IYAMAH, ELAINE, 1926 VIRGINIA RD, LOS ANGELES, CA 90016

10925  IYER, RAMDAS, 52 GLADSTONE DRIVE, EAST BRUNSWICK, NJ 08816

10925  IYER, SATISH, 37 LEE ST, APT. #6, CAMBRIDGE, MA 02139

10925  IZAGUIRRE, FRANCISCO, RT 6 BOX 28I, WESLACO, TX 78596

10925  IZAGUIRRE, MAGDALENA, 11086 ELM ST., LYNWOOD, CA 90262

10925  IZBICKI, JR, ROBERT, 126 MAPLEWOOD CIRCLE, BROCKTON, MA 02402

10925  IZENCO INC, SAFETY SHOE DISTRIBUTORS, SOUTH HOLLAND, IL 60473

10925  IZQUIERDO, EDWARD, 8104 SILVER FOX CIR, GLEN BURNIE, MD 21061

10925  IZQUIERDO, GUILLERMO, 7300 S.W. 114 PL., MIAMI, FL 33173

10925  IZQUIERDO, WALDEMAR, 124 67TH ST., WEST NEW YORK, NJ 07093

10925  J & A SALES, INC, 1312 ENTERPRISE DR., UNIT F, ROMEOVILLE, IL 60446

10925  J & A SALES, INC, 1312 ENTERPRISE DRIVE UNIT F, ROMEOVILLE, IL 60446

10924  J & B MATERIALS, 2037 W. MISSION RD., ESCONDIDO, CA 92029

10924  J & B MATERIALS, INC., 808 GABLE WAY, EL CAJON, CA 92022

10924  J & B POOLS & SPAS, ROUTE 1 TO STATE ST. RO LEFT TO HOS, LAWRENCEVILLE, IL 62439

10924  J & B ROOFING, 62-64 CANVASS STREET, COHOES, NY 12047

10924  J & B ROOFING, 62-64 CONNASS ST, COHOES, NY 12047

10924  J & B SERVICES, 4332 BULLARD AVENUE, BRONX, NY 10466

10925  J & B TIRE SERVICE, PO BOX 8672, DEERFIELD BEACH, FL 33443

10925  J & B WINDOW CLEANING SVC, 1300 SPANISH RIVER ROAD, BOCA RATON, FL 33432

10924  J & D SUPPLY GROUP, 47 RAILROAD AVENUE, ALBANY, NY 12201

10925  J & E MECHANICAL INC, 1502 N 25TH AVE, MELROSE PARK, IL 60160-1861

10925  J & F ENTERPRISES INC., 838 WOODACRES ROAD, SANTA MONICA, CA 90402

10925  J & F ENTERPRISES, 828 WOOD ACRES RD, SANTA MONICA, CA 90402

10924  J & F READY MIX, P O BOX 666, WILLIAMSPORT, PA 17701

10924  J & F READY MIX, PO BOX 666, WILLIAMSPORT, PA 17701

10924  J & F READY MIX, WILLIAMSPORT, PA 17701

10924  J & H BERGE, INC., 4111 SOUTH CLINTON AVENUE, SOUTH PLAINFIELD, NJ 07080

10924  J & H DEBURRING, INC., BLDG. H, 307 N. EUCLID WAY, ANAHEIM, CA 92801

10925  J & H MARSH & MCLENNAN INC, POBOX 19613, NEWARK, NJ 07195-0643

10925  J & H MARSH & MCLENNAN, PO BOX HM 2444, HAMILTON HMJX, 0HMJX

10924  J & J ACOUSTICS, 214 CRISTICH LANE, CAMPBELL, CA 95008

10924  J & J AG PRODUCTS, CORNER OF COUNTY ROAD 832 AND, CLEWISTON, FL 33440

10925  J & J CHARTERS, INC, PO BOX 3138, CROSBY, TX 77532-2138

10924  J & J CONSTRUCTION SUPPLY, INC, 417 2ND AVENUE NORTH, BIRMINGHAM, AL 35202

10925  J & J ELECTRICAL SUPPLY, 7736 S. CLAREMONT, CHICAGO, IL 60620

10925  J & J EQUIPMENT, 7070 ARCHIBALD AVE, RANCHO CUCAMONGA, CA 91701

10925  J & J INDUSTRIAL SUPPLY INC, PO BOX 110174, 113 E CENTRE ST, NUTLEY, NJ 07110

10925  J & J MANUFACTURING CO INC, PO BOX 6295, BEAUMONT, TX 77725

10924  J & J SALES & MARKETING, 100 N UNIVERSITY DR., EDMOND, OK 74034

10924  J & J SALES & MARKETING, 10301 FM 2222, AUSTIN, TX 78730

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   J & J SALES & MARKETING, 10509 SCOTLAND WELLS DR., AUSTIN, TX 78750

10924   J & J SALES & MARKETING, 1200 N PERKINS RD, STILLWATER, OK 74075

10924   J & J SALES & MARKETING, 1500 CROSSING PLACE, AUSTIN, TX 78741

10924   J & J SALES & MARKETING, 1832 N. PERKINGS RD, STILLWATER, OK 74075

10924   J & J SALES & MARKETING, 2109 MALDON PLACE, AUSTIN, TX 78722

10924   J & J SALES & MARKETING, 4200 TIMBERBROOK, SAN ANTONIO, TX 07828

10924   J & J SALES & MARKETING, 5604 SOUTHWEST PARKWAY, AUSTIN, TX 78735

10924   J & J SALES & MARKETING, 8801 FM 620 NORTH, AUSTIN, TX 78726

10924   J & J SALES & MARKETING, PO BOX 2116, FORNEY, TX 75126

10925   J & J SPECIALTIES INC., 1847 MAPLEWOOD DR., SULPHUR, LA 70663

10925   J & J TIRES INC, PO BOX 403, LAURENS, SC 29360

10925   J & J TRUCK LINE INC., PO BOX 610697, SAN JOSE, CA 95161-0697

10925   J & J WOW, PO BOX 5609, ALVIN, TX 77512

10924   J & K SUPPLY, INC., 3457 UNION STREET, LAFAYETTE, IN 47905

10925   J & L CNC QUALITY, 6520 S LARAMIE, BEDFORD PARK, IL 60638

10924   J & L DRYWALL CO, 5002 LAKE AVE, SAINT JOSEPH, MO 64504

10924   J & L DRYWALL, 3129 N. 22ND STREET, DECATUR, IL 62526

10924   J & L DRYWALL, 5002 LAKE AVE, SAINT JOSEPH, MO 64504

10924   J & L DRYWALL, CAMBRIDGE, MA 02140

10925   J & L INDUSTRIAL SUPPLY, 1028 SOLUTION CENTER, CHICAGO, IL 60677-1000

10924   J & L INDUSTRIAL SUPPLY, PO BOX3359, LIVONIA, MI 48151-3359

10925   J & L PROCESS CO., 120 RIVERSIDE DR., ELMHURST, IL 60126

10924   J & L READY MIX, N. SERVICE ROAD I-70, NEW FLORENCE, MO 63363

10924   J & L READY MIX, WARRENTON PLANT, WARRENTON, MO 63383

10924   J & L REDI MIX INC., GENERAL ACCT, NEW FLORENCE, MO 63363

10924   J & L, 3129 N 22ND STREET, DECATUR, IL 62526

10925   J & M GOLF CARTS, 4439 WASHINGTON RD., EVANS, GA 30809

10925   J & M PALLETS, 150844 HARVEST MOON ST, LA PUENTE, CA 91744

10924   J & M SERVICE, 11532 ANABEL AVENUE, GARDEN GROVE, CA 92643

10925   J & M SERVICE, INC, 11532 ANABEL AVE, GARDEN GROVE, CA 92843

10924   J & M TRUCKING, ATTN:  ACCOUNTS PAYABLE, ELY, NV 89315

10924   J & M TRUCKING, BEHIND MOTEL 6, 800 AVENUE O, ELY, NV 89301

10924   J & N STONE, INC., 905 E. WATERFORD STREET, WAKARUSA, IN 46573

10924   J & N STONE, INC., BOX 442, WAKARUSA, IN 46573

10925   J & P CONSTRUCTION, PO BOX 122, MANVEL, TX 77578

10925   J & R FENCING CO, POBOX 509, MARIETTA, SC 29661

10924   J & R PRECAST, 16 COUNTY STREET, BERKLEY, MA 02779

10925   J & R ROOFING CO INC, 8592 DORSEY RUN ROAD, JESSUP, MD 20794

10924   J & R SLAW INC, PO BOX 7, PARRYVILLE, PA 18244

10924   J & S CONCRETE, 5554 CHARLOTTE HIGHWAY, VAN WYCK, SC 29744

10924   J & S CONCRETE, ATTN:  ACCOUNTS PAYABLE, LANCASTER, SC 29721

10924   J & S CONCRETE, HWY 521 BYPASS, LANCASTER, SC 29721

10924   J & S CONCRETE, HWY 521 NORTH, LANCASTER, SC 29721

10925   J & S MANAGEMENT INC, POBOX 1516, ELLICOTT CITY, MD 21041

10925   J & S MANAGEMENT, INC, PO BOX 1516, ELLICOTT CITY, MD 21041

10924   J & S SUPPLY CO, 53-02 37TH ST, LONG ISLAND CITY, NY 11101

10924   J & S SUPPLY, 53-02 37TH STREET, LONG ISLAND CITY, NY 11101

10925   J & W SCIENTIFIC INC, POBOX 96479, CHICAGO, IL 60693

10925   J A BELANGER, 1567 MADRID DR, VISTA, CA 92083-5010

10925   J A CORREIA & SONS, 257 PORTER ST, BOSTON, MA 02176

10924   J A G CONSTRUCTION CO-, MCARTOR ROAD, DODGE CITY, KS 67801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | J A G CONSTRUCTION CO, P. O. BOX 1493, DODGE CITY, KS 67801 | |
| 10925 | J A KEMP & CO, 14 SOUTH SQUARE, GRAYS INN, LONDON, WC1R 5LXENGLAND | *VIA Deutsche Post* |
| 10925 | J A KEMP & CO, GRAYS INN, LONDON, WC1R 5LXUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | J A MIARA TRANSPORATION INC, 140 WEST ST, WILMINGTON, MA 01887 | |
| 10925 | J A MIARA TRANSPORTATION INC, PO BOX 905027, CHARLOTTE, NC 28290-5027 | |
| 10925 | J A MOODY EQUIPMENT, POBOX 34074, NEWARK, NJ 07189-0074 | |
| 10925 | J A SPARKS, 6969 SW TIERRA DEL MAR RD, BEAVERTON, OR 97007-5171 | |
| 10924 | J A WEBSTER INC., 13510 M L KING HWY, ALACHUA, FL 32615 | |
| 10924 | J A WEBSTER INC., 1501 FULLING MILL ROAD, MIDDLETOWN, PA 17057 | |
| 10924 | J A WEBSTER INC., 4128 BARRINGER DRIVE, CHARLOTTE, NC 28217 | |
| 10924 | J A WEBSTER INC., 7397 TAFT PARK DRIVE, EAST SYRACUSE, NY 13057 | |
| 10924 | J A WEBSTER INC., 86 LEOMINISTER ROAD, STERLING, MA 01564 | |
| 10924 | J A WEBSTER INC., PARKWEST  CC  SUITE 201, 3867 PINE LANE, BESSEMER, AL 35023 | |
| 10925 | J B ASSOCIATES INC, 2 SERVEY CIRCLE, NORTH BILLERICA, MA 01862 | |
| 10925 | J B BOSTON, HWY 221, ENOREE, SC 29335 | |
| 10925 | J B RUSSELL & SON CONSTRUCTION, PO BOX 4098, SPARTANBURG, SC 29303 | |
| 10925 | J BERRY GARRETT, PO BOX 763, FOUNTAIN INN, SC 29644-0763 | |
| 10924 | J BOWMAN SUPPLY CO INC, 101 HAYES ST, CHESTER, PA 19013 | |
| 10924 | J BOWMAN SUPPLY CO. INC., 101 HAYES ST., CHESTER, PA 19013 | |
| 10924 | J BOWMAN SUPPLY CO. INC., 101 HAYES STREET, CHESTER, PA 19013 | |
| 10925 | J C BUSINESS MACHINES, 18 RICHARDSON AVE, WAKEFIELD, MA 01880 | |
| 10925 | J C CHEEK CONTRACTOR INC, PODRAWER 1138, KOSCIUSKO, MS 39090 | |
| 10925 | J C CHEEK CONTRACTOR INC., PO BOX 1138, KOSCIUSKA, MS 39090 | |
| 10925 | J C EHRLICH CO, INC, 8229 CLOVERLEAF DRIVE, MILLERSVILLE, MD 21108 | |
| 10925 | J C HORTONS GARAGE, 1662 BAXLEY ROAD, MIDDLEBURG, FL 32068 | |
| 10925 | J C O NEAL JR &, GLORIA L O NEAL JT TEN, 2341 N CRYSTAL LAKE DR, LAKELAND, FL 33801-6571 | |
| 10925 | J C PENNEY CO INC, LEGAL DEPT WALTER G COWAN, 6501 LEGACY DRIVE MS-1106, PLANO, TX 75024-3698 | |
| 10924 | J C PENNY, 11200 LAKE STOP BLVD, AUSTIN, TX 78700 | |
| 10925 | J C PHILLIPS, 89 EDGELAKE DR, UNION LAKE, MI 48327-3720 | |
| 10925 | J C READY MIX, 1924 MILAN ROAD, SANDUSKY, OH 44870 | |
| 10925 | J C RENFROE & SON INC, 1926 SPERING ST, JACKSONVILLE, FL 32201 | |
| 10925 | J C SIMS &, GLADYS SIMS JT TEN, 4809 W SOLANO DR SO, GLENDALE, AZ 85301-6125 | |
| 10925 | J C TARBELL ASSOC INC, PO BOX 1300, EAST LONGMEADOW, MA 01028 | |
| 10925 | J CARPOFF, 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10925 | J CLEVE GATCHEL, 720 E MARKET ST, LOUISVILLE, KY 40202-1008 | |
| 10925 | J D ALCORTA, 215 AIKEN HUNT CIRCLE, COLUMBIA, SC 29223 | |
| 10924 | J D BRYAN CO, 10480 GUILFORD ROAD, JESSUP, MD 20794 | |
| 10925 | J D DADDARIO CO INC, 5 FORGE PARK, FRANKLIN, MA 02038 | |
| 10925 | J D INDUSTRIAL SALES, INC, 375 ESSEX RD., VERMILION, OH 44089 | |
| 10925 | J D MCFADDEN COMPANY, 1423 PARK AVE, BALTIMORE, MD 21217 | |
| 10925 | J D MCLAIN, 8415 BANDRIDGE, LA PORTE, TX 77571-3624 | |
| 10925 | J D R COMMUNICATIONS INC, PO BOX 523, CANTON, MA 02021 | |
| 10925 | J D R MICRODEVICES, 1850 S 10TH ST, SAN JOSE, CA 95112-4108 | |
| 10925 | J D R MICRODEVICES, 1850 SOUTH 10TH ST, SAN JOSE, CA 95112 | |
| 10925 | J DOUGLAS DODDS &, DOROTHY P DODDS JT TEN, 23 MT VIEW DR, WILLLSBORO, NY 12996-3707 | |
| 10924 | J E ABERCROMBIE INC, 9110 GALVESTON AVE, JACKSONVILLE, FL 32211 | |
| 10925 | J E J REPAIR, PO BOX 547, LAKE MONROE, FL 32747 | |
| 10925 | J E LUTTRELL, 727 CALL ST, LANSING, MI 48906 | |
| 10924 | J E POOL & CO., P O BOX 804, MOUNT JACKSON, VA 22842 | |
| 10924 | J E POOL INC., 7259 OLD VALLEY PIKE, MOUNT JACKSON, VA 22842 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | J E WISE CO, PO BOX 637, SAVAGE, MD 20763 | |
| 10925 | J EARL EPSTEIN & HELEN, MEDOFF & RICHARD MEDOFF, TR UA OCT 25 82, WALTER MEDOFF TRUST, 1515 MARKET ST 15 FL, PHILADELPHIA, PA 19102-1 | |
| 10924 | J F ALLON /ALCON INC, P O BOX 49, CLARKSBURG, WV 26302 | |
| 10925 | J F DURAN, 16 HIGHLAND ST, WOBURN, MA 01801 | |
| 10924 | J F GOMOLJAK CONCRETE, PRODUCTS COMPANY, ANNAPOLIS, MD 21401 | |
| 10925 | J F MILL & LUMBER CO, 1032 NORTH CEDAR ST, NEW CASTLE, PA 16102 | |
| 10925 | J F SHELTON CO INC, 330 SW 43ARD ST. K. SUITE 148, RENTON, WA 98055 | |
| 10925 | J FREEMAN INC, 65 TENEAN ST, DORCHESTER, MA 02122 | |
| 10925 | J G MACHINE COMPANY INC, 7 SULLIVAN ST, WOBURN, MA 01801 | |
| 10925 | J GREGORY BURG, 1603 MASSACHUSETTS ST, LAWRENCE, KS 66044-4255 | |
| 10925 | J H DAY, 4932 BEECH ST, CINCINNATI, OH 45212 | |
| 10925 | J H FINDORFF & SON INC, 601 W WILSON ST, MADISON, WI 53703 | |
| 10924 | J H LEE & SONS INC, PO BOX 188, COURTLAND, VA 23837 | |
| 10925 | J HAROLD WERTHEIM, 949 CAROL AVE, WOODMERE, NY 11598-1512 | |
| 10925 | J I CASE CO, JAMES T LUCKE, 700 STATE ST, RACINE, WI 53404 | |
| 10925 | J III CONSTRUCTION, 1700 E 28TH ST, WESLACO, TX 78596 | |
| 10925 | J ISERN PATENTES Y MARCAS S L, AVDA PAU CASALS 22, BARCELONA, 08021SPAIN | *VIA Deutsche Post* |
| 10925 | J ISERN PATENTES Y MARCAS S.L., AVDA PAU CASALS 22, BARCELONA, 08021SPAIN | *VIA Deutsche Post* |
| 10925 | J ISERN PATENTES Y, AV DIAGONAL 463 BIS, 2ND FL, BARCELONA, 08036SPAIN | *VIA Deutsche Post* |
| 10925 | J J ELECTRONICS INC, 8039 SW CIRRUS DR, BEAVERTON, OR 97005 | |
| 10925 | J J INVESTMENT CLUB, BOX 1275, KEYSER, WV 26726-1275 | |
| 10925 | J J KELLER & ASSOCIATES INC, PO BOX 548, NEENAH, WI 54957-0548 | |
| 10925 | J J KELLER & ASSOCIATES INC, POBOX 548, NEENAH, WI 54956-0548 | |
| 10925 | J J KELLER & ASSOCIATES, INC, PO BOX 360, NEENAH, WI 54957 | |
| 10924 | J J MORRIS & SONS INC, PO BOX 14038, PITTSBURGH, PA 15239 | |
| 10925 | J J WELDING, 9336 ARTESIA BLVD, BELLFLOWER, CA 90701 | |
| 10925 | J JANETTE FAIR, 20 MERTON ST, NEWTON, MA 02458-2222 | |
| 10925 | J K DOHERTY, 18536 CAPRICORN COURT, CASTRO VALLEY, CA 94546 | |
| 10925 | J KOCH ASSOCIATES, INC, PO BOX 370, PAULSBORO, NJ 08066 | |
| 10925 | J L BRANDT & SON INC, 3620 EITEMILLER ROAD, BALTIMORE, MD 21207 | |
| 10924 | J L DRYWALL, 3129 NORTH 22ND STREET, DECATUR, IL 62526 | |
| 10925 | J L GERAS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | J L MANTA CUSTOMER PICK-UP TRANS, TRANSHEILD W CHICAGO, WEST CHICAGO, IL 60185 | |
| 10924 | J L MANTA INC & COLE ASSC, JOINT VENTURE, HAMMOND, IN 46320 | |
| 10925 | J L ROGERS & CALLCOTT ENGINEER, PO BOX 5655, GREENVILLE, SC 29606 | |
| 10925 | J L ROGERS & CALLCOTT ENGINEERS INC, POBOX 5655, GREENVILLE, SC 29606 | |
| 10925 | J L WINGERT CO, POBOX 6207, GARDEN GROVE, CA 92846-6207 | |
| 10925 | J LYNN MEEKS DETHLEFSEN, 6738 EASTRIDGE DR 106, DALLAS, TX 75231-7014 | |
| 10925 | J M B REPAIRS INC, 3564 BOUTWELL ROAD, LAKE WORTH, FL 33461-3840 | |
| 10925 | J M FOSTER INC, 7500 WEST 5TH AVE, GARY, IN 46406 | |
| 10925 | J M FOSTER INC, PO BOX 1015, HAMMOND, IN 46325 | |
| 10925 | J M GILLEN COMPANY, 681 MILLERS RUN ROAD, CUDDY, PA 15031-0428 | |
| 10925 | J M HUTTON, 1501 S EIGHTH ST, RICHMOND, IN 47374 | |
| 10924 | J M INDUSTRIAL SUPPLY COMPANY, 1315 VIRGINIA BOULEVARD N.W., HUNTSVILLE, AL 35801 | |
| 10925 | J M PIKARSKY, 47 MYSTIC ST APT 8-B, ARLINGTON, MA 02474-1126 | |
| 10925 | J M SPECIALTIES, INC, PO BOX 1012, CHATTANOOGA, TN 37401 | |
| 10925 | J M TEST SYSTEMS, INC, PO DRAWER 45489, BATON ROUGE, LA 70806 | |
| 10925 | J MARTIN NORRIS, 4150 GOLDEN CIRCLE DR, WINNEMUCCA, NV 89445-9324 | |
| 10925 | J MAXWELL WILLIAMS, 2374 HOLLY GROVE DR, MEMPHIS, TN 38119 | |
| 10925 | J MAXWELL WILLIAMS, 6401 POPLAR AVE SUITE 301, MEMPHIS, TN 38119 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | J MELONE & SONS INC, POBOX 176, STOW, MA 01775 | |
| 10925 | J MERLE JONES & SONS INTL, 103 S LARKIN AVE, JOLIET, IL 60436 | |
| 10925 | J NOEL WAGNER, PO BOX 1598, HOCKESSIN, DE 19707-5598 | |
| 10925 | J OWEN FLYNN & LORETTO FLYNN, JT TEN, 722 HIGH HAMPTON, ST LOUIS, MO 63124-1018 | |
| 10925 | J P CULLEN & SONS INC, 330 E DELAVAN DRIVE, JANESVILLE, WI 53546 | |
| 10925 | J P FOREHAND, 27 LINVALE LANE, BRIDGEWATER, NJ 08807-2351 | |
| 10925 | J P MORGAN SERVICES, INC, PO BOX 6071, NEWARK, DE 19713-2107 | |
| 10925 | J P NISSEN JR CO, POBOX 339, GLENSIDE, PA 19038 | |
| 10925 | J P SKALNY CONSULTING, 6200 FLOTILLA DR #254, HOLMES BEACH, FL 34217 | |
| 10925 | J P WALLACE, 837 HIGHLAND AVE, MEDFORD, MA 02155-1112 | |
| 10925 | J PATRICK NICHOLSON &, SHEILA M NICHOLSON JT TEN, 2025 RICHMOND RD, TOLEDO, OH 43607-1573 | |
| 10925 | J PEYTON DOUB, PO BOX 449, KEEDYSVILLE, MD 21756-0449 | |
| 10925 | J R I ASSISTED LIVING PROGRAM, 120 BOYLSTON ST 5TH FLR, BOSTON, MA 02116 | |
| 10925 | J R NICHOLS COMPANY INC, 1420 LOCKHART DRIVE SUITE 103, SMYRNA, GA 30144-3604 | |
| 10925 | J R ODWYER COMPANY, INC, 271 MADISON AVE, NEW YORK, NY 10016 | |
| 10924 | J R PURTSCHER R/M, 1320 RABER RD, PEORIA, IL 61604 | |
| 10925 | J R S PRECISION MACHINING, 40-2 RAYNOR AVE, RONKONKOMA, NY 11779 | |
| 10925 | J R STRICKLAND ELECTRICAL, POST OFFICE BOX 937, MONROE, LA 71210 | |
| 10925 | J RALPH MCLEOD, 4056 MYERWOOD LANE, DALLAS, TX 75244-7333 | |
| 10925 | J ROBERT CURTIS, 104 W SLIFER, PROTAGE, WI 53901-1127 | |
| 10925 | J ROBERT SEGUR, 104 MOHAWK DR, CLARENDON HILLS, IL 60514-1128 | |
| 10925 | J ROBERT WHITELEY &, ELFRIEDA WHITELEY JT TEN, 49 DOGWOOD DR, LISBON, CT 06351-3206 | |
| 10925 | J ROLFE JOHNSON PC, J ROLFE JOHNSON, 1900 WEST LOOP SOUTH, SUITE 1175, HOUSTON, TX 77027 | |
| 10924 | J ROSEN PLASTERING INC., 3153 MONTEREY DRIVE, MERRICK, NY 11566 | |
| 10925 | J RUSSELL HILSKY, 113 CHERRY TREE LANE, MIDDLETOWN, NJ 07748 | |
| 10925 | J S ESPIRITU TRUCKING, 3226 CHAMPION ST, OAKLAND, CA 94602 | |
| 10925 | J S ESPIRITU, 3226 CHAMPION ST, OAKLAND, CA 94602 | |
| 10925 | J SAGAR ASSOCIATES, 84-E C-6 LANE SAINIK FARMS, NEW DELHI, 110062 | |
| 10925 | J SUPPLY OF AUGUSTA, 3822 COMMERCIAL CT # 3, MARTINEZ, GA 30907 | |
| 10925 | J T AHEARN &, ALICE J AHEARN JT TEN, 85 SPRING LAKE GARDENS CT, SPRING LAKE, NJ 07762-2525 | |
| 10924 | J T BAKER INC., 1037 L. BROWNSVILLE ROAD, JACKSON, TN 38301 | |
| 10924 | J T BAKER INC., 222 RED SCHOOL LANE, PHILLIPSBURG, NJ 08865 | |
| 10924 | J T BAKER INC., 7935 N.W. 67 STREET, MIAMI, FL 33166 | |
| 10925 | J TS, 576 WASHINGTON ST, CANTON, MA 02021 | |
| 10925 | J VAN DE WALLE, SATIONSSTRAAT 76, KOOG AAN DEZAAN, 0000 AANETHERLANDS | *VIA Deutsche Post* |
| 10925 | J VINTON SCHAFER & SONS, INC, PULASKI HWY., WHITE MARSH, MD 21162 | |
| 10925 | J W BOARMAN CO INC, THE, 1421 RIDGELY ST, BALTIMORE, MD 21230-2011 | |
| 10925 | J W BREWER TIRE CO INC, DEPT 530, DENVER, CO 80291-0530 | |
| 10924 | J W COOK & SONS, INC, (SWAN QUARTER), 701 BYPASS NORTH, WHITEVILLE, NC 28472 | |
| 10924 | J W COOK & SONS, INC, P O BOX 39, WHITEVILLE, NC 28472 | |
| 10925 | J W PATTERRSON ENVIRONMENTAL, POBOX 23109, SILVERTHORNE, CO 80498 | |
| 10925 | J WALLACE TUCKERMAN, 928 THE RIALTO, VENICE, FL 34285-3528 | |
| 10924 | J WESTBROOK CO., 11350 LUNA RD, DALLAS, TX 75229 | |
| 10925 | J WILSON STOUT III &, BARBARA B STOUT JT TEN, 3521 RIDGEWOOD DR, PITTSBURGH, PA 15235-5231 | |
| 10924 | J& J SALES & MARKETING, 113 E. MAIN ST., FORNEY, TX 75126 | |
| 10924 | J& J SALES & MARKETING, 2880 LBJ FREEWAY SUITE 402, DALLAS, TX 75234 | |
| 10925 | J&A SHEET METAL INC., 1800 NORTH CAMPBELL AVE., CHICAGO, IL 60647-4303 | |
| 10924 | J&B POOLS & SPAS, LAWRENCEVILLE, IL 62439 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  J&B PUBLISHERS, INC, PO BOX 248, BATAVIA, IL 60510

10925  J&B TIRE SERVICE INC, PO BOX 8672, DEERFIELD BEACH, FL 33443

10925  J&C MANUFACTURING, 5907 HILLCREST DRIVE, ALLENTON, WI 53002

10925  J&E RECYCLING LLC, 4717 EWELL ROAD, FREDERICKSBURG, VA 22408

10925  J&E VACUUM & PROCESS EQUIPMENT, 712 SOUTH 6TH ST, SAINT CHARLES, IL 60174

10924  J&H CONTROLS C/O SUPERMAX PRISN, 11101 MORRISON DRIVE, BOSCOBEL, WI 53805

10925  J&H MARSH & MCLENNAN, POBOX 19601, NEWARK, NJ 07195-0601

10925  J&J MACHINE, 4656 N STURGEON RD, MIDLAND, MI 48642

10924  J&J MERCK DOMESTIC, PO BOX 16519, NORTH BRUNSWICK, NJ 08902-6519

10925  J&J RENTALS, 10822 COURTHOUSE ROAD, FREDERICKSBURG, VA 22407

10925  J&J SPECIALTIES, 1847 MAPLEWOOD DRIVE, SULPHUR, LA 70663

10925  J&J TIRES INC, PO BOX 403, LAURENS, SC 29360

10925  J&J WOW, PO BOX 5609, ALVIN, TX 77512

10925  J&L COMPANY, PO BOX 7604, CHARLOTTE, NC 28214

10924  J&L DRYWALL, CAMBRIDGE, MA 02140

10925  J&L FASTENERS, 6944 PARRISH AVE., HAMMOND, IN 46323

10925  J&L INDUSTRIAL SUPPLY CO., 12012 SOUTH CENTRAL, ALSIP, IL 60658

10925  J&L SAFETY PRODUCTS, INC, PO BOX 812072, BOCA RATON, FL 33481-2072

10924  J&M SCHAFER COMP., 5 COLLAMER CIRCLE, EAST SYRACUSE, NY 13057

10924  J&M SERVICE INC., 11532 ANABEL AVE, GARDEN GROVE, CA 92643

10924  J&M SERVICE, CAMBRIDGE, MA 02140

10924  J&M SERVICE, INC., 11532 ANABEL AVE., GARDEN GROVE, CA 92843

10925  J&P SUPPLY, 3908 YORK DR., HAVRE DE GRACE, MD 21078

10924  J&R BUILDING SUPPLY, 177 OLD KARNER RD, ALBANY, NY 12205

10924  J&R BUILDING SUPPLY, P.O. BOX 12245, ALBANY, NY 12212

10924  J&R CONCRETE PROD INC, 440 WEST MARKHAM STREET, PERRIS, CA 92571

10924  J&R CONCRETE, 440 W. MARKHAM STREET, PERRIS, CA 92370

10924  J&R CONCRETE/PERRIS, 440 WEST MARKHAM STREET, PERRIS, CA 92370

10925  J&R SCHUGEL TRUCKING, INC, PO BOX 278, NEW ULM, MN 56073-0278

10925  J&R WATERBLASTING SERVICES LLC, 3210 DAVIESS ST, OWENSBORO, KY 42303

10924  J&S ELEC-FAA PROJ, 5601 JEFFERSON ST. NE, ALBUQUERQUE, NM 87109

10924  J&S INSULATION, 902 CHEROKEE ST., SAINT LOUIS, MO 63118

10924  J. A. G. CONST CO, 112 W. RUSSELL, HOOKER, OK 73945

10924  J. A. G. CONST. CO., 1330 ASH STREET, GUYMON, OK 73942

10924  J. A. G. CONST. CO., 14TH & BEESON, DODGE CITY, KS 67801

10924  J. A. G. CONST. CO., 1531 AIRPARK AVENUE, LIBERAL, KS 67901

10924  J. A. G. READY MIX, SUBLETTE, KS 67877

10924  J. A. JONES CONSTRUCTION, 32 EAST AIRLINE HIGHWAY, KENNER, LA 70062

10924  J. A. JONES CONSTRUCTION, J. A. JONES DRIVE, CHARLOTTE, NC 28287

10924  J. B. AUSTIN INC., P. O. BOX 868, DOVER, NH 03821-0868

10924  J. B. AUSTIN, INC., 68 RUTLAND STREET, DOVER, NH 03821-0868

10924  J. B. AUSTIN, INC., PO BOX 868, DOVER, NH 03821-0868

10924  J. B. CONCRETE PRODUCTS, INC., 1 ARCH STREET, PUTNAM, CT 06260

10924  J. B. CONCRETE PRODUCTS, INC., P. O. BOX 387, PUTNAM, CT 06260

10925  J. B. HUNT TRANSPORT, PO BOX 130, LOWELL, AR 72745

10924  J. B. LABORATORIES, 13295 REFLECTIONS DRIVE, HOLLAND, MI 49424

10924  J. B. LABORATORIES, PO BOX 2248, HOLLAND, MI 49424

10925  J. C. LICHT COMPANY, 45 NORTH BRANDON DRIVE, GLENDALE HEIGHTS, IL 60139

10924  J. C. READY MIX, 1924 MILAN RD, SANDUSKY, OH 44870

10924  J. C. READY MIX, 1924 MILAN ROAD, SANDUSKY, OH 44870

10924  J. D. CONCRETE C0., RR 1, PLANKINTON, SD 57368

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   J. D. CONCRETE CO., HIGHWAY 14 WEST, HURON, SD 57350

10924   J. D. CONCRETE CO., HWY 37 & I-90, MITCHELL, SD 57301

10924   J. D. CONCRETE CO., RR 1 BOX 47, PLANKINTON, SD 57368

10924   J. D. CONCRETE PRODUCTS, RR 1 BOX 47, PLANKINTON, SD 57368

10925   J. DAVID STEVENS, 1024 E 56TH ST., LONG BEACH, CA 90805

10924   J. E. HILL CONTRACTOR INC., 2620 INDUSTRIAL STREET, LEESBURG, FL 34748

10924   J. E. HILL CONTRACTOR INC., P.O. BOX 491356, LEESBURG, FL 34748

10924   J. F. SHEA, 1400 MISSISSIPPI AVE. S.E., WASHINGTON, DC 20032

10925   J. F. SHELTON COMPANY, 1110 ANDOVER PARK WEST, TUKWILLA, WA 98188

10924   J. F. WHITE CONTRACTING CO., 144 BIGNALL ST., WARWICK, RI 02888

10924   J. F. WHITE CONTRACTING CO., 56 OLD PAGE RD., STOUGHTON, MA 02072

10925   J. FEGELY INC., PO BOX 619, POTTSTOWN, PA 19464

10925   J. FRANK BLAKELY CO., PO BOX 2568, 371 KENNEDY ST., SPARTANBURG, SC 29304

10924   J. G. MACLELLAN CONCRETE, 180 PHOENIX AVE, LOWELL, MA 01852

10924   J. G. MACLELLAN CONCRETE, 180 PHOENIX AVENUE, LOWELL, MA 01852

10924   J. G. MACLELLAN CONCRETE, 180 PHOENIX AVENUUE, LOWELL, MA 01852

10925   J. H. FRANCE REFRACTORIES, GAVETT & DATT, SUITE 180, 15850 CRABBS BRANCH WAY, ROCKVILLE, MD 20855

10924   J. H. LYNCH READY MIX, DO NOT USE THIS CUSTOMER #, PEACE DALE, RI 02883

10924   J. H. LYNCH READY MIX, NORTH RD, PEACEDALE, RI 02883

10925   J. HARVARD COMPANY, 3418 EAST MARDAN DRIVE, LONG GROVE, IL 60047

10924   J. J. FERGUSON CONCRETE, 1212 HWY 82 EAST, GREENWOOD, MS 38930

10924   J. J. FERGUSON CONCRETE, 707 MIDDLETON RD, WINONA, MS 38967

10924   J. J. FERGUSON CONCRETE, ATTN:  RENFORD LUCAS, 4510 HWY 82 EAST, GREENWOOD, MS 38930

10924   J. J. FERGUSON SAND & GRAVEL, P O BOX 660, GREENWOOD, MS 38930

10925   J. J. REINKE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   J. J. SQUIRES, 5554 INDIAN HILLS DR, SIMI VALLEY, CA 93063

10924   J. L. MANTA - WEST SIDE TECH, WEST SIDE TECHNICAL INSTITUTE, CHICAGO, IL 60608

10924   J. L. MANTA COMPANY, ATTN: BILL BALTAS, HAMMOND, IN 46327

10924   J. L. MANTA COMPANY, CAMBRIDGE, MA 02140

10925   J. L. MANTA INC., 7757 SOUTH CHICAGO AVE, CHICAGO, IL 60619

10924   J. L. MANTA, INC., C/O:  DENVER INTERNATIONAL AIRPORT, COMMERCE CITY, CO 80022

10924   J. L. WALLEN INC., 1276 HENDERSONVILLE RD., ASHEVILLE, NC 28803

10924   J. L. WALLEN, INC., PO BOX5835, ASHEVILLE, NC 28813

10925   J. LESTICIAN WAREHOUSE, 500 BREUNIG AVE, TRENTON, NJ 08638

10924   J. MELONE & SONS INC., ROUTE 117, STOW, MA 01775

10924   J. N. FAUVER, 275 COMMONWEALTH DR, CAROL STREAM, IL 60188

10924   J. P. CARRARA & SON, OFF MAIN STREET, EAST MIDDLEBURY, VT 05740

10924   J. P. CARRARA & SONS, RTE 7, NORTH CLARENDON, VT 05759

10924   J. P. CARRARA & SONS, RTE 9 N & 22, CROWN POINT, NY 12928

10924   J. PIANO CONCRETE CONST. CO., 1502 IRENE DRIVE, IRVING, TX 75061

10924   J. R. DECK SYSTEMS, INC., LYNDON B. JOHNSON SCHOOL, MELBOURNE, FL 32919

10924   J. R. READY MIX, INTERMOUNTAIN CONCRETE SPECIAL, BEAVER, UT 84713

10925   J. RAY MCDERMOTT INC., FOUR WESTLAKE PARK, 200 WESTLAKE PARK BLVD., HOUSTON, TX 77079

10925   J. RON TIMMONS, 15 MILL CREEK ROAD, TRAVELERS REST, SC 29690

10925   J. RUBIN INTERNATIONL INC, 1348 WASHINGTON AVE, MIAMI, FL 33139

10924   J. S. CO. LTD., RM 1614, B/D 702-13 YEOKSAM-DONG, KANGNAM-KU SEOUL, KOR      *VIA Deutsche Post*

10924   J. S. HILL CO., 102 E. 5TH STREET, WASHINGTON, NC 27889

10924   J. W. COOK & SONS INC, PO BOX 39, WHITEVILLE, NC 28472

10924   J. W. INSULATION, 2870 FRUITVALE AVE., BAKERSFIELD, CA 93308

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   J. W. PATTERSON ENV CONSULTANTS, PO BOX 23109, SILVERTHORNE, CO 80498

10924   J. WATSON PLUMBING & HEATING LL, 101 WEST PURCHASE ROAD, SOUTHBURY, CT 06488

10924   J. WESTBROOK COMPANY, CAMBRIDGE, MA 02140

10925   J.A. BOARTFIELD, 400 LYLE AVE, LEEDS, AL 35094

10924   J.A. CHAPMAN ELECTRICAL SERVICE, 151 BROADWAY, WAKEFIELD, MA 01880

10925   J.A. FRATE INC, PO BOX 497, CRYSTAL LAKE, IL 60039-0497

10925   J.A. HENRY FAMILY YMCA, 301 W. 6TH ST., CHATTANOOGA, TN 37402

10924   J.A. JONES CONSTRUCTION, P.O. BOX 830, ROOSEVELT, AZ 85545

10924   J.A. JONES CONSTRUCTION, STATE ROUTE 88, ROOSEVELT, AZ 85545

10925   J.A. KEIGLEY ASSOCIATES, 3 PILGRIM ROAD, READING, MA 01867

10925   J.A. KINDEL CO., PO BOX 91587, CHICAGO, IL 60693-1587

10924   J.A. KOHLHEPP SONS INC., PO BOX423, DU BOIS, PA 15801

10924   J.A. KOHLHEPP SONS, 650 DU BOIS STREET, DU BOIS, PA 15801

10925   J.A. MIARA TRANSPORTATION INC., 140 WEST ST, WILMINGTON, MA 01887

10925   J.A. MIARA TRANSPORTATION, 140 WEST ST, WILMINGTON, MA 01887

10924   J.A. MOYAK CO. INC., 1401 GERMAN STREET, ERIE, PA 16512

10924   J.A. MOYAK COMPANY INC, P.O. BOX 1143, ERIE, PA 16503

10924   J.A. NEARING CO., INC., 9390 DAVIS AVENUE, LAUREL, MD 20707

10925   J.A. VERDI, 526 RTE. 31, PORT BYRON, NY 13140

10924   J.A. WEBSTER INC, SUITE 800, 6300 WEST BY NW BLVD, HOUSTON, TX 77040

10924   J.A.JONES CONSTRUCTION CO, 6060 J.A.JONES DRIVE, CHARLOTTE, NC 28287

10924   J.A.JONES CONSTRUCTION, PO BOX 830, ROOSEVELT, AZ 85545

10925   J.A.M. PLASTICS, 1804 N. LEMON ST., ANAHEIM, CA 92801

10924   J.A.M. TECHNOLOGY, 150 BUSHNELL STREET, BUFFALO, NY 14206

10924   J.B. ACCOUSTICAL SUPPLY, 208 PROGRESS DR., MONTGOMERYVILLE, PA 18936

10925   J.B. HUNT, PO BOX 1067, CHARLOTTE, NC 28201-1067

10925   J.B. MAIZE INSURANCE, 119 SOUTH COURT, MEMPHIS, TN 38103-2293

10924   J.B. SERVICES INC, 7350 NW 12TH STREET, MIAMI, FL 33126

10924   J.B. SUPPLY, **TO BE DELETED**, FLINT, MI 48504

10924   J.B. SUPPLY, 3497 DOLAN DRIVE, FLINT, MI 48504

10924   J.B. SUPPLY, P.O. BOX 310379, FLINT, MI 48531

10924   J.B. SUPPLY, P.O. BOX 310379E, FLINT, MI 48531

10924   J.B. WINE & SON, ROUTE 265, GROTTOES, VA 24441

10924   J.B.ACOUSTICAL SUPPLY, 208 PROGRESS DR., MONTGOMERYVILLE, PA 18936

10924   J.C. BANFORD EXCAVATING, 2000 BAMFORD BLVD., POOLER, GA 31322

10924   J.C. BEACHAM PLASTERING, 420 WEST TREMONT, CHARLOTTE, NC 28203

10925   J.C. EHRLICH CO. INC., PO BOX 13848, READING, PA 19612-3848

10925   J.C. EHRLICH CO., 8223 CLOVERLEAF DR., MILLERSVILLE, MD 21108

10925   J.C. EHRLICH CO., PO BOX 13848, READING, PA 19612-3848

10925   J.C. EHRLICH, PO BOX 13848, READING, PA 19612

10925   J.C. EQUIPMENT CO., 1107 OLD EASTERN AVE., BALTIMORE, MD 21221

10925   J.C. NEELY CONSTRUCTION, 377 CROSS PLAINS HULETT RD, CARROLLTON, GA 30116

10924   J.C. PENNEY - ALLIANCE AIRPORT, 1701 INTERNATIONAL PKWY, HASLET, TX 76052

10924   J.C. PENNEY COMPANY, 11200 LAKE STOP BLVD., AUSTIN, TX 78700

10925   J.C. PENNEY INC., C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925   J.C. PENNEY STORE #0251, 7750 W. ARROWHEAD TOWNE CENTER, GLENDALE, AZ 85308

10924   J.C. PENNEY, BROADWAY MALL, HICKSVILLE, NY 11801

10924   J.C. PENNEY, C/O VERMICULITE PRODUCTS, LAKE WOODLANDS DRIVE, THE WOODLANDS, TX 77380

10925   J.C. PENNEY, MARLEY STATION MALL, GLEN BURNIE, MD 21061

10925   J.C. SUMMERS & ASSOCIATES, 1750 HUBER ROAD, CHARLESTON, WV 25314-2220

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   J.C. VANDOREN  SONS, 24 MODEL AVE., HOPEWELL, NJ 08525

10925   J.C. WHITE OFFICE, 200 S.W. 12TH AVE, POMPANO BEACH, FL 33069-3224

10925   J.C.S WELDING SERVICE, 4766 BARON ROAD, DOUGLASVILLE, GA 30135

10925   J.CRAIG WHEELER, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925   J.D. BROPHY, 65 PURDY ST. BOX 247, HARRISON, NY 10528

10925   J.D. LEVER ELEMENTARY-PTO, 213 KAOLIN ROAD, AIKEN, SC 29801

10925   J.D. MCFADDEN CO., 1423 PARK AVE., BALTIMORE, MD 21217

10924   J.D. PRECAST, 1201 SILER STREET, FREMONT, OH 43420

10924   J.D.L. INDUSTRIES, INC., 9550 N.W. 12TH STREET, MIAMI, FL 33172

10924   J.D.L. INDUSTRIES,INC., 9550 NORTH WEST 12TH ST, MIAMI, FL 33172

10924   J.D.PRECAST, 1201 SILER ST, FREMONT, OH 43420

10924   J.E. BERKOWITZ GLASS, 200 HARVARD CT, WESTVILLE, NJ 08093

10924   J.E. BERKOWITZ GLASS, DELSEA DR & HARVARD AVENUE, WESTVILLE, NJ 08093

10924   J.E. BURTON CONSTRUCTION, 220 WEBSTER STREET, SOUTH BOSTON, VA 24592

10925   J.E. COCKMAN, 2804 KEPPS COLONY DR, SAINT PETERSBURG, FL 33707

10924   J.E. HILL CONTRACTOR INC., ATTN:  ACCOUNTS PAYABLE, LEESBURG, FL 32749

10924   J.E. HUGGINS PLASTERING, C/O THE UNIVERSITY OF ALABAMA, TUSCALOOSA, AL 35487

10925   J.E. MARTIN, ROUTE 221, ENOREE, SC 29335

10924   J.E. TOMES, 7715 W. 99TH STREET, HICKORY HILLS, IL 60457

10925   J.E. WEINEL INC., PO BOX 213, VALENCIA, PA 16059

10924   J.E.POOL & CO., P.O.BOX 804, MOUNT JACKSON, VA 22842

10924   J.F. ALLEN CO, BUCKHANNON, WV 26201

10924   J.F. ALLEN CO, ROUTE 33 WEST, ELKINS, WV 26241

10924   J.F. ALLEN, RTE 33 WEST, BUCKHANNON, WV 26201

10924   J.F. MCCRAY PLASTERING, PO BOX872, WEST SACRAMENTO, CA 95691

10924   J.F. SHEA CO, INC, 655 BREA CANYON ROAD, WALNUT, CA 91789-3010

10924   J.F. SHEA CO., INC., 34080 NEWPORT ROAD, WINCHESTER, CA 92596

10924   J.F.K. ROTHMAN CENTER, C/0 AMERICAN FIREPROOFING, ATLANTIS, FL 33462

10924   J.G. BOSWELL COMPANY, 710 BAINUM AVENUE, CORCORAN, CA 93212

10924   J.G. BOSWELL COMPANY, PO BOX 457, CORCORAN, CA 93212

10925   J.G. MACLELLAN CONCRETE CO INC, 180 PHOENIX AVE, LOWELL, MA 01852-4997

10924   J.G.MACLELLAN CONCRETE, 180 PHOENIX AVE, LOWELL, MA 01852

10924   J.H. DOWLING CO., 705 W. MADISON ST., TALLAHASSEE, FL 32302

10924   J.H. HAM ENG. C/O V.A. HOSPITAL, 1201 16TH ST, MIAMI, FL 33125

10925   J.H. INSTRUMENT CO., PO BOX 410946, CHARLOTTE, NC 28241

10924   J.H. LEE & SONS, P.O. BOX 188, COURTLAND, VA 23837

10924   J.H. POMEROY, PO BOX 411, PETALUMA, CA 94953

10924   J.H. RUDOLPH & CO. INC., P.O. BOX 5226, EVANSVILLE, IN 47716

10924   J.H.LYNCH READY MIX, NORTH RD, PEACEDALE, RI 02883

10924   J.J. CASSLNE BAKERY, 202 SOUTH REGENT ST., PORT CHESTER, NY 10573

10925   J.J. KELLER & ASSOC. INC., PO BOX 548, NEENAH, WI 54957-0548

10925   J.J. KELLER & ASSOCIATES, PO BOX 672, NEENAH, WI 54957-0672

10924   J.J. MORRIS AND SONS, LEECHBURG AND ELICHES ROADS, PITTSBURGH, PA 15239

10924   J.J. MORRIS, LEECHBURG & ELICKER, PITTSBURGH, PA 15239

10925   J.J. WELDING, 15929 WOODRUFF, BELLFLOWER, CA 90706

10924   J.J.FERGUSON SAND & GRAVEL, PO BOX660, GREENWOOD, MS 38930

10924   J.L CLARK, PO BOX7000, ROCKFORD, IL 61125

10924   J.L. BROWN CONTRACTING, 800 FEE FEE ROAD, MARYLAND HEIGHTS, MO 63043

10924   J.L. CLARK MANUFACTURING COMPANY, 2300 SIXTH STREET, ROCKFORD, IL 61101

10924   J.L. CLARK MANUFACTURING COMPANY, 2300 WISCONSIN AVENUE, DOWNERS GROVE, IL 60515

10924   J.L. MANTA - MCCORMICK PLACE, 2301 S. LAKE SHORE DRIVE, CHICAGO, IL 60616

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   J.L. MANTA CO., 28250 DEIHL ROAD, WARRENVILLE, IL 60555

10924   J.L. MANTA INC, 8070 NO.POINT BLVD, WINSTON-SALEM, NC 27102

10924   J.L. MANTA, 10257 MAMMOTH DRIVE, BATON ROUGE, LA 70814

10924   J.L. MANTA, 141 E. 141ST ST., HAMMOND, IN 46320

10924   J.L. MANTA, 1411 W. GAYLORD ST., LONG BEACH, CA 90813

10924   J.L. MANTA, 23410 SOUTH WEST FRONTAGE ROAD, CHANNAHON, IL 60410

10925   J.L. MCINTOSH, 76 KENT ST, BROOKLINE, MA 02446

10924   J.L.CLARK, 303 NO. PLUM STREET, LANCASTER, PA 17602

10924   J.L.GASPAROTT INC, 199 N. MAIN STREET # 7, PLYMOUTH, MI 48170

10924   J.L.MANTA, 1440 W.17TH ST, LONG BEACH, CA 90813

10924   J.L.MANTA/HEWLETT PACKARD-GENESIS 4, 2450 S. COUNTY RD. 9, FORT COLLINS, CO 80525

10924   J.M. AHLE COMPANY, FOOT OF HERMAN STREET, SOUTH RIVER, NJ 08882

10924   J.M. AHLE COMPANY, P.O. BOX 282, SOUTH RIVER, NJ 08882

10924   J.M. AHLE COMPANY, PO BOX 282, SOUTH RIVER, NJ 08882

10925   J.M. AKSTULEWICZ, 629 BUTTONWOOD CIRCLE, NAPERVILLE, IL 60540

10925   J.M. CANTY ASSOCIATES, PO BOX 715, WASHINGTON CROSSING, PA 18977

10924   J.M. FRY COMPANY, 2520 PERIMETER DRIVE, NASHVILLE, TN 37214

10924   J.M. FRY COMPANY, INC., 4329 EUBANK ROAD, RICHMOND, VA 23231

10924   J.M. FRY COMPANY, INC., PO BOX 7690, RICHMOND, VA 23231

10924   J.M. FRY PRINTING INKS, 2727 DESIARD STREET, MONROE, LA 71203

10924   J.M. HUBER CORP., CONCRETE PLANT, CRYSTAL HILL, VA 24539

10925   J.M. HUBER CORPORATION, PO BOX 71486, CHICAGO, IL 60694

10925   J.M. HUBER CORPORATION, PO BOX 932221, ATLANTA, GA 31193-2221

10925   J.M. HUBER CORPORATION, POBOX 932221, ATLANTA, GA 31193-2221

10924   J.M. SPECIALTIES SALES, 645 E CHESTNUT ST, SPRINGFIELD, MO 65802

10924   J.M. SPECIALTIES SALES, 645 E. CHESTNUT, SPRINGFIELD, MO 65802

10924   J.M. STONECRAFT, 4720 NE BOCA RATON BLVD, BOCA RATON, FL 33431

10924   J.M. STONECRAFT, 4720 NW BOCA RATON BLVD, BOCA RATON, FL 33431

10925   J.M. TULL METALS CO., PO BOX 75621, CHARLOTTE, NC 28275

10925   J.M. TULL METALS, PO BOX 75621, CHARLOTTE, NC 28275

10924   J.M. WILCOX & ASSOCIATES, INC., (TMP)3501 HOUSE ANDERSON ROAD, EULESS, TX 76040

10924   J.M.STONECRAFT,INC, 4720 N.W.BOCA RATON BLVD., BOCA RATON, FL 33431

10924   J.M.WILCOX & ASSOCIATES, INC., PO BOX 210545, BEDFORD, TX 76095

10924   J.N. LAMBERT INC., 68 KAHLER ROAD SOUTH, ELMIRA, NY 14903

10924   J.O. SPICE COMPANY, 3721 OLD GEORGETOWN ROAD, HALETHORPE, MD 21227

10925   J.P. FORNEY JR. TRUSTEE, 947 NELLIE ESPERSON BLDG., HOUSTON, TX 77002

10924   J.P. JANSEN CO., INC., 8355 BRADLEY RD., MILWAUKEE, WI 53223

10925   J.P. MCELVENNY, 1025 BOOT ROAD, DOWNINGTON, PA 19335

10925   J.P. MORGAN, PO BOX 6070, NEWARK, DE 19713

10924   J.P.S. CONVERTER & IND., PO BOX 2248, GREENVILLE, SC 29602

10924   J.R. CONSTRUCTION/SUNRIDER, 1625 ALBALONY AVE., TORRANCE, CA 90501

10924   J.R. DECK SYSTEMS, INC., 250 BRENTHAND ROAD, PENSACOLA, FL 32503

10924   J.R. DECK SYSTEMS, INC., 3700 ALTAMA AVE., BRUNSWICK, GA 31520

10924   J.R. DECK SYSTEMS, INC., 8431-2 NEW KINGS ROAD, JACKSONVILLE, FL 32219

10924   J.R. DECK SYSTEMS, INC., CAMBRIDGE, MA 02140

10924   J.R. DECKS SYSTEMS, MOCK ROAD (CONSTRUCTION GATE), ALBANY, GA 31704

10925   J.R. HENDERSON MECHANICAL, POBOX 1539, PINSON, AL 35126

10925   J.R. MCKEES WELDING SERVICE, 2501 OAK SPRING RD, MATTHEWS, NC 28105

10925   J.R. SCHUMAN ASSOCIATES, 800 SOUTH ST #255, WALTHAM, MA 02154

10925   J.R. WALTERS & ASSOCIATES INC., 10612-D PROVIDENCE ROAD #704, CHARLOTTE, NC 28277

10924   J.R.DECK SYSTEMS, INC., 8431-2 NEW KINGS RD, JACKSONVILLE, FL 32219

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   J.S. CO LTD, KANGNAM -KU, SEOUL,

10924   J.S. GLOVER, 890 LEILANI ST., HILO, HI 96720

10924   J.S. GUERIN & CO., 510 TOWNSEND ST, SAN FRANCISCO, CA 94103-4918

10924   J.S. REDPATH CORPORATION, 10201 S. 51ST AVENUE, PHOENIX, AZ 85044

10924   J.S. REDPATH, 10201 S. 51ST AVENUE, PHOENIX, AZ 85044

10925   J.S. SYSTEMS, PO BOX 800491, HOUSTON, TX 77280-0491

10924   J.S.CASH INC., 1603 NORTH 43RD STREET, TAMPA, FL 33605

10924   J.S.GLOVER, 890 LEILANI ST, HILO, HI 96720

10924   J.S.K. CONVENTION CENTER, 3121 HIGH POINTE ROAD, GREENSBORO, NC 27407

10924   J.S.REDPATH, 10201 SOUTH 51ST ST, PHOENIX, AZ 85044

10924   J.SPENCER & PATRICIA STANDISH, THE, C/O AM CONTRACTING LLC, ROUTE #9, LOUDONVILLE, NY 12211

10925   J.STEPHEN NOUSS, ONE TOWN CENTER RD., BOCA RATON, FL 33486-1010

10924   J.T. HOGGARD HIGH SCHOOL, C/O WARCO CONSTRUCTION, WILMINGTON, NC 28403

10924   J.T. HOGGARD SCHOOL, 4305 SHIPYARD BLVD., WILMINGTON, NC 28403

10925   J.T. THORPE COMPANY, 1375 S ACACIA AVE #A, FULLERTON, CA 92831-5315

10925   J.T. VONIC CO., 515 S. ROSE ST, ANAHEIM, CA 92805-0000

10925   J.T.A. FACTORS INC., POBOX 6704, GREENVILLE, SC 29606

10924   J.V. POOL & SPA, ALTERNATE 250, LAWRENCEVILLE, IL 62439

10924   J.V. POOLS & SPAS, INC., OFF ROUTE 250, LAWRENCEVILLE, IL 62439

10924   J.W. COOK, KENDENBURG ST, FORT BRAGG, NC 28307

10924   J.W. HARLEY INC., 8941 DUTTON DRIVE, TWINSBURG, OH 44087

10925   J.W. LEMMENS, 3466 BRIDGELAND DR, BRIDGETON, MO 63044

10924   J.W.S. DELAVAU COMPANY INC., ACCUCORP, 10101 ROOSEVELT BLVD, PHILADELPHIA, PA 19154

10924   J.W.S. DELAVAU COMPANY INC., ATTN: RECEIVING DEPT., 275 GEIGER RD, PHILADELPHIA, PA 19115

10925   J3 LEARNING, PO BOX 86, MINNEAPOLIS, MN 55486

10925   JA MIARA TRANSPORTATION INC, 140 WEST ST, WILMINGTON, MA 01887

10925   JA SEXAUER, INC, PO BOX 1000, WHITE PLAINS, NY 10602

10925   JABBAR, RUQSANA, 54 WINANT AVE 2ND FL, RIDGEFIELD PARK, NJ 07660

10925   JABBAR-CHELOEI, SHABANAL, 519 GARDENWOOD DR., COLLEGE PARK, GA 30349

10925   JABLONKA, ADAM, 8920 DAVID PLACE, DES PLAINES, IL 60016

10925   JABLONOWSKI, THOMAS, 4035 S. 53RD ST, MILWAUKEE, WI 53220

10925   JABLONSKI, JOYCE A, 218 WASHINGTON ST, NORTHVALE, NJ 07647

10925   JABLONSKI, JOYCE, 218 WASHINGTON ST., NORTH VALE, NJ 07647

10925   JABLONSKI, NEAL T, 4265 S 90TH ST, GREENFIELD, WI 53228

10925   JABLONSKI, NEAL, 4265 S 90TH ST., GREENFIELD, WI 53228

10925   JABLONSKI, NEAL, 9265 S 90TH ST, GREENFIELD, WI 53228

10924   JABONERIA NACIONAL S.A., FCO. DE MARCOS #102 Y ELOY ALFARO, GUAYAQUIL, ECU      **\*VIA Deutsche Post\***

10925   JABONILLO, ROMEO, 16 LINDEN ROAD, VALLEY STEAM, NY 11580

10925   JABYAC, PATRICIA, 80 CENTER AVE, KINGSTON, PA 18704

10925   JACAVAGE, WILLIAM, 227 W. ATLANTIC ST., SHENANDOAH, PA 17976

10925   JACHIMOWICZ, ADAM, 36 CYPRESS ST, BROOKLINE, MA 02445-0000

10925   JACHIMOWICZ, FELEK, 36 CYPRESS ST, BROOKLINE, MA 02445

10925   JACHIMOWICZ, FELEK, 36 CYPRRESS ST, BROOKLINE, MA 02445

10925   JACHIMOWICZ, FELEK, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925   JACHOWSKI, CARROLL, 8 COLUMBIA AVE, CRISFIELD, MD 21817

10925   JACK ASHWORTH, 10268 CEDARWOOD DR, UNION, KY 41091

10925   JACK ASTORS LEASING, GEN COUNSEL, 5360 S SERVICE RD # 200, BURLINGTON, ON L7L5L1CANADA      **\*VIA Deutsche Post\***

10925   JACK B HOFF, 201 EAST ORCHARD ST BOX 147, WEST MANCHESTER, OH 45382-0147

10925   JACK B MURRAY, BOX 966, FORSYTH, GA 31029-0966

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  JACK BACHMAN, 127 PEARL ST, CINCINNATI, OH 45215-3217

10925  JACK BARRETT, 800 S.E. 4TH AVE, POMPANO BEACH, FL 33060

10925  JACK BECKER DISTRIBUTORS INC, 1645 JESSIE ST,

10925  JACK BERRY CONSULTING GROUP, 4401 SHALLOWFORD RD., SUITE 192-236, ROSWELL, GA 30075

10924  JACK BRITT HIGH SCHOOL, RT 12 BOX 653-A, FAYETTEVILLE, NC 28306

10924  JACK BROWN WHOLESALE, 81 MC MILLEN STREET, JOHNSTOWN, PA 15902

10924  JACK BROWN WHOLESALE, 81 MC MILLEN STREET, JOHNSTOWN, PA 15906

10925  JACK BROWN WHOLESALE, 81 MCMILLEN ST, JOHNSTOWN, PA 15902

10924  JACK BROWN WHOLESALE, 81 MCMILLEN STREET, JOHNSTOWN, PA 15906

10925  JACK C MC CLEARY, 1707 NE WOODRIDGE LANE, BEND, OR 97701-5847

10925  JACK C WIMBERLY & MILDRED M, WIMBERLY JT TEN, 109 RICHWOOD DR, HATTIESBURG, MS 39402-2222

10924  JACK C. HAYS HIGH SCHOOL, 4800 JACK C. HAYS TRAIL, BUDA, TX 78610

10925  JACK COLE CONTRACTING, INC, 8657 SUSANVIEW LN., CINCINNATI, OH 45244

10925  JACK D HEFLEY, 9920 EAST 28TH PLACE, TULSA, OK 74129-4423

10925  JACK DIETRICH ASSOCIATES, 1150 FIRST AVE, KING OF PRUSSIA, PA 19406

10925  JACK E MCGEE &, LAURA J MCGEE JT TEN, 53 THOMPSON ST, MAYNARD, MA 01754-1723

10924  JACK E NELSON PLASTERING, & LATHING CO, NEW ALBANY, IN 47150

10925  JACK ERICKSON, 967 NEILL AVE, BRONX, NY 10462-3024

10925  JACK GITTLE & GUSSIE GITTLE, JT TEN, 469 WOOD AVE, EDISTON, NJ 08820-2348

10925  JACK GLASS, 12 EAST SADDLE RIVER RD, SADDLE RIVER, NJ 07458-3205

10925  JACK GOLDMAN, 701 GERALD CT, BROOKLYN, NY 11235-5164

10925  JACK HARDEN, 6606 MARSHALL BLVD, LITHONIA, GA 30058

10925  JACK L KNIOLA &, JANET M KNIOLA JT TEN, 4775 N 1100 WEST, MICHIGAN CITY, IN 46360-9439

10925  JACK M HAAS TR UA MAR 14 89, THE JACK M HAAS FAMILY TRUST, 19872 WATERVIEW LANE, HUNTINGTON BEACH, CA 92648-3050

10925  JACK MARTIN, V, 380 ALBANY, SHREVEPORT LA, LA 71105

10925  JACK MASCHINOT, 11440 MOSTELLER RD, CINCINNATI, OH 45241

10925  JACK MC CULLOUGH, STANDING, PO BOX 97220, CHICAGO, IL 60678-7220

10925  JACK MCCULLOUGH STANDING TRUSTEE, 135 S LASALLE ST, CHICAGO, IL 60674-1899

10925  JACK MCGEE, 53 THOMPSON ST, MAYNARD, MA 01754-1723

10925  JACK MCGEE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924  JACK MOORE ASSOCIATES, INC., 250 BARBER AVENUE, WORCESTER, MA 01606-2435

10925  JACK P BRICKMAN &, BENJAMIN GOLDBERG TEN COM, PO BOX 952, CHARLESTON, SC 29402-0952

10925  JACK ROGERS TIRE, 1724 RICHLAND AVE., E., AIKEN, SC 29801

10925  JACK ROPER, PO BOX 1717, SPARTANBURG, SC 29304

10925  JACK S FEDERAN, 634 TURNEY RD APT 407, BEDFORD, OH 44146-3337

10925  JACK S JOHANNES &, MARY CAROLYN JOHANNES JT TEN, 12387 CIMARRON RD, CARTHAGE, MO 64836-3397

10925  JACK S SPERO, 10009 WALNUT DR, KANSAS CITY, MO 64114-4400

10925  JACK SETH DUCORE, POB 2174, EDISON, NJ 08818-2174

10925  JACK V MORRIS, 821 SANDY RIDGE RD, DOYLESTOWN, PA 18901-2430

10925  JACK VAN CREVELD & ELLEN L, VAN CREVELD TR UA 7 26 95, VAN CREVELD REVOC TRUST, 2304 CORONET BLVE, BELMONT, CA 94002-1623

10925  JACK W VAN SICKLE &, BONNIE A VAN SICKLE JT TEN, 1133 W 35TH ST NORTH, WICKITA, KS 67204-3907

10925  JACK W.WEBER ASSOCIATES, PO BOX 356, GLASTONBURY, CT 06033

10925  JACK WEN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  JACK WILLIAMS TAX COLLECTOR, 716 RICHARD ARRINGTON JR BLVD N, BIRMINGHAM, AL 35203

10925  JACK WILLIAMS TAX COLLECTOR, ROOM 160 COURTHOUSE, 716 RICHARD ARRINGTON JR BLVD N, BIRMINGHAM, AL 35203

10925  JACK, DONALD, PO BOX 146 BLEDSOE, ETTOWAH, TN 37331

10925  JACK, DONITA, RT.7, BOX 155, OPELOUSAS, LA 70570

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JACK, IRENE, RT 5 BOX 104-1, MARTINSBURG, WV 25401

10925   JACK, LYNN, 301 EAST 1ST ST., EAST BRADY, PA 16028

10924   JACK/BARSTOW DAGET HELEPORT, BARSTOW, CA 92311

10925   JACKAWAY JR, ROBERT J, 1219 STATE ST WEST APT B, SPRINGFIELD, MO 65806-2751

10925   JACK-CHARLES, CHERYLANN, 364 HIGH ST, ORANGE, NJ 07050

10925   JACKCO EQUIPTMENT CORP, 470 SCHUYLER AVE, KEARNY, NJ 07032

10925   JACKER, CRAIG, 3514 W 62ND ST CHICAGO IL, CHICAGO, IL 60629

10925   JACKO EQUIPMENT CORP, POBOX 482, KEARNY, NJ 07032

10925   JACKOMINO, DAWN MARIE, 24 CRESTON AVE, WOBURN, MA 01801

10925   JACKS LASALLE PERU TRUCKSTOP, I80 & IL RTE 251 EXIT 75, PERU, IL 61354

10924   JACK'S SURF SHOP, C/O WESTSIDE BUILDING MATERIALS, HUNTINGTON BEACH, CA 92647

10925   JACKS TIRE & OIL, PO BOX 311, LOGAN, UT 84323

10925   JACKS TIRE AND OIL INC, 184 WEST 12TH ST, OGDEN, UT 84404

10925   JACKS TRAILER SALES INC, 5341 CROW CANYON RD, CASTRO VALLEY, CA 94552

10925   JACKS, 6642 WEST 26TH ST, BERWYN, IL 60402

10925   JACKS, FAYE, 849 HWY 418, SIMPSONVILLE, SC 29681

10925   JACKS, KAREN, PO BOX 53 181 FAIR ST, MAYSVILLE, GA 30558

10925   JACKS, WILLIAM, CUST BRIAN CHRISTOPHER JACKS, UNIF GIFT MIN AC, 1608 SUNSET ST, RICHLAND, WA 99352-2438

10925   JACKSHIES, RAYMOND, 660 HARVARD ST, NEW MILFORD, NJ 07646

10925   JACKSON & HERTOGS, 170 COLUMBUS AVE., STE 400, SAN FRANCISCO, CA 94133-5114

10924   JACKSON & LEA, A UNIT OF JESON, WATERBURY, CT 06720

10924   JACKSON BRACE & LIM, 1320 NO STATE ST, JACKSON, MS 39202

10924   JACKSON BRACE & LIMB, CAMBRIDGE, MA 02140

10924   JACKSON BREWERY, 620 DECATUR STREET, NEW ORLEANS, LA 70117

10924   JACKSON CONSTRUCTION, 280 BRIDGE STREET, WINCHESTER, MA 01890

10924   JACKSON COUNTRY CLUB, 345 ST. ANDREWS, JACKSON, MS 39236

10924   JACKSON COUNTY HOSPITAL, 270 WOODS COVE ROAD, SCOTTSBORO, AL 35768

10924   JACKSON COUNTY PUBLIC HOSPITAL, 700 WEST GROVE ST, MAQUOKETA, IA 52060

10925   JACKSON CROSS COMPANY, PO BOX 277, HARLEYSVILLE, PA 19438

10925   JACKSON CROSS, 1800 JOHN F KENNEDY BLVD, PHILADELPHIA, PA 19103-7478

10925   JACKSON HIRSH INC, 700 ANTHONY TRAIL, NORTHBROOK, IL 60062-2542

10924   JACKSON HOSPITAL & CLINIC, 1801 HOLLY ST., MONTGOMERY, AL 36106

10924   JACKSON HOSPITAL & CLINIC, 1801 HOLLY STREET, MONTGOMERY, AL 36106

10925   JACKSON II, KENNETH, 6804 ESCONDIDO, EL PASO, TX 79912

10925   JACKSON III, ANDREW, 1209 CROPWELL ROAD, CHERRY HILL, NJ 08003-2212

10925   JACKSON IV, THOMAS, 14 WALKER LOOP ROAD, EDGEFIELD, SC 29824

10925   JACKSON JR, JOHN, 8312 STREAMWOOD DR, BALTIMORE, MD 21208

10925   JACKSON JR, SAMUEL, 2970 NW 64TH ST, MIAMI, FL 33147

10925   JACKSON JT TEN, LINDA BELLE & LEE D, 5902 W GOLDEN LANE, GLENDALE, AZ 85302-4509

10924   JACKSON LAB, BLDG J24, DEEPWATER, NJ 08023

10924   JACKSON MIDDLE SCHOOL, 1310 BOBBIE LANE, GARLAND, TX 75043

10924   JACKSON NATIONAL LIFE, 3275 OKEMOS RD., OKEMOS, MI 48864

10924   JACKSON READY MIX #8, EASTMARK DRIVE, BRANDON, MS 39042

10924   JACKSON READY MIX CONCRETE, PO BOX1206, OLIVE BRANCH, MS 38654

10924   JACKSON READY MIX INC, 6729 I-55, JACKSON, MS 39212

10924   JACKSON READY MIX INC, COOR SPRINGS ROAD, PLANT 3, CRYSTAL SPRINGS, MS 39059

10924   JACKSON READY MIX INC, PLANT #2 JULIENNE, JACKSON, MS 39205

10924   JACKSON READY MIX INC, PLANT #5, RIDGELAND, MS 39157

10924   JACKSON READY MIX INC, PO DRAWER 1292, JACKSON, MS 39215

10924   JACKSON READY MIX INC, YAZOO READY MIX, YAZOO CITY, MS 39194

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   JACKSON READY MIX INC., PO DRAWER 1292, JACKSON, MS 39205

10924   JACKSON READY MIX, 100 W. WOODROW WILSON, JACKSON, MS 39213

10924   JACKSON READY MIX, 10350 ROAD 383, PHILADELPHIA, MS 39350

10924   JACKSON READY MIX, 1114 INDUSTRIAL DRIVE, CLINTON, MS 39056

10924   JACKSON READY MIX, 904 N. MULBERRY HWY 17N, BUTLER, AL 36904

10924   JACKSON READY MIX, HWY 55 W. FRONTAGE ROAD, BYRAM, MS 39212

10924   JACKSON READY MIX, HWY 84, MCCALL CREEK, MS 39647

10925   JACKSON READY-MIX CONCRETE, PO BOX 1292, JACKSON, MS 39215-1292

10924   JACKSON STONE CO., PO BOX 5398, JACKSON, MS 39216

10924   JACKSON STONE COMPANY, 3325 LAWSON STREET, JACKSON, MS 39213

10924   JACKSON STONE COMPANY, P. O. BOX 5398, JACKSON, MS 39256

10925   JACKSON SUN, THE, PO BOX 1059, JACKSON, TN 38302-1059

10925   JACKSON TRUCKING CO INC, PO BOX 457, LITHIA SPRINGS, GA 30122

10925   JACKSON TRUCKING COMPANY, INC, PO BOX 457, LITHIA SPRINGS, GA 30057

10925   JACKSON WALKER LLP, 1100 LOUISIANA SUITE 4100, PO BOX 4717, HOUSTON, TX 77210-4771

10925   JACKSON WELDING SUPPLY CO.INC., 535 BUFFALO ROAD, ROCHESTER, NY 14611-2099

10924   JACKSON WILBERT BURIAL VAULT CO., 820 LARSON STREET, JACKSON, MS 39202

10924   JACKSON WILBERT BURIAL VAULT CO., PO BOX569, JACKSON, MS 39205

10925   JACKSON, A, 9 HALSEY ST, BROOKLYN, NY 11216

10925   JACKSON, ADRIENNE, 5422 MOORELAND LN, BETHESDA, MD 20814

10925   JACKSON, AGNES, 71 ROBERTS GROVE ROAD, DUNN, NC 28334

10925   JACKSON, ALBERT, 107 CURTIS DR, GREER, SC 29651

10925   JACKSON, ALICIA, 410 MEMORIAL DRIVE, CAMBRIDGE, MA 02139

10925   JACKSON, ANGELA, 108 WAGON CREEK DRIVE, SIMPSONVILLE, SC 29681

10925   JACKSON, ANGELA, 1720 W 26TH ST, PINE BLUFF, AR 71601

10925   JACKSON, ANGELA, 3463 MCCHOEN ST APT #5, FAYETTEVILLE, NC 28314

10925   JACKSON, ANNETTE, 601 LIME ST, SANDERSVILLE, GA 31082

10925   JACKSON, ANTHONY, 2396 LAWRENCEVILLE, DECATUR, GA 30033

10925   JACKSON, BARBARA, 917 CHIPPEWA ST, ST AUGUSTINE, FL 32086

10925   JACKSON, BAZIL, 57 LANSDOWNE RD, ARLINGTON, MA 02174

10925   JACKSON, BETTIE, PO BOX 2252, MISSOURI CITY, TX 77459

10925   JACKSON, BETTY, 262 EASY ST, BROWNSVILLE, TN 38012

10925   JACKSON, BETTY, 6034 M. CORBELLO RD, LAKE CHARLES, LA 70615

10925   JACKSON, BEVERLY, 6144 S HOWELL DR, BATON ROUGE, LA 70805

10925   JACKSON, BILLIE, 1699 DUNKLIN BRIDGE RD, HONEA PATH, SC 29654

10925   JACKSON, BOBBY, 35 JAPONICA DR, FLINTSTONE, GA 30725

10925   JACKSON, BOBBY, PO BOX 116, BLAIRS, VA 24527-0116

10925   JACKSON, BRENDA, 1222 YUKON, ST. LOUIS, MO 63137

10925   JACKSON, CAROL, 1-A BRANTWOOD, MONTGOMERY, AL 36109

10925   JACKSON, CAROL, 920 BARGO DR, LONDON, KY 40741

10925   JACKSON, CAROL, PO BOX 9, STAPLES, MN 56479

10925   JACKSON, CAROLYN, 342 W NORMAL PKWY, CHICAGO, IL 60621

10925   JACKSON, CHARLES, 216 MAKIN ROAD, OAKLAND, CA 94603

10925   JACKSON, CHERE, 920 POLK PLAZA, DALLAS, TX 75232

10925   JACKSON, CHESTER, 9131 FORT SMALLWOOD RD, PASADENA, MD 21122

10925   JACKSON, CHRISTIE, RT3 BOX 560, CORSICANA, TX 75110

10925   JACKSON, CHRISTINA, 2607 LINCOLNTON PKWY, HEPHZIBAH, GA 30815

10925   JACKSON, CONNIE, 1037 CHRISTIE LANE, BURKBURNETT, TX 76354

10925   JACKSON, COPER, 313 N MOUNT ST, BALTIMORE, MD 21223-1721

10925   JACKSON, DANIEL, 105 E BRIARCLIFF DR, LANDRUM, SC 29356

10925   JACKSON, DARRIN, 816 N BRIDGE, HENRIETTA, TX 76365

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JACKSON, DAVID, 2311 WINDCHESTER, PEARLAND, TX 77581

10925   JACKSON, DAVID, 6329 APT. #1 COUNTRYSIDE DR., CHARLOTTE, NC 28213

10925   JACKSON, DAVID, PO BOX 345, POINT BLANK, TX 77364

10925   JACKSON, DEBRA, 521 N MAIN, REPUBLIC, MO 65738

10925   JACKSON, DEL, 4701 FLAT SHOALS RD, UNION CITY, GA 30291

10925   JACKSON, DENNIS, 9305 NE 74TH WAY VANCOUVER, VANCOUVER, WA 98662

10925   JACKSON, DESIREE, 10050 MONARCH, ST. LOUIS, MO 63136

10925   JACKSON, DIANA, 407 HILLCREST ST, SANDERSVILLE, GA 31082

10925   JACKSON, DON, 4142 BEACHWOOD ROAD, BALTIMORE, MD 21222

10925   JACKSON, DORA, 46 RONALD ROAD, ARLINGTON, MA 02174

10925   JACKSON, DORIS, 1006 S. AUSTIN, OAK PARK, IL 60304

10925   JACKSON, DOUGLAS, 117 PINE ACRE ROAD, SPRINGFIELD, MA 01129

10925   JACKSON, DOUGLAS, PO BOX 671, FOUNTAIN INN, SC 29644

10925   JACKSON, EDDYE, 102 OTTAWA RUN, SAN ANTONIO, TX 78231

10925   JACKSON, ELAINE, 140 SOUTH ORANGE AVE APT 1710, NEWARK, NJ 07103

10925   JACKSON, ELAINE, 8118 15 AVE, HYATTSVILLE, MD 20783

10925   JACKSON, ERIC, 112 PARK AVE., THIBODAUX, LA 70301

10925   JACKSON, ERIC, 2701 WILLIAMSBURG, DICKINSON, TX 77539

10925   JACKSON, ERNEST, 711 WOODSIDE AVE, FOUNTAIN INN, SC 29644

10925   JACKSON, F, RT 1, BOX 304-D, DRUMMONDS, TN 38023

10925   JACKSON, FRANK, 75 SOMERSET ST, NEWARK, NJ 07108

10925   JACKSON, GARY, 5898 DEERFIELD RD., MILFORD, OH 45150-2656

10925   JACKSON, GEARLDINE, 5235 N BLACKSTOCK RD, SPARTANBURG, SC 29303

10925   JACKSON, GERALD, 6123 RICHMOND AVE, OWENSBORO, KY 42303

10925   JACKSON, GINGER, 4708 MIDDLETON DR, GREENSBORO, NC 27406

10925   JACKSON, GLENDON, 3679 S 500 E., VERNAL, UT 84078

10925   JACKSON, GLORIA, PO BOX 212, GARYSBURG, NC 27831

10925   JACKSON, GREG, 3501 OAKRIDGE, ODESSA, TX 79762

10925   JACKSON, HERBERT, 29440 CAMBRIDGE COURT, AGOURA HILLS, CA 91301

10925   JACKSON, HUGH, 2645 HWY 357, LYMAN, SC 29365

10925   JACKSON, III, JOHNNY, 761 MCKEWIN, BALTIMORE, MD 21218

10925   JACKSON, INEZ, 236 UNIVERSITY DRIVE, COMMERCE, GA 30529

10925   JACKSON, IRIS, 7813 MILTON ST, HUNTSVILLE, AL 35802

10925   JACKSON, J, 130 WOODLAND DRIVE, FOUNTAIN INN, SC 29644

10925   JACKSON, J, 244 HUNTINGTON ROAD, WILMINGTON, NC 28401

10925   JACKSON, JACQUELYN, 5802 DUCK CREEK, GARLAND, TX 75043

10925   JACKSON, JAMES, 15 FREESTONE DRIVE, NEWNAN, GA 30265

10925   JACKSON, JAMES, 731 WEST HANCOCK ST., MILLEDGEVILLE, GA 31061

10925   JACKSON, JAMES, RT. 1 404 HOLLY DRIVE, VICTORIA, TX 77901

10925   JACKSON, JANICE, 2616 CRAFT AVE, HUNTSVILLE, AL 35816

10925   JACKSON, JEAN, 7908 AVE. X, LUBBOCK, TX 79423

10925   JACKSON, JEFF, 1195 N 2500 WEST, VERNAL, UT 84078

10925   JACKSON, JEFFREY, 4547 GARRETT DRIVE, NORTON, OH 44203

10925   JACKSON, JENNIFER L, 209 SUMMER ST. APARTMENT 3, SOMERVILLE, MA 02143

10925   JACKSON, JERMAIN, 4106 25TH AVE, TEMPLE HILL, DC 20748

10925   JACKSON, JOHN J.,JR, #15 GRASSLAND, BILLINGS, MT 59106

10925   JACKSON, JOHN, 1844 SEVEN HILLS DR., CINCINNATI, OH 45240

10925   JACKSON, JOHN, 36 SMYTHE AVE, GREENVILLE, SC 29605

10925   JACKSON, JOHN, 4705 ERNEST DR., FOREST PARK, GA 30050

10925   JACKSON, JOHN, 5426 LEWELLEN DRIVE, BALTIMORE, MD 21207-6112

10925   JACKSON, JOHNNY, 109 N LITTLE RUN SW, EATONTON, GA 31024

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JACKSON, JOSEPH, RT 144, COOKSVILLE, MD 21712

10925   JACKSON, JOYCE ANN, 312 39TH ST, WILMINGTON, DE 19802

10925   JACKSON, JR, WASHINGTON, 1687 ARMISTICE WAY, MARRIOTTSVILLE, MD 21104

10925   JACKSON, JUDITH A, 36 LAKE WARREN DR, LITTLETON, MA 01460

10925   JACKSON, JUDITH A, 6 HEARTHSTONE DRIVE, BURLINGTON, MA 01803

10925   JACKSON, JUDITH, 36 LAKE WARREN DR, LITTLETON, MA 01460

10925   JACKSON, KARL, PO BOX 345, THIBODAUX, LA 70301

10925   JACKSON, KATHLEEN, 92 W. BROWN ST., SOMERVILLE, NJ 08876

10925   JACKSON, KATHY, 391 OLD MILL ROAD, CHESNEE, SC 29323

10925   JACKSON, KELLY, 13 HEMLOCK ST, PORTLAND, ME 04102

10925   JACKSON, KENNETH, 221 E BRENNEN, ALVIN, TX 77511

10925   JACKSON, KENNETH, 2300 E 5000 SOUTH, VERNAL, UT 84078

10925   JACKSON, KENNETH, 304 W 54TH, ODESSA, TX 79764

10925   JACKSON, KENNETH, 3231 HWY 357, LYMAN, SC 29365

10925   JACKSON, KIMBERLY, 3957 HANCOCK CIRCLE, DORAVILLE, GA 30340

10925   JACKSON, KIRK, 2505 SHIRLEY AVE, BALTIMORE, MD 21215

10925   JACKSON, L, 71 ROBERTS GROVE ROAD, DUNN, NC 28334

10925   JACKSON, LAJUANA, 7616 SWANN TERRACE, LANDOVER, MD 20785

10925   JACKSON, LARRY, 1304 ALAMO S E, ALBUQUERQUE, NM 87106

10925   JACKSON, LAURA, 946 REDWOOD DRIVE, CLARKSVILLE, IN 47129

10925   JACKSON, LEONA, 16181 SNOWDEN, DETROIT, MI 48235

10925   JACKSON, LESTER, 10826 ELLA LEE LANE, 50, HOUSTON, TX 77042

10925   JACKSON, LONNIE, 521 S MAIN, REPUBLIC, MO 65738

10925   JACKSON, LORIE, 109 HOLLY CT., AYLETT, VA 23009

10925   JACKSON, LOVEL, 1434 ARLINGTON ROAD, LAKELAND, FL 33805-3339

10925   JACKSON, LYNETTE, 254 CARNEGIE PLACE, VAUX HALL, NJ 07088

10925   JACKSON, MAGDALINE, 1052 CAREN DR, ELDERSBURG, MD 21784

10925   JACKSON, MARGARET, PO BOX 1993, GULFPORT, MS 39502

10925   JACKSON, MARGERY, 2456 MASSACHUSETTS AVE #302, CAMBRIDGE, MA 02140

10925   JACKSON, MARJORIE, 201 MANOR CRT, AMERICAN CANYON, CA 94589

10925   JACKSON, MARK, 513 SYCAMORE, BURKBURNETT, TX 76354

10925   JACKSON, MARY, RT 1 BOX 1391, MAYSVILLE, GA 30558

10925   JACKSON, MCKINLEY, 2807 BOARMAN AVE, BALTIMORE, MD 21215-6607

10925   JACKSON, MELISSA, 8246 SAXON CT., JONESBORO, GA 30236

10925   JACKSON, MF, 32 ARCADIA ST, WOBURN, MA 01801

10925   JACKSON, MICHAEL G, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925   JACKSON, MICHAEL, 1052 CAREN DRIVE, ELDERSBURG, MD 21784

10925   JACKSON, MICHAEL, 108 WAGON CREEK DRIVE, SIMPSONVILLE, SC 29681

10925   JACKSON, MICHAEL, 1717 CENTRA VILLA DR, ATLANTA, GA 30311

10925   JACKSON, MICHAEL, 204 GLASGOW, WICHITA FALLS, TX 76302

10925   JACKSON, MICHAEL, 221 MASSACHUSETTS AVE APT 615, BOSTON, MA 02115

10925   JACKSON, MICHAEL, 4088 STEVENSON BLVD, 906, FREMONT, CA 94538

10925   JACKSON, NARDA, 18158 BUCKHORN LAKE RD, HOLLY, MI 48442

10925   JACKSON, NICOLE, 2744 MEADOW GATE, DALLAS, TX 75237

10925   JACKSON, NONA, 5903 SOUTH LEE APT 104, OKLAHOMA CITY, OK 73109

10925   JACKSON, PATRICIA, 3023 F MOORCRAFT DR, MONTGOMERY, AL 36116

10925   JACKSON, PATRICIA, 5106 OSULLIVAN DR., UNIVERSITY HL, CA 90032-0000

10925   JACKSON, PATSY, 183 MEDLIN DRIVE, FOUNTAIN INN, SC 29644

10925   JACKSON, PHILLIP, 5903 S LEE, OKLAHOMA CITY, OK 73109

10925   JACKSON, R, 5450 IVORY LANE, LAKELAND, FL 33803

10925   JACKSON, RAY, 1310 KELLER ROAD, FT. MEADE, FL 33841

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JACKSON, RAYMOND, 3613 CHESTERFIELD AVE, BALTIMORE, MD 21213

10925   JACKSON, RAYMOND, 613 ALLENDALE ST, BALTIMORE, MD 21229

10925   JACKSON, RAYMOND, 805 RICKS TRAIL, EDMOND, OK 73034

10925   JACKSON, REGINALD, 351 TWIN HILL RD APT N, AUSTELL, GA 30168

10925   JACKSON, RICHARD, 2100 MARCIA DRIVE, ORLANDO, FL 32807

10925   JACKSON, RICHARD, 25 DICKERSON ST, WOODBURY, NJ 08096

10925   JACKSON, RICHARD, 2580 SPRING ST, PLEASANT VIEW, TX 37146

10925   JACKSON, ROBERT, 201 10TH AVE, NORTH, BIRMINGHAM, AL 35204

10925   JACKSON, ROBERT, 580 WILSON MILL RD, ATLANTA, GA 30331

10925   JACKSON, ROBERT, 595 ELDER, CHESNEE, SC 29323

10925   JACKSON, ROBERT, 906 E 17TH ST, WILMINGTON, DE 19802

10925   JACKSON, RON, 740 CANE BRANCH RD, LORIS, SC 29569

10925   JACKSON, RONALD, 219 BUCHANAN AVE, EDGEWATER PK, NJ 08010

10925   JACKSON, RONALD, PO BOX 212, GARYSBURG, NC 27831

10925   JACKSON, ROOSEVELT, 8351 SOUTH WOOD CHICAGO IL, CHICAGO, IL 60620

10925   JACKSON, ROOSEVELT, ROUTE 6 BOX 135, GRAY COURT, SC 29645

10925   JACKSON, ROY, 3334 CENTANNE ST, WHISTLER, AL 36612

10925   JACKSON, ROY, 3810 STANDOLINE, MIDLAND, TX 79707

10925   JACKSON, SANDRA, 2101 TICKLE HILL RD, CAMDEN, SC 29020

10925   JACKSON, SANDRA, 7027 COACHCREEK DR., HOUSTON, TX 77085

10925   JACKSON, SHARON, 4233 JONESBORO RD., FOREST PARK, GA 30050

10925   JACKSON, SHARON, RT. 2, BOX 161, GOSHEN, AL 36035

10925   JACKSON, SHUDAWN, 57 SCOTT ST, LAURENS, SC 29360

10925   JACKSON, ST., 7027 COACH CREEK, HOUSTON, TX 77085

10925   JACKSON, STEPHANIE, 2308 WINCHESTER ST, BALTIMORE, MD 21216

10925   JACKSON, STEPHANIE, ROUTE 3 BOX 135, GRAY COURT, SC 29605

10925   JACKSON, TAMMI, 21 ROSLAND COURT, PIKESVILLE, MD 21208

10925   JACKSON, TAMMY, 1701 HILLCREST RD, MOBILE, AL 36695

10925   JACKSON, TERESA, 426 PALOMA LANE, HEREFORD, TX 79045

10925   JACKSON, TERRY, 14 WAYNE DR, TAYLORS, SC 29687-9450

10925   JACKSON, TERRY, 214 HONEYSUCKLE TR., SALLEY, SC 29137

10925   JACKSON, THERESA, 4704 KENMORE AVE, ALEXANDRIA, VA 22304

10925   JACKSON, THOMAS, 1560 MONROE ST, MOBILE, AL 36604

10925   JACKSON, THOMAS, PO BOX 374, FOUNTAIN INN, SC 29644

10925   JACKSON, TONEY, 6125 STEVENS FOREST, COLUMBIA, MD 21045

10925   JACKSON, TOYA, 7209 W. VILLARD AVE., MILWAUKEE, WI 53218

10925   JACKSON, TR, 1048-B N WENDOVER RD, CHARLOTTE, NC 28211

10925   JACKSON, TRECIA, LOT 53, DEER RUN, GREENVILLE, NC 27834

10925   JACKSON, TYRONE, 13309 NOTTINGHAM DR, WOODBRIDGE, VA 22193

10925   JACKSON, URSULA, 3127 SPAIN ST., NEW ORLEANS, LA 70122

10925   JACKSON, VANESSA, 1823 SHERRY LANE, EDMOND, OK 73003

10925   JACKSON, VANISA, 3044 BLOOMFIELD D4, MACON, GA 31206

10925   JACKSON, VICKEY, 105 CARDINAL DRIVE, SENECA, SC 29672

10925   JACKSON, VICTOR, 1406 EASY ST, SHREVEPORT, LA 71101

10925   JACKSON, VIVIAN, 4403 JORNS, HOUSTON, TX 77045

10925   JACKSON, WALTER R, CUST FOR DENYCE M JACKSON, UNIF GIFTS MIN ACT WASH, 3724 SO 352, AUBURN, WA 98001-9017

10925   JACKSON, WALTER, 105 SCHOOL HOUSE LN, LEBANON, ME 04027-3839

10925   JACKSON, WALTER, PO BOX 253, DUNSTABLE, MA 01827

10925   JACKSON, WENDY, 1211 DUBOSE ST, GARNER, NC 27529

10925   JACKSON, WILLADEAN, 5632 E US HWY 150, HARDINSBURG, IN 47125

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JACKSON, WILLIAM, 1055 PHILADELPHIA, MEMPHIS, TN 38104

10925   JACKSON, WILLIAM, 711 HOLMGREEN, SAN ANTONIO, TX 78220

10925   JACKSON, WILLIAM, PO BOX 344, TRYON, NC 28782-0344

10925   JACKSON, WILLIE, 645 DEER RUN CT., CASSELBERRY, FL 32707

10925   JACKSON, WILLIS, 1310 COLUMBIA RD #104 NW, WASHINGTON, DC 20009

10925   JACKSON, WINNIE, 4601 NW 183 ST, CAROL CITY, FL 33055

10925   JACKSON, WINSTON, 618 E 88TH PL, CHICAGO, IL 60619

10925   JACKSON, YRMA, 2219 E., LA PLACE, LA 70068

10925   JACKSON/JOYCE MOVING SERVICES LLC, 31W 330 NORTH AURORA ROAD, NAPERVILLE, IL 60563

10925   JACKSON-HIRSH, INC, 700 ANTHONY TRAIL, NORTHBROOK, IL 60062

10924   JACKSONLEA COMPANY, HIGHWAY 70 EAST, CONOVER, NC 28613

10924   JACKSONLEA, UNIT OF JASON INC., 75 PROGRESS LANE, WATERBURY, CT 06705

10924   JACKSONLEA, UNIT OF JASON INC., CAMBRIDGE, MA 02140

10925   JACKSONVILLE COLISEUM, SCOTT INDORF, 1145 E ADAMS ST, JACKSONVILLE, FL 32202-1903

10924   JACKSONVILLE CONCRETE INC., HWY 69 & COUNTY RD 149, TYLER, TX 75703

10924   JACKSONVILLE CONCRETE INC., HWY 79 WEST, JACKSONVILLE, TX 75766

10924   JACKSONVILLE CONCRETE, PO BOX1795, JACKSONVILLE, TX 75766

10925   JACKSONVILLE ELECTRIC AUTHORITY, MR WALTER BUSSELLS CEO, 21 W CHURCH ST, JACKSONVILLE, FL 32202

10924   JACKSONVILLE READY MIX, P O BOX 1795, JACKSONVILLE, TX 75766

10925   JACL CHAPLIN REAL ESTATE, 1404 WASHINGTON ST, COMMERCE, TX 75428

10925   JACO MANUFACTURING COMPANY, PO BOX 619, BEREA, OH 44017

10925   JACOB BLOCK, 14112 PARKVALE ROAD, ROCKVILLE, MD 20853

10925   JACOB E ANDERSON, 5810 WAGGONER DR, DALLAS, TX 75230-4006

10925   JACOB F WEBER &, KATHERINE S WEBER JT TEN, 209 KINGSLAND TERR, S ORANGE, NJ 07079-1456

10925   JACOB PRESS SONS INC, 9001 W. 79TH PLACE, JUSTICE, IL 60458

10925   JACOB W CARTER &, SUSAN L CARTER JT TEN, 5749 WESTGROVE DR, CINCINNATI, OH 45248-4102

10925   JACOB, DANIEL, 1495 RIVER ST, HYDE PARK, MA 02136

10925   JACOB, GARTH, 335 E. SAN AUGUSTINE ST., 87, DEER PARK, TX 77536-4139

10925   JACOB, JAIME, 107-16 91ST ST, OZONE PK, NY 11417

10925   JACOB, MICHAEL, 3910 W.12TH ST, ODESSA, TX 79763

10925   JACOB, RICHARD, 13504 W VA DR, LAKEWOOD, CO 80228

10925   JACOBACCI & PERANI, PO BOX 321, 10100 TORINO CENTRO ITALY, MI 10100

10925   JACOBBERGER, MICALLEF & ASSOC, PA, 2720 MAPLEWOOD DRIVE, MAPLEWOOD, MN 55109

10925   JACOBER, MICHAEL, 5724 MINERAL AVE, BALTIMORE, MD 21227

10925   JACOBER, MIKE, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   JACOBOWITZ GARFINKEL & LESMAN, 7 HANOVER SQUARE 9TH FL, NEW YORK, NY 10004

10925   JACOBS CHUCK MFG CO, CHARLES SCEALF FACIITIES MGR, PO BOX 592, CLEMSON, SC 29633-0592

10925   JACOBS CRUMPLAR, 2 EAST 7TH ST, PO BOX 127, WILMINGTON, DE 19899

10925   JACOBS ENGINEERING GROUP INC, 1111 SOUTH ARROYO PKWY, PASADENA, CA 91105

10924   JACOBS ENGINEERING, 10100 TOWN PARK DR., HOUSTON, TX 77002

10925   JACOBS, ADAM, 3846 ELMSIDE VILLAGE, NORCROSS, GA 30092

10925   JACOBS, ADELL, 9 BELGRAVE PL, DURHAM, NC 27707

10925   JACOBS, AMY M, 544 GADSDEN HWY APT C44, BIRMINGHAM, AL 35235

10925   JACOBS, AMY, 833 COVINGTON AVE, BIRMINGHAM, AL 35206

10925   JACOBS, ARTHUR, 619 HIGHLAND DRIVE, HOUMA, LA 70364

10925   JACOBS, CAROL, 78 KENMORE ROAD, STOUGHTON,, MA 02072

10925   JACOBS, CARRIE, 1043 STATE ST., FELLSMERE, FL 32948

10925   JACOBS, CHARLES, 12608 SENDA ACANTILADA, SAN DIEGO, CA 92128

10925   JACOBS, CHRISTOPHER, 2110 OAKAWANA RD, ATLANTA, GA 30345

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | JACOBS, DARYL, 1742 W. WINDLAKE AVE, MILWAUKEE, WI 53215 | |
| 10925 | JACOBS, DONALD, 5227 PATRICK HENRY DRIVE, BALTIMORE, MD 21225 | |
| 10925 | JACOBS, FRANCINE, 13711 SW 90TH AVE, M110, MIAMI, FL 33176 | |
| 10925 | JACOBS, GARY, 113 EUCLID ST., ATHENS, TN 37303 | |
| 10925 | JACOBS, HAROLD, 601 3RD AVE NE, INDEPENDENCE, IA 50644 | |
| 10925 | JACOBS, HEIDI, 3511 SCENIC HWY, SEBRING, FL 33870 | |
| 10925 | JACOBS, JOHN, 334 HOLY CROSS ROAD, BALTIMORE, MD 21225 | |
| 10925 | JACOBS, JOHN, 806-9 COLLEGE AVE, CLEMSON, SC 29631 | |
| 10925 | JACOBS, KELLY, 5442 OSAGE AVE, PORTAGE, IN 46368 | |
| 10925 | JACOBS, LANITA, 65 HOPPER BARKER RD., JACKSON, TN 38305 | |
| 10925 | JACOBS, LISA, 502 SHADY LANE, MONROE, LA 71203 | |
| 10925 | JACOBS, MALCOLM G., 6344 N. 8TH ST, PHILADELPHIA, PA 19126 | |
| 10925 | JACOBS, NADAH, 101 A KNOLL COURT, NOBLESVILLE, IN 46060-8983 | |
| 10925 | JACOBS, NORMAN, 141 WORTHEN, LEXINGTON, MA 02173-7019 | |
| 10925 | JACOBS, NORMAN, 720 NW 74TH WAY, MARGATE, FL 33063 | |
| 10924 | JACOBS, OTTO LLC, BOX 789, LAKE GENEVA, WI 53147 | |
| 10924 | JACOBS, OTTO LLC, N 1921 WEST SIDE ROAD, LAKE GENEVA, WI 53147 | |
| 10924 | JACOBS, OTTO LLC, PO BOX 789, LAKE GENEVA, WI 53147 | |
| 10925 | JACOBS, R ANDY, 78 ROCKING HORSE WAY, HOLLAND, PA 18966 | |
| 10925 | JACOBS, RENECA, 4303 LAKESHORE DR APT. 302, SHREVEPORT, LA 71109 | |
| 10925 | JACOBS, ROBERT, 1520 GROMMON RD, NAPERVILLE, IL 60564 | |
| 10925 | JACOBS, RONALD, 751 EAST VINE, EUNICE, LA 70535 | |
| 10925 | JACOBS, SANDRA, 1020 RALEIGH, 401, CARROLLTON, TX 75007 | |
| 10925 | JACOBS, STEVE, 303 WAYSIDE DRIVE, TURLOCK, CA 95358 | |
| 10925 | JACOBS, WILLIAM, 4505 SUNSET DRIVE, VERO BEACH, FL 32963-1215 | |
| 10925 | JACOBS, WILLIAM, 728 SOUTH RICHARDSON ST, VICKSBURG, MI 49097-1442 | |
| 10925 | JACOBS-COOPER, TAMMY, 303 CHAPEL ST, WILMINGTON, DE 19801 | |
| 10925 | JACOBSEN CONSTRUCTION CO INC, WILLIAM JACONSEN, 313 PRICE PLACE, MADISON, WI 53705 | |
| 10924 | JACOBSEN MANUFACTURING, 1 MARK ROAD, KENILWORTH, NJ 07033 | |
| 10925 | JACOBSEN, ANTOINETTE, 713 BURKE ST, WASHINGTON TWSP, NJ 07675 | |
| 10925 | JACOBSEN, BARBARA, 2 BURNSIDE ST, PLYMOUTH, MA 02360 | |
| 10925 | JACOBSEN, BARBARA, 38 COPPERDALE LANE, HUNTINGTON, NY 11743-2523 | |
| 10925 | JACOBSEN, DONALD, 4402 230TH PLACE, S.W., MOUNTLAKE TERRACE, WA 98043 | |
| 10925 | JACOBSEN, JAMES, 3104 WAKEFIELD DRIVE, CARPENTERSVILLE, IL 60110 | |
| 10925 | JACOBSEN, MARVEL, 7 MOCCASIN PATH, ARLINGTON, MA 02174 | |
| 10925 | JACOBSEN, PER, 2 BURNSIDE ST, PLYMOUTH, MA 02360 | |
| 10925 | JACOBSEN, THERESA, W-6387 ALPINE DR, WAUTOMA, WI 54982 | |
| 10924 | JACOBSEN'S STORE, UNIT 1200, 303 EAST ALTAMONTE DRIVE, ALTAMONTE SPRINGS, FL 32701 | |
| 10925 | JACOBSON MACHINE WORKS INC, PO BOX 86, MINNEAPOLIS, MN 55486-1436 | |
| 10925 | JACOBSON MACHINE WORKS, 2765 NIAGARA LANE NORTH, MINNEAPOLIS, MN 55447 | |
| 10925 | JACOBSON TRANSPORTATION CO, PO BOX 224, DES MOINES, IA 50301 | |
| 10925 | JACOBSON, CHARLES, 129 HADDENFIELD RD, CLIFTON, NJ 07013 | |
| 10925 | JACOBSON, HAROLD, BOX 125, KENSINGTON, MN 56343-0125 | |
| 10925 | JACOBSON, JAY, 495 CENTRAL PARK AVE, SCARSDALE, NY 10583 | |
| 10925 | JACOBSON, JOHN C, AND PHYLLIS SABELLICHI JT TEN, 94 N MONTAGUE ST, VALLEY STREAM, NY 11580-3716 | |
| 10925 | JACOBSON, KAREN, 1020 BOXWOOD CT, #C-2, WHEELING, IL 60090 | |
| 10925 | JACOBSON, LYNN, 4 SHADOWBROOK LANE, MORRISTOWN, NJ 07960 | |
| 10925 | JACOBSON, ROBERT, 641-G BURGUNDY CT, ELK GROVE, IL 60007 | |
| 10925 | JACOBSON, SHANEY, 1409 E 17TH ST, ATLANTIC, IA 50022 | |
| 10925 | JACOBSON, WILLIAM, 1645 RUSK ST, DE PERE, WI 54115 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　JACOBSZOON, SHERI, 618 S. OAK, UKIAH, CA 95482

10925　JACOBUS PHARMACEUTICAL, P. O. BOX 5290, TRENTON, NJ 08638-0290

10924　JACOBUS PHARMACEUTICAL, SCHALKS CROSSING ROAD, PO BOX 371, PLAINSBORO, NJ 08536

10925　JACOBUSSE, KEITH, 119 JOYCE ST, VICTORIA, TX 77091

10925　JACOBUSSE, MICHAEL, 1405 PLANTATION RD, VICTORIA, TX 77904

10925　JACOBY, OCONNOR & MATTHEWS, INC, 511 N.E. 3RD AVE, FORT LAUDERDALE, FL 33301

10925　JACOBY, RICHARD, 4840 VRANA LANE, RACINE, WI 54301

10925　JACOMINO, ARMANDO, 12959 SW 57 TERRACE, MIAMI, FL 33183

10925　JACOVINA, JOANNE, 4505 170 ST, FLUSHING, NY 11358

10925　JACQUELENE NIGHTINGALE, 1011 MANOR DR, RENO, NV 89509-2523

10925　JACQUELINE BRENNAN, 150 NORTH NOKOMIS AVE, VENICE, FL 34285-1900

10925　JACQUELINE GENAO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925　JACQUELINE INEZ HARRINGTON, 3200 SW 23RD ST, FORT LAUDERDALE, FL 33312-4324

10925　JACQUELINE KAHN, C/O JACQUELINE MAST, 94 RACKLEFF ST, PORTLAND, ME 04103-3054

10925　JACQUELINE L PALMER, 83 FAIRVIEW AVE, VERONA, NJ 07044-1317

10925　JACQUELINE MIKES, 4183 COLUMBIA RD APT 221, NORTH OLMSTED, OH 44070-2008

10925　JACQUELINE PIO, 5536 ETON CT, BOCA RATON, FL 33400-0659

10925　JACQUELINE QUINN SMITH, TR UA JAN 2 97, JACQUELINE QUINN SMITH TRUST, 7608 19TH AVE NW, BRADENTON, FL 34209-9525

10925　JACQUELINE ROSS, 1056 CAMDEN COURT, ASHBORO, NC 27203-4019

10925　JACQUELINE RUZICH, 11 CARLSON ST, LITTLE FERRY, NJ 07643-1701

10925　JACQUELYN A BIRTIG, 6960 KOLL CTR PKWY SUITE 307, PLEASANTON, CA 94566

10925　JACQUELYN A FELTON &, JAMES R FELTON JT TEN, 6801 S LA GRANGE RD UNIT E19, HODGKINS, IL 60525-4841

10925　JACQUELYN BRASSELL, 65 A HAZEN COURT, WAYNE, NJ 07470-3214

10925　JACQUELYN E ETLING, 9106 SADDLEBROOK, ST LOUIS, MO 63126-2919

10925　JACQUELYN J SOUTHWICK, 2288 WILEY ST, PORT CHARLOTTE, FL 33952-4343

10925　JACQUES, DARRYL, 402 SIMONET ST, GREEN BAY, WI 54301-1833

10925　JACQUES, LEONARD, 8102 N SHELTEN RD, 408, TAMPA, FL 33615

10925　JACQUES, MICHELLE, 145 EVANS ST, N WEYMOUTH, MA 02191

10925　JACQULOT, 124 APPLETON ST, BOSTON, MA 02116-6110

10925　JACUBEC, KATHLEEN, 8408 KLAREY CT, RICHMOND, VA 23228

10924　JADE SCIENTIFIC, 7855 RONDA, CANTON, MI 48187

10925　JADHAV, JALANDAR, 1503 SOUTH MISSIPPI ST, CROSSETT, AR 71635

10925　JADHAV, MUKUND, 6559 WEST FOXRIDGE, MISSON, KS 66202

10925　JAE KIM, 2601 COMMERCE BLVD, IRONDALE, AL 35210

10925　JAECKLE FLEISCHMANN & MUGEL LLP, TWELVE FOUNTAIN PLAZA, BUFFALO, NY 14202-2292

10925　JAEGER, RICHARD J, 520 STEWART AVE, PARK RIDGE, IL 60068

10925　JAEGER, RICHARD, W9095 SAWMILL RD., BLANCHARDVILLE, WI 53516

10925　JAEGER, STEPHEN, 18 PINE HILL ROAD, SWAMPSCOTT, MA 01907

10925　JAEHNIG, MELVIN, 871 LINDEN ST, CLEVELAND, WI 53015

10925　JAETZOLD, CALVIN J, 1524 LINDA LANE, SULPHUR, LA 70665

10925　JAETZOLD, CALVIN, 1524 LINDA LANE, SULPHUR, LA 70665

10925　JAFAR, LUBNA, 25 WOODLAND AVE, LITTLE FERRY, NJ 07643

10925　JAFARNIA, PARVIN, 14 KELSHILL ROAD, CHELMSFORD, MA 01863

10925　JAFE DECORATING CO, 1250 MARTIN ST, GREENVILLE, OH 45331

10925　JAFFA, MELISSA J, 1001 TRAMWAY BLVD 199, ALBUQUERQUE, NM 87112

10925　JAFFEE, LAWRENCE S, 32395 LAKE PLEASANT DR, WESTLAKE VILLAGE, CA 91361-3916

10924　JAG INTERNATIONAL, 227 ALBERTO TREVINO, MISSION, TX 78572

10925　JAGAN, BRIAN, 6200 WESTCHESTER DR, COLLEGE PARK, MD 20740

10925　JAGENBERG INC, PO BOX 1250, ENFIELD, CT 06083-1250

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925　JAGENBERG INC, POBOX 3101, BOSTON, MA 02241

10925　JAGER, ARJEN, 609 SABRINA WY, VISTA, CA 92804

10925　JAGLA, WILMA, 200 ST ANDREWS BLVD, WINTER PARK, FL 32792

10925　JAGNARAIN, SHENA, 47-50 49 ST, WOODSIDE, NY 11377

10925　JAGNEAUX SR, LAWRENCE, 7530 CHOUPIQUE ROAD, SULPHUR, LA 70665

10925　JAGODZINSKI, RONALD, 2306 WEST ARGYLE, 2, CHICAGO, IL 60625

10924　JAGUAR BLOCK, 4707 GORDON ST., JACKSONVILLE, FL 32216

10925　JAHANGIR, LUTFUL, 33 WATSON ST, NASHUA, NH 03060

10924　JAHANT TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210

10925　JAHANT, CHARLES T, 11106 WILLIAMSBURG LANE, FRISCO, TX 75034

10925　JAHANT, CHARLES, 11106 WILLIAMSBURG LANE, FRISCO, TX 75034

10924　JAHANT, IRONDALE, AL 35210

10924　JAHN & SONS, 1275 HILLTOP DRIVE, CEDARBURG, WI 53012

10924　JAHN & SONS, CUSTOMER PICKUP CHICAGO WAREHOUSE, WEST CHICAGO, IL 60185

10925　JAHN, RANDALL, 2903 B AVE. NW, CEDAR RAPIDS, IA 52405

10925　JAHN, ROBERT, 113 CHESTNUT AVE, GREER, SC 29651-1709

10924　JAHNA CONCRETE CO, 104 S. RAILROAD AVE, AVON PARK, FL 33825-3839

10924　JAHNA CONCRETE CO, 104 S. RAILROAD AVENUE, AVON PARK, FL 33825

10924　JAHNA CONCRETE CO, 160 COUNTY ROAD 29, LAKE PLACID, FL 33852

10924　JAHNA CONCRETE CO, 400 JAHNA CIRCLE, SPRING LAKE, FL 33870

10924　JAHNA CONCRETE CO, CORNER OF MAGNOLIA & 6TH AVE, ZOLFO SPRINGS, FL 33890

10924　JAHNA CONCRETE, 104 S. RAILROAD AVENUE, AVON PARK, FL 33825

10925　JAHNA, HENRY, STANTON MEADOWS DRIVE, 11-B, SENECA FALLS, NY 13148

10925　JAHNA, JOHN W & EMILE, WISKEY HILL ROAD, WATERLOO, NY 13165

10925　JAHNKE, TONI, 4776 SPORTSMAN DR, DE PERE, WI 54115

10925　JAHNS, TYLER, 5 STATEN LANE, TAYLORS, SC 29687

10924　JAIL HOUSING ADDITION, C/O WILKIN INSULATION, 1201 SOUTH SPRING STREET, PORT WASHINGTON, WI 53074

10925　JAIME AND CARMEN SIERRA, 5238 MAJORCA DR, BOCA RATON, FL 33486

10925　JAIME CEPICAN, 5610 WALNUT CREEK CT, LILBURN, GA 30047

10925　JAIME O CHUA, 72 11 51 ST DR, WOODSIDE, NY 11377-7613

10925　JAIME R PENEYRA & LILIA PENEYRA, JT TEN, 2055 S SAVIERS RD, OXNARD, CA 93033-3652

10925　JAIME, CECILIO, 120 TOLEDO, EL PASO, TX 79905

10925　JAIME, MONA, 5240 KRENNING ST., SAN DIEGO, CA 92105

10925　JAIME, ROUTHEL, 82 EAST MAIN ST, SOMERVILLE, NJ 08876

10925　JAIMES, RUBEN, 1820 TERRY LANE #3, NATIONAL CITY, CA 91950

10925　JAIMES, SYLVIA, 1046 SORRELL, CORPUS CHRISTI, TX 78404

10925　JAKA, KIMBERLY, 3825 WATER DROP CT., BURTONSVILLE, MD 20866

10925　JAKAB, TOMAS, 109 W CAROLINA ST, DUNCAN, SC 29334

10925　JAKE MARSHALL SERVICE INC, POBOX 4324, CHATTANOOGA, TN 37405

10925　JAKE, SAMPSON, 2529 W CACTUS RD, PHOENIX, AZ 85029

10925　JAKELSKY, MICHELLE, 14 SHERWOOD DRIVE, SWANNANOA, NC 28778

10925　JAKLIN, DANIEL, 3660 AUSTRIAN LA, GREEN BAY, WI 54303

10925　JAKLIN, ROBERT, 2137 CUMBERLAND DR, GREEN BAY, WI 54311-6315

10925　JAKLIN, TIMOTHY, 1672 HAZELWOOD DR, SOBIESKI, WI 54171

10925　JAKUBCZYK, HENRY, 168 GRINNELL, COLORADO SPRINGS CO, CO 80903

10925　JAKUBIEC, ALEXANDER, APT 365, 365, WALLINGTON, NJ 07057

10925　JAKUBOWICZ, EDWARD, 5 COBALT RIDGE DR NORTH, LEVITTOWN, PA 19057

10925　JAKUBOWSKI, DOROTHY, 3835 E CAMBRIDGE AVE, PHOENIX, AZ 85008

10925　JAKUBOWSKI, JUDITH, 312 WYANDOTTE, GRAND ISLAND, NE 68801

10925　JAKUBOWYCZ, STEPHEN, 42 WOODROW AVE, PISCATAWAY, NJ 08854

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JAKUTOWICZ, MARIE, 815 DAPHNE DRIVE, BRANDON, FL 33510 | |
| 10925 | JALBERT, LINDA, 20 UNION ST, METHUEN, MA 01844 | |
| 10925 | JALIL, CECIL, 7530 SESAME ST, HUBER HEIGHTS, OH 45424 | |
| 10925 | JALLOH, MARIAMA, 830 MORELAND AVE, ATLANTA, GA 30316 | |
| 10925 | JALLOW, SALIFU, 2811 WINDYHILL RD #2, MARIETTA, GA 30067 | |
| 10925 | JALOVEC, MARK, 9052 BEECHNUT RD., HICKORY HILLS, IL 60457 | |
| 10925 | JALOVEC, MARK, 9527 S. RIDGELAND AV, OAK LAWN, IL 60453 | |
| 10925 | JALOWSKI, JACEK, 22 HAUSMAN ST, BROOKLYN, NY 11222 | |
| 10925 | JAM ENTERTAINMENT & EVENTS, 2900 BRISTOL ST SUITE E-201, COSTA MESA, CA 92626 | |
| 10925 | JAM LIGHTING, INC, 3430 NW 27TH AVE, POMPANO BEACH, FL 33069 | |
| 10924 | JAMAICA EDIBLE OILS & FATS COMPANY, LOT NO. 7 NAGGO, PO BOX 191, SAINT CATHERINE, JAMAICA | *VIA Deutsche Post* |
| 10924 | JAMAICA HOSPITAL, THE, SERVICE ROAD BY JAMAICA AVE, 89TH AVENUE & VAN WYCK EXP, JAMAICA, NY 11418 | |
| 10924 | JAMAK, INC., 1401 NORTH BOWIE DRIVE, WEATHERFORD, TX 76086 | |
| 10925 | JAMAL HAMDAR, 7712 W 157TH ST, ORLAND PARK, IL 60462-5058 | |
| 10925 | JAMAL N HAMDAR, 7712 W 157TH ST, ORLAND PARK, IL 60462 | |
| 10924 | JAMAR CAMPANY, THE, 4701 MIKE COLALILLO DRIVE, DULUTH, MN 55807 | |
| 10925 | JAMAR COMPANY THE, 4701 MIKE COLALILLO DR., DULUTH, MN 55807 | |
| 10925 | JAMBON, MORRISON, 217 COUNTRY VILLAGE, RACELAND, LA 70394 | |
| 10924 | JAMBOREE REMODEL, C/O WESTSIDE BUILDING MATERIALS, IRVINE, CA 92709 | |
| 10924 | JAMCO AMERICA, INC., 2599 E. 28TH STREET, SUITE 208, SIGNAL HILL, CA 90806 | |
| 10925 | JAMCO CORPORATION, 70 SHINTAKU SHIMONOGO IWANUMA, MIYAGI, 98924JAPAN | *VIA Deutsche Post* |
| 10924 | JAME FINE CHEMICALS, INC., 100 W. MAIN STM, BOUND BROOK, NJ 08805 | |
| 10924 | JAME FINE CHEMICALS, INC., PO BOX 669, BOUND BROOK, NJ 08805 | |
| 10925 | JAMERSON, P, 6409 BURNING BUSH CT, CHARLOTTE, NC 28227 | |
| 10925 | JAMERSON, PETULA, PO BOX 741, REDDICK, FL 32686 | |
| 10925 | JAMERSON, VICTORIA, 435 CHURCH ROAD, BETHEL PARK, PA 15102 | |
| 10925 | JAMERSON, WAYNETTE, POBOX 232, ORANGE LAKE, FL 32681 | |
| 10925 | JAMES A ALBRIGHT, PO BOX 279, BRISTOL, ME 04539-0279 | |
| 10925 | JAMES A BELMORE &, NORMA A BELMORE JT TEN, 450 W BLUFF ST, MARQUETTE, MI 49855-4112 | |
| 10925 | JAMES A BRECKENRIDGE TR, HERMILDA J LISTEMAN REV TRUST, UA AUG 30, 515 OLIVE ST SUITE 1101, ST LOUIS, MO 63101-1836 | |
| 10925 | JAMES A CALTA, 5127 E 119TH ST, CLEVELAND, OH 44125-2870 | |
| 10925 | JAMES A CANNATA CO, 4 ROC FALL ROAD, HINGHAM, MA 02043 | |
| 10925 | JAMES A DIPPEL, 316 LAWRENCE APT 3-E, KANSAS CITY, MO 64111-2274 | |
| 10925 | JAMES A FALCONER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JAMES A FREE &, DORITA L FREE JT TEN, 508 SPUR RD, GREENSBORO, NC 27406-8918 | |
| 10925 | JAMES A GARY III, 906 W NORTHERN PKWY, BALTIMORE, MD 21210-1425 | |
| 10925 | JAMES A GRACE, 795 BOURLAND RD, ELDORADO, IL 62930-3358 | |
| 10925 | JAMES A HASTIE, 65 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JAMES A HULME, BOX 460, INGLESIDE, TX 78362-0460 | |
| 10925 | JAMES A KOLAKOWSKI, 2805 CARDINAL DR, ROLLING MEADOWS, IL 60008 | |
| 10925 | JAMES A LEE, 10 KILSYTH RD 1, BROOKLINE, MA 02146 | |
| 10925 | JAMES A LEE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JAMES A MILLER AICP PP, 222 NICHOLSON DR, MOORESTOWN, NJ 08057 | |
| 10925 | JAMES A MONTGOMERY, 58 OCEAN AVE, AMITYVILLE, NY 11701-3611 | |
| 10925 | JAMES A REGAN, BOX 446 BORAH P O, BOISE, ID 83701-0446 | |
| 10925 | JAMES A ROTH &, DEANNA L ROTH JT TEN, 4423 W RICHARD, OAK FOREST, IL 60452-4207 | |
| 10925 | JAMES A STEWART &, MERCEDES R STEWART JT TEN, 404 PANTHER TRAIL, MONONA, WI 53716-3142 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAMES A STEWART &, MERCEDES R STEWART, JT TEN, 404 PANTHER TRAIL, MONONA, WI 53716-3142

10925   JAMES A WATSON & CO, PO BOX P, MARIETTA, GA 30061

10925   JAMES A WILKINS & ANNE WILKINS, TEN ENT, 4816 LEXINGTON AVE, PENNSAUKEN, NJ 08109-1932

10925   JAMES A. CARLTON, 6101 RICHMOND AVE., OWENSBORO, KY 42303

10924   JAMES ALLEN CENTER, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

10925   JAMES AMUNDSEN, 1103 W NASSAU DR, PEORIA, IL 61615-1380

10925   JAMES ANGLE, 88 LOWELL RD, PEPPERELL, MA 01463-1710

10925   JAMES ANTHONY DRISCOL, 550 15TH ST 820, DENVER, CO 80202-4205

10925   JAMES ARNOLD LAUDONE &, BARBARA B LAUDONE JT TEN, 3308 SHERWOOD RD, EASTON, PA 18045-2022

10925   JAMES B ELLSWORTH II, 1909 N AIRLINE HWY-OFFICE, GONZALES, LA 70737-2151

10925   JAMES B GRIFFIN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   JAMES B REID III, PO BOX 8437, CHICAGO, IL 60680-8437

10925   JAMES B STRADTNER, 1219 BOYCE AVE, RUXTON, MD 21204-3604

10924   JAMES B. DAY CO., 1 DAY LANE, CARPENTERSVILLE, IL 60110

10924   JAMES BARB CONSTRUCTION, THE NEW SUN GLASS - GRAND AVE. MALL, MILWAUKEE, WI 53203

10925   JAMES BENSON MOSLEY &, HELEN GRAY MOSLEY JT TEN, 4983 AILENE DR, DOUGLASVILLE, GA 30135-2601

10925   JAMES BLAZEK, 105 SUNNYDALE WAY, REISTERSTOWN, MD 21136-6121

10925   JAMES BROOMALL, 5225 PHILLIP LEE DR, ATLANTA, GA 30336

10925   JAMES BRUDNICK COMPANY INC, 219 MEDFORD ST, MALDEN, MA 02148

10925   JAMES BRUDNICK COMPANY, PO BOX 11177, BOSTON, MA 02211

10925   JAMES C ANDERSON ASSOCIATES,INC, 907 PLEASANT VALLEY AVE., MOUNT LAUREL, NJ 08054

10925   JAMES C DUDLEY &, MARGARET W DUDLEY JT TEN, 4155 ERLANDS POINT RD, BREMERTON, WA 98312-1556

10925   JAMES C FALCONER & BIRTE M, FALCONER JT TEN, SUITE 1230 BK OF CALIFORNIA, CENTER, SEATTLE, WA 98104

10925   JAMES C FAUST, 49 GRANDHAVEN DR, COMMACK, NY 11725-3129

10925   JAMES C KENNON &, SUZANNE L KENNON JT TEN, 1620 KISSINGEN AVE, BARTOW, FL 33830-7221

10925   JAMES C LIPFORD, 8971 NC 700, RUFFIN, NC 27326

10925   JAMES C MC COLLOM & JEAN B, MC COLLOM JT TEN, 10418 GATEWOOD TERR, SILVER SPRING, MD 20903-1508

10925   JAMES C RIVERS, 1595 COLONY RD, ROCK HILL, SC 29730-3805

10925   JAMES C TALLARIDA, 1140 OUTRIGGER CIR, BRENTWOOD, CA 94513-5443

10925   JAMES C WHITLOCK, RTE 7 99 COUNTY RD 197, IUKA, MS 38852-8149

10924   JAMES C. SYKES INC, RAILROAD AVENUE, DBA. CONCRETE MATLS SUP., QUITMAN, MS 39355

10924   JAMES C. SYKES INC., DBA. CONCRETE MATLS SUP., QUITMAN, MS 39355

10925   JAMES CASEY, 49 BRANDON ST, BILLERICA, MA 01862

10924   JAMES CITY COUNTY GOV CENTER @ @, 32 PLUM STREET, TRENTON, NJ 08638

10925   JAMES COBB, 135 N. SENTOSA LAKE ROAD, TYGH VALLEY, OR 97063

10925   JAMES CODIROLI, 60 MADISON ST, PEQUANNOCK, NJ 07440-1436

10925   JAMES COOKE & HOBSON INC, 3810 ACADEMY PKWY S.NE, ALBUQUERQUE, NM 87109

10925   JAMES CRAFT & SON INC, POBOX 8, YORK HAVEN, PA 17370-0008

10925   JAMES CRAFT & SON, INC, PO BOX 8 - 2780 YORK HAVEN ROAD, YORK HAVEN, PA 17370-0008

10925   JAMES D FIALA, 433 VILLAGE CREEK DR, LAKE IN THE HILLS, CHICAGO, IL 60102-4810

10925   JAMES D FIALA, 433 VILLAGE CREEK DR, LAKE IN THE HILLS, IL 60156

10925   JAMES D GANTZ, 615 BORDER CITY ROAD, GENEVA, NY 14456-1911

10925   JAMES D MALONEY, 1587 BELL ST, CHARGIN FALLS, OH 44022-4242

10925   JAMES D NAGENGAST, 5626 DECATUR ST, OMAHA, NE 68104-4925

10925   JAMES D NOWLIN, 1424 W. WHIPPOORWILL WAY, MUSTANG, OK 73064

10925   JAMES D SKINNER, PO BOX 778, PELAHATCHIE, MS 39145

10925   JAMES D TRAVERS, 2911 VALENTING AVE, BRONX, NY 10458-2713

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JAMES D. VAUGHT, PO BOX 1829, EDMOND, OK 73083

10925    JAMES DARRELL CAMPBELL &, KATHERINE MAE ELLIS CAMPBELL, JT TEN, 3510 BELFONT DR, ELLICOTT CITY, MD 21043-4318

10925    JAMES DAVID ARNOW, 1445 ITHACA DR, BOULDER, CO 80303-6927

10925    JAMES DICKSON, WACHOVIA BANK & TRUST CO, NA, 191 PEACHTREE ST, NE, ATLANTA, GA 30303

10925    JAMES DIGRANDE, 5 CLOVER COURT, CEDAR GROVE, NJ 07009-1932

10925    JAMES DONALD HAWKINS &, NENITA PERMA HAWKINS JT TEN, 16 HARRISON DR, HURLBERT FIELD FL 32544, DEFUNIAK SPRINGS, FL 32433-0000

10925    JAMES DYER & CECILY DYER JT TEN, RT 2 BOX 1606, MCALLEN, TX 78504-9707

10925    JAMES E ANDREAS, 81-19 263 ST, FLORAL PARK, NY 11004-1518

10925    JAMES E BROWN & SUSAN W BROWN, JT TEN, 1603 STANOLIND AVE, MIDLAND, TX 79705-8652

10925    JAMES E CASEY &, BETTY L CASEY JT TEN, PO BOX 909, NORTH VERNON, IN 47265-0909

10925    JAMES E CHILTON, 15 HIGH ST, UNION, MO 63084-4712

10925    JAMES E DUCHARME, 7523 ORIOLE CIRCLE, GAYLORD, MI 49735-8794

10925    JAMES E DUSEK &, EMME SUE DUSEK TEN COM, 25260 HWY 405, PALQUEMINE, LA 70764-7506

10925    JAMES E FOLTZ, 206 N HAYFORD, LANSING, MI 48912-4145

10925    JAMES E GADO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    JAMES E GREEN, 1641 CYPRESS POINTE DR, CORAL SPRINGS, FL 33071

10925    JAMES E HAM TR UA AUG 18 86, THE JAMES E HAM REVOCABLE TRUST, 9741 CHADWICK, OVERLAND PARK, KS 66206-2111

10925    JAMES E HENDRY, 71224 HENDRY AVE, COVINGTON, LA 70433-8849

10925    JAMES E HICKS & ANNIE, PERKINS HICKS JT TEN, 3289 FRAYSERVIEW DRIVE, MEMPHIS, TN 38127-6535

10925    JAMES E HUBBERT, 316 HWY 33 PO BOX 510, SNEEDVILLE, TN 37869-0510

10925    JAMES E LEARY TR UA NOV 26 91, FBO JAMES E LEARY, 5363 HAYNE CIRCLE N, MEMPHIS, TN 38119-5917

10925    JAMES E LOWTHERS &, JEANNETTE V LOWTHERS JT TEN, 174 WILLIAM ST, STONEHAM, MA 02180-3517

10925    JAMES E MC DOWELL &, ELIZABETH B MC DOWELL JT TEN, 1817 W PRINCETON RD, PETERSBURG, VA 23805-1114

10924    JAMES E MCELVAIN CO INC, PO BOX 63, MORRIS, IL 60450

10925    JAMES E O DRISCOLL, 410 RIVERSIDE DR, NEW YORK, NY 10025-7974

10925    JAMES E SCHNEIDER TR UA JAN 16 95, JAMES E SCHNEIDER & LINDA P, SCHNEIDER TRUST, 6027 N APPLE BLOSSOM, GLENDALE, WI 53217-4416

10925    JAMES E SELL, 643 LAKEWOOD BLVD, AKRON, OH 44314-3360

10925    JAMES E WORTHAM, 913 JAMES AVE, CINNAMINSON, NJ 08077-1931

10925    JAMES E. BIHR & ASSOCIATES, 7816 BOWEN DRIVE, WHITTIER, CA 90602

10925    JAMES E. GARY, 950 SOUTH 17TH ST, SLATON, TX 79364

10925    JAMES E. HIATT, 4580 JOHNSON AVEN. NW, CEDAR RAPIDS, IA 52405

10924    JAMES E. MC ELVAIN, JOHNSON PRECAST BRIDGE, MORRIS, IL 60450

10925    JAMES E. MCGANN, 853 OLD HARTFORD RD., COLCHESTER, CT 06415

10925    JAMES E. WATSON & CO., PO DRAWER P, MARIETTA, GA 30061

10925    JAMES E. WATSON & COMPANY, 29 DORAN AVE, PO DRAWER P, MARIETTA, GA 30061

10925    JAMES E. WHITE, 187 COLE CIRCLE, BETHLEHEM, GA 30620

10925    JAMES EAGAN & SONS, 200 WEST EIGHTH ST, WYOMING, PA 18644

10925    JAMES ELECTRICAL CO INC, PO BOX 178, PINEHURST, MA 01866

10925    JAMES ELLIOT HINDY &, CAROLANN HINDY JT TEN, 1694 DURRETT WAY, DUNWOODY, GA 30338-2912

10925    JAMES EMMETT ANDERSON &, JOAN ANDERSON JT TEN, 2 DUNAWAY DR, RICHMOND, VA 23233-6153

10925    JAMES ERNEST HAMBLETON, 3658 NORCROSS LANE, DALLAS, TX 75229-5125

10925    JAMES F BRIGGS, 237 NORTH RUYH WALKER ROAD, WATERLOO, SC 29384-4719

10925    JAMES F CASEY, 55 EDGEWOOD RD, VALLEY STREAM, NY 11580-3303

10925    JAMES F DAVIS, HWY 221, ENOREE, SC 29335

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAMES F DRISKELL &, VERA M DRISKELL, JT TEN, BOX 356, JUPITER, FL 33468-0356

10925   JAMES F ELLIOTT, 199 MARION ST, DUBLIN, OH 43017-1321

10925   JAMES F HOLUB & EMILY HOLUB, 1340 PARKWOOD DR, MOCCDON, NY 14502

10925   JAMES F HUEGEL &, ROXANNE R HUEGEL JTWRS JT TEN, 14406 SOUTH HOMAN, MIDLOTHIAN, IL 60445-3008

10925   JAMES F HUMPHREYS ASSOC LC, 707 VIRGINIA ST EAST, BANK ONE CENTER SUITE 1113, CHARLESTON, WV 25301

10925   JAMES F KEANE, 106 PENN ST, NEWTOWN, PA 18940-1922

10925   JAMES F KNEELAND & GERTRUDE, KNEELAND JT TEN, 302 96TH ST, BROOKLYN, NY 11209-7852

10925   JAMES F KNEELAND, 302 96TH ST, BROOKLYN, NY 11209-7852

10925   JAMES F LAMBERT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JAMES F MCGOVERN, 32 MARA LN, GROTON, MA 01450-1871

10925   JAMES F MCGOVERN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   JAMES F O CONNOR, 141 WEST BAYARD ST, SENECA FALLS, NY 13148-1711

10925   JAMES F WOLCOTT &, LINDA C WOLCOTT JT TEN, 6420 CAMINO DEL ARREBOL NW, ALBUQUERQUE, NM 87120-2731

10925   JAMES F. & MARION R. DOERRMANN, RAINEY RD. - RD 2, SWEDESBORO, NJ 08085

10924   JAMES F. DAVIS CO., 12500 PARKLAWN DRIVE, ROCKVILLE, MA 02054

10925   JAMES F. KNOTT REALTY GROUP, ONE TEXAS STATION COURT, SUITE 200, TIMONIUM, MD 21093

10924   JAMES FIORELLA, INC., 155 GRASSY PLAIN ST., BETHEL, CT 06801

10924   JAMES FIORILLA INC., 155 GRASSY PLAIN STREET, BETHEL, CT 06801

10925   JAMES FITZ-GERALD 111 &, CAROLYN ANNE FITZ-GERALD JT TEN, PO BOX 3425, MIDLAND, TX 79702-3425

10925   JAMES FRANCIS DOOLEY, 45 EAST THIRD ST, FLORENCE, NJ 08518-2001

10925   JAMES FRANCIS KELLY &, ANGELA ROSE KELLY JT TEN, 2374 GRAND AVE, BELLMORE L I, NY 11710-3308

10925   JAMES FRANCIS LUCAS SR &, MARJORIE ELAINE LUCAS JT TEN, 1436 PATAPSCO ST, BALTIMORE, MD 21230-4523

10925   JAMES FRANCIS SHEEHY &, JUDITH JACQUELINE SHEEHY JT TEN, 18 SUNNYKNOLL TERRACE, LEXINGTON, MA 02173-4342

10925   JAMES FRANK NOEL &, RITA FORD NOEL JT TEN, 4006 OAKSHIRE CV, MEMPHIS, TN 38109-4226

10925   JAMES FRANKLIN LAMBERT III, 20 GERRY RD, CHESTNUT HILL, MA 02167-3138

10925   JAMES FRICK, SAND CASTLE 2, UNIT 306, 720 SOUTH COLLAR BLVD, MARCO ISLAND, FL 34145-6009

10925   JAMES G BALLARD TR UA MAR 15 96, JAMES G BALLARD REVOCABLE TRUST, 4491 WOLFF ST, DENVER, CO 80212-2419

10925   JAMES G ELLWOOD, 38 REGOLA DR, IRWIN, PA 15642

10925   JAMES G SANDERS, 116 BUCKINGHAM RD, UPPER MONTCLAIR, NJ 07043-2307

10925   JAMES G SCHAEFER, 26 TIFFANY CIRCLE, BARRINGTON, RI 02806-2935

10925   JAMES G STIER &, VIRGINIA N STIER TEN COM, 9 HATHAWAY LANE, VERONA, NJ 07044-2306

10925   JAMES G STIER, 9 HATHAWAY LANE, VERONA, NJ 07044-2306

10925   JAMES G ZIEGENER, 24 BRADFORD ST, GLEN ROCK, NJ 07452-2102

10925   JAMES G. HANSON, 17305 QUEEN ANN LANE, TINLEY PARK, IL 60477

10925   JAMES G. HANSON, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   JAMES GAJDA, 30 153 WALNUT CT, FAMINGTON HILLS, MI 48331-2284

10925   JAMES GARY MCDANIEL, 108 GLENMORE COURT, BEL AIR, MD 21014-5669

10925   JAMES GEORGE BEYER &, ANITA S BEYER JT TEN, 5708 HAYLOFT CIRCLE, RALEIGH, NC 27606-2240

10925   JAMES GLASS CO, INC, 2211 E. MAIN ST, CHATTANOOGA, TN 37404

10925   JAMES GRAVINA &, LAURA J GRAVINA JT TEN, 129 PALMER ST, BRENTWOOD, NY 11717-7015

10925   JAMES GRIER LITTLE, PO BOX 1089, MENLO PARK, CA 94026-1089

10925   JAMES H ATTAWAY &, JENNY ATTAWAY JT TEN, 808 SOUTH SILVER LEAF DR, MOORE, OK 73160-7245

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JAMES H BURRESS JR & JEANETTE D, BURRESS TR UA JUL 21 00, THE JAMES H BURRESS JR & JEANETTE, D BURRESS FAMILY REVOCABLE TRUST, 3692 ANGELES RD, SANTA MARIA, CA 93455-29

10925   JAMES H CARTER, 248 TALIWA DR, KNOXVILLE, TN 37920-3101

10925   JAMES H GORDON & LOIS ZAPERNICK, TR UA JAN 15 85 FBO WIJU LTD, PROFIT SHARING PLAN, 920 ENCANTO DR SW, PHOENIX, AZ 85007-1524

10925   JAMES H NORRIS, 106 N NOLTON, WILLOW SPRINGS, IL 60480-1438

10925   JAMES H NORRIS, 106 N. NOLTON, WILLOW SPRINGS, IL 60480

10925   JAMES H PARSONS &, JANET M PARSONS JT TEN, 6044 ELECTRA LANE, PENSACOLA, FL 32507-8136

10925   JAMES H SPRUELL, 6 MALLORY ST, GREENVILLE, SC 29609-4016

10925   JAMES H. ANDERSON INC., 2030 JANICE AVE, MELROSE PARK, IL 60160

10925   JAMES HARDIC GYPSUM, 26300 LA ALAMEDA, MISSION VIEJO, CA 92691

10925   JAMES HARDIE GYPSUM (NV) INC, PO BOX 8982, LOS ANGELES, CA 90084-8982

10924   JAMES HARDIE GYPSUM COMPANY, HCR 89033 STATE RTE 159, LAS VEGAS, NV 89124

10924   JAMES HARDIE GYPSUM, 5931 E. MARGINAL WAY S., SEATTLE, WA 98134

10924   JAMES HARDIE GYPSUM, 5931 E. MARGINAL WAY SO., SEATTLE, WA 98134

10924   JAMES HARDIE GYPSUM, 5931 EAST MARGINAL, SEATTLE, WA 98134

10924   JAMES HARDIE GYPSUM, HCR 89033, BOX 2900, LAS VEGAS, NV 89124

10924   JAMES HARDIE GYPSUM, HCR 98033, LAS VEGAS, NV 89124

10924   JAMES HARDIE GYPSUM, HWY 159, BLUE DIAMOND, NV 89004

10924   JAMES HARDIE GYPSUM, INC., STATE ROUTE 159, LAS VEGAS, NV 89124

10924   JAMES HARDY GYPSUM, CAMBRIDGE, MA 02140

10924   JAMES HARDY GYPSUM, HCR 89033 BOX 2900, BLUE DIAMOND, NV 89004

10925   JAMES HESSION, 200 N. SAGINAW ST, ST. CHARLES, MI 48655

10925   JAMES HODGE, 1200 NW 15TH AVE, POMPANO BEACH, FL 33069

10925   JAMES HODGE, 606 S KING ST, DUNN, NC 28334

10924   JAMES HODGE, 6606 MARSHALL BLVD., LITHONIA, GA 30058

10925   JAMES HOLCOMBE, 118 HOLCOMBE ROAD, SIMPSONVILLE, SC 29681-9514

10925   JAMES HONIOUS, PO BOX 20074, DAYTON, OH 45420

10925   JAMES HUGH GORDON & LOIS, ZAPERNICK TR UA OCT 17 83, MARTHA F GORDON GRANDCHILDREN, PO BOX 639, CAVE CREEK, AZ 85327-0639

10925   JAMES I BRECKENFELD, 32206 CROSS BOW, BEVERLY HILLS, MI 48025-3405

10925   JAMES I FIALA, 300 SAMOSET LN, SCHAUMBURG, IL 60193

10925   JAMES I FIALA, 300 SAMOSET LN, SCHAUMBURG, IL 60193-1453

10925   JAMES I MEYER, 1170 EAGAN INDUSTRIAL RD, EAGAN, MN 55121

10925   JAMES I NUTTER, 8033 RISING MEADOW, CHARLOTTE, NC 28277-8610

10925   JAMES IRL HARVEY III, 43500 KIRKLAND AVE APT 158, LANCASTER, CA 93535

10925   JAMES J ADAMS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JAMES J BRANSFIELD JR &, PAULA C BRANSFIELD JT TEN, 19 FERNWOOD AVE, BRADFORD, MA 01835-7705

10925   JAMES J CLEAR, 4528 DAVENPORT ST NW, WASHINGTON, DC 20016-4416

10925   JAMES J CREIGHTON &, DOROTHY CREIGHTON JT TEN, 306 HAMPTON HILL DR SOUTH, WILLIAMSVILLE, NY 14221-5845

10925   JAMES J D ELIA, 301 CATHEDRAL PKY 20C, NEW YORK, NY 10026-4065

10925   JAMES J LOUKOTA &, PATRICIA A LOUKOTA JT TEN, 122 LINHIGH AVE, BALTIMORE, MD 21236-4301

10924   JAMES J MARTIN,INC, 844 NORTH LENOLA RD, MOORESTOWN, NJ 08057

10925   JAMES J MULLIN &, BRIDIE M MULLIN JT TEN, 321 HAYWARD ST, YONKERS, NY 10704-2056

10925   JAMES J O BRIEN & ANNE O BRIEN, JT TEN, 2955 GRAND CONCOURSE, BRONX, NY 10468-1429

10925   JAMES J O BRIEN &, MARY O BRIEN &, MARY JO O BRIEN JT TEN, 119 SWAN DR, FORSYTH, MO 65653-5427

10925   JAMES J ROCHE, 12 SUGAR MILLS CIRCLE, FAIRPORT, NY 14450-8701

10925   JAMES J. FLANAGAN, 1111 EAST NAVIGATION BLVD, HOUSTON, TX 77012

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | JAMES J. MARTIN WAREHOUSE, 844 NORTH LENOLA RD, MOORESTOWN, NJ 08057 | |
| 10924 | JAMES J. MARTIN, CAMBRIDGE, MA 02140 | |
| 10924 | JAMES J. O'ROURKE, INC., 21 PINE STREET, WARWICK, RI 02888 | |
| 10925 | JAMES JR, WILLIAM, 7 TOULOUSE CT, LITTLE ROCK, AR 72212-9998 | |
| 10925 | JAMES K ADCOCK, 590 HOOVER AVE, SAN JOSE, CA 95126-2407 | |
| 10925 | JAMES K BRIGGS, HWY 221, ENOREE, SC 29335 | |
| 10925 | JAMES K DONALDSON, 329 STOCK PORT LANE, SCHAUMBURG, IL 60193-1720 | |
| 10925 | JAMES K JESSE &, JEANETTE M JESSE JT TEN, 3611 LITTLE GLENDORA RD, BUCHANAN, MI 49107-9141 | |
| 10925 | JAMES K MIDDLETON III &, COLLEEN C MIDDLETON JT TEN, 108 GLENRAE DR, BALTIMORE, MD 21228-5238 | |
| 10925 | JAMES K MITCHELL SCD PE, 209 MATEER CIRCLE, BLACKSBURG, VA 24060 | |
| 10925 | JAMES K SAY &, M KATHRYN SAY JT TEN, 608 WEST 10TH ST, STERLING, IL 61081-2256 | |
| 10925 | JAMES K SELLERS TR UA 04 18 91, FBO THE JAMES K SELLERS LOVING, TRUST, PO BOX 14536, OKLAHOMA CITY, OK 73113-0536 | |
| 10925 | JAMES KIDD, 350 LAKEWOOD DR APT 308, BRANDON, FL 33510 | |
| 10925 | JAMES KLEIN, 2755 YORKSHIRE RD, PASADENA, CA 91107-4417 | |
| 10925 | JAMES KUHN AND COMPANY, HIGHGATE HILL, LONDON, N19 5UUUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | JAMES L BEATY, 4630 MCINTOSH RD., DOVER, FL 33527 | |
| 10925 | JAMES L DEAN, 11403 SEQUOIA LN, BELTSVILLE, MD 20705-1464 | |
| 10925 | JAMES L GOLDING TR, UDT OCT 25 85, JAMES L GOLDING, 999 N LAKE SHORE DR, CHICAGO, IL 60611-1347 | |
| 10925 | JAMES L GRACE &, JOYCE F GRACE JT TEN, 18001 PEARLANDSITE RD, PEARLAND, TX 77584-0000 | |
| 10925 | JAMES L HACKETT I/T/F, SHEILA W HACKETT, 6 CREST RD, MERRICK, NY 11566 | |
| 10925 | JAMES L HEALY &, ALICE C HEALY JT TEN, 5 MASHPEE CIRCLE, NORTHBOROUGH, MA 01532-2449 | |
| 10925 | JAMES L KING, 1255 HILLCROFT WAY, TELFORD, PA 18969-1046 | |
| 10925 | JAMES L NUENDORF, 116 BURNS PLACE, BRIARCLIFF MANOR, NY 10510-1320 | |
| 10925 | JAMES L OSHAUGHNESSY, CHEMICAL BY PASS TRACER, 450 W 33RD ST, NEW YORK, NY 10001-2603 | |
| 10925 | JAMES L PERRY, P O BOX 76738, ATLANTA, GA 30358-1738 | |
| 10925 | JAMES L TURNER CONTRACTING INC, JAMES L TURNER, 1614 DROSTER ROAD, MADISON, WI 53716 | |
| 10925 | JAMES L VALENTINE INC, POBOX 268, NIWOT, CO 80544 | |
| 10925 | JAMES L. TYLER, 7720 NW 102ND ST, OKLAHOMA CITY, OK 73162 | |
| 10925 | JAMES LAUDANDO, 128 MARINE AVE APT 5M, BROOKLYN, NY 11209 | |
| 10925 | JAMES LEE LOWING, 2715 RUTH FITZGERALD DR, PLAINFIELD, IL 60544 | |
| 10925 | JAMES LEE RAINS, PO BOX 38553 329, HOUSTON, TX 77238-8553 | |
| 10925 | JAMES LEE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | JAMES LEVERETTE GUTHRIE &, MAYOLA POHLMEYER GUTHRIE JT TEN, 1318 PATUXENT DR, ASHTON, MD 20861-9759 | |
| 10925 | JAMES M COFFMAN CUST KIMBERLY, ANN COFFMAN UNIF GIFT MIN ACT OK, 2901 ELMHURST AVE, OKLAHOMA CITY, OK 73120-4313 | |
| 10925 | JAMES M COLE, 9516 GAIRLOCH, EL PASO, TX 79925-6711 | |
| 10924 | JAMES M COX DAYTON INTL AIRPT, 10790 DOGLEG RD, VANDALIA, OH 45377 | |
| 10925 | JAMES M DEWIRE, 2 HOLDEN ST, CAMBRIDGE, MA 02138-2022 | |
| 10925 | JAMES M FOLK, RTE 1 BOX 176, DENMARK, SC 29042-9709 | |
| 10925 | JAMES M GALL, BOX 446, PAONIA, CO 81428-0446 | |
| 10925 | JAMES M HOPKINS & MARJORIE, HOPKINS JT TEN, 19201 GOULBURN, DETROIT, MI 48205-2118 | |
| 10925 | JAMES M KEATY, 2044 RUBY, MEIROSE PARK, IL 60164-2145 | |
| 10925 | JAMES M KESSLER, 253 29TH AVE, SAN FRANCISCO, CA 94121-1003 | |
| 10925 | JAMES M MANNING, 95 COURT ST, PORTSMOUTH, NH 03801-4411 | |
| 10925 | JAMES M PRESTON, 1200 NW 15 AVE, POMPANO BEACH, FL 33069 | |
| 10925 | JAMES M REILLY, 70 CONGRESS ST, JERSEY CITY, NJ 07307-1910 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAMES M ROGERS, 269 WANDERCREST ST SE, GRAND RAPIDS, MI 49548-4401

10925   JAMES M ROMINGER, 5510 FAWN RIDGE ROAD, CHATTANOOGA, TN 37415

10925   JAMES M. DOWLING, 2031 SW 60TH AVE, PLANTATION, FL 33317

10925   JAMES M. PRESTON, 110 SPRING ST, STOCKBRIDGE, GA 30281

10925   JAMES MACK, 13628 S DOONAREE CIR, LOCKPORT, IL 60441-9125

10925   JAMES MACK, 13628 S DOONAREE CIRCLE, LOCKPORT, IL 60441

10925   JAMES MADISON UNIVERSITY, JAMES MADISON UNIVERSITY, HARRISONBURG, VA 22807

10925   JAMES MALONE, 61 SHERWOOD RD, MEDFORD, MA 02155-1662

10925   JAMES MALONE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JAMES MANLEY &, MICHALE RUDI JT TEN, 154 E ONTARIO ST, CHICAGO, IL 60611-2809

10924   JAMES MANSFIELD & SON, 8100 W. 47TH STREET, LYONS, IL 60534

10924   JAMES MANSFIELD & SONS, 8100 W. 47TH STREET, LYONS, IL 60534

10925   JAMES MARINCELL & HELEN, MARINCELL JT TEN, 1605 REDROCK DRIVE, GALLUP, NM 87301-5651

10925   JAMES MC EACHERAN & MARGARET, MC EACHERAN TR UA MAR 23 92, THE JAMES MC EACHERAN & MARGARET, MC EACHERAN LIVING TRUST, 3854 SOUTH OCEAN SIDE DR, GREENBANK, WA 98253

10925   JAMES MCDONALD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JAMES MCGRAW INC, PO BOX 26748, RICHMOND, VA 23261-6748

10925   JAMES MCHUGH CONSTRUCTION/RITEWAY, 2222 SOUTH INDIANA AVE, CHICAGO, IL 60616

10925   JAMES MCLAIN KRAMER, 9655 HAMPHY RD, CINCINNATI, OH 45242-0000

10924   JAMES MEWS, 5445 NO. 131ST ST, BUTLER, WI 53007

10925   JAMES MEYERS CO., 12306 CONWAY ROAD, BELTSVILLE, MD 20705

10924   JAMES MICHAEL KELLEY, ONE PLAZA SOUTH PMB, TAHLEQUAH, OK 74464

10925   JAMES MICHAEL VAN ETTA &, CYNTHIA SUE VAN ETTA JT TEN, PO BOX 703, LIBERTY, TX 77575

10925   JAMES MONIELLO, 1200 COLONADES DR APT 109, FORT PIERCE, FL 34949-3065

10925   JAMES MORAN, 2330 WILLET ST, BRUNSWICK, GA 31520-4751

10924   JAMES MYERS COMPANY, 12306 CONWAY ROAD **EXEMPT JOBS**, BELTSVILLE, MD 20705

10924   JAMES MYERS COMPANY, 12306 CONWAY ROAD **TAXABLE JOBS**, BELTSVILLE, MD 20705

10924   JAMES MYERS COMPANY, BOX 1120, BELTSVILLE, MD 20705

10924   JAMES MYERS COMPANY, P.O. BOX 1120, BELTSVILLE, MD 20704

10925   JAMES N PRYOR, 3253 DANMARK DR, W FRIENDSHIP, MD 21794-9711

10925   JAMES NEVILLE, 3718 AVE T, NEW YORK, NY 11234-4932

10925   JAMES O BLAKESLEE, 6951 WYNFIELD DR, BLACKLICK, OH 43004-8552

10925   JAMES O BRIEN &, CAROL O BRIEN JTWRS JT TEN, 12441 GRINDLEY, STERLING HEIGHTS, MI 48312-3145

10925   JAMES O JOHNSON JR &, ANNA P JOHNSON JT TEN, 8910 BLUFFWOOD LA, OXON HILL, MD 20744-6764

10925   JAMES O WEEKS, 822 DOROTHY ST, CHULA VISTA, CA 91911-3909

10925   JAMES P ANDERSON 4TH, 355 WILLOW AVE, CORTE MADERA, CA 94925-1559

10925   JAMES P DEMARIA DEMARIA & ASSOCIATE, 6 BEACON ST, SUITE 200, BOSTON, MA 02108

10925   JAMES P HAAS &, ILIANA P HAAS TEN ENT, 503 EDGEVALE RD, BALTIMORE, MD 21210-1901

10925   JAMES P HUGHES, 22 CUMMINGS ST, IRVINGTON, NJ 07111-2511

10925   JAMES P KRUGER & ASSOC, INC, 5364 KERGER RD., ELLICOTT CITY, MD 21043

10925   JAMES P LEONARD, 170 HILLTOP RD RT 2, SUTTONS BAY, MI 49682-9802

10925   JAMES P MCNAIR &, CATHERINE W MCNAIR JT TEN, 812 NE 17TH WAY, FORT LAUDERDALE, FL 33304-4471

10925   JAMES P MORGAN, 5622 OLD RANCH ROAD, PARK CITY, UT 84068

10925   JAMES P MURPHY & MARY C, MURPHY JT TEN, 8372 ST FRANCIS COURT, CENTERVILLE, OH 45458-2762

10925   JAMES P SHEAHAN ASSOC INC, 1001 S. 10 1/2 MILE ROAD, MIDLAND, MI 48640

10925   JAMES P SIRIDAKIS &, TINA M SIRODAKIS JT TEN, 6677 SNUG HARBOR LANE, GIG HARBOR, WA 98335-1973

10925   JAMES P. NEEVES, 1304 N. OCEAN BLVD, GULF STREAM, FL 33483

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAMES P. NEEVES, 1304 NORTH OCEAN BLVD., GULF STREAM, FL 33483

10925   JAMES PATRICK BELL, 9701 S 90TH AVE, PALOS HILLS, IL 60465-1049

10925   JAMES POSS, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10924   JAMES PRESTON, 1200 NW 15TH AVENUE, POMPANO BEACH, FL 33069

10925   JAMES PROPERTY MGMT CORP, 110 WEST ROAD SUITE 203, TOWSON, MD 21204

10925   JAMES PUBLISHING INC., PO BOX 25202, SANTA ANA, CA 92799-5202

10925   JAMES PUBLISHING INC., PO BOX 25202, SANTA ANA, CA 92799-5202

10925   JAMES R ANDERSON &, BEVERLY F ANDERSON JT TEN, 398 LIND ROAD, CRYSTAL FALLS, MI 49920-9694

10925   JAMES R ANDERSON, HWY 221, ENOREE, SC 29335

10925   JAMES R BARNETT, PO BOX 70407, ODESSA, TX 79769-1407

10925   JAMES R BROCK &, JOANNE Z BROCK JT TEN, 300 N COLLEGE ST, CEDARTOWN, GA 30125-2606

10925   JAMES R CARROLL &, KATHY A CARROLL JT TEN, 9416 NORWOOD LN N, MAPLE GROVE, MN 55369-7147

10925   JAMES R COLLISON, PO BOX 837, ALMA, NE 68920-0837

10925   JAMES R ELSWICK, 156 ROCKY RUN RD, FREDERICKSBURG, VA 22406

10925   JAMES R FRAZIER, 1133 E CHARLOTTE RD, OLATHE, KS 66061

10925   JAMES R GARCIA &, VIKKI B GARCIA JT TEN, 25 NO 3750 WEST, VERNAL, UT 84078-0000

10925   JAMES R HANSEN, 17305 QUEEN ANN LN, TINLEY PARK, IL 60477-7878

10925   JAMES R JOYCE &, MARY B JOYCE JT TEN, 54 ACORN ROAD, MADISON, CT 06443-3340

10925   JAMES R MIES &, RUTH F MIES JT TEN, 1961 N E 55TH ST, FT LAUDERDALE, FL 33308-3150

10925   JAMES R NICKELS, 600 NORTH ALABAMA ST E 1202, INDIANAPOLIS, IN 46204-1407

10925   JAMES R PURSELL, 1401 S 17TH ST, HERRIN, IL 62948-2556

10925   JAMES R RUFF, 6640 BAY CIR 314, NORCROSS, GA 30071-1210

10925   JAMES R RULE &, PEGGY M RULE JT TEN, 790 CHERRY AVE, WAYNESBORO, VA 22980-4407

10925   JAMES R SCHIFFER, 912 PROSPECT ST, WESTFIELD, NJ 07090-3932

10925   JAMES R SISEMORE, 3601 THRUSHWOOD DR, CHATTANOOGA, TN 37415-4854

10925   JAMES R SWANSON, 3536 NORIEGA ST, SAN FRANCISCO, CA 94122-4026

10925   JAMES R TAYLOR, 122 GREENRIDGE CIR, LEAGUE CITY, TX 77573

10925   JAMES R THOMPSON &, DONNA L THOMPSON JT TEN, 9089 SKYLANE DR, WADSWORTH, OH 44281-9513

10925   JAMES R WEAVER, 415 MCKNIGHT LOOP, MASON, TN 38049-6325

10925   JAMES R. HYDE, 8202 BURNLEY RD., TOWSON, MD 21204

10925   JAMES R. MCCUEN, 1904 ANDERSON HWY, WILLIAMSTON, SC 29697

10925   JAMES R. SMITH TRUCKING CO INC, 86 CUPP RD, CULLMAN, AL 35055

10925   JAMES RIDGIK, 92 W 28TH ST, BAYONNE, NJ 07002-3849

10925   JAMES ROBERT ANGLE &, CAROL ANN ANGLE JT TEN, 88 LOWELL RD, E PEPPERELL, MA 01463-1710

10925   JAMES RODNEY YOUNGSON, YOUNGSON CO. INC.- GEN COUNSEL, 1155 COAST VILLAGE RD., SUITE F, MONTECITO, CA 93108

10925   JAMES ROSENSTIHL, 1111 N MERIDIAN ST, LEBANON, IN 46052-1811

10925   JAMES ROY KENNEDY, RT. 1, DOLLY POND RD., BIRCHWOOD, TN 37308

10925   JAMES ROY MADEJ, 181 CHELSEA RD, PASADENA, MD 21122-3014

10924   JAMES RUSSELL ENGINEERING WORKS INC, 9 DEWARS STREET, DORCHESTER, MA 02125

10925   JAMES S BROWDER, 8610 CALLIE AVE, MORTON GROVE, IL 60053-2803

10925   JAMES S CAPOOT &, JANIECE J CAPOOT TRUSTEES UTD, 12-21-89 FBO JAMES S CAPOOT AND, JANIECE J CAPOOT, HCR 69 BOX 363-5, SUNRISE BEACH, MO 65079-

10925   JAMES S CHENAULT, 302 HIGH ST, RICHMOND, KY 40475-1344

10925   JAMES S LEIGH & JOAN E LEIGH, JT TEN, 4647 SW 37TH AVE, PORTLAND, OR 97221-3909

10925   JAMES S PANEK, 42 PETER ST, HOLLISTON, MA 01746

10925   JAMES S RAYL, 7701 MIAMI RD, MENTOR, OH 44060-3228

10924   JAMES S. LERTORA, 1701 MAYDALE DRIVE, SILVER SPRING, MD 20905

10925   JAMES S. ZELONIS, 55 HAYDEN AVE., LEXINGTON, MA 02173

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAMES SCOTT BRAGG, 340 ARBOR DR APT 1176, RIDGELAND, MS 39157

10925   JAMES SIMPSON, 6886 COTTON TAIL COVE, ARLINGTON, TN 38002

10925   JAMES SIMS, 11020 MINNEAPOLIS DR, COOPER CITY, FL 33026-4942

10925   JAMES SKOLAS, 38500 TOWNHALL ST, MOUNT CLEMENS, MI 48045-5527

10925   JAMES STEVE JARVIS &, CANDY JANE JARVIS JT TEN, RT 2 BOX 508A, NEW ALBANY, MS 38652-9802

10925   JAMES STOERNELL, 510 JUDITH DR, PITTSBURGH, PA 15236-2410

10925   JAMES T BARRY CO INC, 1232 N EDISON ST, MILWAUKEE, WI 53202

10925   JAMES T BEATTY, 102 SEVENTH AVE 2ND FL FRONT, HADDON HEIGHTS, NJ 08035-1622

10925   JAMES T BLAKELY TEST TR, 391 HOLLAND FORD RD, PELZER, SC 29669

10925   JAMES T FOLEY, 523 SHARP DR, MICKLETON, NJ 08056-1441

10925   JAMES T HOWELL &, ALLENE O HOWELL JT TEN, 137 S CARDINAL LANE, ST CHARLES, MO 63301-1284

10925   JAMES T REYNOLDS &, ESTELLE K REYNOLDS JTWRS JT TEN, 2255 W SHAKESPEARE, CHICAGO, IL 60647-3216

10925   JAMES T WARRING SONS, INC, 1321 S CAPITOL ST. SW, WASHINGTON, DC 20003

10925   JAMES T WARRING SONS, INC, 4545 S ST., CAPITOL HEIGHTS, MD 20743

10925   JAMES TOLONE, 5959 W 55TH ST, CHICAGO, IL 60638-2721

10925   JAMES V SIMONI EX EST, DELLA SIMONI, 16180 UVAS ROAD, MORGAN HILL, CA 95037-9137

10925   JAMES V STERBA &, VIVIAN L STERBA JT TEN, 5833 S KRAMER RD, LANGLEY, WA 98260-9730

10925   JAMES VICK &, ROKSAN VICK JT TEN, 1733 MILFORD, HOUSTON, TX 77098-5407

10925   JAMES W ALLAN, 4 ANSIE RD, CHELMSFORD, MA 01824-4002

10925   JAMES W BAKER, 1508 W TUCKER BLVD, ARLINGTON, TX 76013-5033

10925   JAMES W BRADEN, 316 LAUDERDALE AVE, COVINGTON, TN 38019-2818

10925   JAMES W BUDKE &, CHRISTINE L BUDKE JT TEN, BOX 375, HAMLER, OH 43524-0375

10925   JAMES W BUGENHAGEN, 4946 GRAND AVE APT 4, KANSAS CITY, MO 64112-2632

10925   JAMES W BUTLER &, CHARLOTTE S BUTLER, JT TEN, BOX 854, LAKE CHARLES, LA 70602-0854

10925   JAMES W CLEGG & FRANCES B CLEGG, TR UA MAR 8 94, THE CLEGG LIVING TRUST, 1 S140 SCHOOL ST, LOMBARD, IL 60148-4738

10925   JAMES W CLEGG &, FRANCES B CLEGG JT TEN, C/O YORK CENTER COM CO-OP, 1 S 140 SCHOOL ST, LOMBARD, IL 60148-4738

10925   JAMES W FIELDS, 98 GRANT AVE, ISLIP, NY 11751-3503

10925   JAMES W HAYNER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JAMES W HUDSON, C/O MERRILL LYNCH PIERCE, FENNER & SMITH INC, 165 BROADWAY, NEW YORK, NY 10006-1404

10925   JAMES W LARKIN &, ALLISON LARKIN JT TEN, 19 MIDDLE RD, BRONXVILLE, NY 10708-1934

10925   JAMES W LEICHTI &, ALICE M LEICHTI TRUSTEES, THE JAMES W LEICHTI TRUST, 4729 WALLBANK AVE, DOWNERS GROVE, IL 60515-3407

10925   JAMES W MILLER, 89 HOBART AVE, SHORT HILLS, NJ 07078-2005

10925   JAMES W OWENS CHARTERED, PO BOX 2757, 730 CLARK ST, PO BOX 2757, PADUCAH, KY 42002-2757

10925   JAMES WAKUP, 315 WICKHAM DR, SCHAUMBURG, IL 60194

10925   JAMES WALKER CO, 7109 MILFORD IND RD, BALTIMORE, MD 21208

10925   JAMES WALKER CO., 7109 MILFORD IND. ROAD, BALTIMORE, MD 21208

10925   JAMES WILBUR REID &, ROSALIE REID JT TEN, 2535 ST RT 28, PLEASANT PLAIN, OH 45162-0000

10925   JAMES WILSON SHIPLEY &, ELINOR VAWTER SHIPLEY JT TEN, 2300 CEDAR FIELD PKWY 361, RICHMOND, VA 23233

10925   JAMES WILSON ULMAN, PO BOX 308, JARRETTSVILLE, MD 21084-0308

10925   JAMES WU, 219-10 36TH AVE, BAYSIDE, NY 11361-2256

10925   JAMES X SMITH &, NANCY SMITH JT TEN, 146 BAY 34TH ST, BROOKLYN, NY 11214-5208

10925   JAMES YOUNG KUHNERT, 1860 WADDLE RD, STATE COLLEGE, PA 16803-1635

10925   JAMES ZIEDE &, MARGARET ZIEDE, JT TEN, 428 - 97TH ST, BROOKLYN, NY 11209-7406

10925   JAMES, ALVA, 4454 FALCON CT., CONLEY, GA 30027

10925   JAMES, AMY, 10049 WESTPARK DR, HOUSTON, TX 77042

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JAMES, AMY, 8911 SW 142ND AVE, MIAMI, FL 33106 | |
| 10925 | JAMES, AMY, 8911 SW 142ND AVE, MIAMI, FL 33186 | |
| 10925 | JAMES, ANN P, 420 ROCK ROAD, GLEN ROCK, NJ 07452-1847 | |
| 10925 | JAMES, ANN P, CUST FOR CHRISTOPHER J JAMES, UNIF GIFT MIN ACT NJ, 420 ROCK RD, GLEN ROCK, NJ 07452-1847 | |
| 10925 | JAMES, ANN P, CUST FOR TARA CLARE JAMES, UNIF GIFT MIN ACT NJ, 420 ROCK RD, GLEN ROCK, NJ 07452-1847 | |
| 10925 | JAMES, ANNETA, 1941 SW 8TH ST, OCALA, FL 34474 | |
| 10925 | JAMES, AUDREY, 5441 NORTH 24TH ST, MILWAUKEE, WI 53209 | |
| 10925 | JAMES, BARBARA, PO BOX 165, LITTLEFIELD, TX 79339 | |
| 10925 | JAMES, BILL, 6000 MILES ST, ODESSA, TX 79763 | |
| 10925 | JAMES, BRIAN, 101-13 LONGSHORE DR, BELTON, SC 29627 | |
| 10925 | JAMES, BRIAN, 6204-D SUMMER POND DR, CENTREVILLE, VA 22020 | |
| 10925 | JAMES, BROOKE, 5270 N. 91ST ST, MILWAUKEE, WI 53225 | |
| 10925 | JAMES, C, 6443 CURREYWOOD DRIVE, NASHVILLE, TN 37205 | |
| 10925 | JAMES, CAROL, 7310 NW 46CT, LAUDERHILL, FL 33319 | |
| 10925 | JAMES, CAROLYN, 3505 ROCKBROOK DRIVE, PLANO, TX 75074 | |
| 10925 | JAMES, CHERRY, 162 W COLLINS ST, MOBILE, AL 36606 | |
| 10925 | JAMES, CHRISTOPHER, 109 FOWLER ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | JAMES, CHRISTOPHER, 16516 SNOWDEN, DETROIT, MI 48235 | |
| 10925 | JAMES, CRISTAL, RT 1 BOX 74-A, CARTHAGE, MS 39051 | |
| 10925 | JAMES, DANNETTE, 8034 KY RT 1428, MARTIN, KY 41649 | |
| 10925 | JAMES, DARLENE, 904 RETGERST, ST. LOUIS, MO 63104 | |
| 10925 | JAMES, DAVID, 1325 WILLOW SPRG RD, BALTIMORE, MD 21228 | |
| 10925 | JAMES, DEBRA, 6914 WOODSTREAM APT #101, LANHAM, MD 20706 | |
| 10925 | JAMES, DELORIS, 2102 POPPY LN., RICHARDSON, TX 75081 | |
| 10925 | JAMES, EDWIN, 250 KENNEDY ST., CHULA VISTA, CA 91911 | |
| 10925 | JAMES, ERMA, 1518 CUMBERLAND, WACO, TX 76707 | |
| 10925 | JAMES, ERTHA, 3770 MANSFIELD AVE, NEW ORLEANS, LA 70114 | |
| 10925 | JAMES, GERRI, 62 FOREST GLEN DR., IMPERIAL, PA 15126 | |
| 10925 | JAMES, GLENN, PO BOX 158, ROAD 1214, HENRICO, NC 27842 | |
| 10925 | JAMES, GREGORY, 5520 WESTBARD AVE, BETHESDA, MD 20816 | |
| 10925 | JAMES, HEIDI, 6801 SHARON CT., COLUMBUS, OH 43229 | |
| 10925 | JAMES, JANET, 16119 MT KENYA CT, FOUNTAIN VALL, CA 92708 | |
| 10925 | JAMES, JEAN, 1315 MEMORIAL DR EXT, GREER, SC 29651-8464 | |
| 10925 | JAMES, JENNIA, 5802 ANNAPOLIS RD #201, BLADENSBURG, MD 20710 | |
| 10925 | JAMES, JO, 106 COLE ROAD, ATOKA, TN 38004 | |
| 10925 | JAMES, JOHN G, 420 ROCK RD, GLEN ROCK, NJ 07452-1847 | |
| 10925 | JAMES, JOHN H W, FOREST ROAD, PYRFORD SURREY, SY GU22 8LUUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | JAMES, JOY A, 4468 CHARLESWOOD ROAD, MEMPHIS, TN 38117 | |
| 10925 | JAMES, JOY, 4468 CHARLESWOOD ROA, MEMPHIS, TN 38117 | |
| 10925 | JAMES, JUDY, 1404 CLARKSON RD, RICHMOND, VA 23224 | |
| 10925 | JAMES, KAREN, 1822 SHUMWAY, CASPER, WY 82601 | |
| 10925 | JAMES, KELLY, 6055 NORCROSS TUCKER ROAD, A8, NORCROSS, GA 30093 | |
| 10925 | JAMES, KENNETH, 590 RIVER RD, PELZER, SC 29669 | |
| 10925 | JAMES, KEVIN, 5806 STEVEN DR, ST JOSEPH, MO 64503 | |
| 10925 | JAMES, KEVIN, DEPUTY ATTY GENERAL, 1515 CLAY ST 20TH FL, OAKLAND, CA 94612-1413 | |
| 10925 | JAMES, KIMBERLY, 6925 STRATTON SQ, INDIANAPOLIS, IN 46260 | |
| 10925 | JAMES, L, C/O ANN ANDREOSATOS WR GRACE, 62 WHITTEMORE AVE CAMBRI, MA 02140 | |
| 10925 | JAMES, LAUREN, 596 NW 38TH TERRACE, DEERFIELD BEACH, FL 33442 | |
| 10925 | JAMES, LINDA, 576 E. QUAIL, SPARKS, NV 89431 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAMES, LYNN, PO BOX 1033, DUNCAN, SC 29334

10925   JAMES, M, 2840 ESTATES ROAD, MACON, GA 31206-6324

10925   JAMES, MARY, 114 BLAKE DAIRY RD, BELTON, SC 29627

10925   JAMES, MCELROY & DIEHL, PA, 600 SOUTH COLLEGE ST, CHARLOTTE, NC 28202

10925   JAMES, MICHAEL R, 1342 PHILS DR., CHATTANOOGA, TN 37421

10925   JAMES, MICHAEL, 1342 PHILS DRIVE, CHATTANOOGA, TN 37421

10925   JAMES, MICHAEL, 715 N MARKET ST, SHREVE, OH 44676

10925   JAMES, MISTY, PO BOX 1033, DUNCAN, SC 29334

10925   JAMES, NATALIE, 30 COOPERLAKE RD. APT. C-6, MABLETON, GA 30059

10925   JAMES, NICKEYA, 2722 N BONSALL ST, PHILADELPHIA, PA 19132

10925   JAMES, NIKILETTE, 1625 CONLEY ROAD APT. 253, CONLEY, GA 30027

10925   JAMES, PAMELA, 7812 FARRELL, AMARILLO, TX 79109

10925   JAMES, PHYLLIS, 580 WILLIAMS BOTTOM, INMAN, SC 29349-9517

10925   JAMES, RAY, 10026 OLD ORCHARD, LAPORTE, TX 77571

10925   JAMES, REBECCA, 1008 BEECH TREE LANE, BRENTWOOD, TN 37027

10925   JAMES, REGINALD, 129 LONGST CIR, OXFORD, GA 30267

10925   JAMES, RICHARD, 2800 2B PAVILLION PL, MIDLOTHIAN, VA 23112

10925   JAMES, RONALD, 604 S. CEDAR, LUTHER, OK 73054

10925   JAMES, RONNIE, ROUTE 2 BOX 566, MONETTA, SC 29105

10925   JAMES, ROXANNE, 114 RIVER RIDGE DRIVE, MOORE, SC 29369

10925   JAMES, SCHAEFFER & SCHIMMING, INC, 2300 NORTH BARRINGTON RD, HOFFMAN ESTATES, IL
        60195-2033

10925   JAMES, SCHERYL, 7914 WAYSIDE TRAIL, SAN ANTONIO, TX 78244

10925   JAMES, STEVEN F, 31 OLD VILLAGE RD, ACTON, MA 01720

10925   JAMES, STEVEN, 14609 PRENDA ST, VICTORVILLE, CA 92394

10925   JAMES, STEVEN, 31 OLD VILLAGE RD, ACTON, MA 01720

10925   JAMES, SUSAN, 824 MANSFIELD ROAD, ST JOSEPH, MO 64504

10925   JAMES, THOMAS, ROUTE 1 BOX 289, LUTHER, OK 73054

10925   JAMES, TOMMY, 400 DRURY LANE, MAULDIN, SC 29662

10925   JAMES, VIVIAN, 180 E EMERSON WAY, SPARKS, NV 89431-1412

10925   JAMES, W SCOTT, 27 MELVILLE RD, WEST WINDSOR, NJ 08550

10925   JAMES, WAYNE, 875 E. SEMINOLE DRIVE, BYRON, GA 31008

10925   JAMES, WILLIAM, 5270 N 91ST ST, MILWAUKEE, WI 53225

10924   JAMESBURY DISTRIBUTING, INC., 2080 W. HWY. 520, COCOA, FL 32926

10925   JAMES-HILTENBR, CYNTHIA, 8141 SCENIC TURN, BOCA RATON, FL 33433

10924   JAMESON CHEMICAL, CAMBRIDGE, MA 02140

10924   JAMESON COMPANY LTD, 2200 TERMINAL ROAD, NILES, MI 49120

10925   JAMESON JT TEN, JOHN EDGAR & DEBORAH J, 725 HILLVIEW DR, CINCINNATI, OH 45245-2010

10925   JAMESON ROOFING CO INC, 3761 EAST LAKE ROAD, DUNKIRK, NY 14048

10924   JAMESON ROOFING COMPANY, 1649 PHILMOOR AVENUE, BUFFALO, NY 14211

10924   JAMESON ROOFING COMPANY, 3761 E. LAKE ROAD, DUNKIRK, NY 14048

10924   JAMESON ROOFING COMPANY, 3761 EAST LAKE ROAD, DUNKIRK, NY 14048

10925   JAMESON, BART, 1220 RICHLAND ST, IOWA PARK, TX 76367

10925   JAMESON, CRAIG E, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925   JAMESON, CRAIG E, 305 MIDDLE ROAD, BRENTWOOD, NH 03833

10925   JAMESON, CRAIG, 305 MIDDLE ROAD, BRENTWOOD, NH 03833

10925   JAMESON, CRAIG, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   JAMESON, GEOFFREY, 2950 PLEASANT, 213, ODESSA, TX 79761

10925   JAMESON, JOSH, 212 PIERRON ST, NORTHVALE, NJ 07647

10925   JAMESON, VITA, 4900 JEWELL COURT, BAKERSFIELD, CA 93304

10925   JAMES-REIGER, LORI, 10827 W GLENROSA, PHOENIX, AZ 85039

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAMESTOWN AREA LABOR -, PO BOX 819, JAMESTOWN, NY 14702-0819

10924   JAMESTOWN BLOCK, 2459 FALCONER-FREWSBURG RD., JAMESTOWN, NY 14701

10924   JAMESTOWN BLOCK, 2459 SALCONER FREWSBURG, JAMESTOWN, NY 14701

10925   JAMESTOWN FOUNDATION, 1528 18TH ST. NW, WASHINGTON, DC 20009

10924   JAMESTOWN PAINT & VARNISH, 108 MAIN STREET, JAMESTOWN, PA 16134

10925   JAMES-WILLMOT CLINIC, THE, 100 MEDICAL CENTER DR, WOODRUFF, SC 29388

10925   JAMEYSON, PHILLIP, 2551 LOOP 35 #905, ALVIN, TX 77511

10925   JAMIAS, JENNIFER, 1612 ONEIL CIRCLE, ROCHESTER HILLS, MI 48307

10925   JAMIESON, ROBERT, 35 CANADA ST, LOWELL, MA 01852-4401

10924   JAMIL PACKAGING, BLDG. 2, 1117 W. SAMPLE ST., SOUTH BEND, IN 46619

10924   JAMIL PACKAGING, PO BOX 4336, SOUTH BEND, IN 46634

10925   JAMISON ASSOC, 1001 TEXAS ST STE 1400, HOUSTON, TX 77002-3194

10925   JAMISON COMPANY INC - SUBWAY, 13980 SW 139TH COURT, MIAMI, FL 33186

10925   JAMISON, CHRISTINE, 1314 N HERALD, SPOKANE, WA 99206

10925   JAMISON, DAVID, 311 JACKSON ST, ROANOKE RAPIDS, NC 27870

10925   JAMISON, DIANE, 18 MATTESON BROOK LN, SIMPSONVILLE, SC 29681-7256

10925   JAMISON, GENE, RD 3L, BOX 3946, READING, PA 19606

10925   JAMISON, GERALDINE, 13318 S COUNTRY CLUB CT, B1, PALOS HEIGHTS, IL 60463

10925   JAMISON, GREGORY, 7232 PROCOPIO CIRCLE, COLUMBIA, MD 21046

10925   JAMISON, KENDALL, 101 SUGARWOOD DRIVE, AIKEN,, SC 29801

10925   JAMISON, MILDRED, 5908 BRANIFF DRIVE, OKLAHOMA CITY, OK 73105

10925   JAMISON, SANDRA, 8197 HAY LOFT, CORDOVA, TN 38018

10925   JAMISON, STACEY, 2934 E DIAMOND, MESA, AZ 85204

10925   JAMKE, RUTH, PO BOX 1137, MERRIMACK, NH 03054

10925   JAMMEH, FAYE, 810 WINDY HILL RD, SMYRNA, GA 30080

10925   JAMNIK, JEROME, 10437 S NATOMA, CHICAGO RIDGE, IL 60415

10924   JAMO INC, 8850 NW 79 AVENUE, MIAMI, FL 33166

10925   JAMPO, DOMINIC, 1209 MORSTEIN ROAD, WEST CHESTER, PA 19380

10925   JAMROG-MCQUAID, CHAMIN, 131 FERRY ST, EASTHAMPTON, MA 01027

10925   JAMROS, EDWARD, 13 HAGGERTY ST, ADAMS, MA 01220

10925   JAMROS, EDWARD, 41 TAYLOR ST, PO BOX 539, HINSDALE,, MA 01235

10925   JAMS/ENDISPUTE, 2200 ROSS AVE SUITE 4000, DALLAS, TX 75201

10925   JAN AIR INC., 10815 COMMERCIAL, RICHMOND, IL 60071

10925   JAN BAKER SHMUEL VASSER, SKADDEN, ARPS, SLATE MEAG, FOUR TIMES SQUARE, NEW YORK, NY 10036

10925   JAN BARANI, 400 VROOMAN AVE., SUITE 303, AMSTERDAM, NY 12010

10925   JAN C NEERING, 13824 RIDGEWOOD DR, PLYMOUTH, MI 48170-2492

10925   JAN CORBAN &, FRED R CORBAN JR JT TEN, 504 HEMLOCK LN, LIBERTYVILLE, IL 60048-3525

10925   JAN HANSEN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   JAN KAUFMAN, 5413 TRENT STREET, CHEVY CHASE, MD 20815

10925   JAN M HANSEN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JAN M HAYDEN WILLIAM H PATRICK, HELLER, DRAPER, HA, 650 POYDRAS ST, STE 2500, NEW ORLEANS, LA 70130-6103

10924   JAN PACKAGING, 100 HARRISON ST, DOVER, NJ 07801

10924   JAN PACKAGING, 100 HARRISON ST., DOVER, NJ 07801

10925   JAN TAYLOR, 22863 BARRISTER DR, BOCA RATON, FL 33433-6232

10925   JANA, DIPAYAN, 144 S. HIGHLAND AVE., STE 100, OSSINING, NY 10562

10925   JANACEK TESTING APPARATUS, 10011 BLOMBERG ST SW, OLYMPIA, WA 98512

10925   JANCA, ELAINE, 349 SAVANNAH RG #1, STATESBORO, GA 30458

10925   JANCIC, KATHLEEN, 376 ELDRIDGE ROAD, WELLS, ME 04090

10925   JANCO CONSTRUCTION COMPANY, INC, 19319 HWY. 101, IOWA, LA 70647

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JANCO DISTRIBUTING COMPANY, PO BOX 795, NEWBURY PARK, CA 91320

10925   JANCO, JUSTIN, 500-501 PARKER ST #814, BOSTON, MA 02115

10925   JANCZAK, ANTHONY, 4125 LOCH LAMOND DR, BALTIMORE, MD 21236

10925   JANDIK, JANICE, 3802 JULIE LN, FAIRFAX, IA 52228

10925   JANDRIN, GARY, N8704 TAMARACK RD, CASCO, WI 54205

10925   JANDRIN, PETER, 3896 SEVEN OAKS DR, DEPERE, WI 54115

10925   JANE A SUNDAY, 1166 HARRISBURG PIKE, CARLISLE, PA 17013-1617

10925   JANE A WELLS, 4625 BUCKLEY COURT, ATLANTA, GA 30338-5901

10925   JANE A WIEDERHOLD, 4626-973-302, PARK ROAD, PLEASANT VALLEY, CT 06063

10925   JANE B FRANK, C/O BURBANK, 1428 HENRY ST, ANN ARBOR, MI 48104-4408

10925   JANE B MAIER EX UW, GEORGE MAIER JR, 6933 TRAUP AVE, KANSAS CITY, KS 66102-1072

10925   JANE BARR CLINTON, 575 SENTINEL RD, MOORESTOWN, NJ 08057-2135

10925   JANE C LUEG, 6 EAGLE TRACE, MANDERVILLE, LA 70471-6760

10925   JANE CHIN, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   JANE DEE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   JANE DOWELL, 7500 GRACE DR., COLUMBIA, MD 21044

10925   JANE ELIZABETH FREI, PO BOX 469, HOLDERNESS, NH 03245-0469

10925   JANE ELIZABETH HUNTOON, BOX 469 - SHEPARD HILL, HOLDERNESS, NH 03245-0469

10925   JANE F DEE, 693 CORONA WAY, DEERFIELD BEACH, FL 33442

10925   JANE GREENE, 6001 NORTH BROOKLINE, OKLAHOMA CITY, OK 73112-4256

10925   JANE H KAVANAGH, 2 FIELDS LANE, CHESTER, NY 10918-2313

10925   JANE L GRAY TRUSTEE OF THE, JANE L GRAY TRUST, UTA DTD 11 1 88, 2203 N VERMONT, ROYAL OAK, MI 48073-4262

10925   JANE L MILLER, 133 POLLYANNA DR, GERMANTOWN, OH 45327-1470

10925   JANE L RUEHLE, 14000 EAST PROGRESS WAY, AURORA, CO 80015-1116

10925   JANE M HIGHT, 1420 BELLE GLADE, JACKSON, MS 39211-5936

10925   JANE M IGLEHART & CHARLES S, IGLEHART TR UA SEP 17 97 JANE M, IGLEHART LIVING TRUST, 364 STONEHOUSE DRIVE, SEVERNA PARK, MD 21146-2042

10925   JANE M MURRAY, 1593 HARTFORD TURNPIKE, NORTH HAVEN, CT 06473-1246

10925   JANE MCCARTHY, 14 ROCK RIDGE RD, LARCHMONT, NY 10538-3918

10925   JANE R ROBERTS, 7443 PIRATES COVE COURT, CHARLOTTE, NC 28227-1218

10925   JANE ROBINSON, 1411 AVE G, STERLING, IL 61081-2131

10925   JANE S ORD, AS SEPARATE PROPERTY, 3336 LAS HUERTAS RD, LAFAYETTE, CA 94549-5109

10925   JANE T PECKEL, PO BOX 177, 55 E MT AIRY, CROTON ON HUDSON, NY 10520-3409

10925   JANE T UPTON, PO BOX 1568 F D R STATION, NEW YORK, NY 10022-0000

10925   JANE TEAGAN TR UA OCT 18 77, JANE TEAGAN TRUST, 1650 E DAVISBURG RD, HOLLY, MI 48442-8665

10925   JANE TILDEN C JOHNSON, PO BOX 223, ELIZABETHTOWN, NC 28337-0223

10925   JANE UPTON TR, UA JAN 9 98, THE BASIL SCHMOOKLER & JANE, UPTON REVOCABLE TRUST, PO BOX 1568 FDR STATION, NEW YORK, NY 10150-1568

10925   JANE VAN TUYL MORRIS, C/O JANE VAN TUYL KUNTZ, RD 3 BOX 3188, SAYLORSBURG, PA 18353-9628

10925   JANE VOELCKER, 907 CHATEAU KNOLL, BETTENDORF, IA 52722-3428

10925   JANE W EIDSON, 3908 KIPLING AVE, MINNEAPOLIS, MN 55416-5066

10925   JANE W IZZO &, WESLEY ALFRED, JT TEN, 2 N PARK, AUBURN, NY 13021

10925   JANE W KALTENHEUSER & HAROLD B, KALTENHEUSER JR TR UA MAR 31 95, 1625 WEBSTER ST N W, WASHINGTON, DC 20011-4209

10925   JANE WELLS, 1828 W EDDY, CHICAGO, IL 60657-1007

10925   JANE WEXLER, 24 PRINCE ST APT.2, NEW YORK, NY 10012

10925   JANE WILLETTA SIMS FULTZ, TR UDT MAY 7 87 FULTZ, FAMILY TRUST, 11827 GERALD AVE, GRANADA HILLS, CA 91344-2850

10925   JANECZKO, JOSEPH, 90 SOUTH MEADOW DRIVE, ORCHARD PARK, NY 14127

10925   JANEDA, KENDRA, 3671 27TH AV.SW, NAPLES, FL 33964

*9*

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    JANELL INC, 6130 CORNELL ROAD, CINCINNATI, OH 45242

10924    JANELL, INC., 801 E FIRST ST., DAYTON, OH 45402

10925    JANELLE D WALKER, 1787 NW BELLA VISTA AVE, GRESHAM, OR 97030-3684

10925    JANELLE SUTTON, 1002 JAMI WAY, ELK CITY, OK 73644-2249

10925    JANES, BRIAN, PO BOX 629, KIOWA, CO 80117

10925    JANES, JIMMIE, 3222 WASHINGTON ST., GREENVILLE, TX 75401

10925    JANES, KATHERINE, 38 JODIE RD, FRAMINGHAM, MA 01701

10925    JANESY, KARETA B, POBOX 1293, ZELLWOOD, FL 32798

10925    JANESY, KARETA, 1609 BORDEAUX DR., LEESBURG, FL 34748

10925    JANET A. MILLER, 4775 ROLLING MEADOWS DR, MEMPHIS, TN 38128

10925    JANET ANN HISSONG, 102 STRAWBERRY LANE, YORKVILLE, IL 60560-1051

10925    JANET CORUM TR UA AUG 29 00, ANN M GERIBA LIVING TRUST, 1030 AURORA AVE APT A 111, NAPERVILLE, IL 60540-6468

10925    JANET D HEIL TR UDT JUN 5 96, 1111 SUPERIOR AVE STE 1000, CLEVELAND, OH 44114-2500

10925    JANET DAVIS, 7500 GRACE DR., COLUMBIA, MD 21044

10925    JANET F. HOLL, 655 SIMPSON, SAINT PAUL, MN 55104

10925    JANET FAIRBANK, 5170 FULTON ST N W, WASHINGTON, DC 20016-3449

10925    JANET FERGUSON KNUTSEN, 21 WASHINGTON COURT, LIVINGSTON, NJ 07039-2118

10925    JANET H WINSTON, 550 SOUTH OCEAN BLVD, APT 1808, BOCA RATON, FL 33432-6284

10925    JANET JAMES, 7237 E GAGE AVE, LOS ANGELES, CA 90040

10925    JANET K KRUSE, C/O JANET KRUSE WILLIAMS, 12765 HWY 13, RICHMOND, MO 64085-8036

10925    JANET KACZENSKI, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925    JANET L FARR &, EDWARD S FARR TR UA AUG 11 97, JANET L FARR REVOCABLE TRUST, 90 ELDRID DR, SILVER SPRING, MD 20904-2912

10925    JANET L WEBB, 2163 ASTER RD, MACUNGIE, PA 18062-9356

10925    JANET LEE DUDLEY, 2315 FT WILLIAM DR, OLNEY, MD 20832-1665

10925    JANET LEWIS, 1130 QUINTARA ST, SAN FRANCISCO, CA 94116-1227

10925    JANET LYNN EDWARDS, 52-40 39TH DR APT 3T, WOODSIDE, NY 11377-4036

10925    JANET M GLAUBKE, 4888 RUE LE MANS, SAN JOSE, CA 95136-3377

10925    JANET M HACKMAN, 1108 LAUREL AVE, SEA GIRT, NJ 08750-2408

10925    JANET MASON, 8 ROLLING BROOK, IRVINE, CA 92612-3423

10925    JANET OBRIEN, 1 TYLER LANE, MIDDLETON, MA 01949

10925    JANET P MORRIS, 4990 SENTINEL DR APT 404, BETHESDA, MD 20816-3584

10925    JANET RHOADS PINKOWITZ, 548 RIVERSIDE DR 5C, NEW YORK, NY 10027-3911

10925    JANET S UNGER, 91 ROSS HALL BLVD S, PISCATAWAY, NJ 08854-5814

10925    JANET ST. BERNARD, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    JANET SUSAN LEECH &, STEPHEN HARRY LEECH JT TEN, 410 UPLAND ROAD, ELKINS PARK, PA 19027-2422

10925    JANET T TOMASCH, 7522 RIVER RD, OLMSTED FALLS, OH 44138-1518

10925    JANGABA, CAROLINE, 17829 WASHINGTON, GAITHERSBURG, MD 20877

10925    JANGROW, J, 17 THOMPSON ST, ADAMS, MA 01220

10925    JANI KING OF BOSTON INC, 6 LINCOLN KNOLL LANE SUITE 104, BURLINGTON, MA 01803

10925    JANI, CHINU, 11 LAUREN RD, PALISADES, NY 10964

10925    JANI, SAMIR, 11 LAUREN ROAD, PALISADES, NY 10964

10925    JANICE A EINZIG, 825 WIKIUP DR, SANTA ROSA, CA 95403-1379

10925    JANICE C WEISBURG &, EDWARD M WEISBURG &, JOSEPH M WEISBURG JT TEN, 33 CHERYL LANE, WALTHAM, MA 02154-2131

10925    JANICE CALVERT, 305 E KILLARNEY DR, MOORE, SC 29369-9489

10925    JANICE COLEMAN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    JANICE E. SMOLA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    JANICE EMBURY, 1355 LAKEPOINTE ST, GROSSE POINTE, MI 48230-1013

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JANICE KEELER STEVENSON TR, UA JUL 7 89, JANICE KEELER STEVENSON TRUST, 8224 PECAN GROVE CIRCLE, TEMPE, AZ 85284-2312

10925   JANICE LINDSAY COMMUNICATIONS, 126 CROSBY ROAD, MARLBORO, MA 01752

10925   JANICE R MARTIN, 81 SOUTH LINDEN ST, MANHEIM, PA 17545-1613

10925   JANICE R SHADDUCK, 1205 3RD AVE SOUTH, CLINTON, IA 52732-4850

10925   JANICE S TITUS, 36 ARIEL WAY, AVON, CT 06001-3701

10925   JANICE SNODERLY, 1122 W HOMEDALE RD, CALDWELL, ID 83605-8191

10925   JANICE TOLEDO, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925   JANICKI, DAVID, 32 HIDDEN TRAIL, LANCASTER, NY 14086

10925   JANICKI, MARYANN, 32 HIDDEN TRAIL, LANCASTER, NY 14086

10925   JANIE B MOORE, 119 PINE LAKE DR, EASLEY, SC 29642-7920

10925   JANIE K RIEBE, 2965 SIGGELKOW RD, MCFARLAND, WI 53558-9631

10925   JANIE L GREENWOOD &, SUZANNE GILBERT JT TEN, 475 N HIGHLAND 8J, MEMPHIS, TN 38122-4534

10925   JANIES, CLARENCE, 135 E LEE ST, SULPHUR, LA 70663-5510

10925   JANIK, CINDY, 1632 MISSISSIPPI ST, MOBILE, AL 36608

10925   JANIK, EDWARD, 4620 S KEDVALE AVE, CHICAGO, IL 60632-4028

10925   JANIK, J LANCE, 5943 DUMFRIES, HOUSTON, TX 77096-3842

10925   JANI-KING OF ATLANTA, 6190 REGENCY PKWY SUITE 300, NORCROSS, GA 30071

10925   JANI-KING OF CALIFORNIA INC, 500 N STATE COLLEGE BLVD #900, ORANGE, CA 92868

10925   JANI-KING OF CINCINNATI, INC, 144 MERCHANT ST., STE. 255, CINCINNATI, OH 45246

10925   JANI-KING OF HOUSTON, 3727 GREENBRIAR SUITE 208, STAFFORD, TX 77477

10925   JANI-KING OF ILLINOIS INC., 1701 E WOODFIELD RD #1100, SCHAUMBURG, IL 60173

10925   JANI-KING OF MILWAUKEE INC, 16535 W BLUEMOUND ROAD SUITE 170, BROOKFIELD, WI 53005

10925   JANIS F LAWSON, PO BOX 743, LIMA, OH 45802-0743

10925   JANIS FINKEL GLUSMAN, 540 PUTNAM RD, MERION STATION, PA 19066-1021

10925   JANIS M HOBBS TR UA, JUL 27 90, JANIS M HOBBS LIVING TRUST, 721 S CHURCH ST, BROOKHAVEN, MS 39601-3811

10925   JANIS WALTER, C/O JANIS WADE, 906 E WASHINGTON, RUSHVILLE, IL 62681-1539

10925   JANIS, ANN, 48 DELAWARE AVE, CARTERET, NJ 07008

10925   JANIS, WYNNE, PO BOX 390450, CAMBRIDGE, MA 02139

10925   JANISZEWSKI, JOSEPH, 525 WAYNE DR, KING OF PRUSSIA, PA 19406

10925   JANISZEWSKI, KATHLEEN, 2501 MAPLE, RIVER GROVE, IL 60171

10925   JANISZEWSKI, MARGE, 181 OLD FARM CIRCLE, AMHERST, NY 14221

10925   JANITZ SERVICE COMPANY, 6102 HOWLAND COURT, HOUSTON, TX 77084

10925   JANKE, DAVID, 2830 LINDEN ST #1E, BETHLEHEM, PA 18017

10925   JANKE, GEORGE, 737 PALACE ST, AURORA, IL 60506

10925   JANKE, JON, 1038 SIXTH AVE, DES PLAINES, IL 60016

10925   JANKE, MARIA D, CUST FOR THOMAS JANKE, UNIF GIFT MIN ACT NJ, 202 E DRAKESTOWN RD, HACKETTSTOWN, NJ 07840-5657

10925   JANKE, WALTER, 283 MONTEREY CIR, LAVALLETTE, NJ 08735-1618

10925   JANKOWER, STEVEN M, PO BOX 2907, LAFAYETTE, LA 70502

10925   JANKOWSKI, AMELIA, 42 W 2ND ST, BOUND BROOK, NJ 08805

10925   JANKOWSKI, CARMEN, 1554 ACTON ST, BERKELEY, CA 94702

10925   JANKOWSKI, ERNEST A, 8845 W MELODY LA, MILWAUKEE, WI 53228-3428

10925   JANKOWSKI, ERNEST, 8845 W. MELODY LANE, MILWAUKEE, WI 53228-3428

10925   JANKOWSKI, GREGORY, 38240 POPLAR DR, WILLOUGHBY, OH 44094

10925   JANKY, STACEY, 907 NW 40TH TERR, GAINESVILLE, FL 32605

10925   JANNA MINSK, 272 DAY ROAD, VENTURA, CA 93003-2042

10925   JANNEY-MARSHALL CO INC, PODRAWER 59, FREDERICKSBURG, VA 22404-0059

10925   JANOPOULOS, JOHN, 4402 ELM AVE., LYONS, IL 60534

10925   JANORSCHKE, BARBARA, 2903 COLE DR., SAN DIEGO, CA 92110

10925   JANOVSKY, CAROLYN, 163 LINDEN ST, BRIDGEWATER, NJ 08807

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JANOWICZ, JOSEPH, 1914 OLD VALLEY COURT, DE PERE, WI 54115

10925   JANOWSKI, LAWRENCE, 1208 64TH ST, BALTIMORE, MD 21237

10924   JANSEN PHARMECUTICAL @ @, HOPEWELL, NJ 08302

10925   JANSEN, ANN, 59 LORIMAR ROAD, BELMONT, MA 02478

10925   JANSEN, CHRISTOPHER, 8 WEST ILLICK ST, WATERLOO, NY 13165

10925   JANSEN, KATHERINE ANN, 618 5TH ST, SNOHOMISH, WA 98290-2811

10925   JANSEN, MARGARET, 508 WEST 54TH ST, INDIANAPOLIS, IN 46208

10925   JANSEN, ROBERT, 1909 EAST AVE, PALMDALE, CA 93550

10925   JANSEN, SHARON, 2017 N. WILSON, ROYAL OAK, MI 48067

10925   JANSON, JAMES, 1420 N. CLOSNER ST., EDINBURG, TX 78539

10925   JANSON, STEVE, 2301 A. S. WASHINGTON, BEEVILLE, TX 78102

10925   JANSSEN MALLOY MARCHI NEEDHA, PO DRAWER 1288, EUREKA, CA 95501

10925   JANSSEN, ELNA, 2755 7TH AVE, COLUMBUS, NE 68601

10925   JANSSEN, HARRY, 104 W VIRGINIA ST, LUVERNE, MN 56156

10925   JANSSEN, JERRY, ROUTE 6 BOX 611, ENID, OK 73701-9563

10925   JANSSEN, KAREN, 6902 CHELSEA ST, MADISON, WI 53719

10925   JANSSEN, PAUL, 25741-468TH AVE, CROOKS, SD 57020-6004

10925   JANSSEN, THOMAS, BOX 243-A R 2, DENMARK, WI 54208

10925   JANSSENS III, JOSEPH, 1110 COMMANDERS WAY 402, ANNAPOLIS, MD 21401

10925   JANSSENS, JACQUIE, 1110 COMMANDERS WAY, ANQAPOLIS, MD 21401

10925   JANTUSCH, MARGARET, BOX 99 WHITON RD, NESHANIC STATION, NJ 08853

10924   JANUS COMPANY, CAMBRIDGE, MA 99999

10924   JANUS COMPANY, CONTIENTAL INSULATION, MARTINEZ, CA 94553

10925   JANUS HOTELS AND RESORTS INC., ONE RIVERFRONT PLAZA, NEWARK, NJ 07102-5497

10925   JANUS, DAVID, 2400 PLAINFIELD DR, FALLSTON, MD 21047

10925   JANUS, LOTTIE, 5515 N. MONTCLARE, CHICAGO, IL 60656

10924   JANUSZ ART STONE, 7025 NE 2ND AVENUE, MIAMI, FL 33138

10925   JANUSZ, ANGELA, 5323 COLUMBIA RD, COLUMBIA, MD 21045

10925   JAPAN AIR LINES, 6041 W IMPERIAL HWY, LOS ANGELES, CA 90045

10925   JAQUES ADMIRALTY LAW FIRM, 1370 PENOBSCOT BLDG, DETROIT, MI 48226

10925   JAQUIER, LLOYD, 2146 GLENALDEN DR WEST, GERMANTOWN, TN 38138

10925   JARA, SYLVIA, 2809 AINSLE, CHICAGO, IL 60626

10925   JARA, VICTORIA, 401 RAINIER ST., CEDAR HILL, TX 75104

10925   JARALD NICHOLAS WILLIS, 185 HORNE RD, TRYON, NC 28782-9752

10925   JARAMILLO, CLARA, 80 BROOKSIDE AVE., 12A, SOMERVILLE, NJ 08876

10925   JARAMILLO, LINDA, 1925 AVE O, LUBBOCK, TX 79405

10925   JARASITIS, CHRISTINE, 60 WINTER ST, CHELMSFORD, MA 01824

10925   JARBOE, DANIEL, 2786 RUSSELL ROAD, UTICA, KY 42376

10925   JARBOE, JOSEPH, 9792 MT LAUREL WAY, 3A, LAUREL, MD 20723

10925   JARBOE, RONALD A, 5529 US 60-E, OWENSBORO, KY 42303-9776

10925   JARBOE, RONALD, 3737 FREDERICA ST, OWENSBORO, KY 42301

10925   JARDIN, CHRISTOPHER, 17 WESTON ST, WALTHAM, MA 02154

10925   JARDIN, ELDA NANETTE, 335 LEMBECK AVE, JERSEY CITY, NJ 07305

10925   JARDINE, LESLIE A, 30 HEARTBREAK ROAD, IPSWICH, MA 01938

10925   JARDINE, LESLIE A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JARDINE, LESLIE, 3A WILLOW AVE, SALEM, MA 01970

10925   JARDINE, VIRGINIA, 122 WOODSIDE GREEN, 2B, STAMFORD, CT 06905

10925   JARDIOLIN, MARILOU, 43 TERRACE ST, BERGENFIELD, NJ 07621

10925   JARED MASON WILLIG, 220 RIDGEVIEW ROAD, PRINCETON, NJ 08540-7665

10925   JARESKE, JR, MARTIN, PO BOX 212, DUNCAN, NE 68634

10925   JARET, S, 4633 BREAKWATER WAY, MARIETTA, GA 30066

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   JARICK PRODUCST CO. INC, PO BOX 167, FARGO, ND 58107

10924   JARICK PRODUCTS, P.O. BOX 167, FARGO, ND 58107

10925   JARIN, ROLANDO, 1023 BARRETT AVE., CHULA VISTA, CA 91911

10924   JARL ENTERPRISES, 360 SHAW ROAD, SOUTH SAN FRANCISCO, CA 94080

10925   JARMAN, EDWARD, PO BOX 254, BERWICK, LA 70342-2416

10925   JARNAGAN, HARRY, 319 LEWELLEN DR NW, CEDAR RAPIDS, IA 52405

10925   JAROCK, DAVID, 654 S 9TH ST, DEPERE, WI 54115

10925   JARON, CORAZON, 50 JONES ST, JERSEY CITY, NJ 07306

10925   JARONECZYK, JOHN J, 217 NW 80 TERRACE, MARGATE, FL 33063

10925   JARONECZYK, JOHN J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   JARONECZYK, JOHN, 217 NW 80 TERRACE, MARGATE, FL 33063

10925   JAROS, RICHARD C, 119 SNELL DRIVE, CORAOPOLIS, PA 15108

10925   JAROS, RICHARD, 119 SNELL DR, CORAPOLIS, PA 15108

10925   JAROSZ, CINDY, 6011 S GRANT ST, LITTLETON, CO 80121

10925   JARRARD, DEBORAH, RT 2 BOX 3180, COMMERCE, GA 30529

10925   JARRARD, STEVEN, 2409 RUTH AVE, BALTIMORE, MD 21219

10925   JARRELL PLUMBING, 6920 WINTON, HOUSTON, TX 77021-4630

10925   JARRELL, CURTIS, 845 SYLVAN ROAD, MILLINGTON, TN 38053

10925   JARRELL, MARY, 902 MARY SUE DR, FLATWOODS, KY 41139

10925   JARRELL, MICHAEL, 310 BIG FALL CIRCLE, MANCHESTER, TN 37355

10925   JARRELL, OATHER, 4300 SOUTH SHAVER, 73, HOUSTON, TX 77034

10925   JARRELL, PAMELA, 1609 COLLETON DR, BURTON, SC 29902

10925   JARRELL, RANDY L, 1500 ROBIN DR., SULPHUR, LA 70663

10925   JARRELL, RANDY, 1500 ROBIN DRIVE, SULPHUR, LA 70663

10925   JARRELL, ROBERT, 7810 CLARK RD, JESSUP, MD 20794

10925   JARRELLS MOVING AND TRANSPORT CO., 3812 PEARL RD #SUITE 12, MEDINA, OH 44255

10924   JARRET ELEC.C/O KAISER HOSPITAL, 43112 15TH ST WEST, LANCASTER, CA 93584

10924   JARRETT CONC PRODUCTS, PO BOX 296, WHITES CREEK, TN 37189

10924   JARRETT CONCRETE PRODUCTS, 2012 HWY 12 S, ASHLAND CITY, TN 37015

10924   JARRETT CONCRETE PRODUCTS, P O BOX 296, WHITES CREEK, TN 37189

10925   JARRETT, BOBBY, PO BOX 122, HOBBS, NM 88240

10925   JARRETT, CAROLYN, 3494 EVEREST, RIVERSIDE, CA 92503

10925   JARRETT, CARROLL, 809 NORTH 18TH, LAMESA, TX 79331

10925   JARRIEL, PAULA, 8604 LAKE MARIETTA DRIVE, JACKSONVILLE, FL 32221

10924   JARROW FORMULAS, INC., 1824 SOUTH ROBERTSON BLVD., LOS ANGELES, CA 90035

10924   JARROW FORMULAS, INC., C/O ACCORD PACKAGING, INC., 13602 12TH ST. /, LOS ANGELES, CA 90035

10925   JARSTAD, JENNIE, 200 120TH AVE, STURTEVANT, WI 53177

10925   JARVELA, MICHAEL, 2449 CREST LN, GREEN BAY, WI 54302

10925   JARVIE, FRANK, 161 FRANKLIN RD, LAWERANCEVILLE, NJ 08648

10925   JARVIS AUTO BODY, 330 UPPER ROAD, WEST DEERFIELD, MA 01342

10925   JARVIS JR, MARSHALL, 3210 PARK ST., GREENVILLE, TX 75401

10925   JARVIS K REEDER, HWY 221, ENOREE, SC 29335

10925   JARVIS M ALEXANDER, 6471 BERKSHIRE CT, LISLE, IL 60532-3207

10925   JARVIS, C, 7 TRENHAM RD, GREENVILLE, SC 29615

10925   JARVIS, CHRISTOPHER, 95 GAINSBOROUGH #008, BOSTON, MA 02115

10925   JARVIS, JAMES, 1822 HAMILTON ST S W, CEDAR RAPIDS, IA 52404

10925   JARVIS, PATRICIA, 2421 BAYWOOD DR, AUGUSTA, GA 30906

10925   JARVIS, ROBERT, 4606 MCKNIGHT MILL RD, GREENSBORO, NC 27405-9562

10925   JARVIS, TONYA L, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   JARVIS, TONYA, 6716 BRIDLEWOOD CT, BOCA RATON, FL 33433

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JARVIS, WAYNE, 62 CASTLEMONT AVE, DALY CITY, CA 94015

10925   JARZOMBEK, RONALD, BOX 83, LEWIS, IA 51544

10925   JAS E BRITTON, 1605 MONROE ST, BALTIMORE, MD 21217-1614

10925   JAS FORWARDING (USA) INC, 146-27 167TH ST, JAMAICA, NY 11434

10925   JASCHKE, PAULA, 2205 GLEN HEIGHTS, GARLAND, TX 75044

10925   JASCO CHEMICAL CO., 1102 E. WASHINGTON AVE., SANTA ANA, CA 92701

10925   JASINSKI SCHERTZ, MAREEN, 875 A WAXMYRTLE, HOUSTON, TX 77079-3768

10925   JASINSKI, CHESTER, 93 HYDE COURT, BEDMINSTER, NJ 07921

10925   JASINSKI, JOHN, 13 LOS ANGELES ST, SOUTH HADLEY, MA 01075

10925   JASKOLSKI, RICHARD, W4878 ST HWY 156, BONDUEL, WI 54107

10925   JASKOT, SHIRLEY, 1210 QUINCY CT, WHEELING, IL 60090

10925   JASKOWIAK, JAMES, 16014 COWLEY RD, GRAFTON, OH 44044

10924   JASMAN CONSTRUCTION WAREHOUSE, 1175 E. NORTH TERRITORIAL ROAD, WHITMORE LAKE, MI 48189

10924   JASMAN CONSTUCTION, 1175 E. NORTH TERRITORIAL RD., WHITMORE LAKE, MI 48189

10925   JASON ABDULLAH, 453 MASSACHUSETTS AVE #3, BOSTON, MA 02118

10925   JASON CHARLES MARKWITH, 688 HIGHLAND AVE, WARREN, ME 04864-4135

10925   JASON COWARD, 1417 KELLY RD, MASON, MI 48854-9619

10924   JASON RICE, 10509 SCOTLAN WELLS, AUSTIN, TX 78705

10925   JASON SUPPLY INC, 1100 W TOUHY AVE, ELK GROVE VILLAGE, IL 60007

10925   JASON, HORACE, 546 N JAKE ST, LAKE CHARLES, LA 70601

10925   JASON, JACQUELINE, 3716 MORRISWOOD DR, HARVEY, LA 70058

10925   JASONTEK, JOANNA, 1601 BROOKS BLVD, MANVILLE, NJ 08835

10924   JASPER CHEMICAL COATINGS, 1014 VINE STREET, JASPER, IN 47546

10925   JASPER COUNTY AUDITOR, 115 W WASHINGTON ST, RENSSELAER, IN 47978

10925   JASPER COUNTY COLLECTOR, PO BOX 421, CARTHAGE, MO 64836

10925   JASPER COUNTY RECORDER OF DEEDS, 3RD & MAIN - ROOM 207, CARTHAGE, MO 64836

10925   JASPER COUNTY RECORDER, 115 W WASHINGTON ST, RENSSELAER, IN 47978

10925   JASPER COUNTY TAX COLLECTOR, PO BOX 421, CARTHAGE, MO 64836

10925   JASPER COUNTY TREASURER, COUNTY COURTHOUSE BOX 7, RENSSELAER, IN 47978

10924   JASPER FOOD, 3727 E. 27TH STREET, JOPLIN, MO 64804

10924   JASPER HARDWARE, 202 NORTHWEST CENTRAL AVE., JASPER, FL 32052

10925   JASPER, DOUGLAS, 344 TERRACE VIEW AVE BOX 114, EDGERTON, MN 56128

10925   JASPER, SHARON, 655 SOUTH ROAD, BOYNTON BEACH, FL 33435

10925   JASSO, CYNTHIA, 6240 WOODWARD #109, AMARILLO, TX 79106

10925   JASSO, DOMINGA, RT 1 BOX 280 #49, SAN JUAN, TX 78589

10925   JASSO, JANIE, 911 S. MINEOLA, MIDLAND, TX 79701

10925   JASSO, LISA, 5712 ARROWHEAD DR, EL PASO, TX 79924

10925   JASTROW, PATRICIA, 8501 W. BRENTWOOD, MILWAUKEE, WI 53224

10925   JASTROW, STEVEN, 1355 BRUCE LN, GREEN BAY, WI 54303

10925   JASUDOWICZ, GLENN, 635 N MAPLE CT, MT PROSPECT, IL 60056

10925   JASZEWSKI, KRIS MATY, 9 QUEENS CT, PITTSBURGH, PA 15238

10925   JAT OIL & SUPPLY, INC, 1110 STUART ST, CHATTANOOGA, TN 37406

10925   JAT OIL & SUPPLY, INC, PO BOX 5288, CHATTANOOGA, TN 37406

10925   JATCO, INC, 725 ZWISSIG WAY, UNION CITY, CA 94587

10925   JATZKEWITZ, BERNADETTE, 2923 WEST PIERSON, PHOENIX, AZ 85017

10925   JATZKEWITZ, JOSEF, 3653 N 6TH AVE # 31, PHOENIX, AZ 85013

10925   JAUREGUI, ANA, 9455 VISCOUNT #170, EL PASO, TX 79925

10925   JAUREQUI, RICHARD, 4517 SIERRA VISTA, EL PASO, TX 79904

10925   JAVA TIME INC., 1007 FIELDSTONE PLACE, BALTIMORE, MD 21226

10924   JAVALINA READY MIX INC, 4320 TRADE CENTER BLVD, LAREDO, TX 78041

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | JAVALINA READY MIX, 4320 TRADE CENTER BLVD, LAREDO, TX 78041 | |
| 10925 | JAVAN & WALTER, INC, SUITE 100, 465 MARYLAND DRIVE, FORT WASHINGTON, PA 19034 | |
| 10925 | JAVANDOOST, GHOLAM, PO BOX 353, MARION, TX 78124 | |
| 10925 | JAVANDOOST, JANETT, PO BOX 353, MARION, TX 78124 | |
| 10925 | JAVET, SIDNEY, 13454 1/2 VENTURA, SHERMAN OAKS, CA 91423 | |
| 10925 | JAVIAN, LORI, 21 CUTTING LANE, BURLINGTON, MA 01803 | |
| 10925 | JAVIER D. ALCORTA, | |
| 10925 | JAVIER MARINO, 215 - 44TH ST APT #1, UNION CITY, NJ 07087 | |
| 10925 | JAVIER, JOSE, 397 N. 12TH ST, NEWARK, NJ 07107 | |
| 10925 | JAVIER, MARIE AGNES, 83-25 VIETOR AVE, ELMHURST, NY 11373 | |
| 10925 | JAVIER, VENCHITA, 287 EGE AVE, JERSEY CITY, NJ 07304 | |
| 10925 | JAWORSKI GEOTECH, INC, 77 SUNDIAL AVE, #401W, MANCHESTER, NH 03103-7230 | |
| 10925 | JAX OCCUPATIONAL HEALTH CENTER, 4800 BEACH BLVD SUITE 9, JACKSONVILLE, FL 32207-4865 | |
| 10925 | JAX USA, W134 NN5373 CAMPBELL DR, MENOMONEE, WI 53051-7023 | |
| 10925 | JAY A DEVRIES, 860 WEST 20TH ST, UPLAND, CA 91784 | |
| 10925 | JAY A MIEARS, 2418 KINGSBRIDGE, GRAND PRAIRIE, TX 75050-2101 | |
| 10925 | JAY BIRNBAUM COMPANY, EIGHT TOBEY ROAD, PITTSFORD, NY 14534 | |
| 10925 | JAY BIRNBAUM COMPANY, GEN COUNSEL, EIGHT TOBEY ROAD, PITTSFORD, NY 14534 | |
| 10925 | JAY BIRNBAUM COMPANY, GENERAL COUNSEL, EIGHT TOBEY ROAD, PITTSFORD, NY 14534 | |
| 10925 | JAY H POWERS, 198 STONY HOLLOW RD, GREENLAWN, NY 11740-2510 | |
| 10925 | JAY I ROZEN &, SANDRA KAY ROZEN TR UA FEB 7 96, JAY I ROZEN INTERVIVOS TRUST, 2408 ARNO, SHAWNEE MISSION, KS 66208-2253 | |
| 10925 | JAY INDUSTRIAL TECHNOLOGIES GROUP, PO BOX 641341, CINCINNATI, OH 45264-1341 | |
| 10925 | JAY INDUSTRIAL TECHNOLOGIES, PO BOX 641341, CINCINNATI, OH 45264 | |
| 10925 | JAY INDUSTRIAL TECHNOLOGIES, PO BOX 641341, CINCINNATI, OH 45264-1341 | |
| 10925 | JAY INST. CO., 555 N. WAYNE AVE., CINCINNATI, OH 45215 | |
| 10925 | JAY INSTRUMENT & SPECIALTY CO., 555 N. WAYNE AVE., CINCINNATI, OH 45271 | |
| 10925 | JAY INSTRUMENT AND SPECIALTY CO, PO BOX 710509, CINCINNATI, OH 45271-0509 | |
| 10925 | JAY INSTRUMENTS, 1019 W GRAND AVE, CHICAGO, IL 60622 | |
| 10925 | JAY J WILLIAMS, 8309 IDAHO AVE N, BROOKLYN PARK, MN 55445-2235 | |
| 10925 | JAY KELLETT, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JAY KESNER, 196 MASON TERRACE, BROOKLINE, MA 02146-2772 | |
| 10925 | JAY KNOX, POB 3264, SLIDELL, LA 70459-3264 | |
| 10925 | JAY MCINTOSH, 1310 STEEPLE CHASE LN., PALATINE, IL 60067 | |
| 10925 | JAY PEAK LLC, JASPAN SCHLESINGER SILVERMAN &, HOFFMANN LLP - GEN COUNSEL, 300 GARDEN CITY PLAZA, GARDEN CITY, NY 11530 | |
| 10925 | JAY PEAK, C/O JASPAN, SCHLESINGER, 300 GARDEN CITY PLAZA 5TH FL, GARDEN CITY, NY 11530-3324 | |
| 10924 | JAY PUBLIC SCHOOLS, HWY 59, JAY, OK 74346 | |
| 10924 | JAY TEK PHARM CO. LTD, 1158-46 JE KI-DONG, DONG DAE MOON-KU, SEOUL, KOR | *VIA Deutsche Post* |
| 10925 | JAY W GILPIN &, IRENE C GILPIN TR UA SEP 27 96, THE GILPIN FAMILY TRUST, 803 WESTCLIFF DR, EULESS, TX 76040-5765 | |
| 10925 | JAY, ALICE, 3410 ALTA VISTA DR, CHATTANOOGA, TN 37411-4203 | |
| 10925 | JAY, DEBORAH, 1037 S. LINCOLN, CASPER, WY 82601 | |
| 10925 | JAY, JOHN, 6 STURBRIDGE COURT, BALDWIN, MD 21013 | |
| 10925 | JAYA M PARANILAM, 5 CHALET CT, KENNER, LA 70065-1105 | |
| 10925 | JAYANTI H DIXIT, 3 CAROL AVE, BURLINGTON, MA 01803-2606 | |
| 10925 | JAYANTI M CHAUHAN &, KANTA J CHAUHAN JT TEN, 122 JONEAL RD, PHOENIXVILLE, PA 19460-4506 | |
| 10925 | JAYCO INDUSTRIAL PRODUCTS, 4101 FORT JIM ROAD, PLACERVILLE, CA 85667 | |
| 10925 | JAYGO INC, 675 RAHWAY AVE, UNION, NJ 07083 | |
| 10925 | JAYGO INCORPORATED, 40 WHITNEY ROAD, MAHWAH, NJ 07430 | |
| 10925 | JAYGO INCORPORATED, 675 RAHWAY AVE, UNION, NJ 07083 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JAYMATE ASSOCIATES, 237 HARROGATE RD., PENN WYNE, PA 19151

10925   JAYNE WEXLER PHOTOGRAPHY INC, 180 VARICK ST SUITE 12A, NEW YORK, NY 10014

10925   JAYNE ZACHARIAS, 4056 TERRA ALTA DR, SAN RAMON, CA 94583-4604

10925   JAYNE, JOHN, 8 SHIRLEY WAY, LITCHFIELD, NH 03051

10925   JAYNE, NICHOLAS, 3209 MAPLE DRIVE, BAYTOWN, TX 77521

10925   JAYNE, STEPHEN, 1305 S WHITNEY ST, ARANSAS PASS, TX 78336-2227

10925   JAYNES, CLAUDE, 515 CHERRY ST, SUBLIMITY, OR 97385

10925   JAYOMA, ERNESTINA, 11839 ACADIAN DR., HOUSTON, TX 77099

10925   JAYS DELI & CATERING, 1309 - 11 NORTH CHARLES ST, BALTIMORE, MD 21201

10925   JAYS DELI & SPIRITS, 1309-11 N. CHARLES ST., BALTIMORE, MD 21201

10925   JAYS DELI & SPIRITS, 1309-17 N. CHARLES ST., BALTIMORE, MD 21201-5786

10925   JAYS RESTAURANT GROUP, 1309-17 NORTH CHARLES ST, BALTIMORE, MD 21201-5786

10925   JAZYK, KENNETH A, 419 OXFORD CIRCLE, SCHERERVILLE, IN 46375

10925   JAZYK, KENNETH, 419 OXFORD CIRCLE, SCHERERVILLE, IN 46375

10924   JAZZ HALL OF FAME, 18TH & VINE, KANSAS CITY, MO 64108

10924   JB & SONS CONCRETE PRODUCTS, INC., 291 NEW FREEDOM/NEW BROOKLYN ROAD, BERLIN, NJ 08009

10924   JB & SONS CONCRETE PRODUCTS, INC., P. O. BOX 35, SICKLERVILLE, NJ 08081

10924   JB ACCOUSTICAL SUPPLY, 39 COLONIAL DRIVE, PISCATAWAY, NJ 08854

10924   JB ACOUSTICAL SUPPLY, PO BOX 336, EAST RUTHERFORD, NJ 07073

10925   JB LAND METAL FABRICATORS, PO BOX 961798, EL PASO, TX 79996

10925   JB LEMMEN, 2391 BLUE SPRUCE LANE, AURORA, IL 60504

10925   JB SYSTEMS INC, 1334 GREENVILLE RD, LA GRANGE, GA 30241

10925   JB SYSTEMS, INC, 2275 HALF DAY ROAD, BANNOCKBURN, IL 60015

10925   JB SYSTEMS, INC, PO BOX 92933, LOS ANGELES, CA 90009

10925   JB SYSTEMS/ATLANTA, 1334 GREENVILLE RD, LAGRANGE, GA 30241-2510

10925   JBG, PO BOX 2751, TUPELO, MS 38801

10925   JBS TRADING CO INC, 16623 VALLEY VIEW AVE, CERRITOS, CA 90701

10925   JC BUSINESS MACHINES, 138 PERKIN ST., MELROSE, MA 02176

10925   JC EHRLICH CO, INC, PO BOX 13848, READING, PA 19612-3848

10925   JC EQUIPMENT CO, INC, 1007 OLD EASTERN AVE., BALTIMORE, MD 21221

10924   JC PENNEY WAREHOUSE, 1701 INTERMODAL PKWY., HASLET, TX 76052

10924   JC PENNEY, 100 SOUTH COUNTY CENTER WAY, SAINT LOUIS, MO 63129

10924   JC PENNEY, BELLEVUE SQUARE, BELLEVUE, WA 98004

10924   JC PENNEY, THE MALL AT BAY PLAZA, BRONX, NY 10400

10924   JC PENNEYS STORE, COORS BYPASS CORRALAS ROAD, ALBUQUERQUE, NM 87114

10924   JC PENNEY'S, C/O THOMPSON BLDG. MTLS., SAN DIEGO, CA 92101

10924   JC PENNEY'S, C/O THOMPSON'S BLDG. MTLS., SAN DIEGO, CA 92101

10924   JC SNAVELY & SONS, 150 MAIN STREET, LANDISVILLE, PA 17538

10924   JC SNAVERLY & SONS, 150 MAIN STREET, LANDISVILLE, PA 17538

10925   JCA ASSOCIATES INC, 1256 NORTH CHURCH ST, MOORESTOWN, NJ 08057

10924   JCH WIRE & CABLE, 4533 ANDREWS STREET, NORTH LAS VEGAS, NV 89031

10925   JCI COMMUNICATIONS, 100 FRANKLIN ST, BOSTON, MA 02110

10924   JCO, BARTLETT ST & MURRAY AVE, PITTSBURGH, PA 15213

10924   JCPENNEY'S, C/O THOMPSON BUILDING MATERIALS, LOS ANGELES, CA 90050

10925   JD CONSULTING INC, 404 CAMP CRAFT ROAD, AUSTIN, TX 78746

10924   JD DRYWALL, 925 KIOWA - SUITE 105, LAKE HAVASU CITY, AZ 86403

10924   JDH, WESTERN PARTITIANS, PORTLAND, OR 97201

10924   JDL INDUSTRIES, INC., 9500 N.W. 12 STREET, MIAMI, FL 33172

10925   JDR MICRODEVICES INC., 1850 SOUTH 10TH ST., SAN JOSE, CA 95112-4108

10925   JDR MICRODEVICES, 1850 SOUTH 10TH ST, SAN JOSE, CA 95112-4108

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JDS TRUCKING CO INC, PO BOX 200299, DALLAS, TX 75320-0299

10925   JDS TRUCKING CO INC., PO BOX 3749, BATON ROUGE, LA 70821

10925   JEAKINS, LISA, 4600 MIRA LOMA, 14B, RENO, NV 89502

10925   JEAN A BALDWIN, 997 DUMONT ST, DUNEDIN, FL 34698-6036

10925   JEAN A CROWELL TR UA JAN 14 91, THE JEAN A CROWELL TRUST, 228 GRANDVIEW, REDLANDS, CA 92373-6842

10925   JEAN ALICE LACHANCE, PO BOX 153, NORTH SUTTON, NH 03260-0153

10925   JEAN ANN HAAR &, WILLIAM A HAAR JT TEN, 2019 ROGUE RIVER HWY SPACE 29, GOLD HILL, OR 97525-9721

10925   JEAN ANN TENOEVER, 1691 BRUNNERWOOD DR, CINCINNATI, OH 45238-3832

10925   JEAN B PLAZA, 55 VEREL AVE, LACKAWANNA, NY 14218-3113

10925   JEAN BAXTER RHODUS, 443 EAST IRENE RD, ZACHARY, LA 70791-9719

10925   JEAN BLACKBURN GIFFORD TTEE, UA DTD 1 20 81 FBO, THE GIFFORD REVOCABLE TRUST, 6461 CRANBROOK COURT, SAN JOSE, CA 95120-4610

10925   JEAN C BONSAL, 264 UPPER MOUNTAIN AVE, UPPER MONTCLAIR, NJ 07043-1016

10925   JEAN C SUN &, SAMUEL T SUN JT TEN, 615 ANHINGA RD, WINTER SPRINGS, FL 32708-2380

10925   JEAN CUMMINGS SUTTON, 6114 BELLE FOREST RD, MEMPHIS, TN 38115-2708

10925   JEAN D ROBERTS, 3656 ADMIRAL DR, CHAMBLEE, GA 30341-2047

10925   JEAN DEMPSEY DICKERSON &, EUNICE ABBITT DICKERSON JT TEN, PO BOX 544, ROXBORO, NC 27573-0544

10925   JEAN DICKSON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   JEAN DONOHOE, 8226 WINTHROP ST, PHILADELPHIA, PA 19136-1925

10925   JEAN E LEVER MONACO, 22 DIANE AVE, SOUTH YARMOUTH, MA 02664-1919

10925   JEAN E RECKNER, 13551 BEECH ST NE, ALLIANCE, OH 44601-9472

10925   JEAN FORSTER, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   JEAN FUREY & TIMOTHY FUREY JT TEN, 195 E GEORGE PL, ISELIN, NJ 08830-1206

10925   JEAN H BAKER, C/O SHEILA B BOLTE, 1244 W 61ST TERRACE, KANSAS CITY, MO 64113-1328

10925   JEAN KATZ, PO BOX 8465, TYLER, TX 75711-8465

10925   JEAN L MILLER & HAROLD E MILLER, JT TEN, 3043 ATLANTA CIR, MURRELLS INL, SC 29576-8282

10925   JEAN L MILLER, 3043 ATLANTA CIR, MURRELLS INL, SC 29576-8282

10925   JEAN LUCA, 66 DECATUR ST, ARLINGTON, MA 02174

10925   JEAN M BROWN, 221 VILLAGE PARK DR, WILLIAMSVILLE, NY 14221-5068

10925   JEAN M MESSICK, 475A INDIAN POINT RD, REDWOOD, NY 13679-3170

10925   JEAN M RICKEY &, JOHN A RICKEY JR JT TEN, 7439 W NOTTINGHAM DRIVE, TINLEY PARK, IL 60477-1561

10925   JEAN MAGRINO, 44 BONAIRE CIRCLE, SUFFERN, NY 10901-7339

10925   JEAN MALCOMB, 13950 ECHO PARK CIRCLE, BURNSVILLE, MN 55337

10925   JEAN MARIE BREEN &, JOHN DAVID BREEN JT TEN, 1276 N WAYNE ST 711, ARLINGTON, VA 22201-5853

10925   JEAN MARY STEWARD, 7 DIXON COURT, SEA CLIFF, NY 11579-2001

10925   JEAN PLUTA &, ROBERT J RIBEIRO JT TEN, 600 S DEARBORN ST APT 608, CHICAGO, IL 60605-1825

10925   JEAN PLUTA, 2003 N CROSS CREEK DIVE, GRAND RAPIDS, MI 49508-0000

10925   JEAN POROCHONSKI, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   JEAN R SMITH, 1220 BELLFORD AVE, OKLAHOMA CITY, OK 73116-6205

10925   JEAN RIVENBARK, 8405 FAZIO DR, WILMINGTON, NC 28411

10925   JEAN RODRIGUEZ, 87-09 57TH ROAD, ELMHURST QUEENS, NY 11373-4856

10925   JEAN RUDNICKI, 51 70 CODWISE PLACE, ELMHURST, NY 11373-4149

10925   JEAN VAN PATTEN, BOX 164, SCHENECTADY, NY 12301-0164

10925   JEAN W WINBORNE, 2650 DAVIS ST, RALEIGH, NC 27608-2030

10925   JEAN WALSH, 6625 BISCAYNE BLVD, EDINA, MN 55436-1703

10925   JEAN, ANNE, 7 REYNOLDS RD, PEABODY, MA 01960

10925   JEAN, GARY, 4 COLD SPRING ROAD, READING, MA 01867

10925   JEAN, ROBERT, 77 SUMMER ST, TAUNTON, MA 02780

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924　JEANE FARMS, 11627 HWY 4, CASTOR, LA 71016

10925　JEANE, RICHARD, PO BOX 1136, NEW LLANO, LA 71461

10925　JEANETTA MC CREARY, 1033 MIMOSA, MINEOLA, TX 75773-2617

10925　JEANETTE A KARR AS CUSTODIAN, FOR ERIC M KARR UNDER THE, FLORIDA UNIFORM TRANSFERS TO, MINORS ACT, 10879 EL CABALLO CT, DELRAY BEACH, FL 33446-2740

10925　JEANETTE A REINHARDT &, CHARLES F REINHARDT JT TEN, 15635 BUCKLEY ROAD, LIBERTYVILLE, IL 60048-1493

10925　JEANETTE A WATSON, PO BOX 22, GRAYSVILLE, IN 47852-0022

10925　JEANETTE B OGDEN, 2315 JEFFERSON AVE, NEW ORLEANS, LA 70115-6501

10925　JEANETTE GUTTMAN &, JOHN B GUTTMAN & JAMES, MELVIN GUTTMAN JT TEN, 301 3RD ST, SHERIDAN, IN 46069

10925　JEANETTE K STERN, 1121 SW 99TH AVE, PEMBROKE PINE, FL 33025-3623

10925　JEANETTE L DOOLITTLE, 10 PRIMROSE CT, GARDEN CITY, NY 11530-1719

10925　JEANETTE L VACHON TR UA, JUN 29 89, JEANETTE L VACHON TRUST, 45 EASTFIELD DR, ROLLING HILLS ESTATES, CA 90274

10925　JEANETTE, LITMAN, RD 2 BOX 271A, AVELLA, PA 15312

10925　JEANIE SMITH, PO BOX 160188, CLEARFIELD, UT 84016

10925　JEANIES JIFFY JANITORIAL, 667 EAST 700 SOUTH, BOUNTIFUL, UT 84010

10925　JEANINE A RASMUSSEN, 22209 S SPRINGWATER RD, ESTACADA, OR 97023-9635

10925　JEANINE KAREN THOMPSON, C/O JEANINE KAREN SMALIGO, 17028 E 80TH ST NORTH, OWASSO, OK 74055-5834

10925　JEAN-JACQUES, YOLENE, 3505 MONROE ST #303, HOLLYWOOD, FL 33021

10925　JEAN-JACQUES, YOLENE, 3505 MONROE ST. #303, HOLLYWOOD, FL 33021

10925　JEANNE A MACIVOR, 315 BEVERLY DR, ERIE, PA 16505-2205

10925　JEANNE A WALKER &, WILLIAM T FOLEY II JT TEN, 2951 N 155 TERR, BASEHOR, KS 66007

10925　JEANNE BARBARA O BRIEN &, JOHN FRANCIS O BRIEN JT TEN, 112 WEST ASHLAND ST, BROCKTON, MA 02301-2734

10925　JEANNE C HALLBURG, 2025 15TH AVE, SAN FRANCISCO, CA 94116-1315

10925　JEANNE FEWTWELL, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925　JEANNE J GANSKY, 560 MONROE CT, RIVER EDGE, NJ 07661-1331

10925　JEANNE K ZUEGNER, 56 DUTCH LANE, RINGOES, NJ 08551-1105

10925　JEANNE L KLEINWACHTER, 3S614 RIVER RD, WARRENVILLE, IL 60555-3320

10925　JEANNE M ANSBRO, 561203 ARBOR CLUB WAY, BOCA RATON, FL 33433

10925　JEANNE PODURGIEL, 6040 BLVD EAST, WEST NEW YORK, NJ 07093-3825

10925　JEANNE S WILLIS, 8603 CHINABERRY DR, TAMPA, FL 33637-6421

10925　JEANNETTE F HANSARD, 6800 ADRIAN DR, KNOXVILLE, TN 37918-5407

10925　JEANNETTE G USHMAN, 12 BALMVILLE RD, NEWBURGH, NY 12550-1910

10925　JEANNETTE L CAUGHLIN TR U/A, JUNE 14 89 JEANNETTE L CAUGHLIN, 2616 THOMAS, FLINT, MI 48504-4528

10925　JEANNETTE M KENT, BOX 268 ELMWOOD CIRCLE, GLENWOOD, IA 51534-0268

10925　JEANNIE L CURRIE, 2405 CARILITA RD, BAKERSFIELD, CA 93304-7202

10925　JEANNINE SWIFT, 1438 CHURCH ST APT 1316, DECATUR, GA 30030-1578

10925　JEANQUART, DENNIS, 111 VALLEY VIEW DR, BRILLION, WI 54110

10925　JEANQUART, JAMIE, N9047 CTY RD A, LUXEMBURG, WI 54217

10925　JEANQUART, JOSEPH, E 1102 CTY X, LUXEMBURG, WI 54217

10925　JEANSONNE, HERNDON, PO BOX 218, COTTONPORT, LA 71327

10925　JEANTY, MONIQUE, 9207B NORTH ARCH, RICHOMD, VA 23236

10925　JEARL D HOLLAND, 3506 78TH DR, LUBBOCK, TX 79423-1220

10925　JEBALI, RENEE, PO BOX 260, SANDWICH, MA 02563

10924　JEBCO INDUSTRIES, 2348 GEORGETOWN ROAD , N.W., CLEVELAND, TN 37311

10924　JEBCO INDUSTRIES, PO BOX 2401, CLEVELAND, TN 37320

10925　JECH, JAMES, 1707 W EMMA, SPRINGDALE, AR 72762

10924　JED FRANCIS CONSTRUCTION, 3119 GEEN MOUNTAIN LANE, BAKERSFIELD, CA 93312

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   JEDCO CONSTRUCTION & READY MIX, 2003 N. EAST END BLVD, MARSHALL, TX 75670

10924   JEDCO CONSTRUCTION, 2003 N. EAST END BLVD, MARSHALL, TX 75670

10924   JEDCO CONSTRUCTION, 2003 N. EAST END BLVD., MARSHALL, TX 75670

10924   JEDCO CONSTRUCTION, 3721 LYNN ROAD, RALEIGH, NC 27612

10924   JEDCO GRCC, 226 BOSTWICK, GRAND RAPIDS, MI 49503

10925   JEE, GORDON, 110 NORMAN ROAD, BROCKTON, MA 02402

10925   JEELANI, KHAJA, 217 WILLIAM ST, ENGLEWOOD, NJ 07631

10925   JEFF BASSARAB, 670 NORTH BEERS ST, HOLMDEL, NJ 07733

10925   JEFF BLANTON PHOTOGRAPHY, 5515 S. ORANGE AVE., ORLANDO, FL 32809

10925   JEFF DAVIS BANK & TRUST CO., 2905 MAPLEWOOD DR., SULPHUR, LA 70663

10925   JEFF HOLLAND COOK, 649 ROBINWOOD DR, PITTSBURGH, PA 15216-1028

10925   JEFF MACK, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   JEFF POLZKILL, 701 S KANSAS AVE, OLATHE, KS 66061-4526

10925   JEFF RICHARDSON &, KATHLEEN RICHARDSON, JT TEN, USA, 16241 SW 282ND ST, HOMESTEAD, FL 33033-1014

10924   JEFF WOODMAN, 5935 SHILOH ROAD EAST, ALPHARETTA, GA 30005

10924   JEFFCO CONSTRUCTION, PO BOX 61791, BEND, OR 97708

10925   JEFFCO INC, 256 MAIN ST, EAST WINDSOR, CT 06088

10925   JEFFCO INC, PO BOX 654, EAST WINDSOR, CT 06088

10925   JEFFCO PAINTING & COATING INC, PO BOX 2015, VALLEJO, CA 94592

10925   JEFFCO PAINTING & COATING, PO BOX 1799, MARTINEZ, CA 94553

10924   JEFFCO PRODUCTS, 5252 KEARNY VILLA WAY, SAN DIEGO, CA 92123

10925   JEFFCO/SARAND, 1671 S. RESEARCH LOOP, TUCSON, AZ 85710

10925   JEFFCOAT JR, G ED, 512 CORONET CIRCLE, FORT MILL, SC 29715-7920

10925   JEFFEAUX, L, 167 OLD FARRS BR RD, GREENVILLE, SC 29611

10925   JEFFERIES, DOUGLAS, 158 TENNESSEE AVE N.E., WASHINGTON, DC 20002

10925   JEFFERIS, SUSAN, 151 SOUTH MIDLAND AVE, MUNDELEIN, IL 60060

10925   JEFFERS JR, JOHN, 6 SENECA RD, SENECA FLLS, NY 13148

10925   JEFFERS SR., WILLIAM, 25165 WASHINGTON AVE, MURRIETTA, CA 92362

10925   JEFFERS VENDING & COFFEE, 4260 OMEGA AVE, CASTRO VALLEY, CA 94546

10925   JEFFERS, AMY JO, 4726 ARBOR DRIVE #206, ROLLING MEADOWS, IL 60008

10925   JEFFERS, BERNARD, 6902 KNOLLCREST DR., HARRISON, TN 37341

10925   JEFFERS, CHERYL L., 1938 HAPPY VALLEY DR, FAIRFIELD, OH 45014

10925   JEFFERS, LAURA, 1643 NORTHGATE RD 2ND FL, BALTIMORE, MD 21218

10924   JEFFERSON CONCRETE PROD, 140 MURROCK CIRCLE, WATERTOWN, NY 13601

10924   JEFFERSON CONCRETE PROD., 22850 MURROCK CIRCLE, WATERTOWN, NY 13601

10925   JEFFERSON COUNTY ALABAMA SEWER, 716 RICH ARRINGTON BLVD NDG., BIRMINGHAM, AL 35203-0123

10924   JEFFERSON COUNTY COMMISSION, WATERPROOFING, SUITE 100, 509 MINERAL TRACE, BIRMINGHAM, AL 35244

10924   JEFFERSON COUNTY COURTHOUSE, 4905 POWELL AVENUE, BIRMINGHAM, AL 35222

10925   JEFFERSON COUNTY COURTHOUSE, ANNE-MARIE ADAMS, CLERK, BIRMINGHAM, AL 35023

10925   JEFFERSON COUNTY COURTHOUSE, ROOM 235, BIRMINGHAM, AL 35263

10925   JEFFERSON COUNTY DEPT OF, PO BOX 2648, BIRMINGHAM, AL 35202

10924   JEFFERSON COUNTY HOSPITAL, 400 HIGHLAND AVE., FAIRFIELD, IA 52556

10924   JEFFERSON COUNTY JUSTICE FACILITY, 200 NORTH DEAN MARTIN BLVD., STEUBENVILLE, OH 43952

10924   JEFFERSON COUNTY READY MI, 399 N 4TH STREET, APT. 2605, SAINT LOUIS, MO 63102

10925   JEFFERSON COUNTY, PO BOX 100, HILLSBORO, MO 63050

10924   JEFFERSON ELEMENTARY SCHOOL, 318 SOUTH PAYNE STREET, NEW ULM, MN 56073

10924   JEFFERSON ELEMENTARY SCHOOL, 32 PLUM STREET, TRENTON, NJ 08638

10924   JEFFERSON FERRY, WIRELESS RD & RT 347, SOUTH SETAUKET, NY 11720

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   JEFFERSON FERRY, WIRELESS ROAD AND RT 347, SOUTH SETAUKET, NY 11720

10925   JEFFERSON GOVERNMENT RELATIONS, 1615 L. ST NW SUITE 650, WASHINGTON, DC 20036

10925   JEFFERSON GROUP INC, THE, 1341 G ST. NW SUITE 1100, WASHINGTON, DC 20005

10925   JEFFERSON GROUP, THE, PO BOX 65744, WASHINGTON, DC 20035-9998

10925   JEFFERSON LEWIS, PO BOX 386, PETERSBURG, IL 62675-0386

10924   JEFFERSON LUMBER CO., 4406 POPLAR LEVEL ROAD, LOUISVILLE, KY 40213

10924   JEFFERSON LUMBER CO., PO BOX33337, LOUISVILLE, KY 40232

10925   JEFFERSON MEMORIAL HOSPITAL, 1400 HWY 61 SUITE G-60, FESTUS, MO 63028-4108

10925   JEFFERSON MEMORIAL HOSPITAL, POBOX 167, CRYSTAL CITY, MO 63019

10924   JEFFERSON MIDDLE SCHOOL, BLOSS STREET, ROCHESTER, NY 14601

10924   JEFFERSON ORTHOPEDICS, INC., 4413 CLEARVIEW PARKWAY, METAIRIE, LA 70006

10924   JEFFERSON ORTHOPEDICS, INC., 909 AVE. C, MARRERO, LA 70072

10924   JEFFERSON PRODUCTS CO, 711 INDUSTRIAL AVENUE, PO BOX 230, WASHINGTON, MO 63090-0230

10924   JEFFERSON PRODUCTS CO, 711 INDUSTRIAL AVENUE, WASHINGTON, MO 63090-0230

10924   JEFFERSON PRODUCTS CO., 611A EAST 7TH STREET, WASHINGTON, MO 63090-0230

10924   JEFFERSON PRODUCTS CO., 711 INDUSTRIAL AVENUE, PO BOX 230, WASHINGTON, MO 63090-0230

10924   JEFFERSON PRODUCTS CO., 711 INDUSTRIAL VE., WASHINGTON, MO 63090-0230

10924   JEFFERSON PRODUCTS CO., ROUTE 1, OWENSVILLE, MO 65066

10924   JEFFERSON READY MIX - DO NOT USE, ATTN: DON PARKER, SAINT LOUIS, MO 63115

10924   JEFFERSON READY MIX CO. INC., 3916 GERALDINE, SAINT LOUIS, MO 63115

10924   JEFFERSON READY MIX CO. INC., 5155 SAN FRANCISCO, SAINT LOUIS, MO 63115

10924   JEFFERSON READY MIX CO., INC., GERALDINE AVENUE, SAINT LOUIS, MO 63115

10924   JEFFERSON READY MIX, BOX 488, HILLSBORO, MO 63050

10924   JEFFERSON READY MIX, HWY 21, HILLSBORO, MO 63050

10924   JEFFERSON READY MIX, TRAUTMAN QUARRY, PEVELY, MO 63070

10924   JEFFERSON SMURFIT CORP., 5853 E. PONCE DE LEON AVENUE, STONE MOUNTAIN, GA 30083

10925   JEFFERSON SMURTT CORP, ROY C COBB DANIEL FITZGERALD,

10925   JEFFERSON, BERNARD, 809 N.CAMPANELLA, COLUMBIA, SC 29203

10925   JEFFERSON, DAWN, 178 LAKE ST., ROUSES POINT, NY 12979

10925   JEFFERSON, DONALD, 9307 SMOKE HOLLOW RD., KERNERSVILLE, NC 27284

10925   JEFFERSON, JANICE, 1729 METROMEDICAL DRAPT D, FAYETTEVILLE, NC 28304

10925   JEFFERSON, KELVIN, RR1 BOX 84, MOMENCE, IL 60954

10925   JEFFERSON, LORA, 115 E. HILLY ST, RUSTON, LA 71270

10925   JEFFERSON, PATRICIA, 313 W 12TH AVE, HOMESTEAD, PA 15120

10925   JEFFERSON, TABATHA, 505 MEADOW RIDGE, FERRIS, TX 75125

10925   JEFFERSON, TOURAINE, 55 BOWDOIN AVE, DORCHESTER, MA 02121

10925   JEFFERSON, ZUBERI, 332 E HAMPTON AVE, HONEA PATH, SC 29654

10925   JEFFERY D. LARREMORE, 2705 LAWRENCE ROAD, ARLINGTON, TX 76006

10925   JEFFERY E COOK, 4535 CHIPMONK RD, MIDDLEBURG, FL 32068-6326

10925   JEFFERY J BOARDMAN, 522 HIGHLAND PARK TRAIL, ATLANTA, GA 30350-6701

10925   JEFFERY JR, ROBERT K, 3348 CONQUISTADOR CT, ANNANDALE, VA 22003-1116

10925   JEFFERY MARK MEYERS &, BEVERLEY LISA MEYERS JT TEN, 10112 ROVEOUT LN, COLUMBIA, MD 21046-1327

10925   JEFFERY, DAVID, 6665 BAYOU GLEN, HOUSTON, TX 77057

10925   JEFFERY, HARRY D, CUST FOR BRETT D LANDOLT, UNIF GIFT MIN ACT-PA, R R 4, BLOOMSBURG, PA 17815-9804

10925   JEFFERY, HARRY D, CUST FOR LANA J LANDOLT, UNIF GIFT MIN ACT-PA, R R 4, BLOOMSBURG, PA 17815-9804

10925   JEFFREY A BARTH, 31103 CLAREWOOD GRA, BAY VILLAGE, OH 44140-1675

10925   JEFFREY A DANNEKER, 67 CHESTER RD, BOXBOROUGH, MA 01719-1807

10925   JEFFREY A DANNEKER, 67 CHESTER ROAD, BOXBOROUGH, MA 01719

10925   JEFFREY A GURRIE, 419A ST PAUL RD, EASLEY, SC 29642-8762

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JEFFREY A HOMACK TR U/A SEP 10 75, JEFFREY SCOTT HOMACK, 5451 N PASEO ESPEJO, TUCSON, AZ 85718-5229 | |
| 10925 | JEFFREY A HOMACK TR UA FEB 15 78, FBO THOMAS PETER HOMACK, 5451 N PASEO ESPEJO, TUCSON, AZ 85718-5229 | |
| 10925 | JEFFREY A HOMACK TR UA NOV 10 78, FBO KELLY LYNN HOMACK, 5451 N PASEO ESPEJO, TUCSON, AZ 85718-5229 | |
| 10925 | JEFFREY A HOMACK TR UA OCT 10 75, FBO JEFFREY SCOTT HOMACK, 5451 N PASEO ESPEJO, TUCSON, AZ 85718-5229 | |
| 10925 | JEFFREY A MC KIE, 11633 NW VALLEVUE CT, PORTLAND, OR 97229-5075 | |
| 10925 | JEFFREY A NAYLOR, PO BOX 152, CLOVERDALE, IN 46120 | |
| 10925 | JEFFREY ALAN LIVERMORE &, EVELEEN B LIVERMORE TEN COM, 44943 YORKSHIRE, NOVI, MI 48375-2252 | |
| 10925 | JEFFREY B SIMS, 5028 OVERTON RIDGE CIRCLE, FT WORTH, TX 76132-1989 | |
| 10925 | JEFFREY BOLLIG, 7939 SOUTH NEENAH, BURBANK, IL 60459 | |
| 10925 | JEFFREY C BYRNE, 300 NEWARK ST 4A, HOBOKEN, NJ 07030-2447 | |
| 10925 | JEFFREY C HICKMAN &, SHELLEY A HICKMAN JT TEN, 1102 SPENCER CK RD, KALAMA, WA 98625-9641 | |
| 10925 | JEFFREY C ZEITLIN, 14 HOOK MOUNTAIN DR, ANNANDALE, NJ 08801 | |
| 10925 | JEFFREY D. FAIGLE, 1201 BRUNSWICK AVE, TRENTON, NJ 08648 | |
| 10925 | JEFFREY ELLIS, 5603 CHEMICAL ROAD, BALTIMORE, MD 21226 | |
| 10925 | JEFFREY ELMS, 8822 S GREGIER AVE, CHICAGO, IL 60617 | |
| 10925 | JEFFREY FRANTZMAN, 9700 SW 145TH ST, MIAMI, FL 33176-7826 | |
| 10925 | JEFFREY GLOBAL, PO BOX 641470, PITTSBURGH, PA 15264-1470 | |
| 10925 | JEFFREY I CARO, 17121 NE 11TH COURT, N MIAMI BEACH, FL 33162-2621 | |
| 10925 | JEFFREY I CARO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | JEFFREY I DOYLE, 26 DIVISION ST, MALDEN, MA 02148 | |
| 10925 | JEFFREY J DUARTE, 37 BUSH ST, FALL RIVER, MA 02724-3201 | |
| 10925 | JEFFREY J KNOTT, 601 W 6TH ST, GENOA, OH 43430 | |
| 10925 | JEFFREY L BRENT, 17734 CHANCELLORSVILLE AVE, BATON ROUGE, LA 70817-8902 | |
| 10925 | JEFFREY L HAYDEN, 159 ELYSIAN WAY NE, ATLANTA, GA 30327-1035 | |
| 10925 | JEFFREY M BEHRENS &, DONNA J BEHRENS TEN ENT, 14737 MORGAN CLOSE, WELLINGTON, FL 33414-7873 | |
| 10925 | JEFFREY M BLOOM, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | JEFFREY MENIFEE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | JEFFREY PAUL CHANTON, PO BOX 126, TALLAHASSEE, FL 32302-0126 | |
| 10925 | JEFFREY S WIKE, 25682 ESTORIL ST, VALENCIA, CA 91355-2544 | |
| 10925 | JEFFREY S WORSWICK, 2091A LAKEWOOD PARK DR, SYMRNA, GA 30080 | |
| 10925 | JEFFREY S WORSWICK, 5130 HAPPY HOLLOW ROAD, ATLANTA, GA 30360-1434 | |
| 10925 | JEFFREY SHERER, 35 SUNNY RING RD, SPRING VALLEY, NY 10977-2211 | |
| 10925 | JEFFREY SMALL, 171 DRUID DR, MCMURRAY, PA 15317-3607 | |
| 10925 | JEFFREY SPECIALTY, POBOX 60139, CHARLOTTE, NC 28260-0139 | |
| 10925 | JEFFREY T MELLIN, 972 DOUGLAS HILL RD, LITHIA SPRINGS, GA 30122-3621 | |
| 10925 | JEFFREY T SMITH, 7221 W PARKLAND CT, MILWAUKEE, WI 53223 | |
| 10925 | JEFFREY THOMAS ALIQUO, 10 CLINTON ST SSX10, BROOKLYN, NY 11201-2748 | |
| 10925 | JEFFREY V. WARD, 16224 W 132ND TERRACE, OLATHE, KS 66062 | |
| 10925 | JEFFREY W SWIDER, 460 RALPH ST, WATSEKA, IL 60970-1766 | |
| 10925 | JEFFREY WISLER, CONNOLY, BOVE, LODGE & HUTZ, 1220 MARKET ST, WILMINGTON, DE 19899-2207 | |
| 10925 | JEFFREY, DAVID B, 6665 BAYOU GLEN, HOUSTON, TX 77057 | |
| 10925 | JEFFREY, DELL, BOX 174, CRAIG, CO 81626 | |
| 10925 | JEFFREY, ESQ, ROBERTA, REP OF ESTATE OF FRANK JEFFREY, KAZAN, MCCLAIN, EDISES, SIMON, 171 TWELFTH ST, 3RD FLR, OAKLAND, CA 94607 | |
| 10925 | JEFFREY, FRANKLIN, PO BOX 92574, LAKELAND, FL 33804-2574 | |
| 10925 | JEFFREY, LORI, 4325 NEWTON RD, NEWARK, OH 43055 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | JEFFRIES, EUGENE, 13603 ANGOLA RD, SWANTON, OH 43558 | |
| 10925 | JEFFRIES, JAMES, 1533 BRITTAIN ROAD APT 3, AKRON, OH 44310 | |
| 10925 | JEFFRIES, JAMES, 5128 PARKLANE DRIVE, WICHITA FALLS, TX 76310 | |
| 10925 | JEFFRIES, MONICA, 158 HELEN CIR, MILLEDGEVILLE, GA 31061 | |
| 10925 | JEFFRIES, NANCY, 733 37TH AVE, GREELEY, CO 80634 | |
| 10925 | JEFFRIES, RANDALL, 353 WEST PARK, AURORA, IL 60506 | |
| 10925 | JEFFRIES, RONALD, 13603 ANGOLA RD, SWANTON, OH 43558 | |
| 10925 | JEFFRIES, VICKI, 502 S HOLLAND, EDINBURGH, IN 46124 | |
| 10925 | JEFFS APPLIANCE REPAIR, 208 LEE R.D.#596, PHENIX CITY, AL 36870 | |
| 10925 | JEFFS REFRIGERATION, 217 BALLARD ROAD, HONEA PATH, SC 29654 | |
| 10925 | JEFSON, KYLE, 5800 48TH AVE., RIVERDALE, MD 20737 | |
| 10925 | JEGEDE, IDOWU, 3340 GINGERSNAP LANE, LANSING, MI 48911 | |
| 10925 | JEGHERS JR., ROLAND, 1204 MATTHEW ST, SULPHUR, LA 70663-4747 | |
| 10924 | JEH/EAGLE SUPPLY INC., PO BOX2253, MANSFIELD, TX 76063 | |
| 10924 | JEH/EAGLE SUPPLY, INC., PO BOX2253, MANSFIELD, TX 76063 | |
| 10925 | JEHNSEN, JULIE, 2655 KEYSTONE AVE, SANTA CLARA, CA 95051 | |
| 10924 | JEHOVAH'S WITNESSES, DAYTONA BEACH ASSEMBLY HALL, DAYTONA BEACH, FL 32114 | |
| 10925 | JEKNAVORIAN JT TEN, ARA A & MILKA, 4 PERCHERON RD, CHELMSFORD, MA 01824-1130 | |
| 10925 | JEKNAVORIAN, ARA A, 4 PERCHERON RD, CHELMSFORD, MA 01824-1130 | |
| 10925 | JEKNAVORIAN, ARA A, 4 PERCHERON RD, CHELMSFORD, MA 01924 | |
| 10925 | JEKNAVORIAN, ARA A, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JEKNAVORIAN, ARA, 4 PERCHERON RD, CHELMSFORD, MA 01824 | |
| 10925 | JEKNAVORIAN, ARA, 4 PERCHERON RD, CHELMSFORD, MA 01824-1130 | |
| 10925 | JEKNAVORIAN, MARAL, 4 PERCHERON RD., CHELMSFORD, MA 01824 | |
| 10925 | JELINEK, DAVID, 16633 NACHTWEY RD, MARIBEL, WI 54227 | |
| 10925 | JELINEK, MARK, 17905 HAROLD RD, DENMARK, WI 54208 | |
| 10924 | JELKE S. CENTER BUILDING RUSH HOSP., C/O ASC INSULATION, WEST CHICAGO, IL 60185 | |
| 10925 | JELLEY, DEBORAH, 15 LAUREL HILL RD, HOLLIS, NH 03049 | |
| 10925 | JELLEY, DEBORAH, 15 LAUREL ROAD, HOLLIS, NH 03049 | |
| 10925 | JELLI B CORPORATION, BOX 45 247, MIAMI, FL 33145 | |
| 10924 | JELLICO CHEMICAL CO, 829 S. 26TH STREET, LOUISVILLE, KY 40211 | |
| 10924 | JELLICO CHEMICAL CO., PO BOX 11459, LOUISVILLE, KY 40211 | |
| 10924 | JELLICO CHEMICAL, 829 S. 26TH ST., LOUISVILLE, KY 40211 | |
| 10924 | JELLICO CHEMICAL, P.O. BOX 11459, LOUISVILLE, KY 40211 | |
| 10925 | JELLINEK SCHWARTZ & CONNOLLY INC, POBOX 2483, CAROL STREAM, IL 60132-2483 | |
| 10925 | JELLISON, TRACI, 112 EVERLETH AVE, WARWICK, RI 02888 | |
| 10925 | JELNICK, JANIS, 14232 MARSH LANE #205, DALLAS, TX 75234 | |
| 10924 | JEMEFIRONIC HOUSING & CONSULTING, 1985 PARK RD, PEMBROKE PARK, FL 33009 | |
| 10924 | JEMEFIRONICS HOUSING & CONSULTING, 1901 S.W. 31ST AVENUE, PEMBROKE PARK, FL 33009 | |
| 10925 | JEMS CONSULTING SVC/J E MCGEE, 1633 LOCUST RD, STEWARD, IL 60553 | |
| 10925 | JENALEX, 3266 YONGE ST #1711, TORONTO ONT, ON M4N 3P6CANADA | *VIA Deutsche Post* |
| 10925 | JENCOAT, 132 N ELM ST, WESTFIELD, MA 01085 | |
| 10925 | JEN-COAT, PO BOX 274, WESTFIELD, MA 01086 | |
| 10924 | JENERIC/PENTRON INC., 125 N. PLAINS INDUSTRIAL PARK, WALLINGFORD, CT 06492 | |
| 10924 | JENERIC/PENTRON INC., 68 N. PLAINS INDUSTRIAL ROAD, WALLINGFORD, CT 06492 | |
| 10924 | JENERIC/PENTRON INC., PO BOX 724, WALLINGFORD, CT 06492 | |
| 10925 | JENI LEES RESTAURANTS, 310 BYRD BLVD., GREENVILLE, SC 29605 | |
| 10925 | JENI MUNYAN, HWY 221, ENOREE, SC 29335 | |
| 10925 | JENIFER LINTON, RT 1 BOX 209B, QUINCY, FL 32351-9726 | |
| 10925 | JENIKE & JOHANSON, INC, ONE TECHNOLOGY PARK DRIVE, WESTFORD, MA 01886 | |
| 10925 | JENKENS & GILCHRIST, 1445 ROSS AVE, DALLAS, TX 75202-2799 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  JENKERSON, NORMA, 9408 N. 17TH ST., PHOENIX, AZ 85020

10925  JENKINGS JENKINS, 604 WEST MAIN ST, WAXAHACHIE, TX 75168

10924  JENKINS BRICK COMPANY, PO BOX91, MONTGOMERY, AL 36101

10924  JENKINS BRICK, 45 GOETHE RD., BLUFFTON, SC 29910

10925  JENKINS JR, DONALD, 43 DORBA COURT, SEVERNA PARK, MD 21146

10924  JENKINS MANUFACTURNG CO., 1608 FRANK AKERS ROAD, ANNISTON, AL 36207

10925  JENKINS RRON, 3611 WEST PIONEER PKWY, SUITE F, ARLINGTON, TX 76013

10925  JENKINS RRON, 801 CHERRY ST, PO BOX 1287, FORT WORTH, TX 67101

10925  JENKINS, A, 702 MUIRKIRK LN, MANCHESTER, MO 63011

10925  JENKINS, ALINE, 201 S MEADOW LANE, MINNEAPOLIS, MN 55416

10925  JENKINS, ALVIS, 512 E KEYSVILLE ROAD, PLANT CITY, FL 33566-9998

10925  JENKINS, ARTHUR, 3590 ROUND BOTTOM RD, CINCINNATI, OH 45244-3026

10925  JENKINS, BARBARA, 203 MAIN ST APT 33, SOUTH BOUND BROOK, NJ 08880

10925  JENKINS, BRIAN, 185 SPRING CT. #14, ATHENS, GA 30601

10925  JENKINS, CALLIE, 8800 - 49TH AVE, COLLEGE PARK, MD 20740

10925  JENKINS, CATHERINE, 11760 QUADE CT., WALDORF, MD 20602

10925  JENKINS, CHERYL, 508 WHISPERING, WACO, TX 76705

10925  JENKINS, CHERYL, 671 AL DEMPSEY RD, GROVETOWN, GA 30813

10925  JENKINS, CONRAD, PO BOX 1715, MILLERSVILLE, MD 21108

10925  JENKINS, CRYSTEAL, 4200 W PETTY ROAD, MUNCIE, IN 47304

10925  JENKINS, DARRYN, 5833-B SHENANDOAH WY, ORLANDO, FL 32807

10925  JENKINS, DAWN, 1100 PEDRAS RD, TURLOCK, CA 95382

10925  JENKINS, DEBORAH, 25352 WESTBORNE DR, DANA POINT, CA 92629-0000

10925  JENKINS, DEBORAH, 4104 LONE OAK DRIVE, MONTGOMERY, AL 36108

10925  JENKINS, DENNIS, 16 MEAD ST, CHARLESTOWN, MA 02129

10925  JENKINS, DON, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925  JENKINS, DWIGHT, ROUTE 1, BOX 145-3, BAY SPRINGS, MS 39422

10925  JENKINS, ESTHER, 1315 FRANK DRIVE, WOOSTER, OH 44691

10925  JENKINS, FRANCES, 162 SPANISH POINT DR, BEAUFORT, SC 29902

10925  JENKINS, GEORGE, 5841 MILBRANCH RD, COLUMBUS, GA 31907

10925  JENKINS, HENRY, 836 RAPIDS ST, ROANOKE RAPIDS, NC 27870

10925  JENKINS, J, 233 PROSPECT ST 8C, EAST ORANGE, NJ 07017

10925  JENKINS, JAMES, 210 NE 15TH TERRACE, BOCA RATON, FL 33432

10925  JENKINS, JAMES, 6021 BURR HILL RD, RHOADESVILLE, VA 22701

10925  JENKINS, JILL, 2837 OLD ROBINSON RD, WACO, TX 76707

10925  JENKINS, JOSEPH, 217 IDOL DRIVE, HIGH POINT, NC 27262

10925  JENKINS, JOYCE, RD #1, WAMPUM, PA 16157

10925  JENKINS, KAREN, 11236 CLIFT CAVE ROAD, SODDY-DAISY, TN 37379

10925  JENKINS, KEVIN, 4201 91ST COURT, LANHAM, MD 20706

10925  JENKINS, LEROY, 1811 NOTTINGHAM WAY, TRENTON, NJ 08619

10925  JENKINS, LINDA, 9 L WOODSTREAM LN, GREENSBORO, NC 27410

10925  JENKINS, LORRIE, 12 ALTHEA CIRCLE, SUMTER, SC 29150

10925  JENKINS, LULA, 304 GARFIELD DR, MONROE, LA 71203

10925  JENKINS, LYDIA, 123 W LOS OLIVOS APT A, SANTA BARBARA, CA 93105

10925  JENKINS, MAGGIE, RT 2, BOX 306, HEPHZIBAH, GA 30815

10925  JENKINS, MARINA, 820 RONSON DR, KENNER, LA 70065

10925  JENKINS, MARY LOU, 6235 N NEWARK AVE, CHICAGO, IL 60631-2109

10925  JENKINS, MARY, PO BOX 792, BELTSVILLE, MD 20704

10925  JENKINS, MATTHEW, 15315 DONNA DR., SILVER SPRING, MD 20905

10925  JENKINS, MATTHEW, 15315 DONNA DRIVE, SILVER SPRING, MD 20905

10925  JENKINS, MAURICE, 3637 S SHAVER #120, PASADENA, TX 77504

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JENKINS, MELISSA, 3015 LAKESIDE, IOWA CITY, IA 52240

10925    JENKINS, MICHAEL, 549 MT BETHEL ROAD, SUNSET, SC 29685

10925    JENKINS, MIRIAM, 140-28 H ALCOTT PLACE, BRONX, NY 19475

10925    JENKINS, ODIS, RT 1, BOX 17-A, SANDY HOOK, MS 39478

10925    JENKINS, PATRICIA, PO BOX 1653, RUSTON, LA 71273

10925    JENKINS, R JACKSON, 10861 ROUTE 99, WOODSTOCK, MD 21163

10925    JENKINS, RANDY, 102 LAVINGHOUSE ROAD, FRANKLINTON, LA 70438

10925    JENKINS, RANDY, 6421 OAK PARK COURT, LINTHICUM, MD 21090-2723

10925    JENKINS, RICHARD, 4214 JORDAN ROAD, GREER, SC 29651-8730

10925    JENKINS, RICHARD, PO BOX 4, AVENUE, MD 20609

10925    JENKINS, ROBERT F, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    JENKINS, ROBERT, 10 KATHLEEN DRIVE, WAKEFIELD, MA 01880

10925    JENKINS, ROSIE, 5416 W. 116TH ST., DEL AIRE, CA 90304

10925    JENKINS, SANDRA, 2501 DEANWOOD DR, RALEIGH, NC 27615

10925    JENKINS, STEVE, 3062 N. 36TH ST, MILWAUKEE, WI 53210

10925    JENKINS, SUSAN, 6 JENKINS BROTHERS, ST. HELENA ISLAND, SC 29920

10925    JENKINS, T, 726 L PEACHTREE RD, CLAYMONT, DE 19702

10925    JENKINS, TERRY, 2553 CARRIAGE CREEK, AUGUSTA, GA 30909

10925    JENKINS, THEO, 106 LISON ST., CLEMSON, SC 29631

10925    JENKINS, THOMAS, 501 FAIRFIELD AVE, GRETNA, LA 70056

10925    JENKINS, VIVIAN, PO BOX 409, NASSAWADOX, VA 23413

10925    JENKINS, WEST, 8 LITTLETREE COURT, LITTLETON, NC 27850

10925    JENKINS, WILLIAM, 1115-27TH ST NE, CEDAR RAPIDS, IA 52402

10925    JENKINS, WILLIAM, 5409 FOXGLOVE DR, BOSSIER CITY, LA 71112

10925    JENKINSON, JEFFREY, 22 WARREN RD, SUDBURY, MA 01776

10924    JENKS PUBLIC SCHOOLS, 3019 EAST 101ST STREET SO., JENKS, OK 74037

10924    JENKS PUBLIC SCHOOLS, 309 NORTH WALNUT, BROKEN ARROW, OK 74012

10925    JENKS, ELIZABETH, 937 N 7 TH ST, BATON ROUGE, LA 70802

10924    JENNA CONCRETE CORP., 1465 BRONX RIVER AVE, BRONX, NY 10472

10924    JENNA CONCRETE PRODUCTS, 1465 BRONX RIVER AVE., BRONX, NY 10472

10925    JENNIE JAVOR, 475 JEWETT HOLMWOOD RD, EAST AURORA, NY 14052-2148

10925    JENNIE L CHADWICK, 3 BRECKENRIDGE RD, PO BOX 555, HADLEY, MA 01035-0555

10925    JENNIE LEE TOUCHETTE &, ROBERT HENRY TOUCHETTE JT TEN, 5005 CLOUDBURST HILL, COLUMBIA, MD 21044-1501

10925    JENNIE MISHKIN, C/O MRS DAVID GERBER, 34 LISA DR, DIX HILLS, NY 11746-5131

10924    JENNIE STEWART MEDICAL CENTER, 409  WEST 18TH STREET, HOPKINSVILLE, KY 42240

10924    JENNIE STEWART MEDICAL CENTER, 409 WEST 18TH STREET, HOPKINSVILLE, KY 42240

10925    JENNIE WARE COMPREHENSIVE MEDICAL, 1776 SKYLYN DR, SPARTANBURG, SC 29307

10925    JENNIFER A GORDON, 114-15 133 AVE, SOUTH OZONE PARK, NY 11420-3114

10925    JENNIFER A LARKIN, 72 PROSPECT ST, GREENWICH, CT 06830-5228

10925    JENNIFER BOLDRICK, 10403 HAYES AVE, SILVER SPRING, MD 20902-3817

10925    JENNIFER CURTIS, 27 MARIE WAY, RANDOLPH, MA 02368-2732

10925    JENNIFER D GRAY, PO BOX 881141, SAN FRANCISCO, CA 94188-1141

10925    JENNIFER DAWN HUFNAGEL, 340 VOGEL LN, SAN MARCOS, TX 78666-2116

10925    JENNIFER J. SCHAFFER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    JENNIFER KUIST SHANKS, 10930 OMAHA LN, PARKER, CO 80138-7243

10925    JENNIFER L PHILLIPS, 6272 WILD SWANWAY, COLOMBIA, MD 21045-7417

10925    JENNIFER RAE ANDREWS, 1521 VERVAIS AVE, VALLEJO, CA 94591-4027

10925    JENNIFER SCHUEMANN HADCOCK, 1016 E 4TH ST, DULUTH, MN 55805-2218

10925    JENNIFER UMALI, 62 WHITEMORE AVE, CAMBRIDGE, MA 02140

10925    JENNINGS ENVIRONMENTAL SERVICES INC, POBOX 574998, ORLANDO, FL 32857-4998

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JENNINGS GROUP, INC, 37 RAMSEYBURG ROAD, COLUMBIA, NJ 07832

10925   JENNINGS I THOMPSON &, MARY KATHERINE THOMPSON JT TEN, 10261 UPTON PL, BLOOMINGTON, MN 55431-2879

10925   JENNINGS JT TEN, DONALD R & LYNNE W, 281 E MILLAN ST, CHULA VISTA, CA 91910-6339

10925   JENNINGS STROUSS & SALMON PLC, ATTN PAT FLOOD, THE COLLIER CTR, 201 E WASHINGTON ST FL 11, PHOENIX, AZ 85004-2385

10925   JENNINGS WASTE MANAGEMENT, PO BOX 9001170, LOUISVILLE, KY 40290-1170

10925   JENNINGS, ANGELA, 308780976, EMORY, TX 75440

10925   JENNINGS, BILLY, 1553 SINGLTON, WICHITA FALLS, TX 76302

10925   JENNINGS, BOB, 108 PASSONS RD, RED BANK, TN 37415

10925   JENNINGS, BRAD, 3900 E NORTH ST #M181, GREENVILLE, SC 29615

10925   JENNINGS, CAROL, 105 BUSH CLOVER, PEACHTREE CITY, GA 30269

10925   JENNINGS, CARRIE, 111 MORTON AVE, SIMPSONVILLE, SC 29681

10925   JENNINGS, CURTIS, 702 N BROAD ST, CLINTON, SC 29325

10925   JENNINGS, DAVID, 2240 MORRISS RD., FLOWER MOUND, TX 75028

10925   JENNINGS, DEANA, 8078 COUNTY RD 271, TERRELL, TX 75160

10925   JENNINGS, DONALD, 1904 GROVE ST, OSHKOSH, WI 54901-2461

10925   JENNINGS, DORIS, 113 SECOND ST, FOUNTAIN INN, SC 29644

10925   JENNINGS, DWIGHT, 1012 LYNN ST, TIPTON, IA 52772

10925   JENNINGS, EDWARD, 3100 TERWOOD RD., WILLOWGROVE, PA 19090

10925   JENNINGS, EDWIN, 506 CLEVENGER, CARTHAGE, MO 64836-2737

10925   JENNINGS, JAMES, 523 ALTER AVE., BALTIMORE, MD 21208

10925   JENNINGS, JESSICA, 2 HOLLY CLOSE, FARNHAM COMMON, BUCKS, UNITED KINGDOM     *VIA Deutsche Post*

10925   JENNINGS, JOE, 1018 C ST NE, WASHINGTON, DC 20002

10925   JENNINGS, JOHNNY, 1 POPLAR ST, WOODRUFF, SC 29388-0000

10925   JENNINGS, JOSEPH, 4301-H GATEWAY DR, OWENSBORO, KY 42303

10925   JENNINGS, JUDY, 122 SPRING VALLEY DR, SPARTANBURG, SC 29301-1239

10925   JENNINGS, KATHRYN, 4710 WARM SPRINGS, HOUSTON, TX 77035

10925   JENNINGS, MARY E, 60 DWIGHT ST #1, BROOKLINE, MA 02146

10925   JENNINGS, MILDRED, 101 S PLINEY CIRCLE, SIMPSONVILLE, SC 29681

10925   JENNINGS, NANCY, 10565 BURNED OAK, ESCONDIDO, CA 92026

10925   JENNINGS, PATRICIA, 49 FLORENCE ST, WINCHESTER, MA 01890

10925   JENNINGS, PHILLIP, RT. 2 BOX 30, SAMSON, AL 36477

10925   JENNINGS, R, 724 ST BRIDES RD WEST, CHESAPEAKE, VA 23322

10925   JENNINGS, RALPH, 3607 N. 84TH ST, MILWAUKEE, WI 53222

10925   JENNINGS, ROY, 3708 INDIAN POINT CIRCLE, NORMAN, OK 73071

10925   JENNINGS, SANDRA, 200 CLARK RD, FAYETTEVILLE, GA 30214

10925   JENNINGS, SHELLEY, 1503 E. 8TH ST, ANDERSON, IN 46012

10925   JENNINGS, SHERRY, 208 E SPRING ST, HENRIETTA, TX 76365

10925   JENNINGS, VICTOR, 4880 RT 96, ROMULUS, NY 14541

10925   JENNINGS, WILLIAM, 11413 FOREST RIDGE ROAD, LITHIA, FL 33547

10925   JENNINS-CLOUGH, MARTHA, 204 E. WASHINGTON ST, POYNETTE, WI 53955

10925   JENNISON & SHULTZ P C, 2001 JEFFERSON DAVIS HWY, ARLINGTON, VA 22202-3604

10925   JENNISON & SHULTZ PC, CRYSTAL PLAZA #1 - SUITE 1102, 2001 JEFFERSON DAVIS HWY, ARLINGTON, VA 22202-3604

10925   JENNY LIND GHERING, 580 MERCER RD, BUTLER, PA 16001-1819

10925   JENNY SUE MOUNT, 2316 ROBINWOOD, TOLEDO, OH 43620-1022

10925   JENNY WRIGHT COOPER, 45-19 251ST ST, LITTLE NECK, NY 11362-1309

10925   JENQUIN, KENNETH, 805 4TH ST, ALGOMA, WI 54201

10925   JENQUIN, STEVEN, 1409 CLARK ST, GREEN BAY, WI 54301

10925   JENS SAHLMANN, BERLINER ALLEE 25, NORDERSTEDT, 22850GERMANY     *VIA Deutsche Post*

10925   JENSEN INSTRUMENT CO, 634 SOUTH DUGGAN AVE, AZUSA, CA 91702

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   JENSEN INTERNATIONAL, 14TH & PACIFIC, COFFEYVILLE, KS 67337

10925   JENSEN JR, HERBERT G, 114 NORTHFIELD DR, THOMAS VILLE, GA 31757-9505

10925   JENSEN JR, HERBERT, 114 NORTHWOODS DR, THOMASVILLE, GA 31757

10925   JENSEN JT TEN, WILLIAM F & CELIA, C/O CELIA CARROZZO, 1809 GRENADIER DR, SAN PEDRO, CA 90732-4225

10924   JENSEN PATIO BRICK CO, 515 W. ELWOOD ST, PHOENIX, AZ 85041

10924   JENSEN PATIO BRICK CORP., 515 W. ELWOOD, PHOENIX, AZ 85041

10924   JENSEN PRECAST CONCRETE, 3853 LOSEE ROAD, NORTH LAS VEGAS, NV 89030

10924   JENSEN PRECAST CONCRETE, 3853 LOSSE ROAD, NORTH LAS VEGAS, NV 89030

10924   JENSEN PRECAST**DUPLICATE ACCT., 14221 SAN BERNARDINO, FONTANA, CA 92335

10924   JENSEN PRECAST, 14221 SAN BERNARDINO AVE., FONTANA, CA 92335

10924   JENSEN PRECAST, 14221 SAN BERNARDINO AVENUE, FONTANA, CA 92335-5232

10924   JENSEN PRECAST, 14221 SAN BERNARDINO, FONTANA, CA 92335

10924   JENSEN PRECAST, 14221 SAN BERNARDINO, FONTANA, CA 92335-5232

10924   JENSEN PRECAST, 3853 LOSEE ROAD, NORTH LAS VEGAS, NV 89030

10924   JENSEN PRECAST, 5400 RALEY BOULEVARD, SACRAMENTO, CA 95838

10924   JENSEN PRECAST, 625 BERGIN WAY, SPARKS, NV 89431

10924   JENSEN PRECAST, 62960 BOYD ACRES ROAD, BEND, OR 97701

10924   JENSEN READY MIX, 5517 HIGHWAY 38, OLIN, IA 52320

10924   JENSEN READY MIX, HIGHWAY 38 NORTH, OLIN, IA 52320

10924   JENSEN ROCK & SAND COMPANY, N. EAST STREET, GETTYSBURG, SD 57442

10924   JENSEN ROCK & SAND INC, HWY 12 EAST, MOBRIDGE, SD 57601

10924   JENSEN ROCK & SAND, HWY 12 EAST, MOBRIDGE, SD 57601

10924   JENSEN ROCK AND SAND, HWY 12 EAST, MOBRIDGE, SD 57601

10925   JENSEN SERVICES, W227 S4370 BEEHEIM ROAD, WAUKESHA, WI 53186-8067

10925   JENSEN SOUDERS & ASSOCIATES INC, 725 N BAKER DR, ITASCA, IL 60143

10925   JENSEN, BERNARD, 5 KNOLLWOOD DR, MERRIMACK, NH 03054

10925   JENSEN, BROOKS, 625 BERGIN WAY, SPARKS, NV 89431

10925   JENSEN, BURL, 7242 E. DAVIES PLACE, ENGLEWOOD,, CO 80112-1113

10925   JENSEN, C. MICHELLE, 325 CARDENAS NE, ALBUQUERQUE, NM 87108

10925   JENSEN, CARL, 3420 WINDWARD LANE, APPLETON, WI 54911

10925   JENSEN, CORDELL, 7092 MONTICELLO DRIVE, VILLA RICA, GA 30180

10925   JENSEN, CYNTHIA, 422 W. FIFTH ST., MOMENCE, IL 60954

10925   JENSEN, DAVID, 1833 HANO RD., SANTA FE, NM 87501

10925   JENSEN, FRED, 138 KREISCHER ST, STATEN ISLAND, NY 10309

10925   JENSEN, GARY, 2524 HILL BROOKE PKWY, OWENSBORO, KY 42303

10925   JENSEN, GREG, 137 HEALDSBURY AVE, CLOVERDALE, CA 95425

10924   JENSEN, IRVING F., PORTABLE PAVER MINNESOTA, SIOUX CITY, IA 51102

10924   JENSEN, IRVING F., PORTABLE PAVER SOUTH DAKOTA, SIOUX CITY, IA 51102

10924   JENSEN, IRVING F., VARIOUS LOCATIONS IOWA, SIOUX CITY, IA 51102

10925   JENSEN, JANICE, 10133 ROPEMAKER DR., ELLICOTT CITY, MD 21043

10925   JENSEN, JAY, 1003 FULTON AVE #106, SACRAMENTO, CA 95825

10925   JENSEN, JON M, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JENSEN, JON, 4 OAK ST., BURLINGTON, MA 01803

10925   JENSEN, KEITH, 5 KNOLLWOOD DRIVE, MERRIMACK, NH 03054

10925   JENSEN, KIRK, 1605 QUAIL VALLEY, IOWA PARK, TX 76367

10925   JENSEN, LYLE, 1265 STATE ST, GARNER, IA 50438

10925   JENSEN, MARLENE, PO BOX 306, RIO HONDO, TX 78583

10925   JENSEN, MICHAEL, 3484 GROGAN CIRCLE, SAN DIEGO, CA 92154

10925   JENSEN, NANCY, 3844 N. 12TH AVE, PHOENIX, AZ 85013

10925   JENSEN, NORMAN, 1130 HWY 12-18, DEERFIELD, WI 53531

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JENSEN, RICHARD ALAN, CUST FOR PENELOPE JUDITH JENSEN, UNIF GIFT MIN ACT NY, 630 ARMSTRONG AVE, STATEN ISLAND, NY 10308-1939

10925   JENSEN, SALLY, 23 FAIRVIEW AVE., BOUND BROOK, NJ 08805

10925   JENSEN, TAMMY, 6087 BRAIDWOOD BEND, ACWORTH, GA 30101

10925   JENSEN, WAYNE, 314 LAKE WHATCOM BLVD, BELLINGHAM, WA 98226

10925   JENSON, CARY, 514 MICHELE ST, MT HOREB, WI 53572

10925   JENSON, LAWRENCE, 3461 DAISY ROAD, WOODBINE, MD 21797

10925   JENSON, ROBERT, 605 NORTH DEES, FT STOCKTON, TX 79735

10925   JENSON, ROBERT, 605 NORTH DEES, FT STOCKTON, TX 79735-4805

10925   JEOL USA, INC, 11 DEARBORN ROAD, PEABODY, MA 01961

10925   JEOL USA, PO BOX 5-0346, WOBURN, MA 01815

10925   JEPPESEN SANDERSON, DEPT 280, DENVER, CO 80281-0280

10925   JEPPESEN SANDERSON, PO BOX 101490, ATLANTA, GA 30392-1490

10925   JEPSEN, KAMI, PO BOX 72, GREENLEAF, WI 54126

10925   JEPSON, DONALD, 8 ACADEMY AVE, FAIRHAVEN, MA 02719

10925   JEPSON, NORMAN, 10 TARRYALL TERRACE, HENDERSON, NV 89014

10925   JERALD D KING, RR 1 BOX 126, RUSSELL, IA 50238-9734

10925   JERAS CORP, 1802 CEDAR CREST BLVD, ALLENTOWN, PA 18104-9662

10924   JER-CO INDUSTRIES, STAR ROUTE SOUTH, LOCUST GROVE, OK 74352

10925   JERDEE, DOUGLAS JEROME, 5526 CHATEAU DR, SAN DIEGO, CA 92117-4066

10925   JERE H DEMENT, 212 FREDA VILLA, MADISON, TN 37115-5106

10925   JERECK INVESTMENT CLUB, OF ANNAPOLIS, 1900 DULAMY PL, ANNAPOLIS, MD 21401-6221

10925   JEREMY GREEN PHOTOGRAPHY, 1720 LANCASTER ST, BALTIMORE, MD 21231

10925   JEREMY P M GRAY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JERICHO RESTAURANTS ASSOCIATES LLC, ROBERT M MORGILLO, 763 LARKFIELD RD, COMMACK, NY 11725

10924   JERKINS CONCRETE (MP), 312 W. PENNSYLVIA AVE., BONIFAY, FL 32425

10924   JERKINS INC., 312 WEST PENNSYLVANIA AVE., BONIFAY, FL 32425

10924   JERKINS INC., ATTN:  ACCOUNTS PAYABLE, BONIFAY, FL 32425

10924   JERKINS INCORP, ATTN:  ACCOUNTS PAYABLE, BONIFAY, FL 32425

10924   JERKINS READY MIX, HWY 90 W, CHIPLEY, FL 32428

10925   JERNIGAN JR, LEONARD T, PO BOX 847, RALEIGH, NC 27602

10925   JERNIGAN, PATRICIA, 4024 GOSSETT, WICHITA FALLS, TX 76308

10925   JEROME C DENNEHY &, PATRICK J DENNEHY JT TEN, 44 W 62ND ST, PENTHOUSE A, NEW YORK, NY 10023-7008

10925   JEROME C LUEBBERT &, DIANE L LUEBBERT, JT TEN, 2603 HUNTLEIGH PL, JEFFERSON CITY, MO 65109-1123

10925   JEROME D HANIFAN, 213 CASTLE AVE, WESTBURY, NY 11590-2030

10925   JEROME D. CITRON ESQUIRE, 29 S. LASALLE ST , SUITE 415, CHICAGO, IL 60603

10925   JEROME ELECTRIC, 14 MICHAEL RD., BEVERLY, MA 01915

10925   JEROME F CARTER JR &, BILLIE P CARTER JT TEN, PO BOX 1036, SALADO, TX 76571-1036

10925   JEROME H WYBO & DORA WYBO JT TEN, 21727 MAPLE, ST CLAIR SHORE, MI 48081-3737

10925   JEROME J MEYER, 7 WEST COURT ST 21, CINCINNATI, OH 45202-1032

10925   JEROME L SOMMER, 391 PEBBLE VALLEY, ST LOUIS, MO 63141-8039

10925   JEROME LUKOWICZ, 122 ARCH ST, PHILADELPHIA, PA 19106

10925   JEROME M KEYSER TR UA MAY 10 95, THE JEROME M KEYSER REVOCABLE, TRUST, 13235 S CLYDEPARK AVE, HAWTHORNE, CA 90250-4915

10925   JEROME M TORSNEY, 737 BROAD ST, CLIFTON, NJ 07013-1612

10925   JEROME M WESTHEIMER JR & BEVERLY, WESTHEIMER WELLNITZ GDN OF, VALERIE DEAN WESTHEIMER, PO BOX 428, ARDMORE, OK 73402-0428

10925   JEROME MAX WESTHEIMER JR TR UA, APR 13 88 THE JEROME MAX, WESTHEIMER JR TRUST, PO BOX 428, ARDMORE, OK 73402-0428

10925   JEROME P RICHIE, 102 NEWTON ST, BROOKLINE, MA 02146-7407

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 JEROME P SCHUSTER, 7800 E LINDEN LANE, CLEVELAND, OH 44130-7701

10925 JEROME PRESSMAN & ALVINA PRESSMAN, TR UA THE PRESSMAN FAMILY, REVOCABLE TRUST, 5455 8TH ST 53, CARPINTERIA, CA 93013-2439

10925 JEROME SHAPIRO, & MILDRED SHAPIRO JT TEN, 25 WISTERIA LANE, WANTAGH L I, NY 11793-1308

10925 JEROME SHEINMEN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 JEROME SILVER, 3421 PROSPECT AVE, CLEVELAND, OH 44115-2617

10925 JEROME WASSERMAN, C/O EMPIRE FOODS, PO BOX 214, VERONA, NJ 07044-0214

10925 JEROME, CHRISTINE, 302 S MAPLE AVE, GREEN BAY, WI 54303

10925 JERRALD L ZWEIFEL, 401 E COATES AVE 11, MONTICELLO, WI 53570-9732

10925 JERRELL, JAMES, 2600 HARDEN BLVD LOT #13, LAKELAND, FL 33803-5923

10925 JERRELL, TERRY, 214 CAROLINA AVE, BOGALUSA, LA 70427

10924 JERRIT ELEC. C/O HOLIDAY INN, 1570 N. MILITARY HWY, NORFOLK, VA 23502

10925 JERROLD B BILLMYER, 5203 STONE MILL CT, SKYESVILLE, MD 21784-8901

10925 JERRY A OSTLER, 632 W 2025 N, CENTERVILLE, UT 84014-2605

10925 JERRY BONE, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 JERRY C DAVIS, 3601 W 83RD TERR, PRAIRIE VILLAGE, KS 66206-1326

10925 JERRY COX, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 JERRY D CARTWRIGHT, PO BOX 953, JASPER, TN 37347-0953

10925 JERRY D CHILD, 23515 VIA DECANO, VALENCIA, CA 91355-3022

10925 JERRY D MC MAHON, 3418 OVERGLEN DR, GARLAND, TX 75043-6235

10925 JERRY D RIVENBANK, 963 RIVER ROAD, JOHNS ISLAND, SC 29455

10925 JERRY D SULLIVAN, BOX 740 OLD YORK HWY, DUNLAP, TN 37327-6215

10925 JERRY DEL LEREYOS, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925 JERRY E WHITE &, LESLIE W WHITE JT TEN, RT 4 BOX 252, CUSHING, OK 74023-9174

10925 JERRY E. RADEMAN CONSULTING SVCS, 5700 ST AUGUSTINE ROAD, JACKSONVILLE, FL 32207

10925 JERRY ESTES PAINTING, 302 AVE F, SOUTH HOUSTON, TX 77587

10925 JERRY FRANK, 8775 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437

10925 JERRY GOLDBERG ENTERPRISES INC, R55 WASHINGTON ST, NORWELL, MA 02061

10925 JERRY GOLDBERG ENTERPRISES INC, R55 WASHINGTON ST., NORWELL, MA 02061

10925 JERRY H FU &, ADELAIDE D FU JT TEN, 726-11 TRAMWAYVISTA CT NE, ALBUQUERQUE, NM 87122

10925 JERRY HARVEY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10924 JERRY HOLLIDAY CONSTRUCTION, 700 E. BROWN CANYON ROAD, BLANDING, UT 84511

10924 JERRY HOLLIDAY CONSTRUCTION, ATTN:  ACCOUNTS PAYABLE, BLANDING, UT 84511

10925 JERRY HOUTING, R R 2, SAND LAKE, MI 49343-9802

10925 JERRY L MCAFEE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 JERRY LYNN HOWARD &, JOYCE FAY HOWARD JT TEN, 970 SHIELD-SHINKLE RD, WILLIAMSTOWN, KY 41097-7245

10925 JERRY M KOONTZ, PO BOX 37523, RALEIGH, NC 27627-7523

10925 JERRY MC GATH, 6047 FIVE POINTS ROAD, INDIANAPOLIS, IN 46259

10925 JERRY N SELF &, ROSEMARY SELF JT TEN, BOX 2091, MUSKOGIE, OK 74402-2091

10925 JERRY NEWTON PHOTOGRAPHY, 3365 MERIDIAN LANE, RENO, NV 89509

10924 JERRY OSTLER, 5278 KINGSWOOD DRIVE, SALT LAKE CITY, UT 84118

10924 JERRY OZGA ELECTRICAL, INC., 1827 W. JAMES STREET, NORRISTOWN, PA 19403

10925 JERRY P LANIUS, 8738 FOX PK DR, ST LOUIS, MO 63126-1835

10925 JERRY S HELISEK & SONIA HELISEK, JT TEN, 18730 SHREWSBURY, LIVONIA, MI 48152-3391

10925 JERRY SCALICI, 13 MIDLAND AVE, WHITE PLAINS, NY 10606-2828

10925 JERRY SCANDURA, ONE TOWN CENTER, BOCA RATON, FL 33486

10925 JERRY SUTTON, 1002 JAMI WAY, ELK CITY, OK 73644-2249

10925 JERRY T FUJITA &, BARBARA K FUJITA JT TEN, 13065 SE 160TH PLACE, RENTON, WA 98058-4706

10925 JERRY W LEONARD, POBOX 634, FREDERICKSBURG, VA 22404

10925 JERRY W MYRACLE &, PATSY F MYRACLE JT TEN, 6912 NEWMAN RD, CLIFTON, VA 22024-1613

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JERRY WAYNE WHEELES, 312 CHAMBLY DR, COLUMBIA, SC 29209-1508

10924   JERRY'S NUGGET, SMITH AND GREEN, LAS VEGAS, NV 89101

10924   JERRY'S RM, 406 N. 300 E., PANGUITCH, UT 84759

10925   JERSEY CITY WATER CASHIER, 60 COLLARD ST, JERSEY CITY, NJ 07306

10924   JERSEY CONCRETE CO., 500 HOLLYWOOD AVE., SOUTH PLAINFIELD, NJ 07080

10924   JERSEY CONCRETE CO., FOOT OF RIVER RD., EAST BRUNSWICK, NJ 08816

10924   JERSEY ELECTRICAL SUPPLY, 537 MERCER ST., JERSEY CITY, NJ 07306

10924   JERSEY GARDENS MALL, 1001 KAPKOWSKI ROAD, ELIZABETH, NJ 07201

10924   JERSEY GYPSUM, 1351 RT37 WEST, TOMS RIVER, NJ 08755

10924   JERSEY GYPSUM, 342 SCHUYLER AVENUE, KEARNY, NJ 07032

10924   JERSEY GYPSUM, PO BOX 349, WINDSOR, NJ 08561

10924   JERSEY MEDICAL CENTER, NEPTUNE, NEPTUNE, NJ 07753

10924   JERSEY PRECAST CORP, PO BOX 7443, NEW BRUNSWICK, NJ 08902

10924   JERSEY PRECAST, 1000 SOMERSET ST., NORTH BRUNSWICK, NJ 08902

10924   JERSEY PRECAST, P.O. BOX 7443, NORTH BRUNSWICK, NJ 08902

10924   JERSEY SHORE MEDICAL CENTER, NEPTUNE, NJ 07753

10924   JERSEY SHORE MEDICAL CENTER, ROUTE 33 EAST, NEPTUNE, NJ 07753

10925   JERSEY TANK FABRICATOR INC, PO BOX 257, CREAM RIDGE, NJ 08514-0257

10925   JERSZYK, DAVID, 225 SIBLEY TERR, MANCHESTER, NH 03103

10925   JERUE, DEBI, 409 RANCHO ARRAYO PKWY #123, FREMONT, CA 94536

10925   JERVAN, ELWYN, 9228 W. CHESTER, MIWLAUKEE, WI 53214

10925   JERVAN, ZELDA, 9228 W CHESTER ST, MILWAUKEE, WI 53214

10925   JERZY SUPPLY, 5542 HALVE WILSON, HOUSTON, TX 77206

10925   JERZY SUPPLY, 5542 HARVEY WILSON, HOUSTON, TX 77020

10925   JERZY SUPPLY, PO BOX 15294, HOUSTON, TX 77220-5294

10925   JERZY SUPPLY, POBOX 15294, HOUSTON, TX 77220-5294

10925   JES HARDWARE SOLUTIONS, 2905 NW 82ND AVE., MIAMI, FL 33122

10925   JES PUBLISHING CORP., 6413 CONGRESS AVE, BOCA RATON, FL 33487

10925   JESBERGER, ALAN, 1532 WINDSOR ST, SUN PRAIRIE, WI 53590

10924   JESCO, 3706 RIDGE ROAD, CANTON, GA 30114

10924   JESCO, INC., 11369 VIKING DR., MINNEAPOLIS, MN 55435

10925   JESEN, KELLY, 2637 N. FREDERICK, 106, MILWAUKEE, WI 53211

10925   JESKE, DIANE, W323 S1701, DELAFIELD, WI 53018

10925   JESKE, RUSSELL, 7409 N. TOLLES RD, EVANSVILLE, WI 53536

10924   JESKEY & SON, 1690 BLAIRSDEN-GRAEAGLE, BLAIRSDEN, CA 96103

10924   JESKEY & SON, 48545 U.S. HIGHWAY 70, QUINCY, CA 95971

10924   JESKEY & SON, 48545 U.S. HWY 70, QUINCY, CA 95971

10924   JESMAC, 139 THURBERS AVE, PROVIDENCE, RI 02940

10924   JESMAC, SILVER SPRING INDUSTRIAL PARK, PROVIDENCE, RI 02940

10924   JESMAC,INC., 134 THURBERS AVE-SUITE #2, PROVIDENCE, RI 02905

10925   JESSE BENOIT LEACH &, VIRGINIA C LEACH JT TEN, 231 NORTH HAMMONDS FERRY RD, LINTHICUM HTS, MD 21090-1912

10925   JESSE C SHELANDER, 3842 ORCHARD RD SE, SMYRNA, GA 30080-5962

10925   JESSE GONZALES, 7237 EAST GAGE, LOS ANGELES, CA 90040

10925   JESSE M WADDELL, 7101 GRASSHOPPER RD, BIRCHWOOD, TN 37308-5034

10925   JESSE MASON, 433 E 56TH ST, APT 2F, NEW YORK, NY 10022-2434

10925   JESSE R TIMMONS, 15 MILLCREEK RD, TRAVELERS REST, SC 29690-9435

10925   JESSEN, GENE, 94 TRUMAN RD., ANITA, IA 50020

10925   JESSEN, NELS, 1004 SECOND AVE. S, BUFFALO, MN 55313

10925   JESSER, DOROTHY, 186 BANCROFT AVE, READING, MA 01867

10925   JESSER, JANICE, PO BOX 393, PIERCE, CO 80650

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 JESSER, JENNIFER, 186 BANCROFT AVE., READING, MA 01867

10925 JESSEY GAUGHAN, BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD PO BOX 7820, LAKE CHARLES, LA 70606-7820

10925 JESSICA A BUSH, 11 TOWNSEND AVE, SALEM, NH 03079-2308

10925 JESSIE FARMER, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925 JESSIE L KALIMON, 1103 CAROLINA COVE, NORTH MYRTLE BEACH, SC 29582-4847

10925 JESSIE, TANYA, GENERAL DELIVERY, OLIVE HILL, KY 41164

10925 JESSON, BRIAN, 80-957 SHENANDOAH AVE, INDIO, CA 92201

10925 JESSOP, CAROLYN, PO BOX 21085, ST SIMONS ISLAND, GA 31522

10925 JESSUP SR, ROBERT, 8127 CEDAR HOLLOW RD, GREENSBORO, NC 27405

10925 JESSUP, LISA, 2823 OAKLAND AVE, AUGUSTA, GA 30909

10925 JESSUP, RONETTE, 300 CENTRAL AVE, 39, PLAINFIELD, NJ 07060

10925 JESTER, RALPH, 2425 DEER RUN, LAKELAND, FL 33809

10924 JESTERS CONSTRUCTION, 310 N.E. 8TH, EAST WENATCHEE, WA 98802

10925 JESUS CERVANTES, AV.DE LAS FUENTES #41-A-PH, TECAMACHALCO, 53950MEXICO     *VIA Deutsche Post*

10925 JESUS, E, 2740 W 62ND ST APT 206, HIALEAH, FL 33016

10925 JESUS, E, 2740 WEST 62ND ST #206, HIALYAH, FL 33016

10924 JET & CO., 260 PICKETTS LINE, NEWPORT NEWS, VA 23603

10925 JET AVIATION BUSINESS JETS INC, 85 CHESTNUT RIDGE RD., MONTVALE, NJ 07645

10925 JET AVIATION BUSINESS JETS, PO BOX 3016, BOSTON, MA 22141-3016

10925 JET AVIATION, PO BOX 3997, BOSTON, MA 02241-3997

10925 JET AVIATION/BOSTON, INC, 380 HANSCOM DRIVE, BEDFORD, MA 01730-2630

10925 JET BLAST INC, 6800 FT SMALLWOOD RD, BALTIMORE, MD 21226

10925 JET BLAST, INC, 6800 FT. SMALLWOOD RD., BALTIMORE, MD 21226

10925 JET CENTER, THE, 16300 DAILY DR, VAN NUYS, CA 91406

10925 JET ELECTRONICS AND TECH, PO BOX 71970, CHICAGO, IL 60694-1970

10925 JET LINE SERVICES, 6 SUMMIT ROAD, STRATFORD, NJ 08084

10925 JET PROFESSIONALS INC, PO BOX 13475, NEWARK, NJ 07188-0475

10925 JET PROPULSION LABS, 4800 OAK GROVE DR, PASADENA, CA 91103

10925 JET PULVERIZER CO, THE, PO BOX 212, PALMYRA, NJ 08065-0212

10925 JET PULVERIZER CO., 1255 NORTH CHURCH ST., MOORESTOWN, NJ 08057

10925 JET SOLUTIONS, PO BOX 891589, DALLAS, TX 75389-1589

10924 JET SUPPORT CORPORATION, 2819 SOUTH 208TH STREET, SEATTLE, WA 98198

10924 JETCO CHEMICALS, INC., E. HWY. 31, CORSICANA, TX 75110

10924 JETCO CHEMICALS, INC., PO BOX 1898, CORSICANA, TX 75110

10925 JETCRETE AUSTRALIA, PO BOX 237, KALGOORLIE, WA 06430

10925 JETER, CHRISTOPHER, 703 PAN GAP RD., CHATTANOOGA, TN 37419

10925 JETER, ERNEST, 345 GRIFFEN, WOODRUFF, SC 29388

10925 JETER, HOWARD, 407 W GEORGIA RD, SIMPSONVILLE, SC 29681

10925 JETER, JAMES, ROUTE 5 BOX 945, WINNSBORO, SC 29180

10925 JETER, JERRY, 2828 LAGO VISTA, IRVING, TX 75062

10925 JETER, JOANNE, 538 DURRAH ST WOODRUFF SC, WOODRUFF, SC 29388

10925 JETER, KAREN, 55 SPENCER ST, DORCHESTER, MA 02124

10925 JETER, KENDALL, 310 SUMNER RD, ENOREE, SC 29335

10925 JETER, MELVIN, 310 SUMNER ROAD, ENOREE, SC 29335

10925 JETER, TONY, 4264 FOOTE ST , N.E., WASHINGTON, DC 20019

10925 JETER, WILLIAM, 191 FLEMING CIRCLE, ENOREE, SC 29335

10925 JET-LINE ENVIRONMENTAL SERVICES INC, PO BOX 11238, BOSTON, MA 02211

10925 JETS TRUCK & AUTOBODY WORKS INC, 3592 US 20, NASSAU, NY 12123

10924 JETSTREAM SYSTEMS, INC., 4690 JOLIET STREET, DENVER, CO 80239

10924 JETSTREAM SYSTEMS, INC., 4690 JOLLIET STREET, DENVER, CO 80239

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   JETT & CO INC, 260 PICKETTS LINE RD., NEWPORT NEWS, VA 23603

10925   JETT, BETHANY, 48 RIDGEWOOD VILLAGE, AUBURN, AL 36830

10925   JETT, JASON, 910 CYPRESS STATION DRIVE, #1327, HOUSTON, TX 77090

10925   JETT, SHERRY, 1808 LAVISTA RD, ALEX CITY, AL 35010

10925   JETTER, LAWRENCE, 910 CYPRESS STATION ROAD, #1115, HOUSTON, TX 77090

10925   JEVIC TRANSPORTATION INC, POBOX 23194, NEWARK, NJ 07189

10925   JEVIC TRANSPORTATION INC., PO BOX 23194, NEWARK, NJ 07189-3194

10925   JEVIC TRANSPORTATION, INC, IRONSIDE CT., WILLINGBORO, NJ 08046

10925   JEVIC TRANSPORTATION, INC, PO BOX 23194, NEWARK, NJ 07189

10925   JEVIC TRANSPORTATION, POBOX 5157, DELANCO, NJ 08075

10925   JEVNE, DONALD, 120 N. 9 W., RIVERTON, WY 82501

10925   JEVNE, STEVEN, 428 SMITH AVE, EVANSTON, WY 82930

10925   JEW MD, ANTHONY H, GEN COUNSEL, 2485 HIGH SCHOOL AVE., SUITE 208, CONCORD, CA 94520

10925   JEWAN BAE, 3162 WATERMILL DR, MACUNGIE, PA 18062

10925   JEWEL MARTIN HOWLE, 2825 CARTER RD UNIT 21, SUMTER, SC 29150-1714

10925   JEWEL MONTGOMERY, 20 WHITTEMORE ST, ARLINGTON, MA 02474

10925   JEWEL, 9528 ROBERTS ROAD, HICKORY HILLS, IL 60457

10924   JEWELL CONCRETE PRODUCT, PO BOX7115, WACO, TX 76710

10925   JEWELL CONCRETE PRODUCTS, 400 JEWELL DR., WACO, TX 76710

10924   JEWELL CONCRETE, P.O. BOX 7115, WACO, TX 76714

10925   JEWELL CONSULTING NETWORK INC, 6595 ROSWELL ROAD #691, ATLANTA, GA 30328

10925   JEWELL JR., ROY, 1905 COLONIAL DRIVE, LOVINGTON, NM 88260

10925   JEWELL, DANA, 100 LYNN FELLS PKWY, MELROSE, MA 02176

10925   JEWELL, DOROTHY, 4514 WOODLEA AVE, BALTIMORE, MD 21206

10925   JEWELL, GAIL, POB 535, COMMERCE, GA 30529

10925   JEWELL, GARY, 838 COTTONWOOD AVE, CRAIG,, CO 81625

10925   JEWELL, JOHN, 122 ELAINE AVE, WESTMINSTER, MD 21157

10925   JEWELL, PATSY, 2138 SURREY DR W, OWENSBORO, KY 42301

10925   JEWELL, RONALD A., 3 FAWN TRAIL, OLD LYME, CT 06371

10925   JEWELL, RUTH, RT. 7 BOX 33, EDINBURG, TX 78539

10925   JEWELL, SUSAN, 258 BELGROVE DRIVE, KEARNY, NJ 07029

10925   JEWETT, JOAN, 219 ROBIN LAKE ROAD, DUNCAN, SC 29334

10925   JEWETT, KELLY, 219 ROBIN LAKE ROAD, DUNCAN, SC 29334

10925   JEWETT, MARY, 2169 S. MCKINLEY, CASPER, WY 82601

10924   JEWISH COMMUNITY CENTER, 334 AMSTERDAM AVE AT 76TH STREET, NEW YORK, NY 10023

10925   JEWISH EDUCATIONAL CENTER, 330 ELMORA AVE, ELIZABETH, NJ 07208-1385

10925   JEWISH FOCUS, THE, 2899 AGOURA ROAD, SUITE 208, WESTLAKE VILLAGE, CA 91361

10924   JEWISH NURSING HOME, 770 CONVERSE ST, LONGMEADOW, MA 01106

10924   JEWISH NURSING HOME, 770 CONVERSE STREET, LONGMEADOW, MA 01106

10924   JEWISH NURSING HOME, C/O EAST COAST FIREPROOFING, C/O BARRETT WHSE, 505 UNIVERSITY BLVD. - BLDG #3, NORWOOD, MA 02062

10925   JF BRINKER & SONS, INC, 12275 CARROLL MILL RD., ELLICOTT CITY, MD 21042

10924   JF KENNEDY HIGH SCHOOL, 1901 RANDOLPH RD., WHEATON, MD 20902

10925   JFBRINKER & SONS, INC, 12275 CARROLL MILL ROAD, ELLICOTT CITY, MD 21042

10924   JFK / DELTA DEPARTURES, DELTA DEPARTURES, JAMAICA, NY 11430

10924   JFK AIRPORT JOB # D2044, NEW YORK, NY 10001

10924   JFK AIRPORT, BUILDING # 214, BROOKLYN, NY 11200

10924   JFK AIRPORT, INTERNATIONAL ARRIVALS, INTERNATIONAL ARRIVALS BUILDING, TERMINAL FOUR, JAMAICA, NY 11430

10924   JFK AIRPORT, TERMINAL ONE, NEW YORK, NY 10001

10924   JFK AIRPORT, TERMNIAL 4 HEAD HOUSE, FLUSHING, NY 11364

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   JFK AIRPORT/ DELTA BUILDING 53, DELTA BUILDING 53, QUEENS VILLAGE, NY 11427

10924   JFK AIRPORT/BLDG.214, NEW YORK, NY 10001

10924   JFK BUILDING 214, NEW YORK, NY 10001

10924   JFK FEDERAL BUILDING-CORNER OF, CAMBRIDGE ST NEAR BOSTON GARDEN, BOSTON, MA 02133

10924   JFK INTERNATIONAL AIRPORT, C/O  FIREKOTE, TERMINAL 4, JAMAICA, NY 11430

10925   JG MARTIN CO, INC, 4925-27 BELAIR RD., BALTIMORE, MD 21206

10925   JH FINDORFF, STROUD WILLINK & HOWARD LLC JAMES, 25 WEST MAIN ST, PO BOX 2236, MADISON, WI 53701-2236

10925   JH STUDIOS, 270 LITTLETON ROAD UNIT 19, WESTFORD, MA 01886

10925   JH WILLIAMS OIL CO, INC, PO BOX 439, TAMPA, FL 33601

10925   JHA, VIRENDRA, 13312 W. 65TH PL., ARVADA, CO 80004

10925   JHANIENE CECILYA BOGLE &, JUDITH ELAINE ASPINALL JT TEN, 7312 EDNITAS WAY, ORLANDO, FL 32818-8737

10925   JHB ASSOC., 20 VALLEY CT., PEARL RIVER, NY 10965

10925   JHMSC/WYMAN PARK MED ASSOC., PO BOX 630224, BALTIMORE, MD 21263

10925   JHUBOOLALL, MARIE, 2200 NW 69TH TERR, MARGATE, FL 33063

10925   JI, XIAOTAN, 112-01 QUEENS BLVD, 18D, FOREST HILLS, NY 11375

10925   JIA NI CHU, 210 MEDFORD ROAD, WILMINGTON, DE 19803-2931

10925   JIANG, ZHIPING, 5 SWEETWOOD CIRCLE, WESTFORD, MA 01886

10925   JIANYE WEN, 4707 STEARNS HILL ROAD, WALTHAM, MA 02451

10925   JICK, RANDY, 21531 PARTRIDGE ST., TRABUCO CANYON, CA 92679

10925   JIFFY HITCH SYSTEMS INC, 9100 W BEAVER ST, JACKSONVILLE, FL 32220

10925   JIFFY LUBE #0076, 420 S.R. 434 NORTH, ALTAMONTE SPRINGS, FL 32714

10925   JIFFY LUBE #0397, 195 STATE ROAD 436, FERN PARK, FL 32730

10925   JIFFY LUBE #187, 3925 WESTERN BLVD, RALEIGH, NC 27606

10925   JIFFY MIXER CO INC, 4120 TIGRIS WAY, RIVERSIDE, CA 92503-4843

10925   JIH MING WANG &, LUAN S WANG JT TEN, 1142 CASTLE PICKNEY, COLUMBIA, SC 29223-3429

10924   JIH TENG PRINTING INK FACTORY CO.,L, NO.4-1,LANE125,YEA TONNG STREET, SAVANNAH, GA 31499

10924   J-III CONCRETE CO., 1700 EAST 28TH ST., WESLACO, TX 78596

10924   J-III CONCRETE, 1700 E. 28TH ST, WESLACO, TX 78596

10924   J-III CONSTRUCTION CO., 1040 RATLIFF, SAN BENITO, TX 78586

10925   JILL A JENKINS, 11847 MAIDEN WAY, NORTHGLENN, CO 80233

10925   JILL A. JENKINS, 11847 MAIDEN WAY, NORTHGLENN, CO 80233

10925   JILL B KLEINMAN, 5147 MEADOW LAKE DR, DUNWOODY, GA 30338-4316

10925   JILL H LEVINE, 48 COLONIAL RD, OLD BETHPAGE, NY 11804-1400

10925   JILL S HAINES, RTE 5 BOX 32, PITTSBURG, TX 75686-9015

10925   JILL S RICE, C/O JILL S IMPELLIZZERI, 920 WATCHCREEK DR, CINCINNATI, OH 45230-5260

10925   JILL W AKRE, FIRST UNION NATIONAL BANK, 1339 CHESTNUT ST, PHILADELPHIA, PA 19107

10925   JIM BAILEYS TRUCK SERVICE INC, 1605 TRYON ROAD, ATLANTA, GA 30319

10924   JIM BILL MCINTIRE, BIBLE & WORLD MISSION CENTER, SEARCY, AR 72143

10925   JIM CARLYLE, 12152 TRASK AVE #16, SACRAMENTO, CA 94263

10925   JIM DANDY FAST FOODS INC, 3301 PLAZA DEL PAZ, LAS VEGAS, NV 89102

10925   JIM DANDY FAST FOODS, 3001 PLAZA DEL PAZ, LAS VEGAS, NV 89102

10925   JIM DANDYS FAST FOOD INC., GEN COUNSEL, 3301 PLAZA DEL PAZ, LAS VEGAS, NV 89102

10924   JIM ELSWICK, HOLD & CALL 800-354-5414 X5420, 4711-A EWELL ROAD, FREDERICKSBURG, VA 22408

10924   JIM FIALA, 433 VILLAGE CREEK DRIVE, LAKE IN THE HILLS, IL 60102

10925   JIM HANSON, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   JIM HENSEN PRODUCTIONS, 5358 MELROSE AVE, HOLLYWOOD, CA 90038

10924   JIM HICKS & COMPANY, 565 MERCURY LANE, BREA, CA 92821

10924   JIM KELLY, 223 S. MOSGESE ST., TAHLEQUAH, OK 74464

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | JIM LUCA ELECTRICAL CONTRACTOR, 4575 BROWNSVILLE ROAD, POWDER SPRINGS, GA 30127 | |
| 10925 | JIM MARTIN MACHINE SHOP, BOX 1111, APOPKA, FL 32704 | |
| 10925 | JIM MARTIN, 8410 S SNOW BASIN DR, SANDY, UT 84093 | |
| 10925 | JIM PINSON MOTORS INC, 2444 BRYANT RD, CHESNEE, SC 29323 | |
| 10924 | JIM PLUNKET INC., C/O BARTLE HALL WEST DOCK, KANSAS CITY, MO 64105 | |
| 10925 | JIM POLACEK, 5244 EDGERTON RD, CLEVELAND, OH 44133-5856 | |
| 10925 | JIM SIMPSON-QUIGLEY, 5903 CANNON MOUNTAIN DR, AUSTIN, TX 78749 | |
| 10925 | JIM SORCIC TRANSPLNT FUND, 3300 UNIVERSITY BANK, CORAL SPRINGS, FL 33065 | |
| 10925 | JIM TAYLOR, 2275 116TH AVE NE SUITE 100, BELLEVUE, WA 98004 | |
| 10925 | JIM WALTER RESEARCH CORP, 10301 DR MARTIN LUTHER KING JR ST N, SAINT PETERSBURG, FL 33716-3704 | |
| 10925 | JIM WERRING, 7075 ELKHORN DR, WEST PALM BEACH, FL 33411 | |
| 10925 | JIM WOLFF, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | JIM YONEMOTO, 3992 FORESTWOOD DR, SAN JOSE, CA 95121-1121 | |
| 10925 | JIMENEZ, A, HCL 11692 3T RIO GRANDE, RIO GRANDE, PR 00745 | |
| 10925 | JIMENEZ, ALFONSO, 535 NECTARINE ST, INGLEWOOD, CA 90301 | |
| 10925 | JIMENEZ, ALFONZO, 1322 N. SAM HOUSTON, ODESSA, TX 79761 | |
| 10925 | JIMENEZ, ANA, 89-50 56TH AVE APT 6A, ELMHURST, NY 11373-4906 | |
| 10925 | JIMENEZ, ANTONIO, 1422 SANEZ, SAN ANTONIO, TX 78214 | |
| 10925 | JIMENEZ, BIENVENIDO C, 21197 HUNTINGTON BLV, HARPER WOODS, MI 48225 | |
| 10925 | JIMENEZ, BLANCA, CALLE 21 P-19, ARECIBO, PR 00612 | |
| 10925 | JIMENEZ, CARLOS, 260 ENGLE ST, ENGLEWOOD, NJ 07631 | |
| 10925 | JIMENEZ, CAROLINE, 2894 SAN ANSELMO, SAN BERNARDINO, CA 92405 | |
| 10925 | JIMENEZ, CECILIA, 39-06 114 ST, CORONA, NY 11368 | |
| 10925 | JIMENEZ, CLEMENTE, BO. MAMEY, AQUADA, PR 00602 | |
| 10925 | JIMENEZ, DEBRA, 1207 NORTH 5TH, WICHITA FALLS, TX 76304 | |
| 10925 | JIMENEZ, DORA, 260 ENGLE ST APARTMENT 6P, ENGLEWOOD, NJ 07631 | |
| 10925 | JIMENEZ, DORANGELLI, PO BOX 1256, HUNT VALLEY, MD 21030 | |
| 10925 | JIMENEZ, EDDIE, 1104 NW 1ST, ANDREWS, TX 79714 | |
| 10925 | JIMENEZ, GERARDO, 1889 LILAC LN, A, AURORA, IL 60506 | |
| 10925 | JIMENEZ, GILBERTO, 10104 SAN LUIS, SOUTH GATE, CA 90280 | |
| 10925 | JIMENEZ, GLADYS, 506 RUTGERS ST, ROCKVILLE, MD 20850 | |
| 10925 | JIMENEZ, HECTOR, 10861 WASHINGTON AVE, LYNWOOD, CA 90262 | |
| 10925 | JIMENEZ, INES, 223 MEREDITH LA, W HEMPSTEAD, NY 11552 | |
| 10925 | JIMENEZ, JESUS, BOX 475, CHARLOTTE, TX 78011-0475 | |
| 10925 | JIMENEZ, JOSE, 4503 NW 185TH ST, MIAMI, FL 33055 | |
| 10925 | JIMENEZ, MA MERCEDES, 407 N. OXFORD AVE, LOS ANGELES, CA 90004-0000 | |
| 10925 | JIMENEZ, MERCEDES, HC-04 BOX 49344, CAGUAS, PR 00725 | |
| 10925 | JIMENEZ, MIQUEL, 522 RUTGERS ST, ROCKVILLE, MD 20850 | |
| 10925 | JIMENEZ, PEDRO, 59 OAKLAND ST, NEWBURY PORT, MA 01950 | |
| 10925 | JIMENEZ, RIVA J., 1203 12TH LANE, LAKE WORTH, FL 33463 | |
| 10925 | JIMENEZ, ROSA, 5095 EAGLESMERE DR, ORLANDO, FL 32819 | |
| 10925 | JIMENEZ, SANTOS, 1151 GULF AVE, WILMINGTON, CA 90744 | |
| 10925 | JIMENEZ, SHAWN, 13555 VICTORY BLVD, VAN NUYS, CA 91401 | |
| 10925 | JIMENEZ, TERESA, 11840 CHANDLER BLVD., N. HOLLYWOOD, CA 91607 | |
| 10925 | JIMENEZ, THOMAS, 11932 SW 9TH MANOR, DAVIE, FL 33325 | |
| 10925 | JIMINEZ, MICHAEL, 2143 S. 11 ST, EL CENTRO, CA 92243 | |
| 10925 | JIMINY PEAK, THE MOUNTAIN RESORT, HANCOCK, MA 01237 | |
| 10924 | JIMMIE HAHN INC, 1503 NORTH PARK, BRENHAM, TX 77833 | |
| 10924 | JIMMIE HAHN INC., 1503 NORTH PARK, BRENHAM, TX 77833 | |
| 10924 | JIMMIE HAHN INC., 2404 OLD PLUMB HIGHWAY, LA GRANGE, TX 78945 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | JIMMIE HAHN INC., FM 362 1/2 MI S HWY 2, WALLER, TX 77484 | |
| 10924 | JIMMIE HAHN INC., HWY 36 - SOUTH OF CITY, CALDWELL, TX 77836 | |
| 10924 | JIMMIE HAHN INC., HWY 71, SMITHVILLE, TX 78957 | |
| 10924 | JIMMIE HAHN INC., PRAIRIE VIEW, TX 77446 | |
| 10925 | JIMMIE, DORSEY, 1644 WALTERSWOOD ROAD, BALTIMORE, MD 21239 | |
| 10925 | JIMMY A MURPHY, 1337 CLOVERDALE DR, HIXSON, TN 37343-4406 | |
| 10924 | JIMMY DEDMON MASONRY, JACKSONVILLE, FL 32202 | |
| 10925 | JIMMY FUND, THE, 44 BINNEY ST, BOSTON, MA 02105 | |
| 10925 | JIMMY FUND, THE, BINNEY ST, BOSTON, MA 02810 | |
| 10925 | JIMMY L CORDELL, 100 ELECTA DR, DUSON, LA 70529 | |
| 10925 | JIMMY N STEVENS, 11361 SPEEDWAY, UTICA, MI 48317-3554 | |
| 10924 | JIMMY WALT W.D. ROBINSON, 4214-A DOMINO AVE, NORTH CHARLESTON, SC 29405 | |
| 10925 | JIMMY WRICE, HWY 221, ENOREE, SC 29335 | |
| 10925 | JIMMYS HARBORSIDE RESTAURANT, 242 NORTHERN AVE., BOSTON, MA 02210 | |
| 10925 | JIMOULIS, STEFANIE, 147 TAYLOR ST, PEMBROKE, MA 02359 | |
| 10925 | JIMS AUTO REPAIR, 4 HILLSIDE AVE, WOBURN, MA 01801 | |
| 10924 | JIM'S CONCRETE, 450 GALLAGHER AVE, LOGAN, OH 43138 | |
| 10924 | JIM'S CONCRETE, P.O. BOX 946, LOGAN, OH 43138 | |
| 10924 | JIM'S CONCRETE, PO BOX 946, LOGAN, OH 43138 | |
| 10925 | JIMS PACIFIC GARAGES, INC, 2708 N COMMERCIAL, PASCO, WA 99301 | |
| 10924 | JIN LIAMY ENTERPRISES CO. LTD, UNIT 2,4TH FLR,PO LUNG CENTRE,11, SAVANNAH, GA 31401 | |
| 10925 | JINKS, EDWARD, 12109 WINCANTON DR, CINCINNATI, OH 45231 | |
| 10925 | JINKS, FREDERICK, 2309 LYSLE LANE, NORWOOD, OH 45212 | |
| 10925 | JINKS, PENNY, 12109 WINCANTON DR, CINCINNATI, OH 45231 | |
| 10925 | JINKS, STACY, RT. 2, BOX 75-B, DELHI, LA 71232 | |
| 10924 | JINN SHIN BUILDING CO., NO. 45, FU-ANN ROAD, LIN-YA AREA, KAOHSIUNG, TWN | *VIA Deutsche Post* |
| 10925 | JIRIK, KEITH, 435 S ST BERNARD DR, DEPERE, WI 54115 | |
| 10925 | JIVIDEN, JODIE, RT 1. BOX 156B, RED HOUSE, WV 25168 | |
| 10925 | JJ BROUK, TRACK 357 SPOT A, ST LOUIS, MO | |
| 10924 | JJ CASSONE BAKERY, 202 SOUTH REQION STREET, PORT CHESTER, NY 10573 | |
| 10925 | JJ COMPANY INC., 19001 COLTFIELD COURT, GAITHERSBURG, MD 20879 | |
| 10925 | JJ KELLER & ASSOCIATES, INC, PO BOX 548, NEENAH, WI 54957-0548 | |
| 10925 | JJ KELLER & ASSOCIATES, INC, PO BOX 672, NEENAH, WI 54957-0672 | |
| 10925 | JJ KELLER & ASSOCIATES, PO BOX 368, NEENAH, WI 54957-0368 | |
| 10924 | JJ MORRIS & SONS, CAMBRIDGE, MA 02140 | |
| 10925 | JJC INDUSTRIAL SERVICES, LPS VIOLETAS NUM 3-C, VEGA ALTA, PR 00692PUERTO RICO | *VIA Deutsche Post* |
| 10925 | JJV / CITY WIDE SERVICES, 901 S MAPLE AVE, MONTEBELLO, CA 90640 | |
| 10924 | JKJ DATA  JOEL SCHWARZ, 814 N JEFFERSON, NEW ULM, MN 56073 | |
| 10925 | JKR ASSOCIATES, INC, 544 W.SADDLE RIVER RD., UPPER SADDLE RIVER, NJ 07458 | |
| 10924 | JL ASSOCIATES, 2498 W 15TH ST, OAKLAND, CA 94601 | |
| 10925 | JL BROWNE & ASSOCIATES, INC, PO BOX 265, KILN, MS 39556-0265 | |
| 10925 | JL MC INTOSH, INC, 875 WASHINGTON ST, CANTON, MA 02021 | |
| 10925 | JLM CHEMICALS INC, 3350 W 131ST ST, BLUE ISLAND, IL 60406-0598 | |
| 10925 | JLM INDUSTRIES, 8675 HIDDEN RIVER PKWY, TAMPA, FL 33637 | |
| 10925 | JM CANTY, INC, PO BOX 711518, CINCINNATI, OH 45271-1518 | |
| 10924 | JM CLIPPER CORPORATION, 403 INDUSTRIAL BLVD., NACOGDOCHES, TX 75963-2340 | |
| 10924 | JM CLIPPER CORPORATION, POST OFFICE DRAWER, NACOGDOCHES, TX 75963-2340 | |
| 10925 | JM FAMILY ENTERPRISES,INC, PO BOX 1160, DEERFIELD BEACH, FL 33441 | |
| 10925 | JM LEXUS, 5350 WEST SAMPLE ROAD, MARGATE, FL 33063 | |
| 10925 | JM POSNER INC, 8730 NW 54TH ST, CORAL SPRINGS, FL 33067 | |
| 10925 | JM TULL METALS CO, PO BOX 75621, CHARLOTTE, NC 28275 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JM TULL METALS COMPANY, POBOX 75621, CHARLOTTE, NC 28275

10925   JMA CONSULTING, 629 BUTTONWOOD CIRCLE, NAPERVILLE, IL 60540

10924   J-MAC BUILDING SPECIALTIES, 1667 HYDE PARK AVENUE, READVILLE, MA 02137

10925   JMAR EXPRESS INC., PO BOX 731, SEARCY, AR 72143

10925   JMF SERVICES INC, 650 TAYLOR ROAD, LIBBY, MT 59923

10925   JMHUBER, INC, PO BOX 71486, CHICAGO, IL 60694

10924   JMJ ELECTRIC, 247 W. 32TH ST., NEW YORK, NY 10001

10925   JML CARE CENTER, 184 TER HEUN DR, FALMOUTH, MA 02540

10925   JMT ENTERPRISES INC, PO BOX 669, MEQUON, WI 53092

10924   JNLT ENCLOSURE JOB, CAMELI CONSTRUCTION, HILO, HI 96720

10925   JNO J DISCH CO, 1616 COUTANT AVE, CLEVELAND, OH 44107

10925   JO ANN CORNELIUS, 2608 NW 69TH ST, OKLAHOMA CITY, OK 73116-4716

10925   JO ANN G SHER, 1065 SEAHAVEN DR, MAMARONECK, NY 10543-4719

10925   JO, MIN, 9317 SEVEN COURTS DR, BALTIMORE, MD 21236

10924   JOAILLIER CONST PROD, 1320 INDUSTRIAL BLVD., ITASCA, IL 60143

10925   JOAN A COFFEY, 43-43 167 ST, FLUSHING, NY 11358-3234

10925   JOAN A QUINN, 56 FRANKLIN AVE, RYE, NY 10580-2545

10925   JOAN A SIMPSON, 2220 N CYPRESS BEND DR APT 203, POMPANO BEACH, FL 33069-4401

10925   JOAN ANDERSON, 5426 W AVE, AURELIA, IA 51005-7038

10925   JOAN B CARLSON, 460 JEAN DULUTH RD, DULUTH, MN 55803-2160

10925   JOAN B LIPSON, 10420 GATEWOOD TERRACE, SILVER SPRING, MD 20903-1508

10925   JOAN BAILEY COULTER, 5378 ROOD RD, HOLLY, MI 48442-9703

10925   JOAN C ABRAHAMSEN, C/O JOAN C ROLLF, 1280 ASHLEY ROAD, ROMONA, CA 92065-2804

10925   JOAN C HEBERT, 20 TODOR LA, SCARSDALE, NY 10583-4910

10925   JOAN C SIEBELING, 4537 CHELSEA DR, BATON ROUGE, LA 70809-6944

10925   JOAN D DE NEVE, 32 WAGON BRIDGE RUN, MOORESTOWN, NJ 08057-2859

10925   JOAN D WILSON & DAVID H WILSON, TR UA DEC 10 86, WILSON REVOCABLE TRUST, 4411 ANTIGUA WAY, OXNARD, CA 93035-3602

10925   JOAN DEE ADLER, 178 OAKSIDE DR, SMITHTOWN, NY 11787-1132

10925   JOAN DENNEBAUM, 41 PARKEDGE, BERKLEYHEIGHTS, NJ 07922-1281

10925   JOAN DOUCETTE &, PAUL DOUCETTE JT TEN, 5 F ST, READING, MA 01867-1924

10925   JOAN E COWAN, 211 KENYON WAY, VALLEJO, CA 94589-3223

10925   JOAN E MARGULIS, 4010 BROOKHAVEN CLUB DR 1225, DALLAS, TX 75244-4127

10925   JOAN E VALEK, 5140 W 7TH ST, CLEVELAND, OH 44131-1135

10925   JOAN G HARING, 1764 SEMINOLE AVE, BRONX, NY 10461-1808

10925   JOAN G LEVINSON &, BESS GLUCK JT TEN, 6666 BROOKMONT TER APT 703, NASHVILLE, TN 37205-4661

10925   JOAN G RUBIN, 6 WOODCHESTER DR, CHESTNUT HILL, MA 02167-1031

10925   JOAN G SCHAEFER CUST JAMES G, SCHAEFER JR UNIF GIFT MIN ACT RI, 26 TIFFANY CIRCLE, BARRINGTON, RI 02806-2935

10925   JOAN G SCHAEFER CUST JONATHAN, L SCHAEFER UNIF GIFT MIN ACT RI, 26 TIFFANY CIRCLE, BARRINGTON, RI 02806-2935

10925   JOAN G SCHAEFER CUST RICHARD, B SCHAEFER UNIF GIFT MIN ACT RI, C/O RICHARD B SCHAEFER, 406 NORTH AVE, WESTON, MA 02193-1836

10925   JOAN G SCHAEFER, 26 TIFFANY CIRCLE, BARRINGTON, RI 02806-2935

10925   JOAN GUSSY, 2500 TALCOTT, PARK RIDGE, IL 60068-3718

10925   JOAN HASTINGS COLANGIONE, 32 MIDDLESEX RD, EAST GREENBUSH, NY 12061-2517

10925   JOAN HECKMAN, 500 NOBLE BLVD, CARLISLE, PA 17013-3613

10925   JOAN K PODKUL, 104 HENDRICKS BLVD, AMHERST, NY 14226-3242

10925   JOAN L WADSWORTH, 115 ELM ST, DUXBURY, MA 02332-4903

10925   JOAN LEGOR, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   JOAN M BLUMBERGER, 1676 BEECHWOOD BLVD, PITTSBURGH, PA 15217-1434

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  JOAN M CASE, 26 W 030 BAUER RD, NAPERVILLE, IL 60563-1451

10925  JOAN M SULLIVAN, 47 HOOPER AVE, ATLANTIC HIGHLANDS, NJ 07716-1538

10925  JOAN MATTUCK &, ARTHUR MATTUCK JT TEN, 1940 35TH ST NW, WASHINGTON, DC 20007-2213

10925  JOAN MCKAY YOUNG, 1101 S NEGLEY AVE, PITTSBURGH, PA 15217-1047

10925  JOAN MOREY, 301 LEAF CUP RD, GAITHERSBURG, MD 20878-2652

10925  JOAN N GORDON, 200 WESTBEND CIRCLE, AMES, IA 50014-3646

10925  JOAN P AUGOOD TR UA ARP 17 97, THE JOAN & DEREK AUGOOD, LIVING TRUST, 151 CAMINO
       AMIGO COURT, DANVILLE, CA 94526-2401

10925  JOAN P FESTA, 518 HORT ST, WESTFIELD, NJ 07090-4162

10925  JOAN R HOOPES, 14215 86TH AVE NORTH, SEMINOLE, FL 33776-2848

10925  JOAN R NELSON, 17100 VAN AKEN BL NO 113, SHAKER HEIGHTS, OH 44120-3606

10925  JOAN R PRESSLER, 21 PURCELL ST, STATEN ISLAND, NY 10310-2730

10925  JOAN R WHALEN, 9123 LARSEN DR, OVERLAND PK, KS 66214-2124

10925  JOAN S MANSOUR, 106 BEACON ST, LAWRENCE, MA 01843-3110

10925  JOAN S RAYMER, 2328 BATES AVE, SPRINGFIELD, IL 62704-4338

10925  JOAN T KELLEY, 34 IRVING AVE, TORRINGTON, CT 06790-5612

10925  JOAN T STINGLEY, 36 WESSEX WAY, SAN CARLOS, CA 94070-1739

10925  JOAN TAMIS CUST WENDY, JOY TAMIS UNDER ARIZONA, UNIF GIFTS MIN ACT, C/O WENDY JOY
       TAMIS, 2730 MARION TERRACE, MARTINEZ, CA 94553-3116

10925  JOAN TILLISTRAND, 8 BRYANT CRESCENT 2M, WHITE PLAINS, NY 10605-2731

10925  JOANETTA A GREER, 59955 C R 388, BANGOR, MI 49013

10925  JOANN G SHER TR UA DEC 13 84, FBO MARIE W MUNDHEIM, 1065 SEAHAVEN DR, MAMORONECK,
       NY 10543-4719

10925  JOANN G SHER, 1065 SEAHAVEN DR, MAMARONECK, NY 10543-4719

10925  JOANN GANLY, 505 KENT CT, OCEANSIDE, NY 11572-2621

10925  JOANN H SMITH, 6641 HOMESTEAD RD, REX, GA 30273-1811

10925  JOANN L MAURER, 3178 BLUE BELL COURT, ADAMSTOWN, MD 21710-9651

10925  JOANN L YOUTSEY, 60 ARROWHEAD DR, ALEXANDRIA, KY 41001-9503

10925  JOANN MCNUTT, 5061 W MONROE, CHICAGO, IL 60644

10925  JOANNA D BLANCHARD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  JOANNA M FOLEY & JOSEPH P FOLEY, TR UA MAR 05 96 JOANNA M FOLEY, FAMILY TRUST, 140
       HUNTER AVE, FANWOOD, NJ 07023-1031

10925  JOANNA M FOLEY & JOSEPH P, FOLEY TR UA DTD JULY 2 1981, FBO JOSEPH P FOLEY FAMILY, 140
       HUNTER AVE, FANWOOD, NJ 07023-1031

10925  JOANNA MARIE VANACORE &, THERESA VANACORE JT TEN, 1387 EAST 91ST ST, BROOKLYN, NY
       11236-4714

10925  JOANNE BULLA, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925  JOANNE D DENKO, 21160 AVALON DR, ROCKY RIVER, OH 44116-1120

10925  JOANNE D HORVATH &, ANTHONY T HORVATH JT TEN, 33 WEST SCHAAF RD, BROOKLYN
       HEIGHTS, OH 44109-4625

10925  JOANNE DELUCA, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925  JOANNE DINARO BLANCHARD, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925  JOANNE K O CONNELL, 10 HILLCREST RD, PORT WASHINGTON, NY 11050-3011

10925  JOANNE M DEVOE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925  JOANNE M DWYER, 37 EAST 37TH ST, PATERSON, NJ 07514-1211

10925  JOANNE M GALLO, 5021 IMPATIENS DR, SAN JOSE, CA 95111-3926

10925  JOANNE M LAWRENCE, 1800 SOUTH 35TH ST, GALESBURG, MI 49053-9688

10925  JOANNE MENTER, 48 CHANDLER ST. N3, BOSTON, MA 02116-6218

10925  JOANNE SERPA, PO BOX 3881, SALINAS, CA 93912-3881

10925  JOANNE STEUER, 270 HENDERSON ST APT 12D, JERSEY CITY, NJ 07302-3680

10925  JOANNE WOODWARD, 25 PURGATORY RD, PO BOX 816, MILFORD, NH 03055-0816

10925  JOANNOU KNOWLES ASSOC, 709 COURT ST, PORTSMOUTH, VA 23704-0362

10925  JOANS CATERING INC, 4115 A HENDERSON BLVD, TAMPA, FL 33629

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 JOAQUIM, DONNA, 211 OLD EASTON ROAD, STOCKERTOWN, PA 18083

10925 JOAQUIN, CARMITA, 2917 S OCEAN BLVD #503, HIGHLAND BEAC, FL 33487

10925 JOAQUIN, CARMITA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10924 JOB 645, C/O ALPHA INSULATION, NORCROSS, GA 30092

10924 JOB HAINES HOME, 250 BLOOMFIELD, BLOOMFIELD, NJ 07003

10925 JOB HAMLETT, 619 LEFFERTS AVE, BROOKLYN, NY 11203-1007

10924 JOB MIX CONCRETE CO INC, 7301 N W 47TH STREET, MIAMI, FL 33152

10924 JOB MIX CONCRETE CO., INC., 7301 N.W. 47TH ST., MIAMI, FL 33166

10924 JOB MIX CONCRETE CO., INC., P.O. BOX 522310, MIAMI, FL 33152

10925 JOB NETWORK INC, THE, PO BOX 572, WALTHAM, MA 02254-0572

10925 JOB NETWORK,INC, THE, PO BOX 572, WALTHAM, MA 02454

10924 J-O'B OPERATING CO., PO BOX 5928, SHREVEPORT, LA 71135-5928

10924 JOB SITE, 1830 FLOWER ST., BAKERSFIELD, CA 93305

10924 JOB SITE, OLYMPIC VILLAGE, BREMERTON, WA 98310

10924 JOB, C/O ARTESIA BUILDING MATERIALS, LONG BEACH, CA 90801

10925 JOBE & CO., 7677 CANTON CTR. DR., BALTIMORE, MD 21224

10924 JOBE CONCRETE PROD INC, EL PASO, TX 79936

10924 JOBE CONCRETE PROD INC., #1 MCKELLIGON CANYON RD, EL PASO, TX 79930

10924 JOBE CONCRETE PROD.INC., #1 MCKELLIGON CANYON RD, EL PASO, TX 79930

10925 JOBIE, KOCHUMOLE, 4225 FLAMINGO WAY, MESQUITE, TX 75150

10925 JOBIN YVON INC, 3880 PARK AVE, EDISON, NJ 08820-3012

10925 JOBIN YVON INC./FLEET BANK N.A., PO BOX 11669, NEWARK, NJ 07101-4669

10925 JOBIN, THOMAS, 2886 S 104 ST, WEST ALLIS, WI 53227

10925 JOBS FOR MASSACHUSETTS INC, 600 ATLANTIC AVE, BOSTON, MA 02210

10924 JOB-SITE INDUSTRIES INC, 5061 S W 36TH STREET, FORT LAUDERDALE, FL 33314

10924 JOB-SITE INDUSTRIES INC, 5061 SW.36TH STREET, FORT LAUDERDALE, FL 33314

10924 JOB-SITE INDUSTRIES, INC., 5061 S.W. 36TH STREET, FORT LAUDERDALE, FL 33314

10924 JOBSITE, CAMBRIDGE, MA 99999

10925 JOBTRAK, 1964 WESTWOOD BLVD. 3RD FL, LOS ANGELES, CA 90025

10925 JODI GENERAL CONTRACTORS, 36 DOUGLAS AVE, BURLINGTON, MA 01803

10925 JODIE H BROWN, PO BOX 178, 241 S MAIN ST, ERWIN, TN 37650-1141

10925 JODY CHERVENAK, 82 PARK PLACE, SO ORANGE, NJ 07079-2303

10924 JODY HOEK, 6606 MARSHALL BLVD., LITHONIA, GA 30058

10925 JODY M CROSSMAN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 JODY WILLIAMS, 2923 PENDLETON LANE, MARIETTA, GA 30064

10925 JODY WINKELMAN, BOX 31, DAYVILLE, OR 97825-0031

10924 JOE BANKS DRYWALL & ACOUS, 2647 ANDERSON HWY, WILLIAMSTON, SC 29697

10924 JOE BANKS DRYWALL & ACOUSTICS INC., HIGHWAY 15 NORTH, MANGHAM, LA 71259

10924 JOE BANKS DRYWALL & ACOUSTICS, CAMBRIDGE, MA 02140

10924 JOE BANKS DRYWALL & ACOUSTICS, WAREHOUSE, MANGHAM, LA 71259

10924 JOE BANKS DRYWALL/ACOUSTI, PO BOX 308, MANGHAM, LA 71259

10924 JOE BARNASKAS, 2130 83RD STREET, NORTH BERGEN, NJ 07047

10924 JOE BOETTCHER, 209 ASH STREET, SAUK CITY, WI 53583

10925 JOE BOETTCHER, N 1301 HWY 188, PRAIRIE DU SAC, WI 53578

10924 JOE CAMILLIO, EAST L.A. COLLEGE, LOS ANGELES, CA 90022

10924 JOE CAMIRILLO, SAN VIENTE, BRENTWOOD, CA 94513

10925 JOE CAMPBELL, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925 JOE CONLEY PHOTOGRAPHER INC, 6236 S NEENAH, CHICAGO, IL 60638

10925 JOE DANIELS CONSTRUCTION CO, MR JOE DANILES JR, 919 APPLEGATE ROAD, MADISON, WI 53713

10925 JOE DUDICK, 260 EDWARD ST, HARRISBURG, PA 17110-1245

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOE EPSTEIN ASSOCIATES IN, 3525 N CAUSEWAY BLVD, METAIRIE, LA 70002

10925   JOE FRANCIS COPELAND, 918 NO JACOBS ST, EDMOND, OK 73034-0000

10924   JOE GLOVER CO., 3200 KAIBAB AVE., BAKERSFIELD, CA 93306

10925   JOE H MC CARTY & JANET R, MC CARTY JT TEN, 320 W WOOD RIDGE DR, DUNLAP, IL 61525-9426

10925   JOE HILBERMAN, FONDA & HILBERMAN, 1888 CENTURY PARK E, STE 1777, LOS ANGELES, CA 90067-1721

10925   JOE L. SHACKELFORD, TAX ASSESSOR - TAX COLLECTOR, 102-C N MAIN ST., RIPLEY, MS 38663

10925   JOE M. TIMMONS JR., HWY 221, ENOREE, SC 29335

10924   JOE MCGILL COMPANY, 970 NORTH SANTA FE, WICHITA, KS 67214

10924   JOE MCGILL COMPANY, INC., CAMBRIDGE, MA 02140

10924   JOE MCGILL INC., 970 N SANTA FE ST, WICHITA, KS 67214-3826

10925   JOE N BAGGETT &, HELEN LOUISE BAGGETT JT TEN, 10305 OVERBROOK RD, LEAWOOD, KS 66206-2652

10925   JOE NEUBERT PAINT & BODY INC, 525 WEST 5TH AVE, KNOXVILLE, TN 37917-7110

10924   JOE PATERNO'S FOOTBALL BLDG., PENN STATE UNIVERSITY, UNIVERSITY PARK, STATE COLLEGE, PA 16802

10925   JOE PURCELL TR UA MAR 22 85, CHERRY HILL TOYOTA PROFIT, SHARING TRUST, 50 HADDONFIELD RD, CHERRY HILLS, NJ 08002-1446

10924   JOE R. JONES CONSTRUCTION   C/O FAA, 8000 LOUISIANA NE, ALBUQUERQUE, NM 87109

10925   JOE ROBBIE STADIUM CORP, 2269 NW 199TH ST, MIAMI, FL 33056

10925   JOE S JOHNSON, 5543 HONOR DR, HOUSTON, TX 77041-6557

10925   JOE, SHARLENE, 604 LEDOUX ST., ST. MARTINVILLE, LA 70582

10925   JOEL A KAGAN, PO BOX 707, WHEATON, IL 60189-0736

10925   JOEL A LOBUE &, VALERIE L LOBUE JT TEN, 500 TOPAZ ST, NEW ORLEANS, LA 70124-2640

10925   JOEL A. GRIBENS, ALABANG-METRO, MANILA, PHILLIPINES     *VIA Deutsche Post*

10925   JOEL BEN ZION FOGEL, 6 ORCHARD HILL DR, MONSEY, NY 10952-1503

10925   JOEL C RENIK, 1791 ROXBORO PLACE, CROFTON, MD 21114-2511

10925   JOEL CARLTON HORTENSTINE &, MONNA B HORTENSTINE JT TEN, 5164 WALDEN MILL DR, NORCROSS, GA 30092-2131

10925   JOEL D FEDDER & DAVID I BAVAR, TR UW GUS BAVAR RESIDUARY TRUST, C/O SYLVIA BAVAR, 7111 PARK HEIGHTS AVE 209, BALTIMORE, MD 21215-1647

10925   JOEL DAVIS, 5676 S GALENA ST, GREENWOOD VLG, CO 80111-3722

10925   JOEL FOGEL CUST CINDY FOGEL, UNIF GIFT MIN ACT NY, 6 ORCHARD HILL DR, MONSEY, NY 10952-1503

10924   JOEL GRAHAM, 1659 GILBERT DRIVE, EVANSDALE, IA 50707

10925   JOEL J WHITCOMB, 11 LOW RD, NEW HOPE, PA 18938-1131

10925   JOEL M LITMAN, 33 INNSBRUCK LANE, BELLEVILLE, IL 62221-4433

10925   JOEL P GOLDBERGER, TRUSTEE, PO BOX 6433, NEW YORK, NY 10249-6433

10925   JOEL T GRAHAM, 1659 GILBERT DR, EVANSDALE, IA 50707

10925   JOEL T NELSON &, TAMI L NELSON JT TEN, 807 W 41ST PL, KENNEWICK, WA 99337-4417

10924   JOEL TANIS & SONS, RANGE & RIVER ROADS, FAIRLAWN, NJ 07410

10925   JOEL VILE, 101 GREYSTONE, KANSAS CITY, KS 66103-1325

10925   JOEL, KENNETH E, 130 MAIN ST, PO BOX 53, KEYPORT, NJ 07735

10925   JOELLE TANTALO, 355 WEGMAN RD, ROCHESTER, NY 14624-1413

10924   JOELTON FIRST BAPTIST CHURCH, 7140 WHITE'S CREEK PIKE, JOELTON, TN 37080

10924   JOE'S CONCRETE & LUMBER INC., 616 MAIN STREET, MARBLETON, WY 83113

10924   JOE'S CONCRETE & LUMBER INC., ATTN: ACCOUNTS PAYABLE, MARBLETON, WY 83113

10925   JOES ELECTRICAL POWER TOOLS, 808 E CARLTON ST, SULPHUR, LA 70663

10925   JOF INC, 57 HARVEY RD, LONDONDERRY, NH 03053

10924   JOFFE LUMBER & SUPPLY, 18 BURNS AVENUE, VINELAND, NJ 08360

10924   JOFFE LUMBER & SUPPLY, P.O. BOX K, VINELAND, NJ 08360

10925   JOFFRION JR, PAUL, 25345 COMMODORE ST, PLAQUEMINE, LA 70764

10925   JOGAN, GEORGE, 14202 N CAMEO DRIVE, SUN CITY, AZ 85351-2906

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | JOGLAR READY MIX, ISABELA, PR 662PUERTO RICO | *VIA Deutsche Post* |
| 10924 | JOGLAR READY MIX, STATION 1, BAYAMON, PR 960PUERTO RICO | *VIA Deutsche Post* |
| 10925 | JOGWER, E, 6985 N BERWYN AVE, MILWAUKEE, WI 53209 | |
| 10925 | JOHANNA E LONG, 43727 STEPHENSON DR, LEONARDTOWN, MD 20650-6053 | |
| 10925 | JOHANSEN, DANIEL, 57300 WELD CO RD 21, CARR, CO 80612 | |
| 10925 | JOHANSEN, EIVIND, 183 CONCORD STAGE RD, WEARE, NH 03281 | |
| 10925 | JOHANSEN, JOHN, 434 HOBOKEN AVE APT 2, JERSEY CITY, NJ 07306 | |
| 10925 | JOHANSEN, LILLIAN, 16 KENMARE ROAD, NASHUA, NH 03062 | |
| 10925 | JOHANSEN, RICHARD D, 18582 DEMION LANE B, HUNTINGTON BEACH, CA 92646-1714 | |
| 10925 | JOHANSON, CORINE, 245 ELLIOTT ST. FAIRW, 105, BEVERLY, MA 01915 | |
| 10925 | JOHANSON, FRANCES, 9582 DUDLEY DRIVE, WESTMINSTER, CO 80021-4357 | |
| 10925 | JOHN & KERNICK PATENT ATTORNEYS, 401 MADISON AVE, NEW YORK, NY 10017 | |
| 10925 | JOHN & KERNICK, ACCOUNT # 134-0779427-65, NEW YORK, NY 10017 | |
| 10925 | JOHN & KERNICK, INTELLECTUAL PROPERTY LAW, OFFICE OF BOWMAN GILFILLAN INC, HOWICK CLOSE WATERFALL, MIDRAND, SOUTH AFRICA | *VIA Deutsche Post* |
| 10925 | JOHN & KERNICK, PO BOX 3511, HALFWAY HOUSE, 01685 | |
| 10925 | JOHN A BECKER CO, THE, BECKER ELECTRIC SUPPLY, COLUMBUS, OH 43265-0238 | |
| 10924 | JOHN A COCHRANE, ESQ, COCHRANE & BRESNAHAN, PA, 24 EAST FOURTH STREET, ST PAUL, MN 55101 | |
| 10925 | JOHN A LIMBERGER INC, 324 SOMERS RD, ELLINGTON, CT 06029 | |
| 10925 | JOHN A SANTILLO &, ROSIE SANTILLO AUG 13 98, SANTILLO 1998 REVOCABLE TRUST, 3651 EVEREST ST, RIVERSIDE, CA 92503-4319 | |
| 10925 | JOHN A SANTILLO, & ROSIE SANTILLO TR 08 13 98, SANTILLO 1998 REVOCABLE TRUST, 3651 EVEREST AVE, RIVERSIDE, CA 92503-4319 | |
| 10925 | JOHN A ZYGADTO TR UDT JUL 26 90, 7859 BRISTOL PARK DR, TINLEY PARK, IL 60477-4594 | |
| 10924 | JOHN ABELL CORP, 10421 SW 187TH TR, MIAMI, FL 33157 | |
| 10924 | JOHN ABELL CORP., 10421 SW 187 TERRACE, MIAMI, FL 33157 | |
| 10925 | JOHN AKRIDGE COMPANY, PO BOX 90863, WASHINGTON, DC 20090-0863 | |
| 10925 | JOHN AKRIDGE MANAGEMENT, 601 13TH ST NW-SUITE 300N, WASHINGTON, DC 20005 | |
| 10925 | JOHN ALISTER MACLEAN TR UA, DEC 20 95 THE JOHN ALISTER, MACLEAN LIVING TRUST, 11 MAPLE AVE, LAKE ZURICH, IL 60047-2323 | |
| 10924 | JOHN ANDERSON GRAD. SCHOOL OF BUS., U.C. LOS ANGELES, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90050 | |
| 10925 | JOHN APPLEWHITE INC., PO BOX 180251, RICHLAND, MS 39218 | |
| 10924 | JOHN B CORNALLY SCHOOL, 13212 B NORTH LAMAR, AUSTIN, TX 78753 | |
| 10925 | JOHN B GRUBBS TR UA JAN 17 96, THE JOHN B GRUBBS, REVOCABLE TRUST, 4785 LEETONIA RD, LEETONIA, OH 44431-9635 | |
| 10924 | JOHN B. CONNALLY, 726 EAST 25TH STREET, AUSTIN, TX 78705 | |
| 10924 | JOHN B. RUDY COMPANY, 1815 SOUTH ANDERSON AVE., COMPTON, CA 90220 | |
| 10924 | JOHN BAGGETT - APT#3, 327 CLEVELAND ST, HOLLYWOOD, FL 33019 | |
| 10924 | JOHN BEZI, 7237 E. GAGE AVENUE, LOS ANGELES, CA 90040 | |
| 10925 | JOHN BILLEN CO, 2540 S 50TH AVE, CICERO, IL 60650 | |
| 10924 | JOHN BISHOP, PO BOX18, LAGRANGE, ME 04453 | |
| 10924 | JOHN BISHOP, ROUTE 11, BROWNVILLE, ME 04414 | |
| 10924 | JOHN BOYLE & CO., INC., PO BOX 791, STATESVILLE, NC 28687 | |
| 10924 | JOHN BOYLE & CO., INC., SALISBURY ROAD AND DEAL'S CORNER, STATESVILLE, NC 28677 | |
| 10924 | JOHN BOYLE AND CO., INC., PO BOX 791, STATESVILLE, NC 28677 | |
| 10924 | JOHN BOYLE AND CO., INC., SALISBURY ROAD AND DEAL'S CORNER, STATESVILLE, NC 28677 | |
| 10924 | JOHN BROWN, PO BOX 720421, HOUSTON, TX 77272 | |
| 10925 | JOHN C DEARIE ASSOC, 3265 JOHNSON AVE, BRONX, NY 10463 | |
| 10924 | JOHN C DOLPH CO, WEST NEW RD, MONMOUTH JUNCTION, NJ 08852 | |
| 10925 | JOHN C HARTMAN CUST JOHN F, HARTMAN UNIF GIFT MIN ACT MD, 74 CHARLES ST, ANNAPOLIS, MD 21401-2619 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   JOHN C. DOLPH CO., 320 NEW ROAD, MONMOUTH JUNCTION, NJ 08852

10925   JOHN C. ERNST CO. INC., PO BOX 166, DOVER, NJ 07802

10924   JOHN CARLO, AIRPORT JOB, WESTSHORE BLVD, TAMPA, FL 33616

10924   JOHN CARLO, INC., 1704 RICHARD PETTY DRIVE, DAYTONA BEACH, FL 32120

10924   JOHN CARLO, INC., ATTN:  ACCOUNTS PAYABLE, JACKSONVILLE, FL 32229-4401

10924   JOHN CARLO, INC., AVENUE C & BINNACLE WAY, ORLANDO, FL 32824

10924   JOHN CARLO, INC., I-95 REST AREA, JACKSONVILLE, FL 32229

10924   JOHN CARLO, INC., P O BOX 18401, JACKSONVILLE, FL 32229-4401

10924   JOHN CARLO, INCORPORATED, PO BOX621418, ORLANDO, FL 32862-1418

10924   JOHN CARLO, INCORPORATED, PO BOX728, EATON PARK, FL 33840-0728

10925   JOHN CHILCOTE BOWER TR U/W OF, CLARENCE CHRISTIAN BOWER, 30354 EAST RIVER RD, PERRYSBURG, OH 43551-3435

10925   JOHN CRANE INC, 5145 W CARDINAL DR, BALTIMORE, MD 21226

10925   JOHN CRANE INC, 5145 W. CARDINAL DR., BEAUMONT, TX 77705

10925   JOHN CRANE INC, 6400 WEST OAKTON ST, MORTON GROVE, IL 60053-0805

10925   JOHN CRANE INC, 717 E.ORDNANCE RD #203-204, BALTIMORE, MD 21226

10925   JOHN CRANE INC, PO BOX 91502, CHICAGO, IL 60693-1502

10925   JOHN CRANE INC, POBOX 91502, CHICAGO, IL 60693-1502

10925   JOHN CRANE INC, ROUTE 51 N & PAYNE DR., VANDALIA, IL 62471

10925   JOHN CRANE, 5145 W. CARDINAL DR., BEAUMONT, TX 77705

10925   JOHN CRITTENDEN TEMPLETON, 11364 VIA VISTA, NEVADA CITY, CA 95959-8987

10925   JOHN D AMORE/HARVARD UNIVERSITY, 8 GARDEN ST, CAMBRIDGE, MA 02138

10924   JOHN D. HOSPICE, 100 DOUBLE BEACH ROAD, BRANFORD, CT 06405

10925   JOHN DARGIN JR TR UA JUN 1 70, FRANK W PARTSH &, KATHERYN I PARTSCH TRUST, 437 PLEASANT ST, MILTON, MA 02186-4834

10925   JOHN DAVID CO. INC., PO BOX 550, HOFFMAN ESTATES, IL 60195

10924   JOHN DEWEY HIGH SCHOOL, 50 AVE X, BROOKLYN, NY 11223

10925   JOHN DOTSETH TRUCKING, ROUTE 6, MENOMONIE, WI 54751

10925   JOHN E GRIMMER &, BARBARA GRIMMER TR, UA 09 10 96, JOHN E GRIMMER LIVING TRUST, 1015 N HURRICANE RD, FRANKLIN, IN 46131-7625

10925   JOHN E HAMBURN &, AUDREY E HAMBURN TR UA SEP 3 96, JOHN & AUDREY HAMBURN TRUST, 1801 BAYOU DRIVE, SHREVEPORT, LA 71105-3403

10925   JOHN E HOFFMAN &, MARJORIE E HOFFMAN TR, UA DTD DEC 12 85, JOHN & MARJORIE HOFFMAN TR, 5127 SW TEXAS, PORTLAND, OR 97219-1479

10925   JOHN E THOMPSON &, GERMAINE M THOMPSON, TR UA AUG 11 86, THOMPSON JOINT REVOCABLE TRUST, 705 WEST 5TH ST, NEKOOSA, WI 54457-1157

10924   JOHN E.GREEN COMPANY, 220 VICTOR AVENUE, HIGHLAND PARK, MI 48203

10924   JOHN E.GREEN COMPANY, 3001 MILLER RD., DEARBORN, MI 48121

10925   JOHN F KENNEDY SCHOLARSHIP FUND, 6325 W 56TH ST, CHICAGO, IL 60638

10925   JOHN F REES & MARY JOAN REES, TR UA SEP 09 98, REES REVOCABLE LIVING TRUST, 222 MAIN ST, HORNELL, NY 14843-1515

10925   JOHN F WHAN TR UA DEC 17 86, JOHN F WHAN TRUST, 6806 N WALNUT, KANSAS CITY, MO 64118-2501

10925   JOHN F.VIGGIANO & CO, 241 WEST BROADWAY, NEW YORK, NY 10013

10925   JOHN FOSTER MOTORS, INC, PO BOX 1229, LAURENS, SC 29360

10925   JOHN G JARCHOW & JOELLA K JARCHOW, TR UA MAR 8 89 JOHN G, JARCHOW & JOELLA K JARCHOW TRUST, 2847 WATERLOO, TROY, MI 48084-2682

10925   JOHN H CARTER CO INC, PO BOX 62900 DEPT 1186, NEW ORLEANS, LA 70162-2600

10925   JOHN H CARTER CO, INC, 17630 PERKINS RD., BATON ROUGE, LA 70810

10925   JOHN H CARTER CO, INC, PO BOX 62600 DEPT 1186, NEW ORLEANS, LA 70162-2600

10925   JOHN H CARTER CO, INC, PO BOX 62900 DEPT 1186, NEW ORLEANS, LA 70162-2600

10924   JOHN H HAMPSHIRE INC, 320 WEST 24TH STREET, BALTIMORE, MD 21211

10925   JOHN H. RICKHOFF SHEET, 320 EAST 152ND ST, HARVEY, IL 60426

10925   JOHN HANCOCK MUTUAL LIFE INSURANCE, POST OFFICE BOX 111, BOSTON, MA 02117

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHN HANCOCK MUTUAL LIFE, IGP-T23 PO BOX 111, BOSTON, MA 02117

10925   JOHN HANCOCK OBSERVATORY, 200 CLARENDON ST, BOSTON, MA 02116

10925   JOHN HARRISON & ASSOCIATES,INC, PO BOX 800, SHALIMAR, FL 32579

10925   JOHN HOLDEN PRODUCTIONS, 281 NW 118 AVE, CORAL SPRINGS, FL 33071

10925   JOHN HOLDON PRODUCTIONS, 281 NW 118TH ST, POMPANO BEACH, FL 33071

10924   JOHN HOPKINS CANCER  CENTER, 550 NORTH BROADWAY, BALTIMORE, MD 21205

10924   JOHN HOPKINS CANCER CENTER, 9550 BERGER ROAD, COLUMBIA, MD 21046

10924   JOHN HOPKINS CANCER CENTER, BELTSVILLE, BELTSVILLE, MD 20705

10925   JOHN HOPKINS HEALTH SYSTEM CORP, G DANIEL SHEALER JR, 600 NORTH WOLFE ST, BILLINGS ADMINISTRATION 400, BALTIMORE, MD 21205

10924   JOHN HOPKINS SCHOOL OF NURSING, 1900 EAST JEFFERSON STREET, BALTIMORE, MD 21205

10925   JOHN HOPKINS UNIVERSITY, 3400 N CHARLES ST, BALTIMORE, MD 21218-2684

10924   JOHN HOPKINS UNIVERSITY, CAMBRIDGE, MA 99999

10925   JOHN HOPKINS UNIVERSITY, EILEEN S GOLDGEIGER, 34TH AND CHARLES STS, BALTIMORE, MD 21218

10924   JOHN HOPKINS UNIVERSITY, EISENHAUER BUILDING, BALTIMORE, MD 21218

10925   JOHN HOPKINS UNIVERSITY, ONE CHARLES PLAZA, 2ND LEVEL, BALTIMORE, MD 21201

10925   JOHN HOPKINS UNIVERSITY, THE, PO BOX 64896, BALTIMORE, MD 21264-4896

10924   JOHN HORN MIDDLE SCHOOL, 3400 CARTWRIGHT, MESQUITE, TX 75149

10924   JOHN I EISLEY CRIMINAL JUSTICE CTR, 408 CENTURY COURT, FRANKLIN, TN 37064

10924   JOHN IAFOLLA CO. INC., PLANT CLOSED, PEVERLY HILL RD, PORTSMOUTH, NH 03801

10925   JOHN J BARRY CO INC, MANUFACTURERS AGENT, TOWSON, MD 21204

10925   JOHN J BARRY COMPANY, 35 SUNNYVIEW DR. STE B, PHOENIX, MD 21131-2036

10925   JOHN J DUFFY ASSOC, 23823 LORAIN RD # 270, NORTH OLMSTED, OH 44070

10925   JOHN J GOSSAGE TR UA, OCT 1 99 JOHN J GOSSAGE TRUST, 8705 CLYDESDALE RD, SPRINGFIELD, VA 22151-1429

10925   JOHN J MCINTYRE SONS INC, 514-16 KNORR ST, PHILADELPHIA, PA 19111-4699

10925   JOHN J MORONEY & CO, POBOX 320, ARGO, IL 60501-0320

10925   JOHN J MORONEY & CO., 6817 SOUTH HARLEM AVE, BEDFORD PARK, IL 60638

10925   JOHN J RUSSELL, JACOBS & CRUMPLAR P.A, 2 EAST 7TH ST, PO BOX 1271, WILMINGTON, DE 19899

10925   JOHN J SCHINTO SR TR UDT, APR 13 92 JOHN J SCHINTO JR TRUST, 63 CENTER DR, OLD GREENWICH, CT 06870-1444

10925   JOHN J TIERNEY SOUND SYSTEMS, 18 DAVIS LANE, READING, MA 01867

10924   JOHN J. BRENNAN CONST. CO.,INC., P. O. BOX 788, SHELTON, CT 06484

10924   JOHN J. BRENNAN CONSTR. CO., INC., 70 PLATT ROAD, SHELTON, CT 06484

10924   JOHN JORY/GLENDALE MEDICAL CENTER, GLENDALE, CA 91201

10924   JOHN JORY/L.B. MEMORIAL HOSPITAL, LONG BEACH, CA 90801

10924   JOHN JORY/LONG BEACH MEMORIAL HOSP., LONG BEACH, CA 90801

10925   JOHN K BICE CO INC, 1319 BOYD ST, LOS ANGELES, CA 90033-3798

10925   JOHN KIMBELL TRUST, PO BOX 94903, WICHITA FALLS, TX 76308

10925   JOHN KOPAC FLEET REPAIR INC, 1045 E HAZELWOOD AVE, RAHWAY, NJ 07065

10925   JOHN L & ASSOCIATES, PO BOX 1388, PELHAM, AL 35124-5388

10925   JOHN L FLAKE TR UA, FEB 23 95 JOHN L FLAKE TRUST, 7905 GRANADA, PRAIRIE VILLAGE, KS 66208-5060

10925   JOHN L RANGER & ETHEL T PRICE, TR UA OCT 15 75, WALTER M RANGER TRUST, BOX 6787 WOODFORD STATION, PORTLAND, ME 04101-6787

10924   JOHN L. ARMITAGE, 545 NATIONAL DRIVE, GALLATIN, TN 37066

10925   JOHN MAIER COMPANY, 1101 WASHINGTON AVE, CHICAGO HEIGHTS, IL 60411

10925   JOHN MICHAEL LARSEN, 3228 S GARRISON ST APT 208, DENVER, CO 80227-4647

10925   JOHN MILLER, 17805 KELLEY RD, PECATONICA, IL 61063-9315

10925   JOHN MORONEY & CO., PO BOX 320, ARGO, IL 60501-0320

10924   JOHN MUIR HOSPITAL, FREEZE, WALNUT CREEK, CA 94593

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JOHN N CUNNINGHAM &, NANCY R CUNNINGHAM JT TEN, 3 WALDEN LANE, ORMOND BEACH, FL 32174-3428

10925    JOHN N FOX, 4306 SOUTH PARKSIDE DR, BROOKLYN, OH 44144-2724

10925    JOHN N JOHN III, INC, PO DRAWER 921, CROWLEY, LA 70527-0921

10925    JOHN N KOPP & MARY E KOPP TR UA, JUN 13 89 JOHN N KOPP &, MARY E KOPP TRUST, 2721 N 41ST ST, KANSAS CITY, KS 66104-2402

10925    JOHN N RECKARD, PO BOX 821715, SOUTH FLORIDA, FL 33082-1715

10925    JOHN N WEBER, 9085 GAINFORD ST, DOWNEY, CA 90240-3433

10924    JOHN NETTLETON, 518 S. FAIR OAKS, PASADENA, CA 91105

10925    JOHN O CONNELL, 574 NORTIN RD, SUDBURY, MA 01776-1056

10925    JOHN O EINARSON &, FRANCES EINARSON JT TEN, 1670 WALDO RD, TWO HARBORS, MN 55616-5013

10925    JOHN O FLENDER, 6 TIASQUAM RD, CHILMARK, MA 02535

10925    JOHN O MOYNIHAN, 2 DOGWOOD LANE, YONKERS, NY 10701-5218

10925    JOHN O REAM III &, DIANE S REAM JT TEN, 2722 EUCLID BLVD, ERIE, PA 16510-2838

10925    JOHN O WHITNEY, 560 RIVERSIDE DR, NEW YORK, NY 10027

10925    JOHN O. DEMARS, 14823 223RD AVE NE, WOODINVILLE, WA 98072

10925    JOHN OCONNELL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    JOHN OLIVER LAMONT &, BERNICE IELEEN LAMONT JT TEN, 410 N PROSPECT RR 1, APPLE RIVER, IL 61001-9702

10925    JOHN OLIVER PRATHER, 34 MEYER RD, EDISON, NJ 08817-4639

10925    JOHN P ARNO, BOX 1571, BOYNE CITY, MI 49712

10925    JOHN P BAUMANN &, GAIL M BAUMANN JT TEN, 8612 MILES RD, ODESSA, FL 33556-1942

10925    JOHN P BRENNAN &, LYNN M BRENNAN JT TEN, 50 ROSEDALE AVE, HAMBURG, NY 14075-6236

10925    JOHN P BURKE, PO BOX 396, BRADLEY BEACH, NJ 07720-0396

10925    JOHN P CARSON, 430 W ABINGTON WAY, SPARTANBURG, SC 29301-4220

10925    JOHN P CIAMPA, 4 APPLE LANE, SAUGUS, MA 01906-3253

10925    JOHN P DE AMICIS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    JOHN P FARR, PO BOX 17028, CHATTANOOGA, TN 37415-8028

10925    JOHN P FORTE, 1018 LIBERTY SQUARE ROAD, BOXBOROUGH, MA 01719-1115

10925    JOHN P GLEASON &, MONA E GLEASON JT TEN, 5060 YOUNGWOOD DR, ROANOKE, VA 24017-2044

10925    JOHN P GOUVEIA, 21 ICHABOD LN, BILLERICA, MA 01821-3117

10925    JOHN P GOUVEIA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    JOHN P HERON &, CAROLYN HERON JT TEN, 71 MOURNING DOVE DR, SAUNDERSTOWN, RI 02874-2210

10925    JOHN P HURLEY, 326 CAMP MEDUSA RD, MEDUSA, NY 12120-2504

10925    JOHN P KAVANAUGH, 51 DEERBORNE LN, SPENCERPORT, NY 14559-1859

10925    JOHN P KEKER &, JESSIE R KEKER JT TEN, 1026 IRVING AVE, WESTFIELD, NJ 07090-1638

10925    JOHN P MOLIS &, VERONICA C MOLIS JT TEN, BOX 162, NAPERVILLE, IL 60566-0162

10925    JOHN P O MALLEY &, DEBRA L O MALLEY JT TEN, 7832 47TH AVE NW, MARYSVILLE, WA 98271-6126

10925    JOHN P RUTH, PO BOX 1436, CLEARWATER, FL 33757-1436

10925    JOHN P SIMS, 5028 OVERTON RIDGE CIRCLE, FT WORTH, TX 76132-1989

10925    JOHN P TORRENS, 85 BAMFORD AVE, HAWTHORNE, NJ 07506-2912

10925    JOHN P WATTS, 5489 WORTHINGTON FOREST PL, COLUMBUS, OH 43229

10925    JOHN P WEAVER TRUSTEE, JOHN P WEAVER FAMILY TRUST, UTA DTD JULY 25 94, PO BOX 38, GUSTINE, CA 95322-0038

10925    JOHN P WRENN &, VIRGINIA R WRENN JT TEN, 15 COTTAGE ST, CLAREMONT, NH 03743-3114

10925    JOHN P. MCMILLIN, 1501 GUILFORD LANE, OKLAHOMA CITY, OK 73120

10925    JOHN P. MCNICHOL, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925    JOHN PALMER MOVING AND STORAGE INC, 7 CRAIG RD, ACTON, MA 01720

10925    JOHN PAPILE, 15323 ROSELLE AVE, LAWNDALE, CA 90260-2311

10925    JOHN PARHAM, HWY 221, ENOREE, SC 29335

10925    JOHN PARLUCK, C/O CORNWELL, 3807 CEDAR DR, BALTIMORE, MD 21207-6359

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JOHN PATRICK CAVANAUGH TR UA, MAY 9 85 JOHN PATRICK CAVANAUGH &, GLORIA M CAVANAUGH TRUST, 1513 LOCUST ST, SAN MATEO, CA 94402-3053 | |
| 10925 | JOHN PATRICK MC NICHOL, 115 FERNDALE AVE, GLEN BURNIE, MD 21061-2662 | |
| 10925 | JOHN PATRICK NELSON, 1828 OKRA BLVD, FAIRFIELD, IA 52556-8709 | |
| 10925 | JOHN PATRICK WELSH &, MARY E KUHIMAN WELSH JT TEN, 112 W PARK ST, BROOKFIELD, MO 64628-1636 | |
| 10925 | JOHN PECEVICH &, ANASTASIA PECEVICH JT TEN, 1 POWERS ST, BEVERLY, MA 01915-2724 | |
| 10925 | JOHN PECEVICH, 1 POWERS ST, BEVERLY, MA 01915-2724 | |
| 10925 | JOHN PELLIGRINO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JOHN PEMPEK, 11745 SOUTHWEST HWY., SUITE D, PALOS HEIGHTS, IL 60463 | |
| 10925 | JOHN PERI CAMPOLI, PO BOX 1384, PITTSFIELD, MA 01202-1384 | |
| 10925 | JOHN PERKINS, 909 WHITNEY CT, PLANO, TX 75023 | |
| 10925 | JOHN PETER BRANDENBURG &, DOROTHY B BRANDENBURG TR UA, NOV 5 87 THE BRANDENBURG TRUST, BOX JJJ, TAOS, NM 87571-0000 | |
| 10925 | JOHN PHILIP ROGERS &, DIANNE J ROGERS JT TEN, 1355 SHERRY DR, ALPHARETTA, GA 30004-1129 | |
| 10924 | JOHN POELLINGER INC, 415 NELSON PL., LA CROSSE, WI 54601 | |
| 10925 | JOHN QUINCY ADAMS SOCIETY, 1455 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20004 | |
| 10925 | JOHN R BELDEN, 3 DALLEY ST, WHITEHOUSE STATION, NJ 08889-3545 | |
| 10925 | JOHN R CASEY INC, 300 STATION ST, CRANSTON, RI 02910-1300 | |
| 10925 | JOHN R DENHART, 1386 CRONWELL DR, CAMPBELL, CA 95008-0822 | |
| 10925 | JOHN R FOX, 12206 GAINSBOROUGH DR, HOUSTON, TX 77031-3113 | |
| 10924 | JOHN R FUEL & SUPPLY, 37401 VAN DYKE, STERLING HEIGHTS, MI 48312 | |
| 10925 | JOHN R GOEHRING &, ELIZABETH J M GOEHRING JT TEN, 133 WELLS RD R D 3, DOYLESTOWN, PA 18901-9803 | |
| 10925 | JOHN R HARPOLE, 6740 RYAN CREST, FLORISSANT, MO 63033-5129 | |
| 10925 | JOHN R HESS & CO INC, PO BOX 3615, CRANSTON, RI 02910 | |
| 10925 | JOHN R HINKLE, 6050 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | JOHN R HOPPE, 5523 OLD BUNCOMBE RD, GREENVILLE, SC 29609-0914 | |
| 10925 | JOHN R LAPLANTE, 3635 S W CANDOR, PORTLAND, OR 97201-4132 | |
| 10925 | JOHN R MANDZIEJ, 92 TEMPLE ST, NASHUA, NH 03060-3429 | |
| 10925 | JOHN R MITCHELL LC, 605 VIRGINIA ST , EAST, PO BOX 353, CHARLESTON, WV 25322-0353 | |
| 10925 | JOHN R ROBINSON, FLEET INVESTMENT OPERATIONS, 159 MAIN ST, NY/RO TO2D, ROCHESTER, NY 14638 | |
| 10925 | JOHN R STRAUGHN &, PATRICIA L STRAUGHN JT TEN, 9233 FOXBORO DRIVE, BRENTWOOD, TN 37027-6120 | |
| 10925 | JOHN R VOYLES &, MARY L VOYLES JT TEN, 314 EAST AVE, CASCO, WI 54205-9679 | |
| 10925 | JOHN R WARDZEL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JOHN R WHITTY, 2413 RIDGE ROAD, RALEIGH, NC 27612-4758 | |
| 10925 | JOHN R WRAY, 3 NARIDA COURT ELTHAM, VICTORIA, 3095AUSTRALIA | *VIA Deutsche Post* |
| 10925 | JOHN R. JOHANSEN, 434 HOBOKEN AVE, JERSEY CITY, NJ 07306 | |
| 10925 | JOHN RANDOLPH PAYNE, PO BOX 59606, SCHAUMBURG, IL 60159-0606 | |
| 10925 | JOHN REEDER, 308 BLUE WATER COURT, UNIT 204, GLEN BURNIE, MD 21060 | |
| 10925 | JOHN REEDY &, SHIRLEY WHITCOMB JT TEN, BOX 184, BONNERS FERRY, ID 83805-0184 | |
| 10925 | JOHN REINER & CO.INC., 601 COMMERCIAL AVE., CARLSTADT, NJ 07072 | |
| 10924 | JOHN REINHART TAXIDERMY, 1029 SOUTH JACKSON ST., JANESVILLE, WI 53546 | |
| 10925 | JOHN REZBA, 2007 VILLAGE PARK DR, PEACHTREE CITY, GA 30269-2983 | |
| 10925 | JOHN RICHARD ROSSI &, LYDIA P ROSSI TR UA NOV 22 93, THE ROSSI FAMILY 1993 TRUST, 3038 E MISSION RD, FALLBROOK, CA 92028-8386 | |
| 10925 | JOHN RICKSEN PHOTOGRAPHY, 13572 EXOTICA LANE, WEST PALM BEACH, FL 33414 | |
| 10924 | JOHN RINEHART TAXIDERMY SYSTEMS, 1029 S. JACKSON, JANESVILLE, WI 53546-8898 | |
| 10924 | JOHN ROHRER CONTRACTING CO INC, 2820 ROE LANE, KANSAS CITY, KS 66103 | |
| 10924 | JOHN ROHRER CONTRACTING, 2820 ROE LANE BLDG S, KANSAS CITY, KS 66103 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | JOHN ROVEN ASSOC P C, 2190 NORTH LOOP WEST, SUITE 410, HOUSTON, TX 77018 | |
| 10925 | JOHN RUSSELL SWANTON, 8935 STOURBRIDGE DR, HUNTERSVILLE, NC 28078-9790 | |
| 10925 | JOHN RUSSOS AWARDS UNLIMITED, 77 BROADWAY, SOMERVILLE, MA 02145 | |
| 10925 | JOHN S CARNEY, 14 E 17TH ST, NEW YORK, NY 10003-1905 | |
| 10925 | JOHN S CLARK &, SALLY S CLARK JT TEN, 1128 VALLEY VIEW RD, PETOSKEY, MI 49770-3119 | |
| 10925 | JOHN S CONNOR, INC, PO BOX 64669, BALTIMORE, MD 21264-4669 | |
| 10925 | JOHN S FITZGERALD, 3121 GROTON WAY #4, SAN DIEGO, CA 92110 | |
| 10925 | JOHN S HAIGH, 442 CHAPMAN CT, HACKETTSTOWN, NJ 07840-1648 | |
| 10925 | JOHN S HICKMAN, 198 S CLARKSON 203, DENVER, CO 80209-2139 | |
| 10925 | JOHN S HOLLERORTH, 668 JASON COURT, STONE MOUNTAIN, GA 30083-4930 | |
| 10925 | JOHN S KACZMARSKI, 1629 HELDORN AVE, WESTCHESTER, IL 60154-4115 | |
| 10925 | JOHN S MAY & JEAN S MAY &, JOANNE B MAY TR UW, MAZIE H MAY TRUST PAR 4, 102 POPLAR ST, PO BOX 192, FRANKLIN, PA 16323-0192 | |
| 10925 | JOHN S MAY & JEAN S MAY &, LINDA J MAY TR UW, MAZIE H MAY, 102 POPLAR ST, PO BOX 192, FRANKLIN, PA 16323-0192 | |
| 10925 | JOHN S MAY, BOX 192, FRANKLIN, PA 16323-0192 | |
| 10925 | JOHN S NEWMAN, 114 YORK AVE, KENSINGTON, CA 94708-1045 | |
| 10925 | JOHN S SCOTT & CAROL G SCOTT, JT TEN, 8170 N CLIPPINGER DR, CINCINNATI, OH 45243-2704 | |
| 10925 | JOHN S STEGER &, LINDA STEGER, TEN COM, 2709 BROOKFIELD, DENTON, TX 76209-1333 | |
| 10925 | JOHN S WINSTON &, VIRGINIA A WINSTON JT TEN, 4315 W 74TH TERR, PRAIRIE VILLAGE, KS 66208-2960 | |
| 10925 | JOHN S. HAMILTON SR., 2200 BOUTERSE AVE. APT.#102, PARK RIDGE, IL 60068 | |
| 10925 | JOHN S. TYRAN, 22424 MARTIN RD., SAINT CLAIR SHORES, MI 48081 | |
| 10925 | JOHN SAKASH CO, 700 N WALNUT ST, ELMHURST, IL 60126 | |
| 10925 | JOHN SCHIRAGA, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | JOHN SCHUMACHER, 59 VALLEY ROAD, BRONXVILLE, NY 10708-2211 | |
| 10925 | JOHN SERBENSKI &, KENNETH J SERBENSKI JT TEN, 28601 IMPERIAL DR APT B-177, WARREN, MI 48093-4249 | |
| 10924 | JOHN SEVIER SCHOOL, 1200 WATEREE ST., KINGSPORT, TN 37660 | |
| 10924 | JOHN SEVIER SCHOOL, C/O W.D. HARLESS CO. INC., JEFFERSON CITY, TN 37760 | |
| 10925 | JOHN SINELLI &, MARGARET SINELLI JT TEN, 2525 GENERAL MOTORS RD, MILFORD, MI 48380-3805 | |
| 10925 | JOHN SMERILLO &, JACQUELINE J SMERILLO JT TEN, 6382 SCHAAF DR, BROOKPARK, OH 44142-3859 | |
| 10925 | JOHN SMITH, RT. 1, BOX 1F, WATERLOO, SC 29384 | |
| 10925 | JOHN SMUTKO, COONEY & CONWAY, 120 N LASALLE ST 30TH FL, CHICAGO, IL 60602 | |
| 10925 | JOHN SNOW PRINCE, 2500 BAYBERRY LANE, VESTAL, NY 13850-2902 | |
| 10925 | JOHN SPITTLER, 30 HOLLY ST, YONKERS, NY 10704-2814 | |
| 10925 | JOHN STANGL, 15 ADAMS CT, PLAINSBORO, NJ 08536 | |
| 10925 | JOHN STEPHEN FREEMAN, 612 SHADOW VIEW COURT, NORMAN, OK 73072-4827 | |
| 10925 | JOHN STIRES &, DIXIE STIRES JT TEN, 2908 SE 145TH AVE, VANCOUVER, WA 98684-9249 | |
| 10925 | JOHN STRIEDNIG, 739 ST LOUIS AVE, VALLEY PARK, MO 63088-1929 | |
| 10925 | JOHN SUITER PHOTOGRAPHY, 1118 COMMONWEALTH AVE APT 5A, BOSTON, MA 02134 | |
| 10925 | JOHN T EVANS, 24108 WILDWOOD CYN RD, NEWHALL, CA 91321-3820 | |
| 10925 | JOHN T GEAR, 107 SHORE AVE, QUINCY, MA 02169-2406 | |
| 10925 | JOHN T GIBBONS, 1416 ALPINE PASS, TYROL HILLS, MINNEAPOLIS, MN 55416-3561 | |
| 10925 | JOHN T HUPPMAN, 12820 FANTASIA DR, HERNDON, VA 20170-2945 | |
| 10925 | JOHN T KIRKPATRICK, 221 BENTON ST, SANTA ROSA, CA 95401-4832 | |
| 10925 | JOHN T LALMOND, PO BOX 32094, BALTIMORE, MD 21208-8094 | |
| 10925 | JOHN T METCALF, 38 HARBOR VIEW AVE, WINTHROP, MA 02152-2547 | |
| 10925 | JOHN T. BOYD COMPANY, 444 LIBERTY AVE, PITTSBURGH, PA 15222-1212 | |
| 10925 | JOHN T. HILL, 388 AMITY ROAD, NEW HAVEN, CT 06525 | |
| 10925 | JOHN TALLMAN &, ELIZABETH TALLMAN JT TEN, 407 N GRAND BLVD, PARK RIDGE, IL 60068-3432 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JOHN TEMPLE TR UA FEB 27 67, JOHN TEMPLE SR TRUST, PO BOX 8067, PINE BLUFF, AR 71611-8067

10925    JOHN THOMAS CORTESE &, RITA CORTESE JT TEN, 90 W SIXTH ST, DEER PARK, NY 11729-4113

10925    JOHN TICHANSKY, 39 LOCKWOOD PLACE, CLIFTON, NJ 07012-1906

10925    JOHN TREFTS CAMDEN, 1865 CORONADO HILLS DR, AUSTIN, TX 78752-2116

10925    JOHN V KELLY, 303 WINDGATE COURT, MILLERSVILLE, PA 17551-2100

10925    JOHN V LABARGE JE, 1401 S BRNETWOOD BLD STE 650, SAINT LOUIS, MO 63144

10925    JOHN VANNELI, 1272 NORTH VICTORIA ST, ST PAUL, MN 55117-4035

10925    JOHN VERDE & JAMES VERDE JT TEN, 1648 WESTMINSTER DR, NAPERVILLE, IL 60563-9208

10925    JOHN VITOLS TR UDT FEB 20 97, THE JOHN VITOLS TRUST, 43 COLDSTREAM CIRCLE, LINCOLNSHIRE, IL 60069-3910

10925    JOHN W AUSTIN JR & PATSY W, AUSTIN TR UA JAN 10 89, THE AUSTIN COMMUNITY PROPERTY, TRUST, 1215 SHENANDOAH RD, SAN MARINO, CA 91108-1043

10925    JOHN W AUSTIN JR TR UW, JOHN W AUSTIN SR FBO, ANNE A MASTAIN, 1215 SHENANDOAH RD, SAN MARINO, CA 91108-1043

10925    JOHN W AUSTIN JR TR UW, JOHN W AUSTIN SR FBO, KIMBERLY M AUSTIN, 1215 SHENANDOAH RD, SAN MARINO, CA 91108-1043

10925    JOHN W BARTELS COMPANY, PENSION TRUST, BOX 40, HIGHWOOD, IL 60040-0040

10925    JOHN W BLAIR COMPANY, 350 RING RD, ELIZABETHTOWN, KY 42701

10925    JOHN W BLAIR COMPANY, PO BOX 192, WESTERVILLE, OH 43086-0000

10925    JOHN W BRANIFF, 118 GREENWOOD, LEHIGH ACRES, FL 33936-6314

10925    JOHN W CABLE &, NANCY L CABLE JT TEN, 6111 STEPHENS CROSSING, MECHANICSBURG, PA 17050-2371

10925    JOHN W DOWNS &, BETTY J DOWNS JT TEN, 14520 W WOODSPRING DRIVE, BOISE, ID 83713-0923

10925    JOHN W FOLTZ JR &, FRANCES M FOLTZ JT TEN, 8140 N DEWITT ROAD, ST JOHNS, MI 48879-9750

10925    JOHN W GILCHRIST, PO BOX 671306, DALLAS, TX 75367-1306

10925    JOHN W GRUYS & ELIZABETH, GRUYS TR UA FEB 14 83, JOHN W GRUYS FAMILY TRUST, 2357 ARNETT DR, SALT LAKE CITY, UT 84109-3459

10925    JOHN W H GUSHEE, 4955 E ROCKRIDGE RD, PHOENIX, AZ 85018-1833

10925    JOHN W HURD, 4625 MAGNOLIA AVE, HALETHORPE, MD 21227-4443

10925    JOHN W KELLEY, 4906 ROCKFORD CT, ARLINGTON, TX 76017-3164

10925    JOHN W LESTER & SHIRLEY J LESTER, TR UA JUL 16 90 THE LESTER FAMILY, TRUST, 1819 E KAEL ST, MESA, AZ 85203-2162

10925    JOHN W LYNCH TR UNDER REVOCABLE, TRUST AGREEMENT DTD 11 14 84, 47-024 D HUI IWA PLACE, KANEOHE, HI 96744-4412

10925    JOHN W MADDOCK &, JOAN C MADDOCK JT TEN, 150 HILLSIDE WAY, CAMILLUS, NY 13031-1256

10925    JOHN W MASHBURN, BOX 253, DALTON, GA 30722-0253

10925    JOHN W MC GAUGH & AUDREY M, MC GAUGH JT TEN, PO BOX 770374, OKLAHOMA CITY, OK 73177-0374

10925    JOHN W MILLER, 1785 KENVIEW RD, COLUMBUS, OH 43209-3234

10925    JOHN W REEVES &, E MERLE REEVES JT TEN, 750 LEFFELLE ST SE, SALEM, OR 97302-2930

10925    JOHN W REITNAUER SR &, SOPHIA S REITNAUER JT TEN, 12226 TAVARES RIDGE COURT, TAVARES, FL 32778-4451

10925    JOHN W SENN, 6 IRVING RD, SCOTIA, NY 12302-2402

10925    JOHN W WALSHE, 1000 LAUREL AVE, BRIDGEPORT, CT 06604-2147

10925    JOHN W WEARY, 131 N MIDDLESEX RD, CARLISLE, PA 17013-8492

10925    JOHN W. KNIPP, 6222 GLEN EAGLES COURT, SPRING HILL, FL 43606

10925    JOHN WARYANKA, 1028 GREENSBURG PIKE, WEST NEWTON, PA 15089-3007

10925    JOHN WATSON CONSTRUCTION, INC, 104 PECAN DR., FRIENDSWOOD, TX 77546

10925    JOHN WESLEY STANLEY &, DONEVA K STANLEY JT TEN, 15905 S W 286 ST, HOMESTEAD, FL 33033-1194

10925    JOHN WILEY & SON INC, POBOX 2575, SECAUCUS, NJ 07096-2575

10925    JOHN WILEY & SONS CANADA LTD, 22 WORCESTER RD., ETOBICOKE, ON M9W 1L1CANADA    **\*VIA Deutsche Post\***

10925    JOHN WILEY & SONS INC, PO BOX 7247-7292, PHILADELPHIA, PA 19170-7292

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | JOHN WILEY & SONS INC, POBOX 18463, NEWARK, NJ 07191-8463 | |
| 10925 | JOHN WILEY & SONS INC, POBOX 18684, NEWARK, NJ 07191-8684 | |
| 10925 | JOHN WILEY & SONS INC, POBOX 7247-7126, PHILADELPHIA, PA 19170-7126 | |
| 10925 | JOHN WILEY & SONS INC., PO BOX 7247-8402, PHILADELPHIA, PA 19170-8402 | |
| 10925 | JOHN WILEY & SONS, INC, 1 WILEY DRIVE, SOMERSET, NJ 08875 | |
| 10925 | JOHN WILEY & SONS, INC, 605 THIRD AVE., NEW YORK, NY 10016 | |
| 10925 | JOHN WILEY & SONS, INC, PO BOX 7247-0432, PHILADELPHIA, PA 19170-0432 | |
| 10925 | JOHN WILEY & SONS, INC, PO BOX 856, BOUND BROOK, NJ 08805 | |
| 10925 | JOHN WILEY & SONS, PO BOX 6793, SOMERSET, NJ 08875 | |
| 10925 | JOHN WILL, 30 EAST 62ND ST, NEW YORK, NY 10021-8026 | |
| 10925 | JOHN WILLIAM GESSWEIN, 2814 ERIE AVE, BALTIMORE, MD 21234-1105 | |
| 10925 | JOHN WILLIAM MOCZYGEMBA, 2063 BENTWOOD, FLORESVILLE, TX 78114-6727 | |
| 10925 | JOHN WILLIAM PETERSON &, PEGGY F PETERSON JT TEN, 66 MONROE ST APT RG-6, MEMPHIS, TN 38103-2415 | |
| 10925 | JOHN WILLIS, C/O JOHN G WILLIS, 1118 COPPERWOOD DR, HIXSON, TN 37343-2347 | |
| 10925 | JOHN WILSON, SUSAMMA, 2617 BEEMAN DR., MESQUITE, TX 75181 | |
| 10925 | JOHN WOLBERT, 79 SHARPTOWN RD, SWEDESBORO, NJ 08085 | |
| 10925 | JOHN ZINK CO., 11211 KATY FREEWAY, HOUSTON, TX 77079 | |
| 10925 | JOHN ZINK COMPANY, INC, PO BOX 730095, DALLAS, TX 75373-0095 | |
| 10925 | JOHN, AGNES, 15 RILL ST, DORCHESTER, MA 02125 | |
| 10925 | JOHN, ANNAMMA, 2623 MEDINA RD., CARROLLTON, TX 75007 | |
| 10925 | JOHN, ANNYAMMA, 828 EARNEST DR, GRAND PRAIRIE, TX 75052 | |
| 10925 | JOHN, BETTY, N5668 2ND ST, SHIOCTON, WI 54170 | |
| 10925 | JOHN, DAVID, 3103 MEADOW CREEK, SAN ANTONIO, TX 78251 | |
| 10925 | JOHN, EIGHT, POL, NY, NY 10001 | |
| 10925 | JOHN, FIVE, ABV, NY, NY 10001 | |
| 10925 | JOHN, FOUR, 56 ST., NY, NY 10001 | |
| 10925 | JOHN, GRACYKUTTY, 8917 SENATE APT. 1107, DALLAS, TX 75228 | |
| 10925 | JOHN, JOHN, 4 COTTONWOOD LANE, CARTERVILLE, IL 62918 | |
| 10925 | JOHN, JOY, 3815 ARBORDALE LN, SACHSE, TX 75048-6107 | |
| 10925 | JOHN, JULIA, 69 EAST SHORE DR, RANDOM LAKES, WI 53075 | |
| 10925 | JOHN, K. JACOB, 495 AVON RD, PHILADELPHIA, PA 19116 | |
| 10925 | JOHN, MALIYAKAL, 3622 ROLLING HILL DRIVE, MIDDLETON, WI 53562 | |
| 10925 | JOHN, MARIAMMA, 7727 ROOSEVELT BLVD, PHILA PA, PA 19152 | |
| 10925 | JOHN, MERCY, 8949 SENATE #1075, DALLAS, TX 75228 | |
| 10925 | JOHN, MICHAEL, 18501 S AIRPORT WAY, MANTECA, CA 95336 | |
| 10925 | JOHN, MONICA, 1319 FAIRMONT ST, WASHINGTON, DC 20010 | |
| 10925 | JOHN, NINE, PLO, NY, NY 10001 | |
| 10925 | JOHN, NINE, POLAR, NY, NY 10001 | |
| 10925 | JOHN, ONE, ELM, NY, NY 10001 | |
| 10925 | JOHN, ONE, P, NY, NY 10001 | |
| 10925 | JOHN, RUBYKUTTY, 130 W. ECKERSON RD APT 5-18 C, SPRING VALLEY, NY 10977 | |
| 10925 | JOHN, SEVEN, POL, NY, NY 10001 | |
| 10925 | JOHN, SIX, FVB, NY, NY 10001 | |
| 10925 | JOHN, TEN, CALC, NY, NY 10001 | |
| 10925 | JOHN, THREE, ABD, NY, NY 10001 | |
| 10925 | JOHN, TWO, ELM, NY, NY 10001 | |
| 10925 | JOHNDROW, JANICE, 410 NW 49TH ST, OKLAHOMA CITY, OK 73118 | |
| 10925 | JOHNE J WESTFALL, 12263 EAST 38TH ST, TULSA, OK 74146-3113 | |
| 10925 | JOHNIAN, KAREN, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | JOHNIAN, KAREN, 837 SUMMER ST, LYNNFIELD, MA 01940 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JOHNIDIS, XENOPHON, 75 HOFFMAN LANE, BLAUVELT, NY 10913

10925    JOHNL AND ASSOCIATES, PO BOX 1388, PELHAM, AL 35124-5388

10925    JOHNNA MURRAY CAMP, 860 COUNTY ROUTE 9, GHENT, NY 12075-2306

10925    JOHNNIE G PEGGY ENDERLE WELBORN, PO BOX 1894, ORANGE, TX 77631-1894

10925    JOHNNIE J FISHER, BOX 171, ENID, OK 73702-0171

10925    JOHNNIE L CLARK, 2794 CHAUCER DR SW, ATLANTA, GA 30311-2010

10925    JOHNNIE MARTIN & ALLAN R MARTIN, JT TEN, 16130 SO MARSHFIELD, MARKHAM, IL 60426-4952

10925    JOHNNIE RODGERS, 12233 S SANGAMON, CHICAGO, IL 60643-5513

10925    JOHNNIE, SR, ROBERT, 845 NORBERT, BRIDGE CITY, TX 77611

10925    JOHNNY E WILSON &, LILLI M WILSON JT TEN, 183 BUTLERTOWN RD, WATERFORD, CT 06385-4021

10925    JOHNNY J. CHIOU, 7500 GRACE DR., COLUMBIA, MD 21044

10925    JOHNNY MCFADDEN, 6051 W. 65TH ST, BEDFORD PARK, IL 60638

10925    JOHNNY R MEEKER &, OK K MEEKER JT TEN, 3902 N DEFIANCE, TACOMA, WA 98407-1809

10925    JOHNNYS HEATING & AIR, POBOX 6509, WHITTIER, CA 90609-6509

10925    JOHNNYS HEATING AND AIR, PO BOX 39894, DOWNEY, CA 90239-0894

10925    JOHNNYS PLUMBING AIR CONDITIONING, RT 2 BOX 602, COMMERCE, TX 75428

10924    JOHNS BUILDING SUP, 891 CRANE AVE, PITTSFIELD, MA 01201

10924    JOHNS BUILDING SUPPLY, 891 CRANE AVE., PITTSBIELD, MA 120

10924    JOHNS BUILDING SUPPLY, 891 CRANE AVE., PITTSFIELD, MA 01201

10924    JOHN'S CREEK BAPTIST CHURCH, 7500 MCGINNIS FERRY RD., ALPHARETTA, GA 30202

10924    JOHNS CREEK CHURCH, 7550 MCGINNIS FERRY ROAD, ALPHARETTA, GA 30005

10925    JOHNS HOPKINS BAYVIEW MEDICAL CTR, PO BOX 64546, BALTIMORE, MD 21264

10925    JOHNS HOPKINS EXECUTIVE HEALTH, C/O JOHNS HOPKINS EXEC HLTH, PO BOX 64070, BALTIMORE, MD 21264-4070

10925    JOHNS HOPKINS HEALTH SYSTEM CORP, THE JOHNS HOPKINS HOSPITAL G DANIEL, 600 NORTH WOLFE ST, BILLINGS ADMINISTRATION 400, BALTMORE, MD 21205

10924    JOHNS HOPKINS HOSPITAL, P/U TRENTON, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924    JOHNS HOPKINS MEDICAL CENTER, 2 JOHNS HOPKINS PLAZA, BALTIMORE, MD 21200

10924    JOHNS HOPKINS MEDICAL SERVICE CORP, 3100 WYMAN PARK DRIVE, BALTIMORE, MD 21211

10924    JOHNS HOPKINS UNIV, JOHNS HOPKINS ROAD, LAUREL, MD 20707

10924    JOHNS HOPKINS UNIVERSITY, 11100 JOHNS HOPKINS ROAD, LAUREL, MD 20723

10925    JOHNS HOPKINS UNIVERSITY, EILEEN S GOLDGEIER OFFICE OF GEN CO, 113 GARLAND HALL, 3400 NORTH CHARLES ST, BALTIMORE, MD 21218

10925    JOHNS HOPKINS UNIVERSITY, HALE & DORR LLP, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004

10924    JOHNS HOPKINS UNIVERSITY, PO BOX 670, LAUREL, MD 20725

10924    JOHNS HOPKINS UNIVERSITY, TEACHING AND RESEARCHING ADDITION, WASHINGTON ST & MCELDERRY, 630 WASHINGTON AVENUE, BALTIMORE, MD 21218

10925    JOHNS MAINTENANCE SERVICE, 12324 S RAMSEY DR, WHITTIER, CA 90605

10925    JOHNS MANVILLE COMPANY, SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808

10925    JOHNS MANVILLE CORP, PO BOX 500597, SAINT LOUIS, MO 63150

10924    JOHNS MANVILLE CORP., PO BOX5108, DENVER, CO 80217

10924    JOHNS MANVILLE ROOFING SYSTEMS CORP, 2151 WEST CANNAHON ROAD, ROCKDALE, IL 60436

10924    JOHNS MANVILLE, 7125 INDUSTRIAL ROAD, FLORENCE, KY 41042

10924    JOHNS MANVILLE, ATT: ACCOUNTS PAYABLE, 182 SCHULLER DRIVE, EDINBURG, VA 22824

10924    JOHNS MANVILLE, ATT: ACCTS PAYABLE, 508 LIBERTY ROAD, NATCHEZ, MS 39121

10924    JOHN'S MOBILE CONCRETE, 09930 COUNTY ROAD 10, MONTPELIER, OH 43543

10925    JOHNS PALLET REMOVAL, 14 RED HEARTH CT., BALTIMORE, MD 21227

10925    JOHNS PLUMBING INC, 5851 SERVICE ROAD, BIRMINGHAM, AL 35235

10925    JOHNS SEWER & PIPE CLEANING INC, PO BOX 7, WINCHESTER, MA 01890

10925    JOHNS SEWER & PIPE CLEANING INC, POBOX 7, WINCHESTER, MA 01890

10925    JOHNS, ANNE, 125 A TALL OAKS DR., WEYMOUTH, MA 02190

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNS, BELINDA, 228 AVALON PL NW, ALBUQUERQUE, NM 87105

10925   JOHNS, BILLIE, 17612 MOSS FOREST, HOUSTON, TX 77090

10925   JOHNS, CHRISTY, 14102 DAVENPORT PL, TAMPA, FL 33625

10925   JOHNS, DARRELL, 6211 HWY 57, DE PERE, WI 54115

10925   JOHNS, DAVID, ROUTE 2, BOX 306K, COLUMBIA, LA 71418

10925   JOHNS, DEANNA, 2139-105 COMMERCE DR, MONROE, NC 28110

10925   JOHNS, EDWARD, 8483 ARBUTUS DRIVE, PASADENA, MD 21122-2878

10925   JOHNS, GARY, 3173 INVERNESS LN, NEW FRANKEN, WI 54229

10925   JOHNS, JERRY, 2804 CUMBERLAND, WICHITA FALLS, TX 76309

10925   JOHNS, LISA, 704 WILLOWBRANCH RD, SIMPSONVILLE, SC 29681

10925   JOHNS, MARYELLEN C, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   JOHNS, MARYELLEN, 209 CHICKERING ROAD, N ANDOVER, MA 01845

10925   JOHNS, RICHARD, 2401 BAYSHORE BLVD, 508, TAMPA, FL 33629

10925   JOHNS, ROBERT, 203 TERRACE CIRCLE, SIMPSONVILLE, SC 29681

10925   JOHNS, SADIE, 2 BRISTOL AVE, BALTIMORE, MD 21225

10925   JOHNS, STEPHEN, 704 WILLOW BRANCH DR, SIMPSONVILLE, SC 29681-3638

10925   JOHNS, STEVE, 1701-D HATIFIELD ST., WINNSBORO, LA 71295

10925   JOHNS, TIBIA, 224 STONEGATE COURT, EASLEY, SC 29642

10925   JOHNSEN, CHRISTINE, 4 LAS CRUCES, IRVINE, CA 92714

10925   JOHNSEN, HENRY, 15 KENDRICK ROAD, SUMIT, NJ 07901

10925   JOHNS-MANVILLE CORP, HWY 120 AT ADOBE SIDING, FLORENCE, CO

10925   JOHNS-MANVILLE CORPORATION, PO BOX 5108, DENVER, CO 80217-5108

10925   JOHNSON & CARLSON TANK SALES, 3312 W. 111TH ST SUITE E, CHICAGO, IL 60655

10924   JOHNSON & JOHNSON - DO NOT USE, P.O. BOX 217, SKILLMAN, NJ 08558

10924   JOHNSON & JOHNSON CONSUMER PRODUCTS, 199 GRANDVIEW ROAD, SKILLMAN, NJ 08558

10925   JOHNSON & JOHNSON MEDICAL INC, PO BOX 16522, NEW BRUNSWICK, NJ 08906-6666

10925   JOHNSON & JOHNSON MEDICAL INC, WEST QUEEN ST, SOUTHINGTON, CT 06489

10924   JOHNSON & JOHNSON MEDICAL INC., 201 WEST QUEEN STREET, SOUTHINGTON, CT 06489

10924   JOHNSON & JOHNSON MEDICAL INC., PO BOX 16522, NEW BRUNSWICK, NJ 08906-6522

10924   JOHNSON & JOHNSON, 131 INDIGO CREEK DRIVE, ROCHESTER, NY 14626

10924   JOHNSON & JOHNSON, 199 GRANDVIEW ROAD, SKILLMAN, NJ 08558

10925   JOHNSON & JOHNSON, ACCOUNTS PAYABLE, MAIL CODE 00895, 100 INDIGO CREEK DR, ROCHESTER, NY 14650-0000

10925   JOHNSON & JOHNSON, C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

10925   JOHNSON & JOHNSON, RECEIVING DOCK, 100 INDIGO CREEK DRIVE, ROCHESTER, NY 14650-0000

10925   JOHNSON & JOHNSON, RESEARCH & DEVEL BLDG 82, 66 EASTMAN AVE, ROCHESTER, NY 14650

10925   JOHNSON & TOMLIN, 4770 BISCAYNE BLVD SUITE 1030, MIAMI, FL 33137

10925   JOHNSON & TOWERS BALTIMORE, INC, 500 WILSON POINT RD., BALTIMORE, MD 21220

10925   JOHNSON & TOWERS, INC, PO BOX 630804, BALTIMORE, MD 21263-0804

10924   JOHNSON & WALES UNIVERSITY, 1 WASHINGTON AVENUE, PROVIDENCE, RI 02905

10924   JOHNSON & WALES UNIVERSITY, CULINARY DIV., 1 WASHINGTON AVENUE, PROVIDENCE, RI 02905

10924   JOHNSON ACCOUSTICAL SUPPLY, 2001 NE 19TH, PORTLAND, OR 97209

10924   JOHNSON ACOUSTICAL SUPPLY, 2001 NW 19TH, PORTLAND, OR 97209

10924   JOHNSON BLOCK & CONCRETE, 1873 N. C. 39, HENDERSON, NC 27536

10924   JOHNSON BLOCK & CONCRETE, 1873 NC 39 HWY. S, HENDERSON, NC 27536

10924   JOHNSON BRASS & MACHINE, 270 NORTH MILL ST, SAUKVILLE, WI 53080

10924   JOHNSON BRASS& MACHINE FOUNDRY, INC, 270 N. MILL ST., SAUKVILLE, WI 53080

10924   JOHNSON BROS REDI-MIX, 201 5TH AVE SE, WASECA, MN 56093

10924   JOHNSON BROS. REDI-MIX, 201 5TH AVE SE, WASECA, MN 56093

10925   JOHNSON BROTHERS, INC, ROUTE 1, BOX 84, FLEMINGSBURG, KY 41041

10924   JOHNSON C. SMITH UNIVERSITY, C/O ACOUSTICS, INC., CHARLOTTE, NC 28216

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   JOHNSON CITY MEDICAL CENTER, 400 N. STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604

10924   JOHNSON COMMUNITY COLLEGE, 12345 COLLEGE BLVD., OVERLAND PARK, KS 66210

10924   JOHNSON CONCRETE CO, PO BOX685, RAEFORD, NC 28376

10924   JOHNSON CONCRETE CO., 220 WILMUTH AVE., RAEFORD, NC 28376

10924   JOHNSON CONCRETE CO., P.O. BOX 685, RAEFORD, NC 28376

10924   JOHNSON CONCRETE COMPANY, 1302 E LINCOLN HIGHWAY, DE KALB, IL 60115

10924   JOHNSON CONCRETE COMPANY, 21218 AIRPORT ROAD, SYCAMORE, IL 60178

10924   JOHNSON CONCRETE COMPANY, BARBER GREEN TOAD PIT, SYCAMORE, IL 60178

10924   JOHNSON CONCRETE, 1401 HWY 42, WILLOW SPRING, NC 27592

10924   JOHNSON CONCRETE, 205 KLUMAC ROAD, SALISBURY, NC 28144

10924   JOHNSON CONTROL WORLD SVC., SUPPLY DEPT. BLDG. 1038, SILVERDALE, WA 98315

10924   JOHNSON CONTROL, INDUSTRIAL PARKWAY, DETROIT, MI 48201

10925   JOHNSON CONTROLS INC CT CORP SYSTEM, 1200 S PINE ISLAND ROAD, PLANTATION, FL 33324

10925   JOHNSON CONTROLS INC, DOUGLAS O SMITH LAW DEPT X-75, 5757 NORTH GREEN BAY AVE, PO BOX 59 MAIL STOP X-75, MILWAUKEE, WI 53209

10925   JOHNSON CONTROLS INC, PO BOX 905240, CHARLOTTE, NC 28290

10925   JOHNSON CONTROLS WORLD SERVICES INC, PO BOX 23192, NEWARK, NJ 07189

10925   JOHNSON CONTROLS, INC, PO BOX 905240, CHARLOTTE, NC 28290-5240

10925   JOHNSON CONTROLS, PO BOX 423, MILWAUKEE, WI 53201

10924   JOHNSON CONTROLS, SUPPLY DEPT BLDG 1038, SILVERDALE, WA 98315-5074

10924   JOHNSON CONTROLS, SUPPLY DEPT,BLDG.1038, SILVERDALE, WA 98315-5074

10925   JOHNSON CORPORATION, 805 WOODS ST, THREE RIVERS, MI 49093

10925   JOHNSON CORPORATION, THE, 805 WOOD ST, THREE RIVERS, MI 49093

10924   JOHNSON COUNTY ADULT DETENTION CTR., 402 MISSION PARKWAY, NEW CENTURY, KS 66031

10925   JOHNSON COUNTY BUSINESS TIMES, 7373 W. 107TH ST, OVERLAND PARK, KS 66212

10924   JOHNSON COUNTY READY MIX, 321 W. CHERRY STREET, NORTH LIBERTY, IA 52317

10925   JOHNSON COUNTY SHERIFFS OFFICE, 125 N CHERRY, OLATHE, KS 66061-3273

10925   JOHNSON COUNTY TREASURER, 111 S CHERRY, OLATHE, KS 66061-3471

10924   JOHNSON DETENTION CENTER, 402 MISSION PARKWAY, NEW CENTURY, KS 66031

10924   JOHNSON ELECTRIC CO., 3495 VIADUCT ST., GRANDVILLE, MI 49418

10925   JOHNSON ELECTRIC MOTOR,INC, 2925 S COMMERCE WAY, OGDEN, UT 84401

10924   JOHNSON ELECTRIC SUPPLY (AD), 1841 EASTER AVENUE, CINCINNATI, OH 45202

10924   JOHNSON ELECTRIC SUPPLY (AD), 6505 BLUE LAGOON DR. SUITE 190, MIAMI, FL 33126

10924   JOHNSON ENGINEERING BUILDING, C/O A&M CONTRACTING, 15TH STREET, TROY, NY 12180

10924   JOHNSON EQUIPMENT COMPANY, 102 INTERNATIONAL DRIVE, OAKDALE, PA 15071

10924   JOHNSON EQUIPMENT COMPANY, 7777 HUB PARKWAY, CLEVELAND, OH 44125

10924   JOHNSON EQUIPMENT COMPANY, 7777 HUB PARKWAY, VALLEY VIEW, OH 44125-5708

10925   JOHNSON EXCAVATING & TRUCKING, 1342 SOUTH 2500 WEST, SYRACUSE, UT 84075

10925   JOHNSON II, HAROLD, 2251 SOUTH FORT APACHE ROAD APT 3031, LAS VEGAS, NV 89117

10925   JOHNSON II, WILLIAM, 10453 MCINTOSH RD., PATASKALA, OH 43062

10925   JOHNSON III, EARL, 830 OYSTER BAY HARBR, PASADENA, MD 21122

10925   JOHNSON III, HAROLD L, 12212 A RANCHO BERNARDO RD, SAN DIEGO, CA 92128

10925   JOHNSON INSTRUMENT SALES INC., 880 NORTH ADDISON AVE, ELMHURST, IL 60126

10925   JOHNSON JOINT CO., 805 WOOD ST, THREE RIVERS, MI 49093

10925   JOHNSON JR, C E, 25 CLAREMONT LA, SUFFERN, NY 10901-7013

10925   JOHNSON JR, CARL, 7241 LEE HWY, FALLS CHURCH, VA 22046

10925   JOHNSON JR, CHARLES, 446 BENDALE DRIVE, SEVERNA PARK, MD 21146

10925   JOHNSON JR, CLARENCE C, 1019 LAUREL CT, TACOMA, WA 98466-6522

10925   JOHNSON JR, ELTON, 1003 COOK ST, GRETNA, LA 70053

10925   JOHNSON JR, JAMES E, 1112 LASKIN RD, VIRGINIA BEACH, VA 23451-5200

10925   JOHNSON JR, JIMMY, 401 EAST RIDGE DR, PINEVILLE, LA 71360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JOHNSON JR, R NELS, 2373 MOBERLY COURT, THOUSAND OAKS, CA 91360-1952 | |
| 10925 | JOHNSON JR, RICHARD, RT 1 BOX 652, LAURENS, SC 29360 | |
| 10925 | JOHNSON JR, WILLIAM, 5418 GLENBURRY WAY, SAN JOSE, CA 95123 | |
| 10925 | JOHNSON JR., WHITEFORD, 178 BALTIMORE RD, HAYDEN, AL 35079 | |
| 10924 | JOHNSON MATTHEY - JAPAN, 2-8-1 YAESU CHUO-KU, TOKYO 104, 99999999JPN | *VIA Deutsche Post* |
| 10924 | JOHNSON MATTHEY (PTY) LTD., CORNER PREMIER & HENDERSON ROADS, GERMISTON SOUTH, 01400ZAF | *VIA Deutsche Post* |
| 10924 | JOHNSON MATTHEY (PTY) LTD., WADEVILLE 1422 SOUTH AFRICA, PRIVATE BAG X028, GERMISTON SOUTH, 09999ZAF | *VIA Deutsche Post* |
| 10924 | JOHNSON MATTHEY CSD, 351 ARM & HAMMER BLVD., POTTSTOWN, PA 19465 | |
| 10925 | JOHNSON MATTHEY INC, DEPT CH10797, PALATINE, IL 60055-0797 | |
| 10924 | JOHNSON MATTHEY INC., 892 LA ROAD, SEABROOK, NH 03874 | |
| 10924 | JOHNSON MATTHEY INC., PO BOX 1087, SEABROOK, NH 03874 | |
| 10925 | JOHNSON MATTHEY INC., VICE PRESIDENT SEC. & GENERAL COUNS, JOHNSON MATTHEY INC., 460 E. SWEDESFORD ROAD, WAYNE, PA 19087 | |
| 10924 | JOHNSON MATTHEY SA, 8 AVENUE DE BALE, 1140 BRUSSELS-EVERE, 01140BELGIUM | *VIA Deutsche Post* |
| 10924 | JOHNSON MATTHEY SDN. BHD., ARAB-MALAYSIAN INDUSTRIAL PARK, LOT, NILAI, 99999MYS | *VIA Deutsche Post* |
| 10925 | JOHNSON MATTHEY, 1401 KING ROAD, WEST CHESTER, PA 19380 | |
| 10924 | JOHNSON MATTHEY, 16 SMITH STREET, ST CATHARINES, ON L2P 3J1TORONTO | *VIA Deutsche Post* |
| 10924 | JOHNSON MATTHEY, 30 BOND STREET, HAVERHILL, MA 01835 | |
| 10924 | JOHNSON MATTHEY, 30 BOND STREET, HAVERHILL, MA 01835-8099 | |
| 10924 | JOHNSON MATTHEY, 456 DEVON PARK DRIVE, WAYNE, PA 19087 | |
| 10924 | JOHNSON MATTHEY, 456 DEVON PARK DRIVE, WAYNE, PA 19087-1816 | |
| 10925 | JOHNSON MATTHEY, DEPT CH10797, PALATINE, IL 60055-0797 | |
| 10925 | JOHNSON MATTHEY, INC, 2001 NOLTE DRIVE, WEST DEPTFORD, NJ 08066 | |
| 10924 | JOHNSON MATTHEY, INC., 2001 NOLTE DRIVE, PAULSBORO, NJ 08066 | |
| 10924 | JOHNSON MATTHEY, INC., 456 DEVON PARK DRIVE, WAYNE, PA 19087 | |
| 10924 | JOHNSON MATTHEY, S.A., N.V., AVENUE DE BALE 8, EVERE, 01140BELGIUM | *VIA Deutsche Post* |
| 10924 | JOHNSON MATTHEY, SDN. BHD., P.T. 4439, LORONG, AM5, ARAB-MALAY, NILAI, NEGERI SEMBILAN, 71800MYS | *VIA Deutsche Post* |
| 10924 | JOHNSON MATTHEY-JAPAN, NITTOBO BUILDING, 2-8-1 YAESU CHUO, TOKYO, 99999999JPN | *VIA Deutsche Post* |
| 10925 | JOHNSON PACKING & INDUSTRIAL PROD I, POBOX 1450, SPRINGFIELD, MA 01101 | |
| 10925 | JOHNSON PIPE & SUPPLY CO.INC., 135 SOUTH LA SALLE, CHICAGO, IL 60674-4951 | |
| 10924 | JOHNSON PRECAST BRIDGE, 445 ROOSEVELT ST., MORRIS, IL 60450 | |
| 10925 | JOHNSON PRINTING SERVICE, 14030 WELCH ROAD, DALLAS, TX 75244 | |
| 10925 | JOHNSON REFRIG, HTG/AC,LCC, PO BOX 864, FAIRFOREST, SC 29336 | |
| 10925 | JOHNSON ROSENTHAL LIDDON, 700 LANDMARK CENTER, 2100 1ST AVE NORTH, BIRMINGHAM, AL 35203 | |
| 10924 | JOHNSON SAND & GRAVEL CORP., PO BOX784, COLUMBUS, NE 68601 | |
| 10924 | JOHNSON SAND & GRAVEL, 1520 25TH STREET, COLUMBUS, NE 68601 | |
| 10925 | JOHNSON SC & SON INC, GARY A KRIEGER LAW DEPT, 1525 HOWE ST, MAIL STATION 77, RACINE, WI 53403 | |
| 10925 | JOHNSON SEPTIC TANK, 117 OLD FRIAR RD., AIKEN, SC 29801 | |
| 10925 | JOHNSON STATIONERS AND BUSINESS, 301 PENHORN AVE, SECAUCUS, NJ 07094-2100 | |
| 10924 | JOHNSON TRUCK BODIES, 215 E. ALLEN STREET, RICE LAKE, WI 54868 | |
| 10924 | JOHNSON TRUCK BODIES, PO BOX 480, RICE LAKE, WI 54868 | |
| 10924 | JOHNSON WESTERN GUNITE COMPANY, 940 DOOLITTLE DRIVE, SAN LEANDRO, CA 94577 | |
| 10925 | JOHNSON YOKOGAWA CORP., 2331 CROWNPOINT EXEC DR STE J, CHARLOTTE, NC 28227 | |
| 10925 | JOHNSON YOKOGAWA, POBOX 905484, CHARLOTTE, NC 28290-5484 | |
| 10925 | JOHNSON, AARON, 610 WASHINGTON ST, WILMINGTON, DE 19801 | |
| 10925 | JOHNSON, ALAN, 1803 N. REGESTER ST, BALTIMORE, MD 21213 | |
| 10925 | JOHNSON, ALAN, 2811 JOHN DAVID PLACE, LAKELAND, FL 33811-2113 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNSON, ALBERT, 1820 1ST AVE NW, CEDAR RAPIDS, IA 52405

10925   JOHNSON, ALICE, 7271 FERGUSON RD, DALLAS, TX 75228

10925   JOHNSON, ALLEN R, 4201 TWIN PINE DR, NE, CEDAR RAPIDS, IA 52402

10925   JOHNSON, ALLEN, 4201 TWIN PINE DRIVEN.E., CEDAR RAPIDS, IA 52402

10925   JOHNSON, ALLYSA, 5123 PARKRIDGE DRIVE, HOUSTON, TX 77053

10925   JOHNSON, ALONZO, 5602 CRESTVIEW DRIVE, CHATTANOOGA, TN 37343

10925   JOHNSON, AMANDA, 3146 N HARRIS, MESA, AZ 85203

10925   JOHNSON, ANDRE, 7323 SCHOOL LANE, LAMOTT, PA 19027

10925   JOHNSON, ANDREW, 12007 S WENTWORTH, CHICAGO, IL 60628

10925   JOHNSON, ANDREW, PO BOX 375, GRANT, LA 70644

10925   JOHNSON, ANGALYN H, 1424 NW SECOND ST, LIVE OAK FL, FL 32060

10925   JOHNSON, ANGELA, PO BOX 633, VELMA, OK 73091

10925   JOHNSON, ANGIE, 707 S. CALHOUN, MIDLAND, TX 79701

10925   JOHNSON, ANNIE, 212 MORGAN RD., FORT WORTH, TX 76063

10925   JOHNSON, ANNIE, 524 HILL AVE, WILKINSBURG, PA 15221

10925   JOHNSON, ANTHONY, 4300 KAYWOOD DRIVE APT. 1-A, MT. RAINIER, MD 20712

10925   JOHNSON, ANTHONY, 51 LAWRENCE ST, LYMAN, SC 29365

10925   JOHNSON, ANTHONY, 7909 CARMEL OAKS CT, CHARLOTTE, NC 28226

10925   JOHNSON, ANTHONY, 90 CHANDLER ST, NASHUA, NH 03060

10925   JOHNSON, ARTHUR, 471 TAMARISK TRAIL, PARACHUTE, CO 81635

10925   JOHNSON, ARTHUR, 73 WOODLAND GREEN, ROCHESTER, NY 03867

10925   JOHNSON, ARVIS, 2408 W. POPLAR, SAN ANTIONO, TX 78207

10925   JOHNSON, ASHLEY, 2136 OLDE CREEK RD, ROCKHILL, SC 29732

10925   JOHNSON, AUDREY M, C/O PATTERSON, 1001 S 143RD ST, TACOMA, WA 98444-3329

10925   JOHNSON, B., 40 PCHTREE VALLEY RDN.E., #L3, ATLANTA, GA 30309

10925   JOHNSON, BARBARA, 1080 TONY VALLEY DR., CONYERS, GA 30208

10925   JOHNSON, BARBARA, 4625 CONSTANCE ST., CORPUS CHRISTI, TX 78413

10925   JOHNSON, BARRY, 3916 OAK BROOK CIR, BIRMINGHAM, AL 35243

10925   JOHNSON, BENJAMIN, 2206 POPLAR GROVE ST, BALTIMORE, MD 21216

10925   JOHNSON, BENJAMIN, ROUTE 4 BOX 272, LAKE CITY, SC 29560

10925   JOHNSON, BERNADINE, 12007 BLACKBERRY TER, N POTOMAC, MD 20878

10925   JOHNSON, BERNARD, 610 1ST AVE N.E., INDEPENDENCE, IA 50644

10925   JOHNSON, BERNARDINE R, 12007 BLACKBERRY TERR, NORTH POTOMAC, MD 20878

10925   JOHNSON, BETHANI, 220 FISHER LANE, MT WASHINGTON, KY 40047

10925   JOHNSON, BETTY, 1000 CARDINAL RIDGE, FT WORTH, TX 76115

10925   JOHNSON, BETTY, 9000 LEMMON DRIVE, 14, RENO, NV 89506

10925   JOHNSON, BETTY, PO BOX 535, LEONARDTOWN, MD 20650

10925   JOHNSON, BEVERLY, 542 ORCHARD DRIVE, MADISON, WI 53711

10925   JOHNSON, BEVERLY, RT 3 BOX 1210, CORSICANA, TX 75110

10925   JOHNSON, BILLYJOE, 5707 WILDER DR. SE, CEDAR RAPIDS, IA 52403

10925   JOHNSON, BLANCHE, ROUTE 1 BOX 157C, HADDOCK, GA 31033

10925   JOHNSON, BRETT, 22860 PACIFIC COAST, MALIBU, CA 90265

10925   JOHNSON, BRIAN, 33 WEST MONROE ST. SUITE 958, CHICAGO, IL 60603

10925   JOHNSON, BRIAN, 512 S. FLEMING, INDIANAPOLIS, IN 46241

10925   JOHNSON, BRIAN, 8201 STEWART AVE, LOS ANGELES, CA 90045

10925   JOHNSON, BRIAN, 900 COOPER LAKE RD, SMYRNA, GA 30081

10925   JOHNSON, BRUCE, 1500 7TH ST, 7K, SACRAMENTO, CA 95814

10925   JOHNSON, BRUCE, 21 SOUTH MAIN ST. #2, WILLISTON, ND 58801

10925   JOHNSON, BRUCE, ROUTE 2, BOX 64, BUTTERFIELD, MN 56120

10925   JOHNSON, C, 22 SPUR ST, LYMAN, SC 29365

10925   JOHNSON, CALISTA, ROUTE 2 BOX 3238, MAYSVILLE, GA 30558

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JOHNSON, CALVIN, 3990 CLAIRMONT RD, ATLANTA, GA 30341 | |
| 10925 | JOHNSON, CANDACE, 2432 BRCKMN-MCCLMN RD, GREER, SC 29651-9801 | |
| 10925 | JOHNSON, CARL, 200 OAKDALE LOOP, HOUMA, LA 70360 | |
| 10925 | JOHNSON, CARL, 2704 MANGO CIR NW, ATLANTA, GA 30318 | |
| 10925 | JOHNSON, CAROL, 147 W ILLINOIS, MOMENCE, IL 60954 | |
| 10925 | JOHNSON, CAROL, 1612 VINEWOOD LANE N.E., CEDAR RAPIDS, IA 52402 | |
| 10925 | JOHNSON, CAROL, 1620-13 DELANE AVE, CHARLOTTE, NC 28211 | |
| 10925 | JOHNSON, CAROL, 3010 SANDRA DR. 205-8, NEW ORLEANS, LA 70114 | |
| 10925 | JOHNSON, CAROL, 6 STONE AVE, WINCHESTER, MA 01890 | |
| 10925 | JOHNSON, CAROL, BOX 231 804 E GRN ST, CENTER POINT, IA 52213 | |
| 10925 | JOHNSON, CAROLYN J, 5359 COLUMBIA ROAD, COLUMBIA, MD 21044 | |
| 10925 | JOHNSON, CAROLYN, 14508 DUNWOOD VALLEYDRIVE, BOWIE, MD 20721 | |
| 10925 | JOHNSON, CARRIE, 3522 CENTER ST, LAKE CHARLES, LA 70607 | |
| 10925 | JOHNSON, CARTER, 14 SEMINOLE ROAD, HUNTINGTON, WV 25705 | |
| 10925 | JOHNSON, CATHERINE, 24 EVERGREEN CIRCLE, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | JOHNSON, CATHLEEN, 10 CASWELL AVE, METHUEN, MA 01844 | |
| 10925 | JOHNSON, CATHY, 14 INDIAN TRAIL, LAKE IN THE HILL, IL 60102-1318 | |
| 10925 | JOHNSON, CHARLES, 9030 MARKVILLE DR, DALLAS, TX 75243 | |
| 10925 | JOHNSON, CHARLIE, 1848 1ST ST NE, WINTER HAVEN, FL 33880-9998 | |
| 10925 | JOHNSON, CHARLOTTE, 34034 WHITE OAK LN, GURNEE, IL 60031 | |
| 10925 | JOHNSON, CHERYL, 1103 GORSLINE DR, EL CAJON, CA 92021 | |
| 10925 | JOHNSON, CHERYL, 3310 HILLIS ROAD, AUGUSTA, GA 30906 | |
| 10925 | JOHNSON, CHRISTIAN, 17600 MEETINGHOUSE RD, SANDY SPRINGS, MD 20860 | |
| 10925 | JOHNSON, CHRISTINE, 45 15 215 PL, BAYSIDE, NY 11361 | |
| 10925 | JOHNSON, CHRISTOPHER, 914 SOUTH OCEAN BLVD, N.M.B., SC 29582 | |
| 10925 | JOHNSON, CHRISTY, 4611 N 15TH ST, ARLINGTON, VA 22207 | |
| 10925 | JOHNSON, CLADGE, 230 WOODRUFF ST, WOODRUFF, SC 29388 | |
| 10925 | JOHNSON, CLARA, 211 S E 6TH ST, FT. MEADE, FL 33841 | |
| 10925 | JOHNSON, CLARENCE, 1600 RACHEL TERR #5, PINE BROOK, NJ 07058 | |
| 10925 | JOHNSON, CLARENCE, 705 SULLIVAN ST, LAURENS, SC 29360 | |
| 10925 | JOHNSON, CLAUDETTE, 366 WEST AVE, MOBILE, AL 36604 | |
| 10925 | JOHNSON, CLEON, 2564 SOUTH PARK LANE, SANTA CLARA, CA 95051 | |
| 10925 | JOHNSON, COLLEEN, 104 MACDUFF RD, NEWARK, DE 19711 | |
| 10925 | JOHNSON, COLLETTE, 1489 MUNDYS MILL RD, JONESBORO, GA 30236 | |
| 10925 | JOHNSON, CONNIE, 293 CASE SCHOOL RD, MADISON, NC 27025 | |
| 10925 | JOHNSON, CONSTANCE, 12443 E 11750 N ROAD, SOLLITT, IL 60401 | |
| 10925 | JOHNSON, COY, 2559 ARUNAH AVE, BALTIMORE, MD 21216-4828 | |
| 10925 | JOHNSON, CRAIG, 1239 CEDARCROFT RD, BALTIMORE, MD 21239 | |
| 10925 | JOHNSON, CURT, 9 UPHAM ROAD, 3, MEDFIELD, MA 02052 | |
| 10925 | JOHNSON, CURTIS, 11 PINE CT, MARIETTA, SC 29661 | |
| 10925 | JOHNSON, CURTIS, 16100 CELTIC AVE, GRANADA HILLS, CA 91344 | |
| 10925 | JOHNSON, CURTIS, 16100 CELTIC AVE, GRANADA HILLS, CA 91344-5312 | |
| 10925 | JOHNSON, CURTIS, 31 ALMOND PASS DR, OCALA, FL 34472 | |
| 10925 | JOHNSON, CURTIS, 621 9TH AVE W, WILLISTON, ND 58801 | |
| 10925 | JOHNSON, CYNTHIA, 1422 E D ST. #A, ONTARIO, CA 91761 | |
| 10925 | JOHNSON, CYNTHIA, 1718 AVE N, GALVESTON, TX 77550 | |
| 10925 | JOHNSON, CYNTHIA, 73 MAIN ST APT. #6, FOXBORO, MA 02035 | |
| 10925 | JOHNSON, CYNTHIA, RR 2 BOX 403, MOMENCE, IL 60954 | |
| 10925 | JOHNSON, D. A., 709 FARM TO MARKET ROAD, LIBBY, MT 59923 | |
| 10925 | JOHNSON, DALE A., 1430 VESTA TERRANCE, EAST POINT, GA 30344 | |
| 10925 | JOHNSON, DALE, 34 GLENBROOK DRIVE, GREENFIELD, MA 01301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNSON, DANIEL, 14669 ANTELOPE DR., SUN CITY WEST, AZ 85375

10925   JOHNSON, DANIEL, 299 MILLER RD #43, MAULDIN, SC 29662

10925   JOHNSON, DANIEL, 4723 MEADOWRIDGE LN., CHARLOTTE, NC 28226

10925   JOHNSON, DARLENE, 1016 WEST BALMORAL, 108E, CHICAGO, IL 60640

10925   JOHNSON, DARRON, 2612 SOUTHWEST PKWY, 242, WICHITA FALLS, TX 76308

10925   JOHNSON, DAVID L, 5210 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   JOHNSON, DAVID, 101 DANALL CIRCLE, LAURENS, SC 29360

10925   JOHNSON, DAVID, 114 JOHNSON ST, DUNCAN, SC 29334

10925   JOHNSON, DAVID, 206 N. CAROLINA, AMARILLO, TX 79106

10925   JOHNSON, DAVID, 2406 BRIDWELL, WICHITA FALLS, TX 76301

10925   JOHNSON, DAVID, 28372 RODGERS DRIVE, SANTA CLARITA,, CA 91350

10925   JOHNSON, DAVID, 33 CHESTNUT DRIVE, BROCKTON, MA 02401

10925   JOHNSON, DAVID, 629 LINNARD ST, BALTIMORE, MD 27870

10925   JOHNSON, DAVID, 766 RODGERS ROAD, SENECA, SC 29678

10925   JOHNSON, DE ARTHUR, 27550 HILLCREST, MISSION VIEJO, CA 92691

10925   JOHNSON, DEBORAH, 100 TWINLEAF WAY, SIMPSONVILLE, SC 29680

10925   JOHNSON, DEBORAH, 101 CHAMBERS DRIVE, ISLAND, KY 42350

10925   JOHNSON, DEBORAH, 2533 W. WINSTON ROAD, #B-1, ANAHEIM, CA 92804

10925   JOHNSON, DEBORAH, 6212 MAYWICK RD, HUNTSVILLE, AL 35810

10925   JOHNSON, DEBORAH, 900 COOPER LAKE RD, SMYRNA, GA 30082

10925   JOHNSON, DEBRA LEE, 7500 GRACE DR., COLUMBIA, MD 21044

10925   JOHNSON, DEBRA, 9 ANTRIM ST, NASHUA, NH 03063

10925   JOHNSON, DENISE, 11965 AUTUMNWOOD, FORT WASHINGTON, MD 20744

10925   JOHNSON, DENNIS, 1125 CONCORD TERRACE, OWENSBORO, KY 42303

10925   JOHNSON, DENNIS, 1749 MARYLAND ST, REDWOOD CITY, CA 94061

10925   JOHNSON, DERRRICK, 523 S. 57TH ST., PHILA, PA 19143

10925   JOHNSON, DETRA, 1717 NETHERWOOD AVE, MEMPHIS, TN 38106

10925   JOHNSON, DIANE, 9720 JUNIPER AVE, FONTANA, CA 92335

10925   JOHNSON, DINA, 22 VISTA MAR, LAGUNA NIGUEL, CA 92677

10925   JOHNSON, DONALD, 2213 CLEVELAND ST, HOLLYWOOD, FL 33020

10925   JOHNSON, DONALD, 2275 4TH ST NE, WINTER HAVEN, FL 33881-1611

10925   JOHNSON, DONALD, 707 NORTH 12TH ST, CLARINDA, IA 51632-1244

10925   JOHNSON, DONALD, HWY. 3107 WAVERLY TR. PK., LOT A 101, THIBODAUX, LA 70301

10925   JOHNSON, DONALD, PO BOX 712, WELSH, LA 70591

10925   JOHNSON, DONNA, 1216 N. 21ST ST, MILWAUKEE, WI 53206

10925   JOHNSON, DONNA, PO BOX 1148, WASHINGTON, NC 27889

10925   JOHNSON, DONNA, RT.1 BOX 485, LAKE VILLAGE, IN 46349

10925   JOHNSON, DORIAN, 506 E. FIRST ST., DELHI, LA 71232

10925   JOHNSON, DORIS, 108 W DESERT DR, PHOENIX, AZ 95041

10925   JOHNSON, DOROTHY, PO BOX 180, WELLS, NY 12190

10925   JOHNSON, DOUGLAS, 3187 PERSIMMON LN, FRISCO, MO 75034-7934

10925   JOHNSON, DOUGLAS, 3701 SMOKY HOLLOW, EDMOND, OK 73013

10925   JOHNSON, DOUGLAS, 6698 PRAIRIE VIEW DR., SUN PRAIRIE, WI 53590

10925   JOHNSON, DWAYNE, 317 3RD ST, SE APT. 3, WASHINGTON, DC 20003

10925   JOHNSON, DWAYNE, 454 PALISADE AVE, JERSEY CITY, NJ 07307

10925   JOHNSON, DYAIMDEE, 3507 W. PENTAGON, DALLAS, TX 75233

10925   JOHNSON, E, 6665 LEE ROAD, DANE, WI 53529

10925   JOHNSON, EARL, RMC G93, 21 ROUTE 152, SELLERSVILLE, PA 18960

10925   JOHNSON, EDWARD, 1724 CLARKSON ST., BALTIMORE, MD 21230

10925   JOHNSON, EDWARD, 23 SALT BOX PATH, AMITYVILLE, NY 11701

10925   JOHNSON, EILEEN, 1110 LOCUST, ATLANTIC, IA 50022-2240

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNSON, ELAINE, 1182 LINDA LANE, MILFORD, OH 45150

10925   JOHNSON, ELIJAH, 412 STONEWATER LANE, OSWEGO, IL 60543-8277

10925   JOHNSON, ELIZABETH, 1221 DOTSON COURT, WILMINGTON, NC 28401-1201

10925   JOHNSON, ELIZABETH, PO BOX 20007, HOUSTON, TX 77225

10925   JOHNSON, ERIC, 1204 CHERRY HILL RD, BALTIMORE, MD 21225

10925   JOHNSON, ERIC, 1512-B PARTRIDGEBERRY DR, CHAPEL HILL, NC 27516

10925   JOHNSON, ERIC, 1521-B PARTRIDGE BERRY DR, CHAPEL HILL, NC 27516

10925   JOHNSON, ERIC, 6630 LEE ROAD, DANE, WI 53529

10925   JOHNSON, ERNEST, 25001 HENDON ST, LAGUNA HILLS, CA 92653

10925   JOHNSON, ERNEST, 440 KIMBROUGH DRIVE, ATOKA, TN 38004-5108

10925   JOHNSON, ESQ, STEVEN J, GIBSON, DUNN & CRUTCHER, 1530 PAGE MILL RD, PALO ALTO, CA 94304-1125

10925   JOHNSON, ESTHER, 9215 S. TURNER, EVERGREEN PARK, IL 60642-0000

10925   JOHNSON, EUGENE, 3902 DOLFIELD AVE, BALTIMORE, MD 21215

10925   JOHNSON, EUGENE, 545 SPOON AVE, MORRISTOWN, TN 37814

10925   JOHNSON, EVA, RT 3 BOX 340F, TAPPAHANNOCK, VA 22560

10925   JOHNSON, EVELYN, 1147 DUDLEY DR APT. C, SHREVEPORT, LA 71104

10925   JOHNSON, F, 4860 BERRYDALE, MEMPHIS, TN 38118

10925   JOHNSON, FAYE, 909 MOORE, DAVISON, MI 48423

10925   JOHNSON, FELICIA, 5414 CEDAR SPRINGS, DALLAS, TX 75235

10925   JOHNSON, FITZGERALD, 1817 KATHLEEN DRIVE, COLUMBIA, SC 29210

10925   JOHNSON, FRANCES, 122 JOHNSON DR, SIMPSONVILLE, SC 29681

10925   JOHNSON, FRANCES, RT 1 BOX 136, PARKTON, NC 28371

10925   JOHNSON, FRANK, ROUTE 2, BOX 82, FARMINGTON, IA 52626

10925   JOHNSON, FRED, 1731 MANOR LANE, PLANO, TX 75093

10925   JOHNSON, FREDERICK, 3301 SW VILLA PLACE, PALM CITY, FL 34990

10925   JOHNSON, FREDERICK, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   JOHNSON, GAIL, 4497 HILLTOP DR, SUAMICO, WI 54173

10925   JOHNSON, GARLAND, 2301 PRESTWICK DR., LEAGUE CITY, TX 77573

10925   JOHNSON, GENNIE, 8194 MERIVALE RD, JACKSONVILLE, FL 32208

10925   JOHNSON, GEORGE, 227 SPRING ST., WESTFIELD, WI 53964

10925   JOHNSON, GEORGE, 3824 COTTAGE AVE., BALTIMORE, MD 21215

10925   JOHNSON, GEORGE, 604 ELIZABETH, SCOTT CITY, KS 67871

10925   JOHNSON, GERALD BERNARD, R 3, BEAVER DAM, WI 53916-9803

10925   JOHNSON, GERALD, 1006 AMSTERDAM AVE, MADISON, WI 53716

10925   JOHNSON, GERALD, 4506 49TH ST, LUBBOCK, TX 79414

10925   JOHNSON, GERALD, 4550 TANGLEWOOD DRIVE, PEGRAM, TN 37143

10925   JOHNSON, GERALD, BOX 105 BAKER ST., KENAI, AK 99611

10925   JOHNSON, GLADYS, 3506 GARFIELD WAY SE, ATLANTA, GA 30354

10925   JOHNSON, GLENDA, 1305 BLUEJAY, IOWA PARK, TX 76367

10925   JOHNSON, GLORIA, 10 ENGRAM CT, GULFPORT, MS 39501

10925   JOHNSON, GLORIA, 2055 BISHOP RD, INMAN, SC 29349

10925   JOHNSON, GRADY, 1111 WEST FOURTH AVE, OBERLIN, LA 70655

10925   JOHNSON, GRANT, 133 N PAGE ST, STOUGHTON, WI 53589

10925   JOHNSON, HANNAH, 6422 ABBEYDALE COURT, ORLANDO, FL 32818

10925   JOHNSON, HAROLD, 122 JOHNSON DRIVE, SIMPSONVILLE, SC 29681

10925   JOHNSON, HAROLD, 4557 TRAILS END, BAR NUNN, WY 82601

10925   JOHNSON, HARRY, 1630 SHERIDAN RD APT 10F, WILMETTE, IL 60091

10925   JOHNSON, HATTIE, 3046 FULTON ST, SHREVEPORT, LA 71109

10925   JOHNSON, HELEN, 579 ROCKRIDGE DR, GREER, SC 29651

10925   JOHNSON, HELENA, 11553 LARCHWOOD DRIVE, FONTANA, CA 92335

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNSON, HENRY, 160 LINDLEY TERRACE, WILLIAMSTOWN, MA 01267

10925   JOHNSON, HENRY, 1847 E. 29TH ST, BALTIMORE, MD 21218

10925   JOHNSON, HOMER, 1322 CHIPPAWA, PASADENA, TX 77504

10925   JOHNSON, HORACE, 1317 E WARREN ST, PLANT CITY, FL 33566-5835

10925   JOHNSON, HOWARD, 11 GIDDING COURT, IRMO, SC 29063

10925   JOHNSON, HOWARD, 3908 SOUTHERN AVE, BALTIMORE, MD 21206

10925   JOHNSON, III, CHARLES, 1001 N. AUGTAE, BALTIMORE, MD 21129

10925   JOHNSON, IRENE, 102 MEADOW LANE, LAFAYETTE, LA 70506

10925   JOHNSON, JACK, 5706 WEST BROADWAY #1, PEARLAND, TX 77581

10925   JOHNSON, JACQUELINE, 1935 ASHLEY ST., PHILADELPHIA, PA 19138

10925   JOHNSON, JACQUELYN, 3469 S. WAKEFIELD ST., ARLINGTON, VA 22206-1719

10925   JOHNSON, JAMES, 10119 CARLOW LANE, LAPORTE, TX 77571

10925   JOHNSON, JAMES, 2006 1/2 4TH ST N, ST. PETERSBURG, FL 33704

10925   JOHNSON, JAMES, 25 H ST S.E., AUBURN, WA 98002

10925   JOHNSON, JAMES, 311 MOUNTAIN VIEW DR, SENECA, SC 29672

10925   JOHNSON, JAMES, 318 HECTOR CONNLEY RD, CARENCRO, LA 70520

10925   JOHNSON, JAMES, 3517 BROOKIDE PKWY SOUTH DRIVE, INDIANAPOLIS, IN 46201

10925   JOHNSON, JAMES, 500 PARK BLVD, CHERRY HILL, NJ 08002

10925   JOHNSON, JAMES, 7800 YOUREE DR., SHREVEPORT, LA 71105

10925   JOHNSON, JAMES, PO BOX 146, LECOMPTE, LA 71346

10925   JOHNSON, JAMES, PO BOX 5434, FARMINGTON, NM 87499

10925   JOHNSON, JAMES, RR 3, BOX 40, FAIRFIELD, IA 52556

10925   JOHNSON, JANICE, 11831 ROYAL PALM BLVD.#302, CORAL SPRINGS, FL 33065

10925   JOHNSON, JARVIS, 201 TWIN ROAD, MICHIGAN CITY, IN 46360

10925   JOHNSON, JASPER, 42 S.PULASKI ST., BALTIMORE, MD 21223

10925   JOHNSON, JEANETTE, 3020 NW 159TH ST, MIAMI, FL 33054

10925   JOHNSON, JEFFERY, 1510 BISON DR #323, WILLISTON, ND 58801

10925   JOHNSON, JEFFERY, 1860 FLATSHOALS RD, CONYERS, GA 30208

10925   JOHNSON, JEFFREY, 6002 CAROLINA BCH RD, 14-D, WILMINGTON, NC 28412

10925   JOHNSON, JEFFREY, 7945 RIVER ROCK WAY, BALTIMORE, MD 21226

10925   JOHNSON, JEFFREY, 9659 OLD GATE, MATTHEWS, NC 28105

10925   JOHNSON, JENNIFER, 460 SOUTH CURTIS, KANKAKEE, IL 60901

10925   JOHNSON, JEREMIAH, 105 CLAREMONT DR, NAPERVILLE, IL 60540

10925   JOHNSON, JEREMIAH, 4835 ANGELINA AVE, WICHITA FALLS, TX 76308

10925   JOHNSON, JERRY, 1 EDWARDS ST., GREENVILLE, SC 29609

10925   JOHNSON, JERRY, PO BOX 1660, ROOSEVELT, UT 84066

10925   JOHNSON, JESSE, RT 1 BOX 97, CLARKSBURG, WV 26301

10925   JOHNSON, JILL, PO BOX 412, WEST UNION, SC 29696

10925   JOHNSON, JIMMY, 4835 ANGELINA AVE, WICHITA FALLS, TX 76308

10925   JOHNSON, JOAN C., 227 K ST S.E., AUBURN, WA 98002

10925   JOHNSON, JOAN, RT 3 BOX 310, LINDSAY, OK 73052

10925   JOHNSON, JOANN, 425 WAXFLOWER LANE, FALLBROOK, CA 92028-2448

10925   JOHNSON, JOE, 110 JAMES ST, REFUGIO, TX 78377-2422

10925   JOHNSON, JOE, 1611 YUCCA, IOWA PARK, TX 76367

10925   JOHNSON, JOE, 6701 EVERHART #303, CORPUS CHRISTI, TX 78413

10925   JOHNSON, JOEY, 2003 FLINTWOOD DR, AUGUSTA, GA 30909

10925   JOHNSON, JOHN, 116 BENJAMIN AVE, GREER, SC 29651

10925   JOHNSON, JOHN, 1389 GEORGE 11 HWY S.E., BOLIVIA, NC 28422

10925   JOHNSON, JOHN, 1521 WOOTEN RD, AUGUSTA, GA 30904

10925   JOHNSON, JOHN, 1566 CLIFTON AVE, BALTIMORE, MD 21217

10925   JOHNSON, JOHN, 2425 HOPECREST DRIVE, CHARLOTTE, NC 28210

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JOHNSON, JOHN, 4508 UNIVERSITY, WICHITA FALLS, TX 76308

10925   JOHNSON, JOHNNY, 2226 KOKO LANE, BALTIMORE, MD 21216

10925   JOHNSON, JOHNNY, RT 2 BOX 195-A, GOSHEN, AL 36035

10925   JOHNSON, JOSEPH, 5713 GLEN VALE DR, KNOXVILLE, TN 37919

10925   JOHNSON, JOSEPH, 6 KINGBROOK COURT, LINTHICUM, MD 21090

10925   JOHNSON, JOY, 3240 BROOKVIEW DR, CASPER, WY 82604

10925   JOHNSON, JOYCE, 5914 6TH AVE, LOS ANGELES, CA 90043

10925   JOHNSON, JOYCE, 608 BELMONT DR #B, JEFFERSON CITY, MO 65109

10925   JOHNSON, JR, OLIVER, 112 CAMELOT DRIVE, FORT PIERCE, FL 34946

10925   JOHNSON, JUANITA, 601 S 6TH ST, LA PORTE, TX 77571

10925   JOHNSON, JUDITH, 26855 MTN. PINE ROAD, CLOVERDALE, CA 95425

10925   JOHNSON, JUDITH, 3101 BRETONS DR, MCHENRY, IL 60050

10925   JOHNSON, JUDITH, 73 WEST RIDGE DR, INMAN, SC 29349

10925   JOHNSON, JUDY, 3910 NW 26, OKLA. CITY, OK 73107

10925   JOHNSON, JUDY, 5716 N. 10TH ST, 9, PHOENIX, AZ 85014

10925   JOHNSON, JUDY, 5924 BARRINGTON DR, CHARLOTTE, NC 28215

10925   JOHNSON, JULIA, 3 MOORE LANE, GREENVILLE, SC 29615

10925   JOHNSON, JULIANNE, 3506 GILA TRAIL, TEMPLE, TX 76504

10925   JOHNSON, JULIET B., 7800 INDIGO ST, MIRAMAR, FL 33023

10925   JOHNSON, JUNIUS, 7518 S CARPENTER ST, CHICAGO, IL 60620

10925   JOHNSON, KALVIN, 16-B HICKORY HAVEN, OPELIKA, AL 36801

10925   JOHNSON, KAREN, 2617 33RD AVE DR E, BRADENTON, FL 34208

10925   JOHNSON, KAREN, 5518 WHITCOMB COURT, APT B, INDIANAPOLIS, IN 46224

10925   JOHNSON, KARI, 2060 NTH VERMONT ST #101, ARLINGTON, VA 22207

10925   JOHNSON, KARI, 6954 BUCKSIN DRIVE, LITTLETON, CO 80125

10925   JOHNSON, KARMEN, 614 5TH ST, LOS ANGELES, CA 90005

10925   JOHNSON, KATHLEEN, 112 MONIQUE LN, WOODRUFF, SC 29388

10925   JOHNSON, KATHLEEN, 15533 SW 110TH TERR, MIAMI, FL 33196

10925   JOHNSON, KATHLEEN, 24 SOUTH 18 ST, KENILWORTH, NJ 07033

10925   JOHNSON, KAY, 2336 S. 119TH. EAST AVE., TULSA, OK 74129-5666

10925   JOHNSON, KEITH, 203 INGE ST, GARDEN CITY, KS 67846

10925   JOHNSON, KELLY, PO BOX 404, MORGANTON, NC 28680

10925   JOHNSON, KELLY, RT 2 BOX 91-P, GRAY COURT, SC 29645

10925   JOHNSON, KENNETH, 10009 HERSHEY WAY, RIVERSIDE, CA 92503

10925   JOHNSON, KENNETH, 105 MENLO DRIVE, SIMPSONVILLE, SC 29681

10925   JOHNSON, KENNETH, 16015 VANOWEN ST #4, VAN NUYS, CA 91406

10925   JOHNSON, KENNETH, 4733 N 56TH ST, MILWAUKEE, WI 53218

10925   JOHNSON, KENNETH, 811 N PARK, IOWA PARK, TX 76367

10925   JOHNSON, KENNETH, PO BOX 1172, PAXTON, FL 32538

10925   JOHNSON, KENNETH, RR 1, STOCKPORT, IA 52651-9701

10925   JOHNSON, KENNY, 2115 HEBRON AVE, ZION, IL 60099

10925   JOHNSON, KENNY, PO BOX 70370, RIVERSIDE, CA 92513

10925   JOHNSON, KESHA, 1038 ARROWHEAD DR, GREENVILLE, NC 27858

10925   JOHNSON, KIANA, 221 E 8TH ST, SPENCER, IA 51301

10925   JOHNSON, KIMBERLEY, 12301 BLANCO RD. #1108, SAN ANTONIO, TX 78216

10925   JOHNSON, KIMBERLY, 10355 DOVER ST, 1325, BROOMFIELD, CO 80003

10925   JOHNSON, KIMBERLY, 1277 HAVERHILL CIR, NAPERVILLE, IL 60563

10925   JOHNSON, KIMBERLY, 5237 HEATHWOOD DR, INDIANAPOLIS, IN 46237

10925   JOHNSON, KIST, 701-B PINE ST, GREENSBORO, NC 27401

10925   JOHNSON, KITTRIC, 72 SPRUCE ST APT. # 12A, STAMFORD, CT 06902

10925   JOHNSON, KURT, 4019 POPLAR GROVE, MIDLOTHIAN, VA 23112-4736

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | JOHNSON, KURTIS, 2022 STORM DRIVE, FALLS CHURCH, VA 22043 | |
| 10925 | JOHNSON, L MARGARET, 850 20TH ST S E, CEDAR RAPIDS, IA 52403 | |
| 10925 | JOHNSON, L, 506 NORTH 8TH ST, FORT PIERCE, FL 34950 | |
| 10925 | JOHNSON, L, 827 PHOENIX ST APT 8, DELAVAN, WI 53115 | |
| 10925 | JOHNSON, LAQUETA, 113 SUNRISE, HIGHLANDS, TX 77562 | |
| 10925 | JOHNSON, LAQUETA, 4323 CRITES ST, HOUSTON, TX 77003 | |
| 10925 | JOHNSON, LARRY, 134 GIBBS RD., FRANKLIN, LA 70538 | |
| 10925 | JOHNSON, LARRY, 35411 GOOSE CREEK ROAD, PO BOX 277, GRAND ISLAND, FL 32735 | |
| 10925 | JOHNSON, LARRY, 4759 THRUSTON-DERMONT RD., OWENSBORO, KY 42303 | |
| 10925 | JOHNSON, LARRY, 5203 T. AVE, CHEROKEE, IA 51012-7054 | |
| 10925 | JOHNSON, LARRY, BOX 231 804 E GRN ST, CENTER POINT, IA 52213 | |
| 10925 | JOHNSON, LAURA, 309 HOWARD ST, POYNETTE, WI 53955 | |
| 10925 | JOHNSON, LAVERNE, 142 CONNIE DRIVE, COLUMBIA, SC 29210 | |
| 10925 | JOHNSON, LAWANDA, 3605 AVE H, FORT WORTH, TX 76105 | |
| 10925 | JOHNSON, LAWRENCE, 3010 ILENE DR, ISLAND LAKE, IL 60042 | |
| 10925 | JOHNSON, LEONARD, 195 HANNERVILLE ROAD, EDGERTON, WI 53534 | |
| 10925 | JOHNSON, LEONDRA, 2900 COHASSETT LN., DECATUR, GA 30034 | |
| 10925 | JOHNSON, LEROY, 17859 MT VERNON BLVD, SOUTHFIELD, MI 48075 | |
| 10925 | JOHNSON, LEROY, ROUTE 6 BOX 163, TYLERTOWN, MS 39667 | |
| 10925 | JOHNSON, LESLIE, 240 BAILEY RD, MOORE, SC 29369-9715 | |
| 10925 | JOHNSON, LETITIA, 234 VICTORIA DR., HOUSTON, TX 77022 | |
| 10925 | JOHNSON, LINDA, 1660 FULTON ST, 5KK, BROOKLYN, NY 11213 | |
| 10925 | JOHNSON, LINDA, 414 WEST ST. ANNE, HOBBS, NM 88240 | |
| 10925 | JOHNSON, LINDA, 4585 FREEDOMWAY WEST, BALTIMORE, MD 21213 | |
| 10925 | JOHNSON, LINDA, 7342 STERLING ROAD, HIXSON, TX 37343 | |
| 10925 | JOHNSON, LINDA, RT # 8 BOX 3A, MILLSBORO, DE 19966 | |
| 10925 | JOHNSON, LINDSEY, 3727 BRAND COURT, ACWORTH, GA 30101 | |
| 10925 | JOHNSON, LLOYD, 230 CLINTO ST, LOWELL, IN 46356 | |
| 10925 | JOHNSON, LONNIE, 1812 N. MARTIN LUTHER KING DR.# 2, MILWAUKEE, WI 53212 | |
| 10925 | JOHNSON, LORA JEAN, 2720 GASTON ROAD, COTTAGE GROVE, WI 53527 | |
| 10925 | JOHNSON, LORA, 2720 GASTON RD, COTTAGE GROVE, WI 53527 | |
| 10925 | JOHNSON, LOREN, 32873 ROAD LL, LA JUNTA, CO 81050 | |
| 10925 | JOHNSON, LORI, 201 HAMPTON DRIVE, DALLAS, GA 30182 | |
| 10925 | JOHNSON, LORI-ANN, 56 TARDIE TERRACE, EAST BRIDGEWATER, MA 02333 | |
| 10925 | JOHNSON, LORIE, 1325 RODD FIELD RD, CORPUS CHRISTI, TX 78412 | |
| 10925 | JOHNSON, LORRAINE, 4221 OLD FREDERICK R, BALTIMORE, MD 21229 | |
| 10925 | JOHNSON, LOUIS, GENERAL DELIVERY, CENTER CROSS, VA 22437 | |
| 10925 | JOHNSON, LOUISE, #7 ROSEWOOD DR, GREENVILLE, SC 29607 | |
| 10925 | JOHNSON, LYRIS, 3759 SENECA, DETROIT, MI 48214 | |
| 10925 | JOHNSON, MAREA, 5936 GOLDEN GATE DR, DALLAS, TX 75241 | |
| 10925 | JOHNSON, MARGUERITE, 109 NORTHWEST ROAD, WIOTA, IA 50274 | |
| 10925 | JOHNSON, MARIA, 12265 FONDREN RD, HOUSTON, TX 77035 | |
| 10925 | JOHNSON, MARIA, 67 WOODLAND ROAD, BILLERICA, MA 01821 | |
| 10925 | JOHNSON, MARIA, 80-47 162 ST, JAMAICA, NY 11432 | |
| 10925 | JOHNSON, MARIE, 155 WEST PATRICIAN, RENO, NV 89506 | |
| 10925 | JOHNSON, MARIE, 6181 40TH AVE N, ST. PETERSBURG, FL 33709 | |
| 10925 | JOHNSON, MARIHELEN T, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | JOHNSON, MARIHELEN, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | JOHNSON, MARIHELEN, 7945 RIVER ROCK WAY, BALTIMORE, MD 21226 | |
| 10925 | JOHNSON, MARK E, 733 LANEY WALKER BLVD, AUGUSTA, GA 30901 | |
| 10925 | JOHNSON, MARK, 44 CENTER GROVE RD, RANDOLPH, NJ 07869 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  JOHNSON, MARK, 943 SHEARWATER ST, ONTARIO, CA 91762

10925  JOHNSON, MARSHA, 715 N. ALLEGHANEY, ODESSA, TX 79761

10925  JOHNSON, MARTINA, 2360 W BROAD ST 013, ATHENS, GA 30606

10925  JOHNSON, MARTY, 6561 TRAMMEL, DALLAS, TX 75214

10925  JOHNSON, MARVIN, 3281 N. 16TH ST, MILWAUKEE, WI 53206

10925  JOHNSON, MARY ELIZABE, 362 THIRD AVE, PHOENIXVILLE, PA 19460

10925  JOHNSON, MARY, 1709 HAROLD ST, GREEN BAY, WI 54302

10925  JOHNSON, MARY, 1721 SOUTH LENNOX, CASPER, WY 82601

10925  JOHNSON, MARY, 2400 HUFFMAN DR, MOBILE, AL 36693

10925  JOHNSON, MARY, 262 OELKERS DRIVE, NEW BRAUNFELS, TX 78130

10925  JOHNSON, MARY, 2851 N. 27TH ST, PHILA, PA 19132

10925  JOHNSON, MARY, 480 BLUE SKIES DR, SPARKS, NV 89436

10925  JOHNSON, MARY, 502 CLIFFWOOD DR. APT 101, SPARTANBURG, SC 29301

10925  JOHNSON, MARY, 5417 PEACHTREE LANE, SACHSE, TX 75048

10925  JOHNSON, MARYANN, 970 PIPPIN ORCHARD ROAD, CRANSTON, RI 02921

10925  JOHNSON, MATHERNE, 108 HWY 400, NAPOLEONVILLE, LA 70390

10924  JOHNSON, MATTHEY, ZIRCON, 11400 NEW BERLIN ROAD, JACKSONVILLE, FL 32226

10925  JOHNSON, MAURICE, 1034 LEGER RD, BREAUX BRIDGE, LA 70517

10925  JOHNSON, MAYA, 9721 W. BEATRICE ST APT#5, MILWAUKEE, WI 53224

10925  JOHNSON, MELANIE, 313 B WILSON MILLS, SMITHFIELD, NC 27577

10925  JOHNSON, MELISSA, 401 EAST RIDGE DR, PINEVILLE, LA 71360

10925  JOHNSON, MELVIN, PO BOX 566, MANDAREE, ND 58757

10925  JOHNSON, MERCY, 376 S ST AUGSTINE DR, DALLAS, TX 75217-7403

10925  JOHNSON, MICHAEL, 12005 224TH AVE, BRISTOL, WI 53104

10925  JOHNSON, MICHAEL, 134 ZIFFUL LANE, HOUMA, LA 70364

10925  JOHNSON, MICHAEL, 2105 MARKET ST., MIDLAND, TX 79703

10925  JOHNSON, MICHAEL, 2425 HOPECREST DR., CHAROLTTE, NC 28210

10925  JOHNSON, MICHAEL, 3926 MEADOW WOOD DRIVET, EAU CLAIRE, WI 54701

10925  JOHNSON, MICHAEL, 446 BELGLADE RD, GROVETOWN, GA 30830

10925  JOHNSON, MICHAEL, 6 BAILEY ST, GREENVILLE, SC 29609

10925  JOHNSON, MICHAEL, 8810 OLDEN AVE, OVERLAND, MO 63114

10925  JOHNSON, MICHAEL, 9419 YOLANDA AVE., NORTHRIDGE, CA 91324

10925  JOHNSON, MICHELLE, 3731 QUILL DR #1, MEMPHIS, TN 38116

10925  JOHNSON, MICKITIA, 8A OLD SALUDA DAM RD, GREENVILLE, SC 29611

10925  JOHNSON, MILFORD, 1647 UNIVERSITY DR, LAWRENCE, KS 66044

10925  JOHNSON, MONNIE, 6453 BLACHLEYVILLE RD, WOOSTER, OH 44691

10925  JOHNSON, MONTERRIA, 12039 PREST, DETROIT, MI 48227

10925  JOHNSON, MURRY, 1051 WEST SHANKMAN CIRCLE, MEMPHIS, TN 38108

10925  JOHNSON, MYRA, 2313 REMOUNT RD., CHARLOTTE, NC 28208

10925  JOHNSON, NANCY M, 615 SUNDALE DR., LAKE CHARLES, LA 70607

10925  JOHNSON, NANCY, 615 SUNDALE DRIVE, LAKE CHARLES, LA 70607

10925  JOHNSON, NATHAN, 855 ROSS AVE, BARTOW, FL 33830-3543

10925  JOHNSON, NOBLE, 2526 SHIRLEY AVE, BALTIMORE, MD 21215

10925  JOHNSON, NORMAN, BOX 5720 MYRTLE GROVE RD, WILMINGTON, NC 28409

10925  JOHNSON, OCTAVIA, 6955 STEWART RD, COVINGTON, GA 30209

10925  JOHNSON, ODELL, 1347 W. 97TH PLACE, CHICAGO, IL 60643

10925  JOHNSON, OKEL, 418 ARBOR DR, GLEN BURNIE, MD 21061

10925  JOHNSON, OLIVIA, PO BOX 178, REIDVILLE, SC 29375-0178

10925  JOHNSON, OLLIE, 1776 BPTECJP DR #323, WALNUT CREEK, CA 94596

10925  JOHNSON, ORLANDO, 1221 LINWORTH AVE, BALTIMORE, MD 21239

10925  JOHNSON, ORVILLE, PO BOX 801, LIBBY, MT 59923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JOHNSON, P, 1810 JUANITA AVE, FORT PIERCE, FL 34946

10925    JOHNSON, PAMELA, 4442 N 22ND ST, MILWAUKEE, WI 53209

10925    JOHNSON, PAMELA, 510 43RD ST SE, CHARLESTON, WV 25304

10925    JOHNSON, PATRICIA L., 2917 RAYSHIRE RD, BALTIMORE, MD 21230

10925    JOHNSON, PATRICIA, 10922 MILBURN ST., FAIRFAX, VA 22030

10925    JOHNSON, PATRICIA, 2608 GREYFRIAR COURT, INDIANAPOLIS, IN 46220

10925    JOHNSON, PATRICIA, 5014 LAKE MITCHELL, SAN ANTONIO, TX 78223

10925    JOHNSON, PATRICK, RT. 1, BOX 138, BELLE ROSE, LA 70341

10925    JOHNSON, PATRICK, RT. 2, BOX 121-B, NAPOLEONVILLE, LA 70390

10925    JOHNSON, PAUL, 1810 JUANITA AVE, FORT PIERCE, FL 34946

10925    JOHNSON, PAUL, 1810 JUANITA AVE., FT. PIERCE, FL 34946

10925    JOHNSON, PAUL, 7019 CROWDER BLVD, NEW ORLEANS, LA 70127

10925    JOHNSON, PAUL, W10180 TIPPERARY ROAD, POYNETTE, WI 53955

10925    JOHNSON, PAULA, 4024 N BARROW DR, BATON ROUGE, LA 70882

10925    JOHNSON, PAULETTE, 223 CALDWELL CR, WOODRUFF, SC 29388

10925    JOHNSON, PAULINE, 33 PHILIPS ST., ARLINGTON, MA 02174

10925    JOHNSON, PEGGY, PO BOX 847, GARYSBURG, NC 27831

10925    JOHNSON, PHILIP, 4895 HUNT FIELD DR, DOYLESTOWN, PA 18901

10925    JOHNSON, PHILLIP, 1502 E BENDER #49, HOBBS, NM 88240

10925    JOHNSON, PHILLIP, 1627 DOGWOOD LANE, ACWORTH, GA 30102

10925    JOHNSON, PRISCILLA, 2101 VALLEY ROAD, CHESTER, VA 23831

10925    JOHNSON, RALPH, 2614 E. PRESTON ST, BALTIMORE, MD 21213

10925    JOHNSON, RAMONA, 13141 PAXTON ST, PACOIMA, CA 91331

10925    JOHNSON, RANDALL, 174 RIDGEWOOD DRIVE, INMAN, SC 29349

10925    JOHNSON, RAYMOND, 201 W. VINEYARD AVE.#252, OXNARD, CA 93030

10925    JOHNSON, RAYMOND, 2425 OLD HWY 60, MULBERRY, FL 33860-9277

10925    JOHNSON, REBECCA, 4201 TWIN PINE DRIVE NE, CEDAR RAPIDS, IA 52402

10925    JOHNSON, REGINA, 605 LEISURE LANE, FRIENDSWOOD, TX 77546

10925    JOHNSON, REGINA, RT.1 BOX 92C, LORANGER, LA 70446

10925    JOHNSON, RENEE, 2516 APPLEWOOD LANE, CHESAPEAKE, VA 23324

10925    JOHNSON, RENEE, 8519 JASPER AVE, JAX, FL 32211

10925    JOHNSON, RENEE, PO BOX 201, MAMOU, LA 70554

10925    JOHNSON, RICHARD, 3193 HEIDENREICH RD., LYONS, NY 14489

10925    JOHNSON, RICHARD, 404 CENTER ST , BOX 112, STANTON, IA 51573

10925    JOHNSON, RICHARD, 873 ORIOLE CT., S.E., WINTER HAVEN, FL 33884

10925    JOHNSON, RICKEY, 112 MONIQUE LN, WOODRUFF, SC 29388

10925    JOHNSON, RITA, 274 N. MAIN ST, MIDDLETON, MA 01949

10925    JOHNSON, RITA, 5930 NASSAU RD, PHILADELPHIA, PA 19151

10925    JOHNSON, ROBERT BLANDING, PO BOX 6989, COLUMBIA, SC 29260-6989

10925    JOHNSON, ROBERT, 106 BISHOP AVE, AUBURNDALE, FL 33823

10925    JOHNSON, ROBERT, 10666 HURST ST, CORPUS CHRISTI, TX 78410

10925    JOHNSON, ROBERT, 204 ZILLERE DRIVE, DESTREHAN, LA 70047

10925    JOHNSON, ROBERT, 23845 N FOREST DRIVE, LAKE ZURICH, IL 60047

10925    JOHNSON, ROBERT, 2516 W BALTIMORE ST, BALTIMORE, MD 21223

10925    JOHNSON, ROBERT, 26 SHERMAN ST, CAMBRIDGE, MA 02138

10925    JOHNSON, ROBERT, 5645 MILMAR DR NORTH, JACKSONVILLE, FL 32207

10925    JOHNSON, ROBERT, 7945 RIVER ROCK WAY, BALTIMORE, MD 21226

10925    JOHNSON, ROBERTA, 22 PLEASANT ST, MERRIMAC, MA 01860

10925    JOHNSON, ROBIN, 317 RED ROAN PL, CHARLOTTE, NC 28215

10925    JOHNSON, ROBIN, PO BOX 247, SILOAM, GA 30605

10925    JOHNSON, RODNEY, RT 1, BOX 490, HOWE, OK 74940

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNSON, ROGER, 406 1/2 EWART AVE, BECKLEY, WV 25801

10925   JOHNSON, ROGER, PO BOX 934, HAZARD, KY 41702

10925   JOHNSON, RONALD, 1210 MERLYN ST, LAKELAND, FL 33813

10925   JOHNSON, RONALD, 27 WEST CEDAR DRIVE, COLUMBUS, NE 68601

10925   JOHNSON, RONALD, 400 W 43ST #43B, NEW YORK, NY 10036

10925   JOHNSON, RONALD, 504 RIVER HILLS CT., MANKATO, MN 56001

10925   JOHNSON, RONNIE, 5527 MARCUS ST, HOUSTON, TX 77026

10925   JOHNSON, ROSALIND, 6400 FRANWOOD TERRACE, FORT WORTH, TX 76112

10925   JOHNSON, ROSE, 2 KIMBALL COURT #413, WOBURN, MA 01801-1536

10925   JOHNSON, ROSEMARY, 4002 FAIRVIEW AVE, BALTIMORE, MD 21216

10925   JOHNSON, ROSENIA, 302 MARYLAND AVE, PATERSON, NJ 07503

10925   JOHNSON, ROY, 1712 LOGAN DRIVE, COLUMBIA, TN 38401-9477

10925   JOHNSON, ROY, 36 STANLEY STONE ESTATE, HENRICO, NC 27842

10925   JOHNSON, ROY, 618 RALSTON, CORPUS CHRISTI, TX 78404

10925   JOHNSON, ROY, PO BOX 335, OZARK, AR 72949-0335

10925   JOHNSON, RUBY, 2242 WOODLEY SQ, MONTGOMERY, AL 36116

10925   JOHNSON, RUBY, 6645 VEGA, FORT WORTH, TX 76133

10925   JOHNSON, RUSSELL, 1605 LILAC LANE, WICHITA FALLS, TX 76304

10925   JOHNSON, S, 1896 JENNINGS ST, CHARLOTTE, NC 28216

10925   JOHNSON, SADIBRA, 245 E TRINITY, DECATUR, GA 30030

10925   JOHNSON, SAMMY, PO BOX 337, WINSTON, GA 30187

10925   JOHNSON, SANDRA, 215 CLARENCE CIRCLE, MOORE, SC 29369

10925   JOHNSON, SANDRA, 222 E 6TH, IDALOU, TX 79329

10925   JOHNSON, SCOTT, 111 MEADOWBROOK DR, SENECA, SC 29678

10925   JOHNSON, SCOTT, 6114 LAKE END RD, RIVERDALE, GA 30296

10925   JOHNSON, SEANETTE, 4468 BUXWAY, MEMPHIS, TN 38118

10925   JOHNSON, SHARON, 3209 DEVONSHIRE RD., WALDORF, MD 20601

10925   JOHNSON, SHARON, 506 N VICTORIA, IOWA PARK, TX 76367

10925   JOHNSON, SHEILA, 115 KNOLL CREEK DR, SIMPSONVILLE, SC 29681

10925   JOHNSON, SHEILA, 2956 S. FOLTZ ST, INDIANAPOLIS, IN 46241

10925   JOHNSON, SHIRLEY, W 8748 PINE HOLLOW ROAD, POYNETTE, WI 53955

10925   JOHNSON, SIMMERMAN & BROUGHTON, LC, SUITE 210, GOFF BLDG, CLARKSBURG, WV 26302-0150

10925   JOHNSON, SIMMERMAN & BROUGHTON, SUITE 210, GOFF BLDG, CLARKSBURG, WV 26302-0150

10925   JOHNSON, SIOBHAN, 9214 HORSESHOE CR, FORT MILL, SC 29715

10925   JOHNSON, STACEY, 1103 CLYDE, AMARILLO, TX 79106

10925   JOHNSON, STAN, E9210 LYONS ROAD, NEW LONDON, WI 54961

10925   JOHNSON, STEPHANIE, 1018 HESS ROAD, CONCORD, NC 28025

10925   JOHNSON, STEPHANIE, 308 S.WHITING ST #P1, ALEXANDRIA, VA 22304

10925   JOHNSON, STEPHEN, 118 KAY DR, SIMPSONVILLE, SC 29681

10925   JOHNSON, STEPHEN, 2432 BRCKMN-MCCLIMN RD, GREER, SC 29651

10925   JOHNSON, STEPHEN, 7474 CORONADO #168 #2063, DALLAS, TX 75214

10925   JOHNSON, STEVE, 4715 N BLACK CANYON, PHOENIX, AZ 85015

10925   JOHNSON, STEVEN, 1250 BREWSTER ST, ARBUTUS, MD 21227

10925   JOHNSON, SUSAN, 7583 ELWOOD RD, SUFFOLK, VA 23437

10925   JOHNSON, SUYEN, 6031 OXFORD ST., PHILADELPHIA, PA 19151

10925   JOHNSON, SUZAN, 7748 EXETER LANE, COLUMBIA, SC 29223

10925   JOHNSON, SUZANNE, 114 JOHNSON ST, DUNCAN, SC 29334

10925   JOHNSON, SYLVIA, 128 MORTELLO ST, MOORE, SC 29369

10925   JOHNSON, T, BOLIVAR, 109 VALE ROAD, TN 38008

10925   JOHNSON, TATONIA, 7811 COLEBROOK, DALLAS, TX 75227

10925   JOHNSON, TEANDRA, 900 CHARLOTTE 14A, AMARILLO, TX 79107

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JOHNSON, TEAONDRA, 1448 COLUMBIA DR, DECATUR, GA 30032 | |
| 10925 | JOHNSON, TED, 1985 CANTWELL GROVE, COLORADO SPRINGS, CO 80906 | |
| 10925 | JOHNSON, TERA, 1270 GOWAN RD, INMAN, SC 29349 | |
| 10925 | JOHNSON, TERRY JO, 3201 175TH CT NE, REDMOND, WA 98052-5731 | |
| 10925 | JOHNSON, TERRY, BOX 106A, KENMARE, ND 58746 | |
| 10925 | JOHNSON, THEODORE, 208 CHERRY LANE, MOMENCE, IL 60954 | |
| 10925 | JOHNSON, THOMAS, 1417 SADLER RD, FERNANDINA BCH, FL 32034 | |
| 10925 | JOHNSON, THOMAS, 629 SAWMILL ROAD, GRAY COURT, SC 29645 | |
| 10925 | JOHNSON, THOMAS, 7342 STERLING RD, HIXSON, TN 37343 | |
| 10925 | JOHNSON, THURMAN, PO BOX 238, MOORE, SC 29369 | |
| 10925 | JOHNSON, TIMOTHY, 113 BOOKER ST, WARNER ROBINS, GA 31093 | |
| 10925 | JOHNSON, TIMOTHY, 2966 FRANCIS, KANSAS CITY, KS 66103 | |
| 10925 | JOHNSON, TOMMY, 1329 SUNSET, IOWA PARK, TX 76367 | |
| 10925 | JOHNSON, TONYA, 2021 N ELMWOOD #103, WICHITA FALLS, TX 76308 | |
| 10925 | JOHNSON, TRACI, 4747A MC MILLIAN, ST LOUIS, MO 63108 | |
| 10925 | JOHNSON, TRACY, 6140 WEST BYRON, CHICAGO, IL 60634 | |
| 10925 | JOHNSON, TRICIA, 732 OHIO RIVER BLVD., SEWICKLEY, PA 15143 | |
| 10925 | JOHNSON, VALERIE, 417 WHITNEY CHASE, STONE MOUNTAIN, GA 30088 | |
| 10925 | JOHNSON, VANEKER, 230 SW 178 WAY, PEMBROKE PINES, FL 33029 | |
| 10925 | JOHNSON, VANESSA, 7424 E.SPEEDWAY, TUCSON, AZ 85710 | |
| 10925 | JOHNSON, VANESSA, 8607 E. 109TH ST, KANSAS CITY, MO 64134 | |
| 10925 | JOHNSON, VERNON, 1375 HWY 418 EAST, FOUNTAIN INN, SC 29644 | |
| 10925 | JOHNSON, VICTORIA, 412 E 120TH ST 2ND FL, NEW YORK, NY 10035 | |
| 10925 | JOHNSON, VIRGINIA, 1118 SCALEYBARK ROAD, 217C, CHARLOTTE, NC 28209 | |
| 10925 | JOHNSON, WADIE, 1817 JOHNSON, OZARK, AR 72949 | |
| 10925 | JOHNSON, WALLACE H, 105 CLAREMONT DRIVE, NAPERVILLE, IL 60540 | |
| 10925 | JOHNSON, WALLACE, 105 CLAREMONT DR, NAPERVILLE, IL 60540 | |
| 10925 | JOHNSON, WALTER, 505 RILEY RD, EASLEY, SC 29642 | |
| 10925 | JOHNSON, WALTER, 5636 BELLEFONTANE, KANSAS CITY, MO 64130 | |
| 10925 | JOHNSON, WANDA, 14315 LINDA LANE, MABLEVALE, AR 72103 | |
| 10925 | JOHNSON, WANDA, HC01 BOX 219, PLAINVIEW, TX 79072-9998 | |
| 10925 | JOHNSON, WENDY, 23496 GEOFFREY, OAK PARK, MI 48237 | |
| 10925 | JOHNSON, WILLARD, 1512 11TH AVE WEST, WILLISTON, ND 55801-3833 | |
| 10925 | JOHNSON, WILLIAM, 112 ROCKMULL, PEACHTREE, GA 30269 | |
| 10925 | JOHNSON, WILLIAM, 220 SHALLOWSTONE RD, GREER, SC 29650 | |
| 10925 | JOHNSON, WILLIAM, 25106 MERIWEATHER RD, LEESBURG, FL 34748 | |
| 10925 | JOHNSON, WILLIAM, 60 HEATH LANE, AUBURN, ME 04210 | |
| 10925 | JOHNSON, WILLIAM, PO BOX 21566, HILT. HD ISLAND, SC 29925 | |
| 10925 | JOHNSON, WILLIAM, RT 1 BOX 1250, LAURENS, SC 29360 | |
| 10925 | JOHNSON, WILLIE, 4032 W. 129TH ST., HAWTHORNE, CA 90250 | |
| 10925 | JOHNSON, WILLIE, PO BOX 124, GRAY COURT, SC 29645 | |
| 10925 | JOHNSON, WILMA, 1031 ARNOLD AVE, RARITAN, NJ 08869 | |
| 10925 | JOHNSON, WIRT, 4645 HARCOURT RD, BALTIMORE, MD 21214 | |
| 10925 | JOHNSON, YVETTE, 1566 CRUCIBLE ST. APT 207, PITTSBURGH, PA 15205 | |
| 10924 | JOHNSON-ARCHIBALD INSULATION CO INC, 10 STRADA DRIVE  UNIT 14, WOODBRIDGE, ON L4L 5W1TORONTO | *VIA Deutsche Post* |
| 10925 | JOHNSONBAUGH, SYDNEE, 392 NEWPORT AVE, VENTURA, CA 93003 | |
| 10925 | JOHNSON-HOLTE, DARLENE, 316 SEVENTH ST, STOUGHTON, WI 53589 | |
| 10925 | JOHNSON-HURST, HELEN, 1992 S 2ND EAST, SALT LAKE CITY, UT 84115 | |
| 10925 | JOHNSON-HYATT, SHARON, 12460 SW 143RD LANE, MIAMI, FL 33186 | |
| 10925 | JOHNSONS CRANE SERVICE INC., 11708 OLD BALTIMORE PIKE, BELTSVILLE, MD 20705-1212 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNSONS MOBILE SPRAY WASH, 503 SOUTH THIRD ST, WATSEKA, IL 60970

10925   JOHNSONS OFFICE FURNITURE INC., PO BOX 669, LONDONDERRY, NH 03053

10924   JOHNSON'S READY MIX, 230 HEBER SPRINGS ROAD W., HEBER SPRINGS, AR 72543

10924   JOHNSON'S READY MIX, PO BOX206, HEBER SPRINGS, AR 72543

10925   JOHNSTON BOILER CO., 300 PINE ST, FERRYSBURG, MI 49409

10925   JOHNSTON BOILER CO., PO BOX 300, FERRYSBURG, MI 49409-0300

10925   JOHNSTON INC, POBOX 580, INDIAN TRAIL, NC 28079

10924   JOHNSTON MEMORIAL HOSPITAL, HIGHWAY 301 NORTH, SMITHFIELD, NC 27577

10925   JOHNSTON REPORTING SERVICE, 1114 BAYLAND AVE, HOUSTON, TX 77009-6509

10925   JOHNSTON, ANGELA, 5203 S. TRAVIS, AMARILLO, TX 79110

10925   JOHNSTON, BARRINGTON, 1705 NW 80TH AVE, MARGATE, FL 33063

10925   JOHNSTON, BRADLEY, 17216 N. 33RD AVE, PHOENIX, AZ 85021

10925   JOHNSTON, CAROL, RR 2, ST ANNE, IL 60964

10925   JOHNSTON, CHARLES, RT 3 BOX 863, ROANOKE RAPIDS, NC 27870

10925   JOHNSTON, DAVID R, 1412 RUSTLING OAKS DR, BRANDON, FL 33510

10925   JOHNSTON, DAVID, 1412 RUSTLING OAKS DRIVE, BRANDON, FL 33510

10925   JOHNSTON, DIANA, 124 CONVAIR DRIVE, SPARTANBURG, SC 29301

10925   JOHNSTON, DONALD, BOX 1961, FARMINGTON, NM 87499

10925   JOHNSTON, DUDLEY, 2286 LANCASHIRE COVE, GERMANTOWN, TN 38138

10925   JOHNSTON, ELIZABETH, 47 SPRINGTREE LANE, S. BERWICK, ME 03908

10925   JOHNSTON, HAROLD, 3712 PLACID PLACE W, OWENSBORO, KY 42303

10925   JOHNSTON, HOWARD, 88 W TIGOA ST, TUNKHANNOCK, PA 18657

10925   JOHNSTON, JAMES A, 1304 WEST GARDEN ST, PENSACOLA, FL 32501

10925   JOHNSTON, JAMES S, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925   JOHNSTON, JAMES, 2248 THAMES LANE, MONTGOMERY, AL 36106

10925   JOHNSTON, JAMES, 605 NOLBERRY DRIVE, GLEN BURNIE, MD 21061

10925   JOHNSTON, JAMES, 6521 NORTH CHICORA, CHICAGO, IL 60646

10925   JOHNSTON, JEAN, 2563 SADLER TRAIL, WOODBINE, GA 31509

10925   JOHNSTON, KATHLEEN, 10229 NEW FOREST CT., ELLICOTT CITY, MD 21043

10925   JOHNSTON, LENNEY, 4717 MATTERHORN, WICHITA FALLS, TX 76310

10925   JOHNSTON, MARY, RT 1, MOMENCE, IL 60954

10925   JOHNSTON, MICHAEL, 12 REGAL DRIVE, NASHUA, NH 03063

10925   JOHNSTON, PAMELA, 330 WATER ST LOT 11 BOX 373, SHREVE, OH 44676

10925   JOHNSTON, RAMONA, 1997 S. SEMORAN BLVD#A, ORLANDO, FL 32822

10925   JOHNSTON, REBECCA, 3905 AVANT, DALLAS, TX 75215

10925   JOHNSTON, RICKIE, 2806 GREENBRIER, DICKINSON, TX 77539

10925   JOHNSTON, SAMUEL, 1009 MOORE ROAD, GREENVILLE, SC 29615

10925   JOHNSTON, SHEILA, 4688 W. LEONESIO DRIVE, SPARKS, NV 89431

10925   JOHNSTON, STEPHEN, 220 MONARCH DRIVE, HOUMA, LA 70360

10925   JOHNSTON, STEVEN D, 1170 EAGON INDUSTRIAL ROAD, EAGAN, MN 55121

10925   JOHNSTON, STEVEN, 23400 145TH AVE, WELCH, MN 55089

10925   JOHNSTON, STEVEN, 23400 145TH AVE., WELCH, MN 55089

10925   JOHNSTON, WILLIAM, 25 SEQUOIA, CASPER, WY 82604

10925   JOHNSTON, WILSTON, 165B BROADMEADOW RD, 6, MARLBORO, MA 01752

10925   JOHNSTONE MACHINERY MOVERS INC, 13006 ECKEL JUNCTION ROAD, PERRYSBURG, OH 43551

10925   JOHNSTONE MACHINERY MOVERS INC, 5050 N. DETROIT AVE, TOLEDO, OH 43612

10925   JOHNSTONE SUPPLY, 2450 BROCKTON, SAN ANTONIO, TX 78217-4920

10925   JOHNSTONE SUPPLY, 35 INDUSTRIAL PKWY, WOBURN, MA 01801

10925   JOHNSTONE, CHERYL, 2340 MAPLE TURN RD, MARTINSVILLE, IN 46157

10925   JOHNSTONE, DAVID, 1626 RICHMOND AVE, TRENTON, NJ 08619

10925   JOHNSTONE, DONALD, 21 STEEPLECHASE LANE, CANTON, MA 02021

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOHNSTOWN CORPORATION, PO BOX 641641, PITTSBURGH, PA 15264-1641

10925   JOHSON OIL COMPANY, 502 SOUTH OTSEGO, GAYLORD, MI 49735

10925   JOINER, MICHELLE, 535 INDIAN TRAIL, TAYLORS, SC 29687

10925   JOINER, R, PO BOX 664, LORANGER, LA 70446

10925   JOINER, RON, 605 MARK DRIVE, DEL CITY, OK 73115

10925   JOINES, STEPHANIE, 1301 S SCOTT ST APT 826, ARLINGTON, VA 22204

10925   JOINT ACTIVITY FUND, 525 THIRD ST, ITHACA, NY 14850

10924   JOINT STARS, GA HWY 247 & 47 EAST PERIMETER, GATE 1 MAIN ENTRANCE, ROBINS AIR FORCE BASE, GA 31098

10924   JOINTA GALUSHA, LLC, 1295 PATTENS MILLS ROAD, FORT ANN, NY 12827

10924   JOINTA GALUSHA, LLC, 209 REAR WARREN STREET, GLENS FALLS, NY 12801

10925   JOJOLA, JAMIE, 10 HEALDSBURG AVE, HEALDSBURG, CA 95448

10925   JOJOLA, MACHAEL, 5150 GRAVENSTEIN, SEBASTOPOL, CA 95472

10925   JO-KELL INC, 1011 WEST 25TH ST, NORFOLK, VA 23517

10925   JOLE CARLINER, 18 THOMPSON ST 4, NEW YORK, NY 10013-1676

10925   JOLET, RANDY, PO BOX 9303, NEW IBERIA, LA 70560

10925   JOLEY, CHARLES, 8 EAST WASHINGTON ST, BELLEVILLE, IL 62220

10925   JOLIET JUNIOR COLLEGE, 1215 HOUBOLT AVE, JOLIET, IL 60431

10925   JOLIET VALVE COMPANIES, PO BOX 400, MINOOKA, IL 60447-0400

10925   JOLIET VALVE COMPANIES-M, PO BOX 400, MINOOKA, IL 60447-0400

10925   JOLIET VALVE COMPANIES-ST, PO BOX 400, MINOOKA, IL 60447-0400

10925   JOLIET VALVES, INC, PO BOX 400, MINOOKA, IL 60447

10924   JOLLEY BLOCK, 42 JUNIOR AVE, DANIELSON, CT 06239

10924   JOLLEY CONCRETE & BLOCK, 42 JUNIOR AVENUE, DANIELSON, CT 06239

10924   JOLLEY CONCRETE & BLOCK, RTE #12, DANIELSON, CT 06239

10925   JOLLEY D. WAITE, 712 CEDAR COURT, LIVINGSTON, CA 95334

10924   JOLLEY PRECAST INC., RT. 12 SOUTH, 463 PUTNAM RD., DANIELSON, CT 06239

10924   JOLLEY PRECAST,INC., 463 PUTNAM RD, DANIELSON, CT 06239

10924   JOLLEY WAITE, 712 CEDAR COURT, LIVINGSTON, CA 95334

10925   JOLLEY, AMANDA, 1423 ASHLEY RIVER RD, 1B, CHARLESTON, SC 29407

10925   JOLLEY, CHARLES, 14117 W 61ST ST, SHAWNEE, KS 66216

10925   JOLLEY, JAMES, 2079 EDWARD LAKE RD, GREER, SC 29651

10925   JOLLEY, L, 216 CREPE MYRTLE CT, GREENVILLE, SC 29607

10925   JOLLEY, MONICA, 1223 HWY 11 E, CHESNEE, SC 29323

10925   JOLLIFF, TRAVIS, 3003 N. HILL, AMARILLO, TX 79107

10925   JOLLY, BRENDA, 1606 WAGON WHEEL, IOWA PARK, TX 76367

10925   JOLLY, CARLEE, 605 BROOKWOOD RD., WAYNE, PA 19087

10925   JOLLY, KATHIE, 6510 DAVID JAMES BLVD, SPARKS,, NV 89431

10925   JOLLY, MARK, 18 BALSAM RD, NORTON, MA 02766

10925   JOLLY, MICHAEL, 100 FRENCH ST, STOUGHTON, MA 02072

10925   JOLLY, RAYMOND, 68 FAIRFIELD AVE., LAWRENCEVILLE, NJ 08648

10925   JOLLY, TAMERA, 2430 HAIDA COURT, RENO, NV 89506

10925   JOLYNE POLLARD, GORDON & REES, 300 S GRAND AVE 20TH FLR, LOS ANGELES, CA 90071

10925   JOMAC INC, 7525 N OAK PARK AVE, NILES, IL 60714-3819

10925   JOMAC, 1108 N 500 W US 30, WARSAW, IN 46580-6527

10925   JO-MARS FLORIST, 125 NORTH POINSETT HWY, TRAVELERS REST, SC 29690

10925   JOMINI, JEAN-PHILIPPE, 21013 COUNTRY CREEK DR, BOCA RATON, FL 33428

10925   JOMINI, JEAN-PHILIPPE, 5410 NORTHWEST 3RD TERRACE, BOCA RATON, FL 33487

10925   JON A PLUTO, 2006 6TH AVE SW, AUSTIN, MN 55912-1525

10925   JON D SCHIELTZ, 7535 SW 102ND AVE, BEAVERTON, OR 97008-6517

10925   JON E LOEWER, 4816 OVERLAND DR, POWDER SPRINGS, GA 30073

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JON F LILIENFELD, 110 ZOLLAR DR, PHOENIXVILLE, PA 19460-1922

10925    JON H KEENE &, LOANN C KEENE JT TEN, 242 BRIGANTINE CIR, NORWELL, MA 02061-2810

10925    JON J KING, 8240 HUNTERS GROVE RD, JACKSONVILLE, FL 32256-7205

10925    JON L BAKER &, MARGUERITE C BAKER JT TEN, 1267 ARAPAHO CT, NAPERVILLE, IL 60540-0919

10924    JON L HERBERLING, ESQ, MCGARVEY, HEBERLING SULLIVAN, 745 SOUTH MAIN, KALISPELL, MT 59901

10925    JON M IGLEHART, 10971 HEREFORD DR, FORT MYERS, FL 33905-6717

10925    JONAS SENTER, 910 FIFTH AVE APT 14A, NEW YORK, NY 10021-4155

10925    JONATHAN ABBEY, 212 EAST 39TH ST, NEW YORK, NY 10016-0918

10925    JONATHAN B SISSON, 19 BARNA RD, BOSTON, MA 02124-4713

10925    JONATHAN CHARLES GABRIEL RICE, CUST DAVID KEN HARRY RICE UNDER, THE KS UNIF TRANSFERS TO MINORS, ACT, 2 HADDEN RD, SCARSDALE, NY 10583-3304

10925    JONATHAN CHARLES GABRIEL RICE, CUST GABRIELLE JACQUELINE LEE, RICE UNDER THE KS UNIF TRANSFERS, TO MINORS ACT, 2 HADDEN RD, SCARSDALE, NY 10583-3304

10925    JONATHAN D FRALEY, 125 SHORELAKE DR, APT C, GREENSBORO, NC 27455-1473

10925    JONATHAN E SQUIRE, 3675 TREEHAVEN BND, OWENSBORO, KY 42303-1785

10925    JONATHAN E WAHL, 912 SOUTH RICHMOND AVE, TULSA, OK 74112-4126

10925    JONATHAN H WEIGLE, 249 HILLCREST AVE, DAVENPORT, IA 52803-3631

10925    JONATHAN L SCHAEFER, 26 TIFFANY CIRCLE, BARRINGTON, RI 02806-2935

10925    JONATHAN NOLAN PETTY CASH AGENT, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    JONATHAN NOVIN, 28 WEBB ST, MIDDLETON, MA 01949-1707

10925    JONATHAN R DE MALLIE, 112 OAK LAND ST, PARK RIDGE, NJ 07656-2118

10925    JONATHAN S FRANK &, SUSAN F RIPPY-FRANK JT TEN, 7310 VERSAILLES LANE, CHARLOTTE, NC 28277-5549

10925    JONATHAN SWEAT, 1503 EAST NORTHSIDE DR, JACKSON, MS 39211-5608

10925    JONATHAN YOUNG, WILDMAN, HARROLD, ALLEN & DIXN, 225 W WACKER DR 30TH FL, CHICAGO, IL 60606-1229

10924    JONES & BALL, 727 N KING ST, HAMPTON, VA 23669

10925    JONES & CLEARY ROOFING CO, INC, 6838 S. CHICAGO AVE., CHICAGO, IL 60637

10925    JONES & KELLER PC, 1625 BROADWAY SUITE 1600, DENVER, CO 80202

10925    JONES & NEUSE INC, PO BOX 7818, MADISON, WI 53707-7818

10924    JONES & SONS, 1300 SOUTH 6TH STREET, VINCENNES, IN 47591

10924    JONES BEACH THEATER, MEADOWBROOK PARKWAY, WANTAGH, NY 11793

10924    JONES BLAIR PAINT CO.- DO NOT USE, PO BOX 1257, CHATTANOOGA, TN 37402

10924    JONES BLAIR PAINT CO., 801 RIVERFRONT PKWY, CHATTANOOGA, TN 37402

10924    JONES BLAIR PAINT CO., INC., PO BOX 35286, DALLAS, TX 75235

10924    JONES BLAIR PAINT CO., PO BOX 1257, CHATTANOOGA, TN 37402

10924    JONES BLAIR PAINT CO.,INC., 2728 EMPIRE CENTRAL, DALLAS, TX 75235

10925    JONES BOB UNIVERSITY, LEATHERWOOD WALKER TODD & MANN PC D, PO BOX 87, GREENVILLE, SC 29602-0087

10925    JONES DAY REAVIS & POGUE, BEN FRANKLIN STATION, WASHINGTON, DC 20044

10925    JONES DAY REAVIS & POGUE, CYNTHIA D DRISCOLL, 500 GRANT ST, SUITE 3100, PITTSBURGH, PA 15219

10924    JONES EYE CLINIC, LITTLE ROCK, AR 72200

10925    JONES FRITZ & SHEEHAN, 210 SOUTH ST, BOSTON, MA 02111

10925    JONES II, FREDDIE, PO BOX 271, WINDSOR, SC 29856

10925    JONES II, JAMES, RT 2 BOX 409, ROANOKE RAPIDS, NC 27870

10924    JONES INVESTMENT CO, *MARKED FOR DELETION PER LORI RILEY, DBNA SANDHILLS REDI-MIX, LAURINBURG, NC 28353

10924    JONES INVESTMENTS INC, RAEFORD, NC 28376

10925    JONES JAIN, THOMAS F MYERS, 1110 VERMONT AVE NW, SUITE 1150, WASHINGTON, DC 20005

10925    JONES JR, CLIFFORD, 3716 REDAN ROAD DECATUR GA 30032, DECATUR, GA 30032

10925    JONES JR, DONALD R, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JONES JR, ERNON C, 67 HICKORY DR, WEST POINT, AR 39773-3948

10925   JONES JR, ERNON, 67 HICKORY DR, WEST POINT, AR 39773-3948

10925   JONES JR, JOHN H, EXEC OF EST, JOHN H JONES SR, 1141 GRIMESVILLE RD, WILLIAMSPORT, PA 17701-8564

10925   JONES JR, ROBERT, 25 LEWIS ST, READING, MA 01867

10925   JONES JR, SAM, 1032 S W 54TH, OKLAHOMA CITY, OK 73109

10925   JONES JR, THOMAS, 73 HASTINGS ST, FRAMINGHAM, MA 01701

10925   JONES JR, WILLIAM T, 27 SUNSET RD, MELROSE, MA 02176-2033

10925   JONES JR., CHARLES, 3801 ANNAPOLIS RD, BALTIMORE, MD 21227

10925   JONES JR., DOUGLAS, 3032 CLARKSON DR., ABINGDON, MD 21009

10925   JONES JR., ROBERT, 3018 VIRGINIA AVE, BALTIMORE, MD 21227

10925   JONES JT TEN, JEANNIE J & EMMETT, 1727 SHORELINE DR, MISSOURI CITY, TX 77459-1681

10925   JONES JT TEN, JOHN BARR & NELL F, 9921 DELLWOOD AVE, COLUMBIA, MD 21046-1023

10925   JONES JT TEN, JOHN H & FAYE B, 4872 VALLEY VIEW CT NE, ATLANTA, GA 30338-4836

10925   JONES JT TEN, PEDER E & NANCY B, 1548 12TH AVE, SAN FRANCISCO, CA 94122-3504

10924   JONES LAG LASALE / 1 BOSTON, ONE BOSTON PLACE LEVEL #4, BOSTON, MA 02108

10924   JONES LANG LASALLE, CARL BRECHLIN, 10 STATE HOUSE SQ STE 1000, HARTFORD, CT 06103

10924   JONES LUMBER CO INC, 10711 SO. ALAMEDA ST, LYNWOOD, CA 90262

10924   JONES LUMBER, 10711 S. ALAMEDA ST., LYNWOOD, CA 90262

10925   JONES NETWORKING ASSOC., 100 N. CHARLES ST., STE. 620, BALTIMORE, MD 21201-3808

10925   JONES NETWORKING ASSOC., 16 S FREDERICK ST #2, BALTIMORE, MD 21201-4032

10924   JONES READY MIX, 181 POLK ROAD #43, MENA, AR 71953

10924   JONES READY MIX, 181 POLK ROAD 43, MENA, AR 71953

10924   JONES READY MIX, FAIR GROUNDS RD, MENA, AR 71953

10924   JONES READY MIX, INC., 143 DEER LANE, LAFAYETTE, TN 37083

10925   JONES SR, FLOYD W, 40 GREEN ST, SENECA FALLS, NY 13148-2121

10925   JONES SR, TIMOTHY W, 3141 RIDGE RD., LAKE CHARLES, LA 70605

10924   JONES STARR INC., 10750 IRMA DR. #21, NORTHGLENN, CO 80233

10924   JONES STARR, 10750 IRMA DR. #21, NORTHGLENN, CO 80233

10924   JONES STARR/24 HRS FITNESS, 11798 OSWEGO ST., ENGLEWOOD, CO 80112

10924   JONES STARR/25 DOWNING CONDOMINIUMS, 25 DOWNING ST. PKWY, DENVER, CO 80218

10924   JONES STARR/BLDG 8 CHURCH RANCH, 104 TH & CHURCH RANCH, DENVER, CO 80233

10924   JONES STARR/BOULDER SPORTS, 311 MAPLETON AVE., BOULDER, CO 80304

10924   JONES STARR/BUFFALO-DAKOTA, 0172 RIVER RUN RD., KEYSTONE, CO 80435

10924   JONES STARR/CHUCK E. CHEESE, 14005 E. EXPOSITION AVE., AURORA, CO 80012

10924   JONES STARR/CHURCH RANCH CORP., BLDG #8, 104TH & CHURCH RANCH PARK RD., WESTMINSTER, CO 80030

10924   JONES STARR/CHURCH RANCH OFFICE, BLDG. #3, WESTMINSTER, CO 80030

10924   JONES STARR/COLORADO STATE BANK, 11TH FLOOR, DENVER, CO 80202

10924   JONES STARR/DENVER CRISIS CENTER, 2929 W. 10TH, DENVER, CO 80201

10924   JONES STARR/DENVER MARRIOT GATEWAY, 16455 E. 40TH CIRCLE, DENVER, CO 80216

10924   JONES STARR/D'EVELYN JR/SR H.S., S.NELSON ST & W. NASSAU AVE., LAKEWOOD, CO 80235

10924   JONES STARR/DRY CREEK CORP. CENTER, 10800 E. GEDDES, ENGLEWOOD, CO 80112

10924   JONES STARR/FOXHILL COUNTRY CLUB, LONGMONT, CO 80501

10924   JONES STARR/GYPSUM ELEMENTARY #7, VALLEY RD. & TIMBERWOLF LANE, GYPSUM, CO 81637

10924   JONES STARR/HILLCREST VILLAGE, 300 HOLLY, DENVER, CO 80206

10924   JONES STARR/HUMANE SOCIETY, 633 SOUTH 8TH ST., COLORADO SPRINGS, CO 80905

10924   JONES STARR/ICE CENTER, 10710 WESTMINSTER BLVD., WESTMINSTER, CO 80020

10924   JONES STARR/IDAHO NAT'L ENERGY LABS, IDAHO FALLS, ID 83401

10924   JONES STARR/K.N. ENERGY, 370 VAN GORDON ST., LAKEWOOD, CO 80228

10924   JONES STARR/KEYSTONE EXHIBIT HALL, 0633 TENNIS CLUB RD., KEYSTONE, CO 80435

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    JONES STARR/LUCENT TECHNOLOGIES, 1200 W. 120TH AVE., WESTMINSTER, CO 80234

10924    JONES STARR/MADISON CNTY JUSTICE, 145 E. MAIN, REXBURG, ID 83440

10924    JONES STARR/MANN THEATRE, NORTHGLENN, CO 80233

10924    JONES STARR/MINTURN TOWN CENTER, 301 BOULDER STREET, MINTURN, CO 81645

10924    JONES STARR/MUNROE ELEMENTARY, 3440 W. VIRGINIA AVE., DENVER, CO 80219

10924    JONES STARR/NEW ALTERNATIVE SCHOOL, 2560 INTERNATIONAL CIRCLE, COLORADO SPRINGS, CO 80910

10924    JONES STARR/ORCHARD ROAD CHRISTIAN, 8081 E. ORCHARD RD., ENGLEWOOD, CO 80111

10924    JONES STARR/ORO GRANDE LODGE, 22787 U.S. HWY 16, KEYSTONE, CO 80435

10924    JONES STARR/PARK AVENUE LOFT, 500 S. PARK, BRECKENRIDGE, CO 80424

10924    JONES STARR/PINECREEK HIGH SCHOOL, OLD RANCH RD. & POWERS, COLORADO SPRINGS, CO 80920

10924    JONES STARR/ROCKWELL HALL, COLORADO STATE UNIVERSITY, FORT COLLINS, CO 80521

10924    JONES STARR/THORNTON ELEMENTARY #26, SUMMIT GROVE PKWY., THORNTON, CO 80229

10924    JONES STARR/THORNTON VALLEY, 92ND & I25, THORNTON, CO 80229

10924    JONES STARR/VILLAGE @SKYLINE #4, PHASE IV, 2405 PATRIOT HEIGHTS, COLORADO SPRINGS, CO 80904

10924    JONES STARR/WARWICK HOTEL, 1776 GRANT ST., DENVER, CO 80203

10924    JONES STARR/WEST PARK HOSPITAL, HOSPITAL ADDITION, 707 SHERIDAN AVE., CODY, WY 82414

10924    JONES STARR/WESTERN FEDERAL BANK, 700 17TH STREET, DENVER, CO 80202

10924    JONES STARR/WILKENSON LIBRARY, 100 W. PACIFIC AVE., TELLURIDE, CO 81435

10925    JONES WALKER WAECHTER POITEVENT, 201 ST CHARLES AVE, NEW ORLEANS, LA 70170-5100

10925    JONES, ACIE, 6094 LANCELOT LN, SMYRNA, GA 30080

10925    JONES, ALAN, 121 HEATON RD, COVINGTON, GA 30016

10925    JONES, ALBERT, 10 MITCHELL RD, SYLVA, NC 28779

10925    JONES, ALICE, 5754 APPLEGATE, SPARKS, NV 89431

10925    JONES, ALMA, 7124 E INDEPENDENCE ST, TULSA, OK 74105

10925    JONES, ALVERSIA, 7501 HEARDS LN, GALVESTON, TX 77551

10925    JONES, ANGELA B, 7681 SWALLOW RD, ELDERSBURG, MD 21784

10925    JONES, ANGELA, 7681 SWALLOW ROAD ELDERSBURG MD 21784, ELDERSBURG, MD 21784

10925    JONES, ANGELA, 9529 CONTINENTAL DR, KNOXVILLE, TN 37922

10925    JONES, ANNA, % EMILY AIKEN 2696 ABBOPOOLAS RD, JOHNS ISLAND, SC 29455

10925    JONES, ANNE, 1559 CROFT DRIVE APT A, INDIANAPOLIS, IN 46260

10925    JONES, ANNIE, 9 VESTA DRIVE, GREENVILLE, SC 29611

10925    JONES, ANNMARIE, 15221 SW 80TH ST, MIAMI, FL 33193

10925    JONES, ANSEL, 9046 WALKERS FERRY ROAD, CHARLOTTE, NC 28214

10925    JONES, ARNOLD, 108 WESTMINISTER, SIMPSONVILLE, SC 29681

10925    JONES, ASONIA, 205 SUMMIT AVE., KINSTON, NC 28501

10925    JONES, AUDIE, PO BOX 809, RACELAND, LA 70394

10925    JONES, B, 6045 TANCREDE COURT, LAKELAND, FL 33803

10925    JONES, B, 6433 WOODS EDGE S DR, INDIANAPOLIS, IN 46250

10925    JONES, BARBARA D, 4648 S VERSAILLES, DALLAS, TX 75209-6018

10925    JONES, BARBARA, 1030 CYPRESS CIRCLE, ROCK SPRINGS, WY 82901

10925    JONES, BARBARA, 457 N. MAIN ST., WILKES-BARRE, PA 18702

10925    JONES, BARBARA, 9191 JAMAICA BEACH, GALVESTON, TX 77554

10925    JONES, BARRETT, 2500 N LINCOLN ST, ARLINGTON, VA 22207

10925    JONES, BARRIE, 11400 COMMERCE PARK DRIVE, HERNDON, VA 22091

10925    JONES, BENJAMIN, 1315 W 8TH ST, LAKELAND, FL 33805-3367

10925    JONES, BERNADETTE, 1564 VIRGINIA, SAN BERNARDNO, CA 92411

10925    JONES, BESSIE, 10461 S EMERALD AVE, CHICAGO, IL 60628-2301

10925    JONES, BETTY, 9552 MAN-O-WAR ROAD, FORT MILL, SC 29715

10925    JONES, BEVERLY, 891 WILLIAMSBURY APARTMENT 349, WATERFORD, MI 48328

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 JONES, BILLIE, 76 2ND ST, 2, SOMERVILLE, NJ 08876

10925 JONES, BONNIE, 702 WINTERS CREEK DRIVE, ATLANTA, GA 30360

10925 JONES, BOYD A, PO BOX 1554, FALLS CHURCH, VA 22041-0554

10925 JONES, BRANDACE, 4110 FOX, CASPER, WY 82604

10925 JONES, CALENA, 4022 KILKENNY DR, BATON ROUGE, LA 70814

10925 JONES, CAMILLE, 1015 WENDOVER CIRCLE, WINSTON-SALEM, NC 27104

10925 JONES, CARL, 1 ALBERTA AVE, GREENVILLE, SC 29611

10925 JONES, CARL, 1910 S HOBART BL. #4, LOS ANGELES, CA 90018

10925 JONES, CARLTON, 121 3RD DAY ST, PIEDMONT, SC 29673

10925 JONES, CARLTON, 121 THIRD DAY ST, PIEDMONT, SC 29673

10925 JONES, CAROLE, 3416 RHODA AVE., OAKLAND, CA 94602

10925 JONES, CAROLYN, 2001 GRANDVIEW DR, FORT WORTH, TX 76112

10925 JONES, CASPER, 700 DONALDSON RD, GREENVILLE, SC 29605

10925 JONES, CATHY, PO BOX 262, DUNCAN, SC 29334-0262

10925 JONES, CATRINA, 918 PENNSYLVANIA AVE APT 3A, BALTIMORE,, MD 21201

10925 JONES, CECIL, PO BOX 51 1002 SOUTH MAIN, LINDSAY, OK 73052-0051

10925 JONES, CHARLES, 100 W 94TH ST, NEW YORK, NY 10025

10925 JONES, CHARLES, 110 FRITZ DR., MILFORD, IL 60953

10925 JONES, CHARLES, 115 COLMER CIRCLE, OCEAN SPRINGS, MS 39564

10925 JONES, CHARLES, 17957 OPP HWY, DOZIER, AL 36028

10925 JONES, CHARLES, 2007 CLOVERDALE DR, MEMPHIS, TN 38114

10925 JONES, CHARLES, 541 TUNA ST., CORPUS CHRISTI, TX 78418

10925 JONES, CHARLES, 5838 BELDART, HOUSTON, TX 77033

10925 JONES, CHARLES, PO BOX 724, GRAY COURT, SC 29645

10925 JONES, CHERYL D, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 JONES, CHERYL, 1216 RIDGEWOOD, HUTCHINS, TX 75141

10925 JONES, CHERYL, 7503 BELMAR COURT, BELTSVIL, MD 20705-1394

10925 JONES, CHRISTINA, 7740 W 79TH PL #3W, BRIDGEVIEW, IL 60455

10925 JONES, CHRISTINE, 3087 WICKS LAKE DR, MARIETTA, GA 30062

10925 JONES, CHRISTINE, 7114 WAYNE AVE., WOODFORD, VA 22580

10925 JONES, CHRISTOPHER, 431 W. BOURBONNAIS, KANKAKEE, IL 60901

10925 JONES, CLARA, 825 HARDING ST, PLAINFIELD, IN 46168

10925 JONES, CLAYTON, 316 DRIFTWOOD DR, PIEDMONT, SC 29673

10925 JONES, CLAYTON, 706 LINDAL CT, PIEDMONT, SC 29673

10925 JONES, CLIFFORD, 3135 JACQUELINE, WICHITA FALLS, TX 76305

10925 JONES, COURTNAY, 535 OLD YORK RD, SOMERVILLE, NJ 08876

10925 JONES, CYE, 945 OLD WELCOME ROAD, LITHIA, FL 33547

10925 JONES, CYNTHIA, 809 WATERMARK PL, COLUMBIA, SC 29210

10925 JONES, D, 204 HOUSTON, CORSICANA, TX 75110

10925 JONES, D, PO BOX 954, NEW CASTLE, DE 19720

10925 JONES, DAGNEY, 5743 N. 37TH DR., PHOENIX, AZ 85019

10925 JONES, DALE G., 407 GREENRIDGE DR., COPPELL, TX 75019

10925 JONES, DANIEL, 5089 SCHWIEBERT DRIVE, WALKER, IA 52352

10925 JONES, DANNELLEROJEA, R3 BOX 341B, MOMENCE, IL 60954

10925 JONES, DANNY, 602 HARBOUR OAK DR., EDGEWOOD, MD 21040

10925 JONES, DAPHNE, RT. 7 BOX 17-2, AMARILLO, TX 79118

10925 JONES, DARRYL, 2115 DEBORAH DR SW, CEDAR RAPIDS, IA 52404

10925 JONES, DAVID, 10000 ELLISWAY ROAD, CHARLOTTE, NC 28216-5707

10925 JONES, DAVID, 19 SHARPS DRIVE, PLYMOUTH, MA 02360

10925 JONES, DAVID, 2331 MORGAN ROAD, BESSEMER, AL 35022

10925 JONES, DAVID, 743 HWY 55 WEST, NEW BERN, NC 28562

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JONES, DAVID, 7500 WICKER DR., # 513, FORT WORTH, TX 76133 | |
| 10925 | JONES, DEBBIE, 709 CREST VALLEY WAYAPT 205, BIRMINGHAM, AL 35212 | |
| 10925 | JONES, DEBORAH, 191 SANDS ST., BROOKLYN, NY 11201 | |
| 10925 | JONES, DEBORAH, 3144 N. DELAWARE, INDIANAPOLIS, IN 46205 | |
| 10925 | JONES, DEBRA, 286 N GROVE ST, E ORANGE NJ, NJ 07017 | |
| 10925 | JONES, DERRICK, 911 BELGIAN AVE #1B, BALTIMORE, MD 21218 | |
| 10925 | JONES, DEWITT, 4197 CENTRAL CITY RD, CENTER POINT, IA 52213 | |
| 10925 | JONES, DIANA, 86 ADAMS ST, WALTHAM, MA 02154 | |
| 10925 | JONES, DIANE, 4342 GLENMAWR AVE., COLUMBUS, OH 43224 | |
| 10925 | JONES, DIANE, PO BOX 573, LAMARQUE, TX 77568 | |
| 10925 | JONES, DIANNA, PO BOX 584, FOREST, MS 39074 | |
| 10925 | JONES, DOLORES, 357 BRADLEY AVE, NORTHVALE, NJ 07647 | |
| 10925 | JONES, DONALD S, 852 BEDFORD EULESS, HURST TX, TX 76053 | |
| 10925 | JONES, DONALD, 113 NORTH CAROLINA AVE, PASADENA, MD 21122 | |
| 10925 | JONES, DONALD, 42 HIGH ST, MONTEZUMA, NY 13117 | |
| 10925 | JONES, DONALD, 9700 VANGUARD DR., ANCHORAGE, AK 99507 | |
| 10925 | JONES, DONALD, RT ONE BOX 148, CLARKSBURG, MO 65025 | |
| 10925 | JONES, DONNA, 125 POSSUM RD, HAMBURG, PA 19526 | |
| 10925 | JONES, DONNA, 995 4TH ST, MARION, IA 52302 | |
| 10925 | JONES, DONNA, RT.3 BOX 337 D, MOMENCE, IL 60954 | |
| 10925 | JONES, DORA, 3516 SUSQUEHANA DR, BELTSVILLE, MD 20705 | |
| 10925 | JONES, DOROTHY, 130 WALSTON ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | JONES, DORSELL, 105 WISTERIA DR., REIDSVILLE, NC 27320 | |
| 10925 | JONES, E, 1540 S BOUVER ST, PHILADELPHIA, PA 19146 | |
| 10925 | JONES, EDDIE, 101 E. EDGEBROOK, HOUSTON, TX 77034 | |
| 10925 | JONES, EDDIE, 600 NORTH BROADWAY, BARTOW, FL 33830 | |
| 10925 | JONES, ELAINE, 2 CARY ST, BROCKTON, MA 02402 | |
| 10925 | JONES, ELIZABETH, 121 BEACH ST #703, BOSTON, MA 02111 | |
| 10925 | JONES, ELIZABETH, 2931 HILLTOP RD, CONCORD, CA 94520 | |
| 10925 | JONES, ELWOOD, 3925 N COMBEE ROAD, LAKELAND, FL 37380-9802 | |
| 10925 | JONES, ELWOOD, PO BOX 511, GRANTVILLE, PA 17028 | |
| 10925 | JONES, EMMA, 509 (3) EASTVIEW TERRACE, ABINGDON, MD 21009 | |
| 10925 | JONES, EMMA, 813 GRADUATE, VA BEACH, VA 23462 | |
| 10925 | JONES, ERIC, 60 ASHTON ST, EVERETT, MA 02149 | |
| 10925 | JONES, ERNEST, 501 S. COLLINS AVE., BALTIMORE, MD 21229 | |
| 10925 | JONES, EUGENE, 8909 FOOTED RIDGE, COLUMBIA, MD 21045 | |
| 10925 | JONES, EVELYN, 1429 LACOMA DR, JEFFERSON CITY, TN 37760 | |
| 10925 | JONES, FLORENCE, RT. 3, BOX 775, RINGGOLD, LA 71068 | |
| 10925 | JONES, FLOYD, 40 GREEN ST, SENECA FALLS, NY 13148 | |
| 10925 | JONES, FRANCES, 664 CENTRAL AVE, NEEDHAM, MA 02194 | |
| 10925 | JONES, FRANK, 919 RED CROSS ST, WILMINGTON, NC 28401-9998 | |
| 10925 | JONES, FRANK, 967 LOCUS CIRCLE, PUEBLO, CO 81006 | |
| 10925 | JONES, FREDA, 9620 E COVELL RD, ARCADIA, OK 73007-9998 | |
| 10925 | JONES, GAIL, 7414 BROOKHAVEN, ROWLETT, TX 75088 | |
| 10925 | JONES, GARY, 1004 CHAPMAN, EAGLE LAKE, TX 77434 | |
| 10925 | JONES, GARY, 120 E LINCOLN, OREGON, WI 53575 | |
| 10925 | JONES, GARY, 3889 PRIMROSE DRIVE, WILLITS, CA 95490 | |
| 10925 | JONES, GARY, 5579 OLD STAGE ROAD, MORRISTOWN, TN 37814 | |
| 10925 | JONES, GAYLA, 114 LINCOLN AVE., ROANOKE RAPIDS, NC 27870 | |
| 10925 | JONES, GENEVA, 261 MARINE, MOBILE, AL 36604 | |
| 10925 | JONES, GEORGE, 11318 EVANS TRAIL #102, BELTSVILLE, MD 20705 | |