**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JONES, GEORGE, 22 OLD COLONY DRIVE - PO BOX 704, MAWOMET, MA 02345

10925    JONES, GEORGIA, 915 W. ATKINSON, MILWAUKEE, WI 53206

10925    JONES, GLORIA, 7422 PAWTUCKETT RD, CHARLOTTE, NC 28214

10925    JONES, GLORIA, RT 4 BOX 508-A, ROANOKE RAPIDS, NC 27870

10925    JONES, GLYNN, RT 7 BOX 932, LAKE CHARLES, LA 70611

10925    JONES, GREGORY, 1034 FRANKLIN RD, MARIETTA, GA 30065

10925    JONES, GREGORY, 13932 S. 284TH E. AVE, LOWETA, OK 74429

10925    JONES, GREGORY, 3271 TILTON VALLEY D, FAIRFAX, VA 22033

10925    JONES, GUY, 4043 WILSON AVE, SAN DIEGO, CA 92104

10925    JONES, GWENDOLYN, 1823 STEPHENS AVE, ANNISTON, AL 36201

10925    JONES, HAROLD, 314 MIMOSA DRIVE, MAULDIN, SC 29662

10925    JONES, HAROLD, ROUTE 3, BOX 1072, WAYNESBORO, MS 39367

10925    JONES, HARRIET, 821 WOODBRIDGE ST., LANCASTER, SC 29720

10925    JONES, HELEN, 205 BRIDLE PATH TERRACE, SPARKS, NV 89436

10925    JONES, HENRY, 1111 E. 20TH ST, BALTIMORE, MD 21218

10925    JONES, HOMER, ROUTE 2 BOX 23, SARCOXIE, MO 64862-9501

10925    JONES, HOPE, 24 ISABELLA ST, STONEHAM, MA 02180

10925    JONES, HOWARD, 7840 SPENCER ROAD, GLEN BURNIE, MD 21061

10925    JONES, HUBERT, 114 HIGHLAND DRIVE, DUNCAN, SC 29334-9802

10925    JONES, HUDDIE, 104 GROVE, OLNEY, TX 76374

10925    JONES, HUMBERT, 33 LINCOLN AVE, BALITMORE, MD 21228

10925    JONES, IMOGENE, 2852 BIRCHFIELD DR, MEMPHIS, TN 38127

10925    JONES, INGRID, 11515 LEISURE DR # 2424, DALLAS, TX 75243

10925    JONES, IRENE, 6045 TANCREDE COURT, LAKELAND, FL 33811-8873

10925    JONES, IRIS, 307 NORTH 5TH ST 2ND FL, READING, PA 19601

10925    JONES, IVA, R2 BOX 1670, QUILAN, TX 75474

10925    JONES, JACQUELINE, 200 STRATFORD ROAD, GREENVILLE, SC 29605

10925    JONES, JAMES, 1217 WINDY BRANCH WA, EDGEWOOD, MD 21040

10925    JONES, JAMES, 1353 SO KENSINGTON, KANKAKEE, IL 60901

10925    JONES, JAMES, 1360 SCENIC HEIGHTS DR., WOOSTER, OH 44691

10925    JONES, JAMES, 401 PALMETTO AVE #1, SANFORD, FL 32771

10925    JONES, JAMES, 46 BOONE LK, WALTON, KY 41094

10925    JONES, JAMES, 5230 E OREM, HOUSTON, TX 77048

10925    JONES, JAMES, 56 EAST ST, SULLIVAN, MO 63080-2158

10925    JONES, JAMES, 6729 SHERWOOD, HOUSTON, TX 77021-4825

10925    JONES, JAMES, 970 FREER PLACE, ALICE, TX 78332

10925    JONES, JAMES, ROUTE 3, BOX 34J, MEMPHIS, MO 63555

10925    JONES, JANETTE, 126 CHESSWOOD, SAN ANTONIO, TX 78228

10925    JONES, JANIS, 876 E LEWELLING BL, HAYWARD, CA 94541

10925    JONES, JAY, 1156 LINCOLN ST, CRAIG, CO 81625

10925    JONES, JEAN, 18 BROOKDALE ACRES DRIVE, LYMAN, SC 29365

10925    JONES, JEAN, 3820 SHAW ST, ST LOUIS, MO 63110

10925    JONES, JEAN, 5121 KING ARTHUR AVE, DAVIE, FL 33331

10925    JONES, JEAN, 5334 GLOBE AVE, CINCINNATI, OH 45212

10925    JONES, JENNIFER, 4305 TANNER, MIDLAND, TX 79703

10925    JONES, JENNIFER, RT 2, BOX 689, COMMERCE, GA 30529

10925    JONES, JENNY, RT 1, BOX 175 A, MAYSVILLE, GA 30558

10925    JONES, JERRY J, 3986 HOLLAND DR, DOUGLASVILLE, GA 30135

10925    JONES, JERRY, 3986 HOLLAND DR, DOUGLASVILLE, GA 30135

10925    JONES, JERRY, 4277 SE 23RD COURT, OKEECHOBEE, FL 34974

10925    JONES, JERRY, 5698 OLD ELECTRA RD, IOWA PARK, TX 76367

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JONES, JIMMIE, 114 WALSTON ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | JONES, JIMMIE, 362 DAVID AVE., WELLFORD, SC 29385-9621 | |
| 10925 | JONES, JIMMIE, 3624 SHADY ACRES, NACOGDOCHES, TX 75961 | |
| 10925 | JONES, JIMMY, PO BOX 544, STIGLER, OK 74462 | |
| 10925 | JONES, JO, 3154 KINGST CT, DUBLIN, OH 43017 | |
| 10925 | JONES, JOE, PO BOX 4, CROSS ANCHOR, SC 29331 | |
| 10925 | JONES, JOHN P, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JONES, JOHN, 1119 NO WEBSTER AVE, LAKELAND, FL 33805-3544 | |
| 10925 | JONES, JOHN, 1819 19TH ST, WOODWARD, OK 73801-4223 | |
| 10925 | JONES, JOHN, 3 COTTONWOOD CIRCLE, WILMINGTON, MA 01887 | |
| 10925 | JONES, JOHN, 8166 MODENA AVE, BROOKSVILLE, FL 34613 | |
| 10925 | JONES, JOHN, ASDFDFJKASL;D, BOCA RATON, FL 33486 | |
| 10925 | JONES, JOHNNY, 10 PANACEA, BALTIMORE, MD 21208 | |
| 10925 | JONES, JOHNNY, 117 FAWN DR, EAST RIDGE, TN 37412 | |
| 10925 | JONES, JONATHAN M, CUST FOR MALCOLM MOORE JONES, UNIF GIFT MIN ACT TX, 11250 OLD FREDERICK RD, MARRIOTTSVILLE, MD 21104-1519 | |
| 10925 | JONES, JONATHON, 11 HICKS COURT, GREENVILLE, SC 29605 | |
| 10925 | JONES, JOSEPH, 525 N SAN MATEO DR 103, 103, SAN MATEO, CA 94401-2332 | |
| 10925 | JONES, JOSEPH, 6 LORI LANE, PELHAM, NH 03076-3323 | |
| 10925 | JONES, JOSEPH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JONES, JOSEPH, 74 MASSACHUSETTS AVE, ARLINGTON, MA 02474 | |
| 10925 | JONES, JOYCE, 3330 ATLANTA ROAD, SMYRNA, GA 30080 | |
| 10925 | JONES, JOYCE, 409 CAROLINA RD, SUFFOLK, VA 23434 | |
| 10925 | JONES, JOYCE, PO BOX 1155, GRIFTON, NC 28530 | |
| 10925 | JONES, JR, CHARLES, 6945 SAN TOMAS RD., ELKRIDGE, MD 21075 | |
| 10925 | JONES, JR, FRANK, 4810 CORDELIA AVE, BALTIMORE, MD 21215 | |
| 10925 | JONES, JR, WENDELL, 134 WINNIE CIRCLE, SILSBEE, TX 77656-6317 | |
| 10925 | JONES, JUANITA, 9432 BEECHGROVE RD, CLINTON, LA 70722 | |
| 10925 | JONES, JUDITH, 2628 DANCING WATERS, JONESBORO, GA 30236 | |
| 10925 | JONES, JULIA, 3826 REGENCY PKWY APT 304, SUITLAND, MD 20746 | |
| 10925 | JONES, KAREN P, 6511 OLD PLANK RD, FREDERICKSBURG, VA 22407 | |
| 10925 | JONES, KAREN PAIGE, 6511 OLD PLANK RD, FREDERICKSBURG, VA 22407-6676 | |
| 10925 | JONES, KAREN, 1741 S ST NW APT 3, WASHINGTON, DC 20009-6147 | |
| 10925 | JONES, KAREN, 310 SARATOGA DR, MCKEESPORT, PA 15135 | |
| 10925 | JONES, KAREN, 6511 OLD PLANK ROAD, FREDERICKSBURG, VA 22407 | |
| 10925 | JONES, KAREN, 8805 NW 91ST, OKLA. CITY, OK 73132 | |
| 10925 | JONES, KATHLEEN, 145 WALTHAM ST., 7, MAYNARD, MA 01754 | |
| 10925 | JONES, KENNETH, 1221 MILCREST WALK, CONYERS, GA 30207 | |
| 10925 | JONES, KENNETH, 5 NEWCASTLE WAY, GREENVILLE, SC 29615 | |
| 10925 | JONES, KENNETH, 629 W 54TH PLACE, CHICAGO, IL 60609 | |
| 10925 | JONES, KENNIE, 1008 S. COLORADO ST, IOWA PARK, TX 76367 | |
| 10925 | JONES, KENT, 3516 SUSQUEHANA DR, BELTSVILLE, MD 20705 | |
| 10925 | JONES, KIMBERLY, 5930 7TH AVE, LOS ANGELES, CA 90043 | |
| 10925 | JONES, L, 211 RANDALL ST, GREENVILLE, SC 29609 | |
| 10925 | JONES, LAFONDA, 224 FERNLEAF DRIVE, TRAVELERS REST, SC 29690 | |
| 10925 | JONES, LANAIRE, RT 2 BOX 367, GRAY COURT, SC 29645 | |
| 10925 | JONES, LARRY, 330 NORTH 10TH ST, READING, PA 19604 | |
| 10925 | JONES, LAWRENCE M, 728 OCEAN VIEW, DALLAS TX, TX 75232 | |
| 10925 | JONES, LAWRENCE, 117 WILLIAMS ST., RACELAND, LA 70394 | |
| 10925 | JONES, LAWRENCE, 150 SKYLINE TRAIL, HINSDALE, MA 01235 | |
| 10925 | JONES, LAWRENCE, N. 11205 ASTOR, SPOKANE, WA 99218 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JONES, LENA, 811 WESTOVER DR, LANCASTER, TX 75134

10925   JONES, LEONARD, C/O JEAN HILL 4449 N LEWIS ST, TULSA, OK 74110

10925   JONES, LESLIE, 8224 WATER ST, GARRETTSVILLE, OH 44231

10925   JONES, LINDA, 230-1 S CEDAR ST, CHARLOTTE, NC 28202

10925   JONES, LINITA, 151 FAIRVIEW LANE, 7, SOMERVILLE, NJ 08876

10925   JONES, LINWOOD, 5216 DISNEY AVE, BALTIMORE, MD 21225-0000

10925   JONES, LISA, 3507 ASTON MANOR CT., SILVERSPRING, MD 20904

10925   JONES, LISA, 500 WEST AVE G, GARLAND, TX 75040

10925   JONES, LLOYD, 9150 E CENTER AVE APT. 7A, DENVER, CO 80231

10925   JONES, LORRAINE, 3029 N 56TH DRIVE, PHOENIX, AZ 85031

10925   JONES, LOUELLA, 15445 COBALT, 117, SYLMAR, CA 91342

10925   JONES, LUIS, 69 ARLINGTON ST, TAUNTON, MA 02780

10925   JONES, MABELLE, 3666 CHESTERFIELD, BALTIMORE, MD 21213

10925   JONES, MARCELLA, 6710 193RD S.W., LYNNWOOD, WA 98036

10925   JONES, MARCHETTA, PO BOX 905, OOLTEWAH, TN 37363

10925   JONES, MARGARET, 146 FOREST LAKE DR, SIMPSONVILLE, SC 29681

10925   JONES, MARGARET, 3010 OLD MONROE, MONROE, GA 30655

10925   JONES, MARIA, 12019 DOVE CIRCLE, LAUREL, MD 20708

10925   JONES, MARILYN, 133 W WAKEFORD AVE, SANTA PAULA, CA 93060

10925   JONES, MARILYN, 5 LEROY RD, LEXINGTON, MA 02173

10925   JONES, MARK, 105-B HICKORY DRIVE, DUNCAN, SC 29334

10925   JONES, MARK, 115 NORTH PARKWOOD, PASADENA, CA 91107

10925   JONES, MARK, 410 SOUTH MAPLE, GILMAN, IL 60938

10925   JONES, MARK, 869 NOVARESE, MEMPHIS, TN 38122

10925   JONES, MARTHA, 1300 EDWARDS RD, GREENVILLE, SC 29615

10925   JONES, MARTHA, APT 3 WALL ST., MONROE, GA 30655

10925   JONES, MARTHA, PO BOX 2705, BARTOW, FL 33830-2705

10925   JONES, MARTHA, PO BOX 67, TROUTMAN, NC 28166-0067

10925   JONES, MARTIN, 17 CHINS COURT, OWINGS MILLS, MD 21117

10925   JONES, MARVIN, 1945 CASTLEBERRY WAY, BIRMINGHAM, AL 35214

10925   JONES, MARY, 1115 W 23RD, ODESSA, TX 79763

10925   JONES, MARY, 55 BAXTER RD., COMMERCE, GA 30529

10925   JONES, MARY, 9604 KINGSTON RD # 88, SHREVEPORT, LA 71118

10925   JONES, MARY, PO BOX 1054, BRIDGETON, NC 28519

10925   JONES, MAVEL, 10202 CHRISTINAO DR, GLEN ALLEN, VA 23060

10925   JONES, MELVIN, 1415 CRESCENT PLACE, LAKELAND, FL 33801

10925   JONES, MICHAEL, 1025 CHARLES AVE, CHARLOTTE, NC 28205

10925   JONES, MICHAEL, 112 PAGE DRIVE, GREENVILLE, SC 29611

10925   JONES, MICHAEL, 1908 MINNETASKA, WICHITA FALLS, TX 76309

10925   JONES, MICHAEL, 1951 SIDNEE DR, EDGEWOOD, MO 21040

10925   JONES, MICHAEL, 548 GROSSO AVE, MACON, GA 31204

10925   JONES, MICHAEL, 5675 ACADEMY DRIVE, MORRISTOWN, TN 37814

10925   JONES, MICHAEL, 730 HARVEY DRIVE, RUSSELLVILLE, TN 37860

10925   JONES, MICHELLE, 119 COPELAND ST, QUINCY, MA 02169

10925   JONES, MICHELLE, APT. 64 MYRTLE DRIVE, AUGUSTA, GA 30909

10925   JONES, MIMI, 1609 BYRON, DEERPARK, TX 77536

10925   JONES, MINOR, 995 4TH ST, MARION, IA 52302

10925   JONES, MONICA, 2120 RIMPAN BLVD. #4, LA, CA 90016

10925   JONES, MONTE, 3012 SW 63RD, OKLAHOMA CITY, OK 73159

10925   JONES, NADEINE, 1410 SHERWOOD, BAYTOWN, TX 77520

10925   JONES, NANCY, RR 2 BOX 372-Z, ROANOKE RAPIDS, NC 27870

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JONES, NOBLE, PO BOX 5661, LAKELAND, FL 33807

10925    JONES, OSCAR, 86 WOODBRIDGE COVE, BRANDON, MS 39042

10925    JONES, PAMELA, 4970 SPRING LAKE DR, SAN LEANDRO, CA 94578

10925    JONES, PATRICE, 14 MINOT ST, WAKEFIELD, MA 01880

10925    JONES, PATRICIA, 11 HICKS CT, GREENVILLE, SC 29605

10925    JONES, PATRICIA, 1811 SIGEL ST, PHILA, PA 19145

10925    JONES, PATRICIA, 3268 KNIGHT ROAD, MEMPHIS, TN 38116

10925    JONES, PATRICIA, PO BOX 367, MOMENCE, IL 60954

10925    JONES, PATRICK, 2035 FACULTY DRIVE, WINSTON SALEM, NC 27106

10925    JONES, PAUL, 21 CAPTAIN CIRCLE, TEWKSBURY, MA 01876

10925    JONES, PAYSON, PO BOX 1113, SENECA, SC 29679

10925    JONES, PENNY, 636 CIRCLE DR., BLUFF CITY, TN 37618

10925    JONES, PETER, 2 BLUEBERRY LN, LONDONDERRY, NH 03053

10925    JONES, PHILIP, 69 MAPLE ST, GENEVA, NY 14456

10925    JONES, PHILLIP R., 500 ROLLING HILL, LANCASTER, TX 75146

10925    JONES, PHILLIP, 500 ROLLING HILLS #1110, LANCASTER, TX 75146

10925    JONES, PHYLLIS, 465 RODEFER HOLLOW, BLOUNTVILLE, TN 37617

10925    JONES, RAEFORD, 2431 E LAFAYETTE, BALTIMORE, MD 21213

10925    JONES, RALPH, RT 2, BOX 197B, TECUMSEH, OK 74873

10925    JONES, REBECCA, PO BOX 791, LANCASTER, TX 75146

10925    JONES, REGINA, PO BOX 759, RALEIGH, MS 39153

10925    JONES, RICHARD, #7 LORRAINE, UKIAH, CA 95482

10925    JONES, RICHARD, 2507 LAKEMONT CIRCLE, MORRISTOWN, TN 37814

10925    JONES, RICHARD, 4714 CATALINA, WICHITA FALLS, TX 76310

10925    JONES, RICHARD, 7009 ORANGEBURG DR S, MOBILE, AL 36608

10925    JONES, ROBERT, 1212 W BALL, PLANT CITY, FL 33566

10925    JONES, ROBERT, 2452 E MAIN ST, PLAINFIELD, IN 46168

10925    JONES, ROBERT, 25 LEWIS ST, READING, MA 01867

10925    JONES, ROBERT, 300 SO 11TH ST, MARION, IA 52302

10925    JONES, ROBERT, 46555 SWANMERE DRIVE, CANTON, MI 48187

10925    JONES, ROBERT, 501 PELHAM DR., F 207, COLUMBIA, SC 29209

10925    JONES, ROBIN, 1011 HACKBERRY, BORGER, TX 79007

10925    JONES, ROBIN, 142 SOUTH STADIUM, BOURBONNAIS, IL 60914

10925    JONES, ROBIN, 4864 RHEA RD., WICHITA FALLS, TX 76308

10925    JONES, RODMAN, 417 MAIN ST, HACKENSACK, NJ 07601

10925    JONES, RODNEY, RT 2 BOX 295, WICHITA FALLS, TX 76301

10925    JONES, RONALD, 2762 NW 4TH ST, POMPANO BEACH, FL 33069

10925    JONES, RONALD, PO BOX 187, MARLOW, OK 73055

10925    JONES, RONALD, RT. 2, BOX 142-A, TIMPSON, TX 75975

10925    JONES, RUSSELL, RR 1, BOX 119-Z, TUTTLE, OK 73089

10925    JONES, S, 1618 NORTHVIEW AVE, NASHVILLE, TN 37216

10925    JONES, SALLY, PO BOX 701, GARYSBURG, NC 27831

10925    JONES, SAMUEL, 1350 SLEEPY HILL ROAD C/O MEADOW VIEW LIFE CNT, LAKELAND, FL 33810

10925    JONES, SANDRA, RR 1 BOX 758, ROCKVILLE, IN 47872

10925    JONES, SCOTT, PO BOX 1362, CRAIG, CO 81626

10925    JONES, SEBERT, 145 WALTHAM ST, MAYNARD, MA 01754-2447

10925    JONES, SENATOR DARYL, 15820 S.W. 98TH CT., MIAMI, FL 33157

10925    JONES, SHELBA, 490 E 51ST ST, BROOKLYN, NY 11203

10925    JONES, SHIRLEY, 3535 WILLAIMSON C213, MACON, GA 31206

10925    JONES, SR, RAY, 627 E. 22ND ST, OWENSBORO, KY 42303

10925    JONES, SR, STEVE, RTE 130 BOX 9513, TRENTON, NJ 08650

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | JONES, SR, TIMOTHY, 3141 RIDGE ROAD, LAKE CHARLES, LA 70605 | |
| 10925 | JONES, STEPHANIE, 26 BELMONT LANE, WILLINGBORO, NJ 08046 | |
| 10925 | JONES, STEPHEN A, 27 LINCOLN ST, W MEDFORD MA, MA 02155 | |
| 10925 | JONES, STEPHEN, 125 LITTLETON ROAD APT 23, AYER, MA 01432-1733 | |
| 10925 | JONES, STEPHEN, 41 BANCROFT ST, PEPPERELL, MA 01463-1226 | |
| 10925 | JONES, STEPHENIE, 301 SOUTH CHESTNUT ST, WALHALLA, SC 29691 | |
| 10925 | JONES, STEVEN, 122 CREEK DR, EASLEY, SC 29642 | |
| 10925 | JONES, STEVEN, 138 MILES DRIVE, SPARTANBURG, SC 29306 | |
| 10925 | JONES, STEVEN, 207 WOODLAKE DR., GOODVIEW, VA 24095 | |
| 10925 | JONES, SUSAN, 2248 NW 52, OKLA. CITY, OK 73112 | |
| 10925 | JONES, SUSIE, 307 WEBB HILL ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | JONES, TAMMY, 13045 NORMA COURT, BATON ROUGE, LA 70815 | |
| 10925 | JONES, TERESA, 2526 FALCON DRIVE, INDIANAPOLIS, IN 46220 | |
| 10925 | JONES, TERRIE, 312 SEMINOLE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | JONES, TERRY, 2800 CENTREVILLE RD, HERNDON, VA 22071 | |
| 10925 | JONES, TERRY, 3555 SUMMIE DR, LILBURN, GA 30247 | |
| 10925 | JONES, TERRY, 5054 CO RD. 50, GLENMONT, OH 44628 | |
| 10925 | JONES, TERRY, MECHANICSVILL, IA 52306 | |
| 10925 | JONES, THOMAS B., 403 BIRCH, CRAIG, CO 81625 | |
| 10925 | JONES, THOMAS G., 3738 WESTRIDGE CT, CRAIG, CO 81625 | |
| 10925 | JONES, TICE, 809 MERRIBROOK, FRIENDSWOOD, TX 77546 | |
| 10925 | JONES, TIMOTHY, 8817 ASHEVILLE HWY, SPARTANBURG, SC 29303 | |
| 10925 | JONES, TINA, 113 NORTH CAROLINA AVE, PASADENA, MD 21122 | |
| 10925 | JONES, TINA, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | JONES, TODD, 7155 N. PRESIDIO DR., G, MILWAUKEE, WI 53223 | |
| 10925 | JONES, TOM, 267 ORLANDO ST. #26, EL CAJON, CA 92021 | |
| 10925 | JONES, TONI, 707 CANDLEWOOD DR, KINSTON, NC 28501 | |
| 10925 | JONES, TONYA, 108 E.CLUB BLVD, DURHAM, NC 27704 | |
| 10925 | JONES, TRACY, 13411 N. MORVANT, BAKER, LA 70714 | |
| 10925 | JONES, TREVA, 1203 BAKER, BORGER, TX 79007 | |
| 10925 | JONES, TWYMAN, 408 RED SPIRE DR, GREENVILLE, SC 29617 | |
| 10925 | JONES, U, 2706 AVE P, FORT PIERCE, FL 34947 | |
| 10925 | JONES, VALERIE, 3834- A BROCKETT TR., CLARKSTON, GA 30021 | |
| 10925 | JONES, VELEMARIE, 1343 PAYTON ST, MACON, GA 31201 | |
| 10925 | JONES, VERA, 4130 N. 40TH ST, MILWAUKEE, WI 53216 | |
| 10925 | JONES, VICKIE, 280 AUBURN AVE., MACON, GA 31204 | |
| 10925 | JONES, VINCENT, 2009 W BIRCHWOOD, CHICAGO, IL 60645 | |
| 10925 | JONES, VIVIE, 107 TALL OAKS TRAIL, WEST MONROE, LA 71291 | |
| 10925 | JONES, W, PO BOX 316, EATON PARK, FL 33840 | |
| 10925 | JONES, WALLACE, 12 LANCE DR., BRANDON, MS 39042 | |
| 10925 | JONES, WALTER, 305 REDCLIFFE ROAD, GREENVILLE, SC 29607 | |
| 10925 | JONES, WILL, 2221 FEDERAL HWY, LAKE WORTH, FL 33460 | |
| 10925 | JONES, WILLIAM, 11 WHITE PINE DR, LITTLETON, MA 01460 | |
| 10925 | JONES, WILLIAM, 26383 HWY 221, ENOREE, SC 29335 | |
| 10925 | JONES, WILLIAM, 3020 HILLCREST COURT, ROSWELL, GA 30075-4003 | |
| 10925 | JONES, WILLIAM, 3418 STONE STATION ROAD, SPARTANBURG, SC 29301 | |
| 10925 | JONES, WILLIAM, 3511 S. BASCOM AVE, CAMPBELL, CA 95008 | |
| 10925 | JONES, WILLIAM, 5342 MEADOWGATE, CORPUS CHRISTI, TX 78413 | |
| 10925 | JONES, WILLIAM, 5743 NORTH 37TH, PHOENIX, AZ 85019 | |
| 10925 | JONES, WILLIAM, 5900 RIDGE ROAD, MT. AIRY, MD 21771 | |
| 10925 | JONES, WILLIAM, 7815 CAXTON CIRCLE, JACKSONVILLE, FL 32208 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JONES, WILLIAM, 9012 STONEY MOUNTAIN DR, CHATTANOOGA, TN 37421 | |
| 10925 | JONES, WILLIAM, PO BOX 72, SIMPSONVILLE, MD 21044 | |
| 10925 | JONES, WILLIAM, ROUTE 2 BOX 99, MADISON, NC 27025-9509 | |
| 10925 | JONES, WILLIE, 1602 SPARKMAN ROAD, PLANT CITY, FL 33566-8197 | |
| 10925 | JONES, WILLIE, 630 WEST SCOTT AVE, FORREST CITY, AR 72335 | |
| 10925 | JONES, WYEATHA, 3044 # 31 BLOOMFIELD, MACON, GA 31206 | |
| 10925 | JONES,TETE,NOLEN,HANCHEY, PO BOX 910, LAKE CHARLES, LA 70602 | |
| 10925 | JONES,TETE,NOLEN,HANCHEY,SWIFT,SPEA, PO BOX 910, LAKE CHARLES, LA 70602 | |
| 10924 | JONESBORO DRYWALL, 1500 PERSIMMON RIDGE ROAD, JONESBORO, TN 37659 | |
| 10924 | JONESBORO READY MIXED CONCRETE, 1011 AGGIE ROAD, JONESBORO, AR 72401 | |
| 10924 | JONESBORO READY MIXED CONCRETE, ATTN: ACCOUNTS PAYABLE, JONESBORO, AR 72403 | |
| 10925 | JONES-KERN, JANET, 1527 CATALPA, BERKLEY, MI 48072 | |
| 10925 | JONES-QUARTEY, THEODOSIA, 6062 CAMELBACK LANE, COLUMBIA, MD 21045 | |
| 10925 | JONES-QUARTEY, THEODOSIA, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | JONES-SNYDER, DANA, 641 OPEL ROAD, GLEN BURNIE, MD 21061 | |
| 10925 | JONET, JERRY, 4588 N CTY RD P, NEW FRANKEN, WI 54229 | |
| 10925 | JONG CHEE KIANG, BLK 660D, JURONG WEST ST 64 14 346, 644660SINGAPORE | *VIA Deutsche Post* |
| 10925 | JONHSONS CRANE SERVICE INC, ROBERT JOHNSON SR, 1735 N LANE AVE, JACKSONVILLE, FL 32254 | |
| 10925 | JONKMAN, DEBRA, 412 E SIXTH, MOMENCE, IL 60954 | |
| 10925 | JOO, JULIA, 17131 ROSCOE BLVD, NORTHRIDGE, CA 91325 | |
| 10925 | JOONASE, PAUL, 4 ALPINE DRIVE, TAYLORS, SC 29687-4900 | |
| 10924 | JOPLIN BUILDING MATLS, 1021 EAST 15TH ST., JOPLIN, MO 64802 | |
| 10924 | JOPLIN BUILDING MATLS, PO BOX53, JOPLIN, MO 64802 | |
| 10924 | JOPLIN SAW & SUPPLY CO., 1120 BYERS AVE, JOPLIN, MO 64801 | |
| 10924 | JOPLIN SAW & SUPPLY, 1120 BYERS AVENUE, JOPLIN, MO 64801 | |
| 10925 | JOPPLIN, HARRIETTE, 3135 FONDREN, LAPORTE, TX 77571 | |
| 10925 | JORDAN CONTROLS, INC, 5607 W DOUGLAS AVE, MILWAUKEE, WI 53218-1694 | |
| 10925 | JORDAN CONTROLS, PO BOX 924, COCKEYSVILLE, MD 21030 | |
| 10925 | JORDAN E RINGEL CUST JENNIFER, E RINGEL UNIF GIFT MIN ACT NY, 36 EAST 60TH ST, APT 4E, NEW YORK, NY 10022-1026 | |
| 10925 | JORDAN EQUIPMENT CO INC, 10115 BRIGHTON, HOUSTON, TX 77031 | |
| 10925 | JORDAN GRAPHICS, 2923 LORD BALTIMORE DR., BALTIMORE, MD 21207 | |
| 10924 | JORDAN HALL, 12340 CONWAY RD., BELTSVILLE, MD 20705 | |
| 10925 | JORDAN ROGER, 724 MEDILL AVE, LANCASTER, OH 43130 | |
| 10925 | JORDAN SCHIFFMAN, 388 ELM DR, SEARINGTOWN, NY 11576-3013 | |
| 10925 | JORDAN VALVE, PO BOX 924, COCKEYSVILLE, MD 21030 | |
| 10925 | JORDAN, A, 1355 PELICAN RD, DIAMOND, MO 64840 | |
| 10925 | JORDAN, AL, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | JORDAN, ALBERT, 119 MEEHAN LANE, NORTH BERWICK, ME 03906 | |
| 10925 | JORDAN, ALBERT, 307 GREENLAKE ROAD, CHESNEE, SC 29323 | |
| 10925 | JORDAN, ALFRED, 936 PLACID COURT, ARNOLD, MD 21012 | |
| 10925 | JORDAN, ANGELA, 2807 HOUSTON DR., SO, LAMARQUE, TX 77568 | |
| 10925 | JORDAN, ANTONIO, 628 RIVERSIDE DRIVE, PASADENA, MD 21122 | |
| 10925 | JORDAN, AUBREY, 1840 MCKELVEY ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | JORDAN, BILLIE, 6266 GLOUCHESTER RD, JACKSONVILLE, FL 32211 | |
| 10925 | JORDAN, BONNIE, 5257 JEFFERSON RD, COMMERCE, GA 30529 | |
| 10925 | JORDAN, BRIGETT, 510 RAMAPO AVE, POMPTON LAKES, NJ 07442 | |
| 10925 | JORDAN, CATHY, 4716 DOVE TREE LN, OKLAHOMA CITY, OK 73162 | |
| 10925 | JORDAN, CHARLES, RT. 1, BOX 157, MIZE, MS 39116 | |
| 10925 | JORDAN, CHRISTINA, 3032 HWY. 151N, DOWNSVILLE, LA 71234 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JORDAN, CHRISTOPHER, 3503 GOODRICH ROAD, VALPARAISO, IN 46385

10925   JORDAN, DALE, 1626 BRANDI LANE, CHATTANOOGA, TN 37343

10925   JORDAN, DAPHNE, 5825 GULFTON #31022, HOUSTON, TX 77081

10925   JORDAN, DAVID, 6 MCKENZIE LANE, FOXBORO, MA 02035

10925   JORDAN, DAWN, 2916 S.W. 22ND CIRCLE APT 20-F2, DELRAY BEACH, FL 33445

10925   JORDAN, DENNIS, 1023 PLYMOUTH AVE, SAN FRANCISCO, CA 94112

10925   JORDAN, DON, 4074 BRASEWOOD DR, HUNTSVILLE, AL 35801

10925   JORDAN, DONALD, 171 RIVER TRAIL, BOERNE, TX 78006

10925   JORDAN, DONZELLA, 4074 BRASEWOOD, HUNTSVILLE, AL 35802

10925   JORDAN, DUSTIN, 516 1/2 N AVE F LOT 13, BURKBURNETT, TX 76354

10925   JORDAN, EARNEST, 4401 SPARTACUS DR, HUNTSVILLE, AL 35805

10925   JORDAN, EDWIN, 5844 CANOBIE AVE, WHITTIER, CA 90601

10925   JORDAN, ELLA, 1015 JORDAN ROAD, LAKELAND, FL 33811-1510

10925   JORDAN, FLORENCE, 6117 GREENBRIAR LN SW, CEDAR RAPIDS, IA 52404

10925   JORDAN, GAYLE, 1308 CREW ST, ROANOKE RAPIDS, NC 27870

10925   JORDAN, HEATHER, 106 S. GREGG ST., COLUMBIA, SC 29205

10925   JORDAN, IRENE, PO BOX 453, BELTON, SC 29627

10925   JORDAN, JANET, 90 KIMBALL HILL ROAD, 7, HUDSON, NH 03051

10925   JORDAN, JEFFREY, 437 N. HAUGH ST., INDIANAPOLIS, IN 46222

10925   JORDAN, JENNIFER, 2745 BONNER, LIZELLA, GA 31052

10925   JORDAN, JIMMY, 738 PAS TRAIL, HUFFMAN, TX 77336

10925   JORDAN, JOANN, 1106-2 MONTICELLO LANE, PORT ORANGE, FL 32119-7814

10925   JORDAN, JOHN, 114 VINEHILL RD, GREENVILLE, SC 29607

10925   JORDAN, JOHN, 705 EAST CURTIS ST, SIMPSONVILLE, SC 29681

10925   JORDAN, JOHNIE, ROUTE 1 BOX 81C, RUSH SPRINGS, OK 73082

10925   JORDAN, JONATHAN, 52 CAMERON CIRCLE, LAUREL SPRING, NJ 08021

10925   JORDAN, JORGE, 13431 S.W. 23 ST., MIAMI, FL 33175

10925   JORDAN, JOVINE, 350 ROCK AVE, PISCATAWAY, NJ 08854

10925   JORDAN, JOYCE, 401 RT. 22 WEST, 30A, NO. PLAINFIELD, NJ 07060

10925   JORDAN, LINDA, 157 MATHIS DAIRY ROAD, SPARTANBURG, SC 29307

10925   JORDAN, LORETTA, 1105 W 5TH ST, PLAINFIELD, NJ 07061

10925   JORDAN, MARVIN, 9809 THEODORA AVE, BAKERSFIELD, CA 93312

10925   JORDAN, MILDRED, 4545 LIVE OAK #317, DALLAS, TX 75204

10925   JORDAN, MITZI, 933 BRUTON, MESQUITE, TX 75149

10925   JORDAN, PATRICIA, 7305 HEARTLAND CIRCLE, TALLAHASSEE, FL 32312

10925   JORDAN, PAUL A, 1413 E GEORGIA ROAD, SIMPSONVILLE, SC 29681

10925   JORDAN, PAUL, 1419 E GEORGIA RD, SIMPSONVILLE, SC 29681

10925   JORDAN, RAY L, 5601 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   JORDAN, RAYMOND, 1475 GORDON DRIVE, GLEN BURNIE, MD 21061

10925   JORDAN, RICHARD, 5300 RIVER RD, PETERSBURG, VA 23803

10925   JORDAN, RONALD, 117 BROCKTON DRIVE, CARENCRO, LA 70520

10925   JORDAN, RONALD, 929 N. GOLDEN RULE DRIVE, LAKELAND, FL 33803-3711

10925   JORDAN, RONI, 174 SPRING ST, HANOVER, MA 02339

10925   JORDAN, RONNIE, 1205 HAYNESWORTH ROAD, GREENVILLE, SC 29617

10925   JORDAN, S, 42 OAK ST, BLOOMINGDALE, NJ 07403

10925   JORDAN, SAMMY, 906 N JACKSON, IOWA PARK, TX 76367

10925   JORDAN, SAMUEL, 106 MELLYN ST, PIEDMONT, SC 29673

10925   JORDAN, SHEILA, 450 PAJARO AVE., VENTURA, CA 93004

10925   JORDAN, STANLEY, 103 MAIN ST, DARBY, PA 19023

10925   JORDAN, STELLA, 5834 FIFER DR, ALEXANDRIA, VA 22303

10925   JORDAN, SUE B, 216 NEEDLES DR, SIMPSONVILLE, SC 29680

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JORDAN, SUSAN, 318 WADE ROAD, BECKLEY, WV 25801 | |
| 10925 | JORDAN, SYLVIA, 1812 FOREST TRACE DR, COLUMBIA, SC 29204 | |
| 10925 | JORDAN, TAMELA, PO BOX 1346, OCEAN SPRINGS, MS 39564 | |
| 10925 | JORDAN, THOMAS, 510 S FIRST ST, CONROE, TX 77301 | |
| 10925 | JORDAN, TIEDRE, 4233 JONESBORO RD, FOREST PARK, GA 30050 | |
| 10925 | JORDAN, WEBSTER, 4945 N. FAIRHILL ST., PHILADELPHIA, PA 19120 | |
| 10925 | JORDAN, WILLIAM, 12 JAMIL LANE, SALEM, NH 03079 | |
| 10925 | JORDANE COSMETICS INC., C/O MR. JOHN FONTANA, 75 SABIN ST, PANTUCKETT, RI 02860 | |
| 10925 | JORDANO III, JOHN, 3750 FOOTHILL RD, SANTA BARBARA, CA 93105-1909 | |
| 10925 | JORDANS SERVICE CENTER, 202 W MAIN ST, ELMWOOD, IL 61529 | |
| 10925 | JORDEN, ELIZABETH, 5 CREST DRIVE, MONTGOMERY, AL 36108 | |
| 10925 | JORDON, LISA, 4405 N. 14TH ST, MILWAUKEE, WI 53209 | |
| 10925 | JORDON, TAMMY, 862 BURGESS RD, SAWANEE, GA 30174 | |
| 10925 | JORGE GOYTISOLO, ONE TOWN CENTER RD., BOCA RATON, FL 33486 | |
| 10925 | JORGE L TORRENS, 7255 TIDWELL ROAD, PACE, FL 32571 | |
| 10925 | JORGE, ALFRED, 19 MILTON ST, ARLINGTON, MA 02174 | |
| 10925 | JORGE, JANET, 221 JAMES CT, SO S.F., CA 94080 | |
| 10925 | JORGE, PEDRO, CALLE PARIS #243, HATO REY, PR 00917 | |
| 10925 | JORGE, RICHARD, 2226 EAGLE LOOP, SUTHERLIN, OR 97479 | |
| 10925 | JORGE, TOMAS, 25-65 48TH ST., ASTORIA, NY 11103 | |
| 10925 | JORGENSEN STEEL, 59 SOUTH ST, HOPKINTON, MA 01748 | |
| 10925 | JORGENSEN, DON, 1286 RIVERDALE, ONEIDA, WI 54155 | |
| 10925 | JORGENSON, CALVIN, 906 JEFFERSON SCHOOL RD, GLENDIVE, MT 59330 | |
| 10925 | JORGENSON, HAROLD, RURAL ROUTE 1 BOX 98, FULLERTON, ND 58441-9782 | |
| 10925 | JORGENSON, MARTA, 3756 CARDIFF AVE, LOS ANGELES, CA 90034 | |
| 10925 | JOS. J. SAYRE & SON CO., 1243 TENNESSEE AVE., CINCINNATI, OH 45229 | |
| 10925 | JOSE A RAMOS &, BLANCA L RAMOS JT TEN, 3100 HEATH AVE BOX 6D, BRONX, NY 10463-5853 | |
| 10925 | JOSE ANTONIO GONZALEZ &, CYNTHIA P GONZALES JT TEN, 9025 HEMLOCK DR, OVERLAND PARK, KS 66212-2963 | |
| 10925 | JOSE CHAVEZ, 4352 S.WASHTENAW, CHICAGO, IL 60632 | |
| 10925 | JOSE ENRIQUE HERRERA &, C GLORIA HERRERA JT TEN, 4665 S LEISURE CT, ELLICOTT, MD 21043-6423 | |
| 10925 | JOSE FRANCISCO RAMOS, C1 MENTA 5 08840, VICADELAS, | *VIA Deutsche Post* |
| 10924 | JOSE HAVIR FILHO & CIA. LTDA., RUA SEVER DO VOUGA NO. 389, ATIBAIA, SAO PAULA, 12951-790BRAZIL | *VIA Deutsche Post* |
| 10924 | JOSE HAVIR FILHO & CIA. LTDA., RUA SEVER DO VOUGA NO. 389, ATIBAIS, SAO PAULO, 12951-790BRAZIL | *VIA Deutsche Post* |
| 10925 | JOSE HUMBERTO VASZQUEZ MARROQUIN, LA AVENIDA NO 31, COTIO ZONA 11, KILOMETRO 14 1/2, CARRETERA, ROOSEVELT, GUATEMALA | |
| 10925 | JOSE JOAQUIN PEREZ & CIA., PO BOX 999, SANTA FE DE BOGOTA, 99999COLOMBIA | *VIA Deutsche Post* |
| 10925 | JOSE LUIS RODRIGUEZ, CAN SADURNI 9, 08859 BEGUES, BARCELONA, SPAIN | *VIA Deutsche Post* |
| 10925 | JOSE MARIA BOSSIO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | JOSE MONESERRAT LOPEZ, CASILLA 3761, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | JOSE R ALONSO, 91 LOMA VISTA, ORINDA, CA 94563-2237 | |
| 10925 | JOSE REYES, 2146 W HIGHLAND, CHICAGO, IL 60659 | |
| 10925 | JOSE VALLE RIESTRA C, C/O MRS LUISA DE VALLE RIESTRA, AGUSTIN DE LA TORRE GONZALES, 231-B SAN ISIDRO, LIMA, PERU | *VIA Deutsche Post* |
| 10925 | JOSE, FLERIDA, 1441 SOUTHERN AV#302, OXON HILL, MD 20745 | |
| 10925 | JOSEFDOTTIR, THORA, 7453 ARMSTRONG PLACE, SAN DIEGO, CA 92111 | |
| 10925 | JOSEP L RODRIGUEZ, CAN SADURNI 9 08859, BEGUES, SPAIN | *VIA Deutsche Post* |
| 10925 | JOSEP REYES, URB STA MA DE LA VALL, C/15 P/4 08757, CORBERA AS LIOBREGAT, BARCELONA, SPAIN | *VIA Deutsche Post* |
| 10925 | JOSEPH A BOSHART, 2740 NW 26TH CIRCLE, BOCA RATON, FL 33431 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOSEPH A COGLIANO, 351 STURTONS LANE, PASADENA, MD 21122

10925   JOSEPH A GEBHARDT &, HELEN ELIZ GEBHARDT JT TEN, 11510 OGLESBY, JACINTO CITY, TX 77029-3030

10925   JOSEPH A GEBHARDT SR GDN, JOSEPH A GEBHARDT JR, 11510 OGLESBY, HOUSTON, TX 77029-3030

10925   JOSEPH A KOCHIS CO LPA, 2000 STANDARD BLDG, 1370 ONTARIO ST, CLEVELAND, OH 44113-1701

10925   JOSEPH A MARYANSKI, 92 WEST 9TH ST, BAYONNE, NJ 07002-1302

10925   JOSEPH A MAZUR &, HELEN MAZUR JT TEN, 3050 FAIRFIED AVE, APT 5-K, RIVERDALE, NY 10463-3314

10925   JOSEPH A NENCHECK, 20 APPLEWOOD LANE, MORRIS TOWNSHIP, NJ 07960-5955

10925   JOSEPH A PLESSL, 2840 SADDLEBROOK LANE, BETHLEHEM, PA 18017-3149

10925   JOSEPH A RIGHTMYER, 12643 GOLDEN OAK DR, ELLICOTT CITY, MD 21042-1149

10925   JOSEPH A SCIULLO &, JANE H SCIULLO TEN ENT, 1162 FIRWOOD DRIVE, PITTSBURGH, PA 15243-1825

10925   JOSEPH A SEALE, 8520 GULF BLVD 16, NAVARRE BEACH, FL 32566-7249

10925   JOSEPH A SOLOMON, 1601 44S LANSDOWNE AVE, LANSDOWNE, PA 19050

10925   JOSEPH A TAVIANINI, 1381 CHURCH ROAD, WINDGAP, PA 18091-9755

10925   JOSEPH A YOUNG &, KATHLEEN M YOUNG JT TEN, 13 LAKERIDGE DR, GEORGETOWN, MA 01833-1401

10925   JOSEPH ANTHONY SULLO, 1610 RUTLAND ROAD, TIFTON, GA 31794-7022

10925   JOSEPH B BERMAN &, H ELEANOR BERMAN, JT TEN, 22 CARTERET ST, UPPER MONTCLAIR, NJ 07043-1304

10925   JOSEPH BALAN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   JOSEPH BOARDMAN, S. 1626 SHERMAN, SPOKANE, WA 99203

10925   JOSEPH BROWDER, 150 OAK RIDGE PLACE, GREENVILLE, SC 29615

10925   JOSEPH BYRNE, 556 GIDNEY AVE, NEWBURGH, NY 12550-2810

10925   JOSEPH C BREWSTER, C/O MARJORIE F BREWSTER, BOX 96, VINEBURG, CA 95487-0096

10925   JOSEPH C CACCIOLA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JOSEPH C DEFRANCISCO, 2 WOODBURY WAY, FAIRPORT, NY 14450-2475

10925   JOSEPH C FERRARA &, LYNN A FERRARA JT TEN, 25 SUNRISE DR, MONTVALE, NJ 07645-1015

10925   JOSEPH C FLOREK &, BLANCHE FLOREK JT TEN, 11204 W 189TH ST, MOKENA, IL 60448-8937

10925   JOSEPH C HUPPMAN, 1102 SIDNEY ST, SYRACUSE, NY 13219-1720

10925   JOSEPH C SPADARO, 611 BROOKSIDE DR, TOMS RIVER, NJ 08753-5602

10925   JOSEPH C TORRACO &, LINDA TORRACO JT TEN, 5551 NW 49TH WAY, COCONUT CREE, FL 33073-3725

10925   JOSEPH C TORRACO, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   JOSEPH C. REGAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   JOSEPH C. SMITH JR., 2133 85TH ST, NORTH BERGEN, NJ 07047

10925   JOSEPH CAGGIANO, 18590 ALMADEN RD, SAN JOSE, CA 95120-3222

10925   JOSEPH CHOMSKY &, EDITH CHOMSKY JT TEN, 1363 PINE COURT, EAST MEADOW, NY 11554-4512

10925   JOSEPH CHORNYEI &, ELIZABETH LEE CHORNYEI TEN ENT, 7718 HUNTERS GROVE ROAD, JACKSONVILLE, FL 32256-7212

10925   JOSEPH COSNOW & BETH COSNOW, JT TEN, 152 E 22ND ST, NEW YORK, NY 10010-6338

10925   JOSEPH CUNDER, 622 WHITE OAK RIDGE RD, SHORT HILLS, NJ 07078-1368

10925   JOSEPH CWIK &, RITA T CWIK TR UA DEC 3 96, CWIK LIVING TRUST, 826 OAK TERRACE DR, PRESCOTT, AZ 86301-1722

10925   JOSEPH DANIEL O BRYAN, 312 STOCKTON DR, OWENSBORO, KY 42303-7012

10925   JOSEPH DIXON CRUCIBLE COMPANY, C/O C.T. CORP SYSTEM, 1601 ELM ST, DALLAS, TX 75201

10925   JOSEPH E ANTONIAK &, PEGGY L ANTONIAK JT TEN, 2636 MASETH AVE, BALTIMORE, MD 21219-1809

10925   JOSEPH E ARADO, BOX 719, MANCOS, CO 81328-0719

10925   JOSEPH E BARBATI, 518 WAYNE AVE, ELLWOOD CITY, PA 16117

10925   JOSEPH E FILICE, TR UA JUL 11 90, THE JOSEPH FILICE FAMILY TRUST, 2030 ALMADEN RD, SAN JOSE, CA 95125-1911

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JOSEPH E MCGURN, 69 HORNE AVE, MEDFORD, MA 02155-1350

10925    JOSEPH E MOON &, DEBRA S MOON JT TEN, 22150 MARKET ST, WINAMAC, IN 46996

10925    JOSEPH E REYNOLDS, 5518 SOUTHWOOD DR, MEMPHIS, TN 38120

10925    JOSEPH E TREADWELL IV, 21101 KEENEY MILL RD, FREELAND, MD 21053-9646

10925    JOSEPH F HOWARD TRUST, UTD 4 28 89 FBO, JOSEPH F HOWARD, 630 GEORGES LANE, ARDMORE, PA 19003-1906

10925    JOSEPH F KREISEL &, CONCETTA M KREISEL JT TEN, 96 GRAHAM TERR, SADDLE BROOK, NJ 07663-4524

10925    JOSEPH F RICE, NESS, MOTLEY, LOADHOLT, POOLE, 28 BRIDGESIDE BLVD PO BOX 1792, MT PLEASANT, SC 29465

10925    JOSEPH F RIORDAN, 514 MADISON DR, E WINSOR, NJ 08520-5326

10925    JOSEPH F STECKER JR &, MARGARET MARY STECKER FOSS JT TEN, PO BOX 1359, BREVARD, NC 28712-1359

10925    JOSEPH F TADDIE, 7000 VALLEY HAVEN DR, CHARLOTTE, NC 28211-6161

10925    JOSEPH F TERENZI, 688 KING ROAD, FRANKLIN LAKES, NJ 07417

10925    JOSEPH F ZUGELTER, 65 JUAN DR, MILFORD, OH 45150-0000

10925    JOSEPH F. PORINCHAK, 1801 RAINBOW DR., SILVER SPRING, MD 20904

10925    JOSEPH FITZSIMMONS, 7 DORCHESTER RD, EMERSON, NJ 07630-1005

10925    JOSEPH FRANCIS CERAVOLO, PO BOX 203, HAMPTON BAYS, NY 11946-0105

10925    JOSEPH G ALFIERI TR UA JUL 10 81, THE ALFIERI TRUST, 4845 S WARREN AVE, TUCSON, AZ 85714-1750

10925    JOSEPH G BOULLION, 905 N AVE J, CROWLEY, LA 70526-3844

10925    JOSEPH G DAVANZO &, PATRICIA A DAVANZO JT TEN, 40958 COVENTRY RD, NOVI, MI 48375-5214

10925    JOSEPH G GRECO JR &, BARBARA J GRECO JT TEN, 571 E CENTER ST, NESQUEHONING, PA 18240-1711

10925    JOSEPH G GRECO JR &, JOHN A GRECO JT TEN, 571 E CENTER ST, NESQUEHONING, PA 18240-1711

10925    JOSEPH G GRECO JR &, JOSEPH A GRECO JT TEN, 571 E CENTER ST, NESQUEHONING, PA 18240-1711

10925    JOSEPH G HERTWECK JR &, CATHERINE M HERTWECK JT TEN, 113 BERRY HILL RD, GLENSHAW, PA 15116-3125

10925    JOSEPH G KAMINSKI, 125 SOUTH MARKET ST, ELYSBURY, PA 17824-9716

10925    JOSEPH G. ROGAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    JOSEPH G. SCHROER, PO BOX 414533, KANSAS CITY, MO 64141-4533

10925    JOSEPH GIBBS, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511

10925    JOSEPH GROUP, THE, 19219 CAPTAIN WATCH ROAD, CORNELIUS, NC 28031

10925    JOSEPH H GIBBS, 7124 MARIANA COURT, BOCA RATON, FL 33433

10925    JOSEPH H PEKTAS, 1055 PRINCESS GATE BLVD, WINTER PARK, FL 32792-6126

10925    JOSEPH H TADDEO, 3446 TIMBERWOOD TRAIL, RICHFIELD, OH 44286-9755

10925    JOSEPH HENRY MORGAN, PO BOX 685, REX, GA 30273-0685

10925    JOSEPH HILA, 8600 SHORE FRONT PKY, ROCKAWAY BEACH, NY 11693-1854

10925    JOSEPH J BALAN, 2400 SPRINGDALE BLVD #202, PALM SPRINGS, FL 33461

10925    JOSEPH J BOYCE &, ALICE K BOYCE JT TEN, 597 NEWTON AVE, UNIONDALE, NY 11553-2825

10925    JOSEPH J CERBONE, BOX 449, MT KISCO, NY 10549-0449

10925    JOSEPH J DOANE &, PATRICIA G DOANE JT TEN, 8502 BUCKHANNON DR, POTOMAC, MD 20854-3503

10925    JOSEPH J KADELOCK, BOX 402, SPRINGTOWN, PA 18081-0402

10925    JOSEPH J KOSYJANA, 19312 ENSOR RD, WHITE HALL, MD 21161-8809

10925    JOSEPH J LIFRIERI &, MARY G LIFRIERI JT TEN, 15 NICHOLS AVE, AVON, MA 02322-1709

10925    JOSEPH J MASSEY &, ELIZABETH MASSEY JT TEN, OGDENSBURG RD PO BOX 72, FRANKLIN, NJ 07416-0072

10925    JOSEPH J PRETEROTTI, 29 DANDY DR, COS COB, CT 06807-2204

10925    JOSEPH J SKAPIN, 2000 W 36TH ST, LORAIN, OH 44053-2508

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOSEPH JAMES HEDLEY &, MARY ANN HEDLEY JT TEN, 8 BELFORD CIRCLE, WOBURN, MA 01801-5339

10925   JOSEPH K DOWLING, 1007 134 ST., BRADENTON, FL 34202

10925   JOSEPH K DOWLING, 1007 134TH ST E, BRADENTON, FL 34202-9499

10925   JOSEPH K. & INEZ FOUNDATION, GEN COUNSEL, 270 N. CANYON DR., SUITE 1191, BEVERLY HILLS, CA 90210

10925   JOSEPH KASAY &, VALERIE KASAY JT TEN, 1829 SW 19 ST, MIAMI, FL 33145-2715

10925   JOSEPH KAVANAUGH CO, INC, THE, 201 S. CENTRAL AVE., BALTIMORE, MD 21202

10925   JOSEPH KOCH, 243 BUCKNER AVE, HADDON TWP, NJ 08033-2913

10925   JOSEPH KOE &, MILDRED KOE JT TEN, 9 SHARON DR, SPARTA, NJ 07871-3505

10925   JOSEPH L ITRI &, GLENNA ITRI TEN ENT, 910 LONGACRE BLVD, YEADON, PA 19050-3322

10925   JOSEPH L LEONARD, 259 PERKINSWOOD NE APT B4, WARREN, OH 44483-4464

10925   JOSEPH L STAVES, 1709 CORKY LANE, LAKE CHARLES, LA 70605-5269

10925   JOSEPH L. TEAMER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JOSEPH LAZZARA, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   JOSEPH LE PORE &, LETITIA LE PORE JT TEN, 428 MERION AVE, PINE BEACH, NJ 08741-1604

10925   JOSEPH LOMBARDI, 13 CHURCH LANE, WAYNE, NJ 07470-3320

10925   JOSEPH LOUIS BRENSIC &, HARRIET BRENSIC JT TEN, 13 FOURTH ST, MANHASSET, NY 11030-3112

10925   JOSEPH LUNETTA, 20 BEECH ST, BELLEVILLE, NJ 07109-2702

10925   JOSEPH M BUERCKE &, MARY T BUERCKE JT TEN, 26 SOUTHVIEW TERRACE SOUTH, MIDDLETOWN, NJ 07748-2415

10925   JOSEPH M DE GEORGE &, CAROL A DE GEORGE JT TEN, 14921 JASLOW ST, CENTREVILLE, VA 22020-1538

10925   JOSEPH M GARCIA &, ANNA GARCIA JT TEN, PO BOX 3269, MELVINDALE, MI 48122-0269

10925   JOSEPH M KACENA TR UA 0CT 1 80, MARTINEK MEMORIAL TRUST, PO BOX 74365, CEDAR RAPIDS, IA 52407-4365

10925   JOSEPH M KACENA, PO BOX 1144, CEDAR RAPIDS, IA 52406-1144

10925   JOSEPH M KOLACIA &, PAULA M KOLACIA JT TEN, 47 COLUMBUS RD, DEMAREST, NJ 07627-1401

10925   JOSEPH M LIMA, 2540 KNOTTY PINE WAY, CLEARWATER, FL 33761-3908

10925   JOSEPH M PEREZ, 63-59 78TH ST, MIDDLE VILLAGE, NY 11379-1307

10925   JOSEPH M SHELDON, 520 E MAIN ST, VAN WERT, OH 45891-1849

10925   JOSEPH M T DALY, 466 LINCOLN AVE, CLIFFSIDE PARK, NJ 07010-1820

10925   JOSEPH M. SPIAK, 6 HAZELNUT ST, ACTON, MA 01720

10925   JOSEPH MACOR JR &, ALIDA MACOR JT TEN, BOX 187, MARTINSVILLE, NJ 08836-0187

10924   JOSEPH MIORELLI & CO INC, PO BOX 217, HAZLETON, PA 18201

10924   JOSEPH MIORELLI & CO., P.O. BOX 217, HAZLETON, PA 18201-0217

10925   JOSEPH MOLINARI, 200 ENTERPRISE WAY, TRENTON, NJ 08638

10925   JOSEPH N BEUCHER TR UA JUN 15 88, 22099 SOLIEL CIR E, BOCA RATON, FL 33433

10925   JOSEPH N LUCIA, 40 HARRISON ST, CLARK, NJ 07066-3214

10925   JOSEPH NEWMARK &, FRAN NEWMARK JT TEN, 524 MIDVALE RD, VESTAL, NY 13850-3818

10925   JOSEPH P CARRARA & SONS,INC, PO BOX 60, NORTH CLARENDON, VT 05759

10925   JOSEPH P CEFALU &, LENORE M CORALLO TR, UW PETER J CEFALU, 1563 OAK CANYON DR, SAN JOSE, CA 95120-5709

10925   JOSEPH P FOLEY, 140 HUNTER AVE, FANWOOD, NJ 07023-1031

10925   JOSEPH P SPEESE, 2511 BAR HARBOR CT, NAPERVILLE, IL 60564-8477

10925   JOSEPH P WURZLER EXEC, UW JOSEPH S WURZLER, C/O JANE SANDER, 18 ROCK ORCHARD LANE, RYE, NH 03870-2231

10925   JOSEPH P YACKA JR &, PATRICIA A YACKA JT TEN, 543 ADDISON RD, GLASTONBURY, CT 06033-1302

10925   JOSEPH PAUL CICCONE, 300 HOYTS WHARFS ROAD, GROTON, MA 01450

10925   JOSEPH R DIEHL, 501 GRANT AVE, GENEVA, IL 60134-1118

10925   JOSEPH R EVERY, PO BOX 160, MANSFIELD, PA 16933-0160

10925   JOSEPH R GLENNON, 25 PROSPECT ST, SO DARTMOUTH, MA 02748-3438

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | JOSEPH R HUGHES, 4716 LEVIS LANE, GODFREY, IL 62035-1382 | |
| 10925 | JOSEPH R RETTINGER, 12244 NE RUSSELL, PORTLAND, OR 97230-1845 | |
| 10925 | JOSEPH R TERRILL, 1727 S SAVANNAH CT, VISALIA, CA 93277 | |
| 10925 | JOSEPH R. LOEHE, 9814 MILLWICK DR, ELLICOTT CITY, MD 21043 | |
| 10925 | JOSEPH RABINOVITS &, SARAH RABINOVITS JT TEN, 581 MONTGOMERY ST, BROOKLYN, NY 11225-3009 | |
| 10925 | JOSEPH ROTHBARD & CO INC, 1309 NOBLE ST 7TH FLR, PHILADELPHIA, PA 19123 | |
| 10925 | JOSEPH ROTTMANN CUST JILL, ROTTMANN UNDER IL GIFT MIN ACT, 2826 EAST ROAD, DANVILLE, IL 61832-1514 | |
| 10925 | JOSEPH RUSSO, PO BOX 47, ARDONIA, NY 12515-0047 | |
| 10925 | JOSEPH S CIRILLO &, ADA CIRILLO JT TEN, 10 SHARON LANE, RYE, NY 10580-1531 | |
| 10925 | JOSEPH S GOSMANO &, VELMA GOSMANO JT TEN, 2321 NW FRANCES ST, LEE SUMMIT, MO 64081-2046 | |
| 10925 | JOSEPH S HAGINS, PO BOX 681, CAMDEN, SC 29020-0681 | |
| 10925 | JOSEPH S IANDIORIO, 260 BEAR HILL RD, WALTHAM, MA 02154-1018 | |
| 10925 | JOSEPH S LAMBERG, 8814 PATTON DR, WINDMOOR, PA 19038-7434 | |
| 10925 | JOSEPH S LOMBARDO &, FRANCES M LOMBARDO JT TEN, 4425 20TH ST W, BRADENTON, FL 34207-1312 | |
| 10925 | JOSEPH S SKOWRON &, BOLAC J SKOWRON JT TEN, PO BOX 374, BONDSVILLE, MA 01009-0374 | |
| 10925 | JOSEPH S STONELAKE, 5400 BRPKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3521 | |
| 10925 | JOSEPH SERPICO, 1386 ALBANY AVE, BROOKLYN, NY 11203-5638 | |
| 10925 | JOSEPH SHIMSHAK, 70 WEST 34TH ST, BAYONNE, NJ 07002-2818 | |
| 10925 | JOSEPH SOKOLOWSKI, 106 DOLSHIRE DR N, SYRACUSE, NY 13212-3532 | |
| 10925 | JOSEPH STEIN, 2915 GREEN ST, HARRISBURG, PA 17110-1233 | |
| 10925 | JOSEPH T BANNAK &, ANNA M BANNAK JT TEN, CANARY RD, BOX 109 R D 2, QUAKERTOWN, PA 18951-9802 | |
| 10925 | JOSEPH T BUSCHE, 7316 NW 120TH, OKLAHOMA CITY, OK 73162-1513 | |
| 10925 | JOSEPH T JONES, 1956 ROUTE 5 & 20, WATERLOO, NY 13165 | |
| 10925 | JOSEPH T PARKER III &, MARIE M PARKER JT TEN, 200 WILLARD, HATBORO, PA 19040-2426 | |
| 10925 | JOSEPH T RYERSON & SON, PO BOX 360310, PITTSBURGH, PA 15251-6310 | |
| 10925 | JOSEPH T RYERSON & SON, PO BOX 691, BUFFALO, NY 14240 | |
| 10925 | JOSEPH T RYERSON & SON,INC, PO BOX 751194, CHARLOTTE, NC 28275 | |
| 10925 | JOSEPH T. RYERSON & SON INC., PO BOX 13465, NEWARK, NJ 07188-0465 | |
| 10925 | JOSEPH T. RYERSON & SON INC., PO BOX 98977, CHICAGO, IL 60693-8977 | |
| 10925 | JOSEPH T. RYERSON &SON INC., BOX 8000-A, CHICAGO, IL 60680 | |
| 10925 | JOSEPH THOMAS CRIST, 28442 WEST KELSEY CRT, BARRINGTON, IL 60010-1822 | |
| 10925 | JOSEPH TITTMAN &, NATHALIE TITTMAN JT TEN, 73-36 173RD ST, FLUSHING, NY 11366-1428 | |
| 10925 | JOSEPH W FALCONE & VIOLET C, FALCONE TR UDT OCT 23 90, JOSEPH W FALCONE TRUST, 3301 S OCEAN BLVD 302, HIGHLAND BEACH, FL 33487-2528 | |
| 10925 | JOSEPH W GRANT, BOX 2594, LYONS, CO 80540 | |
| 10925 | JOSEPH W HOMAN &, HELEN R HOMAN JT TEN, 19 CHARING CROSS RD, S DENNIS, MA 02660-2913 | |
| 10925 | JOSEPH W JOHNSON III, 9 LANCELOT COURT, NORWOOD, MA 02062-1067 | |
| 10925 | JOSEPH W OLIVA &, JOYCE V OLIVA JT TEN, PO BOX 520, RAINIER, OR 97048-0520 | |
| 10925 | JOSEPH W REINERS &, ROBIN W REINERS JT TEN, 1140 CRESTVIEW CT SO, MAPLEWOOD, MN 55119-6018 | |
| 10925 | JOSEPH W WHEELER, 521 7TH AVE, SALT LAKE CITY, UT 84103 | |
| 10925 | JOSEPH W. POWELL, 2371 LAKE VILLAGE DR., KINGWOOD, TX 77339 | |
| 10925 | JOSEPH WAHL, 2934 IRWIN DR SE, SOUTHPORT, NC 28461-8457 | |
| 10925 | JOSEPH WALCZAK & ADELE WALCZAK, JT TEN, 11416 S RIDGELAND AVE, WORTH, IL 60482-2149 | |
| 10925 | JOSEPH WEIL & SONS, 825 EAST 26TH ST, LA GRANGE PARK, IL 60526 | |
| 10925 | JOSEPH WOLLMAN &, JO ANN WOLLMAN JT TEN, 510 SHOSHONE DR, WAUKESHA, WI 53188-4534 | |
| 10925 | JOSEPH, ANNAMMA, 1945 W HUNTING PARK, PHILA PA, PA 19140 | |
| 10925 | JOSEPH, CHRISTOPHER, 29 BLVD PKWY, ROCHESTER, NY 14612 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOSEPH, DEBORAH, 2320 SMITH ROAD, INDIANAPOLIS, IN 46231

10925   JOSEPH, ELIZABETH, 7408 RICHARDS RD., MELROSE PARK, PA 19027

10925   JOSEPH, ESQ, MICHAEL B, AND THEODORE J TACCONELLI, ESQ, FERRY & JOSEPH, PA, 824 MARKET ST #904, PO BOX 1351, WILMINGTON, DE 19899

10925   JOSEPH, FRANK D, 19219 CAPTAINS WATCH RD, HUNTERSVILLE, NC 28078

10925   JOSEPH, GILBERT, 464 LA GRANDE AVE, FANWOOD, NJ 07023

10925   JOSEPH, JR, MORRIS, 2810 GUINN ST, LAKE CHARLES, LA 70601

10925   JOSEPH, JULIE, 23 SHADY NOOR AVE 2ND FL, BALTIMORE, MD 21228

10925   JOSEPH, KURT, 1365 NW 99TH AVE, PEMBROOKE, FL 33024

10925   JOSEPH, LEELAMMA, 4705 BAYPORT DR., GARLAND, TX 75043

10925   JOSEPH, LISSY, 8535 LAPRADA DR., DALLAS, TX 75228

10925   JOSEPH, LURA, 2316 HUNTLEIGH DRIVE, OKLA CITY, OK 73120

10925   JOSEPH, LYNN, 308 WESTWOOD CIR., DALTON, GA 30721

10925   JOSEPH, PETER, 450 PRESIDENTAL CT, BOARDMAN, OH 44512

10925   JOSEPH, SHERLY, 60 ROUTE 9W A5 PIERMONT COMM, PIERMONT, NY 10968

10925   JOSEPH, SUSAN, 6717 PARKWOOD ST, LANDOVER, DC 20748

10925   JOSEPH, SUSAN, 710 MERMAID DR #303, DEERFIELD, FL 33441-1010

10925   JOSEPH, SUSAN, PO BOX 272511, BOCA RATON, FL 33427

10925   JOSEPH, YVES, 2901 POULIOT PLACE, WILMINGTON, MA 01887

10925   JOSEPHINE A TOMASCO, 112 N ORMOND AVE, HAVERTOWN, PA 19083-5013

10925   JOSEPHINE CHEUNG, 27 BISHOPS FOREST, WALTHAM, MA 02452-8801

10925   JOSEPHINE D CONKLIN, C/O LINDA CONKLIN, 22 BUTLER PL, NORTHHAMPTON, MA 01060-3308

10925   JOSEPHINE E SCHATZ, 249 VERMULE RD, BILLINGS, MO 65610-9281

10925   JOSEPHINE GERARDI &, GEORGE J CONTRADA JT TEN, 20 LODGE HILL RD, HYDE PARK, MA 02136-1325

10925   JOSEPHINE HART, 117 ELLSWORTH ST, SAN FRANCISCO, CA 94110-5640

10925   JOSEPHINE I RALPHS, C/O JOSEPHINE I BALDWIN, PO BOX 1101, ISLAMORADA, FL 33036-1101

10925   JOSEPHINE M BAASKE, 3005 MILTON DR NORTH, LAS VEGAS, NV 89030

10925   JOSEPHINE M TORPPA &, DONALD P TORPPA JT TEN, 3671 NW ARCHER ST., APT. 102, LAKE CITY, FL 32055

10925   JOSEPHINE MALATESTINIC, 100 ELDER AVE, STATEN ISLAND, NY 10309-3404

10925   JOSEPHINE MCCORD, 1008 ALVARADO RD, BERKELEY, CA 94705-1548

10925   JOSEPHINE MERLINO, 2783 ORI AVE, SAN JOSE, CA 95128-3163

10925   JOSEPHINE MONTALBANO TR UW, JOSEPH MONTALBANO, 4890 ALUM ROCK AVE, SAN JOSE, CA 95127-2410

10925   JOSEPHINE MONTALBANO, 4890 ALUM ROCK AVE, SAN JOSE, CA 95127-2410

10925   JOSEPHINE PERNICE, 2208 HOWARD AVE, SAN CARLOS, CA 94070-4511

10925   JOSEPHINE PONCE, 90 DECKER RD, WALLKILL, NY 12589-2600

10925   JOSEPHINE R ALESSANDRIA, 58-18 201ST ST, BAYSIDE, NY 11364-1626

10925   JOSEPHINE S KIEBLER &, GIUSTINA B SIMPLICIO TEN COM, 13714 OLD COLUMBIA RD, SILVER SPRING, MD 20904-4552

10925   JOSEPHINE SCHAWILLIE, 980 CENTER PLACE DR, APT H, ROCHESTER, NY 14615-4020

10925   JOSEPHINE TINSLEY, 604 NORTH MAIN ST., FOUNTAIN INN, SC 29644-1610

10925   JOSEPHS LIMOUSINE SERVICE INC, 26R MYSTIC AVE, MEDFORD, MA 02155

10925   JOSEPHSON, JAMIE, 11800 GOSHEN AVE, 105, BRENTWOOD, CA 90049

10925   JOSETTE A DUHON, 906 N FOOTE AVE, KAPLAN, LA 70548-2120

10925   JOSEY III, LUTHER, RT 1 BOX 162F, BISHOPVILLE, SC 29010

10925   JOSEY, BETTY, 4015 LUFBOROUGH, HOUSTON, TX 77066

10925   JOSHI JT TEN, ARUN N & VANDANA A, 1703 SOUTH PENN PL, KENNEWICK, WA 99337-1464

10925   JOSHI MD, C R, 1350 E LOS ANGELES AVE #1, SIMI VALLEY, CA 93065-2898

10925   JOSHI, AJAY, 19236 S KEDZIE, FLOSSMOOR, IL 60422

10925   JOSHI, AJAY, 4099 W. 71ST ST., CHICAGO, IL 60629

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JOSHI, VIPUL, 286 PINE HILL RD, WESTFORD, MA 01886

10925   JOSHI, VIPUL, 5 ROSE LANE, SANDY HOOK, CT 06482

10925   JOSHI, VIPUL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   JOSHUA ADAM COHN, 18809 BELLGROVE CIRCLE, SARATOGA, CA 95070-4566

10925   JOSHUA E BOHANNON &, THERESA C BOHANNON JT TEN, 7703 GAYEWAY DR, LOUISVILLE, KY 40219-4009

10925   JOSHUA J STRAHL, 439 YUHAS DR, PARAMUS, NJ 07652-4125

10925   JOSHUA JACOBS, TR UA JAN 18 95, JOSHUA JACOBS TRUST, 7415 PARKDALE, CLAYTON, MO 63105-2909

10925   JOSHUA S GALITZER, 17101 N E 6TH AVE, NORTH MIAMI BEACH, FL 33162-2005

10925   JOSIAH ROTENBERG, LAZARD, FRERES, & CO, 30 ROCKEFELLAR PLAZA, 60TH FLR, NEW YORK, NY 10020

10925   JOSIAH WILLARD HAYDEN RECREATION, 24 LINCOLN ST, LEXINGTON, MA 02173

10925   JOSLIN DIABETES CENTER, ONE JOSLIN PLACE, BOSTON, MA 02215

10925   JOSLIN, ANNE, 427 EAST 89TH ST 30, NEW YORK, NY 10128-6764

10925   JOSLIN, CHARLES, 8711 POTLATCH, SAN ANTONIO, TX 78242

10925   JOSLIN, SUSAN, 43 DUNKLEE ST, CONCORD, NH 03301

10924   JOSLYN CORPORATION, SANTA BARBARA RESEARCH PARK, GOLETA, CA 93116

10925   JOSLYN HI-VOLTAGE, 4000 EAST 116TH ST, CLEVELAND, OH 44105

10925   JOSSELET, MARION, 619 CR 123, MARBLE FALLS, TX 78654

10925   JOSSELINE D GOURAULT, 92 SPRING ST, MEDFIELD, MA 02052-2424

10925   JOSSELYN, SUSAN, 2010 GRACIE DRIVE, FINKSBURG, MD 21048

10925   JOSSEY-BASS INC, PO BOX 70624, CHICAGO, IL 60673-0624

10925   JOST, BONNIE, 296 G ST, NAPA, CA 94559

10925   JOST, JOHN, 12348 ECKELMANN LANE, DES PERRES, MO 63131

10924   JOSTEN CONCRETE PRODUCTS, 1201 VAN EPS, SIOUX FALLS, SD 57101

10924   JOSTENS CONCRETE PRODUCTS, 1201 S VAN EPS AVE, SIOUX FALLS, SD 57105

10924   JOSTENS CONCRETE PRODUCTS, 1201 VAN EPS, SIOUX FALLS, SD 57101

10925   JOSTENS INC. - RECOGNITION, PO BOX 94364, PALATINE, IL 60094-4364

10925   JOSTENS INC. RECOGNITION, PO BOX 15659, OKLAHOMA CITY, OK 73115-5659

10925   JOSTENS RECOGNITION DIVISION, 21342 NETWORK PLACE, CHICAGO, IL 60673-1213

10925   JOSUND, R MARTIN, W 3411 ROSAMOND, SPOKANE, WA 99224-1947

10925   JOTIE, ESTRELLITA, 1680 COUNTRY VISTAS, BONITA, CA 92008

10925   JOU RONG LEE, 1624 N ASPEN CT, VISALIA, CA 93291-9276

10925   JOUBERT, DARBY, 274 MILLBURY AVE, MILLBURY, MA 01527

10925   JOUBERT, DONNA, 812 SEAFOOD LANE, LAFAYETTE, LA 70501-5444

10925   JOUBERT, ELIZABETH, 115 SCHOOL ST, CENTRAL FALLS, RI 02863

10925   JOUBERT, VERNITA, 25 EARLINE ST, OPELOUSAS, LA 70570

10925   JOULE INC, POBOX 23356, NEWARK, NJ 07189

10925   JOURNAGAN, HENRY, BOX 396, HEALDTON, OK 73438

10925   JOURNAL OF BUSINESS, 112 EAST FIRST AVE, SPOKANE, WA 99202-1583

10925   JOURNAL OF COMMERCE, PO BOX 64961, BALTIMORE, MD 21264-4961

10924   JOURNAL RECORD BUILDING, 621 NORTH ROBINSON AVENUE, OKLAHOMA CITY, OK 73102

10925   JOURNAL SENTINEL INC, PO BOX 2913, MILWAUKEE, WI 53201-2913

10925   JOURNAL, THE, 700 13TH ST NW STE 950, WASHINGTON, DC 20005-3960

10925   JOURNAL, THE, POBOX 926108, HOUSTON, TX 77292

10925   JOVANCICEVIC, VLADIMIR, 2231 SHADE CREST DR, RICHMOND, TX 77469

10925   JOWDY PHOTOGRAPHY, 1945 LOCKHILL SELMA, SAN ANTONIO, TX 78213

10925   JOWETT, JOHN, 4575 GRISWOOLD RD., KIMBALL, MI 48074

10925   JOY COLES LEIMA, 3656 WILDWOOD FARM DR, DULUTH, GA 30096-6116

10925   JOY CONSTRUCTION INC, 10822 COURTHOUSE ROAD, FREDERICKSBURG, VA 22408

10925   JOY D SIMPSON, PO BOX 174, COLD SPRING HARBOR, NY 11724-0174

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | JOY ELECTRIC COMPANY, STANDARD ELECTRIC SYSTEM COMPANY, 91 COMMERCIAL STREET, LYNN, MA 01901 | |
| 10925 | JOY HOFFMAN, 299 BISHOP AVE, BOX 4005, BRIDGEPORT, CT 06607-0005 | |
| 10925 | JOY P SHOEMAKER &, CHARLES C SHOEMAKER JT TEN, 8114 RIVER BAY DRIVE EAST, INDIANAPOLIS, IN 46240-2996 | |
| 10925 | JOY PADERNILLA, 125 CARDINAL ST, MOONVILLE SUBD SUNVALLEY, BICUTAN PARANAQUE, METRO MANILA, PHILIPPINES | *VIA Deutsche Post* |
| 10925 | JOY R LAURIANO, 3612 SIERRA DR, HONOLULU, HI 96816-3328 | |
| 10925 | JOY ROBB, 57 1/2 FAIRVIEW AVE, PK RIDGE, NJ 07656-1435 | |
| 10925 | JOY, JOAQUINA, 513 ABBOTT FARMS LN, HUDSON, NH 03051-3686 | |
| 10925 | JOY, LINDA, 1101 W 19TH APT # 16, ODESSA, TX 79763 | |
| 10925 | JOY, MERCEDES, 15415 ARBORY WAY, LAUREL, MD 20707 | |
| 10925 | JOY, MICHAEL, 11738 S. LAUREL DRIVE, 3B, LAUREL, MD 20708 | |
| 10925 | JOY, MICHAEL, 15415 ARBORY WAY, LAUREL, MD 20707 | |
| 10925 | JOY, ROBERT, 35 MANOR HILL DR, TEWKSBURY, MA 01876 | |
| 10925 | JOY, STEPHEN L, CUST FOR CHRISTOPHER PHILLIP JOY, UNIF GIFT MIN ACT NY, 24 AUTUMN PLACE, PITTSFORD, NY 14534-2845 | |
| 10925 | JOY, THOMAS, 9137 REVERE ST, PHILA, PA 19152 | |
| 10925 | JOYAL, RONALD, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | JOYALL, ALLAN, 38 PROSPECT ROAD, ANDOVER, MA 01810 | |
| 10925 | JOYALL, ALLAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JOYCE A GRAINGER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | JOYCE A PETRO & JAMES P PETRO, JT TEN, C/O HIBBS, 130 WEST INDIANA ST, MOMENCE, IL 60954-1726 | |
| 10925 | JOYCE ANN HOGAN, 11 WOODS END COURT, WAYNE, NJ 07470-5543 | |
| 10925 | JOYCE ANNE S LAWI, 3 RAMAPO TRL, HARRISON, NY 10528-1809 | |
| 10925 | JOYCE BOEHNLEIN, 2862 ALLVIEW CIRCLE, CINCINNATI, OH 45238-2015 | |
| 10925 | JOYCE EPSTEIN ROSS CUSTODIAN, FOR RACHEL ROSS, UNIF GIFT MIN ACT NEW YORK, 200 DIPLOMAT PKWY APT 630, HALLANDALE, FL 33009-3706 | |
| 10925 | JOYCE EPSTEIN-ROSS, 200 DIPLOMAT PKWY APT 630, HALLANDALE, FL 33009-3706 | |
| 10925 | JOYCE FAYE HOWARD, 230 W 5TH ST, APT 202, VICTORIA SQ APTS, NEWPORT, KY 41071-1141 | |
| 10925 | JOYCE J DAHLBERG, 5338 A HALEILIO RD, KAPPA, HI 96746-0000 | |
| 10925 | JOYCE JT TEN, JOHN J & KATHRYN A, 4 EAST ST, SKANEATELES, NY 13152-1303 | |
| 10924 | JOYCE KILMER ELEMENTRY SCHOOL, C/O  J. L. MANTA COMPANY, CHICAGO, IL 60626 | |
| 10925 | JOYCE L. ALYN, 15963 WOODVALE AVE., ENCINO, CA 91436 | |
| 10925 | JOYCE M HAYNES, 132 OAK CANYON WAY, FOLSOM, CA 95630-1850 | |
| 10925 | JOYCE M MERCER, 4500 CARMEL ESTATES RD, CHARLOTTE, NC 28226-3417 | |
| 10925 | JOYCE O INGRAHAM, 4 SUMMIT DR SUITE 315, READING, MA 01867-4052 | |
| 10925 | JOYCE R EBY & ROBERT S EBY JT TEN, 8618 BEECHNUT DR, ELLICOTT CITY, MD 21043-4316 | |
| 10925 | JOYCE, DOROTHY, 84 O ST, S BOSTON, MA 02127 | |
| 10925 | JOYCE, MARK, 5101 HWY 445, HOPLAND, CA 95449 | |
| 10925 | JOYCE, MARY ANN, 315 BRACKEN AVE., PITTSBURGH, PA 15227 | |
| 10925 | JOYCE, MARYANNE, 17 CLARK ST, WINCHESTER, MA 01890 | |
| 10925 | JOYCE, MELISSA, 705 PEPPERHILL CIR, MYRTLE BEACH, SC 29577 | |
| 10925 | JOYCE, RICHARD, 5 GARFIELD AVE, STONEHAM, MA 02180-1206 | |
| 10925 | JOYCE, ROBERT, 38 RUSSELL ST, MEDFORD, MA 02155 | |
| 10925 | JOYCE, ROSANNE M, 504 IRVING RD, RANDOLPH, MA 02368 | |
| 10925 | JOYCE, ROSANNE, 504 IRVING RD, RANDOLPH, MA 02368 | |
| 10925 | JOYCE, RUTH, 1621 WALKER PLACE, HIGH POINT, NC 27260 | |
| 10925 | JOYCE, STEPHEN, 1613 LADD ST, SILVER SPRING, MD 20902 | |
| 10925 | JOYCE, WILLIAM, 113 WATERVALE ROAD, MEDFORD, MA 02155 | |
| 10925 | JOYNER JR, DAVE, 139 W 35TH AVE APT D4, GARY, IN 46408 | |
| 10925 | JOYNER, BARBARA, 1700 FLYNWOOD DRIVE, CHARLOTTE, NC 28205-3843 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   JOYNER, BERNARD, 5690 MEDALLION COURT, ALEXANDRIA, VA 22303

10925   JOYNER, BRIAN, 2173 MARANN DRIVE, ATLANTA, GA 30345

10925   JOYNER, CHERYL, 409 7TH AVE NW, DECATUR, AL 35601

10925   JOYNER, DAVE, 4133 W. 73RD. AVE. UNIT A, MERRILLVILLE, IN 46410

10925   JOYNER, DONALD, 2120 HALIFAX RD, ROCKY MOUNT, NC 27803

10925   JOYNER, JOSEPH, 569 W. CLOVERHURST AVE, ATHENS, GA 30606

10925   JOYNER, MARIE, PO BOX 583, GASTON, NC 27832

10925   JOYNER, RICHARD, 17 OAK RIDGE ROAD, ODENVILLE, AL 35120

10925   JOYNER, SIMEON, 3 SPRING HEATH COURT, BALTIMORE, MD 21244

10925   JOYNER, SIMEON, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925   JOZEFIAK, AMELIA, 16 COLUMBIA TERR, ADAMS, MA 01220

10925   JOZEFIAK, JAMES, 17 ENTERPRISE ST, ADAMS, MA 01220

10925   JOZEFIAK, LUCYNA, 4241 W FAIRFAX, OAKLAWN, IL 60453

10925   JOZEFIAK, STANLEY, 16 COLUMBIA TERRACE, ADAMS, MA 01220-1402

10925   JOZWIAK, JR, ALBERT, RT 1 BOX 263D, YORKTOWN, TX 78164

10925   JP AUSTIN (A-TOPS MFG), 1060 24TH ST, BEAVER FALLS, PA 15050

10925   JP COMPUTER PRODUCTS, 7724 VICTOR-MENDON ROAD, VICTOR, NY 14564

10925   JP DONMOYER, INC, PO BOX 74, ONO, PA 17077

10925   JP FOODSERVICE, INC, PO BOX 4937, BOSTON, MA 02212

10925   JP FOODSERVICE, PO BOX 4937, BOSTON, MA 02212

10925   JP MORGAN CHASE BANK, 4 CHASE METROTECH CENTER, 8TH FL, BROOKLYN, NY 11245

10925   JP MORGAN CHASE BANK, BOX 5886 GPO, NEW YORK, NY 10087-5886

10925   JP MORGAN CHASE, 1 NEW YORK PLAZA, 6TH FL, NEW YORK, NY 10081

10925   JP MORGAN CHASE, 4 CHASE METRO TECH CENTER, 8TH FL, BROOKLYN, NY 11245

10925   JP MORGAN CHASE, 55 WATER ST, 17TH FL, NEW YORK, NY 10041

10925   JP MORGAN CHASE, PO BOX 29016, BROOKLYN, NY 11202

10925   JP MORGAN SRVICES, INC, 500 STANTON CHRISTIANA RD., PO BOX 6071, NEWARK, DE 19713-2107

10925   JP RIVARD TRAILER SALES, INC, 1 WARD WAY, NORTH CHELMSFORD, MA 01863

10925   JP STEVENS -DUNEAN PLANT, VANCE E DRAWDY HAYNSWORTH BALDWIN J, PO BOX 10888, GREENVILLE, SC 29603

10925   JP TECHNICAL SERVICES, INC, 714 E. CHARLES, ARLINGTON HEIGHTS, IL 60004-4022

10925   JPC TRAINING AND CONSULTING LLC, 11014 OAK KNOLL TERRACE NORTH, MINNETONKA, MN 55305

10925   JPL SMITH, 265 S. FEDERAL HWY, #276, DEERFIELD BEACH, FL 33441

10925   JPM LOCKSMITHING, 3 SOUTH RITTERS LANE, OWINGS MILLS, MD 21117-3332

10925   JPMORGAN CHASE BANK, LETTER OF CREDIT DEPARTMENT, 10420 HIGHLAND MANOR DRIVE, 4TH FL, TAMPA, FL 33610

10925   JPR INC, RD2 BOX 107, SWEDESBORO, NJ 08085

10925   JPR SYSTEMS, 16 TECHNOLOGY DR SUITE 138, IRVINE, CA 92618

10924   JPS CONVERTER & INDUSTRIAL CORP., 33 STEVENS ST., GREENVILLE, SC 29602

10924   JPS CONVERTER & INDUSTRIAL CORP., SLATER ROAD, SLATER, SC 29683

10925   JPS TECHNOLOGIES INC, 11110 DEERFIELD ROAD, CINCINNATI, OH 45242

10925   JPV SERVICES, INC, 7206 SOUTHEASTERN AVE., HAMMOND, IN 46324

10925   JR ENERGY INC, PO BOX 158, PORTAGE, IN 46368

10925   JR NICHOLS CO INC, 1420 LOCKHART DR, KENNESAW, GA 30144-3604

10925   JR NICHOLS CO, INC, 1420 BIG SHANTY RD., STE 103, KENNESAW, GA 30144

10925   JRI ASSISTED LIVING PROGRAM, THE, 120 BOYLSTON ST 5TH FL, BOSTON, MA 02116

10924   JRL ENTERPRISES, INC., TRANSIT DIVISION, WEST MIFFLIN, PA 15122

10925   JRLON, FOX ROAD, PALMYRA, NY 14522

10925   JRM MANAGEMENT, 150 MASS MILL DR, LOWELL, MA 01852

10925   JRS SURVEYING INC, PO BOX 3099, BONNERS FERRY, ID 83805

10925   JRS SURVEYING INC., PO BOX 3099, BONNERS TERRY, ID 83805

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JRS SURVEYING, 6476 MAIN ST, PO BOX 3099, BONNERS FERRY, ID 83805

10924   J'S ROOFING INC., P.O. BOX 388, BELTON, TX 76513

10924   J'S ROOFING, 1206 WEST AVENUE O, BELTON, TX 76513

10924   JSP - USA INC.(CAPA MNFG), 7313 A GROVE ROAD, FREDERICK, MD 21704

10924   JSP (USA) INC, PO BOX 141, BUCKEYSTOWN, MD 21717

10925   JT MOYD COMPANY, 646 N HARPER ST, LAURENS, SC 29360

10924   J-TECH PRODUCTS, 4949 GREENBROOKE DRIVE, GRAND RAPIDS, MI 49512

10924   JTL COMPANY, 100 KEITH ST, WILKES BARRE, PA 18702

10924   JTL GROUP, 2800 40TH AVENUE, MISSOULA, MT 59802

10924   JTL GROUP, INC, ATTN: ACCOUNTS PAYABLE, MISSOULA, MT 59801

10925   JTM & ASSOCIATES, INC, 12249 ANSLEY COURT, KNOXVILLE, TN 37922

10925   JTM DISTRIBUTORS, 13402 WILSON ST, GARDEN GROVE, CA 92644

10925   JTWRS JT TEN, CARL M NAGATA & CARLA JEAN B, PO BOX 1784, UNION CITY, CA 94587-6784

10925   JUAN DOMINQUEZ COVARUBIAS, ARQUITECTO CELLI 4882, SANTIAGO, CHILE     *VIA Deutsche Post*

10925   JUAN FELIPE TORRES &, CONSTANCE MARIE TORRES TEN COM, 19211 SW 82 AVE, MIAMI, FL 33157-8008

10925   JUAN FRANCISCO HERRERA &, ENA VIENRICH DE HERRERA JT TEN, PASEO LIBERTAD 135-137,     *VIA Deutsche Post*
PUEBLO LIBRE, LIMA, PERU

10925   JUAN G ARAUZ & DONNA J ARAUZ, JT TEN, PO BOX 309, CALIFORNIA, MO 65018-0309

10925   JUAN JOSE CORRES AYALA, C/O CITIBANK, KEY BISCAYNE, FL 33149

10925   JUAN JOSE CORRES AYALA, HEGEL N 153-504 COL. POLANCO, D.F., 11560MEXICO     *VIA Deutsche Post*

10925   JUANITA I FIRESTONE, 30 OUTLOOK AVE, WEST HARTFORD, CT 06119-1449

10925   JUANITA J RIEDELL TR UA JAN 23 97, THE RIEDELL FAMILY TRUST A, 19260 PALM WAY, APPLE VALLEY, CA 92308-8962

10925   JUAREZ, ARMANDO, 3601 W TIERRA BUENA #105-B, PHOENIX, AZ 85023

10925   JUAREZ, CHARLOTTE, 3937 W SURREY AVE, PHOENIX, AZ 85029

10925   JUAREZ, FRANCISCO, 620 S. LINCOLN, ODESSA, TX 79763

10925   JUAREZ, MARIA, 8807 HILLS GROVE COURT, HOUSTON, TX 77088

10925   JUAREZ, MYRA, 2686 LIMERICK ROAD, SAN PABLO, CA 94806

10925   JUAREZ, NELLIE, ROUTE 1 BOX 198 G, LAND O LAKES, FL 33539

10925   JUBAK, KAREN, 3501 ROBINSON CT., BRIDGEWATER, NJ 08807

10925   JUBB JR., THOMAS, 1263 ALLISON COURT, BELCAMP, MD 21017

10925   JUBB, CHARLOTTE, 8333 ELM ROAD, MILLERSVILLE, MD 21108

10925   JUBRAN, SAMIRA, 7033 BAINTREE COVE, MEMPHIS, TN 38119

10925   JUD CORPORATION, 3742-A COOK BLVD, CHESAPEAKE, VA 23323

10925   JUD, MICHAEL, 392 OAK ST, WESTWOOD, MA 02090

10924   JUDD SUPPLY CO. (AD), P.O. BOX 48190, COON RAPIDS, MN 55448

10925   JUDD, ANGELA, 213 WALNUT ST, CORUNNA, MI 48817

10925   JUDD, CAROL, PO BOX 277, DRY BRANCH, GA 31020

10925   JUDD, DAVID, 405 CREEK DRIVE, EASLEY, SC 29642

10925   JUDD, KAREN, 6754 CURTIS WAY, FLORENCE, KY 41042

10925   JUDD, RUTH ANN, 5 CARDINAL DR, LONGWOOD, FL 32779

10925   JUDGE, ROGER, 14 KIBERD DRIVE, CHELMSFORD, MA 01824

10925   JUDGE, WILLIAM J, 121 SW J, QUINCY, WA 98848-1330

10925   JUDICE, GUY, 5611 EMILE VERRETTE RD., NEW IBERIA, LA 70560

10925   JUDICE, NOREEN, 118 COMFORT LANE, LAFAYETTE, LA 70507

10925   JUDICIAL FORUM, THE, 492 WALPOLE ST, NORWOOD, MA 02062

10925   JUDICIAL REGISTER, 63 ST ANDREWS ROAD, EAST BOSTON, MA 02128

10925   JUDITH A ASHKIN CUST GARY ASHKIN, UNIF GIFT MIN ACT NY, C/O GARY ASHKIN, 124 E LUPITA, SANTA FE, NM 87505-4716

10925   JUDITH A CASSADA, 1431 S OCEAN BLVD NO 77, PALM CLUB, POMPANO BCH, FL 33062-7369

10925   JUDITH A THOMPSON, PO BOX 60729, SUNNYVALE, CA 94088-3596

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JUDITH ANN SIMMONS, 269 FELLSWAY EAST, MALDEN, MA 02148-8318

10925   JUDITH ANN STEIN, 4464 FOUR WINDS LANE, NORTHBROOK, IL 60062-1063

10925   JUDITH C BONNIE, 4820 E HARVARD LANE, DENVER, CO 80222-6111

10925   JUDITH DEATON, 7710 DAWBERRY CT, ORLANDO, FL 32819-4927

10925   JUDITH E KRAUT, 7 EAST 14TH ST, NEW YORK, NY 10003-3115

10925   JUDITH E LONG TINSLEY, 19352 GOSNELL ROAD, LEONARDTOWN, MD 20650-6055

10925   JUDITH F NAJOLIA, 7831 NEW CASTLE, NEW ORLEANS, LA 70126-1629

10925   JUDITH FRIEDMAN, 1900 RITTENHOUSE SQ 12B, PHILADELPHIA, PA 19103-5767

10925   JUDITH G GREEN, 2053 DROGHEDA LN, MARIETTA, GA 30066-6593

10925   JUDITH G REILLY CUST CHRISTOPHER, REILLY UNDER THE PA UNIF, TRANSFERS TO MINORS ACT, 3 FOUR WINDS LA, MALVERN, PA 19355-2807

10925   JUDITH G REILLY CUST MEGAN G, REILLY UNDER THE PA UNIF, TRANSFERS TO MINORS ACT, 3 FOUR WINDS LA, MALVERN, PA 19355-2807

10925   JUDITH K BRELSFORD, 5400 BROEKN SOUND BLVD NW, BOCA RATON, FL 33487

10925   JUDITH K LAMBETH, 241 WASHINGTON AVE, CHATHAM, NJ 07928-1710

10925   JUDITH M MARCUS, 1936 EAST 24 ST, BROOKLYN, NY 11229-2420

10925   JUDITH MULLIGAN, 5719 S. OAK PARK AVE., CHICAGO, IL 60638

10925   JUDITH P MEDEARIS, CLERK, 600 MARKET ST., GENERAL SESSIONS COURT - CIVIL DIV., CHATTANOOGA, TN 37402

10925   JUDITH PETERS, 1711 MONTER AVE, LOUISVILLE, OH 44641-2506

10925   JUDITH SIMMS, 2758 13TH ST, SACRAMENTO, CA 95818-2945

10925   JUDKINS, SHARON K., 418 DELONG AVE, CO. BLUFFS, IA 51503

10925   JUDSON J ALLGOOD, PO BOX 15008, COVINGTON, KY 41015-0008

10925   JUDSON MCDOUGALL, 5618 GREENTON WAY, ST.LOUIS, MO 63218

10924   JUDSON PERFORMING ARTS CENTER, 9443 SCHAEFER RD., CONVERSE, TX 78109

10925   JUDSON, DIANE, 6303 BENGAL CIRCLE, BOYNTON BEACH, FL 33437

10925   JUDY CHIMENTO, 995 SHETLAND AVE, CASSELBERRY, FL 32708-4501

10924   JUDY COMPANY, THE, 9133 WOODEN ROAD, KANSAS CITY, KS 66111

10925   JUDY F MORSCHER, 4364 VALLEY FORGE DR, FAIRVIEW PARK, OH 44126-2825

10925   JUDY KAY DEWITT TST DT 5/25/89, JUDY KAY DEWITT & RUSSELL, DORLAN DEWITT TTEES, 3064 S WINONA COURT, DENVER, CO 80236-2052

10925   JUDY SHIELDS & ASSOCIATES INC, 2031 FAWKES LANE, ROANOKE, TX 76262-9049

10925   JUDY T HO & PU KUEI HO JT TEN, 1613 RISING WAY, WESTFIELD, NJ 07092-1600

10925   JUDY TOLAN, 14 PAGES COURT, BILLERICA, MA 01821

10925   JUDY, MARTHA, 5425 WASENA AVE, BALTIMORE, MD 21225

10925   JUDY, MARTHA, 5425 WASENA AVE, BALTIMORE, MD 21225-3151

10925   JUDY, RICHARD, 5425 WASENA AVE, BALTIMORE, MD 21225-0000

10925   JUDYTH SEILER, 3109 SANDY LA, GLENVIEW, IL 60025-1146

10925   JUEHRING, JEANNE, 3601 BEL AIR DR SE, CEDAR RAPIDS, IA 52403-3731

10925   JUERGENSEN, LYLE, RT 4 BOX 50-A, GREAT BEND, KS 67530

10925   JUGGINS, ROSALIE, 325 HARDEE ST, SPOTSYLVANIA, VA 22553

10925   JUHASZ, JOHN, 3 POND DR, WILTON, CT 06897

10925   JUHASZ, NIKOLA, 24 STEEPLE CHASE DRIVE, HOLLAND, PA 18966

10925   JUHASZ, PAUL, PO BOX 163, SLOATSBURG, NY 10974

10925   JUHL, JAMES E, 5841 W MOORE LAKE DR, MINNEAPOLIS MN, MN 55432

10925   JUI, HELEN, 2020 NE 135 ST #903-2, N MIAMI, FL 33181

10925   JUILLIARD SCHOOL, THE, 60 LINCOLN CENTER PLAZA, NEW YORK, NY 10023-6588

10925   JULANDER, DEWAYNE, BOX 5690 N 4700 W, BEAR RIVER, UT 84301-0065

10925   JULE L JOHNSON, 23 LACONWOOD, SPRINGFIELD, IL 62707-8726

10925   JULES M FIELDS & EILEEN C MARECH, TR UA DTD APR 21 1990, LILLIAN FIELDS FAMILY TRUST, 103 GEDNEY ST, NYACK, NY 10960-2238

10925   JULES PAUL AUGSDORFER &, MARY ANN AUGSDORFER JT TEN, 825 FLOURNEY COURT, CRESCENT SPRINGS, KY 41017-5315

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    JULES SETNOR &, ROSE J SETNOR JT TEN, 963 WILLIAMS ST, LONGMEADOW, MA 01106-2105

10925    JULIA A EDDY, 4444 FEATHER RIVER DR, 30, STOCKTON, CA 95219-8223

10925    JULIA ARONOWITZ, 20 CHESTER LANG PL, CRANFORD, NJ 07016-2960

10925    JULIA C FLEISCHNER, 80 LASALLE ST APT 16C, NY, NY 10027-4746

10925    JULIA E KOFFMAN, 66 MATTHEWS ST, BINGHAMTON, NY 13905-3835

10925    JULIA F KOHL GRANTOR & TR UA, AUG 13 87 FBO JULIA F KOHL, 5816 JAMIESON AVE, ST LOUIS, MO 63109-3323

10925    JULIA G DOWST, 405 S ATLANTIC AVE, ORMOND BCH, FL 32176-7127

10925    JULIA M KILCOYNE, 82 FRANKLIN ST, CLINTON, MA 01510-3428

10925    JULIA M LLOYD &, WHITTEN P LLOYD JT TEN, 12321 ALGONQUIN RD, PALOS PARK, IL 60464-1937

10925    JULIA SHEPIS &, TIFFANY SHEPIS JT TEN, 153 MAYFLOWER AVE, NEW ROCHELLE, NY 10801-1530

10925    JULIA, RICHARD J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    JULIA, RICHARD, 1773 NE 56TH CT, FORT LAUDERDALE, FL 33334-5994

10925    JULIA, RICK, 111 COCO LANE, JUPITER, FL 33458

10924    JULIAN MIDDLE SCHOOL, 416 SOUTH RIDGELAND AVE., OAK PARK, IL 60303

10925    JULIAN PRUSZKOWSKI & JENNIE, PRUSZKOWSKI JT TEN, 2272 KENT PL, UNION, NJ 07083-5807

10925    JULIAN S COHEN &, GLORIA COHEN JT TEN, 5 JEFFERSON RD, PEABODY, MA 01960-3225

10925    JULIAN, JACKIE, 121 FAIRGROUND RD, SIMPSONVILLE, SC 29680

10925    JULIAN, RONALD, 22 AINSWORTH ST., PITTSBURGH, PA 15220

10925    JULIANN JEAN WILLIAMS, PO BOX 791, PEARBLOSSOM, CA 93553-0791

10925    JULIE A DANIELS, 2705 S WILDWIND CIR, THE WOODLANDS, TX 77380-1345

10925    JULIE A GRANDFIELD, 4014 S W 36TH PL, PORTLAND, OR 97221-4005

10925    JULIE A SWARSEN, 460 S MARION PKWY, SUITE 1104-C, DENVER, CO 80209-5542

10925    JULIE CLARE GATTS KABEL, 6104 ABERDEEN DR, PLANO, TX 75093-7927

10925    JULIE D B MARTIN & JOHN A MARTIN, JT TEN, 1100 NANCY ST, BLOOMINGTON, IN 47401-6046

10925    JULIE L WYMAN TR UA MAY 3 96, JULIE L SAMUELSON REVOCABLE TRUST, 418 W UPTON AVE, REED CITY, MI 49677-1152

10925    JULIE M REILLY, 5944 LEESIDE TRL, CINCINNATI, OH 45248-4055

10925    JULIE RADZ, 128 ADMINISTRATION BLDG, ROCHESTER, NY 14627

10925    JULIE YANG, 6 FOSTER ROAD, LEXINGTON, MA 02173

10924    JULIEN & SCHLESINGER, 2 LAFAYETTE STREET, NEW YORK, NY 10007

10925    JULIEN, JOHN D, 2014 E JEFFERSON BLVD, SOUTH BEND, IN 46617-3451

10925    JULIES FRAMING & GALLERY, 2120 NORTHPOINT BLVD., HIXSON, TN 37343

10925    JULIUS BRENNER &, KITTY BRENNER JT TEN, 809 PLANTATION COURT, VIRGINIA BEACH, VA 23454-2702

10925    JULIUS H LEITZ, 3337 NE 132ND AVE, PORTLAND, OR 97230-2803

10925    JULIUS HAMEROFF, 283 A SOUTH BROADWAY, TARRYTOWN, NY 10591-0000

10925    JULIUS ROTHSCHILD, PO BOX 1665, HOBOKEN, NJ 07030-1304

10925    JULIUS WINFIELD ERVING, C/O WALT FRAZIER ENTERPRISES, 101 PARK AVE, NEW YORK, NY 10178-0002

10925    JULSON, LORI, 421 REED ST, LAKE MILLS, WI 53551

10925    JULY, VANESSA, 5420 RIVERDALE RD APT. W-1, COLLEGE PARK, GA 30349

10925    JUMA, RHASHAAN, 2400 16TH ST NW, WASHINGTON, DC 20011

10925    JUMBO FOODS INC, PO BOX 1100, MUKILTEO, WA 98275

10925    JUMP, MARY LEE, 8860 HIX RD, LIVONIA, MI 48150

10925    JUN OKAZAKI &, LONDA I OKAZAKI JT TEN, 5316 WAPAKONETA RD, WASHINGTON, DC 20016

10924    JUN-AIR INC., 1303 BARCLAY BLVD., BUFFALO GROVE, IL 60089

10925    JUNCOSA, GARY, 9 RIDGE ROAD, RUMSON, NJ 07760

10925    JUNE B BUNIN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925    JUNE C REICHENBACH AS CUSTODIAN, FOR RYAN REICHENBACH UNDER THE, FLORIDA UNIFORM TRANSFERS TO, MINORS ACT, 3600 N W 91 WAY, HOLLYWOOD, FL 33024-8150

10925    JUNE COENEN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JUNE COYNE, 226 SCOTT ST, MONROE, MI 48161-2131

10925   JUNE ELWOOD, 5240 VANDERHILL RD, TORRANCE, CA 90505-4348

10925   JUNE FOY, 14 OXFORD RD, BUDD LAKE, NJ 07828-2212

10925   JUNE KRATZ, 34 PRIMROSE LANE, NORTH BABYLON, NY 11703-3246

10925   JUNE L AVERSENTE, 2699 MAPLEWOOD DR, SANTA CLARA, CA 95051-6234

10924   JUNE L. BASS ENTERPRISES, P.O. BOX 10260, SAN ANTONIO, TX 78210

10925   JUNE M ALPERSON, 91 SOUNDVIEW AVE, WHITE PLAINS, NY 10606-3616

10925   JUNE M MATTHEWS, 47 DOROTHY DR, MORRISTOWN, NJ 07960-4916

10925   JUNE NAKAMURA, 2908 CORTINA DR, SAN JOSE, CA 95132-2758

10925   JUNE S PFAU TR, UA 06 01 95, FOR JUNE S PFAU LIVING TRUST, 3047 VAN REED RD, SINKING
SPRING, PA 19608-1036

10925   JUNE SCOVILLE MUSA, HILLSIDE RD, OLD LYME, CT 06371

10925   JUNE T. LOWE, 31 SHARON AVE., AUBURNDALE, MA 02166

10925   JUNE WELLS SCHMITZ, 11 E KNIGHT AVE, COLLINGSWOOD, NJ 08108-1412

10925   JUNE, JOSEPH, 5371 TUBMAN DRIVE SOUTH, JACKSONVILLE, FL 32219-3102

10924   JUNEAU PACKAGING, 1 ENSCH STREET, MAUSTON, WI 53948

10925   JUNEAU, EVERISTE, 643 SPRING BAYOU ROAD, MARKSVILLE, LA 71351

10925   JUNEAU, TONY, 608 GIUFFRIAS AVE., METAIRIE, LA 70001

10925   JUNG, DANIEL, 1510 S 25TH, ST JOSEPH, MO 64507

10925   JUNG, JONATHAN, 160 WESTMINSTER AVE, ARLINGTON, MA 02174

10925   JUNG, LAURA, 6811 STEEP RVN RD, LOUISVILLE, KY 40241

10925   JUNG, RICHARD, 3 REHABILITATION WAY #213, WOBURN, MA 01801

10925   JUNG, TIMOTHY, 160WESTMINISTERAVE, ARLINGTON, MA 02174

10925   JUNGBUNZLAUER, INC, PO BOX 5844, BOSTON, MA 02206-5844

10925   JUNGBUNZLAUER, PO BOX 5844, BOSTON, MA 02206

10925   JUNGE, BARBARA, 6844 DAWN DRIVE, WINDSOR, WI 53598

10925   JUNGE, DAVID, 614 FRAZIER CT, INGLESIDE, IL 60041

10925   JUNGEL, KARL, 3650 CROCUS DR, PHOENIX, AZ 85032-5747

10925   JUNGENBERG, DANIEL, 27357 W HWY 120, VOLO, IL 60073

10925   JUNGERMAN, FREDERICK, BOX 162, BLACKBURN, MO 65321-0162

10925   JUNIOR ACHIEVEMENT OF CHATTANOOGA, 5700 BRAINERD ROAD, SUITE 3500, CHATTANOOGA,
TN 37411

10925   JUNIOR ACHIEVEMENT OF CHICAGO, 4346 TRANSWORLD, SCHILLER PARK, IL 60176

10925   JUNIOR ACHIEVEMENT OF CHICAGO, 651 W.WASHINGTON, STE 404, CHICAGO, IL 60661-2123

10925   JUNIOR ACHIEVEMENT OF GREATER CINCI, 125 CITY CENTRE DR., CINCINNATI, OH 45216

10925   JUNIOR ACHIEVEMENT OF SOUTHEASTERN, 577 EAST LARNED, STE 100, DETROIT, MI 48226-4323

10925   JUNIOR ACHIEVEMENT, 2400 E ATLANTIC BLVD #300, POMPANO BEACH, FL 33062

10925   JUNIOR ACHIEVEMENT, EXECUTIVE PLAZA III, HUNT VALLEY, MD 21031

10924   JUNIOR HIGH SCHOOL, 420 EAST 12TH STREET, NEW YORK, NY 10009

10925   JUNIOR KNIGHTS OF IMMACULATE, 1161 HWY. 14, LAKE CHARLES, LA 70601

10925   JUNIOR LEAGUE OF LAKE CHARLES, 1019 LAKESHORE DR., LAKE CHARLES, LA 70601

10925   JUNK, ROBERT, 4227C WILLOW GLEN LN, BEECH GROVE, IN 46107

10925   JUNKER, GREGORY, 2402 ROCKWELL AVE, CATONSVILLE, MD 21228

10925   JUNKER, ROBERT, 10129 ROCKMOOR DR, DALLAS, TX 75229

10925   JUNKER, SHEILA, BOX 276, WALFORD, IA 52351

10925   JUNNIER, JASON, 683 JAMESTOWN BLVD, ALTAMONTE SPRINGS, FL 32714

10925   JUNQUA-LAMARQUE, EMMA, 23 GARRAUX ST, GREENVILLE, SC 29609

10925   JUNTTONEN, EARL, PO BOX 254, PAINESDALE, MI 49955

10925   JUONI, CHARLENE, 338 N SEYMOUR ST, 112, FOND DU LAC, WI 54835

10924   JUPITER ELEMENTRY #96, 150 SCHOOL HOUSE ROAD, JUPITER, FL 33458

10925   JUPITER TRAVEL INC, 10805 HOLDER ST #230, CYPRESS, CA 90630

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JURACEK JR., JOHN, 208 ST. DUNSTANS RD, BALTIMORE, MD 21212

10925   JURACEK, JOHN, 208 ST. DUNSTANS RD., BALTIMORE, MD 21212

10925   JURACEK, JORGE, 208 DUNSTANS ROAD, BALTIMORE, MD 21212

10925   JURADO, SOLANGE, 303 WOODLAND RD, EDISON, NJ 08817

10925   JURAL PUBLISHING CO., 7122 N. CLARK ST., CHICAGO, IL 60626

10925   JURAL PUBLISHING COMPANY, POBOX 3004, SKOKIE, IL 60076-6004

10925   JURD, BRETT, 6916 CATWING COURT, COLUMBIA, MD 21045

10925   JURD, BRETT, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   JURECKA, MILAN, 6717 BONNIE RIDGE DR. APT. 102, BALTIMORE, MD 21209

10925   JUREKA, FRANK, PO BOX 96, RAYWOOD, TX 77582

10925   JURGA JR., JOSEPH, 7005 CEDAR BEND CT, RALEIGH, NC 27612-6900

10925   JURGELLA, GAIL, 2525 UNIVERSITY AVE, APT F, MADISON, WI 53705

10925   JURGENS, C, 2629 NORTH PONTIAC DR #4, JANESVILLE, WI 53545

10925   JURGENSON, MARK, W179 N8643, 3, MENOMONEE FALLS, WI 53051

10925   JURIK, LARA, 4408 SIERRA DR., GRAND PRAIRIE, TX 75052

10925   JURRENS, JEFFERY, 6604 SCHNEIDER PLACE, MC FARLAND, WI 53558

10925   JURVIC, CHRISTIAN, 500 PARK BLVD, CHERRY HILL, NJ 08002

10925   JURY SR, EDWARD ROBERT, 301 GRAFTON DISTRICT RD, YORKTOWN, VA 23692-4048

10925   JURY, THOMAS, 1303 DRAKE ST, MADISON, WI 53562

10925   JUSINSKI, THEDORE, 434 CENTRAL AVE, HARRISON, NJ 07029

10925   JUSKELIS, MICHAEL, 1073 JOHANNA COURT, PASADENA, MD 21122

10925   JUST BLOSSOMING, 456-A MASSACHUSETTS AVE., ARLINGTON, MA 02174

10925   JUST FILES, 2001 JEFFERSON DAVIS HWY, ARLINGTON, VA 22202

10924   JUST POOLS, 3987 W. OUTER ROAD, ARNOLD, MO 63010

10925   JUST SUPPLIES CO, 3768 BRECKENRIDGE, EL PASO, TX 79936

10925   JUST TRUCKS, 60091 KENNEDY AVE, CHICAGO AVENUE, IN 46312

10925   JUST UNIFORMS, INC, 4101 N. ANDREWS AVE, FORT LAUDERDALE, FL 33309

10925   JUST WATER HEATERS, INC, 1764 NATIONAL AVE, HAYWARD,, CA 94545

10925   JUSTER DEVELOPMENT, GEN COUNSEL, PO BOX 365, YONKERS, NY 10704

10925   JUSTIANO, JOAN, 2 CEDAR HILL DR, WARWICK, NY 10990

10924   JUSTICE CENTER, E.F. BRADY, SAN DIEGO, CA 92101

10925   JUSTICE, J.C, 1502 1/2 E.PETTIGREW, DURHAM, NC 27701

10925   JUSTICE, JESS, 42 KEYSER HEIGHTS, PIKEVILLE, KY 41501

10925   JUSTICE, MARCIA, 10523,

10925   JUSTICE, SHELLY, 3640 PEACHTREE CORNER CIRCLE 513, NORCROSS, GA 30092

10925   JUSTICE/WILLOW SPRINGS LITTLE, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   JUSTICK, INGO, 1404 FAIRWAY RIDGE, RALEIGH, NC 27606

10925   JUSTIN BOLGER, 27 ROLLING LANE, DOVER, MA 02030-2447

10925   JUSTIN HEWITT, PO BOX 160188, CLEARFIELD, UT 84016

10925   JUSTIN INDUSTRIES, INC, 2821 WEST 7TH ST, PO BOX 425, FORT WORTH, TX 76107

10925   JUSTINA MARIE WALSH, 3010 LAKE COURT, MARINA, CA 93933-4100

10925   JUSTINE I GATES TR UA APR 10 87, THE JUSTINE I GATES TRUST, 1306 EWING WAY, KALAMAZOO, MI 49009-8300

10925   JUSTINIANO, THOMAS V, 4099 W 71ST ST, CHICAGO, IL 60629

10925   JUSTINIANO, THOMAS, 4100 N OSCEOLA, NORRIDGE, IL 60706

10925   JUSTINIANO, ZENAIDA, 2224 CANAL AVE., LONG BEACH, CA 90810

10925   JUSTO RODRIGUEZ III, 2530 SIMMS BLVD, TAMPA, FL 33609-5313

10925   JUSTRITE MANUFACTURING COMPANY, 2454 DEMPSTER STREET, DES PLAINES, IL 60016

10924   JUSTRITE MANUFACTURING COMPANY, ROUTE 121, MATTOON, IL 61938

10925   JUSZCZYK, THEODORE, 335 CROSS RD, SOBIESKI, WI 54171

10925   JUUL, DWIGHT, 3727 MANGIN ST, MANITOWOC, WI 54220

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   JUVELIER, ROBERT, 77 14 113TH ST, FOREST HILLS, NY 11375

10924   JUVENILE CARE CENTER, CUSTOMER PICK UP TRANSHIELD, 1555 HAWTHORNE LANE, WEST CHICAGO, IL 60186

10924   JUVENILE DETENTION CENTER, 5100 SECOND STREET N.W., ALBUQUERQUE, NM 87101

10924   JUVENILE DETENTION CENTER, 800 WALFORD ROAD, CEDAR RAPIDS, IA 52404

10924   JUVENILE DETENTION FACILITY, SIPLAST, 9478 ETIWANDA AVE., RANCHO CUCAMONGA, CA 91730

10925   JUVENILE DIABETES FOUNDATION, 20 WALNUT ST SUITE 201, WELLESLEY HILLS, MA 02181-2104

10924   JUVENILE TREATMENT CENTER, 6161 W. CHARLESTON BLVD., LAS VEGAS, NV 89122

10925   JUVENILE WELFARE ASSOCIATION, POBOX 4850, CHICAGO, IL 60680-9990

10925   JUZBA, MICHAEL, 22136 VINCENNES, CHATSWORTH CA, CA 91311

10925   JUZWIAK, ELIZABETH, 661 HANKEN ROAD, BOUND BROOK, NJ 08805

10925   JV AUTO REPAIR, EKOM RD, LAURENS, SC 29360

10924   JV SYSTEMS, 1721 DANCY, HORN LAKE, MS 38637

10924   JVC MAGNETICS AMERICA CO., #1JVC ROAD, TUSCALOOSA, AL 35405

10925   JVC TECHNOLOGIES INC, PO BOX 356, PLYMOUTH MEETING, PA 19462-0356

10925   JVC, 5665 CORPORATE AVE, CYPRESS, CA 90630

10925   JW BOARMAN CO, INC, 1421 RIDGELY ST., BALTIMORE, MD 21230-2011

10925   JW MARRIOTT HOTEL AT LENOX, 3300 LENOX ROAD, ATLANTA, GA 30326

10925   JW TRANSPORTATION SPECIALISTS INC, 1107 E MAIN ST, WEST FRANFORT, IL 62896-1432

10925   JWA SECURITY SERVICES, POBOX 28749, SAN JOSE, CA 95159

10925   JWMCC LIMITED PARTNERSHIP, 2121 AVE OF THE STARS 10TH FLR, LOS ANGELES, CA 90067-5010

10925   JWP/HYRE ELECTRIC CO OF INDIANA INC, 2655 GARFIELD AVE, HIGHLAND, IN 46322

10925   JYACC INC., 116 JOHN ST, NEW YORK, NY 10038

10925   JYOTI SETH, 22 ELYSIAN DR, ANDOVER, MA 01810-1639

10925   JYOTI SETH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924   K & A MACHINE, 4821 W. MIGHIGAN, JACKSON, MI 49201

10924   K & C INDUSTRIES, 3 KENWOOD CIRCLE, FRANKLIN, MA 02038

10925   K & D CONSULTANTS, 69 PROSPECT ST, JAFFREY, NH 03452

10924   K & E CONCRETE INC, 516 S MAIN ST, DYER, TN 38330

10924   K & E CONCRETE, 612 S. MAIN STREET, DYER, TN 38330

10924   K & E CONCRETE, P. O. BOX 308, DYER, TN 38330

10924   K & G/I.M.P., LAS VEGAS, NV 89101

10925   K & H SALES INC, PO BOX 2275, SAN LEANDRO, CA 94577-0227

10925   K & J METALS CO, 7 TUCKER ST, PEPPERELL, MA 01463

10925   K & J METALS CO., 15 PALMER RD, PEPPERELL, MA 01463

10925   K & J METALS CO., 15 PALMER RD., PEPPERELL, MA 01463

10925   K & K AUTO BODY REBUILDERS INC, 5826 W. 65TH ST, CHICAGO, IL 60638

10924   K & K CONSTRUCTION, 287 EAST 100 NORTH, MOAB, UT 84532

10924   K & K CONSTRUCTION, 4080 WEST FAIRMOUNT AVE, PHOENIX, AZ 85019

10924   K & K CONSTRUCTION, CAMBRIDGE, MA 02140

10925   K & K MACHINE SHOP, 6880 RIDGE ROAD, DOUGLASVILLE, GA 30134

10925   K & K MATERIAL HANDLING INC, PO BOX 10476, GREEN BAY, WI 54307-0476

10924   K & K STRESSING CO INC, 431 SOUTHFORK, LEWISVILLE, TX 75067

10924   K & K STRESSING CO INC, P. O. BOX 57, LEWISVILLE, TX 75067

10924   K & K STRESSING CO INC, PO BOX 57, LEWISVILLE, TX 75067

10925   K & K WATER, PO BOX 954, JENNINGS, LA 70546

10924   K & M AREA REDI-MIX, CLINTON REILEIN ST, COWLESVILLE, NY 14037

10924   K & M AREA REDI-MIX, CLINTON REILEIN STREET, COWLESVILLE, NY 14037

10925   K & M ASSOCIATES, 407 REAR MYSTIC AVE UNIT #26, MEDFORD, MA 02155

10924   K & M ELECTRIC SUPPLY(AD), 7641 CENTRAL INDUSTRIAL AVENUE, RIVIERA BEACH, FL 33404

10925   K & M HOSE AND HYDRAULIC SERVICE, 104 WINN ST, WOBURN, MA 01801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   K & N ENERGY, 12055 N. 2ND PLACE, LAKEWOOD, CO 80228

10924   K & P PLUMBING, 150 N. DRAPPER LANE, PROVO, UT 84601

10924   K & P PRECAST INC., 1661 KENMAR CT, O'FALLON, MO 63366

10924   K & P PRECAST, INC., 1661 KENMAR CT., O'FALLON, MO 63366

10924   K & R BUILDERS INC., PO BOX656, WHEATLAND, OK 73097

10924   K & R BUILDERS, 8020 S.W. 74TH, OKLAHOMA CITY, OK 73169

10925   K & R GROUP, INC, 5430 EAGLES NEST DR., WILMINGTON, NC 28409

10925   K & R SALES, INC, 4955 MILLER ST #300, WHEAT RIDGE, CO 80033

10925   K & S ASSOCIATES, INC, 1926 ELM TREE DR., NASHVILLE, TN 37210

10924   K & S SUPPLY INCORP., 1971 GUNNVILLE RD, LANCASTER, NY 14086

10924   K & S SUPPLY INCORPORATED, 1971 GUNNVILLE ROAD, LANCASTER, NY 14086

10924   K & T STONEWORKS, 65 BENOIST FARMS ROAD, WEST PALM BEACH, FL 33411

10924   K & Y MANUFACTURING, INC., 41880 KOPPERNICK, CANTON, MI 48187

10925   K B MARKETING SYSTEMS INC, C/O KOBACKER STORES INC, ATT ARTHUR J KOBACKER, 6606 TUSSING RD, PO BOX 16751, COLUMBUS, OH 43216-0000

10924   K C AVIATION, 301 DISCOVERY DRIVE, APPLETON, WI 54915

10924   K C GUNITE, 16207 KENTUCKY, BELTON, MO 64012

10924   K C I INTERNATIONAL, C/O R K PERKINS, KANSAS CITY AIRPORT, KANSAS CITY, MO 64108

10925   K C INVESTMENT CLUB, A PARTNERSHIP, 8313 NW WAUKOMIS DR, KANSAS CITY, MO 64151-1035

10925   K C PROPANE, POBOX #17652, ANAHEIM, CA 92817-7652

10924   K C SUPPLY, 11 PAULSEN AVE, SOUTH CHICAGO HEIGHTS, IL 60411

10925   K F K PRODUCTS, 72 CASTLE HILL RD, WHITINSVILLE, MA 01588

10925   K G LILLY FASTENERS INC, PO BOX 3036, WILMINGTON, DE 19804

10924   K I LIPTON, 350 S MAIN ST, DOYLESTOWN, PA 18901

10925   K LINDA MC CARTHY, 63 OAK ST, WAKEFIELD, MA 01880-3836

10924   K LINE AIR SERVICE BLDG C-5B, HOOK CREEK BLVD. & 145TH AVE., VALLEY STREAM, NY 11581

10924   K M I INDUSTRIES INC., 11350 WRIGHT ROAD, LYNWOOD, CA 90262

10924   K MART, 6433 FALLBROOK, CANOGA PARK, CA 91303

10925   K MECHANICAL INC, 15325 SOUTH 70TH CT, ORLAND PARK, IL 60462

10925   K PATEL, 3503 PALLADIAN CIRCLE, DEERFIELD BEACH, FL 33442

10924   K PLUS CAULKING CO., PO BOX 7149, PORTSMOUTH, VA 23707

10925   K S HALLER TR UA JUNE 3 86 THE, K S HALLER REVOCABLE LIVING TR, 618 SPRING MEADOWS, MANCHESTER, MO 63011-3451

10924   K STATE UNIVERSITY, 2101 KIMBEL BLVD., MANHATTAN, KS 66502

10925   K&K AUTO & TRUCK REPAIR, 11316 WILLIAMSON ROAD, CINCINNATI, OH 45241

10925   K&K WATER, PO BOX 314, LAKE CHARLES, LA 70602

10925   K&K WATER, PO BOX 954, JENNINGS, LA 70546

10925   K&M ASBESTOS, 1703 BLUE RIDGE TRAIL, WAUNAKEE, WI 53597

10925   K&M ENVIRONMENTAL, 2421 BOWLAND PKWY #102, VIRGINIA BEACH, VA 23454

10925   K&W PRODUCTS INC., C/O PAUL R. WHITE, 1127 SUWANNEE LANE, HOUSTON, TX 77090

10924   K. & G./UNITED ARTISTS, C/O COYOTE BLDG. MTLS., LAS VEGAS, NV 89101

10925   K. DEON DUNBAR, 494 CROFT MILL RD., AIKEN, SC 29801

10925   K. R. KOMARCK, 1825 ESTES AVE, ELK GROVE VILLAGE, IL 60007

10924   K.B. PLASTERING, 1820 JOHNSTON AVE., SAN JOSE, CA 95125

10924   K.B.KELLY, 134 THURBERS AVE, PROVIDENCE, RI 02905

10924   K.C. CONCRETE PIPE CO, 23600 WEST 40TH STREET, SHAWNEE, KS 66226

10924   K.C. CONCRETE PIPE CO, 5263 MERRIAM DR., MERRIAM, KS 66203

10924   K.C. CONCRETE PIPE CO, P O BOX 860310, SHAWNEE MISSION, KS 66286

10924   K.C. GUNITE, 16207 KENTUCKY, BELTON, MO 64012

10924   K.C. SUPPLY, 11 PAULSEN AVE., SOUTH CHICAGO HEIGHTS, IL 60411

10925   K.D.S. ASSOCIATES, 1211 CHAPEL ST., NEW HAVEN, CT 06511

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | K.E. ELECTRIC SUPPLY CORP, 146 N GROESBECK HIGHWAY, MOUNT CLEMENS, MI 48043 | |
| 10924 | K.E. ELECTRICAL SUPPLY INC., 6149 WOODLAND AVE., PHILADELPHIA, PA 19142 | |
| 10925 | K.H.P. LTD., 11301 71ST ST, BURR RIDGE, IL 60525 | |
| 10924 | K.I. LIPTON, 350 S MAIN STREET, DOYLESTOWN, PA 18901 | |
| 10925 | K.R. SOURCEONE, 469 UNION AVE, WESTBURY, NY 11590 | |
| 10924 | K.R.V.T.A., 1550 FOURTH AVENUE, CHARLESTON, WV 25312 | |
| 10925 | K.V. ASSOCIATES, 851 TRAEGER AVE., #200, SAN BRUNO, CA 94066 | |
| 10924 | K.V. PHARMACEUTICAL, 2503 S. HANLEY ROAD, SAINT LOUIS, MO 63144 | |
| 10924 | K.V.PHARMACEUTICAL, 10888 METRO COUTT, MARYLAND HEIGHTS, MO 63043 | |
| 10924 | K/E ELECTRIC SUPPLY, 35301 SCHOOLCRAFT ROAD, LIVONIA, MI 48150 | |
| 10925 | K/M SPECIALTY, PO BOX 102, NEWBURGH, IN 47629 | |
| 10925 | K-111 DIRECTORY CORPTION, PO BOX 96976, CHICAGO, IL 60693 | |
| 10925 | K-2 CORPORATION, 19215 99TH AVE SW, VASHON, WA 98070 | |
| 10924 | K-2 CORPORATION, 19215 VASHON HWY S W, VASHON, WA 98070 | |
| 10924 | K-2 CORPORATION, 6050 E MARGINAL WAY SOUTH, SEATTLE, WA 98108 | |
| 10924 | K2 FINE METAL CO LTD, C/O, .?, 0PHL | *VIA Deutsche Post* |
| 10924 | K2 FINE METAL CO. LTD, CAVITE ECONOMIC ZONE, ROSARIO CATIVE 4106, PHILOPPINES, PHL | *VIA Deutsche Post* |
| 10925 | KA, HOWARD, 110 ARGYLE CIRCLE, GADSDEN, AL 35901 | |
| 10924 | KAAHUMANI CENTER, 275 KAAHUMANI AVE., KAHULUI, HI 96732 | |
| 10925 | KAALBERG, THOMAS, RT. 2 BOX 6, WEST LIBERTY, IA 52776 | |
| 10925 | KABACINSKI, JOSEPH, 3835 N HUMBOLDT BLVD, MILWAUKEE, WI 53212 | |
| 10925 | KABAKOFF, KAREN J, 2913 W COUNTRY HILL DR, TUCSON, AZ 85742-4845 | |
| 10925 | KABAT, RUTH, 108 S MICHIGAN, DE PERE, WI 54115 | |
| 10925 | KABBE, CATHLEEN, 4500 RIVANNA LN G.M.U. ESSEX #209, FAIRFAX, VA 22030 | |
| 10925 | KABELKA, LOUIS, 24 FAIRVIEW AVE, WALTHAM, MA 02154 | |
| 10925 | KABERNA, BERNICE, 14313 S LOWE AVE, RIVERDALE, IL 60627 | |
| 10925 | KABZA, EUGENE, 5815 N AMHERST ST, PORTLAND, OR 97203 | |
| 10925 | KACANI, PATRICK, 212 MELWOOD LN., RICHMOND, VA 23229 | |
| 10925 | KACEY ENTERPRISES, INC, 27 W. 140 ROOSEVELT RD., STE. 209, WINFIELD, IL 60190 | |
| 10925 | KACHALA, CHERYL, RR1, BOX 49A LOWS HOLLOW, STEWARTSVILLE, NJ 08886 | |
| 10925 | KACHALA, THOMAS, RR 1 BOX 49A LOWS HOLLOW ROAD, STEWARTSVILLE, NJ 08886-9705 | |
| 10925 | KACHOCKI, CAROLINE, 152 BLUEFIELD AVE, NEWBURY PARK, CA 91320 | |
| 10925 | KACZENSKI, JANET, ONE CONNIE RD, EXETER, NH 03833 | |
| 10925 | KACZMARCZYK, DONALD, 124 SHAFFER ROAD, SEWICKLEY, PA 15143 | |
| 10925 | KACZMARCZYK, PIOTR, 6010 S. KOSTNER AVE, CHICAGO, IL 60629 | |
| 10925 | KACZMAREK, KAREN, 3725 NW 3RD AVE, BOCA RATON, FL 33431 | |
| 10925 | KACZMAREK, KEVIN, 824 VENANGO ST, PITTSBURGH, PA 15209 | |
| 10925 | KACZMARSKI, JOHN, 1629 HEIDORN, WESTCHESTER, IL 60154 | |
| 10925 | KAD ELECTRIC, 122 BRIDGE ST, BALDWINVILLE, MA 01436 | |
| 10925 | KADDY, SCOTT, 1 LANCASTER ROAD, SHIRLEY, MA 01464 | |
| 10925 | KADELOCK, PATRICIA, PO BOX 402, SPRINGTOWN, PA 18081 | |
| 10925 | KADEN, BARBARA, 1011 LEWIS GRAY DR, SAUGUS, MA 01906 | |
| 10925 | KADERKA, JOSEPH, 349 DORCHESTER NW, PORT ST LUCIE, FL 34982 | |
| 10925 | KADERLI, JASON, 2354 W UNIVERSITY, MESA, AZ 85201 | |
| 10924 | KADEX CORPORATION, 420 E BRACKENRIDGE, FORT WAYNE, IN 46802 | |
| 10925 | KADING TEN COM, MARGARET & JOHN, 635 KELLER PARK DR, APPLETON, WI 54915-8546 | |
| 10925 | KADISH, JACQUELINE M, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | KADISH, JACQUELINE, 5501 NW 2ND AVE #111, BOCA RATON, FL 33487 | |
| 10924 | KADLECK MEDICAL CENTER, ACCOUSTICAL PRODUCTS INC., KENNEWICK, WA 99336 | |
| 10925 | KADOR, ERICH, 15100 INTERLACHEN DR, SILVERSPRING, MD 20906 | |
| 10925 | KADOUS, LISA, 13659 WILDFLOWER LANE, CLIFTON, VA 22024 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KADRI, REMMY, 574 AUTEN RD, SOMERVILLE, NJ 08876

10925   KADRLIK, JOSEPH, 2905 HOLLAND RD, GREEN BAY, WI 54313

10925   KADUKAMMAKAL, THANKAMMA, 661 PARLIN ST, PHILADELPHIA, PA 19116

10925   KADY INTERNATIONAL, 127 PLEASANT HILL ROAD, SCARBOROUGH, ME 04070-0847

10925   KADY MILLS, PO BOX 847, SCARBOROUGH, ME 04070-0847

10925   KAEDING, DONALD, 271 QUARTZ, LIBBY, MT 59923-9427

10925   KAEDING, RUDOLPH, PO BOX 421, LIBBY, MT 59923

10925   KAEGI, BERNARD, 119 DARLA DRIVE, CRESTON, OH 44217

10925   KAEHLER, SUZAN, 99 WATER ST, WAKEFIELD, MA 01880

10925   KAELIN, LEO, 541 N. 40TH ST, FORT SMITH, AR 72903

10925   KAENZIG, HELEN, 215 MARY ROSE LANE, GREER, SC 29650

10925   KAENZIG, HELEN, 5876 NW 26 COURT, BOCA RATON, FL 33496

10925   KAENZIG, J., 32 CASTLEBRIDGE LANE, HILTON HEAD ISLAND, SC 29928

10925   KAENZIG, JR, J GARY, PO BOX 464, DUNCAN, SC 29334

10925   KAESER COMPRESSOR, 3601 COMMERCE DR, SUITE 105-106, BALTIMORE, MD 21227

10925   KAESER COMPRESSOR, PO BOX 946, FREDERICKSBURG, VA 22404

10925   KAESKE REEVES, 6301 GASTON AVE, SUITE 735, DALLAS, TX 75214

10925   KAESSINGER, PAUL, 322 STARLIGHT CREST DRIVE, LA CANADA, CA 91011

10925   KAESTLE BOOS ASSOCIATES, ONE STATE ST, PO BOX 231277, HARTFORD, CT 06123

10925   KAFER, AMIE E, 920 ENCANTO DR SW, PHOENIX, AZ 85007-1524

10925   KAFKA, GEORGE, 57 WIDDICOMBE HILL BLVD, WESTON, ON M9R 1Y4CANADA      *VIA Deutsche Post*

10925   KAFKA, JOHN N, 12 INWOOD DR, SPRING VALLEY NY, NY 10977

10925   KAFTON, KEVIN, 219 N PICKAWAY ST, CIRCLEVILLE, OH 43113

10925   KAGAN, DEBBIE, 8306 N KNOX, SKOKIE, IL 60076

10925   KAGEL, SUEANN, 21778 CANOPY TERR., STERLING, VA 20164

10925   KAGLER, JIMMY, 5503-B COUNTRY CLUB, VICTORIA, TX 77904

10925   KAHANA, LAWRENCE, 320 BLANCA AVE, TAMPA, FL 33606

10924   KAHLE & LANGHALS, 105 S. 6TH ST, KALIDA, OH 45853

10925   KAHLER, BENJAMIN, 3800 CHESLEY AVE, BALTIMORE, MD 21206-1509

10925   KAHLER, MARTIN, RD#1 BOX 586 A, CAYUGA, NY 13024

10925   KAHLEY, KAREN, 2816 NICHOLS ST, SPENCERPORT, NY 14559

10924   KAHN & CO.INC., 885 WELLS ROAD, WETHERSFIELD, CT 06109

10924   KAHN & COMPANY, 885 WELLS ROAD, WETHERSFIELD, CT 06109

10925   KAHN JT TEN, OTTO I & SANDRA J, 24970 OUTLOOK DR, CARMEL, CA 93923-8939

10925   KAHN PC, FRITZ R, 1100 NEW YORK AVE, NW, WASHINGTON, DC 20005-3934

10925   KAHN, MAX, 2339 CURTIS ST, BERKELY, CA 94702

10925   KAHNT, THEODORE W, 2417 APACHE DR, MADISON, WI 53711-4704

10925   KAHWATY JR, CHARLES J, 636 NAVAHO TRAIL DR, FRANKLIN LAKES, NJ 07417-2808

10925   KAIGHEN, DOUGLAS, 10701 SABO, 709, HOUSTON, TX 77089

10925   KAIN, CAROLINE K, 1121 EIGHTH ST, GRETNA LA, LA 70053

10925   KAIN, ROBERT, RD # 1, HERSHEY, PA 17033

10925   KAINTZ, ELIZABETH, 317 N. 13TH ST., ALLENTOWN, PA 18102

10925   KAINZ, ARLENE, 69-67 44 AVE, WOODSIDE, NY 11377

10925   KAIPPAKASERIL, THOMAS, 93-23 218 ST, QUEENS VILLAGE, NY 11428

10925   KAIRYS, TIMOTHY, 1043 SHAWANO AVE, GREEN BAY, WI 54303

10924   KAISER - WALNUT CREEK, 1425 WALNUT CREEK, WALNUT CREEK, CA 94593

10925   KAISER AEROTECH, 880 DOOLITTLE DR, SAN LEANDRO, CA 94577

10925   KAISER ALUMINA CHEMICALS, C/O BANK OF AMERICA, 1950 GATEWAY BLVD, CONCORD, CA 94520

10925   KAISER ALUMINA CHEMICALS, PO BOX 5000, GRAMERCY, LA 70052

10925   KAISER ALUMINUM & CHEMICAL CORP, J W (BILL) VINZAANT, 9141 INTERLINE AVE, SUITE IA, BATON ROUGE, LA 70809

   |9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KAISER ALUMINUM & CHEMICAL CORP., 5847 SAN FELIPE, SUITE 2600, HOUSTON, TX 77057-3010 | |
| 10925 | KAISER ALUMINUM & CHEMICAL CORP., 6177 SUNOL BLVD., PLEASANTON, CA 94566-7769 | |
| 10924 | KAISER ALUMINUM, 1508 HIGHWAY 246 SOUTH, GREENWOOD, SC 29646 | |
| 10924 | KAISER ALUMINUM, 6177 SUNOL BOULEVARD, PLEASANTON, CA 94566 | |
| 10924 | KAISER CONSTRUCTION, KAISER HOSPITAL, FONTANA, CA 92335 | |
| 10925 | KAISER CONTROL, 7045 HIGH GROVE BLVD, BURR RIDGE, IL 60521 | |
| 10925 | KAISER FOUNDATION HEALTH PLAN, GROUP # 03847-01, PASADENA, CA 91051-5915 | |
| 10925 | KAISER FOUNDATION HEALTH PLAN, PO BOX 82405, LOS ANGELES, CA 90074-2405 | |
| 10925 | KAISER FOUNDATION HEALTH PLAN, POBOX 60000, SAN FRANCISCO, CA 94160-3029 | |
| 10925 | KAISER FOUNDATION HEALTH PLAN,INC, FILE# 5915, PASADENA, CA 91051-5915 | |
| 10925 | KAISER FOUNDATION HEALTH, 210 WESTCHESTER AVE, WHITE PLAINS, NY 10604-2914 | |
| 10925 | KAISER FOUNDATION HEALTH, PO BOX 6063, MOUNT VERNON, NY 10558 | |
| 10925 | KAISER FOUNDATION OF THE NORTHEAST, PO BOX 7247-0341, PHILADELPHIA, PA 19170-0341 | |
| 10924 | KAISER FOUNDATION, C/O WESTSIDE BUILDING MATERIALS, WOODLAND, CA 95776 | |
| 10924 | KAISER FOUNDATION/LIVERMORE, BLDG B, 300 PULMAN STREET, LIVERMORE, CA 94550 | |
| 10924 | KAISER GLENLAKES, 20 GLENLAKE PARKWAY, ATLANTA, GA 30328 | |
| 10925 | KAISER GYPSUM, 5931 E MARGINAL WAY S, SEATTLE, WA 98134 | |
| 10925 | KAISER GYPSUM, PACIFIC TOWER SUITE 2650, 1001 BISHOP ST., HONOLULU, HI 96813 | |
| 10924 | KAISER HOSPITAL - W. LOS ANGELES, C/O WESTSIDE BUILDING MATERIALS, WEST LOS ANGELES, CA 90025 | |
| 10924 | KAISER HOSPITAL, 975 SERENO DR., VALLEJO, CA 94589 | |
| 10924 | KAISER HOSPITAL, C/O SAN FRANCISCO GRAVEL, 1435 MAIN ST., WALNUT CREEK, CA 94596 | |
| 10924 | KAISER HOSPITAL, NEWPORT BEACH, CA 92657 | |
| 10924 | KAISER HOSPITAL, RUTHERFORD, LOS ANGELES, CA 90050 | |
| 10924 | KAISER HOSPITAL, SAN DIEGO, CA 92120 | |
| 10924 | KAISER HOSPITAL, VERSITILE COATINGS, LOS ANGELES, CA 90018 | |
| 10924 | KAISER LOS ANGELES, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | KAISER MEDICAL OFFICE BUILDING, SACRAMENTO, CA 95801 | |
| 10924 | KAISER NORCO, C/O WESTSIDE BUILDING MATERIALS, NORCO, CA 91760 | |
| 10925 | KAISER PERMANEMTE, 3840 MURPHY CANYON RD., SAN DIEGO, CA 92123 | |
| 10925 | KAISER PERMANENTE GROUP, DRAWER CS 198462, ATLANTA, GA 30384-8462 | |
| 10925 | KAISER PERMANENTE, DEPT. 57, DENVER, CO 80281-0057 | |
| 10925 | KAISER PERMANENTE, FILE # 73030, SAN FRANCISCO, CA 94160-3030 | |
| 10925 | KAISER PERMANENTE, PO BOX 64345, BALTIMORE, MD 21264-4345 | |
| 10924 | KAISER PERMANENTE, WHITE MARSH, MD 21236 | |
| 10924 | KAISER RIVERSIDE, C/O WESTSIDE BUILDING MATERIALS, 3660 POLK ST., RIVERSIDE, CA 92501 | |
| 10924 | KAISER SAN DIEGO, C/O WESTSIDE BUILDING MATERIALS, SAN DIEGO, CA 92112 | |
| 10924 | KAISER SUNSET - 4TH FLOOR, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10924 | KAISER SUNSET, C/O WESTSIDE BUILDING MATERIALS, 1526 N. EDGEMONT, LOS ANGELES, CA 90001 | |
| 10924 | KAISER, ALL SEASONS, MODESTO, CA 95350 | |
| 10924 | KAISER, ANNING JOHNSON, FREMONT, CA 94536 | |
| 10925 | KAISER, EDNA, 1362 LIBERTY AVE, UNION, NJ 07083-4144 | |
| 10925 | KAISER, FRANCIS, 841 YAMPA AVE., CRAIG,, CO 81625 | |
| 10924 | KAISER, FREMONT, CA 94536 | |
| 10925 | KAISER, JAMES, 160 WINCHESTER DR, ROEBUCK, SC 29376 | |
| 10925 | KAISER, JOHNELL, 1077 GLENHILL RD., EL CAJON, CA 92020 | |
| 10925 | KAISER, LAWRENCE, 267 RIDGETRAIL DRIVE, CHESTERFIELD, MO 63017 | |
| 10925 | KAISER, LINDA, 4 PRINGLE LANE, FAIRCHANCE, PA 15436 | |
| 10925 | KAISER, LINDA, 411 ENCHANTED TR. DR., SPRING, TX 77388 | |
| 10925 | KAISER, ROCHELLE, 5235 39 AVE NO, ST. PETERSBURG, FL 33709 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 KAISER, SANDRA, 1601 FULMER RD, BLYTHEWOOD, SC 29016

10925 KAISER, WENDY, 775 S MIDDLETON AVE, PALATINE, IL 60067

10924 KAIZER PERMANENTE, C/O WARCO CONSTRUCTION, CHARLOTTE, NC 28200

10924 KAJIMA/SMW SEIKO, ATTN:  ACCOUNTS PAYABLE, HEMET, CA 92546

10924 KAJIMA/SMW SEIKO-A JOINT VENTURE, 37540 NEWPORT ROAD, HEMET, CA 92545

10925 KAJTAR, STEPHEN, 80 ST JOHN ST, NILES, OH 44446

10925 KAKALEY, KARL, 4883 COVENTRY PKWY, FORT WAYNE, IN 46804

10925 KAKARAS, GEORGE, 120 ATHERTON WAY, GREER, SC 29650

10925 KAKUNI, STEVE, 11 AKILOLO ST, HONOLULU, HI 96821

10924 KAL CAM HOSPITAL, 701 EAST CYPRUS, SULPHUR, LA 70663

10925 KAL INDUSTRIAL SERVICES, PO BOX 211569, AUGUSTA, GA 30917

10924 KAL-AERO INC., 15745 SOUTH AIRPORT ROAD, BATTLE CREEK, MI 49017

10925 KALAFA, VICTOR H, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33486

10925 KALAFA, VICTOR, 3126 NW 60TH ST, BOCA RATON, FL 33496

10925 KALAHARI RESORT, PO BOX 590, WISCONSIN DELLS, WI 53965-0590

10924 KALAMA CHEMICAL COMPANY, 1296 N. W. THIRD STREET, KALAMA, WA 98625

10924 KALAMA CHEMICAL COMPNAY, 1296 N.W. THIRD STREET, KALAMA, WA 98625

10925 KALAMARAS, GRACE, 29 ROTA DR, PARLIN, NJ 08859

10924 KALAMAZOO LIBRARY C/O RITSEMA, 121 W. SOUTH STREET, KALAMAZOO, MI 49007

10924 KALAMAZOO SUPPLY COMPANY, 223 E. ALCOTT, KALAMAZOO, MI 49001

10924 KALAMAZOO SUPPLY COMPANY, 223 EAST ALCOTT, KALAMAZOO, MI 49001

10925 KALAPARAMBATH, MARY, 5149 ARBOR ST., PHILADELPHIA, PA 19120

10925 KALAYCI, ERROL, 1900 SW 58TH AVE, PLANTATION, FL 33317

10925 KALB, CAROLYN W, 406 MAXWELL ST, LAKE GENEVA, WI 53147-1721

10925 KALB, MICHAEL, 1703 ROOSEVELT ROAD, PITTSBURGH, PA 15237

10925 KALCHIK, TRACY, 665 N. HIGH ST., LARUE, OH 43332

10925 KALCO BOILER TECHNOLOGY, PO BOX 26, HOLDEN, MA 01520

10924 KALCOR COATINGS, 37721 STEVENS BLVD., WILLOUGHBY, OH 44094

10925 KALCZYNSKI, KENNETH, 22953 ALLEN RD, ST CLAIR SHORES, MI 48080

10925 KALE, MARION, 4800 SAN MARCUS, MESQUITE, TX 75149

10925 KALEY, MARTY, 5785 S.E. 46TH TER, OCALA, FL 34480

10925 KALF, HEATHER, 6 ORCHARD CIRCLE, SWAMPSCOTT, MA 01907

10924 KALFACT PLASTICS CO., 874 FAIRPLAINS, GREENVILLE, MI 48838

10925 KALIA, ANOOP, 6402 MELODY LANE, DALLAS, TX 75231

10924 KALI-CHEMIE AG, 3000 HANNOVER 1, AVONDALE ESTATES, 30002DEU          **\*VIA Deutsche Post\***

10925 KALIDA TRUCK EQUIPMENT INC., BOX 188, KALIDA, OH 45853

10925 KALIDA TRUCK EQUIPMENT, INC, 30840 TRACY ROAD, WALBRIDGE, OH 43465

10925 KALIL, ROY, 807 TOM SADLER RD, CHRLOTTE, NC 28214

10925 KALIN, DIANE R, 167 POPE ROAD, ACTON, MA 01720

10925 KALINCHAK, EMIL, 4640 N LINDHURST, DALLAS, TX 75229-6516

10925 KALINE, DEBORAH, 4509 RITCHIE HWY. 1ST. FL, BALTIMORE, MD 21225

10925 KALINOSKI, JOHN, 145 PARK RD, CHELMSFORD, MA 01824

10925 KALISCHKO, JAMES, 412 SOUTH SHANKS, CLUTE, TX 77531

10925 KALISH, JOSEPHINE, %JOHNLAND NURSING HOME, INC. 395 SUNKEN MEADOW RD, KINGS PARK, NY 11754-3705

10924 KALKASKA COUNTY SPORTS COMPLEX, 1900 FAIRGROUND N.W., KALKASKA, MI 49646

10925 KALKASKA COUNTY TREASURER, PO BOX 780, KALKASKA, MI 49646

10924 KALKASKA HOSPITAL, 419 SOUTH CEDAR STREET, KALKASKA, MI 49646

10925 KALKASKA TOWNSHIP TREASURER, 2068 VALLEY RD., KALKASKA, MI 49646

10925 KALKASKA TOWNSHIP TREASURER, 2068 VALLEY ROAD, KALKASKA, MI 49646

10925 KALKASKA WATER & SEWER DEPT, PO BOX 489, KALKASKA, MI 49646-0489

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KALKBRENNER, GREGORY, 7701 SADDLEBACK DRIVE, BAKERSFIELD, CA 93309

10925   KALKBRENNER, KRAIG, 1029 STONETREE, VALLEY PARK, MO 63088

10925   KALKOFEN, RICHARD, 961 SUGARLOAF DR, ESCONDIDO, CA 92026

10925   KALLELIS, JO-ANN, 7 OAK AVE, PEABODY,, MA 01960-6238

10925   KALLENBACH, MARIA, 3656 TEXAS ST, SAN DIEGO, CA 92104

10925   KALLENBACH, TODD, 3656 TEXAS, SAN DIEGO, CA 92104

10925   KALLERT, JOYCE, 94 HAUXHUEST AVE, WEEHAWKIN, NJ 07087

10925   KALLIO, OIVA, 29 CONANT ST, ACTON, MA 01720

10925   KALLIOPI ALIGIZAKI, PO BOX 10481, STATE COLLEGE, PA 16805

10925   KALLMEYER, BETH, 344 TURFWOOD, BALLWIN, MO 63021

10925   KALMAR AC INC, DEPT L-1328, COLUMBUS, OH 43260

10925   KALMAR AC,INC - CHICAGO DIVISION, DEPT L-1328, COLUMBUS, OH 43260

10925   KALMAR-AC OF ATLANTA INC, DEPT L-1327, COLUMBUS, OH 43260

10925   KALMER, MARY, 600 BLAIR ST, BELLEVILLE, IL 62220

10925   KALO INNOCULANT CO, 525 KENTUCKY ST, QUINCY, IL

10925   KALOGEROPOULOS, ARTH, 439 SOUTH ST, TEWKSBURY, MA 01876

10925   KALOGEROPOULOS, ARTHUR, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KALOGEROPOULOS, GEOR, 31 JACOBS ROAD, RANDOLPH, MA 02368

10925   KALOGEROPOULOS, NIKOS, 31 JACOBS ROAD, RANDOLPH, MA 02368

10925   KALOGEROPOULOS, NIKOS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KALORAMA INFORMATION, LLC, 641 AVE. OF THE AMERICAS, NEW YORK, NY 10011

10925   KALOUSEK, WILLIAM, 13 ST AUGUSTINE DR, GREENVILLE, SC 29615

10925   KALTEC SCIENTIFIC, 22425 HESLIP DR., NOVI, MI 48375

10925   KALTEC SCIENTIFIC, INC, PO BOX 762, NOVI, MI 48376

10925   KALTENBERG, DORENE, PO BOX 22, POYNETTE, WI 53955

10925   KALTHOF, MARK, 627 KILDONAN CT., BEL AIR, MD 21015

10925   KALUZNY, JOSEPHINE, 5744 NORTH ORIOLE, CHICAGO, IL 60631

10925   KALVZNY, WALT, 255 RANDALL AVE, TRENTON, NJ 08611

10925   KALYANARAMAN, NILESH, 86 ST BOTOLPH ST APT #13, BOSTON, MA 02116

10925   KAM HOLDG INC,DBA PINATA, 6320 CANOGA AVE , #1430, WOODLAND HILLS, CA 91367-2591

10925   KAMAL, SYED, 4 LISA LANE, ACTON, MA 01720

10924   KAMAN AEROSPACE CORPORATION, 100 S. MAIN STREET, MOOSUP, CT 06354

10924   KAMAN AEROSPACE CORPORATION, PO BOX2, BLOOMFIELD, CT 06002

10925   KAMAN INDUSTRIAL TECHNOLOGIES, 1550 K CATON CTR. DR., BALTIMORE, MD 21227

10925   KAMAN INDUSTRIAL TECHNOLOGIES, PO BOX 2536, FORT WAYNE, IN 46801

10925   KAMAN INDUSTRIAL TECHNOLOGIES, PO BOX 74566, CHICAGO, IL 60690-8566

10925   KAMAN INDUSTRIAL TECHNOLOGIES, PO BOX 8644, FORT WAYNE, IN 46898

10925   KAMAN INDUSTRIAL TECHNOLOGIES, PO BOX 8644, FORT WAYNE, IN 46898-8644

10925   KAMAN INDUSTRIAL TECHNOLOGIES, POBOX 30672, HARTFORD, CT 06150-0349

10925   KAMAN INDUSTRIAL TECHNOLOGY, 2 GLENS FALLS TECHNICAL PARK, GLENS FALLS, NY 12801

10925   KAMARA, BAMBA, 1520 SHERIDAN AVE., BRONX, NY 10457

10925   KAMATA, YURI, 155 COLLEGE AVE APT 1, SOMERVILLE, MA 02144

10925   KAMBACH, KEITH, 51-C SOMERSET COURT, BOUND BROOK, NJ 08805

10925   KAMBER, TODD, 12018 GOLT RIDGE CIRCLE, 302, FAIRFAX, VA 22030

10924   KAMCO BLDG SUP CORP OF PA, PO BOX B, WALLINGFORD, PA 19086

10924   KAMCO BUILDING SUPPLY CORP. OF PA, P.O. BOX B, WALLINGFORD, PA 19086

10924   KAMCO SUPPLY CORP OF N EN, P.O BOX 876, ORANGE, CT 06477

10924   KAMCO SUPPLY, 5 FORTS FERRY RD, LATHAM, NY 12110

10924   KAMCO SUPPLY, P O BOX 876, ORANGE, CT 06477

10925   KAMCO SUPPLY, PO BOX 2489, WOBURN, MA 01888

10925   KAMEL SOFTWARE, INC, 2822 FORSYTH RD., WINTER PARK, FL 32792

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KAMEL SOFTWARE, INC, 2822 FORSYTH ROAD, WINTER PARK, FL 32792

10925   KAMINCHAK, SELENA, 106 SCALES PLACE, GREENVILLE, NC 27834

10925   KAMINER, RAPHAEL, 2022 NW 19TH WAY, BOCA RATON, FL 33431

10925   KAMINIS, ARTHUR, 317 PARK ST, C, MIAMI SPRINGS, FL 33166

10924   KAMINSKI HOUSE MUSEUM, 1003 FRONT STREET, GEORGETOWN, SC 29440

10924   KAMINSKI HOUSE MUSEUM, PO BOX 939, GEORGETOWN, SC 29442

10925   KAMINSKI JR, M, PO BOX 790, AVON PARK, FL 33825

10925   KAMINSKI, JERI, 6428 W 94TH ST, OAK LAWN, IL 60453

10925   KAMINSKI, THERESA, 609 ALBERDEEN ROAD, MOUNTAINTOP, PA 18707

10925   KAMINSKI, THOMAS, 4828 WEST WARWICK AVE, CHICAGO, IL 60641

10925   KAMINSKY DESIGN, 347 CONGRESS ST, BOSTON, MA 02210

10925   KAMINSKY STRATEGIK DESIGN, 883 BOYLSTON ST, BOSTON, MA 02116

10925   KAMINSKY, DONNA, 255 VIENNA BEND DR, NATCHITOCHES, LA 71457

10925   KAMINSKY, JOHN, RT. 1, BOX 650, NATCHITOCHES, LA 71457

10925   KAMINSKY, KAREN, 4 CARDINAL LANE, MONSEY, NY 10952

10925   KAMIREZ, LUIS, 2220 EBONY ST., MCALLEN, TX 78501

10925   KAMMERDEINER, SHERI, 914 FIELD TRAIL DR, MESQUITE, TX 75150

10925   KAMMERER, BRUCE, 10910 S OCTAVIA, WORTH, IL 60482

10925   KAMMERER, TRAVIS, RT 1, BOX 124A, SWEENY, TX 77480-9502

10925   KAMMERMAN, JOYCE, 4331 HARRISON ST NW # 4, WASHINGTON, DC 20015

10925   KAMMEYER, RANDY, 7718 WEST BROWN, PEORIA, AZ 85345

10925   KAMP, JUDY, 4389 LAWRENCEVILLE HWY, TUCKER, GA 30084

10925   KAMPA TIRE CO., 1695 UNIVERSITY AVE, SAINT PAUL, MN 55104

10925   KAMPA TIRE CO., 3234 4TH ST SE, MINNEAPOLIS, MN 55414

10925   KAMPE, DAVID, 6311 BLACK WOLF POINT, OSHKOSH, WI 54901

10925   KAMPE, JOAN, 16172 E. 9000 N. ROAD, GRANT PARK, IL 60940

10925   KAMPEN, KAREN, W6175 KAMPEN RD, ARLINGTON, WI 53911

10925   KAMPERT, DOLORES, 3703 GENEVA PLACE, MCHENRY, IL 60050

10925   KAMPF MACHINERY CORPORATION, PO BOX 1229, ENFIELD, CT 06083-1229

10925   KAMPFE, ROY, 3455 N. HOGAN DRIVE, GOODYEAR, AZ 85338

10925   KAMPS, GERALD E, 101 KAMPS CT, COMBINED LOCKS, WI 54113-1024

10925   KAMPSEN, W, 193 WINSDOR DR, DAYTONA BEACH, FL 32119

10925   KAMSKY ASSOCIATES INC., 280 PARK AVE, NEW YORK, NY 10017

10925   KAMSKY, LEONARD, 150 EAST 69TH ST, NEW YORK, NY 10021-5704

10924   KANABEC COUNTY COURTHOUSE, 18 N. VINE STREET, MORA, MN 55051

10925   KANAK & SONS INC, 5913 W CERMAK ROAD, CICERO, IL 60650

10925   KANAK, GUY, 215 NORTH CONGRESS ST., NEWTOWN, PA 18940

10925   KANALLY, ELIZABETH, 4361 E CORRAL ROAD, PHOENIX, AZ 85044

10924   KANAWHA BRICK & BLOCK CO, 1201-03 MAIN AVE, NITRO, WV 25143

10924   KANAWHA BRICK & BLOCK CO., 1201-03 MAIN AVE., NITRO, WV 25143

10925   KANAWHA SCALES & SYSTEMS OF AL,LLC, PO BOX 569, POCA, WV 25159

10925   KANCHAN, SHUKLA, 22014 LANARK ST, CANOGA PARK, CA 91304

10924   KANCOR INC., 4757 INTERSTATE DRIVE, CINCINNATI, OH 45246

10925   KANDATHIL, LINCY, 10300 WILCREST #520, HOUSTON, TX 77099

10924   KANDEL BROS. WHOLESALE, 151 NORTH STREET, MIDDLETOWN, NY 10940

10924   KANDEL, SHEILA, 22 ASHWOOD DRIVE, BLAUVELT, NY 10913

10924   KANE CONTRACTING, 2- JOHN WALSH BLVD, PEEKSKILL, NY 10566

10925   KANE III, JOHN J, 9 BUXTON CT, MANTUA, NJ 08051-1732

10925   KANE, ALICIA, 2201 GENOVA DR., OVIEDO, FL 32765

10925   KANE, BRENDAN, 19 LORRAINE RD, WALPOLE, MA 02081

10925   KANE, CHRISTINE, 3905 RUST HILL PL, FAIRFAX, VA 22030

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KANE, ESTELLE, 8A FIFTH ST, RONKONKOMA, NY 11779-5305 | |
| 10925 | KANE, GAYLE, 10 GRAYSON RD., WINCHESTER, MA 01890 | |
| 10925 | KANE, J, 2715 2ND AVE, MULBERRY, FL 33860 | |
| 10925 | KANE, JAMES, 74 LAKE ROAD, GREENLAWN, NY 11740-1818 | |
| 10925 | KANE, MARY, 2353 MASS AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KANE, MARY, 2715 2ND AVE, MULBERRY, FL 33860-9730 | |
| 10925 | KANE, PATRICK J, 327 W 6TH ST, SIOUX FALLS, SD 57102 | |
| 10925 | KANE, SARAH, 5700 NORTH KNOLL, SAN ANTONIO, TX 78240 | |
| 10925 | KANE, STACIE, 14 FLORENCE ST, QUINCY, MA 02170 | |
| 10925 | KANE, TERRY, 45 W HIGH ST, BOUND BROOK, NJ 08805 | |
| 10925 | KANE, TIMOTHY, 3440 HOLLYWOOD BLVD 2D FL, HOLLYWOOD, FL 33021 | |
| 10925 | KANE, TRACY, 5997 CTW-NN, DENMARK, WI 54208 | |
| 10925 | KANE, VICTORIA, 208 W HANNA, TAMPA, FL 33604 | |
| 10925 | KANEB PIPE LINE CO, EDWARD D DOHERTY CHAIR & CEO, | |
| 10925 | KANEB PIPE LINE OPERATING PARTNER, 2400 LAKESIDE BLVD #600, DALLAS COUNTY, RICHARDSON, TX 75082 | |
| 10925 | KANEB PIPE LINE OPERATING PARTNERS, 2400 LAKESIDE BLVD, STE. 600 RICHARDSON, DALLAS COUNTY, TX 75082 | |
| 10925 | KANEB PIPE LINE OPERATING PARTNERSH, 2400 LAKESIDE BLVD, SUITE 600, RICHARDSON, TX 75082 | |
| 10925 | KANEB PIPE LINE OPERATING PARTNERSH, ELLEN PRESBY MILLS PRESBY &ASSOC, 5910 N CENTRAL EXPRESSWAY, SUITE 900, DALLAS, TX 75206-5141 | |
| 10925 | KANEB PIPE LINE OPERATING, 8214 WESTCHESTER, SUITE 905, DALLAS, TX 75225 | |
| 10925 | KANEB PIPELINE PARTNERS, E D DOHERTY & S M HOFFMAN, 2400 LAKESIDE BLVD # 600, RICHARDSON, TX 75082 | |
| 10925 | KANEB PIPELINE PARTNERS, IN ELLEN A PRESBY MILLS PRESBY &, 3910 NORTH CENTRAL EXPRESSWAY, SUITE 900, DALLAS, TX 75206 | |
| 10925 | KANEB SERVICES INC, 2435 N CENTRAL EXPWY 700, RICHARDSON, TX 75080 | |
| 10924 | KANECO READY MIX, 256 SOUTH 400 EAST, KANAB, UT 84741 | |
| 10925 | KANEFIELD, ANGIE, 5515 MCKINLEY ST, BETHESDA,, MD 20817 | |
| 10924 | KANE-PERKINS CO INC, 560 MAIN ST, HUDSON, MA 01749 | |
| 10924 | KANE-PERKINS CO INC., 190 WORSTER RD, STERLING, MA 01564 | |
| 10924 | KANE-PERKINS CO INC., 560 MAIN STREET, HUDSON, MA 01749 | |
| 10925 | KANE-PERKINS CO. DIV. OF, PO BOX 752, HUDSON, MA 01749 | |
| 10925 | KANESHIRO, JENNIFER, 15935 BENT TREE FRST, #2055, DALLAS, TX 75248 | |
| 10925 | KANESKI, JOHN, 175 N HARBOR DRIVE, CHICAGO, IL 60601 | |
| 10925 | KANEVESKY, ZORYA, 203 LAKESHORE RD., APT #2, BRIGHTON, MA 02135 | |
| 10925 | KANEVSKY, ZORY, 203 LAKE SHORE RD APT #2, BRIGHTON, MD 02135-6365 | |
| 10925 | KANEVSKY, ZORY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KANEVSKY, ZORYA, 203 LAKESHORE RD APT #2, BRIGHTON, MA 02135 | |
| 10925 | KANG, HAE, 12643C ASHFORD MEAD, HOUSTON, TX 77082 | |
| 10925 | KANG, JULIE, 1441 BRANDYWINE ROAD #100N, W. PALM BEACH, FL 33409 | |
| 10925 | KANG, JULIE, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10925 | KANG, NAWEON, 4201 PICKETT, FAIRFAX, VA 22032 | |
| 10925 | KANG, UAN, 1707 BUTTERWEED COURT, ANN ARBOR, MI 48103 | |
| 10925 | KANGA, RUSTOM, 1760 NORTH MILFORD CREEK LANE, MARIETTA, GA 30060 | |
| 10925 | KANGAS, JOHN, BOX 148, 17 MOSS HILL ROAD, HARWICH, MA 02645 | |
| 10924 | KANGNAM INDUSTRIAL CO. LTD, #1355-21 SEOCHO-DONG, SEOCHO-KU, SEOUL, KOR | *VIA Deutsche Post* |
| 10925 | KANIEWSKI, EUGEN, WESTPREUSSENSTR 2, WORMS, 67551GERMANY | *VIA Deutsche Post* |
| 10925 | KANKAKEE SPRING CO INC, 88 WEST ISSERT DRIVE, KANKAKEE, IL 80901 | |
| 10925 | KANN AND ASSOCIATES INC, 207 E REDWOOD ST FOURTH FL, BALTIMORE, MD 21202 | |
| 10925 | KANN, PATRICIA, PO BOX 466, GREEN BAY, WI 54305-0466 | |
| 10925 | KANO LABORATORIES, 1000 E. THOMPSON LN., NASHVILLE, TN 37211 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KANO LABORATORIES, 1000 S. THOMPSON LANE, NASHVILLE, TN 37211 | |
| 1024 | KANOHEDA ELEMENTRY SCHOOL, 1025 HERRINGTON ROAD, LAWRENCEVILLE, GA 30044 | |
| 10925 | KANOY, JEANNE, 9740 LAMAR, OVERLAND PARK, KS 66207 | |
| 10925 | KANSANNIVA JR, GEORGE, 6 BEACON ST, MAYNARD, MA 01754 | |
| 10925 | KANSAS AGGREGATE PRODUCERS ASSOC, 800 SW JACKSON #1408, TOPEKA, KS 66612-2214 | |
| 10925 | KANSAS ATTY GENERAL, ATTN: CARLA J STOVALL, 120 SW 10TH AVE, 2ND FL, TOPEKA, KS 66612 | |
| 10924 | KANSAS BUILDING PROD., PO BOX 9463, WICHITA, KS 67277 | |
| 10924 | KANSAS BUILDING PRODUCTS, 1600 S. HOOVER, WICHITA, KS 67277 | |
| 10924 | KANSAS BUILDING SYSTEMS, 1701 SW 41ST ST, TOPEKA, KS 66609 | |
| 10924 | KANSAS BUILDING SYSTEMS, 1701 SW 41ST STREET, TOPEKA, KS 66609 | |
| 10924 | KANSAS CITY ART STATUARY, 3700 E 12TH ST, KANSAS CITY, MO 64127 | |
| 10925 | KANSAS CITY CHIEFS, PO BOX 219800, KANSAS CITY, MO 64121-9800 | |
| 10924 | KANSAS CITY CONC PIPE, 5429 MERRIAM DRIVE, MERRIAM, KS 66203 | |
| 10924 | KANSAS CITY CONC PIPE, P O BOX 3808, SHAWNEE, KS 66203 | |
| 10924 | KANSAS CITY CONC PIPE, PO BOX860310, SHAWNEE MISSION, KS 66286-0310 | |
| 10924 | KANSAS CITY CONCRETE PIPE CO., PO BOX860310, SHAWNEE MISSION, KS 66286-0310 | |
| 10924 | KANSAS CITY HEALTH FACILITY, C/O ROLLING PLAINS CONSTRUCTION, KANSAS CITY, MO 64108 | |
| 10924 | KANSAS CITY INTERNATIONAL AIRPORT, ADMIN. BLDG. - C/O SMC SERVICES, KANSAS CITY, MO 64195 | |
| 10924 | KANSAS CITY INT'L AIRPORT, 1 INTERNATIONAL SQ., KANSAS CITY, MO 64195 | |
| 10925 | KANSAS CITY PETERBILT, 8915 WOODEND, KANSAS CITY, KS 66111 | |
| 10925 | KANSAS CITY SOUTHERN LINES, PO BOX 38-DEPT. 465, KANSAS CITY, MO 64183 | |
| 10925 | KANSAS CITY SOUTHERN LINES, PO BOX 410253, KANSAS CITY, KS 64141-0253 | |
| 10925 | KANSAS CITY SOUTHERN RAILWAY CO., PO BOX 38 DEPT. 465, KANSAS CITY, MO 64183 | |
| 10925 | KANSAS CITY STAR, THE, PO BOX 807766, KANSAS CITY, MO 64180-7766 | |
| 10925 | KANSAS DEPT OF AGRICULTURE, 109 SW 9TH ST, TOPEKA, KS 66612-1272 | |
| 10925 | KANSAS DEPT OF HEALTH & ENVIR, 1000 SW JACKSON #400, TOPEKA, KS 66612-1597 | |
| 10925 | KANSAS DEPT OF HEALTH & ENVIR, 1000 SW JACKSON, #400, TOPEKA, KS 66612 | |
| 10925 | KANSAS DEPT OF HEALTH AND ENV, RONALD HAMMERSCHMIDT PHD DIR DIV OF, FORBES FIELD, BLDG 740, TOPEKA, KS 66620-0001 | |
| 10925 | KANSAS INSURANCE DEPT, 420 SW 9TH ST, TOPEKA, KS 66612-1678 | |
| 10924 | KANSAS INTERNATIONAL AIRPORT TOWER, BRASILIA STREET, KANSAS CITY, MO 64195 | |
| 10925 | KANSAS OXYGEN, INC, PO BOX 3007, HUTCHINSON, KS 67504-3007 | |
| 10925 | KANSAS PAYMENT CENTER, PO BOX 758599, TOPEKA, KS 66675-8599 | |
| 10925 | KANSAS READY MIXED CONCRETE ASSOC, 800 SW JACKSON #1408, TOPEKA, KS 66612-2214 | |
| 10924 | KANSAS SAND & CONCRETE IN, PO BOX656, TOPEKA, KS 66608 | |
| 10924 | KANSAS SAND & CONCRETE INC, 531 N TYLER, TOPEKA, KS 66608 | |
| 10924 | KANSAS SAND & CONCRETE INC, P. O. BOX 656, TOPEKA, KS 66601 | |
| 10925 | KANSAS TURNPIKE AUTHORITY, PO BOX 780007, WICHITA, KS 67278-0007 | |
| 10925 | KANSAS WITHOLDING TAX, 915 SW HARRISON ST, TOPEKA, KS 66625-0001 | |
| 10925 | KANSKI, HARRY, 635 1ST AVE WEST, DICKINSON, ND 58601 | |
| 10925 | KANSKI, ROBERT, 1100 SUSSEX COURT, BEL AIR, MD 21014 | |
| 10924 | KANTA PRODUCTS INC, 130 OLD YELLOWSTONE TRAIL, THREE FORKS, MT 59752 | |
| 10924 | KANTA PRODUCTS INC, P O BOX 96, THREE FORKS, MT 59752 | |
| 10924 | KANTA PRODUCTS INC., 130 OLD YELLOWSTONE TRAIL, THREE FORKS, MT 59752 | |
| 10924 | KANTA PRODUCTS INC., P.O. BOX 96, THREE FORKS, MT 59752 | |
| 10924 | KANTARU K.K., SAKURA KOJO, SAKURA DAI-SAN KOGYO DANCHI 2-11-3, OSAKU SAKURA-SHI CHIBA-KE, 12 285-0802UNK | *VIA Deutsche Post* |
| 10925 | KANTER, DANIEL, 3167 SOUTH 6TH ST, MILWAUKEE, WI 53215 | |
| 10925 | KANTER, JACQUELYN, 22100 BURBANK BLVD, #241E, WOODLAND HILLS, CA 91367 | |
| 10925 | KANTNER, MONICA, 3946 FAIRVIEW, DOWNERS GROVE, IL 60515 | |
| 10925 | KANTOLA PRODUCTIONS LLC, 55 SUNNYSIDE AVE, MILL VALLEY, CA 94941-1924 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KANTOR, LILIA, 13 MACLEOD LN, ACTON, MA 01720 | |
| 10925 | KANTOROWICZ, ROLF, BERNDORFFSTR. 2, KOELN, 50968GERMANY | *VIA Deutsche Post* |
| 10925 | KANTORSKI, MARY, 189 E CAMPLAIN ROAD, MANVILLE, NJ 08835 | |
| 10925 | KANTZABEDIAN, ABRAHAM, 219 GRANT ST, NEWPORT BEACH, CA 92663 | |
| 10925 | KANUCHOK, ANTHONY, 5404 GERLAND AVE, BALTIMORE, MD 21206 | |
| 10925 | KANUSE, BRIAN, 9 DANA LEE DRIVE, ASSONER, MA 02702 | |
| 10924 | KANZAKI SPECIALTY PAPERS INC., 20 CUMMINS STREET, WARE, MA 01082 | |
| 10924 | KANZAKI SPECIALTY PAPERS INC., PALMER INDUSTRIAL PARK, BONDSVILLE, MA 01009 | |
| 10924 | KANZAKI SPECIALTY PAPERS INC., PO BOX 2002, WARE, MA 01082-2002 | |
| 10924 | KANZAKI SPECIALTY PAPERS-DO NOT USE, PO BOX 2002, WARE, MA 01082-2002 | |
| 10925 | KANZLER, KAREN, 14307 DOVER COURT, LAUREL, MD 20707 | |
| 10925 | KAO, MING-MIN, 15462 PEERMONT, HOUSTON, TX 77062 | |
| 10925 | KAPADIA, SHAHVEER, 2 WEST SECOND ST, TULSA, OK 74103 | |
| 10925 | KAPAHNKE, CHRISTIAN, 541 IRIS LANE, KIRKWOOD, MO 63122 | |
| 10925 | KAPA-KRMCA, 800 SW JACKSON #1408, TOPEKA, KS 66612 | |
| 10925 | KAPASI GLASS MART INC, 136 SOUTH FOREST ST, SPARTANBURG, SC 29306 | |
| 10925 | KAPCO INDUSTRIES, PO BOX 3920, CAROLINA, PR 00984-3920 | |
| 10925 | KAPECKI, ROBIN, 29 KAZBECK ST, INDIAN ORCHARD, MA 01151 | |
| 10925 | KAPFER, KARI, 11633 MELROSE #146, OVERLAND PARK, KS 66210 | |
| 10925 | KAPFHAMMER, DAVID L, 1216 OAKTON TRAIL, EVANS, GA 30809 | |
| 10925 | KAPFHAMMER, DAVID, 1216 OAKTON TRAIL, EVANS, GA 30809 | |
| 10925 | KAPITZ, MICHAEL, 5363 NORTH 66TH ST, MILWAUKEE, WI 53218 | |
| 10925 | KAPLAN CONTAINER CORP., POBOX 107, EAST ROCHESTER, NY 14445 | |
| 10925 | KAPLAN, 1320 CENTRE ST SUITE 102, NEWTON CENTER, MA 02159 | |
| 10925 | KAPLAN, AMY, 1622 RISING WAY, WESTFIELD, NJ 07092 | |
| 10925 | KAPLAN, DAVID, 4305 AVE N, #2, GALVESTON, TX 77550 | |
| 10925 | KAPLAN, ERIC, 2817 MYRTLE AVE, EUREKA, CA 95501 | |
| 10925 | KAPLAN, JUDITH, 2118 SAN FRANCISCO, DALLAS, TX 75228 | |
| 10925 | KAPLAN, LISA, 1310 STONE RIDGE CIRCLE, HELMETTA, NJ 07733 | |
| 10925 | KAPLAN, LYNN, 13230J FIJI WAY, MARINA DEL REY, CA 90292 | |
| 10925 | KAPLAN, MICHAEL, 7900 SW 57TH AVE, SOUTH MIAMI, FL 33143 | |
| 10925 | KAPLAN, SHARON W, 326 N ROSEMONT BLVD, SAN GABRIEL, CA 91775-2828 | |
| 10925 | KAPLAN, STEVEN, 88D AMHERST ST., NASHUA, NH 03063 | |
| 10924 | KAPLAN-SCHMIDT ELECTRIC, INC, SUITE 1, 305 COMMERCE DR, ROCHESTER, NY 14623 | |
| 10925 | KAPLARCZUK, EDWARD, 313 WASHINGTON ST, CARLSTADT, NJ 07072 | |
| 10925 | KAPP, JOSEPH, 6415 VISTA PACIFICA, PALOS VERDES, CA 90274 | |
| 10925 | KAPPELER, BARBARA V, 113 HAILEY DR, MARLTON, NJ 08053-4327 | |
| 10924 | KAPSON SENIOR QUARTERS, 117-05 84TH STREET, FLUSHING, NY 11375 | |
| 10925 | KAPUR JT TEN, DAVINDER N & ANITA, 2 VICKSBURG, IRVINE, CA 92620-2560 | |
| 10925 | KAPUSCINSKI, SUSAN, CUST FOR TYLER STEVEN KAPUSCINSKI, UNDER THE NJ UNIF TRAN MIN ACT, 6 ODGEN ST, MARLBORO, NJ 07746 | |
| 10925 | KAPUSCINSKI, SUSAN, CUST FOR TYLER STEVEN KAPUSCINSKI, UNDER THE NJ UNIF TRAN MIN ACT, 6 OGDEN ST, MARLBORO, NJ 07746-1012 | |
| 10925 | KAPUSTA, JULIE, 1066 WM FLYNN HWY, GLENSHAW, PA 15116 | |
| 10925 | KAR PRODUCTS INC, POBOX 2414, DES PLAINES, IL 60017-2414 | |
| 10925 | KARABERIS, MARY, PO BOX 122, QUINCY, MA 02269-0122 | |
| 10925 | KARABERIS, MARY, PO BOX 690122, QUINCY, MA 02269-0122 | |
| 10925 | KARABETS, JOHN, 636 WEST PLATA, MESA, AZ 85210-8331 | |
| 10925 | KARABETS, STEPHANIE, 1025 W CHICAGO CT, CHANDLER, AZ 85224-5250 | |
| 10925 | KARABINUS, JUDITH, 4848 DEBBIE DRIVE, MEDINA, OH 44256 | |
| 10925 | KARAFAS, CONSTANTINE, 9566 MANY MILE MEWS, COLUMBIA, MD 21046 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KARAFOTIAS, VIVIAN, 49 SWEETWATER AVE, BEDFORD, MA 01730

10925   KARAGANIS & WHITE LTD, BRUCE WHITE, 414 NORTH ORLEANS ST, SUITE 810, CHICAGO, IL 60610

10925   KARAGEORGE, BETH, 5602 PRINCE ANDREW CT, LEESBURG, FL 34748-7936

10925   KARALIS, NICHOLAS, 23 DEWLINE RD, LIVERPOOL, NY 13090

10925   KARAM, DEBORAH, 34 BACK BAY CIRCLE, GALVESTON, TX 77551

10925   KARAM, DEBORAH, 4663 FAIRWAY ROAD, BETHLEHEM, PA 18017

10925   KARAM, DEBRA, 564 COOLEY BRIDGE RD, PELZER, SC 29669

10925   KARASIEWICZ, CAROL, PO BOX 1198, RANDOLPH, MA 02368

10925   KARASTATIRAS, MARY, 910 LUTZ AVE., BALTIMORE, MD 21221

10925   KARATHANASIS, DOROTHY, 29 ARLINGTON ROAD, SCARSDALE, NY 10583

10925   KARAVAEV, EUGENE, 2228 CEDAR BARN WAY, BALTIMORE, MD 21244

10925   KARAVAS, MARK, 1408 H SHADE TREE ROAD, BALTIMORE, MD 21221

10925   KARAVAS, STEVEN, 7499 OLD BATTLE GROVE RD, BALTIMORE, MD 21222

10924   KARBER CUSTOM BLOCK, 917 CHURCH ST, SAINT JOHNS, MI 48879

10925   KAREEM, UMAR, 9115 S. PAULINA ST, CHICAGO, IL 60620

10925   KAREL, MARGARET, BOX 684, HALES CORNERS, WI 53130-0684

10925   KAREN CARLSON, 2689 COLLEGE HILL DR, SCHAUMBURG, IL 60173-5752

10925   KAREN D TURNER, 178 S SEVEN MILE RD, MIDLAND, MI 48640-9046

10925   KAREN D. TROUSKIE, 60 GREEN ROAD, CHURCHVILLE, NY 14428

10925   KAREN FINCH, 1609 VIA TALPAN, SAN CLEMENTE, CA 92673

10925   KAREN GIRROIR, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   KAREN GITTO & NATALE GITTO JT TEN, 237 BAY 7TH ST, BROOKLYN, NY 11228-3806

10925   KAREN GRIFFITH, PO BOX 470926, BROOKLYN, NY 11247-0926

10925   KAREN J MCSWAIN, 7290 MCARTHUR PKWY, HOLLYWOOD, FL 33024-7123

10925   KAREN J MCSWAIN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   KAREN K HENCH TR UA NOV 03 95, KAREN K HENCH TRUST, PO BOX 38605, COLORADO SPRINGS,
        CO 80937-8605

10925   KAREN K KNOTT, 10106 COLFAX AVE SOUTH, BLOOMINGTON, MN 55431-3136

10925   KAREN KLEMENT WILLIAMS, 140-31 S E 132, KNOB NOSTER, MO 65336-2021

10925   KAREN M SMOLENS AS, ADMINISTRATRIX OF THE, EST OF JOANNE SMOLENS, 10 RAVINE RD,
        MELROSE, MA 02176-4302

10925   KAREN M SMOLENS, 10 RAVINE RD, MELROSE, MA 02176-4302

10925   KAREN M. GIRARD, 3960 NW 25TH WAY, BOCA RATON, FL 33434

10925   KAREN MARIE ADAMITIS, 5009 ELM CIRCLE DR, OAK LAWN, IL 60453-3903

10925   KAREN SCALZO, 6141 NW 42ND TERRACE, COCONUT CREEK, FL 33073

10925   KAREN W MAXWELL, 97 LUDLOW RD, MANCHESTER, CT 06040-4542

10925   KAREN W MOY, 15 LEROY ST, NEW YORK, NY 10014-3907

10925   KAREN Y BROWN, 890 NORTH MCNEIL, MEMPHIS, TN 38107

10925   KARENEV, ANELIA, 1504 SHANNON PLACE, CARROLLTON, TX 75006

10925   KARENS FLORAL EXPRESSIONS, 148 S BOLINGBROOK DR (RT 53), BOLINGBROOK, IL 60440

10925   KARES, LYDIA, 27 DELA PARK LN, EASTON, MA 02356

10925   KARGAUER, DAWN, 1103 LONGFELLOW RD, SARASOTA, FL 34243

10925   KARGER, CONSTANCE, 6006 RUTHERGLENN DR, HOUSTON, TX 77096

10925   KARIKARI, FREDERICK, 40 W MOSHOLU PKWY, BRONX, NY 10468

10925   KARILEE F BRICKER, 38254 S JEAN CT, WESTLAND, MI 48186-3813

10925   KARIM, KERRA, 12447 S. ELIZABETH, CALUMET PARK, IL 60643

10925   KARIN D. WALTERS, 4693 SHASTA CT., PLEASANTON, CA 94566

10925   KARIN HABER, 2 ANABELLE LANE, FLORHAM PARK, NJ 07932

10925   KARINSHAK, SARAH, 5855 NW 35TH WAY, BOCA RATON, FL 33496

10925   KARINSHAK, STEPHEN E, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   KARINSHAK, STEPHEN, 4460 DOWNING PLACE WAY, MT PLEASANT, SC 29466

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KARKARE, MILIND V, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KARKARE, MILIND, 51 CARL ST, NEWTON, MA 02161-1905 | |
| 10925 | KARKI, PRATIVA, 14429 STEPPING STONE WAY, BURTONSVILLE, MD 20866 | |
| 10925 | KARL D TAUB, 106 HIBBERT ST, ARLINGTON, MA 02174-5636 | |
| 10925 | KARL D. TAUB, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | KARL EVAN DECKER, 10201 GROSEVENOR PL APT 322, NORTH BETHESDA, MD 20852-4607 | |
| 10925 | KARL JR, JOHN F, 105 PARK PLACE, COVINGTON, KY 41011 | |
| 10925 | KARL LEHMANN, 53 BLAKE ST, NEEDHAM, MA 02192-2204 | |
| 10925 | KARL M MAYER, 2 LIGHTHOUSE LANE, OLD GREENWICH, CT 06870-2310 | |
| 10925 | KARL STARR, 17667 PHESANT DR, TINLEY PARK, IL 60477-5225 | |
| 10925 | KARL TAUB, 106 HIBBERT ST, ARLINGTON, MA 02476-5636 | |
| 10925 | KARL W STRODER, SCHWARZBACHSTR 1 A, GELSENKIRCHEN, 45879GERMANY | *VIA Deutsche Post* |
| 10925 | KARL W WILLIAMS, 8017 JOHN T WHITE RD, FT WORTH, TX 76120-3611 | |
| 10925 | KARL, MAURA, 68 PLYMOUTH DRIVE, NORWOOD, MA 02062 | |
| 10925 | KARL, RONALD, 8053 WYNBROOK ROAD, BALTIMORE, MD 21224 | |
| 10925 | KARLA VELASQUEZ, 7237 E.GAGE AVE., LOS ANGELES, CA 90040 | |
| 10924 | KARL'S PUMPING & PLACING, 2038 N. W. 40TH COURT, POMPANO BEACH, FL 33064 | |
| 10924 | KARL'S PUMPING & PLACING, 2038 N.W. 40TH COURT, POMPANO BEACH, FL 33064 | |
| 10925 | KARLS, DEBORAH, 1023 E. MISSION DR., TEMPE, AZ 85283 | |
| 10925 | KARLS, KATHLEEN, 22315 CAMINITO TECAT, LAGUNA HILLS, CA 92653 | |
| 10925 | KARLS, MICHAEL, 6340 KOPP ROAD, WAUNAKEE, WI 53597 | |
| 10925 | KARLS, RAYMOND, 620 W MOHAWK TRAIL, DE FOREST, WI 53532 | |
| 10925 | KARLS, THERESE, 6932 SCHUMAKER RD,RT 2, WAUNAKEE, WI 53597 | |
| 10925 | KARLSON JR, KARL H, 1602 RUNNYMEDE ROAD, NORFOLK, VA 23505-2906 | |
| 10925 | KARLSSON, KURT, 15504 72ND DR NW, STANWOOD, WA 98292 | |
| 10925 | KARMIEL, JEAN, 1871 SUTTON ROAD, SHAVERTOWN, PA 18708 | |
| 10924 | KARMY CONSTRUCTION, INC., 2300 FM 3048, CLEBURNE, TX 76031 | |
| 10924 | KARNAK CORPORATION, 1010 SOUTHEAST 20TH STREET, FORT LAUDERDALE, FL 33316 | |
| 10924 | KARNAK CORPORATION, 330 CENTRAL AVENUE, CLARK, NJ 07066 | |
| 10925 | KARNAK MIDWEST LLC, PO BOX 34157, NEWARK, NJ 07189-0157 | |
| 10925 | KARNER, GILBERT, 200 OAK LANE SW, B, GLEN BURNIE, MD 21061 | |
| 10925 | KARNER, SUSAN, 717 ALTON AVE, READING, PA 19605 | |
| 10925 | KARNES, GARRY, 1495 GORDON AVE, RENO, NV 89509 | |
| 10925 | KARNES, JOHN, BOX #812501, BOCA RATON, FL 33481 | |
| 10925 | KARNES, SHARON, 10529 LAUREL RIDGE, ASHLAND, KY 41102 | |
| 10925 | KARO, RODNEY, 45060 ARKONA RD, NEW BOSTON, MI 48164 | |
| 10925 | KAROL, BEVERLY, 301 DAVIS ST, TAUNTON, MA 02780-2115 | |
| 10924 | KAROLINA POLYMERS, 1508 S. CENTER STREET, HICKORY, NC 28602 | |
| 10925 | KAROW, KEITH, BOX 791, STANLEY, ND 58784 | |
| 10925 | KAROW, KEVIN, BOX 943, STANLEY, ND 58784 | |
| 10925 | KARP, ALANA, 5121 GREENWICH RD, VIRGINIA BEACH, VA 23462-6022 | |
| 10925 | KARP, ELIZABETH, 25 PETERBOROUGH ST, BOSTON, MA 02215 | |
| 10925 | KARP, JEFFREY, 19 SHERMAN ST., BEVERLY, MA 01915 | |
| 10925 | KARP, LAWRENCE, 4 ATLAS PLACE, NESCONSET, NY 11767 | |
| 10925 | KARP, ROBERT, 14640 W 62ND DRIVE, ARVADA, CO 80004-3628 | |
| 10925 | KARPENKO, FREDERICK, 14 KINGSLEY AVE, MELROSE, MA 02176 | |
| 10925 | KARPINECZ, ROBERTA, 66 SOMERSET ST, 211, SOMERVILLE, NJ 08876 | |
| 10925 | KARPINSKI, ROBERT, 719 BRIGHTON CREST, BLOOMINGTON, IN 47401 | |
| 10925 | KARPINSKY, JEANNE, 608 CHOKECHERRY TRAIL, DE FOREST, WI 53532 | |
| 10925 | KARPOWICZ, DONALD, 19 DONNA DRIVE, COPLAY, PA 18037 | |
| 10925 | KARR, BARBARA, 3108 FUTURA, ROSWELL, NM 88201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KARR, DONNA, 1164 CLEARFIELD RD., ROANOKE, VA 24015

10925    KARR, HENRY, 2416 BUCKINGHAM, LAKELAND, FL 33803-3105

10925    KARR, JOYCE, PO BOX 8456, SOMERVILLE, NJ 08876

10925    KARR, KIRSTEN, 4849 N MOHAWK AVE, #4, GLENDALE, WI 53217

10925    KARR, MICHAEL, 10320 ORVAL DRIVE, SODDY DAISY, TN 37379-0000

10925    KARRAS PHOTOGRAPHY, PO BOX 80113, SAN DIEGO, CA 92138

10925    KARRAS, TABITHA L, 25 W OLSEN ROAD 109, THOUSAND OAKS, CA 91360

10925    KARRASS, 1633 STANFORD ST, SANTA MONICA, CA 90404-4164

10925    KARSKI SECURITY ALARM SYSTEMS, 3212 GREENTREE CIRCLE, NEW CASTLE, PA 16105

10925    KARSKI, MICHAEL, 327 E. HAYNE ST, WOODRUFF, SC 29388-1923

10925    KARSMIZKI, JANET, 511 N PEARL ST, CRESTLINE, OH 44827

10925    KARTNER, SUZETTE, 1317 BOUND BROOK RD, 6, MIDDLESEX, NJ 08846

10925    KARWOSKI, CHERIE, 1063 MORSE AVE, 2-206, SUNNYVALE, CA 94089

10925    KASALA, MILAGROS, 34565 EGERTON PL, FREMONT, CA 94555

10925    KASCH, LINDA, 306 CALLOWAY ST, MONTGOMERY, AL 36107

10925    KASEL, KENNETH, 113 COLONIAL DRIVE, KINGS MOUNTAIN, SC 28086

10925    KASEM SANGBHUNDHU, 144-10 ROOSEVELT AVE STE 1-E, FLUSHING, NY 11354-6203

10925    KASER, CLIFFORD, 8938 TR 552 BOX 176, SHREVE, OH 44676

10925    KASER, RICKY, 2953 STEARNS, WICHITA FALLS, TX 76308

10925    KASHAWLIC, KOLLEEN, 404 CRESCEN, PITTSBURGH, PA 15235

10925    KASHI, SOMAYEH, 6 HILLSIDE ST, ROXBURY, MA 02120

10925    KASHLAK, DIANE, 15280 WILSHIRE CT, PEMBROKE PINES, FL 33027

10925    KASHOUTY, JACK, 111 WESTWOOD DR., VICTORIA, TX 77901-4537

10925    KASIAN, MICHAEL, RT. 2, BOX 65, BELFIELD, ND 58622

10925    KASIK, JAMES, 8808 AVENALES AVE, ALBUQUERQUE, NM 87111

10925    KASILKE, EDWARD, 237 ALLEN ST, TUCKERTON, NJ 08087

10924    KASIM INTERNATIONAL CORPORATION, 25 SOUTHEAST SECOND AVENUE, MIAMI, FL 33131

10924    KASIM INTERNATIONAL CORPORATION, PENDING, SAN SALVADOR, 0SLV          *VIA Deutsche Post*

10925    KASITZ, A, 8501 N WEST RD, HESSTON, KS 67062

10925    KASKIEWICZ, MICHAEL S, 42 KINSLAY RD, ACTON, MA 01720

10925    KASKIEWICZ, MICHAEL, 42 KINSLEY ROAD, ACTON, MA 01720

10925    KASKY, H, 107 N. FULTON, LACON, IL 61540

10925    KASNER, CARL, 1010 E. WACO, KERMIT, TX 79745

10925    KASOFF, ARTHUR MICHAEL, 33 PHILLIPS RD, EDISON, NJ 08817-4650

10925    KASOMO, KAHINDO, 2215 E. SANTA CLARA, SANTA ANA, CA 92705

10925    KASON CORP., 67-71 EAST WILLOW ST, MILLBURN, NJ 07041

10925    KASON CORPORATION, 6771 EAST WILLOW ST., MILLBURN, NJ 07041-1416

10925    KASPAR, JAMIE, 4202 FEATHERSON, WICHITA FALLS, TX 76308

10925    KASPAREK, BRYAN, 3505 GARFIELD, WICHITA FALLS, TX 76301

10925    KASPAREK, GREGORY, 106 LINDSEY, WICHITA FALLS, TX 76301

10925    KASPAREK, JIMMIE, 425 FM 369 NORTH, IOWA PARK, TX 76367

10925    KASPARIAN, GREG, 84 EDWARD RD, WATERTOWN, MA 02172

10924    KASPER INC., 50 PARK PL, SUITE 1228, NEWARK, NJ 07102

10925    KASPER, CASIMIR W, CUST FOR ALLISON V SMITH, UNDER THE IL UNIF TRAN MIN ACT, 10139 S
         TURNER, EVERGREEN PK, IL 60805-3763

10925    KASPER, CASIMIR W, CUST FOR JASON SMITH, UNDER THE IL UNIF TRAN MIN ACT, 10139 S
         TURNER, EVERGREEN PK, IL 60805-3763

10925    KASPER, CASIMIR W, CUST FOR JUSTIN SMITH, UNDER THE IL UNIF TRAN MIN ACT, 10139 S
         TURNER, EVERGREEN PK, IL 60805-3763

10925    KASPER, CASIMIR W, CUST FOR KARLY KASPER, UNDER THE IL UNIF TRAN MIN ACT, 10139 S
         TURNER AVE, EVERGREEN PK, IL 60805-3763

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KASPER, CASIMIR W, CUST FOR KENNETH A KASPER, UNDER THE IL UNIF TRAN MIN ACT, 10139 S TURNER AVE, EVERGREEN PK, IL 60805-3763

10925    KASPER, CYNTHIA, 16 WARBLER DRIVE, MCKEES ROCKS, PA 15136

10925    KASPRACK, LOUIS, 7417 HOGARTH ST, SPRINGFIELD, VA 22151

10924    KASS BENSALEM BRANC, 309 CAMER DRIVE UNIT1, BENSALEM, PA 19020

10924    KASS INDUSTRIAL, 443 EAST TREEMONT, BRONX, NY 10457

10924    KASS INDUSTRIAL, 443 EAST TREMONT, BRONX, NY 10457

10925    KASSA, ANNETTE P, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925    KASSA, ANNETTE, 494 ERIN GARTH, SEVERNA PARK, MD 21146

10925    KASSA, ANNETTE, 5500 CHEMICAL DR, BALTIMORE, MD 21226

10925    KASSA, PAUL, 494 ERIN GARTH, SEVERNA PARK, MD 21146

10925    KASSELL, NANCY, PO BOX 68, SAN JOSE, NM 87565

10925    KASSER, BARBARA S, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    KASSER, BARBARA, 991 NW NINTH STREE, BOCA RATON, FL 33486

10925    KASSINGER, DAVID, 2321 CRESCENT HILL C, OWENSBORO, KY 42301

10925    KASSINGER, JEFFREY, 2321 CRESCENT HILL CT, OWENSBORO, KY 42301

10925    KASSLER, RONALD, RT. 1, BOX 54, PREMONT, TX 78375

10925    KASSNER, JOHN A, PO BOX 990, MADISON, WI 53701-0990

10925    KASSON ULSON, THE MERIDIAN BLDG, SUITE 300, 17685 S.W. 65TH AVE, LAKE OSWEGO, OR 97035

10925    KASSUBA, ANITA, 6238 OLD LINCOLNWAY, WOOSTER, OH 44691

10925    KASTE, DEBORAH, 9526 W. MILTON, OVERLAND, MO 63114

10924    KASTEN MASONRY SALES INC, PO BOX 468, JACKSON, MO 63755

10924    KASTEN MASONRY SALES, INC., 713 KASTEN DRIVE, JACKSON, MO 63755

10925    KASTEN, LILLIAN, 10-48 47 RD, LONG ISLAND CITY, NY 11101

10925    KASTING, RICHARD, 516 HAVERHILL RD, LANCASTER, PA 17601

10925    KASTNER, LARRY, 8 PATTI DRIVE, GREENVILLE, SC 29611

10925    KASUDIA, PANKAJKUMAR, 6087 N ALBANY AVE, CHICAGO, IL 60659

10925    KASUN JR, VICTOR, 511 CHERRY ST., NEW CASTLE, DE 19720

10925    KASZALOWICZ, JOHN, 338 GLENN AVE, CARNEGIE, PA 15106

10925    KATAFIASZ, KEN, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10925    KATAFIASZ, KENNETH, 1099 WOODLAWN DR QUEENS PARK EST., PASADENA, MD 21122

10925    KATAHDIN WOODS OF LEXINGTON, 1 KATAHDIN DR, LEXINGTON, MA 02173

10925    KATAHDIN WOODS, 408 KATAHDIN DR, LEXINGTON, MA 02173

10925    KATCH JR, HARRY, 2461 VALIANT LA, GREEN BAY, WI 54304

10925    KATCHER, DR. BRUCE, 9 BLAIR CIRCLE SUITE D, SHARON, MA 02067

10925    KATCHER, DR. BRUCE, NINE BLAIR CIRCLE SUITE D, SHARON, MA 02067

10925    KATE R JAMISON, 214 STONYBROOK RD, FAIRFIELD, CT 06430-3962

10925    KATERJI, MOHAMED, 316A 70TH ST, GUTTENBERG, NJ 07093

10925    KATES, STEPHANIE, 48 PARKTON ROAD, JAMAICA PLAIN, MA 02130

10925    KATHARINA E SCHUMACHER &, HAROLD SCHUMACHER JT TEN, 7038 BENNINGTON WOODS DR, PITTSBURGH, PA 15237-6374

10925    KATHARINE CARTER KERRANE, 40 COVERED BRIDGE LN, NEWARK, DE 19711-2043

10925    KATHARINE E ROGERS, 125 PACKARD RD, STOW, MA 01775-1120

10925    KATHARINE N PORTH, 104 PELHAM ST, SPRINGFIELD, MA 01109-2237

10925    KATHARINE NIELSEN TRUMBLE, 205 MEADOW WOOD DR, HARBOR SPRINGS, MI 49740-9463

10925    KATHERINE A HAYES, 24 ROCKWELL LANE, SARASOTA, FL 34242-1617

10925    KATHERINE A ZWICK CUST BRADLEY, ZWICK UNIF GIFT MIN ACT AK, 7250 W PICTURE ROCKS RD, TUCSON, AZ 85743-8769

10925    KATHERINE ARENA &, DIANNE ARENA JT TEN, 23 ESTATE RD, SMITHTOWN, NY 11787-4944

10925    KATHERINE B TAYLOR, 196 INGLESIDE DR, CONCORD, NC 28025-3667

10925    KATHERINE C MAYER, 2708 N W 59, OKLAHOMA CITY, OK 73112-7026

10925    KATHERINE DENEGA, 214 PROSPECT PLACE APT 4B, BROOKLYN, NY 11238-3816

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KATHERINE G BLYSTONE, 507 N PERRY ST, TITUSVILLE, PA 16354-1418 | |
| 10925 | KATHERINE HARRIS, ONE TOWN CENTER, BOCA RATON, FL 33486 | |
| 10925 | KATHERINE HAYES, 24 ROCKWELL LANE, SARASOTA, FL 34242-1617 | |
| 10925 | KATHERINE KELSEY, 1753 LEXINGTON AVE, EL CERRITO, CA 94530-1910 | |
| 10925 | KATHERINE KRANZ, 6000 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | KATHERINE L BEBOUT, BOX 221, MIDWAY, PA 15060-0221 | |
| 10925 | KATHERINE LEE AND SANDRA L SPAETH, TR UA APR 6 97, YUM KEE LEE, 254 DOLPHIN COVE QY, STAMFORD, CT 06902 | |
| 10925 | KATHERINE M CRUMBLIN, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3521 | |
| 10925 | KATHERINE M HARRIS, 8920 THUMBWOOD CIRCLE, BOYNTON BEACH, FL 33436-7914 | |
| 10925 | KATHERINE MC NEIL, 220 W SYLVANIA AVE 46, NEPTUNE CITY, NJ 07753-6253 | |
| 10925 | KATHERINE NILES WALKER, 2145 BUCKINGHAM 6, MANHATTAN, KS 66502-2171 | |
| 10925 | KATHERINE R CHIDLOW, 337 PEARL ST, READING, MA 01867-1353 | |
| 10925 | KATHERINE R MC KINNEY, 601 W ORCHARD LANE 37, CARLSBAD, NM 88220-4665 | |
| 10925 | KATHERINE ROONEY, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | KATHERINE T ALBEN, 1705 DORWALDT BLVD, SCHENECTADY, NY 12309-5113 | |
| 10925 | KATHLEEN A BROWNE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | KATHLEEN A KRAMER, 485 LEONARD BLVD, NEW HYDE PARK, NY 11040-4040 | |
| 10925 | KATHLEEN ALBERTON &, VICTORIA ALBERTON JT TEN, 201 EAST 17TH ST 21F, NEW YORK, NY 10003-3643 | |
| 10925 | KATHLEEN ANNE GATTS CUBINE, 805 MOUNT TAYLOR AVE, GRANTS, NM 87020-2930 | |
| 10925 | KATHLEEN ATKINS, 410 S LEMMON ST, CORYDON, IN 47112-1022 | |
| 10925 | KATHLEEN AYOTTE, 961 LYELL AVE, ROCHESTER, NY 14606 | |
| 10925 | KATHLEEN BONGIOVANNI, 42 WOODLAND AVE, NORTH BRUNSWICK, NJ 08902-2434 | |
| 10925 | KATHLEEN DEOLIVEIRA, 1495 JENVEY AVE, SAN JOSE, CA 95125-4757 | |
| 10925 | KATHLEEN E HALEY, C/O JEFFREY L KIRCHER, 72 JEFFERSON ROAD, FARMINGDALE, NY 11735-2208 | |
| 10925 | KATHLEEN E REDDY, 90 SOUTH PARK AVE APT 5A, ROCKVILLE CENTRE, NY 11570-6107 | |
| 10925 | KATHLEEN ECKERT, ONE TOWN CENTER ROAD, BOCA RATON, FL 33431 | |
| 10925 | KATHLEEN HODGKINSON, HENRY & GIBSON AVES, WARMINSTER, PA 18974 | |
| 10925 | KATHLEEN K SMITH, 27857 WHITE RD, PERRYSBURG, OH 43551-2943 | |
| 10925 | KATHLEEN L HESSIAN, PO BOX 211, ROCHESTER, MN 55903-0211 | |
| 10925 | KATHLEEN M CATES, BOX 5628, SPARTANBURG, SC 29304-5628 | |
| 10925 | KATHLEEN M CETRONE, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | KATHLEEN M DUFFY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KATHLEEN M FOLEY, 166 EAST 34TH ST, APT 20F, NEW YORK, NY 10016-4742 | |
| 10925 | KATHLEEN M HIGGINS, 616 OLD BALLWIN RD, BALLWIN, MO 63021-4819 | |
| 10925 | KATHLEEN M SPRINGER &, JACK M SPRINGER JT TEN, 3527 EARL ST, LAURELDALE, PA 19605-1949 | |
| 10925 | KATHLEEN MC CABE, 12 PRIMROSE ST, ROSLINDALE, MA 02131-1616 | |
| 10925 | KATHLEEN PETTY KOONS, 612 SCHLEY AVE, FREDERICK, MD 21702-4158 | |
| 10925 | KATHLEEN SNIVELY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486 | |
| 10925 | KATHLEEN TERESA SMITH, 214-12 40TH AVE, BAYSIDE, NY 11361-2117 | |
| 10925 | KATHRIM JUCH, FRIEDHOFSTRASSE 3, EINHAUSEN, 64683GERMANY | *VIA Deutsche Post* |
| 10925 | KATHRYN A HENSE &, KIMBERLY A HENSE JT TEN, 6843 W 112TH PLACE, WORTH, IL 60482-2006 | |
| 10925 | KATHRYN A HENSE, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | KATHRYN A HENSE, 6843 W 112TH PLACE, WORTH, IL 60482-2006 | |
| 10925 | KATHRYN A THOMPSON, C/O NEW SO CAFE, 2200 SOUTH ST, PHILADELPHIA, PA 19146-1145 | |
| 10925 | KATHRYN B. EDWARDS, 409 VALLEY LN., TOWSON, MD 21286 | |
| 10925 | KATHRYN BRADLEY GEISELMAN, 132 OAK KNOLL DR, DAYTON, OH 45419-1363 | |
| 10925 | KATHRYN BURNETTE, 30 PATEWOOD DR., STE 270, GREENVILLE, SC 29615 | |
| 10925 | KATHRYN C MATTINGLY, BOX 56, CUMBERLAND, MD 21501-0056 | |
| 10925 | KATHRYN C WILSON, 3800 SANTA MARIA DR, GROVE CITY, OH 43123-2443 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KATHRYN DARE, 1128 CLAY ST, SAN FRANCISCO, CA 94108-1406

10925   KATHRYN E WHITE, 1910 NW 10TH ST, DELRAY BEACH, FL 33445-2537

10925   KATHRYN E. WHITE, 1910 NW 10TH ST, DELRAY BEACH, FL 33445

10925   KATHRYN K BURNETTE, 30 PATEWOOD DR SUITE 270, GREENVILLE, SC 29615

10925   KATHRYN L ELLIS & PETER, W GRAULICH TR UA JUL 30 99, WALTER S GRAULICH, INCOME ONLY TRUST, 186 FORGEROAD, DELRAN, NJ 08075-1905

10925   KATHRYN M CHESNEY, 620 WOODBINE AVE, TOWSON, MD 21204-3825

10925   KATHRYN MASCARELLO, 11 RANDOLPH ST, PASSAIC, NJ 07055-4619

10925   KATHRYN P LUM, 729 COLONIAL AVE, UNION, NJ 07083-7407

10925   KATHRYN R MARSHALL, 2327 DELOR AVE, LOUISVILLE, KY 40217-2408

10925   KATHRYN S ROMINGER, 240 STAIRWAY TO HEAVEN, VILAS, NC 28692-8981

10925   KATHRYN S ZIEGLER, BOX 211, SOUDERTON, PA 18964-0211

10925   KATHY BARTON, 1409 PEACHTREE, SULPHUR, LA 70663

10924   KATHY BEAMAN, 465 BURT HILL ROAD, WINCHESTER, NH 03470

10925   KATHY BRANTL, 6051 W 65 ST, BEDFORD PARK, IL 60638

10925   KATHY HARDY, 2000 S. OCEAN BLVD., #10G, BOCA RATON, FL 33432

10925   KATHY HOLDCRAFT CUST LEAH, HOLDCRAFT UNIF GIFT MIN ACT IN, 702 E ST RD 16, MONON, IN 47959-8503

10925   KATHY MERCER CAFFEY AS CUSTODIAN, FOR AARON IRELAND CAFFEY UNDER, THE NORTH CAROLINA UNIFORM, TRANSFERS, TO MINORS ACT, 814 MCNAIR COURT, HIGH POINT, NC 27265-129

10925   KATHY MERCER CAFFEY AS CUSTODIAN, FOR LEAH MAXWELL CAFFEY UNDER THE, NORTH CAROLINA UNIFORM TRANSFERS, TO MINORS ACT, 814 MCNAIR COURT, HIGH POINT, NC 27265-129

10925   KATHY MERCER CAFFEY AS CUSTODIAN, FOR MEGAN MERCER CAFFEY UNDER, THE NORTH CAROLINA UNIFORM, TRANSFERS TO MINORS ACT, 814 MCNAIR COURT, HIGH POINT, NC 27265-129

10925   KATHY MERCER CAFFEY, 814 MCNAIR COURT, HIGH POINT, NC 27265-1295

10925   KATHY MERCER CAFFEY, 814 MCNAIR CT, HIGH POINT, NC 27265-1295

10925   KATHY MERCER, C/O KATHY MERCER CAFFEY, 814 MCNAIR COURT, HIGH POINT, NC 27265-1295

10925   KATHY R CHAPPELL CUSTODIAN, KARI E CHAPPEL, PO BOX 458, WEST UNION, SC 29696-0458

10925   KATI HAZRATI, 975 MASSACHUSETTS AVE 303, ARLINGTON, MA 02476-4544

10925   KATI IVANY &, LESLIE IVANY JT TEN, 52 PRINCETON TERRACE, OAKLAND, NJ 07436-3632

10925   KATIE NAVICK, 123 PROSPECT ST, NORWICH, CT 06360-3950

10925   KATIE SKOLNICK & PEARL SKOLNICK, JT TEN, 17 MIDDLESEX RD 7, NEWPORT NEWS, VA 23606-3049

10924   KATMANDU RESTAURANT, TRENTON, NJ, TRENTON, NJ 08638

10925   KATO, BARBARA, 234 S 17TH AVE, MANVILLE, NJ 08835-1624

10925   KATON, PAULA, 45 NORTH ST, SOMERSET, MA 02725

10925   KATRIB, BARBARA, 5380 E LAKE RD, ROMULUS, NY 14541

10925   KATSIKAS, JAMES, 7900 SW 57TH AVE, SOUTH MIAMI, FL 33143

10925   KATTEN MUCHIN & ZAVIS, 1025 THOMAS JEFFERSON ST NW, WASHINGTON, DC 20007-5201

10925   KATTEN, MUCHIN & ZAVIS, 525 WEST MONROE ST, CHICAGO, IL 60661-3693

10925   KATULIS, DENNIS, R D #1, BOX 7733, HAMBURG, PA 19526

10925   KATURAKES, NOELLE, 313 N. BEAUMONT AVE, BALTIMORE, MD 21228

10924   KATY JUNIOR HIGH #8, 23420 CINCO BRANCH BLVD, KATY, TX 77494

10925   KATZ, CARMEN, 189 CHERRY LANE, TEANECK, NJ 07666

10925   KATZ, CHARLENE, 14 MILLER AVE, ELMWOOD PARK, NJ 07407

10925   KATZ, CHARLENE, 22-08 RT 208 SOUTH, FAIRLAWN, NJ 07410

10925   KATZ, DONALD J, 2360 W. JOPPA ROAD, SUITE 225, LUTHERVILLE, MD 21093

10925   KATZ, MD, FACS, S. SHELDON, 15 ELROD DRIVE, WEST NYACK, NY 10994-2896

10925   KATZ, MICHAEL, 715 THISTLEWOOD DR, HOUSTON, TX 77079

10925   KATZ, MILDRED, 305 N MAPLE ST, GRANT PARK, IL 60940-9998

10925   KATZ, SUSAN, 200 CLINTON ST, BROOKLYN, NY 11201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KATZ, SYDNEY, 10769 WATERFORD PLACE, WEST PALM BEACH, FL 33412 | |
| 10925 | KATZE, DOUGLAS, 93 PICADILLY ROAD, HAMPSTEAD, NH 03841 | |
| 10925 | KATZENMEYER, DONALD, 44060 S E COALMAN ROAD, SANDY, OR 97055 | |
| 10925 | KATZINGERS DELICATESSEN, 475 S.THIRD ST, COLUMBUS, OH 43215 | |
| 10925 | KATZKE PAPER CO., 2495 S. DELAWARE ST., DENVER, CO 80223 | |
| 10925 | KATZKE PAPER CO., DEPT 4778, DENVER, CO 80263-4778 | |
| 10925 | KATZMAN JT TEN, NATHAN & GRACE, 1130 SIERRA ALTA WAY, LOS ANGELES, CA 90069-1730 | |
| 10925 | KATZMAN, DAVID, 6533 NORTH TROY, CHICAGO, IL 60645 | |
| 10925 | KAUCHER, JAMES, 305 MAIN ST, 4, OLEY, PA 19547 | |
| 10925 | KAUFFELD, JAMES, 2222 WOODLAND DRIVE, OWENSBORO, KY 42301-8903 | |
| 10925 | KAUFFMAN, JULIE, 8325 SW 131 ST, MIAMI, FL 33156 | |
| 10925 | KAUFFMAN, M, 1132 FRANKLIN RD #12, YUBA CITY, CA 95991 | |
| 10925 | KAUFFOLD, BARBARA, 1502 GREENFIELD CIRCLE, SUN PRAIRIE, WI 53590 | |
| 10925 | KAUFHOLD, JIMMY, 10882 HACKER ROAD, IOWA PARK, TX 76367 | |
| 10925 | KAUFHOLD, ROBERT, 410 W TEXAS, IOWA PARK, TX 76367 | |
| 10925 | KAUFHOLD, SASCHA, LESSINGSTRASSE 10, FL, REHM DALSHEIM, 67592GERMANY | *VIA Deutsche Post* |
| 10925 | KAUFHOLD, SHARON, 10926 HACKER RD, IOWA PARK, TX 76367 | |
| 10924 | KAUFMAN & CUMBERLAND, 1404 E NINTH ST STE 300, CLEVELAND, OH 44115-1000 | |
| 10925 | KAUFMAN CO INC, PO BOX 410339, CAMBRIDGE, MA 02141-0003 | |
| 10924 | KAUFMAN COMPANY INC., 110 SECOND STREET, CAMBRIDGE, MA 02141 | |
| 10925 | KAUFMAN CONTAINER COMPANY, PO BOX 70199, CLEVELAND, OH 44190 | |
| 10925 | KAUFMAN GELBERT & BERN ESQS, PAUL KAUFMAN ESQ., TWO EXECUTIVE DRIVE, FORT LEE, NJ 07024 | |
| 10925 | KAUFMAN JR., HALVER, 1209 CIRCLE DRIVE, BALTIMORE, MD 21227 | |
| 10925 | KAUFMAN P.E., ALFRED L, 4750 NORRIS CANYON ROAD SUITE A, SAN RAMON, CA 94583 | |
| 10925 | KAUFMAN, BARBARA, 14748 S SACRAMENTO, POSEN, IL 60469-1418 | |
| 10925 | KAUFMAN, BRUCE, 1312 PINE OAK DRIVE, EDMOND, OK 73034-5445 | |
| 10925 | KAUFMAN, DEBORAH, 71 GASLIGHT LANE, NORTH EASTON, MA 02356 | |
| 10925 | KAUFMAN, DENNIS, 433 CASSIDY COURT, BLANDON, PA 19510 | |
| 10925 | KAUFMAN, FRED, 9866 BELLEFORD CT, MONTGOMERY, OH 45242-6303 | |
| 10925 | KAUFMAN, GELBERT & BERN, TWO EXECUTIVE DRIVE, FORT LEE, NJ 07024 | |
| 10925 | KAUFMAN, JACK, RT. 8, BOX 1985, ODESSA, TX 79763 | |
| 10925 | KAUFMAN, JUDY, 3807 BLUE MOUND DR NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | KAUFMAN, MICHAEL, 39 NOTTINGHAM RD, GREENVILLE, SC 29607 | |
| 10925 | KAUFMAN, MICHELLE, 5 MANSION ROAD, WAYLAND, MA 01778 | |
| 10925 | KAUFMAN, MYRON, SPECTOR & FELDMAN, 800 SECOND AVE., NEW YORK, NY 10017 | |
| 10925 | KAUFMAN, PAULA, 507 SAW MILL RUN RD., BUTLER, PA 16001 | |
| 10925 | KAUFMAN, RICK, R D #4 BOX 4260, FLEETWOOD, PA 19522 | |
| 10925 | KAUFMAN, ROBERT, 287 SAWCREEK ESTATES, BUSHKILL, PA 18324-9414 | |
| 10925 | KAUFMAN, SHELLEY, 9866 BELLEFORD CT, MONTGOMERY, OH 45242 | |
| 10925 | KAUFMAN, STUART, 1679 ARMISTICE WAY, MARRIOTSVILLE, MD 21104 | |
| 10925 | KAUFMAN, VLADIMIR, 208 FULLER ST. #5, BROOKLINE, MA 02446 | |
| 10925 | KAUFMAN, VLADIMIR, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | KAUFMAN/CHURCH, C/O EXPO BUILDERS, RANCHO BERNARDO, CA 92128 | |
| 10924 | KAUFMANN STORES, C/O ONONDAGA, ROCHESTER, NY 14601 | |
| 10924 | KAUFMANN'S DEPARTMENT STORE, NIAGARA FALLS BLVD & MAPLE RD, AMHERST, NY 14226 | |
| 10925 | KAUKAS, JOHN, 126 NEEDLETREE LANE, GLASTONBURY, CT 06033 | |
| 10925 | KAUN, KENNETH, 619 ROLAND AVE, NORFOLK, NE 68701 | |
| 10925 | KAUNDART, LORI, 4645 N. GREENWOOD, SANGER, CA 93657 | |
| 10925 | KAUPER, JEANNIE, 42 PINE ST, FOXBORO, MA 02035 | |
| 10925 | KAUR, TARLOCHAN, 178 DEGRAW AVE, TEANECK, NJ 07666 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KAUS, JULIE, 1775 ALLEN ST., RENO, NV 89509

10925   KAUSHIK J SHAH &, ALKA K SHAH JT TEN, 1424 CROCKETT LANE, SILVER SPRING, MD 20904-5478

10925   KAUSHIK J SHAH CUSTODIAN FOR, PURVI K SHAH MD, UNIFORM TRANSFER TO MINORS ACT, 1424 CROCKETT LANE, SILVER SPRING, MD 20904-5478

10925   KAUSIN, ANNE MARIE, 1201 W. SAMPLE, FRESNO, CA 93711

10925   KAUSLICK, JOSEPH, 1694 BEAVER RIDGE DRIVE, DAYTON, OH 45429

10925   KAUTEN, R, C/O BEEBE WILSON CRYOVAC, HIGHWAY 290, SC 29334

10925   KAUTZKY, MARK, 4913 RALPH CIRCLE, MADISON, WI 53714

10925   KAVALDJIAN, ARDEMIS, 5921 10 TH RD N TH, ARLINGTON, VA 22205

10925   KAVANAGH, CHRISTOPHER, 100 COTTONWOOD COURT, EASLEY, SC 29640

10925   KAVANAGH, HELEN, 1209 W 42ND ST, BALTIMORE, MD 21211-1507

10925   KAVANAGH, JOSEPH, 200 CROSS KEYS ROAD, BALTIMORE, MD 21210

10925   KAVANAGH, MICHAEL, 9815 HICKORYHURST DR, BALTIMORE, MD 21236

10925   KAVANAUGH, MICHAEL, 2229 LADORA DRIVE, DALLAS, GA 30132

10925   KAVANAUGH, MICHAEL, 356 J. ST., BRAWLEY, CA 92227

10925   KAVASANSKY, LAURA, 59-25 163 ST, FLUSHING, NY 11365

10925   KAVLICO CORPORATION, 14501 LOS ANGELOS AVE, MOORPARK, CA 93021

10925   KAW TRACTOR & TRAILER REPAIRS, PO BOX 11240, KANSAS CITY, MO 64119

10925   KAWAGUTI & PARTNERS, PO BOX 98, SHINJUKU, TOKYO, 163-91JAPAN        *VIA Deutsche Post*

10925   KAWAGUTI & PARTNERS, POBOX 98, SHINJUKU TOKOYO, 13 16391JAPAN        *VIA Deutsche Post*

10924   KAWAH BANK, SUPERIOR WALL, ALHAMBRA, CA 91801

10925   KAWAKY, HELEN, 15 WILLIAMS ST, BELLOUS FALLS, VT 05101-1344

10925   KAWAMURA, RUBEN, 5907 HARVEY WAY, LAKEWOOD, CA 90713

10924   KAWASAKI RAIL CAR, INC, 1 LARKIN PLAZZA, YONKERS, NY 10701

10924   KAWASAKI RAIL CAR, INC, 15 WELLS AVE. BLDG #7, YONKERS, NY 10701

10925   KAWCAK, D., 110 W. 12TH ST, CRAIG, CO 81625

10925   KAWNEER COMMERCIAL WINDOWS, 2304 SILVERDALE RD., JOHNSON CITY, TN 37601

10924   KAWNEER COMMERCIAL WINDOWS, 2304 SILVERDALE ROAD, JOHNSON CITY, TN 37601

10924   KAWNEER COMMERCIAL WINDOWS, PO BOX 3549 CRS, JOHNSON CITY, TN 37601

10924   KAY & KAY CONTRACTING, INC., 1355 KEAVY ROAD, LONDON, KY 40741

10924   KAY & KAY CONTRACTING, INC., HWY 141, SMITHVILLE, TN 37166

10924   KAY & KAY CONTRACTORS INC, 1355 KEAVY RD, LONDON, KY 40741

10924   KAY AUTOMOTIVE GRAPHICS, 57 KAY INDUSTRIAL DRIVE, LAKE ORION, MI 48359

10924   KAY AUTOMOTIVE GRAPHICS, PO BOX 10000, LAKE ORION, MI 48361

10924   KAY CONC MATERIALS, 740 MOONEYHAM RD, REPUBLIC, MO 65738

10924   KAY CONC MATERIALS, AURORA, MO 65605

10924   KAY CONC MATERIALS, N. MAIN, MOUNT VERNON, MO 65712

10924   KAY CONC MATERIALS, P O BOX 148, MONETT, MO 65708

10924   KAY CONCRETE MATERIALS IN, POPLAR ST, MONETT, MO 65708

10924   KAY CONCRETE MATERIALS INC, POPLAR ST, MONETT, MO 65708

10924   KAY CONCRETE, 740 MOONINGHAM ROAD, BILLINGS, MO 65610

10924   KAY CONCRETE, SARCOXIE, MO 64862

10925   KAY HJELM, 1150 W J 8, LANCASTER, CA 93534-4834

10925   KAY W FISHER TR UA FEB 4 93, KAY W FISHER REVOCABLE LIVING, TRUST, FBO HOLLY FISHER FULLER, 649 PERKINS DR NW, WARREN, OH 44483-4617

10925   KAY W FISHER TR UA FEB 4 93, THE KAY W FISHER REVOCABLE, LIVING TRUST, HEIDI L FISHER CHILD, 649 PERKINS DR NW, WARREN, OH 44483-4617

10925   KAY, ANGELA, ROUTE 2, BOX 73, ATLANTIC, IA 50022

10925   KAY, DAREN, 54 PACECREST CT, WEST SENECA, NY 14224

10925   KAY, DONNY, 209 MISTY HOLLOW LANE, WOODRUFF, SC 29388

10925   KAY, DOUGLAS C, 1550 WERNER DR, ALVA, FL 33920-3545

10925   KAY, DOUGLAS, 1550 WERNER DRIVE, ALVA, FL 33920

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KAY, ELEANORE, 635-O AVE SEVILLA, LAGUNA HILLS, CA 92653-4509 | |
| 10925 | KAY, JACK, 119 KAY DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | KAY, JAMES, 901 NORTH MAIN ST #21, MAULDIN, SC 29662 | |
| 10925 | KAY, ROGER, 112 WINDTREE CT APT G, GREENWOOD, SC 29649 | |
| 10925 | KAY, SABRINA, 209 MISTY HOLLOW LANE, WOODRUFF, SC 29388 | |
| 10925 | KAY, TIMOTHY, 119 KAY DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | KAY, TOMMY, 409 EAST BUTLER RD, MAULDIN, SC 29662-0409 | |
| 10925 | KAY, TOMMY, BOX 409 E BUTLER AVE, MAULDIN, SC 29662 | |
| 10925 | KAY, VICTOR, 635 AVENIDA SEVILLA SUITE O, LAGUNA HILLS, CA 92653-4509 | |
| 10925 | KAY, WENDY, 3 BLAKE PLACE, MANSFIELD, MA 02048 | |
| 10924 | KAYDON CORPORATION, 1571 LUKKEN INDUSTRIAL DR. WEST, LAGRANGE, GA 30240 | |
| 10925 | KAYE G HEITMANN &, JOHN A HEITMANN JT TEN, 515 MEADOWVIEW DR, CENTERVILLE, OH 45459-2914 | |
| 10925 | KAYE SCHOLER FIERMAN HAYS &, A NEW YORK LIMITED LIABILITY, PARTNERSHIP, 901 FIFTEENTH ST NW STE 1100, WASHINGTON, DC 20005-2327 | |
| 10925 | KAYE SCHOLER FIERMAN HAYS &, HANDLER LLP, 901 FIFTEENTH ST NW SUITE 1100, WASHINGTON, DC 20005-2327 | |
| 10925 | KAYE, IRA C, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | KAYE, IRA, 7855 STANWAY PLACE W, BOCA RATON, FL 33433 | |
| 10925 | KAYE, KAREN, 60 WADSWORTH ST, 5C, CAMBRIDGE, MA 02142 | |
| 10925 | KAYE, ROCHELLE L, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | KAYE, ROCHELLE, 7855 STANWAY PLACE W, BOCA RATON, FL 33433 | |
| 10925 | KAYE, SCHOLER, FIERMAN, HAYS &, 425 PARK AVE, NEW YORK, NY 10022-3598 | |
| 10925 | KAYES, MAUREEN, 1784 BRENTWOOD CT., MIDDLETOWN, PA 17057 | |
| 10925 | KAYLE, ELEANOR, 422 SEMMES DRIVE, WILMINGTON, NC 28412 | |
| 10925 | KAYLOR, ARLEEN, 1153H S SABLE BLVD, AURORA, CO 80012 | |
| 10924 | KAYNAR TECHNOLOGIES, INC., PO BOX3001, FULLERTON, CA 92834 | |
| 10925 | KAYNE, WILLIAM, 1104 FLEETWOOD PLAZA, HENDERSONVILLE, NC 28739 | |
| 10925 | KAY-RAY/SENSALL, INC, PO BOX 70854, CHICAGO, IL 60673 | |
| 10925 | KAYS, DELBERT, 500 SCRIBNER DRIVE, 1501, NEW ALBANY, IN 47150 | |
| 10925 | KAYS, ROBERT, 105 S. LINWOOD AVE, BALTIMORE, MD 21224 | |
| 10925 | KAYS, THOMAS, 2708 24TH ST. WEST, BRADENTON, FL 34205 | |
| 10924 | KAYSER & MACKAY (5311), 6 REMMERDEN, RHENEN, 3922 DZNLD | *VIA Deutsche Post* |
| 10925 | KAYSER TECHNOLOGY, 15502 OAKMONT CLUB CT., HOUSTON, TX 77059 | |
| 10925 | KAYTON JT TEN, MYRON & PAULA ERDE, 2922 ADELAIDE, SANTA MONICA, CA 90402-1330 | |
| 10925 | KAYTON, BRADLEY, 6173 ARLINGTON BLVD # 201, FALLS CHURCH, VA 22044 | |
| 10925 | KAZAM, EZRA S, CUST FOR JONATHAN KHEDOORI KAZAM, UNIF GIFT MIN ACT NJ, 115 HELEN COURT, FRANKLIN LAKES, NJ 07417-2015 | |
| 10925 | KAZAN, MCCLAIN, EDISES, SIMON, 171 TWELFTH ST , THIRD FL, OAKLAND, CA 94607 | |
| 10925 | KAZANTIS, SAL, 717 HARRISON AVE., HARRISON, NJ 07029 | |
| 10925 | KAZARIAN, KATHY, 70 E. BACON ST, SO. ATTLEBORO, MA 02703 | |
| 10925 | KAZARIAN, LISA, 2701 PARK CENTER DR, ALEXANDRIA, VA 22302 | |
| 10925 | KAZARIAN, TOBI, 358 WATERTOWN ST, NEWTON, MA 02158 | |
| 10925 | KAZIMER, RONALD, 138 GLENWOOD DR, MONROEVILLE, PA 15146 | |
| 10925 | KAZIMIR, MICHAEL, 259 LAWRIE ST, PERTH AMBOY, NJ 08861 | |
| 10925 | KAZMIERSKI, DEBORAH, 5368 THORNAPPLE LANE, ACWORTH, GA 30101 | |
| 10925 | KAZUKO KAWAMOTO, 679 HIGH GLEN DR, SAN JOSE, CA 95133-2018 | |
| 10925 | KBC ADVANCED TECHNOLOGIES INC., PO BOX 54165, NEW ORLEANS, LA 70154 | |
| 10925 | KBM AMERICA, PO BOX 98, WESTON, MA 02193 | |
| 10925 | KBM INC, PO BOX 98, WESTON, MA 02193 | |
| 10924 | KC /553885, 2000 BROADWAY, KANSAS CITY, MO 64108 | |
| 10924 | KC ABRASIVE COMPANY, INC., 3140 DODGE ROAD, KANSAS CITY, KS 66115 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  K-C AVIATION INC - DALLAS, PO BOX 730349, DALLAS, TX 75373-0349

10925  K-C AVIATION INC, 85 CHESTNUT RIDGE ROAD, MONTVALE, NJ 07645

10925  K-C AVIATION INC, PO BOX 93804, CHICAGO, IL 60673-3804

10925  KC AVIATION, INC, PO BOX 7145, DALLAS, TX 75209

10924  KC CONSTRUCTION SUPPLY, 2000 BROADWAY, KANSAS CITY, MO 64108

10925  KC SUPPLY, 4304 MATTOX ROAD, RIVERSIDE, MO 64150

10925  K-C TRANSPORTATION SERV, PO BOX 13497, NEWARK, NJ 07188-0497

10925  K-C TRANSPORTATION SVCS, 85 CHESTNUT RIDGE ROAD, MONTVALE, NJ 07645

10925  KCA ELECTRONICS INC, 223 N CRESCENT WAY, ANAHEIM, CA 92801

10924  KCG INC. REW MATERIALS, 12200 NW 36 AVE, MIAMI, FL 33167

10924  KCG INC. REW MATERIALS, 3077 S.W. 13TH DR., DEERFIELD BEACH, FL 33442

10924  KCG INC. REW MATERIALS, 730 NE 24 HWY, TOPEKA, KS 66608

10924  KCG INC., PO BOX19385, SHAWNEE MISSION, KS 66219

10924  KCG INC.-REW MATERIALS, 12200 NW 36 AVE, MIAMI, FL 33167

10925  KCH SERVICES INC, PO BOX 1287, FOREST CITY, NC 28043

10925  K-CHEM INC, POBOX 530632, BIRMINGHAM, AL 35253-0632

10924  KCI DISTRIBUTORS INC, DBA PLATTSBURGH ELECTRIC, PLATTSBURGH, NY 12901

10924  KCPA ATTN: STOREROOM/LOVELACE, COUNTY RD, RTE. 11 FAS 409, LA CYGNE, KS 66040

10924  KCS INDUSTRIES, 5111 SOUTH NINTH STREET, MILWAUKEE, WI 53221

10924  KD CHRISTIAN, 1101 MULBERRY, KANSAS CITY, MO 64095

10924  KDA, INC, PO BOX1007, SEASIDE, OR 97138

10925  KDI ELECTRONICS INC, 60 S JEFFERSON ROAD, WHIPPANY, NJ 07981

10924  KDS ASSOCIATES, 1211 CHAPEL STREET, NEW HAVEN, CT 06511

10924  KDS CONSTRUCTION, 2653 WARFIELD AVENUE, FORT WORTH, TX 76106

10925  KDY, INC, 486 AMHERST ST, NASHUA, NH 03063

10925  KEACH, ELEANOR, 6612 E MOCKINGBIRD LANE, DALLAS, TX 75214

10925  KEAGHEY, KEITH, 718 NATALIE DRIVE, HOUMA, LA 70364

10925  KEAHIOLALO, JACQUELYN, 1875 KALANIANAOLE AVE, HILO, HI 96720

10925  KEAHON, M, 8 OAK ST, CHESTER, NY 10918

10925  KEAN SR, DONALD, 5913 6 ST, MAYS LANDING, NJ 08330

10925  KEAN, LISA, RT.1, BOX 5, SOMERVILLE, LA 35670

10925  KEAN, SHARON, 40091 98TH ST. WEST, LEONA VALLEY, CA 93551

10925  KEANE FIRE & SAFETY EQUIPMENT CO, I, 1500 MAIN ST, WALTHAM, MA 02451

10925  KEANE JR, RICHARD, 8 SAINT ANDREWS HILL, PITTSFORD, NY 14534-4615

10925  KEANE, CHRISTINE, 79 PARK ST, WILMINGTON, MA 01887

10925  KEANE, KAREN, FLUSHING, NY 11355

10925  KEANE, ROBERT, 81 CRICKET LANE, TRUMBULL, CT 06611-1234

10925  KEANE, WILLIAM, 2637 WEST BUCK RD, E GREENVILLE, PA 18041

10925  KEANEY, NANCY, 5431 N.E. 35TH ST., SILVER SPRINGS, FL 34488

10924  KEANSBURG HOUSING AUTHORITY, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924  KEARFOTT GUIDANCE & AVIATION, 1150 MCBRIDE AVENUE, LITTLE FALLS, NJ 07424

10924  KEARFOTT GUIDANCE & NAVIGATION, 1150 MCBRIDE AVENUE, LITTLE FALLS, NJ 07424

10924  KEARFOTT GUIDANCE & NAVIGATION, PO BOX 523, MILWAUKEE, WI 53201

10924  KEARFOTT GUIDANCE NAVIGATION CORP, 150 TOTOWA ROAD, WAYNE, NJ 07474-0946

10925  KEARLEY, CORA, 1802 NORTH ST, DECATUR, AL 35601

10924  KEARNEY & SONS, INC., 1360 BROOK DRIVE, ESTES PARK, CO 80517

10924  KEARNEY & SONS, INC., ATTN:  ACCOUNTS PAYABLE, ESTES PARK, CO 80517

10924  KEARNEY BAGGING DEPT., ENOREE, SC 29335

10924  KEARNEY CRETE & BLOCK CO, E HWY 30, KEARNEY, NE 68848

10925  KEARNEY, J. MICHAEL, 424 WELWYN WAY, ALEXANDRIA, LA 71303

10925  KEARNEY, JOHN, 101 BIRD ST, NEEDHAM, MA 02192

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KEARNEY, JOHN, 2650 N LAKEVIEW #2001, CHICAGO, IL 60614 | |
| 10925 | KEARNEY, JOHN, 2650 N.LAKEVIEW AVE., CHICAGO, IL 60614 | |
| 10925 | KEARNEY, SANDRALEE, 481 MANOR ROAD, ABERDEEN, MD 21001 | |
| 10925 | KEARNEY, THOMAS, 291 WASHINGTON ST, MARBLEHEAD, MA 01945 | |
| 10925 | KEARNS CORP, 337 WEST MAIN ST, EASLEY, SC 29640-2927 | |
| 10925 | KEARNS, BRIAN, 523 58TH ST, BROOKLYN, NY 11220 | |
| 10925 | KEARNS, CAROLYN, 3320 QUEEN DR SW, 115, CEDAR RAPIDS, IA 52404 | |
| 10925 | KEARNS, DIANE, 3439 MONTE CARLO DR., THOUSAND OAKS, CA 91362 | |
| 10925 | KEARNS, DORIS, 415 LENOX AVE 3R, PITTSBURGH, PA 15221 | |
| 10925 | KEARNS, LAURENCE, 523-58TH ST, BROOKLYN, NY 11220 | |
| 10925 | KEARNS, THOMAS, 1706 ST ROBERTS DR, GREEN BAY, WI 54304 | |
| 10925 | KEARNS, TOMMY EUGENE, 2501 W SUBLETT, ARLINGTON, TX 76017 | |
| 10924 | KEARNY ELECTRIC SUPPLY CO, PO BOX178900, SAN DIEGO, CA 92177-8900 | |
| 10925 | KEAST, ANNE MARIE, 5207 MONROE DR, SPRINGFIELD, VA 22151-3740 | |
| 10925 | KEASTER, ELDON, 10047 101ST PLACE, MAPLE GROVE, MN 55369 | |
| 10925 | KEATING BUILDING CORP., ONE BALA AVE, BALA CYNWYD, PA 19004 | |
| 10924 | KEATING CONCRETE, 28 GARDEN ST., WORCESTER, MA 01604 | |
| 10924 | KEATING CONCRETE, SHIRLEY RD., LUNENBURG, MA 01462 | |
| 10925 | KEATING JT TEN, JOHN J & PATRICIA K, 7992 HWY 164, YONGES ISLAND, SC 29449-5937 | |
| 10925 | KEATING, CATHERINE, 535 SOUTH ST, FITCHBURG, MA 01420 | |
| 10925 | KEATING, JOHN, PO BOX 158, SUAMICO, WI 54173 | |
| 10924 | KEATON CONSTRUCTION COMPANY, INC., 508 FAIR STREET, ANDERSON, SC 29621 | |
| 10925 | KEATON, CLIFFORD, RT 3 BOX 1560, BEAN STATION, TN 37708 | |
| 10925 | KEAY, RAYMOND, 912 GROUSE CIRCLE, FORT COLLINS, CO 80524 | |
| 10925 | KECK, TERINA, PO BOX 485, TAZEWELL, TN 37879 | |
| 10925 | KECKLER, LAURA, 64 PRINCE WILLIAM CT, ST CHARLES, MO 63304 | |
| 10925 | KECO INDUSTRIES INC, 7375 INDUSTRIAL ROAD, FLORENCE, KY 41022-0000 | |
| 10925 | KECZKOWSKI, JAN, 6139 W 64TH PL, CHICAGO, IL 60638 | |
| 10925 | KEDDINGTON, ALVIN B, 2188 VIMONT AVE, SALT LAKE CITY, UT 84109 | |
| 10925 | KEDDINGTON, PATRICIA, 2188 VIMONT AVE, SALT LAKE CITY, UT 84109 | |
| 10924 | KEDMONT WATERPR0OFING, 5428 NORTH KEDZIE, CHICAGO, IL 60625 | |
| 10924 | KEDMONT WATERPROOFING-DO NOT SELL, 5428 N. KEDZIE AVENUE, CHICAGO, IL 60625 | |
| 10925 | KEE, BARBARA, PO BOX 705, GARYSBURG, NC 27831 | |
| 10925 | KEE, DEBORAH, 103 CHRISTIANA ST, WILMINGTON, DE 19804 | |
| 10925 | KEE, MARY, BOX 28 LEE LANE RD, ROANOKE RAPIDS, NC 27870 | |
| 10925 | KEE, MARY, ROUTE 1, BOX 271A, GARYSBURG, NC 27831 | |
| 10925 | KEEBEY III, PATRICK, 1264 KING CAREY DR, ST. LOUIS, MO 63146 | |
| 10925 | KEECH, KAY, 406 BLACK HORSE RUN, NEW BERN, NC 28560 | |
| 10925 | KEEFE BENDER, MOLLY, CUST FOR BRIDGET ANN BENDER, UNIF GIFT MIN ACT WASH, 4139 96TH AVE SE, MERCER ISLAND, WA 98040-4233 | |
| 10925 | KEEFE, BARBARA, 1 CAITLIN COURT, MOUNT HOLLY, NJ 08060 | |
| 10925 | KEEFE, BEVERLY, 11 MORNINGSIDE AVE, ADAMS, MA 01220 | |
| 10925 | KEEFE, DEBRA, 1827 POPLAR RIDGE RD, PASADENA, MD 21122 | |
| 10925 | KEEFE, DOROTHY, MEADOW GRN NURSING HOME 45 WOBURN ST, WALTHAM, MA 02154 | |
| 10925 | KEEFE, EVANGELINE D, AS CUST FOR MARY ADELINA KEEFE UNDER THE ARIZONA U, 437 E BALBOA DR, TEMPE, AZ 85282-3752 | |
| 10925 | KEEFE, JUDITH, 27 MAPLE ST, CARLISLE, MA 01741 | |
| 10925 | KEEFE, RAYMOND, 1 BEAVER BROOK RD #45, DANBURY, CT 06810 | |
| 10925 | KEEFE, RICHARD C, AS CUST FOR RICHARD D KEEFE, UNDER THE ARIZONA UNIFORM TRANSFERS TO MINORS ACT, 437 E BALBOA DR, TEMPE, AZ 85282-3752 | |
| 10925 | KEEFE, ROBERT, PO BOX 466, ADAMS, MA 01220 | |
| 10925 | KEEFE, THOMAS, 20068 TELEGRAPH SQUARE LANE, KATY, TX 77449 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KEEFER WOOD ALLEN & RAHAL, 210 WALNUT STRRET, HARRISBURG, PA 17108-1963 | |
| 10925 | KEEFER, CAROL, 475 BLVD. PERROT, 202, ILE PERROT, QC J7V3H4CANADA | *VIA Deutsche Post* |
| 10925 | KEEFFE, PAUL M, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KEEFFE, PAUL, 10 JILL CIRCLE, NORTH READING, MA 01864 | |
| 10925 | KEEGAN, CATHERINE, 6142 B. N. 8TH ST, PHILADELPHIA, PA 19120 | |
| 10925 | KEEGAN, JUDITH, 207 BROWN ST, WALTHAM, MA 02154 | |
| 10925 | KEEGAN, KENNETH, 12737 EDENBRIDGE COURT, JACKSONVILLE, FL 32223 | |
| 10925 | KEEHAN, JOHN, 1925 CHARLES ST, DE PERE, WI 54115 | |
| 10925 | KEEHN, THERESA, 2804 CRICKET CIRCLE, EDISON, NJ 08820 | |
| 10925 | KEEL, B, RT 3, BOX 132, LELAND, NC 28457 | |
| 10925 | KEEL, KEITH, 30 DOWLING CIRCLE APT B2, BALTIMORE, MD 21234 | |
| 10925 | KEEL, LUZENIA, 627 WOODBINE, DALLAS, TX 75203 | |
| 10925 | KEEL, RICHARD, PO BOX 1046, DICKINSON, TX 77539 | |
| 10924 | KEELER & LONG PPG., PO BOX 7044, CHILLICOTHE, OH 45601 | |
| 10924 | KEELER VAULT CO., INC., 5818 RT. 9H & 23, HUDSON, NY 12534 | |
| 10925 | KEELER, GEORGE, 27 WHIPPOORWILL LANE, ROCKAWAY, NJ 07866-0000 | |
| 10925 | KEELER, KENNETH, 1525 OHIO AVE, WHITING, IN 46394 | |
| 10925 | KEELER/DORR-OLIVER BOILER CO. INC., PO BOX 548, WILLIAMSPORT, PA 17703 | |
| 10925 | KEELEY, ELAINE, 36 AINSWORTH ST, ROSLINDALE, MA 02131 | |
| 10925 | KEELEY, LAWRENCE, 804 SADDLEBACK LANE, FLOWER MOUND, TX 75028 | |
| 10925 | KEELIN, MATTHEW, 12440 ARDWICK, ST LOUIS, MO 63146 | |
| 10925 | KEELING, ELVIRA, 4315 BLDG 20 #F, RALEIGH, NC 27612 | |
| 10925 | KEELS, SABRA, 20 SOUTH DOGWOOD ST, TURBEVILLE, SC 29162 | |
| 10925 | KEEN EDGE CO, 8615 OGDEN AVE, LYONS, IL 60534 | |
| 10925 | KEEN REALTY CONSULTANTS, 60 CUTTER MILL ROAD, GREAT NECK, NY 11021 | |
| 10925 | KEEN, BETTY, 4092 MARVIN CHAPEL, BROWNSVILLE, TN 38012 | |
| 10925 | KEEN, C, 108 BURCHWOOD AVE., PLANT CITY, FL 33566 | |
| 10925 | KEEN, J, 4012 N CORK ROAD, PLANT CITY, FL 33566 | |
| 10925 | KEEN, JOANNE, R 1 BOX 404, MOMENCE, IL 60954 | |
| 10925 | KEEN, NINA, 1506 CORAL DR, HOUMA, LA 70360 | |
| 10925 | KEEN, ROSETTA, 1307 WEST BALL, WEATHERFORD, TX 76086 | |
| 10925 | KEENAN JT TEN, THOMAS P & PATRICIA A, 933 NORTHWOOD DR, APPLETON, WI 54911-1545 | |
| 10925 | KEENAN, RONNY, 3109 FAIRVIEW, FORT WORTH, TX 76111 | |
| 10925 | KEENAN, TERENCE, 17 PINES RD, BILLERICA, MA 01821 | |
| 10925 | KEENAN, WILLIAM, 2 SHADOWBROOK LN, MILFORD, MA 01757 | |
| 10925 | KEENE ADVERTISING INC., 76 SOUTH ST, BOSTON, MA 02111 | |
| 10925 | KEENE CORPORATION, 757 THIRD AVE, NEW YORK, NY 10017 | |
| 10925 | KEENE ENGINEERING, INC. 20201 BAHAMA ST, CHATSWORTH, CA 91311 | |
| 10925 | KEENE, DEBORAH, PO BOX 46002, BATON ROUGE, LA 70895 | |
| 10925 | KEENE, II, JAMES, 315 S MONOTEREY, COALINGA, CA 93210 | |
| 10925 | KEENE, III, JAMES, 315 S MONOTEREY, COALINGA, CA 93210 | |
| 10925 | KEENE, JAMES, 4087 BAYOU BLACK DR., HOUMA, LA 70360 | |
| 10925 | KEENE, JON, 48 AGAWAM RD, ACTON, MA 01720 | |
| 10925 | KEENE, JON, 48 AGAWAM ROAD, ACTON, MA 01720 | |
| 10925 | KEENE, LEON, 1407 MCDONALD ST, PLANT CITY, FL 33566 | |
| 10925 | KEENE, RONALD, PO BOX 706, BROOKHAVEN, MS 39601 | |
| 10925 | KEENE, TIM, 6705 GLENMEADOW ST, LAKE CHARLES, LA 70605 | |
| 10925 | KEENER, JACK, HC 32, BOX 6510, WASILLA, AK 99687-0000 | |
| 10925 | KEENER, JUNE, 9424 VIA SEGOVIA, NEW PORT RICHEY, FL 34655-9998 | |
| 10925 | KEENER, WILLIAM, 311 ANDERSON ST, PIEDMONT, SC 29673 | |
| 10925 | KEENER, WILLIAM, 7240 WEST 107TH #45, WORTH, IL 60482 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KEEP FLORIDA BEAUTIFUL, 325 JOHN KNOX ROAD, TALLAHASSEE, FL 32303-4164

10925   KEEP MAINE MOVING, POBOX 329, HALLOWELL, ME 04347

10925   KEEPLER, WALTER, 2949 TAYLOR COURT, BARTOW, FL 33830-9998

10925   KEEPSAKE, PO BOX 648, BAKER, LA 70704-0648

10925   KEERKJIAN, HERIPSENNY, 15 CUSHING AVE, BELMONT, MA 02178

10925   KEES, SHARON, PO BOX 794, CRAB ORCHARD, WV 25827

10925   KEES, WILLIAM, RT. 1, BOX 135, POLLOCK, LA 71467

10925   KEESECKER, ELENA, 441 EAST ARROWOOD RD, CHARLOTTE, NC 28217

10924   KEESEVILLE READY MIX, ROUTE 9, KEESEVILLE, NY 12944

10924   KEESLER MEDICAL CENTER, BILOXI, MS 39530

10925   KEETER SR, MICHAEL, RT 2 BOX 414, ROANOKE RAPIDS, NC 27870

10925   KEETER, BARBARA, 410 JEFFERSON, ROANOKE RAPIDS, NC 27870

10925   KEETER, JENNIFER, 907 FRANKLIN ST, ROANOKE RAPIDS, NC 27870

10925   KEETER, MYRTLE, 215 TAYLOR ST, ROANOKE RAPIDS, NC 27870

10925   KEETER, ROBERT, RT 3 BOX 852 WOOD ST, ROANOKE RAPIDS, NC 27870

10925   KEETH, SUSAN, 4191 S.W. 67TH AVE, DAVIE, FL 33314

10925   KEETON, DEIRDRE, PO BOX 1552, SANTA ROSA, CA 95402

10925   KEETON, FLOYD, 2705 S W 56TH, OKLAHOMA CITY, OK 73119

10925   KEETON, PAULA, 335 FLAGLER BLVD, LAKE PARK, FL 33403

10925   KEETON, WILLIAM, 335 FLAGLER BLVD, LAKE PARK, FL 33403

10925   KEEVAMA, LAURA, 1008 W HENDERSON, WINSLOW, AZ 86047

10925   KEEVER, VALERIE, 4210 TARA DR., FOREST PARK, GA 30050

10925   KEFEYAN, JOHN, 69 JORDAN AVE, WAKEFIELD, MA 01880

10925   KEG RESTAURANTS, PRESTON GATES & ELLIS LLP, ATTN KIMBERLY OSENBAUGH ESQ, 925 FOURTH AVE, STE 2900, SEATTLE, WA 98104

10925   KEGEL, JOHN, 6517 BROOK AVE, BALTIMORE, MD 21206

10925   KEGG, ROGER, 3301 MEADOW OAKS DR., GARLAND, TX 75043

10925   KEGIN, GEORGE, PO BOX 48, COVINGTON, OK 73730

10925   KEGLAR, SHELVY, 9208 FORDHAM ST, INDIANAPOLIS, IN 46268

10925   KEGLEY, KENNETH, 460 CARVEL BEACH ROAD, BALTIMORE, MD 21226-1952

10925   KEHM EQUIPMENT, INC, PO BOX 4055, EVERGREEN, CO 80437

10924   KEHN CONSTRUCTION, 6550 S. COUNTY RD. 5, FORT COLLINS, CO 80525

10924   KEHN CONSTRUCTION, INC., 4710 E. COUNTY ROAD #36, FORT COLLINS, CO 80525

10925   KEHOE, ANDREW, CUST FOR ELIZABETH ANN KEHOE, UNIF GIFT MIN ACT MA, 18 GRANDVIEW RD, CHELMSFORD, MA 01824-1203

10925   KEHOE, ANN MARIE, 18 GRANDVIEW RD, CHELMSFORD, MA 01824-1203

10925   KEHOE, ANN MARIE, CUST FOR KATHERINE MARY KEHOE, UNIF GIFT MIN ACT MA, 18 GRANDVIEW RD, CHELMSFORD, MA 01824-1203

10925   KEHOE, CATHERINE, 89 PUTNAM AVE, VALLEY STREAM, NY 11580

10925   KEHOE, JAMES, 4 AVON ST, STONEHAM, MA 02180

10925   KEHR, CLIFTON, 4251 CAMP WOODS RD, GLENVILLE, PA 17329-9037

10925   KEI INAZU, POB 397, KEKAHA, HI 96752-0397

10925   KEIFFER, CLIFTON, RT. 1 BOX 1165, GOLDONNA, LA 71031

10925   KEIGHLEY, CHARLES, 27 ENGLISH RANGE RD, DERRY, NH 03038

10925   KEIGLEY JR, WILLIAM R, 908 1ST ST, MENOOTA, FL 61342-2006

10925   KEIGLEY, JR, WILLIAM, 908 1ST ST, MENDOTA, IL 61342

10925   KEIGLEY, WILLIAM R, 908 1ST ST, MENDOTA, IL 61342

10925   KEIM, GRACE, 3039 MASON, MESQUITE, TX 75150

10925   KEIM, KIM, 600 W. CHESTNUT, CARBONDALE, IL 62901

10925   KEINATH, II, THOMAS, 1529 GASPE BLVD, SENECA, SC 29678

10925   KEINER, JOSEFINA, 7820 ALGON AVE., PHILADELPHIA, PA 19111

10925   KEIRSTEAD, DEBRA, 58 DIX ST, WALTHAM, MA 02154

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | KEISTER LUMBER COMPANY, BOX 178, COON RAPIDS, IA 50058 | |
| 10924 | KEISTER READY MIX, HWY 141 WEST, COON RAPIDS, IA 50058 | |
| 10924 | KEISTER READY MIX, P O BOX 142, COON RAPIDS, IA 50058-0142 | |
| 10925 | KEITH A. RODRIGUEZ, PO BOX 1699, MEMPHIS, TN 38101-1699 | |
| 10924 | KEITH AUSTIN, C/O HERBLAN INSULATION, ELIZABETH, CO 80107 | |
| 10925 | KEITH BARTLETT, 20 KATHLEEN CIRCLE, ROWLEY, MA 01969-2320 | |
| 10924 | KEITH BROWN BUILDING MATERIALS, 131 W. PUTNAM, PORTERVILLE, CA 93258 | |
| 10924 | KEITH BROWN BUILDING MATERIALS, 2001 FRONT STREET NE, SUITE 150, SALEM, OR 97303 | |
| 10925 | KEITH C BESTER, 115 N SAPPINGTON RD, ST LOUIS, MO 63122-4844 | |
| 10925 | KEITH COSTELLO, 12532 S. 69TH COURT, PALOS HEIGHTS, IL 60463 | |
| 10925 | KEITH COSTELLO, 6051 W 65TH ST, BEDFORD PARK, IL 60638 | |
| 10925 | KEITH DISTRIBUTING CO, 5401 BELL, HOUSTON, TX 77023 | |
| 10925 | KEITH DISTRIBUTING CO, 9322 BAYTHORNE, HOUSTON, TX 77041 | |
| 10925 | KEITH H KINCH, PO BOX 124, MEHOOPANY, PA 18629-0124 | |
| 10925 | KEITH H RUSSELL, 1100 DEWEY LANE, EAST BOUND, NC 27018-7677 | |
| 10925 | KEITH HIRSCH, 235 CHERRY LANE, NEW CASTLE, DE 19720-2779 | |
| 10925 | KEITH JAMES PATRICK VAUGHAN, 59 DEGRAY TERRACE, MAHWAH, NJ 07430-3158 | |
| 10924 | KEITH LYONS TRUCKING, P O BOX 447, BROKEN BOW, OK 74728 | |
| 10925 | KEITH MACHINERY CORP, 34 GEAR AVE, LINDENHURST, NY 11757-1078 | |
| 10925 | KEITH O TRAINA, 27320 S FAIROAKS RD, TRACY, CA 95376-9152 | |
| 10925 | KEITH RAYMENT, 43 MINNIECROFT ROAD, SLOUGH BERKSHIRE, BURNHAM, SL1 7DEUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | KEITH ST JEAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KEITH, BARRY, 225 ED PADGETT RD LOT #11, LAKELAND, FL 33809 | |
| 10925 | KEITH, DAVID, 447 BELLEVUE AVE APARTMENT 8G, TRENTON, NJ 08618 | |
| 10925 | KEITH, DIANETTE, 57 CHARLOTTE ST #3, DORCHESTER, MA 02121 | |
| 10925 | KEITH, DIANETTE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KEITH, FREDDIE, PO BOX 137, NICHOLS, FL 33863-0137 | |
| 10925 | KEITH, GARY, 716 CONCORD CIRCLE, EDMOND, OK 73003 | |
| 10925 | KEITH, HOLLY, 10847 ALMOND ST, ADELANTO, CA 92301 | |
| 10925 | KEITH, KEVIN, 116 FENWICK ST, FRAMINGHAM, MA 01701 | |
| 10925 | KEITH, KIM, 8201 ABERDEEN ROAD, NEW ORLEANS, LA 70126 | |
| 10925 | KEITH, MICHAEL, 6776 GREENWOOD RD., SHREVEPORT, LA 71119 | |
| 10925 | KEITH, PAMELA, 1910 S. NELSON, AMARILLO, TX 79104 | |
| 10925 | KEITH, R, 214 WAINWRIGHT, NEW ALBANY, IN 47150 | |
| 10925 | KEITH, SUSAN, 1171 VICTOR HILL ROAD, GREER, SC 29651 | |
| 10925 | KEITH, U., 1631 CO RD 120, VALLEY HEAD, AL 35989 | |
| 10925 | KEITH, VERNON, 504 EAST 7TH ST, WEST LIBERTY, IA 52776 | |
| 10925 | KEITHLEY INSTRUMENTS, 28775 AURORA ROAD, CLEVELAND, OH 44139 | |
| 10925 | KEITHLY ELECTRIC CO, 14825 250TH PLACE SE, ISSAQUAH, WA 98027 | |
| 10925 | KEITHS AIR CONDITIONING CO., 5206 ROSE, HOUSTON, TX 77007 | |
| 10925 | KEITT, DANIEL, 106 EAST MAIN ST, LAURENS, SC 29360 | |
| 10925 | KEIVER, PAMELA, 24B RIVER ST, DANVERS, MA 01923 | |
| 10924 | KEIWIT WESTERN, 4004 SOUTH 60TH, OMAHA, NE 68117 | |
| 10924 | KEIWIT WESTERN, 72ND STREET, OMAHA, NE 68100 | |
| 10924 | KEIWIT WESTERN, OFFUTT AFB, BELLEVUE, NE 68005 | |
| 10924 | KEIWIT WESTERN, P. O. BOX 13378, OFFUTT AIR FORCE BASE, NE 68113 | |
| 10925 | KEKST AND COMPANY INC, 437 MADISON AVE, NEW YORK, NY 10022-7001 | |
| 10925 | KELBURN ENGINEERING CO, 6545 N OLMSTED AVE, CHICAGO, IL 60631 | |
| 10925 | KELBURN ENGINEERING CO., 6545 N. OLMSTED AVE, CHICAGO, IL 60631 | |
| 10925 | KELBURN ENGINEERING CO., 6545 N. OLMSTED AVE., CHICAGO, IL 60631-1494 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 KELCH, JOY L, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925 KELCH, JOY, 806 ANGEL VALLEY CT, EDGEWOOD, MD 21040

10925 KELCHNER, BARRY, 43 SELTZER AVE, WOMELSDORF, PA 19567

10925 KELCHNER, DARLENE, 43 SELTZER AVE, WOMELSDORF, PA 19567

10925 KELCHNER, JAY, 3 YEAGER ROAD, LENHARTSVILLE, PA 19534-9798

10925 KELCOURSE, STACEY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 KELCOURSE, STACEY, PO BOX 1314, MIDDLEBORO, MA 02346

10925 KELDEN EQUIPMENT, INC, 5445 BELLE MEADE DR., BATAVIA, OH 45103

10925 KELE, PO BOX 1000 DEPT.77, MEMPHIS, TN 38148-0077

10925 KELGOR, JIMMIE, 510 EAST 22ND ST, ATLANTIC, IA 50022

10925 KELKLER, MARTIN E, 2101 CRYSTAL PLAZA, ARCADE STE 170, ARLINGTON, VA 22202

10925 KELL, FARREL, 1039 OLD SOUTH DR, LAKELAND, FL 33811

10925 KELL, MINNIE, 2608 PHYLLIS DR, COPPERAS COVE, TX 76522

10925 KELLAM, MICHELLE, 320 E. BELTLINE #L-S, ANDERSON, SC 29621

10925 KELLANDER, EMILIE, 5228 WYOMING NE #202, ALBUQUERQUE, NM 87111

10925 KELLAR, CHARLES, 33 MINT ST, PICAYUNE, MS 39466

10925 KELLAR, GEORGE, 3106 E FAIRMOUNT AVE, BALTIMORE, MD 21224

10925 KELLARD, ELIZABETH, 82 SYLVAN ST, DANVERS, MA 01923

10925 KELLEHER, BRIAN, 6516 ENGEL DR, MCLEAN, VA 22101

10925 KELLEHER, MARY, 24 SAHLIN CIR, FRANKLIN, MA 02038

10925 KELLENBENZ, BERTRAND, 10206 MAXINE ST, ELLICOTT CITY, MD 21042

10925 KELLENBERGER, CHARLES, 1030 AMITY ST, READING, PA 19604

10925 KELLER & HECKMAN,

10925 KELLER & HECKMAN, 1001 G ST., NW, STE 500 W., WASHINGTON, DC 20001

10925 KELLER AND HECKMAN, 1001 G ST NW SUITE 500 WEST, WASHINGTON, DC 20001

10925 KELLER FIRE & SAFETY, INC, PO BOX 5207, KANSAS CITY, KS 66119

10925 KELLER HEARTT CO INC, 4411 SOUTH TRIPP AVE, CHICAGO, IL 60632-4320

10925 KELLER JR, HARRY S, 735 E 3RD ST, BLOOMSBURG, PA 17815-2014

10924 KELLER KINETICS, 69 HOWARD STREET, WATERTOWN, MA 02472

10925 KELLER PRODUCTS, PO BOX 26, LEXINGTON, MA 02173

10924 KELLER SUPPLY, 1010 6TH. AVE. NORTH, KENT, WA 98032

10924 KELLER SUPPLY, E. 3404 SPRINGFIELD, SPOKANE, WA 99202

10924 KELLER SUPPLY, LEISURE SUPPLY - SPOKANE, SPOKANE, WA 99202

10924 KELLER SUPPLY, PO BOX79014, SEATTLE, WA 98119

10925 KELLER TRUCK EQUIPMENT, INC, 3530 S. HANOVER ST., BALTIMORE, MD 21225

10925 KELLER TRUCK EQUIPMENT, INC, PO BOX 3400, BALTIMORE, MD 21225-1795

10925 KELLER, ALICE, 107 SPRINGDALE AVE, DUNCAN, SC 29334-9638

10925 KELLER, BARBARA E, 8530 BYERS, DOWEY, CA 90242-2514

10925 KELLER, BENJAMIN, 3207 NIGHTSONG, INDIANAPOLIS, IN 46241

10925 KELLER, BRETT, 20743 SCHOOLCRAFT ST., CANOGA PARK, CA 91306

10925 KELLER, CHRISTINE, 304 BUCKLAND WAY, GREENVILLE, SC 29615

10925 KELLER, CHRISTINE, R.D. #1 BOX 203, COLLIERS, WV 26035

10925 KELLER, CLAUDIA, BLANCHE, 520 W 43RD ST APT 6E, NEW YORK, NY 10036-4345

10925 KELLER, DAVID, 2107 TALL PINES COURT, BALTIMORE, MD 21228

10925 KELLER, DAVID, 4055 WHITEWOOD CIR, MORRISTOWN, TN 37814

10925 KELLER, DAVID, 702 JUNIPER ST, QUAKERTOWN, PA 18951

10925 KELLER, DENNIS, 21 B BULGER AVE, NEW MILFORD, NJ 07646

10925 KELLER, GEORGE, 129 EVERETT DRIVE, HOUMA, LA 70364

10925 KELLER, GEORGE, 38- COLES GROVE ROAD, DERRY, NH 03038

10925 KELLER, GERRY, 2201 MCKEE DRIVE, ORANGE, TX 77631

10925 KELLER, GREGORY, 2340 E 3700 S., SALT LAKE CITY, UT 84109

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KELLER, HELEN, 2 KAREN COURT, WICHITA FALLS, TX 76310 | |
| 10925 | KELLER, JAMES, 2783 COUNTY ROAD I, SAUKVILLE, WI 53080-1539 | |
| 10925 | KELLER, JAY, 1119 TIBURON DR., SEFNER, FL 33584 | |
| 10925 | KELLER, JUDITH, 620 W. SECOND ST., MOMENCE, IL 60954 | |
| 10925 | KELLER, LEE, 5084 SPANISH OAKS CT., MURRELLS INLET, SC 29576 | |
| 10925 | KELLER, LINDA, 847 CROWTHERS ROAD, COOPERSBURG, PA 18036 | |
| 10925 | KELLER, MARK, 2670 35TH AVE, COLUMBUS, NE 68601-2355 | |
| 10925 | KELLER, MARTIN E, 2101 CRYSTAL PLAZA ARCADE STE 170, ARLINGTON, VA 22202 | |
| 10925 | KELLER, MARY, 6314 EARLY RED CT, COLUMBIA, MD 21045 | |
| 10925 | KELLER, MAYNARD, 36 YOUNKEN ROAD, QUAKERTOWN, PA 18951 | |
| 10925 | KELLER, MICHAEL, 1320 SYLVAN WAY, WEST BEND, WI 53095 | |
| 10925 | KELLER, MYRNA, 112 SE 1ST, MOORE, OK 73160 | |
| 10925 | KELLER, PAUL, 204 MIRE ST, HOUMA, LA 70364 | |
| 10925 | KELLER, PETER, 166 E TALL OAKS CIR, PALM BCH GDNS, FL 33410 | |
| 10925 | KELLER, SANDRA, 208 OVERHOLT DR, VIRGINIA BEACH, VA 23462 | |
| 10925 | KELLER, SUSAN, 856 LINTON AVE, CROYDON, PA 19027 | |
| 10925 | KELLER, THOMAS, 6412 MICHEAL ELIZABETH WAY, HANOVER, MD 21076 | |
| 10925 | KELLER, WESLEY, 6204 COLQUITT RD, KEITHVILLE, LA 71047 | |
| 10925 | KELLER, YVETTE, 295 NORMA, WESTLAND, MI 48186 | |
| 10925 | KELLERAN, MARTHA ANN, 672 SO ILLINOIS ST, ARLINGTON, VA 22204-1249 | |
| 10925 | KELLER-HEARTT CO, INC, 4411 SOUTH TRIPP ST, CHICAGO, IL 60609 | |
| 10925 | KELLERMAN, JOHN, 17920 HWY 412 W, BONO, AR 72416 | |
| 10924 | KELLERS INC, 6750 GORDON ROAD, WILMINGTON, NC 28411 | |
| 10924 | KELLETT TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210 | |
| 10925 | KELLETT, CHARLES, 317 BROOKVIEW COURT, OLD HICKORY, TN 37138 | |
| 10924 | KELLETT, IRONDALE, AL 35210 | |
| 10925 | KELLETT, JAMES, 105 BEAUCLAIR DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | KELLETT, JAMES, 325 BEAVERDAM ROAD, WILLIAMSTON, SC 29697 | |
| 10925 | KELLETT, JAY S, 98 BEACON ST, READING, MA 01869 | |
| 10925 | KELLETT, JAY, 98 BEACON ST, READING, MA 01867 | |
| 10925 | KELLETT, JOSEPH, 138 WATSON ROAD, FOUNTAIN INN, SC 29644-9749 | |
| 10925 | KELLETT, K, 424 E STNDING SPRG RD, SIMPSONVILLE, SC 29681 | |
| 10925 | KELLETT, KIM D, PO BOX 56, INDIAN TRAIL, NC 28079-0056 | |
| 10925 | KELLETT, KIM, 6721 SECREAST CUT RD, POB 56, INDIAN TRAIL, NC 28079 | |
| 10925 | KELLETT, WILLIAM, 138 WATSON RD, FOUNTAIN INN, SC 29644 | |
| 10925 | KELLETTS GARBAGE INC., POB 781, MAULDIN, SC 29662 | |
| 10924 | KELLEY BASEBALL, 2001 E. RANDOL MILL ROAD, ARLINGTON, TX 76011 | |
| 10924 | KELLEY BASEBALL, LLC, 2001 E. RANDOL MILL ROAD, ARLINGTON, TX 76011 | |
| 10925 | KELLEY BLUE BOOK, PO BOX 19691, IRVINE, CA 92623-9691 | |
| 10925 | KELLEY BLUE BOOK, PO BOX 19691, IRVINE, CA 92713-9691 | |
| 10925 | KELLEY DRYE & WARREN, 101 PARK AVE, NEW YORK, NY 10178 | |
| 10925 | KELLEY FERRARO, 1901 PENTON MEDIA BLDG, 1300 EAST NINTH ST, CLEVELAND, OH 44114 | |
| 10925 | KELLEY JASON MCGUIRE, 1617 JFK BLVD, SUITE 1400, PHILADELPHIA, PA 19103 | |
| 10925 | KELLEY JR, HAROLD, RTE 1, BOX 16D, SADIA, TX 78383 | |
| 10925 | KELLEY JR, JOHN S, 202 E STEPHEN FOSTER AVE, BARDSTOWN, KY 40004-1514 | |
| 10925 | KELLEY LEHAN, 7134 PACIFIC ST, OHAMA, NE 68106 | |
| 10924 | KELLEY TECHNICAL COATINGS, 1445 SOUTH15TH, LOUISVILLE, KY 40210 | |
| 10924 | KELLEY VAULT, P. O. BOX 307, URBANA, IL 61803 | |
| 10925 | KELLEY WELDING, 100 PARK SR #9, AYER, MA 01432 | |
| 10925 | KELLEY, ANGIE, 3130 ST ANTHONY, LOUISVILLE, KY 40214 | |
| 10925 | KELLEY, ARTHUR, 133 ELMLAWN RD, BRAINTREE, MA 02184 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KELLEY, BRENDA, 298 WOODVILLE RD, PELZER, SC 29669

10925   KELLEY, CARMELLA, 16 SANDHILL RD, GILFORD, NH 03246

10925   KELLEY, DIANN, RT 11 BOX 535, MISSION, TX 78572

10925   KELLEY, DOROTHY, PO BOX 16835, GREENVILLE, SC 29606

10925   KELLEY, EDWARD, SAILORS SNUG HARBOR, SEALEVEL, NC 28577

10925   KELLEY, ELEANOR, 1860 35TH AVE, VERO BEACH, FL 32960

10925   KELLEY, ETHEL, 80 UPLAND ROAD, WINTHROP, MA 02152

10925   KELLEY, EUGENE, 4104 S MICHIGAN AVE #9, CHICAGO, IL 60653-2153

10925   KELLEY, GARY J, 1507 QUEEN ANNE AVE N, SEATTLE, WA 98109

10925   KELLEY, GARY, 1217 10TH AVE W., SEATTLE, WA 98119

10925   KELLEY, H, 1105 KELLYBELLE RD, HARTSVILLE, SC 29550

10925   KELLEY, JAMES, 513 NORTH MARLIN AVE, BALTIMORE, MD 21221-0000

10925   KELLEY, JOHN, 4551 BROADWAY AVE W, ESTERO, FL 33928

10925   KELLEY, JOHN, 65 WALNUT ST, MANSFIELD, MA 02048

10925   KELLEY, JOHN, 7 RAMEY CT, MAULDIN, SC 29662

10925   KELLEY, JOHN, PO BOX 285, FOUNTAIN INN, SC 29644-0285

10925   KELLEY, JOSEPH, 1817 HORSEBACK TRAIL, VIENNA, VA 22182

10925   KELLEY, JUDITH, 7326 MONTCLAIR, SHREVEPORT, LA 71105

10925   KELLEY, JULIANNE, 929 MAIN ST, 5, MELROSE, MA 02176

10925   KELLEY, KATHLEEN, 8956 W CITRUS WAY, GLENDALE, AZ 85305

10925   KELLEY, MARGUERITE, 116 WHITE ST, 2, BELMONT, MA 02178

10925   KELLEY, MARJORIE, 3005 S.W. 5TH ST, BLUE SPRINGS, MO 64014

10925   KELLEY, MARJORIE, 9 LLOYD RD, TEWKSBURY, MA 01876

10925   KELLEY, MARK, 1349 CHIPLEY ST., WESTWEGO, LA 70094

10925   KELLEY, MARTHA, 615 S MONTCLAIR AVE, DALLAS, TX 75208

10925   KELLEY, MARTHA, 655 GLENMORE BLVD, GLENDALE, CA 91206

10925   KELLEY, MARY, 2600 BRIDGE ROAD, HUNTSVILLE, AL 35810

10925   KELLEY, MICHAEL, 133 ARUNDEL RD, KENNEBUNKPORT, ME 04046

10925   KELLEY, MICHELLE, 5019 VILLAGE WAY, SAN ANTONIO, TX 78218

10925   KELLEY, PATRICK, 120 WINDSOR, CHICKASHA, OK 73018

10925   KELLEY, PAUL, 14 J ST, HULL, MA 02045

10925   KELLEY, PAUL, 5 GIGANTE DRIVE, STONEHAM, MA 02180-3103

10925   KELLEY, PAULA, 39 STAAF ROAD, SAUGUS, MA 01906

10925   KELLEY, PETER, 425 WALLINGFORD ST, ATHOL, MA 01331-1535

10925   KELLEY, PHYLLIS, PO BOX 760, HARRAH, OK 73045

10925   KELLEY, RACHEL, 310 DURHAM DRIVE, GREENVILLE, SC 29615

10925   KELLEY, ROBERT, 1240 FRIARSGATE BLVD, IRMO, SC 29063

10925   KELLEY, ROBERT, 16 SANDHILL ROAD, GILFORD, NH 03246

10925   KELLEY, SANFORD, 312 S. BANRS, PAMPA, TX 79065

10925   KELLEY, SHERRI, 6 SPRINGSIDE DRIVE, COLD SPRING, KY 41076

10925   KELLEY, STEPHAN, 614 HIGH ST, CARROLLTON, GA 30117

10925   KELLEY, THOMAS, 4215 HARVEY ST, MUNHILL, PA 15120

10925   KELLEY, TRACI, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   KELLEY, WILLIAM, 17 OAKMER RD, OWINGS MILLS, MD 21117

10925   KELLEY-PERRY INCORPORATED, POBOX 20144, HOUSTON, TX 77225

10925   KELLING, MARY, 4223 DAUPHINE DR., SAN ANTONIO, TX 78218

10925   KELLINGER, REBEKAH, 1113 POWERS FERRY, MARIETTA, GA 30067

10925   KELLMAN, GENET, 4339 MARY RIDGE DR, RANDALLSTOWN, MD 21133

10925   KELLNER, BERNICE, 630 MAGNOLIA WAY, RENO, NV 89506

10925   KELLNER, MARILYN, 832 OXFORD AVE., SPARKS, NV 89431

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KELLOGG BROWN & ROOT HALLIBURTON NU, 4100 CLINTON DRIVE (03-1106E), HOUSTON, TX 77020

10924   KELLOGG BROWN-ROOT, 16200 PARK ROW, HOUSTON, TX 77084

10924   KELLOGG BROWN-ROOT, 16200 PARK ROW, HOUSTON, TX 77085

10924   KELLOGG SUPPLY, INC., 350 WEST SEPULVEDA BLVD., CARSON, CA 90745

10924   KELLOGG WHOLESALE BLDG. SPLY., P.O. BOX 674, TRAVERSE CITY, MI 49684

10924   KELLOGG WHOLESALE BLDG. SUPPLY, 2662 CASS ROAD, TRAVERSE CITY, MI 49684

10924   KELLOGG WHOLESALE BLDG. SUPPLY, PO BOX674, TRAVERSE CITY, MI 49684

10925   KELLOGG WHOLESALE BS, POBOX 674, TRAVERSE CITY, MI 49685

10925   KELLOGG, BARBARA, 2153 N WARSON, ST LOUIS, MO 63114

10925   KELLOGG, DONALD, GENERAL DELIVERY, WINNIE, TX 77665

10925   KELLOGG, GRADUATE SCHOOL OF MGMT, EXECUTIVE PROGRAMS, JAMES L ALLEN CENTER, 2169 SHERIDAN ROAD, EVANSTON, IL 60208-2800

10925   KELLOGG, JAMES, 8147 GRANT COLONIAL, ST LOUIS, MO 63123

10925   KELLOGG, PHILIP, RT. 3, BOX 242, WIGGINS, MS 39577

10924   KELLOGG, T.J. INC., 4949 STAFFORD ROAD, ROCKFORD, IL 61101

10924   KELLOGS COLLEGE, C/O RITSEMA ASSOC., HASTINGS, MI 49058

10925   KELLON, KARL, 6024 ROSEWIND CIR.W, MEMPHIS, TN 38141

10925   KELLOW, BOBBIE, 2015 CALHOUN ST, HUMBOLDT, TN 38343

10925   KELLOWAY, DAVID, 25 SUNRISE TRAIL, NASHUA, NH 03062

10925   KELLOWAY, RICHARD, 5 OLIVER DR, HUDSON, NH 03051

10925   KELLS, HUGH, 3 LAUREL DRIVE, NEWNAN, GA 30265

10925   KELLUM, BOBBY, PO BOX 7, ALVIN, TX 77512

10924   KELLY & HAYES ELEC. SUPPLY, 49 REMINGTON BLVD., RONKONKOMA, NY 11779

10924   KELLY AIR FORCE BASE, BLDG 1623, 204 LUKE DRIVE, KELLY AIR FORCE BASE, TX 78241-5555

10924   KELLY AIR FORCE BASE, BUILDING 1537, DOOR 66, KELLY AIR FORCE BASE, TX 78241

10924   KELLY AIR FORCE BASE, C/O BAHL, 00145 BILLY MITCHELL ROAD, SAN ANTONIO, TX 78241

10925   KELLY ANN MORRIS, 821 SANDY RIDGE RD, DOYLESTOWN, PA 18901-2430

10925   KELLY HARVEYS WELDING, 124 ROSS DR, CLEARFIELD, UT 84015

10924   KELLY HILL NO. 2 BARRACKS, BUILDING 9069, BILL RICHARDS STREET, FORT BENNING, GA 31905

10925   KELLY III, EARLY, 3362 E. OUTER DR., DETROIT, MI 48234

10925   KELLY JO LIMP, 317 SUMMIT RIDGE DR, GREENWOOD, IN 46142

10925   KELLY MAGOONAUGHS PLOWING, 1307 WEST MAIN ST, OTTAWA, IL 61350

10924   KELLY MOORE PAINT COMPANY, INC., 1015 COMMERCIAL STREET, SAN CARLOS, CA 94070

10925   KELLY PAINT & BODI, INC, 866 YORK ST., N.E., AIKEN, SC 29801

10925   KELLY PIONEER GROUP INC, 1270 AVE OF THE AMERICAS, NEW YORK, NY 10020

10924   KELLY RYAN CONSTRUCTION, 2404 BOYER AVENUE E, SEATTLE, WA 98112

10924   KELLY S.J. CAPOLINO, 219 54TH ST, BROOKLYN, NY 11220

10925   KELLY SERVICES INC, PO BOX 198477, ATLANTA, GA 30384-8477

10925   KELLY SERVICES INC, PO BOX 820405, PHILADELPHIA, PA 19182-0405

10925   KELLY SERVICES, INC, DEPT. 4608, PASADENA, CA 91050-4608

10925   KELLY SERVICES, INC, PO BOX 530437, ATLANTA, GA 30353

10925   KELLY SERVICES, INC, PO BOX 530437, ATLANTA, GA 30353-0437

10925   KELLY SERVICES, INC, PO BOX 7777 C9995, PHILADELPHIA, PA 19175-9995

10925   KELLY SERVICES, INC, PO BOX 820405, PHILADELPHIA, PA 19182-0405

10925   KELLY SUPPLY CO, PO BOX 1328, GRAND ISLAND, NE 68802-1328

10925   KELLY SYSTEMS INCORPORATED, 422 NORTH WESTERN AVE, CHICAGO, IL 60612

10925   KELLY SYSTEMS, 422 N. WESTERN AVE, CHICAGO, IL 60612-1491

10925   KELLY TEMPORARY SERVICES, PO BOX 7777 C9995, PHILADELPHIA, PA 19175

10924   KELLY WILBERT VAULT CO, 906 BAHLS STREET, DANVILLE, IL 61832

10924   KELLY WILBERT VAULT CO, P O BOX 26, URBANA, IL 61801

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KELLY, ALETHA, PO BOX 1, CONESTEE, SC 29636

10925   KELLY, ALICE, 4608 W PENWAY ST, INDIANAPOLIS, IN 46222

10925   KELLY, ALISON, PO BOX 174, PELZER, SC 29669

10925   KELLY, ALOYSIUS, 12123 DONELSON ROAD, ARLINGTON, TN 38002

10925   KELLY, ANDREA, 13 RIVER DRIVE, DANVERS, MA 01923

10925   KELLY, ANDREW, 32 VOGEL ST, WEST ROXBURY, MA 02132

10925   KELLY, ANN, 8522 SPRINGFIELD OAKS DR, SPRINGFIELD, VA 22153

10925   KELLY, ANSEL, PO BOX 416, GREER, SC 29652-0416

10925   KELLY, BARBARA, 13015 MACCORKLE AV, CHESAPEAKE, WV 25315

10925   KELLY, BENNIE, 110 AARON CT, MOORE, SC 29369

10925   KELLY, BENNIE, 1340 LIGHTWOOD KNT RD, WOODRUFF, SC 29388-9129

10925   KELLY, BRENDA, 7710 LARSON AVE, KANSAS CITY, MO 64138

10925   KELLY, BRIAN, 51 B. SOUTH AVE, 624, HARRISONBURG, VA 22801

10925   KELLY, CAROL, 2045 BLUE RIDGE, FINCASTLE, VA 24090

10925   KELLY, CATHERINE, 11717 LANETT RD., PHILADELPHIA, PA 19154

10925   KELLY, CHARLOTTE, 12590 TOULOUSE, HOUSTON, TX 77015

10925   KELLY, CHARLOTTE, PO BOX 71, SHREVE, OH 44676

10925   KELLY, CHRISTINE, 1181 NE 199TH ST, MIAMI, FL 33179

10925   KELLY, CHRISTOPHER, 12719 W. PECK PLACE, BUTLER, WI 53007

10925   KELLY, CHRISTOPHER, 526 BEACON ST, BOSTON, MA 02215

10925   KELLY, DAKIA, 13002 CLOVERLY DRIVE, UPPER MARLBORO, MD 20774

10925   KELLY, DANIEL, 504 S. KENSINGTON, LA GRANGE, IL 60525

10925   KELLY, DOROTHY, BOX 387 RD 1, HAWLEY, PA 18428-9801

10925   KELLY, ELSIE, 7020 108TH ST APT 14G, FOREST HILLS, NY 11375-4435

10925   KELLY, ELSIE, 7020 108TH ST, FOREST HILLS, NY 11375

10925   KELLY, GLAHENA, 918 E CLEMNTS BRIDGE, RUNNEMEDE, NJ 08078

10925   KELLY, GLORIA, 29 DIANE DR, LOTHIAN, MD 20711

10925   KELLY, J, 1802 10TH AVE, NASHVILLE, TN 37208

10925   KELLY, J, 3710 ELKHART, LUBBOCK, TX 79407

10925   KELLY, JAMES, 13 NORDACS ST., TRENTON, NJ 08618

10925   KELLY, JAMES, 2266 CANNON BOTTOM RD, BELTON, SC 29627

10925   KELLY, JAMES, 2374 GRAND AVE, BELLMORE, NY 11710-3308

10925   KELLY, JAMES, 3614 BRADLEY COURT, MCHENRY, IL 60050

10925   KELLY, JAMES, 40 WINDSOR CT, LANSDALE, PA 19446

10925   KELLY, JAMES, 4726 ARBOR DRIVE, 301, ROLLING MEADOWS, IL 60008

10925   KELLY, JANE ANN, 51 EMERSON RD, DURHAM, NH 03824

10925   KELLY, JEFFERY, 6210 SURREY SQ LN, FORRESTVILLE, MD 20747

10925   KELLY, JOAN, 560 HORIZONS WEST, 110, BOYNTON BEACH, FL 33435

10925   KELLY, JOHN, 162 JUDSON ROAD, FAIRFIELD, CT 06430-6667

10925   KELLY, JOHN, 655 WILDWOOD LANE, WEST CHICAGO,, IL 60185

10925   KELLY, JON, 1015 WASHINGTON ST, 20, HOBOKEN, NJ 07030

10925   KELLY, JOSEPH, 204 MOUNTAIN VIEW RD, LANDRUM, SC 29356-9457

10925   KELLY, JOSEPH, C/O DANIEL P. KELLY N69 W13649 RANCH RD, MENOMONEE FALLS, WI 53051

10925   KELLY, JULIA, 2520 RIFLE RANGE RD, KNOXVILLE, TN 37918

10925   KELLY, KAREN, 59 PIONEER TRAIL, MARLBOROUGH, MA 01752

10925   KELLY, KAREN, RT. 2 BOX 655, BRANFORD, FL 32008

10925   KELLY, KATHLEEN M, POBOX 189293, SACRAMENTO, CA 95818

10925   KELLY, KATHLEEN, 324 CAMBRIDGE ROAD, CAMDEN, DE 19934

10925   KELLY, KEVIN, 333 WELLMAN AVE, N CHELMSFORD, MA 01863

10925   KELLY, LEO V, CUST FOR LEO VICTOR KELLY III &, ELISA MAE KELLY UNDER THE, UNIF GIFT MIN
        ACT CA, PO BOX 349, PINOLE, CA 94564-0349

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KELLY, LINDA, 502 S MARKET, SHREVE, OH 44676

10925   KELLY, LISA R, 1619 E 92ND PL, CHICAGO IL, IL 60617

10925   KELLY, LOREN, 29295 W 343RD ST, OSAWATOMIE, KS 66064

10925   KELLY, LURA, PO BOX 279, DAPHNE, AL 36526

10925   KELLY, M, 1189 STEPHEN, CORDOVA, TN 38018

10925   KELLY, MARJORIE, 10 KENT COURT, SOMERVILLE, MA 02143

10925   KELLY, MARTHA, 4 BETTY ROAD, ELIZAVILLE, NY 12523

10925   KELLY, MARY, 7941 W TIFFANY CT, PALOS HILLS, IL 60465

10925   KELLY, MARY, 983 AZALEA CIR, MARIETTA, GA 30062

10925   KELLY, MATTHEW, 480 N SUNNYSIDE AVE, SIERRA MADRE, CA 91024-1019

10925   KELLY, MAUREEN, 8812 SCOTCH HEATHER WAY, CHARLOTTE, NC 28277

10925   KELLY, MAURICE, 47 MONPONSET ST, HYDE PARK, MA 02136

10925   KELLY, MICHELLE, 7020 W BIRCH, BRIDGEVIEW, IL 60455

10925   KELLY, MIKE, 35 HORACE GREELY RD., AMHERST, NH 03031

10925   KELLY, NANCY, 113 W 5TH ST, ANTIOCH, CA 94509

10925   KELLY, NANCY, 3074 CHANNEL DR # 206, VENTURA, CA 93001

10925   KELLY, PAMELA, 1098 GREENVIEW AVE, DES PLAINES, IL 60016

10925   KELLY, PAMELA, 1313 55TH AVE N, ST PETERSBURG, FL 33703

10925   KELLY, PAMELA, 508 TALBOT ST, PINE BLUFF, AR 71601

10925   KELLY, PATRICE, 6 ELM ST, MONUMENT BEACH, MA 02553

10925   KELLY, PATRICIA, 15 PLYMOUTH ST., SEABROOK, NH 03874

10925   KELLY, PATRICIA, 3213 ST. FLORENCE TR., OLNEY, MD 20832

10925   KELLY, PATRICIA, 500-H MARSHALL COURT, FREDERICK, MD 21703

10925   KELLY, PHILLIP, 1214 WESTERN COURT, OWENSBORO, KY 42301

10925   KELLY, R E, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KELLY, RICHARD, 1 VINCENTO ST, MILFORD, MA 01757

10925   KELLY, RICHARD, 32 VOGEL ST, W. ROXBURY, MA 02132

10925   KELLY, RICHARD, ROUTE 1 BOX 245, JONESBORO, LA 71251

10925   KELLY, ROBERT, 26019 CONSIDINE CT, PUNTA GORDA, FL 33983

10925   KELLY, ROBERT, 29 PAYNE DRIVE, WILLIAMSTON, SC 29697

10925   KELLY, ROBERT, 5002 LEVINDALE RD., BALTIMORE, MD 21209

10925   KELLY, ROBERT, 6506 NORTHWEST DR, DES MOINES, IA 50322

10925   KELLY, ROBIN, 366 PARK AVE, ORANGE, NJ 07050

10925   KELLY, ROGER, 368 CEREMONIAL RIDGE, SAN ANTONIO, TX 78258

10925   KELLY, RONALD, 29295 W 343RD ST, OSAWATOMIE, KS 66064

10925   KELLY, ROSEANN, 3050 S BRISTOL N 8L, SANTA ANA, CA 92704-6720

10925   KELLY, SEAN, 5541 PACIFIC BLVD #4101, BOCA RATON, FL 33433

10925   KELLY, SEAN, 5931 S SPAULDING, CHICAGO, IL 60629

10925   KELLY, SHELLEY, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   KELLY, SHELLY, RD #1, BOX 1301, SAYLORSBURG, PA 18353

10925   KELLY, STEVE, 2903 PENDELETON LN, MARIETTA, GA 30064

10925   KELLY, SUZANNE, 4133 FALLS RD., BALTIMORE, MD 21211

10925   KELLY, TERRY, 1466 WEST SUNBURY RD, WEST SUNBURY, PA 16061

10925   KELLY, THERESA, 91-14 VANDERVEER ST, QUEENS VILLAGE, NY 11428

10925   KELLY, THOMAS, 207 E. SHALLOWSTONE RD, GREER, SC 29650

10925   KELLY, THOMAS, 35 VAN NESS AVE, POMPTON PLAINS, NJ 07444

10925   KELLY, THOMAS, 7422 KING GEORGE ROAD, INDIANAPOLIS, IN 46260-0000

10925   KELLY, TIMOTHY, 2809 CHOCTAW, WOODWARD, OK 73801

10925   KELLY, TIMOTHY, 3 KIMBALL CT APT 501, WOBURN, MA 01801

10925   KELLY, TRACY, 5408 S NASHVILLE, CHICAGO, IL 60638

10925   KELLY, TROY, 1205 WILLOW LANE, WELLSVILLE, OH 43968

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KELLY, VERONICA, C/O JOSEPH F. KELLY 70 POWELL AVE., ROCKVILLE CTR, NY 11570 | |
| 10925 | KELLY, VICKI, 18155 MAINE, DETROIT, MI 48234 | |
| 10925 | KELLY, VINCENT, 303 WINDGATE CT, MILLERSVILLE, PA 17551-2100 | |
| 10925 | KELLY, WANDA, 3221 BRENDAN AVE, BALTIMORE, MD 21213 | |
| 10925 | KELLY, WENDY, 3687 N HIAWATHA TR., CRYSTAL RIVER, FL 34428 | |
| 10925 | KELLY, WILLIAM F, 717 DAYSPRING DRIVE, ODENTON, MD 21113 | |
| 10925 | KELLY, WILLIAM, 4010 EVERGREEN VILLAGE COURT, KINGWOOD, TX 77345 | |
| 10925 | KELLY, WILLIAM, 717 DAYSPRING DRIVE, ODENTON, MD 21113 | |
| 10925 | KELLY,HART,& HALLMAN,PC, 201 MAIN, SUITE 2500, FORT WORTH, TX 76102 | |
| 10924 | KELLY-MOORE PAINT COMPANY, 3414 ARMY STREET, SAN FRANCISCO, CA 94110 | |
| 10924 | KELLY-MOORE PAINT COMPANY, INC, 905 W ALAMEDA DR, TEMPE, AZ 85282 | |
| 10925 | KELLYS CHEMICAL SUPPLY, 135 N E 1ST AVE, POMPANO BEACH, FL 33060 | |
| 10925 | KELLYS INDUSTRIAL PHOTOGRAPHY, PO BOX 59, SAN GABRIEL, CA 91778 | |
| 10924 | KELLY'S SYSTEMS SHOP, 3360 INDUSTRIAL RD, HARRISBURG, PA 17110 | |
| 10925 | KELM, A, 4064 LEWEIR, MEMPHIS, TN 38127 | |
| 10925 | KELM, ALEX, 4064 LEWEIR ST, MEMPHIS, TN 38127 | |
| 10924 | KELOWNA S.A., 2488 JURAMENTO 6 PISO, BUENOS AIRES, 01428ARG | *VIA Deutsche Post* |
| 10925 | KELOWNA, SA, C/O ISRAEL DISC. BANK-511 5TH AVE., NEW YORK, NY 10017 | |
| 10925 | KELOWNA, SA, JURAMENTO 2484-6PISO (1428), BUENOS AIRES, 01428ARGENTINA | *VIA Deutsche Post* |
| 10925 | KEL-SAN, INC, PO BOX 52326, KNOXVILLE, TN 37950 | |
| 10925 | KELSAY, MARTHA, 4401 W. 62ND TERRACE, FAIRWAY, KS 66205 | |
| 10925 | KELSCH, PATRICK, # 12 LAKEVIEW APT KEOWEE TRAIL, CLEMSON, SC 29631 | |
| 10925 | KELSEY, ANGELA, 313 MOORE PLACE, BLUE SPRINGS, MO 64015 | |
| 10925 | KELSEY, EDWIN, W9155 SCHOFIELD RD., POYNETTE, WI 53955 | |
| 10925 | KELSEY, JOHN, 10 CRESTMONT RD, MONTCLAIRE, NJ 07042 | |
| 10925 | KELSEY, ROBERT, 22316 11TH AVE S., DES MOINES, WA 98198 | |
| 10925 | KELSEY, TERRY, 2182 WILMINGTON CRCL, MARIETTA, GA 30062 | |
| 10924 | KELSO - BURNETT COMPANY, 3065 SHERIDAN ROAD, ZION, IL 60099 | |
| 10925 | KELSO JR., CHARLES, BOX 41, PETROLIA, TX 76377 | |
| 10925 | KELSO, JOHN L, 120 SUNSET DR, STUARTS DRAFT, VA 24477-9528 | |
| 10925 | KELSO, MARGIE, 8416 ROCKCREED, CORDOVA, TN 38018 | |
| 10925 | KELSO, RAYMOND, 25 SKYLINE TRAIL, S.E., FAIRFIELD, PA 17320 | |
| 10925 | KELSO, SHERRY, ROUTE 16 BOX 748, LUBBOCK, TX 79403 | |
| 10925 | KELSOE, LEWIS, 16225 ARROW BLVD, FONTANA, CA 92335 | |
| 10925 | KELSON, THEODORE, 3110 OAKBRIDGE BLVD. E, 234, LAKELAND, FL 33803 | |
| 10924 | KELSTAR ENTERPRISES, INC., 1050 TAYLORS LANE, RIVERTON, NJ 08077 | |
| 10925 | KELTATIM PUBLISHING COMPANY, PO BOX 130, OLATHE, KS 66051-0130 | |
| 10924 | KELTEC OF OHIO, 1154 SHERMAN ST., AKRON, OH 44301 | |
| 10924 | KELTEC OF OHIO, 1154 SHERMAN STREET, AKRON, OH 44301 | |
| 10924 | KEL-TEC, 1154 SHERMAN STREET, AKRON, OH 44301 | |
| 10924 | KELTEH, 843 SILVER CREST AVE, AKRON, OH 44301 | |
| 10924 | KEL-TEH, CAMBRIDGE, MA 02140 | |
| 10925 | KELTON, REATHA, 1152 ROSS ROAD, ROBERSONVILLE, NC 27871 | |
| 10925 | KELVINATOR COMMERCIAL PRODUCTS ( FR, FRIGIDAIRE COMMERCIAL PRODUCTS DAVI, 707 ROBINS ST, CONWAY, SC 72032 | |
| 10925 | KELZENBERG, ERVIN, 3710 DEER VALLEY DR. A, MARION, IA 52302 | |
| 10925 | KELZER JR., GEORGE, 200 SARAH LANE, 13, SOMERSET, WI 54025 | |
| 10924 | KEM CHEMICAL, 545 S. FULTON AVENUE, MOUNT VERNON, NY 10550 | |
| 10924 | KEM MEDICAL PRODUCTS CORPORATION, 14 ENGINEERING LANE, FARMINGDALE, NY 11735 | |
| 10924 | KEM MEDICAL PRODUCTS CORPORATION, SUITE 108, 1239 NEWPORT CENTER DRIVE EAST, DEERFIELD BEACH, FL 33442 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KEMBEL, DAVID, 151 REED FARM ROAD, BOXBOROUGH, MA 01719

10925    KEMCO SYSTEMS, INC, 11500 47TH ST. N., CLEARWATER, FL 33762

10925    KEMENA, KERRY K., 767 JANE ST, PITTSBURGH, PA 15239

10925    KEMERER, TERRY L, POBOX 25, ERVING, TX 01344

10925    KEMET ELECTRONIC CORP, 1900 BILLY MITCHELL BL, BROWNSVILLE, TX 78521

10925    KEMET ELECTRONICS, 1428 OLD STAGE ROAD, SIMPSONVILLE, SC 29681

10925    KEMET ELECTRONICS, 201 FAIRVIEW ST, FOUNTAIN INN, SC 29644

10925    KEMET ELECTRONICS, 2835 KEMET WAY, SIMPSONVILLE, SC 29681

10925    KEMET ELECTRONICS, CORPORATION, GREENVILLE, SC 29606

10924    KEMIN INDUSTRIES, 2100 MURY RD, DES MOINES, IA 50317

10924    KEMIN INDUSTRIES, INC., 2100 MAURY ST., DES MOINES, IA 50301-0070

10925    KEMIRA INC, PO BOX 101986, ATLANTA, GA 30392

10925    KEMIRA INC, PO BOX 368, SAVANNAH, GA 31402

10925    KEMIRA PIGMENTS INC, PO BOX 101986, ATLANTA, GA 30392

10925    KEMIRA PIGMENTS, PO BOX 368, SAVANNAH, GA 31402

10925    KEMLON PRODUCTS & DEVELOPMENT CO., PO BOX 14666-TR, HOUSTON, TX 77021

10925    KEMLON PRODUCTS & DEVELOPMENT CO., PO BOX 2189, PEARLAND, TX 77588-2189

10925    KEMMERER, TIM, 3114 CHAPEL DR SW, CEDAR RAPIDS, IA 52404

10925    KEMMERLING, KEVIN, 368 E. CHURCH ST, JEFFERSON, WI 53549

10925    KEMMERLING, NORMA, 297 22ND AVE SW, CEDAR RAPIDS, IA 52404

10925    KEMNITZ, LISA, 1513 SUNSET RIDGE DRIVE, WEST BEND, WI 53095

10925    KEMOCK, ROBERT, 4541 OLD OAK ROAD, DOYLESTOWN, PA 18901

10924    KEMP BROTHERS STOCK, WHITTIER, CA 90601

10924    KEMP ELECTRIC SUPPLY, 4201 LEFLER, MIDDLETOWN, OH 45042

10925    KEMP, 1030 CECIL AVE, MILLERSVILLE, MD 21108

10925    KEMP, ANDREW, 91 LAKEVIEW LANE, STOCKBRIDGE, GA 30281

10925    KEMP, BETSY, 45 DURHAM ST, MARIETTA, GA 30064

10925    KEMP, CABARRIS, 2848 BAKER RIDGE DR., ATLANTA, GA 30318

10925    KEMP, CHESTER, PO BOX 44, CEDAR LANE, TX 77415-0044

10925    KEMP, COLIN, 4772 HWY 14 NORTH, GREER, SC 29651

10925    KEMP, DEAN, 55 CORNERSTONE DRIVE, BLANDON, PA 19510

10925    KEMP, DON, 1365 MICHELE DRIVE, PALATINE, IL 60067

10925    KEMP, DUCKETT, HOPKINS & SPRADLEY, 111 CENTER ST., LITTLE ROCK, AR 72201

10925    KEMP, EDNA, 141 S. MADISON, MADISONVILLE, KY 42431

10925    KEMP, EDWARD, 407 1/2 SULLIVAN ST, ELMIRA, NY 14901

10925    KEMP, EUGENE, 43 SOUTH ST, NO ADAMS, MA 01247

10925    KEMP, JAMES H, 1408 MAYFIELD, ROYAL OAK, MI 48067

10925    KEMP, JAMES, 1408 MAYFIELD, ROYAL OAK, MI 48067

10925    KEMP, JOHN, 141 SOUTH MADISON AVE, MADISONVILLE, KY 42431-2413

10925    KEMP, L, 3116 HILLROSE DR., HILLIARD, OH 43026

10925    KEMP, LARRY, 194 WATTS DUNAWAY RD., KOKOMO, MS 39643

10925    KEMP, LISA, 710 PIPER RD, MANSFIELD, OH 44905

10925    KEMP, LYNN, 55 CORNERSTONE DRIVE, BLANDON, PA 19510

10925    KEMP, RALPH, 2471 BUDD ROAD, NEW ALBANY, IN 47150-9998

10925    KEMP, RANDALL, 502 ISSAQUEENA DRIVE, GREER, SC 29651

10925    KEMP, ROCHELLE, 101 FARM ROAD, WINDSOR, NC 27983

10925    KEMP, RONALD, 52 TAYLOR AVE, WATERLOO, NY 13165

10925    KEMP, SHEILA, 4772 HWY 14 NORTH, GREER, SC 29651-9802

10925    KEMPEN, KENNETH, 1017 JORDAN ROAD, DE PERE, WI 54115

10924    KEMPER ARENA, 1800 GENESSEE, KANSAS CITY, MO 64130

10924    KEMPER CARDIAC FAIRVIEW GEN. HOSP., 18101 LORAIN AVE, FAIRVIEW, OH 43736

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KEMPER, GLORIA, 1604 A. STOKES, SAN MARCOS, TX 78666 | |
| 10925 | KEMPER, JANET, 38 CLARKSBURG COURT, ST CHARLES, MO 63304 | |
| 10925 | KEMPF SUPPLY, 5800 LINDBERGH BLVD, PHILADELPHIA, PA 19143 | |
| 10925 | KEMPF, ARLENE, 14917 KNOLSON, LIVONIA, MI 48154 | |
| 10925 | KEMPF, DAVID, 2E DUNSTABLE RD, NASHUA, NH 03060 | |
| 10925 | KEMPF, JOHN, 14917 KNOLSON, LIVONIA, MI 48154 | |
| 10925 | KEMPF, OLIVER, LAKE WILDWOOD, BOX 254, VARNA, IL 61375 | |
| 10925 | KEMPF, ULRICH, 4732 GLENWOOD CIRCLE, EMMAUS, PA 18049 | |
| 10925 | KEMPINSKI, CATHERINE, PO BOX 1332, ROCKY POINT, NY 11778 | |
| 10925 | KEMPKE, KATHLEEN, 18439 N 12TH WAY, PHOENIX, AZ 85022 | |
| 10925 | KEMPKE, LAURIE, 1059 E. NEWARK DRIVE, WEST BEND, WI 53095 | |
| 10925 | KEMPLER, JOSEPH, 4403 KLEE CT, SYKESVILLE, MD 21784 | |
| 10925 | KEMPSKE, SANDRA J, 5603 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | KEMPSKE, SANDRA, 4 HELM COURT, TOWSON, MD 21286 | |
| 10925 | KEMPTHORNE, BRADLEY, 2762 MEADOW FOREST DRIVE, DULUTH, GA 30155-7420 | |
| 10924 | KEMPTON HOTEL, PORTLAND, OR 97227 | |
| 10924 | KEMTEC PETRO CHEMICAL CORP., INC., 11001 ST. CATHERINE, MONTREAL-EST, QC H1B 1S1TORONTO | *VIA Deutsche Post* |
| 10924 | KEMTEC PETRO CHEMICAL CORP., INC., 3500 BROADWAY, KEMTEC PETRO CHEM CORP, IT H1B 5D4UNK | *VIA Deutsche Post* |
| 10925 | KEMUTEC INC., 130 WHARTON ROAD, BRISTOL, PA 19007 | |
| 10924 | KEN BUILDERS SUPPLY, 11443 ENTERPRISE PARK DRIVE, SHARONVILLE, OH 45241 | |
| 10925 | KEN CAMPANALE, 137 SUMMER ST, KINGSTON, MA 02364 | |
| 10924 | KEN COATES, 2001 E. RANDOL MILL #115, ARLINGTON, TX 76011 | |
| 10925 | KEN FERRELL, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | KEN GARNER MANUFACTURING CO, 1201 E. 28TH STREET, CHATTANOOGA, TN 37404 | |
| 10924 | KEN GARNER MANUFACTURING CO., 1201 E. 28TH STREET, CHATTANOOGA, TN 37404 | |
| 10924 | KEN HARTMAN, 7500 GRACE DR. - BLDG. 25, COLUMBIA, MD 21044-4098 | |
| 10925 | KEN NOVAK, 435 GRANITE ST APT 2, QUINCY, MA 02169 | |
| 10924 | KEN PATTERSON, C/O TRUE FIREPROOFING, MESQUITE, TX 75149 | |
| 10925 | KEN R MAGEE &, LISA S MAGEE JT TEN, 5495 BRIARFIELD RD, JACKSON, MS 39211-4132 | |
| 10925 | KEN ROBERTS CORPORATION, 4295 SOUTH ATLANTIC, WILBUR BY THE SEA, FL 32119 | |
| 10925 | KEN S MORRISON, PO BOX 369, PAGOSA SPRINGS, CO 81147-0369 | |
| 10925 | KEN TAINAKA, 2371 ELKINS WY, SAN JOSE, CA 95121-1339 | |
| 10924 | KEN WATTERWORTH INC, 141 AVE OF INDUSTRY, WATERBURY, CT 06705 | |
| 10924 | KEN WATTERWORTH INC, 141 AVENUE OF INDUSTRY, WATERBURY, CT 06705 | |
| 10925 | KEN WELLS, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10924 | KEN WOOD COATINGS, 4750 OTOMI, SAN DIEGO, CA 92117 | |
| 10924 | KENAMETAL-GIS, 3801 ACADEMY PARKWAY, SOUTH NORTHEA, ALBUQUERQUE, NM 87109 | |
| 10924 | KENAMETAL-GIS, PO BOX231, LATROBE, PA 15650 | |
| 10924 | KENAN FLAGLER SCHOOL OF BUSINESS, FOWLER JONES BEERS CONST. CO., CHAPEL HILL, NC 27599 | |
| 10925 | KENARDON M SPINA &, KAREN M SPINA JT TEN, 19944 U S HWY ONE, TEQUESTA, FL 33469-2252 | |
| 10925 | KENCO LOGISTIC SERVICES, PO BOX 1607, CHATTANOOGA, TN 37401 | |
| 10924 | KENCO SAFETY PRODUCTS, RT28 & HURLEY MT. RD., KINGSTON, NY 12401 | |
| 10925 | KENDAL REFINERY PRODUCTS, JACK BECKER, 1745 HAMILTON RD, JACKSONVILLE, FL 32254 | |
| 10925 | KENDAL, JOHN, 31752 BLACK WIDOW DR, CONIFER, CO 80433 | |
| 10924 | KENDALL BAUMANN, 1010 N. BROADWAY, PITTSBURG, KS 66762 | |
| 10925 | KENDALL C. SIMPSON, 4 UPPER NEWPORT PLAZA, NEWPORT BEACH, CA 92660 | |
| 10925 | KENDALL C. SIMPSON, 4 UPPER NEWPORT PLAZA, SUITE 102, NEWPORT BEACH, CA 92660 | |
| 10925 | KENDALL CO A DIV OF TYCO, THE, ATTN CRAIG H CAMPBELL, 28 STATE ST 11TH FL, BOSTON, MA 02109 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KENDALL CO, ONE FEDERAL ST, BOSTON, MA 02110

10925   KENDALL COMPANY, 15 HAMPSHIRE ST., MANSFIELD, MA 02048

10924   KENDALL COUNTY CONCRETE INC., 695 ROUTE 34, AURORA, IL 60504

10924   KENDALL COUNTY CONCRETE, 1255 E. BEECHEM ROAD, BRISTOL, IL 60512

10924   KENDALL COUNTY CONCRETE, 695 RTE 34, AURORA, IL 60504

10924   KENDALL COUNTY CONCRETE, 720 EAST ROUTE 24, PLANO, IL 60545

10925   KENDALL HARDWARE, PO BOX 315, CLARKSVILLE, MD 21029-0315

10924   KENDALL HEALTH CARE, 130 SOUTH MAIN STREET, ORISKANY FALLS, NY 13425

10925   KENDALL SQUARE COLLABORATIVE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KENDALL WIRE INC, 205 BEAVER ST, YORKVILLE, IL 60560

10925   KENDALL, DAVID, 398 W ROBINSON ST, SHREVE, OH 44676

10925   KENDALL, DIANA, 8710 TAMARIND, SAN ANTONIO, TX 78240

10925   KENDALL, DONALD L, 1505 GARY LANE, MODESTO, CA 95355

10925   KENDALL, ROMIE, 228 LAKEVIEW DR. BARKLEY SHORES, CADIZ, KY 42211-9998

10924   KENDALL/ACKERMAN ELECTRIC, 2115 RUST AVE., SAGINAW, MI 48601

10924   KENDALL/ACKERMAN ELECTRIC, 7633 LANAC ST, LANSING, MI 48917

10924   KENDALL/ACKERMAN ELECTRIC, 832 SCRIBNER AVE. NW, GRAND RAPIDS, MI 49504

10924   KENDALL/ACKERMAN ELECTRIC, P.O. BOX 3401, BATTLE CREEK, MI 49016

10925   KENDELL, DELORES, 3240 FAIRMONT ST, STUART, FL 34997

10925   KENDRICK SR., JAMES, PO BOX 152, AUGUSTA, GA 30903

10925   KENDRICK TRUCKING CORP., PO BOX 19097, LOUISVILLE, KY 40219

10925   KENDRICK, BILLY, PO BOX 55, CISCO, GA 30708

10925   KENDRICK, DONNA, 1139 SUTTER ST, SAN DIEGO, CA 92103

10925   KENDRICK, FRANKLIN, 20 BLACK WOOD RD, ASHEVILLE, NC 28804

10925   KENDRICK, GENE, 162 IVY ST, SPARTANBURG, SC 29302-1442

10925   KENDRICK, GLORIA, 11904 WIND FLOWER PL, OKLA CITY, OK 73120

10925   KENDRICK, IRA, 1233 WATER OAKS, MACON, GA 31204

10925   KENDRICK, K, 4100 E FLETCHER APT. C111, TAMPA, FL 33604

10925   KENDRICK, LESLIE, 3132 PIONEER, OKLAHOMA CITY, OK 73107

10925   KENDRICK, MISSY, 569 3RD AVE , #8, NEW YORK, NY 10016

10925   KENDRICK, ORA, 2869 SANTIAGO DR , I, FLORISSANT, MO 63033

10925   KENDRICK, RICHARD, 148 CLOVER ST, STRATFORD, CT 06497

10925   KENDRIX, BOBBIE, 12375 DOUGLAS ROAD, ALPHARETTA, GA 30302

10925   KENDRO LABORATORY PRODUCTS LP, POBOX 530634, ATLANTA, GA 30353-0634

10924   KENDRON ELEMENTARY SCHOOL, PEACHTREE CITY, GA 30269

10925   KENEALY, BARBARA ANN, PO BOX 210104, WOODHAVEN, NY 11421-0104

10925   KENESON, RANDAL, 115 HUNTINGTON, LAFAYETTE, LA 70508

10924   KENISTON CORP., PO BOX245, LEWISTON, ID 83501

10924   KENISTON CORP/ST. JOSEPH'S REGIONAL, 415 6TH ST., LEWISTON, ID 83501

10925   KENISTON, RICHARD, 220 NEWLAND ST, MALDEN, MA 02148-8013

10925   KENJI SAKAUYE, 10090 DOUGHERTY AVE, MORGAN HILL, CA 95037-9350

10925   KENLY, DONNA, 10 GURTEEN CT #302, TIMONIUM, MD 21093

10925   KENNAH, JOHN, BOX 36, KINNEAR, WY 82516

10925   KENNAMETAL INC BUCHANAN INGERSOLL, ROBERT W THOMSON, ONE OXFORD CENTER 301 GRANT ST, 20TH FL, PITTSBURGH, PA 15219-1410

10925   KENNAMETAL INC, PO BOX 360249M, PITTSBURGH, PA 15250

10925   KENNAMETAL, 6015 EAST RANDOLPH ST, LATROBE, PA

10925   KENNAMETAL, INC, 6015 EAST RANDOLPH ST, LOS ANGELES, CA 90040-3486

10925   KENNARD, MICHAEL, 4616 KEMP DR., CHATTANOOGA, TN 37411

10925   KENNEALLY, ALBERT, 13518 W WAGON WHEEL DR, SUN CITY WEST, AZ 85375

10925   KENNEALLY, G, BOX 370 RD #2, ALTAMANT, NY 12009

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KENNEBEC BEAN CO INC, POBOX 219, NORTH VASSALBORO, ME 04962

10925   KENNECOTT COLORADO COAL COMPANY, 5731 STATE HWY 13, MEEKER, CO 81641

10925   KENNECOTT COLORADO COAL, PO BOX 26094, SALT LAKE CITY, UT 84126-0094

10925   KENNECOTT ENERGY COMPANY, 505 SOUTH GILLETTE AVE, PO BOX 3009, GILLETTE, WY 82717-3009

10924   KENNEDY & COMPANY, 1229 OHIO, DES MOINES, IA 50301

10924   KENNEDY & COMPANY, PO BOX8399, DES MOINES, IA 50314

10924   KENNEDY & HEALEY SCHOOLS, SOMERVILLE, MA 02143

10925   KENNEDY COMMUNICATIONS, PO BOX 3874, DANA POINT, CA 92629

10924   KENNEDY CONCRETE INC, 1406 ATLANTA AVE, ORLANDO, FL 32806

10924   KENNEDY CONCRETE INC, 1406 ATLANTA AVENUE, ORLANDO, FL 32806

10924   KENNEDY CONCRETE PROD., PO BOX 119, STATESBORO, GA 30458

10924   KENNEDY CONCRETE PRODUCTS, 500 S. ZETTEROWER AVE., STATESBORO, GA 30459

10924   KENNEDY CONCRETE, HGWY. 48 & 745, BUSHNELL, FL 33513

10924   KENNEDY CONCRETE, PO BOX 491279, LEESBURG, FL 34749

10924   KENNEDY CONCRETE, US 301 & 476, BUSHNELL, FL 33513

10925   KENNEDY COVINGTON LABDELL & HICKMAN, 3300 NCNB PLAZA, CHARLOTTE, NC 28280

10924   KENNEDY DRYWALL WAREHOUSE, 1533 MICHIGAN, DES MOINES, IA 50314

10924   KENNEDY ELECTRIC C/O MEADOW RDG, 100 REDDING ROAD, REDDING, CT 06896

10924   KENNEDY ELECTRIC CO C/O RES. INN, 942 MAIN ST, HARTFORD, CT 06103

10924   KENNEDY ELECTRIC MISSIONARY (PATIO), 52 MISSIONARY ROAD, CROMWELL, CT 06416

10924   KENNEDY ELECTRIC NEWBURGH, 120-126 ANN ST., NEWBURGH, NY 12550

10924   KENNEDY ELECTRIC NEWBURGH, 221-18 MERRICK RD, JAMAICA, NY 11413

10924   KENNEDY ELECTRIC-BRISTOL EASTERN HI, 632 KING STREET, BRISTOL, CT 06010

10925   KENNEDY HYDRAULICS, 725 N TWIN OAKS VALLEY ROAD, SAN MARCOS, CA 92069

10924   KENNEDY INC, 1229 OHIO ST, DES MOINES, IA 50314

10925   KENNEDY KRIEGER INSTITUTE, 707 N. BROADWAY, BALTIMORE, MD 21205

10924   KENNEDY KRIEGER INSTITUTE, BALTIMORE, MD 21214

10924   KENNEDY MASONRY, HALL ROAD, MASON, MI 48854

10925   KENNEDY MATERIAL HANDLING CO., PO BOX 39085, BALTIMORE, MD 21212

10925   KENNEDY MECHANICAL INC, 1 WADLEIGH PLACE, BOSTON, MA 02127

10925   KENNEDY PATRICK OBRIEN &, DORIS L OBRIEN JT TEN, 47 DALEWOOD RD, CLIFTON, NJ 07013-3401

10925   KENNEDY SAND & GRAVEL AND REPAIR CO, 960 MAIN ST, ACTON, MA 01720

10924   KENNEDY SCHOOL, 75 ELM STREET, SOMERVILLE, MA 02143

10925   KENNEDY, ANNE K, 0-66 MORLOT AVE, FAIRLAWN, NJ 07410

10925   KENNEDY, ARLENE, 566 HYDE PARK AVE, ROSLINDALE, MA 02131

10925   KENNEDY, BARBARA, 3317 KEMPTON AVE, OAKLAND, CA 94611

10925   KENNEDY, BILLIE J, 701 GALER ST # 615, SEATTLE, WA 98109-3549

10925   KENNEDY, BILLY, 1804 15TH AVE, FRANKLINTON, LA 70438

10925   KENNEDY, CHRISTINE, 10130 S.W. 91ST TERR, MIAMI, FL 33176

10925   KENNEDY, CHRISTINE, 68 EUTAW ST, EAST BOSTON, MA 02128

10925   KENNEDY, COLLEEN, 2529 N. ORCHARD #1, CHICAGO, IL 60614

10925   KENNEDY, DANIEL, 2231 MEADOWVALE DR., ATLANTA, GA 30345

10925   KENNEDY, DARREU, 8340 LOCUST PL, DUBUN, CA 94568

10925   KENNEDY, DAVID, 107 WALES ST, N ABBINGTON, MA 02351

10925   KENNEDY, DAVID, 16 DEER RUN RD, LITTLETON, MA 01460

10925   KENNEDY, DAVID, 9025 OLD CREEK DR, ELKGROVE, CA 95758

10925   KENNEDY, DELTON, RT. 3, BOX 108, FRANKLINTON, LA 70438

10925   KENNEDY, DENNIS, 6 HONEYMAN DRIVE, SUCCASUNNA, NJ 07876

10925   KENNEDY, DONALD, 320 NORTH MAINT STR, COOPERSBURG, PA 18036

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KENNEDY, DONNA, 115 WEST HIGH ST FL2, SOMERVILLE, NJ 08876 | |
| 10925 | KENNEDY, DORA, 41 MAPLE PLACE, YONKERS, NY 10704-2204 | |
| 10925 | KENNEDY, EDWARD, 7938 DUNHILL CIRCLE APT. 301, BALTIMORE, MD 21244 | |
| 10925 | KENNEDY, GLEN, 14160 N. ALYSSUM WAY, TUCSON, AZ 85737 | |
| 10925 | KENNEDY, HAROLD, 4516 BARNETT RD #1059, WICHITA FALLS, TX 76308 | |
| 10925 | KENNEDY, JAMES ROY, 4000 N HAWTHORNE ST, CHATTANOOGA, TN 37406 | |
| 10925 | KENNEDY, JAMES, 7400 W 127TH ST, PALOS HGTS, IL 60543 | |
| 10925 | KENNEDY, JAMES, RT #1 DOLLY POND RD BOX 262A, BIRCHWOOD, TN 37308 | |
| 10925 | KENNEDY, JERRY, 4409 MURRAY HILLS DR, CHATTANOOGA, TN 37416 | |
| 10925 | KENNEDY, JERRY, 4409 MURRAY HILLS DR., CHATTANOOGA, TN 37416 | |
| 10925 | KENNEDY, JODIE, 286 A SUMMER ST, SOMERVILLE, MA 02144 | |
| 10925 | KENNEDY, JOHN, 214 CHEYENNE DR, SIMPSONVILLE, SC 29680 | |
| 10925 | KENNEDY, JR, JACOB, 2910 VERMONT AVE, BALTIMORE, MD 21227 | |
| 10925 | KENNEDY, KEITH, 1914 COLONY PK. RD., AUGUSTA, GA 30909 | |
| 10925 | KENNEDY, KEITH, 2352 20TH AVE, VERO BEACH, FL 32960 | |
| 10925 | KENNEDY, KEITH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KENNEDY, KIMBERLY, 6208 SUNDOWN DR, FORT WORTH, TX 76114-3127 | |
| 10925 | KENNEDY, LAUREN, 1813 TERMINO AVE, LONG BEACH, CA 90815 | |
| 10925 | KENNEDY, LINDA, 36 KAREN PLACE, EDISON, NJ 08817 | |
| 10925 | KENNEDY, LISA, 18 RANDALL RD, MAYNARD, MA 01754 | |
| 10925 | KENNEDY, MARK W, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KENNEDY, MARK, 5 LUCAYA CIRCLE, WILMINGTON, MA 01887 | |
| 10925 | KENNEDY, MARY, 2790 AZUZA WAY, RENO, NV 89502 | |
| 10925 | KENNEDY, MARY, PO BOX 261, FORESTDALE, MA 02644 | |
| 10925 | KENNEDY, MAUREEN, 8420 OAKBUSH TERR., COLUMBIA, MD 21045 | |
| 10925 | KENNEDY, MICHAEL, 103 WOODHILL DR, EASLEY, SC 29640 | |
| 10925 | KENNEDY, MICHAEL, 2907 117 ST, TOLEDO, OH 43611 | |
| 10925 | KENNEDY, MICHAEL, 6 PINE GROVE AVE, BILLERICA, MA 01821 | |
| 10925 | KENNEDY, NETTIE, 8124 WINTHROP ST, PHILADELPHIA, PA 19136 | |
| 10925 | KENNEDY, PAMELA, 3106 DELL BROOKE, LOUISVILLE, KY 40220 | |
| 10925 | KENNEDY, PATRIC, 1705 QUAIL VALLEY, IOWA PARK, TX 76367 | |
| 10925 | KENNEDY, PATRIC, 903 VAN HORN, IOWA PARK, TX 76367 | |
| 10925 | KENNEDY, PATRICK, 1434 BILOXI LANE, BEECH GROVE, IN 46107-2512 | |
| 10925 | KENNEDY, PAUL, 595 SUMMER ST, LYNNFIELD, MA 01940 | |
| 10925 | KENNEDY, PAULA, 3297 WORTHAM RD, MILLINGTON, TN 38053 | |
| 10925 | KENNEDY, RALPH, 1709 ROSEWOOD, ODESSA, TX 79761 | |
| 10925 | KENNEDY, ROBERT, 4400 W MISSOURI AVE, LOT 150, GLENDALE, AZ 85301-6420 | |
| 10925 | KENNEDY, ROBERT, 465 N.MARTEL AVE, LOS ANGELES, CA 90036 | |
| 10925 | KENNEDY, SHARON, 836 GETTYSBURG DR #3, BOURBONNAIS, IL 60914 | |
| 10925 | KENNEDY, STORMY, 2407 GIBSONIA GALLOWAY ROAD, LAKELAND, FL 33808 | |
| 10925 | KENNEDY, SYLETHA, 3225 JACKSON ST, HAPEVILLE, GA 30354 | |
| 10925 | KENNEDY, THELMA, 909 CRAIG, MOORE, OK 73160 | |
| 10925 | KENNEDY, THOMAS, 1403 PLANTATION DR, SIMPSONVILLE, SC 29681 | |
| 10925 | KENNEDY, TINA, 263 DUNLEITH DR, DESTRAHAN, LA 70047 | |
| 10925 | KENNEDY, VICTOR, 1120 HEUSTIS ST., MOBILE, AL 36605 | |
| 10925 | KENNEDY, VICTOR, 30 PATTI DRIVE, GREENVILLE, SC 29611 | |
| 10925 | KENNEDY, W, 1406 EAST 8TH, CUSHING, OK 74023 | |
| 10925 | KENNEDY-WALKER, MARY, 5029 OLD HAVER, GRAND BLANC, MI 48439 | |
| 10925 | KENNEFIC, JULIE, 9447 FOUNTAIN BLEAU, MIAMI, FL 33172 | |
| 10925 | KENNEFORD, BONNIE, 11773 BURL DR, FONTANA, CA 92335 | |
| 10925 | KENNEMER, RUBY, 1225 NORWOOD, DEER PARK, TX 77536 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 KENNEMORE, DANIEL, 16811 CARRACK TURN, FRIENDSWOOD, TX 77546

10925 KENNER E ASHBY, 6902 BROOKS RD, HIGHLAND, MD 20777-9540

10924 KENNER POLICE STATION, 1419 DANVILLE STREET, KENNER, LA 70062

10925 KENNER WELDING, INC, 1115 PORTER ST, GRETNA, LA 70053

10925 KENNER, DONALD, RT. #1 BOX 150, CALIFORNIA, KY 41007

10925 KENNER, GARY, 6405 RYAN AVE, ELKRIDGE, MD 21076

10925 KENNER, TODD, 14319 SOUTH SALINA LANE, DRAPER, UT 84020

10925 KENNERTY, WILLIAM, 2220 WEEPOLOW TRAIL, CHARLESTON, SC 29407-9663

10925 KENNETH & JACQUELINE KUDRICK, 245 CENTER SQUARE RD, SWEDESBORO, NJ 08085

10925 KENNETH A KIPPENBROCK, 1074 TIMBERVALLEY CT, CINCINNATI, OH 45233-4577

10925 KENNETH A REICH EDWARDS & ANGELL, 101 FEDERAL ST, BOSTON, MA 02110

10925 KENNETH A SUITS, 8341 MILLER TRL, HILLSBORO, IL 62049-4005

10925 KENNETH ALAN WOOLFORD, 141 MONKSFIELD WAY, SLOUGH BERKSHIRE, SL2 1QJUNITED KINGDOM    *VIA Deutsche Post*

10925 KENNETH B DEVOS, 47 YUCCA ROAD, FREDERICKSBURG, TX 78624-7249

10925 KENNETH B FREEMAN &, DORIS J FREEMAN JT TEN, 706 O PHELAN LANE, GARLAND, TX 75044-3457

10925 KENNETH B LOMAN, 55 HAYDEN AVE, LEXINGTON, MA 02143

10925 KENNETH B NELSON, 31 SPRING ST APT B, MECHANIC FALLS, ME 04256

10925 KENNETH B REAR, 12 SCHAEFER CIRCLE, HUDSON, NH 03051-5405

10925 KENNETH BAKER, BOX 206, BALDWIN, MI 49304-0206

10925 KENNETH BURCH, HWY 221, ENOREE, SC 29335

10925 KENNETH C ENGLAND, 1839 JACK NICKLAUS, EL PASO, TX 79935-3009

10925 KENNETH C HOCK, 7301 DUNLEITH CT, CINCINNATI, OH 45243-2005

10925 KENNETH C HOVER,PHD,PE, 120 LANSINGVILLE RD., LANSING, NY 14882

10925 KENNETH C LINK, 11504 WESTWOOD PL, CROWN POINT, IN 46307

10925 KENNETH C MURPHY, 2819 EPWORTH LANE, OWENSBORO, KY 42303-1647

10925 KENNETH C. CRADDOCK, 530 EAST 84TH ST, NEW YORK, NY 10028

10924 KENNETH CROWL, 1 "E" STREET, ELYSBURG, PA 17824

10925 KENNETH D JENKINS, PO BOX 731, STUART, FL 34995-0731

10925 KENNETH D O CONNELL, 8742 MCCARTY RENEH DR, SAN JOSE, CA 95135-2157

10925 KENNETH DOMKE, 16202 S HOMAN, MARKHAM, IL 60426

10925 KENNETH E GARDE, 10 STONECREST DR, NEW WINDSOR, NY 12553-7126

10925 KENNETH E HYDE, 4633 AQUA DR, MARCELLUS, NY 13108-1003

10925 KENNETH E MARTINAK, 9911 LOGGERS TRAIL CT, HOUSTON, TX 77040-1820

10924 KENNETH E. COWAN CIVIC CENTER, 500 EAST ELM, LEBANON, MO 65536

10925 KENNETH ELLIOT WILLIAMS JR &, JUDITH ANNE WILLIAMS JT TEN, 40 ELM ST, ADAMS, MA 01220-2146

10925 KENNETH EUGENE BLACKLEDGE &, ARLISS JANE BLACKLEDGE JT TEN, 1414 E STATE ST, ALGONA, IA 50511-3027

10925 KENNETH F KROEGER, 525 HAMILTON, STERLING, CO 80751-3607

10925 KENNETH F LATOURETTE, 69-15 66ST GLENDALE, NEW YORK, NY 11385-6503

10925 KENNETH F SULLIVAN CO, 1314 EMIL ST, MADISON, WI 53713

10925 KENNETH F TROUP AS CUSTODIAN FOR, REBECCA L TROUP UNDER THE, OHIO TRANSFERS TO MINORS ACT, 7836 KINGS RIDGE CIRCLE, FAIRBORN, OH 45324-1863

10925 KENNETH F TROUP CUST ADAM N, TROUP UNIF GIFT MIN ACT OH, 7836 KINGS RIDGE CIRCLE, FAIRBORN, OH 45324-1863

10925 KENNETH F TROUP, 7836 KINGS RIDGE CIRCLE, FAIRBORN, OH 45324-1863

10925 KENNETH FELLER, BOX 55, CLAYTONVILLE, IL 60926

10925 KENNETH FICEK &, FRANCES J FICEK JT TEN, BOX 328, DICKINSON, ND 58602-0328

10924 KENNETH G GILMAN, ESQ, GILMAN AND PASTOR, LLP, ONE BOSTON PLACE, 28TH FLOOR, BOSTON, MA 02108

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KENNETH G OKOLOWITZ & PATRICIA, A OKOLOWITZ TEN COM, 3216 CAROLINE DR, JOLIET, IL 60435-1110

10925    KENNETH G SCHOTT, 4809 ALPHONSE, METAIRIE, LA 70006-1104

10925    KENNETH G SPECKERT DOROTHY R, SPECKERT TR UA APR 20 94, KENNETH G SPECKERT & DOROTHY R, SPECKERT REVOCABLE LIVING TRUST, 5008 MATTIS RD, SAINT LOUIS, MO 63128-27

10925    KENNETH H BUSCHHORN, 1270 STOCKTON DR, NORTH BRUNSWICK, NJ 08902-3136

10925    KENNETH H FELDMAN, 1590 ANDERSON AVE APT 11-F, FORT LEE, NJ 07024-2709

10925    KENNETH H ROBBINS &, R MARGARET ROBBINS JT TEN, 4424 IVY ST, SPRINGFIELD, OR 97478-7541

10925    KENNETH H WINTEROWD &, LAURA M WINTEROWD JT TEN, 1004 HICKORY COURT, BLUE SPRINGS, MO 64015-4513

10925    KENNETH H. DOWELL, 4415 WINDSONG WAY, OKLAHOMA CITY, OK 73120

10925    KENNETH HOSKINS, 208 DURHAM MILL RD., PICKENS, SC 24671

10925    KENNETH HOWARD KAISER &, MARJORIE WITHERSPOON KAISER, TR UA FEB 18 00, THE KAISER TRUST, 5213 WESTRIDGE RD RTE 2, BISHOP, CA 93514-7105

10925    KENNETH J CAMPISI &, ORLANDO J CAMPISI, JT TEN, 2 TESSIER DR, ANDOVER, MA 01810-4409

10925    KENNETH J MEULEMANS, 5128 TRACY AVE, KANSAS CITY, MO 64110-2516

10925    KENNETH J ORY, PO BOX 29568, NEW ORLEANS, LA 70189-0568

10925    KENNETH J STIER, 111 COURT ST APT 4R, BROOKLYN, NY 11201-5636

10925    KENNETH J. YUHAS, 440 BENNETT CERF DR., WESTMINSTER, MD 21157

10925    KENNETH K TWICHEL, BOX 569, WHITE SULPHUR SPRGS, MT 59645-0569

10925    KENNETH L CARR, 6606 MARSHALL BLVD, LITHONIA, GA 30058

10925    KENNETH L DALSTED &, ANNE K DALSTED JTWRS JT TEN, 419 19TH AVE NE, JAMESTOWN, ND 58401-3853

10925    KENNETH L DZIOBA, PMB #260 2212 QUEEN ANNE AVE N, SEATTLE, WA 98109-3160

10925    KENNETH L GRAHAM, 2330 SHADY OAKS DR, LOGANVILLE, GA 30052-8974

10925    KENNETH L LINCOLN, 5 MARBEE ROAD, ROCKPORT, MA 01966-1743

10925    KENNETH L VERMILLION, 7858 SO HARLEM LOT 55, BRIDGEVIEW, IL 60455-1564

10925    KENNETH L WHETSTONE &, DOROTHY A WHETSTONE JT TEN, 163 LILAC CIRCLE, HERCULES, CA 94547-1038

10924    KENNETH LYNCH & SONS, 84 DANBURY ROAD, WILTON, CT 06897

10924    KENNETH LYNCH & SONS, P. O. BOX 488, WILTON, CT 06897-0488

10925    KENNETH M BENICH, 7217 NEW JERSEY, HAMMOND, IN 46323-2806

10925    KENNETH MADY, 3 WARNER CT, HUNTINGTON, NY 11743-5829

10925    KENNETH N JENQUIN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925    KENNETH NIGRO, 1803 NORTH FOREST HILL PL, DANVILLE, CA 94526-5611

10925    KENNETH NIGRO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10924    KENNETH P. EDWARDS, INC., 1580 FIFTH AVE., BAY SHORE, NY 11706

10925    KENNETH PAUL RAEDER &, BLANCA JULIANA RAEDER JT TEN, 10108 DECKHAND DRIVE, BURKE, VA 22015-3933

10925    KENNETH R ANDERSON &, OPAL ANDERSON JT TEN, 3009 SHERIDAN ST, DAVENPORT, IA 52803-1137

10925    KENNETH R GRACE &, BETH A GRACE JT TEN, 4 CASTLE DR, POTSDAM, NY 13676-1611

10925    KENNETH R PATRICK, 729 CHEROKEE TRAIL, ROSSVILLE, GA 30741-2103

10925    KENNETH R REAVES, 4705 COMITA AVE, FT WORTH, TX 76132-1507

10925    KENNETH REAGAN MAGEE, 5495 BRIARFIELD RD, JACKSON, MS 39211-4132

10925    KENNETH ROBERT WOOD, PO BOX 855, LOS GATOS, CA 95031-0855

10925    KENNETH SHADDEN, 4616 PINE ST RUSTIC VILLAGE APTS, CHATTANOOGA, TN 37416-4003

10925    KENNETH SO, 3437 CABRILLO ST, SAN FRANCISCO, CA 94121-3415

10925    KENNETH SPEYER &, MARGOT SPEYER JT TEN, 456 MULBERRY LANE, RACINE, WI 53402-3534

10925    KENNETH TECHNOLOGY, 9 BACORN RD., FLEMINGTON, NJ 08822-3211

10925    KENNETH U LEHMAN, 7292 GLADES PIKE, SOMERSET, PA 15501-3801

10925    KENNETH W FONE, PO BOX 719, DENMARK, ME 04022

10925    KENNETH W. SIGLEY, PO BOX 770907, STEAMBOAT SPRINGS, CO 80477

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KENNETH WALTER, RFD, GRAND RIDGE, IL 61325 | |
| 10924 | KENNETT CONC, P O BOX 70, KENNETT, MO 63857 | |
| 10924 | KENNETT CONCRETE, NORTH BY PASS, KENNETT, MO 63857 | |
| 10924 | KENNETT CONCRETE, P O BOX 70, KENNETT, MO 63857 | |
| 10924 | KENNEWICK GENERAL HOSPITAL, KENNEWICK, WA 99336 | |
| 10924 | KENNEWICK HIGH SCHOOL #3, KENNEWICK, WA 99336 | |
| 10925 | KENNEY, CAROL, 6 MONTCALM ST, MANCHESTER, NH 03102 | |
| 10925 | KENNEY, DENNIS, 4328 WHITSETT AVE., STUDIO CITY, CA 91604 | |
| 10925 | KENNEY, EILEEN, 18 HAWTHORNE TRAIL, ANDOVER, NJ 07821 | |
| 10925 | KENNEY, LESLIE, 19 HEYWOOD ST, SHREWSBURY, MA 01545 | |
| 10925 | KENNEY, MARTIN, 11938 ANN ST, BLUE ISLAND, IL 60406 | |
| 10925 | KENNEY, MICHAEL, 1267 N ALBERTSON AVE, COVINA, CA 91722-1563 | |
| 10925 | KENNEY, MICHAEL, 1612 RUIDOSAA, WICHITA FALLS, TX 76305 | |
| 10925 | KENNEY, PETER, 8 BEARDSLEY ST, FAIRPORT, NY 14450 | |
| 10925 | KENNEY, RICHARD, 622 N. PLUMER, TUCSON, AZ 85719 | |
| 10925 | KENNEY, ROBERT, 511 GIRARD SE, ALBUQUERQUE, NM 87106 | |
| 10925 | KENNEY, STEVE, 4054 A CLUB DRIVE, ACWORTH, GA 30101 | |
| 10925 | KENNEY, STEVEN, 4054 BAY CLUB DR, ACWORTH, GA 30101 | |
| 10925 | KENNGOTT, ARTHUR, 5 BAMBERG DRIVE, WOBURN, MA 01801-3523 | |
| 10925 | KENNINGTON, CONNIE, 102 BLUE RIDGE DRIVE, FOUNTAIN INN, SC 29644 | |
| 10924 | KENNITH P.EDWARDS INC., 1580 5TH AVE, BAY SHORE, NY 11706 | |
| 10925 | KENNON, JAMES, 1620 S KISSENGEN AVE, BARTOW, FL 33830 | |
| 10924 | KENNY MANTA INDUSTRIAL SERVICES, 5233 HOHMAN AVE, HAMMOND, IN 46320 | |
| 10925 | KENNY PIPE & SUPPLY INC, PO BOX 78159, NASHVILLE, TN 37207-8159 | |
| 10925 | KENNY, BRIAN, 13 HUDSON ROAD EAST, IRVINGTON, NY 10533 | |
| 10925 | KENNY, DAVID, 46 SOUTHWICK ST, ST THOMAS, ON N5R 3S1CANADA | *VIA Deutsche Post* |
| 10925 | KENNY, MARTHA, 2075 S.W. 72ND AVE., DAVIE, FL 33317 | |
| 10925 | KENNY, MARTIN, 332 COPELAND ST, QUINCY, MA 02169 | |
| 10925 | KENNY, MICHAEL, 2170 DEXTER, INDIANAPOLIS, IN 46202 | |
| 10925 | KENNY, SANDRA, POBOX 355, GLENROCK, WY 82637 | |
| 10925 | KENNY, SARA, 1536 CENTRAL AVE, OCEAN CITY, NJ 08226-3155 | |
| 10925 | KENNY, SUSAN, 109 EIGHT AVE, BARTLETT, IL 60103 | |
| 10925 | KENNY, WILLIAM, 453 E 78TH ST, NEW YORK, NY 10021 | |
| 10924 | KENO SPORTS PARK, COX PLASTERING, TUCSON, AZ 85713 | |
| 10925 | KENOSHA AUTO TRANSPORT CORP, JEFFREY P CLARK, | |
| 10925 | KENOSHA AUTO TRANSPORT CORP, ROBERT M GREEN, | |
| 10924 | KENOSHA HOSPITAL/MEDICAL CENTER, C/O WILKIN INSULATION, 6308 8TH AVENUE, KENOSHA, WI 53140 | |
| 10925 | KENRICH CHEMICAL, 140 EAST 22ND ST, BAYONNE, NJ 07002-0032 | |
| 10925 | KENRICH PETROCHEMICALS INC, 140 EAST 22ND ST, BAYONNE, NJ 07002-0032 | |
| 10924 | KENRICH PETROCHEMICALS, 140 EAST 22ND STREET, BAYONNE, NJ 07002-0032 | |
| 10924 | KENRICH PETROCHEMICALS, PO BOX 32, BAYONNE, NJ 07002-0032 | |
| 10924 | KENRICH, 1771 E. FLAMINGO ROAD, LAS VEGAS, NV 89119 | |
| 10924 | KEN'S REDI MIX, 6-14406 N. SAGINAW, CLIO, MI 48420 | |
| 10924 | KEN'S REDI MIX, 8016 S STATE RD, GOODRICH, MI 48438 | |
| 10924 | KEN'S REDI MIX, P.O. BOX 399, GOODRICH, MI 48438 | |
| 10924 | KEN'S REDI MIX, P.O.BOX 399, GOODRICH, MI 48438 | |
| 10925 | KENS TIRE SERVICE INC., 4690 ASHLEY DRIVE, HAMILTON, OH 45011 | |
| 10924 | KENSEAL CONSTRUCTION PRODUCTS CORP., 34-10 BORDEN AVENUE, LONG ISLAND CITY, NY 11101 | |
| 10925 | KENSEAL CONSTRUCTION PRODUCTS, 1008 RUSSELL ST., BALTIMORE, MD 21230 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   KENSEAL CONSTRUCTION PRODUCTS, 1008 RUSSELL STREET, BALTIMORE, MD 21230

10924   KENSEAL CONSTRUCTION PRODUCTS, 10501 TUCKER ST., BELTSVILLE, MD 20705

10924   KENSEAL CONSTRUCTION PRODUCTS, 10501 TUCKER STREET, BELTSVILLE, MD 20705

10924   KENSEAL CONSTRUCTION PRODUCTS, 14231 WILLARD ROAD #100, CHANTILLY, VA 22021

10924   KENSEAL CONSTRUCTION PRODUCTS, 1540 DELMAR DRIVE, FOLCROFT, PA 19032

10924   KENSEAL CONSTRUCTION PRODUCTS, 1702 INDUSTRIAL HWY. AT RT. 130, CINNAMINSON, NJ 08077

10924   KENSEAL CONSTRUCTION PRODUCTS, 1920F STARITA ROAD, CHARLOTTE, NC 28206

10924   KENSEAL CONSTRUCTION PRODUCTS, 19-25 COLUMBIA ST, ORANGE, NJ 07052

10924   KENSEAL CONSTRUCTION PRODUCTS, 19-25 COLUMBIA STREET, WEST ORANGE, NJ 07052

10924   KENSEAL CONSTRUCTION PRODUCTS, 2116 MONUMENTAL ROAD SUITE #414, BALTIMORE, MD 21227

10924   KENSEAL CONSTRUCTION PRODUCTS, 34-10 BORDEN AVE, LONG ISLAND CITY, NY 11101

10924   KENSEAL CONSTRUCTION PRODUCTS, 34-10 BORDEN AVENUE, LONG ISLAND CITY, NY 11101

10924   KENSEAL CONSTRUCTION PRODUCTS, 5269 CLEVELAND STREET, VIRGINIA BEACH, VA 23462

10924   KENSEAL CONSTRUCTION PRODUCTS, 673 FIRST AVENUE, WEST HAVEN, CT 06516

10924   KENSEAL CONSTRUCTION PRODUCTS, 915 MASSACHUSETTS AVENUE, BOSTON, MA 02118

10924   KENSEAL CONSTRUCTION, **DELETE**, BOSTON, MA 02118

10925   KENSEAL, 34-10 BORDEN AVE, LONG ISLAND CITY, NY 11101

10925   KENSEAL, 69 SHIRLEY ST, BOSTON, MA 02119-3035

10925   KENSLOW, KRISTINE, 1107 PENOAK COURT, EULESS, TX 76040

10925   KENT ALAN SAVAGE, 9528 LEMORAN AVE, DOWNEY, CA 90240-3005

10924   KENT BLDG., 560 W. WASHINGTON AVE., BRIDGEPORT, CT 06604

10924   KENT BUILDING, 560 N. WASHINGTON AVE., BRIDGEPORT, CT 06601

10924   KENT COUNTY COURTHOUSE, 180 OTTOWAH AVENUE, GRAND RAPIDS, MI 49503

10924   KENT COUNTY INTERNATIONAL AIRPORT, 5500 44TH STREET S.E., GRAND RAPIDS, MI 49512

10924   KENT COUNTY PAINTING COMPANY, 1700 1ST STATE BOULEVARD, NEWPORT, DE 19804

10924   KENT COUNTY PAINTING COMPANY, 1700 FIRST STATE BOULEVARD, STANTON, DE 19804

10924   KENT COUNTY PAINTING, PO BOX 3042, NEWPORT, DE 19804

10924   KENT DATACOM, 6757 LAS POSITAS RD #B, LIVERMORE, CA 94550

10925   KENT H LANDSBERG CO, FILE # 12226, LOS ANGELES, CA 90074-2226

10924   KENT H. LANDSBERG CO., CAMBRIDGE, MA 02140

10925   KENT HENSHAW &, NANCY HENSHAW JT TEN, 3830 PRINCE WILLIAM PKWY, WOODBRIDGE, VA 22192

10924   KENT HIGH SCHOOL, 21401 SE 300, KENT, WA 98042

10925   KENT INDUSTRIAL INC, 1231 EDINGER AVE, TUSTIN, CA 92780

10924   KENT JR. HIGH SCHOOL, 17011 SE 184TH ST., KENT, WA 98031

10924   KENT LANDBERG, 1180 SPRING ST, RIVERSIDE, CA 92507

10924   KENT LANDSBERG CO, 5110 B FULTON IND BLVD., ATLANTA, GA 30331

10924   KENT LANDSBERG, 1640 GREENWOOD AVE., MONTEBELLO, CA 90640

10924   KENT LANDSBERG, 1640 S. GREENWOOD AVE., MONTEBELLO, CA 90640

10924   KENT LANDSBERG, 660 NO TWIN OAKS VALL RD, SAN MARCOS, CA 92069

10924   KENT LANDSBURG, 2100 B EAST VALINCIA, FULLERTON, CA 92631

10924   KENT LANDSBURG, 31067 SAN CLEMENTE, HAYWARD, CA 94544

10924   KENT STATE UNIVERSITY, C/O AKRON INSULATING CO., 1985 MANCHESTER BLVD, AKRON, OH 44314

10925   KENT STATE UNIVERSITY, EXECUTIVE OFFICES 2ND FL, KENT, OH 44242-0001

10925   KENT, ANGELA, 200 KENSINGTON RD, TAYLORS, SC 29687

10925   KENT, ERIC, 2101 N HUDSON #25, CHICAGO, IL 60614

10925   KENT, EUNICE R, 19 N ITHAN ST, PHILA PA, PA 19139

10925   KENT, JAMES, 6901 W WAUNAKEE CIRCLE, MEQUON, WI 53092

10925   KENT, JAMES, 811 STEWARD LANE, WEST CHESTER, PA 19382

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 KENT, ROBIN, RR2 BOX 173A, MILLERTON, PA 16936

10925 KENT, WILMER, 3695 CASCADE ROAD #1202, ATLANTA, GA 30331

10925 KEN-TENN COATING COMPANY INC, POBOX 692, CORBIN, KY 40701

10925 KENTERA, CHRISTINA, 3847 EAST BROCKBANK DR, SALT LAKE CITY, UT 84124

10925 KENTEX CORPORATION, 1718 BROADWAY ST, REDWOOD CITY, CA 94053

10925 KENTILE FLOOR INC., KENDRICK & GORMLEY, PO BOX 98, ABINGTON, MA 02351-0098

10925 KENTON CO. WATER DISTRICT NO.1, 3049 DIXIE HWY, COVINGTON, KY 41017-0010

10924 KENTON PLACE, 1105 N CHURCH STREET, CHARLOTTE, NC 28206

10925 KENTON, GREGORY, 322 COVIL AVE., WILMINGTON, NC 28403

10925 KENTUCKY ATTY GENERAL, ATTN: ALBERT BENJAMIN CHANDLER, STATE CAPITOL, ROOM 116, FRANKFORT, KY 40601

10925 KENTUCKY CHAMBER OF COMMERCE, PO BOX 817, FRANKFORT, KY 40602

10925 KENTUCKY COLONEL, PO BOX 19663, LOUISVILLE, KY 40259

10924 KENTUCKY CONCRETE PIPE CO, 3615 KRAMERS, LOUISVILLE, KY 40216

10925 KENTUCKY CONTAINER SERVICE INC., PO BOX 4574, LOUISVILLE, KY 40204-4574

10925 KENTUCKY DEPT FOR ENV PROTECTION, ROBERT LOGAN COMMISSIONER, FRANKFORT OFFICE PARK, 14 REILLY ROAD, FRANKFORT, KY 40601

10925 KENTUCKY DEPT OF ENV PROTECTION, ROBERT LOGAN COMMISSIONER, 14 REILLY ROAD, FRANKFORT OFFICE PARK, FRANKFORT, KY 40601

10925 KENTUCKY DEPT OF ENVIR PROTECTION, 14 REILLY ROAD, FRANKFORT, KY 40601

10925 KENTUCKY FRIED CHICKEN, 447 N HARPER ST, LAURENS, SC 29360

10925 KENTUCKY LEGIONNAIRE, 1389 US 127 SOUTH SUITE C, FRANKFORT, KY 40601-4385

10925 KENTUCKY N R & ENV PROTECTION CAB, FRANKFORT OFFICE PARK, 14 REILLY ROAD, FRANKFORT, KY 40601

10925 KENTUCKY NAT RESOURCES & ENV PROT CABINET COMMO, GLENNA JO CURRY LEGAL SVCS, FIFTH FL CAPITAL PLAZA TOWER, FRANKFORT, KY 40601

10925 KENTUCKY NATURAL RESOURCES & ENVIRONMENTAL PROTECT, CAPITAL PLAZA TOWER, FRANKFORT, KY 40601

10924 KENTUCKY POOL SUPPLY INC., 5860 MAIN ST., CLAY CITY, KY 40312

10924 KENTUCKY POOL SUPPLY, PO BOX 53, CLAY CITY, KY 40312

10924 KENTUCKY POWER CO., PO BOX 24400, CANTON, OH 44701-4400

10924 KENTUCKY PRECAST, 3641 CENTRAL PIKE, HERMITAGE, TN 37076

10925 KENTUCKY READY MIXED CONCRETE, 1 HMB CIRCLE, FRANKFORT, KY 40601-5376

10925 KENTUCKY READY MIXED, 1 HMB CIRCLE, FRANKFORT, KY 40601

10924 KENTUCKY SPEEDWAY, STATE ROUTE 35 NORTH, SPARTA, KY 41086

10925 KENTUCKY STATE TREASURER, 14 REILLY ROAD, FRANKFORT, KY 40601

10925 KENTUCKY STATE TREASURER, 35-36 FOUNTAIN PLACE, FRANKFORT, KY 40601

10925 KENTUCKY STATE TREASURER, BOONE NATIONAL GUARD CENTER, FRANKFORT, KY 40601-6168

10925 KENTUCKY STATE TREASURER, PO BOX 718, FRANKFORT, KY 40602-0718

10925 KENTUCKY STATE TREASURER, REPONSE COMMISSION, EOC BLDG, BOONE NATIONAL GUARD CTR, FRANKFORT, KY 40601-6168

10925 KENTUCKY STATE TREASURER, REVENUE CABINET, FRANKFORT, KY 40619

10925 KENTUCKY TRANSPORTATION CENTER, 140 CEKTC BLDG, LEXINGTON, KY 40506-0281

10925 KENTUCKY UTILITIES CO, PO BOX 14242, LEXINGTON, KY 40512-4242

10925 KENTUCKY UTILITIES, PO BOX 369, POWDERLY, KY 42367

10925 KENTUCKY WESLEYAN COLLEGE, 3000 FREDERICA ST, OWENSBORO, KY 42302-1039

10925 KENTUCKY-TENNESSEE CLAY COMPANY, 1441 DONELSON PIKE, NASHVILLE, TN 37217

10924 KENTWOOD COMMUNITY CHURCH, 1200 60TH STREET, KENTWOOD, MI 49508

10924 KENVIL NEWCRETE PROD CO, P.O. BOX C, KENVIL, NJ 07847

10925 KENVIRONS INC, 452 VERSAILLES ROAD, FRANKFORT, KY 40601

10924 KENWOOD COATINGS, 3062 ROADRUNNER ROAD, SAN MARCOS, CA 92069

10925 KENWOOD FLUID CONTROLS, 8374 WETHERFIELD LANE, CINCINNATI, OH 45236

10925 KENWORTH OF CENTRAL FLORIDA, PO BOX 540627, ORLANDO, FL 32854

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KENWORTH OF INDIANAPOLIS INC, 2929 SOUTH HOLT ROAD, INDIANAPOLIS, IN 46241 | |
| 10925 | KENWORTH OF JACKSON INC, PO BOX 3978, JACKSON, MS 39207-3978 | |
| 10925 | KENWORTH OF ST. LOUIS INC., 185 SOCCER PARK ROAD, FENTON, MO 63026-2588 | |
| 10925 | KENWORTH SALES CO INC, POBOX 65829, SALT LAKE CITY, UT 84165-0829 | |
| 10925 | KENWORTHY, JACK, 410 KITTRIDGE CANYON #8, ELKO, NV 89801-4639 | |
| 10925 | KENWORTHY, ROSEMARY, 216 THATCHER ROAD, FRENCHTOWN, NJ 08825 | |
| 10925 | KENYA M. CONWAY, 1445 COVENTRY MEADOWS DR., SYKESVILLE, MD 21784 | |
| 10925 | KENYON, BILLY, 305 E JEFFERSON, IOWA PARK, TX 76367 | |
| 10925 | KENYON, DESIREE, 305 E JEFFERSON, IOWA PARK, TX 76367 | |
| 10924 | KENYON-NOBLE READY-MIX #1, 889 VALLEY VENTURE ROAD, BOZEMAN, MT 59715 | |
| 10924 | KENYON-NOBLE READY-MIX -PORTABLE, 889 VALLEY VENTURE ROAD, BOZEMAN, MT 59715 | |
| 10924 | KENYON-NOBLE READY-MIX, 1104 N. ROUSE, BOZEMAN, MT 59715 | |
| 10924 | KENYON-NOBLE READY-MIX, ATTN:  ACCOUNTS PAYABLE, BOZEMAN, MT 59715 | |
| 10924 | KENYON-NOBLE READY-MIX, U.S. HIGHWAY 191, BIG SKY, MT 59716 | |
| 10925 | KEOBOUTH, LINA, 14809 WHEATSTONE AVE, NORWALK, CA 90650 | |
| 10925 | KEOGH, JAMES, 262 N. SAM HOUSTON PKW E., 300, HOUSTON, TX 77060-2012 | |
| 10924 | KEOKUK AREA HOSPITAL-BUILDERS SALES, 6 BLOCKS NO.OF HWY.#61 ON MORGAN ST, KEOKUK, IA 52632 | |
| 10925 | KEOUGH, GEORGE, 307 RIVERSIDE TRAIL, ROANOKE RAPIDS, NC 27870 | |
| 10925 | KEOUGH, JOHN, 209 FOX TROT, DIXON, IL 61021-3236 | |
| 10925 | KEOUGH, KIMBERLY, 8401 E 91ST TERR, KANSAS CITY, MO 64138 | |
| 10925 | KEOWN, APRIL, RR 3 BOX 262, STANNE, IL 60964 | |
| 10925 | KEPCO TORONTO OFFICE, 2275 SPEAKMAN DR, MISSISSAUGA, ON L5K 1B1CANADA | *VIA Deutsche Post* |
| 10925 | KEPHART, JULIE, 102 DAVID DRIVE, GREENVILLE, NC 27858 | |
| 10925 | KEPKE, SHARON, 169 W. TULANE ROAD, COLUMBUS, OH 43202 | |
| 10925 | KEPLER, NANCY, 1134 RAVENSCOURT, SUGARLAND, TX 77478 | |
| 10925 | KEPNER TREGOE INC, POBOX 824745, PHILADELPHIA, PA 19182-4745 | |
| 10925 | KEPNER-TREGOE, PO BOX 704, PRINCETON, NJ 08542-0704 | |
| 10925 | KERAN, SCOTT, 506 AVE D, REDONDO BEACH, CA 90277 | |
| 10925 | KERBER, MERLE, 5933 HIGH GLEN DRIVE, LAKELAND, FL 33813-1301 | |
| 10925 | KERBER, SUSAN, 566 AUTUMN RIDGE RD, CARBONDALE, IL 62901 | |
| 10925 | KERBER, WILLIAM, 4904 DENISE AVE, LAKELAND, FL 33813 | |
| 10925 | KERBY, JAMES M, 15943 S 158TH, BONNER SPRINGS, KS 66012 | |
| 10925 | KERBY, JAMES, 15943 S 158TH ST, BONNER SPRING, KS 66012 | |
| 10925 | KERCHER INDUSTRIES, INC, 920 MECHANIC ST, LEBANON, PA 17046 | |
| 10925 | KERCHER, TARA, 76 SHARON DR, DUBLIN, VA 24084 | |
| 10925 | KERCO INC, 8258 PHLOX ST, DOWNEY, CA 90241 | |
| 10925 | KEREKES, R, 923 HOMLOCK AVE, WILMINGTON, NC 28403 | |
| 10925 | KEREKES, TODD, 6 PENDLETON CT., BEDMINISTER, NJ 07921 | |
| 10925 | KERHULAS, MARTHA, 1674 ITHACA DRIVE, NAPERVILLE, IL 60540 | |
| 10925 | KERI BEDSOLE, 4766 MOSSY LANE, LILBURN, GA 30247 | |
| 10925 | KERI BRADFORD, 2601 COMMERCE BLVD, IRONDALE, AL 35210 | |
| 10925 | KERI PROMOVITZ, REAR 603 GEORGE ST, THROOP, PA 18512 | |
| 10925 | KERIMA GREENE, 355 GREENE AVE, SAYVILLE, NY 11782-3009 | |
| 10925 | KERKAR, AWDHOOT V, 10 SMOKERISE DRIVE, CHELMSFORD, MA 01824 | |
| 10925 | KERKAR, AWDHOOT, 10 SMOKERISE DRIVE, CHELMSFORD, MA 01824 | |
| 10925 | KERKOS, LENEICE, 502 E SEQUOIA DR, PHOENIX, AZ 85024 | |
| 10925 | KERLEW, APRIL L, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | KERLEW, APRIL, 176 HAMPTON CR, JUPITER, FL 33458 | |
| 10925 | KERLIN, ROGER L, CUST FOR AMANDA M STEPHENSON UNDER PA UNIF GIFT TO, HC 80 BOX 34, LOCK HAVEN, PA 17745-9503 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   KERMAN, JOYCE, 9 KOSSUTH PLACE, FAIR LAWN, NJ 07410

10925   KERMODE, THOMAS, 216 SUDBURY DR, ATLANTIS, FL 33462

10925   KERMODE, THOMAS, 216 SUDBURY DRIVE, ATLANTIS, FL 33462

10924   KERN BLDG MATERIALS, 7850 WHITE LANE, BAKERSFIELD, CA 93309

10924   KERN BUILDING MATERIALS, 7850 WHITE LANE, BAKERSFIELD, CA 93309

10924   KERN BUILDING MATERIALS, BAKERSFIELD, CA 93309

10924   KERN ELECTRIC DISTRIBUTORS, 415 30TH ST, BAKERSFIELD, CA 93301

10924   KERN ELECTRIC DISTRIBUTORS, 415 30TH STREET, BAKERSFIELD, CA 93301

10924   KERN INDUSTRIES, 13000 E. TEMPLE AVENUE, CITY OF INDUSTRY, CA 91746

10925   KERN JR, FREDERICK, 10333 TUDOR RD, WEST OCEAN CITY, MD 21842

10924   KERN ROCK CO., 4701 WIBLE LANE, BAKERSFIELD, CA 93305

10924   KERN ROCK COMPANY, 3320 MT. PINOS WAY, FRAZIER PARK, CA 93225

10924   KERN ROCK COMPANY, 529 DOLORES STREET, BAKERSFIELD, CA 93305

10924   KERN ROCK COMPANY-, REFER TO #231106. THIS ACCOUNT IS, MARKED FOR DELETION. S.CLARK**, ATTN:  ACCOUNTS PAYABLE, BAKERSFIELD, CA 93385

10925   KERN, AMBROSE, 1463 LIBERTY ST, GREEN BAY, WI 54304-3162

10925   KERN, APRIL, 2229 LIVINGSTON ST, ALLENTOWN, PA 18104

10925   KERN, CYNTHIA, 6912 WILDWOOD COURT, INDIANAPOLIS IN, IN 46268

10925   KERN, DOUGLAS, 35 HEATHER ST, N. ATTLEBORO, MA 02760

10925   KERN, JENNIFER, 411 BUDBY CT, WEST COLUMBIA, SC 29170

10925   KERN, JUDITH, PO BOX 6186, HARRISBURG, PA 17112

10925   KERN, MARSHALL, 1734 CALMAR DR, SPRING, TX 77386

10925   KERN, PATRICIA, 1119 N GUIGNARD DR APT#D, SUMTER, SC 29150

10925   KERNAN, JAMES, 241 BLAKENEY ROAD, CATONSVILLE, MD 21228

10925   KERNELL, ELIZABETH, 550 KELLY ROAD, WOODRUFF, SC 29388

10925   KERNELL, NANCY, 1607 SCUFFLETOWN RD, FOUNTAIN INN, SC 29644-9475

10925   KERNELL, WENDY, 607 MCKINLEY S.E., N CANTON, OH 44720

10925   KERNELL, WILLIAM, 1607 SCUFFLETOWN ROAD, FOUNTAIN INN, SC 29644

10925   KERNELLS, SARAH, 512 HILLPINE DRIVE, SIMPSONVILLE, SC 29681

10925   KERNELLS, WILSON, 512 HILLPINE DRIVE, SIMPSONVILLE, SC 29681

10925   KERNER, KEVIN, W7236 WEGE RD, HORTONVILLE, WI 54944

10925   KERNER, LORA, 11580 PERKINS ROAD #149, BATON ROUGE, LA 70810

10925   KERNKRAUT, MAURO, 903 SWEET JULIET WAY, GREER, SC 29650

10925   KERNOR DAVIS, ANNE, CUST FOR LOUIS MICHAEL DAVIS, UNIF GIFT MIN ACT NJ, 601 TRENTON AVE, PT PLEASANT BEACH, NJ 08742-2568

10925   KERNS, EVELYN, 5020 NORTH 15TH, MCALLEN, TX 78504

10925   KERNS, JEAN, PO BOX 645, OLDWICK, NJ 08858

10925   KERNS, JOHN, 204 RICK ROAD, MILFORD, NJ 08848

10925   KERNS, PAMELA, 1605 RUSSEL RD, ALEXANDRIA, VA 22301

10925   KERNS, VICKIE, 1614 SMITH RD., CHARLESTON, WV 25314

10924   KERR CONCRETE PIPE, PO BOX27, FARMINGDALE, NJ 07727-0027

10924   KERR CONCRETE PIPE, ROUTE 54, FOLSOM, NJ 08037

10924   KERR CONCRETE PIPE, YELLOW BROOK RD, FARMINGDALE, NJ 07727

10924   KERR READY MIX, ATTN: ACCOUNTS PAYABLE, CENTRE, AL 35960

10924   KERR READY MIX, HWY. 411 SOUTH AVENUE, CENTRE, AL 35960

10924   KERR READY MIX, P.O. DRAWER 250, CENTRE, AL 03596

10925   KERR, BENJAMIN, 3591 COTTON BELT, MCGREGOR, TX 76657

10925   KERR, BRENDA J, PO BOX 15238, SURFSIDE BEACH, SC 29587

10925   KERR, D, PO BOX 362257, MELBOURNE, FL 32936

10925   KERR, EDWARD, 1308 EVANGELINE, DEARBORN HGHTS, MI 48127

10925   KERR, EMMA, AND PATRICIA A FORD JTWRS JT TEN, 80235 S PRAIRIE AVE, CHICAGO, IL 60619

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KERR, JEFFREY, 1315 NE WAGON RD, TOLEDO, OR 97391 | |
| 10925 | KERR, MONTE, 5650 OLD ELECTRA RD, IOWA PARK, TX 76367 | |
| 10925 | KERR, RANDALL, 20 CR 5787, FARMINGTON, NM 87401 | |
| 10925 | KERR, RICHARD J, 1510 DEVONSHIRE ROAD, HAUPPAUGE, NY 11788 | |
| 10925 | KERR, RICHARD, 70 MARIE CRESCENT, COMMACK, NY 11725 | |
| 10925 | KERR, STEVEN, 8042 HAMPTON STATIONCOURT, CHESTERFIELD, VA 23832 | |
| 10925 | KERRI ANN JONES, 1 SCOTT CIRCLE NW APT 517, WASHINGTON, DC 20036-2214 | |
| 10925 | KERRI-ANN JONES, 24 W KIRKE ST, CHEVY CHASE, MD 20815-4261 | |
| 10925 | KERRIGAN JT TEN, ALEXANDER V & BERTHA, VOLCAN LANIN 144, SANTIAGO, 10CHILE | *VIA Deutsche Post* |
| 10925 | KERRIGAN, ADELAIDE, 107 OSPREY BAY, WASHINGTON, NC 27889 | |
| 10925 | KERRIGAN, JEANNE, N2605 COUNTY RD U, KAUKAUNA, WI 54130 | |
| 10925 | KERRIGAN, KAREN, 160 LEISIRE DR, MONROE, LA 71202 | |
| 10925 | KERRIGAN, RICHARD, 107 OSPREY BAY, WASHINGTON, NC 27889 | |
| 10925 | KERRIGAN, TIMOTHY, 109 ORCHARD ST #3, SOMERVILLE, MA 02144 | |
| 10925 | KERRINS, WILLIAM W, 994 COTTONWOOD LANE, LARKSPUR, CO 80118 | |
| 10925 | KERRINS, WILLIAM, 994 COTTONWOOD LANE, LARKSPUR, CO 80118 | |
| 10925 | KERR-MC GEE CHEMICAL CORP., PO B0X 101377, ATLANTA, GA 30392 | |
| 10925 | KERR-MCGEE CORP, MONICA SZYMANSKI, PO BOX 25861, OKLAHOMA CITY, OK 73102 | |
| 10925 | KERR-MCGEE PIGMENTS, PO BOX 101377, ATLANTA, GA 30392 | |
| 10925 | KERRY A KOLOINI, 7807 OLD HOLLOW LANE, ELLICOTT CITY, MD 21043-6962 | |
| 10925 | KERRY R CLARK, 39 VALLEY BREEZE DR, RINGGOLD, GA 30736-5958 | |
| 10925 | KERRY, GREGORY, 602 VIA DE LUNA, PENSACOLA BEACH, FL 32561 | |
| 10925 | KERRY, PATRICK, 1537 LONGFELLOW CT, MCLEAN, VA 22101 | |
| 10924 | KERRY'S BROMELIAD NURSERY, 21840 S.W. 258TH ST., HOMESTEAD, FL 33031 | |
| 10924 | KERRY'S BROMELIAD NURSERY, 21840 S.W. 258TH STREET, HOMESTEAD, FL 33031 | |
| 10925 | KERRYS CAR CARE, 1930 FIFTH AVE NORTH, BESSEMER, AL 35020 | |
| 10924 | KERSCHER COMPANY, 1125 S. RAPIDS ROAD, MANITOWOC, WI 54220 | |
| 10924 | KERSCHER COMPANY, 1125 SOUTH RAPIDS ROAD, MANITOWOC, WI 54220 | |
| 10925 | KERSCHNER, KATHY, 419 E SMITH ST, TOPTON, PA 19562 | |
| 10925 | KERSEY, HAROLD, 206 VIRGIN DR, HODGES, SC 29653 | |
| 10925 | KERSEY, SAMUEL, 406 BROOK AVE, SOUTH HILL, VA 23970-3210 | |
| 10925 | KERSEY-MCCAND, PAMELA, 1115 COTTLE, SANGER, CA 93657 | |
| 10924 | KERSHAW COUNTY HOSPITAL, 1325 ROBERTS STREET, CHARLESTON, SC 29412 | |
| 10924 | KERSHAW READY MIX CON/SAND, EAST UNION PACIFIC, MANHATTAN, KS 66502 | |
| 10925 | KERSHAW, MARVIN, 291 BOOZER RD, ENOREE, SC 29335 | |
| 10925 | KERSHAW, TERRY, 6528 LEBLEU LANE, LAKE CHARLES, LA 70601 | |
| 10925 | KERSHNAR, ARLENE, 26 SPARGO RD, ROXBURY, CT 06783-1310 | |
| 10925 | KERSHNER, DANIEL, PO BOX 1701, WINNEMUCCA, NV 89446 | |
| 10925 | KERSHNER, DOUGLAS, ROUTE 1, BOX 21, DAVID CITY, NE 68632 | |
| 10925 | KERSI S DEBOO, 24 DEBOO DR, SPRINGFIELD, MA 01129-1300 | |
| 10925 | KERST, ELSIE, 1258 HOLIDAY DR, SOMONAUK, IL 60552 | |
| 10925 | KERST, HERMAN, 1258 HOLIDAY DR, SOMONAUK, IL 60552-9640 | |
| 10925 | KERSTEN, ANNAMARIE, 1770 MASS AVE #247, CAMBRIDGE, MA 02140 | |
| 10925 | KERSTEN, ANNAMARIE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KERSTEN, ANNAMARIE, 8358 DAVINGTON DRIVE, DUBLIN, OH 43017 | |
| 10925 | KERSTIN SEYFERT, HAUPSTRASSE 42, HAMM, 67580GERMANY | *VIA Deutsche Post* |
| 10925 | KERTH, ARMELLA, 407 N TULANE, LIBERAL, KS 67901 | |
| 10925 | KERTH, DUANE, 407 N. TULANE, LIBERAL, KS 67901 | |
| 10925 | KERWIN, JONI, 1105 ELMWOOD, OSHKOSH, WI 54901 | |
| 10925 | KERWOOD, JOHN, 3602 DOUTHWICK DR, KENNESAW, GA 30144 | |
| 10925 | KERWOOD, JOHN, 628 ALEXANDER ST, MT DORA, FL 32757 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　KERWOOD, JOHN, 628 N ALEXANDER ST, MOUNT DORA, FL 32757

10925　KESEL, BRADLEY, 104 ELDRIDGE ST, NEWTON, MA 02158

10924　KESHEQUA CENTRAL SCHOOL, DELIVER TO WAREHOUSE, 1240 RESEARCH FOREST, MACEDON, NY 14502

10925　KESHISHIAN ASA, JAMES M, 8000 QUARRY RIDGE WAY, BETHESDA, MD 20817

10925　KESLER, CHARLES, 513 OLIVIA ST, KEY WEST, FL 33040

10925　KESLER, LISA, POB 294, NICHOLSON, GA 30565

10925　KESLER, ZACHERY, 4217 W ROGERS AV, BALTIMORE, MD 21215

10925　KESLIN, MICHAEL R., 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925　KESLIN, MICHAEL, 2150 BAY POINTE DR, HIXON, TN 37343

10925　KESOT, JOHN, 16506 SPANGLER ROAD, PLAINFIELD, IL 60544

10925　KESSEL, AARON, 1418 7TH WEST AVE, KEMMERER, WY 83101

10925　KESSEL, ALBERT, RT. 3, BOX 7, ALICE, TX 78332

10925　KESSEL, FRANCIS, 2530 6TH AVE W #7, DICKINSON, ND 58601

10925　KESSEL, GARY, BOX 124, BELFIELD, ND 58622

10925　KESSEL, JARED, BOX 217, BELFIELD, ND 58622

10925　KESSEL, JEFFERY, PO BOX 957, BELFIELD, ND 58622-0957

10925　KESSEL, PATRICK, PO BOX 2603, EVANSTON, WY 82931

10925　KESSEL, RODNEY, 3226 102ND AVE. SW, GLADSTONE, ND 58630

10925　KESSEL, SHENA, HC 1 BOX 5A, GLADSTONE, ND 58630

10924　KESSELI & MORSE CO, 242 CANTERBURY ST, WORCESTER, MA 01603

10924　KESSELI & MORSE, 242 CANTERBURY ST., WORCESTER, MA 01603

10925　KESSINGER, PAULINE, 4501 MORRIS ST. N.E., ALBUQUERQUE, NM 87111

10924　KESSLER INDUSTRIES, INC, PO BOX 17549, EL PASO, TX 79917

10924　KESSLER INDUSTRIES, IND, 8600 GATEWAY EAST, EL PASO, TX 79907

10925　KESSLER, ALLEN, 9010 W SHADY LN, HICKORY HILLS, IL 60457

10925　KESSLER, DONNIS, 506 OLIVE ST, ATLANTIC, IA 50022

10925　KESSLER, JACK, 3302 ARUBA WAY, COCONUT CREEK, FL 33066

10925　KESSLER, JOHN, 316 FIFTEENTH AVE, BALTIMORE, MD 21225-3415

10925　KESSLER, WAYNE, 203 CENTER ST, W IOTA, IA 50274

10925　KESSLER-ELLIS PRODUCTS, POBOX 34009, NEWARK, NJ 07189-0009

10925　KESTER, DAVE, 408 PATTERSON AVE, BEAVER FALLS, PA 15010

10925　KESTLER, MARK, 6990 CLAWSON RIDGE, HAMILTON, OH 45011

10925　KESTREL ASSOCIATES, INC, 2800 SHIRLINGTON ROAD, ARLINGTON, VA 22206

10925　KESTREL MANAGEMENT SERVICES,LLC, 2830 DAIRY DR., MADISON, WI 53718

10925　KESTREL RECORDS MANAGEMNT, PO BOX 200736, HOUSTON, TX 77216-0736

10925　KETAS CANDLES & GIFTS, 3819 ROLAND VIEW AVE., BALTIMORE, MD 21215

10925　KETCHERSID, CHESTON, 1023 VAN HORN, IOWA PARK, TX 76367

10925　KETCHERSID, KEVIN, 1300 WESTRIDGE, IOWA PARK, TX 76367

10925　KETCHERSID, ROWLAND, 5209 WILDWOOD, WICHITA FALLS, TX 76302

10925　KETCHUM, DREW, PO BOX 869, MIDDLETOWN, CA 95461

10925　KETCHUM, EDWARD, 3617 RIVER BOAT LANE, ADDIS, LA 70710

10925　KETCHUM, LOUIS, 740 RIFORD RD, CRAIG, CO 81625

10925　KETCHUM, SAMUEL, PO BOX 163, CRAIG,, CO 81625

10925　KETCHUP, JOYCELYN, 1458 COLLINS DRIVE, MARTINEZ, GA 30907

10925　KETELSEN, DENNIS, 1301 NORWOOD DRIVE S.E., CEDAR RAPIDS, IA 52403

10925　KETEMA, SCHUTTE & KOERTING DIV, 223 STATE ROAD, BENSALEM, PA 19020

10925　KETLEY, A, 2777 9TH ST, 101, BERKELEY, CA 94710-2649

10925　KETLEY, CELIA, RR 1 BOX 1045, VIENNA, ME 04360

10925　KETROW, DAVID, 221 SEVENTH ST, MIDDLESEX, NJ 08846

10925　KETTELKAMP YOUNG & KETTELKAMP P C, 201 WEST 8TH ST., STE. 540, PUEBLO, CO 81003

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    KETTENBACH, PATRICIA, 24700 DEEP WATER PNT DR, 10, ST MICHAELS, MD 21663

10924    KETTLE MORAINE CORRECTIONAL FAC., GLACIER HALL, GREENBUSH, WI 53026

10925    KETTLER, WALTER, PO BOX407, STANTON, NE 68779-0407

10925    KETTLEWELL, RICHARD, 800 S WASHINGTON ST LOT #337, MILLERSBURG, OH 44654

10925    KEUER, BLAIN, 24128 MARQUETTE RD, BRILLION, WI 54110-9525

10925    KEUL, STEPHEN, 227 KING GEORGE LANE, GASTONIA, NC 28054

10925    KEUL, SYLVESTER, 12691 PLAZA RD EXT, CHARLOTTE, NC 28215

10925    KEUSCH, PRESTON, 220 E. 84TH ST., NEW YORK, NY 10028

10925    KEVIN A JOHNSON, 5543 HONOR DR, HOUSTON, TX 77041-6557

10925    KEVIN C KITCHENS, 5469 WHITE CEDAR, SUGAR HILL, GA 30518

10925    KEVIN D JONES, 14222 RODEO DR 145, VICTORVILLE, CA 92392-4416

10925    KEVIN D ORAVEC &, ZOFIA ORAVEC JT TEN, 1402 E ETON DR, ARLINGTON HT, IL 60004-2183

10925    KEVIN DARTEZ, 276 N. EL CAMINO REAL #41, OCEANSIDE, CA 92054

10925    KEVIN E REILLY, 5562 ANTONINUS DR, CINCINNATI, OH 45238-1820

10925    KEVIN GREENE, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925    KEVIN J COFFEY, 1110 SW 21ST ST, BOCA RATON, FL 33486

10925    KEVIN J COGHLAN, 7500 GRACE DR, COLUMBIA, MD 21044

10925    KEVIN J COUGHLIN &, DOROTHY A COUGHLIN JT TEN, 1497 JERSUALEM AVE, NORTH MERRICK, NY 11566-1330

10925    KEVIN J FLYNN, 3730 CYPRESS FERN WAY, CORAL SPRINGS, FL 33065-6051

10925    KEVIN J FOLLIARD, 62 WHITTEMORE AVE MS #55, CAMBRIDGE, MA 02140

10925    KEVIN J HURLEY, BOX 1208, N FALMOUTH, MA 02556-1208

10925    KEVIN J MURPHY, PO BOX 956454, DULUTH, GA 30095-9508

10925    KEVIN L. SOUCY, PO BOX 1947, WESTFIELD, MA 01086

10925    KEVIN L. WITZIG, 2424 TALAVERA DR., SAN RAMON, CA 94583

10925    KEVIN M ZIELINSKI, 6045 STEEPLE CHASE DR, GRAND BLANC, MI 48439-8669

10925    KEVIN M. WALSH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    KEVIN OGORMAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    KEVIN P MURRAY, 1783 COUNTY LINE RD, KENDALL, NY 14476

10925    KEVIN PHILLIPS, 22 NORWOOD RD, NORTHPORT, NY 11768-3506

10925    KEVIN PHILLIPS, 34 CANBERRA DR, KNOXVILLE, TN 37923-5611

10925    KEVIN R BEDDIA, 119 MANCHESTER ST, NASHUA, NH 03060-1564

10925    KEVIN R EVANICH KIRKLAND & ELLIS, 200 EAST RANDOLPH DRIVE, CHICAGO, IL 60601

10924    KEVIN RACKLEY, 3648 OAK CLIFF ROAD, DORAVILLE, GA 30340

10924    KEVIN RUSSELL & CO., 774 MURPHY AVE, ATLANTA, GA 30310

10924    KEVIN RUSSELL & COMPANY, JESUP, GA 31545

10924    KEVIN RUSSELL CO., 774 MURPHY AVE., ATLANTA, GA 30310

10925    KEVIN RUSSELL COMPANY, CAMBRIDGE, MA 02140

10925    KEVIN S DANIELS, 228 CEDAR ST, READING, PA 19601-3119

10925    KEVIN S KOPPELMAN, 69 E STEVENSON DR, GLENDALE HEIGHTS, IL 60139-2070

10925    KEVIN T GRADY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    KEVIN TJERSLAND &, VALERIE A TJERSLAND JT TEN, 698 HIGH HILL RD, NORTH DARTMOUTH, MA 02747-1363

10925    KEVIN TOMERA &, MARION TAMERA JT TEN, 4460 S ARCHER AVE, CHICAGO, IL 60632-2846

10925    KEVIN TWADELL, 5401 W 85TH ST, BURBANK, IL 60459-2625

10925    KEVIN W GROGAN, 4933 HARVEST HILL RD, DALLAS, TX 75244

10925    KEVIN W STERTZEL, 1211 CLOVER VALLEY WAY, EDGEWOOD, MD 21040-2188

10925    KEVIN WALLACE, 504 GREENBRIAR, AUBURN, IN 46706-1304

10925    KEVIN WALSH, 25 LOOKOUT LANE, PEMBROKE, MA 02359-2308

10925    KEVITT MIDDLEMAN &, BEVERLEY MIDDLEMAN JT TEN, 2815 AVE Y, BROOKLYN, NY 11235-1911

10925    KEVORKIAN, GEORGE, 11 BRENTWOOD ROAD, SUDBURY, MA 01776

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KEWANEE BOILER MANUF. CO. INC., 101 FRANKLIN ST., KEWANEE, IL 61443-2649 | |
| 10924 | KEWANEE READY MIX, 1600 N EAST STREET, KEWANEE, IL 61443 | |
| 10924 | KEWANEE READY MIX, PO BOX 734, KEWANEE, IL 61443 | |
| 10924 | KEWANEE REDI-MIX CONCRETE, P.O. BOX 734, KEWANEE, IL 61443 | |
| 10924 | KEWAUNEE NUCLEAR POWER PLANT, WISCONSIN PUBLIC SERVICE CORP., NORTH 490 HWY 42, KEWAUNEE, WI 54216 | |
| 10924 | KEWAUNEE SCIENTIFIC CORPORATION, 2700 WEST FRONT STREET, STATESVILLE, NC 28677 | |
| 10924 | KEWAUNEE SCIENTIFIC CORPORATION, PO BOX 1842, STATESVILLE, NC 28687-1842 | |
| 10924 | KEWITT ATKINSON KENNY, 190 TAFTS AVE., WINTHROP, MA 02152 | |
| 10924 | KEWITT ATKINSON KENNY, DEER ISLAND, WINTHROP, MA 02152 | |
| 10924 | KEWL PRODUCTS, 200 LARKIN DRIVE, WHEELING, IL 60090 | |
| 10925 | KEWLEY, CAROL, 1215 CARIBOU CT, WINTER SPRINGS, FL 32708 | |
| 10925 | KEY BELLEVILLES, INC, 100 KEY LANE, LEECHBURG, PA 15656-9531 | |
| 10925 | KEY CHEMICALS, INC, PO BOX 160, AIKEN, SC 29802 | |
| 10925 | KEY HOMES INC, REINHART BOERNER VAN DEUREN NORRIS, PO BOX 2018, MADISON, WI 53701-2020 | |
| 10925 | KEY HOMES INC, RONALD M GROSSE, 7507 HUBBARD AVE, MIDDLETON, WI 53562 | |
| 10925 | KEY INTERNATIONAL INC., 480 ROUTE 9, ENGLISHTOWN, NJ 07726 | |
| 10925 | KEY INTERNATIONAL, 7302 E HELM DR STE 2005, SCOTTSDALE, AZ 85260 | |
| 10925 | KEY JR., JAMES, 2469 S. CONSERVATION CLUB RD., MORGANTOWN, IN 46160 | |
| 10925 | KEY MACHINERY CO INC, 3755 INDUSTRIAL PKWY, BIRMINGHAM, AL 35217-0637 | |
| 10925 | KEY MAPS INC, 1411 W. ALABAMA, HOUSTON, TX 77006 | |
| 10925 | KEY METALS INC., 3533-35 W. COLUMBUS AVE, CHICAGO, IL 60652 | |
| 10925 | KEY PARTS & MACHINERY CO INC, 3755 INDUSTRIAL PKWY, POBOX 170517, BIRMINGHAM, AL 35217 | |
| 10925 | KEY PEOPLE COMPANY, THE, 777 S. WADSWORTH BLVD., LAKEWOOD, CO 80226 | |
| 10925 | KEY RECRUITERS, PODRAWER 7847, ATLANTA, GA 30357 | |
| 10925 | KEY ROY SONG, 46-01 39TH AVE, LONG ISLAND CITY, NY 11104-1455 | |
| 10925 | KEY SERVICE CORP, MC OH-01-49-0342, 4900 TIEDEMAN ROAD, BROOKLYN, OH 44144-2302 | |
| 10925 | KEY SERVICE CORP., 4900 TIEDEMAN ROAD, BROOKLYN, OH 44144-2302 | |
| 10924 | KEY SYSTEMS, 354 PINE STREET, PAWTUCKET, RI 02860 | |
| 10925 | KEY TECH CORP, 12420 EVERGREEN DR, MUKILTEO, WA 98275 | |
| 10924 | KEY TECH CORPORATION, 12420 EVERGREEN DRIVE, MUKILTEO, WA 98275 | |
| 10924 | KEY TECH CORPORATION, 206 INDUSTRIAL COURT, CARROLLTON, GA 30117 | |
| 10925 | KEY TECH, 20508 56TH AVE W-SUITE A, LYNNWOOD, WA 98036 | |
| 10925 | KEY WORD SERVICES, 340 MEDIA STATION ROAD, MEDIA, PA 19063 | |
| 10925 | KEY, BENJAMIN, 3714 GRNDVIEW DR 2671, SIMPSONVILLE, SC 29681 | |
| 10925 | KEY, CLARENCE, 5765 KIMBALL ROAD, MULBERRY, FL 33860-9631 | |
| 10925 | KEY, GLENDA, 1609 KAREN, IOWA PARK, TX 76367 | |
| 10925 | KEY, J, 1375 HWY 92 NORTH, FAYETTEVILLE, GA 30214 | |
| 10925 | KEY, JAMIE, 302 EASTCREST DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | KEY, MARY, 3 LA COSTA CT, FRISCO, TX 75034 | |
| 10925 | KEY, MICHAEL, 9203 PRAIRIE OAK, DALLAS, TX 75217 | |
| 10925 | KEY, PENNY, 232 B BARROWS FER.RD, MILLEDGEVILLE, GA 31061 | |
| 10925 | KEY, RICHARD, 6192 S. 25 W, TRALFALGAR, IN 46181 | |
| 10925 | KEY, STANELY, 323 CASCADE FALLS, COLLIERVILLE, TN 38017 | |
| 10925 | KEY, TRACY, 701 N. 36TH ST, OZARK, AR 72949 | |
| 10925 | KEYBANK NATIONAL ASSOCIATION, 2025 ONTARIO, 4TH FL, CLEVELAND, OH 44115 | |
| 10925 | KEY-COLLINS, PATRICI, 91 VETERANS ROAD, WINTHROP, MA 02152 | |
| 10925 | KEYCORP LEASING LTD., 54 STATE ST, ALBANY, NY 12201-1865 | |
| 10925 | KEYE PRODUCTIVITY CENTER, PO BOX 27-480, KANSAS CITY, MO 64180 | |
| 10925 | KEYE PRODUCTIVITY CENTER, PO BOX 410, SARANAC LAKE, NY 12983-0410 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 KEYENCE CORP OF AMERICA, PO BOX 40014, NEWARK, NJ 07101-4014

10925 KEYES, CAROL, 423 5TH ST NE, WASHINGTON, DC 20002

10925 KEYES, FREDERICK, 1441 COLD SPRING RD, WILLAMSTOWN, MA 01267

10925 KEYES, LARRY, 2864 STANFORD, CLOUIS, CA 93612

10925 KEYES, ROBERT, 15651 W TIMBER LA, LIBERTYVILLE, IL 60048

10925 KEYES, WENDY, 208 GAMEWELL HEIGHTS, LENOIR, NC 28645

10925 KEYONNIE, RITA, 1129 APT 1 APACHE AVE, WINSLOW, AZ 86047

10924 KEYPORT HIGH SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925 KEYS AUTO BODY,INC, 1869 LIBERTY ROAD, LEXINGTON, KY 40505-4207

10924 KEYS CONCRETE DBA, 11913 STATE ROAD 54, ODESSA, FL 33556

10924 KEYS CONCRETE INDUSTRIES, 2739 US 19 HWY, ELFERS, FL 34680

10924 KEYS CONCRETE INDUSTRIES, PO BOX679, ELFERS, FL 34680

10924 KEYS CONCRETE, 11121 EHREN CUTOFF ROAD, LAND O LAKES, FL 34639

10924 KEYS CONCRETE, 18430 COUNTY LINE RD., BROOKSVILLE, FL 34610

10924 KEYS CONCRETE, 3757 118TH AVE N, PINELLAS PARK, FL 34666

10924 KEYS CONCRETE, 3757 118TH AVE NORTH, CLEARWATER, FL 34622

10924 KEYS CONCRETE, TAMPA, FL 33619

10925 KEYS PRINTING, PO BOX 8, GREENVILLE, SC 29602

10925 KEYS TO THE FUTUR INV CLUB, A PARTNERSHIP, 116 DAHLIA, FT MORGAN, CO 80701-3904

10925 KEYS, ANGELA, 3509 PARK ROW DR, LOUISVILLE, KY 40216

10925 KEYS, DAVID, 12137 TURNSTONE CT #603, SILVER SPRING, MD 20904

10925 KEYS, DONALD, RT. 2, BOX 326, COLLINS, MS 39428

10925 KEYS, DOROTHY, 575-13TH AVE, NEWARK, NJ 07103

10925 KEYS, JAMES, 726 N STADIUM RD, ALICE, TX 78332

10925 KEYS, KENNETH, RT. 1 BOX 1290, FLORIEN, LA 71429

10925 KEYS, LUBERTA, 502 FRANKLIN, GULFPORT, MS 39503

10925 KEYS, REGINA, 2742 WHITE KNIGHT BLVD, APT. B, INDIANAPOLIS, IN 46229

10925 KEYS, TERRIE, 3630 NEUCHES, AMARILLO, TX 79104

10925 KEYS, WILLIAM, 2423 FARRIERS BEND, FRIENDSWOOD, TX 77546

10925 KEYS, WILLIE, PO BOX 772, FOXWORTH, MS 39483

10925 KEYSER JT TEN, JEROME M & MARTIN S, 13235 S CLYDEPARK AVE, HAWTHORNE, CA 90250-4915

10925 KEYSER, ALFRED, 127 S ONTARIO ST, DE PERE, WI 54115

10925 KEYSER, JEREMY, 215 N ERIE ST, DEPERE, WI 54115

10925 KEYSER, PAUL, 41 PROSPECT ST, W NEWBURY, MA 01985

10925 KEYSER, STEPHEN, 1415 ORLANDO DR, GREEN BAY, WI 54313

10925 KEYSER, WILLIAM, 1207 COMIER ROAD, GREEN BAY, WI 54304

10925 KEYSOR CENTURY CORP, AALVIN GREENWALD,

10925 KEYSPAN ENERGY DELIVERY, PO BOX 4300, WOBURN, MA 01888-4300

10925 KEYSPAN ENERGY DELIVERY, POBOX 4300, WOBURN, MA 01888-4300

10925 KEYSPAN ENERGY SERVICES, INC, 300 FIRST STAMFORD PLACE, STAMFORD, CT 06902

10924 KEYSPAN ENERGY, 1425 BAY 24TH STREET, FAR ROCKAWAY, NY 11691

10924 KEYSTONE 100, CENTURION CONSTRUCTION INCORP., 630 DAVIS DR., DURHAM, NC 27701

10925 KEYSTONE ANALINE CORPORATION, 2501 W. FULTON ST. CHICAGO 60612, PO BOX 75871, CHICAGO, IL 60675-5871

10925 KEYSTONE ANILINE & CHEM CO, PO BOX 75871, CHICAGO, IL 60675-5871

10925 KEYSTONE ANILINE, POBOX 75871, CHICAGO, IL 60675-5871

10925 KEYSTONE BATTERY, 35 HOLTON ST, WINCHESTER, MA 01890

10924 KEYSTONE BUILDERS SUPPLY, 1075 BUFFALO ROAD, ROCHESTER, NY 14624

10924 KEYSTONE BUILDERS SUPPLY, 14 PETRA LANE, ALBANY, NY 12205

10924 KEYSTONE BUILDERS SUPPLY, 4388 BROADWAY, DEPEW, NY 14043

10924 KEYSTONE BUILDERS SUPPLY, 4655 CROSS ROADS PARK DR., LIVERPOOL, NY 13088

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   KEYSTONE BUILDERS SUPPLY, 4655 CROSSROADS PARK DRIVE, LIVERPOOL, NY 13088

10924   KEYSTONE BUILDERS SUPPLY, 85 PALM ST., ROCHESTER, NY 14615

10924   KEYSTONE BUILDERS SUPPLY, 85 PALM STREET, ROCHESTER, NY 14615

10924   KEYSTONE BUILDERS SY., 1075 BUFFALO ROAD, ROCHESTER, NY 14624

10924   KEYSTONE BUILDERS SY., 4388 BROADWAY, DEPEW, NY 14043

10924   KEYSTONE BUILDERS SY., 4655 CROSS  ROAD PARK DR., LIVERPOOL, NY 13088

10925   KEYSTONE CENTER, THE, 1920 L ST NW SUITE 600, WASHINGTON, DC 20036

10925   KEYSTONE CONCEPTS, PO BOX 513, MARBLEHEAD, MA 01945

10924   KEYSTONE CONCRETE BLOCK, 750 WEST LINDEN STREET, SCRANTON, PA 18503

10924   KEYSTONE CONCRETE INC, 12628 U.S. 33 SOUTH, CHURUBUSCO, IN 46723

10924   KEYSTONE CONCRETE INC, P O BOX 121, CHURUBUSCO, IN 46723

10924   KEYSTONE CONCRETE INC, P.O. BOX 121, CHURUBUSCO, IN 46723

10924   KEYSTONE CONCRETE INC, PLANT 2, AVILLA, IN 46710

10924   KEYSTONE CORPORATION, 3703 OAKLAND HILLS PKWY, EAU CLAIRE, WI 54701

10925   KEYSTONE ELECTRIC CO INC, 2807 ANNAPOLIS ROAD, BALTIMORE, MD 21230

10925   KEYSTONE ELECTRIC CO, INC, 2807 ANNAPOLIS ROAD, BALTIMORE, MD 21230

10924   KEYSTONE ELECTRIC CO., 3125 BRANDES ST., ERIE, PA 16504-1477

10924   KEYSTONE ELECTRICAL SUPPLY, 237 PILLOW ST., BUTLER, PA 16003

10924   KEYSTONE ELECTRICAL SUPPLY, P.O. BOX 188, BUTLER, PA 16003

10925   KEYSTONE FLASHING, 5119 N 2ND ST, PHILADELPHIA, PA 19120

10924   KEYSTONE FLASHING, 5119 N. 2ND STREET, PHILADELPHIA, PA 19120

10924   KEYSTONE FLASHING, 5119 NORTH 2ND ST, PHILADELPHIA, PA 19120

10924   KEYSTONE GYPSUM SY, 111 TITUS DR, WARRINGTON, PA 18976

10924   KEYSTONE GYPSUM SY, 2026 WASHINGTON AVE, PHILADELPHIA, PA 19146

10925   KEYSTONE INDUSTRIES, 2471 CHIMNEY TOP LANE, SNELLVILLE, GA 30078

10925   KEYSTONE NATURAL WATER, PO BOX 130, WESTVILLE, NJ 08093

10924   KEYSTONE OAKS MIDDLE SCHOOL, 100 KELTON AVENUE, MOUNT LEBANON, PA 15228

10925   KEYSTONE PLASTICARD COMPANY, 1550 CLAY AVE, DETROIT, MI 48211

10924   KEYSTONE PLAZA, HARRISBURG, PA 17100

10924   KEYSTONE PORTLAND CEMENT, DRAWER A, BATH, PA 18014-0058

10924   KEYSTONE ROOFING CO, 9105 COLLINS AVE, PENNSAUKEN, NJ 08110

10925   KEYSTONE SCIENCE SCHOOL, 1628 SAINTS JOHN ROAD, KEYSTONE, CO 80435

10924   KEYSTONE THERMOMETRICS CORP, CONGRESS ST, MOUNT JEWETT, PA 16740

10925   KEYSTONE THERMOMETRICS, 1935 STATE ST, SAINT MARYS, PA 15857

10925   KEYSTONE THERMOMETRICS, 967 WINDFALL ROAD, SAINT MARYS, PA 15857

10925   KEYSTONE, 10232 W. PALMER, NORTHLAKE, IL 60164

10924   KFI, INC., PO BOX 697, POTTSVILLE, PA 17901

10924   KFI, INC., PO BOX 89, MAR LIN, PA 17951

10924   KFI, INC., WESTWOOD ROAD, PO BOX 697, POTTSVILLE, PA 17901

10924   K-FIVE CONSTRUCTION, VARIOUS LOCATIONS, BRIDGEVIEW, IL 60455

10924   K-FIVE, 13769 MAIN ST, LEMONT, IL 60439

10924   K-FIVE, VARIOUS PAVING LOCATIONS, CHICAGO, IL 60666

10924   K-FIVE/BK, 13749 MAIN STREET, LEMONT, IL 60439

10924   K-FIVE/BK, VARIOUS LOCATIONS, MOKENA, IL 60448

10924   K-FIVE/BK/LOGO II, CEDAR RD., NEW LENOX, IL 60451

10925   KFORCE.COM, PO BOX 277997, ATLANTA, GA 30384-7997

10925   KFOURY, JOY, 5532 SUNSET LANDING CIRCLE, ST AUGUSTINE, FL 32084

10924   KGP TELECOMM 01, 200 SE 79TH ST BAY B, OKLAHOMA CITY, OK 73149

10924   KGP TELECOMMUNICATIONS, 2501 MORRISTOWN BLVD, FARIBAULT, MN 55021

10924   KGP TELECOMMUNICATIONS, 6189 PRESTON AVE., LIVERMORE, CA 94550

10924   KGP TELECOMMUNICATIONS, 8902 ROSEHILL RD., LENEXA, KS 66215

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | K-H MACHINE WORKS, 4322 GRAND AVE, NORTH BERGEN, NJ 07047 | |
| 10925 | KHA, KHUN, 1327 WALNUT AVE, LONG BEACH, CA 90813 | |
| 10925 | KHAJADOURIAN, JORIK, 1160 IRVING AVE, 204, GLENDALE, CA 91201 | |
| 10925 | KHALEK, MUHAMMED, 3936 PERSIMMON DRIVE APT. 302, FAIRFAX, VA 22031 | |
| 10925 | KHALIL, MARIA SYREL, 442 EAST 73RD ST, KANSAS CITY, MO 64131 | |
| 10925 | KHAN, ABID, FLUSHING, NY 11355 | |
| 10925 | KHAN, ABUSALEH, 1201 WILCREST #177, HOUSTON, TX 77042 | |
| 10925 | KHAN, AHMED, 144 SHERWOOD AVE, TEANECK, NJ 07666 | |
| 10925 | KHAN, MOHAMMAD, 7 LIBRARY COURT, GAITHERSBURG, MD 20877 | |
| 10925 | KHAN, MUKHTAR, 3216 J LAWNDALE DR, GREENSBORO, NC 27408 | |
| 10925 | KHAN, NAILA, 144 SHERWOOD AVE, TEANECK, NJ 07666 | |
| 10925 | KHAN, RAYMOND, 5615 BRAMBLE, CINCINNATI, OH 45227 | |
| 10925 | KHAN, RUQIYA, 171 SHERWOOD AVE, TEANECK, NJ 07666 | |
| 10925 | KHAN, SAIFUL, 5219 1/4 OLIVA AVE, LAKEWOOD, CA 90712 | |
| 10925 | KHAN, SHARON, 237 ROBIN LANE, CLEVELAND, TN 37312 | |
| 10925 | KHAN, WANDA, 510 MONROE ST, CARLSTADT, NJ 07072 | |
| 10925 | KHAN, ZAHID, 20 CHOPIN COURT APT F1, JERSEY CITY, NJ 07302 | |
| 10925 | KHANLIAN, VAHE, 3745 CARTWRIGHT, PASADENA, CA 91107 | |
| 10925 | KHANYILE, SIPHO, 1826 METZEROTT RD #B5, ADELPHI, MD 20783 | |
| 10925 | KHAYAT, KAMAL H, 1395 RUE ONTARIO, SHERBROOKE, QC J1J 3T1CANADA | *VIA Deutsche Post* |
| 10925 | KHAZAN, VITALIY, 6616 SANZO ROAD, BALTIMORE, MD 21209 | |
| 10925 | KHERA, NEELAM, 9402 HENDON, HOUSTON, TX 77036 | |
| 10925 | KHODR, RODNEY, 517 MCDONALD AVE, CHAROLTTE, NC 28203 | |
| 10925 | KHOLLMAN, JAMES, 21657 W PINE CROOKED LAKE, LAKE VILLA, IL 60046 | |
| 10925 | KHORRAM, JANICE, 6337 TUTTLE AV, NORFOLK, VA 23502 | |
| 10925 | KHOURY, SHAHADY, 11516 GLEN ROAD, POTOMAC, MD 20854 | |
| 10924 | KHS&S CONTRACTORS, INC., 4992 E. HUNTER AVE., ANAHEIM, CA 92807 | |
| 10924 | KHS&S/BELLMONT LEARNING CENTER, 1034 MIGNONETTE ST., LOS ANGELES, CA 90012 | |
| 10924 | KHS&S/DISNEY HOLLYWOOD & DINE, ANAHEIM, CA 92807 | |
| 10924 | KHS&S/JAMBOREE BUSINESS CENTER EAST, IRVINE, CA 92709 | |
| 10924 | KHS&S/SUPER STAR LIMOUSINE, WESTSIDE BLDG. MTRL., ANAHEIM, CA 92807 | |
| 10924 | KHSS/CHAPMAN UNIVERSITY LAW CENTER, WESTSIDE BUILDING MATERIALS, ORANGE, CA 92868 | |
| 10924 | KHSS/TERMINATOR 2, NORTH HOLLYWOOD, CA 91601 | |
| 10925 | KHU, JAE, 9517 BARCELONA CRT, FAIRFAX, VA 22031 | |
| 10925 | KHU, JANNELL, 9517 BARCELONA CT, FAIRFAX, VA 22031 | |
| 10925 | KHUC, TAN, 75 GREENLEAF CIRCLE, FRAMINGHAM, MA 01701 | |
| 10925 | KHUONG, JOHNNY, 2506 POTRERO AVE., EL MONTE, CA 91733 | |
| 10925 | KHUU, VU, 6425 N 29TH ST, ARLINGTON, VA 22207 | |
| 10925 | KHYBERY, MD, ABFP,FAAFP, KASSEM M, 514 WESTCHSETER RD., COLCHESTER, CT 06415 | |
| 10925 | KHYLAP, SOFIA, 116 TREMONT ST #102, BRIGHTON, MA 02135 | |
| 10924 | KIA INC., 145 18TH 156TH STREET, JAMAICA, NY 11434 | |
| 10924 | KIA INC., 25935 DETROIT ROAD, WESTLAKE, OH 44145 | |
| 10925 | KIAN CHAI FOO, B1 3A 4 VISTA KOMANWELL B, VISTA KOMANWEL SRI PETALING 57700, KUALA LUMPUR, MALAYSIA | *VIA Deutsche Post* |
| 10924 | KIARA SDN BHD, TAMAN PERINDUSTRIAN IKS, MUKIM BATU MUDA FSA II, KUALA LUMPUR, MALAYSIA, 68100MYS | *VIA Deutsche Post* |
| 10925 | KIBBE, JAMES, 301 DRURY LANE, MAULDIN, SC 29662 | |
| 10925 | KIBBY, REBECCA, 900 CONSTITUTUION DRIVE, HOMESTEAD, FL 33034 | |
| 10925 | KIBIT, JOHN, 3 YELLOW BRICK RD, BRADFORD, MA 01835 | |
| 10925 | KIBODEAUX, DANNY, 1714 IBERIA ST, NEW IBERIA, LA 70560 | |
| 10925 | KIC INC, PO BOX 3874, GREENVILLE, SC 29608 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KICE INDUSTRIES, INC, 5500 MILL HEIGHTS DRIVE, WICHITA, KS 67219 | |
| 10925 | KICE INDUSTRIES, INC, PO BOX 11388, WICHITA, KS 67202-0388 | |
| 10925 | KICHLINE, CATHERINE, 4149 COPLAY CRK RD., SCHNECKSVILLE, PA 18078 | |
| 10925 | KICKAPOO IRON & METAL, 374 RYALL ST, MARSEILLES, IL 61341 | |
| 10925 | KICKLIGHTER, JAMES, 1631 WEST 7TH ST, LAKELAND, FL 33805 | |
| 10925 | KICKLITER, MARGERY, 2010 N DOVER RD, DOVER, FL 33527 | |
| 10925 | KIDD SR., ROBERT, 159 W. 73RD ST., CINCINNATI, OH 45216 | |
| 10925 | KIDD, JAMES, 11 IVEYROSE CT, SIMPSONVILLE, SC 29681 | |
| 10925 | KIDD, JAMES, 350 LAKEWOOD DRIVE #308, BRANDON, FL 33510 | |
| 10925 | KIDD, JOHN, PO BOX 53, MAGNOLIA, IL 61336-0053 | |
| 10925 | KIDD, PATRICIA, RT4 BOX 4122, DAWSONVILLE, GA 30534 | |
| 10925 | KIDD, RICHARD, 140 ANNESWOOD RD., MARTINEZ, GA 30907 | |
| 10925 | KIDD, ROBERT, 4135 HWY. 15N, LAUREL, MS 39440 | |
| 10925 | KIDD, RONALD, 2301 N. MCCOLL #96, MCALLEN, TX 78501 | |
| 10925 | KIDD, VIRGINIA, PO BOX 532, COMMERCE, GA 30529 | |
| 10925 | KIDDE CONSUMER, KIM LIGHTING DIV, 16555 EAST GALE AVE, CITY OF INDUSTRY, CA 91749 | |
| 10925 | KIDDE FENWAL, 400 MAIN ST, ASHLAND, MA 01721 | |
| 10925 | KIDDER, NELSON, 21 WILLIAM ST APT. 1, CAZENOVIA, NY 13035 | |
| 10925 | KIDDER, STEPHEN, 325 BYRON CT, OWENSBORO, KY 42303 | |
| 10925 | KIDDER-HALL ASSOCIATES, 124 MT AUBURN ST STE 200, CAMBRIDGE, MA 02138 | |
| 10925 | KIDDY JR., GEORGE, 4728 N TALMAN, CHICAGO, IL 60625 | |
| 10925 | KIDNEY FOUNATION, 620 CHEROKEE BLVD., STE. 111, CHATTANOOGA, TN 37405 | |
| 10925 | KIDNEY TRANSPLANT DIALYSIS ASSOC., PO BOX 1362, BOSTON, MA 02205 | |
| 10925 | KIDS IN DISTRESS, 819 NORTHEAST 26TH ST, FORT LAUDERDALE, FL 33305 | |
| 10925 | KIDWELL, KAREN, 110 CLEARVIEW, FRIENDSWOOD, TX 77546 | |
| 10925 | KIDWELL, RICKIE, 107 S CRESENT, ELECTRA, TX 76360 | |
| 10924 | KIE-CON (ANTIOCH), 3551 WILBUR AVE, ANTIOCH, CA 94509 | |
| 10924 | KIE-CON (PLEASANTON), 3200 BUSCH ROAD, PLEASANTON, CA 94566 | |
| 10924 | KIE-CON, 3200 BUSCH ROAD, PLEASANTON, CA 94566 | |
| 10924 | KIE-CON, 3551 WILBUR AVENUE, ANTIOCH, CA 94509 | |
| 10925 | KIEFABER JR, WARNER H, 1135 ASHBURTON DR, DAYTON, OH 45459-1407 | |
| 10925 | KIEFER, AURA ANN, 7382 PARK VIEW CT., SANTEE, CA 92071 | |
| 10925 | KIEFER, C, 67E NAPA DRIVE, PETALUMA, CA 94554 | |
| 10925 | KIEFER, CLARA, RT 1 BOX 262, PEKIN IN, IN 47165 | |
| 10925 | KIEFER, HELEN, 2037 MILLER ST, WEST BEND, WI 53095 | |
| 10925 | KIEFFER, JACK, 915 NW 4TH ST, OKEECHOBEE, FL 34972 | |
| 10925 | KIEHL, JOHN, 1793 DANIEL MALONEY, SAN JOSE, CA 95121 | |
| 10925 | KIEHNAU, KENNETH, 829 LAKE LARGO DR, GREEN BAY, WI 54311 | |
| 10925 | KIEHNAU, RENEE, 2788 SUNRAY, GREEN BAY, WI 54313 | |
| 10925 | KIEMLE & HAGOOD CO., WEST 601 MAIN AVE., STE 400, SPOKANE, WA 99201-0674 | |
| 10925 | KIENAST, MARK, 102 LANYARD BEND, PEACHTREE CITY, GA 30269 | |
| 10924 | KIENSTRA BLOCK & BRICK, 301 W. FERGUSON AVE., WOOD RIVER, IL 62095 | |
| 10924 | KIENSTRA BLOCK & BRICK, P.O. BOX 75, WOOD RIVER, IL 62095 | |
| 10924 | KIENSTRA READY MIX DO NOT USE, 8400 EAGER ROAD, BRENTWOOD, MO 63144 | |
| 10924 | KIENSTRA READY MIX OF O'FALLON, 1715 TERRA LANE EAST, O FALLON, MO 63366 | |
| 10924 | KIENSTRA SUPPLY CO., INC., 11911 DORSETT RD, MARYLAND HEIGHTS, MO 63043 | |
| 10924 | KIENSTRA SUPPLY CO., INC., 14580 MISSOURI BOTTOM ROAD, BRIDGETON, MO 63044 | |
| 10924 | KIENSTRA SUPPLY CO., INC., 3009 DOUGLAS ROAD, FLORISSANT, MO 63032 | |
| 10924 | KIENSTRA SUPPLY CO., INC., 8400 EAGER ROAD, BRENTWOOD, MO 63144 | |
| 10924 | KIENSTRA SUPPLY CO., INC., 8400 EAGER ROAD, SAINT LOUIS, MO 63144 | |
| 10924 | KIENSTRA SUPPLY CO., INC., RIVERVIEW QUARRY, SAINT LOUIS, MO 63144 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KIENSTRA, 301 WEST FERGUSON AVE, WOOD RIVER, IL 62095 | |
| 10924 | KIENSTRA, INC., 1032 EAGLE PARK ROAD, MADISON, IL 62060 | |
| 10924 | KIENSTRA, INC., 301 W FERGUSON AVE, WOOD RIVER, IL 62095 | |
| 10924 | KIENSTRA, INC., 3664 STATE ROUTE 111, PONTOON BEACH, IL 62040 | |
| 10924 | KIENSTRA, INC., 4005 COLLEGE AVENUE, ALTON, IL 62002 | |
| 10924 | KIENSTRA, INC., 434 CHERRY ST, EDWARDSVILLE, IL 62025 | |
| 10924 | KIENSTRA, INC., 8601 PAGE, SAINT LOUIS, MO 63114 | |
| 10924 | KIENSTRA, INC., P O BOX 24, WOOD RIVER, IL 62095 | |
| 10924 | KIENSTRA, INC., P.O. BOX 639, WOOD RIVER, IL 62095 | |
| 10924 | KIENSTRA, INC., P.O. BOX 649, WOOD RIVER, IL 62095 | |
| 10924 | KIENSTRA, INC./ST. LOUIS PRESTRESS, 434 CHERRY STREET, EDWARDSVILLE, IL 62025 | |
| 10924 | KIENSTRA-DO NOT USE, GRAFTON, IL 62037 | |
| 10925 | KIEPKE, STANLEY, 702 ADARE RD, NORFOLK, NE 68701 | |
| 10925 | KIEPURA-STEWART ROOFING, INC, 1901 EAST END AVE., CHICAGO HEIGHTS, IL 60411-4243 | |
| 10924 | KIERNAN HOSPITAL, C/O BEL AIR FOAMED INSULATION, BALTIMORE, MD 21201 | |
| 10925 | KIERNAN JR, THOMAS F, PO BOX 682, STONY BROOK, NY 11790-0682 | |
| 10925 | KIESOW, DAVID, 5241 TOWERLINE ROAD, MARSHALL, WI 53559 | |
| 10925 | KIESOW, GERFRIED, ROGENOORT 9, HAMBURG, 22397GERMANY | *VIA Deutsche Post* |
| 10925 | KIESSLING, MARY, 1207 ANGLESEA ST, BALTIMORE, MD 21224-5419 | |
| 10925 | KIEWIET DEJONGE, BARBARA, 810 FOURTH AVE, FARMVILLE, VA 23901 | |
| 10924 | KIEWIT ADKINSON/KENNY, 190 TAFTS AVE, WINTHROP, MA 02152 | |
| 10924 | KIEWIT EASTERN, PO BOX 31, DOLGEVILLE, NY 13329 | |
| 10924 | KIEWIT PACIFIC CO., 24001 N.E. SANDY BLVD, TROUTDALE, OR 97060 | |
| 10924 | KIEWIT PACIFIC CO., 6363 N. VENTURA AVE, VENTURA, CA 93001 | |
| 10924 | KIEWIT PACIFIC CO., 6363 N. VENTURA AVENUE, VENTURA, CA 93001 | |
| 10924 | KIEWIT PACIFIC, 3106 EAST AIRPORT DRIVE, ONTARIO, CA 91761 | |
| 10924 | KIEWIT PACIFIC, 7800 WORLD WAY WEST, LOS ANGELES, CA 90045 | |
| 10924 | KIEWIT PACIFIC, 9312A BEAR MOUNTAIN BOULEVARD, BAKERSFIELD, CA 93311 | |
| 10924 | KIEWIT PACIFIC, AT THE INTERSECTION OF OLD RIVER RD, & BEAR MOUNTAIN RD. (AKA HWY 223), BAKERSFIELD, CA 93313 | |
| 10924 | KIEWIT WESTERN CO, 1000 KIEWIT PLAZA, OMAHA, NE 68131 | |
| 10925 | KIEWIT WESTERN CO, 1515 EAST TROPICANA STE #500, LAS VEGAS, NV 89119 | |
| 10924 | KIEWIT WESTERN CO, 38888 EAST BROADWAY ROAD, PHOENIX, AZ 85040 | |
| 10924 | KIEWIT WESTERN CO, 7926 S PATTE CANYON RD, LITTLETON, CO 80123 | |
| 10924 | KIEWIT WESTERN CO, THIRD RUNWAY, SKY HARBOR AIRPORT, PHOENIX, AZ 85034 | |
| 10924 | KIEWIT WESTERN CO., ATTN: FRANK SCHWAB, 1111 MARY CREST ROAD, SUITE F, HENDERSON, NV 89014 | |
| 10924 | KIEWIT WESTERN COMAPANY, 3020 EAST OLD TOWER ROAD, PHOENIX, AZ 85034 | |
| 10924 | KIEWIT WESTERN, 1605 LAKE LAS VEGAS, HENDERSON, NV 89014 | |
| 10924 | KIEWIT WESTERN, 243 B LAKESHORE DRIVE, HENDERSON, NV 89009 | |
| 10924 | KIEWIT/SAN XAVIER/CORTARO/#23, CORTARO ROAD, TUCSON, AZ 85734 | |
| 10924 | KIEWIT/SAN XAVIER/GREEN VAL#25, INTERSTATE 19, GREEN VALLEY, AZ 85614 | |
| 10924 | KIEWIT/UNITED METRO/TANNER, SACATON PLANT #48, SACATON, AZ 85221 | |
| 10924 | KIEWIT/UNITED TANNER/TEMPE2982, RIO SALADO PKWY TO SALT RIVER, N.E. OUTER LOOP (SR101L), PHOENIX, AZ 85000 | |
| 10924 | KIEWIT/UNITED/TANNER #2, 11253 E. BEELINE HIGHWAY, SALT RIVER INDIAN RESERVA, AZ 85256 | |
| 10924 | KIEWIT/UNITED/TANNER/#15, SALT RIVER INDIAN, MCKELLIPS PLANT #15, MESA, AZ 85201 | |
| 10924 | KIEWIT/UNITED/TANNER/#47, COOLIDGE PLANT #47, COOLIDGE, AZ 85228 | |
| 10924 | KIEWIT/UNITED/TANNER/#49, CASA GRANDE PLANT #49, CASA GRANDE, AZ 85222 | |
| 10924 | KIEWIT/UNITED/TANNER/#685, 3 1/2 MILES N. OF PARKER ON, PARKER, AZ 85344 | |
| 10924 | KIEWIT/UNITED/TANNER/YUMA, 2088 EAST 20TH STREET, YUMA, AZ 85365 | |
| 10924 | KIEWIT/UNITED/TPAC/TUCSON, 5175 NORTH CASA GRANDE HIGHWAY, TUCSON, AZ 85743 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   KIEWIT/UNITED/UNION/#1 CENTRAL AVE, 2800 SOUTH CENTRAL, PHOENIX, AZ 85040

10924   KIEWIT-GRANITE, ATTN:  ACCOUNTS PAYABLE, HEMET, CA 92546

10924   KIEWIT-PACIFIC JOB 5548, 12396 WORLD TRADE DRIVE SUITE 108, SAN DIEGO, CA 92128

10924   KIEWIT-PACIFIC, PMB-77, 531 MAIN STREET, EL SEGUNDO, CA 90245

10924   KIEWITT-GRANTIE A JOINT VENTURE, EASTSIDE RESERVIOR, HEMET, CA 92545

10925   KIGER, BILLIE, 1269 LINCOLN ST, CRAIG, CO 81625

10925   KIGER, JAMES, 1269 LINCOLN, CRAIG, CO 81625

10925   KIGHT, JACK, 221 FARMWOOD DR, LAPORTE, IN 46350

10925   KIGHT, TAMMY, 629 KINGSTON ROAD, BALTIMORE, MD 21220

10925   KIGWE, JACQUELINE, 136 BOWDEN ST #211, LOWELL, MA 01852

10925   K-III BACONS INFORMATION, PO BOX 12055, NEWARK, NJ 07101

10925   K-III DIRECTORY CORPORATION, 10 LAKE DR, HIGHTSTOWN, NJ 08520-5397

10925   KIKOS ENTERPRISES, INC, 18 NICHOLS ST, NEWARK, NJ 07105

10925   KIL, HAE, 300 D LOCUST ST, VIENNA, VA 22180

10924   KILAUEA CRUSHERS, 7516 W, DEER VALLEY ROAD, PHOENIX, AZ 85308

10925   KIL-BAR ELECTRIC COMPANY, 1910 S CARBOY ROAD, MOUNT PROSPECT, IL 60056-5709

10925   KIL-BAR ELECTRIC COMPANY, 1910 SOUTH CARBOY RD, MOUNT PROSPECT, IL 60056

10925   KILBAUGH, RONALD, 603 SUGAR MILL RD, GREER, SC 29650

10924   KILBOURN PHOTO PRODUCTS, 2911 FIRST AVENUE SE, CEDAR RAPIDS, IA 52402

10925   KILBOURNE MEDICAL LABORATORIES, 463 OHIO PIKE, CINCINNATI, OH 45255

10925   KILBY, JANICE, 836 SHENANDOAH SHORE, FRONT ROYAL, VA 22630

10925   KILCHENMAN, RITA A, CUST FOR DAVID E KILCHENMAN, UNIF GIFT MIN ACT OH, 825 ACORN DR,
        SLEEPY HOLLOW, IL 60118-2661

10925   KILCOYNE, JOHN F, 82 FRANKLIN ST, CLINTON, MA 01510-3428

10925   KILCOYNE, LANAE, RR 2, BOX 214, OWATONNA, MN 56060

10925   KILDAHL, LAURY, 5200 SE FRONTAGE ROAD, BOX 191, TIMNATH, CO 80547

10925   KILDAY, KATHLEEN, 2 GREENWOOD VILLAGE, N EASTON, MA 02356

10925   KILDAY, SHEILA, 2 EISNOR DRIVE, NORTON, MA 02766

10925   KILDOW, BETTY, 2605 CUMBERLAND, ODESSA, TX 79761

10925   KILE, REBECCA, RT 7 BOX 252, KANKAKEE, IL 60901

10925   KILES, SHARISE, 2036 SOUTH 7TH ST, EL CENTRO, CA 92243

10925   KILEY, MARYANN, 1411 BURKE ROAD, PASADENA, TX 77502

10925   KILFOYLE, R, 67 GROVE ST 34, ARLINGTON, MA 02174

10925   KILFOYLE, ROBERTA, 1 SCHOOL ST. UNIT 309, ARLINGTON, MA 02174

10925   KILFOYLE, ROBERTA, 1 SCHOOL ST., #309, ARLINGTON, MA 02174

10925   KILGAS, CHRISTOPHER, 633 BOWERS LANE, KAUKAUNA, WI 54130

10925   KILGO, ANDREA, 3838 MONTFORD DR., CHAMBLEE, GA 30341

10924   KILGORE JR. COLLEGE, 1100 BROADWAY, KILGORE, TX 75662

10925   KILGORE, ANTHONY, 5462 WINDWOOD RD, COLLEGE PARK, GA 30349

10925   KILGORE, JAMES, 207 CAVE ST, ROSSVILLE, GA 30741

10925   KILGORE, JULIANNE, 1997 DERING CIRCLE, ATLANTA, GA 30345

10925   KILGORE, LOUISE, ROUTE 7 BOX 437, GREENVILLE, NC 27858

10925   KILGORE, MICHELLE, 3016 NEW OAK LANE, BOWIE, MD 20716

10925   KILGORE, NANNIE, 1129 NEELY FERRY RD, SIMPSONVILLE, SC 29681

10925   KILGORE, RONDA, 10701 VISTA DEL SOL, EL PASO, TX 79935

10925   KILGORES WELDING AND REPAIR, PO BOX 561, PELAHATCHIE, MS 39145

10925   KILGOUR, JAMES, ROUTE 78 BOX 308, LESLIE, AR 72645-9998

10925   KILIAN, TIMOTHY, 595 SCHILLER ST. #10, SUN PRAIRIE, WI 53590

10924   KILKELLY ENVIRONMENTAL ASSOCIATES, 4805 GREEN ROAD, RALEIGH, NC 27616

10925   KILKELLY, BARBARA J, 65 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KILKELLY, BARBARA, 11 DAVEY LANE, WAKEFIELD, MA 01880

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   KILKELLY, KERRY, 239 MAIN ST. FR, WOBURN, MA 01801

10925   KILLE, J., 7195 BLUESTONE DRIVE, RENO, NV 89511

10925   KILLEBREW, ROBIN, 3588 N CAROLINE AVE, INDIANAPOLIS, IN 46218

10924   KILLEEN EAST SCHOOL, 1001 WEST FM 2410, HARKER HEIGHTS, TX 76548

10924   KILLEEN ELEMENTRY SCHOOL NO.26, 2600 WESTWOOD DRIVE, KILLEEN, TX 76540

10924   KILLEEN WEST SCHOOL, 3302 STAN SCHLUETER LOOP, KILLEEN, TX 76542

10925   KILLEEN, MAUREEN, 23 DEBS HILL ROAD, YARMOUTHPORT, MA 02675

10925   KILLEEN, SHEILA, 11 ACADEMY ST, WORCESTER, MA 01609

10925   KILLELEA, MARTHA, 90 BOSTON AVE, MEDFORD, MA 02155

10925   KILLEN, WILLIAM, 418 CIRCLEVIEW DR, BECKLY, WV 25801

10924   KILLENS CONCRETE COMPANY, 3305 LIBERTY ROAD, ANN ARBOR, MI 48103

10925   KILLIAN JR, CHARLES B, 79 ST GEORGE ST, DUXBURY, MA 02332-3846

10925   KILLIAN SR, CHARLES B, 79 ST GEORGE ST, DUXBURY, MA 02332-3846

10925   KILLIAN, JR, CHARLES, 79 SAINT GEORGE ST, DUXBURY, MA 02332-3846

10925   KILLIAN, TIMOTHY P, 3726 75TH AVE TER, SARASOTA, FL 34243

10925   KILLIAN, TRACY, 608 HARMONY GROVE RD, BALLGROUND, GA 30107

10925   KILLIANY, KATHY, 8409 STRUB AVE, WHITTIER, CA 90605

10925   KILLINGBECK, BL, 20405 W GRANT MINE, WITTMAN, AZ 85361

10925   KILLINGER, GLENN, 204 COACHMAN DRIVE, SIMPSONVILLE, SC 29681

10925   KILLINGER, RICHARD, 13 TOLAND AVE, WATERLOO, IA 50707

10925   KILLINGER, WILLIAM, 1264 OCEAN PKY, BERLIN, MD 21811

10924   KILLINGSLEY COURTHOUSE, 128 SCHOOL STREET, DANIELSON, CT 06239

10924   KILLINS/CLAWSON, 3305 W LIBERTY, ANN ARBOR, MI 48106

10925   KILLION EXTRUDERS INC., 200 COMMERCE RD., CEDAR GROVE, NJ 07009

10925   KILLION EXTRUDERS, INC, 200 COMMERCE RD., CEDAR GROVE, NJ 07009

10925   KILLION, 200 COMMERCE ROAD, CEDAR GROVE, NJ 07009

10925   KILLION, CHERYL D, 8451 LA PRADA#2082, DALLAS, TX 75228

10925   KILMARTIN, KATHRYN, 9 MARK ST, BURLINGTON, MA 01803

10925   KILMER, G, 88 KING ST., PORT BYRON, NY 13140

10925   KILOVAC, 550 LINDEN, CARPINTERIA, CA 93013

10925   KILOVAC, PO BOX 4422, SANTA BARBARA, CA 93103

10925   KILPATRICK STOCKTON LLP, POBOX 945614, ATLANTA, GA 30392

10925   KILPATRICK, ANN, 2089 ELMER NE, GRAND RAPIDS, MI 49505

10925   KILPATRICK, B, 1137 FOX AVE, STATESVILLE, NC 28677

10925   KILPATRICK, DONALD, 3101 AVE Q, WICHITA FALLS, TX 76309

10925   KILPATRICK, EROCL, 3840 18TH, 811, CASPER, WY 82609

10925   KILPATRICK, MARALYN, 74 HAZELNUT COURT, SAN RAMON, CA 94583

10925   KILPATRICK, MARGARET, PO BOX 1427, LOGANVILLE, GA 30249

10925   KILPATRICKS LANDSCAPES, 3344 N BOGAN ROAD, BUFORD, GA 30519

10925   KILPONEN, MARY, 1191 COUNTY ROAD 43, TYLER, AL 36785

10925   KILROE, CAROL, 225 NORTH ST, SALEM, MA 01970

10925   KILTON, JAMES, 200 EVENING WAY, MAULDIN, SC 29662-2508

10925   KILTON, JOHN, PO BOX 253, RR2, PONCA, NE 68770-0253

10925   KILTON, KIMBERLY, 200 EVENING WAY, MAULDIN, SC 29662

10925   KILUK, LAURA, PO BOX 4043, S CHELMSFORD, MA 01824

10925   KIM & CHANG, SEOUL BLDG, 114-31 UNI-DONG CHONGRO-KU, SEOUL, 110-350SOUTH KOREA        *VIA Deutsche Post*

10925   KIM A GOMES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KIM ANDERSON, 2545 RIVER GROVE, GREEN BAY, WI 54303

10925   KIM BARTZ, 3820 BARKER ROAD, MINNETONKA, MN 55305

10925   KIM DELANO KELLETT, PO BOX 56, INDIAN TRAIL, NC 28079-0056

10925   KIM DICKERSON, 1729 N OAK KNOLL DR, ANAHEIM, CA 92807-1303

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KIM DOUET, PO BOX 2585, HOUSTON, TX 77252 | |
| 10925 | KIM FRAZIER, 1133 EAST CHARLOTTE TOWN RD., OLATHE, KS 66061 | |
| 10925 | KIM IAN MEHRING, 1805 PERKINS, LINCOLN, NE 68502-3744 | |
| 10925 | KIM KROENING, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10924 | KIM LIGHTING, P.O. BOX 60080, 16555 EAST GAYLE AVENUE, CITY OF INDUSTRY, CA 91716-0080 | |
| 10925 | KIM M DICKERSON, 2500 S. GARNSEY ST, SANTA ANA, CA 92707 | |
| 10925 | KIM M WALSH, 58 PHEASANT DR, CRANSTON, RI 02920-1223 | |
| 10925 | KIM, BAE & LEE, 647-15 YOKSAM-DONG, KANGNAM-KU SEOUL, 135-723KOREA | *VIA Deutsche Post* |
| 10925 | KIM, CHAN-SHIK, 306-A WELLINGBOROUGH WAY, COCKEYSVILLE, MD 21030 | |
| 10925 | KIM, CLIFTON, % FABRICARE CLEANERS LAUNDRY 13541 FLORIDA AVE, TAMPA, FL 33613-3214 | |
| 10925 | KIM, GWAN, 5226 PATRIOT LANE, COLUMBIA, MD 21045 | |
| 10925 | KIM, HELEN, 27 REDHAWK, IRVINE, CA 92714 | |
| 10925 | KIM, HUI, 1216 VFW PKWY APT #47, W ROXBURY, MA 02132 | |
| 10925 | KIM, HYO SOOK, 40-94 DENMAN ST, ELMHURST, NY 11373 | |
| 10925 | KIM, HYUAN, 5391 FALLRIVER ROW COURT, COLUMBIA, MD 21044 | |
| 10925 | KIM, INSUK, 4807 WINDCHIMES, HOUSTON, TX 77066 | |
| 10925 | KIM, JAE, 2305 CASTLE ROYALE DR, LAWRENCEVILLE, GA 30043 | |
| 10925 | KIM, JAE, 6432 MOUNTAIN RIDGE, TRUSSVILLE, AL 35173 | |
| 10925 | KIM, JEANYOUNG, 82 ARLINGTON ST, WINCHESTER, MA 01890 | |
| 10925 | KIM, JENNIFER, 510 MORAVIAN AVE, DELRAN, NJ 08075 | |
| 10925 | KIM, JOHN, 828 HEMLOCK COURT, NORWOOD, NJ 07648 | |
| 10925 | KIM, MEAN, 1322 ST. LOUIS AVE, LONG BEACH, CA 90804 | |
| 10925 | KIM, MYUNG, 27-07 NEWTON AVE #3R, ASTORIA, NY 11102 | |
| 10925 | KIM, SOON BOG, 1711 GESSNER RD, HOUSTON, TX 77080 | |
| 10925 | KIM, TEDDY, 4834 25 TH RD, ARLINGTON, VA 22207 | |
| 10925 | KIM, WOISOON, 1156 COMMONWEALTH AV, BOSTON, MA 02125 | |
| 10925 | KIMAN, LENNY, 1432 FAUNCE ST, PHILADELPHIA, PA 19111 | |
| 10925 | KIMBALL CONSTRUCTION CO, INC, 9615 PHILADELPHIA RD., BALTIMORE, MD 21237 | |
| 10924 | KIMBALL HALL - CORNELL UNIVERSITY, KIMBALL HALL, ITHACA, NY 14850 | |
| 10925 | KIMBALL, HEATHER, 33A BROOKFIELD DRIVE, GROTON, MA 01450 | |
| 10925 | KIMBALL, J KEVIN, 876 N. JEFFERSON AVE, PO BOX 133, PORT ALLEN, LA 70767 | |
| 10925 | KIMBALL, K., PO BOX 191, NEWTON CENTRE, MA 02159 | |
| 10925 | KIMBALL, KARIN, 1960 NE 165TH ST, N MIAMI BEACH, FL 33162 | |
| 10925 | KIMBALL, MICHAEL, 9 BURTON ST, WESTBROOK, ME 04092 | |
| 10925 | KIMBALL, PHILIP, 245 BRIDGE ST, SHOREVIEW, MN 55126 | |
| 10925 | KIMBALL, SARA, 9 BURTON ST, WESTBROOK, ME 04092 | |
| 10925 | KIMBALL, SHARON, 302 LORI DR, D, GLEN BURNIE, MD 21061 | |
| 10925 | KIMBALL, WAYNE, RT 3 BOX 451 WESTWOOD DR, LAURENS, SC 29360 | |
| 10925 | KIMBER, JESSE, 231 LANGLEY ROAD R1, BALTIMORE, MD 21221 | |
| 10925 | KIMBERLIN, KENNETH, 1132 ORCHARD AVE.BOX 451, SILT, CO 81652 | |
| 10925 | KIMBERLY A HAFNER, 1929 WHITEACRE DR, BETHLEHEM, PA 18015-5046 | |
| 10925 | KIMBERLY A. HINKLE, 4803 SOUTH COLIN AVE, CHICAGO, IL 60632 | |
| 10924 | KIMBERLY CLARK, 1400 HOLCOMB BRIDGE ROAD, ROSWELL, GA 30076-2190 | |
| 10924 | KIMBERLY CLARK, 501 E. MUNISING AVENUE, MUNISING, MI 49862 | |
| 10924 | KIMBERLY CLARK, 501 E. MUNISING AVENUE, WACO, TX 76702 | |
| 10924 | KIMBERLY CLARK, PO BOX 2606, WACO, TX 76702 | |
| 10925 | KIMBERLY HOFFMAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KIMBERLY J LOGSTON, 4323 CRITES ST, HOUSTON, TX 77003 | |
| 10925 | KIMBERLY M. SMITH, 131 RABUN CHURCH RD., GRAY COURT, SC 29645 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KIMBERLY MERCER BOWERS AS, CUSTODIAN FOR SETH MERCER BOWERS, UNDER THE NORTH CAROLINA UNIFORM, TRANSFERS TO MINORS ACT, 812 MCNAIR COURT, HIGH POINT, NC 27265-129

10925   KIMBERLY MERCER BOWERS, 812 MCNAIR COURT, HIGH POINT, NC 27265-1295

10925   KIMBERLY SCARPIELLO, 281 YARDLEY AVE, FALLSINGTON, PA 19054

10925   KIMBERLY SCARPIELLO, TAX COLLECTOR, 188 LINCOLN HWY., SUITE 108, FAIRLESS HILLS, PA 19030

10925   KIMBERLY WOODRUFF, 3410 COURT HOUSE DR, ELLICOTT CITY, MD 21043-4546

10925   KIMBERLY, MIKE, 1719 CHERRY AVE, EASTON, PA 18040

10925   KIMBERLY, MIKE, 2133 85 ST, NORTH BERGEN, NJ 07047

10924   KIMBERLY-CLARK CORPORATION, 351 PHELPS DR, IRVING, TX 75038

10924   KIMBERLY-CLARK CORPORATION, 501 E MUNISING AVE, MUNISING, MI 49862

10924   KIMBERLY-CLARK CORPORATION, PO BOX2606, WACO, TX 76702-2606

10924   KIMBERLY-CLARK FORMULABS, 529 WEST 4TH STREET, ESCONDIDO, CA 92025

10925   KIMBLE, JAMES, 4051 CORNELL BLVD., ATLANTA, GA 30331

10925   KIMBLE, LOYCE, 2401 STONEWALL, LAMARQUE, TX 77568

10925   KIMBLE, MARVA, 731 EDGERTON DR, CHARLOTTE, NC 28213

10925   KIMBLE, MARY, 2213 MARLBORO RD, CAYCE, SC 29033

10925   KIMBLEY, DELANNA, 112 JEANETTE, GLADE WATER, TX 75647

10925   KIMBRELL, CHUCK, POBOX 283, SENECA, SC 29679

10925   KIMBRELL, GERALD, 199 MARYS MOUNT ROAD, EASLEY, SC 29640

10925   KIMBRELL, GERALD, 199 MARYS MOUNTAIN RD, EASLEY, SC 29640

10925   KIMBRELL, S., 4340 PINSON VALLEY PKWY, BIRMINGHAM, AL 35215

10925   KIMBRELL, STEVE, 4340 PINSON VALLEY PKY B34, BIRMINGHAM, AL 35215

10925   KIMBRIL-GARCIA, FAYE, PO BOX 116, HOMELAND, FL 33847-0116

10925   KIMBRO, LUTHER, 702 MOCKINGBIRD, IOWA PARK, TX 76367

10925   KIMBROUGH, BERTHA, 12 WEST PAUL AVE, TRENTON, NJ 08540

10925   KIMBROUGH, WALTER, 18 OAK LANE, TRENTON, NJ 08618

10925   KIMEATHA D WEBB, 2407 E 60TH ST, KANSAS CITY, MO 64130-3535

10925   KIMES, JAMES, 7133 W. YUCCA, PEORIA, AZ 85345

10925   KIMLING, JAMES, 6924 WILLIAMS DRIVE, GALVESTON, TX 77557

10925   KIMMEL RITTER, ANN, PO BOX 365, BARNWELL, SC 29812

10925   KIMMEL TRUCK TIRES, 505 KANE ST., BALTIMORE, MD 21224

10925   KIMMEL, JEFFREY, 2 HOOVER LANE, BETHEL, PA 19507

10925   KIMMEL, KAREN, 655 N ALEXANDER #31D, DUNCANVILLE, TX 75116-3931

10925   KIMMEL, KATHY, 375 VALLEY FORGE RD, W PALM BEACH, FL 33405

10925   KIMMEL, LESLIE, 2655 DEERWOOD AVE, SIMI VALLEY, CA 93065

10925   KIMMEL, STEPHANIE, 14619 PARK AVE EXT, MEADVILLE, PA 16335

10925   KIMMINS, DENISE, PO BOX 65, CANADENSIS, PA 18325

10925   KIMMITT, THOMAS, 6550 HUNTSHIRE DRIVE, BALTIMORE, MD 21227

10925   KIMMONS JR, W L, 232 OVERHILL DRIVE, DUNCAN, SC 29334

10925   KIMMONS, RAY, 1 BRIARSTONE CT, MAULDIN, SC 29662

10924   KIMOTO TECH, INC., 601 CANAL STREET, CEDARTOWN, GA 30125

10924   KIMOTO TECH, INC., PO BOX 1783, CEDARTOWN, GA 30125

10925   KIMPLAND, PATRICIA, 49 BOWDOIN ST APT 3, DORCHESTER, MA 02124

10925   KIMPTON, GAYLE, 3323 50TH AVE E., BRADENTON, FL 34203

10925   KIMS RADIATOR & MFG CO, INC, 2615 LENA ST, SULPHUR, LA 70663

10925   KIMSEY, BOBBY, 197 RIDDLE TOWN ROAD, GRAY COURT, SC 29645

10925   KIMSEY, TRACEY, RTE 3 BOX 135, GUYMON, OK 73942

10925   KINAL, MICHAEL, CUST FOR ANDREA KINAL, UNIF GIFT MIN ACT NY, HCRI BOX 33, CLIMAX, NY 12042

10925   KINANE, THOMAS, 1776 HARDEN BLVD, LAKELAND, FL 33803

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KINARD, CHARLES, 110 MARY ST, CLINTON, SC 29325 | |
| 10925 | KINARD, ELIZABETH, 200 TIMBERLINE TRAIL, ORMOND BEACH, FL 32174 | |
| 10925 | KINARD, OLESTER, 108 CHARLTON ST, LAURENS, SC 29360 | |
| 10925 | KINARD, R, 200 TIMBERLINE TRAIL, ORMOND BEACH, FL 32174 | |
| 10925 | KINARD, RICHARD, 2000 SOUTH OCEAN BLVD., 5G, BOCA RATON, FL 33432 | |
| 10925 | KINARD, RICHARD, 2485 NW 43RD ST, BOCA RATON, FL 33431 | |
| 10925 | KINCADE, STEPHEN, 55 LEWIS ST, CANTON, MA 02021 | |
| 10925 | KINCAID, LEA ANN, 847 AMERICA ST, BATON ROUGE, LA 70802 | |
| 10925 | KINCAID, R, 1720 1/2 E PIKES PEAK, COLORADO SPRINGS, CO 80907 | |
| 10925 | KINCAID, WILLIAM, 320 COCASSET, FOXBORO, MA 02035 | |
| 10925 | KINCANNON, DEBORAH, 501 HUMMINGBIRD LANE, RUSTON, LA 71270 | |
| 10925 | KINCH, WILLIAM, 48 OAK LEDGE LANE, WILTON, CT 06897-3404 | |
| 10925 | KINCHEN, PATRICIA, 18002 IMBER FOREST LANE, HUMBLE, TX 77346 | |
| 10925 | KINCHEN, PATRICIA, 18002 IMBER FOREST LN., HUMBLE, TX 77346 | |
| 10925 | KINDEN, SCOTT, BOX 325, WATFORD CITY, ND 58854 | |
| 10924 | KINDER CARE, 69 HOWARD STREET, WATERTOWN, MA 02272 | |
| 10924 | KINDER MORGAN, 4755 EAST ROUTE 6, MORRIS, IL 60450 | |
| 10925 | KINDER, PAMELA, 5166 E 300 N, RUSHVILLE, IN 46173 | |
| 10925 | KINDERICK, TRACEY, 3020 W. 27TH, AMARILLO, TX 79109 | |
| 10925 | KINDLEY, N, C/O MRS. N. DYKES 3132 MANATEE DR, VIRGINIA BEACH, VA 23464 | |
| 10925 | KINDSVATER, JOHN, 18527 DAMON DRIVE, HESPERIA, CA 92345 | |
| 10925 | KINDT, 181 BRASS EAGLE DR, SYKESVILLE, MD 21784 | |
| 10925 | KINDT, LAWRENCE J, 181 BRASS EAGLE DRIVE, SYKESVILLE, MD 21784 | |
| 10925 | KINDT, LAWRENCE J, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | KINDT, LAWRENCE, 181 BRASS EAGLE DR, SYKESVILLE, MD 21784 | |
| 10925 | KINEAVY, HELEN, 111C SUNSET LANDING, OCEAN CITY, MD 21842 | |
| 10925 | KINEN, CHARLES, 2409 S. CHESTNUT ST., 17, ATLANTIC, IA 50022 | |
| 10925 | KINERD, JOANNA, 2600 IVANHOE LN., ABILENE, TX 79605 | |
| 10925 | KINERGY CORP., 7310 GRADE LANE, LOUISVILLE, KY 40219 | |
| 10925 | KINETIC DESIGN, 5160 W 125TH PLACE, ALSIP, IL 60803 | |
| 10924 | KINETICS TECHNOLOGY INTERNATIONAL, VIA MONTE CARMELO 5, 00168 ROME, 99999ITA | *VIA Deutsche Post* |
| 10925 | KINETICS WEST, INC, 7059 CURTICE ST, LITTLETON, CO 80120 | |
| 10925 | KING & BISHOP, PO BOX 518, WALTHAM, MA 02254-0518 | |
| 10924 | KING & CO INC, 639 DUPRE STREET, NEW ORLEANS, LA 70150 | |
| 10924 | KING & CO, 1523 AT CHARLES AVE, NEW ORLEANS, LA 70130 | |
| 10924 | KING & CO, P O BOX 50236, NEW ORLEANS, LA 70150 | |
| 10924 | KING & COMPANY, 639 DUPRE STREET, NEW ORLEANS, LA 70119 | |
| 10924 | KING & COMPANY, ATTN: DAVE, NEW ORLEANS, LA 70150 | |
| 10924 | KING & COMPANY/BOB WILSON, 9551 AIRSIDE DRIVE, AUSTIN, TX 78719 | |
| 10924 | KING & MALCOLM, 57-10 GRAND AVENUE, MASPETH, NY 11378 | |
| 10925 | KING & SPALDING, 1730 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20006 | |
| 10925 | KING & SPALDING, 191 PEACHTREE ST, CHET TISDALE, ATLANTA, GA 30303-1763 | |
| 10925 | KING & SPALDING, LES OAKES, 191 PEACHTREE ST, ATLANTA, GA 30303-1763 | |
| 10924 | KING AND COMPANY, CAMBRIDGE, MA 02140 | |
| 10924 | KING ASPHALT INC, ATTN: ACCOUNTS PAYABLE, LIBERTY, SC 29657 | |
| 10924 | KING ASPHALT INC., 1189 OLD STAGE RD., SIMPSONVILLE, SC 29681 | |
| 10924 | KING ASPHALT INC., ATTN: ACCOUNTS PAYABLE, LIBERTY, SC 29657 | |
| 10925 | KING ASSOCIATES, INC, 10833 MILLINGTON COURT, CINCINNATI, OH 45242 | |
| 10925 | KING BAG & MANUFACTURING CO., 1500 SPRING LAWN AVE., CINCINNATI, OH 45223-1699 | |
| 10925 | KING BEARING INC, 22647 NETWORK PL, CHICAGO, IL 60673 | |
| 10925 | KING BEARING, INC, 22647 NETWORK PL, CHICAGO, IL 60673 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KING CLEXTON & FEOLA, LLC, 1670 YORK ST, DENVER, CO 80206

10925    KING COLE AUDIO VISUAL SERVICE INC, 47-59 49TH ST, WOODSIDE, NY 11377

10924    KING CONSTRUCTION COMPANY, PO BOX849, HESSTON, KS 67062

10924    KING CONSTRUCTION, HWY 23 SOUTH, HOXIE, KS 67740

10924    KING COUNTY HOSPITAL, 451 CLARKSON AVE, BROOKLYN, NY 11201

10924    KING COUNTY REGIONAL JUSTICE CENTER, 655 W. SMITH STREET, KENT, WA 98032

10925    KING COUNTY VEHICLE LICENSE DIV, 500 - 4TH AVE SUITE 401, SEATTLE, WA 98104-2393

10925    KING ELECTRONIC, SABANA SECA, TOA BAJA, PR 00952-4410

10924    KING FARMS, 5927 S. STATE RD. 3, RUSHVILLE, IN 46173

10924    KING GEORGE R/M INC, RT 3 BOX 565, KING GEORGE, VA 22485

10925    KING INDUSTRIES INC, PO BOX 588, NORWALK, CT 06852

10924    KING INDUSTRIES, PO BOX 588, NORWALK, CT 06852

10925    KING JR, ALEXANDER, 401 RONELE DRIVE, BRANDON, FL 33511-7423

10925    KING JR, JOHN, 3011 POSSUM TROT, BRENHAM, TX 77833-9218

10925    KING JR., ANCE, 2015 PENN RD., HARTSELLE, AL 35640

10925    KING JR., CHARLES, 13350 CORBETT, DETROIT, MI 48213

10925    KING JR., WILLIAM, 10106 MCKENNY AVE, SILVER SPRING, MD 20902

10925    KING JT TEN, ROWLAND R & HELEN A, 225 BUTTE DR A, LOS OSOS, CA 93402-2303

10924    KING MASONRY, CORNER PEPLOW & 77, 100 PEPLOW, ROBINSON, TX 76706

10924    KING MASONRY, HWY. 84 E., MANSFIELD, LA 71052

10924    KING MASONRY, S.W. CORNER RT. 323 & HWY. 64 E., TYLER, TX 75709

10924    KING MATERIALS, 550 42ND ST, BETTENDORF, IA 52722

10924    KING MATERIALS, 550 42ND STREET, BETTENDORF, IA 52722

10924    KING MATERIALS, P O BOX 368, CEDAR RAPIDS, IA 52406

10925    KING PHD, JOHN R, 3407 DELAWARE AVE, FORT PIERCE, FL 34947

10925    KING PUMPS, INC, 253 NW 54TH ST, MIAMI, FL 33127-1799

10924    KING READY MIX, HWY 62 EAST, SALEM, AR 72576

10924    KING READY MIX, HWY 62 WEST, FLIPPIN, AR 72634

10924    KING READY MIX, HWY 65 NORTH, MARSHALL, AR 72650

10924    KING READY MIX, P O BOX 705, MOUNTAIN HOME, AR 72653

10924    KING READY MIX, PO BOX705, MOUNTAIN HOME, AR 72653

10925    KING SALES GAUGE CORPORATION, 4919 BUTTERFIELD RD, HILLSIDE, IL 60162

10925    KING SERVICES INC, PO BOX 971139, DALLAS, TX 75397-1139

10924    KING STUCCO, CAMBRIDGE, MA 02140

10924    KING SYSTEMS CORPORATION, 15011 HERRIMAN BOULEVARD, NOBLESVILLE, IN 46060

10924    KING VENTURES, SEA VENTURE HOTEL, PISMO BEACH, CA 93448

10924    KING WHOLESALE / INEX, 727 S. CORTEZ, NEW ORLEANS, LA 70119

10924    KING WHOLESALE / INEX, PO BOX 4002, NEW ORLEANS, LA 70119

10924    KING WHOLESALE SUPPLY (DG), 3461 HALLS MILL RD., MOBILE, AL 36693

10924    KING WHOLESALE SUPPLY (DG), 3461 HALLS MILL ROAD, MOBILE, AL 36693

10924    KING WHOLESALE, 216 S. 12TH STREET, BIRMINGHAM, AL 35233

10925    KING, A, 4106 WANAMI, WICHITA FALLS, TX 76301

10925    KING, AL, 2531 NORTH 40TH ST, MILWAUKEE, WI 53210

10925    KING, ALMA, 7302 HEARDS LN, GALVESTON, TX 77551

10925    KING, ANTONIO, 2653 SHIPSTON CT, WARREN, MI 48091

10925    KING, APRIL, 95 PHILLIPS LANE, MCKEES ROCKS, PA 15136

10925    KING, ARTHUR, 501 KNOLL ST, KINSTON, NC 28501

10925    KING, AUDREY, 35 LAMPLIGHTER ROAD, PEARL, MS 39208

10925    KING, B, 215 ARLINGTON AVE, PROVIDENCE, RI 02915

10925    KING, B, PO BOX 707, PELZER, SC 29669-0707

10925    KING, BARBARA, 503 COTTAGE GROVE, GREEN BAY, WI 54304

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   KING, BEATRICE, 216 GRAVATT AVE, BLACKSTONE, VA 23824

10925   KING, BILLY, 1747 COVINGTON ST., BALTIMORE, MD 21230

10925   KING, BRENDETTA, 6816 ELAM RD., DALLAS, TX 75217

10925   KING, BYRON, 703 BUFFALO ST., DELHI, LA 71232

10925   KING, CAROL L, 1677 SHEPPARD AVE, NORFOLK, VA 23518-2941

10925   KING, CAROLYN, 2731 GREENOCK CT., CARLSBAD, CA 92008

10925   KING, CARRIE, 4105 ARCHDALE RD, ARCHDALE, NC 27263

10925   KING, CATHERINE, 1104 LAFFERTY, PASADENA, TX 77502

10925   KING, CATHERINE, 14710 S DEARBORN ST, DOLTON, IL 60419

10925   KING, CHARLES, 308 S SANDYBROOK WAY, SIMPSONVILLE, SC 29681

10925   KING, CHARLES, 4810 REGINALD DR, WICHITA FALLS, TX 76308

10925   KING, CHARLES, 7300 N. 51ST AVE #L160, GLENDALE, AZ 85301

10925   KING, CHRISTOPHER, 322 W. MILTON ST., EASTON, PA 18042

10925   KING, CHUTNEY, 8370 GREENBORO DR. APT 401, MCLEAN, VA 22102

10925   KING, CONNIE, 704 SHORT ST, SAGINAW, TX 76179

10925   KING, DARLENE, 1989 FM 368 SOUTH, IOWA PARK, TX 76367

10925   KING, DAVID, 2738 CEDARHURST ROAD, FINKSBURG, MD 21048

10925   KING, DAVID, 571 HWY 8 EAST, PELZER, SC 29669

10925   KING, DAVID, ROUTE 6 BOX 106-T, BLANCHARD, OK 73010

10925   KING, DEBRA, 512 N WYOMSNG BVD 2FL, WYOMISSING, PA 19610

10925   KING, DEBRA, 9430 S 14TH AVE, PHOENIX, AZ 85041

10925   KING, DENNIS R., J.P.#4, PO BOX 760, WALLIS, TX 77485

10925   KING, DIANE, 455 EAST ROCK RD, ALLENTOWN, PA 18103

10925   KING, DION, 6609 ROSEDALE, WICHITA FALLS, TX 76310

10925   KING, DON, 19107 MASTERWOOD CT, HUMBLE, TX 77346

10925   KING, DONALD, 258 SOUTH MEADOW ROAD, LANCASTER, MA 01523

10925   KING, DONNA, 804 PEGAN DRIVE, WADSWORTH, OH 44281

10925   KING, DONNIE, 18 ALBERTA DRIVE, ALAMOGORDO, NM 88310

10925   KING, EDITH H, CUST FOR JAMES B KING, UNIF GIFT MIN ACT ME, 11 PERKINS ST, TOPSHAM, ME 04086-1400

10925   KING, EDWIN, 113 THORNBLADE BLVD, GREER, SC 29650

10925   KING, EDWIN, 715 CRESTVIEW DRIVE, SAN CARLOS, CA 94070-3458

10925   KING, ELIZABETH, 127 MARSHAY MEADOW, YOUNGSVILLE, NC 27596

10925   KING, ERIC, 1662 IRVING ST NW, WASHINGTON, DC 20010

10925   KING, FRED, 111 HOLLAND FORD RD, PELZER, SC 29669

10925   KING, FRED, 539 HWY 8 EAST, PELZER, SC 29669

10925   KING, GARY, 100 ROSELLE ST, TRENTON, NJ 08609

10925   KING, GAYLE, 4879 HUFFMAN TERRACE, FREMONT, CA 94555

10925   KING, H, RT. 7, BOX 208, JOPLIN, MO 64801

10925   KING, HAROLD, 121 WATER ST W APT 203, CORNWALL, ON K6J 5T8CANADA          **\*VIA Deutsche Post\***

10925   KING, HAROLD, 8341-C MONTGOMERY RUN ROAD, ELLICOTT CITY, MD 21043

10925   KING, HARRY, PO BOX 840, ORACLE, AZ 85623-0840

10925   KING, HERMAN, 15 N AVONDALE DR, GREENVILLE, SC 29609

10925   KING, HERMAN, 259 MASSENGILL SPRINGS RD, HARRIMAN, TN 37748

10925   KING, III, DAVID E, 7500 GRACE DR., COLUMBIA, MD 21044

10925   KING, J, BOX 1225, MEEKER, CO 81641

10925   KING, J., BOX 1924, BEEVILLE, TX 78104

10925   KING, JAMES, 203 INDEPENDENCE DRIVE, FOREST, VA 24551-1247

10925   KING, JAMES, 2828 SILKSTREAM LANE, CHARLOTTE, NC 28262

10925   KING, JAMES, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925   KING, JANA, 13124 ROSSER ROAD, DALLAS, TX 75244

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KING, JEFFREY, 404 SUN LAKE CIRCLE, 202, LAKE MARY, FL 32746

10925    KING, JO, 3011 POSSUM TROT, BRENHAM, TX 77833-9218

10925    KING, JOE, 431 KING ARNOLD ST #B-2, HAPEVILLE, GA 30354

10925    KING, JOHN, 104 PLANTERS DRIVE, DUNCAN, SC 29334

10925    KING, JOHN, 1130 SULPHUR, HOUSTON, TX 77034

10925    KING, JOHN, PO BOX 330643, HOUSTON, TX 77233

10925    KING, JOSEPH, 703 BUFFALO ST, DELHI, LA 71232

10925    KING, JR, ROBERT, 523 ALTER AVE, BALTIMORE, MD 21208

10925    KING, JUAN, 740 BERESFORD, STONE MTN, GA 30083

10925    KING, JUANITA, 1223 WINFIELD AVE., INDIANAPOLIS, IN 46222

10925    KING, JULIE, 4 CLIFF ST, PORTLAND, ME 04102

10925    KING, K, 1521 ANDREWS ROAD, COVINGTON, TN 38019

10925    KING, KAREN, 235 STEWART ACRES,, WINFIELD, WV 25213

10925    KING, KAREN, 505 SUSAN LANE, DEERFIELD, IL 60015

10925    KING, KATHLEEN, 3918 WANDERING WAY, MEMPHIS, TN 38115

10925    KING, KATHRYN, 2007 ALABAMA AVE., NEW BERN, NC 28560

10925    KING, KENNETH, 1500 RADCLIFF, SEMINOLE, OK 74868

10925    KING, KENNETH, 205 PINEWOOD DRIVE, WOODRUFF, SC 29388

10925    KING, KENNETH, 705B WARFORD, WICHITA FALLS, TX 76301

10925    KING, KENNETH, 75 GUILD RD, BROCKTON, MA 02402

10925    KING, KERRY, 422 GROVE ST, ROSSVILLE, GA 30741

10925    KING, KIMBER, 2301 MABIE RD, ELY, IA 52227

10925    KING, KIMBERLY, 6263 FOXWOOD CT, MIDDLETOWN, OH 45044

10925    KING, LARRY J, 6957 NATHAN KOONCE RD, SULPHUR, LA 70665

10925    KING, LARRY, 6957 NATHAN KOONCE R, SULPHUR, LA 70665

10925    KING, LASHAWNA, 1219 BISHOP, BURKBURNETT, TX 76354

10925    KING, LAURA, MANNING 905, CLEMSON, SC 29632

10925    KING, LESTER, 4105 MUSTANG, WICHITA FALLS, TX 76305

10925    KING, LEWIS, 3379 HWY 108 WEST, SULPHUR, LA 70665

10925    KING, LISA L., 2634 E.AMES CIRCLE, ANAHEIM, CA 92806

10925    KING, LISA M, 20834 N 1ST DRIVE, PHOENIX, AZ 85027-5958

10925    KING, LISA, 5400 SMOKY TRAIL, KNOXVILLE, TN 37909

10925    KING, LORI, 34101 MCMILLAN WAY, FREMONT, CA 94555

10925    KING, LORIN, 1150 KN LIBERTY AVE, HOMESTEAD, FL 33034

10925    KING, M, CAPITOL MANOR - BOX 5000, SALEM, OR 97304

10925    KING, MARK, 7857 ST. CLARE LANE, BALTIMORE, MD 21222

10925    KING, MARY, 4271 N FIRESTONE RD, WOOSTER, OH 44691

10925    KING, MELBOURNE, PO BOX 66, MEEKER, CO 81641

10925    KING, MICHAEL, 4313 KNOX RD #517, COLLEGE PARK, MD 20740

10925    KING, MICHAEL, 504 S CHESTNUT, NEW BRAUNFELS TX, TX 78130

10925    KING, MINDY, 159 LINCOLN, PONTIAC, MI 48341

10925    KING, MITCHELL, 118 TIFFANY LANE, FOUNTAIN INN, SC 29644

10925    KING, MOSES, 1399 NOTTINGHAM WAY, TRENTON, NJ 08618

10925    KING, NINA, 15 EARLENE DRIVE, TAYLORS, SC 29687

10925    KING, O., 158 OAK LANE, BEEVILLE, TX 78102

10925    KING, OSSIE, 720 S. MORRISON AVET, FT. MEADE, FL 33841

10925    KING, PAMELA, 4115 E INDIAN, PHOENIX, AZ 85018

10925    KING, PAUL, 937 BECKER ST, HAMMOND, IN 46320

10925    KING, PEGGY, 8851 WINDOM, OVERLAND, MO 63114

10925    KING, PRESTON, 107 CAROLYN LANE, BURKBURNETT, TX 76354

10925    KING, RAJ, 2S612 AVE CHATEAUX N, OAK BROOK, IL 60521

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KING, RANDY, 1304 24TH ST, WICHITA FALLS, TX 76301 | |
| 10925 | KING, RAYMOND, 3366 BUFFAM PLACE, CASSELBERRY, FL 32707 | |
| 10925 | KING, ROBERT, 2942 OLD CAMP LONG ROAD, AIKEN, SC 29805 | |
| 10925 | KING, ROBERT, 558 PEACH ORCHARD PLACE, AIKEN, SC 29801 | |
| 10925 | KING, ROBERT, 829 WILLIAM ST, GRIFFIN, GA 30223 | |
| 10925 | KING, ROGER, 571 HWY 8 E, PELZER, SC 29669 | |
| 10925 | KING, ROGER, 571 HWY 8 EAST, PELZER, SC 29669 | |
| 10925 | KING, RUSSELL, 12327 HWY 11, BELLE CHASE, LA 70037 | |
| 10925 | KING, SAMANTHA, 338 S. BANKS, PAMPA, TX 79065 | |
| 10925 | KING, SARAH, 61 BRONX RIVER ROAD, YONKERS, NY 10704-4462 | |
| 10925 | KING, SHELDON, 7 STOUT RUN CT #1367, CATONSVILLE, MD 21228 | |
| 10925 | KING, SHELISHA, 2947 N 52ND ST, MILWAUKEE, WI 53210 | |
| 10925 | KING, SHELLEY, 2064 N.C. 403 WEST, FAISON, NC 28341 | |
| 10925 | KING, SHERRILL, 568 THORN DRIVE, CHESNEE, SC 29323-8508 | |
| 10925 | KING, SHIH-CHUAN, 11858 ISLAND LAKES LA, BOCA RATON, FL 33498 | |
| 10925 | KING, SHIH-CHUAN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | KING, SHIN-CHUAN, 105 NORTH ST, RANDOLPH, MA 02368 | |
| 10925 | KING, STACEY MCLEN, 2045 J POWERS, MARIETTA, GA 30067 | |
| 10925 | KING, STACY, 539 HWY 8 E, PELZER, SC 29669 | |
| 10925 | KING, STEPHEN, 7 SMIDT AVE, PEABODY, MA 01960 | |
| 10925 | KING, STEVEN, 7364 STATE AVE, KANSAS CITY, KS 66112 | |
| 10925 | KING, TAMARA, 11611 FERGUSON RD, DALLAS, TX 75228 | |
| 10925 | KING, TERRY, 4703 GAY, WICHITA FALLS, TX 76306 | |
| 10925 | KING, THELMA, RT 4 BOX 1096, EDMOND, OK 73034 | |
| 10925 | KING, TOM, 101 WINTERPARK DR, WEST MONROE, LA 71291 | |
| 10925 | KING, VIRGINIA, PO BOX 195, BURKBURNETT, TX 76354 | |
| 10925 | KING, W, POBOX 291, PIEDMONT, SC 29673 | |
| 10925 | KING, WALLACE, 1050 THOMAS JEFFERSON ST NW, WASHINGTON, DC 20007 | |
| 10925 | KING, WILBERT L, PO BOX 513, GRIFTON, NC 28530 | |
| 10925 | KING, WILLIAM LEE, 5311 MACEDONIA RD, WOODFORD, VA 22580 | |
| 10925 | KING, WILLIAM, 5311 MACEDONIA RD., WOODFORD, VA 22580 | |
| 10925 | KING, WILLIAM, 7 BOOTHBAY LN, SACO, ME 04072 | |
| 10925 | KING, WILSTON, 61 SAVILLE ST, CAMBRIDGE, MA 02138-6823 | |
| 10925 | KINGERY, ALBERT, 4305 HIGHLAND DRIVE, WICHITA FALLS, TX 76308-2410 | |
| 10925 | KINGERY, JAMES, C/O JOHN KINGERY 50 SCENIC DR, ORINDA, CA 94563 | |
| 10925 | KINGKADE, IRVIN, 2974 NEWBOLT ROAD, OWENSBORO, KY 42303-2278 | |
| 10924 | KINGMAN READY MIX INC, 345 E SHERMAN, KINGMAN, KS 67068 | |
| 10924 | KINGMAN READY MIX, 245 E SHERMAN, KINGMAN, KS 67068 | |
| 10924 | KINGMAN READY-MIX INC, 345 E SHERMAN, KINGMAN, KS 67068 | |
| 10925 | KINGMAN, ANTOINETTE, 5700 ETIWANDA, MIRA LOMA, CA 91752 | |
| 10925 | KINGRY, DAVID T, 5014 FARMLAND RD, CHARLOTTE NC, NC 28226 | |
| 10925 | KINGRY, RICKY, 2110 UTOPIA LANE, WEST COLUMBIA, SC 29170 | |
| 10924 | KINGS COLLEGE, SCIENCE BUILDING, WILKES BARRE, PA 18703 | |
| 10925 | KINGS CONTRIVANCE, THE, 10150 SHAKER DR, COLUMBIA, MD 21046 | |
| 10925 | KINGS CONTRIVANCE, THE, 10150 SHAKER DR., COLUMBIA, MD 21046 | |
| 10925 | KINGS CONTRIVANCE, THE, PO BOX 240, SIMPSONVILLE, MD 21150 | |
| 10924 | KINGS CUSTUM PRODUCTS, P O BOX 8200, ARMONA, CA 93202 | |
| 10924 | KINGS DAUGHTER MEDICAL CENTER, 2201 LEXINGTON AVENUE, ASHLAND, KY 41101 | |
| 10924 | KINGS DAUGHTER MEDICAL CENTER, 229 KINGS DAUGHTER DRIVE, FRANKFORT, KY 40601-4186 | |
| 10924 | KINGS LUMBER, KINGS WAY, GOLDENS BRIDGE, NY 10526 | |
| 10924 | KINGS LUMBER, P.O. BOX C, GOLDENS BRIDGE, NY 10526 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | KINGS MATERIAL INC, 650 12TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10924 | KINGS MATERIALS, 650 12TH AVENUE SW, CEDAR RAPIDS, IA 52404 | |
| 10924 | KINGS PLAZA, 5100 KINGS PLAZA, BROOKLYN, NY 11234 | |
| 10924 | KINGS STUCCO, 1631 SO.10TH ST, SAN JOSE, CA 95112 | |
| 10924 | KINGSBRIDGE, 745 ROUTE 3, RUTHERFORD, NJ 07070 | |
| 10924 | KINGSBURY CONCRETE, EAST FOURTH STREET, DE SMET, SD 57231 | |
| 10925 | KINGSBURY, DEWITT, 3223 13 TH ST NW, WASH, DC 20010 | |
| 10925 | KINGSBURY, MICHAEL, 34 SULLIVAN ST #3R, CHARLESTOWN, MA 02129 | |
| 10925 | KINGSBURY, MICHAEL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | KINGSESSING ELECTRIC, 6149 WOODLAND AVENUE, PHILADELPHIA, PA 19142 | |
| 10925 | KINGSLEY, JAMIE, 2888 BROWNSBORO RD, LOUISVILLE, KY 40206 | |
| 10925 | KINGSLEY, VICTOR, 15 SHAW ROAD, WELLESLLEY, MA 02181 | |
| 10925 | KINGSLEY, WILMA, ROUTE 2, MOMENCE, IL 60954 | |
| 10925 | KINGSTON & HODNETT, ONE MCKINLEY SQUARE, BOSTON, MA 02109 | |
| 10924 | KINGSTON CONCRETE INC., P.O. BOX 1969, KINGSTON, NY 12401 | |
| 10924 | KINGSTON CONCRETE INC., RT 28, KINGSTON, NY 12401 | |
| 10925 | KINGSTON PLANTATION, 9800 LAKE DR, MYRTLE BEACH, SC 29572 | |
| 10924 | KINGSTON READY-MIX, 18 DORRE ST., KINGSTON, NH 03848 | |
| 10924 | KINGSTON READY-MIX, 308 OLD FERRY RD., METHUEN, MA 01844 | |
| 10925 | KINGSTON SEARCH, 201 DEVONSHIRE ST SUITE 300, BOSTON, MA 02110 | |
| 10925 | KINGSTON, LINDA, 120 KELLY ROAD, PORTERSVILLE, PA 16051 | |
| 10925 | KINGSTON-DWIGHT ASSOCIATES, 100 FRANKLIN/201 DEVONSHIRE ST, BOSTON, MA 02110 | |
| 10924 | KINGSWAY READY MIX, INC, ROUTE 14, HENDERSONVILLE, NC 28792 | |
| 10924 | KINGSWAY READY MIX, RTE. 14, BOX 205, HENDERSONVILLE, NC 28792 | |
| 10925 | KINGSWAY TRANSPORT OF AMERICA INC, 500 GRAND ISLAND BLVD, TONAWANDA, NY 14150 | |
| 10925 | KINGSWAY TRANSPORT OF AMERICA, 1480 MILITARY ROAD, KENMORE, NY 14217 | |
| 10925 | KINGTON, SCOTT, 3426 APOSTLE ROAD, MORRISTOWN, TN 37814 | |
| 10925 | KINION, CAROLYN, 702 E RUBY, IOWA PARK, TX 76367 | |
| 10925 | KINION, PATRICIA, 3804 VIA LA SELVA, PALOS VERDES EST., CA 90274 | |
| 10925 | KINIRY JR, JOHN, 19 OSBORNE RD, ARLINGTON, MA 02174 | |
| 10925 | KINKADE, JAMES, 200 REDBRIDGE ROAD, LAKE ZURICH, IL 60047 | |
| 10925 | KINKOPF, JOHN A, 9461 KEOKI CIRCLE, HUNTINGTON BEACH, CA 92646-7945 | |
| 10925 | KINKOS CUSTOMER ADMINISTRATIVE SER, POBOX 8033, VENTURA, CA 93002-8033 | |
| 10925 | KINKOS INC, PO BOX 105522, ATLANTA, GA 30348-5522 | |
| 10925 | KINKOS INC, PO BOX 672085, DALLAS, TX 75267-2085 | |
| 10925 | KINKOS INC, POBOX 530257, ATLANTA, GA 30353-0257 | |
| 10925 | KINKOS INC., PO BOX 105522, ATLANTA, GA 30348-5522 | |
| 10925 | KINKOS, 10400 LITTLE PATUXENT PKWY, COLUMBIA, MD 21044 | |
| 10925 | KINKOS, 2501 NO FEDERAL HWY, BOCA RATON, FL 33431 | |
| 10925 | KINKOS, 8616 FIRESTONE BLVD, DOWNEY, CA 90241 | |
| 10925 | KINKOS, PKWY 10, COLUMBIA, MD 21044 | |
| 10925 | KINKOS, PO BOX 8033, VENTURA, CA 93002-8033 | |
| 10925 | KINLEY, MICHAEL, 4111 BENNINGTON PLACE WEST, JEFFERSON,, MD 21755 | |
| 10925 | KINLOCH, KATHLEEN, 102 WHITE HALL RD, AMESBURY, MA 01913 | |
| 10925 | KINNAMON, GINGER, 1016 DEXTORS CORNER, TOWNSEND, DE 19734 | |
| 10925 | KINNARD, ROBERT, E 2611 MARTIN RD, CASCO, WI 54205 | |
| 10925 | KINNEAVY, PATRICK, 337 HUNTINGTON AVE APT 103A, BOSTON, MA 02113 | |
| 10925 | KINNER, LLOYD, 4718 WOLF RAM LANE, NEW PORT RICHEY, FL 34653 | |
| 10925 | KINNET, TERRY, 205 RENSHAW ROAD, HEIGHLAND HEIGHTS, KY 41076 | |
| 10925 | KINNEY VACUUM COMPANY, PO BOX 92694, CHICAGO, IL 60675 | |
| 10925 | KINNEY, ALAN, 3315 N VISTA, HOBBS, NM 88240 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | | |
|---|---|---|
| 10925 | KINNEY, CATHERINE, PO BOX 749, JEFFERSON, GA 30549 | |
| 10925 | KINNEY, DONNA, 4177B S MOBILE CIR, AURORA CO, CO 80013 | |
| 10925 | KINNEY, F, 322 PROSPECT ST, CHATFIELD, MN 55923 | |
| 10925 | KINNEY, GWENDOLYN, 7 COUGHLIN RD, LITTLETON, MA 01460 | |
| 10925 | KINNEY, KELLY, 109 WILLIAMSON RD, BERGENFIELD, NJ 07621 | |
| 10925 | KINNEY, MARK, 2791 MADISON BROUSSARD RD, SULPHUR, LA 70665 | |
| 10925 | KINNEY, RAYNEL, 14415 CRYSTAL CREEK DRIVE, NOBLESVILLE, IN 46060 | |
| 10925 | KINNEY, ROBERT, 730 PINE HILL LN, GRAND PRAIRIE, TX 75051 | |
| 10925 | KINNEY, TERESA, 558 EAST MAIN ST, BRIDGEWATER, NJ 08807 | |
| 10925 | KINNON, LEE, 58 CARDINAL ST, EAST WAKEFIELD, NH 03830 | |
| 10924 | KINNUNEN SALES & RENTAL INC., 707 EAST 6TH STREET, STILLWATER, OK 74074 | |
| 10924 | KINRO, INC., 275 DAVENPORT DRIVE, THOMASVILLE, GA 31792 | |
| 10924 | KINRO, INC., SUITE 200, 4381 GREENOAK BLVD., ARLINGTON, TX 76016 | |
| 10924 | KINSEL INDUSTRIES, 18120 US 59 NORTH, NEW CANEY, TX 77357 | |
| 10924 | KINSEL INDUSTRIES, 8121 BROADWAY #300, HOUSTON, TX 77061 | |
| 10925 | KINSEL, EDWARD, 602 WEST AVE, CARTERSVILLE, GA 30120-3439 | |
| 10925 | KINSELLA, PHILOMENA, 405 WESTERN AVE, SOUTH PORTLAND, ME 04106 | |
| 10925 | KINSELLA, STEPHEN, 4114 W. RIVERS EDGE, BROWN DEER, WI 53211 | |
| 10925 | KINSER, JANEY, 3570 CAPE DR, WHITE PINE, TN 37890 | |
| 10925 | KINSER, JOAN, 10023 FORTUNE RIDGE, BENT MOUNTAIN, VA 24059 | |
| 10925 | KINSEY, ALLAN, PO BOX 10165, NAPLES, FL 33941 | |
| 10925 | KINSEY, DALE, 2013 S MEMORIAL COURT, PASADENA, TX 77502-5548 | |
| 10925 | KINSEY, DALE, 2841 MAXWELL, TRENTON, MI 48183 | |
| 10925 | KINSEY, DANA, 120 BARBETTA COURT, LEAGUE CITY, TX 77573 | |
| 10925 | KINSEY, GERALD, 216 TERREL AVE, SAN ANTONIO, TX 78214 | |
| 10925 | KINSEY, REBECCA, 726 KANAWHA AVE, RAINELLE, WV 25962 | |
| 10925 | KINSINGER, MICHAEL, 713 N OAKLEY, LUVERNE, MN 56156 | |
| 10925 | KINSLAND, DIANA, 156 MUIRFIELD CIRCLE, NAPLES, FL 33962 | |
| 10925 | KINSLER, MELVIN, 45 WESTERN WINDS CI, BALTIMORE, MD 21244 | |
| 10924 | KINSLEY READY MIX INC., RR#1 BOX 45, KINSLEY, KS 67547 | |
| 10924 | KINSLEY READY MIX, 220 W. 10TH, KINSLEY, KS 67547 | |
| 10924 | KINSLEY READY MIX, RR #1 BOX 45, KINSLEY, KS 67547 | |
| 10925 | KINSLEY, CAROLYN, 45 ELMWOOD DRIVE, PARSIPPANY, NJ 07054 | |
| 10925 | KINSLEY, THOMAS, 45 ELMWOOD DR, PARSIPPANY, NJ 07054 | |
| 10925 | KINSMAN, MARK, 617 TOWNE HOUSE LANE, RICHARDSON, TX 75081-3531 | |
| 10925 | KINSTLER, TERRY, 7261 JENNIFER WAY, SYKESVILLE, MD 21784 | |
| 10925 | KINTETSU WORLD EXPRESS USA, POBOX 40010, NEWARK, NJ 07101-4010 | |
| 10924 | KINTETSU WORLD EXPRESS, 6717 E. 50TH AVENUE, COMMERCE CITY, CO 80022 | |
| 10925 | KIODNICKI, ROSE, 11555 SO FORK DRIVE, BATON ROUGE, LA 70816 | |
| 10925 | KIOLBASSA, EDWARD, 4133 HARRY, CORPUS CHRISTI, TX 78411 | |
| 10925 | KIOLBASSA, JAMES, 14922 EVERGREEN RIDGEWAY, HOUSTEN, TX 77062 | |
| 10925 | KIOUSSIS, DIMITRI, 1131 UNIVERSITY BLVD #2016, SILVER SPRING, MD 20902 | |
| 10924 | KIP PRAHL ASSOCIATES, 39350 CIVIC CENTER DRIVE, FREMONT, CA 94538 | |
| 10925 | KIPLINGER CALIFORNIA, THE, 1729 H ST NORTHWEST, WASHINGTON, DC 20006-3938 | |
| 10925 | KIPLINGER JR, P W, 12333 RAMPART ST, HOUSTON, TX 77035-5421 | |
| 10925 | KIPLINGER JR, PHILLIP, 12333 RAMPART ST, HOUSTON, TX 77035-5421 | |
| 10925 | KIPLINGER LETTER, THE, PO BOX 10910, DES MOINES, IA 50340-0910 | |
| 10925 | KIPLINGER LETTER, THE, PO BOX 5106, HARLAN, IA 51593-4606 | |
| 10925 | KIPLINGER TAX LETTER, PO BOX 10910, DES MOINES, IA 50340-0910 | |
| 10925 | KIPLINGER WASHGTN LET, THE, 1729 H ST , NW, WASHINGTON, DC 20006-3938 | |
| 10925 | KIPLINGER WASHINGTON LETTER, 1729 H ST NORTHWEST, WASHINGTON, DC 20006 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KIPLINGER WASHINGTON LETTER, 1729 H. ST NW, WASHINGTON, DC 20006-3938 | |
| 10925 | KIPLINGER WASHINGTON LETTER, THE, 1729 H ST NW, WASHINGTON, DC 20006-3938 | |
| 10925 | KIPLINGER WASHINGTON, THE, 1729 H ST NW, WASHINGTON, DC 20006-3938 | |
| 10925 | KIPLINGERS RETIREMENT REPORT, PO BOX 10106, DES MOINES, IA 50340-0106 | |
| 10925 | KIPNIS, STUART N, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | KIPNIS, STUART, 40 BANK SPRING COURT, OWINGS MILLS, MD 21117 | |
| 10925 | KIPP & SON, INC, 1605 EASTERN AVE., BALTIMORE, MD 21231 | |
| 10925 | KIPP GROUP (FORMERLY POREX), 930 WANAMAKER, ONTARIO, CA 91761-8151 | |
| 10925 | KIPP, 3600 CLIPPER MILL RD., STE. 105, BALTIMORE, MD 21211-1948 | |
| 10925 | KIPP, DONALD, 206 FLAMINGO AVE, FORT PIERCE, FL 34982 | |
| 10925 | KIPPEN, ROBERT, 386 ESSEX AVE, GLOUCESTER, MA 01930 | |
| 10925 | KIPPEN, RUSSELL, 412 ESSEX AVE, GLOUCESTER, MA 01930 | |
| 10925 | KIPPENBROCK, KENNETH, 1074 TIMBERVALLEY COURT, CINCINNATI, OH 45233 | |
| 10925 | KIPPERS, LISA, 10330 MOUNTAIN DEW CIRCLE, RENO, NV 89523 | |
| 10925 | KIPPINS, CARL, PO BOX 567, GLENDALE, AZ 85302 | |
| 10925 | KIPPS, DEBBIE, 209 S GEORGE WASH, CHESAPEAKE, VA 23323 | |
| 10925 | KIRA, MARIANA, 4740 SW 26TH TERR., FT. LAUDERDALE, FL 33312 | |
| 10925 | KIRACOFE, RICHARD, 648 6TH AVE N., TIERRA VERDE, FL 33715 | |
| 10925 | KIRAKOSIAN, VICTORIA, 618 W. CALIFORNIA, GLENDALE, CA 91203 | |
| 10925 | KIRBY & ASSOCIATES INC, 53 THE PRADO NE, ATLANTA, GA 30309 | |
| 10924 | KIRBY RISK SUPPLY (AD), 1001 E. WALNUT ST., TERRE HAUTE, IN 47807 | |
| 10924 | KIRBY RISK SUPPLY (AD), 1221 S. ADAMS ST., MARION, IN 46953 | |
| 10924 | KIRBY RISK SUPPLY (AD), 1301 WILLOW ST., VINCENNES, IN 47591 | |
| 10924 | KIRBY RISK SUPPLY (AD), 1440 W. 16TH ST., INDIANAPOLIS, IN 46202 | |
| 10924 | KIRBY RISK SUPPLY (AD), 1500 W. MARKET ST., LOGANSPORT, IN 46947 | |
| 10924 | KIRBY RISK SUPPLY (AD), 1815 SAGAMORE PKY N, LAFAYETTE, IN 47904 | |
| 10924 | KIRBY RISK SUPPLY (AD), 1904 N KENMORE, SOUTH BEND, IN 46628 | |
| 10924 | KIRBY RISK SUPPLY (AD), 5503 W. 52ND ST., INDIANAPOLIS, IN 46254 | |
| 10924 | KIRBY RISK SUPPLY (AD), 602 E. JEFFERSON ST., PLYMOUTH, IN 46583 | |
| 10924 | KIRBY RISK SUPPLY (AD), 633 BROADWAY, ANDERSON, IN 43102 | |
| 10924 | KIRBY RISK SUPPLY (AD), PO BOX 5089, LAFAYETTE, IN 47903 | |
| 10925 | KIRBY SHEET METAL WORKS, 4209 S. WESTERN BLVD., CHICAGO, IL 60609-2280 | |
| 10925 | KIRBY, CHRIS, 1206 SNOWCREST TRAIL, DURHAM, NC 27707 | |
| 10925 | KIRBY, CORINNE, 505 NE BAYBERRY LANE, JENSEN BEACH, FL 34957 | |
| 10925 | KIRBY, CYNTHIA, 107 TWIN OAKS DR., LA VERNIA, TX 78121 | |
| 10925 | KIRBY, DOUG, PO BOX 605, HIRAM, GA 30141 | |
| 10925 | KIRBY, GARY, 2057 REESE ST, MORRISTOWN, TN 37814 | |
| 10925 | KIRBY, GLENN, 74 N ESTATE DRIVE, GREENVILLE, SC 29605 | |
| 10925 | KIRBY, JAMES, 212 RICHARDSON ROAD, SIMPSONVILLE, SC 29680 | |
| 10925 | KIRBY, JAMES, 2632 LAKE PARK, LA MARQUE, TX 77568 | |
| 10925 | KIRBY, JESSE, 125 FOXWOOD AVE, WILMINGTON, NC 28403-8304 | |
| 10925 | KIRBY, JOSEPH, 4609 GARDEN LANE, TAMPA, FL 33610 | |
| 10925 | KIRBY, LYNDA, RT 2 BOX 607, SANTA FE, NM 87505 | |
| 10925 | KIRBY, MARK, 102 ALBERT DRIVE, GLEN BURNIE, MD 21060 | |
| 10925 | KIRBY, MARY, 212 RICHARDSON ROAD, SIMPSONVILLE, SC 29680 | |
| 10925 | KIRBY, MICHAEL, 129 NEW HARISON BR RD, SIMPSONVILLE, SC 29680 | |
| 10925 | KIRBY, MICHAEL, PO BOX 341, TEXAS CITY, TX 77592-0341 | |
| 10925 | KIRBY, MICHELLE, PO BOX 1301, MCKINNEY, TX 75070-9998 | |
| 10925 | KIRBY, MILDRED, 2099 HWY 92 SOUTH, FAYETTEVILLE, GA 30214 | |
| 10925 | KIRBY, PAMELA, 2170 TULIP ST, BATON ROUGE, LA 70806 | |
| 10925 | KIRBY, PAMELA, 4014 BARKALOO RD., BAYTOWN, TX 77521 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KIRBY, PAMELA, 74 N ESTATE DR, GREENVILLE, SC 29605 | |
| 10925 | KIRBY, PATRICK, 12328 PALERMO DR., SILVER SPRING, MD 20904 | |
| 10925 | KIRBY, RHEA, 445 WEST 7TH, SUN VALLEY, NV 89431 | |
| 10925 | KIRBY, SHAUNTALLIA, 4516 RYAN RD, CONLEY, GA 30027 | |
| 10925 | KIRBY, STANLEY, 1923 SUTTON AVE, 104, CINCINNATI, OH 45230 | |
| 10925 | KIRBY, STEPHEN, 1207 HOOD DRIVE, BRENTWOOD, TN 37027 | |
| 10925 | KIRCE, SEAN, 8978 IRON GATE DRIVE, JACKSONVILLE, FL 32244 | |
| 10925 | KIRCH, SUZANNE, 326 JEAN BRADLEY, FREDRICA, DE 19946 | |
| 10925 | KIRCHENBAUER, ALVA, 715 BENFIELD ROAD, 220, SEVERNA PARK, MD 21146 | |
| 10925 | KIRCHER, JENNIFER, 61 CHURCH ST, WATERTOWN, MA 02172 | |
| 10925 | KIRCHGESSNER, MICHAEL, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | KIRCHGESSNER, MICHAEL, 924 WEATHERBEE ROAD, BALTIMORE, MD 21286 | |
| 10925 | KIRCHHAUSEN, WILLIAM, 8223 STREAMWOOD DR., PIKESVILLE, MD 21208 | |
| 10924 | KIRCHNER BLOCK & BRICK, 12901 ST CHARLES ROCK RD, BRIDGETON, MO 63044 | |
| 10924 | KIRCHNER BLOCK & BRICK, 12901 ST. CHARLES ROCK ROAD, BRIDGETON, MO 63044 | |
| 10924 | KIRCHNER INDUSTRIES, 801 MARSHALL RD., VALLEY PARK, MO 63088 | |
| 10925 | KIRCHNER JR, GEORGE, 2109 HAMPTON COURT, FALLSTON, MD 21047 | |
| 10925 | KIRCHNER, 12901 ST CHARLES ROCK ROAD, BRIDGETON, MO 63044 | |
| 10925 | KIRCHNER, DOROTHY, 1455 COVENTRY MEADOWS DRIVE, SYKESVILLE, MD 21784 | |
| 10925 | KIRCHNER, GEORGE J, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | KIRCHNER, MARLENE, 7068 JARVIS RD, SARASOTA FL, FL 34241 | |
| 10925 | KIRCHNER, VANESSA, 6411 STRATFORD RD, CHEVY CHASE, MD 20815 | |
| 10925 | KIRCHNER, YVONNE, 6161 PINDLAND DR. #1925, DALLAS, TX 75231 | |
| 10925 | KIRCH-STROUSS, SUSAN, 158 LAUGHLIN AVE, PITTSBURGH, PA 15210 | |
| 10925 | KIRCHWEY, EVA, FORCHSTRASSE 157, EGG, CH 8132SWITZERLAND | *VIA Deutsche Post* |
| 10925 | KIRCHWEY, GEORGE, FORCHSTRASSE 157, EGG, CH 8132SWITZERLAND | *VIA Deutsche Post* |
| 10925 | KIRJASSOFF, DAVID, 1451 44TH AVE, SAN FRANCISCO, CA 94122 | |
| 10924 | KIRK FREIGHT LINES, 2792 NORTHWEST 24TH STREET, MIAMI, FL 33142 | |
| 10925 | KIRK G SAHAGIAN, 13 TALLARD RD, WESTFORD, MA 01886 | |
| 10925 | KIRK K DEADRICK, 10655 SUGAR CREST AVE., DULUTH, GA 30155 | |
| 10925 | KIRK L MCKNIGHT, 25-3 OGAWACHO APT 306, YOKOSUKA, 238JAPAN | *VIA Deutsche Post* |
| 10925 | KIRK RONE, 7134 ALABAMA, ST LOUIS, MO 63111-3025 | |
| 10925 | KIRK W BODE &, BARBARA A BODE JT TEN, 425 N MONTANA AVE, MORTON, IL 61550-1737 | |
| 10925 | KIRK, ALFRED, RT. 2, BOX 359, LIBERAL, KS 67901 | |
| 10925 | KIRK, BILLY, 5140 KY 142, PHILPOT, KY 42366 | |
| 10925 | KIRK, BRUCE, 102 S 7TH ST, ELKVILLE, IL 62932 | |
| 10925 | KIRK, BRYN, 209 JOELLEN DRIVE, WAUKESHA, WI 53188 | |
| 10925 | KIRK, JAMES, PO BOX 137, LEWISPORT, KY 42351 | |
| 10925 | KIRK, JOHN, 492A CHICOPEE ST, CHICOPEE, MA 01013 | |
| 10925 | KIRK, MARY, 3731 N. 2ND LANE, MILWAUKEE, WI 53212 | |
| 10925 | KIRK, MICHELINA, 9597 N W 52 MANOR, SUNRISE, FL 33351 | |
| 10925 | KIRK, ROBERT, 1633 HOLLY ROOD DRIVE, PITTSBURGH, PA 15227 | |
| 10925 | KIRK, STEPHEN, ROUTE 4,BOX 88, ENDICOTT, NE 68350 | |
| 10925 | KIRK, SUSAN, 2427 BANBURY RD, AKRON, OH 44333 | |
| 10925 | KIRK, THEA, 1145 3RD AVE, VERO BEACH, FL 32960 | |
| 10925 | KIRKBRIDE, JOHN, 9110 DAWN DR., BROWNSBURG, IN 46112 | |
| 10925 | KIRKBRIDE, KEVIN, 12001 9TH ST N, ST PETERSBURG, FL 33716 | |
| 10925 | KIRKEGARD, MARY, 717 ALBERT PL, RIDGEWOOD, NJ 07450 | |
| 10925 | KIRKENDALL, PATRICIA, PO BOX 339, SHREVE, OH 44676 | |
| 10925 | KIRKENDOL, DALLAS, 1301 BENNINGTON DRIVE, CONCORD, NC 28027 | |
| 10924 | KIRKER CHEMICAL, 1 E. 11TH STREET, PATERSON, NJ 07544 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    KIRKER ENTERPRISES, 55 E. 6TH STREET, PATERSON, NJ 07524

10925    KIRKHAM, C-HOWARD, 4214 CREEKSIDE COURT, FORT COLLINS, CO 80525

10925    KIRKHAM, CHRISTINA, 4021 NORTH 10TH ST, ABILENE, TX 79603

10925    KIRKHAM, KAREN E. LEE, 12835 LAURA LANE W, GRAND BAY, AL 36541

10925    KIRKHAM, WILLIAM, 715 W 3RD ST., BOONE, IA 50036

10924    KIRKHILL, INC., 12023 WOODRUFF AVENUE, DOWNEY, CA 90241

10925    KIRKLAND & BARFIELD PA, PO DRAWER 22989, JACKSON, MS 39225-2989

10925    KIRKLAND & BARFIELD, 120 NORTH CONGRESS ST SUITE 1000, JACKSON, MI 39225-2989

10925    KIRKLAND & ELLIS, 200 EAST RANDOLPH DRIVE, CHICAGO, IL 60601

10925    KIRKLAND & ELLIS, REED S OSLAN, 200 EAST RANDOLPH DRIVE, CHICAGO, IL 60601

10925    KIRKLAND & ELLIS, SUITE 1200, WASHINGTON, DC 20005

10924    KIRKLAND CONSTRUCTION, P O BOX 580, SAGUACHE, CO 81149

10924    KIRKLAND CONSTRUCTION, P. O. BOX 580, RYE, CO 81069

10924    KIRKLAND CONSTRUCTION, VAN HORN, TX 79855

10925    KIRKLAND, CECIL, 214 CONFEDERATE WAY, SEABROOK, TX 77586-6133

10925    KIRKLAND, JAMES, 2902 WHISPERING WINDS, 610, PEARLAND, TX 77581

10925    KIRKLAND, JAMES, 807 TRUMAN, CLEVELAND, TX 77327

10925    KIRKLAND, KARA, 106 VILLAGE LANE, BUCKNER, MO 64016

10925    KIRKLAND, RODNEY, 15949 ALABAMA HWY174, PELL CITY, AL 35128

10925    KIRKLAND, SHERRIE, 112 RIDGECREST RD., GRANITEVILLE, SC 29829

10925    KIRKLAND, STEVE, RT. 1, BOX 320, COLLINS, MS 39428

10925    KIRKLAND, VANESSA, 803 E CURTIS ST., LINDEN, NJ 07039

10925    KIRKLAND, YVONNE, PO BOX 463, OXFORD, MI 48371

10925    KIRKLEY SCHMIDT & COTTON, 301 COMMERCE ST. SUITE 2700, FORT WORTH, TX 76102

10924    KIRKMAN LABORATORIES, INC., 25977 S.W. CANYON CREEK ROAD, WILSONVILLE, OR 97070

10924    KIRKMAN LABORATORIES, INC., PO BOX 1009, WILSONVILLE, OR 97070

10925    KIRKMAN, CATHERINE, 20606 ANZA ST #20, TORRANCE, CA 90503

10925    KIRKMAN, DONNA, 4902 STURBRIDGE PL., OWENSBORO, KY 42303

10925    KIRKMAN, HOLBERT, 4019 YATES DR, OWENSBORO, KY 42301-6666

10925    KIRKMAN, MICHAEL, 527 MORRELL RD, KNOXVILLE, TN 37919

10925    KIRKNER, DOUGLAS L, 2224 N PEWTER DRIVE, MACUNGIE, PA 18062

10925    KIRKNER, DOUGLAS, 2224 N PEWTER DR, MACUNGIE, PA 18062

10925    KIRKNER, KATIEA, 2224 N PEWTER DR, MACUNGIE, PA 18062

10925    KIRKPARTICK & LOCKHART LLP, ONE INTERNATIONAL PLACE, BOSTON, MA 02110-2637

10924    KIRKPATRICK CONCRETE CO, PO BOX 2728, BIRMINGHAM, AL 35205

10924    KIRKPATRICK CONCRETE INC., 109 38TH STREET, N.E., FORT PAYNE, AL 35967

10924    KIRKPATRICK CONCRETE INC., 1497 BLOUNT AVE - HWY 431 NORTH, GUNTERSVILLE, AL 35976

10924    KIRKPATRICK CONCRETE INC., 319 DEER HEAD COVE, RISING FAWN, GA 30738

10924    KIRKPATRICK CONCRETE INC., 616 WEST WILLOW ST., SCOTTSBORO, AL 35768

10924    KIRKPATRICK CONCRETE INC., ALBERTVILLE, AL 35950

10924    KIRKPATRICK CONCRETE INC., ARAB, AL 35016

10924    KIRKPATRICK CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, BIRMINGHAM, AL 35202

10924    KIRKPATRICK CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, FORT PAYNE, AL 35967

10924    KIRKPATRICK CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, GUNTERSVILLE, AL 35976

10924    KIRKPATRICK CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, RAINSVILLE, AL 35986

10924    KIRKPATRICK CONCRETE INC., HGWY. 431 SOUTH, ALBERTVILLE, AL 35950

10924    KIRKPATRICK CONCRETE INC., HGWY. 431, GUNTERSVILLE, AL 35976

10924    KIRKPATRICK CONCRETE INC., HIGHWAY 231 NORTH, ARAB, AL 35016

10924    KIRKPATRICK CONCRETE INC., HIGHWAY 231 SOUTH, ONEONTA, AL 35121

10924    KIRKPATRICK CONCRETE INC., HWY 31-EXIT 287 OFF I-65 NORTH, ONEONTA, AL 35121

10924    KIRKPATRICK CONCRETE INC., LOFTIN AVE., RAINSVILLE, AL 35986

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  KIRKPATRICK CONCRETE INC., ONEONTA, AL 35122

10924  KIRKPATRICK CONCRETE INC., SARDIS CITY, AL 35957

10924  KIRKPATRICK CONCRETE INC., SARDIS INDUSTRIAL PARK - HWY 431, SARDIS CITY, AL 35957

10924  KIRKPATRICK CONCRETE, 116 PARK AVENUE, MOODY, AL 35004

10924  KIRKPATRICK CONCRETE, 1497 BLOUNT AVE, GUNTERSVILLE, AL 35976

10924  KIRKPATRICK CONCRETE, 2909 3RD AVENUE NORTH, BIRMINGHAM, AL 35203

10924  KIRKPATRICK CONCRETE, P.O. BOX 2728, BIRMINGHAM, AL 35203

10924  KIRKPATRICK CONCRETE, PO BOX546, GUNTERSVILLE, AL 35976

10925  KIRKPATRICK, AUDREY N, 1 BIRCH LN, STONYBROOK LI, NY 11790-2001

10925  KIRKPATRICK, BLAKE, 302 SW 85TH WAY, 104, PEMBROKE PINES, FL 33025

10925  KIRKPATRICK, HELEN, PARK MANOR/164 PARK AVE, QUAKERTOWN, PA 18951

10925  KIRKPATRICK, JERRY, 2600 K ST, HOUMA, LA 70360

10925  KIRKPATRICK, JERRY, 28200 BANDY ROAD, LITTLE ROCK, AR 72211

10925  KIRKPATRICK, JERRY, 6902 FAWN RIDGE, CORPUS CHRISTI, TX 78413

10925  KIRKPATRICK, KATHLEEN, 251 SW LINCOLN CIR, ST. PETE, FL 33703

10925  KIRKPATRICK, WILLIAM, 230 STONEHAVEN DR, RED HILL, PA 18076

10925  KIRKSEY, CLINTON, 143 HILTON, ALEXANDRIA, VA 22314

10925  KIRKSTEIN, JEANETTE M, 3236 N 97TH ST, MILWAUKEE, WI 53222-3460

10925  KIRKWOOD CO, INC, PO BOX 8446, METAIRIE, LA 70011

10925  KIRKWOOD COMPANY, INC, PO BOX 7021, METAIRIE, LA 70010-7021

10925  KIRKWOOD, SUSAN, 3244 GREENTREE CIR, NEW CASTLE, PA 16105

10924  KIRKWOOD/DYNALECTRIC, 1200 W. 7TH STREET, LOS ANGELES, CA 90017

10925  KIRLEW, LORNA, 5538 KAREN ELAINE, NEW CARROLLTON, MD 20784

10925  KIRNER, BONNIE, 804 PINEWOOD CT, #3, MADISON, WI 53714

10925  KIRSCH, CINDY, 1531 DELUCCHI LANE, D, RENO, NV 89502

10925  KIRSCH, KIM, 3216 BISCAYNE, MCHENRY, IL 60050

10925  KIRSCHBAUM, KRIS, 328 E 55TH ST, NEW YORK, NY 10022

10925  KIRSCHNER ASSOCIATES INC, 331 WEST GROVE ST, MIDDLEBORO, MA 02346

10925  KIRSCHNER, BRUNO, 8322 PARKER HOUSE PATH, CICERO, NY 13039

10925  KIRSCHNER, EDWARD, 275 CLARK ST ROAD, CAYUGA, NY 13034

10925  KIRSTEN INGRID KASS, 510 E 88TH ST, NEW YORK, NY 10128-7725

10925  KIRTANE, SAMEER, 530 BEACON ST, BOSTON, MA 02215

10924  KIRTLAND BLOCK, 4342 US HWY 64, KIRTLAND, NM 87417

10925  KIRTLAND II, JAMES D, CUST, JAMES D KIRTLAND III, UNIF GIFT MIN ACT IL, 13609 N 49TH PL, SCOTTSDALE, AZ 85254-3505

10925  KIRTLAND, JAMES D, CUST, JAMES D KIRTLAND II, UNIF GIFT MIN ACT IL, 13609 N 49TH PL, SCOTTSDALE, AZ 85254-3505

10925  KIRVEN, DENNIS, 3847 DAYSPRING DR., HILLIARD, OH 43026

10925  KIRVEN, JOHANNA, 1819 MORNING LANE, SNELLVILLE, GA 30278

10924  KIRWAN CORP, 1515 SOUTH SUNKIST ST, STE A, ANAHEIM, CA 92806

10925  KIRWAN, ARTHUR, 10 BLOOMINGDALE DR, NASHUA, NH 03060

10925  KIRWAN, CAROLYN, 10 BLOOMINGDALE DR, NASHUA, NH 03060

10925  KIRWAN, SHIRLEY, 177 JAMESTOWN ROAD, UNIT 102, OCEAN CITY, MD 21842

10925  KISER CONTROLS CO., PO BOX 5940, CAROL STREAM, IL 60197-5940

10925  KISER CONTROLS COMPANY, PO BOX 5940, CAROL STREAM, IL 60197-5940

10925  KISER CONTROLS, INC, 7045 HIGH GROVE BLVD., CHICAGO, IL 60651

10925  KISER, CHERRY, 1525 WEYLAND DR, FT WORTH, TX 76180

10925  KISER, DEVEN, 511 ST CHARLES, LEAGUE CITY, TX 77573

10925  KISER, GARY, PO BOX 563, MEEKER, CO 81641

10925  KISER, HAROLD, 4600 R.B.C. 7, MEEKER, CO 81641

10925  KISER, LISA, 1105 NW 8TH ST, ANDREWS, TX 79714

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KISER, LORINDA, PO BOX 4199, OLIVE HILL, KY 41164 | |
| 10925 | KISER, PETER, 6900 COUNTY ROAD, #7, MEEKER, CO 81641 | |
| 10925 | KISER, PHILIP, 214 SECO, PORTLAND, TX 78374 | |
| 10925 | KISH COMPANY INC, THE, PO BOX 931986, CLEVELAND, OH 44193 | |
| 10925 | KISH COMPANY, INC, PO BOX 931986, CLEVELAND, OH 44193 | |
| 10925 | KISH, JAMES, 85 KAIDER ROAD, UNIONTOWN, PA 15401 | |
| 10925 | KISH, TERRY, 205 COPPERFIELD DRIVE, RENO, NV 89506 | |
| 10925 | KISH, TRACY, 90 FRANCIS ST, WALTHAM, MA 02154 | |
| 10925 | KISHBAUGH, ALAN, 11757 STONEGATE LANE, COLUMBIA, MD 21044 | |
| 10925 | KISHBAUGH, ALAN, 18 BLACKBERRY PLACE, LONG VALLEY, NJ 07853 | |
| 10925 | KISHOR S BARDE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10924 | KISHWAUKEE COMMUNITY HOSPITAL, 626 BATHANY RD, WEST CHICAGO, IL 60185 | |
| 10925 | KISIELIUS, RENATA, 9106 S 89TH ST, HICKORY HILLS, IL 60457 | |
| 10925 | KISKIS, DAVID, 405 LITTLE MARVEL CO, PASADENA, MD 21122 | |
| 10925 | KISKIS, DAVID, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | KISLER, GORDON, 501 OAK LEAF MANOR, BALLWIN, MO 63021 | |
| 10925 | KISNER, ANDREW, 195 MARY HANNA RD, WOODRUFF, SC 29388 | |
| 10925 | KISNER, JAMES, 37 CLARK ST, WATERLOO, NY 13165 | |
| 10925 | KISS, BRADLEY, 621 MAGNOLIA, LOMBARD, IL 60148 | |
| 10925 | KISS, CSABA, 6 FARMING CREEK DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | KISS, KRISTA, 5327 KERGER ROAD, ELLICOTT CITY, MD 21043 | |
| 10925 | KISS, MARGARET, 4612 NEW BRUNSWICK A, PISCATAWAY, NJ 08854 | |
| 10925 | KISSEL, DIANE, 2622 SAWBURY BLVD, COLUMBUS, OH 43235 | |
| 10925 | KISSELBACH, JR, KENNETH, 37 LONGLEY RD, GROTON, MA 01450 | |
| 10925 | KISSINGER, KAREN, 3125 NE 44TH PLACE, OCALA, FL 34479 | |
| 10924 | KISSWAUKEE COMM HOSP C/O ASC INS, 626 BETHANY ROAD, WEST CHICAGO, IL 60185 | |
| 10925 | KISTLER, LEWELL, PO BOX 566, ROSENBERG, TX 77471 | |
| 10925 | KISTLER-MORSE CORPORATION, 10201 WILLOWS ROAD, NE, REDMOND, WA 98052 | |
| 10925 | KISTLER-MORSE, POBOX 98866, CHICAGO, IL 60693 | |
| 10924 | KISTNER CONCRETE PRODUCTS, 5550 HINMAN ROAD, LOCKPORT, NY 14094 | |
| 10924 | KISTNER CONCRETE PRODUCTS, 8713 READ RD, EAST PEMBROKE, NY 14056 | |
| 10924 | KISTNER CONCRETE PRODUCTS, 8713 READ RD., EAST PEMBROKE, NY 14056 | |
| 10924 | KISTNER CONCRETE PRODUCTS, ROUTE 39, SPRINGVILLE, NY 14141 | |
| 10924 | KISTNER PRECAST, 10002 EAST ROAD, EAST BETHANY, NY 14054 | |
| 10925 | KIT KAT CLUB ENTERTAINMENT, 83B LORONG MAMANDA 1, AMPANG POINT, SELANGOR, 46788MALAYSIA | *VIA Deutsche Post* |
| 10925 | KITA, THOMAS, PO BOX 790226, SAN ANTONIO, TX 78279 | |
| 10925 | KITAGAWA, GEORGE, 22205 VIA CAMINO CT, CUPERTINO, CA 95014 | |
| 10925 | KITAGUCHI, JOEL, 8009 SOLLEY ROAD, GLEN BURNIE, MD 21060 | |
| 10925 | KITCH SAURBIER DRUTCHAS WAGNER, ONE WOODWARD, DETROIT, MI 48226 | |
| 10925 | KITCHENS ELLIS, PO BOX 1268, PASCAGOULA, MS 39568 | |
| 10925 | KITCHENS KELLEY GAYNES,PC, 3495 PIEDMONT ROAD, N.E., ATLANTA, GA 30305 | |
| 10925 | KITCHENS, C, 5469 WHITE CEDAR TERR, SUGAR HILL, GA 30518 | |
| 10925 | KITCHENS, DONNA, #4 RIDGE ROAD, RANSOM CANYON, TX 79366 | |
| 10925 | KITCHENS, KAREN, 32 COMSTOCK RD, EDISON, NJ 08817 | |
| 10925 | KITCHENS, MARGARET, 320 HAGGARD ROAD, COMMERCE, GA 30529 | |
| 10925 | KITCHENS, TONEY, PO BOX 4, COMMERCE, GA 30529 | |
| 10925 | KITCHENS-JACKSON, DEANNA, 3501 OAKRIDGE, ODESSA, TX 79762 | |
| 10924 | KITCO, INC., 200 E. SPRING STREET, BLUFFTON, IN 46714 | |
| 10925 | KITISUK SUWISETSAK, 53/464 MOO 3 SOI MITPRACHA, 12 TAMBOL BANMAI PARKRET, DISTRIC NONTHABURI, 11920THAILAND | *VIA Deutsche Post* |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KITKA, MICHAEL, 449 60TH ST, OAKLAND, CA 94609

10925   KITOWICZ, WILLIAM, 13 PARK ST, MAYNARD, MA 01754

10925   KITSON, PATRICIA, 450 EAST 20TH ST #2D, NEW YORK, NY 10009

10925   KITTEL, DOROTHY, 2544 66 AVE., OAKLAND, CA 94605

10925   KITTEL, JOHN I, 412 FOURTEENTH ST, TOLEDO, OH 43624-1202

10924   KITTERING TOWER, 40 NORTH STREET, DAYTON, OH 45423

10924   KITTERMAN REDI-MIX, CREIGHTON ROAD, WALL, SD 57790

10925   KITTILSON, DOROTHY, 334 CONIFER ROAD, LIBBY, MT 59923-2939

10925   KITTINGER COMPANY, THE, 1893 ELMWOOD AVE., BUFFALO, NY 14207

10925   KITTINGER, JOE, 4869 NORTH TALMAN, CHICAGO, IL 60625

10925   KITTLE, CONNIE, 2496 BATDORF RD, WOOSTER, OH 44691

10925   KITTLER, DANNY, 803 AUGUSTA ST APT. 55, MOBILE, AL 36605

10925   KITTLESON, LIELA, 5125 HWY DM BOX 118, ARLINGTON, WI 53911

10925   KITTLESON, ROGER, 5125 HWY DM, BOX 118, ARLINGTON, WI 53911

10925   KITTOS, THOMAS, 4173 SCARLETT DRIVE, MORRISTOWN, TN 37814

10925   KITTREDGE, C, 1191 N KENWOOD LANE, CHANDLER, AZ 85226

10925   KITZINGER COOPERAGE CORP., 2529 E. NORWICH ST., SAINT FRANCIS, WI 53235

10924   KITZINGER COOPERAGE CORPORATION, 2529 E. NORWICH, MILWAUKEE, WI 53202

10925   KITZMAN, JOYCE, W200 N16608 HEMLOCK AVE., 3, JACKSON, WI 53037

10925   KIVAK, EDWARD, 55 AUBURN RD, SENECA FALLS, NY 13148

10925   KIYOKO MASUNAGA, 18470 FARMINGHAM WY, CUPERTINO, CA 95014-6410

10925   KIYOSHI F FUJITANI &, JANET T FUJITANI JT TEN, 14335 SW MC FARLAND BLVD, TIGARD, OR 97224-2786

10925   KIZHAKKEDATH, SANTHA, 630 HUNTS POINT, GRAND PRAIRE, TX 75050

10925   KIZIS, FRANK, 70 WEST ST, HARRISON, NY 10528

10925   KIZIUK, PETER, 160 ADAMS ST, ABINGTON, MA 02351

10925   KIZZAR, JENSINE, 515 E PALM AVE, ORANGE, CA 92666

10925   K-JON, PO BOX 19013, LAKE CHARLES, LA 70616-9013

10924   K-KEM CORPORATION, 4848 LAKEVIEW AVE., YORBA LINDA, CA 92886

10925   KLABER, STEPHANIE, 7406 MAYROW DR, LOUISVILLE, KY 40291

10925   KLAGES, ALICE, 9011 ST. ANDREWS PLACE, COLLEGE PARK, MD 20740

10925   KLAGGES, KELLY, 57 WASHINGTON STUNIT #1, CHARLESTOWN, MA 02129

10925   KLAGGES, KELLY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KLAGSTAD, PAUL, 5077 NORWAY DR., VENTURA, CA 93001

10925   KLAMANN & HUBBARD, 7101 COLLEGE BLVD, SUITE 120, OVERLAND PARK, KS 66210

10925   KLAMANN HUBBARD, 7101 COLLEGE BLVD, SUITE 130, OVERLAND PARK, KS 66210

10924   KLAMANN, JOHN M, 11000 KING #200/C, OVERLAND PARK, KS 66210-1233

10925   KLAMANN, JOHN M, 11000 KING, #200/C, PO BOX 25625, OVERLAND PARK, KS 66225-5625

10924   KLAMATH PACIFIC CORP, 2918 EDISON AVE, KLAMATH FALLS, OR 97603

10924   KLAMATH PACIFIC CORP, 9492 HILL ROAD, KLAMATH FALLS, OR 97603

10925   KLAPISH, ROBERT, 330 NEBOBISH, BAY CITY, MI 48708-5519

10925   KLAPP, SHON, 10853 MALGOSA, APPLE VALLEY, CA 92308

10925   KLAPPERICH, MICHAEL, 3555 BAKER RD, GAINESVILLE, GA 30501

10925   KLARA, CINDY, 10951 TROTTING RIDGE WAY, COLUMBIA, MD 21044

10925   KLARICH, LORI, 229 42ND ST. W., BRADENTON, FL 34209

10925   KLASMEIER, NANCY, 1500 CHARLES AVE, FERNDALE, MD 21061

10925   KLASMEIER, NANCY, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   KLASSIC LEASE, #3 NORTH CENTRAL DR, O FALLON, MO 63366

10925   KLA-TENCOR AMRAY/DIVISION, GERALD T CAMERON JR, 160 MIDDLESEX TURNPIKE, BEDFORD, MA 01730

10925   KLATT, MICHAEL, N6711 HWY 42 LOT 29, ALGOMA, WI 54201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KLATT, RAYMOND, 1604 MANOR COURT, MIDLAND, TX 79703

10925   KLAUCK, KARL, 3716 N 25TH RD, ARLINGTON, VA 22207-5015

10925   KLAUDINY, JOHN, 105 SUNSET DRIVE, GREENVILLE, SC 29605

10925   KLAUER, JULIA, 5517 DAHLEN DR, MADISON, WI 53705

10925   KLAUS ALEXANDER RIEDER, 15 2 BOSTON ST, SALEM, MA 01970

10925   KLAUS, SCOTT, 2175 SOUTH POINT RD, GREEN BAY, WI 54313

10925   KLAUSING, H, 5769 LINDENWOOD ROAD, COLUMBUS, OH 43229

10925   KLAUSING, MARJORIE, 5769 LINDENWOOD ROAD, COLUMBUS, OH 43229

10925   KLAUSMEYER TIRE INC., 1900 E. PATAPSCO AVE, BALTIMORE, MD 21226

10925   KLAWUN, BRIAN, 5223 JERRY COURT, INDIANAPOLIS, IN 46254

10925   KLAYNER, PAUL, 7820 TYLERTOW DRIVE, RALEIGH, NC 27613

10924   KLEARTONE INC., 695 SUMMA AVE, WESTBURY, NY 11590

10924   KLEARTONE, INC., CAMBRIDGE, MA 02140

10925   KLEBANSKI, MARJORIE, 5148 HAZEL ST., FINLEYVILLE, PA 15332

10925   KLEBE, MARVIN, 1739 S HANOVER ST R1, BALTIMORE, MD 21230

10925   KLEE, CHRISTOPHER, 2015 QUAKER HOLLOW, STREAMWOOD, IL 60107

10925   KLEE, HARVEY, 314 GRAHAM ST, HIGHLAND PARK, NJ 08904

10924   KLEEN-TEX INC., P.O.BOX KTI, LAGRANGE, GA 30241

10924   KLEEN-TEX INC., PLANT #3 - RUBBER DIV., LAGRANGE, GA 30240

10924   KLEEN-TEX, INC., PLANT #3, ORCHARD HILL ROAD, LAGRANGE, GA 30240

10925   KLEER, CHERYL, 316 LEXINGTON COURT, CARNEGIE, PA 15106

10924   KLEET LUMBER, 777 PARK AVENUE, HUNTINGTON, NY 11743

10925   KLEHFOTH, JAY, PO BOX 126, CENTERVILLE, IN 47330

10925   KLEHN, ALBERT, 3801 CLOVER LANE, DEER PARK, TX 77536

10925   KLEIDER, DARRELL, 11078 W. TIOGA ST., BOIS, ID 83709

10925   KLEIDER, DARRELL, 27617 NE 140TH COURT, DUVALL, WA 98019

10925   KLEIN, AMY, 19131 FOX LANDING DRIVE, BOCA RATON, FL 33434

10925   KLEIN, CHARLOTTE, 5226 CATSKILLS, WICHITA FALLS, TX 76310

10925   KLEIN, CHRIS, 405 E JEFFERSON, IOWA PARK, TX 76367

10925   KLEIN, DANIEL, 6239 PLAITED REED, COLUMBIA, MD 21044

10925   KLEIN, DARRYL, 10252 WETHERBURN RD., ELLICOTT CITY, MD 21042

10925   KLEIN, DAVID, 464 FOREST DRIVE, FONTANA, WI 53125

10925   KLEIN, DAVID, 8666 E. ROOSEVELT CR, SCOTTSDALE, AZ 85257

10925   KLEIN, DR DARRYL P, 10252 WETHERBURN RD., ELLICOTT CITY, MD 21042

10925   KLEIN, ELIZABETH, 14007 N 53RD DR., GLENDALE, AZ 85306

10925   KLEIN, FRANCIS, 302 QUAIL, LAFAYETTE, LA 70508

10925   KLEIN, GLEN, 949 DELL AVE., DICKINSON, ND 58601

10925   KLEIN, GRACE, 3111 W EASTWOOD, CHICAGO, IL 60625

10925   KLEIN, HARVEY, 115-09 71ST AVE, FLUSHING, NY 11367

10925   KLEIN, JENNIFER, 2855 TIGERTAIL AVE, COCONUT GROVE, FL 33133

10925   KLEIN, LUBOMIR, 926 CONCORD AVE, AKRON, OH 44306

10925   KLEIN, MICHAEL, 10533 NW 57TH COURT, CORAL SPRINGS, FL 33076

10925   KLEIN, PO BOX 349, MINEOLA, NY 11501

10925   KLEIN, REED, 8 ASHWOOD CT, AURORA, IL 60506

10925   KLEIN, RON, 311 B COLONY DR, ENTERPRISE, AL 36330-2066

10925   KLEIN, SARA, 9163 DOUBLOON, INDIANAPOLIS, IN 46268

10925   KLEIN, SHARON, 4427 COUNTRY WAY, CHOUTTA, GA 30710

10925   KLEIN, SUSAN, 3021 ROCKRIDGE CT, OKLAHOMA CITY, OK 73120

10925   KLEIN, VICKIE, 405 E JEFFERSON, IOWA PARK, TX 76367

10925   KLEIN, VICTOR, 5385 BROADWATER LANE, CLARKSVILLE, MD 21029

10925   KLEIN-DICKERT CO INC, 2160 INDUSTRIAL DRIVE, GLASS DIVISION, MADISON, WI 53713

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KLEIN-DICKERT CO INC, FOLEY & LARDNER DOUGLAS B CLARK, 150 EAST GILMAN ST, PO BOX 1497, MADISON, WI 53701-1497

10925    KLEINE, JOSEPHINE, 220 CHURCH RD, BRIDGEWATER, NJ 08807

10925    KLEINE, MARVA, 231A BRETT CIRCLE, WAUCONDA, IL 60084

10925    KLEINELP, FRED, 350 PACKMAN AVE, MOUNT VERNON, NY 10550

10925    KLEINER, ALFRED, 105E FRIEND ST, ADAMS, MA 01220-1447

10925    KLEINER, RICHARD, 6 GRANDVIEW TERRACE, ADAMS, MA 01220

10925    KLEINER, WAYNE, BOX 173A RD #1, MOHRSVILLE, PA 19541

10925    KLEINFELDER INC., 7133 KOLL CTR. PKWY., PLEASANTON, CA 94566

10925    KLEINKLAUS, JOSEPH, RT 4 BOX 832, ONEONTA, AL 35121

10925    KLEINKNIGHT, PEGGY, 5921 FALCON LANE, INDIANAPOLIS, IN 46224

10925    KLEINMAN, SYLVIA, 4230 ELM VIEW RD 434, ROANOKE, VA 24014-4127

10925    KLEINSCHMIDT, INC, PO BOX 535, WAUKEGAN, IL 60079-0535

10925    KLEINSCHMIDT, NORMAN, PO BOX 222, CHAPIN, IL 62628

10925    KLEINSTEUBER, TERESA, 4136 E 52ND, 905, ODESSA, TX 79762

10925    KLEIST, PATRICIA, 3715 N. 73RD ST, MILWAUKEE, WI 53216

10925    KLEMA, MARIE, 834 MEADOWVIEW LANE, APT 19, LODI, WI 53555

10925    KLEMANN, CLIFFORD, 1003 W. KENDAIA ROAD, ROMULUS, NY 14541

10925    KLEMANN, ROBERT, 5784 RT 96A, ROMULUS, NY 14541

10925    KLEMENT, CHARLES J, 4105 BROOKLN AVE NE 209, SEATTLE, WA 98105-6258

10925    KLEMKOWSKI, JEFFREY, 8081 FOREST GLEN DRI, PASADENA, MD 21122

10925    KLEMM TANK LINES, PO BOX 11708, GREEN BAY, WI 54307-1708

10925    KLEMM, RICHARD, S 6685 FREEDOM ROAD, NORTH FREEDOM, WI 53951

10925    KLEMME, JERI, 874 W 47TH ST, MIAMI BEACH, FL 33140

10925    KLEMMER, NORBERT, 2825 BERGMAN ST, PITTSBURGH, PA 15204

10925    KLEMPEN, JUDITH, N111 W16615 ESQUIRE CT, GERMANTOWN, WI 53022

10925    KLEMS, THEODORE, 514 RIDDLE ROAD, CINCINNATI, OH 45220

10925    KLENK, ANGELIC, 312 SOUTH 2ND ST, LAPORTE, TX 77571

10925    KLENK, JENNIFER, 2646 HAZEL AVE, NORTH HILLS, PA 19038

10925    KLENKE, ESQ, CHARLOTTE, SCHNEIDER NATIONAL, INC, PO BOX 2545, 3101 S PACKERLAND, GREEN BAY, WI 54306

10925    KLENZ, MICHAEL, 7304 HWY S, SOBIESKI, WI 54171

10925    KLENZOID EQUIPMENT COMPANY, PO BOX 444, WAYNE, PA 19087

10925    KLEPADLO, JOSEPH, 1829 N. SAWYER, CHICAGO, IL 60647

10925    KLEPPE, CONRAD, 205 N. GARFIELD, EAGLE GROV, IA 50533

10925    KLER, VICKI, RT. 1 BOX 45, LYMAN, NE 69352

10925    KLETZ, ROBERT, 1522 WHITEHALL DR #101, FT. LAUDERDALE, FL 33324

10925    KLEVEN STAFFING SOLUTIONS INC, PO BOX 636, LEXINGTON, MA 02173-0006

10925    KLEYN, JACK, PO BOX 692, KALKASKA, MI 49646

10925    KLEYPAS, MARK, 603 WHITECAP, SEABROOK, TX 77586

10925    KLIBANSKY, CYNTHIA, 21 HUSSEY AVE, DANVERS, MA 01923

10925    KLIEMANN, HAL, 1901 LAKEVIEW CR #110, LEWISVILLE, TX 75057

10925    KLIER, DENISE, PO BOX 134, SAVANNAH, OH 44874

10925    KLIEWER, ROY, 1408 OTLEY AVE, PERRY, IA 50220

10925    KLIGER, MILTON, 11 GORHAM AVE, HAMDEN, CT 06514

10925    KLIMEK, KAREN, 15J BROOKSIDE HGHTS, WANAQUE, NJ 07465

10925    KLIMENKO, SERGEY, 289 ELM ST APT 67, MEDFORD, MA 02155-1057

10925    KLIMKIEWICZ, EDMUND, 9744 DEG ROAD, 104, DES PLAINES, IL 60016

10925    KLIMKIEWICZ, RICHARD, 14359 MAPLE LANE, MIDLOTHIAN, IL 60445

10925    KLINE & CO,INC, PO BOX 410, LITTLE FALLS, NJ 07424

10925    KLINE & COMPANY, INC, PO BOX 827160, PHILADELPHIA, PA 19182-7160

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KLINE EUROPE S.A., 1 AVE GRIBAUMONT, BRUSSELS, B 1150BELGIUM | *VIA Deutsche Post* |
| 10924 | KLINE HALL @ MESSIAH COLLEGE, 420 CENTER DRIVE, GRANTHAM, PA 17027 | |
| 10925 | KLINE HOLTZMAN, KATHY, CUST FOR MICHAEL HOLTZMAN, UNIF GIFT MIN ACT WA, 4017 85TH AVE, MERCER ISLAND, WA 98040-4017 | |
| 10925 | KLINE JR, RICHARD, 1201 ENTERPRISE ROAD, 414, LEAGUE CITY, TX 77573 | |
| 10925 | KLINE TRANSPORTATION, INC, 504 ROGERS RD., NEW CASTLE, DE 19720 | |
| 10925 | KLINE, ANN, 21 COLEMAN DR, LEWISBURG, WV 24901-8921 | |
| 10925 | KLINE, ARTHUR, 1980 QUARRY RD, QUAKERTOWN, PA 18951 | |
| 10925 | KLINE, BARRY, 90 DRYVILLE ROAD, FLEETWOOD, PA 19522 | |
| 10925 | KLINE, CHRISTINE, 4632 AMBER LANE, MORGANTON, NC 28655 | |
| 10925 | KLINE, DEBRA, 703 N 9TH ST, READING, PA 19604 | |
| 10925 | KLINE, DENNIS, 6505 HOME WATER WAY #301, GLEN BURNIE, MD 21060 | |
| 10925 | KLINE, JOHN, 107 ARBOR WAY, 1C, CARY, NC 27513 | |
| 10925 | KLINE, LAURENCE WILLIAM, 2307 WINDHAM RD, SOUTH CHARLESTON, WV 25303-3020 | |
| 10925 | KLINE, LEROY, 40 SOUTH 7TH ST, QUAKERTOWN, PA 18951 | |
| 10925 | KLINE, LORI S., 105 S. IRONSTONE DR, BOYERTOWN, PA 19512 | |
| 10925 | KLINE, MEREDITH, 36 MARTEL ROAD, S. HAMILTON, MA 01982 | |
| 10925 | KLINE, MICHAEL, 542 SOUTH 18 1/2 ST, READING, PA 19606 | |
| 10925 | KLINE, PAUL, BOX 84, GLENMONT, OH 44628-0084 | |
| 10925 | KLINE, RENEE, 58 OLEY MEADOWS DR, OLEY, PA 19547 | |
| 10925 | KLINE, RICHARD, 48 HARTZ ROAD, FLEETWOOD, PA 19522 | |
| 10925 | KLINE, SHERRAL, 1922 BUSH ST, SAN PABLO, CA 94806 | |
| 10925 | KLINE, SUSAN, 3601 ALEXANDER, CHYNNE, WY 82001 | |
| 10925 | KLINE, TIMOTHY, 103 SOCIETY HILL, CHERRY HILL, NJ 08003 | |
| 10925 | KLING, MATTHEW, 2103 HOWARD HALL, COLLEGE PARK, MD 20742 | |
| 10925 | KLING, SARAH, BUTTONWOOD MANOR, MENDHAM, NJ 07945 | |
| 10925 | KLING, THERESA, 2070 C.R. 25, KILLBUCK, OH 44637 | |
| 10925 | KLINGA, BARBARA, 2 AERIAL ST, LEXINGTON, MA 02173 | |
| 10925 | KLINGAMAN, JERRY, 500 E MAIN ST., ROBINS, IA 52328 | |
| 10925 | KLINGELHEBER, DAVID, 865 PINEWAY DR, WORTHINGTON, OH 43208 | |
| 10925 | KLINGEMAN, MARCI, 81 MAPLEWOOD ST., PITTSBURGH, PA 15223 | |
| 10924 | KLINGER PAINT COMPANY INC, 333 FIFTH AVE SE, CEDAR RAPIDS, IA 52406 | |
| 10924 | KLINGER PAINT, 5555 WILLOW CREEK DR. S.W., CEDAR RAPIDS, IA 52404 | |
| 10924 | KLINGER PAINT, PURCHASING, 5555 WILLOW CREEK DR.S.W., CEDAR RAPIDS, IA 52404 | |
| 10924 | KLINGER PAINTS, 5555 WILLOW CREEK DRIVE, CEDAR RAPIDS, IA 52404 | |
| 10925 | KLINGLER, LORI, 2000 URSULINE WAY, ACWORTH, GA 30101 | |
| 10925 | KLINGMAN, DONN, 1202 E. GROVE, BLOOMINGTON, IL 61701 | |
| 10925 | KLINGNER PE, RICHARD E, 4016 DOMINION COVE, AUSTIN, TX 78759-7357 | |
| 10924 | KLINGS HANDYMAN PAINT & HARDWARE, 1610 SOUTH FOURTH STREET, ALLENTOWN, PA 18103 | |
| 10925 | KLINGS HANDYMAN PAINT/HARDWARE CORP, 1431 SOUTH FOURTH ST, ALLENTOWN, PA 18703 | |
| 10925 | KLINK, BRENDA, 277 OLD CAMDEN ROAD, CAMDEN, DE 19934 | |
| 10925 | KLINK, LEE, 6522 NORTH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | KLINKHART, EVELYN, 52 ROCKY BROOK ROAD, NEW CANAAN, CT 06840-2933 | |
| 10925 | KLINKHART, WILLIAM, 31 MOYER ST, CANAJOHARIE, NY 13317-9998 | |
| 10925 | KLIPP, JAMES, 7695 E NAPA PLACE, DENVER, CO 80237-2156 | |
| 10925 | KLISTER, JEFFREY, 324 MAIN ST, WRIGHTSTOWN, WI 54180 | |
| 10925 | KLISTER, LUCILLE, 912 MALLARD RD, DEPERE, WI 54115 | |
| 10925 | KLOBUCAR, ANTHONY, 1708 VALLEY COURT, SCHERERVILLE, IN 46375 | |
| 10925 | KLOBUCAR, TONY, 1708 VALLEY CT., SCHERERVILLE, IN 46375 | |
| 10925 | KLOCH, FEDERICO, CALLE 95, #16-37 APTO. 702, BOGOTA 8, BOGOTA | *VIA Deutsche Post* |
| 10924 | KLOCKNER PENTAPLAST OF AMERICA, 3585 KLOCKNER RD, GORDONSVILLE, VI 22942-0500 | |

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    KLOCKNER PENTAPLAST OF AMERICA, 3758 KLOCKNER RD, GORDONSVILLE, VI 22942

10925    KLOCZEWSKI, HAROLD, 8161 ORCHARD POINT ROAD, PASADENA, MD 21122

10925    KLODE, VIJA, 8896 D TOWN&COUNTRY BLVD, ELLICOTT CITY, MD 21043

10925    K-LOG INC., POBOX 5, ZION, IL 60099

10925    KLOHN, GERALD, RT 4 L9W GREENBRIAR DR, CLYDE, TX 79510

10924    KLOKE READY-MIX INC, W-2933 ELMORE DR., CAMPBELLSBURG, WI 53010

10924    KLONDIKE CONCRETE & BLDS, PO BOX 709, MASONTOWN, PA 15461

10925    KLONTZ, HAROLD E, BOX 992, AUBURN, AL 36831-0992

10925    KLOPPER, FREDERICK, 2536 EAST GEORGIA RD, SIMPSONVILLE, SC 29681

10925    KLOPPER, FREDERICK, PO BOX 1813, SIMPSONVILLE, SC 29681-1813

10925    KLOPSTEIN, ELIZABETH, 61D PARK CHARLES S, ST PETERS, MO 63376

10925    KLOPTOSKY, LOUISE, 127 COLEMAN ST, MIDDLESEX, NJ 08846-2238

10925    KLOSKY, H, 5381 MCELROY COVE, MEMPHIS, TN 38120

10925    KLOSTERMAN, SOPHIA, 227 HEDSTROM DR, EGGERTSVILLE, NY 14226

10925    KLOSTERMAN, TERRY, RT 1 PO BOX 123, CECIL, WI 54111

10925    KLOTH, DONNA, 2883 ERIN CT, LOVELAND, OH 45140

10925    KLOVSKY KUBY HARRIS, 431 CHESTNUT ST, PHILADELPHIA, PA 19106

10925    KLOZER, EMILY JEAN, 319 GREEN FOREST CT, MARTINEZ, GA 30907

10925    KLUCINIKAS, NELLY, 5 TULIP DRIVE, FORDS, NJ 08863

10924    KLUMB CO, PO BOX370, VANCE, AL 35490

10924    KLUMB CO., 18945 FRITH ROAD, VANCE, AL 35490

10924    KLUMB CO., US HWY. 11, VANCE, AL 35490

10925    KLUNDT, JAMES R, 9721 HIPKINS RD SW, TACOMA, WA 98498-4430

10925    KLUTCH, JENNIFER, 3100 QUARTET LANE, SILVER SPRING, MD 20904

10925    KLUWER ACADEMIC PUBLISHER, ACCORD STATION, HINGHAM, MA 02018-0358

10925    KLUWER LAW INTERNATIONAL, 675 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139

10925    KLYSEN TRANSPORT, 2100 MCGILLIVRAY BLVD, WINNEPEG, MB R3Y 1N3CANADA          **\*VIA Deutsche Post\***

10924    KMA INDUSTRIES, INC., PO BOX 200401, NEWARK, NJ 07102

10925    KMAC SERVICES, 2631 SHUTTLESWORTH DRIVE, BIRMINGHAM, AL 35234

10925    K-MART CORP, LOUIS ZUDNIK SR,

10924    KMART DATA CENTER, 2240 CUNNINGHAM DRIVE, TROY, MI 48084

10925    K-MART, 3100 WEST BIG BEAR ROAD, TROY, MI 48084

10925    K-MART, 7050 S. PULASKI, CHICAGO, IL 60629

10924    K-MART, C/O WILKINS INSULATION, NORTH RIVERSIDE, IL 60546

10925    K-MART, DEWITT ROSS STEVENS RON RAGATZ, 2 EAST MIFFLIN ST, SUITE 600, MADISON, WI
         53703-2865

10924    KMI, 11350 WRIGHT ROAD, LYNWOOD, CA 90262

10925    KMIEC, BERNICE, 3243 S 11TH ST, MILWAUKEE, WI 53215

10925    KMS INC, TOM TRAPP BERG COFFIN LEWIS & TRAP, 350 THE EMBARCADERO, SAN FRANCISCO,
         CA 94105

10925    KMS TRANSPORTATION SERVICES INC, PO BOX 2662, JONESBORO, AR 72402

10925    KMS/FIRSHERMANS WHARFT LIMITED PAR, MR SCOTT, PO BOX 389, OAKLAND, CA 94664

10924    KN GAS PROCESS, 777 AVENUE Y, BUSHTON, KS 67427

10924    KN GAS PROCESSING, PO BOX 1, BOX 5A, BUSHTON, KS 67427

10925    KNAACK, JOHN, BOX 354, WELLINGTON, CO 80549

10925    KNAACK, LISA, 4511 LATHROP DRIVE, WOODSTOCK, IL 60098

10925    KNABE, GEORGE W, CUST FOR DOROTHY M KNABE, UNDER VA UNIF GIFTS TO MIN LAW, 1008 7TH
         AVE S, VIRGINIA, MN 55792-3151

10925    KNACK, LELAND, 54 SPRUCE DRIVE, EAGLE GROVE, IA 50533

10925    KNAFEL, PATRICK, 8168 PASCAL CT, INDIANAPOLIS, IN 46268

10925    KNAGGS, GEORGE, 181 PROSPECT AVE, N ARLINGTON, NJ 07031

10925    KNAKAL, KIM, 28 IROQUOIS AVE, LAKE HIAWATHA, NJ 07034

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KNAPE WELDING SERVICE, PO BOX 2000, SUITE 205, ALVIN, TX 77511

10925   KNAPHEIDE TRUCK EQUIPMENT CTR, PO BOX 931538, KANSAS CITY, MO 64193-1538

10924   KNAPP MEMORIAL HOSPITAL, C/O MURRAY DRYWALL INC., WESLACO, TX 78596

10925   KNAPP POLLY PIG, 1209 HARDY ST, HOUSTON, TX 77020

10925   KNAPP SHOES, 1 KEUKA BUSINESS PARK, PENN YAN, NY 14527

10925   KNAPP, ANTHONY, 6025 DUTTON AVE, BATON ROUGE, LA 70805-1444

10925   KNAPP, EUGENE H, 9534 W METCALF PL, MILWAUKEE, WI 53222-2652

10925   KNAPP, JASON, 4074 WEST MAIN ST, WILLIAMSON, NY 14589-0498

10925   KNAPP, LAURIE, 1469 LOMA DRIVE, CAMARILLO, CA 93010

10925   KNAPP, MARC, 1381 E SANTA CLARA, VENTURA, CA 93001

10925   KNAPP, MARY JO, 5 ROBIN DEL DRIVE, PITTSBURGH, PA 15215

10925   KNAPP, ROGER, 1301 FELIX, ST JOSEPH, MO 64501

10925   KNAPP, STEVEN, 4224 MESKER PARK DR, EVANSVILLE, IN 47720

10925   KNAPP, W, 57 FRIEND ST, ADAMS, MA 01220

10925   KNAPP, WILLIAM, 56 EAGLE COURT, EDWARDSVILLE, IL 62025

10925   KNAPPCO CORP., 4304 MATTOX RD., KANSAS CITY, MO 64150

10925   KNAPPCO, PO BOX 411722, KANSAS CITY, MO 64141-1722

10925   KNAPSTEIN, ELIZABETH, 6339 ARROWHEAD TRAIL, SUN PRAIRIE, WI 53590

10925   KNAUER SUPPLY CO., 3601 EXPRESSWAY DR. SOUTH, TOLEDO, OH 43608-1519

10925   KNAUER, JR, GEORGE, 525 ELMWOOD RD., BALTIMORE, MD 21206

10925   KNAUERHASE, ANNE, 80 CRANBERRY ST, BROOKLYN, NY 11201

10924   KNAUER'S WILBERT VAULT COMPANY, 19505 N.E. FRONTAGE ROAD, JOLIET, IL 60431

10925   KNAUF FIBER GLASS GMBH, 3502 43RD ST ,SW, LANETT, AL 36863

10925   KNAUF, GEORGE, 8329 CARRLEIGH PKWY, SPRINGFIELD, VA 22152

10925   KNAUSS, ANASTACIA, 308 GEORGIA CT, SEWELL NJ, NJ 08080

10925   KNAUSS, JAMES, 511 SUGAR RIDGE CT, LONGWOOD, FL 32779

10925   KNAUT, KAREN, 7621 TREMAYNE PL # 109, MCLEAN, VA 22102

10925   KNEALE, MARIAN, 4111 CHENEY PLACE, WILMINGTON, NC 28412-6847

10925   KNEIP, WERNER, SIEFENFELDCHEN 39, F R, BORNHEIM, 53332                 **\*VIA Deutsche Post\***

10925   KNEISEL, KEVIN, 3505 149TH ST, TOLEDO, OH 43611

10925   KNEPSHIELD, JAMES, 7311 BURDETT COURT, BETHESDA, MD 20817

10925   KNESTIS, LISA, 9560 W. 53RD PLACE, ARVADA, CO 80002

10925   KNESTRICK, FORREST, 500 PARKER ST, BOSTON, MA 02115

10924   KNEZ BUILDING MATERIALS CO., 8185 S W HUNZIKER, TIGARD, OR 97223

10924   KNEZ BUILDING MATERIALS CO., 8185 S.W. HUNZIKER RD., TIGARD, OR 97223

10924   KNEZ BUILDING MATERIALS, 1825 W. 8TH ST., EUGENE, OR 97401

10924   KNEZ BUILDING MATERIAL-SALEM, 637 STATE ST., SALEM, OR 97301

10924   KNEZ BUILDING, CAMBRIDGE, MA 02140

10925   KNEZ, DELBERT, 6816 CO. RD #33, CRAIG, CO 81625

10925   KNEZ, JOHN, 1521 BARCLAY ST., CRAIG,, CO 81625

10925   KNEZ, ROBERT, 7037 ROUNTY RD #33, CRAIG, CO 81625

10925   KNEZ, THOMAS, 649 COLORADO ST, CRAIG, CO 81625

10924   KNICKERBOCKER VILLAGE INC, 10 MONROE ST   ERWIN, NEW YORK, NY 10002

10925   KNIGHT IMAGES, 130 S ORANGE AVE, ORLANDO, FL 32801

10925   KNIGHT INDUSTRIAL EQUIPMENT IN, 3701 AIRFIELD DR W, LAKELAND, FL 33811

10924   KNIGHT INDUSTRIAL SUPPLIES, 225 LOUISIANA STREET, BUFFALO, NY 14204

10925   KNIGHT PIESOLD CONSULTING, 1050 SEVENTEENTH ST SUITE 500, DENVER, CO 80265-0500

10925   KNIGHT PIESOLD, 1050 17TH ST #500, DENVER, CO 80265-0500

10925   KNIGHT PIESOLD, 1050 17TH ST, DENVER, CO 80265-0800

10925   KNIGHT PUBLISHING CO, BENNE C HUTSON SMITH HELMS MULLISS, PO BOX 31247, CHARLOTTE, NC 28231

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KNIGHT PUBLISHING CO, DEBBIE ABELS, PO BOX 32188, CHARLOTTE, NC 28232

10925   KNIGHT RIDDER INFORMATION, INC, PO BOX 30130, PHILADELPHIA, PA 19103

10924   KNIGHT SETTLEMENT SAND & GRAVEL, 7291 KNIGHT SETTLEMENT RD., BATH, NY 14810

10924   KNIGHT SETTLEMENT SAND &, 7291 KNIGHT SETTLEMENT RD, BATH, NY 14810

10925   KNIGHT, A JUANITA, 5102 W BOOTH ROAD, PLANT CITY, FL 33566-9485

10925   KNIGHT, ALANA, 7370 MERLIN WAY, RIVERDALE, GA 30296

10925   KNIGHT, BETTY, 2004 WEST GEORGIA RD, SIMPSONVILLE, SC 29681

10925   KNIGHT, BEVERLY, 408 ABNER 18B FRT RDG, SPARTANBURG, SC 29301

10925   KNIGHT, BILLY, 2755 US HWY 29 SOUTH, LAWRENCEVILLE, GA 30244

10925   KNIGHT, BRIAN, 856 BERRY RD, CEDARTOWN, GA 30125

10925   KNIGHT, CARIOLINFA, PO BOX 9007, SILVER SPRING, MD 20916

10925   KNIGHT, CHARLES, 36 HAWTHORNE DR, DURHAM, NC 27712

10925   KNIGHT, CHARLES, RT3 BOX107 MCALSTR RD, WILLIAMSTON, SC 29697

10925   KNIGHT, CLIFTON, 5671 MONARCH, BATON ROUGE, LA 70801

10925   KNIGHT, DALTON, 8530 NW 7TH COURT, PEMBROKE PINES, FL 33024

10925   KNIGHT, DAVID, 7017 DAVIN ST, LAKELAND, FL 33813-3623

10925   KNIGHT, DAVID, 893 HOLIDAY DAM RD, HONEA PATH, SC 29654

10925   KNIGHT, DORETHEA, 2021 HIGHRIDGE, HUNTSVILLE, AL 35802

10925   KNIGHT, ELSIE, C/O DOLORES BISHOP, 377-63RD ST, OAKLAND, CA 94618-1257

10925   KNIGHT, FRANCES, 6724 NC 65, SUMMERFIELD, NC 27358

10925   KNIGHT, GARY, 11050 SECOR ROAD, TEMPERANCE, MI 48182

10925   KNIGHT, GARY, 406 TREBLE COVE RD, BILLERICA, MA 01862

10925   KNIGHT, GARY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   KNIGHT, JAMES, 28 TIDE DR, WETUMPKA, AL 36092

10925   KNIGHT, JOANN, 1455 TREECE AVE, ELLWOOD CITY, PA 16117

10925   KNIGHT, JODY, RT 4 BOX 384, CHESAPEAKE, OH 45619

10925   KNIGHT, JOSEPH, 771 S. GRANTLEY ST, BALTIMORE, MD 21229

10925   KNIGHT, JUDITH L, 1845 MACARTHUR DR, MCLEAN VA, VA 22101

10925   KNIGHT, KRISTI, 7507 SCHNEIDER ROAD, MIDDLETON, WI 53562

10925   KNIGHT, KRISTIE, 154 OLD COSBY ROAD, NEWPORT, TN 37821

10925   KNIGHT, LAURA, 9755 OATLEY LANE, BURKE, VA 22015

10925   KNIGHT, M., 22 CULMORE COURT, TIMONIUM, MD 21093

10925   KNIGHT, MANUEL, 112 OLD MCKITTRICK BRIDGE ROAD, FOUNTAIN INN, SC 29644

10925   KNIGHT, MARY, 2236 CASTLE ROCK SQ, RESTON, VA 22091

10925   KNIGHT, MARY, 511 THORNHILL DR, SPARTANBURG, SC 29301

10925   KNIGHT, MATTHEW, 1480 FRANCIS ST, ELLWOOD CITY, PA 16117

10925   KNIGHT, MICHELE, 9405 DORAL CT, LOUISVILLE, KY 40220

10925   KNIGHT, NELDA, 12203 LUNAR LANE, BURLESON, TX 76028

10925   KNIGHT, P, 1131 ROGER ST #58, BELLEVILLE, IL 62221

10925   KNIGHT, PAMELA, 3522 N. GARLAND RD., GARLAND, TX 75040

10925   KNIGHT, PATRICIA, RT 2 BOX 87, GRAY COURT, SC 29645

10925   KNIGHT, PATRICK, 623 PARK AVE, 3B, BROOKLYN, NY 11206

10925   KNIGHT, PAUL, 307 EVANGELINE, NEW IBERIA, LA 70560

10925   KNIGHT, RANDALL, 313 HOMEPLACE DRIVE, EASLEY, SC 29641

10925   KNIGHT, RAYMOND JR, 50 VAN DYKE ST, INDIANAPOLIS, IN 46227

10925   KNIGHT, RETHA, 8782 WAHL ST, SANTEE, CA 92071

10925   KNIGHT, RICHARD, 12414 WHITE OAK DR, CROWN POINT, IN 46307

10925   KNIGHT, RICHARD, 1511 FIRST ST 1025, DETROIT, MI 48226-1301

10925   KNIGHT, ROGER, 334 MC ARTHUR ST, WOODRUFF, SC 29388

10925   KNIGHT, SAMUEL, 511 THORNHILL DRIVE, SPARTANBURG, SC 29301-6426

10925   KNIGHT, SHERRY, 23 WEBB ST, GREENVILLE, SC 29605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KNIGHT, SHIRLEY, ST RT 7 BOX 100E BOX 100-E, BEAUFORT, SC 79902 | |
| 10925 | KNIGHT, STANLEIGH, 138-52 ELDER AVE, 4H, FLUSHING, NY 11355-6015 | |
| 10925 | KNIGHT, STEPHEN, 408 REDBUD, BAYTOWN, TX 77520 | |
| 10925 | KNIGHT, THERON, 519 ROBERTSON ST, BOGALUSA, LA 70427 | |
| 10925 | KNIGHT, TIMOTHY, 440 LOBELIA RD, ST AUGUSTINE, FL 32086 | |
| 10925 | KNIGHT, TONY, 1922 TIPPERARY, DEER PARK, TX 77536 | |
| 10925 | KNIGHT, VICTOR, 713 PERRY ROAD, GREER, SC 29651-9801 | |
| 10925 | KNIGHT, VIRGINIA, 8653 N CHARLES G CIR, JAX, FL 32244 | |
| 10925 | KNIGHT, WILLIAM, RT 3, CARTHAGE, MO 64836 | |
| 10925 | KNIGHTON, CHRISTOPHER, 231 LAKESHORE CIR N., MILLEDGEVILLE, GA 31061 | |
| 10925 | KNIGHTON, MARGARET, 7306 S. MERRILL, CHICAGO, IL 60649 | |
| 10925 | KNIGHT-RIDDER INFO, INC, PO BOX 60000, SAN FRANCISCO, CA 94160-5936 | |
| 10925 | KNIGHT-RIDDER INFORMATION INC., PO BOX 30130, PHILADELPHIA, PA 19103 | |
| 10925 | KNIGHT-RIDDER INFORMATION, INC, PO BOX 60000, SAN FRANCISCO, CA 94160-5936 | |
| 10925 | KNIGHTS BODY SHOP, 8604 PLAINFIELD RD, LYONS, IL 60534 | |
| 10924 | KNIGHT'S READY MIX, 379 ACORN ROAD, WALTERBORO, SC 29488 | |
| 10924 | KNIGHT'S READY MIX, 818 CENTRAL AVENUE, SUMMERVILLE, SC 29483 | |
| 10925 | KNIGHTS REDI-MIX INC, 818 CENTRAL AVE, SUMMERVILLE, SC 29483 | |
| 10925 | KNIGHTS, JONATHAN, 106 REGENTS CT, SOPWITH WAY, SURREY, KINGSTON UPON THAMES, KT2 5AQUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | KNIGHTS, STACEY, 209 HIGHLAND AVE., MEDINA, NY 14103 | |
| 10925 | KNIGHTS, STEPHANIE, 20 COACHLANTERN LANE, W. SCARBOROUGH, ME 04074 | |
| 10925 | KNIGHTSTEP, LARRY, 4908 ROCK POINT, WICHITA FALLS, TX 76310 | |
| 10925 | KNIPES-COHEN OF FLORIDA, PO BOX 905463, CHARLOTTE, NC 28290-5463 | |
| 10925 | KNIPP, JOHN, 6222 GLEN EAGLES CT, SPRING HILL, FL 34606 | |
| 10925 | KNIPPER, PATRICIA, 1335 PENN FOREST STR, JIM THORPE, PA 18229 | |
| 10925 | KNIPPERS RENTAL CENTER, 2720 SOUTH ORANGE AVE, SANTA ANA, CA 92707 | |
| 10925 | KNIPPERS, CARSON HEATH, 308 N. ROSEMONT, SULPHUR, LA 70665 | |
| 10925 | KNIPPERS, CARSON, 308 N ROSEMONT, SULPHUR, LA 70665 | |
| 10924 | KNISH CONSTRUCTION COMPANY, ROUTE 1, MONTGOMERY, MN 56069 | |
| 10925 | KNITT, T, 4250 S PITKIM, AURORA, CO 80015 | |
| 10925 | KNOBLOCK, ALBERT, PO BOX 623, ROCK SPRINGS, WY 82902 | |
| 10925 | KNOCH, A, SIX HIGHLAND TERRACE, WAYNE, NJ 07470-4312 | |
| 10925 | KNOCHE, PHILIP, 16 WINDY COURT, WARSAW, IL 62379 | |
| 10925 | KNOCKE, JAMES, 14 OAK VALE ROAD, NEWTON, MA 02468 | |
| 10925 | KNOEBEL, JAMES, 42 ROSEWOOD DRIVE, CHARLESTOWN, IN 47111 | |
| 10925 | KNOETGEN JR, JAMES, 33-1 STONEY BROOK DRIVE, MILLIS, MA 02054 | |
| 10925 | KNOETGEN SR, JAMES, 33 STONY BROOK DRIVE, 1, MILLIS, MA 02054 | |
| 10925 | KNOLL, INC, PO BOX 277778, ATLANTA, GA 30384-7778 | |
| 10925 | KNOLLENBERG, DANIEL, PO BOX 862, GREELEY, CO 80632 | |
| 10925 | KNOLTON, MARY, 6744 BROWNBARK COVE, MEMPHIS, TN 38115-4302 | |
| 10925 | KNOPER, BRYAN, 4620 W. CALDWELL, APT. D, D, VISALIA, CA 93277 | |
| 10925 | KNOPF, CLAUDIA, RT 2 BOX 51C, RAMER, TN 38367 | |
| 10924 | KNORR ALIMENTARIA S.A., CALLE "C" NO. 6, SANTO DOMINGO, SANTO DOMINGO | *VIA Deutsche Post* |
| 10924 | KNORR ALIMENTARIA S.A., CALLE C NO. 6, SANTO DOMINGO, SANTO DOMINGO | *VIA Deutsche Post* |
| 10925 | KNORR, CHARLES, 310 K N CHAPEL GATE LANE, BALTIMORE, MD 21229-2429 | |
| 10925 | KNORR, LINDA, 252 SHORES BLVD, ST. AUGUSTINE, FL 32086 | |
| 10925 | KNORR, ROBERT R, 1819 KIM ACRES LN, DOVER, FL 33527 | |
| 10925 | KNORR, ROBERT, 1819 KIM ACRE LANE, DOVER, FL 33527 | |
| 10925 | KNOTT, FRANCIS, 8223 JOE HAYNES ROAD, WHITESVILLE, KY 42378 | |
| 10925 | KNOTT, JEFFREY, 601 SIXTH ST, GENOA, OH 43430 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KNOTT, JOSEPH, 960 S 8TH ST, ALBION, NE 68620 | |
| 10925 | KNOTT, KATHERINE, 370 S. 27TH ST, KENOSHA, WI 53144 | |
| 10925 | KNOTT, KIM, 91 48 120TH ST, RICHMOND HILL, NY 11418 | |
| 10925 | KNOTT, WILL, HC 31 BOX 163, GARDENDALE, TX 79758 | |
| 10925 | KNOTTS, GEORGE, 611 N. GREENSBORO ST., LEXINGTON, NC 27292-2443 | |
| 10925 | KNOTTS, YVONNE, 1921 MERRITT BLVD., BALTIMORE, MD 21222 | |
| 10925 | KNOUS, DARIA, 6955 CHANTEL CT, SAN JOSE, CA 95129-4656 | |
| 10925 | KNOWLEDGE ALLIANCE INC, DEPT 0632, DENVER, CO 80256-0632 | |
| 10925 | KNOWLEDGE IMPACT, PO BOX 986, FRAMINGHAM, MA 01701 | |
| 10925 | KNOWLEDGE POINT, 1129 INDUSTRIAL AVE, PETALUMA, CA 94952 | |
| 10925 | KNOWLES ELECTRONICS, 1151 MAPLEWOOD DR, ITASCA, IL 60143 | |
| 10925 | KNOWLES ELECTRONICS, 3100 N MANNHEIM RD, FRANKLIN PARK, IL 60131 | |
| 10925 | KNOWLES ELECTRONICS, 53 PAO HSING ROAD, TAIPEI, 0TAIWAN | *VIA Deutsche Post* |
| 10925 | KNOWLES PUBLISHING INC, POBOX 911004, FORT WORTH, TX 76111-9104 | |
| 10924 | KNOWLES STADIUM, GEORGIA TECH, ATLANTA, GA 30332 | |
| 10925 | KNOWLES, DANIEL, 12 HANCOCK ST, READING, MA 01867 | |
| 10925 | KNOWLES, DAVID, 1158 WEST ST, MANSFIELD, MA 02048 | |
| 10925 | KNOWLES, DENNIS, 131 STATE ST, PORTLAND, ME 04102 | |
| 10925 | KNOWLES, HARRY, 20 OLD FORGE LANE, BERKELEY HEIGHTS, NJ 07922 | |
| 10925 | KNOWLES, KENNETH, 5639 LORRAINE ST, LAKELAND, FL 33809-4520 | |
| 10925 | KNOWLES, LISA, 840 MILLIGAN CREEK, ROOPVILLE, GA 30170 | |
| 10925 | KNOWLES, SHARON MARIE, 3633 KEVIN CIRCLE, WARREN, MI 48092 | |
| 10925 | KNOWLES, THEODORE, 1552 NE 9TH ST, OCALA, FL 34470 | |
| 10924 | KNOWLTON SPECIALTY FIBERS, 213 FACTORY ST, WATERTOWN, NY 13601 | |
| 10925 | KNOWLTON SPECIALTY PAPER PRODUCTS, 213 FACTORY ST, WATERTOWN, NY 13601 | |
| 10924 | KNOWLTON SPECIALTY PAPERS INC., 213 FACTORY STREET, FORT DRUM, NY 13602 | |
| 10924 | KNOWLTON SPECIALTY PAPERS INC., 213 FACTORY STREET, WATERTOWN, NY 13601 | |
| 10925 | KNOWLTON, AMY, RT 1 BOX 260-A, NEW ZION, SC 29111 | |
| 10925 | KNOWLTON, NICOLINA, 3021 WESTBURY LANE, SOUDERTON, PA 18964 | |
| 10924 | KNOX COUNTY PENAL FARM, 5109 MALONEYVILLE RD, KNOXVILLE, TN 37918 | |
| 10925 | KNOX COUNTY TRUSTEE, ATTN: MIKE LOWE, PO BOX 70, KNOXVILLE, TN 37901-0070 | |
| 10925 | KNOX IV, WILLIAM, 1134 BROOKMEADE DR., NASHVILLE, TN 37204 | |
| 10925 | KNOX JR., THURMON, 5301 LEWELLEN AVE, BALTIMORE, MD 21207 | |
| 10925 | KNOX LUMBER CO, PO BOX 660333, DALLAS, TX 75266 | |
| 10925 | KNOX LUMBER CO, PO BOX 9900, MACON, GA 31297-9900 | |
| 10925 | KNOX LUMBER CO., POBOX 5206, CAROL STREAM, IL 60197-5206 | |
| 10925 | KNOX, BEATRICE, 1008 WHITE HORSE RD, ALADDIN MANOR, APT L3, GREENVILLE, SC 29605 | |
| 10925 | KNOX, CANDACE, 1923 ROITINTO DRIVE, SPARKS, NV 89431 | |
| 10925 | KNOX, CLARA, 316 DOUGLAS, ODESSA, TX 79762 | |
| 10925 | KNOX, DENA, 144 SOUTH JACKSON STAPT # 7, ATHENS, TN 79703 | |
| 10925 | KNOX, DONALD, 5313 SPINDLETREE, WICHITA FALLS, TX 76310 | |
| 10925 | KNOX, ELLA, 109 E HILL ST, FORT MILL, SC 29715 | |
| 10925 | KNOX, ERNEST JR., 1500 CARLSBAD, ARLINGTON, TX 76018 | |
| 10925 | KNOX, JAMES, 1838 RAINTREE PLACE, SAN BERNADINO, CA 92408 | |
| 10925 | KNOX, KELLY, 1796 HILLBORO, RENO, NV 89512 | |
| 10925 | KNOX, LOIS, 2614 FALCON DRIVE, INDIANAPOLIS, IN 46222 | |
| 10925 | KNOX, MARVIN, 206 FLEMING DR, ANDERSON, SC 29621 | |
| 10925 | KNOX, MELVIN, 7305 LINDEN AVE, BALTIMORE, MD 21206 | |
| 10925 | KNOX, MELVIN, 7305 LINDEN AVE, BALTIMORE, MD 21206-1233 | |
| 10925 | KNOX, MINNIE, 1902 J ST SW, CEDAR RAPIDS, IA 52404 | |
| 10924 | KNOXVILLE CONVENTION CENTER, 810 W CLINCH, KNOXVILLE, TN 37902 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924  KNOXVILLE CONVENTION CENTER, 810 WEST CLINCH, KNOXVILLE, TN 37902

10925  KNOXVILLE CSI, 16 EMORY PLACE, KNOXVILLE, TN 37917

10925  KNS COMPANIES INC., 475 RANDY ROAD, CAROL STREAM, IL 60188

10925  KNUDSEN, CHARLES, 2835 24TH AVE, MARION, IA 52302

10925  KNUDSEN, CHRISTOPHER, 22352 MARTELLA AVE, BOCA RATON, FL 33433

10925  KNUDSEN, DOROTHY M, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925  KNUDSEN, DOROTHY, 22352 MARTELLA AVENU, BOCA RATON, FL 33433

10925  KNUDSEN, HANS, 837 OAK LEAF CT, WARRENTON, VA 22186

10925  KNUDSEN, JENNIFER, 7442 LONG PINE DR, N. SPRINGFIELD, VA 22151

10925  KNUDSEN, JOHN R, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925  KNUDSEN, JOHN, 22352 MARTELLA AVENU, BOCA RATON, FL 33433

10925  KNUDSEN, MARGARET, 507 W. COMSTOCK, GILBERT, AZ 85234

10924  KNUDSON KOASTAL PRECAST INC., 922 HOLMES ROAD BLDG #3, HOUSTON, TX 77045

10924  KNUDSON KOASTAL PRECAST, 922 HOLMES RD., HOUSTON, TX 77045

10925  KNUDSON, ORVILLE, 1807 WEST RIVER DRIVE, HUMBOLDT, IA 50548

10925  KNUDSON, PATRICIA, 2440 LUNADA LANE, ALAMO, CA 94507

10925  KNUROWSKI, RICHARD, PO BOX 56504, SHERMAN OAKS, CA 91413

10925  KNUST, JOHN, 3600 BASIN CR ROAD, BILLINGS, MT 59102

10925  KNUTESON, DARLENE, N9300 KNUTESON DR, WHITEWATER, WI 53190

10925  KNUTH JT TEN, ERVIN & LOUISE, N 90 W 17491, ST FRANCES DR, MENOMENEE FALLS, WI 53051

10925  KNUTH, DAVID C, W227 N3983 LONE TREE LA, PEWAUKEE, WI 53072-2717

10925  KNUTSEN, JANET, 21 WASHINGTON COURT, LIVINGSTON, NJ 07039-2118

10925  KNUTSEN, MARIA M, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925  KNUTSEN, MARIA, 30 BOSUN WAY, DELRAY BEACH, FL 33483

10925  KNUTSEN, ROBERT, 1098 34TH AVE ST, ST. PETERSBURG, FL 33704

10925  KNUTSON, KENNETH, 1226 N VAN BUREN, LITCHFIELD, IL 62056

10925  KNUTSON, LOUISE, 230 JARRETT LN, MONTGOMERY, PA 17752

10925  KNUTSON, MARY, 1329 SAN JOSE PL, GREEN BAY, WI 54303-1940

10925  KNUTSON, MONA, 6200 W LILLY LANE, MEQUON, WI 53092

10925  KNUTSON, RICHARD, 1329 SAN JOSE PL, GREEN BAY, WI 54303

10925  KO IKEBE, C/O MRS R SUZUKI, 1403 JOHN ST, FORT LEE, NJ 07024-2565

10925  KOBIN, MACHTELD, 16 CREST TERRACE, MONTVILLE, NJ 07045

10924  KOBO PRODUCTS, INC., 690 MONTROSE AVENUE, SOUTH PLAINFIELD, NJ 07080

10924  KOBOSKI REDI-MIX & SUPPLY, 114 WASHINGTON, PETOSKEY, MI 49770

10924  KOBOSKI REDI-MIX & SUPPLY, ATTN:  ACCOUNTS PAYABLE, PETOSKEY, MI 49770

10924  KOBS CONST. CO., INC., 404 TRIPP ST., AMERICUS, GA 31709

10924  KOBY INC., 297 LINCOLN STREET, MARLBORO, MA 01752

10924  KOBYLUCK READY-MIX, INC., 24 INDUSTRIAL DRIVE, WATERFORD, CT 06385

10925  KOCEN, DOMINIQUE, 175 DEVLIN RD, 310, FOX LAKE, IL 60041

10924  KOCH ACCOUNTING SERVICES INC, PO BOX 2967, WICHITA, KS 67201

10925  KOCH C/O JENNINGS ASSOCIATES, PO BOX 1323, DOYLESTOWN, PA 18901

10925  KOCH ENGINEERING COMPANY, INC, 1431 OPUS PLACE - SUITE 620, DOWNERS GROVE, IL 60515

10925  KOCH GLITSCH, INC, 4111 E 37TH ST., NW, WICHITA, TX 67220

10925  KOCH- GLITSCH, INC, 4111 EAST 37TH ST NORTH, WICHITA, KS 67220

10924  KOCH INDUSTRIES, 4027 E. 37TH ST. N, WICHITA, KS 67220

10924  KOCH INDUSTRIES, PO BOX 1875, WICHITA, KS 67201

10925  KOCH JTWRS JT TEN, JOHN & ROBERTA R, 1246 WOODRAIL DR, VISTA, CA 92083-3058

10925  KOCH MATERIALS CO., 14929 SLOVER AVE, FONTANA, CA 92337

10925  KOCH MATERIALS CO., 4900 MASON AVE, CHICAGO, IL 60630

10925  KOCH MATERIALS COMPANY, PO BOX 905435, CHARLOTTE, NC 28290-5435

10925  KOCH MEMBRANE SYSTEMS, INC, PO BOX 93584, CHICAGO, IL 60673

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | KOCH MINERALS CO., 3200 EAST 102ND ST, CHICAGO, IL 60617 | |
| 10924 | KOCH MINERALS COMPANY, 3200 EAST 102ND STREET, CHICAGO, IL 60617 | |
| 10924 | KOCH PETROLEUM GROUP LP, PO BOX 2608, CORPUS CHRISTI, TX 78403 | |
| 10924 | KOCH PETROLEUM GROUP, LP, JCT HWY 52 AND 55, INVER GROVE HEIGHTS, MN 55077 | |
| 10924 | KOCH PETROLEUM GROUP, LP, PO BOX 64596, SAINT PAUL, MN 55164 | |
| 10924 | KOCH REFINING CO., PO BOX 2608, CORPUS CHRISTI, TX 78403 | |
| 10924 | KOCH REFINING CO., SUNTIDE ROAD, CORPUS CHRISTI, TX 78409 | |
| 10924 | KOCH REFINING COMPANY, JCT. HWY. 52 & 55, SOUTH SAINT PAUL, MN 55075 | |
| 10924 | KOCH REFINING COMPANY, PO BOX 64596, SAINT PAUL, MN 55164 | |
| 10924 | KOCH RESEARCH & TECHNOLOGY, 4027 E. 37TH STREET NORTH, WICHITA, KS 67220 | |
| 10924 | KOCH RESEARCH, 4027 AND 37TH ST. N, WICHITA, KS 67220 | |
| 10925 | KOCH SUPPLIES INC, 1411 W 29TH ST, KANSAS CITY, MO 64108 | |
| 10925 | KOCH, AMY, 8333 MINDALE CIRCLE, BALTIMORE, MD 21207 | |
| 10925 | KOCH, ANTHONY, 88220 HWY 57, HARTINGTON, NE 68739 | |
| 10925 | KOCH, DWANE, R R 1, BOX 43, WEST UNION, IA 52175 | |
| 10925 | KOCH, ELIZABETH, BOX 17, LAKE VILLAGE, IN 46349 | |
| 10925 | KOCH, FREDERICK, 656 209TH ST, PASADENA, MD 21122 | |
| 10925 | KOCH, JEANNE, 100 MULLER ROAD, BURLINGTON, MA 01803 | |
| 10925 | KOCH, KEVIN, 5683 EASY ST, WAUNAKEE, WI 53597 | |
| 10925 | KOCH, LARRY, ROUTE 2 BOX 2360, PARIS, AR 72855 | |
| 10925 | KOCH, MARY, 4018 WILLOW GROVE AVE, READING, PA 19605-1134 | |
| 10925 | KOCH, MORGAN, 1337 CLEVELAND AVE, READING, PA 19610 | |
| 10925 | KOCH, RANDY, ROUTE 2, ALEDOOSTON, IL 61231 | |
| 10925 | KOCH, RICHARD, 1027 BARBERRY AVE, READING, PA 19605 | |
| 10925 | KOCH, STANLEY, 118 BRIARWOOD DRIVE, GUILFORD, CT 06437 | |
| 10925 | KOCH, THOMAS, 409 S. LIBERTY ST., CENTREVILLE, MD 21617 | |
| 10925 | KOCH/ASSOCIATES INC, PO BOX 195, COCKEYSVILLE, MD 21030 | |
| 10925 | KOCH/ASSOCIATES, INC, PO BOX 195, COCKEYSVILLE, MD 21030 | |
| 10925 | KOCHA, THOMAS, 1259 ELIZA ST, GREEN BAY, WI 54301 | |
| 10925 | KOCHENDORFER, ELIZABETH, 12401 MOLLY BERRY RD, UPPER MARLBORO, MD 20772 | |
| 10925 | KOCHER, DANIEL, 334 GREENWICH ST, READING, PA 19601 | |
| 10925 | KOCHER, GAYLE, 504 SHAWNEE COURT, DE FOREST, WI 53532 | |
| 10925 | KOCHER, PATRICK, 436 RIVERSIDE CHSE CR, GREER, SC 29650 | |
| 10925 | KOCHER, ROBERT, 248 WOOD ST, READING, PA 19602 | |
| 10925 | KOCHERAN, RONALD, 90 KENTUCKY WAY, FREEHOLD, NJ 07728 | |
| 10925 | KOCH-GLITSCH INC, PO BOX 905435, CHARLOTTE, NC 28290-5435 | |
| 10925 | KOCH-GLITSCH, INC, PO BOX 905435, CHARLOTTE, NC 28290-5435 | |
| 10925 | KOCH-OTTO YORK, KOCH-GLITSCH, INC., PO BOX 13491, NEWARK, NY 07188-0491 | |
| 10925 | KOCKS & MEEUSSEN, 41 AVE LEGRAND, BRUSSEL, 01050 | |
| 10925 | KOCMOUD, JOSEPH, 966 OUTRIGGER CT, LAS VEGAS, NV 89123 | |
| 10925 | KOCSIK, MICHAEL, 15 HUNDRED OAKS LANE, ASHLAND, MA 01721 | |
| 10925 | KOCSIS, STEVEN, HCR 65 BOX 697, HUGER, SC 29450 | |
| 10924 | KODAK BRASILEIRA COM E IND LTDA, SP CEP: 12240-420, SAO JOSE DOS COMPOS, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | KODAK BRASILEIRA, C/O, .?, 999999999BRAZIL | *VIA Deutsche Post* |
| 10924 | KODAK BUILDING 1 PARKING LOT, 901 ELM GROVE ROAD, ROCHESTER, NY 14653 | |
| 10924 | KODAK EXPORT DE MEXICO S., 2310 SCOTT STREET, LAREDO, TX 78040 | |
| 10924 | KODAK EXPORT DE MEXICO, PROL. MARIANO OTERO, CIUDAD DEL SOL ZAPOPAN, IT 99999UNK | *VIA Deutsche Post* |
| 10924 | KODAK POLYCHOME PARK, 1 POLYCHROME PARK, COLUMBUS, GA 31907 | |
| 10924 | KODAK WHITE CITY, 2065 LARS WAY, MEDFORD, OR 97501 | |
| 10924 | KODAK, OAKS CORNERS, NY 14518 | |

9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | KODIAK MATERIALS CO., 6000 W. MARGINAL WAY SW, SEATTLE, WA 98106 | |
| 10924 | KODIAK MATERIALS, 6000 W. MARGINAL WAY SW, SEATTLE, WA 98106 | |
| 10925 | KODL, WILLIAM, 200 DIPLOMAT DRIVE, 4K, MOUNT KISCO, NY 10549 | |
| 10925 | KOEBIG, ANNA T, 8931 ABBOTTSFORD, FT MYERS, FL 33912-2402 | |
| 10925 | KOEGEL PENSION TRUST UA MAY 19, 60, 3400 W BRISTOL RD, FLINT, MI 48507-3112 | |
| 10925 | KOEGEL, BARBARA L, 3400 WEST BRISTOL RD, FLINT, MI 48507-3112 | |
| 10925 | KOEHL, STEFAN, 3173 W 11TH AVE, VANCOUVER, BC V6K 2M8CANADA | *VIA Deutsche Post* |
| 10925 | KOEHLER INSTRUMENT COMPANY, 1595 SYCAMORE AVE, BOHEMIA, NY 11716-1796 | |
| 10925 | KOEHLER, BARBARA L, 1920 BUTTONWOOD RD, LOUISVILLE, KY 40222-6510 | |
| 10925 | KOEHN, KENNETH, 12134 WINTER BROOK DR, HOUSTON, TX 77066 | |
| 10925 | KOEHN, PHILIP, 601 WESTVIEW TERR, ARLINGTON, TX 76013-6504 | |
| 10925 | KOEHRING, JANET, 201 E. POMEROY ST., WEST CHICAGO, IL 60185 | |
| 10925 | KOELLMANN GEAR, PO BOX 101, WALDWICK, NJ 07463 | |
| 10925 | KOEMPEL, JEFFREY, 3501 ST. PAUL #312, BALTIMORE, MD 21201 | |
| 10925 | KOEN, PETER A, 24 LONGFIELD DR, NESHANIC STATION, NJ 08853 | |
| 10925 | KOENEKE, DIANE, 2506 CITY ROAD 7, GRAND MARAIS, MN 55604 | |
| 10924 | KOENIG FUEL & SUPPLY, 1470 E ATWATER, DETROIT, MI 48203 | |
| 10924 | KOENIG FUEL & SUPPLY, 500 E SEVEN MILE RD, DETROIT, MI 48203 | |
| 10924 | KOENIG FUEL & SUPPLY, PLYMOUTH RD, REDFORD, MI 48239 | |
| 10924 | KOENIG FUEL PLYMOUTH, 500 E SEVEN MILE RD, DETROIT, MI 48203 | |
| 10925 | KOENIG, BETTY, 1951 NW EUCALYPTUS AVE, ARCADIA, FL 34266-5119 | |
| 10925 | KOENIG, PATRICK, 2142 MARY SUE ST., LARGO, FL 34644 | |
| 10925 | KOENIGHAIN, JAMES, 3837 C AVE NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | KOENIGS, SHELLEY, 5018 N E 2ND AVE, POMPANO BCH, FL 33064 | |
| 10925 | KOEPKE, JEFFREY, 585 PADDOCK DR., WHEELING, IL 60090 | |
| 10925 | KOEPKE, MABEL E, 37123 HWY K, OCONOMOWOC, WI 53066 | |
| 10925 | KOERNER, BARBARA, 9118 ASPEN PARK, LORTON, VA 22079 | |
| 10925 | KOERNER, PETER, PO BOX 97, LONG LAKE, WI 54542 | |
| 10925 | KOERNER, SANDY, 1030 HILLSIDE DRIVE, DANVILLE, IL 61832 | |
| 10925 | KOESLER, GARY, 27 HICKORY AVE, AURORA, IL 60505 | |
| 10925 | KOESLER, GARY, 729 CONCORD, AURORA, IL 60505 | |
| 10925 | KOESTER ENVIRONMENTAL SERVICES, 14649 HWY 41 NORTH, EVANSVILLE, IN 47725 | |
| 10925 | KOESTER, EMILY MARIE, 10 WYNDOVER LN, COS COB, CT 06807-1818 | |
| 10925 | KOESTER, LISA, 39 PARKER ST, CAMBRIDGE, MA 02138 | |
| 10925 | KOESTNER ASSOC, PO BOX 514, HACKENSACK, NJ 07602-0514 | |
| 10925 | KOESTNER ASSOCIATES, PO BOX 514, HACKENSACK, NJ 07602-0514 | |
| 10924 | KOEZE COMPANY, 1263 BURTON STREET, S.W., GRAND RAPIDS, MI 49509 | |
| 10924 | KOEZE COMPANY, 2555 BURLINGAME AVENUE, GRAND RAPIDS, MI 49509 | |
| 10925 | KOFF MD, ARNOLD M, 30 WEST AVON ROAD, AVON, CT 06001 | |
| 10925 | KOFFLER, BERNICE, 6711 PARK HEIGHTS AVE APT#418, BALTIMORE, MD 21215 | |
| 10925 | KOFLO, 309 CARY POINT DR, CARY, IL 60013 | |
| 10925 | KOFRON, JENNIFER, 121 CHESTNUT RIDGE ROAD, ROCHESTER, NY 14624 | |
| 10925 | KOFRON, JOHN, 1313 PIKE LAKE DRIVE, NEW BRIGHTON, MN 55112 | |
| 10925 | KOGAN, MARC, FLUSHING, NY 11355 | |
| 10925 | KOGUT, CHERYL, 851 MYRTLE AVE, WATERTOWN, NY 13601 | |
| 10925 | KOHAN, BRENDA, 6296 KINGS GATE CIRCL, DELRAY BEACH, FL 33484 | |
| 10924 | KOH-I-NOOR / M. GRUMBACHER, 100 N. STREET, PO BOX 68, BLOOMSBURY, NJ 08804 | |
| 10924 | KOH-I-NOOR / M. GRUMBACHER, 2711 WASHINGTON BLVD, BELLWOOD, IL 60104-1941 | |
| 10924 | KOH-I-NOOR / M. GRUMBACHER, 515 RT.173 WEST, BLOOMSBURY, NJ 08804 | |
| 10925 | KOHL COMPANY, INC, PO BOX 20134, BALTIMORE, MD 21284-0134 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | KOHL CORPORATE HEADQUARTERS, N. 56TH WEST 17000 RIDGEWOOD DRIVE, MENOMONEE FALLS, WI 53051 | |
| 10924 | KOHL MADDEN, 750 AUTHOR AVENUE, ELK GROVE VILLAGE, IL 60007 | |
| 10925 | KOHL MARKETING, INC, PO BOX 20134, BALTIMORE, MD 21284-0134 | |
| 10925 | KOHL, CONNIE, 1361 COUPLER COURT, SPARKS, NV 89431 | |
| 10925 | KOHL, MARY, 19 SEYFERT DRIVE, BIRDSBORO, PA 19508-8346 | |
| 10925 | KOHL, ROLAND, 74 NEW SEARLES ROAD, NASHUA, NH 03062 | |
| 10925 | KOHLER CO, RICHARD PFARRER, 444 HIGHLAND DR, KOHLER, WI 53044 | |
| 10925 | KOHLER, JACK, 5669 SCARBOROUGH DR, CINCINNATI, OH 45238 | |
| 10925 | KOHLER, LESLIE C B, 12016 N 58TH AVE, GLENDALE, AZ 85304-2603 | |
| 10925 | KOHLER, SCOTT, PO BOX 6, KERSEY, CO 80644 | |
| 10925 | KOHLS DEPT STORE, 7433 MINERAL POINT ROAD, MADISON, WI 53717 | |
| 10925 | KOHLS FOOD STORES, COOK & FRANKE PAMELA SCHAEFER, 660 EAST MASON ST, MADISON, WI 53202-3877 | |
| 10925 | KOHLS FOOD STORES, ED MICHALAK, PO BOX 33446, DETROIT, MI 48232-5446 | |
| 10924 | KOHL'S MALL, 14 MILE 75, TROY, MI 48099 | |
| 10925 | KOHLS, MARK, 1033 CARDINAL LN, GREEN BAY, WI 54313 | |
| 10925 | KOHLS, SHARON, PO BOX 1063, MEEKER, CO 81641 | |
| 10925 | KOHN SWIFT & GRAF PC, ONE SOUTH BROAD ST, SUITE 2100, PHILADELPHIA, PA 19107-3389 | |
| 10925 | KOHN, JACK, 8693 FLAMINGO DRIVE, BOCA RATON, FL 33496 | |
| 10924 | KOHNEN CONCRETE PRODUCTS, 1001 MAIN ST, GERMANTOWN, IL 62245 | |
| 10924 | KOHNENS CONCRETE PROD. INC., 1001 MAIN STREET, GERMANTOWN, IL 62245 | |
| 10924 | KOHNENS CONCRETE PROD. INC., P. O. BOX 276, GERMANTOWN, IL 62245 | |
| 10925 | KOHNKE, JESSICA, 25928 SOUTH WINDLAKE, WINDLAKE, WI 53185 | |
| 10925 | KOHNKE, TERESA, 25928 WINDLAKE RD, WINDLAKE, WI 53185 | |
| 10925 | KOHNKEN, D H, 1799 SABAL PALM DR, BOCA RATON, FL 33432 | |
| 10925 | KOHNKEN, D, 1799 SABAL PALM DRIVE, BOCA RATON, FL 33432 | |
| 10925 | KOHNKEN, D.H., 1799 SABAL PALM DR, BOCA RATON, FL 33432 | |
| 10924 | KOHYOH THERMO SYSTEM K.K., 229, KABATA-CHO TENRI NARA, 632-0084JPN | *VIA Deutsche Post* |
| 10925 | KOJSZA, LORI, 848 CLAY AVE, SCRANTON, PA 18510 | |
| 10925 | KOKAY, TINA, 110 WINNERS CIRCLE DR, SENECA, SC 29678 | |
| 10925 | KOKOLUS, IWONA, 422 S. PATTERSON PAR, BALTIMORE, MD 21231 | |
| 10925 | KOKOLUS, ROSALIE, 182 PERSHING AVE, CARTERET, NJ 07008-2639 | |
| 10925 | KOKUSAI SOKO AMERICA INC, 145TH AVE & HOOK CREEK BLVD, VALLEY STREAM, NY 11581 | |
| 10925 | KOL INDUSTRIES, INC, 3500 PARKDALE AVE., BALTIMORE, MD 21211 | |
| 10925 | KOLACIA, JOSEPH, 47 COLUMBUS ROAD, DEMAREST, NJ 07627-1401 | |
| 10925 | KOLAKOWSKI, JAMES, 2805 CARDINAL DRIVE, ROLLING MEADO, IL 60008 | |
| 10925 | KOLAR & ASSOCIATES, 3806 GUNN HWY, STE D, TAMPA, FL 33624 | |
| 10925 | KOLAR SYSTEMS INTERNATIONAL, 3806 GUNN HWY, SUITE D, TAMPA, FL 33624 | |
| 10925 | KOLAR, FRANK, 4706 TIMBERLANE RD., CRYSTAL LAKE, IL 60014 | |
| 10925 | KOLAR, GEORGE, 544 WOODLYN TERRACE, BALTIMORE, MD 21221 | |
| 10925 | KOLAR, ROBERT, 2518 MCCOMAS AVE, BALTIMORE, MD 21222 | |
| 10925 | KOLAR, WAYNE, 302 CARISBROOKE ST., OCOEE, FL 34761 | |
| 10925 | KOLB, CHRISTINA, 2529 S. PITTSBURG AVE, TULSA, OK 74114-4709 | |
| 10925 | KOLB, CRAIG, N5485 NAVARINAO, LUXEMBURG, WI 54217 | |
| 10925 | KOLB, HAROLD, RT 3 BOX 369, PIKEVILLE, TN 37367 | |
| 10925 | KOLB, TODD, 20508 NE 26TH ST, SAMMAMUH, WA 98074 | |
| 10925 | KOLBASOWSKI, MARLENE, 228 BROOKWOOD DR, SALISBURY, NC 28146 | |
| 10925 | KOLBE, HELEN, 22 CONWAY COVE DRIVE, CHESTERFIELD, MO 63017 | |
| 10925 | KOLBE, PHYLLIS V, CUST FOR DANA SCOTT KOLBE, A MINOR UNDER ART 8A OF, THE PERS PROP LAWS OF NY, 250 E 73RD ST, NEW YORK, NY 10021-4307 | |
| 10925 | KOLBE, RANDY, 7916 KAVANAGH, BALTIMORE, MD 21222 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 KOLBY, SUSAN, 1642 DEER VALLEY RD, CROWN POINT, IN 46307

10925 KOLBY, SUSAN, 1642 DEER VALLEY RD., CROWN POINT, IN 46307-9813

10925 KOLCHIN, JOHN, 21 DUNHAM AVE, CRANFORD, NJ 07016

10925 KOLECKI FAMILY LIV TRST, JOHN H KOLECKI & VIOLET L, KOLECKI, 196 WARNER AVE, N TONAWANDA, NY 14120-1620

10925 KOLEMAN, JOAN, 1959 DELANCEY ST, HELLERTOWN, PA 18055

10925 KOLENDA, JAMES, ILJ. VAN BUREN ST #5, HOLLYWOOD, FL 33020

10925 KOLF, JAMES, 4859 LONE OAK COURT, ANN ARBOR, MI 48108

10924 KOLINSKI CONTRACTOR, N60 W16221 KOHLER LANE, MENOMONEE FALLS, WI 53051

10924 KOLINSKI CONTRACTORS C/O SHERWIN W, 6121 W. DOUGLAS AVE, MILWAUKEE, WI 53218

10925 KOLIS, JOHN, 6056 SAND PINES ESTS BLVD, ORLANDO, FL 32819-7760

10925 KOLIS, WILLIAM, 16 HAGGERTY ST, ADAMS, MA 01220-1913

10925 KOLKER, JODIE, 3821 BEECHER ST NW, WASHINGTON, DC 20007

10925 KOLL MANAGEMENT SERVICES, 14114 DALLAS PKWY, DALLAS, TX 75240

10925 KOLLAR, ROBERT, 200 OLD MENDON ROAD, CUMBERLAND, RI 02864

10924 KOLLBREN OFFICE BLDG, 1420 MAIN STREET, BOSTON, MA 02205

10925 KOLLE, KEITH, 8539 N 3RD, PO BOX 778, WELLINGTON, CO 80549

10924 KOLLER CONCRETE INC, 900 MARSHALL ST, BETHLEHEM, PA 18017

10925 KOLLER, LISA, 985 LINCOLN RD, BETTENDORF, IA 52722

10925 KOLLER, MICHAEL, 513 LOVELACE ST, PITTSBURGH, PA 15220

10925 KOLLMEIER, XAVIER, 237 LEWIS ST, BUCHANAN, NY 10511

10925 KOLODZIEJ CONSTRUCTION CORP., 100 BIRNEY ST #5, PEABODY, MA 01960

10925 KOLOSH, KENNETH, 18416 CLYDE ROAD, HOMEWOOD, IL 60430

10925 KOLOZSY, EBONY, 1939 MONEDA DR NW PO BOX 4194, ALBUQUERQUE, NM 87196

10925 KOLOZSY, KEITH, 1609 ROMA AVE NE, ALBUQUERQUE, NM 87106

10925 KOLP, LAURA, 5949 SOUTH ST #30, LAKEWOOD, CA 91703

10925 KOLS CONTAINERS, INC, 1408 DESOTA RD., BALTIMORE, MD 21230

10925 KOLS CONTAINERS,INC, PO BOX 1690, UNION, NJ 07083

10925 KOLSTROM, KEITH, 1817 BAYONNE COURT, BEL AIR, MD 21015

10925 KOLWYCK, AARON, 7799 BRISTOL PARK DR., 2C, TINLEY PARK, IL 60477

10924 KOLYNOS DO BRASIL S/A, VIA ANCHIETA, KM 14, SAO BERNARDO DO BRASIL, 09883-000BRAZIL   *VIA Deutsche Post*

10924 KOLYNOS DO BRASIL S/A, VIA ANCHIETA, KM 14, SAO BERNARDO DO CAMPO, 09883-000BRAZIL   *VIA Deutsche Post*

10924 KOMATSU - PHASE II, 25300 N.W. EVERGREEN RD., HILLSBORO, OR 97124

10924 KOMATSU - PHASE II, 25300 NW EVERGREEN, HILLSBORO, OR 97124

10925 KOMATSU FINANCIAL PARTNERSHIP LTD, 3535 N GRAHAM ST, CHARLOTTE, NC 28206

10925 KOMATSU FINANCIAL, POBOX 99303, CHICAGO, IL 60693-9303

10925 KOMENDERA, DONNA J., 14394 WINDEMERE, SOUTHGATE, MI 48195

10925 KOMIS, FIANA, 101 OLD OAK DRIVE UNIT 418, BUFFALO GROVE, IL 60089

10925 KOMLINE SANDERSON CORP., PO BOX 257, PEAPACK, NJ 07977

10925 KOMLINE-SANDERSON, 12 HOLLAND AVE., PEAPACK, NJ 07977

10925 KOMLINE-SANDERSON, PO BOX 257, PEAPACK, NJ 07977

10925 KOMOROWSKI, ELLEN, 542 EAST MEADOW AVE, EAST MEADOW, NY 11554

10925 KOMOROWSKI, JOHN, 1244 MELISSA BLVD, LITTLE SUAMICO, WI 54141

10925 KOMOROWSKI, RONALD, 3232 SW 42 PLACE, GAINESVILLE, FL 32607

10925 KOMPERDA, STANLEY, 5325 W 53RD PLACE, CHICAGO, IL 60638

10925 KON, CASEY, 1886 HOOLEHUA PLACE, PEARL CITY, HI 96782

10925 KONARSKI, LORA J, RFD5 BOX 420C, CHAPIN SC, SC 29036

10924 KONCRETE INDUSTRIES, INC., ATTN: ACCOUNTS PAYABLE, WALLA WALLA, WA 99362

10924 KONCRETE INDUSTRIES, INC., P.O. BOX 911, WALLA WALLA, WA 99362

10925 KONCZAK, JEFFREY, 304 SUNFLOWER ST, VALPARAISO, IN 46383

10925 KONCZAL, JAMES, 204 FARMWOOD DRIVE, FOUNTAIN INN, SC 29644

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KONDOS, LISA, 4 BARRETT ST, GREENVILLE, SC 29601 | |
| 10925 | KONDRACKI, DAVID, 1717 LANSING ROAD, GLEN BURNIE, MD 21060 | |
| 10925 | KONDRUP, ANDREA, 2426 N MOCKINGBIRD, ABILENE, TX 79603 | |
| 10925 | KONE, INC, ONE KONE COURT, MOLINE, IL 61265 | |
| 10925 | KONE, INC, PO BOX 429, MOLINE, IL 61266-0429 | |
| 10925 | KONECNY, ROSANN, 2815 GUILFORD AVE, BALTIMORE, MD 21218 | |
| 10925 | KONECNY, ROSANN, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | KONECRANES INC., PO BOX 641807, PITTSBURGH, PA 15264-1807 | |
| 10925 | KONEN, JEROME, 1736 S. 71ST ST, WEST ALLIS, WI 53214 | |
| 10925 | KONETZNY, LAUREN, 351 MASS AVE., CAMBRIDGE, MA 02139 | |
| 10925 | KONG, MARISSA, 3230 GLENHURST AVE, LOS ANGELES, CA 90039 | |
| 10925 | KONGSKILDE FACTURE CORPORATION, 231 THAMES ROAD EAST, EXETER, ON N0M 1S3CANADA | *VIA Deutsche Post* |
| 10925 | KONGSKILDE, 231 THAMES ROAD EAST, EXETER, QC N0M 1S3CANADA | *VIA Deutsche Post* |
| 10925 | KONICA BUSINESS MACHINES USA INC, LEASE ADMINISTRATION CENTER, SAINT PAUL, MN 55164-0065 | |
| 10925 | KONICA BUSINESS MACHINES USA, LEASE ADMINISTRATION CTR, PO BOX 371992, PITTSBURGH, PA 15250-7992 | |
| 10925 | KONICA BUSINESS MACHINES USA, LEASE ADMINISTRATION, SAINT PAUL, MN 55164-0065 | |
| 10925 | KONICA BUSINESS MACHINES, DEPT L406P, PITTSBURGH, PA 15264-0406 | |
| 10925 | KONICA BUSINESS MACHINES, DEPT. L406P, PITTSBURGH, PA 15264-0406 | |
| 10925 | KONICA BUSINESS MACHINES, FILE #53138, LOS ANGELES, CA 90074-3138 | |
| 10925 | KONICA BUSINESS MACHINES, PO BOX 64065, SAINT PAUL, MN 55164-0065 | |
| 10925 | KONICA BUSINESS MACHINES, USA, 305 W. BIG BEAVER RD., SUITE 400, TROY, MI 48084 | |
| 10925 | KONICA BUSINESS MACHINES, USA, LEASE ADMINISTRATION CENTER, PO BOX 371992, PITTSBURGH, PA 15250-7992 | |
| 10925 | KONICA BUSINESS MACHINES, USA, PO BOX 371992, PITTSBURGH, PA 15250-7992 | |
| 10925 | KONICA BUSINESS MACHINES, USA, PO BOX 7023, TROY, MI 48007-7023 | |
| 10925 | KONICA BUSINESS TECHNOLOGIES, LEASE ADMINISTRATION CENTER, PO BOX 371992, PITTSBURGH, PA 15250-7992 | |
| 10925 | KONICA IMAGING U.S.A. INC., 71 CHARLES STREET, GLEN COVE, NY 11542 | |
| 10924 | KONICA IMAGING U.S.A. INC., DOCK#3 THE PLACE, GLEN COVE, NY 11542 | |
| 10925 | KONICA PROCESSING CENTER, PO BOX 10400, NEWARK, NJ 07193-0400 | |
| 10925 | KONICA, 15288 DINO DR., BURTONSVILLE, MD 20866 | |
| 10925 | KONIECZNY, DANUTA, 4113 W 57TH PLACE, CHICAGO, IL 60629 | |
| 10925 | KONIG, JUDITH, W 176 N 9765 RIVERSIDE DRIVE, GERMANTOWN, WI 53022 | |
| 10925 | KONIGSBAUER, STEPHEN, RR 2 BOX 175, MASON, IL 62443 | |
| 10925 | KONIGSMARK, ERNEST, SEARS TOWER, CHICAGO, IL 60606 | |
| 10925 | KONITZER, ANDREW, 6332 W EUCLID AVE, MILWAUKEE, WI 53219-4232 | |
| 10925 | KONITZER, MARCEL, 501 SHERIDAN ST, OCONTO FALLS, WI 54154 | |
| 10924 | KONNIE'S KLEAR POOLS, 698-E WEST MACCLENNY ST., MACCLENNY, FL 32063 | |
| 10924 | KONO KOGS, INC., 739 SOUTH IRWIN, GREEN BAY, WI 54301 | |
| 10925 | KONOPINSKI, KATHLEEN, 2301 NORTH 70 TERR., HOLLYWOOD, FL 33024 | |
| 10925 | KONOPINSKI, SARAH, 2301 N 70 TERR, HOLLYWOOD, FL 33024 | |
| 10925 | KONOPKA, AUDREY, 85 RYERSON AVE, MANORVILLE, NY 11949 | |
| 10925 | KONOWALSKI, CHARLES, 2596 NORTHWOOD RD, GREEN BAY, WI 54313 | |
| 10925 | KONRAD, DAVID, 462 KNOLLWOOD, BARRINGTON, IL 60010 | |
| 10925 | KONRAD, DONALD, CUST FOR PETER SCOTT KONRAD, UNIF GIFT MIN ACT NY, WOODY TRAIL, STAMFORD, CT 06903 | |
| 10925 | KONRAD, JAMES, 971 DU CHATEAU, GREEN BAY, WI 54304-4413 | |
| 10925 | KONSELA, TOD, 10503 DECKER RD, CATO, WI 54206 | |
| 10925 | KONSTANCE PNEUMATICS INC, 882 S MATLACK ST UNIT B, WEST CHESTER, PA 19382 | |
| 10925 | KONSTANTINOS & ELENI ALIFERIS, UJS FAMILY RESTAURANTS GEN COUN, 700 EAST VICTOR ROAD, LODI, CA 95240 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | KONTEK INDUSTRIES INC, 1200 DAWSON ROAD, NEW MADRID, MO 63869 | |
| 10924 | KONTEK INDUSTRIES INC, P O BOX 98, NEW MADRID, MO 63869 | |
| 10924 | KONTEK INDUSTRIES INC., P.O.BOX 98, NEW MADRID, MO 63869 | |
| 10925 | KONZ, MIKE, 201 PIONEER AVE, WIOTA, IA 50274 | |
| 10925 | KOOB, KAY, 3344 HENDERSON AVE SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | KOOLATRON CORP, 27 CATHERINE AVE, BRANTFORD, ON N3T 1X5CANADA | *VIA Deutsche Post* |
| 10925 | KOOLATRON, 2 TREADEASY AVE, BATAVIA, NY 14020 | |
| 10925 | KOON, BRENT, ROUTE 4 BOX 485, LAURENS, SC 29360 | |
| 10925 | KOON, DAWN, 312 E EL MORADO CT, ONTARIO, CA 91764 | |
| 10925 | KOON, ROBERT, 135 MONTEREY AVE, NORTH AUGUSTA, SC 29841 | |
| 10925 | KOONCE GOLF, 100 CENTERWOOD, HOT SPRINGS, AR 71901 | |
| 10925 | KOONCE JR., MURREL, 801 MCINNIS DRIVE, SULPHUR, LA 70663 | |
| 10925 | KOONCE, 155 BILLY LANE, BALLGROUND, GA 30107 | |
| 10925 | KOONCE, CHARLES, 3715 MARK LANE, MIDLAND, TX 79707 | |
| 10925 | KOONCE, CYNTHIA, 29165 SHOEMAKER RD, SALEM, OH 44460-9755 | |
| 10925 | KOONCE, JR, RICHARD, 1441 RUE DES CHENE, WESTLAKE, LA 70669 | |
| 10925 | KOONS, DONALD, 5959 KENDREW DR, PORT ORANGE, FL 32127 | |
| 10924 | KOONTZ READY MIX, 307 S CHESTNUT ST, PANA, IL 62557 | |
| 10924 | KOONTZ READY MIX, 307 S CHESTNUT, MARISSA, IL 62257 | |
| 10924 | KOONTZ READY MIX, 307 S CHESTNUT, PANA, IL 62557 | |
| 10925 | KOONTZ, CHARLES J, 2837 W DIANA AVE, PHOENIX, AZ 85051 | |
| 10925 | KOONTZ, DAVID, 1216 GEORGE ST, AIKEN, SC 29801 | |
| 10925 | KOONTZ, JONATHAN, 2 FOXWOOD LANE, TAYLORS, SC 29687 | |
| 10925 | KOONTZ, PAUL, 5210 PHILLIP LEE DR., ATLANTA,, GA 30336 | |
| 10925 | KOONTZ, SHERRY, 16174 MERIDA LANE, DELRAY BEACH, FL 33484 | |
| 10925 | KOONZ, MCKENNEY & JOHNSON, 103 W. BROAD ST., STE. 400, FALLS CHURCH, VA 22046 | |
| 10925 | KOOPMAN, JAMES, ARROWHEAD DRIVE, WATERLOO, NY 13165 | |
| 10925 | KOOS INC, 2000 DE KOVAN AVE, RACINE, WI | |
| 10925 | KOOS INC, 4500 13TH ST, KENOSHA, WI 53140 | |
| 10925 | KOOTENAI DEVELOPMENT CO, MARK OWENS, 1673 HWY 37, PO BOX 1055, LILBBY, MT 59923 | |
| 10925 | KOOTENAI DEVELOPMENT CO., PO BOX 1055, LIBBY, MT 59923 | |
| 10925 | KOOTENAI DEVELOPMENT COMPANY, PO BOX 1055, LIBBY, MT 59923 | |
| 10924 | KOOTENAI HOSPITAL, COEUR D ALENE, ID 83814 | |
| 10925 | KOOTENAI TRANSFER & STORAGE, WEST HI WAY 2, LIBBY, MT 59923 | |
| 10925 | KOOYMANS, ANGELIQUE, 3883 CLOUDLAND DR, LITHONIA, GA 30058 | |
| 10925 | KOPACIEWICZ, MARTHA, 32 ARCHALAUS PLACE, W NEWBURY, MA 01985 | |
| 10925 | KOPACIEWICZ, WILLIAM, 32 ARCHALAUS PLACE, W NEWBURY, MA 01985 | |
| 10925 | KOPACZ, PAUL, 441 PROSPECT, SHREVEPORT, LA 71104 | |
| 10925 | KOPANON, A MICHAEL, 8 HARBOR RD, GLOUCESTER, MA 01930-3222 | |
| 10925 | KOPANON, A MICHAEL, CUST FOR KEVIN KOPANON, UNDER MA UNIF TRAN TO MIN ACT, 8 HARBOR RD, GLOUCESTER, MA 01930-3222 | |
| 10925 | KOPCHO, MARIANNE, RR #1 BOX 106E, WAPWALLOPEN, PA 18660 | |
| 10925 | KOP-COAT INC, 436 SEVENTH AVENUE, PITTSBURGH, PA 15219 | |
| 10924 | KOP-COAT INC., 36 PINE STREET, ROCKAWAY, NJ 07866 | |
| 10924 | KOP-COAT, INC., 5431 DISTRICT BLVD., LOS ANGELES, CA 90040 | |
| 10924 | KOP-COAT, INC., PO BOX 911207, LOS ANGELES, CA 90091 | |
| 10925 | KOPCZENSKI, ROBERT E, 300C WELLINGBOROUGH, COCKEYSVILLE MD, MD 21030 | |
| 10925 | KOPECY, JANENE, 15743 HAYNES ROAD, LAUREL, MD 20707 | |
| 10925 | KOPELMAN, RANDAL K, 6215 SOUTH ORANGE BLOSSOM TRAIL, ORLANDO, FL 32807 | |
| 10925 | KOPERNIAK, HELEN, 55 NORTH SUMMER ST, ADAMS, MA 01220-1518 | |
| 10925 | KOPF, RAYMOND, 11835 SW 206 # TERRACE, MIAMI, FL 33177 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KOPFLER, REBECCA H, 1030 ELI CT,

10925   KOPICZKO, KENNETH, 118 SAPPHIRE ST UNIT A, REDONDO BEACH, CA 90277

10925   KOPINETZ, JOHN, 820 N.VISTA ST, LOS ANGELES, CA 90046

10925   KOPISCHKE, STEVEN, 2765 GEMINI CT, GREEN BAY, WI 54311

10925   KOPP, JULIE, 404 LEXINGTON DRIVE, WAUNAKEE, WI 53597

10925   KOPP, LESLIE, 501 2ND ST, ALBANY, WI 53502

10925   KOPPANG, RICHARD, 2745 UNION ST, MADISON, WI 53704

10925   KOPPELMAN, CARL, 525 KANSAS ST., EL SEGUNDO, CA 90245

10924   KOPPER REFRACT.MATLS INC, P.O.BOX 430, CARROLLTON, OH 44615

10924   KOPPER REFRACTORY MATERIALS, INC., CAMBRIDGE, MA 02140

10925   KOPPERE COMPANY INC., 301 GRANT ST, SUITE 3000, PITTSBURGH, PA 15219-6401

10925   KOPPERNOLLE, CHARLES, 6 GLENBAR PL, BELLA VISTA, AR 72715

10925   KOPPERS INDUSTRIES INC., 436 SEVENTH AVE., PITTSBURGH, PA 15219

10925   KOPPES DRYWALL INC, 4183 COUNTY ROAD AB, MADISON, WI 53718-6611

10925   KOPPES, RONALD, ROUTE 2, BOX 291, BELLEVUE, IA 52031

10925   KOPREK, PAUL, 58 MIDDLESEX RD, STONEHAM, MA 02180

10925   KOPSKY ASSOC, 16020 SWINGLEY RIDGE RD SUITE 130, CHESTERFIELD, MO 63017-1410

10925   KOPSKY HECK, 16020 SWINGLEY RIDGE ROAD, SUITE 130, CHESTERFIELD, MO 63017

10925   KOPYDLOWSKI, P, 4240 S 21ST CT, MILWAUKEE, WI 53221

10925   KORALLUS, KATHARINA, 184 N. CARL ANNON COURT, FOXBORO,, MA 02035

10925   KORAN, DAVE, PO BOX 932, CRAIG, CO 81626

10925   KORANNE, MANOJ, 6500 CASHEL COURT, CLARKSVILLE, MD 21029

10925   KORANNE, MANOJ, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   KORBAS, DEBRA, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   KORBAS, DEBRA, 9837 WASHINGTON AVE, OAK LAWN, IL 60453

10925   KORBESMEYER, SUSAN, 2015 CREEK POINT DR., ST. PETERS, MO 63376

10925   KORCHAK, ERNEST, 529 LINWOOD AVE, ATLANTA, GA 30306

10925   KORDES, THEODORE, 1603 RUSK ST, DEPERE, WI 54115

10925   KORDESTANI, BEHNAM, 2106 BOBBYBER DR., VIENNA, VA 22182

10925   KORDICK, DAVID, 1005 N COLUMBUS, WEST LIBERTY, IA 52776

10925   KORDICK, SCOTT, ROUTE 1, BOX 15, ATALISSA, IA 52720

10924   KOREAN AIR CARGO, RIGHT NEAR FEDERAL CIRLE, JFK AIRPORT, FLUSHING, NY 11364

10924   KOREAN MISSION, 335 EAST 45TH STREET, MANHATTAN, NY 10021

10925   KORENBERG, MARC, 26 DARTMOUTH, FRAMINGHAM, MA 01701

10925   KORENBERG, PAUL, 231 JUDY FARM RD, CARLISLE, MA 01741

10925   KORFHAGE, LORETTA, 5601 MARLBOROUGH ROAD, PITTSBURGH, PA 15217

10925   KORFHAGE, ROY, 5601 MARLBOROUGH ROAD, PITTSBURGH, PA 15217

10925   KORGEL, TRICIA, 404 N CUSTER, GRAND ISLAND, NE 68803

10925   KORIN, AMOS, 16 MOUNTAIN VIEW, WESTON, CT 06883

10925   KORKOW, RONALD, 312 ELMWOOD DRIVE, KNOXVILLE, TN 37918

10925   KORMAWEK, RONALD, CUST FOR ANDREW C KORMAWEK, UNDER NY UNIF TRANS TO MIN ACT,
        26 DUTCH MEADOWS DR, COHOES, NY 12047-4939

10925   KORN FERRY INTERNATIONAL, 233 S WACKER DR, CHICAGO, IL 60606-6309

10925   KORN/FERRY INTERNATIONAL, 1800 CENTURY PARK EAST, LOS ANGELES, CA 90067

10925   KORN/FERRY INTERNATIONAL, DEPT CH10228, PALATINE, IL 60055-0228

10925   KORNAUS, BRANDY, 1839 WILDWOOD DR, LITTLE SUAMICO, WI 54141-8420

10925   KORNBLAU, FELICE, % DAVID L. KORNBLAU ATTY 36 DRAKE LANE, MANHASSET, NY 11030

10925   KORNFELD, CINDY, 920 EDGEWOOD RD, YARDLEY PA, PA 19067

10925   KORNMANN, MAGDALENA, 8019 LONG HILL ROAD, PASADENA, MD 21122-1013

10925   KOR-PAK CORPORATION, 28566 BALLARD DR, LAKE FOREST, IL 60045

10925   KORPAL, JEFFREY, 8112 FOREST HILLS CIRCLE, FRANKLIN, WI 53132

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 KORPAL, JUDY, PO BOX 1702, NORCROSS, GA 30091

10925 KORPASH, JENNIFER, 25532 EL CONJO LANE, LAGUNA HILLS, CA 92653-5344

10925 KORPECKI, JEANETTE, 11739 DOVER HILL DR, ST. LOUIS, MO 63128

10925 KORTE, JAMES, 6853 N PEA RIDGE RD, SCALES MOUND, IL 61075

10925 KORTE, MARYELLEN, 11914 INVERNESS CT, FAIRFAX, VA 22033

10925 KORTELING-BULNA, KATHLEEN, 225 MABEL PLACE, FRANKLIN LAKES, NJ 07417

10925 KORTEN, ELLEN, 401 EAST 81ST ST, NEW YORK, NY 10028

10925 KORTH, MIMI, 3300 LE CHATEAUX DR., ST CHARLES, MO 63301

10925 KORTHALS, STEVEN, 6405 S. 27TH ST, FRANKLIN, WI 53132

10925 KORUH, INA, PO BOX 126, SECOND MESA, AZ 86043

10924 KOS PHARMACEUTICAL - DO NOT USE, SUITE 2502, 1001 BRICKELL BAY DRIVE, HOMESTEAD, FL 33031

10925 KOS PHARMACEUTICALS, INC., 200 OAKWOOD LANE, HOLLYWOOD, FL 33020

10924 KOSA, 7401 STATEVILLE BLVD., SALISBURY, NC 28147

10925 KOSACZ, ANDRIJ, 2651 W.SUPERIOR, CHICAGO, IL 60612

10925 KOSCEVIC, KAREY, 1019 SANLIN DRIVE, CORPOPOLIS, PA 15108

10925 KOSCHER, RONALD, 150 SPROUSE RD, GRAY COURT, SC 29645

10925 KOSCHMEDER, JAMES, 1640 NW 22ND AVE, DELRAY BEACH, FL 33445

10925 KOSCINSKI JT TEN, JOHN LOUIS & DELORES JEAN, 32 HATHAWAY ST, NORTH ADAMS, MA 01247-2343

10925 KOSCINSKI, DELORES, 9 1/2 RUEL ST, ADAMS, MA 01220

10925 KOSCINSKI, JOHN, 11 CROTTEAU ST, ADAMS, MA 01220

10924 KOSCIUSKO COUNTY JUSTICE BUILDING, 221 WEST MAIN STREET, WARSAW, IN 46580

10925 KOSCO, BEVERLY, 2685 FRANKLIN #415, MESQUITE, TX 75150

10925 KOSEK, FRED, 1626 MAPLE DRIVE NW, CEDAR RAPIDS, IA 52405

10925 KOSEL, TODD, 8405 CAPULIN NE, ALBUQUERQUE, NM 87109

10925 KOSH, ROBERT, 33 MULBERRY ST, ATTLEBORO, MA 02703

10925 KOSHY, MARIAMMA, 9732 WYNMILL RD, PHILADELPHIA, PA 19115

10925 KOSHY, SISLY, 2421 BENT BROOK, MESQUITE, TX 75181

10925 KOSIC, MIRJANA, 27 VICK PARK A, ROCHESTER, NY 14607

10925 KOSIENSKI, ANITA, PO BOX 0215, MISSION, TX 78572

10925 KOSIK, JOANNA, 1510 VALLEY LAKE DRIVE, 421, SCHAUMBURG, IL 60195

10925 KOSINSKI, HENRY, 3751 W 55TH ST, CHICAGO, IL 60632-3328

10925 KOSLOW, EDWARD, 602 SOUTH 3RD ST, AUBURN, PA 17922

10925 KOSMA, STACY, 525 1/2 N.MAIN ST., SHERIDAN, WY 82801

10925 KOSMACK, KATHLEEN, 11 GREENVIEW DRIVE, PEQUANNOCK, NJ 07440

10925 KOSS, DAVID E, 8942 E ANNA PL, TUCSON, AZ 85710-2612

10925 KOSS, SUZANNE, 5742 BLAHNIK RD, DENMARK, WI 54208

10925 KOSSAR, BERNARD, 3100 SOUTH OCEAN BLVD, PALM BEACH, FL 33480

10925 KOSSIVAS, DORA, 34 RALPH ST, WATERTOWN, MA 02172

10925 KOSSLOW, PATRICIA, 5721 PEBBLE CREEK CT, 2405, BETHEL PARK, PA 15102

10925 KOST, BARBARA, 10 CAMPBELL CT, SALEM, IN 47167

10925 KOST, KELLY, 130 S ADOLPHA CIRCLE, ENID, OK 73703

10925 KOSTANDARIS, GAIL, PO BOX 757, BELL, FL 32619

10925 KOSTECKE, DIANNE MARIE, 501 LUDINGTON AVE, MADISON, WI 53704-5837

10925 KOSTER, JANICE, 64 COLUMBIA ROAD, SWANSEA, MA 02777

10925 KOSTER, MARY, 30-33 72 ST, JACKSON HTS, NY 11370

10925 KOSTERMAN, TOM, 5835 FOOTHILL DRIVE, RACINE, WI 53403

10925 KOSTIC, RUTH, 217 BURGUNDY DRIVE, SWEDESBORO, NJ 08085

10925 KOSTO, TRINA, 99 SUMMR ST, MONACA, PA 15061

10925 KOSTOLNI, JEFFREY M, 3122 DEER CREEK DRIVE, ABINGDON, MD 21009

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KOSTOLNI, JEFFREY, 3122 DEER CREEK DR, ABINGDON, MD 21009

10925   KOSTOWSKIE, JR, ROBERT, 321 BOESEL AVE, MANVILLE, NJ 08835

10925   KOSTUCH, MARIADEL, 1529 SAWGRASS CT, ELGIN, IL 60123

10925   KOSZUTA, KATHLEEN, 3323 S. SPRINGFIELD AVE, MILWAUKEE, WI 53207

10925   KOTARSKI, MICHAEL, 2 LANTERN LANE, NO READING, MA 01864

10925   KOTAS, JANET, 6151 N NEWBURG, CHICAGO, IL 60631

10925   KOTASEK, JOSEPH A, 3529 VESTAL RD, VESTAL, NY 13850

10925   KOTELES, RANDAL, ROUTE 2 BOX 93, GRAY COURT, SC 29645-9511

10925   KOTHARI, NIRUPAMA, 72 DEER RUN, BETHEL, CT 06801

10925   KOTHE, STEVEN, 4412 ASHCREST AVE, BALTIMORE, MD 21206

10925   KOTLER, ELLY, 203 LEAH LANE, MARTINEZ, GA 30907

10925   KOTSCHWAR, ALLEN, 1608 KEMP, WICHITA FALLS, TX 76309

10925   KOTTENBROOK, JOHN-ELLEN, RT. 2, BOX 289A, FARMERVILLE, LA 71241

10925   KOTTLER, NORMAN, 8310 155TH AVE, HOWARD BEACH, NY 11414

10925   KOTYZA, KENNETH, 518 DORELLE ST, KEWAUNEE, WI 54216-1214

10925   KOTZ, PHILLIP, 3810 OAK KNOLL ROAD, CRYSTAL LAKE, IL 60014-9998

10925   KOUBA, ELDON, 705 EAST PARK, NORFOLK, NE 68701

10925   KOUBEK, HEATHER, 67-35 YELLOWSTONE BL, FOREST HILLS, NY 11375

10925   KOUKKOS, ZOE, 18 UPLAND RD, WATERTOWN, MA 02172

10925   KOUNG, DEVI, 9715 SUMMER PARK CT., COLUMBIA, MD 21046

10925   KOUNS, MELISSA, 104 LOCUST ST, WHEELERSBURG, OH 45694

10925   KOUNTKOFSKY, MICHAEL, 287 HICKORY ROAD, LAKE ZURICH, IL 60047

10925   KOURELIS, CARRIE, 2992 OWENS MEADOW DR, KENNESAW, GA 30144

10925   KOURY, ANGELA, 100 WOODS LANE LOT 8, PIEDMONT, SC 29673

10925   KOURY, GEORGE, 105 BENTWOOD RD, PIEDMONT, SC 29673

10925   KOURY, JACQUELINE, 256 BARNEY ST, WILKES-BARRE, PA 18702

10925   KOURY, LAURA, 105 BENTWOOD RD, PIEDMONT, SC 29673

10925   KOURY, WILLIAM, PO BOX 908, MOORESVILLE, NC 28115

10925   KOUSAL, JEFFREY, 2708 N. 32ND #3, MCALLEN, TX 78501

10925   KOUTROULAKIS, CONSTANTINE G, 534 HAMPTON DR, HOMEWOOD, AL 35209-4340

10924   KOUTS READY MIX, 16345 N 100 W, WHEATFIELD, IN 46392

10925   KOUTSELAS, TIMOTHY, 1803 CHERRY RIDGE LANE, BRANDON, FL 33511

10925   KOVAC, SUZANNE, 517 EASON PLACE #1, MONROE, LA 71201

10925   KOVAC, WANDA, 108 SLACK ST, W MONROE, LA 71291

10925   KOVACH, JOAN, 725 VOORHEES AVE., MIDDLESEX, NJ 08846

10925   KOVACH, PATRICIA T, 1241 S PLYMOUTH CT, CHICAGO, IL 60605

10925   KOVACS, GLORIA, 2300 HARVARD WAY, 124 H, RENO, NV 89502

10925   KOVACS, MARIAN, 919 DURHAM PLACE, BENSALEM, PA 19020

10925   KOVACSI, IMRE, 1006 ELKRIDGE LANDING ROAD, LINTHICUM HGT, MD 21090

10925   KOVAL, SUSAN, 117 DUNSBACH RD, CLIFTON PARK, NY 12065

10925   KOVALENKO, LARISA, 939 CEDAR ST APT #E, JACKSONVILLE, FL 32207

10925   KOVALENKO, OLGA, 184 MONTE VISTA, DALY CITY, CA 94015

10924   KOVALSKY CARR ELECTRIC SUPPLY, 208 ST PAUL STREET, ROCHESTER, NY 14604

10925   KOVARCIK, DONALD, 9126 BRIARCHIP ST, LAUREL, MD 20708

10925   KOVARS, ALVIN, BOX 614, POYNETTE, WI 53955

10924   KOVATCH, 3743 TABS DRIVE, UNIONTOWN, OH 44685

10925   KOVATCH, JEAN, 465 HWY 28, BRIDGEWATER, NJ 08807

10925   KOVELSKY, GLORIA, 44 RUSSEK DRIVE, STATEN ISLAND, NY 10302

10925   KOVEN, A, 2232 S OGDEN, DENVER, CO 80210

10924   KOVER KRETE, 18 N DOLLINS AVENUE, ORLANDO, FL 32805

10925   KOVOOR, ANNI, 495 AVON ROAD, PHILADELPHIA, PA 19116

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KOVOOR, MATHEW, 495 AVON RD, PHILADELPHIA, PA 19116 | |
| 10925 | KOWALCZYK, JOHN, 234 S FRANKLIN, OCONTO FALLS, WI 54154 | |
| 10925 | KOWALCZYK, THOMAS, 3518 N. JUANITA LANE, APPLETON, WI 54911 | |
| 10925 | KOWALEWSKI, VINCENT, 822 N 2ND ST, READING, PA 19601 | |
| 10925 | KOWALICK, BRADLEY, 1630 DAYTON, WICHITA FALLS, TX 76301 | |
| 10925 | KOWALSKI, FREDDIE, 1525 JEFFERSON ST, WEST BEND, WI 53095 | |
| 10925 | KOWALSKI, JOHN A, 501 MOORPARK WAY SPC 87, MOUNTAIN VIEW, CA 94041 | |
| 10925 | KOWALSKI, MATTHEW, 2612 SW PKWY APT 327, WICHITA FALLS, TX 76308 | |
| 10925 | KOWALSKI, TERRY, 16 GARDENIA RD, GLENWOOD, NJ 07418-1925 | |
| 10925 | KOWALSKI, VERNON, 401 PRINDLE COURT, BEL AIR, MD 21015 | |
| 10924 | KOWALSKI-KIELER INC, 600 WASHINGTON STREET, LANCASTER, WI 53813 | |
| 10924 | KOWALSKI-KIELER INC, 745 E MINERAL ST, PLATTEVILLE, WI 53818 | |
| 10924 | KOWALSKI-KIELER INC, 869 N. MAIN STREET, HIGHLAND, WI 53543 | |
| 10924 | KOWALSKI-KIELER INC, BLANCHARDVILLE, WI 53516 | |
| 10924 | KOWALSKI-KIELER INC, HIGHWAY 61 NORTH, FENNIMORE, WI 53809 | |
| 10924 | KOWALSKI-KIELER INC, HWY 133, CASSVILLE, WI 53806 | |
| 10924 | KOWALSKI-KIELER INC, HWY DD & 151, DICKEYVILLE, WI 53808 | |
| 10924 | KOWALSKI-KIELER INC, P O BOX 101, FENNIMORE, WI 53809 | |
| 10924 | KOWALSKI-KIELER INC, P O BOX 3865, LANCASTER, WI 53813 | |
| 10924 | KOWALSKI-KIELER INC, P O BOX 639, PLATTEVILLE, WI 53818 | |
| 10924 | KOWALSKI-KIELER INC, P O BOX 69, DICKEYVILLE, WI 53808 | |
| 10924 | KOWALSKI-KIELER INC, P O BOX 91, DODGEVILLE, WI 53533 | |
| 10924 | KOWALSKI-KIELER INC, P.O. BOX 639, PLATTEVILLE, WI 53818 | |
| 10924 | KOWALSKI-KIELER INC, PO BOX 101, FENNIMORE, WI 53809 | |
| 10924 | KOWALSKI-KIELER INC, PO BOX 3865, LANCASTER, WI 53813 | |
| 10924 | KOWALSKI-KIELER INC, PO BOX 91, DODGEVILLE, WI 53533 | |
| 10924 | KOWALSKI-KIELER INC, SPRING STREET, DODGEVILLE, WI 53533 | |
| 10924 | KOWALSKI-KIELER INC., P.O. BOX 69, DICKEYVILLE, WI 53808 | |
| 10925 | KOWNACKI ESQ, DAVID P, 122 E 42ND ST # 2112, NEW YORK, NY 10168 | |
| 10925 | KOYATA, HIDEO, 122 BISHOPS FOREST DR, WALTHAM, MA 02154 | |
| 10925 | KOYATA, HIDEO, 122 BISHOPS FOREST DRIVE, WALTHAM, MA 02154 | |
| 10925 | KOZAK, MARK, 19 FALES AVE, NORWOOD, MA 02062 | |
| 10925 | KOZAKA, SHERRY, 471 DIVISION ST, FALL RIVER, MA 02721 | |
| 10925 | KOZAROVICH, JOHN S, 104 NIGHTINGALE DR, ALISO VIEJO, CA 92656 | |
| 10925 | KOZAROVICH, JOHN, 104 NIGHTINGALE, ALISO VIEJO, CA 92656 | |
| 10925 | KOZAS INC, PO BOX 645, HOUSTON, TX 77001 | |
| 10925 | KOZAS INC, PO BOX 810, PEARLAND, TX 77588 | |
| 10925 | KOZIELEC, MAUREEN, 419 CLEARVIEW PLACE, BOUND BROOK, NJ 08805 | |
| 10925 | KOZINN, LAWRENCE, 143 COOLIDGE ST, BROOKLINE, MA 02146 | |
| 10925 | KOZIOL, STANLEY, PO BOX 542, HAYDEN, CO 81639 | |
| 10925 | KOZIOL, SUSAN, 726 QUINCE ORCHARD BLVD, T-2, GAITHERSBURG, MD 20878 | |
| 10925 | KOZLOSKI, ROBERT, 8729 W CAPITOL DRIVE APT. C, MILWAUKEE, WI 53222 | |
| 10925 | KOZLOWSKI JT TEN, BARBARA JEAN & LAWRENCE, 11178 COLUMBUS DR, WORTH, IL 60482-1755 | |
| 10925 | KOZLOWSKI, ALVINA, 1444 SUMMIT DRIVE, CHULA VISTA, CA 91910 | |
| 10925 | KOZLOWSKI, CHERYL, 9 CHRISTINE AVE, STONEHAM, MA 02180 | |
| 10925 | KOZLOWSKI, DOROTA, 73-11 17 AVE, BKLYN, NY 11204 | |
| 10925 | KOZLOWSKI, MARY, BOX 319, NEMACOLIN, PA 15320 | |
| 10925 | KOZLOWSKI, SHAWN, 2261 MOODY RD, LITTLE SUAMICO, WI 54141 | |
| 10925 | KOZMA, JEAN, 845 N. MAIN ST, SPRING VALLEY, NY 10977 | |
| 10925 | KOZMA, JEAN-MARIE, 845 N MAIN ST, SPRING VALLEY, NY 10977 | |
| 10925 | KOZYCKI, MICHAEL, 3 BETHEL LANE, HARWOOD, MD 20776 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   KPFF CONSULTING ENGINEERS, 111 SW FIFTH AVE SUITE 2500, PORTLAND, OR 97204-3628

10924   KPI-BRAZE,WELD,PLATE DIVISION, 2350 W.SHANGRI-LA RD., PHOENIX, AZ 85029

10925   KPL, PO BOX 758000, TOPEKA, KS 66675-8000

10925   KPMG LLP, DEPT.AT 40149, ATLANTA, GA 31192-0149

10925   KPMG PEAT MARWICK LLP, 150 JOHN F KENNEDY PKY, SHORT HILLS, NJ 07078

10925   KPMG PEAT MARWICK LLP, CERTIFIED PUBLIC ACCTS, WASHINGTON, DC 20073-0563

10925   K-PRODUCTS INC, PO BOX 414951, KANSAS CITY, MO 64141-4951

10925   KRACHT SR., IVAN, ROUTE 2, BOX 90B, GUTHRIE CENTER, IA 50115

10925   KRACHT, HENRY, 236 WATER ST # 2, MEEKER, CO 81641

10925   KRACHT, MAYDELLE, 11 VIRGINIA DRIVE, MUSCATINE, IA 52761-2364

10925   KRACHT, ROBERT E., PO BOX 1172, MEEKER, CO 81641

10925   KRACHT, ROBERT W., PO BOX 105, MEEKER, CO 81641

10925   KRACHT, SCOTT, BOX 1061, MEEKER, CO 81641

10925   KRACHT, WILLIAM, PO BOX 571, MEEKER, CO 81641

10925   KRAEFT, WALTER, 8 KENLEN DR, EDISON, NJ 08817

10925   KRAEMER BROTHERS LLC KRAEMER BROS I, 925 PARK AVE, PLAIN, WI 53577-4632

10925   KRAEMER, ADRIA, 1231 HWY. 307, THIBODAUX, LA 70301

10925   KRAEMER, DEAN, RT. 3, BOX 446-B-75-A, VILLE PLATTE, LA 70586

10925   KRAEMER, JAMES, 1611 SMITH ST, GREEN BAY, WI 54302-2944

10925   KRAEMER, LORAINE, 323 E. LAWN RD, NAZARETH, PA 18064

10925   KRAEMER, ROSEMARY, 2840 N. 80TH ST, MILWAUKEE, WI 53222

10925   KRAEMER,JR, DEAN, RT. 3, BOX 446B-75A, VILLE PLATTE, LA 70586

10925   KRAEN, JUDITH, 2070 E.1ST ST., CASPER, WY 82609

10925   KRAFT CHEMICAL COMPANY, DEPT 77-3084, CHICAGO, IL 60678-3084

10924   KRAFT FOOD INGREDIENTS, 8000 HORIZON CENTER, MEMPHIS, TN 38133

10924   KRAFT FOOD INGREDIENTS, PO BOX 398, MEMPHIS, TN 38101

10924   KRAFT FOODS - ALBANY, 600 RAILROAD AVENUE, ALBANY, MN 56307

10924   KRAFT FOODS - ALBANY, PO BOX 795114, SAN ANTONIO, TX 78279-5114

10925   KRAFT FOODS INC, TOM GILLER PAUL G MCNULTY SR ENV C, CORPORATE HEADQUARTERS, 3 LAKES DRIVE, NORTHFIELD, IL 60093-1753

10925   KRAFT FOODS, INC, 222 N LASALLE ST.SUITE 450, CHICAGO, IL 60601

10924   KRAFT FOODS, INC., HILL STREET, WOBURN, MA 01801

10925   KRAFT, CARTAN, 4208 TUSCANY COURT, BALTIMORE, MD 21210-2933

10925   KRAFT, ELIZABETH, 2829 KEEL CT #203, LANTANA, FL 33462

10925   KRAFT, GLENDA, 707 WEST CAMPBELL, GARDEN CITY, KS 67846

10925   KRAFT, JEANINE, 126A POTAWATOMI TRAIL, LAKE ZURICH, IL 60047

10925   KRAFT, KEITH, HC02 BOX 16, GRENORO, ND 58845

10925   KRAFT, MARY, 4004 COLBY DR, RALEIGH, NC 27609

10925   KRAFT, PAUL, 10538 EAST WIND WAY, COLUMBIA, MD 21044

10925   KRAFT, ROBERT, 10538 E. WIND WAY, OLUMBIA, MD 21044

10925   KRAFTE, ESQ, JILL H, 8630-M GUILFORD ROAD #297, COLUMBIA, MD 21046

10925   KRAFTE, JILL, 8830 STONEBROOK LANE, COLUMBIA, MD 21046

10925   KRAGH ESQ, THOMAS A, 410 1ST ST E, POLSON, MT 59860

10925   KRAGNESS, ERIC, 6169 SOUTH STEAMBOAT WAY, NEW MARKET, MD 21774

10925   KRAHLING, THOMAS, 17527 CHARITY LANE, GERMANTOWN, MD 20874

10925   KRAHN, KAREN, 1510 DONDEE ROAD, MADISON, WI 53716

10925   KRAIESKI, MARK, 12059 ROCKWELL WAY, BOCA RATON, FL 33438

10925   KRAISS, JANICE, 140 ACADEMY ROAD, HATBORO, PA 19040

10925   KRAISSL COMPANY INC, THE, 299 WILLIAMS AVE, HACKENSACK, NJ 07601-5225

10925   KRAJESKI, CATHERINE, 645 SE 21ST PLACE, OCALA, FL 32671-5301

10925   KRAJEWSKI, DAVID, 2458 SOUTH 82ND ST, WEST ALLIS, WI 53219

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KRAJEWSKI, JAMES, 3243 ELLIOT DRIVE, RENO, NV 89502 | |
| 10925 | KRAJNIK, LAURIE, 4365 N. GLENWAY ST., WAWWATOSA, IL 53222 | |
| 10925 | KRAKER, CHRISTINE, 117 SOUTH BALCH ST, AKRON, OH 44302 | |
| 10925 | KRAKORA, HERBERT, 10 E 26TH ST, BARNEGAT LIGHT, NJ 08006 | |
| 10925 | KRAKOWER KASHKIN GOLDMAN, 401 BROADWAY, 23RD FL, NEW YORK, NY 10013 | |
| 10925 | KRAKOWER, ESTHER, CENTURY VILL UPMINISTER G152, DEERFIELD BEACH, FL 33442 | |
| 10925 | KRAL, IRENE, 242 SAN RAFAEL, SANTA BARBARA, CA 93109 | |
| 10924 | KRALINATOR FILTERS LTD., 244 MONTROSE STREET NORTH, CAMBRIDGE, ONTARIO, ON N3H 4S7TORONTO | *VIA Deutsche Post* |
| 10924 | KRALINATOR FILTERS LTD., PO BOX3157, CAMBRIDGE, ONTARIO, ON N3H 4S7TORONTO | *VIA Deutsche Post* |
| 10925 | KRALL, WENDY, 1214 WHITE OAK AVE NE, LISBON, IA 52253 | |
| 10925 | KRAMARZ, MARCIA, 13 GREEN VALLEY ROAD, MEDWAY, MA 02053 | |
| 10924 | KRAMER CHEMICAL INC., 100 SIXTH AVENUE, PATERSON, NJ 07524 | |
| 10924 | KRAMER CHEMICAL INC., 266 HARRISTOWN ROAD, PO BOX 1118, GLEN ROCK, NJ 07452 | |
| 10925 | KRAMER CHEMICALS INC., PO BOX 1118, GLEN ROCK, NJ 07452-1118 | |
| 10925 | KRAMER SALES, POBOX 85, SPENCER, OH 44275 | |
| 10925 | KRAMER SCIENTIFIC CORP, FIVE WESTCHESTER PLAZA, ELMSFORD, NY 10523 | |
| 10925 | KRAMER SCIENTIFIC CORPORATION, 5 WESTCHESTER PLAZA, ELMSFORD, NY 10523 | |
| 10925 | KRAMER, ALAN, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | KRAMER, ALAN, 9333 MILLBROOK ROAD, ELLICOTT CITY, MD 21042 | |
| 10925 | KRAMER, BEATRICE, 412 14TH ST SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | KRAMER, CAROL, 1110 VIA LOMA VISTA, EL CAJON, CA 92019 | |
| 10925 | KRAMER, CURT, 3833 MUSTANG ROAD, #212, ALVIN, TX 77511 | |
| 10925 | KRAMER, DALE, 7785 DUNROVEN ROAD, DANE, WI 53529 | |
| 10925 | KRAMER, DANIEL, 22210 MATHIS RD., SAN ANTONIO, TX 78264 | |
| 10925 | KRAMER, DEBRA, 1756 SWEET ARROW RD, POTTSVILLE, PA 17901 | |
| 10925 | KRAMER, DOUGLAS, 504 CENTRE ST, READING, PA 19605 | |
| 10925 | KRAMER, GENE, 844 WEST PERSHING, SANTA MARIA, CA 93454 | |
| 10925 | KRAMER, HENRY, 122 CONTINENTAL RD, W MILFORD, NJ 07480-1802 | |
| 10925 | KRAMER, HERBERT, 14 MALLOW HILL ROAD, BALTIMORE, MD 21229-3120 | |
| 10925 | KRAMER, JAMES, 2204 IRON LEIGE, OWENSBORO, KY 42301 | |
| 10925 | KRAMER, JOSEPH, 6074 CLAIRE DRIVE, ELKRIDGE, MD 21227 | |
| 10925 | KRAMER, KATHLEEN, 1326 W. UNIVERSITY, FRESNO, CA 93705 | |
| 10925 | KRAMER, KEVIN, FLUSHING, NY 11355 | |
| 10925 | KRAMER, LONNIE, 513 S. HELENA, RIDGECREST, CA 93555 | |
| 10925 | KRAMER, MARILYN, 59 BLUE GRASS LANE, ROCHESTER, NY 14626 | |
| 10925 | KRAMER, MARTHA, 2204 IRON LEIGE CT, OWENSBORO, KY 42301 | |
| 10925 | KRAMER, MELISSA, 6420 BRASSKNOB, COLUMBIA, MD 21044 | |
| 10925 | KRAMER, NATHAN, 84-21 BEVERLY RD., KEW GARDENS, NY 11415 | |
| 10925 | KRAMER, PAULA, 1979 WOODLORE, TOLEDO, OH 43614 | |
| 10925 | KRAMER, PRISCILLA, 1025 CHURCH AVE, GILROY, CA 95020 | |
| 10925 | KRAMER, RUTH, RD 6 BOX 36 FREW MILL RD, NEW CASTLE, PA 16101-9006 | |
| 10925 | KRAMER, SHELLEY, 2516 THREE SPRING DRIVE, WESTLAKE VILLAGE, CA 91361 | |
| 10925 | KRAMER, STEPHEN, 6119 TAMPA AVE., RESEDA, CA 91335 | |
| 10925 | KRAMER, THOMAS, 19 GLEN DRIVE, HUDSON, NH 03051 | |
| 10925 | KRAMER, URSULA, 5559 OSTIN AVE, WOODLAND HILLS, CA 91367 | |
| 10925 | KRAMER, WILLIAM, 1735 WESTRIDGE DR, CASPER, WY 82604 | |
| 10925 | KRAMES COMMUNICATIONS, PO BOX 4000, SAN BRUNO, CA 94066-4000 | |
| 10925 | KRAMIG CO., 323 S. WAYNE AVE., CINCINNATI, OH 45215 | |
| 10925 | KRAMM, ATINA R, 16001 KENNY RD, LAUREL, MD 20707-3213 | |
| 10925 | KRAMM, ATINA, 16001 KENNY ROAD, LAUREL, MD 20707-3213 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KRAMP, JOSEPH, 610 CHURCH ST, BALTIMORE, MD 21225-3133

10925    KRANEN JT TEN, ELVIN & JEAN A, 8830 33RD AVE, KENOSHA, WI 53142-2560

10925    KRANIK, STEPHEN, 205 DAIL ST, NEW BERN, NC 28562

10925    KRANTZ III, CHARLES, 20008 VALLEY MILL RD, FREELAND, MD 21053

10925    KRANTZ, KENNETH, 131 PINE HILL DR, PICKENS, SC 29671

10925    KRANZ, DAVID, 6224 WYNFORD DRIVE, DUBLIN, OH 43017

10925    KRANZ, KATHERINE, 7831 SPRUCEWOOD AVE, WOODRIDGE, IL 60517

10925    KRANZ, LINDA, 337 LANCASTER DR, CRYSTAL LAKE, IL 60014

10925    KRAPF, M, 310 MANOR DRIVE, BARTOW, FL 33830

10925    KRAPF, MARY, 1212 HEATHERLANE, WILMINGTON, DE 19803

10925    KRAPF, VIRGINIA, BRANDYWAYNE HEALTH CARE CNTR 1801 N. LAKE MARIAM, WINTER HAVEN, FL 33884

10925    KRAPP III, WILLIAM, 315 BRACKEN AVE, PITTSBURGH, PA 15227

10925    KRASKA, DIANE, 1 BROOKSIDE AVE, 4B, SOMERVILLE, NJ 08876

10925    KRASKA, TRACY, 750 SIX FLAGS LOT 39, AUSTELL, GA 30001

10925    KRASNE, LESLIE, 254 N JACKSON AVE, CLARENDON HILLS, IL 60514

10925    KRASNECKY, CINDY, 6 HENRYS PATH, UPTON, MA 01568

10925    KRASNEY, ELLEN, 14 FRANKLIN ST, SOMERVILLE, MA 02145

10925    KRASNOW, HERSHEL, BAL HARBOUR 101, BAL HARBOUR, FL 33154

10925    KRASNY SR, ANTHONY, 3 SAPLING CIRCLE, 10, NASHUA, NH 03062

10925    KRASZEWSKI, CHRISTY, 5537 S COUNTY HWY P, DENMARK, WI 54208

10925    KRATKY, JOSEPH, 1222 CHERRY ST, MONROE, NC 28110

10925    KRATKY, OLDRICH, 200 CENTRAL ST, STONEHAM, MA 02180

10925    KRATOCHWILL, JEFFREY, 1423 SOUTH MELGAARD RD, ABERDEEN, SD 57401

10925    KRATOVILLE, JIM, 16 NUTTING RD, WALTHAM, MA 02154

10925    KRATZER, KEVIN, 2534 KUTZTOWN RD, READING, PA 19605

10925    KRAUDE, JOHN, 21845 MOJAVE TRAIL, CHATSWORTH, CA 91311

10925    KRAUS, BETTY, 708 GREENHEDGE DR., STONE MOUNTAIN, GA 30088

10925    KRAUS, DEBORAH, RT 3 BOX 171, MOMENCE, IL 60954

10925    KRAUS, DOUGLAS, 114 TROY ST, SENECA FALLS, NY 13148

10925    KRAUS, FRANK, 5250 OLD OAK TRAIL, CINCINNATI, OH 45238

10925    KRAUS, G, 445 COLONIAL RIDGE LANE, ARNOLD, MD 21012

10925    KRAUS, J, 8698 SOUTH VISON CIRCLE, INVERNESS, FL 34452

10925    KRAUS, KEVIN, 360 E MORRIS ST, INDIANAPOLIS, IN 46225

10925    KRAUS, LESLIE, 4568 KATHRYN DRIVE, INDIANAPOLIS, IN 46231

10925    KRAUS, MARCELLA, 5342 WERK UNIT 11, CINCINNATI, OH 45248

10925    KRAUS, REBECCA, 1567 BARRINGTON AVE, #9, LOS ANGELES, CA 90025

10925    KRAUS, ROBERT, 123 PINE ST, NASHUA, NH 03060

10925    KRAUS, ROBERT, 502 KLATAWAH, LIBBY, MT 59923

10925    KRAUS, RUEDIGER, 522 DEFORREST, CORPUS CHRISTI, TX 78404

10925    KRAUS, TINA, 520-E SW 69 ST, GAINESVILLE, FL 32607

10925    KRAUSE, BARBARA, 1699 BARBARA WORTH, EL CENTRO, CA 92243

10925    KRAUSE, ERNST O, 32 CHARLES ST, EMERSON, NJ 07630-1367

10925    KRAUSE, ERNST, 32 CHARLES ST, EMERSON, NJ 07630

10925    KRAUSE, JAMES, 2420 PARK AVE, 8, WEST BEND, WI 53075-2153

10925    KRAUSE, KELLY, 227 W WASHINGTON, MOMENCE, IL 60954

10925    KRAUSE, SUSAN, BOX 46, HOMER, NE 68030

10925    KRAUSHAAR, DEBORAH, 3131 E COTTONWOOD, PHOENIX, AZ 85044

10925    KRAUT, MARGARET, 7 DRAKE ROAD, SOMERSET, NJ 08873

10925    KRAUTER, SUZANNE, 12 RUTGERS DRIVE, FAIR HAVEN, NJ 07701-3142

10925    KRAUTKRAMER BRANSON INC, PO BOX 73176, CHICAGO, IL 60673

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | KRAUTKRAMER BRANSON, 50 INDUSTRIAL PARK ROAD, LEWISTOWN, PA 17044 | |
| 10925 | KRAUTKRAMER BRANSON, 6805 COOLRIDGE DR., TEMPLE HILLS, MD 20748-6996 | |
| 10925 | KRAUTKRAMER BRANSON, INC, PO BOX 73176, CHICAGO, IL 60673 | |
| 10924 | KRAUTKRAMER BRANSON, PO BOX 350, LEWISTOWN, PA 17044 | |
| 10925 | KRAUTKRAMER, GERALDI, 3641 LOST DAUPHIN RD, DE PERE, WI 51115 | |
| 10925 | KRAUTKRAMER, THOMAS, 647 S ERIE ST, DE PERE, WI 54115 | |
| 10925 | KRAVIS, THOMAS C, 545 SAN ANTONIO AVE, SAN DIEGO, CA 92106-3440 | |
| 10925 | KRAVITZ, HOWARD, 10711 W CLAIRMONT CIR, TAMARAC, FL 33321 | |
| 10925 | KRAVITZ, JACK, 670676700 PTREE INDAPT#J-3, DORAVILLE, GA 30360 | |
| 10925 | KRAVITZ, ODESSA, PO BOX 904, MILLBROOK, AL 36054 | |
| 10925 | KRAVOVIC, ELIZABETH, 2324 MIDWICKHILL DR, ALHAMBRA, CA 91803 | |
| 10925 | KRAWCHUK, LINDA, 1017 WOODMERE DRIVE, BETHLEHEM, PA 18017 | |
| 10925 | KRAWCZEL, SONYA, 18418 BISHOPSTONE CO, MONTGOMERY VI, MD 20886 | |
| 10925 | KRAWCZYK, KATHLEEN, 2020 S NEWTON AVE, PARK RIDGE, IL 60068 | |
| 10925 | KRAWIEC, SUSAN, 24 TEWKSBURY, LAWRENCE, MA 01843-1119 | |
| 10925 | KRAWTSCHUK, CHRISTINE, 168 OGDEN AVE., JERSEY CITY, NJ 07307 | |
| 10925 | KRAWZ, SHIRLEY, 6 JEFFERSON ST, SOMERVILLE, NJ 08876 | |
| 10925 | KRAY, EUGENE, 109 VINITA WAY, LOUDON, TN 37774 | |
| 10925 | KRAY, GENE, 2363 CHIMNEY SPRINGS DR, MARIETTA, GA 30062 | |
| 10925 | KREACHBAUM, C, 4616 19TH ROAD, NORTH ARLINGTON, VA 22207 | |
| 10925 | KREACHBAUM, CAROLE L, 4616 19TH RD N, ARLINGTON, VA 22207 | |
| 10925 | KREB, SHAWN, 2214-F EAST 7TH ST, CHARLOTTE, NC 28204 | |
| 10924 | KREBS, A.C., **TO BE DELETED**, LOUISVILLE, KY 40209 | |
| 10924 | KREBS, A.C., 4000 CRITTENDEN DRIVE, LOUISVILLE, KY 40209 | |
| 10925 | KREBS, ARTHUR, 1702 WATER WAY COURT, SPARTANBURG, SC 29301 | |
| 10925 | KREBS, FRANCES, 7516 HAWTHORNE AVE, RICHMOND, VA 23227 | |
| 10925 | KREBS, KAREN, 3 DRAYTON COURT, SPARTANBURG, SC 29301 | |
| 10925 | KREBS, WILLIAM, R R 4 BOX L9, DICKINSON, ND 58601 | |
| 10925 | KREBSBACH, JOHN, ROUTE 1 BOX 14, ARLINGTON, MN 55307-0014 | |
| 10925 | KREBSBACH, NORBERT, 210 SPANISH OAK LANE, KERRVILLE, TX 78028 | |
| 10925 | KRECH, DWANE, 29 EAST ST, DOYLESTOWN, PA 18901-4742 | |
| 10925 | KRECICKI, DAWN, 88 ARMOUR AVE, TRENTON, NJ 08619 | |
| 10925 | KREDIETBANK, AVE DE TERVUREN, 16 A, BRUSSELS, 09999BELGIUM | *VIA Deutsche Post* |
| 10925 | KREEK, LAURIE, 6 SHAWNEE CT, BALTIMORE, MD 21234 | |
| 10925 | KREGER, MARK, 4267 NW 60TH DR, BOCA RATON, FL 33496 | |
| 10925 | KREGER, MARK, 8213B THAMES BLVD., BOCA RATON, FL 33486 | |
| 10925 | KREH, ROBERT, 2100 MT. HEBRON DR., ELLICOTT CITY, MD 21042 | |
| 10925 | KREHER, RICHARD, 7134 WEST BERWYN, CHICAGO, IL 60656 | |
| 10925 | KREHL, STEVEN, 400 N GARDEN BLVD, EDGEWATER PARK, NJ 08010 | |
| 10924 | KREHLING INDUSTRIES, 1173 PONDELLA RD, CAPE CORAL, FL 33910 | |
| 10924 | KREHLING INDUSTRIES, 15555 E TAMIAMI TRAIL, NAPLES, FL 33940 | |
| 10924 | KREHLING INDUSTRIES, 2225 ROCKFILL RD, FORT MYERS, FL 33916 | |
| 10924 | KREHLING INDUSTRIES, NAPLES, FL 33940 | |
| 10924 | KREHLING INDUSTRIES, OFF US 41 S, PUNTA GORDA, FL 33950 | |
| 10924 | KREHLING INDUSTRIES, P.O. BOX 10009, NAPLES, FL 33940 | |
| 10925 | KREIL, ELLEN, 21 GRAY ST., WEST CALDWELL, NJ 07006 | |
| 10925 | KREIMAN, KEVIN, 3704 N DRAKE, CHICAGO, IL 60618 | |
| 10925 | KREINER, ROBERTA, 527 RODNEY, LOCKPORT, IL 60441 | |
| 10925 | KREINHEDER, MARK, 1940 CHATWIN AVE, LONG BEACH, CA 90815 | |
| 10925 | KREINHEDER, MICHELE, 1940 CHATWIN AVE, LONG BEACH, CA 90815 | |
| 10925 | KREIPL, KEVIN, 1574 BRIMFIELD CIR, ELDERSBURG, MD 21784 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   KREISER SURGICAL, 1220 S. MINNESOTA AVENUE, SIOUX FALLS, SD 57105

10925   KREISMAN, JOEL, 605 HAPPFIELD DRIVE #103, ARLINGTON HTS, IL 60004

10925   KREISSL JR, JOHN F, 4921 N KEELER AVE, CHICAGO, IL 60630-2713

10925   KREITER, EDWARD, 4350 MOURNING DOVE DRIVE, JACKSON, WI 53037

10925   KREITH, HOWARD, 3680 IRONWOOD CIR., BRADENTON, FL 34209-0000

10925   KREJCI, DENISE, 215 S. 7TH AVE, A, WEST BEND, WI 53095

10925   KREJDOVSKI, JACQUELINE, 91 E. CLIFF ST, SOMERVILLE, NJ 08876

10925   KREJDOVSKI, MAUREEN, PO BOX 553, BELLE MEAD, NJ 08502

10925   KRELLER BUSINESS INFORMATION GROUPS, PO BOX 641127, CINCINNATI, OH 45264-1127

10924   KREMER & DAVIS - DO NOT SELL, 3900 JEFFERSON STREET N.E., MINNEAPOLIS, MN 55401

10924   KREMER & DAVIS - DO NOT SHIP, MINNEAPOLIS, MN 55421

10924   KREMER & DAVIS - DO NOT SHIP, P.O. BOX 21031, COLUMBIA HEIGHTS, MN 55421

10925   KREMER, MERLIN, 724 CLAGGETT AVE., WAUPUN, WI 53963

10925   KREMER, MICHAEL, BOX 320, MARKESAN, WI 53946

10925   KREMER, VICTORIA, 10925 N. 111TH PLACE, SCOTTSDALE, AZ 85259

10925   KREMKAU, WILLIAM, 3105 HABERSHAM HILLS RD., CUMMING, GA 30131

10925   KREMNETZ, NICHOLAS, 938 EMERALD, SAN DIEGO, CA 92109

10925   KREMPEL, HAZEL, 2798 N.FIRESTONE RD., WOOSTER, OH 44691

10925   KREMPEL, ROBERT, 2798 N FIRESTONE RD, WOOSTER, OH 44691

10925   KREMPEL, STEPHANIE, 2299 KLINE ROAD, MANSFIELD, OH 44903

10925   KREMS, STEPHEN, 408 S. DEMPSEY DR, 110, MILPITAS, CA 95035

10925   KRENN, JAIME, 114 THURLOW ST, GEORGETOWN, MA 01833

10925   KRENNERICH SHIPPING CO, PO BOX 12250, BEAUMONT, TX 77706

10925   KRENTZ, LAMBERT, 534 HOPE AVE, RIPON, WI 54971

10925   KRENZER, DIANE, 9150 FAIR OAKS, 913, DALLAS, TX 75231

10925   KRENZKE, DAVID, 4099 W. 71ST ST., CHICAGO, IL 60629-5893

10925   KRENZKE, LEONARD, 931 INTERLAKEN DRIVE, LAKE ZUR, IL 60047-1306

10925   KREPS, KALLEEN, 1130 MANOR RD, AKRON, OH 44313

10925   KRESAK, JACQUELINE, 70 HIGHLAND AVE., MCKEES ROCKS, PA 15136

10925   KRESE, TIMOTHY, 317 BARBERRY DRIVE, LEXINGTON, SC 29072

10925   KRESSEL POWER EQUIPMENT, 2 SOUTH 613 ROUTE 59, WARRENVILLE, IL 60555

10925   KRESSIN, ROBERT, 912 MORRIS AVE, GREEN BAY, WI 54304-4402

10925   KRESSIN, VERNON A W, 7534 125TH AVE, BLOOMER, WI 54724-4330

10925   KRETSCHMAR & SONS,INC, 7410 INDIANA AVE., RIVERSIDE, CA 92504

10925   KREUSER, TODD, 333 PARK LANE, SEYMOUR, WI 54165

10925   KREUSLER, DEBBIE, PO BOX 632, HIRAM, OH 44234

10925   KREUTZFELDT, ANGIE, 10370 RICHMOND AVE, 890, HOUSTON, TX 77042

10925   KREUZER, MARTHA, 2736 HAWICK RD., EL PASO, TX 79925

10925   KREUZIGER, LINDA, 2201 N OWAISSA, APPLETON, WI 54911

10925   KREVOLIN MD, LE, 1814 COUNTRY CLUB DR, CHERRY HILL, NJ 08003

10925   KREWE DU BON COEUR, 1531 S. GREENFIELD CIRCLE, LAKE CHARLES, LA 70605

10925   KREWSON, KEITH, 32658 305TH ST, RICHLAND, IA 52585

10925   KRIDLER, CHARLES, 5 DEL SOL COURT, BAYTOWN, TX 77521

10925   KRIEG, EDWARD, 14425 BRANDON COURT, DALE CITY, VA 22193-1514

10925   KRIEG, PATRICK, 26671 WHIPPORWILL PL, CANYON COUNTRY, CA 91351

10925   KRIEGER, CLARENCE, 2743 6TH AVE LANE, GARDEN CITY, CO 80631

10925   KRIEGER, LARRY, 1302 MAIN ST. BOX 352, MEDIAPOLIS, IA 52637

10925   KRIEGER, PETER, 524 W 114 ST, 4B, NEW YORK, NY 10025

10925   KRIEGER, RONNIE, STAR ROUTE BOX 24C, CARTWRIGHT, ND 58838

10924   KRIELKAMP, 2393 VAUXHALL ROAD, UNION, NJ 07083

10925   KRIENS, GAYLE, 11341 270TH AVE, TREVOR, WI 53179

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    KRIEWALD, BRIAN, 6800 WHITE WATER WAYUNIT #304, GLEN BURNIE, MD 21060

10925    KRIKIE, JONATHON P., 411D SIDNEY AVE, GLENDALE HTS, IL 60139

10925    KRIKORIAN, MICHAEL, 99 PLEASANT ST, LOWELL, MA 01852-5777

10925    KRIKORIAN, MISAK, 5851 HEWLETT ST, LITTLE NECK, NY 11362

10925    KRINSKY, MITCHELL, 585 MAIN ST, MELROSE, MA 02176

10925    KRINSKY, PETER, 7331-101 COHO DRIVE, HUNTINGTON BEA, CA 92648

10924    KRIS-CON SUPPLY & FASTENERS, 6800 BINGLE ROAD, HOUSTON, TX 77092

10925    KRISHAS CLEANERS, 11819 SOUTH PULASKI, ALSIP, IL 60803

10925    KRISHMAN, HANK, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925    KRISHMAN, HENRY, 1336 S. EAST. AVE., BERWYN, IL 60402-1208

10925    KRISHNAIAH, GAUTHAM, 9152 WINDFLOWER DR, ELLICOTT CITY, MD 21042

10925    KRISHNAIAH, GAUTHAM, 9152 WINDFLOWER DRIVE, ELLICOTT CITY, MD 21042

10925    KRISHNAMOORTHY, M. SUNDARAM, 12130 LITTLE PATUXENAPT. #B, COLUMBIA, MD 21044

10925    KRISHNAN R IYENGAR, 11 PAGE RD, LEXINGTON, MA 02420-2605

10925    KRISKIE, GEORGE, 3714 ST VICTOR ST, BALTIMORE, MD 21225

10925    KRISKIE, GEORGE, 3714 ST. VICTOR ST, BALTIMORE, MD 21225-0000

10925    KRISNOWICH, LORRAINE, 209-49 28TH AVE., BAYSIDE, NY 11360

10925    KRISS, DOROTHY, 40 WINDEMERE RD, WELLESLEY, MA 02181

10925    KRIST, MARTIN, 4924-3 COLUMBIA RD.W, COLUMBIA, MD 21044

10925    KRISTA M MYERS, 1135 WILLIAM ST, BALTIMORE, MD 21230

10925    KRISTEN F GANNON, 67 SKILTON LANE, BURLINGTON, MA 01803-1528

10925    KRISTEN WAGNER, 5500 CHEMICAL RD., BALTIMORE, MD 21226

10924    KRISTICH-MONTEREY PIPE CO, 225 B  SALINAS RD, WATSONVILLE, CA 95076

10924    KRISTICH-MONTEREY PIPE CO, P O BOX 606, WATSONVILLE, CA 95077

10924    KRISTICH-MONTEREY PIPE CO, PO BOX 606, WATSONVILLE, CA 95077

10925    KRISTIN A SCROUGHAM, C/O WAYNE BANK & TRUST CO, PO BOX 210, CAMBRIDGE CITY, IN 47327-0210

10925    KRISTIN E BOETTGER, 531 N LARRY CIRCLE, BRANDON, FL 33511-6038

10925    KRISTIN M SASS, 2349 GRELYN DR, TOLEDO, OH 43615-2925

10925    KRISTIN TALANIAN, 45 CARVER ROAD, WATERTOWN, MA 02172

10925    KRISTIN TALANIAN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    KRISTINA BETH CONINGSBY, 2010 NE 55ST, FORT LAUDERDALE, FL 33308

10925    KRISTINE K IIDA, 107 WEST LATIMER AVE, CAMPBELL, CA 95008-1106

10925    KRISTOPHER WALTER, 13 OXFORD TERRACE, WEST ORANGE, NJ 07052-4411

10925    KRIVAN, KATHLEEN, 448 15TH ST, WEST BABYLON, NY 11704

10925    KRIVAS, JOHN J, 4702 W 78TH TERR, PRAIRIE VILLAGE, KS 66208-4413

10925    KRIVITSKAYA, REGINA, 8011 ROMAINE ST, LOS ANGELES, CA 90046

10925    KRIVITSKY, MARY, 90 N. ST. BOX 714, CLARKSVILLE, PA 15322

10925    KRIVO, 1618 W. FULLERTON, CHICAGO, IL 60614

10925    KRIZAN, DENNIS, 8741 NORWOOD, LEAWOOD, KS 66206

10924    KRIZ-DAVIS COMPANY, 10404 J ST., OMAHA, NE 68127

10924    KRIZ-DAVIS COMPANY, 10404 J STREET, PO BOX 27029, OMAHA, NE 68127

10924    KRIZ-DAVIS COMPANY, 202 S E 5TH ST., AMES, IA 50010

10924    KRIZ-DAVIS COMPANY, 202 SE FIFTH, AMES, IA 50010

10925    KRIZMAN, MICHAEL, 1867 FOX MEADOW COURT, GURNEE, IL 60031

10925    KROBOTH, JOSEPH, 376 N GRANGER RD, NORTHAMPTON, PA 18067

10925    KROCHTA, ELIZABETH, 5811 PORT DR, NEW BERN, NC 28560-6102

10925    KROCK, DIANE T, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    KROCK, DIANE, 135 LANDERS RD, FREEPORT, TX 77541

10924    KROEGER PRECAST INC, 13800 GILES RD, OMAHA, NE 68138

10924    KROEGER PRECAST INC., 13800 GILES RD, OMAHA, NE 68138

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KROEGER, GREGG, 4506 DONATELLO SQUAR, OWINGS MILLS, MD 21117

10925   KROEGER, KENNETH, 525 HAMILTON ST, STERLING, CO 80751

10925   KROEGER, VERNON, 316 W DAVENPORT, ELDRIDGE, IA 52748

10925   KROELL, MICHAEL, 800 LAKESIDE DR, 1B, VERNON HILLS, IL 60061

10925   KROENIG, CASSANDRA, R D 7274, READING, PA 19606

10925   KROENIG, MARY, 2034 FRIEDENSBURG RD, READING, PA 19606-9807

10925   KROENING, KIMBERLY, 438 PARADISE ROAD, ABERDEEN, MD 21001

10925   KROENING, PATRICK, 602 SKYLINE BLVD, GREEN BAY, WI 54302-4044

10925   KROESCHELL ENGINEERING CO, 215 WEST ONTARIO ST, CHICAGO, IL 60610

10925   KROETZ, FREDERICK, 201 MEADOW OAK TRAIL, WAUNAKEE, WI 53597

10925   KROETZ, JOHN, 312 NORTH BRISTOL ST, SUN PRAIRIE, WI 53590

10925   KROFTA, GARY, BOX 93A, TABLE ROCK, NE 68447

10925   KROGER LOUISVILLE, PO BOX 410123, NASHVILLE, TN 37241-0123

10925   KROGER, EDWARD, 122 BOBBITT RD., DEQUINCY, LA 70633

10925   KROGER, ROBERT, 934 REGATTA RD., CHARLESTOWN, SC 29412

10925   KROGERS, PO BOX 200762, HOUSTON, TX 77216-0762

10925   KROGWOLD, WARREN, 4997 CTY A, AMHERST, WI 54406

10925   KROHN JR, RICHARD, 310 ROBYN ST, GRAY, LA 70359-9659

10925   KROHN, ROBERT, 11211 TAYLOR COURT, LAWRENCEVILLE, NJ 08648

10925   KROHNE AMERICA INC., 748 EDISON-FURLONG ROAD, FURLONG, PA 18925

10925   KROHNE AMERICA, INC, 7 DEARBORN RD., PEABODY, MA 01960

10925   KROHNE, INC, 7 DEARBORN RD., PEABODY, MA 01960

10925   KROHTO, ERIC, 13 LITTLE POND ROAD, MERRIMAC, MA 01860

10925   KROKUS JT TEN, ARTHUR V & ELEANOR L, 10839 BISMARK, NORTHRIDGE, CA 91326-2608

10925   KROL II, EDWIN, 7 SUMMER ST, ADAMS, MA 01220

10925   KROLL JR, EDMUND E, 108 GOFFLE HILL ROAD, HAWTHORNE, NJ 07506-2802

10925   KROLL, JENNIFER, 5545 FLORIDA AVE, BETHEL PARK, PA 15102

10925   KROLL, WILLIAM, 258 PINEVILLE ROAD, SPARTANBURG, SC 29302

10924   KROMACORP- DO NOT USE, 8031 WHITE BARK TERRACE, RICHMOND, VA 23237

10924   KROMACORP PRINTING INK, ATTN: JANET MOLSON, 808 COMMERCE PARK DRIVE, OGDENSBURG, NY 13669

10924   KROMACORP, 8031 WHITE BARK TERRACE, RICHMOND, VA 23237

10924   KROMACORP, CANADA, 950 INDUSTRIAL RD, PRESCOTT, IT Z9Z 9Z9TORONTO    *VIA Deutsche Post*

10924   KROMACORP, CANADA, PO BOX 1180, PRESCOTT, ON K0E 1T0TORONTO    *VIA Deutsche Post*

10925   KROMANN & MUNTER LAW FIRM, 14 RADHUSPLADSEN, COPENHAGEN V, 01550DENMARK    *VIA Deutsche Post*

10925   KROMBERG, VALERIE, 803 DEERFOOT CIRCLE, NEW BERN, NC 28560

10925   KROMER, MARY LOU, 3869 NW 58TH ST, BOCA RATON, FL 33496

10925   KROMER, MARY, 13281 MARSH LANDING, PALM BEACH DARDENS, FL 33418

10924   KRONAS CORP. HEADQUARTERS, 297 BILLERICA ROAD, CHELMSFORD, MA 01824

10925   KRONBERG, TODD, 6644 OAKWOOD DR., #7, CHIPPEWA FALLS, WI 54729

10925   KRONENBERG, DAVID, 86 BRUSH HILL RD, SHERBORN, MA 01770

10925   KRONENBERG, JACALYN, 1102 ELEVENTH ST., SANTA MONICA, CA 90403

10925   KRONENBERG, KEVIN, 1112 ASHBERRY DRIVE, COLUMBUS, OH 43228

10925   KRONISH, JACK, 410 NW 41ST ST, POMPANO BEACH, FL 33064

10925   KRONISH, LIEB, WEINER & HELLMAN, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10020

10925   KRONISH, LIEB, WEINER & HELLMAN, 1114 AVE OF THE AMERICAS, NEW YORK, NY 10036

10925   KRONOS INC, 202 CENTREPORT DR, SUITE 150, GREENSBORO, NC 27409

10925   KRONOS INC, PO BOX 845748, BOSTON, MA 02284-5748

10925   KRONOS INC, POBOX 845748, BOSTON, MA 02284-5748

10925   KRONOS INCORPORATED, 1515 WOODFIELD DR, SCHAUMBURG, IL 60173

10925   KRONOS, SUITE 700, 1225 NORTH LOOP WEST, HOUSTON, TX 77008

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   KROODSMA, CHRISTOPHER, 346 E. MOODY AVE, KNOXVILLE, TN 37920

10925   KROOPNICK, MARCIE, 3709 GARDENVIEW RD, BALTIMORE, MD 21208

10925   KROPELIN, BARRY, 610 KINGSBOROUGH CT, PERRYSBURG, OH 43551

10925   KROSKE, TINA, 2000 SIGNAL RIDGE CHASE, KENNESAW, GA 30152

10924   KROSS-LINK LABS, PO BOX 374, BELLMORE, NY 11710

10925   KROTTINGER, LEONARD, 3223 PETERSON RD S, IOWA PARK, TX 76367

10925   KROWCZYNSKA, ANNA, 5101 STEARNS HILL RD, WALTHAM, MA 02154

10925   KROY SYSTEMS, POBOX 669, TENAFLY, NJ 07670

10925   KRSKA, TEDDY, RT. 3, BOX 65, EDINBURG, TX 78539

10925   KRUBERG, WALTER, 175 MEADOWOOD DRIVE, PORTOLA VALLEY, CA 94028

10925   KRUCHOSKI, DIANE, 7930 ROANOKE RUN, SAN ANTOINO, TX 78240

10925   KRUECK, DONNIS, 13033 GREYCREST DR, CHARLOTTE, NC 28217

10925   KRUEGER TRUE VALUE HARDWARE, 999 WINNECONNE AVE, NEENAH, WI 54956

10925   KRUEGER, CHARLES, 140 W 11TH, PT ANGELES, WA 98362

10925   KRUEGER, CHERYL, 2722 HANAWALT ST, LAVERNE, CA 91750

10925   KRUEGER, DAVE, 6050W 51ST ST, CHICAGO, IL 60638

10925   KRUEGER, DAVID, 6219 W 63RD ST, CHICAGO, IL 60638

10925   KRUEGER, DIANE, 14 PINE AVE, LAKE ZURICH, IL 60047

10925   KRUEGER, JOHN, 711 SANTAFE, 238, WEATHERFORD, TX 76086

10925   KRUEGER, JOSEPH, 1442 BATTERY AVE, BALTIMORE, MD 21230

10925   KRUEGER, LAVERNE, 1214 JUNIPER ST., LACRESCENT, MN 55947

10925   KRUEGER, PATRICIA, 1689 RAMAPO WAY, SCOTCH PLAINS, NJ 07076

10925   KRUEGER, RANDALL G, N4573 HWY K, WEYAUWEGA, WI 54983

10925   KRUEGER, RICHARD, 3-H EDDYSTONE PL, BALTIMORE, MD 21221-5410

10925   KRUEGER, ROBERT, 119 PEDEN RD, FOUNTAIN INN, SC 29644

10925   KRUEGER, ROBERT, 202 E. LINWOOD, OSHKOSH, WI 54901

10925   KRUEGER, STEVEN, 2029 SAGEWOOD, CASPER, WY 82601

10925   KRUEGER, TERRY, 2172 CRARY ST, GREEN BAY, WI 54303

10925   KRUEGER, TIMOTHY, 9129 S 53RD AVE, OAK LAWN, IL 60453

10925   KRUEGER, WILLIAM, 14 PINE AVE, LAKE ZURICH, IL 60047

10925   KRUEGER, WILLIAM, PO BOX 1828, WILLISTON, ND 58801

10925   KRUG, D, 2210 NW 14 AV, GATNESVILLE, FL 32605

10925   KRUG, DIANA, 6004 OAKLAND MILLS ROAD, SYKESVILLE, MD 21784-6914

10925   KRUG, FRANCIS, 6004 OAKLAND MILLS ROAD, SYKESVILLE, MD 21784

10925   KRUG, FRANCIS, 6004 OAKLAND MILLS, SYKESVILLE, MD 21784

10925   KRUG, KARL, 4163 N 61 ST, MILWAUKEE, WI 53216

10925   KRUG, TRACY, 6004OAKLAND MILLS RD, SYKESVILLE, MD 21784

10925   KRUGER, ESQ, LEWIS, STROOCK, STROOCK & LAVIN, 180 MAIDEN LANE, NEW YORK, NY 10038-4982

10925   KRUGER, GEORGE, 4681 HARVARD, FRESNO, CA 93703

10925   KRUGER, HERMAN, 2205 SOUTH 3RD ST, CLEAR LAKE, IA 50428

10925   KRUGER, LINDA, 56 CHESTER LANE, NANUET, NY 10954

10925   KRUGER, RICHARD, 30 HORIZONS RD, SHARON, MA 02067

10925   KRUGER, STEVEN, 281 ANDOVER ST, DANVERS, MA 01923

10925   KRUH, SCOTT, 2138 SOUTHBAY LN, RESTON, VA 22091

10925   KRUIT, MATTHEW, PO BOX 452, APPLE CREEK, OH 44606

10925   KRUITHOF, ROBERT J, 12 MADISON COURT, MT LAUREL NJ, NJ 08054

10925   KRULL, MICHAEL, 3108 LAUREL VIEW DR, ABINGDON, MD 21009

10925   KRUM, KENNETH, 4636 JENNINGS, WICHITA FALLS, TX 76310

10925   KRUMMEL, MARTYN, 3434 RIDGEVIEW RD., CRAIG,, CO 81625

10925   KRUMMEN, KERI, 117 N MAIN ST , APT 8 PO BOX 366, POYNETTE, WI 53955

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KRUMREI, HENRY, 128 DWIGHT AVE, HILLSDALE, NJ 07642

10925   KRUN, ANDREW, 5904 STONE PINE ROAD, WILMINGTON, DE 19808

10925   KRUPA, ARTHUR, 5703 S. CASS AV., 106, WESTMONT, IL 60559

10925   KRUPA, BEVERLY, 2645 OSAGE DRIVE, BOURBONNAIS, IL 60914

10925   KRUPA, JAMES, 220 1/2 MAIN NORTHWEST, BOURBONNAIS, IL 60914

10925   KRUPA, RICH, 1812 WEST 18TH ST, CHICAGO, IL 60608

10925   KRUPCZNSCKI, ROBERT, 9 LOCUST ST, WATERLOO, NY 13165

10925   KRUPINSKI, EUGENE, 8449 LOCKWOOD, BURBANK, IL 60459

10925   KRUPINSKI, MICHAEL, 8414 S MELVINA, BURBANK, IL 60459

10925   KRUPINSKI, PATRICK, 2923 W 75TH ST, WOODRIDGE, IL 60517

10925   KRUPKIN, NATALIA, 43 RHODES PLACE, TIMONIUM, MD 21093

10925   KRUPKIN, NATALIA, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   KRUPKIN, NATALIA, 7907 STARBURST DRIVE, PIKESVILLE, MD 21208

10925   KRUPP HAGLER, PO BOX 15997, AUGUSTA, GA 30909

10925   KRUPP WERNER & PFLEIDERER CORP., 663 E. CRESCENT AVE., RAMSEY, NJ 07446

10925   KRUPP WERNER & PFLEIDERER CORP., PO BOX 7247-8081, PHILADELPHIA, PA 19170-8081

10925   KRUPP WERNER & PFLEIDERER, POBOX 15112, NEWARK, NJ 07192

10925   KRUPP, LOUISA, 7504 WEST CLEVELAND, NILES, IL 60714

10924   KRUPP, MEYERS, & HOFFMAN, 300 WALNUT STREET, LANSDALE, PA 19446

10925   KRUPSKI, JOHN, 4727 E. WARNER RD, PHOENIX, AZ 85044

10925   KRUSCH, KAREN, 265C. N. ARLINGTON, HARRISBURG, PA 17109

10925   KRUSE CONTROLS INC., 215 THELMA AVE, GLEN BURNIE, MD 21061

10925   KRUSE, ANNE E, 203 DRISCOLL CT, SOMERSET, NJ 08873-6406

10925   KRUSE, JOHN, 38 OUTCALT ROAD, EDISON,, NJ 08817

10925   KRUSE, KENNETH A, CUST FOR KENNETH C KRUSE, UNIF GIFT MIN ACT MI, 496 S MAPLELEAF RD, LAPEER, MI 48446-3537

10925   KRUSE, RANDALL, 993 MONROE ST, BELLEVUE, OH 44811

10925   KRUSE, SUSAN, 960 W OSAGE AVE, MESA, AZ 85210

10925   KRUSH, ANNE J, 26090 S SANDGATES ROAD, MECHANICSVILLE, MD 20659-2752

10925   KRUSZEWSKA, EVA, 3650 REGAL PL., 38, LOS ANGELES, CA 90068

10925   KRUTKE, JOHN, 1842 GROVE ST APT 3, OSHKOSH, WI 54901

10925   KRUTSOUDAS, KRISTINA, 23-17 29TH ST, LONG ISLAND CITY, NY 11105

10925   KRUTY, SAMUEL, 7051 N OLEANDER, CHICAGO, IL 60631-0000

10925   KRUTZ, CRISTINA, 1141 PROSPECT LANE, DES PLAINES, IL 60018

10925   KRUZNER, STEVEN, 126 SOUTH AVE. S.E., MARIETTA, GA 30060

10925   KRYDON GROUP, INC, THE, 12 SPRINGDALE ROAD, BLDG 11, CHERRY HILL, NJ 08003

10925   KRYDON GROUP, THE, 221 W CLEMENTS BRIDGE RD, BARRINGTON, NJ 08007

10925   KRYDON GROUP, THE, 221 W. CLEMENTS BRIDGE ROAD, BARRINGTON, NJ 08007

10925   KRYGER, JOANN, 17 LAFAYETTE AVE APT 2, W. HAVERSTRAW, NY 10993

10925   KRYPEL, WALTER, 9 SPRING ROAD, ADAMS, MA 01220

10925   KRYSCHELL A BEL-GUZZARDO &, NICK ANTHONY GUZZARDO JT TEN, PO BOX 29, BOLIVAR, MO 65613-0029

10925   KRYSINSKI, KRISTINA, 94 DEER HILL ROAD, LEBANON, NJ 08833

10924   KRYSTAL HOLOGRAPHICS, 365 N. 600 WEST, LOGAN, UT 84321

10925   KRYSZAK, MICHAEL, 630 W SPRING ST, APPLETON, WI 54911

10925   KRZECZKOWSKI, JOHN, 705 N. HOWARD, ELMHURST, IL 60126

10925   KRZYS, RICHARD, PO BOX 1071, 5487 E. MENNONITE ROAD, MANTUA, OH 44255

10925   KRZYSTOFCZYK, ROBERT, 3338 S LOMBARD AVE, BERWYN, IL 60402

10925   KRZYSTON, SHARON, 2470 SHORELAND AVE, TOLEDO, OH 43611

10925   KRZYZANOWSKI, JUSTIN, 680 KERR ST, COLUMBUS, OH 43215

10925   KS&C INDUSTRIES, 2750 S HANLEY RD, SAINT LOUIS, MO 63143

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   KS&C, 2750 S HANLEY ROAD, SAINT LOUIS, MO 63143

10925   KSC SUMMER PROGRAM - 1999, 161 GARDEN ST, CAMBRIDGE, MA 02140

10924   KSE INC., 665 AMHERST ROAD, SUNDERLAND, MA 01375

10924   KSE INC., PO BOX 368, AMHERST, MA 01004

10925   KSEN, SUSAN, 258 JOSEPH DRIVE, FALL RIVER, MA 02720

10925   KSI ENVIRONMENTAL CONSULTANTS, 34 GRANADA DR., KENNER, LA 70065

10925   K-T FELDSPAR CORPORATION, HWY 226 NORTH, PO BOX 309, SPRUCE PINE, NC 28777

10925   KT REALTY TRUST, PO BOX 736, ACTON, MA 01720

10925   KTE, 9016 58TH PLACE, STE 900, KENOSHA, WI 53144

10925   K-TEC ELECTRONICS, 1111 GILLINGHAM LANE, SUGAR LAND, TX 77478

10925   K-TRON AMERICA, INC, PO BOX 266657, HOUSTON, TX 77207

10925   K-TRON AMERICA, INC, PO BOX 612, BELLMAWR, NJ 08099

10925   K-TRON AMERICA, POBOX 612, BELLMAWR, NJ 08099

10925   K-TRON CORPORATION, 20 WARRICK AVE, GLASSBORO, NJ 08028

10925   K-TRON NORTH AMERICA, ROUTES 55 AND 553, PITMAN, NJ 08071

10925   K-TRON, PO BOX 447, WESTFORD, MA 01886

10925   KU ENDOWMENT ASSOIC, THE, PO BOX 928, LAWRENCE, KS 66044-0928

10925   KUAN, YING, 44129 BOITANO DRIVE, FREMONT, CA 94539

10925   KUANG C LI, 4634 RIVERCLIFF DR, LILBURN, GA 30047-4735

10925   KUBA, LORRAINE, 313 HARBOR DRIVE, SENECA, SC 29678-0000

10925   KUBALA, DAVID, PO BOX 1312, FREER, TX 78357

10925   KUBALA, JOHNNIE, PO BOX 214, RUNGE, TX 78151

10925   KUBAL-FURR & ASSOC CORP, PO BOX 273210, TAMPA, FL 33688-3210

10925   KUBALL JT TEN, DANIEL & KYLE, 5115 EAST VILLA RITA DR, SCOTTSDALE, AZ 85254-7618

10925   KUBALL, CHRISTINE, 35 W. ERIE ST., TEMPE, AZ 85282

10925   KUBALL, DANIEL, 5115 E VILLA RITA DR, SCOTTSDALE, AZ 85254

10925   KUBAS, MIROSLAW, 5441 W MELROSE, CHICAGO, IL 60634

10925   KUBASA, CLARICE, 5155 HOLLY AVE NW, CEDAR RAPIDS, IA 52405

10925   KUBASA, MILO, 5155 HOLLY AVE NW, CEDAR RAPIDS, IA 52405

10925   KUBAT, GEORGE, 106 N ELM, OKEENE, OK 73763

10925   KUBICK, BRUCE, 91 TAYLOR AVE, DEDHAM, MA 02026

10925   KUBICKE, BETHANNE, 2104 TUDOR COURT, HILLSB TWNSHP, S. SOMMERV, NJ 08876

10925   KUBICKI DRAPER GALLAGHER & MCGRANE, 25 WEST FLAGLER ST, MIAMI, FL 33130-1712

10925   KUBICKI DRAPER GALLAGHER MCGRANE, PENTHOUSE, CITY NATIONAL BANK BLDG., 25 WEST
        FLAGLER ST, MIAMI, FL 33130-1712

10925   KUBIK, RICHARD, 5805 S MAYFIELD AVE, CHICAGO, IL 60638

10925   KUBILUS, DEBRA, 706 ROYAL PALM BLVD, VERO BEACH, FL 32960

10925   KUBLY, ROBERT, 436 N MONROE ST, MONTICELLO, WI 53570

10924   KUBRICKY CONSTRUCTION CORP., P. O. BOX 3202, GLENS FALLS, NY 12801

10924   KUBRICKY CONSTRUCTION CORP., WOOD ROAD, BALLSTON SPA, NY 12020

10925   KUBSH, JOSEPH, 11320 BARITONE CT, SILVER SPRING, MD 20901

10925   KUCHAR, KEITH, 13 FRANKLIN AVE, MONTVALE, NJ 07645-0000

10925   KUCHARIK, MARY, 3 NEVINS ST., PO BOX 427, RARITAN, NJ 08869

10925   KUCHARSHI, LUCILLE, 4836 S 24TH ST, MILWAUKEE, WI 53221-2926

10925   KUCHARSKI, ANN, 22 EATON CT, HAVERHILL, MA 01832

10925   KUCHARSKI, GILBERT, 4836 SOUTH 24TH ST, MILWAUKEE, WI 53221

10925   KUCHER, LINDA, 93 CHATHAM COURT, DOVER, DE 19901

10925   KUCHINSKI, MATTHEW, PO BOX 421, PENNS PARK, PA 18943

10925   KUCHINSKY, DORI, 654 SPRINGVALE ROAD, GREAT FALLS, VA 22066

10925   KUCK, ROBERT, 6427 AIRPORT BLVD, MOBILE, AL 36695

10925   KUCYNDA, THEODORE, 4817 WEST HENDERSON #B, CHICAGO, IL 60641

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 KUCZYC, MONICA, 10114 VICTOR PLACE, ALGONQUIN, IL 60102

10925 KUDELKO, KIMBERLY, 2928 N NATOMA, CHICAGO, IL 60634

10925 KUDRONOWICZ, JEFFREY, 712 N WISCONSIN ST, DEPERE, WI 54115

10925 KUECKER, E, 17 PLENNERT LANE, PLEASANTSHADE, TN 37145

10925 KUECKER, WILLIAM, 4020 FORT BLOUNT ROAD, DIXON SPRINGS, TN 37057

10925 KUEHL, BRIAN, N3353 BADGER LN, KEWAUNEE, WI 54216

10925 KUEHL, JEAN, 82-42 LANGDALE ST, NEW HYDE PARK, NY 11040

10925 KUEHLER, MICHAL, 5201 JAMAICA, WICHITA FALLS, TX 76310

10925 KUEHNE & NAGEL INC, 370 MCCELLAN HWY, EAST BOSTON, MA 02128

10925 KUEHNE & NAGEL INC, 370 MCCLELLAN HWY, EAST BOSTON, MA 02128

10925 KUEHNE & NAGEL, 8550 N W 17TH ST SUITE 100, MIAMI, FL 33126

10925 KUEHNE & NAGEL, 88 BLACK FALCON AVE, BOSTON, MA 02210

10925 KUEHNE & NAGEL, INC, 370 MCCLELLAN HWY, EAST BOSTON, MA 02128

10925 KUEHNE & NAGEL, INC, 88 BLACK FALCON AVE SUITE #204, BOSTON, MA 02210

10925 KUEHNE & NAGEL, POBOX 45309, ATLANTA, GA 30320

10925 KUEHNE CHEMICAL CO INC, 86 N HACKENSACK AVE, SOUTH KEARNY, NJ 07032

10925 KUEHNE, FAYE, 119 LINKSIDE DRIVE, TAYLORS, SC 29687

10925 KUEHNE, SUSANNE, 3133 PINE ORCHARD LA, ELLICOTT CITY, MD 21042

10925 KUEHNE, SUSANNE, 3133 PINE ORCHARD LN. APT#402, ELLICOTT CITY, MD 21042

10925 KUEHNHOFF, JEFFREY, 2900 VISTA DEL REY NE UNIT 7A, ALBUQUERQUE, NM 87112

10925 KUEHNI, DAVID, 2335 RICHMOND COURT, SUN PRAIRIE, WI 53590

10925 KUEMPEL SERVICE, INC, LOCATION 00491, CINCINNATI, OH 45264-0491

10925 KUENNING, DENNIS, 1905 CO. RD. 103, CRAIG, CO 81625

10925 KUENZEL, BEULAH, PO BOX 2463, EATON PARK, FL 33840-2463

10925 KUENZEL, IRENE M, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 KUENZEL, IRENE, 13080 SILVER FOX LN, PALM BEACH GD, FL 33418

10924 KUERT CONCRETE, INC., 18370 U.S.HIGHWAY 20, GOSHEN, IN 46526

10924 KUERT CONCRETE, INC., 3402 LINCOLNWAY WEST, SOUTH BEND, IN 46628

10925 KUESPERT, DANIEL, 11040 BERRYPICK LANE, COLUMBIA, MD 21044

10925 KUFAHL, ERVIN, 4084 CHAMPEAU ROAD, NEW FRANKEN, WI 54229

10925 KUFFEL, MICHAEL, 20330 WEST YORKTOWN COURT, BROOKFIELD, WI 53045

10924 KUFFMAN'S GREAT LAKE MALL, 7850 MENTOR AVENUE, MENTOR, OH 44060

10925 KUFFREY, GEORGE, 14631 S.W. 110 TER, MIAMI, FL 33186

10925 KUGLER FARMS INC, RR 1, ADAIR, IL 61411-9801

10925 KUGLER, KIM, 7312 CHAPMAN DRIVE, #604, N RICHLAND HILLS, TX 76180

10925 KUHL, ANDREA, 613 GREEN BAY RD, THIENSVILLE, WI 53092-1300

10925 KUHL, ANDREA, 613 GREEN BAY ROAD, THIENSVILLE, WI 53092

10925 KUHL, BRYAN, N71 W23341 GOOD HOPE RD, SUSSEX, WI 53089

10925 KUHL, KEVIN, 6313 W. BROWN DEER, MILWAUKEE, WI 53223

10925 KUHL, MIGDALIA, N71 W23341 GOOD HOPE RD, SUSSEX, WI 53089

10924 KUHLMAN CONCRETE, INC., 15370 S. DIXIE HIGHWAY, MONROE, MI 48161

10924 KUHLMAN CONCRETE, INC., 240 W. MAPLE STREET, ADRIAN, MI 49221

10924 KUHLMAN CORP., P.O. BOX 714, TOLEDO, OH 43697

10924 KUHLMAN CORP., STATE RT 2 @ COUNTY RD 9, NORTH STAR STEEL PROJECT, DELTA, OH 43515

10924 KUHLMAN CORPORATION, 444 KUHLMAN DRIVE, TOLEDO, OH 43609

10924 KUHLMAN CORPORATION, 650 BEAVER CREEK CIRCLE, MAUMEE, OH 43537

10924 KUHLMAN CORPORATION, PLANT #6, 8050 SYLVANIA AVENUE, SYLVANIA, OH 43560

10925 KUHLSEN, KIMBERLY, 321 KATHY LANE, MARGATE, FL 33068

10925 KUHN JR, WILLIAM J, 3 EASTVIEW DR RR 2, FENTON, MO 63026-5935

10925 KUHN JT TEN, DAVID A & WILMA, 3229 VALLEY ST, CARLSBAD, CA 92008-1158

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | KUHN LOEB & CO, 34 EXCHANGE PLACE, ATTN MONEY MANAGEMENT DEPT DIV, JERSEY CITY, NJ 07302-3885 | |
| 10925 | KUHN, ANDRE, 16 CHEMIN DES COTES DE BOCHAT, LA CONVERSION, 1093 | *VIA Deutsche Post* |
| 10925 | KUHN, BARRY LYNN, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | KUHN, BARRY, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | KUHN, BARRY, PO BOX 6543, COLUMBIA, MD 21045-6543 | |
| 10925 | KUHN, ELEANOR G, W 6176 KUHN RD, ELKHART LAKE, WI 53020 | |
| 10925 | KUHN, FRED, 12840 TAMARACK ST, VICTORVILLE, CA 92392 | |
| 10924 | KUHN, HARRY W., INC./R & K CARTAGE, 28W651 NORTH AVENUE, WEST CHICAGO, IL 60185 | |
| 10925 | KUHN, IDA, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | KUHN, IDA, 801 S. BOULDIN ST, BALTIMORE, MD 21224 | |
| 10925 | KUHN, JAMES, 202 STEVENSON LANE, BALTIMORE, MD 21212 | |
| 10925 | KUHN, JANET, 41 FISHER RD, ARLINGTON, MA 02174 | |
| 10925 | KUHN, JENNIFER, 21025 OAK RIDGE COURT, BROOKFIELD, WI 53045 | |
| 10925 | KUHN, LINDA, 3265 SFC 735, FORREST CITY, AR 72335-7922 | |
| 10925 | KUHN, MARGARET, RD #2 BOX 94, BELVIDERE, NJ 07823 | |
| 10925 | KUHN, MICHAEL, 11712 FOXFORD DR, KNOXVILLE, TN 37922 | |
| 10925 | KUHN, SHELLY, 15509 EAST 44TH, INDEPENDENCE, MO 64055 | |
| 10925 | KUHN, VINCENT, 822 ROSEBUD AVE, TWIN LAKES, WI 53181 | |
| 10925 | KUHN-ERNST, SHARON, 3046 VERDIN AVE, CINCINNATI, OH 45211 | |
| 10925 | KUHNERT, WARREN, 123 ROOSEVELT AVE, LODI, NJ 07644-0000 | |
| 10925 | KUHNI, LORI, 925 4TH ST, BADEN, PA 15005 | |
| 10925 | KUHNKEY-COSSMAN, NANCY, 10530 PEMBRIAR, SAN ANTONIO, TX 78240 | |
| 10925 | KUHNLE BROTHERS INC, PO BOX 375, NEWBURY, OH 44065 | |
| 10924 | KUHNS CONCRETE DIVISION, 1020 MITCHELL ROAD, SPRINGFIELD, OH 45503 | |
| 10925 | KUHNS, APRIL, PO BOX 74, FOGELSVILLE, PA 18051 | |
| 10925 | KUHNS, DARRELL, 113 MANDY LANE, REDROCK, TX 78662-9711 | |
| 10925 | KUHNS, RICHARD, 333 NOBLE ST, KUTZTOWN, PA 19530 | |
| 10924 | KUIKEN BROTHERS, 246 KINDERKAMACK RD, EMERSON, NJ 07630 | |
| 10925 | KUIPERS, MARCIA, 31 CLINTON LANE, WYNE, NJ 07470 | |
| 10924 | KUIPORT HIGH SCHOOL, 200 ENTERPRISE AVENUE, TRENTON, NJ 08638 | |
| 10925 | KUJAWA, MICHAEL, 4532 FITCH AVE, BALTIMORE, MD 21236 | |
| 10925 | KUJAWA, NORA, 915 NINTH, HELENA, MT 59601 | |
| 10925 | KUJUNDZICH, S, 1977 BIRKDALE AVE, UPLAND, CA 91786 | |
| 10925 | KUK, ALBERT, 33070 ADELFA, LAKE ELSINORE, CA 92530 | |
| 10925 | KUKA INDUSTRIES INC., 9630 DALLAS ST, HENDERSON, CO 80640 | |
| 10925 | KUKIATTIKOON, LUEPONG, 200 GLASGOW DR, WICHITA FALLS, TX 76302 | |
| 10925 | KUKURA, SHERRI, 6561 HEARNE ROAD, CINCINNATI, OH 45248 | |
| 10925 | KULA, MICHAEL, 607 3RD AVE, COGGON, IA 52218 | |
| 10925 | KULAKOWSKI, JOAN, 1105 ASH DRIVE, MT PROSPECT, IL 60056 | |
| 10925 | KULBERG, RALPH, 2401 N. OCEAN BLVD, BOCA RATON, FL 33431 | |
| 10925 | KULBERG, RALPH, 2401 N. OCEAN BLVD, BOCA RATON, FL 33431-7864 | |
| 10925 | KULCHECKI, DEBRA, 5440 W FREEWAY LANE, GLENDALE, AZ 85302 | |
| 10925 | KULCZAK, CHRISTOPHER, 2121 OAKLEAF LANE, LITHIA SPRINGS, GA 30057 | |
| 10925 | KULHANEK, TIMOTHY, 818 OAK LANE, THIBODAUX, LA 70301 | |
| 10925 | KULINGOSKI, BERNARD, PO BOX 3814, NASHUA, NH 03061 | |
| 10925 | KULINSKI, MARTY, 735 BARNES ROAD, MONROE, LA 71203 | |
| 10925 | KULITE TUNGSTEN CORP HUGHES HUBBAR, SUSAN MILLIGTON CAMPBELL, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1482 | |
| 10925 | KULKARNI, VIVEK, 145 POST OFFICE SQ, LOWELL, MA 01852 | |
| 10925 | KULL, TAMMY, 4117 ALLISON RD., MARTINEZ, GA 30907 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KULLMAN FIRM, THE, PO BOX 60118, NEW ORLEANS, LA 70160-0118 | |
| 10925 | KULLMAN FIRM, THE, POST OFFICE BOX 60118, NEW ORLEANS, LA 70160 | |
| 10924 | KULLMAN INDUSTRIES, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | KULLMAN INDUSTRIES/CON TAC-LEBANON, CHERRY STREET, LEBANON, NJ 08833 | |
| 10925 | KULONGOWSKI, JOYCE, 7866 SLEEPY HOLLOW, NORTHVILLE, MI 48167 | |
| 10924 | KULWIN ELECTRIC SUPPLY DIV., 5501 W. 52ND ST., INDIANAPOLIS, IN 46254 | |
| 10924 | KULWIN ELECTRIC SUPPLY, DIV KIRBY 1185 W 2ND ST., BLOOMINGTON, IN 47403 | |
| 10924 | KULZTOWN UNIVERSITY/DEFRANCESCO **, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | KUMAR, DR VIKRAM, 603 W. 138 ST. APT. 34, NEW YORK, NY 10031 | |
| 10925 | KUMAR, LILY, 1602 E, FRANKFORD, CARROLLTON, TX 75007 | |
| 10925 | KUMAR, RANJIT, 6412 TARA PLACE, CLARKSVILLE, MD 21029 | |
| 10925 | KUMAR, RANJIT, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | KUMAR, RAVI, 921 MERRICK ROAD, BALDWIN, NY 11510 | |
| 10925 | KUMAR, VIKRAM, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | KUMAR, VIKRAM, C/O ANJALI MANOO 63 TREATY DR, WAYNE, PA 19087 | |
| 10925 | KUMAR, VIKRAM, E-701 SOM VIHAR, R K PURAM, NEW DEHLI, 110022INDIA | *VIA Deutsche Post* |
| 10925 | KUMAR, YOGENDRA, 8162 FENWICK COURT, LAUREL, MD 20707 | |
| 10925 | KUMMER, KNOX, NAUGHTON & HANSBURY, LINCOLN CENTRE, PARSIPPANY, NJ 07054 | |
| 10925 | KUMMERER, SUE, 2324 COOLIDGE ST, HOLLYWOOD, FL 33020 | |
| 10925 | KUMPFMILLER, RONALD, 2680 CANDLER DRIVE, MARIETTA, GA 30064 | |
| 10925 | KUN JT TEN, ANDREW & AGNES, 3456 MOORE ST, LOS ANGELES, CA 90066-1706 | |
| 10925 | KUN, MICHAEL, 13261 SNOWBERRY LANE, ST. JOHN, IN 46373 | |
| 10925 | KUNCE, JANICE, 106 WILSON, PARK FOREST, IL 60466 | |
| 10925 | KUNCIO, LOUISE, 7545 BUTTERCUP ROAD, MACUNGIE, PA 18062 | |
| 10925 | KUNDE, ERNEST, 503 W 6TH ST, TIPTON, IA 52772 | |
| 10925 | KUNDRAT, PATRICIA, 7304 E 49TH ST, INDIANAPOLIS, IN 46226 | |
| 10925 | KUNESH, LAWRENCE, 1622 S 59TH ST, MILWAUKEE, WI 53214-5125 | |
| 10925 | KUNG, JAMES, 40 LAWRENCE LANE, LEXINGTON, MA 02421 | |
| 10925 | KUNIS, A MAXWELL, A M KUNIS & CO, 6 LANCASTER ROAD, TENAFLY, NJ 07670-2308 | |
| 10925 | KUNKELMAN, KEVIN, 508 N.E. CHIPMAN RD., LEES SUMMIT, MO 64063 | |
| 10924 | KUNKEL-WIESE, INC. UNIT #6105, C/O POMPANO EXPORT, INC., POMPANO BEACH, FL 33064 | |
| 10924 | KUNKEL-WIESE, UNITE# 6105, PANAMA, 09999PANAMA | *VIA Deutsche Post* |
| 10925 | KUNKLE, JAMES, 102 EASTERN AVE., CORAOPOLIS, PA 15108 | |
| 10925 | KUNKLE, LARRY, 1071 ASPEN AVE., CRAIG, CO 81625 | |
| 10925 | KUNNEKE, JINA, 2737 WAYMEYER DR., ORLANDO, FL 32812 | |
| 10925 | KUNZ, INC, 1630 SULPHUR SPRING RD., BALTIMORE, MD 21227-2539 | |
| 10925 | KUNZ, KATHLEEN, 740 YAHARA ST, DE FOREST, WI 53532 | |
| 10925 | KUNZE, MARYLIN, 9 KEVIN ST, TEWKSBURY, MA 01876-3919 | |
| 10925 | KUNZER, MIHO, 12223 ALBERTA DR., CULVER CITY, CA 90230 | |
| 10925 | KUNZLER, MICHAEL, 215 OAK GROVE CHURCH ROAD, WINNSBORO, LA 71295 | |
| 10925 | KUO, BETSY, 37 AUBURN AVE., NORTHCOTE VIC, 3070AUSTRALIA | *VIA Deutsche Post* |
| 10925 | KUO, LAWRENCE, 43 LEXINGTON DR, ACTON, MA 01720 | |
| 10925 | KUO, LAWRENCE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | KUPEC, KRISTA, 1103 TIMBERLANE CIR, GREENACRES, FL 33463 | |
| 10925 | KUPER, GENEVIEVE, 217 FIR, HEREFORD, TX 79045 | |
| 10925 | KUPER, LAWRENCE, 17 PUDDINGSTONE LANE, MILLINGTON, NJ 07946-1526 | |
| 10925 | KUPER, LYLE, 408 LODGEWOOD TRAIL, GREER, SC 29651 | |
| 10925 | KUPER, MARLENE, PO BOX 177, POMPEY, NY 13138 | |
| 10925 | KUPFER, JOHN, 2371 N. 80TH, WAUWATOSA, WI 53213 | |
| 10925 | KUPIEC, MARCIA, 22 OLYMPIC VILLAGE DR, METHUEN, MA 01844 | |
| 10925 | KUPITS TEN ENT, JOHN & MARGARET, 870 HIGHLAND RD, NEWTOWN, PA 18940-2902 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KUPITS, JOHN, 870 HIGHLAND ROAD, NEWTOWN, PA 18940-9998 | |
| 10925 | KUPPER, ROBERT, 755 MAJOR POTTER ROAD, WARWICK, RI 02818 | |
| 10925 | KUPPS, GAYLE, 1108 21 AVE, CEDAR RAPIDS, IA 52404 | |
| 10925 | KURAUCHI INTERNATIONAL PATENT OFFIC, 13-11 NIHONBASHI 3-CHOME, CHUO-KU TOKYO JAPAN, 103JAPAN | *VIA Deutsche Post* |
| 10925 | KURCEWICZ, JOSEPH, 9651 W MENADOTA DRIVE, PEORIA, AZ 85345-9998 | |
| 10925 | KURDOWSKA, ANNA, 16852 CREPE MYRTLE, WHITEHOUSE, TX 75791 | |
| 10925 | KURDOWSKI, WIESLAW, UL RACLAWICKA 20/14, 30-075, KRAKAW, IT 30-075POLAND | *VIA Deutsche Post* |
| 10925 | KURIAN, MARY, 2319 HIGH BANK DR, MESQUITE, TX 75181 | |
| 10925 | KURIAN, SANTY, 8327 LAWNDALE, SKOKIE, IL 60076 | |
| 10925 | KURIEN, BIJI, 8917 SENATE #2106, DALLAS, TX 75228 | |
| 10925 | KURIEN, SHUBHA, 8917 SENATE # 2106, DALLAS, TX 75228 | |
| 10925 | KURITZKY BLAIR, 1501 BROADWAY, SUITE 2401, NEW YORK, NY 10036 | |
| 10925 | KURLAK, ALICIA, 60-28 83 PL, ELMHURST, NY 11373 | |
| 10925 | KURLAND, KENNETH, 35 HERITAGE LANE, LEOMINSTER, MA 01453 | |
| 10925 | KUROSAWA, DIASUKE, 703 STEARNS HILL RD., WALTHAM, MA 02154 | |
| 10925 | KUROWSKI, VERNA, 2985 LIME KILN ROAD, GREEN BAY, WI 54311-6244 | |
| 10925 | KURPIEL, JULIA, 22 GRANT ST, ADAMS, MA 01220-1634 | |
| 10925 | KURSEVICH, JOHN, 1801 GILLIS RD RT1, WOODBINE, MD 21797 | |
| 10925 | KURST, DONNA MARIAN, CUST FOR PETER JAMES KURST, UNIF GIFT MIN ACT NC, 111 MUIR WOODS DRIVE, CARY, NC 27513-4757 | |
| 10925 | KURT C SWAINSTON, 2400 E GLENOAKS BLVD, GLENDALE, CA 91206-3026 | |
| 10925 | KURT D WOODRUFF, 258 KOUNTZ DR, WOOSTER, OH 44691-9540 | |
| 10925 | KURT H LI, 252-03 ELKMONT AVE, BELLEROSE, NY 11426-2638 | |
| 10925 | KURT OBERMEIER GMBH & CO. KG, POSTFACH 1560, BAD BERLEBURG RAUMLAND, 57305GERMANY | *VIA Deutsche Post* |
| 10925 | KURT W FULLER &, TANIA E FULLER, JT TEN, 2275 WOODCLIFF SE, GRAND RAPIDS, MI 49546-5712 | |
| 10925 | KURTH, EDWARD, 8 CAMELLIA DR SW, WINTER HAVEN, FL 33880 | |
| 10925 | KURTH, JUDITH, N4057 LIBERTY LN #9, KAUKAUNA, WI 54130 | |
| 10925 | KURTYKA, JOHN, 90 ERNST ROAD, MOHRSVILLE, PA 19541 | |
| 10924 | KURTZ GRAVEL CO., G-5300 N DORT HWY, FLINT, MI 48505 | |
| 10924 | KURTZ GRAVEL COMPANY, G 5300 N DORT HWY, FLINT, MI 48505 | |
| 10925 | KURTZ, ANGEL, 216 N 3RD ST, HAMBURG, PA 19526 | |
| 10925 | KURTZ, CARMEN, 12445 J. HORIZON, ST. LOUIS, MO 63138 | |
| 10925 | KURTZ, EDWARD, 58 OLEY MEADOWS DR, OLEY, PA 19547 | |
| 10925 | KURTZ, FLOYD, 6873 GRANDVILLE, DETROIT, MI 48228 | |
| 10925 | KURTZ, GRETA, 812 BIG TREE DRIVE, LEWISVILLE, NC 27023 | |
| 10925 | KURTZ, KAREN, 206 N W 116TH TERR, CORAL SPRINGS, FL 33071 | |
| 10925 | KURTZ, KAREN, RT 1 BOX 53A, BOURBONNAIS, IL 60914 | |
| 10925 | KURTZ, KATHY, 216 N 3RD ST, HAMBURG, PA 19526 | |
| 10925 | KURTZ, KEVIN, 717 WHISPERWOOD TRAIL, FENTON, MI 48340 | |
| 10925 | KURTZ, SHERYL, 105 N 5TH ST, HAMBURG, PA 19526 | |
| 10925 | KURTZ, STEPHEN, 3901 N 45TH AVE, HOLLYWOOD, FL 33021 | |
| 10925 | KURTZ, WALTER, 216 N 3RD ST, HAMBURG, PA 19526 | |
| 10925 | KURTZBEIN-HUDSO, SARA, 124 TANBARK CIR, COPPELL, TX 75019 | |
| 10925 | KURTZS, 2070 KURTZ AVE., PASADENA, MD 21122 | |
| 10925 | KURUC, MATTHEW, 18 HEDGEROW DRIVE, ENGLEWOOD, NJ 07631 | |
| 10925 | KURUVILLA, VARGHESE, 2162 CORDOBA, CARROLLTON, TX 75006 | |
| 10925 | KURY, NICK, PO BOX 741, SALLISAW, OK 74955 | |
| 10924 | KURZ HASTINGS COMPANY INC, 10901 DUTTON ROAD, PHILADELPHIA, PA 19154 | |
| 10924 | KURZ HASTINGS COMPANY, 10901 DUTTON ROAD, PHILADELPHIA, PA 19154 | |
| 10925 | KURZ INSTRUMENT C/O CARRIER-, PO BOX 40, SOUTH HOLLAND, IL 60473-0040 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | KURZ INSTRUMENTS, INC, 2411 GARDEN ROAD, MONTEREY, CA 93940 | |
| 10924 | KURZ TRANSFER PRODUCTS, 3200 WOODPARK BLVD, CHARLOTTE, NC 28206 | |
| 10924 | KURZ TRANSFER PRODUCTS, 3200 WOODPARK BLVD., CHARLOTTE, NC 28206 | |
| 10924 | KURZ TRANSFER PRODUCTS, 4939 N. NORTH CAROLINA HWY. 150, LEXINGTON, NC 27292 | |
| 10925 | KURZ, JOEY LYNN, 3821, METAIRIE, LA 70006 | |
| 10924 | KURZ-HASTINGS COMPANY, INC, 10901 DUTTON ROAD, PHILADELPHIA, PA 19154 | |
| 10925 | KUSEL, CATHERINE, 2228 DEADORA DR, BEL AIR, MD 21015 | |
| 10925 | KUSEY, WILLIAM, 175D MEMORIAL ROAD, SCHNACKSVILLE, PA 18078 | |
| 10925 | KUSHAWA JT TEN, JOHN P & ARLENE M, 2833 S 72ND ST, WEST ALLIS, WI 53219-2959 | |
| 10925 | KUSHNER, MARGARET, 453 LYNWOOD COURT, SEVERNA PARK, MD 21146 | |
| 10925 | KUSHNICK-BAYER, HELEN, 32 EGGERT AVE, METUCHEN, NJ 08840 | |
| 10925 | KUSLEIKA, NEIL, 17 CHERRY ST, NORTHAMPTON, MA 01060 | |
| 10925 | KUSMIEREK INDUSTRIES INC, POBOX 415, PEOTONE, IL 60468 | |
| 10925 | KUSS, CARA, 1818 S 2ND ST, WACO, TX 76706 | |
| 10925 | KUSTANBAUTER, SANDRA, 1304 SPRINGLAKE RD., WICHITA FALLS, TX 76305 | |
| 10925 | KUSTER, RONALD, 643 WALL AVE, PITCAIRN, PA 15140 | |
| 10925 | KUSTIC JT TEN, BERNICE ANN & DUANE ROBERT, 4204 CARTESIAN CIRCLE, PALOS VERDES PENN, CA 90274-3969 | |
| 10925 | KUSTOM PALLET CO., PO BOX 3058, RANCHO CUCAMONGA, CA 91729 | |
| 10925 | KUSTOM SPRING & ALIGNMENT, PO BOX 1946, ORLANDO, FL 32802 | |
| 10925 | KUSTRA, DENISE, 3908 BEHRWALD, CLEVELAND, OH 44109 | |
| 10925 | KUSTRUP, GLORIA, 110 CROSSWRICKS ST, BORDENTOWN, NJ 08505 | |
| 10925 | KUSUMGAR & NERFLI, INC, 6 STONYBROOK DRIVE, NORTH CALDWELL, NJ 07006 | |
| 10925 | KUSUMGAR, NERLFI & GROWNEY, 6 STONYBROOK DRIVE, NORTH CALDWELL, NJ 07006 | |
| 10925 | KUTAK, ROCK & CAMPBELL, 1650 FARNAM ST, OMAHA, NE 68102-2186 | |
| 10925 | KUTCO PRINTING & PRODUCTS INC, 6700 ALLENTOWN BLVD, HARRISBURG, PA 17112 | |
| 10925 | KUTIK, LEON, 10732 AUTUMN SPLENDER DR, COLUMBIA, MD 21044 | |
| 10925 | KUTNER, DAVID, 17645 DRAYTON HALL WAY, SAN DIEGO, CA 92128-2057 | |
| 10925 | KUTSCH, WANDA, 4751 E 1040 N, DE MOTTE, IN 46310 | |
| 10925 | KUTSCHENREUTER, CURTIS, 4201 VICTORY PKWY, CINCINNATI, OH 45229 | |
| 10925 | KUTZ, JULIE, 405 PARR ST, LODI, WI 53555 | |
| 10925 | KUVAAS, HOWARD, 375 EAST ROSS ROAD, EL CENTRO, CA 92243 | |
| 10925 | KUWAKI JT TEN, TAKAO & MINEKO, 15120 S BERENDO AVE, GARDENA, CA 90247-3502 | |
| 10925 | KUYKENDALL RADIATOR SHOP, 3884 HWY 308, CLINTON, SC 29325 | |
| 10925 | KUYKENDALL, GARY, PO BOX 286, HOLLIDAY, TX 76366 | |
| 10925 | KUYKENDALL, ROBIN, RT 3 BOX 406, COMMERCE, GA 30529 | |
| 10925 | KUYPERS, CASSANDRA, 7675 E.MCDONALD DR., SCOTTSDALE, AZ 85250 | |
| 10925 | KUZLOTSKY, JAMES, 435 SHAWMUT AVE, BOSTON, MA 02118 | |
| 10925 | KUZMA, VAUGHN T, 215 EAST HARBISON RD, PITTSBURGH, PA 15205 | |
| 10925 | KUZMA, VAUGHN, 215 E HARBISON RD, PITTSBURGH, PA 15205 | |
| 10925 | KUZMIC, CHARLES, 1782 JUNIPER DR, GREEN BAY, WI 54302-2332 | |
| 10924 | KV MARK (MIAMI), UNIT 25, 5220 N.W. 72ND AVENUE, MIAMI, FL, 33166ECU | *VIA Deutsche Post* |
| 10925 | KVAC ENVIRONMENTAL SERVICES,INC, PO BOX 3058, RANCHO CUCAMONGA, CA 91729 | |
| 10924 | KVAERNER MEMBRANE SYSTEMS, 11950 E. HARDY, HOUSTON, TX 77039 | |
| 10924 | KVAERNER MEMBRANE SYSTEMS, 262 N. SAM HOUSTON PKWY., EAST, HOUSTON, TX 77060 | |
| 10924 | KVAERNER PROCESS SYSTEMS U.S, 7909 PARKWOOD CIRCLE, HOUSTON, TX 77036 | |
| 10924 | KVAERNER PROCESS SYSTEMS US, 7909 PARKWOOD CIRCLE DRIVE, HOUSTON, TX 77036 | |
| 10925 | KVEDARAS, ASTRA, 5 DRUM ST, ISELIN, NJ 08830 | |
| 10925 | KW COMPUTER TRAINING INC., 2194 MAIN ST, DUNEDIN, FL 34698 | |
| 10925 | KW RASTALL OIL CO., PO BOX 7174, NORTH BRUNSWICK, NJ 08902 | |
| 10925 | KWAK, MIN, 8074 GREEN BUD LANE, GLEN BURNIE, MD 21061 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   KWAK, STANLEY, 41 ISLAND ROAD, MAHWACH, NJ 07430

10925   KWALS INC, 121 E MAIN ST, LANSDALE, PA 19446

10925   KWAN, TING-KUEN, 7 COLONIAL VILLAGE, 5, ARLINGTON, MA 02174

10925   KWANE FRIMPONG, 2 COBBLING ROCK DR, KATONAH, NY 10536-9540

10925   KWANG S KIM & SURA K KIM JT TEN, 2963 MC KINELY ST NW, WASHINGTON, DC 20015-1217

10925   KWASNIESKI, WALTER, 7739 BAYBERRY ST, RIVERSIDE, CA 92503

10925   KWAST MD, HAROLD A, POB 79001, DETROIT, MI 48279-0782

10925   KWFORBES CONSULTING, 7 SARANAC RD., FORT LAUDERDALE, FL 33308

10925   KWIATEK, PETE, 36B HIGH POINT COVE, STATE COLLEGE, PA 16801

10925   KWIATKOWSKI, JUSTIN, 49ALMA AVE, BELMONT, MA 02178

10925   KWIATKOWSKI, RENEE, RR 2 BOX 93B, LAKE VILLAGE, IN 46349

10925   KWIATKOWSKI, RICHARD, 49 ALMA AVE, BELMONT, MA 02478

10925   KWIK KOPY PRINTING, 16507 HEDGECROFT #106, HOUSTON, TX 77060

10925   KWIK KOPY PRINTING, 2612 CHESTNUT RIDGE DR, KINGWOOD, TX 77339

10925   KWIK KOPY PRINTING, 95 CAMBRIDGE ST, BURLINGTON, MA 01803

10925   KWIK KOPY, 1025 MERCURY DR., HOUSTON, TX 77029

10924   KWIK MIX CO INC, R#3 BOX 375, CASEY, IL 62420

10924   KWIK MIX CO INC, WEST MAIN, CASEY, IL 62420

10924   KWIK MIX CO.,INC., R3 BOX 375, CASEY, IL 62420

10925   KWIK-KOPY #131, 1025 MERCURY DR, HOUSTON, TX 77029

10925   KWIK-KOPY PRINTING, 4522 W. INDIAN SCHOOL RD., PHOENIX, AZ 85031

10924   KWIK-MIX CONCRETE CORP., 6945 N. WEST 53RD TERRACE, MIAMI, FL 33166

10924   KWIK-MIX CONCRETE CORP., 6945 N.W. 53RD TERRACE, MIAMI, FL 33166

10925   KWOK, FELIX, 136 GRIGLIO DRIVE, SAN JOSE, CA 95134

10925   KWOLKOSKI, STEPHAN, 600 BELTON ST, CHARLOTTE, NC 28209

10925   KWON, KARIN, 208 FARNHAM RD, HAVERTOWN, PA 19083

10925   KWO-TAI & IVY CHEN SUN, VALLEY GARDEN PLAZA GEN COUNSEL, 1720 S. SAN GABRIEL BLVD., SUITE 212, SAN GABRIEL, CA 91766

10925   KWO-TAI RICHARD SUN, IVY HSIAO-MING CHEN SUN ET. AL., VALLEY GARDEN PLAZA- GEN COUNSEL, 1720 S. SAN GABRIEL BLVD., SUITE 212, SAN GABRIEL, CA 91766

10925   KWS MANUFACTURING CO, INC, PO BOX 1550, JOSHUA, TX 76058

10925   KWS MANUFACTURING, PO BOX 1550, JOSHUA, TX 76058

10925   KY NAT RESOURCES & ENVIR PROJ CABINET, SUPERFUND BRANCH, ATTN: CHRIS RUDNIK, PROJ MGR, FRANKFORT OFFICE PARK, 14 REILLY ROAD, FRANKFORT, KY 40601

10924   KY PRECAST, 1524 OLD FRANKFORT PIKE, LEXINGTON, KY 40510

10924   KY PRECAST, 310 STEEL DRIVE, ELIZABETHTOWN, KY 42701

10925   KYCHENTHAL, IWAN, 1626 RIDGEWAY DR, DEPERE, WI 54115

10925   KYE, LARRY, 539 ASPEN WOODS DRIVE, YARDLEY, PA 19067

10925   KYER, MICHAEL, 2 SPRING MEADOW LANE, PEEKSKILL, NY 10566

10925   KYES, DIANE, 11235 RED OAKS DR, BATON ROUGE LA, LA 70815

10925   KYEYUNE, EDITH, 2166 WILMINGTON CIR, MARIETTA, GA 30062

10925   KYLE, DAVID, 9421 GRANITE HILL RD, COLUMBIA, MD 21046

10925   KYLE, JAMEY P, 4922 SONNY TODD RD., SULPHUR, LA 70665

10925   KYLE, JAMEY, 740 ROBERTA DRIVE, SULPHUR, LA 70663

10925   KYLE, KATHERINE, PO BOX 913, IOWA PARK, TX 76367

10925   KYLE, KATHY, 2 BIRCHWOOD DRIVE, SCOTTSVILLE, NY 14546

10925   KYLE, LAURA, 3760 N. 60TH ST., MILWAUKEE, WI 53216

10925   KYLE, MARGIE, 10805 ROAD RUNNER, DALLAS, TX 75217

10925   KYLE, RONALL, 3760 N. 60TH ST., MILWAUKEE, WI 53216

10925   KYLE, SUSAN, 21 CHERRY ST, GLOUCESTER, MA 01930

10925   KYLE, VALERIE, 5708 85TH, LUBBOCK, TX 79424

10924   KYLE'S ROCK & REDI MIX INC., 8305 GERBER ROAD, SACRAMENTO, CA 95828

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | KYLE'S ROCK & REDI MIX INC., 8328 JACKSON ROAD, SACRAMENTO, CA 95826 | |
| 10925 | KYLES, ANTHONY, 265 37TH PL SE, WASHINGTON, DC 20019 | |
| 10925 | KYLES, BETTY, 1116 EVANS RIDGE DR, BRANDON, MS 39042 | |
| 10925 | KYLES, DANIEL, 1925 MAC LANE, GREEN BAY, WI 54311 | |
| 10925 | KYLES, DIANE, 140 NW 9TH ST., BELLE GLADE, FL 33430 | |
| 10925 | KYMES, STEVEN, 6821 WANDA, ST. LOUIS, MO 63116 | |
| 10925 | KYOCERA ENGINEERED CERAMICS CORP., 2033 OTOOLE AVE., SAN JOSE, CA 95131 | |
| 10925 | KYOCERA INDUSTRIAL CERAMINCS CO., PO BOX 2279, VANCOUVER, WA 98668 | |
| 10924 | KYRENE WAGNER MIDDLE SCHOOL, DON BOEHMER, TEMPE, AZ 85280 | |
| 10924 | KYRENE WAGNER SCHOOL, SMITH AND GREEN, PHOENIX, AZ 85019 | |
| 10925 | KYRIAZIS, ARTHUR, 25 WAYLAND CRT, DIAMOND CREEK, MELBOURNE VIC, 03089AUSTRALIA | *VIA Deutsche Post* |
| 10925 | KYSER, MARILYN, 745 HATFIELD CT, WALDORF, MD 20602 | |
| 10925 | KYSIAK, VALERIE, 1601 REUNION CIRCLE, CARROLLTON, TX 75007 | |
| 10925 | KYSOR INDUSTRIAL CORP, 1100 WRIGHT ST, CADILLAC, MI 49601 | |
| 10925 | KYSOR/CADILLAC, 7989 MICHIGAN AVE, ROTHBURY, MI 49452 | |
| 10925 | KYSOR/MEDALLION, 17150 HICKORY, SPRING LAKE, MI 49456 | |
| 10925 | KYTE, GEORGE, 6 LIBERTY ST, ANDOVER, MA 01810 | |
| 10925 | KYUKA WATERS INC, 13500 DUCK SPRINGS ROAD, ATTALLA, AL 35954 | |
| 10925 | KYUNG WOON KIM, 302-1502 SEM-MAUL APT, 1115 HOKYE-DONG, DONGAN-KU KYUNGKI-DO, 431-080KOREA | *VIA Deutsche Post* |
| 10924 | KYUNG-IN LEASING CORPORATION, 4-2 CHOONGANG-DONG, CHOONG-KU, INCHON, KOR | *VIA Deutsche Post* |
| 10925 | KYZAR, JOHN, RT. 110-B ADAM BLVD., LOCKPORT, LA 70374 | |
| 10925 | L & E CUSTOM MACHINING, INC, 2495 POIVEROSA AVE, SAN LEANDRO, CA 94577 | |
| 10924 | L & E T CO INC, 1061 THIRD STREET, NORTH VERSAILLES, PA 15137 | |
| 10924 | L & E T COMPANY INC, 1061 THIRD STREET, NORTH VERSAILLES, PA 15137 | |
| 10925 | L & J TECHNOLOGIES COMPANIES, POBOX 92452, CHICAGO, IL 60675-2452 | |
| 10924 | L & L DRYWALL, 17030 N. 49TH ST., SCOTTSDALE, AZ 85254 | |
| 10924 | L & L NURSERY SUPPLY, 5350 "G" ST., CHINO, CA 91710 | |
| 10924 | L & L NURSERY, 42950 OSGOOD RD., FREMONT, CA 94536 | |
| 10924 | L & L NURSERY, 5350 "G" ST., CHINO, CA 91710 | |
| 10925 | L & L OFFICE SUPPLY INC, PO BOX 165, LAURENS, SC 29360 | |
| 10925 | L & L OIL COMPANY, ATTN FRANK LEVY PRES, PO BOX 6984, METAIRIE, LA 70009-6984 | |
| 10924 | L & L PAINTING, REAR OF BUILDING, 130 STUYVENT PLACE, STATEN ISLAND, NY 10301 | |
| 10924 | L & L PRODUCTS - NORTH PLANT, 74100 VAN DYKE AVENUE, ROMEO, MI 48065 | |
| 10924 | L & L PRODUCTS - SOUTH PLANT, 159 MCLEAN DRIVE, ROMEO, MI 48065 | |
| 10924 | L & L PRODUCTS INC., PO BOX 308, ROMEO, MI 48065 | |
| 10924 | L & L PRODUCTS, 160 MCLEAN DRIVE, ROMEO, MI 48065 | |
| 10924 | L & L PRODUCTS, INC., 74100 VAN DYKE AVENUE, ROMEO, MI 48065 | |
| 10924 | L & L REDI MIX, 1939 ROUTE 206, SOUTHAMPTON, NJ 08088 | |
| 10924 | L & L REDI-MIX,INC., 1939 ROUTE 206, SOUTHAMPTON, NJ 08088 | |
| 10924 | L & M CONSTRUCTION, 14851 CALHOUN ROAD, OMAHA, NE 68152 | |
| 10924 | L & M CONSTRUCTION, OMAHA, NE 68152 | |
| 10925 | L & M LIGNUM VITAE, PO BOX 357, HEWITT, NJ 07421 | |
| 10924 | L & M MATERIALS INC., 6638 N. 58TH DR, GLENDALE, AZ 85301 | |
| 10924 | L & M MATERIALS INC., 6638 NO. 58TH DR., GLENDALE, AZ 85301 | |
| 10924 | L & M SUPPLY, INC, 2100 STONINGTON AVENUE, HOFFMAN ESTATES, IL 60195 | |
| 10925 | L & M SURCO MANUFACTURING, C/O MAPEI CORP., 2414 CHALK HILL ROAD, DALLAS, TX 75212-5603 | |
| 10924 | L & M, GLENDALE, AZ 85301 | |
| 10925 | L & N CONCRETE/VELLOTA CONSTRUCTION, PODRAWER 18490, ERLANGER, KY 41018 | |
| 10925 | L & N DESIGN, 109 W. PALM AVE, LAKE WORTH, FL 33467 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | L & P EQUIPMENT INC, 8739 MILLERGROVE DR UNIT E, SANTA FE SPRINGS, CA 90670 | |
| 10925 | L & P EQUIPMENT INC., PO BOX 6435, ANAHEIM, CA 92816-0435 | |
| 10924 | L & R PRECAST CONCRETE WORKS, ROUTE 11 BOX 534 SR, MISSION, TX 78572 | |
| 10924 | L & S CONCRETE CO INC, PO BOX 50097, NEW BEDFORD, MA 02745 | |
| 10924 | L & S CONCRETE CO., 32 SOUTH MAIN REAR, ACUSHNET, MA 02743 | |
| 10924 | L & S CONCRETE CO., INC., 32 LAMBETH ST., NEW BEDFORD, MA 02745 | |
| 10924 | L & S CONCRETE CO., INC., BOX 50097, NEW BEDFORD, MA 02745 | |
| 10924 | L & S CONCRETE CO., RT. 6 GAR HIGHWAY, SWANSEA, MA 02777 | |
| 10925 | L & S SAFETY CONSULTANTS LLC, 3 MARCUS DRIVE, GREENVILLE, SC 29615 | |
| 10924 | L & W CONSTRUCTION, LAKE OF THE OZARKS GENERAL HOSPITAL, OSAGE BEACH, MO 65065 | |
| 10925 | L A BENSON CO, INC, PO BOX 2137, BALTIMORE, MD 21203 | |
| 10925 | L A CELLULAR, PO BOX 60360, LOS ANGELES, CA 90060-0360 | |
| 10925 | L A COUNTY AGR COMR/WTS, POBOX 2399, LOS ANGELES, CA 90051-0399 | |
| 10925 | L A FASTENERS, INC, 7936 WEST 47TH ST, LYONS, IL 60534 | |
| 10925 | L A FORWARDING, 625 GLENWOOD AVE, HILLSIDE, NJ 07205 | |
| 10925 | L A GRAPHICS, 15 ELLWOOD COURT, GREENVILLE, SC 29607 | |
| 10925 | L A RUBBER COMPANY, PO BOX 514738, LOS ANGELES, CA 90051-4738 | |
| 10924 | L AND M EQUIPMENT/AMERIROC CONCRETE, 1345 WEST FIELD AVENUE, HILDALE, UT 84784 | |
| 10925 | L B REALTY, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | L B SMITH INC., POBOX 8500 (S-9340), PHILADELPHIA, PA 19178-9340 | |
| 10924 | L D DAVIS INDUSTRIES INC., 401 MASON HILL RD, HUNTINGDON VALLEY, PA 00000-0000 | |
| 10924 | L D DAVIS INDUSTRIES INC., 5841 JAKARANDA DR, MABLETON, GA 30126 | |
| 10925 | L DAVID TAYLOR, 3520 TILDEN ST NW, WASHINGTON, DC 20008-3121 | |
| 10925 | L DENE WEDGE JR ASSOC INC, PO BOX 9395, WILMINGTON, DE 19809 | |
| 10924 | L E WEED & SON, 187 SO MAIN ST., NEWPORT, NH 03773 | |
| 10925 | L ENLOE BAUMERT, BOX 470, PONCA CITY, OK 74602-0470 | |
| 10925 | L ENTERPRISES, 155 OLDENBURG RD, RIVERDALE, GA 30274 | |
| 10925 | L ESPALIER, 30 GLOUCESTER ST, BOSTON, MA 02108 | |
| 10925 | L ESPALIER, 30 GLOUCSETER ST, BOSTON, MA 02215 | |
| 10925 | L FOCIAN BEASLEY, 320 S COLLEGE ST, FRANKLIN, KY 42134-2210 | |
| 10925 | L FRANCIS HUCK, SIMPSON, THATCHER, BARTLETT, 425 LEXINGTON AVE, NEW YORK, NY 10017-3954 | |
| 10925 | L GIURLANI BROS, C/O GIURLANI JV, PO BOX 62349, SUNNYVALE, CA 94088-2349 | |
| 10925 | L H CRANSTON & SONS, INC, 1965 GREENSPRING DR., TIMONIUM, MD 21093 | |
| 10925 | L H CRANSTON & SONS, INC, PO BOX 4418, TIMONIUM, MD 21094-4418 | |
| 10925 | L HEUREUX DONATI & ASSOCIES, 630 OUEST, SHERBROOKE, MONTREAL, QC CANADA | *VIA Deutsche Post* |
| 10925 | L HEUREUX, JENNIFER, 7 ELDER ST, NEW MARKET, NH 03857 | |
| 10925 | L JEFFREY KEMBER &, KATHRYN KEMBER, JT TEN, 45 ALBERTSON AVE, BRIDGETON, NJ 08302-1433 | |
| 10925 | L KATHRYN JONES, 2256 STATE RT 26, WASHBURN, IL 61570 | |
| 10925 | L M HOLLEY &, NORMA J HOLLEY JT TEN, 13410 SO 125TH EAST AVE, BROKEN ARROW, OK 74011-7411 | |
| 10924 | L M SCOFIELD, 6533 BANDINI BLVD, LOS ANGELES, CA 90040 | |
| 10925 | L MARTONE & SONS, INC, 166 SEA CLIFF AVE, GLEN COVE, NY 11542-0010 | |
| 10925 | L MURRAY HOUSER &, SUE ANN HOUSER JT TEN, 245 BEECH HILL RD, WYNNEWOOD, PA 19096-1122 | |
| 10924 | L P CO, 2920 22ND STREET SE, SALEM, OR 97309 | |
| 10925 | L R BEHAN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | L R SERVICES, 10341 BON AIRE, EL PASO, TX 79924 | |
| 10925 | L S I LOGIC, 1551 MCCARTHY BLVD, MILPITAS, CA 95035 | |
| 10924 | L S LEE & SON PROD., 513 CROSS ROAD, OAKS CORNERS, NY 14518 | |
| 10924 | L S LEE & SON, 513 CROSS ROAD, OAKS CORNERS, NY 14518 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | L S TRANSIT MIX CONC CO, 500 TUTTLE STREET, ALPENA, MI 49707 | |
| 10924 | L S TRANSIT MIX CONCRETE CO., 500 TUTTLE STREET, ALPENA, MI 49707 | |
| 10925 | L SLACK & SONS, WILLIAM MASSON, BALTIMORE, MD | |
| 10925 | L SUZIO CONCRETE CO, THE, POBOX 748, MERIDEN, CT 06450-0748 | |
| 10925 | L T HEMPT, PO BOX 278, CAMP HILL, PA 17001-0278 | |
| 10925 | L THOMAS CHANCEY & ASSOCIATES, INC, 15 SW 19 AVE, FORT LAUDERDALE, FL 33312-1529 | |
| 10925 | L V PROMOTIONAL PRODUCTS, 6 MEADOW ROAD, ROCKPORT, MA 01966 | |
| 10925 | L W D INC, PO BOX 327, CALVERT CITY, KY 42029 | |
| 10924 | L&E WHOLESALE ELECTRIC, 308 HOOSLER STREET, NORTH VERNON, IN 47265 | |
| 10925 | L&H ADMINISTRATORS INC, POBOX 12772, FRESNO, CA 93779 | |
| 10925 | L&L MECHANICAL CONSTRUCTION &, DESIGN CO., 26B OAK ST., EAST RUTHERFORD, NJ 07073 | |
| 10924 | L&L MECHANICAL, 34 N. 600 EAST, SAINT GEORGE, UT 84771 | |
| 10925 | L&L OIL/ASCO OIL, 307 BUNKER RD, LAKE CHARLES, LA 70615 | |
| 10925 | L&L SUPPLY, 1570 NE 131ST ST BAY C, NORTH MIAMI, FL 33161 | |
| 10924 | L&M CONSTRUCTION & CHEMIC, 14851 CALHOON RD, OMAHA, NE 68152 | |
| 10925 | L&M CONSTRUCTION CHEMICALS IINC., 14851 CALHOUN RD, OMAHA, NE 68152 | |
| 10924 | L&M EQUIPMENT, 1345 WEST FIELD AVENUE, HILDALE, UT 84784 | |
| 10924 | L&M PHARMACEUTICAL, 1540 FT WORTH AVENUE, DALLAS, TX 75208 | |
| 10924 | L&M PHARMACEUTICAL, 1540 FT. WORTH AVENUE, DALLAS, TX 75208 | |
| 10924 | L&P EQUIPMENT INC, PO BOX6435, ANAHEIM, CA 92816-0435 | |
| 10925 | L&P EQUIPMENT INC, SANTA FE SPRINGS, 8739 MILLERGROVE DRIVE UNIT E, SANTA FE SPRINGS, CA 90670 | |
| 10924 | L&P EQUIPMENT, 8739 MILLER GROVE DR., SANTA FE SPRINGS, CA 90670 | |
| 10924 | L&P EQUIPMENT, INC., 8739 MILLERGROVE DRIVE, SANTA FE SPRINGS, CA 90670 | |
| 10925 | L&P EQUIPTMENT, 8739 MILLERGROVE DRIVE, SANTA FE SPRINGS, CA 90670 | |
| 10925 | L&P PATENT SERVICES, 3137 MT VERNON AVE, ALEXANDRIA, VA 22305 | |
| 10925 | L&R MANUFACTURING CO, 577 ELM ST, KEARNY, NJ 07032 | |
| 10925 | L&R MFG, FOOT OF JOHN HAY AVE, KEARNY, NJ 07099 | |
| 10925 | L&R PHOTO LABS, 3773 SW 40TH ST, MIAMI, FL 33146 | |
| 10924 | L&W DBA ROSECITY BLDG. MATERIA, 21375 N.W. CHERRY LANE, HILLSBORO, OR 97124 | |
| 10924 | L&W DBA ROSECITY BLDG. MATERIA, 6100 SE 111TH AVE., PORTLAND, OR 97266 | |
| 10924 | L&W DBA ROSECITY BLDG. MATERIA, 7220 SW BONITA RD, TIGARD, OR 97224 | |
| 10924 | L&W DBA ROSE CITY BLDG. MATERIA, PO BOX 23007, TIGARD, OR 97281-3007 | |
| 10925 | L. ALLEN JAGNEAUX, 7530 CHOUPIQUE RD., SULPHUR, LA 70665 | |
| 10925 | L. BRUGGEMANN CHEMICAL COMPANY, 15 REESE AVE #2, NEWTOWN SQUARE, PA 19073-4011 | |
| 10925 | L. DAVID KRENZKE, 931 INTERKAKEN DR., LAKE ZURICH, IL 60047 | |
| 10925 | L. E. JONES WIRE & IRON CO., 7920 STANBURY RD., DUNDALK, MD 21222 | |
| 10925 | L. E. MURAN COMPANY, PO BOX 9143, BOSTON, MA 02205-9143 | |
| 10924 | L. G. WHEATON, 356 TUCKIE ROAD, NORTH WINDHAM, CT 06256 | |
| 10924 | L. G. WHEATON, INC., 356 TUCKIE ROAD, NORTH WINDHAM, CT 06256 | |
| 10924 | L. H. LACY CO, 1709 & PEYTONVILLE, SOUTHLAKE, TX 76092 | |
| 10924 | L. H. LACY CO, CARROLLTON, TX 75006 | |
| 10924 | L. H. LACY CO, FORT WORTH, TX 76100 | |
| 10924 | L. H. LACY CO, I-7514 TO MCDERMOTT, ALLEN, TX 75002 | |
| 10924 | L. H. LACY CO, PORTABLE PLANT, DALLAS, TX 75354 | |
| 10924 | L. H. LACY, P O BOX 541297, DALLAS, TX 75354 | |
| 10924 | L. J. CONSTRUCTION SUPPLIES, 418 FRANKLIN STREET, PORT CHESTER, NY 10573 | |
| 10925 | L. J. SORENSEN, 6050 W 51 ST, CHICAGO, IL 60638 | |
| 10924 | L. K. L. ASSOC. (DG), 134 NORTH 1600 WEST, OREM, UT 84057 | |
| 10924 | L. M. SLOFIELD, 6533 BANDINI BLVD, LOS ANGELES, CA 90040 | |
| 10924 | L. PERRIGO COMPANY - DO NOT USE, 502 EASTERN AVENUE, ALLEGAN, MI 49010 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   L. PERRIGO COMPANY, 117 WATER STREET, ALLEGAN, MI 49010

10924   L. PERRIGO COMPANY, 502 EASTERN AVENUE, ALLEGAN, MI 49010

10924   L. THORN CO., PO BOX198, NEW ALBANY, IN 47150

10924   L.A. BENSON, 3707 E MONUMENT ST., BALTIMORE, MD 21205-2900

10924   L.A. BENSON, PO BOX 2137, BALTIMORE, MD 21205

10925   L.A. COUNTY FIRE DEPT, PO BOX 513148, LOS ANGELES, CA 90051-1148

10925   L.A. COUNTY FIRE DEPT, PO BOX 60440, LOS ANGELES, CA 90060-0440

10925   L.A. COUNTY TREASURER TAX, PO BOX 54978, LOS ANGELES, CA 90054-0978

10925   L.A. GWATKIN FABRICATORS, 210 JUNO ST, JUPITER, FL 33458

10925   L.A. NATIONAL TRUCK LINES, 1520 W. 11TH ST., LONG BEACH, CA 90813

10924   L.A. NATIONAL TRUCK LINES, 1520 WEST 11TH STREET, LONG BEACH, CA 90813

10924   L.A. WOOLLEY INC., 620 TIFFT STREET, BUFFALO, NY 14220

10925   L.A. YUMA, 11720 S GREENSTONE AVE, SANTA FE SPRINGS, CA 90670

10925   L.A.CELLULAR, PO BOX 6028, CERRITOS, CA 90702-6028

10925   L.A.M. ENTERPRISES INC, 19 TRESCOTT ST, DIX HILLS, NY 11746-7147

10925   L.A.M.P., ONE AMERICAN PLACE, #2040, BATON ROUGE, LA 70825

10925   L.A.W. PUBLICATIONS, 4213 NILEY POST ROAD, DALLAS, TX 75244

10924   L.A.X. CENTRAL TOWER, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924   L.A.X. HILTON, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90050

10924   L.A.X. TERMINAL TOWER, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924   L.A.X., C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924   L.B.STALEY'S CANTON R/M, P.O.BOX 627, CANTON, IL 61520

10925   L.BUCK CONSULTING, 1427 A PROSPECT AVE., PLACENTIA, CA 92870

10925   L.C. HOLDINGS, C/O STEVEN R SAMPSON ESQ, OSTRANDER & DINGESS PC, 7800 EAST UNION AVE #200, DENVER, CO 80237

10924   L.C. SMITH INC., 5420 FARRINGTON AVENUE, ALEXANDRIA, VA 22304

10924   L.C. WHITFORD MATERIALS CO., 164 NO. MAIN STREET, WELLSVILLE, NY 14895

10924   L.C. WHITFORD MATERIALS CO., ROUTE 16, HINSDALE, NY 14743

10924   L.C. WHITFORD MATERIALS CO., ROUTE 21, ALFRED, NY 14802

10924   L.C. WHITFORD, 712 N. MAIN ST., COUDERSPORT, PA 16915

10925   L.CHARLES EVANS TRUST ACCOUNT, PO BOX 1427, LIBBY, MT 59923

10924   L.E. BIRD SCHOOL, 120 EAST AVENUE, EAST ROCHESTER, NY 14445

10925   L.E. JONES WIRE CLOTH, 7916 STANSBURY RD., BALTIMORE, MD 21222

10924   L.E. WEED & SON, 187 SOUTH MAIN ST, NEWPORT, NH 03773

10924   L.E. WEED, 187 S. MAIN ST., NEWPORT, NH 03773

10925   L.E.A.R.N., URB MONTERREY 242 HIMALAYA, RIO PIEDRAS, PR 00926-1414

10924   L.E.A.S.A., 10801 BAKER STREET, AMARILLO, TX 79111

10925   L.F. STATION INC., 11710 NW S RIVER DRIVE, MEDLEY, FL 33178

10924   L.G. EVERIST #2, HIGHWAY 91, COPPER MOUNTAIN, CO 80443

10924   L.G. EVERIST INC, ATTN:  ACCOUNTS PAYABLE, SIOUX FALLS, SD 57117-5829

10924   L.G. EVERIST, 28630 HIGHWAY 9, SILVERTHORNE, CO 80498

10924   L.G. EVERIST, ATTN:  ACCOUNTS PAYABLE, SIOUX FALLS, SD 57117-5829

10925   L.H. CRANSTON & SONS INC, PO BOX 4418, TIMONIUM, MD 21094-4418

10925   L.H. CRANSTON, 1965 GREENSPRING DR., PO BOX 4418, TIMONIUM, MD 21093

10924   L.H. LACY, P.O. BOX 541297, DALLAS, TX 75354

10924   L.I. ELECTRICAL DISTRIBUTING, 202-204 MERRICK RD. ROCKVILLE CTR., ROCKVILLE CENTRE, NY 11571

10924   L.I. ELECTRICAL DISTRIBUTING, P.O. BOX 514, ROCKVILLE CENTRE, NY 11571

10924   L.I.D. ENTERPRISES, 100 BROOKDALE DR, CRESTWOOD, NY 10710

10924   L.I.D. ENTERPRISES, 100 BROOKDALE DRIVE, CRESTWOOD, NY 10710

10924   L.I.JEWISH HOSPITAL DRS OFFICE BLDG, 11 GRACE AVENUE, GREAT NECK, NY 11020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | L.J. STAR INCORPORATED, 2201 PINNACLE PKWY P.O.BOX 1116, TWINSBURG, OH 44087 | |
| 10925 | L.J.M. CORPORATION-AGENT, 2727 ALLEN PKWY #1650, HOUSTON, TX 77019 | |
| 10924 | L.K. COMSTOCK & CO, 46-60 55TH AVE ATTN: BILL PORR, MASPETH, NY 11378 | |
| 10924 | L.L. BEAN, C/O NEW ENGLAND FIREPROOFING, C/O BARRETT WAREHOUSE, 505 UNIVERSITY AVENUE - BLDG. #3, NORWOOD, MA 02062 | |
| 10924 | L.L. ROGERS/CAL STATE SAN BERNARDI, SAN BERNARDINO, CA 92401 | |
| 10924 | L.L. ROGERS/HYPERION THEATER, WESTSIDE BUILDING MATERIALS, ANAHEIM, CA 92804 | |
| 10924 | L.L. ROGERS/TORREY VIEW, SAN DIEGO, CA 92101 | |
| 10924 | L.L.RODGER/CAMP PENDLETON, CAMP PENDLETON, CA 92055 | |
| 10924 | L.L.RODGERS/CONTINUUM OF CARE, EXPANSION PROJECT, 1400 GEARY, SAN FRANCISCO, CA 94101 | |
| 10924 | L.L.ROGERS/PACIFIC PLAZA, SAN DIEGO, CA 92101 | |
| 10924 | L.M.N CORP., 14TH STREET 123 3RD AVE, MANHATTAN, NY 10003 | |
| 10924 | L.N.K. INTERNATIONAL, 100 RICEFIELD LANE, HAUPPAUGE, NY 11788 | |
| 10924 | L.N.K. INTERNATIONAL, 60 ARKAY DRIVE, HAUPPAUGE, NY 11788 | |
| 10925 | L.P. AIELLO, 55 HAYDEN AVE., LEXINGTON, MA 02143 | |
| 10924 | L.P. COMPANY, CAMBRIDGE, MA 02140 | |
| 10925 | L.P. MCADAMS, 50 AUSTIN ST., BRIDGEPORT, CT 06604 | |
| 10925 | L.P. THEBAULT COMPANY, PO BOX 10482, NEWARK, NJ 07193-0483 | |
| 10924 | L.P.J. ASSOCIATES, ***DO NOT USE - USE 245396***, ERIE, PA 16505 | |
| 10924 | L.P.J. ASSOCIATES, 2669 W. 16TH STREET, ERIE, PA 16505 | |
| 10924 | L.P.J. ASSOCIATES, 2669 WEST 16TH STREET, ERIE, PA 16505 | |
| 10924 | L.S. DECKER, 1245 W. 18TH STREET, HOUSTON, TX 77008 | |
| 10924 | L.S. DECKER, 1706 SEAMIST DR., HOUSTON, TX 77008 | |
| 10925 | L.S.I., 4444 S. KILDARE, CHICAGO, IL 60632 | |
| 10925 | L/R CONSTRUCTION, 162 HOWARD ST, FRAMINGHAM, MA 01702 | |
| 10925 | LA ASSOC. OF BUSINESS & INDUSTRY, PO BOX 80258, BATON ROUGE, LA 70898 | |
| 10925 | LA BARGE ELECTRONICS, 204 CHAMPLIN AVE, BERRYVILLE, AR 72616 | |
| 10925 | LA BARGE, 1505 MAIDEN LANE, JOPLIN, MO 64802 | |
| 10925 | LA BAUVE, STANFORD, 281 DEVALL RD., HACKBERRY, LA 70645-3508 | |
| 10924 | LA BELLE ASSO. INC, 4040 BAKERVILLE SPUR, BELLINGHAM, WA 98226 | |
| 10925 | LA BELLE, MICHAEL, 4880 OXFORD WY, BOCA RATON, FL 33434 | |
| 10925 | LA BERNZ, RUTH, 2483 CAMP MEETING ROAD, SEWICKLEY, PA 15143 | |
| 10925 | LA BONTE, BRUCE, PO BOX 61, POWNAL, VT 01220 | |
| 10925 | LA BREE-ENGLE, RITA, 608 GAUL ST, PHILADELPHIA, PA 19125 | |
| 10925 | LA CAPRA, DOMENICO, 75 BEECH ST, BELLEVILLE, NJ 07109 | |
| 10925 | LA CASA DEL CAMIONERO - VEGA ALTA, PO BOX 3543, SAN JUAN, PR 00936PUERTO RICO | *VIA Deutsche Post* |
| 10925 | LA CASA DEL CAMIONERO - VEGA ALTA, PO BOX 363543, SAN JUAN, PR 00936-3543 | |
| 10924 | LA CASA DEL MEDICO, EDIF NO 60, LOCAL 2, FRANCE FIELD, ZONA LIBRE COLON PANAMA, 0PANAMA | *VIA Deutsche Post* |
| 10924 | LA CASA DEL MEDICO, FRANCE FIELD, ATTENTION: MITZALIA ORTEGA, ZONA LIBRE, PANAMA 1, 0PANAMA | *VIA Deutsche Post* |
| 10924 | LA CASA DEL MEDICO, PO BOX1689, PANAMA 1, 0PANAMA | *VIA Deutsche Post* |
| 10924 | LA CASA DEL SCREEN, APARTADO 9594, SANTA FE, BOGOTA, 0COLOMBIA | *VIA Deutsche Post* |
| 10925 | LA CHEMICAL ASSOC., ONE AMERICAN PLACE, STE. 2040, BATON ROUGE, LA 70825 | |
| 10925 | LA CHEMICALS LTD, 2415 GARDNER ROAD, BROADVIEW, IL 60155 | |
| 10924 | LA CITY HALL EAST, VERSITILE COATINGS, LOS ANGELES, CA 90050 | |
| 10924 | LA COLISEUM, LOS ANGELES, CA 90008 | |
| 10924 | LA CONCRETE PRODUCTS, 16255 PERKINS, BATON ROUGE, LA 70805 | |
| 10925 | LA CONF-WATER SUPPLY,SEWERAGE& IND, PO BOX 1154, MINDEN, LA 71058-1154 | |
| 10924 | LA CROSSE CENTER EXPANSION, 300 HARBORVIEW PLAZA, LA CROSSE, WI 54601 | |
| 10925 | LA CROSSE ELECTRIC CO, 808 SOUTH ALDINE AVE, PARK RIDGE, IL 60068 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LA CROSSE PUBLIC LIBRARY, WILKIN INSULATION, LA CROSSE, WI 54601 | |
| 10925 | LA DEPT OF ENVIRONMENTAL QUALITY, POBOX 82282, BATON ROUGE, LA 70884-2178 | |
| 10925 | LA DEPT OF REVENUE & TAXATION, PO BOX 4018, BATON ROUGE, LA 70821-4018 | |
| 10925 | LA DEPT. OF AGRICULTURE & FORESTRY, PO BOX 91081, BATON ROUGE, LA 70821-9081 | |
| 10925 | LA DEPT. OF ENVIRONMENTAL QUALITY, ENVIRONMENTAL ASSISTANCE DIVISION, PO BOX 82135, BATON ROUGE, LA 70884-2135 | |
| 10925 | LA DUKE, DAVID, 14520 VILLAGE DR., FONTANA, CA 92355 | |
| 10925 | LA ENVIRON. REGULATIONS UPDATE, 4324 DOWNING DR., BATON ROUGE, LA 70809 | |
| 10925 | LA ENVIRONMENTAL HEALTH ASSOC., PO BOX 2661, BATON ROUGE, LA 70821-2661 | |
| 10924 | LA FABRIL S.A., KM 5/12 VIA MANTA, PORTO VIEJO, ECU | *VIA Deutsche Post* |
| 10924 | LA FARGE CONSTRUCTION MTL'S, 2115 SOUTH RIVER ROAD, SAINT CHARLES, MO 63303 | |
| 10925 | LA FARGE WESTERN MOBILE, 1400 WEST 64TH AVE, DENVER, CO 80221 | |
| 10925 | LA FLEUR, JEFFREY, 9 LINDEN ST, WHITINSVILLE, MA 01588 | |
| 10925 | LA FONTAINE BLEU, 7514 RITCHIE HWY, GLEN BURNIE, MD 21061 | |
| 10925 | LA FRANCE, WENDY, 1003 SOUTH MARGAN, ANAHEIM, CA 92806 | |
| 10924 | LA GLORIA OIL AND GAS CO., PO BOX 840, TYLER, TX 75710 | |
| 10924 | LA GLORIA OIL AND GAS COMPANY, ONE NORTH CHARLES, BALTIMORE, MD 21201 | |
| 10924 | LA GLORIA OIL AND GAS, 1702 EAST COMMERCE STREET, TYLER, TX 75702 | |
| 10924 | LA GRANGE MATERIALS, 223 TILDEN AVENUE, LA GRANGE, IL 60525 | |
| 10924 | LA GRANGE MATERIALS, INC., 223 TILDEN DR., LA GRANGE, IL 60525 | |
| 10925 | LA GROTH & CO KB, BOX 6107, STOCKHOLM, 10232SWEDEN | *VIA Deutsche Post* |
| 10925 | LA HABRA PRODUCTS INC (ORANGE COUNT, 1631 W LINCOLN AVE, ANAHEIM, CA 92801-5502 | |
| 10924 | LA HABRA PRODUCTS, P.O. BOX 3700, ANAHEIM, CA 92803 | |
| 10924 | LA HABRA PRODUCTS, P.O.BOX 3700, ANAHEIM, CA 92803 | |
| 10924 | LA HABRA STUCCO, 2150 EASTRIDGE ST., RIVERSIDE, CA 92507 | |
| 10924 | LA HAVRE PORT, FRANCE WITH FINAL, NOTRE DAME DE LA GARENNE, GAILLON, 27600FRANCE | *VIA Deutsche Post* |
| 10924 | LA HOOD CONSTRUCTION, #14 OXFORD CT., WASHINGTON, IL 61571 | |
| 10924 | LA HOOD CONSTRUCTION, 24 LA HOOD LANE, WASHINGTON, IL 61571 | |
| 10924 | LA HOOD CONSTRUCTION, ACCESS RD.7 OFF 116 W. OF RTE. 150, 3305 N. MAIN STREET, PEORIA, IL 61611 | |
| 10924 | LA JOLLA INSTITUTE, COFFMAN PLASTER, LA JOLLA, CA 92037 | |
| 10925 | LA KOSE, WALTER, 111 E MAXSON AVE, WEST LIBERTY, IA 52776-1115 | |
| 10925 | LA MASTER, ARLING, 205 8TH ST, GRISWOLD, IA 51535-9767 | |
| 10925 | LA MESA CROSSROADS, BEAUCHAMP REALTY INC.-GEN COUNSEL, 1641 LANGLEY AVE, IRVINE, CA 92714 | |
| 10924 | LA MONDE LIMITED, 500 SOUTH JEFFERSON STREET, PLACENTIA, CA 92670 | |
| 10925 | LA NOTTE, SERGIO, 10 NORDICA CIR, STONY PT, NY 10980 | |
| 10925 | LA OFFICE OF MOTOR VEHICLES, PO BOX 66196, BATON ROUGE, LA 70896-6196 | |
| 10924 | LA PAZ COUNTY BUILDING, FIREPROOFING SPECIALISTS, PARKER, AZ 85344 | |
| 10925 | LA PIERE, MARILYN, 2240 TARPLEY APT 252, CARROLLTON, TX 75006 | |
| 10924 | LA PLACE CONCRETE INC, 144 KIMBALL DRIVE, LA PLACE, LA 70068 | |
| 10924 | LA PLACE CONCRETE, 144 KIMBALL DRIVE, LA PLACE, LA 70068 | |
| 10924 | LA PLACE CONCRETE, REINE STREET, LA PLACE, LA 70068 | |
| 10925 | LA PLANTE, ROBERT, 2044 GERARD AVE, WEST LAWN, PA 19609 | |
| 10925 | LA PLANTE, ROBERT, PO BOX 14142, READING, PA 19612-4142 | |
| 10925 | LA PORTE BOYS BASEBALL ASSOC, PO BOX 113, LA PORTE, TX 77572 | |
| 10925 | LA PORTE, ROBERT J, CUST, ELEANOR M CHAMBLISS, UNIF GIFT MIN ACT MD, C/O ELEANOR M CHAMBLISS, 3492 DOVER ST, LOS ANGELES, CA 90039-1444 | |
| 10925 | LA RAPID EXPRESS, 7456 ORANGEWOOD AVE, GARDEN GROVE, CA 92641 | |
| 10925 | LA REAU, JOLEEN, N4698 DUNNING ROAD, POYNETTE, WI 53955 | |
| 10925 | LA REAU, RENE, N4698 DUNNING ROAD, POYNETTE, WI 53955 | |
| 10925 | LA RIVIERE, JULIE, 713 EAST SANTA ANITA, BURBANK, CA 91501 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LA ROCCA, NANCY, 1865 53 ST, BROOKLYN, NY 11204

10925   LA ROCHE INDUSTRIES, INC, PO BOX 125, PALMERTON, PA 18071

10925   LA ROZA, SHIRLEY, BX 443 AMWELL RD, NESHANIC STA, NJ 08853

10924   LA RUSSA/BIO SCIENCE BUILDING, LA JOLLA, CA 92037

10924   LA RUSSA/BURHAM INST., 10901 TORREY PINES, LA JOLLA, CA 92037

10924   LA RUSSA/COX HEAD END, SAN DIEGO, CA 92112

10925   LA RUSSO, DAVID, FLUSGING, NY 11355

10925   LA SALLE NATIONAL BANK, TRUST N 100609 - GEN COUNSEL, 135 S. LA SALLE ST., CHICAGO, IL 60603

10925   LA SALLE UNIVERSITY, 1900 W. OLNEY AVE, PHILADELPHIA, PA 19141

10924   LA SALLE UNIVERSITY, 20TH STREET & OLENY, PHILADELPHIA, PA 19092

10925   LA SALLE, JOHN, 8138 OAK ST, PLEASANT HILL, LA 71065

10925   LA SALLE, JOHN, PO BOX 340, DERIDDER, LA 70634

10925   LA SALLE, JULIO, URB. LAS MONJITAS, PONCE, PR 00731

10925   LA SALLE-PERU, BOX 181, PERU, IL 61354

10925   LA SARGE, 14112 ARBOR PLACE, CERRITOS, CA 90701

10925   LA SHERRIFFS HONORARY MEM. PROGRAM, 1213 NICHOLSON DR, SUITE A, BATON ROUGE, LA 70802-9967

10925   LA TEX RUBBER & SPECIALTIES, PO BOX 3050, LAKE CHARLES, LA 70602

10925   LA TOUSH, FELICIA, PO BOX 161, SHERIDAN, WY 82801

10925   LA VIEILLE MAISON, 770 E PALMETTO PK RD, BOCA RATON, FL 33432

10924   LA VILLA FORMING ARTS MIDDLE SCHOOL, 822 WEST BEAVER STREET, JACKSONVILLE, FL 32202

10925   LA VIOLETTE, LAWRENCE, 8017 SEIDL RD, MANITOWOC, WI 54220

10925   LA, FUENTE, 6201 I-40 W. # 125, AMARILLO, TX 79106

10925   LA. DEPT. OF ECONOMIC DEVELOPMENT, PO BOX 94185, BATON ROUGE, LA 70804-9185

10925   LA. DEPT. OF ENVIRONMENTAL QUALITY, PO BOX 82135, BATON ROUGE, LA 70884-2135

10925   LA. DEPT. OF ENVIRONMENTAL QUALITY, PO BOX 82231, BATON ROUGE, LA 70884

10925   LA. DEPT. OF ENVIRONMENTAL QUALITY, PO BOX 82281, BATON ROUGE, LA 70884-2231

10925   LA. DEPT. OF HEALTH & HOSPITALS, 6867 BLUEBONNET BLVD., BATON ROUGE, LA 70810

10925   LA. DEPT. OF SOCIAL SERVICES, PO BOX 260222, BATON ROUGE, LA 70826-0222

10925   LA. ENGINEERING SOCIETY, 9643 BROOKLINE AVE., STE. 116, BATON ROUGE, LA 70809

10925   LA. OFFICE OF STATE FIRE MARSHAL, 5150 FLORIDA BLVD., BATON ROUGE, LA 70806

10925   LA. RIGHT-TO-WORK COMMITTEE, PO BOX 80258, BATON ROUGE, LA 70898-0258

10925   LA. STATE BOARD OF REGISTRATION, 10500 COURSEY BLVD., STE. 107, BATON ROUGE, LA 70816-4045

10925   LA. STATE REGISTER, OFFICE OF STATE REGISTER, PO BOX 94095, BATON ROUGE, LA 70804-9095

10925   LA. WATER ENVIRONMENTAL ASSN., GILLESPIE BIOMONITORING LABORATORIE, PO BOX 1867, DENHAM SPRINGS, LA 70727-1867

10925   LA/CSI, 1145 OBAN DR, LOS ANGELES, CA 90065

10925   LA/CSI, 14901 N. SCOTTSDALE RD. #306, SCOTTSDALE, AZ 85254

10925   LAAKSO, WESLEA, PO BOX 92762, ALBUQUERQUE, NM 87199

10925   LAAPERI, DEBRA, 1533 LIBERTY ST, BRAINTREE, MA 02184

10925   LAAVY, THOMAS, 102 MARUCA DRIVE, GREENVILLE, SC 29609-9524

10925   LAB CORP ANALYTICS LABORATORY, PO BOX 60553, CHARLOTTE, NC 28260

10925   LAB FURNITURE INSTALLATIONS & SALES, PO BOX N, WAKEFIELD, MA 01880

10925   LAB FURNITURE INSTALLATIONS & SALES, POBOX 247, WAKEFIELD, MA 01880-0547

10925   LAB GLASS, 1172 NORTH WEST BLVD, VINELAND, NJ 08360

10924   LAB MEDICAL ENGINEERING, 16 REPUBLIC ROAD, NORTH BILLERICA, MA 01862

10925   LAB SAFETY SUPPLY CO, PO BOX 5004, JANESVILLE, WI 53547-5004

10925   LAB SAFETY SUPPLY COMPANY, POBOX 5004, JANESVILLE, WI 53547-5004

10925   LAB SAFETY SUPPLY INC, PO BOX 5004, JANESVILLE, WI 53547-5004

10924   LAB SAFETY SUPPLY INC., 401 S WRIGHT RD, JANESVILLE, WI 53547

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    LAB SAFETY SUPPLY INC., 515 W DAVENPORT ST, RHINELANDER, WI 82414-3428

10924    LAB SAFETY SUPPLY INC., P.O. BOX 1368, JANESVILLE, WI 53547-1386

10925    LAB SAFETY SUPPLY INC., PO BOX 5004, JANESVILLE, WI 53547-5004

10925    LAB SAFETY SUPPLY, INC, PO BOX 1368, JANESVILLE, WI 53547-1368

10925    LAB SAFETY SUPPLY, PO BOX 1368, JANESVILLE, WI 53547-1368

10925    LAB SAFETY SUPPLY, PO BOX 5004, JANESVILLE, WI 53547-5004

10925    LAB SUPPORT, 26651 W. AGOURA RD., CALABASAS, CA 91302

10925    LAB SUPPORT, FILE #54318, LOS ANGELES, CA 90074-4318

10925    LAB SUPPORT, PO BOX 10131, VAN NUYS, CA 91410

10925    LABADIE, JACKIE, 16 SANTA ANA, CLOVIS, CA 93612-0000

10925    LABAN, ROBIN, CUST FOR KEITH ERIC LABAN, UNIF GIFT MIN ACT NY, 3 BEAUMONT DR, MELVILLE, NY 11747-3401

10925    LABANOWSKI, KAREN, 240 WEST 12TH ST, DEER PARK, NY 11729

10924    LABAR ENTERPRISES, INC, 2231 WHITFIELD PARK AVE, SARASOTA, FL 34243

10925    LABAR, STANLEY, PO BOX 372, GILCREST, CO 80623

10925    LABARGE JR, JOHN V, 1401 S BRENTWOOD BLVD #650, SAINT LOUIS, MO 63144

10925    LABARGE, STEPHEN, 3380 BLUE JAY PASS, FORT MILL, SC 29715

10925    LABAUVE, CRAIG, 872 LAMAR AVE., GRETNA, LA 70056-4533

10925    LABBE, SHIRLEY, PO BOX 3972, PEABODY, MA 01961-3972

10924    LABCONCO CORPORATION, 8811 PROSPECT, KANSAS CITY, MO 64132

10925    LABCORP ANALYTICS, PO BOX 25249, RICHMOND, VA 23260-2524

10925    LABCORP OF AMERICA, 4980 CARROLL CANYON, SAN DIEGO, CA 92121

10925    LABCORP OTS INC - RTP, RESEARCH TRIANGLE PARK, RESEARCH TRIANGLE PARK, NC 27709

10925    LABCORP OTS INC RTP, PO BOX 65891, CHARLOTTE, NC 28265-0891

10925    LABCORP OTS, INC - RTP, PO BOX 65891, CHARLOTTE, NC 28265-0891

10925    LABCORP, PO BOX 2240, BURLINGTON, NC 27216-2240

10925    LABCORP, POBOX 8006, BURLINGTON, NC 27216-8006

10925    LABEAUD, KEITH, 723 SEMINARY ST, PRICHARD, AL 36610

10925    LABEL AMERICA, PO BOX 660, WILTON, NH 03086-0660

10925    LABEL MASTER, 5724 NORTH POLASKI RD., CHICAGO, IL 60646

10925    LABEL MASTER, PO BOX 46402, CHICAGO, IL 60646-0402

10925    LABEL SOURCE INC, 1970 SIXTH ST, CHAMBLEE, GA 30341

10925    LABELL, MATTHEW, 4571 BANNONS WALK CT, JACKSONVILLE, FL 32258

10925    LABELLE, TERRENCE, 17 E ELISHA, WATERLOO, NY 13165

10925    LABELMASTER, AN AMERICAN LABELMARK COMPANY, PO BOX 46402, CHICAGO, IL 60646-0402

10925    LABELMASTER, PO BOX 46402, CHICAGO, IL 60646-0402

10924    LABELON, 10 CHAPIN STREET, CANANDAIGUA, NY 14424

10924    LABELON, 4339 ROUTE 21 NORTH, CANANDAIGUA, NY 14424

10924    LABELS WEST, 17629 130TH AVE NE, WOODINVILLE, WA 98072

10924    LABFARMA INTERNATIONAL LTD CORP., 7170 NORTH WEST 50TH STREET, MIAMI, FL 33166-5636

10925    LABINE, PAUL, 1541 CHIPPEWA, NAPERVILLE, IL 60563

10925    LABIT, MELVIN, PO BOX 92, PERRY, LA 70575

10925    LABO INC, 208 MAIN ST, NORTH READING, MA 01864

10925    LABO, INC, 208 MAIN ST, NORTH READING, MA 01864

10925    LABOMBARD, CARLTON, PO BOX 416, WASHINGTON, NH 03280-0416

10925    LABONTE, B, PO BOX 61, POWNAL, VT 05261

10924    LABOR BUILDING AT JOHN FICTH PLAZA, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924    LABOR BUILDING FLOORS 1,2,3,4, JOHN FITCH PLAZA, TRENTON, NJ 08638

10925    LABOR EXPRESS, PO BOX 1205, CHANDLER, AZ 85244-1205

10925    LABOR FINDERS - LEESBURG, PO BOX 491686, LEESBURG, FL 34749-1686

10925    LABOR FINDERS, PO BOX 2565, DELAND, FL 32721

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LABOR GUILD, THE, 883 HANCOCK ST, QUINCY, MA 02170 | |
| 10925 | LABOR LAW CONFERENCE, 10 CAUSEWAY ST, BOSTON, MA 02222-1072 | |
| 10925 | LABOR READY INC, PO BOX 31001-0257, PASADENA, CA 91110-0257 | |
| 10925 | LABOR READY INC, PO BOX 740435, ATLANTA, GA 30374-0435 | |
| 10925 | LABOR READY INC, POBOX 31001-0257, PASADENA, CA 91110-0257 | |
| 10925 | LABOR READY SOUTHWEST INC, PO BOX 31001-0257, PASADENA, CA 91110-0257 | |
| 10925 | LABOR READY, INC, PO BOX 641034, PITTSBURGH, PA 15264-1034 | |
| 10925 | LABOR READY, INC, PO BOX 820145, PHILADELPHIA, PA 19182-0145 | |
| 10925 | LABOR READY, POBOX 31001-0257, PASADENA, CA 91110-0257 | |
| 10925 | LABOR READY,INC, PO BOX 31001-0257, PASADENA, CA 91110-0257 | |
| 10925 | LABOR WORLD, 3 WEST PATAPSCO AVE., BALTIMORE, MD 21225 | |
| 10925 | LABOR WORLD, PO BOX 98446, CHICAGO, IL 60693-8446 | |
| 10925 | LABOR WORLD/TANDEM, PO BOX 98445, CHICAGO, IL 60693-8446 | |
| 10924 | LABORATOIRE DU-VAR INC, 1460 GRAHAM BELL, BOUCHERVILLE, QC J4B 6H5TORONTO | *VIA Deutsche Post* |
| 10925 | LABORATORIOS RYMCO SA, CALLE 80 - NO78B-51, BARRANQUILLA, 0COLOMBIA | *VIA Deutsche Post* |
| 10925 | LABORATORY CORP OF AMERICA HOLDINGS, PO BOX 65891, CHARLOTTE, NC 28265-0891 | |
| 10925 | LABORATORY CORP OF AMERICA, PO BOX 30027, SALT LAKE CITY, UT 84130-0027 | |
| 10925 | LABORATORY CORPORATION OF AMERICA, PO BOX 2240, BURLINGTON, NC 27216-2240 | |
| 10925 | LABORATORY INSTALLATIONS, 5554 W. LELAND, CHICAGO, IL 60630 | |
| 10925 | LABORATORY INSTRUMENT SALVAGE INC., 1710 OAKMONT ROAD, FALLSTON, MD 21047 | |
| 10925 | LABORATORY NOTEBOOK CO., PO BOX 188, HOLYOKE, MA 01040-0188 | |
| 10925 | LABORDE, DONALD, 2333 EVANGELINE OAK DRIVE, SULPHUR, LA 70663 | |
| 10925 | LABORDE, MARIA, VIA8 ZNL-260 URB VIL, CAROLINA, PR 00630 | |
| 10925 | LABORDE, STACIE, 2333 EVANGELINE OAK DR, SULPHUR, LA 70663 | |
| 10925 | LABORERS LOCAL 310, ATTN: RICHARD L STOPER, ROTATORI, BENDER GRAGEL, 800 LEADER BLDG, 626 SUPERIOR AVE E, CLEVLELAND, OH 44114-1498 | |
| 10925 | LABORICO, ARTHUR, 5627 N ADENMOOR, LAKEWOOD, CA 90713 | |
| 10925 | LABOR-MANAGEMENT RESOURCE NETWORK, 514B MAIN ST., HAMILTON, OH 45013 | |
| 10925 | LABOR-SESAY, DAPHNE, 5003 QUIMBY AVE, BELTSVILLE, MD 20705 | |
| 10925 | LABOSSIERE, ROBERT, 1 SOUTH AVE, LAKEVILLE, MA 02347 | |
| 10925 | LABOUR PUMP CO., C/.O BLANDFORD, CHICAGO, IL 60614 | |
| 10925 | LABOUVE, EARL, RT 2, BOX 454, JENNINGS, LA 70546 | |
| 10925 | LABOUVE, RICHARD, PO BOX 822, JENNINGS, LA 70546 | |
| 10925 | LABOVE, EDWARD, 7202 CURTIS LANE, LAKE CHARLES, LA 70605 | |
| 10925 | LABOY, ARMANDO, BOX HC-01 6028 BO. HATO VUEVO, GURABO, PR 00778 | |
| 10925 | LABOY, ROBERTO, 3432 EATON AVE., INDIANAPOLIS, IN 46226 | |
| 10925 | LABOY, SONIA, 45 NAVIO ST, RIO PIEDRAS, PR 00923 | |
| 10925 | LABOY, SULMA, 152 CHESTNUT ST, ALLENTOWN, PA 18102 | |
| 10925 | LABOY, VICTOR, 31 33 HIGH ST, JERSEY CITY NJ, NJ 07306 | |
| 10925 | LABRECQUE, DAVID, 9 PINEGROVE AVE, GOFFSTOWN, NH 03045 | |
| 10925 | LABRENZ, DONALD, W7128 FREEDOM RD., OXFORD, WI 53952 | |
| 10925 | LABRON, DOYLE, 1407 OVERTURE WAY, CARROLLTON, TX 75006-2971 | |
| 10925 | LABRUCHERIE JT TEN, RAY & MARGUERITE, 195 BLOSSOM HILL RD SPACE 285, SAN JOSE, CA 95123-2354 | |
| 10925 | LABRY, MAXIE, 708 VICTORY DR, NEW IBERIA, LA 70563 | |
| 10925 | LABS, DONALD, 314 S ONTARIO ST, DE PERE, WI 54115 | |
| 10924 | LABTECH CORPORATION, 7707 LYNDON STREET, DETROIT, MI 48238 | |
| 10925 | LABTEMPS, 200 SOUTH PROSPECT, PARK RIDGE, IL 60068 | |
| 10925 | LABVANTAGE SOLUTIONS, 245 RT. 22 W., BRIDGEWATER, NJ 08807 | |
| 10925 | LABYRINTH RESEARCH, 14 BIRCHWOOD DR, MERRIMACK, NH 03054 | |
| 10924 | LAC + USC MEDICAL CENTER, BOC GASES, 1100 NORTH MISSION ROAD, LOS ANGELES, CA 90033 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    LAC D AMIANTE DU QUEBEC LTEE., WARNER & STOCKPOLE, 75 STATE ST, BOSTON, MA 02109

10925    LACANLALE, MARIA, 35 REDNECK AVE, LITTLE FERRY, NJ 07643

10925    LACAP, CAROLYN, 222 GARIBALDI ST, LODI, NJ 07644

10925    LACAP, JOSELITO, 407 PASSAIC ST, HACKENSACK, NJ 07601

10925    LACAP, JUANITA, 8 CLOVER ST, BERGENFIELD, NJ 07621

10925    LACASCIAS BAKERY, 418 MAIN ST, MEDFORD, MA 02155

10925    LACAZE, DANIEL, H C 79 BOX 257, LEESVILLE,, LA 71446

10925    LACCETTI, ANTHONY, 70 CANDLESTICK ROAD, NORTH ANDOVER, MA 01845

10925    LACEK, JOHN, 5404 S NATOMA, CHICAGO, IL 60638

10925    LACEK, THOMAS, 190 FAIRBURN DRIVE, CARROLLTON, GA 30117

10924    LACERTE  SOFTWARE, 5601 HEADQUARTERS, FRISCO, TX 75034

10925    LACERTE, STEVEN, 25 VINAL ST, HUDSON, MA 01749

10925    LACEWELL, JAMES, 12135 BELTSVILLE DR, BELTSVILLE, MD 20705

10925    LACEWELL, SUSIE, ROUTE 1 BOX 564, RIEGELWOOD, NC 28456-9801

10925    LACEWELL, Y, 1238 E. ARCADIA ROAD, RIEGELWOOD, NC 28456

10925    LACEY, BRIAN, 5709 S. TRIPP AVE., CHICAGO, IL 60629

10925    LACEY, KATIE, 26 CHESTNUT ST, COMMERCE, GA 30529

10925    LACEY, LINDA, 8000 OFFENHAUSER, 14G, RENO, NV 89511

10925    LACEY, MELISA, ROUTE 2 BOX 2419 HWY 98, MAYSVILLE, GA 30588

10925    LACEY, SCOTT, 3915 AMY LANE, RANDALLSTOWN, MD 21133

10925    LACHANCE, PAULETTE, 19 JEFFREY ST, LEWISTON ME, ME 04240

10925    LACHANCE, THOMAS, 31 MARBLEHEAD ST, N ANDOVER, MA 01845

10925    LACHAPELLE, FRANCE, 2900 E. LINCOLN AVE # 81, ANAHEIM, CA 92806

10925    LACHAPELLE, JOSEPH, 6136 FLYNN ROAD, PORT ALLEN, LA 70767

10925    LACHENAUER, OTTO, 14 DURYEA ST, NEWAARK, NJ 07103

10925    LACHER, AMY, 208 4TH AVE S.W., GLEN BURNIE, MD 21061

10925    LACINA MOTOR FREIGHT, POBOX 58, WEST BRIDGEWATER, MA 02379-0058

10925    LACIS, GATINS, CUST FOR DAINA LACIS, UNIF GIFT MIN ACT NY, C/O ME INDULIS LACIS, 101 BRIGHTWATER COURT, BROOKLYN, NY 11235-7651

10925    LACK & LINDSAY, C-O WILMINGTON TRUST COMPANY, 1100 N MARKET ST, RODNEY SQUARE N, WILMINGTON, DE 19890-0001

10924    LACKAWANNA HEALTCARE CENTER, BLAKESLEE, BLAKESLEE, PA 18610

10925    LACKAYE, BELINDA, 2001 HAND DR, GULFPORT, MS 39507

10924    LACKEY GRADING CO. INC., 4500 LACKEY GRADING LANE, LENOIR, NC 28645

10925    LACKEY NUSBAUM HARRIS REMY, TWO MARINE PLAZA, THIRD FL, TOLEDO, OH 43604

10925    LACKEY, AMY, 13209 BETTY LA, SILVER SPRING, MD 20904

10925    LACKEY, BRENDA, 421 FOLKSTONE COURT, AUGUSTA, GA 30907

10925    LACKEY, BUNNIE, 3141 ROBIN RD, DECATUR, GA 30038

10925    LACKEY, CONLEE, 211 NORTHWOOD DRIVE, MORGANTON, NC 28655

10925    LACKEY, GLENN, 4833 W. FOND DU LAC AVE, MILWAUKEE, WI 53216

10925    LACKEY, KATRINA, 8807 YVONNE, HOUSTON, TX 77044

10925    LACKEY, LEWIS, 139 ALPINE-WINTERBORO ROAD, ALPINE, AL 35014

10924    LACLEDE INC., 2030 EAST UNIVERSITY DRIVE, RANCHO DOMINGUEZ, CA 90220

10924    LA-CO INDUSTRIES, 1201 PRATT BOULEVARD, ELK GROVE VILLAGE, IL 60007-5746

10925    LACOMBE, CHRISTOPHER, 415 LANCASTER DRIVE, LAFAYETTE, LA 70506

10925    LACONCA, LOUIS, 7815 ROLLEN RD., KNOXVILLE, TN 37920

10924    LACONIA CONDOS, 1180-1200 WASHINGTON STREET, BOSTON, MA 02119

10925    LACOSS, ROBERT, 1429 WILD VALLEY, LEWISVILLE, TX 75067

10925    LACOSTE JT TEN, JOHN D & DIANE VUONG-, 748 BROADWAY E, SEATTLE, WA 98102-4608

10925    LACOSTE, JASON, 6300 HWY 29, PALMETTO, GA 30268

10925    LACOSTE, SHARON, PO BOX 2714, HOUMA, LA 70360

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LACOT, IVETTE, 191 MORSE ST., ARROYO, PR 00714 | |
| 10925 | LACOUR, JOSEPH, 7669 S. ARBORY CRT., LAUREL, MD 20707 | |
| 10925 | LACOUR, MARK, #3 GLENBROOK, BORGER, TX 79007 | |
| 10925 | LACOUR, SR, ROBERT, RT. 1, BOX 208-A, MANSURA, LA 71350 | |
| 10925 | LACOUR, TABIAS, 72 CHEASPEAK MOBILE, HANOVER, MD 21076 | |
| 10925 | LACOURSE, DEBORAH, 95 GLENDALE RD, ATTLEBORO, MA 02703 | |
| 10924 | LACRESCENT READY MIX INC., 1219 COUNTY HIGHWAY 25, LA CRESCENT, MN 55947 | |
| 10925 | LACROIX, BRIAN, 458 HUNTINGTON AVE APT 121, BOSTON, MA 02115 | |
| 10925 | LACROIX, DENNIS, 4 JEFFERSON CIRCLE, READING, MA 01867 | |
| 10925 | LACSAMANA, CONCEPCION, 4300 JUSTIN WAY, OXNARD, CA 93033 | |
| 10925 | LACTALIS INDUSTRIE, USA INC, 402 INDUSTRIAL DRIVE, WAPAKONETA, OH 45895 | |
| 10925 | LACY JR, THOMAS, 79 BROOK ST, DRACUT, MA 01826 | |
| 10925 | LACY LAW OFFICES, 3 CAPITOL ST, CHARLESTON, WV 25301 | |
| 10925 | LACY, GERALD R, 600 CHARLESTON NATIONAL PLAZA, CHARLESTON, WV 25301 | |
| 10925 | LACY, JANICE, 5704 BRAHMA RD, ROANOKE, VA 24018 | |
| 10925 | LACY, JO, 2700 MIDLAND DR #702, MIDLAND, TX 79707 | |
| 10925 | LACY, MICHAEL NEAL, 4022 WOODLAND PARK, ARLINGTON, TX 76013 | |
| 10925 | LACY, MIKE, 5026 S. BOWIE, AMARILLO, TX 79109 | |
| 10925 | LACY, NELSON, 116 PEBBLE CREEK, COLUMBIA, SC 29223 | |
| 10925 | LAD, GULAB, 828 SHADY LAKE DRIVE, BEDFORD, TX 76021 | |
| 10924 | LADD READY MIX, P.O.BOX 1778, LAKE ISABELLA, CA 93240 | |
| 10925 | LADD, BETTY, 6908 VERDE VISTA DR NORTH EAST, ROCKFORD, MI 49341 | |
| 10925 | LADD, CLARENCE, 1625 S. 20, CHICKASHA, OK 73018 | |
| 10925 | LADD, GLEN, 2306 SOUTH 8TH CIRCLE DR., CHICKASHA, OK 73018 | |
| 10925 | LADD, JOHN, 359 TATE ROAD, SEWANEE, TN 37375 | |
| 10925 | LADD, JOHN, 4000 N HAWTHORNE ST, CHATTANOOGA, TN 37406 | |
| 10925 | LADD, LINDA, 2355 DUKES AVE, MOBILE, AL 36617 | |
| 10925 | LADD, PAUL, 623 LENOX, PONTIAC, MI 48058-1432 | |
| 10925 | LADDER INDUSTRIES, 1040 SOUTH CAMINO ORO, GOODYEAR, AZ 85338-1417 | |
| 10925 | LADDIE GRIBICK, RD 2 BOX 172D, THOMPSON, PA 18465-9665 | |
| 10925 | LADEWIG, CHRISTOPHER, 52 ROANOKE SHORES, LITTLETON, NC 27850 | |
| 10924 | LADISH COMPANY, 3001 WOLFF STREET, RACINE, WI 53404 | |
| 10925 | LADNER DOWNS, 2100 PACIFIC CENTRE SOUTH, 700 WEST GEORGIA ST, PO BOX 10021, VANCOUVER, BC V7Y 1B3CANADA | *VIA Deutsche Post* |
| 10925 | LADNER TESTING LABORATORIES INC, PO BOX 10778, JACKSON, MS 39289-0778 | |
| 10925 | LADNER, GARY, 198 TURNPIKE ROAD, WESTBORO, MA 01581 | |
| 10925 | LADNER, GEORGE W, 13105 BRIARGROVE AVE., BATON ROUGE, LA 70809 | |
| 10925 | LADNER, MICHAEL, 20814 APACHE TRAILS, CROSBY, TX 77532 | |
| 10925 | LADO, BETTY, 505 NE A ST, STIGLER, OK 74462 | |
| 10925 | LADO, BETTY, PO BOX 92, QUINTON, OK 74561-0092 | |
| 10925 | LADONNA MILLER, 20 B ST.SW ROOM 104, ARDMORE, OK 73401 | |
| 10925 | LADOUCEUR, HAROLD, 307 ROBSON DRIVE, LOCKPORT, IL 60441 | |
| 10925 | LADRACH, TERRY, 8787 DOVER RD., APPLE CREEK, OH 44606 | |
| 10925 | LADSON, MARGIE, 121 E BELVEDERE RD, GREENVILLE, SC 29605 | |
| 10925 | LADWIG, PATRICIA, 39417 GARNETT AVE, BEACH PARK, IL 60099 | |
| 10925 | LAEHDER, A, 6642 LONDON DRIVE, MEMPHIS, TN 38120 | |
| 10925 | LAERDAL MEDICAL CORP., 167 MYERS CORNERS RD., WAPPINGERS FALLS, NY 12590 | |
| 10924 | LAFARGE - WISCONSIN DIV., BUTLER YARD #7, 12005 W. HAMPTON AVENUE, MILWAUKEE, WI 53225 | |
| 10924 | LAFARGE ALPENA, FORD AVE, ALPENA, MI 49707 | |
| 10924 | LAFARGE CALCIUM ALUMINATE, 100 OHIO STREET, CHESAPEAKE, VA 23324 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LAFARGE CALCIUM ALUMINATE, FOOT OF OHIO STREET, CHESAPEAKE, VA 23324

10924   LAFARGE CALCIUM ALUMINATE, PO BOX 5806, CHESAPEAKE, VA 23324

10925   LAFARGE CEMENT CO., 5160 MAIN ST., WHITEHALL MALL, PA 18052

10924   LAFARGE CONCRETE #1, 3320 AIRLINE RD, METAIRIE, LA 70001

10924   LAFARGE CONCRETE #3, WESTBANK/MORRERO RD, MORRERO, LA 99999

10924   LAFARGE CONCRETE #4, AVITA SPRINGS RD/OFF I-10, COVINGTON, LA 70433

10924   LAFARGE CONCRETE #6, OFF I-10, SLIDELL, LA 70458

10924   LAFARGE CONCRETE, 3320 AIRLINE HIGHWAY, METAIRIE, LA 70001

10924   LAFARGE CONST MATLS, 2115 SO RIVER RD, SAINT CHARLES, MO 63303

10924   LAFARGE CONSTRUCTION MATERIALS INC., 3RD & BUNKER, KANSAS CITY, KS 66118

10924   LAFARGE CONSTRUCTION MATERIALS, PO BOX300140, KANSAS CITY, MO 64130

10924   LAFARGE CONSTRUCTION MTL'S, 2000 SOUTH RIVER ROAD, SAINT CHARLES, MO 63303

10924   LAFARGE CONSTRUCTION MTL'S, 639 MARSHALL ROAD, VALLEY PARK, MO 63088

10924   LAFARGE CONSTRUCTION MTL'S, HIGHWAY W, EUREKA, MO 63025

10924   LAFARGE CORP, VICTOR CEMENT DIV, FREDONIA, KS 66736

10924   LAFARGE CORP., 2001 MARITIME BLVD., TAMPA, FL 33605

10924   LAFARGE CORP., 304 NATIONAL ST., PALMETTO, FL 34221

10924   LAFARGE CORP., 6200 W CENTER ST, MILWAUKEE, WI 53210

10924   LAFARGE CORP., P O BOX 396, ALPENA, MI 49707

10924   LAFARGE CORP., PO BOX 396, ALPENA, MI 49707

10924   LAFARGE CORP., PO BOX479, FREDONIA, KS 66736

10924   LAFARGE CORPORATION, 12005 WEST HAMPTON AVENUE, MILWAUKEE, WI 53225

10924   LAFARGE CORPORATION, 304 NATIONAL ST., PALMETTO, FL 34221

10924   LAFARGE CORPORATION, 4201 NORTH RIVER RD, INDEPENDENCE, MO 64050

10924   LAFARGE CORPORATION, 4201 NORTH RIVER RD., INDEPENDENCE, MO 64050

10924   LAFARGE CORPORATION, 5006 INDUSTRIAL PARK LOOP, RIO RANCHO, NM 87124

10924   LAFARGE CORPORATION, 51744 PONTIAC TRAIL, WIXOM, MI 48393

10924   LAFARGE CORPORATION, 6211 CHAPPELL ROAD N.E., ALBUQUERQUE, NM 87113

10924   LAFARGE CORPORATION, ATTN:  ACCOUNTS PAYABLE, ALBUQUERQUE, NM 87125

10924   LAFARGE CORPORATION, ATTN: ACCOUNTS PAYABLE, ALBUQUERQUE, NM 87125

10924   LAFARGE CORPORATION, ATTN: ACCOUNTS PAYABLE, BAYFIELD, CO 81122

10924   LAFARGE CORPORATION, CO RD 176, PAULDING, OH 45879

10924   LAFARGE CORPORATION, GREAT LAKES REG, DAVENPORT, IA 52808

10924   LAFARGE CORPORATION, HIGHWAY 22, DAVENPORT, IA 52808

10924   LAFARGE CORPORATION, JOPPA PLANT, GRAND CHAIN, IL 62941

10924   LAFARGE CORPORATION, JOPPA PLANT, JOPPA, IL 62953

10925   LAFARGE CORPORATION, PO BOX 13682, NEWARK, NJ 07188-0682

10925   LAFARGE CORPORATION, PO BOX 1400, BAYFIELD, CO 81122

10925   LAFARGE CORPORATION, PO BOX 93323, CHICAGO, IL 60673-3323

10924   LAFARGE CORPORATION, ROUTE #1 BOX 84A, GRAND CHAIN, IL 62941

10924   LAFARGE CORPORATION, SEDILLO PLANT, TIJERAS, NM 87059

10924   LAFARGE CORPORATION, WEST AIRPORT RD, SANTA FE, NM 87502

10924   LAFARGE CORPORATIONC, PO BOX 160, PAULDING, OH 45879

10924   LAFARGE D.B.A. REDLAND GENSTAR INC., 10000 BEAVER DAM RD, COCKEYSVILLE, MD 21030

10924   LAFARGE D.B.A. REDLAND GENSTAR INC., 11411 MARRIOTTSVILLE RD, MARRIOTTSVILLE, MD 21104

10924   LAFARGE D.B.A. REDLAND GENSTAR INC., 14801 CLOPPER RD, BOYDS, MD 20841

10924   LAFARGE D.B.A. REDLAND GENSTAR INC., 14824 SOUTHLAWN LANE, ROCKVILLE, MD 20850

10924   LAFARGE D.B.A. REDLAND GENSTAR INC., 7970 OLD JESSUP ROAD, JESSUP, MD 20794

10924   LAFARGE D.B.A. REDLAND GENSTAR INC., 810 PULASKI HIGHWAY, JOPPA, MD 21085

10924   LAFARGE D.B.A. REDLAND GENSTAR INC., E. SOUTH ST. EXTENDED, FREDERICK, MD 21701

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924    LAFARGE D.B.A. REDLAND GENSTAR INC., P O BOX 501, COCKEYSVILLE, MD 21030

10924    LAFARGE D.B.A. REDLAND GENSTAR INC., P.O.BOX 501, COCKEYSVILLE, MD 21030

10925    LAFARGE DENVER, DEPT. 068, DENVER, CO 80271-0068

10924    LAFARGE GYPSUM, 101 WEST RIVER ROAD, SILVER GROVE, KY 41085

10924    LAFARGE GYPSUM, OFF BROADWAY, BUCHANAN, NY 10511

10924    LAFARGE GYPSUM, PO BOX271, WILMINGTON, DE 19899

10925    LAFARGE NEW MEXICO, POBOX 25848, ALBUQUERQUE, NM 87126-5848

10924    LAFARGE PAULDING, GREAT LAKES REGION, PAULDING, OH 45879

10924    LAFARGE- WISCONSIN DIV., 7200 SOUTH 10TH STREET, OAK CREEK, WI 53154

10924    LAFARGE, 1160 ROCKCREEK COURT, ELDORADO SPRINGS, CO 80025

10925    LAFARGE, 1400 WEST 64TH AVE, DENVER, CO 80221

10924    LAFARGE, 2323 OXFORD STREET, DENVER, CO 80221

10924    LAFARGE, 2512 E. MURRAY, RAWLINS, WY 82301

10924    LAFARGE, 3001 S. BOYD DRIVE, CARLSBAD, NM 88220

10924    LAFARGE, 3473 HWY 47, LOS LUNAS, NM 87031

10924    LAFARGE, 415 E. RICHEY, ARTESIA, NM 88210

10924    LAFARGE, 4201 N RIVER BLVD., INDEPENDENCE, MO 64050

10924    LAFARGE, 5150 MAIN ST., WHITEHALL, PA 18052

10924    LAFARGE, 530 ELM ROAD, ESTES PARK, CO 80517

10924    LAFARGE, 5400 WEST MARGINAL WAY SW, SEATTLE, WA 98106

10924    LAFARGE, 5665 AIRPORT BLVD #105, BOULDER, CO 80301-2339

10924    LAFARGE, 670 LOS MORRIS RD OFF HWY 6 WEST, LOS LUNAS, NM 87031

10924    LAFARGE, ACCOUNTS PAYABLE, LARAMIE, WY 82073

10924    LAFARGE, ATTN:  ACCOUNTS PAYABLE, DENVER, CO 80221

10924    LAFARGE, ATTN:  ACCOUNTS PAYALE, BAYFIELD, CO 81122

10925    LAFARGE, FORMERLY BLUE CIRCLE CEMENT, P.O. BOX 102733, ATLANTA, GA 30368-0733

10924    LAFARGE, FREDONIA, SOUTH CEMENT RD, FREDONIA, KS 66736

10924    LAFARGE, INC., 10000 BEAVER DAM RD. BLDG 7, COCKEYSVILLE, MD 21030

10924    LAFARGE, INC., 7970 OLD JESSUP RD., JESSUP, MD 20794

10924    LAFARGE, INC., 810 PULASKI HWY, JOPPATOWNE, MD 21085

10925    LAFARGE, PO BOX 27328, ALBUQUERQUE, NM 87125

10924    LAFARGE, PO DRAWER 1868, CARLSBAD, NM 88221

10924    LAFARGE, TERMINAL AVENUE, WILMINGTON, DE 19801

10924    LAFARGE/ASPEN, 15323 HIGHWAY 82, ASPEN, CO 81612

10924    LAFARGE/AVON, 39381 US HWY 6 & 24, AVON, CO 81620

10924    LAFARGE/AZTEC, 1106 HIGHWAY 550, AZTEC, NM 87410

10924    LAFARGE/BAYFIELD, 6699 COUNTY RD 521, BAYFIELD, CO 81122

10924    LAFARGE/BLUESTONE, 11608 HWY 93, BOULDER, CO 80301

10924    LAFARGE/BOULDER, 5959 VALMONT, BOULDER, CO 80308

10924    LAFARGE/CARBONDALE, 3794 COUNTY ROAD 109, CARBONDALE, CO 81623

10924    LAFARGE/CASTLE ROCK, CASTLE ROCK, CO 80104

10924    LAFARGE/CHAMBERS, 2650 CHAMBERS ROAD, AURORA, CO 80014

10924    LAFARGE/DRENNAN, 3390 DRENNAN INDUSTRIAL LOOP SOUTH, COLORADO SPRINGS, CO 80935

10924    LAFARGE/EAGLE, 951 FAIRGROUND RD., EAGLE, CO 81631

10924    LAFARGE/EAST PUEBLO, 37400 HWY 96 EAST, PUEBLO, CO 81006

10924    LAFARGE/EVERGREEN, 20575 BRYANT DRIVE, EVERGREEN, CO 80439

10924    LAFARGE/FORT COLLINS, 3000 S. COUNTY RD. 9, FORT COLLINS, CO 80522

10924    LAFARGE/GOLDEN, SPEC. AGG. PLANT, GOLDEN, CO 80401

10924    LAFARGE/GREELEY, 1013 N. 25TH AVENUE, GREELEY, CO 80631

10924    LAFARGE/HANCOCK, 1170 TRANSIT DRIVE, COLORADO SPRINGS, CO 80903

10924    LAFARGE/HOWE PIT, HENDERSON, CO 80640

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LAFARGE/JORDAN, 7513 S. JORDAN RD., ENGLEWOOD, CO 80112

10924   LAFARGE/LAB, 1195 QUIVAS STREET, DENVER, CO 80204

10924   LAFARGE/LAFAYETTE, 1160 ROCKCREEK CT, LAFAYETTE, CO 80026

10924   LAFARGE/LARAMIE, 5050 N 3RD STREET, LARAMIE, WY 82072

10924   LAFARGE/LONGMONT, 9756 NELSON ROAD DRIVE, LONGMONT, CO 80501

10924   LAFARGE/LOVELAND, 1209 S. COUNTY ROAD 13C, LOVELAND, CO 80537

10924   LAFARGE/NEW CASTLE, 1412 COUNTY ROAD 311, NEW CASTLE, CO 81647

10924   LAFARGE/PARK 85, 11255 DUMONT WAY, LITTLETON, CO 80125

10924   LAFARGE/QUIVAS, 1148 QUIVAS STREET, DENVER, CO 80201

10924   LAFARGE/SILT, 1412 COUNTY ROAD # 311, SILT, CO 81652

10924   LAFARGE/STEAMBOAT SPRINGS, 34345 HIGHWAY 131, STEAMBOAT SPRINGS, CO 80477

10924   LAFARGE/VALLMER, 8355 VALLMER ROAD, COLORADO SPRINGS, CO 80908

10924   LAFARGE/WEST PUEBLO, 630 N. STATES AVE, PUEBLO, CO 81007

10924   LAFARGE-BOULDER, ATTN: A/P 706823 SHARON WHITE, 1400 WEST 64TH AVE, DENVER, CO 80221

10924   LAFARGE-COLORADO SPRINGS, 3390 DRENNAN INDUSTRIAL LOOP, COLORADO SPRINGS, CO 80935

10924   LAFARGE-DENVER, A/P 706823, 1400 W. 64TH AVENUE, DENVER, CO 80221

10924   LAFARGE-FOUR CORNERS DIVISION, ATTN: ACCOUNTS PAYABEL, ALBUQUERQUE, NM 87125

10924   LAFARGE-FT. COLLINS NO. DIVISION, PO BOX2187, FORT COLLINS, CO 80522

10924   LAFARGE-MOUNTAIN DIVISION, ATTN:  ACCOUNTS PAYABLE, GLENWOOD SPRINGS, CO 81602

10924   LAFARGE-MOUNTAIN DIVISION, DRAWER 368-ACCOUNTS PAYABLE, GLENWOOD SPRINGS, CO 81602

10924   LAFARGE-WISCONSIN DIVISION, 7200 S. 10TH ST., OAK CREEK, WI 53154

10925   LAFAVER, CAROL, 4413 10TH AVE, TEMPLE, PA 19560

10925   LAFAVORS, WILLIAM, 11004 HIDDEN FOX CT., ELLICOTT CITY, MD 21042

10924   LAFAYETTE COLLEGE - OLIN HALL, OLIN HALL, EASTON, PA 18042

10924   LAFAYETTE COLLEGE, 32 PLUM STREET, TRENTON, NJ 08638

10924   LAFAYETTE COLLEGE, KIRBY FIELD HOUSE, EASTON, PA 18040

10924   LAFAYETTE CORP. CENTER, 2 AVENUE DE LAFAYETTE, BOSTON, MA 02111

10924   LAFAYETTE ORTHOPEDICS, 1411 SOUTH CREASY LANE, LAFAYETTE, IN 47905

10925   LAFAYETTE PERSONNEL SERVICES, 609 WEST MAIN ST, LANSDALE, PA 19446

10924   LAFAYETTE PHARMACEUTICALS, 526 N EARL AVE, LAFAYETTE, IN 47904-2819

10924   LAFAYETTE PLASTERING CO, PO BOX 50236, NEW ORLEANS, LA 70150

10924   LAFAYETTE PLASTERING, CAMBRIDGE, MA 02140

10924   LAFAYETTE READY MIX, HWY 7, OXFORD, MS 38655

10924   LAFAYETTE READY MIX, PO BOX1392, OXFORD, MS 38655

10924   LAFAYETTE SCHOOL C/O N/E INSULATION, ROLLINA AVENUE, WATERLOO, NY 13165

10924   LAFAYETTE SCHOOL, 117 EDITH STREET, EVERETT, MA 02149

10925   LAFAYETTE SQUARE COMMUNITY CENTER, 1510 W. LAFAYETTE AVE, BALTIMORE, MD 21217

10925   LAFERRIERE, ARMAND H, & CATHERINE M BOURGEOIS JT TEN, 340 SPIER FALLS RD, GREENFIELD CENTER, NY 12833-2005

10925   LAFERRIERE, DAVID, 4 WINN RD, NASHUA, NH 03062

10925   LAFERRIERE, NETTIE M, 4622 BIRCH TREE LN, GIG HARBOR, WA 98335-8152

10925   LAFFERTY JR, C, 800 N. BROADWAY, BELOIT, KS 67420

10925   LAFFERTY, BURNS, 195 HAYWARD MILL RD, CONCORD, MA 01742

10925   LAFFERTY, ROBERT, 96 MANCHESTER CT, RED BANK, NJ 07701-4801

10925   LAFFEY, GERALD, 17 BERKELEY ST, MELROSE, MA 02176

10925   LAFINE, TRACY, 7741 W. 87 ST APT 2W, BRIDGEVILLE, IL 60455

10925   LAFIOSCA, PAUL, PO BOX 5941, DELTONA, FL 32728

10925   LAFLAMME, RICHARD, 73 WILDWOOD RD., COLCHESTER, CT 06415

10925   LAFLEUR, BETTY, 1083 PARK ROAD, LAKE CHARLES, LA 70611

10925   LAFLEUR, DANNY, 2241 S. MCKINELY, 5, CASPER, WY 82601

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LAFLEUR, KENNETH, PO BOX 389, LAWTELL, LA 70550

10925   LAFLEUR, MICHAEL, 324 HEATHER, LAKE CHARLES, LA 70605

10925   LAFLEUR, RACHEL, PO BOX 155, MAMOU, LA 70554

10925   LAFLEUR, THOMAS, 158 DUNBARTON RD, 15, MANCHESTER, NH 03102

10925   LAFOLLETTE, PAUL, 4295 EAGLE LAKE DRIVE, INDIANAPOLIS, IN 46254

10925   LAFOND, DONNA, PO BOX 65, BEAVERVILLE, IL 60912

10925   LAFOND, M, 4032 PLATT ST, KENNER, LA 70065

10925   LAFONE, ARNOLD, R.R. BOX 364-H, ZEBULON, NC 27597

10925   LAFONTAINE, EDWARD, 800 KENWAY AVE, BEREA, KY 40403

10925   LAFOON, HUBBARD, 1348 GOODES FERRY RD, SOUTH HILL, VA 23970-7806

10925   LAFORGE, SALLEE, 250 S.E. 1ST TER, POMPANO BEACH, FL 33060

10925   LAFORTEZZA, VERA, 12 COUNTRY SQ RD, OLD TAPPAN, NJ 07675

10925   LAFORTUNE, GREGORY, 145 REGAN ST, GARDNER, MA 01440

10925   LAFOSSE, BARRY, 5717 DELORD LANE, LAKE CHARLES, LA 70605

10925   LAFOSSE, BARRY, 5717 DELORD LN., LAKE CHARLES, LA 70605

10925   LAFRENIERE, PAUL, 233 OLD PETERBO, JEFFERY, NH 03452

10925   LAFRENIERE, YVONNE, 15 LEONARD ST, ADAMS, MA 01220

10925   LAFRENZ, PAMELA, 2417 BOIES, SIOUX CITY, IA 51109

10925   LAGACY, FAITH, RR 2 BOX 183 F, MOMENCE, IL 60954

10925   LAGALY, THOMAS, 123 CIRCLE SLOPE DR, SIMPSONVILLE, SC 29681

10925   LAGAMBINA, JOHN, 64 GLOVER AVE, NO QUINCY, MA 02171

10925   LAGAN, MAUREEN, 89 WOODLAWN AVE, YONKERS, NY 10704

10925   LAGASSE, DOROTHY, 130 EGYPT ROAD, RAYMOND, ME 04071

10925   LAGER, JONN, 625 CONSTITUTION LANE, MADISON, WI 53711

10925   LAGERFELD, P, 5512 GONDOLIER DR, NEW BERN, NC 28560

10925   LAGERFELD, PAUL, 409 S HOLLY, BURKBURNETT, TX 76354

10925   LAGERLEF, BRENDA, RT #1 BOX 187, WANN, OK 74083

10925   LAGERMAN, LAURA, 124 MICHIGAN AVE M21, WASHINGTON, DC 20017

10925   LAGGY, LOLA, 130 NEW ROAD, PARSIPPANY, NJ 07054

10925   LAGIOS, BURWIN, 411 BEAVER ST, LANSING, MI 48906-4433

10924   LAGLORIA OIL & GAS, 425 MCMURRAY ST., TYLER, TX 75710

10925   LAGNIAPPE, PO BOX 3292, LAKE CHARLES, LA 70602

10925   LAGO, LAURIE M, 321 WASHINGTON ST, TAPPAN NY, NY 10983

10925   LAGOMARSINO, YVONNE, 3 ELWOOD RD, WILMINGTON, MA 01887

10925   LAGORIN, WAYNE C, CUST FOR LACY M LAGORIN, UNIF GIFT MIN ACT ND, 9550 SOUTH 95TH EAST AVE, TULSA, OK 74133-6163

10924   LAGRANGE COUNTY JAIL, 0875 SOUTH S.R. 9, LAGRANGE, IN 46761

10925   LAGRANGE CRANE SERVICE INC., 6156 EAST AVE, HODGKINS, IL 60525

10925   LAGRANGE PRODUCTS INC, 5656N WAYNE ST, FREMONT, IN 46737

10925   LAGRANGE, MICHAEL, RT 1 BOX W-4, ARNAUDVILLE, LA 70512

10925   LAGRANGE, RICKY, PO BOX 151, ARNAUDVILLE, LA 70512

10925   LAGROON, HOWARD, 45 CHATEAU ARMS APTS, LAURENS, SC 29360

10925   LAGUA, LESTER, RT. 4, BOX 6A, CUERO, TX 77954

10924   LAGUARDIA AIRPORT - CONTINENTAL, LAGUARDIA AIRPORT, NEW YORK, NY 10011

10924   LAGUARDIA AIRPORT, CENTRAL TERMINAL BUILDING, QUEENS VILLAGE, NY 11427

10924   LAGUARDIA AIRPORT, GO TO 94TH ST OFF ASTORIA BLVD, FLUSHING, NY 11375

10924   LAGUNA CLAY CO, 14400 LOMITAS AVE., CITY OF INDUSTRY, CA 91746

10924   LAGUNA CLAY, 14400 LOMITAS AVE., CITY OF INDUSTRY, CA 91746

10925   LAGUNA HILLS INVESTMENT COMPANY, FRITZ DUDA COMPANY - GEN COUNSEL, 3471 VIA LIDO, SUITE 207, NEWPORT BEACH, CA 92663-3929

10924   LAGUNA HILLS MALL, C/O WESTSIDE BUILDING MATERIALS, LAGUNA BEACH, CA 92651

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  LAGUNA HILLS MALL, PERLITE PLASTERING, LAGUNA HILLS, CA 92653

10925  LAHARGOUE, ROBERT, 4710 BELLAIRE BLVD, HOUSTON, TX 77401

10925  LAHIVE & COCKFIELD, LLP, 28 STATE ST, BOSTON, MA 02109-1875

10925  LAHMAN, WAYNE, 108 CLARENCE ST, JONESBORO, LA 71251

10925  LAHMANN JR, WALTER A, 18 CONCORD DR, FORT SALONGA, NY 11768-2421

10925  LAHMANN, BARBARA L., 205 LOGGERS TRAIL, FENTON, MO 65026

10925  LAHOMA MCALISTER, 2400 S.MACARTHUR,#37, OKLAHOMA CITY, OK 73128

10925  LAHRKE, IRENE, 3449 CLUSTER ROAD, MIRAMAR, FL 33025

10925  LAHRMAN, SR, RANDALL, 151 NAUTILUS ST, AIKEN, SC 29805

10925  LAHTELA, BRIAN, 1049 MAIN ST, WRIGHTSTOWN, WI 54180

10925  LAI, MARY, 530 FARMHURST DR, CHARLOTTE, NC 28217

10925  LAIDLAN ENVIRONMENTAL SERVICES OF, 6125 N. PECATONICA RD., PECATONICA, IL 61063

10925  LAIDLAW CHEMICAL SERVICES INC, PO BOX 13592, NEWARK, NJ 07188-0000

10925  LAIDLAW CHEMICAL SERVICES INC, PO BOX 13592, NEWARK, NJ 07188-0592

10925  LAIDLAW CHEMICAL SERVICES INC, SERVICE CHEMICAL CORP, NEWARK, NJ 07188-0000

10925  LAIDLAW ENV SERVICE, 1829 ALLEN PORT ROAD, PO BOX 188, THOROLD, ON L2V3Y9CANADA    *VIA Deutsche Post*

10925  LAIDLAW ENV SERVICE, ROUTE 1 BOX 255, PINEWOOD, SC 29125

10925  LAIDLAW ENV SERVICE, ROUTE 322 & I-295, BRIDGEPORT, NJ 08014

10925  LAIDLAW ENV SERVICES (B), PO BOX 580, PINEWOOD, SC 29125

10925  LAIDLAW ENV SERVICES (D), PO BOX 306, ROEBUCK, SC 29376

10925  LAIDLAW ENV SERVICES INC, 300 CANAL ST, LAWRENCE, MA 01840-1420

10925  LAIDLAW ENV SERVICES, 208 WATLINGTON INDUSTRIAL DRIVE, REIDSVILLE, NC 27320

10925  LAIDLAW ENV SERVICES, TOWNSHIP OF MOORE COUNTY OF LAMBTON, ONTARIO, CA

10925  LAIDLAW ENV SERVICES, WHISKEY BOTTOM ROAD, LAUREL, MD 20724

10925  LAIDLAW ENV SVCS OF CALIFORNIA, PO BOX 100026, PASADENA, CA 91189-0026

10924  LAIDLAW ENVIROMENTAL SERVICES, 5756 ALBA STREET, LOS ANGELES, CA 90058

10924  LAIDLAW ENVIROMENTAL, 221 EAST D ST, WILMINGTON, CA 90744

10924  LAIDLAW ENVIROMENTAL, 5920 NE 87TH AVE, PORTLAND, OR 97220

10925  LAIDLAW ENVIRONMENTAL SERCICES, PO BOX 905258, CHARLOTTE, NC 28290-5258

10925  LAIDLAW ENVIRONMENTAL SERVICES INC, PO BOX 13618, NEWARK, NJ 07188-0618

10924  LAIDLAW ENVIRONMENTAL SERVICES OF, 750 DESIGN COURT, CHULA VISTA, CA 91911

10925  LAIDLAW ENVIRONMENTAL SVCS INC, 1369 W 9TH ST, UPLAND, CA 91786

10925  LAIDLAW ENVIRONMENTAL SVCS, PO BOX 905258, CHARLOTTE, NC 28290-5258

10925  LAIDLAW ENVIRONMENTAL SVCS., PO BOX 905258, CHARLOTTE, NC 28290-5258

10924  LAIDLAW ENVIRONMENTAL, 1875 FORGE ST., TUCKER, GA 30084

10924  LAIDLAW ENVIRONMENTAL, 2549 N. NEW YORK, WICHITA, KS 67219

10924  LAIDLAW ENVIRONMENTAL, 3219 FITZGERALD RD., RANCHO CORDOVA, CA 95742

10924  LAIDLAW ENVIRONMENTAL, INC., 8122 S. ALAMEDA, HUNTINGTON PARK, CA 90255

10924  LAIDLAW ENVIRONMENTAL, P.O.BOX 321, ROEBUCK, SC 29376

10925  LAIDLAW ENVIRONMENTAL, PO BOX 13592, NEWARK, NJ 07188-0592

10924  LAIDLAW ENVIRONMENTAL, SERVICES OF CA.,INC., CHULA VISTA, CA 91911

10925  LAIDLAW WASTE SYSTEMS, PLAINVILLE LANDFILL, PLAINVILLE, MA

10925  LAIDLAW WASTE SYSTEMS, PO BOX 98010, LOUISVILLE, KY 40298-8010

10925  LAIDLAW WASTE SYSTEMS, PO BOX 98030, LOUISVILLE, KY 40298-8030

10925  LAIDLAW, 221 SUTTON ST, NORTH ANDOVER, MA 01845

10924  LAIDLAW, 7835 S.W. HUNTZINGER, TIGARD, OR 97223

10925  LAIDLAW, PO BOX 905258, CHARLOTTE, NC 28290-5258

10925  LAIEWSKI, BURNETT, 340 CARLY LANE, ROCK HILL, SC 29732

10925  LAIEWSKI, DAVID, 214 WREN CROSSING LN, EASLEY, SC 29642

10925  LAIEWSKI, STANISLAUS, 5396 GULF BLVD #406, #406, ST. PETES BEACH, FL 33706

10925  LAIHUYEN, QUYNHTHOA, 209 MANET AVE, QUINCY, MA 02169

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LAIL, DEBORAH, 6591 SHADY LANE, SCURRY, TX 75158 | |
| 10925 | LAIL, JAMES, 7413 PREAKNESS LANE, HAMILTON, OH 45011 | |
| 10925 | LAIN, JOEL, 1723 MAYFAIR ST, DE PERE, WI 54115 | |
| 10925 | LAIN, RAY, 1315 SKOWHEGAN AVE, LAKELAND, FL 33805-3965 | |
| 10925 | LAINBERGER, BRENDA, 309 WINN COURT, DE FOREST, WI 53532 | |
| 10925 | LAINBERGER, VICKI, 6889 HWY 51, DE FOREST, WI 53532 | |
| 10925 | LAINE, ALAN, 10823 W. TOIVOLA ROAD, MEADOWLANDS, MN 55765 | |
| 10925 | LAINE, BEVERLY, 17 LACHMUND COURT, OLD TAPPAN, NJ 07675 | |
| 10925 | LAINE, NORMAN, 15013 WESTBURY ROAD, ROCKVILLE, MD 20853 | |
| 10925 | LAINE, ROBERT, 520 BIESTERFIELD, 316, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | LAING/CRC J.V., 37, MURAD ST., 6TH FLOOR, GIZA, EGY | *VIA Deutsche Post* |
| 10925 | LAIR, ARLENE, 269 N MAIN ST, PHILLIPSBURG, NJ 08865 | |
| 10925 | LAIR, CARL, 5224 TRAIL LAKE DR, FT WORTH, TX 76133 | |
| 10925 | LAIR, SANDRA, 403 WILLIAM ST, BOUND BROOK, NJ 08805 | |
| 10925 | LAIRD PLASTICS INC, 1141 ELLIS AVE, BENSENVILLE, IL 60106 | |
| 10925 | LAIRD PLASTICS, INC, 8991 YELLOW BRICK RD., BALTIMORE, MD 21237 | |
| 10925 | LAIRD PLASTICS, INC, PO BOX 751298, CHARLOTTE, NC 28275-1298 | |
| 10925 | LAIRD WERTZ DEALAMAN, 175 ROUND TOP RD, BERNARDSVILLE, NJ 07924-2106 | |
| 10925 | LAIRD, DAWN, 918F MERRITT DR, SOMERVILLE, NJ 08876 | |
| 10925 | LAIRD, HARRY, 24733 CALAROGA AVE, HAYWARD, CA 94545-2101 | |
| 10925 | LAIRD, MICHAEL, 348 S HARRISON BRIDGE RD, SIMPSONVILLE, SC 29680 | |
| 10925 | LAIRD, SAMUEL, 224 BENT OAK WAY, SPARTANBURG, SC 29301 | |
| 10925 | LAITE, KATHLEEN, 430 NW 42ND ST, POMPANO BEACH, FL 33064 | |
| 10925 | LAJAUNIE, KEENAN, 60 MARJORIE ST, DULAC, LA 70353 | |
| 10925 | LAJEUNESSE, FRANCIS, 100 BENNETT ST, WRENTHAMM, MA 02093 | |
| 10925 | LAJOIE, LEISA, 2 BUTTONBUSH LANE, LITCHFIELD, NH 03103 | |
| 10924 | LAKE @ NORTHPOINT, THE, 1805 OLD ALABAMA ROAD, ROSWELL, GA 30076 | |
| 10925 | LAKE AREA INDUSTRY ALLIANCE, PO BOX 3247, LAKE CHARLES, LA 70602-3247 | |
| 10925 | LAKE ARROWHEAD RESORT, PO BOX 1699, LAKE ARROWHEAD, CA 92352 | |
| 10925 | LAKE ASBESTOS OF QUEBEC, WARNER & STOCKPOLE, 75 STATE ST, BOSTON, MA 02109 | |
| 10925 | LAKE CHARLES AMERICAN PRESS, PO BOX 54355, NEW ORLEANS, LA 70154-4355 | |
| 10925 | LAKE CHARLES COCA-COLA BOTTLING CO., PO BOX 3003, LAKE CHARLES, LA 70602 | |
| 10925 | LAKE CHARLES COUNTRY CLUB, 3350 COUNTRY CLUB DR., LAKE CHARLES, LA 70605 | |
| 10925 | LAKE CHARLES DIESEL, INC, PO BOX 1707, LAKE CHARLES, LA 70602-1707 | |
| 10925 | LAKE CHARLES DIESEL, INC, PO DRAWER 1707, LAKE CHARLES, LA 70602 | |
| 10925 | LAKE CHARLES ICE PIRATES, 900 LAKESHORE DR., 2ND FL, LAKE CHARLES, LA 70601 | |
| 10925 | LAKE CHARLES ICE PIRATES, PO BOX 2066, LAKE CHARLES, LA 70602-2066 | |
| 10924 | LAKE CHARLES MEMORIAL HOSPITAL, 1701 OAK PARK BLVD., LAKE CHARLES, LA 70601 | |
| 10924 | LAKE CHARLES MEMORIAL HOSPITAL, 1701 OAK PARK BOULEVARD, LAKE CHARLES, LA 70601 | |
| 10925 | LAKE CHARLES METAL TRADES COUNCIL, PO BOX 390, LAKE CHARLES, LA 70602 | |
| 10925 | LAKE CHARLES RECREATION DEPT., 326 PUJO ST -ATTN:BRIDGET RICHIE, LAKE CHARLES, LA 70601 | |
| 10925 | LAKE CHARLES RECREATION DEPT., 326 PUJO ST-ATTN:BRIDGET RICHIE, LAKE CHARLES, LA 70601 | |
| 10925 | LAKE CHARLES RUBBER & GASKET, PO BOX 3205, LAKE CHARLES, LA 70602 | |
| 10925 | LAKE CHARLES SAFE & LOCK, 3110 ENTERPRISE BLVD., LAKE CHARLES, LA 70601 | |
| 10925 | LAKE CHARLES TACKLE, 310 WEST MCNEESE ST, LAKE CHARLES, LA 70605 | |
| 10925 | LAKE CHARLES, SERVICE, ALICE, NY, NY 10078 | |
| 10924 | LAKE CITIES CONCRETE CO, 2002 135 WEST, DENTON, TX 76205 | |
| 10924 | LAKE CITIES CONCRETE CO, P O BOX 1039, DENTON, TX 76201 | |
| 10924 | LAKE CITIES CONCRETE CO, PO BOX 1039, DENTON, TX 76201 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | LAKE CITY INDUSTRIES, 404 W. RAILROAD AVE., LAKE CITY, FL 32055 | |
| 10925 | LAKE CITY PRINTING COMPANY, 1723 WEST SALE ROAD, LAKE CHARLES, LA 70605 | |
| 10924 | LAKE CITY REDI-MIX INC, 328 S. MOREY RD, MCBAIN, MI 49657 | |
| 10924 | LAKE CITY REDI-MIX, INC., 0500 M 72 NW, KALKASKA, MI 49646 | |
| 10924 | LAKE CITY REDI-MIX, INC., 1317 SANBORN ROAD, LAKE CITY, MI 49651 | |
| 10924 | LAKE CITY REDI-MIX, INC., 328 S. MOREY ROAD, MCBAIN, MI 49657 | |
| 10924 | LAKE CITY REDI-MIX, INC., 328 S. MOREY, MCBAIN, MI 49657 | |
| 10924 | LAKE CITY REDI-MIX, INC., 3811 4 MILE ROAD, GRAYLING, MI 49738 | |
| 10924 | LAKE CITY REDI-MIX, INC., 955 EAST CHURCH AVE., REED CITY, MI 49677 | |
| 10924 | LAKE CITY REDI-MIX, INC., P.O. BOX 333, CADILLAC, MI 49601 | |
| 10925 | LAKE CITY SUPPLY, PO BOX 5605, SULPHUR, LA 70663 | |
| 10924 | LAKE CONCRETE & SUPPLY, 8595 OLD HWY 80, LAKE, MS 39092 | |
| 10924 | LAKE CONCRETE, 171 FRONT STREET, LAKE, MS 39092 | |
| 10924 | LAKE CONCRETE, 8595 OLD HWY 8, LAKE, MS 39092 | |
| 10924 | LAKE COUNTY ELECTRIC SUPPLY, 65 SODA BAY RD, LAKEPORT, CA 95453 | |
| 10924 | LAKE COUNTY ELECTRIC SUPPLY, P.O. BOX 69, LAKEPORT, CA 95453 | |
| 10925 | LAKE COUNTY FIRE EQUIPMENT CO., 10 E CHESLEY AVE, EUSTIS, FL 32726 | |
| 10925 | LAKE COUNTY T B ASSN, 813 WASHINGTON ST, WAUKEGAN, IL 60085-5424 | |
| 10924 | LAKE CUMBERLAND REGIONAL HOSPITAL, C/O HICO CONCRETE, INC., SOMERSET, KY 42501 | |
| 10924 | LAKE ERIE DESIGN, 1470 E. 289TH ST., WICKLIFFE, OH 44092 | |
| 10924 | LAKE FOREST CITY HALL, C/O ASC INSULATION & FIREPROOFING, LAKE FOREST, IL 60045 | |
| 10924 | LAKE FOREST ELEMENTRY, 31 SHANNON DRIVE, GREENVILLE, SC 29615 | |
| 10925 | LAKE FOREST SHELL STATION, 7752 LEM TURNER RD, | |
| 10924 | LAKE GREGORY ELEMENTARY, C/O THOMPSONS BUILDING MATERIALS, CRESTLINE, CA 92325 | |
| 10924 | LAKE MICHIGAN COLLEGE, ONE STOP STUDENT CENTER, BENTON HARBOR, MI 49022 | |
| 10924 | LAKE NONA ELEMENTARY, RT 15 NARCOOSE RD., ORLANDO, FL 32819 | |
| 10924 | LAKE NORMAN HIGH SCHOOL, 1105 NORTH CHURCH STREET, CHARLOTTE, NC 28206 | |
| 10924 | LAKE NORMAN REGIONAL MEDICAL CENTER, C/O WARCO CONSTRUCTION, 172 CENTER CHURCH ROAD, MOORESVILLE, NC 28115 | |
| 10924 | LAKE OF THE OZARK HOSPITAL, 54 HOSPITAL DRIVE, OSAGE BEACH, MO 65065 | |
| 10924 | LAKE POINT 2, C/O WARCO, 2539 PERIMETER POINT ROAD, CHARLOTTE, NC 28216 | |
| 10924 | LAKE POINT BAPTIST CHURCH, 701 INTERSTATE 30, ROCKWALL, TX 75087 | |
| 10924 | LAKE POINT CORPORATE CENTER, FN THOMPSON CONSTRUCTION, 2320 CASCADE PAOINT BLVD., CHARLOTTE, NC 28217 | |
| 10924 | LAKE REGION HOSPITAL, BAHL INSULATION, 712 S. CASCADE, FERGUS FALLS, MN 56537 | |
| 10924 | LAKE SIDE CENTER, 1701 PHYLLIAS DRIVE, BENTONVILLE, AR 72712 | |
| 10924 | LAKE SIDE II, C/O ALPHA INSULATION, DULUTH, GA 30136 | |
| 10924 | LAKE VIEW CONCRETE PRODUCTS, 218 LAKE STREET, LAKE VIEW, IA 51450 | |
| 10924 | LAKE VIEW CONCRETE, 218 LAKE STREET, LAKE VIEW, IA 51450 | |
| 10924 | LAKE WEST HOSPITAL, 3600 EUCLID AVE., WILLOUGHBY HILLS, OH 44092 | |
| 10925 | LAKE WINNEPESAUKAH, PO BOX 490, ROSSVILLE, GA 30741 | |
| 10924 | LAKE WOOD MANOR, RICHMOND, VA 23200 | |
| 10925 | LAKE, DONNA, 44 WALTER LANE, SWANSEA, MA 02777 | |
| 10925 | LAKE, EVELYN, POBX 98, SOMERVILLE, NJ 08876 | |
| 10925 | LAKE, GORDON, 730 S PLEASANTBURG DR SUITE 457, GREENVILLE, SC 29607 | |
| 10925 | LAKE, JAMES, 1400 CHICAGO AVE, 405, EVANSTON, IL 60202 | |
| 10925 | LAKE, LUCILLE, 19940 RYAN RD, DETROIT, MI 48234 | |
| 10925 | LAKE, NELEZE, 13 BENT WATER CIRCLE, BOYNTON BEACH, FL 33462 | |
| 10925 | LAKECHARLES, MAX, 333, 33, NY, NY 11111 | |
| 10924 | LAKEFRONT SUPPLY, 2360 W. WOLFRAM, CHICAGO, IL 60618 | |
| 10924 | LAKEHEAD ELECTRIC, 4631 MIKE COLALILLO DRIVE, DULUTH, MN 55807-0000 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LAKEISHA JOURDAN, 15 HARMON RD., SULPHUR, LA 70663 | |
| 10924 | LAKELAND BUILDING SUPPLY, 1400 DELANY ROAD, GURNEE, IL 60031 | |
| 10924 | LAKELAND BUILDING SUPPLY, 1600 DELANY ROAD, GURNEE, IL 60031 | |
| 10924 | LAKELAND CIVIC CENTER, C/O MADER SOUTHEAST, LAKELAND, FL 33802 | |
| 10924 | LAKELAND COLLEGE, 7700 CLOCKTOWER DRIVE, KIRTLAND, OH 44094 | |
| 10924 | LAKELAND CONCRETE PRODUCT, 7520 E MAIN ST, LIMA, NY 14485 | |
| 10924 | LAKELAND CONCRETE PRODUCT, 7525 E MAIN STREET, LIMA, NY 14485 | |
| 10925 | LAKELAND CONCRETE PRODUCTS INC, 7525 EAST MAIN ST, LIMA, NY 14485 | |
| 10924 | LAKELAND CONCRETE PRODUCTS, 7525 E. MAIN ST., LIMA, NY 14485 | |
| 10924 | LAKELAND HEALTH CENTER, BAHL INSULATION, WILLMAR, MN 56201 | |
| 10924 | LAKELAND INCORPORATED, ONE LAKELAND DRIVE, ISLE, MN 56342 | |
| 10924 | LAKELAND INCORPORATED, PO BOX 378, ISLE, MN 56342 | |
| 10924 | LAKELAND MILLWORK, RD 3 BOX 457, CONNEAUT LAKE, PA 16316 | |
| 10925 | LAKELAND SUPPLY, INC, N8 W22380 JOHNSON DRIVE, WAUKESHA, WI 53186 | |
| 10925 | LAKELAND SUPPLY, INC, W227 N764 WESTMOUND DRIVE, WAUKESHA, WI 53186 | |
| 10925 | LAKEMAN, WILLIAM, 10745 LEMARIE DRIVE, CINCINNATI, OH 45241-3068 | |
| 10924 | LAKEPOINT  BLDG#5, C/O WARCO, 5735 GRAND LAKE ROAD, CHARLOTTE, NC 28209 | |
| 10924 | LAKES BRICK & BLOCK, LLC, W3751 BUILDERS COURT, ZENDA, WI 53195 | |
| 10924 | LAKES CLUB, STRATIFORM STRUCTURES, SUN CITY, AZ 85372 | |
| 10925 | LAKES OF GUM COVE, 115 MARTIN LN, LAKE CHARLES, LA 70607 | |
| 10925 | LAKES, VERELENE, 3376 MONTHEATH PASS, DULUTH, GA 30136 | |
| 10925 | LAKESHORE RESTAURANT, 5600 LAKE RESORT TERRACE, CHATTANOOGA, TN 37415 | |
| 10924 | LAKESIDE BLDG PROD OF FL INC, ATTN:  ACCOUNTS PAYABLE, ESTERO, FL 33928 | |
| 10924 | LAKESIDE BLDG PROD OF FL, ATTN:  ACCOUNTS PAYABLE, ESTERO, FL 33928 | |
| 10924 | LAKESIDE BUILDING PRODUCTS, INC, 40 FLORAL, MOUNT CLEMENS, MI 48043 | |
| 10924 | LAKESIDE BUILDING PRODUCTS, INC., 40 FLORAL, MOUNT CLEMENS, MI 48043 | |
| 10924 | LAKESIDE CONTRACT., 524 BARBRA ST., SCHEREVILLE, ID 46375 | |
| 10924 | LAKESIDE CONTRACTOR SUPPLY, 524 BARBARA ST., SCHERERVILLE, IN 46375 | |
| 10924 | LAKESIDE HEALTH PARK, E&K OF OMAHA, OMAHA, NE 68137 | |
| 10925 | LAKESIDE LIMITED INC, BRUCE E HILDEN VP-CONTROLLER, 5001 BOONE AVE NORTH, NEW HOPE, MN 55428 | |
| 10925 | LAKESIDE LIMITED, DORSEY & WHITNEY B ANDREW BROWN, 220 SOUTH SIXTH ST, MINNEAPOLIS, MN 55402-1498 | |
| 10924 | LAKESIDE MANUFACTURING, BLDG. 6693, SODUS, NY 14551 | |
| 10925 | LAKESIDE MEDICAL CENTER, 4626 HWY 58, CHATTANOOGA, TN 37416 | |
| 10924 | LAKESIDE MIDDLE SCHOOL, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | LAKESIDE PHARMACY, 4632 HWY. 58, CHATTANOOGA, TN 37421 | |
| 10924 | LAKESIDE TECHNICAL CENTER, CORNER OF CERMAK AND, MARTIN LUTHER KING JR. DR, CHICAGO, IL 60616 | |
| 10925 | LAKE-TRONICS, 2555 N E BELVUE, CORVALLIS, OR 97330 | |
| 10924 | LAKEVIEW COMMUNITY HOSPITAL, 408 HAZEN STREET, PAW PAW, MI 49079 | |
| 10924 | LAKEVIEW CONCRETE PROD CO, P O BOX 289, LAKE VIEW, IA 51450 | |
| 10924 | LAKEVIEW CONCRETE, 218 LAKE ST., LAKE VIEW, IA 51450 | |
| 10924 | LAKEVIEW CONCRETE, P O BOX 289, LAKE VIEW, IA 51450 | |
| 10924 | LAKEVIEW REDI-MIX CO, H C 10 BOX 615, LAKEVIEW, OR 97630 | |
| 10924 | LAKEVIEW REDI-MIX CO., HC 10 BOX 615, LAKEVIEW, OR 97630 | |
| 10925 | LAKEVIEW VALVE & FITTING CO., 11621 S AUSTIN AVE, ALSIP, IL 60803 | |
| 10925 | LAKEVIEW VALVE & FITTING CO., 11621 S. AUSTIN AVE., ALSIP, IL 60803 | |
| 10924 | LAKEVILLE HIGH SCHOOL, 19600 IPAVA AVENUE, LAKEVILLE, MN 55044 | |
| 10924 | LAKEVILLE REDI MIX, P.O. BOX 682, SOUTH CARVER, MA 02366 | |
| 10924 | LAKEVILLE REDI MIX, TREMONT ST., SOUTH CARVER, MA 02366 | |
| 10924 | LAKEVILLE REDI-MIX, P.O.BOX 682, SOUTH CARVER, MA 02366 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LAKEWAY BUILDING PRODUCTS, 2324 LAKEWAY CIRCLE, PARIS, TN 38242

10924   LAKEWAY INN & CONFERENCE CENTER, 101 LAKEWAY DR., LAKEWAY, TX 78734

10924   LAKEWEST HOSPITAL, 36000 EUCLID AVENUE, WILLOUGHBY, OH 44094

10925   LAKEWOOD INSTRUMENTS, INC, 5730 N. GLEN PARK RD., MILWAUKEE, WI 53209

10924   LAKEWOOD MALL, CINEPLEX ODEON, REDMOND, WA 98052

10924   LAKEWOOD OFFICE BUILDING, 7600 N. CAPITOL OF TEXAS, AUSTIN, TX 78731

10924   LAKEWOOD PUBLICATIONS INC, 50 SOUTH NINTH ST, MINNEAPOLIS, MN 55402

10925   LAKEWOOD PUBLICATIONS INC, 50 SOUTH NINTH ST, MINNEAPOLIS, MN 55402

10925   LAKEWOOD SHELL, JAMES RENFROE, 5640 SAN JOSE BLVD, JACKSONVILLE, FL 32207-7616

10925   LAKHANPAL, BALBIR, 6328 DEPARTED SUNSET, COLUMBIA, MD 21044

10924   LAKIN COATINGS, INC., MEDLEY, FL 33178

10925   LAKIN LAW FIRM, 301 EVANS AVE, PO BOX 27, PO BOX 27, WOOD RIVER, IL 62095-0027

10925   LAKOMIAK, JANET, RT 1 BOX 328, MOMENCE, IL 60954

10925   LALA, ANTONIA, 369 SIOUX DR, ABITA SPRINGS, LA 70420

10925   LALA, VIKI, 6916 MERLE ST, METAIRIE, LA 70003

10925   LALAMA, GEORGE, 129 49TH ST APT # 2, UNION CITY, NJ 07087

10925   LALAMA, RICHARD, RR 1 BOX 168, LIMERICK, ME 04048-9717

10924   LALANI QSR, INC., 1111-B HOLLIDAY, WICHITA FALLS, TX 76301

10925   LALANI/REG. FOOD SYSTEMS #9312, 1111-B HOLLIDAY, WICHITA FALLS, TX 76301

10925   LALAS, LEILA, 1403 JASMINE CIR., ROHNERT PARK, CA 94928

10925   LALIBERTE, JAMES, 4 ROBY ROAD, NASHUA, NH 03060

10925   LALIBERTE, KAREN A, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925   LALIBERTE, KAREN, 1599 NW 7TH ST, BOCA RATON, FL 33486

10925   LALIME, GERARD, RR #8, BOX 5543, BRUNSWICK, ME 04011

10925   LALLI JT TEN, ANTHONY J & PATRICIA, 306 SARAH CIRCLE, ORANGE, CT 06477-3329

10925   LALLI, ANTHONY J, 306 SARAH CIRCLE, ORANGE, CT 06477-3329

10925   LALLY, MICHAEL, 136 HALL AVE. #15, BURLINGTON, NC 27215

10925   LALLY, MICHAEL, 5730 CRANE PL, ORLANDO, FL 32807

10925   LALMOND, JOHN T, 7500 GRACE DR., COLUMBIA, MD 21044

10925   LALMOND, JOHN, PO BOX 32094, BALTIMORE, MD 21282

10925   LALONDE, JAMES, 11610 TILIA ST, HOUSTON, TX 77029

10925   LALONDE, JOANNE, 5405 WELLS DR, PARLIN, NJ 08859

10925   LALONE, CHRIS, 2335 PALERMO, UPLAND, CA 91786

10925   LALOR, ROGER, 1419 WASHINGTON, IOWA FALLS, IA 50126

10924   LAM ELECTRICAL SUPPLY CO., PO BOX 429, GOSHEN, NY 10924

10924   LAM ELETRICAL SUPPLY, ROUTE 17 M, GOSHEN, NY 10924

10925   LAM, DUNG, 2733 WOODMERE BLVD, HARVEY, LA 70058

10925   LAM, HIEP, 13612 LORNA ST., GARDEN GROVE, CA 92844

10925   LAM, KHUNG, 28 RAINBOW CIRCLE, PEABODY, MA 01960

10925   LAM, KHUNG, 98 REAR MAIN ST, PEABODY, MA 01960

10925   LAM, MARTIN, 24 OLD RUNNELLS BRIDGE RD, HOLLIS, NH 03049

10925   LAM, MICHAEL, 201 S PRESTON LOT 24, BURKBURNETT, TX 76354

10925   LAM, MONICA, 1029 HORIZON ST, CALEXICO, CA 92237

10925   LAM, NGA, 18 REED AVE, EVERETT, MA 02149

10925   LAM, PAUL, 2276 CENTRE AVE, BELLMORE, NY 11710-3407

10925   LAM, ROBIN, RT. 3 BOX 500, BLACKSTONE, VA 23824

10925   LAM, THUAN, 3546 ALETHA DRIVE, BATON ROUGE, LA 70814

10925   LAM, THUY, 185 CRESCENT ST, ROCKLAND, MA 02370

10925   LAMA, GILDA, 142 SHOREWAY, OAKDALE, NY 11769-1933

10925   LAMACHE, RAUL, 1806 WILSON LN # 203, MCLEAN, VA 22102

10925   LAMADELEINE, FELICE, 185 WELLMAN AVE, NO CHELMSFORD, MA 01863

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LAMAINA, DAVID J, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | LAMAINA, DAVID, 4763 NW 14TH DRIVE, COCONUT CREEK, FL 33063 | |
| 10925 | LAMAN, ALTON, 70 GIBSON WELLS RD, HUMBOLDT, TN 38343 | |
| 10925 | LAMANA, FELICIA, 527 STEINWAY ROAD, SADDLEBROOK, NJ 07663 | |
| 10925 | LAMANA, FELICIA, 53 63RD ST, WEST NEW YORK, NJ 07093 | |
| 10924 | LAMAR CONCRETE INC., HWY 11 NORTH, PURVIS, MS 39475 | |
| 10924 | LAMAR CONCRETE INC., PO BOX616, PURVIS, MS 39475 | |
| 10924 | LAMAR COUNTY READY MIX, P.O. BOX 616, PURVIS, MS 39475 | |
| 10925 | LAMAR COX, POBOX 14505, GREENVILLE, SC 29611 | |
| 10924 | LAMAR HIGH SCHOOL, 4310 FM 723, RICHMOND, TX 77469 | |
| 10924 | LAMAR JUNIOR HIGH SCHOOL, 4310 FM 723, RICHMOND, TX 77469 | |
| 10925 | LAMAR, ANTHONY, 207 KELSEY AVE #2, GRIFFIN, GA 30223 | |
| 10925 | LAMAR, DELANO, 8545 W. APPLETON, MILWAUKEE, WI 53225 | |
| 10925 | LAMARCA, JOSEPH, 5067 FAYANN ST, ORLANDO, FL 32812 | |
| 10925 | LAMARCHE, RICHARD, 171 FREEDOM ST, NORTH FORT MYERS, FL 33917 | |
| 10924 | LAMART CORPORATION, 37 CHESTNUT STREET, CLIFTON, NJ 07015 | |
| 10924 | LAMART CORPORATION, PO BOX 1648, CLIFTON, NJ 07015 | |
| 10925 | LAMARTINA, DAN, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | LAMARTINA, DANIEL, 6428 WILBEN ROAD, LINTHICUM, MD 21090 | |
| 10925 | LAMARTINA, JOSEPH, 101 CLARK ST, 14F, BROOKLYN, NY 11201 | |
| 10925 | LAMARTINIERE, ARLIE, RT. 1, BOX 138, HESSMER, LA 71341 | |
| 10925 | LAMASCUS, ROYCE, 2102 N. TOM GREEN, ODESSA, TX 79761 | |
| 10924 | LAMB ENGINEERING, 3300 NORTH 1200 WEST, TOOELE, UT 84074 | |
| 10925 | LAMB JR, ROBERT V, 425 MIDLAND RD, SOUTHERN PINES, NC 28387-3317 | |
| 10925 | LAMB JR., EDWARD, 5570 ARUDEL DR, ATLANTA, GA 30327 | |
| 10925 | LAMB, ANTHONY, 3600 OLDS RD, OXNARD, CA 93033 | |
| 10925 | LAMB, BRUCE, 6009 DEERSPRING RD, CICERO, NY 13039 | |
| 10925 | LAMB, CHARLES, 5825 OLD LAKELAND RD, WINTER HAVEN, FL 33880 | |
| 10925 | LAMB, DELORES, 9704 TALLWOOD DRIVE, INDIAN TRAIL, NC 28079 | |
| 10925 | LAMB, JEFFERY, 1210 PLEASANT PINE ROAD, MOUNT PLEASANT, SC 29464-3738 | |
| 10925 | LAMB, KENNETH, 820 PAVILLION, DALLAS, TX 75204 | |
| 10925 | LAMB, LEROY, 1025 MARTIN ST., LAKEPORT, CA 95453 | |
| 10925 | LAMB, LONNIE, RT. 3, BOX 147, FAIRFIELD, TX 75840 | |
| 10925 | LAMB, LYNETTE, PO BOX 332, LUMBERTON, NC 28359 | |
| 10925 | LAMB, MARVIN, 1018 AVE G., ODESSA, TX 79763 | |
| 10925 | LAMB, MICHAEL, 5612 BRIARGROVE DR, WICHITA FALLS, TX 76310 | |
| 10925 | LAMB, PHILLIP, 3723 OAK HURST, KNOXVILLE, TN 37919 | |
| 10925 | LAMB, ROBERTA, 2217 W. LLOYD, MILWAUKEE, WI 53205 | |
| 10925 | LAMB, ROY, 1393 WIND CREST DR., MORRISTOWN, TN 37814 | |
| 10925 | LAMB, SUSAN, 11285 3RD ST EAST, TREASURE ISLAND, FL 33706 | |
| 10924 | LAMBDA, 1819 W FRIENDLY AVENUE, GREENSBORO, NC 27403 | |
| 10924 | LAMBDA, 2108 D CHESHIRE WAY, GREENSBORO, NC 27405 | |
| 10925 | LAMBELIN, YVES, 01 BOITE POSTALE 1289, 01, ABIDJAN, IVORY COAST | *VIA Deutsche Post* |
| 10925 | LAMBERSON, MICHAEL, 102-2 FINLEY ST, CLEMSON, SC 29631 | |
| 10924 | LAMBERT  / WAREHOUSE, 68 KAHLER RD, BIG FLATS, NY 14814 | |
| 10924 | LAMBERT AIRPORT JOB, 9870 AIR CARGO RD., SAINT LOUIS, MO 63134 | |
| 10924 | LAMBERT ASBESTOS REMOVAL SERVICE, CAMBRIDGE, MA 02140 | |
| 10924 | LAMBERT ASBESTOS REMOVAL, SERVICE, ELMIRA HEIGHTS, NY 14903 | |
| 10925 | LAMBERT COMPANY INC, 71 INNERBELT ROAD, SOMERVILLE, MA 02143 | |
| 10924 | LAMBERT CORP, 20 N COBURN AVE, ORLANDO, FL 32805 | |
| 10924 | LAMBERT CORPORATION OF AMERICA, 20 N. COBURN AVE., ORLANDO, FL 32805 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  LAMBERT REDI MIX, P.O.BOX 1070, SAINT FRANCISVILLE, LA 70775

10925  LAMBERT, BENJAMIN, RT 4 BOX 374, GEORGETOWN, SC 29440

10925  LAMBERT, CHRISTOPHER, ROUTE 1, BOX 38-N, HAWLEY, TX 79525

10925  LAMBERT, D, 11585 N HARRELLS FERAY #10-2, BATON ROUGE, LA 70816

10925  LAMBERT, DIANE, 1927 LEHIGH ST, EASTON, PA 18042

10925  LAMBERT, EDNA, 847 LONG-COVE ROAD, GLEN BURIE, MD 21061

10925  LAMBERT, EVERETT, HC52 BOX 537A, GRAFORD, TX 76449

10925  LAMBERT, GEORGE, 1058 SCHWARTZ RD, PULASKI, WI 54162

10925  LAMBERT, GILBERT, 4807 BREEZY PT. RD., CHESAPEAKE BEACH, MD 20732

10925  LAMBERT, HENRY, RT. 2, BOX 53-C, MAGNOLIA, MS 39652

10925  LAMBERT, JAMES, 20 GERRY ROAD, CHESTNUT HILL, MA 02167

10925  LAMBERT, JUDY, 1533 BOBOLIAK DR, MOBILE, AL 36605

10925  LAMBERT, KELLY, 324 S. ONTARIO, DEPERE, WI 54115

10925  LAMBERT, LOURRIE, 7136 KENSINGTON APTE, INDIANAPOLIS, IN 46226

10925  LAMBERT, RAY, 211 BONFIELD AVE, OXFORD, MD 21654

10925  LAMBERT, REGINALD, 26412 OLD HWY 20, MADISON, AL 35758

10925  LAMBERT, ROBERT, 3202 N. PECAN, FORT WORTH, TX 76106

10925  LAMBERT, ROBERTA, 583 S. 3RD AVE., APT. 3, KANKAKEE, IL 60901

10925  LAMBERT, RODNEY, 371 MADISON ST, FALL RIVER, MA 02720

10925  LAMBERT, SHARISSA, 7925 S 80 E. AVE, TULSA, OK 74133-3638

10925  LAMBERT, STEPHANIE, 480 WORTHINGTON ROAD, MILLERSVILLE, MD 21108

10925  LAMBERT, TARA, 565 SPARKS BLVD, BT888, SPARKS, NV 89434

10925  LAMBERT, TOBY, 3752 HERON LN, GREEN BAY, WI 54311

10925  LAMBERT, WAYNE, 2836 BLUE MOON DR, GREEN BAY, WI 54311

10925  LAMBERT, WILLIAM, 2111 SHADOWBAY CIRCLE, LEAGUE CITY, TX 77573

10925  LAMBERTH, CHARLES, 209 MISTY VIEW COURT, PASADENA, MD 21122

10925  LAMBERTH, JUDITH, 712 INWOOD DR., BAYTOWN, TX 77521

10925  LAMBERTS COFFEE SVC INC, PO BOX 181252, MEMPHIS, TN 38181-1252

10925  LAMBERTSON, DAVID, 7707 COURTYARD RUN W, BOCA RATON, FL 33433

10925  LAMBETH, MICHELLE, 8113 FAWN ST, BAKERSFIELD, CA 93311

10925  LAMBI, CHRISTOPHER, 4612 WILFOX AVE., READING, PA 19605

10925  LAMBI, GREGORY, 1132 WHITNER ROAD, READING, PA 19605

10925  LAMBIE, ROBERT, 8810 S.W. 132 PLACE APT. 101, MIAMI, FL 33186

10925  LAMBIRTH, JUANITA, 4320 N. PASADENA, INDIANAPOLIS, IN 46226

10925  LAMBKIN, DEBORAH, 6412 BALFOUR DRIVE, HYATTSVILLE, MD 20782

10925  LAMBRECHT, PAUL, 1536 SHERIDAN ROAD, COOPERSBURG, PA 18036

10925  LAMBRICH, JERRY, 3862 S HAMPTON RD, PHILPOT, KY 42366

10925  LAMBRICH, KEITH, 8515 HWY. 762, PHILPOT, KY 42366

10925  LAMBRICH, LARRY, 6014 OLD KY 54, PHILPOT, KY 42366

10925  LAMBRIGHT, KEVIN, 2206 CANTRBURY, DEER PARK, TX 77536

10925  LAMBS HEATING AND AIR CONDITIONING, 385 SLOAN RD., WOODRUFF, SC 29388

10925  LAMBS MACHINE WORKS, INC, 296 E. MALLORY AVE., MEMPHIS, TN 38109

10925  LAMBUS, NICOLE, 232 PORTAGE TRAIL, JEFFERSONVILLE, IN 47130

10925  LAM-CHOY, YUEN, 19 OLD FORGE ROAD, WEYMOUTH, MA 02190

10924  LAMCO INDUSTRIES, 5610 KNOXVILLE HWY, OLIVER SPRINGS, TN 37840

10924  LAMCO INDUSTRIES, P.O. BOX 320, COALFIELD, TN 37719

10925  LAMEL, CINDY, 12175 SW 71 CT, MAIMI, FL 33156

10925  LAMENDOLA, DONNA, 175 HUFFER RD, HILTON, NY 14468

10925  LAMENDOLA, MARK, PO BOX 2717, OWENSBORO, KY 42302

10925  LAMERS, JEFFREY, W749 CTY TRK ZZ, KAUKAUNA, WI 54130

10925  LAMERS, TRACEY, 413 SOUTH RANDALL AVE, 2, MADISON, WI 53715

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10925    LAMILLA, GREGORIO, 1074 NW 13TH ST, 269C, BOCA RATON, FL 33486

10925    LAMILLA, GREGORIO, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    LAMINATED FILMS & PACKAGING INC, 3560 LAFAYETTE ROAD, PORTSMOUTH, NH 03801

10924    LAMINATED PAPER INC., 54 WINTER ST, HOLYOKE, MA 01040

10924    LAMINATED PLASTICS CO, 90 WASHINGTON STREET, HAVERHILL, MA 01831

10925    LAMINATED PLASTICS COMPANY, 7 EXECUTIVE PARK DRIVE, BILLERICA, MA 01862

10925    LAMKIE JT TEN, STANLEY A & AGNES V, BOX 843, REDLANDS, CA 92373-0261

10924    LAMKIN GYMNASIUM, NORTH WEST MISSOURI STATE UNIV., MARYVILLE, MO 64468

10925    LAMM, DANIEL, 566 BUTTER LANE, LEESPORT, PA 19533

10925    LAMM, K.K., 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487

10925    LAMM, KATHY, 8791 INDIAN RIVER RU, BOYNTON BEACH, FL 33437

10925    LAMM, LISA, 2508 FAIRMONT CHURCH, SEWICKLEY, PA 15143

10925    LAMM, ROBERT B, 2588 NW 64TH BLVD, BOCA RATON, FL 33496-2011

10925    LAMM, ROBERT B, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    LAMM, ROBERT, 2588 NW 64TH BLVD, BOCA RATON, FL 33496

10925    LAMMERS, KRISTEN, 422 ESPANOLA AVE, ALBUQUERQUE, NM 87108

10925    LAMMON, ERIC, 931 E EDGEMONT AVE, MONTGOMERY, AL 36111

10925    LAMOND P.E., JOSEPH F, 3410 SOUTHAMPTON DRIVE, JEFFERSONTON, VA 22724

10925    LAMOND, JOAN, STAGE POINT BOX 943, MANOMET, MA 02345

10925    LAMOND, MICHAEL, 7124 FORBES BLVD, SEABROOK, MD 20706

10925    LAMONT, AGNES, 40025 FREMONT BLVD, 802, FREMONT, CA 94538

10925    LAMONT, JOHN, 410 NORTH PROSPECT ROUTE 1, APPLE RIVER, IL 61001

10925    LAMONT, NICOLE, 2700 COTTAGE PLACE #209, GREENSBORO,, NC 27455

10925    LAMONT, WADE, 8155 N MOHAWK RD, FOX POINT, MI 53217

10925    LAMONTRE CASE COMPANY INC, 10-10 44TH AVE, LONG ISLAND CITY, NY 11101

10925    LAMONTS TRUCKING, 36 HOWARD ST, LAWRENCE, MA 01841

10925    LAMOREAUX, EDNA, PO BOX 393, RHODODENDRON, OR 97049

10925    LAMOREUX, DAVID, 4905 HEATHMORE DR., INDIANAPOLIS, IN 46237

10925    LAMORTICELLI, RENE, 314 FOREST ST, ARLINGTON, MA 02174

10925    LAMOTHE, ALFRED, 16 WISSER ST, WILMINGTON, MA 01887

10925    LAMOTHE, AMY, 16 WISSER ST, WILMINGTON, MA 01887

10925    LAMOTHE, AMY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    LAMOTTE COMPANY, PO BOX 329, CHESTERTOWN, MD 21620-0329

10925    LAMOTTE, SHARON, 514 WATER ST, MOMENCE, IL 60954

10925    LAMOUNTAIN, KAREN, 158 KINDERNE AVE., BRIDGEWATER, NJ 08807

10925    LAMOUREAUX, CONSTANCE, 255 FERNCREST DR, TAUNTON, MA 02780

10925    LAMOUREUX JR, JOSEPH, 28 HOWARD ROAD, CUMBERLAND, RI 02864

10925    LAMOUREUX, DAVID, 13 PEARL ST, NATICK, MA 01760

10925    LAMOUREUX, ROBERT, 335 E MAIN ST, NORTH ADAMS, MA 01247

10925    LAMP SHADE HOUSE, 4870 SUMMER AVE, MEMPHIS, TN 38122

10925    LAMPE TRAVEL, 111 CLINTONIAN PLAZA - RTE 50, BREESE, IL 62230

10925    LAMPE, ADRIAN, BOX 30, HOUGHTON, IA 52631

10925    LAMPE, ERNEST, 1447 FOSTER WOODS RD., WELLMAN, IA 52356

10925    LAMPE, JAMES, 3733 N. SPAULDING, CHICAGO, IL 60618

10925    LAMPELLA, CHRIS, 39 FORD RD, ROME, GA 30161

10925    LAMPETER JOINT VENTURE, 335 CENTRAL AVE, LAWRENCE, NY 11559

10925    LAMPETER JOINT VENTURE, BASSER KAUFMAN, 335 CENTRAL AVE, LAWRENCE, NY 11559

10925    LAMPETER JOINT VENTURE, SPECTOR & FELDMAN, 800 SECOND AVE., NEW YORK, NY 10017

10925    LAMPHERE, MARK, 7495 RED HILL ROAD, KELSEYVILLE, CA 95451

10925    LAMPHERE, RICHARD, 2881 MEADOW, LAKEPORT, CA 95453

10925    LAMPHERE, WADE, 2881 MEADOW DR., LAKEPORT, CA 95453

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LAMPIEN, MICHELLE, 12305 SOUTH HILLS DRIVE, RENO, NV 89511

10925   LAMPKIN, KENNARD, 10401 SW 151 TERR, MIAMI, FL 33176

10925   LAMPKIN, STACEY, 1532 AVE H, ANSON, TX 79501

10925   LAMPLEY, PATRICIA, 8 SOUTH ASH, MOMENCE, IL 60954

10925   LAMPLEY, SAUNDRA, 445 E CENTURY BLVD, #2, LOS ANGELES, CA 90003

10925   LAMPLEY, TERRY, 1621 BRIARWOOD RD, ATLANTA, GA 30319

10925   LAMPRECHT, ROSEMARY, 2805 BALMORAL COURT, SOMERVILLE, NJ 08876

10925   LAMPRON, PAULA, 33 WHITE ROCK RD, YARNMOUTH, MA 02675

10925   LAMPSA JT TEN, LAWRENCE V & CAROL M, 302 S THOMAS, LOYAL, WI 54446-9574

10925   LAMPTON, DAVID, 2530 BISONTINE, FRIENDSWOOD, TX 77546

10924   LAMPUS R I CO-, 816 RAILROAD ST, SPRINGDALE, PA 15144

10925   LAMROUEX, EDITH, 900 9TH AVE E 148, PALMETTO, FL 34221

10925   LAMY, RAYMOND, 129 DRACUT ST, LOWELL, MA 01854-1635

10925   LAN CON, 4802 EAST 2ND ST, BENICIA, CA 94510

10925   LAN MAGAZINE, POBOX 58123, BOULDER, CO 80322-8123

10925   LANA R SEGUIN, 20 PEARL ROAD, BOXFORD, MA 01921-1203

10925   LANAHAN, ALICE, 2000 MILLER AVE, 14, MILLVILLE, NJ 08332-1529

10925   LANAM, JENNIFER, 13901 LEOPARD #405, CORPUS CHRISTI, TX 78410

10924   LANARK READY MIX, 683 N BROAD, LANARK, IL 61046

10924   LANARK READY MIX, BOX 93, LANARK, IL 61046

10924   LANARK READY MIX, P O BOX 93, LANARK, IL 61046

10924   LANARK-FORRESTON READY MI, P.O. BOX 93, LANARK, IL 61046

10925   LANASA, BETTY, 4414 MARTINIQUE, WICHITA FALLS, TX 76308

10925   LANATTA, FERNANDO, 2627 HALISSEE ST., COCONUT GROVE, FL 33133

10924   LANBERT & INTRERI INC., P.O. BOX 2014, MECHANICSBURG, PA 17055

10924   LANCASTER CONTAINER COMPANY, ROUTE 999, WASHINGTON BORO, PA 17582

10924   LANCASTER GEN. HOSPITAL/HEALTH CAM, 32 PLUM STREET, TRENTON, NJ 08638

10925   LANCASTER LABORATORIES, INC,

10924   LANCASTER LIBRARY, 11111 PLANO ROAD, DALLAS, TX 75238

10924   LANCASTER LIBRARY, ZELLNER, LANCASTER, CA 93534

10924   LANCASTER SHERIFF STATION, PERLITE PLASTERING, LANCASTER, CA 93534

10924   LANCASTER SILO CO., 2436 CREEK HILL RD., LANCASTER, PA 17601

10925   LANCASTER SYNTHESIS, INC, PO BOX 31037, HARTFORD, CT 06150-1037

10925   LANCASTER SYNTHESIS, LTD, PO BOX 1000, WINDHAM, NH 03087

10925   LANCASTER, BRENDA, 1625 E STEWART ST, APT C, FORT COLLINS, CO 80525

10925   LANCASTER, DARRELL, 6006 HWY 101, WOODRUFF, SC 29388

10925   LANCASTER, DEBORAH, 149 GREGORY ST, ROEBUCK, SC 29376

10925   LANCASTER, ERNEST, 1815 ARBUTUS AVE, BALTIMORE, MD 21227

10925   LANCASTER, FLOYD, 111 FOWLER RD APT 9, SIMPSONVILLE, SC 29681-2644

10925   LANCASTER, JAY, 211 E. 6TH AVE, DURANGO, CO 81301

10925   LANCASTER, JUDY, 206 ALICE FARR DRIVE, GREENVILLE, SC 29611

10925   LANCASTER, KAREN, 6006 HWY 101, WOODRUFF, SC 29388

10925   LANCASTER, LINDA, 5226 FOXMOOR CT, ABILENE TX, TX 79605

10925   LANCASTER, PATRICIA, 1611 SW BUFFUM LN, PORT ST LUCIE, FL 34984

10925   LANCASTER, RONALD, 450 BROWNING RD, ENORA, SC 29335

10925   LANCASTER, RONALD, 450 BROWNING ROAD, ENOREE, SC 29335

10925   LANCASTER, STEVEN, 104 SANDERLING DRIVE, GREENVILLE, SC 29607

10925   LANCE BUCKLEY, 13841 S MULLEN ST, OLATHE, KS 66062-4589

10925   LANCE CONSTRUCTION SUPPLIES, INC, 4225 W. OGDEN AVE., CHICAGO, IL 60623

10924   LANCE CONSTRUCTION SUPPLY, 4225 W. OGDEN AVENUE, CHICAGO, IL 60623

10925   LANCE LOVICK, 762 FLAMINGO ROAD, SANDPOINT, ID 83964

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LANCE, 4225 WEST OGDEN AVE, CHICAGO, IL 60623 | |
| 10925 | LANCE, ALAN, STATEHOUSE, BOISE, ID 83720-1000 | |
| 10925 | LANCE, DELORES, 17600 NW 5TH AVE #1014, MIAMI, FL 33169 | |
| 10925 | LANCE, JAMES, 81 ST. MICHAELS ST, BOURBONNAIS, IL 60914 | |
| 10925 | LANCE, SANDRA, 13 HAUGHTY CT, GREENVILLE, SC 29609 | |
| 10925 | LANCEA, III, VICTOR, 3629 RIDGE ROAD, WESTMINSTER, MD 21157-7711 | |
| 10925 | LANCER CONTRACTING & SVC CO, POBOX 101, MEDFORD, MA 02155 | |
| 10925 | LANCEY CASCADEN, 2534 GLEN CIRCLE, GRAND FORKS, ND 58201-5189 | |
| 10925 | LANCLOS, JAMES, 1010 ANNA ST, ARNAUDVILLE, LA 70517 | |
| 10924 | LANCO MANUFACTURING CORPORATION, URB APONTE NUM, 5, SAN LORENZO, IT 754UNK | *VIA Deutsche Post* |
| 10925 | LAN-CON, 3195 PARK ROAD, SUITE F, BENICIA, CA 94510 | |
| 10925 | LAND & MARINE RENTAL CO., MILE 26 1/2 N, KENAI, AK 99635 | |
| 10925 | LAND COAST INSULATION INC, P O BOX 14110, NEW IBERIA, LA 70562 | |
| 10924 | LAND COAST, 9822 WHITHORN DRIVE, HOUSTON, TX 77095 | |
| 10925 | LAND CONTAINER DIV OF LAND, PO BOX 8500-(S7485), PHILADELPHIA, PA 19178-7485 | |
| 10925 | LAND DESIGN SYSTEMS, INC, PO BOX 52-2151, MIAMI, FL 33152-2151 | |
| 10925 | LAND MANAGEMENT CONSULTANTS INC, 7004 ARROYO DEL OSO NE, ALBUQUERQUE, NM 87109 | |
| 10924 | LAND O LAKES INC., PO BOX 64101, SAINT PAUL, MN 55164-0101 | |
| 10924 | LAND O LAKES, 206 SECOND STREET NE, PINE ISLAND, MN 55963-7514 | |
| 10924 | LAND O LAKES, 306 PARK STREET, SPENCER, WI 54479-0160 | |
| 10925 | LAND O LAKES, P. O. BOX 738, PINE ISLAND, MN 55963-0738 | |
| 10924 | LAND O LAKES, PO BOX 160, SPENCER, WI 54479-0160 | |
| 10925 | LAND, G, 301 WEST MADISON ST, DURANT, MS 39063 | |
| 10925 | LAND, JACKSON, 102 DUN-ROAMIN DRIVE, SALUDA, NC 28773 | |
| 10925 | LAND, JOHN, 2107 LOU DR W., JACKSONVILLE, FL 32216 | |
| 10925 | LAND, JOHNNY, 404 CHUCKWOOD DRIVE, SIMPSONVILLE, SC 29680 | |
| 10925 | LAND, PATSY, 802 B. W. KNOX, ENNIS, TX 75119 | |
| 10925 | LAND, RAYMOND, 22 LESTER AVE, GREENVILLE, SC 29609 | |
| 10925 | LAND, REUBEN, 1908 PENNINGTON ROAD, EWING, NJ 08618 | |
| 10925 | LANDAS, SEVILLA, 1845 W AQUARIUS ST. LONG BEACH, LONG BEACH, CA 90810 | |
| 10925 | LANDAU, DAVID H, 5108 CANOSA AVE, SAN DIEGO, CA 92117-4019 | |
| 10925 | LANDAU, LISA, MORRIS CD4-4, BOSTON, MA 02780 | |
| 10925 | LANDAUER INC, 2 SCIENCE ROAD, GLENWOOD, IL 60425-1586 | |
| 10925 | LANDAUER, 2 SCIENCE RD., GLENWOOD, IL 60425-1586 | |
| 10925 | LANDEAU, MICHAEL, N2701 HWY 55, KAUKAUNA, WI 54130 | |
| 10925 | LANDEN, TERESA, 116 MORGAN DR, ROANOKE RAPIDS, NC 27870 | |
| 10924 | LANDER COLLEGE, 402 DURST AVE. WEST, GREENWOOD, SC 29646 | |
| 10925 | LANDER INTERNATIONAL, POST OFFICE BOX 1370, EL CERRITO, CA 94530 | |
| 10925 | LANDER, CHARLES, 2690 118TH AVE SE#104, BELLEVUE, WA 98005 | |
| 10925 | LANDERS, JOHN, 402 WEMBERLY LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | LANDERS, LAURA, 304 W WASHINGTON, IOWA PARK, TX 76367 | |
| 10925 | LANDERS, LEOLA, 6529 1/2, LOS ANGELES, CA 90043 | |
| 10925 | LANDERS, LLOYD, 3839 2ND AVE, DES MOINES, IA 50316 | |
| 10925 | LANDERS, MARY, 309 DUNELLEN AVE , 3RD FL, DUNELLEN, NJ 08812 | |
| 10925 | LANDERS, MICHAEL, 7804 MERIDIAN ST., MIRAMAR, FL 33023 | |
| 10925 | LANDERS, RONALD, PO BOX 2067, MERIT, TX 75458 | |
| 10925 | LANDERS, TIMOTHY, 417 N. 16TH ST, GRIFFIN, GA 30223 | |
| 10925 | LANDES, JOSEPH, 2701 W BELLFORT, 1508, HOUSTON, TX 77054 | |
| 10925 | LANDESMAN, SHERRY, 10255 E. VIA LINDA, SCOTTSDALE, AZ 85258 | |
| 10925 | LANDI, JAMES, 118 84TH ST, BROOKLYN, NY 11209 | |
| 10925 | LANDIAK, MICHAEL, 2809 BLANCO, WICHITA FALLS, TX 76308 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LANDICHO, GENOVEVA, 4579 PASEO DEL LA, BONITA, CA 91902 | |
| 10925 | LANDIN, MICHAEL, 2542 MOLAND ST, MADISON, WI 53704 | |
| 10924 | LANDING @ PORT IMPERIAL, THE, C/O PYROMAX, RIVER ROAD, WEST NEW YORK, NJ 07093 | |
| 10925 | LANDIS AND STAEFA INC, 10111 BUSINESS DR, MIRAMAR, FL 33025 | |
| 10924 | LANDIS BLOCK CO INC., CNTY LINE RD/CHESTNUT ST, SOUDERTON, PA 18964 | |
| 10924 | LANDIS BLOCK CO, P O BOX 415, SOUDERTON, PA 18964 | |
| 10924 | LANDIS BLOCK CO, PO BOX415, SOUDERTON, PA 18964 | |
| 10925 | LANDIS SALES ASSOCIATES, 109 BLUEGRASS CIRCLE, LANDISVILLE, PA 17538 | |
| 10925 | LANDIS TRANSPORTATION, INC, PO BOX 14807, READING, PA 19612-4807 | |
| 10925 | LANDIS, DENISE, 25 RORER AVE., HATBORO, PA 19040 | |
| 10925 | LANDIS, ESQ, ADAM G, KLETT, ROONEY, LIEBER & SCHORL, 1000 WEST ST #1410, WILMINGTON, DE 19801 | |
| 10925 | LANDIS, FRANCIS, PO BOX 560, LIBBY, MT 59923 | |
| 10925 | LANDIS, KAREN, PO BOX 560, LIBBY, MT 59923 | |
| 10925 | LANDIS, KURT, BOX 55, HAPPY, TX 79042 | |
| 10925 | LANDIS, LAURA, 432 A-1 POPLAR ST, DELANCO, NJ 08075 | |
| 10925 | LANDIS, RICHARD, 740 GETTYSBURG, BOURBONNAIS, IL 60914 | |
| 10925 | LANDMAN CORSI BALLAINE & FORD PC, ONE GATEWAY CENTER SUITE 500, NEWARK, NJ 07102-5311 | |
| 10925 | LANDMARK BUILDERS INC, 358 UNION ROAD, MICKLETON, NJ 08056 | |
| 10924 | LANDMARK C/O HUDSHA, 28 BLANCHARD ROAD, BURLINGTON, MA 01803 | |
| 10925 | LANDMARK DODGE INC, 6446 TARA BLVD, JONESBORO, GA 30236 | |
| 10925 | LANDMARK EQUITY PARTNERS II LP, 920 HOPMEADOW ST, SIMSBURY, CT 06070-0188 | |
| 10924 | LANDMARK INN, ATTENTION:  DAVID PULSE, 1200 HIGHWAY 45 NORTH, COLUMBUS, MS 39701 | |
| 10925 | LANDMARK RESORT & CONFERENCE CENTER, 7643 HILLSIDE ROAD, EGG HARBOR, WI 54209 | |
| 10925 | LANDMARK SOAPS INC., 53 LYALL ST, BOSTON, MA 02132-1728 | |
| 10925 | LANDMARK SYSTEMS CORP., 8000 TOWERS CRESCENT DR., VIENNA, VA 22180 | |
| 10925 | LANDMARK SYSTEMS CORP., PO BOX 79656, BALTIMORE, MD 21279-0656 | |
| 10924 | LANDMARK WINDOW SYSTEMS INC, 806-808 WINDSOR STREET, HARTFORD, CT 06120 | |
| 10924 | LANDMARK WINDOW SYSTEMS, INC., 3080 MAIN STREET, HARTFORD, CT 06120 | |
| 10924 | LANDOLL COPR, P.O.BOX 111, MARYSVILLE, KS 66508 | |
| 10924 | LANDOLL CORPORATION, 1900 NORTH ST., MARYSVILLE, KS 66508 | |
| 10925 | LANDOLT, HANS, LOS CALIBRIES 170 SAN ISIDRO, LIMA, PERU | *VIA Deutsche Post* |
| 10925 | LANDON & STARK ASSOCIATES, INC, 2011 CRYSTAL DRIVE, ARLINGTON, VA 22202-3709 | |
| 10925 | LANDON, RICHARD L, 3509 LOCUST AVE W, TACOMA, WA 98466-3912 | |
| 10925 | LANDOR, HAROLD, PO BOX 244, CARENCRO, LA 70520 | |
| 10925 | LANDRENEAU, JAMES, 730 BOOTH DRIVE, SHREVEPORT, LA 71107 | |
| 10925 | LANDRETH, KEVIN, 114 CRYSTAL FALL RD, WEST UNION, SC 29696 | |
| 10925 | LANDRETH, ROBERT, 114 FURR RD, PIEDMONT, SC 29673 | |
| 10925 | LANDRETH, RONNIE, 200 FOWLER CIRCLE, GREENVILLE, SC 29611 | |
| 10925 | LANDRUM, CHRISTINE, 1409 JEFFERSON, LEVELLAND, TX 79336 | |
| 10925 | LANDRUM, ELIZABETH, 8510 CLAYPOOL RD, RICHMOND, VA 23236 | |
| 10925 | LANDRY SWARR, 330 CAMP ST, NEW ORLEANS, LA 70130 | |
| 10925 | LANDRY, ALICE, 105 WEST HENRY ST, RAYNE, LA 70578 | |
| 10925 | LANDRY, ANDY, 2705 E 12TH ST, LAKE CHARLES, LA 70601 | |
| 10925 | LANDRY, BERNADINE, 116 DRURY LANE, SLIDELL, LA 70460 | |
| 10925 | LANDRY, CHERYL, 34 PARIS ST, EVERETT, MA 02149 | |
| 10925 | LANDRY, DANIEL, 2455 SANTA ROSA ROAD, LAKE CHARLES, LA 70611 | |
| 10925 | LANDRY, DAVID, RT. 1 BOX 159-A, YOUNGSVILLE, LA 70592 | |
| 10925 | LANDRY, EUZEBE, 4203 JULES ROAD, NEW IBERIA, LA 70560 | |
| 10925 | LANDRY, FRANCIS, 5070 HWY. 1 SOUTH, RACELAND, LA 70394 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | LANDRY, GERALD, 1737 BILBO ST, LAKE CHARLES, LA 70601 |
| 10925 | LANDRY, GERALD, PO BOX 289, IOTA, LA 70543 |
| 10925 | LANDRY, HEATHER, 53 MELROSE ST, MELROSE, MA 02176 |
| 10925 | LANDRY, JAMES, 6171 E NORTHWEST HWY, DALLAS, TX 75231 |
| 10925 | LANDRY, JOHN, 21 SANDY BROOK RD, BURLINGTON, MA 01803 |
| 10925 | LANDRY, JOHN, 607 BERTHIER ST, NEW ROADS, LA 70760 |
| 10925 | LANDRY, JOHN, 904 SOUTH RAILROAD, DELCAMBRE, LA 70528 |
| 10925 | LANDRY, JOSEPH, 832 HELEN DRIVE, WAPAKONETA, OH 45895 |
| 10925 | LANDRY, JR, CLAUDE, 519 NEW CASTLE DR., FT. WALTON BEACH, FL 32547 |
| 10925 | LANDRY, JR, EMMETT, 117 SOPHIE ST., LABADIEVILLE, LA 70372 |
| 10925 | LANDRY, JR, JAMES, RT. 2 BOX 545B, NEW IBERIA, LA 70560 |
| 10925 | LANDRY, K, 841 CRESCENT ST, E BRIDGEWATER, MA 02333 |
| 10925 | LANDRY, KRISTINE, 1317 WEST ST MARY, LAFAYETTE, LA 70506 |
| 10925 | LANDRY, LINDA D, 4521 TEMPLE ST, METAIRIE, LA 70001 |
| 10925 | LANDRY, LINDA, 611 COURT D.APT 4, LAMESA, TX 79331 |
| 10925 | LANDRY, LLOYD, 40 CHURCH ST, 7, N ATTLEBORO, MA 02760 |
| 10925 | LANDRY, LORETTA, 716 ST. JUDE AVE, NEW IBERIA, LA 70560 |
| 10925 | LANDRY, LOUISE, 11 CHEYENNE DR, NASHUA, NH 03063 |
| 10925 | LANDRY, NORMAN, PO BOX 915, RACELAND, LA 70394 |
| 10925 | LANDRY, PATRICIA, 2275 N. CABLE ROAD, #72, LIMA, OH 45807 |
| 10925 | LANDRY, PAUL, 34 PARIS ST, EVERETT, MA 02149 |
| 10925 | LANDRY, PAUL, 55 HAYDEN AVE, LEXINGTON, MA 02173 |
| 10925 | LANDRY, PAULEL, 174 BUSH HILL RD, PELHAM, NH 03076 |
| 10925 | LANDRY, RALPH, 5000 WISTERIA DR, MARRERO, LA 70072 |
| 10925 | LANDRY, RICHARD, 2422 COTEAU RD., HOUMA, LA 70364 |
| 10925 | LANDRY, ROMEO, 15 TRAVERS ST, HUDSON, NH 03051-4336 |
| 10925 | LANDRY, SUSAN, 111 EDIE ANN #210, LAFAYETTE, LA 70508-5366 |
| 10925 | LANDRY, TERRY, 615 NEW HAVEN ST., RACELAND, LA 70394 |
| 10925 | LANDRY, THOMAS, 116 KAPPA, BELLE CHASSE, LA 70037 |
| 10925 | LANDRY, THOMAS, 1408 SAGE DRIVE, LAKE CHARLES, LA 70605 |
| 10925 | LANDS END, INC, 6 LANDS END LANE, DODGEVILLE, WI 53595 |
| 10925 | LANDS END, PO BOX 217, DODGEVILLE, WI 53533-0217 |
| 10925 | LANDS ENDS CORPORATE SALES, PO BOX 217, DODGEVILLE, WI 53533-0217 |
| 10925 | LANDSCAPE COMMUNICATIONS INC, POBOX 1126, TUSTIN, CA 92781-1126 |
| 10925 | LANDSCAPE MANAGEMENT SERVICES, INC, PO BOX 5662, LAKE CHARLES, LA 70606 |
| 10925 | LANDSMAN, CATHERINE, 4617 HORIZON CIR #3, PIKESVILLE, MD 21208 |
| 10925 | LANDSNESS, V, 509 NORTH MAIN ST., 128, DEFOREST, WI 53532 |
| 10925 | LANDSTAR INWAY INC., PO BOX 75492, CHICAGO, IL 60675-5492 |
| 10925 | LANDSTAR INWAY, INC, 135 S LASALLE DEPT 1272, CHICAGO, IL 60674-1272 |
| 10925 | LANDSTAR LIGON INC, DRAWER CS 100733, ATLANTA, GA 30384-0733 |
| 10925 | LANDSTAR LIGON INC., DRAWER CS 100733, ATLANTA, GA 30384-0733 |
| 10925 | LANDSTAR LIGON, DRAWER CS 100733, ATLANTA, GA 30384-0733 |
| 10925 | LANDSTAR POOLE, DRAWER 0292, BIRMINGHAM, AL 35246-0292 |
| 10925 | LANDSTAR RANGER INC., PO BOX 11407, BIRMINGHAM, AL 35246-0360 |
| 10925 | LANDSTAR RANGER, INC, PO BOX 11407, BIRMINGHAM, AL 35246-0360 |
| 10924 | LANDSTROM GRAVEL CO INC, RD #3 ROUTE 13, NEWFIELD, NY 14867 |
| 10924 | LANDSTROM GRAVEL CO INC., RD #3 ROUTE 13, NEWFIELD, NY 14867 |
| 10924 | LANDSTROM GRAVEL, NEWFIELD, NY 14867 |
| 10925 | LANDTHORP ENTERPRISES, LLC, PARK 80 WEST, PLAZA II, SADDLE BROOK, NJ 07663 |
| 10924 | LANDVATTER READY MIX INC, 3000 BARRETT STATION RD, KIRKWOOD, MO 63122 |
| 10924 | LANDVATTER READY MIX INC., 3000 BARRETT STATION RD, KIRKWOOD, MO 63122 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LANDWEHR, THOMAS, 2545 HE NIS RA LANE, GREEN BAY, WI 54304 | |
| 10925 | LANDWELL & PARTNERS, 32 RUE GUERSANT, 75833 PARIS CEDEX 17, 75 75833FRANCE | *VIA Deutsche Post* |
| 10925 | LANDWELL, A CORRESPONDENT LAW, ST. ANDREWS HOUSE, 20 ST ANDREW ST, LONDON, EC4A 3TLENGLAND | *VIA Deutsche Post* |
| 10925 | LANDY, NATHANIEL, 193 MINTER ST, BATH, SC 29816 | |
| 10925 | LANDY, REGINALD, 527 TOBY EXT., AIKEN, SC 29801 | |
| 10925 | LANDYE BENNETT BLUMSTEIN, 1300 SW FIFTH AVE SUITE 3500, PORTLAND, OR 97201 | |
| 10925 | LANDYE BENNETT BLUMSTEIN, 3500 WELLS FARGO CENTER, PORTLAND, OR 97201 | |
| 10924 | LANE BRYANT, 326 RTE 110, HUNTINGTON, NY 11743 | |
| 10924 | LANE CHRISTENSEN, 1707 S. 4490 W., SALT LAKE CITY, UT 84130 | |
| 10924 | LANE CONST., 458 REACH ROAD, PRESQUE ISLE, ME 04769 | |
| 10924 | LANE CONSTR CORP, THE, MT. HERNON RD., NORTHFIELD, MA 01360 | |
| 10924 | LANE CONSTR CORP, THE, PLANT CLOSED DO NOT USE, VERNON RD RTE 142, BRATTLEBORO, VT 05301 | |
| 10924 | LANE CONSTRUCTION COR, THE, 216 MT HERMON STATION ROAD, NORTHFIELD, MA 01360 | |
| 10924 | LANE CONSTRUCTION CORP, THE, 216 MT HERMON STATION ROAD, NORTHFIELD, MA 01360 | |
| 10924 | LANE CONSTRUCTION CORP., 303 N.STRINGTOWN ROAD, XENIA, OH 45385 | |
| 10924 | LANE CONSTRUCTION CORP., DULLES INTERNATIONAL AIRPORT, CHANTILLY, VA 20151 | |
| 10924 | LANE CONSTRUCTION CORP., P. O. BOX 16670, WASHINGTON, DC 20041 | |
| 10924 | LANE CONSTRUCTION CORP., THE, HAZARD AVE. RTE 190 & RT 91, ENFIELD, CT 06083 | |
| 10924 | LANE CONSTRUCTION CORP., THE, JOB SITE, FORT DRUM, NY 13602 | |
| 10924 | LANE CONSTRUCTION CORP., THE, P. O. BOX 299, PHILADELPHIA, NY 13673 | |
| 10924 | LANE CONSTRUCTION CORP., THE, P. O. BOX 823, ENFIELD, CT 06083 | |
| 10924 | LANE CONSTRUCTION CORP., THE, WESTOVER A.F.B., CHICOPEE, MA 01022 | |
| 10924 | LANE CONSTRUCTION, HOULTON, ME 04730 | |
| 10924 | LANE CONSTRUCTION, P O BOX 627, PRESQUE ISLE, ME 04769 | |
| 10924 | LANE CONSTRUCTION, P.O. BOX 627, PRESQUE ISLE, ME 04769 | |
| 10924 | LANE CORPORATE CENTER, 1033 SKOKIE BLVD., NORTHBROOK, IL 60062 | |
| 10924 | LANE CORPORATE CENTER, 1101 SKOKIE BLVD., NORTHBROOK, IL 60062 | |
| 10925 | LANE KRAHL, SUSAN, C/O C ANDERSON, PO BOX 3576, PAGE, AZ 86040-3576 | |
| 10924 | LANE PACKING SHED, HIGHWAY 96 EAST & LANE ROAD, FORT VALLEY, GA 31030 | |
| 10925 | LANE POWELL BARKER, 550 W 7TH AVE STE 1650, ANCHORAGE, AK 99501-3568 | |
| 10925 | LANE POWELL SPEARS & LUBERSKY LLP, PO BOX 4038, PORTLAND, OR 97208-4038 | |
| 10925 | LANE POWELL SPEARS LUBERSKY LLP, 1420 FIFTH AVE , STE 4100, SEATTLE, WA 98101-2338 | |
| 10925 | LANE POWELL SPEARS LUBERSKY LLP, 1420 FIFTH AVE, SEATTLE, WA 98101-2338 | |
| 10925 | LANE REFRIGERATION INC, 312 HIGH ST, WESTWOOD, MA 02090 | |
| 10925 | LANE, ANGEL, 8513 SIDE SADDLE CT, RANDALLSTOWN, MD 21133 | |
| 10925 | LANE, APINA, 1350 E. NORTHERN AVE, PHOENIX, AZ 85020 | |
| 10925 | LANE, B, 6030 LOGAN WAY #B5, BLADENSBURG, MD 20710 | |
| 10925 | LANE, BRIAN, 12 DIANNE ROAD, MEDFORD, MA 02155 | |
| 10925 | LANE, C, 107 BETH DR, GREENVILLE, SC 29609 | |
| 10925 | LANE, CAROL, 272 OCHO RIOS WAY, AGOURA, CA 91301 | |
| 10925 | LANE, CHARLES, 6228 PINEWOOD VG CRW, LAKELAND, FL 33811 | |
| 10925 | LANE, CHARLOTTE, 22 REYNOLDS ROAD, WAKEFIELD, MA 01880 | |
| 10925 | LANE, CHRISTOPHE, 3235 N. LAKE COURT, LITTLE RIVER, SC 29566 | |
| 10925 | LANE, CHRISTOPHER, 3902 SPRINGFIELD, KANSAS CITY, KS 66103 | |
| 10925 | LANE, DARLENE M., PO BOX 80318, N RICHLAND HILLS, TX 76180 | |
| 10925 | LANE, DEBORAH, 2389 BATTERSEA ST., SANTA ROSA, CA 95403 | |
| 10925 | LANE, DEBRA, 2020 RAULSTON VIEW DRIVE, MARYVILLE, TN 37801 | |
| 10925 | LANE, DIANA, 1675 CRESTWOOD DRIVE, F, LOWELL, IN 46356 | |
| 10925 | LANE, DOLLIE, 4816 W MILEY ROAD, PLANT CITY, FL 33566-9998 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  LANE, EDNA, 1611 ROBINSON AVE., SAN DIEGO, CA 92103

10925  LANE, EDWARD, 23 ORIENT ST, MALDEN, MA 02148

10925  LANE, ELITA, 1700 MAIN ST., SANTA MONICA, CA 90406

10925  LANE, F, 4816 W. MILEY ROAD, PLANT CITY, FL 33566

10925  LANE, FRANKEY, RT 1 BOX 271, GREENEVILLE, TN 37743

10925  LANE, GAYREEN, 1507 LOMA DRIVE, OJAI, CA 93023

10925  LANE, GERALD, PO BOX 566, HUMBLE, TX 77347

10925  LANE, GWEN, 12160 BUD CROSS DRIVE, FORT WORTH, TX 76179

10925  LANE, JAMES, 820 SCRANTON ROAD, 401, BRUNSWICK, GA 31525

10925  LANE, JANETT, 8780 CONQUISTADOR W, GRAND BAY, AL 36541

10925  LANE, JEFFREY, 7111 E VIRGIN ST., TULSA, OK 74115

10925  LANE, JOHN, 105 MORNINGWOOD LANE, PIEDMONT, SC 29673

10925  LANE, JOHN, 2807 FOURTH ST, MONINE, IL 61265

10925  LANE, JOYCE, 701 HARVEST RUN DRIV# 103, ODENTON, MD 21113-2545

10925  LANE, JR, JAY, 10 HANDY ST, NEW BRUNSWICK, NJ 08903

10925  LANE, JUNETTA, 223 NE 40TH LANE, GAINESVILLE, FL 32609

10925  LANE, KAREN, 2101 COUNTY ROAD, CLEBURNE, TX 76031

10925  LANE, KENYARD, 114 ROYAL OAK CT, SIMPSONVILLE, SC 29681

10925  LANE, LARRY, 3430 CURRY VILLE RD, CHULUOTA, FL 32765

10925  LANE, LAURA, 5 HOG HILL ROAD, PEABODY, MA 01960

10925  LANE, LOREE, 6371 REIDVILLE RD, MOORE, SC 29369-9534

10925  LANE, LORI, 16 SHARON LANE, BURGETTSTOWN, PA 15021

10925  LANE, MARK, 119 BOOT HILL COURT, SPARTANBURG, SC 29307

10925  LANE, MARK, 48 EVELYN AVE, PHILLIPSBURG, NJ 08865

10925  LANE, MICHAEL, 1512 KAREN, IOWA PARK, TX 76367

10925  LANE, MICHAEL, 5715 CACUN, NORTHRIDGE, TX 76180

10925  LANE, MICHELLE, 729 N. MIDVALE BLVD, 2, MADISON, WI 53705

10925  LANE, NOREEN, FLUSHING, NY 11355

10925  LANE, OELN, PO BOX 146, BLEVINS, AR 71825

10925  LANE, PAMELA, 11 PRISCILLA RD, BRIGHTON, MA 02135

10925  LANE, PAUL, 216 MCDOWELL ST, GREENVILLE, SC 29611-4153

10925  LANE, RICHARD, 141 FARM HILL RD, LEOMINSTER, MA 01453

10925  LANE, SCOT, 2589 W LANESVILLE DR, INGLESIDE, IL 60041

10925  LANE, SUZIE M, 6406 AUTUMN GOLD COURT, COLUMBIA, MD 21045

10925  LANE, THOMAS, 205 BATESVILLE ROAD, SIMPSONVILLE, SC 29681

10925  LANE, THOMAS, PO BOX 362, NEW HEBRON, MS 39140

10925  LANE, TIMOTHY, 4505 HEADWOOD #2, KANSAS CITY, MO 64111

10925  LANE, TRACY, 48C GREAT ROAD, BEDFORD, MA 01730

10925  LANE, WANDA, 3449 WALLACE AVE, INDIANAPOLIS, IN 46218

10925  LANE, WARREN, 1920 ELLIOTT ST, LAKELAND, FL 33805

10925  LANE, YVONNE, 1711 RIVER ROAD, WOODRUFF, SC 29388

10925  LANEECE E DITIRRO TOD, SANDRA J WARREN SUBJECT TO STA, TOD RULES, 153 NO 9TH ST, SALINA, KS 67401

10925  LANEGAN, AP, 5067 LA CUENTADR, SAN DIEGO, CA 92124

10925  LANEHART, RUDOLPH, 1531 N GILA DRIVE, HOBBS, NM 88240-4606

10925  LANE-HUJDICH, REBECCA, 1530 VERSAILLES AVE, NORFOLK, VA 23509

10925  LANEVE, JENNIFER, 3825 WATERDROP CT, BURTONSVILLE, MD 20866

10925  LANEVILLE, CAROLYN, RT 1 BOX 405, MOMENCE, IL 60954

10925  LANEVILLE, ROBERT, 10151 E. ROUTE 1-17, MOMENCE, IL 60954

10924  LANEY COLLEGE, ALL SEASONS, OAKLAND, CA 94608

10925  LANEY, DANIEL, 219 CARROLL ST, CARROLLTON, GA 30117

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | LANEY, ERNEST, 7440 SW 140 DRIVE, MIAMI, FL 33158-1230 |
| 10925 | LANEY, NATHAN, 11494 LAUREL WALK DR, LAUREL, MD 20708 |
| 10925 | LANFORD JR, FRED, 202 AMARILLO ST, PLAINVIEW, TX 79072 |
| 10925 | LANFORD, IRENE, 130 RIVERDALE DRIVE, INMAN, SC 29349-9410 |
| 10925 | LANFORD, MADGE, 808 ARNOLD BRANCH RD, WOODRUFF, SC 29388-9091 |
| 10925 | LANFORD, MICHAEL, 551 IRBY ST, WOODRUFF, SC 29388 |
| 10925 | LANFORD, SAMUEL, 812 ARNOLD BRANCH RD, WOODRUFF, SC 29388-9804 |
| 10924 | LANG BUILDING SUPPLY, 1500 PRINCE ST., BRUNSWICK, GA 31520 |
| 10924 | LANG BUILDING SUPPLY, PO BOX1659, BRUNSWICK, GA 31520 |
| 10925 | LANG CEMETARY SERVICE, PO BOX 20292, BILLINGS, MT 59104 |
| 10924 | LANG CEMETARY SERVICE, PO BOX 20292, BILLINGS, MT 59104 |
| 10925 | LANG ICE COMPANY, 3600 W 59TH ST, CHICAGO, IL 60629 |
| 10925 | LANG, ANN S, 508 W SECOND ST, DELPHOS, OH 45833-1609 |
| 10925 | LANG, ANN, 608 BRON DERW DR, WALES, WI 53183 |
| 10925 | LANG, BELINDA, 810 POE SPRING RD, HIGH SPRINGS, FL 32643 |
| 10925 | LANG, CALVIN, 316 SETTLEMENT RD, TRAVELER REST, SC 29690 |
| 10925 | LANG, CHARLENE, 13905 FENTON, REDFORD, MI 48239 |
| 10925 | LANG, CLARENCE, RT 1, ANNA, IL 62906 |
| 10925 | LANG, DAVID, 608 BRON DERW, WALES, WI 53183 |
| 10925 | LANG, FRED, 11726 DENISE DRIVE, HOUSTON, TX 77024 |
| 10925 | LANG, JACQUELINE, 3168 KENLAND, MEMPHIS, TN 38118 |
| 10925 | LANG, JAMES, 705 SOUTH RIVER ST, AURORA, IL 60506 |
| 10925 | LANG, JR, FRED, 1608 CEREAL ST, BALTIMORE, MD 21226 |
| 10925 | LANG, KAREE, 3272 STANDING, KENNESAW, GA 30144 |
| 10925 | LANG, LEO, 7228 SUPERIOR, CENTER LINE, MI 48015 |
| 10925 | LANG, LINDA, 5764 N CRESTWOOD, GLENDEALE, WI 53209 |
| 10925 | LANG, NICOLE, 1 COURT LANDT ST., MILLTOWN, NJ 08850-1025 |
| 10925 | LANG, TIA, 4882 ANDERSON, ST LOUIS, MO 63115 |
| 10925 | LANG, VERDE, 1121 DEFENDER ST., #4, HOUSTON, TX 77029-4519 |
| 10925 | LANG, VERNA I, PO BOX 24, NEWFANE, VT 05345-0024 |
| 10925 | LANG, WILLIAM, 102 RIDGE WAY, SIMPSONVILLE, SC 29681 |
| 10925 | LANG, WILLIAM, 159 FIRST ST RT3 B87, TRENTON, GA 30752 |
| 10925 | LANGAN ENGINEERING & ENVIRONME, SERVICES, RIVER DRIVE CENTER 1, ELMWOOD PARK, NJ 07407-1338 |
| 10925 | LANGAN, LAURENCE, 6200 LLANFAIR DRIVE, COLUMBIA, MD 21044 |
| 10925 | LANG-BOWEN, VICTORIA, 4300 VALLEY VIEW ROAD, MIDDLETOWN, MD 21769 |
| 10925 | LANGDALE, JO, 2505 NEW EASLEY HWY 8, GREENVILLE, SC 29611 |
| 10925 | LANGE ELECTRIC ELECTRIC CO, INC, 2626 W.PATAPSCO AVE., BALTIMORE, MD 21230 |
| 10925 | LANGE, ARTHUR M, 148 COPLEY AVE, TEANECK, NJ 07666-4100 |
| 10925 | LANGE, DONALD, RT 1 BOX 30, UNION CITY, OK 73090 |
| 10925 | LANGE, IAN, 6137 ENCOUNTER ROW, COLUMBIA, MD 21045 |
| 10925 | LANGE, JR, LEROY, 160 LEROY LANE, STARKS, LA 70661 |
| 10925 | LANGE, WILLIAM, 2000 SECOND AVE, 688 WCB, DETROIT, MI 48226 |
| 10925 | LANGELIER, DAVID, 177 HAZELTON AVE, MANCHESTER, NH 03103-7033 |
| 10925 | LANGENBACH, ARLENE, 39 LINDEMAN AVE, CLOSTER, NJ 07624 |
| 10925 | LANGENFELD, JOHN, 2 BRICK LANE, PELHAM, NH 03076-9998 |
| 10925 | LANGENOHL, KRISTINA, 4308 N. 91 ST., MILWAUKEE, WI 53222 |
| 10925 | LANGER MD, ARTHUR M, 6 ROCHAMBEAU DRIVE, HARTSDALE, NY 10530 |
| 10925 | LANGER, ALICE, W6657 HWY 16, PARDEEVILLE, WI 53954 |
| 10925 | LANGER, JACEK, 1407 FILBERT ST, BALTIMORE, MD 21226 |
| 10925 | LANGES LAWN SERVICE CO, PO BOX 415, PEDRICKTOWN, NJ 08067 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LANGES LAWN SERVICE, PO BOX 415, PEDRICKTOWN, NJ 08067 | |
| 10925 | LANGEVIN LEARNING SERVICES, 5510 MAIN ST, MANOTICK, ON K4M 1A3CANADA | *VIA Deutsche Post* |
| 10925 | LANGEVIN, CURTIS, 104 MAIN ST., NORTHBORO, MA 01532 | |
| 10925 | LANGFAN CO, THE, GEN COUNSEL, 6 E. 45TH ST., NEW YORK, NY 10017 | |
| 10925 | LANGFAN COMPANY, PO BOX 5133 GPO, NEW YORK, NY 10087 | |
| 10925 | LANGFITT, LINDA, 1126 22ND AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | LANGFORD ELECTRIC, 314-C TRADE ST, GREER, SC 29651 | |
| 10925 | LANGFORD III, JOHN, 1636 31ST ST N, BIRMINGHAM, AL 35234 | |
| 10925 | LANGFORD, CLYDE, 4801 AUGUSTA, WICHITA FALLS, TX 76302 | |
| 10925 | LANGFORD, DALE, 116 W. BAYOU SHORE, LAFAYETTE, LA 70508 | |
| 10925 | LANGFORD, JANET E, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | LANGFORD, JANET, 28 DEER TRAIL, RAMSEY, NJ 07446 | |
| 10925 | LANGFORD, JANET, 812 N.E. FIRST COURT, DELRAY BEACH, FL 33483 | |
| 10925 | LANGFORD, JESSE, 3209 N GERALDINE, OKLAHOMA CITY, OK 73112 | |
| 10925 | LANGFORD, MARY, ROUTE 2 BOX 67A, BURLINGTON, VA 23023 | |
| 10925 | LANGFORD, MICHAEL, 2017 HWY 150, BESSEMER, AL 35023 | |
| 10925 | LANGFORD, ROBYN, ROUTE 2, BOX 563, ALVIN, TX 77511 | |
| 10925 | LANGHAM, CECIL, PO BOX 172, WARREN, TX 77664 | |
| 10925 | LANGHAM, JOE, 1501 N. THOMAS #110, CLOVIS, NM 88101 | |
| 10925 | LANGHAM, RALPH, 1695 GRAVES ROAD, NORCROSS, GA 30093 | |
| 10925 | LANGHANS, LELAND, 4300 NEIL ROAD, 39, RENO, NV 89502 | |
| 10925 | LANGILLE, CYNTHIA, 33 ROBYN ROAD, N. ATTLEBORO, MA 02760 | |
| 10925 | LANGLAIS, AVA, 21 ALDEN LANE, WINCHESTER, MA 01890 | |
| 10925 | LANGLEY CORP, PO BOX 9107, MEDFORD, MA 02155 | |
| 10925 | LANGLEY CORP., PO BOX 9107, MEDFORD, MA 02155 | |
| 10925 | LANGLEY CORPORATION, 8 RAY AVE, BURLINGTON, MA 01803 | |
| 10925 | LANGLEY, 8 RAY AVE, BURLINGTON, MA 01803 | |
| 10925 | LANGLEY, BRIDGETT, 2337 HWY 139, MONROE, LA 71203 | |
| 10925 | LANGLEY, HERB, 6421 STATE RD 0, FULTON, MO 65251 | |
| 10925 | LANGLEY, HIRAM, 404 PARK PLACE DRIVE #11A, DEQUINCY, LA 70633-9998 | |
| 10925 | LANGLEY, LALANIE, 512 W. PIONEER PKWY, ARLINGTON, TX 76010 | |
| 10925 | LANGLEY, LILLIAN, 404 PARK PLACE DR #11A, DEQUINCY, LA 70633-9998 | |
| 10925 | LANGLEY, MARY BETH, 302 WOODWAY DRIVE, GREER, SC 29651 | |
| 10925 | LANGLEY, TODD, 147 W. WYOMING AVE, MELROSE, MA 02176 | |
| 10925 | LANGLOIS, YVON, 143 COLGATE RD, NASHUA, NH 03060 | |
| 10925 | LANGLOTZ, TIMOTHY, 17235 LOCUST DR., TINLEY PARK, IL 60477 | |
| 10925 | LANGMAID, RICHARD, 1499 VIA ESCONDIDO, SAN LORENZO, CA 94580-2015 | |
| 10925 | LANGMAN, WILLIAM, 63 PARKLAND, BRIDGE CITY, TX 77611 | |
| 10925 | LANGNER, KYLE, 6693 STATE RD LOT 56, GREENLEAF, WI 54126 | |
| 10925 | LANGON, JANET, 105 LOCUST ST, WESTVILLE, NJ 08093 | |
| 10925 | LANGONE, MARK, 42 CHASE AVE, LEXINGTON, MA 02173 | |
| 10925 | LANGOUSSIS, TERESA, 1610 WEST BROAD ST., BETHLEHEM, PA 18018 | |
| 10924 | LANG'S CEMETERY SERVICE, 48 RIVERSIDE DRIVE, BILLINGS, MT 59101 | |
| 10924 | LANG'S CEMETERY SERVICE, P.O. BOX 20292, BILLINGS, MT 59104 | |
| 10925 | LANGSTADT ELECTRIC SUPPLY CO, POBOX 725, APPLETON, WI 54912-0725 | |
| 10925 | LANGSTON FRAZER SWEET FREESE, 201 N. PRESIDENT ST, PO BOX 23307, JACKSON, MS 39201 | |
| 10924 | LANGSTON HIGHES BRANCH LIBRARY, NORTHERN BLVD. & 100TH ST.(QUEENS), NEW YORK, NY 10001 | |
| 10925 | LANGSTON LANGSTON MICHAEL, 100 S. MAIN ST, BOONEVILLE, MS 38829 | |
| 10925 | LANGSTON, AARON, 1880 COLUMBIA RD, WASHINGTON, DC 20019 | |
| 10925 | LANGSTON, AMANDA, 1618 JONESVILLE RD, SIMPSONVILLE, SC 29681 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LANGSTON, BONNIE, 16 CELESTE CT,,, LOS LUNAS, NM 87051 | |
| 10925 | LANGSTON, DANNY, 2459 HERSCHEL DR., COLLEGE PARK, GA 30337 | |
| 10925 | LANGSTON, DIANE, 6921A TIFFANY LANE, EAST RIDGE, TN 37412 | |
| 10925 | LANGSTON, DORROH, 2364 HARRIS BRIDGE RD, WOODRUFF, SC 29388 | |
| 10925 | LANGSTON, ERNELL, 520.5 WEST, SUFFOLK, VA 23434 | |
| 10925 | LANGSTON, JAMES, RT. 1, BOX 337, HESSMER, LA 71341 | |
| 10925 | LANGSTON, JIMMIE, ROUTE 2 BOX 447, GRAY COURT, SC 29645 | |
| 10925 | LANGSTON, LINDA, 1618 JONESVILLE ROAD, SIMPSONVILLE, SC 29681-8621 | |
| 10925 | LANGSTON, MICHAEL, 1618 JONESVILLE RD, SIMPSONVILLE, SC 29681 | |
| 10925 | LANGSTON, VIVIAN, 2364 HARRIS BRIDGE RD, WOODRUFF, SC 29388 | |
| 10925 | LANGTON, JOHN, 10000 EMNORA, 313, HOUSTON, TX 77080 | |
| 10925 | LANGUAGE EXCHANGE INERNATIONAL, 500 E. SPANISH RIVER BLVD, BOCA RATON, FL 33431 | |
| 10925 | LANGUAGE EXCHANGE, THE, 500 NE SPANISH RIVER BLVD, BOCA RATON, FL 33431 | |
| 10925 | LANGUAGE INSTITUTE, INC, THE, 1045 TAYLOR AVE #111, TOWSON, MD 21286 | |
| 10925 | LANGUAGE INSTITUTE, THE, PO BOX 20225, TOWSON, MD 21284-0225 | |
| 10925 | LANGUIDO, EMMANUEL, 4745 N. VIRGINIA, CHICAGO, IL 60625 | |
| 10925 | LANHAM ELECTRIC INC, 401 BOLIVAR ST, OWENSBORO, KY 42303 | |
| 10925 | LANHAM JR, CHARLES W, 25 SUSANNA DR, DURHAM, NC 27705-1312 | |
| 10925 | LANHAM, BARBARA, 2600 GRIFFITH AVE, OWENSBORO, KY 42301 | |
| 10925 | LANHAM, JOHN, 9475 KY 144, PHILPOT, KY 42366-9726 | |
| 10925 | LANHAM, JR, GEORGE, 1901 CIRCLE AVE, OWENSBORO, KY 42303-0968 | |
| 10925 | LANHAM, TERESA, 155 WEST OVERLY, LAKE DALLAS, TX 75247 | |
| 10925 | LANIE HIGGINS, 40 SAMOSET ROAD, WINCHESTER, MA 01890 | |
| 10924 | LANIER CONSTRUCTION CO INC, ATTN: JIM JONES, COLUMBIA, SC 29202 | |
| 10924 | LANIER CONSTRUCTION CO., 4016 HWY 321 SOUTH, GASTON, SC 29053 | |
| 10924 | LANIER CONSTRUCTION CO., P.O. BOX 596, COLUMBIA, SC 29202 | |
| 10925 | LANIER ENGR SALES, INC, 4703 RITCHIE HWY., BALTIMORE, MD 21225 | |
| 10925 | LANIER FIRE EXTINGUISHERS, PO BOX 1082, CUMMING, GA 30130 | |
| 10924 | LANIER HOSPITAL, C/O CHAMBLESS FIREPROOFING, VALLEY, AL 36854 | |
| 10925 | LANIER III, JOHN, 4690 SOMERSET, DETROIT, MI 48224 | |
| 10924 | LANIER PARK MEDICAL OFFICE BLDG., OFF I-985 NORTH, GAINESVILLE, GA 30502 | |
| 10925 | LANIER PLUMBING, INC, 2201 MOSS ST, LAKE CHARLES, LA 70601 | |
| 10925 | LANIER PROFESSIONAL SERVICES INC, 1020 TURNPIKE ST, CANTON, MA 02021 | |
| 10925 | LANIER PROFESSIONAL SERVICES, POBOX 951047, DALLAS, TX 75395-1047 | |
| 10924 | LANIER VILLAGE ESTATES, 3702 THOMPSON BRIDGE ROAD, GAINESVILLE, GA 30506 | |
| 10925 | LANIER WILSON, 1331 LAMAR, SUITE 675, HOUSTON, TX 77010 | |
| 10925 | LANIER WORLDWIDE INC, 2300 PARKLAKE DR NE, ATLANTA, GA 30345 | |
| 10925 | LANIER WORLDWIDE, INC, PO BOX 105533, ATLANTA, GA 30348 | |
| 10925 | LANIER, 132 E DEERE AVE SUITE B120, SANTA ANA, CA 92705 | |
| 10925 | LANIER, DONNA, 134 ABBOTSFORD DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | LANIER, EDWIN, 1201 E.MAIN ST, DURHAM, NC 27705 | |
| 10925 | LANIER, FRANKLIN, 2805 MCMANNWAY DR, MIDLOTHIAN, VA 23313 | |
| 10925 | LANIER, JAMES, 3603 NAPOLI LANE #4, MIDDLETON, WI 53562 | |
| 10925 | LANIER, JOHNNIE, 3350 SHERBURNE CIRCLE #B, INDIANAPOLIS, IN 46222 | |
| 10925 | LANIER, LARRY, 3109 TAYLOR ST, CHATTANOOGA, TN 37406 | |
| 10925 | LANIERRKER SULLIVAN, 1331 LAMAR, SUITE 1550, HOUSTON, TX 77010 | |
| 10925 | LANING, STEVEN, 13450 LANNIE COURT, ELM GROVE, WI 53122 | |
| 10925 | LANING, WESLEY, 77 MANEL ST, TRENTON, NJ 08619 | |
| 10925 | LANIS, NANCY, 37 LANGVIEW ROAD, PORT WASHINGTON, NY 11050 | |
| 10925 | LANKEY JR, NORMAN, 135 MT. VIEW PLACE, N HUNTINGDON, PA 15642 | |
| 10924 | LANKFORD CO, P.O.BOX 4729, CORPUS CHRISTI, TX 78469 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LANKFORD COMPANY, CAMBRIDGE, MA 99999

10924   LANKFORD COMPANY, WAREHOUSE, CORPUS CHRISTI, TX 78409

10925   LANKFORD, ANTHONY, 3541 N OXFORD, INDIANAPOLIS, IN 46218

10925   LANKFORD, JOHN, 5844 NE 24TH, PORTLAND, OR 97211

10925   LANKFORD, LOUIS, 213 TRAVIS LANE, HEWITT, TX 76643

10925   LANNAN & SCHLAMP CLINIC, 622 CYPRESS ST, SULPHUR, LA 70663

10925   LANNAN & SCHLAMP, 622 CYPRESS ST., SULPHUR, LA 70663

10925   LANNES TURNER, 498 E VICTOR HILL ROAD, DUNCAN, SC 29334-9436

10925   LANNING, KATHRYN, C/O LOIS A BEAIRSTO 24 MAPLE AVE, MENDHAM, NJ 07945-1318

10925   LANNON TANK, PO BOX 516, LANNON, WI 53046

10925   LANNON, SANDRA, 27 CONWAY ST, ROSLINDALE, MA 02131

10925   LANNY EATON, 7 STONER DR, PALPARAISO, IN 46385-9602

10925   LANSDALE KNEIP, 803 TRANSAMERICA BLDG., 77 N. CHURCH AVE., TUCSON, AZ 85701

10925   LANSDOWNE RESORT, 44050 WOODRIDGE PKWY., LEESBURG, VA 20176

10925   LANSER, CHRISTIAN, 8824 SW 130TH CT., MIAMI, FL 33186

10925   LANSING BOARD OF WATER & LIGHT, POBOX 13007, LANSING, MI 48901-3007

10925   LANSING BOARD OF WATER AND LIGHT, MARCY SCORA CORPORATE SECY, 123 W OTTAWA STERET, PO BOX 13007, LANSING, MI 48933

10924   LANSING CONVENTION CENTER, 333 E. MICHIGAN, LANSING, MI 48933

10924   LANSING ELECTRIC CO. INC., 1204 S WASHINGTON AVE., LANSING, MI 48910

10924   LANSING ELECTRIC CO., 1204 S WASHINGTON, LANSING, MI 48910

10924   LANSING ELECTRIC MTR.GM J/A, 1905 W. WASHINGTON, LANSING, MI 48910

10924   LANSING LEGISLATIVE BUILDING, CAPITOL DRIVE, LANSING, MI 48901

10925   LANSING POURED WALL CO., PO BOX 23084, LANSING, MI 48909

10925   LANSINGER, ELIZABETH, 17 HARMIL RD, BROOMALL, PA 19008

10925   LANSINGER, ROBERT, 227 W ARUNDEL ROAD, BALTIMORE, MD 21225

10924   LANSMONT TESTING, 1287 REAMWOOD, SUNNYVALE, CA 94089

10924   LANTANA PEAT & SOIL, CAMBRIDGE, MA 02140

10924   LANTANA PEAT SOIL, 10570 HAGEN RANCH RD, BOYNTON BEACH, FL 33437

10925   LANTECH INC, SECTION 323, LOUISVILLE, KY 40289

10925   LANTECH INC., 11000 BLUEGRASS PKWY, LOUISVILLE, KY 40299

10925   LANTECH, INC, 11000 BLUEGRASS PKWY, LOUISVILLE, KY 40299

10925   LANTHIER, DENNIS, 206 PELICAN LANE, SULPHUR, LA 70663

10925   LANTHIER, NICOLE, 15184 ALEXANDER RUN, JUPITER, FL 33478

10925   LANTIER, JANE, 22 NOVEDADES, PORT ST LUCIE, FL 34952

10925   LANTIS, JAMES, 1118 W. 4TH, HASTINGS, NE 68901

10925   LANTRIP ELEMENTARY, 4323 CRITES ST, HOUSTON, TX 77003

10925   LANTRIP, T, PO BOX 324, PORTERDALE, GA 30270

10925   LANTZ, DIANA, 2518 N FARRAGUT AVE, COLORADO SPRINGS, CO 80907

10925   LANTZ, TERRY, 215 STATE ST, LAKE CHARLES, LA 70605

10925   LANTZ, WILLIAM, 2666 JANELLE DRIVE, SPARKS, NV 89431

10925   LANZA, ARLENE, 34R WALTON ST, WAKEFIELD, MA 01880

10925   LANZA, ARLENE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   LANZA, MARIO, 2900 COLUMBIA PIKE, ARLINGTON, VA 22204

10925   LANZA, PAMELA, 201 E. MONTANA ST, MILWAUKEE, WI 53207

10925   LANZALOTTO, JOSEPH, 46 EASTERN DRIVE, KENDALL PARK, NJ 08824

10925   LANZALOTTO, STEPHANIE, 46 EASTERN DRIVE, KENDALL PARK, NJ 08824

10925   LANZO, TIMOTHY, 55 ELIZABETH CH RD, MARIETTA, GA 30060

10925   LAPACZ, RANDALL, 1011 PARK ST, GREEN BAY, WI 54303

10925   LAPADULA JT TEN, ANTHONY C & DORIS, 14 ROLLINS ST, LAWRENCE, MA 01841-1411

10925   LAPCEVIC, VERA, 4641 W. FRANKFORT DR, ROCKVILLE, MD 20853

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   LAPEARL, CLARK, R D #2164, FLEETWOOD, PA 19522

10924   LAPEER COUNTY JAIL C/O GENESE, JOHN CONLEY DRIVE, LAPEER, MI 48446

10925   LAPEL PIN INC., 3609 THOUSAND OAKS BLVD., WESTLAKE VILLAGE, CA 91362

10925   LAPELS, 9643 BROOKLINE AVE., STE. 121, BATON ROUGE, LA 70809-1433

10925   LAPENNE, EDUARDO, 152 WEST 57TH ST, NEW YORK, NY 10019

10925   LAPERRIERE, F, 47 ELSMERE AVE, SOUTH PORTLAND, ME 04106-4935

10925   LAPERRIERE, FRANCIS, 396 CHARLES ST, MALDEN, MA 02148

10925   LAPEYROUSE, JUDE, 114 JANE, CHAUVIN, LA 70344

10925   LAPID, ALFREDO, 5338 N PAULINA, CHICAGO, IL 60640-3999

10925   LAPIDARIO, JR, RENATO, 405 BUTLER RD., REISTERSTOWN, MD 21136

10925   LAPIDARIO, REN, 405 BUTLER ROAD, REISTERSTOWN, MD 21136

10925   LAPIERRE, STEVEN, 24 RICE SPRING LN, WAYLAND, MA 01778

10925   LAPINSKI, B, 10976 GREENAIRE PLACE, RICHMOND, VA 23233

10925   LAPIS ARCHITECTURE INC, 48 GROVE ST SUITE 206, SOMERVILLE, MA 02144

10924   LAPLACE CONCRETE INC, 144 KIMBALL DRIVE, LA PLACE, LA 70068

10925   LAPLACE, ANDRE P, 2762 CONTINENTAL DR, SUITE 103, BATON ROUGE, LA 70808

10925   LAPLANTE, FRANCIS, 61 THAYER FARM RD., ATTLEBORO, MA 02703

10925   LAPLANTE, GARY, 210 DANA DRIVE, EASLEY, SC 29642

10925   LAPLANTE, MALISSA, 87-6 LAKE ST, NASHUA, NH 03060

10925   LAPLANTE, MAUREEN B, 6428 W JOHN CABOT RD, GLENDALE, AZ 85308

10925   LAPOINT, MELTON, PO BOX 2271, CROWLEY, LA 70527-2271

10925   LAPOINTE, BETTY, 1701 W KRAUSE ST, WESTLAKE, LA 70669

10925   LAPOINTE, BRENDA, 352 DUBUQUE ST, MANCHESTER, NH 03102

10925   LAPOINTE, JACKIE, 1207 LOT 19, NEW IBERIA, LA 70560

10925   LAPOINTE, JOSYELLA, 11800 MONTGOMERY NE, ALBUQUERQUE, NM 87111

10925   LAPOINTE, MICHAEL, 80 WINTER ST, ASHLAND, MA 01721

10925   LAPOINTE, WILLIAM, 1701 W. KRAUSE ST, WESTLAKE, LA 70669

10925   LAPORTE PIGMENTS, 21824 NETWORK PLACE, CHICAGO, IL 60673-1218

10925   LAPORTE PIGMENTS, 7101 MUIRKIRK ROAD, BELTSVILLE, MD 20705

10925   LAPORTE PIGMENTS,INV DAVIS COLORS, 21824 NETWORK PLACE, CHICAGO, IL 60673

10925   LAPORTE SUPERIOR COURT CLERK, 300 WASHINGTON ST., SUITE 106, MICHIGAN CITY, IN 46360

10925   LAPORTE, ROBERT, 45 LOCHLEVEN ROAD, SEVERNA PARK, MD 21146

10924   LAPP INSULATOR CO, 130 GILBERT STREET, LE ROY, NY 14482

10924   LAPP INSULATOR CO., 130 GILBERT ST., LEROY, NY 14482

10924   LAPP INSULATOR CO., 130 GILBERT ST., PAVILION, NY 14525

10925   LAPPE, JOAN, 113 CONCORD WAY, CRANBERRY TWP., PA 16066-3701

10925   LAPPLEY, TERESA, 114 W MAIN ST., APT B, WAUNAKEE, WI 53597

10925   LAPSLEY, SOFIA, 283 FOREST AV, BROCKTON, MA 02401

10925   LAPUCK LABORATORIES INC, 50 HUNT ST, WATERTOWN, MA 02172

10925   LAPUCK LABORATORIES, 50 HUNT ST, WATERTOWN, MA 02472

10924   L'AQUATECH CO., LTD., 29/47 CHARANSANITWONG 13,BANGKOKYAI, CHARANSANITWONG ROAD,,    **\*VIA Deutsche Post\*** <br> BANGKOK, 10600THA

10925   LAQUE CENTER FOR CORROSION, PO BOX 1070, CHARLOTTE, NC 28201-1070

10925   LAQUINTA RESORT & CLUB, POST OFFICE BOX 69, LA QUINTA, CA 92253

10924   LAR ANNEX, 340 KINGSLAND STREET, NUTLEY, NJ 07110

10925   LARA JR., ARTURO, 3830 CARNATION ST., SAN ANTONIO, TX 78237

10925   LARA K TEBELIUS, 45 OXFORD COURT, PITTSBURGH, PA 15237

10925   LARA, ANGELINA, 1300 ZENETA, ODESSA, TX 79763

10925   LARA, ANNA, 222 N. DIXIE, ODESSA, TX 79761

10925   LARA, ARGENTINA, 8620 NW 181 ST, MIAMI, FL 33015

10925   LARA, BIENVENIDO, 288 N. 5TH ST, NEWARK, NJ 07107

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    LARA, EDDIE, 1045 W. PHILLIPS, POMONA, CA 91766

10925    LARA, GREGORY, 27 HENNESY PLACE, IRVINGTON, NJ 07111

10925    LARA, LUIS, 3713 ACADEMY DR, METAIRIE, LA 70003

10925    LARA, MARIA, 1613 E. SCHARBEAUR, MIDLAND, TX 79705

10925    LARA, MARIA, 41 SCOTTSDALE SOUTH, CARSON, CA 90745

10925    LARA, NORBERTO, 3913 RODRIGUEZ ST, EDINBURG, TX 78539

10925    LARA, RICARDO, 1401 OAKLEY AVE, CHICAGO, IL 60622

10925    LARA, SALVADOR, 2354 PINE COVE CIR., GAINESVILLE, GA 30501

10925    LARA, SYLVIA, 330 W. CHERYL, SAN ANTONIO, TX 78228

10925    LARA, WALTER, 2817 FOREST HILLS DRIVE, LEAGUE CITY, TX 77573

10925    LARABEE, WILLIAM, 1631 HEATHER ST., CRAIG, CO 81625

10925    LARACUENTE, IVETTE, HC01 BOX 10135, SAN GERMAN, PR 00683

10925    LARACUENTE, RONALD, 52 GARDEN ST, RIDGEFIELD PARK, NJ 07660

10925    LARAND CHEMICAL CORPORATION, PO BOX D, HAWLEY, PA 18428

10925    LARANGO, KIMBEL, PO BOX 2546, KENAI, AK 99611

10925    LARAWAY, JACQUELIN, 12353 MYRTLE ST, FAIRHOPE, AL 36532

10925    LARCOM, NORMAN, 590 EL CENTRO AVE. #4, EL CENTRO, CA 92243

10925    LARD, EDWIN, 12703 BEAVERDALE LANE, BOWIE, MD 20715-3913

10925    LARDIZABAL, TINA, 5219 S ST. LOUIS, CHICAGO, IL 60632

10925    LARDIZABAL, VICTOR, 1 PLAFSKY DR, EDISON, NJ 08817

10925    LARDO, MELVIN, 16235 ROSE CRANS RD, MARIBEL, WI 54227

10925    LARE, BRENT, 18402 INDIAN, REDFORD, MI 48420

10924    LAREDO DRAYAGE FORWARDING, 1501 VIDAURRI AVENUE, LAREDO, TX 78042

10924    LAREDO MODULAR CONST. SYSTEMS, U.S. HWY 83 SOUTH, LAREDO, TX 78046

10924    LAREDO MODULAR CONSTRUCTION SYSTEMS, PO BOX2547, LAREDO, TX 78044

10924    LAREDO NEW HIGH SCHOOL, 5256 CIELTO LINDO, LAREDO, TX 78040

10925    LAREDO, ROMEO, 2827 N.BLUEMEADOW, SUGARLAND, TX 77479

10925    LAREW, CHRISTIAN, 1357 EVERGREEN AVE, PLAINFIELD, NJ 07060

10925    LARGEL, YAMILKA, 1005 E POINSETTIA, TAMPA, FL 33612

10925    LARGENTON, ARTHUR, 168 WILLOW AVE, SOMERVILLE, MA 02144

10925    LARIJANI, ZIA, POBOX 1881, ROCKVILLE, MD 20849

10925    LARINA, JUDITH, 79 C. NORTH GASTON AVE, SOMERVILLE, NJ 08876

10925    LARIOS, FERNANDO, 105 SOUTH F ST, OXNARD, CA 93030

10925    LARISON, DEBORAH, 570 RICHARDS WAY, SPARKS, NV 89431

10925    LARIVIERE, JOHN, 5955 S SYCAMORE ST, LITTLETON, CO 80120

10925    LARIVIERE, MARIA, 18 SISSION ST, PAWTUCKET, RI 02860

10925    LARK PORTABLE BUILDINGS, INC, 6461 BLANDING BLVD., JACKSONVILLE, FL 32244

10925    LARK, BOBBY, 526 WINDMONT DR, ATLANTA, GA 30329

10925    LARK, JAMES, 306 SMITH DRIVE, PIEDMONT, SC 29673

10925    LARK, LOIS ALLENE, 114 DOVER ROAD, SPARTANBURG, SC 29301

10925    LARK, MARY, 1397 NORTH CLIFF VALLEY WAY D -4, ATLANTA, GA 30319

10925    LARKIN AXELROD TRACHTE, 34 ROUTE 17K, NEWBURGH, NY 12550

10925    LARKIN FURNACE CONSTRUCTION CO., 1310 OLYMPIC CT NW, CONYERS, GA 30207

10925    LARKIN JR, JOHN, 1552 READING BLVD., WYOMISSING, PA 19610

10925    LARKIN, ANN, 215 JOHNSON AVE, SAYVILLE, NY 11209

10925    LARKIN, DEANNA, 14924 BEACON BLVD, CARMEL, IN 46032

10925    LARKIN, JOHN, 1552 READING BLVD, WYOMISSING, PA 19610

10925    LARKIN, JULIA, PO BOX 35 DEDERER ST, SPARKILL, NY 10976

10925    LARKIN, KATHLEEN, 139 DEDERER ST, SPARKILL, NY 10976

10925    LARKIN, LEO, 10 HOLDER PL, FOREST HILLS, NY 11375

10925    LARKIN, S, 20 VAN TERRACE, SPARKILL, NY 10976

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LARKO, DOROTHY, 441E ARROWOOD RD, CHARLOTTE, NC 28217

10925   LARMER, DOUGLAS, RR 4 BOX 111, WILLISTON, ND 58801-9205

10925   LARNET CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LARNET CORP. N.V., HUTTON INGRAM ET AL GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LARNEY, B, 39 FRANCIS ST, LEESVILLE, LA 71446

10925   LAROCHE INDUSTRIES, 1100 JOHNSON FERRY RD. N.E. STE., 2, ATLANTA, GA 30342

10924   LAROCHE INDUSTRIES, 1100 JOHNSON FERRY ROAD, ATLANTA, GA 30342

10924   LAROCHE INDUSTRIES, 6191 CHOCTAW DRIVE, BATON ROUGE, LA 70805

10924   LAROCHE INDUSTRIES, 7700 DUPONT ROAD, MORRIS, IL 60450

10925   LAROCHE INDUSTRIES, INC, DEPT. AT49929, ATLANTA, GA 31192-9929

10925   LAROCHE, ROBERT, 4 SWANSON AVE, WESTFORD, MA 01886

10925   LAROCHE, ROBERT, 4 SWANSON LANE, WESTFORD, MA 01886

10925   LAROCHELLE, RONALD, 16 SKYLAR DRIVE, SOUTHBOROUGH, MA 01772

10925   LAROCHELLE, TINA, BLDG #1, APT #1 COMMONS, FRENCHTOWN, NJ 08825

10925   LAROCQUE, MICHELE, 1606 ST AGNES DR, GREEN BAY, WI 54304

10925   LAROX INC., 9730 PATUXANT WOODS DRIVE, COLUMBIA, MD 21046

10925   LARPENTER, JERRY J, PO DRAWER 1670, HOUMA, LA 70361

10925   LARRABEE M JOHNSON, 280 PARK AVE SO 9A, NEW YORK, NY 10010-6129

10925   LARRACUENTE, LUIS, 2770 ROOSEVELT BLVD # 4904, CLEARWATER, FL 34620

10925   LARRAIN Y ASOCIADOS, PISO 12, LAS CONDES, SANTIAGO,

10925   LARRAZOLA, FRANCINA, 1896 LORCA DR 36, SANTA FE NM, NM 87505

10925   LARRIELOU LUND, 1351 ISLA COURT, CAMARILLO, CA 93010-3953

10925   LARRIMORE, JAKE, 2725 HUGO RD, CONWAY, SC 29527-8546

10925   LARROQUETTE, LENNY, 708 LAFAYETTE ST, LAPLACE, LA 70068

10925   LARRY ALIOTO, 3 PEQUOT ROAD, PEABODY, MA 01960-3346

10925   LARRY ARNOLD, CUMMINS & WHITE, 2424 SE BRISTOL ST STE 300, NEWPORT BEACH, CA 92660

10925   LARRY BARNES, 6725 SOUTH WABASH, CHICAGO, IL 60637

10925   LARRY C HAIN, PO BOX 191, MOHRSVILLE, PA 19541-0191

10925   LARRY C YOUNG, HC71 BOX 123, GRAYSVILLE, TN 37338-9402

10925   LARRY D BELL &, SHEROL K BELL JT TEN, 1023 N W 600, HOLDEN, MO 64040-9486

10925   LARRY D JENSEN & DIANE R JENSEN, JT TEN, 321 HIGHLAND AVE, KUTZTOWN, PA 19530-1204

10925   LARRY D LOBER, 8713 W 98TH ST, PALOS HILLS, IL 60465

10925   LARRY D. GOSSARD, 205 SW 34TH AVE, DEERFIELD BEACH, FL 33442

10925   LARRY D. HORTON, PO BOX 304, HILLSBORO, MO 63050

10925   LARRY DUNCAN, 3506 OAK KNOLL DR., CHATTANOOGA, TN 37415

10925   LARRY E WILLIS, 6428 N TALMAN AVE, CHICAGO, IL 60645

10924   LARRY E. KNIGHT, INC., 12200 GLYNOWINGS DRIVE, GLYNDON, MD 21071

10924   LARRY E. KNIGHT, INC., P.O. BOX 187, GLYNDON, MD 21071

10925   LARRY EDWARD MILLER, 195 NEEDMORE RD, OLD HICKORY, TN 37138-1303

10925   LARRY F CHAPPELL, 124 MANSKER PARK DR, HENDERSONVILLE, TN 37075

10925   LARRY G CANADA, 3235 FLOWERDALE, DALLAS, TX 75229-5054

10925   LARRY GJURGEVICH, 837 MEEKER AVE, LA PUENTE, CA 91746

10925   LARRY HEUER, 3009 BROADWAY, NEW YORK, NY 10027-6598

10925   LARRY HOLDCRAFT CUST KIRK, HOLDCRAFT UNIF GIFT MIN ACT IN, PO BOX 944, MONON, IN 47959-0944

10924   LARRY HYATT, 201 BETHEL AVE.  BLDG 12B, BEECH GROVE, IN 46107

10925   LARRY JACKSON, 4098 VICLIFF ROAD, WEST PALM BEACH, FL 33406

10925   LARRY JAY KOCHNOVER, 1456 EAST 86TH ST, BROOKLYN, NY 11236-5134

10925   LARRY K DUNCAN &, BETTY ANN M DUNCAN JT TEN, 3506 OAK KNOLL DR, CHATTANOOGA, TN 37415-5416

10925   LARRY K PRITCHETT, PO BOX C-9000, SPOTSYLVANIA, VA 22553

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    LARRY KNIGHT INCORP., P O BOX 187, GLYNDON, MD 21071

10925    LARRY M SOBELMAN, 11241 N W 7TH ST, CORAL SPRINGS, FL 33071-7959

10925    LARRY M SOBELMAN, 11241 NW 7TH ST, CORAL SPRINGS, FL 33071

10925    LARRY N DAWSON, 210 BROOKHAVEN DR, NITRO, WV 25143

10925    LARRY R PAUL, 48 DEERWOOD CT SW, CEDAR RAPIDS, IA 52404-5380

10925    LARRY REEVES, POBOX 97223, PEARL, MS 39288-7223

10925    LARRY SAWYER DAVIS, 530 SAN MARCO DR, FORT LAUDERDALE, FL 33301-2546

10925    LARRY T WEISS CO INC, 10545 GUILFORD ROAD, JESSUP, MD 20794-9109

10925    LARRY T WEISS CO, INC, 10545 GUILFORD RD., UNIT#107, JESSUP, MD 20794-9109

10925    LARRY T WEISS CO, INC, 7011 TROY HILL DRIVE, ELKRIDGE, MD 21075-7036

10925    LARRY T. MCDORMAN, 7500 GRACE DR., COLUMBIA, MD 21044

10925    LARRY T. WEISS CO., 11509 LAMBERTON CT., WHEATON, MD 20902

10925    LARRY W GRIBBLE &, DEANNE K GRIBBLE JT TEN, 3104 L ST NE, AUBURN, WA 98002-2305

10925    LARRY WALKER & ALESIA N GARNER, JT TEN, 3525 MONROE ST, BELLWOOD, IL 60104-2164

10925    LARRY WILLIS, 6428 N TALMAN AVE, CHICAGO, IL 60645-5324

10925    LARRYS CARTAGE CO. INC., 101 BURR RIDGE PKWY SUITE 206, BURR RIDGE, IL 80521

10924    LARRY'S ELECTRIC, 2200 WEST LOCUST ST., ELDORADO, IL 62930

10925    LARRYS RAG CO INC, 2202 REGENCY DRIVE, BESSEMER, AL 35022-6108

10925    LARRYS RAG COMPANY INC, 2202 REGENCY DR, BESSEMER, AL 35023-6108

10924    LARSEN CONTRACTING, INC., RD#7 BOX 92, LIGONIER, PA 15658

10925    LARSEN INSULATION CONTRACTORS INC, 17215 VETERANS DRIVE, PEARLAND, TX 77584-9624

10925    LARSEN JT TEN, DONALD WILLIAM & ADELINE K, PO BOX 81, DENMARK, WI 54208-0081

10925    LARSEN LEASING LIMITED, 700 LARSEN LANE, BENSENVILLE, IL 60106

10925    LARSEN, DONALD, 1104 10TH ST, WHEATLAND, WY 82201

10925    LARSEN, DONNA, 14419 NICHOLS RD, HEBRON, IL 60034

10925    LARSEN, EMILY, 9960 N. OUTLAW TRAIL, TUCSON, AZ 85741

10925    LARSEN, EVERT, 1003 E. RIDGEVIEW DR. #A, CHEROKEE, IA 51012

10925    LARSEN, GARY, 21376 CRESTFALLS CT, BOCA RATON, FL 33428

10925    LARSEN, JEREMY M, RR #1 BOX 83A5, MOUNT AYR, IA 50854

10925    LARSEN, JEREMY, RR #1 BOX 83A5, MOUNT AYR, IA 50854

10925    LARSEN, L LAVON, 64848 HAMPTON ROAD, ATLANTIC, IA 50022

10925    LARSEN, LARS, 6044 EAST VIEWMONT DRIVE, MESA, AZ 85215

10925    LARSEN, LINDA, 16210 RHYOLITE CIRCLE, RENO, NV 89511

10925    LARSEN, LYNN, 10829 W. 9TH ST, HEWITT, WI 54441

10925    LARSEN, MARGO, 2615 700TH ST, ELK HORN, IA 51531

10925    LARSEN, MARTHA, R R 1 S 1 C 7, ENDERBY, BC V0E 1V0CANADA          *VIA Deutsche Post*

10925    LARSEN, NORMAN, 1604 LOIS CIRCLE, ATLANTIC, IA 50022-2411

10925    LARSEN, PAUL, 1875 VERLIN RD #3, GREEN BAY, WI 54302

10925    LARSEN, RALPH, 1625 S ORCHARD DR, BOUNTIFUL, UT 84010-5200

10925    LARSEN, ROBERT, 1011 56TH ST W, BILLINGS, MT 59106-2238

10925    LARSEN, SCOTT, 320 E 1400 SOUTH, BOUNTIFUL, UT 84010-5154

10925    LARSEN, STEPHEN, 14419 NICHOLS RD, HEBRON, IL 60034

10925    LARSEN, THEODORE, 64848 HAMPTON ROAD, ATLANTIC, IA 50022

10925    LARSEN, THOMAS, 2549 COUNTRY VIEW LN, HARLEYSVILLE, PA 19438

10925    LARSEN, VIBEKE, 762 SOUTH GAMMON ROAD, 3, MADISON, WI 53719

10924    LARSON ASSOC INC, MANSFIELD UNIVERSITY, MANSFIELD, PA 16933

10924    LARSON ASSOCIATES, C/O WESTMORELAND HOSPITAL, GREENSBURG, PA 15601

10924    LARSON ASSOCIATES, FRICK HOSPITAL, MOUNT PLEASANT, PA 15666

10924    LARSON CONCRETE, 4508 S 28TH ST, OMAHA, NE 68107

10924    LARSON CONCRETE, P.O. BOX 7202, OMAHA, NE 68107

10924    LARSON CONTRACTING ATTN: JOHN LARSO, CAMBRIDGE, MA 99999

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | LARSON CONTRACTING C/O, NORTH HALL, MANSFIELD, PA 16933 | |
| 10924 | LARSON CONTRACTING, ATTN:  ACCOUNTS PAYABLE, LATROBE, PA 15650 | |
| 10924 | LARSON CONTRACTING, INC., 140 LORANA AVENUE, BRADFORD, PA 16701 | |
| 10924 | LARSON CONTRACTING, PO BOX248, LATROBE, PA 15650 | |
| 10924 | LARSON CONTRACTING, RD #7 BOX 92, LATROBE, PA 15650 | |
| 10924 | LARSON CONTRACTORS C/O I&I BLDG., ATHERTON STREET, STATE COLLEGE, PA 16801 | |
| 10925 | LARSON DIESEL SERVICE, 5275 GENEVA AVE N, OAKDALE, MN 55128 | |
| 10925 | LARSON LUMBER COMPANY, PO BOX DRAWER A, TROY, MT 59935 | |
| 10925 | LARSON, ANN S, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | LARSON, ANN, 2 ARTHUR ROAD, ARLINGTON, MA 02174 | |
| 10925 | LARSON, BEVERLY, 324 N WALNUT ST, MOMENCE, IL 60954 | |
| 10925 | LARSON, BEVERLY, 445 ROBERTS, #A, RENO, NV 89502 | |
| 10925 | LARSON, BRENDA, 5 VENICE AVE, MIDDLESEX, NJ 08846 | |
| 10925 | LARSON, CAROLYN, 1206 TIMBER OAKS RD., EDISON, NJ 08820 | |
| 10925 | LARSON, CHARLES, PO BOX 1549, NEWPORT, TN 37822 | |
| 10925 | LARSON, DIANE, 2275 ROSECRANS ST., SIMI VALLEY, CA 93065 | |
| 10925 | LARSON, DIANE, 589 COUNTRY WALK CT, NAPLES, FL 33942 | |
| 10925 | LARSON, ERIC, 5440 NORTH NEW ENGLAND, CHICAGO, IL 60656 | |
| 10925 | LARSON, ERIK, 2311 W BERWYN, CHICAGO, IL 60625 | |
| 10925 | LARSON, ERNEST V, 3030 PARK AVE APT 7-W-1, BRIDGEPORT, CT 06604-1138 | |
| 10925 | LARSON, EVAN, HC 63, BOX 6106, SNOWFLAKE, AZ 85937 | |
| 10925 | LARSON, FRED, 311-7L HIDEAWAY DRIVE, PRINCETON, IL 61356 | |
| 10925 | LARSON, HARLEY, 604 3RD AVE NE, MOHALL, ND 58761-0061 | |
| 10925 | LARSON, HAROLD, 2500 CENTRAL ST, 3B, EVANSTON, IL 60201-0000 | |
| 10925 | LARSON, JEFF, 16499 MOUNTAIN ST, LAKE ELSINORE, CA 92530 | |
| 10925 | LARSON, JOHN, 1605 COLORADO CIRCLE, GREENRIVER, WY 82935-5915 | |
| 10925 | LARSON, KATHY, 7662 E. 22ND #62, TUCSON, AZ 85710 | |
| 10925 | LARSON, KENNETH SCOT, 2 ARTHUR RD, ARLINGTON, MA 02174 | |
| 10925 | LARSON, L, 2039 COUNTY RD TN, AMHERST JCT, WI 54407 | |
| 10925 | LARSON, LAURIE, 202 N EAU CLAIR AVE #207, 207, MADISON, WI 53705 | |
| 10925 | LARSON, LORRI, 10135 PROSPECT HILL, HOUSTON, TX 77064 | |
| 10925 | LARSON, LUCINDA, 14438 STEPPING STONE WAY, BURTONSVILLE, MD 20866 | |
| 10925 | LARSON, MARY, 1720 WIND HAVEN WY, VIENNA, VA 22180 | |
| 10925 | LARSON, MICHAEL, BOX 661, MOHALL, ND 58761 | |
| 10925 | LARSON, PAMELA, 6909 BALTIMORE AVE, COLLEGE PARK, MD 20304 | |
| 10925 | LARSON, PAUL, 40 REED ROAD, PEABODY, MA 01960-2707 | |
| 10925 | LARSON, RICHARD, 1705 E 73RD AVE, MERRILLVILLE, IN 46410 | |
| 10925 | LARSON, STEVE, BOX 153, MOHALL, ND 58761 | |
| 10925 | LARSON, STEVEN, 2 DEER HORN COVE, PINE BLUFF, AR 71603 | |
| 10925 | LARSON, SUSAN, 2203 HEIGHTS AVE, SIOUX CITY, IA 51104 | |
| 10925 | LARSSON, JEFFREY, 5015 36TH AVE N.E., SEATTLE, WA 98105 | |
| 10925 | LARTY, GEORGE, 715 N. JOHN, PALESTINE, TX 75801 | |
| 10925 | LARUE, JASON, 3013 105TH ST, BARNES CITY, IA 50027 | |
| 10925 | LARUE, RANDY, 832 GREENFIELD DR, MANSFIELD, OH 44904 | |
| 10925 | LARUE-WOOTAN, KAHLENE, 903 W WATSON DR, TEMPE, AZ 85286 | |
| 10924 | LARUSSA GHINNI, ICE-FLOWE, ESCONDIDO, CA 92025 | |
| 10924 | LARUSSA, TRI CITY HOSPITAL, OCEANSIDE, CA 92054 | |
| 10924 | LARUSSA..., SAN DIEGO, CA 92121 | |
| 10924 | LARUSSA/VA REGIONAL OFFICE, EXPO BUILDERS SUPPLY, SAN DIEGO, CA 92121 | |
| 10925 | LARUSSA-GHIANNI INC, 7956 LESTER AVE, LEMON GROVE, CA 91945-1822 | |
| 10925 | LARUSSO, WILLIAM, 2815 W MONTEROSA, PHOENIX, AZ 85017 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LAS ANIMAS CONCRETE, 146 ENCINAL, SANTA CRUZ, CA 95060 | |
| 10924 | LAS ANIMAS CONT/BDG SYS, POST OFFICE BOX 507, SANTA CRUZ, CA 95060 | |
| 10924 | LAS ANIMOS CONT/BDG SY IN, 1111 RIVER ST, SANTA CRUZ, CA 95060 | |
| 10925 | LAS PALMAS TRUE VALUE HARDWARE INC, 21814 SO AVALON, CARSON, CA 90745 | |
| 10925 | LAS POSITAS COMMUNITY COLLEGE, 3033 COLLIER CANYON RD., LIVERMORE, CA 94550 | |
| 10924 | LAS VEGAS ARMORY, SMITH & GREEN, LAS VEGAS, NV 89101 | |
| 10925 | LAS VEGAS CHAPTER, POBOX 35915, LAS VEGAS, NV 89133 | |
| 10924 | LAS VEGAS CLUB, SMITH & GREEN, LAS VEGAS, NV 89101 | |
| 10925 | LAS VEGAS HILTON, 3000 PARADISE ROAD, LAS VEGAS, NV 89109 | |
| 10924 | LAS VEGAS ROOFING SUPPLY, 3592 SOUTH PROCYON AVENUE, LAS VEGAS, NV 89103 | |
| 10925 | LAS VEGAS VIDEO & SOUND, 4027 PETRA AVE, LAS VEGAS, NV 89103 | |
| 10925 | LASALANDRA, ROSALIE, 15 EDINBURGH DRIVE, PEEKSKILL, NY 10566 | |
| 10925 | LASALLE COUNTY CLERK OF THE, PO BOX 617, OTTAWA, IL 61350 | |
| 10925 | LASALLE ENTERPRISES, INC, 401 BUNKER RD., LAKE CHARLES, LA 70601 | |
| 10925 | LASALLE, JOANNE, 1009 MAIN ST, PATTERSON, LA 70392 | |
| 10924 | LASART, 2911 SAN ISIDRO COURT, SANTA FE, NM 87501 | |
| 10924 | LASART, COUNTY ROAD 40.5, NORWOOD, CO 81423 | |
| 10925 | LASCALA, FRANCES, 470 CHECKER DRIVE, BUFFALO GROVE, IL 60089 | |
| 10924 | LASCASSAS ELEM. SCHOOL, 6300 LASCASSAS PIKE, LASCASSAS, TN 37085 | |
| 10925 | LASCH, JOAN, 329 WALNUT COURT, BOLINGBROOK, IL 60440 | |
| 10924 | LASCO PLASTER, 201 N. MIDDLE RD., MOAPA, NV 89025 | |
| 10925 | LASCOLA, A, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | LASCOLA, ANGELO, 6 LONGKNOLL WAY, KINGSVILLE, MD 21087 | |
| 10925 | LASECKI, THOM, 199C N MAGNOLIA, ANAHEIM, CA 92801 | |
| 10925 | LASEE, MATTHEW, 1026 SO IRWIN, GREEN BAY, WI 54301 | |
| 10925 | LASELCO PACIFIC, 1355 RIDDER PARK DR, SAN JOSE, CA 95131 | |
| 10924 | LASELLE VILLAGE, 248 GROVE STREET, BOSTON, MA 02116 | |
| 10924 | LASER INTERNATIONAL FREIGHT TRANS., 3218 NW NORTH RIVER DRIVE, MIAMI, FL 33142 | |
| 10925 | LASER LABEL TECHNOLOGIES, CORPORATEWOOD PKWY, UNIONTOWN, OH 44685 | |
| 10925 | LASER LIGHTING & MAINT SUPPLY, 2420 NW 16TH LANE, POMPANO BEACH, FL 33064 | |
| 10925 | LASER LINE INC, 700-D NURSERY ROAD, LINTHICUM, MD 21090 | |
| 10925 | LASER LINE, INC- ALLISON MATTHEWS, 700-D NURSERY RD., LINTHICUM, MD 21090 | |
| 10925 | LASER MAINTENANCE SUPPLY, 2420 N W 16TH LANE, POMPANO BEACH, FL 33064 | |
| 10925 | LASER PERFECT PRODUCTS INC, CENTENNIAL PARK, PEABODY, MA 01960-4908 | |
| 10925 | LASER PERFECT PRODUCTS INC., 5 FIRST AVE, PEABODY, MA 01960-4908 | |
| 10925 | LASER SERVICE INC, 875 LIVELY BLVD, ELK GROVE, IL 60007 | |
| 10925 | LASER, LAURIE, 2864 7TH ST, CUYAHOGA FALLS, OH 44221 | |
| 10925 | LASEREX INTERNATIONAL, 118 WESTFIELD AVE, CLARK, NJ 07066 | |
| 10925 | LASEREX, 7741 EAST GRAY ROAD, #3, SCOTTSDALE, AZ 85260 | |
| 10925 | LASERGRAPHICS INC., 95 FOURTH ST, CHELSEA, MA 02150 | |
| 10925 | LASERINKO, ROSE, 3001 MEADOW CREEK, GRAND PRAIRIE, TX 75052 | |
| 10925 | LASERMASTER CORPORATION, PO BOX 86, MINNEAPOLIS, MN 55486-1010 | |
| 10925 | LASERS CHOICE, 28302 INDUSTRIAL BLVD SUITE I, HAYWARD, CA 94545 | |
| 10924 | LASERSIGHT TECHNOLOGIES, 3300 UNIVERSITY BLVD., WINTER PARK, FL 32792 | |
| 10925 | LASERSTAR INC, 23 GARFIELD AVE, WOBURN, MA 01801 | |
| 10925 | LASERTECH SYSTEMS INC, N29 W22188 KATHRYN CT, WAUKESHA, WI 53186 | |
| 10925 | LASERTONE CORPORATION, 124 BOSTON POST ROAD, SUDBURY, MA 01776 | |
| 10925 | LASH, CAROLE, 6808 PLEASANT DR, CHARLOTTE, NC 28211 | |
| 10925 | LASH, JAMES, 429 ORCHARD ROAD, FLEETWOOD, PA 19522 | |
| 10925 | LASH, WARREN, 4703 BEACH CREST PLACE, CHARLOTTE, NC 28269 | |
| 10925 | LASHER JR, MILTON T, 171 CHERRY LANE, RIVER EDGE, NJ 07661-1717 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 LASHER, DAYTON, 1130 7TH ST, NOVATO, CA 94947

10925 LASHER, MARY, 65 APPLE HILL DRIVE, BRENTWOOD, CA 94543

10925 LASHLEY, DOROTHY, PO BOX 377, GASTON, NC 27832

10925 LASHLEY, DOTTIE, 211 TERRA COURT, NORMAN, OK 73069-8655

10925 LASHLEY, JENNY, 3917 UPTON AVE, TOLEDO, OH 43613

10925 LASHLEY, JOHN, RT 3 BOX 559B, ROANOKE RAPIDS, NC 27870

10925 LASHLEY, MORGAN, 1107 COUNTRY PARK DR, SMYRNA, GA 30080

10925 LASHLEY, TRINETTE, 52-C JOYCE ELLEN, FERGUSON, MO 63135

10925 LASHOTO, GLADYS, 2 MARCHANT RD, WINCHESTER, MA 01890

10924 LASITER CONSTRUCTION INC., 309 S. VINE STREET, NORTH LITTLE ROCK, AR 72114

10925 LASKER, BAHARUL, 228 FORBELL ST, BROOKLYN, NY 11208

10924 LASK-LASK, LLC, 17 KENT ROAD, NEWTOWN, CT 06470

10924 LASK-LASK, LLC, 2469 OLD 421 NORTH, SILER CITY, NC 27344

10924 LASK-LASK, LLC, SEE SOLD TO 531208****, 2469 OLD 421 NORTH, SILER CITY, NC 27344

10925 LASKOSKIE, PAUL, 450 SPRINGWOOD DR., VICTORIA, TX 77901

10925 LASKOWITZ, MICHELE, 125 CLINTON ST, S BOUND BROOK, NJ 08880

10925 LASKY, HARVEY, 13929 MARQUESAS WAY APT 103 A, MARINA DEL REY, CA 90292-6026

10925 LASLEY, JUNE, 4020 PARK SQUARE #63, ARLINGTON, TX 76013

10925 LASLIE JR, PETE, PO BOX 128, HARDIN, KY 42048

10924 LASO CONSTRUCTION INC., CAMBRIDGE, MA 02140

10924 LASO CONSTRUCTION, INC., PO BOX 660, LIGONIER, PA 15658

10924 LASO CONSTRUCTION, ROUTE 711 NORTH, LIGONIER, PA 15658

10925 LASO, ANA, 1301 MASS AVE #602, WASHINGTON, DC 20005

10925 LASOFF, JACOB, 15 STONEYBROOK DR, GREENVILLE, SC 29615-1341

10925 LASON SYSTEMS INC, 1305 STEPHENSON HWY, TROY, MI 48083

10925 LASON SYSTEMS INC, PO BOX 18454, NEWARK, NJ 07191

10925 LASON SYSTEMS INC., 1305 STEPHENSON HWY, TROY, MI 48083

10925 LASSCO, LA. SERVICE STATION EQUIP CO, 1848 FIRST ST, LAKE CHARLES, LA 70601

10925 LASSEIGNE, ALLISON, 3913 ISABEL ST, JEFFERSON, LA 70121

10925 LASSEIGNE, ERIC, PO BOX 1102, GALLIANO, LA 70354

10925 LASSEIGNE, KENNETH, 6504 CARMEN ST, METAIRIE, LA 70003

10925 LASSEIGNE, TERRY, 117 EAST 57TH ST, CUT OFF, LA 70345

10925 LASSEIGNE, WANDA, 527 PINE ST, THIBODAUX, LA 70301

10925 LASSEIGNE, WILLIAM, PO BOX 440, LOCKPORT, LA 70374

10925 LASSERE, YVONNE, 12710 MONACO, HOUSTON TX, TX 77070

10924 LASSITER HIGH SCHOOL, 2600 SHALLOWFORD ROAD, MARIETTA, GA 30066

10925 LASSITER JR., BRYAN, STAR ROUTE, BOX 1, SILAS, AL 36919

10925 LASSITER, AGNES, 1104 WHITEMARSH RD, SUFFOLK, VA 23434

10925 LASSITER, BYRON, 2416 EUTAW PLACE, BALTIMORE, MD 21217

10925 LASSITER, DIANNE, 1405 PLANTATION ARCH #204, PLANT CITY, FL 33567

10925 LASSITER, ELTON, 510 BRIDGEVIEW ROAD, BALTIMORE, MD 21225

10925 LASSITER, JACK, 1923 TURNER DR, MIDWEST CITY, OK 73110

10925 LASSITER, RAYMOND, 37 BRUCE PARK DRIVE, TRENTON, NJ 08618

10925 LASSITER, RICHARD, 1885 SUNNYSIDE, 7, KANKAKEE, IL 60901

10925 LASSON, PHD, ELLIOT D, 2500 LARRYVALE RD., BALTIMORE, MD 21209-3206

10925 LASTAR, LANCE, 507 ASHER COURT, POWDER SPRINGS, GA 30073

10925 LASTER, ANNA, 809 SCHALLERT, ALICE, TX 78332-3601

10925 LASTER, DANA RENEE, 224 HOLMES ST, BOONTON, NJ 07005

10925 LASTER, JOHN E, 2800 NW 23RD ST., FORT LAUDERDALE, FL 33311

10925 LASTER, MAYNE, 204 E. THOMAS, CUERO, TX 77954

10925 LASTER, NANCY, 107 CARDINAL DRIVE, LYMAN, SC 29365

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LASTING PAINTS INC., 7030 GOLDEN RING RD., BALTIMORE, MD 21237 | |
| 10925 | LASTING PAINTS INC., PO BOX 4428, BALTIMORE, MD 21223 | |
| 10925 | LASTING PAINTS, INC, 2012 INDUSTRIAL DR., ANNAPOLIS, MD 21401 | |
| 10925 | LASTOVICA, CHARLES, 809 SOUTH POLK ST, RAYNE, LA 70578 | |
| 10925 | LASTOWSKI, ESQ, MICHAEL R, DUANE, MORRIS & HECKSCHER, 1100 NORTH MARKET ST #1200, WILMINGTON, DE 19801-1246 | |
| 10925 | LASTRAPES, CHAD, 202 WOODBURY, LAFAYETTE, LA 70505 | |
| 10924 | LATAS DE ALUM. NORDESTE S/A-LANESA, RODOVIA PE 60 S/N, KM. 7, MUN CABO DESANTOAGOSTINHO, PE 54500-000TORONTO | *VIA Deutsche Post* |
| 10924 | LATAS PANAMA S.A., PANAMA 5, PANAMA, 0PANAMA | *VIA Deutsche Post* |
| 10924 | LATAS PANAMA, S.A., PO BOX6849, PANAMA, 0PANAMA | *VIA Deutsche Post* |
| 10924 | LATE NITE MAGIC, BROADWAY BETWEEN 49TH & 48TH STREET, NEW YORK, NY 10001 | |
| 10925 | LATEEF, MARAD, 48 MELMORE GARDENS, EAST ORANGE, NJ 07017 | |
| 10925 | LATERZA, JOSEPH, 1033 WASHINGTON ST, WOOSTER, OH 44691 | |
| 10925 | LATERZA, MICHAEL, 160 LAFAYETTE BLVD., LONG BEACH, NY 11561 | |
| 10925 | LA-TEX RUBBER & SPECIALTIES, PO BOX 3271, LAKE CHARLES, LA 70602 | |
| 10925 | LATH PLASTER, 735 INDUSTRIAL RD SUITE 36, SAN CARLOS, CA 94070 | |
| 10925 | LATHAM & WATKINS COUNSEL FOR GRACE, JOHN C MCGAHREN, ONE NEWARK CENTER, NEWARK, NJ 07101 | |
| 10925 | LATHAM & WATKINS, 53RD AT THIRD SUITE 1000, NEW YORK, NY 10022-4802 | |
| 10925 | LATHAM & WATKINS, 633 W FIFTH ST #4000, LOS ANGELES, CA 90071-2007 | |
| 10925 | LATHAM & WATKINS, 885 THIRD AVE, NEW YORK, NY 10022-4802 | |
| 10925 | LATHAM & WATKINS, GENE LUCERO, 633 WEST FIFTH ST, SUITE 4000, LOS ANGELES, CA 90071 | |
| 10925 | LATHAM & WATKINS, PO BOX 504256, THE LAKES, NV 88905-4256 | |
| 10925 | LATHAM & WATKINS, PO BOX 7247-8181, PHILADELPHIA, PA 19170-8181 | |
| 10925 | LATHAM & WATKINS, POBOX 7247-8181, PHILADELPHIA, PA 19170-8181 | |
| 10925 | LATHAM AND WATKINS, ATTN: CARY R PERLMAN, 233 S WACKER DR, SUITE 5800, CHICAGO, IL 60606 | |
| 10924 | LATHAM UNITED  METHODIST CHURCH, 109 WEATHERLY ROAD S.E., HUNTSVILLE, AL 35803 | |
| 10925 | LATHAM WATKINS, PO BOX 7247-8202, PHILADELPHIA, PA 19170-8202 | |
| 10925 | LATHAM, BRIAN, 150 COMSTOCK, FERNLEY, NV 89408 | |
| 10925 | LATHAM, ELIZABETH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LATHAM, ELIZABETH, 865 SLATE HILL RD, YARDLEY, PA 19067 | |
| 10925 | LATHAM, JANI, 516 WATER, MOMENCE, IL 60954 | |
| 10925 | LATHAM, LYNDON, 6724 ARROYO DR., AMARILLO, TX 79108 | |
| 10925 | LATHAMPTON CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036 | |
| 10925 | LATHEM, WILLIAM, 3669 OCONEE ST, DULUTH, GA 30136 | |
| 10925 | LATHERS, ROY, 4441 85TH TERR N., PINELLAS PARK, FL 34665 | |
| 10925 | LATHIM, JAMES, 2027 SAN SEBASTIAN, OXNARD, CA 93035 | |
| 10925 | LATHON, DERRICK, 6027 MICHIGAN, KANSAS CITY, MO 64130 | |
| 10925 | LATHROP, EILEEN, 808 30TH ST NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | LATHROP-PAULSON, 2521 GROSS POINT ROAD, EVANSTON, IL 60201 | |
| 10924 | LATICRETE INTERNATIONAL, 1710-111 STREET, GRAND PRAIRIE, TX 75050 | |
| 10924 | LATICRETE INTERNATIONAL, 91 AMITY RD., BETHANY, CT 06524 | |
| 10925 | LATIMER, CAROL, 34 ORIENT AVE, MELROSE, MA 02176 | |
| 10925 | LATIMER, JARVIS, 1709 CHASEWOOD DR, CHARLOTTE, NC 28212 | |
| 10925 | LATIMER, JOE, 108 FRANCES ST, HONEA PATH, SC 29654 | |
| 10925 | LATIMER, JOHN, 822 WILD HORSE VALLEY RD, KATY, TX 77450 | |
| 10925 | LATIMER, JUNE, 108 FRANCES ST, HONEA PATH, SC 29654 | |
| 10925 | LATIMER, MICHAEL, 2014 BRUNT ST, BALTIMORE, MD 21217 | |
| 10925 | LATIMORE, JOHN, 3357 ASHLEY LANE, INDIANAPOLIS, IN 46224 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  LATIMORE, OLIVIA, 4925 OAKWOOD TRAIL, INDIANAPOLIS, IN 46268

10925  LATIMORE, WILLIAM, HWY 221 - POWERS RD, LAURENS, SC 29360

10925  LATIMORE, WILLIAM, RT. 6 BOX 4368 HWY 221 - POWERS RD, LAURENS, SC 29360

10925  LATIN AMER INFO SVCS INC, PO BOX 1208, PEARL RIVER, NY 10965-0407

10925  LATIN AMERICAN PUBLICATIONS, 1317 THIRD AVE SUITE 100, NEW YORK, NY 10021

10925  LATIN AMERICAN PUBLICATIONS, 443 W 50TH ST, NEW YORK, NY 10019

10925  LATIN MEDIA SERVICE, 638 LINDERO CANYON ROAD SUITE 303, AGOURA, CA 91301

10924  LATINA TRADING CO., C/O CTS, KEARNY, NJ 07032

10925  LATINO EMPLOYMENT & TRAINING, 8707-D LINDLEY AVE SUITE 111, NORTHRIDGE, CA 91325

10925  LATINO, CAROL, 20-2 THAYER POND DR, N.OXFORD, MA 01537

10925  LATIOLAIS, DEBRA, 2371 PEACHBLOOM HWY., CHURCH POINT, LA 70525

10925  LATIOLAIS, KEVIN, PO BOX 12853, NEW IBERIA, LA 70562

10925  LATIOLAIS, RICHARD, 1022-B ST. RITA HWY., ST. MARTINVILLE, LA 70582

10924  LATITE RFG & SHEET METAL CO, 999 N.W. 53RD ST., FORT LAUDERDALE, FL 33309

10924  LATITE ROOFING, 2280 W. COPANS RD., POMPANO BEACH, FL 33069

10925  LATKA, AGNES, 308 NORTH 9TH AVE., MANVILLE, NJ 08835

10925  LATORRE, ARSENIO, 8000 SW 152 AVE, MIAMI, FL 33193

10925  LATORRE, ROSALBA, 31-36 79 ST., JACKSON HTS, NY 11370

10925  LATOSKY, JOHN, 702 RIVERSIDE AVE, RARITAN, NJ 08869-1123

10925  LATOUE, NANCY, 1632 WEST GLEN OAKS, B, GLENDALE, CA 91201

10925  LATOUR, ALFRED, 30 WIRE RD, MERRIMACK, NH 03054

10925  LATOUR, DANIEL, 179 LEGATE HILL ROAD, CHARLEMONT, MA 01339

10925  LATOUR, MARTIN, 7 BLACKSTONED DRIVE, 35, NASHUA, NH 03060

10925  LATOUR, ORISC, 3773 HECKER RD, IOWA, LA 70647

10925  LATOUR, ORISC, RT 1 BOX 185, IOWA, LA 70647

10925  LATOZA, DENNIS, 4915 WEST 85TH ST, BURBANK, IL 60459

10925  LATTA, NORMAN, 11521 WEST BURTON, WICHITA, KS 67209-4049

10924  LATTER DAY SAINT MEETING HOUSE, 211 EAST KINGS BRIDGE ROAD, BRONX, NY 10464

10925  LATTIE MANCO, 290 BLUE BIRD LANE, SMITHS GROVE, KY 42171

10924  LATTIMORE MATERIALS COMPANY, L.P., PO BOX556, MCKINNEY, TX 75069

10924  LATTIMORE MATERIALS INC., 10361 BICKHAM, DALLAS, TX 75220

10924  LATTIMORE MATERIALS INC., P. O. BOX 556, MCKINNEY, TX 75070

10924  LATTIMORE MATERIALS, 1000 E. UNIVERSITY, MCKINNEY, TX 75070

10925  LATTIMORE, JOHN, 5015 CASA ORO, SAN ANTONIO, TX 78233

10925  LATTIN, JAMES M, 100 OAK HOLLOW WAY, MENLO PARK, CA 94025

10925  LATTIN, MARGARET, 39 BARRY RD, SCARSDALE, NY 10583-6427

10925  LATTO, WILLIAM, PO BOX 362, SCOTTSVILLE, TX 75688-9998

10925  LATTOF LATTOF, PO BOX 3066, MOBILE, AL 36652

10925  LATUDA, CAROL, 11145 W 17TH AVE #3-101, LAKEWOOD, CO 80215

10925  LATVANAS, JOHN, 14 REDHEARTH CT, BALTIMORE, MD 21227

10925  LATZEL, MICHAEL, 232 PRESLEY DR., ST, LOIUS, MO 63137

10925  LATZY, KAREN A., 322 TALLY DRIVE, PITTSBURGH, PA 15237

10925  LAU TECHNOLOGIES, 531 MAIN ST, ACTON, MA 01720

10925  LAU, DAPHNE, BOX 28204 FURMAN UNIVER, GREENVILLE, SC 29613

10925  LAU, JOHN, 733 CAMP WOODS ROAD, VILLA NOVA, PA 19085

10925  LAU, MAYME, 5207 NORTH OAKS BLVD, NORTH BRUNSWICK, NJ 08902

10925  LAU, VALERIE, PO BOX 346, RIDGE, NY 11961

10925  LAUB, GERTRUDE, 756A HERITAGE VILLAGE, SOUTHBURY, CT 06488

10925  LAUB, JOSEPH M & HELEN A, 1211 HWY 50, ZEPHYR COVE, NV 89448

10925  LAUB, RICHARD, 5366 NW 85TH AVE, CORAL SPRINGS, FL 33067

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   LAUBE, NANCY H, CUST, BENJAMIN M LAUBE, UNIF GIFT MIN ACT AZ, 210 E BROOK HOLLOW DR, PHOENIX, AZ 85022-3626

10925   LAUBOROUGH, SUE, 2623 CITRONELLA CT, SIMI VALLEY, CA 93063

10925   LAUCHNER, LAWRENCE, 706 JUNIPER ST, QUAKERTOWN, PA 18951

10925   LAUCIUS, NINA, 1908 CATHY LANE, 203, MCLEAN, VA 22101

10925   LAUDENKLOS, DANIEL, PO BOX 14, MONROE, NE 68647-0014

10925   LAUDER, BRUCE, 122 ELM ST, STATEN ISL, NY 10310

10925   LAUDER, GORDON, 1048 OCEAN BLVD, HAMPTON, NH 03842-1616

10925   LAUDER, KEITH FORBES, BOX 272, STERLINNG, VA 20167-0272

10925   LAUDER, P, 451 MONUMENT ROAD 414, JACKSONVILLE, FL 32225

10925   LAUDERDALE CTY-DHR-CHILD SUPPORT, PO BOX 460, FLORENCE, AL 35631

10924   LAUDERDALE TILE & MARBLE, 1121 HOLLAND DRIVE, BOCA RATON, FL 33431

10924   LAUDERDALE TILE, 5025 HIATUS RD., SUNRISE, FL 33351

10925   LAUDIG GEORGE RUTHERFORD SIPES, 600 INLAND BLDG, 156 E. MARKET ST, INDIANAPOLIS, IN 46204

10925   LAUENSTEIN, MICHAEL, N85 W6117 WILLOWBROOKE DRIVE, CEDARBURG, WI 53012

10925   LAUER, DONALD, 1210 HAVERHILL ROAD, BALTIMORE, MD 21229

10925   LAUER, ROBERTA, 2 BANYAN WOODS COURT, 102, BALTIMORE, MD 21221

10925   LAUER, RONALD, 718 ROMANCOKE RD, STEVENSVILLE, MD 21666

10925   LAUER, WILMA, 6600 NEWKIRK RD., SHREVE, OH 44676

10925   LAUFENBERG, GERALD, 309 KLEIN DRIVE, WAUNAKEE, WI 53597

10925   LAUFFER, RUSSELL, 107 NASHUA RD, BEDFORD, NH 03102

10925   LAUGHLAND, KAY, 13 WOODLAWN RD, SOMERSET, NJ 08873

10925   LAUGHLIN III, EDWARD, 9011 STONEY MNTN DR., CHATTANOOGA, TN 37421

10924   LAUGHLIN MEMORIAL HOSPITAL, 1735 OLD TUSCULUM ROAD, GREENEVILLE, TN 37745

10925   LAUGHLIN, CATHERINE, 323/103 SPRINGHOUSE, ALLENTOWN, PA 18104

10925   LAUGHLIN, DONALD, RT 3 BOC 304, TUTTLE, OK 73089

10925   LAUGHLIN, EDWARD B, 4000 N. HAWTHORNE ST., CHATTANOOGA, TN 37406

10925   LAUGHLIN, HERSCHEL, 6177 CLIFF DRIVE, PARADISE, CA 95969-3013

10925   LAUGHLIN, KENNETH, 29 ELM ST, 29, ADAMS, MA 01220

10925   LAUGHLIN, KENNETH, 769 SANDMILL ROAD, CHESHIRE, MA 01225

10925   LAUGHLIN, MARY, 25 OCEAN ST, NEW BEDFORD, MA 02740

10925   LAUGHLIN, MAVIS, 925 TMPLE AVE, LONG BEACH, CA 90804

10925   LAUGHLIN, MICHAEL, 411 N. 11TH ST, EUNICE, LA 70535

10925   LAUGHLIN, ROBERT, 311 FOREMAN DRIVE, LAFAYETTE, LA 70506-6211

10925   LAUGHNER, TODD, 144 HORSESHOE LANE, MARLTON, NJ 08053

10925   LAUGHTER, JOHN, 3305 BRAGG DRIVE, WILMINGTON, NC 28409-6941

10925   LAUNDRIE, PETER, 2393 CANTER LN, GREEN BAY, WI 54304

10925   LAUNIUS, BERNICE, 6719 PATRICK DR, DALLAS, TX 75214

10924   LAUR SILICONE RUBBER COMPOUNDING,IN, 4930 S.M-18,P.O.BOX 509, BEAVERTON, MI 48612

10925   LAURA A JACOBS TR, UA JAN 31 94, THE LAURA A JACOBS 1994, REVOCABLE LIVING TRUST, 122 FOREST VIEW DR, SAN FRANCISCO, CA 94132-

10925   LAURA BEA GOODWIN, 9804 CHESTERTON PLACE, OKLAHOMA CITY, OK 73120-3611

10925   LAURA C BONIFER, PO BOX 201, NEW ALBANY, IN 47151-0201

10925   LAURA CATALANO, 1569 INDEPENDENCE AVE, BROOKLYN, NY 11228-3916

10925   LAURA CROSBY, 8420 GOLD ROAD C, TAMPA, FL 33615-1456

10925   LAURA D NEIBACHER &, SUSAN L NEIBACHER JT TEN, 96A ENFIELD COURT, RIDGE, NY 11961-1402

10925   LAURA DAVIS JONES DAVID CARICKHOFF, PUCHULSKI, STA, 919 N MARKET ST 16TH FL PO BOX 8705, WILMINGTON, DE 19899-8705

10925   LAURA E BANNON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   LAURA ESCOBEDO, C/O MRS CARLOS A UGARTE, 4322 DOVER XING DR, MARIETTA, GA 30066-2166

10925   LAURA FERNANDEZ &, JOHN FERNANDEZ JT TEN, 104 4TH ST, RIDGEFIELD PARK, NJ 07660-1010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LAURA GOODMAN &, JAMES P GOODMAN JT TEN, 60-10 47TH AVE 16F, WOODSIDE, NY 11377-5667

10925    LAURA HINTON, 6117 W 64TH PLACE #7, CHICAGO, IL 60638

10925    LAURA J STURAITIS &, ARCH A STURAITIS JT TEN, 1515 NORTH VICTORIA PARK RD, FT LAUDERDALE, FL 33304-1319

10925    LAURA JEN, 191 HARRISON AVE, SAUSALITO, CA 94965-2043

10925    LAURA MAROLDY, 45 LINGUE VUE AVE, NEW ROCHELLE, NY 10804-4118

10925    LAURA MAY BAILEY, 11 PERSIMMON PLACE, SWEDESBORO, NJ 08085

10925    LAURA MAY JEAN MARKLEY, 7622 WOODVIEW DR APT 2, WESTLAND, MI 48185-5950

10925    LAURA MERLANO, 3414 ROYAL MEADOW LN, SAN JOSE, CA 95135-1641

10925    LAURA PIECEWICZ, 100 CRAWFORD ST UNIT 4, LEOMINSTER, MA 01453

10925    LAURA PRECEWICZ, 100 CRAWFORD ST., UNIT 4, LEOMINSTER, MA 01453

10925    LAURA SCHIFRIN, 8 WEST ST, SAN RAFAEL, CA 94901-2614

10925    LAURA TENNENHOUSE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    LAUREL A EASTER, BOX 46, SONOMA, CA 95476-0046

10925    LAUREL BIGLEY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    LAUREL GREEN SIEBECKER, 4179 VISTA GRANDE WAY, MARIPOSA, CA 95338-9430

10925    LAUREL PLAZA, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90009

10924    LAUREL READY MIX INC, W HWY 20, LAUREL, NE 68745

10924    LAUREL READY MIX INC., W HWY 20, LAUREL, NE 68745

10925    LAUREL TESTING LABORATORY, PO BOX 2456, LAUREL, MI 39442

10925    LAURELL, DONALD, 2311 GRANT, WICHITA FALLS, TX 76309

10925    LAURELLE SCIOLA, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    LAURELLYN MEDICAL GROUP, PA, 107 WILDERNESS ROAD, TRYON, NC 28782-2799

10924    LAUREN CONCRETE, 4501 SHAW LANE, AUSTIN, TX 78744

10925    LAUREN KOTULA, 8349 W 141ST ST, ORLAND PARK, IL 60462-2325

10925    LAURENCE MANOU, 2008 FAIRMOUNT AVE, PHILADELPHIA, PA 19130-2602

10924    LAURENCE MEMORIAL HOSPITAL, NEW LONDON, CT 06320

10925    LAURENCE P SIMPSON TR, SIMSON FAMILY TRUST JAN 1 68, C/O SALLY S REDSTON CONSERVATRIX, 11 GREENWICH COVE DR, OLD GREENWICH, CT 06870-2021

10925    LAURENCE R. VEATOR, RUST ISLAND, GLOUCESTER, MA 93002

10925    LAURENCE, ROBIN, 2271 CRYSTAL KEY, MOBILE, AL 36695

10925    LAURENS BAND BOOSTER CLUB, PO BOX 585, LAURENS, SC 29360

10925    LAURENS COUNTY ASSESSOR, PO BOX 727, LAURENS, SC 29360

10925    LAURENS COUNTY CHAMBER OF COMMERCE, PO BOX 248, LAURENS, SC 29360

10925    LAURENS COUNTY CLERK OF COURT, POBOX 287, LAURENS, SC 29360

10925    LAURENS COUNTY LANDFILL, PO BOX 238, LAURENS, SC 29360

10925    LAURENS COUNTY LITERACY COUNCIL, 221-D WEST LAURENS ST, LAURENS, SC 29360

10925    LAURENS COUNTY SOIL AND WATER, PO BOX 348, LAURENS, SC 29360

10925    LAURENS COUNTY TREASURER, PO BOX 1049, LAURENS, SC 29360

10925    LAURENS COUNTY WATER & SEWER, PO BOX 1006, LAURENS, SC 29360

10925    LAURENS DISTRICT 55 BAND BOOSTERS, PO BOX 585, LAURENS, SC 29360

10925    LAURENS ELECTRIC COOPERATIVE INC, PO BOX 700, LAURENS, SC 29360

10925    LAURENS ELECTRIC COOPERATIVE,INC, PO BOX 967, LAURENS, SC 29360

10925    LAURENS EQUIPMENT CO., PO BOX 626, LAURENS, SC 29360

10925    LAURENS EQUIPMENT COMPANY, PO BOX 626, LAURENS, SC 29360

10925    LAURENS FAMILY PRACTICE, 106 PARKVIEW DR, LAURENS, SC 29360

10925    LAURENS LOCK & KEY, 115 LYNNE AVE, LAURENS, SC 29360

10925    LAURENS LUMBER CO INC, 410 WEST MAIN ST, LAURENS, SC 29360

10925    LAURENS TOOL INC, PO BOX 365, LAURENS, SC 29360

10925    LAURENZO, RICHARD, 9 LAKESIDE DR, RAMSEY, NJ 07446

10925    LAURETTA D SACK, 102 BAYFIELD BLVD, OCEANSIDE, NY 11572-4619

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LAURETTI, MARYBETH, 11 PITCHER AVE, MEDFORD, MA 02155

10925    LAUREY MERCER RIGSBEE AS, CUSTODIAN FOR BENJAMIN MERCER, RIGSBEE UNDER THE NORTH CAROLINA, UNIFORM TRANSFERS TO MINORS ACT, 4900 REA RD, CHARLOTTE, NC 28226-2647

10925    LAUREY MERCER RIGSBEE, 4900 REA ROAD, CHARLOTTE, NC 28226-2647

10925    LAURIDSEN, ALTHEA, 15005 W241ST AVE PO BOX 66, SCHNEIDER, IN 46376-0066

10925    LAURIE A KRISKO, PO BOX 235, BECKER, MN 55308-0235

10925    LAURIE A SLOCUM, PO BOX 235, BECKER, MN 55308-0235

10925    LAURIE AMBER &, HENRY AMBER AS JT TEN WITH, RIGHT OF SURVIVORSHIP, 10660 SOUTHWEST 75TH AVE, MIAMI, FL 33156-3842

10925    LAURIE MORRIS, 289 DOGWOOD LANE, CLARKSBORO, NJ 08020

10925    LAURIE RISER, ROUTE 221, ENOREE, SC 29335

10925    LAURIE SCHOLTES, 11023 JODAN DR, OAK LAWN, IL 60453-5055

10925    LAURIE T HANDELMAN, MITZPE HOSHAYA, D-N NAZARETH ILIT, 17915ISRAEL    *VIA Deutsche Post*

10925    LAURIE TOMER, 414 MEGAN COURT, FREDERICK, MD 21701

10924    LAURIE/GREENVIEW READY MIX, INC., HWY 5 & 7 JUNCTION, GREENVIEW, MO 99999

10925    LAURIENZO, JAY, 16 BLUE SMOKE COURT, GATIHERSBURG, MD 20879

10925    LAURINARIA, OFELIA, 42-45 KETCHAM ST, FLUSHING, NY 11373

10925    LAUSCHE, JOY, 993 RISLEY AVE., GLADSTONE, OR 97027

10925    LAUTERBORN, JEANINE, 1 MINSI RD, WHITEHOUSE STATION, NJ 08889

10925    LAUTERBORN, ROBERT F, 1403 GRAY BLUFF TRAIL, CHAPEL HILL, NC 27514

10925    LAUTH, DANIEL, 3157 TRENTON LANE, GREEN BAY, WI 54313

10925    LAUTURE, GEORGES, 4 WELLS AVE, STAMFORD, CT 06902

10925    LAUX, JEFFRY, 220 GREEN ST PO BOX, WRIGHTSTOWN, WI 54180

10925    LAVALLEE, PRUDENCE, 155A LAKEVIEW DRIVE, NOTTINGHAM, NH 03290

10925    LAVALLEY, KELLY, 121 WASHINGTON ST, MAMMORONECK, NY 10543

10925    LAVAN, DIEDRE, 535 TOLSON RD, LAFAYETTE, LA 70508

10925    LAVELLE, TRACEY, PO BOX 23089, GREEN BAY, WI 54305

10925    LAVEN, DONALD J, 8667 S.E. ANTIGUA WAY, JUPITER, FL 33458

10925    LAVEN, DONALD, 8667 S.E. ANTIGUA WAY, JUPITER, FL 33458

10925    LAVENDER, WAYNE, ROUTE 1 BOX 500, BURLISON, TN 38015-9751

10925    LAVENIA, JACQUELINE, 290 RIVER ROAD, F-6, PISCATAWAY, NJ 08854

10925    LAVERDE, JOSEPH, 6129 SO NASHVILLE, CHICAGO, IL 60638

10925    LAVERGNE, JAMES, 3032 HIGHLAND AVE, PORT ARTHUR, TX 77642

10925    LAVERGNE, JULIE, 321 SYRIA RD., LAKE CHARLES, LA 70607

10925    LAVERGNE, JULIE, 321 SYRIA ROAD, LAKE CHARLES, LA 70607

10925    LAVERGNE, KENNETH, PO BOX 667, RACELAND, LA 70354

10925    LAVERGNE, ROLAND, 502 ADAMS, RACELAND, LA 70394

10925    LAVERNE A BRADLEY, 2717 GRACE MANOR, LAKELAND, FL 33813-4065

10924    LAVERNE CONCRETE, LAVERNE, OK 73848

10925    LAVERNE ROCHFORD, 1247 HOLLYWOOD AVE, CINCINNATI, OH 45224-1530

10925    LAVERTY, C MARIA, 810 RAYFORD RD, APT 1002, SPRING, TX 77386

10925    LAVERTY, C, 9132 GOLDEN ST, ALTALOMA, CA 91701

10925    LAVERY DEBILLY, 925 CHEMIN SAINT LOUIS, QUEBEC, QC G1S 1C1CANADA    *VIA Deutsche Post*

10925    LAVERY, DIANE, 116 E SHORE TRAIL, SPARTA NJ, NJ 07871

10925    LAVERY, SAMANTHA, 479 COMMONWEALTH AVE, BOSTON, MA 02215

10925    LAVIER, BEVERLY, 551 HWY 101, GRAY COURT, SC 29645

10925    LAVIGNE, 10 COPPAGE DR, WORCESTER, MA 01603

10925    LAVIGNE, MARK, 4 HARTLEY TERRACE, ALLSTON, MA 02134-1807

10925    LAVIGNE, MIKE, PO BOX 2554, HAMMOND, LA 70404

10925    LAVIGNE, RANDY, 1 SALTMARSH AVE, SEABROOK, NH 03874

10925    LAVIGNE, THOMAS, RT. 2 BOX 419, CARRIERE, MS 39426

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LAVIN, JACOB, 7 ANDREWS ROAD, QUINCY, MA 02170

10925   LAVIN, JILL, 1533 SYCAMORE, EUDORA, KS 66025

10925   LAVIN, SOPHIA, 3200 NETHERLAND AVE., BRONX, NY 10463

10925   LAVINIA D LETZSCH, 10755 RIVERSIDE DR, DIMONDALE, MI 48821-9745

10925   LAVITTE, LESLIE, 12 TRAILRIDGE LN, GLEN CARBON, IL 62034

10925   LAVOIE, CHERYL, 3164 NORTH TRUCKEE LANE, SPARKS, NV 89434

10925   LAVOIE, DAVID, 2 SAXON LN, NASHUA, NH 03062

10925   LAVOIE, DEBRA, 7 RIVERSIDE AVE, HUDSON, NH 03051

10925   LAVOIE, ELAINE, 60 OCEAN ST PO BOX 2307, OGUNQUIT, ME 03907

10925   LAVOIE, NICOLE, 200 HEROUX BLVD., 202, CUMBERLAND, RI 02864

10925   LAVOIE, RONALD, 35 GRANITE ST, NASHUA, NH 03060

10925   LAVOLA WINDEMUTH, 2209 MONTE CARLO AVE., MODESTO, CA 95350-2100

10924   LAVON KUHLMAN PLASTERING, 106 N. 4TH, NORTHWOOD, IA 50459

10925   LAVORINI, ERNEST, 1820 S 336TH, FEDERAL WAY, WA 98003-8979

10925   LAVY, GALINA, 26 EVERGREEN AVE, WALTHAM, MA 02453

10924   LAW & JUSTICE, 104 W. FRONT ST., BLOOMINGTON, IL 61701

10924   LAW BUILDING - RITSEMA, THE, 330 IONIA, N. W., GRAND RAPIDS, MI 49504

10925   LAW ENGINEERING & ENVIRON SERV, 7477 COLLECTION CENTER DRIVE, CHICAGO, IL 60693-0076

10925   LAW ENGINEERING & ENVIRON SERVICES, PO BOX 102051, ATLANTA, GA 30368-0051

10925   LAW ENGINEERING AND, 7477 COLLECTION CENTER DR, CHICAGO, IL 60693-0076

10925   LAW ENGINEERING, INC, 396 PLASTERS AVE.NE, ATLANTA, GA 11720

10925   LAW ENV, 2801 YORKTOWN RD #100, CHARLOTTE, NC 28208

10925   LAW FIRM OF SALAH AL-HEJAILAN, THE, POBOX 1454, RIYADH, 11431SAUDI ARABIA     **\*VIA Deutsche Post\***

10924   LAW FORD JOINT PROGRAMS CENTER, C/O COMMERCIAL INTERIOR SYSTEMS, DETROIT, MI 48226

10925   LAW JOURNAL PRESS, 345 PARK AVE, NEW YORK, NY 10010

10925   LAW JOURNAL PRESS, 345 PARK AVE. SOUTH, NEW YORK, NY 10010

10925   LAW OFFICE OF DANIEL A BROWN, 1250 24TH ST NW, SUITE 350, WASHINGTON, DC 20037

10925   LAW OFFICE OF JAMES FORBES, 711 H ST, SUITE 500, ANCHORAGE, AK 99501

10925   LAW OFFICE OF JILL H KRAFTE, THE, 8630-M GUILFORD RD., COLUMBIA, MD 21046

10925   LAW OFFICE OF JILL H KRAFTE, THE, 8630-M GUILFORD ROAD #297, COLUMBIA, MD 21046

10925   LAW OFFICE OF JILL K KUSWA, 6909 CLAYTON AVE, DALLAS, TX 75214

10925   LAW OFFICE OF JOSEPH F BRUEGGER, 5477 GLEN LAKES DR #209 LB12, DALLAS, TX 75231

10925   LAW OFFICE OF POWELL MINEHART, 7600 CASTOR AVE, PHILADELPHIA, PA 19152

10925   LAW OFFICE OF RONALD J SHINGLER, 1011 A ST, ANTIOCH, CA 94509

10925   LAW OFFICE OF SEANTRICK TRACEY, 1100 LOUISIANA, SUITE 3075, HOUSTON, TX 77002

10925   LAW OFFICE OF STEVEN B STEIN, SUITE 1800, 150 SPEAR ST, SAN FRANCISCO, CA 94105

10925   LAW OFFICE OF WILLIAM E SNEAD, 201 12TH ST , NW, ALBUQUERQUE, NM 87102

10925   LAW OFFICES OF ALAN K PETRINE, 2400 SOUTH DIXIE HWY, SUITE 105, MIAMI, FL 33186

10925   LAW OFFICES OF ANDREW WATERS, 400 S. ZANG BLVD, SUITE 1420, DALLAS, TX 75208

10925   LAW OFFICES OF BARRY MCGEE, 714 JCAKSON ST, SUITE 430, DALLAS, TX 75202

10925   LAW OFFICES OF BEN C MARTIN, 2602 NATIONS BANK PLAZA, 901 MAIN ST, DALLAS, TX 75202

10925   LAW OFFICES OF BING I BUSH JR, EMERALD PLAZA BLDG, 25TH FL, 402 W BROADWAY, SAN DIEGO, CA 92101

10925   LAW OFFICES OF BRIAN WEINSTEIN, 1420 FIFTY AVE, SUITE 3510, SEATTLE, WA 98101

10925   LAW OFFICES OF BROWN GOULD, 4550 MONTGOMERY AVE # 403N, BETHESDA, MD 20814

10924   LAW OFFICES OF BRUCE F STANFORD, AK 99501, AK 99501

10925   LAW OFFICES OF CLINT WHETSTONE SITT, TOWER PLACE, 3340 PEACHTREE RD NE SUITE 325, ATLANTA, GA 30326

10925   LAW OFFICES OF DEAN A HANLEY, 5430 CERRO SUR ST, EL SOBRANTE, CA 94803

10925   LAW OFFICES OF DWIGHT F RITTER, 170 LAUREL ST, SAN DIEGO, CA 92101

10925   LAW OFFICES OF GILBERT T. ADAMS, 1855 CALDER AVE, PO DRAWER 3688, BEAUMONT, TX 77704-3688

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LAW OFFICES OF GTTERSON KEAHEY, ONE INDEPENDENCE PLAZA, SUITE 814, BIRMINGHAM, AL 35209-2636 | |
| 10925 | LAW OFFICES OF HERSCHEL HOBSON, 2190 HARRISON AVE, BEAUMONT, TX 77701 | |
| 10925 | LAW OFFICES OF IAN L MATTOCH, SUITE 1835, GROSVENOR CENTER, 737 BISHOP ST, HONOLULU, HI 96813 | |
| 10925 | LAW OFFICES OF JACK K CLAPPER, 100 SHORELINE HWY, BLDG B, SUITE 300, MILL VALLEY, CA 94941 | |
| 10925 | LAW OFFICES OF JACK K CLAPPER, 2330 MARINSHIP WAY, SUITE 140, SAUSALITO, CA 94965 | |
| 10925 | LAW OFFICES OF JEAN-ROVERT ALFRED, 3 HILL ST, CHRISTIANSTED, VI 00820-4883 | |
| 10925 | LAW OFFICES OF JEFFREY G CASURELLA, SUITE 200C PMB 914, 2100 ROSWELL ROAD, MARIETTA, GA 30062 | |
| 10925 | LAW OFFICES OF JERRY NEILUL, 5716 CORSA AVE, SUITE 203, WESTLAKE VILLAGE, CA 91362 | |
| 10925 | LAW OFFICES OF JILL H KRAFTE, THE, 8630-M GUILFORD RD #297, COLUMBIA, MD 21046 | |
| 10925 | LAW OFFICES OF JOHN C DEARIE, 3265 JOHNSON AVE, RIVERDALE, NY 10463 | |
| 10925 | LAW OFFICES OF JOHN C MUELLER, 5146 DOUGLAS FIR ROAD SUITE 206, CALABASAS, CA 91302-1439 | |
| 10925 | LAW OFFICES OF JOHN C. MUELLER, 5146 DOUGLAS FIR RD #206, CLABASAS, CA 91302-1439 | |
| 10925 | LAW OFFICES OF JONATHAN DAVID, THE SPURWOOD BLDG #260, 10655 SIX PINES DR, THE WOODLANDS, TX 77380 | |
| 10925 | LAW OFFICES OF JONATHON DAVID, NORTHWEST MEDICAL PROFESSIONAL BLDG, 17117 CALI DR SUITE 111, HOUSTON, TX 77090 | |
| 10925 | LAW OFFICES OF JOSEPH C MAHER II, 1925 CENTURY PARK EAST, SUITE 500, LOS ANGELES, CA 90067-2706 | |
| 10925 | LAW OFFICES OF K MICHAEL MAYES, THE OLD CHURCH BLDG, 729 NORTH FRAZIER, PO BOX 3007, CONROE, TX 77305-3007 | |
| 10925 | LAW OFFICES OF KEN DAHLBERG, 210 SOUTH CARANCAHUA, CORPUS CHRISTI, TX 78401 | |
| 10925 | LAW OFFICES OF KENNETH S NANKIN, 1350 I ST NORTHWEST, SUITE 200, WASHINGTON, DC 20005 | |
| 10925 | LAW OFFICES OF M FADLULLAH, GULIU SOK NO 1, 3 LEVENT ISTANBUL, 80630TURKEY | *VIA Deutsche Post* |
| 10925 | LAW OFFICES OF MARTIN DIES, 1009 W GREEN AVE, ORANGE, TX 77630 | |
| 10924 | LAW OFFICES OF MARTIN DIES, 1009 WEST GREEN, ORANGE, TX 77630 | |
| 10925 | LAW OFFICES OF MARTIN DIES, 1009 WEST GREEN, ORANGE, TX 77630-5697 | |
| 10925 | LAW OFFICES OF MARTIN R GRIFFIN, 5949 SHERRY LANE SUITE 501, DALLAS, TX 75225 | |
| 10925 | LAW OFFICES OF MICHAEL P CASCINO, 520 NORTH MICHIGAN AVE #1610, CHICAGO, IL 60604 | |
| 10925 | LAW OFFICES OF ORBOS,CABUSORA, ROOM 310,QUADSTAR BLDG,ORTIGAS AVE, SAN JUAN,METRO MANILA, 09999PHILIPPINES | *VIA Deutsche Post* |
| 10925 | LAW OFFICES OF ORBOS,CABUSORA, ROOM 310,QUADSTAR BLDG,ORTIGAS AVE., SAN JUAN,METRO MANILA, 09999 | |
| 10925 | LAW OFFICES OF PAUL A WEYKAMP, 1 EAST LEXINGTON ST, BALTIMORE, MD 21202 | |
| 10925 | LAW OFFICES OF PEEL DUGAN, TWO CENTER GROVE ROAD, EDWARDSVILLE, IL 62025 | |
| 10925 | LAW OFFICES OF PETER ANGELOS, 100 E PENN SQ #1050, PHILADELPHIA, PA 19107-3322 | |
| 10925 | LAW OFFICES OF PETER ANGELOS, 2643 KINGSTON PIKE 1ST FL, KNOXVILLE, TN 37919-3399 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, 115 BROADWAY 3RD FL, NEW YORK, NY 10006 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, 1300 N. MARKET ST, WILMINGTON, DE 19801 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, 201 S CLEVELAND AVE, HAGERSTOWN, MD 21740 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, 465 ALLENTOWN DR, ALLENTOWN, PA 18103 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, 60 WEST BROAD ST #200, BETHLEHEM, PA 18018 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, CENTER PARK II, #315, 4061 POWDER MILL RD, BELTSVILLE, MD 20705-3149 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, ONE CHARLES CENTER #2200, BALTIMORE, MD 21210 | |
| 10925 | LAW OFFICES OF PETER G ANGELOS, THE WANAMAKER BLDG 10TH FL, 100 PENN SQUARE E #1050, PHILADELPHIA, PA 19107 | |
| 10925 | LAW OFFICES OF PETER G. ANGELOS, GOVERNORS PLAZA SOUTH, BLDG 3, 2001 NORTH FRONT ST #330, HARRISBURG, PA 17102 | |
| 10925 | LAW OFFICES OF PETER NICHOLL, 430 CRAWFORD ST, SUITE 202, PORTSMOURTH, VA 23704 | |
| 10925 | LAW OFFICES OF PETER T NICHOL, 36 SOUTH CHARLES ST , SUITE 1700, BALTIMORE, MD 21201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　LAW OFFICES OF REX BUSHMAN, 3760 S HIGHLAND DR #500, SALT LAKE CITY, UT 84106

10925　LAW OFFICES OF RICHARD B TALKIN P.A, 9175 GUILFORD ROAD, COLUMBIA, MD 21046

10925　LAW OFFICES OF RICHARD ROSENTHAL, 3RD FL, THE DOUGLAS BLDG, 2017 MORRIS AVE, BIRMINGHAM, AL 35203

10925　LAW OFFICES OF ROGER D COLEY, 330 H ST SUITE 7, BAKERSFIELD, CA 93304

10925　LAW OFFICES OF SCOTT G MONGE, 1932 N. DRUID HILLS ROAD, SUITE 100, ATLANTA, GA 30319

10925　LAW OFFICES OF SIMKE CHODOS, 1880 CENTURY PK E #1511, LOS ANGELES, CA 90067-1615

10925　LAW OFFICES OF STEPHEN C BALL, 20 N. RAYMOND AVE , SUITE 350, PASADENA, CA 91103

10925　LAW OFFICES OF TERRY ABERNATHY, PO BOX 441, SELMER, TN 38375

10924　LAW OFFICES OF THOMAS J BRANDI, 44 MONTGOMERY ST, STE 900, SAN FRANCISCO, CA 94104

10925　LAW OFFICES OF THOMAS J LAMB, LUMINA STATION SUITE 225, 1908 E. WOOD ROAD, PO BOX 2788, WILMINGTON, NC 28403

10925　LAW OFFICES OF WAYNE D INGE, 305 1ST ST, PO BOX 631, ROANOKE, VA 24004

10925　LAW OFFICES OF WILLIAM FRANK, 1076 WEST FOURTH ST - SUITE 100, WINSTON SALEM, NC 27101

10925　LAW OFFICES OF, 1076 WEST FOURTH ST - SUITE 100, WINSTON SALEM, NC 27101

10925　LAW OFFICES SIMKE CHODOS, 1880 CENTURY PARK EAST SUITE 1511, LOS ANGELES, CA 90067-1615

10924　LAW READY MIX COMPANY, 16094 VINEGAR HILL ROAD, MOUNT CARROLL, IL 61053

10924　LAW READY MIX, 510 BENTON ST, MOUNT CARROLL, IL 61053

10924　LAW, 601 WASHINGTON AVE, NEWPORT, KY 41071

10925　LAW, ANGELIQUE, 2300 AUGUSTINE, SULPHUR, LA 70663

10925　LAW, CARRIE, 5220 HAGAN RD, TEMPLE HILLS, MD 20748

10925　LAW, DARLENE, 7716 NAVASOTA, HOUSTON, TX 77016

10925　LAW, G, 1008 N/E 4TH ST, MULBERRY, FL 33860

10925　LAW, GLORIA, 1913 GARDEN BLVD, GAINESVILLE, GA 30501

10925　LAW, JAMES, 8845 COUNTY LINE RD. S, LITHIA, FL 33547

10925　LAW, REED, 2818 WINGHAVEN LANE, CHARLOTTE, NC 28210

10925　LAW, RUSSELL, 17045 PASSAGE AVE, #24, BELLFLOWER, CA 90706

10925　LAW, SHIRLEY, 702 LOCUST ST, ATLANTIC, IA 50022

10925　LAW.COM, 153 KEARNEY ST SIXTH FL, SAN FRANCISCO, CA 94108

10925　LAWAL, MONSURAT, 5228 SWEET AIR LANE, STONE MTN, GA 30088

10925　LAWDER, KENNETH, 32702 SECOND PLACE SOUTH, FEDERAL WAY, WA 98003

10925　LAWERENCE, JANET, 106 S MEADOW PO BOX 353, GRANT PARK, IL 60940

10925　LAWGIC, 7200 REDWOOD BLVD., NOVATO, CA 94945

10925　LAWHORN, JEFFREY, 1312 E BROAD ST, COLUMBUS, OH 43205

10925　LAWLER, DANA, 107 SILVERDALE DRIVE, SPARTANBURG, SC 29301

10925　LAWLER, DAVID, 512 LAURA ST, GREEN BAY, WI 54302

10925　LAWLER, DIANE, BOX 45 RT 3, RAEFORD, NC 28376

10925　LAWLER, DONALD, 3402 63RD ST, LUBBOCK, TX 79413

10925　LAWLER, LEROY, 150 BROAD ST, WELLFORD, SC 29385

10925　LAWLER, THOMAS, 1342 FAIRHILLS DRIVE, W. DUNDEE, IL 60118

10925　LAWLEY, ANNA, 7872 E. SHIELDS, FRESNO, CA 93727

10925　LAWLIS, TIMOTHY, 10840 BASIL ROAD, BALTIMORE, OH 43105

10925　LAWLISS ESQ, TIMOTHY J, 53 BROAD ST., PLATTSBURG, NY 12901

10925　LAWLOR, BRIAN, 1859 BERGTHOLD ST., MANTECA, CA 95336

10925　LAWLOR, FRANCIS, 97 ORANGE LANE, ISIAMORADA, FL 33036

10925　LAWLOR, RHONDA, 153 PURCHASE ST, MIDDLEBORO, MA 02346

10925　LAWLOR, THOMAS M., ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925　LAWLOR, THOMAS, 1201 SW 19TH AVE, BOCA RATON, FL 33486

10925　LAWN AND LANDSCAPE RESCUE INC., 405 CHRISTOPHER LANE, CANTON, GA 30114

10925　LAWN BARBER INC., 816 MAIN ST, ACTON, MA 01720

10925　LAWN BARBER, INC, 816 MAIN ST, ACTON, MA 01720

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 LAWNICKE, PATRICIA, 4605 WEST SPENCER LA, ALSIP, IL 60803

10925 LAWRENCE A BECK COMPANY, THE, 7120 AMBASSADOR ROAD, BALTIMORE, MD 21244

10925 LAWRENCE A IDDINS, 2 MEMORY LANE, NORTH READING, MA 01864

10925 LAWRENCE A PIASECKI JR &, PAMELA STAPLES PIASECKI, JT TEN, 2918 CASHEL LANE, VIENNA, VA 22181-6008

10925 LAWRENCE A PIASECKI SR &, EVA A PIASECKI JT TEN, 9900 VALE ROAD, VIENNA, VA 22181-4074

10925 LAWRENCE ALLAN KAYE, 111 ROYALGATE DR, ST LOUIS, MO 63141-8151

10924 LAWRENCE B. WOHL, INC, CAMBRIDGE, MA 02140

10925 LAWRENCE BEHAY, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 LAWRENCE BERGNER &, CARI BERGNER JT TEN, 12484 GRACE HILL LANE, GLEN ALLEN, VA 23059-6936

10925 LAWRENCE BONAS/FOX STUDIO, WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90086

10925 LAWRENCE C MC QUADE, 125 E 72ND ST, NEW YORK, NY 10021-4250

10925 LAWRENCE C TOBIAS, PO BOX 44505, BROOKLYN, OH 44144-9809

10924 LAWRENCE CO. MEDICAL CENTER, CINCINNATI, OH 45238

10925 LAWRENCE COOPER, 324 TRAMORE PASS, STOCKBRIDGE, GA 30281-6472

10925 LAWRENCE COUNTY DOMESTIC, 430 COURT ST, NEW CASTLE, PA 16101-3593

10925 LAWRENCE COUNTY EMERGENCY MGMT., 430 COURT ST, NEW CASTLE, PA 16101-3593

10924 LAWRENCE COUNTY PRISON, MILTON STREET, NEW CASTLE, PA 16103

10925 LAWRENCE CRAIG JACKSON, 1660 DOGWOOD DR, CHESTERTON, IN 46304-2604

10925 LAWRENCE D COURVILLE, 3277 NIBLETTS ROAD BLUFF, VINTON, LA 70668

10925 LAWRENCE DAVID WEBER &, DEBORAH F WEBER JT TEN, 7 VALLEY GLEN COURT, REISTERSTOWN, MD 21136-5628

10925 LAWRENCE E HAYTER, 239 HILLSIDE AVE, NUTLEY, NJ 07110-1629

10925 LAWRENCE E LIBERTI, 40 CRICKET DR, HOLLAND, PA 18966-2725

10925 LAWRENCE E MILLER &, JOAN S MILLER JT TEN, 69 EDGEWOOD AVE, WYCKOFF, NJ 07481-3454

10925 LAWRENCE E SHINE, 6212 DEVILS HOLLOW RD, FT WAYNE, IN 46804-9401

10925 LAWRENCE E WITT, MT RTE 64, JEMEZ SPRINGS, NM 87025

10925 LAWRENCE E. TAPPAN, PO BOX 2585, HOUSTON, TX 77252

10924 LAWRENCE EXPORT SERVICES, 5633 OLD CLINTON ROAD, HOUSTON, TX 77020

10925 LAWRENCE F BATTAGLIN & BERTHA E, BATTAGLIN TR UA DEC 6 94, LAWRENCE F BATTAGLIN & BERTHA E, BATTAGLIN FAMILY TRUST, 114 BEEDE WAY, ANTIOCH, CA 94509-1828

10925 LAWRENCE F KRONK & PATRICIA, KRONK JT TEN, 1109 NE 4TH DR, DEERFIELD BEACH, FL 33441-3601

10925 LAWRENCE FILETTI &, FRANCES FILETTI JT TEN, 2222 E WASHINGTON ST, JOLIET, IL 60433-1536

10925 LAWRENCE FOUX &, BERNADINE F FOUX TEN COM, 1306 DEAN, SULPHUR, LA 70663-4916

10925 LAWRENCE G FOWLER &, SAMMIE FOWLER JT TEN, 12 TERNELL RD, NEWPORT NEWS, VA 23606-2239

10925 LAWRENCE G. LAWLER & ASSC, 11900 OLYMPIC BLVD, LOS ANGELES, CA 90064-1151

10925 LAWRENCE GEYER, 66-22 71ST ST, MIDDLE VILLAGE, NY 11379-2118

10925 LAWRENCE HALZEL, 3002 PORTOFINO ISLE, APT D-1, COCONUT CREEK, FL 33066-1205

10924 LAWRENCE INDUSTRIES, 449 TROLLINGWOOD ROAD, HAW RIVER, NC 27258

10925 LAWRENCE J KINDT, 181 BRASS EAGLE DR, SYKESVILLE, MD 21784-8527

10925 LAWRENCE J MCCABE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925 LAWRENCE J SARNA & CHAROLETTE R SARNA JT TEN, 3126 CIRCLEVIEW DRIVE NW, DOVER, OH 44622-7413

10925 LAWRENCE J VENARD, 1011 FELTL CT, APT 626, HOPKINS, MN 55343

10925 LAWRENCE J YEAGER, 3032 GLENVUE DR, WESTMINSTER, MD 21157

10925 LAWRENCE KAISER, 267 RIDGE TRAIL DR, CHESTERFIELD, MO 63017

10925 LAWRENCE KESSLER &, MARIE KESSLER JT TEN, 77-21 65TH ST, GLENDALE, NY 11385-6901

10925 LAWRENCE KUPERSMITH, 9491 W DAFFODIL LANE, MIRAMAR, FL 33025-2652

10925 LAWRENCE L DAVIS TR, 2906 CAREW TOWER, CINCINNATI, OH 45202

10925 LAWRENCE L KUO, 8592 DARK HAWK CIRCLE, COLUMBIA, MD 21045

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LAWRENCE LEW &, EUGENIA LEW, JT TEN, BOX 1051, GOLETA, CA 93116-1051 | |
| 10925 | LAWRENCE LEW, BOX 1051, GOLETA, CA 93116-1051 | |
| 10925 | LAWRENCE LEWIN &, BEVERLY LEWIN JT TEN, HAMELACHIM 79, RAMAT HASHARON, 47161ISRAEL | *VIA Deutsche Post* |
| 10925 | LAWRENCE M GOLDSTEIN, 1605 SIERRA VISTA DR, LAHABRA, CA 90631-8307 | |
| 10925 | LAWRENCE M KELLY, 1003 CAMBRIDGE DR, KALAMAZOO, MI 49001-4414 | |
| 10925 | LAWRENCE M PUCCI, 333 NO MICHIGAN AVE, CHICAGO, IL 60601-0000 | |
| 10925 | LAWRENCE METAL FORMING CORP, POBOX 2215, PEABODY, MA 01960 | |
| 10925 | LAWRENCE NOLD, PO BOX 12132, BERKELY, CA 94712-3132 | |
| 10925 | LAWRENCE P NIMMER, 5296 EL CARRO LANE, CARPINTERIA, CA 93013-1474 | |
| 10925 | LAWRENCE PUMP CO, C/O THOMAS PUMP, AURORA, IL 60504 | |
| 10925 | LAWRENCE R &, WILMA H THALACKER TR, UA 08 08 90, FOR THE THALACKER FAMILY TRUST, 12483 AGATHA LN, SPRING HILL, FL 34609-4202 | |
| 10925 | LAWRENCE R THALACKER & WILMA H, THALACKER TR UA AUG 8 90 THE, THALACKER FAMILY TRUST, 12483 AGATHA LANE, SPRING HILL, FL 34609-4202 | |
| 10925 | LAWRENCE R. ROBERTS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | LAWRENCE RAGAN COMMUNICATIONS INC, 316 N MICHIGAN AVE #300, CHICAGO, IL 60601-3702 | |
| 10924 | LAWRENCE READY MIX CONC., ROUTE 130, MASHPEE, MA 02649 | |
| 10924 | LAWRENCE READY MIX, GIFFORD STREET, FALMOUTH, MA 02540 | |
| 10924 | LAWRENCE READY MIX, GREAT WESTERN RD, SOUTH DENNIS, MA 02660 | |
| 10924 | LAWRENCE READY MIX, PHINNEYS LANE, HYANNIS, MA 02601 | |
| 10924 | LAWRENCE READY MIX, SANDWICH DIVISION, RTE.130, SANDWICH, MA 02563 | |
| 10924 | LAWRENCE READY MIXED CONC, HOLLY ACCT PAYABLE, KIAH'S WAY, SANDWICH, MA 02563 | |
| 10924 | LAWRENCE READY MIXED CONC, KIAH'S WAY, SANDWICH, MA 02563 | |
| 10924 | LAWRENCE READY MIXED CONCRETE, DO NOT USE PLANT CLOSED, THOMAS LANDERS ROAD, FALMOUTH, MA 02540 | |
| 10925 | LAWRENCE RHOADS, JOAN, 205 WEST FARRIS ROAD, GREENVILLE, SC 29605 | |
| 10925 | LAWRENCE RICCI IND EQUIP SERV INC, 3740 CHICAGO ROAD, STEGER, IL 60475 | |
| 10925 | LAWRENCE ROBERTS, 44 WINDSOR AVE, ACTON, MA 01720-2812 | |
| 10925 | LAWRENCE ROLL UP DOORS INC, 5746 VENICE BLVD, LOS ANGELES, CA 90019-5016 | |
| 10925 | LAWRENCE S FRUITMAN, 23 W 73RD ST, PARK ROYAL APT 806, NEW YORK, NY 10023-3104 | |
| 10925 | LAWRENCE S ORLANDO, 3625 KIRK RD, SAN JOSE, CA 95124-3817 | |
| 10924 | LAWRENCE SANGRAVCO, INC., 138 PORTLAND ST, SAINT JOHNSBURY, VT 05819 | |
| 10924 | LAWRENCE SANGRAVCO, INC., P.O. BOX 424, SAINT JOHNSBURY, VT 05819 | |
| 10925 | LAWRENCE SCHWALIE, PO BOX 1191, HOPEWELL JUNCTION, NY 12533-1191 | |
| 10924 | LAWRENCE TRIAL COURT, 2 APPLETON STREET, LAWRENCE, MA 01840 | |
| 10925 | LAWRENCE U RUBIDA & IVERN G, RUBIDA TR UA MAY 31 95, THE RUBIDA FAMILY LIVING TRUST, 13801 DANA LANE E, PUYALLUP, WA 98373-5324 | |
| 10925 | LAWRENCE W BUNCH, 22 CARRIAGE HILL DR, ERLANGER, KY 41018-2815 | |
| 10925 | LAWRENCE WEISS &, HELEN WEISS JT TEN, 7908 DUNCAN AVE SO, SEATTLE, WA 98118-4215 | |
| 10924 | LAWRENCE WELK THEATER, 2000 STATE HIGHWAY #165, BRANSON, MO 65616 | |
| 10924 | LAWRENCE WOHL INC, 49 BEECH ST, PORT CHESTER, NY 10573 | |
| 10925 | LAWRENCE, ALICE M, 1301 ELIZABETH COURT, ANNISTON, AL 36207-4173 | |
| 10925 | LAWRENCE, ALLECCA, 8818 HWY. 715, ELMGROVE, LA 71051 | |
| 10925 | LAWRENCE, ANNETTE, 9206 STILL RIVER, HOUSTON, TX 77088-1940 | |
| 10925 | LAWRENCE, ANTHONY, 1846 MACKLIN ST, N.W. PALM WAY, FL 32907 | |
| 10925 | LAWRENCE, B, 2619 NORTH TEXAS BLVD, ALICE, TX 78332 | |
| 10925 | LAWRENCE, BRIAN W, C/O BARRINGTON PETROLEUM LTD, 700 2ND ST SW STE 3920 SCOTIA CTR, CALGARY, AB T2P 2W2CANADA | *VIA Deutsche Post* |
| 10925 | LAWRENCE, CHARLES, 25 HOLLY BLVD, VINCENTOWN, NJ 08088 | |
| 10925 | LAWRENCE, CHARLES, 303 POINSETTIA DR, SIMPSONVILLE, SC 29681-2920 | |
| 10925 | LAWRENCE, CHARLES, 363 JOHNSON RD, LAWRENCEVILLE, GA 30245 | |
| 10925 | LAWRENCE, CLAYTON, 3611 PONTIAC ST, DENVER, CO 80207 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  LAWRENCE, DALE, 3485 MCSHANE WAY, BALTIMORE, MD 21222

10925  LAWRENCE, DANIEL, 2208 WEST 8TH, AMARILLO, TX 79106

10925  LAWRENCE, DENISE, 9745 COVERED WAGON DR, LAUREL, MD 20723

10925  LAWRENCE, DORIS, 1370 MILL LANE, DALLAS, GA 30132

10925  LAWRENCE, FRANK P, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925  LAWRENCE, FRANK, 345 PAWTUCKET BLVD, 6, LOWELL, MA 01854

10925  LAWRENCE, HAZEL C, 8010 OCEAN FRONT, VIRGINIA BEACH, VA 23451

10925  LAWRENCE, HEATHER, 2115 E 1ST ST, DULUTH, MN 55812

10925  LAWRENCE, J, PO BOX 1025, DUNCAN, SC 29334

10925  LAWRENCE, JACK, 389 STONEWOOD, CANAL FULTON, OH 44614

10925  LAWRENCE, JANET, 5015 GRAHAM LANEE EAST, OWENSBORO, KY 42303

10925  LAWRENCE, KELLY L, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10925  LAWRENCE, KELLY, 593 NW 48TH AVE, DEERFIELD BEACH, FL 33442

10925  LAWRENCE, KEVIN, 28B HUNTSFIELD DRIVE, GREENVILLE, SC 29607

10925  LAWRENCE, LA TUNDRA, 6986 APPIAN DR., SAN DIEGO, CA 92139

10925  LAWRENCE, LAURA, 4841 KINER ROAD, PROPHETSTOWN, IL 61277

10925  LAWRENCE, LORI, 4333 1ST AVE SW, APT 308, CEDAR RAPIDS, IA 52404

10925  LAWRENCE, MARK, 556 BAY ROAD, EASTON, MA 02375

10925  LAWRENCE, MARY, 222 OLDHAM, KASCIUSKO, MS 39090

10925  LAWRENCE, O, 141 PLAZA BLVD, HURST, TX 76053

10925  LAWRENCE, OLIVET, 1720 WEDGEWOOD DR, STONE MOUNTAIN, GA 30088

10925  LAWRENCE, PAMELA, 198 OCEAN DRIVE EAST, STAMFORD, CT 06902

10925  LAWRENCE, PATRICIA, 433 TOM CHANCE RD, POPLARVILLE, MS 39470

10925  LAWRENCE, PEGGY, RD 1 BOX 118D, LAKE LYNN, PA 15451

10925  LAWRENCE, RANDALL, 100 HOLLOW TREE LANE, 1010, HOUSTON, TX 77090

10925  LAWRENCE, RICHARD, 96 STROMQUIST AVE, LOWELL, MA 01852

10925  LAWRENCE, RUDOLPH, 310 EAST 74TH ST, NEW YORK, NY 10021-3718

10925  LAWRENCE, SHARON, 223 ARCHDALE DR, DURHAM, NC 27707

10925  LAWRENCE, SK, 9850 SW GARRETT ST, TIGARD, OR 97223

10925  LAWRENCE, SMILEY, 8431 LA PRADA #1069, DALLAS, TX 75228

10925  LAWRENCE, SUE, 1027 CHAPEL CREEK, NEW ALBANY, IN 47150

10925  LAWRENCE, SUZANNE, 7310 HILL ROAD, PHILADELPHIA, PA 19128

10925  LAWRENCE, TERRANCE, 2785 TIVOLY AVE, BALTIMORE, MD 21218

10925  LAWRENCE, WALTER, 16 KNOLLWOOD RD, MEDFORD, MA 02155

10925  LAWRENCE, WILLIE, PO BOX 432, RED OAK, OK 74563

10924  LAWRENCE-MCFADDEN CO., INC., INDUSTRIAL WOOD - FINISHES, 7430 STATE ROAD, PHILADELPHIA, PA 19136

10924  LAWRENCEVILLE COOLING & HTG SUPPLY, 825 PROGRESS CTR AVE SUITE B, LAWRENCEVILLE, GA 30043

10924  LAWRENCEVILLE SCHOOL, LAWRENCEVILLE, NJ 08648

10925  LAWRENZ-WILLIAM, LAUREEN, 3311 TIVERTON PLACE, CHARLOTTE, NC 28215

10924  LAWRUK CO., POLLOCK RD & N ATHERTON ST., STATE COLLEGE, PA 16801

10924  LAWS CONSTRUCTION, 1832 W. CAROL, PHOENIX, AZ 85021

10925  LAWS, CHARLES, 2615 OLD BUNCOMBE, GREENVILLE, SC 29609

10925  LAWS, CYNTHIA, 1301 ORLEANS #2108, DETROIT, MI 48207

10925  LAWS, DARRELL, 7849 TRADEWINDS DR, SHERRILLS FORD, NC 28673

10925  LAWS, JEFFERY, 10003 PASEO MONTRIL, SAN DIEGO, CA 92129

10925  LAWS, PAUL R, 4775 PADDOCK ROAD, CINCINNATI, OH 45229

10925  LAWS, PAUL, 13135 GREEN ROAD, WALTON, KY 41094

10925  LAWS, REX, 320 ALEXANDRIA WAY, BASKING RIDGE, NJ 07920-2793

10925  LAWS, ROBERT, 227 NORTH CHAMPION AVE., B, COLUMBUS, OH 43203

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LAWS, VIRGIL, 2432 STARFISH ROAD, VIRGINIA BEACH, VA 23451 | |
| 10925 | LAWSBROOK INC, 98 CHARTER ROAD, ACTON, MA 01720 | |
| 10925 | LAWSBROOK VILLAGE HOMEOWNERS TRUST, 5 LAWSBROOK RD., ACTON, MA 01720 | |
| 10925 | LAWSON & WEITZEN LLP, 88 BLACK FALCON AVE., SUITE 345, BOSTON, MA 02210 | |
| 10924 | LAWSON DANIELSON C/O BOUMA CORP, 302 TYLER STREET, LA PORTE, IN 46350 | |
| 10924 | LAWSON DANIELSON/BOUMA BETTEN, 302 TAYLOR STREET, LA PORTE, IN 46350 | |
| 10925 | LAWSON ELECTRIC CO., 409 SPRING ST., CHATTANOOGA, TN 37405 | |
| 10925 | LAWSON ELECTRIC CO., 409 SPRING ST., PO BOX 4244, CHATTANOOGA, TN 37405 | |
| 10925 | LAWSON JR, ARNOLD, RTE 1 BOX 122, HARROGATE, TN 37752-9801 | |
| 10925 | LAWSON JR., ED, 267 SHADOW MOUNT VILLAGE, CRAIG, CO 81625 | |
| 10925 | LAWSON LUNDELL LAWSON & MCINTOSH, 1600 CATHEDRAL PLACE, 925 WEST GEORGIA ST, VANCOUVER BRITISH COLUMBIA, BC V6C 3L2CANADA | *VIA Deutsche Post* |
| 10924 | LAWSON MARDON GROUP LIMITED, 10 AKRON ROAD, TORONTO, ON M8W 1T2TORONTO | *VIA Deutsche Post* |
| 10924 | LAWSON MARDON GROUP, 10 AKRON RD, TORONTO, ON M8W 1T2TORONTO | *VIA Deutsche Post* |
| 10924 | LAWSON MARDON PACKAGING USA, 6700 MIDLAND INDUSTRIAL DR, SHELBYVILLE, KY 40065 | |
| 10925 | LAWSON PRODUCTS INC, LOCK BOX 17003, NEWARK, NJ 07194-7003 | |
| 10925 | LAWSON PRODUCTS INC., 135 S. LASALLE DEPT. 2689, CHICAGO, IL 60674-2689 | |
| 10925 | LAWSON PRODUCTS INC., PO BOX 4088, PORTLAND, OR 97208-4088 | |
| 10925 | LAWSON PRODUCTS, INC, 4335 BELTWOOD PKWY N., DALLAS, TX 75234 | |
| 10925 | LAWSON PRODUCTS, INC, PO BOX 100776, ATLANTA, GA 30384 | |
| 10925 | LAWSON PRODUCTS, LOCK BOX 17003, NEWARK, NJ 07194-7003 | |
| 10924 | LAWSON RAMP, MULCAHY DRYWALL, 385 N. WABASHAW STREET, SAINT PAUL, MN 55102 | |
| 10924 | LAWSON READY MIX, 5915 RIVER RD, NASHVILLE, TN 37209 | |
| 10924 | LAWSON READY MIX, 5915 RIVER ROAD, NASHVILLE, TN 37209 | |
| 10925 | LAWSON, ANGELA, 109 PROSPECT RD, PLYMPTON, MA 02367 | |
| 10925 | LAWSON, ANN, 704 N 3RD ST, MCGEHEE, AR 71654 | |
| 10925 | LAWSON, ANNA L, 2815 CATAWBA RD, DALEVILLE, VA 24083-2823 | |
| 10925 | LAWSON, ASHMORE, ROUTE 2, ENOREE, SC 29335 | |
| 10925 | LAWSON, BILLIE, RT 4 BOX 392, LAURENS, SC 29360 | |
| 10925 | LAWSON, CARL, 1030 GRACE CHAPEL ROAD, ENOREE, SC 29335-1030 | |
| 10925 | LAWSON, CAROL, 6420 LUPINE TERRACE, INDIANAPOLIS, IN 46224 | |
| 10925 | LAWSON, CHARLES, 396 MILAM ROAD, CLINTON, SC 29325 | |
| 10925 | LAWSON, CHRISTOPHER, 1057 BROADWAY, HANOVER, MA 02339 | |
| 10925 | LAWSON, DAVID, 919 FOLEY, IOWA PARK, TX 76367 | |
| 10925 | LAWSON, DAWN, 14313 BLUEWING TEAL COURT, CHARLOTTE, NC 28273 | |
| 10925 | LAWSON, DENNIS, ROUTE 8, BOX 225, BLOOMFIELD, IA 52537 | |
| 10925 | LAWSON, DONNIE, 24596 HWY 221 N., ENOREE, SC 29335 | |
| 10925 | LAWSON, EDNA, 341 LINDEN AVE, BOGOTA, NJ 07603 | |
| 10925 | LAWSON, EDWARD, 1308 BLOSSOM CT, WARRINGTON, PA 18976 | |
| 10925 | LAWSON, GLORIA, 220 KNIGHTON CHAPL RD, FOUNTAIN INN, SC 29644 | |
| 10925 | LAWSON, HENRY, 3776 BROMOLOW TR, LAWRENCEVILLE, GA 30244 | |
| 10925 | LAWSON, J, 2407 EAST GEORGIA RD, SIMPSONVILLE, SC 29681-9315 | |
| 10925 | LAWSON, J, ROUTE 2 ENOREE SC, ENOREE, SC 29335 | |
| 10925 | LAWSON, JAMES, 151 WILSON ROAD, ENOREE, SC 29335 | |
| 10925 | LAWSON, JAMES, ROUTE 1 BOX 305, ENOREE, SC 29335-9711 | |
| 10925 | LAWSON, KAREN, 13246 CUMPSTON ST, SHERMAN OAKS, CA 91401 | |
| 10925 | LAWSON, LEE, 296 N. MILL ST. APT 8, PLAINFIELD, IN 46168 | |
| 10925 | LAWSON, LINDA, 24596 HWY 221 N., ENOREE, SC 29335 | |
| 10925 | LAWSON, MARK, 4609 COACH HILLS DR, GREENVILLE, SC 29615 | |
| 10925 | LAWSON, MARY SUSAN, 304 GOODJOIN RD APT 18, LYMAN, SC 29365 | |
| 10925 | LAWSON, MARY, 304 GOODJOIN RD APT 18, LYMAN, SC 29365 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | LAWSON, MARYANN, 8477 HARBORTOWNE, CLARKSTON, MI 48348 |
| 10925 | LAWSON, MATTHEW, 459 MANER TERRACE SE, SMYRNA, GA 30080 |
| 10925 | LAWSON, MICHAEL, 80 N DOUGHTY AVE, SOMERVILLE, NJ 08876 |
| 10925 | LAWSON, NANETTE, 346 HAIGMILL RD, DALTON, GA 30721 |
| 10925 | LAWSON, OTIS, ROUTE 2, ENOREE, SC 29335-9613 |
| 10925 | LAWSON, PHILIP, 208 BATTLEFIELD RD, ENOREE, SC 29335 |
| 10925 | LAWSON, RAYMOND, RT 7 PARWIN RD, SPARTANBURG, SC 29303 |
| 10925 | LAWSON, SARAH, 144 PARWIN ROAD, SPARTANBURG, SC 29303 |
| 10925 | LAWSON, SHERRIE, 169 WALDEN CIRCLE, SPARTANBURG, SC 29301 |
| 10925 | LAWSON, TERRY, 260 TAMMIE DRIVE, TALBOTT, TN 37877 |
| 10925 | LAWTON, ALVIN, 347 SAGE COURT, CRAIG, CO 81625 |
| 10925 | LAWTON, DAVID, 9218 KELLY RD, CARNATION, WA 98014 |
| 10925 | LAWTON, MICHAEL, 320 S CLAY ST APT 7, GREEN BAY, WI 54301 |
| 10925 | LAWTON, RONALD, BOX 421, CRAIG, CO 81626 |
| 10925 | LAWYER ASSESSMENT, POBOX 46, CAMP HILL, PA 17001-0046 |
| 10925 | LAWYER, LUALHATI, 20062 46 CT N, LOXAHATCHEE, FL 33470 |
| 10925 | LAWYERS COOPERATIVE PUBLISHING, PO BOX 4396, CAROL STREAM, IL 60197-4396 |
| 10925 | LAWYERS COOPERATIVE PUBLISHING, PO BOX 5890, CHICAGO, IL 60680-5890 |
| 10925 | LAWYERS CO-OPERATIVE, THE, PO BOX 5890, CHICAGO, IL 60680-5890 |
| 10925 | LAWYERS DESKTOP CALENDAR, 2527 FAIRMOUNT, DALLAS, TX 75201 |
| 10925 | LAWYERS DIARY & MANUAL, PO BOX 1227, NEWARK, NJ 07101-1227 |
| 10925 | LAWYERS DIARY AND MANUAL, PO BOX 50, NEWARK, NJ 07101-0050 |
| 10925 | LAWYERS STATIONERY, 101 ARCH ST, BOSTON, MA 02110 |
| 10925 | LAWYERS TITLE INSURANCE CORP., 3000 BRIARCREST DR, SUITE 600, BRYAN, TX 77802 |
| 10925 | LAWYERS TITLE INSURANCE CORPORATION, 225 FRANKLIN ST, BOSTON, MA 02110 |
| 10925 | LAWYERS WEEKLY PUBLICATIONS, 41 WEST ST, BOSTON, MA 02111 |
| 10924 | LAX, C/O THOMPSONS BUILDING MATERIALS, LOS ANGELES, CA 90001 |
| 10925 | LAX, DOUGLAS, 410 GROUSE RD., SUMMERVILLE, SC 29485 |
| 10925 | LAX, TRACEY, 5700 WABASH # 2, AMARILLO, TX 79110 |
| 10924 | LAX/BRADLEY TERMINAL, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 |
| 10925 | LAY, ANN, 111 CONIFER RD, INMAN, SC 29349 |
| 10925 | LAY, JAMES, 5644 HIGH TOR HILL, COLUMBIA, MD 21045 |
| 10925 | LAY, KENNETH C, 2909 RANDLEMAN RD, GREENSBORO NC, NC 27406 |
| 10925 | LAY, LOIS, 1274 LAGOON ROAD, TARPON SPRINGS, FL 34689 |
| 10925 | LAY, LYNN, 151 N PARK DR, ARLINGTON, VA 22203 |
| 10925 | LAY, SHANNON, 11515 LEISURE DR., DALLAS, TX 75243 |
| 10925 | LAY, STEVEN, 3640 PEACHTREE CRNS., NORCROSS, GA 30092 |
| 10925 | LAY, TIMOTHY, 5142 SUGARCAMP ROAD, MILFORD, OH 45150 |
| 10925 | LAY, W, 3646 ELF OWL PLACE, SIERRA VISTA, AZ 85615 |
| 10924 | LAYAFETTE PHARMACEUTICAL, PO BOX 4499, LAFAYETTE, IN 47905 |
| 10924 | LAYAFETTE PHARMACEUTICALS, 2330 S. 30TH. STREET, LAFAYETTE, IN 47905 |
| 10925 | LAYBOURNE SMITH GORE, 503 KEY BLDG, 159 S. MAIN ST, AKRON, OH 44308 |
| 10925 | LAYEDRA, LIGIA, 9118-C BOCA GARDENS PKWY, BOCA RATON, FL 33496 |
| 10925 | LAYES, MARJORIE, 169 BRANNAN WAY, RENO, NV 89511 |
| 10925 | LAYFIELD, JAMES, 600 CHENEY ST, RENO, NV 89502 |
| 10925 | LAYHE, MARGARET, 7 BOYCE ST, READING, MA 01867 |
| 10925 | LAYHEW, CHARLES, PO BOX 636, SHELDON, IL 60966-0636 |
| 10925 | LAYHEW, MARJORIE, PO BOX 636, SHELDON, IL 60966 |
| 10925 | LAYHEW, VICKI, 310 E. WASHINGTON, 2, MOMENCE, IL 60954 |
| 10924 | LAYLIN CORPORATION, 136-05 SANFORD AVENUE, FLUSHING, NY 11355 |
| 10925 | LAYMAN JR, PAUL N, 211 PHIPPS PLAZA, PALM BEACH, FL 33480-4241 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LAYMAN, GERALD, 10200 TOP TREE CT., JONESBORO, GA 30236

10925   LAYMAN, MELISSA, 673 BRIGGS ROAD, DANDRIDGE, TN 37725

10925   LAYMON, DEBORAH, 708 RUSSELL ST, DEFOREST, WI 53532

10925   LAYMON, RODGER, 8431 CRAIGHILL AVE, DALLAS, TX 75209

10925   LAYNE CHRISTENSEN CO., PO BOX 91090, CHICAGO, IL 60693

10925   LAYNE CHRISTENSEN COMPANY, PO BOX 91090, CHICAGO, IL 60693

10925   LAYNE, CHARLES, 3611 WHITEHEAD AVE, EAST RIDGE, TN 37412

10925   LAYNE, LEON, 6312 MORNING GLORY, HARRISON, TN 37341

10925   LAYNG, J, 804 OLD COUNTRY RD., SEVERNA PARK, MD 21146

10925   LAYNG, MARJORIE, 804 OLD COUNTY ROAD, SEVERNA PARK, MD 21146

10925   LAYO, MICHELLE, 2008 N. GEORGE, ARLINGTON, VA 22205

10924   LAYOS INC, 507 SMITH ST, ROCK SPRINGS, WY 82901

10924   LAYOS INC., 1ST EXIT AFTER LITTLE AMERICA, ROCK SPRINGS, WY 82901

10924   LAYOS, INC., 507 SMITH STREET, ROCK SPRINGS, WY 82901

10925   LAYOUS, TARIK, 6200 WESTCHESTER PARK DRIVE, COLLEGE PARK, MD 20740

10924   LAYRITE  PRODUCTS, 1225  E. TRENT  AVE., SPOKANE, WA 99220

10924   LAYRITE  PRODUCTS, P.O. BOX  2585, SPOKANE, WA 99220

10924   LAYRITE PRODUCTS COMPANY, PO BOX 2585, SPOKANE, WA 99220

10924   LAYRITE, 1225 E. TRENT, SPOKANE, WA 99202

10925   LAYSON, FRANK, 8198 STATE HWY H, FORSYTH, MO 65653-5067

10925   LAYSON, WILLIAM, 2303 LOCUST ST, OWENSBORO, KY 42301

10925   LAYTON HILLS FLOWER BOX, 1868 N HILL FIELD ROAD #103, LAYTON, UT 84041

10925   LAYTON PAINTING CO, 2114 OAKLAND DR, LAWRENCEVILLE, GA 30244

10925   LAYTON PAINTING CO., 2114 OAKLAND DRIVE, LAWRENCEVILLE, GA 30244

10925   LAYTON SHOE STORE, 1580 S STATE ST, CLEARFIELD, UT 84015

10925   LAYTON SHOE STORE, 2146 N MAIN #504, LAYTON, UT 84041

10925   LAYTON, CECIL, 1820 ROCKY RIDGE ROAD, ENOREE, SC 29335-9998

10925   LAYTON, DAVID, PARKES RD BOX 1048, CUMMING, GA 30130

10925   LAYTON, EUGENE, 951 UNION ROAD, ENOREE, SC 29335-9571

10925   LAYTON, JACK, 102 CHENOWETH DR, SIMPSONVILLE, SC 29681

10925   LAYTON, RODNEY, 109 CHESTNUT PKWY, WALLINGFORD, PA 19086

10925   LAYTON, TONY, 10121 SOUTHPARK DR, GULFPORT, MS 39503

10925   LAYUG, JESSICA, 1541 W.CANTON ST, LONG BEACH, CA 90810

10925   LAZALA, LUIS, 2704 PATERSON PLANK, NORTH BERGEN, NJ 07047

10925   LAZAR, ELLYN, 17 WASHINGTON ST, 515, MALDEN, MA 02148

10925   LAZAR, GERALDINE, CPO BOX 25267, GREENVILLE, SC 29616

10925   LAZAR, SUSAN, 1500S. 26TH ST, PHILADELPHIA, PA 19146

10925   LAZAR, THOMAS, PO BOX 25267, GREENVILLE, SC 29616

10925   LAZAREK, MICHAEL, 157 WEST WAY ROAD, GREENBELT, MD 20770

10925   LAZAROWITZ, EVELYN, 603 S FREMONT AVE, BALTIMORE, MD 21230

10925   LAZARTE, OSCAR, 7600 TREMAYNE PL # 304, MALEAN, VA 22102

10924   LAZARUS BUILDING (OLD HORNES) @ @, CORNER OF STANWIX & FORT DUQUESNES, PITTSBURGH, PA 15230

10924   LAZARUS DEPT. STORE, 5TH AVENUE & WOOD STREET, PITTSBURGH, PA 15222

10925   LAZAZZERO, JOSEPH, 3 POWDER HOUSE LN, LEOMINSTER, MA 01453-5965

10925   LAZDOWSKI, PAUL, 35 CEDAR ST, SALEM, MA 01970

10925   LAZENBY & ASSOCIATES, INC, PO BOX 8495, GREENVILLE, SC 29604

10925   LAZENBY, DARLENE, 4050 N SAFFORD, FRESNO, CA 93704

10924   LAZER CONSTRUCTION, 3354 YELLOWSTONE, HOUSTON, TX 77021

10925   LAZO, JOSE, 1308 W ST NW, WASHINGTON, DC 20009

10925   LAZO, MARIA, 1301 MASS AVE #602, WASHINGTON, DC 20005

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LAZORCHAK, ALISON, 36 FRANKLIN DRIVE, SOMERVILLE, NJ 08876

10925   LAZORIK, DARLENE, 11 BOLTON RD., HAMILTON, NJ 08610

10924   LAZARUS **, ATTENTION: RON PALUMBO, SMITH FEILD STREET & OLIVER STREET, PITTSBURGH, PA 15215

10925   LAZZARA, JOSEPH, 68 CRYSTAL BROOK WAY, MARLBOROUGH, MA 01752

10925   LAZZAROTTI, PETER, 79 ELM ST, MONTCLAIR, NJ 07042

10925   LAZZELLE, CHARLES, 11731 TERRYTOWN DR., REISTERSTOWN, MD 21136

10925   LB MECHANICAL, INC, PO BOX 1213, ABINGDON, MD 21009

10925   LB SMITH, INC, 2303 EDMOND HWY, WEST COLUMBIA, SC 29033

10925   LB SMITH, INC, PO BOX 8500 (S-9340), PHILADELPHIA, PA 19178-9340

10924   LB STALEY'S CANTON R/M, P. O. BOX 627, CANTON, IL 61520

10924   LB STALEY'S CANTON R/M, ROUTE 78, 3 MILES SOUTH, CANTON, IL 61520

10924   LBJ OFFICE BUILDING, C/O BAHL INSULATION, AUSTIN, TX 78701

10924   LBJ STUDENT CENTER, CORNER OF LIVE OAK & MATHEWS, SAN MARCOS, TX 78667

10925   LC WHITFORD MATERIALS CO, THE, 164 N. MAIN ST, WELLSVILLE, NY 14895

10924   LCI, 250 RIDGEWOOD ROAD, JASPER, GA 30143

10925   LCIA, ONE AMERICAN PLACE, STE 2040, BATON ROUGE, LA 70825

10924   LCR CONTRACTING, CAMBRIDGE, MA 02140

10924   LCR CONTRACTOR/UTEP CLASSROOM, UNIVERSITY OF TEXAS, EL PASO, TX 79902

10924   LCR CONTRACTORS INC., ATTN ACCOUNTS PAYABLE, DALLAS, TX 75222-5789

10924   LCR CONTRACTORS, 2606 BATAAN STREET, DALLAS, TX 75222

10924   LCR CONTRACTORS, 2606 BATAAN STREET, DALLAS, TX 75229

10924   LCR CONTRACTORS, 2606, DALLAS, TX 75229

10924   LCR CONTRACTORS, ATTN: TOM CHEATHEM, DALLAS, TX 75212

10924   LCR CONTRACTORS/AMERICAN WILDERNESS, 3105 GRAPEVINE MILLS RD., GRAPEVINE, TX 76051

10924   LCR CONTRACTORS/DFW SKYBRIDGE, 2500 S. SERVICE RD., FORT WORTH, TX 76161

10924   LCR CORPORATION, 6232 SIEGEN LANE, BATON ROUGE, LA 70809

10924   LCR/CAMPBELL CENTER, 8530 N. CENTRAL EXPRESS WAY, DALLAS, TX 75201

10924   LCR/CASTLE VIEW HOSPITAL, 410 N. HOSPITAL DR., PRICE, UT 84501

10924   LCR/GERALD CHAMPION MEMORIAL HOSP., SCENIC DRIVE, ALAMOGORDO, NM 88310

10924   LCR/HOLLEMAN AIR FORCE BASE, BUILDING 316 DELEWARE AVENUE, ALAMOGORDO, NM 88310

10924   LCR/LIBRARY & LECTURE CENTER, 4901 E. UNIVERSITY BLVD., ODESSA, TX 79762

10924   LCR/NORTH RICHLAND HILLS, 4001 VANCE ST., FORT WORTH, TX 76161

10924   LCR/PECOS COUNTY HOSPITAL, 383 WEST I-10, FORT STOCKTON, TX 79735

10924   LCR-M CORPORATION, PO BOX 951, BATON ROUGE, LA 70821

10925   LDDS WORLD COM, POBOX 96023, CHARLOTTE, NC 28296-6023

10925   LDDS WORLDCOM, PO BOX 96008, CHARLOTTE, NC 28296-0004

10925   LDHS ATHLETIC BOOSTER CLUB, 5058 HWY 76 WEST, LAURENS, SC 29360-6109

10925   LDI AUTO PAINTS INC (530), 1936 CHURCH ST, WEST PALM BEACH, FL 33409

10924   LE BALANCE ELECTRIC, 944 CORPORATE LANE, CHESAPEAKE, VA 23320

10925   LE BEAU, JOSEPH, 42 COMMERCIAL ST, ADAMS, MA 01220

10925   LE BLANC, KAYLA, 5514 13TH, LUBBOCK, TX 79416

10925   LE BOUEF, JOHNNY, PO BOX 585, BOURG, LA 70343

10925   LE BRUN, ELDEN, 11130 PHILADELPHIA ROAD, WHITE MARSH, MD 21162

10925   LE CENTER SCHOOL, 150 WEST TYRONE, LE CENTER, MN 56057

10924   LE CLOUX, RONALD, 713 MARCKS LN, LUXEMBERG, WI 54217

10925   LE COMPTE, DARREL, 2641 KIRKWOOD, MARRERO, LA 70072

10925   LE COUNT, VIRGENE, 706 N. CRAIG RD., SPOKANE, WA 99204-9390

10925   LE CUYER, DEBORAH, 8150 EXPLORADOR CALL, THORNTON, CO 80229

10925   LE CUYER, MICHAEL, 8150 EXPLORADOR CALLE, THORNTON, CO 80229

10925   LE DONNE, ANTHONY, 21 PINE ST, LYNNFIELD, MA 01940

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LE GARE, VINCENT, BOX 397, MINNEOTA, MN 56264-0397 | |
| 10925 | LE GASPI, RUTH, 6826 FARRIER AVE, RIVERSIDE, CA 92503 | |
| 10924 | LE GRAND JOHNSON CONST CO INC, POST OFFICE BOX 248, LOGAN, UT 84321 | |
| 10924 | LE GRAND JOHNSON CONST CO, ATTN:  ACCOUNTS PAYABLE, LOGAN, UT 84321 | |
| 10924 | LE GRAND JOHNSON CONSTRUCTION, 820 NORTH HOOPER, SODA SPRINGS, ID 83276 | |
| 10924 | LE GRAND JOHNSON READY MIX, 5909 OLD AIRPORT RD, MOAB, UT 84532 | |
| 10925 | LE GRAND, DAVID, 10519 KIRKWREN, HOUSTON, TX 77089 | |
| 10925 | LE JEUNE, DE VOL, 840M PHILIP, DETROIT, MI 48215 | |
| 10925 | LE MERE, RODNEY, W4602 BUSS DR, CECIL, WI 54111 | |
| 10925 | LE MESSURIER, PAUL, 38 FORESTHOLME CLOSE,FOREST HILL, LONDON, SE233UQUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | LE MOYNE COLLEGE, LE MOYNE HEIGHTS, ELTINGVILLE, NY 10312 | |
| 10925 | LE ROUX, J, 225 CHERRY ST, CLARKSDALE, MS 38614 | |
| 10925 | LE ROW, GARY H., 4519 BRIAR FORREST, SAN ANTONIO, TX 78217 | |
| 10925 | LE SAGE, CORA, BOX 183, MARTINTON, IL 60951 | |
| 10925 | LE SAGE, MILDRED, 19 A VILLAGE EAST, NORTH ADAMS, MA 01247 | |
| 10925 | LE SAGE, ROGER, 11 BEECH ST, ADAMS, MA 01220 | |
| 10925 | LE SAISON FLORIST, 5501 NORTH FEDERAL HWY, BOCA RATON, FL 33487 | |
| 10925 | LE SHAW, CHARLES, 1823 1/2 W. 45TH ST., LOS ANGELES, CA 90062 | |
| 10925 | LE, CHAU, 5309 NATIONS FORD RD, CHARLOTTE, NC 28217 | |
| 10925 | LE, DAVID, 634 EAST MAIN ST, BRIDGEWATER, NJ 08807 | |
| 10925 | LE, KRISTINA, 21 BROOKSIDE AVE, 2A, SOMERVILLE, NJ 08876 | |
| 10925 | LE, LUOC, 1001 ST. PAUL ST. APT #7A, BALTIMORE, MD 21202 | |
| 10925 | LE, MINH, 251 CINDY LN, IOWA PARK, TX 76367 | |
| 10925 | LE, SAM, 4150 NW 19TH, OKLA CITY, OK 73107 | |
| 10925 | LE, SI, 2536 CATAWBA, HARVEY, LA 70058 | |
| 10925 | LE, TU, 5713 LONGMEADOW CT., MOBILE, AL 36609 | |
| 10925 | LE, VO, 1133 WARREN DRIVE, HARVEY, LA 70058 | |
| 10925 | LEA CARR, 7505 IROQUOIS AVE., BALTIMORE, MD 21219 | |
| 10925 | LEA COUNTY TREASURER, COURTHOUSE BOX 3-C, LOVINGTON, NM 88260 | |
| 10925 | LEA TAYLOR TAX ASSESSOR -, PO BOX 393, ODESSA, TX 79760 | |
| 10925 | LEA TAYLOR TAX ASSESSOR, PO BOX 393, ODESSA, TX 79760 | |
| 10925 | LEA, CARLA, 10 BLOCK HOUSE ROAD, GREENVILLE, SC 29615 | |
| 10925 | LEA, CINDY, 876 W. ROSEBUD, HURST, TX 76053 | |
| 10925 | LEA, RANDALL, ROUTE 1, BOX 326, WESSON, MS 39191 | |
| 10925 | LEA, SUSAN, RT 6 BOX 974B, MANNING, SC 29102 | |
| 10925 | LEAB, ANTHONY, BOX 70, DICKEYVILLE, WI 53808 | |
| 10925 | LEABO, HELEN, 2505 E. EGBERT ST, BRIGHTON, CO 80601-1817 | |
| 10925 | LEABO, ORIN, 212 NORTH 11TH COURT, BRIGHTON, CO 80601-1817 | |
| 10925 | LEACH OIL CO INC (LEACHOIL CO), PATRICIA LEACH VP, 625 E COMPTON BLVD, COMPTON, CA 90220-1101 | |
| 10925 | LEACH, ALEXIS, 11305 BRUCE DRIVE, JAX, FL 32218 | |
| 10925 | LEACH, BRIAN, 1325 OLD DIXIE HWY W, HAINES CITY, FL 33844 | |
| 10925 | LEACH, CHARLES, 1444 SIMNOLE ST, MT PLEASANT, SC 29464 | |
| 10925 | LEACH, CHARLES, 18 CHADWICK ST, L, NASHUA, NH 03060 | |
| 10925 | LEACH, DORIS, RT 2 BOX 265, GRANT PARK, IL 60940 | |
| 10925 | LEACH, ELLA, 1507 SHELBY, KINGS MOUNTAIN, NC 28086 | |
| 10925 | LEACH, HAROLD, 10 LAUREL ST, DANVERS, MA 01923 | |
| 10925 | LEACH, JR, RUSSELL, 16236 ANTIETAM, BATON ROUGE, LA 70817-3148 | |
| 10925 | LEACH, JUDY, 1521 LUCERNE DR, MENASHA, WI 54952 | |
| 10925 | LEACH, JULIE, 2000 W ZEERING, TURLOCK, CA 95380 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEACH, KEVIN, 1207 W. GEMINI, EDMOND, OK 73034

10925   LEACH, MELONIE, 5789 S GALLUP ST, LITTLETON, CO 80120

10925   LEACH, MICHELLE, 23 COUNTRY CLUB DR, MANCHESTER NH, NH 03102

10925   LEACH, RALPH, 44 OAK CLIFF ROAD, NEWTONVILLE, MA 02160

10925   LEACH, ROBERT, 1146 DAVID SEATON LANE, FORDSVILLE, KY 42343-9727

10925   LEACH, ROBERT, 121 REBEL ROAD, GRASONVILLE, MD 21638

10925   LEACH, VERNA, 2680 CROTON RD, MELBOURNE, FL 32935

10925   LEACH, WILBUR, 2680 CROTON ROAD, MELBOURNE, FL 32935

10925   LEACH, WILLIAM, 5342 S 2100 W, ROY, UT 84067

10925   LEACH, WILLIAM, PO BOX 160188, CLEARFIELD, UT 84016

10925   LEACHMAN, STACEY, ROUTE 5 BOX 220-C, COMMERCE, GA 30529

10925   LEAD USER CONCEPTS INC., 1952 DUPONT AVE. SOUTH, MINNEAPOLIS, MN 55403

10924   LEADER CONCRETE CONST INC, RR1 BOX 88C, YANKTON, SD 57078

10924   LEADER CONCRETE CONST. INC., R R #1 BOX 88C, YANKTON, SD 57078

10924   LEADER ELECTRIC SUPPLY, 4300 SUPERIOR AVENUE, CLEVELAND, OH 44103

10925   LEADER NEWSPAPERS INC, PO BOX 30486, CHARLOTTE, NC 28230

10925   LEADER PUBLCATIONS, 345 PARK AVE SOUTH, NEW YORK, NY 10010

10925   LEADER, KATHERINE, % RACHELLE MURPHY 721 LINWOOD AVE SW, TUMWATER, WA 98512

10925   LEADER, KEN, 203 BELEVEDERE AVE, GLEN BURNIE, MD 21061

10925   LEADER, SHEILA, 10537 NW10TH ST, PLANTATION, FL 33322

10925   LEADERS PROFESSIONAL RECRUITING INC, 554 JACKSONVILLE DRIVE, JACKSONVILLE, FL 32250

10925   LEADERS, 59 EAST 54 ST, NEW YORK, NY 10022

10925   LEADERSHIP CENTER INC, THE, 4840 ROSWELL ROAD C-200, ATLANTA, GA 30342

10925   LEADERSHIP DIRECTORIES INC., 104 FIFTH AVE , 2ND FL, NEW YORK, NY 10011

10925   LEADERSHIP IN INTERNATL, 190 PENN HARB ROAD, PENNINGTON, NJ 08534

10925   LEADERSHIP STRATEGIES, 1101 30TH ST , NW, WASHINGTON, DC 20007

10925   LEADERSHIP, THE, 111 S.CALVERT ST ,SUITE 1700, BALTIMORE, MD 21202

10924   LEADING EDGE AVIATION, SVC, AMA, 19301 CAMPUS DRIVE, SANTA ANA, CA 92707

10925   LEADING EDGE SALES, 321 CROSSWICKS RD., SUITE 7, BORDENTOWN, NJ 08505

10925   LEADING EDGE SALES, 7939 HONEYGO BLVD., STE. 105, BALTIMORE, MD 21236

10925   LEADING EDGE SALES, INC, PO BOX 43476?, BALTIMORE, MD 21236-0476

10925   LEADINGHAM, LAQUITA, RT #1 BOX 55-A, SOUTH PORTSMOUTH, KY 41174

10925   LEAF, DOROTHY, C/O CAROL BRYANT 1030 N STATE ST, CHICAGO, IL 60610-2841

10925   LEAF, MARSHALL, 1515 N DEARBORN PKWY, CHICAGO, IL 60610

10925   LEAFLOOR, FAY, 1600 PALO DURA ST., AMARILLO, TX 79106

10925   LEAGUE CENTRAL CREDIT UNION, PO BOX 3658, CHATTANOOGA, TN 37404

10925   LEAH HOLDCRAFT CUST KATHY, HOLDCRAFT UNIF GIFT MIN ACT IN, 702 E ST RD 16, MONON, IN 47959-8503

10925   LEAHEY, GLORIA, 6916 PATRIDGE RUN, CHESTERFIELD, VA 23832

10924   LEAHY HITCHCOCK CLINICK, 400 EDWARD J. ROY DRIVE, MANCHESTER, NH 03104

10925   LEAHY JR, EDWARD F, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925   LEAHY JR, EDWARD, 2687 SANDY PLAINS ROAD, MARIETTA, GA 30066

10925   LEAHY JR, EDWARD, 58 NOD BROOK RD, WALLINGFORD, CT 06492

10925   LEAHY JR, WILLIAM JOHN, 215 WILSON AVE, PORT MONMOUTH, NJ 07758-1241

10925   LEAKE, SAMUEL, 7798 TICKNECK ROAD, PASADENA, MD 21122

10925   LEAKEY, RONALD, 1669 LENWOOD AVE - APT 23, GREEN BAY, WI 54303

10925   LEAKEY, RONALD, 1669 LENWOOD AVE, GREEN BAY, WI 54303

10924   LEAKTITE CORPORATION, 40 FRANCIS STREET, LEOMINSTER, MA 01453

10925   LEAL, ANNETTE, 220 SPRING MEADOW, SAN ANTONIO, TX 78154

10925   LEAL, DELFIE, 12 N.VAN BUREN ST, SAN ANGELO, TX 76901

10925   LEAL, JORGE, 1500 NW 79TH AVE, PEMBROKE PINES, FL 33024

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEAL, JUAN, 1009 E. LOEB, EDINBURG, TX 78539 | |
| 10925 | LEAL, LUIS, 261 LIBERTY ST, LOWELL, MA 01851 | |
| 10925 | LEAL, LUIZ, AV GETULIO VARGAS 990 PREDIO 08, AP 10 COD POSTAL 06233 020, OSASCO SAO PAULO, BRAZIL | *VIA Deutsche Post* |
| 10925 | LEAL, MARIA, RT 1 BOX541, ANTHONY, NM 88021 | |
| 10925 | LEAL, OSCAR, 1022 SALTILLO, EDINBURG, TX 78539 | |
| 10925 | LEAL, PATRICIA, 6218 HARTACK, CORPUS CHRISTI, TX 78417 | |
| 10925 | LEAL, STEPHANIE, 261 LIBERTY ST, LOWELL, MA 01851 | |
| 10925 | LEAMAN, ERIC, 7702 CANBERRA PLACE, CLINTON, MD 20735 | |
| 10925 | LEAMON Q. VARN, 6606 MARSHALL BLVD, LITHONIA, GA 30058 | |
| 10925 | LEAMON, JIMMY, 3523 STATE HWY 79, WICHITA FALLS, TX 76308 | |
| 10925 | LEAMON, JOHNNY, RT 5, BOX 280, LAURENS, SC 29360 | |
| 10925 | LEAMON, NORMAN, 1267 DERBY DR., COHUTTA, GA 30710 | |
| 10925 | LEANDER J GATEWOOD &, GLORIA E GATEWOOD JT TEN, 1303 N WALNUT, ARLINGTON HEIGHTS, IL 60004-4663 | |
| 10925 | LEANNE CAMBERG, PO BOX 24753, TAMPA, FL 33623-4753 | |
| 10925 | LEANORE MAC LELLAN, PO BOX 13038, COYOTE, CA 95013-3038 | |
| 10925 | LEAP FROG TECHNOLOGY, 331 E. CLOSSON ROAD, ROARING SPRING, PA 16673 | |
| 10924 | LEAP FROG TECHNOLOGY, CAMBRIDGE, MA 02140 | |
| 10924 | LEAP FROG TECHNOLOGY, HASTINGS AREA INDUSTRIAL PARK, HASTINGS, PA 16646 | |
| 10925 | LEAP, BRENDA, 158 N GRAND AVE, 61, FT. THOMAS, KY 41075 | |
| 10925 | LEAP, GREGORY, 4806 PLEASANT RIDGE, ALEXANDRIA, KY 41001 | |
| 10925 | LEAPARD, JERRY, 119 DURBIN FARM ROAD, GRAY COURT, SC 29645 | |
| 10925 | LEAPER JR, LEON, 1260 FLOWING WATER TRAIL, CLARKSVILLE, MD 21059 | |
| 10925 | LEAPER JR, LEON, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | LEAPHART, MARCIA, 1244 S. JAMES RO, COLUMBUS, OH 43227 | |
| 10924 | LEAR CORP, TELEGRAPH ROAD BETWEEN 8&9 MILE RD, SOUTHFIELD, MI 48075 | |
| 10925 | LEAR LIMOUSINE, POBOX 10094, POMPANO BEACH, FL 33061 | |
| 10925 | LEAR, TRACEY, 303 N MARKET, SHREVE, OH 44676 | |
| 10925 | LEARD, JACK, 106 MOORE COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | LEARDI, NORMA, 7990 NADMAR AVE BRENTWOOD ESTATES, BOCA RATON, FL 33434 | |
| 10925 | LEARDI, NORMA, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | LEARED, MARY, 10018 HILLRIDGE, LAPORTE, TX 77571 | |
| 10925 | LEARJET INC, ACCOUNTS PAYABLE, WICHITA, KS 67277 | |
| 10924 | LEARJET, INC., DOCK 3, 8220 W. HARRY STREET, WICHITA, KS 67209 | |
| 10924 | LEARJET, INC., PO BOX7707, WICHITA, KS 67277 | |
| 10925 | LEARJET/CANADAIR, 1 BRADLEY INTERNATIONAL AIRPORT, WINDSOR LOCKS, CT 06096 | |
| 10925 | LEARK, WILLIAM, 5917 JOHN AVE, LONG BEACH, CA 90805-4219 | |
| 10925 | LEARN TEL COMMUNICATIONS INC, 2 S YORK RD SUITE #6, BENSENVILLE, IL 60106 | |
| 10925 | LEARNING COMPANY, PO BOX A3806, CHICAGO, IL 60690-3806 | |
| 10925 | LEARNING CONCEPTS GROUP, INC, 3812 GLEN ARBOR COURT, ATLANTA, GA 30319 | |
| 10925 | LEARNING EDGE, THE, 229 DOWLEN RD., BEAUMONT, TX 77706 | |
| 10925 | LEARNING EDGE, THE, PO BOX 5487, BEAUMONT, TX 77726-5487 | |
| 10925 | LEARNING HOW, 9645-B GERWIG LANE, COLUMBIA, MD 21046 | |
| 10925 | LEARNING INTERNATIONAL INC., PO BOX 101387, ATLANTA, GA 30392-1387 | |
| 10925 | LEARNING INTERNATIONAL, DEPT CH 10362, PALATINE, IL 60055-0362 | |
| 10925 | LEARNING INTERNATIONAL, PO BOX 10211, STAMFORD, CT 06904 | |
| 10925 | LEARNING TREE INTERNATIONAL, 1805 LIBRARY ST, RESTON, VA 21090 | |
| 10924 | LEARONAL INC., 272 BUFFALO AVENUE, FREEPORT, NY 11520 | |
| 10924 | LEARONAL INC., 300 BUFFALO AVENUE, FREEPORT, NY 11520 | |
| 10925 | LEARY, DOROTHY, 1209 EAST MAIN ST.E, STOUGHTON, WI 53589 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEARY, KEVIN, 420 JOHN ST, PLAINFIELD, NJ 07060

10925   LEARY, LYNNE, 4 ABERDEEN RD., CHELMSFORD, MA 01863

10925   LEARY, PATRICIA, 12 PLEASANT CIRCLE, CANTON, MA 02021

10925   LEARY, ROBIN, 420 JOHN ST, PLAINFIELD, NJ 07060

10925   LEARY, SHEILA, 200 NORTH ST, DANVERS, MA 01923

10925   LEARYRAHMING, WILLETTE, 14729 S.W. 107 TER., MIAMI, FL 33196

10925   LEASE ADMINISTRATION CENTER, 3001 W BIG BEAVER RD #200, TROY, MI 48084

10925   LEASE JR., KENNETH, 1734 B FOUNTAIN ROCK, EDGEWOOD, MD 21040

10925   LEASE LINE INC, PO BOX 6014, NORTH BRUNSWICK, NJ 08902

10925   LEASE MIDWEST, 1528 N CORRINGTON, KANSAS CITY, MO 64120

10925   LEASE MIDWEST, 7000 EAST 46TH AVE DR, DENVER, CO 80216

10925   LEASE PLAN U.S.A., PO BOX 930927, ATLANTA, GA 31193-0927

10925   LEASE PLAN USA, FILE #54224, LOS ANGELES, CA 90074-4224

10925   LEASE PLAN USA, PO BOX 930927, ATLANTA, GA 31193-0927

10925   LEASE, BRIAN, 120-26 DANIEL DRIVE, CLEMSON, SC 29631

10925   LEASEWAY PERSONNEL CORP., PO BOX 92352-N, CLEVELAND, OH 44193

10925   LEATE, MARY, PO BOX 454, HARWICHPORT, MA 02646

10924   LEATH, BOUCH, & CRAWFORD, 134 MEETING ST, CHARLESTON, SC 29401

10925   LEATH, DAVID R, 3935 BRIARHILL DR, CHARLOTTE NC, NC 28215

10924   LEATHER CREATIONS, 6527-B JIMMY CARTER BLVD., NORCROSS, GA 30071

10925   LEATHER CREATIONS, 6527-B JIMMY CARTER BLVD., NORCROSS, GA 30071

10925   LEATHER, TERRY, 3809 CASSANDRA, RANDALLSTOWN, MD 21133

10925   LEATHERMAN, JENNIFER, 1200 POLK, WICHITA FALLS, TX 76309

10925   LEATHEROW, MICHELLE, 56 LEXINGTON-ONTARIOROAD, MANSFIELD, OH 44903

10925   LEATHERS, LA, 4423 BELL LANE, HANOVER PARK, IL 60103

10925   LEATHERWOOD, JOANNE, 3010 BARRYWOOD DR, WICHITA FALLS, TX 76309

10925   LEATHROW, TERESA, 834 SHELBY-ONT RD, MANSFIELD, OH 44906

10925   LEAVELL, MERVIL, 2185 SANDOWN COURT, LAWRENCEVILLE, GA 30243

10925   LEAVENWORTH COUNTY TREASURER,

10925   LEAVENWORTH COUNTY TREASURER, COURTHOUSE 300 WALNUT ST, LEAVENWORTH, TX 66048-2756

10925   LEAVENWORTH, SHERMAN, 28 JUDD ST, BRISTOL, CT 06010

10925   LEAVER, ROBERT, 2548 N 1900 E, MARTINTON, IL 60951

10925   LEAVERTON, I HURLEY, 3404 AMERICAN DRIVE, LAGO VISTA, TX 78645

10924   LEAVITT READY MIX, 1501 STATE HWY 168, MOAPA, NV 89025

10924   LEAVITT READY MIX, ATTN: ACCOUNTS PAYABLE, MOAPA, NV 89025

10924   LEAVITT READY MIX, CORNER OF ASH & HYERS, LOGANDALE, NV 89021

10924   LEAVITT READY MIX, POST OFFICE BOX 397, MOAPA, NV 89025

10925   LEAVITT, FREDERICK, 4808 32ND ST, NW, WASHINGTON, DC 20008

10925   LEAVITT, GARY, 8 NEW VILLAGE ROAD, WOBURN, MA 01801

10925   LEAVITT, PATSY, 4005 CLINTON BLVD SW, ALBUQUERQUE, NM 87105

10924   LEBANON BLOCK & SUPPLY CO., STORE #5433, MAIN ST., LEBANON, VA 24266

10924   LEBANON CHEMICAL CO., 2400 SO. CLINTON ST., BALTIMORE, MD 21224

10924   LEBANON CHEMICAL COMPANY, 1600 EAST CUMBERLAND STREET, LEBANON, PA 17042

10924   LEBANON CHEMICAL COMPANY, LOC 70, DANVILLE, IL 61832

10925   LEBANON DAILY NEWS, THE, PO BOX 600, LEBANON, PA 17042

10924   LEBANON ELECTRIC SUPPLY, 602 EAST MAIN STREET, LEBANON, OH 45036

10924   LEBANON ELECTRIC SUPPLY, PO BOX 405, LEBANON, OH 45036

10924   LEBANON READY MIX, 3450 S. INDIANPOLIS, LEBANON, IN 46052

10924   LEBANON READY MIX, 999 UTAH STREET, LEBANON, MO 65536

10924   LEBANON READY MIX, P O BOX 1183, LEBANON, MO 65536

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    LEBANON READY MIX, PO BOX 1183, LEBANON, MO 65536

10924    LEBANON SEABOARD SEED CO., 1600 EAST CUMBERLAND STREET, LEBANON, PA 17042

10925    LEBAR, NANCY, 13 CASA LINDA, BROWNSVILLE, TX 78521

10925    LEBARRON, RICHARD, 1334 CAMBRIA ST, BALTIMORE, MD 21225

10925    LEBEAU, MICHAEL, 2101 8TH AVE SOUTH, ESCANABA, MI 49829

10925    LEBEAU, PATRICIA, 5 OVERLOOK TERRACE, ADAMS, MA 01220-9712

10925    LEBELLE, MARK E, 19 OBRIEN AVE, TANEYTOWN, MD 21787

10925    LEBELLE, MARK, 19 OBRIEN AVE, TANEYTOWN, MD 21787

10924    LEBLANC BROS READY MIX, 819 HWY 311, SCHRIEVER, LA 70395

10924    LEBLANC BROS READY MIX, HWY 1 AT HWY 70, PAINCOURTVILLE, LA 70391

10924    LEBLANC BROS READY MIX, P O BOX 13, PAINCOURTVILLE, LA 70391

10924    LEBLANC BROS. READY MIX, PO BOX13, PAINCOURTVILLE, LA 70391

10925    LEBLANC MAPLES WADDELL, 201 ST. CHARLES AVE, SUITE 3204, NEW ORLEANS, LA 70170

10925    LEBLANC SR, RICHARD W, 1520 T.A. MARTIN RD., SULPHUR, LA 70663

10925    LEBLANC WADDELL LLC, ESSEN CENTRE, SUITE 420, 5353 ESSEN LANE, BATON ROUGE, LA 70809

10925    LEBLANC WADDELL LLC, THE ESSEN CENTRE, 5353 ESSEN LANE, SUITE 420, BATON ROUGE, LA 70809

10925    LEBLANC, ARLEGE, 5353 ESSEN LANE, THE ESSEN CENTER #420, BATON ROUGE, LA 70809

10925    LEBLANC, BRIAN, 330 SHORE DRIVE UNIT A7, HIGHLANDS, NJ 07732

10925    LEBLANC, CONNIE S, 1816 12TH ST., LAKE CHARLES, LA 70601

10925    LEBLANC, CONNIE, 1816 12TH ST, LAKE CHARLES, LA 70601

10925    LEBLANC, CRAIG, RT. 5, BOX 1628, ABBEVILLE, LA 70510

10925    LEBLANC, DAVID, 220 WILKIE ST., 740, LAFAYETTE, LA 70506

10925    LEBLANC, EDNA, 53 ACUSHNET ROAD, MATTAPOISETT, MA 02739

10925    LEBLANC, GLENN, PO BOX 261, HAYES, LA 70646

10925    LEBLANC, HOLLEY, 137 LYNCHESTER DR, GREENVILLE, SC 29615

10925    LEBLANC, JAMES, 17244 ERIC, PRAIRIEVILLE, LA 70769

10925    LEBLANC, JR, NORMAN, 300 CHURCH ST, LOCKPORT,, LA 70374

10925    LEBLANC, LINDA, 219 LESLIE, HOUMA, LA 70363

10925    LEBLANC, LUCAS, 3813 LOUREAUVILLE RD, NEW IBERIA, LA 70560

10925    LEBLANC, MARIE, 11 WYNDLEA CIRCLE, EAST FALMOUTH, MA 02536

10925    LEBLANC, MARIE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    LEBLANC, MARLAYNA, 218 S. MARTIN LUTHER, ST. MARTINVILLE, LA 70582

10925    LEBLANC, MASON, BOX 203 H, THERIOT, LA 70397

10925    LEBLANC, MONIQUE, 300 SWAN AVE, HOUMA, LA 70063

10925    LEBLANC, NODDY, PO BOX 7233, BEAUMONT, TX 77726

10925    LEBLANC, RACHEL, 103 CRESTWOOD LANE, MARLBORO, MA 01752

10925    LEBLANC, RANDY, 112 ARLENE ST, LOCKPORT, LA 70374

10925    LEBLANC, ROBERT, 3611 BAKER DRIVE, HOUMA, LA 70363

10925    LEBLANC, ROBERT, RT 2 BOX 843, CHURCH POINT, LA 70525

10925    LEBLANC, SR, RICHARD, 1520 T.A. MARTIN RD, SULPHUR, LA 70663

10925    LEBLANC, THOMAS, 1302 LEBLANC RD, DUSON, LA 70529

10925    LEBLEU, DAVID, 6057 C CORBELLO RD, LAKE CHARLES, LA 70615

10925    LEBLEU, GARY L, 23317 MANUEL RD., WELSH, LA 70591

10925    LEBLEU, GARY, 23317 MANUEL ROAD, WELSH, LA 70591

10925    LEBLEU, WESLEY, 1743 WESLEY LEBLEU, LAKE CHARLES, LA 70615

10925    LEBLOND LTD, POBOX 67000, DETROIT, MI 48267-1341

10925    LEBOEUF LAMB GREENE & MACRAE, PATRICK H ZAEPFEL, 420 FORT DUQUESUE BLVD, 1 GATEWAY CR STE 1600, PITTSBURGH, PA 15222

10925    LEBOEUF, LAMB, GREENE & MACRAE LLP, GOODWIN SQUARE / 225 ASYLUM ST, HARTFORD, CT 06103

10925    LEBOLD, PHILIP, 129 WOODCLIFF DR, COLUMBUS, OH 43213

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LEBROCK, RUSSELL, 4602 ADOBE, BAYTOWN, TX 77521 | |
| 10925 | LEBRON FORKLIFT SERVICE, PO BOX 9160, BAYAMON, PR 00960PUERTO RICO | *VIA Deutsche Post* |
| 10925 | LEBRON, FERNANDO, 7C FLORENCE HEIGHTS, FLORENCE, MA 01060 | |
| 10925 | LEBRON, J, PO BOX 255, PATILLAS, PR 00723 | |
| 10925 | LEBRON, JUAN, 9010 SW 125 AVE., MIAMI, FL 33175 | |
| 10925 | LEBRON, R, AVE DOS CORAZONES #1050 STE 102, MAYAGUEZ, PR 00680 | |
| 10925 | LEBRON, SONIA, HC-05 BOX 60588, CAGUAS, PR 00725 | |
| 10925 | LEBRON, VICTOR, PO BOX 721064, HOUSTON, TX 77272 | |
| 10925 | LEBRUN, ALLAN, 7241 BRIDGEWOOD DRIVE, BALTIMORE, MD 21224-1901 | |
| 10925 | LEBRUN, JOHN, 402 HILLSIDE DR BOX 126, NEW WINDSOR, MD 21776 | |
| 10925 | LEBSTER, GREGG, 1907 MILLBROOK SE, GRAND RAPIDS, MI 49508 | |
| 10925 | LEBSTER, RYAN, 200 SHARPE ST, ESSEXVILLE, MI 48732 | |
| 10925 | LECCESE, ANITA M, 30 HUTCHINSON ST, CAMBRIDGE, MA 02138-1340 | |
| 10925 | LECCESE, ANITA M, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LECCESE, ANITA, 30 HUTCHINSON ST, CAMBRIDGE, MA 02138 | |
| 10925 | LECHLER INC, DEPT 77-3276, CHICAGO, IL 60678-3276 | |
| 10925 | LECHLER INC., DEPT 77-3276, CHICAGO, IL 60678-3276 | |
| 10925 | LECHLER, INC, 445 KAUTZ RD., SAINT CHARLES, IL 60174-5301 | |
| 10925 | LECHLER, INC, 454 KAUTZ ROAD, ST. CHARLES, IL 60174 | |
| 10925 | LECHLER, INC, DEPT. 77-3276, CHICAGO, IL 60678-3276 | |
| 10925 | LECHLER, INC, DEPT. 77-3276, ST. CHARLES, IL 60174 | |
| 10925 | LECHNER, NORBERT, 201 LINCOLN ST, TOLUCA, IL 61369 | |
| 10925 | LECHOWIT, WILLIAM, 1699 COUNTY ROAD 678, DAYTON, TX 77535-9488 | |
| 10925 | LECHUGA, GRACE, 18257 CHATSWORTH ST, NORTHRIDGE, CA 91326 | |
| 10925 | LECHWAR, ROBERT, 2813 AUBURN, MIDLAND, TX 79707 | |
| 10925 | LECKELT SR., WARREN, ROUTE 1 BOX 249, IOTA, LA 70543 | |
| 10925 | LECKENBY, KEITH, 22-08 RT 208 SOUTH, FAIRLAWN, NJ 07410 | |
| 10925 | LECKRONE JR, LARRY, 10740 CR 320 RT 1, MILLERSBURG, OH 44654 | |
| 10925 | LECKRONE, CAROL, 5749 CO RD 349 RTE 1, MILLERSBURG, OH 44654 | |
| 10925 | LECLAIR, KAREN, 16 DORA ST, NASHUA, NH 03060 | |
| 10925 | LECLAIR, RONALD, 176 WASHINGTON ST, ROCHESTER, NH 03867 | |
| 10925 | LECLAIRE, MAURICE, 5122 A E CENTER ST, BOURBONNAIS, IL 60914 | |
| 10925 | LECLAIRE, MICHAEL, 61 DUNBARTON DRIVE, NASHUA, NH 03063 | |
| 10925 | LECLERCQ, SEAN, 14 GUMPUS HILL RD, PELHAM, NH 03076 | |
| 10925 | LECO CORP., 3000 LAKEVIEW AVE., SAINT JOSEPH, MI 49085 | |
| 10925 | LECO CORP., 820 COMMONWEALTH DR., WARRENDALE, PA 15086 | |
| 10924 | LECO CORPORATION, 233 BROAD STREET, SAINT JOSEPH, MI 49085 | |
| 10924 | LECO CORPORATION, 233BROAD STREET, SAINT JOSEPH, MI 49085 | |
| 10925 | LECO CORPORATION, 3000 LAKEVIEW AVE., SAINT JOSEPH, MI 49085 | |
| 10925 | LECO CORPORATION, 3000 LAKEVIEW AVE., SAINT JOSEPH, MI 49085-2396 | |
| 10924 | LECO CORPORATION, 3000 LAKEVIEW AVENUE, SAINT JOSEPH, MI 49085 | |
| 10925 | LECO INSTRUMENT LTEE, 650 RUE GIFFARD, LONGUEUIL, QC J5G 1T8CANADA | *VIA Deutsche Post* |
| 10925 | LECOMPTE, BARON, 403 NEW HAVEN, RACELAND, LA 70394 | |
| 10925 | LECOMPTE, RICHARD, PO BOX 55, YOUNGSVILLE, LA 70592-0055 | |
| 10925 | LECRONE, RICHARD, 9639 WINCHESTER VALLEY, CHESTERLAND, OH 44026 | |
| 10925 | LECTRET PRECISION PTE LTD, ATTENTION: LENA TAY, 26 AYER RAJAH CRESENT, SINGAPORE, 513SINGAPORE | *VIA Deutsche Post* |
| 10925 | LECTROLARM CUSTOM SYSTEMS, 3120 SUMMER AVE, MEMPHIS, TN 38112 | |
| 10925 | LEDAY, JOYCE, RR #4, BOX 378 M, OPELOUSAS, LA 70570 | |
| 10925 | LEDBETTER, ALBERT, 4917 NW 34TH ST., OKLAHOMA CITY, OK 73122 | |
| 10925 | LEDBETTER, ANNIE MAE, 3856 PARKS DR., POWDER SPRINGS, GA 30073 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEDBETTER, BARRY, 600 SOUTH DALE COURT, DENVER, CO 80219 | |
| 10925 | LEDBETTER, BOB, 813 STOUT CIRCLE, MOORE, OK 73170-1117 | |
| 10925 | LEDBETTER, CLINT, 1404 CEDAR RIDGE, EDMOND, OK 73013 | |
| 10925 | LEDBETTER, EARLY, 423 DAVIS ST, JENNINGS, LA 70546 | |
| 10925 | LEDBETTER, JASON, 2704 HUNTER LANE, POWDER SPRINGS, GA 30073 | |
| 10925 | LEDBETTER, JASON, 75 NORTH BURNT HICKORY ROAD, DOUGLASVILLE, GA 30134 | |
| 10925 | LEDBETTER, JERRE, 5719 128TH ST APT #4, CRESTWOOD, IL 60445 | |
| 10925 | LEDBETTER, JULIA, 33 ARBOURS WEST LANE, MOORE, SC 29369 | |
| 10925 | LEDBETTER, MELVA, 813 STOUT CIRCLE, MOORE, OK 73170-1117 | |
| 10925 | LEDBETTER, SHERRIE, 116 WHITE PLAINS DR, KINGS MOUNTAIN, NC 28086 | |
| 10925 | LEDBETTER, TODD, 1660 PEARL, WICHITA FALLS, TX 76301 | |
| 10924 | LEDERLE LABORATORIES, BLDG. 170, 401 N. MIDDLETOWN ROAD, PEARL RIVER, NY 10965 | |
| 10924 | LEDERLE LABORATORIES, DIVISION OF AMERICAN CYANAMID, PO BOX 6000, PEARL RIVER, NY 10965-1299 | |
| 10925 | LEDERMANN, ERNESTO, CASILLA NO 2253, SANTA CRUZ, | *VIA Deutsche Post* |
| 10925 | LEDESMA, GILBERT, 1311 N 5TH, WICHITA FALLS, TX 76304 | |
| 10925 | LEDESMA, MARK, 2808 COLQUITT, WICHITA FALLS, TX 76309 | |
| 10925 | LEDESMA, NESTOR, 1904 BURROUGHS ST, WICHITA FALLS, TX 76309 | |
| 10925 | LEDET, DIANA, 4938 BERNADINE DR., SAN ANTONIO, TX 78220 | |
| 10925 | LEDET, FREDDIE, 412 W 13TH ST., CUT OFF, LA 70345 | |
| 10925 | LEDET, HAMPTON, 211 ELIZABETH ST., LOCKPORT, LA 70374 | |
| 10925 | LEDET, JAMES, 412 WEST 13TH. ST, CUT OFF, LA 70345 | |
| 10925 | LEDET, JR, EUGENE, 206 ORVILLE VILLAGE DRIVE, HOUMA, LA 70364 | |
| 10925 | LEDET, PIXIE, 306 B BONIN ROAD, LAFAYETTE, LA 70508 | |
| 10925 | LEDET, RANDY, 1428 W. MAIN, HOUMA, LA 70360 | |
| 10925 | LEDET, REGGIE, 412 W 13TH ST., CUT OFF, LA 70345 | |
| 10925 | LEDET, RONNIE, 213 CATHERINE ST., LOCKPORT, LA 70374 | |
| 10925 | LEDET, SR, BRYAN, PO BOX 255, LAROSE, LA 70373 | |
| 10925 | LEDET. JR., JAMES, 315 EAST 40TH ST, CUT OFF, LA 70345 | |
| 10925 | LEDEZMA, MARTHA, 1100 WEST AVE, MIAMI BEACH, FL 33139 | |
| 10925 | LEDFORD, CARMEN, 4840 CHAMBLEE TUCKER, TUCKER, GA 30084 | |
| 10925 | LEDFORD, CHRISTOPHER, 105 BLUE RIDGE DR, FOUNTAIN INN, SC 29644 | |
| 10925 | LEDFORD, ERIK, 617 RICHARDSON ST, SIMPSONVILLE, SC 29680 | |
| 10925 | LEDFORD, JAMES, 600 JOHN ST, ASHLAND, VA 23005 | |
| 10925 | LEDFORD, LARRY, 105 BLUE RIDGE DR, FOUNTAIN INN, SC 29644 | |
| 10925 | LEDFORD, MICHAEL, 365 SHALLOWFORD, SPARTANBURG, SC 29303 | |
| 10925 | LEDFORD, VICKY, RT 7 BOX 175, NEOSHO, MO 64850 | |
| 10925 | LEDFORD-MILLER, DOROTHY, 6361 COUNTRY FAIR CR, BOYTON BEACH, FL 33437 | |
| 10925 | LEDGER, ANNIE M, 738 DUNEDIN RD 5 F, PORTSMOUTH VA, VA 23701 | |
| 10925 | LEDGER, PAUL, 441 JULIE ANN WAY, WOODSTOCK, GA 30188 | |
| 10924 | LEDGES CONDOS, THE, LAKE ROAD 54-56 DUDE RANCH ROAD, OSAGE BEACH, MO 65065 | |
| 10924 | LEDGEVIEW PRECAST CO, N6672 COUNTY RD UU, FOND DU LAC, WI 54935 | |
| 10924 | LEDGEVIEW PRECAST CONCRETE, INC, N 6672 COUNTY RD UU, FOND DU LAC, WI 54935 | |
| 10924 | LEDGEVIEW PRECAST CONCRETE, INC., N 6672 HWY UU, FOND DU LAC, WI 54935 | |
| 10924 | LEDI INTERNATIONAL CORPORATION, 8250 N.W. SOUTH RIVER DRIVE, MEDLEY, FL 33166 | |
| 10924 | LEDI INTERNATIONAL CORPORATION, 8250 N.W. SOUTH RIVER DRIVE, MIAMI, FL 33166 | |
| 10925 | LEDIE J BOWMAN, 6410 W 55TH ST, MISSION, KS 66202-2502 | |
| 10925 | LEDLIE, CHRISTOPHER, 2722 WHISPERING PINEDRIVE, DECATUR, GA 30033 | |
| 10925 | LEDOUX & CO., 359 ALFRED AVE, TEANECK, NJ 07666 | |
| 10925 | LEDOUX, ALLISON, 686 BRIAN ST, SULPHUR, LA 70663 | |
| 10925 | LEDOUX, BRIAN, 684 BRIAN ST, SULPHUR, LA 70663 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEDOUX, DANNY, 234 W DAVE DUGAS RD, SULPHUR, LA 70663 | |
| 10925 | LEDOUX, MARK A, 2220 BON VIE DR., SULPHUR, LA 70665 | |
| 10925 | LEDOUX, MARK, 1302 MARIA DRIVE, SULPHUR, LA 70663 | |
| 10925 | LEDOUX, MARK, 2220 BON VIE DRIVE, SULPHUR, LA 70665 | |
| 10925 | LEDOUX, RUSSEL, 544 DE ROUEN ST, LAKE ARTHUR, LA 70549 | |
| 10925 | LEDOUX, SARAH, 519 BRIAN DRIVE, WEST MONROE, LA 71291 | |
| 10925 | LEDUC, PATRICIA, 141 JOHN ST, TEWKSBURY, MA 01876 | |
| 10925 | LEDUC, ROBERT, 221 OLD MARSH HILL R, DRACUT, MA 01826 | |
| 10925 | LEDVINA, JOSEPH, N3744 CTY V LUXEMBURG, WI, WI 54217 | |
| 10925 | LEE & KO, 17TH FL, MARINE CENTER MAIN BLDG, 118 2-KA NAMDAEMUN-RO CHUNG-KU, SEOUL, SOUTH KOREA | *VIA Deutsche Post* |
| 10925 | LEE & KO, CPO BOX 8735, SEOUL, | |
| 10925 | LEE & LI, P O BOX 118-619, TAIPEI, TAIWAN | *VIA Deutsche Post* |
| 10925 | LEE A SILVERBERG, 189 MEADOWVIEW LA, WILLIAMSVILLE, NY 14221-3531 | |
| 10925 | LEE ABRAMS &, JOE ABRAMS JT TEN, 1412 W CYTHIA ST, PARK RIDGE, IL 60068 | |
| 10925 | LEE ACKER, 55 HAYDEN AVE., LEXINGTON, MA 02173 | |
| 10925 | LEE ALDRICH &, DONNA E ALDRICH JT TEN, 4540 8TH NE 2102, SEATTLE, WA 98105-4740 | |
| 10925 | LEE AND LI, 7TH FL 201 TUN HUA RD, TAIPEI 105 TAIWAN ROC, 99999TAIWAN | *VIA Deutsche Post* |
| 10925 | LEE ANNE BENTSON, 5680 WALLACE RD NW, SALEM, OR 97304-9741 | |
| 10924 | LEE APPAREL CO., HWY 601 NORTH, MOCKSVILLE, NC 27028 | |
| 10925 | LEE ASH, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | LEE B BERGSTROM, 167 OLD POST RD, SOUTHPORT, CT 06490-1301 | |
| 10925 | LEE BLANCO, ANNABEL, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10924 | LEE BRICK & BLOCK, **DO NOT USE - USE 236915**, BOWLING GREEN, KY 42102 | |
| 10924 | LEE BRICK & BLOCK, **TO BE DELETED**, BARDSTOWN, KY 40004 | |
| 10924 | LEE BRICK & BLOCK, **TO BE DELETED**, BOWLING GREEN, KY 42102 | |
| 10924 | LEE BRICK & BLOCK, **TO BE DELETED**, HOPKINSVILLE, KY 42240 | |
| 10924 | LEE BRICK & BLOCK, **TO BE DELETED**, LEXINGTON, KY 40504 | |
| 10924 | LEE BRICK & BLOCK, **TO BE DELETED**, LOUISVILLE, KY 40232 | |
| 10924 | LEE BRICK & BLOCK, **TO BE DELETED**, OWENSBORO, KY 42301 | |
| 10924 | LEE BRICK & BLOCK, 1105 NORTH VIUE STREET, HOPKINSVILLE, KY 42240 | |
| 10924 | LEE BRICK & BLOCK, 1530 RAGU DRIVE, OWENSBORO, KY 42301 | |
| 10924 | LEE BRICK & BLOCK, 2000 U.S. 127 SOUTH, FRANKFORT, KY 40601 | |
| 10924 | LEE BRICK & BLOCK, 291 SPENCE MATTINGLY LANE, BARDSTOWN, KY 40004 | |
| 10924 | LEE BRICK & BLOCK, 291 SPENCER MATTINGLY LANE, BARDSTOWN, KY 40004 | |
| 10924 | LEE BRICK & BLOCK, 309 DISHMAM LANE, BOWLING GREEN, KY 42101 | |
| 10924 | LEE BRICK & BLOCK, 309 DISHMAN LANE, BOWLING GREEN, KY 42102 | |
| 10924 | LEE BRICK & BLOCK, 4401 SCHUFF AVENUE, LOUISVILLE, KY 40232-3007 | |
| 10924 | LEE BRICK & BLOCK, 521 ODE SEVEN MILE PIKE, SHELBYVILLE, KY 40065 | |
| 10924 | LEE BRICK & BLOCK, 747 FOX INDUSTRIAL RD., LEXINGTON, KY 40504 | |
| 10924 | LEE BRICK & BLOCK, P O BOX 646, HOPKINSVILLE, KY 42240 | |
| 10924 | LEE BRICK & BLOCK, P.O. BOX 646, HOPKINSVILLE, KY 42240 | |
| 10924 | LEE BRICK & BLOCK, PO BOX1705, OWENSBORO, KY 42302 | |
| 10924 | LEE BRICK & TILE, 3704 HAWKINS AVE., SANFORD, NC 27330 | |
| 10924 | LEE BUILDERS MART, 1000 NORTH HORNER BLVD., SANFORD, NC 27330 | |
| 10925 | LEE C ELDRIDGE, 2438 WINTERBROOK DR, LAWRENCE, KS 66047-2454 | |
| 10925 | LEE C FOWLER & TRACEY HOLLADAY &, FRED H HOLLADAY JT TEN, 66 SOUTH 300 EAST, SANTAQUIN, UT 84655-8098 | |
| 10925 | LEE CASTRO, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | LEE CHEMICAL INC., SUITE 215F, MORENO VALLEY, CA 92557 | |
| 10925 | LEE COLLISION REPAIR CENTER, 777 CENTER ST, AUBURN, ME 04210 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LEE CONSTRUCTION, 14910 CROOKED BRANCH LANE, CHARLOTTE, NC 28278

10925   LEE CONTAINER CORPORATION, POBOX 575, HOMERVILLE, GA 31634

10925   LEE COUNTY TAX COLLECTOR, PO BOX 1609, FORT MYERS, FL 33902-1609

10925   LEE COUNTY TAX COLLECTOR, PO BOX 2368, FORT MYERS, FL 33902

10924   LEE ELECTRIC, P.O. BOX 217B, BALTIMORE, MD 21230

10925   LEE ENGINEERING SERVICES, 4929 KLEE MILL RD., SYKESVILLE, MD 21784

10925   LEE EQUIPMENT CO, POBOX 438138, CHICAGO, IL 60643

10925   LEE F WEST, 366 MAIN ST, WETHERSFIELD, CT 06109-1817

10925   LEE FREDRIC MEYER, 8025 SW 47TH COURT, GAINESVILLE, FL 32608-4477

10925   LEE GOGGINS, 5241 HIGHLAND, KANSAS CITY, MO 64110-2637

10925   LEE H BUSWELL, BOX 235, HOLLIS, NH 03049-0235

10925   LEE H REYNOLDS, 2634 OTTO RD, CHARLOTTE, MI 48813

10925   LEE HOWARD REYNOLDS, 2021 NW 75TH AVE, SUNRISE, FL 33313-3864

10925   LEE J SEARGEANT, RT 2 BOX 25B, LA FOLLETTE, TN 37766-9802

10925   LEE JR, JAMES, 3970 JEFFERSON, JEFFERSON, OR 97352

10925   LEE JR., BERNARD, 3909 W COLD SPRING LANE, BALTIMORE, MD 21215-5432

10925   LEE JR., RICHARD, 8 ROWE ST, STONEHAM, MA 02180

10925   LEE JT TEN, NORMAN C & JEANETTE, 1343 KEARNY ST, SAN FRANCISCO, CA 94133-3403

10925   LEE L DOPKIN, INC, PO BOX 65470, BALTIMORE, MD 21209

10924   LEE LEDGER AUDITORIUM, C/O BAHL INSULATION, 525  SOUTH 25TH STREET, COPPERAS COVE, TX 76522

10924   LEE MASONRY PRODUCTS, 200 US HWY 127 SOUTH, FRANKFORT, KY 40602

10924   LEE MASONRY PRODUCTS, INC., P.O. BOX 2589, MURFREESBORO, TN 37133-2589

10924   LEE MASONRY, P O BOX 1705, OWENSBORO, KY 43203

10925   LEE MORRIS, 812 N. 3RD ST., BELLAIRE, TX 77401-2804

10924   LEE PLASTERING CO, P.O. BOX 1359, GILMER, TX 75644

10924   LEE PLASTERING, 155 SOUTH, GILMER, TX 75644

10925   LEE R MACDONALD, 41 ROSEMONT DR, PLAINVILLE, CT 06062-3025

10924   LEE READY MIX CONCRETE, P O BOX 390, MEDWAY, ME 04460

10924   LEE READY MIX CONCRETE, ROUTE 157, MILLINOCKET, ME 04462

10924   LEE REGIONAL HOSPITAL, 105 RIVER ROAD, MCKEES ROCKS, PA 15136

10925   LEE REIMAN EX UW MAX J REIMAN, FBO EMILIE S REIMAN, C/O EMILIE S REIMAN, 14 SANFORD PLACE, STATEN ISLAND, NY 10314-2516

10924   LEE REYNOLDS, 2634 OTTO ROAD, CHARLOTTE, MI 48813

10924   LEE SEPTIC TANK & CRANE S, 1433 SAN JUAN AVE, FORT MYERS, FL 33901

10925   LEE SPRING CO, 1462-62ND ST, BROOKLYN, NY 11219

10925   LEE TRANSPORT EQUIPMENT INC, PO BOX 26, COLUMBIA, SC 29202

10925   LEE WALTERS?, 726 DELMAR AVE, GLEN BURNIE, MD 21061

10925   LEE, ALBERT, 2326 GLENDALE TERR DR, ALEXANDRIA, VA 22303

10925   LEE, ALEX, 8119 ROSARYVILLE RD., UPPER MARLBORO, MD 20772

10925   LEE, B, PO BOX 179, HOPE MILLS, NC 28348

10925   LEE, BARBARA, 3000 PHILLIP RD., GREENVILLE, NC 27834

10925   LEE, BARBARA, 525 JEFFERSON ST, DE FOREST, WI 53532

10925   LEE, BARBARA, 9354 SW 172 TERR, MIAMI, FL 33157

10925   LEE, BILL, 1603 E. SCHARBAUER, MIDLAND, TX 79705

10925   LEE, BILL, 220 WALNUT AVE, GREENSBURG, PA 15601

10925   LEE, BOOM, 6823 1ST AVE SW, CEDAR RAPIDS, IA 52405

10925   LEE, BRENDA, 1939 SOUTHEAST 186TH, PORTLAND, OR 97233

10925   LEE, BRYANT, 167 COLLEGE AVE #2, SOMERVILLE, MA 02144

10925   LEE, CARL, 144 S FRIENDSHIP ROAD, SENECA, SC 29678

10925   LEE, CAROLE A, PO BOX 25, SNYDER, TX 79550

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LEE, CAROLE, 2 UNIVERSITY RD, ARLINGTON, MA 02174 | |
| 10925 | LEE, CAROLE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LEE, CAROLYN, 501 OAK ST, BURKBURNETT, TX 76354 | |
| 10925 | LEE, CATHY, 100 W SQUANTUM ST, N QUINCY, MA 02171 | |
| 10925 | LEE, CATHY, RT 2 BOX 157, MAYSVILLE, GA 30558 | |
| 10925 | LEE, CEDRIC, 2324 WRIGHT AVE., OWENSBORO, KY 42301 | |
| 10925 | LEE, CHARLES, 14 DOGWOOD TR, TRYON, NC 28782 | |
| 10925 | LEE, CHARLES, 4745 WORDEN DRIVE, SPARTANBURG, SC 29301 | |
| 10925 | LEE, CHARLES, PO BOX 25, SNYDER, TX 79550 | |
| 10925 | LEE, CHARLES, ROUTE 2, BOX 178A, HERMLEIGH, TX 79526 | |
| 10925 | LEE, CHARLIE, 4101 W VALLEY DR NE, CEDAR RAPIDS, IA 52411 | |
| 10925 | LEE, CHARLOTTE, 3547 BUFORD HWY # 10, ATLANTA, GA 30329 | |
| 10925 | LEE, CHIA MING, 61 ROCK HILL RD, OLD BRIDGE, NJ 08857 | |
| 10925 | LEE, CHING-MEI, 1212 APPLEWOOD, BATON ROUGE, LA 70808 | |
| 10925 | LEE, CHRISTINE, 10473 LIVINGSTON, HAMBURG, MI 48139 | |
| 10925 | LEE, CONRAD, 14221 ANGLETON TERR, BARTONSVILLE, MD 20866 | |
| 10925 | LEE, CONRAD, 524 E CORBETT, HOBBS, NM 88240 | |
| 10925 | LEE, CYNTHIA, 1311 JONATHANS LAND, SEVERN, MD 21144 | |
| 10925 | LEE, DEBORAH, 164 HELEN ST, FANWOOD, NJ 07023 | |
| 10925 | LEE, DEBORAH, 411 FIRST AVE, BETHLEHEM, PA 18018 | |
| 10925 | LEE, DEBRA, 2850 E 400 S, LEBANON, IN 46052-9641 | |
| 10925 | LEE, DONNA, 23 OCEAN ST, NEW BEDFORD, MA 02740 | |
| 10925 | LEE, DOROTHY, 629 MARTIN ST, GREENSBORO, NC 27406 | |
| 10925 | LEE, E, 103 W MAHONEY ST #303, PLANT CITY, FL 33566 | |
| 10925 | LEE, EARL, 8121 MIDHAVEN RD., BALTIMORE, MD 21222 | |
| 10925 | LEE, EDWARD B, 6106 LOWERGATE DR, WAXHAW, NC 28173 | |
| 10925 | LEE, EDWARD, 120 GLEN WILLOW CT, GREER, SC 29650 | |
| 10925 | LEE, EDWARD, 2566 MARBOURNE AVE, BALTIMORE, MD 21230-2860 | |
| 10925 | LEE, EDWARD, 6106 LOWERGATE DR, WAXHAW, NC 28173 | |
| 10925 | LEE, EDWIN, 122 S HICKORY ST, MUNDELEIN, IL 60060 | |
| 10925 | LEE, ELAINE, 762 WEBSTER, KANKAKEE, IL 60901 | |
| 10925 | LEE, ERICH, 7613 EDENWOOD CT, BETHESDA, MD 20817 | |
| 10925 | LEE, ERNIE S, 6050 W. 65TH ST, CHICAGO, IL 60638 | |
| 10925 | LEE, ERNIE, 223 PROSPECT AVE APT F, HACKENSACK, NJ 07601 | |
| 10925 | LEE, ERNIE, 4834 BRIDLE RUN #2A, YPSILANTI, MI 48197 | |
| 10925 | LEE, ERNIE, 5516 14TH AVE S, MINNEAPOLIS, MN 55417 | |
| 10925 | LEE, EVERETT, ROUTE 1, BOX 16, BEDFORD, IA 50833 | |
| 10925 | LEE, EVETTA, 6125 SILVERLEAF, BATON ROUGE, LA 70812 | |
| 10925 | LEE, FRANCIS, 3400 13TH ST, SE # 4, WASHINGTON, DC 20032 | |
| 10925 | LEE, GARY, 222 MERRYTURN ROAD, MADISON, WI 53714 | |
| 10925 | LEE, GARY, RT. 3, BOX 806, ODESSA, TX 79763 | |
| 10925 | LEE, GEORGE, 33 VALLEY ROAD, WELLESLEY, MA 02181 | |
| 10925 | LEE, GRACE, 7007 W CRAIN ST, NILES, IL 60714 | |
| 10925 | LEE, GREGORY, 1602 VOLLINTINE AVE, MEMPHIS, TN 38107 | |
| 10925 | LEE, GUY, RT 10 BOX 497, MOORE, OK 73160 | |
| 10925 | LEE, GWENDOLYN, 13220 NORTHFIELD BLVD, OAK PARK, MI 48237 | |
| 10925 | LEE, HANJU, C/O KOREA NUCLEAR FUELPO BOX 311, DAE JEON, KOREA | *VIA Deutsche Post* |
| 10925 | LEE, HATTIE, 1336 WEST 10TH ST, LAKELAND, FL 33801 | |
| 10925 | LEE, HELEN, 5 FOY CREEK DRIVE, DLEMSON, SC 29631 | |
| 10925 | LEE, HELGA, 1714B US 701 S., FOUR OAKS, NC 27524 | |
| 10925 | LEE, HULON, 6351 AUDUBON DR., PENSACOLA, FL 32504 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEE, J, 2303 N. 42ND ST, FT PIERCE, FL 34950 | |
| 10925 | LEE, J, 3117 JIM JOHNSON RD., PLANT CITY, FL 33566 | |
| 10925 | LEE, JACK, 753 RABBIT MOFFITT RD, CHESNEE, SC 29323-9103 | |
| 10925 | LEE, JAMES, 10 KILSYTH ST UNIT #1, BROOKLINE, MA 02146 | |
| 10925 | LEE, JAMES, 170202 W APRICOT ST, PROSSER, WA 99350 | |
| 10925 | LEE, JAMES, 3117 JIM JOHNSON RD, PLANT CITY, FL 33566-8513 | |
| 10925 | LEE, JAMES, 331 E LOCUST GROVE ROAD, UTICA, KY 42376 | |
| 10925 | LEE, JAMES, 7446 CORNCRIB LOOP S, DOUGLASVILLE, GA 30134 | |
| 10925 | LEE, JAMES-TERRY, 7351 BENSON AVE, DOUGLASVILLE, GA 30134 | |
| 10925 | LEE, JANELL, 2503 FAULKNER ROAD, ORLANDO, FL 32810 | |
| 10925 | LEE, JANICE, 1149 AVE C, PORT ALLEN, LA 70767 | |
| 10925 | LEE, JENNIFER, 10009 RIDGEHAVEN, DALLAS, TX 75238 | |
| 10925 | LEE, JERRY, 508 FT WORTH ST, WICHITA FALLS, TX 76301-5425 | |
| 10925 | LEE, JOE, HC 69, BOX 163F, KINGSTON, OK 73439 | |
| 10925 | LEE, JOEY, 753 RABBIT MOFFIT RD, CHESNEE, SC 29323 | |
| 10925 | LEE, JOHN J, 575 WASHINGTON ST, EAST WALPOLE, MA 02032 | |
| 10925 | LEE, JOHN, 888 OLD POST ROAD, WALPOLE, MA 02081 | |
| 10925 | LEE, JOHN, PO BOX 534, RUNGE, TX 78151 | |
| 10925 | LEE, JOO BOK, 7949 WHITE OAK, RESEDA, CA 91335 | |
| 10925 | LEE, JOSEPH, 9744 GARWOOD ST, LITTLETON, CO 80125 | |
| 10925 | LEE, JUING-HSIUNG, 1212 APPLEWOOD, BATON ROUGE, LA 70808 | |
| 10925 | LEE, KATHERINE, 15 FAYETTE ST, BEVERLY, MA 01915 | |
| 10925 | LEE, KENNETH, 27371 BENARD CRAIN RD., ANGIE, LA 70426 | |
| 10925 | LEE, KENNETH, 506 E PASADENA, IOWA PARK, TX 76367 | |
| 10925 | LEE, KEVIN, #2 CLEVINGTON COURT, SIMPSONVILLE, SC 29681 | |
| 10925 | LEE, KRISTINE, 3110 BRINKLEY, TEMPLE HILLS, MD 20748 | |
| 10925 | LEE, LEE LIN, 19 JALAN INTAN, 66877 | *VIA Deutsche Post* |
| 10925 | LEE, LEE LIN, 530 JELAPANG RD, 21-49, 670530SINGAPORE | *VIA Deutsche Post* |
| 10925 | LEE, LEON, 2860 POWDERHORN TRL SW, MARIETTA, GA 30064 | |
| 10925 | LEE, LEWIS, 532 E FORREST AVE, MC KENZIE, TN 38201-2034 | |
| 10925 | LEE, LINDA, 1152 GROVE ST, IRVINGTON, NJ 07111 | |
| 10925 | LEE, LINDA, 1919 BLACKFORD ST, CHATTANOOGA, TN 37404 | |
| 10925 | LEE, LINDA, 7516 1/2 NORTH HOYNE, 2E, CHICAGO, IL 60626 | |
| 10925 | LEE, LIONEL, 1629 WESTWOOD AVE., CINCINNATI, OH 45214 | |
| 10925 | LEE, LIZETTE, 1846 FAIRFIELD AVE APT. 702, SHREVEPORT, LA 71101 | |
| 10925 | LEE, LOUIS, 1508 WEBESTER ST, KENNER, LA 70062 | |
| 10925 | LEE, LOUISA, RT 8 BOX 525 RHOE CIRCLE, ANDERSON, SC 29621 | |
| 10925 | LEE, LUCIA, 78 ZENITH DR, WORCESTER, MA 01602 | |
| 10925 | LEE, LYNDA, 31 CHESTNUT RIDGE DR, INMAN, SC 29349 | |
| 10925 | LEE, M, 141 BASS ST, SECKONK, MA 02771 | |
| 10925 | LEE, MADISON, 1405 S GEORGE MASON DR # 21, ARLINGTON, VA 22204 | |
| 10925 | LEE, MARCUS, 4204 OLD EASLEY BRIDGE RD, GREENVILLE, SC 29611 | |
| 10925 | LEE, MARIANNE, 17 PARMENTER RD, WAYLAND, MA 01778 | |
| 10925 | LEE, MARIE, 3519 W. GALENA, MILWAUKEE, WI 53208 | |
| 10925 | LEE, MARK, 20 BAYVIEW BLVD, STRATFORD, CT 06615 | |
| 10925 | LEE, MARK, 3919 BARNETT RD APT 327, WICHITA FALLS, TX 76310-1728 | |
| 10925 | LEE, MARK, 8900 TOPANGA CYN. BLVD., 201, CANOGA PARK, CA 91304 | |
| 10925 | LEE, MARTHA, 1203 BAREFOOT RD, NEWTON GROVE, NC 28366 | |
| 10925 | LEE, MATTHEW, 7938 BERG ST, NEW ORLEANS, LA 70128 | |
| 10925 | LEE, MD, KYU C, 1600 CRAIN HWY, SOUTH STE 402, GLEN BURNIE, MD 21061 | |
| 10925 | LEE, MICHAEL, 19 WALNUT ST., BLOOMINGDALE, NJ 07403 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEE, MICHAEL, 91 BAXTER ST, NEW YORK, NY 10013 | |
| 10925 | LEE, MICHELE, 4578 RIDGEDALE AVE, LAS VEGAS, NV 89121 | |
| 10925 | LEE, MING-CHIT, 19 GOODMAN ROAD, SINGAPORE, 438984SINGAPORE | *VIA Deutsche Post* |
| 10925 | LEE, NANCY, 214 BLACK OAK COVE, PEARL, MS 39208 | |
| 10925 | LEE, NATSYE, 102 SPRING CREEK, LOUISVILLE, KY 40218 | |
| 10925 | LEE, NOEL A, 17 ROCKINGHAM CLOSE, KEW VIC, 03101AUSTRALIA | *VIA Deutsche Post* |
| 10925 | LEE, OFELIA, 47-15 98TH PLACE, CORONA, NY 11368 | |
| 10925 | LEE, ORLANDO, PO BOX 194, HILL CREST ROAD, MARGARET, AL 35112 | |
| 10925 | LEE, PAK, 12 OCEAN AVE, BELLMORE, NY 11710 | |
| 10925 | LEE, PALMER, 127 GODFREY TOWN ROAD, WOODRUFF, SC 29388 | |
| 10925 | LEE, R, RT3 BOX 3248, ST MARTINVILLE, LA 70582 | |
| 10925 | LEE, RACHELLE, 3241 SANDRAY, MEMPHIS, TN 38128 | |
| 10925 | LEE, REBECCA, 1375 W WALTON RD, LUMBERTON, TX 77656 | |
| 10925 | LEE, REBECCA, PO BOX 147, MATHEWS, LA 70375 | |
| 10925 | LEE, REGINALD, 4702 SUNFIELD AVE, LONG BEACH, CA 90808-1044 | |
| 10925 | LEE, RICKEY, RT. 6 BOX 545A, BOONEVILLE, MS 38829 | |
| 10925 | LEE, RIEFLER, 3825 SW 6TH PLACE, GAINESVILLE, FL 32607 | |
| 10925 | LEE, RITA, 50 CUB PATH, CAMDEN, SC 29020 | |
| 10925 | LEE, ROBERT, 24 TIMBER RIDGE DRIVE, SIMSBURY, CT 06070 | |
| 10925 | LEE, ROBERT, 3613 LELAND, WACO, TX 76708 | |
| 10925 | LEE, ROBERT, 5935 REIDVILLE RD., MOORE, SC 29369 | |
| 10925 | LEE, ROGER, 241 HENRY COURT, SPARTANBURG, SC 29306 | |
| 10925 | LEE, RONALD, 327 N MARKET, MOMENCE, IL 60954 | |
| 10925 | LEE, RONALD, 8 ROWE ST., STONEHAM, MA 02180 | |
| 10925 | LEE, RUSSELL, 8 ROWE ST, STONEHAM, MA 02180 | |
| 10925 | LEE, RUTH, 5595 ST MONICA, MEMPHIS, TN 38116 | |
| 10925 | LEE, SABRINA, 5002 COLONIAL DR., CAMP SPRINGS, MD 20748 | |
| 10925 | LEE, SAM, 9702 W FERRIS BRANCH, DALLAS, TX 75243 | |
| 10925 | LEE, SANDRA, 4006 WINDELL PLACE, VALRICO, FL 33594 | |
| 10925 | LEE, SANDRA, 5228 QUAKER RD, WILSON, NC 27893 | |
| 10925 | LEE, SHANG MEI, 2462 NW 94TH AVE, CORAL SPRINGS, FL 33065 | |
| 10925 | LEE, SHAUNA, 7682 TIMBER RIVE CR, ORLANDO, FL 32807 | |
| 10925 | LEE, SHEILA, 16400 SW 105 CT, MIAMI, FL 33157 | |
| 10925 | LEE, SHELLY-ANN, 9311 ADELAIDE DR, BETHESDA, MD 20817 | |
| 10925 | LEE, SHENG-YI, 10313 ROYAL ASCOT COURT, ELLICOTT CITY, MD 21042 | |
| 10925 | LEE, SHERBY, RT 1, BOX 1061, BURKEVILLE, VA 23922 | |
| 10925 | LEE, SHERI, 506 YELLOW LILY COURT, WESTMINSTER, MD 21158 | |
| 10925 | LEE, SHIRLEY, 5756 BENFORD DR, HAYMARKET, VA 22069 | |
| 10925 | LEE, SHIRLEY, 6112 TRYSTING ROAD, CHARLOTTE, NC 28227 | |
| 10925 | LEE, SOURI S, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | LEE, SOURI, 10 KILSYTH ROAD APT 1, BROOKLINE, MA 02146 | |
| 10925 | LEE, STEVEN, 1645 WESTUNION RD., PICAYUNE, MS 39466 | |
| 10925 | LEE, SUSAN, 3753 MULKEY CIRCLE, MARIETTA, GA 30060 | |
| 10925 | LEE, TAI, 1208 LISA LANE, BURKBURNETT, TX 76354 | |
| 10925 | LEE, TAI, 501 OAK ST, BURKBURNETT, TX 76354 | |
| 10925 | LEE, TERRY, 393 MAYS CREEK RD., FOXWORTH, MS 39483 | |
| 10925 | LEE, TISHA, 3780 MAYFAIR DR, PASADENSA, CA 91107 | |
| 10925 | LEE, TRACEY, 2134 N ANVIL LANE, TEMPLE HILLS, MD 20748 | |
| 10925 | LEE, TRIXY, 21 IVY LANE, PETERSBURG, VA 23805 | |
| 10925 | LEE, TYRONE, 3947 HALIFAX ST, AURORA, CO 80013 | |
| 10925 | LEE, VANESSA, 1546 E. MAPLE, KANKAKEE, IL 60901 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEE, VICTOR, 942 WINTHROP AVE., REVERE, MA 02151

10925   LEE, VICTORIA, 634 PARKMAN ROAD, NW, WARREN, OH 44485

10925   LEE, VINCENT, 1350 PIPKIN, BEAUMONT, TX 77705

10925   LEE, WILLIAM, 187 MARSHALL BRIDGE DR, GREENVILLE, SC 29605

10925   LEE, YEN, 220-46 75TH AVE, BAYSIDE, NY 11364

10925   LEE, YOUNG, 2108 VIA CALIENTE, FULLERTON, CA 92633

10925   LEE, YOUNG-AI, 5321 CARMELYNN ST, TORRANCE, CA 90503

10925   LEE?S NIAGARA DRUG CORP., C/O BROOKS DRUG INC., 75 SABIN ST, PAWTUCKET, RI 02860

10925   LEECH, GARY, 2551 CYPRESS, NORMAN, OK 73072

10925   LEEDBERG, THOMAS, 24 LOVERS LANE, AUBURN, NH 03032

10925   LEEDCO ENGINEERS, 9440 TELSTAR AVE. SUITE #5, EL MONTE, CA 91731

10925   LEEDER-GURULE, R. CHRISTINE, 6728 SAN BERNARDINO, ALBUQUERQUE, NM 87107

10925   LEEDS & NORTHRUP, POBOX 75578, CHICAGO, IL 60675

10925   LEEDY, JOHN, 5433 WELLS RD, SHREVE, OH 44676

10925   LEEDY, WILLIAM, 330 WATER ST, PO BOX 554, SHREVE, OH 44676

10924   LEELANAU READY MIX, NEWMAN RD, MAPLE CITY, MI 49664

10924   LEELANAU REDI-MIX, NEWMAN RD, MAPLE CITY, MI 49664

10925   LEEMAN LABS, 55 TECHNOLOGY DR, LOWELL, MA 01851

10925   LEEOW, ANGIE, 5 ROSE RIVER CT, SACRAMENTO, CA 95831

10924   LEEP FROG TECH, 1408 11TH AVE, ALTOONA, PA 16601

10925   LEEPER, MARY JO, 4647 QUIMBY AVE, BELTSVILLE, MD 20705

10925   LEER SUPER CENTER, 2204 NW BROAD ST, MURFREESBORO, TN 37129

10925   LEE-ROBSON, GRACE, 1210 COIT COURT, WAUNAKEE, WI 53597

10925   LEES BODY & PAINT, 8908 E INDEPENDENCE BLVD SUITE B, MATTHEWS, NC 28105

10924   LEES CONCRETE, 200 SO. PINE STREET, MADERA, CA 93637

10924   LEES CONCRETE, PO BOX #507, MADERA, CA 93639

10924   LEES CONCRETE, POST OFFICE BOX 509, MADERA, CA 93639

10925   LEES MOVING AND STORAGE, 7624-7626 NW 6 AVE, BOCA RATON, FL 33487

10924   LEE'S READY MIX CONCRETE, 511 PARK DRIVE, ROGERS CITY, MI 49779

10924   LEES SEPTIC INC, 20578 EGYPT RD, ABERDEEN, MS 39730

10925   LEES SEPTIC INC, 20578 EGYPT RD, ABERDEEN, MS 39730

10924   LEES SEPTIC TANK, 20578 EGYPT ROAD, ABERDEEN, MS 39730

10925   LEES, JOHNNYE, PO BOX 851082, YUKON, OK 73085

10925   LEES, MARYANNE, 6 HEARD DRIVE, IPSWICH, MA 01938

10925   LEES, PHD, CIH, PETER S.J., 615 N. WOLFE ST, BALTIMORE, MD 21205

10924   LEESBURG CONCRETE, 2008 W GRIFFIN RD., LEESBURG, FL 34748

10924   LEESBURG CONCRETE, 2008 W. GRIFFIN RD., LEESBURG, FL 34748

10924   LEESBURG CONCRETE, 2008 W.GRIFFIN RD, LEESBURG, FL 34748

10924   LEESBURG MEDICAL CENTER PHASE 2, 4053 FORRESTAL AVE, SUITE 8, ORLANDO, FL 32806

10924   LEESBURG MEDICAL CENTER, 600 EAST DIXIE, LEESBURG, FL 34748

10924   LEESBURG MEDICAL CENTER, C/O AMERICAN FIREPROOFING, LEESBURG, FL 34748

10925   LEESBURG MODERN SALES INC, POBOX 346, LEESBURG, OH 45135

10924   LEESBURG REGIONAL MEDICAL CENTER, 600 EAST DIXIE AVENUE, LEESBURG, FL 34748

10924   LEESBURG REGIONAL MEDICAL CENTER, C/O ACTION SPRAY-ON, 4053 FORRESTAL AVE SUITE 8, ORLANDO, FL 32806

10925   LEFAVE, D, 109 VERSAILLES AVE, NO ADAMS, MA 01247

10925   LEFAVE, JOHN, 11 EDGEWOOD ROAD, TEWKSBURY, MA 01876

10925   LEFAYNE W BELL, 4413 COUNTRY CLUB VIEW, BAYTOWN, TX 77521-3037

10925   LEFCAKIS, KAREN, 69 KENDALL AVE, PITTSBURGH, PA 15202

10925   LEFEBURE, EDWARD, RT 10 BOX 369, MOORESVILLE, NC 28115

10925   LEFEBURE, JOHN, 4560 MAUREEN DR. SE, CEDAR RAPIDS, IA 52403

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEFEBVRE, ROBERT, 161 BABOOSIC LAKE RD, MERRIMACK, NH 03054

10925   LEFF ELECTRIC COMPANY (AD), 1163 EAST 40TH STREET, CLEVELAND, OH 44114-3894

10924   LEFF ELECTRIC COMPANY (AD), 7520 CLOVER AVE., MENTOR, OH 44060

10925   LEFFEW, PEGGY, 1228 TWN RIVERS BLVD, OVEIDO, FL 32766

10925   LEFFLER, AMY, N 515 ROYAL COURT, SHERWOOD, WI 54169

10925   LEFFLER, NORMAN, RT. 1 BOX 62-C, COLUMBUS, NE 68601

10925   LEFFORGE, JOHN, 39 HIGHLAND AVE, LYNNFIELD, MA 01940-1905

10925   LEFLER, MAURICE, 4006 JUDAH RD, PLANT CITY, FL 33566

10925   LEFRANCOIS, BRIAN, 48 CHECKERBERRY LANE, GOFFSTOWN, NH 03046-1600

10925   LEFTRIDGE, GENA, 5243 LUZZANE LANE, INDIANAPOLIS, IN 46220

10925   LEFTRIDGE, IDA, PO BOX 531, MOMENCE, IL 60954

10925   LEFTRIDGE, RICKY, 2850 CLYDEDALE #217, DALLAS, TX 75220

10925   LEFTWICH, AMY, PO BOX 188, LINCOLNDALE, NY 10540

10925   LEFTWICH, GEORGE, 134 PRIMROSE ST POB 188, LINCOLNDALE, NY 10540-0188

10925   LEFTWICH, LOUISA, 1939 WHITEHALL FOREST, ATLANTA, GA 30316

10924   LEGACY BANK, 5000 LEGACY DRIVE, PLANO, TX 75024

10924   LEGACY CONSTRUCTORS, 175 N. WEST TEMPLE ASSEMBLY HALL, SALT LAKE CITY, UT 84103

10925   LEGACY PERSONNEL GROUP, ONE EAST BROWARD BLVD, FORT LAUDERDALE, FL 33301

10925   LEGACY PROPERTY CO, PAUL MEYER, 4000 E THIRD ST, SUITE 600, FOSTER CITY, CA 94404

10925   LEGACY, LTD, STEPHEN E. HERRMANN, ESQ., RICHARDS, LAYTON & FINGER, PO BOX 551, WILMINGTON, DE 19899

10925   LEGAL AID SOCIETY OF PALM BEACH, 423 FERN ST SUITE 200, WEST PALM BEACH, FL 33401

10925   LEGAL ASSISTANTS CORP., 675 THIRD AVE 27TH FL, NEW YORK, NY 10017

10925   LEGAL DUPLICATING SERVICES INC., 75 VARICK ST, 6TH FLR, NEW YORK, NY 10013

10925   LEGAL SEA FOODS INC., 33 EVERETT ST., ALLSTON, MA 02134

10925   LEGAL, C, 17900 GULF BLVD., 17 B, ST. PETERSBURG, FL 33708

10925   LEGALSOFT, PO BOX 415, WILLIAMSVILLE, NY 14231-0415

10925   LEGALSTAR, POBOX 415, WILLIAMSVILLE, NY 14231

10925   LEGASPI, DIOSDADO, 3478 GROGAN CIRCLE, SAN DIEGO, CA 92154

10925   LEGASPI, JEFFREN, 10841 CAMINITO, SAN DIEGO, CA 92126

10925   LEGASPI, SUSAN, 1400 NW 10TH AVE, MIAMI, FL 33136

10925   LEGATO SYSTEMS INC, 3145 PROTER DRIVE, PALO ALTO, CA 94305

10925   LEGE, MICHAEL, 1604 PRAIRIE, ABBEVILE, LA 70510

10925   LEGEAR, DIANA, 757 GARFIELD AVE, SCHULKILL HAVEN, PA 17972

10925   LEGEND ANALYTICAL SERVICES, 3636 N. LAUGHLIN RD., STE 110, SANTA ROSA, CA 95403

10925   LEGEND TECHNICAL SERVICES INC, 775 VANDALIA ST, SAINT PAUL, MN 55114

10924   LEGEND, PORTLAND, OR 97201

10925   LEGENDARY LAWN CARE INC, 4607 ELAM ROAD, STONE MOUNTAIN, GA 30083

10925   LEGENDRE, CHRIS, 4967 HWY 1, RACELAND, LA 70394

10925   LEGENDRE, CRAIG, 602 MAR DRIVE, LOCKPORT, LA 70374

10925   LEGER MESTAYER, 600 CARONDELET ST, NINTH FL, NEW ORLEANS, LA 70130

10925   LEGER, ETHEL, 210 SOUTH WILLIAMS DRIVE, LAFAYETTE, LA 70506-7319

10925   LEGER, GARY, 4003 MARK TWAIN WAY, MAHWAH, NJ 07430

10925   LEGER, JOHN, RT. 1 BOX 250-D, VILLEPLATTE, LA 70586

10925   LEGER, JOSEPH, BOX 240, NB E0A 3HQCANADA     *VIA Deutsche Post*

10925   LEGER, KIN, 117 CANAL ST, MONTEGUT, LA 70377

10925   LEGER, PATTI, 100 RIDGELA, DUSON, LA 70529

10925   LEGER, PAUL, 64 LOMA VISTA WAY, PITSBURG, CA 94565

10925   LEGER, RAYWARD, 1871 HWY 108 WEST, SULPHUR, LA 70665

10925   LEGER, RAYWARD, 1871 HWY. 108 WEST, SULPHUR, LA 70665

10925   LEGER, THOMAS W, 4603 LABELLE DR., SULPHUR, LA 70665

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEGER, THOMAS, 4603 LABELLE DRIVE, SULPHUR, LA 70665 | |
| 10925 | LEGER, WILTZ, 219 BELLEVUE, LOCKPORT, LA 70374 | |
| 10925 | LEGG, ANITA, 3 COUNTRY VIEW, WINFIELD, WV 26213 | |
| 10925 | LEGG, JOHN, ROUTE 1, BOX 3J, KEITHVILLE, LA 71047 | |
| 10925 | LEGG, L, 135 MT MORENSY DRIVE, ROCHESTER, NY 14612 | |
| 10925 | LEGG, NANCY, 123 EAST PARK, MONTGOMERY, TX 77356 | |
| 10925 | LEGGAT COMPANY,INC, THE, ONE LIBERTY SQUARE, BOSTON, MA 02109 | |
| 10925 | LEGGETT, ELIZABETH, 303 MAPLE LANE, MOREHEAD CITY, NC 28557 | |
| 10925 | LEGGETT, EVELYN, 683 EAST 57TH ST, 2, BROOKLYN, NY 11234 | |
| 10925 | LEGGETT, LARRY, PO BOX 1248, ZOLFO SPRINGS, FL 33890-1248 | |
| 10925 | LEGGETT, RUFUS, MEADOWVIEW LIFE CENTER, LAKELAND, FL 33810 | |
| 10925 | LEGG-VASS, DEBORAH, 5023 PLEASANT, WAXHAW, NC 28173 | |
| 10925 | LEGLER, SAMUEL, 9901 GLENWOOD ST, OVERLAND PARK, KS 66212 | |
| 10925 | LEGNON, MICHAEL, 408 LITTLE GUY LANE, NEW IBERIA, LA 70560 | |
| 10925 | LEGOR, ALISON, 85 ROBIN HOOD RD, STONEHAM, MA 02180 | |
| 10925 | LEGOR, CAROLINE, 85 ROBIN HOOD RD, STONEHAM, MA 02180 | |
| 10925 | LEGOR, JOAN, 85 ROBIN HOOD RD, STONEHAM, MA 02180 | |
| 10925 | LEGORE, TIMOTHY, 612 3RD AVE S, MT VERNON, IA 52314 | |
| 10925 | LEGRAND, JEFFREY, 1530 NEWBERRY, LAGRANGE PARK, IL 60526 | |
| 10925 | LEGRAND, NORMAN, 5604 S. NATOMA, CHICAGO, IL 60638 | |
| 10925 | LEGRICE, RHONDA F, RT 2 BOX 44, WINTERVILLE, NC 28590-9617 | |
| 10925 | LEGROS LAW PARTNERS/BERKS, 1000 WESTLAKES DR, 5 WESTLAKES #275, BERWYN, PA 19312 | |
| 10925 | LEGROS LAW PARTNERS/BERKS, SUSAN P LEGROS ESQ, 1000 WESTLAKES DR, 5 WESTLAKES #275, BERWYN, PA 19312 | |
| 10925 | LEGROS, DONALD, RT. 1, BOX 407, BASILE, LA 70515 | |
| 10925 | LEGSTROM, KRISTA, 501 N ARMISTEAD ST, ALEXANDRIA, VA 22312 | |
| 10925 | LEHEW, SARA, 248 SW CHERRY HILL RD, PT ST LUCIE, FL 34952 | |
| 10924 | LEHI BLOCK COMPANY, 2100 NORTH 1100 WEST, LEHI, UT 84043 | |
| 10924 | LEHI BLOCK COMPANY, P O BOX 7, LEHI, UT 84043 | |
| 10924 | LEHIGH - WACO, HIGHWAY 84 WEST, WACO, TX 76710 | |
| 10924 | LEHIGH COUNTY GOVERNMENT CENTER, ALLENTOWN, PA 18100 | |
| 10924 | LEHIGH P C -YORK, HOKES MILL RD & LEMON ST, YORK, PA 17404 | |
| 10924 | LEHIGH PORTLAND CEMENT CO, CARROLL COUNTY, UNION BRIDGE, MD 21791 | |
| 10925 | LEHIGH PORTLAND CEMENT CO, PO BOX 1603, STAMFORD, CT 06920-1603 | |
| 10924 | LEHIGH PORTLAND CEMENT CO, UNION BRIDGE, MD 21791 | |
| 10924 | LEHIGH PORTLAND CEMENT CO., 800 SECOND AVE., S.E., LEEDS, AL 35094 | |
| 10925 | LEHIGH PORTLAND CEMENT CO., PO BOX 1603, STAMFORD, CT 06920-1603 | |
| 10925 | LEHIGH PORTLAND CEMENT CO., PO BOX 931552, ATLANTA, GA 31193-1152 | |
| 10924 | LEHIGH PORTLAND CEMENT, 700 - 25TH ST., N.W.., MASON CITY, IA 50401 | |
| 10924 | LEHIGH PORTLAND CEMENT, 700 25TH ST N.W., MASON CITY, IA 50401 | |
| 10924 | LEHIGH PORTLAND CEMENT, 700 25TH ST. N.W., MASON CITY, IA 50401 | |
| 10925 | LEHIGH PORTLAND CEMENT, 7660 IMPERIAL WAY, ALLENTOWN, PA 18195 | |
| 10924 | LEHIGH PORTLAND CEMENT, BOX 97, MITCHELL, IN 47446 | |
| 10924 | LEHIGH PORTLAND CEMENT, HOKE HILL RD & LEM, YORK, PA 17404 | |
| 10924 | LEHIGH PORTLAND CEMENT, P O BOX 1100, UNION BRIDGE, MD 21791 | |
| 10924 | LEHIGH PORTLAND CEMENT, P O BOX 2576, WACO, TX 76702 | |
| 10924 | LEHIGH PORTLAND CEMENT, P O BOX 97, MITCHELL, IN 47446 | |
| 10924 | LEHIGH PORTLAND CEMENT, PO BOX 2576, WACO, TX 76702 | |
| 10925 | LEHIGH SAFETY SHOE CO, PO BOX 371958, PITTSBURGH, PA 15250-7958 | |
| 10925 | LEHIGH SAFETY SHOE CO., 1100 EAST MAIN ST., ENDICOTT, NY 13760 | |
| 10925 | LEHIGH SAFETY SHOE CO., PO BOX 371958, PITTSBURGH, PA 15250-7958 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEHIGH SAFETY SHOE COMPANY, PO BOX 371958, PITTSBURGH, PA 15250-7958 | |
| 10925 | LEHIGH SAFETY SHOES, PO BOX 371958, PITTSBURGH, PA 15250-7958 | |
| 10925 | LEHIGH UNIV/EMULSION POLYMERS COURS, 111 RESEARCH DR, BETHLEHEM, PA 18015-4732 | |
| 10925 | LEHIGH UNIVERSITY, 27 MEMORIAL DR, BETHLEHEM, PA 18015 | |
| 10925 | LEHIGH UNIVERSITY, 27 MEMORIAL DR. W., BETHLEHEM, PA 18015-3093 | |
| 10925 | LEHIGH UNIVERSITY, 621 TAYLOR ST SUITE 484, BETHLEHEM, PA 18015-3117 | |
| 10925 | LEHIGH VALLEY ASSOCIATES, KRAVCO CO.- GEN COUNSEL, 234 GODDARD BLVD., KING OF PRUSSIA, PA 19046 | |
| 10925 | LEHIGH VALLEY BLOCK, 1960 WEAVERSVILLE ROAD, ALLENTOWN, PA 18103 | |
| 10924 | LEHIGH VALLEY BLOCK, DIV OF GLEN-GERY CORP, LEHIGH VALLEY, PA 18002 | |
| 10924 | LEHIGH VALLEY BLOCK, DIV. GLEN-GERY CORP., LEHIGH VALLEY, PA 18002 | |
| 10924 | LEHIGH VALLEY HOSPITAL, ATTN: DUANE, ALLENTOWN, PA 18105 | |
| 10924 | LEHIGH VALLEY HOSPITAL, C/O DUGGAN & MARCON, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | LEHIGH VALLEY INTERNATIOAL AIRPORT, RT 22 & AIRPORT ROAD, ALLENTOWN, PA 18103 | |
| 10925 | LEHIGH VALLEY SAFETY SUPPLY CO, 1105 EAST SUSQUEHANNA ST., ALLENTOWN, PA 18103 | |
| 10924 | LEHIGH WAREHOUSE, 827 HAUSMAN ROAD, ALLENTOWN, PA 18104-9392 | |
| 10925 | LEHIGH-ARMSTRONG INC, 12 DUNHAM ROAD, BILLERICA, MA 01821 | |
| 10924 | LEHIGH-MITCHELL, 121 NORTH FIRST ST., MITCHELL, IN 47446 | |
| 10925 | LEHMAN BROTHERS INC, 3 WORLD FINANCIAL CENTER, NEW YORK, NY 10285-2400 | |
| 10925 | LEHMAN, FRED, 1117 HWY 30, MT VERNON, IA 52314-9646 | |
| 10925 | LEHMAN, GENE, 306 S EAST ST, ORANGEVILLE, IL 61060 | |
| 10925 | LEHMAN, GLENN, 5106 59TH PLACE, HYATTSVILLE, MD 20781 | |
| 10925 | LEHMAN, KAREN, 317 CONATY HALL CUA MICHIGAN AVE, WASHINGTON, DC 20064 | |
| 10925 | LEHMAN, KATHY, RT. 8 BOX 46A71, LUBBOCK, TX 79407 | |
| 10925 | LEHMAN, R, BOX 353, ALBA, MO 64830 | |
| 10925 | LEHMAN, RICHARD, 245 LOUISE DR #8, WRIGHTSTOWN, WI 54180 | |
| 10925 | LEHMAN, SHIRLEY, BOX 564, ALBA, MO 64830 | |
| 10925 | LEHMANN & VOSS & CO., ALSTERUFER 19, HAMBURG, 20311GERMANY | *VIA Deutsche Post* |
| 10925 | LEHMKUHL, WILLIAM, BILTMORE FOREST 12 STUYVESANT, ASHVILLE, NC 28803 | |
| 10925 | LEHN & FINK INDUSTRIAL PRODUCTS, 225 SUMMIT AVE, MONTVALE, NJ 07645 | |
| 10925 | LEHNERT, STEPHEN, PO BOX 5476, SANTA MONICA, CA 90409-5476 | |
| 10925 | LEHR CONSTRUCTION CORP, 902 BROADWAY, NEW YORK, NY 10010 | |
| 10924 | LEHR PRECISION, 11230 DEARFIELD ROAD, CINCINNATI, OH 45242 | |
| 10925 | LEHR, ANNE, 90-11 35TH AVE, 5J, JACKSON HEIGHTS, NY 11372 | |
| 10925 | LEHR, MATILDA, 3910 STUART RD, 515, MEMPHIS, TN 38111-6549 | |
| 10925 | LEHRMAN, OSCAR, RR 1 BOX 136, SPENCER, SD 57374 | |
| 10925 | LEHRMAN, STEVANNE R, 612 WATERTOWN ST, NEWTON MA, MA 02160 | |
| 10925 | LEHTO, DIANA, 501 EL RANCHO DRIVE, 11, SPARKS, NV 89431 | |
| 10925 | LEICA INC, PO BOX 911643, DALLAS, TX 75391-1643 | |
| 10925 | LEICK, JEFFREY, 2441 DAY ST, GREENLEAF, WI 54126 | |
| 10925 | LEICO INDUSTRIES INC EMPLOYEES, PENSION PLAN EST 6-19-1967, 250 WEST 57TH ST, NEW YORK, NY 10107-0001 | |
| 10925 | LEIDIG, GILBERT, 2031 HAVERFORD DRIVE, CROWNSVILLE, MD 21032 | |
| 10925 | LEIF B BRANDIN &, MARGARET T BRANDIN JT TEN, 7011 MIRA VISTA, LAS VEGAS, NV 89120-3031 | |
| 10925 | LEIGH BUILDERS INC, DENNIS R LEIGH REGISTERED AGENT, 5518 BELIN ST, MADISON, WI 53705 | |
| 10925 | LEIGH GIFFORD, 45 TWIN OAK RD, SHORT HILLS, NJ 07078-2257 | |
| 10925 | LEIGH K. WIGHTMAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | LEIGH M WRIGHT, C/O LEIGH FLERI, 2937 KINGSTREAM DR, SNELLVILLE, GA 30039-4945 | |
| 10925 | LEIGH, CYNTHIA C, 210 ALBERON DR, PARK RIDGE NJ, NJ 07656 | |
| 10925 | LEIGH, JAY, 5123 HWY 147 WEST, MARIBEL, WI 54227 | |
| 10925 | LEIGH, PHYLLIS, 5530 NW 44TH ST C210, LAUDERHILL, FL 33319 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEIGHS LIMOUSINES INC., PO BOX 885, HARRISON, NY 10528 | |
| 10925 | LEIGHS, MARION, 86-10 GRAND AVE, ELMHURST, NY 11373 | |
| 10925 | LEIGHS, ROBERT, 86-10 GRAND AVE, ELMHURST, NY 11373 | |
| 10925 | LEIGHT, JAMES, 2477 FOREST DR, COOPERSBURG, PA 18036 | |
| 10925 | LEIGHT, ROGER, 204 LAWN AVE, SELLERSVILLE, PA 18960 | |
| 10925 | LEIGHTON MCGINN CO, 8049 MONETARY DR STE D-1, RIVIERA BEACH, FL 33404 | |
| 10925 | LEIGHTY, LAURA, 23912 SEQUOIA ROAD, PETERSBURG, VA 23803 | |
| 10925 | LEIJA, JOEL M, ROUTE 3 BOX 116 X 10, MISSION, TX 78572-9510 | |
| 10925 | LEIJA, RICHARD, 2205 HARVARD, WICHITA FALLS, TX 76301 | |
| 10925 | LEIJDEKKER, J W A, REIGERPARK 13, PURMEREND, 1444 AANETHERLANDS | *VIA Deutsche Post* |
| 10925 | LEILA B BLACK, 2205 2ND ST, LEWISTON, ID 83501-3806 | |
| 10925 | LEILA SHAHBENDER AS CUSTODIAN, FOR ALEXANDRA A PIKE, 47 MAPLE ST, PRINCETON, NJ 08542 | |
| 10925 | LEIMAN, NICOLE, 1750 MOUNTAIN TOP RD, BRIDGEWATER, NJ 08807 | |
| 10925 | LEINART, RAYMOND, 168 HOLLY HILLS RD NE BOX 4-9, CALHOUN, GA 30701 | |
| 10924 | LEINER CO - DO NOT USE, PO BOX 6202, CARSON, CA 90749-6202 | |
| 10924 | LEINER CO, 188 INDUSTRIAL DRIVE, ELMHURST, IL 60126 | |
| 10924 | LEINER CO., 5519 E. CORK STREET, KALAMAZOO, MI 49001 | |
| 10924 | LEINER HEALTH PRODUCTS -DO NOT USE, PO BOX 6202, CARSON, CA 90749-6202 | |
| 10924 | LEINER HEALTH PRODUCTS, 7366 ORANGEWOOD AVENUE, GARDEN GROVE, CA 92641 | |
| 10924 | LEINER HEALTH PRODUCTS, 901 EAST 233RD STREET, CARSON, CA 90745-6204 | |
| 10924 | LEINER HEALTH PRODUCTS, FORT MILL MANUFACTURING INSPECTION, 355 CRESTMONT DRIVE, FORT MILL, SC 29715 | |
| 10924 | LEINER HEALTH PRODUCTS, INC., 901 EAST 233RD STREET, CARSON, CA 90745-6204 | |
| 10925 | LEININGER, JERRI, 124 WATER ST, READING, PA 19605 | |
| 10925 | LEISHMAN, MARC, 205 DELHI ST, MATTAPAN, MA 02126 | |
| 10925 | LEISNER, ROBIN, 6242 EAST 31ST ST, TUCSON, AZ 85711 | |
| 10925 | LEIST, RALPH, 4311 MAGNOLIA OAKS, PEARLAND, TX 77581 | |
| 10925 | LEISTER, DAVID, 302 LORI DRIVE APT B, GLEN BURNIE, MD 21061 | |
| 10925 | LEISTRITZ, 169 MEISTER AVE, SOMERVILLE, NJ 08876 | |
| 10924 | LEISURE DISTRIBUTORS, 1508 FIRST AVE., EVANSVILLE, IN 47706 | |
| 10925 | LEISURE HUT ETC INC, 2565 WEST FOURTH ST, OWENSBORO, KY 42301-0335 | |
| 10925 | LEISURE LIMOUSINE LTD., PO BOX 89, SKOKIE, IL 60076-0089 | |
| 10924 | LEISURE POOLS, 719 BULTMAN DR., SUMTER, SC 29150-2516 | |
| 10925 | LEISURE SPECIALTIES, INC, 6149 WASHINGTON BLVD., ELKRIDGE, MD 21075 | |
| 10925 | LEISURE, VIRGINIA, 474 MAHOGANY LANE, OZARK, MO 65721 | |
| 10925 | LEITE, JAIME, 30 DONALD ST, BROCKTON MA, MA 02401 | |
| 10925 | LEITE, RICHARD, 97 HILLMAN ST, NEW BEDFORD, MA 02740 | |
| 10925 | LEITENBERGER, MARGARET, 5370 LUTHER LANE, HILLIARD, OH 43026 | |
| 10925 | LEITHAUSER, DANIEL, 2902 EAST 115TH AVE, THORNTON, CO 80233-2451 | |
| 10925 | LEITHEAD, TERRANCE, 101 DANELEY, HEBBRONVILLE, TX 78361 | |
| 10925 | LEITMAN, EUGENE, 70-46 137 ST, FLUSHING, NY 11367 | |
| 10924 | LEITNER COMPANY, 945 RANDOLPH AVE, SAINT PAUL, MN 55102 | |
| 10924 | LEITNER COMPANY, 945 RANDOLPH AVENUE, SAINT PAUL, MN 55102 | |
| 10924 | LEITO SUPPLY, 4333 E. LOOP 820 SOUTH, FORT WORTH, TX 76119 | |
| 10924 | LEITO'S SUPPLY CO, 4333 EAST LOOP 820S, FORT WORTH, TX 76119 | |
| 10925 | LEITZ, KATHRYN, RT 1 BOX 123B, REPUBLIC, MO 65738 | |
| 10925 | LEIVAS, GLENDA, 5404 W FREEWAY LANE, GLENDALE, AZ 85302 | |
| 10925 | LEIVE, JOY, 238 AFTON SQUARE, ALTAMONTE SPRINGS, FL 32714 | |
| 10924 | LE-JACK CONSTRUCTION, 7 KENDALL STREET, HOULTON, ME 04730 | |
| 10925 | LEJACK CONSTRUCTION, RFD #1 BOX 157 A, HOULTON, ME 04730 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEJEUENE, MICHAEL, 2249 PETER RD, HARVEY, LA 70059

10925   LEJEUNE, BARRY, PO BOX 1054, JENNINGS, LA 70546

10925   LEJEUNE, BRENT, RT. 3, BOX 325, JENNINGS, LA 70546

10925   LEJEUNE, CURLEY, 1411 LYONS ST, VINTON, LA 70668

10925   LEJEUNE, FRANK, 224 BONITA DR., RIDGECREST, CA 93555

10925   LEJEUNE, GREGORY P, 1413 LYONS ST., VINTON, LA 70668

10925   LEJEUNE, GREGORY, 1413 LYONS ST, VINTON, LA 70668

10925   LEJEUNE, JOSEPH, 153 SHANNY DR., EVANGELINE, LA 70537

10925   LEJEUNE, JOYCE, 6028 PETE SEAY ROAD, SULPHUR, LA 70665

10925   LEJEUNE, JR, LARRY, PO BOX 450, BASILE, LA 70535

10925   LEJEUNE, LARRY, 2016 RIDGE ROAD, DUSON, LA 70529

10925   LEJEUNE, LARRY, ROUTE 1, BOX 1087, SULPHUR, LA 70664-2269

10925   LEJEUNE, MARK, PO BOX 881, JENNINGS, LA 70546

10925   LEJEUNE, MELINDA, RT.1 BOX 251, IOTA, LA 70543

10925   LEJEUNE, NADINE, 184 PIONEER LN, RAYNE, LA 70578

10925   LEK/ALCAR CONSULTING GROUP,LLC, THE, PO BOX 6001, BOSTON, MA 02212-6001

10925   LEKAN, BETH, 3928 N WEST 59, OKLAHOMA CITY, OK 73112

10925   LEKIN, DEBRA, 121 WESTVIEW DR NW, CEDAR RAPIDS, IA 52405

10925   LEKKI CROWE, 49 MAIN ST., PO BOX 469, CANTON, NY 13617

10925   LELA M GARRELS, C/O LELA M HADRAVA, 615 ROSEDALE RD SE, CEDAR RAPIDS, IA 52403-7031

10925   LELA ZOE DYKSTRA, 578 BROOKHAVEN CT, KIRKWOOD, MO 63122-3004

10925   LELAND BURGER, ONE HICKORY RD, FAIRFAX, CA 94930-2113

10925   LELAND H EVANS TR UA OCT 26 93, THE EVANS REVOCABLE TRUST, 19731 ALMADEN RD, SAN JOSE, CA 95120-3408

10925   LELAND S FREY & ELBERTA J FREY, TR U/A JUL 28 88, C/O JAMES LELAND FREY, PO BOX 444, YREKA, CA 96097-0444

10925   LELAND, JILL, 4849 SHEBOYGAN AVE, 321, MADISON, WI 53705

10925   LELAND, MARCIA, 3629 VALLEYVIEW LANE, W. BLOOMFIELD, MI 48323

10925   LELEK, CAROL, 1005 NORTH VERNON, DEARBORN, MI 48128

10925   LELEUX, KERRY, 117 EMMA ST, NEW IBERIA, LA 70560

10925   LELEUX, PERRY, 402 KIRK ST., NEW IBERIA, LA 70560

10925   LELKO, LAWREN, 10709-A BEAN DR, OOLTEWAH, TN 37363

10925   LELLING, SELMA, 2 TOBEY LANE, MONSEY, NY 10952

10925   LELO S HARMS, 2135 SW 26TH TERR V26, DELRAY BEACH, FL 33445-8218

10925   LELON R CAPPS &, LOIS P CAPPS JT TEN, 1724 PRESTWICK CIRCLE, LAWRENCE, KS 66047-1813

10925   LELOUP, RACHAEL, 3294 MOORLAND AVE., SANTA ROSA, CA 95407

10925   LELUND ENTERPRISES, INC, 1515 CANAL ST., LOCKPORT, IL 60441

10924   LEM JENK, 920 NORTH HIGHLAND ST., GASTONIA, NC 28052

10925   LEM PRODUCTS, INC, 4089 LANDISVILLE RD., DOYLESTOWN, PA 18901

10925   LEM PRODUCTS, INC, PO BOX 190, DOYLESTOWN, PA 18901

10925   LEMA, DIANA, 3060 EDWIN AVE, FT LEE, NJ 07024

10925   LEMACK, KEVIN, 6 WACHUSETT VIEW DRIVE, WESTBORO, MA 01581

10925   LEMAIRE, SANDRA, 79 DOVER ST, MASSAPEQUA, NY 11758

10925   LEMAK, LINDA, RT #11, BOX 49, ALLENTOWN, PA 18104

10924   LEMAN PRECAST CONCRETE INC, P O BOX 121, EUREKA, IL 61530

10924   LEMAN PRECAST CONCRETE INC, RT 24 2 MILES WEST OF EUREKA, EUREKA, IL 61530

10924   LEMAN PRECAST CONCRETE INC, PO BOX 121, EUREKA, IL 61530

10925   LEMANSKI, MARIE, 709 NORTH MAIN ST, FOUNTAIN INN, SC 29644

10925   LEMANSKI, ROBERT, 15005 GREELEY DRIVE, TAMPA, FL 33625

10925   LEMANSKI, THOMAS, 111 ALBERTA DRIVE, SADDLE BROOK, NJ 07663

10925   LEMASTER, DON, 2134 CARTWRIGHT PL, RESTON, VA 22091

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　LEMASTER, STANLEY, PO BOX 124, 39, MARION STATION, MD 21838-0124

10925　LEMASTERS, E, 1108 WENDY LANE, CARTHAGE, MO 64836

10925　LEMAX, 9500 PULASKI HWY., BALTIMORE, MD 21220

10925　LEMAX/RAM, PO BOX 748, LEESPORT, PA 19533

10924　LEMAY CONCRETE, 1560 FAIRVIEW, SAINT LOUIS, MO 63132

10924　LEMAY CONCRETE, 7900 REILLY AVE, SAINT LOUIS, MO 63111

10924　LEMAY CONCRETE, 7900 REILLY AVENUE, SAINT LOUIS, MO 63111

10924　LEMAY CONCRETE, BLOCK PLANT, COLUMBIA, MO 65201

10925　LEMAY, CHRISTINE, PO BOX 6242, SANTA FE, NM 87502

10925　LEMAY, GREGORY, RR 2, BOX 3A, MOHALL, ND 58761

10925　LEMAY, MAUREEN, 243 HODGON RD, WEARE, NH 03281

10925　LEMAY, STEPHEN, 2223-F LAKE PARK DR, SMYRNA, GA 30080

10925　LEMBERGER, GEORGE, 5324 ARDEN DR, TEMPLE CITY, CA 91780

10925　LEMBERGER, RICHARD, 1005 SANDALWOOD LANE, CRYSTAL LAKE, IL 60014

10925　LEMBO, RANDY, 945 RIVERSIDE DR, METHUEN, MA 01844

10925　LEMELLE, FRED, 2939 E. 7TH ST., LAKE CHARLES, LA 70615

10925　LEMELLE, FREDERICK, 2939 E 7TH ST, LAKE CHARLES, LA 70615

10925　LEMERY, ROLAND, 24 GREENFIELD DRIVE, MERRIMACK, NH 03054

10925　LEMESSURIER CONSULTANTS INC, 675 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139

10925　LEMIEUX, CARL, 118 WEST ST. PETERS, BELLE CHASSE, LA 70037

10925　LEMIEUX, DIANE, 404 HENRY ST, EASLEY, SC 29640

10925　LEMING PH.D, MICHAEL L, CAMPUS BOX 7908, RALEIGH, NC 27695-7908

10925　LEMING, FRANK, 715 RTE 23, SUSSEX, NJ 07461

10925　LEMING, GENEVIEVE, 235 PARK PLACE, IRVINGTON, NJ 07111

10925　LEMING, GENEVIEVE, 715 RTE 23, SUSSEX, NJ 07461

10925　LEMIRE, ALBERT, 23 CORAL ST, LOWELL, MA 01851-1809

10925　LEMKE, DAVID, 550 MCCLURE ST, WOOSTER, OH 44691

10925　LEMKE, ERNEST, 7243 HWY W, GREENLEAF, WI 54126

10925　LEMLE KELLEHER, 2100 PAN AMERICAN LIFE CENTER, 601 POYDRAS ST, NEW ORLEANS, LA 70130

10925　LEMLEY, MARRY, 4610 PECAN VALLEY, SAN ANTONIO, TX 78223

10925　LEMM, JOHN, 601 AMANDA, MCHENRY, IL 60050

10925　LEMMER, DONNA, 24W440 BURLINGTON RD, NAPERVILLE, IL 60563

10925　LEMMON, WILLIAM, CUST FOR KEVIN JACOBS, UNIF GIFT MINACT OK, 5711 E LINDSEY, NORMAN,
　　　　OK 73071-0954

10925　LEMMONS, JR, WILLIAM, 7745 E. BALTIMORE ST, BALTIMORE, MD 21224

10925　LEMMONS, ROSEMARY, 1070 PARKER, DETROIT, MI 48214

10925　LEMMONS, SHEILA, 4530 #5 IDAHO ST, SAN DIEGO, CA 92116

10925　LEMOINE, BRENT, PO BOX 401, MARKSVILLE, LA 71351

10925　LEMOINE, KEITH, R.F.D.#1 BRENTWOOD RD, EXETER, NH 03833

10925　LEMOINE, MARY, 10524 BLACKOAK DR, BATON ROUGE, LA 70815

10925　LEMOINE, PETER, RT. 1 BOX 123, HESSMER, LA 71341

10925　LEMON, DENNIS, PO BOX 1571, ROOSEVELT, UT 84066

10925　LEMON, EILEEN, 10827 W ROMA, PHOENIX, AZ 85039

10925　LEMON, GAIL J, CUST FOR MICHAEL SHANE LEMON, UNIF GIFT MIN ACT SC, 4578 PINTAIL COURT,
　　　　MARTINEZ, GA 30907-8872

10925　LEMON, SAMUEL, 606 PLUM LN, ALTAMONTE SPGS, FL 32701

10925　LEMON, VIRGIA, 5808 CEDAR AVE, PHILADELPHIA, PA 19143

10925　LEMONS, BETTY, 7807 HIAWATHA, BAYTOWN, TX 77521

10925　LEMONS, GEORGE, 919 ANNIN ST, PHILADELPHIA, PA 19147

10925　LEMONS, VICKY, 2513 DILLON, GARLAND, TX 75040

10925　LEMP, CATHERINE, 555 MAIN ST, 6111, ROOSEVELT ISLAND, NY 10044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEMP, THEODORE, TRAILSIDE TRAILER PARK #38, EVANSTON, WY 82930 | |
| 10925 | LEMPEREUR, FRED G, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | LEMPEREUR, FRED, 5 AVE EMILE DESCHANEL, PARIS, 75007FRANCE | *VIA Deutsche Post* |
| 10925 | LEMUEL E WIGGINS III, 7740 WENTWORTH DR, DULUTH, GA 30097-1609 | |
| 10925 | LEMUS, ARTURO, 3744 MARLBOROUGH AVE, SAN DIEGO, CA 92105 | |
| 10925 | LEMUS, FRANCISCO, 3610 GILMORE ST, SAN DIEGO, CA 92113 | |
| 10925 | LEMUS, LUIS, 29 WOODLAND WAY, GREENBELT, MD 20770 | |
| 10925 | LEMUS, MELISSA, 5170 SARATOGA DR, LAS VEGAS, NV 89120 | |
| 10925 | LEN PIKOWSKI, 365 E. RICHMOND, WESTMONT, IL 60559 | |
| 10925 | LENA A COLLINS, 12322 RIVERVIEW RD, FORT WASHINGTON, MD 20744-7023 | |
| 10925 | LENA C BIRRELL, 2125 N OLIVE AVE APT A34, TURLOCK, CA 95382-1914 | |
| 10925 | LENA C DICKSON, 2125 N OLIVE AVE APT A-34, TURLOCK, CA 95382-1914 | |
| 10925 | LENA GORDON &, STEWART HELLER JT TEN, 213 CHATHAM K, WEST PALM BCH, FL 33417-1833 | |
| 10925 | LENA LOUISE BUJOL, A MINOR, 942 W TOM STOKES CT, BATON ROUGE, LA 70810-3179 | |
| 10925 | LENA M STEVENSON, 111 MOUNTAIN SPRINGS DR, SAN JOSE, CA 95136-1207 | |
| 10925 | LENA MAZZANTI, 14930 PENITENCIA CREEK RD, SAN JOSE, CA 95132-3143 | |
| 10925 | LENANE, F BAILEY, 340 LAFAYETTE ROAD APT 204, HAMPTON, NH 03842-1957 | |
| 10925 | LENAPE FORGE INC, 1334 LENAPE ROAD, WEST CHESTER, PA 19382 | |
| 10925 | LENAPE INDUSTRIES INC, PO BOX 8500 (S-V 1420), PHILADELPHIA, PA 19178 | |
| 10925 | LENAPE INDUSTRIES, INC, PO BOX 8500 (S 41420), PHILADELPHIA, PA 19178 | |
| 10925 | LENAR, PETER, 3337 S. WATERVILLE RD., OCONOMOWOC, WI 53066 | |
| 10925 | LENARD, ANDREW, 4 DORCHESTER DRIVE, SUSSEX, NJ 07461 | |
| 10925 | LENARD, MARK, 29 ASHWOOD LANE, ORCHARD PARK, NY 14127 | |
| 10925 | LENART JT TEN, ERIC M & LOTTE, 2661 TALLANT ROAD APT MN721, SANTA BARBARA, CA 93105-4811 | |
| 10925 | LENCO COMPUTER CONSULTING, 2846-B REMINGTON GREEN CIRCLE, TALLAHASSEE, FL 32308 | |
| 10925 | LENDACH, ROGER, 134 MAPLE PL, SOUTH PLAINFIELD, NJ 07080 | |
| 10925 | LENDAHL, IONE, 5451 CUMMINGS RD, EUREKA, CA 95501 | |
| 10925 | LENETA CO., 15 WHITNEY ROAD, MAHWAH, NJ 07430 | |
| 10925 | LENETSKY, SALLY L, 438 LUISA LANE, SANTE FE, NM 87501 | |
| 10925 | LENFERT, MARK, PO BOX 6836, NEW ALBANY, IN 47151-6836 | |
| 10925 | LENG, CHEN MEILING, BLK 260, JURONG EAST ST 24 10 555, 600260 | *VIA Deutsche Post* |
| 10925 | LENGADE, A, 10283 GLOBE DR., ELLICOTT CITY, MD 21041 | |
| 10925 | LENGADE, APPARAO, 10283 GLOBE DRIVE, ELLICOTT CITY, MD 21042 | |
| 10925 | LENGARD, GENEVIEVE, 811 LEXINTON AVE, 5R, NEW YORK, NY 10021 | |
| 10924 | LENGEFELD LUMBER COMPANY, LLC, PO BOX88, TEMPLE, TX 76503 | |
| 10925 | LENGEN, GERARD, 36273 FALCONCREST AVE, AVON, OH 44011 | |
| 10925 | LENGIEZA, ROXANNE, 240 WILDERMERE ST, CHICOPEE, MA 01020 | |
| 10925 | LENHARDT, MICHAEL, 3641 W HILLSBORO BLVD F101, COCONUT CREEK, FL 33073 | |
| 10925 | LENHART, GEORGE, 245 COTTAGE HILL, BULTER, PA 16001 | |
| 10925 | LENHART, JOHN P, PO BOX 63, LEBLANC, LA 70651 | |
| 10925 | LENHART, JOHN, PO BOX 63, LEBLANC, LA 70651 | |
| 10925 | LENHERT, LYNN, 68 DAVIS AVE, AUBURN, ME 04210 | |
| 10925 | LENK, DAVID, 5480 QUAKERTOWN AVE, WOODLAND HILLS, CA 91364 | |
| 10925 | LENKNER, LISA, 1166 CASCADE DR, W HOMESTEAD, PA 15120 | |
| 10924 | LENMAR, INC., 4701 O'DONNELL ST., BALTIMORE, MD 21224 | |
| 10924 | LENMAR, INC., 4701 O'DONNELL STREET, BALTIMORE, MD 21224 | |
| 10925 | LENNERTON, SANDRA, 241 TREMONT ST #3, MELROSE, MA 02176 | |
| 10925 | LENNON, BARBARA, 58 PHILLIPS ST, WATERTOWN, MA 02472 | |
| 10925 | LENNON, LINDA, RD BOX 834, CAMPBELL HALL, NY 10916 | |
| 10925 | LENNON, ROBERT, 762 HARNESS CREEK VIEW, ANNAPOLIS, MD 21403 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LENNOX GRAND, 5801 NICHOLSON LANE, ROCKVILLE, MD 20852

10925   LENNOX INDUSTRIES, 4301 121 ST, URBANDALE, IA 50323

10925   LENNOX, JAMES, 2847 WELSH RD., PHILADELPHIA, PA 19152

10925   LENO, LESLIE, 41 CHINS COURT, OWINGS MILLS, MD 21117

10924   LENOIR HOSPITAL, C/O WARCO, 2899 HERITAGE DRIVE, KINSTON, NC 28502

10924   LENOIR MEMORIAL HOSPITAL, 100 AIRPORT RD, KINSTON, NC 28501

10924   LENOIR MEMORIAL HOSPITAL, 100 AIRPORT RD, KINSTON, NC 29501

10924   LENOIR READY MIX, 2701 MORGANTON BLVD. SW, LENOIR, NC 28645

10924   LENOIR READY MIX, 2701 MORGANTON BLVD., LENOIR, NC 28645

10925   LENOIR, BRUNO, 503 CARLOLINE, NEW IBERIA, LA 70560

10925   LENOIR, EMILY, 5402 WOODLAND CT, OXON HILL, MD 20743

10925   LENORA WROTEN &, KENDRA L LIGON JT TEN, 84-70 129TH ST APT 2K, KEW GARDENS, NY 11415-2807

10925   LENORE A MADONIA, 5 SNUFF BOX LANE, MARLTON, NJ 08053-0000

10925   LENORE E MC CARTHY, 99 OAK KNOLL AVE, SAN ANSELMO, CA 94960-1869

10925   LENORE H JORDON, 22110 WHITMORE, OAK PK, MI 48237-3523

10925   LENOX BRANDS, PO BOX 930548, ATLANTA, GA 31193-0548

10925   LENOX CATERING SERVICE, PO BOX 9384, HOUSTON, TX 77261

10924   LENOX GRANDE, 5801 NICHALSON LANE, ROCKVILLE, MD 20852

10924   LENOX MALL, PEACHTREE STREET AND LEXON ROAD, ATLANTA, GA 30305

10924   LENOX SQUARE OVERBUILD, ATLANTA, GA 30301

10925   LENOX-MARTELL INC, 89 HEATH ST, BOSTON, MA 02130

10924   LENS, INC., THE, 3601 E. INDEPENDENCE BLVD., CHARLOTTE, NC 28205

10924   LENS, INC., THE, PO BOX 18606, CHARLOTTE, NC 28218

10925   LENSCRAFTERS VISIONCARE, PO BOX 429580, CINCINNATI, OH 45242-9580

10925   LENSCRAFTERS, PO BOX 631537, CINCINNATI, OH 45263-1537

10925   LENSER AMERICA, INC, 1750 OAK ST, LAKEWOOD, NJ 08701

10925   LENSER, CRAIG, 205 N. ANTIGO CT, GREER, SC 29650

10924   LENSLAND COMPANY, 416 WAVERLY AVENUE, MAMARONECK, NY 10543

10925   LENT, TAD, 13754 MANGO DR., 219, DEL MAR, CA 92014

10925   LENTH, RONALD, 822 8TH AVE N E, OELWEIN, IA 50662

10925   LENTINI ASSOCIATES, 115 BROAD ST, BOSTON, MA 02110

10925   LENZ, HAROLD, 1695 RAMBLING WOODS DRIVE, LAWRENCEVILLE, GA 30243-1264

10925   LENZ, LARRY, 409 SAC, CHEROKEE, IA 51012

10925   LENZE POWER TRANSMISSION, 175 US HWY 46 WEST, FAIRFIELD, NJ 07004-2321

10925   LENZER JR, HUGH, 5319 COLUMBIA RD #A, COLUMBIA, MD 21044

10925   LEO A STELLY & MARIE STELLY TR UA, FEB 22 91 LEO A STELLY &, MARIE STELLY TRUST, 12834 DORNOCH COURT, FT MYERS, FL 33912-4633

10925   LEO AMARO, 883 SUNSET DR, SANTA CLARA, CA 95050-5135

10925   LEO C KUNKEL &, KATHERINE A KUNKEL &, JOSEPH L KUNKEL JT TEN, 1315 N WALLA WALLA AVE, WENATCHEE, WA 98801-1528

10925   LEO DRIMMER, C/O ALAN VOSS, 90-05 43 AVE, ELMHURST, NY 11373-3447

10925   LEO ELECTRON MICROSCOPY INC, ONE ZEISS DR, THORNWOOD, NY 10594

10925   LEO ELECTRON MICROSCOPY INC, PO BOX 1475, BUFFALO, NY 14240

10925   LEO F PARDYJAK, 7 STANRIDGE CT, ROCHESTER, NY 14617-4912

10925   LEO FLETCHER, 200 ENTERPRISE AVE., TRENTON, NJ 08638

10925   LEO GOTTLIEB TR UA JUL 16 92, LEO GOTTLIEB TRUST, 633 SHERIDAN DR, VENICE, FL 34293-1730

10925   LEO IGLEWSKI TR UA MAR 1 71, LEO IGLEWSKI TR, 8303 N WESTERN AVE, NILES, IL 60714-2364

10925   LEO JOHN HOGAN &, M HOPE HOGAN JT TEN, 721 TAMARACK BOX 242, MANISTEE, MI 49660-1873

10925   LEO LUTZ, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   LEO M STEVENSON, 109 MONROE ST, GROVE CITY, PA 16127-2021

10925   LEO PETERSON, 1951 E MITCHELL RD, PETROSKEY, MI 49770-9603

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEO REMIJAN &, AUDREY REMIJAN JT TEN, 6417 KENDAL, DEARBORN, MI 48126-2148

10925   LEO SATIN, 58 CHERRYWOOD RD, YONKERS, NY 10710-1102

10925   LEO SILK SCREENING, 3120 E PICO BLVD, LOS ANGELES, CA 90023

10925   LEO SPECKERT, GEN COUNSEL, PO BOX 4, YUBA CITY, CA 95992

10925   LEO T FENTON, 8 CLAYTON COURT, EAST BRUNSWICK, NJ 08816-2902

10925   LEO W GERARD, PO BOX 98517, CHICAGO, IL 60693

10925   LEO, BETTY, 10685 ELAND ST, BOCA RATON, FL 33428

10925   LEOLA S BARTON USUF, MONELL BARTON HERBERT &, SHEILA BARTON ROBNET NAKED, OWNERS, 8207 FRANWOOD DR, BATON ROUGE, LA 70806-23

10925   LEOLA V SKINNER, 276 RICHMOND AVE, WEST HAVEN, CT 06516-5249

10925   LEOMINSTER FIREFIGHTERS RELIEF, PO BOX 73, LEOMINSTER, MA 01453

10924   LEOMINSTER HOSPITAL (HEALTH ALLIANC, PICK UP AT BARRETT'S WAREHOUSE, 505 UNIVERSITY BLVD. BLDG #3, NORWOOD, MA 02062

10925   LEOMINSTER PLUMBING & HEATING CO INC, PO BOX 763, LEOMINSTER, MA 01453

10925   LEOMINSTER POLICE ASSOCIATION, 29 CHURCH ST, LEOMINSTER, MA 01453

10925   LEON B ROSENBLATT TEXTILES INC, ATTN LEON B ROSENBLATT, 1430 BROADWAY SUITE 1611, NEW YORK, NY 10018-3316

10924   LEON COUNTY CIVIC CENTER, 504 WEST PENSACOLA ST, TALLAHASSEE, FL 32301

10925   LEON EHRLICH & ELIZABETH, EHRLICH JT TEN, PO BOX 1281, READING, PA 19603-1281

10925   LEON F MARAIST, 110 ARLINGTON PLACE, WEST PALM BEACH, FL 33405-5006

10925   LEON F SILVER, 515 SPRING VALLEY RD N W, ATLANTA, GA 30318-2640

10925   LEON FRANKLIN STEINLE TR UA, APR 8 93, LEON FRANKLIN STEINLE TRUST, RT 2 BOX 80, JOURDANTON, TX 78026

10925   LEON J KANE &, DOROTHY I KANE JT TEN, 115 E MAYWOOD, PEORIA, IL 61603-1751

10925   LEON KNOPOFF AND, JOANNE V C KNOPOFF TRUST OF, DECEMBER 5 1986, 3519 KNOBHILL DR, SHERMAN OAKS, CA 91423-4408

10925   LEON KUTIK, 704 ST PAUL AVE, RELSTERSTOWN, MD 21136-1810

10925   LEON L EISENMANN, 101 CENTRAL PARK WEST, NEW YORK, NY 10023-4204

10925   LEON LASKI, RR 4 BOX 87, DALTON, PA 18414-9717

10925   LEON LAYNE, 6312 MORNING GLORY DR, HARRISON, TN 37341-9764

10925   LEON LEVONIAN, 270 GLEN AVE, DUMONT, NJ 07628-2753

10925   LEON LUBIN &, REBECCA LUBIN JT TEN, 7131 JEFFERSON, KANSAS CITY, MO 64114-1311

10925   LEON M ROSZYK &, RITA M ROSZYK JT TEN, 6203 KRISTA DR, SPRING HILL, FL 34609-8928

10925   LEON SHAPIRO, 809 E 17TH ST, BROOKLYN, NY 11230-2411

10925   LEON SPENCER, 19 ELGIN CT, RANDOLPH, MA 02368-3995

10925   LEON SPENCER, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   LEON W BLANK, 205 VALLEYVIEW DR, LENOIR CITY, TN 37772-8524

10925   LEON WILKINS, 6606 MARSHALL BLVD, LITHONIA, GA 30058

10925   LEON, CONNIE, 22911 SOUTH FIGUEROA, CARSON, CA 90745

10925   LEON, CRAIG, 167 POPE ROAD, ACTON, MA 01720

10925   LEON, HECTOR, 419 N. ELENA #2, REDONDO BEACH, CA 90277

10925   LEON, JOSEPH, P OBOX 284, KILLINGTON, VT 05751

10925   LEON, JUAN, BO. VACAS APT 360, VILLALBA, PR 00766

10925   LEON, MAGDA, 41 MEAD AVE, RIVERDALE, NJ 07457

10925   LEON, MARIA, 262 FLOWERDALE, SAN DIEGO, CA 92114

10925   LEON, RICHARD, 353 W 55TH ST, CLARENDON HILLS, IL 60514

10925   LEON, SERGIO, 47-28 41 ST APT 3, LIC, NY 11104

10925   LEON, THERESA, 663 GROVE AVE., IMPERIAL BEACH, CA 91932

10925   LEON, WILLIAM J, 305 E 14TH ST, KAUKAUNA, WI 54130-3303

10925   LEON, WILLIAM, 305 E 14TH ST, KAUKAUNA, WI 54130-0000

10925   LEONA GANNON, 7523 CHESHIRE LA, ST LOUIS, MO 63123-1259

10925   LEONA M MCFARLAND TR UA 2 14 90, EMMET MCFARLAMD & LEONA, MCFARLAND LIVING TRUST A, SURVIVING TRUSTOR, 2267 14TH AVE, SAN FRANCISCO, CA 94116

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEONA M MCFARLAND TR UA FEB 14 90, EMMET F MCFARLAND & LEONA M, MCFARLAND LIVING TRUST B, DECEASED TRUSTOR SHARE, 2267 14 TH AVE, SAN FRANCISCO, CA 94116

10925   LEONA P ROSS, 800 S HANLEY RD APT 8E, SAINT LOUIS, MO 63105-2691

10925   LEONA R TWOMEY, 3757 GRIFFITH, BERKLEY, MI 48072-1438

10925   LEONARD BERGER CUST FOR, DINA RACHEL BERGER, UNIF GIFT MIN ACT NY, 45 E 89TH ST, NEW YORK, NY 10128-1251

10924   LEONARD BLOCK CO., 2390 MIDWAY SCHOOL RD., WINSTON-SALEM, NC 27107

10924   LEONARD BLOCK, 2390 MIDWAY SCHOOL RD., WINSTON SALEM, NC 27107

10925   LEONARD BUILDINGS AND TRUCK, 850 SO WESLEYAN BLVD, ROCKY MOUNT, NC 27803

10925   LEONARD CIESLUK, 5 DUCK POND LANE, MERRIMACK, NH 03054

10925   LEONARD D CRONIN, 13485 BARBERRY DR, WELLINGTON, FL 33414

10925   LEONARD DOLHERT, 13324 ELLIOTT DR, CLARKSVILLE, MD 21029

10925   LEONARD E ZINK &, LIBBY ZINK TR UA DEC 10 90, LIBBY ZINK SEPARATE PROP TRUST, 1756 ARCHER ST, SAN DIEGO, CA 92109-1309

10925   LEONARD FINLEY, 42 DORSEY AVE, GREENVILLE, SC 29611

10925   LEONARD H KALTER, 209-80 18TH AVE, BAYSIDE, NY 11360-1454

10925   LEONARD HUBER, 701 SPRINGDELL RD, KING OF PRUSSIA, PA 19406-1738

10925   LEONARD J MURAWSKI &, ARLENE MURAWSKI WROS JT TEN, 240 MILLER RD, GETZVILLE, NY 14068-1120

10925   LEONARD J QUEEN &, SHIRLEY QUEEN JT TEN, 86 CENTRAL PKWY, MOUNT VERNON, NY 10552-1925

10925   LEONARD J SACHS &, ETHEL T SACHS TEN ENT, 1052 HOLLY TREE RD, ABINGTON, PA 19001-4509

10925   LEONARD JED CO., PO BOX 6396, BALTIMORE, MD 21230

10925   LEONARD JULIUS THOMSEN &, DONNA RUTH THOMSEN JT TEN, RR 1 BOX 50C, ROYAL, NE 68773-9745

10925   LEONARD KARSTADT, BOX 2668, FAIR OAKS, CA 95628-9668

10925   LEONARD L BROWN, 7375 ARACOMA FOREST DR, CINCINNATI, OH 45237-2333

10925   LEONARD L ROSENBAUM, 7C RIDGE RD, GREENBELT, MD 20770-1955

10925   LEONARD M DONNESON &, MABEL H DONNESON JT TEN, 149 E SIDE DR, CONCORD, NH 03301-5465

10925   LEONARD M FRIEDMAN &, ROSALYN C FRIEDMAN JT TEN, 30 HEDGE PL, KINGSTON, PA 18704-4717

10925   LEONARD MILLER, ANN, 1530 AVON PLACE, OWENSBORO, KY 42301-6912

10925   LEONARD MOTOR EXPRESS, INC, PO BOX 696, MOKENA, IL 60448

10925   LEONARD R MOORE &, ANNE S MOORE JT TEN, 16 DEERFIELD CT, BASKING RIDGE, NJ 07920-1546

10925   LEONARD STANLEY PALCZEWSKI &, ROSEMARIE ANN PALCZEWSKI JT TEN, 191 REMSEN AVE, AVENEL, NJ 07001-1258

10925   LEONARD TROPIN CUST HARLEY, TROPIN UNIF GIFT MIN ACT, UNDER NY, C/O HARLEY TROPIN, 5845 S W 93RD ST, MIAMI, FL 33156-2044

10925   LEONARD W KOWALSKI, 10 EAST ORCHARD TERRACE, ADAMS, MA 01220-2306

10925   LEONARD WEIL,SUCCESSOR, 233 WILSHIRE BLVD 6TH FL, SANTA MONICA, CA 90401-1312

10925   LEONARD ZALKIN, 465 PARK AVE, NEW YORK, NY 10022-1902

10925   LEONARD, ANDRE L., 4035 SEVEN HILLS CT., STONE MOUNTAIN, GA 30083

10925   LEONARD, ATHENA, 95 FLORENCE AVE, DENVILLE, NJ 07834-1851

10925   LEONARD, BENJAMAN, 2101 WESTVIEW DR, OWENSBORO, KY 42301

10925   LEONARD, CALVIN, 911 FOLEY, IOWA PARK, TX 76367

10925   LEONARD, CLINT, 2899 BASS HAVEN LN, ST AUGUSTINE, FL 32092

10925   LEONARD, CRAIG, PO BOX 569, RACELAND, LA 70394

10925   LEONARD, DAWN, 36 WENONAH AVE., ROCKAWAY, NJ 07866

10925   LEONARD, DONNA M, CUST FOR MAUREEN A LEONARD, UNDER THE ILLINOIS UNIFORM, TRANSFERS TO MINORS ACT, 300 N STATE ST 5323, CHICAGO, IL 60610-4808

10925   LEONARD, EDMOND, 458 DANOS ST., RACELAND, LA 70394

10925   LEONARD, FRANK, 52 CUSTIS ST, CREWE, VA 23930

10925   LEONARD, GARY, PO BOX 338, ORIENTAL, NC 28571

10925   LEONARD, GLORIA, 160 N. 7TH AVE, MANVILLE, NJ 08835

10925   LEONARD, HARRY, 13715 EAST WALNUT ST, WHITTIER, CA 90602

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   LEONARD, HOWARD, 711 OGDEN, TOLEDO, OH 43609

10925   LEONARD, JACK, 19 RICKER CIRCLE, SO HAMILTON, MA 01982

10925   LEONARD, JAMES, 2900 RUSSELL RD., UTICA, KY 42376

10925   LEONARD, JENNIFER, RT 14 BONE CREEK RD, MACON, GA 31211

10925   LEONARD, JERRY W, PO BOX 634, FREDERICKSBURG, VA 22408

10925   LEONARD, JIMMY, 1126 DUNCAN REIDVILLE RD, DUNCAN, SC 29334

10925   LEONARD, JOHN STEPHEN, 95 HAMMOND ST., WALTHAM, MA 02154

10925   LEONARD, JOHN, 209 CARPER LANE, BARBOURVILLE, WV 25504

10925   LEONARD, JOHN, 24 EMERSON ST, PEABODY, MA 01960

10925   LEONARD, JON, 6703 W. VIRGINIA, PHOENIX, AZ 85035

10925   LEONARD, LARRY, 649 WILLOWBROOK DR, GRETNA, LA 70056

10925   LEONARD, LAURA, 4014 WALLINGFORD, GARLAND, TX 75043

10925   LEONARD, LAURA, 41 WINDSOR ST, ENFIELD, CT 06082

10925   LEONARD, MELINDA, 4924 HARDT RD, GIBSONIA, PA 15044

10925   LEONARD, MICHAEL, PO BOX 182, LOCKPORT, LA 70374

10925   LEONARD, NANCY, 3133 VENTURA, ABILENE, TX 79605

10925   LEONARD, PATRICIA, 1750 PATRICK PLACE, LIBRARY, PA 15129

10925   LEONARD, PEGGY, PO BOX 598, DUNCAN, SC 29334-0598

10925   LEONARD, PETER, PO BOX 711, PELZER, SC 29669

10925   LEONARD, PHILLIP, 2301 FAIRWAY DRIVE, #102, ALVIN, TX 77511

10925   LEONARD, R, 955 ROGERS BRIDGE RD, DUNCAN, SC 29334

10925   LEONARD, ROBERT, 16940 SW 4TH COURT, FT. LAUDERDALE, FL 33326

10925   LEONARD, ROBERT, 4327 RAVENSWORTH RD, ANNANDALE, VA 22003

10925   LEONARD, RONALD, 163 EAGAN BLVD, ROCHESTER, NY 14623

10925   LEONARD, STACY, 2855 ARTHUR LANE, BEAUMONT, TX 77703

10925   LEONARD, TAMMY, 4155 ESSEN LANE, BATON ROUGE, LA 70809

10925   LEONARD, TERRY, 2136 DAVIS RD, WOODRUFF, SC 29388

10925   LEONARD, TRACY, 6165 WINTERGREEN RD, MORRISTOWN, TN 37814

10925   LEONARD, WILLIAM, 138-11 BEACH CHANNEL DR, B4, ROCKAWAY BEACH, NY 11694-1201

10925   LEONARD, WILLIAM, 218 PRESTON DRIVE, MOORE, SC 29369-9491

10925   LEONARD, WILLIAM, 4945 MEADOWLARK DR, OWENSBORO, KY 42301

10925   LEONARD,STREET AND DEINARD, 150 SOUTH FIFTH ST , STE 2300, MINNEAPOLIS, MN 55402

10925   LEONARDO, ARTHUR, 29 OVERLOOK RD, SOUTH WINDSOR, CT 06074

10925   LEONARDO, MARIETTA, 531 WINDSOR ST, WESTBURY, NY 11590

10924   LEONARD'S METALS, 3030 HIGHWAY NORTH 94, SAINT CHARLES, MO 63301

10925   LEONARDSON, HELEN MARIE, 1425 W NINTH AVE, OLYMPIA, WA 98502-5330

10925   LEONE LOUISE MARX, 87 E FRANKLIN ST, WAYNESBURG, PA 15370-1344

10925   LEONE, BARBRA M, 10247 CABALLO COURT, DELRAY BEACH, FL 33446

10925   LEONE, BARBRA, 10247 CABALLO COURT, DELRAY BEACH, FL 33446

10925   LEONE, BARBRA, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

10925   LEONE, JAMES, RT. 2, BOX 478, MANY,, LA 71449

10925   LEONE, KRISTIN, 11 GREEN HEDGES LANE, BLAUVELT, NY 10913

10925   LEONE, VIVIAN, 1732 GRAVEL RD, SENECA FALLS, NY 13148

10925   LEONG, 1422 HEULU ST 205-A, HONOLULU, HI 96822-4372

10925   LEONHARDT, CHARLES, 110 PINONWOOD CT, SIMPSONVILLE, SC 29680

10925   LEONHARDT, E, 4866 MAPLE AVE., MADISON, WI 53711

10925   LEONIE FAROLL, 1120 PARK AVE, NEW YORK, NY 10128-1242

10925   LEONNIG, MICHAEL, 3037 OAK GREEN CIR APT. G, ELLICOTT CITY, MD 21043

10925   LEONORA F SCHWARZ, 850 TURQUOISE ST, NEW ORLEANS, LA 70124-3543

10925   LEONORA P FERNANDEZ, 1955 NORFOLK DR, LODI, CA 95242-4702

10925   LEOPARD, DEANNA, 1230 LESTER RD, CLOVER, SC 29710

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　LEOPARD, DENNIS, 214 WOODSIDE CIRCLE #4, SIMPSONVILLE, SC 29681

10925　LEOPARD, ERNEST, BOX 149 PENNINGTON RD, FOUNTAIN INN, SC 29644

10925　LEOPARD, EUNICE, 149 HELLAMS RD, GRAY COURT, SC 29645

10925　LEOPARD, HORACE, 149 HELLAMS ROAD, GRAY COURT, SC 29645

10925　LEOPARD, JESSE, 1724 JONES MILL RD, SIMPSONVILLE, SC 29681

10925　LEOPARD, MARY, 114 MENT DRIVE, SIMPSONVILLE, SC 29681

10925　LEOPARD, MILDRED, 118 LEOPARD RD, SIMPSONVILLE, SC 29681

10925　LEOPARD, OLIN, 114 MENT DRIVE, SIMPSONVILLE, SC 29681

10925　LEOPARD, R., 103 BLUE RIDGE DR, FOUNTAIN INN, SC 29644

10925　LEOPARD, RANDELL, 203 WEMBERLY LANE, SIMPSONVILLE, SC 29681

10925　LEOPARD, RICHARD, 206 NEW HARISON BR RD, SIMPSONVILLE, SC 29680

10925　LEOPARD, ROGER, POBOX 172, WEST UNION, SC 29696

10925　LEOPARD, ROSALIA, 321 VALLEY GREEN, MAULDIN, SC 29662

10925　LEOPARD, ROY, 109 BLUE RIDGE DR, FOUNTAIN INN, SC 29644

10925　LEOPARD, WILLIAM, 250 HELLAMS CIR, GRAY COURT, SC 29645

10925　LEOPOLD, JOHN A, CUST FOR DAVID D LEOPOLD, UNIF GIFT MIN ACT CT, 33 ARROWHEAD RD, BROOKFIELD, CT 06804-1533

10925　LEOPOLD, LORETTA, 655 N ORACLE, MESA, AZ 85203

10925　LEOPOLD, MICHAEL, 337 MANTLEBROOK DR, DESOTO, TX 75115-2900

10925　LEOS SILKSCREEN SERVICE, 3120 E PICO BLVD, LOS ANGELES, CA 90023

10925　LEOTA JOHNSON, STUART C JOHNSON TR, UA 04 30 99, LEOTA JOHNSON TRUST, 9914 CHEROKEE LANE, LEAWOOD, KS 66206-2457

10925　LEOVY, GEORGE, 235 ROWAYTON AVE., NORWALK, CT 06853

10925　LEP PROFIT INTERNATIONAL INC, PO BOX 71980, CHICAGO, IL 60694

10925　LEP PROFIT INTERNATIONAL, PO BOX 71980, CHICAGO, IL 60694

10925　LEP PROFIT INTERNATIONAL, PO BOX 930476, ATLANTA, GA 31193

10924　LEPAGE BAKERIES, 83 CEDAR ST., LEWISTON, ME 04240

10925　LEPAGE, JAMES, 36 HERITAGE CIRCLE, HUDSON, NH 03051

10925　LEPAGE, PETER, 5704 GARRETT DRIVE, PLANO, TX 75093

10925　LEPAIN, NANCY, BOX 618, E DENNIS, MA 02641

10924　LEPI ENTERPRISES, 630 G.W.MORSE, ZANESVILLE, OH 43701

10924　LEPI ENTERPRISES, ZANESVILLE, ZANESVILLE, OH 43701

10925　LEPOER, LORI, 30 COUNTRY RD, WESTFORD, MA 01886

10925　LEPORE, JAMES, 230 SW 36TH TERR, CAPE CORAL, FL 33914

10925　LEPORE, JAMES, 230 SW 36TH TERRACE, CAPE CORAL, FL 33914

10925　LEPPANEN, GAIL, 15 LAFAYETTE AVE, DANVERS, MA 01923

10925　LEPRE, MARYLYN, 6381 TUXAACHANIE-2, BILOXI, MS 39532

10925　LEQUIGAN, DANTE, 2934 N 40TH LANE, PHOENIX, AZ 85019

10925　LEQUIRE, CHARLES, 111 WINDWARD WAY, EULESS, TX 76040

10924　LER CONCRETE PRODUCTS, RD #2 BOX 248C, KANE, PA 16735

10924　LER CONCRETE PRODUCTS, ROUTE 6 WEST, KANE, PA 16735

10924　LER CONCRETE PRODUCTS, ROUTE 6, SMETHPORT, PA 16749

10925　LERAH PARKER, RAINTREE NURSERY, 5000 HWY 37 NORTH, LIBBY, MT 59923

10925　LERCH, JAMES, 1510 E POINSETTIA AVE, TAMPA, FL 33612

10925　LERENU, STEPHANIE, 2620 RUIDOSA AVE #334, DALLAS, TX 75228-2666

10925　LERETTE, WADE, RT. 2, BOX 224, ERATH, LA 70533

10925　LERMA, C, 22284 MISSION BLVD 10, HAYWARD, CA 94541

10925　LERMA, RICHARD, 526 SOUTH 5TH AVE, EDINBURG, TX 78539

10925　LERMAN MD, MJ, 3601 SWISS AV, DALLAS, TX 75204

10925　LERMAN, RANDEE, RD #1 31 HUBSHOP RD, CHESTER, NY 10918

10925　LERMER, MICHAEL, 1161 D. BURR OAK BLV, WAUKESHA, WI 53189

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LERNER DAVID LITTENBERG KRUMHOLZ &, 600 SOUTH AVE WEST, WESTFIELD, NJ 07090 | |
| 10925 | LERNER DAVID LITTENBERG KRUMHOLZ &, MENTLIK LLP, 600 SOUTH AVE WEST, WESTFIELD, NJ 07090-1497 | |
| 10925 | LERNER, SHERRY, 11770 ISLAND LAKES DR, BOCA RATON, FL 33498 | |
| 10925 | LEROY C BROWN JR & DOROTHY R, BROWN TR UA DEC 2 98 THE LEROY C, BROWN JR & DOROTHY R BROWN, REVOCABLE FAMILY TRUST, 1650 WEEDON RD, WAYNE, PA 19087-1039 | |
| 10925 | LEROY HOFFMAN &, BETTY JANE HOFFMAN TEN ENT, 501 E MAPLE ST, PALMYRA, PA 17078-2619 | |
| 10925 | LEROY L FLOCK, 305 CAROLA LANE, LEXINGTON, SC 29072-3942 | |
| 10925 | LEROY M BAATZ, 3201 SHERMAN PARK DR, SAULT SAINTE MARIE, MI 49783-1117 | |
| 10925 | LEROY, PATRICIA, PO BOX 1952, SENECA, SC 29679 | |
| 10925 | LERSTAD, EDWARD R, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010 | |
| 10925 | LERSTAD, EDWARD, 4911 NW 105TH DRIVE, CORAL SPRINGS, FL 33076 | |
| 10924 | LERTORA S JAMES, 1701 MAYDALE DR, SILVER SPRING, MD 20904 | |
| 10925 | LES ABROMOVITZ &, HEDY ABROMOVITZ JT TEN, 6414 NW 23RD LN, BOCA RATON, FL 33434-4327 | |
| 10925 | LES C. VINNEY, 85 WEST JUNIPER LN., MORELAND HILLS, OH 44022 | |
| 10925 | LES DERIVES RESINIQUES, 30, RUE GAMBETTA, DAX CEDEX, 40 40105FRANCE | *VIA Deutsche Post* |
| 10924 | LES LOUIS CONSTRUCTION, 7810 ORLANDO AVENUE, LUBBOCK, TX 79464 | |
| 10924 | LES MOORE & CO, 723 DAVIESS AVE, LOCKPORT, IL 60441 | |
| 10925 | LES PLASTIQUES PETCO INC, 8800 CRESCENT 1, VILLE DANJOU, QC H1J 1C8CANADA | *VIA Deutsche Post* |
| 10925 | LES PRODUCTS FORESTERS TAIGA, 1281 NEWTON, BOUCHERVILLE QUEBEC, QC J4B 5H2CANADA | *VIA Deutsche Post* |
| 10925 | LES SCHWAB WAREHOUSE CENTER INC, BOX 667, PRINEVILLE, OR 97754-0667 | |
| 10925 | LES, EVA, 17 GRANDVIEW TERRACE, ADAMS, MA 01220 | |
| 10925 | LESANE, TIMOTHY, 3090 HEATHCOTE RD, WALDORF, MD 20602 | |
| 10925 | LESAVAGE, KIMBERLY, 604 QUIET OAKS LANE, MONKTON, MD 21111 | |
| 10925 | LESCANO, ZULEMA, 97-11 HORACE HDG EXP, CORONA, NY 11368 | |
| 10925 | LESCARBEAU, SHEILA, PO BOX 162, LACROSSE, FL 32658 | |
| 10925 | LESEMANN, MARCUS, 105 W 39TH ST # 1034, BALTIMORE, MD 21210 | |
| 10925 | LESEMANN, MARKUS, 105 W.39TH ST., #1034, BALTIMORE, MD 21210 | |
| 10925 | LESH, AMI, 250 ELM ST #324, CLEMSON, SC 29631 | |
| 10925 | LESHIK JT TEN, JOHN & GENEVIEVE ANN, 127 W 15TH ST, BAYONNE, NJ 07002-1427 | |
| 10925 | LESHNER, RACHELLE, 1371 N. 76 ST., PHILADELPHIA, PA 19151 | |
| 10925 | LESIAK, JAN, 11 CLIFF ST, MELROSE, MA 02176-1925 | |
| 10925 | LESKO, JOHN, BOX 8 RD 2, ASHLAND, PA 17921 | |
| 10925 | LESKUN, AURIL, 1059 DELLWOOD RD, MARTINSVILLE, NJ 08836 | |
| 10925 | LESLIE A JARDINE, 3A WILLOW AVE, SALEM, MA 01970-5407 | |
| 10925 | LESLIE A JARDINE, CASE 3558, ANDOVER, MA 01810 | |
| 10925 | LESLIE ABBEY, 212 EAST 39TH ST, NEW YORK, NY 10016-0918 | |
| 10925 | LESLIE ANN TYMAN &, FRANCIS F TYMAN JT TEN, PO BOX 1965, FRAMINGHAM, MA 01701-0165 | |
| 10925 | LESLIE C INGRAM, 116 PRINCETON ST, SANTA CRUZ, CA 95060-6459 | |
| 10925 | LESLIE C KATZ CUST NICOLE M KATZ, UNIF GIFT MIN ACT NY, CEDAR LANE, SANDS POINT, NY 11050 | |
| 10925 | LESLIE C ROMA, BOX 138014, CHICAGO, IL 60613-8014 | |
| 10925 | LESLIE CLYDE JOHNS &, ANN CLARE JOHNS JT TEN, 7180 MERCHANTS, EL PASO, TX 79915-1207 | |
| 10925 | LESLIE D CURRIE, BOX 338 CAROLYN DR, CHICKAMAUGA, GA 30707-3068 | |
| 10925 | LESLIE E STANSELL, 309 E MARKET ST, COLUMBIA CITY, IN 46725-2213 | |
| 10924 | LESLIE ELECTRIC COMPANY, 85 OAKLAND AVENUE, PONTIAC, MI 48342 | |
| 10924 | LESLIE ELECTRIC CUPPLY, 85 OAKLAND AVENUE, PONTIAC, MI 48342 | |
| 10924 | LESLIE ELECTRIC-MAIN WAREHOUSE, 50 JACKOES STREET, PONTIAC, MI 48342 | |
| 10925 | LESLIE ESQ, THOMAS N, 151 NORTH DELAWARE ST, SUITE 2050, INDIANAPOLIS, IN 46204 | |
| 10925 | LESLIE FRIEDMAN, 299 BISHOP AVE, BOX 4005, BRIDGEPORT, CT 06607-0005 | |
| 10925 | LESLIE H CROCKER & HELEN, SAGE CROCKER JT TEN, 241 CASCADE RD, PITTSBURGH, PA 15221-4439 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LESLIE HODGKINSON, 10 LINDI AVE GRAPPENHALL, WARRINGTON, WA4 2SJUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | LESLIE III, ANTHONY, 1537 GRAYFOX DRIVE, N CANTON, OH 44720 | |
| 10925 | LESLIE J APPELBAUM, 24 NEVENS ST, PORTLAND, ME 04103-3123 | |
| 10925 | LESLIE J MCCLANAHAN, 4368 WINDSONG CT, TRUSSVILLE, AL 35173 | |
| 10925 | LESLIE J TEGTMEYER, 33 GRANDVIEW PLACE, NORTH CALDWELL, NJ 07006-4708 | |
| 10925 | LESLIE LUNDBERG, 199 LEWIS RD, BELMONT, MA 02478-3831 | |
| 10925 | LESLIE MACLEAN, 5630 YALE BLVD, DALLAS, TX 75206 | |
| 10925 | LESLIE MARK WERTHEIM &, CAROL G D WERTHEIM JT TEN, PO BOX 270, MILLWOOD, NY 10546-0270 | |
| 10925 | LESLIE MCGRATH, BOX 1679, 71 COMMERCIAL ST, PROVINCETOWN, MA 02657-1911 | |
| 10925 | LESLIE R KING &, ERNESTINE E KING JT TEN, PO BOX 1297, MYRTLE CREEK, OR 97457-0132 | |
| 10925 | LESLIE RUDD INVESTMENT COMPANY, 314 SOUTH GALENA ST, ASPEN, CO 81611 | |
| 10925 | LESLIE SHANKMAN, 2053 PARTRIDGE, HIGHLAND PARK, IL 60035-2134 | |
| 10925 | LESLIE SUSSER TR UA, MAR 31 87, BENJAMIN SUSSER TRUST, C/O HARVARD CLUB 23, 27 W 44ST, NEW YORK, NY 10036-6613 | |
| 10925 | LESLIE T. JONES JR., 722 EAST OSBORN ROAD, PHOENIX, AZ 85014 | |
| 10925 | LESLIE TRAYER, HILL VIEW HOUSE, CO KILKENNY, KILMANAGH, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | LESLIE W RILEY, 542 KY 254 W, SACRAMENTO, KY 42372 | |
| 10925 | LESLIE, CAROL, 48-01 67TH ST, WOODSIDE, NY 11377 | |
| 10925 | LESLIE, F, 398 VALLE VISTA AVE, HAYWARD, CA 94544 | |
| 10925 | LESLIE, JANEEN, 95-220 KAOPUA LOOP, MILILANI, HI 96789 | |
| 10925 | LESLIE, MARIE, 3122 LINKWOOD DR, HOUSTON, TX 77025 | |
| 10925 | LESLIE, RICHARD P, CUST FOR ROGER J LESLIE, UNIF GIFT MIN ACT IN, C/O ROGER J LESLIE, 1527 AMBROSDEN, CHANNELVIEW, TX 77530-21 | |
| 10925 | LESLIE, SANDRA, 1100 SESAME ST, MIAMI, FL 33154 | |
| 10925 | LESLIE, STEVEN, 214 EAST WOLFCAMP, HOBBES, NM 88240 | |
| 10925 | LESLY SENAT, 335 EAST 19TH ST APT E2, BROOKLYN, NY 11226-5814 | |
| 10925 | LESMAN INSTRUMENT CO, DEPT 77-52209, CHICAGO, IL 60678-2209 | |
| 10925 | LESMAN INSTRUMENT CO., 215 WRIGHTWOOD AVE., ELMHURST, IL 60126 | |
| 10925 | LESMAN INSTRUMENT COMPANY, DEPT 77-52209, CHICAGO, IL 60678-2209 | |
| 10925 | LESMAN INSTRUMENT, DEPT 77-52209, CHICAGO, IL 60678-2209 | |
| 10924 | LESNEY CONCRETE SPECIALTIES, 783 CRAWFORD RUN ROAD, TARENTUM, PA 15084 | |
| 10925 | LESNIAK, MARK, 708 RODENBURG, 206, ROSELLE, IL 60172 | |
| 10925 | LESNOFF, DEBRA, 8335 FREEDOM KING TR#2402, JAX, FL 32256 | |
| 10925 | LESOW, ERIC, 7709 GROVEWOOD DRIVE, LAKEWORTH, FL 33467 | |
| 10925 | LESPALIER, 30 GLOUCESTER ST, BOSTON, MA 02115 | |
| 10925 | LESPERANCE, KAREN, 12 OLDE PALTZER LANE, APPLETON, WI 54915 | |
| 10925 | LESPIER, AGNES, CALLE 19 #127 JARDIN, PONCE, PR 00731 | |
| 10924 | LESS MARTIN, 121 TRUMAN AVE., GREAT FALLS, MT 59404 | |
| 10925 | LESS STRESS INSTRUCTIONAL SERVICES, 611 TEN EYCK AVE, LYNDHURST, NJ 07071 | |
| 10925 | LESSARD ENVIRONMENTAL, INC, 46R PRINCE ST, DANVERS, MA 01923 | |
| 10925 | LESSARD, JON, 2307 LAURELWOOD, BATON ROUGE, LA 70816 | |
| 10925 | LESSARD, RAYMOND, 56 FREEMAN AVE, DRACUT, MA 01826-3508 | |
| 10925 | LESSENGER, LAWRENCE, 1211 SUN VALLEY, WICHITA FALLS, TX 76302 | |
| 10925 | LESSNER, HOWARD, 7843 ST PATRICIA LA, BALTIMORE, MD 21222 | |
| 10925 | LESSNER, PHILIP, 140 CIRCLE SLOPE DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | LESSON, BERNARD, 29 MCKINLEY ST, ROWAYTON, CT 06853 | |
| 10925 | LESSONS IN LEADERSHIP, PO BOX 55803, LEXINGTON, KY 40555-5083 | |
| 10925 | LESSONS IN LEADERSHIP, SECTION 210, LOUISVILLE, KY 40289 | |
| 10925 | LESTER ACKERMAN &, STELLA M ACKERMAN JT TEN, PO BOX 358, RICHLANDTOWN, PA 18955-0358 | |
| 10925 | LESTER C OQUIST & GLADYS OQUIST, JT TEN, 3045 OLD PORT LANE NW, OLYMPIA, WA 98502-3963 | |
| 10925 | LESTER F HESS, 5494 SENECA ST, WEST SENECA, NY 14224-3709 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LESTER FRANK &, RENEE FRANK JT TEN, 4800 GAMBLE CT, LAS CRUCES, NM 88011-9647

10925   LESTER JR., THOMAS, 3218 HAMPDEN DRIVE, GARLAND, TX 75043

10925   LESTER SMALL, 219 13TH ST, BROOKLYN, NY 11215-4831

10925   LESTER UHLER &, JANIS UHLER JT TEN, 313 CROOKED OAK CT, FRANKLIN, TN 37067-4047

10925   LESTER YEE, 1641 NUUANU AVE, HONOLULU, HI 96817-3258

10925   LESTER, ALLAN, 303 ALICE, PO BOX 261, BROOKLYN, IA 52211

10925   LESTER, GREGORY, PO BOX 334, CRAB ORCHARD, WV 25827

10925   LESTER, JEFFREY, 404 N.,

10925   LESTER, JR, NORMAN E, 501 ELM ST, DALLAS, TX 75202-3333

10925   LESTER, KAREN, 810 REED COURT, FLEMINGTON, NJ 08822

10925   LESTER, KIMBERLY, ROUTE 2 BOX 291C, GREENVILLE, NC 27858

10925   LESTER, MARK, PO BOX 452, FINCASTLE, VA 24090

10925   LESTER, VICKY, 391 S. MAIN STT, MADISON, GA 30650-1610

10925   LESTRA ROSAMOND ATLAS, 25 DANA ST 2, CAMBRIDGE, MA 02138

10925   LESZCZYNSKI, JOLEEN, PO BOX 3303, LAS CRUCES, NM 88003

10925   LETARTE, SANDRA, 8413 WILLOW OAK LN, HARRISBURG, NC 28074

10925   LETCHER, MICHAEL, 7500 GRACE DR, COLUMBIA, MD 21044

10925   LETCHER, MICHAEL, 898 FOREST GLEN LANE, WELLINGTON, FL 33414

10925   LETELL, RONALD R, 1437 BEECH ST., WESTLAKE, LA 70669

10925   LETELL, RONALD, 1437 BEECH ST, WESTLAKE, LA 70669

10925   LETENDRE, CHRISTOPHER, 142 FREEMONT, SHREVEPORT, LA 71105

10925   LETENDRE, WILLIAM, 1757 BLOSSOM RD, FALL RIVER, MA 02723

10925   LETHBRIDGE, ALLEN, 2808 E N ST #20 OAK FST, GREENVILLE, SC 29615

10925   LETHRIDGE, PORTIA, 104 N. 28TH # 92, CANYON, TX 79015

10924   LETICA CORP, 191 INDUSTRIAL RD, FULTON, KY 42041

10924   LETICA CORPORATION, 1600 W. HAMILTON, ROCHESTER, MI 48308

10924   LETICA CORPORATION, 801 DEPOT STREET, FREMONT, IN 46737

10925   LETIZIA, JOSEPH, 65 MALIBU RD, STAMFORD, CT 06903

10925   LETO, VINCENT, 6150 S. CREEKSIDE DR. #5, CUDAHY, WI 53110

10925   LETSOM, SARAH ANNE, 3530 MONICA AVE, LONG BEACH, CA 90808

10925   LETSON, RICHARD, 116 FRANCIS MARION CR, BEAUFORT, SC 29902

10925   LETT, MAUDIEST, 10426 IMPERIAL HWY C, NORWOOD, CA 90650

10925   LETTE, AMPARO, 1108 OXFORD AVE, SPARKS, NV 89431

10925   LETTER, WILLIAM, 11355 LITTLE PATUXENT PKWY APT 623, COLUMBIA, MD 21044

10924   LETTERKENNY ARMY DEPOT, BLDG #431 - MICHIGAN AVENUE, CHAMBERSBURG, PA 17201-4185

10925   LETTERMANS BLUE PRINT, 4726 GOVERNMENT ST, BATON ROUGE, LA 70806

10925   LETTIE GRIMM, 1567 WEST ST, FORT LEE, NJ 07024-2618

10925   LETULLE, ELVYE, 5020 SWATHMORE, MARRERO, LA 70072

10925   LETZ, JUDITH, 2289 CHIMNEY SWIFT, MARIETTAXD, GA 30062

10925   LEUBNER, CARL, 3001 TRAVIS ST, WESTLAKE, LA 70669

10925   LEUKEMIA SOCIETY AMERICA, 200 E JOPPA RD SUITE 1028, TOWSON, MD 21286-3114

10925   LEUKEMIA SOCIETY OF AMERICA, 7930 ST IVES RD APT 8-D, NORTH CHARLESTON, SC 29406

10925   LEUKEMIA SOCIETY OF AMERICA, THE, 1248 LAKE MURRAY BLVD, IRMO, SC 29063

10925   LEUKEMIA SOCIETY, 1030 BREEZEWICK RD., BALTIMORE, MD 21286

10925   LEUKEMIA SOCIETY, 201 WEST PALMETTO PARK RD, BOCA RATON, FL 33432-3720

10925   LEUNG, ROGER, 4515 ROLLING MEADOWS WAY, ELLICOTT CITY, MD 21043

10925   LEUNG, WENDY, 16383 APPLE VALLEY R, APPLE VALLEY, CA 92307

10925   LEURA, YOLANDA, 1205 ROYAL CLUB, EAGLE PASS, TX 78852

10925   LEURQUIN, TIMOTHY, 1654 AMY ST, GREEN BAY, WI 54302

10925   LEUTHNER, MICHAEL, 1540 WEST MANHILL RD, GREEN BAY, WI 54313

10925   LEVA, DAVID, 213 ELBRIDGE ST, PHILADELPHIA, PA 19111-5203

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LEVA, SUSAN, 757 EAST MAIN ST L-101, LANSDALE, PA 19446 | |
| 10925 | LEVAN, JASON, 51 SOUTH 3RD ST, HAMBURG, PA 19526 | |
| 10925 | LEVASSEUR, DONALD, 4117 SUNNYVIEW DR, LAKELAND, FL 33813 | |
| 10925 | LEVASSEUR, VICTORIA, 51 PRINCE ST #3, SALEM, MA 01970 | |
| 10925 | LEVATINO, CHET, 1569 ISLAND WAY, WESTON, FL 33326 | |
| 10924 | LEVEL 3 - NEEDHAM BUSINESS CENTERS, 128 1ST AVENUE, NEEDHAM, MA 02494 | |
| 10925 | LEVELIFT SYSTEMS INC, 8264 PRESTON COURT, JESSUP, MD 20794 | |
| 10925 | LEVELLE, DEBORAH, 3120 DECKER DR 2206, BAYTOWN, TX 77520 | |
| 10925 | LEVELTON ENGINEERING LTD, #150-12791 CLARKE PLACE, RICHMOND, BC V6V 2H9CANADA | *VIA Deutsche Post* |
| 10925 | LEVENE, ALAN, CUST, MEGAN LEANNE LEVENE, UNDER THE ARIZONA UNIFORM TRANSFERS TO MINORS ACT, 12600 E CAPE HORN DRIVE, TUCSON, AZ 85749-8207 | |
| 10925 | LEVENE, DR ALAN, CUST FOR HEATHER JEANNE LEVENE, UNDER AZ UNIF TRANS TO MIN ACT, 12600 E CAPE HORN DRIVE, TUCSON, AZ 85749-8207 | |
| 10925 | LEVENHAGEN, STEVEN, 1823 S. W. MARKET, 7, PORTLAND, OR 97201 | |
| 10925 | LEVENSON PUBLIC RELATIONS, 600 NORTH PEARL ST SUITE 910, DALLAS, TX 75201 | |
| 10925 | LEVENSON, LEVENSON AND HILL, PO BOX 219051, DALLAS, TX 75221-9051 | |
| 10925 | LEVER BROTHERS CO, MELINDA SWEET GEN COUN AND SR VP, | |
| 10925 | LEVER MANUFACTURING CORP., 420 ROUTE 17 SOUTH, MAHWAH, NJ 07430 | |
| 10925 | LEVERAGE COMPANY, THE, 21 BENEDICT PLACE, GREENWICH, CT 06830 | |
| 10925 | LEVERETT CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036 | |
| 10925 | LEVERETT, CHARLES, RT 1, BOX 6180, WILLISTON, FL 32696 | |
| 10925 | LEVERETT, EDITH, BOX 7200 CO RD NW 316, REDDICK, FL 32686 | |
| 10925 | LEVERETT, EDITH, ROUTE 1 BOX 6180, WILLISTON, FL 32696-9801 | |
| 10925 | LEVERETTE, J, 101 BIRCH CT, SIMPSONVILLE, SC 29681 | |
| 10925 | LEVERETTE, LINDA, 680 LUTHER BAILEY RD, SENOIA, GA 30276 | |
| 10925 | LEVERITTE, JOHN, 1115 HAWTHORNE ST, ATLANTA, GA 30307 | |
| 10925 | LEVESQUE, CYNTHIA, 1401 ERIN ST # 25-199, MONROE, LA 71201 | |
| 10925 | LEVESQUE, CYNTHIA, 26 JOHN ST, LODI, NJ 07644 | |
| 10925 | LEVESQUE, E, 15 JONATHON DR UNIT 5, BROCKTON, MA 02726 | |
| 10925 | LEVESQUE, GARY, 15 OLD AUBURN ROAD, DERRY, NH 03038 | |
| 10925 | LEVESQUE, NAPOLEON, 42 GILMORE ST, LOWELL, MA 01854 | |
| 10925 | LEVESQUE, NORMAND, 13422 MARCELINE DR, SAN ANTONIO, TX 78232 | |
| 10925 | LEVESQUE, NORMAND, 4 SKYLINE DR, NASHUA, NH 03062 | |
| 10925 | LEVEY, ARTHUR, 7528 LOS PINOS BLVD., CORAL GABLES, FL 33143 | |
| 10925 | LEVEY, CHARLES, 16 E. PROSPECT ST., NAZARETH, PA 18064 | |
| 10925 | LEVEY, M, 205 ALBANY AVE, BROOKLYN, NY 11213 | |
| 10924 | LEVI STRAUSS DISTRIBUTION CTR., (OMNI FIREPROOFING), HEBRON, KY 41048 | |
| 10924 | LEVI STRAVSS DISTRIBUTION, (OMNI), HEBRON, KY 41048 | |
| 10925 | LEVI, RAY & SHOUP, INC, 2401 WEST MONROE, SPRINGFIELD, IL 62704 | |
| 10925 | LEVI, THOMAS, 12000 BURCHARD ROAD, SODDY DAISY, TN 37379 | |
| 10925 | LEVICK, HERMINE, 3906 FLEETWOOD, AMARILLO, TX 79109 | |
| 10925 | LEVIE, KATHLEEN, 527 BROADWAY ST, HENDERSONVILLE, NC 28739 | |
| 10925 | LEVIN & HAWES TRUST ACCOUNT, 384 FOREST AVE, LAGUNA BEACH, CA 92651 | |
| 10925 | LEVIN FISHBEIN SEDRAN BERMAN, 320 WALNUT ST , SUITE 600, PHILADELPHIA, PA | |
| 10925 | LEVIN JT TEN, HY & MARTHA, 1530 E WINGED FOOT RD, PHOENIX, AZ 85022-4437 | |
| 10925 | LEVIN MIDDLEBROOKS THOMAS ET AL, PO BOX 12308, PO BOX 12308, PENSACOLA, FL 32581 | |
| 10925 | LEVIN, ALLA, 6501 LONE OAK DR #9, BETHESDA, MD 20817 | |
| 10925 | LEVIN, GAYLE, 10807 W.NORTHERN AVE, GLENDALE, AZ 85307 | |
| 10925 | LEVIN, HOLLY, 100 WEST AVE, JENKINGTOWN, PA 19046 | |
| 10925 | LEVIN, JASON, 13124 TUCKAWAY DR, HERNDON, VA 22071 | |
| 10925 | LEVIN,MIDDLEBROOKS,THOMAS,MITCHELL, 316 S. BAYLEN ST, PO BOX 123, PENSACOLA, FL 32581 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    LEVINE FRICKE, 1900 POWELL ST 12TH FL, EMERYVILLE, CA 94608-1827

10925    LEVINE, BARRI, 109 MIDLOTHIAN, MUNDELEIN, IL 60060

10925    LEVINE, CAROL, 32 QUEENS VIEW RD, MARLBORO, MA 01752

10925    LEVINE, DAVID, 12621 MCADOO COURT, SILVER SPRING, MD 20904

10925    LEVINE, DAVID, 505 RIVA AVE, E BRUNSWICK, NJ 08816

10925    LEVINE, GAIL, 10553 MENDOCINO LN, BOCA RATON, FL 33428

10925    LEVINE, JANE, 9-12 BELLAIR AVE, FAIR LAWN, NJ 07410

10925    LEVINE, JOAN CAROL, 1610 N PROSPECT AVE APT 505, MILWAUKEE, WI 53202-2447

10925    LEVINE, LISA, 10586 MATSON WAY, SAN DIEGO, CA 92126

10925    LEVINE, MANUEL, 18 STUYVESANT OVAL, NEW YORK, NY 10009-2242

10925    LEVINE, MARCELLE, 81 GREEN ST, BROOKLINE, MA 02146

10925    LEVINE, MICHAEL S., 8 BUENA VISTA DR, FRANKLIN, MA 02038

10925    LEVINE, RICHARD, 2870 JEWEL LANE, PLYMOUTH, MN 55447

10925    LEVINE, STEVEN, 5022 QUEBEC ST, COLLEGE PARK, MD 20740

10925    LEVINE, STEVEN, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    LEVINGSTON ENGINEERS, PO BOX 1865, LAKE CHARLES, LA 70602

10925    LEVINS, RANDAL, 1234 HISLAND DR., DUNCANVILLE, TX 75137

10925    LEVINSON AXELROD, LEVINSON PLAZA, TWO LINCOLN HWY, PO BOX 290, EDISON, NJ 08818-0290

10925    LEVINSON FRIEDMAN VHUGEN DUGGAN, ONE UNION SQUARE, 600 UNIVERSITY ST SUITE 2900, SEATTLE, WA 98101-4156

10925    LEVINSON, FRIEDMAN, VHUGEN, DUGGAN, SUITE 1500, ONE UNION SQUARE, 600 UNIVERSITY ST, SEATTLE, WA 96101

10925    LEVISEUR, LYNNE, 5952 GLEN HILL DR, BETHEL PARK, PA 15102

10925    LEVITA, SETH, 8605 BUNNELL DRIVE, POTOMAC, MD 20854

10925    LEVITAN, LAUREN, 364 B HAMILTON ST, SOMERSET, NJ 08873

10925    LEVITON-ATLANTA, INC, 1271 ROXBORO DRIVE, NE, ATLANTA, GA 30324

10924    LEVITT CENTER C/O MCNAMER CONSTRUC, 2450 S RIVERSIDE DR AT PARK DR, IOWA CITY, IA 52246

10924    LEVLAD, INC., 9200 MASON AVENUE, CHATSWORTH, CA 91311-6005

10925    LEVLINE, KATHY, 25 ELSMERE CT., HAMILTON, OH 45013-2052

10925    LEVON B FRANKLIN, 424 ONEONTA, SHREVEPORT, LA 71106-1618

10925    LEVONIAN BROTHERS INC, 27 RIVER ST, TROY, NY 12180

10925    LEVREAULT, MARIA, 283 CONCORD ROAD, BILLERICA, MA 01821

10925    LEVRON, BARRY, 226 EAST 37TH ST, CUT OFF, LA 70345

10925    LEVRON, GARRY, 311 EAST 57TH ST, CUT OFF, LA 70345

10925    LEVRON, LARRY, 226 EAST 37TH ST., CUT OFF, LA 70345

10925    LEVY (MIAMI) LIMITED, THE, 980 NORTH MICHIGAN AVE, CHICAGO, IL 60611

10924    LEVY CONCRETE, 3515 CRYSTAL STREET, NORTH LITTLE ROCK, AR 72118

10924    LEVY CONCRETE, 3516 CRYSTAL STREET, NORTH LITTLE ROCK, AR 72118

10925    LEVY PHILLIPS KONIGSBERG, 520 MADISON AVE, NEW YORK, NY 10022

10925    LEVY, ARTHUR L, LUXEMBOURG CORPORATE CENTER, 207 CORPORATE DR EAST, LANGHORNE, PA 19047

10925    LEVY, BRENDA, 6510 BARRYGATE DR, SPRING, TX 77373

10925    LEVY, DENISE, 13470 SW 62 ST, MIAMI, FL 33183

10925    LEVY, EDWARD, 471A NEWPORT WAY, JAMESBURG, NJ 08831-1826

10925    LEVY, FRANCOIS, 1070 MEARNS MEADOW BLVD, AUSTIN, TX 78758

10925    LEVY, JANET, 1120 N E 12TH AVE, FT LAUD, FL 33304

10925    LEVY, KEITH, 3833 NORTH NORDICA, CHICAGO, IL 60634

10925    LEVY, PAMELA, 1032 FLAGTREE LN, BALTIMORE, MD 21208

10925    LEVY, PETER, 15 GOFF LANE, BLOOMSBURY, NJ 08804

10925    LEVY, PETER, 27 GRASSLAND ST, LEXINGTON,, MA 02173-7921

10925    LEVY, RANDY, 1742 GARNET AVE, SAN DIEGO, CA 92109

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  LEVY, ROBERT, 13 WENTWORTH RD, NATICK, MA 01760

10925  LEVY, ROBERT, 278 TOMAHAWK TRL SE, CEDAR RAPIDS, IA 52403

10925  LEVYING OFFICER, 909 N MAIN ST, SANTA ANA, CA 92701

10925  LEW ECKELS & VERLEE ECKELS JT TEN, 2825 250TH ST, LENOX, IA 50851-0000

10925  LEW, KEVIN, 1349 EDGELL ROAD, FRAMINGHAM, MA 01701

10925  LEW, NANCY, 90 PARK ST, BROOKLINE, MA 02146

10925  LEWALLEN, SUZANNE, 4876 WILLIAMSBURG ROAD, WILLIAMSBURG, MI 49690

10925  LEWAN & ASSOCIATES INC., PO BOX 22855, DENVER, CO 80222

10925  LEWANDOWSKI, CAROL, 7011 KINGLSEY, DEARBORN, MI 48126

10925  LEWANDOWSKI, LAURIE, 6439 E. DALE LANE, CAVE CREEK, AZ 85331

10924  LEWBRO CO., 502 LOCKE ROAD, GROTON, NY 13073

10924  LEWBRO READY MIX INC, 502 LOCKE ROAD, GROTON, NY 13073

10924  LEWBRO READY MIX INC., 502 LOCKE ROAD, GROTON, NY 13073

10924  LEWCO SPECIALTY PRODUCTS, 6859 RENOIR AVE, BATON ROUGE, LA 70806

10924  LEWCO SPECIALTY PRODUCTS, 6859 RENOIR AVENUE, BATON ROUGE, LA 70806

10924  LEWCOTT CORPORATION, 86 PROVIDENCE ROAD, MILLBURY, MA 01527

10925  LEWELLYN TECHNOLOGY, INC, PO BOX 157, DUGGER, IN 47848

10925  LEWERS, BENJAMIN, 2742 WEST GEORGIA RD, PIEDMONT, SC 29673

10925  LEWERS, DAVID, 2734 WEST GEORGIA RD, PIEDMONT, SC 29673

10925  LEWEY, KENNETH, 8739 WOODSTREAM DRIVE, FRISCO, TX 75034

10925  LEWING, MELODY, 1022 WILSON, PORT NECHES, TX 77651

10924  LEWIS & SANDERS, 93 LEXINGTON DRIVE, LACONIA, NH 03246

10924  LEWIS & SANDERS, PO BOX678, LACONIA, NH 03247-0678

10924  LEWIS AND KULLMAN, 601 POYDRAS ST., 2615 PAN AMERICAN LIFE CENTER, NEW ORLEANS, LA 70130

10925  LEWIS ASSOC, PO BOX 68, 9487 WEST STATE ROAD 120, PO BOX 68, ORLAND, IN 46776

10925  LEWIS BOYLE INC, PO BOX 632, WALTHAM, MA 02254

10924  LEWIS CENTRAL HIGH SCHOOL, 3525 HWY 275, COUNCIL BLUFFS, IA 51503

10924  LEWIS CLARK MIDDLE SCHOOL, 4141 E. PINE, MERIDIAN, ID 83642

10924  LEWIS CORP, 102 WILLENBROCK RD, OXFORD, CT 06478

10924  LEWIS CORP, PO BOX123, OXFORD, CT 06478

10925  LEWIS D MOORE, PO BOX 547, ROWLAND, NC 28383-0547

10925  LEWIS DAVIDSON HETHERINGTON LTD, ONE N. FRANKLIN ST., SUITE 1850, CHICAGO, IL 60606

10925  LEWIS DAWKINS, 5002 CHALGROVE AVE., BALTIMORE, MD 21215

10925  LEWIS DISPOSAL SERVICE, PO BOX 338, WRENS, GA 30833

10925  LEWIS E GANT & ELEANOR L GANT, JT TEN, PO BOX 215, SILVER CLIFF, CO 81252-0215

10925  LEWIS E LOVE SR &, ANITA L LOVE JT TEN, 43 BAKERHILL RD, GREAT NECK, NY 11023-1508

10924  LEWIS ELECTRIC SUPPLY CO., P.O.BOX 2237, MUSCLE SHOALS, AL 35661

10925  LEWIS ENGINEERING COMPANY, 238 WATER ST, NAUGATUCK, CT 06770

10924  LEWIS GALE HOSPITAL, 11204 HOPSON ROAD, ASHLAND, VA 23005

10925  LEWIS H OWEN, 702 HAMMOND ST, DURHAM, NC 27704-4524

10925  LEWIS HENRY RICE, 53 EAST 96TH ST, NEW YORK, NY 10128-0813

10925  LEWIS HUPPERT SLOVAK, 725 3RD AVE. N., PO BOX 2325, GREAT FALLS, MT 59403

10925  LEWIS I, R, 1105 LAVACA ST, BEAUMONT, TX 77705

10925  LEWIS III, FREDRICK S, CUST FOR THERESA CATHERYN LEWIS, UNIF GIFT MIN ACT MD, PO BOX 236, OXFORD, MD 21654-0236

10925  LEWIS J HASH &, GLADYS HARRIS HASH JT TEN, 101 ROCKLEDGE RD, SPRUCE PINE, NC 28777-9754

10925  LEWIS J HASH AND ASSOCIATES INC, 101 ROCKLEDGE ROAD, SPRUCE PINE, NC 28777

10925  LEWIS J HASH, 101 ROCKLEDGE RD, SPRUCE PINE, NC 28777-9754

10925  LEWIS JR, ARTHUR C, BOX 695, BATON ROUGE, LA 70821-0695

10925  LEWIS JR, JOHN, 5733 OLD HWY 37, LAKELAND, FL 33811-9998

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LEWIS JR, STEVEN, 2 LAWRENCE ST, CHELSEA, MA 02150

10925    LEWIS JT TEN, C HARRELL & OLETA G, 289 OLD COUNTRY LANE, CABOT, AR 72023-8130

10925    LEWIS LEWIS, 519 FIRST ST, PO BOX 1600, CLARKSDALE, MS 38614

10925    LEWIS MD, STEVEN W, PO BOX 571370, MURRAY, UT 84157-1370

10925    LEWIS P MAY & FREDRIKA D MAY, TR UA OCT 23 89 FBO, LEWIS P MAY & FREDRIKA D MAY, 5929 WOOD DR, OAKLAND, CA 94611-3154

10925    LEWIS P MUSSELMAN & NATALIE R, MUSSELMAN TR UA NOV 14 98, THE MUSSELMAN FAMILY TRUST, 231 FLORENCE DR, APTOS, CA 95003-5030

10925    LEWIS SCHOLNICK, 555 SOUTH FLOWER ST , SUITE 4520, LOS ANGELES, CA 90071-2300

10925    LEWIS SULLIVAN, 5210 PHILLIP LEE DR. SW, ATLANTA, GA 30336

10924    LEWIS SUPPLY COMPANY, 901 W. LAKE STREET, MELROSE PARK, IL 60160

10925    LEWIS W ESSEX, 8494 W MULLIGAN LANE, COLUMBUS, IN 47201-4568

10925    LEWIS, A, 3907 BLUE MOUND DR NE, CEDAR RAPIDS, IA 52402

10925    LEWIS, ADA, 4360 E MURIEL DR., PHOENIX, AZ 85032

10925    LEWIS, ALICE, 5206 SPRING CIRCLE, HOUSTON, TX 77584

10925    LEWIS, ALISON, 1822 BOILING SPRGS RD, BOILING SPRGS, SC 29316

10925    LEWIS, ANDREW, 1900 GLENN CLUB DR, STONE MT, GA 30087

10925    LEWIS, ANITA, 2813 S. 20TH ST, ARLINGTON, VA 22204

10925    LEWIS, ANTHONY, 542 CONGRESS, TOLEDO, OH 43609

10925    LEWIS, ANTONIO, 2805 BOOKERT DRIVE, BALTIMORE, MD 21225

10925    LEWIS, ARTIE, 3019 BRITTON AVE, DALLAS, TX 75216

10925    LEWIS, BONNIE, 1005 MORRISON AVE., HOUMA, LA 70364

10925    LEWIS, BRIAN, 52 WASHBURN AVE, CAMBRIDGE, MA 02140

10925    LEWIS, C, 4576 NORTH WEST 41 ST, CAVDERDALE LAKES, FL 33319

10925    LEWIS, CARDELL, 626 SPRUCE ST, PLANT CITY, FL 33566-6146

10925    LEWIS, CARL, 177 NORTHWOOD APTS, RIVER ROAD, SUNDERLAND, MA 01375

10925    LEWIS, CAROL, 3456 MISSION RIDGE, ATLANTA, GA 30339

10925    LEWIS, CARRIE, 104 JAMES, IOWA PARK, TX 76367

10925    LEWIS, CATHRINE, 3015 SMITH ST, GAUTIER, MS 39553

10925    LEWIS, CHARLENE, 3037 W KRALL, PHOENIX, AZ 85017

10925    LEWIS, CHARLES, 5000 POTOMAC RD, KNOXVILLE, TN 37920

10925    LEWIS, CHERYL A, 2532 19TH ST., LAKE CHARLES, LA 70601

10925    LEWIS, CHERYL, 2532 19TH ST, LAKE CHARLES, LA 70601

10925    LEWIS, CHERYL, 63 EAST VAUGHN STR, KINGSTON, PA 18704

10925    LEWIS, CHRIS, 16 OAK HILL RD, NESHANIC STA, NJ 08853

10925    LEWIS, CHRISTOPHER, 6151 OAKLAND MILL RD, ELDERSBURG, MD 21784

10925    LEWIS, CINDY, 340 CO RD 1675, JEROMESVILLE, OH 44840

10925    LEWIS, CLETIS, 201 CATLETT ST, ROSSVILLE, GA 30741

10925    LEWIS, CLINTON, 4258 BOMBER ROAD, BARTOW, FL 33830-0783

10925    LEWIS, CORDELL, PO BOX 69, WELDON, NC 27890

10925    LEWIS, CRAIG, 3813 N. BELTLINE, IRVING, TX 75043

10925    LEWIS, CYNTHIA J, 8911 NORTH SACKETT DR, PARK CITY, UT 84098

10925    LEWIS, D, RTE. 02, BOX 2119, GRANBY, MO 64844

10925    LEWIS, DAN, 584 BROCK AT LANE, OXFORD, AL 36203

10925    LEWIS, DARRYL, 401 ROCKINGHAM, TOLEDO, OH 43610

10925    LEWIS, DARWIN, 712 DOGWOOD LN, TOWNVILLE, SC 29689

10925    LEWIS, DAVID, 154 PRISCILLA AV, NORFOLK, MA 02056

10925    LEWIS, DAWN, 10504 BURNS COURT, LOUISVILLE, KY 40223

10925    LEWIS, DEBRA, 4569 S. POND HILL, CASPER, WY 82604

10925    LEWIS, DELAVINCIA, 10347 BROCKTON DRIVE, DALLAS, TX 75217

10925    LEWIS, DELORES, 10 N BLANDING ST, SUMTER, SC 29150

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LEWIS, DEWITT, 240 EARLE DRIVE, PICKENS, SC 29671 | |
| 10925 | LEWIS, DIANE, 14057 KEDLESTON RD, HUNTERSVILLE, NC 28078 | |
| 10925 | LEWIS, DONNA, 4350 WSTCHSTR DR NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | LEWIS, DONNA, 50 TOBEY GARDEN ST, DUXBURY, MA 02332 | |
| 10925 | LEWIS, DOROTHY, 170 BAIER AVE, 105, SOMERSET, NJ 08873 | |
| 10925 | LEWIS, DR JENNIFER A, 708 S GROVE ST, URBANA, IL 61801 | |
| 10925 | LEWIS, E, 4410 TURNER ROAD, MULBERRY, FL 33860 | |
| 10925 | LEWIS, EDWARD, 1502 PINE RIDGE, BUSHKILL, PA 18324 | |
| 10925 | LEWIS, ELIZABETH, RT. 1, BOX 209, YOUNGSVILLE, LA 70592 | |
| 10925 | LEWIS, ELTON, 3537 QUINTO DRUMMOND ROAD, MILLINGTON, TN 38053 | |
| 10925 | LEWIS, EMILY, 44 DEBORAH LA, WESTFIELD, MA 01085 | |
| 10925 | LEWIS, EUGENE, 120 MONTE RIDGE WAY, FAYETTEVILLE, GA 30215-2379 | |
| 10925 | LEWIS, F, 1120 DAWNEE, WACO, TX 76705 | |
| 10925 | LEWIS, FLORENCE, 190 N. MICHIGAN ST. #707, ELMHURST, IL 60126-2707 | |
| 10925 | LEWIS, FLOYD, 604 N AVERY PLACE, MOORE, OK 73160 | |
| 10925 | LEWIS, FLOYD, 604 NORTH AVERY PLACE, MOORE, OK 73160 | |
| 10925 | LEWIS, FRANCES, 4393 N DOBSON RD, SCOTTSDALE, AZ 85256 | |
| 10925 | LEWIS, FRANCINE, 2326 FINCHLEY DR, CHARLOTTE, NC 28215 | |
| 10925 | LEWIS, GALE, 966 E EDGEMONT DRIVE, FRESNO, CA 93720 | |
| 10925 | LEWIS, GARRY, 2537 DOLLYWRIGHT DR, HOUSTON, TX 77088 | |
| 10925 | LEWIS, GARY, 515 VALOR RD., AURELIA, IA 51005 | |
| 10925 | LEWIS, GERTRUD, 2466 VICTORIA DR SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | LEWIS, GORDON, 1156 21ST ST. WEST, 109, DICKINSON, ND 58601 | |
| 10925 | LEWIS, GORDON, 3907 BLUE MND DR NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | LEWIS, GRADY, RT 1, BOX 3020, CLINTON, OK 73601 | |
| 10925 | LEWIS, HARMON, PO BOX 2516 6 GREEN LN, NEW LONDON, NH 03257 | |
| 10925 | LEWIS, HAROLD, 3706 W IDLEWILD AVE, TAMPA, FL 33614 | |
| 10925 | LEWIS, HARRY, 196 LAKESHORE RD PO BOX 42, TALBOTT, TN 37787 | |
| 10925 | LEWIS, HERMAN, 1704 ANDROS ISLE APT F2, COCONUT CREEK, FL 33066-9998 | |
| 10925 | LEWIS, HOWARD, #10 RILEY ST, AIKEN, SC 29803 | |
| 10925 | LEWIS, J WILLIAM, 1037 22ND ST SOUTH, SUITE 102, BIRMINGHAM, AL 35205 | |
| 10925 | LEWIS, J, 4133 HEMINGWAY, MEMPHIS, TN 38128 | |
| 10925 | LEWIS, JAMES, 2518 S GARDENIA PLACE, BROKEN ARROW, OK 74012 | |
| 10925 | LEWIS, JAMES, 306 CAMDEN LANE, GREENVILLE, SC 29605 | |
| 10925 | LEWIS, JAMES, 4477 WRIGHTSBORO RD LOT E7, GROVETOWN, GA 30813 | |
| 10925 | LEWIS, JAMES, 5609 ESTATES CT., NORCROSS, GA 30093 | |
| 10925 | LEWIS, JANET, 1130 LAKESHORE DRIVE, CAMDEN, NJ 08104 | |
| 10925 | LEWIS, JEFFREY, 312 CHRISTOPHER TODD, MOORE, OK 73160 | |
| 10925 | LEWIS, JEFFREY, 4010 SPRING MEADOW DR, ELLICOTT CITY, MD 21042 | |
| 10925 | LEWIS, JENNIFER D, 5934 MERLOT LANE SE, LACEY, WA 98513-2228 | |
| 10925 | LEWIS, JERRY, 21-49 - 600-10TH, AURELIA, IA 51005-7119 | |
| 10925 | LEWIS, JOAN, PO BOX 422, GEISMAR, LA 70734 | |
| 10925 | LEWIS, JOHN, 1434 LINCOLN RD, GRAY COURT, SC 29645 | |
| 10925 | LEWIS, JOHN, 1512 ALICEANNA ST, BALTIMORE, MD 21231 | |
| 10925 | LEWIS, JOSEPH, 1122 HEUSTIS ST, MOBILE, AL 36605 | |
| 10925 | LEWIS, JOSEPH, 2939 TIDEWATER, HOUSTON, TX 77045 | |
| 10925 | LEWIS, JOSEPH, 416 SHIELDS ROAD, YOUNGSTOWN, OH 44512 | |
| 10925 | LEWIS, JR, LORIN, W185 S8537 DENISE, COURT N, MUSKEGO, WI 53150 | |
| 10925 | LEWIS, JUDITH, 43 WINDSOR, MARION, AR 72364 | |
| 10925 | LEWIS, JUDY, 2600 RAYMA, RENO, NV 89503 | |
| 10925 | LEWIS, JUNE, RT 6 BOX 209, AMARILLO, TX 79124 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LEWIS, KAREN, 3706 GRAHAM CT., BRIDGEWATER, NJ 08807

10925    LEWIS, KENNETH, 30 BILLERICA ST., LOWELL, MA 01852

10925    LEWIS, KERRY, 8 PURITAN ROAD, DANVERS, MA 01923

10925    LEWIS, KEVIN, 10339 NIGHT MIST CT, COLUMBIA, MD 21044

10925    LEWIS, KRISTIN, 845 POPLAR RD, HELLERTOWN, PA 18055

10925    LEWIS, L, 3169 JACKSON AVE, MEMPHIS, TN 38112

10925    LEWIS, LATANIA, 11745 ENGELSIDE, DETROIT, MI 48205

10925    LEWIS, LAVARAN, 1860 BLVD DEPROVINCE, BATON ROUGE, LA 70816

10925    LEWIS, LAVERNE, 3610 CHASE CT., VIRGINIA BEACH, VA 23462

10925    LEWIS, LEE, 1231 E ALICE AVE, PHOENIX, AZ 85020

10925    LEWIS, LESTER, 2319 CHATEAUGAY LOOP, OWENSBORO, KY 42301

10925    LEWIS, LINWOOD, 1008 JEFFERSON ST, ROANOKE RAPIDS, NC 27870

10925    LEWIS, LISA, 2455 4TH ST NW, WASHINGTON, DC 20059

10925    LEWIS, LORETTA, 4 CALICO PL, CONGERS, NY 10920

10925    LEWIS, LORI, 6490 S COCKRELL HILLRD, APT #2501, DALLAS, TX 75236

10925    LEWIS, LORIN, 1212 SANTA FE RD, ROMEOVILLE, IL 60446

10925    LEWIS, LOUISE, 2 KOHLRAUSCH AVE, N BILLERICA, MA 01862

10925    LEWIS, LYONEL, 1509 NUNNELEY APT #3-B, WICHITA FALLS, TX 76306

10925    LEWIS, MAJOR, 379 CASWELL, OAKLAND, CA 94603

10925    LEWIS, MALCOLM, 3711 KIAMESHA DRIVE, MISSOURI CITY, TX 77459

10925    LEWIS, MARION, 5803 SFC 107, PALESTINE, AR 72372

10925    LEWIS, MARK, 4 CALICO PLACE, CONGERS, NY 10920

10925    LEWIS, MARK, 90 MILL ST, MOMENCE, IL 60954

10925    LEWIS, MARTHA, PO BOX 28, MAYSVILLE, GA 30558

10925    LEWIS, MARY N, 1515 S JEFFERSON DAVIS HWY, APT 1215, ARLINGTON, VA 22202-3315

10925    LEWIS, MEGAN, 5315 QUEENSBERRY AVE, SPRINGFIELD, VA 22151

10925    LEWIS, MELISSA, 17413 ASHBURTON RD, SAN DIEGO, CA 92128

10925    LEWIS, MICHAEL, 539 W. 720 S. #1, VERNAL, UT 84078

10925    LEWIS, OPAL, 1434 W CHALONER DRIV, ROA RAPIDS, NC 27870

10925    LEWIS, PATRICE, 22216 SW 103 AVE, MIAMI, FL 33190

10925    LEWIS, PATRICIA A, 1900 SOUTH BEDFORD ST, L A, CA 90034

10925    LEWIS, PATRICIA, 1214 BARN STAPIE DR., LIBRARY, PA 15129

10925    LEWIS, PATRICIA, 412 N. BLISS, DUMAS, TX 79029

10925    LEWIS, PHILIP, 1231 SHAWNEE, CARROLLTON, TX 75007

10925    LEWIS, QUEEN, 1756 ROCK CREEK DAIRY ROAD, WHITSETT, NC 27377

10925    LEWIS, REES, 5910 PEACHTREE ROAD, MYRTLE BEACH, SC 29577

10925    LEWIS, REGINA, 4851 N. 49TH ST, MILWAUKEE, WI 53218

10925    LEWIS, REGINA, RT 7 BOX 348, FLORENCE MS, MS 39073

10925    LEWIS, RICHARD, 10 E. BALTIMORE ST., BALTIMORE, MD 21202

10925    LEWIS, RICHARD, 1235 EVESHAM AVE, BALTIMORE, MD 21239

10925    LEWIS, RICHARD, 194 LABAN ST, PROVIDENCE, RI 02903

10925    LEWIS, RICHARD, 194 LABON ST, PROVIDENCE, RI 02903

10925    LEWIS, RICHARD, PO BOX 211, FRIEND, NE 68359

10925    LEWIS, ROBERT, 4900 MEDICAL DR., SAN ANTONIO, TX 78240

10925    LEWIS, ROBERT, 9117 LA CROIX CT, BAKERSFIELD, CA 93311

10925    LEWIS, ROBIN, 754 GARRISON AVE, CHARLESTON, WV 25302

10925    LEWIS, ROGER, 2710 DAHL ROAD, QUAKERTOWN, PA 18951

10925    LEWIS, RONALD, 25 CRESTVIEW DRIVE, WESTERLY, RI 02891

10925    LEWIS, RONALD, 7333 READING ROAD, CINCINNATI, OH 45237

10925    LEWIS, ROSIE, 3260 PRINCETON AVE, MEMPHIS, TN 38112

10925    LEWIS, RUBY, 801 NELLA, MINDEN, LA 71055

page 9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LEWIS, SANDRA, 8470 LAKE ELEANOR DR, THEODORE, AL 36582

10925   LEWIS, SHARON, 1016 HERMITAGE AVE., HUNTSVILLE, AL 35801

10925   LEWIS, SHARON, 712 W LOUISA, IOWA PARK, TX 76367

10925   LEWIS, SHERRI, 4720 READING RD #904, ROSENBERG, TX 77471

10925   LEWIS, SHERRY, 3628 HOYD RD, DECATUR, GA 30034

10925   LEWIS, STEPHEN, 2 KOHLRAUSCH AVE, BILLERICA, MA 01862

10925   LEWIS, STEVEN, 308 SMITH, LEWIS, IA 51544

10925   LEWIS, STEVEN, 5363 CELESTE AVE., LIVERMORE, CA 94550

10925   LEWIS, SUSAN, 1809 CLOVERDALE, CHILLICOTHE, IL 61523

10925   LEWIS, SYLVIA, 209 W. PKWY DR., MARGATE, FL 33068

10925   LEWIS, TED, 3923 WENTWORTH DRIVE, ARLINGTON, TX 76017

10925   LEWIS, TERRI, 1616 PIEDMONT AVE APT T2, ATLANTA, GA 30324

10925   LEWIS, THOMAS, 134 N. SUNSET DR, WINSTON SALEM, NC 27101

10925   LEWIS, THOMAS, 4207 BELVIEU AVE., BALTIMORE, MD 21215

10925   LEWIS, THURMA, 301 E ALAMEDA, IOWA PARK, TX 76367

10925   LEWIS, TIMOTHY, RRI BOX 213-B, LACONIA, NH 03246

10924   LEWIS, TOM F, PO BOX 2325,

10925   LEWIS, TOM F, PO BOX 2325, GREAT FALLS, MT 59403-2325

10925   LEWIS, TOMMIE, 707 LORRI AVE, LAKELAND, FL 33801

10925   LEWIS, VANESSA, 2840 ROBINSON #208, JACKSON, MS 39209

10925   LEWIS, WILLIAM, 3804 FALL WHEAT, PLANO, TX 75075

10925   LEWIS, WILLIE, 4851 N 49TH ST, MILWAUKEE, WI 53218

10925   LEWIS, YOLA, 107 BATES ST NW, WASHINGTON, DC 20001

10925   LEWIS/BOYLE INC., PO BOX 2002, N BILLERICA, MA 01862-0902

10925   LEWISEN, DONAL, 367 EAST ROSEDALE AVE #7, MILWAUKEE, WI 53207

10925   LEWISES GENERAL TIRES INC., 3870 WEST HENRIETTA ROAD, ROCHESTER, NY 14623

10925   LEWIS-WISTNER, HELEN, 30 FACKLER RD AT TEAK LN, PRINCETON, NJ 08540

10925   LEWRIGHT, LISA, 1354 VILLAGE PARK CT, COLUMBUS, OH 43228

10925   LEWRIGHT, WILLIAM, 6810 MOUNTAIN VIEW ROAD, TAYLORS, SC 29687

10925   LEWTER, EDITH, 121 SOUTHGATE DRIVE, ROANOKE RAPIDS, NC 27870

10924   LEX ASSOCIATES INC., 837 NEW DURHAM RD, EDISON, NJ 08817

10925   LEX GROUP, THE, PO BOX 1111, RICHMOND, VA 23218

10924   LEX INCORPORATED, 7155 N.W. 77TH TERRACE, MIAMI, FL 33166

10925   LEXECON INC., 322 SOUTH MICHIGAN AVE, CHICAGO, IL 60604

10925   LEXECON INC., 332 SOTH MICHIGAN AVE, CHICAGO, IL 60604-4306

10925   LEXINGTON BABE RUTH BASEBALL, 123 MARRETT RD., LEXINGTON, MA 02173

10925   LEXINGTON BICENTENNIAL BAND, 1 BROOKWOOD RD., LEXINGTON, MA 02173

10925   LEXINGTON BICENTENNIAL BAND, 1 BROOKWOOD ROAD, LEXINGTON, MA 02420

10925   LEXINGTON BLUE SOX BASEBALL, 123 MARRETT RD., LEXINGTON, MA 02173

10925   LEXINGTON BOARD OF HEALTH, 1625 MASSACHUSETTS AVE., LEXINGTON, MA 02173

10925   LEXINGTON CHAMBER OF COMMERCE, 1875 MASS. AVE., LEXINGTON, MA 02421

10924   LEXINGTON CONC & BLOCK, 300 YAZOO ST., LEXINGTON, MS 39095

10924   LEXINGTON CONC & BLOCK, DURANT, MS 39063

10924   LEXINGTON CONCRETE & BLOCK CO., 153 YANDELL AVE., CANTON, MS 39046

10924   LEXINGTON CONCRETE & BLOCK, 304-A YAZOO STREET, LEXINGTON, MS 39095

10925   LEXINGTON CONCRETE AND BLOCK CO,INC, 300 YAZOO ST., LEXINGTON, MS 39095

10925   LEXINGTON GARDENS, 93 HANCOCK ST, LEXINGTON, MA 02173

10925   LEXINGTON HIGH SCHOOL DEBATE TEAM, 251 WALTHAM ST, LEXINGTON, MA 02421

10925   LEXINGTON HISTORICAL CENTER, POBOX 22, LEXINGTON, MA 02420

10925   LEXINGTON HISTORICAL SOCIETY, CAMBRIDGE SENIOR CENTER, CAMBRIDGE, MA 02139

10924   LEXINGTON HOTEL, PHOENIX, AZ 85019

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LEXINGTON MEDICAL CENTER, 2720 SUNSET BLVD., WEST COLUMBIA, SC 29169 | |
| 10924 | LEXINGTON MEDICAL CENTER, 811 WEST MAIN STREET, LEXINGTON, SC 29072 | |
| 10925 | LEXINGTON PUBLIC SCHOOLS/SCIENCE, 251 WALTHAM, LEXINGTON, MA 02421 | |
| 10925 | LEXINGTON RIDGE COMPLEX, 6233 LEXINGTON RIDGE DR, LEXINGTON, MA 02173 | |
| 10925 | LEXINGTON SEDAN SERVICES, 789 MASSACHUSETTS AVE, LEXINGTON, MA 02173 | |
| 10925 | LEXINGTON-FAYETTE URBAN COUNTY GVNT, POBOX 14078, LEXINGTON, KY 40512-4078 | |
| 10925 | LEXIS COUNSEL CONNECT, 600 THIRD AVE, NEW YORK, NY 10016 | |
| 10925 | LEXIS DOCUMENT SERVICES, PO BOX 2861, SPRINGFIELD, IL 62708-2861 | |
| 10925 | LEXIS LAW PUBLISHING, PO BOX 7247-0353, PHILADELPHIA, PA 19170-0353 | |
| 10925 | LEXIS NEXIS, PO BOX 7247-7090, PHILADELPHIA, PA 19170-7090 | |
| 10925 | LEXIS NEXIS, POBOX 7247-7090, PHILADELPHIA, PA 19170-7090 | |
| 10925 | LEXIS/NEXIS, PO BOX 7247-7090, PHILADELPHIA, PA 19170-7090 | |
| 10925 | LEXIS-NEXIS, PO BOX 2314, CAROL STREAM, GA 60132-2314 | |
| 10925 | LEXIS-NEXIS, PO BOX 2314, CAROL STREAM, IL 60132-2314 | |
| 10925 | LEXIS-NEXIS, PO BOX 7247-7080, PHILADELPHIA, PA 19170-7090 | |
| 10925 | LEXIS-NEXIS, PO BOX 7247-7090, PHILADELPHIA, PA 19170-7090 | |
| 10925 | LEXIS-NEXIS, POBOX 7247-7090, PHILADELPHIA, PA 19170-7090 | |
| 10925 | LEXMARK INTERNATIONAL INC, 740 NEW CIRCLE ROAD NW, LEXINGTON, KY 40550 | |
| 10925 | LEXMARK INTERNATIONAL INC, BLDG 098 DOCK 9, 740 NEW CIRCLE ROAD, LEXINGTON, KY 40511 | |
| 10925 | LEXMARK INTERNATIONAL, 8445 GRAN VISTA, EL PASO, TX 79907 | |
| 10925 | LEXMARK INTERNATIONAL, ADMIRALTY ROAD, ROSYTH GREA, KY112YWENGLAND | *VIA Deutsche Post* |
| 10925 | LEXMARK INTERNATIONAL, INC, PO BOX 7247-8248, PHILADELPHIA, PA 19170 | |
| 10925 | LEXMARK INTERNATIONAL, PO BOX 17410, EL PASO, TX 79917 | |
| 10925 | LEXMARK INTL, INC, PO BOX 740423, ATLANTA, GA 30374-0423 | |
| 10925 | LEXMARK, 740 NEW CIRCLE RD NW, LEXINGTON, KY 40511 | |
| 10925 | LEXMARK, ACCTS PAYABLE, LEXINGTON, KY 40512-4444 | |
| 10925 | LEXMARK, ATTN P ZONE, 740 NEW CIRCLE ROAD NW, LEXINGTON, KY 40511 | |
| 10924 | LEXMART BUILDING 082, 740 WEST NEW CIRCLE ROAD, LEXINGTON, KY 40511 | |
| 10925 | LEYBA, MARLA, 308 N HONDO DRIVE, ROSWELL, NM 88201 | |
| 10925 | LEYBA, ROSSANNA, 501 SWINGING SPEAR, ROSWELL, NM 88201 | |
| 10925 | LEYDIC JR, GEORGE, 4203 FLEET LANDING BLVD, ATLANTIC BEACH, FL 32233 | |
| 10925 | LEYLAND, LORAINE, 2581 WABASH CIRCLE, SPARKS, NV 89431 | |
| 10925 | LEYNES, ROSAURO, 188 SOUTH WILDWOOD, HERCULES, CA 94547 | |
| 10925 | LEYSDOWN CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036 | |
| 10925 | LEYTA, FRANCISCO, 824 W CURTIS, HARLINGEN, TX 78550 | |
| 10925 | LEYVA, ABELARDO, 11478 JOE WATSON, EL PASO, TX 79936 | |
| 10925 | LEYVA, JULIO C, 6620 SOUTH 33RD ST, MCALLEN, TX 78503 | |
| 10925 | LEZAK, MICHAEL, 2323 LINGNER, TYLER, TX 75701 | |
| 10925 | LEZAMA, LARRY, 19 DARTMOUTH DRIVE, BILLERICA, MA 01821 | |
| 10925 | LEZNIK, LEONID M, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | LEZNIK, LEONID, 6044 CHARLES EDWARD TERRACE, COLUMBIA, MD 21045 | |
| 10924 | LEZZAR LUMBER, SCOFIELD STREET, CURWENSVILLE, PA 16833 | |
| 10924 | LEZZER LUMBER COMPANY, 777 EAST BUTLER ROAD, BUTLER, PA 16001 | |
| 10924 | LEZZER LUMBER, 2530 E. COLLEGE AVE, STATE COLLEGE, PA 16801 | |
| 10924 | LEZZER LUMBER, 777 E BUTLER RD, BUTLER, PA 16001 | |
| 10925 | LF WASTE MGMT-NH TURNKEY LANDFILL, 97 ROCHESTER NECK RD., GONIC, NH 03839-4801 | |
| 10925 | LFE INDUSTRIAL SYSTEMS CORP., PO BOX 640418, PITTSBURGH, PA 15264-0418 | |
| 10925 | LFE INDUSTRIAL SYSTEMS, 55 GREEN ST, CLINTON, MA 01510 | |
| 10925 | LHS GRADUATION CELEBRATION COMM, 34 MORELAND AVE, LEXINGTON, MA 02173 | |
| 10925 | LHS HOCKEY PROGRAM, 17 MUNROE RD, LEXINGTON, MA 02173 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LHV PRECAST INC, 540 ULSTER LANDING RD, KINGSTON, NY 12401

10924   LHV PRECAST, INC., 540 ULSTER LANDING RD., KINGSTON, NY 12401

10925   LI JT TEN, TINGYE & EDITH W, 563 LOCUST PL, BOULDER, CO 80304-0575

10925   LI, KURT, 2023 ROSE COTTAGE WAY, HENDERSON, NY 89052

10925   LI, LIANFANG, 847 MASSACHUSETTS AVAPT #2, LEXINGTON, MA 02420

10925   LI, M, 1833 OMAREST DR, COLUMBIA, SC 29210

10925   LI, MICHAEL, 9682 SVL BOX, VICTORVILLE, CA 92392

10925   LI, RAYMOND, 681 S SCOUT TRAIL, ANAHEIM, CA 92807

10925   LI, XIUWEI, 56 LINDEN AVE APT 4, MALDEN, MA 02148

10925   LIAISON INTERNATIONAL, 11 EAST 26TH ST, NEW YORK, NY 10010

10925   LIANG, BERNARD, 90 SWEETWATER AVE, BEDFORD, MA 01730

10925   LIAO, JESSIE, 509 ALSTER AVE., ARCADIA, CA 91006

10925   LIAZ, REYNARD, 1228 AMERICANA LN., MESQUITE, TX 75150

10925   LIBANATI, CRISTIAN, 417 WINDSOR ST, SILVER SPRING, MD 20910

10925   LIBANATI, CRISTIAN, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925   LIBBEY, RICHARD, 2035 PARK ST, ATLANTIC BEACH, NY 11509-1256

10924   LIBBEY-OWENS-FORD, 140 DIXIE HIGHWAY, ROSSFORD, OH 43460

10925   LIBBY AUTO SALES, POBOX 725, LIBBY, MT 59923

10924   LIBBY LABORATORIES, INC., 1700 SIXTH STREET, BERKELEY, CA 94710

10925   LIBBY MELNICK, C/O KEANE TRACERS INC, ONE TOWER BRIDGE, 100 FRONT ST SUITE 300, WEST CONSHOHOCKEN, PA 19428-2877

10925   LIBBY SCHOOL DISTRICT #4, 724 LOUISIANA AVE, LIBBY, MT 59923

10925   LIBBY, ANNA-LOUISE, 142 PARK AVE # 3, PORTLAND, ME 04101

10925   LIBBY, CLARENCE, ROUTE 1, BOX 181, LEWIS, IA 51544-9775

10925   LIBBY, DANIEL, 177 ALDEN ST, WHITMAN, MA 02382

10925   LIBBY, LORETTA, 16 WALDEMAR AV, E BOSTON, MA 02128

10925   LIBBY, MICHELLE, 2 DUCK POND ROAD #130, BEVERLY, MA 01915

10925   LIBBY, SERVICE, REMB, NY, NY 10077

10924   LIBENN AROMA, 1721 RAILROAD STREET, CORONA, CA 91720

10924   LIBENN AROMA, 2205 WEST SAMPLE STREET, SOUTH BEND, IN 46619

10924   LIBERAL ARTS BUILDING, UNIVERSITY OF TEXAS AT TYLER, DALLAS, TX 75328

10925   LIBERATI, NICHOLAS, 9 HARMAR DR., CHESWICK, PA 15024

10925   LIBERATORE, DANIEL, 4801 KINGSLEY RD, LAFAYETTE, NY 13084

10925   LIBERATORE, FAYE, 5141 LITTLE CREEK DR, ELLICOTT CITY, MD 21043

10925   LIBERATORE, FAYE, 7500 GRACE DR, COLUMBIA, MD 21044

10925   LIBERMAN, BONNIE, 7127 RIVERS EDGE RD, COLUMBIA, MD 21044

10925   LIBERSAT, HUDSON, 3235 ABBEY WAY, HARVEY, LA 70058

10925   LIBERTIES, 309 PLAZA REAL, BOCA RATON, FL 33432

10924   LIBERTY BAPTIST CHURCH, 1021 BIG BETHEL ROAD, HAMPTON, VA 23666

10924   LIBERTY ENTERPRISES, PO BOX 639, AMSTERDAM, NY 12010

10924   LIBERTY ENTERPRISES, ROUTE 5 SOUTH, AMSTERDAM, NY 12010

10925   LIBERTY EQUIPMENT REPAIR, INC, 10879 HOUSER DRIVE, FREDERICKSBURG, VA 22408

10924   LIBERTY GLASS & METAL INDUSTRIES, 339 RIVERSIDE DRIVE, NORTH GROSVENORDALE, CT 06255

10924   LIBERTY HILL MIDDLE SCHOOL, 4400 KIT CARSON TRAIL, KILLEEN, TX 76542

10925   LIBERTY MECHANICAL CONTRACTORS, 330-336 RAYMOND BLVD, NEWARK, NJ 07105

10924   LIBERTY MIDDLE SCHOOL, 102 STATE RD. #44 EAST, LIBERTY, IN 47353

10924   LIBERTY MIRON RAPID R/M, 282 ROUTE 52E, LIBERTY, NY 12754

10924   LIBERTY MIRON RAPID R/M, 282 RT 52 EAST, LIBERTY, NY 12754

10925   LIBERTY MUTUAL INSURANCE CO, PO BOX 5104, WESTBOROUGH, MA 01581-5104

10925   LIBERTY MUTUAL INSURANCE GROUP, PO BOX 1525, DOVER, NH 03821-1525

10924   LIBERTY MUTUAL INSURANCE, 316 6TH STREET, DOVER, NH 03820

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LIBERTY OFFICE PRODUCTS, 6665-C CORNERS IND CT., NORCROSS, GA 30092 | |
| 10924 | LIBERTY PLAZA II, DELIVER TO WAREHOUSE, 11204 HOPSON ROAD, ASHLAND, VA 23005 | |
| 10924 | LIBERTY PLAZA, GEORGE & LIBERTY STREETS, NORTH BRUNSWICK, NJ 08902 | |
| 10925 | LIBERTY SUPPLY INC, POBOX 489, MAGNOLIA, AR 71754-0489 | |
| 10924 | LIBERTY VEGETABLE OIL CO, PO BOX 4207, CERRITOS, CA 90703-4207 | |
| 10924 | LIBERTY VEGETABLE OIL CO., 15306 S. CARMENITA ROAD, SANTA FE SPRINGS, CA 90670 | |
| 10925 | LIBERTY, JAMES, 44 HANNAH DRIVE, HOLLIS, NH 03049 | |
| 10925 | LIBERTY, NANCY, R 1 BOX 124A, GRANT PARK, IL 60940 | |
| 10925 | LIBERTY, ROBERT, RT. 1, BOX 454, GRANT PARK, IL 60940-9742 | |
| 10925 | LIBKIE, VERNA, 4300 ST LUCIE BLVD SE, STUART, FL 33494-6850 | |
| 10925 | LIBOR VANC, 5N 304 BUNKER TERRACE, ITASCA, IL 60143-2404 | |
| 10925 | LIBOWITZ, THOMAS, USF&G BLDG SUITE 1100, 100 LIGHT ST, BALTIMORE, MD 21202-1053 | |
| 10925 | LIBRA INDUSTRIES INC, 1823 W WEBSTER, CHICAGO, IL 60614 | |
| 10925 | LIBRALTER PLASTICS,INC, 3175 MARTIN RD, WALLED LAKE, MI 48390 | |
| 10924 | LIBRARY & TELECONFERENCING CENTER, C/O TOMAN & ASSOCIATES, 3601 4TH ST., LUBBOCK, TX 79430 | |
| 10924 | LIBRARY, BONANZA, LAS VEGAS, NV 89101 | |
| 10925 | LIBRARY-INDUSTRIAL RISK INSURERS, PO BOX 5010, HARTFORD, CT 06102-5010 | |
| 10925 | LIBRARY-UNIV OF CONNECTICUT HEALTH, PO BOX 4003, FARMINGTON, CT 06034-4003 | |
| 10925 | LIBY, MICHELLE J, 9526 RED APPLE LN., COLUMBIA, MD 21046 | |
| 10925 | LIBY, MICHELLE, 9526 RED APPLE LANE, COLUMBIA, MD 21046 | |
| 10925 | LICARETZ, KATHLEEN, 3103 LENA LANE, NORRISTOWN, PA 19403 | |
| 10925 | LICATA, M, 916 WELLS ST, CONSHOHOCKEN, PA 19428 | |
| 10925 | LICATA, MICHAEL, 4015 CALN CIRCLE, HARLEYSVILLE, PA 19438 | |
| 10925 | LICCIARDI, BARBARA, 36 BAILEYS COURT, HAVERHILL, MA 01832 | |
| 10925 | LICENSING EXECUTIVE SOCIETY, DEPT. 721, ALEXANDRIA, VA 22334-0721 | |
| 10925 | LICENSING EXECUTIVES SOCIETY, (USA & CANADA), INC., ALEXANDRIA, VA 22334-0721 | |
| 10925 | LICHAUCO, LIBERATO, 121 N. LAMER ST #J, BURBANK, CA 91506 | |
| 10924 | LICHTIN OFFICE BLDG, 3110 EDWARDS MILL RD, RALEIGH, NC 27607 | |
| 10925 | LICKING COUNTY, PO BOX 338, NEWARK, OH 43058-0338 | |
| 10924 | LICKING VALLEY HIGH SCHOOL, 1379 LICKING VALLEY ROAD, HANOVER, OH 43055 | |
| 10924 | LI-COR, INC, 4421 SUPERIOR STREET, LINCOLN, NE 68504-1395 | |
| 10925 | LICORISH, CRAIG, 1502 TIFTON COURT, RICHMOND, VA 23224 | |
| 10924 | LIDA MANUFACTURING CORP., 9115 26TH AVENUE, KENOSHA, WI 53143-6155 | |
| 10925 | LIDA, DOROTHY, ROUTE 1 BOX 69, ENOREE, SC 29335 | |
| 10925 | LIDA, JOYCE, 339 SHARP ST, WOODRUFF, SC 29388 | |
| 10925 | LIDA, ROBERT, ROUTE 1 BOX 69, ENOREE, SC 29335 | |
| 10925 | LIDA, ROBERT, RT 1 BOX 70, ENOREE, SC 29335 | |
| 10925 | LIDA, STEVE, 620 ALLEN BRIDGE ROAD, FOUNTAIN INN, SC 29644 | |
| 10925 | LIDDELL, WILLIAM, 1228 KING, MARRERO, LA 70072 | |
| 10925 | LIDDLE, KATHLEEN, 1145 S. 28TH ST, MILWAUKEE, WI 53215 | |
| 10925 | LIDORIKIOTIS, ANTHONY, 8000 NE UNION SPACE 180, PORTLAND, OR 97211 | |
| 10925 | LIDSTROM, LARRY, 434 S. WOLCOTT APT. 209, CASPER, WY 82601 | |
| 10925 | LIDSTROM, LYNN, 03 10TH AVE, DICKINSON, ND 58601 | |
| 10925 | LIEB JR, A CALVIN, 25 W 9TH ST, SHOEMAKERSVILLE, PA 19555 | |
| 10925 | LIEB, MARIE, 2019 CARNEGIE LANE #5, REDONDO BEACH, CA 90278 | |
| 10925 | LIEBEL, HARTMUT, 1231 SEASPRAY, DELRAY BEACH, FL 33483 | |
| 10925 | LIEBEL, HARTMUT, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | LIEBENSON, DONALD, 3933 LYONS, EVANSTON, IL 60203 | |
| 10925 | LIEBER, LINDA, W127S6807 JAEGER PLACE, MUSKEGO, WI 53150 | |
| 10925 | LIEBER, WILMA, 188 PLUMMER COURT, NEENAH, WI 54956-2354 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LIEBERMAN, LINDA, 517 INGRAHAM ST NE, WASHINGTON DC, DC 20011 | |
| 10925 | LIEBERMAN, MARC, 10 CROWN POINT RD, SUDBURY, MA 01776 | |
| 10925 | LIEBERMAN, MARILYN, 98-50 63RD DRIVE, #8F, FLUSHING, NY 11374 | |
| 10925 | LIEBERMAN, SCOTT, 351 MASSACHUSETTS AV, CAMBRIDGE, MA 02139 | |
| 10925 | LIEBERMAN, SHELDON, 9 WHITESIDE COURT, SIMPSONVILLE, SC 29680 | |
| 10925 | LIEBERT CORPORATION, 1305 REMINGTON ROAD #0, SCHAUMBURG, IL 60173 | |
| 10925 | LIEBERT CORPORATION, PO BOX 70474, CHICAGO, IL 60673-0001 | |
| 10925 | LIEBERT, 8300D GUILFORD RD., COLUMBIA, MD 21046 | |
| 10925 | LIEBERT, MARK, 100 MYRTLE AVE APT #505, WHITMAN, MA 02382 | |
| 10925 | LIEBERT, PO BOX 70474, CHICAGO, IL 60673-0001 | |
| 10925 | LIEBIG, ALAN, PO BOX 669, WARSAW, KY 41095 | |
| 10925 | LIEBMAN, PAUL, 5355 N. POWERS FERRY, ATLANTA, GA 30327 | |
| 10925 | LIEBMAN, ROBYN, 7901 HENRY AVE., PHILADELPHIA, PA 19123 | |
| 10925 | LIEBOW, PAUL, 112 LUGUER ROAD, PORT WASHINGTON, NY 11050-4119 | |
| 10924 | LIED ATHLETIC, SMITH AND GREEN, LAS VEGAS, NV 89101 | |
| 10925 | LIEDEL POWER CLEANING, 2850 LUNA PIER RD, ERIE, MI 48133 | |
| 10924 | LIEDTKE OPERATING CORP., ATTN: RANDY ARNOLD, 370 17TH STREET, DENVER, CO 80202 | |
| 10925 | LIEFF CABRASER HEIMANN & BERNSTEIN, ELIZABETH CABRASTER, 275 BATTERY ST 30TH FL, EMBARCADERO CENTER WEST, SAN FRANCISCO, CA 94111-3339 | |
| 10925 | LIEFF CABRASER HEIMANN & BERNSTEIN, JOHN LOW-BEER, 780 THIRD AVE, NEW YORK, NY 10017 | |
| 10925 | LIEFF CABRASER HEIMANN BERNSTEIN, EMBARCADERO CENTER WEST, 30TH FL, 275 BATTERY ST, SAN FRANCISCO, CA 94111 | |
| 10924 | LIEFF, CABRASER, HEIMANN & BERNSTEI, 275 BATTERY ST, SAN FRANCISCO, CA 94111 | |
| 10925 | LIEGMAN, DARRYL, 2828 E. 7TH ST., CASPER, WY 82609 | |
| 10925 | LIEHR, ELLEN, 1296 QUAIL DR, BRADLEY, IL 60915 | |
| 10924 | LIELA HOSPITAL, 200 N. AVENUE, BATTLE CREEK, MI 49016 | |
| 10925 | LIEN, WILLIAM, 913 ACKER PKWY, DE FOREST, WI 53532 | |
| 10924 | LIENER HEALTH PRODUCTS, 4409 AIRPORT DRIVE, NW, WILSON, NC 27893 | |
| 10925 | LIENING, DAVID, 505 SPRING CREEK RD, GOLDENDALE, WA 98620-3207 | |
| 10925 | LIEPMANN, GEORGE, 383 FERN ST, WASHINGTON TWSP, NJ 07675 | |
| 10925 | LIERAS, IRENE, 933 BAYVIEW AVE, 7, WILMINGTON, CA 90744 | |
| 10925 | LIESCHKE, KIRA, 205 E 95TH ST, 31J, NY, NY 10128 | |
| 10924 | LIESE LUMBER CO, 319 E MAIN ST, BELLEVILLE, IL 62220 | |
| 10924 | LIESE LUMBER CO., 2215 S. BELT WEST, BELLEVILLE, IL 62221 | |
| 10925 | LIESL HARGENS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LIESS, ELEANOR, 1536 LONGRIDGE CT, THOUSAND OAKS, CA 91360-2017 | |
| 10925 | LIETZ EQUIPMENT OF ARIZONA, PO BOX 27544, TEMPE, AZ 85285-7544 | |
| 10925 | LIETZ, PHYLLIS, 6451 TALBOT CR, SPRING HILL, FL 34606 | |
| 10925 | LIEURANCE, KENNETH, 1532 GLENMEADE DR, MARYLAND HIEGHTS, MO 63043 | |
| 10925 | LIEUX, GEORGE, 108 BEAU SEJOUR, LAFAYETTE, LA 70508 | |
| 10925 | LIEW, CHEA KHEAN, BLK 118 TECK WHYE LANE, 08770, SINGAPORE, 680118SINGAPORE | *VIA Deutsche Post* |
| 10925 | LIFE & SAFETY SERVICE, 2724 S CONSTITUTION BLVD, WEST VALLEY, UT 84119 | |
| 10925 | LIFE & SAFETY, N56 W16718 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051 | |
| 10924 | LIFE CARE CTR., 1234 FRYE ST., ATHENS, TN 37303-3052 | |
| 10925 | LIFE EXT. HEALTH EXAMINER, PO BOX 200, HADDONFIELD, NJ 08033-0194 | |
| 10925 | LIFE FLEET ATLANTIC, PO BOX 550494, TAMPA, FL 33655-0494 | |
| 10925 | LIFE FOCUS CENTER, ONE CITY SQUARE, CHARLESTOWN, MA 02129 | |
| 10924 | LIFE INDUSTRIES CORP, 2081 BRIDGEVIEW DRIVE, NORTH CHARLESTON, SC 29405 | |
| 10924 | LIFE INDUSTRIES CORP., 2081 BRIDGEVIEW DR, NORTH CHARLESTON, SC 29415 | |
| 10925 | LIFE LIKE PRODUCTS, 17 DOUGLAS ST, ROME, GA 30161 | |
| 10925 | LIFE LIKE PRODUCTS, 2340 EAST 52ND ST, VERNON, CA 90058 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LIFE LIKE PRODUCTS, 3401 NW 73RD ST ?, MIAMI, FL 33147

10924    LIFE LIKE PRODUCTS, NO. 17 DOUGLAS STREET, ROME, GA 30161

10925    LIFE LIKE PRODUCTS, PO BOX 827116, PHILADELPHIA, PA 19182-7116

10925    LIFE LINE SCREENING, 6289 W SUNRISE BLVD, SUNRISE, FL 33313

10925    LIFE MEDIA, 18533 ROSCOE BLVD, NORTHRIDGE, CA 91325

10925    LIFE SAFETY, POBOX 30398, MESA, AZ 85275

10924    LIFE STYLE, VISALIA, CA 93277

10925    LIFE TECHNOLOGIES INC., JONES JAIN L.L.P., 1990 M ST NW 8TH FL, WASHINGTON, DC 20036

10925    LIFE, PO BOX 61520, TAMPA, FL 33661-1520

10925    LIFE, RENEE, 205 HARVARD ST, 2N, MOMENCE, IL 60954

10925    LIFECARE MEDICAL ASSOCIATES PA, PO BOX 52386, KNOXVILLE, TN 37950-2386

10925    LIFECARE.COM, PO BOX 31503, HARTFORD, CT 06150-1503

10925    LIFER, BRENT, PO BOX 26, LOUDONVILLE, OH 44842

10925    LIFESIGN LLC, PO BOX 218, SOMERSET, NJ 08875-0218

10925    LIFETIME FLOORS INC., 9541 BUSINESS CENTER DR STE B, RANCHO CUCAMONGA, CA 91730

10925    LIFFICK, DAVID, 315 ELLIS ST, BURKBURNETT, TX 76354

10925    LIFFICK, GREGORY, 2005 BOSBURY DRIVE, FLOWER MOUND, TX 75028

10925    LIFOAM MANUFACTURING, PO BOX 73228, BALTIMORE, MD 21273-0228

10925    LIFT PARTS INTERNATIONAL CORP, POBOX 500, OAK FOREST, IL 60452

10925    LIFT STAK & STOR, 860 VANDALIA ST, SAINT PAUL, MN 55114

10925    LIFT TRUCK SALES & SERV, INC, 2720 NICHOLSON RD., KANSAS CITY, MO 64120

10925    LIFT-A-LOFT CORPORATION, 1122 ELIZABETH AVE., WAUKEGAN, IL 60085

10925    LIFTEC INC., 124 SLYVANIA PLACE, SOUTH PLAINFIELD, NJ 07080-9998

10925    LIFTING SYSTEMS, INC, 2821 ONTARIO AVE., BALTIMORE, MD 21234

10925    LIFTOW LTD, 3150 AMERICAN DR, MISSISSAUGA, ON L4V 1B4CANADA                    *VIA Deutsche Post*

10924    LIGAND PHARMACEUTICAL, COMMERICAL ENTERPRISES, SAN DIEGO, CA 92126

10925    LIGASHEWSKY, ROBIN G., 121 LEXINGTON DRIVE, CRANBERRY TWP, PA 16066

10925    LIGENZOWSKI, LAURA, 6250 S W 78TH ST, MIAMI, FL 33143

10925    LIGGETT & MYERS TOBACCO CO., 700 W. MAIN ST, DURHAM, NC 27701

10925    LIGGETT GROUP, INC, 300 NORTH DUKE ST, DURHAM, NC 27701

10925    LIGGETT, MARK, 8021 SAIL CIRCLE, HUNTINGTON BEACH, CA 92646-5032

10925    LIGGETT, SUZANNE, 806 VIA ALAMEDA, SAN DIMAS, CA 91773

10925    LIGGETT, TIMOTHY, 10031 CRAILET DR, HUNTINGTON BEACH, CA 92646

10925    LIGHNING PUMP COMPANY, LLC, PO BOX 520268, INDEPENDENCE, MO 64052-0268

10925    LIGHT BULB DEPOT, POBOX 18353, MEMPHIS, TN 38181

10925    LIGHT SOURCES, 23 DRYDOCK AVE., 3RD FL, BOSTON, MA 02210

10925    LIGHT, JANE, 125 BARTON BEND, COLUMBIA, SC 29206

10925    LIGHT, JANET, 1173 GRAPEWOOD DR, NOKESVILLE, VA 22123

10925    LIGHT, MARGARET, 10114 LEGACY COURT, CLINTON, MD 20735

10925    LIGHT, RHONDA, 4535 VINEWOOD, INDIANAPOLIS, IN 46254

10925    LIGHT, RONALD K, 19106 S E CORAL REEF LA, JUPITER, FL 33458

10925    LIGHT, RONALD, 19106 SE CORALREEF LA, JUPITER, FL 33458

10925    LIGHT, THOMAS, 433 ELDER LANE NW, CEDAR RAPIDS, IA 52405

10925    LIGHT, VELMA, 11024 THORNHILL CLUBDRIVE, CHARLOTTE, NC 28277

10925    LIGHT, W, 1009 W WARREN, PLANT CITY, FL 33566

10925    LIGHTBURN, ALICE, 85 CLIFTON ST, CAMBRIDGE, MA 02140-1712

10925    LIGHTFOOT, DAVID, 1102 BOUCHER AVE, ANNAPOLIS, MD 21403

10925    LIGHTFOOT, FRANKLIN & WHITE, LLC, 505 20TH ST NORTH, BIRMINGHAM, AL 35203

10925    LIGHTFOOT, KEN, 4477 DUNMOVIN DR, KENNESAW, GA 30144

10925    LIGHTFOOT, MONROE, 4310 FERNSIDE ST, PASADENA, TX 77505

10925    LIGHTFOOT, SUSAN, RT. 1, BOX 410, GRAND CANE, LA 71032

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LIGHTFRITZ, ROBERT, 3708 ONSET LANE, WALDORF, MD 20601 | |
| 10924 | LIGHTHOUSE ELEC/PPG, 1 PPG PLACE, PITTSBURGH, PA 15222 | |
| 10924 | LIGHTHOUSE POINT (BOATEL), INSULATION OF MARYLAND, INC., 2760 BOSTON STREET, BALTIMORE, MD 21224 | |
| 10924 | LIGHTHOUSE POINT, 2760 BOSTON STREET, BALTIMORE, MD 21224 | |
| 10925 | LIGHTHOUSE POOL INC, 4640 NORTH POWERLINE ROAD, POMPANO BEACH, FL 33073-3027 | |
| 10925 | LIGHTHOUSE STUDIOS, 2 EAST READ ST 5TH FL, BALTIMORE, MD 21202 | |
| 10925 | LIGHTHOUSE YOUTH SERVICES, INC, 1501 MADISON RD., 2ND FL, CINCINNATI, OH 45206 | |
| 10924 | LIGHTHOUSE/VIP PRODUCTS, 703 SOUTH STREET, NEW SMYRNA BEACH, FL 32168 | |
| 10925 | LIGHTIN, 4757 CORNELL RD., CINCINNATI, OH 45241 | |
| 10924 | LIGHTING FIXTURE AND SUPPLY, P.O. BOX 1259, ALLENTOWN, PA 18105 | |
| 10925 | LIGHTNIN MIXER CO., PO BOX 266657, HOUSTON, TX 77207 | |
| 10925 | LIGHTNIN MIXERS & AERATORS, 2002 BLUNINGDALE RD, GLENDALE HEIGHTS, IL 60139 | |
| 10925 | LIGHTNIN MIXERS, PO BOX 483, RICHFIELD, OH 44286 | |
| 10925 | LIGHTNIN, 1115 HILLTOP DR, ITASCA, IL 60143 | |
| 10925 | LIGHTNIN, 135 MT. READ BLVD., ROCHESTER, NY 14611 | |
| 10925 | LIGHTNIN, 4757 CORNELL RD., CINCINNATI, OH 45241-2432 | |
| 10925 | LIGHTNIN, 4757 CORNELL ROAD, CINCINNATI, OH 45241-2432 | |
| 10925 | LIGHTNIN, PO BOX 1370, ROCHESTER, NY 14603-1370 | |
| 10925 | LIGHTNIN, PO BOX 277886, ATLANTA, GA 30384-7886 | |
| 10925 | LIGHTNIN, PO BOX 651034, CHARLOTTE, NC 28265-1034 | |
| 10925 | LIGHTNING CIRCUITS, 481 VICTORIA ST, NIAGARA-ON-THE-LAKE, ON L0S 1J0CANADA | *VIA Deutsche Post* |
| 10925 | LIGHTNING INDUSTRIES, PO BOX 300317, KANSAS CITY, MO 64130-0317 | |
| 10924 | LIGHTOHOUSE/VIP PRODUCTS, P O BOX 1253, NEW SMYRNA BEACH, FL 32170 | |
| 10925 | LIGHTSEY, JOHN, 320 NE 4TH ST, FORT MEADE, FL 33841-2616 | |
| 10925 | LIGHTSEY, JON, BOX #442 HWY 92, GRAY COURT, SC 29645-0442 | |
| 10925 | LIGHTSPEED SOFTWARE, 1800 19TH ST, BAKERSFIELD, CA 93301 | |
| 10924 | LIGHTWEIGHT BLOCK CO INC, PO BOX 12348, ROANOKE, VA 24024 | |
| 10924 | LIGHTWEIGHT BLOCK CO INC, PO BOX 3295, EDEN, NC 27288 | |
| 10924 | LIGHTWEIGHT BLOCK CO INC, PO BOX11466, LYNCHBURG, VA 24506 | |
| 10924 | LIGHTWEIGHT BLOCK CO., INC., 3002 SHENANDOAH AVE., N.W., ROANOKE, VA 24024 | |
| 10924 | LIGHTWEIGHT BLOCK COMPANY, 327 HARRY AKERS, EDEN, NC 27288 | |
| 10924 | LIGHTWEIGHT BLOCK COMPANY, P.O. BOX 3295, EDEN, NC 27288 | |
| 10924 | LIGHTWEIGHT BLOCK COMPANY, PO BOX88, SOUTH BOSTON, VA 24592 | |
| 10924 | LIGHTWEIGHT BLOCK, LOWER BASIN CONCORD TURNPIKE, LYNCHBURG, VA 24506 | |
| 10924 | LIGHTWEIGHT BLOCK, P O BOX 11486, LYNCHBURG, VA 24506 | |
| 10924 | LIGHTWEIGHT CONCRETE, 2833 CALHOUN AVE, CHATTANOOGA, TN 37407 | |
| 10925 | LIGHTWORKS PHOTOGRAPHY, 175 THIRD ST, NAPA, CA 94559 | |
| 10925 | LIGNIN INSTITUTE, PO BOX 420187, ATLANTA, GA 30342 | |
| 10925 | LIGNOTECH USA INC, PO BOX 3019, CAROL STREAM, IL 60132-3019 | |
| 10925 | LIGNOTECH USA,INC, P.O. BOX 2616, STATION A, TORONTO, ON M5W 2N7CANADA | *VIA Deutsche Post* |
| 10925 | LIGOCKI, ROBERT, 5038 SPRUCE COURT, GREENDALE, WI 53129 | |
| 10925 | LIGON NATIONWIDE, INC, PO DRAWER L, MADISONVILLE, KY 42431-0780 | |
| 10925 | LIGON, CLAUDETTE, 2468 BAHAMA #206, DALLAS, TX 75211 | |
| 10925 | LIGON, RACHAEL, 19 POMELOS LANE, BROWNSVILLE, TX 78521 | |
| 10925 | LIGON, SUSAN, 60 RANDALL DRIVE, TAYLORS, SC 29687 | |
| 10925 | LIGONDE, FENEL, 30 HEMENWAY ST., BOSTON, MA 02115 | |
| 10925 | LIGONS, MICHAEL, 1701 BAYSIDE BCH RD, PASADENA, MD 21122 | |
| 10925 | LIGUE, JOANN, 753 S DWYER UNIT A, ARLINGTON HTS, IL 60005 | |
| 10925 | LIIAS, INGEBORG, 24 GLENWOOD AVE, WOBURN, MA 01801 | |
| 10924 | LIKA UTAH, 594 NORTH BILLY MITCHELL ROAD, SALT LAKE CITY, UT 84116 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LIKA, 1443 NAVY DRIVE, STOCKTON, CA 95206 | |
| 10925 | LIKAITE, DAIVA A, 42 THOMAS PARK, BOSTON, MA 02127 | |
| 10925 | LIKAITE, DAIVA, 42 THOMAS PARK, BOSTON, MA 02127 | |
| 10925 | LIKES CLINIC, 208 WILLOW VALLEY, LAMAR, CO 81052 | |
| 10925 | LILA HARVEY, 5926 ROSSMORE DR, BETHESDA, MD 20814-2232 | |
| 10925 | LILA RICKEL, 13740 JEFERSON CIRCLE, OMAHA, NE 68137-4120 | |
| 10925 | LILA WERNER, 6 BRAMPTON LA, GREAT NECK, NY 11023-1304 | |
| 10924 | LILBURN MIDDLE SCHOOL, C/O ALPHA INSULATION, LILBURN, GA 30247 | |
| 10925 | LILE INTERNATIONAL COMPANIES, PO BOX 1008, TUALATIN, OR 97062-1008 | |
| 10925 | LILE, CARL, PO BOX 194, BURKBURNETT, TX 76354 | |
| 10925 | LILE, MICHELLE, PO BOX 303, SANTA FE, TX 77510 | |
| 10925 | LILES, ANDREW, 1712 NANTAHALA BLVD, MT. PLEASANT, SC 29464 | |
| 10925 | LILES, ANGELA, 5691 DAPHNE DR, WEST PALM BCH, FL 33415 | |
| 10925 | LILES, GLENN, 1879 CAROLINA COUNTRY CLUB ROAD, SPARTANBURG, SC 29306 | |
| 10925 | LILES, MICHAEL, RT. 1, BOX 1009, ALTO,, TX 75925 | |
| 10925 | LILIE, MICHAEL JAMES, 4323 CRITES ST, HOUSTON, TX 77252 | |
| 10925 | LILIE, MICHAEL, 17330 WELLBORN, PEARLAND, TX 77584 | |
| 10925 | LILIENSIEK, PEGGY, 2965 DOVER, FLORISSANT, MO 63033 | |
| 10925 | LILLA BRYANT KNAPP, 3239 DEL MONTE, HOUSTON, TX 77019-3217 | |
| 10925 | LILLEGAARD, RANDALL, 1408 N E 2ND, MOORE, OK 73160 | |
| 10925 | LILLESAND, BRENT, 4714 AGATE LANE 5 N WHITNEY WAY, MADISON, WI 53714 | |
| 10925 | LILLEVAND, DAVID, 777 S MATHILDA AVE, 292, SUNNYVALE, CA 94087-1331 | |
| 10925 | LILLEY ENG CO, INC, 217 CATALPA ST., ITASCA, IL 60143 | |
| 10925 | LILLEY, JAMES, 15 PETTEY RD, WILTON, NH 03086 | |
| 10925 | LILLEY, JAMES, 68 LOVERS LANE, HARWICH, MA 02645 | |
| 10925 | LILLEY, JOE, 317 ABBOTT, BAYTOWN, TX 77520 | |
| 10925 | LILLEY, KRISTIN, 517 EIGHTH AVE, 3, BROOKLYN, NY 11215 | |
| 10925 | LILLEY, RICHARD, 6109 ALDERPOINTE ST, BAKERSFIELD, CA 93313 | |
| 10925 | LILLI MARGARET JAFFE, 95 CHRISTOPHER ST, NEW YORK, NY 10014-6605 | |
| 10925 | LILLIAN A LUKSIS, 135 SEWALL ST, BOYLSTON, MA 01505-1712 | |
| 10925 | LILLIAN ACKERMAN, 180 N EDGEHILL AVE, DOVER, DE 19901-4267 | |
| 10925 | LILLIAN C MONDI &, CHARLES J MONDI JT TEN, 400 BUTERFIELD RD, APT 362, ELMHURST, IL 60126-4982 | |
| 10925 | LILLIAN CECELIA SAVAGE &, HELEN CARRIE SAVAGE JT TEN, C/O JAMES F SCANLAN JR, 80 BOWER RD, BRAINTREE, MA 02184-1500 | |
| 10925 | LILLIAN G WILSON &, HARRIET W MCINNES JT TEN, 13700 BARDON RD, PHOENIX, MD 21131-1516 | |
| 10925 | LILLIAN GARFINKEL, C/O RICHES, 8301 RIDGE BLVD, BROOKLYN, NY 11209-4329 | |
| 10925 | LILLIAN GOTTHALF, 2160 MATTHEWS AVE APT 5-O, BRONX, NY 10462-2007 | |
| 10925 | LILLIAN H KNUTSON TR UDT, NOV 30 90 THE MAYNARD R KNUTSON &, LILLIAN H KNUTSON TRUST, 1552 TULIP TREE COURT, GLENVIEW, IL 60025-2026 | |
| 10925 | LILLIAN H SCHULTZ &, VERNETTE A SCHULTZ JT TEN, 1400 15TH AVE, MENOMINEE, MI 49858-2603 | |
| 10925 | LILLIAN K BRETZLOFF TR UA, AUG 2 94, LILLIAN K BRETZLOFF REVOCABLE, LIVING TRUST, 27 SUDBURY DR, ROCHESTER, NY 14624-2640 | |
| 10925 | LILLIAN K BRETZLOFF TRUSTEE, LILLIAN K BRETZLOFF LIVING, TRUST DTD JULY 21 94, 27 SUDBURY DR, ROCHESTER, NY 14624-2640 | |
| 10925 | LILLIAN K DORSEY, 2603 HASTINGS AVE, REDWOOD CITY, CA 94061-2063 | |
| 10925 | LILLIAN M BECHTEL &, WILLIAM W BECHTEL JT TEN, 703 HAIN AVE, READING, PA 19605-2138 | |
| 10925 | LILLIAN M WHITE, THE RENAISSANCE CLUB, 221-A THORNWOOD DR, MT LAUREL, NJ 08054-1812 | |
| 10925 | LILLIAN MARSHALL, 131 FAIRFIELD AVE, MINEOLA, NY 11501-3337 | |
| 10925 | LILLIAN N NICHOLSON, 18550 BERTA RIDGE PLACE, SALINAS, CA 93907-1398 | |
| 10925 | LILLIAN OLIVIA JACOBSEN AS, CUSTODIAN IAN G JACOBSEN UNDER, THE WASHINGTON UNIFORM TRANSFERS, TO MINORS ACT, BOX 162 1812 FIR, PORT TOWNSEND, WA 98368 | |
| 10925 | LILLIAN ROTHENBERG, 31-74 29TH ST, ASTORIA, NY 11106-3374 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925  LILLIAN S KING, 19 RICHMOND HILL RD, SOUTH NORWALK, CT 06854-2515

10925  LILLIAN T W GARNER TR UA, MAY 18 81 LILLIAN T W GARNER, TRUST, PO BOX 2386, LA JOLLA, CA 92038-2386

10925  LILLIAN T W GARNER TR UA, MAY 28 81, THE LILLIAN T W GARNER, SURVIVOR TRUST, PO BOX 2386, LA JOLLA, CA 92038-2386

10925  LILLICO, SCOTT, 9495 SOUTH 217 PLACE, BOCA RATON, FL 33428

10925  LILLIE, DARRIN, 83 1/2 HOWLAND AVE, ADAMS, MA 01220

10925  LILLY ENGINEERING CO. INC., PO BOX 173, ITASCA, IL 60143

10925  LILLY ENGINEERING CO., PO BOX 173, ITASCA, IL 60143

10924  LILLY GROVE FAMILY LIFE CENTER, THE, 7034 TIERWESTER, HOUSTON, TX 77021

10925  LILLY INDUSTRIAL COATINGS, INC, PO BOX 946, INDIANAPOLIS, IN 46206

10924  LILLY INDUSTRIAL COATINGS, INC., 901 WEST UNION STREET, MONTEBELLO, CA 90640

10924  LILLY INDUSTRIES INC., 2518 CHALK HILL ROAD, DALLAS, TX 75212

10924  LILLY INDUSTRIES INC., PO BOX 40438, INDIANAPOLIS, IN 46240

10924  LILLY INDUSTRIES INC.-DO NOT USE, 200 W. 103RD STREET, INDIANAPOLIS, IN 46290

10924  LILLY INDUSTRIES, 1133 ERIE, KANSAS CITY, MO 64116

10924  LILLY INDUSTRIES, 1136 FAYATTE, KANSAS CITY, MO 64116

10924  LILLY INDUSTRIES, 13535 MONSTER ROAD SOUTH, SEATTLE, WA 98178

10924  LILLY INDUSTRIES, 1771 INDUSTRIAL ROAD, DOTHAN, AL 36302

10924  LILLY INDUSTRIES, 200 W. 103RD STREET, INDIANAPOLIS, IN 46290

10924  LILLY INDUSTRIES, 65 DUKE STREET, LONDON, ON N6A 4E8TORONTO                  *VIA Deutsche Post*

10924  LILLY INDUSTRIES, INC., 200 W. 103RD STREET, INDIANAPOLIS, IN 46290

10924  LILLY INDUSTRIES, INC., 2147 BREVARD ROAD, HIGH POINT, NC 27262

10924  LILLY INDUSTRIES, INC., 5400 23RD. AVENUE, MOLINE, IL 61265

10924  LILLY INDUSTRIES, INC., PO BOX 946, INDIANAPOLIS, IN 46206

10924  LILLY INDUSTRIES, PO BOX 1305, DOTHAN, AL 36302

10924  LILLY INDUSTRIES, PO BOX 1305, DOTHAN, AL 36302-1305

10924  LILLY PARENTERAL LAUNCH #103, C/O CIRCLE B, 1301  SOUTH RIVER PARKWAY, INDIANAPOLIS, IN 46225

10925  LILLY STEAM TRAPS INC, PO BOX 173, ITASCA, IL 60143

10924  LILLY"S 141 CAFETERIA(BLDG141-4), 1400 WEST RAYMOND STREET, INDIANAPOLIS, IN 46217

10924  LILLY, 200 W. 103RD STREET, INDIANAPOLIS, IN 46290

10924  LILLY, 200N W. 103RD STREET, INDIANAPOLIS, IN 46290

10924  LILLY, 2223 SHORE STREET, HIGH POINT, NC 27263

10924  LILLY, 347 CENTRAL AVE, BOWLING GREEN, KY 42101

10924  LILLY, 347 CENTRAL AVENUE, BOWLING GREEN, KY 42101

10925  LILLY, ALICE, 8205 WASHINGTON BLVD., JESSUP, MD 20794

10925  LILLY, ANGELA, 618 HONEYSUCKLE DR., MADISON, MI 39110

10925  LILLY, DEWEY, 4316 OLD CAVE SPRINGROAD, ROANOKE, VA 24018

10925  LILLY, MARIA, BOX 13 BAYES HALL NC, DURHAM, NC 27707

10925  LILLY, MELISSA, 3845 SID JONES LA, WAKE FOREST, NC 27587

10925  LILLY, PAMELA Y, 120 BUTLER ST, OAK HILL WV, WV 25901

10925  LILO HERZ, C/O KITTY HOUSE, 2550 WEBB AVE APT 12X, BRONX, NY 10468-3986

10924  LILY CLINIC EXPANSION C/O CIRCLE B, 550 N. UNIVERSITY STREET, INDIANAPOLIS, IN 46202

10925  LILY KING, DOWLING GARDENS APARTMENT 329, 190 KINGS HWY, SPARKILL, NY 10976-1068

10925  LILY M K LOO, PO BOX 19187, HONOLULU, HI 96817-9187

10925  LILY W GRADEN, 1213 WHITLOCK RIDGE DR, MARIETTA, GA 30064-5415

10925  LILYAN S NIELSEN, 20 LINDA RD, PORT WASHINGTON, NY 11050-2817

10925  LIM, ADELFA, 3866 RUIDOSA DR., DALLAS, TX 75228

10925  LIM, EDESA, 4804 ERTTER DR, ROCKVILLE, MD 20852

10925  LIM, EDUARDO, 13808 SHANNON AVE, LAUREL, MD 20707

10925  LIM, JI WON, 1409 ROPER MOUNTAIN RD, APT. 415, GREENVILLE, SC 29615

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LIM, MARIA, 22 COLLEGE ST, JERSEY CITY, NJ 07305 | |
| 10925 | LIM, PERLA, 1500 NW 12 AVE, MIAMI, FL 33136 | |
| 10924 | LIMA CEMENT PRODUCTS, 980 SHAWNEE RD, LIMA, OH 45805 | |
| 10924 | LIMA CEMENT PRODUCTS, 980 SHAWNEE ROAD, LIMA, OH 45805 | |
| 10925 | LIMA MEDICAL SUPPLIES, INC, PO BOX 1276, LIMA, OH 45802 | |
| 10925 | LIMA, ANDRIA, 4971 SW 7TH ST, MARGATE, FL 33068 | |
| 10925 | LIMA, CHARLES, 1406 HILLSIDE LANE, MCHENRY, IL 60050 | |
| 10925 | LIMA, RONALD, 361 CHACE ST, SOMERSET, MA 02726 | |
| 10925 | LIMAS, PATRICK, 22515 COBBLE CREEK, MORENO VALLEY, CA 92557 | |
| 10925 | LIMBERGER, SHERI, 4807 MARYMEAD DR, FAIRFAX VA, VA 22030 | |
| 10925 | LIMBO, MATEO, 525 NE 179TH DR., N MIAMI BEACH, FL 33162 | |
| 10924 | LIMCO MANUFACTURING CORPORATION, 5304 S. LAWTON AVENUE, TULSA, OK 74107 | |
| 10924 | LIMCO MANUFACTURING CORPORATION, 6520 GLASS FACTORY ROAD, MARCY, NY 13403 | |
| 10924 | LIMESTONE PRODUCTS & SUPPLY, MILLERS RUN ROAD, BRIDGEVILLE, PA 15017 | |
| 10924 | LIMESTONE PRODUCTS & SUPPLY, P. O. BOX 403, BRIDGEVILLE, PA 15017 | |
| 10924 | LIMESTONE PRODUCTS & SUPPLY, PO BOX 403, BRIDGEVILLE, PA 15017 | |
| 10925 | LIMINIK, TATYANA, 303 HILL TER, NORTHVALE, NJ 07647 | |
| 10925 | LIMONES, GILBERT, 4540 GLENVIEW CT, FT WORTH, TX 76180 | |
| 10925 | LIMOS, MARILYN, 2606 TINIAN DR., CORPUS CHRISTI, TX 78418 | |
| 10925 | LIMOUSINE EIGHTEEN, POBOX 263, LEXINGTON, MA 02420 | |
| 10925 | LIMOUSINE SERVICES, 5140 SOUTH 3RD ST, MILWAUKEE, WI 53237-0735 | |
| 10925 | LIMP, KELLY, 317 SUMMIT RIDGE DR, GREENWOOD, IN 46142 | |
| 10924 | LIMPERT BROTHERS, INC., NW BOULEVARD AND PLUM STREET, VINELAND, NJ 08360 | |
| 10924 | LIMPERT BROTHERS, INC., PO BOX 520, VINELAND, NJ 08360 | |
| 10925 | LIN CHONG HUAN, FLAT D 3/F, SHANGHAI HOUSE, TSUEN WAN CENTRE, TSUEN WAN N T, HONG KONG | *VIA Deutsche Post* |
| 10925 | LIN, CHUN C, 1652 MONROE ST APT C, MADISON, WI 53711-2046 | |
| 10925 | LIN, GENG, 1821 WHITE COLUMNS DR, ROLLA, MO 65401 | |
| 10925 | LIN, GEORGE Y, CUST FOR FBO WILBUR B LIN, UNDER OH UNIF TRAN TO MIN ACT, 2829 CHINOOK LN, DAYTON, OH 45420-3828 | |
| 10925 | LIN, HARK WAH, CUST FOR FBO THOMAS B LIN, UNDER UNIF TRANS TO MIN ACT OH, 2829 CHINOOK LN, DAYTON, OH 45420-3828 | |
| 10925 | LIN, HUI (LAURA), 201 MAIN ST UNIT 45, WOBURN, MA 01801 | |
| 10925 | LIN, HUI, 201 MAIN ST UNIT 45, WOBURN, MA 01801-5058 | |
| 10925 | LIN, MICKEY, 14 EAST 70TH ST, ORANGEBURG, NY 10962 | |
| 10925 | LIN, WENGLONG, 297 MAIN ST. #7, MEDFORD, MA 02155 | |
| 10925 | LIN, YIAU CHUWN J, 1520 PALISADES DRIVE, CARROLLTON, TX 75007 | |
| 10925 | LIN, YOU-JYH, C/O KATHLEEN A. REID 7379 ROUTE 32, COLUMBIA, MD 21044 | |
| 10925 | LIN, ZENAIDA, 15031 ROCK KNOLL, HOUSTON, TX 77083 | |
| 10925 | LIN, ZHIHAO, 6562 AUTUMN WIND CIRCLE, CLARKSVILLE, MD 21029 | |
| 10925 | LINA, CECILE, 132 E 218TH PLACE, CARSON, CA 90745 | |
| 10925 | LINAKER, ROBERT, 2670 W. SANDBROOK LANE, TUCSON, AZ 85741 | |
| 10925 | LINAN, DAMON, 9816 N GORDON AVE, DELHI, CA 95315 | |
| 10925 | LINAN, OTTO, 14948 NURMI ST, SYLMAR, CA 91342 | |
| 10925 | LINARES, ESTHER, 11931 LORALEEN ST, GARDEN GROVE, CA 92641 | |
| 10925 | LINARES, JOSE, 1610 NORTH BROADWAY, 218, SANTA ANA, CA 92701 | |
| 10925 | LINARES, LILLIAM, CALLE C 18 P AMERIC, GURABO, PR 00658 | |
| 10925 | LINATAX INC, POBOX 899, GALLATIN, TN 37066 | |
| 10924 | LINATEX CORP OF AMERICA, P O BOX 899, GALLATIN, TN 37066 | |
| 10925 | LINATEX CORP OF AMERICA, PO BOX 94188, CHICAGO, IL 60690 | |
| 10925 | LINATEX CORP., CAMBRIDGE, MA 02140 | |
| 10925 | LINATEX CORPORATION OF AMERICA, PO BOX 94188, CHICAGO, IL 60690 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    LINATEX INC, 225 INDUSTRIAL DR #2, HAMPSHIRE, IL 60140

10925    LINATEX, INC, 1550 AIRPORT ROAD, GALLATIN, TN 37066

10925    LINATEX, SUITE D, CARPENTERSVILLE, IL 60110

10925    LINC SYSTEMS CORP, POBOX 931782, ATLANTA, GA 31193-1782

10925    LINC SYSTEMS CORPORATION, PO BOX 931782, ATLANTA, GA 31193-1782

10925    LINCH, JOSEPH, 100 VIRGINIA DR., CENTERVILLE, GA 31028

10925    LINCO TOOL & MACHINE CO., 264 ARLINGTON ST, WATERTOWN, MA 02172

10924    LINCOLN CAN COMPANY, 20 THIRD AVENUE, LONG BRANCH, NJ 07740

10924    LINCOLN CAN COMPANY, SIX STANWICH ROAD, GREENWICH, CT 06830

10925    LINCOLN COMPOSITES, 4300 INDUSTRIAL AVE, LINCOLN, NE 68504

10925    LINCOLN CONTROLS CO/AVNET IND., DIVISION OF HYDRO AIR, LLC, POBOX #45, NORTH HAVEN, CT 06473

10924    LINCOLN DEVELOPMENT, 333 WINTHROP AVE, LAWRENCE, MA 01840

10925    LINCOLN ELECTRIC CO OF CANADA, 12601 KIRBY AVE, CLEVELAND, OH 44108

10925    LINCOLN ELECTRIC CO OF CANADA, 179 WICKSTEED AVE, TORONTO, ON M4G 2B9CANADA    *VIA Deutsche Post*

10925    LINCOLN ELECTRIC CO, 22801 ST CLAIR AVE, CLEVELAND, OH 44117

10925    LINCOLN ELECTRIC CORPORATION, 26351 CURTISS-WRIGHT PKWY., CLEVELAND, OH 44143-1455

10924    LINCOLN ELECTRIC SY., 1800 ADAMS, LINCOLN, NE 68501

10924    LINCOLN ELECTRIC SY., P.O. BOX  80756, LINCOLN, NE 68501

10924    LINCOLN ELECTRIC(AUSTRALIA), 21500 AEROSPACE PARKWAY, BROOKPARK, OH 44142

10924    LINCOLN ELECTRIC, 6500 HEISLEY ROAD, MENTOR, OH 44060

10924    LINCOLN ELEMENTARY SCHOOL, RALSTON PLACE, PITTSBURGH, PA 15216

10925    LINCOLN NATL LIFE INS CO, 1300 SOUTH CLINTON ST., FORT WAYNE, IN 46801

10925    LINCOLN PARK JEWISH CENTER, 311 CENTRAL PARK AVE, YONKERS, NY 10704-2907

10924    LINCOLN PARK ZOO, FULLERTON & CALHOUN, CHICAGO, IL 60617

10924    LINCOLN PLACE, 612 GEORGE WASHINGTON HIGHWAY, LINCOLN, RI 02865

10925    LINCOLN PROPERTY CO, MACK POGUE CHM & CEO, 500 N AKARD, SUITE 3300, DALLAS, TX 75201

10924    LINCOLN READY MIX CONC, 665 REDI MIX TRAIL, BROOKHAVEN, MS 39601

10924    LINCOLN READY MIX CONC, P O BOX 3727, BROOKHAVEN, MS 39601

10924    LINCOLN READY MIX CONC, P.O. BOX 3727, BROOKHAVEN, MS 39601

10924    LINCOLN SUPPLY, 92-100 LINCOLN AVE, TRENTON, NJ 08607

10924    LINCOLN SUPPLY, PO BOX 1327, TRENTON, NJ 08607

10925    LINCOLN TOOLS & MACHINE CORP., POBOX 443, HUDSON, MA 01749-0443

10924    LINCOLN TUNNEL, 32 PLUM STREET, TRENTON, NJ 08638

10925    LINCOLN, DANA, 17 3RD AVE, DUNBAR, PA 15431

10925    LINCOLN, JENNIFER, 36 TREMONT ST. #2, PEABODY, MA 01960

10925    LINCOLN, KARON, 710 PENNSYLVANIA AV, SHREVE, OH 44676

10925    LINCOLN, ROBERT, 35 WORCESTER SQUARE, BOSTON, MA 02118

10925    LINCOLN, ROBERT, ROUTE 1, HALLIDAY, ND 58626

10925    LINCOLN, SUSAN, PO BOX 215, UNION, NH 03887

10925    LINCOLN, WAYDE, 2 MARSHALL AVE, ADAMS, MA 01220

10925    LINCOLNHOL, JEAN, 7 MATTESON BROOK LN, SIMPSONVILLE, SC 29681

10924    LINCOLNSHIRE CORPORATE CENTER, C/O SPRAY INSULATION, LINCOLNSHIRE, IL 60069

10924    LINCOLNWAY MATERIALS, P O BOX 384, DIXON, IL 61021

10925    LINCOURT CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925    LIND, DAVID, 15405 SUMMIT BLVD, COBB, CA 95426

10925    LIND, ERIC S, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925    LIND, ERIC S, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    LIND, ERIC, 31 WARD RD, SUDBURY, MA 01776

10925    LIND, EVELINA, 69 01 35TH AVE, WOODSIDE, NY 11377

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  LIND, KATHLEEN, 361 A RT 9P, SARATOGA SPRINGS, NY 12866

10925  LIND, KENDRA, PO BOX 1317, LIBBY, MT 59923

10925  LIND, LYNDA, 3061 EVANS RD, RIVA, MD 21140

10925  LIND, WILLIAM, 4020 9TH AVE W, 327, HIBBING, MN 55746

10925  LINDA A BRYER-STEPP, 5141 B NESTING WAY, DELRAY BEACH, FL 33484

10925  LINDA A KNIGHT, 3500 MELANIE DR, DES MOINES, IA 50322-3920

10925  LINDA ANN SELF, 473 LINCOLN DR, VENTURA, CA 93001-2319

10925  LINDA ARCENEAUX SIMIEN, PO BOX 5815, LAKE CHARLES, LA 70606-5815

10925  LINDA BELLE SUMPTER, 1 WILD HUNT COURT, GAITHERSBURG, MD 20882-1511

10925  LINDA C JORDAN, 157 MATHIS DAIRY RD, SPARTANBURG, SC 29307-4441

10925  LINDA CARLSON BROOKS, 308 STONECREST DR, ROCKWALL, TX 75087-4214

10925  LINDA COLOMO &, CHARLES COLOMO JT TEN, 9 KENNEDY ST, ALEXANDRIA, VA 22305-2518

10925  LINDA DAVENPORT MAHAFFEY &, JAMES MAHAFFEY JT TEN, 245 ASHBY ST, DAYTON, VA 22821-9555

10925  LINDA E BOVE &, TERRY F BOVE JT TEN, 5851 BRIAN DRIVE, BETHEL PARK, PA 15102-3480

10925  LINDA E DIERSTEIN, 9466 SANDPIPER EAST DR, INDIANAPOLIS, IN 46268-3233

10925  LINDA FAIOLA & MICHAEL V FAIOLA, JT TEN, 190 HIGH ST, WINCHESTER, MA 01890-3366

10925  LINDA FISHER, 203 IVY ST, DEER PARK, TX 77536

10925  LINDA G SIEMERING, 1407 MILLVILLE-SHANDON RD, HAMILTON, OH 45013-9588

10925  LINDA HALL LIBRARY, 5109 CHERRY ST, KANSAS CITY, MO 64110-2498

10925  LINDA HALL LIBRARY, 5109 CHERRY ST., KANSAS CITY, MO 64110-2498

10925  LINDA J HAHN, 24 ELIOT ROAD, MANALAPAN, NJ 07726-3726

10925  LINDA J KUGLER KOSSON, 22040 PALM GRASS DR, BOCA RATON, FL 33428-4791

10925  LINDA JACKSON, 4202 QUIGLEY AVE, LAKEWOOD, CA 90713-3327

10925  LINDA JEAN ROSS, 1425 N 7TH AVE EAST, NEWTON, IA 50208-2455

10925  LINDA K PENFOLD, 66 SOUTH 12TH AVE, BRIGHTON, CO 80601-2219

10925  LINDA K TIMMENDEQUAS, 271 BIRCHVIEW DR, PISCATAWAY, NJ 08854-3578

10925  LINDA KAY PARTRIDGE, 303 MIAMI COURT, TECUMSEH, MI 49286-1015

10925  LINDA L LANZ, 189 PROSPECT PL, RUTHERFORD, NJ 07070-1616

10925  LINDA L SEARS, 3867 SOUTHERN BLVD, WEST PALM BEACH, FL 33406

10925  LINDA L. CRUMP, 306 SEVERN RD., CROWNSVILLE, MD 21032

10925  LINDA LAWSON, HWY 221, ENOREE, SC 29335

10925  LINDA LUE UNGER, 734 BRIDWELL RD, TRAVELERS RS, SC 29690-9627

10925  LINDA M CAMERON &, SUSAN Z BOYER JT TEN, 313 SOUTH YORK, DEARBORN, MI 48124-1441

10925  LINDA M COCO, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925  LINDA M. LINDSEY, 6606 MARSHALL BLVD, LITHONIA, GA 30058

10925  LINDA MARIE LINDSEY, 2243 KALE CT, DACULA, GA 30019-2399

10925  LINDA NELSON, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925  LINDA ORSINI, 77 DRAGON CT, WOBURN, MA 01888

10925  LINDA P SEGAL, 530 E 72ND ST APT 10F, NEW YORK, NY 10021-4848

10925  LINDA PARTRIDGE & ELISA K OLIVER, TR UA DEC 31 71, FRANKLIN H COWARD TRUST, 303 MIAMI CT, TECUMSEH, MI 49286-1015

10925  LINDA PREVATTE, C/O LINDA WILLIAMS, 838 W GERMANTOWN PIKE, NORRISTOWN, PA 19403-4258

10925  LINDA RENKOFF & ALLEN RENKOFF JT TEN, 438 PRESCOTT RD, UNION, NJ 07083-9140

10925  LINDA SCHNEIDER, 343 GODWIN AVE, MIDLAND PARK, NJ 07432-1501

10925  LINDA T CANNON, 12402 E PACIFIC CIRCLE UNIT B, AURORA, CO 80014-1226

10925  LINDA WILLIAMS, 5261 KUNKEL DR, SAN JOSE, CA 95124-6012

10925  LINDA YOUNG-BANDALA, PO BOX 3518, EASTON, PA 18043-3518

10925  LINDAS FLOWERS, PO BOX 22, DUNCAN, SC 29334

10925  LINDAU CHEMICALS INC, 731 ROSEWOOD DRIVE, COLUMBIA, SC 29201

10925  LINDAU CHEMICALS INC, D REECE WILLIAMS III CALLISON TIGHE, 1812 LINCOLN ST, PO BOX 1390, COLUMBIA, SC 29202-1390

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LINDAU CHEMICALS INC., 731 ROSEWOOD DRIVE, COLUMBIA, SC 29201 | |
| 10924 | LINDAU CHEMICALS INC., 750 GRANBY LANE, COLUMBIA, SC 29201 | |
| 10925 | LINDBERG, JOHN A, 314 MORRIS AVE, INWOOD, NY 11096-2016 | |
| 10925 | LINDBERG, LINDA, 1906 CHAMPION DR, MOREHEAD, NC 28557 | |
| 10925 | LINDBERG, PO BOX 277383, ATLANTA, GA 30384-7383 | |
| 10925 | LINDBERG, PO BOX 75690, CHICAGO, IL 60675 | |
| 10925 | LINDBERGH J CARPENTER, 4525 RUNNYMEADE RD, OWINGS MILLS, MD 21117-6157 | |
| 10924 | LINDBLAD CONST. CO., (SEE DIRECTIONS), ELGIN, IL 60121 | |
| 10925 | LINDBORG, MAURICE, 1112 ESSEX COURT, BATAVIA, IL 60510 | |
| 10925 | LINDCO TOOL DIVISION INC, 24 SAINT MARTIN DRIVE, MARLBORO, MA 01752 | |
| 10925 | LINDE, JANET, 7731 BLUEBERRY HILL LANE, ELLICOTT CITY, MD 21043 | |
| 10925 | LINDE, ROBERT, 3756 N. 76TH ST APT. #8, MILWAUKEE, WI 53222 | |
| 10925 | LINDEBERG, JACK, PO BOX 564, LYMAN, WY 82937 | |
| 10925 | LINDELL, LOUISA, 1600 W WILLOW RUN DR, WILMINGTON, DE 19805 | |
| 10925 | LINDELOW, KEVIN, 24 ROSS ST, SOMERVILLE, NJ 08876 | |
| 10924 | LINDEMANN CHIMNEY SUPPLY, 28915 HERKY DR., LAKE BLUFF, IL 60044 | |
| 10925 | LINDEMANN, CAROL, RT. 6 BOX 117 DEWEY, AMARILLO, TX 79124 | |
| 10925 | LINDEN E WITHERILL, 777 S. PROSPECT ST., BURLINGTON, VT 05401 | |
| 10925 | LINDEN EQUIPMENT, 4701 N RONALD ST, HARWOOD HEIGHTS, IL 60656 | |
| 10925 | LINDEN MOTOR FREIGHT CO INC, PO BOX 169, LINDEN, NJ 07036 | |
| 10924 | LINDEN TRADING CO., 17785 CENTER COURT DR N, #700, CERRITOS, CA 90703 | |
| 10925 | LINDEN, DELBERT, 31818 TREVOR AVE, HAYWARD, CA 94544 | |
| 10925 | LINDENMEYER, DENISE, 745 BROOKLINE, SOUTH ELGIN, IL 60177 | |
| 10925 | LINDENMEYR MUNROE, PO BOX 5459, BOSTON, MA 02206 | |
| 10925 | LINDENMEYR-MUNROE, POBOX 5459, BOSTON, MA 02206 | |
| 10925 | LINDENSCHMID, PETER, 6333 RUSTIC LANE, RIVERSIDE, CA 92509 | |
| 10925 | LINDER CRANE SERVICE, INC, 1003 N. KRESSON ST., BALTIMORE, MD 21205 | |
| 10925 | LINDER, BARRY, 130 KNIGHT ROAD, GRAY COURT, SC 29645 | |
| 10925 | LINDER, CURTIS, BOX 692, SIMPSONVILLE, SC 29681 | |
| 10925 | LINDER, CURTIS, POBOX 692, SIMPSONVILLE, SC 29681 | |
| 10925 | LINDER, MARC R, 3414 W TANGERINE LANE, PHOENIX, AZ 85051-3816 | |
| 10925 | LINDERMAN, NANCY, 405 KILREE RD, MAYS CHAPEL, MD 21093 | |
| 10925 | LINDERMAN, ROBERT, 405 KILREE RD 203, 203, TIMONIUM, MD 21093-7451 | |
| 10925 | LINDEWURTH, RICHARD, 28 LARCHMONT ST, ARDSLEY, NY 10502 | |
| 10925 | LINDHOLM EDWARD M US ENTITIES IN ZE, GILMAN AND PASTOR, ONE BOSTON PLACE 28TH FL, BOSTON, MA 02108 | |
| 10925 | LINDHOLM, BRIAN, 6006 GREENWOOD DRIVE, SHAWNEE, KS 66216-1563 | |
| 10925 | LINDLAHR, KARRI, 313 OXFORD, CLOVIS, CA 93612 | |
| 10925 | LINDLAND, LAWRENCE C, DRAGON COURT, WOBURN, MA 01888 | |
| 10925 | LINDLAND, LAWRENCE, 7 GROVE ST, ESSEX, MA 01929 | |
| 10925 | LINDLER, DANIEL, 9711 HWY 56, ENOREE, SC 29335 | |
| 10925 | LINDLEY, BOBBY, 1106 DUNKLIN BR RD, FOUNTAIN INN, SC 29644 | |
| 10925 | LINDLEY, CHRISTI, 206 SWEETGUM ST, LAURENS, SC 29360 | |
| 10925 | LINDLEY, JONATHAN, 2905 W. 48TH ST., WESTWOOD, KS 66205 | |
| 10925 | LINDLEY, MARCY, 1514 WENDY RD, WEATHERFORD, TX 76086 | |
| 10925 | LINDLEY, RONALD, 4111 BELHAVEN RD EXT, BELTON, SC 29627 | |
| 10925 | LINDLEY, STEVE, 312 REDWING WAY, CASSELBERRY, FL 32707 | |
| 10925 | LINDLEY, WAYNE, 108 WEST BUCHANAN, RICHMOND, MO 64085 | |
| 10925 | LINDNER, KELLY, 4423 ORLANDO LANE, BOWIE, MD 20715 | |
| 10925 | LINDNER, MARGARET, 18 RICHARD CIRCLE, WOBURN, MA 01801-1021 | |
| 10925 | LINDO, GRISELLE, 3419 BURGANDY COURT, MEQUON, WI 53092 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LINDON ASSOCIATES, PO BOX 24, LEXINGTON, MA 02173 | |
| 10925 | LINDON P CUMMINGS, 22683 SW 65 WAY, BOCA RATON, FL 33428-5923 | |
| 10925 | LINDON P CUMMINGS, 22683 SW 65TH WAY, BOCA RATON, FL 33428 | |
| 10925 | LINDQUIST, RONALD, PO BOX 178, OSCELO, NE 68651 | |
| 10925 | LINDROTH, SHARON, 1324 18TH AVE SW, CEDAR RAPIDS, IA 52404 | |
| 10924 | LINDSAY CONCRETE, 6845 ERIE AVENUE, CANAL FULTON, OH 44614 | |
| 10925 | LINDSAY MARKETING SERVICES (UK), 7 DUNDAFF CLOSE, SURREY, CAMBERLEY, GU15 1AFUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | LINDSAY, ANDRE, 11300 EVANS TR #202, BELTSVILLE, MD 20705 | |
| 10925 | LINDSAY, DORINA, 1131 NIGHTINGALE AV, MIAMI SPRINGS, FL 33166 | |
| 10925 | LINDSAY, GARY, 1416 RUIDOSA, WICHITA FALLS, TX 76305 | |
| 10925 | LINDSAY, JAMES, 78 DUNBAR ST, ABINGTON, MA 02351 | |
| 10925 | LINDSAY, JANICE, 405 PINEVIEW RD, CLINTON, NC 28328 | |
| 10925 | LINDSAY, JOSEPH R, 908 POINTE CIRCLE, WOODSTOCK GA, GA 30188 | |
| 10925 | LINDSAY, PAMELA, 5855 WEST 95TH ST., WESTCHESTER, CA 90045 | |
| 10925 | LINDSAY, ROBERT, 1418 RUIDOSA, WICHITA FALLS, TX 76305 | |
| 10925 | LINDSAY, RONNIE, 1217 W. FLORIDA AVE, CHICKASHA, OK 73018 | |
| 10925 | LINDSAY, SYLVIA, 105 EAST VALLEY DRIVE, IOWA PARK, TX 76367 | |
| 10925 | LINDSAY, VAUGHN, 7416 LANDOVER RD, LANDOVER, MD 20785 | |
| 10925 | LINDSAY, VERETTA, 713 DUNBAR ST, GREENVILLE, SC 29601 | |
| 10924 | LINDSEY CONTRACTORS, 701 S. LOOP 340, WACO, TX 76706 | |
| 10924 | LINDSEY CONTRACTORS, INC., 701 S. LOOP 340, WACO, TX 76706 | |
| 10924 | LINDSEY CONTRACTORS, INC., PO DRAWER 20307, WACO, TX 76702 | |
| 10925 | LINDSEY JR, JOE, R R 1, BOX383, ROCKPORT, IN 47635 | |
| 10925 | LINDSEY MARKETING SERVICES (UK) LTD, 32 NEW MARKET SQUARE, HAMPSHIRE, BASINGSTOKE, RG21 1HSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | LINDSEY, AMY, 1309 S.MADDOX#10, DUMAS, TX 79029 | |
| 10925 | LINDSEY, CECILIA, 11040 FERNCLIFF DRIVE, SENECA, SC 29678 | |
| 10925 | LINDSEY, DEBORAH, 311 LAKE ELJEMA DRIVE, PIEDMONT, SC 29673-9163 | |
| 10925 | LINDSEY, JERRY, 4801 BASSWOOD DRIVE, CHATTANOOGA, TN 37416 | |
| 10925 | LINDSEY, JOHNNIE MAE, PO BOX 4172 FVS, WINTER HAVEN, FL 33885 | |
| 10925 | LINDSEY, LINDA, 2243 KALE COURT, DACULA, GA 30019 | |
| 10925 | LINDSEY, LORI, 8515 ECHO CREEK LANE, SAN ANTONIO, TX 78240 | |
| 10925 | LINDSEY, MARIA, 1007 PALMETTO AVE, SANFORD, FL 32771 | |
| 10925 | LINDSEY, MATTHEW, 8136 FAIRMONT NW, ALBUQUERQUE, NM 87120 | |
| 10925 | LINDSEY, MAYSEL, ROUTE ONE BOX 91A, WIERGATE, TX 75977 | |
| 10925 | LINDSEY, MIYOSHI, 219 LAKESHORE APARTMENTS, GREENVILLE, SC 29611 | |
| 10925 | LINDSEY, ROBERT, 196 WEST MAIN ST, MARENGO, IA 52301 | |
| 10925 | LINDSEY, SAMUEL, PO BOX 130, BELLVUE, CO 80512 | |
| 10925 | LINDSEY, SHARON, 110 LYNDON DRIVE, WACO, TX 76712 | |
| 10925 | LINDSEY, SR, JOE, 811 MAPLE ST, ROCKPORT, IN 47635 | |
| 10925 | LINDSEY, TOMMY, 428 POTOMAC AVE, GREENVILLE, SC 29605 | |
| 10925 | LINDSEY, TRACEY, 395 LONGSHORE DR, ANNISTON, AL 36207 | |
| 10925 | LINDSKOG BALANCING, 1170 MASS. AVE, BOXBORO, MA 01719 | |
| 10925 | LINDSKOG BALANCING, 1170 MASSACHUSETTS AVE., BOXBOROUGH, MA 01719-1415 | |
| 10925 | LINDSLEY, DREW, 1209-B LOFTY POINT, MANCHESTER, MO 63021 | |
| 10924 | LINDSTROM ELECTRIC, 4688 BUCKLEY RD, LIVERPOOL, NY 13088 | |
| 10924 | LINDSTROM ELECTRIC, P.O. BOX 2967, SYRACUSE, NY 13220-2967 | |
| 10925 | LINDSTROM, DAVID, 7731 170TH AVE NW, ANOKA, MN 55303-3543 | |
| 10925 | LINDSTROM, JOAN, 47 REED AVE, CRANSTON, RI 02910 | |
| 10925 | LINDSTROM, LORRAINE, 8 SHIRLEY ST, PEPPERELL, MA 01463 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LINDSTROM, LORRAINE, 85 NASHUA RD, PEPPERELL, MA 01463

10925   LINDSTROM, LORRAINE, 85 NASHUA ROAD, PEPPERELL, MA 01463

10925   LINDSTROM, SUSAN, 4225 PLUMBERRY RD, ELY, IA 52227

10925   LINDSTRUM, TAMI, 4697 LUDINGTON RD., COLUMBUS, OH 43227

10925   LINDY OFFICE PRODUCTS, 1247 W GROVE AVE, ORANGE, CA 92865-4135

10925   LINE A BED, 620 MILLER AVE., WESTLAKE, LA 70669

10925   LINEAR TECHNOLOGY, 1630 MCARTHY BLVD, MILPITAS, CA 95035

10925   LINEAR TECHNOLOGY, 788 SYCAMORE DR, MILPITAS, CA 95035

10925   LINED PRODUCTS, PO BOX 3101, LAKE CHARLES, LA 70602

10924   LINENS & THINGS, 700 NORTH WHALES ROAD, MONTGOMERYVILLE, PA 18936

10925   LINENS OF THE WEEK, 2565 PENNYSLVANIA AVE., BALTIMORE, MD 21217

10925   LINENS OF THE WEEK, 713 LAMONT ST., NW, WASHINGTON, DC 20010

10925   LINES, NANCY, 205 W. UNION, ATKINSON, NE 68713

10925   LINFIELD, E THOMAS, 21 HEWLETT ST, ROSLINDALE, MA 02131

10925   LING, JIE, 5807 STEARNS ROAD CRESCENT, APT 2, WALTHAM, MA 02154

10925   LING, JOAN, 27 ELM ST, BELLINGHAM, MA 02019

10925   LINGARD, STEVEN, 923 POSTOFFICE ST, GALVESTON, TX 77550

10925   LINGER, BECKY, 926 1/2 SCOTT, TYE, TX 79563

10925   LINGER, SARA, 1179 NOBLE ST, BARBERTON, OH 44203

10925   LINGHAM, NITHYA, 794 SHERIDAN AVE, COLUMBUS, OH 43209

10925   LINGHOR, JEFFREY, 929 2ND AVE W., WILLISTON, ND 58801

10925   LINGHOR, MIKE, 605 18TH ST E APT 1, WILLISTON, ND 58801

10925   LINGHOR, TIMOTHY, RR2 BOX 94 D, WILLISTON, ND 58801

10925   LINGUISTIC SYSTEMS INC., PO BOX 390031, CAMBRIDGE, MA 02139

10925   LINING, KURT, 229 PINEY MOUNTAIN RD, GREENVILLE, SC 29609-3007

10925   LINJEN, PROMOTIONS, INC, 15519 HARBOR TOWN DR., ORLAND PARK, IL 60462

10925   LINK BELT, 922 E CHICAGO AVE, EAST CHICAGO, IN 46312

10925   LINK, KENNETH, 11504 WESTWOOD PL, CROWN POINT, IN 46307

10925   LINK, MARGARUITE, 9305 LURAY DRIVE, BALTIMORE, MD 21234-1707

10925   LINK, MICHAEL, 605 CENTER BLVD, GREENVILLE, SC 29605

10925   LINK, NANCY, 4219 NW, GAINESVILLE, FL 32605

10925   LINK, PAULA, 1321 DOWNEY ST, RADFORD, VA 24141

10925   LINK, PHILLIP, 9305 LURAY DR, BALTIMORE, MD 21234-0000

10925   LINK, THOMAS, 4644 GLANMIRE DRIVE, VIRGINIA BEACH, VA 23464

10925   LINK, TINA, 1500 W 8TH ST, MESA, AZ 85201

10925   LINKAGE INC, ONE FORBES ROAD, LEXINGTON, MA 02421

10925   LINKAGE INC, POBOX 42099, PROVIDENCE, RI 02940

10925   LINKAGE INC., POBOX 3661, BOSTON, MA 02241-3661

10925   LINKAGE, INC, POBOX 42099, PROVIDENCE, RI 02940

10925   LINKEM LTD C/O ALVARO BELTRAN, THE CHASE MANHATTAN BANK DELAWARE, WILMINGTON, DE 19801

10925   LINKHORST, ADAM, 400 NW 87TH DR #204, PLANTATION, FL 33324

10925   LINKLATERS, ONE SILK ST, LONDON, EC2Y 8HQUNITED KINGDOM       **\*VIA Deutsche Post\***

10925   LINKOUS, CLAUDE, 1802 WHIPPLE DR, BLACKSBURG, VA 24060

10924   LINKRIST CONSTRUCTION COMPANY, 80 WEIRTON STREET, CARNEGIE, PA 15106

10924   LINN COUNTY READY MIX, 617 INGLESIDE DRIVE S.W., CEDAR RAPIDS, IA 52404

10924   LINN READY MIX INC, PO BOX 1104, FAIRFIELD BAY, AR 72088

10924   LINN READY MIX INC., HIGHWAY 16 EAST, SHIRLEY, AR 72153

10924   LINN READY MIX INC., P.O. BOX 1104, FAIRFIELD BAY, AR 72088

10925   LINN, ANN, 541 1ST ST, BLUE LAKE, CA 95525

10925   LINN, DANA, 9914 NW 65TH MANOR, PARKLAND, FL 33076

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LINNAN, MICHAEL J, 1221 FOREST GLN CT SE, CEDAR RAPIDS, IA 52403

10925   LINNEHAN, ANITA, 128 HIGH ST, READING, MA 01867

10925   LINNEHAN, WILLIAM, 20 HARVEST ST, LYNN, MA 01902

10925   LINNEMANSTONS, JOHN, ROUTE 1, ADELL, WI 53001-9801

10924   LINO LAKES CONVENTION CENTER, LINO LAKES, MN 55014

10924   LINO LAKES CORRECTIONAL FACILITY, C/O STUCCO ONE, BROOKLYN PARK, MN 55443

10925   LINOX GAS TECH, PO BOX 6003, HILLSIDE, IL 60162

10925   LINOX MASTER-WELD, 4560 KENNEDY AVE, EAST CHICAGO, IN 46312

10925   LINOX, DRAWER B, HINSDALE, IL 60521

10925   LINOX, PO BOX 6003, HILLSIDE, IL 60162

10925   LINSENMEYER, CHRISTINA, 2112 TRIANDOS DR., TIMONIUM, MD 21093

10925   LINSKEY, JAMES, 2075 SPRINGHILL RD SE, ADAIRSVILLE, GA 30103

10925   LINSKEY, PATRICK, 526 BEACON ST, BOSTON, MA 02215

10925   LINSKEY, SHARON, 905D BLVD, NEW MILFORD, NJ 07646

10925   LINTEMUTH, DAVID, 15854 MAYFIELD DR, LANSING, MI 48906

10925   LINTHICUM, EDGAR, 1891 ALLENBY ROAD, GERMANTOWN, TN 38139

10925   LINTON, CLARENCE A, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3511

10925   LINTON, CLARENCE, 4501 NW 9TH AVE, POMPANO BEACH, FL 33064

10925   LINTON, JAMES, 2901 MAYDAY DRIVE, E., PLANT CITY, FL 33565

10925   LINTON, JAMES, 91 TOWER RD, HATTIESBURG, MS 39401

10925   LINTON, JOHN, 9 OAKDALE LANE, LINCOLN, MA 01773

10925   LINTON, MARK, 2132 FULHAM DRIVE, NAPERVILLE, IL 60564

10925   LINTON, SHARON, 1761 WIRE RD, AUBURN, AL 36830

10925   LINTON-BUKER, LINDA, 217 SOUTH ST, MILFORD, NH 03055

10925   LINUS M MCCALEB, 201 CALIFORNIA ST, SAN FRANCISCO, CA 94111-5002

10925   LINVILLE, ROBERT, BOX 878, SEABROOK, TX 77586-0842

10924   LINWELD MFG., 9911 DEER PARK ROAD, WAVERLY, NE 68462

10924   LINWELD MFG., PO BOX 340, WAVERLY, NE 68462

10925   LINZAY-PORTER, STACEE, 4550 W. SAHARA AVE #1242, LAS VEGAS, NV 89102

10925   LINZCO, INC, 2651 E. NAPOLEON ST, SULPHUR, LA 70663

10925   LINZMEIER, JULIE, 2913 CTY TRK 00, DE PERE, WI 54115

10924   LIOCHEM, INC., 2145 EAST PARK DRIVE, CONYERS, GA 30208

10924   LION COMPACT ENERGY INC., 721 PERSHING STREET, MIDLAND, MI 48640

10925   LION LABELS INC, 15 HAMPDEN DRIVE, SOUTH EASTON, MA 02375

10924   LION OIL CO., 1000 MC HENRY, EL DORADO, AR 71730

10924   LION OIL, 1000 MCHENRY DRIVE, EL DORADO, AR 71730

10924   LION OIL, EL DORADO REFINERY, EL DORADO, AR 71730

10924   LION OIL, P.O. BOX 7005, EL DORADO, AR 71731-7005

10924   LION OIL, PURCHASING DEPT., EL DORADO, AR 71730

10925   LION TECHNOLOGY INC, PO DRAWER 700, LAFAYETTE, NJ 07848

10925   LION TECHNOLOGY INC., PODRAWER 700, LAFAYETTE, NJ 07848

10925   LION TECHNOLOGY, INC, PO BOX 700, LAFAYETTE, NJ 07848-0700

10925   LION, BARBARA E., 1124 CHESTNUT ST, CINCINNATI, OH 45245

10925   LIONETTA, ROSEMARY, 539 ELM ST, CONCORD, MA 01742

10925   LIONETTA, WILLIAM, 1 ROCKY LEDGE TERR, WINCHESTER, MA 01890

10925   LIONETTI, LORI, 673 E2 DOVER CT, SOMERVILLE, NJ 08876

10925   LIOY, HOWARD, 3222 ROSE PLACE, BOSSIER CITY, LA 71112

10925   LIPA, JOHN, 7224 1ST AVE NW, CEDAR RAPIDS, IA 52405

10925   LIPANA, GEORGE, 2116 WALDEN PLACE, MESQUITE, TX 75181

10925   LIPE CLUTCH PRODUCTS, LISA A WURSTER LEGAL COUNSEL DANA C, 4500 DORR ST, TOLEDO, OH 43615

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LIPE ROLLAWAY CORPORATION, C/O LIPE AUTOMATION EQUIPMENT, 6581 TOWN LINE ROAD, PO BOX 4826, SYRACUSE, NY 13221 | |
| 10925 | LIPINSKI, JOANN, 16 DEKALB STT, SOMERSET, NJ 08873 | |
| 10925 | LIPINSKI, K, 416 HANKEY FARMS DRIVE, OAKDALE, PA 15071 | |
| 10925 | LIPKA, DONALD, 900 MASON LANE, DESPLAINES, IL 60016 | |
| 10925 | LIPKA, PETER, PO BOX 122, CHESHIRE, MA 01225 | |
| 10925 | LIPKIN, PAUL, 3 FOUNDRY ST, AMHERST, NH 03031 | |
| 10925 | LIPKIN, PAUL, 85 FRANKLIN RD, TEANECK, NJ 07666 | |
| 10925 | LIPKO, LORI, 3292 EASTON AVE, BETHLEHEM, PA 18017 | |
| 10925 | LIPMAN P.A., DAVID M, 5901 S.W. 74 ST, SUITE 304, MIAMI, FL 33143-5186 | |
| 10925 | LIPMAN, BRUCE, 17 PLANTATION CT., EAST AMHERST, NY 14051 | |
| 10925 | LIPO CHEMICAL INC, 207 19TH AVE, PATERSON, NJ 07504 | |
| 10924 | LIPO TECHNOLOGIES INC, 800 SCHOLZ DRIVE, VANDALIA, OH 45377 | |
| 10924 | LIPO TECHNOLOGIES, 800 SCHOLZ DRIVE, VANDALIA, OH 45377 | |
| 10925 | LIPOMI, LISA, 136 GREENMONT AV, DRACUT, MA 01826 | |
| 10925 | LIPORTO, DEREK, 130 COLEMAN ROAD, AUBURN, NH 03032 | |
| 10925 | LIPOWICZ, CHRISTOPHER, 2641 D WALTER REED, ARLINGTON, VA 22206 | |
| 10925 | LIPOWSKI, CHRISTINA, RT 1 BOX 185, MCALPIN, FL 32062 | |
| 10925 | LIPPENS, CYNTHIA, 93 HUNTERS RUN PLACE, HAVERHILL, MA 01832 | |
| 10925 | LIPPERT, BRIDGET, 30 VILLAGE BROOK LN, NATICK, MA 01760 | |
| 10925 | LIPPERT, FRED, PO BOX 1494, ALVIN, TX 77512 | |
| 10925 | LIPPERT, LEON, 14105 47TH LANE NW, WILLISTOP, ND 58801 | |
| 10925 | LIPPERT, MARY, 6660 SCHWOEGLER DRIVE, 306, WAUNAKEE, WI 53597 | |
| 10925 | LIPPIAN, GLORIA, 11588 STREAMVIEW AVE, UNIONTOWN, OH 44685 | |
| 10925 | LIPPINCOTT SEPTIC SERVICE, 159 BERKLEY ROAD, CLARKSBORO, NJ 08020 | |
| 10925 | LIPPINCOTT, MELANIE, 4658 SOUTH PINE DR., EVERGREEN, CO 80439 | |
| 10924 | LIPPMAN GMBH, WEIDENWEG 23, SCHWERTE-WESTHAFEN, 1 58239UNK | *VIA Deutsche Post* |
| 10924 | LIPPMAN GMBH, WEIDENWEG 23, SCHWERTE-WESTHAFEN, 2 58239UNK | *VIA Deutsche Post* |
| 10925 | LIPPMANN, MANUEL, 5244 MELROSE AVE., 409, LOS ANGELES, CA 90038 | |
| 10925 | LIPPOLD, DALE, 710 LOCUST, AVOCA, IA 51521 | |
| 10925 | LIPPOLD, DAVID, 347 S WABASH, BRADLEY, IL 60915 | |
| 10925 | LIPPOLD, DONNA, 5696 E. BOY SCOUT RD., ST. ANNE, IL 60964 | |
| 10925 | LIPPOLD, ROBERT, RT 3 BOX 701A, ST ANNE, IL 60964 | |
| 10925 | LIPPONEN, JOHN, 123 NEW RIVER ROAD # 1, MANVILLE, RI 02838 | |
| 10925 | LIPPS, ALICIA, 1029 MERIDETH, BORGER, TX 79007 | |
| 10925 | LIPPS, D, 7357 ST. ANDREWS CHURCH RD #7, LOUISVILLE, KY 40214 | |
| 10925 | LIPPY, ELEANOR, 19497 DIAMOND ROAD, LEBANON, MD 65536-0351 | |
| 10925 | LIPSCOMB, ANNETTA, 1147 BROAD ST EXT, WINDSOR, NC 27983 | |
| 10925 | LIPSCOMB, JEANNE, 3032 WAYSIDE RD, KINGSTON, GA 30145 | |
| 10925 | LIPSCOMB, JESSIE, 3032 WAYSIDE RD., KINGSTON, GA 30145 | |
| 10925 | LIPSCOMB, MELINDA, POBOX 2388, CALHOUN, GA 30701 | |
| 10925 | LIPSITZ GREEN FAHRINGER ROLL, 42 DELAWARE AVE, BUFFALO, NY 14202 | |
| 10925 | LIPSITZ GREEN FAHRINGER ROLL, 42 DELAWARE AVE, SUITE 300, BUFFALO, NY 14202-3901 | |
| 10925 | LIPSITZ PONTERIO LLC, 135 DELAWARE AVE, SUITE 506, BUFFALO, NY 14202-2401 | |
| 10925 | LIPTAK, DR STEPHEN, PO BOX 41, ELKINS, NH 03233-0041 | |
| 10925 | LIPTON, KUCERA & ASSOCIATES, 1663 ROLLINS ROAD, BURLINGAME, CA 94010 | |
| 10925 | LIQUID AIR CORPORATION, ATTN JOHN N BAIRD SEC, 2700 POST OAK BLVD, HUSTON, TX 77056-5705 | |
| 10925 | LIQUID AIR, INC, COLUMBIA SOUTHERN RD., WESTLAKE, LA 70669 | |
| 10925 | LIQUID CARBONIC CORPORATION, 301 ROUTE 17 NORTH, RUTHERFORD, NJ 07070 | |
| 10925 | LIQUID CONTROL, 7576 FREEDOM AVE NW, NORTH CANTON, OH 42720-0000 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LIQUID ENERGY CORP., 2001 TIMBERLOCH PLACE, SPRING, TX 77380 | |
| 10925 | LIQUID HANDLING SYSTEMS, 1441 VILLAGE WAY, SANTA ANA, CA 92705 | |
| 10925 | LIQUID HANDLING SYSTEMS, 17422 MURPHY AVE, IRVINE, CA 92614 | |
| 10925 | LIQUID PAPER CORP GILLETTE CO, MANISH SHANBHAG, | |
| 10924 | LIQUID STONE CONCRETE, 221 CENTER DR., BURLESON, TX 76028 | |
| 10925 | LIQUID SYSTEMS CO., PO BOX 117, DOWNERS GROVE, IL 60515 | |
| 10925 | LIQUID TRANSPORT CORP, 6171 WEST 300 NORTH, GREENFIELD, IN 46140 | |
| 10925 | LIQUID TRANSPORT CORP., PO BOX 66046, INDIANAPOLIS, IN 46266 | |
| 10925 | LIQUID TRANSPORTERS INC., SECTION #861, LOUISVILLE, KY 40289 | |
| 10925 | LIQUID WASTE INC, 9300 STEELE CREEK ROAD, CHARLOTTE, NC 28273 | |
| 10925 | LIQUIDATING ESTATE OF CIS CORPORATI, PO BOX 73167, ROCHESTER, NY 14673-3167 | |
| 10924 | LIQUID-STONE, 221 CENTRE DRIVE, BURLESON, TX 76028 | |
| 10925 | LIQUI-FLO INC, DEPT 41, BENSENVILLE, IL 60106 | |
| 10925 | LIQUI-FLO INC., PO BOX 1546, BENSENVILLE, IL 60106 | |
| 10925 | LIQUI-FLO, INC, 155 N HARBOR DR APT 3704, CHICAGO, IL 60601-7324 | |
| 10925 | LIQUI-FLO/OMNIS AUTOMATION & CNTRLS, DEPT 41, PO BOX 1546, BENSENVILLE, IL 60106 | |
| 10925 | LIQUILUX, INC, PO BOX 5215, HOUSTON, TX 77262 | |
| 10925 | LIQUOR CONTROL BOARD OF ONTARIO, 55 LAKESHORE BLVD EAST, TORONTO, ON M5E 1A4CANADA | *VIA Deutsche Post* |
| 10925 | LIRA JR., SALVADOR, 1318 ILEXEY AVE, SAN DIEGO, CA 92154 | |
| 10925 | LIRA, MARTINA, 1917 MYNAH, MCALLEN, TX 78504 | |
| 10925 | LIRETTE, DONALD, PO BOX 505, LOCKPORT, LA 70374 | |
| 10925 | LIRETTE, JAMES, 7819 EUCALYPTUS LANE, PEARLAND, TX 77584 | |
| 10925 | LISA A BRANCHESI, 108 WASHBURN ST, TAUNTON, MA 02780-2606 | |
| 10925 | LISA A CASEY, 2633 NW 48TH ST, BOCA RATON, FL 33434 | |
| 10925 | LISA A PECORA, 11540 SW 12 ST, PEMBROKE PINES, FL 33025 | |
| 10925 | LISA C GUIDRY, 1086 GOODRICH ROAD, SULPHUR, LA 70665-8566 | |
| 10925 | LISA CHIUCHIOLO, 18 RIVERVIEW AVE, DANVERS, MA 01923-3819 | |
| 10925 | LISA DERMAN, 180 PINEWOOD RD APT 8, HARTSDALE, NY 10530 | |
| 10925 | LISA GLASS, 2601 COMMERCE BLVD, IRONDALE, AL 35210 | |
| 10925 | LISA M MOORE, 2740 ASHLEY BROOK TRAIL #111, MOODY, AL 35004 | |
| 10925 | LISA M. LASKE, 14 SHOAL CREAK DR, NEW ORLEANS, LA 70131 | |
| 10925 | LISA M. MARKWOOD, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | LISA MARIE BUJOL, A MINOR, 58044 CHINN ST, PLAQUEMINE, LA 70764-3606 | |
| 10925 | LISA NAUMANN, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | LISA O GIZZIE, 19899 BACK NINE DR, BOCA RATON, FL 33498-4759 | |
| 10925 | LISA PERCY, 153 CONCORD ST, APT 26, NEWTON, MA 02162-1027 | |
| 10925 | LISA PERCY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LISA, WILLIAM, 529 WELBROOK ROAD, BALTIMORE, MD 21221 | |
| 10925 | LISCHKA, RANDALL, 731 DIVISION ST, ALGOMA, WI 54201 | |
| 10925 | LISENBY, BETTY, 576 GRAND CAYMAN CIRCLE, LAKELAND, FL 33803-5614 | |
| 10925 | LISHNESS, DAVID, 1375 PEACHTREE BATTLE AVE, ATLANTA, GA 30327 | |
| 10925 | LISK, ELAINE, PO BOX 385, CALDWELL, AR 72322 | |
| 10925 | LISKA, SHIRLEY, 6255 MAPLEWOOD DR, NEW PORT RICHEY, FL 34654 | |
| 10925 | LISKE, DEBRA, 9245 SHARP, ARIETA, CA 91331 | |
| 10925 | LISKER, LEO, CUST FOR TZVI LISKER, UNIF GIFT MIN ACT-NY, 138-05 UNION TPKE, KEW GARDENS HILLS, NY 11367-3250 | |
| 10925 | LISKOW & LEWIS, 1 SHELL SQUARE, NEW ORLEANS, LA 70139-5001 | |
| 10925 | LISKOW & LEWIS, ONE SHELL SQUARE-50TH FL, NEW ORLEANS, LA 70139 | |
| 10925 | LISLE ASSOCIATES, PO BOX 767, LAWRENCEVILLE, GA 30246 | |
| 10925 | LISLE, RALSTON, 919 PARK PLACE-APT 2A, BROOKLYN, NY 11213 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LISMORA CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LISMORA CORP. N.V., HUTTON INGRAM ET AL GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LISS, GERARD, 135 SOUTH ROSELANE, COLUMBUS, NE 68601

10925   LIST, JAY, 1161 TRAILWOOD DR, DE PERE, WI 54115

10925   LIST, KERRI, 7700 WEST GLASGOW ST PO BOX 621601, LITTLETON, CO 80162

10925   LISTA INTERNATIONAL CORP, BOX D - 3655, BOSTON, MA 02241-3655

10925   LISTA INTERNATIONAL CORP., 106 LOWLAND ST, HOLLISTON, MA 01746-2094

10924   LISTER CONCRETE, 300 N.W. 48TH PLACE, DES MOINES, IA 50313

10924   LISTER HILL LIBRARY, BIRMINGHAM, AL 35202

10925   LISTER, BEAU, PO BOX 2926, MILLS, WY 82644

10925   LISTERMAN, JOAN, 859 E PEILA AVE, COTTONWOOD, AZ 86326

10925   LISTON LANCASTER, PO BOX 23966, JACKSON, MS 39225-3966

10925   LISTOVILLE CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LISTOVILLE CORP. N.V., HUTTON INGRAM ET AL GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LISTVOYB, GREGORY, 1647 YALE PLACE, ROCKVILLE, MD 20850

10925   LISZKA, WALTER, 6 SCHOOL ST, ADAMS, MA 01220

10925   LITAGATION RESOURCES, PO BOX 201572, HOUSTON, TX 77126-1572

10925   LITCHFIELD, RONALD, 4818 ROLLINGTOP ROAD, ELLICOTT CITY, MD 21043

10925   LITCO INTERNATIONAL INC, PO BOX 150, VIENNA, OH 44473

10925   LITCO INTERNATIONAL INC, PO BOX 931478, CLEVELAND, OH 44193-0499

10924   LITE STONE CONCRETE, 8656 CUYAMACA STREET SUITE B, SANTEE, CA 92071

10924   LITECRETE INC., 595 W 18TH STREET, HIALEAH, FL 33010

10924   LITECRETE INC., 595 W. 18TH ST., HIALEAH, FL 33010

10925   LITERACY COUNCIL, 809 KIRBY ST., LAKE CHARLES, LA 70601

10925   LITETRONICS IND, 4101 W 123RD ST, ALSIP, IL 60658

10924   LITEX INC, 5985 N.W. 31ST AVENUE, FORT LAUDERDALE, FL 33309

10924   LITEX, INC., 5985 N.W. 31ST AVE., FORT LAUDERDALE, FL 33309

10925   LITHERLAND, HANNAH, PO BOX 294, LEWISPORT, KY 42351

10925   LITHIA SPRINGS FLOWER & HALLMARK SH, 632 THORNTON ROAD, LITHIA SPRINGS, GA 30057-1518

10925   LITHIA SPRINGS FLOWER & HALLMARK, 632 THORNTON RD., LITHIA SPRINGS, GA 30122

10925   LITHIA SPRINGS FLOWER, 632 THORTON ROAD, LITHIA SPRINGS, GA 30057-1518

10924   LITHO CHEM COMPANY, 9441 SANTA FE SPRINGS ROAD, SANTA FE SPRINGS, CA 90670

10925   LITHONIA FLOWERS INC, 8006 ROCKBRIDGE ROAD, LITHONIA, GA 30058-5843

10925   LITIGATION MANAGEMENT, INC, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   LITIGATION SOLUTION, INC, 90 MAIN ST SUITE C121, DALLAS, TX 75202

10925   LITIGATION STRATEGIES LTD, 350 W 50TH ST #10B, NEW YORK, NY 10019

10925   LITKE, ALBERT, 7503 W 105TH ST, PALOS HILLS, IL 60464

10925   LITMAN MD, ROBERT B, 5601 NORRIS CYN RYD # 300, SAN RAMON, CA 94583-6857

10925   LITMAN, DANA, 578 RIVERSIDE AVE, MEDFORD, MA 02155

10925   LITMAN, GARY, 472 POTTER RD, FRAMINGHAM, MA 01701

10925   LITMON, CHERIE, 49 PINE RIDGE APTS, SENECA, SC 29678

10925   LITTELFUSE INC, 800 E NORTHWEST HGWY, DES PLAINES, IL 60016

10925   LITTELL, WILLIAM F, CUST FOR JEFFREY CARL LITTELL, UNDER THE UNIF GIFT MIN ACT IL, 1228 N WEST ST, NAPERVILLE, IL 60563-2427

10925   LITTERST, VICTORIA, 23411 SUMMERFIELD, ALISO VIEJO, CA 92656

10925   LITTLE & ASSOCIATES ARCHITECTS, 5815 WEST PARK DRIVE, CHARLOTTE, NC 28217

10924   LITTLE BROTHERS CONST. CO., COUNTY ROAD 370, IUKA, MS 38852

10925   LITTLE BROWN & COMPANY, 34 BEACON ST, BOSTON, MA 02108-1493

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LITTLE BROWN AND CO INC, PO BOX 8828, BOSTON, MA 02114 | |
| 10925 | LITTLE BROWN AND COMPANY, 200 WEST ST, WALTHAM, MA 02254 | |
| 10924 | LITTLE COMPANY OF MARY HOSPITAL, 2800 WEST 95TH STREET, CHICAGO, IL 60643 | |
| 10925 | LITTLE HEROES FOUNDATION, 3710 INDIAN RIVER ROAD, CHESAPEAKE, VA 23325-2908 | |
| 10925 | LITTLE JR, DAVID L, C/O MRS EDNA C LITTLE, 24 CROWN-WOOD LANE, QUEENSBURY, NY 12804-1018 | |
| 10924 | LITTLE ROCK BLOCK, 9712 MANN ROAD, MABELVALE, AR 72103 | |
| 10924 | LITTLE ROCK CARDIOLOGY CLINIC, 10811 SHACKLEFORD WEST BLVD., LITTLE ROCK, AR 72211 | |
| 10924 | LITTLE ROCK CHILDREN'S HOSPITAL, C/O COVINGTON ROOFING, LITTLE ROCK, AR 72202 | |
| 10925 | LITTLE ROCK DODGE INC, 5809 SOUTH UNIVERSITY, LITTLE ROCK, AR 72209 | |
| 10925 | LITTLE SISTERS OF THE POOR, 185 SALEM CHURCH ROAD, NEWARK, DE 19713 | |
| 10925 | LITTLE TIRE CO INC, 2415 PRINCESS ANNE ST, FREDERICKSBURG, VA 22401 | |
| 10925 | LITTLE, ALBERT, 1726 E. CHILTON ST, BALTIMORE, MD 21218 | |
| 10925 | LITTLE, ALONZO, 1214 MONTELLI AVE, WASHINGTON, DC 20002 | |
| 10925 | LITTLE, BETH WILSON, 2781 SOUTH C.R #419, CHULUOTA, FL 32766 | |
| 10925 | LITTLE, CAMERON, 324 LAKE ST, NASHUA, NH 03060 | |
| 10925 | LITTLE, CARMEN, 47 MANDALAY PLACE, CONCORD, NC 28027 | |
| 10925 | LITTLE, CHRISTOPHER, 3860 BRIDLE RIDGE DRIVE, SUWANEE, GA 30024 | |
| 10925 | LITTLE, DAVID, 1301 EDITH DR. #67, ALICE, TX 78332 | |
| 10925 | LITTLE, DAVID, 225 SENTINEL AVE, NEWTOWN, PA 18940-1165 | |
| 10925 | LITTLE, DENISE, 511 MULBERRY, JOURDANTON, TX 78026 | |
| 10925 | LITTLE, EDDIE, 17105 WALKER ROAD, SHAWNEE, OK 74801 | |
| 10925 | LITTLE, ELIZABETH, 6 WINSTEAD COURT, MARLTON, NJ 08053 | |
| 10925 | LITTLE, ELIZABETH, 8 FERRIS DR., OLD GREENWICH, CT 06870 | |
| 10925 | LITTLE, EUGENE, 5541 JUDALON LANE, HOUSTON, TX 77056-7224 | |
| 10925 | LITTLE, GENE, 472 POTTER ROAD, FRAMINGHAM, MA 01701 | |
| 10925 | LITTLE, GERALDINE, 914 JOHN AVE, OPELOUSAS, LA 70570 | |
| 10925 | LITTLE, H, 512 TIEDEMAN AVE, DEFINACE, OH 43512 | |
| 10925 | LITTLE, JACK, PO BOX 5197, ODESSA, TX 79764 | |
| 10925 | LITTLE, JAMES, 1211 EDGEWORTH RD, RICHMOND, VA 23111 | |
| 10925 | LITTLE, JAMES, 15416 W 94TH TERR, LENEXA, KS 66219 | |
| 10925 | LITTLE, JASON, STAR RTE BOX 38-B, HARLEM, GA 30814 | |
| 10925 | LITTLE, JEANMARIE, 7614 DUNMANWAY, BALTIMORE, MD 21222 | |
| 10925 | LITTLE, JOSEPH, 7 SANDERS RD, HUDSON, NH 03051 | |
| 10925 | LITTLE, KRISTEN, PO BOX 510, WORTHINGTON, KY 41183 | |
| 10925 | LITTLE, LASONYA, 503 M L KING DR, GREENSBORO, NC 27406 | |
| 10925 | LITTLE, LAURA, 8380 COUNTY RD 24, FAIRHOPE, AL 36532 | |
| 10925 | LITTLE, LINDA, RT 1 BOX 1020, OLIVE HILL, KY 41164 | |
| 10925 | LITTLE, MARGARET, 512 TIEDEMAN AVE, DEFIANCE, OH 43512-2434 | |
| 10925 | LITTLE, MELISA, RT 3 BOX 3203, DANIELSVILLE, GA 30633 | |
| 10925 | LITTLE, PHYLLIS, 222 VALLEY GREEN, MAULDIN, SC 29662 | |
| 10925 | LITTLE, REFER, 2424 1ST ST NE, WINTER HAVEN, FL 33881 | |
| 10925 | LITTLE, ROBERT, 235 MAIN ST, FLORENCE, KY 41042 | |
| 10925 | LITTLE, ROBERT, PO BOX 5016, LAKE CHARLES, LA 70606 | |
| 10925 | LITTLE, ROBERT, RT. 2 BOX 589-H, FAIRFIELD, TX 75840 | |
| 10925 | LITTLE, SANDRA, 403 CHERRY POINT DR, LOUISVILLE, KY 40243 | |
| 10925 | LITTLE, STANLEY, 25309 LAKE CHOCTAW ROAD, FRANKLINTON, LA 70438 | |
| 10925 | LITTLE, THOMAS W, 1705 PALERMO DR., SULPHUR, LA 70663 | |
| 10925 | LITTLE, THOMAS, 1705 PALERMO DRIVE, SULPHUR, LA 70663 | |
| 10925 | LITTLE, TINA, 5584 FLORIDA AVE, CAMP LEJUNE, NC 28542 | |
| 10925 | LITTLE, VARSHONDA, 4430 W. GLENDALE AVE, MILWAUKEE, WI 53218 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LITTLE, WALTER, PO BOX 721, SOUTH HILL, VA 23970-0721 | |
| 10925 | LITTLE, WILLIAM, 1215 ST. REGIS DR, BURLINGTON, NC 27217 | |
| 10925 | LITTLEFIELD, ANDREW, PO BOX 386, WOODRUFF, SC 29388 | |
| 10925 | LITTLEFIELD, CYNTHIA, 6410 35TH ST, LUBBOCK, TX 79407 | |
| 10925 | LITTLEFIELD, DANIELLE, 2432 DREXEL ST, VIENNA, VA 22180 | |
| 10925 | LITTLEFIELD, EDYTH, PO BOX 69, CROSS ANCHOR, SC 29331 | |
| 10925 | LITTLEFIELD, JEFFREY, #89 PARK PLACE, SEABROOK, NH 03874 | |
| 10925 | LITTLEFIELD, JOHN, PO BOX 69, CROSS ANCHOR, SC 29331 | |
| 10925 | LITTLEFIELD, MARTI, 169 B FERNWOOD DR., SPARTANBURG, SC 29307 | |
| 10925 | LITTLEFIELD, MICHAEL, 3493 HWY 101, WOODRUFF, SC 29388 | |
| 10925 | LITTLEFIELD, STACI, 7732 WATERFORD LAKES, CHARLOTTE, NC 28210 | |
| 10925 | LITTLEFORD DAY INC., 1022 SOLUTIONS CENTER, CHICAGO, IL 60677 | |
| 10925 | LITTLEFORD DAY INC., BOX NUMBER 771022, CHICAGO, IL 60677-1000 | |
| 10925 | LITTLEFORD DAY, 1022 SOLUTIONS CENTER, CHICAGO, IL 60677-1000 | |
| 10925 | LITTLEFORD DAY, 7451 EMPIRE DR., FLORENCE, KY 41022 | |
| 10924 | LITTLEFORD DAY, 7451 EMPIRE DRIVE, FLORENCE, KY 41042-2985 | |
| 10925 | LITTLEFORD DAY, DEPT. 312, CINCINNATI, OH 45296 | |
| 10925 | LITTLEJOHN TANK & EQUIPMENT, 139 CEDAR SPRING ROAD, SPARTANBURG, SC 29302 | |
| 10925 | LITTLEJOHN, FELICIA, 116 ASHLEY OAKS DRIVE, SIMPSONVILLE, SC 29681 | |
| 10925 | LITTLEJOHN, GEORGE, 111 HEATHER, SAN ANTONIO, TX 78223 | |
| 10925 | LITTLEJOHN, GEORGE, 2553 BRANCI FORTE DRIVE, SANTA CRUZ, CA 95065 | |
| 10925 | LITTLEJOHN, PATRICIA, 4613 MAXLOR DR, RALEIGH, NC 27587 | |
| 10925 | LITTLEPAGE, CHARLES, 361 ROSEBROOK DRIVE, GALLATIN, TN 37066-3855 | |
| 10925 | LITTLEPAGE, HELEN, 361 ROSEBROOK DR., GALLATIN, TN 37066-3855 | |
| 10925 | LITTLETON HOSPITAL, DEPT 105, DENVER, CO 80291 | |
| 10924 | LITTLETON REGIONAL HOSPITAL, RT.18/HILLTOP ROAD, LITTLETON, NH 03561 | |
| 10925 | LITTLETON, CLARK, 2484 ROSEMARY DRIVE, SPARKS, NV 89431 | |
| 10925 | LITTLETON, TAMI, 708 EDGEMONT AVE., GREENVILLE, SC 29611 | |
| 10925 | LITTLETON, THEODORE, 7309 HEBRON LANE, TEXAS CITY, TX 77591 | |
| 10925 | LITTNER, DANNY, 1328 PRIMROSE ST., UPLAND, CA 91786 | |
| 10924 | LITTON ADVANCED CIRCUITRY, 4811 WEST KEARNEY, SPRINGFIELD, MO 65803 | |
| 10924 | LITTON COMMERCIAL, 2734 HICKORY GROVE ROAD, DAVENPORT, IA 52804 | |
| 10925 | LITTON IND, 960 INDUSTRIAL RD, SAN CARLOS, CA 94070 | |
| 10925 | LITTON INDUSTRIES, SYSTEM, 2711 CENTERVILLE RD., STE 400, WILMINGTON, DE 19808 | |
| 10924 | LITTON LIFE SUPPORT, PO BOX4508, DAVENPORT, IA 52808-4508 | |
| 10924 | LITTON SYSTEMS, PO BOX4508, DAVENPORT, IA 52808 | |
| 10925 | LITTON, 1035 WESTMINSTER DR, WILLIAMSPORT, PA 17701 | |
| 10925 | LITTRELL, KENNETH, 402 WALNUT ST, CARROLLTON, MO 64633 | |
| 10925 | LITTY, F, 39 SHORELAND DR, BELFAST, ME 04915 | |
| 10925 | LITURI, SANDRA L, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LITURI, SANDRA, 4 VINCENT RD, CHELMSFORD, MA 01824 | |
| 10925 | LITVAK, ELLA, 369 TAPPAN ST, BROOKLINE, MA 02146 | |
| 10925 | LITWIN, SHARON, 24202 GRAYSTON DR, LAKE FOREST, CA 92630-0000 | |
| 10925 | LITZ, DIANA, 106 DEVONSHIRE COURT, SOMERVILLE, NJ 08876 | |
| 10925 | LITZAU, JONATHAN, 7802 FOXFARM LANE, GLEN BURNIE, MD 21061 | |
| 10925 | LITZENBERGER, THEODORE, 613 HAMMONDS LANE, BALTO, MD 21225 | |
| 10925 | LIU, DAN, 2 BEI YUAN CAOYANG, DISTRICT BEIJING, 10001CHINA | *VIA Deutsche Post* |
| 10925 | LIU, DAVID, 2931 PRINCE HOWARD, MARIETTA, GA 30062 | |
| 10925 | LIU, JIANPING, 634 ASHTABULA CT, COLUMBUS, OH 43210 | |
| 10925 | LIU, JIMMY, 18221 LOST KNIFE CIRCLE, GAITHERSBURG, MD 20879 | |
| 10925 | LIU, LEE-CHENG, 7131 FOUNTAIN ROCK WAY, COLUMBIA, MD 21046 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LIU, LEE-CHENG, 7500 GRACE DR, COLUMBIA, MD 21046

10925    LIU, YAN, 21A PROSPECT ST, WALTHAM, MA 02154

10924    LIVE OAK CINEMAS, 7901 PAT BOOKER RD., SAN ANTONIO, TX 78265

10924    LIVE OAK MATERIALS, INC., GARRETT ROAD, INGLESIDE, TX 78362

10924    LIVE OAK MATERIALS, INC., P O BOX 1269, ARANSAS PASS, TX 78335

10924    LIVE OAK MATERIALS, PO BOX1269, ARANSAS PASS, TX 78335

10925    LIVELY EQUIPMENT CO, POST OFFICE BOX 784, ALBUQUERQUE, NM 87103-0784

10925    LIVELY, KIMBERLY, 1525 KIRKLAND, AMARILLO, TX 79106

10925    LIVELY, RUTH, 2779 BATTLE CREEK DR #105, #105, MEMPHIS, TN 38128

10925    LIVELY, STEPHEN, 4050 MORGAN RD, UNION CITY, GA 30291

10925    LIVELY, TOMMY, 176 BLACKWELL ROAD, WEST MONROE, LA 71292

10925    LIVENGOOD, PEARL, 10994 WHEELER ROAD, GARRETTSVILLE, OH 44231

10925    LIVENGOOD, WILLIAM, 5 JARVENPAA ROAD, S ROYALSTON, MA 01331

10925    LIVERA, ISIDRO, 8225 CORD AVE., PICO RIVERA, CA 90660

10925    LIVERETT, NANCY, 1080 FOOTHILLS DR, KERNERSVILLE, NC 27284

10924    LIVERMORE, INSULCRETE, LIVERMORE, CA 94550

10925    LIVERPOOL, LYSTRA, 6357 NW 29TH CT., SUNRISE, FL 33313

10925    LIVESAY JT TEN, HOWARD LANE & BARBARA JANE, 2011 ESSEX ST, BERKELEY, CA 94703-2512

10925    LIVESAY, ANGELA, 2600 APOLLO, ODESSA, TX 79764

10925    LIVESAY, HOWARD, 1646 A MCGEE ST, BERKELEY, CA 94703

10925    LIVESAY, STEVE, 2600 APOLLO, ODESSA, TX 79762

10925    LIVING ABROAD PUBLISHING INC, 32 NASSAU ST, PRINCETON, NJ 08542

10925    LIVING IMAGE, 4025 SUNBEAM ROAD, JACKSONVILLE, FL 32257-6025

10924    LIVING TREASURES, INC., 633 49TH AVENUE, VERO BEACH, FL 32968

10924    LIVING WALL GARDENS, TOBY STREET, NAPLES, NY 14512

10924    LIVING WORD CHURCH, 9201 75THA AVENUE NORTH, BROOKLYN PARK, MN 55443

10925    LIVINGHOUSE, CHRISTOPHER, 529 MAIN ST, LEESPORT, PA 19533

10925    LIVINGOOD, MATT, 927 PIKE ST, READING, PA 19604

10925    LIVINGS, DEBRA, 9475 ROARK RD. #366, HOUSTON, TX 77099

10925    LIVINGSTON & HAVEN, POBOX 65272, CHARLOTTE, NC 28265

10924    LIVINGSTON COUNTY JAIL, C/O REICHENBACH PLASTERING, HOWELL, MI 48843

10925    LIVINGSTON FIRE, 5150 LAWRENCE PLACE, HYATTSVILLE, MD 20781

10924    LIVINGSTON GRAHAM, 11462 PENROSE STREET, SUN VALLEY, CA 91352

10924    LIVINGSTON GRAHAM, 13550 LIVE OAK, IRWINDALE, CA 91706

10924    LIVINGSTON GRAHAM, 16080 EAST ARROW HIGHWAY, IRWINDALE, CA 91706

10924    LIVINGSTON GRAHAM, 2822 SOUTH SOTO STREET, LOS ANGELES, CA 90058

10925    LIVINGSTON JR, WILLIAM C, 1925 JOHN ARTHUR WAY, LAKELAND, FL 33803-3509

10924    LIVINGSTON LIMESTONE CO. INC., ATTN:  ACCOUNTS PAYABLE, LIVINGSTON, TN 38570

10924    LIVINGSTON LIMESTONE, ATTN:  ACCOUNTS PAYABLE, LIVINGSTON, TN 38570

10924    LIVINGSTON LIMESTONE, PO BOX 257, LIVINGSTON, TN 38570

10924    LIVINGSTON PRODUCTS INC., 860 CHADDICK DRIVE UNIT A, WHEELING, IL 60090

10925    LIVINGSTON SELF STORAGE, 2370 WALNUT ROAD, LIVINGSTON, CA 95334

10925    LIVINGSTON, ALICE, 3441 BARK LAKE ROAD, HUBERTUS, WI 53033

10925    LIVINGSTON, DIANA, BOX 85, LEWIS, IA 51544

10925    LIVINGSTON, GENNIFER, 4806 LIBERTY, KANSAS CITY, MO 64112

10925    LIVINGSTON, GREGORY, 7880 WEST 87TH DRIVE, F, WESTMINSTER, CO 80005

10925    LIVINGSTON, LUCILLE, 30 BALDWIN AVE, EVERETT, MA 02149

10925    LIVINGSTON, PHILIP, 11809 CAROL AVE, WARREN, MI 48093

10925    LIVINGSTON, RICHARD, 420 9TH AVE, SEBRING, FL 33872

10925    LIVINGSTON, SHARON, PO BOX 2137, CHIEFLAND, FL 32626

10924    LIVINGSTON-GRAHAM, 16080 E. ARROW HIGHWAY, IRWINDALE, CA 91706

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LIVINGSTON-GRAHAM, 1620 19TH STREET, SANTA MONICA, CA 90404

10924   LIVINGSTON-GRAHAM, 6956 CHERRY AVENUE, LONG BEACH, CA 90805

10924   LIVONIA BLDG MAT./BYG GR. LLC, 33900 CONCORD, LIVONIA, MI 48150

10925   LIVONIUS, DONALD, 5623 MCCALLUM COURT, CHARLOTTE, NC 28226

10925   LIVOUS, ANNIE, 1149 FLORA LANE, BATON ROUGE, LA 70810

10925   LIVOUS, PAMELA, 14155 GRAVIER, BATON ROUGE, LA 70082

10925   LIYANAGE, NIMAL, 525 CANCHA, NEWPORT BEACH, CA 92660

10924   LIYANG DENSO CL., LTD., NO. 12, 822 LANE, KAO SHI ROAD, TA, TAOYUAN, TWN          *VIA Deutsche Post*

10924   LIYANG DENSO CO., LTD., NO. 12, 822 LANE, TAOYUAN, KY 99999

10925   LIZ LATHAM, 4736 SOMMERTOWN ROAD, TREVOSE, PA 19053-6783

10925   LIZAMA, MANUEL, 6158 WILLSTON DR#202, FALLS CHURCH, VA 22044

10925   LIZAMA, THOMAS, 3024 HOPE COURT, DOUGLASVILLE, GA 30135

10925   LIZARDI, MARISOL, CALLE 21 X-6, CAGUAS, PR 00725

10925   LIZARRIBAR, LUZ, 30 HEIGHTS RD, STONY POINT, NY 10980

10925   LIZER, EUGENE, 408 WEDGEWOOD DRIVE, INMAN, SC 29349-9015

10925   LIZEWSKI, SANDRA, 8390 STATE ROUTE 88, RAVENNA, OH 44266

10925   LJ BROSSOIT & SONS, INC, 510 OREMS RD., BLDG. 1, BALTIMORE, MD 21221

10924   LL ROGERS STOCK, LL ROGERS, EL CENTRO, CA 92244

10925   LLAMA AND ASSOCIATES, INC, PO BOX 770520, CORAL SPRINGS, FL 33077

10925   LLAMAS, MARIA, 94 HIGHGATE TERRACE, BERGENFIELD, NJ 07621

10925   LLAMAS, NILDA, 9871 HEASTHER LANE, MIRAMAR, FL 33025

10925   LLANES, ENRICO, 39 TERHUNE AVE, JERSEY CITY, NJ 07305

10925   LLANES, MARIA, CAL 10 C62 VERDE, BAYAMON, PR 00959

10925   LLANOS, MARCO, 8101 BIANCA AVE, NORTHRIDGE, CA 91325

10925   LLANOS, MARGARITA, 15343 VOSE ST, VAN NUYS, CA 91406

10925   LLERANDEZ, EDUARDO, 4781 N. CONGRESS AVE., #176, LANATANA, FL 33462

10925   LLERAS, ELSA, 11647 CRESTON, SAN ANTONIO, TX 78251

10925   LLEWELLYN SALE III, 1091 DARWICK COURT, ST LOUIS, MO 63132-2909

10925   LLEWELLYN, SELETA, RT 4 BOX 3, SELMA, AL 36701

10925   LLEWELLYN, WILLIAM, 2100 LEE HWY #415, ARLINGTON, VA 22201

10925   LLEY ABDALA LLEY, VICTOR, 3321 SW 104 AVE., MIAMI, FL 33165

10924   LLNL, 7000 EAST AVE. BLDG 515, LIVERMORE, CA 94550

10925   LLOPIS, ALEXANDER, 9140 SW 137 AVE, MAIMI, FL 33186

10925   LLORCA, ANGEL, 1517 SW 104 PLACE, MIAMI, FL 33174

10925   LLORENS, CATHY, 2030 8TH ST, CUYAHOGA FALLS, OH 44221

10924   LLOYD AND TAYLOR CRABTREE VALLYMALL, C/O ACOUSTICS INC., RALEIGH, NC 27612

10925   LLOYD E. MITCHELL INC., MR. JOHN J. NAGLE III ESQ., 21 W. SUSQUEHANNA AVE., TOWSON, MD 21204

10925   LLOYD EXCAVATING INC, POBOX 408, STAUNTON, IN 47881

10925   LLOYD F ABBOTTS &, EVELYN I ABBOTTS JT TEN, 4107 PLUM TREE LANE, SEABROOK, TX 77586-4008

10924   LLOYD GREENWOOD PLASTERING, RT 1 BOX 1545, DIAMOND, MO 64840

10924   LLOYD GREENWOOD PLASTERING, RT. 1 BOX 1545, DIAMOND, MO 64840

10925   LLOYD GROVDAHL, 4381 STEED TER, WINTER PARK, FL 32792-7630

10925   LLOYD I FRY ROOFING/OWENS CORNING, 5824 ARCHER ROAD, SUMMIT, IL 60501

10925   LLOYD MILTON YORK &, ALBERTA JEWELL YORK JT TEN, 701 CASTLE DRIVE, JOPLIN, MO 64804-8909

10924   LLOYD MOREAU, 400 RAY ST., PINEVILLE, LA 71360

10924   LLOYD MOREAU, INC., C/O ALEXANDRIA CONVENTION CENTER, PINEVILLE, LA 71360

10924   LLOYD N. MOREAU, INC., 400 RAY STREET, PINEVILLE, LA 71361

10925   LLOYD ROSE, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   LLOYD SALTUS II, 743 ANNURSNAC HILL, CONCORD, MA 01742-5433

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 LLOYD STEVENS, 9014 LIDO LANE, PORT RICHEY, FL 34668-4950

10925 LLOYD TRANSPORTATION INC, PO BOX 580129, PLEASANT PRAIRIE, WI 53158

10925 LLOYD W KYPTA, BRIAN KIPTA, 2258 PONDEROSA RD, RESCUE, CA 95672-9440

10925 LLOYD, BRIAN, 1275 C VALE, COPLEY, OH 44321

10925 LLOYD, CALVIN, 811 FIRESIDE COURT, LEHIGH, FL 33936

10925 LLOYD, CHARLES, 27 OUTLOOK DRIVE, WORCESTER, MA 01602

10925 LLOYD, CRYSTAL, 1411 LAUREL HWY, SEAFORD, DE 19973

10925 LLOYD, DARA, 153 WESTVIEW DR NW, CEDAR RAPIDS, IA 52405

10925 LLOYD, DONALD, 240 W ESPLANADE, LOUISVILLE, KY 40214

10925 LLOYD, EARNEST, PO BOX 234, GRAY COURT, SC 29645

10925 LLOYD, ERNEST, 303 SPEEDWAY DR, FOUNTAIN INN, SC 29644

10925 LLOYD, GLENN, RT 1 #161, WISTER, OK 74966

10925 LLOYD, JANICE, #5 EDGEWATER CRL, LAKE ST LOUIS, MO 63367

10925 LLOYD, JOHN EDWARD, 2137 WEST AVE, OCEAN CITY, NJ 08226-2736

10925 LLOYD, KATHLEEN, 318 E. RIVERSIDE, HOPEWELL, VA 23860

10925 LLOYD, LENT, PO BOX 20503, ESTES PARK, CO 80511

10925 LLOYD, LISA, 256 THUNDER CIRCLE, BENSALEM, PA 19020

10925 LLOYD, LUANN, 701 N. TEAL, EDMOND, OK 73034

10925 LLOYD, MARK, 9601 HORTON, OVERLAND PARK, KS 66207

10925 LLOYD, RICKY, 3736 SO EAST 23RD ST, DEL CITY, OK 73115

10925 LLOYD, RITA, 8903 C.E KING #164, HOUSTON, TX 77044

10925 LLOYD, STEPHANIE JO, 401 COLUMBIA ST, FAIRMONT, WV 26554-5228

10925 LLOYD, SUSAN, 6 CHARINA ROAD, NORTHBORO, MA 01532

10925 LLOYD, WILLIAM, 4 HELMA WAY, TRENTON, NJ 08609

10925 LLOYDS STUDIO, 7050 W PALMETTO PARK RD, BOCA RATON, FL 33433

10925 LLOYDS TSB BANK PLC, AL WASI ROAD, JUMEIRA, PO BOX 3766, DUBAI, UNITED ARAB EMIRATES    *VIA Deutsche Post*

10925 LLUCH, LAURA, 728 N WAKEFIELD ST, ARLINGTON, VA 22203

10924 LLYOD GREENWOOD PLASTERING, C/O JASPER COUNTY LAW ENFORCEMENT, CARTHAGE, MO 64836

10924 LM COMBS CONSTRUCTION, 4630 HOLLY DR, SHINGLE SPRINGS, CA 95682

10924 LM INDUSTRIES INC, 5932 EAST SKELLY DRIVE, TULSA, OK 74135

10924 LM INDUSTRIES, 5932 EAST SKELLY DRIVE, TULSA, OK 74135

10925 LMARTONE & SONS, INC, PO BOX 10, GLEN COVE, NY 11542-0010

10925 LMC CLEANING SERVICES, INC, PO BOX 7509, BALTIMORE, MD 21207

10925 LMC INTERNATIONAL, 893 INDUSTRIAL DR, ELMHURST, IL 60126

10924 LMC, PO BOX 6790, WAYNE, PA 19087

10925 LMD WAREHOUSE & DISTRIBUTION INC, 2730-60 EL PRESIDIO ST, CARSON, CA 90810

10925 LMT COMPUTER SERVICE INC, 2734 CHIMNEY SPRINGS DR, MARIETTA, GA 30062-6322

10925 LN CONCRETE MATERIALS CORP., PO BOX 18490, ERLANGER, KY 41018

10925 LNC PLASTIC SOURCE, MASCHER & CLEARFIELD ST, PHILADELPHIA, PA 19133

10925 LNC PLASTIC SOURCE, PO BOX 6710, PHILADELPHIA, PA 19132-0000

10925 LND INC, 3230 LAWSON BLVD, OCEANSIDE, NY 11572

10925 LND, INC, 3230 LAWSON BLVD, OCEANSIDE, NY 11572

10924 LO MACK CO C/O ELLIS DON, FOR: UM EAST ENGINEERING, ANN ARBOR, MI 48109

10925 LO MONACO, KAREN, 515 LOCUST ST, MT. VERNON, NY 10552

10925 LO PRIMO, BENNY, 46 MONUMENT DRIVE, STAFFORD, VA 22554

10925 LO, ANN, 1297 BUNKER HILL BLVD # A, COLUMBUS, OH 43220

10925 LO, BEE, 1512A PLYMOUTH LN, GREEN BAY, WI 54303

10925 LO, CHIN-LIN, 1231 14TH AVE, SAN FRANCISCO, CA 94122

10925 LO, CHIN-LIN, 4120 CANAL CT., ARLINGTON, TX 76016

10925 LO, TOU-PHENG, 165 ANDERSON DRIVE, SPARTANBURG, SC 29306

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LOAD CONTROLS, INC, 10 PICKER RD, STURBRIDGE, MA 01566

10925    LOAD KING, CHARLES O CHUPP, 1357 W BEAVER ST, JACKSONVILLE, FL 32209

10924    LOADING DOCK ST JOSEPHS HOSPITAL, PHOENIX, AZ 85000

10925    LOAIZA, TERESA, 2800 OHIO AVE APT C, SOUTH GATE, CA 90280-4032

10925    LOAIZA, TERESA, 2800 OHIO AVE APT C, SOUTHGATE, CA 90280

10925    LOAR, J, 606 POINSETTA, LITTLE ROCK, AR 72205

10925    LOAR, RICHARD, 1136 FAIRVIEW AVE, WYOMISSING, PA 19610-2043

10925    LOBB, DONALD, 704 S CHESTER ST, NEW CUMBERLAND, WV 26047

10924    LOBDELL READY MIX, 5777 N. FLANSBURG ROAD, LENA, IL 61048

10924    LOBDELL READY MIX, 5777 NORTH FLANSBURG RD, LENA, IL 61048

10924    LOBEL CHEM. CORP., C/O ZIM CONTAINER LINE, SAVANNAH, GA 31407

10925    LOBER, AMELLA, 1622 ST MICHAELS RD, COLUMBIA, SC 29210

10925    LOBER, LARRY, 8713 W 98TH ST, PALOS HILLS, IL 60465

10925    LOBIT, THOMAS, 15527 LEGEND SPRINGS, SAN ANTONIO, TX 78247

10925    LOBMEYER, TERESA, 123 47TH AVE. CT., GREELEY, CO 80634

10925    LOBO, COLIN, 900 SPRING ST, SILVER SPRING, MD 20910

10925    LOBO, ROBERT, 13339 SW 117 LN, MIAMI, FL 33185

10925    LOBOS, LUIS, 3819 64TH AVE., LANDOVER HILLS, MD 20784

10925    LOBREE, JOANNA, 25 WEST SPRING ST, ALEXANDRIA, VA 22301

10925    LOBROVICH JR, MITCHELL, 4682 STONERIDGE TRAIL, SARASOTA, FL 34232-3031

10924    LOBY CONCRETE PRODUCTS CO, 139 1ST STREET, LA FOLLETTE, TN 37766

10924    LOBY CONCRETE PRODUCTS, 139 FIRST STREET, LA FOLLETTE, TN 37766

10924    LOBY CONCRETE PRODUCTS, PO BOX 249, LA FOLLETTE, TN 37766

10925    LOCAL 682, PO BOX 17428, SAINT LOUIS, MO 63178-7428

10924    LOCAL 74, 38TH AVENUE, LONG ISLAND CITY, NY 11104

10924    LOCAL CONCRETE & SUPPLY, 9814 DITMAS AVENUE, BROOKLYN, NY 11236

10925    LOCASCIO, DANEEN, CUST FOR BROOKE A LOCASCIO, UNIF GIFT MIN ACT NY, 157-08 92ND ST, HOWARD BEACH, NY 11414-2736

10925    LOCH RAVEN MANAGEMENT COMPANY, 3520 NEW HARTFORD ROAD SUITE 106, OWENSBORO, KY 42303

10925    LOCHARD AND ASSOCIATES, INC, 800 COMPTON ROAD, CINCINNATI, OH 45231

10924    LOCHE HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

10924    LOCHE HIGH SCHOOL, VERSATILE COATINGS, LOS ANGELES, CA 90001

10925    LOCHER, DAWN, 1050 BEVAN ST, BARBERTON, OH 44203

10925    LOCHER, KIMBERLY, 6010 HANN AVE NW, CANAL FULTON, OH 44614

10925    LOCHER, STEVEN, 6010 HANN AVE NW., CANAL FULTON, OH 44614

10925    LOCHNER, FRANCIS, 597 EMERSON ST, ROCHESTER, NY 14613

10925    LOCICERO, FELIX, 2919 SWANN AVE, TAMPA, FL 33606

10924    LOCITE CORP, 18731 CRANWOOD PARKWAY, CLEVELAND, OH 44128

10924    LOCITE PUERTO RICO INC, PO BOX669, SABANA GRANDE, IT 637UNK          *VIA Deutsche Post*

10925    LOCK, CHERYL, 1549 78TH ST, UNIVERSITY CITY, MO 63130

10925    LOCK, STANLEY, ROUTE 1, BOX 116A, REPUBLIC, MO 65738

10925    LOCK, WAH TIM, 3762 CLAUDINE ST, HONOLULU, HI 96816-3808

10925    LOCKARD, ROBERT, RT. 1, BOX 225, FARMERVILLE, LA 71241

10925    LOCKBOX 49/X08 EXPORTTRADE LTD, 75 WALL ST, NEW YORK, NY 10005-2889

10925    LOCKE JT TEN, ELWYN N & GEORGIA K, N 22 ALFRESCO DR, BALLWIN, MO 63021-5518

10925    LOCKE LIDDELL & SAPP LLP, 601 POYDRAS ST, SUITE 2400, NEW ORLEANS, LA 70130

10925    LOCKE REYNOLDS, DAVID M HASKETT, 1000 CAPITAL CENER SOUTH, 201 NORTH IL ST, INDIANAPOLIS, IN 46204

10925    LOCKE, BONNIE, 821 WATSON ST, RIPON, WI 54971

10925    LOCKE, CAROLYN, 868 S MARY AVE, SUNNYVALE, CA 94087

10925    LOCKE, CHESTER, 406 UNDERWOOD DR, ANDREWS, TX 79714

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 LOCKE, DONALD, 1 CENTRAL ST, NAHANT, MA 01908

10925 LOCKE, DORIS, 6 FULLER ST, PELZER, SC 29669

10925 LOCKE, GLADYS, 26455 RAMPART BLVD., PT CHARLOTTE, FL 33983

10925 LOCKE, JAMES, 951 ALTA VISTA DR, CRAIG, CO 81625

10925 LOCKE, KEVIN, 10 MAYWOOD TERRACE, WOBURN, MA 01801

10925 LOCKE, R, 1485 S. KISSINGEN AVE., BARTOW, FL 33830

10925 LOCKE, RICHARD, 7512 WESTWIND COURT, FT WORTH, TX 76179

10925 LOCKE, ROBERT, 95 SPRING RD, CONCORD, MA 01742

10925 LOCKE, ROSETTA SUE, 9628 FOX HUNT CIRCLE, DOUGLASVILLE, GA 30135

10925 LOCKE, ROY, 940 W GEORGIA ST, BARTOW, FL 33830-6814

10925 LOCKE, RUBY, 1422 MOOSE RD, ALEXANDER CITY, AL 35010

10925 LOCKE, THELMA, 1485 S KISSENGEN AVE, BARTOW, FL 33830-6518

10925 LOCKE, VERNA, 2964 GOLFING GREEN DRIVE, FARMERSBRANCH, TX 75234

10925 LOCKE, WILLIAM, 6 FULLER ST, PELZER, SC 29669-1329

10925 LOCKEE, DAVID, ROUTE 1 BOX 291D, CONALLY SPGS, NC 28612

10925 LOCKEN, JON, BOX 811, STANLEY, ND 58784

10925 LOCKE-OBER, WINTER PLACE, BOSTON, MA 02108

10925 LOCKERBY, FRANK, 1512 LUIS ST, WAUKESHA, WI 53186

10925 LOCKETT, ANGELA, 1339 FLAT SHOALS RD, COLLEGE PARK, GA 30349

10925 LOCKETT, ARNEITHA, 929 N MANASSAS, MEMPHIS, TN 38107

10925 LOCKETT, ELISHA, 2537 LOYOLA NORTHWAY, BALTIMORE, MD 21215-6903

10925 LOCKETT, ROSE, 530 CUMA CIRCLE, RENO, NV 89503

10925 LOCKETT, TAWNIE, 520 GENTRY WAY, 24, RENO, NV 89502

10925 LOCKEY, RANDY, 1601 E. MARTHA, PASADENA, TX 77502

10924 LOCKHART ELEMENTARY SCHOOL, CUSTOMER PICK UP TRANSHIELD, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186

10925 LOCKHART, ALVIN, 128 CIRCLE DRIVE, GRAY COURT, SC 29645

10925 LOCKHART, JENNIFER, 226 MAY ROAD, THOMSON, GA 30824

10925 LOCKHART, LORETTA, 3380 RASMONT RD, ROANOKE, VA 24018

10925 LOCKHART, LOUISE, 5821 PETRA MILL RD, GRANITE FALLS, NC 28630

10925 LOCKHART, MAPLE, 1330 GRANT ST., DALLAS, TX 75203

10925 LOCKHART, MICHELLE, 174 CAMPBELL DR, HEPHZIBAH, GA 30815

10925 LOCKHART, STEVEN, 1325 N. PARKSIDE, CHICAGO, IL 60651

10925 LOCKHART, VECODA, 2819 #6A,ROCHELLE ST, DURHAM, NC 27703

10924 LOCKHART, W.G. CONCRETE SUPPLY, MATZINGER RD, TOLEDO, OH 43611

10924 LOCKHEED ADVANCED, DEVELOPMENT CO., PALMDALE, CA 93599

10925 LOCKHEED ENGINEERING & SCIENCES, 3853 CALLE FORTUNADA, SAN DIEGO, CA 92123-1111

10925 LOCKHEED ENGINEERING & SCIENCES, 3929 CALLE FORTUNADA, SAN DIEGO, CA 92123-1111

10925 LOCKHEED FORT WORTH COMPANY, 2524 NE LOOP 820, FORT WORTH, TX 76106

10925 LOCKHEED LMMS, 1111 LOCKHEED WAY, SUNNYVALE, CA 94089

10924 LOCKHEED MARK & SKUNKWORKS, SITE 8   BLDG. 870, 15TH ST. & AVE. "O", PALMDALE, CA 93550

10924 LOCKHEED MARTIN ASTRONAUTICS, PO BOX31, DENVER, CO 80201

10925 LOCKHEED MARTIN CONTROL SYSTEMS, 2000 TAYLOR ST, FORT WAYNE, IN 46804

10925 LOCKHEED MARTIN CORP, JAMES R BUCKLEY ASSOC GEN COUN, 310 N WESTLAKE BLVD #200, WESTLAKE VILLAGE, CA 91362

10925 LOCKHEED MARTIN CORP, MARY P MORNINGSTAR ASST GEN CO, 7921 SOUTHPARK PLAZA #210, LITTLETON, CO 80120

10925 LOCKHEED MARTIN CORP, WILLIAM T VINSON VP,

10924 LOCKHEED MARTIN CORP., 5600 SAND LAKE RD MP 141, ORLANDO, FL 32819

10924 LOCKHEED MARTIN CORP., ACCTS.PAYABLE, MP 265, 5600 SAND LAKE ROAD, ORLANDO, FL 32819

10924 LOCKHEED MARTIN CORPORATION, 12257 STATE HIGHWAY 121, LITTLETON, CO 80127

10925 LOCKHEED MARTIN CORPORATION, 1560 BROADWAY#2090, DENVER, CO 80202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LOCKHEED MARTIN S.S.T.S., 804 A GREENBRIAR CIRCLE, CHESAPEAKE, VA 23320

10924   LOCKHEED MARTIN, 12257 ST HWY 121, DOCK 5, LITTLETON, CO 80127

10924   LOCKHEED MARTIN, 13800 OLD GENTILLY ROAD, NEW ORLEANS, LA 70129

10925   LOCKHEED MARTIN, 2400 NASA ROAD 1, HOUSTON, TX 77058

10925   LOCKHEED MARTIN, ACCOUNTS PAYABLE, LAKELAND, FL 33807-3333

10924   LOCKHEED MARTIN, BLDG. 195B, ORG. EJ-50, 1111 LOCKHEED WAY, SUNNYVALE, CA 94089

10924   LOCKHEED MARTIN, INC., 5500 MARTIN MARIETTA BLVD, TROY, AL 36081

10924   LOCKHEED MARTIN, NEWTOWN, PA 18940

10924   LOCKHEED MARTIN, PO BOX 29425, NEW ORLEANS, LA 70189

10924   LOCKHEED MARTIN, PO BOX 33015, LAKELAND, FL 33807-3033

10925   LOCKHEED MARTIN, PO BOX 58561, HOUSTON, TX 77258

10924   LOCKHEED MARTIN, PO BOX29425, NEW ORLEANS, LA 70189

10924   LOCKHEED MARTIN, PO BOX3645, SUNNYVALE, CA 94086

10924   LOCKHEED MARTIN, RECEIVING DEPT BLD 220, 13800 OLD GENTILLY ROAD, NEW ORLEANS, LA 70129

10924   LOCKHEED MARTIN/REAC, 2890 WOODBRIDGE AVE. BAY F, EDISON, NJ 08837

10925   LOCKHEED SANDERS INC, PO BOX 511, NASHUA, NH 03061

10925   LOCKHEED SANDERS, 65 SPIT BROOK ROAD, NASHUA, NH 03060

10924   LOCKHEED WINDOW CORP., PO BOX 166, PASCOAG, RI 02859

10924   LOCKHEED WINDOW CORP., RT 100, PASCOAG, RI 02859

10924   LOCKHEED, 1011 LOCKHEED WAY, PALMDALE, CA 93599

10925   LOCKHEED, 3251 HANOVER ST, PALO ALTO, CA 94304

10924   LOCKHEED, C/O WESTSIDE BUILDING MATERIALS, PALMDALE, CA 93550

10925   LOCKHEED, PO BOX 3645, SUNNYVALE, CA 94089-3333

10925   LOCKHEED, PO BOX 868, NASHUA, NH 03061-0868

10924   LOCKLAND HIGH SCHOOL, CINCINNATI, OH 45200

10925   LOCKLEAR, BARCLAY, 1704 CHRISTOPHER LN, LIBERTY, SC 29657

10925   LOCKLEAR, CINDY, 1680 OLE COUNTRY RD, DEATSVILLE, AL 36022

10925   LOCKLEAR, SHERBY, ROUTE 4 BOX 556, ST. PAULS, NC 28384

10925   LOCKMAN, DIANE, W7015 KAMPEN ROAD, ARLINGTON, WI 53911

10924   LOCKPAVER PRODUCTS, 742 COOPER AVE., JOHNSTOWN, PA 15906

10925   LOCKRIDGE GRINDAL NAUEN P, 100 WASHINGTON AVE S #2200, MINNEAPOLIS, MN 55401-2159

10925   LOCKRIDGE GRINDAL NAUEN P.L.L.P., 100 WASHINGTON AVE S #2200, MINNEAPOLIS, MN 55401-2179

10925   LOCKRIDGE GRINDAL NAUEN, 100 WASHINGTON AVE S #2200, MINNEAPOLIS, MN 55401-2179

10925   LOCKRIDGE, WANDA, 118 LANCE ST, MT HOLLY, NC 28120

10925   LOCKS, MICHAEL, 3569 FORT MEADE ROAD #101, LAUREL, MD 20724

10925   LOCKSMITH, 3601 CLEARVIEW PKWY, ATLANTA, GA 30340

10925   LOCKTON, CHRISTOPHER, 24 MEADOW LANE, GREENWICH, CT 06831

10924   LOCKUP AT ARMITAGE, THE, 2525 W. ARMITAGE STREET, CHICAGO, IL 60647

10925   LOCKWOOD PRODUCTS INC, POBOX 43961, ATLANTA, GA 30336

10925   LOCKWOOD, CARLA, 440 COUNTY DOWN, BALLWIN, MO 63021

10925   LOCKWOOD, DARRELL, 1580 OLD HWY 2 WEST, TROY, MT 59935-9704

10925   LOCKWOOD, DORTHEA, 340 BURRELL RD., GOODMAN, MS 39079

10925   LOCKWOOD, JOHN, 2496 S. SUPREMA CT., SPRINGFIELD, MO 65807

10925   LOCKWOOD, LISA, 1658 WEST ST, LITICA, NY 13501

10925   LOCKWOOD, MARK, 11 SPRUCE ST, LYNN, MA 01905

10925   LOCKWOOD, PAUL, 5870 EDGEWATER COVE, MEMPHIS, TN 38134

10925   LOCKWOOD, RUTH, 1580 OLD HWY 2 NORTH, TROY, MT 59935-0566

10925   LOCKWOOD, TODD, 907 SUMMIT WALK CIR, MARIETTA, GA 30067

10925   LOCKWOOD, WAYNE, 7 MELLO PKWY., DANVERS, MA 01923

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LOCKYER, BILL, 1300 I ST, SUITE 1740, SACRAMENTO, CA 95814 | |
| 10925 | LOCOCO, PETER, 5830 S MERRIMAC AVE, CHICAGO, IL 60638-3422 | |
| 10925 | LOCOLLE, IMPERIA, 1 PAT DRIVE, DANVERS, MA 01923 | |
| 10925 | LOCSIN, ARCHIE, 1310 N NURSERY RD, IRVING, TX 75061 | |
| 10925 | LOCSIN, MARSHA, 1310 N NURSERY RD, IRVING, TX 75061 | |
| 10924 | LOCTITE CORPORATION, 1001 TROUT BROOK CROSSING, ROCKY HILL, CT 06067 | |
| 10924 | LOCTITE CORPORATION, 3255 HARVESTER ROAD, KANSAS CITY, KS 66115 | |
| 10924 | LOCTITE CORPORATION, 4450 CRANWOOD CT, CLEVELAND, OH 44128 | |
| 10925 | LOCTITE CORPORATION, ATTN JOE DEFORTE CFO, 10 COLUMBUS BLVD, HARTFORD, CT 06106-1976 | |
| 10925 | LOCTITE CORPORATION, PO BOX 100163, ATLANTA, GA 30384 | |
| 10924 | LOCTITE CORPORATION, PO BOX4016, ROCKY HILL, CT 06067 | |
| 10924 | LOCTITE I.G., C/O DAVE SCHMIDT, 969 CORPORATE BOULEVARD, AURORA, IL 60504 | |
| 10924 | LOCTITE PUERTO RICO INC, 9 VICENTE QUILLINCHINI AV, SABANA GRANDE, IT 637UNK | *VIA Deutsche Post* |
| 10925 | LOCURTO, MARCIA, 7499 MALIBU CRESE., BOCA RATON, FL 33433 | |
| 10924 | LOCUST COURT, 1350 E. LOCUST COURT, MILWAUKEE, WI 53212 | |
| 10925 | LODEL, JOSEPH, 6419 CTY TK Q, MANITOWOC, WI 54220 | |
| 10925 | LODER DREW & ASSOCIATES INC, 26311 JUNIPERO SERRA RD #200, SAN JUAN CAPISTRANO, CA 92675-1639 | |
| 10925 | LODER, THOMAS, 19 BEACH ST, WOBURN, MA 01801 | |
| 10925 | LODESTAR INC., PO BOX 424, MORTON, IL 61550 | |
| 10925 | LODGE AT PEBBLE BEACH, THE, PO BOX 1522, PEBBLE BEACH, CA 93953 | |
| 10925 | LODGE AT SEDONA, THE, 125 KALLOF PLACE, SEDONA, AZ 86336 | |
| 10924 | LODGE OF THE FOUR SEASONS, STATE HIGHWAY HH, LAKE OZARK, MO 65049 | |
| 10925 | LODGE SR, W, 4730 DOSSEY RD, LAKELAND, FL 33811 | |
| 10925 | LODGE, JOHN, 38764 ALMADOR COURT, PALMDALE, CA 93557 | |
| 10925 | LODOVICI, BRIAN, 6141 TAMAR DRIVE, COLUMBIA, MD 21045 | |
| 10925 | LODUCA, CHARLES, 3602 WOODBRIDGE RD, W PEABODY, MA 01960 | |
| 10925 | LOEB, CARL, PO BOX 1305 RD 2, LEBANON, PA 17042 | |
| 10925 | LOEB, SUSAN, 104 PENN ST, BERNVILLE, PA 19506 | |
| 10925 | LOEFF & VAN DER PLOEG, TERVURENLAAN 268A, BRUSSEL, 01150BELGIUM | *VIA Deutsche Post* |
| 10925 | LOEFF CLAEYS VERBEKE, POBOX 75088, AMSTERDAM, 1070 ABNETHERLANDS | *VIA Deutsche Post* |
| 10925 | LOEFFELHOLZ, CHARLES, W 6428 KLASSY ROAD, NEW GLARUS, WI 53574 | |
| 10925 | LOEFFLER ALLEN & HAM, POBOX 230, SAPULPA, OK 74067 | |
| 10925 | LOEFFLER, ALLEN & HAM, PO BOX 230, SAPULPA, OK 74067 | |
| 10925 | LOEFFLER, BONNIE, 6620 FLOWER ST, RENO, NV 89506-1709 | |
| 10925 | LOEFFLER, BONNIE, POST OFFICE BOX 694, SPARKS, NV 89432 | |
| 10925 | LOEFFLER, GEORGE A, 1201 SEMINOLE BLVD #117, LARGO, FL 34640 | |
| 10925 | LOEHE, JOSEPH, 9814 MILLWICK DRIVE, ELLICOTT CITY, MD 21043 | |
| 10925 | LOEHE, PHD, JOSEPH R, 9814 MILLWICK DRIVE, ELLICOTT CITY, MD 21042 | |
| 10925 | LOEPER, ROBERT, 10431 OAKBROOK DR, TAMPA, FL 33624 | |
| 10925 | LOERTSCHER, HERBERT, 6931 COUNTY ROAD X40, ANAMOSA, IA 52205 | |
| 10925 | LOEWER, JANE, 1414 CRISTY DRIVE, DALLAS, GA 30132 | |
| 10925 | LOEWER, JON, 4816 OVERLAND DR, POWDER SPRINGS, GA 30073 | |
| 10924 | LOEWS CINEMA, 300 WATERFRONT DRIVE, NORTH VERSAILLES, PA 15137 | |
| 10925 | LOEWS CORONADO BAY RESORT, 4000 CORONADO BAY ROAD, CORONADO, CA 92118 | |
| 10924 | LOEWS THEATRE, 300 WATERFRONT DRIVE, WEST HOMESTEAD, PA 15120 | |
| 10925 | LOFFREDO, LOUISE, 104 KRISPIN LANE, E. SETAUKET, NY 11733 | |
| 10925 | LOFFREDO, RICHARD, 39 VIRGINIA RAIL DR, MARLBOROUGH, CT 06447 | |
| 10925 | LOFINK, SHERYL, 1334 PARADISE AVE, BELLE VERNON, PA 15012 | |
| 10924 | LOFLAND CO INC, 700 DIXIE STREET, NORTH LITTLE ROCK, AR 72114 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | LOFLAND CO INC, P.O. BOX 1168, LITTLE ROCK, AR 72203 | |
| 10924 | LOFLAND CO OF ARK, THE, 700 DIXIE ST., LITTLE ROCK, AR 72200 | |
| 10924 | LOFLAND CO, 700 DIXIE STREET, NORTH LITTLE ROCK, AR 72114 | |
| 10924 | LOFLAND CO, THE, PO BOX 35446, DALLAS, TX 75235 | |
| 10924 | LOFLAND COMPANY MIDWEST, 2842 RAND ROAD, INDIANAPOLIS, IN 46241 | |
| 10924 | LOFLAND COMPANY, 1925 S. 33RD WEST AVENUE, TULSA, OK 74107 | |
| 10924 | LOFLAND COMPANY, 5219 MAPLE AVE, DALLAS, TX 75235 | |
| 10924 | LOFLAND COMPANY, P.O. BOX 1168, LITTLE ROCK, AR 72203 | |
| 10924 | LOFLAND COMPANY, P.O. BOX 35446, DALLAS, TX 75235 | |
| 10924 | LOFLIN CONCRETE CO, 4880 OLD HOLLON RD, KERNERSVILLE, NC 27284 | |
| 10924 | LOFLIN CONCRETE, 4880 OLD HOLLOW ROAD, KERNERSVILLE, NC 27284 | |
| 10925 | LOFRANCO, JOANNE, 203-09 33 AVE, BAYSIDE, NY 11361 | |
| 10925 | LOFRUMENTO, NANCY, C/O PETER M LOFRUMENTO, 10 STANLEY COURT, L RONKONKOMA, NY 11779-4537 | |
| 10925 | LOFSTRAND LABORATORIES, 7961 CESSNA AVE, GAITHERSBURG, MD 20879 | |
| 10925 | LOFT, J, 3587 THISTLE VALLEY LANE, BARTLETT, TN 38135 | |
| 10925 | LOFT, THE, PO BOX 4407, CHATTANOOGA, TN 37405 | |
| 10925 | LOFTIN EQUIPMENT CO, PO BOX 6590, PHOENIX, AZ 85005 | |
| 10925 | LOFTIN, ELMER, PO BOX 427, SARATOGA, TX 77585 | |
| 10925 | LOFTIN, GARY, 1700 SOUTH WOODFIELD TRAIL, WARSAW, IN 46580 | |
| 10925 | LOFTIN, GLENN, 15 MUNICIPAL DRIVE, MT. HOLLY, NJ 08060 | |
| 10925 | LOFTIN, VALERIE, RT 9, BOX 121-A, KINSTON, NC 28501 | |
| 10925 | LOFTIS, FRANCIS, 1256 WHITE PLAINS RD, SPARTANBURG, SC 29307 | |
| 10925 | LOFTIS, G, 3109 SEABOARD, MIDLAND, TX 79705 | |
| 10924 | LOFTON CORPORATION, 271 LOFTON ROAD, RAPHINE, VA 24472 | |
| 10925 | LOFTON, JOSEPH, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | LOFTON, LAWRENCE, 245 EAST 44ST., NEW YORK, NY 10017 | |
| 10925 | LOFTON, TROY, ROUTE 1 BOX 3A, BAY SPRINGS, MS 39422 | |
| 10925 | LOFTUS, DANNY, ROUTE 10 BOX 460, LAKE CHARLES, LA 70601 | |
| 10925 | LOFTUS, HELEN M, 1224-POTOMAR SCHOOL RD, MCLEAN, VA 22101-2330 | |
| 10925 | LOFTUS, KAREN, 18571 GILL, LIVONIA, MI 48152 | |
| 10925 | LOFTUS, MATHEW, 2712 - 7TH AVE, GREELEY, CO 80631 | |
| 10925 | LOFTUS, VINCENT, 2731 7TH AVE, GREELEY, CO 80631 | |
| 10925 | LOGAN & WHALEY COMPANY, PO BOX 1089, MARSHALL, TX 75671 | |
| 10924 | LOGAN AIRPORT C/O HUDSHA, US AIR REHAB, BOSTON, MA 02133 | |
| 10924 | LOGAN AIRPORT, AMERICAN AIRLINES, BOSTON, MA 02201 | |
| 10924 | LOGAN AIRPORT, HARBORDSIDE DRIVE, BOSTON, MA 02128 | |
| 10924 | LOGAN AIRPORT, TERMINAL E, BOSTON, MA 02101 | |
| 10924 | LOGAN ALUMINUM INC., US HIGHWAY 431 NORTH, RUSSELLVILLE, KY 42276 | |
| 10925 | LOGAN BABIN, 400 LAFEYETTE ST, HOUMA, LA 70360 | |
| 10924 | LOGAN CONCRETE INC, POWERHOUSE ADDN, LOGAN, WV 25601 | |
| 10924 | LOGAN CONCRETE INC., POWERHOUSE, LOGAN, WV 25601 | |
| 10924 | LOGAN COOLING AND HEATING PLANT, LOGAN INTERNATIONAL AIRPORT, EAST BOSTON, MA 02128 | |
| 10925 | LOGAN COUNTY HOSPITAL, DR. TENNANT, STERLING REGU MED CTR, PO BOX 3500, STERLING, CO 80751-0500 | |
| 10925 | LOGAN FARMS, 1020 W. NASA ROAD #1, SUITE 230, WEBSTER, TX 77598 | |
| 10925 | LOGAN HOSPITAL & MEDICAL CENTR, POBOX 1017, GUTHRIE, OK 73044 | |
| 10925 | LOGAN JR., WILLIAM, 154 MAIN ST APT. 1, EVERETT, MA 02149 | |
| 10925 | LOGAN PRODUCTIONS INC, 8035 N PORT WASHINGTON ROAD, MILWAUKEE, WI 53217 | |
| 10925 | LOGAN TAKASHIMA & NEMOTO, 3-6 OHTEMACHI, 2 CHOME, CHIYODA-KU TOKYO, 100JAPAN | *VIA Deutsche Post* |
| 10925 | LOGAN TOWNSHIP AMBULANCE, PO BOX 2, BRIDGEPORT, NJ 08014 | |

|9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LOGAN TOWNSHIP BOARD OF EDUCATION, 110 SCHOOL LANE, SWEDESBORO, NJ 08085

10925   LOGAN TOWNSHIP MUNICIPAL UTILITIES, CUTHBERT RD AND MACARTHUR BLVD, WESTMONT, NJ 08108

10925   LOGAN TOWNSHIP MUNICIPAL, PO BOX 71, BRIDGEPORT, NJ 08014

10925   LOGAN TOWNSHIP TAX COLL., PO BOX 314, BRIDGEPORT, NJ 08014

10925   LOGAN TOWNSHIP, 125 MAIN ST, BRIDGEPORT, NJ 08014

10925   LOGAN TWP MUA, PO BOX 71, BRIDGEPORT, NJ 08014

10925   LOGAN, APRIL, 3791 BETTIE AVE, RENO, NV 89512

10925   LOGAN, BONNIE, 503 LENREY, EL CENTRO, CA 92243

10925   LOGAN, BRIAN, 75 GANNETT DR, ROCK SPRINGS, WY 82901

10925   LOGAN, CARL, PO BOX 94, MOSELLE, MS 39459

10925   LOGAN, CATHERINE, 30 BARNES ROAD, HARRISVILLE, RI 02830

10925   LOGAN, CHRISTINE, 1203 W.22ND ST, CASPER, WY 82601

10925   LOGAN, COLBY, 4516 BARNETT RD APT 1014, WICHITA FALLS, TX 76310

10925   LOGAN, HAROLD, 3172 S.E. FAIRWAY WEST, STUART, FL 34997-6027

10925   LOGAN, J, 205 HILLCREST DRIVE, ABERDEEN, MS 39730

10925   LOGAN, KATHY, 313 FIELDSEDGE DRIVE, MOORE, SC 29369

10925   LOGAN, KATHY, 876 FLETCHER ROAD, MORRISTOWN, TN 37814

10925   LOGAN, MELVIN, 712 HELLAMS ST, FOUNTAIN INN, SC 29644

10925   LOGAN, MILFORD, 123 REEDY ACRES DR, SIMPSONVILLE, SC 29681

10925   LOGAN, ROBIN, 313 FIELDSEDGE DRIVE, MOORE, SC 29369

10925   LOGAN, SANDRA, 3300 MABLE ST, JACKSON, MS 39209

10925   LOGAN, TODD, 4417 BROCKLAND DR., MORRISTOWN, TN 37813

10925   LOGAN, VANESSA, 2324 W. MOSHER ST, BALTIMORE, MD 21216

10925   LOGAN, W HAMPTON, LIBERTY BLDG ST 600 PO BOX 1, CHARLESTON, SC 29401

10924   LOGAN/ARACOMA CONCRETE, 332 ENON CHURCH ROAD, WEST FINLEY, PA 15377

10925   LOGANS ROADHOUSE, 3509 GERSTNER MEMORIAL PKWY., LAKE CHARLES, LA 70605

10925   LOGE, JEFF, 287 BARCELONA DR, TRACY, CA 95377

10925   LOGEMAN, D, 118 BEATTIE ST, SIMPSONVILLE, SC 29681

10925   LOGGINS JR, WALTER, 2214 WICKSON AVE, NASHVILLE, TN 37211

10925   LOGGINS JR., DALE, BOX 423, ALEX, OK 73002

10925   LOGGINS, BOBBY, RT. 1 BOX 161-A, LINDEN, TN 37096

10925   LOGGINS, MAUREEN, 3719 E. SANDERS ST., INVERNESS, FL 34450

10925   LOGI GRAPHICS INC, 17592 METZLER LANE, HUNTINGTON BEACH, CA 92647

10925   LOGICAL OPERATIONS INC, DEPT. CH10900, PALATINE, IL 60055-0900

10924   LOGICAL SOLUTIONS, 5744 R INDUSTRY LANE, FREDERICK, MD 21704

10925   LOGICAL, 690 CANTON ST, WESTWOOD, MA 02090

10925   LOGICAL, SUITE 300, BLOOMFIELD HILLS, MI 48302

10925   LOGICRAFT, 22 COTTON ROAD, NASHUA, NH 03063

10925   LOGISTIC CONCEPTS, 4555 WILSON AVE, SW, GRANDVILLE, MI 49418

10925   LOGI-STICK INC., PO BOX 1046, NOTRE DAME, IN 46556-1046

10925   LOGISTICK, 227 DIXIEWAY N., SUITE 110, SOUTH BEND, IN 46637

10925   LOGISTICK, INC, 19880 STATE LINE ROAD, SOUTH BEND, IN 46637-1545

10925   LOGISTICS CONCEPTS, 2620 HORIZON DR S.E., GRAND RAPIDS, MI 49546-7520

10925   LOGISTICS CONCEPTS, PO BOX 352, GRAND RAPIDS, MI 49501-0352

10925   LOGISTICS PERSONNEL CORP, POBOX 52838, PHOENIX, AZ 85072-2838

10925   LOGITEK INC, 101 CHRISTOPHER ST, RONKONKOMA, NY 11779

10925   LOGITRANS INTERNATIONAL INC., 440 RUE DU PARC, ST-EUSTACHE, QC J7R 7G6CANADA          **\*VIA Deutsche Post\***

10925   LOGITRANS INTERNATIONAL, INC, 440 DU PARC ST, SAINT-EUSTACHE, QC J7R 7G6CANADA       **\*VIA Deutsche Post\***

10925   LOGI-TRANS, 3495 BANKHEAD HWY, ATLANTA, GA 30331

10924   LOGIX SERVICE COMPANY, 14140C PARKE LONG COURT, CHANTILLY, VA 20151

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LOGRASSO, CHARLOTTE, 6 VENICE ST, DANVERS, MA 01923

10925   LOGSA OPERATIONS FACILITY, C/O S.R.D., HUNTSVILLE, AL 35801

10924   LOGSDON'S ORNAMENTAL MFG., HIGHWAY 71 ALTERNATE, NEOSHO, MO 64850

10924   LOGSDON'S ORNAMENTAL MFG., RT 7 BOX 343, NEOSHO, MO 64850

10925   LOGSTON, KIMBERLY, 304 GREG AVE, MILTON, FL 32571

10925   LOGUE, TERRANCE, 473 GREGORY AVE, 1 B, GLENDALE HEIGHTS, IL 60139

10925   LOGUE, WAYNE, 409 WEST 3RD ST, ATLANTIC, IA 50022-1018

10925   LOHAR, ABDUL, 5 KILBY ST, APT #10, WOBURN, MA 01801

10925   LOHAVICHAN, SURIYAN, 1123 LONGLEAF DR., FAYETTEVILLE, NC 28305

10925   LOHAVICHAN, VERACHAE, 1123 LONGLEAF DR., FAYETTEVILLE, NC 28305

10925   LOHER, RICHARD, 8831 W WELDON, PHOENIX, AZ 85037

10925   LOHMAN, MICHAEL, 2407 KINGSTON ST., ARLINGTON, TX 76015

10925   LOHR ASSOCIATES, PO BOX 62683, COLORADO SPRINGS, CO 80962-2683

10925   LOHR, BETSY, 8044 WELLINGTON WAY, RIVERSIDE, CA 92504

10925   LOHR, GREGORY, 203 BELAIR DR, NEW IBERIA, LA 70560

10925   LOHR, JON, PO BOX 234, MELISSA, TX 75454

10925   LOHREY, CATHY, N7512 BIRCH DR, ALGOMA, WI 54201

10925   LOHRFINK JT TEN, JOHN H & MIRIAM, PO BOX 770567, ORLANDO, FL 32877-0567

10925   LOHSE, LINDA, 711 FARNHAM PL, BELAIR, MD 21014

10925   LOIACONO, CATHERINE, 6701 61 RD, MIDDLE VILLAGE, NY 11379

10925   LOIRA, LIZETE, 212 S FOURTH ST, READING, PA 19602

10925   LOIS A FORMAN, 51 IDLEBROOK LANE, MATAWAN, NJ 07747-1738

10925   LOIS ANN KATZ &, STUART C KATZ JT TEN, 40 W SCHILLER, CHICAGO, IL 60610-4922

10925   LOIS B KRIEGER, 4420 3RD ST, RIVERSIDE, CA 92501-2655

10925   LOIS D, WHEELER TR, 06 25 96, LOIS D WHEELER TRUST, 132 CORLL ST, HUBBARD, OH 44425-2109

10925   LOIS F AUSTIN, 14823 HWY 119, GOLDEN, CO 80403-9053

10925   LOIS F ROGERS, BOX 1373, LAKEVIEW, OR 97630-0054

10925   LOIS H CASE, 26 W 030 BAUER RD, NAPERVILLE, IL 60563-1451

10925   LOIS H REES & EARL R REES TR, LOIS H REES & EARL R REES, FAMILY TRUST, 7148 SANDY PT NE, OLYMPIA, WA 98516-9128

10925   LOIS H VOLK &, 2101 W LAWRENCE AVE, APT 101, SPRINGFIELD, IL 62704

10925   LOIS H VOLK &, JOYCE A MATTHEWS JT TEN, 6600 S 6TH ST RD, SPRINGFIELD, IL 62707-0000

10925   LOIS HARRIET LUBIN, 5461 S ELLIS, CHICAGO, IL 60615-5034

10925   LOIS J BALANTE, 641 EAST 266TH ST, EUCLID, OH 44132-1953

10925   LOIS J HEITZMAN, 74 S GRANDVIEW AVE APT 2, DUBUQUE, IA 52003-7221

10925   LOIS J ROSS, PO BOX 15250, DETROIT, MI 48215-0250

10925   LOIS M WEARY, 131 N MIDDLESEX RD, CARLISLE, PA 17013-8492

10925   LOIS MARIE BROWN &, LARESA AIME BROWN JT TEN, 49 B ST, HUDSON, NH 03051-2863

10925   LOIS RUNYAN, BOX 125, STURGIS, MI 49091-0125

10925   LOIS ZAPERNICK TR UA OCT 22 80, FBO WILLIAM ANDREW GORDON &, JUSTIN ALEXANDER GORDON, C/O JAMES H GORDON, 920 ENCANTO DR SW, PHOENIX, AZ 85007-1524

10925   LOIUSANA DEPT OF ENVIR QUALITY, 7290 BLUEBONNET BLVD, BATON ROUGE, LA 70810

10924   LOIZEAUX BLDRS SUPPLY CO, PRISCILLA, P.O. BOX 6679, ELIZABETH, NJ 07206

10924   LOIZEAUX BUILDING SUPPLY., 140 THIRD ST., ELIZABETH, NJ 07206

10924   LOIZEAUX BUILDING SUPPLY., 2-74 SOUTH FRONT ST., ELIZABETH, NJ 07206

10924   LOJAC MATERIALS, #1 LOJAC TERRITORY, LEBANON, TN 37087

10924   LOJAC MATERIALS, A DIV. OF LOJAC IN., LEBANON, TN 37088

10924   LOJAC MATERIALS, PO BOX998, LEBANON, TN 37087

10925   LOJKO, BRIDGET, 145 DAYTON ST, DANVERS, MA 01923

10925   LOJO, SALVADOR, SANTA MARTA C-D-13, SAN GERMAN, PR 00753-4401PUERTO RICO     *VIA Deutsche Post*

10924   LOKER HALL, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LOLA D M GOETTSCH, BOX 702, WALNUT, IA 51577-0702

10925   LOLL, DEBORAH, 1116 GARLAND ST, MOBILE, AL 36618

10925   LOLLAR, JAMES, 2104 VERDE, ODESSA, TX 79761

10925   LOLLI, SETH, 75 ST. ALPHONSUS ST.APT 207, BOSTON, MA 02120

10925   LOLLIS, ALVIN, 212 HORSESHOE ROAD, FOUNTAIN INN, SC 29644

10925   LOLLIS, AMBER, 1213 S HWY 14, GREER, SC 29651

10925   LOLLIS, HELEN, 118 HILLTOP ST, SIMPSONVILLE, SC 29681

10925   LOLLIS, RALPH, 4376 NEELY FERRY RD, LAURENS, SC 29360

10925   LOLLIS, TRAVIS, 1799 MCKELVEY RD, FOUNTAIN INN, SC 29644

10925   LOLLIS, VALYN, RT 6 BOX 214, BLANCHARD, OK 73010

10924   LOMA LINDA HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, LOMA LINDA, CA 92354

10924   LOMA LINDA MEDICAL, RAYMOND INTERIORS, LOMA LINDA, CA 92350

10924   LOMA VISTA 3161, C/O THOMPSONS BUILDING MATERIALS, VENTURA, CA 93001

10924   LO-MACK CO C/O ELLIS DON, FOR: UM EAST ENGINEERING, ANN ARBOR, MI 48109

10924   LO-MACK COMPANY, FOR: DEARBORN FEDERAL CREDIT UNION, ROMULUS, MI 48174

10924   LO-MACK INTERIORS INC, C/O UNIV OF MICHIAGAN - ITIC BLDG, ANN ARBOR, MI 48103

10925   LOMAN, DOUGLAS, 5253 U.S. 127 N., EATON, OH 45320

10925   LOMAN, EDWARD, 1222 S. CO RD. 1050 E, INDIANAPOLIS, IN 46231

10925   LOMAN, KEN, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   LOMAN, KENNETH, 2353 MASS AVE, #34, CAMBRIDGE, MA 02140

10925   LOMAS INTERNATIONAL, PO BOX 10225, MACON, GA 31297

10925   LOMASNEY, NETTA, 15 TOMAH DRIVE, PEABODY, MA 01960

10925   LOMAX, ANGIE, RR1 BOX 260, LAKE VILLAGE, IN 46349

10925   LOMAX, REGINALD, 209 TEBBLEWOOD DR, SIMPSONVILLE, SC 29681

10925   LOMAX, T, 602 MORNING CREEK PL, GREENVILLE, SC 29607-6085

10925   LOMBARD CO, THE, 4245 WEST 123RD ST, ALSIP, IL 60658-1895

10924   LOMBARD, M.A., 4245 W 123RD STREET, ALSIP, IL 60658

10924   LOMBARD, M.A., 4245 W 123RD, ALSIP, IL 60658

10925   LOMBARD, WENDY, 104 LINCOLN ST, NEEDHAM, MA 02192

10924   LOMBARD, M.A., 4245 W 123RD STREET, ALSIP, IL 60658

10925   LOMBARDI LAW FIRM, 10101 UNIVERSITY, SUITE 202, DES MOINES, IA 50325

10925   LOMBARDI, DAWN, 1108 TIGER BLVD #124, CLEMSON, SC 29631

10925   LOMBARDI, JUNE, 180 MARIANNA ST, LYNN, MA 01902

10925   LOMBARDI, KAREN, RD #2 BOX 2155, SAYLORSBURG, PA 18353

10925   LOMBARDI, NICHOLAS, 289A MAIN ST, AMESBURY, MA 01913

10925   LOMBARDI, ROBERT, 1216 N. CALVERT ST, BALTIMORE, MD 21202

10924   LOMBARDO & LIFE ELEC CONTR, 6 PROGESS ST., EAST STROUDSBURG, PA 18301

10924   LOMBARDO & LIFE ELEC CONTR, MERCY KEYSTON PARKING GARAGE, CONSHOHOCKEN, PA 19428

10925   LOMBARDO, M, 318 HOME ST, NEW CASTLE, PA 16101

10925   LOMENZO, MICHELLE, 3908 MOORE ROAD, HIGHLANDS, TX 77562

10925   LOMINGER LIMITED, INC, 5320 CEDAR LAKE RD. S, MINNEAPOLIS, MN 55416-1643

10925   LOMON, JACKIE, PO BOX 91, CAMERON, OK 74932

10925   LOMONTE, MICHAEL, 2713 E MENLO ST, MESA, AZ 85213

10925   LON D GALLOWAY, 3933 E 31ST PL, TULSA, OK 74135-1630

10925   LONCAR, MICHAEL, 1212 S 103RD ST, EDWARDSVILLE, KS 66111

10925   LONCASTY, DONALD W, CUST FOR BETH ANN LONCASTY, UNIF GIFT MIN ACT-KANS, 9850 SNOWBOUND COURT, VIENNA, VA 22181-6044

10925   LONDON, CULLEN, 1407 S NEW HAVEN, TULSA, OK 74112

10925   LONDON, DOROTHY, 4907 SUMRALL DR., BATON ROUGE, LA 70811

10925   LONDON, JEANNETTE, 1440 STILT APT B, BATON ROUGE, LA 70807

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  LONDON, KATHERINE, 3712 HIGH MEADOWS DR, ALVARADO, TX 76009

10924  LONDONDERRY N.H. POLICE DEPT., 268 MAMMOTH ROAD, SUITE 2, LONDONDERRY, NH 03053-3003

10925  LONDONO, WILSON, 112 LAKE ST, ENGLEWOOD, NJ 07631

10925  LONE STAR CIRCUITS, 1930 ALPHA DR, ROCKWALL, TX 75087

10925  LONE STAR COLLISION INC, 802 COWAN AVE, CONROE, TX 77301-1727

10925  LONE STAR GAS, PO BOX 650654, DALLAS, TX 75265-0654

10925  LONE STAR GAS, POBOX 620061, DALLAS, TX 75262-0061

10924  LONE STAR INDUSTRIES INC, 14900 INTRACOASTAL DR, NEW ORLEANS, LA 70129

10924  LONE STAR INDUSTRIES INC, 2524 S SPRIGG ST, CAPE GIRARDEAU, MO 63701

10924  LONE STAR INDUSTRIES INC, BOX 68, PRYOR, OK 74361

10925  LONE STAR INDUSTRIES INC, PO BOX 130, OGLESBY, IL 61348

10924  LONE STAR INDUSTRIES INC., 2524 S SPRIGG ST, CAPE GIRARDEAU, MO 63701

10924  LONE STAR INDUSTRIES INC., BOX 168, SWEETWATER, TX 79556

10924  LONE STAR INDUSTRIES INC., BOX 68, PRYOR, OK 74361

10924  LONE STAR INDUSTRIES INC., MARYNEAL, TX 79535

10924  LONE STAR INDUSTRIES INC., SOUTH OF HIGHWAY 20, PRYOR, OK 74361

10924  LONE STAR INDUSTRIES, 14900 INTRA COASTAL DRIVE, NEW ORLEANS, LA 70129

10924  LONE STAR INDUSTRIES, LIMEDALE RD, GREENCASTLE, IN 46135

10924  LONE STAR INDUSTRIES, P O BOX 1639, SWEETWATER, TX 79556

10924  LONE STAR INDUSTRIES, P O BOX 482, GREENCASTLE, IN 46135

10924  LONE STAR INDUSTRIES, PO BOX 482, GREENCASTLE, IN 46135

10925  LONE STAR INDUSTRIES, PO482, GREENCASTLE, IN 46135

10924  LONE STAR INDUSTRIES, PORTLAND AVENUE, OGLESBY, IL 61348

10924  LONE STAR MATERIALS, 11111 BLUFF BLVD., AUSTIN, TX 78753

10925  LONE STAR NORTHWEST OREGON, 1050 NORTH RIVER ST, PORTLAND, OR 97227

10924  LONE STAR PRESTRESS, 9316 REID LAKE, HOUSTON, TX 77064

10924  LONE STAR PRESTRESS, MANUFACTURING INC, HOUSTON, TX 77064

10924  LONE STAR PROTECTION, 525 S WILDWOOD, IRVING, TX 75060

10924  LONE STAR STONE OF TEXAS, INC., PO BOX2125, WHITNEY, TX 76692

10924  LONE WOLF ENTERPRISES, 10625 ELMYRA CIRCLE, BELTON, MO 64012

10924  LONE WOLF ENTERPRISES, 501 LOCUST, HARRISONVILLE, MO 64701

10924  LONESOME PINE HOSPITAL, C/O W.D. HARLESS, LONESOME PINE HOSPITAL, BIG STONE GAP, VA 24219

10924  LONESTAR MATERIALS INC, 11111 BLUFF BLVD, AUSTIN, TX 78753

10925  LONESTAR NORTHWEST - WASHINGTON DIV, PO BOX 1730, SEATTLE, WA 98111

10924  LONESTAR PRESTRESS MFG., INC., 9316 REID LAKE, HOUSTON, TX 77064

10924  LONESTAR STONE OF TEXAS, INC, 1220 N. BRAZO, WHITNEY, TX 76692

10924  LONG BEACH AQUATIC, C/O A & A BUILDING MATERIALS, LONG BEACH, CA 90801

10924  LONG BEACH LIBRARY, 111-117 WEST PARK AVENUE, LONG BEACH, NY 11561

10924  LONG BEACH MARINA, PACIFIC HIGHWAY, LONG BEACH, CA 90801

10924  LONG BEACH MEDICAL CENTER, C/O WESTSIDE BUILDING MATERIALS, LONG BEACH, CA 90801

10924  LONG BEACH MEMORIAL HOSPITAL, C/O THOMPSONS BUILDING MATERIALS, LONG BEACH, CA 90801

10924  LONG CONCRETE COMPANY, **TO BE DELETED**, PADUCAH, KY 42001

10924  LONG CONCRETE COMPANY, 1001 ESTELLE STREET, PADUCAH, KY 42001

10924  LONG CONCRETE COMPANY, P O BOX 7708, PADUCAH, KY 42001

10924  LONG CONCRETE COMPANY, PO BOX 7708, PADUCAH, KY 42001

10924  LONG CONCRETE INDUSTRIES, 327 E 7TH ST, BENTON, KY 42025

10924  LONG CONCRETE INDUSTRIES, 327 EAST 7TH STREET, BENTON, KY 42025

10924  LONG ELECTRIC C/O REILLY CHEMICAL, 1500 S. TIBBS, INDIANAPOLIS, IN 46241

10924  LONG ELECTRIC, 1310 S. FRANKLIN RD, INDIANAPOLIS, IN 46239

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LONG FENCE CO., PO BOX 187, GAMBRILLS, MD 21054

10925   LONG FENCE COMPANY, PO BOX 3697, CROFTON, MD 21114

10925   LONG FENCE, PO BOX 3697, CROFTON, MD 21114

10924   LONG ISLAND JEWISH CENTER, NEW HYDE PARK, NY 11042

10924   LONG ISLAND JEWISH HOSPITAL, LONG ISLAND CITY, NY 11101

10924   LONG ISLAND PRECAST INC, 20 STIRIZ RD, BROOKHAVEN, NY 11719

10924   LONG ISLAND PRECAST INC., 165 SHERWOOD AVENUE, FARMINGDALE, NY 11735

10924   LONG ISLAND PRECAST INC., 20 STIRIZ ROAD, BROOKHAVEN, NY 11719

10925   LONG ISLAND PRODUCTIONS INC, 106 CAPITOLA DR, DURHAM, NC 27713

10925   LONG ISLAND PRODUCTIONS INC, 1432 KEARNEY ST, EL CERRITO, CA 94530

10925   LONG ISLAND PRODUCTIONS INC., 1432 KEARNEY ST, EL CERRITO, CA 94530

10924   LONG ISLAND RAILROAD, 121ST ST. AND ATLANTIC AVE., BROOKLYN, NY 11210

10924   LONG ISLAND TECH CENTER, 1 SUNRISE HIGHWAY, GREAT RIVER, NY 11739

10924   LONG ISLAND UNIVERSITY, 1 UNIVERSITY PLAZA, BROOKLYN, NY 11201

10925   LONG MD, DL, 1211 ROCK SPRINGS RD, DUNCANVILLE, TX 75137

10924   LONG PAINTING CO., 8025 10TH AVE. SO., SEATTLE, WA 98108

10924   LONG SERVICES CORP., PO BOX C-81435, SEATTLE, WA 98108

10925   LONG SR., JAMES, 1929 HIXSON PIKE, CHATTANOOGA, TN 37405

10924   LONG SUPPLY CO, PO BOX222118, DALLAS, TX 75222

10925   LONG SUPPLY COMPANY, 234 W COMMERCE, DALLAS, TX 75208

10924   LONG SUPPLY COMPANY, GRACE CONSTRUCTION PRODUCTS, 234 WEST COMMERCE ST., DALLAS, TX 75222

10925   LONG SUPPLY COMPANY, PO BOX 222118, DALLAS, TX 75222

10924   LONG SUPPLY, 234 W. COMMERCE STREET, DALLAS, TX 75208

10925   LONG TEN COM, ANNA M & JUDITH E, 43727 STEPHENSON RD, LEONARDTOWN, MD 20650-6053

10924   LONG TRAIL HOUSE, C/O SPECIALTY COATINGS, STRATTON MOUNTAIN RESORT, STRATTON MOUNTAIN ROAD, LOT #3, STRATTON MOUNTAIN, VT 05155

10925   LONG UTILITY CORPORATION, PO BOX 727, SIMPSONVILLE, SC 29681

10925   LONG, AGNES, 881 CLUBHOUSE VILL VIEW, ANNAPOLIS, MD 21401

10925   LONG, ALVA, 414 3RD ST. SOUTH, WINTHROP, IA 50682-0141

10925   LONG, AMY, 3430 N LAKE SHORE DR, CHICAGO, IL 60657

10925   LONG, BARRETT, 110 PROMENADE ST, EAST PROVIDENCE RI, RI 02915

10925   LONG, BONITA, PO BOX 721, GARYSBURG, NC 27831

10925   LONG, CANDICE, 8643 N EVERSHAM CT, RICHMOND, VA 23294

10925   LONG, CATHERINE, 2355 W. HWY 55, CLOVER, SC 29710

10925   LONG, CATHY, 3040 BERRUM PLACE, A5, RENO, NV 89509

10925   LONG, CHRISTOPHER, 183 MAIN ST, KINGSTON, NH 03842

10925   LONG, CONNIE, 229 PALMER PKWY, LODI, WI 53555

10925   LONG, DANA, PO BOX 702, NEW STANTON, PA 15672

10925   LONG, DAVID, 117 FORESTDALE DRIVE, TAYLORS, SC 29687

10925   LONG, DONALD, 149 BUCKSKIN DR, WINLOCK, WA 98596

10925   LONG, DONALD, 4434 TREELINE WAY, DOUGLASVLE, GA 30135

10925   LONG, DONNA, RT 1 BOX 682, RAGLEY, LA 70657

10925   LONG, EDITH, 2344 BROOKVIEW CT., ROCK HILL, SC 29730

10925   LONG, EDWARD, 1832 W DEACON DR, TUCSON, AZ 85746

10925   LONG, FLORA, 2402 AYLESBURY LOOP #263, DECATUR, GA 30034

10925   LONG, GABRIELLE, 1034 CIMARRON, CANYON, TX 79015

10925   LONG, GARRY, 3850 HENRY AVE., HAMMOND, IN 46327

10925   LONG, GARY, 115 PHOENIX DR, EATONTON, GA 31024

10925   LONG, GARY, 3485 PATTERSTONE DR, ALPHARETTA, GA 30202

10925   LONG, GARY, 3616 SOUTH SHAWNEE, OKLAHOMA CITY, OK 73108

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| | |
|---|---|
| 10925 | LONG, GARY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 |
| 10925 | LONG, GILBERT, PO BOX 98, PLEASANT HILL, NC 27866 |
| 10925 | LONG, HOLLIS, 2843 EVA LEE CT, MARIETTA, GA 30062 |
| 10925 | LONG, J, 1694 BETHEL RD, SIMPSONVILLE, SC 29681 |
| 10925 | LONG, J, 881 CLUBHOUSE VLG. VIEW, ANNAPOLIS, MD 21401 |
| 10925 | LONG, JAMES, 7075 W. GOWAN BLVD., BLDG. 18, 1081, LAS VEGAS,, NV 89129 |
| 10925 | LONG, JANICE, 225 MOUNTAIN VILLAGECIRCLE, GASTONIA, NC 28052 |
| 10925 | LONG, JEFFREY, 1903 N. 118TH ST, WAUWATOSA, WI 53226 |
| 10925 | LONG, JEFFREY, 9376 MCFADDEN RD, BIG PRAIRIE, OH 44611 |
| 10925 | LONG, JENNIFER, 513 N. KRAMER, LOMBARD, IL 60148 |
| 10925 | LONG, JESSE, C/O SUSAN MANNING 2612 SIMONDALE DR, FT. WORTH, TX 76109 |
| 10925 | LONG, JESSIE, 661 FULTON ST, MEDFORD, MA 02155 |
| 10925 | LONG, JOHN, 404 W CURTIS ST, SIMPSONVILLE, SC 29681 |
| 10925 | LONG, JONNIE S., 3813 E.LOUISIANA ST, KENNER, LA 70065 |
| 10925 | LONG, KATHY, 5324 HONEY MANOR DR., INDIANAPOLIS, IN 46221 |
| 10925 | LONG, KC, 6113 ONYX AVE, ALTA LOMA, CA 91701 |
| 10925 | LONG, KIMBERLY, 5834 GLACIER SUN, SAN ANTONIO, TX 78244 |
| 10925 | LONG, LEE ROY, 55 HAPPY DAY TRAILER PARK, AUBURNDALE, FL 33823-9998 |
| 10925 | LONG, LEIGH, 360 WEBSTER ST, ROCKLAND, MA 02370-1210 |
| 10925 | LONG, LESLIE, 107 SWEETBRIAR TRAIL, WESTMINSTER, SC 29693 |
| 10925 | LONG, LUTHER Y, CUST FOR L YOUNGS LONG JR, UNIF GIFT MIN ACT TN, C/O L YOUNGS LONG JR, 308 WILLIAMS ST, CARY, NC 27511-3242 |
| 10925 | LONG, LUTHER Y, CUST FOR MARGARET D LONG, UNIF GIFT MIN ACT TN, 324 OAK VIEW RD, HIGH POINT, NC 27265-2050 |
| 10925 | LONG, LYNNIE, RURAL RT #2 BOX 105A, BUFFALO, TX 75831 |
| 10925 | LONG, MARGARET, 202 CHURCH ST PO BOX 95, LATTA, SC 29565-0095 |
| 10925 | LONG, MARY, 116 WEST UNIVERSITY PWY, 602, BALTIMORE, MD 21210-2635 |
| 10925 | LONG, MICHAEL, 1015 TOLDI LANE, NAPA, CA 94558-4607 |
| 10925 | LONG, MICHAEL, 19595 CAMPBELL RD, COLORADO SPRINGS, CO 80908-1207 |
| 10925 | LONG, MICHAEL, 861 VICTORY DR, WESTWEGO, LA 70094 |
| 10925 | LONG, MONICA, 101 BYRD TRAIL, CARROLLTON, GA 30017 |
| 10925 | LONG, MONTY, 1003 PARK PLAZA, IOWA PARK, TX 76367 |
| 10925 | LONG, NANCYE, 1929 HIXSON PIKE, CHATTANOOGA, TN 37405 |
| 10925 | LONG, NEIL, 103 HIGHRIDGE DR., HOUMA,, LA 70363 |
| 10925 | LONG, RACHELLE, #7 WEDGEFIELD VILL, GEORGETOWN, SC 29440 |
| 10925 | LONG, RICHARD, PO BOX 605, BIG PINEY, WY 83113 |
| 10925 | LONG, ROBERT A, 12 OTTER POND PLACE, THE WOODLANDS, TX 77381 |
| 10925 | LONG, ROBERT, 21153 OLYMPIAN WAY, MATTESON, IL 60443 |
| 10925 | LONG, ROBERT, 23 SCHOOL RD, WHITEHOUSE STA, NJ 08889 |
| 10925 | LONG, ROBERT, PO BOX 1404, ROANOKE RAPIDS, NC 27870 |
| 10925 | LONG, ROBYN, 10 COASTAL WAY, GREENLAND, NH 03840 |
| 10925 | LONG, SAMUEL J, 3200 HOLLY DALE DR, CAPE CHARLES, VA 23310 |
| 10925 | LONG, SAMUEL, PO BOX 1707, SIMPSONVILLE, SC 29681 |
| 10925 | LONG, SANDRA, 327 MAIN ST. APT. A, SHOEMAKERSVILLE, PA 19555 |
| 10925 | LONG, SHIRLEY, 76 FOREST GLEN DR, IMPERIAL, PA 15126 |
| 10925 | LONG, STEPHEN, 204 WINDROW LANE, FOUNTAIN INN, SC 29644 |
| 10925 | LONG, STEVEN, 95 CLINTON ST, WHITESBORO, NY 13492 |
| 10925 | LONG, STEWART, 8521 W GLENWOOD CIR, LOUISVILLE, KY 40219 |
| 10925 | LONG, TERESA, 112 VALLEY DRIVE, ROANOKE RAPIDS, NC 27870 |
| 10925 | LONG, TERRY, 903 CHASE CT., BEL AIR, MD 21014 |
| 10925 | LONG, WILHELMINA, PO BOX 214, ., NC 27818 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LONG, WILLIAM, 6380 BARWICK LANE, DULUTH, GA 30136 | |
| 10924 | LONGABERBER BASKET CO, ATTN: SAM HULEIS, NEWARK, OH 43055 | |
| 10924 | LONGABERBER BASKET CO., CAMBRIDGE, MA 02140 | |
| 10924 | LONGABERGER BASKET CO, 1500 E. MAIN ST., NEWARK, OH 43055 | |
| 10924 | LONGABERGER BASKET, 1500 EAST MAIN ST., NEWARK, OH 43055 | |
| 10925 | LONGBRAKE, JODY, 3920 S.E. 145TH ST, SUMMERFIELD, FL 34491 | |
| 10925 | LONGCHAMP, MARJORIE, 356 BUTLER ST, BROOKLYN, NY 11217 | |
| 10924 | LONGCHAMPS ELECTRIC, 700 HARVEY ROAD, MANCHESTER, NH 03103 | |
| 10925 | LONGE, SAMUEL, 2558 WOODRIDGE LANE, GREEN BAY, WI 54304 | |
| 10924 | LONGEAR MUSEUM, 30 DUNSTER, BROOKLINE, MA 02146 | |
| 10925 | LONGERO, 5680 PECOS, DENVER, CO 80221 | |
| 10925 | LONGHENRY, JAMES, 2095 KINGSWOOD DR, MORRISTOWN, TN 37813 | |
| 10924 | LONGHORN BUILDING MATERAIALS, 4025 MINT WAY, DALLAS, TX 75237 | |
| 10924 | LONGHORN BUILDING MATERIALS, 4025 MINT WAY, DALLAS, TX 75237 | |
| 10924 | LONGHORN DRYWALL SUP, 4025 MINT WAY, DALLAS, TX 75237 | |
| 10925 | LONGHURST, DANEEN, 7290 S. 92ND ST, FRANKLIN, WI 53132 | |
| 10925 | LONGINOTTI, E, 6204 QUINCE RD., MEMPHIS, TN 38119 | |
| 10925 | LONGINOTTI, JOSEPH, 7 W WHIPPOORWILL LANE, CT MAY CT HOUSE, NJ 08210 | |
| 10925 | LONGMAN, BARTON, PO BOX 475, EMPIRE, LA 70050 | |
| 10925 | LONGMAN, DEAN, 22 FRAMLINGHAM ROAD, STANGROUND, PETERBOROUGH, PE2 8UFUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | LONGMAN, GREGORY ERIC, 2 JEAN ST, ESSENDON, VICTORIA, 3040AUSTRALIA | *VIA Deutsche Post* |
| 10925 | LONGMAN, RODNEY K, 457 ROYAL PALM WAY, BOCA RATON, FL 33431-7945 | |
| 10925 | LONGMAN, RODNEY M, 250 NE 5TH AVE, BOCA RATON, FL 33432 | |
| 10925 | LONGMIRE, FELICIA, 27990 JAPONICA LANE, DAPHNE, AL 36526 | |
| 10925 | LONGO, ALFREDO, VIA G SAVELLO NO 7, PANNI FOGGIA, 71020ITALY | *VIA Deutsche Post* |
| 10925 | LONGO, ANTHONY, 16 SCHULER AVE., WALDWICK, NJ 07463 | |
| 10925 | LONGO, EGIDIO, 551 BROADWAY, MALDEN, MA 02148 | |
| 10925 | LONGO, JOSEPH A, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | LONGO, JOSEPH, 33 ALMOND TREE LN, WARWICK, NY 10990 | |
| 10925 | LONGO, JUDITH, 9835 SPRUCE LANE, UNION, KY 41091 | |
| 10925 | LONGO, KRISTIAN, 1525 I SPRINGS HARBOR DR, DELRAY BEACH, FL 33445 | |
| 10925 | LONGO, MARK, 17 CAMPBELL DR, PARLIN, NJ 08859 | |
| 10925 | LONGO, PAUL, 6 PRESERVATION PATH, ORLEANS, MA 02653 | |
| 10925 | LONGO, RONALD, 1158 CHAMPLAIN ST, TOMS RIVER, NJ 08757 | |
| 10925 | LONGO, SANDRA, 832 WINESAP CT #205, PROSPECT HTS, IL 60070 | |
| 10925 | LONGO, VICKI, 6 PRESERVATION PATH, ORLEANS, MA 02653 | |
| 10925 | LONGOBARDO, LISA, 8 DEVON COURT, NANUET, NY 10954 | |
| 10925 | LONGORIA, CARMELA, PO BOX 128, SAN ISIDRO, TX 78588 | |
| 10925 | LONGORIA, DAVID, 7810 CALLASHAN #1017, SAN ANTONIO, TX 78229 | |
| 10925 | LONGORIA, ELVIRA, 403 PARK LANE, BROWNFIELD, TX 79316 | |
| 10925 | LONGORIA, HILDA, 8020 LANDING AVE, SAN ANTONIO, TX 78227 | |
| 10925 | LONGORIA, LYDIA, 111 AJAY, SAN ANTONIO, TX 78214 | |
| 10925 | LONGORIA, MATEO, BOX 70, ENCINO, TX 78353 | |
| 10925 | LONGORIA, NELDA, 403 PARK LANE, BROWNFIELD, TX 79316 | |
| 10925 | LONGORIA, YOLANDA, 313 N. 9TH, BROWNFIELD, TX 79316 | |
| 10925 | LONGO-SALVADOR MD, JOSE, POBOX 1321, ENGLEWOOD, NJ 07632 | |
| 10925 | LONGS CORPORATE SERVICES, PO BOX 428, BURLINGTON, MA 01803 | |
| 10925 | LONGS OK TIRE INC., 770 WASHINGTON ST., BLAIR, NE 68008 | |
| 10924 | LONGS ROOFING, PO BOX 1231, STUART, FL 33495 | |
| 10925 | LONGS, PO BOX 3524, PEABODY, MA 01960 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LONGSHORE, JO, 1825 N JOSEY LN APT #C, CARROLLTON, TX 75006-6007

10925    LONGSTAFF, ROBERT, PO BOX 242, WEST PARK, NY 12493

10925    LONGTIN, DOUGLAS, 6602 INVERNESS WAY, PASADENA, TX 77505-5412

10925    LONGTIN, LINDA, RT 3 BOX 668, ST ANNE, IL 60964

10925    LONGUEVAN, JAN, 6693 AUSTIN CT, ALTA LOMA, CA 91701

10925    LONGVIEW FIBER COMPANY, BIN #53106, MILWAUKEE, WI 53288

10925    LONGVIEW FIBRE COMPANY, BIN #53106, MILWAUKEE, WI 53288

10925    LONGVIEW FIBRE COMPANY, BIN 53106, MILWAUKEE, WI 53288

10925    LONGVIEW INSPECTION, 4848 E. NAPOLEON ST., SULPHUR, LA 70663

10925    LONGVIEW INSPECTION, PO BOX 970143, DALLAS, TX 75397

10925    LONGVIEW REALTY, GEN COUNSEL, 401 EAST 7TH ST., ODESSA, TX 79760

10925    LONGVIEW WASTE SYSTEMS, PO BOX 50001, TRENTON, NJ 08638

10925    LONGWELL, MICHAEL, RT 4 BOX 34, HOUSTON, MO 65482

10924    LONGWORTH PROJECT, C/O C.J. COAKLEY, WASHINGTON, DC 20040

10925    LONIDIER, ROBERT J, 217 BARBARA HILL DR., RAGLEY, LA 70657

10925    LONIDIER, ROBERT, 217 BARBARA HILL, RAGLEY, LA 70657

10925    LONKER, JACK, 129 BERNHART AVE, READING, PA 19605

10925    LONKEY, SHIRLEY, 14-69 212TH ST, BAYSIDE, NY 11360

10925    LONNIE BROWN, 310 MCGARITY DR, MCDONOUGH, GA 30252-2888

10924    LONNIE CROWELL MASONRY, 45 PARK PLACE, COVINGTON, LA 70433

10925    LONNIE E CRANDALL, 1102 JACKSON WAY, GROVETOWN, GA 30813-9787

10924    LONNIE HAMILTON, 4055 BRIDGE VIEW DR., NORTH CHARLESTON, SC 29405

10925    LONNIE JOHNS, PO BOX 2428-6270, GS 1210601, PENSACOLA, FL 32513

10925    LONNIE V BROWN JR &, CAROL K BROWN JT TEN, 310 MCGARITY DR, MCDONOUGH, GA 30252-2888

10925    LONNIE W FREI MD GUARDIAN, GREGORY C FREI, 19 MAIN ST, EAST SETAUKET, NY 11733-2863

10925    LONSDALE, MARILOU, 14 DUDLEY ST, NASHUA, NH 03060

10924    LONSOM PINE HOSPITAL, HOSPITAL ROAD, BIG STONE GAP, VA 24219

10925    LONZA INC, 1717 ROUTE 208, FAIR LAWN, NJ 07410

10925    LONZA INC, MORGAN LEWIS & BOCKIUS MR RICHARD P, 5300 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD, MIAMI, FL 33131-2339

10925    LONZA INC, POBOX 75017, CHARLOTTE, NC 28275-5017

10924    LONZA INC, U.S. ROUTE #24, MAPLETON, IL 61547

10925    LONZA INC., PO BOX 75017, CHARLOTTE, NC 28275-5017

10924    LONZA INC., U.S. ROUTE #24, MAPLETON, IL 61547

10925    LONZA,INC, 1717 ROUTE 208, FAIR LAWN, NJ 07410

10925    LOOCK, GARY, 2408 JOHNSON MILL ROAD, FOREST HILL, MD 21050-1727

10925    LOOKENOTT, MARY, 200 CHIMNEY STONE, SHREVEPORT, LA 71115

10925    LOOMER, JAMES, 110 ALLISON, SAN ANTONIO, TX 78212

10925    LOOMIS, ARLENE, 4710 SE 30TH CT, OCALA, FL 32671

10925    LOOMIS, H, 116 WEST MAIN ST BOX 458, TERRE HILL, PA 17581

10925    LOOMIS, RHETT, 1097 COLORADO ST, CRAIG, CO 81625

10925    LOOMIS, ROBIN, C/O TRUMAN CAVENDER, NEW CASTLE, WY 82701

10925    LOOMIS, ROGER, 108 WOOD ST, LYMAN, SC 29365

10925    LOOMIS,EWERT,PARSLEY,DAVIS &, 232 S. CAPITOL AVE., SUITE 1000, LANSING, MI 48933

10925    LOONEY, AARON, 2107 4TH AVE N, TEXAS CITY, TX 77590

10925    LOONEY, HERBERT, 100 OZZIE LANE, FOUNTAIN INN, SC 29644

10925    LOONEY, KEVIN, 6100 W 79TH ST, BURBANK, IL 60459

10925    LOONEY, NICHOLS & JOHNSON LAW FIRM, 528 NORTHWEST 12TH ST, OKLAHOMA CITY, OK 73103

10925    LOOPER, HENRY, 100 HUNT ST, TRAVELERS REST, SC 29690

10925    LOOPER, JOAN, 6814 ISABELLA DRIVE, ALEXANDRIA, LA 71301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LOOPER, JOSEPH, 102 WOODLANE DRIVE, PELZER, SC 29669-9533 | |
| 10925 | LOOPER, MURL, RT. 2, BOX 87, WILBURTON, OK 74578 | |
| 10925 | LOOPER, TERRILL, 307 WESTERN AVE., CRAIG,, CO 81625 | |
| 10925 | LOOPER, VALERIE, 11726 LIGHT FALL COURT, COLUMBIA, MD 21044 | |
| 10925 | LOOS, MICHAEL, 1824 LEDGEVIEW RD, DE PERE, WI 54115 | |
| 10925 | LOOSE LEAF BINDER COMPANY, PO BOX 15021, PHILADELPHIA, PA 19130 | |
| 10925 | LOPA, THERESA, 110 JOHN ST, BOUND BROOK, NJ 08805 | |
| 10925 | LOPAC, JOANNE I, 761 W GAIL DR, CHANDLER, AZ 85224 | |
| 10925 | LOPAC, JOANNE, 761 W GAIL DRIVE, CHANDLER, AZ 85224 | |
| 10925 | LOPAREX, 7700 GRIFFEN WAY, WILLOWBROOK, IL 60521 | |
| 10925 | LOPATA INC, 191 CLAUDE DAUZAT, BOUCHERVILLE, QC J4B 7G7CANADA | *VIA Deutsche Post* |
| 10925 | LOPATIN MILLER FREEDMAN BLUESTONE, 1301 E. JEFFERSON AVE, DETROIT, MI 48207-3119 | |
| 10925 | LOPENZO, DIANE, 241 W. EMBASSY DR, DELTONA, FL 32725 | |
| 10925 | LOPER, LAWRENCE, 4447 HOLIDAY DR, ERIE, PA 16506 | |
| 10925 | LOPERFIDO, MICHAEL, 2648 QUICKSILVER DR, AUBURN, NY 13021 | |
| 10925 | LOPES, AMY, 9 CHOVET TERRACE, BERGENFIELD, NJ 07621 | |
| 10925 | LOPES, CA, 311 LOMA BISTA TERRACE, PACIFICA, CA 94044 | |
| 10925 | LOPES, JOHN, 92 WINTHROP ST, REHOBOTH, MA 02769 | |
| 10925 | LOPES, JULIO, 305 TREMONT ST, TAUNTON, MA 02780 | |
| 10924 | LOPEZ & SONS, CAL STATE  SAN BERNADINO, SAN BERNARDINO, CA 92400 | |
| 10924 | LOPEZ & SONS/COLLIER ELEMENTARY, VALORI THOMPSON, LAKE ELSINORE, CA 92530 | |
| 10924 | LOPEZ & SONS/MARBEL CREEK ELEMENTRY, SAN CLEMENTE, CA 92672 | |
| 10924 | LOPEZ & SONS/MUIR ELEMENTARY SCHOOL, VALORI THOMPSON BUILDING MATERIALS, SANTA ANA, CA 92707 | |
| 10924 | LOPEZ & SONS/RED HAWK SCHOOL, TEMECULA, CA 92589 | |
| 10924 | LOPEZ CONTRACTING INC., 27 TARZWELL DR., NARRAGANSETT, RI 02882-1153 | |
| 10924 | LOPEZ GLORIA, BAYTOWN BRIDGE, LA PORTE, TX 77571 | |
| 10924 | LOPEZ GLORIA, BELTWAY 8 & I-45, HOUSTON, TX 77100 | |
| 10924 | LOPEZ GLORIA, HARDY RD OFF LOOP 610, HOUSTON, TX 77100 | |
| 10924 | LOPEZ GLORIA, HWY 59 AT WINFIELD RD., HOUSTON, TX 77100 | |
| 10924 | LOPEZ GLORIA, KIRKENDAHL EXIT OFF I-45, HOUSTON, TX 77100 | |
| 10924 | LOPEZ GLORIA, MARTIN L. KING PLANT, BEAUMONT, TX 77700 | |
| 10924 | LOPEZ GLORIA, US 90 TO HARLEM RD., SUGAR LAND, TX 77478 | |
| 10925 | LOPEZ JT TEN, ANTHONY & EDNA, 127 W MAPLE DR, NEW HYDE PARK, NY 11040-3109 | |
| 10925 | LOPEZ LAY, JOSEFIUNA, C 12 A ST VILLA VEROE, GUAYNABO, 657PUERTO RICO | *VIA Deutsche Post* |
| 10925 | LOPEZ SR, CARLOS, 2618 PICKERTON DR, DEER PARK, TX 77536 | |
| 10925 | LOPEZ TIRE SERVICE, 3804 NAVIGATION, HOUSTON, TX 77003 | |
| 10925 | LOPEZ TIRE SERVICE,INC, 3804 NAVIGATION, HOUSTON, TX 77003 | |
| 10925 | LOPEZ, ADALBERTO, 5112 EDMONSTON RD APT 202, HYATTSVILLE, MD 20781 | |
| 10925 | LOPEZ, AMPARO, 7226 JACARANDA LANE, MIAMI LAKES, FL 33014 | |
| 10925 | LOPEZ, ANA, BC01 BOX 3440, LARES, PR 00669 | |
| 10925 | LOPEZ, ANNE, 6830 E EDGEMONT, TUCSON, AZ 85710 | |
| 10925 | LOPEZ, ANTHONY, 1917 38TH ST, LUBBOCK, TX 79412 | |
| 10925 | LOPEZ, ANTONIO, 1105 GREEN LANE DR., CORPUS CHRISTI, TX 78405 | |
| 10925 | LOPEZ, ARMANDO, 425 E. SUGARCANE DR, WESLACO, TX 78596 | |
| 10925 | LOPEZ, BECKY D, RT 1 BOX 1780, BROUSSARD, LA 70518 | |
| 10925 | LOPEZ, BERNIE, 1301 W LINBERG, ODESSA, TX 79763 | |
| 10925 | LOPEZ, CARLOS, 2015 WILSON, WICHITA FALLS, TX 76301 | |
| 10925 | LOPEZ, CARLOS, 713 CURTIS, GARLAND, TX 75040 | |
| 10925 | LOPEZ, CAROLINA, 83-25 VIETOR AVE 4F, ELMHURST, NY 11373 | |
| 10925 | LOPEZ, CARRIE, 1020 VELARDE RD, SANTA FE, NM 87505 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LOPEZ, CECILIA, 143 SHRINE AVE., SAN ANTONIO, TX 78221 | |
| 10925 | LOPEZ, CELESTE, 5820 W. 18TH CT., HIALEAH, FL 33012 | |
| 10925 | LOPEZ, COLON, C/O CHARLES WARGO 2930 E BALTIMORE ST, BALTIMORE, MD 21224-1344 | |
| 10925 | LOPEZ, CYNTHIA, 8210 RYAN PARK, HOUSTON, TX 77095 | |
| 10925 | LOPEZ, DAVID, 1024 E WENONAH, WICHITA FALLS, TX 76309 | |
| 10925 | LOPEZ, DAVID, 1124 HARDING AVE., NATIONAL CITY, CA 91950 | |
| 10925 | LOPEZ, DUKE, 1342 DAYTONA DR., CORPUS CHRISTI, TX 78415 | |
| 10925 | LOPEZ, EDDIE, BOX 11645-HC-03, CAMUY, PR 00627 | |
| 10925 | LOPEZ, EDNA, 3824 NATIONAL AVE, SAN DIEGO, CA 92113 | |
| 10925 | LOPEZ, ENRIQUE, 629 RUSTY DR., PHARR, TX 78577 | |
| 10925 | LOPEZ, ERNESTINA, 2700 NORMENT RDSW, ALBUQUERQUE, NM 87105 | |
| 10925 | LOPEZ, ERNESTINE, 6206 RIDGE SUN, SAN ANTONIO, TX 78250 | |
| 10925 | LOPEZ, ESPERANZA, 187-A DILWORTH RD, NEW MILFORD, NJ 07646 | |
| 10925 | LOPEZ, EVELYN, 10601 POLYCRATES, EL PASO, TX 79924 | |
| 10925 | LOPEZ, FABIO, 9124 COLUMBIA AVE, NO BERGEN, NJ 07047 | |
| 10925 | LOPEZ, FRANCISCO, 25-18 18TH ST, ASTORIA, NY 11102 | |
| 10925 | LOPEZ, FRELLIE, 211 E 211TH ST, CARSON, CA 90745 | |
| 10925 | LOPEZ, GERARDO, 3607 TAFT, RIVERSIDE, CA 92503 | |
| 10925 | LOPEZ, GLORIA, 2401 N. LILLIE, SAN ANGELO, TX 76903 | |
| 10925 | LOPEZ, GLORIA, 2801 E 9TH ST., OAKLAND, CA 94601 | |
| 10925 | LOPEZ, GREGORY, 52435 JEWELL PARKER, BOGALUSA, LA 70427 | |
| 10925 | LOPEZ, HUMBERTO, 801-87 ST, NORTH BERGEN, NJ 07047 | |
| 10925 | LOPEZ, IRMA, 150 E. LAMBERT, SAN ANTONIO, TX 78204 | |
| 10925 | LOPEZ, JAIME, 7342 LEE HWY APT T-3, FALLS CHURCH, VA 22046 | |
| 10925 | LOPEZ, JAIME, HC-04 BOX 18427, CAMUY, PR 00627 | |
| 10925 | LOPEZ, JAVIER, 1134 1/2 E. CHEVY, GLENDALE, CA 91205 | |
| 10925 | LOPEZ, JESSE, 309 ARBOR, BAYTOWN, TX 77520 | |
| 10925 | LOPEZ, JESUS, 3623 TRAVIS ST, FT WORTH, TX 76110 | |
| 10925 | LOPEZ, JIMMY, 312 SIDBURY, ALICE, TX 78332 | |
| 10925 | LOPEZ, JOEL, 10565 W UNIVERSITY, ODESSA, TX 79764 | |
| 10925 | LOPEZ, JOEL, 1618 PAULA COURT, N BELLMORE, NY 11710 | |
| 10925 | LOPEZ, JOHNNY, 8405 S DICKEISON ST # 308, ARLINGTON, VA 22204 | |
| 10925 | LOPEZ, JORGE, 1561 E. 8TH AVE., HIALEAH, FL 33010 | |
| 10925 | LOPEZ, JOSE, 1100 S. CALDWELL, FALFURRIAS, TX 78355 | |
| 10925 | LOPEZ, JOSE, 124 S.W. 8TH COURT, BOYNTON BEACH, FL 33426 | |
| 10925 | LOPEZ, JOSE, 20 ROCKLAND AVE #1, MALDEN, MA 02148 | |
| 10925 | LOPEZ, JOSE, 248 W OLEY ST, READING, PA 19601 | |
| 10925 | LOPEZ, JOSE, 2721 ADAMS MILL RD NW #102, WASHINGTON, DC 20009 | |
| 10925 | LOPEZ, JOSE, 2806 ROSARIO APT. 4, LAREDO, TX 78043 | |
| 10925 | LOPEZ, JOSE, 343 HILLWOOD DR., SAN ANTONIO, TX 78213 | |
| 10925 | LOPEZ, JOSE, 4944 LOGAN AVE, #1, SAN DIEGO, CA 92113 | |
| 10925 | LOPEZ, JOSE, 802 CHANDLER, ALICE, TX 78332 | |
| 10925 | LOPEZ, JOSE, PO BOX 1384, MCALLEN, TX 78502 | |
| 10925 | LOPEZ, JUAN, 146 WEST ST, ENGLEWOOD, NJ 07631 | |
| 10925 | LOPEZ, JULIAN, 3823 N CRUMP, FT WORTH, TX 76106 | |
| 10925 | LOPEZ, LAJUANA, 18234 METTLER AVE, CARSON, CA 90746 | |
| 10925 | LOPEZ, LAWRENCE, 4404 VIA AZALEA, PALOS VERDES, CA 90274 | |
| 10925 | LOPEZ, LILIBETH, 2954 HUNTERS MEADOW APT. 610, KALAMAZOO, MI 49004 | |
| 10925 | LOPEZ, LORENA, 612 SOUTH BANCROFT ST, SAN DIEGO, CA 92113 | |
| 10925 | LOPEZ, LUZ, 6763 OLD WATERLOO ROAD #415, ELKRIDGE, MD 21075 | |
| 10925 | LOPEZ, LUZ-MARIA, 6763 OLD WATERLOO RO#415, ELKRIDGE, MD 21075 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925 LOPEZ, M, GPOB 3128, SAN JUAN, PR 00936

10925 LOPEZ, MARIA TERESA, 46 SEARING ST, DOVER, NJ 07801

10925 LOPEZ, MARIA, ST DANIA SF9 URB, LEVITTOWN CANTANO, PR 00632

10925 LOPEZ, MARICELA, 1210 MIRANDA ST, ALICE, TX 78332

10925 LOPEZ, MARIELA, 154 WEST ST, ENGLEWOOD, NJ 07631

10925 LOPEZ, MARILUZ, CARR. 107 BO 2009, AGUADILLA, PR 00603

10925 LOPEZ, MARISELA A., 1601 N. 74TH TERRACE, HOLLYWOOD, FL 33024

10925 LOPEZ, MARTA, 2311 SW 127TH CT, MIAMI, FL 33175

10925 LOPEZ, MARVIN, 804 S DICKERSON # 504, ARLINGTON, VA 22204

10925 LOPEZ, MARY A, 1916 SOUTH 51ST CT, CICERO, IL 60650

10925 LOPEZ, MARY, 1803 SAUNDERS, SAN ANTONIO, TX 78207

10925 LOPEZ, MERSEDES, 2017 VERMONT ST NW, WASHINGTON, DC 20007

10925 LOPEZ, MIGUEL, 1329 GLENDALE PLACE, UNION, NJ 07083

10925 LOPEZ, MIGUEL, 2133 85TH ST, NORTH BERGEN, NJ 07047

10925 LOPEZ, NICK, 4101 GOLDENWEST, RUBIDOUX, CA 92507

10925 LOPEZ, NICOLAS, 503-05W 141ST ST, NEW YORK, NY 10031

10925 LOPEZ, PABLO, 5553 BRIGHTON, EL CENTRO, CA 92243

10925 LOPEZ, PATRICIA, 3805 N 28TH ST, PHEONIX, AZ 85016

10925 LOPEZ, PATRICIA, 704 W. CHAMPION, EDINBURG, TX 78539

10925 LOPEZ, PHYLLIS, 361 S WILLARD ST, SAN JOSE, CA 95126

10925 LOPEZ, RALPH, 18234 METTLER AVE, CARSON, CA 90246

10925 LOPEZ, RALPH, 412 WEST SHARON ROAD, CINCINNATI, OH 45246-4132

10925 LOPEZ, RAMON, 15985 ATHOL ST., FONTANA, CA 92335

10925 LOPEZ, RAMON, BOX 331, SHEFFIELD, TX 79781

10925 LOPEZ, RAMONA, 7209 SAN JOAQUIN, PHARR, TX 78577

10925 LOPEZ, RENE, RT. 6 BOX 136-W, WESLACO, TX 78596

10925 LOPEZ, RICHARD, 14727 MESITA, HOUSTON, TX 77083

10925 LOPEZ, RICHARD, 171 BRIARWOOD TERRACE, CENTREVILLE, AL 35042

10925 LOPEZ, RICHARD, 4508 SPENCER, WICHITA FALLS, TX 76308

10925 LOPEZ, ROBERT, 13447 GREENWAY, SUGARLAND, TX 77478

10925 LOPEZ, ROBERT, 2951 FEATHERSTON, WICHITA FALLS, TX 76308

10925 LOPEZ, ROBERT, 6405 N. 40TH ST., MCALLEN, TX 78504

10925 LOPEZ, ROBERTO, 2906 MURPHY ST., FT WORTH, TX 76111

10925 LOPEZ, ROJELIO, 701 N. CANNA, PHARR, TX 78577

10925 LOPEZ, SARAH, 1515 MISSION RD #89, SAN ANTONIO, TX 78210

10925 LOPEZ, SHIRLEY, 1320 W. MOUNTAINVIEW, PHOENIX, AZ 85021

10925 LOPEZ, SUYAPA, 840 S DICKERSON ST, ARLINGTON, VA 22204

10925 LOPEZ, VIDAL, 3813 CHERRY BLOSSOM, NATIONAL CITY, CA 91950

10925 LOPEZ, VILMA, HC01 BOX 7830, HATILLO, PR 00659

10925 LOPEZ, WAYNE, 241 N 8TH ST, CASPER, WY 82604

10925 LOPEZ, WILLIAM, 235 MT. PROSPECT AVE, NEWARK, NJ 07104

10925 LOPEZ, YOLANDA, PO BOX 170683, IRVING, TX 75017

10925 LOPEZ, ZAIDA, CALLE PRINCIPAL #395, ARECIBO, PR 00612

10924 LOPEZ/CIMARRON ELEMENTARY SCHOOL, PALMDALE, CA 93550

10925 LOPEZ-HERNANDEZ, D, CALLE 7-16 EL ROSARIO, VAEGA BAJA, PR 00763

10925 LOPEZ-OLIVARES, RAYSA, 600 W 138 ST, 45, NEW YORK, NY 10031

10925 LOPIANO JR, STEPHEN F, TR UA OCT 6 75, JAMES L FORMA FAMILY TRUST, 241 BRUCE ST,
        LAWRENCE, MA 01841-1808

10924 LOPINTO TEMPLETE, 2601 COMMERCE BLVD, BIRMINGHAM, AL 35210

10925 LOPINTO, MICHAEL, 573 MIAMI CREST DR, LOVELAND, OH 45140

10925 LOPRESTO, JAMES, 5320 N. SHERIDAN RD, CHICAGO, IL 60640

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LORA BUTLER JACKOMIN, 23161 UTICA ST, PORT CHARLOTTE, FL 33980-8541

10925    LORA, LORENA, 2300 SOUTH 24TH RD, ARLINGTON, VA 22206

10925    LORAH, LYNNEL, 491 MAIN ST, OLEY, PA 19547

10924    LORAIN COMMUNITY HOSPITAL, 3700 COLBE ROAD, LORAIN, OH 44053

10925    LORAINE HELLER, 112 ROBINS RUN WEST, SWEDESBORO, NJ 08085

10925    LORAINE SNYDER, 6391 CLEVELAND RD, WOOSTER, OH 44691-9689

10925    LORAL DEFENSE SYSTEM, 1210 MASSILLON ROAD, AKRON, OH 44315

10925    LORAL DEFENSE SYSTEM, 723 DRESHER ROAD, HORSHAM, PA 19044

10925    LORAL FAIRCHILD IMAGING SENSORS, 1801 MCCARTHY BLVD, MILPITAS, CA 95035

10924    LORAL SKYNET POWER SYSTEM UPGRADE, 60 DILLEY STREET, FORTY FORT, PA 18704

10925    LORAL VOUGHT SYSTEMS, 1701 W MARSHALL DR, GRAND PRAIRIE, TX 75051

10924    LORAM MAINTENANCE OF WAY, 3900 ARROWHEAD DRIVE, HAMEL, MN 55340

10925    LORAN A. WHITE, 5272 HEATHER LANE, PARK CITY, UT 84098

10924    LORANCE CONTRACTING CO, 410 NORTH 6TH ST, KANSAS CITY, KS 66101

10924    LORANCE CONTRACTING CO., CAMBRIDGE, MA 02140

10924    LORANCE CONTRACTING, 410 NORTH 6TH ST., KANSAS CITY, KS 66101

10925    LORCH JR, EDWARD, 335 TIMBERWALK TR, JUPITER, FL 33458

10925    LORCHEM TECHNOLOGIES INC, 1150 DAVIS RD, STE J, ELGIN, IL 60123-1345

10924    LORD & TAYLOR WILLOW BEND MALL, 6113 W.PARK BLVD., PLANO, TX 75093

10924    LORD & TAYLOR, 1ST ST. & CLAYTON, DENVER, CO 80201

10924    LORD & TAYLOR, 515 SMITHFIELD STREET, PITTSBURGH, PA 15222

10924    LORD CORPORATION, 110 LORD DRIVE, CARY, NC 27511

10924    LORD CORPORATION, 2000 WEST GRANDVIEW BLVD, ERIE, PA 16514

10924    LORD CORPORATION, 601 SOUTH ST, SAEGERTOWN, PA 16433

10924    LORD CORPORATION, CHOATE CONSTRUCTION, 201 LORD DRIVE, CARY, NC 27511

10924    LORD CORPORATION, E. WEYMOUTH INDUSTRIAL PARK, WEYMOUTH, MA 02189

10925    LORD CORPORATION, PO BOX 360511M, PITTSBURGH, PA 15251-6511

10924    LORD CORPORATION, PO BOX 556, SAEGERTOWN, PA 16433

10924    LORD CORPORATION, PO BOX 890058, WEYMOUTH, MA 02189-0001

10925    LORD CORPORATION, POBOX 281714, ATLANTA, GA 30384-1714

10924    LORD CORPORATION, SOUTH STREET, SAEGERTOWN, PA 16433

10925    LORD, BETTY, ROUTE 2 BOX 275, COMMERCE, GA 30529

10925    LORD, CHANDA, ROUTE 5 BOX 253, COMMERCE, GA 30529

10925    LORD, DENISE, RT 1 BOX 1367, NICHOLSON, GA 30565

10925    LORD, GEORGE, 8 COBB AVE, YARMOUTH PORT, MA 02675

10925    LORD, GERALD, 73 EAST ST RFD 1, ADAMS, MA 01220

10925    LORD, LINDA, 2000 N. MAIN, EUNICE, NM 88240

10925    LORD, NANCY, 313 MAIN SAIL DRIVE, GRAYS LAKE, IL 60030

10925    LORD, PAUL, 4515 HOLY HILL ROAD, HUBERTUS, WI 53033

10925    LORD, REBECCA, 7267 SOUTH VANCE COURT, LITTLETON, CO 80123

10925    LORD, SAMUEL, 4054 TREMONT LANE, SWANEE, GA 30174

10925    LORD, WILLIAM, PO BOX 94, CRAIG, CO 81626-0094

10925    LORDE, BERNICE, 160 W 96TH ST, 8R, NEW YORK, NY 10025

10925    LORDE, JOHN, 6605 HAVENLOCK PLACE, CHARLOTTE, NC 28215

10925    LORD-FISHER, NANCY, 44 WRIGHT AVE, MEDFORD, MA 02155

10925    LOREDO, LUIS, 2917 NW 30TH, FT WORTH, TX 76106

10925    LOREE SUE TILSON STEVENS, 406 MENKER AVE, SAN JOSE, CA 95128-2403

10925    LORELEI GROUP LTD., 500 E. COSSITT, LA GRANGE, IL 60525

10924    LOREN POOLS, 611 J ST., LA PORTE, IN 46350

10925    LOREN T. BOWNS, 26941 S BUTLER AVE, CRETE, IL 60417

10924    LORENSEN'S READY MIX, 1ST STREET, WAKEFIELD, NE 68784

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | LORENSEN'S READY MIX, HWY 94, PENDER, NE 68047 | |
| 10924 | LORENSEN'S READY MIX, LYONS, NE 68038 | |
| 10924 | LORENSEN'S READY MIX, P O BOX 220, PENDER, NE 68047 | |
| 10924 | LORENSEN'S READY MIX, PO BOX220, PENDER, NE 68047 | |
| 10925 | LORENTZEN, CARL, 11 BARKSDALE COURT, HILTON HD ISL, SC 29926 | |
| 10925 | LORENTZEN, CARL, 11 BARKSDALE COURT, HILTON HD ISLAND, SC 29926 | |
| 10925 | LORENTZEN, KYLE, 3001 STEARNS HILL ROAD, WALTHAM, MA 02154 | |
| 10925 | LORENZ & SONS MFG. CO. LTD., PO BOX 1002, COBURG, ON K9A 4W4CANADA | *VIA Deutsche Post* |
| 10924 | LORENZ MASONRY, LEFT, 1 BLOCK LEFT, RANDOLPH, WI 53956 | |
| 10924 | LORENZ SCHOOL, 307 EAST HAVERHILL STREET, LAWRENCE, MA 01841 | |
| 10925 | LORENZ, A, 425 N. NINTH ST, COSHCOCTON, OH 43812 | |
| 10925 | LORENZ, IVA, % COLLEGE PARK NURSING CTR 3201 CR 16, COSHOCTON, OH 43812-1206 | |
| 10925 | LORENZ, JIMMIE, 3029 LA MIRADA, LAS CRUCES, NM 88011 | |
| 10925 | LORENZ, JOHN, 2711 MCCOMAS AVE, BALTIMORE, MD 21222 | |
| 10925 | LORENZ, JOHN, 8718 MEDITERRANEAN DR, DALLAS, TX 75238 | |
| 10925 | LORENZ, KAREN, 5044 CASTLEMOOR DR., COLUMBIA, MD 21044 | |
| 10925 | LORENZ, RICHARD F, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | LORENZ, RICHARD, 7889 SAVAGE GUILFORD ROAD, JESSUP, MD 20794 | |
| 10925 | LORENZ, ROBERT, 8718 MEDITERANEAN DR, DALLAS, TX 75238 | |
| 10925 | LORENZ, ROBERT, 8718 MEDITERRANEAN DR, DALLAS, TX 75238 | |
| 10925 | LORENZ, SUSAN, 7 SOUTH HOME AVE, PARK RIDGE, IL 60068 | |
| 10925 | LORENZ, W, 400 FOX HOLLOW LANE, ANNAPOLIS, MD 21403 | |
| 10925 | LORENZEN, CHRISTOPHER, 2211 SHUMWAY, CASPER, WY 82601 | |
| 10925 | LORENZO, GEORGE, 36 PHEASANT RUN, EDISON, NJ 08820 | |
| 10925 | LORENZO, JONETTE, 42-25 80 ST #4A, ELMHURST, NY 11373 | |
| 10925 | LORENZO, MARIO, 879 STUYVESANT AVE, IRVINGTON, NJ 07111 | |
| 10925 | LORENZOS, 209 SQUIRE ROAD SUITE 21, REVERE, MA 02151 | |
| 10925 | LORESCH, DAVID, 6707 LAKE CLIFF, SAN ANTONIO, TX 78244 | |
| 10925 | LORETE, CECILIA, 924 SHADOW TREE WAY, VA BEACH, VA 23452 | |
| 10925 | LORETO, IMELDA, 1 DIETZ COURT, HYDE PARK, MA 02136 | |
| 10925 | LORETTA B HILT, 1063 GREENSVIEW DR, WOOSTER, OH 44691-2659 | |
| 10925 | LORETTA B LESEMANN, 3920 CUMBERLAND, WACO, TX 76707-1025 | |
| 10925 | LORETTA B MARANTO TR UA 2 7 83, LORETTA B MARANTO TRUST, 1210 HOUNDS RUN, SAFETY HARBOR, FL 34695-4446 | |
| 10925 | LORETTA BRZYCHCY &, FRANK G BRZYCHCY JT TEN, 95 DUNBAR AVE, FORDS, NJ 08863-1521 | |
| 10925 | LORETTA HUDAK, 2565 ASTER PLACE N, WESTBURY, NY 11590-5601 | |
| 10925 | LORETTA M SCHROEGER, 11209 E 48TH, KANSAS CITY, MO 64133 | |
| 10925 | LORETTA M WHITE, C/O LORETTA M RUDNICK, 29792 TERACINA, LAGUNA NIGUEL, CA 92677-7917 | |
| 10925 | LORETTA P TUMARKIN, 309 74TH AVE NORTH, MYRTLE BEACH, SC 29572-3838 | |
| 10925 | LORI A KOJSZA, 835 NORTH WEBSTER AVE, SCRANTON, PA 18510 | |
| 10925 | LORI A SCHIFRIN, 70 MARTENS BLVD, SAN RAFAEL, CA 94901-5029 | |
| 10925 | LORI BETH WASSERMAN, 455 FDR DR APT B1206, NEW YORK, NY 10002-5915 | |
| 10925 | LORI E CULEN &, RONALD CULEN &, BRADLEY K CULEN JT TEN, 6557 MANOR DR, BURR RIDGE, IL 60521-5763 | |
| 10925 | LORI K TAYLOR, 135 MONUMENT AVE, BARRINGTON, IL 60010-4429 | |
| 10925 | LORI STORM, 22218 S VERMONT 202, TORRANCE, CA 90502-2166 | |
| 10925 | LORIDAS, JULIE, 175 ALLERTON ROAD, NEWTON HIGHLANDS, MA 02161 | |
| 10925 | LORIGAN, LORRAINE, 808 N OVERLOOK DR, OLATHE, KS 66061 | |
| 10925 | LORILEE WORSHAM & H MARSHALL, WORSHAM JR JT TEN, 22 LEARY DRIVE, SAVANNAH, GA 31406-5240 | |
| 10925 | LORILLARD TOBACCO CO., 714 GREEN VALLEY ROAD, GREENSBORG, NC 27408 | |
| 10925 | LORIN H LEWIS, 7221 W PARKLAND CT, MILWAUKEE, WI 53233 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LORING, MARGARET, 93 MYRTLE ST, NORFOLK, MA 02056 | |
| 10925 | LORING, SYLVIA, 8800 BROADWAY #5247, HOUSTON, TX 77061 | |
| 10925 | LORIOT & CO, ATTN RECONCILIATION GROUP, INVESTMENT PLAN SERVICES, 85 CHALLENGER RD 1ST FL, RIDGEFIELD PARK, NJ 07660-2104 | |
| 10924 | LORIS SHOE COMPANY, 99-101 RIVER STREET, TORONTO, ONTARIO, ON M5A 3P4TORONTO | *VIA Deutsche Post* |
| 10924 | LORISAL INDUSTRIES INC., 2666 RIVERSIDE DRIVE, WANTAGH, NY 11793 | |
| 10924 | LORISAL INDUSTRIES INC., 3280 SUNRISE HIGHWAY, WANTAGH, NY 11793 | |
| 10925 | LORITZ, KERRI, 1515 OKEEFE RD, DEPERE, WI 54115 | |
| 10925 | LORMAN EDUCATION SERVICES, PO BOX 509, EAU CLAIRE, WI 54702-0509 | |
| 10925 | LORMAN EDUCATION SERVICES, POBOX 509, EAU CLAIRE, WI 54702-0509 | |
| 10925 | LORMAND, ANN, 333 AMESBURY RD, LAFAYETTE, LA 70507 | |
| 10925 | LORMAND, LISA, PO BOX 1069, CROWLEY, LA 70527-1069 | |
| 10925 | LORNE KATZ &, ANN KATZ JT TEN, 11248 NW 10TH PL, CORAL SPRINGS, FL 33071-5130 | |
| 10925 | LORRAINE C ANTHONY, 26 APPLE DR, SPRING LAKE HEIGHTS, NJ 07762-2176 | |
| 10925 | LORRAINE C COAKLEY, 127 WOOD ST, MILTON, MA 02186-5154 | |
| 10925 | LORRAINE C FOX &, ANDREW J KARPF JT TEN, 679 LAUREL ST, LONGMEADOW, MA 01106-1917 | |
| 10925 | LORRAINE C FOX &, RICHARD KARPF JT TEN, 679 LAUREL ST, LONGMEADOW, MA 01106-1917 | |
| 10925 | LORRAINE D BROWER &, KATHLEEN G HALL JT TEN, 3333 WOODWARD ST, OCENSIDE, NY 11572-4528 | |
| 10925 | LORRAINE E DION, 35 BIRCHWOOD RD, SOUTHWICK, MA 01077-9518 | |
| 10925 | LORRAINE E SHAFFER, 1204 NORTH GRANT, WEST LAFAYETTE, IN 47906-2462 | |
| 10925 | LORRAINE GALLAGHER, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LORRAINE GUNDERSON, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | LORRAINE H STOKER, 279 E 3RD N, SODA SPRINGS, ID 83276-1264 | |
| 10925 | LORRAINE IRIS ALDIS, 14481 DEERFIELD AVE, TUSTIN, CA 92680-6307 | |
| 10925 | LORRAINE KRISNOWICH, 209-49 28 AVE, BAYSIDE, NY 11360-2410 | |
| 10925 | LORRAINE M. BANK, C/O LORRAINE M. BANK, 3316 W. 45TH AVE., GARY, IN 46408 | |
| 10925 | LORRAINE MARTIN, 2371 NE 193 ST, NORTH MIAMI BEACH, FL 33180-2154 | |
| 10925 | LORRAINE R DUQUETTE, 169 WOODLAND ST, BRISTOL, CT 06010-5157 | |
| 10925 | LORRAINE R ORLOWSKI &, WM C ORLOWSKI JT TEN, 218 CARLTON RD, MILLINGTON, NJ 07946-1925 | |
| 10925 | LORRAINE RAPP TRUST, UA MAY 15 91, 1751 16TH AVE, SAN FRANCISCO, CA 94122-4537 | |
| 10925 | LORRAINE RICKER, 33 DUNDEE ROAD, KENDALL PARK, NJ 08824-1428 | |
| 10925 | LORRAINE SERATA, 5000 BOARDWALK APT 408, VENTNOR, NJ 08406-2917 | |
| 10925 | LORRI HILLMAN, 5117 ARBOR POINTE CIR 606, TAMPA, FL 33617-1039 | |
| 10925 | LORTON, KYLE, 13424 GREEN HILL CT, HIGHLAND, MD 20777 | |
| 10925 | LORTON, KYLE, 13424 GREEN HILL CT., HIGHLAND, MD 20777-9573 | |
| 10925 | LORTON, STEVEN, 913 SAUK RIDGE TRAIL, MADISON, WI 53717 | |
| 10925 | LORTON, THOMAS, 3246 135TH, TOLEDO, OH 43611 | |
| 10925 | LORTSON, CATHERINE, PO BOX 67, JENA, LA 71342 | |
| 10925 | LORUSSO & LOUD, 3137 MOUNT VERNON AVE., ALEXANDRIA, VA 22305 | |
| 10925 | LORY, TREVOR, 2232 CHAPMAN ROAD, HYATTSVILLE, MD 20783 | |
| 10925 | LOS ALAMOS NATL LAB, ACCOUNTING DEPT, LOS ALAMOS, NM 87545 | |
| 10925 | LOS ALAMOS NATL LAB, BLDG SM30, BIKINI ROAD, LOS ALAMOS, NM 87544 | |
| 10924 | LOS ANGELES ARTCO, 2555 EAST AVE P, PALMDALE, CA 93550 | |
| 10924 | LOS ANGELES CENTRAL JAIL, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90050 | |
| 10925 | LOS ANGELES CHAPTER OF CSI, 13620 ROSECRANS AVE., SANTA FE SPRINGS, CA 90670 | |
| 10924 | LOS ANGELES CHEMICAL CO., 4545 ARDINE ST, SOUTH GATE, CA 90280 | |
| 10924 | LOS ANGELES CHEMICAL CO., CAMBRIDGE, MA 02140 | |
| 10925 | LOS ANGELES CHEMICAL COMPANY, POBOX 1987, SOUTH GATE, CA 90280 | |
| 10925 | LOS ANGELES CHEMICAL, 4545 ARDINE STREET, SOUTH GATE, CA 90280 | |
| 10924 | LOS ANGELES CONTROL TOWER, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | LOS ANGELES CONVENTION CENTER, C/O WESTSIDE BUILDING MATERIALS, LOS ANGELES, CA 90001 | |
| 10925 | LOS ANGELES COUNTY DEPT. OF PUBLIC, PO BOX 1460, ALHAMBRA, CA 91802 | |
| 10925 | LOS ANGELES COUNTY FIRE DEPT., PO BOX 60440, LOS ANGELES, CA 90060-0440 | |
| 10925 | LOS ANGELES COUNTY OF, GEORGE C RULE BUSINESS DEVELOPMENT, | |
| 10925 | LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 54027, LOS ANGELES, CA 90054 | |
| 10925 | LOS ANGELES COUNTY TAX COLLECTOR, PO BOX 54088, LOS ANGELES, CA 90054-0088 | |
| 10925 | LOS ANGELES COUNTY TREASURER, POBOX 512399, LOS ANGELES, CA 90051-0399 | |
| 10924 | LOS ANGELES COUNTY WELFARE, LUNDEEN, LOS ANGELES, CA 90001 | |
| 10925 | LOS ANGELES DODGERS INC., ATTN: POST SEASON, LOS ANGELES, CA 90074-1100 | |
| 10925 | LOS ANGELES HOSE & FITTINGS, 220 N SUNSET AVE, INDUSTRY, CA 91744-1023 | |
| 10925 | LOS ANGELES MAGAZINE, 11100 SANTA MONICA BLVD., LOS ANGELES, CA 90025 | |
| 10924 | LOS ANGELES REFINING CO., A DIV OF EQUILON ENTERPRISES, LC, PO BOX 817, WILMINGTON, CA 90748 | |
| 10924 | LOS ANGELES REFINING CO., A DIV OF EQUILON ENTERPRISES, LLC, PO BOX 817, WILMINGTON, CA 90748 | |
| 10924 | LOS ANGELES REFINING CO., A DIVISION OF EQUILON ENTERPRISES, 2101 E. PACIFIC COAST HWY., WILMINGTON, CA 90744 | |
| 10924 | LOS ANGELES REFINING CO., PO BOX 817, WILMINGTON, CA 90748 | |
| 10924 | LOS ANGELES REFINING CO., SUPERVISOR OF STORES, 2101E. PACIFIC COAST HWY, WILMINGTON, CA 90744 | |
| 10925 | LOS ANGELES TIMES, MARY THOMAS, | |
| 10925 | LOS ANGELES TIMES, PO BOX 60062, LOS ANGELES, CA 90090 | |
| 10924 | LOS ANGELES UNIFIED, 1515 E 14TH STREET, LOS ANGELES, CA 90021 | |
| 10925 | LOS ANGELES WHOLESALE ELECTRIC, 711 KIMBERLY AVE #125, PLACENTIA, CA 92670 | |
| 10925 | LOS ANGELES WHOLESALE ELECTRIC, PO BOX 18149, ANAHEIM, CA 92817-8149 | |
| 10924 | LOS CERRITOS CENTER, C/O WESTSIDE BUILDING MATERIALS, CERRITOS, CA 90703 | |
| 10924 | LOS PRIMOS, INC., PO BOX461, BELLEVILLE, KS 66935 | |
| 10925 | LOSACCO, RIKKI, 450 S. PEACHTREE G30, PEACHTREE CITY, GA 30269 | |
| 10925 | LOSCIUTO, SUZANNE, 115 ROYAL DANE LA, ABINGTON MA, MA 02351 | |
| 10924 | LOSCO GROUP INC, 50 MAIN STREET - 6TH FLOOR, WHITE PLAINS, NY 10606 | |
| 10924 | LOSE BROTHERS INC., 4530 POPLAR LEVEL RD., LOUISVILLE, KY 40213 | |
| 10924 | LOSE BROTHERS, INC., 4520 POPLAR LEVEL ROAD, LOUISVILLE, KY 40213 | |
| 10924 | LOSETAS DURAPISO DE MEXICO, PARQUE INDUSTRIAL LERMA, MEXICO CITY, 0MEXICO | *VIA Deutsche Post* |
| 10925 | LOSHBAUGH, STEPHEN, BOX 821, MEEKER, CO 81641 | |
| 10925 | LOSKOSKI, RICKY, 206 SUMMERWAY, WILLIAMSTON, SC 29697 | |
| 10925 | LOSOLOSO, CARMELITA, 5700 WALTMAR DR, VIRGINIA BEACH, VA 23464 | |
| 10925 | LOSS PREVENTION CERTIFICATION BOARD, MELROSE AVE, BOREHAMWOOD, HT WD6UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | LOSSIE, WADE, 7608 OLD KY 81, OWENSBORO, KY 42301 | |
| 10924 | LOST CONTINENT, C/O MADER SOUTHEAST, 6268-I HOLLYWOOD WAY, ORLANDO, FL 32819 | |
| 10925 | LOTECON, 800 PROGRESS INDUSTRIAL BLVD, LAWRENCEVILLE, GA 30243 | |
| 10925 | LOTH, MARIE, 3155 CLIFTON AVE, ST LOUIS, MO 63139 | |
| 10925 | LOTHAMER, JOHN, 229 S WILLIAMS ST, BELLEVUE, MI 49021 | |
| 10925 | LOTHAR R HUFNAGEL, 9037 OLD CREEK DR, ELK GROVE, CA 95758-5408 | |
| 10925 | LOTHMAN, JEFFREY, 2730 S. PEARL, ENGLEWOOD, CO 80110 | |
| 10925 | LOTHRIDGE, STEVEN, 105 TIMBERJACK ST, SIMPSONVILLE, SC 29680 | |
| 10925 | LOTOS CLUB, 5 E 66TH ST, NEW YORK, NY 10021 | |
| 10924 | LOTT BUILDERS SUPPLY, 1101 N. PETERSON AVE., DOUGLAS, GA 31533 | |
| 10924 | LOTT BUILDING SUPPLY, PO BOX 269, DOUGLAS, GA 31533 | |
| 10925 | LOTT, ALVIN, 1134 WEST 79TH STREE, L.A, CA 90044 | |
| 10925 | LOTT, ANTONIO, 8435 WOODMONT, DETROIT, MI 48228 | |
| 10925 | LOTT, BRIDGETT, 3525 NW 213TH ST, MIAMI, FL 33056 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LOTT, CHARLES, PO BOX 10705, ATLANTA, GA 30310

10925    LOTT, HAZEL, 2502 N BETHLEHEM ROAD, PLANT CITY, FL 33566-9998

10925    LOTT, HENRY, 310 E 27TH ST, OWENSBORO, KY 42303

10925    LOTT, J, 2502 N BETHLEELHAM RD, PLANT CITY, FL 33566

10925    LOTT, JEFFREY, 109 LIVINGSTON AVE, 2, NEW BRUNSWICK, NJ 08901

10925    LOTT, K, 51 CHICKADEE LANE, ORLEANS, MA 02653

10925    LOTT, KENNETH, 2075 GREEN TREE COURT, BARTOW, FL 33830

10925    LOTT, MATILDA, 1914 NORTHVIEW ST, KINSTON, NC 28501

10925    LOTT, MICHAEL, 77 PORCH RD, WARRENTON, VA 22186

10925    LOTT, SABRINA, 310 FLYNN RD. #114, ATLANTA, GA 30354

10925    LOTTERMAN, LORI, 158 FLAGG HILL RD, BOXBOROUGH, MA 01752

10924    LOTTS CONCRETE PRODUCTS, 1000 HENNIS RD, WINTER GARDEN, FL 34787

10924    LOTTS CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, WINTER GARDEN, FL 32787

10924    LOTTS CONCRETE PRODUCTS, P.O. BOX 1255, WINTER GARDEN, FL 32787

10924    LOTUS BRANDS, INC., 1100 LOTUS DRIVE, SILVER LAKE, WI 53170

10924    LOTUS BRANDS, INC., PO BOX 325, TWIN LAKES, WI 53181

10925    LOTUS CHILDREN CENTER, 1 ROGER ST, CAMBRIDGE, MA 02142

10925    LOTUS DEVELOPMENT CORP., PO BOX 371934, PITTSBURGH, PA 15251-7394

10925    LOTUS DEVELOPMENT CORPORATION, ONE ROGERS ST, CAMBRIDGE, MA 02142

10925    LOTUS DEVELOPMENT CORPORATION, PO BOX 371934, PITTSBURGH, PA 15251-7934

10925    LOTZ, JR, WENDELL, 1008 BEECH TREE LANE, BRENTWOOD, TN 37027

10924    LOU MENDIE, WALLACE JOHNSON, SPARKS, NV 89431

10925    LOUDENE SAGUES, 232 W 68TH ST, JACKSONVILLE, FL 32208-4028

10925    LOUDERMAN, WILLIAM, 36 MUSKET, VICTORIA, TX 77905

10925    LOUDERMILK, DEWEY, BOX 636, HENNESSEY, OK 73742

10925    LOUDERMILK, DONNA, 329 BETHANY CHURCH ROAD, MOORE, SC 29369-9503

10925    LOUDERMILK, LAVONNE, 1351 BURNSIDE COURT, SPARKS, NV 89431

10925    LOUDERMILK, ROBERT, 1715 SPRINGVALLEY, COLUMBUS, GA 31904

10925    LOUDERMILK, WADE, 329 BETHANY CHURCH RD, MOORE, SC 29369-9503

10925    LOUDIN, JOSEPH, 4109 HUNTING HORN COURT, CINCINNATI, OH 45255

10924    LOUDON VISKASE CORPORATION, 106 BLAIR BEND DRIVE, LOUDON, TN 37774

10925    LOUDON, DONALD, 25 APPLE DRIVE, SPRING LK HGHTS, NJ 07762

10925    LOUGH, BRAD, PO BOX 20082 52404 N 335TH AVE, WICKENBURG, AZ 85358

10925    LOUGHLIN, KEVIN, 534 ELINGHAM, KATY, TX 77450

10925    LOUGHNEY, BERNARD, 67 WOOD PLACE, DUMONT, NJ 07628

10925    LOUGHRAN, MARGARET, 10633 NW 48TH ST, CORAL SPRINGS, FL 33076

10925    LOUHIS, GILBERTE, 130 W ECKERSON RD, SPRING VALLEY, NY 10977

10925    LOUIE, EDWARD, 15 ATHERTON ROAD, BROOKLINE, MA 02146

10925    LOUIE, JANET, 1950 LORAIN RD, SAN MARINO, CA 91108

10925    LOUIES CHOP HOUSE, 4642 WEST 103RD ST., OAK LAWN, IL 60453

10924    LOUIS & CLARK COLLEGE, 5800 GODFREY ROAD, GODFREY, IL 62035

10925    LOUIS A BLACHER TR ANNA, WITANOWSKI FAMILY TRUST, DTD 12 30 63, BARRISTER HALL, 29 SOUTH LASALLE ST STE 320, CHICAGO, IL 60603-1502

10925    LOUIS A BORGATTI &, EVELYN A BORGATTI JT TEN, 215 CARLLS PATH E-5, DEER PARK, NY 11729-6150

10925    LOUIS A GIURLANI, C/O GIURLANI JV, PO BOX 62349, SUNNYVALE, CA 94088-2349

10925    LOUIS A YOVIN & MARJORY J YOVIN, JT TEN, 1360 SW 12TH ST, BOCA RATON, FL 33486-5331

10925    LOUIS B COCO, BOX 96, MOREAUVILLE, LA 71355-0096

10925    LOUIS B SUNDERLAND, PO BOX 407, WATSEKA, IL 60970-0407

10924    LOUIS BRANDEIS HIGH SCHOOL, 145 WEST 84TH STREET, NEW YORK, NY 10024

10925    LOUIS BRAUSE, PRYER LANE, LARCHMONT, NY 10538

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LOUIS COHEN, 400 EAST RANDOLPH ST, APT 2603, CHICAGO, IL 60601-7303

10925   LOUIS D ALONZO, 35 ENCLOSURE, NUTLEY, NJ 07110-2308

10925   LOUIS DIGIACOMO, 89 WOODSIDE AVE, GLOVERSVILLE, NY 12078-3733

10925   LOUIS E PAPAELIAS &, ADFER E PAPAELIAS JT TEN, 1110 15TH ST, WICHITA FALLS, TX 76301-5236

10925   LOUIS E PAPAELIAS, 1110 15TH ST, WICHITA FALLS, TX 76301-5236

10925   LOUIS E WENZEL &, CHRISTY J WENZEL JT TEN, 2204 CHEYENNE PLACE, CHEYENNE, WY 82001-5038

10925   LOUIS F DRUMMETER &, BETTE DRUMMETER JT TEN, 719 MAIDEN CHOICE LANE HR-218, CATONSVILLE, MD 21228-6240

10924   LOUIS FOURTEENTH BLDG., 302 RUE LEWIS STREET, LAFAYETTE, LA 70501

10925   LOUIS GORRIN, 2500 WISCONSIN AVE NW APT 831, WASHINGTON, DC 20007-4524

10925   LOUIS IMBERT CORP, THE, 3809 N CICERO AVE, CHICAGO, IL 60641

10925   LOUIS J LESI & HELEN L LESI, JT TEN, 10 HELENA DR, CROMWELL, CT 06416-1253

10925   LOUIS J MORRONE MD PA, 43 RIDGE ROAD, NORTH ARLINGTON, NJ 07031

10925   LOUIS J PISANO, 167 FAIRMOUNT AVE, SO PLAINFIELD, NJ 07080-5503

10925   LOUIS J SPIRITO &, LUCILLE P KALNIETIS JT TEN, 153 LYNDON RD, CRANSTON, RI 02905-1122

10925   LOUIS J. GRASMICK LUMBER CO., 6715 QUAD AVE., BALTIMORE, MD 21237

10925   LOUIS JOSEPH MULEI &, ROSEMARY MULEI &, MOLLY MULEI JT TEN, 2472 MUSTANG DRIVE, CINCINNATI, OH 45211-3713

10925   LOUIS JOSEPH SCOTTI &, CLARA SCOTTI JT TEN, 75 SO BAY DRIVE-CR51, MASSAPEQUA, NY 11758-8328

10925   LOUIS L ROSS &, BEATRICE M ROSS JT TEN, 1055 MC MILLAN ST NW, ATLANTA, GA 30318-5428

10925   LOUIS L TAYLOR &, LILY FONG JT TEN, PO BOX 1587, DOYLESTOWN, PA 18901

10925   LOUIS M CODD, 449 RIVERWAY DR, GREER, SC 29561

10925   LOUIS M GELBERT &, LILLIAN GELBERT JT TEN, 2650 OCEAN PKWY, APT 6-P, BROOKLYN, NY 11235-7738

10925   LOUIS MARCONERI &, PHYLLIS MARCONERI JT TEN, 102 S MOORE ST, BESSEMER, MI 49911-1016

10925   LOUIS MARTINE, 2059 TENBROECK AVE, BRONX, NY 10461-1703

10925   LOUIS O BEEDE & SONS INC, 24 PAYTON ST, LOWELL, MA 01852

10925   LOUIS PEROTTI &, JOAN FRANCES PEROTTI JT TEN, 338 BREEZE AVE, RONKONKOMA, NY 11779-4704

10925   LOUIS RUBINSTEIN, C/O LINCOLN HOME FR ADL, PO BOX 880, LONG BEACH, NY 11561-0880

10925   LOUIS RUKEYSERS, PO BOX 25527, ALEXANDRIA, VA 22313

10925   LOUIS SKLAR &, MILDRED SKLAR TR UA MAY 30 96, THE SKLAR FAMILY TRUST, 10605 SABLE OAKS CT, LAS VEGAS, NV 89134-7473

10925   LOUIS STELLA, 34 BRADLEY RD, ARLINGTON, MA 02174-1929

10924   LOUIS T OLLESHEIMER & SON, 605 EAST 12 MILE RD, MADISON HEIGHTS, MI 48071

10924   LOUIS T. OLLESHEIMER, **DO NOT USE**, INDIANAPOLIS, IN 46201

10924   LOUIS T. OLLESHEIMER, **TO BE DELETED**, FORT WAYNE, IN 46806

10924   LOUIS T. OLLESHEIMER, **TO BE DELETED**, INDIANAPOLIS, IN 46201

10924   LOUIS T. OLLESHEIMER, 105 S. DENNY STREET, INDIANAPOLIS, IN 46201

10924   LOUIS T. OLLESHEIMER, 3501 SUTHERLAND ROAD, INDIANAPOLIS, IN 46218

10924   LOUIS T. OLLESHEIMER, 5030 EXECUTIVE BLVD., FORT WAYNE, IN 46808

10924   LOUIS T. OLLESHEIMER, 605 E. TWELVE MILE ROAD, MADISON HEIGHTS, MI 48071

10924   LOUIS T. OLLESHEIMER, P.O. BOX 11170, INDIANAPOLIS, IN 46201

10924   LOUIS TAYLOR FARMS, C/O FOAMCO, TIFTON, GA 31794

10925   LOUIS VINCIGUERRA, 7TH NORTH & MAYER ST, LIVERPOOL, NY 13208

10924   LOUIS VITTON, 57TH & MADISON, NEW YORK, NY 10001

10925   LOUIS W CAPUCCINI, BOX 516, TUOLUMNE, CA 95379-0516

10924   LOUIS WERNEKE CO., 15500 28TH AVE. NORTH, MINNEAPOLIS, MN 55447

10925   LOUIS, JOEL, 17214 NW 24 PLACE, MIAMI, FL 33056

10924   LOUISA CONCRETE CO., 384 PENDLETON ROAD, MINERAL, VA 23117

10925   LOUISA V CONRAD, BAR HARBOR BANKING & TR CO, PO BOX 218, BAR HARBOR, ME 04609-0218

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10925 | LOUISANA ATTY GENERAL, ATTN: RICHARD P LEYOUB, DEPT OF JUSTICE, PO BOX 94095, BATON ROUGE, LA 70804 |
| 10925 | LOUISANA DEPT OF ENVIR QUALITY, 7290 BLUEBONNET BLVD, BATON ROUGE, LA 70810 |
| 10925 | LOUISANA DEPT OF NATURAL RESOURCES, 617 N 3RD ST, PO BOX 94396, BATON ROUGE, LA 70804 |
| 10925 | LOUISANA DEPT OF NATURAL RESOURCES, PO BOX 94396 617 N THIRD ST, BATON ROUGE, LA 70804 |
| 10925 | LOUISANA DEPT OF WILDLIFE & FISHERIES, PO BOX 98000, BATON ROUGE, LA 98000 |
| 10924 | LOUISANA READY MIX, P.O.BOX 1096, PRAIRIEVILLE, LA 70769 |
| 10924 | LOUISANA REDI MIX, P.O.BOX 1096, PRAIRIEVILLE, LA 70769 |
| 10925 | LOUISE A SINAPI, 170-61 PIDGEON MEADOW RD, FLUSHING, NY 11365-1135 |
| 10925 | LOUISE ARREDONDO CUST ANNETTE, ARREDONDO UNIF GIFT MIN ACT OHIO, 930 PRINCETON AVE, AMHERST, OH 44001-1140 |
| 10925 | LOUISE BURNS, 1 RUSSELL RD, WINCHESTER, MA 01890-1930 |
| 10925 | LOUISE COHEN, 14763 WILD FLOWER LANE, DELRAY BEACH, FL 33446-1629 |
| 10925 | LOUISE F CASTELLI TR, UA AUG 9 84, 22300 SW 63 AVE, BOCA RATON, FL 33428-4429 |
| 10925 | LOUISE G SMITH, 12625 GRAVELLY LAKE DR SW, TACOMA, WA 98499-1425 |
| 10925 | LOUISE KOSSOFF REEDY, 714 ECHO VALLEY RD, SALINAS, CA 93907-8418 |
| 10925 | LOUISE LOFFREDO, 43-34A PIEDMONT DR, PORT JEFFERSON STATION, NY 11776 |
| 10925 | LOUISE M BARATTA, 124 CONNOLLY DR, MILLTOWN, NJ 08850-2174 |
| 10925 | LOUISE M YERGEY, 481 ALBERTA DR, WINTER PARK, FL 32789-3905 |
| 10925 | LOUISE MULLEN, 227 ALLENBERRY CIRCLE, PITTSBURGH, PA 15234-1001 |
| 10925 | LOUISE NANNETTE MONDAY &, JOHN LOWELL MONDAY JT TEN, 1924 54TH TERRACE SO 1, ST PETERSBURG, FL 33712-5061 |
| 10925 | LOUISE NAVE TR UA APR 8 91, LOUISE NAVE, FBO LOUISE NAVE, 4843 MANITOBA DR, SAN JOSE, CA 95130-2224 |
| 10925 | LOUISE O CONNOR &, BART T O CONNOR JT TEN, 10008 KEITH INCH CT, ST LOUIS, MO 63114-1411 |
| 10925 | LOUISE SENN, ROUTE 6 BOX 6144, LAURENS, SC 29360 |
| 10925 | LOUISE STAGI TR UW, WILLIAM STAGI, 598 ORANGE AVE, LOS ALTOS, CA 94022-3528 |
| 10924 | LOUISE WELLS CAMERON ART MUSEUM, C/O WARCO CONSTRUCTION, 3201 SOUTH 17TH STREET, WILMINGTON, NC 28412 |
| 10925 | LOUISE WINFIELD, 32742 LAKE RD, AVON LAKE, OH 44012-1604 |
| 10925 | LOUISIANA BAG COMPANY, INC, PO BOX 1566, CROWLEY, LA 70526-1566 |
| 10925 | LOUISIANA BANK OF OUACHITA, POBOX 2256, MONROE, LA 71201 |
| 10925 | LOUISIANA CHEM ASSOC, ONE AMERICAN PLACE, BATON ROUGE, LA 70825 |
| 10925 | LOUISIANA CHEM EQUIPCO, LLC, PO BOX 1490, LA PORTE, TX 77572-1490 |
| 10924 | LOUISIANA CONCRETE PROD, ****DO NOT USE****, BATON ROUGE, LA 70821 |
| 10924 | LOUISIANA CONCRETE PROD, 16255 PERKINS, BATON ROUGE, LA 70898 |
| 10924 | LOUISIANA CONCRETE PRODUCTS, PO BOX83960, BATON ROUGE, LA 70884-3960 |
| 10925 | LOUISIANA CONFERENCE ON HUMAN RESOU, 3501 VOURDAN RD., NEW ORLEANS, LA 70126 |
| 10925 | LOUISIANA CONTRACTOR MAGAZINE, 2900 WESTFORK DR, BATON ROUGE, LA 70827-0002 |
| 10925 | LOUISIANA CONTRACTOR, PO BOX 74681, CHICAGO, IL 60675 |
| 10925 | LOUISIANA DEPT OF ENV QUALITY, 7290 BLUEBONNET BLVD, BATON ROUGE, LA 70810 |
| 10925 | LOUISIANA DEPT. OF ENVIRON. QUALITY, FINANCIAL SERVICES DIVISION, PO BOX 82281, BATON ROUGE, LA 70884-2281 |
| 10925 | LOUISIANA DEPT. OF ENVIRONMENTAL QU, PO BOX 94381, BATON ROUGE, LA 70804 |
| 10925 | LOUISIANA DEPT. OF PUBLIC SAFETY, PO BOX 64886, BATON ROUGE, LA 70896-4886 |
| 10925 | LOUISIANA DEPT. OF REVENUE, PO BOX 3702, LAKE CHARLES, LA 70602 |
| 10925 | LOUISIANA ENG. FOUND.-MATHCOUNTS, 4100 LOUISIANA AVE., LAKE CHARLES, LA 70607 |
| 10925 | LOUISIANA ENGINEERING SOCIETY, PO BOX 16863, LAKE CHARLES, LA 70616 |
| 10924 | LOUISIANA INDUSTRIES, 3300 INDUSTRIAL ST, ALEXANDRIA, LA 71302 |
| 10924 | LOUISIANA INDUSTRIES, 50 CROFTON ROAD, KENNER, LA 70062 |
| 10924 | LOUISIANA INDUSTRIES, P O BOX 23522, NEW ORLEANS, LA 70183 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 LOUISIANA INDUSTRIES, P O BOX 6617, SHREVEPORT, LA 71136-6617

10924 LOUISIANA INDUSTRIES, P.O. BOX 802, MANSFIELD, LA 71052

10924 LOUISIANA INDUSTRIES, PO BOX 23522, NEW ORLEANS, LA 70183

10924 LOUISIANA INDUSTRIES, PO BOX802, MANSFIELD, LA 71052

10924 LOUISIANA LAND & EXPLORATION, PO BOX 60350, NEW ORLEANS, LA 70160

10925 LOUISIANA LAND &, PO BOX 925309, HOUSTON, TX 77292-5309

10925 LOUISIANA LIONS CAMP, PO BOX 171, LEESVILLE, LA 71496

10925 LOUISIANA MILL SUPPLY, PO BOX 200822, DALLAS, TX 75320-0822

10925 LOUISIANA RADIO COMMUNICATIONS, INC, PO BOX 3143, LAKE CHARLES, LA 70602-0661

10925 LOUISIANA RADIO COMMUNICATIONS, PO BOX 3143, LAKE CHARLES, LA 70602-0661

10924 LOUISIANA READY MIX, (BAKER PLANT), BATON ROUGE, LA 70807

10924 LOUISIANA READY MIX, 24913 GREENWELL SPRINGS ROAD, GREENWELL SPRINGS, LA 70739

10924 LOUISIANA READY MIX, 5342 HWY 84, VIDALIA, LA 71373

10924 LOUISIANA READY MIX, BAKER, LA 70714

10924 LOUISIANA READY MIX, DIVISION MMC, VICKSBURG, MS 39182

10924 LOUISIANA READY MIX, HWY 61 SO., SAINT FRANCISVILLE, LA 70775

10924 LOUISIANA READY MIX, HWY 61 SOUTH, PERRYVILLE, LA 71220

10924 LOUISIANA READY MIX, KIMBROUGH AVENUE OFF, TALLULAH, MS 99999

10924 LOUISIANA READY MIX, OFF HWY 44, CONVENT, LA 70723

10924 LOUISIANA READY MIX, OFF I-20, RAYVILLE, LA 71269

10924 LOUISIANA READY MIX, P O BOX 1096, NEW ROADS, LA 70760

10924 LOUISIANA READY MIX, P O BOX 1096, PRAIRIEVILLE, LA 70769

10924 LOUISIANA READY MIX, WOODVILLE, MS 39669

10925 LOUISIANA STATE OPTICAL, 628 E. PRIEN LAKE RD., LAKE CHARLES, LA 70601

10925 LOUISIANA STATE UNIVERSITY, (DENTAL AND MEDICAL SCHOOLS), L.S.U. HEALTH SCIENCES CENTER, 1900 PERIDO, NEW ORLEANS, LA 70112

10925 LOUISIANA STATE UNIVERSITY, NUCLEAR SCIENCE DEPT, CTR FOR ENERGY STUDIES LSU, BATON ROUGE, LA 70803

10925 LOUISIANA TESTING &, PO BOX 2934, LAFAYETTE, LA 70502

10924 LOUIS-SHANKS FURNITURE SHOW, 2930 W. ANDERSON LN., AUSTIN, TX 78757

10924 LOUISVILLE BRICK CO. INC., ATTN:  ACCOUNTS PAYABLE, LOUISVILLE, MS 39339

10924 LOUISVILLE BRICK CO., 750 N. CHURCH AVE., LOUISVILLE, MS 39339

10925 LOUISVILLE DRYING MACHINERY, 232 EAST MAIN ST., LOUISVILLE, KY 40202

10925 LOUISVILLE FIRE BRICK WORKS, 4500 LOUISVILLE AVE., LOUISVILLE, KY 40209-1410

10925 LOUISVILLE GAS & ELECTRIC, 220 W. MAIN, PO BOX 32010, LOUISVILLE, KY 40218

10924 LOUISVILLE GAS & ELECTRIC, 4664 JENNINGS LANE, LOUISVILLE, KY 40218

10924 LOUISVILLE GAS & ELECTRIC, TRIMBLE COUNT GENERATING STATION, 487 CORN CREEK ROAD, BEDFORD, KY 40006

10925 LOUISVILLE MANUFACTURING, 301 SOUTH 30TH ST, LOUISVILLE, KY 40201

10924 LOUISVILLE PACKAGING, 7753 NATIONAL TURNPIKE, LOUISVILLE, KY 40214

10925 LOUKAS, ALEXANDRA, 16 MARGIN ST, PEABODY, MA 01960

10925 LOUMOS, TOM, 1423 JONESVILLE RD, SIMPSONVILLE, SC 29681-9805

10925 LOUNDS, AMY, 1491 S. BROCKSMITH RD., FORT PIERCE, FL 34945

10925 LOUNSBURY, HELENA, 8423 GREENWOOD, NILES, IL 60714

10925 LOUP, PETER S, 313 PECAN ST., SULPHUR, LA 70663

10925 LOUP, PETER, 313 PECAN ST, SULPHUR, LA 70663

10925 LOUPE, DAREN, 15160 LEWIS RD., MAUREPAS, LA 70449

10925 LOURENCO, LUIS, 523 TREMONT ST, TAUNTON, MA 02780

10925 LOURIE, DANIEL, 6438 MAMMOTH AVE #1, VAN NUYS, CA 91401

10925 LOUS MONOGRAMS, 2798 HWY. 14 E., LAKE CHARLES, LA 70607

10925 LOUS SPRING & WELDING SHOP INC, 2850 MAY ROAD, PERU, IL 61354

10925 LOUSBERG, NATALIE, 19980 REDFEATHER ROA, APPLE VALLEY, CA 92307

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925　LOUVIERE, JOHN, PO BOX 9933, NEW IBERIA, LA 70562

10925　LOUVIERE, MARK R, 7077 OAK LAKE DR.E, SULPHUR, LA 70665

10925　LOUVIERE, MARK, 7077 OAK LAKE DRIVE, SULPHUR, LA 70665

10925　LOVAGLIO, RACHEL, 122 DAHILL ROAD, BROOKLYN, NY 11218

10925　LOVATO, STEPHEN, 147 CLOVER LEAF, GARDEN CITY, KS 67846

10925　LOVE HEATING & COOLING INC, 1275 SAMPSON ST, NEW CASTLE, PA 16101

10925　LOVE JR, WILLIAM, 21295 CHARLENE DRIVE, MACOMB, MI 48044

10925　LOVE, ALEAN, 1508 DOVETAIL DR, FAYETTEVILLE, NC 28314

10925　LOVE, ALFRED, 2909 BAVARIAN LANE, ROCKFORD, IL 61109-2583

10925　LOVE, ANNIE, 9767 PAGEWOOD LN. #301, HOUSTON, TX 77042

10925　LOVE, APRIL, 1324 A DREWRY AVE, GRIFFIN, GA 30223

10925　LOVE, CAROLYN, 28 MALL ST, LYNN, MA 01905

10925　LOVE, DEBORAH, 1616 N SHARON AVE, INDIANAPOLIS, IN 46222

10925　LOVE, DOYLE, 1803 CARSON LN, HUNTSVILLE, AL 35816

10925　LOVE, DWIGHT, RT 2 BOX 150K, STANFIELD, NC 28163

10925　LOVE, ETHAN, 3479 RUIDOSA TR., FT WORTH, TX 76116

10925　LOVE, H NORRIS, 55 S STONEGATE ROAD, LAKE FOREST, IL 60045-3316

10925　LOVE, HARVEY, 8 BRANDY LANE, WICHITA FALLS, TX 76306

10925　LOVE, JOHN, 4030 FRED STEVENS LANE, CHOCTAW, OK 73020-9243

10925　LOVE, JOHN, 426 SE 17TH TER #A3, DEERFIELD BEACH, FL 33441

10925　LOVE, JOSEPH, 2718 GILEAD, ZION, IL 60099

10925　LOVE, JOSEPH, 6 JUNIPER LANE, MEDFIELD, MA 02052

10925　LOVE, KENNETH, 140 23B ALCOTT PL, BRONX NY, NY 10475

10925　LOVE, L, 2854 HYLAND PARK ROAD, FAYETTEVILLE, AR 72701

10925　LOVE, LEONARD, 28 MALL ST, LYNN, MA 01905

10925　LOVE, MICHELLE, 1702 E AUBURN, LUBBOCK, TX 79403

10925　LOVE, MURRIEL, 5675 ROSWELL RD NE APT 42-A, ATLANTA, GA 30342

10925　LOVE, PATRICIA A, 555 LEVERING AVE 208, LOS ANGELES, CA 90024-1901

10925　LOVE, PHYLLIS, 2515 228TH ST, PASADENA, MD 21122

10925　LOVE, PHYLLIS, 7500 GRACE DR, COLUMBIA, MD 21044

10925　LOVE, REGAN, RR #1, AUXVASSE, MO 65231

10925　LOVE, REGINALD, 9505 ROYAL LANE, DALLAS, TX 75243

10925　LOVE, ROBERT, 7346 CHALK WAY, RIVERDALE, GA 30296

10925　LOVE, STEVEN, 703 W. COLEMAN, IOWA PARK, TX 76367

10925　LOVE, VICKI, 610 1/2 CHAPEL, BOX 5, ST ANNE, IL 60964

10925　LOVE,JR, WILLIAM, 21295 CHARLENE DRIVE, MACOMB, MI 48044

10925　LOVE,THORNTON,ARNOLD& THOMASON,PA, PO BOX 10045, GREENVILLE, SC 29603

10925　LOVEDAY, FAITHA, 1720 RIDGEWAY DR, YUKON, OK 73099

10925　LOVEGROVE, TERRY, PO BOX 5152, FAYETTEVILLE, AR 72714

10925　LOVEIN III, CHARLES, 2100 W BEACH DR, R 101, PANAMA CITY, FL 32401

10925　LOVEJOY, EDWIN, 6 OAK RIDGE LN, TEQUESTA, FL 33469

10925　LOVEJOY, GARY, 6657 C.R. 33, CRAIG, CO 81625

10925　LOVEJOY, STEPHEN F, 6 OAK RIDGE LANE, TEQUESTA, FL 33469

10925　LOVEJOY, STEPHEN, 6701 MALLARDS COVE RAPT. 7A, JUNIPER, FL 33458

10925　LOVELACE, ARETHA, RT3 BX265B MAHAFFY RDD, GRAY COURT, SC 29645

10925　LOVELACE, DINA, 6416 GIBSON DRIVE, ORLANDO, FL 32809

10925　LOVELACE, JOAN, 2127 BETHEL ROAD, SIMPSONVILLE, SC 29681

10925　LOVELACE, JOHN, 2000 NUCKOLLS RD., BOLIVAR, TN 38067

10925　LOVELACE, WILLIAM, 10315 S GRANITE AVE, TULSA, OK 74137

10924　LOVELAND READY MIX CONCRE, PO BOX 17056, BOULDER, CO 80308

10924　LOVELAND READY MIX, 644 NORTH COUNTY ROAD, LOVELAND, CO 80539

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    LOVELAND READY MIX, PO BOX 299, LOVELAND, CO 80539

10924    LOVELAND READY MIX, POST OFFICE BOX 299, LOVELAND, CO 80539

10925    LOVELAND, MICHAEL, 150 S 3RD ST, BISHOP, CA 93514

10925    LOVELAND, TAMI, 318 MOHICAN PASS, DEFOREST, WI 53532

10925    LOVELAND, WESLEY, 1300 152ND TERRACE, OLATHE, KS 66062

10925    LOVELESS JR, ROBERT M, 1694 W DIVISION ROAD, PETERSBURG, IN 47567

10925    LOVELESS, ERNESTINE, 5340 E. 30TH ST., INDIANAPOLIS, IN 46218

10925    LOVELESS, ROBERT, 1694 W DIVISION RD, PETERSBURG, IN 47567

10925    LOVELL, CLAIR, 286 S SPERRY ST, BUSHNELL, IL 61422

10925    LOVELL, MICHAEL, 4064 WESMEADOW DR 107, COLO SPRINGS, CO 80906

10925    LOVELL, TAMMIE, 2132 STANLEY RD, DACULA, GA 30211

10925    LOVELL, VICKIE, 767 S STATE RD 7 SUITE 21, MARGATE, FL 33068

10925    LOVELY, TONYA, 100 OLD BURNING, SALYERSVILLE, KY 41465

10925    LOVERING FAMILY LIMITED, PARTNERSHIP, PO BOX 291472, KERRVILLE, TX 78029-0000

10924    LOVERING JOHNSON, INC., 900 E. WAYZATA AVE., WAYZATA, MN 55391

10925    LOVERING, CHARLES, 5810 DUBOIS ROAD, LAKELAND, FL 33811-1709

10925    LOVERN, ANITA, 517 WEST BEACH, FORT WORTH, TX 76111

10925    LOVERN, KEVIN, 380 JENNELLE RD, CHRISTIANSBURG, VA 24073

10924    LOVERS LANE METHODIST CHURCH, 9200 INWOOD ROAD, DALLAS, TX 75220

10925    LOVES FURNITURE WAREHOUSE, 426 MAIN ST, STONEHAM, MA 02180

10925    LOVESHAW CORPORATION, PO BOX 95307, CHICAGO, IL 60694-5307

10925    LOVESHAW CORPORATION, THE, POBOX 95307, CHICAGO, IL 60694-5307

10924    LOVETT SCHOOL, C/O ADAMS CONSTRUCTION, ATLANTA, GA 30327-3099

10924    LOVETT SCHOOL, C/O SOUTHEAST RESTORATION, MARIETTA, GA 30060

10925    LOVETT, BOBBY, 1615 CAROL ST #C65, GRETNA, LA 70053

10925    LOVETT, BRADLEY, ROUTE 6 BOX 264, SHAWNEE, OK 74801

10925    LOVETT, DENISE, PO 5080 A-327, FAIRFIELD, CA 94533

10925    LOVETT, JAMES, 1325 FAIRBANKS ST, LAKELAND, FL 33805

10925    LOVETT, WILLIAM, 511 W MAGNOLIA ST APT. 2, LAKELAND, FL 33805-1511

10925    LOVICK FAMILY TRUST, 1021 IDAHO, LIBBY, MT 59923

10925    LOVICK, BENITA P, TRUSTEE, LOVICK FAMILY TRUST, 1021 IDAHO, LIBBY, MT 59923

10925    LOVICK, EARL, 1021 IDAHO, LIBBY, MT 59923

10925    LOVICK, KENNETH W, 510 N GAMMON ROAD, MADISON, WI 53717

10925    LOVICK, KENNETH, 510 N GAMMON RD, MADISON, WI 53717

10925    LOVIN, ERIC, 25 PEACHTREE LANE, GREER, SC 29651

10925    LOVIN, JOSEPH, 25 PEACHTREE LN, GREER, SC 29651-9722

10925    LOVIN, RENA, 147 RADAR ST, MORRISTOWN, TN 37814

10925    LOVINA, RONNIE, 89-23 202ND ST, HOLLIS QUEENS, NY 11423

10925    LOVING, JAMES, 900 N. FOURTH, IOWA PARK, TX 76367

10925    LOVING, LORETTA M., 2727 SHELBY URNIT R, DALLAS, TX 75219

10925    LOVINGS, TOMMY, 2532 MIDLAND PARK RD, #1, CHARLESTON, SC 29408

10924    LOW COUNTRY CONCRETE, 308 PARKER ROAD (INDUSTRIAL PARK), BEAUFORT, SC 29906

10925    LOW, ALLISON, 10 RED COAT LANE, UNIONVILLE, CT 06085

10925    LOW, KENTON, 24757 JAMESTOWNE DRIVE, NOVI, MI 48375-2277

10925    LOW, MICHAEL, 3 ELMWOOD ST, WOBURN, MA 01801

10925    LOW, RONALD, 9680 SE 308 TERRACE, ALTOONA, FL 32702

10925    LOW, STEVEN, 1 WITHAM ST, GLOUCESTER, MA 01930

10925    LOW, SUSAN, 24757 JAMESTOWNE DR., NOVI, MI 48375

10924    LOWCOUNTRY CONCRETE INC, HIGHWAY 17 NORTH, LONESTAR RIDGELAND STONE, RIDGELAND, SC 29936

10924    LOWCOUNTRY CONCRETE INC, ROUTE 2, BOX 312, RIDGELAND, SC 29936

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   LOWCOUNTRY CONCRETE, INC., ROUTE 2, BOX 312, RIDGELAND, SC 29936

10924   LOWCOUNTRY CONCRETE, STATE RD. #104, INDUSTRIAL PARK, HARDEEVILLE, SC 29927

10925   LOWDER, ALAN R., 12324 ROCKWOOD AVE, OKLAHOMA CITY, OK 73170

10925   LOWDER, ALAN, 12324 ROCKWOOD AVE., OKLAHOMA CITY, OK 73170

10925   LOWDER, CPA, ALAN R, 1424 SUN TREE CIRCLE, MOORE, OK 73160

10925   LOWDER, JAMMY, 714 CAMELLIA CIR, WARNER ROBINS, GA 31093

10925   LOWDER, LORENDER, 1403 HIGH KNOLL DR., BRANDON, FL 33511

10925   LOWE BURKLY, PATRICIA, 3402 HUNTER BLVD S, SEATTLE, WA 98144-7130

10924   LOWE ELECTRIC (AD), 1525 FORSYTHE ST., MACON, GA 31208

10924   LOWE ELECTRIC (AD), P.O. BOX 4767, MACON, GA 31208

10925   LOWE REALTY & AUCTION SERVICES, 409 RAINTREE BND, PEACHTREE CITY, GA 30269

10925   LOWE, BILLY, BOX 72, LINDSAY, OK 73052

10925   LOWE, BRENT, 509 SOUTH 10TH ST., PARIS, AR 72855

10925   LOWE, CORTLAND, 409 RAINTREE BEND, PEACHTREE CITY, GA 30269-2235

10925   LOWE, DALE, 914 E 13TH, ODESSA, TX 79761

10925   LOWE, DANA, 5058 JONESBORO RD. APT C-19, UNION CITY, GA 30291

10925   LOWE, DANIEL, 512 CLIFF LANE, JEFFERSON CITY, TN 37760

10925   LOWE, DAVID R, 3023 B KAREN CT, CHARLOTTE NC, NC 28205

10925   LOWE, DAVID, CR 3175 BOX 3055 LOT 60, LOUDONVILLE, OH 44842

10925   LOWE, ERIC, 31 SHARON AVE, AUBURNDALE, MA 02166

10925   LOWE, GARY, Q15 PENDLETON HOME, MACON, GA 31206

10925   LOWE, GERALD, 6837 S. TRENTON, 1316, TULSA, OK 74136

10925   LOWE, JAMES, 441 S HILL ST, MORRISTOWN, TN 37814

10925   LOWE, KENNETH, PO BOX 843, COWPENS, SC 29330

10925   LOWE, KIMBERLY, 24236 STORY STATION, COURTLAND, VA 23837

10925   LOWE, LARRY, 2212 PARRISH AVE, OWENSBORO, KY 42301

10925   LOWE, LILLIAN, 12 FNGR CIR BVSTA VILLLL, BELLA VISTA, AR 72714

10925   LOWE, LISA, 34 ORCHARD ST, GLOUCESTER, MA 01930

10925   LOWE, MELVIN, 1301 EDITH DR. #66, ALICE, TX 78332

10925   LOWE, MICHAEL, PO BOX 303 CR 2802, 507, LOIUDONVILLE, OH 44842

10925   LOWE, MONTE, PO BOX 135, PARIS, AR 72855

10925   LOWE, NELLIE, 3222 HOOVER ST., LA MARQUE, TX 77568

10925   LOWE, PATRICIA, 11797 HOLLY ST, GRAND TERRACE, CA 92313

10925   LOWE, RANDAL, 818 JULIANNE DRIVE, JEFFERSON CITY, TN 37760

10925   LOWE, RICHARD, 6188 AGEE ST. #229, SAN DIEGO, CA 92122

10925   LOWE, ROSALIE S., 1650 NW 116 ST, MIAMI, FL 33167

10925   LOWE, SYLVIA, POBOX 392, NASHVILLE, OH 44661

10925   LOWE, TAMMY, 1336 CAMPBELL, JACKSON, TN 38305

10925   LOWE, TAWANNA, 2020 VINEVILLE # 39, MACON, GA 31201

10925   LOWE, TRISTAN, 3 SARGENT ST, SOMERVILLE, MA 02145

10925   LOWE, VERNON, 4701 AMERICAN BLVD APT 2122, EULESS, TX 76040-8911

10925   LOWELL ALPPLIANCE SERVICE CENTER, 564 DUTTON ST, LOWELL, MA 01854

10924   LOWELL ARENA, FATER MORRISETT BOULEVARD, LOWELL, MA 01850

10924   LOWELL CONCRETE, P. O. BOX 247, LOWELL, IN 46356

10924   LOWELL CONCRETE, PO BOX 247, LOWELL, IN 46356

10924   LOWELL CONCRETE, ROUTE 2, LOWELL, IN 46356

10925   LOWELL CORPORATION, HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LOWELL E MERRELL &, ELLEN F MERRELL TR UA JUNE 15 89, 118 AGATE ST, ROCK SPRINGS, WY 82901-6602

10925   LOWELL E PATTON, 2815 S W ARROWHEAD COURT, OSWEGO, OR 97034-5702

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  LOWELL HIGH SCHOOL, LOWELL, MA 01853

10924  LOWELL SCHOOL, 34TH & SANSOM STREET, PHILADELPHIA, PA 19104

10925  LOWELL, ELIZABETH, 324 BOLIVAR ST, CANTON, MA 02021

10925  LOWELL, W, PO BOX 71, STOCKTON SPRINGS, ME 04981

10925  LOWELL, WINFIELD, 8326 UNIVERSITY COURT, RICHMOND, VA 23229-7458

10924  LOWELLE ELEMENTARY SCHOOL @ @, JEFF KATZ 908-627-9500, BETWEEN RAMPO ROAD AND LINCOLN, TEANECK, NJ 07666

10925  LOWENSTEIN, LAWRENCE, 3561 RUE DELPHINE, NEW ORLEANS, LA 70131

10924  LOWENSTEIN, SANDLER, BROCHIN, KOHL, 65 LIVINGSTON AVE, ROSELAND, NJ 07068

10925  LOWENTHAL, BARBARA, 401 EAST 80TH ST, 5B, NEW YORK, NY 10021

10925  LOWENTHAL, ERIC E, 707 CHUMLEIGH RD., BALTIMORE, MD 21212

10925  LOWENTHAL, ERIC, 707 CHUMLEIGH ROAD, BALTIMORE, MD 21212

10925  LOWER MACUNGLE TOWNSHIP, 3400 BROOKSIDE ROAD, MACUNGIE, PA 18062

10925  LOWER, SCOTT, 8418 CENTRAL AVE, KALKASKA, MI 49646

10925  LOWERY III, GEORGE, 912 NORWOOD COURT, NAPERVILLE, IL 60540

10924  LOWERY W C INC, RT 202, CALLAO, VA 22435

10924  LOWERY W C INC., RT 202, CALLAO, VA 22435

10925  LOWERY, ANNA, 4002 DEEJAY DRIVE, ELLICOTT CITY, MD 21042

10925  LOWERY, AUSTIN, 1601 STEWART ROAD, WOODRUFF, SC 29388

10925  LOWERY, CHESTER, 11020 S HARRISON, FARWELL, MI 48622

10925  LOWERY, CHRISTOPHER, 1117-B MORRIS RD, KINGS MT, NC 28086

10925  LOWERY, CLERFA, 5111 HWY 27 SOUTH, SULPHUR, LA 70665

10925  LOWERY, EDNA, 3210 NICHOLS ROAD, LITHIA, FL 33547-9998

10925  LOWERY, GASTON, 362 CITRUS HIGHLANDS DRIVE E, BARTOW, FL 33830

10925  LOWERY, J, 1402 BUMPS RIVER ROAD, CENTERVILLE, MA 02632

10925  LOWERY, JIMMY, 4209 BAYFRONT RD, MOBILE, AL 36605

10925  LOWERY, L, 3210 NICHOLS RD, LITHIA, FL 33547

10925  LOWERY, MICHAEL, 199 KASSEL LANE, WESTMINSTER, SC 29693

10925  LOWERY, PATTI, PO BOX 246, WOODRUFF, SC 29385

10925  LOWERY, RAYMOND, 431 KINGS RD, MILLEDGEVILLE, GA 31061

10925  LOWERY, RICHARD, 2665 NORTHWOOD DR, MUSCATINE, IA 52761

10925  LOWERY, ROCHELLE, 4021 GATEWAY COURT, INDIANAPOLIS, IN 46254

10925  LOWERY, STEVEN, PO BOX 752, PEARLAND, TX 77588

10925  LOWERY, WILLIAM, 9147 JEFFREY PLACE, RIVERSIDE, CA 92509

10924  LOWE'S AVIATION HANGAR, 196 CORPORATE AVIATION DRIVE, NORTH WILKESBORO, NC 28659

10925  LOWES BUSINESS ACCOUNT, PO BOX 4554, CAROL STREAM, IL 60197-4554

10925  LOWES BUSINESS ACCOUNT, POBOX 9919 DEPT 79, MACON, GA 31297-9919

10924  LOWES CO INC, PO BOX2068, NORTH WILKESBORO, NC 28659

10924  LOWE'S CO., INC., HWY. 19-460, POUNDING MILL, VA 24637

10925  LOWES COMPANIES INC, PO BOX 740435, CINCINNATI, OH 45274-0435

10925  LOWES HOME CENTERS, 1006 EAST MAIN ST., LAURENS, SC, SC 29360

10925  LOWES HOME CENTERS, INC, 17 ROPER MOUNTAIN RD., GREENVILLE, SC, SC 29607

10925  LOWES HOME IMPROVEMENT, 2180 GUNBARREL ROAD, CHATTANOOGA, TN 37421

10924  LOWE'S OF BOONE, STATE FARM RD. AT DEERFIELD RD., BOONE, NC 28607

10924  LOWE'S STORE #1, 1909 HWY. 421, NORTH WILKESBORO, NC 28659

10924  LOWE'S STORE #392, 201 WOODLAND DRIVE, WISE, VA 24293

10924  LOWE'S STORE #435, 100 CASSIDY BLVD., PIKEVILLE, KY 41501

10924  LOWE'S, 116 ALLEGHANY, SPARTA, NC 28675

10925  LOWES, 6650 RITCHIE HWY, GLEN BURNIE, MD 21061

10925  LOWES-AIKEN, 213 KAOLIN ROAD, AIKEN, SC 29801

10925  LOWEY, CAROL, 1902 EAST IRON ST, MILWAUKEE, WI 53207

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LOWING, JAMES, 8015 S. 84 COURT, JUSTICE, IL 60458

10925   LOWLICHT, C, CUST FOR N L LOWLICHT, UNIF GIFTS MIN ACT NY, 75 WINCHESTER DR, MANHASSET LI, NY 11030-3520

10925   LOWLICHT, C, CUST FOR R A LOWLICHT, UNIF GIFT MIN ACT NY, 75 WINCHESTER DR, MANHASSET LI, NY 11030-3520

10925   LOWMAN, D, 1651 GRANDE ST #1, PHILADELPHIA, PA 19141

10925   LOWMAN, DELORES, 1651 GRANGE ST #1, PHILADELPHI, PA 19141

10925   LOWMAN, MARK, 2630 HOME AVE, HAYWARD, CA 94542

10925   LOWMAN, PAULA, 4687 HELTON RD, GRANITE FALLS, NC 28630

10925   LOWMON, D, 1651 GRANGE ST, PHILADELPHIA, PA 19141

10925   LOWN, DONALD, 4892 FONTAIN BLVD., SAGINAW, MI 48603

10925   LOWNDES, THERESA A, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   LOWREY, CHARLES, 2076 ANDRIA COURT, SCHAUMBURG, IL 60194

10925   LOWRIE, EDMUND, 21 EDMONDS RD., CONCORD, MA 01742

10925   LOWRIE, ERNESTINE, 21 EDMONDS RD., CONCORD, MA 01742

10925   LOWRY COMPUTER PROD, INC, 7100 WHITMORE LAKE RD., BRIGHTON, MI 48116-8533

10925   LOWRY COMPUTER PRODUCTS, INC, PO BOX 77000, DETROIT, MI 48277-1127

10925   LOWRY MECHANICAL, INC, PO BOX 162, LAURENS, SC 29360

10925   LOWRY, DANA, 107 ROCKY CREEK CT, MILLEDGEVILLE, GA 31061

10925   LOWRY, JACK, RT. 5 BOX 190, HUNTSVILLE, TX 77340

10925   LOWRY, JAMES, 1349 BYRD AVE, CINCINNATI, OH 45215-2305

10925   LOWRY, JANET, PO BOX 727, OGUNQUIT, ME 03907

10925   LOWRY, MARIELLEN A., 3504 FOXHALL DR, DAVIDSONVILLE, MD 21035

10925   LOWRY, ROBERT, 33 CHRISTIAN AVE BX 230, CONCORD, NH 03301-6198

10925   LOWRY, THOMAS, 199 CENTER CREST, DAVENPORT, FL 33837

10925   LOWS ENTERPRISES, 3966 SHIRLEY DR, ATLANTA, GA 30336

10925   LOWS ENTERPRISES, PO BOX 310032, ATLANTA, GA 30331

10925   LOWTHER, GARTH, 16422 SW ESTUARY DR, BEAVERTON, OR 97006

10925   LOWY, LORRAINE, 1408 BARRY AVE, 305, LOS ANGELES, CA 90025

10925   LOWY, PETER, 64 LOUISANA AVE., BAYSHORE, NY 11706

10925   LOWY, SYBIL S, CUST FOR ARLENE JANET LOWY, UNIF GIFTS MIN ACT-PA, 5502 BARTLETT ST, PITTSBURGH, PA 15217-1530

10925   LOY, KATHRYN, 3647 WILLOW WISP, LAKELAND, FL 33809

10925   LOY, ODELL, 505 E. DREW ST., PLANT CITY, FL 33566

10925   LOYA, GEORGE, 8721 IGLESIA, EL PASO, TX 79907

10925   LOYA, JAIME, 11823 PRADO DEL SOL, EL PASO, TX 79936

10925   LOYA, RUTH M, 13163 O LEARY AVE, BATON ROUGE LA, LA 70814

10925   LOYAL W HEVERLY, 418 JAMES ST, TURTLE CREEK, PA 15145-1637

10924   LOYALO COLLEGE, 4501 NORTH CHARLES STREET, BALTIMORE, MD 21210

10925   LOYD, ANGELA, 1933 E OKLAHOMA ST, TULSA, OK 74110

10925   LOYD, CLYDE, 792 RAVENWOOD DR., MORRISTOWN, TN 37814

10925   LOYD, LEON, 5239 RITTERMAN AVE., BATON ROUGE, LA 70805

10925   LOYENS & VOLKMAARS, 712 FIFTH AVE, NEW YORK, NY 10019

10925   LOYO, MARIO, 4000 38 TH ST # 4, BRENTWOOD, MD 20722

10925   LOYOLA COLLEGE, GALLAGHER EVELIUS & JONES, PARK CHARLES SUITE 400, 218 NORTH CHARLES ST, BALTIMORE, MD 21201

10924   LOYOLA UN MED CTR C/O JLMANTA, 2160 S. 1ST AVE, MAYWOOD, IL 60153

10924   LOYOLA UNIVERSITY, CHICAGO, IL 60601

10925   LOZA, EVELIA, 11 YELLOW BOOT LN, CARSON, CA 90745

10925   LOZADA, CARMEN, PO BOX 3006, SAN JUAN, PR 00902

10925   LOZADA, JOSE, HC-06 BOX 70413, CAGUAS, PR 00725

10925   LOZADA, ROBERT, 917 13TH ST., IMPERIAL BEACH, CA 91932

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 LOZADA-RAMIREZ, GILBERTO, URB. MANSIONES REALES B4 CALLE ISABEL, SAN GERMAN, PR 00683

10925 LOZANA, LUIS, 1434 UNIVERSITY BLVD APT. 301, BELTSVILLE, MD 20783

10925 LOZANO JR., MANUEL, 75 ORANGE, BROWNSVILLE, TX 78520

10925 LOZANO, ACER, 1227 W 2ND ST, SANTA ANA, CA 92703

10925 LOZANO, ANTONIO, 4105 KASPAR WAY, EL PASO, TX 79904

10925 LOZANO, BERNICE, 3500 GOLIAD RD, SAN ANTONIO, TX 78223

10925 LOZANO, EUSEBIO, 31513 HUGH WAY, HAYWARD, CA 94544

10925 LOZANO, JUAN, 1318 SOUTHWOOD RD, CANUTILLO, TX 79835

10925 LOZANO, JUAN, 2137 YUMA, FORT WORTH, TX 76119

10925 LOZANO, JULIO, 11468 PIPPIN RD, CINCINNATI, OH 45231

10925 LOZANO, LUIS, 3831 TROWBRIDGE DR, EL PASO, TX 79903

10925 LOZANO, MARIA, 18 RUTGERS RD, PISCATAWAY, NJ 08854

10925 LOZANO, OLIMPIA, 2214 NORMA LN., EDINBURG, TX 78539

10925 LOZANO, RODOLFO, 528 JOSE CUETO, EL PASO, TX 79912

10925 LOZANO, RODRIGO, 65 HALLIDAY ST, ROSLINDALE, MA 02131

10925 LOZARES, ANGELICA, 2501 NOLANA LOOP, MCALLEN, TX 78504

10925 LOZECHNIK, GERALDINE, 59 FAIRMOUNT AVE, BRIDGEWATER, NJ 08807

10925 LOZOLLA, LARRY, 400 AUSTIN ST., BAKERSFIELD, CA 93307

10925 LOZOYA, EDGAR, 905 DRURY LANE, ODESSA, TX 79763

10925 LOZYNSKI, MARY, 1464A DOVER ROAD, SPARTANBURG, SC 29301

10925 LOZYNSKY, THOMAS, 4015 WINCHESTER WAY, LOGANVILLE, GA 30249

10925 LP & L, PO BOX 6036, HOUMA, LA 70361

10925 LP GAS EQUIPMENT INC, 881 HERSEY ST, SAINT PAUL, MN 55114

10925 LP&L, PO BOX 64001, NEW ORLEANS, LA 70164-4001

10925 LPG SUPPLY CO. INC., PO BOX 342, LIVONIA, NY 14487

10925 LPJ QODESH, INC, 16 W. 25TH ST., BALTIMORE, MD 21218-5031

10924 LPS LABORATORY, 4647 HUGH-HOWELL ROAD, TUCKER, GA 30085

10924 LPS LABORATORY, 4647 HUGH-POWELL ROAD, TUCKER, GA 30085

10925 L-R SYSTEMS, PO BOX 487, NEW LENOX, IL 60451

10925 LRF SLATER COMPANY, 301 LIVINGSTON AVE., SUITE 204, PO BOX 462, LIVINGSTON, NJ 07039

10925 LRF SLATER COMPANY, PO BOX 462, LIVINGSTON, NJ 07039

10924 LRM INDUSTRIES, 3645 EAST 23RD STREET (HIGHWAY 10), LAWRENCE, KS 66046

10924 LRM INDUSTRIES, P O BOX 4150, LAWRENCE, KS 66046-1150

10925 LRM INDUSTRIES, PO BOX 490, LAWRENCE, KS 66044

10924 LRM INDUSTRIES, PO BOX4150, LAWRENCE, KS 66046-1150

10924 LRMC ENERGY CENTER & EMERGENCY, C/O ACTION SPRAY -ON, 600 EAST DIXIE AVE., LEESBURG, FL 34748

10925 LSAA, PO BOX 2561, SPARTANBURG, SC 29304

10925 LSC BUSINESS PRODUCTS, PO BOX 1966, LOWELL, MA 01853-3066

10925 LSC LORAL SYSTEMS CANADA LIMITED, 101-51 BURMAC ROAD, WINNIPEG, MB R2J 4C9CANADA          *VIA Deutsche Post*

10925 LSI LOGIC, 47658 KATO ROAD, FREMONT, CA 94539

10924 LSI OFFICE BLDG, 23400 N. E GLISHAM, GRESHAM, OR 97030

10924 LSU - AGRICULTURE CHEMISTRY BLDG., CORNER OF HIGHLAND & STADIUM ROAD, NEW ORLEANS, LA 70119

10925 LSU ALUMNI ASSOCIATION, 3960 WEST LAKESHORE DR., BATON ROUGE, LA 70808

10924 LSU COLLEGE OF ENGINEERING, 3211 CEBA BUILDING, BATON ROUGE, LA 70803

10924 LSU MECHANICAL ENGINEERING DEPT, 2508 CEBA BUILDING, BATON ROUGE, LA 70803

10924 LSU MEDICAL CENTER, 3010 LINWOOD AVE., SHREVEPORT, LA 07130

10925 LTD FINANCIAL SERVICES, 7322 SOUTHWEST FREEWAY SUITE 1600, HOUSTON, TX 77074

10924 LTL INTERNATIONAL, 1890 NW 82ND AVE, #101, MIAMI, FL 33126

10925 LTV AEROSPACE AND DEFENSE, 310 N WESTLAKE BLVD #200, WESTLAKE VILLAGE, CA 91362

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 LU JEAN HANSEN FRICK, 4812 SCHOOL RD, MINNEAPOLIS, MN 55424-1718

10925 LU, FANG, 3314 OLD CAPITAL TRAAPT. #C3, WILMINGTON, DE 19808

10925 LU, FENG, 3903 DAVIS PLACE NW, 201, WASHINGTON, DC 20007

10925 LU, JIONG-PING, 9744 FOREST LANE, 1310, DALLAS, TX 75243

10925 LUANN F. COELHO, 9049 DUNLOGGIN COURT, ELLICOTT CITY, MD 21042

10925 LUANNE BIERMAN, 5915 LANGDON CT SW, CEDAR RAPIDS, IA 52404-1087

10925 LUANNE P BIERMAN EX UW, MARY H PICKHART, 5915 LANGDON CT SW, CEDAR RAPIDS, IA 52404-1087

10925 LUB O LINE INDUSTRIAL OIL CO INC, 9 FLORENCE ST, SOMERVILLE, MA 02145

10925 LUBA FREITAG, 168 20 69 AVE, FLUSHING, NY 11365-3249

10924 LUBBOCK BUILDING PRODUCTS, 1607 LUBBOCK STREET, BROWNFIELD, TX 79316

10924 LUBBOCK BUILDING PRODUCTS, 1610 E. DELANO, LITTLEFIELD, TX 79339

10924 LUBBOCK BUILDING PRODUCTS, 2000 WEST AVENUE, LEVELLAND, TX 79336

10924 LUBBOCK BUILDING PRODUCTS, 214 AVENUE M, LUBBOCK, TX 79401

10924 LUBBOCK BUILDING PRODUCTS, 3/4 MILES W. OF LOOP 289 ON, HWY 82, LUBBOCK, TX 79408

10924 LUBBOCK BUILDING PRODUCTS, PO BOX2038, LUBBOCK, TX 79408

10924 LUBBOCK FEDERAL BUILDING, 1205 TEXAS AVENUE, LUBBOCK, TX 79401

10925 LUBE N GO, 10440 MONTWOOD, EL PASO, TX 79935

10925 LUBE N GO, 1214 JUAN TABO NE, ALBUQUERQUE, NM 87112

10925 LUBE N GO, 12165 B MONTWOOD, EL PASO, TX 79936

10925 LUBE N GO, 12165 B MONTWOODLS, EL PASO, TX 79936

10925 LUBE N GO, 6400 AIRPORT SUITE W, EL PASO, TX 79925

10925 LUBE N GO, 9508 MONTANA, EL PASO, TX 79925

10925 LUBECON MAINTENANCE SYSTEMS, INC, 201 N. WEBSTER ST., WHITE CLOUD, MI 49349-0824

10925 LUBECON SYSTEMS, INC, PO BOX 824, WHITE CLOUD, MI 49349-0824

10925 LUBECON, 6737 W. 64TH ST., FREMONT, MI 49412

10925 LUBECON, PO BOX 824, WHITE CLOUD, MI 49349-0824

10925 LUBELL, SCOTT, 18 ROCKRIDGE ROAD, NATICK, MA 01760

10925 LUBELL, SCOTT, 18 ROCKRIDGE ROAD, NATICK, MA 01760-5525

10925 LUBELL, SCOTT, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140-1692

10925 LUBERICE, JAEL, 28 FRANKLIN PLACE, REVERE, MA 02151

10925 LUBITZ, HARRY, PO BOX 528, SOUTH ORLEANS, MA 02662

10925 LUBMAN, YELENA, 6601 COPPER RIDGE, BALTIMORE, MD 21209

10925 LUBNER, JOSEPH, 1740 PINE LOG ROAD, AIKEN, SC 29803

10925 LUB-O-LINE INDUSTRIAL CO, INC, 9 FLORENCE ST, SOMERVILLE, MA 02145

10925 LUB-O-LINE, 9 FLORENCE ST, SOMERVILLE, MA 02145

10925 LUBOM, JO ANN, 9268 DASHWOOD DRIVE, SHREVEPORT, LA 71118

10925 LUB-ON-LINE INDUSTRIAL, 9 FLORENCE ST, SOMERVILLE, MA 02145

10925 LUBRANO, DAVID, 94 OTIS ST, HINGHAM, MA 02043-1864

10925 LUBRANO, GAYLE, 11916 H SKYLAKE PL., TAMPA, FL 33617

10925 LUBRICON, PO BOX 51506, INDIANAPOLIS, IN 46251

10925 LUBRIZOL CORPORATION, PO BOX 73293, CHICAGO, IL 60673-7293

10925 LUBRIZOL CORPORATION, THE, PO BOX 13401, NEWARK, NJ 07188-0401

10924 LUBY'S CAFETERIA, 6705 WINCESTER ROAD, MEMPHIS, TN 38104

10925 LUCA, JEANETTE, 66 DECATUR ST, ARLINGTON, MA 02174

10925 LUCA, NICHOLAS, 41 SILVER HILL ST, MAYNARD, MA 01754

10925 LUCA, PAUL, 37R NELSON AVE, GEORGETOWN, MA 01833

10925 LUCARELLE, NICHOLAS, 74 A ABNER COURT, BRIDGEPORT, CT 06606-5801

10924 LUCAS AEROSPACE CARGO SYSTEMS, 7979 N.E. INDUSTRIAL BOULEVARD, MACON, GA 31297

10924 LUCAS AEROSPACE, *****DO NOT USE******, WILSON AIRPORT, MACON, GA 31297

10924 LUCAS AEROSPACE, 610 NEPTUNE WAY, BREA, CA 92622

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LUCAS ALVIS KIRBY, 250 PARK PLACE TOWER, 2001 PARK PLACE NORTH, BIRMINGHAM, AL 35203

10925   LUCAS AUTO BODY & DETAIL, 16745 D ST, VICTORVILLE, CA 92392

10924   LUCAS CONCRETE PRODUCTS I, 401 ROUNDTREE RD, CHARLOTTE, NC 28210

10924   LUCAS CONCRETE PRODUCTS, 401 ROUNDTREE ROAD, CHARLOTTE, NC 28210

10924   LUCAS CONCRETE**DO NOT USE**, CAMBRIDGE, MA 99999

10925   LUCAS CONTROL SYSTEMS PRODUCTS, 1000 LUCAS WAY, HAMPTON, VA 23666

10925   LUCAS LAKE CENTER, 5676 INDUSTRIAL PARK ROAD, WINONA, MN 55987

10925   LUCAS LAKE CENTER, 5752 INDUSTRIAL PARK ROAD, WINONA, MN 55987

10924   LUCAS MEYER, INC., 765 E. PYTHIAN AVENUE, DECATUR, IL 62524

10924   LUCAS MEYER, INC., PO BOX 3218, DECATUR, IL 62524

10925   LUCAS SR, ROBERT, 1211 CLIFFORD ST, EUNICE, LA 70535

10925   LUCAS SR, ROBERT, 1309 TARRANT ROAD, GLEN BURNIE, MD 21061

10925   LUCAS SR, ROBERT, 6805 BERKLEY DAVIS, CHESTERFIELD, VA 23832

10925   LUCAS SR., JAMES, 1436 PATAPSCO ST, BATLIMORE, MD 21230

10925   LUCAS, ADRIENNE, 2 79TH ST S., ST. PETERSBURG, FL 33707

10925   LUCAS, AUTHER, 2600 N. HOBART # A3, PAMPA, TX 79065

10925   LUCAS, BRENT, 1229 COLLEGE AVE, VINCENNES, IN 47591

10925   LUCAS, CHARLES, 34 CANDLEWOOD LANE, YORK, ME 03939

10925   LUCAS, CHERYL, 1309 TARRANT RD, GLEN BURNIE, MD 21060

10925   LUCAS, D., 7724 LA BANDERA WAY, SACRAMENTO, CA 95828

10925   LUCAS, DEMETRICE, 1113 WINCHESTER TR, SMYRNA, GA 30080

10925   LUCAS, DEWANNA, HC 65 BOX 221, CENTER POINT, LA 71323

10925   LUCAS, DONNA, 2614 MIFFLIN AVE, ASHLAND, OH 44805

10925   LUCAS, ERNESTO, PO BOX 345, ONALASKA, TX 77360

10925   LUCAS, FREDERICK, 711 SHAY DR, DURHAM, NC 27704

10925   LUCAS, GWENDOLYN, 1457 HELON, MACON, GA 31204

10925   LUCAS, JANIE, 116 STAR PLACE, BELLE CHASSE, LA 70037-9115

10925   LUCAS, JEROME, PO BOX 36, LIBBY, MT 59923

10925   LUCAS, JIMMY, 427 E. INTENDENCIA, #2, PENSACOLA, FL 32501

10925   LUCAS, KATHY, 14018 STRATTON ROAD, WEST SALEM, OH 44287

10925   LUCAS, KELLI, 3277 NORTHWEST 10TH, REDMOND, OR 97756

10925   LUCAS, KRISTINE, 5457 SIDEHILL DRIVE, SUN VALLEY, NV 89433

10925   LUCAS, LINDA, 143 AIR HARBOR RD, GREENSBORO, NC 27455

10925   LUCAS, MARIA L, 7123 SUMMERFIELD ROAD, SUMMERFIELD, NC 27358

10925   LUCAS, MARTIN R, 916 SHAMMROCK RD., HIGH POINT, NC 27265

10925   LUCAS, MARTIN, 5024 COUNTRY CLUB DR, WILSON, NC 27896

10925   LUCAS, MELVINA, 9411 ATLANTIC ST, MIRAMAR, FL 33025

10925   LUCAS, PRENTIS, PO BOX 474, SPRING HOPE, NC 27882

10925   LUCAS, ROLAND, 237 E PRICE ST, PHILA, PA 19144

10925   LUCAS, ROSE, 934 HANOVER LANE, DYER, IN 46311

10925   LUCAS, SHERRI, BOX 13492 HWY 28 E, DEVILLE, LA 71328

10925   LUCAS-REDHA, KATHRYN, 6468 GERMANTOWN RD, CHINO, CA 91710

10924   LUCCHESI ART STUDIO, 1077 1/2 MAC ARTHUR BLVD, SAN LEANDRO, CA 94577

10924   LUCCHESI, 1077 1/2 MC ARTHUR BLVD., SAN LEANDRO, CA 94577

10925   LUCCHESI, CHERYL, 1406 4TH ST, SPARKS, NV 89431

10925   LUCE ASSOCIATES, 91-315 APUU WAY-EWA BEACH, EWA BEACH, HI 96706

10925   LUCE HENSLEY, 1015 W. 7TH AVE., ANCHORAGE, AK 99501

10924   LUCEDALE READY MIX CONC, EVANSTON RD, LUCEDALE, MS 39452

10924   LUCEDALE READY MIX CONC, HWY 63, LEAKESVILLE, MS 39451

10924   LUCEDALE READY MIX CONC, P.O. BOX 828, LUCEDALE, MS 39452

10924   LUCEDALE READY MIX CONC, PO BOX 828, LUCEDALE, MS 39452

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LUCENT TECHNOLOGIES PRODUCT FINANCE, 2 GATEHALL DR, PARSIPPANY, NJ 07054-0827

10925   LUCENT TECHNOLOGIES, 1371 REYNOLDS AVE, IRVINE, CA 92614

10925   LUCENT TECHNOLOGIES, 1600 OSGOOD ST, NORTH ANDOVER, MA 01845

10924   LUCENT TECHNOLOGIES, 1600 OSGOOD ST., NORTH ANDOVER, MA 01845

10925   LUCENT TECHNOLOGIES, 1842 CENTRE POINT DR STE 110, NAPERVILLE, IL 60563

10924   LUCENT TECHNOLOGIES, 2700 WARRENVILLE ROAD, LISLE, IL 60532

10925   LUCENT TECHNOLOGIES, 319 GLENN ST, CRAWFORDSVILLE, IN 47933

10924   LUCENT TECHNOLOGIES, 50 HALL ROAD, STURBRIDGE, MA 01566

10924   LUCENT TECHNOLOGIES, 555 UNION BLVD., ALLENTOWN, PA 18103

10924   LUCENT TECHNOLOGIES, 725 DAUPHIN STREET, ALLENTOWN, PA 18103

10925   LUCENT TECHNOLOGIES, 9642 S ROBERTS ROAD, HICKORY HILLS, IL 60457

10924   LUCENT TECHNOLOGIES, ATT: GEORGE HOLDEN, 6305 CRESCENT DRIVE, NORCROSS, GA 30071

10924   LUCENT TECHNOLOGIES, C/O WILKIN INSULATION, 2100 WARRENVILLE ROAD, NAPERVILLE, IL 60540

10925   LUCENT TECHNOLOGIES, INTERNAL SALES MAIL STOP LF207, LARGO, FL 34649-2826

10925   LUCENT TECHNOLOGIES, PO BOX 27-7850, KANSAS CITY, MO 64184-0001

10925   LUCENT TECHNOLOGIES, PO BOX 27-850, KANSAS CITY, MO 64180-0850

10925   LUCENT TECHNOLOGIES, PO BOX 52602, PHOENIX, AZ 85072-2602

10925   LUCENT TECHNOLOGIES, PO BOX 73061, CHICAGO, IL 60673-3061

10925   LUCENT TECHNOLOGIES, PO BOX 73587, CHICAGO, IL 60673-7587

10925   LUCENT TECHNOLOGIES, PO BOX 78134, PHOENIX, AZ 85062-8134

10925   LUCENT TECHNOLOGIES, PO BOX 78831, PHOENIX, AZ 85062-8831

10925   LUCENT TECHNOLOGIES, PO BOX 8201, FOX VALLEY, IL 60572-8201

10925   LUCENT TECHNOLOGIES, PO BOX 8204, FOX VALLEY, IL 60572-8204

10925   LUCENT TECHNOLOGIES, PO BOX 8204, FOX VALLEY, IL 60572-8240

10925   LUCENT TECHNOLOGIES, PO BOX 9001077, LOUISVILLE, KY 40290-1077

10925   LUCENT TECHNOLOGIES, POBOX 10193, VAN NUYS, CA 91410-0193

10925   LUCENT TECHNOLOGIES, POBOX 371358, PITTSBURGH, PA 15286-7358

10925   LUCENT TECHNOLOGIES, POBOX 52602, PHOENIX, AZ 85072-2602

10925   LUCENT TECHNOLOGIES, POBOX 8204, FOX VALLEY, IL 60572-8204

10924   LUCENT TECHNOLOGY, 200 LUCENT LANE, CARY, NC 27511

10924   LUCENT TECHNOLOGY, C/O NORWOOD WAREHOUSE, 505 UNIVERSITY AVENUE, BLDG. #3, NORWOOD, MA 02062

10925   LUCERNE PRODUCTS, 7600 OLDE EIGHT RD, HUDSON, OH 44236

10925   LUCERO, CARLOS, 1402 #B EASTERN, AMARILLO, TX 79104

10925   LUCERO, CYNTHIA, 112 AVE M, LUBBOCK, TX 79401

10925   LUCERO, JAMES, 1521 LINCOLN WAY 104, MCLEAN, VA 22102

10925   LUCERO, JESSE, 9931 MONTGOMERY AVE, NORTH HILLS, CA 91343

10925   LUCERO, JOEL, 605 HALL DRIVE, ROSWELL, NM 88201

10925   LUCERO, NICK, 4325 S. SILVERBEECH, TUCSON, AZ 85730

10925   LUCERO, REFUGIO, PO BOX 89, GLENDALE, CA 91209

10925   LUCERO, RICARDO, 46-547 VARGAS ST., INDIO, CA 92201

10925   LUCHISON, JOSEPH, 32 BRADFORD ST, 1, BOSTON, MA 02118

10925   LUCHSINGER, GREGORY, 2400 NATOMA STATION DRIVE, 178, FOLSOM, CA 95630

10925   LUCHT, JEAN, 9500 LANGDON LANE, N ROYALTON, OH 44133

10925   LUCHT, JEFF, 10065 DESOTO AVE, 215, CHATSWORTH, CA 91311

10925   LUCIA E GALLO TR UA SEPT 22 89, FBO LUCIA E GALLO TRUST, 12501 ULMERTON RD 45, LARGO, FL 33774-2725

10925   LUCIA, FRANK, 5640 PACIFIC BLVD. #1031, BOCA RATON, FL 33433

10925   LUCIA, RUSSELL, 42 WESTWOOD RD, STONEHAM, MA 02180

10925   LUCIANA, CECILIA, 6606-A TAMAR, PASADENA, TX 77503

10925   LUCIANA, CLAUDIA, 745 OTTER CREEK, LA PORTE, TX 77571

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LUCIANI, EILEEN, 1925 JOHNS DRIVE, MOUNTAIN HOME, AR 72653-5844

10925    LUCIANI, LESLIE, 245 BERTHOUD WAY, GOLDEN, CO 80401

10925    LUCIANO NAUSIN &, JOANNE NAUSIN TR, 02 26 91, OF THE NAUSIN FAMILY TRUST, 4153 NORRIS RD, FREMONT, CA 94536-5013

10925    LUCIDO, PETER, 4014 GOLF VILLAGE LOOP, 2, LAKELAND, FL 33809

10925    LUCIER, ANDREA, 12517 EAGLE RUN DR, OMAHA, NE 68164

10925    LUCIFER FURNACES, INC, 2048 BUNNELL RD., WARRINGTON, PA 18976

10925    LUCILE J TEMPLETON, 11364 VIA VISTA, NEVADA CITY, CA 95959-8987

10925    LUCILLE H SMITH & MARK H SMITH, JT TEN, 906 S MAPLE ST BOX 81, OLNEY, IL 62450-1831

10925    LUCILLE M BLUM TR UA DEC 20 76, FBO ANNE MARIE CAMPBELL, 117 HIDDEN VALLEY RD, ROCHESTER, NY 14624-2355

10925    LUCILLE M TACKETT, 24505 NAGEL AVE, GLENWOOD, IA 51534-5216

10925    LUCIUS, ANITA, 18 OSBORNE PLACE, IRVINGTON, NJ 07111

10925    LUCIUS, MELINDA, 4853 TIPPITT TRAIL, FAYETTEVILLE, NC 28301

10925    LUCK, ROBIN, 13650 BROMLEY POINT DR, JACKSONVILLE, FL 32225

10925    LUCKE, HILDA, 9840 HOPI LANE, NEW PORT RICHEY, FL 34654

10925    LUCKE, PAUL, 4611 N LAKE DR, WHITEFISH BAY, WI 53211-1255

10925    LUCKENBACH, JOSEPH, BOX 134, TULETA, TX 78162

10925    LUCKENBACH, PETER, 349 N. BRADFORD, DOVER, DE 19901

10925    LUCKENBILL, FAYE, 5 SCENIC DRIVE, HAMBURG, PA 19526

10925    LUCKETT JR, COLEMAN, 5253 N 44TH ST, MILWAUKEE, WI 53218

10925    LUCKETT, JOHN, 2216 CLAYTON AVE, MEMPHIS, TN 38108-1417

10925    LUCKETT, TANYA, 5253 N. 44TH ST, MILWAUKEE, WI 53218

10925    LUCKETT, THOMAS, 811 FLORENCE COURT, OWENSBORO, KY 42303-6423

10925    LUCKEY OIL EQUIPMENT COMPANY, 310 MAIN ST, LUCKEY, OH 43443

10925    LUCKEY, BEVERLY, 379 DESIREE DRIVE, LAWRENCEVILLE, GA 30244

10924    LUCKEY, T. SONS, INC., 10251 SUSPENSION BRIDGE, HARRISON, OH 45030

10924    LUCKEY, T. SONS, INC., P.O. BOX 520, HARRISON, OH 45030

10924    LUCK'S INC., HIGHWAY 705, SEAGROVE, NC 27341

10924    LUCKY CASINO, 1700 HILLSIDE BLVD., COLOMA, CA 95613

10925    LUCRECE H BEALE, 4040 51ST ST NW, WASHINGTON, DC 20016-1922

10925    LUCY A CERBONE, 27 GRANDVIEW DR, MT KISCO, NY 10549-1829

10924    LUCY ADDISON SCHOOL, ORANGE AVENUE, ROANOKE, VA 24001

10925    LUCY CAMPOLIETO, 49 HILLCREST RD, MAPLEWOOD, NJ 07040-1605

10925    LUCY H QUESENBERRY, 410 DORSEY LANE, LOUISVILLE, KY 40223-2922

10925    LUCY ZAMOT, 346 S WYMORE RD, ALTAMONTE SPRINGS, FL 32714-5145

10925    LUCZYWKO, KENNETH, ONE FALLVIEW COURT APT C, MADISON, WI 53704

10925    LUDACK, CAROLYN, 649 109TH AVE NORTH, NAPLES, FL 33963

10925    LUDECA INC., 1527 NW 89TH CT., MIAMI, FL 33172

10925    LUDECA, INC, 1425 NW 88TH AVE, MIAMI, FL 33172-3017

10924    LUDEYS READY MIX, 925 RIDGECREST, VERMILLION, SD 57069

10924    LUDEY'S READY MIX, 925 RIDGECREST, VERMILLION, SD 57069

10925    LUDGIN, LAURIE, 9 CENTER ST, HOPEWELL, NJ 08525

10925    LUDLOW CORPORATION, LAMINATING & COATING, PALATINE, IL 60055-0372

10925    LUDLUM MEASUREMENTS INC., PO BOX 810, SWEETWATER, TX 79556-0810

10925    LUDO BEVILACQUA, 2650 TEAK COURT, COLUMBUS, OH 43229

10925    LUDOVICO, BENJAMIN, 12339 SATICOY ST, NO HOLLYWOOD, CA 91605

10925    LUDU, SUSAN MARIE, 1033 LEXINGTON DR, ALIQUIPPA, PA 15001

10925    LUDWICK, HOMER C, 626 BUNTING DRIVE, DELRAY BEACH, FL 33444

10925    LUDWICK, HOMER, 626 BUNTING DRIVE, DELRAY BEACH, FL 33444

10925    LUDWICK, PAMELA, PO BOX 975, AIKEN, SC 29802-0975

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LUDWICK, ROBERT, 1689 COUNTRY ESTES RD, INMAN, SC 29349-9642 | |
| 10925 | LUDWIG BUILDINGS, INC, PO BOX 23134, HARAHAN, LA 70183 | |
| 10925 | LUDWIG CONTRACTORS INC, PO BOX 128, CEDAR GROVE, IN 47016 | |
| 10925 | LUDWIG, BRIAN, 1 FERRY RD, METHUEN, MA 01844 | |
| 10925 | LUDWIG, CATHY, 304 WOOD FIELD DRIVE, PIEDMONT, SC 29673 | |
| 10925 | LUDWIG, CHRISTOPHER, 805 MOCK AVE., BLUE SPRINGS, MO 64015 | |
| 10925 | LUDWIG, LEWIE, 17 REDSTART RD., NAPERVILLE, IL 60565 | |
| 10925 | LUDWIG, LEWIS, 17 REDSTART ROAD, NAPERVILLE, IL 60565 | |
| 10925 | LUDWIG, RICHARD, 4376 N. WILLIAMS AVE, CRYSTAL RIVER, FL 34428 | |
| 10925 | LUDWIG, ROBERT, 629 47TH ST NW, CANTON, OH 44709 | |
| 10925 | LUDY, CHERYL, 14351 TRIADELPHIA RD, GLENELG, MD 21737 | |
| 10925 | LUE, DENNA, 7119 NORTH 29TH AVE, PHOENIX, AZ 85051 | |
| 10925 | LUEBBE, ANNABEL LEE, 504 WORTHINGTON DR, BRIGEPORT, WV 26330-1435 | |
| 10925 | LUEBBERT, TINA, RR # 1, BOX 75C, BRIGHTON, IL 62012 | |
| 10925 | LUEBKE, HEATHER, 818 N. 17TH ST, 408, MILWAUKEE, WI 53233 | |
| 10925 | LUEBRECHT, RALPH, 103 WILSON ST, BOX 194, CORDER, MO 64021-0194 | |
| 10925 | LUECKE, JOYCE, 6509 MEADOWLARK, WEST BEND, WI 53095 | |
| 10925 | LUECKING, CHRISTOPHER G, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | LUECKING, CHRISTOPHER, 1504 IDLEWILDE AVE, CATONSVILLE, MD 21228 | |
| 10925 | LUECKING, SHARON, 1504 IDLEWILDE AVE, CATONSVILLE, MD 21228 | |
| 10925 | LUEDKE, WILLIAM, 5405 KINGS CIRCLE, BROOKLYN PARK, MN 55443 | |
| 10925 | LUEDKE, WILLIAM, PLACE, KIRKLAND, WA 98034 | |
| 10925 | LUEDTKE, KATHERINE, 706 BEST WAY, SAN ANTONIO, TX 78258 | |
| 10925 | LUELLA DICKHAUT, BOX 27, CARLINVILLE, IL 62626-0027 | |
| 10925 | LUERA, TANYA, 1311 POLK ST, WICHITA FALLS, TX 76309 | |
| 10925 | LUES, JANE, 34 41 85 ST, JACKSON HTS, NY 11372 | |
| 10925 | LUETSCHWAGER, J, RT 2 BOX 271, SENECA, MO 64865 | |
| 10925 | LUFF, KARL, 6002 SPRINGHILL DR, #202, GREENBELT, MD 20770 | |
| 10925 | LUFKIN INDUSTRIES, INC, PO BOX 201331, HOUSTON, TX 77216-1331 | |
| 10925 | LUFKIN INDUSTRIES, PO BOX 100031, HOUSTON, TX 77212 | |
| 10924 | LUFKIN REDI-MIX, CONTRACTOR SUP/LUFKIN R/M, LUFKIN, TX 75902 | |
| 10924 | LUFKIN REDI-MIX, P.O. BOX 150140, LUFKIN, TX 75901 | |
| 10924 | LUFKIN ROAD MIDDLE SCHOOL, 1002 LUFIN ROAD, APEX, NC 27502 | |
| 10925 | LUFKIN, BRUCE, 513 ESSEX AVE, GLOUCESTER, MA 01930 | |
| 10925 | LUFRAN INCORPORATED, 10200 WELLMAN RD, STREETSBORO, OH 44241 | |
| 10924 | LUFTHANSA SHANNON TURBINE, FOA: MR. G. SPELLMAN, BENSENVILLE,IL 60106, 91 O'LEARY DRIVE, SHANNON AIRPORT, IRL | *VIA Deutsche Post* |
| 10925 | LUGAILA, DEBRA, 93 MAPLE ST, MUSE, PA 15350 | |
| 10925 | LUGENBUHL, BURKE, WHEATON, PECK, 601 POYDRAS ST 27TH FL, NEW ORLEANS, LA 70130-6027 | |
| 10925 | LUGLI, JEANNE, 19 DUSTON DRIVE, METHUEN, MA 01844 | |
| 10925 | LUGO, MARIA, APARTADO 1054, LAS PIEDRAS, PR 00771 | |
| 10925 | LUGO, MARIA, BO SUSUA KM9.2, YAUCO, PR 00698 | |
| 10925 | LUGO, MARIA, EXT ALTAMIRA, LARES, PR 00669 | |
| 10925 | LUGO, ORESTES, 3802 NE 207 ST, AVENTURA, FL 33180 | |
| 10925 | LUGTU, ANN, 159-29 NORNAL ROAD, JAMAICA, NY 11432 | |
| 10925 | LUH, ELLICE, 706 GLEN COURT, BEL AIR, MD 21015 | |
| 10925 | LUHN, ANNE E, 303 EAST 3RD ST, FREDERICK, MD 21701-5316 | |
| 10925 | LUIPPOLD, ANNE, 9 MANAMOK CIRCLE, SANDWICH, MA 02563 | |
| 10925 | LUIS A AMPARAN &, ROSALIE J AMPARAN TEN COM, 7024 SAN MARINO, EL PASO, TX 79912-1505 | |
| 10925 | LUIS A LARA, 3713 ACADEMY DR, METAIRIE, LA 70003 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LUIS ENRIQUE, ANGULO CABALLERO, AIR MAIL BOX 2, INDUSTRIA DE EQUIPOS, DE OFICINA LTD, CARTAGENA, SPAIN | *VIA Deutsche Post* |
| 10925 | LUIS ESCUTIA, APDO 806, MAZATLAN SIN, MEXICO | *VIA Deutsche Post* |
| 10925 | LUIS FERREIRA, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LUIS FORERO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LUIS GONZALEZ, 2133 85 ST, NORTH BERGEN, NJ 07047 | |
| 10925 | LUIS JURKEVICH &, SAMUEL JURKEVICH JT TEN, 69-77 182ND ST, FRESH MEADOWS, NY 11365-3533 | |
| 10925 | LUIS LEAL, 261 LIBERTY ST, LOWELL, MA 01851-3116 | |
| 10925 | LUIS S PEREZ, C/O CREAMER, RTE 179, NO CANTON, CT 06059 | |
| 10925 | LUIS SOARES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | LUIS VAZQUEZ, 4153 WINDOMERE DR, GRAPEVINE, TX 76051 | |
| 10925 | LUIS, JOSE, RODRIGUET DIAT, CAN SADURNI 9, BEGUES BARCELOMA 8859, BEGUES BARCELONA, 08859SPAIN | *VIA Deutsche Post* |
| 10925 | LUISA GRUNWALD, 1200-14TH AVE APT 309, SAN FRANCISCO, CA 94122 | |
| 10925 | LUISI, DEBORAH, 2628 PORSCHE STRASSE, TURLOCK, CA 95382 | |
| 10925 | LUISI, EILEEN T, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | LUISI, EILEEN, 4415 S CARAMBOLA CRL, COCONUT CREEK FL, FL 33066 | |
| 10925 | LUISSQUEZ, ABEL, 1420 NORTH ROOSEVELT, LIBERAL, KS 67901 | |
| 10925 | LUJAN JR, ROBERT, 506 N W 11TH ST, GRAND PRAIRIE, TX 75050 | |
| 10925 | LUJAN, BERTHA, 1502 GRAND MESA, ODESSA, TX 79761 | |
| 10925 | LUJAN, CAROL, RT 5, BOX 835B, BLANCHARD, OK 73010 | |
| 10925 | LUJAN, EDWARD, 1251 E.C.R. 76, WELLINGTON, CO 80549 | |
| 10925 | LUJAN, LUZ, 3336 GRAYSON, FT WORTH, TX 76119 | |
| 10925 | LUKACS, ELIZABETH, 83 HUNTER ST, LODI, NJ 07644-2924 | |
| 10925 | LUKAS, HERBERT, 108 IOWA AVE EAST, MARSHALLTOWN, IA 50158 | |
| 10925 | LUKAS, ROBERT, 218 RICE AVE, WENONAH, NJ 08090 | |
| 10925 | LUKAS, ROBERT, 45 NINTH ST, TEWKSBURY, MA 01876 | |
| 10925 | LUKASIEWICZ, MATTHEW, 304 MAIN ST, PITTSBURGH, PA 15201 | |
| 10924 | LUKE AIR FORCE BASE HOSPITAL, LUKE AIR FORCE BASE, AZ 85309 | |
| 10924 | LUKE AIR FORCE BASE, ADD/ALTER SQUADRON OPERATIONS, LUKE AIR FORCE BASE, AZ 85309 | |
| 10924 | LUKE AIR FORCE BASE, LUKE AIR FORCE BASE, AZ 85309 | |
| 10925 | LUKE, ALAN GLENN, 325 AZALEA, CASPER, WY 82604 | |
| 10925 | LUKE, ALBERT, 102 MERLE ST., CHAVIN, LA 70344 | |
| 10925 | LUKE, ERRAS D, 341 SCOTTSDALE DR, WILMINGTON, NC 28405-6772 | |
| 10925 | LUKE, EUCLID, 4152 OIL CREEK DRIVE, INDIANAPOLIS, IN 46268 | |
| 10925 | LUKEN, GAIL, 3413 GARY AVE, ALTON, IL 62002 | |
| 10925 | LUKER CONSTRUCTION, 20131 6TH ST, LAKEVIEW, CA 92567 | |
| 10925 | LUKES, FRANK, 4539 N PENNSYLV. ST, INDIANAPOLIS, IN 46205 | |
| 10925 | LUKES, LISA, RT. 2 BOX 396, MOMENCE, IL 60954 | |
| 10925 | LUKIN, VINKA, 1829 N VILLARD, TACOMA, WA 98406 | |
| 10925 | LUKINS & ANNIS PS BLACK SCOTT FULGH, 1600 WASHINGTON TRUST FINANCIAL CR, WEST 717 SPRAGUE AVE, SPOKANE, WA 99201 | |
| 10925 | LUKINS & ANNIS PS, DARRELL W SCOTT, 1600 WASHINGTON TRUST FINANCIAL CR, 717 W SPRAGUE AVE, SPOKANE, WA 99201-0466 | |
| 10925 | LUKINS & ANNIS, 717 SPRAGUE AVE, SPOKANE, WA 99201-0466 | |
| 10925 | LUKINS ANNIS, 1600 WASINGTON TRUST FIN CNTR, 717 SPRAGUE AVE, SPOKANE, WA 99201-0466 | |
| 10925 | LUKONAITIS, CYNTHIA, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | LUKOWIAK, SR, GREGORY, 38 ERNEST AVE, BLOOMFIELD, NJ 07003 | |
| 10925 | LUKSOMBOON, D, 9022 SA 123CT #207, MIAMI, FL 33186 | |
| 10925 | LULEY, LISA, 101 SUMMERWOOD DR, PEARL, MS 39208 | |
| 10925 | LULHAM, C, 106 CANEBREAK LANE, SIMPSONVILLE, SC 29681 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LULL, MARY, 10688 ESMERALDAS DR., SAN DIEGO, CA 92124 | |
| 10925 | LULU W SEEKE &, JOHN H SEEKE JR JT TEN, 11 TEIBROOK AVE, SYOSSET, NY 11791-3831 | |
| 10925 | LUM DANZIS DRASCO POSITAN, 103 EISENHOWER PKWY 4TH FLR, ROSELAND, NJ 07068-1049 | |
| 10925 | LUMADUE, LILIAN, 312 EAST ST., DEDHAM, MA 02026 | |
| 10925 | LUMARYS TIRE SERVICE, POBOX 21943, LOS ANGELES, CA 90021-0943 | |
| 10924 | LUMBER CITY, 404 GREENTREE ROAD, CHESAPEAKE, VA 23320 | |
| 10924 | LUMBER CITY, ATTN:  ACCOUNTS PAYABLE, CHESAPEAKE, VA 23327 | |
| 10924 | LUMBER MARKET, PO BOX327, RENTON, WA 98055 | |
| 10924 | LUMBER YARD, FARMVILLE SHOPPING CENTER, 300 S. STREET, FARMVILLE, VA 23901 | |
| 10924 | LUMBERMAN`S (DIV LANOGA), PO BOX 3406, OLYMPIA, WA 98503 | |
| 10924 | LUMBERMAN'S MERCHANDISING CO., 137 WEST WAYNE AVE, WAYNE, PA 19087 | |
| 10924 | LUMBERMANS MERCHANDISING, P.O. BOX 6790, WAYNE, PA 19087 | |
| 10924 | LUMBERMANS MERCHANDISING, SCOFIELD STREET, CURWENSVILLE, PA 16833 | |
| 10924 | LUMBERMEN BUILDING CENTER, 642 COMMERCE AVENUE, LONGVIEW, WA 98632 | |
| 10924 | LUMBERMEN BUILDING CENTER, CAMBRIDGE, MA 99999 | |
| 10924 | LUMBERMEN BUILDING CENTER, P.O.BOX 547, LONGVIEW, WA 98632 | |
| 10924 | LUMBERMEN'S OF CADILLAC, 8261 EAST 34 MILE ROAD, CADILLAC, MI 49601 | |
| 10924 | LUMBERMEN'S OF DES MOINES, 1350 TUTTLE STREET, DES MOINES, IA 50309 | |
| 10924 | LUMBERMEN'S OF GRAND RAPIDS, 4433 STAFFORD S.W., GRAND RAPIDS, MI 49548 | |
| 10924 | LUMBERMEN'S OF GRAND RAPIDS, 4444 STAFFORD S.W., GRAND RAPIDS, MI 49548 | |
| 10924 | LUMBERMEN'S OF PORTAGE, 1723 VANDERBILT ROAD, PORTAGE, MI 49002 | |
| 10924 | LUMBERMEN'S OF PRESCOTT VALLEY, 6601 EAST 2ND STREET, PRESCOTT VALLEY, AZ 86314 | |
| 10924 | LUMBERMEN'S OF SAGINAW, 4900 ZELLE DRIVE, BRIDGEPORT, MI 48722 | |
| 10924 | LUMBERMEN'S OF SHELBYVILLE, **TO BE DELETED**, SHELBYVILLE, IN 46176 | |
| 10924 | LUMBERMEN'S OF SHELBYVILLE, 846 ELSTON DRIVE, SHELBYVILLE, IN 46176 | |
| 10924 | LUMBERMEN'S OF TOLEDO, 3100 HILL AVENUE, TOLEDO, OH 43607 | |
| 10924 | LUMBERMEN'S OF WASHINGTON, P.O. BOX 3406, LACEY, WA 98509 | |
| 10925 | LUMBERMENS, 3261 EAST 34 MILE ROAD, CADILLAC, MI 49601 | |
| 10925 | LUMBERMENS, 4433 STAFFORD SW, GRAND RAPIDS, MI 49548 | |
| 10925 | LUMBERSMENS INC, 4418 STAFFORD SW, GRAND RAPIDS, MI 48548 | |
| 10924 | LUMBERTON HIGH SCHOOL, C/O WARCO, 3910 FAYETTEVILLE ROAD, LUMBERTON, NC 28358 | |
| 10924 | LUMINAIRE RECYCLERS, INC., SUITE 206, 2161 UNIVERSITY AVENUE, SAINT PAUL, MN 55114 | |
| 10925 | LUMINATION LIGHTING INC, PO BOX 69, LYONS, IL 60534 | |
| 10925 | LUMINESCENT SYSTEMS INC, 101 ETNA ROAD, LEBANON, NH 03766 | |
| 10925 | LUMINESCENT SYSTEMS INC, 130 COMMERCE WAY, EAST AURORA, NY 14052 | |
| 10925 | LUMLEY, TRACY, R R 1 BOX 36, STANLEY, ND 58784 | |
| 10925 | LUMMUS SUPPLY CO, 1554 BOLTON RD N W, ATLANTA, GA 30331 | |
| 10925 | LUMNAH, RAYMOND, 37 1/2 DUNHAM ST, ATTLEBORO, MA 02703 | |
| 10925 | LUMPKIN, ALVIN, 7039 ORVIN ST, CHARLESTON, SC 29418 | |
| 10925 | LUMPKIN, BECKY, 201 EAST 5TH ST, DEER PARK, TX 77536 | |
| 10925 | LUMPKIN, BOB, 8501 WEST UNION AVE, LITTLETON, CO 80123 | |
| 10925 | LUMPKIN, KAREN, PO BOX 372, MCNEIL, MS 39457 | |
| 10925 | LUN SING CHAN, 15 SWALLOW DR, BOYNTON BEACH, FL 33462 | |
| 10925 | LUNA, APOLINAR JR, 1920 NEWPORT, MCALLEN, TX 78501 | |
| 10925 | LUNA, DAVID, 9031 CAROLINE, CORPUS CHRISTI, TX 78409 | |
| 10925 | LUNA, DIANA, URB SAN ANTONIO E-11, COAMO, PR 00769 | |
| 10925 | LUNA, EDILBERTO, 209 COMLY ROAD, LINCOLN PARK, NJ 07035 | |
| 10925 | LUNA, ELVIRA, 7166 ELLIOTT DR, DALLAS, TX 75227 | |
| 10925 | LUNA, HUMBERTO, 2422 S. 18TH ST, MILWAUKEE, WI 53204 | |
| 10925 | LUNA, JOANNE, 685 N. CLIFFWOOD, BREA, CA 92621 | |
| 10925 | LUNA, JORJE, PO BOX 1435, PHARR, TX 78577 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | LUNA, LYNDA, 4741 CENTER ST, BALDWIN PARK, CA 91706-0000 | |
| 10925 | LUNA, MARCOS, 1233 29TH ST, SAN DIEGO, CA 92102 | |
| 10925 | LUNA, MARGARET, 4608 BLOSSOM, EL PASO, TX 79924 | |
| 10925 | LUNA, RAFAEL, 2704 N. 32ND ST., MCALLEN, TX 78501 | |
| 10925 | LUNA, RANDALL, 920 WEST ST., LAUREL, MD 20707 | |
| 10925 | LUNA, VANESSA, URB. VALLE REAL HC-3, PONCE, PR 00731 | |
| 10925 | LUNAIRE LIMITED, PO BOX 3246, WILLIAMSPORT, PA 17701 | |
| 10925 | LUNAIRE LIMITED, PO BOX 98797, CHICAGO, IL 60693 | |
| 10924 | LUND MASONRY, 12633 STONE AVE. NORTH, SEATTLE, WA 98133 | |
| 10925 | LUND, ANDREW, 2380 HAWTHORNE WAY, SALINE, MI 48176 | |
| 10925 | LUND, INGEBORG, 211-A FALLER DRIVE, NEW MILFORD, NJ 07646 | |
| 10925 | LUND, JOHN, 23 BROOKS ROAD, GLOUCESTER,, MA 01930-1503 | |
| 10925 | LUND, PAUL, 14 EVELYN PL #2, MALDEN, MA 02148-3824 | |
| 10925 | LUND, RAE ANN, 13979 CHANCELLOR WAY, POWAY, CA 92064 | |
| 10925 | LUNDA, ALLEN, 4137 KINGSTON DRIVE, ANCHORAGE, AK 99504 | |
| 10925 | LUNDBERG, BERNICE, 4771 TRUTH, MIRA LOMA, CA 91752-1844 | |
| 10925 | LUNDBERG, GULLIE, 18 EDISON ST, RIDGEFIELD PARK, NJ 07660 | |
| 10925 | LUNDE, BETH, 4576 MISSIPPI ST #9, SAN DIEGO, CA 92116 | |
| 10924 | LUNDEEN PAINT, 2049 CENTURY PARK EAST, LOS ANGELES, CA 90001 | |
| 10924 | LUNDEEN/EISENHOWER MEDICAL CENTER, RANCHO MIRAGE, CA 92270 | |
| 10924 | LUNDEEN/PALM SPRINGS AIRPORT, VALORI THOMPSON BUILDING MATERIALS, PALM SPRINGS, CA 92262 | |
| 10925 | LUNDELL, GEORGE, 115 1ST ST APT. #8, BOONE, IA 50036 | |
| 10925 | LUNDELL, RONALD, 2929A S. 9TH ST, MILWUAKEE, WI 53215 | |
| 10925 | LUNDEY/STAMAS SALES INC, 5 RAY AVE, BURLINGTON, MA 01803 | |
| 10925 | LUNDIAN ASSOCIATES, INC, PO B0X 8609, RED BANK, NJ 07701 | |
| 10925 | LUNDIE, JEROME, 4320 MERCEDES, MIDLAND, TX 79703 | |
| 10925 | LUNDIN AS, ANNE, CUST FOR EMILY LOUIS LUNDIN, A MINOR UNDER THE LAWS OF GA, 1610-A ELMSHURST DR, AUSTIN, TX 78741-2510 | |
| 10925 | LUNDIN, DORIS, 2762 PHYLLIS CIRCLE N, BILLINGS, MT 59102 | |
| 10925 | LUNDIN, EMILY L, 1831 TAMARIND AVE APT 10, LOS ANGELES, CA 90028-5533 | |
| 10925 | LUNDIN, JOSEPH, PO BOX 672, ROUND UP, MT 59072 | |
| 10925 | LUNDIN, LISA JEAN, 308 FOREST AV, BROCKTON, MA 02401 | |
| 10925 | LUNDIN, RICHARD, 120 CHESTER ST, WORCESTER, MA 01605-1044 | |
| 10925 | LUNDINGTON, DEBORAH, 6444 N 67TH AVE 1101, GLENDALE, AZ 85034 | |
| 10925 | LUNDQUIST KILLEEN POTVIN & BENDER, 1935 W COUNTY RD. B2 SUITE 300, SAINT PAUL, MN 55113-2722 | |
| 10925 | LUNDQUIST, GEORGETTE, 5210 THE WOODS, HEDGESVILLE, WV 25427 | |
| 10925 | LUNDQUIST, JOSEPH, 5210 THE WOODS, HEDGESVILLE, WV 25427 | |
| 10925 | LUNDRIGAN, PATRICIA, 19 WILMOT ST, WHITMAN, MA 02382 | |
| 10925 | LUNDSAGER, C, 1308 PATUXENT DRIVE, ASHTON, MD 20861-9759 | |
| 10925 | LUNDY DAVIS, HIBERNIA TOWER, 501 BROAD ST, PO BOX 3010, LAKE CHARLES, LA 70602 | |
| 10925 | LUNDY, ANDREW A, 15 HAZELTON AVE #200, TORONTO, ON M5R2E1CANADA | *VIA Deutsche Post* |
| 10925 | LUNDY, BRYAN, 3314 SENECA ST, ST JOSEPH, MO 64507 | |
| 10925 | LUNDY, PIERRE, 75 MALDEN ST, EVERETT, MA 02149 | |
| 10925 | LUNDY, TAMI, 2505 7TH AVE, CANYON, TX 79015 | |
| 10925 | LUNGER, VICTOR, R D 3 BOX 404, NEW RINGGOLD, PA 17960 | |
| 10925 | LUNN INDUSTRIES, 1 GARVIES POINT ROAD, GLEN COVE, NY 11542 | |
| 10925 | LUNN, AZLEE, 740 N PATTERSON PARK AVE, BALTIMORE, MD 21205 | |
| 10925 | LUNN, GREGORY, 8409-B TRENT COURT, BOCA RATON, FL 33433 | |
| 10925 | LUNN, III, FRANK, 301 R5 HIDEAWAY DR W., PRINCETON, IL 61356 | |
| 10925 | LUNN, JAMES, 329 E. 28TH ST, BALTIMORE, MD 21218 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LUNN, LENWOOD, 5110 BALTENAT PIKE APT. 206, BALTIMORE, MD 21229

10925   LUNN, RANDOLPH, 2102 SOUTHLAND ROAD, BALTIMORE, MD 21207

10925   LUNN, WILLIE, 326 GLOUCESTER DRIVE, GLEN BURNIE, MD 21061

10925   LUNSFORD, CAROL, 2935 FLEETWOOD AVE, ROANOKE, VA 24015

10925   LUNSFORD, DONALD, 7820 VIA CASSANO, BURBANK, CA 91504

10925   LUNSFORD, LIZANNE, 6407 PLEAK RD, RICHMOND, TX 77469

10925   LUNSFORD, RUTH, JAMESTOWN SQUARE, F4, BLACKWOOD, NJ 08012

10925   LUNSFORD, SHERRY, 15 ORCHARD TERRACE, WASHINGTON, PA 15301

10925   LUNSIK, FAITH, 3358 N. LONG, 2N, CHICAGO, IL 60641

10925   LUOMA, A, % ANTHONY MLADENICH 31733 EIFFEL DR., WARREN, MI 48093-1861

10925   LUOMA, EINO, 31733 EIFFEL DRIVE, WARREN, MI 48093

10925   LUONG, DUNG, 5044 N. ALBANY, CHICAGO, IL 60625

10925   LUPARIELLO, ANGELO, 1609 BLACKBURN HTS., SEWICKLY, PA 15143

10925   LUPEI, ANN, BOX 505, GLOUCESTER, VA 23061-0505

10925   LUPER, CONSTANCE, 324 HARTVIEW CIR, ANDERSON, SC 29624

10925   LUPES, MELISA, RT. 2, BOX 223, WILNER, GA 30257

10924   LUPIA ELECTRIC SUPPLY, 1010 FRANKLIN STREET, OGDENSBURG, NY 13669-0689

10925   LUPO, LILLIAN, 10D KINGSWAY RD., ASHEBORO, NC 27203

10925   LUPO, PATRICIA, 3906 WOODTHAUSH RD, AKRON, OH 44333

10925   LUPO, PAULINE, 421 FLAMINGO WAY, BOILING SPRINGS, SC 29316

10925   LUPO, PAULINE, 421 FLAMINGO WAY, BOILNG SPRNGS, SC 29316

10925   LUPOLI, NICOLA, 210 SHORE DR, WINTHROP, MA 02152

10925   LUPTON, CHERYL, 1304 N.E. 84TH, KANSAS CITY, MO 64155

10925   LUPTON, SANDRA, RT. 1 BOX 435, INTERLACHEN, FL 32148

10925   LUQUETTE, MARY JO, 5309 PATRICK HENRY, BELLAIRE, TX 77401

10925   LURA JEAN EVANS, 8700 FORD, RAYTOWN, MO 64138-4409

10925   LURANTOS, MARIA, 315 RANTOUL ST, BEVERLY, MA 01915

10925   LURENE FISHER MILTON TR UA, SEP 17 91 MILTON FAMILY TRUST, 967 SAN ADRIANO CT, SAN LUIS OBISPO, CA 93405-4723

10925   LURIE, ERIKA, 295 CONCORD AVE, UNION, NJ 07083

10925   LURNGVIRUJANAKUL, RUNGTIVA, 6847 CUCAMONGA ST, RIVERSIDE, CA 92505

10924   LUROSA-GHIANNI/ADVANTA, RANCHO BERNARDO, CA 92128

10925   LUSAKIOVO, DIABANZA, 373 SOUTH HOOVER ST, LOS ANGELES, CA 90020

10925   LUSCHER, LYNN D, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   LUSCHER, LYNN, 10156 BERGEN COURT, BOCA RATON, FL 33428

10925   LUSCZEK, JOHN, 7222 ALICETON AVE, ST LOUIS, MO 63123-3018

10925   LUSE COMPANIES THE, 2050 N 15TH AVE, MELROSE, IL 60160-1481

10925   LUSE, PAULEAN, 2520 NORTH 50TH ST, MILWAUKEE, WI 53210

10925   LUSH, DONNA, 6502 OAK RIDGE DRIVE, DANVILLE, IN 46122

10925   LUSH, RUSSELL, 6502 OAK RIDGE DRIVE, DANVILLE, IN 46122

10925   LUSINGER, BETTY, 10007 SULPHUR SPRING, PINE BLUFF, AR 71603

10925   LUSINS, SHELIA, 1603 S EUGENE, BATON ROUGE, LA 70808

10924   LUSK ACOUSTICAL & SUPPLY CO., INC., CAMBRIDGE, MA 02140

10924   LUSK ACOUSTICAL CO, PO BOX 18292, MEMPHIS, TN 38118

10925   LUSK, DONNIE, 100 TURTLE CRK DR H85, GREENVILLE, SC 29615

10925   LUSK, J, 305 AMETHYST WAY, SENECA, SC 29672

10925   LUSK, JAMES, 781 FOX TROTT LANE, MORRISTOWN, TN 37814

10925   LUSK, PATRICIA, RT. 1, BOX 47, SCOTTSBORO, AL 35768

10925   LUSK, TERESSA, 4504 B COOLRIDGE CT, RALEIGH, NC 27604

10925   LUSKAC, SHERRI, 403 ELMO, LA MARQUE, TX 77568

10924   LUSKINS, THE, 7125 COLUMBIA GATEWAY DRIVE, COLUMBIA, MD 21046

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LUSSIER, ROGER J, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   LUSSIER, ROGER, 4018 JAY EM CIRCLE, ELLICOTT CITY, MD 21042

10925   LUSSIER, ROGER, 7500 GRACE DR., COLUMBIA, MD 21044

10925   LUSSON, ANN C, CUST FOR MARY ANN LUSSON, UNIF GIFTS MIN ACT-IND, C/O MRS H GRIFFIN, 3006 NORTHMOOR TRAIL, LONG BEACH, IN 46360-1720

10925   LUST, CARL, 2678 CAREY RD, BLOOMVILLE, OH 44818-9338

10925   LUSTAN, MINA, 1026 BRODERICK DR, OXON HILL, MD 20745

10924   LUSTER PRODUCTS, 1104 W. 43RD. STREET, CHICAGO, IL 60609

10925   LUSTER, STANLEY, 905 EAST 83RD, KANSAS CITY, MO 64134

10925   LUSTFELDT, MICHAEL, 113 E JEFFERSON, WATSEKA, IL 60970

10925   LUSTHOFF, M, 1210 SE BEL AIRE RD., ANKEY, IA 50021

10925   LUSTRO COMPANY, THE, 135 S LASALLE ST DEPT 2814, CHICAGO, IL 60674-2814

10925   LUSTY, DIANA, 14 MEADOW LANE, GREENVILLE, SC 29615

10925   LUSTY, MAXWELL, 22 COLLINS CREEK ROAD, GREENVILLE, SC 29607

10925   LUSZKO, GIANNA, 1161 WASHINGTON APT A, DENVER, CO 80203

10925   LUTAS, SAM, 15 ALBANY, IRVINE, CA 92714

10925   LUTES, JOAN CLAIRE, 9624 EAGLE VALLEY DRIVE, LAS VEGAS, NV 89134

10925   LUTHER ANDERSON CLEARY, 99 WALNUT ST, CHATTANOOGA, TN 37403

10924   LUTHER COLLEGE, 700 COLLEGE DRIVE, DECORAH, IA 52101-1045

10924   LUTHER CONSTRUCTION COMPANY, 4608 MCLEOD ROAD NE, ALBUQUERQUE, NM 87109

10924   LUTHER CONSTRUCTION COMPANY, PO BOX25523, ALBUQUERQUE, NM 87125

10924   LUTHER MEDICAL CENTER, 1221 WHIPPLE ST., EAU CLAIRE, WI 54701

10925   LUTHER WILSON, 169 DANIEL LOW TERRACE, STATEN ISLAND, NY 10301-2338

10925   LUTHER, AARON M., 2124 GREENHEATH DR, FLORISSANT, MO 63033

10925   LUTHER, CARL, 9672 ADELINE AV, GARDEN GROVE, CA 92841

10925   LUTHER, EDWARD, 12112 KNIGHTS KROSSING, C107, ORLANDO, FL 32817

10925   LUTHER, JAMES, 50 SUNNYSIDE AVE, READING, MA 01867

10925   LUTHER, KAREN, 4111 FIRESIDE CIRCLE, IRVINE, CA 92604

10925   LUTHER, KATHLEEN, 6714 WOODBROOKE RD, VICTOR, NY 14564

10924   LUTHERAN CARE MINISTRIES, 110 UTICA ROAD, CLINTON, NY 13323

10924   LUTHERAN HOSPITAL OFFICE BLDG #2, FORT WAYNE, IN 46804

10924   LUTHERAN SOCIAL SERVICES, 145 ALDREN AVENUE, JAMESTOWN, NY 14701

10925   LUTHRA, NARENDER, 58 DEER TRACK ROAD, SIMPSONVILLE, SC 29681

10925   LUTMAN, JOANN, 16585 BLANCO RD., SAN ANTONIO, TX 78232

10925   LUTOSTANSKI, TODD, 107 PARK RIDGE CIR., MARIETTA, GA 30068

10925   LUTRON S M INC, ROAD 909 KM 02, MARINANA INDUSTRIAL PARK, HUMACAO, PR 00792PUERTO RICO     *VIA Deutsche Post*

10925   LUTSKY, DONNA, 1907 WILLIAM & MARY COMMON, SOMERVILLE, NJ 08876

10925   LUTSKY, KELLY, 1119 GENESEE ST, TRENTON, NJ 08610

10925   LUTTENBERGER, JOHN, 1900 INTERNATIONAL ST, ORANGE, TX 77632

10925   LUTTRELL, J, 727 CALL ST., LANSING, MI 48906

10925   LUTTRELL, JAMES E, 727 CALL ST, LANSING, MI 48906

10925   LUTTRELL, PATRICIA, 1215 SULLIVAN LANE, 758, SPARKS, NV 89431

10925   LUTTRELL, PATRICIA, 1800 SULLIVAN LANE, 135, SPARKS, NV 89431-2848

10925   LUTZ, CHERYL, 44 DORSET COURT, MARLTON, NJ 08053

10925   LUTZ, CLARENCE, 3925 US 42 SOUTH, WAYNESVILLE, OH 45068

10925   LUTZ, ELIZABETH, 3202 ERSKINE DR, CHARLOTTE, NC 28215

10925   LUTZ, HARRY, 1930 SADDLE BROOK CIRCLE, WOOSTER, OH 44691

10925   LUTZ, JR, GILBERT, 4102 MIDDLEBURY CT, PASADENA, MD 21122

10925   LUTZ, LEO, 9 ELMWOOD TERRACE, SOMERVILLE, MA 02144

10925   LUTZ, NANCY, 109 CECIL AVE., NEW CASTLE, PA 16101

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LUTZ, PAUL, 820 W. FREY, STEPHENVILLE, TX 76401 | |
| 10925 | LUTZ, STANLEY, 6408 TREETOP CIRCLE, COLUMBIA, MD 21045 | |
| 10925 | LUTZKE, CHARLES, 3033 SANDIA DR, GREEN BAY, WI 54313 | |
| 10925 | LUTZOW, LORI, 1912 NORTH LANE, CUSTER, WI 54423 | |
| 10925 | LUUWAI, JESSICA, 2212 WILSON ST, HONOLULU, HI 96819 | |
| 10925 | LUUWAI, JOHN, 2212 WILSON ST, HONOLULU, HI 96819 | |
| 10925 | LUVISI, DANIEL, 4727 TIMUQUANA ROAD, JACKSONVILLE, FL 32210 | |
| 10925 | LUWA SERVICE, PO BOX 60074, CHARLOTTE, NC 28260 | |
| 10925 | LUWA SERVICE, PO BOX 601128, CHARLOTTE, NC 28260-1128 | |
| 10925 | LUXEMBURGER, PETER, 14 PALISADES RD, ATLANTA, GA 30309 | |
| 10924 | LUXOR HOTEL & CASINO, 3922 LAS VEGAS BLVD., LAS VEGAS, NV 89109 | |
| 10924 | LUXOR HOTEL, LAS VEGAS, NV 89101 | |
| 10925 | LUZ R YLAGAN, 221 W PUTNAM, PRINCETON, IL 61356-1669 | |
| 10925 | LUZ TURK, 430 PECAN DR, SOUTH HOUSTON, TX 77587 | |
| 10925 | LUZ, HERBERT, 130 LANG ROAD, RYE, NH 03870 | |
| 10925 | LUZ, RITA, 15 OLD MISHNOCK HWY, COVENTRY, RI 02816 | |
| 10925 | LUZ, VIRGINIA, 706 SUNFLOWER AVE, LANGHORNE, PA 19047 | |
| 10925 | LUZENAC AMERICA INC, POBOX 911615, DALLAS, TX 75391-1915 | |
| 10925 | LUZENAC AMERICA INC, POBOX 911915, DALLAS, TX 75391-1915 | |
| 10925 | LVI ENVIROMENTAL SER CORP, 470 OARK AVE SOUTH , 11TH FL, NEW YORK, NY 10016 | |
| 10924 | LVI ENVIRONMENTAL SERVICES GROUP, 470 PARK AVE. SOUTH, NEW YORK, NY 10016 | |
| 10924 | LVI ENVIRONMENTAL SERVICES INC., 12 OAK DRIVE, SHAWNEE, OK 74801 | |
| 10924 | LVI ENVIRONMENTAL SERVICES INC., 4838 NW 57TH LANE, CORAL SPRINGS, FL 33067 | |
| 10925 | LVI ENVIRONMENTAL SERVICES, INC, 621 WILDWOOD AVE., VILLA PARK, IL 60181 | |
| 10924 | LVI ENVIRONMENTAL SERVICES, INC., 247 HUYLER STREET, SOUTH HACKENSACK, NJ 07606 | |
| 10925 | LVI ENVIRONMENTAL, 4795 QUALITY CT, LAS VEGAS, NV 89103-5232 | |
| 10925 | LWD INC, HWY 1523, CALVERT CITY, KY | |
| 10924 | LXD INC., 7650 FIRST PLACE, CLEVELAND, OH 44146 | |
| 10925 | LY, ANN, 1 STEARNS RD, BEDFORD, MA 01730 | |
| 10925 | LY, SIV, 154 MAPLE ST, LEXINGTON, MA 02173 | |
| 10925 | LYAKHOVITSKAYA, GALINA F, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | LYALL, THOMAS, 22 HARTFORD ST, MEDFIELD, MA 02052-1412 | |
| 10925 | LYCAN, LOREN, 908 GWINNETT CIR, ARLINGTON, TX 76017-6478 | |
| 10925 | LYCANS, CAROL, 404 W CAMPBELL, LOUDONVILLE, OH 44842 | |
| 10925 | LYCANS, STEPHEN, 404 W. CAMPBELL ST., LOUDONVILLE, OH 44842 | |
| 10925 | LYCETT, SHANNON, 7318-305 CREEKWOOD QUORUM DR, CHARLOTTE, NC 28212 | |
| 10925 | LYCETT, SHANNON, 7318-305 CREEKWOOD, CHARLOTTE, NC 28212 | |
| 10925 | LYCKMAN, ALDEN, PO BOX 663, EDINBURG, TX 78540 | |
| 10924 | LYCON, INC., 1110 HARDING STREET - BOX 427, JANESVILLE, WI 53547 | |
| 10924 | LYCON, INC., 4122 SYCAMORE AVENUE, MADISON, WI 53714 | |
| 10924 | LYCON, INC., 8125 HIGHWAY 14 WEST, MIDDLETON, WI 53562 | |
| 10924 | LYCON, INC., THIS WAS SET-UP AS PYR BUT S/B SOLD, TO***, 4122 SYCAMORE AVENUYE, MADISON, WI 53714 | |
| 10925 | LYDA, JUANITA, PO BOX 1074, FOUNTAIN INN, SC 29644 | |
| 10925 | LYDA, ROY, PO BOX 104, CROSS ANCHOR, SC 29331 | |
| 10924 | LYDALL CO., CAMBRIDGE, MA 02140 | |
| 10924 | LYDALL COMPOSITE MATERIAL, ATT: GARY THEBIDEARE+, 230 INDUSTRIAL PARK, COVINGTON, TN 38019 | |
| 10924 | LYDALL COMPOSITE MATERIALS, 12 DAVIS ST., HOOSICK FALLS, NY 12090-0400 | |
| 10924 | LYDALL INC, TECHNICAL PAPERS DIV, ROCHESTER, NH 03867 | |
| 10924 | LYDALL MANNING NONWOVENS, 254 BEECH ST., ROCKLAND, MA 02370 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 LYDALL MANNING NONWOVENS, 68 GEORGE ST., GREEN ISLAND, NY 12183

10924 LYDALL MANNING NONWOVENS, PO BOX328, TROY, NY 12181

10924 LYDALL TECHNICAL PAPERS, CHESTNUT HILL RD., ROCHESTER, NH 03867

10925 LYDECKER, SHARON, 8730 RESERVOIR ST, RENO, NV 89506

10925 LYDEN, MAUREEN, 1 WYOMING TERR, MELROSE, MA 02176

10925 LYDIA DENLINGER &, 350 E MAIN ST, #2, SOMERVILLE, NJ 08876

10925 LYDIA H HOLSTEN, 6400 SMITHTOWN RD, EXCELSIOR, MN 55331-8211

10925 LYDIA S TUCKER, 10828 GLEN FOREST TRAIL, BRECKSVILLE, OH 44141-1605

10925 LYDON, JAMES, PO BOX 514, W BOXFORD, MA 01885

10925 LYDON, JOHN, 1146 GLENCOE AVE, PITTSBURGH, PA 15220

10925 LYELL, HOLLY, 4727 CIRCLE RD, MEMPHIS, TN 38127

10925 LYKENS, JENNIFER, 355 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139

10925 LYKES LINES LIMITED, BOX 930681, ATLANTA, GA 31193-0681

10925 LYKES LINES LIMITED, LLC, PO BOX 930681, ATLANTA, GA 31193-0681

10925 LYKO, ALICE, 28 VANRIPER AVE, ELMWOOD PARK, NJ 07407

10925 LYLE D KUPER, 407 LODGEWOOD TRAIL, GREER, SC 29651-6888

10925 LYLE E BRANAGAN, 65 POND ST, COHASSET, MA 02025-1917

10925 LYLE III, LEON, 348 STATION ST., 11, BRIDGEVILLE, PA 15017

10925 LYLE KUPER, HWY 221, ENOREE, SC 29335

10925 LYLE, JOHN, PO BOX 228, TROY, MT 59935

10925 LYLE, KAREN, 3616 TRAUTMAN ST, MUNHALL, PA 15120

10925 LYLE, KATHLEEN, 2086 KIMBERWICKE CR., AVIEDO, FL 32765

10925 LYLE, MARK, 2615 QUAKER DRIVE, TEXAS CITY, TX 77590

10925 LYLE, PHYLLIS, PO BOX 181, PROSPECT, VA 23960

10925 LYLE, TARA, 8700 MILLICENT WAY, SHREVEPORT, LA 71115

10925 LYLES JR., EUGENE, 3834 LYNDALE AVE, BALTIMORE, MD 21213

10925 LYLES ROOFING, 4220 THRUSTON DERMONT RD, OWENSBORO, KY 42303

10925 LYLES, JAMES, 2220 E. 79TH ST, CHICAGO, IL 60649

10925 LYLES, MICHAEL, 115 ASHFORD LANE, ROANOKE RAPIDS, NC 27870

10925 LYLES, PATRICIA, 120 LINDSEY DR, WICHITA FALLS, TX 76301

10925 LYLES, PATRICIA, 6571 HILMAR DRIVE, FORRESTVILLE, MD 20747

10925 LYMAN, JOANNE, C/O KEVIN S HANNON, THE HANNON LAW FIRM, 1775 SHERMAN ST #2000, DENVER, CO 80203

10925 LYMAN, JULIE, 4400 S. MEADOW CT., ELLICOTT CITY, MD 21043

10925 LYMAN, WILLIAM, 144 LAUREL RIDGE DR, ALPHARETTA, GA 30004

10925 LYN, KAREN, 15341 SW 152 COURT, MIAMI, FL 33187

10925 LYNCH JR, WM H, STAR ROUTE BOX 219, SOUTH PITTSBURG, TN 37380

10925 LYNCH MARTIN KROLL, 1368 HOW LANE, PO BOX 6022, NORTH BRUNSWICK, NJ 08902

10925 LYNCH MARTIN TRIAL LAWYERS, 180 TICES LANE, EAST BRUNSWICK, NJ 08816

10925 LYNCH, ANTHONY, PO BOX 8472, PISCATAWAY, NJ 08855

10925 LYNCH, BILLY, RT. 2 BOX 184C, OZARK, AR 72949

10925 LYNCH, BRIAN, 7 SHELDON ST, BURLINGTON, MA 01803

10925 LYNCH, BRIAN, 78 FLORENCE ST, BROCKTON, MA 02401

10925 LYNCH, DAVID, 638 CARROLLTON AVE, BALTIMORE, MD 21217

10925 LYNCH, ELIZABETH, 323 LEWIS AVE, WALNUT GROVE, MS 39189

10925 LYNCH, FORD, 104 FARMINGTON RD, GREENVILLE, SC 29605

10925 LYNCH, GENE T, 69 DAYTON ROAD, LAKE WORTH, FL 33467

10925 LYNCH, GENE, 69 DAYTON ROAD, LAKE WORTH, FL 33467

10925 LYNCH, HELEN, 646 CANYON ROAD, NOVATO, CA 94947

10925 LYNCH, HENRY, 1204 COTTON ST, WELDON, NC 27890

10925 LYNCH, JAMES, 1755 ELM ST, STRATFORD, CT 06497-7033

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | LYNCH, JAMES, 2976 SCHWARTZ ROAD, COLUMBUS, OH 43232 | |
| 10925 | LYNCH, JENNIFER, 2109 WOODLAWN AVE, VIRGINIA BEACH, VA 23455 | |
| 10925 | LYNCH, JENNIFER, 8503 L FALLS RUN RD, ELLICOTT CITY, MD 21043 | |
| 10925 | LYNCH, JERRY, PO BOX 944, GASTON, NC 27832 | |
| 10925 | LYNCH, JOE ANN, RT 2 BOX 16, HALIFAX, NC 27839 | |
| 10925 | LYNCH, JOHN, 11 CARTRON COURT, SLIGO, IRELAND | *VIA Deutsche Post* |
| 10925 | LYNCH, JOHN, 34 SLEEPY HOLLOW PARK, NEWMARKET, NH 03857-1928 | |
| 10925 | LYNCH, JOHN, 9433 LOCH LEVEN CT, LAUREL, MD 20723 | |
| 10925 | LYNCH, JOSEPH, 424 WELLMAN AVE, CHELMSFORD, MA 01863 | |
| 10925 | LYNCH, KATHLEEN, 31 HILLCROFT PK, MEDFORD, MA 02155 | |
| 10925 | LYNCH, KELLI, 1823 STADIUM DRIVE, WHARTON, TX 77488 | |
| 10925 | LYNCH, KEVIN, 926 MCALWAY RD, CHARLOTTE, NC 28211 | |
| 10925 | LYNCH, LOURDES, 6242 SEABORN ST, LAKEWOOD, CA 90713 | |
| 10925 | LYNCH, MARIE, 1408 MYRTLE AVE, CHESAPEAKE, VA 23325 | |
| 10925 | LYNCH, MARY, 53 RIVER ST, ARLINGTON, MA 02124 | |
| 10925 | LYNCH, REGINA, 1805 FOX RD, MEMPHIS, IN 47143-9998 | |
| 10925 | LYNCH, REGIS, 4 MERRIS AVE, MONTVILLE, NJ 07045 | |
| 10925 | LYNCH, RICHARD O, 1571 BREEZEWOOD LN NW, PALM BAY, FL 32907 | |
| 10925 | LYNCH, RITA, 5981 RIVER GROVE DR, SEBASTIAN, FL 32976 | |
| 10925 | LYNCH, ROBERT, 1964 S. 33RD ST, MILWAUKEE, WI 53215 | |
| 10925 | LYNCH, ROBERT, 3 CRICONES DR, TYNGSBORO, MA 01879 | |
| 10925 | LYNCH, ROY, PO BOX 117, FAIR LAWN, NJ 07410 | |
| 10925 | LYNCH, SANDRA, 2330-A SPRINGHOUSE LANE, MARTINEZ, GA 30907 | |
| 10925 | LYNCH, THOMAS, 5503 WAKEFIELD COVE, BARTLETT, TN 38134-3062 | |
| 10925 | LYNCH, VERNETTA, RT 1 BOX 393G, ROANOKE RAPIDS, NC 27870 | |
| 10925 | LYNCH, VIOLA, 7417 TAYLOR ST, HYATTSVILLE, MD 20784 | |
| 10925 | LYNCH, WANDA, 105 WANDA ANN LANE, INMAN, SC 29349-9442 | |
| 10925 | LYNCH, WILLIAM, 280 RAULSTON COVE RD, SOUTH PITTSBURG, TN 37380 | |
| 10925 | LYNCH, WILLIAM, 355 E PINE, PAXTON, IL 60957 | |
| 10925 | LYNCH-DAVIDSON MOTORS INC FORD TRUC, 724 HOGAN, JACKSONVILLE, FL 32202-4008 | |
| 10925 | LYNDA C LEO, 53 PARK PLACE, BLOOMFIELD, NJ 07003-3526 | |
| 10925 | LYNDA D PADRTA, 1113 1ST ST, NEPTUNE BEACH, FL 32266-6016 | |
| 10925 | LYNDA GARRETT, 765 AMSTERDAM AVE 6E, NEW YORK, NY 10025-5711 | |
| 10925 | LYNDA J BAUER, 110 BENNETTS BRIDGE RD, GREER, SC 29651-7034 | |
| 10925 | LYNDA L. WARD, 1023 BONNIE DOONE, CORONA DEL MAR, CA 92625 | |
| 10925 | LYNDELL VADEN &, VERNETHA VADEN JT TEN, 602 FILLMORE, WICHITA FALLS, TX 76301-4011 | |
| 10925 | LYNDE-ORDWAY COMPANY, INC, PO BOX 8709, FOUNTAIN VALLEY, CA 92728 | |
| 10925 | LYNDON G OSBORNE LIQUIDATING T, TRUST, OSWEGO LIQUIDATING CORP, 3500 FIRST NATIONAL TOWER, PORTLAND, OR 97201 | |
| 10925 | LYNER, SUSAN, 2109 TWO LAKES RD, TAMPA, FL 33604 | |
| 10925 | LYNFOOT, CLIFFORD, 7880 SARAHURST DR, DUBLIN, OH 43016 | |
| 10925 | LYNFOOT, TERESA, 1910 MURET, IRVING, TX 75062 | |
| 10925 | LYNFOOT, WAIN, 2613 WINDING HOLLOW LANE, PLANO, TX 75093 | |
| 10925 | LYNMARIE CULLATI, 592 MASSAPONG AVE, SHARON, MA 02067-3122 | |
| 10925 | LYNN A HOLLAND, 1986 78TH ST, BLAIRSTOWN, IA 52209-9529 | |
| 10925 | LYNN ANN HINTZ, BOX 344, WLMIRA, NY 14902-0344 | |
| 10924 | LYNN BELGARD, 13024 HIGHWAY 44, GONZALES, LA 70737 | |
| 10925 | LYNN C HUFFMAN AS CUSTODIAN FOR, JOHN DAVID HUFFMAN UNDER THE, NORTH CAROLINA UNIFORM TRANSFERS, TO MINORS ACT, 2852 OLD KANUGA RD, HENDERSONVILLE, NC 28739-6928 | |
| 10925 | LYNN C HUFFMAN AS CUSTODIAN FOR, LEIGH C HUFFMAN UNDER THE, NORTH CAROLINA UNIFORM TRANSFERS, TO MINORS ACT, 2852 OLD KANUGA RD, HENDERSONVILLE, NC 28739 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   LYNN C HUFFMAN AS CUSTODIAN FOR, SARA D HUFFMAN UNDER THE, NORTH CAROLINA UNIFORM TRANSFERS, TO MINORS ACT, 2852 OLD KANUGA RD, HENDERSONVILLE, NC 28739-6928

10925   LYNN CARTER BURKERT, 450 CREEK LANE, LENHARTSVILLE, PA 19534-9167

10925   LYNN COOPER, INC, 302 EAST MAIN ST., CLINTON, SC 29325

10925   LYNN E REDMON, 106 MONROE, MUSCATINE, IA 52761-5107

10925   LYNN F MIMS, 104 QUAIL RUN - MEADOWBROOK SUBDIV, LAURENS, SC 29360

10925   LYNN HASTINGS, 55 PAGE LANE, HAMPSTEAD, NH 03841-2159

10925   LYNN IDDINGS ROTTKAMP, 1113 SW 18TH ST, FT LAUDERDALE, FL 33315-1917

10925   LYNN INDUSTRIES INC., 524 ANDERSON DRIVE, ROMEOVILLE, IL 60446

10925   LYNN INDUSTRIES, INC, 2500 SOUTH 27TH, AVE, BROADVIEW, IL 60153

10924   LYNN MASONRY, 1500 LAFAYETTE ST., GREENVILLE, MI 48838

10925   LYNN PETTY DZEMA, 18 WINDING WOODS WAY, MANALAPAN, NJ 07726-3200

10925   LYNN SALTIEL, 17 CLUBWAY, HARTSDALE, NY 10530-3614

10925   LYNN STARR, 6051 WEST 65TH ST, BEDFORD PARK, IL 60638

10925   LYNN STODGHILL MELSHEIMER, 1717 MAIN ST, DALLAS, TX 75201

10925   LYNN UNIVERSITY, 3601 NORTH MILITARY TRAIL, BOCA RATON, FL 33431

10925   LYNN, AMY, 120 LAFAYETTE CT, COLLEGEVILLE, PA 19426

10925   LYNN, BILLIE, 53 PONDEROSA PINES TRAIL, CLOUDCROFT, NM 88317

10925   LYNN, DAVID, RT. 1, BOX 146, TRENTON, GA 30752

10925   LYNN, DAWN, 607 ROBERTS, RENO, NV 89502

10925   LYNN, DIANE, 21830 RIDGEWOOD DR., SPRING, TX 77388

10925   LYNN, DONALD, 5829 HWY 22, SELMA, AL 36701

10925   LYNN, GAIL, 1596 QUAKER LANE, PROSPECT HEIGHTS, IL 60070

10925   LYNN, GARY, 910 SUSSEX COURT, SPARTANBURG, SC 29301

10925   LYNN, JANE, 2403 HAVENWOOD DR, ARLINGTON, TX 76018

10925   LYNN, KEM, 3 GREENVILLE ST, PIEDMONT, SC 29673

10925   LYNN, LINDA, 6568 SPARTA, ODESSA, TX 79763

10925   LYNN, TODD, R. D. #2, BOX 423B, BERNVILLE, PA 19506

10925   LYNN, VICKIE, RD 2 BOX 423 B, BERNVILLE, PA 19506

10925   LYNNAE R LAKE, 2624 POMRANKY RD, MIDLAND, MI 48640-4148

10925   LYNNE A. ERIKSON, 35 NEWTOWN TPKE, WESTON, CT 06883

10925   LYNNE F. WOODHOUSE, 62 WHITTMORE AVE, CAMBRIDGE, MA 02140

10925   LYNNE M OSWALD, 122 W HARBOR DR, LAKE ZURICH, IL 60047-2903

10925   LYNNE M PRENDERGAST &, JAMES J PRENDERGAST JT TEN, 16720 SO DOBSON, SOUTH HOLLAND, IL 60473-3122

10925   LYNNE VALENTINE BYRNE, 1289 MADISON AVE, NEW YORK, NY 10128-0572

10925   LYNNE WOODHOUSE, 2 BLOOMFIELD ST, LEXINGTON, MA 02421-5608

10925   LYNNETTE MULLEN, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486

10925   LYNT CORP. N.V., HUTTON INGRAM ET AL - GEN COUNSEL, 530 FIFTH AVE., NEW YORK, NY 10036

10925   LYN-WILLIAMS, JOAN, 905 SANDHURST DR, PLANO, TX 75025

10924   LYNWOOD BUILDING MATERIALS, 1146 W LAUREL, SAN ANTONIO, TX 78201-1264

10924   LYNWOOD BUILDING MATERIALS, INC., PO BOX41FF, SAN ANTONIO, TX 78201

10924   LYNWOOD BUILDING SUPPLY(AM), 1146 WEST LAUREL, SAN ANTONIO, TX 78201

10924   LYNWOOD BUILDING SUPPLY(AM), P.O. BOX 41FF, SAN ANTONIO, TX 78201

10924   LYNWOOD BUILDING, P O BOX 41-FF, SAN ANTONIO, TX 78201

10925   LYNWOOD MACHINE & ENGINEERING, INC, PO BOX 179, EAST CHICAGO, IN 46312

10925   LYNWOOD MACHINE & ENGINEERING, PO BOX 88264 DEPT A, CHICAGO, IL 60680

10925   LYNWOOD T RARICK &, MIEKO RARICK TEN ENT, 251 E MARKET ST, ORWIGSBURG, PA 17961-1934

10924   LYNX SUPPLY, 109 FLINT ROAD, OAK RIDGE, TN 37830

10924   LYNX SUPPLY, CAMBRIDGE, MA 02140

10924   LYNX SUPPLY, INC., 103 "B" VALLEY CT., OAK RIDGE, TN 37830

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   LYON FRY CADDEN INSURANCE AGENCY, PO BOX 160927, MOBILE, AL 36616

10925   LYON, CHERI, 1315 SYCAMORE, CASPER, WY 82604

10925   LYON, EDWARD, 763 US HWY 14, OREGON, WI 53575

10925   LYON, NANETTE, 1626 BENTON COURT, SUNNYVALE, CA 94087

10924   LYONDELL CHEMICAL WORLDWIDE INC, 2502SHELDON ROAD, CHANNELVIEW, TX 77530

10924   LYONDELL CHEMICAL WORLDWIDE INC, INTERSTATE 10 WEST, LAKE CHARLES, LA 70602

10925   LYONDELL CHEMICAL, 2640 COLLECTION CENTER DR, CHICAGO, IL 60693

10924   LYONDELL-CITGO REFINING LP., 12000 LAWNDALE STREET, HOUSTON, TX 77012

10924   LYONDELL-CITGO REFINING LP., PO BOX 52, HOUSTON, TX 77001-0052

10924   LYONDELL-CITGO, 12000 LAWNDALE, HOUSTON, TX 77017

10924   LYONDELL-CITGO, PO BOX 52, HOUSTON, TX 77001

10925   LYONS 7980 VENTURE A PARTNERSHIP, PO BOX 85671, LAS VEGAS, NV 89185-0671

10924   LYONS BUSINESS & ECONOMIC BUILDING, ARKANSAS COLLEGE, BATESVILLE, AR 72501

10925   LYONS IRRIGATION, 11 BENTON RD, BELMONT, MA 02178

10925   LYONS SAFETY INC, MB UNIT #9400, MILWAUKEE, WI 53268

10925   LYONS SAFETY, BOX 78068, MILWAUKEE, WI 53278-0068

10925   LYONS SAFETY, BOX 9400, MILWAUKEE, WI 53268-9400

10925   LYONS, ALAN, 500 CITY ROAD 100, CRAIG, CO 81625

10925   LYONS, BARBARA, 4336 MAYBERRY ST, SAN DIEGO, CA 92113

10925   LYONS, BILLY, 303 BEGLIS PKWY, SULPHUR, LA 70663

10925   LYONS, BRIAN R, 159 MAIN ST UNIT 46C, STONEHAM, MA 02180

10925   LYONS, CHARLIE, 148 ROGERS DR, LAURENS, SC 29360

10925   LYONS, CLINTON, ROUTE 25, BOX 1131, FT. WORTH, TX 76135

10925   LYONS, CORDELL, 403 LINDA ANN ST., GRAY, LA 70359

10925   LYONS, DALE, BOX 133 JUDITH ST., CHAUVIN, LA 70344

10925   LYONS, DARRYL, 1523 22ND ST NW APT 209, WASHINGTON, DC 20001

10925   LYONS, DAVID, 1409 ALASKA AVE, ALAMOGORDO, NM 88310

10925   LYONS, DEIDRE, ZERO KENISTON ROAD, LYNNFIELD, MA 01940

10925   LYONS, DIANE, 2417 FIRST ST, JEANERETTE, LA 70544

10925   LYONS, FAITH, 190 OLD YORK RD, RINGOES, NJ 08551

10925   LYONS, GARY, 523 STILLMEADOW, RICHARDSON, TX 75081

10925   LYONS, GEORGE, 2104 10TH ST S, ST. PETERSBURG, FL 33705

10925   LYONS, GERALD, 106 HEDGEWOOD TERRACE, GREER, SC 29650

10925   LYONS, HENRY C, 31 HIGH RIDGE RD, SKILLMAN, NJ 08558-2375

10925   LYONS, HENRY, 61 HIGH RIDGE ROAD, SKILLMAN, NJ 08558

10925   LYONS, I L, 6371 BERYL, ALTA LOMA, CA 91701-3304

10925   LYONS, III, WILLIAM, 118 SHORE DRIVE, NEW WINDSOR, NY 12553

10925   LYONS, JAMES, CUST FOR JAMES KELLY LYONS, UNIF GIFT MIN ACT ILL, 820A 114TH ST SW, EVERETT, WA 98204-5970

10925   LYONS, JEFFREY, 48 RICHARD CIRCLE, WOBURN, MA 01801

10925   LYONS, JOHN J, 571 BURROGHS RD, BOXBOROUGH, MA 01719

10925   LYONS, JOHN J, 571 BURROUGHS RD, BOXBOROUGH, MA 01719-1812

10925   LYONS, JOHN, 571 BURROUGHS RD, BOXBOROUGH, MA 01719

10925   LYONS, JOHN, 71 MEADOWBROOK DR, SOMERVILLE, NJ 08876

10925   LYONS, JOYCE, 102 WILLIAMS ST, GAINESVILLE, GA 30501

10925   LYONS, KEITH, 20 ADAIR ROAD, BRIGHTON, MA 02135

10925   LYONS, KEITH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   LYONS, LORRAINE, 191 BRADLEY AVE, NORTHVALE, NJ 07647

10925   LYONS, LOUISE A, 4323 CRITES, HOUSTON, TX 77003

10925   LYONS, LOUISE, 4100 VISTA #209, PASADENA, TX 77504

10925   LYONS, MARGARET, W10121 HOGAN RD, PORTAGE, WI 53901

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    LYONS, MARK, 1500 GENE SONNIER RD, VINTON, LA 70668

10925    LYONS, MARY ANN, 1500 GENE SONNIER RD., VINTON, LA 70668

10925    LYONS, MARY, 1500 GENE SONNIER RD, VINTON, LA 70668

10925    LYONS, MARY, 70-07 66TH ST, GLENDALE, NY 11385-6555

10925    LYONS, MICHAEL, 2405 RIVERRIDGE RD, MILLEDGEVILLE, GA 31061

10925    LYONS, PATRICK, 208 ELM ST, SPRING VALLEY, IL 61362

10925    LYONS, RICHARD, ZERO KENISTON ROAD, LYNNFIELD, MA 01940

10925    LYONS, ROBERT, RT 1 BOX 245A, MOUNTVILLE, SC 29370

10925    LYONS, RODNEY, 272 SCOTTY LANE, SINGER, LA 70660

10925    LYONS, SALLY, 2305 WASHINGTON DR, DOUGLASVILLE, GA 30135

10925    LYONS, SEDONIA, 3537 11TH ST., NW NE, WASHINGTON, DC 20010

10925    LYONS, SHIRLEY, 8 HARMONY ST, ADAMS, MA 01220

10925    LYONS, SUSAN, 5364 OLDSTONE COURT, COLUMBIA, MD 21045

10925    LYONS, THOMAS, 519 SYLVIEW DRIVE, PASADENA, MD 21122

10925    LYONS, WILLIAM, 8003 HWY 308, LOCKPORT, LA 70374

10925    LYONS-MICHAUD, SALLY, APT C-12, ATLANTA, GA 30318

10924    LYRIC THEATER, 43RD ST BTWN 7TH & 8TH AVENUE, NEW YORK, NY 10001

10925    LYSIAS INC, 200 RITTENHOUSE CIRCLE, SUITE 3E, BRISTOL, PA 19007

10925    LYSTON, GREGORY, PO BOX 1265, COCKEYSVILLE, MD 21030

10925    LYTAL, MICHELLE, 429 S LAKE ST, NEENAH, WI 54956

10925    LYTLE, DAVID, RT 1 BOX 518, MATHIS, TX 78368

10925    LYTTLE, JERRY, 1140 N. WALCOTT, CASPER, WY 82601

10925    LYTTON, DONALD, 4805 CHERYL CT., PACE, FL 32571

10925    LYUDMILA VEYSMAN, 19 HIGHLAND RD, OAK RIDGE, NJ 07438-9542

10925    L-Z TRUCK EQUIPMENT CO INC, 1881 NORTH RICE ST, SAINT PAUL, MN 55113

10925    M & A TAX REPORT, THE, POBOX 3000, DENVILLE, NJ 07834-3000

10924    M & E PAINTING, RD #1, CLEARFIELD, PA 16830

10925    M & H AUTOMOTIVE INC, 1601 W COPANS ROAD, POMPANO BEACH, FL 33064

10925    M & H ENGINEERING CO, 183 NEWBURY ST, DANVERS, MA 01923

10925    M & J SOLVENTS INTERIM PRP GROUP, 191 PEACHTREE ST, ATLANTA, GA 30303

10925    M & K CHEMICAL ENGINEERING CONSULTA, 241 MARQUETTE ST, LASALLE, IL 61303

10925    M & L INDUSTRIES INC, PO BOX 95095, NEW ORLEANS, LA 70195

10925    M & M CHEMICAL AND EQUIPMENT CO INC, POBOX 75928, CHARLOTTE, NC 28275-0928

10924    M & M READY MIX CONCRETE, 15457 HWY 52, FORT LUPTON, CO 80621

10924    M & M READY MIX CONCRETE, ATTN:  ACCOUNTS PAYABLE, GREELEY, CO 80632

10924    M & M READY MIX CONCRETE, ATTN:  ACCOUNTS PAYBLE, GREELEY, CO 80632

10924    M & M READY MIX INC, HWY 62-65 BYPASS, HARRISON, AR 72601

10924    M & M READY MIX INC, PO BOX818, HARRISON, AR 72602

10924    M & M READY MIX, 15457 HWY 52, FORT LUPTON, CO 80621

10924    M & M READY MIX, HWY 62-65 BY PASS, HARRISON, AR 72601

10924    M & M READY MIX, INDUSTRIAL PARK ROAD, HARRISON, AR 72601

10925    M & O INSULATION CO, PO BOX 759, HOMEWOOD, IL 60430-0759

10925    M & O INSULATION CO., 17217 ASHLAND / EAST, HAZEL CREST, IL 60429

10925    M & P MFG, INC, 11125 INTERSTATE 10, ORANGE, TX 77630

10925    M & R BALANCE SERVICE INC, 3614 NORTH ORIOLE AVE, CHICAGO, IL 60634

10924    M & R EQUIPMENT, 145 WEILER RD, ARLINGTON HEIGHTS, IL 60005

10924    M & R EUROPEAN, 48-16 70TH STREET, WOODSIDE, NY 11377

10924    M & T CHEMICAL, GATE 5 BLDG. #11, RAHWAY, NJ 07065

10924    M & T CHEMICAL, PO BOX 1104, RAHWAY, NJ 07065

10925    M & T STORAGE INC., 348 SHAW ROAD, SOUTH SAN FRANCISCO, CA 94080

10924    M & W CONCRETE, 1219 STANLEY AVE, EVANSVILLE, IN 47724

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   M & W CONCRETE, P O BOX 4817, EVANSVILLE, IN 47724

10924   M & W CONCRETE, PO BOX 4817, EVANSVILLE, IN 47724

10924   M & W PLASTERING, 4311 E. WHITTON, PHOENIX, AZ 85018

10924   M & W, 3003 N. CENTRAL, PHOENIX, AZ 85001

10924   M A BRUDER & SONSS, 720 CENTRAL FLORIDA PARKWAY, ORLANDO, FL 32824

10924   M A HANNA RUBBER COMPOUNDING, 150 S. CONNELL AVENUE, DYERSBURG, TN 38024

10924   M A HANNA RUBBER COMPOUNDING, 34208 AURORA ROAD, SOLON, OH 44139

10925   M A HANNA, 4937 MILLS INDUSTRIAL PKY, NORTH RIDGEVILLE, OH 44039

10924   M A INDUSTRIES, PO BOX 2322, PEACHTREE CITY, GA 30269

10925   M A MILLS PC, 5847 SAN FELIPE SUITE 1700, HOUSTON, TX 77057

10925   M A WALKER &, ANGELA E WALKER JT TEN, 291 PROSPECT DR, ROCHESTER HILLS, MI 48307-3854

10925   M AND F CASE INTERNATIONAL, PO BOX 41329, PROVIDENCE, RI 02940

10925   M AND N TRUCK LINE INC., 450 LANCASTER ST, OAKLAND, CA 94601-2827

10925   M ARTHUR AUSLANDER, 505 EIGHT AVE, NEW YORK, NY 10018-6505

10924   M B KAHN, 2027 SUNSET BLVD., WEST COLUMBIA, SC 29169

10924   M B M CONTRACTING INC, 338 EAST 9TH AVE, HOMESTEAD, PA 15180

10925   M B T A PASS PROGRAM - TRANSIT, PO BOX 6034, BOSTON, MA 02212-6034

10925   M BENTINCK SMITH & J S MICALLEF, TR UA AUG 23 94, MICHAEL BENTINCK SMITH TRUST, 332 MINNESOTA ST SUITE 2100, ST PAUL, MN 55101-1314

10925   M C COOPER, 2601 COMMERCE BLVD, IRONDALE, AL 35210

10925   M C JEWELL CO, 314 WALNUT ST, NEWTONVILLE, MA 02160

10925   M C SCHROEDER CO INC, 8810 BELHAVEN BLVD, CHARLOTTE, NC 28214

10925   M C TANK TRANSPORT, INC, 10134 MOSTELLER LANE, WEST CHESTER, OH 45069

10925   M D TECHNOLOGY INC, 3017 CYPRESS CREEK DRIVE, PONTE VEDRA BEACH, FL 32082

10925   M DAVID COHEN MD, 900 HYDE ST #505, SAN FRANCISCO, CA 94109

10925   M DAVIS & SONS, INC, 200 HADCO RD., WILMINGTON, DE 19804-1000

10925   M EVELYN BOWMAN, 10408 S ALLEN DR, OKLAHOMA CITY, OK 73139-5527

10925   M F CACHAT COMPANY, THE, PO BOX 71235, CLEVELAND, OH 44191

10925   M GEORGE STERMAN &, LEONARD B STERMAN JT TEN, 77 15 251ST ST, BELLEROSE, NY 11426-2605

10925   M HADLEY JORDAN &, NANCY G JORDAN JT TEN, BOX 67, ORRINGTON, ME 04474-0067

10924   M I C INDUSTRIES, 134 SILVER DRIVE, ELTON, PA 15934

10925   M I T LINCOLN LABS, 244 WOOD ST, LEXINGTON, MA 02173

10924   M J C CORP, 5718 COLUMBIA PK RD, CHEVERLY, MD 20785

10924   M J DIBIASE, 3725 S INDUSTRIAL ROAD, LAS VEGAS, NV 89109

10925   M J DIBIASE/SIMMONS, 3725 SO INDUSTRIAL ROAD, LAS VEGAS, NV 89109

10924   M J PIROLLI & SONS INC, 56 IRVING ST, WATERTOWN, MA 02172

10925   M J PIROLLI & SONS INC, POBOX 223, WATERTOWN, MA 02172

10924   M J PIROLLI & SONS, 56 IRVING ST., WATERTOWN, MA 02172

10924   M J PIROLLI & SONS, P O BOX 223, WATERTOWN, MA 02172

10925   M JEANNE TRIPOLI, PO BOX 1610, REDLANDS, CA 92373-0481

10925   M K CHANG, 335 HAHANI ST BOX 1604, KAILUA, HI 96734-2802

10925   M KATHLEEN DELEHANTY, 186 MERCER ST, TRENTON, NJ 08611-1724

10925   M KATHLEEN FINN, 41 PELICAN DR, WALPOLE, MA 02081-4363

10925   M L AGENT COMPTABLE DU BUDGET, 48 RUE CAMILLE DESMOULINS, ISSY LES MOULINEAUX CEDEX 1, 92452FRANCE     *VIA Deutsche Post*

10925   M L CATES JR TR UA JAN 18 84, DUPRE CATES COCHRAN, BOX 5628, SPARTANBURG, SC 29304-5628

10925   M L CATES JR TR UA JAN 18 84, ELISABETH QUARLES CATES, BOX 5628, SPARTANBURG, SC 29304-5628

10925   M L CATES JR TR UA JAN 18 84, KATHLEEN MACFARLANE CATES, BOX 5628, SPARTANBURG, SC 29304-5628

10925   M L CATES JR TR UA JAN 18 84, MARY LAFFERTY CATES, BOX 5628, SPARTANBURG, SC 29304-5628

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   M L SAULS, C/O VIRGINIA R SAULS EXEC, 602 PICKWOOD DR, MANNING, SC 29102-2221

10925   M LASDEN INC, 641 WASHINGTON ST, CANTON, MA 02021-0057

10925   M LEE SMITH PUBLISHERS & PRINTERS, 162 FOURTH AVE NORTH, NASHVILLE, TN 37219-8867

10925   M LEE SMITH PUBLISHERS LLC, 5201 VIRGINIA WAY, BRENTWOOD, TN 37024-5094

10925   M LEE SMITH PUBLISHERS, PO BOX 198867, NASHVILLE, TN 37219-9986

10925   M LESLIE KITE & ASSOC, PC, ONE NORTH FRANKLIN - SUITE 650, CHICAGO, IL 60606-3420

10925   M LESLIE KITE & ASSOCIATES, PC, ONE NORTH FRANKLIN, CHICAGO, IL 60606-3420

10925   M M OBRADOVIC, 19 DEER PATH #5, MAYNARD, MA 01754

10925   M M OBRADOVIC, 6401 POPLAR AVE SUITE 301, MEMPHIS, TN 38119

10925   M MARKETING ASSOCIATES, POBOX 101301, IRONDALE, AL 35210

10924   M P BAKER ELECTRIC INC, 315 FARABEE DR, LAFAYETTE, IN 47905

10924   M P G BUILDERS, 9108 FLOWER AVE, SILVER SPRING, MD 20901

10925   M P I PRINTING CENTER, 3350 N W BOCA RATON BLVD, BOCA RATON, FL 33431

10925   M P KENES, INC, 15638 SOUTH 70TH COURT, ORLAND PARK, IL 60462

10925   M PATRICIA KEOGH, 330 E 52ND ST, NEW YORK, NY 10022-6718

10925   M PATRICIA KOWALSKI &, STEPHEN KOWALSKI JT TEN, 3900 UNIVERSITY DR STE 320, FAIRFAX, VA 22030-2513

10925   M R RESOURCES INC, POBOX 880, GARDNER, MA 01440

10925   M S C INDUSTRIAL SUPPLY CO, PO BOX 9101, PLAINVIEW, NY 11803-9001

10925   M S CARRIERS, PO BOX 840532, DALLAS, TX 75284-0532

10925   M S CHETAN, 1001 WESTFORD ST 29, LOWELL, MA 01851-2743

10925   M SOLBERG ENTERPRISES CORP, PO BOX 577, WINCHESTER, MA 01890

10924   M V TECHNOLOGIES INC., ATTN ACCTG, 2855 W. MARKET STREET, AKRON, OH 44333

10924   M V TECHNOLOGIES INC., ATTN PURCHASING, 2855 W. MARKET STREET, AKRON, OH 44333

10925   M W HOTT, INC, 10600 MILLINGTON CT., CINCINNATI, OH 45242

10925   M WHITEHOUSE, 61 BRENTWOOD ST, MALDEN, MA 02148-4737

10925   M WILLIAM HURLBUTT &, ALICE M HURLBUTT JT TEN, 101 RIVERSHIRE LANE, LINCOLNSHIRE, IL 60069-3804

10925   M&C TRUCKING CO., 400 KECK ST., SEWARD, PA 15954

10924   M&D CONSTRUCTION, 601 W. LEOTA ST., NORTH PLATTE, NE 69103

10925   M&F CASE INTERNATIONAL INC, POBOX 41329, PROVIDENCE, RI 02940

10925   M&I BANK OF MAYVILLE, 209 HORICHON ST, MAYVILLE, WI 53050

10925   M&I ELECTRIC, 1315 RUTH ST, SULPHUR, LA 70663

10925   M&I TR, IRA, FBO COLEMAN LUCKETT JR, 02 02 01, 5253 N 44TH ST, MILWAUKEE, WI 53218-3414

10925   M&L INDUSTRIES, INC, PO BOX 95095, NEW ORLEANS, LA 70195

10924   M&M CONCRETE PRODUCTS, 214 INDUSTRIAL PARK RD., HARRISON, AR 72601

10924   M&M CONCRETE PRODUCTS, P.O. BOX 818, HARRISON, AR 72601

10925   M&M CONTROL SERVICE, INC, 24418 OLD MONAVILLE ROAD, LAKE VILLA, IL 60046

10925   M&M CONTROLS SERVICE, PO BOX 250, GRAYSLAKE, IL 60030

10925   M&M CONTROLS, INC, 9E W. AYLESBURY RD., TIMONIUM, MD 21093

10924   M&M DISTRIBUTORS, PO BOX 2755, CLEVELAND, TN 37320

10925   M&M INDUSTRIES, INC, 316 CORPORATE PLACE, CHATTANOOGA, TN 37419

10924   M&M POOL DISTRIBUTORS, 1789 HARRIS CREEK RD., CLEVELAND, TN 37320

10924   M&M POOL DISTRIBUTORS, 1789 HARRIS CREEK ROAD, CLEVELAND, TN 37320

10924   M&M SEPTIC TANK CO INC, 41 PADANARAM RD, DANBURY, CT 06810

10924   M&M SEPTIC TANK CO., INC., 41 PADANADAM RD., DANBURY, CT 06810

10924   M&M SEPTIC TANK CO., INC., 41 PADANARAM RD., DANBURY, CT 06810

10925   M&P SEALING CO., 11125 IH-10 EAST, ORANGE, TX 77630

10924   M&W PHOENIX CORP CENTER, PHOENIX, AZ 85000

10924   M. A. HANNA COMPANY, 200 PUBLIC SQUARE SUITE 36-5000, CLEVELAND, OH 44114

10924   M. BUILDERS, 448 SIDNEY BAKER SOUTH, KERRVILLE, TX 78028

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | M. BUILDERS/USE 575740, 448 SIDNEY BAKER SOUTH, KERRVILLE, TX 78028 | |
| 10925 | M. D. MARDALL INC., 3732 BLACKBERRY LANE, ELLICOTT CITY, MD 21042 | |
| 10924 | M. F. REITER, CUSTOMER PICK-UP, AMERY, WI 54001 | |
| 10924 | M. J. DEAN CONTRUCTION, CAMBRIDGE, MA 02140 | |
| 10924 | M. LASDEN, INC., 641 WASHINGTON ST, CANTON, MA 02021 | |
| 10925 | M. LEE SMITH PUBLISHERS LLC, PO BOX 5094, BRENTWOOD, TN 37024-5094 | |
| 10925 | M. ROBT. QUELER ET AL., 45 BRAINTREE HILL OFC. PK #107, BRAINTREE, MA 02184 | |
| 10924 | M.A. BRU. & SONS, INC., PO BOX 600, BROOMALL, PA 19008 | |
| 10924 | M.A. BRUDER & SONS, 600 REED RD, BROOMALL, PA 19008 | |
| 10924 | M.A. BRUDER & SONS, INC., 720 CENTRAL FLORIDA PKWY, ORLANDO, FL 32824 | |
| 10924 | M.A. BRUDER & SONS, INC., PLANT, 52ND & GRAYS AVENUE, PHILADELPHIA, PA 19143 | |
| 10924 | M.A. BRUDER & SONS, INC., PO BOX 600, BROOMALL, PA 19008 | |
| 10924 | M.A. BRUDER, 52ND AND GRAYS, PHILADELPHIA, PA 19143 | |
| 10924 | M.A. EAST, INC., 101 FRICTION DRIVE, CARTERSVILLE, GA 30120 | |
| 10924 | M.A. HANNA COLOR, 2513 HIGHLAND AVENUE, BETHLEHEM, PA 18017 | |
| 10925 | M.A. HANNA RESIN DISTRIBUTION, ONE SCULLEY ROAD, AYER, MA 01430 | |
| 10925 | M.A. INDUSTRIES, LOCK BOX #101283, ATLANTA, GA 30391 | |
| 10924 | M.A.BRUDER & SON HEADQUARTER NODE*, COLUMBIA, MD 21044 | |
| 10925 | M.B. THOMAS, 5603 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10924 | M.B.GURAN, PO BOX 9340, AKRON, OH 44305 | |
| 10924 | M.C. NOTTINGHAM CO., 1415 EAST 9TH ST, POMONA, CA 91766 | |
| 10924 | M.C. NOTTINGHAM, 1415 E. 9TH ST., POMONA, CA 91766 | |
| 10925 | M.C. SHROEDER, 8810 BELLHAVEN BLVD, CHARLOTTE, NC 28214 | |
| 10925 | M.C. TANK TRANSPORT INC., 10134 MOSTELLER LN., WEST CHESTER, OH 45069 | |
| 10924 | M.C.C. INC, 1911 W. WISCONSIN AVENUE, APPLETON, WI 54914 | |
| 10924 | M.C.C. INC., 1911 W. WISCONSIN, APPLETON, WI 54914 | |
| 10924 | M.C.C. INC., 1911 WISCONSIN AVENUE, APPLETON, WI 54914 | |
| 10924 | M.C.C., INC, 708 WEST MILL STREET, SAN BERNARDINO, CA 92410 | |
| 10924 | M.C.I., 11264 ALLEN RD., EAST CONCORD, NY 14055 | |
| 10924 | M.D.I., 2300 TRAVERWOOD ROAD, ANN ARBOR, MI 48105 | |
| 10925 | M.E. CHARNEY ELECTRICAL, 806 A BARKWOOD COURT, LINTHICUM, MD 21090 | |
| 10925 | M.E. DEY & CO, PO BOX 37165, MILWAUKEE, WI 53237 | |
| 10925 | M.E.BAKER, 25 WHEELER ST, CAMBRIDGE, MA 02138 | |
| 10925 | M.E.R.G. DELIVERY, 1133 REGINA DR., BALTIMORE, MD 21227 | |
| 10924 | M.F. REITER, CUSTOMER PICK-UP, AMERY, WI 54001 | |
| 10925 | M.F.P. MICHELIN, PLACE DES CARMES-DECHAUX9, CLERMONT-FD CEDEX 9, 63040FRANCE | *VIA Deutsche Post* |
| 10925 | M.H. DETRICK COMPANY, 2000 DAY HILL RD., WINDSOR, CT 06095-1565 | |
| 10924 | M.I. HOME PRODUCTS, PO BOX 339, VAN ALSTYNE, TX 75095 | |
| 10924 | M.I.C. INDUSTRIES INC, 11911 FREEDOM DRIVE, RESTON, VA 20190 | |
| 10924 | M.I.HOME PRODUCTS, FARM RD. RT # 3133 S.E., VAN ALSTYNE, TX 00000-0000 | |
| 10925 | M.J. CARPENTER, 2118 SPENCER LN., FINKSBURG, MD 21048 | |
| 10924 | M.J. DEAN/LUXOR HOTEL, C/O COYOTE BUILDING MATERIALS, LAS VEGAS, NV 89109 | |
| 10924 | M.J. DEAN/PROJECT Y, N & L WHOLESALE, CORNER OF RUSSEL RD & LAS VEGAS BLV, LAS VEGAS, NV 89118 | |
| 10924 | M.J. DEAN/RIVIERA CONVENTION CENTER, RIVIERA DR. & LAS VEGAS BLVD., LAS VEGAS, NV 89118 | |
| 10924 | M.J. DI BAISE, ARIZONA CHARLES, PHOENIX, AZ 85019 | |
| 10924 | M.J. DI BAISE, BOULDER STATION, BOULDER CITY, NV 89005 | |
| 10924 | M.J. DIBASE/CAESARS, C/O CAL-PLY LAS VEGAS, LAS VEGAS, NV 89101 | |
| 10924 | M.J. DIBIASE, ATTN: JOHN PITTS, LAS VEGAS, NV 89109 | |
| 10924 | M.J. REDDEN BUILDER SUPPLY, 839 ROBINSON HIGHWAY, MCDONALD, PA 15057 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | M.J.DEAN CONSTRUCTION, 5541 SO CAMERON, LAS VEGAS, NV 89118 | |
| 10925 | M.J.J. INC., 3021 S.W. 117 AVE, DAVIE, FL 33330 | |
| 10924 | M.K. MORSE CO., 1101 11TH ST. SOUTHEAST, CANTON, OH 44707 | |
| 10925 | M.L. STORY & ASSOCIATES, PO BOX 47546, INDIANAPOLIS, IN 46247-0546 | |
| 10925 | M.P. WILKINS SUPPLY CO. INC., 3110 FRENCHMENS ROAD, TOLEDO, OH 43635-2918 | |
| 10925 | M.S. CARRIERS, PO BOX 30788, MEMPHIS, TN 38130-0788 | |
| 10925 | M.S. MANAGEMENT ASSOCIATES INC., GEN COUNSEL, PO BOX 7033, INDIANAPOLIS, IN 46207 | |
| 10925 | M.S.B. PROPERTIES, GEN COUNSEL, 600 JOHN ST, SEATTLE, WA 98109 | |
| 10924 | M.S.I., 800 N. SHORELINE 1100 SOUTH TOWER, CORPUS CHRISTI, TX 78401 | |
| 10925 | M.W. KELLOGG CORPORATION, 16200 PARK ROW, HOUSTON, TX 77084-5108 | |
| 10925 | M/A COM INC, PO BOX 3295, LOWELL, MA 01853 | |
| 10925 | M/ACOM, ANTENNA & MICROWAVE, HAVERHILL ROAD, AMESBURY, MA 01913 | |
| 10925 | M/C LEASING, PO BOX 1213, NEWARK, NJ 07101-1213 | |
| 10925 | M/G ELECTRIC CO, POBOX 521950, MIAMI, FL 33152-1950 | |
| 10925 | M3 LEARNING, 15425 LOG GATOS BLVD., LOS GATOS, CA 95032 | |
| 10925 | MA BELL, 217 LOMBARD ST, SAINT LOUIS, MO 63102-1626 | |
| 10925 | MA BONGIOVANNI, INC, PO BOX 147 COLVIN STATION, SYRACUSE, NY 13205 | |
| 10925 | MA DEP, PO3584, BOSTON, MA 02241-3584 | |
| 10924 | MA HANNA COMPANY, 6521 DAVIS INDUSTRIAL PARKWAY, SOLON, OH 44139 | |
| 10924 | MA INDUSTRIES, 303 DIVIDEND DRIVE, PEACHTREE CITY, GA 30269 | |
| 10924 | MA INDUSTRIES, PO BOX 2322, PEACHTREE CITY, GA 30269 | |
| 10925 | MA OLSON, INC, 414 OLD BOSTON RD., TOPSFIELD, MA 01983 | |
| 10925 | MA, LOUISA, 1824 S 3RD ST, ALHAMBRA, CA 91803 | |
| 10925 | MA, PATRICIA, 41 MORTON ST, WEST ROXBURY, MA 02130 | |
| 10925 | MA, YUN-CHING, 300 PAT MELL ROAD, 36-D, MARIETTA, GA 30060 | |
| 10925 | M/A-COM, 1011 PAWTUCKET BLVD, LOWELL, MA 01853-3333 | |
| 10925 | MAACK BUSINESS SERVICES, MOOSACHERSTRASSE 14, ZURICH, CH-8804SWITZERLAND | *VIA Deutsche Post* |
| 10925 | MAACO AUTO PAINTING & BODYWORKS, 3145 EAST MAIN ST, MESA, AZ 85213 | |
| 10925 | MAACO AUTOPAINTING & BODYWORKS, 3852 NORWOOD DR, LITTLETON, CO 80125 | |
| 10925 | MAAS, JOHN A, 609 COUCH CIRCLE, GRAND PRAIRIE, TX 75050-3431 | |
| 10925 | MAAS, L, 4N644 MOHICAN LN, ELBURN, IL 60119-9590 | |
| 10925 | MAAS, ROGER, 11 E. 12TH, ATLANTIC, IA 50022 | |
| 10925 | MAASS, EDWARD, 2710 SYCAMORE ST, ALEXANDRIA, VA 22305 | |
| 10925 | MAAT, LYNN, 18 SADDLE RIVER AVE, GARFIELD, NJ 07026 | |
| 10924 | MAB PAINTS, 600 REED ROAD, BROOMALL, PA 19000-3505 | |
| 10924 | MAB PAINTS, 630 N. 3RD STREET, TERRE HAUTE, IN 47807 | |
| 10924 | MAB PAINTS, PO BOX 600, BROOMALL, PA 19008 | |
| 10925 | MABBETT, LANE, 11 CURVE ST, NATICK, MA 01760 | |
| 10925 | MABCO, INC, 924 NEWTON AVE., GLEN ELLYN, IL 60137 | |
| 10925 | MABEL E FLACK, 3128 NORTHWOOD DR, AMES, IA 50010-4769 | |
| 10925 | MABEL M MOHERMAN, C/O CAROL GOOD NEAR, 1030 15TH RD, LYONS, KS 67554-9254 | |
| 10925 | MABERY, AMANDA, 4311 OLD RIVER RD, GREENVILLE, NC 27834 | |
| 10925 | MABEUS, CAROL, 9201 WESTBURY WOODS, CHARLOTTE, NC 28277 | |
| 10925 | MABIE, KENNETH, 6603 W. FLORIST, 3, MILWAUKEE, WI 53218 | |
| 10925 | MABILANGAN, MARIA, 2328 OAKDALE RD., IRVING, TX 75060 | |
| 10925 | MABIN, VERONICA, 13 BUTTONWOOD AVE, MALVERN, PA 19355 | |
| 10925 | MABINS, MARY, 2810 WARSAW AVE, MOBILE, AL 36617 | |
| 10925 | MABON, CHRIS, POBOX 1383, MONUMENT, CO 80132 | |
| 10925 | MABREY, HARRY, 2881 COLONIAL RIDGE COURT, CINCINNATI, OH 45212 | |
| 10925 | MABREY, NORMA, 1044 GREENUP ST, COVINGTON, KY 45237 | |
| 10925 | MABRY, HOWARD, 127 LINDEN AVE, MALDEN, MA 02148 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MABRY, JAMES, 670 CHERRY HILL ROAD, SPARTANBURG, SC 29302

10925    MABRY, KAREN, 5601 E. JUANA CT., CAVE CREEK, AZ 85331

10925    MABRY, LILLIE J, 915 TURNER ST, WACO TX, TX 76704

10925    MABRY, PHILLIP, 1831-G HEATHER SQUARE, S, ROCK HILL, SC 29732

10925    MABRY, T, 1825 WASHINGTON AVE, CONWAY, AR 72032

10925    MABUD, MD, 8393 TAMAR DRIVE APT #244, COLUMBIA, MD 21045

10924    MAC ARTHUR COMPANY, 1449 43RD STREET N.W., MINOT, ND 58702

10924    MAC ARTHUR COMPANY, 1916 LAMPMAN DRIVE, BILLINGS, MT 59102

10924    MAC ARTHUR COMPANY, 1916 LAPMAN DRIVE, BILLINGS, MT 59102

10924    MAC ARTHUR COMPANY, 2400 WYCLIFF, SAINT PAUL, MN 55114

10925    MAC COY, FRANCES, 841 DOWLING BLVD, SAN LEANDRO, CA 94577-2021

10925    MAC DERMID, JEAN, 3561 NW 32ND WAY, FT. LAUDERDALE, FL 33309-5549

10925    MAC DONALD, CHARLES, 140 JULIANA BLVD, AUBURNDALE, FL 33823-9680

10925    MAC DONALD, LAWRENCE B, CUST FOR LAWRENCE TRAINOR MAC DONALD, UNIF GIFT MIN ACT MI, 19666 OLD HOMESTEAD, HARPER WOODS, MI 48225-2003

10925    MAC DONALD, PAMELA, 11 FIELDCREAST RD, PARSIPPANY, NJ 07054

10925    MAC DONALD, ROBERT, 6217 ORANGE ST, 6, LOS ANGELES, CA 90048

10925    MAC DONALD, SHIRLEY, 329 COOK AVE., MIDDLESEX, NJ 08846

10925    MAC EACHEN, JOHN D, 1640 N RANDOLPH ST, ARLINGTON, VA 22207-3025

10925    MAC EQUIPMENT CORP., 7901 NW 107TH TERRACE, KANSAS CITY, MO 64153-1910

10925    MAC EQUIPMENT INC, PO BOX 930510, KANSAS CITY, MO 64193

10925    MAC EQUIPMENT INC., 10741 AMBASSADOR DR., KANSAS CITY, MO 64153

10925    MAC EQUIPMENT INC., PO BOX 419263, KANSAS CITY, KS 64193-9263

10925    MAC EQUIPMENT INC., PO BOX 419263, KANSAS CITY, MO 64193

10925    MAC EQUIPMENT, 13813 FM 529, HOUSTON, TX 77041

10925    MAC EQUIPMENT, 227 NW CENTRAL AVE, AMITE, LA 70422

10925    MAC EQUIPMENT, INC, PO BOX 205, SABETHA, KS 66534

10925    MAC EQUIPMENT, INC, PO BOX 930510, KANSAS CITY, MO 64193

10925    MAC EQUIPMENT, PO BOX 419263, KANSAS CITY, MO 64193

10925    MAC FARLANE, DAWN, 617 N. BIRD ST, SUN PRAIRIE, WI 53590

10925    MAC FARLANE, EILEEN, 2023 GREEN AVE, RIDGEWOOD, NY 11385

10925    MAC FLO-TRONICS, 10741 AMBASSADOR DR, KANSAS CITY, MO 64153

10925    MAC FLOTRONICS, 227 NW CENTAL AVE., AMITE, LA 70422

10925    MAC FOODS, PO BOX 102894, ATLANTA, GA 30368-2894

10924    MAC GAUGHEY LUMBER SALES, NEW ADDRESS SHOULD NOW BE A, MEMPHIS ADDRESS, 3913 EAST BROADWAY, NORTH LITTLE ROCK, AR 72114

10925    MAC GILLIVRAY, THERESA, 1114 RT 28 BX 18, SOMERVILLE, NJ 08876

10925    MAC INTYRE, AMY, 3257 WAUBEN00R DR, GREEN BAY, WI 54301

10925    MAC KAY, CHRIS, 19 NORRIS RD, TYNGBORO, MA 01879

10925    MAC KENZIE, AMY, 11503 SPRING MONT, SAN ANTONIO, TX 78249

10925    MAC LEAN, DOUGLAS, 305 KENNARD AVE, EDGEWOOD, MD 21040

10924    MAC LELLAN CONCRETE CO, 180 PHOENIX AVE, LOWELL, MA 01852

10924    MAC LELLAN CONCRETE, RT 110 HAVERHILL RD, AMESBURY, MA 01913

10925    MAC LENNAN, ARTHUR, 139 PARK STGREET, STONEHAM, MA 02180

10925    MAC MEDICS, 407 HEADQUARTERS DR. #2, MILLERSVILLE, MD 21108

10924    MAC MILLIN INC, THE, 17 ELM ST, KEENE, NH 03431

10924    MAC OFFICE BUILDING, 6040 28TH ST. S., MINNEAPOLIS, MN 55407

10925    MAC PRODUCTS INC, 60 PENNSYLVANIA AVE, KEARNY, NJ 07032

10924    MAC PRODUCTS, 60 PENNSYLVAIA AVE, KEARNY, NJ 07032

10924    MAC PRODUCTS, 60 PENNSYLVANIA AVE, KEARNY, NJ 07032

10924    MAC PRODUCTS, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MAC PRODUCTS, INC., 60 PENNSYLVANIA AVE., KEARNY, NJ 07032

10925   MAC QUAIDE, JOHN H, 152 LINCOLN AVE, LITTLE FALLS, NJ 07424-2235

10924   MAC SPECIALTY COATINGS, 76 S. VIRGINIA AVENUE, PENNS GROVE, NJ 08069

10924   MAC SUPPLY-L&W LOC., 16778 SOUTH PARK AVE., S. HOLLAND, MI 60473

10925   MAC SYSTEMS INC, PO BOX 717, AVON, MA 02322

10924   MAC TOOL & FASTENERS, 1215 67TH ST., BALTIMORE, MD 21237

10925   MAC WAREHOUSE, PO BOX 8934, BOSTON, MA 02266-8934

10925   MACABARE, KAYLEEN, 700 DUMONT ST., DALLAS, TX 75214

10924   MACALASTER BICKNELL CO. OF CONN.INC, 181 HENRY STREET, NEW HAVEN, CT 06511

10924   MACALASTER BICKNELL CO. OF CONN.INC, PO BOX 3257, NEW HAVEN, CT 06515-0367

10924   MACALASTER BICKNELL CO. OF N.J., PO BOX 109, MILLVILLE, NJ 08332-0109

10924   MACALASTER BICKNELL CO.OF N.J.,INC., NORTH & DEPOT STS., MILLVILLE, NJ 08332

10924   MACALLHENY CATTLE CO., TRACY, ROLL, AZ 85347

10924   MACALLOY CORPORATION, PITTSBURGH AVENUE, CHARLESTON, SC 29401

10924   MACALLOY CORPORATION, PO BOX 130, CHARLESTON, SC 29401

10925   MACAPA 1996 CHRISTMAS PARTY, 2420 BOSTON POST ROAD, WILBRAHAM, MA 01095

10925   MACAPA, 1 NEW SALEM ST., WAKEFIELD, MA 01880

10925   MACAPA, 2420 BOSTON ROAD, WILBRAHAM, MA 01095

10925   MACAPA, 7 CHARLTON ST, EVERETT, MA 02149

10925   MACAPA, 8 NORTH MAIN ST, ATTLEBORO, MA 02703

10925   MACAPA, PO BOX 9187, BOSTON, MA 02114-9187

10925   MACARAEG, LILLIANN, 1981 TORREY PINES COURT, LA HABRA, CA 90631

10925   MACARI, ROBERT, 38 REVERE CT, CANTON, MA 02021

10925   MACARTHUR CORPORATION, 2400 WYCLIFF ST., ST. PAUL, MN 55114-1268

10925   MACAULEY, AMBER, 204 FARM RD, MARLBORO, MA 01752

10925   MACAULEY, ROBERT, 215 INVERNESS DRIVE, CORAOPOLIS, PA 15108

10925   MACBAIN, OPHELIA, 70 ANDERSON AVE, CLOSTER, NJ 07624

10925   MACC FUND, 13105 W BLUEMOUND ROAD, SUITE 200, BROOKFIELD, WI 53005-8022

10924   MACC OF ILLINOIS, INC, NE CORNER 900 & 1100N, CHAMPAIGN, IL 61821

10925   MACCARINO, MICHAEL, 8 FAUSNACHT DRIVE, DENVER, PA 17517

10925   MACCHIA, MARY, PO BOX 259, HUTCHINS, TX 75141

10925   MACCO CHEMICAL CO. INC., GLIDDEN COATINGS AND RESINS, DIVISION OF SCM CORP., 925
EUCLID AVE, CLEVELAND, OH 44115

10925   MACCREADIE, TRACY, 2721 SAN FRANCISCO, LONG BEACH, CA 90806

10925   MACCULLOCH, CLIFFORD, 59 GLENDALE ST, MAYNARD, MA 01754-1329

10925   MACDEON HOMES INC, 4400 NINE MILE POINT RD, FAIRPORT, NY 14450-8792

10924   MACDERMID & INC., 526 HUNTINGDON AVENUE, WATERBURY, CT 06708

10924   MACDERMID COLORSPAN-KILBORN PHOTO, 7198 SHADY OAK ROAD, EDEN PRAIRIE, MN 55344

10924   MACDERMID GRAPHIC ARTS, 5210 PHILLIP LEE DRIVE, ATLANTA, GA 30336

10924   MACDERMID GRAPHIC ARTS, 5700 COMMERCE BLVD, MORRISTOWN, TN 37814

10924   MACDERMID INC., 245 FREIGHT STREET, WATERBURY, CT 06702

10924   MACDERMID INC., 526 HUNTINGDON AVENUE, WATERBURY, CT 06708

10924   MACDERMID, INC., 1221 FARROW AVENUE, FERNDALE, MI 48220

10925   MACDERMOTT, JOSEPH, 87 NEW COMB ST, NORTON, MA 02766

10925   MACDONALD & EVANS, 1 REX DRIVE, BRAINTREE, MA 02184

10925   MACDONALD, ALISTAIR, 51 GRIST MILL ROAD, LITTLETON, MA 01460

10925   MACDONALD, ANN E, 8689 SO ALPEN CIRCLE, SALT LAKE CITY, UT 84121

10925   MACDONALD, ANN, 8689 S ALPEN CIRCLE, SALT LAKE CIT, UT 84121

10925   MACDONALD, BRIAN, 29322 TRAILWAY LN., AYOLIRA, CA 91301

10925   MACDONALD, DOUGLAS, 42 MAIN ST, ATKINSON, NH 03811

10925   MACDONALD, HELEN, 610 HILDA COURT, MECHANICSBURG, PA 17055

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MACDONALD, JAMES, 995 NORTON AVE, TAUNTON, MA 02780 | |
| 10925 | MACDONALD, JOAN, 56 CYPRESS RD, PEMBROKE, MA 02359 | |
| 10925 | MACDONALD, JOHN, 7292 COOLIDGE RD, FT MYERS, FL 33912 | |
| 10925 | MACDONALD, JOHN, C/O JAMES MACDONALD 1709 THORNTON RIDGE, BALTIMORE, MD 21204-1839 | |
| 10925 | MACDONALD, JOSEPH, 27 PIONEER DRIVE, NASHUA, NH 03060 | |
| 10925 | MACDONALD, LINDA, 11 HARVARD ST, ARLINGTON, MA 02476 | |
| 10925 | MACDONALD, LISA, 228 SOUTHRIDGE DR, GURNEE, IL 60031 | |
| 10925 | MACDONALD, LORRAINE SEA, 42 MAIN ST, ATKINSON, NH 03811 | |
| 10925 | MACDONALD, LYNN, 8622 S ZARZAMORA, SAN ANTONIO, TX 78224 | |
| 10925 | MACDONALD, MARY, 20 BOYD ST, GLACE BAY, NS B1A 2G4CANADA | *VIA Deutsche Post* |
| 10925 | MACDONALD, NORBERT, 7733 W. 91ST. ST., HICKORY HILLS, IL 60457 | |
| 10925 | MACDONALD, P, 20 ALDEN ST, DANVERS, MA 01923 | |
| 10925 | MACDONALD, STEPHANIE, 461 STONEWOOD DRIVE, STONE MOUNTAIN, GA 30087 | |
| 10925 | MACDONALD, THOMAS, 9171 GREENCASTLE, ORLAND PARK, IL 60462 | |
| 10925 | MACDONALD, VALERIE, 5327 N.30TH, PHOENIX, AZ 85017 | |
| 10925 | MACDONALDS RANCH, 26540 NO SCOTTSDALE RD, SCOTTSDALE, AZ 85255 | |
| 10925 | MACDONOUGH, DIANE, 7966 EVERGLADES DR., MANLIUS, NY 13104 | |
| 10925 | MACDOUGALL, D JANE, UNIT 23 (ONTARIO), BURLINGTON, ON L7M2P5CANADA | *VIA Deutsche Post* |
| 10925 | MACDOUGALL, MARGARET, 8307 E. CRESTWOOD WY, SCOTTSDALE, AZ 85250 | |
| 10925 | MACDOWELL, WILLIAM, 68 CROTEAU CT APT 1L, MANCHESTER, NH 03104-4091 | |
| 10925 | MACE, RONALD, 401 HAVERHILL ROAD, JOPPA, MD 21085 | |
| 10925 | MACEACHERN JR, PAUL, 11 OXFORD ST, ARLINGTON, MA 02174 | |
| 10925 | MACEACHERN, DARIN, 9 GRANITE ST, NORWOOD, MA 02062 | |
| 10925 | MACEACHERN, PAUL, 11 OXFORD ST, ARLINGTON, MA 02174-6909 | |
| 10925 | MACEDON HOMES INC, 1100 NINE MILE POINT ROAD, FAIRPORT, NY 14450-8792 | |
| 10924 | MACEDONIA ELEMENTARY SCHOOL, 10596 E. CHEROKEE DR., CANTON, GA 30115 | |
| 10925 | MACEJUNAS, JAMES, 14760 HOPI RD, APPLE VALLEY, CA 92307 | |
| 10925 | MACEK JT TEN, ANOTHNY F & LINDA L, 13006 W 116 TERR, OVERLAND PARK, KS 66210-3530 | |
| 10925 | MACEMORE SANITATION, 720 BIG PINE ROAD, GRAY COURT, SC 29645 | |
| 10925 | MACEMORES SAWMILL & PALLET CO INC, 551 TRINITY CHURCH RD, GRAY COURT, SC 29645 | |
| 10925 | MACEMORES SAWMILL & PALLET CO INC, 551 TRINITY CHURCH ROAD, GRAY COURT, SC 29645 | |
| 10925 | MACEY, SUSAN, 665 CEDAR DRIVE, PASADENA, MD 21122 | |
| 10925 | MACFADDEN, KENNETH, 21 YORKSHIRE RD, HACKETTSTOWN, NJ 07840 | |
| 10925 | MACFADDEN, MICHELLE, 6575 RIVER CLYDE DR, HIGHLAND, MD 20777 | |
| 10925 | MACFALLS, WILLIAM, 1506 LANTANA CT, WESTON, FL 33326 | |
| 10925 | MACGILVRAY, MARY, 18 PURITAN LANE, MARSHFIELD, MA 02050 | |
| 10925 | MACGOWAN, CAROL, 15 FREDERICK PLACE, MORRISTOWN, NJ 07960 | |
| 10925 | MACGOWN, MICHAEL, 35 GARDINER ST, LYNN, MA 01902 | |
| 10924 | MACGRAW HILL, 49TH AND 6TH AVENUE, NEW YORK, NY 10001 | |
| 10925 | MACGREGOR & COMPANY INC, DEPT 77-6606, CHICAGO, IL 60678-6606 | |
| 10925 | MACGREGOR AUTOMATION CONTROLS CORP, DEPT. 77-6606, CHICAGO, IL 60678-6606 | |
| 10925 | MACGREGOR, JANET, 585 MAIN ST, MELROSE, MA 02176 | |
| 10925 | MACGREGOR, WARREN, 2317 2ND ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MACHADO, ALFRED, 1815 L ST S E, AUBURN, WA 98002-6910 | |
| 10925 | MACHADO, DENNIS, 11709 HAYVENHURST AVE, GRANADA HILLS, CA 91344 | |
| 10925 | MACHADO, FRANK, 3413 CRESSON ST, PHILADELPHIA, PA 19129 | |
| 10925 | MACHADO, MARGARET, 409 PROSPECT ST, FALL RIVER, MA 02720 | |
| 10925 | MACHEN, AYANA, 13124 HUTCHINSON WAY, SILVER SPRING, MD 20906 | |
| 10925 | MACHEN, CHARLES, 109 PLANTATION DRIVE, EASLEY, SC 29642 | |
| 10925 | MACHEN, THOMAS, PO BOX 1075, CLOVERDALE, CA 95425 | |
| 10925 | MACHENBERG, LISA, 3720 THE STRAND #2, MANHATTAN BEACH, CA 90266 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MACHESTER PARTNERS INTL, 10753 FALLS ROAD, STE 401, LUTHERVILLE, MD 21093 | |
| 10925 | MACHINE PARTS CORP., 150 CORLISS ST, PROVIDENCE, RI 02904 | |
| 10924 | MACHINE SPECIALTIES INC., 1030 BOULDER ROAD, GREENSBORO, NC 27409-9107 | |
| 10925 | MACHINE TECHNOLOGIES, 9956 EXPRESS DR, HIGHLAND, IN 46322 | |
| 10924 | MACHINE TOOL SERVICE, 9642 FLAGG, MILWAUKEE, WI 53225 | |
| 10925 | MACHINERY & EQUIPMENT CO, INC, PO BOX 7632, SAN FRANCISCO, CA 94120 | |
| 10925 | MACHINERY & EQUIPMENT CO.INC., PO BOX 7632, SAN FRANCISCO, CA 94120 | |
| 10925 | MACHINERY MAINTENANCE CORP, PO BOX 76, SULPHUR, LA 70664 | |
| 10925 | MACHINING SERVICES, 131 ICE HOUSE ROAD, ENOREE, SC 29335 | |
| 10925 | MACHON, JEFFREY, 408 GOOD HOPE RD, DE PERE, WI 54115 | |
| 10925 | MACHUCA, JOANN, 1201 HARLESS #127, ODESSA, TX 79763 | |
| 10925 | MACHUGH, PHILLIP, 13 BOW ST, N. READING, MA 01864 | |
| 10925 | MACHUGH, ROBERT, 29 WILSON ST, READING, MA 01867 | |
| 10925 | MACIAS, ANTONIO VAZQUEZ, JAIME BALMES 34 3 1 08830, SANT BOI DE LIOBREGAT, SANT BOI DE LIOBREGAT, | |
| 10925 | MACIAS, CAROLYN, 1562 SE 155TH ST, SUMMERFIELD, FL 34491 | |
| 10925 | MACIAS, DOMINGO, 1547 W. SOUTHERN, PHOENIX, AZ 85041 | |
| 10925 | MACIAS, EDWARD, 2040 SNOW AVE, OXNARD, CA 93030 | |
| 10925 | MACIAS, ELIA, 2312 MOBILE, MCALLEN, TX 78501 | |
| 10925 | MACIAS, FABIOLA, 4702 W. 137TH ST., HAWTHORNE, CA 90250 | |
| 10925 | MACIAS, JOSE, 137 MONTEREY, BOLINGBROOK, IL 60440 | |
| 10925 | MACIAS, LEE, 4700 POLO PKWY. APT. # 291, MIDLAND, TX 79705 | |
| 10925 | MACIEJEWSKI, EDNA, 416 DADSON DRIVE, LANSING, MI 48910-7718 | |
| 10925 | MACIEJEWSKI, L, 416 DADSON DRIVE, LANSING, MI 48910 | |
| 10925 | MACIEL, ELIZABETH, 1037 N 45TH, WACO, TX 76710 | |
| 10925 | MACIJEWSKI, TIMOTHY, 260 SMITH DAIRY ROAD, WESTMINSTER, SC 29693 | |
| 10925 | MACINNES, BRUCE, 79 CENTRAL ST, WALTHAM, MA 02154 | |
| 10925 | MACIVER, DANA, 10 ERIN AVE, BURLINGTON, MA 01803 | |
| 10925 | MACIVER, LYNNE, 55 N BROADWAY APT 25 BLDG 2, WHITE PLAINS, NY 10601 | |
| 10925 | MACK AND PARKER, 55 E JACKSON BLVD, CHICAGO, IL 60604 | |
| 10924 | MACK CONCRETE INDUST INC, ATTN: ACCOUNTS PAYABLE, ASTATULA, FL 32705 | |
| 10924 | MACK CONCRETE INDUST., INC., 23902 CR 561, ASTATULA, FL 34705 | |
| 10924 | MACK CONCRETE INDUST., INC., P.O. BOX 157, ASTATULA, FL 32705 | |
| 10925 | MACK EQUIPMENT & PUMP INC, 12005 SPAULDING SCHOOL RD, PLAINFIELD, IL 60544 | |
| 10924 | MACK IND. - PRODUCTION DIVISION, 201 COLUMBIA ROAD, VALLEY CITY, OH 44280 | |
| 10924 | MACK IND. - R/M DIVISION, 201 COLUMBIA RD., VALLEY CITY, OH 44280 | |
| 10924 | MACK INDUSTRIES INC, 201 COLUMBIA RD, VALLEY CITY, OH 44280 | |
| 10924 | MACK INDUSTRIES OF MI., INC., 8265 WHITE LAKE ROAD, WHITE LAKE, MI 48386 | |
| 10925 | MACK INDUSTRIES, 201 COLUMBIA ROAD, VALLEY CITY, OH 44280 | |
| 10924 | MACK INDUSTRIES, INC., 124 DARROW ROAD, AKRON, OH 44305 | |
| 10924 | MACK INDUSTRIES, INC., 201 COLUMBIA RD., VALLEY CITY, OH 44280 | |
| 10924 | MACK INDUSTRIES, INC., 2207 SODOM FURNACE CT., VIENNA, OH 44473 | |
| 10925 | MACK IRON WORKS CO., PO BOX 5931, SANDUSKY, OH 44871-5931 | |
| 10925 | MACK PUMP AND EQUIPMENT CO, INC, 12005 SPAULDING SCHOOL DR., PLAINFIELD, IL 60544 | |
| 10925 | MACK PUMP, 12005 SPAULDING SCHOOL DR, PLAINFIELD, IL 60544 | |
| 10925 | MACK R POSENEL, 4267 VALLEY RD, CLEVELAND, OH 44109-3479 | |
| 10925 | MACK READY-MIX CONCRETE INC, POBOX 335, VALLEY CITY, OH 44280-0335 | |
| 10924 | MACK TOOL & ENGINEERING, 2820 VIRDIAN DRIVE, SOUTH BEND, IN 46628 | |
| 10924 | MACK TOOL & FASTENER CO. INC, 1215 67TH STREET, BALTIMORE, MD 21237 | |
| 10924 | MACK TOOL, PO BOX 72360, BALTIMORE, MD 21237 | |
| 10925 | MACK TRUCKS INC., 2100 MACK BLVD, ALLENTOWN, PA 18103 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | MACK VAULT CO OF TOLEDO, 500 LEHMAN ST, BOWLING GREEN, OH 43402 | |
| 10924 | MACK VAULT OF TOLEDO, 507 DERBY, BOWLING GREEN, OH 43402 | |
| 10924 | MACK VAULT OF TOLEDO, 8265 WHITELAKE ROAD, WHITE LAKE, MI 48386 | |
| 10925 | MACK, COLLEEN, 3535 CARLOS LANE, 5, RENO, NV 89502 | |
| 10925 | MACK, G, 501 DUTCHMANS LANE, EASTON, MD 21601 | |
| 10925 | MACK, JAMES, 13628 S DOONAREE CIRCLE, LOCKPORT, IL 60441 | |
| 10925 | MACK, JEFFREY, 3605 SPALDING CHASE DRIVE, NORCROSS, GA 30092 | |
| 10925 | MACK, KOREEM, 1903 23RD ST SE #171A, WASHINGTON, DC 20020 | |
| 10925 | MACK, LINDA MARIE, 108 S. 3RD ST., HARRISON, NJ 07029 | |
| 10925 | MACK, LYNNE, 3628 LAKE ASPEN WEST, GRETNA, LA 70056 | |
| 10925 | MACK, MERDIS, RT 1 BOX 240B, PROCTOR, AR 72376 | |
| 10925 | MACK, RAYMOND, ROUTE 1, ENOREE, SC 29335 | |
| 10925 | MACK, RHONDA, 4104 EIERMAN AVE, BALTIMORE, MD 21206 | |
| 10925 | MACK, ROBERT, 1830 BANDERA #913, SAN ANTONIO, TX 78228 | |
| 10925 | MACK, ROBERT, PO BOX 276, ELKO, NV 89803 | |
| 10925 | MACK, TRACY, 3076 CO. RD. 30, CRAIG,, CO 81625 | |
| 10925 | MACKAY, CRAIG, 97 GREEN ST, JAMAICA PLAIN, MA 02130 | |
| 10925 | MACKAY, ELIZABETH, 6874 LAKESHORE DR, DOUGLASVILLE, GA 30135 | |
| 10925 | MACKAY, HEATHER, 8757 CATHER AVE, MANASSAS, VA 22110 | |
| 10925 | MACKAY, JOHN, 28 OLD STAGECOACH RD, TEWKSBURY, MA 01876 | |
| 10925 | MACKAY, PHOEBE, 110 VINEYARD ROAD, TRYON, NC 28782-2526 | |
| 10925 | MACKAY, STUART, 6433 GARDNER ROAD, CHANDLER, IN 47618 | |
| 10925 | MACKAY, WILBUR, 38 OAKHURST ROAD, HOPKINTON, MA 01748-2722 | |
| 10925 | MACKE WATER SYSTEMS INC., POBOX 545, WHEELING, IL 60090-9998 | |
| 10925 | MACKE, FRED, 200 MACKES BLUFF LANE, ARNOLD, MD 21012-1055 | |
| 10925 | MACKENTHUN, LORI-LYNN, 1389 BEDFORD ST, FALL RIVER, MA 02723 | |
| 10924 | MACKENZIE INSULATION CO., 60 MEAD STREET, STRATFORD, CT 06497 | |
| 10925 | MACKENZIE OPTICAL INC, 1609 CENTER, DEER PARK, TX 77536 | |
| 10924 | MACKENZIE PAINTING, 60 MEAD STREET, STRATFORD, CT 06497 | |
| 10924 | MACKENZIE SERVICE CORP, 391 LINCOLN AVE., BRIDGEPORT, CT 06606 | |
| 10924 | MACKENZIE SERVICE CORP., 391 LINCOLN AVE, BRIDGEPORT, CT 06606 | |
| 10925 | MACKENZIE, ALLISON, 8627 BLACK ROCK HARB, PASADENA, MD 21122 | |
| 10925 | MACKENZIE, JAMES, 28 TYLER DRIVE, WILLINGBORO, NJ 08046 | |
| 10925 | MACKENZIE, KATHLEEN, 23 SANDPIPER LANE, ATTLEBORO, MA 02703 | |
| 10925 | MACKENZIE, MARK, 7903 ANOKA DRIVE, FORT WAYNE, IN 46809 | |
| 10925 | MACKENZIE, MARTHA, 10600 HAMLIN WAY, CHESTER, VA 23831 | |
| 10925 | MACKENZIE, MARVEL E, C/O RONALD H MACKENZIE EXEC, 3713 CHRISELLA RD, PUYALLUP, WA 98372-2126 | |
| 10925 | MACKENZIE, RICHARD A, CUST FOR CAROLINE A MACKENZIE, UNIF TRANS TO MIN ACT OH, 9148 WITHERS LANE, CINCINNATI, OH 45242-4629 | |
| 10925 | MACKERT, JENNIFER, 1101 NICKELS PL SW, LEESBURG, VA 22075 | |
| 10925 | MACKEY WELDING, 52031 S.R. 19 N., ALTOONA, FL 32702 | |
| 10925 | MACKEY, A, 23 ANGUS RD, FIRMINGTON, NJ 08822 | |
| 10925 | MACKEY, ANTHONY, 12903 FOUNTAINGATE #, STAFFORD, TX 77477 | |
| 10925 | MACKEY, DENNIS, 217 ROBINWOOD LANE, PELZER, SC 29669 | |
| 10925 | MACKEY, KATHLEEN, 4935 TARRINGTON, BARRINGTON, IL 60010 | |
| 10925 | MACKEY, KATHLEEN, 588 LINWOOD AVE., ATLANTA, GA 30306 | |
| 10925 | MACKEY, NANCY, 3043 SHREVE ROAD, WOOSTER, OH 44691 | |
| 10925 | MACKEY, SILAS, 476 21ST ST, IRVINGTON, NJ 07111 | |
| 10925 | MACKIE, JEANETTE, 4654 EAST AVE S, PALMDALE, CA 93552 | |
| 10925 | MACKIE, PETER, SOLIHULL, WEST MIDLANDS WM, B91 1RBUNITED KINGDOM | *VIA Deutsche Post* |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MACKIN, KAREN, 3114 SOUTHWEST BLVD #3, CHARLOTTE, NC 28216 | |
| 10925 | MACKINNEY SYSTEMS, 2674A S GLENSTONE, SUITE 112, SPRINGFIELD, MO 65804 | |
| 10925 | MACKINNEY SYSTEMS, 2740 S GLENSTONE, SUITE 103, SPRINGFIELD, MO 65804 | |
| 10925 | MACKINNON, ROBERT, 35 ACORN ST, MALDEN, MA 02148 | |
| 10925 | MACKINSON & KATZ, 1201 WEST PEACHTREE ST NW, ATLANTA, GA 30309 | |
| 10925 | MACKINTOSH, RYLAND, 110 ALDEN AVE A1, ROEBLING NJ, NJ 08554 | |
| 10925 | MACKLANBURG-DUNCAN, PO BOX 26188, OKLAHOMA CITY, OK 73125-0188 | |
| 10925 | MACKLER, STEVEN, RR #2 BOX 4595, SABATTUS, ME 04280 | |
| 10925 | MACKLIN, DARREL, 2404 E. 5TH ST., LUBBOCK, TX 79403 | |
| 10925 | MACKLIN, JOANN, 6803 ELMWOOD AVE, MIDDLETON, WI 53562 | |
| 10925 | MACKLIN, KEISHA, 23 BURNET ST, NEW BRUSWICK, NJ 08901 | |
| 10925 | MACKLIN, MICHAEL B, 9 PIERCE AVE, WESTFORD, MA 01886 | |
| 10925 | MACKLIN, MICHAEL, 6803 ELMWOOD AVE, MIDDLETON, WI 53562 | |
| 10925 | MACKLIN, MICHAEL, 9 PIERCE AVE, WESTFORD, MA 01886 | |
| 10925 | MACKNESS, DAVID, 212 STOUGHTON ST, STOUGHTON, MA 02072 | |
| 10925 | MACKNESS, JOANNE, 212 STOUGHTON ST, STOUGHTON, MA 02072 | |
| 10925 | MACKNIGHT JR, PAUL, 614 CRUCIBLE COURT, MILLERSVILLE, MD 21108 | |
| 10925 | MACKOWIAK, GREGORY, 3356 W. 61ST PL.#2, CHICAGO, IL 60629 | |
| 10925 | MACKOWIAK, LYDIA, 41 SAMUEL ST, EAST HANOVER, NJ 07936-3658 | |
| 10925 | MACK-PAK, PO BOX 8161, DALLAS, TX 75205 | |
| 10925 | MACKULA, JULIAN, 3817 ST VICTOR ST, BALTIMORE, MD 21225-2213 | |
| 10925 | MACKUSICK, CAROL, 35 BENNINGTON CT, STOCKBRIDGE, GA 30281 | |
| 10924 | MACLAY CONCRETE INC, BOX 1160 TRUMAN BLVD, FESTUS, MO 63028 | |
| 10924 | MACLAY CONCRETE INC, HWY 61-67, FESTUS, MO 63028 | |
| 10924 | MACLAY CONCRETE INC, PO BOX 19918, SAINT LOUIS, MO 63144 | |
| 10924 | MACLEAN POWER SYSTEM, 11411 ADDISON STREET, FRANKLIN PARK, IL 60131 | |
| 10925 | MACLEAN REFRIGERATION SERVICE, PO BOX 951, BELLINGHAM, MA 02019 | |
| 10925 | MACLEAN, DONALD, 416 BUTMAN RD, LOWELL, MA 01852 | |
| 10925 | MACLEAN, JOHN, 4224 W 148TH ST, MIDLOTHIAN, IL 60445 | |
| 10925 | MACLELLAN COMPANY, 121 FELTON ST, WALTHAM, MA 02453 | |
| 10924 | MACLELLAN CONCRETE, 180 PHOENIX AVE, LOWELL, MA 01852 | |
| 10925 | MACLENNAN, G, 109 RICHBOROUGH DR, SPARTANBURG, SC 29307 | |
| 10925 | MACLEOD BROTHERS, 63 RESERVOIR PK DR, ROCKLAND, MA 02370 | |
| 10924 | MACLEOD CONSTRUCTION INC, 149 WEST PLAZA DRIVE, MOORESVILLE, NC 28115 | |
| 10924 | MACLEOD CONSTRUCTION, 4333 RACING DRIVE, DENVER, NC 28037 | |
| 10924 | MACLEOD CONSTRUCTION, ATTENTION: ACCTS PAYABLE, DENVER, NC 28037 | |
| 10925 | MACLEOD, DAVID, 3 CANTERBURY DRIVE, CANTON, MA 02021 | |
| 10925 | MACLEOD, JAMES, C/O BANK OF MONTREAL TREAS DEPT/19TH FL, CHICAGO, IL 60603 | |
| 10925 | MACLEOD, LOUISE, 307 MT. VERNON ST, 2, DEDHAM, MA 02026 | |
| 10925 | MACLEOD, MARGARET, 44 CARTER ST, B, SOUTH PORTLAND, ME 04106 | |
| 10925 | MACLEOD, MEREDITH, 19 FULLER RD, WAYLAND, MA 01778 | |
| 10924 | MACLIN INDUSTRIES, 420 SOUTH 6TH STREET, LA PUENTE, CA 91746-2370 | |
| 10924 | MACLIN, S.A. DE C.V., 9770 VIA DE LA AMISTAD, SAN YSIDRO, CA 92173 | |
| 10924 | MACLIN, S.A. DE C.V., PO BOX 437870, SAN YSIDRO, CA 92143-7870 | |
| 10925 | MACMALL, 2645 MARICOPA ST, TORRANCE, CA 90503-5144 | |
| 10925 | MACMILLAN, DAVID, 9161 CHELSEA CIR, WESTMINSTER, CA 92683 | |
| 10925 | MACMILLAN, DONALD, 18 WILLIAMSBURG AVE, GILFORD, NH 03246 | |
| 10925 | MACMILLAN, MICHAEL, 285 HIGHWOOD ST, TEANECK, NJ 07666 | |
| 10924 | MACMILLEN INC., THE, 17 ELM ST., KEENE, NH 03431 | |
| 10925 | MACNEAL HEALTH SERVICES CORP, 135 S LA SALLE ST DEPT 8010, CHICAGO, IL 60674-8010 | |
| 10925 | MACNEAL HOSPITAL, PO BOX 188, BERWYN, IL 60402-0188 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MACNEAL II, LEROY C, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | MACNEAL II, LEROY, 42G QUEEN CATHERINE COURT, CHESTER, MD 21619 | |
| 10925 | MACNEAL OCCUPATIONAL HEALTH SERVICE, 135 S LASALLE ST DEPT 2393, CHICAGO, IL 60674-2393 | |
| 10925 | MACNEAL OCCUPATIONAL HEALTH SVC, 6500 W 65TH ST, CHICAGO, IL 60638 | |
| 10925 | MACNEAL OCCUPATIONAL HEALTH, SERVICES, 135 S. LASALLE ST DEPT 2393, CHICAGO, IL 60674-2393 | |
| 10925 | MACNEIL, CHRISTINE, 15 WRIGHT ST, NO. READING, MA 01864 | |
| 10925 | MACNEIL, JUDITH, 323 BURLINGTON AVE, WILMINGTON, MA 01887 | |
| 10925 | MACNEIL, RON, 247 CONCORD RD, LINCOLN, MA 01773 | |
| 10925 | MACNEILL, ROBERT, 54 HIGH ST, NEWBURYPORT, MA 01950 | |
| 10925 | MACOM PUERTO RICO, CALLE A EDF 4-A, ARECIBO, PR 612 | |
| 10925 | MACOM SA, MEXICO 4067, BUENOS AIRES, 01223ARGENTINA | *VIA Deutsche Post* |
| 10925 | MACOM SA, MEXICO 4087 ST, BUENOS AIRES, 01223ARGENTINA | *VIA Deutsche Post* |
| 10924 | MACOMB COMMUNITY COLLEGE LIBRARY, C/O REDFORD CONSTRUCTION, CLINTON TOWNSHIP, MI 48038 | |
| 10925 | MACOMBER, THOMAS, PO BOX 1172, CRAIG,, CO 81625 | |
| 10925 | MACON CIVIC CLUB INC - CHARITABLE, POBOX 1877, MACON, GA 31201 | |
| 10924 | MACON COUNTY OFFICE, 141 S. MAIN ST. (ROUTE 51), DECATUR, IL 62521 | |
| 10924 | MACON NATIONAL GUARD ARMORY, HWY 63 SOUTH, MACON, MO 63552 | |
| 10924 | MACON POWER/TRAILER, 14TH & WARNER ROBINS ST, ROBINS AIR FORCE BASE, GA 31098 | |
| 10924 | MACON READY MIX COMPANY, HIGHWAY 14 EAST, MACON, MS 39341 | |
| 10924 | MACON READY MIX COMPANY, ROUTE 1 BOX 2, MACON, MS 39341 | |
| 10924 | MACON READY MIX, R.#1 BOX 2, MACON, MS 39341 | |
| 10925 | MACON SR, RAYMOND, 303 N.E. FIFTH AVE, MULBERRY, FL 33860 | |
| 10924 | MACON SUPPLY, 401 N. 23RD STREET, BILLINGS, MT 59101 | |
| 10924 | MACON SUPPLY, 401 NORTH 23RD STREET, BILLINGS, MT 59101 | |
| 10924 | MACON SUPPLY, 4512 E. TRENT, SPOKANE, WA 99212 | |
| 10924 | MACON SUPPLY, P.O. BOX 2528, BILLINGS, MT 59103 | |
| 10924 | MACON SUPPLY, PO BOX2528, BILLINGS, MT 59103 | |
| 10925 | MACON, JAMES, 10142 COUNT DRIVE, ST. LOUIS, MO 63136 | |
| 10924 | MACONAQUAH ELEMENTARY SCHOOL, ROUTE 1, BUNKER HILL, IN 46914 | |
| 10925 | MACONE BROTHERS EXCAVATION INC, 1030 CONCORD ROAD, SUDBURY, MA 01776 | |
| 10925 | MACPA, PO BOX 17200, BALTIMORE, MD 21297-1200 | |
| 10925 | MACPA, PO BOX 4417, LUTHERVILLE, MD 21094 | |
| 10924 | MAC-PAGE, INC., CAMBRIDGE, MA 02140 | |
| 10925 | MACPHAIL, BRUCE, 4 LINDEN AVE, BEVERLY, MA 01915 | |
| 10925 | MACPHAIL, NADINE, 2475 HOLLY OAK DR, DANVILLE, CA 94506 | |
| 10925 | MACPHERSON LESLIE & TYERMAN, 1500 - 1874 SCARTH ST, REGINA SASKATCHEWAN, SK S4P 4E9CANADA | *VIA Deutsche Post* |
| 10925 | MACPHERSON, GAIL, 356 LINCOLN ST, 23, WALTHAM, MA 02154 | |
| 10925 | MACQUAIG, SUSAN, 1509 AIRLINE PK BL, METAIRIE, LA 70003 | |
| 10925 | MACRI, ENIS, 474 BROADWAY APT 39, SOMERVILLE, MA 02144 | |
| 10924 | MACROMEDIA, 101 REDWOOD SHORES, BELMONT, CA 94002 | |
| 10925 | MACROY, GINA, 4708 BELMONT, DOWNERS GROVE, IL 60515 | |
| 10925 | MACROY, REGINA, 4708 BELMONT RD, DOWNERS GROVE, IL 60515 | |
| 10925 | MACROY, RORY, 4708 BELMONT, DOWNERS GROVE, IL 60515 | |
| 10925 | MACSEMA, 1650 S W WESTERN BLVD, CORVALLIS, OR 97333 | |
| 10924 | MACTAC, 4560 DARROW ROAD, STOW, OH 44224 | |
| 10924 | MACTAC, EAST COREY STREET, MOOSIC, PA 18507 | |
| 10925 | MACTEMPS INC, POBOX 5407, BOSTON, MA 02206 | |
| 10925 | MACVICAR, PHILIP, 552 LOCKEHAVEN ROAD, ENFIELD, NH 03748 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MACY"S, 2300 PARKWOOD BLVD, FRISCO, TX 75034

10925   MACY, DOUGLAS, 481 FOSTER ROAD, TEWKSBURY, MA 01876

10925   MACY, JEANNA, 14378 W. YALE PL., LAKEWOOD, CO 80228

10924   MACYS - 6TH FLOOR, LOADING DOCK IS ON CHAUNCY STREET, AT AVENUE DELAFAYETTE AND CHAUNCY, 1 SUMMER STREET, BOSTON, MA 02111

10924   MACY'S AT KINGS PLAZA, 5100 KINGS PLAZA, NEW YORK, NY 10011

10924   MACY'S EAST BRUNSWICK SQUARE MALL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10924   MACY'S GARAGE, 180 PEACHTREE ST., ATLANTA, GA 30303

10924   MACYS, 200 S. ROSMARY BLVD., WEST PALM BEACH, FL 33401

10924   MACY'S, 2500 MOORELAND ROAD, WILLOW GROVE, PA 19090

10924   MACY'S, SUPERIOR WALL SYSTEMS, BREA, CA 92621

10924   MAD PRODUCE COMPANY, C/O POWERS PLASTICS, DANIA, FL 33004

10925   MADAIN, TRAYCE, 1321 S. HOWARD ST, ALLENTOWN, PA 18103

10925   MADANAT, SAMIR, 5931 W MONTE, GLENDALE, AZ 85306

10925   MADASON TRUCK SERVICE, 900 KENNEDY LANE, SAGINAW, TX 76179

10925   MADD, 1661 WORCESTER ROAD, FRAMINGHAM, MA 01701

10924   MADDEN CONCRETE, 602 WEST STEEL STREET, HERKIMER, NY 13350

10924   MADDEN CONCRETE, 8473 STATE ROUTE 69, ORISKANY, NY 13424

10924   MADDEN CONCRETE, ROUTE 69 & RT SE, ORISKANY, NY 13424

10924   MADDEN CONCRETE, RTE #69, ORISKANY, NY 13424

10924   MADDEN CONSTRUCTION SUPPLY, P O BOX 1533, GREAT FALLS, MT 59403

10924   MADDEN SALES CO., 8920 MONTGOMERY ROAD, CINCINNATI, OH 45236

10925   MADDEN SALES COMPANY, 8920 MONTGOMERY ROAD, CINCINNATI, OH 45236

10925   MADDEN, BOBBY, 244 GUNTER ROAD, SIMPSONVILLE, SC 29681

10925   MADDEN, DEIRDRE, 12610 YARDLEY DRIVE, BOCA RATON, FL 33428

10925   MADDEN, DELLA, 126 SHADECREST DRIVE, MAULDIN, SC 29662

10925   MADDEN, DONALD, 1105 GULF LANE, SULPHUR, LA 70663

10925   MADDEN, JANET, 349 PENNSYLVANIA AVE, CLAIRTON, PA 15025

10925   MADDEN, JIMMIE, 17051 E. ROCK CREEK RD., NORMAN, OK 73071

10925   MADDEN, JOHN F, 5685 PACIFIC BLVD, APT 2315, BOCA RATON, FL 33433

10925   MADDEN, JOHN, 12610 YARDLEY DRIVE, BOCA RATON, FL 33428

10925   MADDEN, LINDA, 6320 STONERIDGE MALL RD. #F107, PLEASANTON, CA 94588

10925   MADDEN, LYNDA, 832 PEARLMAN RD, AKRON, OH 44319

10925   MADDEN, MARY JEANNE, 33 HALL ROAD, CHATHAM, NJ 07928

10925   MADDEN, MATTIE, 735 OLD LAURENS RD, GRAY COURT, SC 29645

10925   MADDEN, MICHAEL, 8760 VALLEY LAKES COURT, UNION CITY, GA 30291

10925   MADDEN, MILDRED, 244 GUNTER ROAD, SIMPSONVILLE, SC 29681-8513

10925   MADDEN, RACHEL, 1806 BROWN AVE., ANNISTON, AL 36202

10925   MADDEN, ROBERT, 126 SHADECREST DRIVE, MAULDIN, SC 29662

10925   MADDEN, SHELTON, RT. 4 BOX 162, BREWTON, AL 36426

10925   MADDEN, TAMMY, # 25 EAST 29TH, ANNISTON, AL 36201

10925   MADDEN, THERESA, 48 AUDUBON OAKS BLVD, LAFAYETTE, LA 70506

10925   MADDEN, WENDY, 889 MCWILLIAMS RD., ATLANTA, GA 30315

10925   MADDEN, WILLIAM, 16 JACKSON AVE, WHITE PLAINS, NY 10606-2217

10925   MADDER, JAMES, 1215 VERMONT ST, ARLINGTON, VA 22201

10925   MADDIE, TAMI, 524 ROBIN HILL CR., BRANDON, FL 33510

10925   MADDOCK, CAROLYN, 4026 N 62ND AVE, PHEONIX, AZ 85033

10925   MADDOX COMPRESSOR CO, INC, 2738 INDUSTRIAL DRIVE, WEST WEBER, UT 84401

10925   MADDOX, DAVID, PO BOX 2457, MANDEVILLE, LA 70470-2457

10925   MADDOX, DEVORAH, 55 4TH ST, WINDSOR, CA 95492

10925   MADDOX, DON, 2107 GREENVILLE, MONTGOMERY, AL 36107

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MADDOX, HAROLD, 129 NW 10TH DRIVE, MULBERRY, FL 33860-2058

10925    MADDOX, JOHN, 109 OVERHILL DR, DUNCAN, SC 29334

10925    MADDOX, KEYS, 496 OVERLAND DR, SPARTANBURG, SC 29302-2911

10925    MADDOX, L., RT. 8 BOX 794, ODESSA, TX 79763

10925    MADDOX, LARRY, 1716WILLINGTON ST., PHILADELPHIA, PA 19121

10925    MADDOX, LEOLA, 133 NW 10TH DR, MULBERRY, FL 33860

10925    MADDOX, MICKEY, 224 SHANE RD., CANTON, GA 30114

10925    MADDOX, MONICA, 950 CONLEY ROAD APT. # B-7, ATLANTA, GA 30354

10925    MADDOX, SHANA, 145 SHANE DRIVE, CANTON, GA 30115

10924    MADDUX & SON'S INC., ATTN: JEANNINE BABICK, DOUGLAS, AZ 85608

10925    MADDUX & SONS INC., PO BOX 1077, DOUGLAS, AZ 85608-1077

10924    MADDUX & SONS READY MIX, 1927 PAN AMERICAN AVENUE, DOUGLAS, AZ 85607

10924    MADDUX & SONS READY MIX, ATTN:  JEANNINE BABICK, DOUGLAS, AZ 85608

10925    MADDUX SUPPLY CO - GVS, PO BOX 4219, GREENVILLE, SC 29608

10924    MADDUX SUPPLY CO., 1438 TINTERN ST, CHESAPEAKE, VA 23230

10924    MADDUX SUPPLY CO., 5004 W. CLAY ST., RICHMOND, VA 23230

10924    MADDUX SUPPLY CO., 931 MEETING ST., WEST COLUMBIA, SC 29169

10924    MADDUX SUPPLY CO., P.O. BOX 8208, COLUMBIA, SC 29202

10924    MADDUX SUPPLY COMPANY, P.O. BOX 6968, RICHMOND, VA 23230

10925    MADDUX SUPPLY COMPANY, POBOX 20487, GREENSBORO, NC 27420

10924    MADDUX SUPPLY COMPANY-QCS, 5004 W CLAY ST., RICHMOND, VA 23230

10924    MADDUX SUPPLY COMPANY-QCS, 5426 OLD PINEVILLE RD, CHARLOTTE, NC 28217

10924    MADDUX SUPPLY COMPANY-QCS, 931 MEETING ST, WEST COLUMBIA, SC 29169

10924    MADDUX SUPPLY COMPANY-QCS, PO BOX 20728, GREENSBORO, NC 27420

10924    MADDUX SUPPLY, 3140 HILLSBOROUGH ROAD, DURHAM, NC 27705

10924    MADDUX SUPPLY, PO BOX 2934, DURHAM, NC 27705

10924    MADDUX SUPPLY, PO BOX 568647, ORLANDO, FL 32856-8647

10925    MADDY, GREGORY, 15512 TWP. RD.#464, LOUDONVILLE, OH 44842

10924    MADE WELL PRODUCTS CORP, P O BOX 902, ROSWELL, GA 30077

10925    MADEIRA, ELAINE, RD 4 BOX 4177, FLEETWOOD, PA 19522

10925    MADEJ, JAMES, 181 CHELSEA ROAD, RIVIERA BEACH, MD 21122

10925    MADELEINE B PRITCHARD TR UA, APR 16 94 THE MADELEINE B, PRITCHARD ET AL TRUST, 149
EAST SIDE DR 103, CONCORD, NH 03301-5465

10925    MADELEINE R TAENI, 5271 NAUTILUS DR, CAPE CORAL, FL 33904-5659

10925    MADELENE S SAKASH, 185 GARFIELD AVE, ELMHURST, IL 60126-3901

10925    MADELINE GASPARRO, 23 CHERYL LANE, CLARKSBURG, NJ 08510-1614

10925    MADELINE HOLLAND, C/O PATRICIA CAMPANINI, 708 ROUTE 134, GARDEN COURT UNIT 6, SO
DENNIS, MA 02660

10925    MADELINE HUNTER, 1114 HIPPAN AVE, STAMFORD, CT 06902

10925    MADELINE K MOONEY, 2001 CLINTON AVE S, APT A103, ROCHESTER, NY 14618-5707

10925    MADELINE, KELLY, 621 NE 56TH ST, FT. LAUDERDALE, FL 33334

10925    MADELYN M PAGANO &, THOMAS J PAGANO JT TEN, 4431 PERRY CIRCLE, SEVEN HILLS, OH 44131-
5946

10925    MADELYNN J SEHLHORST, 13296 OCEAN VISTA RD, SAN DIEGO, CA 92130-1862

10925    MADEP BUREAU OF WASTE SITE CLEANUP, 627 MAIN ST, WORCESTER, MA 01608

10925    MADEP BUREAU OF WASTE SITE CLEANUP, ONE WINTER ST 7TH FL, BOSTON, MA 02108

10925    MADEP, 20 RIVERSIDE DR, LAKEVILLE, MA 02347

10925    MADEP, LEN PINAUD PROJECT MANAGER, 20 RIVERSIDE DR, LAKEVILLE, MA 02347

10924    MADER CONSTRUCTION TRAILER YARD, EAST COAST PARK, LAND STREET ROAD, APOPKA, FL
32712

10924    MADER CONSTRUCTION, 970 BULLIS RD, ELMA, NY 14059

10924    MADER CONSTRUCTION, 970 BULLIS ROAD, ELMA, NY 14059

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MADER SOUTH EAST INC, 801 MARSHALL FARMS RD, OCOEE, FL 34761

10924    MADER SOUTHEAST, 801 MARSHALL FARMS ROAD, OCOEE, FL 34761

10924    MADER SOUTHEAST, INC., CAMBRIDGE, MA 02140

10925    MADER, NORBERT, ONE DUNLOGGIN AVE, NASHUA, NH 03063

10924    MADERA COMMUNITY COLLEGE, GOLDEN STATE, MADERA, CA 93637

10925    MADERE JR, ANTHONY I, 3420 TENNESSEE AVE., KENNER, LA 70065

10925    MADERE, JAMES, 312 GERMAINE RD, PINEVILLE, LA 71360

10925    MADERE, JR, ANTHONY, 3420 TENNESSEE AVE., KENNER, LA 70062

10924    MADEWELL PRODUCTS CORP, 775 BRANCH DRIVE, ALPHARETTA, GA 30201

10924    MADEWELL PRODUCTS CORP, P O BOX 902, ROSWELL, GA 30077

10925    MADEWELL, HOYLE, 119 E. DAUGHERTY, CARTERVILLE, MO 64835

10925    MADEY, ROBERT L, PO BOX 867, MEDINA, OH 44258

10925    MADEY, ROBERT, PO BOX 867, MEDINA, OH 44258

10924    MADICO, INC., 64 INDUSTRIAL PARKWAY, WOBURN, MA 01801

10924    MADICO, INC., PO BOX 4023, WOBURN, MA 01801

10925    MADIGAN, ALLISON, 735 RICHMOND ST, E TAUNTON, MA 02718

10925    MADIGAN, MARK, 1971 DENBURY DRIVE, BALTIMORE, MD 21222

10925    MADIGAN, ROBERT, 8-B RIVERSIDE AVE, HUDSON, NH 03051

10925    MADILL, LAURA, 11555 SOUTH FORK, BATON ROUGE, LA 70816

10924    MADISON BLOCK & STONE CO, 4280 HOEPKER ROAD, MONONA, WI 53716

10924    MADISON BLOCK & STONE, 5813 N. HWY. 51, MADISON, WI 53704

10924    MADISON BLOCK & STONE, PO BOX8894, MADISON, WI 53708

10925    MADISON COMPLEX INC, LEE LARWECK, 1720 MADISON, MINNEAPOLIS, MN 53418-4400

10924    MADISON CONC PIPE & PROD, 3725 LEXINGTON AVE, MADISON, WI 53714

10924    MADISON CONC PIPE &, PRODUCTS, MADISON, WI 53714

10924    MADISON CONC PROD., 1091 RTE 5, CHITTENANGO, NY 13037

10924    MADISON CONCRETE PROD, P O BOX 296, CHITTENANGO, NY 13037

10924    MADISON CONCRETE PROD, PO BOX 296, CHITTENANGO, NY 13037

10925    MADISON CORP, DOUGLAS T MADSEN, 2563 W BELTLINE HWY PO BOX 620800, MIDDLETON, WI 53562-0800

10925    MADISON CRUSHING AND EXCAVATION CO, BILL ZEIGLER, 5185 REINER ROAD, MADISON, WI 53718

10925    MADISON CRUSING & EXCAVATING INC, MURPHY & DESMOND SC ROBERT A PASCH, PO BOX 2038, MADISON, WI 53701-2038

10924    MADISON ELECTRIC, 1131 CENTER DR, AUBURN HILLS, MI 48326

10924    MADISON ELECTRIC, 20189 NOTHLINE RD., TAYLOR, MI 48180

10924    MADISON ELECTRIC, 2492 GIBSON, WARREN, MI 48089

10924    MADISON ELECTRIC, 31855 VAN DYKE AVENUE, WARREN, MI 48093-1047

10924    MADISON ELECTRIC, 3900 JACKSON RD, ANN ARBOR, MI 48103

10924    MADISON ELECTRIC, 44421 GROESBECK, CLINTON TOWNSHIP, MI 48036

10924    MADISON ELECTRIC, 44525 GRAND RIVER, NOVI, MI 48375

10924    MADISON ELECTRIC, 4618 GREEFIELD, DEARBORN, MI 48126

10924    MADISON ELEMENTARY, PHOENIX, AZ 85019

10925    MADISON EUROPE BVBA, N.TRADE BLDG 7TH FL.NOORDERLAAN-133, ANTWERP BELGIUM, 02030BELGIUM          *VIA Deutsche Post*

10924    MADISON FARM STRUCTURES, P.O. BOX 5, WINONA, MN 55987

10924    MADISON FARM STRUCTURES, PARIRIE ISLAND RD, WINONA, MN 55987

10924    MADISON FARM STRUCTURES, PRAIRIE ISLAND RD., WINONA, MN 55987

10925    MADISON GAS & ELECTRIC CO, MIKE RICCIARDI, PO BOX 1231, MADISON, WI 53071

10925    MADISON GAS & ELECTRIC, AXLEY BRYNELSON STEVEN M STRECK, PO BOX 1767, MADISON, WI 53701-1767

10925    MADISON JOINT VENTURE, RICHARD E JACOBS GROUP INC, 25425 CENTER RIDGE ROAD, WESTLAKE, OH 44145

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MADISON MEDICAL CENTER GODREY & KA, LINDA M CLIFFORD / TIMOTHY F NIXON, ONE EAST MAIN ST PO BOX 2719, MADISON, WI 53701-2719

10925 MADISON NEWSPAPERS INC, MICHAEL JAMESON MR P L CHASE, 1901 FISH HATCHERY ROAD, MADISON, WI 53713-1297

10925 MADISON NEWSPAPERS, BOARDMAN SUHR CURRY & FIELD CATHE, PO BOX 927, MADISON, WI 53701-0927

10924 MADISON READY MIX INC, P.O. BOX 1388, LOGAN, WV 25601

10924 MADISON READY MIX INC., 485 OHIO PLACE, MADISON, WV 25130

10924 MADISON READY MIX INC., P O BOX 1388, LOGAN, WV 25601

10924 MADISON READY MIX, 5385 WEST RIVER ROAD, WAUNAKEE, WI 53597

10924 MADISON READY MIX, WEST HIGHWAY 34, MADISON, SD 57042

10925 MADISON SQUARE GARDEN, 4 PENNSYLVANIA PLAZA, NEW YORK, NY 10001

10925 MADISON, DAVID, 3 TYNAN LANE, PORTOLA VALLEY, CA 94028

10925 MADISON, JOANNE, 3553 BALDWIN DR, EASTON, PA 18042

10925 MADISON-KIPP CORP, RICHARD RIESEN, PO BOX 2027, MADISON, WI 53704

10925 MADISON-KIPP CORP, TOM CALDWELL, PO BOX 3037, MADISON, WI 53704

10925 MADISON-KIPP, MICHAEL BEST & FRIEDRICH CHARLES V, ONE SOUTH PINCKNEY ST, PO BOX 1806, MADISON, WI 53701-1806

10924 MADISONVILLE CONCRETE CO., P.O. BOX 564, MADISONVILLE, KY 42431

10924 MADIX MANUFACTURING CO., PO BOX 24760, ECLECTIC, AL 36024-006

10925 MADONIA-DECKERT, JEANNE, 16 BENNETT ST, HUDSON, MA 01749

10925 MADORE, ROBERT, 35 KNOLLWOOD CIRCLE, CONTOOCOOK, NH 03229

10925 MADOVER, ROSE, 96 OLD BROOK RD, DIX HILLS, NY 11746

10925 MADOWICZ, MANDI, 98-05 67TH AVE., REGO PARK, NY 11374

10925 MADRAY, ANGELA, 3730 B TOWNE POINT, PORTSMOUTH, VA 23703

10925 MADREN, LARRY, 1233 255TH ST, LINDENLD, IA 50146

10925 MADREN, SANDRA, PO BOX 684, TAPPAHANNOCK, VA 22560

10924 MADRID THEATRES, SIPLAST, 21622 SHERMAN WAY, CANOGA PARK, CA 91309

10925 MADRID, CARLOS, 21932 S. HANSON AVE, CARSON, CA 90745

10925 MADRID, CHARLES, 1521 N. ELLISON, GUYMON, OK 73942

10925 MADRID, FRANCISCO, 2900 E.LESTER ST., TUCSON, AZ 85716

10925 MADRID, HERMAN, 1513 PRADO DEL SOL, EL PASO, TX 79936

10925 MADRID, JOE, 545 E. MAIN, STERLING, KS 67579

10925 MADRID, LILLY, PO BOX 291, DELANO, CA 93215

10925 MADRID, MARIE, 11871 EAST COGHILL, WHITTIER, CA 90601

10925 MADRID, OSCAR, 6222 W. CLAREMONT, GLENDALE, AZ 85301

10925 MADRID, PATRICIA, PO DRAWER 1508, SANTA FE, NM 87504-1508

10925 MADRID, TIRSO, 7150 N. 56TH AVE., GLENDALE, AZ 85301

10925 MADRIGAL, JULIAN, 6168 WILSON BLVD #2, ARLINGTON, VA 22205

10925 MADRIGAL, LEO, 5102 N 11 AVE C101, PHOENIX, AZ 85013-2162

10925 MADRIGAL, MARGARITA, 855 PALAMAR WAY, OXNARD, CA 93033

10925 MADSEN & HOWELL INC., 500 MARKET ST., PO BOX 391, PERTH AMBOY, NJ 08862

10925 MADSEN KNEPPERS & ASSOCIATES INC, 2851 SOUTH PARKER ROAD SUITE 450, AURORA, CO 80014

10925 MADSEN, MARJORIE H, 12523 PORTADA PLACE, SAN DIEGO, CA 92130-2208

10925 MADSEN, PAMELA SUE, 1014 K ST APT 4, EUREKA, CA 95501

10925 MADSENS HESS, 6315 WASHINGTON BLVD, ELKRIDGE, MD 21075

10925 MADSON, R, 168 GRAND VIEW AVE, SAN FRANCISO, CA 94114

10925 MADUREIRA, MARIA, TAUNTON, MA 02780

10925 MADY JR, JAMES JOHN, 3516 W FOREST LAKE DR, FLORENCE, SC 29501-8270

10925 MADY, DOROTHY, PO BOX 907, J, DUBLIN, VA 24084

10925 MAE BROWN, 3071 EDWIN AVE APT 46, FORT LEE, NJ 07024-3665

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MAE JEAN MILLER, 4137 BRADFORD, JOHNSON CITY, TN 37601-1064

10925 MAE MAY, 4829 W AINSLIE, CHICAGO, IL 60630-2401

10925 MAE, NANCY, 17232 HUNTERSVILLE CONCORD RD, HUNTERSVILLE, NC 28027

10925 MAEDKE, SHAWN, 2662 TROJAN DR APT 917, GREEN BAY, WI 54304

10925 MAEL, THOMAS, 10742 LAKE EDGE CT, NEW MARKET, MD 20774

10925 MAENG, KYUNG, 3912 SHELLEY LN., ANNANDALE, VA 22003

10925 MAERZ, VICKY, 207 BRUNS ST, DE FOREST, WI 53532

10925 MAES, G, 2911 OLD MILL RD, RACINE, WI 53405

10925 MAES, PETER, 384 CEDAR HILL AVE, WYCKOFF, NJ 07481

10925 MAES, VINCENTE, 629 ESPANOLA SE, ALBUQUERQUE, NM 87108

10925 MAFFA, MARILYN, 59 PLEASANT ST, WAKEFIELD, MA 01880

10925 MAFFE III, FRANCIS, 2000 URSULINE WAY, ACWORTH,, GA 30101

10925 MAFFEO, CARL, 739 LARGE AVE, CLAIRTON, PA 15025

10925 MAFFETT, MITCHELL, PO BOX 301, PERRYSVILLE, OH 44864

10925 MAFFETT, TERETHA, 1708 W 22ND ST., ANNISTON, AL 36201

10925 MAFFEYS LOCK & SAFE CO., 1172 E GRAND ST, ELIZABETH, NJ 07201-2324

10925 MAGALLANE, ERMALINDA, 2540 SEAHORSE AVE, VENTURA, CA 93001

10924 MAGAN ELECTRIC, 2940 WISCONSIN ST., STURTEVANT, WI 53177

10925 MAGANA, ARMANDO, 1605 W. CIRCLE B DR, TUCSON, AZ 85713

10925 MAGANA, FRANCISCO, 2615 4TH ST NE, WASHINGTON, DC 20002

10925 MAGANA, GABRIEL, 1242 KEARNEY ST., RIVERSIDE, CA 92501

10925 MAGANA, JUAN, 33731 9TH ST, UNION CITY, CA 94587

10925 MAGANA, RAFAEL, 1010 SANTA CRUZ, SAN PEDRO, CA 90731

10925 MAGANA, RUDOLPH, 2815 FIFTH ST, STAFFORD, TX 77477

10925 MAGARO, JUDE, 2802 SWISS PINE COURT, HARLINGEN, TX 78550

10925 MAGAS, GERALD, 715 SCHOOL ST, CRAIG, CO 81625

10925 MAGAT, IRENE, 12 CORIANDER WAY, ENGLEWOOD, NJ 07631

10925 MAGAT, MARIA DONNAR, 12 CORIANDER WAY, ENGLEWOOD, NJ 07631

10925 MAGAZINE OF MASONRY, THE, 426 S.WESTGATE ST., ADDISON, IL 60101-4546

10925 MAGAZINE, JAY, 230 RIVERSIDE DR, NEW YORK, NY 10025

10924 MAG-CRETE INC, PO BOX 347, GILBERT, SC 29054

10925 MAGDA, JOSEPH, 694 BROOKWOOD CIRCLE, LAURENS, SC 29360

10925 MAGDALEN SLEEMAN, 20 CHERVILLE ST, ROMSEY HAMPSHIRE, S051 8FDUNITED KINGDOM    *VIA Deutsche Post*

10925 MAGDALENO, CRISTINA, 13841 VANOWEN, 205, VAN NUYS, CA 91405

10925 MAGDANGAL, ROSEMARIE, 79-16 31 AVE APT #3, JACKSON HGHT, NY 11370

10925 MAGDEN, DONNA, 10691 EGLANTINE CT., SAN DIEGO, CA 92131

10925 MAGDICH, THERESA, 134 HIGH ST, IMPERIAL, PA 15126

10924 MAGDON BOYD/SHERMAN REHAB CTR., 315 W. MCLAIN DR., SHERMAN, TX 75092-2605

10924 MAGEE & GRAHAM, 1937 RTE 35 @ ALLAIRE RD, WALL TOWNSHIP, NJ 07719

10924 MAGEE HOSPITAL, 300 HALKET STREET, PITTSBURGH, PA 15230

10924 MAGEE HOSPITAL, CAMBRIDGE, MA 99999

10924 MAGEE HOSPITAL, FORBES & HALKET STREETS, PITTSBURGH, PA 15200

10924 MAGEE HOSPITAL, FORBES & HALKET STREETS, PITTSBURGH, PA 15213

10924 MAGEE HOSPITAL, FORBES & HALKET STREETS, PITTSBURGH, PA 15230

10925 MAGEE JR, JOHN, 2902 MT. SNOW CT., ELLICOTT CITY, MD 21042

10924 MAGEE WOMENS HOSPITAL, 300 HALKETT STREET, PITTSBURGH, PA 15213

10924 MAGEE WOMENS HOSPITAL, FORBES & BALKET ST., PITTSBURGH, PA 15213

10925 MAGEE, BOBBY, PO BOX 412, FRANKLINTON, LA 70438

10925 MAGEE, C, ROUTE 2 BOX 7, ANGIE, LA 70426

10925 MAGEE, ELIZABETH, 17 CLOISTER RD, LEVITTOWN, PA 19057

10925 MAGEE, JOE, 823 GOV. NICHOLLS, NEW ORLEANS, LA 70116

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MAGEE, PAGANO & ISHERWOOD, NJ 07719, NJ 07719

10925    MAGEE, RAY, 734 SEAWALL BLVD., BALTIMORE, MD 21221

10925    MAGEE, RONALD, 17574 GENERAL FORREST, BATON ROUGE, LA 70817-3337

10925    MAGEE, SHARON, 32 CROSS RIDGE, GREENVILLE, SC 29607

10925    MAGEE, THOMAS, 3102 LE MENLO DR. #25, VANCOUVER, WA 98683

10925    MAGERS, SAMANTHA, 9665 STRADLEY RD, ST LOUISVILLE, OH 43071

10925    MAGGARD, FRANK, 5508 W 71ST, PRAIRIE VILLAGE, KS 66208

10925    MAGGARD, JR, DELBERT, 11226 FM682, YOAKUM, TX 77995-6791

10925    MAGGARD, TRAVIS, 5762 ST. RTE. 82, HIRAM, OH 44234

10925    MAGGI, R, 921 WOODCREST DRIVE, DOVER, DE 19901

10925    MAGGIAR, MICHAEL, 125 W. 85TH ST, NEW YORK, NY 10024

10925    MAGGIO, CHARLES W, CUST FOR CHRISTOPHER S MAGGIO, UNIF GIFT MIN ACT CT, 9 TREADWELL LA, WESTON, CT 06883-1949

10925    MAGGIO, DENISE, 13441 AVE K, CHICAGO, IL 60633

10925    MAGGIO, JR, HERBERT, 17 FAIRVIEW AVE, WILMINGTON, MA 01887

10925    MAGGIO, ROBERT A, 6032 WINTER GRAIN PATH, CLARKSVILLE, MD 21029

10925    MAGGIO, ROBERT, 6032 WINTER GRAIN PATH, CLARKSVILLE, MD 21029

10925    MAGGIO, ROBERT, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    MAGGIO, TONYA, 33214 FAIRWAY ROAD, LEESBURG, FL 34788

10925    MAGIC BOX COMPUTER, PO BOX 025315, DEPT 300, MIAMI, FL 33102-5315

10925    MAGIC CITY ROOFING, INC, PO BOX 320264, BIRMINGHAM, AL 35232

10924    MAGIC FINISHES CO., 2947 BUCHANAN S.W., GRAND RAPIDS, MI 49548

10925    MAGIC MESSENGER INC, 14709 ARTESIA BLVD, LA MIRADA, CA 90638

10925    MAGIC MESSENGER INC., PO BOX 90598, LOS ANGELES, CA 90009

10925    MAGIC RESTAURANTS INC., 1 EXECUTIVE BLVD, YONKERS, NY 10701

10924    MAGIC VALLEY CONCRETE, INC., 2 MILES EAST OF HWY 77, SAN BENITO, TX 78586

10924    MAGIC VALLEY CONCRETE, INC., CONWAY & EXPRESSWAY 83, MISSION, TX 78573

10924    MAGIC VALLEY, 714 E. CHAPIN, EDINBURG, TX 78539

10924    MAGIC VALLEY, HWY 511, BROWNSVILLE, TX 78521

10924    MAGIC VALLEY, S. CONWAY EXPRESSWAY 83, MISSION, TX 78572

10925    MAGIC WAND, 1100 EAST COLTON AVE, NORTH LAS VEGAS, NV 89030

10925    MAGICAL MEANS, 701 M.L.K. HWY., LAKE CHARLES, LA 70601

10925    MAGID GLOVE & SAFETY MFG., 2060 N KOLMAR AVE, CHICAGO, IL 60639

10925    MAGID GLOVE MFG CO INC, 2060 N KOLMAR AVE, CHICAGO, IL 60639-3483

10925    MAGINN, ROBERT, C/O LYNN VANRIPER, DELAWARE, OH 43015-0000

10925    MAGLAQUE, MARCELA, 83 E MIDLAND AVE, PARAMUS, NJ 07652

10925    MAGLIARDITI, JOSEPH W, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    MAGLIARDITI, JOSEPH, 12 CHANDLER AVE, TAUNTON, MA 02780

10925    MAGLICIC, ROBERT, BOX 71, DUNLEVY, PA 15432

10925    MAGLINGER, WILLIAM, 501 JEFF PLACE, OWENSBORO, KY 42301-1608

10925    MAGLIO, DENISE, 1294 TRAIL WAY DR, GRAFTON, WI 53024

10925    MAGLIONE, DIANE, 18683 SHAUNA MANOR DR, BOCA RATON, FL 33496

10925    MAGLIONICO, M, 3941 W. CAMPO BLVD, GLENDALE, AZ 85308

10924    MAGNA COATINGS CORPORATION, 2422 CADES WAY, VISTA, CA 92083

10924    MAGNA CONTACT LENSES, INC., 441 WADSWORTH BLVD., DENVER, CO 80226

10924    MAGNA FACILITY, 28895 HAGGERTY ROAD, NOVI, MI 48377

10924    MAGNA FLUX, INDUSTRAIL STREET, DE WITT, IA 52742

10925    MAGNA MACHINE COMPANY, 11180 SOUTHLAND ROAD, CINCINNATI, OH 45240-3202

10925    MAGNA MANUFACTURING INC, POBOX 1000, WEST BROOKFIELD, MA 01585-1000

10924    MAGNA TECHNOLOGIES, 602 WILSHIRE DRIVE, TROY, MI 48084

10925    MAGNACOM DISTRIBUTORS, 951 BROKEN SOUND PKWY, BOCA RATON, FL 33487

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10925  MAGNAFLAME METALS, PO BOX 941475, ATLANTA, GA 31141

10925  MAGNAFLAME, PO BOX 941475, ATLANTA, GA 30341

10924  MAGNALITE, 2900 LOCKHEED WAY, CARSON CITY, NV 89706

10925  MAGNANI, PHYLLIS, 123 S. DUNTON AVE, ARLINGTON HTS, IL 60005

10925  MAGNATAG, 2031 ONEILL ROAD, MACEDON, NY 14502-8953

10925  MAGNAVOX, US 30 & 600 EAST ROUTE 7, COLUMBIA CITY, IN 46725

10925  MAGNEQUENCH INTERNATIONAL INC, 6435 SCATTERFIELD, ANDERSON, IN 46013

10925  MAGNER JR, JAMES E, CUST FOR MAUREEN MONICA MAGNER, UNIF GIFT MIN ACT-PENNA, 3307 CHADBOWME RD, SHAKER HGTS, OH 44120-3375

10925  MAGNER, DAVID, 2 TALBOT RD, CANTON, MA 02021

10925  MAGNER, EMMET, 917 20TH AVE SW, CEDAR RAPIDS, IA 52404

10925  MAGNER, PETER, 4021 N TAYLOR ST, ARLINGTON, VA 22207

10925  MAGNESIUM ELEKTRON, INC, PO BOX 8500-2480, PHILADELPHIA, PA 19178-2480

10925  MAGNESIUM ELEKTRON, INC, PO BOX 8500-2480, PHILADELPHIA, PA 19178-2480

10925  MAGNESS, JENNIFER, 624 RED SPRUCE TRAIL, LAKE VILLA, IL 60046

10925  MAGNESS, PATRICK, 37042 AVON DR, LAKE VILLA, IL 60046

10925  MAGNETEK, 1160 DUBLIN ROAD, COLUMBUS, OH 43215

10925  MAGNETEK, 16555 WEST RYERSON ROAD, NEW BERLIN, WI 53151

10925  MAGNETEK, 669 NACHEZ TRACE DR, LEXINGTON, TN 38351

10925  MAGNETEK, 800 KING AVE, COLUMBUS, OH 43216

10924  MAGNETIC PERIPHERALS, 5300 W. 76TH STREET, MINNEAPOLIS, MN 55435

10925  MAGNETIC SEAL CORP, PO BOX 445, WARREN, RI 02885

10925  MAGNETICO INCORPORATED, 182 MORRIS AVE, HOLTSVILLE, NY 11742

10925  MAGNETICOS DE CENTROAMERICA SA, C/O WORLDBOX CR-7000 3896 BISCAYNE, MIAMI, FL 33137-9999

10925  MAGNETROL INTERNATIONAL INC, DEPT J POBOX 4713, NORTH SUBURBAN, IL 60197-4713

10925  MAGNETROL INTERNATIONAL, 5300 BELMONT ROAD, DOWNERS GROVE, IL 60515

10925  MAGNETROL INTERNATIONAL, 6701 BAUM DR, SUITE 245, KNOXVILLE, TN 37919

10925  MAGNETROL INTERNATIONAL, DEPT.77-5612, CHICAGO, IL 60678-5612

10925  MAGNETROL INTL, INC, DEPT. 77-5612, CHICAGO, IL 60678-5612

10925  MAGNETROL, DEPT. J PO BOX 4713, NORTH SUBURBAN, IL 60197-4713

10925  MAGNETROL, INC, 7844 BELAIR ROAD, BALTIMORE, MD 21236

10924  MAGNI INDUSTRIES, 10250 TOEBBEN DRIVE, INDEPENDENCE, KY 41051

10924  MAGNI INDUSTRIES, 2771 HAMMOND, DETROIT, MI 48209

10924  MAGNI INDUSTRIES, 300 PARK STREET, BIRMINGHAM, MI 48009

10924  MAGNI INDUSTRIES, ATTN ACCTG, 300 PARK STREET, BIRMINGHAM, MI 48009

10925  MAGNI INDUSTRIES, ATTN PURCHASING, 300 PARK STREET, BIRMINGHAM, MI 48009

10925  MAGNO, ANGELA, 94-11 59TH AVE. APT. C 14, ELMHURST, NY 11373

10925  MAGNO, CARLO, 1006 MERCY AVE, SAN LEANDRO, CA 94579

10924  MAGNOLIA HIGH SCHOOL, 14350 F M 1488, MAGNOLIA, TX 77355

10924  MAGNOLIA HOSPITAL, HOSPITAL & ALCORN DRIVE, CORINTH, MS 38834

10925  MAGNOLIA TRUCK WASH, PO BOX 537, RIDGELAND, MS 39158-0537

10924  MAGNUM DIAMOND, 1 CONCOURSE DRIVE, RAPID CITY, SD 57701

10924  MAGNUM DRYWALL/THE COLONNADE, 615 SUN VALLEY RD., KETCHUM, ID 83340

10924  MAGNUM ELECTRIC, 1537 FOWLER SE, RICHLAND, WA 99352

10924  MAGNUM ELECTRIC, DEBEQUE H.S. 7630 MINTER AVE, DE BEQUE, CO 81630

10925  MAGNUM INTERNATIONAL, PO BOX 1727, CALUMET CITY, IL 60409

10924  MAGNUM PACIFIC, 1571 OAK PARK BLVD, PLEASANT HILL, CA 94523

10924  MAGNUM PACIFIC, GISH ROAD AND OLD BAYSHORE HIGHWAY, SAN JOSE, CA 95110

10925  MAGNUM, 1280 NE 48TH ST, POMPANO BEACH, FL 33064

10925  MAGNUS, WALTER, 610 AVE A EAST, WINTER HAVEN, FL 33880-6031

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MAGNUSON, CYNTHIA, 31544 HIPSHOT, CASTAIC, CA 91384

10925   MAGOSOUBA, MAGASOUBA, 10457 SHERADON AVE., NEW YORK, NY 10468

10925   MAGPANTAY, JIMMY, 1070 BRIARWOOD, #4, RENO, NV 89434

10924   MAGRABAR CHEMICAL CORP., 6100 MADISON CT., MORTON GROVE, IL 60053

10925   MAGRADY, MICHAEL, 7605 GENE DRIVE, WONDER LAKE, IL 60097

10925   MAGRUDER, R, 1309 N. 40, SPRINGDALE, AR 72764

10925   MAGSAMEN, WILLIAM, 25-32 35 ST, ASTORIA, NY 11103

10925   MAGSINO, MONALISA, 2727 LUNGOS CT., SAN DIEGO, CA 92154

10925   MAGSON UNIFORM CO INC, PO BOX 368, KENSINGTON, CT 06037

10925   MAGSTADT, DENNIS, 245 ROCK BRIDGE DR, WINDSOR, CO 80550-6152

10925   MAGUIRE PROPERTIES, INC, 770 ROCK BEACH ROAD, ROCHESTER, NY 14617

10925   MAGUIRE WOODS BATTLE & BOOTHE, SUITE 900 TYSONS CORNER, MCLEAN, VA 22101

10925   MAGUIRE, ARTHUR, 127 RYE RIDGE RD., HARRISON, NY 10528-9998

10925   MAGUIRE, DAVID, 167 EAST HIGH ST, AVON, MA 02322

10925   MAGUIRE, JOHN, 621 FOREST COURT, CLAYTON, MO 63105

10925   MAGUIRE, NORA M, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   MAGUIRE, NORA, 10285 ALLEGRO DRIVE, BOCA RATON, FL 33428

10925   MAGUIRE, RICHARD, 122 PIGEON LOOP, LAFAYETTE, LA 70508-6211

10925   MAGUIRE, SUSAN, 53827 ORANGE DR, ALTAMONTE SPRGS, FL 32701

10925   MAGUIRE, YVONNE, 33 JESSE ST, FAIRHAVEN, MA 02719

10925   MAGURNO, LINDA, 106 CASSIDY PL, STATEN ISLAND, NY 10301

10925   MAH OCCUPATIONAL HEALTH, 330 MOUNT AUBURN ST, CAMBRIDGE, MA 02238

10925   MAHAFFEE, CINDY, 2818 SHENANDOAH AVE, CHARLOTTE, NC 28205

10925   MAHAFFEE, MIA, 1618 PARK PLACE DR., WESTERVILLE, OH 43081

10925   MAHAFFEY, ANTONIO, 106 SIGMON DR, MAULDIN, SC 29662

10925   MAHAFFEY, BETTY, 110 SUNRISE AVE, SIMPSONVILLE, SC 29681

10925   MAHAFFEY, JAMES, 914 BELLVIEW ROAD, WOODRUFF, SC 29388

10925   MAHAFFEY, JANET, 1340 JONESVILLE RD, SIMPSONVILLE, SC 29681

10925   MAHAFFEY, ROBERT, 109 WEXFORD DR, TAYLORS, SC 29687

10925   MAHAFFEY, SR, GEORGE, RT. 3 BOX 105, DEQUINCY, LA 70633

10925   MAHAFFEY, SYLVIA, 914 BELLVIEW RD, WOODRUFF, SC 29388

10925   MAHAFFEY, TONIA, 109 WEXFORD DR, TAYLORS, SC 29687

10925   MAHAFFEY, WILLIAM, 1340 JONESVILLE ROAD, SIMPSONVILLE, SC 29681

10925   MAHALEY, JOHN, 601 NORTHCREST DRIVE, CHARLOTTE, NC 28206-1736

10925   MAHALL, DAVID, 1810 ELK AVE, POTTSVILLE, PA 17901

10925   MAHAN, ARTHUR, 8731 HINMAN, HOUSTON, TX 77061

10925   MAHAN, DIANA, 1550 BELL, AMARILLO, TX 79109

10925   MAHAN, MELISSA, 1128 GREENSPORT CT., FORT WORTH, TX 76112

10925   MAHAN, R, 2560 N BOONVILLE, SPRINGFIELD, MO 65803

10925   MAHANAY, TERRY, 2116 NW 35, OKLAHOMA CITY, OK 73112

10925   MAHANEY ROOFING COMPANY, 1953 OHIO, WICHITA, KS 67214

10925   MAHANEY, CAROLYN, 2033 N ROCHESTER, INDIANAPOLIS, IN 46222

10925   MAHAR AND SOMYAK, 3401 LOUISIANA, SUITE 320, HOUSTON, TX 77002-9547

10925   MAHAR, CYNTHIA S, 60 GROVE ST, RUTLAND, VT 05701-3401

10925   MAHAR, SCOTT, 25 ROUND HILL ROAD, POUGHKEEPSIE, NY 12603

10925   MAHASSENI, MANDANA, 22100 VICTORY BLVD, WOODLAND HILLS, CA 91367

10925   MAHENDRA, DEWA, 115 ST. STEPHENS APT 55, BOSTON, MA 02115

10925   MAHER II, TIMOTHY, PKWY, FREMONT, CA 94536

10925   MAHER PLUMBING INC, 6418 OGDEN AVE, BERWYN, IL 60402

10925   MAHER, CYNTHIA L, 2641 GATELY DR W UNIT #2104, WEST PALM BEACH, FL 33415

10925   MAHER, CYNTHIA, 11533 ROLLING BROOK ROAD, CHESTER, VA 23831

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MAHER, DENNIS, 90 TURNER RD, SCITUATE, MA 02066

10925   MAHER, DIANE, 949 SE 22 AVE, POMPANO BEACH, FL 33062

10925   MAHER, KATHY, 8 EUGLEY PARK EAST, N READING, MA 01864

10925   MAHER, LISA, 135 MONROE TRAIL, HOPATCONG, NJ 07843

10925   MAHER, PATRICIA, 23554-4 SAN FERNANDOROAD, NEWHALL, CA 91321

10925   MAHER, RONALD, PO BOX 29, NANTICOKE, MD 21840

10925   MAHEU, ELMER, 1285 CORONADA DR., LAWRENCEVILLE, GA 30243

10925   MAHL, H, PO BOX 68, WRIGHTVILLE BEACH, NC 28480

10925   MAHLER, AIDA, 158 THIRD ST, ELIZABETH, NJ 07206

10925   MAHLER, E MIRIAM, 5800 S. WINWOOD DR., JOHNSTON, IA 50131

10925   MAHLON LEE, 746 HYDE ST, SAN FRANCISCO, CA 94109-5922

10925   MAHLUM, BARBARA, 2955 SHADOW LAWN, MOMENCE, IL 60954

10925   MAHMOND ADAM, 31800 CHESTNUT LN, PEPPER PIKE, OH 44124-4322

10925   MAHMOOD, ABID, 220 LITTLETON ROAD, PARSIPPANY, NJ 07054

10925   MAHMOOD, SYED, 6236 N. HOYNE AVE, 1C, CHICAGO, IL 60659

10925   MAHN, DEBBIE, 1704 S.39TH ST., MESA, AZ 85206

10924   MAHNGHAM, HARDY, & ROLFS, 600 JEFFERSON ST STE 1400, LAFAYETTE, LA 70509

10925   MAHON, ALFRED, 18 UPTON ST, CAMBRIDGE, MA 02139-3809

10925   MAHON, KAREN, 807 HARBOR AVE, ELLENTON, FL 34222

10925   MAHONE, FRANCES, 837 60TH ST., 4, OAKLAND, CA 94608

10925   MAHONE, TERRANCE, 1734 N. PENNSYLVANIA, INDIANAPOLIS, IN 46208

10925   MAHONEY, ANA, 4005 S. HOCKER AVE, INDEPENDENCE, MO 64055

10925   MAHONEY, BRIAN, 177 BURLINGTON ST, WOBURN, MA 01888

10925   MAHONEY, BRIDGET, 2 FAIRWAY CT, ALBANY, NY 12208

10925   MAHONEY, DENNIS, 716 MEADOWCREEK CL, AMBLER, PA 19002

10924   MAHONEY, HOGAN, HEFFLER, & HEALD, 777 14TH ST NW, WASHINGTON, DC 20005

10925   MAHONEY, JAMES, BOX 266, NORWAY, IA 52318

10925   MAHONEY, JOHN D, 2973 CARLTON ROAD, SHAKER HEIGHTS, OH 44122

10925   MAHONEY, JOHN, 2973 CARLTON ROAD, SHAKER HEIGHTS, OH 44122

10925   MAHONEY, KEVIN, 1099 MAIN ST., NORWELL, MA 02061

10925   MAHONEY, LEO, CUST FOR MEGHAM MAHONEY, UNDER MA UNIF TRAN TO MIN ACT, 28 CHARD ROAD, TYINGSBORO, MA 01879-1287

10925   MAHONEY, LORI, 64 DUNBAR ST, BROCKTON, MA 02402

10925   MAHONEY, MICHAEL, POBOX 1000, HALIFAX, NS B3J 2X4CANADA     *VIA Deutsche Post*

10925   MAHONEY, RHEA, 1302 E. CLIVEDEN ST, PHILADELPHIA, PA 19119

10925   MAHONEY, SEAN, 2767 N. SUMMIT AVE., MILWAUKEE, WI 53211

10925   MAHONEY, TERRANCE, 1000 16TH AVE SE, CEDAR RAPIDS, IA 52403

10925   MAHONEY, W, 5202 PHILLIPS, TEXAS CITY, TX 77590

10925   MAHONEY,HAWKES & GOLDINGS, 75 PARK PLAZA, BOSTON, MA 02110

10925   MAHONING BUILDERS INC, PO BOX 2265, NEW CASTLE, PA 16102

10924   MAHONING PAINT, 653 JONES STREET, YOUNGSTOWN, OH 44502

10924   MAHONING PAINT, PO BOX 1282, YOUNGSTOWN, OH 44501

10925   MAHONY, DEVIN, 111 MERCER ST, WALLINGTON, NJ 07057

10925   MAHONY, KATHLEEN, 2921 S VALENTIA, DENVER, CO 80231-4251

10925   MAHOOD, ROBERT, 2700 TANGLEWOOD, ODESSA, TX 79762-8048

10925   MAHR FEDERAL INC, POBOX 9400, PROVIDENCE, RI 02940

10925   MAHR FEDERAL, INC, 1144 EDDY ST., PROVIDENCE, RI 02940

10925   MAHR FEDERAL,INC, PO BOX 9400, PROVIDENCE, RI 02940

10925   MAHR, DONNA, 2409 SPRINGDALE ROAD, 1A, WAUKESHA, WI 53186

10925   MAHRAUN, BARBARA H, CUST FOR JANINE E MAHRAUN, UNIF GIFT MIN ACT IA, 729 FERNWOOD DR NE, CEDAR RAPIDS, IA 52402-1229

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MAHRAUN, ROBERT, 3005 4TH ST, MARION, IA 52302

10925    MAI, PHUONG, 44 ORANGE ST, READING, PA 19602

10925    MAI, VUONG, 227 BRETT DR, GRETNA, LA 70056

10925    MAIDA LOIS GRACE, 6171 N SHERIDAN RD 2504, CHICAGO, IL 60660-5843

10925    MAIDA, KATHRYN, 3901 W. 59TH ST, CHICAGO, IL 60629

10925    MAIDWELL, KENNETH, 1734 THADDEUS, INDIANAPOLIS, IN 46203

10925    MAIE K PARK, 1720 DEVONSHIRE DR, APT 105 FOREST PINES, COLUMBIA, SC 29204

10925    MAIEFSKI, SUSAN K., 1853 E. INTREPID, MESA, AZ 85204

10925    MAIELLANO, JOSEPH, PO BOX 419, BELMONT, MA 02178

10925    MAIELLO, CINDY, 219 NW 36TH AVE, DEERFIELD BEACH, FL 33442

10925    MAIER, JENNIFER, 4262 W GAIL DR, CHANDLER, AZ 85226

10925    MAIER, KAREN, 10887 S.W. 87TH CT, OCALA, FL 34481

10925    MAIER, MILDRED, 16042 NE MORRIS CT, PORTLAND, OR 97230

10925    MAIER, MYRTLE B, CUST FOR ANTHONY EDWARD MAIER, UNIF GIFT MIN ACT-OHIO, 4625 GLENWAY AVE, CINCINNATI, OH 45238-4568

10925    MAIER, RICHARD, 3101 NE 143 RD ST, VANCOUVER, WA 98686

10925    MAIER, SCOTT, PO BOX 18526, INDIANAPOLIS, IN 46218

10925    MAIER, SHARON, 15905 NE 33 AVE, RIDGEFIELD, WA 98642

10925    MAIKEO, SENGAR, 12043 HOYT ST, SYLMAR, CA 91342

10925    MAIL BOXES ETC, 1989A SANTA RITA RD, PLEASANTON, CA 94566

10925    MAIL BOXES ETC, 849 E STANLEY BLVD, LIVERMORE, CA 94550

10925    MAIL SERVICE OF TEXAS INC, PO BOX 2941, HOUSTON, TX 77252

10925    MAILANDER, PATRICIA, 1008 EAST 9TH ST. #8, ATLANTIC, IA 50022

10925    MAILBOXES ETC, 918 IDAHO AVE, LIBBY, MT 59923-1710

10925    MAILHOIT, CHRISTINE, 589 MAIN ST., STONEHAM, MA 02180

10925    MAILING REQUIREMENTS UNIT, 600 W WASHINGTON ST, GREENVILLE, SC 29602-9651

10925    MAILING, B, 14232 WOODHURST LANE, CHARLOTTE, NC 28227

10925    MAILING, BETTY, 14232 WOODHURST LANE, CHARLOTTE, NC 28227

10925    MAILLETT, DAVID, 321 HAVERHILL ST., READING, MA 01867

10925    MAILLOUX, DIANA, 934 W BROADWAY, BRADLEY, IL 60915

10925    MAILLOUX, PAULINE, 3 FISKE AVE, N CHELMSFORD, MA 01863

10925    MAILWELL ENVELOPE CO, ROBERT J TERRY BARRY J SHEEWIN RODE, 5445 NORTH ELSTON AVE, CHICAGO, IL 60630

10925    MAIMONE, LINDA, 20 PAUL REVERE ROAD, ARLINGTON, MA 02174

10925    MAIMONE, MARY, 20 PAUL REVERE ROAD, ARLINGTON, MA 02174

10925    MAIMONE, PATTY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    MAIMONE, PATTY, 94 ROBBINS RD, ARLINGTON, MA 02174

10924    MAIN CAPITAL PHASE PART A, HARRISBURG, PA 17108

10924    MAIN ELECTRIC, 6700 S. MAIN ST, LOS ANGELES, CA 90003

10924    MAIN GATE CENTER, SMITH & GREEN, MOENKOPI, AZ 86045

10925    MAIN INDUSTRIES, INC., 4812 MERCANTILE DR., NEWPORT NEWS, VA 23607

10924    MAIN JUSTICE, 951 CONSTITUTION AVENUE N.W., WASHINGTON, DC 20004

10925    MAIN PHOTO SERVICE INC., 827 SOUTH MAIN ST, SANTA ANA, CA 92701

10924    MAIN STREET VILLAGE, 500 MAIN STREET, SAINT PAUL, MN 55102

10924    MAIN STREET, LAS VEGAS, NV 89101

10925    MAIN TRUCKING & RIGGING CO INC, PO BOX 388, ELMWOOD PARK, NJ 07407

10925    MAIN, DAVID, PO BOX 1410, MEEKER,, CO 81641

10925    MAIN, DEBRA, 3627 BAL HARBOR BLVD, PUNTA GORDA, FL 33950

10925    MAIN, JOHN, 3627 BAL HARBOR BLVD, PUNTA GORDA, FL 33950

10925    MAIN, LEO, 2970 MENDEN ROAD, #145, CUMBERLAND, RI 02864

10925    MAIN, ROBERT, 3491 MAN-O-WAR LOOP N., OWENSBORO, KY 42303

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MAINE AGGREGATE ASSOCIATION INC, POBOX 9, LIMERICK, ME 04048

10925    MAINE ATTY GENERAL, ATTN: G STEVEN ROWE, STATE HOUSE STATION 6, AUGUSTA, ME 04333

10925    MAINE BETTER TRANSPORTATION, ASSOCIATION, 146 STATE ST, AUGUSTA, ME 04330

10924    MAINE CONCRETE PIPE CORP., PLANT CLOSED, ROUTE 106, LEEDS, ME 04263

10925    MAINE CONCRETE PIPE CORP., PO BOX 2300, LEEDS, ME 04263

10925    MAINE DEPT OF CONSERVATION, 22 STATE HOUSE STATION 21, AUGUSTA, ME 04333

10925    MAINE DEPT OF CONSERVATION, STATE HOUSE STATION 22, AUGUSTA, ME 04333

10925    MAINE DEPT OF ENVIR PROTECTION, STATE HOUSE STATION 17, AUGUSTA, ME 04333

10925    MAINE DEPT OF INLAND FISHERIES & WILDLIFE, 287 STATE ST STATE HOUSE STATION 41, AUGUSTA, ME 04333

10925    MAINE DEPT OF INLAND FISHERIES & WILDLIFE, 287 STATE ST, STATE HOUSE STATION 41, AUGUSTA, ME 04333

10925    MAINE DEPT OF MARINE RESOURCES, STATE HOUSE STATION 21, AUGUSTA, ME 04333

10925    MAINE EMPLOYERS MUTUAL, BOX 11409, PORTLAND, ME 04104

10925    MAINE ENERGY RECOVERY CORP, 3 LINCOLN ST, BIDDEFORD, MA 04005

10924    MAINE GENERAL MEDICAL CENTER, NORTH STREET, WATERVILLE, ME 04901

10924    MAINE MEDICAL CENTER OFFICE BLDG &, 22 BRAMHALL STREET, PORTLAND, ME 04102

10925    MAINE MEDICAL CENTER, 22 BRAMHALL ST, PORTLAND, ME 04102

10924    MAINE MEDICAL CENTER, 22 BRAMHALL ST, PORTLAND, ME 04102

10925    MAINE MEDICAL CENTER, 22 BRAMHALL ST, PORTLAND, ME 04102-3175

10925    MAINE MEDICAL CENTER, 78 SCOTT DR, WESTBROOK, ME 04092

10925    MAINE, EVELYN, PO BOX 2115, BLYTHE, CA 92226

10925    MAINE, STEPHANIE, 25 A WISTERIA ST., SALEM, MA 01970

10925    MAINES, ELLEN, 1 EVERETT FARMER RD., BILLERICA, MA 01821

10925    MAINLAND COMMUNITIES UNITED WAY, 3838 N. SAM HOUSTON PKWY., HOUSTON, TX 77032

10925    MAINOR, DAVID, 1363 SURREY RD, MACON, GA 31210

10924    MAINSTREET INGREDIENTS, 2340 ENTERPRISE AVENUE, LA CROSSE, WI 54602

10925    MAINTAINER CORP OF IOWA INC, POBOX 349, SHELDON, IA 51201

10924    MAINTANCE HANGER, MAPLE AVE, SCOTIA, NY 12302

10925    MAINTECH RESOURCES, 9112 ROSE ST, BELLFLOWER, CA 90706

10924    MAINTENANCE INDUSTRY, 8447 ATHENS AVE, BATON ROUGE, LA 70814

10924    MAINTENANCE INSULATION C/O DUPONT, 643 HWY 1 SOUTH, LUGOFF, SC 29278

10925    MAINTENANCE PRODUCTS CORP, PO BOX 21, CANTON, MA 02021

10924    MAINTENANCE SUPPLY CO., 580 FLETCHER ROAD, WAYNE, PA 19087

10925    MAINTENANCE TEAM INC, THE, 771 FLYING CLOUD DR, EDEN PRAIRIE, MN 55344

10925    MAINTENANCE TROUBLESHOOTING, 273 POLLY DRUMMOND ROAD, NEWARK, DE 19711

10925    MAINZER, WILLIAM, PO BOX 1323, MISSION, TX 78572

10925    MAIO, ANNETTE, 105 FREDERICK PLACE, BERGENFIELD, NJ 07621

10925    MAIOCCO & PINI ASSOC., PO BOX 576, SWARTHMORE, PA 19081

10925    MAIOLI, JERRY, 100 CORTE ANITA, GREENBRAE, CA 94904-1106

10925    MAIOLI, KATHRYN, 3912 BURKE N., SEATTLE, WA 98103

10925    MAIR, ANDREW, 303 MAYFAIR LANE, HARTFORD CITY, IN 47348

10925    MAIR, JOE, RT 1, BOX 67, ELMENDORF, TX 78112

10925    MAIR, MARK, 1006 HUNTING RIDGE, WILMINGTON, NC 28412

10925    MAIRE, IRIS, 8802 WEST WELDON, PHOENIX, AZ 85037

10925    MAIRONE BIEL ZLOTNICK FEINBERG, 3201 ATLANTIC AVE, ATLANTIC CITY, NJ 08401

10924    MAISEL BROTHERS, 16-8TH AVENUE, GLEN BURNIE, MD 21061

10924    MAISEL BROTHERS, P.O. BOX 267, GLEN BURNIE, MD 21061

10924    MAISEL BROTHERS, PO BOX 267, GLEN BURNIE, MD 21060

10924    MAISON BLANCHE DEPT. STORE, 197-46 WEST BANK EXPRESSWAY, GRETNA, LA 70056

10925    MAISON DUPUY, THE, 1001 RUE TOULOUSE, NEW ORLEANS, LA 70112-3494

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MAISON ROBERT, 45 SCHOOL ST, BOSTON, MA 02108 | |
| 10925 | MAISTO, JORGE, AV3G ENTRE CALLE 68, EDS KILAVEA PHA, MARACAIBO, VENEZUELA | *VIA Deutsche Post* |
| 10925 | MAITSKI, JOSEPH, 161 KINGSBURY COURT, NAZARETH, PA 18064 | |
| 10925 | MAIZE, CYNTHIA, R.D.#1, BOX 270, EIGHTY-FOUR, PA 15330 | |
| 10925 | MAJANO, DOLORES, 1438 COLUMBIA RD #6 NW, WASHINGTON, DC 20009 | |
| 10925 | MAJANO, DORA, 1465 COLUMBIA RD NW #42, WASHINGTON, DC 20009 | |
| 10925 | MAJANO, JULIO, 1433 COLUMBIA RD NW #43, WASHINGTON, DC 20009 | |
| 10925 | MAJANO, MARTITZA, 1417 N ST NW #603, WASHINGTON, DC 20005 | |
| 10925 | MAJERNICK, JENNIFER, 308 COMMONWEALTH AVEBOX 244, BOSTON, MA 02115 | |
| 10925 | MAJESKI, DEBORAH, 916 VOORHEES AVE, MIDDLESEX, NJ 08846 | |
| 10925 | MAJESKI, ROBERT, 1 COLONIAL VILLAGE, NEW CASTLE, DE 19720 | |
| 10925 | MAJESTECH CORP, PO BOX 440, SOMERS, NY 10589 | |
| 10924 | MAJESTIC BLOCK, **TO BE DELETED**, MOORESVILLE, IN 46158 | |
| 10924 | MAJESTIC BLOCK, 520 PARK DRIVE, MOORESVILLE, IN 46158 | |
| 10924 | MAJESTIC BLOCK, 520 S PARK DRIVE, MOORESVILLE, IN 46158-1757 | |
| 10924 | MAJESTIC BLOCK, P.O. BOX 99, MOORESVILLE, IN 46158 | |
| 10925 | MAJESTIC ENGRAVING CORP, 7552 N. TEUTONIA AVE, MILWAUKEE, WI 53209 | |
| 10925 | MAJESTIC INTERNATIONAL INDUSTRIES I, BEN GURION AIRPORT, TEL AVIV, 0ISRAEL | *VIA Deutsche Post* |
| 10924 | MAJESTIC POOLS, 891 BLANDING BLVD., ORANGE PARK, FL 32065 | |
| 10925 | MAJESTIC RIBBON CORPORATION, 15804 WEST 6TH AVE, GOLDEN, CO 80401 | |
| 10924 | MAJESTIC, 118 EAST ALPINE RD, AUSTIN, TX 78704 | |
| 10924 | MAJESTIC, 118 EAST ALPINE, AUSTIN, TX 78704 | |
| 10924 | MAJESTIC, CAMBRIDGE, MA 02140 | |
| 10925 | MAJEWSKI JR, WALTER, W6984 BLACKHAWK ISLAND ROAD, FORT ATKINSON, WI 53538 | |
| 10925 | MAJEWSKI, DEBORAH, 1090 SUMNER CIR, GURNEE, IL 60031 | |
| 10925 | MAJEWSKI, JEANNIE, 5507 W. WELLINGTON, CHICAGO, IL 60641 | |
| 10925 | MAJEWSKI, STEVE, 1090 SUMNER CIRCLE, GURNEE, IL 60031 | |
| 10924 | MAJILITE MANUFACTURING INC., 100 WHIPPLE STREET, LOWELL, MA 01852 | |
| 10924 | MAJILITE MANUFACTURING INC., PO BOX 1355, LOWELL, MA 01852 | |
| 10924 | MAJOR ELECTRIC & SUPPLY INC., 123 HIGH STREET, PAWTUCKET, RI 02860 | |
| 10925 | MAJOR MILL INC, PO BOX 12590, LEXINGTON, KY 40583 | |
| 10925 | MAJOR MOTOR AUTO SUPPLY, 43 W LAKE ST, NORTHLAKE, IL 60164-2458 | |
| 10925 | MAJOR MOTOR AUTOMOTIVE SUPPLY CO, 43 WEST LAKE ST, NORTHLAKE, IL 60164 | |
| 10925 | MAJOR PACKAGING PRODUCTS CO., PO BOX 276, FOREST HILL, MD 21050 | |
| 10925 | MAJOR PACKAGING PRODUCTS, INC, 3800 4TH AVE., BALTIMORE, MD 21226 | |
| 10925 | MAJOR SR, HERBERT, 3621 TOWER DRIVE, MT PLEASANT, SC 29464-9136 | |
| 10925 | MAJOR TOOL & MACHINE INC, 1458 E 19TH ST, INDIANAPOLIS, IN 46218 | |
| 10925 | MAJOR, DAVE, 1509 EAST MARQUETTE, CHICAGO, IL 60637 | |
| 10925 | MAJOR, DIANE, 1727 NE 2ND ST, OCALA, FL 34470 | |
| 10925 | MAJOR, ELLEN, 15041 N.41ST PLACE, PHOENIX, AZ 85032 | |
| 10925 | MAJOR, HARRY, 1006 WILLIAMS RD, PIEDMONT, SC 29673 | |
| 10925 | MAJOR, LILLIE, 4600 HWY 86, EASLEY, SC 29642 | |
| 10925 | MAJOR, NORMAN A, 770 WEST MAIN ST, PLAINFIELD, MA 01070 | |
| 10925 | MAJOR, NORMAN, RT 116 #60, PLAINFIELD, MA 01070 | |
| 10925 | MAJOR, VICKI, CBS MOBILE, OPELOUSAS, LA 70570 | |
| 10925 | MAJOR, WALTER, 146 HURST ST, ST. AUGUSTINE, FL 32085 | |
| 10925 | MAJORS SCIENTIFIC BOOKS INC, POBOX 841294, DALLAS, TX 75284-1294 | |
| 10925 | MAJORS SCIENTIFIC BOOKS, INC, PO BOX 841294, DALLAS, TX 75381-9074 | |
| 10925 | MAJORS SCIENTIFIC BOOKS, PO BOX 841294, DALLAS, TX 75284-1294 | |
| 10925 | MAJORS, LARRY, 2306 BISCAY SAF, INDIANAPOLIS, IN 29000 | |
| 10925 | MAJORS, LARRY, 2944 BRIAR CHASE CT., INDIANAPOLIS, IN 46268 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MAJORS, TED, 4517 GLENARM DRIVE, INDIANAPOLIS, IN 46254

10925   MAJORS-MOORE, SUSAN, 8639 PRINGLE DRIVE, CINCINNATI, OH 45231

10925   MAJSIAK, VERONICA, 600 D. ST. S.E. #5, WASHINGTON, DC 20003

10925   MAK, MONICA, 1933 COMMONWEALTH AVAPT 409, BRIGHTON, MA 02135

10925   MAKAREWICZ, CONRAD, 6 AUTUMN ST, DANVERS, MA 01923

10925   MAKARIM & TAIRA S., 16 COLLYER QUAY, HITACHI TOWER, SINGAPORE, 104

10925   MAKE A SCENE, 6204 OLD WASHINGTON RD., ELKRIDGE, MD 21075

10925   MAKE-A-WISH FOUNDATION, 711 E NORTHERN AVE, PHOENIX, AZ 85020

10925   MAKE-A-WISH FOUNDATION, PO BOX 17377, FORT LAUDERDALE, FL 33318

10925   MAKELA, TRACY, 8903 HUNTERS POINTE, HUNTERSVILLE, NC 28078

10925   MAKENS, JOHN F, 56 HOGG HILL ROAD, BRADFORD, NH 03221-3305

10925   MAKER, DOUGLAS, 5 BRYCE DRIVE, MERRIMACK, NH 03054

10925   MAKER, RALPH, 91 TURKEY HILL ROAD, MERRIMACK, NH 03054

10924   MAKI CORPORATION, 160 MASSACHUSETTS AVENUE, FITCHBURG, MA 01420

10924   MAKI CORPORATION, 35 LINUS ALLAIN AVENUE, GARDNER, MA 01440

10925   MAKI, DOUGLAS, 1410 MORRIS AVE #7, GREEN BAY, WI 54313

10925   MAKI, MARILYN, 24 HARRISON ST, MAYNARD, MA 01754

10925   MAKI, MARK, 34A INDIAN CAMP LANE, LINCOLN, MA 01773

10925   MAKIL A SIMON &, AMMINI K SIMON JT TEN, 30 VIEWMONT TERRACE, LITTLE FALLS, NJ 07424-2255

10925   MAKIL, BENCY, 1812 FAIRFAX ST, ELMONT, NY 11003

10925   MAKI-LAURILA, MAIJA, 1406 B WHEELER ROAD, MADISON, WI 53704-1450

10925   MAKITA, DEBORAH, 2872 MANOR GLEN LANE, SUWANEE, GA 30174

10925   MAKLARY, DONA, 453 HIGHLAND DR., CEDAR HILL, TX 75104

10925   MAKOCY, MARGUERITE, 155 CLINTON ST, EMERSON, NJ 07630

10925   MAKOTO SUGANO &, MERI S SUGANO TR UA JUN 30 96, THE SUGANO FAMILY TRUST, 7317 EL LUCERO, BUENA PARK, CA 90620-2619

10925   MAKOWSKI, MARYBETH, 759 CENTER ST, PISCATAWAY, NJ 08854

10925   MAKRES, ANTHONY N, 2967 CORNWALL RD.,1ST FLR., BALTIMORE, MD 21222

10925   MAKSOUDIAN, TOROS, 58 WINTER ST., ARLINGTON, MA 02174

10925   MAL MAR ENTERPRISES INC, PO BOX 4058, COPLEY, OH 44321-4058

10925   MALABA, BARBARA, 7A FIRST ST, FRAMINGHAM, MA 01701

10925   MALACARIA, ROBERT, 118 COTTAGE ST, NORWOOD, MA 02062

10925   MALACREA, RAYMOND N, 841 PORTSWOOD CIRCLE, SAN JOSE, CA 95120

10925   MALACREA, RAYMOND, 6281 VIA DEARDIANNA, SAN JOSE, CA 95120

10925   MALACREA, RAYMOND, 841 PORTSWOOD CIRCLE, SAN JOSE, CA 95120

10925   MALAGON, GREGG, 432 S HARBOR, SP. 61, SANTA ANA, CA 92704

10925   MALAKIAN, ARTIN, 2 JOHN SWIFT ROAD, ACTON, MA 01720

10925   MALALUAN, MARIA, 519 E CABOT ST, PHILADELPHIA, PA 19125

10925   MALAMPHY, TRACY, 1106 SOUTH KENWOOD AVE, BALTIMORE, MD 21224

10925   MALAMPHY, TRACY, 200 NEWBURG AVE, BALTIMORE, MD 21228-5144

10925   MALANTIC, MILA, 222 WALNUT ST, NORTHVALE, NJ 07647

10925   MALANTIC, VICTOR, 222 WALNUT ST, NORTHVALE, NJ 07647

10925   MALANY, LE GRAND, 56 WHIPPORWILL DR, PALM COAST, FL 32164

10925   MALARET, MARCIA, 455 ELIZABETH AVE, 19A, NEWARK, NJ 07114

10925   MALAVE, MINERVA, HC-01 BOX 10533 BO HOYA MALA, SAN SEBASTIAN, PR 00685

10925   MALAYTER, JOHN, 8701 IDLEWILD AVE, HIGHLAND, IN 46322

10925   MALBONE, CAROL, 409 HAGUE TOWERS, NORFOLK, VA 23510

10925   MALBROUGH, CLAUDE, 158 ST MICHEL ST, HOUMA, LA 70363

10925   MALBROUGH, SR, JOSEPH, 1833 SIXTH ST, LAKE CHARLES, LA 70601

10924   MALCO INC., 3975 W DEWEY DR, LAS VEGAS, NV 89116

10924   MALCO, INC., 3975 W. DEWEY, LAS VEGAS, NV 89118

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MALCO/ORLEANS HOTEL, 4280 N. PECOS, LAS VEGAS, NV 89115 | |
| 10925 | MALCOLM BRECHER &, GAIL BRECHER JT TEN, 27251 SW 167 AVE, HOMESTEAD, FL 33031-2705 | |
| 10925 | MALCOLM BREWER, 45 LORNE CLOSE CHALVEY GROVE, SLOUGH BERKS, UNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MALCOLM G STEVENS INC, 78 SUMMER ST, ARLINGTON, MA 02174 | |
| 10925 | MALCOLM PAGE CROWTHER JR &, MARY CROWTHER JR REN JT TEN, 2209 WEST 104TH ST, LEAWOOD, KS 66206-2601 | |
| 10925 | MALCOLM SOUCIE, 23 STRONG CT, PLAINVILLE, CT 06062-2209 | |
| 10925 | MALCOLM T HERRINGTON III &, MARGARET HERRINGTON JT TEN, 8606 KING GEORGE RD, EVANSVILLE, IN 47725-6544 | |
| 10925 | MALCOLM, CHERYL, 5 TOWNSEND CIRCLE, NATICK, MA 01760 | |
| 10925 | MALCOLM, DONALD, 403 KEMP AVE, ROANOKE RAPIDS, NC 27870 | |
| 10925 | MALCOM COMPANY, INC, 25 ABBOT ST., ANDOVER, MA 01810 | |
| 10924 | MALDEN CONCRETE, MALDEN, MO 63863 | |
| 10924 | MALDEN MILLS, CHASE STREET, METHUEN, MA 01844 | |
| 10925 | MALDONADO ESQ, FRANK Z, PONCE DE LEON AVE #1007, HATO REY, PR 00918 | |
| 10925 | MALDONADO JR., CRISTOBAL, RT. 2 BOX 1670, QUINLAN, TX 75474 | |
| 10925 | MALDONADO, ANNETTE, 7134 LARAMIE LANE, CORPUS CHRISTI, TX 78414 | |
| 10925 | MALDONADO, DANIEL, 2065 S OLIVE ST, SANTA ANA, CA 92707 | |
| 10925 | MALDONADO, EDNA, COAMO APARTMENTS BLDG. 10 #88, COAMO, PR 00769 | |
| 10925 | MALDONADO, ELBA, B.CAMARONES AP925, VILLALBA, PR 00766 | |
| 10925 | MALDONADO, ELIAS, 15 JONES ST, MANHATTAN, NY 10809 | |
| 10925 | MALDONADO, ELISA, 3112 NW 32ND ST, FORT WORTH, TX 76106 | |
| 10925 | MALDONADO, EUSEBIA, 1204 W. 131 ST., COMPTON, CA 90222 | |
| 10925 | MALDONADO, FABIO, 255 BERKELEY AVE, 7B, NEWARK, NJ 07107 | |
| 10925 | MALDONADO, GARCILASO, 7640 TREMAYNE PL, MCLEAN, VA 22102 | |
| 10925 | MALDONADO, JOEL, 408 W. RICE, FALFURRIAS, TX 78355 | |
| 10925 | MALDONADO, JOSE, 274 BRISAS DEL CARIB, PONCE, PR 00731 | |
| 10925 | MALDONADO, JUANITA, 811 W 30TH, ODESSA, TX 79764 | |
| 10925 | MALDONADO, LUIS, CARR 130 R 140KM 2.5, HATILLO, PR 00659 | |
| 10925 | MALDONADO, MANUEL, 214 SAN JACINTO, ODESSA, TX 79763 | |
| 10925 | MALDONADO, RAFEL, 16 SOUTH GASTON AVE, 1, SOMERVILLE, NJ 08876 | |
| 10925 | MALE, CHRIS, 55 WINTERBERRY, SAUNDERSTOWN, RI 02874 | |
| 10925 | MALE, MARGARET, 11604 SW 4TH TERR., YUKON, OK 73099 | |
| 10925 | MALEC, CARYN, 2620 SPRING CREEK LN, DUNWOODY, GA 30350 | |
| 10925 | MALECH 1989 FAMILY TRUST, PO BOX 13006, COYOTE, CA 95013-3006 | |
| 10925 | MALECHA, DENISE, 311 GOLDSMITH RD #45, SIMPSONVILLE, SC 29681 | |
| 10925 | MALEK, FARHINA, 16I MORRISSEY WALK, BERGENFIELD, NJ 07621 | |
| 10925 | MALEK, JEANNE, 10707 WIMPOLE PL, CHELTENHAM, MD 20623 | |
| 10925 | MALEK, SANDRA, 9561 S NICHOLSON RD, OAK CREEK, WI 53154 | |
| 10925 | MALEK, SHEHNAZ, 181 I HOWARD DRIVE, BERGENFIELD, NJ 07621 | |
| 10925 | MALEK, SOHAIL, 64 REVERE ROAD, WOBURN, MA 01801 | |
| 10925 | MALEK, YASMIN, 16I MORRISEY WALK, BERGENFIELD, NJ 07621 | |
| 10925 | MALENCHINI JR., PAUL, 21 BOSTON ROCK RD, MELROSE, MA 02176 | |
| 10925 | MALENCHINI, ROBERT, 28 EDGEMERE ST, MELROSE, MA 02176 | |
| 10925 | MALENFANT, BARBARA, 2935 GORDON HWY LOT 35, GROVETOWN, GA 30813 | |
| 10925 | MALES, DAVID, 62 PRESTON AVE, CRANSTON, RI 02920 | |
| 10925 | MALETTA, LINDA, 3790 NW 58TH ST, COCONUT CREEK, FL 33073 | |
| 10925 | MALEY SR, ROBERT, 52968 590TH ST, ATLANTIC, IA 50022-8238 | |
| 10925 | MALEY, TROY, 1519 BOWIE, VICTORIA, TX 77901 | |
| 10925 | MALFESE, ROBERT, 1560 15TH ST, BELLE PLAINE, IA 52208 | |
| 10925 | MALHEREK, MICHAEL, 4282 45TH ST NW, MAPLE LAKE, MN 55358 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MALICK, GILL, 11750 BALLINARY CT, ORLAND PARK, IL 60467

10925   MALICK, GILL, 4099 W 71ST ST, CHICAGO, IL 60629

10925   MALICK, JACK, 310 CORTEZ, STERLING, CO 80751

10925   MALICKI, MARSHA, 1114 GRANDVIEW AVE SW, CANTON, OH 44710

10925   MALIK, ROBERT, 8 SUMMER ST., HUDSON, NH 03051

10925   MALIK, TARIQ M, 32701 S ROUNDHEAD, SOLON, OH 44139

10925   MALINA, MARTA, 17 LANDS END WAY, ASHLAND, MA 01721

10925   MALITS, ALANA, 109 SHINGISS ST, MCKEES ROCKS, PA 15136

10925   MALIYIL, SANTHAMMA, 3717 CORN VALLEY, GRAND PRAIRIE, TX 75052

10925   MALKIEWICZ, JILL, W166 N10324 CALICO LANE, GERMANTOWN, WI 53022

10925   MALKOWICZ, H, 36 PIERPONT PLACE, STATEN ISLAND, NY 10314

10924   MALL @ WELLINGTON GREEN, 2237 US HWY 441, WELLINGTON, FL 33414

10924   MALL GALLERIA - PENNEYS, RAYMOND INTERIORS, HENDERSON, NV 89009

10924   MALL OF GEORGIA, 3379-A BUFORD DRIVE, BUFORD, GA 30519

10924   MALLARD CREEK CENTER, 8520 CLIFF CAMERON DRIVE, CHARLOTTE, NC 28273

10925   MALLARE, J, 6550 HILLCROFT 106, HOUSTON, TX 77081

10925   MALLE, LISA, 93 SKYVUE DR, PITTSBURGH, PA 15234

10925   MALLET, CHRISTINE, 331 BRIGHTSAND CT, BALLWIN, MO 63011

10925   MALLETTE, JR, ROBERT, 700 WALNUT AVE, BALTIMORE, MD 21229

10925   MALLGRAVE, LAWRENCE, 230 GREENWOOD AVE, GLOUCESTER, NJ 08030

10925   MALLICOAT, ROBERT, 11829 BIRMINGTON DR., BRIDGETON, MO 63044

10925   MALLIET, JILL C, 2055H LAKE PARK DRIVE, SMYRNA, GA 30080

10924   MALLINCKRODT / BAKER, PARIS BY-PASS U.S. 68, PARIS, KY 40361

10924   MALLINCKRODT / BAKER, PO BOX800, PARIS, KY 40362

10925   MALLINCKRODT BAKER INC, PO BOX 98881, CHICAGO, IL 60693

10925   MALLINCKRODT BAKER, INC, PO BOX 98881, CHICAGO, IL 60693-8881

10924   MALLINCKRODT BAKER, INC., 222 RED SCHOOL LANE, PHILLIPSBURG, NJ 08865

10924   MALLINCKRODT BAKER, INC., 600 N. BROAD STREET, PHILLIPSBURG, NJ 08865

10924   MALLINCKRODT BAKER, INC., PARIS BY-PASS, PARIS, KY 40361

10925   MALLINCKRODT CHEMICAL CO, 123 DESTREHAM ST, ST LOUIS, MO 63161

10924   MALLINCKRODT INC, 16305 SWINGLEY RIDGE DRIVE, CHESTERFIELD, MO 63017

10925   MALLINCKRODT INC, 675 MCDONNELL BLVD, SAINT LOUIS, MO 63134

10925   MALLINCKRODT INC, PO BOX 13667, NEWARK, NJ 07188-0667

10925   MALLINCKRODT INC., 2711 CENTERVILLE RD, SUITE 400, WILMINGTON, DE 19808

10924   MALLINCKRODT MB-9, HARVARD UNIVERSITY, 505 UNIVERSITY AVENUE, NORWOOD, MA 02062

10924   MALLINCKRODT, 100 LOUIS LATZER DRIVE, GREENVILLE, IL 62246

10924   MALLINCKRODT, 16305 SWINGLEY RIDGE DRIVE, CHESTERFIELD, MO 63017

10924   MALLINCKRODT, 58 PEARL STREET, HOBART, NY 13788

10924   MALLINCKRODT, 8801 CAPITAL BOULEVARD, RALEIGH, NC 27616

10925   MALLINCKRODT, INC, PO BOX 730356, DALLAS, TX 75373-0356

10924   MALLINCKRODT, P.O. BOX P, HOBART, NY 13788

10924   MALLINCKRODT, PO BOX P, HOBART, NY 13788

10925   MALLINCKRODT-BAKER INC, PO BOX 73192, CHICAGO, IL 60673-7192

10924   MALLINCKRODT-DO NOT USE, PO BOX P, HOBART, NY 13788

10925   MALLONEE, SUSAN, 104 BETH ROAD, GLEN BURNIE, MD 21060

10925   MALLOOKIS JT TEN, MITCHELL & CONSUELLO M, 13995 W CENTER DR, DENVER, CO 80228-2311

10925   MALLORY EVANS, 646 KENTUCKY ST, SCOTTDALE, GA 30079

10925   MALLORY HEADSETS INC, 679 NORTH MAIN ST, WEST BRIDGEWATER, MA 02379

10925   MALLORY JR, JESSE, 1831 ARGUS ST, ROANOKE RAPIDS, NC 27870

10925   MALLORY, BRENDA, 135 PROSPECT AVE, WELDON, NC 27870

10925   MALLORY, DONALD, PO BOX 213, GARYSBURG, NC 27831

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MALLORY, JAMES, 24 TOWLE ROAD, CHESTER, NH 03036

10925   MALLORY, RUTH, 12604 OAK TREE DRIVE, HUDSON, FL 34667

10925   MALLOY JR, EDWIN, 321 3RD ST, CHEROW, SC 29520-2301

10925   MALLOY JR, JOHN, 155 KING ST, LITTLETON, MA 01460

10925   MALLOY, CHRISTINE, 7144 KINNE RD, LOCKPORT, NY 14094

10925   MALLOY, DEBORAH, 240 WOOD ST, BRISTOL, RI 02809

10925   MALLOY, JAMES, 109 SPRING COURT EXT., WOBURN, MA 01901

10925   MALLOY, JOHN M, 6291 E SHADY GROVE RD, MEMPHIS, TN 38120-2642

10925   MALLOY, LEROY, 7163 WALDORF AVE, PENNSAUKEN, NJ 08105

10925   MALLOY, MARY, 1 PINNACLE DR., ADAMS, MA 01220

10925   MALLOY, ROBERT, 8425 TOM COSTINE RD, LAKELAND, FL 33801

10925   MALLOY, TIMOTHY, 1622 WEST FARRAGUT, CHICAGO, IL 60640

10925   MALLOYS LAMINATED PRODUCTS, 11 GARFIELD AVE, WOBURN, MA 01801

10925   MALM, ARTHUR, 806 OAKLEY AVE, ELGIN, IL 60123

10925   MALNICOF, CRAIG, 376 SUNDERLAND ROAD, WORCESTER, MA 01604

10925   MALO, DAVID, 167 SAVOY AVE, SPRINGFIELD, MA 01104

10925   MALO, DEBORAH, PO BOX 79, MENDON, MA 01756

10925   MALO, THOMAS, PO BOX 4213, DES PLAINES, IL 60016

10925   MALONE III, WALTER, 6165 N.WINTHROP AVE., 404, CHICAGO, IL 60660

10924   MALONE LUMBER & READY MIX, 259 ELM STREET, MALONE, NY 12953

10924   MALONE QUARRIES, 359 ELM STREET, MALONE, NY 12953

10925   MALONE, BARBARA J, 4670 FRANCIS CT, SACRAMENTO, CA 95822-1212

10925   MALONE, BILLY, 2 BROKEN SKI CIRCLE, NEW BRAUNFELS, TX 78130-8419

10925   MALONE, C, 7014 SPORTSMAN DR., HARRISON, TN 37341

10925   MALONE, CYNTHIA, 4702 KNAPP COURT, ELLICOTT CITY, MD 21043

10925   MALONE, DENNIS, 227 FEUSTAL ST, W BABYLON, NY 11704

10925   MALONE, DIANA, 1753 SHIMER AVE., BETHLEHEM, PA 18018

10925   MALONE, DOROTHY, 122 DEVENSHIRE DR, NEW HYDE PK NY, NY 11040

10925   MALONE, DWAYNE E, ROUTE 221, ENOREE, SC 29335

10925   MALONE, DWAYNE, 145 HWY 49, LAURENS, SC 29360

10925   MALONE, JAMES, 3 HIGHLAND AVE, STONEHAM, MA 02180

10925   MALONE, KEVIN, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   MALONE, KEVIN, 8146 S 82ND AVE, JUSTICE, IL 60458

10925   MALONE, MICHAEL, 18 PARK PLACE, SOMERVILLE, MA 02143

10925   MALONE, MICHAEL, RT 5 BOX 1160, LAURENS, SC 29360

10925   MALONE, PEGGY, 6716 WAGONET DR, FT WORTH, TX 76140

10925   MALONE, RICHARD, ROUTE 4 BOX 84, RICHTON, MS 39476

10925   MALONE, ROBERT, 455 LITCHFIELD ST., LEOMINSTER, MA 01453

10925   MALONE, ROBYN, 926 BARBEE RD, JEFFERSON CITY, TN 37760

10925   MALONE, RODNEY, PO BOX 1305, RICHTON, MS 39476

10925   MALONE, ROSA, 3545 E. FAIRFAX, FORT WORTH, TX 76119

10925   MALONE, SHANIN, 400 JEFFERSON ST, WILMINGTON, DE 19801

10925   MALONE, SHERRI, 520 CLINTON ST, IRONTON, OH 45638

10925   MALONE, SR, CHARLES, 4246 NICKOLAS AVE, BALTIMORE, MD 21206

10925   MALONE, TIMOTHY, 187 DODGE ST., BEVERLY, MA 01915

10925   MALONE, YOLANDA, 227 FEUSTAL ST, W.BABYLON, NY 11704

10925   MALONE, YVONNE, 111 WATCHTOWER LANE, SYRACUSE, NY 13219

10925   MALONES ELECTRICAL & PLUMBING, 145 HWY 49, LAURENS, SC 29360

10925   MALONEY III, JAMES, 7 HIAWATHA RD., WOBURN, MA 01801

10925   MALONEY MARTIN MITCHELL, 3700 TWO HOUSTON CENTER, 909 FANNIN ST, HOUSTON, TX 77010

10925   MALONEY, COLLEEN, 71 PORTER RD, CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MALONEY, DIANE, 853 EMERSON GARDENS, LEXINGTON, MA 02173

10925    MALONEY, ELIZABETH, 41 GARDEN PKWY, NORWOOD, MA 02062

10925    MALONEY, ELIZABETH, 523 PHILA PIKE, WILMINGTON, DE 19809

10925    MALONEY, ELLEN J, 30 HEADLAND WAY, MEDFORD, MA 02155

10925    MALONEY, ELLEN, 30 HEADLAND WAY, MEDFORD, MA 02155

10925    MALONEY, GERALD, 15 JARED HALL HILL RD, STERLING, CT 06377

10925    MALONEY, JAYNA, 16515 163RD ST., LOCKPORT, IL 60441

10925    MALONEY, KATHLEEN, 71 PORTER ROAD, CAMBRIDGE, MA 02140

10925    MALONEY, KELLI, 39 MCCOPPIN, SAN FRANSISCO, CA 94103

10925    MALONEY, MARK, 5974 TYLER DRIVE, HARRISBURG, PA 17112

10925    MALONEY, PATRICIA, 71 PORTER RD, CAMBRIDGE, MA 02140

10925    MALONEY, RICHARD, 261 CROSS ST, BRIDGEWATER, MA 02324

10925    MALONEY, ROBIN, 4255 HEATHER ROAD, DERBY, KS 67037-8536

10925    MALONEY, THOMAS, 1107 E 7TH ST, CUSHING, OK 74023-4552

10925    MALONEY, WALTER, 10 DUDLEY ROAD, BEDFORD, MA 01730-1007

10925    MALOOF, RICHARD, 5360-B N. LOVERS LANE, #121, MILWAUKEE, WI 53225

10924    MALOUF CONSTRUCTION, P.O.BOX 1490, MADISON, MS 39130

10925    MALOW CORPORATION, 135 S.LASALLE ST. DEPT.2681, CHICAGO, IL 60674-2681

10925    MALOW CORPORATION, 1835 S. NORDIC ROAD, MOUNT PROSPECT, IL 60056

10925    MALOW CORPORATION, LOCK BOX #74672, CHICAGO, IL 60675-4672

10925    MALOY, LILLIAN, 7196 LASTING LIGHT WAY, COLUMBIA, MD 21045

10925    MALOY, PHILLIP, 1235 ALEXANDRA BLVD, CRYSTAL LAKE, IL 60014

10925    MALOY, VICKY, 636 GREEN CASTLE DR, DALLAS, TX 75227

10925    MALOYED, KATHLEEN, 6104 MATANZA DR., SEBRING, FL 33872

10925    MALOYED, TROY, 6104 MATANZA DR, SEBRING, FL 33872

10925    MALSAVAGE, JOSEPH, 148 N WILSON, KIMBERLY, WI 54136

10924    MALTA CO., THE, DIV. OF TOMPKINS INDUSTRIES, INC., PO BOX 397, MALTA, OH 43758

10924    MALTA CO.-TOMKINS IND., 13TH STREET, MALTA, OH 43758

10925    MALTA HOUSE SENIOR CENTER, 3900 SHERWOOD ROAD, DELRAY BEACH, FL 33445

10925    MALTAR, MICHELLE, 1430 S. 60 ST., WEST ALLIS, WI 53214

10925    MALTAR, MYRA, 4102 BARTON OAKS CT, OAK CREEK, WI 53154

10924    MALTBY ELECTRIC (LANGSTON LOC), 145 LANGTON ST., SAN FRANCISCO, CA 94103

10924    MALTBY ELECTRIC (LANGSTON LOC), 336 SEVENTH ST, SAN FRANCISCO, CA 94103

10925    MALTBY, RONALD, 508 E LOCUST ST, FLEETWOOD, PA 19522

10925    MALTZMAN, NANCY, 22 COLUMBUS DR., FRANKLIN PARK, NJ 08823

10925    MALUEAUX, STACEY, RT. 4, BOX 150, OPELOUSAS, LA 70570

10925    MALVERN INSTRUMENT, INC, 10 SOUTHVILLE RD., SOUTHBOROUGH, MA 01772

10925    MALVERN INSTRUMENTS, 21543 NETWORK PLACE, CHICAGO, IL 60673-1215

10925    MALVERN R TOOLEY, 120 A LAKE TERRACE CT, MACON, GA 31204-1805

10925    MALVETO, JOHN A, 826 AZALEA ST 4, BATON ROUGE, LA 70802-8407

10925    MALVITCH, ARLENE, 111 FOSTER ST, 304, PEABODY, MA 01960

10925    MALYAR, ALINA, 2827 DODGE AVE., PINOLE, CA 94564

10925    MAMAYSON, ANTONIETA, 4702 CEDAR AVE., PHILADELPHIA, PA 19143

10925    MAMAZZO, KENNETH, 73 PHILLIPS AVE, SOUTH HACKENSACK, NJ 07603

10925    MAMBY, ELAINE, 9751 SW 16 COURT, PEMBROKE PINES, FL 33025

10925    MAMERA, JENNIE, 1325 RESICA FALLS RD, E STROUDSBURG, PA 18301

10925    MAMIE ESTELLE EMMONS, 126 YORKSHIRE DR, BRUNSWICK, GA 31525-2339

10925    MAMIYE BROTHERS INC., GENERAL COUNSEL, 300 MACLANE, KEASBEY, NJ 08832

10925    MAMIYE BROTHERS, GENERAL COUNSEL, 26 ENGLEHARD AVE., AVENEL, NJ 07001

10925    MAMMELES PAINTS, 1908 EAST FOURTH ST., WILMINGTON, DE 19802

10925    MAMMEN, MINI, 1128 AMERICANA LN #512, MESQUITE, TX 75150

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MAMNOON, HOMA, 433 APPLETON ST, ARLINGTON, MA 02174

10925   MAMO, WILLIAM, 16779 SUNDERLAND, DETROIT, MI 48219

10925   MAMONE, DARRIN, 1221 MASS AVE NW, WASHINGTON, DC 20009

10925   MAMOT, CONSTANCE, 5420 E SOUTHPORT, INDIANAPOLIS, IN 46237

10925   MAN OF STEAM, 3878 TUCKS ROAD, BOYNTON BEACH, FL 33436

10924   MANA MANUFACTURING LLC, 200 CORPORATE DRIVE, MAHWAH, NJ 07430

10924   MANA MANUFACTURING LLC, 32-02 QUEENS BLVD, LONG ISLAND CITY, NY 11101

10924   MANACO INT'L FORWARDERS, BLDG 2144, 6285 N W 18 STREET, MIAMI, FL 33152

10924   MANAFORT BROS. INC., P.O.BOX 99, PLAINVILLE, CT 06062

10924   MANAFORT BROTHERS, INC., 414 NEW BRITAIN AVE., PLAINVILLE, CT 06062

10924   MANAFORT BROTHERS, INC., P.O. BOX 99, PLAINVILLE, CT 06062

10925   MANAGEMENT & CONSULTING SERVICES, PO BOX 025482, MIAMI, FL 33102-5482

10925   MANAGEMENT ACTION PROGRAMS, INC, 4299 MACARTHUR BLVD #102, NEWPORT BEACH, CA
92660

10925   MANAGEMENT AND PERSONNEL SYSTEMS, 4545 BISSONNET SUITE 275, BELLAIRE, TX 77401-3115

10925   MANAGEMENT ASSISTANCE SERVICES INC, PO BOX 366229, SAN JUAN, PR 00936-6229

10925   MANAGEMENT COMPENSATION SERVICES, 8687 EAST VIA DE VENTURA SUITE 113, SCOTTSDALE,
AZ 85258-3353

10925   MANAGEMENT RECRUITERS INTERNATIONAL, 200 PUBLIC SQUARE 31ST FL, CLEVELAND, OH
44114-2301

10925   MANAGEMENT RECRUITERS OF DENVER -, 1888 SHERMAN ST , STE 420, DENVER, CO 80203-1159

10925   MANAGEMENT RECRUITERS OF FREDERICK, 4 EAST ST, FREDERICK, MD 21701

10925   MANAGEMENT RECRUITERS OF MCMURRAY, 115 HIDDEN VALLEY ROAD, MCMURRAY, PA 15317-
2603

10925   MANAGEMENT RECRUITERS OF NEW ORLEAN, PO BOX 6605, METAIRIE, LA 70009

10925   MANAGEMENT RECRUITERS OF, 4200 W OLD SHAKOPEE ROAD, BLOOMINGTON, MN 55437-2967

10925   MANAGEMENT RECRUITERS, 2511 MEMORIAL AVE, LYNCHBURG, VA 24501

10925   MANAGEMENT RECRUITERS, 607 BOYLSTON ST SUITE 603, BOSTON, MA 02116

10925   MANAGEMENT RESOURCE ASSOCIATES, INC, PO BOX 3266, BOCA RATON, FL 33427

10925   MANAGEMENT STAFFING INC, 5333 SOUTHWYCK BLVD, TOLEDO, OH 43614

10925   MANAGO, CAROLYN, RT 3 BOX 133, MOMENCE, IL 60954

10925   MANAHAN, EARL, 3407 RICKEY AVE, TEMPLE HILLS, MD 20748

10925   MANAHAN, RALPH E, 4504 N W 32ND ST, OKLAHOMA CITY, OK 73122

10925   MANAKAJA, JACQUELINE, 1044 NELSON RD, PEACH SPRINGS, AZ 85434

10925   MANALO, RUSSELL, 1736 W CITRUS WAY, PHOENIX, AZ 85015

10925   MANANSALA, REXCY, 4405 RENA RD, SUITLAND, MD 20746

10925   MANASIA, JOHN, 1220 N MAYLAND, VALINDA, CA 91746-0000

10925   MANASTER, MICHAEL, FLUSHING, NY 11355

10925   MANATEE ENVIRONMENTAL ASSOC INC, POBOX 941, CHERRY HILL, NJ 08003

10924   MANATT`S INC., BOX 866, WATERLOO, IA 50704

10924   MANATT'S CONCRETE, 1504 FULLER ROAD, WEST DES MOINES, IA 50265

10924   MANATT'S CONCRETE, 3435 ADVENTURELAND DRIVE, ALTOONA, IA 50009

10924   MANATT'S CONCRETE, 6333 N.W. BEAVER, JOHNSTON, IA 50131

10924   MANATT'S INC., 353 N WALNUT STREET, COLFAX, IA 50054

10924   MANATT'S INC., 84 W. MULLAN AVENUE, WATERLOO, IA 50704

10924   MANATT'S INC., 927 DAYTON ROAD, AMES, IA 50010

10924   MANATT'S INC., BOX A J, BROOKLYN, IA 52211

10924   MANATT'S INC., PAVING LOCATION, WILLIAMSBURG, IA 52361

10924   MANATT'S INC., VARIOUS PAVING LOCATIONS, BROOKLYN, IA 52211

10925   MANCHAC INDUSTRIES, INC, 7823 COMMERCE, BATON ROUGE, LA 70815

10924   MANCHESTER CIVIC CENTER, ELM STREET, MANCHESTER, NH 03100

10924   MANCHESTER COLLEGE, 604 E. COLLEGE AVENUE, NORTH MANCHESTER, IN 46962

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MANCHESTER EAST HOTEL & SUITES, 7065 N PORT WASHINGTON RD, MILWAUKEE, WI 53217

10925   MANCHESTER EQUIPMENT CO, 50 MARCUS BLVD, HAUPPAUGE, NY 11788

10925   MANCHESTER INC, 1800 K ST NW SUITE 810, WASHINGTON, DC 20006

10925   MANCHESTER INC, PO BOX 931822, ATLANTA, GA 31193

10925   MANCHESTER INC, POBOX 931822, ATLANTA, GA 31193

10924   MANCHESTER PLACE APTS, 1700 SUMMER STREET, MANCHESTER, TN 37355

10924   MANCHESTER PUBLIC LIBRARY, MANCHESTER, GA 31816

10924   MANCHESTER RDMX CNCRT INC., 89 CALEF RD, MANCHESTER, NH 03103

10924   MANCHESTER REDI MIX CONCRETE INC., 89 CALEF RD., MANCHESTER, NH 03103

10924   MANCHESTER REDI MIX CONCRETE, INC., 89 CALEF RD, MANCHESTER, NH 03103

10925   MANCHESTER REDIMIX CONCRETE, 89 CALEF ROAD, MANCHESTER, NH 03103

10924   MANCHESTER SAND & GRAVEL, P.O.BOX 8447, MANCHESTER, CT 06040

10925   MANCHESTER SAND & GRAVEL, POBOX 8447 BUCKLAND STATION, MANCHESTER, CT 06040

10925   MANCHESTER TANK & EQUIP., PO BOX 30260, NASHVILLE, TN 37241

10925   MANCHESTER TANK, 1749 MALLORY LN., #400, BRENTWOOD, TN 37027

10925   MANCHESTER, INC, 2005 MARKET ST , SUITE 3300, PHILADELPHIA, PA 19103

10925   MANCHESTER, INC, PO BOX 931822, ATLANTA, GA 31193

10925   MANCIA, MARLENE, 9526 LAUREL CYN, ARLETA, CA 91331

10925   MANCINE OPTICAL, 2910 RT 130 N, MANCINE CENTER, DELRAN, NJ 08075

10925   MANCINELLI, PATRICK, 12700 BURLINGAME AVE, OKLA CITY, OK 73120

10925   MANCINI SHEET METAL,INC, PO BOX 541, BILLERICA, MA 01821

10925   MANCINI, ADAM, 243 MAIN ST, MAYNARD, MA 01754-2520

10925   MANCINI, CYNTHIA, 35 WILLOW ST, MELROSE, MA 02176

10925   MANCINI, DANIEL, 144 BEAUCHAMP TERR., CHICOPEE, MA 01020

10925   MANCINI, GENA, 85 NOBLE ST, S BOUND BROOK, NJ 08880

10925   MANCINI, LAWRENCE, 255 S 25TH AVE, BRIGHTON, CO 80601

10925   MANCINI, MARIA C., 2379 CALLE ALUCEMA, THOUSAND OAKS, CA 91360

10924   MANCO MFG. CONC., I.H. 10 WEST AT BECKMAN, SAN ANTONIO, TX 78228

10924   MANCO PRESTRESS CO, I 10 NEAR LOOP 1604, SAN ANTONIO, TX 78229

10924   MANCO PRESTRESS CO-, I 10 NEAR LOOP 1604, SAN ANTONIO, TX 78229

10925   MANCO, LATTIE, 290 BLUE BIRD LANE, SMITH GROVE, KY 42171

10924   MANCOS REDI MIX INC, 26202 COUNTY ROAD L, CORTEZ, CO 81321

10924   MANCOS REDI MIX INC, P O BOX TT, CORTEZ, CO 81321

10924   MANCOS REDI MIX INC, P. O. BOX 655, DOLORES, CO 81323

10925   MANCUSO JR, SAM, 414 13TH AVE N, TEXAS CITY, TX 77590

10925   MANCUSO, PENNY, 1317 GOLF AVE, CLARKSBURG, WV 26301

10925   MANDAK JT TEN, JOHN & BERNADINE R, PO BOX 1476, SILVERDALE, WA 98383-1476

10924   MANDAN, INC., 101 W. PARK, CHANDLER, AZ 85244

10925   MANDAR D MUZUMDAR/HARVARD UNIV, 8 GARDEN ST, BOSTON, MA 02135

10925   MANDEL, JOANN, 34 TUNNEL ROAD, NEWTOWN, CT 06470

10925   MANDEL, JOANNE T., 1175 OXFORDSHIRE DR, COLUMBUS, OH 43228

10925   MANDELL & WRIGHT, STE. 1600, 712 MAIN ST., HOUSTON, TX 77002

10925   MANDELL JR, JOHN G, 14593 WOODLAND RIDGE DR, CENTREVILLE, VA 20121-2307

10925   MANDELL, PHILIP, 380 FERN DRIVE, FT LAUDERDALE, FL 33326

10924   MANDERS PREMIER, INC., 1040 GRANT ST. S.E., ATLANTA, GA 30315

10924   MANDERS, 3000 G HENKLE DRIVE, LEBANON, OH 45036

10925   MANDERS, ROBERT, 2803 LETCHWORTH, TOLEDO, OH 43606

10925   MANDICH, DANIEL, 4291 LUEDKE LN, ABRAMS, WI 54101

10925   MANDICH, MATTHEW, PO BOX 87, GREENLEAF, WI 54126

10925   MANDIGO, DANIEL, 108 JOHN B. SCOTT BLVD, NORTON, MA 02766

10925   MANDOLAS DELI, 4105 LEELAND, HOUSTON, TX 77023

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MANDRU, RONALD, 9233 S PULASKI APT 1 SOUTH, EVERGREEN PK, IL 60805

10925    MANEICE, SHARON, 8001 CAMELOT DR, FT WORTH, TX 76134

10924    MANER BUILDING SUPPLY, 3717 WASHINGTON ROAD, AUGUSTA, GA 30907

10925    MANER FIRE EQUIPMENT INC, PO BOX 26, ARLINGTON, TX 76010

10925    MANER, APRIL, 1446 COUNTY LINE RD, ACWORTH, GA 30101

10925    MANERCE, SHARON, 8001 CAMELOT DRIVE, FORT WORTH, TX 76134

10925    MANERI JR, CHARLES J, CUST FOR CATHERINE T MANERI, UNIF GIFT MIN ACT-NY, 11 MERRY HILL RD, POUGHKEEPSIE, NY 12603-3213

10925    MANERI JR, CHARLES J, CUST FOR WILLIAM F MANERI, UNIF GIFT MIN ACT-NY, 11 MERRY HILL RD, POUGHKEEPSIE, NY 12603-3213

10925    MANERI, CHARLES J, CUST FOR ANGELA C MANERI, UNIF GIFT MIN ACT NY, 53 CATSKILL AVE, POUGHKEEPSIE, NY 12603-6401

10925    MANESS, BETTY LOU, 607 EAST 5TH, CHANDLER, OK 74834

10925    MANESS, GAIL, 10030 N 43RD AVE, GLENDALE, AZ 85302

10925    MANESS, JOHN, 607 E. 5TH, CHANDLER, OK 74834-0000

10925    MANEY, ROBERT, 3514 IOWA PARK RD, WICHITA FALLS, TX 76305

10925    MANEY, TIMOTHY, 112 WARRENTON WAY, SIMPSONVILLE, SC 29681

10925    MANFREDI, DONNA, 2175 MILL POND RD., QUAKERTOWN,, PA 18951

10924    MANGALORE REFINERY, 195 NCPA MARG. NARIMAN POINT, BOMBAY, 999999INDIA          *VIA Deutsche Post*

10925    MANGAN, JENNIE, 6821 BEECHVIEW DR., FALLS CHURCH, VA 22042

10925    MANGAN, LARRY, W144 N4982 STONE DRIVE, MENOMONEE FALLS, WI 53051

10925    MANGANO, DEANNA L., 34 NORTH OAKLAND AVE, FORDS, NJ 08863

10925    MANGANO, JOHN, 1600 ABERDEEN ROAD, BALTIMORE, MD 21286

10925    MANGANO, MARGARET A, CUST FOR CHRISTOPHER DAVID MANGANO, UNIF GIFT MIN ACT NY, 22 UNDERWOOD DR, SARATOGA SRPINGS, NY 12866-2818

10925    MANGANO, MARGARET A, CUST FOR SARA CLAIRE MANGANO, UNIF GIFT MIN ACT NY, 22 UNDERWOOD DR, SARATOGA SPRINGS, NY 12866-2818

10925    MANGAWANG, MARIE JAN, 520 WILDER ST, PHILA PA, PA 19147

10925    MANGER, DEBORAH, 8602 MARBURG MANR DR, LUTHERVILLE, MD 21093

10925    MANGHAM, CHARLES, 17505 Y ST, OMAHA, NE 68135

10925    MANGHAM, MAXIME, 1550 NW 65TH ST., MIAMI, FL 33147

10925    MANGIACAPRA, BARBARA, 1511 RITA LANE, IOWA PARK, TX 76367

10925    MANGIARACINA, ANTHONY, 1801 EAGLE BAY DRIVE, OSSINING, NY 10562

10924    MAN-GILL CHEMICAL CO., 214 NORTHFIELD ROAD, BEDFORD, OH 44146

10925    MANGINI, MICHAEL, 8776 SW 145TH ST., MIAMI, FL 33176

10925    MANGINO, SANDY, 13 WINDSOR RIDGE, NEW CASTLE, PA 16105

10925    MANGIONE, THOMAS S, 12100 HWY 6 SOUTH #8207, SUGAR LAND, TX 77478

10925    MANGLE, JOHN, 206 MAVENDALE DRIVE, FOUNTAIN INN, SC 29644

10925    MANGO, AMMAR, 3278 BOLGOS CIRCLE, ANN ARBOR, MI 48105

10925    MANGOLD, ROBERT, 2533 SOUTH SEMINOLE, INDEPENDENCE, MO 64057

10925    MANGRUM, C, 7816 OLD CHARLOTTE ROAD, NASHVILLE, TN 37209

10925    MANGRUM, EUGENE, 9504 49TH PLACE, COLLEGE PARK, MD 20740

10925    MANGS, BIRGITTA, 409 NW 72ND ST, BOCA RATON, FL 33487

10924    MANGUM BRICK & REDI MIX, 2316 N LOUIS TITTLE AVE, MANGUM, OK 73554

10924    MANGUM BRICK & REDI MIX, 2316 NORTH LOUIS LITTLE AVENUE, MANGUM, OK 73554

10924    MANGUM BRICK & REDI MIX, PO BOX296, MANGUM, OK 73554

10925    MANGUM, DOW, 209 LONGFELLOW, VICTORIA, TX 77901

10925    MANGUM, JAMES, 6310 PHILADELPHIA CHRCH, MARSHVILLE, NC 28103

10925    MANGUM, RICHARD, 922 WEST 9TH ST, FREEPORT, TX 77541-5446

10925    MANGUM, WARREN, 300 S. 11TH ST, NEWARK, NJ 07103

10925    MANGUSO, KRISTIN, 621 OAKWOOD, #2, SPARKS, NV 89431

10924    MANHATTAN BLDG CO., SUGARHOUSE FIELD OFFICE, 170-184 WASHINGTON STREET, JERSEY CITY, NJ 07302

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MANHATTAN BLDG. CO., C/O BRAND FIRE PROTECTION, 170-184 WASHINGTON STREET, JERSEY CITY, NJ 07302 | |
| 10924 | MANHATTAN BUILDERS SUPPLY, 154 LEROY STREET, NEW YORK, NY 10014 | |
| 10924 | MANHATTAN BUILDERS, CAMBRIDGE, MA 02140 | |
| 10924 | MANHATTAN CONCRETE, RILEY CO RD, MANHATTAN, KS 66502 | |
| 10924 | MANHATTAN CONST./THE SANTA FE OPERA, 7 MILES N. OF SANTA FE ON HWY. 285, SANTA FE, NM 87501 | |
| 10925 | MANHATTAN INSTITUTE, 52 VANDERBILT AVE., NEW YORK, NY 10017 | |
| 10924 | MANHATTAN PACIFIC MNGMNT, 140 45TH ST., NEW YORK, NY 10017-3144 | |
| 10924 | MANHATTAN PSYCHIATRIC CENTER, BUILDING # 102, BROOKLYN, NY 11200 | |
| 10924 | MANHATTAN PSYCHIATRIC CENTER, BUILDING# 102, NEW YORK, NY 10101 | |
| 10924 | MANHATTAN PSYCHIATRIC CENTER, CAMBRIDGE, MA 99999 | |
| 10924 | MANHATTAN PSYCHIATRIC CENTER, WARDS ISLAND, NEW YORK, NY 10001 | |
| 10924 | MANHATTAN TOWERS, C/O  FRONTIER BUILDING MATERIALS, 1230-1240 ROSECRANS BLVD., MANHATTAN BEACH, CA 90266 | |
| 10924 | MANHATTAN TROPHIES LIMITED, 3711 KEEL STREET, DOWNSKIEW ONTARIO, ON M3J 1N1TORONTO | *VIA Deutsche Post* |
| 10925 | MANHATTANVILLE COLLEGE, 2900 PURCHASE ST, PURCHASE, NY 10577 | |
| 10924 | MANI CAN CORPORATION, MARINA STATION, CARR. 64 KM 1.6, BO. MALECON, MAYAGUEZ, PR 680PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MANI CAN CORPORATION, MARINA STATION, MAYAGUEZ, PR 681PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MANIAGO, LYDIA, 43 TERRACE ST, BERGENFIELD, NJ 07621 | |
| 10925 | MANIAGO, PAULINE, 43 TERRACE ST, BERGENFIELD, NJ 07621 | |
| 10925 | MANICK, JR, POLARIS ST, ANDERSON, SC 29621 | |
| 10925 | MANICO, GRACE, 16 COOPER AVE, TROY, NY 12180 | |
| 10925 | MANION MCDONOUGH & LUCAS P.C., USX TOWER SUITE 882, PITTSBURGH, PA 15219 | |
| 10925 | MANION, JESSE, 8844 N. YOKUT AVE, INYOKERN, CA 93527 | |
| 10925 | MANIRE, TRACY, 1404 LINDA LANE, WEATHERFORD, TX 76087 | |
| 10924 | MANIS WHOLESALE, #2 RIVERSIDE INDUSTRIAL PARK, ROME, GA 30161 | |
| 10925 | MANIS, TIMOTHY, 73 LAKEVIEW TERRACE, WATCHUNG, NJ 07060 | |
| 10924 | MANISTIQUE RENTAL INC., PO BOX458, MANISTIQUE, MI 49854 | |
| 10924 | MANISTIQUE RENTALS INC., 415 S. CHIPPEWA AVE., MANISTIQUE, MI 49854 | |
| 10924 | MANISTIQUE RENTALS INC., P.O. BOX 458, MANISTIQUE, MI 49854 | |
| 10925 | MANITOU CONCRETE, POBOX 25114, ROCHESTER, NY 14625-2202 | |
| 10924 | MANITOU CONSTRUCTION CO I, 1150 PENFIELD RD, ROCHESTER, NY 14625 | |
| 10924 | MANITOU CONSTRUCTION CO, 1150 PENFIELD RD, ROCHESTER, NY 14625 | |
| 10924 | MANITOU CONSTRUCTION CO., 1150 PENFIELD RD, PENFIELD, NY 14526 | |
| 10924 | MANITOU CONSTRUCTION CO., 1150 PENFIELD RD., ROCHESTER, NY 14625 | |
| 10924 | MANITOU CONSTRUCTION CO., 1260 JEFFERSON RD, ROCHESTER, NY 14623 | |
| 10924 | MANITOU CONSTRUCTION CO., 200 NIAGARA STREET, CANANDAIGUA, NY 14424 | |
| 10925 | MANITSAS, PATRICIA, 135 E MAIN ST F3, WESTBORO, MA 01581 | |
| 10925 | MANKAT, MARTIN, PO BOX 50548, PHOENIX, AZ 85076 | |
| 10924 | MANKATO  WASTE WATER PLANT, 701 PINE STREET, MANKATO, MN 56001 | |
| 10924 | MANKATO STATE UNIVERSITY, 1601 WARREN STREET, MANKATO, MN 56001 | |
| 10925 | MANKE, LAURA, 333 15TH ST, RENO, NV 89503 | |
| 10925 | MANKE, MYRTLE M, 1911 CHARLES ST, RACINE, WI 53402-4607 | |
| 10925 | MANKER, JONNIE, 717 N. MCDOWELL, PETALUMA, CA 94954 | |
| 10925 | MANKEY, SHARON, 8832 HUNTING LANE, 101, LAUREL, MD 20708 | |
| 10925 | MANKOFF, CHARLES, 5636 FAIRWAY VIEW DRIVE, CHARLOTTE, NC 28277 | |
| 10925 | MANLEY BURKE LIPTON COOK, 225 WEST COURT ST, CINCINNATI, OH 45202 | |
| 10925 | MANLEY, CHARLES, 616 HESTER STORE RD, EASLEY, SC 29640 | |
| 10925 | MANLEY, CHARLES, 710 OLD DACUSVILLE RD, EASLEY, SC 29640 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MANLEY, DEMPSEY, 6415 PLEASANT VALLEY RD, PHILPOT, KY 42366 | |
| 10925 | MANLEY, DONNA, 415 KIMBARK LN, FOUNTAIN INN, SC 29644 | |
| 10925 | MANLEY, GEORGE, PO BOX 5232, LAKELAND, FL 33807 | |
| 10925 | MANLEY, J, 1840 ROCKY RIDGE ROAD, ENOREE, SC 29335 | |
| 10925 | MANLEY, JAMES, 413 CHILDRESS ROAD, EASLEY, SC 29640 | |
| 10925 | MANLEY, JAMES, 4368 BRAMLETT CHURCH ROAD, GRAY COURT, SC 29645 | |
| 10925 | MANLEY, JESSICA, 4881 VALLEY DALE DR., LILBURN, GA 30247 | |
| 10925 | MANLEY, KIMBERLEY, 429 N STONE, DELAND, FL 32723 | |
| 10925 | MANLEY, LINDA, 611 S HUGHES, FRENSO, CA 93706-0000 | |
| 10925 | MANLEY, MARVIN, PO BOX 341, WILLIAMSTON, SC 29697 | |
| 10925 | MANLEY, MAXINE, 2318 WEST LIBERTY ROAD, WESTMINSTER, MD 21157 | |
| 10925 | MANLEY, MICHAEL, 2137 KEENLAND PKWY, OWENSBORO, KY 42301 | |
| 10925 | MANLEY, RANDY, PO BOX 1575, LAURENS, SC 29360 | |
| 10925 | MANLEY, ROBIN, 5117 MARY ANNA WAY, N.RICHLAND HILLS, TX 76180 | |
| 10925 | MANLEY, RUSSELL, 1538 STONELEIGH COURT #1027, ARLINGTON, TX 76011 | |
| 10925 | MANLEY, SUSAN, 413 CHILDRESS ROAD, EASLEY, SC 29640 | |
| 10925 | MANLEY, SYBLE, 111 HEATHERLY DRIVE, GREENVILLE, SC 29607 | |
| 10925 | MANLIO PORCARI, E. CANAVAL MOREYRA 425-34PETROPOLIS, LIMA 27,PERU, PERU | *VIA Deutsche Post* |
| 10925 | MANLOVE, JOHN, 1821 PUTTY HILL AVE, BALTIMORE, MD 21234 | |
| 10925 | MANLY, BOBBIE, 9 GREENBRIAR LANE, WOODRUFF, SC 29388-8956 | |
| 10924 | MANN 14 THEATER, 5550 WADSWORTH BLVD, ARVADA, CO 80002 | |
| 10925 | MANN BROTHERS INSULATION, PO BOX 81670, CONYERS, GA 30013 | |
| 10925 | MANN JT TEN, JOHN C & LORETTA RUTH, 611 S GUNDERSON AVE, OAK PARK, IL 60304-1421 | |
| 10924 | MANN THEATERS, FIREPROOF COATINGS, WESTLAKE VILLAGE, CA 91361 | |
| 10925 | MANN WALTER BURKART WEATHERS &, 300 JOHN Q HAMMONS PKWY, SPRINGFIELD, MO 65806-2593 | |
| 10925 | MANN, ANGELA, 176 G PINECROFT DR., TAYLORS, SC 29687 | |
| 10925 | MANN, BARBARA, 2006 NW 55TH AVE J-8, GAINESVILLE, FL 32653 | |
| 10925 | MANN, BETTY J, CUST, SHIRLEY R MANN, UNIF GIFT MIN ACT WV, RT 1 BOX 87A, GERRARDSTOWN, WV 25420-9614 | |
| 10925 | MANN, BETTY J, ROUTE 1 BOX 87A, GERRARDSTOWN, WV 25420-9614 | |
| 10925 | MANN, CARL, 1917 GARDEN ST, PARK RIDGE, IL 60068 | |
| 10925 | MANN, CINDY, 321 EAST 91 ST, NEW YORK, NY 10128 | |
| 10925 | MANN, DONALD, 4244 N OSCEOLA, NORRIDGE, IL 60706 | |
| 10925 | MANN, DONALD, 4244 N. OSCEOLA, NORRIDGE, IL 60706 | |
| 10925 | MANN, EDWARD, 585 ALICE PLACE, BARTOW, FL 33830-6302 | |
| 10925 | MANN, EVERETT, 510 N. 5TH BOX 856, NOBLE, OK 73068 | |
| 10925 | MANN, EVERETT, RT 4 BOX 788, BLANCHARD, OK 73010 | |
| 10925 | MANN, FRANCES, 625 NEW ST, GRAHAM, NC 27253 | |
| 10925 | MANN, GEORGE, 4938 CATALPA AVE, HAMMOND, IN 46327 | |
| 10925 | MANN, GILBERT, 12925 N 73RD AVE, PEORIA, AZ 85345 | |
| 10925 | MANN, GRACE, 1129 N. MAIN ST, BROCKTON, MA 02401 | |
| 10925 | MANN, J, 111 GREENVALE DRIVE, EASLEY, SC 29640 | |
| 10925 | MANN, JACALYN, 4008 C BRITTANY CR, BRIDGETON, MO 63044 | |
| 10925 | MANN, JANE, 2217 5TH ST, GULFPORT, MS 39501 | |
| 10925 | MANN, JOHN, 14302 STATE HWY #240, ELECTRA, TX 76360 | |
| 10925 | MANN, JOHNSON, 24 BELLEVUE ST, WORCESTER, MA 01609 | |
| 10925 | MANN, MARY ANN, 210 WESCOTT RD, NESHANIC STA, NJ 08853 | |
| 10925 | MANN, MARY, 24 3RD ST, SOMERVILLE, NJ 08876 | |
| 10925 | MANN, MARY, 4076 S. OAKHURST AVE, HOMOSASSA, FL 34446 | |
| 10925 | MANN, MICHAEL, 733 FERGUSON AVE, ST. LOUIS, MO 63135 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MANN, MIKE, 4710 BELLAIRE BLVD, HOUSTON, TX 77401 | |
| 10925 | MANN, PAULA, 916 E SUMMER DRIVE, HIGHLAND RANCH, CO 80126 | |
| 10925 | MANN, ROBERT, 855 W OXFORD #1, ENGLEWOOD, CO 80110 | |
| 10925 | MANN, SHIRLEY, 429 BROOKSTONE DRIVE, MADISON, MS 39110 | |
| 10925 | MANN, TERRY L, 3816 GENTLE SPRINGS DR, ARLINGTON, TX 76001 | |
| 10925 | MANN, TERRY, 3816 GENTLE SPRINGS, ARLINGTON, TX 76001 | |
| 10925 | MANN, WILLIAM, 2118C SHADE VALLEY ROAD, CHARLOTTE, NC 28205 | |
| 10925 | MANN-AGUILAR, V, 3295 SKYPARK DR., LOMITA, CA 90717 | |
| 10925 | MANNARINO, MARIA, 3328 PERRY AVE, BRONX, NY 10467 | |
| 10925 | MANNER, EDMUND, 3126 N ST. JOHNS LANE, ELLICOTT CITY, MD 21042 | |
| 10925 | MANNESMANN DEMATIC RAPISTAN CORP, 45 TECHNOLOGY PKWY SOUTH, NORCROSS, GA 30092-2928 | |
| 10925 | MANNESMANN DEMATIC RAPISTAN CORP, PO BOX 905491, CHARLOTTE, NC 28290-5491 | |
| 10925 | MANNESMANN DEMATIC RAPISTAN CORP, POBOX 905491, CHARLOTTE, NC 28290-5491 | |
| 10925 | MANNESMANN DEMATIC RAPISTAN CORP., PO BOX 905491, CHARLOTTE, NC 28290-5491 | |
| 10925 | MANNESMANN TALLY, BOX 70510, CHICAGO, IL 60673 | |
| 10925 | MANNEY, SHANNON, 2232 N ROJO, HOBBS, NM 88240 | |
| 10925 | MANNHEIMER SWARTLING, BOX 2235, SE-403 14 GOTHENBURG, 40314SWEDEN | *VIA Deutsche Post* |
| 10925 | MANNING C MORRILL, THE LEDGES UNIT 55, 7 WAINWRIGHT ROAD, WINCHESTER, MA 01890-2306 | |
| 10925 | MANNING COMMUNICATIONS, 1 WEBSTER AVE, BOSTON, MA 02128 | |
| 10925 | MANNING III, WILLIS, 803 QUAIL COURT, ROANOKE RAPIDS, NC 27870 | |
| 10925 | MANNING SELVAGE & LEE, 79 MADISON AVE, NEW YORK, NY 10016 | |
| 10925 | MANNING SELVAGE & LEE, POBOX 77000, DETROIT, MI 48277-0204 | |
| 10924 | MANNING SPECIALTY SUPPLY CO., PO BOX1088, WILLIAMSTON, NC 27892 | |
| 10924 | MANNING SPECIALTY SUPPLY, 1410 RIVER ROAD, COFIELD, NC 27922 | |
| 10925 | MANNING, DEBRA, PO BOX 1801, POMPANO BEACH, FL 33061 | |
| 10925 | MANNING, DIANE, 1790 COLUMBIA ROAD, S. BOSTON, MA 02127 | |
| 10925 | MANNING, DOUGLAS, 5603 BRIANBEND, HOUSTON, TX 77096 | |
| 10925 | MANNING, ENID, 3301 OYSTER BAY ST, LAS VEGAS, NV 89117 | |
| 10925 | MANNING, FRANCIS, 60 SHORES BLVD., ST. AUGUSTINE, FL 32086 | |
| 10925 | MANNING, GREGORY, 18 MORTON ST., NEEDHAM, MA 02494 | |
| 10925 | MANNING, JOHN, 191 WEST WALNUT, GLENWOOD CITY, WI 54013 | |
| 10925 | MANNING, JOHN, 900 MONROE ST, ROANOKE RAPIDS, NC 27870 | |
| 10925 | MANNING, JOY, 3528 W 228TH PL, TORRANCE, CA 90505 | |
| 10925 | MANNING, KENNETH, 2914 E NEWBERRY BLVD, MILWAUKEE, WI 53211-3429 | |
| 10925 | MANNING, LARRY, 510 MURPH ROAD, JEFFERSON CITY, TN 37760 | |
| 10925 | MANNING, LAURA, PO BOX 113, CONCORD, MA 01742 | |
| 10925 | MANNING, MARCUS, 2003 WALNUT AVE, ANNISTON, AL 36201 | |
| 10925 | MANNING, MICHELLE, 4310 NW 4TH, AMARILLO, TX 79106 | |
| 10925 | MANNING, MILFRED, 521 N HURON ST, DE PERE, WI 54115 | |
| 10925 | MANNING, PATRICK, 19014 BERRYHILL, TOMBALL, TX 77375 | |
| 10925 | MANNING, SELINA, 1143 N. 29TH ST, 114, MILWAUKEE, WI 53208 | |
| 10925 | MANNING, SHAYNE, 100 E EIGHTH ST, CINCINNATI, OH 45202-2133 | |
| 10925 | MANNING, THOMAS, 5150 COTTONWOOD LN, DEPERE, WI 54115 | |
| 10925 | MANNING, TIMOTHY, 2416 PARADISE CIRCLE, PLAINFIELD, IL 60544 | |
| 10925 | MANNING, TRAVIS, 1107 MEADOWS ST., NEW BERN, NC 28560 | |
| 10925 | MANNING, WILLARD, 222 RUSH LANDING ROAD, NOVATO, CA 94945 | |
| 10925 | MANNING, WILLIAM, 1583 ARDEN LANE, MORRISTOWN, TN 37813 | |
| 10925 | MANNING, WILLIAM, 70 LANDING RD, BELMONT, NC 28012 | |
| 10925 | MANNINGTON MILLS INC., MANNINGTON RESILIENT FLS, MANNINGTON MILLS ROAD, SALEM, NJ 08079 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MANNION, WILLIAM, 2953 ROSE CROWN CIR, PASADENA, MD 21122

10925    MANNIX, NANCY, 801 ROYAL WAY, ANAHEIM, CA 95805

10925    MANNZEN, EDGAR, 361 E. DAVE DUGAS, SULPHUR, LA 70663-9672

10925    MANOCHI, TAMMY, 4928 S. DIMPLE, OKLAHOMA CITY, OK 73135

10925    MANOLAKIS, ALEXANDRA, 326 E. 8TH AVE., HOMESTEAD, PA 15120

10925    MANOOGIAN ESQ, ARA R, 2240 WOOLBRIGHT RD #412, BOYNTON BEACH, FL 33426

10925    MANOR DEVELOPMENT COMPANY, GENERAL COUNSEL, 110 PT. SAN PEDRO RD., SAN RAFAEL, CA 94902

10925    MANOR HOUSE, THE, 1 MANOR HOUSE RD., LITTLETON, CO 80125

10924    MANORHOUSE ASSISTED LIVING, 5417 WESLEYAN DRIVE, VIRGINIA BEACH, VA 23455

10925    MANOS, CHRISTOPHER, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925    MANPOWER INC, DEPT 0057, PHILADELPHIA, PA 19170-0208

10925    MANPOWER INC, PO BOX 14008, JACKSON, MS 39236-4008

10925    MANPOWER INC, PO BOX 7247-0208, PHILADELPHIA, PA 19170-0208

10925    MANPOWER INC., MB UNIT #6003, MILWAUKEE, WI 53267-0003

10925    MANPOWER INC., PO BOX 7247-0208, PHILADELPHIA, PA 19170-0208

10925    MANPOWER OF UTAH, PO BOX 1227, SALT LAKE CITY, UT 84110-1227

10925    MANPOWER TEMPORARY SERVICES, 857 ELKRIDGE LANDING RD., SUITE 100, LINTHICUM, MD 21090

10925    MANPOWER TEMPORARY SERVICES, MB UNIT #6003, MILWAUKEE, WI 53267-0003

10925    MANPOWER, 9105 INDIANAPOLIS BLVD., HIGHLAND, IN 46322

10925    MANPOWER, BOX 68-6003, MILWAUKEE, WI 53267-6003

10925    MANPOWER, INC, PO BOX 7247-0208, PHILADELPHIA, PA 19170-0208

10925    MANPOWER, INC, PO BOX 906, LAKE CHARLES, LA 70602-0906

10925    MANPOWER, PO BOX 504031, THE LAKES, NV 88905-4031

10925    MANRIQUE, DIEGO, 2440 PRINCETON PIKE, LAWRENCEVILLE, NJ 08648

10925    MANRIQUE, LUIS, 1205 MIRANDA ST, ALICE, TX 78332

10925    MANROW, WILBUR, PO BOX 463, MONTEZUMA, NY 13117

10925    MANRY, JACKIE, 601 E LAFAYETTE, IOWA PARK, TX 76367

10925    MANSANI, CAROL, 118 LYNN ROAD, BROCKTON, MA 02402

10925    MANSBERGER, LELIZA, 6389 BENECIA AVE, NEWARK, CA 94560

10925    MANSDORF, ARNOLD D, 37 ELM PLACE, HASTINGS-ON-HUDSON, NY 10706

10925    MANSDORF, ARNOLD, 37 ELM PLACE, HASTING-ON-HUDSON, NY 10706

10924    MANSELL III, 3600 MANSELL ROAD, ALPHARETTA, GA 30022

10925    MANSELL, CARL, 8885 LONDON CT., JONESBORO, GA 30236

10925    MANSELL, PORTIA, 309 EUNICE DR, GREENVILLE, SC 29611

10924    MANSELL2 OFFICE BLDG., 3700 MANSELL, ALPHARETTA, GA 30022

10924    MANSFIELD COLD STORAGE, 614 JENKINS STREET, MANSFIELD, LA 71052

10924    MANSFIELD ENVIRONMENTAL ABATE, 3 THISLE LANE, S-6 JUNCTION, VT 05451

10924    MANSFIELD INDUSTRIAL COATINGS, 8430 BELLINGRATH ROAD, THEODORE, AL 36582

10924    MANSFIELD INDUSTRIAL COATINGS, P.O. BOX 6205 BRENT STATION, PO BOX6205, PENSACOLA, FL 32503

10925    MANSFIELD JR, GEORGE, 8 RED BROOK CROSSING, LINCOLN, RI 02865

10925    MANSFIELD JT TEN, RICHARD G & ISOBEL M, 65 LITTLE BROOK RD, WILTON, CT 06897-3525

10925    MANSFIELD, CATHERINE, 8 KNOLLWOOD ST, NORTON, MA 02766

10925    MANSFIELD, CHRISTINA, 8 KNOLLWOOD ST, NORTON, MA 02766

10925    MANSFIELD, KATHRYN, 1272 ELSMERE LANE, RIVERDALE, GA 30296

10925    MANSFIELD, TODD, 2421 S.E. 7TH AVE, OCALA, FL 34471

10925    MANSK, KEITH, 1382 CAMELBACK DR, EAGAN, MN 55122

10925    MANSKY, EDWARD, 704 N. FAIRBROOK DR., WAUNAKEE, WI 53597

10925    MANSON, GERALDINE, 13408 TWP RD 473, LAKEVILLE, OH 44638

10925    MANSON, KENNETH, 8 JORDAN LN, AMESBURY, MA 01913

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MANSON, T BRADLEY, COMMERCE TERRACE, 1100 KING ST, PO BOX 25625, OVERLAND PARK, KS 66225-5625

10924   MANSOUR, GAVIN, GERLACK & MANOS, 2150 ILLUMINATING BLDG, CLEVELAND, OH 44113-1994

10925   MANSPEAKER, LAURA, 3121 WHEATFIELD ROAD, FINKSBURG, MD 21048

10925   MANTA, J.L., PO BOX 694, CHANNAHON, IL 60410

10924   MANTA/COLE JOINT VENTURE, CAMBRIDGE, MA 99999

10924   MANTA/COLE JOINT VENTURE, THE 911 EMERGENCY COMMUNICATION CTR, CHICAGO, IL 60607

10925   MANTECH ENV TECH, 1901 RESEARCH BLVD # 240, ROCKVILLE, MD 20850

10925   MANTECH ENVIRONMENTAL TECHNOLOGY,

10925   MANTECH ENVIRONMENTAL TECHNOLOGY, 1901 RESEARCH BLVD SUITE 240, ROCKVILLE, MD 20850

10925   MANTEK, PO BOX 660196, DALLAS, TX 75266-0196

10925   MANTEK, PO BOX 840402, DALLAS, TX 75284-0402

10925   MANTER, G, 4138 PIPER DRIVE, JACKSONVILLE, FL 32207

10925   MANTEY, DAVID, 22423 INDIAN RIDGE DR., KATY, TX 77450

10924   MANTH-BROWNELL, 1120 FYLER ROAD, KIRKVILLE, NY 13082

10924   MANTHEI DEVELOPMENT CORP, 05481 US 31 SOUTH, CHARLEVOIX, MI 49720

10924   MANTHEI DEVELOPMENT CORP., U S 31, PETOSKEY, MI 49770

10924   MANTHEI DEVELOPMENT CORP., U.S. 31 - SOUTH, CHARLEVOIX, MI 49720

10924   MANTHEI DEVELOPMENT CORP., U.S. 31 S-3, CHARLEVOIX, MI 49720

10925   MANTIE, EDMUND, 13 GRANT AVE, CARTERET, NJ 07008

10925   MANTIK, PHILIP, 2617 FAIT AVE, BALTIMORE, MD 21224

10925   MANTILLA, DINORAH, 2789 SW 30 CT, MIAMI, FL 33133

10925   MANTOOTH, CLIFTON, RT 1 BOX 809, CHARLESTON, AR 72933

10925   MANTOOTH, JOYCE, PO BOX 764, WHITE PINE, TN 37890

10925   MANTOOTH, WILLIAM, PO BOX 1316, ROCKY FACE, GA 30740

10924   MANUAL HIGH SCHOOL, 1700 E. 28TH AVENUE, DENVER, CO 80205

10925   MANUAL INDUSTRIAL PROPERTY BV, NL-3501 BC, UTRECHT, 3501 BCNETHERLANDS     *VIA Deutsche Post*

10925   MANUEL CRUZ, C/O JOSIE C LEYBA, BOX 38, OJO SARCO, NM 87550-0000

10925   MANUEL F SARABIA PONCE, CASILLA 6219, LA PAZ, BOLIVIA     *VIA Deutsche Post*

10925   MANUEL MONDRAGON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   MANUEL OLIVEIRA JR &, MARY R OLIVEIRA JT TEN, 13 PINE TREE AVE, NORTH WESTPORT, MA 02790-2815

10925   MANUEL P LOPES TR U/A MAY 21 7, THE CHASE TRUST, 3 LAWRENCE ST, TEATICKET, MA 02536-7528

10924   MANUEL PALOS SCULPTURE, 1330 DONNER AVE, SAN FRANCISCO, CA 94124

10924   MANUEL PALOS SCULPTURE, 1330 DONNER AVENUE, SAN FRANCISCO, CA 94124

10925   MANUEL, AUTRY, 712 GLENDALE, BURKBURNETT, TX 76354

10925   MANUEL, CHRISTOPHER, 1304 CATHERINE ST, SULPHUR, LA 70663

10925   MANUEL, DALLAS, 1304 CELESTE, VINTON, LA 70668-0000

10925   MANUEL, DAVETTA, 602 W CHESTNUT ST, GOLDSBORO, NC 27530

10925   MANUEL, DAVID W, 1902 DEEPWOOD DR., LAKE CHARLES, LA 70605

10925   MANUEL, DAVID, 1902 DEEPWOOD DRIVE, LAKE CHARLES, LA 70605

10925   MANUEL, DAWN, PO BOX 324, VILLE PLATTE, LA 70586

10925   MANUEL, EDWARD, PO BOX 2471, LAKELAND, FL 33840

10925   MANUEL, ELAINE, 19R SUMMER ST, TOPSHAM, ME 04086

10925   MANUEL, ERNEST J, PO BOX 451, GLEN OAKS, NY 11004-0451

10925   MANUEL, GARY, 1288 RIGMAIDEN CEMETARY R, DEQUINCY, LA 70633

10925   MANUEL, HILDA, 1304 CELESTE, VINTON, LA 70668-0177

10925   MANUEL, JOANNE, 81 TROWBRIDGE ST, ARLINGTON, MA 02174

10925   MANUEL, JONATHAN C, 113 LIGHTNING, SULPHUR, LA 70663

10925   MANUEL, JONATHAN, 113 LIGHTING, SULPHUR, LA 70663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MANUEL, LORI, RT. 1 BOX 300, MAMOU, LA 70554

10925   MANUEL, MICKEL, 1806 FRENCHMEN ST, NEW ORLEANS, LA 70116

10925   MANUEL, PAUL, 345 OLD SOUTH ROAD, DUNCAN, SC 29334

10925   MANUEL, RODERICK, 19930 RISING STAR, HUMBLE, TX 77338

10925   MANUEL, RODERICK, 19930 RISING STAR, HUMBLE, TX 77338-1843

10925   MANUEL, TONDA, 571 WILDLIFE LAKE RD, REIDSVILLE, NC 27320

10925   MANUEL, VIRGINIA, 314 COMPTON CT, WILMINGTON, DE 19801

10925   MANUFACTURERA DEL BRAVO, 7825 WESTPORT DR 2ND FL, EL PASO, TX 79912

10925   MANUFACTURERS ALLIANCE, 1525 WILSON BLVD, ARLINGTON, VA 22209

10925   MANUFACTURERS ASSISTANCE CORP., 747 CHURCH ROAD UNIT B-5, ELMHURST, IL 60126

10925   MANUFACTURERS NEWS INC, 1633 CENTRAL ST, EVANSTON, IL 60201-1569

10925   MANUFACTURERS OF EMISSION CONTROLS, 1660 L ST. NW,STE. 1100, WASHINGTON, DC 20036-5603

10925   MANUFACTURERS SUPPLIES CO, 4220 RIDER TRAIL NORTH, EARTH CITY, MO 63045

10925   MANUFACTURERS SUPPLIES, 4220RIDER TRAILNORTH, EARTH CITY, MO 63045

10924   MANUFACTURING SCIENCES CORPORATION, 804 KERR HOLLOW ROAD, OAK RIDGE, TN 37830

10925   MANUGISTICS INC, POBOX 73292, BALTIMORE, MD 21273

10925   MANULIS, ANNA, 4475 DALE AVE. #214, LA MESA, CA 91941

10925   MANU-REP, 17031 COUNTRY BRIDGE, HOUSTON, TX 77095

10924   MANUS PRODUCTS, 866 INDUSTRIAL BLVD. WEST, WACONIA, MN 55387

10925   MANUS, JANICE, RT 1 BOX 1162, NICHOLSON, GA 30565

10925   MANUWA, CRISTIE, 920 HICKORY AVE, TORRANCE, CA 90503

10925   MANVILLE PERS. INJURY SETMNT TRUST, PO BOX 10411, FAIRFAX, VA 22031

10925   MANYIN, ANDREA, 32-21 43RD ST, ASTORIA, NY 11103

10925   MANYWEATHER, VERNESSA, 3256 NW 48 ST, MIAMI, FL 33142

10925   MANZ, DANIEL, RT 4 BOX 384, STARKE, FL 32091

10925   MANZANARES, MANUEL, 233 W. KIRKWALL RD, AZUSA, CA 91702

10925   MANZANERO, EVANGELIN, 13116 GREENGAGE LN, TAMPA, FL 33612

10925   MANZANO, DIANA, 9 EAST 13TH ST APT 3J, NEW YORK, NY 10003

10924   MANZIONE READY MIX CORP., 46 KNICKERBOCKER AVENUE, BROOKLYN, NY 11237

10925   MANZIONE, JOHN, 1811 RIDGEFIELD WAY, DALTON, GA 30720

10925   MANZOLI, ELIZABETH, 775-A CABOT ST, BEVERLY, MA 01915-1027

10925   MANZOTTI, SHARON, 140 OAK CREST DR., E. PROVIDENCE, RI 02915

10924   MAPEI CORP, 1501 WALL ST, GARLAND, TX 75041

10924   MAPEI CORP., 1501 WALL ST., GARLAND, TX 75041

10924   MAPEI CORP., 1851 N W 22NC ST, FORT LAUDERDALE, FL 33311

10924   MAPEI EAST CORPORATION, 1851 N.W. 22ND ST., FORT LAUDERDALE, FL 33311

10925   MAPEL, DONALD JR., ROUTE 2 - BOX 6, LONE TREE, IA 52755

10925   MAPEL, ROBERT, 5936 W. PARK HILL, MILWAUKEE, TX 75213

10925   MAPES ENTERPRISES INC., 5117 W. WALTANN LANE, GLENDALE, AZ 85306

10925   MAPES, DONALD, 5117 W WALTANN, GLENDALE, AZ 85306-2520

10925   MAPES, JAMES, 929 WILSON ST, ALICE, TX 78332

10925   MAPES, JENNIFER, 9319 OUTLOOK, OVERLAND PK, KS 66207

10925   MAPINFO CORPORATION, ONE GLOBAL VIEW, TROY, NY 12180-8399

10924   MAPLE GROVE GOVERNMENT CENTER, 12800 ARBOR LAKES PKWY. N., MAPLE GROVE, MN 55369

10924   MAPLE GROVE SENIOR HIGH SCHOOL, MINUTI OGLE, MINNEAPOLIS, MN 55447

10925   MAPLE INSTRUMENTS LIMITED, 150 DIVADALE DR., TORONTO, ON M4G 2P6CANADA     *VIA Deutsche Post*

10924   MAPLE KNOLL VILLAGE - SPRAYCRAFT, 11100 SPRINGFIELD PIKE, CINCINNATI, OH 45246

10924   MAPLE MANOR, ELDERLY HOUSING, LANGDON, ND 58249

10924   MAPLE PLAZA DEVELOPMENT, PICK UP @ J. LESTICIAN WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MAPLE SPRINGS UNITED, METHODIST CHURCH, WINSTON SALEM, NC 99999

10925    MAPLE-LEAF CONSTRUCTION CO INC, PO BOX F, NASHUA, NH 03061-6006

10925    MAPLE-LEAF CONSTRUCTION CO INC, POBOX F, NASHUA, NH 03061

10925    MAPLES & LOMAX, PO DRAWER 1368, PASCAGOULA, MS 39567

10925    MAPLES, F GERALD, 201 ST CHARLES AVE, SUITE 3204, NEW ORLEANS, LA 70170

10925    MAPLES, IRVIN, PO BOX 495, CLAYTON, LA 71326

10925    MAPLES, WILLIAM, 150 BEARDEN DRIVE, DUNCAN, SC 29334

10925    MAPLETOFT, LEE, 4 JOSEPH REED LANE, ACTON, MA 01720

10924    MAPLEWOOD SCHOOL, 32 PLUM STREET, TRENTON, NJ 08638

10925    MAPP, ALVIN, 33088 HICKMAN ST, PAINTER, VA 23420

10925    MAPP, MELVIN, 6101 NEW HAMPSHIRE AV, WASHINGTON, DC 20011

10925    MAPP, MICHELE, 2120 S JOHN-RUSSEELL, ELKINS PARK, PA 19027

10924    MAPRIX/CERRITOS COLLEGE, WESTWOOD BUILDING MATERIALS, CERRITOS, CA 90703

10925    MAQUEIRA, EDUARDO, 4833 W 117TH ST, HAWTHORNE, CA 90250

10925    MAR, MARIA, 119 S CANAL ST, MISSION, TX 78572

10925    MARA M WEISENBERGER, PO BOX 237, ORGAN, NM 88052-0237

10925    MARA, ANTHONY, 4212 PIONEER DR, BAKERSFIELD, CA 93306

10925    MARA, JOHN, 2220 WEST CREEK LANE, E4, HOUSTON, TX 77027

10925    MARA, MARIA, 804 SHERIDAN COURT, FUQUAY VARINA, NC 27526

10925    MARADIAGA, PABLO, 112B AMES ROAD, SILVER SPRING, MD 20903

10925    MARAGISAN, MARLON, 3407 RICKEY AVE, TEMPLE HILLS, MD 20748

10925    MARAIST JR., LEON, 74 CHARTER ROAD, ACTON, MA 01720

10925    MARAIST, LEON, 74 CHARTER ROAD, ACTON, MA 01720

10925    MARANAN, SAMSON, 715 NORCROSS ST, LINDENWOLD, NJ 08021

10925    MARANS, NELSON, 12120 KERWOOD ROAD, SILVER SPRING, MD 20904

10925    MARANT, VICTORIA, 14 GENA CT., HAMILTON, NJ 08690

10925    MARASCO, CRAIG, 136 CHERRY ST, WHITAKER, PA 15120

10925    MARASHIO, LEA, 11 CHESTNUT ROAD, TYNGSBORO, MA 01879

10925    MARASHIO, PETER, 11 CHESTNUT ROAD, TYNGSBORO, MA 01879

10925    MARASIGAN, YOLANDA, 54 SUBURBIA DR, JERSEY CITY NJ, NJ 07305

10925    MARATECH INTERNATIONAL LTD., PO BOX 4631, CHICAGO, IL 60680-4631

10925    MARATHAS, N, 399 NEPONSET ST, CANTON, MA 02021

10924    MARATHON ASHLAND PETROLEUM LLC (RC), #2 REFINERY RCCU, CATLETTSBURG, KY 41129

10924    MARATHON ASHLAND PETROLEUM LLC, #2 REFINERY FCCU, CATLETTSBURG, KY 41129

10924    MARATHON ASHLAND PETROLEUM LLC, 100 W. THIRD AVENUE, SAINT PAUL PARK, MN 55071

10924    MARATHON ASHLAND PETROLEUM LLC, 12800 TORONTO AVENUE, DETROIT, MI 48217-1294

10924    MARATHON ASHLAND PETROLEUM LLC, 1300 SOUTH FORT STREET, DETROIT, MI 48217-1294

10924    MARATHON ASHLAND PETROLEUM LLC, 2408 GAMBRINUS AVE., S.W., CANTON, OH 44706

10924    MARATHON ASHLAND PETROLEUM LLC, 539 SOUTH MAIN STREET, FINDLAY, OH 45840

10924    MARATHON ASHLAND PETROLEUM LLC, 8 MILES WEST OF LAPLACE, GARYVILLE, LA 70051

10924    MARATHON ASHLAND PETROLEUM LLC, CATLETTSBURG REFINING, PO BOX 1040, CATLETTSBURG, KY 41129

10924    MARATHON ASHLAND PETROLEUM LLC, FOOT OF 10TH STREET, SOUTH, TEXAS CITY, TX 77590

10924    MARATHON ASHLAND PETROLEUM LLC, P.O. BOX AC, GARYVILLE, LA 70051

10924    MARATHON ASHLAND PETROLEUM LLC, PO BOX 570-R, ASHLAND, KY 41101

10924    MARATHON ASHLAND PETROLEUM LLC, PO BOX 570R, ASHLAND, KY 41114

10924    MARATHON ASHLAND PETROLEUM LLC, PO BOX 8170, CANTON, OH 44711

10924    MARATHON ASHLAND PETROLEUM LLC, REFINERY WEST GATE, ROBINSON, IL 62454

10924    MARATHON ASHLAND PETROLEUM LLC, ST. PAUL REFINERY STOREROOM, 459 3RD STREET, SAINT PAUL PARK, MN 55071

10924    MARATHON ASHLAND PETROLEUM LLC, ST. PAUL REFINERY, 459 3RD STREET, SAINT PAUL PARK, MN 55071

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10924 | MARATHON ASHLAND PETROLEUM LLM, 1375 SOUTH DIX, DETROIT, MI 48217-1294 |
| 10924 | MARATHON ASHLAND, PO BOX 1200, ROBINSON, IL 62454 |
| 10924 | MARATHON ASHLAND, PO BOX 1200, ROBINSON, IL 62454-1200 |
| 10924 | MARATHON ASHLAND, REFINERY WEST GATE, ROBINSON, IL 62454 |
| 10925 | MARATHON ENGINEERING & ENVIRONMENTA, 510 HERON DR SUITE 11, SWEDESBORO, NJ 08085 |
| 10925 | MARATHON ENGINEERING, 510 HERON DR #11, SWEDESBORO, NJ 08085 |
| 10925 | MARATHON OIL CO CT CORP SYSTEM, PO BOX 1166 40 W LAWRENCE, SUITE A, HELENA, MT 59624 |
| 10925 | MARATHON OIL CO, 5555 SAN FELIPE ROAD, HOUSTON, TX 77056 |
| 10925 | MARATHON OIL CO, LINDA E ALDRICH-OSHA COORDINATOR ED, 5555 SAN FELIPE PO BOX 4813, HOUSTON, TX 77056 |
| 10925 | MARATHON OIL CO, POBOX 740109, CINCINNATI, OH 45274-0109 |
| 10924 | MARBELITE INTERNATIONAL, 544 INTERSTATE COURT, SARASOTA, FL 34240 |
| 10924 | MARBELITE INTERNATIONAL, 544 INTERSTATE CT, SARASOTA, FL 34240 |
| 10924 | MARBLE CITY CONCRETE, 1106 N. LOUISVILLE AVE., SYLACAUGA, AL 35150 |
| 10924 | MARBLE CITY CONCRETE, P.O. BOX 1266, SYLACAUGA, AL 35150 |
| 10924 | MARBLE CITY MASONRY, P O BOX 1266, SYLACAUGA, AL 35150 |
| 10925 | MARBLE, ALAN C, CUST FOR KRISTINE L MARBLE, UNIF GIFT MIN ACT OR, 6275 SW FISHER AVE, BEAVERTON, OR 97008-4432 |
| 10925 | MARBLE, TERRY, 1827 WEST CLARKE ST, MILWAUKEE, WI 53206 |
| 10925 | MARBLEHEAD LIME CO, POBOX 99131, CHICAGO, IL 60693-9131 |
| 10925 | MARBLEHEAD LIME CO., PO BOX 488, CHICAGO HEIGHTS, IL 60411-0488 |
| 10925 | MARBLEHEAD LIME, INC, PO BOX 99131, CHICAGO, IL 60693-9131 |
| 10924 | MARBON INC, 821 27TH ST, WEST PALM BEACH, FL 33407 |
| 10924 | MARBON INCORPORATED, 2511 BROADWAY, WEST PALM BEACH, FL 33407 |
| 10924 | MARBON INCORPORATED, 805 25TH STREET, WEST PALM BEACH, FL 33407 |
| 10924 | MARBRAN USA LC, 200 SO. 10TH ST., STE 1104, MCALLEN, TX 78501 |
| 10925 | MARBRAN USA, 200 S 10TH ST, MCALLEN, TX 78501 |
| 10924 | MARBRAN USA, 8401 SOUTH 23RD, MCALLEN, TX 78503 |
| 10924 | MARBRAN USA, C/O ABC, MCALLEN, TX 78501 |
| 10924 | MARBRAN USA, LC, JUNCTION WITH 10TH ST., MILITARY HWY. 281 EAST, HIDALGO, TX 78557 |
| 10925 | MARBURGER, KRISTI, 4400 WILSHIRE, MIDLAND, TX 79703 |
| 10925 | MARBURY, BARRY, 8 ROY LANE, HUNTINGTON VA, PA 19006-3112 |
| 10925 | MARC A WALDINGER &, BONNIE G WALDINGER JT TEN, 250 ANDREW DR, NEWTOWN, PA 18940-2221 |
| 10925 | MARC D WEBER, 1351 ELEANOR AVE, TOLEDO, OH 43612-2265 |
| 10925 | MARC DENNIS THOMPSON, 1101 MASSACHUSETTS AVE NW 407, WASHINGTON, DC 20005-4627 |
| 10925 | MARC GOLDZWEIG, 16 ALLEANNE TERRACE, BARDONIA, NY 10954-2109 |
| 10925 | MARC GUNDERSON, 3301 NW DR, HOBBS, NM 88240-1063 |
| 10925 | MARC HOZINSKY, 19019 BESSEMER ST, RESEDA, CA 91335-6719 |
| 10925 | MARC J KLEIMAN, 7300 N E 8TH CT, BOCA RATON, FL 33487-1712 |
| 10925 | MARC J LERCH, PO BOX 5341, BILOXI, MS 39534-0341 |
| 10925 | MARC KOGAN, 720 NORTH HUNTLEY DR, LOS ANGELES, CA 90069 |
| 10925 | MARC PHILIP SCHUYLER, 1070 ROSE AVE, MOUNTAIN VIEW, CA 94040-4047 |
| 10925 | MARC STEPHAN GHERARDI, 1813 LANSING COURT, MC LEAN, VA 22101-5256 |
| 10925 | MARC WIEGMANN, STONSDORFER WEG 10 B, NORDERSTEDT, 22844 |
| 10925 | MARC WILLIAM GUNDERSON, 3301 NORTHWEST DR, HOBBS, NM 88240-1063 |
| 10925 | MARCAL ELECTRONICS INTERNATIONAL, 130 W BRISTOL LN, ANAHEIM, CA 92865 |
| 10925 | MARCANO, BELINDA, 17 RIDGE ROAD, ENGLEWOOD CLIFFS, NJ 07632 |
| 10925 | MARCANO, CARMEN, CALLE B B 25 PARQUE LAS AMERICAS, GURABO, PR 00658 |
| 10925 | MARCANTEL, GLENN, PO BOX 650, BASILE, LA 70515 |
| 10925 | MARCANTONI, JOHN, 1930 WILSON POINT RD, BALTIMORE, MD 21220 |
| 10925 | MARCASCIANO JR, PHILIP, 6 WILDE ROAD, WELLESLEY HIL, MA 02481 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARCASCIANO JR, PHILLIP, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | MARCASCIANO, OLGA J, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | MARCASCIANO, OLGA J, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MARCASCIANO, OLGA, 6 WILDE ROAD, WELLESLEY HIL, MA 02481 | |
| 10925 | MARCEAU, JAMES F, 230 BOYCE RD, CANTERBURY NH, NH 03224 | |
| 10925 | MARCEAUX, JAIMES, 1101 WALTON ST., NEW IBERIA, LA 70560 | |
| 10925 | MARCEDES, BRIAN, 133 MUSTANG CIR, SIMPSONVILLE, SC 29681 | |
| 10925 | MARCEL DEKKER, INC, 185 CIMARRON ROAD, MONTICELLO, NY 12701-5185 | |
| 10925 | MARCEL DEKKER, INC, PO BOX 5019, MONTICELLO, NY 12701-5178 | |
| 10925 | MARCEL, P, 3427 TIMBER RIDGE COURT, NEW ORLEANS, LA 70131 | |
| 10925 | MARCELENO, JOSE, 800 E.4TH, ODESSA, TX 79764 | |
| 10925 | MARCELIN, JOSEPH, 26 BEACON ST APT 27E, BURLINGTON, MA 01803 | |
| 10925 | MARCELINO GRUA SERVICE, HC-02 BOX 11280, COROZAL, PR 00783PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MARCELLA H GILKERSON, 4301 UPTON AVE NORTH, MINNEAPOLIS, MN 55412-1009 | |
| 10925 | MARCELLE LOSITO, 164 05 CRYDERS LANE, WHITESTONE, NY 11357-2830 | |
| 10925 | MARCELLINA YUNCKER, 2205 WEST PKWY, MUNCIE, IN 47304-0000 | |
| 10924 | MARCELLO BLOCK CO, 1425 BEAVER AVE, MONACA, PA 15061 | |
| 10924 | MARCELLO CONCRETE PRODUCT, 1425 BEAVER AV, MONACA, PA 15061 | |
| 10925 | MARCELLO WEATHERS, 4849 HOMESTEAD RD., STE. 232, HOUSTON, TX 77028 | |
| 10925 | MARCELLUS O RIEDEL &, ANN ZITA RIEDEL JT TEN, 5800 WALMER ST, MISSION, KS 66202-2603 | |
| 10925 | MARCELO, LEONORA, 15543 SUPERIOR STR, NORTH HILLS, CA 91343 | |
| 10925 | MARCENKUS, ALBERT, 1608 WYNRUSH CIRCLE, KNOXVILLE, TN 37923 | |
| 10925 | MARCEY, PAUL, 9 WING ROAD, POCASSET, MA 02559 | |
| 10925 | MARCH OF DIMES, 1649 FORUM PLACE-SUITE 2, WEST PALM BEACH, FL 33401 | |
| 10925 | MARCH OF DIMES, PO BOX 1549, AKRON, OH 44309-1549 | |
| 10925 | MARCH, E, 200 HEYWOOD AVE #1210, SPARTANBURG, SC 29307 | |
| 10925 | MARCH, PATRICK, 114-11 205TH ST, ST. ALBANS, NY 11412 | |
| 10925 | MARCHAND PAINTINC INC, 3 BALDWIN LANE, BEDFORD, NH 03110-4227 | |
| 10925 | MARCHAND, COLEEN, 6721 PINE DR, COLUMBIA, MD 21046 | |
| 10925 | MARCHAND, DENIS, 34 FARMLAND RD. UNIT D, LOWELL, MA 01850-1428 | |
| 10925 | MARCHAND, ROBERT, 280 FRANKLIN FINLY RD, EASLEY, SC 29640 | |
| 10925 | MARCHAND, ROBERT, 38 HASTING ST, LOWELL, MA 01851 | |
| 10925 | MARCHAND, ROBERT, 8 KIRKLAND ROAD, PEABODY, MA 01960 | |
| 10925 | MARCHANT, KIMBERLY, 13024 MIDFIELD TR, ST LOUIS, MO 63146 | |
| 10925 | MARCHANT, LARRY, 380 CONIFER ROAD, LIBBY, MT 59923 | |
| 10925 | MARCHANT, SARAH, 6935 HICKORY FLAT HWY, WOODSTOCK, GA 30188 | |
| 10925 | MARCHBANKS, BRITT, 14113 CR-227, ARP, TX 75750-9712 | |
| 10924 | MARCHEM SOUTHEAST, 400 N. MAIN STREET, ADAIRSVILLE, GA 30103 | |
| 10924 | MARCHEM, 2500 ADIE ROAD, MARYLAND HEIGHTS, MO 63043 | |
| 10925 | MARCHER, JEANNE, 6204 N VERMONT, OKLAHOMA CITY, OK 73112 | |
| 10925 | MARCHESE JR, CHRISTOPHER J, 15750 CANON DR, LOS GATOS, GA 95030-2925 | |
| 10925 | MARCHI & MITTLER, VIA PIRELLI 19, MILANO, I-20124ITALY | *VIA Deutsche Post* |
| 10925 | MARCHI & PARTNERS, VIA PIRELLI 19, 1-20124 MILANO, MI 20124 | |
| 10925 | MARCHINSIN, NANCY, PO BOX 505, MANVILLE, NJ 08835 | |
| 10925 | MARCHIORI, JOHN JR, PO BOX 40325, SAN ANTONIO, TX 78229 | |
| 10925 | MARCHMAN, LAWRENCE E, 912 JACKSON BLVD., BEL AIR, MD 21014 | |
| 10925 | MARCHMAN, LAWRENCE, 912 JACKSON BLVD., BEL AIR, MD 21014 | |
| 10925 | MARCIA B DANEMAN, C/O CALVIN A BEHLE, THE PARK LANE 300, 680 100 SOUTH, SALT LAKE CITY, UT | |
| 10925 | MARCIA CANZONERI ROMANANSKY, 12 HEATH COURT, SICKLERVILLE, NJ 08081-1136 | |
| 10925 | MARCIA D SEELER, BOX 3154, WELLFLEET, MA 02667-3154 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  MARCIA J KEITH, 504 RIVER FRONT WAY, KNOXVILLE, TN 37915-2542

10925  MARCIA J VARGO, 12514 FANCHER RD, WESTERVILLE, OH 43082-9504

10925  MARCIA SLATER JOHNSTON &, ROGER B JOHNSTON JT TEN, 420 EAST OHIO ST APT 30E, CHICAGO, IL 60611-4664

10925  MARCIA WOOLMAN WEISS, 860 ROSCOMMON RD, BRYN MAWR, PA 19010-1845

10925  MARCIA, HECTOR, 1132 S. WASHINGTON ST, T-1, FALLS CHURCH, VA 22046

10925  MARCIA, MILAGRO, 1524 CLARENDON BLVD #2, ARLINGTON, VA 22209

10925  MARCIAL B L HOMMEDIEU, 103 HARBOR RD, ST JAMES, NY 11780-1004

10925  MARCIAL, ALFREDO, 3742 ROYAL MANOR, HOUSTON, TX 77082

10925  MARCINIAK, STEVEN, 1626 FORD AVE., SOUTH PLAINFIELD, NJ 07080

10925  MARCINKOWSKI, LOREEN, 3621 NEWARK ST NW #412, WASHINGTON, DC 20016

10924  MARCO CHEMICAL COMPANY, 2108 W FREEWAY, FORT WORTH, TX 76102

10925  MARCO FLUID POWER INC, POBOX 15616, TAMPA, FL 33684

10925  MARCO INC, 1708-C AUGUSTA ST P.M.B. 236, GREENVILLE, SC 29605

10924  MARCO PAPER, 4640 LARGE ST, PHILADELPHIA, PA 19124

10925  MARCO POLO CLUB, 301 PARK AVE, NEW YORK, NY 10022

10925  MARCO RUBBER & PLASTIC PRODUCTS INC, POBOX 189, NORTH ANDOVER, MA 01845-0189

10925  MARCO SPECIALTY STEEL, PO BOX 590643, HOUSTON, TX 77259

10925  MARCO SUPPLY, PO BOX 459, EAST CHICAGO, IN 46312

10924  MARCO ZANOVICH FARMS, MCFARLAND, CA 93250

10925  MARCOM, KEITH, 7613 CHESTNUT DRIVE, N RICHLAND HILLS, TX 76180

10925  MARCON COATINGS, 300 PARK DR, OWATONNA, MN 55060

10925  MARCONE APPLIANCE PARTS CENTER, 1800 N. POWERLINE ROAD, POMPANO BEACH, FL 33069

10925  MARCONI DATA SYSTEMS INC, POBOX 93170, CHICAGO, IL 60673-3170

10924  MARCONI DATA SYSTEMS INC., 1500 MITTEL BOULEVARD, WOOD DALE, IL 60191-1073

10924  MARCONI, E STREET CONTRACTORS, CHERRY POINT, NC 28533

10924  MARCOR DELMARVA, 1607 NORTHWOOD DRIVE, SALISBURY, MD 21801

10925  MARCOR ENVIRONMENTAL INC., PO BOX 630039, BALTIMORE, MD 21263

10925  MARCOR ENVIRONMENTAL, INC, 6679 SANTA BARBARA RD., SUITE G, ELKRIDGE, MD 21227

10925  MARCOR ENVIRONMENTAL, POBOX 630039, BALTIMORE, MD 21263

10925  MARCOR REMEDIATION, 3900 VERO RD., BALTIMORE, MD 21227

10925  MARCOR REMEDIATION, PO BOX 630039, BALTIMORE, MD 21263

10925  MARCOS, CLAIR, 417 BALDWIN AVE, JERSEY CITY, NJ 07306

10925  MARCOTT, CHARLES, 2043 NW 68TH AVE, MARGATE, FL 33063

10925  MARCOTTE, SUSAN, 35 BISCAYNE PKWY, NASHUA, NH 03060

10925  MARCRAFT CORP., 2915 TOBEY DR., INDIANAPOLIS, IN 46219-1490

10925  MARCRAFT CORPORATION, 2915 TOBEY DR, INDIANAPOLIS, IN 46219-1490

10925  MARCRAFT PRODUCTS, INC, 10265 SPARTAN DR., UNIT C, CINCINNATI, OH 45215

10925  MARCRES MFG INC, 600 CARBOY ROAD, MOUNT PROSPECT PLAZA, IL 60056

10925  MARCUCCI, CHESTER, 518 PROSPECT AVE, MORRISVILLE, PA 19067

10925  MARCUM, CECIL, 331 HIALEAH AVE, SAN ANTONIO, TX 78218-2617

10925  MARCUM, FRANK, 503 SOUTH WYOMING, PLAINSVILLE, KS 67663

10925  MARCUM, KENNETH, 97 AIRPORT DRIVE, WICHITA FALLS, TX 76306

10925  MARCUM, MARY, 476 SUNWOOD ST, PORTERVILLE, CA 93257

10925  MARCUM, MARY, 7948 CULLOM CT., BLACKLICK, OH 43004

10925  MARCUM, MICHAEL, 469 LULA LANE, ALEXANDRIA, LA 71303

10925  MARCUS & LELVY, VALLEY NATIONAL BANK BLDG, 80 BROADWAY, ELMWOOD PARK, NJ 07407

10924  MARCUS GARVEY NURSING HOME, C/O E. PATTI & SONS, 2237 LINDEN BLVD, BROOKLYN, NY 11207

10924  MARCUS HIGH SCHOOL, 5707 MORRIS ROAD, FLOWERMOUND, TX 75028

10924  MARCUS PAINT, 235 EAST MARKET STREET, LOUISVILLE, KY 40202

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MARCUS PAINT, 638 BENTON AVENUE, NASHVILLE, TN 37204 | |
| 10925 | MARCUS RAMIREZ &, CARMEN VELAZQUEZ TEN COM, 1357 72ND AVE, PHILADELPHIA, PA 19126-1725 | |
| 10925 | MARCUS W PARTLOW, 505 GROOM DR, TOWSON, MD 21204-4240 | |
| 10925 | MARCUS, ANTHONY, 450 FORREST AVE, NORRISTOWN, PA 19401-5605 | |
| 10925 | MARCUS, KEVIN, 26 BLACKBERRY LANE, MORRISTOWN, NJ 07960 | |
| 10925 | MARCUS, LASHINITA, RT 4 BOX 750, MACON, GA 31201 | |
| 10925 | MARCZAN, GREGG, 5641 STRUTHERS COURT SE, WINTER HAVEN, FL 33884 | |
| 10924 | MARDIAN CENT, BELL ATLANTIC, PHOENIX, AZ 85019 | |
| 10925 | MARDIRGAL, IRMA, 2109 MONTGOMERYREAR, LAREDO, TX 78043 | |
| 10925 | MARDULIER, FRANCIS, 25 SOUTH GATEWAY, WINCHESTER, MA 01890-3943 | |
| 10925 | MAREADY COMERFORD & BRITT, LLP, SUITE 300, WINSTON SALEM, NC 27101-4010 | |
| 10925 | MARECKI, JOHN, 3511 1/2 N FLORIDA AVE, LAKELAND, FL 33805-1914 | |
| 10924 | MAREK BROS. SYSTEMS, 2020 LOOP 499, SUITE 308, HARLINGEN, TX 78550 | |
| 10925 | MAREK, BRIDGIT, 13218 SEADOG CIRCLE, CORPUS CHRISTI, TX 78410 | |
| 10925 | MAREK, CHARLES, 3129 S. 97TH ST, MILWAUKEE, WI 53227 | |
| 10925 | MAREK, RANDY, 13218 SEADOG CIRCLE, CORPUS CHRISTI, TX 78410 | |
| 10925 | MAREK, RICHARD, 150 WOODBRIDGE RD, CHICOPEE, MA 01022-1148 | |
| 10925 | MAREK, ROYAL, 4706 LILAC, VICTORIA, TX 77904 | |
| 10925 | MARELI COMISIONISTA, OFC 9-1 - CALLE LOS BANOS, MAIQUETIA, 01161VENEZUELA | *VIA Deutsche Post* |
| 10925 | MARELL LEGAL PRODUCTS, 1322 BONNIE BRAE, HERMOSA BEACH, CA 90254 | |
| 10925 | MARELLI, TRACI, 182 WESTLAKE DR., ANNAPOLIS, MD 21403 | |
| 10925 | MARENS, STEPHEN, 14610 STONE CROSSING, CENTERVILLE, VA 22020-2911 | |
| 10925 | MARES SERVICE, 4611 W 34TH ST, CICERO, IL 60804 | |
| 10925 | MARES, ROBERTA, PO BOX 346, RANCHOS DE TAOS, NM 87557 | |
| 10925 | MARESCO, EUGENE, 107 NELSON ROAD, SCARSDALE, NY 10583-5856 | |
| 10925 | MARETTA, JOAN, 1712 BALMORAL DR., CLEARWATER, FL 34616 | |
| 10925 | MAREZ, MARILYN, 405 N 2ND ST #8, ALVIN, TX 77511 | |
| 10925 | MARFLEET, T F B, MOORINGS ALKHAM KENT, VALLEYHAWKINGE, CT 18 7EHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MARGARET A BENSEN, 1 RIVERFRONT PLZ LBBY 4, NEWARK, NJ 07102-5401 | |
| 10925 | MARGARET A FLOOD, C/O DEVINE, 166-16-24TH RD, FLUSHING, NY 11357-0000 | |
| 10925 | MARGARET A GOLINSKI, 438 TAYLOR COURT, TROY, NY 12180-2143 | |
| 10925 | MARGARET A LANE, PO BOX 7, FALLS VILLAGE, CT 06031-0007 | |
| 10925 | MARGARET A SWEENEY, C/O THOMAS J BARRETT POA, 1810 KENNEDY BLVD, UNION CITY, NJ 07087-2012 | |
| 10925 | MARGARET ANN MULKERRIN, 133 PINKERTON DR., BEAVER, PA 15009 | |
| 10925 | MARGARET ANN TABEEK, 161 FARLEY AVE, FANWOOD, NJ 07023-1059 | |
| 10925 | MARGARET ANNE KELLY, 474 THIRD ST, BROOKLYN, NY 11215-2967 | |
| 10924 | MARGARET BELL POOL ADDITION/AC C&P, 401 WASHDENAW, ANN ARBOR, MI 48103 | |
| 10925 | MARGARET BELL, 20301 KEELER AVE, MATTESON, IL 60443-1740 | |
| 10925 | MARGARET BENEDICT, 122 OLD MT KISCO RD, ARMONK, NY 10504-1436 | |
| 10925 | MARGARET BURGUIERES, 1419 RYAR RD, JACKSONVILLE, FL 32216-2804 | |
| 10925 | MARGARET C BLAIR, 1212 EVERETT HULL RD, CORTLAND, OH 44410-9327 | |
| 10925 | MARGARET C COOK, 279 OLD DEAL ROAD, EATONTOWN, NJ 07724-0000 | |
| 10925 | MARGARET C PARRISH, 553 ILIMANO ST, KAILUA, HI 96734-1830 | |
| 10925 | MARGARET C SWENSON &, ROBERT W SWENSON JT TEN, 1381 BUTLER AVE, SALT LAKE CITY, UT 84102-1803 | |
| 10925 | MARGARET CAROLYN SHAUGHNESSY, 21 NEWTON ST, WALTHAM, MA 02453-6004 | |
| 10925 | MARGARET D AMICO TR UDT, NOV 21 96 D AMICO TRUST, 1504 RIPARIAN DR, NAPERVILLE, IL 60565-4179 | |
| 10925 | MARGARET D BUZBY, LOGAN SQUARE EAST APT 604, 2 FRANKLIN TOWN BLVD, PHILADELPHIA, PA 19103-1238 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARGARET D CORCORAN &, ANNE M CORCORAN &, WILLIAM M CORCORAN, JT TEN, 9718 CORKRAN LANE, WEST BETHESDA, MD 20817-

10925   MARGARET D ELLIOTT, 1334 E FREMONT CIRCLE N, LITTLETON, CO 80122-1498

10925   MARGARET D STEELE &, HAROLD R STEELE JT TEN, 502 W 113TH ST, APT 5 B, NEW YORK, NY 10025-8009

10925   MARGARET E BARNHART, 6162 CIRCLE DR, POLAND, OH 44514-1867

10925   MARGARET E GREENWOOD, 1655 S GEORGETOWN ST APT 260, WICHITA, KS 67218-4124

10925   MARGARET E HACKETT, 1472 BRITTON ST, WANTAGH, NY 11793-2948

10925   MARGARET E HAERR, 2601 GLENHAVEN DR, PLANO, TX 75023-7824

10925   MARGARET E JOHNSON, 4252 ELIZABETH LA, VADNAIS HEIGHTS, MN 55127-7947

10925   MARGARET E MEYER, 405 WINDRIFT DR, BELLEVILLE, IL 62221-5841

10925   MARGARET E MUSCULUS, 106 SPRING ST, QUINCY, MA 02169-3843

10925   MARGARET ELLEN SARANTOS, 6810 MANHATTAN, KALAMAZOO, MI 49024-3337

10925   MARGARET F GRACE EX, EST J PETER GRACE JR, 11 ELDERFIELDS ROAD, MANHASSET, NY 11030-1622

10925   MARGARET F GRACE, 11 ELDERFIELDS RD, MANHASSET, NY 11030-1622

10925   MARGARET F RAFLE, 919 18TH ST , N.W, WASHINGTON, DC 20006

10925   MARGARET G BITTE, 72 LOVELY LANE, CARLOTTA, CA 95528-9714

10925   MARGARET G DONALD CUST AVERY, DONALD UNDER THE PA UNIF, TRANSFERS TO MINORS ACT, 2001 STONES THROW ROAD, BETHLEHEM, PA 18015-8941

10925   MARGARET G DONALD CUST KELSEY, DONALD UNDER THE PA UNIF, TRANSFERS TO MINORS ACT, 2001 STONES THROW ROAD, BETHLEHEM, PA 18015-8941

10925   MARGARET GOLDSTEIN, 4 HARRIET LANE, SPRING VALLEY, NY 10977-1301

10925   MARGARET HUGHES FALLON, 11 COURT OF STONE CREEK, NORTHBROOK, IL 60062-0000

10925   MARGARET J BURETTA, 14030 N BOLIVAR DR, SUN CITY, AZ 85351-2976

10925   MARGARET J MEDOFF, 262 NORWOOD AVE, DEAL, NJ 07723

10925   MARGARET JOHANSEN, 20 HARRISON AVE, ONEONTA, NY 13820-1107

10925   MARGARET JOYCE KAISER &, GEORGE E KAISER JT TEN, 1 NASSAU PLACE, MIDDLETOWN, NJ 07748-1703

10925   MARGARET K BOESCHLIN, 7543 KIRTLEY DR, CINCINNATI, OH 45236-4153

10925   MARGARET K SIPPEL, 7 HOLLY TREE LANE, GLEN COVE, NY 11542-1627

10925   MARGARET K THOMPSON, RANCHO YERBA BUENA, 3745 OLD YERBA BUENA ROAD, SAN JOSE, CA 95135-1514

10925   MARGARET KOSINSKA, 2234 W CHICAGO AVE 3F, CHICAGO, IL 60622-4819

10925   MARGARET L CAMPBELL, TR UA MAY 31 90, THE CAMPBELL FAMILY TRUST, 3141 SAN CLEMENTE AVE, SAN JOSE, CA 95118-1060

10925   MARGARET L GODFREY, 203 MARY HANNA RD, WOODRUFF, SC 29388

10925   MARGARET L RISHEL, 432 23RD ST APT 4, BETTENDORF, IA 52722-5083

10925   MARGARET L TOBIN TTEE 12/14/94, TOBIN FAM 94 TRUST, 1502 S LAKESIDE DR 112N, LAKE WORTH, FL 33460-5863

10925   MARGARET LADO SCHEPIS, 4814 CHEVY CHASE BLVD, CHEVY CHASE, MD 20815-5340

10925   MARGARET M BARNETT, 720 SARA CT, LEWISTON, NY 14092-1153

10925   MARGARET M BERGMAN & RONALD J, BERGMAN TR UA JUL 26 96, THE MARGARET M BERGMAN TRUST, 8471 BRYCE COURT, INVER GROVE HEIGHTS, MN 55076-5142

10925   MARGARET M DIBLASIO, 4520 KELLING ST, DAVENPORT, IA 52806-4826

10925   MARGARET M HAVENS, 1325 E MEETINGHOUSE ROAD, LOWER GWRJNEDD, PA 19002-1302

10925   MARGARET M KNOWLES, PO BOX 43655, UPPER MONTCLAIR, NJ 07043-0655

10925   MARGARET M LANE, C/O HALL & LANE LLP, PO BOX 5460, SAN ANGELO, TX 76902-5460

10925   MARGARET M MC DONNELL, 912 BELMONT AVE, HADDON TOWNSHIP, NJ 08108-3221

10925   MARGARET M MCGRATH, 140 MARCELLUS RD, MINEOLA, NY 11501-2326

10925   MARGARET M MILLEY, 3 BROOKLAWN DR, POMPTON PLAINS, NJ 07444-1220

10925   MARGARET M O MALLEY, 19200 PARK PLACE, EUSTIS, FL 32736-7200

10925   MARGARET M SOKOL, 870 FIFTH AVE APT 12B, NEW YORK, NY 10021-4953

10925   MARGARET M. WALSH, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARGARET MACKIN MC LAUGHLIN, BOX 42, NEWELL, NC 28126-0042

10925   MARGARET MARY MOGAVERO, 10618 LOCKART RD 2, PHILADELPHIA, PA 19116-3130

10925   MARGARET MC AULEY, 29 FALMOUTH AVE, WHITING, NJ 08759-2310

10925   MARGARET MILLUS MAROLDY, 45 LONGUE VUE AVE, NEW ROCHELLE, NY 10804-4118

10925   MARGARET NOGIEWICH, 29 WIGGINS AVE, PATCHOGUE, NY 11772-3810

10925   MARGARET O RUSS, 2268 HAMPTON DR, HARVEY, LA 70058-1300

10925   MARGARET P MOONEY, 17629 WALNUT TRAIL, CHAGRIN FALL, OH 44023-6426

10925   MARGARET P TREXLER, PO BOX 758, TYBEE ISLAND, GA 31328-0758

10924   MARGARET PARDEE HOSPITAL, C/O WALLS UNLIMITED, HENDERSONVILLE, NC 28739

10924   MARGARET PARDEE HOSPITAL, C/O WALLS UNLIMITED, HENDERSONVILLE, NC 28791

10925   MARGARET R BALL, 32 RUSSELL ST, GREAT BARRINGTON, MA 01230-1333

10925   MARGARET R CHISNELL &, ROBERT E CASLER JT TEN, 15501 PORTIS, PLYMOUTH, MI 48170-4830

10925   MARGARET R FORDHAM, BOX 55, CAYUGA, NY 13034-0055

10925   MARGARET R MCKNIGHT TR UDT, 5 11 81 MARGARET R MCKNIGHT, LIVING TRUST, 1120 33RD AVE W 204, BRADENTON, FL 34205

10924   MARGARET R. PARDEE HOSPITAL, FLEMING STREET, HENDERSONVILLE, NC 28739

10925   MARGARET RAFLE, 5531 MILES COURT, SPRINGFIELD, VA 22151

10925   MARGARET ROBERTS, 400 E 23RD ST, OWENSBORO, KY 42303-5118

10925   MARGARET S FILIPCZAK, 6116 WILRYAN AVE, MINNEAPOLIS, MN 55436-2647

10925   MARGARET S STIBICH, 2245 MENOHER BLVD, JOHNSTOWN, PA 15905-1630

10925   MARGARET SAMOORIAN, 556 LOWELL RD, GROTON, MA 01450-1439

10925   MARGARET SEAGRAVES, 13371 SARATOGA AVE, SARATAGO, CA 95070-4535

10925   MARGARET SHEEHAN, 6698 NW 25TH COURT, BOCA RATON, FL 33496

10925   MARGARET T HARTLEY TR UDT APR 30, 92 MARGARET TREVOR HARTLEY, TRUST, PO BOX 17, RANCHO SANTA FE, CA 92067-0017

10925   MARGARET T KIMURA, PO BOX 1433, MAKAWAO, HI 96768-1433

10925   MARGARET TAYLOR DOMS, FOXDALE VILLAGE D-50, 500 EAST MARYLYN AVE, STATE COLLEGE, PA 16801-6265

10925   MARGARET V MACFARLANE, 159 MAIN ST, FRYEBURG, ME 04037-1528

10925   MARGARET W BROWN, 440 EAST 23RD ST APT 6F, NEW YORK, NY 10010-5009

10925   MARGARET W GAINES, PO BOX 883, ROME, GA 30162-0883

10925   MARGARET W MIRICK, 160 MIRICK ROAD, PRINCETON, MA 01541-1126

10925   MARGARET WOLDIN, 14 WEDGE DR, TRENTON, NJ 08610-5718

10925   MARGARET Z DEUTSCH &, STANLEY DEUTSCH JT TEN, 1508 NORTH COLONIAL COURT, ARLINGTON, VA 22209-1439

10925   MARGARET Z LAUINGER, 1640 HORSESHOE DR, ORTONVILLE, MI 48462-9123

10924   MARGARETVILLE SEWAGE TREAMENT PLANT, MARGARETVILLE, NY 12455

10925   MARGARITA CHAVEZ, 5200 S RIDGEWAY AVE, CHICAGO, IL 60632

10925   MARGARITA LINGER, 320 EAST 46TH ST, NEW YORK, NY 10017

10925   MARGEE METNICK, C/O SELVERS, 35 APPOMATOX DR, ENGLISH TOWN, NJ 07726-1827

10925   MARGERY KEINER, 2413 SO LAKE AVE, SANFORD, FL 32771-4101

10925   MARGERY L JACKSON, 2456 MASS AVE #302, CAMBRIDGE, MA 02140

10925   MARGETTS, RICHARD, 3383 SOUTH 5530 WEST, WEST VALLEY CITY, UT 84120

10925   MARGIE JEAN MILLER, 5205 LADBROOK ST, NORMAN, OK 73072-3860

10925   MARGIE K HEDGEPETH, 120 JORDAN CIRCLE, LOUISVILLE, MS 39339-9606

10925   MARGIE L MORRISROE, 71-1 MONTGOMERY LANE, CANFIELD, OH 44406-1279

10925   MARGIE MORTIMORE, 12518 S. PRINCETON AVE., CHICAGO, IL 60628

10925   MARGINEAN, AVRAM, 24610 MORNING GLORY, MORENO VALLEY, CA 92553

10925   MARGO ANN RUSH, BOX 466, MALTA, MT 59538-0466

10925   MARGO B EGLIN, 1530 BRAME, BATON ROUGE, LA 70808-8621

10925   MARGO LEE ANIOL &, BRYAN L ANJOL JT TEN, 16950 MADOLINE, BEVERLY HILLS, MI 48025-5404

10925   MARGOLF, CHARLES, 2140 9TH ST, BOULDER, CO 80302-4012

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARGOT B. ROX, 13 PERKINS CIRCLE, TOPSFIELD, MA 01983-1505

10925   MARGOT SCHUELER &, LADDIE GRIBICK JT TEN, RR 2 BOX 172D, THOMPSON, PA 18465-9665

10925   MARGOT SCHUELER, C/O L GRIBICK, 373 METLARS LA, PISCATAWAY, NJ 08854-5150

10924   MARGRET PARDEE HOSPITAL, 741 6TH AVENUE WEST, HENDERSONVILLE, NC 28791

10925   MARGUERITE BROZKA, 3613 DIAMOND HEAD DR, SAINT LOUIS, MO 63125-4328

10925   MARGUERITE CIANCIOLO, 561 SABINE, MEMPHIS, TN 38117-2036

10925   MARGUERITE E MITCHELL, 2906 S ST PAUL, DENVER, CO 80210-6717

10925   MARGUERITE L MACPEAK, PO BOX 42, 17 BIBBINS RD, EASTON, CT 06612-1345

10925   MARGUERITE, TAWNIS, 39 WAMPANOAG DR., FRANKLIN, MA 02038

10925   MARGULIS, JANIS, 10747 NW 26TH ST, SUNRISE, FL 33322

10925   MARHEFKA, MICHAEL, 395 EAST WASHINGTON ST, CHAGRIN FALLS, OH 44022

10925   MAR-HEL CO, 40 DIVISION ST, FARMINGDALE, NY 11735

10925   MARIA A FLORES, 2140 DAVIS ST, SAN LEANDRO, CA 94577

10925   MARIA C HICKS, 108 DEVONSHIRE RD, NEWTON, MA 02168-2213

10925   MARIA C HICKS, 65 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARIA DIDONATO CUSTODIAN, JEFFREY DIDONATO, 4305 VAN BUREN ST, HOLLYWOOD, FL 33021-7204

10925   MARIA F DEVENNEY, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   MARIA H LAWCEWICZ / ATTY AT LAW, 14 BEACON ST SUITE 814, BOSTON, MA 02108

10925   MARIA KOEGEL, 2929 BUFFALO SPEEDWAY, APT 1602, HOUSTON, TX 77098-1715

10925   MARIA L ALCALA, 1315 SANDPIPER CT S, PEARLAND, TX 77584-0501

10925   MARIA O DE SALZ, CASILLA 3458, SANTIAGO, CHILE       *VIA Deutsche Post*

10925   MARIA RODRIGUEZ DE C., 540 MEMORIAL DR, CAMBRIDGE, MA 02139-4950

10925   MARIA UY, 7500 GRACE DR, COLUMBIA, MD 21044

10925   MARIA VICTORIA ELIZABETH BARRIOS, 530 LAUERS LA, WYOMISSING, PA 19610-2616

10925   MARIA, H JOHN, 64 MILL ST, BURLINGTON, MA 01803

10925   MARIA, HANNA, 64 MILL ST, BURLINGTON, MA 01803

10925   MARIA, JOHN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARIAN C POLAND &, THOMAS W POLAND &, PATRICK M COOPER JT TEN, 736 LAWTON ST, MCLEAN, VA 22101-1510

10925   MARIAN D LILLIE EX UW, GORDON V LILLIE, PO BOX 758, POTTSBORO, TX 75076-0758

10925   MARIAN F CHRISTIAN &, MICHAEL J CHRISTIAN JT TEN, 11 WILLIAM ST, BETHPAGE, NY 11714-4435

10925   MARIAN R JOHNSON, 3636 STAGECOACH DR, OKEMOS, MI 48864-4028

10925   MARIANI, ALFRED, 136 HARDING AVE, NORTH ADAMS, MA 01247

10925   MARIANI, PATRICK, 4337 W SOFTWIND DR, GLENDALE, AZ 85310

10925   MARIANI, RAYMOND, 8825 W. CUSTER LANE, PEORIA, AZ 85381

10924   MARIANNE FLATTERLY, 2 CLEARVIEW, GROSSE POINTE, MI 48230

10925   MARIANNE H PECCI, 1877 EAGLE PEAK AVE, CLAYTON, CA 94517-1801

10925   MARIANNE HAZINSKI, C/O MRS MARIANNE PIETRACCINI, 76 PACE ST LARKMOUNT MANOR, LARKSVILLE, PA 18704-1619

10925   MARIANNE KOSTKA, C/O SONIA MARIE ANGEL, 13213 E PARK ST, WHITTIER, CA 90601-4514

10925   MARIANNE SLICKER, RD 1 BO0X 120 A, CRANBERRY, PA 16319-9801

10925   MARIANO, ANTONIO, 29 REDWOOD DRIVE, CUMBERLAND, RI 02864

10925   MARIANO, ELGIO, 34 COOLIDGE ST, IRVINGTON, NJ 07111

10925   MARIANO, TERESITA, 308 FOURTH ST, JERSEY CITY, NJ 07302

10925   MARIASY, ELLEN, 28 6TH AVE, ROEBLING, NJ 08554

10925   MARIBONA, T, 741 N W 74TH AVE, PLANTATION, FL 33317

10925   MARICHALAR, LAURA, 706 DURY LANE, ODESSA, TX 79763

10925   MARICLE, TODD, 2904 PENNEY LANE, EULESS, TX 76039

10925   MARICOPA COUNTY ASSESSOR (AZ), 102 W. MADISON ST, PHOENIX, AZ 85003-2292

10925   MARICOPA COUNTY DIV OF AIR, 2406 SOUTH 24TH ST , SUITE E-204, PHOENIX, AZ 85034

10925   MARICOPA COUNTY ENVIRONMENTAL, 1001 N CENTRAL AVE SUITE 100, PHOENIX, AZ 85004

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARICOPA COUNTY ENVIRONMENTAL, 1001 N CENTRAL AVE SUITE 140, PHOENIX, AZ 85004 | |
| 10925 | MARICOPA COUNTY TREASURER, 301 W JEFFERSON ST - RM 100, PHOENIX, AZ 85003-2199 | |
| 10925 | MARICOPA COUNTY TREASURER, P.O. BOX 78574, PHOENIX, AZ 85062-8574 | |
| 10925 | MARICOPA COUNTY TREASURER, PO BOX 78574, PHOENIX, AZ 85062-8574 | |
| 10924 | MARICOPA READY MIX #3, 4405 SOUTH LITCHFIELD ROAD, AVONDALE-GOODYEAR, AZ 85338 | |
| 10924 | MARICOPA READY MIX LLC, 7400 E. MCDONALD DRIVE  SUITE 120, SCOTTSDALE, AZ 85250 | |
| 10924 | MARICOPA READY MIX, 10800 W. ROSEGARDEN LANE, SUN CITY, AZ 85373 | |
| 10924 | MARICOPA READY MIX, 11500 WEST GLENDALE AVENUE, GLENDALE, AZ 85301 | |
| 10924 | MARICOPA READY MIX, 1800 N. ALMA SCHOOL, MESA, AZ 85201 | |
| 10924 | MARICOPA READY MIX, 9530 E. HILLS DRIVE, COOLIDGE, AZ 85228 | |
| 10924 | MARIDIVE & OIL SERVICES, 16, EL GOMHORIA STREET, PORT SAID  EGYPT, EGY | *VIA Deutsche Post* |
| 10925 | MARIDON JT TEN, CHARLES & VIRGINIA, 21085 WARDELL RD, SARATOGA, CA 95070-3750 | |
| 10925 | MARIE ADAMSON, 430 S BAYVIEW AVE, SUNNYVALE, CA 94086-6225 | |
| 10925 | MARIE ANNE AUSTIN PITT, 6700 POST OAK LANE APT. 144, SAN ANTONIO, TX 78217-5167 | |
| 10925 | MARIE ANNE AUSTIN, 6700 POST OAK LANE APT. 144, SAN ANTONIO, TX 78217-5167 | |
| 10925 | MARIE B HATTON, 1744 MEADOWBROOK DR, WINSTON SALEM, NC 27104-1118 | |
| 10925 | MARIE C VALLERO, 981 W CHESTNUT AVE, VINELAND, NJ 08360-4407 | |
| 10925 | MARIE C WALKER, 113 COBBLESTONE LANE, CHERRY HILL, NJ 08003-2572 | |
| 10925 | MARIE DAY, 7224 SILVERCREST DR, CINCINNATI, OH 45236-3623 | |
| 10925 | MARIE DIBIANCO, 65 HEMLOCK CIRCLE, PRINCETON, NJ 08540-5406 | |
| 10925 | MARIE DUNBAR, 1354 DRR ROAD, ALPHA, MD 21104 | |
| 10925 | MARIE E HENLEY, 3855 GREGORY DR, NORTHBROOK, IL 60062-7105 | |
| 10925 | MARIE E J CREWS, 611 NORTHRIDGE ST, DENTON, TX 76201-0828 | |
| 10925 | MARIE E WINSTANLEY, 2419 GENEVA AVE, PO BOX 917, GLENSIDE, PA 19038-0917 | |
| 10925 | MARIE FELLERS, 703 N MAIN ST, CARROLLTON, MO 64633-1916 | |
| 10925 | MARIE H AYRES, 200 NORTH WYNNEWOOD AVE B-515, WYNNEWOOD, PA 19096-1404 | |
| 10925 | MARIE HALLIS &, FRANK HALLIS JT TEN, 915 GAMBLE DR, LISLE, IL 60532-2369 | |
| 10925 | MARIE HENRIETTE GORT, 42-02 KISSENA BLVD, FLUSHING, NY 11355-3214 | |
| 10925 | MARIE HORAN WENK, BOX 154, EAST MARION, NY 11939-0154 | |
| 10925 | MARIE ISOLA, 1 BROOKDALE COURT, WHITING, NJ 08759-3263 | |
| 10925 | MARIE J PEPPER, 1749 APPLE LANE, CLARKSDALE, MS 38614 | |
| 10925 | MARIE LOUISE VAUGHN, 1711 FERRY ST, ANDERSON, CA 96007-3318 | |
| 10925 | MARIE N BUTLER, 3144 67 TER SO, ST PETERSBURG, FL 33712-5412 | |
| 10925 | MARIE N FELLERS &, FRED L FELLERS, JT TEN, 703 N MAIN, CARROLLTON, MO 64633-1916 | |
| 10925 | MARIE POUND TR UA JAN 7 87, THE POUND TRUST, 2102 POINSETTIA ST, SANTA ANA, CA 92706-2924 | |
| 10925 | MARIE R HURLES &, STEPHEN E HURLES JT TEN, SPROUT BROOK RD 455, PEEKSKILL, NY 10566 | |
| 10925 | MARIE R ROSE, 1264 CUMBERLAND AVE, SAN LEANDRO, CA 94579 | |
| 10925 | MARIE R ROSE, 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10925 | MARIE R. ROSE, 2140 DAVIS ST, SAN LEANDRO, CA 94577 | |
| 10925 | MARIE ROD, 210 WESTMONT AVE, HADDONFIELD, NJ 08033-2321 | |
| 10925 | MARIE T WEISS CUST FREDERICK K, WEISS 3RD A MINOR UNDER PL 1955, C OF THE LAWS OF NJ, 15 DODIE DR, PARSIPPANY, NJ 07054-1709 | |
| 10925 | MARIE TURTURICI, PO BOX 13007, COYOTE, CA 95013-3007 | |
| 10925 | MARIE W THOGERSON TR UA JUL 12 89, FBO MARIE W THOGERSON ET AL, 900 CALIFORNIA DR, DES MOINES, IA 50312-2205 | |
| 10925 | MARIE YANKUN, 82 G ST, SOUTH BOSTON, MA 02127-2921 | |
| 10925 | MARIEN, MICHELE, PO BOX 1381, TAOS, NM 87571 | |
| 10925 | MARIER, R, 3150 HARMONY HILL RD, PLACERVILLE, CA 95667 | |
| 10925 | MARIER, RAY, 51 FULLAM CR, ALLENTOWN, NH 03275 | |
| 10925 | MARIER, RICHARD E, 3941 PARK DR SUITE 20 - #314, EL DORADO HILLS, CA 95762 | |
| 10925 | MARIER, RONALD, 5260 BUCHANAN ST NE, FRIDLEY, MN 55421 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | MARIETTA CONFERENCE CENTER & RESORT, 500 POWDERS SPRINGS ST, MARIETTA, GA, GA 30064 |
| 10924 | MARIETTA CONFERENCE CENTER, 510 POWDER SPRINGS STREET, MARIETTA, GA 30064 |
| 10925 | MARIETTA DODGE JEEP COLLISION, 316-B COBB PARKWAY SOUTH, MARIETTA, GA 30060 |
| 10925 | MARIETTA FENCE COMPANY, INC, 486 MANGET ST, MARIETTA, GA 30060 |
| 10924 | MARIETTA FIRE STATION, 185 DOBBS ST., MARIETTA, GA 30061 |
| 10925 | MARIETTA INDUSTRIAL STORAGE CO, PO BOX 965396, MARIETTA, GA 30066 |
| 10925 | MARIETTA PHYSICIAN, 49 C SOUTH MARIETTA PKWY, MARIETTA, GA 30064-3266 |
| 10924 | MARIETTA PUBLIC SAFETY, 185 DOBBS STREET, MARIETTA, GA 30061 |
| 10924 | MARIETTA STRUCTURES CORP, PO BOX 653, MARIETTA, OH 45750 |
| 10924 | MARIETTA STRUCTURES CORP., OAK GROVE RD., MARIETTA, OH 45750 |
| 10924 | MARIETTA STRUCTURES CORP., P.O. BOX 653, MARIETTA, OH 45750 |
| 10925 | MARIETTA STRUCTURES CORPORATION, PO BOX 653, MARIETTA, OH 45750 |
| 10925 | MARILYN C COMBS, 3013 APACHE DR, JEFFERSONVILLE, IN 47130-5801 |
| 10925 | MARILYN D PECK, 54 MAGNOLIA HILL, WEST HARTFORD, CT 06117-2024 |
| 10925 | MARILYN ETTESVOLD, 509 IRVING BEACH DR SW, BEMIDJI, MN 56601-3476 |
| 10925 | MARILYN G ALTENBURGER &, MICHAEL J ALTENBURGER JT TEN, 2724 BERKELEY AVE, LAKELAND, FL 33803-3210 |
| 10925 | MARILYN G MARSTON, TR UDT OCT 11 91, MARILYN G MARSTON, 2404 LORING ST, SAN DIEGO, CA 92109-2347 |
| 10925 | MARILYN JANET RAMIREZ, 1202 FAIRVIEW AVE, REDWOOD CITY, CA 94061-2022 |
| 10925 | MARILYN KLEIN D ALENA, 4929 KENLAR DR, SAN JOSE, CA 95124-5105 |
| 10925 | MARILYN LEE REA, 1400 S. OAK KNOLL RD., PASADENA, CA 91106 |
| 10925 | MARILYN LEE RUBIN, C/O MARILYN R CIUCCI, 36 PORTWINE RD, ROSELLE, IL 60172-1418 |
| 10925 | MARILYN LOWRY, 3155 OAKSHIRE DR, HOLLYWOOD, CA 90068-1742 |
| 10925 | MARILYN M HUCK, 93 ROBERT ST, WHARTON, NJ 07885-1918 |
| 10925 | MARILYN M ROLLAND, C/O CHEMICAL BANK, BYPASS/TRACER, NY 13118 |
| 10925 | MARILYN N KEEGAN, 358 MILL SPRING RD, MANHASSET, NY 11030-3622 |
| 10925 | MARILYN R LEVI, 14 MACKAY DR, TENAFLY, NJ 07670-2420 |
| 10925 | MARILYN SMITH, 107 GRACE ST, DARLINGTON, SC 29532-1907 |
| 10925 | MARILYN STOUT, 684 TULIP AVE, FLORAL PARK, NY 11001-3754 |
| 10925 | MARILYN TURNER &, EDWARD J TURNER JR JT TEN, 2304 WARD DRIVE, RAHWAY, NJ 07065-2129 |
| 10925 | MARILYN VAN HOE, 4515 WESTCHESTER DR NE UNIT B, CEDAR RAPIDS, IA 52402-7049 |
| 10925 | MARIN, ANGEL, CALLE 1 #1104, CAROLINA, PR 00985 |
| 10925 | MARIN, PHILLIP, RT. 2, BOX 72, ATHENS, TN 02403 |
| 10925 | MARIN, RUDY, 15110 PIONEER VALLEY, SAN ANTONIO, TX 78245 |
| 10925 | MARIN, SYLVIA, 16597 EAST 7TH AVE, AURORA, CO 80011 |
| 10925 | MARINA BAY, ROY P GIRRUSSO, 308 VICTORY ROAD, QUINCY, MA 02171 |
| 10924 | MARINA CITY HOUSE OF BLUES, C/O SPRAY INSULATION, CHICAGO, IL 60601 |
| 10924 | MARINA CITY, 1555 HAWTHORNE LANE 4W, WEST CHICAGO, IL 60186 |
| 10925 | MARINA FLORIST & GIFTS, 13700 DOOLITTLE DRIVE, SAN LEANDRO, CA 94577 |
| 10925 | MARINA MECHANICAL, 799 THORNTON ST, SAN LEANDRO, CA 94577-2628 |
| 10925 | MARINC, J, 8 CLINTON COURT, REDWOOD CITY, CA 94061 |
| 10925 | MARINDUS COMPANY, INC, PO BOX 663, ENGLEWOOD, NJ 07631 |
| 10924 | MARINE CONCRETE STRUCTURE, 1250 L & A RD, METAIRIE, LA 70004 |
| 10924 | MARINE CONCRETE STRUCTURE, PO BOX 607, METAIRIE, LA 70004 |
| 10925 | MARINE CONSULTING, INC, PO BOX 691, PORTLAND, OR 04104 |
| 10924 | MARINE CORP. SUPPORT CENTER, RICHARDS GEBAR AIR FORCE BASE, GRANDVIEW, MO 64030 |
| 10924 | MARINE CORPS MAN POWER CENTER, 2280 RUSSEL RD, QUANTICO, VA 22134 |
| 10925 | MARINE MIDLAND BANK, 140 BROADWAY-12TH FL, NEW YORK, NY 10005-1180 |
| 10925 | MARINE POLLUTION CONTROL CORP, 8631 W. JEFFERSON AVE., DETROIT, MI 48209 |
| 10925 | MARINELLO, ANN, 132 DONGAN HILLS AVE, STATEN ISLAND, NY 10305 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARINER NEWSPAPERS, 165 ENTERPRISE DR, MARSHFIELD, MA 02050

10925   MARINI, LEOCADIA, 819 RIVERSIDE AVE, RARITAN, NJ 08869

10925   MARINKOVICH, ANN H, CUST FOR STEVEN P MARINKOVICH, UNIF GIFT MIN ACT-WASH, 525 BROADWAY APT205, TACOMA, WA 98402-3902

10925   MARINO HEALY, LILLIAN, 18 PUTNAM AVE, JERICHO, NY 11753-1926

10925   MARINO RESTORANTE, 2465 MASSACHUSETTS AVE, CAMBRIDGE, MA 02140

10925   MARINO, ANITA, BOX 44, BOYES HOT SPRINGS, CA 95416-0044

10925   MARINO, BRENDA, 34-45 WEST ST, BEVERLY, MA 01915

10925   MARINO, DENNIS, 2444 LOWER LAKE ROAD, SENECA FALLS, NY 13148

10925   MARINO, GRACE, 16 MARTIN ST, MEDFORD, MA 02155

10925   MARINO, III, BERNARD, 2433 SOUTH LAKE BLVD, VIOLET, LA 70092

10925   MARINO, JAVIER, 1044 WEST ELIZABETH, BROWNSVILLE, TX 78520

10925   MARINO, JAVIER, 215 44TH ST, UNION CITY, NJ 07087

10925   MARINO, MARY, 3206 ESTES, MEMPHIS, TN 38115-2903

10925   MARINO, MARY, 808 ROUTE 340, PALISADES, NY 10964

10925   MARINO, MARYANN, 294 S SAN CLEMENTE, VENTURA, CA 93001

10925   MARINO, OLGA, 2609 SYCAMORE, MCALLEN, TX 78501

10925   MARINO, TROY, RT. 1, BOX 149-D, PLAQUEMINE, LA 70764

10925   MARIO A COSTA, 5 WYNDWOOD RD, MORRIS PLAINS, NJ 07950-2913

10925   MARIO DE SANTI TR UA FEB 1 98, MARIO DE SANTI TRUST, 2950 PETALUMA AVE, LONG BEACH, CA 90815-1615

10925   MARIO LIZZI, 141 FERN AVE, COLLINGSWOOD, NJ 08108-1920

10925   MARIO SARO CONSULTING INC, 9611 ORCHID GROVE TR, BOYNTON BEACH, FL 33437

10925   MARIO SARO, 1750 CLINT MOORE ROAD, BOCA RATON, FL 33487

10924   MARIO SINACOLA & SONS, ATTN:  ACCOUNTS PAYABLE, LEWISVILLE, TX 75067

10924   MARIO SINACOLA & SONS, DALLAS, TX 75200

10924   MARIO SINACOLA & SONS, P.O. BOX 248, LEWISVILLE, TX 75067

10925   MARIO STEFANINI, 1466 SHASTA AVE, SAN JOSE, CA 95126-2531

10925   MARIO V HERNANDEZ &, MARIA J HERNADEZ JT TEN, 30 DECKER AVE, ELIZABETH, NJ 07208-1703

10925   MARIO, 644 VANDERBUILT MOTOR PKWY, HAUPPAUGE, NY 11787

10925   MARIO, CHIRUZZI, VIA RIPA VILLORESI 1, MASATE MILANO, 20060ITALY     *VIA Deutsche Post*

10925   MARION A GOEBBERT, 46 ELMWOOD AVE, HO HO KUS, NJ 07423-1552

10925   MARION AREA HEALTH CENTER, 1050 DELAWARE AVE, MARION, OH 43302

10925   MARION BRADFORD IN TR FOR, 11 SUMMIT ST, EASTCHESTER, NY 10709-3816

10924   MARION CONCRETE CO, 1000 CATALINA DR, MARION, OH 43302

10924   MARION CONCRETE CO., 1000 CATALINA DR., MARION, OH 43302

10924   MARION COUNTY CONCRETE, 2216 EAST MAIN STREET, KNOXVILLE, IA 50138

10924   MARION COUNTY CONCRETE, HIGHWAY 92 EAST, KNOXVILLE, IA 50138

10924   MARION COUNTY CONCRETE, HWY 92 EAST, KNOXVILLE, IA 50138

10924   MARION COUNTY CONV. & REC FACILITY, C/O CIRCLE B, 127 SOUTH PENNSYLVANIA, INDIANAPOLIS, IN 46204

10925   MARION COUNTY SMALL CLAIMS, 501 NORTH POST RD., INDIANAPOLIS, IN 46219

10925   MARION COUNTY TREASURER, 1001 CITY COUNCIL BLDG, INDIANAPOLIS, IN 46204

10925   MARION COUNTY TREASURER, 200 EAST WASHINGTON ST, INDIANAPOLIS, IN 46204-3356

10925   MARION CROWLEY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   MARION D MEEHAN, 513 CAROLINE ST, MUNHALL, PA 15120-3415

10925   MARION DUBEK, 703 CREST, SCHAUMBERG, IL 60193-3562

10925   MARION FLUID POWER, 6501 BARBERTON AVE, CLEVELAND, OH 44102

10925   MARION GENE HAYNES, PO BOX 16188, CHATTANOOGA, TN 37416-0188

10925   MARION L LESNEWSKY, 79 MOUNTAIN TERRACE RD, WEST HARTFORD, CT 06107-1531

10925   MARION L. MCCLENDON, 2530 FAXON AVE., MEMPHIS, TN 38112

10925   MARION LIPSKI, 75 GOODWIN AVE, WETHERSFILED, CT 06109

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MARION LOUISE DOLAN, 3 FOURTH DR APT 2J, SPARKHILL, NY 10976

10925    MARION M GREENE, C/O MARTHA E LEWIS, PO BOX 56, DEVON, PA 19333-0056

10925    MARION MEADE, 5514 CHARLES AVE, PARMA, OH 44129-3804

10924    MARION MERRILL DOW, INC., 2110 EAST GALBRAITH ROAD, CINCINNATI, OH 45215

10924    MARION MERRILL DOW, INC., PO BOX 8750, KANSAS CITY, MO 64114

10924    MARION PLACE, 135 EAST NITTANY AVE, STATE COLLEGE, PA 16801

10925    MARION S BRATCHER, PO BOX 1672, RUTHERFORD, NJ 07070-0672

10925    MARION S CRAIG, 9 LINCOLN TER, LEXINGTON, MA 02173-6818

10925    MARION S MESSINGER, 417 S 7TH ST, BANGOR, PA 18013-2440

10925    MARION T TILLERY, 3241 NW 50TH APT 241, OKLAHOMA CITY, OK 73112-5369

10925    MARION V COLBY &, CYNTHIA W TOBEY JT TEN, 21 WARREN AVE, WOBURN, MA 01801-4981

10925    MARION W WEST &, GWENDOLYN K WEST JT TEN, 7216 SOUTHGATE CT, SARASOTA, FL 34243-5330

10925    MARION, ARNOLD, 49 CHAISE CR, CADIZ, KY 42211-6417

10925    MARION, CAROLYN, 210 BALCOME BVD, SIMPSONVILLE, SC 29681

10925    MARION, GEORGE, 10 STEWART ST, WILLIAMSTON, SC 29697

10925    MARION, PATRICIA, PO BOX 273, PEKIN, IN 47165

10925    MARION, RICHARD, 1282 BANNOCK TRAIL, WOOSTER, OH 44691

10925    MARIOS CATERING SERVICE, 11224 S HARLYN AVE, WORTH, IL 60482

10924    MARIOTT BUCKHEAD, C/O SOUTHEAST RESTORATION, ATLANTA, GA 30326

10924    MARIOTT HOTEL, C/O SMC SERVICES, SAINT LOUIS, MO 63129

10924    MARIST ACADAMY, ATLANTA, GA 30010

10924    MARIST COLLEGE LIBRARY, MARIST COLLEGE CAMPUS, POUGHKEEPSIE, NY 12601

10925    MARITZ INC, 1375 NORTH NIGHWAY DRIVE, FENTON, MO 63099

10925    MARITZ PERFORMANCE IMPROVEMENT, PO BOX 18716 F, SAINT LOUIS, MO 63150

10925    MARITZ, INC, POBOX 18716-F, SAINT LOUIS, MO 63150

10924    MARJAM SUPPLY COMPANY, 20 REWE STREET, BROOKLYN, NY 11211

10924    MARJAM SUPPLY COMPANY, CAMBRIDGE, MA 02140

10924    MARJAM SUPPLY COMPANY, CONST. ENTRANCE ON 48TH STREET, 605TH AVE. (BETWEEN 5TH & 6TH), MANHATTAN, NY 10021

10924    MARJAM SUPPLY CONNECITCUT, 639 OAKWOOD AVE, HARTFORD, CT 06110

10924    MARJAM SUPPLY, 120 BROWNLEE BLVE UNIT #2, WARWICK, RI 02886

10924    MARJAM SUPPLY, 20 REWE ST, BROOKLYN, NY 11211

10924    MARJAM SUPPLY, 615 W. DELIAH RD, PLEASANTVILLE, NJ 08232

10924    MARJAM SUPPLY, 639 OAKWOOD AVE, WEST HARTFORD, CT 06110

10924    MARJAM SUPPLY, 885 CONKLIN STREET, FARMINGDALE, NY 11735

10924    MARJAM, 100 FALLON ROAD, STONEHAM, MA 02180

10924    MARJAM, 639 OAKWOOD AVENUE, WEST HARTFORD, CT 06110

10925    MARJEAN SELBY CONTRACTING, 3956 GLOUCESTER DR., TUCKER, GA 30084

10925    MARJORIE A WARD, 299 WOLCOTT AVE, MIDDLETOWN, RI 02842-5966

10925    MARJORIE AGGER, 121 E 90TH ST APT 2A, NEW YORK, NY 10128-1578

10925    MARJORIE B MCBRIDE, 3453 HOLDERMAN DR, SAN JOSE, CA 95148-1731

10925    MARJORIE C CRATER, 148 FRANKLIN ST, VERONA, NJ 07044-1627

10925    MARJORIE C STRATEMEIER, 159 OLIVER PLACE, HAMBURG, NY 14075-4439

10925    MARJORIE E MOORE TR UA MAY 2 87, MARJORIE E MOORE TRUST, 45-090 NAMOKU ST APT 409, KANEOHE, HI 96744-5316

10925    MARJORIE E SCHMALEN, 2304-12TH ST, EMMETSBURG, IA 50536

10925    MARJORIE H KNUTSON &, MARCUS J ALTENBURGER JT TEN, 1456 GUMMER AVE, DAYTON, OH 45403-3352

10925    MARJORIE J HARDMAN, 6805 MAYFIELD RD APT 506, MAYFIELD HEIGHTS, OH 44124-2251

10925    MARJORIE J REMIEN TR UA SEP 5 89, MARJORIE J REMIEN TRUST, 1142 MOORINGS DR, ARLINGTON HEIGHTS, IL 60005-3266

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MARJORIE JANE JORDAN, 1255 A METHYST AVE SP 25, MENTONE, CA 92359-9687

10925    MARJORIE L JESSEN, 16595 50TH ST, OELWEIN, IA 50662-9458

10925    MARJORIE M AMROM, 943 LOMBARD ST, PHILADELPHIA, PA 19147-1239

10925    MARJORIE M KADUE, 11468 TELLURIDE TRAILPKWY, MINNEAPOLIS, MN 55305-2961

10925    MARJORIE M PERRINE, 166 PENNSYLVANIA WAY, NO BRUNSWICK, NJ 08902-3524

10925    MARJORIE METCALF, 129 VIRGINIA ROAD, WALTHAM, MA 02453-7615

10925    MARJORIE R GOOD, 181E 650S, KOUTS, IN 46347-9612

10925    MARJORIE R WARING &, JERI L STETZ JT TEN, CENTURY VILLAGE, F-UPMINSTER APT 121, DEERFIELD BEACH, FL 33442-0000

10925    MARJORIE SHPRENTZ, 126 DEERTRACK LANE, IRVINGTON, NY 10533-1055

10925    MARJORIE T MACAULAY, 48 COVE RD, STONINGTON, CT 06378-2300

10925    MARJORIE W HOGAN TR UA JUL 18 96, MARJORIE W HOGAN FAMILY TRUST, 25 AYLESBURY CIRCLE, MADISON, CT 06443-3434

10925    MARK A KREINHEDER, 1940 CHATWIN AVE, LONG BEACH, CA 90815

10925    MARK A MILLER, CAMERON STAR RTE, WAYNESBURG, PA 15370

10925    MARK A SHELNITZ, 5400 BROKEN SOUND BLVD NW STE 300, BOCA RATON, FL 33487-3511

10925    MARK A SHELNITZ, 7233 WOLVERTON CT, CLARKSVILLE, MD 21029-1741

10925    MARK A VALECKO &, ELEANOR R VALECKO JT TEN, 246 OAK ENTRANCE DR, CLAIRTON, PA 15025-3024

10925    MARK A WEISKOPF, 3357 PICKWICK DR SO, JACKSONVILLE, FL 32257-5412

10925    MARK A. CLARK, 6067 PATTILLO WAY, LITHONIA, GA 30058

10925    MARK A. PIRES, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    MARK B MEIXNER &, REGINA A MEIXNER JT TEN, JT TEN, PO BOX 1, NISSWA, MN 56468-0001

10925    MARK BACHLI, 395 BEACON ST, APT 4F, BOSTON, MA 02116-1027

10924    MARK C GOLDENBERG, ESQ, HOPKINS GOLDENBERG, PC, 2132 PONTOON ROAD, GRANITE CITY, IL 62040

10925    MARK C POPE ASSOCIATES INC, POBOX 1517, SMYRNA, GA 30081-1517

10925    MARK C SMITH &, JACQUELINE SMITH TEN COM, 5456 C RANDOLPH LANE, BOLLING AFB, DC 20336-5578

10925    MARK CALDWELL TR UA, AUG 16 90, BY BETTY B CALDWELL, 7800 FORNEY ROAD, DALLAS, TX 75227-4001

10925    MARK CORNWELL, 1636 JACKSON ST, HOLLYWOOD, FL 33020-5110

10925    MARK CUMMINGS & SON JANITORIAL, 501 MAIN, MARSEILLES, IL 61341-1418

10925    MARK D EDSON, 11 KINGSLEY DR, SOUTH WINDSO, CT 06074-2396

10925    MARK DALLAS LIGGET, 4610 JEFFERSON ST, DEER PARK, TX 77536-6336

10925    MARK DAMILANO, 727 DISTEL DR, LOS ALTOS, CA 94022-1504

10925    MARK DARRAH, 15711 W 151ST TERRACE, OLATHE, KS 66062-3046

10924    MARK DARRAH, 701 SOUTH KANSAS, OLATHE, KS 66061

10925    MARK DER MUGRDITCHIAN, 75 DOVER RD, WHITINSVILLE, MA 01588-1362

10925    MARK DERMUGRDITCHIAN, 75 DOVER DR, WHITINSVILLE, MA 01588

10925    MARK DONALD WHITE, 40-A SARATOGA COURT, LATHAM, NY 12110-3718

10925    MARK DOWNS OFFICE FURNITURE, 1101 YORK ROAD, COCKEYSVILLE, MD 21030

10925    MARK E DAVEY, 47 ENSTONE RD, READING BERKSHIRE, WOODLEY, RG5 4QUUNITED KINGDOM    *VIA Deutsche Post*

10925    MARK E STANLEY, 2164 POOR RICHARDS LANE, PITTSBURG, PA 15237-4216

10925    MARK E TOMERA &, MARION TOMERA JT TEN, 4460 ARCHER AVE, CHICAGO, IL 60632-2846

10925    MARK EWEN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    MARK FEDERAN, 34310 SEMINOLE WAY, CLEVELAND, OH 44139-5825

10925    MARK FINN SERVICES INC, 1728 SUGAR CREEK WEST, CHARLOTTE, NC 28262

10925    MARK FITZPATRICK, 32 GARFIELD AVE, WINCHESTER, MA 01890-1209

10925    MARK FRANCIOSI, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    MARK FRANCIS BENES, PO BOX 2851, CARRUM DOWNS, VICTORIA, 3201AUSTRALIA    *VIA Deutsche Post*

10924    MARK FRIDLEY, INC., 4643 BOEING DRIVE, ROCKFORD, IL 61104

10925    MARK GILLESPIE, 3410 OAKVIEW PL, CINCINNATI, OH 45209-1827

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MARK H BAUMBACH, CROW RIDGE RD, VOORHEESVILLE, NY 12186

10925 MARK J OHARA, 75 PINE MEADOWS ROAD, PINEHURST, NC 28374-9531

10925 MARK J RADFORD, 3423 NE 22ND, PORTLAND, OR 97212-2432

10925 MARK K STEPHENS, 1633B CITY VIEW DR, WICHITA FALLS, TX 76305-1101

10925 MARK KREINHEDER, 1940 CHATWIN AVE, LONG BEACH, CA 90815

10925 MARK L RUPERT, 3524 CHICKADEE LANE, ENID, OK 73703-1423

10925 MARK L T SWIDLER, 112 WINDSOR DR, HAGERSTOWN, MD 21742

10925 MARK L WOJDYLA, 7924 S OAK PARK AVE, BURBANK, IL 60459-1650

10925 MARK L. STODTKO, 2290 N. CLARA AVE, DELAND, FL 32720

10925 MARK LAGOMARSINO, 2603 MARINA AVE, LIVERMORE, CA 94550-9014

10925 MARK LEBELLE, 6945 SAN TOMAS RD, ELKRIDGE, MD 21227

10925 MARK M ELLEN, 4480 UNIVERSITY PKWY, CLEVELAND, OH 44118-3960

10925 MARK M OSTIEN, 816 14TH AVE SW, ROCHESTER, MN 55902-2077

10925 MARK P COLUMBUS, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925 MARK PLANK, 6050 W 51 ST, CHICAGO, IL 60638

10925 MARK POULICAKOS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 MARK POWERS, PO BOX 160188, CLEARFIELD, UT 84016

10925 MARK ROBERTS, 44 WINDSOR AVE, ACTON, MA 01720-2812

10925 MARK ROBERTS, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925 MARK S BROOKS, 40 SAGAMORE DR, SYOSSET, NY 11791-1612

10925 MARK S CHEHI, SKADDEN, ARPS, SLATE, MEAGHER, ONE RODNEY SQUARE PO BOX 636, WILMINGTON, DE 19899-0636

10925 MARK S JACOBS &, DONNA L JACOBS JT TEN, 521 RUSSELL, WHEELING, IL 60090-4527

10925 MARK SCOT CORPORATION, 22 NE 32ND COURT, OAKLAND PARK, FL 33334

10925 MARK SPAULDING, 1010 DANCING HORSE DR, COLORADO SPRINGS, CO 80919-3906

10925 MARK SPINNER TR UA AUG 18 93, FBO BETH L SPINNER TRUST, 12 GLADSTONE DR, EAST BRVNISWICK, NJ 08816-3931

10925 MARK STATUTO &, WENDY STATUTO JT TEN, 42 FAIRLAWN ST, HO HO KUS, NJ 07423-1125

10925 MARK STEELE, 1285 LITTLE WILLEO RD, MARIETTA, GA 30068

10925 MARK STOLER, 2150 NW 30TH ROAD, BOCA RATON, FL 33431

10925 MARK SULLIVAN, 8 ROSANO ROAD, STAMFORD, CT 06905

10925 MARK THREE REALTY, LP, 600 THIRD AVE, KINGSTON, PA 18704

10925 MARK THREE REALTY, LP, PO BOX 4193, BOSTON, PA 02211-4193

10925 MARK TOMERA &, MARION TOMERA JT TEN, 4460 S ARCHER AVE, CHICAGO, IL 60632-2846

10925 MARK TURNER LEDYARD, PO BOX 1063, APTOS, CA 95001-1063

10924 MARK TWAIN READY MIX, MARSHALL, MO 65340

10925 MARK V JULIEN, 170 GREAT PLAIN AVE, NEEDHAM, MA 02492-4544

10925 MARK V LABORATORY INC, POBOX 540, EAST GRANBY, CT 06026

10925 MARK VII TRANSPORTATION CO, INC, PO BOX 844711, DALLAS, TX 75284-4711

10925 MARK W A HINKLE, 34077 PASEO PADRE PKWY 44, FREMONT, CA 94555-2345

10925 MARK W PETERSON, 105 PINION CIR, ALPHARETTA, GA 30005-4676

10925 MARK W. CONCES, 25 MARJALEEN DR, RANDOLPH, NJ 07869

10925 MARK W. KIEFABER, 909 FAIRGREEN RD., GREENSBORO, NC 27410

10925 MARK WALTER HOJSACK, 92 NORTH CLARK AVE, SOMERVILLE, NJ 08876-2748

10925 MARK WHEELER, 3416 ELLIOTT ST, BALTIMORE, MD 21224-5105

10925 MARK, BETTY, 1885 EVELYN AVE, MEMPHIS, TN 38114

10925 MARK, DANIEL, 6398 N WASHINGTON BLVD, INDIANAPOLIS, IN 46220

10925 MARK, FRANK, 45 RINDGE AVE, CAMBRIDGE, MA 02140

10925 MARK, HAZEL, 30 BROOKFIELD ROAD, DOVER, MA 02030-1804

10925 MARK, JOHN P, ONE TOWN CTR., BOCA RATON, FL 33486

10925 MARK, JOHN, 301 MAYHILL ST., SADDLE BROOK, NJ 07663

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARK, RAYMOND, 501 CEDAR GATE COMMO, LAWRENCEVILLE, GA 30245 | |
| 10925 | MARKAITY, ANNE, 1639 CHAMBERLAIN, GRAND RAPIDS, MI 49506 | |
| 10925 | MARKAKIS, GEORGE, 3100 YORKWAY, BALTIMORE, MD 21222 | |
| 10924 | MARKED FOR DELETION! DO NOT USE!**, 430, NONHYUN-DONG,NAMDONG, KOREA, 99999KOR | *VIA Deutsche Post* |
| 10924 | MARKEL CORPORATION, SCHOOL LANE, NORRISTOWN, PA 19404 | |
| 10925 | MARKEL, HARRY, 1117 W 8TH, ERIE, PA 16502-1601 | |
| 10925 | MARKELL, TINA, 2605 BENTLEY ROAD, MARIETTA, GA 30067 | |
| 10925 | MARKEM CORP., 150 CONGRESS ST., KEENE, NH 03431 | |
| 10925 | MARKEM CORPORATION, BOX 3542, BOSTON, MA 02241 | |
| 10925 | MARKEM, BOX 3542, BOSTON, MA 02241 | |
| 10925 | MARKERT, THOMAS, 51 SPRINGFIELD DRIVE, VOORHEESVILLE, NY 12186 | |
| 10925 | MARKERTEK VIDEO SUPPLY, BOX 397, SAUGERTIES, NY 12477 | |
| 10925 | MARKESE, WILLIAM, 2270 W NICHOLS RD #B, ARLINGTON HTS, IL 60004 | |
| 10925 | MARKET & JOHNSON INC, MARVIN J MARKET PRES, PO BOX 630, EAU CLAIRE, WI 54702 | |
| 10925 | MARKET DYNAMICS, 27 EAST 22 ST 9TH FL, NEW YORK, NY 10010 | |
| 10924 | MARKET FORGE INDUSTRIES, 35 GARVEY STREET, EVERETT, MA 02149 | |
| 10924 | MARKET FORGE INDUSTRIES, 35 GARVEY STREET, EVERETT, MD 02149 | |
| 10924 | MARKET FORGE INDUSTRIES, 474 SECOND STREET, EVERETT, MA 02149 | |
| 10925 | MARKET MAKERS INC., 26524 GOLDEN VALLEY RD., SANTA CLARITA, CA 91350 | |
| 10925 | MARKET RESPONSE ASSOC INC, 1301 SOUTH BRANCH DRIVE, WHITEHOUSE STATION, NJ 08889 | |
| 10925 | MARKET SEARCH, INC, 2727 HOLLAND SYLVANIA RD., SUITE A, TOLEDO, OH 43615 | |
| 10924 | MARKET SQUARE SUITES, 305  WEST HIGH AVE, HIGH POINT, NC 27260 | |
| 10925 | MARKET SQUIRE LLC THE SHAW CO, 802 W BROADWAY, SUITE 104, MADISON, WI 53713 | |
| 10925 | MARKETECHS, INC, 3425 WOODBRIDGE CIRCLE, YORK, PA 17402-9610 | |
| 10925 | MARKETECHS, INC, 630 LOUCKS MILL RD., YORK, PA 17403 | |
| 10925 | MARKETING & TECHNOLOGY GROUP, INC, 1415 N. DAYTON ST, CHICAGO, IL 60622 | |
| 10925 | MARKETING ASSOCIATES, 222 S. 1ST ST., LOUISVILLE, KY 40202 | |
| 10925 | MARKETING AUDIT,INC, THE, 1616 WALNUT ST SUITE 1012, PHILADELPHIA, PA 19103 | |
| 10925 | MARKETING COMMUNICATIONS ASSOC, 40 JACK LONDON SQUARE, OAKLAND, CA 94607 | |
| 10925 | MARKETING INCENTIVES, 1400 PROVIDENCE HWY, NORWOOD, MA 02062 | |
| 10925 | MARKETING MESSAGES, 72 ROWE ST, NEWTON, MA 02166 | |
| 10925 | MARKETING SCIENCE INSTITUTE, 1000 MASSACHUSETTS AVE, CAMBRIDGE, MA 02138-5396 | |
| 10925 | MARKETINGJOBS.COM, PO BOX 800, HAMBURG, MI 48139-0800 | |
| 10924 | MARKETPLACE 24 PLEX, THE, FOR HUNGERFORD INSULATION, 180 MILL ROAD, NORRISTOWN, PA 19488 | |
| 10925 | MARKEWICZ, JEFF, 33259 LYTTLE DOWDLE DR., GOLDEN, CO 80403 | |
| 10925 | MARKEYS AUDIO - VISUAL, 2909 S. MERIDIAN ST, INDIANAPOLIS, IN 46225 | |
| 10925 | MARKGRAF, SHARON, 3208 CHURCHILL DRIVE, MADISON, WI 53713 | |
| 10925 | MARKHAM METALS INC, 216 NEW BOSTON ST, WOBURN, MA 01801 | |
| 10924 | MARKHAM WILBERT VAULT CO, 8400 JEFFERSON DAVIS HWY, RICHMOND, VA 23234 | |
| 10924 | MARKHAM WILBURT BURIAL VAULT, 8400 JEFFERSON DAVIS HWY, RICHMOND, VA 23234 | |
| 10925 | MARKHAM, DORIS, 2579 JONQUIL DRIVE, MEMPHIS, TN 38133 | |
| 10925 | MARKHAM, MARY, PO BOX 115, MULBERRY, FL 33860-0115 | |
| 10925 | MARKHAM, MICHAEL, 11306 RODEN COURT, LOUISVILLE, KY 40241 | |
| 10925 | MARKHAM, MICHAEL, 184 VARNUM RD, DRACUT, MA 01826 | |
| 10925 | MARKIE, JEAN, 12368 ROLLINGWOOD ST, GULFPORT, MS 39503 | |
| 10925 | MARKIEVITZ, KATHLEEN, 76 HOLYOKE ST, MALDEN, MA 02148 | |
| 10925 | MARKIN, ALEX, 2882 BANYAN BLVD CIR NW, BOCA RATON, FL 33431 | |
| 10925 | MARKIN, ALEX, 2882 BANYAN BLVD CIRC NW, BOCA RATON, FL 33431 | |
| 10925 | MARKING SERVICES INC, POBOX 13857, MILWAUKEE, WI 53226 | |
| 10925 | MARKINGS INCORPORATED, 30 RIVERSIDE DR, PEMBROKE, MA 02359 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MARKLAND, KELLY, 607 S MAIN ST, GRANT PARK, IL 60940 | |
| 10925 | MARKLAND, KELLY, 607 S. MAIN ST., GRANT PARK, IL 60940 | |
| 10925 | MARKLE, CHESTER, 1420 SUSSEX ROAD, BALTIMORE, MD 21221 | |
| 10925 | MARKLE, MARY, 1265 W. FOSTER AVE., CHICAGO, IL 60640 | |
| 10925 | MARKLE, ROBERT, 11204 E BURNSIDE, PORTLAND, OR 97216 | |
| 10925 | MARKLEY, LINDA, 4937 W. 7TH ST, GREELEY, CO 80634 | |
| 10925 | MARKLINE, GLADYS, 2211 W. ROGERS AVE, BALTIMORE, MD 21209-4497 | |
| 10925 | MARKMAN JTWRS JT TEN, ARNOLD J & CLAIRE, 1232 SKYCREST DRIVE 1, WALNUT CREEK, CA 94595-1844 | |
| 10925 | MARKOFF,KRASNY,GOLDMAN & GRANT, 134 NORTH LASALLE ST, CHICAGO, IL 60602 | |
| 10925 | MARKOFSKY, SHELDON, 19340 OLNEY MILL RD, OLNEY, MD 20832 | |
| 10925 | MARKOFSKY, STEVEN, 19340 OLNEY MILL RD, OLNEY, MD 20832 | |
| 10925 | MARKOSI, TANYA, 115 112TH AVE NORTH, ST. PETERSBURG, FL 33716 | |
| 10925 | MARKOV, PAUL, 1213 EMERALD DR, LEMONT, IL 60439 | |
| 10925 | MARKPACK, INC, PO BOX 5264, ROCKFORD, IL 61125-0264 | |
| 10925 | MARKS JR, RUSSELL E, CUST FOR MELISSA MARKS, UNIF GIFT MIN ACT NY, 52 CONSTITUTION HILL WEST, PRINCETON, NJ 08540-6776 | |
| 10925 | MARKS TOWING INC., 3670 KENNEBEC DR., EAGAN, MN 55122 | |
| 10925 | MARKS WINDOW SHADE CO., 1115 HICKS BLVD. #2, FAIRFIELD, OH 45014 | |
| 10925 | MARKS, ABRAHAM, 1336 KINGSTONE PKWY., SMYRNA, GA 30080 | |
| 10925 | MARKS, ANNE, 3506 E. AMELIA, PHOENIX, AZ 85018 | |
| 10925 | MARKS, BETTY, 3760 OLD PILKINGTON RD, SANTA CRUZ, CA 95065 | |
| 10925 | MARKS, EDNA, PINE RUN COMMUNITY FERRY & IRON HILLS ROADS, DOYLESTOWN, PA 18901-2153 | |
| 10925 | MARKS, J SINCLAIR, 122 WOODLAWN AVE, BALTIMORE, MD 21228-3458 | |
| 10925 | MARKS, JANE, 6 NORUMBEGA DRIVE, CAMDEN, ME 04843 | |
| 10925 | MARKS, JERMAINE, 4700 WEST END, CHICAGO, IL 60644 | |
| 10925 | MARKS, JOHN D, 2775 R EVERGREEN AVE, SALT LAKE CITY, UT 84109-3175 | |
| 10925 | MARKS, LENDON, 917 W. 2ND, STROUD, OK 74079 | |
| 10925 | MARKS, LIONEL, 6 NORUMBEGA DRIVE, CAMDEN, ME 04843-1746 | |
| 10925 | MARKS, PATRICIA, BOX 153 114 RAILROAD ST, DANE, WI 53529 | |
| 10925 | MARKS, ROBERTA, 3848 N. HUGHES, FRESNO, CA 93705 | |
| 10925 | MARKS, RUSSELL, PO BOX 121, MAMOU, LA 70554 | |
| 10925 | MARKS, THOMAS, 1271 POPLAR AVE, 701, MEMPHIS, TN 38104 | |
| 10924 | MARKSVILLE READY-MIX CONC CO, RT 2, BOX 513, MARKSVILLE, LA 71351 | |
| 10924 | MARKSVILLE READY-MIX, 1623 HWY 90 WEST, JENNINGS, LA 70546 | |
| 10925 | MARKT, FREDRICK, 4971 THORNWOOD TRACE, ACWORTH, GA 30101 | |
| 10925 | MARKUSSEN, DEAN B, 306 CAMBRIDGE ROAD, ALEXANDRIA, VA 22314-4812 | |
| 10925 | MARKWARDT, JUNIOR, BOX 299, MINNESOTA CITY, MN 55959 | |
| 10925 | MARKWELL, PAULA, 2575 KY 801 N, MOREHEAD, KY 40351 | |
| 10924 | MARKWEST MICHIGAN,INC., AUGUS 1-12 GAS PLANT, AU GRES, MI 48703 | |
| 10925 | MARKWITH, HELEN J, AS CUST, EMILY LOUISE MARKWITH, UNIF GIFT MIN ACT NJ, ST ALBAN ANLAGE 57, BASEL, 4052SWITZERLAND | *VIA Deutsche Post* |
| 10925 | MARKWOOD, LISA, 9307 LAWSON LANE, LAUREL, MD 20723 | |
| 10925 | MARKWOOD, P, 7 TIFFANY LANE, ASHEVILLE, NC 28804 | |
| 10925 | MARKWOOD, ROGER, 1063 DOWNTOWN ROAD, BALTIMORE, MD 21227 | |
| 10925 | MARLA A LEYBA, 6801 19TH ST LOT 304, LUBBOCK, TX 79407-1251 | |
| 10925 | MARLA CHATAGNIER, 1198 L. MILLER RD., LAKE CHARLES, LA 70605 | |
| 10925 | MARLANA P BARKLAGE, 707 S PICKWICK AVE, SPRINGFIELD, MO 65802-3340 | |
| 10924 | MARLBORO SCHOOL, RAYMOND, LOS ANGELES, CA 90100 | |
| 10924 | MARLBOROUGH HOSPITAL, 157 UNION STREET, MARLBOROUGH, MA 01752 | |
| 10925 | MARLEEN KIM TUCKER, C/O MARLEEN KIM SAVAGE, 139 SANTA FE AVE, EL CERRITO, CA 94530-4153 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    MARLENA MOORS, 442 W ATLANTA AVE, HADDEN HEIGHTS, NJ 08035

10925    MARLENE A PETRAKIS, BOX 71, DANVERS, MA 01923-0171

10925    MARLENE GLASNER, 413 NIXON AVE, BAYVILLE, NJ 08721-3309

10925    MARLENE J MARSH, 1039 OAK TREE DR, AKRON, OH 44320-1429

10925    MARLENE M PERKINS &, SHEPPARD E PERKINS JT TEN, 4921 SOUTH 67TH ST, LINCOLN, NE 68516-1919

10925    MARLENE M RHOADS, 2477 WALNUT AVE, VENICE, CA 90291-5018

10925    MARLENE P REEDER, 5423 MARINA CLUB DR, WILMINGTON, NC 28409-4103

10925    MARLENE PHYLLIS REEDER &, RICHARD KARL REEDER JT TEN, 5423 MARINA CLUB DR, WILMINGTON, NC 28409-4103

10925    MARLER, DONNA, 202 PLANTATION DRIVE, SIMPSONVILLE, SC 29681

10925    MARLER, DOROTHY, 705 WOODSIDE AVE., FOUNTAIN INN, SC 29644

10925    MARLER, FRANCES, 602 WOODSIDE AVE, FOUNTAIN INN, SC 29644

10925    MARLER, FRANK, 149 MILL ST, WOODRUFF, SC 29388

10925    MARLESE B WESTDYKE, 132 BARTONSVILLE AVE, BARTONSVILLE, PA 18321-9349

10925    MARLEY COOLING TOWER COMPANY, 13831 NORTHWEST FREEWAY, SUITE 212, HOUSTON, TX 77040

10925    MARLEY COOLING TOWER, PO BOX 517, OWINGS MILLS, MD 21117

10925    MARLEY ELECTRIC, 470 BEAUTY SPOT ROAD EAST, BENNETTSVILLE, SC 29512

10924    MARLEY FLEXCO, 1401 E. 6TH STREET, TUSCUMBIA, AL 35674

10924    MARLEY FLEXCO, PO BOX 553, TUSCUMBIA, AL 35674

10924    MARLEY PUMP CO., 500 EAST 59TH STREET, DAVENPORT, IA 52808

10925    MARLIN COMPANY, THE, PO BOX 304, NEW HAVEN, CT 06502-0304

10925    MARLIN J BRITTAIN &, GRETCHEN L BRITTAIN JT TEN, R R, EARLHAM, IA 50072

10924    MARLIN PACKING CO, 1855 E. COUNTY 16TH ST., YUMA, AZ 85365

10925    MARLIN, DEBRA, 11222 BRAESRIDGE DR, HOUSTON, TX 77071

10925    MARLIN, KENNETH, 1603 MARYWOOD, ROYAL OAK, MI 48067

10925    MARLIN, RODNEY, PO BOX 514, MIDDLETOWN, CA 95461

10925    MARLING, HOWARD, RD #1 BOX 77A, PARKER, PA 16049

10925    MARLIN-MARTINE, JUDIE, 63 APPLEMAN ROAD, SOMERSET, NJ 08873

10924    MARLITE DIV. COMMERICAL &, 202 HARGER ST, DOVER, OH 44622

10924    MARLITE DIVISION, CAMBRIDGE, MA 02140

10924    MARLITE-RECEIVING DEPARTMENTS, BRD PREP DOOR F HARGER ST 6AM-2PM, DOVER, OH 44622-0250

10925    MARLL, JR, FREDERICK, 7793 POPLAR GROVE RD, SEVERN, MD 21144

10924    MARLO ELECTRONICS INC, 4007 NORTH EAST 6TH AVENUE, FORT LAUDERDALE, FL 33334

10925    MARLOW, LISA, 3600 39TH ST NW, WASHINGTON, DC 20016

10925    MARLOW, REGINALD, 105 ARNOLD ST #2, WARNER ROBINS, GA 31028

10925    MARLOWE, CHRISTOPHER, 4916-136TH ST SE, SNOHOMISH, WA 98290

10925    MARLOWE, LISA, POB 53, MAYSVILLE, GA 30558

10925    MARLOWE, MICHAEL, 50 COMMERCE ST., LOCKBOURNE, OH 43137

10925    MARLOWE, TIKA, 1856 MARLBORO AVE., OBETZ, OH 43207

10924    MARLYN NUTRACEUTICALS MANUFACTURING, 14810 NORTH 73RD STREET, SCOTTSDALE, AZ 85260

10924    MARLYN NUTRACEUTICALS, INC., 14851 NORTH SCOTTSDALE ROAD, SCOTTSDALE, AZ 85254

10924    MAR-MAC MANUFACTURING CO, PO BOX 278, MCBEE, SC 29101

10925    MARMELL INC, 6384 BUFORD HWY, NORCROSS, GA 30071

10925    MARMION, MARGARET, 37 EIMER ST, TAPPAN, NY 10983

10925    MARMON/KEYSTONE CORP., 6001 NORTH BROADWAY, DENVER, CO 80216

10925    MARMON/KEYSTONE CORPORATION, PO BOX 96657, CHICAGO, IL 60693-6657

10925    MARNEL-GERBER, ROBIN, 21470 MILLBROOK CT., BOCA RATON, FL 33498

10925    MARNIEN, JON, 925 ROYAL ST, LAKE CHARLES, LA 70605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MARO CORP., PO BOX 58, SCHOOLCRAFT, MI 49087 | |
| 10924 | MARO INC., 15141 US 131 SOUTH, SCHOOLCRAFT, MI 49087 | |
| 10925 | MARONEY, ANN, 24448 TREASURE VISTA DR, NEWHALL, CA 91321-3525 | |
| 10925 | MARONEY, ANN, 24448 TREASURE VISTA, NEWHALL, CA 91321 | |
| 10925 | MARONEY, THOMAS P, SECOND FL, 608 VIRGINIA ST EAST, CHARLESTON, WV 25301 | |
| 10925 | MAROON, CATHERINE, 33 SUMNER AVE, SOMERSET, NJ 08873 | |
| 10925 | MAROTO, SARA, 265 DON AVE, RUMFORD, RI 02916 | |
| 10925 | MAROTTA, JOSEPH W., 34 WESTSCOTT RD, HOPEDALE, MA 01747 | |
| 10925 | MAROZZO, ROBERT, 414 NEVADA AVE, LIBBY, MT 59923 | |
| 10925 | MARPLE, KEITH, 701 W GROVE PKWY, TEMPE, AZ 85283 | |
| 10925 | MARQUARDT PRINTING CO, 7530 SO MADISON ST, WILLOWBROOK, IL 60521 | |
| 10925 | MARQUARDT PRINTING CO., 7530 SMADISON ST., WILLOWBROOK, IL 60521 | |
| 10925 | MARQUARDT, CAROLYN, 1736 PARK VALLEY DR., COLUMBUS, OH 43235 | |
| 10924 | MARQUART BLOCK CO., PO BOX 990, WATERLOO, IA 50704 | |
| 10924 | MARQUART BLOCK COMPANY, 110 DUNHAM PLACE, WATERLOO, IA 50704 | |
| 10924 | MARQUART BLOCK, 202 SANDOE STREET, GRAND JUNCTION, IA 50107 | |
| 10925 | MARQUART BLOCK, POBOX 990, WATERLOO, IA 50704 | |
| 10925 | MARQUART, NORMAN, 1205 GLENDORA DRIVE, WICHITA FALLS, TX 76302 | |
| 10925 | MARQUESS, LARRY, LOT 421 WOODSEDGE M.H.P., WEST LAFAYETTE, IN 47906 | |
| 10925 | MARQUETTE - O'KEEFE SCHOOLS, CORNER OF E. JENNIFER & THORNTON, MADISON, WI 53703 | |
| 10924 | MARQUETTE COUNTY COURT, HOUSE, MONTELLO, WI 53949 | |
| 10924 | MARQUETTE COUNTY, CAMBRIDGE, MA 02140 | |
| 10925 | MARQUETTE ELECTRONICS, 8200 WEST TOWER AVE, MILWAUKEE, WI 53223 | |
| 10924 | MARQUETTE HIGH SCHOOL, CLARKSON AND KEHRS MILL ROAD, SAINT LOUIS, MO 63100 | |
| 10925 | MARQUETTE PHOTO, 3314 WEST 63RD ST, CHICAGO, IL 60629 | |
| 10924 | MARQUETTE PLAZA, 250 MARQUETTE AVE., MINNEAPOLIS, MN 55401 | |
| 10924 | MARQUETTE PLAZA, 250 MARQUETTE AVENUE, MINNEAPOLIS, MN 55401 | |
| 10925 | MARQUETTE, DELPHINE, 1913 SHERWOOD ST, ALLENTOWN, PA 18103-1115 | |
| 10924 | MARQUEZ & SONS, 327 AVE C, HEREFORD, TX 79045 | |
| 10925 | MARQUEZ, ALEXANDREA, 16960 FRANK COURT, LOS GATOS, CA 95030 | |
| 10925 | MARQUEZ, ALIDA, 6502 SW 106 AVE., MIAMI, FL 33173 | |
| 10925 | MARQUEZ, ANTONIO, 1718 NAVARRO, DALLAS, TX 75208 | |
| 10925 | MARQUEZ, CESAR, 1208 N TOM GREEN, ODESSA, TX 79791 | |
| 10925 | MARQUEZ, DAVID, 16913 MEEKLAND AVE, HAYWARD, CA 94541 | |
| 10925 | MARQUEZ, ESMERALDA, 3849 JOHN CHRISTOPHER, EL PASO, TX 79938 | |
| 10925 | MARQUEZ, ESMERALDA, 3849, EL PASO, TX 79938 | |
| 10925 | MARQUEZ, ESTHER, 1734 YOSEMITE DR, MIPLITAS, CA 95035 | |
| 10925 | MARQUEZ, FLORA, 57 DEER CREEK RD. APT. F100, DEERFIELD BEACH, FL 33463 | |
| 10925 | MARQUEZ, MARCIA, R R 2 - BOX 157, LAKE VILLAGE, IN 46349 | |
| 10925 | MARQUEZ, MARTHA, RT12 BOX1407, ODESSA, TX 79766 | |
| 10925 | MARQUEZ, RAUL, 2515 W JEFFERSON #214, DALLAS, TX 75211 | |
| 10925 | MARQUEZ, REYNA, 3849 JOHN, EL PASO, TX 79936 | |
| 10925 | MARQUEZ, RICHARD, URB. VILLA PINARES #654, VEGA BAJA, PR 00693PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MARQUIS PALM SPRINGS, THE, 150 SOUTH INDIAN CANYON DR, PALM SPRINGS, CA 92262 | |
| 10925 | MARQUIS WHOS WHO, PO BOX 7247-0449, PHILADELPHIA, PA 19170-0449 | |
| 10925 | MARQUIS, EMILE, 11 PATRICIA ST, WINDHAM, NH 03087-2224 | |
| 10925 | MARQUIS, MARK, 4157 W CORONA DR, CHANDLER, AZ 85226 | |
| 10925 | MARQUIS, ROGER, 1950 HAVELOCK AVE, NORTH PORT, FL 34286-6833 | |
| 10925 | MARR, JOHN, 1213 W GLENDALE AVE, APPLETON, WI 54914 | |
| 10925 | MARR, SANDEE, RR #2 BOX 264A, DALLAS, PA 18612 | |
| 10925 | MARRA, ALBERT, PO BOX 7001, STUART, FL 34996 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MARRA, MADELINE, 1026 NW 13TH TERRACE, STUART, FL 34994-9998

10925    MARRERO, DAVID, 15305 SW 144TH PL, MIAMI, FL 33177

10925    MARRERO, EDUARDO, CALLE DEL PARQUE 362SANTURCE, SAN JUAN, PR 00912

10925    MARRERO, MARIA, CALLE DRAGON 3A-19 LOMAS VERDES, BAYAMON, PR 00619

10925    MARRERO-BERRIOS, MILAGROS, CALLE 12 SS 23 URB CANA, BAYAMON, PR 00957

10925    MARRIAM, ROBERT R, 15 BUSINESS 7, SOUTH, ABBEVILLE, MS 38601

10925    MARRIAM, ROBERT, 15 BUSINESS 7 SOUTH, ABBEVILLE, MS 38601

10925    MARRIER, LORI, RT 2 BOX 49-D, ST ANNE, IL 60964

10925    MARRINER JR, WINFIELD, 3 GENTLE BEN PATH, ORMOND BEACH, FL 32174-9998

10925    MARRIONE, RICHARD, 25 W. OXFORD ST., VALLEY STREAM, NY 11580

10925    MARRIONE, WILLIAM, 25 W OXFORD ST, VALLEY STREAM, NY 11580

10924    MARRIOTT - CENTERPOINT, THE, 3600 CENTERPOINT PARKWAY, PONTIAC, MI 48341

10924    MARRIOTT @ CITY HALL ANNEX, 32 PLUM STREET, TRENTON, NJ 08638

10925    MARRIOTT @ SAWGRASS RESORT, 1000 T P C BLVD, PONTE VEDRA BEACH, FL 32082

10924    MARRIOTT AT INNSBROOK, 11204 HOPSON ROAD, ASHLAND, VA 23005

10924    MARRIOTT AT WINDWARD, 5750 WINDWARD PARKWAY, ALPHARETTA, GA 30005

10924    MARRIOTT BRIGHTON - FLORHAM PARK, 21 RIDGEDALE AVENUE, FLORHAM PARK, NJ 07932

10924    MARRIOTT BRIGHTON GARDENS, 220 PLEASANT VALLEY WAY, WEST ORANGE, NJ 07052

10925    MARRIOTT CORPORATION, PO BOX 62, SALEM, NH 03079

10924    MARRIOTT COURTYARD, 7345 ENGLE ROAD, MIDDLEBURG HEIGHTS, OH 44130

10924    MARRIOTT CROWN COLONY, 1000 CROWN COLONY DRIVE, QUINCY, MA 02169

10924    MARRIOTT DRYWALL MATERIALS, W229 N2510 DUPLAINVILLE ROAD, WAUKESHA, WI 53186

10924    MARRIOTT GARDENS, 9220 WESTERN AVENUE, OMAHA, NE 68144

10924    MARRIOTT HOTEL, 223 WEST LAS COLINAS BLVD., IRVING, TX 75015

10924    MARRIOTT HOTEL, 320 S TRYON STREET, CHARLOTTE, NC 28202

10924    MARRIOTT HOTEL, 350 WEST MARYLAND STREET, INDIANAPOLIS, IN 46206

10924    MARRIOTT HOTEL-PHILADELPHIA AIRPORT, ARRIVING FLIGHTS, PHILADELPHIA, PA 19118

10925    MARRIOTT MANAGEMENT SERVICES, PO BOX 905374, CHARLOTTE, NC 28290-5374

10924    MARRIOTT READING TERMINAL, THE, 32 PLUM STREET, TRENTON, NJ 08638

10924    MARRIOTT RENAISSANCE HOTEL, 801 RUTHERFORD AVENUE, RUTHERFORD, NJ 07070

10925    MARRIOTT, 110 SOUTH LUTAW ST, BALTIMORE, MD 21201

10925    MARRIOTT, 14750 CONFERENCE CENTER DR, CHANTILLY, VA 20151

10925    MARRIOTT, 5150 TOWN CENTER ROAD, BOCA RATON, FL 33486

10924    MARRIOTT, THE, 145-11 NORTH CONDUIT AVE, JAMAICA, NY 11436

10925    MARRIOTT, WEST NURSERY RD., BALTIMORE, MD 21240

10925    MARRIOTTS HUNT VALLEY INN, 245 SHAWAN ROAD, HUNT VALLEY, MD 21031

10925    MARROCCO, MARY, PO BOX 149, DINGMANS FERRY, PA 18328

10925    MARRON, REID & SHEEHY, 601 CALIFORNIA ST, SAN FRANCISCO, CA 94108-2896

10925    MARRON, SOCORRO, 211 W 120TH ST, LOS ANGELES, CA 90061

10925    MARRONE, ANDREW, 9 BEMIS CIRCLE, TEWKSBURY, MA 01876

10925    MARRONE, DAVID, 184 KENNEDY DRIVE, IRWIN, PA 15642

10925    MARRONE, DENNIS, 205 WEBSTER AVE, CHELSEA, MA 02150

10925    MARROQUIN, LUIS, 1406 NORTHVILLE, HOUSTON, TX 77038

10925    MARROTTA, JOHN, 4621 W. WHITTON, PHOENIX, AZ 85031

10925    MARRS, KARIE, 1229 JACKSON, BORGER, TX 79007

10925    MARRS, SONJA, 1811 BELLAIRE CIRCLE, MOORE, OK 73160

10925    MARRUFFO, MARIA, HC-B 6 BOX 22A, LAMESA, TX 79331

10925    MARRUM, MARILYN, ROUTE 1 BOX 255, MIDDLETON, TN 38052

10925    MARS INC. ACE MUSIC CENTER INC, GENERAL COUNSEL, 5300 N. POWERLINE ROAD, FT. LAUDERDALE, FL 33309

10925    MARS MINERAL, PO BOX 719, MARS, PA 16046

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MARS READY MIXED CONCRETE, 13649 E ROSECRANCE AVE, SANTA FE SPRINGS, CA 90670 | |
| 10924 | MARS READY MIXED CONCRETE, 13649 E. ROSECRANS AVE., SANTA FE SPRINGS, CA 90670 | |
| 10924 | MARS, INC. ALSO, 5300 N. POWERLINE ROAD, FORT LAUDERDALE, FL 33309 | |
| 10925 | MARS, LAWRENCE, RT 3 BOX 3620, ELKHART, TX 75839 | |
| 10925 | MARSALA, CHANDA, 220 EMMETT ARRANT RD, WEST MONROE, LA 71292 | |
| 10925 | MARSALIS, EARLENE, 14414 E COLORADO, AURORA, CO 80012 | |
| 10925 | MARSCHKE, BARRON, 15522 HITCHCOCK RD, CHESTERFIELD, MO 63017 | |
| 10925 | MARSCHKE, PAUL, 16809 TRAPET AVE, HAZEL CREST, IL 60429 | |
| 10925 | MARSCHKE, SHARON, 1500 S STATE RD 37, LOT 76, ELWOOD, IN 46036 | |
| 10924 | MARSCICO BROS, RTE 61 PLANT, MONTGOMERY, WV 25136 | |
| 10925 | MARSDEN, CHARLES, PO BOX 484, SALISBURY, CT 06068-0484 | |
| 10925 | MARSDEN, EDWINA, 144 HUCKINS NECK RD, CENTERVILLE, MA 02632 | |
| 10925 | MARSDEN, KENNETH, 451 DOMINIQUE COURT, SYKESVILLE, MD 21784 | |
| 10925 | MARSDEN, PETER, 17 ST. ANDREWGATE, YORK, Y017BRUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MARSEGLIA, CLARICE, 87 NEWPORT DR., COLUMBIA, SC 29223 | |
| 10925 | MARSELLA, GEORGE, 113 PALMER ST, AUBURN, NY 13021 | |
| 10925 | MARSELLA, KAREN, 155-913 ANDERSON HWY, CLEMSON, SC 29631 | |
| 10925 | MARSELLA, RICHARD, JUNE BARTLETT % AMICON CORP. 24 CHERRY HILL DR., DANVERS, MA 01923-9998 | |
| 10925 | MARSH & MCLENNAN INC, PO BOX 19601, NEWARK, NJ 07195-0601 | |
| 10925 | MARSH & MCLENNAN INC, PO BOX 19608, NEWARK, NJ 07195-0608 | |
| 10925 | MARSH & MCLENNAN INC., PO BOX 19608, NEWARK, NJ 07195-0608 | |
| 10925 | MARSH & MCLENNAN, 1166 AVE. OF THE AMERICAS, NEW YORK, NY 10036-2774 | |
| 10925 | MARSH & MCLENNAN, PO BOX 10120, STAMFORD, CT 06904 | |
| 10924 | MARSH & MCLENNAN, ST. JAMIES' HOUSE, ADELAIDE RD., DUBLIN, 2IRL | *VIA Deutsche Post* |
| 10925 | MARSH ADVANTAGE AMERICA, PO BOX 2368, YAKIMA, WA 98907 | |
| 10925 | MARSH AND MCLENNAN INC, PO BOX 993, NEW YORK, NY 10274 | |
| 10925 | MARSH GLOBAL BROKING (BDA) LTD, PO BOX HM 2444, HAMILTON HM JX, BERMUDA | *VIA Deutsche Post* |
| 10924 | MARSH PRODUCTS INC., DIVISION OF PREMARC CORP, DURAND, MI 48429 | |
| 10925 | MARSH USA INC STAMFORD, 101 BARCLAY ST, NEW YORK, NY 10007 | |
| 10925 | MARSH USA INC, ONE WALL ST, NEW YORK, NY 10286 | |
| 10925 | MARSH USA INC, PO BOX #281915, ATLANTA, GA 30384 | |
| 10925 | MARSH USA INC, PO BOX 19601, NEWARK, NJ 07195-0601 | |
| 10925 | MARSH USA INC, PO BOX 19630, NEWARK, NJ 07195-0630 | |
| 10925 | MARSH USA INC, POBOX #281915, ATLANTA, GA 30384 | |
| 10925 | MARSH USA INC, POBOX 19608, NEWARK, NJ 07195-0608 | |
| 10925 | MARSH USA, INC, PO BOX 36012, KNOXVILLE, TN 37930 | |
| 10925 | MARSH, ALINE, 12955 GORHAM, MORENO VALLEY, CA 92388 | |
| 10925 | MARSH, BENJAMIN, 1525 DENNY DRIVE, AMELIA, OH 45102 | |
| 10925 | MARSH, CAROLYN, 6077 S.NORCROSS TUCKER RD., NORCROSS, GA 30093 | |
| 10925 | MARSH, CHARLES, 2203 N. A ST, MIDLAND, TX 79705 | |
| 10925 | MARSH, CHARLEY, 2203 N, | |
| 10925 | MARSH, CHRISTOPHER, 1326 EDGEHILL, IOWA PARK, TX 76367 | |
| 10925 | MARSH, CLAIRE, 1044 74TH ST, BROOKLYN, NY 11228 | |
| 10925 | MARSH, CLINTON, 1413 FRANKLIN ST, COLUMBIA, SC 29201 | |
| 10925 | MARSH, CORY, 2627 W. 61ST. ST., INDIANPOLIS, IN 46208 | |
| 10925 | MARSH, JUDITH, 199 PARTRIDGE ST, ROEBUCK, SC 29376 | |
| 10925 | MARSH, LINDA, 1401 TIMMMBERGLEN DR, IMPERIAL, PA 15126 | |
| 10925 | MARSH, MARY, 14 MARLEY NECK ROAD, GLEN BURNIE, MD 21061 | |
| 10925 | MARSH, PAUL, 16 WINTER ST, WALTHAM, MA 02154 | |
| 10925 | MARSH, RAYMOND, 111 E. 20TH ST, 351, SPENCER,, IA 51301 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MARSH, ROBERT, 1430 WOODCREST, HOUSTON, TX 77018

10925   MARSHA B DOUCETTE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARSHA J WELLS, 1782 OAKWOOD AVE, SAN JOSE, CA 95124-3716

10925   MARSHA K SALSIDO, 68 MALAGA COVE PLAZA, PUE, CA 90274-1306

10925   MARSHA MILROM, 1732 49TH ST, BROOKLYN, NY 11204-1218

10925   MARSHA MUSHLIN CUSTODIAN, UNIF GIFT MIN ACT KY, FOR SARA ANN MUSHLIN, 19 FARINA RD, NEWTON, MA 02459

10925   MARSHA TUCKER, 55 HAYDEN AVE., LEXINGTON, MA 02173

10925   MARSHAL JR, HAROLD T, 217 BEECHWOOD DRIVE, SPARTANBURG, SC 29307

10925   MARSHAL, JR, HAROLD T, 217 BEECHWOOD DRIVE, SPARTANBURG, SC 29307

10925   MARSHALL B EYSTER, 226 MONTEIGNE DR, LAFAYETTE, LA 70506-5424

10925   MARSHALL BAPTIST CHURCH, 5739 OLD RURAL HALL ROAD, WINSTON-SALEM, NC 27105

10925   MARSHALL C. TEAGUE, PO BOX 528CT., VEGUITA, NM 87062

10925   MARSHALL CLARKE ARCHITECTS INC, POBOX 6537, GREENVILLE, SC 29606-6537

10924   MARSHALL CONC PROD OF CHRISTIANBURG, 700 BLOCK LANE, CHRISTIANSBURG, VA 24073

10924   MARSHALL CONCRETE PROD, 1088 INDUSTRIAL AVE, DANVILLE, VA 24541

10924   MARSHALL CONCRETE PROD, 1088 INDUSTRIAL AVE., DANVILLE, VA 24541

10924   MARSHALL CONCRETE PROD., 1088 INDUSTRIAL AVE, DANVILLE, VA 24541

10924   MARSHALL CONCRETE PROD., 1088 INDUSTRIAL AVE, DANVILLE, VA 24543

10924   MARSHALL CONCRETE PROD., 1088 INDUSTRIAL AVE., DANVILLE, VA 24541

10924   MARSHALL CONCRETE PROD., 1503 MAIN STREET, ALTAVISTA, VA 24517

10924   MARSHALL CONCRETE PROD., 312 BRYANT AVE, DANVILLE, VA 24540

10924   MARSHALL CONCRETE PROD., 700 BLOCK LANE, CHRISTIANSBURG, VA 24073

10924   MARSHALL CONCRETE PROD., RT 1030 POWDER PLANT RD, DUBLIN, VA 24084

10924   MARSHALL CONCRETE PROD., STATE ROUTE 640, PEARISBURG, VA 24134

10924   MARSHALL CONCRETE PRODUCTS, 1088 INDUSTRIAL AVE, DANVILLE, VA 24541

10924   MARSHALL CONCRETE PRODUCTS, 14418 MONETA ROAD, MONETA, VA 24121

10924   MARSHALL CONCRETE PRODUCTS, 2610 MARSHALL ST N.E., MINNEAPOLIS, MN 55418

10924   MARSHALL CONCRETE PRODUCTS, 2610 MARSHALL ST NE, MINNEAPOLIS, MN 55418

10924   MARSHALL CONCRETE PRODUCTS, 2610-14 NE MARSHALL ST, MINNEAPOLIS, MN 55418

10924   MARSHALL CONCRETE PRODUCTS, 781 HUBBARD, SAINT PAUL, MN 55104

10924   MARSHALL CONCRETE PRODUCTS, HIGHWAY 169 & 213TH STREET, ELK RIVER, MN 55330

10924   MARSHALL CONCRETE PRODUCTS, ROUTE 29, BLAIRS, VA 24527

10924   MARSHALL E. CAMPBELL, 2975 LAPEER ROAD, PORT HURON, MI 48061

10924   MARSHALL ERDMAN & ASSOCIATED, INC., 5117 UNIVERSITY AVENUE, MADISON, WI 53705

10925   MARSHALL ERDMAN & ASSOCIATES INC, ELI E WOYKE, 5117 UNIVERSITY AVE PO BOX 5249, MADISON, WI 53705

10924   MARSHALL ERDMAN C/O WALL-TECH, 2321 STOUT ROAD, MENOMONIE, WI 54751

10924   MARSHALL ERDMAN INC., PO BOX5249, MADISON, WI 53705

10925   MARSHALL FIELD & CO TARGET CORP, ROBERT J ULRICH PRES, 777 NICOLLET MALL #1400, MINNEAPOLIS, MN 55402

10924   MARSHALL FIELDS, 1555 NORTHBROOK CT., NORTHBROOK, IL 60062

10925   MARSHALL G YEARGAN, 250 WESTLEY RD, WHITWELL, TN 37397-0000

10925   MARSHALL INDUSTRIAL, PO BOX 23476, NEWARK, NJ 07189

10924   MARSHALL MEMORIAL HOSPITAL, C/O LCR CONTRACTORS, MARSHALL, TX 75670

10925   MARSHALL PAPER TUBE CO INC, PO BOX 304, RANDOLPH, MA 02368-0304

10925   MARSHALL PAPER TUBE CO, PO BOX 304, RANDOLPH, MA 02368-0304

10924   MARSHALL READY MIX, RT 5 WEST HWY 20, MARSHALL, MO 65340

10924   MARSHALL SUPPLY, 4730 WYNN ROAD, LAS VEGAS, NV 89103

10924   MARSHALL TEAGUE, 10021 2ND STREET, ALBUQUERQUE, NM 87114

10924   MARSHALL UNIVERSITY HENDERSON CTR, THIRD AVE AND 19TH ST., HUNTINGTON, WV 25755

10924   MARSHALL UNIVERSITY LIBRARY, 400 HAL GREER BLVD., HUNTINGTON, WV 25755

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARSHALL UNIVERSITY, HALE & DORR LLP, 1455 PENNSYLVANIA AVE NW, WASHINGTON, DC 20004

10925   MARSHALL WOLF, BOX 566 CHURCH ST, NEW YORK, NY 10008-0566

10925   MARSHALL, BIRGIT, 868 SIGNATURE ST, D, BOURBONNAIS, IL 60914-9635

10925   MARSHALL, BRIAN, 87 SOUTHSIDE AVE, SOMERVILLE, NJ 08876

10925   MARSHALL, CARA, 1000 MONTREAL RD, CLARKSTON, GA 30021

10925   MARSHALL, CHERYL, 3508 STONEBORO RD, FORT WASHINGTON, MD 20744

10925   MARSHALL, DARLA, 32835 W 84TH ST, DESOTO, KS 66018

10925   MARSHALL, DAVID, 181 WESTERN AVE, GLOUCESTER, MA 01930-4043

10925   MARSHALL, DEBORAH, 3748 KIPLINA, MEMPHIS, TN 38128

10925   MARSHALL, DEBORAH, 6568 5TH AVE., KENOSHA, WI 53143

10925   MARSHALL, DECREE, 8859L N. 91ST ST, MILWAUKEE, WI 53224

10925   MARSHALL, DENNIS, 4100 DORSET RD, RICHMOND, VA 23234

10925   MARSHALL, FRANCES, 74 VARNUM ST, ARLINGTON, MA 02174

10925   MARSHALL, FRANK, 419 WESTSIDE BLVD. #1, HOUMA, LA 70364

10925   MARSHALL, GARY, 81 SEARLES ROAD, NASHUA, NH 03062

10925   MARSHALL, GEORGE, 15381 CARAVEL DRIVE, CORPUS CHRISTI, TX 78418-6368

10925   MARSHALL, GREGORY, 1419 CLOVER AVE, BETHLEHEM, PA 18018

10925   MARSHALL, HAROLD, 217 BEECHWOOD DR, SPARTANBURG, SC 29307

10925   MARSHALL, HAROLD, 2809 CAMELLIA ST., TUSKEGEE, AL 36088

10925   MARSHALL, HAROLD, PO BOX 368, ELKHORN, NE 68022-0368

10925   MARSHALL, HELEN, 75 LAKE AVE, MELROSE, MA 02176

10925   MARSHALL, J R, 5540 TRAIL SIDE DR, YORBA LINDA, CA 92687-2460

10925   MARSHALL, JACK, 3838 EAST KEMPER RD, CINCINNATI, OH 45241

10925   MARSHALL, JEAN, 9911 OXTED LANE, SPRING, TX 77379

10925   MARSHALL, JOAN, 42-32 192 ST, FLUSHING, NY 11358

10925   MARSHALL, JOHN, 1602 W. SCHAF RD, CLEVELAND, OH 44109

10925   MARSHALL, JOHN, 35 TORRITO LN, LAKE HAVASU CITY, AZ 86403

10925   MARSHALL, JOHN, PO BOX 638, GALLIANOEADOW, LA 70354

10925   MARSHALL, JONNIE, 539 ROBINSON PLACE, SHREVEPORT, LA 71104

10925   MARSHALL, JR, CLYDE, 100 A WEST CLIFF ST, SOMERVILLE, NJ 08876

10925   MARSHALL, JR, PAUL, 915 OAKLAND DR., NEW ALBANY, IN 47150

10925   MARSHALL, KIMBERLY, 7358 NW COUNTY RD, RICE, TX 75155

10925   MARSHALL, LAMAR, 7229 BRETSHIRE, HOUSTON, TX 77016

10925   MARSHALL, LEDA, 6413 FAIRMEAD LANE, COLUMBIA, MD 21045

10925   MARSHALL, LENA, 802 DRUMMOND DR., ARLINGTON, TX 76012

10925   MARSHALL, LISA, 9 LONGFELLOW ST, SO ATTLEBORO, MA 02703

10925   MARSHALL, LLOYD, 257 E. MOHAWK, BOURBONNAIS, IL 60914

10925   MARSHALL, PATRICE, 6717 PARK HAVEN, SAN ANTONIO, TX 78244

10925   MARSHALL, PATRICIA, 1036 S RIVERSIDE, RIALTO, CA 92376

10925   MARSHALL, PATRICK, 303 LOWLAND ST, HOLLISTON, MA 01746

10925   MARSHALL, PATRICK, 450 CHEROKEE RIDGE, ATHENS, GA 30606

10925   MARSHALL, PETER, 1216 BELL, LAWTON, OK 73501

10925   MARSHALL, PETER, 170 LAWRENCE ST, CANTON, MA 02021

10925   MARSHALL, RICHARD, 215 HAMPTON DR, SUMMERVILLE, SC 29425

10925   MARSHALL, ROBERT, 6 CHURCHILL ROAD, NORFOLK, MA 02056

10925   MARSHALL, ROBERT, 8B OLD COUNTY RD, POMONA, NY 10970

10925   MARSHALL, RONALD, 5811 MESA DR, #1315, AUSTIN, TX 78731

10925   MARSHALL, ROSE A, 924 E JUNEAU AVE APT 551, MILWAUKEE, WI 53202-2748

10925   MARSHALL, RUBY, 306A REMINGTON COURT, RICHMOND, KY 40675

10925   MARSHALL, SHARON, 410 W TAHOE ST, RIALTO, CA 92376

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  MARSHALL, STERLING, PO BOX 374, TUSKGEE, AL 36088

10925  MARSHALL, SUSAN, 3974 PARFET ST, WHEATRIDGE, CO 80033

10925  MARSHALL, SUSANNE, 542 LAURICELLA, JEFFRSON, LA 70121

10925  MARSHALL, TAMARA, 529 CENTRAL CHURCH, MORRISTOWN, TN 37814

10925  MARSHALL, TENNYSON, 25729 TILLANDSIA, MORENO VALLEY, CA 92388

10925  MARSHALL, TINA, 10910 GULF FREEWAY, HOUSTON, TX 77034

10925  MARSHALL, TRUDY, 34620 STATE RT 7, POMEROY, OH 45769

10925  MARSHALL-BOND PUMPS, INC, STE. G, 118 KIRKLAND CIRCLE, OSWEGO, IL 60543

10925  MARSHALL-PLOCH, SUSAN, 3 CONERLY RD, SOMERSET, NJ 08873

10925  MARSHALLS INC, GEN COUNSEL, 200 BRICKSTONE SQUARE, PO BOX 9030, ANDOVER, MA 01810

10925  MARSHALLS OF EAST MEADOW NY, GENERAL COUNSEL, 200 BRICKSTONE SQUARE, ANDOVER, MA 01810

10925  MARSHALLS OF MA INC, THE TJX COMPANIES INC, 770 COCHITUATE RD., PO BOX 9123, FRAMINGHAM, MA 01701

10925  MARSHALLS, GEN COUNSEL, 200 BRICKSTONE SQUARE, PO BOX 9030, ANDOVER, MA 01810

10925  MARSHBANKS, VICTORIA, 107 FOX CHASE CT, SIMPSONVILLE, SC 29681

10925  MARSH-BELL CONSTRUCTION CO, INC, PO BOX 1190, PIEDMONT, SC 29673

10925  MARSHBURN, DENISE, 1279 HWY. 54 WEST, FAYETTEVILLE, GA 30214

10924  MARSHFIELD DOOR SYSTEMS INC, 118 S PALMETTO, MARSHFIELD, WI 54449

10925  MARSHMAN, MATTHEW, 2113 VAILTHORN RD, BALTIMORE, MD 21220

10925  MARSH-MCBIRNEY, INC, 4539 METROPOLITAN COURT, FREDERICK, MD 21701

10925  MARSH-MCBIRNEY, INC, PO BOX 17445, BALTIMORE, MD 21203

10925  MARSICK, VIRGINIA, 2792 WALDRON ROAD, KANKAKEE, IL 60901

10924  MARSICO BROTHERS INC, 1214 SECOND AVENUE, MONTGOMERY, WV 25136

10924  MARSICO BROTHERS INC., 1214 SECOND AVE., MONTGOMERY, WV 25136

10925  MARSIGLIA, JOHN, 5146 WESTLAND BLVD, BALTIMORE, MD 21227

10925  MARSON COMPANY, C/O ROBERT M. FERGUSON, 2000 MAGNOLIA, PASADENA, TX 77503

10925  MARSTERS, HERBERT, HC33 BOX 603, UVALDE, TX 78801

10925  MARSTERS-CAHILL, CHRISTINE, 20 CENTRAL ST, BEVERLY,, MA 01915-5802

10925  MARSTON TECHNICAL SERVICE, INC, 2964 P.G. GRAVES DRIVE, CINCINNATI, OH 45241-3155

10925  MARSTON, WILLIAM, 47 BARASFORD AVE., LOWELL, MA 01852-1414

10925  MARSTON-CARR, LISA, 19 LAFAYETTE ROAD, 2, IPSWICH, MA 01938

10925  MARSULEX, 2250 EAST 130TH ST, CHICAGO, IL 60633

10925  MARSULEX, INC, PO BOX 77000 DEPT. 771288, DETROIT, MI 48277-1288

10924  MART CORPORATION, THE, 2456 B ADIE ROAD, HAZELWOOD, MO 63043

10925  MARTE, CLAUDIO, 42 RIVINGTON ST, NEW YORK, NY 10002

10925  MARTE, SANTOS, 183-11 HILLSIDE AVE, QUEENS, NY 11413

10925  MARTEC ASSOCIATES INC., 1510 JARVIS, ELK GROVE VILLAGE, IL 60007

10924  MARTEC, 1800 N. TOPPING, KANSAS CITY, MO 64120-3510

10925  MARTEK BIOSCIENCE CORPORATION, 6480 DOBBIN ROAD, COLUMBIA, MD 21045

10924  MARTEK BIOSCIENCES CORP., 555 ROLLING HILLS LANE, WINCHESTER, KY 40391

10925  MARTEL LABORATORY SERVICES, INC, 1025 CROMWELL BRIDGE RD., BALTIMORE, MD 21204

10925  MARTEL PROVENCHER & CARRIER, PO BOX 3418, AUBURN, ME 04212-3418

10925  MARTEL, DEBORAH, 3906 ROLINDA, DALLAS, TX 75211

10925  MARTEL, MARLENE, 348 WEST FRANKLIN ST, HOLYOKE, MA 01040

10925  MARTELL ASSOCIATES, 200 BUTTERFIELD DRIVE SUITE A1, ASHLAND, MA 01721

10925  MARTELL ASSOCIATES, 21 CHARLES ST, HOLLISTON, MA 01746

10925  MARTELL, BRYAN SCOTT, 137 SUNSET WAY, APT 06 20, GATE HOUSE, CLEMENTI PARK CONDOMINIUM, 597159SINGAPORE          *VIA Deutsche Post*

10925  MARTELL, GERALD, 10006 N RIDGECREST DRIVE, SPOKANE, WA 99208-8301

10925  MARTELL, GERTRUDE, 10006 N RIDGECREST DRIVE, SPOKANE, WA 99208-8301

10925  MARTELL, JOANN G, 7500 GRACE DRIVE, COLUMBIA, MD 21044

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARTELL, JOANN, 22 MARISSA COURT, BALTIMORE, MD 21236

10925   MARTELL, LOURDES, 4511 NW 170 ST, MIAMI, FL 33055

10925   MARTELL, THOMAS, 230 PROSPECT ROAD, HADDONFIELD, NJ 08033

10925   MARTELLUCCI, KATHY, PAGEWOOD OVAL APT 23, LITCHFIELD, NH 03051

10925   MARTEN BROWN, 1191 SECOND AVE SUITE 2200, SEATTLE, WA 98101-2933

10925   MARTEN, MONTE, ROUTE 2 BOX 153H, NORFOLD, NE 68701

10925   MARTENEY, HELEN, 5151 N. 106TH ST, MILWAUKEE, WI 53225

10925   MARTENS ICE GEARY KLASS LEGGHIO, 1717 W. NINE MILE ROAD, #1400, SOUTHFIELD, MI 48075-4520

10925   MARTENS RELIABLE TRUE VALUE, 8010 N. 76TH ST, MILWAUKEE, WI 53223

10925   MARTENS, RANDY, BOX-36D, BAKER, MT 59313

10925   MARTENS, WESLEY CHARLES, 29272 TIEREE, LAGUNA NIGUEL, CA 92677-1633

10925   MARTENSEN, LISA, 612 PINE MEADOWS DRIVE, SPARKS, NV 89431

10924   MARTEX CIRCUITS INC, 876 MAUDE AVENUE, MOUNTAIN VIEW, CA 94043

10925   MARTHA A MECK, 119 PKWY, SCHUYLKILL, PA 17972-1906

10925   MARTHA ANN JACKSON, C/O MARTHA J GOODMAN, 6626 SENECA DR, COLUMBIA, MD 21046-1041

10925   MARTHA ANN WATERBURY, 3300 HAYES APT 28, EL PASO, TX 79930-5057

10925   MARTHA ANNE UNGER, 5805 OAK TREE RD, EDMOND, OK 73003-2621

10925   MARTHA ANNE WHITTEMORE, 23 RICHARDSON RD, HUDSON, MA 01749-2823

10925   MARTHA B MCLAUGHLIN, 21 MARLICK AVE, REEDSVILLE, PA 17084-9609

10925   MARTHA BLANCHARD, 23 GILEAD ST, ADAMS, MA 01220-1618

10925   MARTHA C TAYLOR &, STEVE C TAYLOR JT TEN, 9 WEMBLEY ROAD, GREENVILLE, SC 29607-3130

10925   MARTHA CONNOLLY TR UA APR 20, 77 FBO KATHLINE CONNOLLY TRUST, 2056 NE 21ST COURT, WILTON MANORS, FL 33305-1519

10925   MARTHA COUNTRYMAN, 25089 COUNTRYMAN RD, PROPHETSTOWN, IL 61277-8880

10925   MARTHA FETTERS LYNN, 10000 WOODSON, OVERLAND PARK, KS 66207-3056

10925   MARTHA G LEWIS, PO BOX 56, DEVON, PA 19333-0056

10925   MARTHA G OUELLETTE, 44 WINCHESTER DR, LEXINGTON, MA 02173-2420

10925   MARTHA GENTRY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   MARTHA HOIDEN TR UDT SEP 12 91, MARTHA HOIDEN TRUST, 2322 SOUTH RIDGELAND AVE, BERWYN, IL 60402-2429

10925   MARTHA J ARNOLD, 660 FLAMENGO PLACE, DAVIS, CA 95616-0125

10925   MARTHA J LOEWENSTEIN, 303 W 66TH ST APT 10H E WING, NEW YORK, NY 10023-6333

10925   MARTHA J MAC DONALD, 4 NOLAN FARM ROAD, WAYLAND, MA 01778-3140

10925   MARTHA J NEILSEN, 6097 W WALBROOK DR, SAN JOSE, CA 95129-4766

10925   MARTHA K. ADAMS, 2101 MECHANIC ST #304, GALVESTON, TX 77550

10925   MARTHA KELLY, PO BOX 467, RHINEBECK, NY 12572-0467

10925   MARTHA KING COTHRAN, DRUMMOND ROAD 250, TRAVELERS REST, SC 29690-8803

10925   MARTHA KURZYNOWSKI & JOSEPH D, KURZYNOWSKI JT TEN, 332 BAYNTON AVE N E, GRAND RAPIDS, MI 49503-3751

10925   MARTHA KWAL, RICHMOND D 29, DEERFIELD BEACH, FL 33442

10925   MARTHA LEIGH ROSE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARTHA LEROY SCHERI, 4 MOHICAN TRAIL, OAK RIDGE, NJ 07438-9350

10925   MARTHA LONGORIA & HUGHES & CLOUGH, 101 CALIFORNIA ST. SUITE 2900, SAN FRANCISCO, CA 94111-5858

10925   MARTHA MARSHALL, 14802 TABOR RD, MAPLE HEIGHTS, OH 44137-3863

10925   MARTHA MARY SHADAN &, ZACHARY PHILIP CHRISCO JT TEN, LAWTON DRIVE, WEST BRATTLEBORO, VT 05301

10925   MARTHA N CALDWELL, PO BOX 550486, ATLANTA, GA 30355-2986

10925   MARTHA N FISHER, 1812 CRESTWAY DR, ATHENS, TN 37303-4048

10925   MARTHA R DAVIS CUST MELINDA SUE, DAVIS UNIF GIFT MIN ACT VA, C/O MRS MELINDA DAVIS SEASHORE, 4003 E DURANT CT, WILMINGTON, NC 28412-7446

10925   MARTHA R WILSON, C/O MARTHA R MCGRAW, 3343 N THIRD ST, HARRISBURG, PA 17110-1408

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MARTHA ROOS, 3622 ZUMSTEIN AVE, CINCINNATI, OH 45208-1356

10925    MARTHA S COSTANZA, 800 WEST SADDLE RIVER RD, HOHOKUS, NJ 07423-1646

10925    MARTHA S DANIEL, 1236 SOUTHAMPTON DR, ALEXANDRIA, LA 71303-3035

10925    MARTHA S WOOD, 301 E WASHINGTON ST, WINNSBORO, SC 29180-1000

10925    MARTHA SKINNER-HALSTEAD, 1360 EUBANK AVE., WILMINGTON, CA 90744

10925    MARTHA STOKES - FARNHAM HARDWARE, 21 SOUTH MAIN ST, TRAVELERS REST, SC 29690

10925    MARTHA T SEAQUIST, 11119 LINKSIDE DR, PORT RICHEY, FL 34668-2415

10925    MARTHA TURNER, 8 W FARM RIDGE RD, NEWTON, NY 06470-2408

10924    MARTHA WASHINGTON HOTEL, 30 EAST 30TH STREET, FLORAL PARK, NY 11001

10925    MARTHA WOODWARD DAVIS TR UA, DEC 17 97 MARTHA WOODWARD DAVIS, REVOCABLE TRUST, 10916 CARROLLWOOD DR, TAMPA, FL 33618-3904

10925    MARTHAS FLOWERS, 211 MT. SHOALS ROAD, ENOREE, SC 29335

10925    MARTHAS STOKES, 21 SOUTH MAIN ST, TRAVELERS REST, SC 29690

10925    MARTHELLY, MARIE S., ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    MARTHELLY, MARIE, 1230 SW 25TH WAY, BOYNTON BEACH, FL 33426

10924    MARTHON ASHLAND PETROLEUM, 204 GLASSHOUSE ROAD, CLAIRTON, PA 15025

10924    MARTI MAR/AERO SP, E. SANDLK RD. BLDG. 10, ORLANDO, FL 32809

10925    MARTI, ANNE MARIE, 155 BURBANK DR, WARWICK RI, RI 02886

10925    MARTI, CHERYL, 2118 MONTANA AVE, SUN PRAIRIE, WI 53590

10925    MARTI, DAVID, 5720 REMINGTON, FT. WORTH, TX 76132

10925    MARTI, EDUARDO, 22245 SW 100 AVE, MIAMI, FL 33190

10925    MARTI, JILL, 2118 MONTANA AVE, SUN PRAIRIE, WI 53590

10925    MARTI, MERRY, 4544 FORESTGATE CR, ARLINGTON, TX 76017

10924    MARTIN & JONES INC, DRAWER 158, RONCEVERTE, WV 24970

10924    MARTIN & JONES, INC., 422 EDGAR AVE., RONCEVERTE, WV 24970

10925    MARTIN & LENNON, 400 PELHAM ROAD, GREENVILLE, SC 29615

10924    MARTIN & MC DONALD COMPANY, **TO BE DELETED**, LOUISVILLE, KY 40218

10924    MARTIN & MC DONALD COMPANY, 4650 ASTOR DRIVE**TAX EXEMPT**, LOUISVILLE, KY 40218

10924    MARTIN & MC DONALD COMPANY, 4650 ASTOR DRIVE**TAXABLE**, LOUISVILLE, KY 40218

10924    MARTIN & MCDONALD, 4650 ASTOR DRIVE, LOUISVILLE, KY 40218

10925    MARTIN A KRIST, 7500 GRACE DR, COLUMBIA, MD 21044

10925    MARTIN AGENCIES INC, THE, 1777 BOTHELO DR STE 275, WALNUT CREEK, CA 94596

10925    MARTIN AIRE, 6644 W 34TH ST, BERWYN, IL 60402

10925    MARTIN ARCHITECTURAL, BURNS DAY & POWELL JAMES M DAY, PO BOX 10867, RALEIGH, NC 27605

10925    MARTIN ARCHITECTURAL, BURNS DAY & POWELL, PO BOX 10867, RALEIGH, NC 27605

10925    MARTIN ASSOCIATES INC., 1140 19TH ST. NW #250, WASHINGTON, DC 20036-6601

10925    MARTIN B SHERWIN, 17344 NORTHWAY CIRCLE, BOCA RATON, FL 33496

10925    MARTIN BAER & CO, INC, POBOX 11, ESSEX, CT 06426

10925    MARTIN BERSAW, 78 HIGHVIEW DR, WEST PATERSON, NJ 07424-2712

10924    MARTIN BORCHERT CO, ATTN:  ACCOUNTS PAYABLE, NORTH LITTLE ROCK, AR 72119

10924    MARTIN BORCHERT COMPANY, 403 MAGNOLIA, NORTH LITTLE ROCK, AR 72114

10924    MARTIN BRO./MEDIA STUDIO N., 2255 N. ONTARIO, BURBANK, CA 91501

10924    MARTIN BRO./TINSEL TOWN, WESTWOOD, ANAHEIM, CA 92801

10924    MARTIN BRO/ANTELOPE VALLEY HOSPITAL, 1600 W. AVE. J, LANCASTER, CA 93534

10924    MARTIN BROS./AAMES, C/O ACOUSTICAL MATERIAL SERVICES, LOS ANGELES, CA 90012

10924    MARTIN BROS./DISNEY CONCERT HALL, BURBANK, CA 91501

10924    MARTIN BROS./DISNEY CONCERT HALL, LOS ANGELES, CA 90048

10924    MARTIN BROS./DISNEY RIVERSIDE, 2100 RIVERSIDE DR., BURBANK, CA 91501

10924    MARTIN BROS./ESPN ZONE, ANAHEIM, CA 92804

10924    MARTIN BROS./EXODUS, 1920 E. MAPLE, EL SEGUNDO, CA 90245

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MARTIN BROS./KERLAN JOBE, C/O ACCOUSTICAL MATERIAL SERVICES, LOS ANGELES, CA 90086 | |
| 10924 | MARTIN BROS./L.A. COURT HOUSE, MARTIN BROTHERS, LOS ANGELES, CA 90048 | |
| 10924 | MARTIN BROS./L.A. COURT HOUSE, WESTWOOD BLDG. MATERIALS, LOS ANGELES, CA 90048 | |
| 10924 | MARTIN BROS./L.A. MUNICIPAL COURT, CALIFORNIA WHOLESALE MAT'L SUPPLY, LOS ANGELES, CA 90048 | |
| 10924 | MARTIN BROS./MARCOWALL INC, PO BOX2089, GARDENA, CA 90247 | |
| 10924 | MARTIN BROS./MCA, CALIFORNIA WHOLESALE MAT'L SUPPLY, BEVERLY HILLS, CA 90209 | |
| 10924 | MARTIN BROS./MCI WORLD COMM., LOS ANGELES, CA 90048 | |
| 10924 | MARTIN BROS./MEDIA STUDIOS, 2233 N. ONTARIO, BURBANK, CA 91504 | |
| 10924 | MARTIN BROS./ONTARIO AIRPORT, C/O CAL PLY PICO RIVERA, ONTARIO, CA 91761 | |
| 10924 | MARTIN BROS./PARKWAY MEDICAL CENTER, 100 N. GREEN VALLEY PKWY., HENDERSON, NV 89014 | |
| 10924 | MARTIN BROS./S.F.V.C., 9425 PENFIELD AVE., CHATSWORTH, CA 91311 | |
| 10924 | MARTIN BROS./SIERRA HEALTH, C/O CAL PLY LAS VEGAS, LAS VEGAS, NV 89101 | |
| 10924 | MARTIN BROS./SOKA, ACCOUSTICAL MATERIAL SERVICES, LOS ANGELES, CA 90001 | |
| 10924 | MARTIN BROS./ST. PAUL'S CHURCH, CALIFORNIA WHOLESALE MAT'L SUPPLY, CHINO HILLS, CA 91709 | |
| 10924 | MARTIN BROS./STADIUM GATEWAY, ANAHEIM, CA 92804 | |
| 10924 | MARTIN BROS./X DRIVE, 1601 CLOVERFIELD, SANTA MONICA, CA 90401 | |
| 10924 | MARTIN BROS/624 S. GRAND, LOS ANGELES, CA 90048 | |
| 10925 | MARTIN BROTHERS PLASTERING, 17104 S FIGUEROA, GARDENA, CA 90248-0089 | |
| 10924 | MARTIN BROTHERS PLASTERING, 17104 SOUTH FIGUEROA STREET, GARDENA, CA 90248 | |
| 10924 | MARTIN BROTHERS, 523 W. 6TH STREET, LOS ANGELES, CA 90100 | |
| 10925 | MARTIN C MCCORMACK, 409 WEST AVE, NORTHVALE, NJ 07647 | |
| 10924 | MARTIN CITY READY MIX INC, 13716 OAK STREET, KANSAS CITY, MO 64145 | |
| 10924 | MARTIN CO., P.O.BOX 426, BLACK EAGLE, MT 59414 | |
| 10925 | MARTIN COLOR-FI INC., PO BOX 2153, BIRMINGHAM, AL 35287-3257 | |
| 10924 | MARTIN COMPANY, THE, CAMBRIDGE, MA 02140 | |
| 10924 | MARTIN COMPANY, THE, FAA/ATCT AIR TRAFFICE CONTROL, HELENA, MT 59601 | |
| 10925 | MARTIN CRAIG CHESTER & SONNENSCHEIN, 55 WEST MONROE ST, CHICAGO, IL 60603 | |
| 10925 | MARTIN E MILLS, 2316 STONEGATE DR NORTH, BEDFORD, TX 76021-4347 | |
| 10924 | MARTIN ELECTRIC, 1005 E. 9TH ST., JOHNSTON CITY, IL 62951 | |
| 10924 | MARTIN ELECTRIC, RT 1 BOX 700, PERRY, FL 32347 | |
| 10924 | MARTIN ELECTRICAL SALES, INC., P.O. BOX 2201889, 138 WEST ADAMS AVE., KIRKWOORD, MO 83122 | |
| 10925 | MARTIN ELECTRICAL SALES, POBOX 220189, KIRKWOOD, MO 63122 | |
| 10924 | MARTIN ELECTRICIAL SALES, 136 W. ADAMS, KIRKWOOD, MO 63122 | |
| 10924 | MARTIN ELECTRONICS, INC., CAMBRIDGE, MA 02140 | |
| 10925 | MARTIN ENGINEERING, 37487 SCHOOLCRAFT, LIVONIA, MI 48150 | |
| 10925 | MARTIN F GROSSMAN, 116 BELVEDERE DR, YONKERS, NY 10705-2814 | |
| 10924 | MARTIN FOUNDRY, 2944 OAK LANE, DALLAS, TX 75215 | |
| 10925 | MARTIN G IMBACH, INC, 6121 PENNINGTON AVE., BALTIMORE, MD 21226 | |
| 10925 | MARTIN GAS CORP, MR DON NEUMEYER, PO DRAWER 191, KILGORE, TX 75662 | |
| 10925 | MARTIN GAS CORP, MR DR NEUMEYER, 101 EAST SABINE, KILGORE, TX 75062 | |
| 10925 | MARTIN GAS SALES, ACCOUNTS RECEIVABLE DEPT., PO BOX 910605, DALLAS, TX 75391-0605 | |
| 10925 | MARTIN GAS SALES, INC, 45 WOODSTOCK ST., ROSWELL, GA 30075 | |
| 10925 | MARTIN HARRIS SAMSON, 34 HEWLETT LANE, PORT WASHINGTON, NY 11050-4543 | |
| 10925 | MARTIN HEIKES, INC, 2689 220TH ST EAST, FARMINGTON, MN 55024 | |
| 10925 | MARTIN HUNTER, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | MARTIN HURLEY, 1369 NORTH AVE, ELIZABETH, NJ 07208 | |
| 10924 | MARTIN INSULATION, P.O. BOX 37, EPHRATA, PA 17522 | |
| 10925 | MARTIN J KAHLER, R D 1 BOX 568A, CAYUGA, NY 13034-9801 | |

ı9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MARTIN J ROCK, 317 PARK, CLARENDON HILLS, IL 60514-1309 | |
| 10925 | MARTIN J SIEGEL, 4 STARVIEW COURT, WAYNE, NJ 07470-4958 | |
| 10925 | MARTIN J SULLIVAN, BOX 207, THOMPSON FALLS, MT 59873-0207 | |
| 10925 | MARTIN JAY ROSSMAN, 239 HARVARD CIRCLE, NEWTON, MA 02160-2216 | |
| 10925 | MARTIN JENNESS, 426 HICKORY RIDGE DR, SEABROOK, TX 77586-6009 | |
| 10925 | MARTIN JR, COY, 810 8TH PLACE, ANDREWS, TX 79714 | |
| 10925 | MARTIN JR, EDWIN C, 501 SHATTO PL STE 100, LOS ANGELES, CA 90020-1747 | |
| 10925 | MARTIN JR, LINK, 5218 CRESTWOOD DR, HARRISBURG, PA 17109-5566 | |
| 10925 | MARTIN JR, PAUL, 106 JIM DRIVE, HOGANSVILLE, GA 30230 | |
| 10925 | MARTIN JR, WILLIAM E, 3360 CONGRESS ST, ALLENTOWN, PA 18104-2666 | |
| 10925 | MARTIN JR., JOHN, 2305 W. LAFAYETTE AVE, BALTIMORE, MD 21216 | |
| 10925 | MARTIN JT TEN, WALTER RENN & KATHLEEN, PO BOX 1062, BOULDER, CO 80306-1062 | |
| 10925 | MARTIN KIEKLAK, PO BOX 3597, FAYETTEVILLE, AR 72702 | |
| 10925 | MARTIN KLABEN & ANNE KLABEN, JT TEN, 101 LACOSTA ST B-7, MELBOURNE BEACH, FL 32951-3416 | |
| 10925 | MARTIN KOBYLARZ, 100 WESTVILLE AVE, CALDWELL, NJ 07006-5815 | |
| 10925 | MARTIN L B WALTER, 271 EDGEWATER DR, NEEDHAM, MA 02192-2711 | |
| 10924 | MARTIN LUTHER HOSPITAL, C/O WESTSIDE BUILDING MATERIALS, 12035 S. WILMINGTON, LOS ANGELES, CA 90050 | |
| 10924 | MARTIN LUTHER KING APARTMENTS, 40 STILLWATER AVENUE, STAMFORD, CT 06902 | |
| 10924 | MARTIN LUTHER KING ELEM. SCHOOL, 1617 CAFFIN STREET, NEW ORLEANS, LA 70100 | |
| 10924 | MARTIN MAR/AERO SP, E. SANDLK RD. BLDG. 10, ORLANDO, FL 32809 | |
| 10925 | MARTIN MARIETTA (1450 SOUTH ROLLING, 7921 SOUTHPARK PLAZA #210, LITTLETON, CO 80120 | |
| 10925 | MARTIN MARIETTA AGGREGATES, POBOX 75328, CHARLOTTE, NC 28275 | |
| 10925 | MARTIN MARIETTA CORP, 103 CHESAPEAKE-, BALTIMORE, MD 21220 | |
| 10925 | MARTIN MARIETTA CORP, 1450 S ROLLING RD, BALTIMORE, MD 21227 | |
| 10925 | MARTIN MARIETTA CORP, MILAN ARMY AMMUN PLT, AREA T, MILAN, TN 38358 | |
| 10924 | MARTIN MARIETTA FACILITY, GOSSETT BROTHERS, ALBUQUERQUE, NM 87101 | |
| 10925 | MARTIN MARIETTA MAGNESIA SPEC.INC., PO BOX 360094-M, PITTSBURGH, PA 15251 | |
| 10924 | MARTIN MARIETTA MATERIAL, 17910 IH 10 WEST, SAN ANTONIO, TX 78257 | |
| 10924 | MARTIN MARIETTA MATERIAL, 17910 IH10W, SAN ANTONIO, TX 78257 | |
| 10924 | MARTIN MARIETTA MATERIAL, 500 STEEVES RD., SAN ANTONIO, TX 78205 | |
| 10924 | MARTIN MARIETTA MATERIAL, PLANT #8, 7010 N.E. LOOP 410, SAN ANTONIO, TX 78219 | |
| 10924 | MARTIN MARIETTA MATERIAL, PLANTS 6 & 3, 18495 N.W. MILITARY, SAN ANTONIO, TX 78257 | |
| 10924 | MARTIN MARIETTA MATERIALS SOUTHWEST, 17910 I H 10 WEST, SAN ANTONIO, TX 78257 | |
| 10924 | MARTIN MARIETTA OCALA, C/O ZELLERBACH, A MEAD COMPANY, OCALA, FL 32670 | |
| 10924 | MARTIN MARIETTA, 103 CHESAPEAKE PARK PLAZA, BALTIMORE, MD 21220 | |
| 10924 | MARTIN MARIETTA, 12257 STATE HIGHWAY, LITTLETON, CO 80127 | |
| 10925 | MARTIN MARIETTA, 1450 S. ROLLING RD., BALTIMORE, MD 21227 | |
| 10925 | MARTIN MARIETTA, 17910 1H 10W, SAN ANTONIO, TX 78257 | |
| 10925 | MARTIN MARIETTA, 199 BORTON LANDING ROAD, MOORESTOWN, NJ 08057 | |
| 10924 | MARTIN MARIETTA, 2214 REDMOND RD, JACKSONVILLE, AR 72076 | |
| 10925 | MARTIN MARIETTA, 6711 BAYMEADOW DR, GLEN BURNIE, MD 21061 | |
| 10924 | MARTIN MARIETTA, BRUCE ST., CONWAY, AR 72032 | |
| 10924 | MARTIN MARIETTA, EAST SAND LAKE ROAD BLDG. 10, ORLANDO, FL 32809 | |
| 10924 | MARTIN MARIETTA, P O BOX 13265, MAUMELLE, AR 72113 | |
| 10924 | MARTIN MARIETTA, P O BOX 339, MALVERN, AR 72104 | |
| 10924 | MARTIN MARIETTA, PLANT X10, OAK RIDGE, TN 37831 | |
| 10924 | MARTIN MARIETTA, PLANT Y-12, BEAR CREEK ROAD, OAK RIDGE, TN 37830 | |
| 10925 | MARTIN MARIETTA, PO BOX 75328, CHARLOTTE, NC 28275 | |
| 10924 | MARTIN MARIETTA, PO BOX13265, MAUMELLE, AR 72113 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MARTIN MARIETTA, PO BOX2004, OAK RIDGE, TN 37831

10924   MARTIN MARIETTA, PO BOX31, DENVER, CO 80201

10924   MARTIN MARIETTA, PO BOX339, MALVERN, AR 72104

10924   MARTIN MARIETTA, RDL BLDG M-36, LITTLETON, CO 80123

10924   MARTIN MARRIETTA, #7 COLLINS IND PARK, NORTH LITTLE ROCK, AR 72114

10924   MARTIN MATERIAL CORPORATION, 303 1ST AVENUE, ROCHELLE, IL 61068

10924   MARTIN MATERIAL CORPORATION, P. O. BOX 481, OREGON, IL 61061

10925   MARTIN MAYER, PO BOX 54601, NEW ORLEANS, LA 70154

10925   MARTIN MCGORTY &, LUCILLE MCGORTY JT TEN, 5203 COOL BROOK ROAD, LOUISVILLE, KY 40291-1505

10925   MARTIN PRODUCTS CORP, CASTNER LAW OFFICE STEPHEN CASTNER, 1850 NINTH AVE, PO BOX 164, GRAFTON, WI 53024-0164

10925   MARTIN PRODUCTS CORP, MARTY WOLF, 815 BEECH ST, GRAFTON, WI 53024

10925   MARTIN R RAJKOVICH, PO BOX 189, HOLLISTER, CA 95024-0189

10925   MARTIN RAJKOVICH TR UA NOV 4 92, THE MARTIN RAJKOVICH 1992, REVOCABLE TRUST, PO BOX 189, HOLLISTER, CA 95024-0189

10924   MARTIN READY MIX, 1000 BROADWAY, MARTIN, TN 38237

10924   MARTIN READY MIX, ATTN:  ACCOUNTS PAYABLE, MARTIN, TN 38237

10925   MARTIN RESOURCES INC, PO BOX 191, KILGORE, TX 75663

10925   MARTIN RESOURCES INC., 4200 STONE ROAD, KILGORE, TX 15662

10925   MARTIN ROOMES, 10421 SW 164TH ST, MIAMI, FL 33157

10925   MARTIN ROSENBERG &, DINA ROSENBERG JT TEN, 18950 CONCERTO DRIVE, BOCA RATON, FL 33498-4869

10925   MARTIN ROTH &, PHYLLIS B ROTH JT TEN, 186 VAN SAUN DR, RIVER EDGE, NJ 07661-1714

10925   MARTIN RUDNICK JR., PO BOX 337, DREXEL HILL, PA 19026

10925   MARTIN S HAGENSON &, NETTIE MAE HAGENSON TR, 03 03 98, HAGENSON FAMILY TRUST, 3005 RICHARDSON, BUTTE, MT 59701-4043

10925   MARTIN STEIN, ARTILLERY LANE, SCARSDALE, NY 10583

10925   MARTIN STEINBERG, C/O MERIT BIAS, 133 W 21ST ST, NEW YORK, NY 10011-3213

10925   MARTIN W DALE, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   MARTIN WAREHOUSE & DISTRIBUTION, PO BOX 30877, HONOLULU, HI 96820

10925   MARTIN, A, C/O C BOARDMAND WR GRACE & CO, 55 HAYDEN AVE LEXINGTON, MA 02173

10925   MARTIN, AARON, 261 CHAMBLIN ST, WOODRUFF, SC 29388

10925   MARTIN, ALAN, 711 BLAKE DAIRY ROAD, BELTON, SC 29627

10925   MARTIN, ALWYN, 614 S WOODSTOCK ST, ARLINGTON, VA 22204

10925   MARTIN, AMIE, 3522 EAST LAKE DR., SHREVEPORT, LA 71105

10925   MARTIN, ANDREA, 13 EAST HIGH ST, 3, BOUND BROOK, NJ 08805

10925   MARTIN, ANN, 356 WILLOW LANE, ELLENTON, FL 34222

10925   MARTIN, ANNE, 626 VASSAR ROAD, WENONAH, NJ 08090

10925   MARTIN, BARBARA, 39-65 52ND ST #6F, WOODSIDE, NY 11377

10925   MARTIN, BERNARD, 6159 ST RT 514, LAKEVILLE, OH 44638

10925   MARTIN, BILLY, 11208 WEST 6TH, PO BOX 463, COOPER, TX 75432

10925   MARTIN, BILLY, 4511 ROSEVINE PL #11, CHARLOTTE, NC 28217

10925   MARTIN, BILLY, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   MARTIN, BILLY, 8878 EAST CARROLL RD, WINSTON, GA 30187

10925   MARTIN, BOBBY, 130 ST. ANTHONY ST., RACELAND, LA 70394

10925   MARTIN, BONNIE, 618 RABUN CHURCH RD, GRAY COURT, SC 29645

10925   MARTIN, BRENT, 9244 BROOKHURST DR., BIRMINGHAM, AL 35235

10925   MARTIN, BRIAN, 2 VALLEY RIDGE COURT, TIMONIUM, MD 21093

10925   MARTIN, BRIAN, 7500 GRACE DR., COLUMBIA, MD 21044

10925   MARTIN, BRUCE, 23545 PINE LAKE ST, LAND O LAKES, FL 34639

10925   MARTIN, CARL, 627 W PEAR ST, LAKELAND, FL 33801-1437

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARTIN, CAROL, 947 FULLER ROAD, WICHITA FALLS, TX 76310

10925   MARTIN, CATHERINE, 11430 TOWNSHIP RD 259, MILLERSBURG, OH 44654

10925   MARTIN, CATHI, 1206 BRIAR HOLLOW, HUNTSVILLE, AL 35802

10925   MARTIN, CECIL, 426 ROWLAND LANE, TOMPKINSVILLE, KY 42167

10925   MARTIN, CHARLES, 9018 BONNYVIEW DRIVE, HOUSTON, TX 77095-3741

10925   MARTIN, CHARLOTTE, PO BOX 1377, SHALLOWATER, TX 79363

10925   MARTIN, CHERYL, RR, RICHLAND CENTER, WI 53581

10925   MARTIN, CHRISTOPHER, 140 OAK HAVEN PATH, ROCKMART, GA 30153

10925   MARTIN, CHURCHILL, BLAIR HILL COLE, 500 N. MARKET, WICHITA, KS 67214

10925   MARTIN, CLARENCE, 615 CHESTNUT AVE RM 368, TOWSON, MD 21204

10925   MARTIN, CLINTON, PO BOX 835, RINGLING, OK 73456

10925   MARTIN, CYNTHIA, 18 EAST DUNSTABLE ROAD, NASHUA, NH 03060

10925   MARTIN, DALE, 586 KIMBER RD, WOOSTER, OH 44691

10925   MARTIN, DANA, 1201 PLEASANT ST, CANTON, MA 02021

10925   MARTIN, DANA, 4398 BROOKSIDE DRIVE, HEMET, CA 92343

10925   MARTIN, DANNY, PO BOX 3041, BROOKHAVEN, MS 39601

10925   MARTIN, DANNY, RT. 1, BOX 140, LIBERAL, KS 67901

10925   MARTIN, DARRELL, PO BOX 1142, PORT BARRE, LA 70577

10925   MARTIN, DARRYL, 314 PLAISANCE DRIVE, RACELAND, LA 70394

10925   MARTIN, DARRYL, 319 PLAISANCE DRIVE, RACELAND,, LA 70394

10925   MARTIN, DAVID, 12 SUNSET TERRACE, CARTERSVILLE, GA 30120

10925   MARTIN, DAVID, 511 ALCOTT DR. APT. 11-C, COLUMBIA, SC 29203

10925   MARTIN, DAVID, RT 4 8550 HWY FF, ST JOSEPH, MO 64507

10925   MARTIN, DEBORAH, 5450 BOCA BAY, FORT WORTH, TX 76112

10925   MARTIN, DEBORAH, PO BOX 12, PARKIN, AR 72373

10925   MARTIN, DESSIE, ROUTE 1 BOX 1850, JEFFERSON, GA 30549

10925   MARTIN, DIANNE, ROUTE 3 BOX 508, COMMERCE, GA 30529

10925   MARTIN, DIDIER, 2844 ANNANDALE RD #315, FALLS CHURCH, VA 22042

10925   MARTIN, DONALD, 1405 SOUTH PARKERSON AVE., CROWLEY, LA 70526

10925   MARTIN, DONALD, 141 TERRACE DRIVE, INDEPENDENCE, IA 50644

10925   MARTIN, DONALD, 18 BURNT MILLS ROAD, GOOSE CREEK, SC 29445

10925   MARTIN, DONALD, 3118 ALLEGHENY AVE, D, COLUMBUS, OH 43209-3602

10925   MARTIN, DONNELL, 14839 ROBINSON ST, OVERLAND PARK, KS 66223

10925   MARTIN, DOREEN, 324 WOODS RD, BELLE MEAD, NJ 08502

10925   MARTIN, DORENE, 2719 TIDEWATER, HOUSTON, TX 77045

10925   MARTIN, DOUGLAS, 158 CHASE AVE, BECKLEY, WV 25801

10925   MARTIN, DOUGLAS, 201 BENNETT ST, COMMERCE, GA 30529

10925   MARTIN, EARL, ROUTE 2 BOX 103A, ALAMO, GA 30411

10925   MARTIN, EDDIE, 408 PINEHURST DRIVE, LAKELAND, FL 33801-2866

10925   MARTIN, EDWARD, 783 WASHINGTON ST #3, BROOKLINE, MA 02446

10925   MARTIN, ELEANOR, 118-C BUCKINGHAM DRIVE LEISURE VILLAGE, LAKEWOOD, NJ 08701-6241

10925   MARTIN, ELIZABETH, ROUTE 1 BOX 1888, JEFFERSON, GA 30549

10925   MARTIN, ERIC A, 5844 BROUSE AVE, INDIANAPOLIS, IN 46220-2837

10925   MARTIN, ERIC, RT 1 BOX 1178, TENNILLE, GA 31089

10925   MARTIN, ERNEST, 14 RIP VAN WINKLE CIR, WARWICK, RI 02886

10925   MARTIN, ESQ, MICHAEL, 633 WASHINGTON ROAD, PITTSBURGH, PA 15228-1978

10925   MARTIN, FLORENCE, PO BOX 263, LAKE VILLAGE, IN 46349-0263

10925   MARTIN, FREDDIE, 3254 GOLDENCHAIN, LITHONIA, GA 30058

10925   MARTIN, FREDDIE, BOX 114, POCASSET, OK 73079

10925   MARTIN, FREDERICK, 130-21 SUSSEX CLB. DR., ATHENS, GA 30606

10925   MARTIN, GEORGE W, 7537 FAIRWOOD LANE, FALLS CHURCH, VA 22046-1920

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARTIN, GLORIA, 3100 RIVERSIDE DR APT 333, LOS ANGELES, CA 90027 | |
| 10925 | MARTIN, GREGORY, 771 NEW HOPE CHURCH RD, FOXWORTH, MS 39483 | |
| 10925 | MARTIN, HAROLD, 3519 PINEDALE DR, LAKELAND, FL 33811 | |
| 10925 | MARTIN, HARRY, 5136 SHELL CREEK DRIVE, FORT WORTH, TX 76137 | |
| 10925 | MARTIN, HELEN, 5300 NW LOOP 410, SAN ANTONIO, TX 78229 | |
| 10925 | MARTIN, HERBERT, PO BOX 364, ADAMS, MA 01220 | |
| 10925 | MARTIN, HOLLY, 2643 S.E. GRAND DR, PT. ST. LUCIE, FL 34952 | |
| 10925 | MARTIN, HOLLY, RT. 1, BOX 139, MONTICELLO, SC 29065 | |
| 10925 | MARTIN, J, 111 ARDEN ST EAST, GREENVILLE, SC 29607 | |
| 10925 | MARTIN, J, 4102 WHITFORD CIRCLE #308, GLEN ALLEN, VA 23060 | |
| 10925 | MARTIN, J, PO BOX 146 CROSS ANCHOR SC, CROSS ANCHOR, SC 29331 | |
| 10925 | MARTIN, JAMES, 1323 OAKENGATE, HOUSTON, TX 77015 | |
| 10925 | MARTIN, JAMES, 207 GARDENIA DR, GREENVILLE, SC 29611 | |
| 10925 | MARTIN, JAMES, 3227 PHELPS LANE, BALTIMORE, MD 21229 | |
| 10925 | MARTIN, JAMES, 3500 LIBAL ST, GREEN BAY, WI 54301 | |
| 10925 | MARTIN, JAMES, 531 SUNRISE LA, GREEN BAY, WI 54301 | |
| 10925 | MARTIN, JANICE, 6 PARTHENON CIRCLE, ANDOVER, MA 01810 | |
| 10925 | MARTIN, JANICE, 618 CARMEL RD, BELEN NM, NM 87002 | |
| 10925 | MARTIN, JASON, 107 EVERGREEN DR, CLEMSON, SC 29631 | |
| 10925 | MARTIN, JASON, 4270 UT FARM ROAD, LOUISVILLE, TN 37777 | |
| 10925 | MARTIN, JEFF, 1376 DODGE ST, WARREN, OH 44485 | |
| 10925 | MARTIN, JEFFREY, 2 VALLEY RIDGE CT, TIMONIUM, MD 21093 | |
| 10925 | MARTIN, JENNY, 220 ELM ST APT 524, CLEMSON, SC 29631 | |
| 10925 | MARTIN, JERI, POST OFFICE BOX 1770, SPARKS, NV 89431 | |
| 10925 | MARTIN, JOAN, 58 WORCESTER ST, TAUNTON, MA 02780 | |
| 10925 | MARTIN, JOANNE, 426 TRAPELO ROAD, BELMONT, MA 02178 | |
| 10925 | MARTIN, JOANNE, 8913 HWY 23, BELLE CHASSE, LA 70037 | |
| 10925 | MARTIN, JOHN E, 1912 HIGH RIDGE DRIVE, BLACKSBURG, VA 24060-8554 | |
| 10925 | MARTIN, JOHN, 1302 E BROADWAY, 337, PEARLAND, TX 77581 | |
| 10925 | MARTIN, JOHN, 1723 OPAL ST, JEFFERSON CITY, TN 37760 | |
| 10925 | MARTIN, JOHN, 256 BAY ROAD, EASTOW, MA 02356 | |
| 10925 | MARTIN, JOHN, 256 BAY ROAD, FIVE CORNERS, MA 02356 | |
| 10925 | MARTIN, JOHN, 4741 TR 257, MILLERSBURG, OH 44654 | |
| 10925 | MARTIN, JOSEPH, 1901 JENNIFER LANE, FINDLAY, OH 45840 | |
| 10925 | MARTIN, JOSEPH, 3326 FREEMONT ST, LAURELDALE, PA 19605 | |
| 10925 | MARTIN, JOSEPH, 3326 FREEMONT ST., LAURELDALE, PA 19605 | |
| 10925 | MARTIN, JOSEPH, PO BOX 4, ENOREE, SC 29335 | |
| 10925 | MARTIN, JOSEPHINE EB, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487-3521 | |
| 10925 | MARTIN, JOSEPHINE, 13 BENT WATER CIRCLE, BOYNTON BEACH, FL 33426 | |
| 10925 | MARTIN, JR, JIMMY, 4414 NORFEN ROAD, BALTIMORE, MD 21227 | |
| 10925 | MARTIN, JR, RALPH, PO BOX 184, BALDWIN, LA 70514 | |
| 10925 | MARTIN, J-RICHARD, 889 S PRECINCT ST, E TAUNTON, MA 02718 | |
| 10925 | MARTIN, JUDITH, 4810 TWP RD 305, MILLERSBURG, OH 44654 | |
| 10925 | MARTIN, JUDY, 125 COTTONWOOD DR, MYRTLE BEACH, SC 29577 | |
| 10925 | MARTIN, JUSTIN, PO BOX 673, BURKBURNETT, TX 76354 | |
| 10925 | MARTIN, KAREN, 1440 CORBETT AVE, CONWAY, SC 29526 | |
| 10925 | MARTIN, KAREN, BOX 211, CADDOMILLS, TX 75135 | |
| 10925 | MARTIN, KATHERINE, 16930 PAINT ROCK, FRIENDSWOOD, TX 77546 | |
| 10925 | MARTIN, KENNETH, 2108 W. GIDDINGS, CHICAGO, IL 60625-1402 | |
| 10925 | MARTIN, KENNETH, 265 SUNRISE DRIVE, WALHALLA, SC 29691 | |
| 10925 | MARTIN, KEVIN, 84 PENDLETON LANE, LONDONDERRY, NH 03053 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARTIN, KIMBERLY, 5420 RIVERDALE RD H2, COLLEGE PARK, GA 30349 | |
| 10925 | MARTIN, KIMBERLY, PO BOX 86, CONNELLY SPRINGS, NC 28612 | |
| 10925 | MARTIN, KIRK, 1013 LANELLE, IOWA PARK, TX 76367 | |
| 10925 | MARTIN, KRISTEN, 2762 POWHATAN DR, SUMTER, SC 29150 | |
| 10925 | MARTIN, LARRY, ROUTE 3, BOX 223, MAGEE, MS 39111 | |
| 10925 | MARTIN, LAURA, 3362 THRUSTON DERMONT RD, OWENSBORO, KY 42303 | |
| 10925 | MARTIN, LAUREN, 3773 PLUM SPRING LAN, ELLICOTT CITY, MD 21043 | |
| 10925 | MARTIN, LEO, 17 HUTCHINSON ST, NASHUA, NH 03060 | |
| 10925 | MARTIN, LES, PO BOX 346, WEBSTER, NC 28788 | |
| 10925 | MARTIN, LESTER, 1023 LAFOURCHE ST, LOCKPORT, LA 70374 | |
| 10925 | MARTIN, LESTER, 7227 BALTIMORE, KANSAS CITY, MO 64114 | |
| 10925 | MARTIN, LIONEL, 577 W. DOERR PATH, HERNANDO, FL 34442 | |
| 10925 | MARTIN, LISA, 496 MC ELDERRY RD, MUNFORD, AL 36268 | |
| 10925 | MARTIN, LORI, 7740 FOWLER, RENO, NV 89502 | |
| 10925 | MARTIN, LORRAINE, 5130 FORREST ACRES, RICHMOND, VA 23237 | |
| 10925 | MARTIN, LOUIS, 8130 WHITES CRK PIKE, JOELTON, TN 37080 | |
| 10925 | MARTIN, M, 1519 NOLANA APT C, MCALLEN, TX 78504 | |
| 10925 | MARTIN, MALCOLM, SRD 624 DOUGLAS AVE # 1416, ALTAMONTE SPRINGS, FL 32714 | |
| 10925 | MARTIN, MANDRILL, 1105 MARTIN DR, GREER, SC 29651 | |
| 10925 | MARTIN, MANUEL, 58 WORCESTER ST, TAUNTON, MA 02780 | |
| 10925 | MARTIN, MANYA, 823 LOST CREEK CIR, STONE MOUNTAIN, GA 30088 | |
| 10925 | MARTIN, MARCIE, 339 WALNUT ST, THOMSON, GA 30824 | |
| 10925 | MARTIN, MARGARET L, 2412 131ST PLACE NE, BELLEVUE, WA 98005-1745 | |
| 10925 | MARTIN, MARGARET, 285 RIVER AVE, LAKEWOOD, NJ 08701 | |
| 10925 | MARTIN, MARGARET, PO BOX 675 HWY 48, ROANOKE RAPIDS, NC 27870 | |
| 10925 | MARTIN, MARILEE, 5445 SORRENTO H, LONG BEACH, CA 90803 | |
| 10925 | MARTIN, MARY, 440 N MCCLURG CT, CHICAGO, IL 60611 | |
| 10925 | MARTIN, MARY, 581 MAIN ST, WOBURN, MA 01801 | |
| 10925 | MARTIN, MARY, 7064-301 DUCKETTS LN, BALTIMORE, MD 21227 | |
| 10925 | MARTIN, MARYLOU, 304 SINCLAIR AVE., #, GLENDALE, CA 91206 | |
| 10925 | MARTIN, MARYLOW, 304 SINCLAIR AVE., #, GLENDALE, CA 91206 | |
| 10925 | MARTIN, MATTHEW, 6620 S. 33RD STREEET, MCALLEN, TX 78503 | |
| 10925 | MARTIN, MAUREEN, 6 FREDS CIRCLE, DRACUT, MA 01826 | |
| 10925 | MARTIN, MAXIE, 2613 BELLE PLACE, NEW IBERIA, LA 70560 | |
| 10925 | MARTIN, MELISSA, 3875 N. MAJOR #110, BEAUMONT, TX 77713 | |
| 10925 | MARTIN, MELODY, ROUTE 6 BOX 189, COMMERCE, GA 30529 | |
| 10925 | MARTIN, MICHAEL, 11890 LOCH LOMAND RD, MIDDLETOWN, CA 95461 | |
| 10925 | MARTIN, MICHAEL, 5876 CARROLLTON AVE, INDIANAPOLIS, IN 46220 | |
| 10925 | MARTIN, MICHAEL, 7368 BIRDIE VIEW LN, OCONTO, WI 54153 | |
| 10925 | MARTIN, MICHAEL, PO BOX 351, MINDEN, WV 25879 | |
| 10925 | MARTIN, MICHAEL, PO BOX 935, LAKE ARTHUR, LA 70549 | |
| 10925 | MARTIN, MILFORD, 218 WISCONSIN ST, DARLINGTON, WI 53530 | |
| 10925 | MARTIN, MIRIAM, 5275 S W 133 CRT DR, MIAMI, FL 33175 | |
| 10925 | MARTIN, MONICA, 6302 LEGEND LANE #7, INDIANAPOLIS, IN 46254 | |
| 10925 | MARTIN, MR, PO BOX 606, EAST TAUNTON, MA 02718 | |
| 10925 | MARTIN, NADIER, 12151 I-10 SER. RD., APT. #313, NEW OLREANS, LA 70128 | |
| 10925 | MARTIN, NATOSHUA, 2416 EAST 53RD ST, KANSAS CITY, MO 64130 | |
| 10925 | MARTIN, NELSON, BOX 25, DRUMRIGHT, OK 74030 | |
| 10925 | MARTIN, NELSON, BOX 574, DRUMRIGHT, OK 74030 | |
| 10925 | MARTIN, NINA, 48 BERRYWOOD LANE, S HAMILTON, MA 01982 | |
| 10925 | MARTIN, PATRICIA, 1532 RIDGEWAY CH RD, COMMERCE, GA 30529 | |

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MARTIN, PATRICIA, 271 PHELAND AVE, SPRINGFIELD, MA 01109

10925   MARTIN, PATRICIA, 4609 MISTY VALLEY, WICHITA FALLS, TX 76310

10925   MARTIN, PATRICK, 3950 TURNPIKE DR. #11, WESTMINSTER, CO 80230

10925   MARTIN, PATSEY, PO BOX 51573, LAFAYETTE, LA 70505

10925   MARTIN, PAUL, 4474 MERLIN CR, DOUGLASVILLE, GA 30134

10925   MARTIN, PAULA, 19A MINORU ST, SMITHFIELD, RI 02917

10925   MARTIN, PETER B, 3080 CANTERBURY DRIVE, BOCA RATON, FL 33434

10925   MARTIN, PETER, 18 CANTERBURY LANE, SUMMIT, NJ 07901

10925   MARTIN, PHILLIP, RT. 3 BOX 217B, YOUNGSVILLE, LA 70592

10925   MARTIN, RAY, RT. 1, BOX 11, LAKE ARTHUR, LA 70549

10925   MARTIN, RENA, 2827 CAPERTON, WEST, SPORT, LA 71109

10925   MARTIN, RENEE, 1300 OKLND RD NE#1702, CEDAR RAPIDS, IA 52402

10925   MARTIN, REX, 54 MILLERSBURG ST, NASHVILLE, OH 44661

10925   MARTIN, RICHARD, 15 SOUTHWOOD DRIVE, PAINESVILLE TWP, OH 44077

10925   MARTIN, RICHARD, 2729 SOUTHLAND ST SW, CEDAR RAPIDS, IA 52404

10925   MARTIN, RICHARD, 3110 EASTHILL DRIVE, BETHLEHEM, PA 18017

10925   MARTIN, RICHARD, 9 MAIDSTONE DR, MERRIMACK, NH 03054

10925   MARTIN, RICKY, PO BOX 110, RANDLETT, OK 73562

10925   MARTIN, RICKY, RT #3 BOX 185D, PRESCOTT, AR 71857

10925   MARTIN, ROBERT R, 6611 MEADOWRIDGE LN., LAKE CHARLES, LA 70605

10925   MARTIN, ROBERT, 11754 REMMETT ST, CHATSWORTH, CA 91340

10925   MARTIN, ROBERT, 6611 MEADOW RIDGE LA, LAKE CHARLES, LA 70605

10925   MARTIN, ROBERT, KNAPP ROAD, POUND RIDGE, NY 10576

10925   MARTIN, ROGER, 423 WOODVILLE RD, PELZER, SC 29669

10925   MARTIN, ROGER, BOX 821, CRAIG, CO 81626

10925   MARTIN, ROGER, RT. 1 BOX 545, ANACOCO, LA 71403

10925   MARTIN, RONALD, 302 W. HARBISON AVE, INDIANAPOLIS, IN 46219

10925   MARTIN, ROSALIE, 8003 GERMANTOWN AVE, PHILADELPHIA, PA 19118

10925   MARTIN, ROSE, 1735 ROCKBRIDGE RD, CONYERS, GA 30207

10925   MARTIN, ROSE, 422 PLEASANT ST, BELMONT, MA 02178

10925   MARTIN, ROY, 12823 HILL DRIVE, 3, CRESTWOOD, IL 60445

10925   MARTIN, RUBY, 6159 ST RT 514, LAKEVILLE, OH 44638

10925   MARTIN, SAMANTHA, 3326 FREEMONT ST, LAURELDALE, PA 19605

10925   MARTIN, SANDRA, 113 SOUTH LOCUST ST, MOMENCE, IL 60954

10925   MARTIN, SCOTT, 1312 SUNRAY LN, GREEN BAY, WI 54313

10925   MARTIN, SCOTT, 817 NASON ST, SANTA ROSA, CA 95404

10925   MARTIN, SEAN, 4 SUNFLOWER LANE, NASHUA, NH 03063

10925   MARTIN, SEAN, 9 TIMBER RIDGE, BALLWIN, MO 63011

10925   MARTIN, SHANE, 578 MANET TERRACE, SUNNYVALE, CA 94087

10925   MARTIN, STEPHEN, 3202 WRIGHTSBORO, AUGUSTA, GA 30909

10925   MARTIN, STEPHEN, 4084 MISSISSIPPI ST, SAN DIEGO, CA 92104

10925   MARTIN, STEVEN, 13826 KAMLOOPS, ARLETA, CA 91331

10925   MARTIN, SUSAN AGRIMSO, 3784 STONE PASS, OREGON, WI 53575

10925   MARTIN, SUSAN, 318 TALL PINES RD, FOUNTAIN INN, SC 29644

10925   MARTIN, SUZANNE, 89 A THOMPSON ST, RARITAN, NJ 08869

10925   MARTIN, SYLVIA, 146 LIVINGSTON ST, NORTHVALE, NJ 07647

10925   MARTIN, THOMAS, 808 YVETTE DRIVE, FOREST HILL, MD 21050

10925   MARTIN, THREASHA, 1729 BARNESMILL RD, RICHMOND, KY 40475

10925   MARTIN, TONYA, 302 JONESVILLE RD #D4, SIMPSONVILLE, SC 29681

10925   MARTIN, VIKKI, 718 N. MC GEE, BORGER, TX 79007

10925   MARTIN, VIVIAN, 2729 SOUTHLAND ST SW, CEDAR RAPIDS, IA 52404

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MARTIN, WARREN, 138 RABUN CHURCH ROAD, GRAY COURT, SC 29645 | |
| 10925 | MARTIN, WARREN, 4 RIVERTON COURT, GREER, SC 29650 | |
| 10925 | MARTIN, WAYNE, 6 FREDS CIRCLE, DRACUT, MA 01826 | |
| 10925 | MARTIN, WILLIAM, 12056 HWY COUNTY TRUNK P, PRAIRIE DU CHIE, WI 53821 | |
| 10925 | MARTIN, WILLIAM, 638 GEORGETOWN-LNESVL RD, GEORGETOWN, IN 47122-9998 | |
| 10925 | MARTIN, WILLIAM, RT 1 BOX 149, BLAIR, SC 29015 | |
| 10925 | MARTIN, ZANE, 423 TONEY CREEK RD, BELTON, SC 29627 | |
| 10924 | MARTIN/ F WEBER COMPANY, 4444 LAWTON AVE, DETROIT, MI 48206 | |
| 10924 | MARTIN/F. WEBER CO., 2727 SOUTHAMPTON ROAD, PHILADELPHIA, PA 19154 | |
| 10925 | MARTINA, DONAGHY, 301 EAST 73RD ST, NEW YORK, NY 10021 | |
| 10925 | MARTINASEK, M, 3722 TIGEREYE COURT, MULBERRY, FL 33860 | |
| 10925 | MARTINDALE, PATRICIA, 8210 PARKS SCHOOL RD, PRINCEVILLE, IL 61559 | |
| 10925 | MARTINDALE-HUBBELL, 121 CHANLON ROAD, NEW PROVIDENCE, NJ 07974 | |
| 10925 | MARTINDALE-HUBBELL, PO BOX 7247-0292, PHILADELPHIA, PA 19170-0292 | |
| 10925 | MARTINDALE-HUBBELL, PO BOX 7247-8333, PHILADELPHIA, PA 19170-8333 | |
| 10925 | MARTINE VAN DE VELDE, 8 ROSANO ROAD, STAMFORD, CT 06905 | |
| 10925 | MARTINEAU, JOHN, RR#3 BOX 288 A., CARTERVILLE, IL 62918 | |
| 10925 | MARTINEAU, TODD, 2132 GABLES WAY NE, ATLANTA, GA 30329 | |
| 10925 | MARTINEK, BARBARA, 288 BUCKS POINT RD, LAURENS, SC 29360 | |
| 10925 | MARTINELL, BRIAN, 4025 STATE RD 78, MT HOREB, WI 53572 | |
| 10925 | MARTINES, GUILLERMO, 5820 32ND AVE, HYATTSVILLE, MD 20782 | |
| 10925 | MARTINES, ORLETA, 4345 RIVERBEND LANE, Q, RIVERSIDE, CA 92509 | |
| 10925 | MARTINEZ JR, JOSE, 7505 HEMLOCK ST, CRYSTAL LAKE, IL 60014-8126 | |
| 10925 | MARTINEZ JR., IRWIN, 817 W 8TH DR, CRAIG, CO 81625 | |
| 10925 | MARTINEZ JR., JESUS, 1109 W,WELLINGTON AV, CHICAGO, IL 60657 | |
| 10925 | MARTINEZ, ADRIA, RES. MNUELA PEREZ, RIO PIEDRAS, PR 00923 | |
| 10925 | MARTINEZ, AGNES, CALLE 14 #16, PONCE, PR 00731 | |
| 10925 | MARTINEZ, ALFONSO, PO BOX 455, WINTER HAVEN, FL 33882 | |
| 10925 | MARTINEZ, ALFRED, 110 POPPY, SAN ANTONIO, TX 78203 | |
| 10925 | MARTINEZ, ANA, COND PLAZA DEL PARQ, TRUJILLO ALTO, PR 00976 | |
| 10925 | MARTINEZ, ARTHUR, 7617 DELIA AVE, SUN VALLEY, CA 91352 | |
| 10925 | MARTINEZ, BEN, 1316 THORPE, ROCK SPRINGS, WY 82901 | |
| 10925 | MARTINEZ, BENJAMIN, POBX 2316, PERTH AMBOY, NJ 08862 | |
| 10925 | MARTINEZ, BERTHA, 311 LINDEN AVE, SAN ANTONIO, TX 78211 | |
| 10925 | MARTINEZ, CALIXTO, 13821 HAWTHORNE WAY, B, HAWTHORNE, CA 90250 | |
| 10925 | MARTINEZ, CARLOS, 1328 48TH ST, LUBBOCK, TX 79412 | |
| 10925 | MARTINEZ, CARLOS, 2306 MERRILL, SNYDER, TX 79549 | |
| 10925 | MARTINEZ, CARMEN, 319 NORTH 10TH ST, READING, PA 19604 | |
| 10925 | MARTINEZ, CAROL, 3720 NASHVILLE, EL PASO, TX 79930 | |
| 10925 | MARTINEZ, CAROLE, 7617 DELIA AVE, SUN VALLEY, CA 91352 | |
| 10925 | MARTINEZ, CASEY, 1307 HEILAND CIRCLE, AZTEC, NM 87410 | |
| 10925 | MARTINEZ, CASSIE, BOX 42-A, MATHEWS, LA 70375 | |
| 10925 | MARTINEZ, CECILIA, 742 WAGONWHEEL CIRCL, BREA, CA 92621 | |
| 10925 | MARTINEZ, CHARLES, 200 SOMERSET PL, CARROLLTON, GA 30117 | |
| 10925 | MARTINEZ, CHRISTINA, 4332 CONGRESS #205, DALLAS, TX 75219 | |
| 10925 | MARTINEZ, CINDY, 23230 SESAME ST #10-H, TORRANCE, CA 90502-0000 | |
| 10925 | MARTINEZ, CODY, BOX 42 A, MATHEWS, LA 70375 | |
| 10925 | MARTINEZ, CONRADO, 1015 7TH AVE. EAST, BRADENTON, FL 34208 | |
| 10925 | MARTINEZ, CYNTHIA, 1511 SHANNON RD, ALEXADRIA, LA 71301 | |
| 10925 | MARTINEZ, CYNTHIA, 6115 RIDGE ARBOR, SAN ANTONIO, TX 78250 | |
| 10925 | MARTINEZ, DAISY, 120 S 3RD ST APT 206, READING, PA 19602 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARTINEZ, DANETTE, 6915 INDIAN LAKE, SAN ANTONIO, TX 78244 | |
| 10925 | MARTINEZ, DANNY, 3500 WEBER, FORT WORTH, TX 76106 | |
| 10925 | MARTINEZ, DARIOS, 1451 PARROLE ST #207, WASHINGTON, DC 20010 | |
| 10925 | MARTINEZ, DAVID, 615 RICE DRIVE, ANDREWS, TX 79714 | |
| 10925 | MARTINEZ, DELMA, BOX 1335 WT STATION, CANYON, TX 79016 | |
| 10925 | MARTINEZ, DONNA, 2208 MINERVA, WESTLAND, MI 48185 | |
| 10925 | MARTINEZ, EDUARDO, RT. 11 BOX 101X16, MISSION, TX 78572 | |
| 10925 | MARTINEZ, ELBA, 331 W LEHIGH ST, BETHLEHEM, PA 18018 | |
| 10925 | MARTINEZ, ELBA, 418 CHESTNUT ST, WEST READING, PA 19611 | |
| 10925 | MARTINEZ, ELENA, 16711 S. FIGUEROA ST, 10, GARDENA, CA 90248 | |
| 10925 | MARTINEZ, ELIAS, 2913 CHESTER DRIVE, PEARLAND, TX 77584 | |
| 10925 | MARTINEZ, ELOY, 59 MAGAZINE ST APT 25, CAMBRIDGE, MA 02139 | |
| 10925 | MARTINEZ, ELOY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MARTINEZ, ELVIA, 8012 SUN DIAL CT, EL PASO, TX 79915 | |
| 10925 | MARTINEZ, ENRIQUE, 1912 N. 25TH ST, MCALLEN, TX 78501 | |
| 10925 | MARTINEZ, ERALDO, 5307 ROOSEVELT, SAN ANTONIO, TX 78214 | |
| 10925 | MARTINEZ, ERIC, 705 ATLANTIC, CORPUS CHRISTI, TX 78404 | |
| 10925 | MARTINEZ, ERLINDA, 3601 S. JACKSON, AMARILLO, TX 79110 | |
| 10925 | MARTINEZ, FLORENCE, 2145 W 16TH ST, LONG BEACH, CA 90813 | |
| 10925 | MARTINEZ, FLOYD, 3417 ROSEMARY LN., BAKERSFIELD, CA 93309 | |
| 10925 | MARTINEZ, FREDDIE, 919 S. AVE K, HEREFORD, TX 79045 | |
| 10925 | MARTINEZ, GERARDO, 2146 OJEMAN, HOUSTON, TX 77080 | |
| 10925 | MARTINEZ, GIL, 6805 N. 16TH ST., MCALLEN, TX 78503 | |
| 10925 | MARTINEZ, GLENDA, RR #6, BOX 11283, RIO PIEDRAS, PR 00928 | |
| 10925 | MARTINEZ, GRACIELA, 2909 DAYTONA, MCALLEN, TX 78501 | |
| 10925 | MARTINEZ, GUADENCIO, 5200 SHACKLEFORD, FORT WORTH, TX 76119 | |
| 10925 | MARTINEZ, HECTOR, 3261 HARRISON AVE, CAMDEN, NJ 08105 | |
| 10925 | MARTINEZ, HECTOR, 880 KING DAVID, EAGLE PASS, TX 78852 | |
| 10925 | MARTINEZ, HELLEN, URB ALTURAS DE MAYAG, MAYAGUEZ, PR 00680 | |
| 10925 | MARTINEZ, HORTENCIA, 6209 I 40 W.APT 162, AMARILLO, TX 79106 | |
| 10925 | MARTINEZ, HORTENCIA, RT.3 BOX 290, MISSION, TX 78572 | |
| 10925 | MARTINEZ, IGNACIO, 2214 W. TRAVIS, SAN ANTONIO, TX 78207 | |
| 10925 | MARTINEZ, IGNACIO, 2602 NW 19TH ST, FORT WORTH, TX 76106 | |
| 10925 | MARTINEZ, IRMA, 338 E 130TH, LOS ANGELES, CA 90061 | |
| 10925 | MARTINEZ, JANICE, 657 N SMOKEY DRIVE, SPRING CREEK, NV 89815 | |
| 10925 | MARTINEZ, JESUS, 5765 MEADOWOOD DRIVE, MADISON, WI 53711 | |
| 10925 | MARTINEZ, JOE, 2107 MARIPOSA LANE APT 222, ARLINGTON, TX 76010 | |
| 10925 | MARTINEZ, JOE, 7930 CREPE MYRTLE, PEARLAND, TX 77584 | |
| 10925 | MARTINEZ, JOHN, 8280 CEDAR BLVD, NEWARK, CA 94560 | |
| 10925 | MARTINEZ, JOHNNY, 435 WEST FOSTER ST, 25, APPLETON, WI 54915 | |
| 10925 | MARTINEZ, JOSE, 1624 TERALL, FT WORTH, TX 76104 | |
| 10925 | MARTINEZ, JOSE, 4721 LAFAYETTE AVE, CAMDEN, NJ 08109 | |
| 10925 | MARTINEZ, JOSE, 504 W. DIVISION ST, SPRINGFIELD, MO 65803 | |
| 10925 | MARTINEZ, JOSE, 56 NYE ST, NEW BEDFORD, MA 02746 | |
| 10925 | MARTINEZ, JOSE, 8607 JONES, SAN ANTONIO, TX 78216 | |
| 10925 | MARTINEZ, JOSE, ROUTE 31 BOX 220A, SAN ANTONIO, TX 78221 | |
| 10925 | MARTINEZ, JOSHUA, 1125 W6TH BLDG. 1 #12, CRAIG, CO 81625 | |
| 10925 | MARTINEZ, JUAN, 101 KILT ST., VICTORIA, TX 77904 | |
| 10925 | MARTINEZ, JUAN, 115 N.ELM, HOBBS, NM 88240 | |
| 10925 | MARTINEZ, JUAN, 3111 ELM ST, FORT WORTH, TX 76106 | |
| 10925 | MARTINEZ, JUANITA, 13547 BERT HARTE, SAN ANTONIO, TX 78217 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARTINEZ, JUANITA, 621 AUSTIN ST., GRAND PRARIE, TX 75050

10925   MARTINEZ, JULIAN, 200 P ST NW #23, WASHINGTON, DC 20001

10925   MARTINEZ, JULIAN, PO BOX 583, WALSENBURG, CO 81089-0583

10925   MARTINEZ, JULIE, 6119 CIRCLE R RD E, FT WORTH, TX 76140

10925   MARTINEZ, KIM, 3400 NE PKWY, SAN ANTONIO, TX 78218

10925   MARTINEZ, KIM, 708 MEADOW ARBOR, UNIVERSAL CITY, TX 78148

10925   MARTINEZ, LEONARDO, 456 BROAD AVE 2, PALISADES PARK, NJ 07650

10925   MARTINEZ, LUIS, 6990 CONSOLATA ST, BOCA RATON, FL 33433-3536

10925   MARTINEZ, M, 6620 SOUTH 33RD ST, MCALLEN, TX 78503

10925   MARTINEZ, MAGDA, BO BEJUCOS CALLE 1 URB. LA CEIBA, ISABELA, PR 00662

10925   MARTINEZ, MANUEL, 327 BUSTILLO DRIVE, SAN ANTONIO, TX 78214-1803

10925   MARTINEZ, MANUEL, 4635 FEDERAL BLVD, DENVER, CO 80211

10925   MARTINEZ, MARCOS, 302 W TEMPLE, HOBBS, NM 88240

10925   MARTINEZ, MARGARET, 402 ROBERTS, SAN ANTONIO, TX 78207

10925   MARTINEZ, MARIA VICTOR, 32837 ARBOR VINE DR, UNION CITY, CA 94587

10925   MARTINEZ, MARIA, 1120 NORTH 6TH ST, READING, PA 19601-1813

10925   MARTINEZ, MARIA, 1424 HOOVER AVE., NATIONAL CITY, CA 91950

10925   MARTINEZ, MARIA, 157 EAST 2ND ST, NEW YORK, NY 10009

10925   MARTINEZ, MARIA, 202 CASIANO, DONNA, TX 78537

10925   MARTINEZ, MARIA, 2908 SANTA MARIA, LAREDO, TX 78040

10925   MARTINEZ, MARIA, 3821 WILBARGER ST, FT WORTH, TX 76119

10925   MARTINEZ, MARIA, 5355 TANEY AVE APT # 201, ALEXANDRIA, VA 22034

10925   MARTINEZ, MARIA, APT 513 COND GOLDEN, CAROLINA, PR 00630

10925   MARTINEZ, MARIA, PO BOX 11, NATALIA, TX 78059

10925   MARTINEZ, MARIE, 3229 ROUNDHILL DRIVE, HAYWARD, CA 94542

10925   MARTINEZ, MARIE, 6025 B JOAQUIN MUNETA AVE., NEWARK, CA 94560

10925   MARTINEZ, MARVIN, 578 1/2 W. SAN, SANTA FE, NM 87501

10925   MARTINEZ, MARY, 536 ALEXANDER ST., GLENDALE, CA 91203

10925   MARTINEZ, MASIE, 4315 NEELY # 521, MIDLAND, TX 79707

10925   MARTINEZ, MELISSA, 5600 E YANDELL, EL PASO, TX 79903

10925   MARTINEZ, MICHELE, 332 MAIN ST, NORTHAMPTON, PA 18067

10925   MARTINEZ, MIRIAM, CALLE L CL10, PONCE, PR 00731

10925   MARTINEZ, MITCHELL, 937 WILSON AVE., RICHMOND, CA 94805

10925   MARTINEZ, NELSON, URB VISTAS DE CAMUY CALLE 3 CASA M-30, CAMUY, PR 00627

10925   MARTINEZ, NOE, RT. 1 BOX 398, WESLACO, TX 78596

10925   MARTINEZ, NOEL, 11200 PERRIN BEITEL, SAN ANTONIO, TX 78217

10925   MARTINEZ, NORMA, 328 CORTLAND ST, BELLEVILLE, NJ 07109

10925   MARTINEZ, ORALIA, 8401 NW 8TH ST, MIAMI, FL 33125

10925   MARTINEZ, ORIS, 1808 WILSON LN # 2, MCLEAN, VA 22102

10925   MARTINEZ, OSCAR, 4000 38TH ST #4, BRENTWOOD, MD 20722

10925   MARTINEZ, PATRICIA, 3712 LEBOW ST., FT WORTH, TX 76106

10925   MARTINEZ, PATRICIA, 991 KINGSTON ROAD NW, CONYERS, GA 30012

10925   MARTINEZ, PAUL, 2016 N.E. 36TH ST., FT WORTH, TX 76106

10925   MARTINEZ, RAFAEL, 56 MAGOUN AVE. 2ND FL, MEDFORDLLE, MA 02155

10925   MARTINEZ, RAUL, 901 SOUTH HUISACHE, PHARR, TX 78577

10925   MARTINEZ, REBECCA, 11177 TERRELL, EL PASO, TX 79936

10925   MARTINEZ, REMIS, 55 BARCLAY RD, NEW WINDSOR NY, NY 12550

10925   MARTINEZ, RICHARD, 2933 QUINCY, ALBUQUERQUE NM, NM 87110

10925   MARTINEZ, RITA, 12 BURNS HILL RD, HUDSON, NH 03051

10925   MARTINEZ, ROBERT, PO BOX 1660, SAN GERMAN, PR 00683

10925   MARTINEZ, ROCKY, 715 N. WALNUT, PAULDING, OH 45879

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARTINEZ, ROLLIE, 5102 WOODVILLE LANE, PEARLAND, TX 77584-1221 | |
| 10925 | MARTINEZ, ROMAN, 3505 WYNMORE DR, WACO, TX 76706 | |
| 10925 | MARTINEZ, ROSARIO, 3945 4TH AVE. #2, SAN DIEGO, CA 92103 | |
| 10925 | MARTINEZ, ROSE MARY, 5358 SAN FERNANDO, SAN ANTONIO, TX 78237 | |
| 10925 | MARTINEZ, RUDY, 2313 E OZARK, VOCTORIA, TX 77901 | |
| 10925 | MARTINEZ, RUDY, 7522 LINCOLN AVE, RIVERSIDE, CA 92504 | |
| 10925 | MARTINEZ, S, 7237 E GAGE AVE, LOS ANGELES, CA 90040 | |
| 10925 | MARTINEZ, S, 8813 WH BURGESS, EL PASO, TX 79925 | |
| 10925 | MARTINEZ, SALVADOR, 523 S. DEL NORTE #A, KERMAN, CA 93630 | |
| 10925 | MARTINEZ, SANDRA, 1409 E. HESTER, DONNA, TX 78537 | |
| 10925 | MARTINEZ, SANTIAGO, 7801 S. WOOD, CHICAGO, IL 60620 | |
| 10925 | MARTINEZ, SEBASTIAN, 2810 GROVER ST, FORT WORTH, TX 76106 | |
| 10925 | MARTINEZ, SERGIO, 813 BOND, FT WORTH, TX 76114 | |
| 10925 | MARTINEZ, SONIA, 42 IRENE ST, LAWRENCE, MA 01841-3206 | |
| 10925 | MARTINEZ, STEVE, PO BOX 793, SEELEY, CA 92273 | |
| 10925 | MARTINEZ, SYLVIA, 4226 ALECIA, PASADENA, TX 77503 | |
| 10925 | MARTINEZ, SYLVIA, 813 BOND, FORT WORTH, TX 76114 | |
| 10925 | MARTINEZ, UVALDA, 4407 ALLEN, HOUSTON, TX 77007-3504 | |
| 10925 | MARTINEZ, VALORIE, 403 S.E. 2ED, ANDREWS, TX 79714 | |
| 10925 | MARTINEZ, VICTOR, 501 W. ZIA RD, SANTA FE, NM 87501 | |
| 10925 | MARTINEZ, WENDY, 2321 RAINER RD, PORT ST LUCIE, FL 34952 | |
| 10925 | MARTINEZ, WILLIAM, CALLE 3 B-12 ^ URB SAN PREDRO, TOA BAJA, PR 0094PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MARTINEZ, ZANDRA, 76 EAST CLIFF, 3, SOMERVILLE, NJ 08876 | |
| 10925 | MARTINEZ,JR, FRANK, 723 CHERRY ST, FORT COLLINS, CO 80521 | |
| 10925 | MARTINEZ-RODRIGUEZ, VICENTE, 6149 64TH AVE APT A, RIVERDALE, MD 20737 | |
| 10925 | MARTINI, THOMAS, 18 PLYMOUTH DRIVE, HOWELL, NJ 07731 | |
| 10925 | MARTINKA, JOSEPH, 700 E. GOLF RD # 107, ARLINGTON HEIGHTS, IL 60005 | |
| 10925 | MARTINKA, SHIRLEY, 91-93 W GROVE TERR, IRVINGTON, NJ 07111 | |
| 10925 | MARTIN-MINNICH, RONALD, 196 OAKDALE RD, BALTIMORE, MD 21210 | |
| 10925 | MARTINO, MARILYN, 20 ALLEN AVE, WESTFIELD, MA 01085-2753 | |
| 10925 | MARTINOVIC, ANDREJ, 4203 TRANQUILITY DR, HIGHLAND BEACH, FL 33487 | |
| 10925 | MARTINS ASSOCIATES OF, 240 SOUTH MILITARY TRAIL, DEERFIELD BEACH, FL 33442-3085 | |
| 10925 | MARTINS MACHINE & SHEET METAL, INC, 11226 OLD BALTIMORE PIKE, BELTSVILLE, MD 20705-2010 | |
| 10925 | MARTINS PAINTING & DECORATING, 6175 QUEENS ROAD, DOUGLASVILLE, GA 30135 | |
| 10924 | MARTIN'S PEAT, INC., SWAN HIGHWAY 83, SWAN LAKE, MT 59911 | |
| 10924 | MARTIN'S PEAT, SWAN HIGHWAY 83, SWAN LAKE, MT 59911 | |
| 10924 | MARTINSBURG CONC PROD INC, BOX 300 ROCKY LANE, MARTINSBURG, WV 25401 | |
| 10924 | MARTINSBURG CONC PROD INC, PO BOX 2340, MARTINSBURG, WV 25401 | |
| 10924 | MARTINSBURG CONC PROD INC., P O BOX 2340, MARTINSBURG, WV 25401 | |
| 10925 | MARTINSON, BARBARA, 1737 SUNNYSIDE LANE, DEPERE, WI 54115 | |
| 10925 | MARTINSON, CHARLES, 1737 SUNNYSIDE LANE, DEPERE, WI 54115 | |
| 10925 | MARTINSON, ERIC, 1932 CATALINA, SAN ANGELO, TX 76901 | |
| 10925 | MARTINSON, MICHAEL, 6349 W. LAKEFIELD DRIVE #2, MILWAUKEE, WI 53219 | |
| 10925 | MARTINSON, WILLIAM, 15223 KIVETT LANE, RENO, NV 89511 | |
| 10924 | MARTINSVILLE CONCRETE PRO, PO BOX3351, MARTINSVILLE, VA 24112 | |
| 10924 | MARTINSVILLE CONCRETE PROD, 530 HARRSTON ST, MARTINSVILLE, VA 24112 | |
| 10924 | MARTINSVILLE CONCRETE PROD, P O BOX 3351, MARTINSVILLE, VA 24115 | |
| 10924 | MARTINSVILLE CONCRETE PRODUCTS, 530 HAIRSTON STREET, MARTINSVILLE, VA 24115 | |
| 10924 | MARTINSVILLE CONCRETE, INC., 530 HAIRSTON ST., MARTINSVILLE, VA 24112 | |
| 10924 | MARTINSVILLE HOSPITAL, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10925 | MARTIRE, DEBORAH, 14108 CHICKASAW DR., EDMOND, OK 73034-1622 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MARTIZ, MARITZA, CARR 352 KM 2.5 INT, MAYAGUEZ, PR 00680 | |
| 10925 | MARTLEW QUAIFE GILLETT &, LUCIA S GILLETT JT TEN, 890 GEORGE ST, BARTOW, FL 33830-7409 | |
| 10925 | MARTO, DAN, 981 RIVERVIEW DR, GREEN BAY, WI 54303 | |
| 10925 | MARTONE & SONS, INC, PO BOX 10, GLEN COVE, NY 11542-0010 | |
| 10925 | MARTORANA, JEAN, 358 79TH ST, BROOKLYN, NY 11209-3610 | |
| 10925 | MARTORANO, JUDY, 285 ANTHONY AVE, MIDDLESEX, NJ 08846 | |
| 10925 | MARTUCCI, R, PICKWICK APTS G-11 CHURCH ROAD, MAPLE SHADE, NJ 08052 | |
| 10925 | MARTY SONNENFELDT, 2815 DEE PEPPER DR, KNOXVILLE, TN 37931 | |
| 10925 | MARTY, ANASTASIA, 82 HERRONTOWN LANE, PRINCETON, NJ 08540-2818 | |
| 10925 | MARTY, CELIA, URB LA MONSERRATE CA, HORMIGUEROS, PR 00660 | |
| 10925 | MARTY, JEFFREY T, 1728 NE 27TH AVE, PORTLAND, OR 97212 | |
| 10925 | MARTY, JEFFREY, 1728 NE 27TH AVE, PORTLAND, OR 97212 | |
| 10925 | MARTY, LYNETTE, 6767 DEPOT ST, WINDSOR, WI 53598 | |
| 10925 | MARTY, RANDALL, 208 E. WISCONSIN, MONTICELLO, WI 53570 | |
| 10925 | MARTYN, SANDRA, 5495 EL CAMINE AVE, OAKLAND, CA 94619 | |
| 10925 | MARTYS CATERERS INC, 186 WINTHROP ST, MEDFORD, MA 02155 | |
| 10925 | MARTZAHL, DALE, 6578 LEDGETOP DR, GREENLEAF, WI 54126 | |
| 10925 | MARTZAHL, RICHARD, 3360 MILO ROAD, DEPERE, WI 54115 | |
| 10925 | MARUBENI CORP, CPO BOX 595, TOKOYO, 13 10091JAPAN | *VIA Deutsche Post* |
| 10925 | MARUI AND CO, LTD, N 11-1 CHUO 1-CHOME, JOTO-KU OSAKA, 16 999999JAPAN | *VIA Deutsche Post* |
| 10925 | MARUMOTO, ANTHONY, 36 WINDING CREEK WAY, ORMOND BEACH, FL 31274 | |
| 10925 | MARUNA, FRANK, 5921 S W 62 PLACE, OCALA, FL 32674 | |
| 10925 | MARUSCSAK, NELL, PO BOX 4773, BILOXI, MS 39531 | |
| 10925 | MARUSKA, TIMMY, 1103 SHORT ST., CRANE, TX 79731 | |
| 10925 | MARUTH, CYNTHIA, PO BOX 244, DEMOTTE, IN 46310 | |
| 10924 | MARUWA BUSSAN KK, 7-19 2-CHOME KYOBASHI, CHOU-KU TOKYO, 104-0031JPN | *VIA Deutsche Post* |
| 10925 | MARVAL & OFARRELL SWISS BANK CORP, PO BOX 395 CHURCH ST STATION, NEW YORK, NY 10008 | |
| 10925 | MARVAL & OFARRELL, POBOX 395 CHURCH ST STATION, NEW YORK, NY 10008 | |
| 10924 | MARVAL INDUSTRIES INC., 315 HOYT AVENUE, MAMARONECK, NY 10543 | |
| 10925 | MARVAL OFARRELL & MAIRAL, AV LEANDRO N ALEM 928, BUENOS AIRES, 01001ARGENTINA | *VIA Deutsche Post* |
| 10924 | MARVEL #1 BLDG. & MAT. SUPPLY, 2606 E INDIAN SCHOOL RD., PHOENIX, AZ 85016 | |
| 10924 | MARVEL #1 BUILDING & MATERIALS SPLY, 2606 E. INDIAN SCHOOL RD., PHOENIX, AZ 85016 | |
| 10925 | MARVEL ENGINEERING COMPANY, 2085 NORTH HAWTHORNE AVE, MELROSE PARK, IL 60160 | |
| 10925 | MARVEL, DONALD, 2000 MEADOW GLEN, WYOMISSING, PA 19610 | |
| 10925 | MARVEL, PATRICIA, 1090 S BRADFORD ST, DOVER, DE 19901 | |
| 10924 | MARVIC SUPPLY, 4083 SWAMP ROAD - RTE. 313, DOYLESTOWN, PA 18901 | |
| 10924 | MARVIC SUPPLY, 710 DICKERSON ROAD, NORTH WALES, PA 19454 | |
| 10924 | MARVIC SUPPLY, P.O. BOX 1290, DOYLESTOWN, PA 18901 | |
| 10924 | MARVIC SUPPLY, ROUTE 313 E 6 11, DOYLESTOWN, PA 18901 | |
| 10924 | MARVIN BOCHNER DBA B&B PRODUCT, 3145 NW 38 STREET, MIAMI, FL 33142 | |
| 10925 | MARVIN BURNETT &, NANCY BURNETT JT TEN, 801 IOWA, NORMAN, OK 73069-6936 | |
| 10925 | MARVIN ENNELS &, JEANETTE I ENNELS JT TEN, 9968 TIMBERKNOLL LANE, ELLICOTT CITY, MD 21042-4928 | |
| 10925 | MARVIN FINK &, GLORIA FINK JT TEN, 268 BUCKNER AVE, HADDONFIELD, NJ 08033-2914 | |
| 10925 | MARVIN GARDNER, 10427 CORY ST, BOISE, ID 83704-5461 | |
| 10925 | MARVIN J PENNINGTON & RUBY, L PENNINGTON JT TEN, 6650 CROSSWOODS CIRCLE, CITRUS HEIGHTS, CA 95621-4270 | |
| 10925 | MARVIN J SOMMER, 7212 NW 13TH, OKLAHOMA CITY, OK 73127-3264 | |
| 10925 | MARVIN JAFFA &, RANDYE SUE JAFFA JT TEN, 1110 CHISOLM TRAIL, DAYTON, OH 45458-9410 | |
| 10925 | MARVIN L PERKINS &, GLORIA N PERKINS JT TEN, 18904 66TH PL W, LYNWOOD, WA 98036-5106 | |
| 10925 | MARVIN L STARK, 4 QUINCE PL, N BRUNSWICK, NJ 08902-1325 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARVIN M CAMPBELL &, MOLLY M CAMPBELL JT TEN, 228 NE 141ST, PORTLAND, OR 97230-3330

10925   MARVIN M CUMPTON &, JAMES M CUMPTON &, DAVID E CUMPTON JT TEN, 4030 W 96TH ST, OVERLAND PK, KS 66207-3514

10925   MARVIN N GROBE &, HELEN GROBE, TEN COM, 705 SCHUEMAN COURT, OAKLAND, IA 51560-4143

10925   MARVIN OBERMEYER, 4398 CLIFFORD RD., BROWNSBURG, IN 46112-8533

10925   MARVIN R MARSH &, CAROL N MARSH JT TEN, 2019 S ANDERSON, URBANA, IL 61801-6223

10925   MARVIN SOSNICK, 1900 OAKDALE AVE, SAN FRANCISCO, CA 94124-2004

10924   MARVIN WINDOWS DIV., PO BOX 100, WARROAD, MN 56763

10924   MARVIN WNDOWS DIV OF, HIGHWAY 11, WARROAD, MN 56763

10925   MARVIN, KILAINE, 2877 MISTY HILL, YORK, SC 29745

10925   MARVINS BUILDING MATERIALS, 6345 SOUTH CHALKVILLE ROAD, TRUSSVILLE, AL 35173

10925   MARVUGLIO, AMELIA, 491 SHASTA DRIVE #417, BRIDGEWATER, NJ 08807-2607

10925   MARWAL INDUSTRIES, 2333 BRICKELL AVE, MIAMI, FL 33129

10925   MARX, APRIL, 5 AMBERLADY COURT OWINGS MILLS MD, OWINGS MILLS, MD 21117

10925   MARX, JAMES, 415 WHITFIELD RD, CATONSVILLE, MD 21228

10925   MARX, LUELLA, 1935 S. FEDERAL HWY, BOYNTON BEACH, FL 33435

10925   MARX, PATRICK, 357 SHORT DRIVE, DICKINSON, ND 58601

10925   MARX, ROBERT, E8670 DEY RD, NEW LONDON, WI 54961

10925   MARXEN, WILBUR, RFD BOX 203, LEWIS, IA 51544-9801

10925   MARY A CALIFANO, 20 31 28TH ST, LONG ISLAND CITY, NY 11105-2930

10925   MARY A CHATHAM &, RAY HUNT CHATHAM III JT TEN, 41 LAVENDER LANE, WEST YARMOUTH, MA 02673-2520

10925   MARY A CONVENTRY, SEALED AIR CORPORATION, PARK 80 EAST, SADDLEBROOK, NJ 07663

10925   MARY A ENGLISH, 94 ARNOLD ST, METHUEN, MA 01844-3604

10925   MARY A FLEMING, BOX 47 60 HEWLETT AVE, POINT LOOKOUT, NY 11569-0047

10925   MARY A HART, 68 FARVIEW DR, CHESHIRE, CT 06410-1308

10925   MARY A MCDONOUGH, 116 CEDARHURST AVE, PO BOX 533, POINT LOOKOUT, NY 11569-0533

10925   MARY A NICHOLSON, 11171 MEDIAN ST, BOCA RATON, FL 33428-3921

10925   MARY A TULLY, 1508 WHITEHALL DR APT 306, PINE ISLAND RIDGE, FORT LAUDERDALE, FL 33324-6617

10925   MARY A UNGERMAN, 10 HOWES ST, BOSTON, MA 02125-1801

10925   MARY ANDRUSENKI TR UA NOV 15 90, MARY ANDRUSENKI TRUST, 538 GLENWOOD RD 7, GLENDALE, CA 91202-1551

10925   MARY ANN AUGSDORFER, 825 FLOURNEY COURT, CRESCENT SPRINGS, KY 41017-5315

10925   MARY ANN BOTTARINI &, ROBERT D JOHNSTON, JT TEN, 668 W NAOMI UNIT N, ARCADIA, CA 91007-7566

10925   MARY ANN BUZARD &, DONALD EUGENE BUZARD JT TEN, 411 NORTH MAIN, CARROLLTON, MO 64633-1717

10925   MARY ANN H HENRY TR UA SEP 9 94, MARY ANN H HENRY TRUST, 329 PERDEW, RIDGECREST, CA 93555-2514

10925   MARY ANN J COTILLETTA, C/O SCIBETTA, 101 EMERSON AVE, COPIAGUE, NY 11726-3322

10925   MARY ANN KAZMAC, ABERDEEN EAST APTS, SUTTON DR APT J 10, MATAWAN, NJ 07747

10925   MARY ANN MEYERS, 24191 MACHADO CT, HAYWARD, CA 94541-4556

10925   MARY ANN POINDEXTER &, CLAYTON L POINDEXTER JT TEN, 3309 ETON AVE, OKLAHOMA CITY, OK 73122-1341

10925   MARY ANN RYAN, 4174 SW PATRICK PLACE, PORTLAND, OR 97201-1570

10925   MARY ANNE BENEDICT, 6183 W FORK RD, CINCINNATI, OH 45247-5769

10925   MARY ANNE NORTH, 138 SCHOOL ST, BELMONT, MA 02478-3020

10925   MARY ANNE ROHDE, 927 E HOMESTEAD RD, SUNNYVALE, CA 94087-4902

10925   MARY ANNE WAGNER TR UA MAR 12 90, THE MARY ANNE WAGNER FAMILY, TRUST, 6115 MAIN ST, KANSAS CITY, MO 64113-1435

10925   MARY ANTICO, 137 COULBOUM DR, SALISBURY, MD 21804-7243

10925   MARY B ALEXANDER, 110 SPRUCE LA, KITTANNING, PA 16201-1974

10925   MARY B F GRAY, 35-15 78TH ST, JACKSON HEIGHTS, NY 11372-4749

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARY B SCUDDER, R F D LONG HILL ROAD, NESHANIC, NJ 08853

10925   MARY B WATSON, 4827 BONNIE BRAE RD, RICHMOND, VA 23234-3705

10925   MARY BELLE BISHOP TR UA DTD, 12/29/80 FBO MARY BELLE BISHOP, 8444 SOMERSET DR, PRAIRIE VILLAGE, KS 66207-1846

10924   MARY BLACK HOSPITAL, 11 DRIVE PARK DRIVE, SPARTANBURG, SC 29307

10925   MARY C BYRNE &, JOSEPH T BYRNE JT TEN, 244-23 86TH ROAD, BELLEROSE, NY 11426-1623

10925   MARY C JANUSZKO, C/O MARY C BRADY, 8815 HOMEWOOD DR, CLEMMONS, NC 27012-8063

10925   MARY C KODIS TR UA 02 21 78, FBO MARY CAROLINE KODIS, REVOCABLE TRUST, 2705 ROBIN DR, VIRGINIA BEACH, VA 23454-1813

10925   MARY C SCHAAF, 3441 CARBURY COURT, LAS VEGAS, NV 89129-6958

10925   MARY C SCHLAX, 375 WAVERLY DR, MUNDELEIN, IL 60060-3386

10925   MARY C TAYLOR, 16535 STANSBURY, DETROIT, MI 48235-4016

10925   MARY C TAYLOR, PO BOX 1581, VERO BEACH, FL 32961-1581

10925   MARY CARLTON, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   MARY CARTER FARRELL, 4934 JOLIE CT, DOYLESTOWN, PA 18901-1257

10925   MARY CECILE SMITH, 19 DOGWOOD LANE, LARCHMONT, NY 10538-3417

10924   MARY CHILES HOSPITAL, 50 STERLING AVENUE, MOUNT STERLING, KY 40353

10925   MARY CLARE BOWLUS, 122 A EMERY CT, NEWARK, DE 19711-5930

10925   MARY CLARE DEGLER &, RAYMOND DEGLER JT TEN, 6830 KENWOOD RD, MADEIRA, OH 45243-2326

10925   MARY COLLEEN HOLCOMB, 75 SAN BENANCIO RD B, SALINAS, CA 93908-9137

10925   MARY CURTIS SHOP INC., 33 MAIN ST, CONCORD, MA 01742

10925   MARY D MINTER, 2000 BARNETT SPRINGS AVE 236, RUSTON, LA 71270-4880

10925   MARY DIANE FLYNN TR UA JAN 18 86, MARY DIANE FLYNN TRUST, 7435 DEADSTREAM RD, HONOR, MI 49640

10925   MARY DOPICO REPORTING SERVICES, 3801 KIRBY DRIVE SUITE 246, HOUSTON, TX 77098

10925   MARY DRISCOLL, 7 PARK ST, LEXINGTON, MA 02173-4215

10925   MARY E BIRENBAUM, 6509 CABALLEROS PKWY NW, ALBURQUEQUE, NM 87107

10925   MARY E CARROLL, 1400 RICHMOND RD, APT U3, LYNDHURST, OH 44124-2441

10925   MARY E CARTER &, GAIL C PARRAN JT TEN, 422 BOUSCH PLACE, GLEN BURNIE, MD 21061-4633

10925   MARY E CISZEK &, ERVIN M CISZEK JT TEN, 215 KNOXBORO LANE, BARRINGTON, IL 60010-4829

10925   MARY E CLAVE, 19 ECKERNKAMP DR, SMITHTOWN, NY 11787-1701

10925   MARY E DRISCOLL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARY E DRISCOLL, 7 PARK ST, LEXINGTON, MA 02173-4215

10925   MARY E DUNN, 431 GREENWAY TERRACE, KANSAS CITY, MO 64113-1728

10925   MARY E FOX TR UW, CECILLE E BOWEN MARILYN JO, BOWEN TRUST, 116 EAST WYANDOT AVE, UPPER SANDUSKY, OH 43351-1430

10925   MARY E KILGARRIFF, 2935 ERIE AVE, CINCINNATI, OH 45208-2403

10925   MARY E KLUTZ, 3160 WEDGEWOOD BLVD, DELRAY BEACH, FL 33445-5750

10925   MARY E MALONE, 4 COLONIAL DR, AUBURN, MA 01501-2132

10925   MARY E MARKUNAS, 124 PLAIN RD, WAYLAND, MA 01778-2439

10925   MARY E MC CLAVE, 19 ECKERNKAMP DR, SMITHTOWN, NY 11787-1701

10925   MARY E MELLO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARY E ROBISON, 1204 N CLEVELAND, RUSSELLVILLE, AR 72801-2919

10925   MARY E SANDERS, 4411 SOUTH ATLANTA, TULSA, OK 74105

10925   MARY E SIFF, 10 RAVENSWOOD ROAD, TAYLORS, SC 29687

10925   MARY E WARD, 321 MAGNOLIA RD, HURON, OH 44839-1341

10925   MARY E WHEELER, 1110 TAYLOR ST, TOPEKA, KS 66612-1717

10925   MARY E. WURTS, PO BOX 27, APACHE JUNCTION, AZ 85220

10925   MARY EILEEN MC KEON, 172 LIVINGSTON PL, BRIDGEPORT, CT 06610-1736

10925   MARY ELISE D DAVIS, 21 CHINA COCKLE WAY, HILTON HEAD ISLAND, SC 29926-1907

10925   MARY ELIZABETH COOK, C/O MRS MARY E MARKUNAS, 124 PLAIN RD, WAYLAND, MA 01778-2439

10925   MARY ELIZABETH RAPPAZZO, 6 LOUDONWOOD EAST, LOUDONVILLE, NY 12211-1463

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MARY ELLEN GOLDEN, 434 SCARSDALE RD, YONKERS, NY 10707-2117

10925    MARY ELLEN GRAHAM, 6631 RIDGEMONT DR, DALLAS, TX 75214-2254

10925    MARY ELLEN HARMON, 656 GROVE ST, UPPER MONTCLAIR, NJ 07043-2019

10925    MARY ELLEN MAKOWSKI, 206 PINE KNOT TRAIL, HENDERSONVILLE, NC 28739-8135

10925    MARY ELLEN MAYER, PO BOX 685311, AUSTIN, TX 78768-5311

10925    MARY ELLEN MCGURTY, 136 UNION AVE, PEEKSKILL, NY 10566-3429

10925    MARY F LOMBARDY, 875 W 181ST ST, NEW YORK, NY 10033-4468

10925    MARY F WICKHAM, C/O MARY FREEMAN, RR 1 BOX 1190, MONROE, ME 04951-9710

10925    MARY FACCIOLA, 1622 40 ST, BROOKLYN, NY 11218-5504

10925    MARY FARNHAM, 6000 N 1825TH ST, PARIS, IL 61944-6031

10925    MARY FILIGHERA, 19 JERUSHA RIDGE RD, BUXTON, ME 04093-3412

10925    MARY FOOTE MOORE, JAQUITH & CO, PO BOX 1165, WALL ST STATION, NEW YORK, NY 10116-0000

10925    MARY G BYRNE, 556 GIDNEY AVE, NEWBURGH, NY 12550-2810

10925    MARY G STAINES, 200 AVONDALE CIRCLE, SEVERNA PARK, MD 21146-4404

10925    MARY GOLDSTEIN, 2731 PRINCE ST, BERKELEY, CA 94705-2612

10925    MARY GORDON MURPHY, 382 NORTH FOREST, ROCKVILLE CENTRE, NY 11570-2510

10925    MARY GRACE BENSON, 330 E 51ST ST, NEW YORK, NY 10022-7803

10925    MARY GRACE HURLEY, 11 MAST HILL RD, HINGHAM, MA 02043-3422

10925    MARY GRACE WHITAKER, 110 FARMSTEAD LN, ROSWELL, GA 30075-1211

10925    MARY GRACE, 25 HARRINGTON ROAD, CAMBRIDGE, MA 02140

10925    MARY GRACE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925    MARY GRACON, 37452 CARLEEN AVE, AVON, OH 44011-1522

10925    MARY GRANT MCDONALD, 2003 HARPER ST, NEWBERRY, SC 29108-3017

10925    MARY GRIFFIN DOUGLASS, 1401 CANFIELD CT, RALEIGH, NC 27608-2069

10925    MARY H CARLTON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925    MARY H GARBACZ, 911 TWINRIDGE RD, LINCOLN, NE 68510-5054

10925    MARY H MCNAMEE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925    MARY HAGEL WAGNER, 1009 FOREST RD, PERKASIE, PA 18944-3523

10925    MARY HOWLEY PEACE, C/O CORLEY, 11 BRESCIA BLVD, HIGHLAND, NY 12528-1501

10925    MARY HVIZD, 38 RIGGS ST, OXFORD, CT 06478-1208

10924    MARY IMMACULATE HOSPITAL @ @, NEWPORT NEWS, VA 23600

10925    MARY IMMACULATE OCCUMED, PO BOX 8696, VIRGINIA BEACH, VA 23450-8696

10925    MARY IMOGENE BASSETT HOSPITAL, ONE ATWELL RD, COOPERSTOWN, NY 13326

10925    MARY IRENE FUNKHOUSER, BOX 28, 223 W WASHINGTON ST, NAPOLEON, OH 43545-1741

10925    MARY J CAMPANILE, 452 MARLBORO RD, BROOKLYN, NY 11226

10925    MARY J CONRAD, 24 SPRINGDALE DR, KITCHENER, ON N2K 1P9CANADA        *VIA Deutsche Post*

10925    MARY J HOLOUBEK TR UDT, JUN 8 95 THE MARY J HOLOUBEK, TRUST, 9208 S HARDING, EVERGREEN PARK, IL 60805-1439

10925    MARY J HUGHES AS CUST FOR, GRACE K HUGHES UNDER THE, WISCONSIN UNIFORM TRANSFERS, TO MINORS ACT, 2005 MELODY LANE, WAUKESHA, WI 53186-2860

10925    MARY JANE CONSTANTINE TR UA, MAR 21 91 THE MARY JANE, CONSTANTINE TRUST, 238 N PARK BLVD, GLEN ELLYN, IL 60137-5242

10925    MARY JANE D MANGUM, 1906 TOM WILLIAMS RD, MONROE, NC 28112-9448

10925    MARY JANE DAVISON ANDERSON &, JOHN W ANDERSON III TEN ENT, 2507 LOLOA DR, KINGSVILLE, MD 21087-1020

10925    MARY JANE DRURY, 2657 THIRTIETH AVE, SAN FRANCISCO, CA 94116-2932

10925    MARY JANE FREDERIKSEN, 506 TRACY ST, AUDUBON, IA 50025-1218

10925    MARY JANE MONSOUR, 171 ROBINEAU RD, SYRACUSE, NY 13207-1645

10925    MARY JANE ODONNELL, PO BOX 2582, SARSON CITY, NV 89702-2582

10925    MARY JANE WARD, 1131 FAIR WAY DR, TROY, OH 45373-4401

10925    MARY JO PECK, 514 WAYNE DR, WILMINGTON, NC 28403-1255

10925    MARY JO WALSH, PMB 255, 5021 VERNON AVE SO, EDINA, MN 55436-2102

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARY JOAN MERRICK, 27 SHADY BROOK DR, WELLINGTON, KS 67152-4729

10925   MARY JOAN REES TR UA SEP 9 98, THE REES SURVIVORS TRUST, 222 MAIN ST, HORNELL, NY 14843-1515

10925   MARY JOSEPHINE MCDEVITT, MARY JOSEPHINE MCDEVITT CURCI, 1205 LARCHMONT AVE, HAVERTOWN, PA 19083-4137

10925   MARY JOYCE HOWELL, PO BOX 143, HOWELLS, NY 10932-0143

10925   MARY K GALL, 128 FAIRVIEW RD, NARBERTH, PA 19072-1331

10925   MARY K HUGHES, BOX 80, TOWER HILL RD, MILLBROOK, NY 12545-0000

10925   MARY K RAFFAELE &, JOSEPH RAFFAELE JT TEN, 2 LAKESIDE DR, HIGHLAND MILLS, NY 10930-9783

10925   MARY KATHRYN B TOWNSEND, 1136 FIFTH AVE APT 5-C, NEW YORK, NY 10128-0122

10925   MARY KELLY, 6050 W 51ST ST, CHICAGO, IL 60638

10925   MARY KEYSER, 519 ANTHWYN RD, MERION, PA 19066-1328

10925   MARY KOLLMAN, 390 DARLING RD, SALEM, CT 06420-3913

10925   MARY L DEWIRE, 2 HOLDEN ST, CAMBRIDGE, MA 02138-2022

10925   MARY L RAFFAELE, 1 SEAL HARBOR RD, 915, WINTHROP, MA 02152-1049

10925   MARY L REU, 1606 24TH ST NW, CEDAR RAPIDS, IA 52405-1419

10925   MARY L STILLMAK, 69644 OXFORD DR, ST CLAIRSVILLE, OH 43950-9109

10925   MARY L. RAFFAELE, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   MARY LAFFERTY CATES, BOX 5628, SPARTANBURG, SC 29304-5628

10925   MARY LEE COOPER & CLEVELAND N, COOPER TR UA SEP 26 94, MARY LEE COOPER REVOCABLE TRUST, 1428 RUTH DR, KIRKWOOD, MO 63122-1026

10925   MARY LEWICKE, 46596 YORKTOWN RD, LEXINGTON PARK, MD 20653-0000

10925   MARY LOCH, 43 CRESTVIEW TERRACE, NORTH HALEDON, NJ 07508-2907

10925   MARY LOU BOHNE, 310 NW 77TH WAY, PEMBROKE PINES, FL 33024-7051

10925   MARY LOU CARROLL, 92 WOODBINE DR, EAST HAMPTON, NY 11937-1728

10925   MARY LOU GUNTER TRUW, THE CECILY R BRITTON TESTAMENTARY, TRUST, 15455 OAK GLEN AVE, MORGAN HILL, CA 95037-9680

10925   MARY LOU JENKINS, 4149 HECKTOWN ROAD, BETHLEHEM, PA 18020-9799

10925   MARY LOU MC KENNA, 12604 CEDAR BROOK LANE, LAUREL, MD 20708-2446

10925   MARY LOUISA GOEBEL, 53 SKY LAKE DR, HENDERSONVILLE, NC 28739-6637

10925   MARY LOUISE COLE, C/O MARY COLE MOORE, 855 BRIARCLIFF ROAD N E, APT A-5, ATLANTA, GA 30306-4028

10925   MARY LOUISE DEWIRE, 2 HOLDEN ST, CAMBRIDGE, MA 02138-2022

10925   MARY LOUISE KIDD KOHRT, HCR BOX 49A, PAUPACK, PA 18451

10925   MARY LOUISE PICKARD, 451 BRAD RD, OAKLAND, OR 97462-9769

10925   MARY LOUISE SALLEMI, 49 SUNSET INN RD, LAFAYETTE, NJ 07848-2214

10925   MARY LYNN CARBONARA TR, UA 01 24 92, MARY LYNN CARBONARA TRUST, 740 WINSTON DR, MELROSE PARK, IL 60160-2353

10925   MARY LYNN JENKINS, 54 TRIANGLE CIRCLE, SANDWICH, MA 02563-2496

10925   MARY LYNN WARMOUTH, 4012 O LEARY ST, APT 3, DAYTON, OH 45458-0000

10924   MARY LYONS SCHOOL, 2941 N. MCVICKER, CHICAGO, IL 60634

10925   MARY M BROWN &, BENJAMIN A BROWN JT TEN, 9 PENNSYLVANIA ST, BEVERLY HILLS, FL 34465-4374

10925   MARY M JONES, 491 LOVERS LANE, STEUBENVILLE, OH 43953-3338

10925   MARY M MALONEY HUSS, WOLF, BLOCK, SCHORR & SOLIS, WILMINGTON TRUST CENTER, 1100 N MARKET ST STE 1001, WILMINGTON, DE 19801

10925   MARY M ROMES, 2654 CEDARBROOK DR, CINCINNATI, OH 45237-4508

10925   MARY M ROSS, 2288 CONVENTRY RD, COLUMBUS, OH 43221-4212

10925   MARY MC SWEENEY, 552 PARKER AVE, BRICKTOWN, NJ 08724-4818

10925   MARY MEYER CORP., RTE. 30, TOWNSHEND, VT 05353

10925   MARY MULLANEY, 403 JEFFERSON AVE, BEVERLY, NJ 08010-2125

10925   MARY N BERG, 15 GARFIELD RD, HOLBROOK, MA 02343-1408

10925   MARY NORTON, 780 TAMIAMI TRAIL SO 5037, VENICE, FL 34285-3605

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MARY OSBERG, 1779 GOODHUE AVE, ANAHEIM, CA 92804-5512

10925   MARY PAGE LLOYD WEAVER, 560 CHURCH ST, BOUND BROOK, NJ 08805-1727

10925   MARY PASQUAL TR UA SEP 11 91, MARY PASQUAL FAMILY TRUST, 1301 EAST AVE I, SP 316, LANCASTER, CA 93535-2145

10925   MARY PATRICIA SMITH, 819 SOUTH SIXTH ST, ROCKY FORD, CO 81067-2307

10924   MARY PRESTON, 3262 PLYMALE BR. ROAD, HUNTINGTON, WV 25704

10925   MARY PROVENCHER, 11331 ST LAWRENCE, CHICAGO, IL 60628-5111

10925   MARY R MCGRATH, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARY RAY, 60 BEACH POND RD, GROTON, CT 06340-5904

10925   MARY REGAN DRUKTENIS, 346 FOREST AVE, GREEN LAKE, WI 54941

10925   MARY ROSALINE DUARTE, 127 SCITUATE, ARLINGTON, MA 02174-7726

10925   MARY ROSE STEIN &, TED H STEIN JT TEN, 3228 180TH ST, FORT MADISON, IA 52627-9767

10925   MARY RUTH GILMAN, 3734 LOCUST, KANSAS CITY, MO 64109-3208

10925   MARY RYAN, 3 CAPITAL ST PO BOX 41, WEST ROXBURY, MA 02132-4219

10925   MARY S CHESTER, 904 2ND ST NE, APARTMENT 205, HICKORY, NC 28601-3872

10925   MARY S COLANTONI, 832 CLUB RD, TEANECK, NJ 07666-5534

10925   MARY S KRAUS, 416 WINDSOR DR, YUBA CITY, CA 95991-6253

10925   MARY S ULFERTS, 526 RIDGEWOOD, LOUISVILLE, KY 40207-1325

10925   MARY S WOLKER, 5050 PIN OAK DR, ROANOKE, VA 24019-2510

10925   MARY SIMEONE &, SALVATORE SIMEONE JT TEN, 316 HATHERLY ROAD, SCITUATE, MA 02066-2107

10925   MARY STRANGE JONES &, CLINTON E JONES JT TEN, 9420 OSBORNE TPK, RICHMOND, VA 23231-8122

10925   MARY SUSAN IDDINGS ROBINSON, 1841 COUNTY RD 1100 N, URBANA, IL 61802

10925   MARY T DALY, C/O MCCLOSKEY, PO BOX 418, MILLER PLACE, NY 11764-0418

10925   MARY T SOUZA, 980 EL TORO DR, HOLLISTER, CA 95023-5124

10925   MARY T TESTA, 371 CRESCENT ST, BROCKTON, MA 02402-3111

10925   MARY THAD C BATTS, 1708 SIMS PLACE, LAKELAND, FL 33803-3530

10925   MARY THERESE MATTINGLY, PO BOX 56, CUMBERLAND, MD 21501-0056

10925   MARY TOTH, 7700 VIST HILLS DR, LOS VEGAS, NV 89128-2628

10924   MARY TOWN ADDITION C/O ASC INS, 1600 W PARK AVE, LIBERTYVILLE, IL 60048

10925   MARY TRAYNOR &, ADAM W NIKEL JT TEN, BOX 1595, ST PETERSBURG, FL 33731-1595

10925   MARY V GEVAS TR UA JUL 19 93, MARY V GEVAS, REVOCABLE LIVINGTRUST, 18 MEADOWCREST DR, PARKERSBURG, WV 26101-9394

10925   MARY V RICCIARDI, 11 WEST LINWOOD ST, VALHALLA, NY 10595-1205

10925   MARY VERMEIRE, MADONNA VILLA, 17825 FIFTEEN MILE, FRAZER, MI 48035-5031

10925   MARY W GALLAGHER, 511 W 235 ST, BRONX, NY 10463-1811

10925   MARY W KECKLEY, 1221 CERRITO ALEGRE, EL PASO, TX 79912-2042

10925   MARY W TOWNER, 1802 WILLOW RD, URBANA, IL 61801-1126

10925   MARY WASHINGTON HOSPITAL INC, POBOX 3788 COL STA, FREDERICKSBURG, VA 22402-3788

10925   MARY WEISBRUCH, 1714 LANDCASTER CT., ARLINGTON HEIGHTS, IL 60004

10925   MARY WILLIAMS WOOD, 745 E 2ND ST, PASS CHRISTIAN, MS 39571-4613

10925   MARY WOODRUFF, PO BOX 693, HEAVENER, OK 74937-0693

10924   MARY WRIGHT ELEMENTARY SCHOOL, 449 SOUTH CHURCH STREET, SPARTANBURG, SC 29304

10925   MARYANN DI GIUSTO, 15 MT PLEASANT ST, WINCHESTER, MA 01890-3033

10925   MARYANN K DIGIUSTO, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MARYANN L DEMICHELE, 180 DURSTON AVE, SYRACUSE, NY 13203-1325

10925   MARYANN VON HOLTEN & GUSTAVE C, VON HOLTEN JT TEN, 420 OVINGTON AVE, BROOKLYN, NY 11209-1533

10925   MARYANNA S W KAY, BURNSIDE- KNOCKBUCKLE ROAD, KILMACOLM RENFREWSHIRE, SCOTLAND, UNITED KINGDOM     **\*VIA Deutsche Post\***

10925   MARYANNE I. SULLIVAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140

10925   MARYANNE LAVRENCE &, THOMAS I LAVRENCE JT TEN, 921 FERNWOOD RD, MOORESTOWN, NJ 08057-1338

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MARYELLEN C JOHNS, 209 CHICKERING ROAD, NORTH ANDOVER, MA 01845

10925    MARYFIELD, AMY, 2892 CROSSROAD BEND, INDIANAPOLIS, IN 46227

10925    MARYJANE AYERS RYERSON, 6357 MONROE ST, SYLVANIA, OH 43560

10925    MARYJOY SALNARDI, 161-45 96TH ST, HOWARD BEACH, NY 11414-3808

10924    MARYKNOLL FATHER'S SEMINARY, C/O SUPERIOR ABATMENT, 55 RYDER ROAD, MARYKNOLL, NY 10545

10924    MARYLAND AIR NATIONAL GUARD, 2701 EASTERN BOULEVARD, BALTIMORE, MD 21220

10925    MARYLAND ASSOC OF CERTIFIED PUBLIC, PO BOX 17200, BALTIMORE, MD 21297-1200

10925    MARYLAND ASTD PROGRAMS, PO BOX 304, TIMONIUM, MD 21094

10925    MARYLAND CHAMBER OF COMMERCE, 60 WEST ST SUITE 100, ANNAPOLIS, MD 21401

10925    MARYLAND CHAPTER ACI CONVENTION, 1021 VALEWOOD ROAD, TOWSON, MD 21286

10925    MARYLAND CHEM CO, INC, RUSSELL & BAYARD ST., BALTIMORE, MD 21230

10925    MARYLAND CHEMICAL CO, INC, 1551 RUSSELL ST, BALTIMORE, MD 21230-2090

10925    MARYLAND CHILD SUPPORT ACCOUNT, PO BOX 17396, BALTIMORE, MD 21297-1396

10925    MARYLAND COPIER, 11710 BALTIMORE AVE, BELTSVILLE, MD 20705

10925    MARYLAND COPIER, 11710 BALTIMORE AVE., BELTSVILLE, MD 20705

10925    MARYLAND CORK CO INC, PO BOX 126, ELKTON, MD 21921-0126

10925    MARYLAND DEPT OF ENV, JANE NISHIDA SECY, 2500 BROENING, BALTIMORE, MD 21224

10925    MARYLAND DEPT OF ENVIRONMENT, 2500 BROENING HWY, BALTIMORE, MD 21224

10925    MARYLAND DEPT OF ENVIRONMENT, PO BOX 1417, BALTIMORE, MD 21203-1417

10925    MARYLAND DEPT OF MARINE RESOURCES, 2500 BROENING HWY, BALTIMORE, MD 21224

10925    MARYLAND DEPT OF NATURAL RESOURCES, TAWES STATE OF, 580 TAYLOR AVE, ANNAPOLIS, MD 21401

10925    MARYLAND DEPT OF NATURAL RESOURCES, TAWES STATE OFFICE BLDG, E-1, 580 TAYLOR AVE, ANNAPOLIS, MD 21401

10925    MARYLAND DEPT OF THE ENVIRONMENT, 2500 BROENING HWY, BALTIMORE, MD 21224

10925    MARYLAND DEPT OF THE, PO BOX 1417, BALTIMORE, MD 21203-1417

10925    MARYLAND DEPT. OF THE ENVIRONMENT, PO BOX 2057, BALTIMORE, MD 21203-2057

10925    MARYLAND DEPT. OF THE ENVIRONMENT/, PO BOX 1417, BALTIMORE, MD 21203-1417

10925    MARYLAND DIVING SERVICE, INC, 1903 GWYNN OAK AVE., BALTIMORE, MD 21207

10925    MARYLAND DOOR, 7065 KIT KAT RD., ELKRIDGE, MD 21227

10925    MARYLAND EMPLOYEE FEDERAL CREDIT UN, C/O W R GRACE, BALTIMORE, MD 21226

10925    MARYLAND EMPLOYEE FEDERAL CREDIT UN, C/O W. R. GRACE & CO., BALTIMORE, MD 21226

10925    MARYLAND GLASS & MIRROR CO., 1834 S. CHARLES ST., BALTIMORE, MD 21230

10924    MARYLAND GLASS & MIRROR COMPANY, 1834 S. CHARLES STREET, BALTIMORE, MD 21230

10924    MARYLAND HISTORICAL SOCIETY, 201 W. MONUMENTST, BALTIMORE, MD 21229

10925    MARYLAND INDUSTRIAL, INC, 30 ALCO PLACE, BALTIMORE, MD 21227

10925    MARYLAND INDUSTRIAL,INC, 28 ALCO PLACE, BALTIMORE, MD 21227

10925    MARYLAND INDUSTRIAL,INC, 30 ALCO PLACE, BALTIMORE, MD 21227

10925    MARYLAND INN, 15101 SWEITZER LANE, LAUREL, MD 20707

10925    MARYLAND LOCKSMITH, 6 AQUAHART RD., GLEN BURNIE, MD 21061

10925    MARYLAND MECHANICAL SYSTEMS, INC, 300 S. HAVEN ST., BALTIMORE, MD 21224

10925    MARYLAND MECHANICAL, 300 S HAVEN ST, BALTIMORE, MD 21224

10925    MARYLAND MESSENGER SERVICE INC, 16 ALBEMARLE ST, BALTIMORE, MD 21202

10925    MARYLAND MESSENGER SERVICE, INC, 16 ALBEMARLE ST, BALTIMORE, MD 21202-4698

10925    MARYLAND METALS INC., 304 WEST CHURCH ST, PO BOX 31, HAGERSTOWN, MD 21740-0031

10925    MARYLAND METRICS, PO BOX 201, OWINGS MILLS, MD 21117

10925    MARYLAND METRICS, PO BOX 261, OWINGS MILLS, MD 21117

10925    MARYLAND MOTOR VEHICLE, 6601 RITCHIE HWY N E, GLEN BURNIE, MD 21062

10925    MARYLAND OFFICE INTERIORS, INC, 1800 WOODLAWM DR., BALTIMORE, MD 21207

10925    MARYLAND OFFICE PRODUCTS, 8730-16 CHERRY LN, LAUREL, MD 20707

10925    MARYLAND OFFICE RELOCATORS LLC, 6605 SELNICK DR, BALTIMORE, MD 21227

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   MARYLAND PARK CENTER, MARYLAND WAY & EAST PARK DRIVE, BRENTWOOD, TN 37027

10924   MARYLAND PORTABLE CONCRETE, INC., 111 SOUTHWAY, HAVRE DE GRACE, MD 21078

10924   MARYLAND PORTABLE CONCRETE, INC., 1540-42 SOUTH PHILADELPHIA BLVD., ABERDEEN, MD 21001

10925   MARYLAND PORTABLE RESTROOMS, 10515 HARFORD ROAD, GLEN ARM, MD 21057

10924   MARYLAND PRECAST CO, 652 W. PULASKI HWY, ELKTON, MD 21921

10924   MARYLAND PRECAST CO, PO BOX906, ELKTON, MD 21921

10925   MARYLAND Q.C. LABORATORIES, PO BOX 70, BELCAMP, MD 21017

10925   MARYLAND READY MIX CONCRETE ASSOC, POBOX 217, MONROVIA, MD 21770

10925   MARYLAND STATE BAR ASSOCIATION INC, PO BOX 64747, BALTIMORE, MD 21264-4747

10925   MARYLAND STATE HIGHWAY ADMIN, PO BOX 1636, BALTIMORE, MD 21203

10925   MARYLAND SURFACTANT, 260 RYAN ST., SOUTH PLAINFIELD, NJ 07080

10925   MARYLAND TRANSPORTATION AUTHORITY, PO 3432, BALTIMORE, MD 21225-0432

10925   MARYLAND TROOPERS ASSOCIATION (MTA), 1300 REISTERSTOWN ROAD, PIKESVILLE, MD 21208

10925   MARYROSE GARMAN, 106 EDGEWOOD DR, BEREA, OH 44017-1412

10924   MARYSVILLE READY MIX CO, PO BOX467, MARYSVILLE, KS 66508

10924   MARYSVILLE READY MIX CO, RTE 1, MARYSVILLE, KS 66508

10924   MARYSVILLE READY MIX, P. O. BOX 467, MARYSVILLE, KS 66508

10924   MARYVALE SAMARITAN MEDICAL CENTER, 5102 W. CAMPBELL AVENUE, PHOENIX, AZ 85033

10925   MARZAN, DELIA, 2211 SARADON DR, SUGARLAND, TX 77478

10925   MARZAN, NORA, 2320 ELLIOT DRIVE, AMERICAN CANYON, CA 94589

10924   MARZANO & SONS, 85 FOSTER, JUNE LAKE, CA 93529

10924   MARZANO & SONS, ATTN:  ACCOUNTS PAYABLE, JUNE LAKE, CA 93529

10924   MARZANO & SONS, HIGHWAY 395, MAMMOTH LAKES, CA 93546

10925   MARZBAN, PARVANEH, 8413 SILVERDALE CT, LORTON, VA 22079

10925   MARZELL M TROST &, VERNA E TROST JT TEN, 10217 S KOMENSKY, OAK LAWN, IL 60453-4262

10925   MARZULA, JAMES, 226 N. VINE ST., NEW CASTLE, PA 16101

10924   MAS CONSTRUCTION SYSTEM, INC, 2850 FAIR OAK ROAD, AMELIA, OH 45102

10924   MAS CONSTRUCTION, 2850 FAIR OAK RD., AMELIA, OH 45102

10924   MAS CONSTRUCTION, CAMBRIDGE, MA 02140

10925   MASA CORPORATION, POBOX 10263, NORFOLK, VA 23513

10925   MASAHARU NISHIOKA, 19069 MCFARLIN DR, GERMANTOWN, MD 20874-1437

10925   MASATO YONEDA, 905 N CAPITAL AVE, SAN JOSE, CA 95133-2702

10925   MASC, PO BOX 1368, IRMO, SC 29063-1368

10925   MASCARI, PAULETTE, 1264 REMSEN AVE, BROOKLYN, NY 11236

10924   MASCARO, INC/CAPITAL BUILDING @ @, COMMONWEALTH AND NORTH AVENUE, HARRISBURG, PA 17112

10924   MASCARO/LIME BUILDING, 3300 PREBLE AVE, PITTSBURGH, PA 15233

10925   MASCHINOT, FRED, BOX 44A, MELBOURNE, KY 41059

10925   MASCHINOT, JACK, 310 E LICKERT RD, ALEXANDRIA, KY 41001

10924   MASCHMEYER CONCRETE CO, 1142 WATER TOWER ROAD, LAKE PARK, FL 33403

10924   MASCHMEYER CONCRETE CO, 32401 MALLY RD, MADISON HEIGHTS, MI 48071

10924   MASCHMEYER CONCRETE CO., 1142 WATER TOWER ROAD, LAKE PARK, FL 33403

10924   MASCHMEYER CONCRETE CO., 32401 STEPHENSON HWY, MADISON HEIGHTS, MI 48071

10924   MASCHMEYER CONCRETE CO., 32401 STEPTHENSON HWY, MADISON HEIGHTS, MI 48071

10924   MASCHMEYER CONCRETE CO., 971 PIKE ROAD, WEST PALM BEACH, FL 33411

10925   MASCHMEYER CONCRETE COMPANY, 1142 WATERTOWER ROAD, LAKE PARK, FL 33403

10925   MASCIA, PATRICIA, 9 BELAIRE COURT, OLD BRIDGE, NJ 08857

10925   MASCIA, VINCENT, 6464 SPY GLASS LANE, STUART, FL 34997

10925   MASCIEL REAL ESTATE CO., 200 N. HARBOR BLVD.,STE. 102, ANAHEIM, CA 92805

10925   MASCIO, NANCY, 5 CALUMET COURT, DIX HILLS, NY 11746

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MASCIOCCHI, LINDA, 14 NEW SEARLES RD, NASHUA, NH 03062

10925   MASCO CORP AND MASCO TECH INC, DAVID L HIRSCH, 21001 VAN BORN ROAD, TAYLOR, MI 48180

10925   MASDON, LONNIE, 4523 ABBOT LOOP, JAMESTOWN, NC 27282

10925   MASELLI, JAMES M, 6413 AMHERST AVE, COLUMBIA, MD 21046

10925   MASELLI, JAMES, 6413 AMHERST AVE, COLUMBIA, MD 21046

10925   MASELLI, MICHAEL, 106 BELVEDERE AVE, GLEN BURNIE, MD 21061

10925   MASELLI, PAUL, 25 NATURAL BRIDGE RD, NORTH ADAMS, MA 01247

10925   MASELLI, WILLIAM, BLD 4 APT 36, TROY, NY 12180

10925   MASHAW, MARTHA, 2821 WALNUT HILL, IRVING, TX 75038

10925   MASI, IRIS, 20 NAGLE DR, SOMERVILLE, NJ 08876

10925   MASI, JOANNA, C/O JOANNA LYNCH, 2228 LAIRD WAY, SALT LAKE CITY, UT 84108-1925

10925   MASICAMPO, KATHLEEN, 3100 BISON WAY, ONTARIO, CA 91761

10925   MASIELLO, STEPHANIE, 60 LONGWOOD AVE, BROOKLINE, MA 02146

10925   MASINGILL, CHRISTINA, 7314 DUNSTON ST, SPRINGFIELD, VA 22151

10925   MASIOWSKI, ELIZABETH, 21 LAKE SHORE LOOP, AUGUSTA, GA 30904

10924   MASK TECHNOLOGY, 2601 S OAK STREET, SANTA ANA, CA 92707

10925   MASK, BILLY, 455 HIALEAH AVE, SAN ANTONIO, TX 78218-2619

10925   MASLAK, R, 574 OUTLOOK AVE, CHESHIRE, MA 01225

10925   MASLAK, YVONNE, 574 OUTLOOK AVE. RR1, BOX 325, CHESHIRE, MA 01225

10925   MASLANKA, JULIA, 152 S 4TH AVE, MANVILLE, NJ 08835-1814

10925   MASON & HANGER COMPANY, PANTEX PLANT, HWY 60 EAST, AMARILLO, TX 79177

10925   MASON & HANGER COMPANY, PO BOX 30020, AMARILLO, TX 79177

10924   MASON & HANGER CORP, HWY 60 EAST & FM2373, REC'G DEPT BLDG 16-19, AMARILO, TX 79177

10924   MASON & HANGER CORP., PO BOX 30020, AMARILLO, TX 79120-0020

10925   MASON & MADISON INC, 23 AMITY ROAD, NEW HAVEN, CT 06524

10925   MASON & MADISON INC, 23 AMITY ROAD, NEW HAVEN, CT 06525

10925   MASON & MADISON, INC, 23 AMITY ROAD, NEW HAVEN, CT 06524-3433

10925   MASON BOX CO, THE, 521 MT HOPE ST, NORTH ATTLEBORO, MA 02761-0129

10924   MASON BUILDING GROUP, 35 ALBE DR, NEWARK, DE 19702

10924   MASON BUILDING GROUP, 35 ALBE DRIVE, NEWARK, DE 19702

10924   MASON CO. TRANSIT MIX INC., P. O. BOX 156, LUDINGTON, MI 49431

10925   MASON COLOR WORKS, 250 EAST SECOND ST, PO BOX 76, EAST LIVERPOOL, OH 43920

10925   MASON CONTRACTORS ASSOC OF GREATER, 1480 RENAISSANCE DR #401, PARK RIDGE, IL 60068

10925   MASON CONTRACTORS ASSOC. OF AMERICA, 1550 SPRING ROAD, STE 320, OAK BROOK, IL 60521

10925   MASON CONTRACTORS ASSOCIATION OF, 1910 S.HIGHLAND AVE.STE.101, LOMBARD, IL 60148

10925   MASON CONTRACTORS ASSOCIATION, 1910 S.HIGHLAND AVE.STE.101, LOMBARD, IL 60148

10924   MASON COUNTY TRANSIT MIX INC., 605 SOUTH US 31, LUDINGTON, MI 49431

10924   MASON COUNTY TRANSIT MIX INC., PO BOX 156, LUDINGTON, MI 49431

10924   MASON DRYWALL, 2011 TRADE DR, MIDLAND, TX 79706

10925   MASON SR., ERIC, 4303 DECLARATION DR. #B, INDIANAPOLIS, IN 46227

10924   MASON SUPPLY, 2011 TRADE STREET, MIDLAND, TX 79706

10924   MASON SUPPLY, 2637 SE 12TH AVENUE, PORTLAND, OR 97202

10924   MASON SUPPLY, PO BOX 42367, PORTLAND, OR 97242

10924   MASON WINLECTRIC, 755 READING ROAD, MASON, OH 45040

10925   MASON, APRIL, 11 POWDERVIEW COURT, BALTIMORE, MD 21236

10925   MASON, APRIL, 11 POWDERVIEW COURT, NOTTINGHAM, MD 21236

10925   MASON, BENNY, 7037 HWY 6N, BOX 235, HOUSTON, TX 77095

10925   MASON, CHARLES, 151 ELTON AVE., YARDVILLE, NJ 08520

10925   MASON, CHARLES, 548 PHYLLIS CIRCLE, TALBOTT, TN 38777

10925   MASON, CHERYL, 1315 HANOVER LN, VENTURA, CA 93003

10925   MASON, CHRISTOPHER, 7501 MONTGOMERT NE, ALBUQUERQUE, NM 87109

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MASON, CLYDE, 125 FAIRFIELD CIRCLE, FAYETTEVILLE, GA 30214 | |
| 10925 | MASON, DANNY, 4526 HONEYSUCKLE DR, N CANTON, OH 44720-1172 | |
| 10925 | MASON, DONNA, 5510-6 N STREAM DR, CHARLOTTE, NC 28208 | |
| 10925 | MASON, ELIZABETH, 2922 WESTGARD LN, CORPUS CHRISTI, TX 78415 | |
| 10925 | MASON, FRANK, 4211 W FIRST ST, SANTA ANA, CA 92703 | |
| 10925 | MASON, GLORIA, 1016 PARKVIEW CIRCLE, ASHLAND, OH 44805 | |
| 10925 | MASON, HARVEY, 910 GOV. MOUTON, ST. MARTINVILLE, LA 70582 | |
| 10925 | MASON, HERBERT, 909 SE 14 CT, DEERFIELD BEACH, FL 33441 | |
| 10925 | MASON, HOPE, 3321 E 113 TERR, KANSAS CITY, MO 64137 | |
| 10925 | MASON, JACK, 2511 WINCHESTER SOUTH, LINCOLN, NE 68512 | |
| 10925 | MASON, JIMMY, RT1 BOX 35, TYRONE, OK 73951-9721 | |
| 10925 | MASON, JOSIE M, 4520 COX ROAD, EVANS, GA 30809 | |
| 10925 | MASON, KENNETH W, 1550 LAURA ST, CLEARWATER, FL 33755-6042 | |
| 10925 | MASON, KRISTIN, 10152 MIULTREE CT., ORLANDO, FL 32817 | |
| 10925 | MASON, LADONNA, 510 SPOTSWOOD ROAD., CHARLESTON, WV 25303 | |
| 10925 | MASON, MARK, 12965 W. SCARBOROUGH DRIVE, NEW BERLIN, WI 53151 | |
| 10925 | MASON, MARY, 843 NESMITH SREET, HARTSELLE, AL 35640 | |
| 10925 | MASON, MAVIS, 1434 E TANNERS CREEK DR 1, NORFOLK, VA 23513 | |
| 10925 | MASON, MELODIE, RR2, MOMENCE, IL 60954 | |
| 10925 | MASON, MICHAEL, 37 CHASE ST, DANVERS, MA 01923 | |
| 10925 | MASON, MICHELLE, 90 GEORGE ST, ARLINGTON, MA 02476 | |
| 10925 | MASON, NILES, 31 ANDERSON RIDGE RD, CATONSVILLE, MD 21228 | |
| 10925 | MASON, RALPH, 6301 GASTON AVE, SUITE 735, DALLAS, TX 75214 | |
| 10925 | MASON, RICK, 4126 S DETROIT, TOLEDO, OH 43614 | |
| 10925 | MASON, RONALD, PO BOX 746, WESCHESTER, OH 45069 | |
| 10925 | MASON, RUBY, 208 GRAY CIRCLE, FOUNTAIN INN, SC 29644 | |
| 10925 | MASON, RUTH, HWY 158 W, PO BOX 2, ROANOKE RAPIDS, NC 27870 | |
| 10925 | MASON, SAMUEL, 1906 MT ROYAL TERRACE, BALTIMORE, MD 21217 | |
| 10925 | MASON, SCOTT, 709 SEIB DRIVE, OFALLON, MO 63366 | |
| 10925 | MASON, STEVE, 6431 KINGSBURY, DEARBORN HEIGHTS, MI 48127 | |
| 10925 | MASON, STEVEN, 1502 S HWY 14, GREER, SC 29651 | |
| 10925 | MASON, TAMMY, 2034 PRIMROSE LANE, SCHERTZ, TX 78154 | |
| 10925 | MASON, TONY, RT. 1. BOX 140, RICEVILLE, TN 37370 | |
| 10925 | MASON, VANESSA, 1016 N. RIDGE WAY, CHICAGO, IL 60651 | |
| 10925 | MASON, WANDA, PO BOX 177, TASLEY, VA 23441 | |
| 10925 | MASON, WILLIE, 261 DUNCAN RD, GRANITEVILLE, SC 29829 | |
| 10925 | MASON, YVONNE, 40 ROCKDALE ST # 11, MATTAPAN, MA 02126 | |
| 10925 | MASONEILAN INTERNATIONAL, 854 S. WESTGATE DR., ADDISON, IL 60101 | |
| 10924 | MASONEX INTERNATIONAL, 2720 FOREST HILL BLVD., WEST PALM BEACH, FL 33406 | |
| 10924 | MASONIC HOME & HOSPITAL, MASONIC DRIVE, WALLINGFORD, CT 06492 | |
| 10924 | MASONIC HOMES, CUSTOMER PICK UP, TRENTON, NJ 08638 | |
| 10924 | MASONIC RETIREMENT HOME, ALTA BUILDING MATERIALS, FREMONT, CA 94536 | |
| 10924 | MASONPRO INC., 1701 ACME ST., ORLANDO, FL 32805 | |
| 10924 | MASONPRO INC., 1701 ACME STREET, ORLANDO, FL 32805 | |
| 10924 | MASONPRO INC., 43300 SEVEN MILE ROAD, NORTHVILLE, MI 48167 | |
| 10924 | MASONPRO, C/O CELEBRATION OFFICE #3, 180 CELEBRATION PLACE, CELEBRATION, FL 34747 | |
| 10925 | MASONPRO, INC, 43300 SEVEN MILE ROAD, NORTHVILLE, MI 48167 | |
| 10925 | MASONRY ADVISORY COUNCIL, 1480 RENAISSANCE DR,STE 401, PARK RIDGE, IL 60068 | |
| 10925 | MASONRY ASSOCIATION OF CENTRAL, 4004 CLARCONA-OCOEE ROAD, ORLANDO, FL 32810 | |
| 10925 | MASONRY ASSOCIATION OF GEORGIA, PO BOX 800103, SUGAR HILL, GA 30518 | |
| 10925 | MASONRY EXPO, 2302 HORSE PEN RD., HERNDON, VA 20171 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MASONRY INDUSTRY SUITE, PO BOX 3050, NORTH CANTON, OH 44720

10925    MASONRY INSTITUTE INC., 4853 CORDELL AVE, BETHESDA, MD 20814

10925    MASONRY INSTITUTE OF IOWA, 5665 GREENDALE ROAD SUITE C, JOHNSTON, IA 50131

10925    MASONRY INSTITUTE OF MICHIGAN, INC, 12870 FARMINGTON RD., STE A, LIVONIA, MI 48150

10925    MASONRY INSTITUTE OF TENNESSEE, POBOX 41654, NASHVILLE, TN 37204-1654

10925    MASONRY INSTITUTE OF, 136 N. SUMMIT ST., SUITE #100, TOLEDO, OH 43604

10924    MASONRY PRODUCTS #0941, DIV.OF UNITED BLDG CENTERS, WINONA, MN 55987

10924    MASONRY PRODUCTS, 1512 E. FULTON, GARDEN CITY, KS 67846

10924    MASONRY REINFORCING, 400 ROUND TREE RD, CHARLOTTE, NC 28217

10924    MASONRY REINFORCING, P O BOX 240988, CHARLOTTE, NC 28224

10925    MASONRY SCHOLARSHIP FUND, PO BOX 14596, TALLAHASSEE, FL 32317

10925    MASONRY SOCIETY, THE, 3970 BROADWAY UNIT 201D, BOULDER, CO 80304-1135

10924    MASONRY SUPPLY INC., 1217 BRUMLOW, SOUTHLAKE, TX 76092

10924    MASONRY SUPPLY INC., P O BOX 638, MANSFIELD, TX 76063

10924    MASONRY SUPPLY INC., PO BOX 638, MANSFIELD, TX 76063

10924    MASONRY SUPPLY, INC., HWY. 121 & CUSTER ROAD, FRISCO, TX 75034

10924    MASONRY SUPPLY, INC., JCT. HWY. 80 & TOWNEAST BLVD., 3515 FORNEY AVE., MESQUITE, TX 75149

10925    MASONRY SYSTEMS INC, 5047 ALBRECHT LANE, WARRENTON, VA 20187

10924    MASONRY TECH CONST., GRAND RIVER J E OFF OLD PLANK RD., NEW HUDSON, MI 48165

10925    MASONRY TECHNOLOGY INC, 7 ALLISON DRIVE, CHERRY HILL, NJ 08003

10924    MASONRY TECHNOLOGY, 1220 NO. SOLON RD., WAXAHACHIE, TX 75165

10924    MASONS SUPPLY, 6018 - 234TH STREET SE SUITE A, WOODINVILLE, WA 98072

10925    MASOOD, AHMED, 2510 GIRARD AVE, WEST LAWN, PA 19609

10924    MASPETH CONCRETE LOADING CORP., 46 - 73 METROPOLITAN AVENUE, RIDGEWOOD, NY 11385

10925    MASQUELIER-SMITH, RONI, 1593 NW 167TH AVE, PEMBROKE PINES, FL 33028

10925    MASRI, SUZANNE, 1755 18TH ST, NW, WASHINGTON, DC 20009

10925    MASS AIR CONDITIONING &, PO BOX 6476, CHELSEA, MA 02150-0008

10925    MASS AUDIO VISUAL, 80 CAMBRIDGE ST, BURLINGTON, MA 01803-4146

10925    MASS CASH REGISTER INC, 214 MAIN ST, STONEHAM, MA 02180

10925    MASS CRANE AND HOIST SERVICE, INC, 80 TURNPIKE RD, CHELMSFORD, MA 01824

10924    MASS ELECTRIC CONSTRUCTIO, 58-09 2ND AVE., BROOKLYN, NY 11220

10924    MASS ELECTRIC, 150-50 14TH ST., WHITESTONE, NY 11357

10924    MASS ELECTRIC, 300 S. ORANGE AVE., ORLANDO, FL 32801

10924    MASS ELECTRIC, 40 TECHNOLOGY WAY, WEST GREENWICH, RI 02817

10925    MASS FENCE CO, 109 EDGEHILL RD, EAST BRAINTREE, MA 02184

10925    MASS GAS & ELECTRIC OF BOSTON, PO BOX 8756, BOSTON, MA 02114

10924    MASS GENERAL HOSPITAL, 505 UNIVERSITY AVE., NORWOOD, MA 02062

10924    MASS GENERAL HOSPITAL, CHARLES STREET LOADING DOCK, BOSTON, MA 02133

10924    MASS INSTITUTE OF TECHNOLOGY, 77 MASSACHUSETTS AVENUE, CAMBRIDGE, MA 02139-4307

10925    MASS MAILING SERVICE INC., 1657 WASHINGTON ST, HOLLISTON, MA 01746

10925    MASS OFFICE AUTOMATION &, CONSULTANTS, 100 HANO ST SUITE 18, ALLSTON, MA 02134

10925    MASS TRANSIT AUTHORITY (M.T.A), 725 VIGNES, LOS ANGELES, CA 90050

10924    MASS TRANSIT AUTHORITY (M.T.A)., C/O WESTSIDE BUILDING MATERIALS, 725 VIGNES, LOS ANGELES, CA 90050

10925    MASS VAC INC., 247 RANGEWAY RD, NORTH BILLERICA, MA 01862

10925    MASS, MD, PA, CHRISTIAN S, 413 NOTTINGHAM RD., BALTIMORE, MD 21229

10924    MASS. CHEMICAL TECHNOLOGY, ALLIANCE (MCTA), BOSTON, MA 02116

10924    MASS. ELETRIC CONSTRUCTION, 150-50 14TH ROAD, WHITESTONE, NY 11357

10925    MASS. INDUSTRIAL SUPPLY INC, 208 BROADWAY, CHELSEA, MA 02150

10924    MASS. STATE SCIENCE FAIR INC., 643 BROADWAY SUITE 355, SAUGUS, MA 01906

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MASS.CHAPTER APDA, 4 DAVID HENRY GARDNER LANE, SOUTHBORO, MA 01772

10925   MASS.TIME-TO-MARKET NETWORK, 49 TEMPLE ST, NEWTON, MA 02165

10925   MASS/GREATER BOSTON CHAPTER ASTD, POBOX 67262, CHESTNUT HILL, MA 02467

10925   MASSA PRODUCTS CORP, 280 LINCOLN ST, HINGHAM, MA 02043-1796

10925   MASSA, ANN, 242 REYNOLDS ST, PEARL, MS 39208

10925   MASSA, CAROL, 11537 NW 19 DRIVE, CORAL SPRINGS, FL 33071

10925   MASSACHUSETTS ALCOHOL BEVERAGE, 239 CAUSEWAY ST SUITE 200, BOSTON, MA 02114

10925   MASSACHUSETTS ATTY GENERAL, ATTN: TOM REILLY, ONE ASHBURTON PLACE, BOSTON, MA 02108

10925   MASSACHUSETTS BAR ASSOCIATION, 20 WEST ST, BOSTON, MA 02111-1218

10925   MASSACHUSETTS BAY TRANSPORTATION AU, WILLIAM A MITCHELL JR, 10 PARK PLAZA, BOSTON, MA 02116

10925   MASSACHUSETTS CHEMICAL, 31 ST. JAMES AVE., #1059, BOSTON, MA 02116

10925   MASSACHUSETTS CONCRETE &, PO BOX 39, BURLINGTON, MA 01803

10925   MASSACHUSETTS CONSTRUCTION INDUSTRY, 100 POUND ROAD, CUMBERLAND, MA 02864

10925   MASSACHUSETTS DEPT ENV PROTECTION, 627 MAIN ST, WORCESTER, MA 01608

10925   MASSACHUSETTS DEPT ENV PROTECTION, ONE WINTER ST 5TH FL, BOSTON, MA 02108

10925   MASSACHUSETTS DEPT OF ENV PROTECTIO, 40 INSTITUTE ROAD, NORTH GRAFTON, MA 01536

10925   MASSACHUSETTS DEPT OF ENV PROTECTIO, LEONARD J PINAUD CHIEF, 20 RIVERSIDE DR, LAKEVILLE, MA 02347-1676

10925   MASSACHUSETTS DEPT OF ENV PROTECTIO, MICHAEL R LEBLANC ENV ANALYST, 627 MAIN ST, WORCESTER, MA 01608-2022

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, ALAN WEINBERG, DEP REG DIR, 436 DWIGHT ST, SPRINGFIELD, MA 01103

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, ANNA MAYOR, PROJ MGR, ONE WINTER ST, 7TH FL, BOSTON, MA 02108

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, ATTN: ANDREW COHEN, OFFICE OF THE GEN COUNSEL, 1 WINTER ST , 3RD FL, BOSTON, MA 02108

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, ATTN: JANET WALDRON, BUR OF WASTE STE CLEANUP, 1 WINTER ST, BOSTON, MA 02108

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, BRIAN SMITH, PROJECT MGR, 20 RIVERSIDE DR, LAKEVILLE, MA 02347

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, DAN KEEFE, PROJ MGR, BUREAU OF WASTE SITE CLEANUP, 1 WINTER ST, BOSTON, MA 02108

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, KEVIN KIERNAN, COUNSEL, 20 RIVERSIDE DR, LAKEVILLE, MA 02347

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, LEN PINAUD, PROJ MGR, 20 RIVERSIDE DR, LAKEVILLE, MA 02347

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, MICHAEL R LEBLANC, ENVIR ANALYST, 627 MAIN ST, WORCESTER, MA 01608

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, NIKKI KORKATTI, PROJ MGR, ONE WINTER ST , 5TH FL, BOSTON, MA 02108

10925   MASSACHUSETTS DEPT OF ENVIR PROTECTION, ONE WINTER ST, BOSTON, MA 02108

10925   MASSACHUSETTS DOR, PO BOX 7049, BOSTON, MA 02204

10925   MASSACHUSETTS ELECTRIC, PROCESSING CENTER, WOBURN, MA 01807-0005

10925   MASSACHUSETTS EXEC OFFICE OF ENVIR AFFAIRS, 251 CAUSEWAY ST , 9TH FL, BOSTON, MA 02114

10925   MASSACHUSETTS EXEC OFFICE OF ENVIR AFFAIRS, 251 CAUSEWAY ST, 9TH FLR, BOSTON, MA 02114

10925   MASSACHUSETTS EYE & EAR INFIRMARY, 243 CHARLES ST, BOSTON, MA 02114

10925   MASSACHUSETTS HORTICULTURAL SOCIETY, 300 MASS AVE, BOSTON, MA 02115

10925   MASSACHUSETTS INSTITUTE OF TECH (LI, MIT LINCOLN LABORATORIES, 244 WOOD ST, LEXINGTON, MA 02420

10925   MASSACHUSETTS INSTITUTE OF TECH, 77 MASS AVE, CAMBRIDGE, MA 02139

10925   MASSACHUSETTS INSTITUTE OF TECHNOLO, 77 MASSACHUSETTS AVE., CAMBRIDGE, MA 02139-4307

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MASSACHUSETTS INSTITUTE OF, 77 MASSACHUSETTS AVE, CAMBRIDGE, MA 02139-4307

10925   MASSACHUSETTS MILITARY RESERVATION, GENERAL SHEEHAN, JOINT PROGRAM OFFICE, BLDG 1204, CAMP EDWARDS, MA 02540

10925   MASSACHUSETTS MILITARY RESERVATION, JOINT PROGRAM OFFICE, BLDG 1204, CAMP EDWARDS, MA 02540

10925   MASSACHUSETTS PARALEGAL ASSOC INC, 99 SUMMER ST SUITE L-150, BOSTON, MA 02110

10925   MASSACHUSETTS REGISTRY OF MOTOR, POBOX 199106, ROXBURY, MA 02119-9106

10925   MASSACHUSETTS RIFLE ASSOCIATION INC, 290 REAAR SALEM ST, WOBURN, MA 01801

10925   MASSACHUSETTS RIFLE ASSOCIATION, 290 REAR SALEM ST, WOBURN, MA 01801

10925   MASSACHUSETTS RIFLE ASSOCIATION, 45 JUDITH E DR, TEWKSBURY, MA 01876

10925   MASSACHUSETTS SAFETY COUNCIL INC, 100 GRANDVIEW RD #304, BRAINTREE, MA 02184-2686

10925   MASSACHUSETTS SAFETY COUNCIL ROAD, 100 GRANDVIEW ROAD, BRAINTREE, MA 02184-2686

10925   MASSACHUSETTS SOCIETY OF, PO BOX 11027, BOSTON, MA 02211-0001

10925   MASSACHUSETTS SPECIAL OLYMPICS, PO BOX 303, HATHORNE, MA 01937-0303

10925   MASSACHUSETTS STATE POLICE, 125 DAY BLVD, BOSTON, MA 02125

10925   MASSACHUSETTS STATE POLICE, 520 FELLSWAY, MEDFORD, MA 02155

10925   MASSACHUSETTS TAXPAYERS FOUNDATION, INC, 333 WASHINGTON ST SUITE 853, BOSTON, MA 02108-5170

10924   MASSACHUSETTS WATER RESOURCE AUTH., GRIFFIN WAY, CHELSEA, MA 02150

10925   MASSACHUSETTS WATER RESOURCE AUTHOR, CHARLESTOWN NAVEL YARD, C/O TREASURER, BOSTON, MA 02129

10925   MASSACHUSETTS WATER RESOURCES AUTHO, C/O TREASURER, BLDG 36, SECOND FLOO, BOSTON, MA 02129

10924   MASSARELLI, 500 SOUTH EGG HARBOR RD., HAMMONTON, NJ 08037

10924   MASSARELLI'S, 500 SO. EGG HARBOR RD, HAMMONTON, NJ 08037

10924   MASSARELLI'S, 500 SOUTH EGG HARBOR., HAMMONTON, NJ 08037

10925   MASSARO JR, WILLIAM, 461 MCHENRY AVE, CRYSTAL LAKE, IL 60014

10924   MASSENA READY MIX, 531 S. MAIN ST., MASSENA, NY 13662

10925   MASSENBURG, EVELYN, 995 SANFORD AVE, IRVINGTON, NJ 07111

10925   MASS-ENERGY INDUSTRIES INC, 20 JEFFREYS NECK RD, IPSWICH, MA 01938

10925   MASSENGALE, JAMES, 2114 CLAIRAIN DR., FRANKLINTON, LA 70427

10925   MASSENGILL, PHILLIP, 1745 FLEA RIDGE RD, MOHAWK, TN 37810

10925   MASSENGILL, RONNIE, 119 SALEM ROAD, BILLERICA, MA 01862

10925   MASSENVELOPE PLUS, PO BOX 9184, CHELSEA, MA 02150-9184

10925   MASSERMAN, LETICIA, 23921 CROSSON DR, WOODLAND HILLS, CA 91367

10925   MASSES HARDWARE CO, 249 WALDEN ST, CAMBRIDGE, MA 02140

10925   MASSEY JR., GEORGE, 2164 W. PATAPSCO AVE., BALTIMORE, MD 21225

10925   MASSEY STUDIOS, 1521 CENTRAL AVE, CHARLOTTE, NC 28205

10925   MASSEY, ALBERT, 705 22ND ST., BEAUMONT, TX 77706

10925   MASSEY, ALLAN, 5112 MAKENA DRIVE, RALEIGH, NC 27615

10925   MASSEY, ANNISA, 460 WINSTON RD., OAKLAND, KY 42159

10925   MASSEY, CHARLES, 1819 OLMOS, ALICE, TX 78332

10925   MASSEY, DAVID L, 6134 ORANGEWOOD, CORPUS CHRISTI TX, TX 78412

10925   MASSEY, DAVID, ROUTE 1 BOX 33, ENOREE, SC 29335-9602

10925   MASSEY, FLOYD, PO BOX 1162, MEEKER, CO 81641

10925   MASSEY, GERARD, 3109 KENTUCKY AVE, BALTIMORE, MD 21213

10925   MASSEY, GLENNA, 11072 W COUNTRY, LOVELAND, CO 80537

10925   MASSEY, GRANGER, ROUTE 1 BOX 36A, ENOREE, SC 29335

10925   MASSEY, JIMMY, PO BOX 177, TYE, TX 79563

10925   MASSEY, JOHN, 105 PRIORESS PL, PIEDMONT, SC 29673-8672

10925   MASSEY, JOHNNY, 1000 SOUTH GREEN, LONGVIEW, TX 75605

10925   MASSEY, JR, WILLIAM, PO BOX 786, GASTON, NC 27832

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MASSEY, MARK, 865 MARYDALE DR, GREEN BAY, WI 54313

10925   MASSEY, MARY, 7511 SEURAT ST, ORLANDO, FL 32819

10925   MASSEY, REBECCA, 155 STRAWFLOWER LN., ROANOKE RAPIDS, NC 27870

10925   MASSEY, RODNEY, 28 BLUEBIRD COURT, WALHALLA, SC 29691

10925   MASSEY, RUSTY, 1324 1/2 E. 1ST ST., LONG BEACH, CA 90802

10925   MASSEY, STUART, BOX 285, MEEKER,, CO 81641

10925   MASSEY, TINA, PO BOX 310248, NEW BRAUNFELS, TX 78131

10925   MASSEY-BOYER, TRISHA, 33412 B NOTTINGHAM, DANA POINT, CA 92629

10925   MASSEYS DIESEL REPAIR INC, 1417 SOUTH 59TH AVE, PHOENIX, AZ 85043

10925   MASSEYS TRUCK & TANK REPAIR, 1429 S 59TH AVE, PHOENIX, AZ 85043

10925   MASSEYS TRUCK & TANK REPAIR, INC, 1429 SOUTH 59TH AVE., PHOENIX, AZ 85043

10925   MASSIAH, WILMA, 4615 22ND AVE, MT. RAINER MD, MD 20712

10925   MASSIE, ANNE B, 1066 BELLAIRE DR, MANSFIELD, OH 44907-3005

10925   MASSIE, JOSEPHINE, 804 LANCASTER DRIVE, FRIENDSWOOD, TX 77546

10924   MASSILLY - METAL CAP PLANT, 501 LAKE SHORE ROAD EAST, MISSISSAUGA, ON L5G 1H9TORONTO     **\*VIA Deutsche Post\***

10924   MASSILLY NORTH AMERICA INC., 6605 KESTREL ROAD, MISSISSAUGA, ON L5T 1P4TORONTO     **\*VIA Deutsche Post\***

10925   MASSINGALE, CURTIS, 212 HURRICANE CRK RD, PIEDMONT, SC 29673

10925   MASSINGILL, ROBERT, 113 MENLO DR, SIMPSONVILLE, SC 29681

10925   MASSMAN, CALVIN, 850 TIMBERWOOD LANE, FAIRVIEW, TX 75069

10925   MASSMANN, CALVIN B, 850 TIMERWOOD LN, FAIRVIEW, TX 75069

10925   MASSON, CYNTHIA, 35 MEADOW LA, ACUSHNET, MA 02743

10925   MASSON, JUAN, PO BOX 6501, GUAYAQUIL, GUAYAQUIL     **\*VIA Deutsche Post\***

10925   MASSON, KAREN, 44 PLEASANT ST APT 2, AYER, MA 01432

10925   MASSONE, JOSEPH, 25 RIHA ST, BRIDGEWATER, NJ 08807

10925   MASSPORT, L G HANSCOM FIELD, BEDFORD, MA 01730

10925   MASS-VAC INC, PO BOX 359, NORTH BILLERICA, MA 01862

10924   MASS-VAC INC., 247 RANGEWAY ROAD, NORTH BILLERICA, MA 01862

10924   MASS-VAC INC., PO BOX359, NORTH BILLERICA, MA 01862

10925   MAST BROTHERS IBC CLEANING INC, 7254 MT HOLLY ROAD, CHARLOTTE, NC 28214

10925   MAST BROTHERS TANK CLEANING INC, POBOX 578, PAW CREEK, NC 28130-0578

10925   MAST TANK CLEANING, PO BOX 79, PAW CREEK, NC 28130-0079

10925   MASTAIN JR, RICHARD K, CUST FOR HENRY SARGENT MASTAIN, UNDER CA UNIF TRAN TO MIN ACT, PO BOX 681125, PARK CITY, UT 84068-1125

10925   MASTAIN, ANNE, CUST FOR CORTENAY MASTAIN, UNIF GIFT MIN ACT CA, PO BOX 681125, PARK CITY, UT 84068-1125

10925   MASTAIN, ANNE, CUST FOR SCHUYLER MASTAIN, UNIF GIFT MIN ACT CA, PO BOX 681125, PARK CITY, UT 84068-1125

10925   MASTAJ, EUGENE, 10 AMSTERDAM AVE, PASSAIC, NJ 07055

10925   MASTALKA, CYNTHIA, 505 KIRMAN AVE, RENO, NV 89502

10925   MASTEJULIA, ROBERT, PO BOX 72, TAFTSVILLE, VT 05073

10924   MASTEN LUMBER #3, RT. 113 & 20, MILLSBORO, DE 19966

10924   MASTEN LUMBER & BLDG SUPPLIES, 1011 OCEAN HIGHWAY, POCOMOKE CITY, MD 21851

10924   MASTEN LUMBER & BLDG SUPPLIES, P.O.BOX 205, MILFORD, DE 19963

10924   MASTEN LUMBER, 36 MC COY AVE., MILFORD, DE 19963

10925   MASTEN, ALTA, 4235 HAYFORD CT, PLEASANTON, CA 94566

10924   MASTER ADHESIVES INC., 996 NORCROSS IND CT STE A, NORCROSS, GA 30071

10925   MASTER BREWERS ASSN. OF THE AMERICA, 2421 N. MAYFAIR RD., STE. 310, WAUWATOSA, WI 53226

10925   MASTER BUILDERS INC, 3715 BARDSTOWN RD #214, LOUISVILLE, KY 40218

10924   MASTER BUILDERS INC., 3113 BUFFALO RD, ONTARIO, CA 91761

10925   MASTER BUILDERS, 25801 TERRA BELLA, LAGUNA HILLS, CA 92653

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MASTER BUILDERS, 300 31ST ST NORTH, SAINT PETERSBURG, FL 33713 | |
| 10925 | MASTER BUILDERS, INC, PO BOX 101992, ATLANTA, GA 30392-1992 | |
| 10924 | MASTER BUILDERS, INC., 300 - 31ST STREET N, SAINT PETERSBURG, FL 33713 | |
| 10925 | MASTER CARE JANITORIAL, PO BOX 189, NEW WESTMINSTER, BC V3L 4Y4CANADA | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE CORP, BO CANDELARIA, CARR NO 2 KM. 20.6, TOA BAJA, PR 951PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MASTER CONCRETE CORP, BO. CANDELARIO, TOA BAJA, 15727 | |
| 10924 | MASTER CONCRETE CORP, PLANT #2, MANATI, PR 674PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE CORP, PLANT #3, TRUJILLO ALTO, PR 976PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE CORP, PLANT #4, ARECIBO, PR 612PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE CORP, PLANT #6, CAROLINA, PR 983PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE CORP, PROJECT CAGUAS REAL, PR 52, LAS AMERICAS EXPRESSWAY, CAGUAS, PR 725PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE CORP-USE #500271, DELETION** S.CLARK, OFFICINA CENTRAL-CARR NO 2 KM. 20.6, TOA BAJA, PR 951PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE PRODUCTS, ATTN:  ACCOUNTS PAYABLE, TOA BAJA, PR 951PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE PRODUCTS, CARR NO. 2 KM. 20.6, TOA BAJA, PR 951PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE, PLANT #10, LAS PIEDRAS, PR 771PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE, PLANT #11, CANOVANAS, PR 729PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE, PLANT #5, SAN JUAN, PR 936PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE, PLANT #8 PAONAZO, AGUAS BUENAS, PR 703PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE, PLANT #9 VILLA REAL, CAGUAS, PR 725PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MASTER CONCRETE, PO BOX 2409, TOA BAJA, 951 | |
| 10925 | MASTER CONCRETE, PO BOX 2409, TOA BAJA, PR 00951PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE, RIO PIEDRAS, PR 925PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONCRETE, ROAD 156 KM 53.3, CARIABONCITO, CAGUAS, PR 725PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER CONSTRUCTION CO., C/O KRANTZ MCNEELY FUNERAL HOME, MAN, WV 25635 | |
| 10925 | MASTER CONSULTANTS AGENCY, 851 BURLWAY RD STE 618, BURLINGAME, CA 94010 | |
| 10925 | MASTER DISTRIBUTORS, 1026 6TH AVE, OAKLAND, CA 94606 | |
| 10924 | MASTER ELECTRIC SUPPLY, 201 COMMERCE DRIVE, FAIRFIELD, CT 06432 | |
| 10925 | MASTER FABRICATORS, 1700 ARTHERN ROAD, AUGUSTA, GA 30901 | |
| 10925 | MASTER FABRICATORS, PO BOX 2083, AUGUSTA, GA 30903 | |
| 10925 | MASTER LOCK CO, ATTN: DONALD P GALLO, REINHART BOERNER VAN, 1000 NORTH WATER ST, PO BOX 514000, MILWAUKEE, WI 53203-3400 | |
| 10925 | MASTER MACHINE WORKS INC, SAM B SHACKELFORD JR VP, PO BOX 6405, SPARTANBURG, SC 29304 | |
| 10925 | MASTER MARK, 307 WEST CEDAR, OLATHE, KS 66061 | |
| 10924 | MASTER MECHANIC INSULATION, CAMBRIDGE, MA 02140 | |
| 10924 | MASTER MECHANICAL INSULATION, 525 28TH ST, HUNTINGTON, WV 25702 | |
| 10924 | MASTER MECHANICAL INSULATION, 525 28TH STREET, HUNTINGTON, WV 25702 | |
| 10924 | MASTER PRODUCTS INC, TOA BAJA, PR 949PUERTO RICO | *VIA Deutsche Post* |
| 10924 | MASTER PRODUCTS, CARR NO. 2 KM 20.6, TOA BAJA, PR 951PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MASTER PROTECTION CORP., PO BOX 2223, SANTA MONICA, CA 90407-2223 | |
| 10925 | MASTER PUMPS & EQUIP., 110 WEST ARILINE HWY, STE. B, KENNER, LA 70062 | |
| 10925 | MASTER PUMPS & EQUIPMENT, PO BOX 650500, DALLAS, TX 75265-0500 | |
| 10925 | MASTER SONICS COMPANY, 445 W. QUEEN ST, SOUTHINGTON, CT 06489 | |
| 10925 | MASTER TAPE & LABEL PRINTERS, 4517 ELSTON AVE, CHICAGO, IL 60630 | |
| 10925 | MASTER TAPE & LABEL PRINTERS, 4517 ELSTON AVE., CHICAGO, IL 60630 | |
| 10924 | MASTER WATERPROOFING, 16 S. KETCHAM AVENUE, AMITYVILLE, NY 11701 | |
| 10924 | MASTER WATERPROOFING, 16 SOUTH KETCHAM AVE., AMITYVILLE, NY 11701 | |
| 10924 | MASTER, SUSAN, 587 KIESTER ROAD, SLIPPERY ROCK, PA 16057 | |
| 10924 | MASTERBOND, 154 HOBART STREET, HACKENSACK, NJ 07601 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MASTERHAN, DALE, 2715 HEATHER VIEW CIR, MARION, IA 52302 | |
| 10925 | MASTERING COMPUTERS, INC, 11000 N. SCOTTSDALE ROAD, SCOTTSDALE, AZ 85254 | |
| 10925 | MASTERMANS, PO BOX 411, AUBURN, MA 01501-0411 | |
| 10925 | MASTERMARK SIGNS & GRAPHICS, INC, 307 WEST CEDAR, OLATHE, KS 66061 | |
| 10925 | MASTERS COMPANY, 200 WILSON COURT, BENSENVILLE, IL 60106 | |
| 10925 | MASTERS KITCHEN KADDIES, 332 BASTON RD., AUGUSTA, GA 30907 | |
| 10924 | MASTERS MASONRY INC, 15 WEBB STREET, CRANSTON, RI 02910 | |
| 10924 | MASTERS MASONRY INC., 15 WEBB STREET, CRANSTON, RI 02910 | |
| 10924 | MASTERS SEMINARY, SIPLAST, 13248 ROSCOE BLVD., SUN VALLEY, CA 91352 | |
| 10925 | MASTERS TAYLOR LC, 181 SUMMERS ST, CHARLESTON, WV 25301 | |
| 10925 | MASTERS TOURNAMENT, PO BOX 2047, AUGUSTA, GA 30903-2047 | |
| 10925 | MASTERS, ALLEN, PO BOX 302, EATON PK, FL 33840 | |
| 10925 | MASTERS, CLIFTON, PO BOX 727, GRAY COURT, SC 29645-0727 | |
| 10925 | MASTERS, JEANNINE, RT1 BOX 392-A, LUCAS, OH 44843 | |
| 10925 | MASTERS, LANA, 817 2ND AVE NW, ARAB, AL 35016 | |
| 10925 | MASTERS, LARRY, 107 A MAPLE DRIVE, FOUNTAIN INN, SC 29644 | |
| 10925 | MASTERS, MARK, 638 OLD CEDAR ROCK ROAD, EASLEY, SC 29690 | |
| 10925 | MASTERS, PAUL, 435 HIGHLAND AVE, KEARNY, NJ 07032 | |
| 10925 | MASTIN, PAUL, PO BOX 121, PERRY PARK, KY 40363 | |
| 10925 | MASTIN, SANDRA R, 4775 PADDOCK ROAD, CINCINNATI, OH 45229 | |
| 10925 | MASTIN, SANDRA, PO BOX 121, PERRY PARK, KY 40363 | |
| 10925 | MASTRAD, ST. PIERRE-WETHERBY RD., LEEDS, CE LS17 9BBUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MASTRI, DEBORAH, 1558 NASH AVE, PITTSBURGH, PA 15235 | |
| 10925 | MASTRIANO, RICHARD, 290 RIVER RD, J1, PISCATAWAY, NJ 08854 | |
| 10924 | MASTRO CONCRETE, 154-33 BROOKVILLE BLVD., ROSEDALE, NY 11422 | |
| 10925 | MASTRO JT TEN, ANTHONY & HELEN M, 110 EXECUTIVE DR, MANHASSET HILLS, NY 11040-1016 | |
| 10925 | MASTROBERTI, MICHAEL, 1218 ELKHORN CT., SANTA ROSA, CA 95404 | |
| 10925 | MASTROCOLA, ELDA, 696 MAIN ST, SHREWSBURY, MA 01545 | |
| 10925 | MASTROFRANCESCO, ROBERTA, SPRING RUN ROAD #1, CORAOPOLIS, PA 15108 | |
| 10925 | MASTROIANNI, DONNA, 3227 W CAMPOBELLO DR, PHOENIX, AZ 85023 | |
| 10925 | MASTROIANNI, JORDAN, 26637 HONEY CREEK, R. PALOS VERDES, CA 90274 | |
| 10924 | MASTRONARDI MASON, 149-01 95TH AVE., JAMAICA, NY 11435 | |
| 10924 | MASTRONARDI/QUEENS'S READY MIX, 149-01 95TH AVE., JAMAICA, NY 11435 | |
| 10925 | MASTRONARDO, RICHARD, 26109 N.MC BEAN PKWY, #54, VALENCIA, CA 91355 | |
| 10925 | MASTROTOTARO JT TEN, JOSEPH & FRANCES, 23 BENJAMIN ST, BRISTOL, CT 06010-6402 | |
| 10925 | MASUNE COMPANY, PO BOX 971431, DALLAS, TX 75397-1431 | |
| 10925 | MASUNE COMPANY, POBOX 802, BUFFALO, NY 14205 | |
| 10925 | MASUR, CRAIG, 215 VALERIE COURT, GLENVIEW, IL 60025 | |
| 10925 | MATA, ABEL, 1765 GREGORY JARVIS, EL PASO, TX 79936 | |
| 10925 | MATA, ALICIA, RT.15 BOX 6150, MISSION, TX 78572 | |
| 10925 | MATA, ANTONIO, 1311 POLK, WICHITA FALLS, TX 76309 | |
| 10925 | MATA, DANIEL, 37243 WALNUT AVE A., NEWARK, CA 94560 | |
| 10925 | MATA, GREGORIO, RT #1 BOX 507-0, WESLACO, TX 78596 | |
| 10925 | MATA, HECTOR, 112 AVE H#36, HEREFORD, TX 79045 | |
| 10925 | MATA, JAVIER, 7246 DARBY AVE, RESEDA, CA 91335 | |
| 10925 | MATA, LORRAINE, 32232 CLAREMONT ST, UNION CITY, CA 94587 | |
| 10925 | MATA, MARIA, 337 N. MAINE AVE, APOPKA, FL 32712 | |
| 10925 | MATA, MICHAEL, 4705 WYONA DRIVE, CORPUS CHRISTI, TX 78411 | |
| 10925 | MATA, NANCY, 8633 DATA POINT, SAN ANTONIO, TX 78229 | |
| 10925 | MATA, PEDRO, 297 GREENS FARMS RD, GREENS FARMS, CT 06436 | |
| 10925 | MATA, PEDRO, 297 GREENS FARMS ROAD, GREENS FARMS, CT 06436 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MATA, SABINO, 322 W. HAWK, PHARR, TX 78577

10925    MATALE, S, 10133 FARMINGDALE DR, RICHMOND, VA 23235

10925    MATAMOROS, GILBERT, 1533 HEATHERHOLLOW31, SILVER SPRING, MD 20904

10925    MATANO, JOSEPH, 20 MARC DRIVE, HOWELL, NJ 07731

10925    MATAS, SHARON, 4955 CAMELOT DR, MOBILE, AL 36619

10925    MATASKA, LUCRECIA, 1539 CLOVER LN, WICHITA FALLS, TX 76304

10925    MATAYA, HEATHER, 4521 PRAIRIE PLACE, DE FOREST, WI 53532

10925    MATCHO, KAREN, 152 SYCAMORE AVE, BRIDGEWATER, NJ 08807

10924    MATCO STONE CENTER, 1263 HAMMONDVILLE RD, POMPANO BEACH, FL 33069

10925    MATCON USA, INC, 233 N DELSEA DRIVE, SEWELL, NJ 08080

10925    MATCON USA, INC, 233 N. DELSEA DRIVE, SEWELL, NJ 08080

10925    MATEJCEK, ANN MARIE, 130 NEW ROAD APT. L6, PARSIPPANY, NJ 07054

10925    MATEJCEK, JODIE, 3926 EMORY RD, EL PASO, TX 79922

10925    MATEJCEK, MARTHA, 3926 EMORY ROAD, EL PASO, TX 79922

10925    MATENAER, KAY, 1728 E. SHEFFIELD, CHANDLER, AZ 85225

10925    MATEO JR, PHILIP, 2416 TALISMAN DRIVE, KETTERING, OH 45420

10925    MATEO, JAVIER, BDA SANTA ANA, GUAYAMA, PR 00784

10925    MATEO, LUIS, 265 GROVE ST, JERSEY CITY, NJ 07309

10925    MATERIAL AISLANTES SA, RAUL GARCIA GAIZA SC, MARSALA & CORPUS CHRISTI, LAREDO, TX

10924    MATERIAL CONCRETE CORP, 618 GREENVILLE RD, NORTH SMITHFIELD, RI 02896

10924    MATERIAL CONCRETE CORP., 618 GREENVILLE RD., NORTH SMITHFIELD, RI 02896

10925    MATERIAL CONTROL INC, 338 E SULLIVAN RD, AURORA, IL 60504

10925    MATERIAL CONTROL INC, 338 E SULLIVAN ROAD, AURORA, IL 60504-9740

10924    MATERIAL DISTRIBUTORS, INC., 211 NORTH 11TH STREET, MARSHALL, MN 56258

10924    MATERIAL DISTRIBUTORS, INC., PO BOX550, MARSHALL, MN 56258

10924    MATERIAL HANDLING CENTER, SOBIN PARK & A STREET, BOSTON, MA 02106-1096

10925    MATERIAL HANDLING EQUIP, 2619 N NORMANDY AVE, CHICAGO, IL 60635

10925    MATERIAL HANDLING SAFETY INC, 12271 SO SHANNAN LANE, OLATHE, KS 66062

10925    MATERIAL HANDLING SERVICES, INC, BOX 4582, AURORA, IL 60507-4582

10925    MATERIAL HANDLING SUPPLY INC, 12900 FIRESTONE BLVD, SANTA FE SPRINGS, CA 90670

10925    MATERIAL HANDLING SYSTEMS, DEPT. 0239, CINCINNATI, OH 45263-0239

10925    MATERIAL HANDLING TECHNOLOGIES INC, 5912 TRIANGLE DRIVE, RALEIGH, NC 27613

10925    MATERIAL NEWS INC, 4F-3 NO 308 SEC 5, TAIPEI, 0TAIWAN      **\*VIA Deutsche Post\***

10924    MATERIAL PROCESSING TECHNOLOGY CO., 95 PRINCE STREET, PATERSON, NJ 07501

10924    MATERIAL SERVICE COMPANY, 8400 EAGER ROAD, BRENTWOOD, MO 63144

10924    MATERIAL SERVICE CORP, 222 N LASALLE STREET, CHICAGO, IL 60601

10924    MATERIAL SERVICE CORP, 4633 PRAIRIE HILL ROAD, SOUTH BELOIT, IL 61080

10924    MATERIAL SERVICE CORP, ROUTE 53, ROMEOVILLE, IL 60441

10924    MATERIAL SERVICE CORP, YARD 32, HIGHLAND PARK, IL 60035

10924    MATERIAL SERVICE CORP, YARD 38, NAPERVILLE, IL 60540

10924    MATERIAL SERVICE CORP., 222 NORTH LASALLE ST, CHICAGO, IL 60601

10924    MATERIAL SERVICE, 8400 EAGER ROAD, SAINT LOUIS, MO 63144

10924    MATERIAL SUPPLY INC, 107 CONCRETE RD, LEXINGTON, SC 29073

10924    MATERIAL SUPPLY INC., 107 CONCRETE RD, LEXINGTON, SC 29073

10924    MATERIAL SUPPLY INC., 107 CONCRETE RD., LEXINGTON, SC 29073

10924    MATERIAL SUPPLY INC., 2291 ST. PAUL RD., BARNWELL, SC 29812

10925    MATERIALS ANALYTICAL SERVICES, INC, 3945 LAKEFIELD COURT, SUWANEE, GA 30024

10925    MATERIALS CONSULTANTS, 11 WAGONERS TRAIL, GUELPH, ON N1G 3M9CANADA      **\*VIA Deutsche Post\***

10925    MATERIALS HANDLING EQUIPMENT, 1740 W 13TH AVE, DENVER, CO 80204

10925    MATERIALS HANDLING SYSTEMS, INC, 1901 LANSDOWNE RD., BALTIMORE, MD 21227

10925    MATERIALS HANDLING SYSTEMS, INC, 6955 SAN TOMAS RD., ELKRIDGE, MD 21075-6218

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MATERIALS HANDLING SYSTEMS, INC, 6955 SAN TOMAS ROAD, ELKRIDGE, MD 21227 | |
| 10924 | MATERIALS INC., 318 SOUTH HILL RD., BERNALILLO, NM 87004 | |
| 10924 | MATERIALS INC., P. O. BOX 1507, BERNALILLO, NM 87004 | |
| 10924 | MATERIALS INC., PO BPOX 1507, BERNALILLO, NM 87004 | |
| 10925 | MATERIALS RECOVERY ENTERPRISES, INC, TAYLOR COUNTY, OVALO, TX | |
| 10925 | MATERIALS RESEARCH SOCIETY, 506 KEYSTONE DR, WARRENDALE, PA 15086-7573 | |
| 10924 | MATERIALS RESEARCH, INC., ROUTE 303, ORANGEBURG, NY 10962 | |
| 10925 | MATERIALS TECHNOLOGY PUBLICATIONS, 40 SOTHERON ROAD, WATFORD, HERTS, WD1 2QAUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MATERIALS TESTING INC, 200 ROWE AVE, MILFORD, CT 06460 | |
| 10925 | MATERIALS TESTING LAB INC, 1529 JERICHO TURNPIKE, NEW HYDE PARK, NY 11040 | |
| 10925 | MATEY, RENEE, 8900 DAVID PLACE, 1B, DES PLAINES, IL 60016 | |
| 10925 | MATH STRATEGIES, 600 GREEN VALLEY ROAD, GREENSBORO, NC 27408 | |
| 10925 | MATH, ALENE, 1726 S. MELROSE, CASPER, WY 82601 | |
| 10925 | MATHAI, MATHEW, 6317 JIMMILLER, DALLAS, TX 75228 | |
| 10925 | MATHAI, YOHANNAN, 810 FOSTER STR, PHILADELPHIA, PA 19116 | |
| 10925 | MATHE, CYNTHIA RAE, 6456 E. VIRGINIA ST, MESA, AZ 85205 | |
| 10925 | MATHENA, WILEY, 11124 FOLKSTONE, YUKON, OK 73099 | |
| 10925 | MATHENY, LONNIE, 4540 FOX POINTE CT., INDIANAPOLIS, IN 46268 | |
| 10925 | MATHENY, MICHAEL, 2655 W LELAND AVE, CHICAGO, IL 60625 | |
| 10925 | MATHENY, MICHAEL, PO BOX 327, MONTICELLO, IN 46349 | |
| 10925 | MATHENY, STEVEN, 4002 BAKER DR., INDIANAPOLIS, IN 46236 | |
| 10924 | MATHER HOSPITAL, NORTH COUNTRY ROAD, PORT JEFFERSON STATION, NY 11776 | |
| 10925 | MATHERLY, JOHN, 1210 ST. ALBERTS, RENO, NV 89502 | |
| 10925 | MATHERN, DARYL, 801 SPRUCE ST, LEADVILLE, CO 80461 | |
| 10925 | MATHERNE, CHAD, 109 TWIN OAKS, RACELAND, LA 70394 | |
| 10925 | MATHERNE, DICK, 61235 CARRIER RD., AMITE, LA 70422 | |
| 10925 | MATHERNE, DOROTHY, 2156 LASALLE, GRETNA, LA 70056-4515 | |
| 10925 | MATHERNE, JR, CLAUDE, 451 WILLOW ST., RACELAND, LA 70394 | |
| 10925 | MATHERNE, KEVIN, 207 AYO ST., RACELAND, LA 70394 | |
| 10925 | MATHERNE, KURRY, BOX 961 STAR RT., DES ALLEMANDS, LA 70030 | |
| 10925 | MATHERNE, LAWRENCE, 135 PEYTRAL ST., RACELAND, LA 70394 | |
| 10925 | MATHERNE, MARK, PO BOX 102, LAROSE, LA 70370 | |
| 10925 | MATHERNE, MYRON, RT. 1, BOX 163-A, LOCKPORT, LA 70374 | |
| 10925 | MATHERNE, PERRY, PO BOX 621, GALLIANO, LA 70354 | |
| 10925 | MATHERNE, RALPH, 2156 LASALLE, GRETNA, LA 70056-4515 | |
| 10925 | MATHERNE, RONALD, 14107 ODAY RD TRLR 74, PEARLAND, TX 77581-3127 | |
| 10925 | MATHERNE, SR, DEAN, 429 EAST 37A, CUT OFF, LA 70345 | |
| 10925 | MATHERNE, WADE, 1625 HWY. 55, MONTEGUT, LA 70377 | |
| 10925 | MATHERS, ARCHIBALD, 45 S IDLEWILD APT. 314, MEMPHIS, TN 38104-3931 | |
| 10925 | MATHERS, CHRISTOPHER, 4000 WATONGA, HOUSTON, TX 77092 | |
| 10925 | MATHES, CLYDE, 2008 VICKIE DR., DEL CITY, OK 73115 | |
| 10925 | MATHESON GAS PROD., 932 PATTERSON PLANK RD., EAST RUTHERFORD, NJ 07073 | |
| 10925 | MATHESON GAS PRODUCTS INC, PO BOX 23029, NEWARK, NJ 07189 | |
| 10924 | MATHESON GAS PRODUCTS, 932 PATERSON PLANK ROAD, EAST RUTHERFORD, NJ 07073 | |
| 10925 | MATHESON HIGGINS CONGRESS PRESS INC, 166 NEW BOSTON ST, WOBURN, MA 01801 | |
| 10925 | MATHESON TRI-GAS INC, PO BOX 624, PARSIPPANY, NJ 07054-0624 | |
| 10924 | MATHESON TRI-GAS PRODUCTS, 61 GROVE STREET, GLOUCESTER, MA 01930 | |
| 10924 | MATHESON TRI-GAS PRODUCTS, PO BOX 1147, GLOUCESTER, MA 01930 | |
| 10925 | MATHESON TRI-GAS, PO BOX 845502, DALLAS, TX 75284-5502 | |
| 10925 | MATHESON, IAN, 322 E. 25TH ST., BALTIMORE, MD 21201 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MATHESON, JERRY, 302 N CHESTNUT, TOMBALL, TX 77375 | |
| 10925 | MATHESON, ROBERT, 239 HAVERHILL ST, DRACUT, MA 01826 | |
| 10925 | MATHESON, TRACY, 122 A KINGS MANOR TOWN HOUSES, ANDERSON, SC 29629 | |
| 10925 | MATHEW BENDER & CO., 1275 BROADWAY, ALBANY, NY 12204 | |
| 10925 | MATHEW, AMMINI, 4706 BAYPORT DR., GARLAND, TX 75043 | |
| 10925 | MATHEW, ANNAMMA, 171 E ROOSVELT BLVD, PHILA PA, PA 19120 | |
| 10925 | MATHEW, ANU, 439 HUMINGBIRD LN. FRANKLIN COMMONS, BENSALEM, PA 19020 | |
| 10925 | MATHEW, BEENA, 1212 N. BRITAIN RD., IRVING, TX 75061 | |
| 10925 | MATHEW, JESSY, 1104 PAINT BRUSH, MESQUITE, TX 75149 | |
| 10925 | MATHEW, JOHN, 425 MONICA LANE, PEARL, MS 39208 | |
| 10925 | MATHEW, JOSHY, 241A REICHLET RD, NEW MILFORD, NJ 07646 | |
| 10925 | MATHEW, KURIAKOSE, 610 ADAMS AVE, PHILA, PA 19120 | |
| 10925 | MATHEW, LUCY, 5257 PENWAY ST., PHILA, PA 19124 | |
| 10925 | MATHEW, RACHEL, 5625 CHERILEE LANE, HALTOM CITY, TX 76148 | |
| 10925 | MATHEW, SUSAMMA, 3437 KNOLL POINT, GARLAND, TX 75043 | |
| 10925 | MATHEW, THOMAS, 2048 ROYAL LANE #1179, DALLAS, TX 75229 | |
| 10925 | MATHEWS CONVEYER, PO BOX 30, PORT HOPE, ON L1A 3W1CANADA | *VIA Deutsche Post* |
| 10925 | MATHEWS DINSDALE & CLARK, ONE QUEEN ST EAST, TORONTO, ON M5C 2Z1CANADA | *VIA Deutsche Post* |
| 10925 | MATHEWS HEATING & AIR, 9595 CHARLES ELLAN DR, BESSEMER, AL 35023-7262 | |
| 10925 | MATHEWS INC, 2166 15TH ST, DENVER, CO 80202 | |
| 10924 | MATHEW'S READY MIX INC., 1619 SKYWAY/ READY MIX PLANT, CHICO, CA 95928 | |
| 10924 | MATHEW'S READY MIX, INC, 320-1ST ST, MARYSVILLE, CA 95901 | |
| 10925 | MATHEWS, AMY, 404 MICHAUX DRIVE, GREENVILLE, SC 29605 | |
| 10925 | MATHEWS, BARBARA, 1317 CRESTVIEW DR., ALLEN, TX 75002 | |
| 10925 | MATHEWS, BOBBY, 334 GLENDALE ST, LAKELAND, FL 33803-4010 | |
| 10925 | MATHEWS, C, 14 HORATIO ST., 11H, NEW YORK, NY 10014 | |
| 10925 | MATHEWS, CLARA, 1025 CHARLES DR, DRY BRANCH, GA 31020 | |
| 10925 | MATHEWS, CYNTHIA, 3525 MARGE DR, PITTSBURGH, PA 15234 | |
| 10925 | MATHEWS, DEEDRICK, 50 WALNUT ST., WATERLOO, NY 13165 | |
| 10925 | MATHEWS, HAROLD, 3248 ROCKY LANE, SULPHUR, LA 70665 | |
| 10925 | MATHEWS, JEAN, RT. 3 BOX 297, MARLOW, OK 73055 | |
| 10925 | MATHEWS, JR, FRED, 130 BEREA ONE, JEFFERSON, TX 75657 | |
| 10925 | MATHEWS, LESLIE, 17249 N 7TH ST APT # 2077, PHOENIX, AZ 85022 | |
| 10925 | MATHEWS, MERLIN, 22464 OVERTURE CIR, BOCA RATON, FL 33428 | |
| 10925 | MATHEWS, RICHARD, 1314 QUARTERPATH COURT, RICHMOND, TX 77469 | |
| 10925 | MATHEWS, ROBERT, 1219 HWY. 1207, DEVILLE, LA 71328 | |
| 10925 | MATHEWS, ROBERT, 1861-D VINTAGE CT., MARIETTA, GA 30060 | |
| 10925 | MATHEWS, ROBERT, 3331 W. 65TH ST., CHICAGO, IL 60629 | |
| 10925 | MATHEWS, ROGER D, 4000 N HAWTHORNE ST, CHATTANOOGA, TN 37406 | |
| 10925 | MATHEWS, ROGER, 907 BETSY PACK DRIVE, JASPER, TN 37347 | |
| 10925 | MATHEWS, RUSSELL, 5656 TIMBERLANE ROAD, LAKE WALES, FL 33853-8962 | |
| 10925 | MATHEWS, STACY, 303 SENOIA RD, FAIRBURN, GA 30213 | |
| 10925 | MATHEWS, ZINA, 10570 EMERALD RIDGE, OVERLAND, MO 63114 | |
| 10925 | MATHEWS, ZINA, 2171 PALESTRA #22, MARYLAND HEIGHTS, MO 63146 | |
| 10925 | MATHEWSON, MICHAEL, RURAL RT. 4 BOX 220, WATSEKA, IL 60970 | |
| 10925 | MATHEWSON, ROSA, 2965 OAKRIDGE COURT, ABILENE, TX 79606 | |
| 10925 | MATHEY, JOHN, 1131 MORAINE WAY APT 10, GREEN BAY, WI 54303 | |
| 10925 | MATHEYS, WILLIAM, 4017 LIBERTY WAY, MCKEESPORT, PA 15133 | |
| 10925 | MATHIAS, ECKART, 1317 ONSTOTT RD MESA OAKS, LOMPOC, CA 93436 | |
| 10925 | MATHIASEN JT TEN, ROBERT WAYNE & BARBARA Y, 408 IVES TERRACE, SUNNYVALE, CA 94087-1944 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MATHIASEN, ALFRED, 510 WATTS AVE, GREENVILLE, SC 29601 | |
| 10925 | MATHIASEN, ANN JAQUITH, 2828 CONNECTICUT AVE 207, WASHINGTON, DC 20008-1536 | |
| 10925 | MATHIASON, MARK, 15729 EAGLEVIEW DRIVE, CHARLOTTE, NC 28278 | |
| 10925 | MATHIESEN, BRYAN, 131 SLEEPY HOLLOW ROAD, HOLLIS TRAIL, MO 65672 | |
| 10925 | MATHIEU, TERESA, 20377 HWY 98 N., OKEECHOBEE, FL 34972 | |
| 10925 | MATHIEU, WILLIAM, 825 S. 6TH, MCALESTER, OK 74501 | |
| 10925 | MATHIS ADAMS TATE, 622 DRAYTON ST, PO BOX 9790, SAVANNAH, GA 31412 | |
| 10924 | MATHIS AKINS CONCRETE, PO BOX 45, MACON, GA 31202 | |
| 10925 | MATHIS, ANGLENE, 1504 N. EDWARDS, MIDLAND, TX 79701 | |
| 10925 | MATHIS, BETTY, 135 RABURN CHURCH RD, GRAY COURT, SC 29645-9757 | |
| 10925 | MATHIS, BONNIE, 506 MILTON, ANDERSON, IN 46012 | |
| 10925 | MATHIS, BRENDA, 212 W WINTERGREEN, DE SOTO, TX 75115 | |
| 10925 | MATHIS, BRIAN, RT 2 BOX 208, MAYSVILLE, GA 30558 | |
| 10925 | MATHIS, CLYDE, 573 ROCKMART ROAD, BUCHANAN, GA 30113 | |
| 10925 | MATHIS, DANNY, 1701 PEARLIE DR, 2F, WICHITA FALLS, TX 76306 | |
| 10925 | MATHIS, DAVID, 2121 S. GARFIELD, INDIANAPOLIS, IN 46203 | |
| 10925 | MATHIS, DONNA, 320 ASHLAND TRAIL, TYRONE, GA 30290 | |
| 10925 | MATHIS, JERRY, PO BOX 268, HURLEY, MS 39555 | |
| 10925 | MATHIS, JOHN, 401 MEADOWBROOK AVE, WOODRUFF, SC 29388 | |
| 10925 | MATHIS, KELLI, 5117 SUSAN LEE LN., N. RICHLAND HILLS, TX 76180 | |
| 10925 | MATHIS, KENNETH, 6021 CLEPHANE, CINCINNATI, OH 45227 | |
| 10925 | MATHIS, L, 4008 GARRISON, FT. WORTH, TX 76119 | |
| 10925 | MATHIS, LISA, 181 CALDWELL CIRCLE, SPARTANBURG, SC 29301 | |
| 10925 | MATHIS, LYMAN, 192 MATHIS RANCH DR., GRAY COURT, SC 29645 | |
| 10925 | MATHIS, LYNN, 700 W, CADDO, WILBURTON, OK 74578 | |
| 10925 | MATHIS, PATRICIA, 192 ROSEMONT AV, TRENTON, NJ 08618 | |
| 10925 | MATHIS, RANDALL, 1-A WILLIAMS ST, OLD ORCHARD BEACH, ME 04064 | |
| 10925 | MATHIS, RUSSELL, 514 LAKEWINDS BLVD, INMAN, SC 29349 | |
| 10925 | MATHIS, SANDRA, 2317 8TH ST SE, DECATUR, AL 35601 | |
| 10925 | MATHIS, SHELIA, 2121 S GARFIELD DR, INDIANAPOLIS, IN 46203 | |
| 10925 | MATHIS, TANYA, 40 CHESTNUT RIDGE DR, INMAN, SC 29349 | |
| 10925 | MATHIS, W. D., 213 KAOLIN RD., AIKEN, SC 29801 | |
| 10925 | MATHIS, WILLIAM, 150 NAUTILUS ST, AIKEN, SC 29805 | |
| 10925 | MATHIS, WILLIAM, 223 SOUTH CANYON, GUYMON, OK 73942 | |
| 10925 | MATHIS, WILLIAM, PO BOX 272062, OKLAHOMA CITY, OK 73137 | |
| 10925 | MATHIS, ZILLIAN, ROUTE 5 BOX 233, CORINTH, MS 38834 | |
| 10924 | MATHIS-AKINS, 130 LOWER ELM ST., MACON, GA 31206 | |
| 10924 | MATHIS-KELLY CONST. SUPPLY CO., 1046 W. JEFFERSON ST., MORTON, IL 61550 | |
| 10924 | MATHIS-KELLY CONST., 1046 W. JEFFERSON, MORTON, IL 61550 | |
| 10924 | MATHIS-KELLY CONST., BOX 5138, MORTON, IL 61550 | |
| 10924 | MATHIS-KELLY CONST., P. O. BOX 5138, MORTON, IL 61550 | |
| 10925 | MATHU, PAMELA, 4376 SCRAY HILL RD, DEPERE, WI 54115 | |
| 10925 | MATHUS, HUMBERTO, 7400 ARLINGTON BLVD #201, FALLS CHURCH, VA 22042 | |
| 10925 | MATHUS, JOSE, 7400 ARLINGTON BLVD, FALLS CHURCH, VA 22042 | |
| 10925 | MATHUS, JUAN, 1400 ARLINGTON BLVD, FALLS CHURCH, VA 22042 | |
| 10925 | MATIA VERGARA O, ADDA VITACURA 9990#309 EDIFICIO, SANTIAGO, CHILE | *VIA Deutsche Post* |
| 10925 | MATIAS VERGARA-C/O NORTHERN TRUST, 700 BRICKELL AVE, MIAMI, FL 33131 | |
| 10925 | MATIAS, AMOR, 11645 HAYNES ST, NORTH HOLLYWOOD, CA 91606-2530 | |
| 10925 | MATIAS, JESUS, 1519 W WASHINGTON, MILWAUKEE, WI 53204 | |
| 10925 | MATIAS, JOSE, 1086 HYDE PARK AVE, HYDE PARK, MA 02136 | |
| 10925 | MATIAS, LEMUEL, 23751 ARLINGTON AVE, TORRANCE, CA 90501 | |

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MATIAS, LUIS, 2303 N. 35TH LANE, MCALLEN, TX 78503

10925   MATIAS, LUZ, REPARTO SENORIAL, MAYAGUEZ, PR 00680

10925   MATIAS, MANUEL, PR-01 BUZON 3046 BARRIO CARACOL, ANASCO, PR 00610

10925   MATIAS, OLGA, URBAN. VILLAS UNIV., AGUADILLA, PR 00605

10925   MATIAS, SHARON, PO BOX 46032, PHILADELPHIA, PA 19160

10925   MATILDA MAZZA, 702 FLINT CT, LAKEHURST, NJ 08733-4653

10925   MATILDA PLEWS, RR1 BOX 209, ATHENS, IL 62613-9750

10925   MATINA PETROS &, JONATHAN A PETROS JT TEN, 481 TALL GRASS CIRCLE, LAKE ZURICH, IL 60047-2836

10925   MATKE, STEPHEN, 8816 S. TROY, EVERGREEN PARK, IL 60805

10925   MATLACK LEASING CORP., 1 ROLLINS PLAZA, WILMINGTON, DE 19803

10925   MATLACK, INC, 4801 BELLE GROVE RD., BALTIMORE, MD 21225

10925   MATLACK, INC, ACCOUNTS RECEIVABLE, PO BOX 7777 W-3800, PHILADELPHIA, PA 19175

10925   MATLACK, INC, PO BOX 7777-W3800, PHILADELPHIA, PA 19175

10925   MATLACK, INC, PO BOX 8789, WILMINGTON, DE 19899

10925   MATLOCK, AURORA, 10809 MOLLER DRIVE NW, GIG HARBOR, WA 98332-9531

10925   MATLOCK, BILLY, 2109 SE TURNER RD, ST JOSEPH, MO 64504

10925   MATLOCK, JAMES, 20916 CORINTH, OLYMPIA FIELDS, IL 60461

10925   MATLOCK, MARK W, PODRAWER 338, LA CANADA, CA 91012-0338

10925   MATLOCK, TIMOTHY, 2035 TIMBER CREEK COURT N, JACKSONVILLE, FL 32221

10925   MATMAN, THE, PO BOX 6498, BALTIMORE, MD 21230

10924   MAT-N-DAN, INC., 2500 MESA GRANDE RD, SANTA YSABEL, CA 92070

10925   MATNEY, PATRICIA, 6760 MABLETON PRKWAY, MABLETON, GA 30059

10925   MATONAK, ANTHONY, 13880 SAYRE ST #39, SYLMAR, CA 91342

10925   MATONIS, PETER, 455 READ ST, SEEKONK, MA 02771-1406

10925   MATOOK, MICHAEL, 15 BRENTWOOD DR, NO EASTON, MA 02356

10925   MATOS, ADRAINA, BOX 298, JUARIA DIAZ, PR 00665

10925   MATOS, ADRIANA, BOX 298, JUANA DIAZ, PR 00665

10925   MATOS, EVELIO, 291 K CHAD BROWN ST, PROVIDENCE, RI 02908

10925   MATOS, JOSE A, 7500 GRACE DR., COLUMBIA, MD 21044

10925   MATOS, JOSE, 19104 ABBEY MANOR DR, BROOKEVILLE, MD 20833

10925   MATOS, SANDRA, 1043 MELLER WAY, ORLANDO, FL 32825

10924   MATREYA, INC., 500 TRESSLER STREET, BELLEFONTE, PA 16823

10925   MATRISCIANO, CLIFTON, 207 S GRAND, RANGELY, CO 81648

10924   MATRIX DEVELOPMENTCORP., C/O NASH COUNTY HOSPITL, ROCKY MOUNT, NC 27804

10925   MATRIX SECURITY SYSTEMS LLC, 109 OLD DUPONT ROAD, WILMINGTON, DE 19805

10925   MATRIX SEPARATION, 817A N. MARKET ST, CHATTANOOGA, TN 37405

10925   MATRIX, 3350 SCOTT BLVD BLDG 49, SANTA CLARA, CA 95054

10924   MATRIX/AZUSA POLICE DEPARTMENT, WESTWOOD BUILDING MATERIALS, AZUSA, CA 91702

10924   MATRIX/NATIONAL DIGITAL TV CENTER, 12312 OLYMPIC BLVD., LOS ANGELES, CA 90020

10924   MATRIX/ONTARIO AIRPORT, ONTARIO, CA 91761

10924   MATRIX/USC EXPANSION FIGUEROA, WESTWOOD BUILDING MATERIALS, LOS ANGELES, CA 90001

10925   MATRO PACKAGING, INC, PO BOX 84, WESTERN SPRINGS, IL 60558

10925   MATSON DRISCOLL & DAMICO, 111 SOUTH INDEPENDENCE MALL EAST, PHILADELPHIA, PA 19106

10925   MATSON INTERMODAL SYSTEM, PO BOX 99074, CHICAGO, IL 60693

10925   MATSON NAVIGATION CO., PO BOX 7452, SAN FRANCISCO, CA 94120

10925   MATSON, LEE, 7068 RIVER ROAD, DE FOREST, WI 53532

10925   MATSON, MARY, 1510 OAKLAND RD NE, CEDAR RAPIDS, IA 52402

10925   MATSON, MINDY, 6178 DOWNS RIDGE CT., ELKRIDGE, MD 21075

10925   MATSON, ROBERT, 195 BRIARWOOD RD, TYRONE, GA 30290

10925   MATSUO, RUSSELL, 8912 DORRINGTON AVE, ARLETA, CA 91331

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MATSUSHITA ELECTRONICS, 6550 KATELLS AVE, CYPRESS, CA 90630

10925   MATSUSHITA FACTORY SERVICE CENTER, 3700 NORTH 29TH AVE. #102, HOLLYWOOD, FL 33020

10924   MATT DUDENHOEFFER, 540 NORTH HWY. 424, SUITE# 157, ALTAMONTE SPRINGS, FL 32714

10924   MATT HAYDEN, RURAL #1   /   BOX 99, FARMINGTON, IL 61531

10925   MATT J MCDONALD CO INC, 3 ANCHOR WAY, BOSTON, MA 02210

10925   MATT J. MACDONALD CO., 3 ANCHOR WAY, BOSTON, MA 02210

10925   MATT J. MCDONALD CO. INC., 3 ANCHOR WAY, BOSTON, MA 02210

10924   MATT ODUM, 2010 ARRAS DRIVE, EAST CARONDELET, IL 62240

10924   MATT RAWLINGS, 7395 EAST QUINCY AVE.  #106, DENVER, CO 80237

10924   MATT STONE, INC., 4460 OLD DIXIE HWY, VALKARIA, FL 32949

10924   MATT STONE, INC., PO BOX1929, ZEPHYRHILLS, FL 33539

10924   MATT STONE, INC., PO BOX1929, ZEPHYRHILLS, FL 33539-1929

10925   MATT, KEITH, 333 BOPAMO LANE, DUSON, LA 70529

10925   MATT, LELAND, 578 IOWA AVE, GUEYDAN, LA 70542

10925   MATT, MARY ANN, 32442 COLUMBUS, WARREN, MI 48093

10925   MATT, RAY, PO BOX 436, LAKE ARTHUR, LA 70549

10925   MATTAIR, THOMAS, 1502 E CALHOUN ST, PLANT CITY, FL 33566-3814

10925   MATTALIANO, VINCENT J, CUST FOR MARC DAVID MATTALIANO, UNIF GIFT MIN ACT NJ, 3 BERRY PLACE, POMPTON PLAINS, NJ 07444-1001

10925   MATTATUCK PLAZA ASSOCIATES, KONOVER MANAGEMENT CORP., GEN COUNSEL, 2410 ALBANY AVE., WEST HARTFORD, CT 06117

10925   MATTE, JANET, 106 CLAIRE ST, LAFAYETTE, LA 70507-4804

10925   MATTEA, MARY, 3646 N. KEDZIE AVE., CHICAGO, IL 60618

10925   MATTEI-GUTIERREZ, RAUL, PO BOX 682, ENSENADA, PR 00647

10925   MATTEO, D, 1118 FOURTH AVE, OAKLAND, CA 94606

10925   MATTER JT TEN, LOUIS T & HELENE J, PO BOX 633, GUNNISON, CO 81230-0633

10925   MATTERA, NICHOLAS, 2133 W 6TH ST, BROOKLYN, NY 11223

10925   MATTERA, PETER JOSEPH, CUST FOR MARIANNE DEKKER MATTERA, UNIF GIFT MIN ACT NJ, 522 VALLEY RD, CLIFTON, NJ 07013-2202

10925   MATTERN, DOUGLAS, 45527 N. ELM AVE., LANCASTER, CA 93534

10925   MATTERN, PHILLIP, 22811 PEBWORTH PL, SPRING, TX 77373

10925   MATTESON, DIANNA, 2100 RIDING CROP WAY, BALTIMORE, MD 21244

10925   MATTESON, DIANNA, 9510 HALF DOLLAR COU, COLUMBIA, MD 21046

10925   MATTESON, JOHN, 12175 MICHIGAN AVE, GRAND TERRACE, CA 92324

10925   MATTESON, ROBERT, 2100 RIDING CROP WAY, BALTIMORE, MD 21244

10925   MATTESONS ENGRAVING, PO BOX 1250, UMATILLA, FL 32784

10925   MATTESSICH, MATTHEW, 350 E. HOMESTEAD AVE, PALISADES PARK, NJ 07650

10925   MATTFELD, ANN, 24 CROWRIDGE RD., VOORHEESVILLE, NY 12186

10925   MATTHEW A ROSENBLATT, PO BOX 398, ABERDEEN, MD 21001-0398

10925   MATTHEW BATHURST, 708 MORNINGSIDE DR., TOWSON, MD 21204

10925   MATTHEW BATHURST, 7500 GRACE DR, COLUMBIA, MD 21044

10925   MATTHEW BENDER & CO INC, PO BOX 22030, ALBANY, NY 12201

10925   MATTHEW BENDER & CO INC, PO BOX 7247-0178, PHILADELPHIA, PA 19170-0178

10925   MATTHEW BENDER, 1275 BROADWAY, ALBANY, NY 12204

10925   MATTHEW BENDER, 1275 BROADWAY, ALBANY, NY 12214

10925   MATTHEW BENDER, 136 CARLIN ROAD, CONKLIN, NY 13748-1531

10925   MATTHEW BENDER, PO BOX 22030, ALBANY, NY 12201-2030

10925   MATTHEW BLANKENSHIP, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925   MATTHEW CATANZANO, 102 BIRCHLEAF LANE, GREER, SC 29650-4058

10925   MATTHEW CLARK, 616 S CHARLES ST, BALTIMORE, MD 21230

10925   MATTHEW G SAKERS &, BERNADETTE H SAKERS TR, UA JUN 19 75, MARY FORD HANN TR, 100 RIVER LANDING NE, ATLANTA, GA 30350-1616

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MATTHEW H CONLON &, IRENE CONLON JT TEN, 15 FIELDSTONE RD, STATEN ISLAND, NY 10314-3211

10925   MATTHEW HAYDEN, RR1 BOX 99, FARMINGTON, IL 61531-9516

10925   MATTHEW J DE LUCA, 10154 WHISPERING COVE COURT, LELAND, NC 28451-9200

10925   MATTHEW J MCCUE, 6051 W 65TH ST, BEDFORD PARK, IL 60638

10925   MATTHEW J SHEILS, 5401 - 28TH AVE S, MINNEAPOLIS, MN 55417

10925   MATTHEW JOSEPH DOYLE, 1614 S SUMMER ST, EL DORADO SPG, MO 64744-2142

10925   MATTHEW PETERSON, 150 WIGGAND LANE, ERWIN, TN 37650-9361

10925   MATTHEW PREUSS PHOTOGRAPHY, 21218 ST ANDREWS BLVD #160, BOCA RATON, FL 33433

10925   MATTHEW R COOK, 135 33RD AVE SW, APT 24, CEDAR RAPIDS, IA 52404-4660

10925   MATTHEW RAWLINGS, 7395 EAST QUINCY AVE #106, DENVER, CO 80237

10925   MATTHEW S. ODUM, 2010 ARRAS DR, EAST CARONDELET, IL 62240

10924   MATTHEW SHEILS, 1170 EGAN IND. ROAD, EAGAN, MN 55121

10925   MATTHEW T PICKETT, 225 WALDEN ST , APT 6H, CAMBRIDGE, MA 02140

10925   MATTHEW THORNTON HEALTH PLAN, GROUP #1497, BOSTON, MA 02212-6120

10925   MATTHEW THORNTON HEALTH PLAN, PO BOX 6120, BOSTON, MA 02212-0001

10925   MATTHEW THORNTON HEALTH PLAN, PO BOX 6120, BOSTON, MA 02212-6120

10925   MATTHEW THORNTON HEALTH PLAN, POBOX 5800, LEWISTON, ME 04241-5800

10925   MATTHEW THORNTON HEALTH PLAN, POBOX 9517, MANCHESTER, NH 03108-9517

10925   MATTHEW VACCARO &, RUTH VACCARO JT TEN, 105 CHAMPLAIN ST, PO BOX 96, ROUSES POINT, NY 12979-0096

10925   MATTHEW WEISS, 125 73TH ST, NORTH BERGEN, NJ 07047-5810

10925   MATTHEWS ASSOCIATES, 7626 NEWBURY ROAD, WOODBURY, MN 55125

10925   MATTHEWS ELECTRIC SUPPLY CO, PO BOX 11407, BIRMINGHAM, AL 35246-0501

10925   MATTHEWS ELECTRIC SUPPLY CO., PO BOX 11407, BIRMINGHAM, AL 35246-0501

10925   MATTHEWS INTERNATIONAL CORP, TWO NORTHSHORE CENTER, PITTSBURGH, PA 15212-5851

10925   MATTHEWS JR., JULIAN, RT. 3 BOX 427, BATESBURG, SC 29006

10924   MATTHEWS PAINT CO., 8201 100TH STREET, KENOSHA, WI 53142

10924   MATTHEWS PAINT CO., 8201 100TH. STREET, KENOSHA, WI 53142

10924   MATTHEWS PAINT/PPG, 8201 100TH STREET, PLEASANT PRAIRIE, WI 53158-2201

10925   MATTHEWS ROOFING COMPANY, 3737 WEST NORTH AVE, CHICAGO, IL 60647

10925   MATTHEWS, A, 1302 WEST 6TH ST, LITTLEFIELD, TX 79339

10925   MATTHEWS, AIMEE, 46880 CLARION TERRACE., 101, STERLING, VA 20164

10925   MATTHEWS, ALVITA, 2543 OAK CIR., ELLENWOOD, GA 30049

10925   MATTHEWS, ANGELA, 363 POTTS RD, KINGSTON, GA 30145

10925   MATTHEWS, BENJAMIN, 507 SUMMERWIND DR, JONESBORO, GA 30236

10925   MATTHEWS, BILLIE JO, 60 N PECOS RD APT 2020, LAS VEGAS, AZ 89101

10925   MATTHEWS, BRENDA, 119 HERITAGE CT., COMMERCE, GA 30529

10925   MATTHEWS, CHARLES, 412 HUDSON FARM ROAD, GREER, SC 29650

10925   MATTHEWS, CHERI, 6939 H MAIN HWY., ST. MARTINVILLE, LA 70582

10925   MATTHEWS, CLIFFORD, PO BOX 444, ROANOKE RAPIDS, NC 27870

10925   MATTHEWS, DANNY, HC62 BOX 101, WINNSBORO, LA 71295

10925   MATTHEWS, DARLENE, 7 CAMPBELL PARK, SOMERVILLE, MA 02144-2719

10925   MATTHEWS, DERRICK, 504 5TH WAY PRATT CITY, BIRMINGHAM, AL 35214

10925   MATTHEWS, DESIREE, 2114 N. FRANKLIN ST, PHILADELPHIA, PA 19122

10925   MATTHEWS, DONALD, 1 GLADYS DRIVE, NEW CITY, NY 10956

10925   MATTHEWS, DONALD, 1142 CTH T, MARSHALL, WI 53559

10925   MATTHEWS, EUGENE, 314 CUSTER CT, MT LAUREL, NJ 08054

10925   MATTHEWS, FRANCES, 4012 WEBB ROAD, CHATTANOOGA, TN 37416

10925   MATTHEWS, HARLAND, 2676 BAY SETTLEMENT, GREEN BAY, WI 54311-7327

10925   MATTHEWS, JAMES, 309 SYDNEY WASHER ROAD, DOVER, FL 33527

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MATTHEWS, JEANETTE, 3063 ESSINGTON WAY, BENSALEM, PA 19020

10925   MATTHEWS, JOANNE, 194 FOREST ST, MEDFORD, MA 02155

10925   MATTHEWS, JOHN, 17015 SIOUX LANE, GAITHERSBURG, MD 20878

10925   MATTHEWS, KEITH, 319 W FIFTH ST., CROWLEY, LA 70526

10925   MATTHEWS, LAWSON, 743 BALTIMORE ST, MEMPHIS, TN 38104

10925   MATTHEWS, LORI, 1222 WINDSOR WAY, NORMAN, OK 73069

10925   MATTHEWS, MARCUS, 3426 MINNESOTA AVE, WASHINGTON, DC 20019

10925   MATTHEWS, MARYANNE, 758 CHRISTIANA RD, NEWARK, DE 19713

10925   MATTHEWS, MIROSLAVA, 6114 BRIAR TERRACE, HOUSTON, TX 77072

10925   MATTHEWS, NORVIL, 1313 E. 7TH #73, HOLTVILLE, CA 92250

10925   MATTHEWS, PAUL, PO BOX 344, KALKASKA, MI 49646-0344

10925   MATTHEWS, REGINALD, 2211 IVY ROAD., KINSTON, NC 28501

10925   MATTHEWS, ROMONA, 110 SCEPTER CIRCLE, LAFAYETTE, LA 70506-1112

10925   MATTHEWS, RONNIE, RT. 2 BOX 356, LITTLETON, NC 27850

10925   MATTHEWS, SANDRA, 1193 N 48TH ST, BATON ROUGE, LA 70802

10925   MATTHEWS, SUSAN, 53 WASHINGTON ST, METHUEN, MA 01844

10925   MATTHEWS, TEDDY, 815 WEST WALNUT, COLEMAN, TX 76834

10925   MATTHEWS, THOMAS, 905 WINNETKA TERRACE APT. 4, LAKE ZURICH, IL 60047

10925   MATTHEWS, TOMMY, RT 3 BOX 51, DUNCAN, OK 73533

10925   MATTHEWS, TRACY, 406 MCMICHAEL ST, KILGORE, TX 75662-4229

10925   MATTHEWS, V, 2015 AMADOR AVE, DAVIS, CA 95616

10925   MATTHEWS, VERA, 2015 AMADOR AVE, DAVIS, CA 95616

10925   MATTHEWS, WAYNE H, 4000 N HAWTHORNE ST, CHATTANOOGA, TN 37106

10925   MATTHEWS, WAYNE, 4012 WEBB ROAD, CHATTANOOGA, TN 37416

10925   MATTHEWS, YVATTE, 603 WEST 20TH ST., ANNISTON, AL 36201

10925   MATTHIESEN, KEITH, 213 WEST 3RD ST, JASPER, MN 56144

10925   MATTIA, O. TONY, 4566 36TH ST. #17, SAN DIEGO, CA 92116

10925   MATTIC, LAURIE, 2426 HARDESTY, KANSAS CITY MO, MO 64127

10925   MATTICK BUSINESS FORMS, INC, PO BOX P, WHEELING, IL 60090-0398

10925   MATTILA, DAVE, W232 N5802 WAUKESHA AVE, SUSSEX, WI 53089

10924   MATTINGLY PRODUCTS, HCR-68, NORTH ANSON, ME 04958

10925   MATTINGLY SR, ROBERT, 7368 MULLIGAN RD, OWENSBORO, KY 42301

10925   MATTINGLY, ELIZABETH, 148 KALMIA COURT, LAPLATA, MD 20646

10925   MATTINGLY, JR, SAMUEL, 271 N.CHESTNUT GROVE ROAD, LEWISPORT, KY 42351

10925   MATTINGLY, LEO, 801 GEORGE MADISON DRIVE, OWENSBORO, KY 42301

10925   MATTINGLY, RENEE, 1241 RUNAWAY BAY DR., LANSING, MI 48917

10925   MATTINGLY, WILLIAM, 2643 MIDDLEGROUND DRIVE, WEST, OWENSBORO, KY 42301

10925   MATTINSON, CATHARINE, 72 WEST END AVE., FLORHAM PARK, NJ 07932

10925   MATTIO, WANDA, 2344 VERMONT AVE #101, LANDOVER, MD 20785

10925   MATTISON, DAVID, 7222 LONE OAK ST, SPARTANBURG, SC 29303

10925   MATTLE, FRANCINE, 18346 MC LAIN ROAD, COVINGTON, LA 70435

10925   MATTLIN, BENJAMIN M, 550 S BARRINGTON AVE 1324, LOS ANGELES, CA 90049-4326

10924   MATTO & SCIENCE BUILDING, NORTH EAST JUNIOR COLLEGE, BOONEVILLE, MS 38829

10925   MATTOCKS, DENISE, 3138 W. DAKOTA #222, FRESNO, CA 93722

10924   MATT-O-MEAL CO. - BAHL INSUL., 701 WEST 5TH STREET, NORTHFIELD, MN 55057

10924   MATTOON READY MIX, 1413 DEWIT AVENUE EAST, MATTOON, IL 61938

10925   MATTOON, DEAN, 36 FAYETTE ST, WATERLOO, NY 13165

10925   MATTOON, FRANK E, 743 FAIRMONT AVE, GLENDALE CA, CA 91203

10924   MATTOON-TOLEDO CONCRETE, TOLEDO, IL 62468

10925   MATTOS, MARILYN, 14 GRIFFITH DR, RIVERSIDE RI, RI 02915

10925   MATTOX, DOROTHY, 102 ROCKMONT CIRCLE, CONYERS, GA 30207

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MATTOX, LINDA, 4303 NORENE LN #2, LOUISVILLE, KY 40219

10925   MATTOX, LOIS MAE, 1096 ANGUS WAY, YUMA, AZ 85364-3311

10925   MATTOX, PAUL, RT 1 BOX 73D, POTEAU, OK 74953

10924   MATTRESS MART, 1800 LOUISVILLE AVE., MONROE, LA 71201

10925   MATTS HARDWARE, 8810 ARCHIBALD AVE, CUCAMONGA, CA 91730

10925   MATTSON & SHERROD, INC, 1801 AVE OF THE STARS, LOS ANGELES, CA 90067

10925   MATT-SON INC., 28 W. 005 INDUSTRIAL AVE., BARRINGTON, IL 60010

10925   MATTSON INSTRUMENTS, DEPT CH 10385, PALATINE, IL 60055-0385

10925   MATTSON INSTRUMENTS, INC, 1001 FOURIER DRIVE, MADISON, WI 53717

10925   MATTSON, AMY, 102 MIKENAH CT, EASLEY, SC 29640

10925   MATTSON, DARYL, 4113 MEADOW HILL LN, FAIRFAX, VA 22033

10925   MATTSON, DONNA, 3364 E OAK CREEK DR, OAK CREEK, WI 53154

10925   MATTSON, JEFFREY, 2656 NE 37TH DR, FT LAUDERDALE, FL 33308

10925   MATTSON, JEFFREY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   MATURIN, GLENN, 8716 JEFFERSON ISLAND RD., NEW IBERIA, LA 70560

10925   MATURIN, WILFRED, 315 ALBERT ST, NEW IBERIA, LA 70560-4803

10925   MATUSAITIS, EDWARD, 89 ZABRISKIE AVE, BAYONNE, NJ 07002

10925   MATUSE, CLIFTON, PO BOX 1835, KEYSTONE HEIGHTS, FL 32656

10925   MATUSIEWICZ, JOHN, 1391 MILLPOND RD, BOURBONNAIS, IL 60914

10925   MATUSZAK, JANE, 8524 SLEEPY CREEK DR., RALEIGH, NC 27613

10925   MATUSZEWKI, STANLEY, 870 SUNSET BLVD APT 8, KENNER, LA 70065

10925   MATUSZKIEWICZ, VIOLA, PO BOX 2132, MINNEOLA, FL 34755

10925   MATYAZIC, MARK, 15391 VERDUN CR, IRVINE, CA 92604

10925   MATYJASZEWSKI, KRIS, 9 QUEENS CT, PITTSBURGH, PA 15238

10925   MATZ MACHINE COMPANY CO, 1951 NW 21 ST ST, POMPANO BEACH, FL 33069

10925   MATZKE, LARRY, 707 ROY AVE., GREEN BAY, WI 54303

10925   MATZKE, ROSE, 12532 ALDER ST. NW, COON RAPIDS, MN 55448

10925   MATZNER, SHARON, 67-87 BOOTHE ST., FOREST HILLS, NY 11375

10925   MAU INC., PO BOX 116077, ATLANTA, GA 30368-6077

10925   MAUD L TUCKER, 4924 BELL, KANSAS CITY, MO 64112-1152

10925   MAUDE DAVIS TERRY, 75 CEDAR ROAD, BELMONT, MA 02178-2904

10925   MAUGERI FARMS, OLDMANS CREEK RD, BOX 97, SWEDESBORO, NJ 08085

10925   MAUGHN, SOLEDAD, 501 CARPENTER ST, ARLINGTON, VA 22211

10924   MAUI PINEAPPLE LTD KAHULU, 120 KANE STREET, KAHULUI, HI 96732

10924   MAUI PINEAPPLE LTD KAHULU, PO BOX187, KAHULUI, HI 96732

10925   MAUK, JIMMY, 1201 PLUM ST, ATLANTIC, IA 50022

10925   MAUL, TAMECKA, 3055 N. NEW JERSEY, INDIANAPOLIS, IN 46205

10925   MAULDEN, BEVERLY, REP OF JOHN WESLEY MAULDEN, C/O SILBER PEARLMAN, 2711 N HASKELL AVE, 5TH FL, LB 32, DALLAS, TX 75204

10925   MAULDIN ALLISON, 710 E MCBEE AVE, GREENVILLE, SC 29601

10924   MAULDIN SCHOOL, C/O WARCO, HOLLAND ROAD, SIMPSONVILLE, SC 29681

10925   MAULDIN, CHRISTOPHER, 5901 TOWN BAY DRIVE APT 33, BOCA RATON, FL 33486

10925   MAULDIN, MICHAEL, 12229 ROBERTA LYNN D, EL PASO, TX 79936

10925   MAULE, MICHAEL, 874 BROMPTON CIRCLE, BOLINGBROOK, IL 60440

10925   MAULTSBY, CHARLIE, ROUTE 1 BOX 227, COUNCIL, NC 28434

10925   MAUMEE HOSE & FITTING INC, 720 ILLINOIS AVE #H, MAUMEE, OH 43537

10925   MAUND RICHARDS & ASSOC, 2505 WEST 147TH, POSEN, IL 60469

10925   MAUND RICHARDS & ASSOCIATES, DEPT CH10071, PALATINE, IL 60055-0071

10925   MAUNZ, PAMELA, 1500 FAIRVIEW AV, MONROE, LA 71201

10925   MAUPIN, GARY, PO BOX 366, CANADIAN, TX 79104

10925   MAUPRIVEZ, XAVIER, 17512-STTHERESADR, ONLEY, MD 20835

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MAURA SEPT, 53 OAK CREST DR, SAN RAFAEL, CA 94903 | |
| 10925 | MAURA, ANNE H, 3560 BRIGHTON PLACE, MARIETTA, GA 30062-6245 | |
| 10925 | MAUREEN A CARECCIA, 3006 LAFAYETTE AVE, BRONX, NY 10465-2310 | |
| 10925 | MAUREEN BOTCHERBY, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | MAUREEN CONDON, 238 ROCK ST APT #C-5, NORWOOD, MA 02062 | |
| 10925 | MAUREEN G MATEJIC, 1940 N E 25 ST, LIGHTHOUSE POINT, FL 33064-7747 | |
| 10925 | MAUREEN J DOLAN CUST FOR, SANDRA LORETTA SPRUILL UNDER THE, MISSOURI UNIF GIFTS TO MIN LAW, 350 S 8TH ST APT 8, COOS BAY, OR 97420-4666 | |
| 10925 | MAUREEN L KELEHER, 3045 CORRALES RD, CORRALES, NM 87048-9133 | |
| 10925 | MAUREEN P MCGUIRE, 15 NORWOOD AVE AOT A-2, SUMMIT, NJ 07901-1933 | |
| 10925 | MAUREEN PELICO, 1270 SW 13TH DR, BOCA RATON, FL 33486-5365 | |
| 10925 | MAUREEN PENA & COMPANY, PO BOX 172, MARSHFIELD HILLS, MA 02051 | |
| 10925 | MAUREEN SUSAN BATTISTELLA &, EDWIN LOUIS BATTISTELLA JT TEN, 395 HEMLOCK LANE, ASHLAND, OR 97520-1836 | |
| 10925 | MAUREEN T RUANE TR UDT APR 27 95, MAUREEN T RUANE TRUST, 949 N RIDGE, ARLINGTON HEIGHTS, IL 60004-5349 | |
| 10925 | MAUREEN YELSA, PO BOX 206, ANACONDA, MT 59711-0206 | |
| 10925 | MAURER, ANN, 7160 LASTING LIGHT WAY, COLUMBIA, MD 21045 | |
| 10925 | MAURER, CARL, R R 5, DEPERE, WI 54115 | |
| 10925 | MAURER, DARCIE, 929 HIGH ROAD, MANITOU SPRINGS, CO 80829 | |
| 10925 | MAURER, DARREN, 873 S NELSON WAY, LAKEWOOD, CO 80226 | |
| 10925 | MAURER, JONATHAN, 166B OLD LAURENS RD, GRAY COURT, SC 29645 | |
| 10925 | MAURER, KAY, 14 PKWY DR, SPENCER, IA 51301 | |
| 10925 | MAURER, KENNETH, 108 OLD CLAIRTON RD, PITTSBURGH, PA 15236 | |
| 10925 | MAURER, KEVIN, 4210 CLEVELAND ROAD, CROSS PLAINS, WI 53528 | |
| 10925 | MAURER, MARGARET, 1121 WILLIAM ST, BALTIMORE, MD 21230-4109 | |
| 10925 | MAURER, MARY, 108 OLD CLAIRTON RD, PITTSBURGH, PA 15236 | |
| 10925 | MAURER, NATALIE, 1 LYMAN ST, WESTBOROUGH, MA 01581 | |
| 10925 | MAURER, PATRICIA, 115 HAVENDALE DR, FOUNTAIN INN, SC 29644 | |
| 10925 | MAURER, RONALD, N 3796 HWY T, COLUMBUS, WI 53925 | |
| 10925 | MAURER, SCOTT, 110 CONESTOGA DR, SINKING SPRIN, PA 19608 | |
| 10925 | MAURER, WILLIAM, 908 LANGLEY ROAD, GLEN BURNIE, MD 21061-0000 | |
| 10925 | MAURICE ADLER, 221 W 82ND ST, APT 3C, NEW YORK, NY 10024-5407 | |
| 10925 | MAURICE E SHANER, 9531 S CEDAR EDGE, SAN ANTONIO, TX 78263-6217 | |
| 10925 | MAURICE III, EUGENE, 165 CHERRYDELL ROAD, CATONSVILLE, MD 21228 | |
| 10925 | MAURICE P GREIF, PO BOX 188, ROCKWOOD, TN 37854-0188 | |
| 10925 | MAURICE RUDO & RUTH RUDO TR, UA AUG 24 99, THE MAURICE RUDO REVOCABLE, LIVING TRUST, 6662 VILLA SONRISA DR APT 313, BOCA RATON, FL 33433-4016 | |
| 10925 | MAURICE W PHELPS, C/O BERNICE M PHELPS, 2566 LOS CERRITOS LANE, FALLBROOK, CA 92028-2605 | |
| 10925 | MAURICIO, BOBBY, 3206 MARIAN LANE, WICHITA FALLS, TX 76305 | |
| 10925 | MAURIELLO, JEANNE, 333 COZZENS CT, E. BRUNSWICK, NJ 08816 | |
| 10925 | MAURITA LYNN BLEWER, 9115 CYPRESS SQUARE DR, SPRING, TX 77379-4411 | |
| 10925 | MAURIZI, MARK, 3300 ST ROAD, A-1, BENSALEM, PA 19020 | |
| 10925 | MAURIZIO BERTUZZI, VIA ALBERTI 12 T, MILANO, 20149ITALY | *VIA Deutsche Post* |
| 10925 | MAURO J SCALI, 32 SPARHAWK RD RT, LONDONDERRY, NH 03053-4062 | |
| 10925 | MAURO, ELIZABETH, 3680 GRIM AVE, SAN DIEGO, CA 92104 | |
| 10925 | MAURO, JAMES, 6317 GREDINGER DRIVE, CLINTON, MD 20735 | |
| 10925 | MAURO, KATHLEEN, 6901 LINDBERGH AVE, NIAGARA FALLS, NY 14304 | |
| 10925 | MAURO, NICHOLE, 20 FLAGG CT, STATEN ISLAND, NY 10304 | |
| 10925 | MAURUKAS, FRANK, 15431 130TH PLACE, LEMONT, IL 60439 | |
| 10925 | MAURY ENTERPRISES INC, 1625 NW 1ST COURT, BOCA RATON, FL 33432-1721 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MAURY JAY WEXLER, 295 S GARDEN AVE, ROSELLE, IL 60172-1750 | |
| 10925 | MAURY, TONY, 5420 RIVERDALE RD APT. W-1, COLLEGE PARK, GA 30349 | |
| 10925 | MAUS, MARGIT, 40 FENWICK RD, NEWTON, MA 02168 | |
| 10925 | MAUSETH, KRIS, 2490 HEIL AVE, EL CENTRO, CA 92243 | |
| 10925 | MAUST, ROBERT, 8227 KENSINGTON SQUARE, JACKSONVILLE, FL 32217 | |
| 10924 | MAUSTON CONCRETE CO, MAUSTON, WI 53948 | |
| 10924 | MAUSTON CONCRETE CO., BOX 130, MAUSTON, WI 53948 | |
| 10925 | MAUTE, CHARLES, 7 YORKE ROAD, CONVENT STATION, NJ 07960 | |
| 10925 | MAUTZ PAINT CO, 939 EAST WASHINGTON AVE, MADISON, WI 53703-2996 | |
| 10925 | MAUTZ PAINT CO, FOLEY & LARDNER DOUGLAS B CLARK, 150 EAST GILMAN ST, PO BOX 1497, MADISON, WI 53701-1497 | |
| 10924 | MAUTZ PAINT CO., 939 EAST WASHINGTON AVENUE, MADISON, WI 53703 | |
| 10925 | MAUTZ PAINT CO., PO BOX 7068, MADISON, WI 53707 | |
| 10924 | MAUTZ PAINT CO., PO BOX 7068, MADISON, WI 53707 | |
| 10925 | MAUTZ PAINT COMPANY, POBOX 7068, MADISON, WI 53707-7068 | |
| 10925 | MAUZEY, RICHARD, RT 1, BOX 36, STEWARTSVILLE, MO 64490 | |
| 10925 | MAUZY, ANGELA, 2610 STRAWBRIDGE PLACE, OWENSBORO, KY 42303 | |
| 10925 | MAUZY, CHARLES, 2610 STRAWBRIDGE PL., OWENSBORO, KY 42303 | |
| 10924 | MAVCO INC, 2091 AVE, CHARTIER DORVAL, ON Q9E 9C9TORONTO | *VIA Deutsche Post* |
| 10925 | MAVERICK CONSTRUCTION MANAGEMENT, PO BOX 60700, KING OF PRUSSIA, PA 19406 | |
| 10925 | MAVERICK CONSTRUCTION, PO BIX 60700, KING OF PRUSSIA, PA 19406 | |
| 10924 | MAVERICK ELECTRIC SUPPLY, 9239 KING ARTHUR, DALLAS, TX 75247 | |
| 10924 | MAVERICK ENTERPRISES, INC., 751 EAST GOBBI STREET, UKIAH, CA 95482 | |
| 10925 | MAVERICK MOTOR TECHNOLOGIES, LLC, 1214 S. GUIGNARD DR., SUMTER, SC 29150 | |
| 10925 | MAVIN, T, 46 NO 17TH ST, EAST ORANGE, NJ 07017 | |
| 10925 | MAVOR, GLORIA, 6205 QUITO AVE., COCOA, FL 32927 | |
| 10925 | MAVRIS, CATHY, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | MAVRIS, CATHY, 8122 ORCHARD PT RD, PASADENA, MD 21122 | |
| 10925 | MAVROVOUNIOTIS, GRETCHEN, 14 SUNRIVER, IRVINE, CA 92614 | |
| 10925 | MAWER, STEVEN, 333 WEST WALTERS ST APT. 3B, PORT WASHINGT, WI 53074 | |
| 10925 | MAWN, REBECCA, 317 CROSS ST, WINCHESTER, MA 01890 | |
| 10925 | MAX BLACKER, 333 ELMWOOD AVE, APT D534, MAPLEWOOD, NJ 07040 | |
| 10925 | MAX C JONES, 59 CHESSWOOD CT, LAKE JACKSON, TX 77566-4941 | |
| 10925 | MAX C YEARGAN, RT 1 BOX 500A, DUNLAP, TN 37327-9762 | |
| 10925 | MAX CHODNOWSKY &, CAROL ILENE CHODNOWSKY JT TEN, 2953 W JARVIS AVE, CHICAGO, IL 60645-1207 | |
| 10925 | MAX E. NEWMAN, 10020 WILTON OAKS COURT, ELK GROVE, CA 95624 | |
| 10925 | MAX G BARNETT, 131 MEADOWOOD, SAN ANTONIO, TX 78216-7323 | |
| 10925 | MAX GOODMAN, 224 N 6TH ST, RONKONKOMA, NY 11779-3721 | |
| 10925 | MAX M POLK, 3728 SW SUMMERFIELD DR, TOPEKA, KS 66610-1246 | |
| 10925 | MAX MACHINERY INC., 1420 HEALDSBURG AVE, HEALDSBURG, CA 95448-3298 | |
| 10925 | MAX PRODUCTIONS, 19 WEST 21ST ST SUITE 903, NEW YORK, NY 10010 | |
| 10925 | MAX SILVERMAN, 8906 NW 70TH ST, TAMARAC, FL 33321-3101 | |
| 10925 | MAX TRAX, 214 BELL DR, CARY, IL 60013 | |
| 10924 | MAX TRUE FIREPROOFING CO, P.O.BOX 1029, JENKS, OK 74037 | |
| 10925 | MAX VAN CAMP, 9291 BANKERS RD, READING, MI 49274-8602 | |
| 10925 | MAX, DISABILITY, POIM, NY, NY 10045 | |
| 10925 | MAXCEY, HILTON, ROUTE 2 BOX 252, HEIDELBERG, MS 39439 | |
| 10924 | MAXCO READY MIX, 306 MULLER RD, WASHINGTON, IL 61571 | |
| 10924 | MAXCO READY MIX, 306 MULLER ROAD, WASHINGTON, IL 61571 | |
| 10925 | MAXCY, JOHNNY, 84 BRUSH CREEK PARK ROAD, FRANKLIN, GA 30217 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MAXCY, PAUL, 500 S. MYRTLE AVE, SANFORD, FL 32771 | |
| 10925 | MAXELL CORPORATION OF AMERICA, 1400 PARKER ROAD, CONYERS, GA 30094 | |
| 10925 | MAXEY FLATS DE MINIMIS TR, 4 ALBANY ST 4TH FL #5041, NEW YORK, NY 10006 | |
| 10925 | MAXEY, DERRIL, 8425 AMIGO AVE, #9A, NORTHRIDGE, CA 91324 | |
| 10925 | MAXEY, MICHAEL, 109 DEVONSHIRE, WICHITA FALLS, TX 76302 | |
| 10925 | MAXEY, RICK, 2112 25TH, LUBBOCK, TX 79411 | |
| 10925 | MAXICARE, 555077 CENTER DR, SUITE 380, CHARLOTTE, NC 28217 | |
| 10925 | MAXICARE, PO BOX 241228, CHARLOTTE, NC 28224 | |
| 10925 | MAXICARE, PO BOX 2743, CHARLOTTE, NC 28265 | |
| 10925 | MAXICARE, PO BOX 2743, COLUMBIA, SC 29202-2743 | |
| 10925 | MAXICARE, PO BOX 65630, CHARLOTTE, NC 28265 | |
| 10925 | MAXICARE, PO BOX 75291, CHARLOTTE, NC 28275-2291 | |
| 10925 | MAXIE, AMOS, 7272 MARVIN D LOVE, DALLAS, TX 75237 | |
| 10925 | MAXIM GROUP, 7301 PKWY DR, HANOVER, MD 21076 | |
| 10925 | MAXIM GROUP, PO BOX 630853, BALTIMORE, MD 21263-0853 | |
| 10925 | MAXIM TECHNOLOGIES, 222 CAVALCADE ST., HOUSTON, TX 77249 | |
| 10925 | MAXIM TECHNOLOGIES, PO BOX 970598, DALLAS, TX 75397-0598 | |
| 10925 | MAXIM TECHNOLOGIES,INC, PO BOX 970602, DALLAS, TX 75397-0602 | |
| 10925 | MAXIM TECHNOLOGIES,INC, PO BOX 970675, DALLAS, TX 75397-0675 | |
| 10924 | MAXIMILLION GE LYNN, 1000 WESTERN AVE., PITTSFIELD, MA 01201-3843 | |
| 10924 | MAXI-MIX,INC, 1875 N.WINNEBAGO, CHICAGO, IL 60647 | |
| 10925 | MAXIMUM FIRE PROTECTION, INC, 5542 XAPARY ST., DENVER, CO 80239 | |
| 10925 | MAXIMUM SECURITY SYSTEMS, PO BOX 5451, CLINTON, NJ 08809 | |
| 10925 | MAXIMUM SECURITY, PO BOX 5451, CLINTON, NJ 08809 | |
| 10925 | MAXINE C WATKINS &, DEBRA S GUNN JT TEN, 4020 SOUTH 39TH ST, LINCOLN, NE 68506-4825 | |
| 10925 | MAXINE C WATKINS &, DOUGLAS V WATKINS JT TEN, 4020 SOUTH 39TH ST, LINCOLN, NE 68506-4825 | |
| 10925 | MAXINE C WATKINS &, RONALD L WATKINS JT TEN, 4020 SOUTH 39TH ST, LINCOLN, NE 68506-4825 | |
| 10925 | MAXINE W METZINGER, 2734 HWY 61, TWO HARBORS, MN 55616-2002 | |
| 10924 | MAXIT HOLDING GMBH, C/O MAXIT BAUSTOFF, UND KALKWERK MATHIX BMBH, PAUL MATHIS STR. 1, D-79291 MERDINGEN/GERMANY, 99999DEU | *VIA Deutsche Post* |
| 10925 | MAXITROL COMPANY, 1000 E STATE ST, COLON, MI 49040 | |
| 10925 | MAXITROL COMPANY, PO BOX 2230, SOUTHFIELD, MI 48037-2222 | |
| 10925 | MAXON CORP., PO BOX 2068, MUNCIE, IN 47302 | |
| 10925 | MAXON CORPORATION, 270 NORTHLAND BLVD., STE. 323, CINCINNATI, OH 45246 | |
| 10925 | MAXON CORPORATION, PO BOX 2068, MUNCIE, IN 47307-0068 | |
| 10925 | MAXON DISTRICT OFFICE, 212 DECATUR ST., DOYLESTOWN, PA 18901 | |
| 10925 | MAXWELL CO, INC, 10300 EVENDALE DR., CINCINNATI, OH 45241 | |
| 10925 | MAXWELL COMPANY, DEPT 00188, CINCINNATI, OH 45263 | |
| 10924 | MAXWELL CONCRETE CORP., 206 N HWY STREET, PALESTINE, IL 62451 | |
| 10924 | MAXWELL CONCRETE CORP., 206 N. HWY STREET, PALESTINE, IL 62451 | |
| 10924 | MAXWELL CONCRETE, 206 NORTH HIGHWAY ST, PALESTINE, IL 62451 | |
| 10924 | MAXWELL HITCHCOCK INC, 191 SIMPSON ST NORTH WEST, ATLANTA, GA 30313 | |
| 10925 | MAXWELL R KAPLAN, 7 KRISTI CT, GREENLAWN, NY 11740-2805 | |
| 10924 | MAXWELL SUPPLY, 1800 N. SHERIDAN, TULSA, OK 74115 | |
| 10924 | MAXWELL SUPPLY, 3300 WEST RENO, OKLAHOMA CITY, OK 73108 | |
| 10924 | MAXWELL SUPPLY, P.O. BOX 83077, OKLAHOMA CITY, OK 73148 | |
| 10924 | MAXWELL SUPPLY, PO BOX83077, OKLAHOMA CITY, OK 73148 | |
| 10925 | MAXWELL W NIMECK, 126 RIVA AVE, NORTH BRUNSWICK, NJ 08902-4736 | |
| 10925 | MAXWELL, BILL, 924 VANDERBILT, FT. COLLINS, CO 80525 | |
| 10925 | MAXWELL, CAROL, 5490 BRAES VALLEY, HOUSTON, TX 77096 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MAXWELL, CONSTANCE, 3327 HUNTLEY SQ DR, TEMPLE HILLS, MD 20748

10925    MAXWELL, DAVID, 10 SUMMER ST, 505, MALDEN, MA 02148

10925    MAXWELL, ERLINDA, 1510 MONTCLAIR DR., RICHARDSON, TX 75081

10925    MAXWELL, FILOMENA, 132 RIVER DR., LK HIAWATHA, NJ 07034

10925    MAXWELL, FLORENE, 1009 N AVE F, LAMESA, TX 79331

10925    MAXWELL, GEORGE, 514 FAIRFIELD DR., NEWPORT, TN 37821

10925    MAXWELL, HOWARD, 801 MAGNESS DRIVE, SPARTANBURG, SC 29304

10925    MAXWELL, JEAN, 181 DEL MEDIO, 207, MOUNTAIN VIEW, CA 94040

10925    MAXWELL, MARC, 420 FOREST HILL RD, MACON, GA 31210

10925    MAXWELL, MAYNARD, ROUTE 1, BEDFORD, IA 50833

10925    MAXWELL, NATALIE, PENNSYLVANIA AVE., ETOWAH, TN 37331

10925    MAXWELL, ORVEL, PO BOX 7672, VICTORIA, TX 77901

10925    MAXWELL, RICHARD, 9308 DARTBROOK #4, SAN ANTONIO, TX 78240

10925    MAXWELL, ROBERT, 419 E STATE ST, NEWCOMERSTOWN, OH 43832

10925    MAXWELL, ROBIN, 3471 BRADSHAW RD., ELLISTON, VA 24087

10925    MAXWELL, STEVEN, 1 GLENLEY TERRACE, BRIGHTON, MA 02135

10925    MAXWELL, SUSAN, 8764 ARDMORE DR, BRIGHTON, MI 48116

10925    MAXWELL, TIMOTHY, 218 HORSE MNT. DR., LIVERMORE, CO 80536

10925    MAXWELL, WALLACE, PO BOX 471, HAVANA, FL 32333

10925    MAXWELLS, INC DBA FUJI, 11 ARMSTRONG CT., NORWALK, CT 06851

10924    MAXXON CORP, 9201 HAMEL RD, HAMEL, MN 55340

10924    MAXXON CORPORATION, 920 HAMEL ROAD, HAMEL, MN 55340-9610

10924    MAXXON CORPORATION, 920 HAMMEL ROAD, HAMMEL, MN 55340-9610

10924    MAXXON CORPORATION, CAMBRIDGE, MA 02140

10925    MAY COATING TECH., 1120 RED FOX RD., SAINT PAUL, MN 55112

10925    MAY COATING TECHNOLOGIES INC., PO BOX 9894, NORTH SAINT PAUL, MN 55109-0894

10925    MAY COATING TECHNOLOGIES, INC, PO BOX 9894, NORTH SAINT PAUL, MN 55109-0894

10924    MAY CONCRETE PRODUCTS, OLD US HIGHWAY 23, ALLEN, KY 41601

10924    MAY CONCRETE PRODUCTS, P O BOX 406, ALLEN, KY 41601

10925    MAY D SMITH TR UA OCT 8 90, THE EDWIN & MAY SMITH SURVIVORS, TRUST, 2168 FOREST HILLS DR, PRESCOTT, AZ 86303-5511

10925    MAY DEPT STORES CO, THE, 121 E 41ST ST, NEW YORK, NY 10017

10925    MAY GUO, 3534 W PL, NW, WASHINGTON, DC 20007-2223

10925    MAY JR, FRANK B, 10 SENECA TRAIL, DENVILLE, NJ 07834

10925    MAY M GOLDMAN, 11467 TELLURIDE TRL, MINNETONKA, MN 55305-2961

10925    MAY WHARTON, C/O MAY WHARTON KELTY, 885 10TH AVE 2C, NEW YORK, NY 10019-1018

10925    MAY, BARBARA, 3797 BARRY MILL ROAD, GREER, SC 29651

10925    MAY, DAVID, 218 DENESE LANE, AUBURNDALE, FL 33823

10925    MAY, GWEN, 10230 N 32ND LN., PHOENIX, AZ 85051

10925    MAY, HARRY, PO BOX 116, WAVELAND, MS 39576

10925    MAY, JAMES, 130 N SPRING, LOUDONVILLE, OH 44842

10925    MAY, JERRY, 11211 E BAY ROAD #26, GIBSONTON, FL 33534

10925    MAY, JOHN, RR #2, BOX 998, NEWPORT, ME 04953

10925    MAY, JR, TIMOTHY, 3210 LYNCH ROAD, BALTIMORE, MD 21219

10925    MAY, KIMBERLY, 122 S. BRIDGE ST., LINDEN, MI 48451

10925    MAY, LESLIE, 245 CYPRESS ST, NEWTON, MA 02159

10925    MAY, LISA, 5907 B-SAMUEL, ALEXANDRIA, LA 71301

10925    MAY, M. DALE, 11801 N. 33RD CIRCLE, PHOENIX, AZ 85029

10925    MAY, MARY, 200 N. LEWIS ST, MONTGOMERY, AL 36107

10925    MAY, MISTY, 7811 LARKSPUR, TEXAS CITY, TX 77591

10925    MAY, NANCY, 22 WESTERN AVE, N. EASTON, MA 02356

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| 10925 | MAY, PAMELA F, 1909 SITTON HILL ROAD, EASLEY, SC 29642 | |
| 10925 | MAY, PAMELA, PO BOX 2422, EASLEY, SC 29642 | |
| 10925 | MAY, RAYMOND, PO BOX 397, SEADRIFT, TX 77983-0397 | |
| 10925 | MAY, SUSAN, 12090 MARGUIS LANE, BRIGHTON, MI 48116 | |
| 10925 | MAY, TERESA, 9490 RANCH LANE, SHREVEPORT, LA 71106 | |
| 10925 | MAY, WESLEY, 1412 DUNWALL COURT, OPELIKA, AL 36801 | |
| 10924 | MAYACAMAS FINE FOODS, 1206 EAST MACARTHUR, SONOMA, CA 95476 | |
| 10925 | MAYALL, TRACEY, 511 GILBERT ST, MANSFIELD, MA 02048 | |
| 10925 | MAYBERRY, DAVID, 3333 CANNON ROAD, GREER, SC 29651 | |
| 10925 | MAYBURY, ALLEN, 1097 ASPEN AVE., CRAIG, CO 81625 | |
| 10925 | MAYBURY, MICHELLE C, 103 A COUNTRY RD, GERHAM, ME 04038 | |
| 10925 | MAYCO OIL & CHEMICAL COMPANY, DEPT L 992P, PITTSBURGH, PA 15264-0992 | |
| 10925 | MAYCOCK, STANLEY, 14488 MAYFIELD, DETROIT, MI 48205 | |
| 10925 | MAYCOCKS, 7 ELDON ST, LONDON, EC2M 7LSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MAYEAUX, DEREK, 1917 COTEAU HOLMES HWY., ST. MARTINVILLE, LA 70582 | |
| 10925 | MAYENGE, ESPERANCE, 4109 RUTGERS AVE, CHARLOTTE, NC 28206 | |
| 10925 | MAYER & OSWALD, INC, 254 W. FULLERTON AVE., ADDISON, IL 60101-3767 | |
| 10925 | MAYER & OSWALD,INC, 254 W.FULLERTON AVE., ADDISON, IL 60101-3767 | |
| 10924 | MAYER BROS INC, 6264 RACE RD, ELKRIDGE, MD 21075 | |
| 10925 | MAYER ELECTRIC FINANCIAL CORP., POBOX 1328, BIRMINGHAM, AL 35201-1328 | |
| 10924 | MAYER ELECTRIC SUPPLY (AD), 412 NORTH FOSTER, DOTHAN, AL 36303 | |
| 10924 | MAYER ELECTRIC SUPPLY (AD), 6990 NORTHWEST 97TH AVENUE, MIAMI, FL 33178 | |
| 10924 | MAYER ELECTRIC SUPPLY (AD), 98 GARDEN DRIVE, VALDOSTA, GA 31602 | |
| 10924 | MAYER ELECTRIC SUPPLY (AD), P.O. BOX 73, MONTGOMERY, AL 36101 | |
| 10924 | MAYER ELECTRIC SUPPLY (AD), P.O. BOX 2048, DOTHAN, AL 36301 | |
| 10924 | MAYER ELECTRIC SUPPLY (AD), PO BOX 5150, NORCROSS, GA 30091 | |
| 10925 | MAYER ELECTRIC SUPPLY CO INC, PO BOX 1328, BIRMINGHAM, AL 35201 | |
| 10924 | MAYER ELECTRIC SUPPLY CO. (AD), P.O. BOX 2223, TUSCALOOSA, AL 35403 | |
| 10925 | MAYER ELECTRIC SUPPLY COMPANY, PO BOX 1133, CONYERS, GA 30207 | |
| 10924 | MAYER ELECTRIC SUPPLY REG DIST CT, 6500 PEACHTREE IND BLVD, NORCROSS, GA 30091 | |
| 10924 | MAYER ELECTRIC SUPPLY, 1001 ADAMS AVENUE, MONTGOMERY, AL 36101 | |
| 10924 | MAYER ELECTRIC SUPPLY, 1001 ADAMS AVENUE, MONTGOMERY, AL 36104 | |
| 10924 | MAYER ELECTRIC SUPPLY, PO BOXPOBOX 1328, BIRMINGHAM, AL 35201 | |
| 10925 | MAYER FLORIST, 6059 WEST 63RD ST, CHICAGO, IL 60638 | |
| 10925 | MAYER M ADLER, 22 EAGLE DR, SHARON, MA 02067-2908 | |
| 10925 | MAYER SMITH & ROBERTS, 1550 CRESWELL, SHREVEPORT, LA 71101 | |
| 10925 | MAYER, CARMELITA, 7251 W. FITCH AVE, CHICAGO, IL 60631 | |
| 10925 | MAYER, CLARE, 11311 TAMPA AVE #14, NORTHRIDGE, CA 91326 | |
| 10925 | MAYER, LAURIE, 4673 SOUTHAMPTON, SAN DIEGO, CA 92117 | |
| 10925 | MAYER, MICHAEL, 8000 BAYMEADOWS CIRCLE EAST, APT 111, JACKSONVILLE, FL 32256 | |
| 10925 | MAYER, MORRIE, 223 EAST GOLDEN ARROW CIRLCE, WOODLANDS, TX 77381 | |
| 10925 | MAYER, SANDRA MARCI, 831 N W 79TH TERR, PLANTATION, FL 33324 | |
| 10925 | MAYERNIK, DAVID, 12 GREYLEAF COURT, SIMPSONVILLE, SC 29680 | |
| 10925 | MAYERS ELECTRIC CO, INC, 4004 ERIE COURT, CINCINNATI, OH 45227 | |
| 10925 | MAYERS, CHARLES C, 515 5TH ST, AUGUSTA, GA 30901 | |
| 10925 | MAYERS, KATHLEEN, 101 DELMAR LANE, LAFAYETTE, LA 70506-3113 | |
| 10925 | MAYERS, PAULA, 916 MADISON AVE, PLAINFIELD, NJ 07060 | |
| 10925 | MAYES, CHARITY, 17171 ROSCOE BL 401, NORTHRIDGE, CA 91325 | |
| 10925 | MAYES, ROGER, 14 GINGHAM COURT, MAULDIN, SC 29662 | |
| 10925 | MAYES, TONIA, 3517 DORIS CIRCLE, MONTGOMERY, AL 36105 | |
| 10925 | MAYES, VICY, 5371 ARSENAL ST., ST, LOUIS, MO 63139 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MAYES, WONDA, 303 ANCHORAGE, DALLAS, TX 75217

10925   MAYEUX, BRAD, 26 CRESTHILL ROAD, BRIGHTON, MA 02135

10925   MAYEUX, DOUGLAS, 3026 N.E. 26TH, AMARILLO, TX 79107

10925   MAYFAIR SHOP, 144 PLANDOME ROAD, MANHASSET, NY 11030

10925   MAYFIELD INC, THE, 6072 SOUTH ARCHER, CHICAGO, IL 60638

10925   MAYFIELD RIGGING CO, 1560 BANKHEAD HWY,S.E., MABLETON, GA 30059

10924   MAYFIELD SCHOOL, 27 SCHOOL STREET, MAYFIELD, NY 12117

10925   MAYFIELD, ARTHUR, 5276 GOLDMAR DRIVE IRONDALE AL, IRONDALE, AL 35210

10925   MAYFIELD, AZILEE, 304 CLEAR SPRINGS ROAD, SIMPSONVILLE, SC 29681

10925   MAYFIELD, BOBBIE, 8800 LAMAR, ODESSA, TX 79765

10925   MAYFIELD, BRENDA, 1727 STANDISH PLACE, OWENSBORO, KY 42301

10925   MAYFIELD, CARL, 8081 JOE HAYNES ROAD, WHITESVILLE, KY 42378

10925   MAYFIELD, CHARLES, 1407 ROSE AVE, OWENSBORO, KY 42301

10925   MAYFIELD, CHARLES, 304 GOODJOIN ROAD APT 11, LYMAN, SC 29365

10925   MAYFIELD, ELMER, 3118 GREEN VALLEY RD, NEW ALBANY, IN 47150

10925   MAYFIELD, FRANCES, 302 FOWLER ROAD, SIMPSONVILLE, SC 29681

10925   MAYFIELD, G, 1309 W. DAUGHERTY, WEBB CITY, MO 64870

10925   MAYFIELD, GALE, 5854 CLEVELAND ROAD LOT 113, WOOSTER, OH 44691

10925   MAYFIELD, JOHN, 216 THORNBURY RIDGE, EASLEY, SC 29640

10925   MAYFIELD, JOHN, RR 1 BOX 104, GOOD HOPE, GA 30641-9726

10925   MAYFIELD, JOHNNIE, 347 MLK JR DRIVE, COMMERCE, GA 30529

10925   MAYFIELD, JOSEPH, 10735 GREEN ST, WHITESVILLE, KY 42378

10925   MAYFIELD, JOYCE, 115 PONDEROSA DR, SIMPSONVILLE, SC 29681

10925   MAYFIELD, JR, ROBERT, 13410 LADDS COVE RD., S. PITTSBURG, TN 37380

10925   MAYFIELD, MICHELLE, 416 NORTH DEARBORN, KANKAKEE, IL 60901

10925   MAYFIELD, PATRICIA, 2831 W. CAPITOL DRIVE #4, MILWAUKEE, WI 53216

10925   MAYFIELD, RANDY, 202 BRIDGE WOOD AVE, TAYLORS, SC 29687

10925   MAYFIELD, STEVE, STAR RT LOT H-4, HENRIETTA, TX 76365

10925   MAYFIELD, TOMMY, 2318 PALM, ABILENE, TX 79602

10925   MAYFIELD, W, 1214 W. BROADWAY, WEBB CITY, MO 64870

10925   MAYFIELD, WAYNE, 8030 MERREL, MILLINGTON, TN 38053-5203

10925   MAYFIELD, WILLIAM, 115 PONDEROSA DRIVE, SIMPSONVILLE, SC 29681

10925   MAYFLOWER TRANSIT, INC, PO BOX 198160, ATLANTA, GA 30384

10925   MAYHEW PROJECT, PO BOX 120, BRISTOL, NH 03222

10925   MAYHEW, BONNIE, 2363 SEA ISLAND CIRCLE S, LAKELAND, FL 33808

10925   MAYHEW, DONNA, 216-4 SPARROW DR, ROYAL PALM BCH, FL 33411

10925   MAYHUGH, SUSAN, 9143 WINDMERE WAY, JESSUP, MD 20794

10924   MAYLAND STONE CO, 127 POSSOM TROTT RD, BAKERSVILLE, NC 28705

10925   MAYLE, JOHN, 900 RAPIDS ST, ROANOKE RAPIDS, NC 27870

10925   MAYLO UNITED METH. CHURCH, 1900 SPENCER MOUNTAIN RD, GASTONIA, NC 28054

10924   MAYNARD BROS. CONST. CORP., P.O. BOX 16, WASHBURN, ME 04786

10924   MAYNARD BROS. CONST. CORP., PARSONS ROAD, MAPLETON, ME 04757

10925   MAYNARD CLARK, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336

10925   MAYNARD SUPPLY CO, 145 POWDERMILL RD, MAYNARD, MA 01754

10925   MAYNARD, DAVID, 8232 DUNDALK AVE, BALTIMORE, MD 21222

10925   MAYNARD, DOLLY, 62 COLLINS AVE, LIBBY, MT 59923

10925   MAYNARD, DONNA, 305 ELMWOOD DR, HUDSON, NH 03051

10925   MAYNARD, HAROLD, 133 CENTER ROAD, SAVOY, MA 01256

10925   MAYNARD, THURMAN, 62 COLLINS AVE, LIBBY, MT 59923

10925   MAYNARD, THURMAN, 62 COLLINS AVE, LIBBY, MT 59923-0609

10925   MAYNARD, WELCIE E, 408 S GRAND AVE, CHATHAM, IL 62629

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MAYNARD, WELCIE, 408 SOUTH GRAND AVE, CHATHAM, IL 62629

10924   MAYNE BLOCK, 4155 HWY 6, GYPSUM, CO 81637

10924   MAYNE BLOCK, P.O. BOX 175, GYPSUM, CO 81637

10924   MAYNE BLOCK, PO BOX 175, GYPSUM, CO 81637

10925   MAYNE, JAMES, CUST FOR ERIN MAYNE UNDER, MN UNIF TRAN TO MIN ACT, 201-103RD AVE NW, COON RAPIDS, MN 55448

10925   MAYNE, SHARON, MCNABB MHP 88-27 PARKER DRIVE, ANNISTON, AL 36206

10925   MAYNER, JULIE, 2528 CALL ROAD, STOW, OH 44224

10925   MAYNOR, PAMELA, RT. 1, BOX 809 B, SELMA, NC 27576

10924   MAYO CHARLTON PET PROJECT, 10 3RD AVE. NW, ROCHESTER, MN 55905

10924   MAYO CIVIC CENTER DRIVE UTILITY, C/O BAHL, INC., 233 3RD STREET NW, ROCHESTER, MN 55901

10924   MAYO CIVIC CENTER EXPANSION, 30 CIVIC CENTER DRIVE S.E., ROCHESTER, MN 55904

10925   MAYO CLINIC HEALTH LETTER, PO BOX 53888, BOULDER, CO 80322-3888

10924   MAYO CLINIC JACKSONVILLE, 4500 SAN PABLO ROAD, JACKSONVILLE, FL 32224

10924   MAYO CLINIC, 4700 SAN PABLO ROAD SO., JACKSONVILLE, FL 32224

10924   MAYO CLINIC, 4700 SAN PABLO ROAD, JACKSONVILLE, FL 32224

10924   MAYO CLINIC, SCOTTSDALE, AZ 85254

10925   MAYO HEALTH INFORMATION, CENTERPLANCE 4, ROCHESTER, MN 55905

10924   MAYO MEDICAL - CHARLESTON BLDG, THIRD AVENUE & CENTER STREET NW, ROCHESTER, MN 55902

10924   MAYO READY MIX CONCRETE, ATTN; ACCOUNTS PAYABLE, MAYO, FL 32066

10924   MAYO READY MIX CONCRETE, HWY 51 S, MAYO, FL 32066

10924   MAYO YARNS, C/O OSBORNE COMPANY, MAYODAN, NC 27027

10925   MAYO, ARNETHA, 7602 FONTAINEBLEAU DR. # 239, NEW CARROLLTON, MD 20784

10925   MAYO, CAROLYN, 6229 FORT WORTH AVE, ODESSA, TX 79762

10925   MAYO, CHRISTINE, 324 CAVALIER ROAD, LAKE WORTH, FL 33461

10925   MAYO, DAVID, 3611 EDMONDSON AVE, BALTIMORE, MD 21229

10925   MAYO, GINA, PO BOX366, WILMER, AL 36587

10925   MAYO, HUGH, 14630 ST.CLOUD DRIVE, HOUSTON, TX 77062

10925   MAYO, JOHN, 1854 CUNNINGHAM RD., COLUMBIA, SC 29210

10925   MAYO, LARRY B, 1721 FOREST PARK DR, FORESTVILLE MD, MD 20747

10925   MAYO, LAVON, 6229 FORT WORTH, ODESSA, TX 79762

10925   MAYO, MOLLIE, PO BOX 8, GARYSBURG, NC 27831

10925   MAYO, SHERRY, PO BOX 7681, MOORE, OK 73153

10925   MAYO, STEPHEN, 1496 GOVERNMENT RD, CLAYTON, NC 27520

10925   MAYON, DEBORAH, 12419 HUSTON ST, NORTH HOLLYWOOD, CA 91607

10925   MAYOR & CITY COUNCIL OF BALTIM, CITY HALL, ROOM 250, 100 N HOLLIDAY ST, BALTIMORE, MD 21202

10925   MAYOR & CITY COUNCIL OF BALTIMORE, BALT. CITY PUBLIC SCHOOLS, 200 E., N. AVE. ROOM 311, BALTIMORE, MD 21202

10925   MAYOR AND CITY COUNCIL OF BALTIMORE, 417 EAST FAYETTE ST, BALTIMORE, MD 21202

10925   MAYOR, DAY, CALDWELL &, 700 LOUISIANA, SUITE 1900, HOUSTON, TX 77002-2778

10925   MAYOR, DAY, CALDWELL, & KEETON, 700 LOUISIANA, HOUSTON, TX 77002-2778

10925   MAYORGA, ANDREW, 105 TYLER, LORENZO, TX 79343

10925   MAYORGA, DAVID, 913 S 27 1 2 ST, MCALLEN TX, TX 78501

10925   MAYORGA, HELEN, 1217 46TH PLACE, LUBBOCK, TX 79412

10924   MAYS CHEMICAL - DO NOT USE, 5611 E. 71ST STREET, PO BOX 50915, INDIANAPOLIS, IN 46220

10924   MAYS CHEMICAL CO INC - DO NOT USE, 5611 E. 71ST STREET, PO BOX 50915, INDIANAPOLIS, IN 46250

10925   MAYS CHEMICAL CO, INC, PO BOX 66187, INDIANAPOLIS, IN 46266

10924   MAYS CHEMICAL CO. INC., 5611 E. 71ST STREET, PO BOX 50915, INDIANAPOLIS, IN 46250

10924   MAYS CHEMICAL CO., INC., 5611 E. 71ST STREET, INDIANAPOLIS, IN 46250

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MAYS CHEMICAL CO., INC., PO BOX 50916, INDIANAPOLIS, IN 46250

10925   MAYS CHEMICAL CO., PO BOX 50915, INDIANAPOLIS, IN 46250-0915

10924   MAYS CHEMICAL WHSE, 875 E. 112TH STREET, CHICAGO, IL 60628

10924   MAYS CHEMICAL, 5611 EAST 71ST STREET, INDIANAPOLIS, IN 46220

10924   MAYS CHEMICAL, INDIANAPOLIS, IN 46250

10924   MAYS CHEMICAL, PO BOX 50915, INDIANAPOLIS, IN 46250

10925   MAYS, BERDINA, 282 LAKESHORE DR, WARNER ROBINS, GA 31093

10925   MAYS, BETTY, RT 1 BOX 325, CHARLESTON, WV 25312

10925   MAYS, CLARENCE, 6199 S SUMMERS CIRCLE, DOUGLASVILLE, GA 30135

10925   MAYS, DANNY, 4825 ELLSWORTH DRIVE, FAYETTEVILL, NC 28304

10925   MAYS, EDGAR, 1012 VAN HORN, IOWA PARK, TX 76367-1126

10925   MAYS, EUGENE, 922 WILLIAMS ST, AIKEN, SC 29801-9044

10925   MAYS, GUSSIE, 920 WILLIAMS ST, AIKEN, SC 29801-9044

10925   MAYS, LARRY, PO BOX 154, NEWCASTLE, TX 76372

10925   MAYS, LAVELLE, 1305 SHERWOOD DR, ROWLETT, TX 75088

10925   MAYS, MARIA, 732 E CHAPPELL ST, GRIFFIN, GA 30223

10925   MAYS, MICHAEL, 500 DEATSVILLE HWY,, A-11, MILLBROOK, AL 36054

10925   MAYS, PAMELA, 3425 PINECROFT DR, TAYLORS, SC 29687

10925   MAYS, RICHARD, RT. 1, BOX 88A, CYRIL, OK 73029

10925   MAYS, RONALD, 405 E ALDINE #9, IOWA PARK, TX 76367

10924   MAYSVILLE READY MIX CON C, FOREST AVE VIADUCT, MAYSVILLE, KY 41056

10924   MAYSVILLE READY MIX, FOREST AVENUE VIADUCT, MAYSVILLE, KY 41056

10924   MAYSVILLE READY MIX, PLANT #1, MAYSVILLE, KY 41056

10924   MAYTAG C/O OLYMPIC, 900 BLOCK OF N. 19TH AVE., NEWTON, IA 50208

10925   MAYTAG CORP, DEAN F STONNER,

10925   MAYTON, FREDERICK, BOX 66, STANLEY, KY 42375-0066

10925   MAYURNIK, GEORGE, 370 INDIAN TR.DR, FRANKLIN LAKES, NJ 07417

10925   MAYVILLE METAL PRODUCTS, DAVE SCHRAB MANAGER-PLANT ENG, FIRST & HIGHLAND AVE PO
        BOX 28, MAYVILLE, WI 53050

10924   MAY-WILBERT VAULT CORP, 3243 W WATER, PORT HURON, MI 48060

10924   MAY-WILBERT VAULT CORP., 3243 W WATER, PORT HURON, MI 48060

10925   MAYZLER, VLADIMIR, 114 PACIFIC ST, EDISON, NJ 08817

10925   MAZAK, LESIE, 12617 BROLEMAN RD, ORLANDO, FL 32832

10925   MAZARES, JANE, 8936 NESTLE AVE, NORTHRIDGE, CA 91325

10924   MAZDA NORTH AMERICA, 22000 GILBRALTER ROAD, FLAT ROCK, MI 48134

10925   MAZE, JOHN, 1214 NORTH UNION, INDEPENDENCE, MO 64050

10925   MAZER BROS. AUTO PARTS & EQUIP. CO., 126 EASTERN AVE., ESSEX, MD 21221

10925   MAZER DISCOUNT HOME CENTERS, 2 SOUTH 41ST ST, BIRMINGHAM, AL 35222

10925   MAZER, MARK, 14 WINDY HILL RD, W WAREHAM, MA 02576

10925   MAZER, PAMELA, 42 MALLARD DRIVE, SHARON, MA 02067

10925   MAZERS DISCOUNT HOME CENTER, #2 SO 41ST ST, BIRMINGHAM, AL 35222

10925   MAZILLY, RODNEY, 117 STARKS DRIVE, DEQUINCY, LA 70633

10925   MAZNICKI, JOAN, 45 HIGHLAND AVE, ADAMS, MA 01220

10925   MAZUR AMLIN MORGAN MEYERS KITTEL, 1490 FIRST NATIONAL BLDG, DETROIT, MI 48226

10925   MAZUR LEE JT TEN, GERALDINE E & GENE A, 1835 PARFET ESTATES DR, GOLDEN, CO 80401-1774

10925   MAZUR MORGAN MEYERS KITTEL, 1490 FIRST NATIONAL BLDG, DETROIT, MI 48226

10925   MAZUR, EDWARD, 72 C CHARLESBANK WAY, WALTHAM, MA 02154

10925   MAZUR, GEORGE, 1411 S FIFTEENTH ST, MANITOWOC, WI 54220

10925   MAZUR, JOHN, PO BOX 376, HARROLD, TX 76364

10925   MAZUR, MARY, 1124 N. 1700 RD., LAWRENCE, KS 66049

10925   MAZUR, MINDY, 5421 N W 61ST PL, TAMARAC, FL 33319

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MAZURA, SHAWN, 4900 JOE RAMSEY BLVD, GREENVILLE, TX 75401

10925   MAZURAK SR, RICHARD, 302 MN. W. TOSCANE TRAIL, PORT ST. LUCIE, FL 34986

10925   MAZURAK, WALTER, 90 HIGHLAND AVE, BRIDGEWATER, NJ 08807

10925   MAZUREK, LOUISE, 39 ROSS ROAD, WALLINGTON, NJ 07057-1648

10925   MAZUR-KLASSY BUILDERS INC, HOWARD E MAZUR PRES, 2631 UNIVERSITY AVE, MADISON, WI 53705-3754

10925   MAZUROSKY, ANN, 522 W ADDISON 114, CHICAGO IL, IL 60613

10925   MAZZA, DARLENE, 5454 LAUREL RIDGE LN, NAPLES, FL 33999

10925   MAZZA, DAWN, 1288 CALLE VIOLETA, THOUSAND OAKS, CA 91360

10925   MAZZA, GARY, 40 LABELLE DRIVE, SPRINGFIELD, MA 01118

10925   MAZZA, JOSEPH, RR #3-21 COOPER RD, OAK RIDGE, NJ 07438

10925   MAZZA, PAUL, 6241 FIGTREE COURT, BELTSVILLE, MD 20705

10925   MAZZANTI, STEPHEN, 844 ROSE STOP ROAD, NEW CASTLE, PA 16101

10925   MAZZARINI, JOSEPH, PO BOX 449, LADSON, SC 29456

10925   MAZZELL SR, L, 23 LOUISE DRIVE, CHARLESTON, SC 29405

10925   MAZZELL, LUTHER, 2822 LOUISE DR, N. CHARLESTON, SC 29405

10925   MAZZEO, DANIEL, 5283 GOLF COURSE DRIVE, MORRISON, CO 80465

10925   MAZZEO, PAUL, 1949 MIDDLESEX ST, LOWELL, MA 01851

10925   MAZZIOTTA, MICHAEL, 12 MONUMENT ST, MEDFORD, MA 02155

10925   MAZZOLA, LINDA, 332 HAVERHILL ST, NORTH READING, MA 01864

10925   MAZZOLA, ROBERT, 332 HAVERHILL ST, N READING, MA 01864

10925   MAZZONE, BENJAMINE, 6082 ALMADEN RD, SAN JOSE, CA 95120

10925   MAZZOTTA, ELISE, CUST FOR LINDA MAZZOTA, UNIF GIFT MIN ACT PA, 2412 BROOKSHIRE CIRCLE, LEXINGTON, KY 40515-1222

10925   MAZZUCHI, TINA, 1071 MALLARD DRIVE, BRADLEY, IL 60915

10925   MAZZURCA JT TEN, MARIE M, SALVATORE & VALENTINO, BOX 5581, SAN JOSE, CA 95150-5581

10924   MB HALL, 3001 SPRUCE STREET, SAINT LOUIS, MO 63103

10924   MB HUGHES INCORP, 4909 NORTH MONROW, TALLAHASSEE, FL 32303

10925   MBA CONSORTIUM, THE, FLORIDA STATE UNIVERSITY, TALLAHASSEE, FL 32306

10925   MBA INC, CAMBRIDGE, MA 02140

10924   MBA INC, P O BOX 9741, FORT WAYNE, IN 46899

10924   MBA INCORPORATED, 1828 WEST MAIN STREET, FORT WAYNE, IN 46808

10924   MBA, INC., 1828 WEST MAIN STREET, FORT WAYNE, IN 46808

10925   MBC APPLIED ENVIRONMENTAL SCIENCES, 3040 REDHILL AVE., COSTA MESA, CA 92626

10925   MBH ENGINEERING SYSTEMS, 61 HOWARD AVE, LYNNFIELD, MA 01940

10924   MBM CONTRACTING INC, CAMBRIDGE, MA 02140

10924   MBM CONTRACTING, 338 EAST 9TH AVE, HOMESTEAD, PA 15120

10924   MBNA CCI & CCII CONNECTOR, 1000 SAMOSET DRIVE, NEWARK, DE 19713

10924   MBNA III C/O GENERAL DRYWALL, 3050 SCIENCE PARK DRIVE, BEACHWOOD, OH 44122

10924   MBNA, BELFAST, ME 04915

10924   MBNA-3 BRACE BRIDGE, 9TH AND FRENCH, WILMINGTON, DE 19801

10925   MBONY, JENET, 12630 VIERS MILLS RD#102, ROCKVILLE, MD 20853

10925   MBS COMMUNICATIONS, PO BOX 580, CHESHIRE, CT 06410

10925   MBS INC., 246 STONEY HOLLOW ROAD, TIVERTON, RI 02878

10925   MBT (SCHWEIZ) AG, VULKANSTRASSE 110, ZURICH, CH - 8048SWITZERLAND      **\*VIA Deutsche Post\***

10924   MBTA AQUARIUM STATION, 69 HOWARD STREET, WATERTOWN, MA 02272

10925   MBTA PASS PROGRAM COMMUTER RAI, POBOX 6048, BOSTON, MA 02212-6048

10925   MBTA, 146 STATE ST, AUGUSTA, ME 04330

10925   MBTA, 20 WINTHROP SQUARE, BOSTON, MA 02110

10925   MC ABEE, DONNA, 3136 S. PARK RD, BETHEL PARK, PA 15102

10925   MC ADAMS, BARBARA, RT 4 BOX 416-E-26, ROANOKE RAPIDS, NC 27870

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MC ADAMS, ROBERT, 2623 1/2 WORDEW ST, SAN DIEGO, CA 92110-5834 | |
| 10924 | MC ALLEN HEART HOSPITAL, C/O FAULKNER CONSTRUCTION, MCALLEN, TX 78501 | |
| 10924 | MC ALLEN MIDDLE SCHOOL, 1800 NORTH CYNTHIA, MCALLEN, TX 78501 | |
| 10925 | MC ALLISTER, MICHELL, 1379 WESTERN AVE, GREEN BAY, WI 54303 | |
| 10925 | MC ALLISTER, ROBERT, 1156 WEST MILAN RD, MILAN, NH 03588-0050 | |
| 10925 | MC ANDREWS-MEANEY, PATRICIA, 2494 BAYVIEW AVE, WANTAUGH, NY 11793 | |
| 10925 | MC ARTHUR, KENNY, 3226 PONCE DE LEON, NEW ORLEANS, LA 70119 | |
| 10925 | MC ARTHUR, MILTON, 6712 CREWSWOOD LANE, LAKELAND, FL 33813-9998 | |
| 10925 | MC BEATH, C., 3012 BRIAN ALLIN DR, EL PASO, TX 79936 | |
| 10924 | MC BEE ELEMENTRY SCHOOL, 1001 BREAKER LANE WEST, AUSTIN, TX 78759 | |
| 10925 | MC BETH, FORREST, R R 1, RICHLAND, IA 52585 | |
| 10925 | MC BRIDE, E, 1235 THREE FORKS CHURCH RD, TAYLORSVILLE, NC 28681 | |
| 10925 | MC BRIDE, FRANK, PO BOX 38, FRISCO, NC 27936 | |
| 10925 | MC BRIDE, MARY, 508 STOKES ROAD, SIMPSONVILLE, SC 29681 | |
| 10924 | MC CABE SAND & GRAVEL COM, 120 BERKLEY ST, TAUNTON, MA 02780 | |
| 10924 | MC CABE SAND & GRAVEL COM, 150 BERKLEY ST, TAUNTON, MA 02780 | |
| 10925 | MC CABE, DENNIS, 8777 AIRPORT ROAD, MIDDLETON, WI 53562 | |
| 10925 | MC CABE, HELEN, 156 LENOX COURT, PISCATAWAY, NJ 08854 | |
| 10925 | MC CAFFREY, WILLIAM, 353 E 83RD ST APT 15G, NEW YORK, NY 10028-4340 | |
| 10924 | MC CAIN FOODS, GRAND FALLS, NB E0J 1M0TORONTO | *VIA Deutsche Post* |
| 10924 | MC CAIN FOODS, PO BOX97, FLORENCEVILLE, NB Z9Z 9Z9TORONTO | *VIA Deutsche Post* |
| 10925 | MC CALL, AUBREY, 800 OAK HILL CT, BALTIMORE, MD 21239-1320 | |
| 10925 | MC CALL, BOBBY, 41 BELLEVUE AVE, TRENTON, NJ 08611 | |
| 10925 | MC CALL, DANIEL, 6419 TILLERY ROAD, LAKELAND, FL 33813-3829 | |
| 10925 | MC CALL, G, 929 10TH ST SE, CEDAR RAPIDS, IA 52401 | |
| 10925 | MC CALL, HAROLD, 10243 S MAY, CHICAGO, IL 60643 | |
| 10925 | MC CALL, JAMES, 113 HEDGE ST., SIMPSONVILLE, SC 29681 | |
| 10925 | MC CALL, JAMES, 1665 SOUTH BROADWAY, BARTOW, FL 33830-6912 | |
| 10925 | MC CALL, MARVIN, 1406 RIFLE RANGE RD, WINTER HAVEN, FL 33880 | |
| 10925 | MC CAMPBELL, LINDA, 6315 PINEBROOK DR., MONTGOMERY, AL 36117 | |
| 10925 | MC CANLESS SR, JAMES, 8522 FAIRBROOK LANE, LA PORTE, TX 77571-3777 | |
| 10924 | MC CANN BARREL COMPANY, INC., 5311 S. 9TH STREET, MILWAUKEE, WI 53221 | |
| 10925 | MC CANN, JANET, DALLAS, TX 75248 | |
| 10925 | MC CANN, KATHLEEN, 9820 CREEK FT. RD., 801, JACKSONVILLE, FL 32256-3522 | |
| 10925 | MC CANNA INC, 400 MAPLE AVE, CARPENTERSVILLE, IL 60110 | |
| 10925 | MC CANNON, LORRAINE, 21 VISTA DRIVE, DANVERS, MA 01923 | |
| 10924 | MC CARREN AIRPORT NORTH TICKETING, LAS VEGAS, NV 89101 | |
| 10925 | MC CARTER, WILBURN, 301 WATER OAK ST, INMAN, SC 29349-9176 | |
| 10925 | MC CARTHY, CAROL, 8600 FARADAY ST, DENVER, CO 80229 | |
| 10925 | MC CARTHY, HELEN, 15 PUTTER LANE, NEW SNYRA, FL 32069-6142 | |
| 10925 | MC CARTHY, JOHN, 216 HAVERHILL STTREET, NO. READING, MA 01864 | |
| 10925 | MC CARTHY, KATHRYN, 87-57 108TH ST, RICHMOND HILL, NY 11418 | |
| 10925 | MC CARTHY, MICHAEL, 1307 E. 51ST ST, ODESSA, TX 79762-6008 | |
| 10925 | MC CARTNEY, BILLY, RT 3 BOX 262B, OZARK, AR 72949 | |
| 10925 | MC CARTNEY, TIMOTHY, 1413 EBENEZER ROAD, AURORA, IN 47001 | |
| 10925 | MC CARTY JR., PHILLIP, 1639 EAST, PHOENIX, AZ 85020 | |
| 10925 | MC CARTY, EVELYN, 5370 W BERTHA, INDIANAPOLIS, IN 46241 | |
| 10925 | MC CASLIN, MAX, 10403 PHEASANT LN, PEORIA, IL 61615 | |
| 10925 | MC CASTER-YOUNG, THELMA, 805 S. TAYLOR PKWY, OAK PARK, IL 60304 | |
| 10925 | MC CAUL, DONALD, 270 LITTLETON RD. COTTAGE 2, CHELDSFORD, MA 01824 | |
| 10925 | MC CAVE, ALICE, 260 65TH ST APT 20D, BROOKLYN, NY 11220-4816 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MC CHESNEY, MICHELE, 2065 TIMLIN COURT, DE MOTTE, IN 46310

10925   MC CLACKEN, URIEL, 53 E. 32 ST, BROOKLYN, NY 11226

10925   MC CLAIN, DALTON, 317 KIRKPATRICK DRIVE, SELMER, TN 38375

10925   MC CLAIN, JERRY, BOX 91, 509 ESSEX, GARRETSON, SD 57030

10925   MC CLAIN, MOLLY, 6033 W ORANGE DR, GLENDALE, AZ 85301

10925   MC CLAIN, PATRICK, 1006 POPLAR ST, ATLANTIC, IA 50022

10925   MC CLANAHAN, JAY, 405 SAMSON ST, ABBEVILLE, LA 70510-5023

10925   MC CLANTON, TERESA, 900 E BARTON, WEST MEMPHIS, AR 72301

10925   MC CLELLAN, A, 1708 N. SHANNON AVE, PLANT CITY, FL 33566

10925   MC CLELLAN, A, 733 RUSHING AVE, LAKELAND, FL 33801

10925   MC CLELLAN, BERNADETTE, 304 MAGNOLIA DR, PALATKA, FL 32177

10925   MC CLELLAN, TESSA, RT 3 BOWLAND RD., ANDERSON, SC 29625

10925   MC CLELLION, SARA, 4 COURTNEY ST, PELZER, SC 29669

10925   MC CLENDON, MERICA, 1921 8YTH AVE. E., BRADENTON, FL 34208

10924   MC CLINTOCK HIGH SCHOOL, 320 W. DEL RIO DR., TEMPE, AZ 85280

10925   MC CLINTOCK, ALETHA, 510 W DAUGHERTY, CARTERVILLE, MO 64835-1442

10925   MC CLOSKEY, LINDA, 31555 RHETT DR, SPANISH FORT, AL 36527

10925   MC CLURE JR, CARL, 445 DUST COMMANDER DRIVE, HARRISON, OH 45030

10925   MC CLURE, CHARLES, 613 WEST MULBERRY, OGDEN, IA 50212

10925   MC CLURE, CHRISTINE, 4717 SPRING CREEKDR, BONITA SPRING, FL 33923

10925   MC CLURE, ROBERT, RR 2 BOX 62 C, MACKS CREEK, MO 65786

10925   MC CLURE, RODNEY, 316 E. LOWELL, CLAYCOMO, MO 64119

10925   MC CLURE, SARAH, 1473 MALEY RD., JEFFERSON, GA 30549-2370

10925   MC CLURE, VICTOR, 3923 SO JEFFERSON, CINCINNATI, OH 45212

10925   MC CLUSKY INSURANCE AGENCY INC, BOX 637, MC CLUSKY, ND 58463-0637

10925   MC COLE, DOROTHY, 1355 E 86 ST, BROOKLYN, NY 11236-5131

10925   MC COLGAN, ARTHUR J, 509 CROSBY RD, CATONSVILLE, MD 21228-2505

10924   MC CONKEY CO, PO BOX1690, SUMNER, WA 98390

10925   MC CONNELL, CYNTHIA, 75 STEWART ST, 2 FL, S. BOUND BROOK, NJ 08880

10925   MC CONNELL, ELIZABETH, 6811 N. HOWARD, SPOKANE, WA 99208

10925   MC CONNELL, GAIL L, CUST FOR KATHERINE A MC CONNELL UNDER THEUNIF GIFT, PO BOX 14,
BIG INDIAN, NY 12410-0014

10924   MC COOK DRUM & BARREL, ROUTE 66 & 53RD STREET, MCCOOK, IL 60525

10925   MC COOK, WANDA, 7219 OAKCREEK DR, STOCKTON, CA 95320

10925   MC CORD JR, WILLIAM, 431 CHRISTI LANE, BILOXI, MS 39531

10925   MC CORD, BEVERLY, 1850 SUMMER PLACE DR, MOBILE, AL 36618

10925   MC CORD, WILLIAM, 426 KNOLLWOOD ROAD, RIDGEWOOD, NJ 07450-4708

10925   MC CORMACK, JAMES, 36 WAVERLY RD, WOBURN, MA 01801

10925   MC CORMACK, JOHN, PO BOX 192, 9 ACORN PATH, EAST QUOGUE, NY 11942

10925   MC CORMACK, LYNN, 2800 KELLER DR., TUSTIN, CA 92680

10925   MC CORMICK, PATRICIA, PO BOX 101, SANDIA PARK, NM 87047

10925   MC CORMICK, REBECCA, 12745 JEFERSON HWY, BATON ROUGE, LA 70816

10925   MC CORMICK, SHARON, 1070 COUNTY ROAD 521, CUSSETA, AL 36852

10925   MC CORMICK, VIRGINIA, 1414 E SUSQUEHANNA ST, ALLENTOWN, PA 18103

10925   MC COSKI, NANCY, 119 FERNRIDGE DRIVE, SPARTANBURG, SC 29307

10924   MC COY  PEAK, ROLLING PLAINS, BEAVER CREEK, CO 81620

10925   MC COY JR, HARLEY, 1378 WAGON WHEEL CT, OAKDALE, CA 95361

10925   MC COY, ALBIN, 15460 NE 152ND CT RD, FORT MCCOY, FL 32134

10925   MC COY, DINO, 11 NEW ST, 305, SOMERVILLE, NJ 08876

10925   MC COY, GREGORY, 114 E. RIVER ROAD, EAST PALATKA, FL 32177

10925   MC CRABB, WILLIAM, 407 EAST 3RD ST, WEST LIBERTY, IA 52776

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MC CRACKEN, B DAVID, 7377 KERRY HILL COURT, COLUMBIA, MD 21045

10925   MC CRANEY JT TEN, JOHN M & MARGUERITE ADAMS, BOX 922, MARIANNA, FL 32447-0922

10925   MC CRARY, JR, VERNON, 133 AUTUMN LANE, HARRISBURG, NC 28075

10925   MC CRAW, JASON, 1716 AUTUMN HILL, OFALLON, MO 63366

10925   MC CREEVY, PAULA, 8916 NORTH WISNER COURT, 1, NILES, IL 60648

10925   MC CRORY, THOMAS, N55 W14040 CAROL DRIVE, MENOMONEE FALLS, WI 53051

10925   MC CULLOCH, WILLIAM, 1503 WILDHORSE PKWY, CHESTERFIELD, MO 63005

10925   MC CULLOUGH, ISABELLE, 5 MOYA LOOP, SANTA FE, NM 87505

10925   MC CULLOUGH, REX, 101 SHORE TERRACE, SEASIDE, OR 97138

10925   MC CUNE, JOHN, 207 N. BRENTWOOD DR., CEDAR FALLS, IA 50613

10925   MC CUNE, MARK, 1536 HAROLD ST, GREEN BAY, WI 54302-1950

10925   MC CURLEY, H HAROLD, 2589 HWY 70 E, LENOIR CITY, TN 37771

10925   MC CUTCHEON, ELOREE, 2632 CREEK RD., LAKE CITY, SC 29560

10925   MC CUTCHEON, J, 2632 CREEK ROAD, LAKE CITY, SC 29560

10925   MC CUTCHEON, JAMES, BOX 3, DELL CITY, TX 79837

10925   MC CUTCHEON, ROBERT, 106 EAST 22ND ST., ATANTIC, IA 50022

10925   MC CUTCHEONS DIRECTORIES, 175 ROCK ROAD, GLEN ROCK, NJ 07452

10925   MC DANIEL JR, ARTHUR, PO BOX 477 HY 46, GARYSBURG, NC 27831

10925   MC DANIEL, CHARLES, 5602 GERLAND AVE, BALTIMORE, MD 21206

10925   MC DANIEL, GERALD, 1056 ASPEN, CRAIG,, CO 81625

10925   MC DANIEL, GERALD, 120 RANCHERO DRIVE, COLUMBIA, SC 29223

10925   MC DANIEL, HOBERT, 203 APPLEBLOSSOM LANE, SIMPSONVILLE, SC 29681

10925   MC DANIEL, ROBERT, 2925 CUTTER COVE, FORT WAYNE, IN 46815

10925   MC DANIEL, SHARON, 2632 OLD ORCHARD LANE, MONTGOMERY, AL 36117

10925   MC DANIEL, VIVIAN, 203 APPLEBLOSSOM LANE, SIMPSONVILLE, SC 29681

10924   MC DERMAID ROOFING, 1229 KISHWAKEE STREET, ROCKFORD, IL 61108

10924   MC DERMAID ROOFING, 1229 KISHWAUKEE STREET, ROCKFORD, IL 61104

10925   MC DERMOTT, ANN M, 23 WOODMONT RD, UPPER MONTCLAIR, NJ 07043-2535

10925   MC DERMOTT, JOHN, RR 1 BOX 321B, MAQUOKETA, IA 52060

10924   MC DONALD BROTHERS, INC., US #1 NORTH, SOUTHERN PINES, NC 28387

10924   MC DONALD CO INC, 55 N.BROADVIEW, CAPE GIRARDEAU, MO 63701

10924   MC DONALD CO., INC., 55 N. BROADVIEW, CAPE GIRARDEAU, MO 63701

10924   MC DONALD CO., INC., PO BOX 652, CAPE GIRARDEAU, MO 63702

10925   MC DONALD JR, WILLIAM D, 2305 SPENCERS WAY, STONE MOUNTAIN, GA 30087-1249

10925   MC DONALD, ALEXANDER, 14K TAYLOR HOME, WILMINGTON, NC 28403-9998

10925   MC DONALD, DERRAL, HC61 BOX 363, ELKINS, AR 72727

10925   MC DONALD, DONALD, 2845 DREAM LAKE RD, DEPERE, WI 54115

10925   MC DONALD, KATHLEEN, 408 A OVERLOOK DRIVE, MARTINSBURG, WV 25401

10925   MC DONALD, KATIE, 29327, AGOURA, CA 91301

10925   MC DONALD, KELLIE, 22281 SISANTE, MISSION VIEJO, CA 92691

10925   MC DONALD, L T, 310 EAST ROSE ST, FOLEY, AL 36535

10925   MC DONALD, LOUIS, 880 DEEPWOOD DRIVE, MEDINA, OH 44256

10925   MC DONALD, MARIE, 5530 MONTGOMERY ROAD, ELLICOTT CITY, MD 21043

10925   MC DONALD, MARIE, 707 MAIDEN CHOICE LN, BALTIMORE, MD 21228

10925   MC DONALD, MARLA, RT 1 BOX 85 B RD 70, MYAKKA CITY, FL 34251

10925   MC DONALD, MICHAEL, 1388 MARCIA, MEMPHIS, TN 38117

10925   MC DONALD, PAMELA, 3621 COLEMAN ST, COLUMBIA, SC 29205

10925   MC DONALD, RICHARD, 4810 BRINKLEY, HOUSTON, TX 77033

10925   MC DONALD, SANDRA, 2320 STEIBER, WESTLAND, MI 48185

10924   MC DONOUGH DISTRICT HOSPITAL, 525 E GRANT STREET, MACOMB, IL 61455

10925   MC DONOUGH, PATRICK, W208 S10489 KAREN CT, MUSKEGO, WI 53150

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MC DOUGAL, GRACE, 6332 S. HIGHLAND CIR, HALTOM CITY, TX 76117

10925 MC DOUGAL, LYNN, 6061 RONSHEIMER RD., PENNGROVE, CA 94951

10925 MC DOUGALL, HARLEY, 6201 W OLIVE APT 2067, GLENDALE, AZ 85302

10925 MC DOWALL, MADELENE, 1001 CARPENTERS WAY, LAKELAND, FL 33809-3927

10924 MC DOWELL CEMENT PRODUCTS, P O BOX 1147 ., MARION, NC 28752

10924 MC DOWELL CEMENT PRODUCTS, S. GARDEN STREET, MARION, NC 28752

10925 MC DOWELL, BENNIE, 506 KENTUCKY, DELHI, LA 71232

10925 MC DOWELL, ORVILLE, ROUTE 1, SHERMAN, SD 57060

10925 MC DUFF, GEORGE, 4017 93RD ST, LUBBOCK, TX 79423-3915

10924 MC EACHEM HIGH SCHOOL, 2400  NEW MACLAND ROAD, ATLANTA, GA 30319

10925 MC ELMURRY, CAROL, 2611 TRICIA APT #1, MEMPHIS, TN 38127

10925 MC ELROY, DEIDRE, 231 TEMI ROAD, RAYNHAM, MA 02767

10925 MC ENANEY, ARTHUR, SPRUCETON RD, WEST KILL, NY 12492

10925 MC ENEANY AS, ROBERT J, CUST FOR MARISSA G MC ENEANY UNDER NJ UNI TRANSF T, 13
ESSEX LANE, WOODBURY, CT 06798-2631

10925 MC ENTIRE, ZANE, 207 KINGSWOOD DRIVE, GREENVILLE, SC 29611-1809

10925 MC EVILLY, KIM, 486 BASSWOOD AVE., VERONA, WI 53593

10925 MC EWEN, BILLY RAY, 1400 CEDAR RIDGE ROAD, EDMOND, OK 73013-6015

10925 MC FADDEN, FRANCIS, 2095 KIMBROUGH WOODS PL, GERMANTOWN, TN 38139

10925 MC FARLANE, PATRICIA, 712 S. FERNWOOD #8, W COVINA, CA 91791-0000

10925 MC FRANK & WILLIAMS, 528 AVE 12TH FL, NEW YORK, NY 10018

10925 MC GAHEE, LATONIA, 3020 S. 61ST ST, 1, MILWAUKEE, WI 53219

10925 MC GANN, KENNETH, 401 TURNEUR AVE, BRONX, NY 10473-1620

10925 MC GARRAHAN, EDWARD, 1512 PARKSIDE, PASADENA, TX 77502

10925 MC GARRY, MARIANNE, 1019 W DOUGLAS, OXNARD, CA 93033

10924 MC GAUGHEY LUMBER SALES, 3913 EAST BROADWAY, NORTH LITTLE ROCK, AR 72114

10924 MC GAUGHEY LUMBER SALES, P.O. BOX 256, MILAN, TN 38358

10924 MC GAUGHEY LUMBERS SALES, PO BOX 256, MILAN, TN 38358

10925 MC GEE, EDWARD, 21 NASSAU RD, MONTCLAIR, NJ 07043

10925 MC GEE, PEARL, 4747 S PARK # 122, BATON ROUGE, LA 70816

10925 MC GEE, RUBY, 8600 B SHAW ST., MOBILE, AL 36608

10925 MC GEHEE, PATRICK, 2526 TROJAN DR, GREEN BAY, WI 54304

10924 MC GHEE COATING&INSUL CO., 121 SOUTHGATE ROAD, DOTHAN, AL 36302

10925 MC GILL ENVIRONMENTAL SYSTEMS, PO BOX 61, HARRELLS, NC 28444

10925 MC GILL, EMMITT, 297 WINGATE ROAD, BARTOW, FL 33830-9483

10925 MC GILL, FORREST, 405 BERMUDA, BAKERSFIELD, CA 93309

10925 MC GILL, JOHN, 1715 HOBBS ROAD, AUBURNDALE, FL 33823-4643

10925 MC GINNESS, LESLIE, 2482 SOUTHVIEW DRIVE, PITTSBURGH, PA 15241

10925 MC GINNIS, TERISA, 1221 E TOWNLEY AVE, PHOENIX, AZ 85020

10925 MC GIVERN, DANIEL, 2927 OAKHURST ROAD, BETHEL PARK, PA 15102

10925 MC GLINN, MAURA, 321 W PARK LANE, CARBONDALE, IL 62901

10925 MC GLINN, MICHAEL, 4184 REFORESTATION RD, GREEN BAY, WI 54313

10925 MC GLYNN, ROSE MARIE, 1428 S E 4TH AVE - 254G, DEERFIELD BCH, FL 33441

10925 MC GOUGAN NORMAN, BETTY, 565 RANCH TR #224, IRVING, TX 75063

10925 MC GOURY, DR THOMAS, 114 BOONE TRAIL, SEVERNA PARK, MD 21146-4504

10925 MC GOWAN, THOMAS, 1124 WEST 13 ST, LAKELAND, FL 33805

10925 MC GOWEN, ILA, PO BOX 693, HEREFORD, TX 79045-0693

10925 MC GRATH, HAROLD, 6813 W. EVA ST., PEORIA, AZ 85345

10925 MC GRATH, JAMES, 1551 MOCKINGBIRD LANE, LAKELAND, FL 33801-5943

10925 MC GRATH, MELODY, 6813 W EVA ST, PEORIA, AZ 85345

10925 MC GRAW, PAULA, PO BOX 116, ROSELAWN, IN 46372

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MC GREAL, MICHAEL, 14617 CARROLTON ROAD, ROCKVILLE, MD 20853

10925   MC GRIFF JR, JEFF, PO BOX 394, EATON PARK, FL 33840-0394

10925   MC GRIFF, KATIE, 2115 16TH AVE E, BRADENTON, FL 34208

10925   MC GRORY, CHARLES, 18403 BROOKWOOD FOREST, SAN ANTONIO, TX 78258

10925   MC GUINNESS, LEO, 5700 BAY SHORE RD #808, PALMETTO, FL 34221-9359

10925   MC GUINNESS, NIAMH, FLUSHING, NY 11355

10925   MC GUIRE, MILTON, 131 HATHORN RD., ALEXANDRIA, LA 71302

10925   MC GURK, FRANCIS, 1715 ELLIS BLVD NW, CEDAR RAPIDS, IA 52405

10925   MC HATTIE, IRVIN, 5703 GLEN ALLEN, HOUSTON, TX 77069

10925   MC ILVAINE, JOHN, ROUTE 7 BOX 722, JOPLIN, MO 64801-9101

10925   MC ILWAIN JR, RILEY, 902 COLLUMBUS DR, PASCAGOULA, MS 39567

10925   MC INTIRE, PATRICIA, 8315 SPRING DESERT, RANCHO CUCAMONGA, CA 91730

10925   MC INTOSH, CAROLYN, 11128 GLENFIELD, DETROIT MI, MI 48213

10925   MC INTOSH, FEDALE, 1219 HWY 70, WEST LIBERTY, IA 52776

10925   MC INTOSH, ROY, 1117 SOUTH UNION ST, AURORA, IL 60505

10925   MC INTYRE, BURT, 1108 COPRINUS DR, GREEN BAY, WI 54313

10925   MC INTYRE, JOAN, ROUTE 3 SYLVAN MANOR, PACIFIC, MO 63069

10925   MC JUNKIN CORP, 16851 LAPHROP AVE, HARVEY, IL 60426

10925   MC JUNKIN CORP., 11380 GROOMS RD., CINCINNATI, OH 45237

10925   MC JUNKIN CORP., PO BOX 640300, PITTSBURGH, PA 15264-0300

10925   MC JUNKIN CORPORATION, POBOX 640300, PITTSBURGH, PA 15264-0300

10925   MC KANNA, ROBERT, 503 WEST 5TH ST N, SUMMERVILLE, SC 29483

10925   MC KEE, AMY, 1029 LAPINE RD, W MONROE, LA 71292

10925   MC KEE, GILBERT, PO BOX 334, EATON PARK, FL 33840-0334

10925   MC KEE, HOWARD, 210 E OCEAN BLVD APT 1001, LONG BEACH, CA 90802-4859

10925   MC KEE, R, 882 WHITNEY ST., MEMPHIS, TN 38127

10925   MC KEE, WILLIAM, RURAL ROUTE 4 BOX 12, AURORA, IN 47001-9403

10925   MC KEEVER, E, 85 CORBITT DRIVE, MUNFORD, TN 38058

10925   MC KENNA JR, WILLIAM A, C/O STEPHEN D MCKENNA EXEC, 3 SHERBROOKE DR, LINCOLN PARK, NJ 07035-1526

10925   MC KENNA, LAURA, 7827 VIA DEL MUNDO, SCOTTSDALE, AZ 85258

10925   MC KENNA, TERESA, PO BOX 2169, YORK BEACH, ME 03910

10925   MC KENZIE EQUIPMENT, 9260 BRYANT, HOUSTON, TX 77034

10925   MC KENZIE PEST CONTROL, PO BOX 5602, LAKE CHARLES, LA 70606

10925   MC KENZIE, GLORIA, 11425 MANORWOOD DR, BATON ROUGE, LA 70815

10925   MC KENZIE, JOY, PO BOX 457, LOWELL, NC 28098

10925   MC KENZIE, ROBERT, RR 2, BRADFORD, IL 61421-9802

10925   MC KERNAN, DENISE, 8435 N 32ND AVE, PHOENIX, AZ 85051

10924   MC KESSON GENERAL MEDICAL, 7343-A SOUTH HARDY DRIVE, TEMPE, AZ 85283

10925   MC KIE, MELANIE, RFD 1, BOX 277M, LITTLE MOUNTAIN, SC 29075

10925   MC KINDRY, NANCY L, CUST FOR SEAN M MC KENDRY, UNIF GIFT MIN ACT IN, 11105 WOOD CT, CARMEL, IN 46033-3770

10925   MC KINLEY, JOSEPH, 5223 GRANTLINE ROAD, NEW ALBANY, IN 47150

10925   MC KINLEY, WILLIAM, 16352 MAPLE ROCK, PARKER, CO 80134

10925   MC KINNEY, JIMMIE, RT 1, BOX 478, CATOOSA, OK 74015

10925   MC KINNEY, KAREN, 925 WESTMINSTER ABBEY LANE APT 104, FENTON, MO 63026

10925   MC KINNEY, MARKEDA, 1747 E. CHURCHILL, GERMANTOWN, TN 38138

10925   MC KINNEY, ROLANDA, 4511 23RD PKWY, TEMPLE HILLS, MD 20748

10925   MC KINNEY, SUSAN, 2653 S WINSTON, TULSA, OK 74114-4850

10925   MC KISSICK, PATRICIA, 2020 NW 189 TERR, MIAMI, FL 33056

10925   MC KIVITZ, MARCELLA, 15 MARTERA PLACE, PITTSBURGH, PA 15205

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MC KUNE, HELEN, 4 ST MARGARET ST, CHARLESTON, SC 29403-3613 | |
| 10925 | MC KUSICK, JEAN, 11876 PASEO LUCIDO, SAN DIEGO, CA 92128 | |
| 10925 | MC LAIN, STEWART, 2111 SEA HAWK DRIVE, PONTE VEDRA, FL 32082 | |
| 10925 | MC LANE, LONNIE, BRITTHAVEN OF WRIGHTSVLL 221 SUMMER REST RD, WILMINGTON, NC 28405 | |
| 10925 | MC LAUGHLIN, ALICE, MILLBROOK SQUARE APTS 17 MILL ST, ARLINGTON, MA 02174-4745 | |
| 10925 | MC LAUGHLIN, H RAYMOND, 157 PIONEER TRAIL, HANNIBAL, MO 63401 | |
| 10925 | MC LAUGHLIN, M, BOX 42, NEWELL, NC 28126-9998 | |
| 10925 | MC LAUGHLIN, MARK, ROUTE 1, BOX 189, NEW LONDON, MO 63459 | |
| 10925 | MC LAUGHLIN, S, PO BOX 223, MULBERRY, FL 33860 | |
| 10924 | MC LEAN THOMAS, 266 BROADWAY, BUFFALO, NY 14204 | |
| 10925 | MC LEAN, DELPHINE, 531 LANFAIR CIRCLE, SAN JOSE, CA 95136 | |
| 10925 | MC LEAN, JOHN G, 37 WOODBINE LANE, HOLYOKE, MA 01040-1332 | |
| 10925 | MC LEAN, MARY, 7 BRONISLAW ST, WOBURN, MA 01801 | |
| 10925 | MC LEASING INC., PO BOX 783, SOUTH BEND, IN 46624 | |
| 10925 | MC LELLAN, JEAN, 6355 ANNIE OAKLEY DR. #108, LAS VEGAS, NV 89120 | |
| 10925 | MC LEOD, ELOISE, ROUTE 4, BOX 313 C-6, MENDENHALL, MS 39114 | |
| 10925 | MC LORAINE, HELEN M, 1515 ARAPAHOE ST, TOWER I SUITE 1525, DENVER, CO 80202-3150 | |
| 10924 | MC MAHON CLYDE CONCRETE C, 605 N BENTON, BIG SPRING, TX 79720 | |
| 10925 | MC MAHON, DENISE, 351 PAINE ROAD, MORTH ATTLEBORO, MA 02760 | |
| 10925 | MC MAHON, JAMES, 5447 S 114 ST, HALES CORNERS, WI 53130 | |
| 10925 | MC MAHON, JEFFERY, 2020 SOUTH 80TH ST, WEST ALLIS, WI 53219 | |
| 10925 | MC MANN, 505 WEST WRIGHTWOOD AVE, ELMHURST, IL 60126 | |
| 10925 | MC MANUS, GEORGE, 2024 BELLMORE AVE, MERRICK, NY 11566-1435 | |
| 10925 | MC MANUS, MARGARET, PO BOX 203, STONY POINT, NY 10980-2639 | |
| 10925 | MC MASTER CARR SUPPLY COMPANY, PO BOX 7690, CHICAGO, IL 60680-7690 | |
| 10925 | MC MENAMIN, DIANE, 3759 VALE VIEW DR, ALLENTOWN, PA 18103 | |
| 10925 | MC MICHAELS LUMBER CO. INC., POBOX 2183, POMPANO BEACH, FL 33061-2183 | |
| 10925 | MC MICHAELS LUMBER CO.INC., PO BOX 2183, POMPANO BEACH, FL 33061-2183 | |
| 10925 | MC MILLAN JR, JAMES, RT 1, BOX 320, NASHVILLE, GA 31639 | |
| 10925 | MC MILLER CO INC, 3020 AVIATION BLVD, VERO BEACH, FL 32960 | |
| 10925 | MC MILLIAN, ROBERT, 1194 FOREST ST, WELLFORD, SC 29385-9998 | |
| 10925 | MC MILLIAN, WELDON, 2623 SECOND ST, LUBBOCK, TX 79415 | |
| 10925 | MC MILLION, WANNIE, PO BOX 488, PASADENA, MD 21122-2908 | |
| 10925 | MC MILLION, WILLIS, 7258 S XENIA CIRCLE APT D, ENGLEWOOD, CO 80112-1939 | |
| 10925 | MC MILLON, CARMEN, 3438 N. 22ND ST, MILWAUKEE, WI 53206 | |
| 10925 | MC MILLON, EUGENE, 3438 N. 22ND ST, MILWAUKEE, WI 53206 | |
| 10925 | MC MINN, ANDREA, 4013 VENETIAN RD, W COLUMBIA, SC 29170 | |
| 10925 | MC MULLEN, ALBERT, 1007 TERRACE BLVD, TRENTON, NJ 08618 | |
| 10925 | MC MULLEN, RONNIE, 525 DARE ST, CHARLOTTE, NC 28215 | |
| 10925 | MC MULLEN, WILLIAM, 1045 MCMULLEN ROAD, LAKELAND, FL 33811-2306 | |
| 10925 | MC NABB, JANICE, 1518 12TH ST. W, PALMETTO, FL 34221 | |
| 10925 | MC NAIR, LOUISE, 210 NORTH CENTRAL, LIBBY, MT 59923 | |
| 10925 | MC NALLY, JERRY, PO BOX 622, MULBERRY, FL 33860-0622 | |
| 10925 | MC NALLY, WILLIAM, 2 LELIA ST, PITTSBURGH, PA 15211 | |
| 10925 | MC NAMARA, CAROL, RT 15 BOX 898, LAKE CITY, FL 32055 | |
| 10925 | MC NEAL, BLENDA, RT. 1, BOX 148, TOONE, TN 38381 | |
| 10925 | MC NEECE, JIM, 60 E INDIAN CRK RANCH RD, DEFUNIAK SPGS, FL 32435 | |
| 10925 | MC NEELEY JT TEN, JOHN ALLAN & GAY LYNN, 6649 CHERRY TREE LANE, ATLANTA, GA 30328-3320 | |
| 10925 | MC NEELEY, JOHN A, 6649 CHERRY TREE LANE, ATLANTA, GA 30328-3320 | |
| 10925 | MC NEES, JEFFERY, 203 NICELY ST., PO BOX 225, ADVANCE, IN 46102 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MC NEIL BROS DO NOT USE, I-17 / I-40 TI  PHASE I, ASHFORK-FLAGSTAFF HIGHWAY, FLAGSTAFF, AZ 86001 | |
| 10924 | MC NEIL BROTHERS/PIMA FWY, MCDONALD TO THOMAS, SCOTTSDALE, AZ 85251 | |
| 10925 | MC NEIL, EDWIN, 225 MONTCLAIR ROAD, LOS GATOS, CA 95030-1613 | |
| 10925 | MC NICHOLS, BERNICE, 15 LINDA ST, FOXBORO, MA 02035 | |
| 10925 | MC NULTY, BRENDA, 2000 BROADWAY, SAN FRANCISCO, CA 94115 | |
| 10925 | MC NULTY, IRENE, 530 E 20TH ST, NEW YORK, NY 10009-1322 | |
| 10925 | MC PARTLAND, ANNE, 270 FIRST AVE, NEW YORK, NY 10009-2632 | |
| 10925 | MC PHEE, ERSEL, 625 W MCKELLIPS, MESA, AZ 85201 | |
| 10925 | MC PHERSON, JEFF, 110 HIDDEN HILLS DR., MADISON, MS 39110 | |
| 10925 | MC PHERSON, MILDRED, 1680 BRIERBROOK ROAD, GERMANTOWN, TN 38138 | |
| 10925 | MC PHERSON, W CLARKE, 100 THORNDALE DRIVE APT 353, SAN RAFAEL, CA 94903-9998 | |
| 10925 | MC QUADE, LAWRENCE, 125 E 72ND ST, NEW YORK, NY 10021-4250 | |
| 10925 | MC QUEEN III, EDWIN, 1416 PINEGROVE AVE, MOBILE, AL 36618 | |
| 10925 | MC QUEEN MACHINE, 501 GOETZ, SANTA ANA, CA 92707 | |
| 10925 | MC QUEEN, PERTENIA, 3100 HUNTER DRIVE, GULFPORT, MS 39501 | |
| 10925 | MC QUOWN, ELOISE, 355 SERRANO DR APT 11-A, SAN FRANCISCO, CA 94132-2250 | |
| 10925 | MC QUOWN, PAULINE R, 250 ELIZABETH ST APT C 1, SALT LAKE CITY, UT 84102-2542 | |
| 10925 | MC RAE, ALEXANDER, 5200 SUTTON COURT, ARLINGTON, TX 76018 | |
| 10925 | MC RAE, REGINALD, 8926E EAST HARRIS BLVD, CHARLOTTE, NC 28227 | |
| 10925 | MC REYNOLDS, CLYDE, 1403 HIGHVIEW DRIVE, DES MOINES, IA 50315-4928 | |
| 10925 | MC REYNOLDS, SAMUEL, 1638-1/2 BRIARWOOD AVE, COLUMBUS, OH 43211-1504 | |
| 10925 | MC SORLEY, WILLIAM, 234 UNION AVE, HARRISON, NY 10528 | |
| 10925 | MC STAY & ASSOCIATES INC, 7326 FAIROAKS RD., CLEVELAND, OH 44146 | |
| 10925 | MC SUPPLY INC, PO BOX 1089, KENNESAW, GA 30144 | |
| 10925 | MC SWEENEY, CORNELIUS, 29 HARRISON AVE., CAMBRIDGE, MA 02140 | |
| 10925 | MC TANK TRANSPORT INC, 10134 MOSTELLER LN, WEST CHESTER, OH 45069 | |
| 10925 | MC TANK TRANSPORT, 10134 MOSTELLER LANE, WEST CHESTER, OH 45069 | |
| 10925 | MC TANK TRANSPORT, INC, 8555 N. GILMORE, CINCINNATI, OH 45214 | |
| 10925 | MC VAY, LOWELL, 207 NORTH MILLER ST, WEST LIBERTY, IA 52776 | |
| 10925 | MC VAY, PAMELA, 105 KNOTTY CIRCLE DRIVE, WEST LIBERTY, IA 52776 | |
| 10925 | MC VAY, SHARON, 2841 PURRIS, CLORIS, CA 93611 | |
| 10925 | MC WEENEY, JOSEPH, 9 BATTLEGREEN, LEXINGTON, MA 02173 | |
| 10925 | MC WHORTERS, POBOX 39000, SAN FRANCISCO, CA 94139-5881 | |
| 10925 | MC WILLIAM, C, 1601 HEATHERMORE ST, COLLEYVILLE, TX 76034 | |
| 10925 | MC WILLIAMS, RUSSELL, 40 POWERS ROAD, LITTLETON, MA 01460 | |
| 10925 | MC ZORN, KENNETH, 1777 WALKER AVE. APT. A, IRVINGTON, NJ 07111 | |
| 10925 | MC, CLADDIE, 4532 COLONIL RD, MARTINEZ, GA 30907 | |
| 10925 | MC, CLARNEN, RR 2 BOX 970, PRITCH, TX 79036-9690 | |
| 10925 | MC, CONNELL, PO BOX 637, ADAIRSVILLE, GA 30103 | |
| 10925 | MC, CRACKEN, 3290 SHAW RD, MARIETTA, GA 30066 | |
| 10925 | MC, ELHANEY, 3012 KINGSTOWN CLUB, SMYRNA, GA 30080 | |
| 10925 | MC, MILLIAN, 4855 POND CHASE NW, KENNESAW, GA 30144 | |
| 10925 | MC, QUAIG, 3626 EISENHOWER, ODESSA, TX 79762 | |
| 10925 | MCA INTERNATIONAL, 3701 WEST ALGONQUIN ROAD #800, ROLLING MEADOWS, IL 60008-3155 | |
| 10925 | MCABE, COLLEEN, 15220 SO BRIAR LANE, OAK FOREST, IL 60452 | |
| 10925 | MCABEE, ANNE, 124 PINEWOOD DR, GREER, SC 29651-1457 | |
| 10925 | MCABEE, AUBREY, 422 OAKVIEW FARMS RD, WOODRUFF, SC 29388-9306 | |
| 10925 | MCABEE, CAROL, 203 FOREST AVE, LANDRUM, SC 29356 | |
| 10925 | MCABEE, DANIEL, 782 E BUTLER RD # 1212, MAULDIN, SC 29662 | |
| 10925 | MCABEE, ERIC, 205 WHITE OAK RD., WOODRUFF, SC 29388 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|---------------------------|

10925  MCABEE, ETTIS, 602 OAKVIEW FARMS RD, WOODRUFF, SC 29388

10925  MCABEE, JACQUELINE, 207 BEECHWOOD DR, SIMPSONVILLE, SC 29681

10925  MCABEE, PATRICK, 190 TIMBER OAK COVE, LAWRENCEVILLE, GA 30243

10925  MCABEE, ROSA, 110 GLEN DR, GREER, SC 29651

10925  MCABEE, SHERRY, PO BOX 427, WELLFORD, SC 29385

10925  MCABEE, SUSAN, 4 JORDON ST, INMAN, SC 29349

10925  MCADAM, LAURA, 6 TREDWELL AVE, SYOSSET, NY 11791

10925  MCADAMS, KIRBY, 3120 S W 94TH, OKLAHOMA CITY, OK 73159

10925  MCADAMS, WILLIAM, 2310 CRESCENT PARK #2008, HOUSTON, TX 77077

10925  MCAFEE, GERALD, 1223 KNOSSUS DR, WHITEHALL, PA 18052

10925  MCAFEE, JERRY, 1170 ALTA VISTA DR, VISTA, CA 92084-5524

10925  MCAFEE, JERRY, 75 LOCKWOOD LANE, BOXFORD, MA 01921

10925  MCALEER, BARRY, 100 ULE AVE KIOWA, KIOWA, CO 80117

10925  MCALISTER, ALVIN, 1503 PLANTATION DRIVE, ALEXANDRIA, LA 71301

10925  MCALISTER, DONNA, NEW ROW ROAD, HIBERNIA, NJ 07842

10925  MCALISTER, DORIS, 306 GUESS ST, GREENVILLE, SC 29605

10925  MCALISTER, JEFFREY, 3400 A HWY 62 EAST, LIBERTY, NC 27298

10925  MCALISTER, JESSIE, 8 TONY ST, WILLIAMSTON, SC 29697

10925  MCALISTER, LAHOMA, 2400 S. MACARTHUR #37, OKLA. CITY, OK 73128

10925  MCALISTER, MELISSA, 27 NORTH FRANKLIN CT, GREENVILLE, SC 29609

10925  MCALL, BUCK, RT 1 BOX 254, WATERLOO, SC 29384

10924  MCALLEN MEDICAL CENTER (OB EXT.), C/O ALPHA INSULATION, MCALLEN, TX 78503

10924  MCALLEN MOVIE 17, 101 EAST NOLANA, MCALLEN, TX 78501

10924  MCALLISTER CAMPUS CENTER, 59 SNELLING AVENUE, SAINT PAUL, MN 55105

10925  MCALLISTER JR, CHARLES S, 28 MC BRIDE AVE, WHITE PLAINS, NY 10603-3310

10925  MCALLISTER, GARY, 196 HILL ST, MANCHESTER, NH 03102

10925  MCALLISTER, GLENDA, 617 N MAPLE ST, SIMPSONVILLE, SC 29681

10925  MCALLISTER, JOHN J, 257 WHEELER RD, HOLLIS, NH 03049-5933

10925  MCALLISTER, LARRY, 204 JULIEN PLACE, SPARTANBURG, SC 29301

10925  MCALLISTER, PATRICIA, 350 MCKEAN ST., PHILADELPHIA, PA 19148

10925  MCALLISTER, ROGER, 669 GROVE ST, 1, MANCHESTER, NH 03103

10925  MCALLISTER, THOMAS, 2816 CARNATION AVE, WILLOW GROVE, PA 19090

10925  MCALPIN, DONALD, 416 SHADYNOOK ST, CLIFFWOOD BEACH, NJ 07735

10925  MCALPIN, JAMES, 3510 1/2 FOX DR., 5, BAYTOWN, TX 77521

10925  MCALPIN, MARTHA, 133 FIRECREST DRIVE, BRANDON, MS 39042

10924  MCALPINS, CINCINNATI, OH 45200

10925  MCALVAGE, EDWARD, 710 PARKSIDE AVE, READING, PA 19607

10925  MCANALLY, J, 1301 W LINCOLN ST, PECOS, TX 79772

10925  MCANDREW, RANDY, 105 MERCHANTS 154, CUMMING, GA 30130

10925  MCANDREWS, RICHARD, 852 180TH AVE., UNION GROVE, WI 53182

10924  M-CAP TECHNOLOGIES, 281 HOPKINS DRIVE, RANDOLPH, WI 53956

10924  M-CAP TECHNOLOGIES, 281 HOPKINS DRIVE, RANDOLPH, WI 53956-1335

10924  M-CAP TECHNOLOGIES, 281 HOPKINS DRIVE, RANDOLPH, WI 53956-1355

10925  MCARDLE & WALSH, INC, 2015 GREENSPRING DR., TIMONIUM, MD 21093

10925  MCARDLE & WALSH, PO BOX 503, TIMONIUM, MD 21094

10925  MCARDLE, PETER, 12 COLLETTE ST, SO GRAFTON, MA 01560

10925  MCARTHUR CO, 936 RAYMOND AVE, SAINT PAUL, MN 55114-1125

10925  MCARTHUR, AMY, 2602 ELDORADO DR, MOBILE, AL 36605

10925  MCARTHUR, JOHN, 2300 HARVARD WAY, 121 B, RENO, NV 89502

10925  MCARTHUR, MARTHA, 31 COUNTRY LANE, BASKING RIDGE, NJ 07920

10925  MCARTHUR, MARYANN, 1220 JAMAICA RD. W., JACKSONVILLE, FL 32216

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MCARTHUR, MESCHELLE, PO BOX 795, VIRGINIA CITY, NV 89440

10925    MCARTHUR, NANCY, RTE 1, BOX 82, WALLACE, WV 26448

10925    MCARTHUR, TERRY, PO BOX1533, DOUGLASVILLE, GA 30133

10925    MCARTHUR, TODD, 415 MACY ST APT B, LAKE CHARLES, LA 70601

10925    MCATEER, FRANCES, 324 CHESAPEAKE COVE, PAINSVILLE, OH 44077

10925    MCAULAY JT TEN, JOHN & REGINA P, MCAULAY, 30 CONCORD ROAD, ARDSLEY, NY 10502-1102

10925    MCAULAY, JEFFREY, 315 WEST 23RD ST, APT 5, NEW YORK, NY 10011

10925    MCAULIFFE, BRIAN, 28 PARK DRIVE, ATTLEBORO, MA 02703

10925    MCAULIFFE, CLIFFORD, 2070 SHOREVIEW COURT, BAY POINT, CA 94565

10925    MCAVOY, MARY, 24 MT VERNON AVE, BILLERICA, MA 01821

10925    MCAVOY, SCOTT, 70 BOSTON RD., D212, CHELMSFORD, MA 01824

10924    MCBAIN SCHOOL, 107 E. MAPLE, MCBAIN, MI 49657

10925    MCBILES, KELLIE, 3821 W DUBLIN ST, CHANDLER, AZ 85226

10925    MCBIRNEY, DELORES, 6428 BELLEVIEW DRIVE, COLUMBIA, MD 21046

10925    MCBRADY MCMAHON, 119 SOUTH EMERSON #377, MOUNT PROSPECT, IL 60056

10925    MCBRIDE BAKER & COLES, JOSEPH WRIGHT, 500 WEST MADISON ST, 40TH FL, CHICAGO, IL 60661

10925    MCBRIDE BAKER & COLES, MARK J STEGER, 500 WEST MADISON ST, 40TH FL, CHICAGO, IL 60661-2511

10925    MCBRIDE ELECTRIC, PO BOX 924208, HOUSTON, TX 77292

10925    MCBRIDE ELECTRIC, POBOX 924208, HOUSTON, TX 77292

10925    MCBRIDE EQUIPMENT INC., 609 FORD ST, MAUMEE, OH 43537

10925    MCBRIDE INC, 1010 SECOND ST NW, ALBUQUERQUE, NM 87102

10925    MCBRIDE, ALBERT, 1014 LANELL, DEER PARK, TX 77536

10925    MCBRIDE, BERNADETTE, 25006 JENNA RD, KENNEWICK, WA 99337

10925    MCBRIDE, CARL, 409 STADIUM DR., RAYNE, LA 70578

10925    MCBRIDE, DANIEL, 2520 EVERGREEN, COLORADO SPRINGS, CO 80921

10925    MCBRIDE, DARLA G, 6269 LAKEHAVEN DR, FAYETTEVILLE NC, NC 28304

10925    MCBRIDE, DOUGLAS, 2919 W HIGHLAND, SIOUX CITY, IA 51103

10925    MCBRIDE, ELROY, RT. 3 BOX 314, ARNAUDVILLE, LA 70512

10925    MCBRIDE, JIM, 9453 CHEYENNE DRIVE, KELSEYVILLE, CA 95451

10925    MCBRIDE, KAREN, 5010 E. CHEYENNE, PHOENIX, AZ 85044

10925    MCBRIDE, MARY, 701, MIAMI BEACH, FL 33154

10925    MCBRIDE, PATRICK, 17 ROBINS NEST, DENTON, TX 75065

10925    MCBRIDE, PATRICK, 3341 WELLINGTON WAY, CENTRAL, SC 29630

10925    MCBRIDE, ROBERT, 1000 LK OF THE WDS H205, FERN PARK, FL 32730

10925    MCBRIDE, SHARON, 2238 OBSERVATORY PL, GEORGETOWN, DC 20007

10925    MCBRIDE, THOMAS, 209 F ST, NE, WASHINGTON, DC 20002

10925    MCBRIDEE, SHIRLEY, 6623 BICKFORD LANE, PORTSMOUTH, VA 23703

10925    MCBRYDE, MARTHA, 300 OXFORD, WEST MEMPHIS, AR 72301

10925    MCC GROUP NORTHGLEN JOINT VENT, MACLAY PROPERTIES CO., GEN COUNSEL, 3838 OAKLAWN, SUITE 810, DALLAS, TX 75219

10925    MCC GROUP NORTHGLEN, MACLAY PROPERTIES CO GEN COUNSEL, 300 OAK LAWN, SUITE 810, DALLAS, TX 75210

10925    MCC GROUP-MEQUITE #1, JOINT VENTURE, GEN COUNSEL, 3131 TURTLE CREEK BLVD., SUITE 416, DALLAS, TX 75219

10925    MCC GROUP-MEQUITE, GENERAL COUNSEL, 3131 TURTLE CREEK BLVD., SUITE 416, DALLAS, TX 75219

10924    MCC INC., 1911 W.WISCONSIN AVE, APPLETON, WI 54914

10925    MCCAA, WILLIE, 1420 W 95TH ST APT. #5A, CHICAGO, IL 60637

10925    MCCABE AND CO., PO BOX 24 140, WELLINGTON DX SP25520, 09999

10925    MCCABE, DONALD, 1669 LUKE DR, STREETSBORO, OH 44241

10925    MCCABE, JANET M, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MCCABE, JANET, 689 NE 6 CT, 201, BOYNTON BEACH, FL 33435

10925   MCCABE, JOSEPH, 85 HERITAGE DRIVE, LOWELL, MA 01852

10925   MCCABE, JR, PAUL, 3M RELDAS CT., CORKEYSVILLE, MD 21030

10925   MCCABE, LAWRENCE, 61 DAVIS ROAD, BELMONT, MA 02478

10925   MCCABE, LISA, 99 WELLES ST, FORTY FORT, PA 18704

10925   MCCABE, MICHELLE, 149 OAK MEADOWS, MILLSBORO, DE 19966

10925   MCCABE, SANDRA, 59 FOSTER ST, ARLINGTON, MA 02174

10925   MCCABE, SUZANNE, 243 CHICAGO AVE, #7 POBOX 782, ST.ANNE, IL 60964

10925   MCCADDEN, JAMES, 3700 N. CHARLES ST, # 207, BALTIMORE, MD 21218

10925   MCCAFFERTY, EILEEN, 2241 RALEIGH RD, ROCKY MOUNT, NC 27801

10925   MCCAFFERTY, LIGIA, 18312 DELAWARE ST, HUNTINGTON BEACH, CA 92648

10925   MCCAFFREY, DOROTHY, 31 REDWOOD DR, EATONTOWN, NJ 07724

10925   MCCAFFREY, JANIS, 4535 BRIARGROVE, SAN ANTONIO, TX 78217

10925   MCCAHILL PAINTING CO., 324 ROCBAAR DRIVE, ROMEOVILLE, IL 60441

10925   MCCAIG, WILLIAM, 101 EASTCREST DRIVE, SIMPSONVILLE, SC 29681

10924   MCCAIN FOODS, 1701 HWY 54 W., PLOVER, WI 54467

10925   MCCAIN, ANITA, 2337 W 15TH PLACE, MARKHAM, IL 60426

10925   MCCAIN, CHERYL, 5003 PARK, KANSAS CITY, MO 64130

10925   MCCAIN, CHRISTOPHER, 413 BOWMER LANE, SULPHUR, LA 70663

10925   MCCAIN, FRANK, 376 SANDCASTLE RD., FRANKLIN, TN 37069-7186

10925   MCCAL, CHERI, 305 MAIN ST BOX 159, NORWAY, IA 52318

10925   MCCALEB, JAN, 3403 FRANKFORD, LUBBOCK, TX 79407

10925   MCCALEB, ROBERT, 3340 E WALNUT #197, PEARLAND, TX 77581

10924   MCCALIF GROWER SUPPLY, 2905 RAILROAD AVE, CERES, CA 95307

10924   MCCALL FARMS, 6615 SOUTH IRBY STREET, EFFINGHAM, SC 29541

10924   MCCALL SOUTH CAROLINA, C/O WARCO CONSTRUCTION, 700 NORTH MAIN STREET, MC COLL, SC 29570

10925   MCCALL, CHRISTOPHER, 2208 HARN BLVD., CLEARWATER, FL 34624

10925   MCCALL, DIANNE, 703 BROCKMAN-MCCLIMON RD, GREER, SC 29651-9007

10925   MCCALL, DORSEY, 1111 TEXAS ST, SULPHUR, LA 70663

10925   MCCALL, GLADYS, 1030 LYNDON AVE., GRIFFIN, GA 30223

10925   MCCALL, JAMES, 509 MONMOUTH ST, TRENTON, NJ 08609

10925   MCCALL, JOEL, 1004 WINDING CR RD, LIBERTY, SC 29657

10925   MCCALL, KATHLEEN, 3 MICHAEL RD, RANDOLPH, MA 02368

10925   MCCALL, LISA, 707 PENNTON AVE, LENOIR, NC 28645

10925   MCCALL, LISA, RT. 2 BOX 289, LENOIR, NC 28645

10925   MCCALL, MARVIN A, PO BOX 1121, LAURENS, SC 29360

10925   MCCALL, ROBERT, 109 YORKSHIRE DRIVE, GREENVILLE, SC 29615

10925   MCCALL, SARA, 127 SUNRISE DR, MAULDIN, SC 29662

10925   MCCALL, THOMAS, 94 PIERCE ST, MIDDLEBOROUGH, MA 02346

10925   MCCALL, TIM, 275 HATCHETT ROAD, ROEBUCK, SC 29376-3901

10925   MCCALL, TRACY, 201 BABB ROAD, INMAN, SC 29349

10925   MCCALL, VINCENT, 1411 N.CLIFF VALLEY, #H ATLANTA, GA 30319

10925   MCCALLISTER, KENNETH, 1008 CIRCLE DRIVE, CLINTON, OK 73601

10925   MCCALLISTER, MORRIS, 951A N 35TH ST, MILWAUKEE, WI 53208

10925   MCCALLS SUPPLY, INC, 1014 PARK AVE. S.E., AIKEN, SC 29801

10925   MCCALLUM, DAVID, 425 W. CORNWALL RD, CARRY, NC 27511

10925   MCCALLUM, RANDY, 1407 LEVEE DRIVE, HOUMA, LA 70360-3915

10925   MCCALLUS, FREDRIC, RT 2, BOX 363, ZEBULON, NC 27597

10925   MCCAMMON, JIM, 431 KYKER FERRY RD, KODAK, TN 37764

10925   MCCAMMON, TROY, 12572 LUCILLE AVE, GARDEN GROVE, CA 92641

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCCAMMOND, DONALD, 6826 ROCHELLE LN., AMARILLO, TX 79109

10925   MCCANDLESS JR., ROBERT, PO BOX 823, PREMONT, TX 78375-0823

10925   MCCANDLESS, CLARENCE, 7168 AKRON AVE, CANAL FULTON, OH 44614

10924   MCCANN CONCRETE PRODUCTS, 1/4 MI N SEILES, DORSEY, IL 62021

10924   MCCANN CONCRETE PRODUCTS, R R #1, DORSEY, IL 62021

10925   MCCANN III, GEORGE, 409 BENTON WOODS LN., REISTERSTOWN, MD 21136

10925   MCCANN, BRENDA, 2363 CHERRY, SANGER, CA 93657

10925   MCCANN, DANNETTE, 1457 BRIGHAM YOUNG ST, CASPER, WY 82604

10925   MCCANN, ERNEST, 55W. BAYARD ST, 2, SENECA FALLS, NY 13148

10924   MCCANN, GLEN COMPANY INC., P.O. BOX 11, RANSOM, IL 60470

10924   MCCANN, GLEN COMPANY, 119 N CARTIER, RANSOM, IL 60470

10924   MCCANN, GLEN COMPANY, 604 ARAUJO ROAD, STREATOR, IL 61364

10924   MCCANN, GLEN COMPANY, P O BOX 11, RANSOM, IL 60470

10925   MCCANN, LINDA, 1A BIRCHCREST ST, BURLINGTON, MA 01803

10925   MCCANN, TIMOTHY, 717 PROSPECT AVE, UNION BEACH, NJ 07735

10925   MCCANTS, DENISE, 732 HEAVENS DR, MANDEVILLE, LA 70441

10925   MCCANTS, JAMES, 532 LINCOLNSHIRE, COLUMBIA, SC 29203

10925   MCCANTS, PATRICIA, PO BOX 441, THEODORE, AL 36590

10925   MCCARLEY, PATRICIA, 4603 CHEROKEE, MIDLAND, TX 79703

10924   MCCARRAN AIRPORT, SIPLAST, 5803 S. MARYLAND PKWY., LAS VEGAS, NV 89119

10924   MCCARREN AIRPORT #12, LAS VEGAS, NV 89101

10925   MCCARROLL, DOMINGA, RT 2 BOX 2935, BEAN STATION, TN 37708

10925   MCCARROLL, MELISSA, PO BOX 1655, GREER, SC 29651

10925   MCCARRON, KATE, 315 STONEHAM DR, HOCKESSIN, DE 19707

10925   MCCARSTLE, N, 4101 BUCHANAN, BAKER, LA 70714

10925   MCCARTER TEXTILE PRODUCTS CO, INC, 1213 HAMPTON AVE., EXTENTION, GREENVILLE, SC 29601

10925   MCCARTER, CHARLES, 1209 MCCARTER RD, FOUNTAIN INN, SC 29644

10925   MCCARTER, KAREN, 253 GOOSECREEK RD, JEFFERSON, TN 37760

10925   MCCARTER, KATHY, 300 GREENRIDGE DRIVE, MOORE, SC 29369

10925   MCCARTHA, SANDRA, 1310 E. JOHNSON ST., PHILADELPHIA, PA 19138

10924   MCCARTHUR CONC PRODS INC, 300 MCEVER ROAD, ACWORTH, GA 30101

10924   MCCARTHY & DURRETTE, 700 E MAIN ST, RICHMOND, VA 23219

10925   MCCARTHY ESQ, KATHLEEN, 108 AVONBROOK RD, WALLINGFORD, PA 19086

10924   MCCARTHY IMPROVEMENT COMPANY, 5401 VICTORIA AVENUE, DAVENPORT, IA 52807

10924   MCCARTHY IMPROVEMENT COMPANY, MINOT AIR FORCE BASE PROJECT, MINOT, ND 58702

10924   MCCARTHY IMPROVEMENT COMPANY, MOLINE AIRPORT, MOLINE, IL 61265

10924   MCCARTHY IMPROVEMENT COMPANY, OLD ROUTE 2 & ROUTE 30, STERLING, IL 61081

10924   MCCARTHY IMPROVEMENT COMPANY, P.O. BOX 1600, BETTENDORF, IA 52722

10924   MCCARTHY IMPROVEMENT COMPANY, VARIOUS LOCATIONS ILLINOIS, MOLINE, IL 61265

10924   MCCARTHY IMPROVEMENT COMPANY, VARIOUS LOCATIONS, DAVENPORT, IA 52807

10925   MCCARTHY LEBIT CRYSTAL & HAIMAN, ATTYS FOR AMERICAN SHIPBLDG CO., SUITE 1800, 101 W. PROSPECT AVE., CLEVELAND, OH 44115-1027

10925   MCCARTHY MD, DONALD D, 311 S CYPRESS ROAD, POMPANO BEACH, FL 33060

10925   MCCARTHY TETRAULT, TORONTO DOMINION BANK TOWER, TORONTO, ON M5K 1E6CANADA     **\*VIA Deutsche Post\***

10925   MCCARTHY, C, 70 WILLIAMS ST, JAMAICA PLAIN, MA 02130

10925   MCCARTHY, CAROLE, 2607 LEWIS 0 GRAY DRIVE, SAUGUS, MA 01906

10925   MCCARTHY, CARROLL, 16 ALDEN AVE, N DARTMOUTH, MA 02747

10925   MCCARTHY, CATHERINE, 1429 SISTERS COURT, LAWRENCEVILLE, GA 30243

10925   MCCARTHY, DANIEL, 619 8TH ST NE, WASHINGTON, DC 20002

10925   MCCARTHY, DANNY, 234 5TH AVE, BROOKLYN, NY 11215

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MCCARTHY, DONNA, 35 HILLCREST DRIVE, HOPKINTON, MA 01748 | |
| 10925 | MCCARTHY, GARY, PO BOX 10324, SAVANNAH, GA 31412 | |
| 10925 | MCCARTHY, JAMES C, BOX 1095, LYNCHBURG, VA 24505-1095 | |
| 10925 | MCCARTHY, JAMES, 1930 WILDWOOD RD, TOLEDO, OH 43614 | |
| 10925 | MCCARTHY, JAMES, 708 COSTNER SCHOOL ROAD, BESSEMER CITY, NC 28016 | |
| 10925 | MCCARTHY, JEANNE, 21 DEVLIN CIRCLE, BLACKSTONE, MA 01504 | |
| 10925 | MCCARTHY, JEREMIAH, 17 HOOKER ST, NASHUA, NH 03060 | |
| 10925 | MCCARTHY, JOANNE, 1600 ROCKY HOCK RD, WAKEFIELD, VA 23888 | |
| 10925 | MCCARTHY, JOHN, 21 AMARANTH AVE #2, MEDFORD, MA 02155-4108 | |
| 10925 | MCCARTHY, JOHN, 40 MEADOW DR, SUDBURY, MA 01776 | |
| 10925 | MCCARTHY, JOHN, 53 PUFFER ST, LOWELL, MA 01851-4130 | |
| 10925 | MCCARTHY, JOSEPH, 380 TOAD HILL ROAD, SUGAR HILL, NH 03585 | |
| 10925 | MCCARTHY, K, 24 WEST 6TH ST, BAYONNE, NJ 07002 | |
| 10925 | MCCARTHY, K, 63 OAK ST, WAKEFIELD, MA 01880 | |
| 10925 | MCCARTHY, LYNN, PO BOX 685, NEWCASTLE, NH 03854 | |
| 10925 | MCCARTHY, MARK, 3750 SARRIA AVE, SEBRING, FL 33872 | |
| 10925 | MCCARTHY, MD, DONALD, PO BOX 7538, FT. LAUDERDALE, FL 33338 | |
| 10925 | MCCARTHY, MICHAEL, 226 COPELAND AVE, LYNDHURST, NJ 07071 | |
| 10925 | MCCARTHY, PETER, 3 COMANCHE PLACE, ANDOVER, MA 01810 | |
| 10925 | MCCARTHY, ROBERT E, 7500 GRACE DR., COLUMBIA, MD 21044 | |
| 10925 | MCCARTHY, ROBERT, 13 TURKEY HILL ROAD, NEWBURYPORT, MA 01950 | |
| 10925 | MCCARTHY, ROBERT, 2613 CLARET DRIVE, FALLSTON, MD 21047 | |
| 10925 | MCCARTHY, ROBERT, PO BOX 232, EAST WAKEFIELD, NH 03830 | |
| 10925 | MCCARTHY, SHARON, 69 CRESENT CIRCLE, WESTFIELD, MA 01085 | |
| 10925 | MCCARTHY, STEVEN, 8038 GREENTREE COURT, ELKRIDGE, MD 21227 | |
| 10925 | MCCARTHY, WILLIAM M, 2613 CLARET DR., FALLSTON, MD 21047 | |
| 10925 | MCCARTHY, WILLIAM, 2613 CLARET DRIVE, FALLSTON, MD 21047 | |
| 10925 | MCCARTHYLMER VOLKEMA, 140 E. TOWN ST, SUITE 1100, COLUMBUS, OH 43215-5124 | |
| 10925 | MCCARTHYS PORTABLE STRUCTURES INC, PO BOX 610, LYNNFIELD, MA 01940 | |
| 10925 | MCCARTHYS PORTABLE STRUCTURES, POST OFFICE BOX 610, LYNNFIELD, MA 01940-0610 | |
| 10924 | MCCARTIN MCAULIFFE MEC., STI DOW CORNING BOX 64, KENDALLVILLE, IN 46755 | |
| 10925 | MCCARTIN, DAVID, 2925 MALLVIEW ROAD, BALTIMORE, MD 21230 | |
| 10925 | MCCARTNEY, CHRISTOPHER, 10 FOXBORO ST, NASHUA, NH 03063-3665 | |
| 10925 | MCCARTNEY, JACK, 9900 S. FOSTER RD. LOT 11, SAN ANTONIO, TX 78223 | |
| 10924 | MCCARTY CORP., % CUBAN CARIBBEAN SHIPPING, GREEN COVE SPRINGS, FL 32043 | |
| 10925 | MCCARTY, BETTY, 40 OLD STAGECOACH ROAD, CARROLLTON, GA 30117 | |
| 10925 | MCCARTY, BRIAN, 283 CHICORA RD., BUTLER, PA 16001 | |
| 10925 | MCCARTY, CHRISTINE, PO BOX 12641, READING, PA 19612 | |
| 10925 | MCCARTY, LYNN, 5240 CRAWFORDSVILLE RD., INDIANAPOLIS, IN 46224 | |
| 10925 | MCCARTY, MICHAEL, 108 JAMES DRIVE, IOWA PARK, TX 76367 | |
| 10925 | MCCARTY, WILLIAM, 2335 TARGA LANE, MARIETTA, GA 30064 | |
| 10925 | MCCARVELL, PAUL, 517 W TEXAS, IOWA PARK, TX 76367 | |
| 10925 | MCCARVER, EARLINE, 1613 REDBUD, MC ALLEN, TX 78504-3717 | |
| 10925 | MCCARY, JAMES, 26982 MANON AVE #3, HAYWARD, CA 94544 | |
| 10925 | MCCASKEY, JAMES, 450 19TH ST SE, WINTER HAVEN, FL 33884 | |
| 10925 | MCCASLIN IMBUS MCCASLIN, THE PVOVIDENT BLDG, 632 VINE ST SUITE 900, CINCINNATI, OH 45202-2442 | |
| 10924 | MCCASLIN, IMBUS & MCCASLIN, 1200 GWYNNE BLDG 602 MAIN ST, CINCINATTI, OH 45202-2442 | |
| 10925 | MCCASLIN, RODNEY, 917 N. SOUIX, CLAREMORE, OK 74017 | |
| 10925 | MCCAULEY, ALFRED, 10 CLAREMONT RD, SAUGUS, MA 01906 | |
| 10925 | MCCAULEY, ANGELA, 3946 POND RD, BURLINGTON, NC 27215-9060 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MCCAULEY, CHRISTIE, 4149 S. SEMORAN BLVD, ORLANDO, FL 32807 | |
| 10925 | MCCAULEY, DIANA, 1314-G DULLES DRIVE, LAFAYETTE,, LA 70506 | |
| 10925 | MCCAULEY, LARRY, PO BOX 451, MAULDIN, SC 29681 | |
| 10925 | MCCAULLEY, FREDERICK, ROUTE 2, BOX 555, PARIS, AR 72855 | |
| 10925 | MCCAULLEY, MELINDA, RT 2, BOX 109A, VILLE PLATTE, LA 70586 | |
| 10925 | MCCAW COMMUNICATIONS, POBOX 9448, FORT LAUDERDALE, FL 33310-9448 | |
| 10925 | MCCAWLEY, THOMAS, 1301 PHOENIX CIR, OMAHA, NE 68128-7033 | |
| 10925 | MCCHESNEY, PAUL N., 12 SARGENT CIRCLE, ATTLEBORO, MA 02703 | |
| 10925 | MCCHESNEY, WILLIAM, 15 CHRISTOPHER ML RD, MEDFORD, NJ 08055 | |
| 10925 | MCCLAIN, CYNTHIA, RT 1 BOX 1108, NICHOLSON, GA 30565 | |
| 10925 | MCCLAIN, DARIN, 4718 E WINFIELD LN, MEAD, WA 99021 | |
| 10925 | MCCLAIN, DAVID, 300 DEAN RD, FOUNTAIN INN, SC 29644 | |
| 10925 | MCCLAIN, JOHN, 501 FOREST LANE, BELTON, SC 29627 | |
| 10925 | MCCLAIN, MARIE, RR6 BOX 67, ST. ANNE, IL 60964 | |
| 10925 | MCCLAIN, MARY, 57 MCCLAIN LANE, NICHOLSON, GA 30565 | |
| 10925 | MCCLAIN, RICHARD, 1601 NW 8TH AVE, MIAMI, FL 33136 | |
| 10925 | MCCLAIN, WANDA, 245 FRANKLIN DR, BLOUNTVILLE, TN 37617 | |
| 10925 | MCCLAMMY, LEROY, 2641 FLAGSTONE DR. HWY, ATLANTA, GA 30316 | |
| 10925 | MCCLANAHAN, LESLIE JAY, 4368 WIND SONG COURT, TRUSSVILLE, AL 35173-2845 | |
| 10925 | MCCLANAHAN, LESLIE, 4368 WIND SONG CT, TRUSSVILLE, AL 35173 | |
| 10925 | MCCLANAHAN, PAULA, PO BOX 630, HIGHLANDS, TX 77562 | |
| 10925 | MCCLANAHAN, SHAWNA, 4368 WIND SONG CT, TRUSSVILLE, AL 35173 | |
| 10925 | MCCLARY, ANDREA, 2251 SHERMAN AVE NW #1520, WASHINGTON, DC 20001 | |
| 10925 | MCCLARY, DANIEL, 5748 LOOP ROAD, LAKELAND, FL 33803 | |
| 10925 | MCCLARY, TERRY, 710 MOCKINGBIRD, IOWA PARK, TX 76367 | |
| 10925 | MCCLAY, PRISCILLA, 76 WILLOW ST, WOBURN, MA 01801 | |
| 10925 | MCCLEAN, TERRENCE, 13618 BROKENBRIDGE, HOUSTON, TX 77085 | |
| 10925 | MCCLEAR, PATRICK, 7242 RIDING HOOD CIRCLE, COLUMBIA, MD 21045 | |
| 10925 | MCCLEARY-FRANZ CO., 1930-1/2 GREENSPRING DR., TIMONIUM, MD 21093 | |
| 10925 | MCCLEARY-FRANZ COMPANY, INC, PO BOX 255, TIMONIUM, MD 21094 | |
| 10925 | MCCLEERY, DARREN, 222 S DAL PASO, HOBBS, NM 88240 | |
| 10925 | MCCLEESE, DENISE, 15 KROGER CTR., NORFOLK, VA 23502 | |
| 10924 | MCCLELLAN AIR FORCE BASE, LAPHC-4342 DUDLEY,SUITE 1 BLDG 475F, MCCLELLAN AIR FORCE BASE, CA 95652-1407 | |
| 10925 | MCCLELLAN, BARBARA, 1017 WEST 16 ST, ANNISTON, AL 36201 | |
| 10925 | MCCLELLAN, DAVID, 2798 CTY RD 12, FREMONT, NE 68025 | |
| 10925 | MCCLELLAN, JR, CLARENCE, 1109 DISCUS MILL RD R1, MILLERSVILLE, MD 21108 | |
| 10925 | MCCLELLAN, MICHELLE, 1215 CENTRAL DRIVE, CONCORD, NC 28027 | |
| 10925 | MCCLELLAN, PAUL, 247 FOREST BROOKE WAY, DELAWARE, OH 43015 | |
| 10925 | MCCLELLAN, TANYA, 2170 OLEANDER DR, AVON PARK, FL 33825 | |
| 10925 | MCCLELLAND, ARLENE, 9215 LAWRENCE DR W, CEDAR RAPIDS, IA 52401 | |
| 10925 | MCCLELLAND, BRENDA, 2632 27TH ST SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MCCLELLAND, HAROLD, PO BOX 1372, FARMINGTON, NM 87499-1372 | |
| 10925 | MCCLELLAND, KAREN, 5 WILTSHIRE COURT, TAYLORS, SC 29687 | |
| 10925 | MCCLELLAND, LOREN, 11C ROAD 5775, FARMINGTON, NM 87401 | |
| 10925 | MCCLELLAND, ROBERT, 3211 CASTLE DR SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MCCLELLAND, ROBERT, 5031 PARKLAND, PASADENA, TX 77504 | |
| 10925 | MCCLELLAND, ROBERT, 9215 LAWRENCE DR WEST, CEDAR RAPIDS, IA 52404 | |
| 10925 | MCCLELLAND, SANDRA, 425 EAST 5TH AVE., SUN VALLEY, NV 89433 | |
| 10925 | MCCLENAHAN, BRUCE, PO BOX 1046, ANGELS CAMP, CA 95221 | |
| 10925 | MCCLENDON, ANTOINETTE, 2803 WARWICK WAY, GRAPEVINE, TX 76051 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCCLENDON, FRANKLIN E, CUST FOR ELIZABETH MERCER MCCLENDON, UNIF GIFT MIN ACT TN, 43 STURBRIDGE LANE, CUMBERLAND CENTER, ME 04021-9597

10925   MCCLENDON, JAMES, 1005 WHITEHURST ROAD LOT 38, PLANT CITY, FL 33566

10925   MCCLENDON, LINDA, 43104 11TH ST. E, LANCASTER, CA 93535

10925   MCCLENDON, OD, JAMES H, PO BOX 505, LEEDS, AL 35094

10925   MCCLENDON, RICHARD, 3709 E. 15TH, AMARILLO, TX 79104

10925   MCCLENDON, TINA, 114 A DAVIS HOME, CARROLLTON, GA 30117

10925   MCCLENDON, ZACH, 1580 HW 278W, MONTICELLO, AR 71655-0000

10924   MCCLENNAN COUNTY JAIL, C/O TOMAN AND ASSOCIATES, WACO, TX 76705

10924   MCCLENNAN COUNTY JUVENILLE, C/O BAHL INSULATION, 116 WEST BURLESON, MART, TX 76664

10925   MCCLERNON, MICHAEL, 72 PEARL ST, CHARLESTOWN, MA 02129

10925   MCCLESKEY, J, 2524 CROWCREEK DR, DALLAS, TX 75233

10925   MCCLESKEY, STEPHEN, 10027 SPICE LANE, 1501, HOUSTON, TX 77072

10925   MCCLINTOCK JR, WILLIAM, 5644 LANSING DRIVE, CHARLOTTE, NC 28270

10925   MCCLINTOCK, L, 510 W. DAUGHERTY, CARTERVILLE, MO 64835

10925   MCCLINTOCK, NORMAN, PO BOX 630, CRAIG,, CO 81626

10925   MCCLINTOCK, PHYLLIS, 999 E. 7TH ST, CRAIG, CO 81625

10925   MCCLINTON, CALEB, 790 DENIER PLACE, CINCINNATI, OH 45224

10925   MCCLINTON, GWENDOLYN, 3077 CHURCHILL M-2, MACON, GA 31204

10925   MCCLOSKEY MECHANICAL CONTRACTORS, 710 LAUREL ROAD SUITE A, LINDENWORLD, NJ 08021-3322

10925   MCCLOSKEY, EDWARD, 100 MARGARET, BURKBURNETT, TX 76354

10925   MCCLOSKEY, JOANNE, 41 NADINE LANE, STOUGHTON, MA 02072

10925   MCCLOSKEY, JOHN, 2202 SUTTON PLACE, RICHARDSON, TX 75080-2543

10925   MCCLOSKEY, PATRICK, 30578 SANDHURST DRIVE #203, ROSEVILLE, MI 48066

10925   MCCLOSKEY, WILLIAM, 2100 JONES, WICHITA FALLS, TX 76309

10924   MCCLOUD WOMENS CENTER, C/O WARCO CONSTRUCTION, 801 EAST CHEVES ST, FLORENCE, SC 29506

10925   MCCLOUD, DANIEL, 1126 S FEDERAL HWY, SUITE 184, FT LAUDERDALE, FL 33316

10925   MCCLOUD, LAMONT, 2 WALDEN CYPRESS COURT, BALTIMORE, MD 21207

10925   MCCLOUD, LORI, 33 PARK LN, HOOKSETT, NH 03106-2140

10925   MCCLOUD, MARY, 8318 LAROCHE LANE, HOUSTON, TX 77036

10925   MCCLUER, THOMAS, 2028 CAUBLE CREEK CIRCLE, BLAIR, NE 68008

10925   MCCLUGGAGE, BRAD, 5571 CR 349, MILLERSBURG, OH 44654

10925   MCCLUGGAGE, PHYLLIS, 6140 TWP RD 323, MILLERSBURG, OH 44654

10925   MCCLUNEY, JOHN C, 6013 BOLINGBROOK DR, MONTGOMERY, AL 36117-2553

10925   MCCLUNG PETERS SIMON & ARENSBERG, 41 STATE ST, ALBANY, NY 12207

10925   MCCLUNG, MARSHALL P., PO BOX 115, SYLVESTER, WV 25193

10924   MCCLURE CONCRETE CO INC, PO BOX 336, RICHLANDS, VA 24641

10924   MCCLURE CONCRETE CO., GRUNDY PLANT, MCCLURE, VA 24269

10924   MCCLURE CONCRETE CO., IRON STREET, RICHLANDS, VA 24641

10924   MCCLURE CONCRETE CO., MCCLURE, VA 24269

10924   MCCLURE CONCRETE CO., P. O. BOX 336, RICHLANDS, VA 24641

10924   MCCLURE CONCRETE CO., ROUTE 624, OAKWOOD, VA 24631

10924   MCCLURE CONCRETE CO., U.S. ROUTE 19, LEBANON, VA 24266

10924   MCCLURE JOHNSTON OF NEW, CASTLE, NEW CASTLE, PA 16101

10925   MCCLURE, ANDREA, 6283 LOWRIDGE DR, CANAL WINCHESTER, OH 43110

10925   MCCLURE, BURL, 900 FIRST ST, JONESVILLE, LA 71343

10925   MCCLURE, DARRELL, RT 5 BOX 478, COMMERCE, GA 30529

10925   MCCLURE, DEBORAH, 2701 OAKLAWN ST, BEAUFORT, SC 29902

10925   MCCLURE, DONALD, 13982 ST RD 226, LAKEVILLE, OH 44638

10925   MCCLURE, DOROTHY, 1308 BERNADETTE DRIVE, SULPHUR, LA 70663

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MCCLURE, GAIL, RT 3 BOX 322, JEFFERSON, GA 30549 | |
| 10925 | MCCLURE, HOWARD, 8068 ST RD 514, BIG PRAIRIE, OH 44611 | |
| 10925 | MCCLURE, MARILYN, 8256 SR 514, BIG PRAIRIE, OH 44611 | |
| 10925 | MCCLURE, MARTHA, ROUTE 5 BOX 13, COMMERCE, GA 30529 | |
| 10925 | MCCLURE, MICHAEL E, 2456 HARBOUR COVE DR, N HUTCHINSON ISLAND, FL 34949 | |
| 10925 | MCCLURE, NONA, 150 THOMPSON CRK RD, CHESNEE, SC 29323 | |
| 10925 | MCCLURE, RICHARD, 2025 ST JAMES ROAD, MARRIOTTSVILLE, MD 21104 | |
| 10925 | MCCLURE, RONNY, 1306 PEBBLE CREEK, EULESS, TX 76040 | |
| 10925 | MCCLURE, SAMATHA, 6341 BRYANT ST., UNION CITY, GA 30291 | |
| 10925 | MCCLURE, TERESA, POB 175, MAYSVILLE, GA 30558 | |
| 10925 | MCCLURE, TRACY, 7318 CREEKWOOD DR, CHARLOTTE, NC 28212 | |
| 10925 | MCCLURE, WALTER, PO BOX 1067, ROCKY MOUNT, VA 24151 | |
| 10925 | MCCLURG, 16 PARKER LANE, PERRY, NY 14530 | |
| 10925 | MCC-NORTHGLEN JNT VENTURE, 3838 OAK LAWN SUITE 810, DALLAS, TX 75219 | |
| 10925 | MCCOIN, JODI, 2422 JOHN SMITH RD., FAYETTEVILLE, NC 28306 | |
| 10925 | MCCOIN, VICKI, RR3 BOX 127, KANKAKEE, IL 60901 | |
| 10925 | MCCOLGAN JR, ROBERT, 383 MOUNT VERNON ST, DEDHAM, MA 02026 | |
| 10925 | MCCOLLAM, LISA, 6532 RUTGERS ST., HOUSTON, TX 77005 | |
| 10925 | MCCOLLAM, MICHELE, 113 SINCLAIR RD LOT9, MILLEDGEVILLE, GA 31061 | |
| 10925 | MCCOLLISTER, LONNIE, BOX 8443, CEDAR RAPIDS, IA 52408 | |
| 10925 | MCCOLLOUGH, ANDREZE, 6421-1 COUNTRYSIDE, CHARLOTTE, NC 28213 | |
| 10925 | MCCOLLOUGH, WILLIAM, PO BO X9404, CLEMSON, SC 29632 | |
| 10925 | MCCOLLUM CONSTRUCTION SERVICES, PO BOX 568, FALLSTON, NC 28042 | |
| 10925 | MCCOLLUM, CHERYL, 504 PRICE PLACE, EAST ALTON, IL 62024 | |
| 10925 | MCCOLLUM, LAWRENCE K, 624 STONER AVE., SHREVEPORT, LA 71101 | |
| 10925 | MCCOLM, DONALD, QUEBEC PROVINCE, MONTREAL, QC H4B2C5CANADA | *VIA Deutsche Post* |
| 10925 | MCCOMAS, AWON, 3601 9TH ST, BALTIMORE, MD 21225 | |
| 10925 | MCCOMAS, NANCY, 1080 KIMBER RD, WOOSTER, OH 44691 | |
| 10924 | MCCOMB HOSPITAL, 13 MILE AND HOOVER, WARREN, MI 48093 | |
| 10924 | MCCOMB READY MIX CONCRETE, #3 INDUSTRIAL PARK, LIBERTY, MS 39645 | |
| 10924 | MCCOMB READY MIX CONCRETE, 906 SOUTH LOCUST, MCCOMB, MS 39648 | |
| 10924 | MCCOMB READY MIX CONCRETE, P O BOX 624, MCCOMB, MS 39648 | |
| 10924 | MCCOMB READY MIX CONCRETE, P.O.BOX 624, MCCOMB, MS 39648 | |
| 10925 | MCCOMB, BRIDGETTE, RT. 4 BOX 463 B, ST. ANNE, IL 60964 | |
| 10925 | MCCOMB, MARY, 42 WEST 10TH ST, RENO, NV 89503 | |
| 10924 | MCCOMBS CAMPUS, C/O ALPHA INSULATION, 1000 WEST RUTTERSVILLE, GEORGETOWN, TX 78627 | |
| 10925 | MCCOMBS, DEBORAH, 986 37TH AVE, VERO BEACH, FL 32960 | |
| 10925 | MCCOMBS, KATHLEEN, 207 NORTH 5TH ST, MARTINS FERRY, OH 43935 | |
| 10925 | MCCOMBS, ROBERT, 8802 TWEED, HOUSTON, TX 77061 | |
| 10925 | MCCOMIC, CAROLYN, 378 PALOMINO, GRAND CANE, LA 71079 | |
| 10925 | MCCOMIE-FRANCIS, CHERYL, 8395 ROYAL PALM BLVD, CORAL SPRINGS, FL 33065 | |
| 10925 | MCCOMMICK, BARBARA, 5107 42ND, LUBBOCK, TX 79404 | |
| 10925 | MCCOMSEY, KELLY, RFD #1 BOX 360-S, READING, PA 19607 | |
| 10925 | MCCONAGHY, MARGARET, 212 NEW JERSEY AVE, RIVERSIDE NJ, NJ 08075 | |
| 10925 | MCCONARTY, ELIZABETH, 105 ISLAND ROAD, HIGHLAND LAKES, NJ 07422 | |
| 10924 | MCCONKEY CO., 12321 WESTERN AVE., GARDEN GROVE, CA 92841 | |
| 10924 | MCCONKEY COMPANY, PO BOX1690, SUMNER, WA 98390 | |
| 10925 | MCCONLEY, PENELOPE, RT 9 BOX 12H, LUMBERTON, NC 28358 | |
| 10925 | MCCONNAUGHHAY, WILLIAM, 104 SAINT JOSEPH ST, SULPHUR, LA 70663-6243 | |
| 10925 | MCCONNEGHEY, PETER, 43 GLENRIDGE AVE #2 L, MONTCLAIR, NJ 07042 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 MCCONNEL PAKR CTR C/O OMNI, OLENTANGY RIVER ROAD, COLUMBUS, OH 43212

10925 MCCONNELL DRUM SERVICE INC, PO BOX 47415, DORAVILLE, GA 30362

10925 MCCONNELL SALES & ENGINEERING CORP, POBOX 11361, BIRMINGHAM, AL 35202

10925 MCCONNELL VALDES KELLY SIFRE GRIGGS, 270 MUNOZ RIVERIA AVE, SAN JUAN, PR 00918-2530

10925 MCCONNELL VALDES, POBOX 364225, SAN JUAN, PR 00936-4225

10925 MCCONNELL, DAISY, 1477 PLEASANT VIEW, ST. CHARLES, MO 63303

10925 MCCONNELL, JAMES, 30 RAILROAD ST, 246, ANDOVER, MA 01810

10925 MCCONNELL, JEFF, 2900 REIDVILLE RD APT 1407, SPARTANBURG, SC 29301

10925 MCCONNELL, JOE, 3018 CELTIC COURT, SENECA, SC 29678

10925 MCCONNELL, MARJORIE, 4004 W 14TH #11, NORTH PLATTE, NE 69101

10925 MCCONNELL, MARJORIE, 84B WINDSORSHIRE DR, ROCHESTER, NY 14624

10925 MCCONNELL, MICHAEL, 190 MCCONNELL ROAD, SPARTANBURG, SC 29307

10924 MCCONWWAY & TORLEY, 230 RAILROAD STREET, KUTZTOWN, PA 19530

10925 MCCOOK, A, 8600 N WEST LINE #10, STOCKTON, CA 95210

10925 MCCOOK, KRISTEN, 508 DAWSON AVE, CORAOPOLIS, PA 15108

10925 MCCOOK, RONNIE, PO BOX 80698, CONYERS, GA 30208

10925 MCCORD ATCT, AIR TRAFFIC CONTROL, TACOMA, WA 98401

10925 MCCORD COMMUNICATIONS, PO BOX 8466, GADSDEN, AL 35902

10924 MCCORD DEV, 6750 WEST LOOP S STE 995, BELLAIRE, TX 77401-4110

10925 MCCORD, CATHY, RT 1 BOX 333, EWING, KY 41039

10925 MCCORD, CECELIA, 2815 D YANCYVILLE ST, GREENSBORO, NC 27405

10925 MCCORD, CHARLES, 50 ANDERSON ST, LOWELL, MA 01852-5357

10925 MCCORD, DONALD, RT 5 BOX 1225, POPLAR BLUFF, MO 63901

10925 MCCORD, JUDSON, 1628 PARISH BARIN RD, IOWA, LA 70647

10925 MCCORKLE, TAMMY, 229 SHANE DR., MT HOLLY, NC 28120

10925 MCCORMAC, ROXANNE, 3721 SARASOTA CT, ORLANDO, FL 32812

10925 MCCORMACK LAW, DAVID MCCORMACK,

10925 MCCORMACK, CHRISTINE, 3616 S TAYLOR ST, ARLINGTON, VA 22206

10925 MCCORMACK, JAMES, 1423 E HILLSBORO BLVD, DEERFIELD BEACH, FL 33441

10925 MCCORMACK, MICHELLE, 8 DENEISE ST, LAKEVILLE, MA 02347

10925 MCCORMACK, RODNEY, 14535 BRUCE B. DOWNS BLVD., 2613, TAMPA, FL 33613

10924 MCCORMICK & COMPANY INC, 18 LOVETON CIRCLE, SPARKS, MD 21152

10924 MCCORMICK & COMPANY, 230 SCHILLING CIRCLE, HUNT VALLEY, MD 21031

10924 MCCORMICK & COMPANY, DOCK 2, 1311 SCHILLING PLACE, SALINAS, CA 93901

10924 MCCORMICK & COMPANY, INC., 4607 MCCORMICK DRIVE, BELCAMP, MD 21017

10924 MCCORMICK & COMPANY, INC., MCCORMICK FLAVOR DIVISION, 11102 MCCORMICK ROAD, HUNT VALLEY, MD 21031

10924 MCCORMICK & COMPANY, INC., MCCORMICK FLAVOR DIVISION, PO BOX 15, COCKEYSVILLE, MD 21030

10924 MCCORMICK & COMPANY, INC., MCCORMICK/SCHILLING DIVISION, 211 SCHILLING CIRCLE, HUNT VALLEY, MD 21031-1100

10924 MCCORMICK & COMPANY, INC., RAW MATERIAL REC. DOCK B, 11100 MCCORMICK ROAD-BLDG #45, COCKEYSVILLE, MD 21030

10924 MCCORMICK & COMPANY, MCCORMICK FLAVOR DIVISION, PO BOX 15, COCKEYSVILLE, MD 21030

10924 MCCORMICK & COMPANY, PO BOX 81311, SALINAS, CA 93912

10924 MCCORMICK & COMPANY, RECEIVING DOCK #2, 1311 SCHILLING PLACE, SALINAS, CA 93901

10925 MCCORMICK EQUIPMENT CO INC, PO BOX 631504, CINCINNATI, OH 45263-1504

10925 MCCORMICK EQUIPMENT CO, INC, 112 NORTHEAST DR., LOVELAND, OH 45140

10924 MCCORMICK FLAVOR DIV, 230 SCHILLING CIRCLE, 2ND FLOOR SOUTH, HUNT VALLEY, MD 21031

10924 MCCORMICK FLAVOR DIVISION, 5820 TULANE DRIVE, ATLANTA, GA 30366

10924 MCCORMICK FLAVOR DIVISION, 5840 TULANE DRIVE, ATLANTA, GA 30336

10924 MCCORMICK FLAVOR, 3300 CENTURY CIRCLE, IRVING, TX 75062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | MCCORMICK HOTEL  C/O JL MANTA, KING DRIVE AND I-55, CHICAGO, IL 60616 | |
| 10925 | MCCORMICK JR JT TEN, JOHN J & JEANNE M, 490 BRYANT ST, NORTH TONAWANDA, NY 14120-7004 | |
| 10924 | MCCORMICK OFFICE, 2300 SOUTH PRAIRIE, CHICAGO, IL 60616 | |
| 10925 | MCCORMICK, BEVERLY, 4975 WASHINGTON ST, W ROXBURY, MA 02132 | |
| 10925 | MCCORMICK, DEIRDRE, 26 GRANEY COURT, PEARL RIVER, NY 10965 | |
| 10925 | MCCORMICK, DOMINIC, 913 CHARLES ST, AURORA, IL 60506 | |
| 10925 | MCCORMICK, EDWARD, 2229 MIDDLEGROUND DR., OWENSBORO, KY 42301 | |
| 10925 | MCCORMICK, HARRIET, 692 GORDON DRIVE, CHARLESTON, WV 25314 | |
| 10925 | MCCORMICK, MARIE, 16 SAVORY ST, LYNN, MA 01904 | |
| 10925 | MCCORMICK, MARTHA, 112 CROSSVIEW DRIVE, SIMPSONVILLE, SC 29680 | |
| 10925 | MCCORMICK, NEAL, 8835 N 81ST AVE, OMAHA, NE 68122 | |
| 10925 | MCCORMICK, RUTHALYS, 11138 BROOKLAWN DRIVE, HUDSON, FL 34667 | |
| 10925 | MCCORMICK, STEPHAN, 3074 LINDENWOOD DR, COLUMBIA, SC 29204 | |
| 10925 | MCCORT, MARGERY, 85 N. FOREST, AMERILLO, TX 79106 | |
| 10925 | MCCOSHAM, EMILY, 10647 GLORIA AVE, CINCINNATI, OH 45231-0000 | |
| 10925 | MCCOURT, SARA, 8387 W FLOYD AVE, LAKEWOOD, CO 80227 | |
| 10925 | MCCOURT, VIRGINIA, 314 EMPRESS, HOUSTON, TX 77034 | |
| 10925 | MCCOURT, WILLIAM, 4 JETHRO ST, MAYNARD, MA 01754 | |
| 10925 | MCCOWAN, CYNTHIA, 715 HOLLIDAY LN, DUNCANVILLE, TX 75116 | |
| 10925 | MCCOWN, RYAN N, 243 RICHARD ST., LAKE CHARLES, LA 70601 | |
| 10925 | MCCOWN, RYAN, 243 RICHARD ST, LAKE CHARLES, LA 70601 | |
| 10925 | MCCOY & MCCOY LABS INC, PO BOX 907, MADISONVILLE, KY 42431 | |
| 10925 | MCCOY CULLIGAN, PO BOX 419, DELRAY BEACH, FL 33447-0419 | |
| 10925 | MCCOY JR., ISAIAH, 5169 PHANTOM COURT, COLUMBIA, MD 21044-1318 | |
| 10925 | MCCOY SHEET METAL WORKS INC., PO BOX 10, TUSTIN, CA 92680 | |
| 10925 | MCCOY, BRENDA, 370 S. CARNOT, HEGMA, WI 54201 | |
| 10925 | MCCOY, DEBORAH, 2801 CANIFF RD, RICHMOND, VA 23223 | |
| 10925 | MCCOY, DIANE, 103 LEE ST, SIMPSONVILLE, SC 29681 | |
| 10925 | MCCOY, DIANE, 1448 LANDOVER AVE., DELTONA, FL 32725 | |
| 10925 | MCCOY, ELIZABETH, 2831 LAKE SAXON DR, LAND OLAKES, FL 34639 | |
| 10925 | MCCOY, GINA, 16400 HENDERSON PASS, SAN ANTONIO, TX 78232 | |
| 10925 | MCCOY, GREGORY, 4 CLAYTON COURT, CHADDS FORD, PA 19317 | |
| 10925 | MCCOY, HAROLD, 212 22ND ST NW, CEDAR RAPIDS, IA 52405 | |
| 10924 | MCCOY, INC, 8540 GAST ROAD, BRIDGMAN, MI 49106 | |
| 10924 | MCCOY, INC., 1523 LAKE ST., NILES, MI 49120 | |
| 10924 | MCCOY, INC., 220 N. WAYNE, SAINT JOSEPH, MI 49085 | |
| 10925 | MCCOY, JAMES, 3709 N.OCONNOR RD., IRVING, TX 75062 | |
| 10925 | MCCOY, JANICE, 120 WALNUT ST, COMMERCE, GA 30529 | |
| 10925 | MCCOY, JEFFREY, 6161 E GRANT RD, TUCSON AZ, AZ 85712 | |
| 10925 | MCCOY, JODIE, 4855 COLLEGE ST APT #3, FOREST PARK, GA 30050 | |
| 10925 | MCCOY, JOHN, 923 ARMOR, PASADENA, TX 77502 | |
| 10925 | MCCOY, JUDITH, 10 NEW RD, BARNSTEAD, NH 03225 | |
| 10925 | MCCOY, KATIE, 26 38TH ST, IRVINGTON, NJ 07111 | |
| 10925 | MCCOY, M, 109 GAIL DRIVE, LANSING, MI 48906 | |
| 10925 | MCCOY, MARION, 2807 CUMBERLAND AVE, A, WICHITA FALLS, TX 76309 | |
| 10925 | MCCOY, MARY, 4919 IVYWOOD DR., PEARLAND, TX 77584 | |
| 10925 | MCCOY, R., 42 WATSON AVE., BARRINGTON, RI 02806 | |
| 10925 | MCCOY, ROBERT, 402 DOGWOOD DRIVE, TAMASSEE, SC 29686 | |
| 10925 | MCCOY, ROGER, 215 CHEYENNE DR, SIMPSONVILLE, SC 29681-2412 | |
| 10925 | MCCOY, SCOTT, 5805 WILLOW CREEK WY, RICHMOND, VA 23225 | |
| 10925 | MCCOY, SHAWN, 8200 W. VILLARD AVE, MILWAUKEE, WI 53218 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCCOY-ARNOLD, LYNN, 3030 S WILLIAMS, DENVER, CO 80210

10925   MCCOY-OSTRANDER, ROSALINA, 18521-L MAYALL ST., NORTHRIDGE, CA 91324

10925   MCCRACKEN, JOAN, 1520 BEN GAMBLE RD, JONESBROUGH, TN 37659

10924   MCCRARY STONE READY MIX, 5 WILLIAMS RD, FLETCHER, NC 28732

10925   MCCRARY, ANTOINETTE, 2207 DESHA AVE, HUNTSVILLE, AL 35810

10925   MCCRARY, CHRISTINE, PO BOX 40141, SANTA BARBARA, CA 93140

10925   MCCRARY, GEORGE, 8929 LAURISTON PLACE, CHARLOTTE, NC 28227

10925   MCCRARY, JOHN, 3409 SACRAMENTO ST, ST JOSEPH, MO 64507

10925   MCCRARY, NATHAN, 727 SNOWDEN LANE, GLEN BURNIE, MD 21061

10925   MCCRARY, PATRICIA, 727 SNOWDEN LANE, GLEN BURNIE, MD 21061

10925   MCCRARY, SONYA, 18675 AL HWY 35, SCOTTSBORO, AL 35768

10925   MCCRAW, LUCILE, ROUTE 1 BOX 166C, MT HOPE, WV 25880

10924   MCCRAY PLASTERING INC, PO BOX 872, WEST SACRAMENTO, CA 95691

10924   MCCRAY PLASTERING, 2590 S. RIVER RD., WEST SACRAMENTO, CA 95691

10924   MCCRAY PLASTERING, 2590 SOUTH RIVER ROAD, WEST SACRAMENTO, CA 95691

10925   MCCRAY, BETTY, 2A SOUTH POPULAR ST, ANDREWS, SC 29510

10925   MCCRAY, EDD, 2695-3 VALLEY RD, SMYRNA, GA 30080

10925   MCCRAY, HUBERT, 2617 CELIA AVE #1, CHARLOTTE, NC 28216

10925   MCCRAY, JACKIE, 4006 HILTON ROAD, BALTIMORE, MD 21215

10925   MCCRAY, JANET, 13 WINDERMERE, MATTOON, IL 61938

10925   MCCRAY, KELDA, 130 CHATEAN TERR. APT 26, ATHENS, GA 30606

10925   MCCRAY, KELLY, 206 BELL ST, CARY, IL 60013

10925   MCCRAY, LYDIA, 14433 WOODS EDGE RD, COLONIAL HEIGHTS, VA 23834

10925   MCCRAY, PAUL, 24902 DOE TRAILS, MAGNOLIA, TX 77355

10925   MCCRAY, RICHARD, 6015 C CURTIER DR, ALEXANDRIA, VA 22310

10925   MCCRAY, SHIRLEY, 703 WESTON ST, MINDEN, LA 71055

10925   MCCRAY, WILLIE, 1713 JEAN ST, TAMPA, FL 33610

10925   MCCRAY, ZSA, 10871 COPPER HILL DR, JAX, FL 32218

10925   MCCRAY, ZSA, 4092 BARNES RD 908, JACKSONVILLE, FL 32207

10924   MCCRAY/LEARNING RESOURCE CENTER, SUTTERVILLE & FREEPORT BLVD., SACRAMENTO, CA 94203

10925   MCCREA MCCREA, 119 S. WALNUT ST., PO BOX 1310, BLOOMINGTON, IN 47402

10925   MCCREA, ANTHONY, RT 4 BOX 313, KINGSTREE, SC 29556

10925   MCCREADY, TIMOTHY, 11500 GRANT DRIVE, OVERLAND PARK, KS 66210

10925   MCCREARY, JAN, 8003 WEST 138TH TERRACE, OVERLAND PARK, KS 66223

10925   MCCREARY, JEFFERY, 4509 US 301, ELLENTON, FL 34222

10925   MCCREERY, TROY, 711 N PINE ISLAND RD, PLANTATION, FL 33324

10925   MCCREREY, RONALD, RR 1, BOX 142A, EASTON, MO 64443

10925   MCCROBA, ANGELA, 5824 CATALINA DR, COLUMBUS, GA 31909

10925   MCCRONE ACCESSORIES & COMPONENTS, 850 PASQUINELLI DRIVE, WESTMONT, IL 60559-5539

10925   MCCRORY, BRIAN, 51355 WAGON TRAIL, PEARLAND, TX 77086

10925   MCCROSKEY, DALE, 112 PINE CIR, PELZER, SC 29669

10925   MCCROSSON, BRUCE, 440 SEASIDE AVE, HONOLULU, HI 96815

10925   MCCRUDDEN, KAREN, 17 HOME PLACE, LODI, NJ 07644

10925   MCCUE, MATTHEW J, 1441 W LUNT APT 2N, CHICAGO, IL 60628

10925   MCCUEN, JAMES, 1904 ANDERSON HWY, WILLIAMSTON, SC 29697

10925   MCCUEN, KATHY, 119 FLAT ROCK ROAD, HONEA PATH, SC 29654

10925   MCCUEN, LISA, 125 EASTVIEW CIRCLE, SIMPSONVILLE, SC 29681

10925   MCCUEN, MICHAEL, 325 TRAYNHAM RD, HONEA PATH, SC 29654-9222

10925   MCCUEN, SONNY, 210 TRAYNHAM ROAD, HONEA PATH, SC 29654

10925   MCCUISTIAN, VERONICA, 5401 14TH ST., LUBBOCK, TX 79416

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MCCULLEY JR., DANNY, 5002 ORCHARD DR, ELLICOTT CITY, MD 21043 | |
| 10925 | MCCULLEY, M, 216 CHESTNUT CT, SAN RAMON, CA 94583 | |
| 10925 | MCCULLEY, PAUL, 6866 WELLER ST, SAN DIEGO, CA 92122 | |
| 10925 | MCCULLICK, ROBERT, PO BOX 117, KALKASKA, MI 49646 | |
| 10925 | MCCULLOCH CORP., 1812 SOUTH WILSON DR, LAKE FORREST, IL 60045 | |
| 10925 | MCCULLOCH, JOHN, 26B CENTRAL ST, HUDSON, NH 03051 | |
| 10925 | MCCULLOCH, ROY, 5737 HIGHLAND ROAD, ARCADIA, TX 77590 | |
| 10925 | MCCULLOUGH & BENTON, POBOX 29803, ATLANTA, GA 30359 | |
| 10925 | MCCULLOUGH & CO., PO BOX 593, CHESTER SPRINGS, PA 19425 | |
| 10924 | MCCULLOUGH ELECTRIC CO, 419 FORT PITT BLVD, PITTSBURGH, PA 15219 | |
| 10925 | MCCULLOUGH JR, ROBERT, 310 CRETE DR, DEER PARK, TX 77536 | |
| 10925 | MCCULLOUGH, ANGEL, 833 HELEN DRIVE, BEDFORD, TX 76022 | |
| 10925 | MCCULLOUGH, EDNA, 604 BLEVINS, FT WORTH, TX 76111 | |
| 10925 | MCCULLOUGH, ELIZABETH, 3644 ROSEMEAR AVE, BROOKFIELD, IL 60513 | |
| 10925 | MCCULLOUGH, HAROLD, 604 BLEVINS, FORT WORTH, TX 76111 | |
| 10925 | MCCULLOUGH, JAMES, 1116 N 12TH ST, READING, PA 19604 | |
| 10925 | MCCULLOUGH, JULIE, 1444 RHODE ISLAND AVE NW #918, WASHINGTON, DC 20005 | |
| 10925 | MCCULLOUGH, KAREN, 532 ARTHUR PLACE, GREENSBURG, PA 15601 | |
| 10925 | MCCULLOUGH, KENNETH, 26 JETTY COURT, BRICK TOWN, NJ 08723 | |
| 10925 | MCCULLOUGH, SARAH, 311 JONES ROAD, ENOREE, SC 29335 | |
| 10925 | MCCULLOUGH, STEVEN, 730 PITTSBURGH AVE, WOOSTER, OH 44691 | |
| 10925 | MCCULLOUGH, WILLIAM, 11 MOHAWK TERRACE, KEOKUK, IA 52632-2143 | |
| 10925 | MCCULLY, CHARLOTTE, 3512 MCDANIAL AVE, BLUE SPRINGS, MO 64015 | |
| 10925 | MCCUNE, ALLISON, 69 LEXINGTON DRIVE, WEST COLUMBIA, SC 29169 | |
| 10925 | MCCUNE, JENEAN, 132 E. LLOYD ST, MILWAUKEE, WI 53212 | |
| 10925 | MCCUNE, KENNETH, 5105 NANCY COURT, LITTLE ROCK, AR 72204 | |
| 10925 | MCCURDY CIRCUITS, 1718 NORTH NEVELLE ST, ORANGE, CA 92665 | |
| 10924 | MCCURDY CIRCUITS, 1739 N CASE, ORANGE, CA 92665 | |
| 10925 | MCCURDY, RAY, 4211 JONES ST., CARLSBAD, NM 88220-2719 | |
| 10925 | MCCURLEY, DAVID, PO BOX 839, DANIELSVILLE, GA 30633 | |
| 10925 | MCCURNIN SWAN & ASSOC., PO BOX 62600 DEPT 1188, NEW ORLEANS, LA 70162-2600 | |
| 10925 | MCCURRIE, MICHAEL, 7923 NORTH KEVDALE, SKOKIE, IL 60076 | |
| 10925 | MCCURRY, ALLETTA, 5000 GAIBRAITH CIR, STONE MTN, GA 30088 | |
| 10925 | MCCURRY, GREGORY, 1533 BLUE RIDGE BLVD, SENECA, SC 29678 | |
| 10925 | MCCUSKER & OGBORNE, 10 REANEY RD, CHESTER, PA 19014 | |
| 10925 | MCCUSKER & OGBORNE, 10 REANEY ST, CHESTER, PA 19013-2847 | |
| 10925 | MCCUSKER, CHRISTINE, 47 HENSEY ROAD, CRANSTON, RI 02910 | |
| 10925 | MCCUSKER, JOANNE, 2420 133RD ST CT NE, BRADENTON, FL 34202 | |
| 10925 | MCCUSKER, MILDRED, 781 OLD SPTBG HWY, WELLFORD, SC 29385-9668 | |
| 10925 | MCCUTCHEN, SEYMOUR, 8814 FLAGSTONE DR., RANDALLSTOWN, MD 21133 | |
| 10925 | MCCUTCHEONS DIRECTORIES, 175 ROCK ROAD, GLEN ROCK, NJ 07452 | |
| 10925 | MCD INC., 2510 ELECTRONIC DRIVE, ANNISTON, GA 36201 | |
| 10924 | MCD, INC., 2510 ELECTRONICS DRIVE, ANNISTON, AL 36201 | |
| 10924 | MCDANIEL CONCRETE, 600 HIGHWAY 11, WINDER, GA 30680 | |
| 10924 | MCDANIEL CONCRETE, P O BOX 492, WINDER, GA 30680 | |
| 10924 | MCDANIEL ENTERPRISES, 5600 E. NAPIER AVENUE, BENTON HARBOR, MI 49022 | |
| 10924 | MCDANIEL ENTERPRISES, PO BOX 215, BERRIEN SPRINGS, MI 49103 | |
| 10925 | MCDANIEL, ALVIN, 4434 LIVE OAK LN, CHATTANOOGA, TN 37411-0000 | |
| 10925 | MCDANIEL, C, 10725 CRESTVIEW LANE, LAUREL, MD 20723 | |
| 10925 | MCDANIEL, CHARLES, 2632 OLD ORCHARD LANE, MONTGOMERY, AL 36117 | |
| 10925 | MCDANIEL, CHARLES, 5602 GERLAND AVE., BALTIMORE, MD 21206 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    MCDANIEL, CHARLES, PO BOX 501, GUEYDAN, LA 70542

10925    MCDANIEL, DAISY L, 203 BOYD ST, FOUNTAIN INN, SC 29644

10925    MCDANIEL, DARREN, 631 BITTIMAN ROAD, SAN ANTONIO, TX 78209

10925    MCDANIEL, DENISE, 1203 LEWIS ST, HOMER, LA 71040

10925    MCDANIEL, DONOVA, PO BOX 185, CULLEN, LA 71021

10925    MCDANIEL, F, 106 SUNNYSIDE AVE, ARLINGTON, MA 02174

10925    MCDANIEL, GEORGE, 8530 CRESENT DRIVE, WESTMINSTER, CO 80030

10925    MCDANIEL, GLENN J, 306 COMANCHE, SULPHUR, LA 70663

10925    MCDANIEL, GLENN, 306 COMANCHE ST, SULPHUR, LA 70663

10925    MCDANIEL, HORACE, PO BOX 813, UTOPIA, TX 78884

10925    MCDANIEL, JEFFREY, 50 KERRY PKWY. #91, LAKE OSWEGO, OR 97035

10925    MCDANIEL, JERRY, 3843 PENBROOK APT. #47, ODESSA, TX 79762

10925    MCDANIEL, JOE, 741 ADAMS MILL RD, SIMPSONVILLE, SC 29681

10925    MCDANIEL, KIMBERLY, 288 OLD MILL RD #25, MAULDIN, SC 29662

10925    MCDANIEL, L, 729 ROBERT E. LEE DR., WILMINGTON, NC 28412

10925    MCDANIEL, LISA, 741 ADAMS MILL RD, SIMPSONVILLE, SC 29681

10925    MCDANIEL, LUCY, 2332 JULIANNA CIRCLE, DALLAS, TX 75229

10925    MCDANIEL, MARVELLA, 7429 RUBY ST, PHILADELPHIA, PA 19138

10925    MCDANIEL, MELANEE, 118 DRURY LANE, MAULDIN, SC 29662

10925    MCDANIEL, MICHELLE, 4506 SCHINDLER TERRACE, BRIDGEWATER, NJ 08807

10925    MCDANIEL, MILTON, W 1221 CENTRAL AVE, SPOKANE, WA 99205-6618

10925    MCDANIEL, PAMELA, 655A OLD HUMBOLDT, JACKSON, TN 38305

10925    MCDANIEL, PAUL, 10025 DESOTO AVE., 215, CHATSWORTH, CA 91311

10925    MCDANIEL, PAUL, 4848 DEBBIE DRIVE, MEDINA, OH 44256

10925    MCDANIEL, PAUL, PO BOX 741, POTEAU, OK 74953

10925    MCDANIEL, RANA, 1577 OLIVET CT., RIVERDALE, GA 30296

10925    MCDANIEL, ROBERT, 3550 VAL VERDE AVE, LONG BEACH, CA 90808

10925    MCDANIEL, SUSAN, 6979 MAYFAIR TR, LAUREL, MD 20707

10925    MCDANIEL, TERRY, 1182 DALLAS, AURORA CO, CO 80011

10925    MCDANIEL, TIMOTHY, 312 MEADOWBROOK DR, SENECA, SC 29678

10925    MCDANIEL, WILLIAM, 22204 COLLINGTON DR, BOCA RATON, FL 33428

10925    MCDANIELS, RUTH, 3450 SAGER ROAD, GRASS LAKE, MI 49240

10925    MCDARIS, DAVID, 1924 PLANZ, BAKERSFIELD, CA 93304

10925    MCDAVID, MICHAEL, 11 BLACKOAK CT, SIMPSONVILLE, SC 29681

10925    MCDAVID, VENITA, 11 BLACK OAK CT, SIMPSONVILLE, SC 29681

10924    MCDB EXPANSION/UNIV OF COLORADO, ROLLING PLAINS, BOULDER, CO 80301

10924    MCDERMITT INC., BOX 219, GETTYSBURG, PA 17325

10925    MCDERMOTT INCORPORATED, 1450 POYDRASZ ST., NEW ORLEANS, LA 70112-6050

10925    MCDERMOTT WILL & EMERY LOUIS M RUND, 111 WEST MONROE ST, CHICAGO, IL 60603

10925    MCDERMOTT WILL & EMERY, 28 STATE ST, BOSTON, MA 02109-1775

10925    MCDERMOTT WILL & EMERY, TODD R WEINER, 227 WEST MONROE ST, SUITE 3100, CHICAGO, IL 60606

10925    MCDERMOTT WILLS & EMERY, SUSAN M COOKE, 28 STATE ST, BOSTON, MA 02109-1775

10925    MCDERMOTT, AUDREY, 204 GARFIELD AVE, AVON BY THE SEA, NJ 07717

10925    MCDERMOTT, CHRISTOPHER W, 115 W 71ST ST APT 3D, NEW YORK, NY 10023

10925    MCDERMOTT, JAMES, SOUTH SHORE MARINA PO BOX 672, OCEAN VIEW, DE 19970

10925    MCDERMOTT, L, 3122 N SHEFFIELD, CHICAGO, IL 60678

10925    MCDERMOTT, PHILLIP, 10 COLLIN ST, MERRIMACK, NH 03054

10925    MCDERMOTT, R, 454 SUMMIT AVE, DARLINGTON, WI 53530-1556

10925    MCDERMOTT, ROBERT, 887 DOERUN DRIVE, FAYETTEVILLE, NC 28311

10925    MCDERMOTT, WILL & EMERY, 1850 K ST , NW, WASHINGTON, DC 20006-2296

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MCDERMOTT, WILL & EMERY, 227 WEST MONROE ST, CHICAGO, IL 60606-5096 | |
| 10925 | MCDERMOTT, WILL & EMERY, 28 STATE ST, BOSTON, MA 02109-1775 | |
| 10925 | MCDERMOTT, WILL,& EMERY, 28 STATE ST, BOSTON, MA 02109-1775 | |
| 10925 | MCDERMOTT, ZITA, 686 BRANTWOOD CT, ELK GROVE VIL, IL 60007-3617 | |
| 10925 | MCDEVITT, KATHLEEN, 73 WINSTER FAX, WILLIAMSBURG, VA 23185 | |
| 10925 | MCDEVITT, MARY M, 2929 ST ANTHONY DR APT #147, GREEN BAY, WI 54311 | |
| 10925 | MCDOLE, STEVEN, 2531 EAST 68TH ST, INDIANAPOLIS, IN 46220 | |
| 10924 | MCDONALD & WETLE INC., 2020 NE 194TH AVE., PORTLAND, OR 97230 | |
| 10924 | MCDONALD DISTRIBUTOR, 3600 N W 54 ST., FORT LAUDERDALE, FL 33309 | |
| 10924 | MCDONALD DISTRIBUTOR, 5680 N.W. 163 ST, MIAMI, FL 33014 | |
| 10924 | MCDONALD DISTRIBUTOR, P.O. BOX 812019, BOCA RATON, FL 33481 | |
| 10925 | MCDONALD DISTRIBUTORS, PO BOX 812019, BOCA RATON, FL 33481 | |
| 10925 | MCDONALD JR, ROBERT W, 2634 ARROYO DOBLE, SAN MARCOS, TX 78666-1004 | |
| 10925 | MCDONALD JT TEN, LEO & DOLORES P, 1620 APEX DR, MOBILE, AL 36693-4911 | |
| 10925 | MCDONALD, ALEXANDER, PO BOX 1042, LECANTO, FL 33460 | |
| 10925 | MCDONALD, ALEXANDER, POBX 1663, WAYCROSS, GA 31502 | |
| 10925 | MCDONALD, ANNE, PO BOX 710455, DALLAS, TX 75371 | |
| 10925 | MCDONALD, BARBARA, 335 WEST PARRISH AVE, OWENSBORO, KY 42301 | |
| 10925 | MCDONALD, BRIAN, 221 HARTS LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | MCDONALD, CANDICE, 2065 NORTH MORNINGSIDE RD, AVON PARK, FL 33825 | |
| 10925 | MCDONALD, CAROLYN, 612 ROYAL ST APT A, NEW ORLEANS, LA 70116 | |
| 10925 | MCDONALD, CHRISTINA, RT 1, BOX 327, COMMERCE, GA 30529 | |
| 10925 | MCDONALD, CHRISTINE, RT. 2 BOX 257, PARADISE, TX 76073 | |
| 10925 | MCDONALD, CHRISTOPHER, 680 SOMERSET DRIVE, GOLDEN, CO 80401 | |
| 10925 | MCDONALD, CLARENCE, 1356 KINGSTOWNE PKWY, SMYRNA, GA 30080 | |
| 10925 | MCDONALD, DAVID, 311 MCCLURE CIRCLE, CASTLE HAYNE, NC 28429 | |
| 10925 | MCDONALD, DAVID, PO BOX 393, LITCHFIELD PK, AZ 85340 | |
| 10925 | MCDONALD, DIANE, 11110 BEAMER WAY, APT 302, MANASSAS, VA 20109-7863 | |
| 10925 | MCDONALD, DOREEN, 334 STRATFORD ROAD, BALTIMOREARK, MD 21228 | |
| 10925 | MCDONALD, DOUGLAS, 7500 CTY H, STURGEON BAY, WI 54235 | |
| 10925 | MCDONALD, ECKO, 3908 ELSIE DRIVE, PETERSBURG, VA 23803 | |
| 10925 | MCDONALD, EDDIE, 14032 TRIADELPHIA MILL RD, DAYTON, MD 21036 | |
| 10925 | MCDONALD, ELIZABETH, 415 S.PROSPECT, REDONDO BEACH, CA 90277 | |
| 10925 | MCDONALD, ERIN ELIZABETH, 228 FAUBION DR, GEORGETOWN, TX 78628-9606 | |
| 10925 | MCDONALD, FRANK, 2109 HIGH GATE DRIVE, COLLEYVILLE, TX 76034-5622 | |
| 10925 | MCDONALD, GREGORY, 141 HUNTER RD, SIMPSONVILLE, SC 29681 | |
| 10925 | MCDONALD, GREGORY, 141 HUNTER ROAD, SIMPSONVILLE, SC 29681 | |
| 10925 | MCDONALD, H, 5248 NESMITH ROAD, PLANT CITY, FL 33567 | |
| 10925 | MCDONALD, HARRY, HC61, BOX 435, CONVERSE, LA 71419 | |
| 10925 | MCDONALD, JAMES, 5434 HWY 42, STURGEON BAY, WI 54235 | |
| 10925 | MCDONALD, JEFFREY, 10650 THORNVIEW DRIVE, CINCINNATI, OH 45241-2710 | |
| 10925 | MCDONALD, JOHN, 29327 TRAILWAY LANE, AGOURA HILLS, CA 91301 | |
| 10925 | MCDONALD, JOSEPH, 37 POPLAR ST, MALDEN, MA 02148 | |
| 10925 | MCDONALD, JUANITA, HC 61 BOX 435, CONVERSE, LA 71419 | |
| 10925 | MCDONALD, LAURENCE, 11680 CAPTAIN RHETT LANE, FAIRFAX STATION, VA 22039 | |
| 10925 | MCDONALD, LAURIE, 1241 BROADWAY, SOMERVILLE, MA 02144 | |
| 10925 | MCDONALD, LINDA, 123 A N. GLENWOOD, MIDLAND, TX 79701 | |
| 10925 | MCDONALD, LINDA, 1481 WEBSTER CHAPEL, WELLINGTON, AL 36279 | |
| 10925 | MCDONALD, MAX, 1411 W. HOUSTON, BEEVILLE, TX 78102 | |
| 10925 | MCDONALD, MICHAEL, 3178 CEFIS DRIVE, MT. AIRY, MD 21771 | |
| 10925 | MCDONALD, MICHAEL, 526 BEACON ST, BOSTON, MA 02215 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MCDONALD, MICHAEL, 6254 DERBY DRIVE, FREDERICK, MD 21703 | |
| 10925 | MCDONALD, MILTON, 5956 NORTH CASTLE DR. #B, COLLEGE PARK, GA 30349 | |
| 10925 | MCDONALD, N, 3903 TIMBER RIDGE PL., MICLOTHIAN, VA 23112 | |
| 10925 | MCDONALD, NATHAN, ROUTE 3 BOX 363, COUSHATTA, LA 71019 | |
| 10925 | MCDONALD, PATRICK, 225 CUMBERLAND DRIVE, MOORE, SC 29369 | |
| 10925 | MCDONALD, PHILIP, 112E. ELISHA ST, WATERLOO, NY 13165 | |
| 10925 | MCDONALD, PHILLIP, 1101 MARY DR APT 1A, IOWA PARK, TX 76367 | |
| 10925 | MCDONALD, PHYLLIS, 1118 ARLINGTON, RUSTON, LA 71270 | |
| 10925 | MCDONALD, RICKY, 3001 KEMP APT 1216, WICHITA FALLS, TX 76308 | |
| 10925 | MCDONALD, ROBERT, 14 BORDER ST., LYNN, MA 01905 | |
| 10925 | MCDONALD, ROBERT, 2988 SUSAN LANE, PERRIS, CA 92571 | |
| 10925 | MCDONALD, RONNIE, 1302 FAIRFAX, MANSFIELD, TX 76063 | |
| 10925 | MCDONALD, SALLY, 2006 HEATHER, AMARILLO, TX 79107 | |
| 10925 | MCDONALD, SARAH, 1909 RALEIGH, LUBBOCK, TX 79407 | |
| 10925 | MCDONALD, THERESA, 5552 N. 875 W, BOGGSTOWN, IN 46110 | |
| 10925 | MCDONALD, THOMAS, 1391 BUCKTHORN, NEWBERRY PARK, CA 91320 | |
| 10925 | MCDONALD, TIMOTHY, 310 MIKE ST., HOUMA, LA 70360 | |
| 10925 | MCDONALD, TONY, 1024 SHEPHERD DRIVE, CRAIG,, CO 81625 | |
| 10925 | MCDONALD, VALERY, 1657 SISTRUNK LOOP, CONVERSE, LA 71419 | |
| 10925 | MCDONALD, VIRGINIA, 1226 BRIAR RIDGE L, JONESBORO, GA 30236 | |
| 10925 | MCDONALD, WAYNE, 431 MARSHALL DR, MCKEESPORT, PA 15132-7504 | |
| 10925 | MCDONALD, WILLIAM, 109 PINE LANE, SIMPSONVILLE, SC 29681 | |
| 10925 | MCDONALDS EXPRESS, 48 SCHOOL ST, SOMERVILLE, MA 02143 | |
| 10925 | MCDONELL DOUGLAS, PO BOX 1824, KINGSVILLE, TX 78364 | |
| 10925 | MCDONIE, TERESA, 44 COCANUT ROW, PALM BEACH, FL 33480 | |
| 10924 | MCDONNELL ATHLETIC, # 40 COMMERCE DRIVE, O'FALLON, IL 62269 | |
| 10924 | MCDONNELL DOUGLAS CO, 5222 RANCHO AVE, HUNTINGTON BEACH, CA 92647 | |
| 10925 | MCDONNELL DOUGLAS CORP, 8905 AIRPORT ROAD, BERKELEY, MO 63134 | |
| 10925 | MCDONNELL DOUGLAS CORP, DAN SUMMERS ASST GEN COUN, | |
| 10925 | MCDONNELL DOUGLAS HELICOPTER, 5000 E MCDOWELL ROAD, MESA, AZ 85215 | |
| 10925 | MCDONNELL DOUGLAS HELICOPTER, PO BOX 66723, SAINT LOUIS, MO 63166 | |
| 10925 | MCDONNELL DOUGLAS TECH INC, 16761 VIA DEL CAMPO COURT, SAN DIEGO, CA 92127 | |
| 10924 | MCDONNELL DOUGLAS, 142 MC DONNELL BOULEVARD, HAZELWOOD, MO 63042 | |
| 10924 | MCDONNELL DOUGLAS, 1450 SHEPHERD DRIVE, TITUSVILLE, FL 32780 | |
| 10924 | MCDONNELL DOUGLAS, 5000 E. MCDOWELL ROAD, MESA, AZ 85205 | |
| 10924 | MCDONNELL DOUGLAS, ATTN:  ACCOUNTS PAYABLE, SAINT LOUIS, MO 63166 | |
| 10924 | MCDONNELL DOUGLAS, DEPARTMENT E030, SAINT LOUIS, MO 63100 | |
| 10924 | MCDONNELL DOUGLAS, GATE ONE, 19503 S. NORMANDIE AVENUE, LONG BEACH, CA 90846 | |
| 10924 | MCDONNELL DOUGLAS, LONG BEACH, LOS ALAMITOS, CA 90720 | |
| 10925 | MCDONNELL DOUGLAS, NAVAL AIR STATION, KINGSVILLE, TX 78363 | |
| 10925 | MCDONNELL DOUGLAS, PO BOX 66742, SAINT LOUIS, MO 63166 | |
| 10925 | MCDONNELL, D, 100-A WESTCLIFF CENTER, WARNER ROBINS, GA 31093 | |
| 10925 | MCDONNELL, JAMES, 1605 REGENTS CT, SOMERVILLE, NJ 08876 | |
| 10925 | MCDONNELL, JOAN, 11 B HOLLY HILL DR, SPARTANBURG, SC 29301 | |
| 10925 | MCDONNELL, M., 5924 DERRY HILL PLACE, CHARLOTTE, NC 28277 | |
| 10925 | MCDONNELL, MICHAEL, 3810 14TH ST, COLUMBUS, NE 68601 | |
| 10925 | MCDONNELL, PATRICK, 46 EXTON AVE, NO. ARLINGTON, NJ 07031 | |
| 10925 | MCDONOUGH, ADAM, RD#3 BOX 426 GLEN ROAD, NEW CASTLE, PA 16105 | |
| 10925 | MCDONOUGH, BRIAN, 28 BUCKMEN ST, WOBURN, MA 01801 | |
| 10925 | MCDONOUGH, CHARLES, 1032 SINGER LANE, E. NORRITON, PA 19403 | |
| 10925 | MCDONOUGH, HOWARD, RR 1 BOX 3, RUTLAND, IA 50582 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCDONOUGH, JOCELYN, 180 WASHINGTON ST, TAPPAN, NY 10983

10925   MCDONOUGH, JOE, 9112 SCOTT ADAM CT APT 202, LAUREL, MD 20708

10925   MCDONOUGHS WATERJETTING AND DRAIN, BOX 324, LAKELAND, MN 55043-0324

10925   MCDONOUGHT, L, 130 WILLOWDALE DRIVE APT.33, FREDERICK, MD 21701

10925   MCDORMAN, LARRY, 11 SANDSTONE COURT, BALTIMORE, MD 21236

10925   MCDORMAN, LARRY, 7500 GRACE DR, COLUMBIA, MD 21044

10925   MCDORMAN, MICHAEL, 4936 BAYBERRY DRIVE, WICHITA FALLS, TX 76310

10925   MCDORMAN, SUSAN, 11 SANDSTONE COURT, BALTIMORE, MD 21236

10925   MCDORMAN, SUSAN, 11 SANDSTONE CT., BALTIMORE, MD 21236

10925   MCDORMAN, SUSAN, 7500 GRACE DR, COLUMBIA, MD 21044

10925   MCDOUGAL, CECILE, 261 NEWBURY ST #85, PEABODY, MA 01960

10925   MCDOUGALD, JONATHAN, 9659 BASKET RING RD #2, COLUMBIA, MD 21085

10925   MCDOUGALL, JUDSON, 5618 GREENTON WAY, ST LOUIS, MO 63128

10925   MCDOUGALL, MARIA, 3043 W RIVER RD., GRAND ISLAND, NY 14072

10925   MCDOWALL, C, 1001 CARPENTERS WAY, L-216, LAKELAND, FL 33809-3927

10924   MCDOWELL CEMENT PRODUCTS, S GARDEN ST, MARION, NC 28752

10925   MCDOWELL, DENNIS, 3310 GRANDVIEW DRIVE, ST JOSEPH, MO 64503

10925   MCDOWELL, GEORGETTE, 2665-D DELK ROAD, MARIETTA, GA 30067

10925   MCDOWELL, GREGORY, PO BOX 146, WEARE, NH 03281

10925   MCDOWELL, JOHN, 1090 MAYFAIR ST, SPARTANBURG, SC 29303-2264

10925   MCDOWELL, JOHN, 5429 TEAGUE, FT WORTH TX, TX 76119

10925   MCDOWELL, JOHN, RT. 2, BOX 27, ANADARKO, OK 73005

10925   MCDOWELL, JR, WILLIAM, 179 LAKESIDE DR, LEWES, DE 19958

10925   MCDOWELL, KARLA, HC61, BOX 62, DEWEY, AZ 86327

10925   MCDOWELL, KENNETH, 67 TIGNER ST, NEWMAN, GA 30275

10925   MCDOWELL, KIMBERLY, RT. 2 BOX 109, MOMENCE, IL 60954

10925   MCDOWELL, MARIE, 1202 N. SPRING, AMARILLO, TX 79107

10925   MCDOWELL, MONTELL, 3 CARNAGE LANE, MAYNARD, MA 01754

10925   MCDOWELL, PAUL J, 6607 W 81ST ST, LOS ANGELES, CA 90045-2826

10925   MCDOWELL, PETER, 262 WAGNER PLACE APT 203, MEMPHIS, TN 38103

10925   MCDUFFEE, HERMAN, 216 MERRIFIELD DR, GREENVILLE, SC 29615-3343

10925   MCDUFFIE, DONNA, 17712 RIVENDEL RD, LUTZ, FL 33549

10925   MCDUFFIE, JOANN, RT 1 BOX 719, MAYSVILLE, GA 30558

10925   MCDUFFIE, SELMA, 443 CHANDLER RD, PELZER, SC 29669

10925   MCDUFFIE, SHERRIE, 114 COLLEGE AVE, COMMERCE, GA 30529

10925   MCDUFFIE-DANSBY, RENOULDRA, 7920 SKILLMAN, DALLAS, TX 75231

10924   MCEACHERN HIGH SCHOOL, C/O CHAMBLESS FIREPROOFING CO., POWDER SPRINGS, GA 30073

10925   MCELHANNON, DENNIS, 319 SHADOWMERE DRIVE, PELZER, SC 29669

10925   MCELHANNON, TERRI, 319 SHADOWMERE DR, PELZER, SC 29669

10925   MCELHINEY, HELEN, 13 SAND DOLLAR LANE, BREWSTER, MA 02631

10925   MCELRAFT, MICHAEL, 1614 MONROE, DEER PARK, TX 77536

10925   MCELRATH, CORETTIA, PO BOX 6983, GREENVILLE, SC 29606-6983

10925   MCELRATH, DENNIS, 103 MOOREMONT AVE, GREENVILLE, SC 29605

10925   MCELRATH, L. BRIAN, 312 COLLINS ST, LAURENS, SC 29360

10925   MCELREATH, MICHAEL, 250 TURKEY LANE, FOUNTAIN INN, SC 29644

10925   MCELROY, ANDREW, 315 BAXLEY LOOP, PARIS, AR 72855

10925   MCELROY, BRENDAN, 25 COURT ST, ARLINGTON, MA 02476

10925   MCELROY, CHERYL, RT 6 BOX 462, SPRINGFIELD, MO 65803

10925   MCELROY, CYNTHIA C, 3911 SANDALWOOD COURT, FAIRFAX, VA 22031-3253

10925   MCELROY, DAVID, 1212 1/2 ACADEMY ST, HOUMA, LA 70361

10924   MCELROY, DEUTSCH & MULVANEY, 218 RIDGEDALE AVE, MORRISTOWN, NJ 07962-2075

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MCELROY, HEATHER, 3610 W. CHANDLER BLVD., E, BURANK, CA 91505 | |
| 10925 | MCELROY, HENRY, PO BOX 9597, MIDLAND, TX 79708-9597 | |
| 10925 | MCELROY, KAREN, 144 MICHIGAN AVE NE APT. V-24, WASHINGTON, DC 20017 | |
| 10925 | MCELROY, NEIL, 3601 ANDREWS HWY #705, MIDLAND, TX 79703 | |
| 10925 | MCELVIN, MAERINE, 5653 AVE B, JACKSONVILLE, FL 32209 | |
| 10925 | MCELWEE, EUGENE, 5C AVALON BURROW RD, DUBLIN, IRELAND | *VIA Deutsche Post* |
| 10925 | MCENEANEY, GERARD, 54 GAINSBOROUGH ST APT. #4, BOSTON, MA 02115 | |
| 10925 | MCENEANY, GERARD, 707 HERITAGE RD, CINNAMINSON, NJ 08077 | |
| 10925 | MCENTEE, KATHERINE J, 4408 MERRY LN W, TACOMA, WA 98466-1342 | |
| 10924 | MCENTIRE READY MIX, INC., 10660 EAST 750TH STREET, COLCHESTER, IL 62326 | |
| 10925 | MCENTIRE, D, 6783 STORNAWAY DR., MEMPHIS, TN 38119 | |
| 10925 | MCENTIRE, MICHAEL, 19506 WAVERUNNER LANE, 201, CORNELIUS, NC 28031 | |
| 10925 | MCENTIRE, OTHO, ROUTE 1 BOX 136, AGRA, OK 74824-9801 | |
| 10925 | MCENTIRE, SELDON, ROUTE 1 BOX 144, AGRA, OK 74824 | |
| 10925 | MCENTYRE, JAN, 137 N SEQUOYAH CIR, CALHOUN, GA 30701 | |
| 10925 | MCESD, 1001 N CENTRAL AVE SUITE 100, PHOENIX, AZ 85004 | |
| 10925 | MCEVILLY, DANIEL, PO BOX 45771, MADISON, WI 53744 | |
| 10925 | MCEVOY, JOHN, 11403 WESTVIEW CT., BELTSVILLE, MD 20705 | |
| 10925 | MCEVOY, NOREENE, PO BOX 109, OLD ORCHARD BEACH, ME 04064 | |
| 10925 | MCEVOY, WILFRED, 7 MUNROE ST, WOBURN, MA 01801 | |
| 10925 | MCEWAN, JULIE, 11 SYCAMORE RD, WAKEFIELD, MA 01880 | |
| 10925 | MCEWEN, BILLIE, 1750 HARVARD ST, WASHINGTON, DC 20009 | |
| 10925 | MCEWEN, ROBERT, 11937 AUBURN ROAD, CHARDON, OH 44024 | |
| 10925 | MCFADDEN, CAROL, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MCFADDEN, CAROL, 671 CILLEY ROAD, MANCHESTER, NH 03103-3770 | |
| 10925 | MCFADDEN, DORALEE, PO BOX 32, STANLEY, KY 41375 | |
| 10925 | MCFADDEN, GARY, 104 MORNING GLORY DR, LAKE MARY, FL 32746 | |
| 10925 | MCFADDEN, GERALDINE, 1425 HOT SPRINGS ROAD, RENO, NV 89511 | |
| 10925 | MCFADDEN, HARRY, 508 CROFT MILL ROAD, AIKEN, SC 29801 | |
| 10925 | MCFADDEN, JANET, 2331 SECOND ST, MACON, GA 31206 | |
| 10925 | MCFADDEN, JOHNNY, 2024 W 67TH PLACE, CHICAGO, IL 60636 | |
| 10925 | MCFADDEN, KAREN, 8762 150TH PLACE N, PALM BEACH GARDEN, FL 33418 | |
| 10925 | MCFADDEN, PHILLIP, 1814 JEFFERSON ST, CINNAMINSON, NJ 08077 | |
| 10925 | MCFADDEN, THOMAS, 11134 KAUL AVE, MILWAUKEE, WI 53225 | |
| 10925 | MCFADIN, MARGARET, RT. 3 BOX 266, HAWTHORNE, FL 32640 | |
| 10925 | MCFALL & SCOTT, 4120 RIO BRAVO #115, EL PASO, TX 79902 | |
| 10925 | MCFALL, ELIZABETH, 35 KINGSLAND ROAD, HEWITT, NJ 07421 | |
| 10925 | MCFALL, WILLIAM, 211 AUTUMN DR, WILLIAMSTON, SC 29697 | |
| 10925 | MCFARLAIN, JERRY N, 2010 PATTON ST.,LOT 52, SULPHUR, LA 70663 | |
| 10925 | MCFARLAIN, JERRY, 2010 PATTON ST LOT #52, SULPHUR, LA 70663 | |
| 10925 | MCFARLAND ELECTRICAL SERVICES INC, 10843 NW 40TH ST, SUNRISE, FL 33351 | |
| 10925 | MCFARLAND ELECTRICAL SERVICES, 9093 NW 19TH ST, CORAL SPRINGS, FL 33071 | |
| 10925 | MCFARLAND ELECTRICAL SERVICES,INC, 10875 NW 52AND ST # 1, SUNRISE, FL 33351 | |
| 10925 | MCFARLAND, ARTHUR, 352 FAIRVIEW CHRCH RD, FOUNTAIN INN, SC 29644 | |
| 10925 | MCFARLAND, BRAD, 2584 EDGERLY BIG WOODS RD., VINTON, LA 70668 | |
| 10925 | MCFARLAND, BRAD, 2584 EDGERLY/BIGWOODS RD., VINTON, LA 70668 | |
| 10925 | MCFARLAND, DANIEL, 117 ZIMMERMAN ST, NO TONAWANDA, NY 14120 | |
| 10925 | MCFARLAND, DOUGLAS, 106 ELAINE AVE, WESTMINSTER, MD 21157 | |
| 10925 | MCFARLAND, ELVIN, 2323 N. 16TH ST, MILWAUKEE, WI 53206 | |
| 10925 | MCFARLAND, JAMES, 2910 DUNGATE RD., PASADENA, MD 21122 | |
| 10925 | MCFARLAND, JAMES, 2910 DUNGATE, PASADENA, MD 21122 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MCFARLAND, JEANETTE, 7303 EAST ST, BAYTOWN, TX 77521 | |
| 10925 | MCFARLAND, JIMMY, BOX 582, MEEKER, CO 81641 | |
| 10925 | MCFARLAND, JOHN A, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | MCFARLAND, JOHN, 10135 FROST WAY, ELLICOTT CITY, MD 21042 | |
| 10925 | MCFARLAND, JOHNIAR, 701 DALLIS ST., LAGRANGE, GA 30240 | |
| 10925 | MCFARLAND, MARTHA, 140 SUMMIT AV, WOLLASTON, MA 02170 | |
| 10925 | MCFARLAND, MARY, 931 PARK AVE., LAUREL, MD 20707 | |
| 10925 | MCFIELD, KIRK, 14632 S. LASALLE, DOLTON, IL 60419 | |
| 10925 | MCFILLEN RENT A CAR, INC, 501 ALAMO ST, LAKE CHARLES, LA 70601 | |
| 10925 | MCFRANK & WILLIAMS ADV AGENCY, INC, 1501 BROADWAY, NEW YORK, NY 10036 | |
| 10925 | MCGAFFEE, STANLEY, 125 REDWING RD SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MCGAFFICK, ARTHUR, PO BOX 1208, HIGH CITY, FL 33846 | |
| 10925 | MCGAHAGAN, PEGGY, 2705 FRIENDSHIP, MECHANICSVILLE, MD 20659 | |
| 10925 | MCGAHAN, BRIAN, 81 OBSERVATORY AVE., HAVERHILL, MA 01832 | |
| 10925 | MCGAHEE, CHARLES, 102 BUD LN, AIKEN, SC 29805-8977 | |
| 10925 | MCGANN III, JOHN H, 109 PATRICIA LN, DRACUT, MA 01826-1282 | |
| 10925 | MCGANN, E, 200 BEDFORD RD 15D, WOBURN, MA 01801 | |
| 10925 | MCGANN, JAMES, 101 DEER RUN DRIVE, COLCHESTER, CT 06415 | |
| 10925 | MCGANNON, JOHN, 1004 DACIAN AVE, DURHAM, NC 27701-1710 | |
| 10925 | MCGARITY, JOHN, 129 PAINTER RD LOT 25, PELZER, SC 29669 | |
| 10925 | MCGARITY, RAYMOND, 335 HILLCREST DRIVE, LEUCADIA, CA 92024 | |
| 10925 | MCGARRY, DAVID, 711 SOUTH WALL, IOWA PARK, TX 76367 | |
| 10925 | MCGARVA, BERNIE, BCE PLACE BOX 754, 81 BAY ST #1800, TORONTO, ON M5J2T9CANADA | *VIA Deutsche Post* |
| 10925 | MCGARVEY HEBERLING SULLIVAN & MCGAR, ALLAN M MCGARVEY, 745 SOUTH MAIN, KALISPELL, MT 59901-5399 | |
| 10925 | MCGARVEY HEBERLING SULLIVAN & MCGAR, JON L HEBERLING, 745 SOUTH MAIN, KALISPELL, MT 59901 | |
| 10924 | MCGARVEY, HEBERLING, SULLIVAN & MCG, 745 SOUTH MAIN, KALISPELL, MT 59901 | |
| 10925 | MCGARVEY, HEBERLING, SULLIVAN &, 745 SOUTH MAIN, KALISPELL, MT 59901 | |
| 10925 | MCGAUGH, VICKIE, ROUTE 1 BOX 247B, DUTTON, AL 35744 | |
| 10925 | MCGAVOCK, ANGELA, 6214 AUGIE LYONS ROAD, SULPHUR, LA 70665 | |
| 10925 | MCGAVOCK, SHANNON C, 6214 AUGIE LYONS RD., SULPHUR, LA 70665 | |
| 10925 | MCGAVOCK, SHANNON, 6214 AUGIE LYONS RD, SULPHUR, LA 70665 | |
| 10925 | MCGEACHIN, LARYSSA, 3455 LEBON DRIVE, SAN DIEGO, CA 92122 | |
| 10925 | MCGEAN-ROHCO, INC, 2910 HARVARD AVE., CLEVELAND, OH 44105 | |
| 10925 | MCGEAN-ROHCO, INC, PO BOX 73464-N, CLEVELAND, OH 44193 | |
| 10925 | MCGEE PRODUCE, 2121 DISTRIBUTION DR #A, CHARLOTTE, NC 28269 | |
| 10925 | MCGEE, JACK, 53 THOMPSON ST, MAYNARD, MA 01754 | |
| 10925 | MCGEE, JERRY, 1633 LOCUST ROAD, STEWARD, IL 60553 | |
| 10925 | MCGEE, JOHN, 7 PATANIA CT, LINCOLN PARK, NJ 07035 | |
| 10925 | MCGEE, KERRY, 53 THOMPSON ST, MAYNARD, MA 01754 | |
| 10925 | MCGEE, PATRICIA, 3333 HEATHERWOOD LN, MARIETTA, GA 30060 | |
| 10925 | MCGEE, REBECCA, 19 RICHLAND ROW, HOUMA, LA 70360 | |
| 10925 | MCGEE, SCARLETT, 18155 HWY 98 N, OKEECHOBEE, FL 34972 | |
| 10925 | MCGEE, STEPHEN, 140 WATER PLANT RD, THIBODEAUX, LA 70301 | |
| 10925 | MCGEE, THOMAS, 35 DENTON ST, LOWELL, MA 01852 | |
| 10925 | MCGEES REPAIR CENTER, INC, 2511 NW 1ST AVE., BOCA RATON, FL 33431 | |
| 10925 | MCGEEVER, CHARLES, 47 MARINE RD, SOUTH BOSTON, MA 02127 | |
| 10925 | MCGEHEE, JOYCE, 158 MEADOR LAKE, REIDSVILLE, NC 27320 | |
| 10925 | MCGEHEE, MARIA VICTOR, 10855 NW 1ST ST, PEMBROKE PINES, FL 33026 | |
| 10924 | MCGHEE COATING & INSULATION CO., CAMBRIDGE, MA 02140 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCGHEE, JAMES, 3322 DELIA LANE, HUNTSVILLE, AL 35810

10925   MCGHEE, JAMES, PO BOX 144, MAGAZINE, AR 72943

10925   MCGHEE, JEANNE, 7224 NORTH 925 WEST, ARLINGTON, IN 46104

10925   MCGHINNIS, D, 646 CONNELLY SPRINGS RD, LENOIR, NC 28645

10925   MCGHINNIS, DONNA, 646 CONNELLY SPRINGS, LENOIR, NC 28645

10924   MCGILL ASBESTOS, 1735 NORTH 42ND, OMAHA, NE 68111

10925   MCGILL HOSE & COUPLING INC., 41 BENTON DRIVE, EAST LONGMEADOW, MA 01028-0408

10925   MCGILL SMITH PUNSHON, INC, 3700 PARK 42 DR., SUITE 190B, CINCINNATI, OH 45241-2097

10925   MCGILL SMITH PUNSHON, INC, PO BOX 23128, CINCINNATI, OH 45223-0128

10925   MCGILL, BURNETTA, 845 BRENTWOOD DR, GRAND PRARIE, TX 75051

10925   MCGILL, GAIL, 24 THELMA ROAD, DORCHESTER, MA 02122

10925   MCGILL, JEAN, 9747 W STUENKEL RD, FRANKFORT, IL 60423

10925   MCGILL, JOHN, 125 KNIGHT RD, GRAY COURT, SC 29645

10925   MCGILL, KENNETH, 1017 ORANGE PETAL ST, BAKERSFIELD, CA 93306

10925   MCGILL, LYNDA, 2304 EDMONDSON AVE, BALTIMORE, MD 21223

10925   MCGILL, WILLIAM, 18012 DOS PICOS PARK RD, RAMONA, CA 92065

10925   MCGILLICUDDY, HUGH, 5800 QUIET BROOK RD., FAIRFAX, VA 22030

10925   MCGILLIGANS INTERIOR INC DESIGN-T, 5262 VERONA ROAD, MADISON, WI 53711-6034

10925   MCGILLIVRAY, PHYLLIS, 18126 ELLIOTT ROAD, SNOHOMISH, WA 98290

10925   MCGILLIVRAY, THERESA, 1114 RT 28 HWY, LOT 18, SOMERVILLE, NJ 08876

10925   MCGILLVRAY, MARGARET, 146 OAK ST ROAD, PEMBROKE, MA 02359

10925   MCGILVERY, DENISE, 41 SHERIDAN AVE, MEDFORD, MA 02155

10925   MCGINLEY, EDWARD, 2549 COLONIAL DR E, BOOTHWYN, PA 19061

10925   MCGINLEY, PATRICK, 1115 E. RAINBOW BLVD UNIT B, SALIDA, CO 81201

10925   MCGINN, BETHANY, PO BOX 8205, CLEMSON, SC 29632

10925   MCGINN, THEODORE, 49 R ST NE, WASHINGTON, DC 20002

10924   MCGINNIS FERRY OFFICE BLDG, 4030 MCGINNIS FERRY RD, ALPHARETTA, GA 30004

10924   MCGINNIS PARK-PHASE II, 1700 WINWARD CONCOURSE PARKWAY, ALPHARETTA, GA 30005

10925   MCGINNIS, DOLORES, 117 DWIGHT AVE, CORNING, NY 14830

10925   MCGINNIS, GINA, 10540 MARIE ST, FT. MYERS, FL 33905

10925   MCGINNIS, JOHN, 28 S. LINDA COURT, RICHLANDTOWN, PA 18955

10925   MCGINNIS, LYNDA, 763 NEWPORT DR., PITTSBURGH, PA 15234

10925   MCGINNIS, MICHAEL, 6007 HARVEY WAY, LAKEWOOD, CA 90713

10925   MCGINNIS, TINA, PO BOX 644, RICHLANDTOWN, PA 18955

10925   MCGLASHAN, MARVA, 2922 SPRUCE CIRCLE, SNELLVILLE, GA 30278

10925   MCGLOCKIN, WILLIAM, 3607 HICKS AVE, BALTIMORE, MD 21207

10925   MCGLONE, ALBERT, 2263 S. NIAGARA ST, SAGINAW, MI 48602

10925   MCGLONE, LISA, 49 NOOK ROAD, PLYMOUTH, MA 02360

10925   MCGLOTHLIN, DON, RT 4 BOX 417, SEMINOLE, TX 76360

10925   MCGLYN, JAMES, 6915 7TH AVE, BROOKLYN, NY 11228

10925   MCGLYNN, JANICE, 12226 NW 31 DR, CORAL SPGS, FL 33065

10925   MCGLYNN, THOMAS P, C/O FRANCES M MCGLYNN, 804 SUGAR MAPLE LN, CHESAPEAKE, VA 23322-3427

10925   MCGONAGLE, CYNTHIA, 10 BEAVER PARK ROAD, DANVERS, MA 01923

10925   MCGONEGAL, MILISSA, 243 CONGRESS, ADDISON, IL 60101

10925   MCGONIGAL, STACEY, 6671 FOXCROFT COURT, CHINO, CA 91710

10925   MCGONIGLE, PATRICIA, 3 MARLYN RD, BILLERICA, MA 01821

10925   MCGORTY, ROBERT, 2 WALTER CIRCLE, WESTFORD, MA 01886

10925   MCGOUGH, ANITA, 75 09 30 AVE, JACKSON HEIGHTS, NY 11370

10925   MCGOUGH, BARBARA, 5844 GLENORA DR, BETHEL PARK, PA 15102

10925   MCGOUGH, PEGGY, 317 BRYAN PL, CEDAR HILL, TX 75104

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    MCGOVERN NOEL & BENIK INC, 1800 HOSPITAL TRUST TOWER, PROVIDENCE, RI 02903

10925    MCGOVERN SULLIVAN, 24 JEWEL ROAD, PO BOX 316, HOLBROOK, MA 02343

10925    MCGOVERN, JAMES, 32 MARA LANE, GROTON, MA 01450

10925    MCGOVERN, MARY, 1732 LEWIS AVE, BILLINGS, MT 59102

10925    MCGOVERN, THOMAS, 239 TAFT ST, WIND GAP, PA 18091

10924    MCGOWAN ELECTRIC SUPPLY, 425 LIBERTY ST, JACKSON, MI 49204

10924    MCGOWAN ELECTRIC SUPPLY, P.O. BOX 765, JACKSON, MI 49204

10925    MCGOWAN JR, BROADUS, P. O BOX 503, LAURENS, SC 29360

10925    MCGOWAN, ADRIENNE, 10 HAMPSHIRE RD, WAYLAND, MA 01778

10925    MCGOWAN, ANN, 407 SKYHILL RD, ALEXANDRIA, VA 22314-4919

10925    MCGOWAN, BOBETTE, 14363 ESTATES AVE, APPLE VALLEY, MN 55124

10925    MCGOWAN, DAWN, 1512 BENNETT ST, LAURELDALE, PA 19605

10925    MCGOWAN, DENISE, 9229 OLD COURT ROAD, BALTIMORE, MD 21207

10925    MCGOWAN, EDNA, 8 HUMMINGBIRD CIR, GREENVILLE, SC 29615

10925    MCGOWAN, JACLYN, 7808 GROVEMONT DRIVE, MCLEAN, VA 22102

10925    MCGOWAN, JANET, 607 BENSDALE, PLEASANTON, TX 78064

10925    MCGOWAN, JANNIE, 6245 WOLVERINE PL, WALDORF, MD 20603

10925    MCGOWAN, JOHNNY, 9F HILLTOP APTS, LAURENS, SC 29360

10925    MCGOWAN, KATHERINE, 59 SUFFIELD MEADOW, SUFFIELD, CT 06078

10925    MCGOWAN, SUSAN, 520 STONEY BROOK DR., BRIDGEWATER, NJ 08807

10925    MCGOWAN, W. BRIAN, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925    MCGOWAN, W.., 7808 GROVEMENT DRIVE, MCLEAN, VA 22102

10925    MCGOWEN, DONNA, P.O BOX 772, SWANSBORO, NC 27858

10925    MCGRADY, CANDACE, 149 OVERLOOK DR, CHULUOTA, FL 32766

10925    MCGRAIL, DINAH, 408 SYLVANIA DR, PITTSBURGH, PA 15229

10925    MCGRANE, FREDERICK, 1675 VALERIE LANE, NEW BRIGHTON, MN 55112

10925    MCGRANE, MICHAEL, 210 NE 5TH ST, MINNEAPOLIS, MN 55413

10925    MCGRATH ENTERPRISES, INC, 142 TURNPIKE ST, W.BRIDGEWATER, MA, MA 02379

10925    MCGRATH FENCE CO, 142 TURNPIKE ST, WEST BRIDGEWATER, MA 02379

10925    MCGRATH JR, PAUL F, 23 TATOMUCK RD, POUND RIDGE, NY 10576-1431

10925    MCGRATH RENTCORP-MOBILE MODULAR, PO BOX 45043, SAN FRANCISCO, CA 94145

10925    MCGRATH, AMY, 336 ROGERS DRIVE, RINGGOLD, GA 30736

10925    MCGRATH, CHRISTINE, 2846 PITTSFIELD BLVD, ANN ARBOR, MI 48104

10925    MCGRATH, JOSEPH, 2115 4TH AVE., MARION, IA 52302

10925    MCGRATH, MARY LOU, 55 NORTHWESTERN WAY, HOPATCONG, NJ 07843

10925    MCGRATH, MARY, 25 LAWRENCE LANE, ARLINGTON, MA 02474-1511

10925    MCGRATH, MIKE, JUSTICE BLDG, 215 N SANDERS, HELENA, MT 59620-1401

10925    MCGRATH, MITCHELL, 5207 BEVERLY RD SW, CEDAR RAPIDS, IA 52401

10925    MCGRATH, RITA, 9729 HARVESTER CIR, PERRY HALL, MD 21128

10925    MCGRATH, ROBERT, 611 BENVENUE AVE, LOS ALTOS, CA 94024

10925    MCGRATH, WENDY, 160 LUNNS WAY, PLYMOUTH, MA 02360

10925    MCGRAW HILL PUBLISHING CO., 7707 COLLECTION CENTER DR., CHICAGO, IL 60693-0077

10924    MCGRAW HILL, ABATEMENT INTERNATIONAL, MANHATTAN, NY 10021

10925    MCGRAW JR, DARRELL, STATE CAPITOL, 1900 KANAWHA BLVD E, CHARLESTON, WV 25305

10925    MCGRAW, CHRISTOPHER, 428 MCCLELLAN ST., PHILADELPHIA, PA 19148

10925    MCGRAW, JAMES, 145 TOPAZ DRIVE, GRAY COURT, SC 29645

10925    MCGRAW, JESSE, 4131 4TH AVE SOUTH, BIRMINGHAM, AL 35222

10925    MCGRAW, JR, MR DARRELL V, WEST VIRGINIA ATTY GENERAL, STATE CAPITOL 1900 KANAWHA
         BLVD EAST, CHARLESTON, WV 25305

10925    MCGRAW, KELLY, 145 TOPAZ DRIVE, GRAY COURT, SC 29645

10925    MCGRAW, MARY, 1949 COMM. AVE, BRIGHTON, MA 02135

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCGRAW, PAMELA, 476 GRANADA DRIVE, SPARTANBURG, SC 29303-2310

10925   MCGRAW, PHILIP, 5614 PERIDOT AVE, ALTA LOMA, CA 91701

10925   MCGRAW-EDISON POWER SYSTEM DIV (COO, CEIL PRICE COUNSEL ENV J RONALD SAN, 600 TRAVIS ST SUITE 5800, HOUSTON, TX 77002

10925   MCGRAW-HILL COMPANIES, PO BOX 402, HIGHTSTOWN, NJ 08520-0402

10925   MCGRAW-HILL COMPANIES, THE, PO BOX 87373, CHICAGO, IL 60680-0373

10925   MCGRAW-HILL COMPANIES, THE, POBOX 87373, CHICAGO, IL 60680-0373

10925   MCGRAW-HILL INC, 7625 COLLECTION CENTER DRIVE, CHICAGO, IL 60693-0076

10925   MCGRAW-HILL INC., PO BOX 7247-8822, PHILADELPHIA, PA 19170-8822

10925   MCGRAW-HILL INC., POBOX 402, HIGHTSTOWN, NJ 08520-0402

10925   MCGRAW-HILL PUBLICATIONS CO., PO BOX 440, HIGHTSTOWN, NJ 08520

10925   MCGRAW-HILL, 7625 COLLECTION CENTER DR, CHICAGO, IL 60693-0076

10925   MCGRECOR & CO, DEPT 77-6606, CHICAGO, IL 60678-6606

10925   MCGREGOR, BRYCE, 10724 CAPT VALTR, EL PASO, TX 79924

10925   MCGREGOR, C, 886 CHITTENDEN AVE, COLUMBUS, OH 43211

10925   MCGREGOR, KIMBERLY, 106 SWAMP FOX TRAIL, GREER, SC 29650

10925   MCGREGOR, PETER, 113 QUAIL TRAIL, SIMPSONVILLE, SC 29681

10925   MCGREGOR, RANDALL, PO BOX 3705, MILTON, FL 32572

10925   MCGREGOR, SCOTT, 106 SWAMP FOX TRAIL, GREER, SC 29650

10925   MCGREW, DEANA, 9855 SHADOW WAY, 115, DALLAS, TX 75243

10925   MCGRIER, ERIC, 643 BOYD ROAD, LAURENS, SC 29360

10925   MCGRIFF TRANSPORTATION, PO BOX 1148, CULLMAN, AL 35056

10925   MCGRIFF, ALICE, 16525 MONTE CARLOLN, HOUSTON, TX 77053

10925   MCGRIFF, JAMES, 2801 CEDAR HURST DR., CHARLOTTE, NC 28213

10925   MCGRIFF, KEVIN, 505 GARFIELD, KANSAS CITY, MO 64124

10925   MCGRIFF, RONNIE, 2437 REMOUNT, CHARLOTTE, NC 28208

10925   MCGROARTY, MARYROSE, 3231 PRAIRIE GARDINS, HILLARD, OH 43206

10925   MCGROARTY, MARYROSE, 491 GLENMONT, COLUMBUS, OH 43214

10925   MCGRUDER, JAMES, 38634 32ND ST PO BOX 339, PAW PAW, MI 49079

10925   MCGRUDER, MICHAEL, 820 3RD ST., MEEKER, CO 81641

10925   MCGUANE, JAMES, HAMPSHIRE CHEMICAL CORP. 228 E. MAIN ST., WATERLOO, NY 13165

10925   MCGUFFEE, FORD, 1013 ABERDEEN DRIVE, LAKE CHARLES, LA 70605

10924   MCGUFFIE PAINTING & SANDBLASTING, P.O. BOX 5326, JACKSON, MS 39213

10925   MCGUFFIN, DONALD, 13415 EXTON, HOUSTON, TX 77070

10925   MCGUFFIN, TIMOTHY, 156 MCGUFFIN LANE, WESTMINSTER, SC 29693

10925   MCGUIGAN, JOHN, 1923 1/2 REYNOLDS ST, BRUNSWICK, GA 31520

10925   MCGUINESS & WILLIAMS LAW OFFICES, 1015 FIFTEENTH ST NW, WASHINGTON, DC 20005

10925   MCGUINN HILLSMAN LEFSKY, 535 PACIFIC AVE, SAN FRANCISCO, CA 94133

10925   MCGUINN, ELEANOR, 1516 BURLWOOD DRIVE, GREENSBORO, NC 27410

10925   MCGUINNESS, EUGENE, 9 FESSENDEN ROAD, ARLINGTON, MA 02174

10925   MCGUINNESS, JANE D, 8743 INDIAN RIVER RUN, BOYNTON BEACH, FL 33437

10925   MCGUINNESS, JANE, 8743 INDIAN RIVER RU, BOYNTON BEACH, FL 33437

10925   MCGUINNESS, JANE, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   MCGUIRE WOODS BATTLE & BATTLE, SUITE 900, TYSONS CORNER, MCLEAN, VA 22101

10925   MCGUIRE WOODS BATTLE & BOOTH, 8280 GREENSBORO DR., TYSONS CORNER, SUITE 900, MCLEAN, VA 22102-3892

10925   MCGUIRE WOODS BATTLE & BOOTHE LLP, 8280 GREENSBORO DRIVE, MC LEAN, VA 22102-3892

10925   MCGUIRE WOODS BATTLE & BOOTHE, 1627 EYE ST NW, WASHINGTON, DC 20006-4007

10925   MCGUIRE, BRIAN, 101 WOODMANS COURT, BALTIMORE, MD 21221

10925   MCGUIRE, CURT, 304 NORTH ALTHEA, ELMWOOD, IL 61529

10925   MCGUIRE, CURTIS, 1485 EDINBORO DR, JONESBORO, GA 30236

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MCGUIRE, DANIEL, 3756 OLD WEST FALLS RD., MT. AIRY, MD 21771 | |
| 10925 | MCGUIRE, DARRICK, 196 ALLSTON ST. APT 1, ALLSTON, MA 02134 | |
| 10925 | MCGUIRE, EILEEN, 3602 54TH ST, LUBBOCK, TX 79413 | |
| 10925 | MCGUIRE, EMMA & MICHAEL J, SANDRA M RIPPETEAU JT TEN, 899 S COLE DR., LAKEWOOD, CO 80228-3021 | |
| 10925 | MCGUIRE, INC, 4713 BENSON AVE., BALTIMORE, MD 21227 | |
| 10925 | MCGUIRE, JAMES, 9 KIMBERLY WAY, HARWICH, MA 02645 | |
| 10925 | MCGUIRE, JOHN, 1372 GLENVIEW RD, TOLEDO, OH 43614 | |
| 10925 | MCGUIRE, LEOLINE, 6642-24TH AVE, HYATTSVILLE, MD 20782 | |
| 10925 | MCGUIRE, M, 1243 W ELIZABETH, BROWNSVILLE, TX 78521 | |
| 10925 | MCGUIRE, MARY, RT 6 BOX 394, ROCKY MOUNT, VA 24151 | |
| 10925 | MCGUIRE, MELBA, 13190 E CROSSET HILL, PICKERINGTON, OH 43147 | |
| 10925 | MCGUIRE, MICHAEL, 153 MIFFLIN ST, PHILADELPHIA, PA 19148 | |
| 10925 | MCGUIRE, MICHAEL, 269 COLGATE AVE, BALTIMORE, MD 21222 | |
| 10925 | MCGUIRE, PATRICK, 321 BEARDSLEY AVE., APT. #A, OILDALE, CA 93308 | |
| 10925 | MCGUIRE, SHANNON, 1204 DEERGROVE DR., CEDAR PARK, TX 78613 | |
| 10925 | MCGUIRE, STACY, 6703 GREEN MEADOW LN, MORROW, GA 30260 | |
| 10925 | MCGUIRE, WILLIAM, 418 B AVE NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | MCGUIRE, WOODS, BATTLE & BOOTHE, 1627 EYE ST , NW, WASHINGTON, DC 20006 | |
| 10925 | MCGURK, DONNA, 1715 ELLIS BLVD NW, CEDAR RAPIDS, IA 52405 | |
| 10925 | MCGURK, MAURA, 81 BENNELL ST, BRIGHTON, MA 02135 | |
| 10924 | MCH CONVENTION CENTER, SMITH & GREEN CORPORATION, LAS VEGAS, NV 89101 | |
| 10925 | MCH OCCUPATIONAL HEALTH, 845 EIGHTH ST N.E. STE. 3, MASSILLON, OH 44646 | |
| 10925 | MCHALE, SUSAN, 6522 BEECHWOOD DRIVE, COLUMBIA, MD 21046 | |
| 10925 | MCHAN, PAUL, 2170 WILLIAMS LANE, CRAIG, CO 81625 | |
| 10925 | MCHELLON, DEBRA, PO BOX 770881, OCALA, FL 34477 | |
| 10925 | MCHENRY CHOATE MITCHELL, 850 UNION NATIONAL PLAZA BLDG, LITTLE ROCK, AR 72201 | |
| 10925 | MCHENRY, JACKIE, 5908 RIDGELAND DRIVE, BROWNSBURG, IN 46112 | |
| 10925 | MCHOLM, BRIAN W, 407E FIRST AVE, SASKATOON, SK S7K1X5CANADA | *VIA Deutsche Post* |
| 10925 | MCHORSE, SHELLEY, 4095-4 EDGEBROOK DR, ANDREWS AFB, MD 20335 | |
| 10924 | MCHUGH & ASSOC., P O BOX 7102, LYNNWOOD, WA 98046 | |
| 10925 | MCHUGH DESIGN ADVERTISING, 62 LA SALLE RD SUITE 211, WEST HARTFORD, CT 06107 | |
| 10925 | MCHUGH III, WILLIAM, 452 SPRING WILLOW DR, SUGAR HILL, GA 30518 | |
| 10925 | MCHUGH, DANIEL, 2168 JOSHUA DRIVE, BENSALEM, PA 19020 | |
| 10925 | MCHUGH, JAMES, 4722-126TH DRIVE NORTH, ROYAL PALM BEACH, FL 33411 | |
| 10925 | MCHUGH, ROSE MARY, 34 SHERWOOD ROAD, DUMONT, NJ 07628 | |
| 10924 | MCI C/O POWER PROVIDERS, 2820 KOVR DRIVE, WEST SACRAMENTO, CA 95605 | |
| 10925 | MCI COMMERCIAL SERVICE-SE, PO BOX 85125, LOUISVILLE, KY 40285-5125 | |
| 10924 | MCI DATA CENTER, INTERSTATE 680 & 72ND ST., OMAHA, NE 68101 | |
| 10924 | MCI FIELD OFFICE, 401 FIELDCREST DRIVE, ELMSFORD, NY 10523 | |
| 10925 | MCI INTERNATIONAL, PO BOX 42925, PHILADELPHIA, PA 19101-2925 | |
| 10925 | MCI INTERNATIONAL/WUI INC, PO BOX 41729, PHILADELPHIA, PA 19101-1729 | |
| 10925 | MCI RESIDENTIAL SERVICE-MA, PO BOX 52251, PHOENIX, AZ 85072-2251 | |
| 10925 | MCI TELECOMMUNICATIONS, 230 SHILLING PLAZA S., HUNT VALLEY, MD 21031 | |
| 10925 | MCI WORLDCOM ADVANCED NETWORKS, DEPT.L-390, COLUMBUS, OH 43260 | |
| 10925 | MCI WORLDCOM COMM SERVICE, POST OFFICE BOX 85059, LOUISVILLE, KY 40285-5059 | |
| 10925 | MCI WORLDCOM COMMUNICATIONS INC, PO BOX 96008, CHARLOTTE, NC 28296-0008 | |
| 10925 | MCI WORLDCOM COMMUNICATIONS INC, PO BOX 96022, CHARLOTTE, NC 28296-0022 | |
| 10924 | MCI WORLDCOM, 82B NORTHSIDE ROAD, CHARLTON, MA 01507 | |
| 10925 | MCI WORLDCOM, PO BOX 73881, CHICAGO, IL 60673-7881 | |
| 10925 | MCI WORLDCOM, PO BOX 93372, CHICAGO, IL 60673-7372 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCI WORLDCOM, PO BOX 96023, CHARLOTTE, NC 28296-0023

10924   MCI, 401 FIELDCREST DRIVE, ELMSFORD, NY 10523

10924   MCI, 4700 NORTHPOINT PKWY., ALPHARETTA, GA 30005

10924   MCI, 6001 MIDWAY PARK BLVD, ALBUQUERQUE, NM 87107

10925   MCI, PO BOX 85053, LOUISVILLE, KY 40285-5053

10925   MCIB, 111 FIRST ST, CAMBRIDGE, MA 02141

10925   MCILLWAIN, MARK, 4903 D BRIGHTON LANE, HIXSON, TN 37343

10925   MCILNAY, MICHELLE, 618 CANAL LANE, NEW BRAUNFELS, TX 78130

10925   MCILRATH, LORI L, N1644 WIBU ROAD, ARLINGTON, WI 53911

10925   MCILRATH, RICHARD, 1014 PRESTON, BURKBURNETT, TX 76354

10925   MCILROY, DON, 300 E RUBY, IOWA PARK, TX 76367

10925   MCILROY, JAMES, 402 W BANK, APT C, IOWA PARK, TX 76367

10925   MCILWAIN, CHRISTOPHER, ROUTE 2, BOX 33, WAYNESBORO, MS 39367

10925   MCILWAIN, LEESA, 14A DEER RUN COURT, BALTIMORE, MD 21227

10925   MCILWAIN, MICHAEL, 7888 HUGUENOT COURT, SEVERN, MD 21144

10925   MCILWAIN, WILLIAM, PO BOX 1234, TATUM, TX 75691

10925   MCILWAIN-SMITH, TRACY, 7083 LONGYEAR, DETROIT, MI 48211

10925   MCINERNEY, THERESA, 1913 HUNTINGTON, BETHLEHEM, PA 18107

10925   MCINNIS, DIANE, 4 BRATTLE ST, WILMINGTON, MA 01887

10925   MCINNIS, JOSEPHINE, 14 BUENA VISTA, FRANKLIN, MA 02038

10925   MCINNIS, JR, CLETUS, 721 NORTH TEXAS ST., DERIDDER, LA 70634

10924   MCINTIRE CO., 745 CLARK AVENUE, BRISTOL, CT 06010

10925   MCINTIRE, CHESTER, 21 THORNDIKE ST, SALEM,, MA 01970-2627

10925   MCINTIRE, JAMES, ROUTE 3 BOX 79C, MCKINNEY, TX 75069

10925   MCINTIRE, JUDITH, ST RT 179 RT #1, 2699, LAKEVILLE, OH 44638

10925   MCINTOSH, BONNIE, 1811 WALTSTEPHENS RD, JONESBORO, GA 30236

10925   MCINTOSH, DONNIE, 1107 TIMBER TOP DRIVE, ROGERS, AR 72756

10925   MCINTOSH, JAMES, 100 PROSPECT ST, #1, CANTON, MA 02021

10925   MCINTOSH, KIM, 8400 HWY 1247, SCIENCE, KY 42553

10925   MCINTOSH, MICHAEL, 1688 WIRE RD, DORCHESTER, SC 29437

10925   MCINTOSH, ROY, 445 N RIVER ST, MONTGOMERY, IL 60538

10925   MCINTOSH, STEPHEN, 7311 NW 45TH, LAUDERHILL, FL 33319

10925   MCINTOSH, STEVEN, 5640 N MARTY APT 126, FRESNO, CA 93711

10925   MCINTOSH, TRACY, 12509 NORTH ST, DILLSBORO, IN 47018

10925   MCINTOSH, VICKI, 90 SUNCREST DR., GREENWOOD, IN 46143

10925   MCINTYRE, ANGELA D., 2921 FOREST BROOK DR, CHARLOTTE, NC 28208

10925   MCINTYRE, CLINTON, RT 2 BOX 126/BSIMS ROAD, OAKLEY, CA 94561

10925   MCINTYRE, KAREN, 2357 COVE RD, LITHONIA, GA 30058

10925   MCINTYRE, MARILYN, 5626 95TH ST., LUBBOCK, TX 79424

10925   MCINTYRE, MAUDETT, 2001 OJIMEN #2111, HOUSTON, TX 77050

10925   MCINTYRE, MAUDETTE, 9001 KEMPWOOD, HOUSTON, TX 77055

10925   MCINTYRE, MICHAEL, 191 E.SIMS RD., OAKLEY, CA 94561

10925   MCINTYRE, PAT, 203 WILLOW SPRINGS DRIVE, GREENVILLE, SC 29607

10925   MCINTYRE, ROBERT, 155 FOX GRAPE LANE, ALPHARETTA, GA 30202

10925   MCINTYRE, ROBERT, 1705 E. MONROE #46, RIVERTON, WY 82501

10925   MCINTYRE, ROBERT, 526 BEACON ST., BOSTON, MA 02215

10925   MCINTYRE, STEPHEN, 313 WOODGROVE TRACE, SPARTANBURG, SC 29301

10925   MCINTYRE, STEVEN, CUST FOR AMANDA MCINTYRE, UNDER THE CALIFORNIA UNIF, TO MINORS ACT, 123 AVENIDA PRINCESA, SAN CLEMENTE, CA 92672-4235

10925   MCINTYRE, STEVEN, CUST FOR SCOT MCINTYRE UNDER THE, CALIFORNIA UNIFORM TRANSFERS, TO MINORS ACT, 123 AVENIDA PRINCESA, SAN CLEMENTE, CA 92672-4235

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MCIVER, MAURICE, 10918 LIBERTY RD, RANDALLSTOWN, MD 21133

10924   MCJUNKIN APPALACHIAN, PO BOX 513, CHARLESTON, WV 25322

10925   MCJUNKIN CORP., PO BOX 635, WESTLAKE, LA 70669

10924   MCJUNKIN CORPORATION, 2567 CELT RD., ROUTE 1, STANARDSVILLE, VA 22973

10924   MCJUNKIN CORPORATION, 2700 VEPCO ST., CHESAPEAKE, VA 23323

10925   MCJUNKIN CORPORATION, 3229 EAST EAMES ST, CHANNAHON, IL 60410

10924   MCJUNKIN CORPORATION, PO BOX 513, CHARLESTON, WV 25322

10925   MCJUNKIN CORPORATION, PO BOX 676316, DALLAS, TX 75267-6316

10925   MCJUNKIN CORPORATION, PO BOX 740725, ATLANTA, GA 30374-0725

10925   MCJUNKIN CORPORATION, POBOX 640300, PITTSBURGH, PA 15264-0300

10925   MCKAIN, CARLIE, 111 EAST WOODBURN DRIVE, TAYLORS, SC 29687

10925   MCKAMY, DANIEL, 19 TILDEN COURT, SIMPSONVILLE, SC 29681

10925   MCKANNA, JUDITH, 19106 E 18TH ST N, INDEPENDENCE, MO 64058

10925   MCKARNIN, JORETTA, 415 W. 62ND TERR., KANSAS CITY, MO 64113

10925   MCKAUGHAN, EMERT, HC 68 BOX 242, NASHOBA, OK 74558

10925   MCKAY JT TEN, JENNIFER & PETER, 14538 W BAYAUD AVE, GOLDEN, CO 80401-5347

10924   MCKAY SCHOOL C/O SPRAY INSULATION, 6901 SOUTH FAIRFIELD, CHICAGO, IL 60629

10925   MCKAY, FREDDY, 504 MONTROSE AVE, MORRISTOWN, TN 37813

10925   MCKAY, JAMES, 6047 SOUTH KOLIN, CHICAGO, IL 60629

10925   MCKAY, JAMES, 901 N. FIRST, LOVINGTON, NM 88260

10925   MCKAY, JILL, 6533 SPEIGHT CIRCLE, RALEIGH, NC 27616

10925   MCKAY, JODI, R.D. #4, BOX 119A, MC DONALD, PA 15057

10925   MCKAY, JOHN, 778 FM 367 EAST, IOWA PARK, TX 76367

10925   MCKAY, LINDA, 7137 FIRE FLY DR, JAX, FL 32244

10925   MCKAY, TIMOTHY, 216 EDGEWOOD DRIVE, DUNCAN, SC 29334

10925   MCKEAL, JEFFREY, 2736 EBY RD., WOOSTER, OH 44691

10924   MCKEAN COUNTY LANDFILL, HUTCHINS RD, MOUNT JEWETT, PA 16740

10925   MCKECHNIE, BRETT, 16 SPRING ST, LEXINGTON, MA 02421

10925   MCKECHNIE, WENDY, 1702 ELDONIAS COURT, STONE MOUNTAIN, GA 30087

10925   MCKEE, ALLEN, 7843 W. CALDWELL CT., MILWAUKEE, WI 53218

10925   MCKEE, FRANCIS, BOX 295, MEEKER, CO 81641

10925   MCKEE, HOWARD, 1612 ARKANSAS ST, LAKE CHARLES, LA 70605

10925   MCKEE, JAMES F., 200 E. 63RD ST, NEW YORK, NY 10021

10925   MCKEE, JERRY, PO BOX 829, OZARK, AR 72949

10925   MCKEE, JOSEPH, 7 EDGEWOOD RD, SOMERVILLE, NJ 08876

10925   MCKEE, LARRY, 204 SANDGATE, HOUSTON, TX 77061

10925   MCKEE, PETER, 12 EDGEWOOD RD, SOMERVILLE, NJ 08876

10925   MCKEE, SANDRA, 1522 HIPOINT ST., LOS ANGELES, CA 90035

10925   MCKEE, SUSAN H, PO BOX 811, SHEPHERDSTOWN WV, WV 25443

10924   MCKEEVER ELECTRIC AND SY, 1195 EAST FIFTH AVENUE, COLUMBUS, OH 43219

10925   MCKEEVER, GERARD, 2718 NINE MILE RD, RICHMOND, VA 23222

10925   MCKEEVER, I, 1000 SUN VALLEY COURT, GREENSBORO, GA 30642

10925   MCKEEVER, JAMES, 826 9TH ST, GREEN BAY, WI 54304

10925   MCKEEVER, LOVINIA, 1038 BOOKMAN RD, ELGIN, SC 29045

10925   MCKEIGHAN, KAREN, RR 1 435 C, LAKE VILLAGE, IN 46349

10925   MCKEITHEN, JAMES, RT 5 BOX 5349, PEARLAND, TX 77584

10925   MCKELL, MARK, 9175 MIDDLEFIELD DR, RIVERSIDE, CA 92508

10924   MCKENDREE ELEMENTRY, 1600 RIVERSIDE PARKWAY, LAWRENCEVILLE, GA 30043

10925   MCKENNA & CUNEO LLP, 1900 K ST NW, WASHINGTON, DC 20006

10925   MCKENNA & CUNEO, 1575 EYE ST N W, WASHINGTON, DC 20005

10925   MCKENNA & CUNEO, 1900 K ST NW, WASHINGTON, DC 20005

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCKENNA & MCCORMICK, 128 DORRANCE ST, STE 330, PROVIDENCE, RI 02903

10924   MCKENNA MEMORIAL HOSPITAL PHASE 2, 143 E GARZA, NEW BRAUNFELS, TX 78130

10924   MCKENNA MEMORIAL HOSPITAL, 145 EAST GARZA ST., NEW BRAUNFELS, TX 78130

10924   MCKENNA MEMORIAL, 145 EAST GARZA ST., NEW BRAUNFELS, TX 78130

10925   MCKENNA, CONSTANCE, 7 BUNKER LANE, NATICK, MA 01760

10925   MCKENNA, DWIGHT, RT 1 BOX 499, RED OAK, OK 74563

10925   MCKENNA, ROBERT, 190 W PEARL ST, BARTOW, FL 33830

10924   MCKENNEN HOSPITAL, WOMEN & CHILDREN CENTER, SIOUX FALLS, SD 57105

10925   MCKENNEY, DAWN, 14 LACONIA AVE, SAUGUS, MA 01906

10925   MCKENZIE EQUIPMENT CO INC, PO BOX 34427, HOUSTON, TX 77234-4427

10925   MCKENZIE EQUIPMENT CO., 9260 BRYANT ST., HOUSTON, TX 77075

10925   MCKENZIE EQUIPMENT, INC, PO BOX 34427, HOUSTON, TX 77234-4427

10925   MCKENZIE LABORATORIES, 3725 E ATLANTA AVE, PHOENIX, AZ 85040

10924   MCKENZIE PAINTING COMPANY, 60 MEAD ST., STRATFORD, CT 06497

10925   MCKENZIE TANK LINES, INC, PO BOX 1200, TALLAHASSEE, FL 32302-1200

10925   MCKENZIE, AMY, 415 LIBERTY CT, ANDERSON, SC 29621

10925   MCKENZIE, BEVERLY, 207 S. ALEXANDER, DUNCANVILLE, TX 75116

10925   MCKENZIE, BRUCE, 8923 REINHART WAY, LOUISVILLE, KY 40220

10925   MCKENZIE, DAVID, 681 MANOR RIDGE DR, MABLETON, GA 30059

10925   MCKENZIE, DAVID, 93 AMHURST ST., IOWA CITY, IA 52245

10925   MCKENZIE, DELORES, 1520 9TH AVE. SW, CEDAR RAPIDS, IA 52404

10925   MCKENZIE, DENNIS P, 670 W WATERSVILLE RD, MOUNT AIRY, MD 21771

10925   MCKENZIE, DENNIS, 670 W WATERSVILLE RD, MT. AIRY, MD 21771

10925   MCKENZIE, GEORGE, 61-55 98TH ST, REGO PARK QUEENS, NY 11374

10925   MCKENZIE, HARPER, 5702 GATEWOOD, HOUSTON, TX 77053

10925   MCKENZIE, JOEL, 1104 BRIARWOOD DRIVE, SENECA, SC 29678

10925   MCKENZIE, KIMBERLY, 101 PKWY DR, WARNER ROBINS, GA 31093

10925   MCKENZIE, MARK, 20 GRAVES CREEK RD, COLUMBIA, MS 39429

10925   MCKENZIE, NORWOOD, PO BOX 3451, WINCHESTER, VA 22601-1151

10925   MCKENZIE, PATRICIA, 5215 LOOKOUT MTN DR, HOUSTON, TX 77069

10925   MCKENZIE, ROBERT D, 3593 HANKDS DR SE, IOWA CITY, IA 52240-9258

10925   MCKENZIE, ROBERT, 1219 HWY 586, FOXWORTH, MS 39483

10925   MCKENZIE, ROBERT, 4632 SE 27TH ST, DEL CITY, OK 73115

10925   MCKENZIE, THOMAS, 11167 PINEWOOD ST, LUCASVILLE, OH 45648

10925   MCKEOWN, TIMOTHY, 4411 UNDERWOOD ST, UNIVERSITY PARK, MD 20782

10925   MCKERNAN CLEGG WALKER, 10500 COURSEY BLVD, COURT PLAZA SUITE 205, BATON ROUGE, LA 70816

10925   MCKERNAN LAW FIRM, 10500 COURSEY BLVD, COURT PLAZA, SUITE 205, BATON ROUGE, LA 70816

10925   MCKERNAN, PATRICIA, 230 WHITE AVE, KING OF PRUSSIA, PA 19406

10925   MCKESSON BIO SERVICES, POBOX 630669, BALTIMORE, MD 21263-0669

10924   MCKESSON GEN MED/ATLANTA #41, 3100 SHAWNEE INDUSTRIAL WAY, SUWANEE, GA 30024

10924   MCKESSON GEN MED/DES MOINES #48, 1600 EAST WASHINGTON AVENUE, DES MOINES, IA 50316

10924   MCKESSON GEN MED/HOUSTON #76, 4755 ALPINE ROAD, STAFFORD, TX 77477

10924   MCKESSON GEN MED/WICHITA #18, 8351 E 35 ST NORTH, WICHITA, KS 67226

10924   MCKESSON GENERAL MED/HOUSTON76, 3643 WILLOWBEND DRIVE, SUITE 646, HOUSTON, TX 77054

10924   MCKESSON GENERAL MED/POMPANO #19, 1501 NORTHWEST 24TH ST STE 100, POMPANO BEACH, FL 33064

10924   MCKESSON GENERAL MEDICAL, 2121 E. DISTRIBUTION CENTER DRIVE, CHARLOTTE, NC 28269

10924   MCKESSON GENERAL MEDICAL, 4250 PATRIOT DRIVE STE 100, GRAPEVINE, TX 76051

10924   MCKESSON GM/NEW ORLEANS #47, 176 RIVERBEND BOULEVARD, SAINT ROSE, LA 70087

10925   MCKESSON WATER PRODUCTS, MICHAEL HARRISON MARLENE BARTOLO,

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCKESSON WATER PRODUCTS, POBOX 7126, PASADENA, CA 91109-7126

10925   MCKIBBEN, M, 1712 N DELPHOS, KOKOMO, IN 46901

10925   MCKIBBEN, SAMUEL, 1134 CIRCLE BEND, MISSOURI CITY, TX 77489

10925   MCKIE, SUSSAN, 2281 N W 33RD AVE, LAUDERDALE LAKES, FL 33311

10925   MCKIM JR, CHARLES M, 4607 CHANTILLY CIRCLE, HOUSTON, TX 77018-3214

10925   MCKINELEY, DEDERA, 23180 11TH ST, NEWARK, NJ 07107

10925   MCKINLAY TRANSPORT LTD, POBOX 80, WARREN, MI 48090

10925   MCKINLESS, KATHLEEN, 132B RIVER RD, BOGOTA, NJ 07603

10924   MCKINLEY BRIGHTON MAGNET SCHOOL, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   MCKINLEY JR, JAMES, 770 RANSIER DR, HENDERSONVILLE, NC 28739

10925   MCKINLEY, C, 1161 SUMNER PL.#C, SANTA MARIA, CA 93455

10925   MCKINLEY, HENRY, 411 ARLINGTON #13, HOUMA, LA 70363

10925   MCKINLEY, LIZBETH, 7480 GARDENGATE PL, DUBLIN, OH 43017

10925   MCKINLEY, N, 1610 CRANSTON RD., GARNER, NC 27529

10925   MCKINLEY, RIAKOIS, 1662 N. BERWICK, INDIANAPOLIS, IN 46222

10925   MCKINNEY & STRINGER, PC, 101 N ROBINSON SUITE 1300, OKLAHOMA CITY, OK 73102-5504

10924   MCKINNEY CONCRETE PROD, 2700 NORTH FREEWAY, PUEBLO, CO 81003

10924   MCKINNEY FELLOWSHIP BIBLE CHURCH, 2801 ORCHID DR., MCKINNEY, TX 75070

10924   MCKINNEY HIGH SCHOOL, 2550 WILMETH RD., MCKINNEY, TX 75069

10924   MCKINNEY INDEPENDENT SCHOOL DISTRIC, 2550 WILMETH ROAD, MCKINNEY, TX 75069

10925   MCKINNEY STRINGER & WEBSTER, PC, CORPORATE TOWER, 101 NORTH ROBINSON, SUITE 1300, OKLAHOMA CITY, OK 73102

10924   MCKINNEY WHOLESALE CO, ATTN: ACCOUNTS PAYABLE, WAYNESBORO, GA 30830

10924   MCKINNEY WHOLESALE CO., DAVIS RD., WAYNESBORO, GA 30830

10924   MCKINNEY WHOLESALE CO., P.O. BOX 727, WAYNESBORO, GA 30830

10925   MCKINNEY, AMY, 9 BROOKDALE ACRES DRIVE, LYMAN, SC 29365

10925   MCKINNEY, BARBARA, 8046 JONES RD, TERRE HAUTE, IN 47804

10925   MCKINNEY, BILLY, 200 WHITE PINE DRIVE, SIMPSONVILLE, SC 29681

10925   MCKINNEY, CARLTON, 674 BRIGGS RD, DANDRIDGE, TN 37725

10925   MCKINNEY, CAROL, C/O SHERYL ARNDT, VALPARAISO, IN 46385

10925   MCKINNEY, CLARENCE, 560 LEO DR, HAMILTON, OH 45013

10925   MCKINNEY, DEBORAH, 1986 HUNTER AVE, DELTONA, FL 32725

10925   MCKINNEY, DOREEN, 1361 HILLSIDE DR NW, CEDAR RAPIDS, IA 52405

10925   MCKINNEY, E, 1387 CENTRAL AVE, 212, MEMPHIS, TN 38104

10925   MCKINNEY, EVELYN, 96 MAUNA LOA DRIVE, LEESBURG, FL 34788

10925   MCKINNEY, GLEN, 154 COUNTY ROAD 2400, AZTEC,, NM 87410

10925   MCKINNEY, GREGORY, 1409 ROPER MTN RD 455, GREENVILLE, SC 29615

10925   MCKINNEY, JENNIFER, 116 BRANTFORD LN, GREENVILLE, SC 29605

10925   MCKINNEY, JESSIE, PO BOX 1985, BARTOW, FL 33830

10925   MCKINNEY, JO ANN, 7704 DUMAINE COURT, TAMPA, FL 33637

10925   MCKINNEY, JOSEPH, 115 E MELROSE AVE, BALTIMORE, MD 21212

10925   MCKINNEY, JUDITH, 156 HARWOOD ROAD, GRAY, TN 37615

10925   MCKINNEY, KRISTIAN, 512 SPARROW WALK, NORCROSS, GA 30093

10925   MCKINNEY, LEX, 1905 JEPHSON, ALVIN, TX 77511

10925   MCKINNEY, MARILYN, 4023 GALLERY SUN, SAN ANTONIO, TX 78244

10925   MCKINNEY, NONA, 9113 BAIRD RD, APT 218, SHREVEPORT, LA 71118

10925   MCKINNEY, OLEN, 1421 ILLINOIS ST, FROSTPROOF, FL 33843

10925   MCKINNEY, ROBERT, 220 OAKWOOD CT, GREENVILLE, SC 29607

10925   MCKINNEY, ROBERT, 75 BRIDGEHAVEN DRIVE, PALM COAST, FL 32137

10924   MCKINNEY/LA MIRADA GYMNASIUM, C/O HOWARD & SONS, LA MIRADA, CA 90638

10925   MCKINNIS, CHARLES, BOX 158, ANTELOPE, MT 59211

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MCKINNON, CLARENCE, 501 BEECH ST, DEQUINCY, LA 70633-3719

10925    MCKINNON, LISA A., 85 DUNHAM RD, HEWITT, NJ 07421

10925    MCKINSTRY, BOBBIE, 7333 47TH SW #1, SEATTLE, WA 98136

10925    MCKINSTRY, JOANNE, RR1 BOX 372, GRANT PARK, IL 60940

10925    MCKINSTRY, LINDA, 1923 VERMONT AV, LANDOVER, MD 20785

10925    MCKINSTRY, M, 306 PARK LANE DRIVE, GRANT PARK, IL 60940-0056

10925    MCKINZIE, DONNA, 1115 EAGLE, BURKBURNETT, TX 76354

10925    MCKISSIC, GREGORY, 5736 THUNDERHILL RD, COLUMBIA, MD 21045

10925    MCKITHEN, AUBREY, 4271 DUKE ST, D-2, ALEXANDRIA, VA 22304

10925    MCKNIGHT, GEORGE, 5134 LOST OAK, BATON ROUGE, LA 70817

10925    MCKNIGHT, LARRY, 15023 KINGSDALE AVE, LAWNDALE, CA 90260

10925    MCKNIGHT, MICHAEL, 404 WEST VALLEY DRIVE, IOWA PARK, TX 76367

10925    MCKNIGHT, PATRICIA, 404 W VALLEY, IOWA PARK, TX 76367

10925    MCKNIGHT, PAULA, RTE 1 BOX 216, KINGSTREE, SC 29556

10925    MCKNIGHT, PETE, 1215 SO 7TH ST, WILMINGTON, NC 28401

10925    MCKNIGHT, TYRONE, 304 LAKEWOOD DRIVE, CHARLOTTE, NC 28208

10925    MCKOOL SMITH, 300 CRESCENT COURT, SUITE 1500, DALLAS, TX 75201

10925    MCKOON, DEBRA, RT 2 BOX 452AA, GRAY COURT, SC 29645

10925    MCKOWN, JEFF, 8460 ROBERTS RD, ELLICOTT CITY, MD 21043

10925    MCKOWN, JEFF, 850 SHADOW OAK DRIVE, BATON ROUGE, LA 70810

10925    MCKOWN, JEFFREY, 8460 ROBERTS ROAD, ELLICOTT CITY, MD 21043

10925    MCKOY, GEORGIA, 1380 N.E. 157TH ST., NORTH MIAMI BEACH, FL 33162

10925    MCKOY, LISHA, 234 5TH AVE #4, BROOKLYN, NY 11215

10925    MCKOY, VANCE, 9409 HANNAHS MILL DR, OWINGS MILLS, MD 21117

10925    MCLAIN, DAVID, 7255 LEE HWY. APT. 604, CHATTANOOGA, TN 37421

10925    MCLAIN, JIMMIE, 8415 BANDRIDGE, LAPORTE, TX 37571

10925    MCLAIN, MARY, 1070 NOVELLY DRIVE, RENO, NV 89503

10925    MCLAIN, TANYA, 1226B LOCUST LN, HIXSON, TN 37343

10925    MCLAMB, KIMBERLY, 3351 DUDLEY RD, NEWTON GROVE, NC 28366

10925    MCLANAHAN CORPORATION, A DIVISION OF MCLANAHAN CORPORATION, PO BOX 229, 200 WALL
         ST, HOLLIDAYSBURG, PA 16648

10925    MCLANE GRAF RAULERSON & MIDDLETON, PO BOX 326, MANCHESTER, NH 03105-0326

10925    MCLANE GRAF RAULERSON & MIDDLETON, POBOX 326, MANCHESTER, NH 03105-0326

10925    MCLANE GRAF RAULERSON, 900 ELM ST, PO BOX 326, MANCHESTER, NH 03105-3026

10925    MCLAREN ESQ, RODERIC, 14 OTTER RIVER ROAD, WINCHENDON, MA 01475

10925    MCLAREN HART, BOX 751421, CHARLOTTE, NC 28275

10925    MCLAREN MED MANAGEMENT INCH, PO BOX 7700, DETROIT, MI 48277-0672

10925    MCLAREN, ESQ, RODERIC, 14 OTTER RIVER RD, WINCHENDON, MA 01475

10925    MCLAREN, NANCY, 17 DARTMOUTH AVE, AVONDALE ESTATES, GA 30002

10925    MCLAREN, RODERIC, 14 OTTER RIVER RD, WINCHENDON, MA 01475

10924    MCLAUGHLIN CONST CO INC C/O M OLSON, 2120 WEST JORDAN STREET, PENSACOLA, FL 32505

10924    MCLAUGHLIN CONSTRUCTION, 200 EAST 166TH ST., SOUTH HOLLAND, IL 60473

10924    MCLAUGHLIN CONSTRUCTION, 28  E. 34TH ST, MINNEAPOLIS, MN 55406

10924    MCLAUGHLIN CONSTRUCTION, 784 NORTH BEAL PARKWAY, FORT WALTON BEACH, FL 32547

10924    MCLAUGHLIN CONSTRUCTION, IXC 1101 EAST NINTH ST, FORT WORTH, TX 76102

10924    MCLAUGHLIN GORMLEY KING CO., 1035 EAST DODGE STREET, FREMONT, NE 68025

10925    MCLAUGHLIN MANAGEMENT ASSOC INC, 301 CRAWFORD BLVD SUITE 203, BOCA RATON, FL 33432

10925    MCLAUGHLIN MANAGEMENT ASSOC INC, 399 SW 14TH PLACE, BOCA RATON, FL 33432-7178

10925    MCLAUGHLIN MANAGEMENT ASSOC INC, 3999 W 14TH PLACE, BOCA RATON, FL 33432

10925    MCLAUGHLIN, AGNES, 9 CASCO DRIVE, NASHUA, NH 03062

10925    MCLAUGHLIN, BECKY, 1401 POTOMAC DRIVE, RICHARDSON, TX 75081

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

| Svc Lst | Name and Address of Served Party |
|---|---|
| 10925 | MCLAUGHLIN, BRIAN, 178 FERNCREST AVE, CRANSTON, RI 02905 |
| 10925 | MCLAUGHLIN, BRIAN, 231 BROADWAY, ARLINGTON, MA 02174 |
| 10925 | MCLAUGHLIN, BRIDGET, 13 VINEYARD LANE, HARWICH, MA 02645 |
| 10925 | MCLAUGHLIN, BROOKS, 9664 ELMIRA CIR, SACRAMENTO CA, CA 95827 |
| 10925 | MCLAUGHLIN, CORY, 112 FOX RD, MOHRSVILLE, PA 19541 |
| 10925 | MCLAUGHLIN, CYNTHIA T, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 |
| 10925 | MCLAUGHLIN, CYNTHIA, 399 SW 14TH PLACE, BOCA RATON, FL 33432 |
| 10925 | MCLAUGHLIN, DAVID, 68 N BEACON ST, ALLSTON, MA 02134 |
| 10925 | MCLAUGHLIN, DONALD, 2224 YEWELLS LNDG SO, OWENSBORO, KY 42303 |
| 10925 | MCLAUGHLIN, ERIN, 12 VILLAGE LANE UNIT #25, TYNGSBORO, MA 01879 |
| 10925 | MCLAUGHLIN, JAMES, 205 VARNUM ROAD, DRACUT, MA 01826 |
| 10925 | MCLAUGHLIN, JEANNE, 160 FLORENCE ROAD, WALTHAM, MA 02154 |
| 10925 | MCLAUGHLIN, JOAN, RD 2 BOX 176, LANDENBERG, PA 19350 |
| 10925 | MCLAUGHLIN, KATHERIN, 399 SW 14TH PLACE, BOCA RATON, FL 33432 |
| 10925 | MCLAUGHLIN, KEVIN, 160 FLORENCE ROAD, WALTHAM, MA 02154 |
| 10925 | MCLAUGHLIN, LEO, RD 2 BOX 2507, SPRING GROVE, PA 17362 |
| 10925 | MCLAUGHLIN, LEO, SPORTSMAN CLUB ROAD, SPRING GROVE, PA 17362 |
| 10925 | MCLAUGHLIN, MARTHA M, 909 ELECTRIC AVE, SUITE 305, SEAL BEACH, CA 90740-6375 |
| 10925 | MCLAUGHLIN, MELISSA, PO BOX 2096, ASHLAND, VA 23005 |
| 10925 | MCLAUGHLIN, MICHAEL, 14 JERSEY ST, PEPPERELL, MA 01463 |
| 10925 | MCLAUGHLIN, MYRA, 16 EAST MAIN ST., SOUTHBOROUGH, MA 01772 |
| 10925 | MCLAUGHLIN, PAT, 399 S.W. 14TH PLACE, BACO RATON, FL 33432 |
| 10925 | MCLAUGHLIN, PATRICIA, 448 FARLEY AVE, SCOTCH PLAINS, NJ 07076 |
| 10925 | MCLAUGHLIN, PATRICK J, 1200 NW 15TH AVE, POMPANO BEACH, FL 33069 |
| 10925 | MCLAUGHLIN, PAUL, 55 JOPPA ROAD, MERRIMACK, NH 03054 |
| 10925 | MCLAUGHLIN, PETER, 948 6TH ST, WHITEHALL, PA 18052 |
| 10925 | MCLAUGHLIN, PHILIP, STATE HOUSE ANNEX, 25 CAPITOL ST, CONCORD, NH 03301-6397 |
| 10925 | MCLAUGHLIN, SHEILA, 618 DUPONT ST, CHESTER, PA 19013 |
| 10925 | MCLAUGHLIN, STEVEN, 205 WHISPERING WIND, VIENNA, VA 22180 |
| 10925 | MCLAUGHLIN, SUSAN, 12 BOARDMAN ST, NEWBURYPORT, MA 01950 |
| 10925 | MCLAUGHLIN-WIBLE, LISA, 10702 MIDSUMMER DR, RESTON, VA 22091 |
| 10925 | MCLE INC, TEN WINTER PLACE, BOSTON, MA 02108-4751 |
| 10924 | MCLEAN COUNTY CONCRETE COMPANY, P. O. BOX 3547, BLOOMINGTON, IL 61702-3547 |
| 10924 | MCLEAN COUNTY CONCRETE, 1100 W MARKET, BLOOMINGTON, IL 61701 |
| 10924 | MCLEAN COUNTY CONCRETE, BOX 3547, BLOOMINGTON, IL 61702 |
| 10924 | MCLEAN COUNTY CONCRETE, FORT JESSE ROAD, BLOOMINGTON, IL 61701 |
| 10924 | MCLEAN COUNTY CONCRETE, ROUTE 150 YUTON ROAD, BLOOMINGTON, IL 61702 |
| 10925 | MCLEAN MIDWEST, 21268 NETWORK PLACE, CHICAGO, IL 60673-1212 |
| 10924 | MCLEAN ROOF DECK COMPANY INC, CAMBRIDGE, MA 02140 |
| 10924 | MCLEAN ROOF DECKS, PO BOX 5705, LUBBOCK, TX 79408 |
| 10925 | MCLEAN THOMAS INC, 266 BROADWAY, BUFFALO, NY 14204 |
| 10925 | MCLEAN, ANN MARIE, 23 NEWTON ROAD, E FALMOUTH, MA 02536 |
| 10925 | MCLEAN, BARBARA, 162 LENOX AVE, NEW MILFORD, NJ 07646 |
| 10925 | MCLEAN, BIANQUE, 12734 TORRINGTON ST, LAKERIDGE, VA 22192 |
| 10925 | MCLEAN, CONSTANCE, 7303 WALLACE ST, MERRILLVILLE, IN 46410 |
| 10925 | MCLEAN, DONALD, 814 NORTH COLFAX, GRIFFITH, IN 46319 |
| 10925 | MCLEAN, GORDON, 7 BRONISLAW ST, WOBURN, MA 01801-2403 |
| 10925 | MCLEAN, JAMES, 517 CATAWBA CIRCLE NORTH, MATTHEWS, NC 28105 |
| 10925 | MCLEAN, JR, LEROY, 5018 GOODNOW ROAD, I, BALTIMORE, MD 21206 |
| 10925 | MCLEAN, MARILYN G, 317 MANSION DRIVE, ALEXANDRIA, VA 22302-2904 |
| 10925 | MCLEAN, MICHAEL, 103 CHESTNUT, YUKON, OK 73099 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MCLEAN, NANCY, 146 JON CIRCLE, WHITINSVILLE, MA 01588 | |
| 10925 | MCLEAN, RENA, 428 L KERNODILE DR, GRAHAM, NC 27253 | |
| 10925 | MCLEAN, ROBBIN, 2377 KAISER RD, BOONVILLE, IN 47601 | |
| 10925 | MCLEAN, SHIRLEY, 3332 W 932 N, LAKE VILLAGE, IN 46349 | |
| 10925 | MCLEAREN, JEANNINE, 13218 LARKBROOK, SAN ANTONIO, TX 78233 | |
| 10925 | MCLEES, TIMOTHY, 2032 EASTERN BLVD SE, CEDAR RAPIDS, IA 52403 | |
| 10925 | MCLELLAN, THOMAS, 96 PANFORTH ST, 43, TAUNTON,, MA 02780 | |
| 10925 | MCLELLAND, MARTHA, 191 E VALLEY CIR., NEWARK, DE 19711 | |
| 10925 | MCLEMORE, JAMES, 302 KATHLEEN, IOWA PARK, TX 76367 | |
| 10925 | MCLEMORE, JOHNNIE, 1145 ARGYLE AVE, BALTIMORE, MD 21201 | |
| 10925 | MCLENDON, JOHN, 1474 CROOKED STICK DR, OFALLON, MO 63366 | |
| 10925 | MCLENDON, LENORA, 115 E. WALTNUT ST, AVON PARK, FL 33825 | |
| 10925 | MCLENDON, MELISSA, ROUTE 1, BOX 227, JACK, AL 36346 | |
| 10925 | MCLENNAN ROSS, 500 - 4TH AVE SW, CALGARY, AB T2P 2V6CANADA | *VIA Deutsche Post* |
| 10924 | MCLEOD INDUSTRIES DIVERSIFIED INC, CAMBRIDGE, MA 02140 | |
| 10924 | MCLEOD INDUSTRIES, DIVERSIFIED INCORP, ALBANY, NY 12212 | |
| 10925 | MCLEOD TRUCKING & RIGGING CO,INC, PO BOX 26186, CHARLOTTE, NC 28221 | |
| 10925 | MCLEOD, DELORES, 2067 BEECHWOOD AVE, BALTIMORE, MD 21207 | |
| 10925 | MCLEOD, HEIDI, 30 LACEY RD, TAUNTON, MA 02780 | |
| 10925 | MCLEOD, JAMES, 4056 MYERWOOD LANE, DALLAS, TX 75244-7333 | |
| 10925 | MCLEOD, JAMES, 843 LENTON AVE, BALTIMORE, MD 21212-3238 | |
| 10925 | MCLEOD, JOAN, 1760 WENDY WAY, NEENAH, WI 54956 | |
| 10925 | MCLEOD, JOE, 5500 CHEMICAL RD., BALTIMORE, MD 21226 | |
| 10925 | MCLEOD, JOSEPH, 5364 #1 SMOOTH MEADOW WAY, COLUMBIA, MD 21044 | |
| 10925 | MCLEOD, NETTIE, 3705 W. NORTHGATE, IRVING, TX 75062 | |
| 10925 | MCLEOD, SHERNETTE, 107 NORTH SALEM AVE, SUMTER, SC 29150 | |
| 10925 | MCLEOD, TIMOTHY, 32 SOMERSET ST, WEYMOUTH, MA 02189 | |
| 10925 | MCLEODUSA, PO BOX 3243, MILWAUKEE, WI 53201-3243 | |
| 10925 | MCLEROY, AL, PO BOX 132, MINDEN, NV 89423 | |
| 10924 | MCLILLIE CONCRETE, 13528 HIGHWAY 51 SOUTH, ATOKA, TN 38004 | |
| 10924 | MCLILLIE CONCRETE, 600 E. STREET, COVINGTON, TN 38019 | |
| 10924 | MCLILLIE CONCRETE, P. O. BOX 388, ATOKA, TN 38004 | |
| 10924 | MCLILLIE CONCRETE, PO BOX 388, ATOKA, TN 38004 | |
| 10925 | MCLIN, ZJOK, 4160 HULEN PLACE, FORT WORTH, TX 76107 | |
| 10925 | MCLOONE, JOHN, 309 EDGERTON DRIVE, PAWLET, VT 05761 | |
| 10925 | MCLOUD MD, THERESA C, DEPT OF RADIOLOGY - ELL 234, BOSTON, MA 02114-2698 | |
| 10924 | MCM GLIDCO, PO BOX 389, JACKSONVILLE, FL 32201 | |
| 10925 | MCMACKINS PLUMBING & HEATING, 1307 HILLTOWN PIKE, LINE LEXINGTON, PA 18932 | |
| 10925 | MCMAHAN, BENNY, 620 WILLIAMS BOTTOM ROAD, INMAN, SC 29349 | |
| 10925 | MCMAHAN, HOWARD, 228 GUIDRY ST., BOURG, LA 70343-5417 | |
| 10925 | MCMAHAN, JAMES, 2701 DARWIN, WICHITA FALLS, TX 76308 | |
| 10925 | MCMAHAN, MICHELE, 2005 HIGHLAND AVE, GREENSBURG, PA 15601 | |
| 10925 | MCMAHAN, MYRTICE, 241 COOPER BRIDGE RD, WOODRUFF, SC 29388-9989 | |
| 10925 | MCMAHAN, RODGER, 135 N. MAIN ST, PRESTON, MD 21655 | |
| 10925 | MCMAHAN, SHARON, 1522 BRENTWOOD AVE. 2ND. FL, BALTIMORE, MD 21202 | |
| 10925 | MCMAHON PUBLISHING GROUP, THE, 83 PEACEABLE ST, WEST REDDING, CT 06896 | |
| 10925 | MCMAHON, ARTHUR, 330 TYNGSBORO ROAD, DRACUT, MA 01826 | |
| 10925 | MCMAHON, DAVID, 413 VALLEY DRIVE, IOWA PARK, TX 76367 | |
| 10925 | MCMAHON, FREIDA, 418 PINE MANOR, CONROE, TX 77385 | |
| 10925 | MCMAHON, JACQUELYN, 11601 59TH WAY N, PINELLAS, FL 34666 | |
| 10925 | MCMAHON, JANICE, 104 LE ANN DRIVE, EASLEY, SC 29642 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MCMAHON, JOANN, 5606 ST. LOUIS, ODESSA, TX 79762

10925    MCMAHON, KELLY, 135 E. MAIN ST, WESTBORO, MA 01581

10925    MCMAHON, KIM, 7435 ROUNTREE DR, RIVERDALE, GA 30274

10925    MCMAHON, MARY, 16 TOWER RD., HENNIKER, NH 03242

10925    MCMAHON, MATT, 2601 N FRANKLIN RD, ARLINGTON, VA 22201

10925    MCMAHON, MEREDITH, 2809 FOX HOUND DR., ELLICOTT CITY, MD 21043

10925    MCMAHON, PATRICK, 96 MOORE ROAD, SUDBURY, MA 01776

10925    MCMAHON, PAUL E, ONE TOWN CENTER RD, BOCA RATON, FL 33486

10925    MCMAHON, PAUL, 102 PHYLLIS DRIVE, OLD TAPPAN, NJ 07675

10925    MCMAHON, PAUL, 37 HIGH ST, SHARON, MA 02067

10925    MCMAHON, ROBERT, 46630-250 ST., COLTON, SD 57018

10925    MCMAHON, SHERRILL, 3430 RIFORD COURT, CRAIG, CO 81625

10925    MCMAHON, WILLIAM, 1205 BROOK MEADOW DR, TOWSON, MD 21286

10925    MCMANAMY, LESLIE, 503 N. ALEXANDRIA ST, LATROBE, PA 15650

10925    MCMANIS JT TEN, IRWIN C & ROSEMARY J, 2241 POPLAR ST, DENVER, CO 80207-4061

10925    MCMANIS, RHONDA, 7050 HAMILTON MASON, WEST CHESTER, OH 45069

10925    MCMANN, RICHARD, R R #1 BOX 145M, MCLEAN, IL 61754

10925    MCMANNAMY, ALLEN, 2611 S.E. 125TH, PORTLAND, OR 97236

10925    MCMANNIS, BRENDA, 3906 N. JEFFERSON, MADISON, IN 47250

10925    MCMANUS CONSTRUCTION CO, PO BOX 17030, LAKE CHARLES, LA 70616

10925    MCMANUS CONSTRUCTION, PO BOX 17110, LAKE CHARLES, LA 71616-7110

10925    MCMANUS, DAVID, 22 WALNUT GROVE WAY, IRMO, SC 29063

10925    MCMANUS, JAMES, 14 HILLCREST ST, DUNSTABLE, MA 01827

10925    MCMANUS, KATHLEEN, 8680 N GLENN AVE, 132, FRESNO, CA 93711

10925    MCMANUS, TERRY, 411 BARDON, WOOSTER, OH 44691

10925    MCMANUS, VICTOR, 33270 22ND COURT S.W., FEDERAL WAY, WA 98023

10925    MCMASTER CARR SUPPLY CO INC, POBOX 7690, CHICAGO, IL 60680-7690

10925    MCMASTER CARR SUPPLY CO, PO BOX 740100, ATLANTA, GA 30374-0100

10925    MCMASTER CARR SUPPLY COMPANY, POBOX 7690, CHICAGO, IL 60680-7690

10924    MCMASTER CARR SUPPLY, 200 AURORA INDUSTRIAL PARKWAY, AURORA, OH 44202

10924    MCMASTER CARR SUPPLY, 473 RIDGE ROAD, DAYTON, NJ 08810-0317

10924    MCMASTER CARR SUPPLY, 6100 FULTON INDUSTRIAL BLVD., ATLANTA, GA 30336

10924    MCMASTER CARR SUPPLY, PO BOX5516, CHICAGO, IL 60680

10924    MCMASTER CARR, 200 AURORA INDUSTRIAL PKWY, AURORA, OH 44202

10924    MCMASTER CARR, 473 RIDGE ROAD, CAMDEN, NJ 08110-0317

10924    MCMASTER CARR, 473 RIDGE ROAD, DAYTON, NJ 08810

10924    MCMASTER CARR, 600 N. COUNTY LINE RDS, ELMHURST, IL 60126

10924    MCMASTER CARR, 6100 FULTON INDUSTRIAL BLVD, ATLANTA, GA 30336

10924    MCMASTER CARR, 9630 NORWALK BLVD, SANTA FE SPRINGS, CA 90670

10924    MCMASTER CARR, P.O. BOX 5516, CHICAGO, IL 60680

10925    MCMASTER CARR, PO BOX 317, DAYTON, NJ 08810

10925    MCMASTER CARR, PO BOX 7690, CHICAGO, IL 60680-7690

10925    MCMASTER-CARR SUPPLY CO, PO BOX 7690, CHICAGO, IL 60680-7690

10925    MCMASTER-CARR SUPPLY CO., 600 COUNTY LINE RD, ELMHURST, IL 60126

10925    MCMASTER-CARR SUPPLY CO., 600 COUNTY LINE ROAD, ELMHURST, IL 60126

10924    MCMASTER-CARR SUPPLY CO., 600 N. COUNTY LINE ROAD, ELMHURST, IL 60126-2081

10925    MCMASTER-CARR SUPPLY CO., PO BOX 7690, CHICAGO, IL 60680-7690

10925    MCMASTER-CARR SUPPLY COMPANY, 473 RIDGE ROAD, DAYTON, NJ 08810-0317

10925    MCMASTER-CARR SUPPLY COMPANY, PO BOX 7690, CHICAGO, IL 60680-7690

10925    MCMASTER-CARR, 473 RIDGE ROAD, DAYTON, NJ 08810

10925    MCMASTER-CARR, PO BOX 7690, CHICAGO, IL 60680-7690

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MCMASTER-CARR, POBOX 7690, CHICAGO, IL 60680 | |
| 10924 | MCMATH MASONRY, HOSPITAL ROAD, SAGINAW, MI 48605 | |
| 10925 | MCMELLON, DANNY, PO BOX 109, MANSFILED,, LA 71052 | |
| 10925 | MCMELLON, KENNETH, PO BOX 392, SULPHUR, LA 70664 | |
| 10925 | MCMELLON, SHERMAN, PO BOX 109, MANSFIELD, LA 71052 | |
| 10925 | MCMELLON, TERRY, PO BOX 453, MANSFIELD, LA 71052 | |
| 10925 | MCMENAMIN, J, 27 BROOKRIDGE ROAD, CAPE MAY CT HSE, NJ 08210 | |
| 10925 | MCMENAMIN, J. ROBERT, 27 BROOKRIDGE ROAD, CAPE MAY COURT HOUSE, NJ 08210 | |
| 10925 | MCMENAMY, BREGEEN, 1457 MAPLEWOOD TERR, PLAINFIELD, NJ 07060 | |
| 10925 | MCMGUIRE, MAUREEN, 1211ST ANDREWS WAY, BALTIMORE, MD 21239 | |
| 10925 | MCMICHAELS LUMBER HARDWARE & RENTAL, PO BOX 2183, POMPANO BEACH, FL 33061-2183 | |
| 10925 | MCMICHAELS, 2700 N POWERLINE RD, POMPANO BEACH, FL 33061-2183 | |
| 10925 | MCMICHAELS, JEFFREY, 5011 RIVERDALE RD. APT. U-24, COLLEGE PARK, GA 30337 | |
| 10925 | MCMILLAN BINCH, SUITE 3800 SOUTH TOWER, TORONTO, ON M5J 2J7CANADA | *VIA Deutsche Post* |
| 10925 | MCMILLAN, ANGEL, 332 PALISADE AVE, CLIFFSIDE PARK, NJ 07010 | |
| 10925 | MCMILLAN, DEBORAH, RT 2 BOX 314, CLEWISTON, FL 33440 | |
| 10925 | MCMILLAN, GERALD, 17A LENNY LANE, HUDSON, NH 03051 | |
| 10925 | MCMILLAN, MARLENE, 10547 U ST, OMAHA, NE 68127 | |
| 10925 | MCMILLAN, MICHAEL, 140 GREENMEADOW CIR, FOUNTAIN INN, SC 29644 | |
| 10925 | MCMILLAN, NANCY, 14 HALE ST, GREENVILLE, SC 29605 | |
| 10925 | MCMILLAN, SUSAN, 106 WEST DRIVE, SPARTANBURG, SC 29303 | |
| 10925 | MCMILLEN, GYNELL, 4607 LEISURE DR, MIDLAND, TX 79703 | |
| 10925 | MCMILLER, CYNTHIA, RT 3 BOX 275C, MOMENCE, IL 60954 | |
| 10925 | MCMILLIAN, BRUCE, PO BOX 21, NEGREET, LA 71460 | |
| 10925 | MCMILLIAN, MARY, 6322 N. 77TH ST, #1, MILWAUKEE, WI 53218 | |
| 10925 | MCMILLIAN, MATTIE, 4123 N. 25TH ST, MILWAUKEE, WI 53209 | |
| 10925 | MCMILLIAN, SEAN, 3901 GROVELAND AVE. APT.B4, BALTIMORE, MD 21215 | |
| 10925 | MCMILLIN, DANNY, 278 VILLAGE DR., LOS LUNAS, NM 87031 | |
| 10925 | MCMILLIN, JOHN, 1501 GUILFORD LANE, OKLAHOMA CITY, OK 73120 | |
| 10925 | MCMILLIN, STANLEY, RR1 BOX 640, HASKELL, TX 79521-9731 | |
| 10925 | MCMILLION, GEORGE, 1617 CEDDOX ST., BALTIMORE, MD 21225 | |
| 10925 | MCMILLION, JAMES, 701 S BRIDGE, HENRIETTA, TX 76365 | |
| 10925 | MCMILLION, JOYCE, 6852 W 111TH PL APT. 3A, WORTH, IL 60482 | |
| 10925 | MCMINN, ROBBIN, 510 LK BRIDGE LANE #914, APOPKA, FL 32703 | |
| 10924 | MCMINNVILLE JUVENILE CTR, A.K.A. WASHINGTON JUSTICE, MCMINNVILLE, OR 97128 | |
| 10925 | MCMORROW, ANN, 2877 GRAND CONCOURSE, BRONX, NY 10468 | |
| 10925 | MCMULLEN ROOFING, INC, 3832 JASPER ST, PHILADELPHIA, PA 19124 | |
| 10925 | MCMULLEN, ALBERT, 1007 TERRACE BLVD, TRENTON, NJ 08618 | |
| 10925 | MCMULLEN, ANITA, 15 MCCORKLE LANE, SWAINSBORO, GA 30401 | |
| 10925 | MCMULLEN, CHRIS, PO BOX 2, ERATH, LA 70533 | |
| 10925 | MCMULLEN, FRANK, 2075 REINMILLER ROAD, JOPLIN, MO 64804 | |
| 10925 | MCMULLEN, GALE, 103 KIM DRIVE, ERATH, LA 70533 | |
| 10925 | MCMULLEN, MILAN, ROUTE 1 BOX 113B, CORNING, IA 50841 | |
| 10925 | MCMULLEN, ROBERT, 2687 S. 500 W., VERNAL, UT 84078 | |
| 10925 | MCMULLIN, DON, 413 3RD AVE. SE, SIDNEY, MT 59270 | |
| 10924 | MCMURRAY CARL D AND SONS, 326 ILLINOIS AVE, MAUMEE, OH 43537 | |
| 10924 | MCMURRAY CARL D. & SONS, 326 ILLINOIS AVE., MAUMEE, OH 43537 | |
| 10925 | MCMURRAY, GAIL, 1021 KREGMONT, GLENDORA, CA 91741 | |
| 10925 | MCMURRAY, JUDITH M., 18W 218 LOWELL LANE, VILA PARK, IL 60181 | |
| 10925 | MCMURRAY, STEVEN, 3517 MATTYE MAYE, PASADENA, TX 77503 | |
| 10925 | MCMURRAY, TITIAN, 1840 VINSON HWY, MILLEDGEVILLE, GA 31061 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCMURTRAY, PATRICIA, 8638 HIAWATHA, KANSAS CITY, MO 64114

10925   MCMURTREY, MICHAEL, BOX 543, SHOSHONI, WY 82649

10925   MCNABB, LAUREN, 5315 N. MAC ARTHUR, IRVING, TX 75038

10925   MCNABB, MARCIE, 4425 BAYVIEW DRIVE, CRYSTAL LAKE, IL 60014

10925   MCNABB, PETER, 4425 BAYVIEW DRIVE, CRYSTAL LAKE, IL 60014

10925   MCNABB, ROBERT, 6316 PAWNEE, NORTH LITTLE ROCK, AR 72116

10925   MCNABNEY, CHARLES, 1001 S. CAGE, PHARR, TX 78577

10925   MCNAIR, ERIC, 1314 PENTWOOD RD., BALTIMORE, MD 21239

10925   MCNAIR, GEORGE, 116 CONCOURSE EAST, BRIGHTWATERS, NY 11718

10925   MCNAIR, HERBERTEEN, RT 2 BOX 310, HALIFAX, NC 27839

10925   MCNAIR, VANDERBILT, 4620 HAWLEY BLVD., 2, SAN DIEGO, CA 92116

10925   MCNALLY, PAUL, 699 CLEARVIEW AVE, HAMPSTEAD, MD 21074

10925   MCNAMARA, ANNA, 54 BEECHMONT ST, WORCESTER, MA 01609

10925   MCNAMARA, JOHN, 1090 SUNSHINE CIRCLE, DANVILLE, CA 94506

10925   MCNAMARA, PATRICK, 3414 BELLEVIEW AVE, CHEVERLY, MD 20785

10925   MCNAMARA, SEAN, 811 E WHEEL ROAD, BEL AIR, MD 21015

10925   MCNAMARA, SUSAN, 7105 BRAMBLEWOOD RD, PORT RICHEY, FL 34668

10925   MCNAMARA, TODD, 305 WALKER WAY, SIMPSONVILLE, SC 29681

10925   MCNAMEE, MARY, 87 PEARL ST #7, CHELSEA, MA 02150

10924   MCNAMER CONST.SYSTEMS,INC, P.O.BOX 767, DUBUQUE, IA 52001

10924   MCNAMER CONSTRUCTION CO., ATTN: ANDY, DUBUQUE, IA 52004-0767

10924   MCNAMER CONSTRUCTION CO., CAMBRIDGE, MA 02140

10924   MCNAMER CONSTRUCTION SYSTEM, 5070 WOLFF ROAD, DUBUQUE, IA 52002

10925   MCNAMER, TIMOTHY, 12305 W. DEARBOURN AVE., WAUWATOSA, WI 53226

10925   MCNARY, FRANK, 263 W WYOMING AVE, MELROSE, MA 02176

10924   MCNAUGHTON & MC KAY (AD), 1357 EAST LINCOLN, MADISON HEIGHTS, MI 48071

10925   MCNAUGHTON MCKAY ELECTRIC CO. OF, PO BOX 65821, CHARLOTTE, NC 28265-0821

10924   MCNAUGHTON-MCKAY CO., 102 CABLE INDUSTRIAL BLVD, CARROLLTON, GA 30117

10924   MCNAUGHTON-MCKAY CO., 102 CABLE INDUSTRIAL WAY, CARROLLTON, GA 30117

10924   MCNAUGHTON-MCKAY CO., 500 DIEMER DR FM 112, MOUNT LAUREL, NJ 08054

10924   MCNAUGHTON-MCKAY CO., 6685 BEST FRIEND ROAD, NORCROSS, GA 30071

10924   MCNAUGHTON-MCKAY CO., 75 ESCO WAY, CARROLLTON, GA 30117

10924   MCNAUGHTON-MCKAY CO., 9120 OLD CITY POND RD., COVINGTON, GA 30014

10924   MCNAUGHTON-MCKAY ELECTRIC (AD), 4670 RUNWAY BLVD, ANN ARBOR, MI 48108-9557

10924   MCNAUGHTON-MCKAY ELECTRIC, 1000 NEWMAN ROAD, NEW BERN, NC 28562

10924   MCNAUGHTON-MCKAY ELECTRIC, 1011 E. FIFTH AVENUE, FLINT, MI 48503

10924   MCNAUGHTON-MCKAY ELECTRIC, P O BOX 12510, NEW BERN, NC 28561

10925   MCNEAL, MICHAEL, 7335 SWAN POINT WAY, COLUMBIA, MD 21045

10925   MCNEECE, JIM L, 60 EAST INDIAN CREEK RANCH RD, DE FUNIAK SPRINGS, FL 32433

10925   MCNEELEY, JOHN, 31 RICHARD AVE, CAMBRIDGE, MA 02140

10925   MCNEELY, CATHY, 1015 N. CARRIER PKWY, GRANDPRAIRIE, TX 75050

10925   MCNEELY, LORI, 51 LOCUST ROAD, AVELLA, PA 15312

10925   MCNEELY, RACHELLE, 4611 ST RT 303, RAVENNA, OH 44266

10925   MCNEELY, TAMMIE, PO BOX 152, MITCHELL, GA 30820

10925   MCNEESE & HAHN, PLLC, POST OFFICE DRAWER 948, COLUMBIA, MS 39429

10924   MCNEESE STATE UNIVERSITY PRESS BOX, MCNEESE STREET, LAKE CHARLES, LA 70605

10925   MCNEESE STATE UNIVERSITY, PO BOX 92375, LAKE CHARLES, LA 70609-2375

10925   MCNEICE, DON, 1291 PLESANT ST, CANTON, MA 02021

10924   MCNEIL BROS  DO NOT USE, MILE 180 ON  I 80 EAST, ECHO, UT 84024

10924   MCNEIL BROS DO NOT USE, 110 FRONTAGE ROAD/SOUTH OF 29TH ST., TUCSON, AZ 85710

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MCNEIL BROS DO NOT USE, BASELINE TO GUADALUPE, PRICE ROAD 500 FT. S. OF GUADALUPE, TEMPE, AZ 85282

10924    MCNEIL BROS DO NOT USE, PRICE ROAD AND FRY, CHANDLER, AZ 85226

10924    MCNEIL BROS DO NOT USE, SQUAW PEAK, THUNDERBIRD TO BELL ROAD, PHOENIX, AZ 85024

10924    MCNEIL BROTHERS, 6681 W. ALLISON, CHANDLER, AZ 85226

10924    MCNEIL BROTHERS, AVONDALE, AZ 85323

10924    MCNEIL BROTHERS, PIMA ROAD AND UNION HILLS, SCOTTSDALE, AZ 85250

10924    MCNEIL CONSUMER HEALTH CARE, 7050 CAMP HILL ROAD, FORT WASHINGTON, PA 19034

10924    MCNEIL CONSUMER HEALTH CARE, PO BOX 16518, NEW BRUNSWICK, NJ 08906-6518

10924    MCNEIL CONSUMER PRODS. CO., 1838 COLONIAL VILLAGE LANE, LANCASTER, PA 17601

10925    MCNEIL ENTERPRISES, INC, 515 INDUSTRIAL DRIVE, WOODSTOCK, GA 30189

10925    MCNEIL, ANGELA, 4321 WOODLEY SQ, MONTGOMERY, AL 36116

10925    MCNEIL, BERNARD, 21 PROSPECT PLACE, WEST ORANGE, NJ 07052

10925    MCNEIL, BRIDGETTE, 410 KNOTTY OAK, SAN ANTONIO, TX 78220

10925    MCNEIL, DOROTHY, 623 GLASCOCK ST, RALEIGH, NC 27604

10925    MCNEIL, EMMA, 6635 N. 75TH #9, MILWAUKEE, WI 53223

10925    MCNEIL, FRANCIS, 13800 CRABAPPLE RD, GOLDEN, CO 80401-1534

10925    MCNEIL, GARY, 5626 ATWATER HICKORY RUN LOT 5, GREENSBORO, NC 27407

10925    MCNEIL, HELEN, 2015 GLEN GARDNER DR, JACKSONVILLE, FL 32246

10925    MCNEIL, KENNETH, 13525 UTICA, HOUSTON, TX 77015

10925    MCNEIL, MELINDA, 131 PO BOX 39, EDMONDSON, AR 72332

10925    MCNEIL, W, 9160 BELVOIR WOODS, LORTON, VA 22079

10925    MCNEILAND, SONDRA, 700 RICKS TRAIL, EDMOND, OK 73003

10924    MCNEILL CONCRETE, HWY 54 EAST - 1/8 MI. PAST HWY 331, FLORALA, AL 36442

10925    MCNEILL, ALAN, 6412 86TH AVE, NEW CAROLLTON, MD 20784

10925    MCNEILL, BRENDA, 113 SHACKLEFORD ST, FARMVILLE, NC 27828

10925    MCNEILL, BRIAN, 15096 S. RADIO STATION RD, SENECA, SC 29678

10925    MCNEILL, DENNIS, 1101 ROPER MTN RD 173, GREENVILLE, SC 29615

10925    MCNEILL, DOROTHY, 12 PATTEN ROAD, WESTFORD, MA 01886-2911

10925    MCNEVIN, AUDREY, 159 WALNUT ST, HALIFAX, MA 02338

10925    MCNEW CULLIGAN, 6600 SANTA BARBARA RD., BALTIMORE, MD 21227

10925    MCNICHOL, JOHN P, 5603 CHEMICAL RD., BALTIMORE, MD 21226

10925    MCNICHOL, JOHN, 115 FERNDALE AVE, GLEN BURNIE, MD 21061

10925    MCNICHOL, TRACY, 35 HOBART ST, DANVERS, MA 01923

10925    MCNICHOLS CO, 1951 LIVELY BLVD, ELK GROVE VILLAGE, IL 60007

10925    MCNICHOLS CO, 5505 W GRAY ST, TAMPA, FL 33630-3300

10925    MCNICHOLS CO., 4889 E 154TH ST., CLEVELAND, OH 44128

10925    MCNICHOLS COMPANY, BOX 101211, ATLANTA, GA 30392-1211

10925    MCNICHOLS, PATRICIA, 5249 S. AUSTIN, CHICAGO, IL 60638

10925    MCNICOLL, LAURIE, 1385 SKYLARK LN, GREEN BAY, WI 54313

10925    MCNICOLL, TIMOTHY, 1385 SKYLARK LN, GREEN BAY, WI 54313

10925    MCNIFF, MICHAEL, 5819 OAK RUN ST., SAN ANTONIO, TX 78247

10925    MCNILL, LAWRENCE, 3808 HARLEM AVE, BALTIMORE, MD 21229

10925    MCNINCH, HAROLD, 534 COACHMAN DRIVE, SIMPSONVILLE, SC 29681-9372

10924    MCNULTY BROS PLASTERING C, 2009 SOUTH LUMBER ST, CHICAGO, IL 60616

10924    MCNULTY BROTHERS PLASTERING, 2009 S. LUMBER ST, CHICAGO, IL 60616

10925    MCNULTY TOOL & DIE INC, 834 WEST THIRD ST, LANSDALE, PA 19446-2121

10925    MCNULTY, DIONE, PO BOX 1192, BEAUFORT, NC 28516

10925    MCNULTY, MARY, 75 NOTTINGHILL RD, BRIGHTON, MA 02135

10925    MCNURLEN, GAIL, 3501 MAPLE ST, W DES MOINES, IA 50265

10925    MCNURLIN, MARTIN, 127 42ND ST E., WILLISTON, ND 58801-2770

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MCNUTT, JOANN, 5072 W MONROE ST, CHICAGO, IL 60644 | |
| 10924 | MCONWAY & TORLEY, 109 48TH STREET, PITTSBURGH, PA 15201 | |
| 10925 | MCPARLAND, TODD, 8220 E SHARON DRIVE, SCOTTSDALE, AZ 85260 | |
| 10925 | MCPARTLAND, ANNE M, 270 FIRST AVE, NEW YORK, NY 10009-2619 | |
| 10925 | MCPETERS, RONDELL, 104 DARTMOOR DR, GREER, SC 29650-2802 | |
| 10925 | MCP-FAIRLESS HILLS MED CTR, 333 OXFORD VALLEY ROAD, FAIRLESS HILLS, PA 19030 | |
| 10924 | MCPHEARSON LAB, W. 18TH AVE, COLUMBUS, OH 43210 | |
| 10924 | MCPHEARSON LAB, WEST 19TH AVENUE, COLUMBUS, OH 43210 | |
| 10925 | MCPHEARSON, JENNIFER, 744 GIRARD ST #307 NW, WASHINGTON, DC 20001 | |
| 10924 | MCPHEE ELECTRIC, MOHEGAN CASINO/PERINI M LOT, MOHEGAN SEN BLVD, MONTVILLE, CT 06353 | |
| 10924 | MCPHEETERS ELECTRIC, 383 W 3RD AVE, EUGENE, OR 97401 | |
| 10925 | MCPHEETERS, ROBERT, 2748 LOCK RAVEN DRIV, IJAMSVILLE, MD 21754 | |
| 10924 | MCPHERSON CONTRACTORS, 2020 S.W. WESTPORT AVE., TOPEKA, KS 66614 | |
| 10924 | MCPHERSON HIGH SCHOOL, 801 EAST 1ST STREET, MCPHERSON, KS 67460 | |
| 10925 | MCPHERSON MONK HUGHES BRADLEY WIMB, 3120 CENTRAL MALL DR, PORT ARTHUR, TX 77642 | |
| 10925 | MCPHERSON MONK HUGHES BRADLEY WIMB, PO DRAWER H, NEDERLAND, TX 77627 | |
| 10925 | MCPHERSON OIL CO., 5051 CARDINAL ST, TRUSSVILLE, AL 35173-1871 | |
| 10925 | MCPHERSON OIL CO., PO BOX 2244, BIRMINGHAM, AL 35201 | |
| 10925 | MCPHERSON OIL COMPANY, PO BOX 2244, BIRMINGHAM, AL 35201 | |
| 10925 | MCPHERSON, BERNARD, 425 WESLEY ST, CLEMSON, SC 29631 | |
| 10925 | MCPHERSON, DONALD, BOX 922, MEEKER, CO 81641 | |
| 10925 | MCPHERSON, DWIGHT, 3400 ESSEX COURT, CRAIG, CO 81625 | |
| 10925 | MCPHERSON, EARL, 319 WEST PEAR ST, LAKELAND, FL 33815-1649 | |
| 10925 | MCPHERSON, JULIA DAWN, 4824 SHALLOW CRK DR., KENNESAW, GA 30144 | |
| 10925 | MCPHERSON, KENNETH, 7260 RBC RD 49, MEEKER,, CO 81641 | |
| 10925 | MCPHERSON, KIRK, 2208 ORY ST, LAKE CHARLES, LA 70601 | |
| 10925 | MCPHERSON, MARK, 1105 4TH AVE. W., WILLISTON, ND 58801 | |
| 10925 | MCPHERSON, S, 210 W DUBOIS A, DUBOUS, PA 15801 | |
| 10925 | MCPHERSON, TAWANA, 11729 LEDURA CT #103, RESTON, VA 22091 | |
| 10925 | MCPHERSON, WAYNE, PO BOX 4423, EL CENTRO, CA 92244 | |
| 10925 | MCQUADE, THOMAS, 52 PORPOISE WAY, PORTSMOUTH, NH 03801 | |
| 10925 | MCQUAID JR, TIMOTHY, 672 DEER HAVEN RD, MCCONNELLSBURG, PA 17233 | |
| 10925 | MCQUAID, WILLIAM, QUEBEC PROVINCE, PLACE BARON, KIRKLAND, QC H9J3E9CANADA | *VIA Deutsche Post* |
| 10925 | MCQUAY DO BRASIL, RODOVIA PRESIDENTE DUTRA KM 137, SAO JOSE DOS CAMPOS, 0BRAZIL | *VIA Deutsche Post* |
| 10925 | MCQUAY INTERNATIONAL, 1056 SOLUTIONS CENTER, CHICAGO, IL 60677-1000 | |
| 10925 | MCQUAY, EUGENE, 788 EXMOOR ROAD, CRAIG, CO 81625 | |
| 10925 | MCQUAY, MORRIS, 1446 19TH ST SW, VERO BEACH, FL 32962-6815 | |
| 10924 | MCQUEEN ORCHARDS, JAMESON, HOLLAND, OH 43528 | |
| 10925 | MCQUEEN, B, RIO RD RT5 BOX #7, ALBUQUERQUE, NM 87123 | |
| 10925 | MCQUEENEY, JAMES, 22 BIRCH ROAD, NATICK, MA 01760 | |
| 10924 | MCQUERY HALL, ALL SEASONS, SAN JOSE, CA 95101 | |
| 10925 | MCQUILLAN, JOHN J, 2330 1ST AVE, SEATTLE, WA 98121-1617 | |
| 10925 | MCQUILLEN, ALVIN, 432 GATEWOOD RD., GARLAND, TX 75043 | |
| 10925 | MCQUILLEN, TERESA, 1319 SMOKEHOUSE LN., MESQUITE, TX 75149 | |
| 10925 | MCQUINN, CAROL, 1440 N. LIVINGSTON, INDIANAPOLIS, IN 46222 | |
| 10925 | MCQUINN, THOMAS, 3 GWINN CT., INDIANAPOLIS, IN 46222 | |
| 10924 | MCRAE URETHANE SYSTEMS, INC., 320 WALKER AVENUE, GREENACRES, FL 33463 | |
| 10925 | MCRAE, ANNE, 4018 SIMMS DRIVE, KENSINGTON, MD 20895 | |
| 10925 | MCRAE, I, PO BOX 164, ATMORE, AL 36504-0164 | |
| 10925 | MCRAE, INEZ C, PO BOX 164, ATMORE, AL 36504-0164 | |
| 10925 | MCRAE, SAMUEL, 619 EL CAMINO DRIVE, CANTONMENT, FL 32533 | |

i9

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MCRAE, SUSAN, 108 HAZELWOOD ST, BARBERTON, OH 44203

10925   MCRAE, WILLIAM, 108 HAZELWOOD ST, BARBERTON, OH 44320

10925   MCRAY, J, 305 OCONEE ST, LAKELAND, FL 33805

10925   MCREE, MICHELE, 1405 ENGLEWOOD DRIVE, BELLEVUE, NE 68005

10925   MCREYNOLDS, MICHAEL, 13802 SUBURBAN GARDEN RD, 147, PEARLAND, TX 77581

10925   MCREYNOLDS, NAOMI, E. 14712 20TH, VERADALE, WA 99037

10925   MCREYNOLDS, PAMELA W, CURTIS V WILLIAMS JT TEN, 345 CANADA VISTA, LA HONDA, CA 94020

10925   MCRIGHT, RICHARD, PO BOX 292, GLENMORA, LA 71433

10925   MCROBERTS & ROBERTS, 101 MERRIMAC ST, BOSTON, MA 02114

10925   MCROBERTS & ROBERTS, 101 MERRIMACK ST., BOSTON, MA 02114

10925   MCROBERTS, PETER, PO BOX 1551, MERRIMACK, NH 03054

10925   MCROY, TERESA, RT. 2 BOX 342-B, WASHINGTON, NC 27889

10925   MCS BALTIMORE, 605 PITTMAN RD., BALTIMORE, MD 21226

10925   MCS BUSINESS MACHINES INC, GPO BOX 2605, NEW YORK, NY 10116

10924   MCS, 605 PITTMAN ROAD, CURTIS BAY, MD 21226

10925   MCS, INC, PO BOX 98114, JACKSON, MS 39298

10925   MCSHAN FLORIST, INC, PO BOX 18085, DALLAS, TX 75218-0085

10925   MCSHAN, EMMA, 407 N VICTORIA, IOWA PARK, TX 76367

10925   MCSHAN, JOEL, 321 E CASH, IOWA PARK, TX 76367

10925   MCSHAN, JOHN, 101 CENTRAL, ELECTRA, TX 76360

10925   MCSHAN, RONNIE, 408 N VICTORIA, IOWA PARK, TX 76367

10925   MCSHAN, TIMOTHY, 2233 PIEDMONT PLACE, WICHITA FALLS, TX 76308

10925   MCSHANE INC., 605 PITTMAN RD., BALTIMORE, MD 21226

10925   MCSHANE, CHRISTOPHER, 208 MIDHURST RD, BALTIMORE, MD 21212

10925   MCSHAW, LINETTE, 240 NORTH BERNE ST, SCH. HAVEN, PA 17972

10925   MCSHEA, EILEEN, 25-76 46 ST, ASTORIA, NY 11103

10925   MCSHERRY JR., JAMES, 12845 KINGSBRIDGE LANE, HOUSTON, TX 77077

10925   MCSHURLEY, JAY, 207 EAST MT. VERONON ST, PO BOX 30, SOMERSET, KY 42502

10925   MCSORLEY, C, PO BOX 3, NEW MILFORD, NJ 07646

10925   MCSORLEY, JOANN, 111 TRAPPER RUN DR, CARY, NC 27513

10925   MCSPADDEN REAL ESTATE SERVICES, INC, P.O. BOX 371, KNOXVILLE, TN 37901

10925   MCSTOWE ENGINEERING, 548 SPRING ST, EAST BRIDGEWATER, MA 02333

10925   MCSTOWE, EDWARD, 216 MAIN ST. APT 11A, WOBURN, MA 01801

10925   MCSTROUL, LEO M T, 30111 ROLLING RIDGE DR, AGOURA HILLS, CA 91301-4610

10925   MCSWAIN, CLENTON, 4139 N 36TH ST, MILWAUKEE, WI 53216

10925   MCSWAIN, KAREN, 7290 MCARTHUR PKWY, HOLLYWOOD, FL 33024

10925   MCVAY, C., PO BOX 735, POTH, TX 78147

10925   MCVAY, GEORGE, RT 1 BOX 446, IOTA, LA 70543

10925   MCVAY, JAMES, 3414 CROSS CREEK CIRCLE, TRUSSVILLE, AL 35173

10925   MCVAY, LAURENCE, PO BOX 5401, LAKELAND, FL 33807

10925   MCVEY, SANDRA, 212 EAST 5TH, MERCEDES, TX 78570

10925   MCVEY, WILLIAM, 1530 NORTHGATE DR, #3, ELY, IA 52227

10925   MCVICKER, GARY B, CORP. RESEARCH LABORATORIES, CLINTON TOWNSHIP, ROUTE 22 E., ANNANDALE, NJ 08801-0998

10925   MCVICKER, JESSIE, PO BOX 263, ROCKY FORD, CO 81067-0263

10925   MCVICKER, RHONDA, 22 JAMESON WAY, WINCHENDON, MA 01475

10925   MCVICKER, RICHARD, 112 HICKORY WOOD CT, EASLEY, SC 29640

10925   MCVICKER, RONALD, 701 LA MODA, GRAND PRAIRIE, TX 75050

10925   MCWALTER, MICHAEL, 10005 S. KOMENSKY, OAK LAWN, IL 60453

10925   MCWHIRTER, JEFFREY, 2160 THOUSAND OAKS, SAN ANTONIO, TX 78232

10925   MCWHITE, CYNTHIA, 21 PARK ST, WEST PELZER, SC 29669

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MCWHITE-DUNN, DONA, 43 THUNDERBIRD DR, TRAVELERS REST, SC 29690 | |
| 10925 | MCWHORTER TECHNOLOGIES, INC, PO BOX 70092, CHICAGO, IL 60673 | |
| 10925 | MCWHORTER, 71 BARNETT RD., FOREST PARK, GA 30050 | |
| 10925 | MCWHORTER, GENE, 2900 MADERA, ODESSA, TX 79764 | |
| 10925 | MCWHORTER, JAMES, 105 BRIARWOOD DR, SOMERSET, KY 42501 | |
| 10925 | MCWHORTER, JAMES, 1606 WARD AVE , N.E., HUNTSVILLE, AL 35801 | |
| 10925 | MCWHORTER, JOHN, 701 PARK, ROCK SPRINGS, WY 82901 | |
| 10925 | MCWHORTER, PATRICK, ROUTE 1, BOX 49C, CHAPPELLES, SC 29037 | |
| 10925 | MCWHORTERS, 621 TULLY ROAD, SAN JOSE, CA 95111-1013 | |
| 10925 | MCWILLIAM JT TEN, JAMES & SHIRLEY, 10620 EASTBORNE AVE 202, LOS ANGELES, CA 90024-5985 | |
| 10925 | MCWILLIAMS, C. DEAN, 305 W CHARLOTTESVILLE AVE, COLLEYVILLE, TX 76034 | |
| 10925 | MCWILLIAMS, JOEL, PO BOX 625, COBB, CA 95426 | |
| 10925 | MCWILLIAMS, JULIETTE, 198 TEAL DRIVE, PASADENA, MD 21122 | |
| 10925 | MCWILLIAMS, NETTIE, 281 IVY ST, COMMERCE, GA 30529 | |
| 10925 | MCWILLIAMS, STERLING, 1200 OAKHURST PL, BALTIMORE, MD 21216-4338 | |
| 10925 | MCWILLIAMS, SYMANTHIA, PO BOX 743, ROANOKE RAPIDS, NC 27870 | |
| 10925 | MCWILLIAMS, VICKIE, 1006 SIMMONS COURT ROAD, LITTLETON, NC 27850 | |
| 10925 | MCX TRANSPORT INC., PO BOX 841737, DALLAS, TX 75284-1737 | |
| 10925 | MD CHAPTER, ASTD, 20 STREAM RUN CT., TIMONIUM, MD 21093 | |
| 10925 | MD DEPT OF THE ENVIRON.CLEAN AIR, PO BOX 2037, BALTIMORE, MD 21203-2037 | |
| 10925 | MD HODGES ENTERPRISES, INC, 300 GREAT SOUTHWEST PRKWY, ATLANTA, GA 30336 | |
| 10925 | MD MOTOR VEHICLE ADMINISTRATION, 6601 RITCHIE HWY N.E., GLEN BURNIE, MD 21062-0002 | |
| 10925 | MD UNEMPLOYMENT INS FUND, PO BOX 1683, BALTIMORE, MD 21203-1683 | |
| 10925 | MD. AUTOMOBILE INSURANCE FUND, PO BOX 2071, ANNAPOLIS, MD 21404 | |
| 10925 | MD. CHAMBER OF COMMERCE, 60 W. ST., STE. 100, ANNAPOLIS, MD 21401 | |
| 10925 | MD. CHILD SUPPORT ACCOUNT, PO BOX 17396, BALTIMORE, MD 21297-1396 | |
| 10925 | MD. DEPT. OF AGRICULTURE, 50 HARRY S. TRUMAN PKWY, ANNAPOLIS, MD 21401 | |
| 10925 | MD. DEPT. OF THE ENVIRONMENT, PO BOX 2037, BALTIMORE, MD 21203-2037 | |
| 10925 | MD. HELP DESK INSTITUTE, PO BOX 838, REISTERSTOWN, MD 21136 | |
| 10925 | MD. INDUSTRIAL GROUP, 233 E. REDWOOD ST., 5TH FLR., BALTIMORE, MD 21202 | |
| 10925 | MD. WATER CONDITIONING INC., 10983 E. GUILFORD RD., ANNAPOLIS JUNCTION, MD 20701 | |
| 10925 | MDA THOMAS, PHD,PENG, 624 ELLIOTT CRESCENT, MILTON, ON L9T 3G4CANADA | *VIA Deutsche Post* |
| 10924 | MDC VACUUM PRODUCTS CORPORATION, 23842 CABOT BOULEVARD, HAYWARD, CA 94545 | |
| 10924 | MDC VACUUM PRODUCTS CORPORATION, 23899 FOLEY STREET, HAYWARD, CA 94545 | |
| 10925 | MDDINA, MARIA, 1418 KANAWHA ST, 201, HYATTSVILLE, MD 20783 | |
| 10925 | MDEQ, PO BOX 20325, JACKSON, MS 39289 | |
| 10925 | MDIPA HEALTH PLAN, PO BOX 75223, BALTIMORE, MD 21275-5223 | |
| 10925 | MDM INCORPORATED, 950 LAWRENCE DR, NEWBURY PARK, CA 91320 | |
| 10925 | MDM INCORPORATED, 9533 IRONDALE AVE, CHATSWORTH, CA 91311 | |
| 10925 | MDS HUDSON LABORATORIES INC., 191 DELAFIELD ST, POUGHKEEPSIE, NY 12601-1795 | |
| 10924 | MDS TRICON, 5415 W LAUREL STREET, TAMPA, FL 33607 | |
| 10924 | MDS TRICON, 5415 W. LAUREL STREET, TAMPA, FL 33607 | |
| 10925 | ME SCHUPP INDUSTRIEKERAMIK, MORLAIXPLATX 27 D-52146, WURSELEN AACHEN, 52146GERMANY | *VIA Deutsche Post* |
| 10925 | MEA MEDICAL CLINIC RANKIN, 3014 HWY 80 EAST, PEARL, MS 39208 | |
| 10925 | MEACHAM, MARCIA, 15033 DANBROOK DR, WHITTER, CA 90604 | |
| 10925 | MEACHER, GAYLE, 134 TOURA LANE, CHARLESTON, SC 29414 | |
| 10924 | MEAD & SONS, INC., 577 9TH STREET SOUTH, WAHPETON, ND 58075 | |
| 10924 | MEAD CENTRAL RESEARCH, 8TH & HICKORY STREETS, CHILLICOTHE, OH 45601 | |
| 10924 | MEAD CENTRAL RESEARCH, 8TH. & HICKORY STREETS, CHILLICOTHE, OH 45601 | |
| 10925 | MEAD CORP THE, STEPHEN MOSER, | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MEAD HECHT CONKLIN GALLAGHER, 399 KNOLLWOOD RD, WHITE PLAINS, NY 10603

10924   MEAD JOHNSON & CO., HIGHWAY 62, MOUNT VERNON, IN 47620

10924   MEAD JOHNSON NUTRITIONAL (0111), PO BOX CN 5303, PRINCETON, NJ 08543

10924   MEAD PAPER, PAINT & 11TH STREETS, CHILLICOTHE, OH 45601

10924   MEAD PAPER, PO BOX 531388, LIVONIA, MI 48153

10924   MEAD PUBLIC LIBRARY, 710 PLAZA 8, BAGLEY, WI 53801

10924   MEAD PUBLIC LIBRARY, C/O WALL TECH, SHEBOYGAN, WI 53081

10924   MEAD PUBLIC LIBRARY, CAMBRIDGE, MA 02140

10924   MEAD PUBLIC LIBRARY, CAMBRIDGE, MA 99999

10924   MEAD SPECIALTY PAPER DIV., 40 WILLOW STREET, SOUTH LEE, MA 01260

10925   MEAD SPECIALTY PAPER DIV., ATTN: SARAH DALEY, 9080 SPRINGBORO PIKE, MIAMISBURG, OH 45342

10924   MEAD SPECIALTY PAPER DIV., PO BOX 51997, LIVONIA, MI 48151

10925   MEAD, BRENT, 1219 ILLINOIS AVE., WINTER PARK, FL 32789

10925   MEAD, BRYAN, 3912 COUNTRY WAY DRIVE, BATON ROUGE, LA 70816

10925   MEAD, MARILYN, 779 EVES DRIVE 4H, HILLSBOROUGH, NJ 08876

10925   MEAD, PEGGY, 1422 JACKSON RD., AUGUSTA, GA 30909

10925   MEAD, SAUNDRA, 1084 RAINWOOD DR, AURORA, IL 60506

10925   MEAD, THOMAS, RT. 5 BOX 130A-1, GREENVILLE, TX 75401

10924   MEADE & SONS, P.O. BOX 938, WAHPETON, ND 58074

10924   MEADE CONCRETE PROD INC, 2004 CATNIP HILL RD, NICHOLASVILLE, KY 40356

10924   MEADE CONCRETE PRODUCTS, 111 BUCCANON ST., LEXINGTON, KY 40507

10924   MEADE CONSTRUCTION COMPANY, INC., P.O. BOX 76, LODI, WI 53555

10924   MEADE CONSTRUCTION COMPANY, INC., W10440 HIGHWAY K, LODI, WI 53555

10925   MEADE FOUNDRY, 1 EDGEWOOD ST, DERRY, NH 03038-4234

10924   MEADE INC., 2004 CATNIP HILL RD., NICHOLASVILLE, KY 40356

10925   MEADE, DEBRA ANN, 48 BEAVERDAM ROAD, N. EASTON, MA 02356

10925   MEADE, DIANA, 54 SAND ST, GARNERVILLE NY, NY 10923

10925   MEADE, MICHELE, 4656 PARK LANE, WALNUT PORT, PA 18088

10925   MEADE, NANCY, 8370 CHESTNUT FARM LANE, ELLICOTT CITY, MD 21043

10925   MEADE, ROGER, 512 ANDREWS ROAD, FOUNTAIN INN, SC 29644

10925   MEADER, KAREN, 36 ABERDEEN AVE, SAUGUS,, MA 01906-3985

10925   MEADERS, JAMES, 2622 BRETTON ROAD, WICHITA FALLS, TX 76308

10925   MEADOR, THOMAS, 144 FOUNTAIN INN DR, SIMPSONVILLE, SC 29681

10925   MEADORS, HAROLD, 112 S MAPLE ST, SIMPSONVILLE, SC 29681

10924   MEADOW BROOK 2600, 4905 POWELL AVE, BIRMINGHAM, AL 35222

10924   MEADOW CREEK HIGH SCHOOL, 4455 STEVE REYNOLDS BLVD., NORCROSS, GA 30093

10924   MEADOW CREEK, 5025 GEORGIA BELLE CT., NORCROSS, GA 30093

10924   MEADOW CREST HOSPITAL, 2500 BELLCHASSEE HIGHWAY, NEW ORLEANS, LA 70119

10924   MEADOW LIFE PROJECT, MIDDLESEX COUNTY UTILITIES AUTHOR., SAYREVILLE, NJ 08872

10925   MEADOW RIVER ENTERPRISES, 125 ALTA MOUNTAIN ROAD, LEWISBURG, VA 24901

10924   MEADOW VALLEY CONTRACTORS INC, 83RD AVENUE AND BUCKEYE ROAD, PHOENIX, AZ 85035

10924   MEADOW VALLEY CONTRACTORS, 13800 S. REDWOOD RD., SALT LAKE CITY, UT 84122

10925   MEADOW VALLEY CONTRACTORS, 1598 N HILLFIELD ROAD #C, LAYTON, UT 84041

10924   MEADOW VALLEY CONTRACTORS, 541 EAST GILBERT DRIVE, TEMPE, AZ 85281

10924   MEADOW VALLEY CONTRACTORS, INC, ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85082

10924   MEADOW VALLEY CONTRACTORS, INC., ATTN:  ACCOUNTS PAYABLE, PHOENIX, AZ 85082-0726

10924   MEADOW VALLEY CONTRACTORS/SQUAW PK, SQUAW PEAK - SHEA BLVD, PHOENIX, AZ 85028

10924   MEADOW VALLEY, I-80 ARAGONITE EXIT # 54, CLIVE, UT 84074

10924   MEADOW VALLEY, N. SIDE OF PRISON, DRAPER, UT 84020

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   MEADOW VALLEY/PIMA FWY, ADOT RAM 600-1-542, PIMA FWY 101L, 8839 E. VIA LINDA, SCOTTSDALE, AZ 85258

10924   MEADOW VALLEY/SLOAN PAVING, EAST END OF SLOAD ROAD EXIT OFF, I-15, 20 MILES SOUTH OF LAS VEGAS, LAS VEGAS, NV 89124

10924   MEADOWBROOK INVENTIONS INC., 260 RT#202, BERNARDSVILLE, NJ 07924

10924   MEADOWBROOK INVENTIONS INC., PO BOX 360, BERNARDSVILLE, NJ 07924

10924   MEADOWBROOK SCHOOL, 2001 EDERVILLE ROAD, FORT WORTH, TX 76112

10925   MEADOWCROFT, TODD, 6702 PARK RIDGE DRIVE, MADISON, WI 53719

10925   MEADOWLANDS EMPLOYMENT SERVICES,INC, 1291 PATERSON PLANK ROAD, SECAUCUS, NJ 07094

10925   MEADOWLANDS FIRE PROTECTION CORP, 348 NEW COUNTY ROAD, SECAUCUS, NJ 07094

10925   MEADOWLANDS LANDFILL, 100 BALER BLVD, NORTH ARLINGTON, NJ 07031-4416

10925   MEADOWLANDS MEDICAL ASSOCIATES, 777 WASHINGTON AVE, CARLSTADT, NJ 07072

10925   MEADOWLANDS MEDICAL CENTER PA, 921 BLANDING BLVD, ORANGE PARK, FL 32065

10925   MEADOWLARK, PO BOX 50575, BILLINGS, MT 59105

10924   MEADOWMONT  WEST, 1414 RALEIGH ROAD, CHAPEL HILL, NC 27514

10924   MEADOWMONT VILLAGE CENTER, 101 MEADOWMONT LANE, CHAPEL HILL, NC 27514

10924   MEADOWS BUSINESS PARK, 2349 W. LAKE STREET, ADDISON, IL 60101

10925   MEADOWS JR, HERBERT, 9100 MIDLAND WOODS DR, COLUMBUS, GA 31820

10924   MEADOWS MUSIC THEATRE, 61 SAVITT WAY, HARTFORD, CT 06120

10924   MEADOWS STONE & PAVING INC., 109 LITTLE BUFFALO ROAD, GASSAWAY, WV 26624

10925   MEADOWS, ANDREW, RT 4, BOX 134, ELKTON, VA 22827

10925   MEADOWS, DANIEL, 1286 LOVALADY RD, TALLASSE, AL 36078

10925   MEADOWS, JOHNATHAN, 6902 NEELY FERRY RD, LAURENS, SC 29351

10925   MEADOWS, JORDAN, 4009 GALLATIN ST#407, HYATTSVILLE, MD 20781

10925   MEADOWS, JUDY, 1517 WOLLACOTT ST, REDONDO BEACH, CA 90278

10925   MEADOWS, REBECCA, 8195 COURTWOOD ROAD, N CHARLESTON, SC 29406

10925   MEADOWS, RHONDA, 3907 MARTHA CIRCLE, CRESTWOOD, KY 40014

10925   MEADOWS, RONNIE, HCK 72 BOX 32, CAMP CREEK, WV 25820

10925   MEADOWS, ROSIA, 2407 N SHERATON DR, PINE BLUFF, AR 71603

10925   MEADOWS, SHANNA, 2910 LAKE COLONY DR, NORCROSS, GA 30093

10925   MEADOWS, VICKIE, 3910 BERAN, HOUSTON, TX 77045

10924   MEADOWVIEW @ WARTBURG, 1 WARTBURG PL AND BRADLEY AVE, MOUNT VERNON, NY 10552

10924   MEADOWVIEW HOSPITAL, MAYSVILLE, KY 41056

10925   MEADS, LINDSAY, 2717 W. ROYAL LN., IRVING, TX 75063

10925   MEAL SERVICE OF SCOTT COUNTY, INC, 1510 E RUSHOLME ST, DAVENPORT, IA 52803-2463

10925   MEALOR, DORIS, 122 HERITAGE COURT, COMMERCE, GA 30529

10925   MEALOR, ROBERT, PO BOX 74, GUILFORD, IN 47022

10925   MEALS ON WHEELS, 15 OREGON ST, GREENVILLE, SC 29605

10925   MEANEY, JOSEPH, RFD 3 BOX 1242, MEREDITH, NH 03253

10925   MEANS PRE-CAST CO INC, 151 ADAMS ST, BRAINTREE, MA 02184

10925   MEANS, BERRY, 104 ABBOTSFORD DRIVE, SIMPSONVILLE, SC 29681-2143

10925   MEANS, DONALD, RR 2 BOX 388, MARLINTON, WV 24954

10925   MEANS, GLENDA, 3388 BROOKWOOD DR, MONTGOMERY, AL 36116

10925   MEANS, MOSES, 133 WOOD CREEK CT, MAULDIN, SC 29662

10925   MEANS, ROSCOE, RT 1 LAUREL RD., GREENVILLE, SC 29607

10925   MEANS, THOMAS, 6606 FOXHALL LANE, HUNTSVILLE, AL 35806

10925   MEANS, WALTER, 51 BOMER ST, INMAN, SC 29349

10925   MEANY ELECTRICAL ENGINEERING, 17401 S. LAFLIN, EAST HAZEL CREST, IL 60429-1845

10925   MEANY, ANDREW, 6605 NORTH WHIPPLE, CHICAGO, IL 60645

10925   MEANY, JOHN P, 408 S BANDALL AVE, MADISON, WI 53715

10925   MEARES, ALISON, 2207 MILITARY RD, ARLINGTON, VA 22207

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MEARES, DELORES, PO BOX 156, DURANT, FL 33530-0156

10925    MEARL CORPORATION, THE, PO BOX 3030, BRIARCLIFF MANOR, NY 10510

10925    MEARLS, WILLIAM, 108 ARLINGTON COURT, PORT CHARLOTTE, FL 33952

10925    MEARS, DENA, 4711 RIC, MIDLAND, TX 79703

10925    MEARS, EDWARD, 205 MEADOWLARK PT, LANSDALE, PA 19446-9998

10925    MEARS, MARIAN, 9811 LANGS ROAD APT. J, BALTIMORE, MD 21220

10925    MEARS, PETER, 674 ELM ST, MANSFIELD, MA 02048-2612

10925    MEASUREMENT CONTROL SYSTEMS INC, 1331 S LYON ST, SANTA ANA, CA 92705

10925    MEASUREMENTS GROUP INC, ANDREW P DALGLIESH TREAS, PO BOX 27777, RALEIGH, NC 27611

10925    MEASUREX, 15810 GAITHER DR, GAITHERSBURG, MD 20884

10925    MEAT IMPORTERS COUNCIL OF, 1901 N. FT. MEYER DR, ARLINGTON, VA 22209

10925    MEAUX, AZARIE, 3428 KINGHAM, LAKE CHARLES, LA 70607

10925    MEAUX, GENE, 213 BELLEHOMME DR, LAFAYETTE, LA 70506-7334

10925    MEAUX, LYNETTE, RURAL ROUTE 1 BOX 450, MAURICE, LA 70555-9740

10925    MEAUX, WILLIAM E, 602 LOCKWOOD CT., LAKE CHARLES, LA 70605

10925    MEAUX, WILLIAM, 602 LOCKWOOD, LAKE CHARLES, LA 70605

10925    MECCOM INDUSTRIAL PRODUCTS CO., 22797 MORELLI DRIVE, CLINTON TOWNSHIP, MI 48036

10924    MECH DYNE CORP, GENERAL MOTORS ENG. BLDG., WARREN, MI 48090

10925    MECHANICAL ALLIANCE SERVICE CO INC, 531 KING ST UNIT #1, LITTLETON, MA 01460

10925    MECHANICAL CONSTRUCTION SERVICE, PO BOX 4518, METUCHEN, NJ 08840

10925    MECHANICAL DESIGN APPLICATIONS, INC, 5621 N. 142ND AVE, OMAHA, NE 68164

10925    MECHANICAL EQUIPMENT CO INC, POBOX 15127, LENEXA, KS 66285-5127

10925    MECHANICAL EQUIPMENT COMPANY, 1301 INDUSTRIAL DR., MATTHEWS, NC 28105

10924    MECHANICAL INSULATION SER, PO BOX 4568, FLORENCE, SC 29502

10924    MECHANICAL INSULATION SERVICES,INC., CAMBRIDGE, MA 02140

10925    MECHANICAL JOBBERS MARKETING INC, POBOX 611, STONE MOUNTAIN, GA 30086

10925    MECHANICAL PRODUCTS, 1824 RIVER ST, JACKSON, MI 49202

10925    MECHANICAL PRODUCTS, PO BOX 729, JACKSON, MI 49204

10925    MECHANICAL SEAL REPAIR, 3188 ORANGE AVE, SIGNAL HILL, CA 90807

10925    MECHANICAL SUPPLY CO, PO BOX 709, MATTHEWS, NC 28106

10925    MECHANICAL SYSTEMS, SUE ARNOLD, 480 PROGRESS WAY, SUN PRAIRIE, WI 53590-9111

10924    MECHANICSVILLE CONC INC, 680 HUGUENOT TRAIL, MIDLOTHIAN, VA 23113

10924    MECHANICSVILLE CONC. INC., 680 HUGUENOT TRAIL, MIDLOTHIAN, VA 23113

10924    MECHANICSVILLE CONC. INC., DO NOT USE THIS CUST#, USE #00153616, T/A/ FRANKLIN READY MIX, FRANKLIN, VA 23851

10924    MECHANICSVILLE CONC. INC., T/A FRANKLIN READY MIX, FRANKLIN, VA 23851

10924    MECHANICSVILLE CONC.INC., 3501 WARBRO ROAD, MIDLOTHIAN, VA 23112

10925    MECHANICSVILLE PAINT & BODY SHOP, POBOX 445, MECHANICSVILLE, VA 23111

10925    MECHARNEY ELECTCONTRACTORS,INC, 806 A BARKWOOD CT., LINTHICUM, MD 21090

10925    MECHE JR., PLACIDE, 750 EAST BEAUFORD, WELSH, LA 70591

10925    MECHE, DWAYNE, ROUTE 1 BOX 140, LAKE ARTHUR, LA 70549

10925    MECHE, EVA, 401 N WILDERNESS TRL RD, CARENCRO, LA 70520

10925    MECHE, JONAS, RT 4, BOX 427-GG61, CROWLEY, LA 70526-0000

10925    MECHE, RICKIE, RT 1 BOX 484-F, SCOTT, LA 70583

10925    MECHE, RONALD, PO BOX 373, HAYES, LA 70646

10925    MECHE, THERESA, 750 E BEAUFORT, WELSH, LA 70591

10925    MECHLER, ROBERT, 1151 RIVER ROAD, NEW MILFORD, NJ 07646

10925    MECHLING, GEORGE, BOX 120 2, PARKER, PA 16049

10925    MECIMORE, DONNA, PO BOX 865, DREXEL, NC 28619

10924    MECKLENBURG CORRECTIONAL CENTER, C/O AMERICAN COATINGS, BOYDTON, VA 23917

10925    MECKLENBURG OPTIMIST CLUB, PO BOX 5247, CHARLOTTE, NC 28225

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MECKLENBURG PAINT CO, INC, 4101-C STUART ANDREW BLVD, CHARLOTTE, NC 28217

10925   MECKLIN, D, SASSAFRAS CR., MUNFORD, TN 38058

10924   MECKLINBURG COUNTY WORK RELEASE, 901 ELIZABETH AVE., CHARLOTTE, NC 28236

10925   MECOMIN DEVELOPMENT LTD, C/O STE 951 WORLD TRADE CENTRE, MEZHDUNARODNAYA 2,     *VIA Deutsche Post*
        KRASNOPRESNENSKAYA NAB 12, MOSCOW, 123610RUSSIAN FEDERATION

10925   MECOUCH, PETER, 327 NORTH OWENS AVE, LANSDOWN, PA 19050

10925   MEC-TRIC CONTROL CO., PO BOX 221918, CHARLOTTE, NC 28222

10924   MED - ACC, 860 MADISON AVE., MEMPHIS, TN 38103

10924   MED BURN CENTER, 860 MADISON AVE., MEMPHIS, TN 38118

10925   MED ONE OF SAINT JOSEPH LLC, POBOX 6547, KOKOMO, IN 46904-6547

10925   MED PLUS, 900 HOLCOMB BRIDGE RD, ROSWELL, GA 30076

10925   MEDAIRE INC, 1301 EAST MCDOWELL RD, PHOENIX, AZ 85006

10925   MEDAK, PO BOX 731, KENT, OH 44240

10925   MEDAL LP, 305 WATER ST, NEWPORT, DE 19804-2222

10924   MEDALERT, INC., 33 FONTAIRE, TRABUCO CANYON, CA 92679

10925   MEDALLIANCE INC, 109 WESTPARK DRIVE, SUITE 420, BRENTWOOD, TN 37027

10924   MEDALLION INTERNATIONAL, INC., 101 RIVERDALE ROAD, RIVERDALE, NJ 07457

10925   MED-ASSIST, INC, PO BOX 17949, MILWAUKEE, WI 53217-0949

10925   MEDDERS, JAMES, PO BOX 567, HIGHLAND CITY, FL 33846

10924   MEDDOW K-8 SCHOOL EDITION, C/O MCDONALD YORK CONSTRUCTION, 7507 NORTH CAROLINA
        50 SOUTH, BENSON, NC 27504

10925   MEDE, DIANNE, 140 FORSYTHIA CT, QUAKERTOWN, PA 18951

10924   MEDEA AIRBRUSH PRODUCTS, 79 SOUTH EAST TAYLOR, PORTLAND, OR 97214

10924   MEDEA AIRBRUSH PRODUCTS, PO BOX 14397, PORTLAND, OR 97214

10925   MEDEARIS, PO BOX 470, LAKE CHARLES, LA 70602

10925   MEDECO, PO BOX 3075, SALEM, VA 24153-0330

10925   MEDEIROS, ANTONIO, 42 ARLINGTON ST, TAUNTON, MA 02780

10925   MEDEIROS, BARRY, 3658 HWY 1, RACELAND, LA 70394

10925   MEDEIROS, CARLOS, 18 FULLER PLACE, MANSFIELD, MA 02048

10925   MEDEIROS, DEBRA, 42 ARLINGTON ST, TAUNTON, MA 02780

10925   MEDEIROS, ELAINE, 37 MARY AVE, EAST PROVIDENCE, RI 02914

10925   MEDEIROS, LORRAINE, 380 PEARSE ROAD, SWANSEA, MA 02777

10925   MEDEIROS, MANUEL, 87 CHILSON AVE, MANSFIELD, MA 02048

10925   MEDEIROS, PAULA, 39 NANCY ST, FAIRHAVEN, MA 02719

10925   MEDEIROS, PAULINE, 289 BAKERSVILLE RD, S DARTMOUTH, MA 02748

10925   MEDENBACH, NORBERT, CUST FOR PAUL MEDENBACH, UNIF GIFT MIN ACT-NJ, 3808 HIGHGATE
        RD, MUSKEGON, MI 49441-5020

10925   MEDENILLA, MARILYN, 695 CLARINADA AVE., DALY CITY, CA 94011

10925   MEDERO, JOHN, 352 SPRING MILLS ROAD, MILFORD, NJ 08848

10925   MEDFIRST PHYSICIAN CENTERS, PO BOX 60312, SAINT LOUIS, MO 63160-0312

10924   MEDFORD READY MIX, INC., PO BOX101, MEDFORD, OK 73759

10924   MEDFORD READY-MIX, INC., 706 INDUSTRIAL PARK, MEDFORD, OK 73759

10924   MEDFORD SCHOOLS, HORMEL DRIVE @ LOCUST STREET, MEDFORD, MA 02155

10925   MEDFORD, JEFFREY, 1001 FOX ROW, TAYLORS, SC 29687

10925   MEDFORD, MICHAEL, 4178 MORRIS BURN DRIVE, HARRISBURG, NC 28075

10925   MEDHORA, HIRAZ, 4400 NW WALNUT BLVD 34, CORVALLIS, OR 97330

10925   MEDHORA, RIEANA, 4400 NW WALNUT BLVD #34, CORVALLIS, OR 97330

10925   MEDIA BROKERS INC, 18547 SOLEDAD CYN RD #207, SANTA CLARITA, CA 91351

10924   MEDIA CENTER ROOFING, SIPLAST, 900 PICO BLVD. (PEARL ST & 18TH ST), SANTA MONICA, CA
        90401

10924   MEDIA CITY MALL, C/O WESTSIDE BUILDING MATERIALS, BURBANK, CA 91510

10925   MEDIA GENERAL, PO BOX 31600, TAMPA, FL 33631-3600

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925  MEDIA GROUP INC, 5105 E LOS ANGELES AVE #E169, SIMI VALLEY, CA 93063

10925  MEDIA GROUP, THE, 7014 13TH AVE SUITE #191, BROOKLYN, NY 11228

10925  MEDIA LEARNING RESOURCES, 300 WEST STATE ST SUITE 200, MEDIA, PA 19063

10925  MEDIA ON DEMAND INC, 708 THIRD AVE, NEW YORK, NY 10017

10925  MEDIA ONE COMMUNICATIONS, 13351 RIVERSIDE DR SUITE 514, SHERMAN OAKS, CA 91423

10925  MEDIA ONE PUBLISHERS, 13351 RIVERSIDE DR.,STE. 514, SHERMAN OAKS, CA 91423

10925  MEDIA SERVICES INC, 4061 MAIN ST SUITE D, SPRINGFIELD, OR 97478

10925  MEDIALINK INTERACTIVE, INC, 181 BOSTON POST RD. SUITE 3, MARLBORO, MA 01752

10925  MEDIAQUEST GRAPHICS INC, 1995 BURNS AVE SUITE B, SAINT PAUL, MN 55119

10925  MEDIC I / FREDERICKSBURG, 3429 JEFF DAFIS HWY, FREDERICKSBURG, VA 22408

10924  MEDICAL ASSOCIATES CLINIC, C/O SPRAY INSULATION, DUBUQUE, IA 52001

10924  MEDICAL BUILDING, RMD CONSTRUCTION, MISSION HILLS, CA 91345

10925  MEDICAL CENTER AT SYMMES, THE, PO BOX 5-0423, WOBURN, MA 01815-0423

10924  MEDICAL CENTER C/O JLMANTA, 1225 COOL SPRINGS ROAD, MICHIGAN CITY, IN 46360

10925  MEDICAL CENTER EAST INC, PO BOX 830821 DW 1038, BIRMINGHAM, AL 35283

10924  MEDICAL CENTER OF CENTRAL GEORGIA, 652 NEW STREET, MACON, GA 31201

10924  MEDICAL CENTER OF DELAWARE MOB, WILMINGTON, WILMINGTON, DE 19801

10924  MEDICAL CENTER OF PAMPA, 1 MEDICAL PLAZA HWY 70 NORTH, PAMPA, TX 79065

10924  MEDICAL CENTER SHOALS, 201 AVELON AVENUE, MUSCLE SHOALS, AL 35661

10924  MEDICAL CENTER, SHEPHARDSON #6, BURLINGTON, VT 05401

10924  MEDICAL CITY OF PAMPA, ONE MEDICAL PLAZA, PAMPA, TX 79065

10924  MEDICAL CLINIC, C/O WESTSIDE BUILDING MATERIALS, SAN BERNARDINO, CA 92401

10924  MEDICAL COLLEGE OF CENTRAL GEORGIA, MACON, GA 31202

10924  MEDICAL COLLEGE OF VIRGINIA, B2-012, 1101 E. MARSHALL ST., RICHMOND, VA 23298

10924  MEDICAL COLLEGE OF VIRGINIA, ENVIRONMENTAL HEALTH & SAFETY, RICHMOND, VA 23298

10925  MEDICAL DEVICE REGISTER, PO BOX 162, MONTVALE, NJ 07645-9832

10925  MEDICAL ECONOMICS, 5 PARAGON DR, MONTVALE, NJ 07645

10925  MEDICAL EQUIPMENT & MAINTENANCE CO., 12354 CARROLL AVE., ROCKVILLE, MD 20852

10924  MEDICAL EQUIPMENT COMPANY, INC., 1532 RIVER OAKS WEST, NEW ORLEANS, LA 70123

10924  MEDICAL INN, 970 BULLIS ROAD, ELMA, NY 14059

10925  MEDICAL OF DUBOIS, 695 3RD AVE, JASPER, IN 47546

10924  MEDICAL OFFICE BUILDING (MOB), 2626 CARE DRIVE, TALLAHASSEE, FL 32308

10924  MEDICAL OFFICE BUILDING, 1140 HIGHWAY 90, DAPHNE, AL 36526

10924  MEDICAL OFFICE BUILDING, EASTERN AVE AND HIGHWAY #34, RED OAK, IA 51566

10924  MEDICAL OFFICE BUILDING, LONGVIEW REGIONAL HOSPITAL, LONGVIEW, TX 75601

10925  MEDICAL OFFICENTER, PO BOX 61208, PHOENIX, AZ 85082-1208

10924  MEDICAL PK REHAB HOSP C/O BAHL INS., 1200 BLOCK COLUMBIA ROAD SOUTH, GRAND FORKS, ND 58201

10924  MEDICAL PLAZA III, 43RD & WASHINGTON STS., KANSAS CITY, MO 64113

10925  MEDICAL PLAZA INDUSTRIAL CLINIC, PO BOX 24008, HOUSTON, TX 77229

10924  MEDICAL PRODUCTS, 5220 NW 72ND AVENUE, MIAMI, FL 33166

10924  MEDICAL PRODUCTS, PO BOX 1654, MIAMI, FL 33134

10925  MEDICAL RESEARCH, FOUNDATION OF BOSTON INC, C/O 5A KASDON, 60 CHARLESGATE WEST, BOSTON, MA 02215-2130

10925  MEDICAL REVIEW OFFICER, 9950 W LAWRENCE AVE #106A, SCHILLER PARK, IL 60176

10925  MEDICAL SUPPORT SERVICES, WASTE MANAGEMENT INC., 3900 S WADSWORTH BLVD #62, LAKEWOOD, CO 80235

10924  MEDICAL UNIVERSITY SOUTH CAROLINA, MECHANICAL ROOM, CHARLESTON, SC 29425

10924  MEDICANA, 2261 GUENETTE, SAINT LAURENT, QUEBEC, QC H4R 2E9TORONTO          *VIA Deutsche Post*

10924  MEDICANA, 2261 GUENETTE, SAINT LAURENT, QUEBEC, QC Z9Z 9Z9TORONTO          *VIA Deutsche Post*

10925  MEDI-CHECK MEDICAL CENTER, 436 GREAT ROAD, ACTON, MA 01720

10925  MEDICINE SHOPPE, 4513 MOUNTAIN ROAD, PASADENA, MD 21122

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MEDIC-PATCHES & MORE, 1993 SAMPSON ST., WESTLAKE, LA 70669 | |
| 10925 | MEDIEVAL TIMES DINNER & TOURNAMENT, EXHIBITION PLACE, TORONTO, ON N6K 3C3CANADA | *VIA Deutsche Post* |
| 10924 | MEDIMMUNE MANUFACTORING FACILITIES, 636 RESEARCH DRIVE, FREDERICK, MD 21702 | |
| 10924 | MEDINA GENERAL HOSPITAL C/O AKRON, 1000 EAST WASHINGTON STREET, MEDINA, OH 44256 | |
| 10924 | MEDINA SUPPLY CO, 230 EAST SMITH RD, MEDINA, OH 44258 | |
| 10924 | MEDINA SUPPLY CO, 300 STATE STREET, MEDINA, OH 44258 | |
| 10924 | MEDINA SUPPLY CO, P.O. BOX 400, DOVER, OH 44622-0400 | |
| 10924 | MEDINA SUPPLY COMPANY, 1516 HIGHLAND ROAD, TWINSBURG, OH 44087 | |
| 10924 | MEDINA SUPPLY COMPANY, 1817 RIVERSIDE, MASSILLON, OH 44646 | |
| 10925 | MEDINA, ARISTEO, 10216 FELTON AVE. #7, INGLEWOOD, CA 90304 | |
| 10925 | MEDINA, BRYON, 3302 WATERFORD DRIVE, JOLIET, IL 60431 | |
| 10925 | MEDINA, C, HC-02 BOX 19166 BO HATO ABAJO, ARECIBO, PR 00613 | |
| 10925 | MEDINA, DANTE, 100 W. 93RD ST, 6J, NEW YORK, NY 10025 | |
| 10925 | MEDINA, DAVID, 343 HILLWOOD, SAN ANTONIO, TX 78213 | |
| 10925 | MEDINA, DAWN, 341 BIRCHWOOD COURT, VERNON HILLS, IL 60061 | |
| 10925 | MEDINA, DEADINA, 0-10 RES LA GUADALUP, PONCE, PR 00731 | |
| 10925 | MEDINA, DONNA, 122 CARRINGTON DR, COPPELL, TX 75019 | |
| 10925 | MEDINA, ELMER R, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010 | |
| 10925 | MEDINA, ELMER, 5109 SW 122 TERRACE, COOPER CITY, FL 33330 | |
| 10925 | MEDINA, EMILY B, PO BOX 127, KELSEYVILLE, CA 95451-0127 | |
| 10925 | MEDINA, ERNESTO, 14945 MARSON ST., VAN NUYS, CA 91402 | |
| 10925 | MEDINA, FRANCISCO, 548 N ARTESIAN, CHICAGO, IL 60612 | |
| 10925 | MEDINA, FRANCISCO, BO. DOS BOCAS #2 BOX 9733, COROZAL, PR 00783 | |
| 10925 | MEDINA, HECTOR, 1315 E. HILLSIDE, LAREDO, TX 78041 | |
| 10925 | MEDINA, JAIME, 1921 LA SIESTA WAY, NATIONAL CITY, CA 91950 | |
| 10925 | MEDINA, JESUSITA, 10634 MINA ST, WHITTIER, CA 90605 | |
| 10925 | MEDINA, JORGE, 826 IRVING ST., HEREFORD, TX 79045 | |
| 10925 | MEDINA, JOSE, CALLE PICAFLOR N3 VISTA DEL MORRO, CATANO, PR 00632 | |
| 10925 | MEDINA, JOSEPH, RTE 3, ESPANOLA, NM 87532 | |
| 10925 | MEDINA, LINO, 3565 LINDEN AVE, 347, LONG BEACH, CA 90807-4541 | |
| 10925 | MEDINA, LUCY, 1623 SOUTH 5TH ST #F, EL CENTRO, CA 92243 | |
| 10925 | MEDINA, MIGDALIA, 149-4 DE JULIO PARC, PONCE, PR 00731 | |
| 10925 | MEDINA, RAMONA, 2020 COLLE LORCA, SANTA FE, NM 87505 | |
| 10925 | MEDINA, REYNALDO, 230 MARY ANN WAY, NORTH ATTERBORO, MA 02760 | |
| 10925 | MEDINA, RICHARD, 4041 VAN BUREN #8, RIVERSIDE, CA 92504 | |
| 10925 | MEDINA, RON, 21176 ESCONDIDO WAY, BOCA RATON, FL 33433 | |
| 10925 | MEDINA, SALVADOR, 64 N. SPENCER ST., AURORA, IL 60505 | |
| 10925 | MEDINA, SAMUEL, 9617 1/2 GRAPE, LOS ANGELES, CA 90002 | |
| 10925 | MEDINA, SAMUEL, CASA 852, LA PAZ, BOLIVIA | *VIA Deutsche Post* |
| 10925 | MEDINA, TINA, 1098 WOODSIDE DR, MANSFIELD, OH 44906 | |
| 10925 | MEDINA-ROELS, IDAMIS, 547 PIONEER DRIVE, ADDISON, IL 60101 | |
| 10925 | MEDING, MARTHA, PO BOX 30861, AMARILLO, TX 79120 | |
| 10924 | MEDIPHARM U.S.A., 10215 DENNIS DRIVE, URBANDALE, IA 50322 | |
| 10925 | MEDITERRANEAN SHIPPING CO, INC, 2200 BROENING HWY, STE 235, BALTIMORE, MD 21224 | |
| 10924 | MEDIUM SECURITY PRISON, ALLIED CONSTRUCTION, CLARINDA, IA 51632 | |
| 10924 | MEDIX INC., 2626 WEST MAY STREET, WICHITA, KS 67213 | |
| 10924 | MEDIX INC., 756 VANDALIA STREET, SAINT PAUL, MN 55114 | |
| 10924 | MEDLAR ELECTRIC, 311 JUNE AVE, BLANDON, PA 19510 | |
| 10925 | MEDLER, ROBERT J, 2010 DESMOND CV., GERMANTOWN, TN 38139 | |
| 10925 | MEDLER, ROBERT, 2010 DESMOND CV., GERMANTOWN, TN 38139 | |
| 10924 | MEDLEY BLOCK INC, 9455 NW 109 ST, MEDLEY, FL 33178 | |

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 MEDLEY BLOCK, 9455 NW 109TH, MEDLEY, FL 33166

10924 MEDLEY BLOCK, 9900 NW 118TH WAY, MEDLEY, FL 33166

10925 MEDLEY, NICOLE, 3502 16TH ST. NE, HICKORY, NC 28601

10925 MEDLIN, GORDON, 1401 REDFORD #312B, HOUSTON, TX 77034

10925 MEDLIN, KATHY, 159 #B ARLINGTON, JACKSON, TN 38301

10925 MEDLIN, TERRI, RTE 2 BOX 309, HALIFAX, NC 27839

10924 MEDLINE INDUSTRIES, 800 INTERCHANGE BLVD STS 101, AUSTIN, TX 78721

10924 MEDLINE INDUSTRIES/MUNDELEIN, 1200 TOWNLINE RD, MUNDELEIN, IL 60060

10924 MEDLINE SERVICE CTR-E12/SHANDS, 2708 N.E. WALDO ROAD, GAINESVILLE, FL 32610

10925 MEDLOCK, CHARLES, ROUTE 3 BOX 156A3, HONEA PATH, SC 29654

10925 MEDLOCK, EDWARD, 214 FLORENCE DRIVE, SIMPSONVILLE, SC 29681

10925 MEDLOCK, EUGENE, 2808 STEARNS, WICHITA FALLS, TX 76308

10925 MEDLOCK, WILLIAM, 7425 S. PONTIAC WAY, ENGLEWOOD, CO 80112

10925 MEDPASS INTERNATIONAL, 95 BIS BLVD, PEREIRE, 75017FRANCE                **\*VIA Deutsche Post\***

10925 MEDPLEX A AT SANDLAKE COMMONS, 600 COURTLAND ST SUITE 550, ORLANDO, FL 32804

10925 MEDRANO, ANA, 8140 15TH AVE., 03, HYATTSVILLE, MD 20783

10925 MEDRANO, ARTHUR, 2662 MORELLO CT, UNION CITY, CA 94587

10925 MEDRANO, CYNTHIA, 1604 MATHIAS ST, EL PASO, TX 79903

10925 MEDRANO, HECTOR, 10712 FORREST RIDGE #D, EL PASO, TX 79935

10925 MEDRANO, JOSE, 210 TRICE CIRCLE, EL PASO, TX 79907

10925 MEDRANO, MARY, 702 FLANDERS, SAN ANTONIO, TX 78214

10925 MEDRANO, ROGELIO, 444 1/2 WEST 21ST, HOUSTON, TX 77008

10925 MEDSTAT PC D/B/A MESA CARE, 5015 W 65TH ST, BEDFORD PARK, IL 60638

10924 MED-TEC MEDICAL CORPORATION, 1580 OLD OAKLAND ROAD, SAN JOSE, CA 95131

10925 MED-TECH MACHINE COMPANY, 100 WEYMOUTH ST , UNIT G2, ROCKLAND, MA 02370

10925 MED-TECH WELDING & SAFETY PROD INC, MEDICAL-TECHNICAL GASES INC, MEDFORD, MA 02155

10924 MEDTRONICS, I-64 AND CENTRAL AVE. NE, FRIDLEY, MN 55432

10924 MEDTRONICS, MINNEAPOLIS, MN 55400

10924 MEDTRONIX, PHOENIX, AZ 85019

10924 MEDUSA CEMENT, HIGHWAY 341 S., CLINCHFIELD, GA 31013

10924 MEDUSA PORTLAND CEMENT, P O BOX 5668, CLEVELAND, OH 44101

10925 MEDVED, CLARA, 353 E. CHERRY ST. EXT, NEW CASTLE, PA 16102

10925 MEDVED, STACEY, RD #3, BOX 258, SMITHFIELD, PA 15478

10924 MEDWAY BLOCK & SUPPLY, 120 MAIN ST, MEDWAY, MA 02053

10924 MEDWAY BLOCK, 120 MAIN ST., MEDWAY, MA 02053

10925 MEDWEDEFF, M, 5323 APPLEBLOSSOM LANE, FRIENDSWOOD, TX 77546

10925 MEDWINTER, KARLIE, 3208 STOCKER ST., LOS ANGELES, CA 90008

10925 MEECE, CHRISTI, 500 LIA WAY, EASLEY, SC 29642

10925 MEECH, BYRON, 1236 BLUFF ST, BELOIT, WI 53511

10925 MEECH, WILLENE, 399 E. RANDALL AVE, RIALTO, CA 92376

10925 MEEDS, RYAN, 10701 VERNON ROAD, LAKE STEVENS, WA 98258

10925 MEEDUS, 2 PETWORTH IND. EST., PETWORTH WEST SUSSEX, SX GU28 9NRUNITED KINGDOM      **\*VIA Deutsche Post\***

10925 MEEHAN & ASSOCIATES, 33 NORTH STONE AVE, TUCSON, AZ 85702

10925 MEEHAN, DANIEL, 865 GLENFIELD DRIVE, PALM HARBOR, FL 34695

10925 MEEHAN, DIANE, 195 HALSTED RD, ELIZABETH, NJ 07208

10925 MEEHAN, DOREEN, 388 RIVER ST, WALTHAM, MA 02453

10925 MEEHAN, JOHN, 4 CIRCLE LANE, PLANDOME MANOR, NY 11030-1125

10925 MEEHAN, JUSTINE, 4 CIRCLE LANE, PLANDOME MANOR, NY 11030

10925 MEEHAN, KAREN, 19 UPCREST ROAD, BRIGHTON, MA 02135

10925 MEEHAN, MERRILL L, 2106 KANAWHA BLVD E APT B-524, CHARLESTON, WV 25311-2240

10925 MEEHL, KIM, 16455 N. 46TH DRIVE, GLENDALE, AZ 85306

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MEEK, ALTUS, 4032, | |
| 10925 | MEEK, DARREN, 10729 S MORNING VIEW, SANTA FE, TX 77510 | |
| 10925 | MEEK, JIMMY, 515 PST OAK BLVD, 600, HOUSTON, TX 77027 | |
| 10925 | MEEK, LACEY, 139 S. WASHINGTON RD, OXFORD, NY 13830 | |
| 10925 | MEEK, SELBY, RT. 8 BOX 500H, SOUTH CHARLESTON, WV 25309 | |
| 10925 | MEEKER, DARLENE, 2011 S. 31ST ST, MILWAUKEE, WI 53215 | |
| 10925 | MEEKER, DWIGHT, 561 A PARIS AVE, WILMINGTON, OH 45177 | |
| 10925 | MEEKINS, CARL, 49 GALVESTON ST SW #304, WASHINGTON, DC 20032 | |
| 10925 | MEEKINS, DALE, 643 AUGUSTA AVE, BALTIMORE, MD 21229 | |
| 10925 | MEEKS, ALENETTE, 6107 VALLEY PARK NW, HUNTSVILLE, AL 35801 | |
| 10925 | MEEKS, GWINDOLYN, 47 PINE TREE CIRCLE, DECATUR, GA 30032 | |
| 10925 | MEEKS, JESSE, 2605 S TURKEY CREEK ROAD, PLANT CITY, FL 33566-8755 | |
| 10925 | MEEKS, JIMMY, PO BOX 831, DOVER, FL 33527-0831 | |
| 10925 | MEEKS, KELLY, 308 19TH AVE. N., TEXAS CITY, TX 77590 | |
| 10925 | MEEKS, LINDA, 102 RIVERWALK BLVD, SIMPSONVILLE, SC 29681 | |
| 10925 | MEEKS, MARY ANN, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | MEEKS, MARY, 27 MAPLEHURST RD, LITTLETON, MA 01460 | |
| 10925 | MEEKS, RAE, RT 2, BOX 191, MAYSVILLE, GA 30558 | |
| 10925 | MEEKS, RAYMOND, PO BOX 70, LYONS, NJ 07393 | |
| 10925 | MEEKS, RUSSELL, 102 RIVER WALK BLVD, SIMPSONVILLE, SC 29681 | |
| 10925 | MEEKS, SHERI, 3746 KENCREST DR NE, CEDAR RAPIDS, IA 52402 | |
| 10925 | MEEKS, VINCELLA, 450 ST. AUGUSTINE, DALLAS, TX 75217 | |
| 10925 | MEENTS, TAMMY, 39 APPLE LANE, BOURBONNAIS, IL 60914 | |
| 10925 | MEER III, ALBERTO, 6376 GENERALS COURT, CENTREVILLE, VA 22020 | |
| 10925 | MEERDINK, DOUGLAS, 8650 BELFORD AVE #28, LOS ANGELES, CA 90045 | |
| 10925 | MEES, AMANDA, 422 HIGH ST, 6, MEDFORD, MA 02155 | |
| 10925 | MEES, WALTER H & KATHLEEN B, AS TRUSTEES OF THE MEES FAMILY LIVING TRUST DATED, 1031 ABBOT AVE, SAN GABRIEL, CA 91776-2901 | |
| 10925 | MEESTER, MARK, 6 OPAL COURT, MADISON, WI 53714 | |
| 10925 | MEETHER, LOIS, 1117 AVE F, HAWARDEN, IA 51023-1820 | |
| 10925 | MEETING CONCEPTS INC, 111 FORREST AVE, NARBERTH, PA 19072 | |
| 10925 | MEETING, DEBORAH, 1335 HATHAWAY RD, BELLVILLE, OH 44813 | |
| 10925 | MEETZ, DONALD, 936 SHEA AVE, GREEN BAY, WI 54303 | |
| 10925 | MEETZ, JODY, 17458 E. CALIENTE DRIVE, FOUNTAIN HILLS, AZ 85268 | |
| 10925 | MEEUWSEN, PETER, 4098 REFORESTATION C, GREEN BAY, WI 54313 | |
| 10925 | MEFFERD, MICHAEL, 711 BUFFALO COURT, WALKER, IA 52352 | |
| 10925 | MEFFORD, EDNA, 1223 ALBRIGHT AVE, UPLAND, CA 91786 | |
| 10925 | MEG FERRIS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MEGA FORCE TEMPORARIES, ATTN: RENEE JACOBS, 1001 HAY ST, FAYETTEVILLE, NC 28305 | |
| 10924 | MEGA MAX, RT 290 TO RT 190N TOWARDS FITCHBURG, MALL IS ON THE RIGHT, WORCESTER, MA 01601 | |
| 10925 | MEGAPOWER, 1355 DELL AVE, CAMPBELL, CA 95008 | |
| 10925 | MEGASYS, PO BOX 550, GREENWOOD, IN 46142 | |
| 10925 | MEGA-THERM, INC, 4100 W. CHICAGO AVE., CHICAGO, IL 60651 | |
| 10924 | MEGAWALL CORPORATION D.I.P. 5/8/00, 696 SAN RAMON VALLEY RD #407, DANVILLE, CA 94526-4022 | |
| 10924 | MEGAWALL CORPORATION, 401 MEADOW VALLEY ROAD, MOAPA, NV 89025 | |
| 10925 | MEGENS, HARRY, 112 BLOSSOM ST, NASHUA, NH 03060 | |
| 10925 | MEGHAN C MCBRIDE, 3453 HOLDERMAN DR, SAN JOSE, CA 95148-1731 | |
| 10925 | MEGTEC SYSTEMS INC, DEPT CH 10168, PALATINE, IL 60055-0168 | |
| 10925 | MEGTEC SYSTEMS, 830 PROSPER RD, DE PERE, WI 54115-5030 | |
| 10924 | MEGTEC SYSTEMS, 830 PROSPER ROAD, DE PERE, WI 54115-5030 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MEGTEC SYSTEMS, PO BOX 30, DE PERE, WI 54115 | |
| 10924 | MEGTEC SYSTEMS, PO BOX 5030, DE PERE, WI 54115-5030 | |
| 10925 | MEGTECH SYSTEMS, DEPT. CH 10168, PALATINE, IL 60055 | |
| 10925 | MEHAFFEY, DONALD, 370 WARWICK AVE, TEANECK, NJ 07666-3036 | |
| 10925 | MEHAFFY & WEBER, 2615 CALDER AVE, BEAUMONT, TX 77704 | |
| 10925 | MEHALICK, LOIS, 967 RICHARD ST, RARITAN, NJ 08869 | |
| 10925 | MEHALICK, MATTHEW, 54 COLUMBUS AVE, EDISON, NJ 08817 | |
| 10925 | MEHEEN MANUFACTURING INC, 411 WEST COLUMBIA ST, PASCO, WA 99301 | |
| 10925 | MEHL, DEBORAH, 4118 W 59TH ST, FAIRWAY, KS 66205 | |
| 10925 | MEHL, MICHAEL, 1103 PRIMROSE CT, ANNAPOLIS, MD 21401 | |
| 10925 | MEHL, WILLIAM, 5 WYNDHAM PLACE, ROBBINSVILLE, NJ 08691 | |
| 10925 | MEHLER, SALLY, 353 COLORADO PLACE #302, LONG BEACH, CA 90814 | |
| 10925 | MEHLS, JAMES, 20576 80TH AVE., CADOTT, WI 54727 | |
| 10925 | MEHNER, DIANE, 5200 SYCAMORE, KANSAS CITY, MO 64129 | |
| 10925 | MEHRING, BRENT, 519 WESTBURY EAST, INDIANAPOLIS IN, IN 46224 | |
| 10925 | MEHSLING, JENNIFER, 22 COUNTRY CLUB DR, GLEN BURNIE, MD 21060 | |
| 10925 | MEHTA, RAGINI, 5 DEER CROSS COURT, REISTERSTOWN, MD 21136 | |
| 10925 | MEHTA, SHYAM, 6620 RIVERSIDE OFFIC, METAIRIE, LA 70003 | |
| 10925 | MEHUS, CAROL, BOX 898, STANLEY, ND 58784 | |
| 10925 | MEHUS, LYNN, BOX 898, STANLEY, ND 58784 | |
| 10925 | MEI CHANG SHEN &, SHIRLEY T SHEN JT TEN, 4701 WAUKESHA ST, MADISON, WI 53705-4842 | |
| 10925 | MEI INC, 1 LOCKSLEY ROAD, DANVERS, MA 01923 | |
| 10925 | MEI, INC, 500 POINT BREEZE RD., FLEMINGTON, NJ 08822 | |
| 10925 | MEI, MICHELE, 278 HOSMER ST, MARLBORO, MA 01752 | |
| 10925 | MEIER BROS. TIRE, E FRONTAGE RD 157, ASHKUM, IL 60911 | |
| 10925 | MEIER, FRANCES, 23-18 32ND STRETT, ASTORIA, NY 11105 | |
| 10925 | MEIER, JOANNA, 1950 V.C. BLVD. #707, UNIVERSAL CITY, TX 78148 | |
| 10925 | MEIER, JOHN, 3148 LOOKOUT CIRCLE, CINCINNATI, OH 45208-3119 | |
| 10925 | MEIER, LEONARD, PO BOX 3109, RUNNING SPRINGS, CA 92382 | |
| 10925 | MEIER, SHARON, 12 CHANNEL ISLAND, ALISO VIEJO, CA 92656 | |
| 10925 | MEIER, VERNON, 207 SEVENTH ST, WAUNAKEE, WI 53597 | |
| 10925 | MEIER, WALTER, 34 RUE DE LONGCHAMP, NEUILLY SUR SEINE, 92200FRANCE | *VIA Deutsche Post* |
| 10924 | MEIERS READY MIX INC, PO BOX8477, TOPEKA, KS 66608 | |
| 10924 | MEIERS READY MIX INC., 1220 N. PERRY, JUNCTION CITY, KS 66441 | |
| 10924 | MEIERS READY MIX INC., 1401 NW US HWY 24, TOPEKA, KS 66608 | |
| 10924 | MEIERS READY MIX INC., 1408 S. WALNUT K-18 BYPASS, OGDEN, KS 66517 | |
| 10924 | MEIERS READY MIX INC., 17TH STREET / RAILROAD TRACKS, JUNCTION CITY, KS 66441 | |
| 10924 | MEIERS READY MIX INC., 21ST ST / KANSAS AVE, TOPEKA, KS 66608 | |
| 10924 | MEIERS READY MIX INC., 3401 WEST 6TH, EMPORIA, KS 66801 | |
| 10924 | MEIERS READY MIX INC., 415 EAST 4TH ST., HOLTON, KS 66436 | |
| 10924 | MEIERS READY MIX INC., ATCHISON, KS 66002 | |
| 10924 | MEIERS READY MIX INC., HWY 31, OSAGE CITY, KS 66523 | |
| 10924 | MEIERS READY MIX INC., HWY 92, OZAWKIE, KS 66070 | |
| 10924 | MEIERS READY MIX INC., NEW STRAWN PLANT, 220 N. IND. DR., BURLINGTON, KS 66839 | |
| 10924 | MEIERS READY MIX INC., P.O. BOX 8477, TOPEKA, KS 66608 | |
| 10924 | MEIERS READY MIX INC., RAILROAD BLVD / OFF  HWY 77, COUNCIL GROVE, KS 66846 | |
| 10924 | MEIERS READY MIX INC., SAND PLANT, 100 S.W. URISH ROAD, TOPEKA, KS 66615 | |
| 10924 | MEIERS READY MIX, INC., HWY 77, HERINGTON, KS 67449 | |
| 10925 | MEIERS, ROBERT, 218 LITTLE ST, GLENDIVE, MT 59330 | |
| 10925 | MEIERS, THOMAS, 1840 30TH ST. W., WILLISTON, ND 58801 | |
| 10925 | MEIGS, MABEL, 1553 TOWER ROAD, MOHRSVILLE, PA 19541-9604 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   MEILINK SAFE CO, 940 INDUSTRIES BLVD., NEW ALBANY, IN 47150

10924   MEILINK SAFE CO., 111 SECURITY PKWY, NEW ALBANY, IN 47150

10924   MEILINK SAFE CO., 6245 INDUSTRIAL PARKWAY, WHITEHOUSE, OH 43571

10925   MEILNER MECHANICAL SALES INC., 1225 CARNEGIE ST, ROLLING MEADOWS, IL 60008

10925   MEILNER MECHANICAL SALES, 1225 CARNEGIE ST, ROLLING MEADOWS, IL 60008

10925   MEIMIN MACK, 680 FLAT RIDGE ROAD, GOODLETSVILLE, TN 37072-8519

10925   MEINE, DANIEL, 3610 PACKHORSE RUN, MARIETTA, GA 30066

10925   MEINERDING, LISA, 148 CREEKSHORE DRIVE, GREER, SC 29651

10925   MEINHARDT, LELAND, 410 MARYLAND ST, FERDINAND, IN 47532

10925   MEINTEL, CHRISTINE, 4592-I VALLEY PKWY, SMYRNA, GA 30082

10925   MEINTSMA, NELLYE, 1812 N CANARY DR, EDMOND, OK 73034-6124

10925   MEISEL, STEPHEN L, 5500 CHEMICAL ROAD, BALTIMORE, MD 21226

10925   MEISEL, STEPHEN, 914 BERGEN COURT, BEL AIR, MD 21014

10925   MEISETSCHLAEGER, RODNEY, 110 RUE DU MAURIER, MAURICE, LA 70555

10925   MEISNER ELECTRIC INC., 220 NE 1ST ST, DELRAY BEACH, FL 33444

10924   MEISNER ELECTRIC, 200 NORTH 8TH AVE EAST, NEWTON, IA 50208

10925   MEISTER, CHARLES, 1717 E BIRCH #EE104, BREA, CA 92821

10925   MEISTER, TERRANCE, 555 10TH AVE, MARION, IA 52302

10925   MEISTERMAN, ALAN, 1931 RIVERDALE, COLUMBUS, OH 43232

10925   MEISTRICH, DAVID, 3171 GOLDEN AVE, CINCINNATI, OH 45226

10924   MEISWINKEL, 930 INNES, SAN FRANCISCO, CA 94124

10924   MEISWINKLE YARD, 2060 NEWCOMB, SAN FRANCISCO, CA 94107

10924   MEISWINKLE, SAN JOAQUIN HOSPITAL, STOCKTON, CA 95201

10925   MEIXNER, FRANK, 210 FIFTH ST BOX 91, ATALISSA, IA 52720-9998

10925   MEIXNER, KIMBERLY, 333 SENECA LANE, BOCA RATON, FL 33487

10925   MEJAK, RONALD, 127 OXFORD PLACE, WILLIAMSTON, NJ 08094

10925   MEJIA, ANTONIO, 2430 SO OLIVE ST SANTA ANA CA, SANTA ANA, CA 92707

10925   MEJIA, ARMANDO, 281 PECOS, EL PASO, TX 79905

10925   MEJIA, BENJAMIN, 1322 SOUTH KING, SANTA ANA, CA 92707

10925   MEJIA, CARMENZA, 1422 ROCK GLEN AVE, GLENDALE, CA 91205

10925   MEJIA, FABIOLA, 114 W. 238 ST, BRONX, NY 10463

10925   MEJIA, FREDIS, 8506 LEONARD DR, SILVER SPRING, MD 20910

10925   MEJIA, GEORGE, C/O JOSEPH BIRO, CRANFORD, NJ 07016

10925   MEJIA, JUDITH, 3158 CEDAR GROVE, FAIRFAX, VA 22031

10925   MEJIA, KIMBERLY Y, 20801 LASSEN 18, CHATSWORTH CA, CA 91311

10925   MEJIA, LORENZA, 420 DRURY LANE, ODESSA, TX 79763

10925   MEJIA, MARICELA, 11810 QUEENS POINT, SAN ANTONIO, TX 78251

10925   MEJIA, NORMA, 8700 DULWICK COURT #33, #001, LAUREL, MD 20708

10925   MEJIA, ORLANDO, 3810 SANDPIPER DRIVE #4, BOYNTON BEACH, FL 33436

10925   MEJIA, RAUL, 1119 S. RITA WAY, SANTA ANA, CA 92704

10925   MEJIA, RUDIS, 319 G MESON DR #4, ARLINGTON, VA 22203

10925   MEJIA, SR, GABLE, PO BOX 472, GOLDEN MEADOW, LA 70357

10925   MEJIA, VILMA, 8506 LEONARD DR, SILVER SPRING, MD 20910

10925   MEJIAS BAQUERO, JAIME, SARGENTO LUIS MEDINA, HATO REY, PR 00918

10924   MEKTEC CORPORATION, 1740 MCCANDLESS DRIVE, MILPITAS, CA 95035

10925   MEL & JUDY BURNETT, JAMES O P BRIEN OBRIEN LAW OFFICE, 401 NORTH WASHINGTON, PO BOX 7936, MISSOULA, MT 59807-7936

10925   MEL AEROFLIGHT, INC 94, PO BOX 854, GRUVER, TX 79040-0854

10925   MEL BLANC ASSOCIATES, 1591 CROSSROADS OF, THE WORLD, HOLLYWOOD, CA 90028

10925   MEL BOLEY CO, 1484 SOUTH STATE, SALT LAKE CITY, UT 84115

10924   MEL BROOKINS, 2585 BERRY HILL ROAD, CORDOVA, TN 38018

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MEL CHANDLER CONTRACTING INC, 125 HICKORY PLACE, CORBIN, KY 40701 | |
| 10924 | MEL KAY ELECTRIC, 800 NW 2ND STREET, EVANSVILLE, IN 47708 | |
| 10925 | MEL SOULE, PO BOX 83, WEST FRIENDSHIP, MD 21794 | |
| 10924 | MEL, INC., 7110 LAUREL CANYON BLVD., NORTH HOLLYWOOD, CA 91605 | |
| 10925 | MELAMINE CHEMICALS, INC, PO BOX 54700, NEW ORLEANS, LA 70154 | |
| 10925 | MELAMINE CHEMICALS, PO BOX 748, DONALDSONVILLE, LA 70346 | |
| 10925 | MELANCON, GENI, 30510 FAIRWAY VIEW, DENHAM SPRINGS, LA 70726 | |
| 10925 | MELANCON, GORDON, 410 WAYSIDE DRIVE, HOUMA, LA 70360 | |
| 10925 | MELANCON, JOHN, 202 BELLE GROVE, MAURICE, LA 70555 | |
| 10925 | MELANCON, MELVIN, 139 MILLI ST, RACELAND, LA 70394 | |
| 10925 | MELANCON, RONALD, 314 PELICAN DR., RACELAND, LA 70394 | |
| 10925 | MELANCON, RUSSEL, 137 MILLI ST, RACELAND, LA 70394 | |
| 10925 | MELANCON, TED, PO BOX 524, LAROSE, LA 70373 | |
| 10925 | MELANEY EQUIPMENT CO, INC, 5200 LEEDS AVE., BALTIMORE, MD 21227 | |
| 10925 | MELANIE IRENE DAVIS, 8550 LAKE BLUFFS CIR, SPRING VALLEY, CA 91977 | |
| 10925 | MELANIE JOYCE BUTTROSS MD, C/O EYE ASSOCIATES OF WASHINGTON, DC, 4910 MASSACHUSETTS AVE N W STE 21, WASHINGTON, DC 20016-4300 | |
| 10925 | MELANIE LANDRY, 5000 E., ST. CHARLES, LAKE CHARLES, LA 70605 | |
| 10925 | MELANIE M BUCHANAN, VILLA WHITE 22, 404 143RD ST, OCEAN CITY, MD 21842-4386 | |
| 10925 | MELANSON, BARBARA, 1285 LAWRENCE ST, 3, LOWELL, MA 01852 | |
| 10925 | MELANSON, DANIEL, PO BOX 184, READING, MA 01867-0384 | |
| 10925 | MELANSON, GEORGE, 51 E SHORE DR, PEABUDY, MA 01960 | |
| 10925 | MELANSON, KATHLEEN, 5 PLEASANT HILL LANE, CLINTON, CT 06413 | |
| 10925 | MELBA N ROBERTSON &, NATHANIEL W ROBERTSON JT TEN, 236 FORKWOOD WAY, POWDER SPRINGS, GA 30127-6133 | |
| 10925 | MELBY, KURT, 1512 NORTHWESTERN, IOLA, KS 66749 | |
| 10925 | MELCER, ELAINE, 70 GLORIA DRIVE, ALLENDALE, NJ 07401 | |
| 10925 | MELCHER, GAIL, 4807 HOWELL DR., PINEVILLE, LA 71360 | |
| 10925 | MELCHER, WILLIAM, PO BOX 693, MONTROSE, CO 81402-0693 | |
| 10925 | MELCHIOR, WILLIAM, 1304 HARRISON, WICHITA FALLS, TX 76309 | |
| 10925 | MELCHOR, BONIFACIO, 329 LAKE ST, HEREFORD, TX 79045 | |
| 10924 | MELCO, MC CARRAN AIRPORT, LAS VEGAS, NV 89122 | |
| 10925 | MELCRUM PUBLISHING LTD, 311 S WACKER DR #4550, CHICAGO, IL 60606 | |
| 10925 | MELDROM, JAMES, 9622 SUGAR LOAF, SAN ANTONIO, TX 78245 | |
| 10925 | MELEADOR BUSINESS FORMS, GARCIA MORENO 163, RIO PIEDRAS, PR 00925PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MELEDJO CO, PO BOX 190, WOLVERINE, MI 49799-0190 | |
| 10925 | MELENDEZ, ANGEL, 9 DEAN AVE, TAUNTON, MA 02780 | |
| 10925 | MELENDEZ, CARMEN, EXT BUENA VISTA, PONCE, PR 00731 | |
| 10925 | MELENDEZ, CARMEN, HC-01 BOX 5368, GUAYNABO, PR 00971 | |
| 10925 | MELENDEZ, CRUZ, 9 DEAN AVE, TAUNTON, MA 02780 | |
| 10925 | MELENDEZ, EFRAIN, EVANS ST AN-28 VILLA RICA, BAYAMON, PR 00959 | |
| 10925 | MELENDEZ, ELIZABETH, 308 ELM ST, READING, PA 19604 | |
| 10925 | MELENDEZ, FELIX, PO BOX 856, TAUNTON, MA 02780 | |
| 10925 | MELENDEZ, HELEN, 5 E MAIN ST, CLINTON, NJ 08809 | |
| 10925 | MELENDEZ, JUAN, 4303 NTH 4 TH ST # 3, ARLINGTON, VA 22203 | |
| 10925 | MELENDEZ, LESLIE, 130 BEVERLY DR., PLEASANT HILL, CA 94523 | |
| 10925 | MELENDEZ, LUZ E., 7624 LAKESIDE WOOD, ORLANDO, FL 32810 | |
| 10925 | MELENDEZ, MARGARITA, CALLE 4 A-1, TOA ALTA, PR 00953 | |
| 10925 | MELENDEZ, MARGARITA, SECTOR VILLODA 706B1BO: CORAZON MALAGUET, GUAYAMA, PR 00654 | |
| 10925 | MELENDEZ, MARIA, BO-CORAZON #706 BZN, GUAYAMA, PR 00654 | |
| 10925 | MELENDEZ, NILDA, CALLE # 2, TRUJILLO ALTO, PR 00976 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MELENDEZ, OTTO, URB SAN ANTONIO, HUMACAO, PR 00792

10925   MELENDEZ, STEPHANIE, 8028 S CENTRAL AVE #2087, PHOENIX, AZ 85040

10925   MELENDEZ, STEVE, 871 ZIONS CHURCH RD, HAMBURG, PA 19526

10925   MELENDEZ, SYLVIA, 10 SE 1141 ALTOS, RIO PIEDRAS PR, PR 00921

10925   MELENDEZ, TONY, 1554 N SYLVANIA, FT WORTH, TX 76111

10925   MELENDEZ, YACENIA, HC-02 BOX 6628, FLORIDA, PR 00650

10925   MELENEY EQUIPMENT INC., 10545 GUILFORD RD., UNIT 102, JESSUP, MD 20794

10925   MELENEY EQUIPMENT, INC, 10545 GUILFORD RD., #102, JESSUP, MD 20794

10925   MELERO JR., JOSE, 307 SENDERO CT., LAREDO, TX 78041

10925   MELERO, AWILDA, CALLE 15 #A-P 26 BERWIND STATES, RIO PIEDRAS, PR 00924

10925   MELETICHE, LUIS, 613 CHURCH ST, READING, PA 19601

10925   MELEY ENGINEERING CORP., HC 1 BOX 10, COOKSBURG, PA 16217-9704

10925   MELGAR, ERWIN, 40 SYMPHONY ROAD APT 5, BOSTON, MA 02115

10925   MELGAREJO, GUILLERMO, 7673 SW 157TH PL, MIAMI, FL 33193

10925   MELGOZA, ANDRES, 11930 NEVADA AVE., LYNWOOD, CA 90262

10925   MELHADO, PAMELA, 50 LYNTTON AVE, HARTSDALE, NY 10530

10925   MELI, DAVID, 39 MT. VERNON ST, N. READING, MA 01864

10924   MELICAN HIGH SCHOOL, C/O WESTSIDE BUILDING MATERIALS, LONG BEACH, CA 90809

10925   MELICE, STACY, 805 W LAFAYETTE ST, NORRISTOWN, PA 19401

10925   MELIKIAN, VAHIK, 2 HUNTER DRIVE, DERRY, NH 03038

10925   MELILLO, ANNETTE, FLUSHING, NY 11355

10925   MELILLO, CARMEN, 5212 EVERGREEN DRIVE, WILMINGTON, MA 01887

10925   MELILLO, CHRISTINA, 4600 VIRGINIA #1128, AMARILLO, TX 79109

10925   MELINA MARIE PAPADOPOULOS, 9425 BROOKPARK RD, PARMA, OH 44129-6826

10925   MELINDA DAVIS SEASHORE, C/O MRS MELINDA DAVIS SEASHORE, 4003 E DURANT CT, WILMINGTON, NC 28412-7446

10925   MELINDA G MANNING &, BARRY S MANNING JT TEN, 628 ELMWOOD DR, BUFFALO GROVE, IL 60089-3308

10925   MELIORA SYSTEMS INC., 95 ALLENS CREEK ROAD, ROCHESTER, NY 14618-3227

10925   MELISSA GREENBERG, C/O MELISSA MILLER, 27 CHITTENDEN AVE, NEW YORK, NY 10033-1127

10925   MELISSA K SHAW, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486-1010

10925   MELISSA POWERS, 1639 EAST 750 SOUTH # A, CLEARFIELD, UT 84015

10925   MELISSA PUELICHER TRUST, 1000 NORTH WATER ST, MILWAUKEE, WI 53202

10925   MELISSA ROSEMAN &, THOMAS ROSEMAN JT TEN, 29 HANCOCK AVE, JERSEY CITY, NJ 07307-2212

10925   MELLEN JR, FRANCIS J, 2800 CITIZENS PLAZA, LOUISVILLE, KY 40202

10924   MELLENIA LAKES OFFICE BLDG., 4700 MILLENIA AVENUE, ORLANDO, FL 32839

10925   MELLI WALKER PEASE & RUHLY SC, JENNIFER KRAEMER,

10925   MELLIERE, SCOTT A, 6518 WATERFORD PL, OWENSBORO, KY 42303

10925   MELLIERE, SCOTT, 6518 WATERFORD PLACE, OWENSBORO, KY 42303

10925   MELLIN, KAREN, 6530 RICKY LANE, RAVENNA, OH 44266

10925   MELLING, KENNETH, 17 HILLSIDE LA, DOYLESTOWN, PA 18901

10925   MELLMAN, MARK, 205 MIDDLESEX ST., N.ANDOVER, MA 01845

10925   MELLO, BRIAN, 129 NEPONSET AVE, DORCHESTER, MA 02122

10925   MELLO, JAMES, 13 LEE ST, SOMERVILLE, MA 02145

10925   MELLO, KIMBERLY, 3401 FLORAL DR., LARGO, FL 34641

10925   MELLO, MARY, 3 ORCHARD DRIVE, E WALPOLE, MA 02032

10925   MELLO, MATHEW, 35 PIONEER LANE, AUBURN, MA 01501

10925   MELLO, MICHAEL, PO BOX 872674, WASILLA, AK 99687

10925   MELLO, ROSEMARY, 26 N MAIN ST APT 7, IPSWICH, MA 01938

10925   MELLO, ROSEMARY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MELLO, STEPHEN, 4 BALGREEN COURT, BRADFORD, MA 01835

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MELLO, THOMAS, 3 ORCHARD DRIVE, E WALPOLE, MA 02032

10925   MELLON BANK GRACE REINVESTMENT, PITTSBURGH, PA 15219

10925   MELLON BANK N A, 1 MELLON BANK CENTER-#699, PITTSBURGH, PA 15258-0001

10924   MELLON CLIENT SERVICE CENTER, 5TH AND ROSS STREET, PITTSBURGH, PA 15219

10925   MELLON FIRST UNITED LEASING, DEPT CH 10655, PALATINE, IL 60055-0655

10925   MELLON INVESTOR SERVICES LLP, ATTN: ROBERT KAVANAGH, 44 WALL ST 6TH FL, NEW YORK, NY 10005

10925   MELLON LEASING, PO BOX 47, DEERFIELD, IL 60015-0047

10925   MELLON LEASING, PO BOX 828, DEERFIELD, IL 60015-0828

10925   MELLON SECURITIES TRUST, PO BOX 360857, PITTSBURGH, PA 15251-6857

10925   MELLOR, LARRY, 10608 TR 67, KILLBUCK, OH 44637

10925   MELLY, ELLEN, 49 FISHER RD, ARLINGTON, MA 02476

10925   MELLY, ELLEN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MELNICHUK, DEBRA, 14604 X ROCKHOUSE COURT, HUNTERSVILLE, NC 28078

10925   MELNICK, AMY, 2509 N UNDERWOOD ST, ARLINGTON, VA 22213

10925   MELNICK, ANNE, 2509 N UNDERWOOD ST, ARLINGTON, VA 22213

10925   MELNICK, JACQUELINE, 327 WENDOVER DR, NORRISTOWN PA, PA 19403

10925   MELNICK, LYNNE, 5215 FIORE TERRACE, SAN DIEGO, CA 92122

10925   MELNIK, ESQ, SELINDA A, SMITH, KATZENSTEIN & FURLOW, 800 DELAWARE AVE, PO BOX 410, WILMINGTON, DE 19899

10925   MELNYK, ORYSIA J, 555 WORCESTER RD, FRAMINGHAM MA, MA 01701

10925   MELO, MAUREEN, 698 MASSABESIC ST, MANCHESTER, NH 03103

10924   MELONE J & SONS INC, 77 WHITE POND RD, STOW, MA 01775

10924   MELONE J. & SONS INC., 77 WHITE POND RD, STOW, MA 01775

10924   MELO'S PLASTERING LATHING, & DRYWALL INCORP, GILROY, CA 95020

10925   MELOTIK PAUTZ, JANICE, W164 N8925 WATER ST 501, MENOMONCE FALLS, WI 53051-0000

10925   MELRATH GASKET CO., 2901 W. HUNTING PARK AVE., PHILADELPHIA, PA 19129-1898

10925   MELRATH GASKET INC., PO BOX13700-1228, PHILADELPHIA, PA 19191-1228

10925   MELRATH SUP & GASKET CO, INC, PO BOX 9830, PHILADELPHIA, PA 19140

10925   MELROSE IRRIGATION SUPPLY, 271 E. OAKLAND PARK BLVD., FORT LAUDERDALE, FL 33334

10925   MELROSE PAINTING & DECORATING CENTE, 360 MAIN ST, MELROSE, MA 02176

10924   MELROSE TOWERS, MAIN STREET, MELROSE, MA 02176

10925   MELSON, DONALD, 75 FOREST ST, N ANDOVER, MA 01845

10925   MELTON COMMUNICATIONS SERVICE, 7061 LARKFIELD RD, OLIVE BRANCH, MS 38654-1349

10925   MELTON, BARNEY, 1360 MARYLAND AVE, SPARTANBURG, SC 29302

10925   MELTON, BUFORD, 8138 WOODLAKE AVE # 182, WEST HILLS, CA 91304

10925   MELTON, C, 310 SHOREHAM LANE, INMAN, SC 29349

10925   MELTON, CHRISTOPHER, 611 AIKEN ROAD, WOODRUFF, SC 29388

10925   MELTON, DEBRA, 1576 KIPLING ST, LAKEWOOD, CO 80215

10925   MELTON, FURMAN, 9696 HWY 9, CAMPOBELLO, SC 29322-9718

10925   MELTON, KAREN, PO BOX 153, INDIAN TRAIL, NC 28079

10925   MELTON, KAY, 115 CEMETERY CR, MOORE, SC 29369

10925   MELTON, MICHAEL, 782 MILLER ROAD, WOODRUFF, SC 29388

10925   MELTON, RANDALL, BOX 254, MEDICINE LAKE, MT 59247

10925   MELTON, SHERYL, 115 CEMETARY CIRCLE, MOORE, SC 29369

10925   MELTON, TERRY, 9211 S. ROBERTS RD. #1C, HICKORY HILLS, IL 60457

10925   MELTONS CUSTOM UPHOLSTERY AND, 218 AUTUMN ST, WOODRUFF, SC 29388

10925   MELVEN, KATHY, 459 N CENTER, BRADLEY, IL 60915

10925   MELVILLE & FOWLER PA, 2940 SOUTH 25TH ST, FORT PIERCE, FL 34981

10925   MELVILLE & SOWERBY PA, 2940 SOUTH 25TH ST, FORT PIERCE, FL 34981-5605

10924   MELVILLE B. HALL, 3001 SPRUCE STREET, SAINT LOUIS, MO 63103

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MELVILLE CORPORATION, GENERAL COUNSEL, 3000 WESTCHESTER AVE, HARRISON, NY 10528

10924   MELVILLE SQUARE, 1305 OLD WALT WHITMAN ROAD, MELVILLE, NY 11747

10925   MELVILLE, MARIANNE, 2217 MOORE ST, ASHLAND, KY 41101

10925   MELVILLE, MARY, 7595 BAYMEADOWS, JACKSONVILLE, FL 32256

10925   MELVIN BROWN, 3416 GREYWOOD DR, RALEIGH, NC 27604-3350

10925   MELVIN C STINSON, 83 NORWOOD AVE, BERKLEY, CA 94707-1147

10924   MELVIN COMPANIES, 1022 E SPRUCE, ABBOTSFORD, WI 54405

10924   MELVIN COMPANIES, 506 W RAILROAD, THORP, WI 54771

10924   MELVIN COMPANIES, 512 W. 8TH STREET, NEILLSVILLE, WI 54456

10924   MELVIN COMPANIES, CTY RD G, GREENWOOD, WI 54437

10924   MELVIN COMPANIES, CTY. HWY H SOUTH RT 1, STANLEY, WI 54768

10924   MELVIN COMPANIES, RTE 3 BOX 26A, MEDFORD, WI 54451

10925   MELVIN EHRLICH & ELAINE EHRLICH, JT TEN, 7 DOUGAL AVE, LIVINGSTON, NJ 07039-4010

10925   MELVIN FINERMAN, 17539 CORINTHIAN DR, ENCINO, CA 91316-3810

10925   MELVIN HITCH, 289 WRIGHT BROS AVE #A, LIVERMORE, CA 94550-9492

10925   MELVIN IZEN, 384 DUDLEY RD, NEWTON CENTER, MA 02459-2811

10925   MELVIN JR, THOMAS, 20 QUEENSBERRY ST #16, BOSTON, MA 02215

10925   MELVIN M LUBAR TR UA, 1-21-87 FBO MELVIN M LUBAR, 300 THREE ISLANDS BLVD STE 210, HALLANDALE, FL 33009-2800

10924   MELVIN PIERCE PAINTING, 9500 SPICE POND RD, SEMMES, AL 36575

10924   MELVIN PIERCE PAINTING, 9501 SPICE POND ROAD, SEMMES, AL 36575

10925   MELVIN RAY LEARY, 2210 RAMBLEWOOD DR, AUGUSTA, GA 30906-5737

10925   MELVIN ROSSNICK, 679 W 239TH ST, BRONX, NY 10463-1258

10925   MELVIN S SCHAEFER, 406 ROCKFIELD RD, UNIT 202, TIMONIUM, MD 21093-7565

10925   MELVIN WILLIAMS, 1902 ELOISE, PLEASANT HILL, CA 94523-2702

10925   MELVIN, JOHNETTE, 1106 SUMMIT LAKE DR, STONE MOUNTAIN, GA 30083

10925   MELVIN, LYDIA, 5786 LEON DRIVE, SUN VALLEY, NV 89433

10925   MELVIN, PHYLLIS F, 1417 CARROLL ROAD, HARVEST AL, AL 35749

10925   MELVIN, ROBERT, 219 BARSI BLVD, MACOMB, IL 61455

10925   MELVYN D REMUS &, FREIDA F REMUS JT TEN, 1685 SCULLY RD, MT PLEASANT, MI 48858-9092

10925   MELVYN KASSENOFF, 3 SHELLY TERRACE, WEST ORANGE, NJ 07052-1818

10925   MELVYN STEINHARDT &, THEA STEINHARDT JT TEN, 48 COLLEGE RD, MONSEY, NY 10952-2825

10925   MEMBREX CORP, 155 ROAD 46 WEST, FAIRFIELD, NJ 07004

10925   MEMBREX INC, 155 ROUTE 46 WEST, FAIRFIELD, NJ 07004

10925   MEMC C/O HULS CORPORATION, PO BOX 8, SAINT PETERS, MO 63376-0008

10924   MEMC ELECTRONIC MATERIALS, 501 PEARL DRIVE, SAINT PETERS, MO 63376

10924   MEMC ELECTRONIC MTLS., INC., PO BOX 179, MOORE, SC 29369-0179

10924   MEMC ELECTRONIC MTLS., INC., PO BOX 5397, SPARTANBURG, SC 29304

10925   MEMECO SALES & SERVICES CORP., 1331 BRUMMEL AVE, ELK GROVE VILLAGE, IL 60007

10925   MEMINGER, CHRISTY, 5400 26TH ST W., BRADENTON, FL 34207

10924   MEMORABLE MONUMENT, 1441 KENSINGTON PARKWAY, BROCKVILLE ONTARIO, ON K6V 6C8TORONTO                                                                   *VIA Deutsche Post*

10925   MEMOREX TELEX CORPORATION, FILE 91815, CHICAGO, IL 60693-1815

10925   MEMOREX TELEX, FILE 99493, NEWARK, NJ 07101-0666

10924   MEMORIAL  MEDICAL CENTER, 4700  WATERS AVE., SAVANNAH, GA 31404

10925   MEMORIAL CITY CARDIOLOGY ASSOCIATES, 8800 KATY FWY.,STE. 210, HOUSTON, TX 77024

10925   MEMORIAL CLINICAL ASSOCIATES, 8800 KATY FREEWAY SUITE 210, HOUSTON, TX 77024

10925   MEMORIAL EQUITIES, 14510 MEMORIAL DR, HOUSTON, TX 77079

10925   MEMORIAL EQUITIES, 14510 MEMORIAL DR., HOUSTON, TX 77079

10924   MEMORIAL HALL RENOVATION, 280 EAST BROAD STREET, COLUMBUS, OH 43215

10924   MEMORIAL HEALTH CARE CENTER, C/O FICKLING BROTHERS, JACKSONVILLE, FL 32206

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MEMORIAL HEALTH CARE SYSTEM, 2525 DE SALES AVE., CHATTANOOGA, TN 37404-3322 | |
| 10925 | MEMORIAL HEALTH CARE SYSTEM, ATTN: S. RICHARDSON ACCTG DEPT., 2525 DE SALES AVE, CHATTANOOGA, TN 37404-3322 | |
| 10924 | MEMORIAL HOSP OF SWEETWATER CT, P.O.BOX 1359, ROCK SPRINGS, WY 82901 | |
| 10924 | MEMORIAL HOSPITAL - E.R. ADDITION, 701 NORTH FIRST STREET, SPRINGFIELD, IL 62701 | |
| 10925 | MEMORIAL HOSPITAL OF CARBON COUNTY, PO BOX 460, RAWLINS, WY 82301 | |
| 10924 | MEMORIAL HOSPITAL SURGICAL ADDITION, 2200 W. ILLINOIS ST., MIDLAND, TX 79701 | |
| 10924 | MEMORIAL HOSPITAL, # 40 COMMERCE DRIVE, O'FALLON, IL 62269 | |
| 10924 | MEMORIAL HOSPITAL, 3150 HELEN STREET, SAVANNAH, GA 31404 | |
| 10924 | MEMORIAL HOSPITAL, 4500 MEMORIAL DR., BELLEVILLE, IL 62223 | |
| 10924 | MEMORIAL HOSPITAL, 615 N MICHIGAN ST, SOUTH BEND, IN 46601 | |
| 10925 | MEMORIAL HOSPITAL, 800 WEST 9TH ST, JASPER, IN 47546 | |
| 10924 | MEMORIAL HOSPITAL, 825 S IOWA ST, DODGEVILLE, WI 53533-1937 | |
| 10924 | MEMORIAL HOSPITAL, C/O ROBBINS AND MORTON, ORMOND BEACH, FL 32174 | |
| 10924 | MEMORIAL HOSPITAL, C/O VERMICULITE PRODUCTS, 920 MEDICAL PLAZA DRIVE, THE WOODLANDS, TX 77380 | |
| 10924 | MEMORIAL HOSPITAL, CAMBRIDGE, MA 99999 | |
| 10925 | MEMORIAL HOSPITAL, PO BOX 1103, MAIL CODE 632, COLORADO SPRINGS, CO 80947-0632 | |
| 10925 | MEMORIAL HOSPITAL, PO BOX 18200F, SAINT LOUIS, MO 63150 | |
| 10924 | MEMORIAL HOSPTIAL, 1000 NAVARRO, SOUTH BEND, IN 46601 | |
| 10924 | MEMORIAL MED. CENTER/EYE INSTITUTE, C/O DAN SHEEHAN CO., SAVANNAH, GA 31405 | |
| 10924 | MEMORIAL MEDICAL CENTER, AMBULATORY BUILDING, SAVANNAH, GA 31405 | |
| 10924 | MEMORIAL REIONAL MEDICAL CENTER @ @, HANOVER COUNTY, HANOVER, VA 23069 | |
| 10924 | MEMORIAL SLOAN KETTERING, 1ST & 68TH STREET, 1275 YORK AVE, NEW YORK, NY 10021 | |
| 10925 | MEMORIALS TO THE AMERICAN CANCER, 585 S STRINGTOWN ROAD, COVINGTON, IN 47932 | |
| 10925 | MEMPHIS AREA CHAMBER, THE, 22 N FRONT ST, MEMPHIS, TN 38103 | |
| 10925 | MEMPHIS BAR ASSOCIATION, ONE COMMERCE SQUARE, MEMPHIS, TN 38103-2513 | |
| 10925 | MEMPHIS BUSINESS JOUNRAL, INC, PO BOX 327, MEMPHIS, TN 38101-9894 | |
| 10924 | MEMPHIS DRUM SERVICE, INC., 3299 TULANE ROAD, MEMPHIS, TN 38116 | |
| 10925 | MEMPHIS LEGAL COPIES, 80 MONROE, SUITE 400, MEMPHIS, TN 38103 | |
| 10925 | MEMPHIS LIGHT GAS & WATER, PO BOX 388, MEMPHIS, TN 38145-0388 | |
| 10925 | MEMPHIS ONLINE INC, 3160 DIRS ROW, MEMPHIS, TN 38131 | |
| 10924 | MEMPHIS PRECAST, 2377 HOLSTON RD., COMO, MS 38619 | |
| 10925 | MEMPHIS PUBLISHING CO, PO BOX 1730, MEMPHIS, TN 38101 | |
| 10925 | MEMPHIS SCALE WORKS INC, POBOX 381497, GERMANTOWN, TN 38183-1497 | |
| 10925 | MEMPHIS SCALE WORKS, INC, 3418 CAZASSA RD., MEMPHIS, TN 38116 | |
| 10925 | MEMPHIS SITE RETAINED LAND, 5750 OLD MILLINGTON RD., MILLINGTON, TN 38053 | |
| 10924 | MEMPHIS STATE UNIVERSITY LIBRARY, CNTRAL AVE, MEMPHIS, TN 38100 | |
| 10924 | MEMPHIS STATE UNIVESITY, CENTRAL AVE., MEMPHIS, TN 38100 | |
| 10925 | MEMPHIS ZOOLOGICAL SOCIETY, 2000 PRENTISS PLACE, MEMPHIS, TN 38112 | |
| 10925 | MEMTEK PRODUCTS INC, 1600 MEMOREX DRIVE, SANTA CLARA, CA 95050 | |
| 10925 | MENA, MANUEL, 3306 W.112TH ST, INGLEWOOD, CA 90303 | |
| 10925 | MENAQUALE, STEPHEN, 8395 SENTINAE CHASE, ROSWELL, GA 30076 | |
| 10925 | MENARD ELECTRONICS OF SW LA, INC, PO BOX 3740, LAKE CHARLES, LA 70602-3740 | |
| 10925 | MENARD ELECTRONICS, PO BOX NN, LAKE CHARLES, LA 70602 | |
| 10925 | MENARD, BERNNY, 705 VIATOR ST, DELCAMBRE, LA 70528 | |
| 10925 | MENARD, JESSE R, 1412 EDDY ST., VINTON, LA 70668 | |
| 10925 | MENARD, JESSE, 1412 EDDY ST, VINTON, LA 70668 | |
| 10925 | MENARD, KEVIN, RT.1 BOX 107-B, OPELOUSAS, LA 70570 | |
| 10925 | MENARD, MICHEL, 76 WASHINGTON ST, 103, EAST ORANGE, NJ 07017 | |
| 10925 | MENARDI, PO BOX 60382, CHARLOTTE, NC 28260-0382 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MENARDI-CRISWELL, PO BOX 240, AUGUSTA, GA 30913 | |
| 10925 | MENASHA CORPORAION, DRAWER #212, MILWAUKEE, WI 53278 | |
| 10925 | MENASHA CORPORATION, 950 BREEZEWOOD LANE, NEENAH, WI 54957 | |
| 10925 | MENASHA CORPORATION, DRAWER #212, MILWAUKEE, WI 53278 | |
| 10925 | MENASHA PACKAGING CORP., DRAWER #456, MILWAUKEE, WI 53278 | |
| 10925 | MENCARELLI, TRISHA, 4961 CATALINA, 2, RENO, NV 89505 | |
| 10925 | MENCARONI, PAULA, 1810 BOSTON ROAD, SPRINGFIELD, MA 01129 | |
| 10925 | MENCHACA, CYNTHIA, PO BOX 879, SOMERSET, TX 78069 | |
| 10925 | MENDELOWITZ GARTEN, TILLIE, 6255 E WILSHIRE DR, SCOTTSDALE, AZ 85257-1116 | |
| 10925 | MENDELSOHN, DIANE, 13641 E IVANHOE, GILBERT, AZ 85234 | |
| 10925 | MENDELSSOHN-COMMERCIAL, 69 YOUNG ST SUITE 400, TORONTO ONTARIO, ON M5E 1K3 CANADA | *VIA Deutsche Post* |
| 10925 | MENDENHALL, EDGAR L, 319 CARLTON DR, BLOOMINGDALE, IL 60108 | |
| 10925 | MENDENHALL, SHIRLEY, 1004 JACKSON TWP RD 133, WEST SALEM, OH 44287 | |
| 10925 | MENDENHALL, WILLIAM, 7209 SHADOWLAKE DRIVE, CHARLOTTE, NC 28226 | |
| 10924 | MENDEZ EXCAVATING, 2340 SW CANYON RD, PORTLAND, OR 97201 | |
| 10924 | MENDEZ INC., 524-30 ROAD #2, GRAND JUNCTION, CO 81504 | |
| 10925 | MENDEZ, ALICE, 7913 W MERCER LN, PEORIA, AZ 85345 | |
| 10925 | MENDEZ, ANGELA, 1310 BINKLEY, DUMAS, TX 79029 | |
| 10925 | MENDEZ, CARLOS, 914 MALIBU DR., GARLAND, TX 75043 | |
| 10925 | MENDEZ, ELVIN, 20405 16TH ST N.E., INDEPENDENCE, MO 64056 | |
| 10924 | MENDEZ, INC., ATTN: ACCOUNTS PAYABLE, PORTLAND, OR 97225 | |
| 10925 | MENDEZ, JESS, 11532 LITTCHEN, NORWALK, CA 90650-2736 | |
| 10925 | MENDEZ, KIMBERLY, 1607 S. OAK ST., ARLINGTON, TX 76010 | |
| 10925 | MENDEZ, MARIA, 8710 GILBERT PL #9, TAKOMO PARK, MD 20712 | |
| 10925 | MENDEZ, MICHAEL, 201 BREVARD, HEREFORD, TX 79045 | |
| 10925 | MENDEZ, MICHAEL, 220 N.HAMILTON ROAD, INDIANAPOLIS, IN 46201 | |
| 10925 | MENDEZ, NANCY, 4846 W NORTH AVE, CHICAGO, IL 60639 | |
| 10925 | MENDEZ, NANCY, 4856 W NORTH AVE, CHICAGO, IL 60639 | |
| 10925 | MENDEZ, NICOLAS, 4090 EL SEGUNDO BLVD, HAWTHORNE, CA 90250 | |
| 10925 | MENDEZ, PACIANO, 2305 FIELD, HALTON CITY, TX 76117 | |
| 10925 | MENDEZ, ROBERT, 4307 FAITH ROAD, WICHITA FALLS, TX 76308 | |
| 10925 | MENDEZ, ROSA, HCO1 BUZON 3326 BO PILETAS, LARES, PR 00669 | |
| 10925 | MENDEZ, SILVINO, 7303 W. CAROL AVE, PEORIA, AZ 85345 | |
| 10925 | MENDEZ, VIOLETA, 11740 WILSHIRE BLVD A-1309, W LOS ANGELES, CA 90025 | |
| 10925 | MENDICINO, CHERYL, 8 LOCKTOWN SCHOOL RD, FLEMINGTON, NJ 08822 | |
| 10925 | MENDIO PUBLISHING SERVICE, 7215 LINDLEY AVE, RESEDA, CA 91335 | |
| 10925 | MENDIOLA, ANTHONY, 1555 SATELLITE BLVD., SAN DIEGO, CA 92154 | |
| 10925 | MENDIOLA, BELINDA, 1906 LEANDER, SAN ANTONIO, TX 78251 | |
| 10925 | MENDIOLA, EVELYN, 16021 MALDEN, NORTH HILLS, CA 91343 | |
| 10925 | MENDIVIL, JENNIE, 4921 EVERGLADES PARK DR, FREMONT, CA 94538 | |
| 10925 | MENDOLUSKY JT TEN, JOHN BERNARD & MARY JEANNE, 15 AGLIPAY DR, AMHERST, NH 03031-2131 | |
| 10925 | MENDOLUSKY, JOHN, 15 AGILIPAY DR, AMHERST, NH 03031-2131 | |
| 10925 | MENDONSA, BARBARA, 5 PARK ST., DANVERS, MA 01923 | |
| 10925 | MENDOZA JR JT TEN, MANUEL & OLINDA, 13010 FOOTHILL AVE, SAN MARTEN, CA 95046 | |
| 10925 | MENDOZA JR, CRISANTO, 16420 S MANCHESTER, TINLEY PARK, IL 60477 | |
| 10925 | MENDOZA, AURELIA, PO BOX 1243, MISSION, TX 78572 | |
| 10925 | MENDOZA, CRISANTO, 1824 N 17TH AVE, MELROSE PARK, IL 60160 | |
| 10925 | MENDOZA, DEBBIE, 162 SHAMROCK, GARDEN CITY, KS 67846 | |
| 10925 | MENDOZA, EDWARD, 7825 MCCALLUM BLVD, DALLAS, TX 75252 | |
| 10925 | MENDOZA, ELENA CHAN, 119 DANFORTH AV, JERSEY CITY, NJ 07305 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MENDOZA, ERIC, 2235 MARVISTA AVE, ALTADENA, CA 91001

10925 MENDOZA, ERLINDA, 13 MAJOR DRIVE, SAYERVILLE, NJ 08872

10925 MENDOZA, FLORIFE, 519 GARRITT, PHILADELPHIA, PA 19147

10925 MENDOZA, FRANCISCA, 182 HAVENMEYER ST., BROOKLYN, NY 11211

10925 MENDOZA, FRANCISCO, 130 BLOOMFIELD AVE, NEWARK, NJ 07104

10925 MENDOZA, GERSON, 21765 FLANDERS DR, FARMINGTON HILLS, MI 48335

10925 MENDOZA, JAVIER, RT. 1 BOX 280-42, SAN JUAN, TX 78589

10925 MENDOZA, JOSE, 2001 N 15 APT #9, ARLINGTON, VA 22201

10925 MENDOZA, LAURALEE, 13435 MAHOGANY DRIVE, RENO, NV 89506

10925 MENDOZA, LINDA, 7442 FAITH LANE, DEER PARK, TX 77536

10925 MENDOZA, LOUIE, 11836 HEWES ST, ORANGE, CA 92869

10925 MENDOZA, MANOLO, 3531 DELAFIELD, DALLAS, TX 75227

10925 MENDOZA, MARCELLE, 1911 S. WELSON, AMARILLO, TX 79103

10925 MENDOZA, MARGARITA, 1825 NATALIE PLACE, OXNARD, CA 93030

10925 MENDOZA, MARIA, 2420 PROSPECT AVE, 5E, BRONX, NY 10458

10925 MENDOZA, MARIO, 19343 CYPRESS CANYON, KATY, TX 77449

10925 MENDOZA, MARISSA, 21801 FLANDERS, FARMINGTON HILLS, MI 48335

10925 MENDOZA, MARYELLEN, 22549 BURTON STR, WEST HILLS, CA 91304

10925 MENDOZA, OVIDIO, PO BOX 952, IRAAN, TX 79744

10925 MENDOZA, PEDRO, 719 TOWN ROAD, WEST CHICAGO, IL 60185

10925 MENDOZA, QUINTINA, URB MADRID D-6, HUMACAO, PR 00791

10925 MENDOZA, ROBERT, 3501 PIN OAK DR #2010, SAN ANTONIO, TX 78229

10925 MENDOZA, ROBERTO, 2128 WINDROLK, EL PASO, TX 79925

10925 MENDOZA, RODOLFO, 3511 OTIS ST, MT RAINIER, MD 20712

10925 MENDOZA, VICTOR, 7918 RESEDA BLVD, #101, RESEDA, CA 91335

10925 MENDOZA-WOODS, MARTIN, 333 HADON CIR, VERNON HILLS, IL 60061

10924 MENEFEE CONSTRUCTION CO, PO BOX 998, SEDALIA, MO 65302

10925 MENEFEE, LOU ANN, 5127 COURT SHIRE CT, FAYETTEVILLE, NC 28303

10925 MENELAOS JOHN ANGELAKOS, 28 YOUNG ST, SOMERVILLE, NJ 08876

10925 MENELEY, HOWARD, 846 CHARLES DRIVE, ADA, OK 78420

10925 MENENDEZ, GUILLERMO, 13613 LEMOLI AVE , #213, HAWTHORNE, CA 90250

10925 MENESES, ALFONSO, 2101 HAYES ROAD, #1013, HOUSTON, TX 77077

10925 MENG, HAI, 10839 CHARRING CROSS, WHITMORE LAKE, MI 48189

10925 MENGEL, COURTNEY, PO BOX 154, PENN ST, PORT CLINTON, PA 19549

10925 MENGES ROLLER CO. INC., 260 INDUSTRIAL DRIVE, WAUCONDA, IL 60084-1077

10925 MENGESHA, ADDISU, 14310 ASTRODOME DR, SILVER SPRING, MD 20906

10925 MENGHARJ, JAMES, 4021 BRIARFIELD LANE, LAKE CHARLES, LA 70605

10925 MENHART, THERESA, 205A PEGASUS AVE, NORTHVALE, NJ 07647

10925 MENIFEE, JEFFERY L, 100 PEACHTREE ST, ATLANTA, GA 30303

10925 MENIFEE, JEFFREY, 3419 CASTLE WAY, MARIETTA, GA 30060

10925 MENIGOZ, ETHEL, BOX 574, ST ANNE, IL 60964

10925 MENKE, ELLEN, 2552 STANDING SPRING RD, GREENVILLE, SC 29605

10925 MENKE, MARVIN, 408 N. MAIN ST, GRANT PARK, IL 60940

10925 MENKEL, MELISSA, 305 STONEWALL RD, BALTIMORE, MD 21228

10925 MENKES, MICHAEL, 603 WOODGATE LANE, SUNRISE, FL 33326

10925 MENKIN, SAMUEL, 355 W 5TH AVE, ROSELLE, NJ 07203-1141

10925 MENLO CONSULTING LOGISTICS, 1 LAGOON DR.SUITE 300, REDWOOD CITY, CA 94065

10925 MENLO CONSULTING, 1 LAGOON DR. SUITE 300, SAN BRUNO, CA 94066

10925 MENLO LOGISTICS, PO BOX 5159, PORTLAND, OR 97208-5159

10925 MENLOW LOGISTICS, 5200 TRADE PORT, MEMPHIS, TN 38141

10925 MENNEN COMPANY (THE), C/O C.T. CORP SYSTEM, 350 N. ST. PAUL, DALLAS, TX 75201

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MENNILLO, DAWN, 100 OAK TREE ROAD, TAPPAN, NY 10983

10925   MENNILLO, JOYCE, 100 OAK TREE RD, TAPPAN, NY 10983

10924   MENNINGA ELECTRIC, SHEFFIELD CHAPIN SCH. 5TH & PARK, SHEFFIELD, IA 50475

10925   MENOHER, KELLY, 356 S WYMORE RD, ALTAMONTE SPRINGS, FL 32714

10925   MENON, KRISHNA, 313 CRESCENT ST, VALDESE, NC 28690

10924   MENORAH OB, 119 AND NALL, OVERLAND PARK, KS 66202

10924   MENORAH WHOLESALE INC., 240 W. FLORENCE AVE., INGLEWOOD, CA 90301

10924   MENSCH MILL & LUMBER, 35-20 COLLEGE POINT BLVD., FLUSHING, NY 11354

10925   MENSCH PRODUCTIONS INC., 420 EAST 54TH ST, NEW YORK, NY 10022

10925   MENSCHING, RICHARD, 14406 SOUTH GLEN DR, HOMER GLEN, IL 60441

10925   MENSCHING, STEVEN, 16501 GEORGE DRIVE, OAK FOREST, IL 60452

10925   MENSINGA, ARLENE, 6849 WILLOW SPRING, COUNTRY SIDE IL, IL 60525

10925   MENTA, LILLIAN, HC 1 BOX 1021, TANNERSVILLE, PA 18372

10925   MENTE, MARIE, 12702 ROUTE 108, CLARKSVILLE, MD 21029

10925   MENTEN, KEVIN, 65 BROOKFIELD DR, BROCKTON, MA 02402

10925   MENTER, JOANNE, 48 CHANDLER ST #3, BOSTON, MA 02116

10925   MENTON, JOHN, 1631 CHERRY ST APT. 1, BALTIMORE, MD 21226

10925   MENTOR DYNAMCIS, LTD, 175 Q PENROD COURT, GLEN BURNIE, MD 21061

10925   MENTOR DYNAMICS, LTD, 170 B PENROD COURT, GLEN BURNIE, MD 21061

10925   MENTORA INC, 1140 HAMMOND DRIVE, ATLANTA, GA 30328

10925   MENTZ, CARY, 2167 FRANKLIN AVE, MORTON, PA 19070

10925   MENTZ, KEITH, 206 COOPER DR, WALLINGFORD, PA 19086

10924   MENU MAGIC FOODS, 1717 WEST 10TH STREET, INDIANAPOLIS, IN 46222

10924   MENU MAGIC FOODS, 4343 W 62ND STREET, INDIANAPOLIS, IN 46268

10924   MENUEZ BROS SAND & GRAVEL, 5366 COUNTY RD 349 RT#1, MILLERSBURG, OH 44654

10924   MENUEZ BROS.SAND & GRAVEL, 5366 COUNTY ROAD 349 RT#1, MILLERSBURG, OH 44654

10925   MENZEL, FAITH, 52 CHESAPEACKE AVE, LK. HIAWATHA, NJ 07034

10925   MEO, JOSEPH, 4235 EAST JICARILLA ST, PHOENIX, AZ 85044

10925   MEOLA, CARMELLA, 427 MEDFORD ST, MALDEN, MA 02148

10925   MEOLA, GUISSEPPE, 427 MEDFORD ST, MALDEN, MA 02148

10925   MEOLI, KRISTIN, 7500 SHIRLEY HUNTER WAY, ALEXANDRIA, VA 22315

10925   MER, ED, 907 MINTURN LANE, AUSTIN, TX 78748

10925   MERA, JULIA, 11942 BIRCH AVE, HAWTHORNE, CA 90250

10925   MERANT/MICROFOCUS, 190 SYLVAN AVE, ENGLEWOOD CLIFFS, NJ 07632

10925   MERANTE, EUGENE, 2154 HENDRICKSON ST, BROOKLYN, NY 11234

10925   MERAR, CECILIA, 23061 APPLE HILL LN, LINCOLNSHIRE, IL 60069

10925   MERAZ, RODOLFO, 18523 IRONSIDE ST, CYN COUNTRY, CA 91351

10925   MERCADO, MELISSA, 6723 SPRING FOREST, SAN ANTONIO, TX 78249

10925   MERCADO, PABLO, CALLE 1 #15C BDA ISRAEL, HATO REY, PR 00917

10925   MERCADO, ROBERT, 555 1ST AVE WEST #1, CRAIG, CO 81625

10925   MERCADO, SILVIA, BOX 634, SAN GERMAN, PR 00683

10924   MERCANTILE OFFICE BUILDING, 4500 MERCANTILE PLAZA DRIVE, FORT WORTH, TX 76137

10924   MERCED COUNTY JAIL, SPRAYON SERVICES, MERCED, CA 95340

10924   MERCEDES BENZ, 1 MERCEDES DRIVE, MONTVALE, NJ 07645

10924   MERCEDES BENZ, 536 WEST 44TH STREET, NEW YORK, NY 10036

10924   MERCEDES BENZ, C/O WESTSIDE BUILDING MATERIALS, FONTANA, CA 92335

10925   MERCEDES BOZON DE VEGA, CARRERA 42 NO 65-37, BARRANQUILLA, COLOMBIA     *VIA Deutsche Post*

10924   MERCER AREA JR/SR H.S., 545 WEST BUTLER ST., MERCER, PA 16137

10925   MERCER BOWERS, KIMBERLY, CUST FOR JOSHUA CORBET BOWERS, UNIF GIFT MIN ACT NJ, 812 MCNAIR COURT, HIGH POINT, NC 27265-1295

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925 MERCER BOWERS, KIMBERLY, CUST FOR KIMBERLY KAYLIN BOWERS, UNIF GIFT MIN ACT KS, 812 MCNAIR COURT, HIGH POINT, NC 27265-1295

10924 MERCER COUNTY ARENA, BRIDGE STREET, TRENTON, NJ 08638

10924 MERCER COUNTY MEDICAL CENTER, BETWEEN PROSPECT ST & HERMITA AVE, RUTHERFORD AVENUE, TRENTON, NJ 08638

10924 MERCER COUNTY MEDICAL CENTER, RUTHERFORD AVENUE, TRENTON, NJ 08638

10925 MERCER COUNTY PROBATION DEPT, PO BOX 8068, TRENTON, NJ 08650

10925 MERCER FLETCHER, HOLLY, CUST FOR AMANDA LEA FLETCHER, UNIF GIFT MIN ACT NC, 4600 CARMEL ESTATES RD, CHARLOTTE, NC 28226-7244

10925 MERCER FLETCHER, HOLLY, CUST FOR KATHRYN MERCER FLETCHER, UNIF GIFT MIN ACT NC, 4600 CARMEL ESTATES RD, CHARLOTTE, NC 28226-7244

10925 MERCER JT TEN, JOHN M & ELAINE Z, MERCER, 6016 LAMONT COURT, SPRINGFIELD, VA 22152-1220

10925 MERCER MARKETING, FOUR COLUMBUS TERRACE, NEWTON, MA 02161

10925 MERCER RIGSBEE AS, LAUREY, CUST FOR JACOB MAXWELL RIGSBEE, UNDER NC UNIF TRANS TO MIN ACT, 4900 REA RD, CHARLOTTE, NC 28226-2647

10925 MERCER RIGSBEE, LAUREY, CUST FOR WILLIAM JUSTIN RIGSBEE, UNIF GIFT MIN ACT NC, 4900 REA ROAD, CHARLOTTE, NC 28226-2647

10924 MERCER UNIVERSITY SCH. OF THEOLOGY, C/O ALPHA INSULATION, ATLANTA, GA 30341

10924 MERCER UNIVERSITY, SCHOOL OF PHARMACY, ATLANTA, GA 30055

10925 MERCER, ANGUS W., 4500 CARMEL ESTATES ROAD, CHARLOTTE, NC 28226

10925 MERCER, ANGUS, 4500 CARMEL ESTATES ROAD, CHARLOTTE, NC 28226-3417

10925 MERCER, BILLY, 400 MEADORS AVE, GREENVILLE, SC 29605

10925 MERCER, CHARLES, 64 GLENDORA AVE, LIBBY, MT 59923

10925 MERCER, CHARLES, 64 GLENDORA AVE, LIBBY, MT 59923-2910

10925 MERCER, DALE, 1 SUNDANCE LANE, ARDEN, NC 28704-9998

10925 MERCER, DARCY, 510 W MADISON ST, CAMBRIDGE, WI 53523

10925 MERCER, DEBRA, 817 BARTUSH, BORGER, TX 79007

10925 MERCER, GREGORY, 627 PENN AVE, ROCKU MOUNT, NC 27801

10925 MERCER, JESSE, 1212 CHERRY, RED OAK, IA 51566

10925 MERCER, JOANN, 8600 SALT CREEK, CASPER, WY 82601

10925 MERCER, MAMIE, PO BOX 2205, WINTERVILLE, NC 28590

10925 MERCER, MOLLY, 503 SPRING BROOK WEST, WESTERVILLE, OH 43081

10925 MERCER, PAULA, 122 HAVINS AVE, RUSTON, LA 71270

10925 MERCER, RONALD, 200 ASHLEY AVE, GREENVILLE, SC 29609

10925 MERCER, TIMOTHY, POBPX 3723, LAKE WALES, FL 33859

10925 MERCER, TOMMY, 1805 JEWEL ST, WAYNESBORO, MS 39367

10925 MERCER, TRACY, 400 MEADORS AVE, GREENVILLE, SC 29605

10925 MERCER, VICKI, 7843 E. GRANADA, SCOTTSDALE, AZ 85257

10925 MERCER, WILLIAM M, DEPT 97512, LOUISVILLE, KY 40297-0001

10925 MERCER, WILLIAM M, PO BOX 5175, GPO, NEW YORK, NY 10087-5175

10924 MERCHANDISE MART, 240 PEACHTREE STREET N. W., ATLANTA, GA 30303

10925 MERCHANT & GOULD, 90 S 7TH ST, MINNEAPOLIS, MN 55402-4131

10925 MERCHANT ELECTRICAL & LIGHTING SERV, 518 E. 36TH ST., PATERSON, NJ 07504

10925 MERCHANT, ALY, 184 BRAIN DR., CALHOUN, GA 30701

10925 MERCHANT, JEFFERSON, 5541 HWY 121, LEESVILLE,, LA 71446

10925 MERCHANT, MARY, 3547 PECAN POINT DR., SUGARLAND, TX 77478

10925 MERCHANT, PATRICK, 5915 PROVIDENCE ROAD, CHARLOTTE, NC 28226

10925 MERCHANT, SHIRAJ, 615 SYCAMORE DR, DECATUR, GA 30030

10925 MERCHANTS DELIVERY SYSTEM, PO BOX 3367, ONTARIO, CA 91761

10925 MERCHANTS ENVIRONMENTAL INDUSTRIES, 2503-09 SOUTH PULASKI ROAD, CHICAGO, IL 60623-3790

10925 MERCHANTS FAST MOTOR LINE, PO BOX 910789, DALLAS, TX 75391-0789

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MERCHANTS MASONRY, 9673 MAMMOTH DR., BATON ROUGE, LA 70814 | |
| 10925 | MERCHANTS, 5000 WABASH AVE, BALTIMORE, MD 21215 | |
| 10925 | MERCHENT, CYNTHIA, PO BOX 5247, PARKER, AZ 85344 | |
| 10925 | MERCIER, G, 6 HATHAWAY ST, ADAMS, MA 01220 | |
| 10925 | MERCIER, JAMES, 508 SCOTT DRIVE WEST, SARALAND, AL 36571 | |
| 10925 | MERCIER, SCOTT, 98 RESERVOIR RD., WESTHAMPTON, MA 01027 | |
| 10925 | MERCIER-AMOS, DEBORAH, 5562 NW 41ST AVE, COCONUT CREEK, FL 33073 | |
| 10924 | MERCK & CO, INC., RAHWAY FACILITY, LINDEN, NJ 07036 | |
| 10924 | MERCK & CO. INC., PO BOX 1, P.O.#, WEST POINT, PA 19486 | |
| 10924 | MERCK & CO., INC., 126 E. LINCOLN AVENUE, RAHWAY, NJ 07065 | |
| 10924 | MERCK & CO., INC., 3517 RADIUM SPRINGS ROAD, ALBANY, GA 31705 | |
| 10924 | MERCK & CO., INC., BLDG. 812, 126 E. LINCOLN AVENUE, RAHWAY, NJ 07065 | |
| 10924 | MERCK & CO., INC., INVOICE PROCESSING DEPT., PO BOX 3500, RAHWAY, NJ 07065-0904 | |
| 10924 | MERCK & CO., INC., LINDEN (RAHWAY), BUILDING 53, LINDEN, NJ 07036 | |
| 10924 | MERCK & CO., INC., LINDEN AVENUE GATE, BUILDING 80Y, LINDEN, NJ 07036 | |
| 10924 | MERCK & CO., INC., PO BOX 3500, RAHWAY, NJ 07065-0903 | |
| 10924 | MERCK & CO., INC., RAHWAY PLANT - BLDG. #50, RAHWAY, NJ 07065 | |
| 10924 | MERCK & CO., ROUTE 22 EAST-ATTN. GENNY CHANG, ANNANDALE, NJ 08801 | |
| 10924 | MERCK & CO.,INC.,RECV 80, LINDEN AVE GATE,DEPARTMENT 851, LINDEN, NJ 07036 | |
| 10924 | MERCK & COMPANY, 100 AVENUE C - WESTEND TRAILERS, RIVERSIDE, PA 17868 | |
| 10924 | MERCK & COMPANY, HALLS MILL ROAD, WHITE HOUSE STATION, NJ 08889 | |
| 10924 | MERCK & COMPANY, LINDEN AVENUE GATE, BUILDING 812 RAHWAY FACILITY, LINDEN, NJ 07036 | |
| 10924 | MERCK 17, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | MERCK 29A, CONSTRUCTION GATE "B", WEST POINT PIKE, WEST POINT, PA 19486 | |
| 10924 | MERCK 75, LANSDALE, PA 19446 | |
| 10924 | MERCK BLDG. #818, 126 EAST LINCOLN AVENUE, RAHWAY, NJ 07065 | |
| 10924 | MERCK BUILDING 34, 126 EAST LINCOLN AVENUE, RAHWAY, NJ 07065 | |
| 10924 | MERCK BUILDING 69D, BROAD STREET, WEST POINT, PA 19486 | |
| 10924 | MERCK BUILDING, JONES LOCKWOOD GRAIN, 4633 MERCK RD., WILSON, NC 27893 | |
| 10924 | MERCK C/O TECH CONTRACTING @ @, 220 DAVIDSON, SOMERSET, NJ 08873 | |
| 10924 | MERCK CORPORATION HEADQUARTERS, 200 ENTERPRISE AVE, TRENTON, NJ 08638 | |
| 10924 | MERCK FROSST CANADA INC., 16711 TRANS-CANADA HIGHWAY, POINTE-CLAIRE, QC H9R 4P8TORONTO | *VIA Deutsche Post* |
| 10924 | MERCK FROSST CANADA INC., PO BOX 1005, POINTE-CLAIRE, QC H9R 4P8TORONTO | *VIA Deutsche Post* |
| 10925 | MERCK HUMAN HEALTH DIV., PO BOX 101536, ATLANTA, GA 30392 | |
| 10925 | MERCK JR, PAUL JOSEPH, 74 EDGEWOOD DR, HOHOKUS, NJ 07423-1528 | |
| 10924 | MERCK MEDCO, CONER OF RT 130 & VAN SKIVER PKWY, WILLINGBORO, NJ 08046 | |
| 10924 | MERCK MOSF, BUILDING 819, 126 EAST LINCOLN AVENUE, RAHWAY, NJ 07065 | |
| 10924 | MERCK MSO BUILDING 820, BUILDING 820, 126 EAST LINCOLN AVENUE, RAHWAY, NJ 07065 | |
| 10924 | MERCK OFFICE COMPLEX, 351 SUMNEY TOWN PIKE, NORTH WALES, PA 19454 | |
| 10924 | MERCK PHARMACEUTICAL, WEST POINT PIKE, LANSDALE, PA 19446 | |
| 10924 | MERCK SHARP & DOHME QUIMICA, KM 56.7 CARR NO. #2, BARCELONETA, IT 617UNK | *VIA Deutsche Post* |
| 10924 | MERCK SHARP & DOHME, BARCELONETA, PUERTO RICO, PO BOX 601, BARCELONETA, IT 617UNK | *VIA Deutsche Post* |
| 10924 | MERCK WEST POINT, BUILDING 36A, WEST POINT, PA 19486 | |
| 10924 | MERCK, BUILDING 14, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | MERCK, BUILDING 28, LAWRENCE STREET, RAHWAY, NJ 07065 | |
| 10924 | MERCK, BUILDING 800, LAWRENCE STREET, RAHWAY, NJ 07065 | |
| 10924 | MERCK, GATE 6 WEST POINT PIKE, WEST POINT, PA 19486 | |
| 10925 | MERCK, PAUL, 43 VAN DYKE DRIVE, HOHOKUS, NJ 07423-9998 | |
| 10925 | MERCK, RONALD, 2005 SIX MILE HWY, CENTRAL, SC 29630 | |
| 10925 | MERCKENS CHOCOLATE COMPANY, 150 OAKLAND ST, MANSFIELD, MA 02048 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MERCKENS CHOCOLATE, 150 OAKLAND ST ANY, MANSFIELD, MA 02048 | |
| 10925 | MERCKLE, LONNIE, 6414 ST. RT. 514 SOUTH, LAKEVILLE, OH 44638 | |
| 10925 | MERCOID DIVISION, PO BOX 258, MICHIGAN CITY, IN 46360 | |
| 10924 | MERCOMBE INC., 2101 ESTES AVENUE, ELK GROVE VILLAGE, IL 60007 | |
| 10924 | MERCURIO E.I.R.L., AV. SAN MARTIN 501, LIMA 36, PER | *VIA Deutsche Post* |
| 10925 | MERCURIO, PATRICIA, 8160 STEUBENVILLE PIKE, MCDONALD, PA 15057 | |
| 10925 | MERCURY CELLULAR, PO BOX 3190, LAKE CHARLES, LA 70602-3190 | |
| 10925 | MERCURY COMMUNICATION, 1283 RECORD CROSSING, DALLAS, TX 75235 | |
| 10924 | MERCURY EXCELUM, 215 S. MAIN STREET, EAST WINDSOR, CT 06088 | |
| 10925 | MERCURY FINANCE CO OF ILLINOIS, 5779 N MILWAUKEE, CHICAGO, IL 60646 | |
| 10925 | MERCURY INTERACTIVE CORPORATION, 470 POTRERO AVE, SUNNYVALE, CA 94086 | |
| 10925 | MERCURY INTERACTIVE, 1325 BORREGAS AVE, SUNNYVALE, CA 94089 | |
| 10925 | MERCURY MARINE, 1410 GAIL BORDEN PLA, EL PASO, TX 79935 | |
| 10925 | MERCURY MARINE, A/C# 27751, FOND DU LAC, WI 54935 | |
| 10925 | MERCURY WASTE SOLUTIONS INC, 302 N RIVERFRONT DRIVE, MANKATO, MN 56001 | |
| 10924 | MERCY CENTER, AURORA, IL 60506 | |
| 10924 | MERCY GENERAL, 2559 PORT SHELTON, GRANDVILLE, MI 49418 | |
| 10924 | MERCY HEALTH, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10924 | MERCY HEALTH, STODDARD AVENUE, CONSHOHOCKEN, PA 19428 | |
| 10925 | MERCY HOSPITAL - NUCLEAR MEDICINE (, 5570 DTC PKWY, ENGLEWOOD, CO 80111 | |
| 10924 | MERCY HOSPITAL - PEARSON WALL SYST, 8TH AVE. SIDE OF BUILDING, CEDAR RAPIDS, IA 52403 | |
| 10925 | MERCY HOSPITAL (PA), LEGAL SVCS DEPT, 1400 LOCUST ST, PITTSBURGH, PA 15219 | |
| 10925 | MERCY HOSPITAL SCRANTON, 746 JEFFERSON AVE, SCRANTON, PA 18510 | |
| 10924 | MERCY HOSPITAL THE NORTH INFILL, 400 UNIVERSITY AVE, DES MOINES, IA 50314 | |
| 10924 | MERCY HOSPITAL, 100 MINERAL POINT AVE., JANESVILLE, WI 53545-2940 | |
| 10924 | MERCY HOSPITAL, 2607 ELECTRIC AVENUE, PORT HURON, MI 48060 | |
| 10924 | MERCY HOSPITAL, 301 N. JEFFERSON DAVIS PARKWAY, NEW ORLEANS, LA 70100 | |
| 10924 | MERCY HOSPITAL, 746 JEFFERSON AVE, SCRANTON, PA 18501 | |
| 10924 | MERCY HOSPITAL, 800 W. MYRTLE, INDEPENDENCE, KS 67301 | |
| 10924 | MERCY HOSPITAL, FAIRFIELD, OH 44678 | |
| 10924 | MERCY HOSPITAL, PENINSULA BLVD, HEMPSTEAD, NY 11549 | |
| 10924 | MERCY HOSPITAL, UNIVERSITY OF IOWA CAMPUS, IOWA CITY, IA 52240 | |
| 10924 | MERCY SOUTH EMERGENCY DEPARTMENT, 10628 PARK ROAD, CHARLOTTE, NC 28210 | |
| 10924 | MERCY WEST MEDICAL PLAZA, UNIVERSITY AVE. EXIT @ 35 SOUTH, CLIVE, IA 50053 | |
| 10925 | MERCY, DONALD, 7420 E MORELAND RD, #103, ANNANDALE, VA 22003 | |
| 10924 | MERDOT INC, RTE 1, BLOOMING PRAIRIE, MN 55917 | |
| 10925 | MEREDITH A BLOOD, 23 CAMINO DE RANCHITOS, ALAMOGORDO, NM 88310 | |
| 10924 | MEREDITH CORP C/O OLYMPIC, 1615 LOCUST, DES MOINES, IA 50309 | |
| 10925 | MEREDITH DAVIES &, LORRAINE C DAVIES JT TEN, 28 TOWN HOUSE CIRCLE, ROCHESTER, NY 14616-3006 | |
| 10925 | MEREDITH J JAMISON, 1656 FAIRWAY PL LN, MT PLEASANT, SC 29464-9500 | |
| 10925 | MEREDITH, ALLYSON, 6705 XANA WAY, CARLSBAD, CA 92009 | |
| 10925 | MEREDITH, BARBARA, 6404 DUSTEN ROAD, CLIMAX, NC 27233 | |
| 10925 | MEREDITH, CAROL, 12018 N. 64TH DR., GLENDALE, AZ 85304 | |
| 10925 | MEREDITH, EDWARD, 1309 TRILLIUM CT N, INDIANAPOLIS, IN 46219 | |
| 10925 | MEREDITH, ELIZA, 3019 E GEORGIA RD, SIMPSONVILLE, SC 29681 | |
| 10925 | MEREDITH, ELLIS, 3020 OLD E GEORGIA RD, SIMPSONVILLE, SC 29681 | |
| 10925 | MEREDITH, MICHEAL, ROUTE 3 BOX 51, MERKEL, TX 79536 | |
| 10925 | MEREDITH, RUTH ANN, 4602 PERSHING BLVD, KENOSHA, WI 53142 | |
| 10925 | MEREDITH, TRICHA, 122 B-JENNIFER LN, MONROE, LA 71203 | |
| 10925 | MEREDITH, WILBUR, PO BOX 135, GREENVILLE, IN 47124 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925    MERENDA, FRANK, 5103 BEATTY ST., PISCATAWAY, NJ 08854

10925    MERENE, RHODORA, 318 WAYNE ST, JERSEY CITY, NJ 07302

10925    MERG DELIVERY, 1133 REGINA DR., BALTIMORE, MD 21227

10925    MERGENTHALER, MARIA, 2820 CORTE CAFETAL, SAN YSIDRO, CA 92073

10925    MERIAM J WENIZ TR UA, FEB 24 84 WENIZ FAMILY TRUST, 1467 S REXFORD DR 101, LOS ANGELES, CA 90035-3137

10925    MERIAN, DORENE, 80 CRANE RD, MT LAKES, NJ 07046

10925    MERICA, GLENWOOD, 20 DISNEY AVE, PASADENA, MD 21122-2157

10924    MERICO ABATEMENT, TXU MONTICELLO FM 127, MOUNT PLEASANT, TX 75455

10925    MERIDEN COOPER, 112 GOLDEN ST, MERIDEN, CT 06450

10924    MERIDIA EUCLID HOSPITAL, C/O AKRON INSULATING, AKRON, OH 44314

10924    MERIDIA HURON HOSPITAL, 13951 TERRACE ROAD, CLEVELAND, OH 44112

10924    MERIDIAN  PRECAST, P O BOX 20517, WACO, TX 76702

10924    MERIDIAN BUSINESS PARK, 2605 MERIDIAN PARKWAY, DURHAM, NC 27713

10924    MERIDIAN CHEMICAL & EQUIPMENT, 4015 RIVER ROAD, AMARILLO, TX 79108

10924    MERIDIAN CROSSING, 1201 - 1205 WEST 77TH STREET, RICHFIELD, MN 55423

10924    MERIDIAN EUCLID HOSPITAL, 1985 MANCHESTER BLVD., AKRON, OH 44314

10925    MERIDIAN OCCUPATIONAL MEDIC, PO BOX 980730, WEST SACRAMENTO, CA 95798

10924    MERIDIAN PHARMACEUTICALS, INC., 1316 COMMERCE DRIVE NW, DECATUR, AL 35601

10924    MERIDIAN PRECAST & GRANIT, PO BOX 20517, WACO, TX 76702

10924    MERIDIAN PRECAST, 24000 WOODWAY DR, WACO, TX 76712

10924    MERIDIAN RESOURCE CORPORATION, 1401 ENCLAVE PARKWAY, HOUSTON, TX 77077

10924    MERIDIAN RESOURCES CORPORATION, 1401 ENCLAVE PARKWAY, HOUSTON, TX 77077

10924    MERIDIAN RESOURCES, 900 SHELL ROAD, WEEKS ISLAND, LA 70560

10924    MERIDIAN RESOURCES, ATTN:  TERRY IVY, 1401 ENCLAVE PARKWAY, HOUSTON, TX 77077

10925    MERIDIAN TECHNOLOGIES INC., 9821 KATY FREEWAY SUITE 925, HOUSTON, TX 77024

10925    MERIGO, ANNA, R. D. N 5 BOX 63, MC DONALD, PA 15057

10925    MERIN HUNTER CODMAN, 1601 FORUM PLACE # 200, WEST PALM BEACH, FL 33401

10925    MERINO, RICHARD, BLDG 42, APT. 107, HINSDALE, IL 60521

10925    MERINO, VERNETTA, RR2 BOX 48, ST ANNE, IL 60964

10924    MERIT CONCRETE INC., 10442 METROPOLITAN AVE., KENSINGTON, MD 20895

10924    MERIT CONCRETE INC., 12000 ANNAPOLIS JCT. RD., ANNAPOLIS JUNCTION, MD 20701

10924    MERIT CONCRETE INC., 1976 WORCESTER HWY., POCOMOKE CITY, MD 21851

10924    MERIT CONCRETE INC., 5501 VAN DUSEN RD, LAUREL, MD 20707

10924    MERIT CONCRETE INC., 6401 GOLDEN TRIANGLE DR, GREENBELT, MD 20770

10924    MERIT CONCRETE INC., 6401 GOLDEN TRIANGLE DRIVE, GREENBELT, MD 20770

10924    MERIT CONCRETE INC., DO NOT USE THIS CUST #, BALTIMORE, MD 21227

10924    MERIT CONCRETE INC., ROCKVILLE QUARRY, ROCKVILLE, MD 20849

10924    MERIT CONCRETE INC., WASHINGTON AVE., LA PLATA, MD 20646

10924    MERIT CONCRETE OF VA, 14635 COMPTON ROAD, CENTREVILLE, VA 20122

10924    MERIT CONCRETE OF VA, 6401 GOLDEN TRIANGLE DR, GREENBELT, MD 20770

10924    MERIT CONCRETE OF VA, 6401 GOLDEN TRIANGLE DRIVE, GREENBELT, MD 20770

10924    MERIT CONCRETE OF VA, 7310 OLD COMPTON RD, MANASSAS, VA 22110

10924    MERIT CONCRETE OF WV, 509 - RT 9 WEST, KEARNEYSVILLE, WV 25430

10924    MERIT CONCRETE OF WV, ROCKY LANE, MARTINSBURG, WV 25401

10924    MERIT CONCRETE, 13900 PINEY MEETINGHOUSE ROAD, ROCKVILLE, MD 20850

10924    MERIT CONCRETE, INC., LEGORE BRIDGE ROAD, WOODSBORO, MD 21798

10924    MERIT CONRETE OF WV, 166 QUARRY BLAIR RD., RANSON, WV 25438

10924    MERIT EASTERN SHORE, 1000 PARSONS ROAD, SALISBURY, MD 21802

10924    MERIT EASTERN SHORE, 1469 OLD BLOOMFIELD ROAD, EASTON, MD 21601

10924    MERIT ENERGY, 2401 FOUNTAINVIEW STREET, HOUSTON, TX 77057

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MERIT INK, INC., 1055 UNION CENTER DRIVE, ALPHARETTA, GA 30004

10924    MERIT MANUFACTURING COMPANY, 12189 MAPLE STREET, ASHLAND, VA 23005

10924    MERIT PRINTING INK, 1451 SOUTH LORENA STREET, LOS ANGELES, CA 90023

10924    MERITCARE CLINIC, 737 BROADWAY, FARGO, ND 58102

10924    MERITCARE HOSP C/O BAHL INSULATION, 720 FOURTH STREET NORTH, FARGO, ND 58102

10925    MERITER HOSPITAL INC, AXLEY BRYNELSON STEVEN M STRECK, 202 SOUTH PARK ST, PO BOX 1767, MADISON, WI 53701-1767

10925    MERITER HOSPITAL INC, PETER J QUINET,

10925    MERITER HOSPITAL INC, STAFFORD ROSENBAUM ERIC MEIER, PO BOX 1784, MADISON, WI 53701

10924    MERITER HOSPITAL, WEST EXPANSION, MADISON, WI 53701

10925    MERITER RETIREMENT SERVICES INC, MICHAEL E SKINDRUD, ONE E MAIN ST, MADISON, WI 53703

10924    MERITIME PLAZA, C/O CEN CAL, SAN FRANCISCO, CA 94107

10925    MERIWETHER, DAVE, 2107 JARROD PLACE SE, SMYRNA, GA 30080

10925    MERIX CORPORATION, 1521 POPLAR LANE, FOREST GROVE, OR 97116

10924    MERIX, 1521 POPLAR LANE, FOREST GROVE, OR 97116

10925    MERJANIAN, JOHN, 6 DELORES DR, BURLINGTON, MA 01803

10924    MERK MANUFACTORING, 3517 RADIUM  SPRINGS, ALBANY, GA 31705

10925    MERK, JAN, RT 3, BOX 245, JEFFERSON, GA 30549

10925    MERK, MERRY, RT 3 BOX 245, JEFFERESON, GA 30549

10925    MERKEL, KEVIN, 5028 EDGECLIFF, WICHITA FALLS, TX 76302

10925    MERKEL, MARSHANN, 1031 N BENT OAK TERR, CRYSTAL RIVER, FL 34429

10925    MERKEL, VIRGIL, 3207 E. ARLINE RD, 109, VICTORIA, TX 77901

10925    MERKI & ASSOCIATES, 1204 W. UNIVERSITY DRIVE, DENTON, TX 76201

10925    MERLE G OWEN & ALTHEA L, OWEN TR UA JUN 7 97, THE MERLE G OWEN LIVING, TRUST, 703 ORIOLE AVE, PARK RIDGE, IL 60068-2749

10924    MERLE NORMAN COSMETICS, 9130 BELLANCA AVENUE, LOS ANGELES, CA 90045

10925    MERLE PEIXOTO, 205B RAINBOW ROCK, 17744 HWY 101N, BROOKINGS, OR 97415-8135

10925    MERLE REPPERT, 5063 LAGO VISTA WY, PARADISE, CA 95969-6679

10924    MERLEN FOOD, 100 EAST QUARRY ROAD, ROCHELLE, IL 61068

10924    MERLEN FOOD, 2774 EAST MAIN STREET, SAINT CHARLES, IL 60174

10924    MERLEN FOOD, SUITE 300, 2560 FOXFIELD, SAINT CHARLES, IL 60174-5731

10925    MERLING, REBECCA, 8603 HADDEN RD., BAYTOWN, TX 77521

10925    MERLYN LOUIS MCKILLIP &, MAXINE M MCKILLIP JT TEN, 308 9TH ST, DEWITT, IA 52742-1439

10924    MERMIT WEAVING, 5970 N. MAIN ST., COWPENS, SC 29330

10925    MERNA L SHANER, 9531 CEDAR EDGE, SAN ANTONIO, TX 78263-6217

10925    MERNICK, GRACE, 231 MASSACHUSETTS AVE, ARLINGTON, MA 02174

10925    MERONEY, ROBERT A, 2901 TURTLE CREEK DR, SUITE 201, PORT ARTHUR, TX 77642

10924    MERQUIAND LTDA, OFICINA 305, BOGOTA, COLOMBIA                          *VIA Deutsche Post*

10925    MERRIAM, GORDON, PO BOX 317, MEEKER, CO 81641

10925    MERRIAM, JOSEPH, PO BOX 1006, MEEKER, CO 81641

10925    MERRIAM, LORIN, 379 RIDGE VIEW DRIVE, GRAND JUNCTION, CO 81503

10924    MERRICK DRYWALL/SACKS 5TH AVENUE, C/O OXNARD BUILDING MATERIALS, SANTA BARBARA, CA 93103

10925    MERRICK, CONNIE, 95 SOUTH ST, CARY, IL 60013

10925    MERRICK, DENNIS, 95 SOUTH ST, CARY, IL 60013

10925    MERRIETT, CLAYTON, 4515 WINDEE AVE, LAKELAND, FL 33811-1433

10925    MERRIETT, CLAYTON, 4519 WINDEE AVE, LAKELAND, FL 33811-1433

10925    MERRIFIELD, DARREN, 232 EAST 18TH ST., CUT OFF, LA 70345

10925    MERRIFIELD, LONNIE, RT. 1, BOX 91-L, GALLIANO, LA 70354

10925    MERRIFIELD, THERESA, 6334 E. SAGE ST., INVERNESS, FL 34452

10925    MERRILAT, ROUTE 11, MARION, VA 24354

10925    MERRILL CONSULTING GROUP INC., 145 NORTH CHURCH ST, #13, SPARTANBURG, SC 29306

9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MERRILL CORPORATION, CM-9638, SAINT PAUL, MN 55170-9638

10925   MERRILL LYNCH & CO, NORTH TOWER - 28TH FL, NEW YORK, NY 10281-1330

10925   MERRILL LYNCH & CO, NORTH TOWER-28TH FLR, NEW YORK, NY 10281-1328

10924   MERRILL LYNCH BUILDING #4, SCOTCH ROAD OFFICE PARK, HOPEWELL, NJ 08525

10924   MERRILL LYNCH PHASE TWO, 423 SCOTCH ROAD, PENNINGTON, NJ 08534

10925   MERRILL LYNCH PIERCE, PO BOX 12251, NEW YORK, NY 10249

10925   MERRILL LYNCH, 3000 K ST NW #620, WASHINGTON, DC 20007

10925   MERRILL LYNCH, 717 5TH AVE 8TH FL, NEW YORK, NY 10022

10924   MERRILL LYNCH, 95 GREENE ST COVNEV & GREENE ST, JERSEY CITY, NJ 07302

10925   MERRILL LYNCH, BOX 12251, NEW YORK, NY 10249

10924   MERRILL LYNCH, SCOTCH ROAD OFFICE PARK, HOPEWELL, NJ 08525

10925   MERRILL NEW YORK COMPANY, CM-9638, SAINT PAUL, MN 55170

10925   MERRILL RICHARD NEARY, 232 PARK AVE, COUNCIL BLUFFS, IA 51503-4371

10925   MERRILL S MATSON & BETTY M MATSON, TR U/D/T AUG 8 83, 2330 MORNING GLORY TRAIL, SPRING HILL, FL 34606-3469

10925   MERRILL SHAPIRO, 1115 W DURWOOD CRES, RICHMOND, VA 23229-6704

10925   MERRILL, CANDY, 1050 W. HICKORY, KANKAKEE, IL 60901

10925   MERRILL, CRAIG, 2130 JACKSON ST #302, SAN FRANCISCO, CA 94115

10925   MERRILL, DINA, 6716 WHISPERING PINE, ORLANDO, FL 32824

10925   MERRILL, DONNA, 6891 SW 130 TERRACE, MIAMI, FL 33156

10925   MERRILL, GARY, 514 C. BEACH AVE. WINDS II, 1B, CAROLINA BEACH, NC 28428

10925   MERRILL, KIMBERLY, R D BOX 217, DELLSLOW, WV 26531

10925   MERRILL, LAURA, 6413 BIRCHLEIGH CIR., ALEXANDRIA, VA 22310

10925   MERRILL, LAWRENCE, PO BOX 254, WINDTHORST, TX 76389

10925   MERRILL, MARGIE, 10428 E RIVER SOUTH RD, MOMENCE, IL 60954

10925   MERRILL, NOREEN, 69 HILLCREST AVE, HAVERHILL, MA 01832

10925   MERRILL, PHILIP, 2327 -A VANCE AVE., ALEXANDRIA, LA 71301

10925   MERRILL, TONJA, 1050 W HICKORY, KANKAKEE, IL 60901

10925   MERRILL, WILLIE, ROUTE 2 BOX 355, GRAY COURT, SC 29645-9539

10925   MERRILY WAX TODD, 14545 SW 84TH AVE, MIAMI, FL 33158-1414

10925   MERRIMAC GROUP LTD, THE, 217 B ISLAND ROAD, KINTNERSVILLE, PA 18930

10925   MERRIMAC IND, 41 FAIRFIELD PLACE, CALDWELL, NJ 07007

10925   MERRIMAC INDUS INC, 41 FAIRFIELD PLACE, WEST CALDWELL, NJ 07006

10925   MERRIMAC INDUSTRIAL SALES, PO BOX 11124, BOSTON, MA 02211

10924   MERRIMAC INDUSTRIES, INC., 41 FAIRFIELD PLACE, CALDWELL, NJ 07007

10924   MERRIMAC INDUSTRIES, INC., PO BOX 986, CALDWELL, NJ 07007-0986

10924   MERRIMACK BUILDING SUPPLY, 260 DANIEL WEBSTER HWY., MERRIMACK, NH 03054

10924   MERRIMACK BUILDING SUPPLY, P O BOX 865, MERRIMACK, NH 03054

10924   MERRIMACK BUILDING SUPPLY, PO BOX865, MERRIMACK, NH 03054

10925   MERRIMACK VALLEY UNITED FUND, TWO LIBERTY SQUARE, BOSTON, MA 02109

10925   MERRIMACK VALLEY UNITED FUND,INC, PO BOX 8228, WARD HILL, MA 01835-0728

10925   MERRIMAN, FLOYD, 1222 BELL RD SOUTH, IOWA PARK, TX 76367

10925   MERRINGTON, LINNIE, 105 EASTSIDE DR., CONCORD, NC 28025

10925   MERRINGTON, ROBERT, 94 BALDWIN LANE, BOXBOROUGH, MA 01719-2018

10924   MERRITHEW HOSPITAL, C/O SAN FRANCISCO GRAVEL, ALHAMBRA BLVD., MARTINEZ, CA 94553

10925   MERRITT BRIDGES, BOX 68, MORRIS, NY 13808-0068

10925   MERRITT COMPANY, PO BOX 955, SANTA MONICA, CA 90406

10925   MERRITT JR, JULIUS, 307 HAMILTON ST, ROANOKE RAPIDS, NC 27870

10925   MERRITT, ARLENE, 1411 ANGELBROOK CT, NORTH LAS VEGAS, NV 89030

10925   MERRITT, BRADFORD, 13840 KICKAPOO TR, LOCKPORT, IL 60441

10925   MERRITT, CHARLES, PO BOX 8188, FEDHAVEN, FL 33854

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MERRITT, COLLEEN, 1812 RIDGECROFT DRIVE, FOREST HILL, MD 21050 | |
| 10925 | MERRITT, DANIEL, 6638 SNOW MEADOW, SAN ANTONIO, TX 78109 | |
| 10925 | MERRITT, EUNICE, 952 TRIMBLE PLACE, SAGAMORE HILLS, OH 44067 | |
| 10925 | MERRITT, FLORENCE, 111 NORRIS ST, FLORA, MS 39071 | |
| 10925 | MERRITT, FRANCES, 2711 E PHILLIPS ROAD, GREER, SC 29650-8250 | |
| 10925 | MERRITT, GAIL, PO BOX 775, DOVER, NC 28526 | |
| 10925 | MERRITT, HARVEY, 3935 E ROAD 540A, LAKELAND, FL 33813 | |
| 10925 | MERRITT, JOHNNIE, ROUTE 4 BOX 1143, MADISON, FL 32340-9719 | |
| 10925 | MERRITT, KATHERINE, 105 SNYDER DRIVE, BRANDON, MS 39042 | |
| 10925 | MERRITT, MARCIA, RT 9 BOX 733-10, MORGANTON, NC 28655 | |
| 10925 | MERRITT, MARY REGINA, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | MERRITT, MARY, 33 SPARKS FARM ROAD, SPARKS, MD 21152 | |
| 10925 | MERRITT, PEGGY, 2207 WADE HAMPTON, GREENVILLE, SC 29615 | |
| 10925 | MERRITT, SCHUYLER, 6739 HATCHER ROAD, LAKELAND, FL 33811 | |
| 10925 | MERRITT, THOMAS, 11 THOMAS DRIVE, CLARK, NJ 07066 | |
| 10925 | MERRITT, THOMAS, PO BOX 115, HIGHLAND CITY, FL 33846 | |
| 10925 | MERRITT, TRACY, 5645 CHARJENE WAY, SUN VALLEY, NV 89433 | |
| 10925 | MERRITT, WILLIAM, PO BOX 3783, EL CENTRO, CA 92243 | |
| 10925 | MERRITTS CRANE SERVICE, 318 PINE HILS DR, WILMINGTON, NC 28403 | |
| 10925 | MERRIWEATHER, VINDA, 5921 S. LIBERTY, TUCSON, AZ 85706 | |
| 10925 | MERRY COOK, THE, 2898 S PERKINS, MEMPHIS, TN 38118 | |
| 10925 | MERRY COOK, THE, 7547 CANNON GATE CV, GERMANTOWN, TN 38138 | |
| 10925 | MERRY MAIDS 190, 21000 BOCA RIO ROAD, A-18, BOCA RATON, FL 33433 | |
| 10925 | MERRYMAN, JOHN, 1865 WEST 6TH ST, RENO, NV 89503-4010 | |
| 10925 | MERRYMAN, JUDY, 15 EUTAW AVE, LYNN, MA 01902 | |
| 10925 | MERRYMAN, LOUISE, 5017 KENSINGTON DRIVE, SAN DIEGO, CA 92116-2102 | |
| 10925 | MERRYMAN, ROBERT, 505 2ND ST SE, WASHINGTON, DC 20003 | |
| 10925 | MERRYMAN, SHERIE, 39845 WYATT LN., FREEMONT, CA 94538 | |
| 10925 | MERRYMAN, THELMA, 12502QUATERCHARGEDR, SPOTSYLVANIA, VA 22553 | |
| 10925 | MERSEREAU, PETER, 44 MERRIMACK ST, CONCORD, NH 03301 | |
| 10925 | MERSKY, ESQ, RACHEL B, WALSH, MONZACK & MONACO, 1201 N ORANGE ST #400, WILMINGTON, DE 19801 | |
| 10924 | MERTEL GRAVEL CO, 2400 WEST WATER STREET, PERU, IL 61354 | |
| 10925 | MERTEL GRAVEL COMPANY, 2400 WATER ST, PERU, IL 61354 | |
| 10925 | MERTENS, JOHN, 61 FERNALD ST, GLOUCESTOR, MA 01930 | |
| 10925 | MERTENS, NANCY, 61 FERNALD ST, GLOUCESTER, MA 01930 | |
| 10925 | MERTIG, SHELLEY, PO BOX 533, CAMBRIA, WI 53923 | |
| 10925 | MERTZ, ALBERT, 605 SHERRY DRIVE, SYKESVILLE, MD 21784 | |
| 10925 | MERTZ, DIANE, 500 RED FOX LANE, EASTON, PA 18040 | |
| 10925 | MERTZ, KEVIN, 605 SHERRY DR, SYKESVILLE, MD 21784 | |
| 10925 | MERTZ, LORETTA, 6805 E 108TH ST, KANSAS CITY, MO 64134 | |
| 10925 | MERTZ, STANLEY A, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | |
| 10925 | MERTZ, STANLEY, 605 SHERRY DRIVE, ELDERSBURG, MD 21784 | |
| 10925 | MERTZ, THELMA, PO BOX 510338, NEW BERLIN, WI 53151-0338 | |
| 10925 | MERVIS, CINDY, 9336 EDMONSTON RD #14, GREENBELT, MD 20770 | |
| 10925 | MERVIS, JOY, 3912 TEVIS CIRCLE, RANDALLSTOWN, MD 21133 | |
| 10925 | MERVYN W JENKINS, PO BOX 228, CHILLICOTHE, MO 64601-0228 | |
| 10924 | MERVYN'S STORE, C/O THOMPSONS BUILDING MATERIALS, CUPERTINO, CA 95014 | |
| 10924 | MERVYNS, COTTONWOOD MALL, ALBUQUERQUE, NM 87101 | |
| 10925 | MERWIN K SCHOOF TR UA SEP 7 94, MERWIN K SCHOOF REVOCABLE TRUST, 1026 CARRIAGE LANE, CEDAR FALLS, IA 50613-1608 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10925   MERWIN, CHARLES, 4211 MEADOW CT., MARIETTA, GA 30066

10925   MERYL STEVENS BERK CUSTODIAN FOR, HAYLEY NICOLE BERK UNIF GIFT, TO MNR, 12 LAFAYETTE DR, KENDALL PARK, NJ 08824-1935

10924   MERZ VAULT CO, BOX 382, SALEM, IL 62881

10924   MERZ VAULT CO, ROUTE 37 SOUTH, SALEM, IL 62881

10924   MERZ VAULT CO.,INC., P.O.BOX 382, SALEM, IL 62881

10925   MERZENA, RUTH, 176 S. TRIANGLE RD., HILLSBOROUGH, NJ 08844

10925   MERZIKIAN, SALPI, 38 WELLESLEY RD, BELMONT, MA 02158

10924   MESA AIRPORT, 4201 NORTH MAIN STREET, FORT WORTH, TX 76106

10925   MESA CARE IMMEDIATE CARE, 5015 WEST 65TH ST, BEDFORD PARK, IL 60638

10925   MESA CARE, 5015 W 65TH ST, BEDFORD PARK, IL 60638

10925   MESA CONSULTING GROUP, INC, 10275 MEADOWKNOLL DRIVE, LOVELAND, OH 45140

10925   MESA EASTERN FOOTBALL, 921 S.VAL VISTA #174, MESA, AZ 85204

10924   MESA ELEMENTARY SCHOOL, MESA ELEMENTARY, MESA, AZ 85201

10924   MESA INSULATION, 1110 - 16 ROAD, FRUITA, CO 81521

10924   MESA LUTHERAN, MESA, AZ 85206

10925   MESA PETROLEUM CO CT CORP SYSTEM, 406 FULLER AVE, HELENA, MT 59601

10925   MESA PETROLEUM CO, 1209 ORANGE ST, WILMINGTON, DE 19801

10924   MESA POLICE EVIDENCE LAB, MESA, AZ 85201

10924   MESA PRECAST SUPPLY INC., 808 S. MCCLINTOCK, TEMPE, AZ 85281

10924   MESA PRECAST, 808 S. MCCLINTOCK, TEMPE, AZ 85281

10924   MESA SPORTS, HOHOKAM PARK, MESA, AZ 85201

10925   MESA TECHNOLOGY, 9720 PATUXENT WOODS DR., COLUMBIA, MD 21046

10924   MESA VERDE ENTERPRISES, PO BOX 907, ALAMOGORDO, NM 88311

10925   MESA, JOHNNY, 815 W. WINKLER, KERMIT, TX 79745

10925   MESA, JUAN, 210 SHORE ROAD APT 4G, LONG BEACH, NY 11561

10925   MESCALL EQUIPMENT, PO BOX 297, MERRIMACK, NH 60101

10924   MESCO ELECTRICAL SUPPLY, PO BOX 670, MILFORD, OH 45150

10924   MESCO, P.O. BOX 44, NEW BREMEN, OH 45869

10925   MESEK, MARY, 115 DUG RD., SOUTH GLASTONBURY, CT 06073

10925   MESHAW, ANGELA, 107 CHERRYSTONE CT, SIMPSONVILLE, SC 29680

10925   MESHEJIAN, KELLY, 102 VIRGINIA CIRCLE, DAPHNE, AL 36526

10925   MESICH, JANICE, N87 W6893 EVERGREEN CT, CEDARBURG, WI 53012

10925   MESILLA VALLEY FERTILIZER SERVICES, POBOX 63, VADO, NM 88072

10924   MESQUITE AMC 30, 19919 INTERSTATE 635, MESQUITE, TX 75149

10924   MESQUITE CRIME JUSTICE, 550 HILLSIDE DRIVE, MESQUITE, NV 89024

10924   MESQUITE JACKS, A AND F, MESQUITE, NV 89024

10924   MESQUITE OASIS CASINO, SMITH AND GREEN, MESQUITE, NV 89024

10925   MESQUITIC JR, ESEQUIEL, 720 W. CHEROKEE, PHARR, TX 78577

10925   MESSAGE CENTER, PO BOX 3056, BOSTON, MA 02241-3056

10925   MESSAGE NETWORK, 301 YAMATO ROAD, BOCA RATON, FL 33431

10925   MESSAGE NETWORK, PO BOX 30089, TAMPA, FL 33630-3089

10925   MESSECAR, KAREN, 71 WASHINGTON ST, WATERLOO, NY 13165-1703

10925   MESSENGER, CHRISTOPHER, 7506 TAPP, OCEAN SPRINGS, MS 39564

10925   MESSENGER, DEBORAH, 19900 TANBARK WAY, BRINKLOW, MD 20862

10925   MESSER, ANN, 301 THOMPSON ROAD WOODRUFF SC, WOODRUFF, SC 29388

10925   MESSER, ELMER, 4021 E 52ND PLACE, TULSA, OK 74135

10925   MESSER, LILLIAM, 875 NELSON ST, JAX, FL 32205

10925   MESSER, MARY, 4021 EAST 52ND PLACE, TULSA, OK 74135-3910

10925   MESSER, MICHAEL, 1598 COBBLESTONE CT, MONTGOMERY, AL 36117

10925   MESSER, PHILIP, 10 HEATHER ROAD, WATERTOWN, MA 02172

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MESSER, SARA ANN, 10796 BONANZA, ADELENTO, CA 92301

10925   MESSER, TOMMIE, 8621 SUSANVIEW LANE, CINCINNATI, OH 45244

10925   MESSER, WILLIAM, 5285 MONTEREY CIR #60, DELRAY BEACH, FL 33484-8372

10925   MESSERSCHMIDT, EDWARD, 7743 WOODLAWN AVE, PASADENA, MD 21122

10925   MESSERSCHMIDT, WILLIAM, 625 KALB AVE, GREEN BAY, WI 54301-2442

10925   MESSIER, DARWIN, 107 WOODLAND RD, MAULDIN, SC 29662

10925   MESSINA, LORRAINE, 23 REGIS RD., ARLINGTON, MA 02174

10925   MESSINA, PETER, 23 REGIS RD, ARLINGTON, MA 02174

10925   MESSINA, SHEILA, 5272 MERIDIAN AVE, SAN JOSE, CA 95118

10925   MESSINGER, BEATRICE, PO BOX 213, ANNANDALE, NJ 08801-0213

10925   MESSINGER, MICHELLE, 4 GARFIELD LANE EAST, ANDOVER, MA 01810

10925   MESSINGER, STEPHEN, 4 GARFIELD LANE EAST, ANDOVER, MA 01810

10924   MESSITT CARE CLINIC, 1233 34TH STREET N.W., BEMIDJI, MN 56601

10925   MESSNER, CHAD, 13975 S.R. 39 APT B, LAKEVILLE, OH 44638

10925   MESTAS, DANIEL, 1395 WEST 2ND ST., CRAIG, CO 81625

10925   MESTMAN, SHARI, 2100 LINWOOD AVE, FORT LEE, NJ 07024

10925   MESTON, NEIL, 902 SOUTH WALDEN ST, 105, AURORA, CO 80017

10925   MESZAROS, GEORGE, 226 AILES RD, DELTA, PA 17314

10925   MESZAROS, TARA, 10555 W. JEWEL AVE., #16-104, LAKEWOOD, CO 80232

10925   MET ELECTRICAL TESTING CO, INC, 916 W. PATAPSCO AVE., BALTIMORE, MD 21230

10925   MET ELECTRICAL TESTING CO., PO BOX 75401, BALTIMORE, MD 21275

10925   MET PRO CORP, POBOX 7777 W3525, PHILADELPHIA, PA 19175

10925   MET PRO SUPPLY INC., 1550 CENTENNIAL BLVD., BARTOW, FL 33830

10925   META BROWN, 1820 HURLEY MOUNTAIN RD, HURLEY, NY 12443-5015

10925   META GROUP INC, PO BOX 19114, NEWARK, NJ 07195-0114

10925   METACHEM TECHNOLOGIES, INC, 3547 VOYAGER ST, TORRANCE, CA 90503

10924   METACON LLC, 3855 SOUTH 500 WEST-K, SALT LAKE CITY, UT 84115

10925   METAKES, WILLIAM, 3810 EMILIA DR, DAYTONA BEACH, FL 32127

10925   METAL CARABIDES INC, JOSEPH E HIGGINS VP, 6001 SOUTHERN BLVD, PO BOX 3749, YOUNGSTOWN, OH 44512

10924   METAL CLAD, IRVINE, CA 92619

10924   METAL CLEANING & FINISHING, 5 WEST 22ND, TULSA, OK 74114

10924   METAL CLEANING & FINISHING, SUITE 310, 5 WEST 22ND, TULSA, OK 74114

10925   METAL CONSTRUCTION ASSOCIATION, 104 S MICHIGAN AVE SUITE 1500, CHICAGO, IL 60603

10924   METAL CONTAINER CORPORATION, 1000 BRUENING ROAD, NEWBURGH, NY 12550

10924   METAL CONTAINER CORPORATION, 10980 INLAND AVENUE, MIRA LOMA, CA 91752

10924   METAL CONTAINER CORPORATION, 110 MCC DRIVE, ROME, GA 30161

10924   METAL CONTAINER CORPORATION, 1100 N. ELLIS ROAD, JACKSONVILLE, FL 32205

10924   METAL CONTAINER CORPORATION, 1145 E. 233RD STREET, CARSON, CA 90745

10924   METAL CONTAINER CORPORATION, 1201 18TH AVENUE, WINDSOR, CO 80550

10924   METAL CONTAINER CORPORATION, 3713 HARMON AVENUE, OKLAHOMA CITY, OK 73179

10924   METAL CONTAINER CORPORATION, 42 TENBROOK INDUSTRIAL PARK, ARNOLD, MO 63010

10924   METAL CONTAINER CORPORATION, 5909 N.W. 18TH DRIVE, GAINESVILLE, FL 32601

10924   METAL CONTAINER CORPORATION, 7155 CENTRAL AVENUE, RIVERSIDE, CA 92504

10925   METAL CONTAINER CORPORATION, 7777-W2270, PHILADELPHIA, PA 19175-2270

10924   METAL CONTAINER CORPORATION, COLUMBUS CORPORATE CENTER, 350 MCCORMICK BOULEVARD, COLUMBUS, OH 43213

10925   METAL CONTAINER CORPORATION, PO BOX 502815, SAINT LOUIS, MO 63150-2815

10924   METAL CONTAINER CORPORATION, PO BOX180906, SAINT LOUIS, MO 63118

10924   METAL CONTAINER CORPORATION, PO BOX180906, SAINT LOUIS, MO 63118-8888

10924   METAL CUTTING CORPORATION, 59 VILLAGE PARK ROAD, CEDAR GROVE, NJ 07009

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   METAL DECOR, DIV OF ASSOC ENGRAVING CO, SPRINGFIELD, IL 62794

10925   METAL DECOR, PO BOX 19452, SPRINGFIELD, IL 62794

10924   METAL INDUSTRIES, 760 WEST MARKET STREET, GRATZ, PA 17030

10924   METAL INDUSTRIES, INC., 1825 E. NATIONAL AVENUE, BRAZIL, IN 47834

10924   METAL INDUSTRIES, INC., 9373 HYSSAP DRIVE, RANCHO CUCAMONGA, CA 91730

10924   METAL INDUSTRIES, INC., 9373 HYSSOP DRIVE, RANCHO CUCAMONGA, CA 91730

10924   METAL INDUSTRIES, INC., MAGNOLIA INDUSTRIAL PARK, MILLEN, GA 30442

10924   METAL INDUSTRIES, INC., PO BOX 1038, MILLEN, GA 30442

10924   METAL INDUSTRIES, ROUTE 25, 760 WEST MARKET STREET, GRATZ, PA 17030

10925   METAL LIDZ, 168 YOUNGSTOWN ROAD SOUTH EAST, WARREN, OH 44482

10924   METAL LIDZ, INCORPORATED, 1938 YOUNGSTOWN ROAD S.E., WARREN, OH 44483

10925   METAL LUBRICANTS CO., 17050 LATHROP AVE, HARVEY, IL 60426

10925   METAL LUBRICANTS CO., PO BOX 8327, CHICAGO, IL 60680

10924   METAL PACKAGING, 11084 LEROY DRIVE, NORTHGLENN, CO 80233

10924   METAL PREPARATIONS, 26 LANSING STREET, BUFFALO, NY 14207

10925   METAL ROOF ADVISORY GROUP LTD, 8655 TABLE BUTTE RD, COLORADO SPRINGS, CO 80908

10925   METAL SAMPLES COMPANY, PO BOX 11407, BIRMINGHAM, AL 35246-0420

10924   METAL TECH DESIGN, 101 E. ORIENT STREET, DILL CITY, OK 73641

10924   METALCAST ENGINEERING, 4800 COLISEUM WAY, OAKLAND, CA 94601

10925   METALCOAT INC. OF FLORIDA, POST OFFICE BOX 857, MULBERRY, FL 33860-0857

10925   METALCON INTERNATIONAL, 10 MIDLAND AVE., NEWTON, MA 02158

10924   METALCRAFT OF MAYVILLE, 1000 METALCRAFT DRIVE, MAYVILLE, WI 53050

10924   METALLIZED CARBON, 2500 BROADWAY, CAMDEN, NJ 08104

10924   METALLIZED CARBON, PO BOX 751, OSSINING, NY 10562

10924   METALLIZED ENGINEERING INC., 120 BOWLES ROAD, AGAWAM, MA 01001-0505

10924   METALLIZED ENGINEERING INC., 120 BOWLES ROAD, PO BOX 505, AGAWAM, MA 01001-0505

10924   METALLIZED ENGINEERING, 120 BOWLES RD, AGAWAM, MA 01001

10924   METALLIZED PRODUCTS INC., 37 EAST STREET, WINCHESTER, MA 01890-1190

10925   METALLIZING INCORPORATED, 4821 WEST 67TH ST, BEDFORD PARK, IL 60638-6488

10925   METALLO GASKET COMPANY, 16 BETHANY ST., NEW BRUNSWICK, NJ 08901-2324

10924   METALLOID CORPORATION, 500 JACKSON STREET, HUNTINGTON, IN 46750

10925   METALLURGICAL SUPPLY CO, PMB 145, 6001 W. PARMER LANE STE 270, AUSTIN, TX 78727-3908

10924   METALPREN S.A., AV. ARGENTINA 5982, CALLAO, 09999ARG                    *VIA Deutsche Post*

10924   METALPREN S.A., AVENIDA ARGENTINA  5982, CALLAO - PERU, 0PER          *VIA Deutsche Post*

10925   METALS & CHEMICALS MARKETING, LLC, 578 POST ROAD EAST, SUITE 651, WESTPORT, CT 06880

10925   METALS & SERVICES CO, 330 WEST NORTH AVE, ADDISON, IL 60101

10925   METALTEK FABRICATING INC., 2595 BOND ST, UNIVERSITY PARK, IL 60466

10925   METALWORKING EQUIPMENT NEWS, POBOX 12846, BIRMINGHAM, AL 35202-2846

10925   METAMOR TECHNOLOGIES, LTD, ONE NORTH FRANKLIN, CHICAGO, IL 60606

10924   METAPLAST, 180 HYMUS ROAD, SCARBOROUGH ONTARIO, ON M1L 2E1TORONTO        *VIA Deutsche Post*

10925   METASA GROUP INC, THE, 164 LOTT CT, WEST COLUMBIA, SC 29169

10925   METASA GROUP INC, THE, POBOX 7248, COLUMBIA, SC 29202

10925   METASA GROUP, INC, THE, PO BOX 7248, COLUMBIA, SC 29202-7248

10924   METASOVE, 5556 TENYSON PKWY, DALLAS, TX 75222

10925   METAVAC, 4000 POINT ST, HOLTSVILLE, NY 11742

10924   METCALF & EDDY, INC., 30 HARVARD MILL SQUARE, WAKEFIELD, MA 01880

10925   METCALF & EDDY, PO BOX 70788, CHICAGO, IL 60673-0788

10925   METCALF INC, TIM METCALFE,

10925   METCALF, BRIAN, 3442 SPARROW HAWKS CT., WILMINGTON, NC 28409

10925   METCALF, CLARICE, 521 SASSAFRASS, SHREVEPORT, LA 71106

10925   METCALF, JEANNE, 5302 E. KELTON LN, SCOTTSDALE, AZ 85254

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   METCALF, LESLIE, 5116 MEMORIAL DRIVE, SEBRING, FL 33870

10925   METCALF, MARJORIE, 129 VIRGINIA ROAD, WALTHAM, MA 02154

10925   METCALF, MARJORIE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   METCALF, RONALD, 57 DOVER ST, BROCKTON, MA 02401

10925   METCALFE, CASSANDRA, 9700 BENNINGTON, KANSAS CITY, MO 64134

10925   METCALFE, HARLEY, 15804 DEARBORN, OVERLAND PARK, KS 66223

10925   METCALFE, MARGARET, 4219 BAKER ROAD, BAYTOWN, TX 77521

10925   METCALFE, ROBERT, 12829 PROBST RD, AURORA, IN 47001

10925   METCO ENVIRONMENTAL, PO BOX 99741, CHICAGO, IL 60690

10925   METEOR PHOTO & IMAGING, POBOX 93767, ATLANTA, GA 30318

10925   METER EQUIPMENT REPAIR CO, BOX 87, SALIDA, CA 95368

10925   METER EQUIPMENT REPAIR CO., BOX 87, SALIDA, CA 95368

10925   METER INC., 505 WEST WRIGHTWOOD AVE, ELMHURST, IL 60126

10925   METER MAINTENANCE & CONTROLS INC, 671 S COOLEY DR #117, COLTON, CA 92324

10925   METER MAINTENANCE & CONTROLS INC, 671 S COOLEY DRIVE #117, COLTON, CA 92324

10925   METER MAINTENANCE & CONTROLS INC, 671 SOUTH COOLEY DR #117, COLTON, CA 92324

10925   METER MASTER, 1080 TOWER LANE, BENSENVILLE, IL 60106

10925   METERING & WEIGHING SPECIALISTS, 11725 INDUSTRIPLEX, STE. 2, BATON ROUGE, LA 70809

10925   METERING & WEIGHING SPECIALISTS, PO BOX 45238, BATON ROUGE, LA 70895

10925   METERS & CONTROLS INC, 505 W WRIGHTWOOD AVE, ELMHURST, IL 60126

10925   METERS & CONTROLS, 505 W WRIGHTWOOD AVE, ELMHURST, IL 60126

10925   METERS & CONTROLS, 505 W WRIGHTWOOD AVE, ELMHURST, IL 60126-1088

10924   METEX CORP, 970 NEW DUEHAM ROAD, EDISON, NJ 08818

10924   METEX CORP., 101 KENTILE ROAD, SOUTH PLAINFIELD, NJ 07080

10924   METEX CORPORATION, 101 KENTILE ROAD, SOUTH PLAINFIELD, NJ 07080

10924   METHANOL IV VO. LTD., ATLANTIC AVENUE, POINT LISAS, COUVA, TRINIDAD, TTO     *VIA Deutsche Post*

10925   METHFESSEL, EDMUND, 6296 EVERGREEN AVE, SEMINOLE, FL 33772

10925   METHODE DEVELOPMENT CORP, 7444 WEST WILSON AVE, CHICAGO, IL 60656

10925   METHODE, 4001 INDUSTRIAL AVE, ROLLING MEADOWS, IL 60008

10924   METHODIST ABULATORY CENTER, 231 WEST TYRON AVE, JACKSON SQUARE, TN 37830

10925   METHODIST HEALTH CENTERS, PO BOX 297008, HOUSTON, TX 77297

10924   METHODIST HEALTH WEST, 8303 DODGE STREET, OMAHA, NE 68114

10925   METHODIST HEALTHCARE, 1325 EASTMORELAND, MEMPHIS, TN 38104

10925   METHODIST HEALTHCARE, 8071 WINCHESTER, MEMPHIS, TN 38125

10925   METHODIST HEALTHCARE/EXECUTIVE, 8071 WINCHESTER, MEMPHIS, TN 38125

10924   METHODIST HOSPITAL - TERSTEP, C/O MORTENSEN CONSTRUCTION, INDIANAPOLIS, IN 46202

10924   METHODIST HOSPITAL C/O SPRAY INS, C/O SPRAY INSULATION, MERRILLVILLE, IN 46410

10924   METHODIST HOSPITAL C/O SPRAY INSUL, 600 GRANT STREET, GARY, IN 46402

10924   METHODIST HOSPITAL OSC, C/O CIRCLE B, INDIANAPOLIS, IN 46206

10924   METHODIST HOSPITAL PSYCH BUILDING, C/O SPRAY INSULATION, GARY, IN 46400

10924   METHODIST HOSPITAL, 7TH AVE & 6TH STREET, BROOKLYN, NY 11200

10924   METHODIST HOSPITAL, 8303 DODGE ST., OMAHA, NE 68101

10924   METHODIST HOSPITAL, SEMMES MURPHY, MEMPHIS, TN 38112

10924   METHODIST MEDICAL CENTER, 990 OAKRIDGE TURNPIKE, OAK RIDGE, TN 37830

10924   METHUEN WAREHOUSE, METHUEN, MA 01844

10925   METHVEN, DALE, 15 WILLIAM ROAD, MARBLEHEAD, MA 01945

10925   METHVEN, DALE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   METIVIER, GEORGE, 317 LINDEN AVE APT 3, LONG BEACH, CA 90802-2507

10925   METKA, PATRICIA, 730 A FAIRMONT AVE, MOHNTON, PA 19540

10925   METLER INSTRUMENTS, INC, 1900 POLARIS PKWY, COLUMBUS, OH 43240

10925   METLIFE CAPITAL, LIMITED, PO BOX 951315, DALLAS, TX 75395-1315

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | METLIFE, PO BOX 72421, CHICAGO, IL 60678-2421 | |
| 10925 | METNICK BAREWIN WISE, VINEGAR HILL BLDG., 107 W. COOK, SPRINGFIELD, IL 62704 | |
| 10925 | METOCALL, PO BOX 79251, BALTIMORE, MD 21279-0251 | |
| 10925 | METOCEAN DATA SYSTEMS, 40 FIELDING AVE, DARTMOUTH, NS B3B 1E4CANADA | *VIA Deutsche Post* |
| 10925 | METOTT, JAMES, N. 5871 KOHLER RD., FREDONIA, WI 53021-9722 | |
| 10925 | METOYER, PAMELA SMITH, 11010 BELLBROOK, HOUSTON, TX 77096 | |
| 10925 | METRA, PO BOX 9307, CHICAGO, IL 60673 | |
| 10925 | METRAC, 4500 WENDELL DR S.W., ATLANTA, GA 30336 | |
| 10925 | METRAHI, MARIA, 127 FESCUE WAY, ROHNERT PARK, CA 94928 | |
| 10924 | METRE-GENERAL, INC., 9085 MARSHALL COURT, WESTMINSTER, CO 80030 | |
| 10925 | METREJEAN, CYNTHIA, 1307 KING ARTHUR, ALEXANDRIA, LA 71303 | |
| 10924 | METREX VALVE CORPORATION, 505 SOUTH VERMONT AVENUE, GLENDORA, CA 91741 | |
| 10925 | METREY, DIANA, 1356 FIRST AVE, NEW YORK, NY 10021-4434 | |
| 10925 | METRIC & MULTI STANDARD COMP., 120 OLD SAW MILL RIVER ROAD, HAWTHORNE, NY 10532 | |
| 10924 | METRIC CIANBRO, PICK UP AT BARRETT'S, SACO STREET, WESTBROOK, ME 04092 | |
| 10924 | METRIC CONST/TRAYLOR BROS, PO BOX 483, SCHRIEVER, LA 70395 | |
| 10924 | METRIC CONSTRUCTION, P.O. BOX 1310, SCHRIEVER, LA 70395 | |
| 10924 | METRIC CONSTRUCTION, SCHRIEVER, LA 70395 | |
| 10925 | METRICK, MARC, 1901 SW 118TH AVE, DAVIE, FL 33325 | |
| 10924 | METRO / ISLAND JOINT VENTURE, LLC, 282A HIGBIE LANE, WEST ISLIP, NY 11795 | |
| 10924 | METRO AIRPORT - CONCOURSE G, NORTHWEST AIRLINES, ROMULUS, MI 48174 | |
| 10925 | METRO BOILER TUBE CO, INC, PO BOX 1048, RINGGOLD, GA 30736 | |
| 10925 | METRO BOILER TUBE COMPANY, INC, PO BOX 72686, CHATTANOOGA, TN 37407 | |
| 10925 | METRO CIRCUITS, 205 LAGRANGE AVE, ROCHESTER, NY 14613 | |
| 10925 | METRO COMMERCIAL REAL ESTATE INC, 305 FELLOWSHIP RD. #314, MOUNT LAUREL, NJ 08054 | |
| 10924 | METRO CONCRETE LLC, 16708 HWY 67, BILOXI, MS 39530 | |
| 10924 | METRO CONCRETE, 1207 FM 1485 RD, CONROE, TX 77301 | |
| 10924 | METRO CONCRETE, 1207 FM 1485 ROAD, CONROE, TX 77301 | |
| 10924 | METRO CONCRETE, 3935 HWY 51, OCEAN SPRINGS, MS 39566 | |
| 10924 | METRO CONCRETE, LLC, 1117 REESE DRIVE, LEBANON, IL 62254 | |
| 10924 | METRO CONCRETE, LLC, P. O. BOX 1176, O'FALLON, IL 62269 | |
| 10924 | METRO CONCRETE, LLC, PO BOX1587, OCEAN SPRINGS, MS 39566-1587 | |
| 10925 | METRO CONSTRUCTION INC, 1936 VANDERHORN DR, MEMPHIS, TN 38134 | |
| 10925 | METRO CUSTOM STEEL & DESIGN LTD., 84 PASSMORE AVE, SCARBOROUGH, ON M1V 4S9CANADA | *VIA Deutsche Post* |
| 10925 | METRO DESIGN & SUPPLY CO., PO BOX 669155, MARIETTA, GA 30066 | |
| 10925 | METRO DISTRICTS HIGHLANDS RANCH, 62 WEST PLAZA DR., HIGHLANDS RANCH, CO 80129 | |
| 10924 | METRO ELECTRIC SUPPLY, 725 STEVENS AVENUE, OLDSMAR, FL 34677 | |
| 10924 | METRO GENERAL HOSPITAL, 1005 D.B. TODD BLVD., NASHVILLE, TN 37208 | |
| 10925 | METRO INDUSERVE SUPPLY, 513 WILLIAM ST, FREDERICKSBURG, VA 22401 | |
| 10925 | METRO INDUSTRIAL TIRE, 4825 WEST 128TH PL, ALSIP, IL 60803 | |
| 10925 | METRO INDUSTRIAL TIRE, 9200 S HARLEM AVE, BRIDGEVIEW, IL 60455 | |
| 10925 | METRO INDUSTRIAL TIRE, 9200 S. HARLEM, BRIDGEVIEW, IL 60455 | |
| 10925 | METRO LASER, PO BOX 950, TUCKER, GA 30085-0950 | |
| 10925 | METRO LIFT PROPANE, 2249 LITHONIA INDUSTRIAL BLVD, LITHONIA, GA 30058 | |
| 10925 | METRO LOCK & SAFE WEST, 3503 WEST DUNLAP, PHOENIX, AZ 85051 | |
| 10925 | METRO MACHINE CORP, FOOT OF LIGON ST, NORFOLK, VA 23523 | |
| 10925 | METRO MACHINE CORP, JEFF FACENDA ENV COMPLIANCE MGR, FOOT OF LIGNON ST, PO BOX 1860, NORFOLK, VA 23501 | |
| 10925 | METRO MACHINE CORP, PO BOX 1860, NORFOLK, VA 23501 | |
| 10924 | METRO MATERIALS INC, 1422 SCOTT AVE, DES MOINES, IA 50317 | |
| 10924 | METRO MATERIALS INC., 1422 SCOTT AVENUE, DES MOINES, IA 50317 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10924 | METRO MEDICAL OFFICE CENTER, C/O BRINKER TEAM CONSTRUCTION, DETROIT, MI 48200 | |
| 10924 | METRO MIX OF SOUTH FLORIDA INC, 2000 N.W. 110TH AVENUE, MIAMI, FL 33172 | |
| 10924 | METRO MIX OF SOUTH FLORIDA INC., PLANT #2, 13491 N. W. 186TH STREET, HIALEAH, FL 33015 | |
| 10924 | METRO MIX OF SOUTH FLORIDA, 1470-N NORTH WEST 107TH AVE, MIAMI, FL 33172 | |
| 10924 | METRO MIX, 1818 EAST 103 RD, CHICAGO, IL 60617 | |
| 10924 | METRO MIX, 1818 EAST 103RD, CHICAGO, IL 60617 | |
| 10925 | METRO MOBILE WASH INC, POBOX 13, SAINT PAUL PARK, MN 55071 | |
| 10924 | METRO POINTE, COSTA MESA, CA 92626 | |
| 10924 | METRO PRODUCTS & CONST., 393 RANKIN ST, FAYETTEVILLE, NC 28302 | |
| 10924 | METRO PRODUCTS & CONSTRUCTION, 201 S WALNUT STREET, LUMBERTON, NC 28358 | |
| 10924 | METRO PRODUCTS & CONSTRUCTION, 393 RANKIN ST, FAYETTEVILLE, NC 28302 | |
| 10924 | METRO PRODUCTS & CONSTRUCTION, DIXIE JUANO ROAD, LAURINBURG, NC 28352 | |
| 10924 | METRO PRODUCTS & CONSTRUCTION, HOBSON ROAD/STATE ROAD 1304, RAEFORD, NC 28376 | |
| 10924 | METRO PRODUCTS & CONSTRUCTION, OFF HWY 210, SPRING LAKE, NC 28390 | |
| 10924 | METRO PRODUCTS & CONSTRUCTION, P.O. BOX 442, FAYETTEVILLE, NC 28302 | |
| 10925 | METRO PRODUCTS & CONSTRUCTION, POBOX 442, FAYETTEVILLE, NC 28302 | |
| 10924 | METRO RAIL, CORNER OF FOUNTAIN & VERMONT, LOS ANGELES, CA 90001 | |
| 10924 | METRO READY MIX CONCRETE, 1030 VISCO DRIVE, NASHVILLE, TN 37210 | |
| 10924 | METRO READY MIX CONCRETE, 1136 2ND AVE N, NASHVILLE, TN 37208 | |
| 10924 | METRO READY MIX CONCRETE, 1136 2ND AVE NORTH, NASHVILLE, TN 37208 | |
| 10924 | METRO READY MIX CONCRETE, 173 S CENTERPOINT RD, HENDERSONVILLE, TN 37075 | |
| 10924 | METRO READY MIX CONCRETE, 2147 MURFREESBORO RD/HWY 231 S, LEBANON, TN 37090 | |
| 10924 | METRO READY MIX CONCRETE, 2214 TWIN OAKS DRIVE, MURFREESBORO, TN 37129 | |
| 10924 | METRO READY MIX CONCRETE, 310 S 1ST ST, NASHVILLE, TN 37213 | |
| 10924 | METRO READY MIX CONCRETE, 325 ABC BLVD, GALLATIN, TN 37066 | |
| 10924 | METRO READY MIX CONCRETE, 409 CENTURY COURT, FRANKLIN, TN 37064 | |
| 10924 | METRO READY MIX CONCRETE, 4551 HICKORY GROVE ROAD, SMYRNA, TN 37110 | |
| 10924 | METRO READY MIX CONCRETE, 6677 RIVER ROAD PIKE, NASHVILLE, TN 37221 | |
| 10924 | METRO READY MIX CONCRETE, VULCAN QUARRY OLD HICKORY, NASHVILLE, TN 37211 | |
| 10925 | METRO READY MIX, 1136 2ND AVE. N., NASHVILLE, TN 37208 | |
| 10924 | METRO READY MIX, 1136 2ND AVE. NORTH, NASHVILLE, TN 37208 | |
| 10924 | METRO READY MIX, 1136 2ND AVENUE N., NASHVILLE, TN 37208 | |
| 10924 | METRO READY MIX, 4950 PUDDLEDOCK RD., PRINCE GEORGE, VA 23875 | |
| 10924 | METRO READY MIX, INC., 1030 MIDDLE RIVER ROAD, BALTIMORE, MD 21220 | |
| 10924 | METRO READY MIX, INC., 125 STAHL POINT ROAD, CURTIS BAY, MD 21226 | |
| 10924 | METRO READY MIX, INC., 2120 ANNAPOLIS RD.., BALTIMORE, MD 21230 | |
| 10924 | METRO READY MIX, INC., 2120 ANNAPOLIS ROAD, BALTIMORE, MD 21230 | |
| 10924 | METRO READY MIX, INC., 4700 E. FAYETTE ST., BALTIMORE, MD 21224 | |
| 10924 | METRO READY MIX, INC., COMCAST FIELD HOUSE, COLLEGE PARK, MD 20742 | |
| 10924 | METRO READY MIX, INC., P.O. BOX 16964, BALTIMORE, MD 21206 | |
| 10924 | METRO READY MIX,INC., 2120 ANNAPOLIS ROAD, BALTIMORE, MD 21230 | |
| 10924 | METRO READY MIX-DO NOT USE**, 1136 SECEOND AVENUE NORTH, ACCT PAYABLE FEDERAL MALT, NASHVILLE, TN 37208 | |
| 10925 | METRO RELIABLE RESOURCES CORP, 64 AVON CIRCLE, NEEDHAM, MA 02194 | |
| 10925 | METRO RENTALS INC, 8250 BEECHCRAFT AVE, GAITHERSBURG, MD 20879 | |
| 10925 | METRO ROOFING & REPAIR SERVICE, PO BOX 420, HIGH RIDGE, MO 63049 | |
| 10925 | METRO RUBBER & SUPPLY, PO BOX 68, SMYRNA, GA 30081 | |
| 10924 | METRO STATE HOSPITAL, C/O THOMPSONS BUILDING MATERIALS, NORWALK, CA 90650 | |
| 10925 | METRO TENT RENTAL,INC, PO BOX 48675, ATLANTA, GA 30362 | |
| 10924 | METRO TRANSIT AUTHORITY, 800 CONCOURSE VILLAGE EAST, BRONX, NY 10499 | |
| 10925 | METRO TRUCK PLAZA, 424 FARWELL AVE, SOUTH SAINT PAUL, MN 55075-2466 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    METRO VAC LLC, POBOX 488, FRANKLIN, TN 37065-1488

10924    METRO WASTE AUTH., 521 LOCUST ST, DES MOINES, IA 50309

10924    METRO WASTE AUTHORITY, 225 PRAIRIE DR., BONDURANT, IA 50035

10924    METRO WASTE AUTHORITY, CAMBRIDGE, MA 02140

10924    METRO WATERPROOFING INC, 2935 ALCOVE DR., SCOTTDALE, GA 30079

10924    METRO WATERPROOFING INC., CAMBRIDGE, MA 02140

10924    METRO WATERPROOFING, 2935 ALCOVE DRIVE, SCOTTDALE, GA 30079

10925    METRO WEST READY MIX, 151 W VINE ST, SALT LAKE CITY, UT 84107

10924    METRO WEST READY MIX, PO BOX57687, SALT LAKE CITY, UT 84157

10924    METRO WEST READY MIX, POST OFFICE BOX 57687, SALT LAKE CITY, UT 84157

10925    METRO, DANIEL, 52 OAKWOOD RD., 1, PITTSBURGH, PA 15205

10925    METROCALL, 889 AIRPORT PARK RD., SUITE A, GLEN BURNIE, MD 21061

10925    METROCALL, PO BOX 740519, ATLANTA, GA 30374-0519

10925    METROCALL, PO BOX 740520, ATLANTA, GA 30374-0520

10925    METROCALL, PO BOX 78215, PHOENIX, AZ 85062-8215

10925    METROCALL, PO BOX 79058, BALTIMORE, MD 21279-0058

10925    METROCALL, POBOX 79253, BALTIMORE, MD 21279-0253

10925    METROCELLULAR INC, 7750 15TH AVE NE SUITE A, SEATTLE, WA 98115

10924    METROCK STEEL & WIRE CO, PO BOX 9, MONTEVALLO, AL 35115

10925    METROHEALTH SYSTEM, THE, PO BOX 73694, CLEVELAND, OH 44193

10925    METRO-MCNAIR, POBOX 2085 STN TERMINAL, VANCOUVER BC, BC V6B 9Z9CANADA      *VIA Deutsche Post*

10925    METRO-MERCH, 777 W 19TH ST STE H, COSTA MESA, CA 92627

10924    METRO-MIX OF EL PASO INC., 2155 JOE BATTLE DRIVE, EL PASO, TX 79936

10924    METRO-MIX OF EL PASO, INC., 2155 JOE BATTLE DRIVE, EL PASO, TX 79936

10924    METRO-MIX OF EL PASO, INC., 6621 DONITHAN, CANUTILLO, TX 79835

10924    METROMONT MATERIALS CORP (243), P.O. BOX 2486, ATTN: ACCOUNTS PAYABLE, GREENVILLE, SC 29602

10924    METROMONT MATERIALS CORP, ATTN: ACCOUNTS PAYABLE, SPARTANBURG, SC 29304-1292

10925    METROMONT MATERIALS CORP, PO BOX 1292, SPARTANBURG, SC 29304

10925    METROMONT MATERIALS CORP, PO BOX 2486, GREENVILLE, SC 29611

10925    METROMONT MATERIALS CORP, POBOX 470594, CHARLOTTE, NC 28277

10924    METROMONT MATERIALS CORP. (243), 2802 WHITE HORSE RD., GREENVILLE, SC 29611

10924    METROMONT MATERIALS CORP.(243), ATTN: INVENTORY PAYABLES, SPARTANBURG, SC 29304-1292

10924    METROMONT MATERIALS CORP., #10 TWO NOTCH RD., GREENVILLE, SC 29605

10924    METROMONT MATERIALS CORP., 1000 RICHLAND STREET, ROCK HILL, SC 29734

10924    METROMONT MATERIALS CORP., 101 YOUNG COURT, GREENVILLE, SC 29615

10924    METROMONT MATERIALS CORP., 1067 2ND AVE HW, HICKORY, NC 28601

10924    METROMONT MATERIALS CORP., 1351 SHAMROCK AVENUE, LANDRUM, SC 29356

10924    METROMONT MATERIALS CORP., 1401 HWY 101 SOUTH, GREER, SC 29651

10924    METROMONT MATERIALS CORP., 1801 COTTON WOOD ST., CHARLOTTE, NC 28206

10924    METROMONT MATERIALS CORP., 3400 SMITH FARM ROAD, STALLINGS, NC 28105

10924    METROMONT MATERIALS CORP., 373 UNION STREET, SPARTANBURG, SC 29304

10924    METROMONT MATERIALS CORP., 4101 GREENSBORO STREET, CHARLOTTE, NC 28206

10924    METROMONT MATERIALS CORP., 444 DICK BUCHANAN ROAD, LA VERGNE, TN 37086

10924    METROMONT MATERIALS CORP., 475 SIMUEL RD., SPARTANBURG, SC 29303

10924    METROMONT MATERIALS CORP., 510 OLD PARIS MOUNTAIN ROAD, GREENVILLE, SC 29609

10924    METROMONT MATERIALS CORP., 5207 OLD PEARMAN DAIRY RD., ANDERSON, SC 29624

10924    METROMONT MATERIALS CORP., 640-A OLD CLEMSON, SENECA, SC 29678

10924    METROMONT MATERIALS CORP., ATTN: ACCOUNTS PAYABLE, GREENVILLE, SC 29602

10924    METROMONT MATERIALS CORP., ATTN: ACCOUNTS PAYABLE, GREENVILLE, SC 29606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   METROMONT MATERIALS CORP., HAMMON ST. AT SCL R.R., ABBEVILLE, SC 29620

10924   METROMONT MATERIALS CORP., HWY 417 - DEPT 52, MAULDIN, SC 29662

10924   METROMONT MATERIALS CORP., HWY 5M DEPT 13, BLACKSBURG, SC 29702

10924   METROMONT MATERIALS CORP., HWY 99, RICHBURG, SC 29729

10924   METROMONT MATERIALS CORP., I-85 & NEW CUT ROAD, SPARTANBURG, SC 29301

10924   METROMONT MATERIALS CORP., LAURENS ROAD/, GREENWOOD, SC 29646

10924   METROMONT MATERIALS CORP., P.O. BOX 1292, SPARTANBURG, SC 29303

10924   METROMONT MATERIALS CORP., P.O. BOX 1292, SPARTANBURG, SC 29304

10924   METROMONT MATERIALS CORP., P.O. BOX 5656, ASHEVILLE, NC 28813

10924   METROMONT MATERIALS CORP., P.O. BOX 5656, HICKORY, NC 28601

10924   METROMONT MATERIALS CORP., PLANT CLOSED, GREER, SC 29651

10924   METROMONT MATERIALS CORP., QUARRY ROAD, GREENWOOD, SC 29646

10924   METROMONT MATERIALS CORP., SC HWY 14, OWINGS, SC 29645

10924   METROMONT MATERIALS OF ASHEVILLE, 190 MEADOW ROAD, ASHEVILLE, NC 28813

10924   METROMONT MATERIALS, (USE PAYER 238201), ATTN:  ACCOUNTS PAYABLE, GREENVILLE, SC 29602

10924   METROMONT MATERIALS, 100 CHESTNUT STREET, NORTH WILKESBORO, NC 28659

10924   METROMONT MATERIALS, 1000 RICHLAND STREET, ROCK HILL, SC 29732

10924   METROMONT MATERIALS, 101 YOUNG CT., GREENVILLE, SC 29615

10924   METROMONT MATERIALS, 1067 2ND AVE HW, HICKORY, NC 28601

10924   METROMONT MATERIALS, 1125 JOHNSON DRIVE, STATESVILLE, NC 28677

10924   METROMONT MATERIALS, 114 AQUADALE RD., ALBEMARLE, NC 28002

10924   METROMONT MATERIALS, 190 MEADOW RD, ASHEVILLE, NC 28803

10924   METROMONT MATERIALS, 190 MEADOW ROAD, ASHEVILLE, NC 28803

10924   METROMONT MATERIALS, 190 MEADOW ROAD, ASHEVILLE, NC 28813

10924   METROMONT MATERIALS, 209 BILTMORE DRIVE, ROCKINGHAM, NC 28379

10924   METROMONT MATERIALS, 304 HUNTER STREET, PAGELAND, SC 29728

10924   METROMONT MATERIALS, 400 CHEROKEE ESTATE RD., DALTON, GA 30722

10924   METROMONT MATERIALS, 401 E. MAIN STREET, GASTONIA, NC 28053

10924   METROMONT MATERIALS, 475 SIMUEL ROAD, SPARTANBURG, SC 29303

10924   METROMONT MATERIALS, 581 UNIONVILLE INDIAN TRAIL, INDIAN TRAIL, NC 28079

10924   METROMONT MATERIALS, 7TH AVE. EAST, HENDERSONVILLE, NC 28739

10924   METROMONT MATERIALS, 812 SEYMOUR ST., MONROE, NC 28111

10924   METROMONT MATERIALS, 895 HICKORY KNOLL ROAD, OTTO, NC 28763

10924   METROMONT MATERIALS, 9745 OLD NATION FORD ROAD, CHARLOTTE, NC 28227

10924   METROMONT MATERIALS, 9950 METROMONT IND. BLVD., CHARLOTTE, NC 28213

10924   METROMONT MATERIALS, ATTENTION: ACCOUNTS PAYABLE, SPARTANBURG, NC 29304

10924   METROMONT MATERIALS, ATTN:  ACCOUNTS PAYABLE, ANDERSON, SC 29623

10924   METROMONT MATERIALS, ATTN:  ACCOUNTS PAYABLE, ASHEVILLE, NC 28813

10924   METROMONT MATERIALS, ATTN:  ACCOUNTS PAYABLE, SPARTANBURG, SC 29304

10924   METROMONT MATERIALS, ATTN: INVENTORY ACCOUNTS PAYABLE, SPARTANBURG, SC 29304-1292

10924   METROMONT MATERIALS, DELETION** S.CLARK, P.O. BOX 1292, SPARTANBURG, SC 29304

10924   METROMONT MATERIALS, DEPT. 93 ROMARCO RD., MORGANTON, NC 28655

10924   METROMONT MATERIALS, HICKORY KNOLL RD., OTTO, NC 28763

10924   METROMONT MATERIALS, HIGHLAND AVE (74 BYPASS), LAURINBURG, NC 28353

10924   METROMONT MATERIALS, HIGHWAY 70 EAST, MARION, NC 28752

10924   METROMONT MATERIALS, HWY #177 AIRPORT ROAD, HAMLET, NC 28345

10924   METROMONT MATERIALS, HWY 15/401 SOUTH, BENNETTSVILLE, SC 29512

10924   METROMONT MATERIALS, HWY 5 NORTH, ABERDEEN, NC 28315

10924   METROMONT MATERIALS, HWY 74 WEST, WADESBORO, NC 28170

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | METROMONT MATERIALS, I-85 & NEW CUT RD., SPARTANBURG, SC 29301 | |
| 10924 | METROMONT MATERIALS, INC., 3750 S. GREENFIELD RD., HIRAM, GA 30141 | |
| 10924 | METROMONT MATERIALS, P O BOX 127, MARION, NC 28752 | |
| 10924 | METROMONT MATERIALS, P O BOX 1292, SPARTANBURG, SC 29304 | |
| 10924 | METROMONT MATERIALS, P O BOX 26036, CHARLOTTE, NC 28213 | |
| 10924 | METROMONT MATERIALS, P O BOX 470, OTTO, NC 28763 | |
| 10924 | METROMONT MATERIALS, P.O. BOX 1292, SPARTANBURG, SC 29304 | |
| 10924 | METROMONT MATERIALS, P.O. BOX 5656, ASHEVILLE, NC 28813 | |
| 10924 | METROMONT MATERIALS, PEARMAN DAIRY RD, ANDERSON, SC 29621 | |
| 10924 | METROMONT MATERIALS, PEARMAN DAIRY ROAD, ANDERSON, SC 29621 | |
| 10924 | METROMONT MATERIALS, PO BOX 470, OTTO, NC 28763 | |
| 10925 | METROMONT MATERIALS, PO BOX 5656, ASHEVILLE, NC 28813 | |
| 10925 | METROMONT MATERIALS, PO BOX 751666, CHARLOTTE, NC 28275 | |
| 10924 | METROMONT MATERIALS, PO BOX127, MARION, NC 28752 | |
| 10924 | METROMONT MATERIALS, PO BOX1292, SPARTANBURG, SC 29301 | |
| 10924 | METROMONT MATERIALS, PO BOX1292, SPARTANBURG, SC 29304 | |
| 10924 | METROMONT MATERIALS, PO BOX1292, SPARTANBURG, SC 29304-1292 | |
| 10924 | METROMONT MATERIALS, PO BOX5656, ASHEVILLE, NC 28813 | |
| 10924 | METROMONT MATERIALS, ROUTE 1-PLEASANT GROVE, CHERAW, SC 29520 | |
| 10924 | METROMONT PRESTRESS (243), 2802 WHITE HORSE RD., GREENVILLE, SC 29606 | |
| 10924 | METROMONT PRESTRESS, 400 CHEROKEE ESTATES ROAD, DALTON, GA 30721 | |
| 10924 | METROMONT, PO BOX 2527, ROCK HILL, SC 29731 | |
| 10925 | METROPAC INDUSTRIES INC, 21 HENDERSON ST, EVERETT, MA 02149 | |
| 10924 | METROPOLITAN AIRPORT COMMISSION, C/O MINUTE OGLE, 4590 GLUMACK DRIVE, SAINT PAUL, MN 55111 | |
| 10924 | METROPOLITAN BUILDING, 22901 MILL CREEK BOULEVARD, HIGHLAND HILLS, OH 44122 | |
| 10925 | METROPOLITAN CLUB, THE, 233 S. WACKER DR.,67TH FLR. SEARS T, CHICAGO, IL 60606 | |
| 10925 | METROPOLITAN DADE COUNTY, 140 W FLAGLER ST SUITE 1603, MIAMI, FL 33130 | |
| 10925 | METROPOLITAN ENVIRONMENTAL, INC, PO BOX 378, CELINA, OH 45822 | |
| 10925 | METROPOLITAN FENCE COMPANY, PO BOX 535, BLADENSBURG, MD 20710 | |
| 10925 | METROPOLITAN INTERFAITH ASSOCIATION, PO BOX 3130, MEMPHIS, TN 38173-0130 | |
| 10925 | METROPOLITAN LIFE INSURANCE CO, 501 U.S. HWY 22, BRIDGEWATER, NJ 08807 | |
| 10925 | METROPOLITAN LIFE INSURANCE CO, PO BOX 101018, ATLANTA, GA 30392 | |
| 10925 | METROPOLITAN LIFE INSURANCE CO, POBOX 8500-50570, PHILADELPHIA, PA 19178-8500 | |
| 10925 | METROPOLITAN LIFE INSURANCE CO., GEN COUNSEL, 8150 N. CENTRAL EXPRESSWAY, SUITE 1201, DALLAS, TX 75206-1877 | |
| 10925 | METROPOLITAN LIFE INSURANCE COMPANY, ONE MADISON AVE, NEW YORK, NY 10010-3690 | |
| 10924 | METROPOLITAN LIFE JOB, CLARKS SUMMIT, PA 18411 | |
| 10925 | METROPOLITAN LOGISTICS SERVICES, IN, 75 BROAD AVE, FAIRVIEW, NJ 07022 | |
| 10924 | METROPOLITAN LUMBER & HDWR, 617 11TH AVE, NEW YORK, NY 10036 | |
| 10924 | METROPOLITAN LUMBER CO, 617 11TH AVENUE, NEW YORK, NY 10036 | |
| 10924 | METROPOLITAN MUSEUM OF ART, 1000 5TH AVENUE, NEW YORK, NY 10028 | |
| 10924 | METROPOLITAN MUSEUM OF ART, PICK UP @ J. LESTICIAN WAREHOUSE, 32 PLUM STREET, TRENTON, NJ 08638 | |
| 10925 | METROPOLITAN NURSING HOME, 8540 S.HARLEM, SERENA, IL 60549 | |
| 10925 | METROPOLITAN PIER & EXPOSITION, AUTHORITY, CHICAGO, IL 60673-0157 | |
| 10925 | METROPOLITAN PIPE & SUPPLY CO., 303 BINNEY ST, CAMBRIDGE, MA 02142 | |
| 10924 | METROPOLITAN PIPE & SUPPLY, 303 BINNEY STREET, CAMBRIDGE, MA 02142 | |
| 10925 | METROPOLITAN ROLLING DOOR, INC, 9620 GERWIG LANE, COLUMBIA, MD 21046 | |
| 10925 | METROPOLITAN SEWER DISTRICT, 1600 GEST ST., CINCINNATI, OH 45204 | |
| 10925 | METROPOLITAN ST. LOUIS SEWER, 2000 HAMPTON AVE., SAINT LOUIS, MO 63139-2979 | |
| 10925 | METROPOLITAN SUPPLY CO, 331-B NEW BOSTON ST, WOBURN, MA 01888-1859 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   METROPOLITAN TECHNICAL SERVICE, 14240-L SULLYFIELD CIRCLE, CHANTILLY, VA 22021

10925   METROPOLITAN TRUCKING INC, PO BOX 18373, NEWARK, NJ 07191

10925   METROPOLITAN TRUCKING, 265 MC LEAN BLVD., PATERSON, NJ 07504

10925   METROPOLITAN WATER RECLAMATION, DIST. OF GREATER CHICAGO, LOCKBOX 98429, CHICAGO, IL 60693

10925   METROPOLITAN WATER RECLAMATION, LOCK BOX 98429, CHICAGO, IL 60693

10925   METROPOLITAN, 42 WILLOW ST, MALDEN, MA 02148

10925   METROSONIC, 201 SCOTTSVILLE-WEST HENRIETTA RD, KANONA, NY 14856

10924   METROTEC INC, 3500, BOUL. GAREAU (LOCAL 1), ST HUBERT, QC J3Y 8Z1TORONTO       *VIA Deutsche Post*

10924   METSCH REFRACTORIES INC., PO BOX 268, CHESTER, WV 26034

10924   METSCH REFRACTORIES INC., STATE ROUTE #2, CHESTER, WV 26034

10925   METTAM SAFETY SUPPLY, PO BOX 390, DANVILLE, IL 61832

10925   METTEE, ELIZABETH W, 7500 GRACE DRIVE, COLUMBIA, MD 21044

10925   METTEE, ELIZABETH, 12 THE STRAND, SPARKS, MD 21152

10925   METTEE, SADRA, 4945 BAYBERRY DRIVE, CUMMING, GA 30130

10925   METTER AUTO PART INC, EDWARD SIEGEL, 440 PHIS HWY, JACKSONVILLE, FL 32207

10925   METTLACH JR., CLARENCE, 3001 GOLDCREST, MCALLEN, TX 78504

10925   METTLACH, GERALD, ROUTE 2 BOX 234-B, PHARR, TX 78577

10925   METTLACH, LEONARD, 1524 S. 10TH ST, EDINBURG, TX 78539

10925   METTLER ELEC CORP, 1333 SO CLAUDINA ST, ANAHEIM, CA 92805

10925   METTLER INSTRUMENT CORP., PO BOX 71, HIGHTSTOWN, NJ 08520

10925   METTLER MECHANICAL INC, POBOX 161, NORTH BERGEN, NJ 07047

10925   METTLER TOLEDO FLORIDA, PO BOX 918513, ORLANDO, FL 32891-8513

10925   METTLER TOLEDO INC, L-1210, COLUMBUS, OH 43260

10924   METTLER TOLEDO INC., 150 ACCURATE WAY, INMAN, SC 29349

10925   METTLER TOLEDO INC., L-857, COLUMBUS, OH 43260

10925   METTLER TOLEDO SCALE, 350 W WILSON BRIDGE ROAD, WORTHINGTON, OH 43085

10925   METTLER TOLEDO, 1153 NORTH MAIN ST, LOMBARD, IL 60148

10925   METTLER TOLEDO, 1550 CATON AVE., BALTIMORE, MD 21227

10925   METTLER TOLEDO, INC, L-857, COLUMBUS, OH 43260

10925   METTLER TOLEDO, INC, PO BOX L-1210, COLUMBUS, OH 43260

10925   METTLER-TOLEDO INC.(USE 311498), L-857, COLUMBUS, OH 43260

10925   METTLER-TOLEDO INC., L-1210, COLUMBUS, OH 43260

10925   METTLER-TOLEDO INC., L-857, COLUMBUS, OH 43260

10925   METTLER-TOLEDO PROCESS ANALYTICAL I, PO BOX 4723, BOSTON, MA 02212

10925   METTLER-TOLEDO PROCESS, 299 WASHINGTON ST, WOBURN, MA 01801

10925   METTLER-TOLEDO, 261 BALLARDVALE ST, WILMINGTON, MA 01887

10925   METTLER-TOLEDO, 7110 GOLDEN RING RD., STE. 111, BALTIMORE, MD 21221

10925   METTLER-TOLEDO, INC, L-857, COLUMBUS, OH 43260

10925   METTS, LATRENDA, 479 HOLDERNESS ST #1, ATLANTA, GA 30310

10924   METUCHEN BURROW SCHOOL, P/U TRENTON, 200 ENTERPRISE AVE, TRENTON, NJ 08638

10925   METZ, AL, 7674 BELPINE PL, RANCHO CUCAMONG, CA 91730

10925   METZ, DARRYL, 314 PARKVIEW AVE, READING, PA 19606

10925   METZ, DETRIS, 925 DRUID CIRCLE, CHARLOTTE, NC 28206

10925   METZ, DONALD, 125 LAKEWOOD DR PINE GROVE VLG, PINEHURST, NC 28374

10925   METZ, GLORIA, 10597 GLORIA AVE, CINCINNATI, OH 45231-0000

10925   METZ, MYRNA, 14509 BRASSWOOD, EDMOND, OK 73013

10925   METZ, NEIL, 14059 BRASSWOOD BLVD., EDMOND, OK 73103

10925   METZ, RICHARD, 14509 BRASSWOOD BLVD, EDMOND, OK 73013

10925   METZ, SCOTT, 4301 WINDSOR, GARRLAND, TX 75042

10925   METZ, THOMAS, PO BOX 6229, CLEMSON, SC 29632-6229

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | METZ, ZENOBIA, 37 AUGUSTA ROAD, WHITING, NJ 08759-2237 | |
| 10925 | METZBOWER, KENNETH, 349 TIMBER GROVE RD., OWINGS MILLS, MD 21117 | |
| 10925 | METZER, KAREN, 508 SPLENDORA DRIVE, COLUMBIA, SC 29223 | |
| 10925 | METZGER MACHINE CO., 2165 SPRING GROVE AVE., CINCINNATI, OH 45214 | |
| 10925 | METZGER, CHARLES, PO BOX 282, POMPTON PLAINS, NJ 07444 | |
| 10925 | METZGER, FRED, 1300 ST SHARLES, PEMBROKE PINES, FL 33026 | |
| 10925 | METZGER, GREGORY, 100 LITTLE OAK LN, ALTAMONTE SPRING, FL 32714 | |
| 10925 | METZGER, KENNETH, 1098 JOHNSONVILLE RD, MURPHY, NC 28906 | |
| 10925 | METZGER, KENNETH, 834 CIMARRON CT, LAKELAND, FL 33813-2542 | |
| 10925 | METZLER JR JT TEN, VERNON LEE & SANDRA ANN, 7717 MAROON PEAK, LITTLETON, CO 80127-3611 | |
| 10925 | METZLER, MELISSA, 14012 C GRUMBLE JONE, CHANTILLY, VA 22021 | |
| 10925 | METZNER, HAROLD, 3920 E SN MIGUEL, 221K, COLORADO SPRG, CO 80909 | |
| 10925 | MEULLERS TECHNOLOGIES, 55 SOUTH STATE AVE, INDIANAPOLIS, IN 46201-3897 | |
| 10925 | MEUSE JR, CLIFFORD, 30 ABBOTT RD, N READING, MA 01864 | |
| 10925 | MEUSE, CATHY, 413 MAIN ST, MILLIS, MA 02054 | |
| 10925 | MEUSHAW, SCOTT, 9318 FREDERICK ROAD, ELLICOTT CITY, MD 21043 | |
| 10924 | MEUTH CONCRETE SERVICES, 2201 BERGDOLT ROAD, EVANSVILLE, IN 47711 | |
| 10924 | MEUTH CONSTRUCTION AND SUPPLY, HWY 60, STANLEY, KY 42375 | |
| 10924 | MEUTH CONSTRUCTION AND SUPPLY, KENTUCKY AVENUE, EVANSVILLE, IN 47700 | |
| 10924 | MEUTH CONSTRUCTION SUPPLY INC, PO BOX 523, HENDERSON, KY 42420 | |
| 10925 | MEUTH CONSTRUCTION SUPPLY INC, POBOX 523, HENDERSON, KY 42419-0523 | |
| 10924 | MEUTH CONSTRUCTION SUPPLY INC., 703 EIGHTH STREET, HENDERSON, KY 42420 | |
| 10924 | MEUTH CONSTRUCTION SUPPLY INC., 961 EASTWOOD FERRY ROAD, SEBREE, KY 42455 | |
| 10924 | MEUTH CONSTRUCTION SUPPLY INC., P.O. BOX 523, HENDERSON, KY 42420 | |
| 10924 | MEUTH CONSTRUCTION SUPPLY, INC., 5644 PROSPECT DRIVE, BOONVILLE, IN 47601 | |
| 10924 | MEUTH CONSTRUCTION SUPPLY, INC., MADISONVILLE, KY 42431 | |
| 10924 | MEUTH CONSTRUCTION SUPPLY, PORTABLE PLANT, VARIOUS LOCATIONS, HENDERSON, KY 42420 | |
| 10924 | MEVCO, INC., 2091 CHARTIER AVE., DORVAL, QC H9P 1H3TORONTO | *VIA Deutsche Post* |
| 10924 | MEVITTY FOREST, 11204 HOPSON ROAD, ASHLAND, VA 23005 | |
| 10925 | MEWBORN, SHARON, 196 BELL TOWN RD, DOVER, NC 28526 | |
| 10925 | MEWBOURNE, LARRY, RT 1, BOX 1434, ATHENS, TX 75751 | |
| 10925 | MEWBURN ELLIS, 2 CURSITOR ST, LONDON, EC4A 1BQENGLAND | *VIA Deutsche Post* |
| 10925 | MEWBURN ELLIS, 23 KINGSWAY, LONDON, WC2B 6HPUNITED KINGDOM | *VIA Deutsche Post* |
| 10924 | MEWS COMPANIES, INC., 5400 NORTH 124TH STREET, MILWAUKEE, WI 53225 | |
| 10924 | MEWS COMPANIES, INC., WISCONSIN, PORTABLE PAVING PLANT, MILWAUKEE, WI 53225 | |
| 10925 | MEYER DOVID GREENBERGER, 2427 MILTON RD, UNIVERSITY HTS, OH 44118-4634 | |
| 10925 | MEYER GROUP LTD, 1726 M ST , NW, WASHINGTON, DC 20036 | |
| 10925 | MEYER JR., CHARLES, 408 N. COOPER, WELSH, LA 70591 | |
| 10925 | MEYER LABORATORY INC, 2401 W JEFFERSON, BLUE SPRINGS, MO 64015 | |
| 10925 | MEYER MACHINE CO., PO BOX 5460, SAN ANTONIO, TX 78201 | |
| 10924 | MEYER MATERIAL COMPANY, 1021 FRANCIS, STREAMWOOD, IL 60107 | |
| 10924 | MEYER MATERIAL COMPANY, 10500 RT 31, ALGONQUIN, IL 60102 | |
| 10924 | MEYER MATERIAL COMPANY, 10960 FOSTER RD., HUNTLEY, IL 60142 | |
| 10924 | MEYER MATERIAL COMPANY, 129 R R AVE, WHEELING, IL 60090 | |
| 10924 | MEYER MATERIAL COMPANY, 1444 E. RIVERSIDE YARD 36, LOVES PARK, IL 61111 | |
| 10924 | MEYER MATERIAL COMPANY, 1819 N. DOT STREET, MC HENRY, IL 60051-0511 | |
| 10924 | MEYER MATERIAL COMPANY, 21000 MC GUIRE RD., HARVARD, IL 60033 | |
| 10924 | MEYER MATERIAL COMPANY, 21000 MCQUIRE ROAD - PAVER, HARVARD, IL 60033 | |
| 10924 | MEYER MATERIAL COMPANY, 3900 N. NORTHWEST HWY (ROUTE 14), CRYSTAL LAKE, IL 60014 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MEYER MATERIAL COMPANY, 405 E. ST. CHARLES, CAROL STREAM, IL 60188

10924    MEYER MATERIAL COMPANY, 410 S. TYLER ROAD, SAINT CHARLES, IL 60174

10924    MEYER MATERIAL COMPANY, 4111 - 392ND AVENUE, BURLINGTON, WI 53105

10924    MEYER MATERIAL COMPANY, 515 SPRING AVENUE, NAPERVILLE, IL 60540

10924    MEYER MATERIAL COMPANY, 5501 - 46TH STREET, KENOSHA, WI 53142

10924    MEYER MATERIAL COMPANY, 580 WOLF ROAD, DES PLAINES, IL 60017

10924    MEYER MATERIAL COMPANY, 600 CHESTNUT, PARK CITY, IL 60085

10924    MEYER MATERIAL COMPANY, 698 TERRY AVE, AURORA, IL 60506

10924    MEYER MATERIAL COMPANY, 9034 NORTH 2ND STREET, MACHESNEY PARK, IL 61115

10924    MEYER MATERIAL COMPANY, 9204 SOUTH ILLINOIS ROUTE 23, MARENGO, IL 60152

10924    MEYER MATERIAL COMPANY, 9N419 STATE ROUTE 25, ELGIN, IL 60120

10924    MEYER MATERIAL COMPANY, APPLETON ROAD YARD 38, BELVIDERE, IL 61008

10924    MEYER MATERIAL COMPANY, COUNTRY ROAD  K.D., BASSETT, WI 53101

10924    MEYER MATERIAL COMPANY, P O BOX 196, JOLIET, IL 60435

10924    MEYER MATERIAL COMPANY, P.O. BOX 129 580 WOLF ROAD, DES PLAINES, IL 60017

10924    MEYER MATERIAL COMPANY, P.O.BOX 129 580 WOLF ROAD, DES PLAINES, IL 60017

10924    MEYER MATERIAL COMPANY, P.O.BOX 129, DES PLAINES, IL 60017

10924    MEYER MATERIAL COMPANY, PO BOX 129, DES PLAINES, IL 60017

10924    MEYER MATERIAL COMPANY, PORTABLE PLANT, ROUTE 83 & APTAKISIC, LONG GROVE, IL 60047

10924    MEYER MATERIAL COMPANY, ROUTE 25 & BOLZ ROAD, DUNDEE, IL 60118

10924    MEYER MATERIAL COMPANY, RT 41 & BUCKLEY AVE, NORTH CHICAGO, IL 60064

10924    MEYER MATERIAL COMPANY, YARD 31, MCHENRY, IL 60050

10924    MEYER MATERIAL COMPANY, YARD 37, ROCKFORD, IL 61125

10924    MEYER MATERIAL COMPANY-USE 241424, 5620 49TH STREET, KENOSHA, IL 53144

10925    MEYER MEDICAL PHYSICIANS GROUP, 135 S LASALLE DEPT 3974, CHICAGO, IL 60674-3974

10925    MEYER PLUMBING & MECHANICAL, 18826 WALNUT HILLS, CONROE, TX 77302

10924    MEYER STEEL DRUM, INC., 1914 S. KILBOURN AVENUE, CHICAGO, IL 60623

10924    MEYER STEEL DRUM, INC., 3201 SOUTH MILLARD, CHICAGO, IL 60623

10924    MEYER TOOL, 3064 COLERAIN, CINCINNATI, OH 45225

10924    MEYER WHOLESALE GROUP, 840 N. CENTRAL AVENUE, WOOD DALE, IL 60191

10925    MEYER, ANGELA, 472 SHORT ST., CONCORD, NC 28027

10925    MEYER, ARTHUR, 169 PICKENS ROAD, WEAVERVILLE, NC 28787

10925    MEYER, BARBARA Z, 324 MONTROSS AVE, RUTHERFORD, NJ 07070-2248

10925    MEYER, C, 211 NORTH 40TH AVE, 211, YAKIMA, WA 98908

10925    MEYER, CHARLES, 7415 N PT WASHINGTON, GLENDALE, WI 53217

10925    MEYER, DARRELL, RT. 2, BOX 815, WELSH, LA 70591

10925    MEYER, DAVID, 2911 W 14TH ST, JOPLIN, MO 64801

10925    MEYER, DEAN, 1513 GLENVIEW AVE, KAUKAUNA, WI 54130-3113

10925    MEYER, DONALD, 4964 N. 54TH ST, MILWAUKEE, WI 53218

10925    MEYER, EDMON, 1819 SUSAN DRIVE, TYLER, TX 75703

10925    MEYER, ERNST, 1122 CHERL DRIVE, 3, SYRACUSE, NE 68446

10925    MEYER, ESQ, TODD, KILPATRICK STOCKTON, 1100 PEACHTREE ST, ATLANTA, GA 30309

10925    MEYER, EUGENE, 4608 DAHLIA, VICTORIA, TX 77904

10925    MEYER, FREDA, 603 STARWOOD, ST PETERS, MO 63376

10925    MEYER, JACQUELINE, 300 W LAUREL ST, GILLETTE, WY 82716

10925    MEYER, JAMES, 1604 ASHBURY PLACE, EAGAN, MN 55122

10925    MEYER, JEFFREY, RD #7 34 VILLAGE DR, MT PLEASANT, PA 15666-9613

10925    MEYER, JOSEPH, 1365 UNIVERSITY AVE, GREEN BAY, WI 54302

10925    MEYER, K, 3717 33RD, LUBBOCK, TX 79410

10925    MEYER, LAURA, 4833 N. 54TH ST., MILWAUKEE, WI 53218

10925    MEYER, LAURIE, 1057 AYLESFORD PL, COLUMBIA, SC 29210

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MEYER, LOUIS, CALLE H, #476, LA RAMBLA, PONCE, PR 00731

10925   MEYER, MARK, 10201 MASON AVE #115, CHATSWORTH, CA 91311

10925   MEYER, MARVIN, 4833 N. 54TH ST, MILWAUKEE, WI 53218

10925   MEYER, MATTHEW, 1604 ASHBURY PLACE, EAGAN, MN 55122

10925   MEYER, MICHAEL, 1604 ASHBURY PLACE, EAGAN, MN 55122

10925   MEYER, MICHAEL, 4833 N. 54TH ST, MILWAUKEE, WI 53218

10925   MEYER, NANCY, 1025 OXFORD CT, NEENAH, WI 54956

10925   MEYER, PATRICIA, 10125 IMUS, LAKELAND, MI 48143

10925   MEYER, PAUL, 115 CLOVERLY LANE, WEST CHESTER, PA 19380

10925   MEYER, REBECCA, 1617 CEIL ST., LITTLE CHUTE, WI 54140

10925   MEYER, ROBERT, 18711 FAIRWOOD LANE, SANTA ANA, CA 92705

10925   MEYER, ROBERT, 937 E SALEM ROAD, BATESVILLE, IN 47006

10925   MEYER, ROBERT, BOX 237, SCOTIA, NE 68875-0237

10925   MEYER, ROBERTA, 5389 COCHRAN ST #2, SIMI VALLEY, CA 93063

10925   MEYER, RONALD, N2203 KOSZAREK ROAD, ANTIGO, WI 54409-8851

10925   MEYER, SIBERA, 7862 CROSSBAY DRIVE, SEVERN, MD 21144

10925   MEYER, TODD, 19 CAROLINE ST, LATHAM, NY 12110

10925   MEYER, VERONICA, 35 IRVING ST., JERSEY CITY, NJ 07307

10925   MEYER, WAYNE, 5423 BROADVIEW RD, RICHFIELD, OH 44286

10925   MEYER, WAYNE, 650 CONCORD CT, ALGONQUIN, IL 60102

10924   MEYERS CONSTRUCTION, 1583 BURGESS RD, WATERLOO, NY 13165

10924   MEYERS CONSTRUCTION, 1583 BURGESS RD., WATERLOO, NY 13165

10924   MEYERS CONSTRUCTION, 1583 BURGESS ROAD, WATERLOO, NY 13165

10924   MEYERS GARAGE, 43RD STREET BETWEEN, 6TH AVE AND BROADWAY, MANHATTAN, NY 10021

10924   MEYERS HIGH SCHOOL, WILKES BARRE, PA 18700

10925   MEYERS LIQUID FERTILIZER, 1203 RISING RIDGE ROAD, PO BOX 407, MOUNT AIRY, MD 21771

10925   MEYERS, CASEY, 3424-B WINDSOR, WACO, TX 76708

10925   MEYERS, CONSTANCE A, 7500 GRACE DR., COLUMBIA, MD 21044

10925   MEYERS, CONSTANCE, 1524 JACKSON ST, BALTIMORE, MD 21230

10925   MEYERS, ERIC, 3 BAYBERRY HILL RD, MAHOPAC, NY 10541

10925   MEYERS, GARY, 1412 BRITTANY LANE, ODESSA, TX 79761

10925   MEYERS, GEORGE, 4524 LAKE CIRCLE, LITTLE RIVER, SC 29566

10925   MEYERS, HYPOLITE, 508 COLLINS ST, HOUMA, LA 70364

10925   MEYERS, JOHN, 5208 S MELVINA AVE, CHICAGO, IL 60638-1437

10925   MEYERS, LINDA, 5055 ENOCH RD, CONWAY, SC 29526

10925   MEYERS, LUKE, RT. 2 BOX 209H, MAMOU, LA 70554

10925   MEYERS, PATRICIA, 317 100TH ST APT 4K, BROOKLYN, NY 11209

10925   MEYERS, RICHARD, 801 W. DUARTE ROAD, MONROVIA,, CA 91016

10925   MEYERS, SANDRA, 84 DAWN ROAD, LEVITTOWN, PA 19056

10925   MEYERS, SHERI, 3443 CUNARD SQ., COLUMBUS, OH 43227

10925   MEYERS, STAN, 3828 DAUPHINE AVE, NORTHBROOK, IL 60062

10925   MEYERS, STANLEY, 3311 WILMETTE AVE., WILMETTE, IL 60091

10925   MEYERS, SUE, 2600 SANTA CRUZ, ODESSA, TX 79763

10925   MEYERS, TRACI, 2713 W. 19TH ST., GREELEY, CO 80631

10925   MEYERS, WILLIAM B, C/O B P MEYERS, 3804 E MERCER WAY, MERCER ISLAND, WA 98040-3806

10925   MEYERSON, JULIE, 2009 CAYUGA LANE, MOUNT PROSPECT, IL 60056

10925   MEYLAN, CHARLES, 16 OVERHILL DR, MADISON, NJ 07940-0000

10925   MEYRING, NOAH, 2348 WILLIAMS LANE, CRAIG, CO 81625

10925   MEZA, MARIA, 440 EAST PROCTOR, WILMINGTON, CA 90744

10925   MF CACHAT CO, THE, PO BOX 71235, CLEVELAND, OH 44191

10925   MFA AGRI SVCS - CARYTOWN, 14797 CO. RD., CARTHAGE, MO 64836

i9

WR Grace

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   M-FLEX, 1301 N DYNAMIC STREET, ANAHEIM, CA 92806

10925   MFM TECHNOLOGY INC, 200 THIRTEENTH AVE, RONKONKOMA, NY 11779

10924   MFR TIRE, BROWN ROAD, SAINT LOUIS, MO 63110

10924   MFS, 11808 MIRCLE HILLS DRIVE, OMAHA, NE 68137

10925   MG ELECTRONICS & EQUIPMENT, PO BOX 10883, BIRMINGHAM, AL 35202

10925   MG ELECTRONICS AND EQUIPMENT, POBOX 23744, HARAHAN, LA 70183-0744

10924   MG INDUSTRIES, 3 GREAT VALLEY PKWY, MALVERN, PA 19355

10924   MG INDUSTRIES, HIGHWAY 52 STEEL MILL ROAD, DARLINGTON, SC 29532

10925   MG INDUSTRIES, PO BOX 8500-S-4385, PHILADELPHIA, PA 19178-4385

10925   MG INDUSTRIES, POBOX 8500-S-4385, PHILADELPHIA, PA 19178-4385

10924   MG INVESTMENT, 220 ALHAMBRA CIRCLE, CORAL GABLES, FL 33134

10924   MG SCIENTIFIC INC., 8500 107TH STREET, PLEASANT PRAIRIE, WI 53158

10925   MG WEST OFFICE FURNISHINGS, PO BOX 7231, SAN FRANCISCO, CA 94120

10925   MGB REPORTING, 9805 KORMAN COURT, POTOMAC, MD 20854

10925   MGH ASSOCIATES, TWO CRYSTAL PARK, 2121 CRYSTAL DR, ARLINGTON, VA 22202

10925   MGI MANAGEMENT INSTITUTE, 244 WESTCHESTER AVE., STE. 100, WHITE PLAINS, NY 10604

10925   MGI WINTHROP ASSOCIATES INC, PO BOX 4814, BOSTON, MA 02212-4814

10924   MGK CO., 4001 PEAVEY ROAD, 4001 PEAVEY ROAD, CHASKA, MN 55318

10924   MGK CO., 4001 PEAVEY ROAD, CHASKA, MN 55318

10924   MGK COMPANY C/O PLATTE CHEMICAL, ATTN: MIKE FOLLETT, 1035 EAST DODGE ST., FREMONT, NE 68025

10924   MGK COMPANY, 8810 TENTH AVE. NORTH, MINNEAPOLIS, MN 55427

10924   MGM GRAND HOTEL, JOB # 72002F, LAS VEGAS, NV 89109

10924   MGM GRAND, 1300 JOHN C. LODGE, DETROIT, MI 48226

10924   MGM/HOAR CONSTRUCTION, 575 CYPRESS DR., ORLANDO, FL 32811

10925   MGMT COMPENSATION SVCS, 8687 EAST VIA DE VENTURA, SCOTTSDALE, AR 85258

10925   MGSC CORP., HEITMAN PROPERTIES LTD., GEN COUNSEL, 1255 W. 7TH ST, UPLAND, CA 91786

10925   MGT INFORMATION, 7970 BAYBERRY RD., SUITE 1, JACKSONVILLE, FL 32256

10925   MH FINANCIAL MANAGEMENT SYSTEMS INC, 55 WATER ST ROOM 1620, NEW YORK, NY 10041

10925   MH FINANCIAL MANAGEMENT SYSTEMS INC, POBOX 4031 CHURCH ST STATION, NEW YORK, NY 10261-4031

10925   MH FINANCIAL MGMT. SYS., PO BOX 4031, NEW YORK, NY 10261-4031

10925   MHCP INC., 166 NEW BOSTON ST, WOBURN, MA 01801

10925   MHF LOGISTICAL SOLUTIONS, INC, 800 CRANBERRRY WOODS DRIVE, SUITE 450, CRANBERRY TOWNSHIP, PA 16066

10925   MHL, 823 VALENCIA DR, MILPITAS, CA 95035

10925   MI DEPT ENV QUALITY ENV RESPONSE, 10650 BENNETT DR, MORRICE, MI 48857

10925   MI DEPT ENV QUALITY ENV RESPONSE, PO BOX 30426, LANSING, MI 48909-7926

10924   MI HOME PRODUCTS INC., 760 W. MARKET STREET, GRATZ, PA 17030

10924   MI HOME PRODUCTS, OLINA, 707 COMMERCE DRIVE, CONCORD, NC 28025

10924   MI HOME PRODUCTS, PO BOX 1096, CONCORD, NC 28025

10924   MI HOMES/LIMITED, 3600 OVAL BLVD., COLUMBUS, OH 43219

10924   MI HOMES/LIMITED, C/O SPEC-PLUS, COLUMBUS, OH 43212

10924   MI PRODUCTS, 222 ST RT 505, WINLOCK, WA 98596

10924   MI PRODUCTS, PO BOX 7, WINLOCK, WA 98596

10925   MIA HECHT OWENS, 2885 RIVERMEAD DR NW, ATLANTA, GA 30327-2010

10925   MIACON MIAMI INTERNATIONAL, 2921 CORAL WAY, MIAMI, FL 33145-3205

10924   MIAH, CHOWDHURY, 176 STANTON ST. #11B, NEW YORK, NY 10002

10925   MIAH, MATIUR, 47-35 47TH ST, WOODSIDE, NY 11377

10924   MIAMI AEROSPACE CORPORATION, 7234 N.W. 56TH STREET, MIAMI, FL 33174

10924   MIAMI AEROSPACE, 7234 N.W. 56TH STREET, MIAMI, FL 33166

10924   MIAMI CEMENT PRODUCTS, 416 RITTER ST, SEVEN MILE, OH 45062

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10924 | MIAMI CEMENT PRODUCTS, INC., 416 RITTER STREET, SEVEN MILE, OH 45062 | |
| 10925 | MIAMI CRANE SERVICE INC, 10400 NW SOUTH RIVER DRIVE, MEDLEY, FL 33178 | |
| 10925 | MIAMI DOLPHINS LTD, 2269 NW 199TH ST, MIAMI, FL 33056 | |
| 10925 | MIAMI DOLPHINS LTD, PO BOX 293100, DAVIE, FL 33329-3100 | |
| 10925 | MIAMI DOLPHINS LTD, PO BOX 31652, TAMPA, FL 33633-1249 | |
| 10925 | MIAMI ELEVATOR COMPANY, PO BOX 520217, MIAMI, FL 33152 | |
| 10925 | MIAMI HEARING CONSERVATION, 19920 SW 87 PLACE, MIAMI, FL 33157 | |
| 10925 | MIAMI HERALD, THE, 1 HERLD PLAZA, MIAMI, FL 33132-1693 | |
| 10925 | MIAMI HERALD, THE, PO BOX 019663, MIAMI, FL 33101-9663 | |
| 10924 | MIAMI INTERNATIONAL AIRPORT, C-D WRAP PROJECT - GATE B, MIAMI, FL 33143 | |
| 10924 | MIAMI MEDICAL EQUIPMENT, 2150 N.W. 93RD AVE., MIAMI, FL 33172 | |
| 10924 | MIAMI PACKAGING INC., 1701 REINARTZ BLVD, MIDDLETOWN, OH 45044 | |
| 10925 | MIAMI UNIVERSITY, 6 HUGHES HALL, OXFORD, OH 45056 | |
| 10924 | MIAMI VALLEY CONCRETE, PO BOX 627, PLACIDA, FL 33946 | |
| 10924 | MIAMI VALLEY PAPER COMPANY, INC., 413 OXFORD RD., FRANKLIN, OH 45005 | |
| 10924 | MIAMI VALLEY READY MIX, INC, 7466 NEW HAVEN ROAD, HARRISON, OH 45030 | |
| 10925 | MIAMI-DADE COUNTY, 140 WEST FLAGLER ST. SUITE 1603, MIAMI, FL 33130-1563 | |
| 10925 | MICALIZZA, ANN, 427 SOUTH ST, READING, MA 01867 | |
| 10925 | MICALIZZI, ANN, 427 SOUTH ST, READING, MA 01867 | |
| 10925 | MICALIZZI, JOSEPH, 427 SOUTH ST, READING, MA 01867 | |
| 10925 | MICCHELLI, MICHAEL, 41 INDEPENDENCE ST, CANTON, MA 02021 | |
| 10925 | MICCO, ALEX, 505 WEST MADISON AVE, NEW CASTLE, PA 16102 | |
| 10925 | MICCO, JOSEPH, PO BOX 308, HOPE, AR 71801 | |
| 10925 | MICCO, PASQUALE, 43 GORHAM ST., SOMERVILLE, MA 02144 | |
| 10925 | MICELI, ANTONIO, 280 CONCORD AVE, LEXINGTON, MA 02173-3031 | |
| 10925 | MICELI, FELIX, 81 CLIFTON ST, 12, CAMBRIDGE, MA 02140 | |
| 10924 | MICELLE LABORATORIES, INC., 20481 CRESCENT BAY DRIVE, LAKE FOREST, CA 92630 | |
| 10925 | MICHAEL A ADAMSE & ASSOC, 1515 N FEDERAL HWY ST 218, BOCA RATON, FL 33432 | |
| 10925 | MICHAEL A DE LUCIA &, BARBARA A DE LUCIA JT TEN, 1396 HOLLAND AVE, YOUNGSTOWN, OH 44505-3112 | |
| 10925 | MICHAEL A GRAYBILL, 3540 NATIONAL CT, MARTINEZ, GA 30907-9517 | |
| 10925 | MICHAEL A IMPELLIZZERI, 2824 WOODS CLUB ROAD, LOUISVILLE, KY 40241-6268 | |
| 10925 | MICHAEL A J LA RAY, NEW DORP, 135 KRUSER ST, STATEN ISLAND, NY 10306-2339 | |
| 10925 | MICHAEL A KAPLAN & ROSALIND T, KAPLAN JT TEN, 1803 ROLLING LA, CHERRY HILL, NJ 08003-3325 | |
| 10925 | MICHAEL A KRIZMAN &, SANDRA L KRIZMAN JT TEN, 1867 FOXMEADOW CT, GURNEE, IL 60031-6011 | |
| 10925 | MICHAEL A KRIZMAN, 1867 FOX MEADOW COURT, GURNEE, IL 60031-6011 | |
| 10925 | MICHAEL A LAVIOLA &, ANNA MARIE LAVIOLA JT TEN, 33-42 73RD ST, JACKSON HEIGHTS, NY 11372-1140 | |
| 10925 | MICHAEL A RAY, 4475 KEHELEY DR, MARIETTA, GA 30066-1930 | |
| 10925 | MICHAEL A SOLARZ &, ANNE SOLARZ JT TEN, 90 JEFFREY ST, INDIANA, PA 15701-4223 | |
| 10925 | MICHAEL A TEDESCO &, JEAN M GALVIN JT TEN, 23 HOWARD PKWY, NEW ROCHELLE, NY 10801-1808 | |
| 10925 | MICHAEL A WEGLARZ, 1625 DAVIS ST, PARK RIDGE, IL 60068-1017 | |
| 10925 | MICHAEL A ZATINA CUST FOR, CAROLINE ZATINA, 213 GOODALE RD, BALTIMORE, MD 21212-3433 | |
| 10925 | MICHAEL A ZATINA CUST FOR, JENNIFER ZATINA, 213 GOODALE RD, BALTIMORE, MD 21212-3433 | |
| 10925 | MICHAEL A ZATINA CUST FOR, KRISTEN ZATINA, 213 GOODALE RD, BALTIMORE, MD 21212-3433 | |
| 10925 | MICHAEL A. COZZI, 144 ROCKY BROOK ROAD, NORTH ANDOVER, MA 01845 | |
| 10925 | MICHAEL ANTHONY GAETANO &, ROBERT ANTHONY GAETANO JT TEN, 42 SAGAMORE AVE, EDISON, NJ 08820-2975 | |
| 10925 | MICHAEL B COHAN, OLD COUNTY RD, LINCOLN, MA 01773 | |
| 10925 | MICHAEL B DAVIS, 10134 DOGWOOD AVE, PALM BEACH, FL 33410-4768 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MICHAEL B MACKLIN, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MICHAEL B SERLING, PC, 280 NORTH WOODWARD AVE, SUITE 406, BIRMINGHAM, MI 48011 | |
| 10925 | MICHAEL B THOMAS, 8374 ALBACORE DR, PASADENA, MD 21122-4847 | |
| 10925 | MICHAEL B. COHAN, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | MICHAEL BERG AS CUSTODIAN FOR, PETER PAUL BERG UNDER THE, CALIFORNIA UNIFORM TRANSFERS, TO MINORS ACT, 800 ALAMEDA, BELMONT, CA 94002-1602 | |
| 10925 | MICHAEL BLAIR, 15932 NEW AVE, LEMONT, IL 60439-2602 | |
| 10925 | MICHAEL BRADY INC, 299 N WEISGARBER, KNOXVILLE, TN 37979 | |
| 10925 | MICHAEL BUTALA, PO BOX 2488, CYPRESS, CA 90630-1988 | |
| 10925 | MICHAEL C DESANDO, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | MICHAEL C DEVINE, 95 COLES AVE, HACKENSACK, NJ 07601-3033 | |
| 10925 | MICHAEL C DOUGET, 6715 E 78TH CT, TULSA, OK 74133-3431 | |
| 10925 | MICHAEL C JOHNSON EX EST, CHARLES E JOHNSON, PO BOX 73083, EDMOND, OK 73083 | |
| 10925 | MICHAEL C KOTCH &, MARINA M KOTCH TEN COM, 5151 WOODFIELD DR, CENTREVILLE, VA 20120-4124 | |
| 10925 | MICHAEL C SAFT, 10837 TUCKAHOE WAY, GAITHERSBURG, MD 20878-4226 | |
| 10925 | MICHAEL C SMALL CUST MARC C, SMALL UNIF GIFT MIN ACT MA, 5 LITTLEFIELD RD, ACTON, MA 01720-2346 | |
| 10925 | MICHAEL C WEBBER, 1208 DOUGLAS DR, CLAREMORE, OK 74017-4621 | |
| 10925 | MICHAEL C. TUCKER, 220 WHITEMARSH RD., ARDMORE, PA 19003 | |
| 10925 | MICHAEL CARUSO PT OCS, 118 ROSEWOOD AVE.#2, CATONSVILLE, MD 21228 | |
| 10925 | MICHAEL CHARLES DESANDO, 490 OLD COUNTRY ROAD, WELLINGTON, FL 33414-4808 | |
| 10925 | MICHAEL CHARLES MENZIES, 4 LULY ST, ALTONA, NORTH VICTORIA, 3025AUSTRALIA | *VIA Deutsche Post* |
| 10925 | MICHAEL CHIEN, ONE TOWN CENTER RD, BOCA RATON, FL 33486 | |
| 10925 | MICHAEL COLLEY CO LPA, 536 S. HIGH ST, COLUMBUS, OH 43215 | |
| 10925 | MICHAEL COLLINS, 1030 CAYER DR, APT. 503, GLEN BURNIE, MD 21061 | |
| 10925 | MICHAEL CURRAN, 6424 HUNTLEIGH, GARDEN CITY, MI 48135-2013 | |
| 10925 | MICHAEL D GEE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MICHAEL D GEE, 65 PINEPOINT RD 8, SCARBOROUGH, ME 04074-8844 | |
| 10925 | MICHAEL D GOERTZ &, DEBORAH J GOERTZ JT TEN, R R 1 BOX 144-K-16, MIDLAND, TX 79706-9801 | |
| 10925 | MICHAEL D HAYNES, 1515 GREEN POND RD, SODDY DAISY, TN 37379-3807 | |
| 10925 | MICHAEL D OSTAPECK, 752 ALLWOOD RD, CLIFTON, NJ 07012-1901 | |
| 10925 | MICHAEL D RAGAN, 4721 AVEDON ROAD, MOORPARK, CA 93021-2418 | |
| 10925 | MICHAEL D WILSON &, CAROL L WILSON JT TEN, 234 N BRIDGE DR, STOCKBRIDGE, GA 30281-0000 | |
| 10925 | MICHAEL D. FRIDAY, 6839 ST. IVES BLVD., HUDSON, OH 44236 | |
| 10925 | MICHAEL DAVID NOWAK, 145 CRAIGEMORE CIRCLE, AVON, CT 06001-3418 | |
| 10925 | MICHAEL DAVID WESTAFER, 8918 LAURIE CIRCLE, OMAHA, NE 68124-3941 | |
| 10924 | MICHAEL DAY ENTERPRISES INC., 960 SERVILLE ROAD, WADSWORTH, OH 44281 | |
| 10925 | MICHAEL DE MARCO, 1836 STACEY ST, WICHITA, KS 67207 | |
| 10925 | MICHAEL DESANDO, 490 OLD COUNTRY RD., WELLINGTON, FL 33414 | |
| 10925 | MICHAEL DORAN ASSOC, 1234 DELAWARE AVE, BUFFALO, NY 14209 | |
| 10925 | MICHAEL DUNNE, 1932 ALBANY AVE, W HARTFORD, CT 06117-1703 | |
| 10925 | MICHAEL DUNNE, 949 PLEASANT VALLEY RD UNIT 9, S WINDSOR, CT 06074-4240 | |
| 10925 | MICHAEL E MATTHEWS, 37 WATERWAY DR, CATAULA, GA 31804-8514 | |
| 10925 | MICHAEL E MCCUE &, MAUREEN A WALSH JT TEN, 575 VAN VOORHIS AVE, ROCHESTER, NY 14617-2151 | |
| 10925 | MICHAEL E ORY, 725 HOLYOKE PL, GRETNA, LA 70056-5114 | |
| 10925 | MICHAEL E SHEAHEN, 800 BURR OAK DR, LAKE ZURICH, IL 60047-2520 | |
| 10925 | MICHAEL EDWARD DAM, PO BOX 97, HAINES CITY, FL 33845-0097 | |
| 10925 | MICHAEL FRANGOS, BOX 429, N HIGHLANDS, CA 95660-0429 | |
| 10925 | MICHAEL FRANKLIN TRAVIS, 8416 CONOVER DR, CITRUS HEIGHTS, CA 95610-0838 | |
| 10925 | MICHAEL G BREWER, 328 JOE TIKE, RINGGOLD, GA 30736-5430 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MICHAEL G DYBIS, PO BOX 4135, GAITHERSBURG, MD 20885-4135 | |
| 10925 | MICHAEL G KOENIG &, SHARON L KOENIG JT TEN, 2 CASSIA LANE, DEBARY, FL 32713-2408 | |
| 10925 | MICHAEL G LOPINTO, 573 MIAMICREST DR, LOVELAND, OH 45140 | |
| 10925 | MICHAEL G MCBRIDE, 3453 HOLDERMAN DR, SAN JOSE, CA 95148-1731 | |
| 10925 | MICHAEL GAGNIER, 2C CARNATION CIRCLE, READING, MA 01867 | |
| 10925 | MICHAEL GAINES &, 1154 LITCHFIELD LN, BARTLETT, IL 60103 | |
| 10925 | MICHAEL GARDNER, 293 WRIGHT BROTHERS AVE, LIVERMORE, CA 94550 | |
| 10925 | MICHAEL GIBSON, 703 PRYOR COVE RD, JASPER, TN 37347-2519 | |
| 10925 | MICHAEL GILLMORE, 8700 CROMWELL DR, SPRINGFIELD, VA 22150 | |
| 10925 | MICHAEL GRECO, 5628 EMERSON AVE SOUTH, MINNEAPOLIS, MN 55419 | |
| 10925 | MICHAEL GREENWOOD &, JUDITH GREENWOOD JT TEN, 310 DUNHAMS COR RD, E BRUNSWICK, NJ 08816-2655 | |
| 10924 | MICHAEL H. CASEY DESIGNS, 1510 INDIANA STREET, SAN FRANCISCO, CA 94107 | |
| 10925 | MICHAEL HALLORAN, 3626 E. CREEK CLUB DR., MISSOURI CITY, TX 77459 | |
| 10925 | MICHAEL HARDY &, PATRICIA F HARDY JT TEN, PO BOX 54, BIRCHRUNVILLE, PA 19421-0054 | |
| 10925 | MICHAEL HARRIS, DEPT OF CHEMICAL ENGINEERING, COLLEGE PARK, MD 20742 | |
| 10925 | MICHAEL HARVEY, PO BOX 467, CARVER, MA 02330 | |
| 10925 | MICHAEL I PRICE, 500 MARLIN ROAD, NORTH PALM BEACH, FL 33408 | |
| 10925 | MICHAEL J ALBANO &, JOSEPHINE A ALBANO JT TEN, 189 WESTMINSTER PLACE, LODI, NJ 07644-1011 | |
| 10925 | MICHAEL J BALCER, 1028 W MAIN ST APT B, LAURENS, SC 29360 | |
| 10925 | MICHAEL J BIRD &, EILEEN J BIRD JT TEN, 2940 NURSERY RD, SMYRNA, GA 30082-2128 | |
| 10925 | MICHAEL J BOLLINGER CO, INC, 1100 BATAVIA FARM RD., BALTIMORE, MD 21237 | |
| 10925 | MICHAEL J BROWN, 6309 ALDA DR, BALTIMORE, MD 21234 | |
| 10925 | MICHAEL J BROWN, 7500 GRACE DR, COLUMBIA, MD 21044 | |
| 10925 | MICHAEL J CAMERLENGO TR, UA APR 17 87, MICHAEL J CAMERLENGO TRUST, 951 SPANISH CIRCLE APT 245-F, DELRAY BEACH, FL 33483-4766 | |
| 10925 | MICHAEL J CARTER &, KIMBERLY P CARTER JT TEN ENT, RT 2 BOX 320C, MARTINSVILLLE, VA 24112-9639 | |
| 10925 | MICHAEL J DAVIS, 4 WESTGATE DR, #208, WOBURN, MA 01801 | |
| 10925 | MICHAEL J DAVIS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MICHAEL J DEUTCH, 2512 Q ST NW 226, WASHINGTON, DC 20007-4310 | |
| 10925 | MICHAEL J DEVINE &, MARGARET A DEVINE JT TEN, 166 16 24 ROAD, WHITESTONE, NY 11357-4014 | |
| 10925 | MICHAEL J FREI &, HELEN G FREI JT TEN, PO BOX 735, OAK LEAF RD, NORTH EASTHAM, MA 02651-0735 | |
| 10925 | MICHAEL J GALLO, 1952 SHEFFIELD DR, EL DORADO HILLS, CA 95762-5902 | |
| 10925 | MICHAEL J GIARDINELLI, 54 BEECHWOOD DR, ROBBINSVILLE, NJ 08691 | |
| 10925 | MICHAEL J GILHOOLY SR TR UA, DTD 09 19 90 MICHAEL J GILHOOLY, DECL OF LIVING TRUST NBD BANK, N A, 1624 CORAL REEF WAY, LAKE ZURICH, IL 60047-29 | |
| 10925 | MICHAEL J GRADY &, ALICE L GRADY JT TEN, 4417 83RD CIRCLE NORTH, BROOKLYN PARK, MN 55443-2533 | |
| 10925 | MICHAEL J GREENWOOD, 310 DUNHAMS COR RD, E BRUNSWICK, NJ 08816-2655 | |
| 10925 | MICHAEL J HAGER, 3312 CARDINAL RIDGE DR, GREENSBORO, NC 27410 | |
| 10925 | MICHAEL J KNOEPFLER, 1320 DENNISON RD SW, ALBUQUERQUE, NM 87105-2812 | |
| 10925 | MICHAEL J LIGONS, 1701 BAYSIDE BEACH RD, PASADENA, MD 21122-3505 | |
| 10925 | MICHAEL J MURPHY, 714 GENEVA RD, ROMEOVILLE, IL 60446-1103 | |
| 10925 | MICHAEL J MURRAY, 71 PRINCETON ST UNIT 109, CHELMSFORD, MA 01824 | |
| 10925 | MICHAEL J POLZKILL, 2116 N 200 RD, WELLSVILLE, KS 66092 | |
| 10925 | MICHAEL J ROSSI, 2410 WAVERLY WAY, BEAUFORT, SC 29902-6555 | |
| 10925 | MICHAEL J SILVA, 3 BUNTING CIRCLE, BOLINGBROOK, IL 60440-1224 | |
| 10925 | MICHAEL J VAN HAMME, 555 RIDGE ROAD, CARLISLE, IA 50047-7674 | |
| 10925 | MICHAEL J WEBER &, PATRICIA WEBER JT TEN, 184 WILLOWGROVE S, TONAWANDA, NY 14150-4516 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MICHAEL J YATESHIN, 17 CROSS LANE, WILKES BARRE, PA 18702-6416 | |
| 10925 | MICHAEL J. HAGER, 3312 CARDINAL RIDGE DR, GREENSBORO, NC 27410 | |
| 10925 | MICHAEL J. MCKENNEY, BANK OF AMERICA, NC1-002-31-3, 101 SOUTH TRYON ST., CHARLOTTE, NC 28255 | |
| 10925 | MICHAEL JOHN BROWN, 9609 ALDA DR, BALTIMORE, MD 21234-1847 | |
| 10925 | MICHAEL JOHN SHEFCHIK &, LINDA CAROL SHEFCHIK JT TEN, 1542 HOVEDEN DR, KATY, TX 77450-4904 | |
| 10925 | MICHAEL JOHN SHEPPARD, 2 ROMANS WAY, PYRFORD WOKING, SURREY, GU22 8TPUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MICHAEL JORDANS THE RESTAURANT, 1750 N CLARK ST, CHICAGO, IL 60614-5873 | |
| 10925 | MICHAEL JUD, 392 OAK ST, WESTWOOD, MA 02090 | |
| 10925 | MICHAEL K BALDWIN, 12934 RAIN FOREST ST, TAMPA, FL 33617-1304 | |
| 10925 | MICHAEL K LECAVE, 5775 CRYSTAL COVE TRAIL, GAINESVILLE, GA 30506-5792 | |
| 10925 | MICHAEL K MCKOWEN, 3851 CHURCH ST, ZACHARY, LA 70791-3042 | |
| 10925 | MICHAEL K YORKE, 2202 CRYSTAL WAY, PRAIRIE GROVE, IL 60012-2205 | |
| 10925 | MICHAEL KATZ &, KATHRYN KATZ TEN COM, 1131 CENTRAL AVE, WILMETTE, IL 60091-2600 | |
| 10925 | MICHAEL KAVANAUGH, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | MICHAEL KAWKA, 4 PETER COOPER RD, NEW YORK, NY 10010-6735 | |
| 10925 | MICHAEL KEITH JACKSON, 2710 BRIGHTON AVE NE, MINNEAPOLIS, MN 55418-3107 | |
| 10925 | MICHAEL KELLY JOHN SIVINSKI, KELLEY & FERRARO, 1300 E NINTH ST 1901 BOND CT BLDG, CLEVELAND, OH 44114 | |
| 10925 | MICHAEL KOPANON CUST SUSAN, KOPANON UNIF GIFT MIN ACT MA, 8 HARBOR RD, GLOUCESTER, MA 01930-3222 | |
| 10925 | MICHAEL KOTULA, 8349 W 141ST, ORLAND PARK, IL 60462-2325 | |
| 10925 | MICHAEL KOWALCZYK, 207 W SPRING MEADOW LANE, DEWITT, MI 48820 | |
| 10925 | MICHAEL KRUPINSKI, 6050 W 51ST ST, CHICAGO, IL 60638 | |
| 10925 | MICHAEL L GAGNIER, 315 ENDLESS COURT, EL DORADO HILLS, CA 95762 | |
| 10925 | MICHAEL L MAULDIN, 12229 ROBERTA LYNN DR, EL PASO, TX 79936 | |
| 10925 | MICHAEL L MC DONALD &, CELIA S MC DONALD JT TEN, 19225 4TH DRIVE S E, BOTHELL, WA 98012-7013 | |
| 10925 | MICHAEL L STYLES, PO BOX 1680, WICHITA FALLS, TX 76307-1680 | |
| 10925 | MICHAEL L VICOLI &, DEBRA L VICOLI JT TEN, 57 89TH ST, BROOKLYN, NY 11209-5503 | |
| 10925 | MICHAEL LATAS & ASSOC INC, 1311 LINDBERGH PLAZA CENTER, SAINT LOUIS, MO 63132 | |
| 10925 | MICHAEL LEE MAULE, 874 BROMPTON CIRCLE, BOLINGBROOK, IL 60440-1485 | |
| 10925 | MICHAEL LOMBARDO, C/O CHARLES & TANYA TABAK, 6 CROMWELL DR, CONVENT STATION, NJ 07960-4602 | |
| 10925 | MICHAEL LONG, 15081 WIDGEON AVE, CALDWELL, ID 83605 | |
| 10925 | MICHAEL M LONG, 43727 STEPHENSON DR, LEONARDTOWN, MD 20650-6053 | |
| 10925 | MICHAEL M. CAPPOLA, 2790 NE 5TH ST, POMPANO BEACH, FL 33062 | |
| 10925 | MICHAEL MALOWE, 62 WHITTIMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | MICHAEL MANAGEMENT CORPORATION, 1821 KELSON PLACE, ESCONDIDO, CA 92029 | |
| 10925 | MICHAEL MANCUSI &, PETER MANCUSI JT TEN, 5800 FERNLEY DR TH-89, WEST PALM BEACH, FL 33415-0000 | |
| 10925 | MICHAEL MANNIX BYRNE, 336-C HACKENSACK ST, WOOD RIDGE, NJ 07075-1323 | |
| 10925 | MICHAEL MCGANNON, C-O MCGANNON INSTITUTE, THOURY FERROTTES, 25 RUE DE FLAGY, FLAGY, 77940FRANCE | *VIA Deutsche Post* |
| 10925 | MICHAEL MORGAN, 8 JUDY ST, BILLERICA, MA 01821-5306 | |
| 10925 | MICHAEL N COTIGNOLA, 41 FIRST ST 36, HOBOKEN, NJ 07030-5721 | |
| 10925 | MICHAEL N KOUVATAS, 27 KINGS HWY EAST, HADDONFIELD, NJ 08033-2005 | |
| 10925 | MICHAEL N QUINN, 29929 CORSON DR, KINGSTON, IL 60145-8527 | |
| 10925 | MICHAEL N VIGLIOTTA &, THERESA A VIGLIOTTA JT TEN, 34 KEATING AVE, BRADFORD, PA 16701-1537 | |
| 10925 | MICHAEL N ZABYCH &, MILDRED I ZABYCH JT TEN, 2620 CHILDS LANE, ALEXANDRIA, VA 22308-2129 | |
| 10925 | MICHAEL N. PIERGROSSI, 7500 GRACE DR, COLUMBIA, MD 21044 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MICHAEL OLARI, 9637 MANZANITA DR, ALTA LOMA, CA 91737 | |
| 10924 | MICHAEL OLARI, 9637 MANZILLA DRIVE, ALTA LOMA, CA 91737 | |
| 10925 | MICHAEL P DALLAIRE, 15 CRISSWELL CT, STERLING, VA 20165-5671 | |
| 10925 | MICHAEL P DUNN, 8116 N W 128TH PL, OKLAHOMA CITY, OK 73142 | |
| 10925 | MICHAEL P GOOD, 217 SAWMILL RUN DR, CANFIELD, OH 44406-8622 | |
| 10925 | MICHAEL P HUGHES &, ELIZABETH A HUGHES JT TEN, 5111 SWALLOW DR, LAND O LAKES, FL 34639-3827 | |
| 10925 | MICHAEL P KORFIATIS, 254 MCGRATH HWY, SOMERVILLE, MA 02143 | |
| 10925 | MICHAEL P W EMBURY, 3151 E PONTIAC RD 3, AUBURN HILLS, MI 48326 | |
| 10925 | MICHAEL P WHITE, 3146 CALDWELL ROAD NE, ATLANTA, GA 30319 | |
| 10925 | MICHAEL P WOLD & LINDA L WOLD, JT TEN, 635 WHISPERING PINES DR, ESTES PARK, CO 80517-7049 | |
| 10925 | MICHAEL P ZOLL, 4120 ELKHORN DR NE, CEDAR RAPIDS, IA 52411-7822 | |
| 10925 | MICHAEL PETER KNIBBS, COPPER TREES SPEKES RD, HEMPSTEAD GILLINGHAM, KENT, ME7 3RSUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MICHAEL PUGLIESE, 1854 HENRY RD, NORTH MERRICK, NY 11566-2333 | |
| 10925 | MICHAEL R KUHN, 11712 S FOXFORD DR, FARRAGUT, TN 37922 | |
| 10925 | MICHAEL R L MERSKI, 119 WEST 11TH ST, BRISTOW, OK 74010-2007 | |
| 10924 | MICHAEL REESE HOSPITAL, JOB C-878, CHICAGO, IL 60600 | |
| 10925 | MICHAEL RENZULLI &, JOSEPHINE R RENZULLI JT TEN, 4015 GRASMERE AVE, LAS VEGAS, NV 89121-4844 | |
| 10925 | MICHAEL S GALE, 5172 W 87TH ST, BURBANK, IL 60459-2813 | |
| 10925 | MICHAEL S KERPER, 1014 37TH ST NE, CANTON, OH 44714-1323 | |
| 10925 | MICHAEL S LINK &, WILLA J LINK JT TEN, 19249 98TH PLACE SOUTH, RENTON, WA 98055-6348 | |
| 10925 | MICHAEL S MOSIER &, JOSEPHINE A MOSIER, JT TEN, 9249 REAVIS BARRACKS RD, ST LOUIS, MO 63123-6300 | |
| 10925 | MICHAEL S SUMNER, 114 VIGILANT WAY, GRAVESEND KENT, DA1 24PNUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MICHAEL S. RICHARDSON, 62 WHITTEMORE AVE., CAMBRIDGE, MA 02140 | |
| 10925 | MICHAEL S. ROCHE, 2601 COMMERCE BLVD, IRONDALE, AL 35210 | |
| 10925 | MICHAEL S. WILSON, ONE TOWN CENTER ROAD, BOCA RATON, FL 33486 | |
| 10925 | MICHAEL SCOTT FRIEDMAN #2666, 300 W. PRESTON ST., RM 406, BALTIMORE, MD 21201 | |
| 10925 | MICHAEL SHARROW, 5400 BROKEN SOUND BLVD NW #BX-5050, BOCA RATON, FL 33487 | |
| 10925 | MICHAEL SHEAHEN, 800 BURR OAK DR, LAKE ZURICH, IL 60047-2520 | |
| 10925 | MICHAEL SMITH, HALL, ESTILL, HARDWICK, GABLE, BANK ONE CTR STE 2900 100 N BROADWAY, OKLAHOMA CITY, OK 73102-8805 | |
| 10925 | MICHAEL SOLOMON, 30 SOUTH OCEAN AVE, PO BOX 428, FREEPORT LI, NY 11520-0428 | |
| 10925 | MICHAEL STEPHEN, 55 CARL ST, NEWTON HIGHLANDS, MA 02161-1905 | |
| 10925 | MICHAEL STRAUSS, 4 COUNTRY LN, MONTVILLE, NJ 07045-9705 | |
| 10925 | MICHAEL SYPNIAK, 6290 CLINTON ST, ELMA, NY 14059-9485 | |
| 10925 | MICHAEL T KICENUIK &, MARYANN P KICENUIK JT TEN, 49 CRESCENT RD, LIVINGSTON, NJ 07039-3757 | |
| 10925 | MICHAEL T SMITH, 5818 STEVENS FOREST APT 33, COLUMBIA, MD 21045-3625 | |
| 10925 | MICHAEL TAMBURRO &, EILEEN A TAMBURRO JT TEN, 401 SOUTH 57TH WAY, HOLLYWOOD, FL 33023-1435 | |
| 10925 | MICHAEL TARNOW & ASSOCIATES INC., 413 N DIVISION ST, TRAVERSE CITY, MI 49684 | |
| 10925 | MICHAEL V CAFFARELLA, 855 N STEPHANIE ST 1411, HENDERSON, NV 89014 | |
| 10925 | MICHAEL VANCE ERNEST &, BARBARA LEE ERNEST JT TEN, 2014 ROCKWELL AVE, CATONSVILLE, MD 21228-4218 | |
| 10925 | MICHAEL W CAREY, AMERIDGE CONDO, 617 GLENDALE AVE BLDG 16, BRIDGEPORT, CT 06606-6016 | |
| 10925 | MICHAEL W M CHUNG, 330 EAST 38TH ST APT 28K, NEW YORK, NY 10016-2789 | |
| 10925 | MICHAEL W O CONNELL, 11 WILLIAM ST, BETHPAGE, NY 11714-4435 | |
| 10925 | MICHAEL W STOCKHAUSEN, 595 OLD STAGE RD, FREDERICK, MD 21703-6029 | |
| 10925 | MICHAEL W, ZEHENDER, 5303 WILD BLACKBERRY, KINGWOOD, TX 77345 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MICHAEL WEEKS, 24317 SE 42ND PL, ISSAQUAH, WA 98029 | |
| 10925 | MICHAEL WILLIAMS, 3410 COURT HOUSE DR, ELLICOTT CITY, MD 21043-4546 | |
| 10925 | MICHAEL YOUNG, 5225 PHILLIP LEE DR SW, ATLANTA, GA 30336 | |
| 10925 | MICHAEL, ANGELA, 2011 W ALABAMA AVE, RUSTON, LA 71270 | |
| 10925 | MICHAEL, CLIFFORD, 130 W GARDEN, IOWA PARK, TX 76367 | |
| 10925 | MICHAEL, GARRY, 21657 W. PINE CROOKED LAKE, LAKE VILLA, IL 60046 | |
| 10925 | MICHAEL, GEORGE, 2206 HAMMOCK PINES BLVD, CLEARWATER, FL 34621 | |
| 10925 | MICHAEL, GLENN, 118 DOUGLAS ST, HEREFORD, TX 79045 | |
| 10925 | MICHAEL, HAROLD, 73 CANTERBURY LANE, JOPLIN, MO 64801 | |
| 10925 | MICHAEL, L, C/O C BOARDMAN W R GRACE & CO, 55 HAYDEN AVE LEXINGTON, MA 02173 | |
| 10925 | MICHAEL, NANCY, 3153 RHINE LANE, MEMPHIS, TN 38119 | |
| 10925 | MICHAEL, SANDRA, 355 BUTTERFLY LN, ROCKWELL, NC 28138 | |
| 10925 | MICHAEL, TERESA, 1202 E. DOUGLAS DRIVE, ODESSA, TX 79762 | |
| 10925 | MICHAEL, THEODORE, 1319 EAST M.LK BLVD, PLANT CITY, FL 33566 | |
| 10925 | MICHAELIDES, ATHOS, 108R BEACON ST., SOMERVILLE, MA 02143 | |
| 10925 | MICHAELIDES, ATHOS, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140 | |
| 10925 | MICHAELS CLC, PO BOX 2565, SPARTANBURG, SC 29304-2565 | |
| 10925 | MICHAELS EIGHTH AVENUE, 7220 GREYBURN DR., GLEN BURNIE, MD 21061 | |
| 10924 | MICHAELS ELECTRIC SUPPLY, 458 MERRICK RD., VALLEY STREAM, NY 11583 | |
| 10925 | MICHAELS FLOWERS, CARDS & GIFTS, 1301 E. NAPOLEON ST., SULPHUR, LA 70663 | |
| 10925 | MICHAELS FRAME & COLLISSION, 571 SOUTHAMPTON ROAD, WESTFIELD, MA 01085 | |
| 10925 | MICHAELS JONES MARTINRRIS TESSENER, 410 GLENWOOD AVE, SUITE 200, RALEIGH, NC 27603 | |
| 10924 | MICHAEL'S PRECAST CONCRETE PRODUCTS, 1917 ADAMS ROAD, LOVELAND, OH 45140 | |
| 10925 | MICHAELS STORES INC, 8000 BENT BRANCH DR, IRVING, TX 75063 | |
| 10925 | MICHAELS STORES INC, GENERAL COUNSEL, 8000 BENT BRANCH DRIVE, IRVING, TX 75063 | |
| 10924 | MICHAELS STORES, INC., 8000 BENT BRANCH DRIVE, IRVING, TX 75063 | |
| 10925 | MICHAELS, ALBERT, 1204 FAIRMOUNT AVE, ELIZABETH, NJ 08807 | |
| 10925 | MICHAELS, BRAD, 60 MALLORN DR., ALISO VIEJO, CA 92656 | |
| 10925 | MICHAELS, JOHN, 202 BEECH ST, GRAFTON, WI 53024-4567 | |
| 10925 | MICHAELS, JOHN, 202 BEECH ST, GRAFTON, WI 53202-4467 | |
| 10925 | MICHAELS, MARYANN C, 666 MILLER ST, LUZERNE PA, PA 18709 | |
| 10925 | MICHAELS, RICHARD, 1509 HURON AVE, NEW CASTLE, PA 16101 | |
| 10925 | MICHAELSON, FLORENCE, BOX 188, BATTLE CREEK, NE 68715 | |
| 10925 | MICHAELSON, ROBERT, 1000 CAMINO REDONDO, SANTA FE, NM 87505 | |
| 10925 | MICHALA, JULIANE, 1627A N. 59TH ST, MILWAUKEE, WI 53208 | |
| 10925 | MICHALE & LUANNE CAGLE, 1240 TOWNSHIP LINE RD, WOOLWICH TWP, NJ 08085 | |
| 10925 | MICHALEC, JEFFREY, 548 CARRIAGE CIRCLE, CARNEGIE, PA 15205 | |
| 10925 | MICHALEC, RUDY, 1201 1ST ST. SW, CEDAR RAPIDS, IA 52404 | |
| 10925 | MICHALEK, CHRIS, 28 MIONSKE, LAKE ZURICH, IL 60047 | |
| 10925 | MICHALIK, MARIANNE, 7738 WOODSTOCK DRIVE, TINLEY PARK, IL 60477 | |
| 10925 | MICHALOWSKI, LINDA, 134 WASHINGTON ST, SHILLINGTON, PA 19607 | |
| 10925 | MICHALS, FREDERICK, 3905 EAGLE LANE, ROLLING MEADOWS, IL 60008 | |
| 10925 | MICHALSKI, MICHAEL, 21 NORTH 5TH AVE, MANVILLE, NJ 08835 | |
| 10925 | MICHAUD, ALLAN, 1532 ZIMMERMAN DR, MORRISTOWN, TN 37814 | |
| 10925 | MICHAUD, DONNA, 3A SAMANTHA LN, AYER, MA 01432 | |
| 10925 | MICHAUD, JACQUELINE, 8 PIONEER CIRCLE, SALEM, MA 01970 | |
| 10925 | MICHAUD, LAWRENCE, 46 ROYAL CREST DRIVE, 12, NASHUA, NH 03060 | |
| 10925 | MICHAUD, SHARON, 68 GREEN ROAD, MERIDAN, CT 06450 | |
| 10925 | MICHAUX, THERESA, 124 WOODLYN AVE, WILLOW GROVE, PA 19090 | |
| 10925 | MICHEL AMAND, HAMEAU DE LA PERRIERE, MURIANETTE, 38420FRANCE | *VIA Deutsche Post* |
| 10925 | MICHEL, BRUCE, 10825 WILL PAINTER DR., OWINGS MILLS, MD 21117 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MICHEL, BRUCE, 26TH ASG S1 FMD, CMR419 BOX 1798 APO AE, 01902

10925   MICHEL, JEFFREY, 488 BEAUREGARD DR, CHESAPEAKE, VA 23322

10925   MICHEL, NIKKI, 3028 D W VILLAGE LA, SPRINGFIELD, MO 65807

10925   MICHEL, SANDY, 1781 PARK CENTER DRIVE, ORLANDO, FL 32835

10925   MICHEL, SANDY, 5230 NE 33RD AVE, FORT LAUDERDALE, FL 33308

10925   MICHEL, TROY, 213 PRESQUE ISLE DR, HOUMA, LA 70363-3829

10925   MICHEL/SHAKED GROUP, THE, 566 COMMONWEALTH AVE, BOSTON, MA 02215

10925   MICHELE DROLETTE, ONE TOWN CENTER RD., BOCA RATON, FL 33486

10925   MICHELE HOLBROOK, 252 BEE HOLE ROAD, LOUDON, NH 03307-1318

10925   MICHELE L. HARNEY, 4 LARK LANE, SIMPSONVILLE, SC 29681

10925   MICHELE MARY KORBER, 117 HART ST, LYNBROOK, NY 11563-1760

10925   MICHELE MIEDONA, 436 WAUBUN DR., FONTANA, WI 53125

10925   MICHELE PIQUANT, 220 COVE RD., APT. 2C, STAMFORD, CT 06902

10925   MICHELETTI, CARLO, 12040 NW 2ND DR, CORAL SPRINGS, FL 33071

10924   MICHELIN AMERICAS RES. & DEV., 515 MICHELIN ROAD, GREENVILLE, SC 29605

10924   MICHELIN AMERICAS RES. & DEV., PO BOX1987, GREENVILLE, SC 29602

10925   MICHELIN NA INC, BETH ELLIS,

10925   MICHELIN NORTH AMERICA INC., PO BOX 100860, ATLANTA, GA 30384

10924   MICHELIN NORTH AMERICA, 1101 UNIROYAL BLV., ARDMERE, OK 74301

10925   MICHELIN NORTH AMERICA, INC, PO BOX 96305, CHICAGO, IL 60693

10925   MICHELIN NORTH AMERICA,INC, PO BOX 75484, CHARLOTTE, NC 28275-5484

10925   MICHELL, RICHARD, 1408 HARRISON ST, WOODBRIDGE, VA 22191

10925   MICHELLE A LIBBY, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10925   MICHELLE C. HAYWARD, 358 WOBURN ST., LEXINGTON, MA 02173

10925   MICHELLE J BUTLER &, CHARLES J BUTLER JT TEN, 170 B CENTER AVE, ELIZABETH, PA 15037-1218

10925   MICHELLE LECLAIR, 55 HAYDEN AVE, LEXINGTON, MA 02173

10925   MICHELLE M JOHNSON, 825 SUMMER ST, LYNN, MA 01905-1945

10925   MICHELLE RUTH BARTLETT, 227 LARCH ST, SMITHTOWN, NY 11787-4432

10925   MICHELLE RYBINSKI, 21 LAUREL WOOD DR., LAWRENCEVILLE, NJ 08648

10925   MICHELLI, 9663 MAMMOTH DR., BATON ROUGE, LA 70814

10924   MICHELMAN INC, PO BOX 36160, CINCINNATI, OH 45236-0610

10924   MICHELMAN INC. - DO NOT USE, PO BOX 36160, CINCINNATI, OH 45236-0610

10924   MICHELMAN INC., 9089 SHELL ROAD, CINCINNATI, OH 45236-0610

10925   MICHELMAN, INC, 9080 SHELL RD., CINCINNATI, OH 45236

10925   MICHELMAN, INC, LOCATION #285, CINCINNATI, OH 45264-0285

10924   MICHELMAN, INC., 9080 SHELL ROAD, CINCINNATI, OH 45236

10924   MICHELMAN, INC., 9080 SHELL ROAD, CINCINNATI, OH 45236-1299

10924   MICHELMAN, INC., 9089 SHELL ROAD, CINCINNATI, OH 45236

10925   MICHELS, ALFRED, 1947 140TH ST, HAZELTON, IA 50641

10925   MICHETTI REALTY TRUST, 60 OLD POST ROAD, EAST WALPOLE, MA 02032

10925   MICHICAN DEPT OF ENVIR QUALITY, MR ROBERT FRANKS, PROJ MGR, ENVIRONMENTAL RESPONSE DIV, PO BOX 30426, LANSING, MI 48909

10925   MICHICAN DEPT OF ENVIR QUALITY, ROWAN E SMITH, ESQ, ENVIRONMENTAL RESPONSE DIV GAYLORD OFFICE, PO BOX, GAYLORD, MI 49734

10925   MICHIE BUTTERWORTH CO, PO BOX 79233, BALTIMORE, MD 21279-0233

10925   MICHIE BUTTERWORTH, PO BOX 79233, BALTIMORE, MD 21279-0233

10925   MICHIE BUTTERWORTH, POBOX 79233, BALTIMORE, MD 21279-0233

10924   MICHIE CORP., PO BOX870, HENNIKER, NH 03242

10924   MICHIE CORP., RIVER RD., BOSCAWEN, NH 03303

10925   MICHIE CORPORATION, PO BOX 870, HENNIKER, NH 03242

10925   MICHIE HAMLETT LOWRY RASMUSSEN TWE, 500 COURT SQUARE SUITE 300, PO BOX 298, PO BOX 298, CHARLOTTESVILLE, VA 22903-6298

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MICHIE, POBOX 7247-0353, PHILADELPHIA, PA 19170-0353 | |
| 10925 | MICHIE, POST OFFICE BOX 7587, CHARLOTTESVILLE, VA 22906-7587 | |
| 10925 | MICHIE, TENNESSEE DUMP SITE, TN HWY 22, MICHIE, TN 38357 | |
| 10925 | MICHIELS, DONALD, 346 NORTHVIEW RD, GREEN BAY, WI 54311 | |
| 10925 | MICHIELUTTI, THOMAS, 121 PINE SPRING BLVD, YORK, PA 17404 | |
| 10925 | MICHIGAN ATTY GENERAL, ATTN: JENNIFER GRANHOLM, PO BOX 30212, 525 W OTTAWA ST, LANSING, MI 48909 | |
| 10924 | MICHIGAN BLOCK, 73408 VAN DYKE, ROMEO, MI 48065 | |
| 10924 | MICHIGAN CERTIFIED CONCRT, 1235 HOYT SE, GRAND RAPIDS, MI 49507 | |
| 10924 | MICHIGAN CERTIFIED, 1235 HOYT S.E., GRAND RAPIDS, MI 49507 | |
| 10924 | MICHIGAN CHANDELIER CO., 20855 TELEGRAPH ROAD, SOUTHFIELD, MI 48034 | |
| 10924 | MICHIGAN CHANDELIER WEST, 245 JACKSON INDUSTRIAL DRIVE, ANN ARBOR, MI 48103 | |
| 10925 | MICHIGAN CHEMICAL COUNCIL, 320 WEST OTTAWA ST, LANSING, MI 48933 | |
| 10925 | MICHIGAN CONCRETE ASSOCIATION, 3130 PINE TREE ROAD, LANSING, MI 48911 | |
| 10925 | MICHIGAN CONCRETE PAVING ASSOC, 2187 JOLLY ROAD SUITE 500, OKEMOS, MI 48864 | |
| 10925 | MICHIGAN CONCRETE PAVING ASSOC, POBOX 19086, LANSING, MI 48901 | |
| 10924 | MICHIGAN CONSOLIDATED GAS, 511 WOODWARD STREET, DETROIT, MI 48226 | |
| 10925 | MICHIGAN DEPT OF ENV CONTROL, RUSSELL HARDING DIR, PO BOX 30473, LEASING, MI 48909-7973 | |
| 10925 | MICHIGAN DEPT OF ENV QUALITY, ENVL RESPONSE DIV, GAYLORD OFF, PO BOX 1830, GAYLORD, MI 49734-5830 | |
| 10925 | MICHIGAN DEPT OF ENVIR QUALITY, 106 W ALLEGAN ST, HOLLISTER BLDG 6TH FLR, LANSING, MI 48909 | |
| 10925 | MICHIGAN DEPT OF ENVIR QUALITY, 106 WEST ALLEGAN ST, HOLLISTER BLDG, 6TH FLR, LANSING, MI 48909 | |
| 10925 | MICHIGAN DEPT OF NATURAL RESOURCES, MASON BLDG, 6TH FL, PO BOX 30028, LANSING, MI 48909 | |
| 10925 | MICHIGAN DEPT OF NATURAL RESOURCES, MASON BLDG, 6TH FLR, PO BOX 30028, LANSING, MI 48909 | |
| 10924 | MICHIGAN DRUM RENOVATION, 24800 SCHOENHER ROAD, WARREN, MI 48089 | |
| 10925 | MICHIGAN DYNAMICS, 1558 10TH ST, SANTA MONICA, CA 90404 | |
| 10925 | MICHIGAN DYNAMICS, 1631 10TH ST, SANTA MONICA, CA 90404 | |
| 10925 | MICHIGAN FAMILY PHYSICIAN, 21711 VAN BORN ROAD, TAYLOR, MI 48180 | |
| 10925 | MICHIGAN FIRST AID & SAFETY CO, PO BOX 386, ROSEVILLE, MI 48066 | |
| 10924 | MICHIGAN FOOD CORP., 25539 JOHN R ROAD, MADISON HEIGHTS, MI 48071 | |
| 10924 | MICHIGAN FOUNDATION CO., 110W JEFFERSON, TRENTON, MI 48183 | |
| 10924 | MICHIGAN FOUNDATION CO., INC., 1 W JEFFERSON, TRENTON, MI 48183 | |
| 10924 | MICHIGAN FOUNDATION CO., INC., 110W JEFFERSON, TRENTON, MI 48183 | |
| 10924 | MICHIGAN FOUNDATION CO., INC., 5501 COGSWELL, WAYNE, MI 48184 | |
| 10924 | MICHIGAN FOUNDATION CO., INC., 6618 FRENCH ROAD, DETROIT, MI 48213 | |
| 10925 | MICHIGAN MAGNETICS, 203 W 3RD ST, VERMONTVILLE, MI 49096 | |
| 10925 | MICHIGAN MASON CONTRACTORS ASSOC, POBOX 5964, TRAVERSE CITY, MI 49696-5964 | |
| 10924 | MICHIGAN PLAZA C/O PONTIAC CEILING, 1200 6TH STREET, DETROIT, MI 48226 | |
| 10925 | MICHIGAN PUMPING SERVICE, 605 HARRISON, TRENTON, MI 48183 | |
| 10924 | MICHIGAN RIVET, 13201 STEPHENS ROAD, WARREN, MI 48089 | |
| 10924 | MICHIGAN ST UNIV C/O WM REICHENBACH, 186 FARM LANAE, MICHIGAN STATE UNIVERSITY, MI 48824 | |
| 10924 | MICHIGAN STATE UNIVERSITY, AG AND LIVESTOCK BUILDING, LANSING, MI 48901 | |
| 10924 | MICHIGAN TECH UNIVERSITY, 107 CHP, 1400 TOWNSEND DRIVE, HOUGHTON, MI 49931 | |
| 10925 | MICHIGAN TECHNOLOGICAL UNIVERSITY, 150 W JEFFERSON #900, DETROIT, MI 48226-4430 | |
| 10924 | MICHIGAN TECK UION, CLIFF ROAD, HOUGHTON, MI 49931 | |
| 10925 | MICHMAN, CAROL, 4321 APT. 202 FLINT HILL DR, OWINGS MILLS, MD 21117 | |
| 10925 | MICHNIKOV, OLGA, 105 WATSON ROAD, BELMONT, MA 02178 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MICHOS, DEMETRIUS, 5405 EMERALD DRIVE, SYKESVILLE, MD 21784

10925   MICHOS, DEMETRIUS, 7500 GRACE DR., COLUMBIA, MD 21044

10925   MICIULIS, VALENTINE, 64 WOODHILLS BAY RD, FOX LAKE, IL 60020-1563

10925   MICK, SHELI, 4621 S LINCOLN, ENGLEWOOD, CO 80110

10924   MICKEL WAGONER, COLEMAN, C/O DALE CRAMPTON CO., FORT SMITH, AR 72903

10925   MICKELSEN, WENDELL, 1730 LINCOLN GARDENS, EPHRATA, PA 17522

10925   MICKELSON, DAVID, 4806 W. HILLTOP DR., KANKAKEE, IL 60901

10925   MICKELSON, KRISTINA, 34 HILLCREST RD, GLEN RIDGE, NJ 07028

10925   MICKENS, DEBRA, 5635-F HARPERS FARM ROAD, COLUMBIA, MD 21044

10925   MICKEY, LISA, RD #6 BOX 300, LATROBE, PA 15650

10925   MICKINS, ELLA MAE, 512 BAINES TERR, PAHOKEE, FL 33476

10925   MICKLE, DELBRA, 208 PHEASANT WAY, FOUNTAIN INN, SC 29644

10925   MICKLE, WENDY, 7970 SWEETWATER DR., DOUGLASVILLE, GA 30135

10925   MICKLER, JOHN, 1405 PLANTATION DRIVE, SIMPSONVILLE, SC 29681

10925   MICKLICH, PETER, 7861 GRANT ST, DENVER, CO 80229

10925   MICKLOS, KAREN, 4336 APPLE TREE PL, JACKSONVILLE, FL 32258

10924   MICKY'S CONCRETE INC., PO BOX467, MANSURA, LA 71350

10924   MICKY'S CONCRETE, 27 S. INDUSTRIAL BLVD, MANSURA, LA 71350

10925   MICO MANUFACTURING CO INC, 66 INDUSTRIAL WAY, WILMINGTON, MA 01887-3434

10924   MICON W./CERRITOS MALL, C/O WESTSIDE BLDG. MTLS., CERRITOS, CA 90703

10925   MICONE, BARBARA, 201 GATESIDE, LEIGH ACRES, FL 33936

10925   MICRO ABRASIVES CORPORATION, PO BOX 669, WESTFIELD, MA 01086-0669

10925   MICRO ACCESS, 5340 WEST LINCOLN AVE, SKOKIE, IL 60077

10925   MICRO AGE COMPUTER CENTERS, PO BOX 5-0439, WOBURN, MA 01815-0439

10925   MICRO AGE COMPUTER, 111 NORTH CANAL ST, CHICAGO, IL 60606

10925   MICRO AGE INFOSYSTEMS SVC., 8044 MONTGOMERY RD., CINCINNATI, OH 45236

10925   MICRO CENTER EDUCATION, 1221 POWERS FERRY RD, MARIETTA, GA 30067

10925   MICRO CENTER, 727 MEMORIAL DR., CAMBRIDGE, MA 02139

10925   MICRO DESIGN INTERNATIONAL, INC, 1075 FLORIDA CENTRAL PKWY, LONGWOOD, FL 32750-7583

10925   MICRO ELECTRONICS GROUP MEG, INC, PO BOX 690395, MINT HILL, NC 28227-7007

10925   MICRO ESSENTIAL LABORATORY INC., PO BOX 10824, BROOKLYN, NY 11210-0824

10925   MICRO FOCUS, PO BOX 45611, SAN FRANCISCO, CA 94145-0611

10925   MICRO LAB CORP, 20549 VALLEY BLVD, WALNUT, CA 91789

10925   MICRO MOTION INC, PO BOX 70707, CHICAGO, IL 60673

10925   MICRO MOTION, 2871 HWY 90 EAST, WESTLAKE, LA 70669

10925   MICRO MOTION, INC, 7070 WINCHESTER CIRCLE, BOULDER, CO 80308

10925   MICRO MOTION, INC, PO BOX 19770, BOULDER, CO 80308

10925   MICRO MOTION, INC, PO BOX 19860, BOULDER, CO 80308

10925   MICRO MOTION, INC, PO BOX 70707, CHICAGO, IL 60673

10925   MICRO MOTION, PO BOX 70707, CHICAGO, IL 60673

10925   MICRO MOTION, PO BOX 963, BATON ROUGE, LA 70809

10924   MICRO PINE LEVEL SCHOOL, 106 SOUTH FITZGERALD STREET, PINE LEVEL, NC 27568

10925   MICRO POWDERS INC, 530 WHITE PLAINS ROAD, TARRYTOWN, NY 10591

10925   MICRO SWITCH, 11 W SPRING ST, FREEPORT, IL 61032

10925   MICRO SWITCH, 11309 W CHETLAIN LN, GALENA, IL 61036

10925   MICRO SWITCH, E STEPHENSON ST, FREEPORT, IL 61032

10925   MICRO SWITCH, WALNUT & FAIRGROUNDS ROAD, FREEPORT, IL 61032

10925   MICRO SYSTEMS WAREHOUSE, 55 UNITED STATES AVE, GIBBSBORO, NJ 08026

10925   MICRO SYSTEMS WAREHOUSE, PO BOX 8934, BOSTON, MA 02266-8934

10925   MICRO USPD INC, 580 PLEASANT ST, WATERTOWN, MA 02172

10925   MICRO VIDEO INSTRUMENTS INC, POBOX 42081, PROVIDENCE, MA 02940-2001

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|
| 10925 | MICRO WAREHOUSE, 1720 OAK ST, LAKEWOOD, NJ 08701 | |
| 10925 | MICRO WAREHOUSE, 7077 COLLECTION CENTER DR, CHICAGO, IL 60693-0072 | |
| 10925 | MICRO WAREHOUSE, 7077 COLLECTION CENTER DR., CHICAGO, IL 60693-0072 | |
| 10925 | MICRO/DIAL, 33 BATES ST, DANVERS, MA 01923-3705 | |
| 10925 | MICROAGE INFOSYSTEMS SERV, 37 SKYLINE DR, LAKE MARY, FL 32746 | |
| 10925 | MICROAGE OF EXTON, PO BOX 820031, PHILADELPHIA, PA 19182-0031 | |
| 10925 | MICROAGE, 325 PARK PLAZA DR, OWENSBORO, KY 42303 | |
| 10925 | MICRO-AGE, 6 HASKELL RD, ANDOVER, MA 01810-2842 | |
| 10925 | MICROAGE-EDISON, PO BOX 26001, NEWARK, NJ 07101-6001 | |
| 10925 | MICROANALYTICS, 2200 CLARENDON BLVD. SUITE 1002, ARLINGTON, VA 22201-3364 | |
| 10924 | MICROBAN PRODUCTS, ATTN: ACCOUNTS PAYABLE, 11515 VANSTORY DRIVE, HUNTERSVILLE, NC 28078 | |
| 10925 | MICROCARB, ANTEX BIOLOGICS INC., 300 PROFESSIONAL DR #100, GAITHERSBURG, MD 20879 | |
| 10925 | MICRO-CHEM LABORATORIES, 772 MURPHYS CREEK ROAD, MURPHYS, CA 95247-0485 | |
| 10925 | MICROCOM INC, PO BOX 198642, ATLANTA, GA 30384-8642 | |
| 10925 | MICROCOM INC, PO BOX 6011, BOSTON, MA 02212-6011 | |
| 10925 | MICROCOM WORLDWIDE DATA RECOVERY, 20802 PLUMMER ST, CHATSWORTH, CA 91311 | |
| 10925 | MICROCOSM, 1699 S. 55TH AVE., CICERO, IL 60804-1817 | |
| 10925 | MICRODESK OF NEW ENGLAND INC, 460 TOTTEN POND RD, WALTHAM, MA 02154 | |
| 10925 | MICROFILM SYSTEMS, INC, PO BOX 3130, SHREVEPORT, LA 71133 | |
| 10925 | MICRO-FIX, 6175 BARFIELD ROAD SUITE 100, ATLANTA, GA 30328 | |
| 10925 | MICROFLEX, PO BOX 32000, RENO, NV 89533-2000 | |
| 10925 | MICROGON INC, 23152 VERDUGO DR, LAGUNA HILLS, CA 92653 | |
| 10925 | MICROMASH, 6402 SOUTH TROY CIRCLE, ENGLEWOOD, CO 80111-6424 | |
| 10925 | MICROMEDIA, 575 UNIVERSITY AVE, NORWOOD, MA 02062 | |
| 10924 | MICROMERITICS, 1 MICROMERITICS DRIVE, NORCROSS, GA 30093 | |
| 10925 | MICROMERITICS, ONE MICROMERITICS DR, NORCROSS, GA 30093 | |
| 10925 | MICROMERITICS, PO BOX 101108, ATLANTA, GA 30392 | |
| 10925 | MICRON CO, 1830 N 32ND AVE, MELROSE PARK, IL 60165 | |
| 10924 | MICRON CONSTRUCTION, C/O HERBLAN, NAMPA, ID 83686 | |
| 10925 | MICRON ELECTRONICS, 900 EAST KARCHER RD, NAMPA, ID 83678 | |
| 10924 | MICRON INDUSTRIAL, 1550E 9400 N STE 100, LEHI, UT 84043 | |
| 10924 | MICRON LABS, INTER SYSTEMS CONSTRUCTION, BOISE, ID 83706 | |
| 10925 | MICRON POWDER SYSTEMS, PO BOX 40022, NEWARK, NJ 07101-4022 | |
| 10924 | MICRON TECHNOLOGIES, 8000 S. FEDERAL WAY, BOISE, ID 83716 | |
| 10925 | MICRON, INC, 3815 LANCASTER PIKE, WILMINGTON, DE 19805 | |
| 10925 | MICRON, INC, ANALYTICAL SERVICE LABORATORY, 3815 LANCASTER PIKE, WILMINGTON, DE 19805 | |
| 10925 | MICRONAV INTERNATIONAL INC, 104 MARINE DR, SYDNEY, NS B1P 6R7CANADA | *VIA Deutsche Post* |
| 10925 | MICRONICS, 200 WEST RD., PORTSMOUTH, NH 03801 | |
| 10925 | MICRONICS, INC, 200 WEST ROAD, PORTSMOUTH, NH 03801 | |
| 10925 | MICROPAC IND INC, 725 E WALNUT ST, GARLAND, TX 75040 | |
| 10925 | MICROPAC IND INC, 905 EAST WALNUT, GARLAND, TX 75040 | |
| 10925 | MICROPAC IND INC, PO BOX 469017, GARLAND, TX 75046 | |
| 10925 | MICROPATENT, 250 DODGE AVE, EAST HAVEN, CT 06512-3358 | |
| 10925 | MICROPETTE INC, KM 243, JUNCOS, PR 00777PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MICROPHASE CORP, 587 CONNECTICUT AVE, NORWALK, CT 06854 | |
| 10925 | MICROPHASE CORP, PO BOX 960, NORWALK, CT 06856 | |
| 10924 | MICROPORE LTD, 200 HADCO ROAD, WILMINGTON, DE 19804-1000 | |
| 10924 | MICROPORE LTD, PO BOX9826, NEWARK, DE 19714 | |
| 10924 | MICROPORE, INC, 250 CORPORATE BLVD. SUITE I, NEWARK, DE 19714 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MICROPORE, INC., 250 CORPORATE BLVD. SUITE I, NEWARK, DE 19714

10925   MICRO-REL, 2110 W 10TH PL, TEMPE, AZ 85281

10925   MICRO-RENT CORPORATION, 18011 SKY PARK CIRCLE #J, IRVINE, CA 92614

10925   MICROSIM INC, 20 FAIRBANKS, IRVINE, CA 92718

10925   MICROSOF MONEY CHECKS, 3660 VICTORIA ST NORTH, SAINT PAUL, MN 55126

10925   MICROSOFT CORP, ONE MICROSOFT WAY, REDMOND, WA 98052-6393

10925   MICROSOFT CORP, PO BOX 844510, DALLAS, TX 75284-4510

10925   MICROSOFT CORPORATION, PO BOX 1705, MINNEAPOLIS, MN 55440-8877

10925   MICROSOFT CORPORATION, PO BOX 1710, MINNEAPOLIS, MN 55440-8877

10925   MICROSOFT CORPORATION, PO BOX 84808, SEATTLE, WA 98124-6108

10925   MICROSOFT DEVELOPER NETWORK, POBOX 5549, PLEASANTON, CA 94566-1549

10925   MICROSOFT TECHNET, PO BOX 5540, PLEASANTON, CA 94566

10925   MICROSYSTEMS WAREHOUSE, PO BOX 8934, BOSTON, MA 02266-8934

10924   MICROTECH MACHINE COMPANY, INC., 4801 W. MICHIGAN, JACKSON, MI 49201

10925   MICRO-TECH OPTICAL COMPANY, PO BOX 392, BLOOMFIELD, CT 06002-0392

10925   MICRO-TEL CENTER, 3700 HOLCOMB BRIDGE RD, NORCROSS, GA 30092

10925   MICRO-TEL, INC, MICRO-TEL CENTER, NORCROSS, GA 30092

10925   MICROTEST LABORATORIES INC, PO BOX 848, AGAWAM, MA 01001-0848

10925   MICROTOUCH SYSTEMS INC, 300 GRIFFIN BROOK DRIVE, METHUEN, MA 01844

10925   MICROTOUCH SYSTEMS INC., PO BOX 5699, BOSTON, MA 02206

10925   MICROWAREHOUSE, 1690 OAK ST, LAKEWOOD, NJ 08701

10925   MICROWAREHOUSE, 1690 OAK ST., LAKEWOOD, NJ 08701

10925   MICROWAVE DATA SYSTEMS, 175 SCIENCE PKWY, ROCHESTER, NY 14620

10924   MICROWAVE PRODUCTS, HOLDING ACCOUNT, CANTON, MA 02021

10925   MICROWAVE SIGNAL INC, 22300 COMSAT DRIVE, CLARKSBURG, MD 20871

10925   MICROWAVE SPECIALTIES TRUST, ATTN MARK ROBERTS, 101 MERRIMAC ST, BOSTON, MA 02114

10925   MICROWAVE SPECIALTIES, 380 SOUTH ST, PLAINVILLE, MA 02762-1529

10925   MICU, WILFREDO, 3920 FRONTIER DR., SUGARLAND, TX 77479

10925   MID AMERICA DYNAMICS,

10925   MID AMERICA DYNAMICS, 4513 LINCOLN, SUITE 200, LISLE, IL 60532

10924   MID AMERICA PROTECTIVE COATINGS, 1395 LOUIS AVENUE, ELK GROVE VILLAGE, IL 60007

10924   MID AMERICA PROTECTIVE COATINGS, 3348 WASHINGTON, FRANKLIN PARK, IL 60131

10925   MID AMERICA TIRE INC, 5999 MEIJER DRIVE, MILFORD, OH 45150

10925   MID AMERICA TIRE INC., 115 S. TAYLOR ST, LOVELAND, OH 45140

10924   MID AMERICA, 750 BREEZEWOOD LANE, NEENAH, WI 54957

10924   MID AMERICA, PO BOX427, NEENAH, WI 54957-0000

10924   MID AMERICAN POOL QUIP, 521 RUDDER ROAD, FENTON, MO 63026

10925   MID ATLANTIC LABEL INC., PO BOX 363, FOREST HILL, MD 21050-0363

10925   MID ATLANTIC MINI STORAGE, 1215 N 23RD ST, WILMINGTON, NC 28403

10925   MID ATLANTIC MOVING & STORAGE INC., PO BOX 551, WILMINGTON, NC 28402

10925   MID ATLANTIC PRECAST ASSOCIATION, PO BOX 831, HOCKESSIN, DE 19707

10924   MID ATLANTIC PRECAST, MARGINAL RD., NEW STANTON, PA 15672

10924   MID ATLANTIC PRECAST, RD #5 BOX 34, LATROBE, PA 15650

10924   MID CITIES READY MIX J.V., HWY 174, JOSHUA, TX 76058

10924   MID CITIES READY MIX J.V., P. O. BOX 660, COLLEYVILLE, TX 76034

10924   MID CITY READY MIX, P O BOX 660, COLLEYVILLE, TX 76034

10925   MID CITY WASTE DISPOSAL, PO BOX 7347, SAN FRANCISCO, CA 94120

10925   MID CITY WASTE DISPOSAL, PO BOX 92162, CITY OF INDUSTRY, CA 91715

10924   MID COAST CONCRETE INC., 16909 HWY 19, HUDSON, FL 34667

10924   MID COAST CONCRETE, 16909 US HWY 19, HUDSON, FL 34667

10924   MID CON PRODUCTS INC, P O BOX 370, HORTONVILLE, WI 54944

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MID CON PRODUCTS, 262 E MAIN, HORTONVILLE, WI 54944

10924   MID CON PRODUCTS, PO BOX 370, HORTONVILLE, WI 54944

10924   MID CONTINENT REST., PO BOX 821099, FORT WORTH, TX 76182

10925   MID FL MINING, PO BOX 68, LOWELL, FL 32663-0068

10924   MID HUDSON CONCRETE PRODUCTS INC., RR 1 BOX 121 B, COLD SPRING, NY 10516

10924   MID HUDSON, RR1 BOX 121B ROUTE 9, COLD SPRING, NY 10516

10924   MID ILLINOIS CONCRETE, INC., P O BOX 221, VANDALIA, IL 62471

10924   MID ILLINOIS CONCRETE, INC., P.O. BOX 785, EFFINGHAM, IL 62401

10924   MID ILLINOIS, 905 N.E. ADAMS ST., PEORIA, IL 61603

10925   MID JERSEY TRUCKING LOCAL #701, 2003 US ROUTE #130 SUITE A, NORTH BRUNSWICK, NJ 08902

10925   MID JERSEY TRUCKING LOCAL#701, 2003 US ROUTE #130 SUITE A, NORTH BRUNSWICK, NJ 08902

10924   MID MOUNTAIN MATL.INC., 7600 FIFTH AVE SOUTH, SEATTLE, WA 98108

10924   MID SOUTH COMMUNITY COLLEGE, 740 SOUTH AIRPORT ROAD, WEST MEMPHIS, AR 72301

10924   MID SOUTH CONCRETE, 1750 BRADLEY LANE, PULASKI, TN 38478

10924   MID SOUTH CONCRETE, 2914 OLD HORN LAKE ROAD, MEMPHIS, TN 38109

10924   MID SOUTH CONCRETE, ATTN:  ACCOUNTS PAYABLE, PULASKI, TN 38478

10924   MID SOUTH CONCRETE, P O BOX 1220, PULASKI, TN 38478

10924   MID SOUTH OXYGEN COMPANY, 2960 CIDCO DRIVE, NASHVILLE, TN 37204

10924   MID SOUTH PRESTRESS, L.L.C, 2949 JOE DOWLEN ROAD, PLEASANT VIEW, TN 37146

10925   MID SOUTH SALES CO, INC, PO BOX 1569, SLIDELL, LA 70459

10925   MID SOUTH TIRE & TRUCK SERV., PO BOX 8174, JACKSON, MS 39284

10925   MID SOUTH TIRE & TRUCK, PO BOX 8174, JACKSON, MS 39204

10924   MID STATE CONC PROD INC, 1625-C EAST DONOVAN ROAD, SANTA MARIA, CA 93454

10924   MID STATE CONCRETE INC., 20931 N.E. HIGHWAY 27, WILLISTON, FL 32696

10924   MID STATE CONCRETE INC., ATTN:  ACCOUNTS PAYABLE, WILLISTON, FL 32696

10924   MID STATE CONCRETE, 1625-C EAST DONOVAN ROAD, SANTA MARIA, CA 93454

10924   MID STATE CONCRETE, 1625-C EAST DONOVAN., SANTA MARIA, CA 93454

10924   MID STATE CONCRETE, INC.E, P.O. BOX 6308, MANCHESTER, NH 03108

10924   MID STATE CONCRETE, PO BOX 6308, MANCHESTER, NH 03108

10924   MID STATE CONRETE,  INC., PLANT CLOSED, PEASE AIR FORCE BASE, PORTSMOUTH, NH 03801

10924   MID STATE CONSTRUCTION PRODUCTS,INC, 1608 SOUTHEAST 25TH ST., OKLAHOMA CITY, OK 73143

10924   MID STATE CORRECTIONAL FACILITY, ROUTE 219, MARCY, NY 13403

10924   MID STATE PAINTING & WALLPAPER, CAMBRIDGE, MA 02140

10924   MID STATE PAINTING, PO BOX 1082, LAKE OZARK, MO 65049

10924   MID STATES CONSTRUCTION, 746 NO MADISON ST, ROCKFORD, IL 61107

10924   MID STATES CONSTRUCTION, CAMBRIDGE, MA 02140

10925   MID STATES ENGINEERING & SALES, INC, 5001 CHASE AVE, DOWNERS GROVE, IL 60515-4013

10924   MID WAY MATERIALS INC., 128 NATCHEZ TRACE RD., CAMDEN, TN 38320

10924   MID WEST CONCRETE OF INDIANA, 1200 A. STANLEY AVENUE, EVANSVILLE, IN 47711

10924   MID WEST MEDICAL, 13400 LAKEFRONT DRIVE, EARTH CITY, MO 63045

10924   MID WEST MEDICAL, 160 CORPORATE WOODS COURT, BRIDGETON, MO 63044

10925   MID WEST MOTOR SERVICE, PO BOX 1247, JOLIET, IL 60434-1247

10924   MID WEST RAILRAOD, 1525 BECK ST, SALT LAKE CITY, UT 84116

10925   MID WESTERN IND., PO BOX 554, ELLICOTT CITY, MD 21043

10924   MID WESTERN UNIV., (SPRAY), DOWNERS GROVE, IL 60515

10925   MID-AMERICA PALLET COMPANY, PO BOX 664, OAK LAWN, IL 60454

10925   MID-AMERICA PALLET COMPANY, POBOX 664, OAK LAWN, IL 60454

10925   MID-AMERICAN ENGINEERING, PO BOX 28, EAST CHICAGO, IN 46312

10925   MID-ARK BUILDINGS INC, 8800 LANDERS RD, SHERWOOD, AR 72117

10925   MIDAS AUTO SYSTEMS EXPERTS, 6021 SAN MATEO NE, ALBUQUERQUE, NM 87109

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MIDAS MUFFLER & BRAKE, 7000 MENAUL NE, ALBUQUERQUE, NM 87110

10925   MID-ATLANTIC APPRAISAL CONSULTANTS, 2124 ROUTE 35, HOLMDEL, NJ 07733

10925   MID-ATLANTIC INDUSTRIAL PRODUCTS, I, 6149 WASHINGTON BLVD., ELKRIDGE, MD 21075

10925   MID-ATLANTIC INDUSTRIAL PRODUCTS, INC, 6149 WASHINGTON BLVD., ELKRIDGE, MD 21075

10925   MID-ATLANTIC MINI STORAGE, 1215 N 2ND ST, WILMINGTON, NC 28403

10925   MID-ATLANTIC PALLET CO., 1822 LEAR CT., BEL AIR, MD 21015-1562

10925   MID-ATLANTIC PALLET CO., 1925 THOMAS RUN CIRCLE, BEL AIR, MD 21015-8300

10925   MID-ATLANTIC PRECAST ASSOC, 858 TOWN CENTER DR, LANGHORNE, PA 19047

10925   MID-ATLANTIC REPS, LTD, 2145 PRIEST BRIDGE DR, SUITE 11, CROFTON, MD 21114-2477

10925   MID-ATLANTIC TECHNICAL SERVICES, INC, PO BOX 2364, ANNAPOLIS, MD 21404

10924   MIDBROOK PRODUCTS, INC., 2080 BROOKLYN ROAD, JACKSON, MI 49204-0867

10924   MIDCAL ALUMINUM, INC., 500 SANTA ROSA AVENUE, MODESTO, CA 95353

10925   MID-CAROLINA STEEL AND RECYCLING, PO BOX 3764, COLUMBIA, SC 29230

10925   MID-CITY WASTE, POBOX 748, BALDWIN PARK, CA 91706-0748

10925   MIDCO COMMUNICATIONS, 410 S PHILLIPS AVE, SIOUX FALLS, SD 57104

10925   MIDCO COMMUNICATIONS, PO BOX 5010, SIOUX FALLS, SD 57117-5010

10924   MIDCOAST HOSPITAL, 58 BARIBEAU DRIVE, BRUNSWICK, ME 04011

10925   MIDCON CABLES COMPANY, 2500 DAVIS BLVD, JOPLIN, MO 64802

10924   MID-CONTINENT CONC INC, PO BOX3878, TULSA, OK 74102

10924   MID-CONTINENT CONCRETE COMPANY, 1332 W. CATO SPRINGS, FAYETTEVILLE, AR 72701

10924   MID-CONTINENT CONCRETE COMPANY, 1406 SE 5TH STREET, BENTONVILLE, AR 72712

10924   MID-CONTINENT CONCRETE COMPANY, 2205 WAUKESA RD, SILOAM SPRINGS, AR 72761

10924   MID-CONTINENT CONCRETE COMPANY, 431 W. 23RD ST., TULSA, OK 74107

10924   MID-CONTINENT CONCRETE COMPANY, HWY 59 S., GRAVETTE, AR 72736

10924   MID-CONTINENT CONCRETE COMPANY, PO BOX3878, TULSA, OK 74102

10924   MID-CONTINENT CONCRETE, 1406 S.E. 5TH STREET, BENTONVILLE, AR 72712

10924   MID-CONTINENT CONCRETE, PO BOX3878, TULSA, OK 74102

10925   MID-CONTINENT ENG INC, 405 35TH AVE N E, MINNEAPOLIS, MN 55418

10925   MID-CONTINENT LABORATORIES INC, POBOX 1521, MEMPHIS, TN 38101-1521

10924   MIDDLE COLLEGE H.S., 1186 CARROLL ST., BROOKLYN, NY 11225

10924   MIDDLE COLLEGE OF GEORGIA, 101 KELLAM RD., DUBLIN, GA 31021

10924   MIDDLE TENN.MENTAL HEALTH CENTER, STEWARTS FERRY PIKE, NASHVILLE, TN 37214

10924   MIDDLE TENNESSEE MEDICAL CENTER, 915 6TH AVENUE SOUTH, NASHVILLE, TN 37203

10924   MIDDLE TENNESSEE STATE UNIV., 1500 GREENLAND AVENUE, MURFREESBORO, TN 37132

10925   MIDDLE VALLEY RECREATION, PO BOX 632, HIXSON, TN 37343

10925   MIDDLEBROOKS, JOHN, 8178 TICA RD, WICHITA FALLS, TX 76306

10925   MIDDLEBROOKS, W, 33050 SW 187TH AVE, HOMESTEAD, FL 33030

10924   MIDDLEBURY COLLEGE HOCKEY, MIDDLEBURY, VT 05753

10924   MIDDLESEX CHEMICAL, 1 ELIZABETH STREET, RARITAN, NJ 08869

10924   MIDDLESEX COLLEGE @@, WOODBRIDGE AVE & MILL RD, EDISON, NJ 08817

10924   MIDDLESEX CONCRETE, ONE SPECTACLE POND ROAD, LITTLETON, MA 01460

10925   MIDDLESEX CONCRETE, PO BOX 368, BURLINGTON, MA 01803

10924   MIDDLESEX CONCRETE, USE # 00115270, AYER RD., LITTLETON, MA 01460

10924   MIDDLESEX COUNTY COLLEGE @@, WOODBRIDGE AVE., EDISON, NJ 08817

10925   MIDDLESEX GASES & TECHNOLOGIES INC, PO BOX 1170, EVERETT, MA 02149

10925   MIDDLESEX GASES & TECHNOLOGIES, PO BOX 1170, EVERETT, MA 02149

10925   MIDDLESEX HOSPITAL, 28 CRESCENT ST, MIDDLETOWN, CT 06457

10924   MIDDLESEX MIDDLE SCHOOL, 204 HOLLOW TREE RIDGE ROAD, DARIEN, CT 06820

10925   MIDDLESEX WATER COMPANY, PO BOX 6071, ELIZABETH, NJ 07207-6071

10925   MIDDLETON ADAMS TATE, THE BUTLER HOUSE, 622 DRAYTON ST, PO BOX 10006, SAVANNAH, GA
        31412-0206

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MIDDLETON CONSTRUCTION INC, TIMOTHY C SWEENEY, 440 SCIENCE DR, 4TH FL, MADISON, WI 53711

10925    MIDDLETON FARMERS CO-OP, PO BOX 620348, MIDDLETON, WI 53562

10925    MIDDLETON MATHIS ADAMS TATE, 622 DRAYTON ST, PO BOX 10006, SAVANNAH, GA 31412

10925    MIDDLETON MIXSON, PO BOX 10006, SAVANNAH, GA 31412

10925    MIDDLETON, CHARLES, 8110 NEWHAMPSHIRE, SILVER SPRING, MD 20903

10925    MIDDLETON, DORA S, 1105 FOURTH AVE, MACON GA, GA 31204

10925    MIDDLETON, DWIGHT, 10901 PIPPIN RD, CINCINNATI, OH 45231

10925    MIDDLETON, E, 7029 ALBERVAN, SHAWNEE, KS 66216

10925    MIDDLETON, FLORENCE, 377 HARVEY PL, PLAINFIELD, NJ 07060

10925    MIDDLETON, GERALD, 42001 GRAND RIVER, NOVI, MI 48375

10925    MIDDLETON, JACK, 795 HAGADORN CT, SOUTH LYON, MI 48178

10925    MIDDLETON, MARCIA, 1701 W HWY 66, ROYCE CITY, TX 75189

10925    MIDDLETON, MELISSA, 10679 CO. RD. 329, E2, SHREVE, OH 44676

10924    MIDDLETOWN FORD, 237 WICKMAN ROAD, MIDDLETOWN, NY 10940

10925    MIDDLEWARE CONSULTING GROUP, POBOX 845113, BOSTON, MA 02284-5113

10924    MIDDOUGH CONSTRUCTION SERVICES, 1901 EAST 13TH STREET, CLEVELAND, OH 44114

10925    MID-EASTERN ADVERTISING, 6741 WHITE STONE RD., BALTIMORE, MD 21207

10925    MID-FLORIDA FORKLIFT INC, 9856 SOUTH ORANGE AVE, ORLANDO, FL 32824

10925    MIDGLEY, C, 27 WHITAKER LANE, GROTON, MA 01450

10925    MIDGLEY, KHADIJA, 837 WOODLEIGH, BATON ROUGE, LA 70810

10925    MIDGLEY, KIRSTEN, 27 WHITAKER LN, GROTON, MA 01450

10925    MID-HUDSON CONCRETE PRODUCTS, 3504 ROUTE 9, COLD SPRING, NY 10516

10924    MID-HUDSON HEALTH CARE SYSTEM, STATE RT. 9D, MONTROSE, NY 10548

10925    MIDKIFF, DENNIS, 643 WRIGHTS LANDING RD., OWENSBORO, KY 42303

10925    MIDKIFF, STEVEN C, STEVEN C., 11101 LAKEVIEW DR, NEW PORT RICHEY, FL 34654-3653

10925    MIDLAND BUILDERS INC, ROSENBERG JEFFREY S, 6709 RAYMOND ROAD, MADISON, WI 53719

10924    MIDLAND BUILDING MATERIALS, PO BOX4280, MONROE, LA 71211

10924    MIDLAND CHICAGO CORPORATION, 5300 W 127TH STREET, ALSIP, IL 60658

10924    MIDLAND COMMUNITY CENTER, 2001 GEORGE STREET, MIDLAND, MI 48640

10924    MIDLAND CONTAINER, W. 3545 NICHOLSON ROAD, CALEDONIA, WI 53108

10925    MIDLAND FINANCE CO., 7541 N. WESTERN AVE, CHICAGO, IL 60645

10925    MIDLAND HOSPITAL, 4005 ORCHARD DR, MIDLAND, MI 48640

10924    MIDLAND MATERIALS, 208 COMMERCE, WICHITA, KS 67201

10924    MIDLAND MATERIALS, 208 S. COMMERCE, WICHITA, KS 67201

10924    MIDLAND MEMORIAL HOSPITAL, 2200 WEST ILLINOIS STREET, MIDLAND, TX 79712

10924    MIDLAND PLASTERING, 4702 EASTERN, KANSAS CITY, MO 64129

10925    MIDLAND PUMP INC., PO BOX 1197, BELLE MEAD, NY 08502-1197

10925    MIDLAND PUMP, 706 GITTINGS AVE., ANNAPOLIS, MD 21401

10924    MIDLAND REDI-MIX CO, 230 W 7TH, SOLOMON, KS 67480

10924    MIDLAND REDI-MIX CO, P O BOX 274, SOLOMON, KS 67480

10924    MIDLAND REDI-MIX CO, P.O.BOX 274, SOLOMON, KS 67480

10924    MIDLAND SCIENTIFIC, INC., 1202 SOUTH 11TH STREET, OMAHA, NE 68108-3611

10924    MID-LANTIC CORPORATION, 520 THOMPSON CREEK ROAD, STEVENSVILLE, MD 21666

10925    MIDMICH MED CENTER MIDLAND, 4005 ORCHARD DR, MIDLAND, MI 48670

10925    MIDMICHIGAN PHYSICIANS GROUP, 2618 WEST SUGNET, MIDLAND, MI 48640-2647

10925    MIDMICHIGAN URGENT CARE MIDLAND, 3009 N SAGINAW ROAD, MIDLAND, MI 48640

10924    MID-MOUNTAIN MATERIALS, INC., 7600 5TH AVENUE S., SEATTLE, WA 98108

10925    MID-NORTHERN ELECTRIC INC., 2815 DODD ROAD SUITE 101, EAGAN, MN 55121

10925    MID-SOUTH AIRCRAFT INDUSTRIAL SALES, 2525 ALTON RD., BIRMINGHAM, AL 35210

10924    MID-SOUTH CONCRETE, 2806 OAKDALE ROAD, ALPINE, AL 35014

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924   MID-SOUTH CONCRETE, ATTN:  ACCOUNTS PAYABLE, DECATURVILLE, TN 38329

10925   MIDSOUTH ENVIRONMENTAL FORUM, PO BOX 341315, MEMPHIS, TN 38184

10925   MIDSOUTH INTERIOR-EXTERIOR, 634 B SOUTH BELAIR ROAD, AUGUSTA, GA 30914

10925   MID-SOUTH MICROCOMPUTER, 5983 MACON AVE, MEMPHIS, TN 38134

10924   MID-SOUTH MINERALS, INC., 5111 HWY. 69 SOUTH, MCALESTER, OK 74502

10924   MID-SOUTH OXYGEN COMPANY, 1385 CORPORATE AVENUE, MEMPHIS, TN 38132

10924   MID-SOUTH OXYGEN COMPANY, 1709 MID PARK ROAD, KNOXVILLE, TN 37921

10924   MID-SOUTH OXYGEN COMPANY, 1908 PRODUCTION DRIVE, LOUISVILLE, KY 40299

10924   MID-SOUTH READY MIX INC, ATTN:  ACCOUNTS PAYABLE, DECATURVILLE, TN 38329

10924   MID-SOUTH READY MIX INC., 525 SMITH STREET, DECATURVILLE, TN 38329

10924   MID-SOUTH READY MIX INC., SMITH STREET 515-A, DECATURVILLE, TN 38329

10924   MID-SOUTH READY MIX, HWY. 64 WEST, WAYNESBORO, TN 38485

10924   MID-STATE CONSTRUCTION PRDS., INC., PO BOX95265, OKLAHOMA CITY, OK 73143

10924   MIDSTATE READY MIX, 306 E WALNUT STREET, ONEIDA, NY 13421

10925   MID-STATES CONCRETE PRODUCTS CO, POBOX 58, BELOIT, WI 53512-0058

10924   MID-STATES CONCRETE PRODUCTS, 500 S PARK, SOUTH BELOIT, IL 61080

10924   MID-STATES CONCRETE PRODUCTS, 500-550 S PARK AVE, BELOIT, WI 53512

10924   MID-STATES CONCRETE PRODUCTS, P O BOX 58, BELOIT, WI 53512

10924   MIDSTATES CONSTRUCTION, 304 E. AVON STREET, FORRESTON, IL 61030

10925   MID-STATES ENGINEERING & SALES INC, 5001 CHASE AVE, DOWNERS GROVE, IL 60515-4013

10925   MID-STATES ENGINEERING & SALES, 5001 CHASE AVE, DOWNERS GROVE, IL 60515-4013

10925   MID-STATES ENGINEERING & SALES, INC., 5001 CHASE AVE., DOWNERS GROVE, IL 60515-4013

10924   MID-STATES PAINT & CHEMICAL CO., 9315 WATSON INDUSTRIAL PARK, SAINT LOUIS, MO 63126

10924   MID-STATES PAINT & CHEMICAL, 9315 WATSON INDUSTRIAL PARK, SAINT LOUIS, MO 63126

10924   MIDSTATES PAINTING, C/0 BAGNELL STORAGE & MOVING CO., OSAGE BEACH, MO 65065

10924   MIDSTATES PAINTING/NEW APT.BUILDING, C/O SPRINGFIELD BUILDERS INC., SPRINGFIELD, MO 65806

10924   MIDSTATES WIRE, 510 S. OAK ST., CRAWFORDSVILLE, IN 47933

10924   MIDSTATES WIRE, 510 SOUTH OAK ST, CRAWFORDSVILLE, IN 47933

10925   MIDTBO, KEVIN, 2421 NW 40TH CIRCLE, BOCA RATON, FL 33431

10925   MIDTHUN, JOHN, BOX 231, ARLINGTON, WI 53911

10924   MIDTOWN ELECTRIC, 157 WEST 18TH ST., NEW YORK, NY 10011

10925   MID-TOWN PETROLEUM INC, 9707 S 76TH AVE, BRIDGEVIEW, IL 60455-2380

10925   MID-TOWN PETROLEUM, INC, 9707 SOUTH 76TH AVE., BRIDGEVIEW, IL 60455

10925   MIDTOWN REPORTING SERVICE, 501 TIMES SQUARE BLDG, ROCHESTER, NY 14614-2088

10924   MIDTOWN ROOFING SUPPLY, 2695 E. 55TH STREET, CORTLAND, OH 44410

10924   MIDTOWN ROOFING SUPPLY, 2695 EAST 55TH STREET, CLEVELAND, OH 44104

10924   MIDTOWN, 650 PONCE DE LEON AVE, ATLANTA, GA 30308

10925   MIDVALE INDUSTRIES, 6050 WEST 51ST ST, CHICAGO, IL 60638

10924   MIDVALE INDUSTRIES, INC., 11384 EAST TECUMSEH, TULSA, OK 74116

10924   MIDVALE INDUSTRIES, INC., 6310 INDUSTRIAL DRIVE, SAINT LOUIS, MO 63139

10924   MIDVALE INDUSTRIES, INC., 6310 KNOX INDUSTRIAL DRIVE, SAINT LOUIS, MO 63139

10924   MIDVALE IRRIGATION DISTRICT, 305 3RD STREET, PAVILLION, WY 82523

10924   MIDVALE IRRIGATION DISTRICT, ATTENTION ACCOUNTS PAYABLE, PAVILLION, WY 82523

10924   MIDVILLE BUS TERMINAL, PHILADELPHIA, PA 19105

10924   MIDWAY AIRPORT - NEW INFEL AREA, C/O ASC INSULATION & FIREPROOFING, CHICAGO, IL 60638

10924   MIDWAY AIRPORT EXECUTIVE OFFICES, C/O ASC INSULATION & FIREPROOFING, CHICAGO, IL 60612

10925   MIDWAY AUTO SUPPLY, 702 NORTH HARPER, LAURENS, SC 29360

10925   MIDWAY BASEBALL, 4504 W 59TH ST, CHICAGO, IL 60629

10924   MIDWAY CONCRETE CORP, P O BOX 757, PLOVER, WI 54467

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---------|----------------------------------|----------------------------|

10924   MIDWAY CONCRETE CORP., 1401 WILSON AVE., PLOVER, WI 54467

10924   MIDWAY CONCRETE CORP., PO BOX 757, PLOVER, WI 54467

10925   MIDWAY CONTAINER INC., 2341 HAMPDEN AVE, SAINT PAUL, MN 55114

10924   MIDWAY ELECTRIC SUPPLY CO. INC, 641 WEST 131ST STREET, NEW YORK, NY 10027

10925   MIDWAY INDUSTRIAL FORKLIFT, 3828 WEST 128TH PLACE, ALSIP, IL 60658

10925   MIDWAY MACHINING & TOOL, 5828 W. 117TH PL., WORTH, IL 60482

10925   MIDWAY MACHINING & TOOL, INC, 5828 W. 117TH PLACE, ALSIP, IL 60803

10925   MIDWAY MATERIAL HANDLING SALES & SE, 6230 S CENTRAL AVE, CHICAGO, IL 60638

10925   MIDWAY MATERIAL HANDLING SALES, PO BOX 4240, CAROL STREAM, IL 60197-4240

10925   MIDWAY MATERIAL HANDLING, 6230 S. CENTRAL, CHICAGO, IL 60638

10925   MIDWAY MATERIAL HANDLING, PO BOX 4240 DRAWER B, CAROL STREAM, IL 60197-4240

10924   MIDWAY MATERIALS, 128 NATCHEZ TRACE RD, CAMDEN, TN 38320

10924   MIDWAY MATERIALS, 267 EAST BROAD, BRUCETON, TN 38317

10925   MIDWAY RAILROAD, PO BOX 639, MABLETON, GA 30126

10924   MIDWAY SALES & DISTRIBUTING, INC., 218 S.E. BRANNER ST., TOPEKA, KS 66601

10924   MIDWAY SALES & DISTRIBUTING, INC., PO BOX 1246, TOPEKA, KS 66601

10925   MIDWAY SAND CO INC PROFIT, SHARING PLAN TRUST JUN 29 84, 5015 HICKORY BLVD, HICKORY, NC 28601-8920

10925   MIDWAY TRUCK PARTS, 7400 W. 87TH ST, BRIDGEVIEW, IL 60455

10924   MIDWAY UTILITY VAULT, C/O SPRAY INSULATION, 55TH CICIERO, CHICAGO, IL 60607

10924   MIDWAY WIRE, 4630 W. 55TH ST., CHICAGO, IL 60632

10924   MIDWAY WIRE,INC., 4630 W 54TH ST., CHICAGO, IL 60632

10925   MIDWESCO FILTER RESOURCES, INC, PO BOX 2075, WINCHESTER, VA 22601

10925   MIDWESCO FILTER RESOURCES, INC, PO BOX 95518, CHICAGO, IL 60694-5518

10925   MIDWESCO SERVICES LTD, 6153 MULFORD ST, NILES, IL 60714-3427

10925   MIDWEST AIR FILTERS, DEPT. 77-9150, CHICAGO, IL 60678-9150

10925   MID-WEST ASSEMBLY & PACKAGING INC, 1000 BROWN ST #203, WAUCONDA, IL 60084

10925   MIDWEST AUTOMATION, 1400 BUSCH PKWY, BUFFALO GROVE, IL 60089

10925   MIDWEST AUTOS, 103 E. YOUNT AVE., WATSEKA, IL 60970

10925   MIDWEST BALANCE, 107 W. THIRD ST., AROMA PARK, IL 60910

10924   MIDWEST BLOCK & BRICK, 2203 E. MCCARTY STREET, JEFFERSON CITY, MO 65101

10924   MIDWEST BLOCK & BRICK, 4101 E 12TH TERRACE, KANSAS CITY, MO 64127

10924   MIDWEST BLOCK & BRICK, 4101 E.TWELFTH TERR, KANSAS CITY, MO 64127

10924   MIDWEST BLOCK CO, 2203 E MCCARTY, JEFFERSON CITY, MO 65101

10925   MIDWEST CALENDAR CO., 5900 ARCHER ROAD, SUMMIT, IL 60501

10924   MIDWEST CAN, 1081 SESAME ST, FRANKLIN PARK, IL 60131

10924   MIDWEST CAN, 3815 N CARNATION, FRANKLIN PARK, IL 60131

10925   MIDWEST CANVAS CORPORATION, 4635 WEST LAKE ST, CHICAGO, IL 60644

10924   MIDWEST CAULKING, **TO BE DELETED**, FORT WAYNE, IN 46818

10924   MIDWEST CAULKING, 3805 GOSHEN ROAD, FORT WAYNE, IN 46818

10924   MIDWEST CEDAR SHAKES, 6000 HIGHWAY 12, MAPLE PLAIN, MN 55359

10924   MIDWEST CEMENT PRODS, P O BOX 92, WOOSUNG, IL 61091

10924   MIDWEST CEMENT PRODS, PO BOX92, WOOSUNG, IL 61091

10924   MIDWEST CEMENT PRODS, RT 26(6 MI N. OF DIXON ON 26), WOOSUNG, IL 61091

10924   MIDWEST CHEMICAL COMPANY, 799 MAIN STREET, DUBUQUE, IA 52001

10925   MIDWEST COAST TRANSPORT, 1150 POWIS ROAD, WEST CHICAGO, IL 60185

10925   MIDWEST COAST TRANSPORT, PO BOX 86, MINNEAPOLIS, MN 55486-0599

10924   MIDWEST COLOR CO., 6230 GROSS POINT ROAD, NILES, IL 60714

10924   MIDWEST COLOR CO., 6240 GROSS POINT ROAD, NILES, IL 60714

10925   MIDWEST COMMODITIES INC, PO BOX 307, MULBERRY GROVE, IL 62262

10924   MIDWEST CONCRETE INC., 114TH ST. & TAHOKA HWY., LUBBOCK, TX 79423

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924    MIDWEST CONCRETE INC., PO BOX3964, LUBBOCK, TX 79452

10924    MIDWEST CONCRETE INDUSTRIES, 1406 N W ASH DRIVE, ANKENY, IA 50021

10925    MID-WEST CONCRETE INDUSTRY, THE, BOARD, INC., PO BOX 6085, SHAWNEE MISSION, KS 66206

10925    MIDWEST CONCRETE MATERIALS, 701 S KANSAS, OLATHE, KS 66061

10924    MIDWEST CONCRETE MATERIALS, 701 SOUTH FOURTH ST, MANHATTAN, KS 66502

10924    MIDWEST CONCRETE MATERIALS, BALDERSON BLVD, WAMEGO, KS 66547

10924    MIDWEST CONCRETE MATERIALS, HWY 18   AIRPORT, MANHATTAN, KS 66502

10924    MIDWEST CONCRETE MATERIALS, PO BOX668, MANHATTAN, KS 66505-0668

10924    MID-WEST CONCRETE OF INDIANA, 1200 A. STANLEY AVENUE, EVANSVILLE, IN 47711

10924    MIDWEST CONCRETE SERVICES INC., P.O. BOX 469, MADISON, SD 57042

10924    MIDWEST CONCRETE, EAST HWY 34, MADISON, SD 57042

10924    MIDWEST CONCRETE, PO BOX 11, CORSICA, SD 57328

10924    MIDWEST CONSTRUCTION PROD, P O BOX 240, FOX RIVER GROVE, IL 60021

10924    MIDWEST CONSTRUCTION PRODUCTS, 401 ALGONQUIN ROAD, FOX RIVER GROVE, IL 60021

10924    MIDWEST CONSTRUCTION PRODUCTS, P.O. BOX 240, FOX RIVER GROVE, IL 60021

10925    MIDWEST CONSULTING, 280 ELLIS-SMEATHERS ROAD, OWENSBORO, KY 42302

10924    MIDWEST DRYWALL - WAREHOUSE, 1351 RECA COURT, WICHITA, KS 67213

10924    MIDWEST DRYWALL C/O WALTON CONST., DIXIE STAMPEDE, BRANSON, MO 65616

10924    MIDWEST DRYWALL CO, PO BOX 771170, WICHITA, KS 67277

10924    MIDWEST DRYWALL INC., 1351 SOUTH RECA COURT, WICHITA, KS 67209

10924    MIDWEST DRYWALL INC., P.O. BOX 771170, WICHITA, KS 67277

10924    MIDWEST DRYWALL, C/O CMT, BRANSON, MO 65616

10924    MIDWEST DRYWALL, C/O GRAND VICTORIAN HOTEL, BRANSON, MO 65616

10924    MIDWEST ELASTOMERS, INC., PO BOX 412, WAPAKONETA, OH 45895

10925    MIDWEST ENERGY MANAGMENT, INC, 37063 KIMBERWICK LN., WADSWORTH, IL 60083

10924    MIDWEST ENVIRONMENTAL, 4708 ANGOLA RD, TOLEDO, OH 43615

10924    MIDWEST EXPRESS CENTER - PHASE II, N.E. CORNER OF WISCONSIN AVE. & 6TH, MILWAUKEE, WI 53203

10924    MIDWEST FABRICATORS, 14000 S. STEWART AVE., RIVERDALE, IL 60627

10925    MIDWEST FENCE CORPORATION, 900 N. KEDZIE AVE, CHICAGO, IL 60651

10925    MIDWEST FILTER CORPORATION, PO BOX 250, HIGHWOOD, IL 60040

10925    MIDWEST FLY ASH & MATERIALS, INC, PO BOX 3557, SIOUX CITY, IA 51102

10924    MIDWEST FLYASH, 310 S. UNION, MARION, SD 57043

10925    MIDWEST GAS INSTRUMENTS, 32003 PLYMOUTH ROAD, LIVONIA, MI 48150

10925    MIDWEST GREAT DANE/KOLSTAD, 8501 NAPLES ST NE, MINNEAPOLIS, MN 55449-6702

10925    MIDWEST GROUP INC., 202 FORD DRIVE, NEW LENOX, IL 60451

10924    MIDWEST INDUSTRIAL CONTRS., INC., VALERO  REFINING CO., FLOUR DANIEL, CORPUS CHRISTI, TX 78407

10925    MIDWEST INLAND TRANSPORT SERVICE, PO BOX 13548, SAINT PAUL, MN 55113

10924    MIDWEST INSULATION & ROOFING CO., 10111 EAST 46TH PLACE, TULSA, OK 74146

10925    MIDWEST INTERNATIONAL INC., 105 STOVER RD., CHARLEVOIX, MI 49720

10925    MIDWEST INTERNATIONAL, PO BOX 438, CHARLEVOIX, MI 49720-0438

10925    MIDWEST KENWORTH-OLATHE, PO BOX 415046, KANSAS CITY, MO 64141-5046

10924    MIDWEST MATERIALS BY MUELLER, PO BOX396, HANOVER, KS 66945

10924    MIDWEST MATERIALS, W. NORTH STREET, HANOVER, KS 66945

10925    MIDWEST MICROWAVE, 6564 SOUTH STATE RD, SALINE, MI 48176

10924    MIDWEST PARTICIANS-C/O RADEC CONST., GRAND ISLAND SENIOR HIGH SCHOOL, GRAND ISLAND, NE 68801

10924    MIDWEST PARTITIANS, P.O BOX 327, THEDFORD, NE 69166

10924    MIDWEST PARTITIONS INC., 700 MAIN ST., THEDFORD, NE 69166

10924    MIDWEST PARTITIONS, 700 MAIN STREET, THEDFORD, NE 69166

10924    MIDWEST PARTITIONS/GREAT PLATTE, CENTRAL & CHERRY RD., KEARNEY, NE 68848

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924 MIDWEST PLAZA, 1ST & 2ND FLOOR, MINNEAPOLIS, MN 55401

10924 MID-WEST PLAZA, C/O MINUTI OLGE, MINNEAPOLIS, MN 55407

10924 MIDWEST POWDER COATINGS, INC., 3865 SWENSON AVENUE, SAINT CHARLES, IL 60174

10925 MIDWEST PUBLISHING COMPANY, PO BOX 50350, TULSA, OK 74150-0350

10925 MIDWEST PUMP & METER CO. INC., 2000 S. BROADWAY, SAINT LOUIS, MO 63104-4056

10925 MIDWEST PUMP SALES INC., 25W618 ST. CHARLES RD., WHEATON, IL 60189

10925 MIDWEST PUMP SALES, INC, PO BOX 723, WHEATON, IL 60189-0723

10925 MIDWEST PUMP SALES,INC, PO BOX 723, WHEATON, IL 60189-0723

10924 MIDWEST READY MIX INC, 6800 BIRMINGHAM RD, KANSAS CITY, MO 64117

10925 MIDWEST ROOFING CONTRACTORS ASSOC, 4804 WEST 15TH SUITE 1000, LAWRENCE, KS 66049-3876

10924 MIDWEST RUBBER CUSTOM MIXING DIV., PO BOX 270, BARBERTON, OH 44203

10925 MIDWEST RUBBER CUSTOM MIXING, PO BOX 270, BARBERTON, OH 44203-0270

10924 MIDWEST RUBBER RECLAIMING, INC., PO BOX 745, BARBERTON, OH 44203

10925 MIDWEST RUBBER, 745 NORTON AVE, BOMBERTOWN, OH 44203

10924 MIDWEST SALES COMPANY, 8446 MADISON ST, OMAHA, NE 68127

10924 MIDWEST SALES, CAMBRIDGE, MA 02140

10925 MIDWEST SEALING PRODUCTS, INC, 3681 COMMERCIAL AVE, NORTHBROOK, IL 60062

10925 MID-WEST SERVCO,LLC/IPOWER OF OHIO, 9000 WESSEX PLACE,STE. 200, LOUISVILLE, KY 40222

10925 MIDWEST SERVICE CENTER, PO BOX 710877, COLUMBUS, OH 43271-0877

10925 MIDWEST STEEL & ALLOY CORP SAMUELS, MR MIKE SIEHOFF, PO BOX 8800, MADISON, WI 53708

10925 MIDWEST SUBURBAN PUBLISHING IN, 6901 WEST 159TH ST, TINLEY PARK, IL 60477

10925 MIDWEST SUBURBAN PUBLISHING, PO BOX 757, TINLEY PARK, IL 60477

10925 MIDWEST SUBURBAN PUBLISHING, POBOX 757, TINLEY PARK, IL 60477

10925 MIDWEST SYSTEMS, 600 WEST GERMANTOWN PIKE SUITE 400, PLYMOUTH MEETING, PA 19462

10925 MIDWEST SYSTEMS, INC, 1303 CORPORATE CENTER DR., EAGAN, MN 55121

10925 MIDWEST SYSTEMS, POBOX 1450, MINNEAPOLIS, MN 55485

10924 MIDWEST THERMAL PRODUCTS (877), 201 N. WISCONSIN, OKLAHOMA CITY, OK 73117

10924 MIDWEST UNIVERSITY, PHOENIX, AZ 85019

10925 MIDWEST VALVE SERVICE, PO BOX 850, MINOOKA, IL 60447

10925 MIDWEST VISUAL COMMUNICATIONS, 6500 N. HAMLIN AVE., LINCOLNWOOD, IL 60712

10925 MIDWEST VISUAL, 6500 NORTH HAMLIN, CHICAGO, IL 60645

10925 MIDWEST WAREHOUSE & DIST SYS, 5967 W 65TH ST, BEDFORD PARK, IL 60638

10925 MIDWEST WELDING SUPPLY, 5318 S. KEDZIE AVE, CHICAGO, IL 60632

10925 MIDWEST WELDING SUPPLY, PO BOX 370, CHICAGO HEIGHTS, IL 60412-0370

10925 MIDWEST WELDING SUPPLY, PO BOX 370, CHICAGO HTS, IL 60412-0370

10925 MIDWEST WELDING-SERVICE CALL, 2205 SOUTH HALSTED ST, CHICAGO HEIGHTS, IL 60411-4194

10924 MIDWEST WINDOWS AND DOORS, 2303 N. BENDIX DRIVE, SOUTH BEND, IN 46628

10925 MIDWESTERN INDUSTRIES INC, POBOX 810, MASSILLON, OH 44648-0810

10925 MIDWESTERN INDUSTRIES, INC, PO BOX 810, MASSILLON, OH 44648-0810

10925 MIDYETT, CLAUDE A, 1833 NO 17TH AVE, PHOENIX, AZ 85007-1605

10925 MIDYETTE, KENNETH, 206 MILDRED ST, ORIENTAL, NC 28571

10925 MIDYETTE, LEWIS, 3261 KNIGHT TRAIL CIRCLE, 103, MEMPHIS, TN 38118

10925 MIE PROPERTIES, 5720 EXECUTIVE DR., BALTIMORE, MD 21228

10925 MIE PROPERTIES, INC, 5720 EXECUTIVE DRIVE, BALTIMORE, MD 21228-1789

10925 MIE, INC, 7 OAK PARK, BEDFORD, MA 01730

10925 MIEARS, BONNIE, 3700 DIXON ST, BIG SPRING, TX 79720

10925 MIEDANER, HERTHA L, 611 S FIFTH AVE, WAUSAU, WI 54401-5359

10925 MIEDONA, COLLEEN, 26134 PLUM TREE LN, MONEE, IL 60449

10925 MIEDONA, TROY, 26134 PLUMTREE LN, MONEE, IL 60449

10925 MIELDE, ROBERT, 51 DEPOT ST, SO. EASTON, MA 02375-0379

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MIELE APPLIANCES, 9 INDEPENDENCE WAY, PRINCETON, NJ 08540-6621 | |
| 10925 | MIELE, INC, 9 INDEPENDENCE WAY, PRINCETON, NJ 08540-6621 | |
| 10925 | MIELES, CRYSTAL, 724 CAMPBELL AVE, PORT MONMOUTH, NJ 07758 | |
| 10925 | MIELES, NICOLAS, 724 CAMPBELL AVE, PORT MONMOUTH, NJ 07758 | |
| 10925 | MIELKE, BERNIE, 205 OLD SETTLERS TRAIL, POYNETTE, WI 53955 | |
| 10925 | MIELKE, FLORENCE, 1301 COLUMBIA AVE, S. MILWAUKEE, WI 53172 | |
| 10925 | MIEMSS, 653 W. PRATT ST., BALTIMORE, MD 21201 | |
| 10925 | MIER, GARRET, 5 AUTUMN ST, WORCESTER, MA 01603 | |
| 10925 | MIER, JOHN, PO BOX 124, FORESTVILLE, WI 54213 | |
| 10925 | MIERJESKI, MICHAEL, 12 AUTUMN RD, MEDWAY, MA 02053 | |
| 10925 | MIES, PC, JAMES E, SUITE 200, LIVONIA, MI 48154-3059 | |
| 10925 | MIETTINEN, GARY, 1518 WILLERSLEY, CHANNELVIEW, TX 77530 | |
| 10925 | MIFA, 910 VANCE, MEMPHIS, TN 38126 | |
| 10925 | MIFFLIN, IDELLA, 105 W MAPLEWOOD DRIVE, CLARKSVILLE, IN 47129 | |
| 10925 | MIFFLIN, L, 2100 GREENTREE N., 305F, CLARKSVILLE, IN 47129 | |
| 10925 | MIGACZ, JAMES, 373 E. MAIN ST, 501, SOMERVILLE, NJ 08876 | |
| 10924 | MIGCHELBRINK, INC., 2665 RABER ROAD, UNIONTOWN, OH 44685 | |
| 10925 | MIGDAL, S, 35127 QUAKER WAY, FARMINGTON HILLS, MI 48331 | |
| 10924 | MIGHTY'LITE ROOF TILE, 1706 KANSAS AVE, KANSAS CITY, KS 66105 | |
| 10924 | MIGHTY-LITE ROOF TILE, 1706 KANSAS AVE., KANSAS CITY, KS 66105 | |
| 10925 | MIGLIERINA, PAUL, 10 PIERCE ST, MARBLEHEAD, MA 01945 | |
| 10925 | MIGLIORE, SANDRA, 525 NORTH OCEAN BLVD, POMPANO BEACH, FL 33062 | |
| 10925 | MIGNEAULT, MICHAEL, 139 FOREST ROAD, LYNDEBORO, NH 03082 | |
| 10925 | MIGNELLA, DOLORES, 520 EAST 2ND ST, BOUND BROOK, NJ 08805 | |
| 10925 | MIGUEL A DALMADA REMEDIOS &, CARMEN M DALMADA REMEDIOS, JT TEN, 4818 1ST AVE N W, SEATTLE, WA 98107-3401 | |
| 10925 | MIGUEL A PACHECO CINTRON, CALLE MATTEI LLUBERAS NUM 56, YAUCO, PR 00698PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MIGUEL A PACHECO CINTRON, NUMBER 56, YAUCO, PR 00698PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MIGUEL BURCIAGA, 3244 S 50TH AVE, CICERO, IL 60650 | |
| 10925 | MIGUEL CINTRON & ANA OLIVERAS, 56 MATTEI LLUBERAS, YANCO, PR 00698 | |
| 10925 | MIGUEL J GOMEZ, 9464 FOX TROT LANE, BOCA RATON, FL 33496 | |
| 10925 | MIGUEL, MANUEL, 103 PARKER ROAD, WAKEFIELD, MA 01880 | |
| 10925 | MIGUES, DANNY, 107 UTELY RD, IOWA, LA 70647 | |
| 10925 | MIGUES, EDWARD, 6201 HWY. 14, NEW IBERIA, LA 70560 | |
| 10925 | MIGYANKO, KAREN, RD 2, BOX 172, SMITHFIELD, PA 15478 | |
| 10925 | MIHAL, ANN, 21635 RIVERA DR, CLEVELAND, OH 44126-3040 | |
| 10925 | MIHALICH, JACQUELINE, 910 BEAVER GRADE RD, MOON, PA 15108 | |
| 10924 | MIHEVC TEMPLETE, 2601 COMMERCE BLVD., IRONDALE, AL 35210 | |
| 10924 | MIHEVC, IRONDALE, AL 35210 | |
| 10925 | MIHEVC, RICHARD D, 921 MUNROE ST, EVANSTON, IL 60202 | |
| 10925 | MIHEVC, RICHARD, 921 MONROE ST, EVANSTON, IL 60202 | |
| 10925 | MIHM, TERRANCE, W5631 STATE RD 33, #21, LA CROSSE, WI 54601 | |
| 10925 | MIHOK, THOMAS, 1200 SPRINGFIELD AVE., 4C, NEW PROVIDENCE, NJ 07974 | |
| 10925 | MIHUT, GHEORGHE, 30642 HIVELEY, WESTLAND, MI 48185 | |
| 10924 | MII INTERNATIONAL INC., 2800 SHERMER ROAD, NORTHBROOK, IL 60062 | |
| 10925 | MIJAC, JOHN, 10 PERSIMMON LANE, GREENVILLE, SC 29609 | |
| 10925 | MIJAL, HEATHER, 1753 SCHUMAN, GARDEN CITY, MI 48135 | |
| 10925 | MIJOKOVICH, JACQUELINE, 243 COLLINS ST, WAUKESHA, WI 53188-3709 | |
| 10925 | MIKA TOOL INC., 2 CONN ST, WOBURN, MA 01801 | |
| 10925 | MIKA TOOL,INC, 4 OWENS COURT, UNIT 7, HAMPSTEAD, NH 03841 | |
| 10925 | MIKA, JR, DAVID, PO BOX 161, SOMERVILLE, NJ 08876 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MIKALOSKY, DANIEL, 24 SLAYTON ROAD, MELROSE, MA 02176-4222

10925    MIKALSEN SR, RONALD E, 3009 DERROUGH AVE, MELROSE PARK, IL 60164-1014

10925    MIKALSON-MOLLA, MICHAEL, 644 ELGIN TERRACE, RICHMOND, VA 23225

10925    MIKAN, LOUISE A., 3141 MAC ROAD, ST AUGUSTINE, FL 32086

10925    MIKE & STERLINGS FLOORING CENTER, 485 NORTH 500 WEST, BOUNTIFUL, UT 84010

10925    MIKE BATTAGLIA CONSTRUCTION, INC, 885 WEST AVE., ROCHESTER, NY 14611

10924    MIKE BECK CONSTRUCTION, NIXON STREET, CASCADE, IA 52033

10925    MIKE BRADFORD, 11671 HWY 21, HILLSBORO, MO 63050

10925    MIKE C GOODRICH &, CYNTHIA P GOODRICH JT TEN, 109 WATERCREST DR, LEXINGTON, SC 29072-3931

10924    MIKE CALLY, 33 GREEN BOUGH STREET, THE WOODLANDS, TX 77380

10924    MIKE CHILDS, 3107 PLEASANT DRIVE, BELLEVUE, NE 68147

10925    MIKE COHAN, 273 OLD COUNTY ROAD, LINCOLN, MA 01773-4606

10924    MIKE COX ELECTRIC, 160 N. RANCHO AVE, SAN BERNARDINO, CA 92410

10924    MIKE DIERKING MASONRY, HEAVEN HILL, SHELBYVILLE, KY 40065

10925    MIKE FOX, 4650 LAKE FOREST DR, CINCINNATI, OH 45242

10925    MIKE FREDRICK AVENT &, CINDY JOY AVENT JT TEN, 1829 2ND ST, KIRKLAND, WA 98033-4919

10925    MIKE G PATERAKIS, 14545 PAWNEE TRAIL, MIDDLEBURG HTS, OH 44130-6633

10924    MIKE GIARDINELLI, 54 BEACHWOOD DR., ROBBINSVILLE, NJ 08691

10924    MIKE GIARDINELLI, 54 BEACHWOOD DRIVE, ROBBINSVILLE, NJ 08691

10925    MIKE HAJACK & ASSOCIATES INC, 214 SOUTH CLAY ST, HINSDALE, IL 60521

10925    MIKE J. & MARGARET CONROTTO, 1320 CEDAR COURT, GILROY, CA 95020

10925    MIKE KELSEY, 6409 SW 22ND COURT, MIRAMAR, FL 33023

10925    MIKE KESSLER, BOX 2160, HERMITAGE, MO 65668

10925    MIKE LOWE, KNOX COUNTY TRUSTEE, PO BOX 70, KNOXVILLE, TN 37901-0070

10925    MIKE MALONE, 62 WHITTEMORE AVE, CAMBRIDGE, MA 02140

10924    MIKE MCGARRY & SONS, 1200 EAST 49TH STREET, CLEVELAND, OH 44114

10924    MIKE REITER, 652 82ND STREET, AMERY, WI 54001

10924    MIKE REITER, 657 82ND STREET, AMERY, WI 54001

10924    MIKE REITER, ATTN: ANGELO ZARAGLIA, AMERY, WI 54001

10924    MIKE REITER, C/O DAVIS ACOUSTICAL, AMERY, WI 54001

10924    MIKE SUTER, 525 WEST AVENUE F, JEROME, ID 83338

10925    MIKE SYMONS/TOWER TECHNOLOGIES, PO BOX 72967, LYNNWOODRIDGE-PRETORIA, SOUTH AFRICA    *VIA Deutsche Post*

10925    MIKE VACCARINO, 7500 GRACE DR., COLUMBIA, MD 21044

10925    MIKE, DEBORAH, 1684 MECHANICSBURG L.25,

10925    MIKEC, CAROLINE, 415 N.JEFFERSON, CANONSBURG, PA 15317

10925    MIKELSON, SUSAN K, 458 LINCOLN AVE, CRANFORD NJ, NJ 07016

10925    MIKES AIR X-PRESS, PO BOX 701, NORTH ANDOVER, MA 01845

10924    MIKE'S AUTO SALES, 5413 HWY.74 W., MONROE, NC 28110

10925    MIKES AUTO SALES, 5413 W HWY 74, MONROE, NC 28110

10925    MIKES BIKE SHOP, 8894 FT. SMALLWOOD RD., PASADENA, MD 21122

10925    MIKES WELDING SERVICE, 12934 GREEN RIVER DR, HOUSTON, TX 77044

10924    MIKE'S, C/O SAN FRANCISCO GRAVEL, BERKELEY, CA 94701

10925    MIKESELL, CHARLES, 6700 JEFF PAIGE RD, SHREVEPORT, LA 71119

10925    MIKESELL, DANIEL, 2837 LOBELIA DR, GREEN BAY, WI 54313

10925    MIKESELL, J, 836 40TH ST. SW, WYOMING, MI 49509

10925    MIKESKA, JOHN, 177 SUSAN DRIVE, LANSING, MI 48906

10925    MIKESKA, PATTI L, 5500 CHEMICAL ROAD, BALTIMORE, MD 21202

10925    MIKESKA, PATTI, 8347 WILLIAMSTOWNE, MILLERSVILLE, MD 21108

10925    MIKHAEL BARMAKSOZ, ONE TOWN CENTER RD, BOCA RATON, FL 33486-1010

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925    MIKKELSON, VERN, 908 DOSIA, IOWA PARK, TX 76367

10925    MIKLES, MIKLE, 738 SNUG ISLAND DR, CLEARWATER, FL 34630

10925    MIKOWICZ, DOLORES, 3 MEADOWBROOK CT., COTATI, CA 94931

10924    MIKRO INDUSTRIAL FINISHING CO., INC., 170 WEST MAIN STREET, VERNON, CT 06066

10925    MIKROPUL CORP., 10 CHATHAM RD., SUMMIT, NJ 07901

10925    MIKROPUL ENVIRONMENT SYSTEMS, PO BOX 40012, NEWARK, NJ 07101-4012

10925    MIKROPUL ENVIRONMENTAL SER.ICES, PO BOX 312, POTTSTOWN, PA 19464

10925    MIKROPUL ENVIRONMENTAL SYSTEMS, PO BOX 15723, BATON ROUGE, LA 70895

10925    MIKROPUL, 4500 CHESAPEAKE DR, CHARLOTTE, NC 28216-3415

10925    MIKROPUL, PO BOX 402295, ATLANTA, GA 30384-2295

10925    MIKULA, CYNTHIA, 1951 WEST ASTER DR., PHOENIX, AZ 85029

10925    MIKULAS, KENNETH, 4108 MIDWAY DRIVE NW, CEDAR RAPIDS, IA 52405

10925    MIKULEC, GRACE, 9422 LARKBUNTING DR., TAMPA, FL 33647

10925    MIKULEZA, JUDITH O, 2204 ELM, GRANITE CITY IL, IL 62040

10925    MIKULSKI, CECELIA, 520 SAN LORENGO COURT, LADY LAKE, FL 32159

10925    MIKULSKY, ROSANNE, 1103 N WATER ST, 404, MILWAUKEE, WI 53202

10924    MIKUNI AMERICAN CORPORATION, 8910 MIKUNI AVENUE, NORTHRIDGE, CA 91324

10925    MIKUS, GLEE, 3475 116 ST, KENOSHA, WI 53142

10925    MILAM AND SPROULE TRUCKING CO., PO BOX 442, STREATOR, IL 61364

10924    MILAM CONSTRUCTION CO., PO BOX1775, EL DORADO, AR 71731-1775

10925    MILAM, MATHEW, 118 MILAM ROAD, SIMPSONVILLE, SC 29681

10925    MILAM, MICHAEL, 3920 BUCANEER LANE, LAKE CHARLES, LA 70605

10925    MILAN A DUDAS TR, UA 07 28 81, FBO MILAN A DUDAS REV TRUST, 899 DORSETSHIRE DR, CRETE, IL 60417

10925    MILAN B BERRY, HWY 221, ENOREE, SC 29335

10925    MILAN BOX CORP., 2090 W. VAN HOOK ST., PO BOX 30, MILAN, TN 38358

10924    MILAN BURIAL VAULT, 10475 N. ANN ARBOR RD, MILAN, MI 48160

10925    MILAN EXPRESS, INC, PO BOX 440235, NASHVILLE, TN 37244-0235

10925    MILAN, CONSTANCE, 2633 NW 119TH TERR, CORAL SPRINGS, FL 33065

10925    MILAN, RICHARD, 612 D POMONKEY DRIVE, LAPLATA, MD 20646

10925    MILANI, SYLVIA, 18 SHERRI LANE, WESLEY HILLS, NY 10977

10925    MILAZZO, DOLORES, 5489 WILD LILAC, COLUMBIA, MD 21045

10925    MILAZZO, MELISSA, 1126 W ELLIOT RD, CHANDLER, AZ 85221

10925    MILAZZO, MICHAEL, 5133 N NEVA, CHICAGO, IL 60656

10925    MILBANK, TWEED, HADLEY & MCCLOY, 1 CHASE MANHATTAN PLAZA, NEW YORK, NY 10005-1413

10925    MILBERG WEISS BERSHAD HYNES &, ONE PENNSYLVANIA PLAZA, NEW YORK, NY 10119-0165

10925    MILBERG WEISS BERSHAD HYNES LERACH, ONE PENNSYLVANIA PLAZA, NEW YORK, NY 10119-0165

10924    MILBERG, WEISS, BERSHAD, HYNES & LE, 600 W BROADWAY, SAN DIEGO, CA 92101-3356

10925    MILBOURNE, PATRICK, PO BOX 46, OAK HILL, VA 23416

10925    MILBURN, CHARLES, 1404 EAST CIRCLE DR, ROANOKE RAPIDS, NC 27870

10925    MILBURN, CHARLES, 5344 GIST AVE, BALTIMORE, MD 21215

10925    MILBURN, TARA, 1800 SULLIVAN LANE, SPARKS, NV 89431

10925    MILDRAM, R, 3258 NATHAN, MEMPHIS, TN 38112

10925    MILDRED B JAMISON &, ALVIN R JAMISON JT TEN, 5908 BRANIFF DR, OKLAHOMA CITY, OK 73105-1630

10925    MILDRED BALOUN, PO BOX 146, BEATRICE, NE 68310-0146

10925    MILDRED BATTAGLIA, 2206 CENTRAL PARK DR, CAMPBELL, CA 95008-4908

10925    MILDRED DIRECTOR, 870 ROBB ROAD, PALO ALTO, CA 94306-3729

10925    MILDRED E ENGLE, 1616 LORI LANE CIRCLE, HARRISBURG, PA 17110-3124

10925    MILDRED E MC CONNELL, 575 ATLANTIC ST NE, WARREN, OH 44483-3809

10925    MILDRED F PAGANINI, 1300 LUNDY AVE, SAN JOSE, CA 95131-2981

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILDRED FOX CUMMINGS, 1630 SHERIDAN ROAD, APT 8J, WILMETTE, IL 60091-1835

10925   MILDRED GAETA, 5307 S RT 44 HWY, JERSEY SHORE, PA 17740

10925   MILDRED GIANFAGNA, 1 DUER LANE, STATEN ISLAND, NY 10301-3014

10925   MILDRED GUEDRY, RT 1, BOX 46, KINDER, LA 70648

10925   MILDRED GUTMAN, 120 CLINTON AVE APT A2H, MINEOLA, NY 11501-2862

10925   MILDRED H MAUSEN, 511 SEDGWICK DR, SYRACUSE, NY 13203-1132

10925   MILDRED H MERKLE TR, 05 21 96, MILDRED H MERKLE TRUST, C-O JUDITH BALDAUF, 1568 CLOVER CIR, MELBOURNE, FL 32935-5554

10925   MILDRED L HORVATH, RR 3 BOX 294, KANKAKEE, IL 60901-9444

10925   MILDRED M FRICKE, 1710 NITA LANE, SOUTH JAKCSONVILLE, IL 62650-3215

10925   MILDRED M REYNOLDS &, JEAN RAE SEIBERT JT TEN, 718 N 4TH ST APT 6, TACOMA, WA 98403-2348

10925   MILDRED MASCIOTRA, 18504 ERWIN ST 10, RESEDA, CA 91335-6821

10925   MILDRED NOBLIN, BOX 1551, 18 W OKMULGEE, MUSKOGEE, OK 74401-7848

10925   MILDRED P CZURKO, 3001 UNIVERSAL ROAD, PITTSBURGH, PA 15235-2667

10925   MILDRED P GILBERT KEELS, 5943 TIMBER VALLEY DR, LAKE WORTH, FL 33463-6772

10925   MILDRED SALEKER, 4172 BAGDAD RD, MEDINA, OH 44256-9235

10925   MILDRED SALTARELLI, 39 PARK AVE, BLOOMFIELD, NJ 07003-2609

10925   MILDRED SOPHIE EVANS, C/O CHEMICAL BANK, NEW YORK, NY 10001

10925   MILDRED WALTER, 230 PAVILIAN ST, GRAND RIDGE, IL 61325

10924   MIL-DU-GAS COMPANY, 3093 ENGLISH CREEK AVENUE, EGG HARBOR TOWNSHIP, NJ 08234

10924   MIL-DU-GAS COMPANY, 3093 ENGLISH CREEK AVENUE, PLEASANTVILLE, NJ 08232

10924   MIL-DU-GAS COMPANY, MCKEE CITY, 3093 ENGLISH CREEK AVENUE, EGG HARBOR TOWNSHIP, NJ 08234-9709

10924   MILE HI READY MIX, 6891 COLORADO BLVD, COMMERCE CITY, CO 80022

10924   MILE HI READY MIX, ATTN: ACCOUNTS PAYABLE, DENVER, CO 80216

10925   MILE SQUARE FLORIST, 16519 BROOKHURST ST, FOUNTAIN VALLEY, CA 92708

10925   MILES & STOCKBRIDGE PC, 9881 BROKEN LAND PKWY, COLUMBIA, MD 21046-1153

10924   MILES & STOCKBRIDGE, 10 LIGHT ST, BALTIMORE, MD 21202

10924   MILES & STOCKBRIDGE, 1701 PENNSYLVANIA NW, WASHINGTON, DC 20006

10924   MILES B-60, 700 DWIGHT WAY, BERKELEY, CA 94700

10924   MILES CHEMICAL COMPANY, STATE ROUTE 2, NEW MARTINSVILLE, WV 26155

10924   MILES DIAGNOSTIC, 472 PLAZA DRIVE, ATLANTA, GA 30349

10925   MILES DIAGNOSTIC, ELECTRONICS DIVISION, ACCOUNTS PAYABLE, HUMACAO, PR 791

10925   MILES DIAGNOSTIC, KILOMETER 774, HUMACAO, PR 00791PUERTO RICO              **\*VIA Deutsche Post\***

10925   MILES FARM CENTER #1, 1911 OLD CALHOUN RD, OWENSBORO, KY 42301

10924   MILES INC., 8500 WEST BAY ROAD, BAYTOWN, TX 77520

10925   MILES J JORGENSEN TR UDT, MAR 16 87, 105 ALPINE LANE, DAYTON, OH 45419-1507

10924   MILES JENNINGS INDUSTRIAL SY., 1111 HALSTEAD BLVD., ELIZABETH CITY, NC 27909

10925   MILES LABORATORIES INC., C/O C.T. CORP SYSTEM, 1601 ELM ST, DALLAS, TX 75201

10924   MILES LABORATORIES, INC., 1000 RANDOLPH STREET, ELKHART, IN 46515

10924   MILES LABORATORIES, INC., PO BOX 40, ELKHART, IN 46515

10924   MILES LABORATORIES, REC. AREA #90, 3400 MIDDLEBURY STREET, ELKHART, IN 46516

10924   MILES MCCLELLAN CONST CO INC, CAMBRIDGE, MA 02140

10924   MILES MCCLELLAN CONST CO, 1294 NORTON AVE, COLUMBUS, OH 43212

10924   MILES SAND & GRAVEL, 1201 M STREET S.E., AUBURN, WA 98002

10924   MILES SAND & GRAVEL, P.O. BOX 130, AUBURN, WA 98071

10924   MILES SAND & GRAVEL, PO BOX 130, AUBURN, WA 98071

10925   MILES STOCKBRIDGE, 10 LIGHT ST, BALTIMORE, MD 21202

10925   MILES, ANITA, 5303 HALSEY CT., LOUISVILLE, KY 40214

10925   MILES, BERTHA, 7602 CLAYS LANE APT 209, BALTIMORE, MD 21207-2003

10925   MILES, EDWARD, 74 NASER AVE, WASHINGTON, PA 15301

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MILES, GRACIE, 408 LOU ANN CT, JEFFERSONVILLE IN, IN 47130 | |
| 10925 | MILES, JEREMY, 937 EASTON ROAD, HELLERTOWN, PA 18055 | |
| 10925 | MILES, LARRY, 7924 VALLEY FALLS RD, SPARTANBURG, SC 29303 | |
| 10925 | MILES, MELVIN, 102A LORA LANE, GRENVILLE, SC 29611 | |
| 10925 | MILES, NORMA, 12442 N WESTSHORE DR, PORTLAND, OR 97217 | |
| 10925 | MILES, RAFAEL, 6865 PEPPERMINT DR., RENO, NV 89506 | |
| 10925 | MILES, RENEE T, 500 HARBISON BLVD, COLUMBIA SC, SC 29210 | |
| 10925 | MILES, RONNIE, PO BOX 404, ROSS, OH 45061-0404 | |
| 10925 | MILES, ROSEMARIE, 7120 LEYTE DR, OXONHILL, MD 20745 | |
| 10925 | MILES, SALLY, 11458 HONEYSUCKLE CT, UPPER MARLBORO, MD 20772 | |
| 10925 | MILES, SANDRA, 1853 SANTA ROSA RD, EL CENTRO, CA 92243 | |
| 10925 | MILES, SCOTT, 2412 11TH AVE., VALLEY, AL 36854 | |
| 10925 | MILES, THOMAS, GARDEN STATE HEALTH CARE 100 PARK AVE RM10, EAST ORANGE, NJ 07017-5299 | |
| 10925 | MILES, VACHEL, 1820 MULBERRY AVE, ANNISTON, AL 36201 | |
| 10925 | MILESI, DEBRA, 12 BURT ST, ADAMS, MA 01220 | |
| 10925 | MILESKI, DEBORAH, 134 BARRETTS HILL, HUDSON, NH 03051 | |
| 10924 | MILESTONE CONTRACTORS, L.P., 5950 S. BELMONT AV., INDIANAPOLIS, IN 46217 | |
| 10924 | MILESTONE CONTRACTORS, L.P., P.O. BOX 421459, INDIANAPOLIS, IN 46242 | |
| 10925 | MILESZKO, DIANA J, CUST FOR JOHN D MILESZKO, UNDER MA UNIF TRAN TO MIN ACT, 7 EARLE KERR RD, MEDFIELD, MA 02052-2053 | |
| 10925 | MILETTA, LUCIANO, 14 B STRAWBERRY HILL ST, 26, ACTON, MA 01720 | |
| 10925 | MILEY DELAINE, 376 GRAND AVE, BROOKLYN, NY 11238-1937 | |
| 10925 | MILEY, DANA, 8112 B LINCOLN AVE, EVANSVILLE, IN 47715 | |
| 10925 | MILEY, GEORGE, 5526 MONTGOMERY RD, CINCINNATI, OH 45212 | |
| 10925 | MILEY, HELEN, PO BOX 521, CHARLESTOWN, IN 47111-0521 | |
| 10925 | MILEY, R, 302 E. CARTER ROAD, LAKELAND, FL 33813 | |
| 10925 | MILFORD ASSOCIATES, FIDELITY MAINTENANCE - GEN COUNSEL, 641 SHUNPIKE RD., CHATHAM, NJ 07928 | |
| 10924 | MILFORD HEIRLOOM, 403 NEW HAVEN AVENUE, MILFORD, CT 06460 | |
| 10925 | MILFORD MATERIAL TESTING LABORATORY, PO BOX 493, MILFORD, CT 06460 | |
| 10925 | MILFORD, KENNETH, 1530 SHASTA ST, SULPHUR, LA 70663 | |
| 10924 | MILGARD MANUFACT. INC, PO BOX 11368, TACOMA, WA 98421-0368 | |
| 10924 | MILGARD MANUFACT. INC., PO BOX 11368, TACOMA, WA 98421-0368 | |
| 10924 | MILGARD MANUFACTURING INC, 1010 54TH AVENUE EAST, TACOMA, WA 98424 | |
| 10924 | MILGARD MANUFACTURING INC., PO BOX 11368, TACOMA, WA 98421-0368 | |
| 10924 | MILGARD MANUFACTURING, INC, 26879 DIAZ ROAD, TEMECULA, CA 92590 | |
| 10924 | MILGARD MANUFACTURING, INC., 1000 SOUTH 500 WEST, SALT LAKE CITY, UT 84101 | |
| 10924 | MILGARD MANUFACTURING, INC., 2441 MERCANTILE DRIVE, RANCHO CORDOVA, CA 95742 | |
| 10924 | MILGARD MANUFACTURING, INC., PO BOX 11368, TACOMA, WA 98411-0368 | |
| 10924 | MILGARD WINDOWS, INC., 1802 SHELTON DRIVE, HOLLISTER, CA 95023 | |
| 10925 | MILGRAM, ABRAM, UNITED MIZRAHI BANK LTD, LEV DIZENGOFF BRANCH, A/C 53-25098-54, DIZENGOFF CENTER, TEL AVIV, ISRAEL | *VIA Deutsche Post* |
| 10925 | MILGRAM, OTTO, 52 HOLLY COURT, EDISON, NJ 08820 | |
| 10925 | MILGRAY/NEW ENGLAND INC, PO BOX 1613, CANOVANAS, PR 00629PUERTO RICO | *VIA Deutsche Post* |
| 10925 | MILHARCIC, M, 512 S. FLEMING, INDIANAPOLIS, IN 46241 | |
| 10925 | MILHAUPT, MARCIA, 746 RACINE ST, MENASHA, WI 54952 | |
| 10925 | MILHOUSE JR, LONNIE, 155 REID ST, ELIZABETH, NJ 07201 | |
| 10925 | MILIAN LOPEZ, WILMA, COND ELMONTE SUR SGB13 AVE HOSTOS 180, ALTO REY, PR 00918 | |
| 10925 | MILICI, GREG, 1126 SYDNEY RD , FAWKNER, APT., MELBOURNE, VIC 3060AUSTRALIA | *VIA Deutsche Post* |
| 10925 | MILICI, KEVIN, 5015 COOKS LANE, DOYLESTOWN, PA 18901 | |
| 10925 | MILICI, PAUL, 317 WALNUT TRACE DR, CORDOVA, TN 38018 | |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10924  MILITARY BUILDERS SUPPLY, INC., 200 MILITARY ROAD, BUFFALO, NY 14207

10925  MILITARY PACKAGING INC., 7453 EMPIRE DRIVE #165, FLORENCE, KY 41042

10925  MILITELLO, GLORIA, 1715 TYLER WAY, SPARKS, NV 89431

10925  MILIUS, EILEEN, 2052 LUCINA AVE, PITTSBURGH, PA 15210

10925  MILIZZO, MARGARET, 708 JEFFERSON ST, HOBOKEN, NJ 07030

10925  MILJAC, INC, 280 ELM ST, NEW CANAAN, CT 06840

10925  MILKOWSKI, DIANE, 3909 INNER CIRCLE, BALTIMORE, MD 21225

10925  MILL AND ELEVATOR SUPPLY CO., 1604 N TOPPING AVE., KANSAS CITY, MO 64126

10925  MILL CITY TYPOGRAPHY, 195 N LLEWELLYN ST, LOWELL, MA 01850

10925  MILL FALLS, THE, 383 ELLIOT ST, NEWTON UPPER FALLS, MA 02164

10925  MILL RACE INN INC, 4 E STATE ST, GENEVA, IL 60134

10925  MILL STEEL CO, 62 MAPLE ST, MANCHESTER, NH 03103

10924  MILL SUPPLIES, INC., 5105 INDUSTRIAL RD DOOR 1, FORT WAYNE, IN 46825

10924  MILL SUPPLIES, INC., 5105 INDUSTRIAL ROAD, FORT WAYNE, IN 46825

10924  MILL SUPPLIES, INC., P.O. BOX 11286, FORT WAYNE, IN 46857

10925  MILL SUPPLY AND HARDWARE, POBOX 370, WOODRUFF, SC 29388

10925  MILL SUPPLY CO, 6210 FRANKFORD AVENUE, BALTIMORE, MD 21206

10924  MILL SUPPLY CO., INC, 6210 FRANKFORD AVENUE, BALTIMORE, MD 21206

10924  MILL SUPPLY, 7522 PENDLETON PIKE, INDIANAPOLIS, IN 46226

10925  MILL WIPING RAGS INC, 1656 E 233RD ST, BRONX, NY 10466-3306

10925  MILLAN, JOSE, 6602-K THACKWELL WAY, ALEXANDRIA, VA 22315

10925  MILLAN, JR, OTHELLO, 1128 W. 7TH ST, OWENSBORO, KY 42301

10925  MILLAN, JULIO, 60 BLANCH AVE, CLOSTER, NJ 07624

10925  MILLAR, GREG, 10175 CAMINO RUIZ, SAN DIEGO, CA 92126

10925  MILLARD COUNTY ASSESSOR, 50 S MAIN, FILLMORE, UT 84631

10924  MILLARD DRYWALL SERVICES (DG), 4629 SOUTH 136TH ST, OMAHA, NE 68137

10924  MILLARD DRYWALL, 4629 S. 136TH ST., OMAHA, NE 68137

10925  MILLARD METAL SERVICE CENTER, INC, PO BOX 5237, BOSTON, MA 02206

10925  MILLARD S WILSON &, ADIA W WILSON JT TEN, 1425 GULF OF MEXICO DR, APT D302, LONGBOAT KEY, FL 34228-3460

10924  MILLARD SOUTH HIGH SCHOOL, 149TH & Q STREET, OMAHA, NE 68137

10925  MILLARD, JOHN, 1137 RYMAL ROAD, ALGOA, TX 77511

10925  MILLARD, LEE, PO BOX 77, WRIGHTSVILLE BEACH, NC 28480

10925  MILLARD, ROBERT, 7 DARLINGTON AVE., NEW CASTLE, PA 16102

10925  MILLARD, ROBERT, 9 DARLINGTON, NEW CASTLE, PA 16102

10925  MILLAY, ANDREW, 3071 BURLEW BLVD APT #3A, OWENSBORO, KY 42303

10925  MILLAY, JAMES, 4018 PLEASANT VALLEY, OWENSBORO, KY 42303

10925  MILLAY, THERESA, 220-C TWINTREE CT, OWENSBORO, KY 42301

10924  MILLBANK HIGH SCHOOL, 1001 E. PARK AVENUE, MILBANK, SD 57252

10924  MILLBROOK # 4 OFFICE BUI8LDING, 485 HALFDAY RD., BUFFALO GROVE, IL 60089

10924  MILLBROOK OFFICE, 475 HALFDAY ROAD, LINCOLNSHIRE, IL 60069

10924  MILLBURN HIGH SCHOOL @@, 42 MILLBURN AVENUE, MILLBURN, NJ 07041

10924  MILLBURN SCHOOL, 185-50 MILLBURN, WADSWORTH, IL 60083

10924  MILLEMIUM PETROCHEMICALS INC., ROUTE 36 WEST, TUSCOLA, IL 61953

10924  MILLENIUM PETROCHEMICALS INC, 8805 TABLER ROAD, MORRIS, IL 60450

10924  MILLENIUM PETROCHEMICALS INC., 625 E US HIGHWAY 36, TUSCOLA, IL 61953

10924  MILLENIUM PLACE, WASHINGTON STREET @ AVERY, BOSTON, MA 02111

10924  MILLENIUM PROJECT, THE, WASHINGTON AND AVERY STREET, BOSTON, MA 02108

10924  MILLENNIAL MATERIALS TECHNOLOGIES, 320 WEST LONE CACTUS, SUITE #11, PHOENIX, AZ 85027

10924  MILLENNIAL MATERIALS TECHNOLOGIES, 716 E. ROSE GARDEN LANE, PHOENIX, AZ 85027

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|

10925   MILLENNIUM INORGANIC CHEMICALS, (FORMERLY SCM CHEMICALS), PO BOX 91356, CHICAGO, IL 60693

10925   MILLENNIUM INTERNATIONAL TECHNOLOGI, 2148 KATER ST, SUITE B, PHILADELPHIA, PA 19146

10925   MILLENNIUM PETROCHEMICALS INC, POBOX 640885, PITTSBURGH, PA 15264-0885

10925   MILLENNIUM PETROCHEMICALS INC., PO BOX 641990, PITTSBURGH, PA 15264-1990

10925   MILLENNIUM PETROCHEMICALS, PO BOX 640885, PITTSBURGH, PA 15264-0885

10924   MILLENNIUM SPECIALTY, 601 CRESTWOOD STREET GATE, JACKSONVILLE, FL 32208

10924   MILLENNIUM SPECIALTY, PO BOX 389, JACKSONVILLE, FL 32201

10924   MILLENNIUM SPECIALTY., PO BOX 389, JACKSONVILLE, FL 32201

10925   MILLENNIUM STAFFING, 2948 W MCDOWELL, PHOENIX, AZ 85009

10925   MILLENNIUM, 3901 FORT ARMINSTEAD RD., BALTIMORE, MD 21226

10925   MILLER & CHEVALIER, 655 FIFTEENTH ST NW #900, WASHINGTON, DC 20005-5701

10925   MILLER & CHEVALIER, 655 FIFTEENTH ST, NW, WASHINGTON, DC 20005

10925   MILLER & CHITTY CO INC, PO BOX 256, KENILWORTH, NJ 07033-0256

10925   MILLER & LONG CO INC, 4824 RUGBY AVE, BETHESDA, MD 20814

10924   MILLER & LONG CO., INC, 900 N. STUART ST., ARLINGTON, VA 22201

10924   MILLER & LONG CO., INC., 12011 SUNSET HILLS ROAD, RESTON, VA 20190

10924   MILLER & LONG CO., INC., 1676 INTERNATIONAL DRIVE, MC LEAN, VA 22102

10924   MILLER & LONG CO., INC., 4824 RUGBY AVE., BETHESDA, MD 20814

10924   MILLER & LONG CO., INC., 5100 MARKS CENTER AVENUE, ALEXANDRIA, VA 22311

10924   MILLER & LONG CO., INC., NAVAL AIR STATION, ROUTE 5, PATUXENT RIVER, MD 20670

10924   MILLER & LONG CO., INC., STONECROFT BOULEVARD, LANSDOWNE, VA 20176

10924   MILLER & LONG CONCRETE CO., INC., 1861 INTERNATIONAL DRIVE, MC LEAN, VA 22102

10924   MILLER & LONG CONCRETE CONSTRUCTION, 1551 PARK RUN DRIVE, MC LEAN, VA 22102

10924   MILLER & LONG CONCRETE CONSTRUCTION, 401 HOLLAND LANE, ALEXANDRIA, VA 22314

10924   MILLER & LONG CONCRETE CONSTRUCTION, 4824 RUGBY AVE, BETHESDA, MD 20814

10924   MILLER & LONG CONCRETE CONSTRUCTION, 5275 LEESBURG PIKE, FALLS CHURCH, VA 22041

10924   MILLER & LONG, IRVING & FIRST STS. N.W., WASHINGTON, DC 20010

10925   MILLER & MARTIN, 832 GEORGIA AVE, CHATTANOOGA, TN 37402-2289

10925   MILLER & PITT, PC, 111 SOUTH CHURCH AVE, TUCSON, AZ 85701-1680

10925   MILLER ASSOCIATES, 9 WEDGEWOOD DR, BASKING RIDGE, NJ 07920

10925   MILLER BILT TRAILERS, 13143 ROSECRANS AVE, SANTA FE SPRINGS, CA 90670-4931

10924   MILLER BLOCK COMPANY, 1714 W. FRANKLIN ST., EVANSVILLE, IN 47712

10924   MILLER BLOCK COMPANY, P O BOX 6325, EVANSVILLE, IN 47712

10924   MILLER BLOCK COMPANY, PO BOX 6325, EVANSVILLE, IN 47712

10924   MILLER BLOCK, 1714 W FRANKLIN, EVANSVILLE, IN 47712

10924   MILLER BREWING CO, 405 CORDELE ROAD, ALBANY, GA 31708

10924   MILLER BREWING, 1741 D INDUSTRIAL AVE., EDEN, NC 27288

10925   MILLER BRODSKY BASKIN INC, 221 MAIN ST STE 1001, SAN FRANCISCO, CA 94105-1906

10925   MILLER BROTHERS GIANT TIRE SERVICE, PO BOX 3965, CAYCE, SC 29171

10924   MILLER BUILDERS SUPPLY CO., INC., 900 MOUNTAIN HOME ROAD, SINKING SPRING, PA 19608

10924   MILLER BUILDING PROD INC, 75 SE 10TH STREET, DEERFIELD BEACH, FL 33441

10924   MILLER BUILDING PRODUCTS, INC., 98 S.E. 7TH ST., DEERFIELD BEACH, FL 33441

10924   MILLER BUILDING SUPPLY, 900 MT. HOME ROAD, SINKING SPRING, PA 19608

10924   MILLER BUILDING SYSTEMS, 1290 S.W. 10TH ROAD, BURLINGTON, KS 66839

10924   MILLER CONCRETE PROD INC., BOX 92, MILLER, SD 57362

10924   MILLER CONCRETE PRODUCTS, EAST FIRST AVE, MILLER, SD 57362

10924   MILLER CONCRETE PRODUCTS, MILLER, SD 57362

10924   MILLER CONCRETE READY MIX, R F D 1, WEST LEBANON, NH 03784

10924   MILLER CONSTRUCTION, 1177 L. MILLER RD., LAKE CHARLES, LA 70605

10924   MILLER CONSTRUCTION, P.O. BOX 6030, LAKE CHARLES, LA 70606

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 10925 | MILLER DAVIS OFFICE PRODUCTS, 9349 PENN AVE S, BLOOMINGTON, MN 55431-2320 | |
| 10924 | MILLER DRYWALL, 1318 MAIN STREET, SCOTT CITY, MO 63780 | |
| 10924 | MILLER DRYWALL, C/O NEGWER MATERIALS, SCOTT CITY, MO 63780 | |
| 10924 | MILLER DWAN HOSPITAL, DONALD HOLM CONSTRUCTION, 502 EAST 2ND STREET, DULUTH, MN 55805 | |
| 10925 | MILLER ELECTRIC MANUFACTURING CO, 1635 W. SPENCER ST., PO BOX 1079, APPLETON, WI 54912 | |
| 10924 | MILLER ELECTRIC SUPPLY, 2300 KERPOR BLVD, DUBUQUE, IA 52001 | |
| 10924 | MILLER ELECTRIC SUPPLY, INC., P.O. BOX 2399, GILLETTE, WY 82717-2399 | |
| 10924 | MILLER ELECTRIC SUPPLY, P.O.BOX 206, DUBUQUE, IA 52004-0206 | |
| 10925 | MILLER ELECTRICAL CONSTR, 1615 W 24TH ST, HOUSTON, TX 77008 | |
| 10925 | MILLER ENGINEERING & TESTING INC, PO BOX 4776, MANCHESTER, NH 03108 | |
| 10925 | MILLER EQUIPMENT CO, POBOX 80712, ATLANTA, GA 30366 | |
| 10925 | MILLER EQUIPMENT, 1355 15TH ST, FRANKLIN, PA 16323 | |
| 10925 | MILLER FLUID POWER CORP, PO BOX 72436, CHICAGO, IL 60678-2436 | |
| 10925 | MILLER FLUID POWER CORP., 800 NORTH YORK ROAD, BENSENVILLE, IL 60106 | |
| 10925 | MILLER FLUID POWER, PO BOX 72436, CHICAGO, IL 60678-2436 | |
| 10925 | MILLER FREEMAN INC, 6600 SILACCI WAY, GILROY, CA 95020 | |
| 10925 | MILLER FREEMAN PLC, 30 CALDERWOOD ST, LONDON, SE186QHUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MILLER FREEMAN PUBLICATIONS, DISTRBUTION CENTER, GILROY, CA 95020 | |
| 10925 | MILLER FREEMAN UK LTD, PO BOX 25, SIDCUP, KENT, DA157ZTUNITED KINGDOM | *VIA Deutsche Post* |
| 10925 | MILLER FREEMAN, INC, 6600 SILACCI WAY, GILROY, CA 95020 | |
| 10925 | MILLER HARKNESS, ELSIE, 330 S DARLINGTON ST, WEST CHESTER, PA 19382-3341 | |
| 10924 | MILLER INSULATION/24 THEATERS, 4901 PAN AMERICAN FREEWAY, ALBUQUERQUE, NM 87101 | |
| 10924 | MILLER INSULATION/CIBOLA H.S., GRANTS, NM 87020 | |
| 10924 | MILLER INSULATION/EL RITO HOSPITAL, EL RITO, NM 87530 | |
| 10924 | MILLER INSULATION/LA FONDA, C/O MILLERS INSULATION, SANTA FE, NM 87501 | |
| 10924 | MILLER INSULATION/LA PRINO, 424 KINLEY AVE., ALBUQUERQUE, NM 87102 | |
| 10924 | MILLER INSULATION/MCKINLEY HOSPITAL, C/O MILLERS INSULATION, GALLUP, NM 87301 | |
| 10924 | MILLER INSULATION/MUSEUM OF NATURAL, MOUNTAIN ST., ALBUQUERQUE, NM 87101 | |
| 10924 | MILLER INSULATION/SANTA FE CNTY.JAI, MILLERS INSULATION, SANTA FE, NM 87501 | |
| 10924 | MILLER INSULATION/SUN HOUSE CARE, C/O MILLER'S INSULATION, ALBUQUERQUE, NM 87102 | |
| 10924 | MILLER INSULATION/THE STATE ARCHIVE, SANTA FE, NM 87501 | |
| 10925 | MILLER JR, EDWARD H, 200 RIDGE RD, ETTERS, PA 17319-9110 | |
| 10925 | MILLER JR, FRANK W., 1830 POST ST, APT #C, OTTAWA, IL 61350 | |
| 10925 | MILLER JR, FRANK, 1830 POST ST, APT #C, OTTAWA, IL 61350 | |
| 10925 | MILLER JR, FREDERICK, 13 DORIS DRIVE, HOOKSETT, NH 03106-2112 | |
| 10925 | MILLER JR, H, 29 OAK RIDGE CIR, WEYMOUTH, MA 02188 | |
| 10925 | MILLER JR, JOSEPH H, CUST FOR KELLY MILLER, UNIF GIFT MIN ACT LA, 17132 OLD COVINGTON HWY, HAMMOND, LA 70403-6336 | |
| 10925 | MILLER JR, JOSEPH H, CUST FOR TRACY MILLER, UNIF GIFT MIN ACT LA, 17132 OLD COVINGTON HWY, HAMMOND, LA 70403-6336 | |
| 10925 | MILLER JR, THEODORE H, 55 HAYDEN AVE, LEXINGTON, MA 02173 | |
| 10925 | MILLER JR, VICK, 264 NORTH ENNIS CREEK ROAD, SNYDER, TX 79549 | |
| 10925 | MILLER JR. JR, MARSHALL, 1619 N MCVICKER, CHICAGO, IL 60639 | |
| 10925 | MILLER JR., RICHARD, 1515 N. BECKER AVE., BALTIMORE, MD 21213-3903 | |
| 10925 | MILLER JR., WILBERT, ROUTE 1 BOX 170, IOTA, LA 70543 | |
| 10925 | MILLER MATERIALS CO, 2405 E 85TH ST, KANSAS CITY, MO 64132 | |
| 10924 | MILLER MATERIALS CO., 2405 E. 85TH  ST., KANSAS CITY, MO 64132 | |
| 10925 | MILLER MOSELY CLARE TOWNES, 730 W. MAINT ST, SUITE 500, LOUISVILLE, KY 40202 | |
| 10924 | MILLER PARK (BREWERS' STADIUM), 162 N. 44TH STREET, MILWAUKEE, WI 53214 | |
| 10924 | MILLER PERRY ELEMENTRY SCHOOL, 904 FORD TOWN ROAD, KINGSPORT, TN 37663 | |